1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                        CIVIL ACTION NO. 10-MD-2179 "J"
                         NEW ORLEANS, LOUISIANA
9                        Tuesday, March 19, 2013

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*
14
     CASE NO. 2:10-CV-4536,
15   *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*
16   *INC., ET AL*

17
     ****************************************************************
18

19

20                   **DAY 14 - MORNING SESSION**

21          TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22       HEARD BEFORE THE HONORABLE CARL J. BARBIER

23               UNITED STATES DISTRICT JUDGE

24

25

──────────────OFFICIAL TRANSCRIPT──────────────

4507

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:        DOMENGEAUX WRIGHT ROY & EDWARDS
                                 BY:  JAMES P. ROY, ESQ.
 4                               556 JEFFERSON STREET, SUITE 500
                                 POST OFFICE BOX 3668
 5                               LAFAYETTE, LA  70502

 6                               HERMAN HERMAN & KATZ
                                 BY:  STEPHEN J. HERMAN, ESQ.
 7                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA  70113
 8
                                 CUNNINGHAM BOUNDS
 9                               BY:  ROBERT T. CUNNINGHAM, ESQ.
                                 1601 DAUPHIN STREET
10                               MOBILE, AL  36604

11                               LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                 BY:  PAUL M. STERBCOW, ESQ.
12                               PAN AMERICAN LIFE BUILDING
                                 601 POYDRAS STREET, SUITE 2615
13                               NEW ORLEANS, LA  70130

14                               BREIT DRESCHER IMPREVENTO & WALKER
                                 BY:  JEFFREY A. BREIT, ESQ.
15                               600 22ND STREET, SUITE 402
                                 VIRGINIA BEACH, VA  23451
16
                                 LEGER & SHAW
17                               BY:  WALTER J. LEGER, JR., ESQ.
                                 600 CARONDELET STREET, 9TH FLOOR
18                               NEW ORLEANS, LA  70130

19                               WILLIAMS LAW GROUP
                                 BY:  CONRAD S. P. WILLIAMS, ESQ.
20                               435 CORPORATE DRIVE, SUITE 101
                                 HOUMA, LA  70360
21
                                 THORNHILL LAW FIRM
22                               BY:  THOMAS THORNHILL, ESQ.
                                 1308 NINTH STREET
23                               SLIDELL, LA  70458

24

25
```

```
 1
 2                              DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                                BY:  JOHN W. DEGRAVELLES, ESQ.
 3                              618 MAIN STREET
                                BATON ROUGE, LA 70801
 4
                                WILLIAMSON & RUSNAK
 5                              BY:  JIMMY WILLIAMSON, ESQ.
                                4310 YOAKUM BOULEVARD
 6                              HOUSTON, TX  77006

 7                              IRPINO LAW FIRM
                                BY:  ANTHONY IRPINO, ESQ.
 8                              2216 MAGAZINE STREET
                                NEW ORLEANS, LA  70130
 9

10   FOR THE UNITED STATES
     OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
11                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQ.
12                              450 GOLDEN GATE AVENUE
                                7TH FLOOR, ROOM 5395
13                              SAN FRANCISCO, CA  94102

14                              U.S. DEPARTMENT OF JUSTICE
                                ENVIRONMENT & NATURAL RESOURCES DIVISION
15                              ENVIRONMENTAL ENFORCEMENT SECTION
                                BY:  STEVEN O'ROURKE, ESQ.
16                                   SCOTT CERNICH, ESQ.
                                     DEANNA CHANG, ESQ.
17                                   RACHEL HANKEY, ESQ.
                                     A. NATHANIEL CHAKERES, ESQ.
18                              P.O. BOX 7611
                                WASHINGTON, DC  20044
19
                                U.S. DEPARTMENT OF JUSTICE
20                              TORTS BRANCH, CIVIL DIVISION
                                BY:  JESSICA McCLELLAN, ESQ.
21                                   MICHELLE DELEMARRE, ESQ.
                                     JESSICA SULLIVAN, ESQ.
22                                   SHARON SHUTLER, ESQ.
                                     MALINDA LAWRENCE, ESQ.
23                              POST OFFICE BOX 14271
                                WASHINGTON, DC  20044
24

25
```

```
 1                              U.S. DEPARTMENT OF JUSTICE
                               FRAUD SECTION
 2                             COMMERCIAL LITIGATION BRANCH
                               BY:  DANIEL SPIRO, ESQ.
 3                                  KELLEY HAUSER, ESQ.
                                    ELIZABETH YOUNG, ESQ.
 4                             BEN FRANKLIN STATION
                               WASHINGTON, DC  20044
 5

 6    FOR THE STATE OF
      ALABAMA:                 ALABAMA ATTORNEY GENERAL'S OFFICE
 7                             BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                    COREY L. MAZE, ESQ.
 8                                  WINFIELD J. SINCLAIR, ESQ.
                               500 DEXTER AVENUE
 9                             MONTGOMERY, AL  36130

10

11    FOR THE STATE OF
      LOUISIANA OFFICE
12    OF THE ATTORNEY
      GENERAL:
13                             STATE OF LOUISIANA
                               BY:  JAMES D.  CALDWELL,
14                             ATTORNEY GENERAL
                               1885 NORTH THIRD STREET
15                             POST OFFICE BOX 94005
                               BATON ROUGE, LA  70804
16
                               KANNER & WHITELEY
17                             BY:  ALLAN KANNER, ESQ.
                                    DOUGLAS R. KRAUS, ESQ.
18                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
19

20
      FOR BP EXPLORATION &
21    PRODUCTION INC.,
      BP AMERICA PRODUCTION
22    COMPANY, BP PLC:         LISKOW & LEWIS
                               BY:  DON K. HAYCRAFT, ESQ.
23                             ONE SHELL SQUARE
                               701 POYDRAS STREET
24                             SUITE 5000
                               NEW ORLEANS, LA  70139
25
```

OFFICIAL TRANSCRIPT

```
 1
                              COVINGTON & BURLING
 2                            BY:  ROBERT C. "MIKE" BROCK, ESQ.
                              1201 PENNSYLVANIA AVENUE, NW
 3                            WASHINGTON, DC  20004

 4                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQ.
 5                                 HARIKLIA "CARRIE" KARIS, ESQ.
                                   MATTHEW T. REGAN, ESQ.
 6                            300 N. LASALLE
                              CHICAGO, IL  60654
 7

 8    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 9    OFFSHORE DEEPWATER
      DRILLING INC., AND
10    TRANSOCEAN DEEPWATER
      INC.:                   FRILOT
11                            BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
12                            1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
13
                              SUTHERLAND ASBILL & BRENNAN
14                            BY:  STEVEN L. ROBERTS, ESQ.
                                   RACHEL G. CLINGMAN, ESQ.
15                            1001 FANNIN STREET, SUITE 3700
                              HOUSTON, TX  77002
16
                              MUNGER TOLLES & OLSON
17                            BY:  MICHAEL R. DOYEN, ESQ.
                                   BRAD D. BRIAN, ESQ.
18                                 LUIS LI, ESQ.
                              335 SOUTH GRAND AVENUE, 35TH FLOOR
19                            LOS ANGELES, CA  90071

20                            MAHTOOK & LAFLEUR
                              BY:  RICHARD J. HYMEL, ESQ.
21                            1000 CHASE TOWER
                              600 JEFFERSON STREET
22                            LAFAYETTE, LA  70502

23                            HUGHES ARRELL KINCHEN
                              BY:  JOHN KINCHEN, ESQ.
24                            2211 NORFOLK, SUITE 1110
                              HOUSTON, TX  77098
25
```

```
 1
    FOR CAMERON INTERNATIONAL
 2  CORPORATION:                    STONE PIGMAN WALTHER WITTMANN
                                    BY:  PHILLIP A. WITTMANN, ESQ.
 3                                  546 CARONDELET STREET
                                    NEW ORLEANS, LA 70130
 4
                                    BECK REDDEN & SECREST
 5                                  BY:  DAVID J. BECK, ESQ.
                                         DAVID W. JONES, ESQ.
 6                                       GEOFFREY GANNAWAY, ESQ.
                                         ALEX B. ROBERTS, ESQ.
 7                                  ONE HOUSTON CENTER
                                    1221 MCKINNEY STREET, SUITE 4500
 8                                  HOUSTON, TX  77010

 9
    FOR HALLIBURTON
10  ENERGY SERVICES,
    INC.:                          GODWIN LEWIS
11                                  BY:  DONALD E. GODWIN, ESQ.
                                         FLOYD R. HARTLEY, JR., ESQ.
12                                       GAVIN HILL, ESQ.
                                    RENAISSANCE TOWER
13                                  1201 ELM STREET, SUITE 1700
                                    DALLAS, TX  75270
14
                                    GODWIN LEWIS
15                                  BY:  JERRY C. VON STERNBERG, ESQ.
                                    1331 LAMAR, SUITE 1665
16                                  HOUSTON, TX  77010

17
    FOR M-I L.L.C.:                 MORGAN, LEWIS & BOCKIUS
18                                  BY:  HUGH E. TANNER, ESQ.
                                         DENISE SCOFIELD, ESQ.
19                                       JOHN C. FUNDERBURK, ESQ.
                                    1000 LOUISIANA STREET, SUITE 4000
20                                  HOUSTON, TX  77002

21
    OFFICIAL COURT REPORTER:        KAREN A. IBOS, CRR, RMR, CCR
22                                  500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA  70130
23                                  (504) 589-7776
                                    Karen_Ibos@laed.uscourts.gov
24

25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
```

OFFICIAL TRANSCRIPT

1                          I N D E X

2

3     WITNESS:                                    PAGE/LINE:

4

5     STEVEN L. NEWMAN

6

7       Direct Examination by Mr. Brian            4514/7

8

9       Cross-Examination by Mr. Cunningham        4605/18

10

11

12      Cross-Examination by Mr. Maze              4642/16

13

14      Cross-Examination by Mr. Kanner            4656/10

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2              TUESDAY, MARCH 19, 2013

 3              M O R N I N G   S E S S I O N

 4
```

08:02:28  5      (OPEN COURT.)

08:02:28  6           THE COURT:  Good morning, everyone.  Please be seated.

08:02:33  7   All right.  Do we have any preliminary matters before we resume

08:02:36  8   testimony?

08:02:46  9           I did want to mention one thing that actually, I believe,

08:02:50 10   Mr. Langan brought up yesterday.  I had already advised everyone

08:02:55 11   that we would not be holding court -- not be holding trial on

08:03:00 12   Monday, April 1st, I think it is, the Monday right after Easter, so

08:03:05 13   that persons who reside out of town can use Monday to travel back

08:03:11 14   to New Orleans if they wish to.  I am -- I had not thought about

08:03:17 15   whether we would hold trial on Friday, April 5th, but Mr. Langan

08:03:22 16   asked that question yesterday and I told him, no, we would not hold

08:03:27 17   trial on that Friday.  So those of you who have to make any kind of

08:03:32 18   travel plans, we will only have three days of trial that week, the

08:03:36 19   2nd, 3rd, and 4th, just make that clear.

08:03:40 20           MR. BRIAN:  Thank you, your Honor.  Your Honor, with no

08:03:42 21   preliminary matters, then Transocean would call Steven Newman as

08:03:45 22   our next witness.

08:03:46 23           THE COURT:  All right.

08:03:47 24           THE DEPUTY CLERK:  Raise your right hand.

08:03:49 25       (WHEREUPON, STEVEN L. NEWMAN, WAS SWORN IN AND TESTIFIED AS

OFFICIAL TRANSCRIPT

08:03:56   1        FOLLOWS:)

08:03:56   2            THE DEPUTY CLERK:  If you'll take a seat.  State your

08:03:58   3    name and spell it for the record.

08:04:01   4            THE WITNESS:  My name is Steven, S-T-E-V-E-N, Leon,

08:04:09   5    L-E-O-N, Newman, N-E-W-M-A-N.

08:04:14   6                         DIRECT EXAMINATION

08:04:15   7    BY MR. BRIAN:

08:04:15   8    Q.  Mr. Newman, who do you work for?

08:04:17   9    A.  I work for Transocean.

08:04:18   10   Q.  And what's your current position at Transocean?

08:04:19   11   A.  I am the president and chief executive officer.

08:04:21   12   Q.  Of which entity?

08:04:23   13   A.  Transocean Limited.

08:04:24   14   Q.  And where are you based?

08:04:26   15   A.  Geneva, Switzerland.

08:04:28   16   Q.  When did you become the CEO?

08:04:31   17   A.  March 1st of 2010.

08:04:32   18   Q.  So a little less than two months before this incident?

08:04:35   19   A.  Yes.

08:04:36   20   Q.  Do you recall where you were when you first heard about the

08:04:40   21   April 20th, 2010, Macondo incident?

08:04:43   22   A.  I was in Geneva.

08:04:45   23   Q.  And how did you hear about it?

08:04:46   24   A.  I got a phone call from Keelan Adamson at about six o'clock in

08:04:54   25   the morning Geneva time, which would have been about 11:00 P.M.

08:04:58  1   Houston time on the morning after the accident.

08:05:02  2   Q.  Who is Keelan Adamson?

08:05:05  3   A.  Keelan Adamson was our manager of North America at the time.

08:05:07  4   Q.  What did you do after you heard about that?

08:05:12  5   A.  I had known Keelan for a long time, so as soon as I answered

08:05:15  6   the phone and I could tell immediately from the tone of Keelan's

08:05:20  7   voice that something was terribly wrong.  And Keelan explained to

08:05:27  8   me that the *Deepwater Horizon* was on fire and that we were in the

08:05:30  9   process of abandoning ship.

08:05:32 10   Q.  And what did you do next?

08:05:34 11   A.  I kept telling -- I kept telling myself, I had been on the

08:05:37 12   receiving end of incident phone calls in the past through my

08:05:41 13   operations career, and I kept telling myself that the first phone

08:05:44 14   call associated with an incident is always as full of

08:05:49 15   misinformation as it is of information, and so I just kept telling

08:05:53 16   myself it couldn't be that bad.  I hung up the phone with Keelan --

08:05:58 17   I asked him a few perfunctory questions, and then I hung up the

08:06:01 18   phone and told Keelan I would be in the office shortly.

08:06:03 19   Q.  And did you get on a plane at some point?

08:06:05 20   A.  I got on a plane on Thursday morning Geneva time.

08:06:10 21   Q.  The 22nd Geneva time?

08:06:12 22   A.  Yes.

08:06:13 23   Q.  And where did you go?

08:06:14 24   A.  I flew to Houston.

08:06:16 25   Q.  What did you do when you got to Houston?

08:06:18   1    A.  I landed at Intercontinental Airport and went directly to Park

08:06:22   2    10, which was our North America operations office, and stopped in

08:06:28   3    to the emergency response center just to say hello to the team and

08:06:34   4    reassure them that we were doing whatever we could to support them.

08:06:38   5    And then I recall that one of the incident update phone calls that

08:06:45   6    we had started to schedule throughout the day took place that

08:06:48   7    afternoon, so I participated in that call.  And then I went to BP's

08:06:55   8    Westlake facility to meet with Andy Inglis and Doug Suttles to

08:07:03   9    assure Andy and Doug that we were going to do whatever we could to

08:07:07   10   help BP.  And then I stopped by the corporate office in Houston to

08:07:11   11   pick up a plane ticket for New Orleans.

08:07:13   12   Q.  And did you go to New Orleans?

08:07:14   13   A.  I flew to New Orleans Friday morning.

08:07:16   14   Q.  That would be the 23rd?

08:07:18   15   A.  Yes.

08:07:18   16   Q.  And what did you do in New Orleans?

08:07:21   17   A.  When I landed in New Orleans, we went to the Coast Guard office

08:07:24   18   and I met with Admiral Landry to reassure Admiral Landry that we

08:07:30   19   were doing whatever we could to support BP.  And then I remember

08:07:34   20   meeting with the individual in the Coast Guard who was conducting

08:07:37   21   the -- who was overseeing the search and rescue operations to get a

08:07:42   22   status update on the search and rescue efforts.

08:07:46   23   Q.  Did you meet with any of the affected families?

08:07:49   24   A.  The meetings with the families started on Saturday morning.

08:07:54   25   Q.  Did you participate in those?

4517

08:07:55  1    A.   Yeah.   I met with the seven families of -- I met with the seven

08:08:02  2    families of the Transocean fatalities who lived in Louisiana and

08:08:08  3    Mississippi.

08:08:09  4    Q.   Did you visit any of the people who got injured?

08:08:12  5    A.   On that Friday afternoon I visited Wyman Wheeler who was the

08:08:19  6    toolpusher.   Wyman was in a hospital here in New Orleans.   I seem

08:08:22  7    to recall it was somewhere near the Louisiana Superdome.   And then

08:08:27  8    on either Sunday or Monday I met with Buddy Trahan -- visited Buddy

08:08:35  9    Trahan who was in the hospital in Mobile, Alabama.

08:08:36  10   Q.   He was one of the individuals who had been visiting the rig

08:08:40  11   that night, was he not?

08:08:41  12   A.   Yes, but he was on the rig at the time of the accident.   He's a

08:08:44  13   shore-based manager, but he was on the rig at the time of the

08:08:46  14   accident.

08:08:46  15   Q.   And at some point in that period did you cause an internal

08:08:49  16   investigation to be commenced on behalf of the company?

08:08:51  17   A.   Yes.

08:08:51  18   Q.   And did you ask someone to lead that investigation?

08:08:54  19   A.   I did.

08:08:54  20   Q.   Who was that?

08:08:55  21   A.   Bill Ambrose.

08:08:57  22   Q.   Why did you choose Mr. Ambrose?

08:09:00  23   A.   Bill, you know, Bill has an engineering background, so he

08:09:04  24   understands technology; and he had had significant exposure to our

08:09:11  25   operations, so he understood both the technical aspect of what we

4518

08:09:14  1  do and the operational aspect of what we do.  And Bill is one of

08:09:18  2  those uncommon engineers that has an affinity for people, so he

08:09:22  3  understands the people, understands the people issues associated

08:09:24  4  with our business as well.

08:09:25  5  Q.  Are you aware that Transocean Deepwater, Inc., has entered into

08:09:30  6  a plea agreement with the United States Department of Justice?

08:09:32  7  A.  Yes.

08:09:33  8          MR. BRIAN:  Can we put up D-6729, please.

08:09:33  9  BY MR. BRIAN:

08:09:37 10  Q.  That's a simplified organizational chart.  Can you explain the

08:09:47 11  entities?  Starting at the top, Transocean Limited, explain the

08:09:52 12  entities that are depicted on this chart.

08:09:54 13  A.  So Transocean Limited is the Swiss holding company, that's the

08:09:57 14  parent company, that's the company that I am the CEO and president

08:10:00 15  of.  Transocean Offshore Deepwater Drilling, Inc., is an entity

08:10:06 16  that employs the onshore management team here in the United States.

08:10:11 17  Q.  Is that known as TODDI?

08:10:13 18  A.  TODDI, yes.  Transocean Holdings, LLC, is the entity that has

08:10:20 19  chartered the vessel into the United States and was the contract

08:10:24 20  holder with BP.  Transocean Deepwater, Inc., is the entity that

08:10:29 21  employs the offshore employees.  And then Triton is the vessel

08:10:33 22  owner.

08:10:34 23  Q.  And the entity that entered the guilty plea is Transocean

08:10:38 24  Deepwater, Inc., the employer of the offshore employees; is that

08:10:41 25  right?

08:10:41  1    A.  Yes.

08:10:44  2    Q.  Did you play any role at Transocean in approving the plea

08:10:48  3    agreement?

08:10:49  4    A.  Yes.

08:10:49  5    Q.  What was your role, sir?

08:10:50  6    A.  A couple of things.  Mostly, because of the dollar amount

08:10:56  7    associated with the settlement, that dollar amount required the

08:11:00  8    approval of the Transocean Limited board, and so my role was in

08:11:05  9    explaining the settlement to the board and recommending to the

08:11:08  10   board that they approve entering into the settlement in the form of

08:11:14  11   approving the payment of the $1.4 billion.

08:11:18  12   Q.  Why did Transocean Deepwater, Inc., plead guilty?

08:11:22  13   A.  We acknowledged that in conjunction with a negative pressure

08:11:30  14   test and particularly the pressure anomaly, we acknowledged that

08:11:36  15   our people should have done more.  They accepted the assessment of

08:11:41  16   the BP well site leaders that the test was successful despite the

08:11:45  17   fact that we had 1,400 psi on the drill pipe and our people just

08:11:50  18   should have done --

08:11:53  19         MR. BRIAN:  Your Honor, I placed in front of the witness

08:11:55  20   a binder of all of the exhibits because some of them are e-mail

08:11:59  21   chains and the like so he can have them in context.  I am going to

08:12:03  22   put up on the screen TREX 52676.1.

08:12:03  23   BY MR. BRIAN:

08:12:07  24   Q.  If you want to look at that in the binder, you can.  Have you

08:12:12  25   seen the documented entitled "Cooperation Guilty Plea Agreement,"

08:12:14   1   sir?

08:12:15   2   A.  Yes.

08:12:15   3           MR. BRIAN:  Now, let's turn to TREX and put up 5267.10.

08:12:15   4   BY MR. BRIAN:

08:12:29   5   Q.  You see there it says, "Exhibit A."  Is that the factual

08:12:32   6   allocution?

08:12:34   7   A.  Yes, it is.

08:12:35   8   Q.  Is that a document you're familiar with?

08:12:37   9   A.  Yes.

08:12:37  10   Q.  Does that factual allocution have anything to do with the

08:12:46  11   training of the *Deepwater Horizon* crew?

08:12:48  12   A.  No, it does not.

08:12:49  13   Q.  Does it have anything to do with the blowout preventer?

08:12:54  14   A.  No, it does not.

08:12:54  15   Q.  Does it have anything to with the maintenance of the rig or the

08:12:57  16   rig equipment?

08:12:58  17   A.  No, it does not.

08:12:59  18           MR. BRIAN:  Let's put up TREX 52676.12.1.TO.

08:12:59  19   BY MR. BRIAN:

08:13:09  20   Q.  I am showing you Paragraphs 10 and 11.  Those two paragraphs

08:13:15  21   are in the factual allocution that support the plea agreement, and

08:13:17  22   do they pertain to the negative pressure test?

08:13:20  23   A.  Yes, they do.

08:13:21  24   Q.  And do you see the last sentence I've highlighted in Paragraph

08:13:25  25   11, "BP and defendant Transocean did not take further steps to

4521

08:13:28  1   investigate the source of the abnormal drill pipe pressure, which

08:13:32  2   was neither correctly explained nor remediated."  Did I read that

08:13:37  3   correctly?

08:13:37  4   A.  Yes.

08:13:38  5   Q.  And from your perspective, is that the essence of what TDI

08:13:40  6   admitted to?

08:13:41  7   A.  Yes.

08:13:41  8   Q.  Now, sir, in looking at that, do you blame the crew that night?

08:13:47  9   A.  Do I blame the crew?  Do I wish the crew would have done more,

08:13:56 10   absolutely.  I am not sure that that's the same emotional content

08:14:01 11   as blame.

08:14:03 12   Q.  From your perspective and your knowledge of the industry, who

08:14:06 13   had responsibility for preparing the negative pressure test

08:14:09 14   procedures?

08:14:10 15   A.  BP.

08:14:10 16   Q.  Who had the ultimate responsibility for determining whether

08:14:13 17   that test was successful?

08:14:15 18   A.  BP.

08:14:16 19   Q.  What was Transocean Deepwater, Inc., and its crew's

08:14:21 20   responsibility with respect to the negative pressure test?

08:14:23 21   A.  The responsibility that our crew has in a situation like that

08:14:29 22   is to line the test up, to make sure that the lines and the valves

08:14:36 23   and the gauges are the way they're supposed to be so that you can

08:14:41 24   read the pressures on the drill pipe side and the annulus side and

08:14:45 25   then read those pressures and, you know, collaborate with the well

08:14:52  1   site leaders in understanding whether that's right or not.

08:14:56  2   Q.  Let me turn back now to your background.  Where did you grow

08:15:00  3   up?

08:15:00  4   A.  I grew up in Salt Lake City, Utah.

08:15:03  5   Q.  Did you, at some point, leave Salt Lake City?

08:15:06  6   A.  Yeah.  My father moved our family to a small mining town in

08:15:09  7   Southern Arizona just before I started high school.

08:15:11  8   Q.  How small?

08:15:12  9   A.  Small, small.  The town was -- the town had 2,000 and my

08:15:18 10   graduating high school class was 87.

08:15:20 11   Q.  And why did you move there?

08:15:22 12   A.  My father was in copper mining and for years and years he was

08:15:28 13   employed by Kennecott.  He worked at the Bingham Canyon copper mine

08:15:33 14   in Salt Lake City, and my father had a career ambition to manage

08:15:37 15   his own mine.  And Kennecott came to him and said, "Mr. Newman, if

08:15:43 16   you want to manage a mine, it's not going to happen at Bingham

08:15:48 17   Canyon; but we have a small mining operation in Southern Arizona,

08:15:52 18   and you can go manage that operation."  So he took advantage of

08:15:56 19   that opportunity.

08:15:56 20   Q.  Where did you go to college?

08:15:57 21   A.  I went to college at the Colorado School of Mines.

08:16:01 22   Q.  Why did you go there?

08:16:03 23   A.  Early on, probably as a result of what my father exposed me to,

08:16:09 24   early on I developed an interest in and probably a passion for math

08:16:13 25   and science and mineral sciences and extractive industries.  And

08:16:22   1    so, you know, I can remember as a young child going out to -- going

08:16:27   2    out to Bingham Canyon with my dad and just being completely

08:16:30   3    enthralled with what my dad did.

08:16:33   4         So my dad -- at some point in my high school career, my

08:16:36   5    dad introduced me to a colleague of his who had gone to the

08:16:39   6    Colorado School of Mines.  And what my dad and this colleague of

08:16:43   7    his said was if you want to study mineral sciences, there's no

08:16:47   8    better place to go than the Colorado School of Mines.

08:16:50   9    Q.  Did you get a scholarship to go there?

08:16:52  10    A.  I did.  I was awarded a scholarship contingent on studying

08:16:56  11    geological engineering, geophysical engineering, or petroleum

08:17:01  12    engineering.

08:17:01  13    Q.  What did you do after college?

08:17:03  14    A.  When I graduated from college I went to work for Mobil as a

08:17:07  15    reservoir engineer based in -- based in Denver, Colorado, but

08:17:12  16    managing tight gas in Eastern Oklahoma.

08:17:16  17    Q.  How long did you work there?

08:17:17  18    A.  One year.

08:17:18  19    Q.  And then what did you do?

08:17:20  20    A.  I left Mobil and I went to business school.

08:17:22  21    Q.  And why did you go to business school?

08:17:24  22    A.  I wanted to be more well rounded.  I was familiar with

08:17:32  23    engineers who could explain the technology associated with what

08:17:36  24    they were doing, but didn't understand whether or not the

08:17:39  25    technology was worthwhile in terms of delivering results and

08:17:45  1   creating value.  And so I wanted to couple my technical

08:17:51  2   undergraduate degree with an advanced business degree.

08:17:55  3   Q.  And what did you do when you came out of business school?

08:17:57  4   A.  I was recruited by Chevron to go to work for them in what they

08:18:03  5   called their finance M.B.A. development program.

08:18:06  6   Q.  How long did you stay there?

08:18:07  7   A.  Eighteen months.

08:18:08  8   Q.  And at some point did you begin working with either Transocean

08:18:11  9   or a legacy company of Transocean?

08:18:13  10   A.  Yeah.  You know, I had become a little bit disillusioned with

08:18:19  11   my opportunities at Chevron.  I really wanted to be in operations,

08:18:23  12   and so, as I approached the end of this finance M.B.A. development

08:18:29  13   program, I was looking for an operations job.  And what the people

08:18:34  14   at Chevron told me was that operations jobs are for operations

08:18:38  15   people and I was a finance guy.  And so I was concerned that all I

08:18:43  16   would ever be at Chevron was a finance guy.

08:18:45  17   Q.  Why did you want to get into operations?

08:18:47  18   A.  Because, you know, I had seen how much my dad enjoyed his job

08:18:54  19   and, you know, various times he had been in charge of the

08:18:58  20   maintenance of all of the big haulage trucks at Bingham Canyon, so

08:19:05  21   he would take me out there and we would ride around in a big

08:19:08  22   haulage truck.  And I love the close attachment to what -- I loved

08:19:13  23   his close attachment to what was happening at Bingham Canyon and I

08:19:18  24   wanted that.  You know, I understood finance, but it wasn't what I

08:19:21  25   wanted to do for my career.  I wanted the close attachment to the

08:19:24  1    operations.

08:19:24  2    Q.  Which company of Transocean or legacy company did you go to

08:19:28  3    work for?

08:19:28  4    A.  I was headhunted by Sonat Offshore Drilling, Inc.

08:19:32  5    Q.  Did you go to work there?

08:19:33  6    A.  Yes, I came to work for Sonat Offshore in February of 1994.

08:19:37  7    Q.  And take me through the next ten years.  What did you do at

08:19:41  8    Sonat?

08:19:42  9    A.  For the first 18 months I did finance stuff.  And just like at

08:19:46 10    Chevron, I think that was the allure was the opportunity to couple

08:19:51 11    a technical understanding of the underlying mechanical aspects of

08:19:57 12    the business with the ability to put it all together and figure out

08:20:01 13    whether or not it was creating any value.  So I did that for

08:20:04 14    18 months, I worked for the CFO at the time.  It was a small

08:20:08 15    company, so I was the corporate planning group.  It was a group of

08:20:12 16    one.

08:20:13 17         I did that for 18 months, and then they offered me the

08:20:16 18    opportunity to get into operations; so my first operations job with

08:20:20 19    the company was as a division engineer in Macae, Brazil.  I

08:20:25 20    worked -- it was a one-rig operation down there, *Discoverer Seven

08:20:31 21    Seas*, working for Petrobras, and I was associated with that rig for

08:20:36 22    about 18 months.  At the end of the Petrobras contract, we took the

08:20:40 23    rig into the Atlantic Marine shipyard in Mobile, Alabama, to

08:20:43 24    upgrade the rig's water depth and to change the rig from a Kelly

08:20:48 25    drilling rig to a top drive drilling rig.  And we upgraded the rig

08:20:51  1   from 10K to 15K, so I had a specific element to that work scope.

08:20:55  2   So for that period of time I was a project engineer.

08:20:58  3          And then in 1997 I became a rig manager in the Gulf of

08:21:04  4   Mexico, managing one of the company's older second generation

08:21:08  5   semi-submersibles; was working for Texaco at the time.

08:21:11  6   Q.  Where was your office?

08:21:11  7   A.  In Metairie just right by the Causeway there.  I did that for

08:21:16  8   about a year, and then we mobilized that rig from the Gulf of

08:21:20  9   Mexico down to Trinidad; and so I took that rig down to Trinidad.

08:21:24 10   I became the division manager.  It was a division of one rig, so I

08:21:28 11   was still, in effect, the rig manager and the division manager.  I

08:21:31 12   was responsible for everything that happened in Trinidad, which

08:21:33 13   gave me a bit of a broader overview in what it takes to support a

08:21:37 14   drilling rig.

08:21:37 15   Q.  Let me interrupt for one second.  During your positions as a

08:21:41 16   rig manager, did you learn anything about the importance of

08:21:44 17   communication between the rig manager, the OIM, the well site

08:21:49 18   leaders and the operators and the onshore people?

08:21:52 19   A.  The interesting element of operating mobile offshore drilling

08:21:57 20   units is the connection between shore base and the rig.  So, you

08:22:04 21   know, the rig manager is the first individual onshore responsible

08:22:08 22   for the rig, so that's -- the rig manager is the rig's first touch

08:22:13 23   point onshore.  And the OIM -- in comparison, the OIM is the

08:22:20 24   senior-most individual on the rig.  And because we have rotating

08:22:22 25   crews, I had two OIMs on the *Transocean 97.*  And I still remember

4527

08:22:29  1  those guys, Joey Gwen and Lanny Crow, and I remember learning as a

08:22:33  2  result of that experience the importance of that close relationship

08:22:36  3  between the rig manager in town and the OIMs on the rig.  And, you

08:22:41  4  know, I remember talking to Joey and Lanny twice a day, first thing

08:22:45  5  in the morning when I got in the office and last thing in the

08:22:48  6  afternoon before I left the office.

08:22:50  7        You know, I would talk to Lanny or Joey about what was --

08:22:53  8  what they were going to talk about in their morning meeting with

08:22:56  9  the supervisors that day, what the important activities they were

08:23:01 10  thinking about and looking after and managing over the course of

08:23:04 11  that day, and we talk about the people on the rig and operations on

08:23:09 12  the rig, and we talked about the maintenance on the rig and we'd

08:23:12 13  talk about materials and supplies and people that were going and

08:23:15 14  coming, and services that we needed on the rig.

08:23:19 15        And because I -- because the rig works for a customer, I

08:23:24 16  would have frequent conversations with the customer -- with my

08:23:26 17  counterpart at the customer organization as well, drilling manager,

08:23:29 18  drilling superintendent.  And so, you know, we would have

08:23:33 19  conversations about how the rig is performing, are we delivering

08:23:36 20  the service you're expecting of us.  We would talk about the

08:23:40 21  upcoming operations and what we needed to be thinking about to be

08:23:44 22  able to support the customer's operating plan.

08:23:47 23  Q.  How important was it to get it accurate information from the

08:23:49 24  operator about their operations plans?

08:23:52 25  A.  Well, I think it's impossible to deliver the service a customer

08:23:56   1   expects if they don't tell you what they expect.

08:23:58   2   Q.  So I assume since you're now the CEO, you kept moving up the

08:24:03   3   company.  At some point, did you become the chief operating officer

08:24:07   4   of Transocean?

08:24:07   5   A.  The first time I became the chief operating officer of legacy

08:24:12   6   Transocean was in about October of 2006.

08:24:16   7   Q.  So when you say the first time, what happened in the meantime?

08:24:19   8   A.  So I continued to progress, and one of the things -- one of the

08:24:24   9   things about Transocean is, you know, I started with Sonat Offshore

08:24:28  10   Drilling.  At the time, it was a company that had about 15 rigs.

08:24:31  11   Through a course of mergers and acquisitions, the company has

08:24:36  12   grown.

08:24:36  13           And so in November of 2007, Transocean merged with

08:24:42  14   GlobalSanteFe, and that was a merger of equals, so we kind of

08:24:47  15   interspersed the management.  So Global -- legacy Global got the

08:24:54  16   chairman of the board role, legacy Transocean got the CEO role,

08:24:58  17   legacy GlobalSanteFe got the COO role, which was my role up until

08:25:03  18   the time of merger.  So at the time of the merger, I was

08:25:06  19   effectively demoted back to an operations executive, and I worked

08:25:10  20   for the COO, who had been legacy GlobalSanteFe's CEO at the time of

08:25:17  21   the merger.

08:25:17  22   Q.  In May of 2008, did you become president and chief operating

08:25:21  23   officer?

08:25:21  24   A.  Yes.  About six months after the merger, John Marshall, who was

08:25:25  25   legacy GlobalSanteFe's CEO, and became the combined company's COO,

08:25:30  1   John resigned in May of 2008 and then I was put back in to the COO

08:25:36  2   role at that time.

08:25:37  3   Q.  Who was the CEO when you became the president and chief

08:25:41  4   operating officer in about May of 2008?

08:25:44  5   A.  Bob Long.

08:25:44  6   Q.  How many years now have you been with Transocean?

08:25:47  7   A.  Just over 19 years.

08:25:49  8   Q.  Why did you stay?

08:25:50  9   A.  Because I love this company.

08:25:54 10   Q.  Why?

08:25:55 11   A.  I love what we do.  I love -- you know, I love -- I love a

08:26:08 12   business that involves significant capital investment, designed to

08:26:13 13   deliver the energy the world needs.  I mean, I can give you all of

08:26:17 14   the motherhood and apple pie platitudes about the company.  I just

08:26:22 15   love the company.  I've had a great, great career.  I've met a ton

08:26:24 16   of wonderful people.  Love the company.

08:26:27 17   Q.  Judge Barbier's heard a lot about the company and the

08:26:30 18   relationship with operators.  Just tell me very briefly, what are

08:26:33 19   the services that Transocean provides?

08:26:35 20   A.  We own drilling rigs, and so the services we provide are the

08:26:41 21   drilling rig and the crew to operate that rig.  So, you know, every

08:26:47 22   rig has a power plant on it, so we own and operate that power

08:26:50 23   plant.  All of that power plant provides power to all of the

08:26:53 24   drilling machinery and the deck cranes.  And we handle materials

08:26:58 25   and supplies on that rig -- on those rigs that the customer sends

08:27:02  1    out via supply vessels.  And we carry out drilling operations at

08:27:07  2    the instruction and the compensation of our customers.

08:27:11  3    Q.  Let's pull up D-6730, please.  This is a demonstrative that

08:27:20  4    shows what the company does around the world.  How large is

08:27:24  5    Transocean's fleet currently?

08:27:26  6    A.  If you include rigs that are under construction, it's about 91

08:27:31  7    drilling rigs.

08:27:32  8    Q.  And this shows the wells drilled around the world in 2005 to

08:27:37  9    2009 and comes from a document.  We'll get to that.  It shows these

08:27:41 10    various geographical areas.  Does Transocean drill in all of those

08:27:45 11    areas depicted:  Europe, North Africa -- North America, Africa,

08:27:49 12    South America, Asia and Australia?

08:27:52 13    A.  Yeah, we operate around the world today.

08:27:55 14    Q.  And in that period, 2005 to 2009, did Transocean drill almost

08:28:01 15    7,000 wells?

08:28:03 16    A.  That's what the document says, yes.

08:28:04 17    Q.  How many people does Transocean employ worldwide, about?

08:28:08 18    A.  It's about 18,000.

08:28:09 19    Q.  And how many of those work offshore?

08:28:11 20    A.  About 15,000.

08:28:13 21    Q.  Does Transocean have a fleetwide vision statement regarding

08:28:20 22    safety?

08:28:20 23    A.  We do.

08:28:21 24    Q.  Let's pull up TREX 925.19.1.TO.  Safety vision statement.

08:28:33 25              "Our operations will be conducted in an incident-free

08:28:37  1   workplace all the time, everywhere."  Is that the company's vision
08:28:42  2   statement?
08:28:43  3   A.  Yes, it is.  That's the company's safety vision statement.
08:28:46  4   Q.  How long has that been the company's safety vision statement?
08:28:49  5   A.  I think Bob Long introduced that in about 2003.  I think he did
08:28:54  6   it about the time he became CEO.
08:28:56  7   Q.  Do you think it's possible to have -- to conduct your
08:29:00  8   operations in an incident-free workplace all the time, everywhere;
08:29:06  9   in other words, without any incidents?  Do you believe that's
08:29:08  10  possible?
08:29:08  11  A.  Absolutely.
08:29:08  12  Q.  Have you ever had a year where there was no incident?
08:29:13  13  A.  Not at the consolidated fleetwide level, but we have had
08:29:18  14  drilling rigs go one or two years in succession without any HSE
08:29:27  15  incidents.
08:29:28  16  Q.  How important is safety to you and your company?
08:29:33  17  A.  Safety is one of our core values, and I -- you know, I think it
08:29:40  18  is fundamental to what we do.
08:29:42  19  Q.  Why is that?
08:29:45  20  A.  I just -- I believe that everything we do can be done safely
08:29:51  21  and, you know, I've been involved in incidents where -- you know,
08:29:57  22  where the result of an incident affects an individual's life, and I
08:30:03  23  think there's a way we can manage our business and control the
08:30:08  24  hazards such that we can achieve this vision.
08:30:11  25  Q.  You mentioned hazards.  Is this a hazardous business?

4532

08:30:15 1   A.  It is.  It is.  Our people deal with high voltage and rotating

08:30:19 2   machinery and high pressure and mother nature.  It is a hazardous

08:30:24 3   business.

08:30:24 4   Q.  Does Transocean own the wells that it drills?

08:30:28 5   A.  No.

08:30:29 6   Q.  So you have assets in people and rigs, right?

08:30:35 7   A.  That's all we have.  Drilling rigs and the people that operate.

08:30:38 8   Q.  Do you make profits based on how much oil the well produces?

08:30:42 9   A.  No.

08:30:42 10  Q.  How is the company compensated?

08:30:45 11  A.  Most of our contracts are on the day rate basis.  We get paid a

08:30:51 12  sum of money for 24 hours' worth of work.

08:30:53 13  Q.  Does the company have a financial incentive to cut corners when

08:30:58 14  it comes to safety in its drilling operations?

08:31:00 15  A.  No.

08:31:00 16  Q.  Why not?

08:31:01 17  A.  If you think about it, the commercial incentive really is

08:31:08 18  forced to take as long as possible to do the work because we get

08:31:12 19  paid for 24 hours' worth of work.  There's no incentive to take

08:31:17 20  24 hours' worth of work and condense it into 23 hours' worth of

08:31:21 21  work.  The commercial incentive is completely opposite to that.

08:31:26 22  Q.  In the first day of trial, the Court heard testimony from the

08:31:31 23  plaintiff's process safety expert, a man named Professor Bea.  Are

08:31:37 24  you familiar with the phrase "process safety"?

08:31:40 25  A.  I am.

08:31:40  1    Q.  What does that phrase mean to you?

08:31:42  2    A.  "Process safety" to me means that you take a systemic view of

08:31:49  3    your process, whatever your process is.  Our process happens to be

08:31:54  4    owning and operating drilling rigs.  You take a systematic view of

08:31:59  5    your process and you make sure that all of the elements of that are

08:32:01  6    integrated and coordinated so that you have a process view, and a

08:32:09  7    process management over safety.

08:32:11  8    Q.  Let's put up D-6728, please.  Put up on the screen a portion of

08:32:18  9    the trial testimony of Dr. Robert G. Bea.

08:32:22  10           "Question:  Who owned the rig?

08:32:25  11           "Answer:  Transocean.

08:32:26  12           "Question:  Who owned the well and who was responsible

08:32:28  13   for the design of the well and engineering of the well?

08:32:31  14           "Answer:  BP.

08:32:33  15           "Question:  Can somebody who is not responsible for the

08:32:36  16   design and engineering of the well implement a process safety

08:32:40  17   system that will deal with all of the risks inherent in the

08:32:44  18   drilling of a well?

08:32:46  19           "Answer:  No, they cannot."

08:32:49  20       Do you agree with Professor Bea?

08:32:54  21   A.  In this particular instance, the way the questions are phrased

08:32:56  22   and the way Professor Bea responds, yeah.  I think it is -- it's --

08:33:04  23   it's --

08:33:04  24   Q.  Let's put up D-6727.  More of the testimony of Professor Bea.

08:33:10  25           "Question:  What difference was there, if any, between

08:33:13  1  Transocean's safety management system and the BP safety management

08:33:16  2  system OMS?

08:33:18  3         "Answer:  Well, the principal difference is Transocean is

08:33:21  4  addressing their part of the system exemplified by the graphic we

08:33:26  5  discussed earlier today, the *Deepwater Horizon*.  BP has to

08:33:30  6  encompass that with the operating management system; in addition,

08:33:35  7  the other onshore operating management elements.  So Transocean

08:33:39  8  cannot do a process safety evaluation or an MAR evaluation that

08:33:45  9  will include details of the well and the other parts of that

08:33:49  10 complex system."

08:33:50  11     Do you agree with Professor Bea that there is a difference

08:33:54  12 between having a process safety system that governs Transocean

08:33:59  13 business and a process safety system that governs the entire well,

08:34:05  14 engineering and design?

08:34:06  15 A.  Yes.  There is a difference.  And I don't know what an MAR

08:34:11  16 evaluation is, but I think the point that Professor Bea is trying

08:34:16  17 to make is, you know, if you think about a well construction

08:34:21  18 operation, you have the customer, in this case, BP, and then you

08:34:27  19 have all of the companies that BP -- all of the other contractors

08:34:31  20 that BP hires.

08:34:33  21     You have Transocean, who brings the drilling rig.  You

08:34:35  22 have Halliburton, who does the cementing.  You have Weatherford,

08:34:39  23 who does the casing operations.  You have M-I SWACO, who does the

08:34:44  24 mud.  You have a number of -- Schlumberger does the wireline

08:34:47  25 testing and evaluation.  You have all of these other companies who

4535

08:34:50  1  have a narrow slice of the system, and so they -- each one of those

08:34:56  2  other companies is absolutely responsible for their narrow slice.

08:34:59  3       It is only BP in this case who has everything under their

08:35:04  4  umbrella.  And so there is a difference between the narrow slices

08:35:08  5  that each of the subcontractors has and the umbrella that BP has.

08:35:12  6  Q.  Let's put up D-6733.  Does this demonstrative D-6733 depict the

08:35:27  7  relationships you just described, sir?

08:35:29  8  A.  Yes.

08:35:29  9  Q.  Now, does that mean that Transocean, as the drilling

08:35:34 10  contractor, has no responsibilities with regard to safety on the

08:35:37 11  project?

08:35:37 12  A.  No, it's not intended to imply that at all.

08:35:41 13  Q.  What are your responsibilities with regard to safety?

08:35:44 14  A.  Well, so if you think about a drilling rig, as I said earlier,

08:35:50 15  every drilling rig has a power plant.  There is an engine room and

08:35:54 16  a set of high-voltage switch gear and electrical cabling all over

08:35:58 17  the rig.  So anytime we do maintenance on the power plant, anytime

08:36:03 18  we have to reconfigure the power plant, that is our responsibility

08:36:08 19  number one.  And, consequently, because it's our responsibility, we

08:36:13 20  absolutely have responsibility for the safety of that.

08:36:15 21       We operate the deck cranes on the rig, so every time a

08:36:19 22  supply vessel comes out to the rig with supplies on it or something

08:36:22 23  needs to be sent into town, it's our people who operate the deck

08:36:27 24  cranes, it's our people who man the deck crew, and so picking up

08:36:31 25  materials off of a supply vessel onto the rig or taking materials

08:36:34   1   off of the rig and putting them onto a supply vessel to send them

08:36:37   2   into town.  Because that operation is our responsibility, we

08:36:41   3   absolutely have the responsibility for conducting it safely and

08:36:46   4   efficiently.

08:36:46   5   Q.  Does Transocean have overall primary responsibility for safety

08:36:50   6   of the well, including its design and engineering?

08:36:53   7   A.  No.

08:36:54   8   Q.  Who does?

08:36:54   9   A.  BP.

08:36:55  10   Q.  Does Transocean collaborate with BP in connection with the

08:36:59  11   operations that Transocean performs on its rigs?

08:37:01  12   A.  Yes.  As I said earlier, part of what we have to do to be

08:37:06  13   successful is deliver service to our customers.  And so that

08:37:11  14   necessarily entails that we understand what the customer wants us

08:37:17  15   to do.  And so that -- you know, that understanding is a

08:37:20  16   collaborative process.  It is, you know, us asking what do you need

08:37:26  17   on this particular project, what do you need for the next 24 hours,

08:37:29  18   what do you need for the next five days, and then coordinating

08:37:33  19   together to make sure that happens.

08:37:34  20   Q.  Judge Barbier has heard a lot about the well control

08:37:39  21   responsibilities of drillers on rigs.  Is well control the only

08:37:44  22   responsibility that Transocean drillers have?

08:37:46  23   A.  No.

08:37:46  24   Q.  What are the other responsibilities?

08:37:48  25   A.  If you think about what a driller does, you know, a driller

4537

08:37:55  1    operates a whole host of machinery that is associated with drilling

08:38:01  2    the well, so the driller has to operate the draw works to raise and

08:38:05  3    lower pipe, he operates the top drive to spin the pipe, he operates

08:38:09  4    the BOP to shut in the well, he operates the pipe-handling

08:38:12  5    equipment to move pipe back and forth on the drill floor.  He is

08:38:17  6    responsible for understanding the mechanics of actually drilling

08:38:21  7    the well, so some holes are straight up and down, some holes are

08:38:25  8    highly deviated.  So a driller has got to understand directional

08:38:28  9    drilling.  Sometimes the pipe gets stuck in the well, so a driller

08:38:31 10    has got to understand what do you do to prevent stuck pipe in the

08:38:34 11    first place and what happens if you get stuck in the second place,

08:38:37 12    how do you deal with that.

08:38:39 13         Sometimes we have what's called a twist-off, where you

08:38:43 14    lose pipe in the hole, and so one of the things a driller's got to

08:38:47 15    understand is the critical importance of measuring meticulous

08:38:52 16    measurements of everything that goes in the well, so if you lose

08:38:55 17    something in the well, you know exactly what you're looking for,

08:38:59 18    what the profiles are that you're trying to fish.

08:39:02 19         A driller has got to understand the intricate

08:39:05 20    relationship between the drill floor and the pipe deck if you're

08:39:09 21    trying to pick up tubulars or lay down tubulars.  Driller's got to

08:39:13 22    understand the connection of -- on the drill pipe because the

08:39:18 23    driller's responsible for torquing that connection to the proper

08:39:22 24    recommended torque, so he has got to understand the operation of

08:39:25 25    the iron roughneck to get that torque right.

08:39:27  1        Driller's got to understand man management skills because

08:39:31  2   he is managing a drill crew, so he's got to understand how to

08:39:35  3   engage and assist a driller in discussion about you want to become

08:39:40  4   a driller, here are the things you need to learn and do and

08:39:43  5   demonstrate to become a driller.  He has got to know how to conduct

08:39:46  6   an annual performance appraisal discussion, so man management

08:39:50  7   skills.

08:39:50  8        Driller's got to understand how to lead a meeting,

08:39:53  9   because, you know, there are pretower meetings and pretask meetings

08:39:57 10   that take place all the time, and when those meetings take place on

08:40:00 11   the drill floor, it's the driller's responsibility for doing that.

08:40:02 12   So he has to understand how to make sure everybody in a group

08:40:06 13   setting is paying attention, how to engage individual members of

08:40:10 14   the crew.  So well control is part of it, but it's only part of it.

08:40:15 15   Q.  Does Transocean have a process safety system to ensure the

08:40:20 16   safety of its rig operations?

08:40:21 17   A.  Yes.

08:40:22 18   Q.  Describe that for us.

08:40:23 19   A.  We have a complex management system designed to address all of

08:40:29 20   the different elements of owning and operating drilling rigs, so

08:40:33 21   there is a health and safety manual that is designed to cover all

08:40:38 22   of the routine aspects of operating a drilling rig.  We have a set

08:40:42 23   of emergency response manuals and protocols so the crew and the

08:40:48 24   supervisors understand what actions to take place under a variety

08:40:51 25   of scenarios that might happen on a drilling rig.

08:40:54  1          We conduct thorough hazard assessments, so every rig has

08:41:00  2  what's called a major accident hazard risk assessment, a MAHRA,

08:41:04  3  which is the exercise the crew go through on a

08:41:08  4  compartment-by-compartment and system-by-system basis to identify

08:41:11  5  what might go wrong, and how do we prevent that from going wrong,

08:41:16  6  and what response do we take if it does go wrong.  It's a complex

08:41:22  7  set, complex framework allowed -- designed to train our people in

08:41:30  8  the management of safety.

08:41:31  9  Q.  As the CEO of the company, what's your role in that system?

08:41:35  10  A.  I think a CEO has three basic responsibilities:  To make sure

08:41:42  11  that system exists, to make sure that the people we hire are people

08:41:49  12  who understand that system and can execute against that system, and

08:41:56  13  then set expectations and ensure that people are meeting those

08:42:00  14  expectations, providing the resources to do that.

08:42:04  15  Q.  Let's put up D-6731.  Are you familiar with these three things,

08:42:13  16  Time Out For Safety, Think, and Start?

08:42:15  17  A.  Yes.

08:42:16  18  Q.  Let's go through them one by one.  What's the Time Out For

08:42:20  19  Safety program?

08:42:20  20  A.  Time Out For Safety is our stop-work authority, and what I tell

08:42:28  21  our people is that not only do you have the right to take a time

08:42:33  22  out for safety, you have an obligation to do that.  And I expect

08:42:37  23  you to do that if you're the least bit uncomfortable, if you see

08:42:41  24  something that seems out of place, if you recognize a change, you

08:42:47  25  not only have the right but the obligation to call a time-out.

4540

08:42:52  1    Q.  And do you recognize employees who have exercised that right?

08:42:55  2    A.  We do.

08:42:56  3    Q.  How do you do that?

08:42:57  4    A.  We have a weekly bulletin that goes out that includes a section

08:43:00  5    in it called the I Made a Difference campaign.

08:43:04  6    Q.  What's that?

08:43:05  7    A.  We recognize people who took a time-out because they identified

08:43:09  8    something they were uncomfortable with or didn't understand or

08:43:13  9    didn't feel it was appropriate to proceed.  They called a time-out,

08:43:18  10   and we recognize them for that.

08:43:19  11   Q.  Are you familiar with Transocean's First Excellence award?

08:43:23  12   A.  Yes.

08:43:23  13   Q.  How are you familiar with that?

08:43:25  14   A.  I chair the executive committee that approves the final awards

08:43:32  15   to the individuals and the rig.

08:43:34  16   Q.  What is the First Excellence award and how do people get it?

08:43:38  17   A.  The First Excellence award is an annual recognition program

08:43:43  18   with the company.  It is designed to recognize people who visibly

08:43:48  19   demonstrate our core values.

08:43:49  20   Q.  Including safety?

08:43:50  21   A.  Including safety.  And so there is -- it's quite lengthy.

08:43:57  22   Nomination and review process.  The individuals and the rigs are

08:44:01  23   nominated by colleagues and co-workers.  There's a form they have

08:44:06  24   to fill out that recognizes each of the core values and requires

08:44:11  25   really that the nominator articulate examples of the individual's

08:44:21  1   visible demonstration of the core value.  And then typically those

08:44:24  2   nominations are supported by letters of recommendation from other

08:44:26  3   colleagues and, in some cases, customers as well.

08:44:30  4         That is submitted to the nomination review committee,

08:44:33  5   which is a lower committee, and that committee goes through those

08:44:36  6   nominations in extensive detail.  It's a lot of back and forth

08:44:41  7   between the committee and the nominator to make sure the package is

08:44:46  8   as responsive as possible to the objective of visible demonstration

08:44:52  9   of the core values.

08:44:55 10         And then some subset of the nominations make it through

08:44:58 11   the review committee and are presented to the executive committee

08:45:01 12   for final approval.  I chair that executive committee.  And so our

08:45:04 13   job is to take the nominations that have made it through the

08:45:07 14   nomination review committee and give our final approval to those

08:45:12 15   nominations.

08:45:12 16   Q.  And was Randy Ezell of the *Deepwater Horizon* one of the

08:45:16 17   recipients of that award?

08:45:17 18   A.  He was.

08:45:17 19   Q.  And did he appear quite proud of that accomplishment?

08:45:22 20   A.  Deservedly so.

08:45:25 21   Q.  So the next item here in this exhibit I've got up, a

08:45:29 22   demonstrative, is the Think program.  Let's put up TREX 4942, the

08:45:36 23   first page of that.  You've got it in your binder, but this is the

08:45:45 24   health and safety policies and procedure manual.  What is that?

08:45:47 25   A.  That's the health and safety manual that forms a part of this

4542

08:45:52  1    comprehensive management system I described earlier.

08:45:54  2    Q.  So let's pull up TREX 4942.124.1.TO.  Do you see that on the

08:46:06  3    screen, Mr. Newman?

08:46:07  4    A.  Yep.

08:46:08  5    Q.  THINK planning process, the steps of the THINK planning

08:46:11  6    process.  Plan, inspect, identify, communicate, control.  Just

08:46:15  7    explain briefly what that requires.

08:46:18  8    A.  THINK is our pretask planning process, and so before an

08:46:26  9    individual or a group undertakes any task, I expect them to and our

08:46:33 10    system requires that they go through this pretask planning process,

08:46:37 11    the THINK planning process.

08:46:38 12        So the planning element of it is to make sure you have a

08:46:41 13    step-by-step plan for what you're going to do, what is the task and

08:46:47 14    what order are we going to perform the steps of that task in.

08:46:52 15        Second element is frequently the tasks we undertake involve

08:46:57 16    equipment and materials and supplies, so you absolutely have to

08:47:01 17    inspect the condition of that equipment and materials and supplies

08:47:05 18    and you inspect the work environment to make sure that everything

08:47:08 19    is kept in a manner and ready to go.

08:47:14 20        The identification step is all about identifying hazards

08:47:19 21    associated with the task, what might go wrong and how do we prepare

08:47:24 22    for that.  How do we know -- you know, how do we know who is

08:47:28 23    responsible for that particular step that might go wrong.  It's a

08:47:33 24    comprehensive process designed to identify all of the risks and

08:47:38 25    hazards associated with the task.

08:47:39  1    Q.  Early in the trial, Judge Barbier made clear he hates acronyms.
08:47:44  2    Those letters plan, inspect, identify, communicate, control
08:47:47  3    actually don't spell "think," do they?
08:47:49  4    A.  No, they don't.
08:47:51  5             THE COURT:  I didn't say I hate them, I said I can't keep
08:47:54  6    track of them all.
08:47:55  7             MR. BRIAN:  I wanted to make a point, this is not an
08:47:59  8    acronym.
08:48:00  9             THE WITNESS:  I am sympathetic.  This industry is replete
08:48:03 10    with acronyms.
08:48:05 11             THE COURT:  So is the federal government.
08:48:06 12    BY MR. BRIAN:
08:48:07 13    Q.  So you mentioned, Mr. Newman, that this Think process applies
08:48:10 14    to any task.  Do you really mean any task?
08:48:13 15    A.  Yeah, yes.  Any task.
08:48:14 16    Q.  So it can be a relatively -- give me an example of a relatively
08:48:19 17    simple task on a rig that would require the Think process to kick
08:48:21 18    in.
08:48:22 19    A.  So let's assume that the deck crew are moving a piece of
08:48:26 20    equipment around on the deck, and in preparing to undertake that
08:48:33 21    task they realize they don't have the right sling, they need a
08:48:36 22    different sling from the sling locker.  So the crane operator grabs
08:48:42 23    one of the roustabouts and he would say, I need this different
08:48:45 24    sling, I need you to go down to the sling locker and get a
08:48:48 25    different sling.

08:48:49  1          That in and of itself, going to the sling locker to get a

08:48:53  2  different sling, is a task.  And so I would expect that roustabout

08:48:57  3  to think about, okay, what's my plan for doing that, what's the

08:49:01  4  route I am going to walk along between here and the sling locker

08:49:06  5  and, you know, what hazards might I encounter along that walk.  If

08:49:12  6  I've got to go through any of the machinery spaces that might be

08:49:16  7  high-noise areas, am I going to have access to ear plugs so I can

08:49:21  8  get through those spaces?  When I get to the sling locker, what

08:49:24  9  condition is the sling locker in and where within that sling locker

08:49:27 10  is the particular sling I am looking for?  Am I going to have to

08:49:31 11  move around some other slings to get to the sling I want?  And when

08:49:35 12  I find the sling I want, how heavy is that sling?  Am I going to be

08:49:39 13  able to carry it myself and still keep one hand on the handrails as

08:49:42 14  I walk up and down stairs?

08:49:44 15          It's that kind of process that even for what you and I

08:49:48 16  would think is a relatively simple task, I would expect the

08:49:50 17  roustabout to be thinking about those steps.  What's my plan?  What

08:49:55 18  do I have to inspect?  What hazards might I identify so I can be

08:50:00 19  properly prepared for those?  Do I need to communicate with anybody

08:50:04 20  along the way?  And how do I control -- these hazards I might have

08:50:08 21  been thinking about, how do I control those hazards so that I can

08:50:11 22  go and get that sling and come back to the crane operator without

08:50:14 23  getting hurt?

08:50:15 24  Q.  Are Think processes necessarily in writing?

08:50:18 25  A.  Not necessarily, no.

08:50:19  1   Q.  What factors go into whether a Think process is put in writing?

08:50:24  2   A.  The complexity of the task and the number of people involved.

08:50:28  3   Q.  Give me an example of a Think process that you would think

08:50:33  4   would be put in writing.

08:50:34  5   A.  Running the BOP.  So when you're running the BOP, because it

08:50:40  6   involves multiple areas of the rig, you're involved with the subsea

08:50:45  7   department down to the moon pool, involved with the rig crew, the

08:50:49  8   drilling crew up on the drill floor, and you're involved with the

08:50:54  9   crane crew down on the pipe deck.  You have got multiple areas of

08:50:58 10   the rig involved, you have multiple people involved, you're dealing

08:51:00 11   with joints of riser which are 75 feet long and weigh 35 tons.

08:51:07 12   Moving that heavy equipment around, the complexity of the operation

08:51:10 13   with the multiple different departments involved, something like

08:51:12 14   that would be written down.

08:51:14 15   Q.  So let's go to the third item we had up earlier, the START

08:51:18 16   process, and if we can pull up TREX 4942.

08:51:21 17          THE WITNESS:  I apologize, your Honor, this is an

08:51:23 18   acronym.

08:51:23 19   BY MR. BRIAN:

08:51:24 20   Q.  4942.231.1.TO.  It refers to the START process:  See, think,

08:51:35 21   act, reinforce and track.  What is the START process?

08:51:38 22   A.  This is our observation and monitoring process.  So this is the

08:51:45 23   process that I expect rig crews to use when they're carrying out a

08:51:50 24   task.  It's the foundation of the level of awareness and paying

08:51:58 25   attention that I expect all of the rig crews to observe when

08:52:03  1    they're carrying out their tasks.

08:52:04  2    Q.  And are folks in the rig expected to fill out START cards?

08:52:09  3    A.  Yes.

08:52:09  4    Q.  What's a START card?

08:52:11  5    A.  START card is a prompt for -- it's a prompt for things to look

08:52:18  6    for, conditions to identify, and it walks the individual through

08:52:24  7    the response to identifying conditions or observing behaviors,

08:52:30  8    it -- it gives the individual a space to fill out, okay, as a

08:52:35  9    result of observing this condition or this behavior, did you have a

08:52:40  10   conversation and what was the gist of that conversation.  And as a

08:52:45  11   result of that conversation, did you make a commitment, you know,

08:52:49  12   did you elicit a commitment from the individual to not demonstrate

08:52:55  13   that unsafe behavior or to address that unsafe condition that I

08:52:58  14   observed.

08:52:59  15   Q.  Mr. Newman, is it your practice to visit rigs?

08:53:02  16   A.  Yes.

08:53:03  17   Q.  How often do you make a visit to a rig?

08:53:06  18   A.  Not as often as I would like.  I get out five or six times a

08:53:12  19   year.

08:53:12  20   Q.  Why do you go out so frequently?

08:53:14  21   A.  Because I think that's the only way I can assess what we're

08:53:20  22   doing.  You know, 15,000 of our people work offshore, that's what

08:53:25  23   we do is we own and operate offshore drilling rigs, and I think the

08:53:29  24   only way I can be an effective CEO is if I have some sense of how

08:53:34  25   we're doing at that fundamental aspect of our business.  I go out

08:53:39 1   there to see our people, I go out there to talk to our customers, I

08:53:42 2   go out there to watch our operations.

08:53:44 3   Q.  Once you land on the rig, what's the very first thing you do?

08:53:48 4   A.  Just like any other visitor, the very first thing I do is I am

08:53:52 5   ushered into the helicopter reception room and I am given a safety

08:53:59 6   induction.

08:53:59 7   Q.  Does Transocean have a practice of holding safety meetings on

08:54:04 8   the rigs?

08:54:04 9   A.  Yes.

08:54:05 10  Q.  How do you know that?

08:54:06 11  A.  Because I've sat in them, I have participated in them.  Years

08:54:11 12  ago when I was a rig manager, I led some of them.

08:54:13 13  Q.  And what types of safety meetings take place on the rigs?

08:54:16 14  A.  Every day on the rig -- because the rig crews work 12-hour

08:54:22 15  towers, every day on the rig in conjunction with those shift

08:54:29 16  changes, there is what we call a pretower meeting.  So it typically

08:54:32 17  happens at 11:30 in the morning and 11:30 at night every day.  And

08:54:36 18  so when I am on the rig, I make a point of being in the cinema at

08:54:41 19  11:30 A.M. and P.M. so I can see those pretower meetings.

08:54:45 20  Q.  Are those the only safety meetings the crew members go through

08:54:49 21  on a weekly basis?

08:54:50 22  A.  No.  So every crew member will go through his or her respective

08:54:54 23  pretower meeting.  And then, you know, we talked about the THINK

08:54:58 24  planning process, that's a safety meeting that takes place at the

08:55:01 25  start of every task.  There are weekly departmental safety

4548

08:55:04  1  meetings.  So there are lots and lots of safety meetings on the

08:55:09  2  rig.

08:55:10  3  Q.  Does Transocean train its employees on safety?

08:55:14  4  A.  Yes.

08:55:15  5  Q.  As of April 20th, 2010, describe for us, briefly what type of

08:55:20  6  training was provided to new hires.

08:55:22  7  A.  Every new hire in the Gulf of Mexico goes through what we call

08:55:26  8  the TOPS program.  Apologize, your Honor, it's an acronym.

08:55:30  9  Q.  That's training for optimum performance safety?

08:55:33 10  A.  Yes.

08:55:34 11  Q.  What is that?

08:55:34 12  A.  Every new hire in the Gulf of Mexico goes through TOPS

08:55:37 13  training.  It's a two-week course that we hold at our shore-based

08:55:27 14  TOPS program.  Apologize your Honor it's an acronym.

08:55:30 15  Q.  That's Training for Optimum Performance Safety?

08:55:33 16  A.  Yes.

08:55:34 17  Q.  What is that?

08:55:34 18  A.  Every new hire in the Gulf of Mexico goes through TOPS

08:55:37 19  training, it's a two-week course that we hold at our shore based

08:55:42 20  logistics base down in Morgan City, Louisiana, Amelia, Louisiana.

08:55:47 21  And it's designed to, as close as we can, it's a bit artificial I

08:55:53 22  guess, designed to simulate a rig environment; so you live in

08:55:57 23  rig-like accommodations, you don't live in a hotel, you live in

08:56:01 24  what looks as close as you can in a shore-base environment, an

08:56:05 25  accommodation block.

4549

08:56:07  1          And you go through some amount of classroom training, so

08:56:10  2     we teach our people just like we showed those exhibits earlier, we

08:56:14  3     teach our people what is the THINK plan process, what is the START

08:56:18  4     observation process, how important the Time Out For Safety stop

08:56:25  5     work authority is.  So some amount of classroom training with all

08:56:26  6     of that stuff.

08:56:26  7          And then because it is on the same site as our logistics

08:56:31  8     base, you know, we train the individuals in proper slinging and

08:56:34  9     rigging techniques because we handle a lot of equipment.  We have a

08:56:38 10     lot of spare inventory there, so they get to put their hands on a

08:56:43 11     BOP double ram or a BOP annular, they get to look at what this

08:56:48 12     equipment looks like.  Because they're carrying out tasks, they

08:56:51 13     actually get to practice the THINK planning process and the START

08:56:55 14     observation process, and they absolutely practice the Time Out For

08:56:59 15     Safety.

08:56:59 16          So it's two weeks designed to introduce them to a

08:57:03 17     rig-like environment and to show them rig equipment and to have

08:57:08 18     them engage in the basic rig tasks, slinging equipment and moving

08:57:15 19     equipment around and working with cranes so they learn crane signal

08:57:18 20     s and how to direct a crane.  So they do that for two weeks, and at

08:57:21 21     the end there's a test; and if you don't pass the test, you don't

08:57:24 22     go offshore.

08:57:25 23     Q.  And is there other safety training provided to the employees

08:57:28 24     after that initial training course?

08:57:30 25     A.  Yes.  So the company has a comprehensive on-the-job training

08:57:36  1  program so there's an OJT module for each role on the rig, that's a

08:57:41  2  roustabout OJT and roughneck OJT and mechanic OJT and an

08:57:46  3  electrician OJT.  The first OJT module they have to complete is

08:57:51  4  their safety OJT module.

08:57:53  5  Q.  Let me ask you about on-the-job training.  Some people think of

08:57:57  6  on-the-job training is just throw somebody in the job and they sink

08:58:00  7  or swim.  Is yours like that or is it much more formalized?

08:58:04  8  A.  Just like the TOPS program is a combination of classroom-like

08:58:11  9  instruction and practical application, the OJT program is a

08:58:16 10  combination of computer-based training; so every rig in the fleet

08:58:19 11  has a training room that is equipped with training computers, and

08:58:22 12  that's the only thing those computers are allowed to be used for is

08:58:25 13  training.  And those training computers are, you know, they've got

08:58:29 14  a whole host of documentation on them in terms of video tutorials

08:58:35 15  and handbooks and lessons and tests.

08:58:40 16          So the individuals are expected to work through that

08:58:42 17  computer-based material.  And for every OJT module for the

08:58:48 18  roustabouts and the roughnecks and the mechanics and electricians,

08:58:51 19  there is a list of tasks that they have to demonstrate, and they

08:58:53 20  have to demonstrate competency in those tasks to their supervisors.

08:58:58 21  So there's a sign-off sheet that every, you know, if I am an

08:59:01 22  electrician I am going through think electrician OJT, I have my

08:59:05 23  electrician OJT task list, it's mine.  And I take that and I have

08:59:11 24  to demonstrate competency in every one of those supervisor, the

08:59:16 25  electrical supervisor or the maintenance supervisor, my supervisor

08:59:18  1   has to sign off my competency in each task.  So computer-based

08:59:24  2   training and practical application.

08:59:25  3   Q.  Are there other more formal safety training programs the

08:59:29  4   company offers its employees?

08:59:31  5   A.  Yeah.  There is -- every training course we provide our people

08:59:36  6   has some element of safety associated with it, so we provide our

08:59:40  7   people with well control training, well control training has an

08:59:43  8   element of safety in it.  We provide our people with drilling

08:59:46  9   practices training, particularly appropriate for drillers, and

08:59:51 10   there's an element of safety associated with that.  So every

08:59:54 11   training course we offer has some underlying component of safety

09:00:00 12   embedded in it.

09:00:01 13   Q.  Do the safety courses cover emergency response procedures, too?

09:00:04 14   A.  Yeah.  And, in fact, the rigs, the rigs are required to carry

09:00:09 15   out weekly drills, so every week the rigs are required to have a

09:00:14 16   fire drill and an abandonment drill, and that is just more safety

09:00:19 17   training.

09:00:20 18   Q.  His honor has already heard about from Mr. Ezell and

09:00:25 19   Mr. Barnhill about well control training, so I am not going to ask

09:00:28 20   you about that, other than to ask you, you're familiar with it I

09:00:30 21   take it?

09:00:31 22   A.  Yes.

09:00:32 23   Q.  Did you yourself personally participate in well control

09:00:35 24   training?

09:00:36 25   A.  I did.  When I was region manager for our Far East business

09:00:40  1   back in 2001 through 2003 I had a valid well control certificate.

09:00:45  2   Q.  Enough of well control training he's heard it.  Are you

09:00:49  3   familiar with the Global Management System the company has?

09:00:51  4   A.  I am.

09:00:52  5   Q.  What's that system?

09:00:53  6   A.  The Global Management System is our proprietary reporting

09:00:57  7   system, so it is used to -- it is what the rigs use to report

09:01:02  8   everything that happens on the rigs.

09:01:05  9   Q.  And do you receive reports of those from that system,

09:01:12  10  personally?

09:01:13  11  A.  Yes, I do.  The Global Management System --

09:01:18  12          THE WITNESS:  Are you okay if I refer to it as GMS?

09:01:21  13          THE COURT:  Go ahead.

09:01:22  14          THE WITNESS:  GMS has within it the capability that any

09:01:25  15  GMS user -- and I am a GMS user, I am defined in the user table

09:01:30  16  within the system -- any GMS user can go into the system and set up

09:01:34  17  a subscription where the system will send you a periodic report,

09:01:40  18  you configure the report to report on what you want to see.  So my

09:01:45  19  GMS subscription alerts me on a daily basis for every HSE incident

09:01:50  20  that has happened anywhere in the fleet.

09:01:52  21  BY MR. BRIAN:

09:01:52  22  Q.  Are you familiar with the phrase recordable incident?

09:01:55  23  A.  Yes.

09:01:55  24  Q.  What's a recordable incident?

09:01:57  25  A.  We follow the International Association of Drilling

4553

09:02:01   1   Contractors' incident classification scheme, so we're a member of

09:02:07   2   IADC and we follow their incident classification scheme.  A

09:02:11   3   recordable incident is any incident that requires more than simple

09:02:14   4   first aid.  So if the incident results in a band aid, simple first

09:02:18   5   aid, it's not a recordable incident.  But if you take prescription

09:02:22   6   medication, if you take stitches, if you have a broken bone,

09:02:28   7   anything that requires more than simple first aid is, under the

09:02:35   8   IADC system, a recordable incident.

09:02:37   9   Q.  Now I've heard other phrases like serious injury case, lost

09:02:41  10   time incident, serious near hit, what are those phrases in the

09:02:45  11   context of this system?

09:02:46  12   A.  Okay.  So within the IADC system, IADC -- the IADC system is

09:02:52  13   primarily oriented towards personal injury, so the lowest level of

09:02:56  14   personal injury is a first aid case.  That's hopefully

09:03:00  15   self-explanatory, simple, simple outcome.

09:03:03  16        The next level with the IADC system is a medical

09:03:06  17   treatment case, so that is where an individual is given

09:03:10  18   prescription medication or stitches, but returns to their normal

09:03:15  19   task on their next regularly scheduled tower.  So if I nip my

09:03:22  20   finger, I get Steri-Strips or stitches but I can go back to work

09:03:26  21   the next day, that's a medical treatment case.

09:03:28  22        The next level up in the IADC system is a restricted work

09:03:33  23   case, that addresses an individual who has received medical

09:03:39  24   attention and cannot go back to work in their assigned task on

09:03:43  25   their next scheduled shift, but can do something else.  So again,

09:03:47  1    if I am using the example of a roughneck who has had his finger

09:03:51  2    nipped, if I can't go back on the drill floor and trip pipe but I

09:03:56  3    can go into the warehouse and participate in the cycle count,

09:04:00  4    that's a restricted work case because I am not doing my normal

09:04:04  5    task.

09:04:05  6              And then the next level up is lost time injury that is

09:04:09  7    where I am injured to the point where I cannot go back to work at

09:04:12  8    my next shift, either in my normally assigned task or in any other

09:04:16  9    role, I am losing time from work.

09:04:18  10             So you have first aid case, medical treatment case,

09:04:21  11   restricted work case, and lost time injury.

09:04:23  12   Q.  And does the company's GMS system track these various

09:04:26  13   categories?

09:04:27  14   A.  So within the Global Management System there is an incident

09:04:31  15   reporting module and our people report every incident, and part of

09:04:37  16   that entails the incident classification.  And so we -- from a

09:04:43  17   statistical perspective, we consolidate all of the incident reports

09:04:47  18   across the company and track our performance in first aid cases, in

09:04:50  19   medical treatment cases and restricted work cases and lost time

09:04:54  20   injuries.

09:04:54  21   Q.  And do you expect other management, other members of your

09:04:57  22   management team to keep track of these safety issues as well?

09:05:00  23   A.  They've learned that if I get a report and I haven't heard it

09:05:05  24   first from my chief operating officer, my chief operating officer

09:05:09  25   and I are going to have a conversation.

4555

09:05:11   1    Q.   Is Larry McMahan part of your management team?

09:05:13   2    A.   He is.

09:05:14   3    Q.   What's his current position?

09:05:15   4    A.   Larry McMahan is an operations executive, so he is a

09:05:18   5    vice-president of operations.

09:05:19   6    Q.   Does he report directly to you?

09:05:21   7    A.   No.

09:05:22   8    Q.   Who does he report to?

09:05:24   9    A.   He reports to John Stobart who is our chief operating officer

09:05:27  10    and John reports to me.

09:05:28  11    Q.   And what is Larry McMahan's, what are his job responsibilities?

09:05:34  12    A.   Well, Larry spent a long time offshore and so Larry is

09:05:42  13    intimately familiar with and I consider him to be a subject matter

09:05:45  14    expert in drilling operations, floating operations, particularly on

09:05:50  15    floating rigs.  Larry didn't have a lot of time on jack-ups but

09:05:54  16    he's had a lot of time particularly on drill ships.  So he has some

09:05:58  17    subject matter expertise with respect to the operation of a rig,

09:06:01  18    the management of a rig crew.

09:06:03  19            Larry, because of his time offshore and the different

09:06:06  20    parts of the world Larry's worked in, Larry knows our people really

09:06:10  21    well.  And Larry is -- I don't think there is any other way to

09:06:14  22    describe it, Larry is passionate, passionate about our people and

09:06:18  23    passionate about safety.

09:06:19  24    Q.   Did he have essentially the same job responsibilities in April

09:06:22  25    of 2010 that he has now?

4556

09:06:24  1   A.  Yes.

09:06:25  2   Q.  Is he proactive in his job?

09:06:27  3   A.  Yes.  Because of Larry's affinity for offshore operations and

09:06:33  4   his close connection with our people, he talks to a lot of our

09:06:38  5   people around the world and he does that to keep in touch with

09:06:42  6   what's going on around the world.  And if he hears something or

09:06:46  7   sees something he doesn't like, he's going to raise it.

09:06:50  8   Q.  And he raises it pretty directly, doesn't he?

09:06:54  9   A.  He is, he does.  Just like every other executive, Larry has his

09:07:00 10   own way of communicating and I've grown accustomed to it.

09:07:03 11   Q.  Is it a good or bad thing to have somebody in your management

09:07:07 12   team like Larry McMahan?

09:07:08 13   A.  It's an absolute necessity to have somebody like Larry McMahan.

09:07:12 14   Q.  I am going to show you some of his e-mails.  If we can put up,

09:07:15 15   you might want to pull up TREX 2189, if you can possibly find that

09:07:20 16   in the binder.  I've got the first page up on the screen.

09:07:25 17   A.  Yep.

09:07:26 18   Q.  Did you find it in the binder?

09:07:27 19   A.  Yep.

09:07:27 20   Q.  Just tell the court generally, what is TREX 2189?

09:07:33 21   A.  It starts out as an e-mail from Larry to, if you read through

09:07:39 22   this list of names -- Bobby Browning, Clancy Cavanaugh -- these are

09:07:42 23   operations managers around the world.  This is an e-mail from Larry

09:07:46 24   to the operations managers around the world, and you can see he's

09:07:50 25   copied me on this.  He's written this shortly after the merger

4557

09:07:56  1    between Transocean and GlobalSanteFe, and he is highlighting a list

09:08:02  2    of things that he has found to be concerning.

09:08:05  3    Q.  And you're pointing to the e-mail is TREX, if we can put up

09:08:09  4    TREX 2189.1.1.TO.  Maybe that's it.  You're reporting in the e-mail

09:08:18  5    from Larry McMahan starting about the middle of the first page, are

09:08:22  6    you not?

09:08:23  7    A.  Yes.

09:08:23  8    Q.  It looks like it was forwarded to a Mike Wright, do you see

09:08:32  9    that at the top?

09:08:33 10    A.  I do.

09:08:33 11    Q.  Who is Mike Wright?

09:08:35 12    A.  Mike Wright at the time was an operations manager in the Gulf

09:08:38 13    of Mexico.

09:08:38 14    Q.  Why don't we pull up TREX 2189.3.1.TO.  Do you see where Larry

09:08:47 15    writes:  "Please take this issue to heart in communicate with your

09:08:51 16    respective Rig Managers and ask them to discuss with the OIMs

09:08:57 17    onboard our vessels."  Do you see that?

09:08:59 18    A.  Yes.

09:08:59 19    Q.  And then he wrote:  "My bottom line is that we are better than

09:09:04 20    what these incidents reveal and if we do not change the way we

09:09:08 21    operate we will continue to have these trainwrecks."  Do you see

09:09:11 22    that?

09:09:11 23    A.  Yes.

09:09:12 24    Q.  Is that the kind of language Larry McMahan uses?

09:09:15 25    A.  Yes.

4558

09:09:15  1   Q.  If we can pull up TREX 2189.1.2.TO.  Now, if you look through

09:09:24  2   the document, you'll see there's a reference to loss of control of

09:09:28  3   traveling blocks, loss of control of equipment, loss of control of

09:09:31  4   vessel position, loss of control of drilling fluids, loss of

09:09:35  5   control of well.  Do you see those?

09:09:37  6   A.  Yes.

09:09:38  7   Q.  Now, I count about 30 incidents in this e-mail, is that about

09:09:43  8   right?

09:09:44  9   A.  I'll take your word for it, it looks about right, yes.

09:09:48  10  Q.  And he lists on page two, does he not, the rigs that the

09:09:51  11  incidents occurred on, right?

09:09:52  12  A.  Every incident that Larry lists has a rig associated with it,

09:09:58  13  yes.

09:09:58  14  Q.  How many of those approximately 30 incidents took place on the

09:10:04  15  *Deepwater Horizon*?

09:10:04  16  A.  One.

09:10:05  17  Q.  What kind of incident was that?

09:10:06  18  A.  It looks like a dropped object -- a TDS -- TDS is a top drive

09:10:13  19  system, so that's the piece of machinery that actually rotates the

09:10:16  20  pipe -- a TDS solenoid dropped 38 feet.

09:10:20  21  Q.  And I don't want to minimize these dropped objects, these are

09:10:23  22  heavy pieces of equipment, right?

09:10:24  23  A.  Some of them are.  You're looking at that first one that

09:10:28  24  happened on the *Marianas*, it dropped a joint of riser, that's a

09:10:32  25  35-ton piece of equipment.

4559

09:10:32  1   Q.   These sorts of incidents can seriously injure, if not kill,

09:10:37  2   people, correct?

09:10:37  3   A.   We had a fatality in 2008 from a dropped object.

09:10:41  4   Q.   How many of these approximately 30, if you look at page two,

09:10:46  5   approximately 30 events total during this time period reflected by

09:10:50  6   his e-mail were loss of well control?

09:10:52  7   A.   One.

09:10:53  8   Q.   And that was not on the *Deepwater Horizon*, was it?

09:10:55  9   A.   No, that was on the *Key Gibraltar*, which works, it's a jack-up

09:11:00  10  that works in the Far East.

09:11:02  11  Q.   Let's pull up TREX 5653, it's also in your binder.  Are you

09:11:18  12  able to find that, sir?

09:11:19  13  A.   Yes.

09:11:20  14  Q.   What is it?

09:11:20  15  A.   This e-mail chain starts out as an e-mail from Hank

09:11:27  16  Birmingham --

09:11:28  17  Q.   Let's pull up TREX 5653.2.1.TO.  That's the Hank Birmingham

09:11:36  18  e-mail, correct?

09:11:37  19  A.   Yes.

09:11:37  20  Q.   And describe that e-mail just briefly.

09:11:39  21  A.   You can see the long list of people that that e-mail goes to.

09:11:42  22  Hank Birmingham at the time worked for Larry in the operations

09:11:46  23  group, and Hank's role in this particular instance, Hank's role was

09:11:51  24  to send a weekly note to that long list of people about the

09:11:56  25  incidents, the operational incidents, not the safety incidents but

09:11:59  1   the operational incidents that occurred across the fleet.  So it

09:12:02  2   was a weekly operations bulletin, weekly operations report.

09:12:06  3   Q.  And then if we go back to TREX 5653.1, just the first page.

09:12:35  4   And you ended up at the bottom there, you ended up forwarding

09:12:38  5   Mr. Birmingham's e-mail to Larry McMahan and copied to Rob Saltiel,

09:12:43  6   correct?

09:12:43  7   A.  Yes.

09:12:44  8   Q.  Who is Rob Saltiel?

09:12:46  9   A.  Rob Saltiel at the time was an operations executive.  He was --

09:12:50 10   Rob was in a position between Larry and me, so Larry reported to

09:12:54 11   Rob and Rob reported to me.

09:12:56 12   Q.  And then Larry responds and then there is another e-mail at the

09:12:59 13   top.  If we could pull up TREX 5653.1.1.TO, I think we'll see your

09:13:06 14   e-mail at the top there.

09:13:06 15   A.  Yes.

09:13:07 16   Q.  Is that an e-mail that you wrote to Larry McMahan on January

09:13:10 17   16th, 2009?

09:13:12 18   A.  Yes.

09:13:12 19   Q.  Now, I've highlighted the language:  "As leaders, we have a

09:13:16 20   responsibility to (i) set clear expectations, (ii) track compliance

09:13:21 21   with those expectations, and (iii) follow-up/intervene as

09:13:26 22   necessary."  Do you believe that?

09:13:27 23   A.  Yeah, yes.

09:13:29 24   Q.  Why did you write that to Mr. McMahan and what did you mean by

09:13:32 25   that?

09:13:33  1   A.  Well, as I say, as I said in the e-mail I think a leader's

09:13:38  2   responsibility in terms of managing an organization as big as

09:13:44  3   Transocean's, I think it's a leader's responsibility to set

09:13:47  4   expectations.  So we do that in a number of ways, the company

09:13:52  5   management system we talked about earlier, this set of manuals and

09:13:55  6   policies and procedures, that's one way to set expectations.  And

09:14:00  7   we use other ways by, you know, talking and setting annual goals

09:14:05  8   and objectives and things like that.  We set expectations.

09:14:08  9       And then those expectations are meaningless if you're not

09:14:13 10   going to follow-up with your people to see how we're doing, are we

09:14:16 11   meeting the expectations we've set.  So in weekly reports and

09:14:19 12   monthly reports and consolidated statistics that's all about

09:14:24 13   tracking how well we're doing relative to those expectations.  And

09:14:28 14   when you identify instances where our results are not in line with

09:14:34 15   our expectations, you have to do something.

09:14:37 16       And so, that was the nature of the conversation with

09:14:40 17   Larry.  Our job is to set expectations, to track compliance with

09:14:44 18   those expectations, and to intervene when results aren't in line

09:14:47 19   with those expectations.

09:14:48 20   Q.  Let me now pull up a different document, TREX 2195, and if you

09:14:53 21   can put up TREX 2195.1 on the screen.  This is an e-mail from Larry

09:15:00 22   McMahan, why don't we pull up 2195.1.1.TO.  An e-mail from Larry

09:15:11 23   McMahan May 23, 2009 to Rob Saltiel.  Do you see that?

09:15:16 24   A.  Yes.

09:15:16 25   Q.  And it starts by saying:  "Once again you fell for Arnaud's

09:15:20 1    tactics and you managed to --" excuse the question, your Honor --

09:15:24 2    "piss me off."  He goes on and on and on.  Who is "Arnaud" in that

09:15:29 3    sentence?

09:15:32 4    A.  Arnaud was responsible, at the time was responsible for asset

09:15:36 5    management.  So just to put it in context.

09:15:39 6          I think there are two things a drilling contractor needs

09:15:42 7    to do to be successful:  One is deliver service to our customers;

09:15:47 8    and at the time of the Macondo incident, time of this e-mail, we

09:15:51 9    called that delivery of service to our customers performance.  And

09:15:55 10   Rob was the executive in charge of performance.

09:16:00 11         The other thing a drilling contractor needs to do to be

09:16:03 12   successful is take care of our equipment, and at the time of this

09:16:07 13   e-mail, we called that asset management.  And Arnaud was the

09:16:11 14   executive in charge of asset management.  So Rob was responsible

09:16:14 15   for performance, or service delivery to our customers; Arnaud was

09:16:18 16   responsible for asset management, or the care and looking after our

09:16:23 17   equipment.  And Larry reported to Rob.

09:16:26 18   Q.  You're not copied on this e-mail, are you, sir?

09:16:29 19   A.  No.

09:16:29 20   Q.  Were you aware at the time of any friction between and among

09:16:35 21   Mr. McMahan, Mr. Saltiel and Arnaud, Bobi -- I always mispronounce

09:16:41 22   his name.

09:16:41 23   A.  Bobillier.  They didn't like each other.  When I brought Larry

09:16:47 24   into the executive ranks in 2008, he initially came to work for me.

09:16:55 25   And then -- and he was okay with that.  And then, you know, as a

09:17:00  1   result of the merger and the changes and things that went along

09:17:03  2   with that, I got promoted and Rob came into my role and Larry was

09:17:08  3   reporting to Rob and Larry didn't like that.  Larry didn't like

09:17:13  4   reporting to Rob.

09:17:13  5   Q.  Let's pull up TREX 2195.1.2.TO.  And here Mr. McMahan said:

09:17:23  6   "So now I am suppose to develop a new Driller Training Program?

09:17:26  7   Fine, I can do this but first I would lay a $100 bill down and bet

09:17:32  8   that we are not even doing what is already in our Company

09:17:35  9   Management System as required for Driller training."  Do you see

09:17:37 10   that?

09:17:37 11   A.  Yes.

09:17:38 12   Q.  And then he attaches a whole bunch of pages about driller

09:17:40 13   training, does he not?

09:17:40 14   A.  Yes.

09:17:42 15   Q.  Not just well control, is it?

09:17:43 16   A.  No.

09:17:43 17   Q.  In the year 2009, did the company have four fatalities?

09:17:52 18   A.  We did.

09:17:53 19   Q.  Was that concerning to you?

09:17:54 20   A.  Yes.

09:17:55 21   Q.  Who were the four employees who died in 2009?

09:18:00 22   A.  Mirza Aliyev died on the *Dada Gorgud*, Balwant Singh died on the

09:18:12 23   *Discovery 534*, Stuart Hepburn died on the *Sedco 700*, and Dontray

09:18:19 24   Porter died on the *Cajun Express*.

09:18:21 25   Q.  Were any of these fatalities the result of a well control

4564

09:18:24 1   incident or blowout?

09:18:25 2   A.  No.

09:18:25 3   Q.  What were they?

09:18:26 4   A.  Mirza and Balwant and Dontray died as a result of material

09:18:34 5   handling operations, you know, crane operations.  And Stuart

09:18:41 6   Hepburn died conducting a rig induction tour.

09:18:44 7   Q.  What was that?

09:18:45 8   A.  A rig induction tour.  So we had a new employee that joined the

09:18:49 9   *700*, Stuart's job was to take that individual around the rig to

09:18:52 10  show him the different areas of the rig, and Stuart stepped into --

09:18:58 11  Stuart was going to take the individual down to the pump room, so

09:19:02 12  it's semi-submersible, Stuart was going to take this new employee

09:19:08 13  in an elevator down to the bottom of the column to visit the pump

09:19:12 14  room.

09:19:13 15      And so they were standing at the elevator door, the

09:19:16 16  elevator door opened, Stuart had his back to the elevator, so he

09:19:22 17  stepped backwards into the elevator; and the elevator floor is

09:19:27 18  comprised of grating, and a piece of that grating was unstable and

09:19:30 19  it dislodged and he fell, he fell down the elevator shaft.

09:19:35 20  Q.  What about the other two?

09:19:37 21  A.  So that was Stuart.  Mirza died on the *Dada Gorgud* when they

09:19:44 22  were picking up a piece of cast off drill line.  So periodically

09:19:50 23  the crew are responsible for slipping and cutting drill line, so

09:19:53 24  they'd move drill line through the system, they take that old drill

09:19:57 25  line that has been used, and all they were doing was take it from

4565

09:20:01  1    the pipe deck to a rubbish skiff.  And in that process, Mirza's leg

09:20:09  2    got caught up in the tag line and the crane picked up and slewed

09:20:16  3    out over the water and Mirza fell into the water.  And was lost.

09:20:21  4    Q.  What about Dontray Porter?

09:20:24  5    A.  Died on the *Cajun Express*.  On the *Cajun Express* there is, on

09:20:29  6    the pipe deck there is a bridge crane that is designed to move pipe

09:20:33  7    around on the bridge crane -- on the pipe deck.  And that bridge

09:20:37  8    crane travels back and forth on rails, it's got supports at either

09:20:41  9    end of it.  And at one end of the support, there is another set of

09:20:48  10   structural supports, and I don't remember why those structural

09:20:51  11   supports are there along that end of the pipe deck.

09:20:54  12         But as that bridge crane travels back and forth, there's

09:20:56  13   tight clearance between the bridge crane support and these

09:20:59  14   stationary supports.  And Don tray and his colleagues were involved

09:21:07  15   in moving pipe around on the deck that day.  And it was, you know,

09:21:10  16   it was a typical Gulf of Mexico day, it was hot; and so they had

09:21:14  17   picked up the pipe and they were in the process of moving the

09:21:19  18   bridge crane from one end of the pipe deck to the other.

09:21:22  19         Dontray sought shade next to one of these stationary

09:21:26  20   report supports and because of the tight clearance between the

09:21:31  21   moving bridge crane and this stationary support, Dontray got his

09:21:37  22   head caught.

09:21:37  23   Q.  So I want to ask you about the company management's response to

09:21:44  24   these incidents.  You said that these were very concerning to you.

09:21:48  25   What did you and Mr. Long and other members of senior management do

4566

09:21:51  1    about them in the fall of 2009?

09:21:56  2    A.  The first thing we did -- the fourth of those fatalities -- the

09:21:59  3    first happened on June 15th and the fourth of those fatalities

09:22:02  4    happened on September 15th, and it was four different drilling rigs

09:22:07  5    in four different parts of the world, four different types of

09:22:11  6    drilling rigs involving operations that were solely and wholly

09:22:16  7    under the control of Transocean.  So within the space of 92-days, a

09:22:21  8    short period of time across a broad swath of the company, we had

09:22:26  9    these four fatalities.

09:22:27  10         So of the first action we took was to shut the fleet

09:22:30  11   down.

09:22:30  12   Q.  You say "shut the fleet down," what do you mean by that?

09:22:33  13   A.  We suspended operations on the entire fleet.

09:22:39  14   Q.  And for how long?

09:22:40  15   A.  In fleet shutdowns in the past when we had done this previously

09:22:49  16   we had been accustomed to telling our people shutdown for two hours

09:22:53  17   or 12 hours or 24, we would give our people a time limit to

09:22:58  18   shutdown.  In the particular case, we told our people to shutdown

09:23:01  19   and not to go back to work until they were comfortable, comfortable

09:23:06  20   to go back to work.

09:23:07  21   Q.  And during that time period, they were expected to -- what were

09:23:12  22   they expected to do with their crew?

09:23:14  23   A.  We gave them guidelines about working through at every level of

09:23:18  24   the crew, working through this THINK planning process and the START

09:23:24  25   observation and monitoring process and the Time Out For Safety.

09:23:28  1   The objective of the shutdown was not to take two or four or 12 or

09:23:33  2   24 hour time out, it was to re-indoctrinate everybody in the use,

09:23:39  3   the understanding and the application of THINK, START and Time Out

09:23:44  4   For Safety.

09:23:44  5   Q.  And the rigs were not supposed to come back up to operation

09:23:48  6   until the managers were confident that their people understood

09:23:52  7   those principles?

09:23:52  8   A.  Yes.  So if you think about how this worked in practice, the

09:23:58  9   crane crew could not go back to work until the crane operator was

09:24:02  10  satisfied that his crew, his crew of roustabouts understood THINK,

09:24:07  11  START and Time Out For Safety.  The maintenance crew could not go

09:24:11  12  back to work until the maintenance supervisor was confident that

09:24:14  13  the mechanics and electricians and ETs understood THINK, START and

09:24:20  14  Time Out For Safety.  And so on and so on across each particular

09:24:25  15  element of the crew.

09:24:26  16          And then the supervisors would get together and the crane

09:24:28  17  operator and the maintenance supervisor and the driller and

09:24:32  18  toolpusher and the captain would come together and they would make

09:24:36  19  an assessment as to the level of comfort of the entire crew.  And

09:24:40  20  they would present that to the OIM, and then the OIM would have to

09:24:44  21  have that same conversation with the rig manager.  So it was

09:24:47  22  individual by individual, crew by crew across the entire rig.

09:24:51  23          And then you had to do it twice because the first time

09:24:54  24  you did it, we only had half of the individuals out there; and when

09:24:58  25  their reliefs came back, we went through the same exercise.

09:25:00  1    Q.  Was there an impact on the company's revenue as a result of

09:25:03  2    this fleet shutdown?

09:25:05  3    A.  Yeah.  When we shutdown our rigs, when we're not working for

09:25:09  4    our customers they are not paying us.

09:25:12  5    Q.  Let's turn if you can find it in the binder, TREX 52651.  Let's

09:25:17  6    put up TREX 52651.1.1.TO.  That's an e-mail from Bill Sannan, is it

09:25:29  7    not?

09:25:29  8    A.  Yes.

09:25:30  9    Q.  To Adrian Rose and Larry McMahan.  Who is Adrian Rose?

09:25:35  10   A.  Adrian Rose at the time was our vice-president of health safety

09:25:37  11   and environment.

09:25:38  12   Q.  So let's now go to 52651.10.1.TO.  Now, these are slides that

09:25:59  13   were used as part of the presentation in the North American

09:26:04  14   division, are they?

09:26:04  15   A.  These are the North America division's slide.

09:26:08  16   Q.  And I take it early, you said you didn't draft these, did you,

09:26:11  17   sir?

09:26:12  18   A.  So what we did is we told our people, here is what we expect

09:26:15  19   you to accomplish as a result of this fleetwide shutdown.  We want

09:26:19  20   you to go through these elements and it has to be -- you have to go

09:26:23  21   out and explain to everybody what we're doing so they know how to

09:26:26  22   go through it.  And each division took an approach that worked for

09:26:33  23   them, and this is the North America division's set of slides that

09:26:37  24   they used to describe the process.

09:26:39  25   Q.  Are they consistent with the guidelines that you and your

4569

09:26:42 1    colleagues provided?

09:26:42 2    A.  Yes.

09:26:43 3    Q.  Let's put it TREX 52651.15.1.TO.  This is another one of the

09:26:53 4    slides used in connection with the North American division?

09:26:56 5    A.  Yes.

09:26:56 6    Q.  Let's put up TREX and look at TREX 48144.  If you can go to

09:27:16 7    the -- and at the bottom there is an e-mail from Mr. Long, is there

09:27:19 8    not?

09:27:19 9    A.  Yes.

09:27:22 10    Q.  And let's pull up TREX 48144.1 -- actually no.  Can we go to

09:27:32 11    the second page of that, do we have that?  The second page of TREX

09:27:39 12    48144, so it must be TREX 48144.2.1.TO.

09:27:47 13            Do you see yourself, you're one of the recipients of

09:27:50 14    Mr. Long's e-mail, correct?

09:27:51 15    A.  Yes.

09:27:52 16    Q.  Mr. Long writes:  "We've discussed our concerns about safety at

09:27:56 17    a number of different meetings and forums over the last weeks or

09:28:01 18    so."  Did you have discussions with Mr. Long during this time

09:28:03 19    period?

09:28:04 20    A.  Mr. Long was the CEO I was the COO, so Mr. Long and I had

09:28:10 21    regular conversations.

09:28:11 22    Q.  "I remain very concern that we haven't figured out how to

09:28:16 23    attack the problems we have which are resulting in fatalities and

09:28:19 24    near fatalities on your our rigs on a frequent basis."

09:28:23 25            The next paragraph:  "I would like to get a short note

OFFICIAL TRANSCRIPT

4570

09:28:25 1  from each of you with your thoughts on the subject."  Did I read

09:28:28 2  that correctly?

09:28:28 3  A.  Yes.

09:28:29 4  Q.  And, Mr. Newman, did you respond to him?

09:28:30 5  A.  I did.

09:28:31 6  Q.  What is your response and what did you propose to him?

09:28:33 7  A.  So as chief operating officer, I felt like this was primarily

09:28:40 8  my responsibility, the safe operations of our fleet.  So I gathered

09:28:46 9  together the couple of folks that worked for me and we had a

09:28:51 10  discussion about what we ought to do.

09:28:53 11      And so my response to Bob was -- had a couple of

09:28:58 12  different items in it.  I told Bob I thought we ought to bring in a

09:29:02 13  third party to evaluate our system and the application of our

09:29:09 14  system.  So just get a fresh and unbiased perspective on our system

09:29:16 15  and how well that system was being applied across our fleet.

09:29:26 16      We were already in the process of having fairly periodic,

09:29:26 17  fairly frequent conversations and discussions with the management

09:29:28 18  team.  I told Bob I thought those for the time being ought to be

09:29:33 19  reoriented towards safety and only safety so that we can get

09:29:36 20  everybody refocused on the issue of safety.

09:29:41 21      And then we had some other resources available to us in

09:29:45 22  the form of -- I thought -- I told Bob I thought we ought to

09:29:49 23  engage -- we ought to engage in some focus group discussions with

09:29:52 24  our crews to see if we could bring in an outside facilitator and

09:29:58 25  get a group of crew members together from different rigs across

4571

09:30:01  1   different parts of the company and just have a conversation about

09:30:03  2   what their perspective was, see if we could learn something new

09:30:06  3   from them.

09:30:08  4          We had had an interesting discussion around the same time

09:30:11  5   with one of our customer contacts, one of our customer

09:30:15  6   counterparts, and so I told Bob I thought I could put together kind

09:30:21  7   of a focus group of customer counterparts, people who worked with

09:30:24  8   us on a daily basis, and in addition to working with us, they

09:30:28  9   worked with other driller contractors, so they would have a good

09:30:31 10   perspective of how our approach to safety management compared with

09:30:34 11   other contractors' approach to safety management.

09:30:36 12          So it was those things:  A third-party review of our

09:30:40 13   system, reorientation of management discussions to focus solely on

09:30:45 14   safety, focus group discussions with our people, and some concerted

09:30:49 15   interaction with our customers.

09:30:50 16   Q.  Did you do all of those things?

09:30:51 17   A.  Yes.

09:30:52 18   Q.  Including discussions with the customers?

09:30:53 19   A.  Yes.

09:30:54 20   Q.  Including BP?

09:30:55 21   A.  Yes.

09:30:55 22   Q.  And did you see improvement in the safety of the company in the

09:31:01 23   fourth quarter of 2009?

09:31:03 24   A.  Our fourth quarter performance was I think one of the best

09:31:07 25   quarters, if not the best quarter in the history of the company.

4572

09:31:11  1    Q.  Now, you mentioned hiring a third party to consult and get a

09:31:15  2    fresh perspective.  Was that Lloyd's Register?

09:31:17  3    A.  Yes, it was.

09:31:18  4    Q.  Why did you hire them in particular?

09:31:20  5    A.  Well, we were looking for somebody who had expertise in safety

09:31:27  6    management and risk assessment, broadly speaking, and ideally

09:31:33  7    somebody who had that expertise in the energy industry and more --

09:31:39  8    even more ideally, someone who knew -- who could understand and

09:31:43  9    assess that in the context of an offshore component of the E&P

09:31:48 10    industry.

09:31:49 11    Q.  Take a look at TREX 52646.  We can put up TREX 52646.1.1.TO.

09:32:05 12    If you can't find it, I think you can probably recognize it on the

09:32:08 13    screen, Mr. Newman.

09:32:09 14    A.  Yep.

09:32:09 15    Q.  Do you see where it says, "Transocean launches evaluation

09:32:13 16    safety processes and culture.  Transocean has launched an effort to

09:32:18 17    evaluate our current safety policies and procedures and our safety

09:32:22 18    culture"?  And at the bottom you see Long, Stephen Newman and some

09:32:26 19    other names.  Is this a document that went out in the fall of '09?

09:32:31 20    A.  Yes.

09:32:32 21    Q.  What is it?

09:32:33 22    A.  It is -- it's just the announcement to our people of what we

09:32:41 23    were embarking on, because one of the things we asked Lloyd's to do

09:32:44 24    was visit a number of rigs across a number of different divisions

09:32:49 25    and talk to as many of our people as they could.  So I wanted

09:32:52  1   everybody to understand -- Bob and I wanted everybody to understand

09:32:56  2   what we were doing so they wouldn't be surprised when Lloyd's

09:33:00  3   showed up in their division or showed up on their drilling rig.

09:33:03  4   Q.  Let's pull up TREX 52646.2.1.TO.  And this is from the same

09:33:12  5   document.  You and Mr. Long wrote, "We are deeply concerned about

09:33:16  6   these fatalities, as well as the nature and increasing number of

09:33:18  7   high potential incidents we are experiencing across our fleet.  We

09:33:23  8   believe such incidents could have been prevented with the effective

09:33:26  9   use of our THINK planning and START monitoring processes."  Did I

09:33:31  10  read that correctly?

09:33:31  11  A.  Yes, you did.

09:33:32  12  Q.  And you say you're deeply concerned about these fatalities.

09:33:35  13  Are you referring to the four fatalities you described a few

09:33:38  14  minutes ago?

09:33:38  15  A.  Yes.

09:33:39  16  Q.  And the next paragraph, you wrote, among other things, "It is

09:33:43  17  vital that we learn from these recent experiences so that no one

09:33:47  18  else is injured or killed."  Why was it vital?

09:33:51  19  A.  I think that's the only way you get better.  If something goes

09:33:57  20  wrong -- in this case, the something that went wrong was four

09:34:01  21  individuals lost their lives.  If something goes wrong, you have to

09:34:04  22  understand what happened and why so that you can learn so that, as

09:34:11  23  we say in this note, no one else is injured or killed.

09:34:15  24  Q.  What did you have Lloyd's Register do?

09:34:18  25  A.  They did two basic things:  Phase one was probably the simpler

4574

09:34:23  1  of the two exercises.  Phase one, I would call it a tabletop

09:34:27  2  exercise.  We put Lloyd's in a conference room with every manual

09:34:32  3  that forms a part of our management system, and we asked Lloyd's,

09:34:37  4  do we say the right things?  Do we say it in a way that is

09:34:41  5  understandable across our diverse workforce?  Are the expectations

09:34:47  6  clear?  Are the procedures that we expect our people to carry out,

09:34:52  7  is all of that clear enough and explicit enough that our people

09:34:58  8  know what we expect?

09:35:00  9          And, you know, you can do that in a couple of days.  Read

09:35:03  10  through the manuals, figure out are we saying the right things and

09:35:07  11  can people understand what we expect.  That was Phase one.

09:35:10  12          Phase two was then take the knowledge they had acquired

09:35:14  13  as a result of that tabletop exercise, understanding our

09:35:17  14  expectations and how we articulate those expectations, and then

09:35:21  15  visit the rigs and interview our people and assess how well those

09:35:26  16  expectations are being carried out at the work site, in our engine

09:35:31  17  rooms, on our pipe decks, in our pump rooms, on our drill floors.

09:35:35  18  Talk to our people, watch them work and see how well those

09:35:39  19  expectations are being carried out.

09:35:41  20  Q.  And did they, to your knowledge, inspect or visit a

09:35:49  21  cross-section of the rigs of Transocean across the world?

09:35:51  22  A.  Yes.

09:35:51  23  Q.  Was the *Deepwater Horizon* one of the rigs they visited?

09:35:53  24  A.  They did visit the *Deepwater Horizon*.

09:35:55  25  Q.  And did Lloyd's issue a report of its findings?

09:36:00 1   A.  They did.

09:36:01 2   Q.  That came in sometime in July of 2010, did it not?

09:36:04 3   A.  It did.  It came in after the accident.

09:36:06 4   Q.  Are you familiar with that report?

09:36:08 5   A.  I am.

09:36:08 6   Q.  Did Lloyd's Register find that Transocean was perfect in its

09:36:11 7   safety record?

09:36:12 8   A.  No.

09:36:13 9   Q.  And overall, were you satisfied with the findings?

09:36:16 10  A.  Well, was I satisfied?  Yeah, they did what I asked them to do.

09:36:22 11  They identified areas where the company could improve.  They

09:36:26 12  pointed out areas where we fell short of our expectations.  They

09:36:31 13  pointed out areas where we could make changes, yes.

09:36:37 14  Q.  Did they also -- before the report came out and prior to the

09:36:42 15  Macondo incident, did Lloyd's Register make a presentation, some

09:36:46 16  sort of PowerPoint presentation?

09:36:48 17  A.  I believe they may have, yes.

09:36:49 18  Q.  Take a look at TREX 932.  This is a set of slides of the

09:37:00 19  Lloyd's Register safety management system and safety

09:37:04 20  culture/climate reviews for the *Deepwater Horizon*.  These are the

09:37:07 21  slides that pertain specifically to the *Deepwater Horizon*, correct?

09:37:09 22  A.  Yes.

09:37:09 23  Q.  If we could put up TREX 932.1.1.TO.  If we can now go to TREX

09:37:29 24  932.3.1.TO.  Did Lloyd's find in connection with the *Deepwater*

09:37:32 25  *Horizon* that there was "strong leadership on the rig (the OIM and

09:37:35  1   his team, including supervisors) and on the beach RMP"?  Is that

09:37:40  2   one of their findings?

09:37:41  3   A.  That's what the document says.

09:37:42  4   Q.  Let's TREX 932.4.1.TO.  And they found one of the strengths was

09:37:52  5   empowerment.  "Almost everyone felt they could raise safety

09:37:55  6   concerns and these would be acted upon."  Did I read that

09:37:57  7   correctly?

09:37:58  8   A.  Yes, you did.

09:37:58  9   Q.  Let's put up D-6734.

09:38:11 10        MR. BRIAN:  And your Honor has heard some of this before,

09:38:13 11   your Honor, so rather than have Mr. Newman go through the report, I

09:38:15 12   prepared this demonstrative and I would represent to the Court that

09:38:18 13   these are findings of the report.  I think some of those have been

09:38:22 14   presented to you in the past.

09:38:23 15   BY MR. BRIAN:

09:38:24 16   Q.  Do you recognize these as being some of the findings from the

09:38:27 17   final report that you did review, Mr. Newman?

09:38:28 18   A.  Yes.

09:38:29 19   Q.  Including that 100 percent of the *Deepwater Horizon* crew

09:38:32 20   members surveyed felt, "They understand the safety procedures and

09:38:36 21   hazards associated with their jobs because of the degree of

09:38:39 22   training and support they have received."

09:38:42 23        "97.6 percent of those crew members surveyed, quote, were

09:38:47 24   encouraged to raise ideas and suggest safer ways to do things at

09:38:50 25   work.  And that the safety culture was deemed robust."

4577

09:39:01   1              Let's pull up TREX 929.88.1.TO.  This is from the report,

09:39:21   2     and it says that some participants felt that the risk management

09:39:24   3     processes were repetitive and overcomplex.

09:39:28   4              And then let's go to TREX 932.6.1.  "There are recognized

09:39:41   5     gray areas within the H&S manual.  More of an issue, crews felt

09:39:45   6     that OIMs adopted different approaches to policies and procedures."

09:39:48   7              And now, finally, if I can go to TREX 929.9.1.TO.  "The

09:39:58   8     workforce was not always aware of the hazards they were exposed to,

09:40:02   9     relating to both their job and to other jobs being conducted in the

09:40:06  10     same adjoining work areas.  They don't know what they don't know."

09:40:10  11              A couple of questions I have about these findings.  I

09:40:12  12     take it there were findings that were brought to your attention

09:40:15  13     that were areas that needed improvement, correct?

09:40:17  14     A.  Yes.

09:40:17  15     Q.  Is that a good or bad thing to get that?

09:40:20  16     A.  I think if you bring in a third party and they tell you

09:40:27  17     everything is perfect, I think you've wasted your money.

09:40:31  18     Q.  Was that the whole purpose of it, to find out where you needed

09:40:34  19     improvement?

09:40:34  20     A.  Yes.  Yes, that was fundamentally why I wanted a third-party

09:40:40  21     view because, you know, at this time, I had been working for the

09:40:44  22     company for 14 or 15 years.  You know, I had been deeply steeped in

09:40:51  23     the Transocean way of doing things.  I wanted somebody to come in

09:40:55  24     with a fresh perspective and really challenge the Transocean way of

09:40:58  25     doing things, and so that's why we brought Lloyd's in.

09:41:02   1   Q.  On this particular side of the screen where it says, "they

09:41:04   2   don't know what they don't know," from your perspective, do some of

09:41:08   3   crew members not know what other crew members are doing and don't

09:41:12   4   have a complete perspective?  Is that sometimes an issue?

09:41:14   5   A.  Sure.  You think -- if you think about the challenge of

09:41:19   6   developing a rig crew, you know, we put -- as I said, we put every

09:41:25   7   new hire through TOPS, but there is no way in the two-week course

09:41:29   8   we can teach them absolutely everything they need to know.  So when

09:41:33   9   they go through TOPS, they go through safety OJT, they go through

09:41:38  10   daily pretower meetings and weekly safety meetings.  Despite all of

09:41:44  11   that, there are things that an individual, simply because of his

09:41:46  12   lack of experience or hasn't been exposed to something, there will

09:41:51  13   be aspects of their job that they don't know because they've never

09:41:55  14   seen it before or haven't done it in the past.

09:41:57  15       And so that's the responsibility of a supervisor is to

09:42:03  16   observe and supervise and challenge the individual.  Have you

09:42:09  17   thought about this, or what about that?  Because I've seen it

09:42:14  18   before in my career, and maybe you haven't because you've only been

09:42:18  19   on our rig for two or three hitches, maybe you haven't seen it

09:42:22  20   before, I've seen it before, so let's talk about it.

09:42:24  21   Q.  Let's pull up TREX 3259.1.1.TO.  You see a quote in the

09:42:35  22   document from you, "We will never take shortcuts, we will never cut

09:42:40  23   corners, and we will never sacrifice anything in pursuit of

09:42:44  24   expediency.  You have management's full support to take the time to

09:42:48  25   do it right the first time."  Is that a quote you gave, sir?

09:42:51  1    A.  Yes.

09:42:52  2    Q.  Now, what was your position as of May 16, 2007, when that

09:42:57  3    document went out?

09:42:58  4    A.  Executive vice president, chief operating officer.

09:43:01  5    Q.  As of April 2010, did Transocean have people in place to work

09:43:07  6    on maintenance?

09:43:09  7    A.  Yes.

09:43:09  8    Q.  Just describe generally the levels, starting from the rigs, of

09:43:15  9    the people dedicated to maintenance within the Transocean company.

09:43:18 10    A.  So every rig has a maintenance crew comprised of certainly

09:43:23 11    mechanics and electricians and motor men, and if it's a more

09:43:29 12    recently built rig with some electronic operating systems and

09:43:32 13    control systems, it would have electronic technicians as well.

09:43:36 14         So mechanics, electricians, motor men and ETs, that is

09:43:39 15    the maintenance crew on the rig.  And their job on a daily basis is

09:43:43 16    to carry out maintenance on all of the equipment throughout the

09:43:48 17    drilling rig.

09:43:49 18         That maintenance crew reports up to a maintenance

09:43:54 19    supervisor, so that's the seniormost maintenance person on the rig,

09:43:57 20    and his job is to oversee the department, make sure he is properly

09:44:01 21    staffed, properly resourced, make sure there is enough material and

09:44:06 22    supplies in the warehouse to be able to carry out maintenance,

09:44:12 23    oversee the individuals in their tasks.  So it's his responsibility

09:44:16 24    to make sure that the electrician is competent to carry out

09:44:20 25    electrical maintenance and the mechanic is competent to carry out

4580

09:44:24 1    mechanical maintenance.  Maintenance supervisor reports to the OIM.

09:44:27 2        And then onshore, we have around the world a group we

09:44:33 3    refer to as technical field support, but they're stationed

09:44:37 4    throughout the world really.  That technical field support, again,

09:44:40 5    is comprised of subject matter experts, mechanics and electricians

09:44:44 6    and ETs, and they're there to provide realtime support to the rig

09:44:50 7    crew in the carrying out of maintenance.

09:44:53 8        So on a routine basis, if all the rig crew is doing is

09:44:57 9    normal, standard routine maintenance, not a lot of interaction

09:45:01 10   between the rig-based maintenance crew and the technical field

09:45:05 11   support.  But if they have a breakdown in a piece of equipment or

09:45:09 12   they're engaged in troubleshooting, that's what technical field

09:45:12 13   support is there to do, to support the crew, provide the subject

09:45:15 14   matter expertise on a realtime basis so they can help the crew work

09:45:18 15   through whatever issue they're facing.

09:45:20 16       And then technical field support, of course, reports up

09:45:23 17   through the corporate maintenance group, which has, again, subject

09:45:28 18   matter experts that the role at the corporate level is really,

09:45:32 19   again, to set the expectations and the policies and the procedures

09:45:35 20   so that everybody throughout this chain of the folks that are

09:45:41 21   actually responsible for carrying out the maintenance so they know

09:45:43 22   what they're supposed to be doing.

09:45:45 23   Q.  Prior to the incident on April 20th, 2010, to your knowledge,

09:45:50 24   had you ever reviewed any specific maintenance documents on the

09:45:53 25   *Deepwater Horizon*?

A.  No.

Q.  Prior to the incident, had you participated in any audits or inspections of the *Deepwater Horizon* by the MMS, the Coast Guard or the DNV?

A.  No.

Q.  What was the one thing that stood out in your mind prior to this incident that you did know about the *Deepwater Horizon*?

A.  The drilling of the Tiber well in 2009.

Q.  Because that was a world's record?

A.  It was.  Deepest.  I think it still is deepest well that's ever been drilled.

Q.  Before I forget, I am not going to ask you any questions about cementing at all.  I haven't asked you for your opinions today about cementing, you understand that?

A.  Yes.

Q.  Now, there was some discussion in the opening statements the lawyer gave about prior events, so I am going to ask you about some prior well control events.  Do they happen in your business?

A.  They do.

Q.  Is a well control event different than these incidents you described before, personal injury kind of incidents?

A.  Yes.

Q.  How so?

A.  Well, there's a difference between an incident that results in personal injury and an event that occurs in the well.  So in

4582

09:47:04 1    global -- in our global management system, we have an incident

09:47:06 2    reporting module that tracks incidents that relate -- that result

09:47:11 3    in percentage injury.  We also have a module that allows our people

09:47:16 4    to record hole problems and nonproductive time.  So if the crew are

09:47:22 5    dealing with a sloughing shale and it's creating drilling problems,

09:47:29 6    that generates a hole problems report, an HPR report.  If they deal

09:47:38 7    with a well control event, there is a well control event report

09:47:41 8    within that operational event reporting launches.  So then they are

09:47:48 9    different.  That's an incident that results in personal injury

09:47:50 10   versus something that happens with the wellbore.

09:47:53 11   Q.  Are there different categories of well control events in your

09:47:56 12   system?

09:47:56 13   A.  Yes, there are.

09:47:57 14   Q.  What are they?

09:47:58 15   A.  There are precautionary shut-ins, so if our people detect

09:48:04 16   something and they shut the well in, and then after shutting the

09:48:08 17   well in, they realize that whatever it was they saw didn't actually

09:48:12 18   relate to well control, we just call that a precautionary shut-in.

09:48:17 19   Our people saw something, they shut the well in and nothing else

09:48:21 20   really happened.

09:48:21 21        There are ballooning situations, so sometimes when you're

09:48:27 22   drilling a well, you can drill through a particular formation that

09:48:32 23   reacts to the drilling fluid, so it will absorb the drilling fluid

09:48:37 24   under certain conditions, and then when those conditions change, it

09:48:40 25   will expel the drilling fluid.  And so that's -- the industry calls

OFFICIAL TRANSCRIPT

4583

09:48:45   1   that ballooning, so we record that.

09:48:48   2        And then there are influxes, which is taking wellbore

09:48:52   3   fluids, whether it's saltwater or hydrocarbons into the well.

09:48:57   4   That's an influx.

09:48:58   5   Q.  Are the well control events entered into your GMS system?

09:49:03   6   A.  Yes, they are.

09:49:03   7   Q.  Is there something called an operation event report?

09:49:06   8   A.  Yes.

09:49:07   9   Q.  What's that?

09:49:07  10   A.  So again, it's part of the system of reporting that our people

09:49:15  11   fill out when something happens.  An operational event report,

09:49:20  12   again, is different from an incident that results in an injury.

09:49:24  13        An operational event report can be a piece of equipment

09:49:26  14   breaks down and that results in the rig taking downtime, so that's

09:49:31  15   an operational event report.  It could be some other failure on the

09:49:38  16   part of the Transocean that results in nonproductive time.  So

09:49:41  17   maybe the customer is waiting on Transocean for a particular piece

09:49:45  18   of equipment.  We're contractually obligated to supply this piece

09:49:49  19   of equipment, we are not ready, it's not ready, the rig goes on

09:49:52  20   downtime.  That's an operational event report.

09:49:55  21        Maybe an individual makes a mistake, a human error that

09:49:59  22   results in downtime.  Maybe he was supposed to do X and he did Y,

09:50:03  23   and that results in downtime.  That's an operational event report.

09:50:06  24   So all of these things are recorded and captured and we track.

09:50:09  25   Q.  And are they reviewed at the management level?

OFFICIAL TRANSCRIPT

09:50:13  1    A.  Yes.

09:50:13  2    Q.  Where?

09:50:14  3    A.  Well, if you remember earlier that Hank Birmingham e-mail, that

09:50:19  4    was the weekly operational event report summary.  So on a weekly

09:50:24  5    basis, the operations -- the cooperate operations staff look at all

09:50:27  6    of the events that took place across the company, all of the

09:50:30  7    operational events that took place across the company and they

09:50:33  8    report back.

09:50:37  9    Q.  Let's pull up and you can look at in your binder TREX 5649.

09:50:42 10    Maybe you can pull up TREX 5649.1.1.TO.  What is this document,

09:50:54 11    Mr. Newman?

09:50:55 12    A.  That's the annual report of well control events.  So this would

09:51:00 13    have come out of our corporate operations group.  They produce it

09:51:07 14    on an annual basis, and this is all of the well control events that

09:51:11 15    took place across the company in 2009.

09:51:13 16    Q.  Let's pull up TREX 5649.5.1.  See where states, "From the

09:51:23 17    period 2005 to 2009, Transocean rigs (both legacy companies)

09:51:28 18    operated on a total of 6,795 wells."  Did I read that correctly?

09:51:33 19    A.  Yes, you did.

09:51:34 20    Q.  Now, let's pull up TREX 5649.5.2.2.TO.  It states, "Therefore,

09:51:46 21    the relevant operations summary relates to a total of 4,966 wells,

09:51:52 22    556 well control events."  And 329 of those were kicks.  Did I read

09:51:58 23    that correctly?

09:51:59 24    A.  Yes, you did.

09:51:59 25    Q.  Are kicks an uncommon occurrence in the drilling -- oil

4585

09:52:05  1    drilling industry?

09:52:06  2    A.  Are they uncommon?  If you think about what we do, you know,

09:52:13  3    our customers hire us because they're looking -- they are looking

09:52:17  4    for hydrocarbons, that's what they're doing.  And they're looking

09:52:22  5    for those hydrocarbons particularly in an exploration environment

09:52:26  6    in an unknown set of pressures.  So they're looking for

09:52:31  7    hydrocarbons and they don't know the pressures.

09:52:33  8              Now, you know, the industry's developed a lot of

09:52:37  9    techniques to predict pressure, but that's all it is, it's a

09:52:41 10    prediction.  So if you're looking for hydrocarbons and you don't

09:52:44 11    know the pressures, it's not uncommon that you encounter

09:52:48 12    hydrocarbons at a pressure different than what you expected.  And

09:52:52 13    that results -- that can result in a kick.

09:52:55 14    Q.  Let's pull up D-6732.1, I think.  Maybe we should go to

09:53:09 15    D-6732.2.  Do you see this chart on the screen?

09:53:14 16    A.  Yes.

09:53:15 17    Q.  How is kick severity measured by Transocean?  What are the

09:53:22 18    factors?

09:53:23 19    A.  So at the time of this report, there were two basic factors we

09:53:27 20    looked at:  Kick volume, which is how much of an influx do you

09:53:32 21    take; and kick intensity, which is a measure of the pressure of the

09:53:37 22    kick relative to the pressure of the wellbore fluids, the drilling

09:53:43 23    fluid in use.  And that's measured in pounds per gallon.

09:53:46 24    Q.  So what does this chart D-6732 point to?  What is it tracking?

09:53:52 25    A.  It's tracking those two statistics, the volume of the kick that

4586

09:53:55  1    was taken and the kick intensity.

09:53:58  2    Q.  Does Transocean have a goal with respect to detecting kicks?

09:54:02  3    A.  Yeah.

09:54:03  4    Q.  What is that?

09:54:04  5    A.  Kicks should be detected and shut in at less than 20 barrels.

09:54:09  6    Q.  Let's go to D-6732.3.  And this is just a demonstrative that

09:54:17  7    shows how many were detected within that 20-barrel goal, correct?

09:54:21  8    A.  Yes.

09:54:21  9    Q.  That's 84 percent, about?

09:54:23  10   A.  That's what the document says, yes.

09:54:25  11   Q.  I take it you didn't do the math yourself?

09:54:28  12   A.  I did not do the math.

09:54:29  13   Q.  Does Transocean regularly conduct its own investigations of

09:54:36  14   well control events?

09:54:38  15   A.  Yes, we do.

09:54:39  16   Q.  And just generally, what's that process?

09:54:42  17   A.  Generally the process is understanding what was going on at the

09:54:48  18   time, so all of the drilling parameters.  Understanding what

09:54:56  19   guidance or what -- we call them standing instructions to drillers,

09:55:02  20   what had been communicated to the driller that would have or should

09:55:06  21   have alerted him to the possibility that he might encounter this

09:55:10  22   situation of hydrocarbons in an unexpected pressure.

09:55:15  23        We look at all of the circumstances that were in place at

09:55:18  24   the time and then we look at the actions the driller took.  How

09:55:23  25   responsive was he -- and if you think about well control,

4587

09:55:26  1  fundamentally, well control is about awareness and vigilance.  It's

09:55:31  2  about identifying and recognizing the indicators, and it's about

09:55:37  3  taking prompt, appropriate action.

09:55:39  4       And so we want to understand the circumstances that were

09:55:43  5  in place, and then we look at those three things:  Was he aware,

09:55:47  6  did he identify, and did he take the prompt, appropriate action?

09:55:52  7  And then we look at other things like, you know, did the equipment

09:55:55  8  perform, all of the stuff surrounding that.

09:56:00  9  Q.  And does the company often put out a -- write up a report of

09:56:04 10  its investigation?

09:56:04 11  A.  Yes.

09:56:05 12  Q.  Let's pull up TREX 5650.1.1.TO.  This is a document that

09:56:13 13  relates to the M.G. Hulme.  Do you see that?

09:56:17 14  A.  Yes.

09:56:17 15  Q.  That was a well control incident that was investigated by the

09:56:20 16  company, was it not?

09:56:21 17  A.  Yes.

09:56:21 18  Q.  And is this an example of a report that was prepared by the

09:56:25 19  company?

09:56:25 20  A.  Yes.

09:56:31 21  Q.  Now, on occasion, does the company issue what's called an

09:56:37 22  advisory or an alert as a result of an investigation of a well

09:56:42 23  control event?

09:56:43 24  A.  Yes.

09:56:43 25  Q.  What is an advisory or an alert?

09:56:46  1   A.  An advisory or an alert is a communication tool we use to -- as

09:56:52  2   the title suggests, we use it to alert our people to something we

09:56:55  3   have seen and consequently learned as a result of an investigation.

09:57:00  4   It serves as a vehicle for reminding our people of something they

09:57:05  5   should know, but, you know, we've seen an incident that serves as a

09:57:09  6   helpful reminder of something they should know that's already in

09:57:12  7   our system that they should be doing anyway, but the alert serves

09:57:16  8   to reinforce that.  It's a communication tool that we use that

09:57:19  9   typically comes from learning or investigating an incident.

09:57:25  10  Q.  And do advisories and alerts always -- are they always issued

09:57:30  11  in response to a well control event that's investigated?

09:57:32  12  A.  Not always, no.

09:57:34  13  Q.  What are the factors that go into whether to issue an advisory

09:57:39  14  or alert?

09:57:39  15  A.  It's tough -- tough to articulate.  I think it has to do with

09:57:43  16  how meaningful is the learning.  I am reluctant -- I am reluctant

09:57:49  17  to issue an alert that simply says, you know, we have a system that

09:57:53  18  requires you to do this.  On a drilling rig, they didn't do that

09:57:58  19  and, consequently, they experienced an incident.  I find an alert

09:58:02  20  that says if you follow our policies and procedures, you won't get

09:58:06  21  hurt, I find an alert that says that to be a little bit less

09:58:10  22  powerful.

09:58:11  23      If we have an experience, an incident where we actually

09:58:17  24  learn something new, you know, here is a situation we saw, we

09:58:21  25  didn't think that under that set of circumstances the equipment

09:58:24  1  would behave like that, but it did, absolutely we communicate that

09:58:28  2  to our people.

09:58:30  3  Q.  And sometimes is the well control handbook modified as a result

09:58:34  4  of lessons coming out of an investigation of a well control event?

09:58:38  5  A.  Yes.  But that's no different than any other elements of our

09:58:42  6  management system.  If we have an incident or we experience

09:58:45  7  something that highlights to us that we could improve our system,

09:58:51  8  we will improve our system.  We'll amend and modify and update the

09:58:56  9  system.  That's what you do.  That's how you get better.

09:58:58 10  Q.  Let's pull up D-3100.  This is a demonstrative, a chart that

09:59:09 11  was put up by the plaintiffs I believe in opening statement.  I am

09:59:12 12  going to ask you about a few of these, starting with the Jim

09:59:16 13  Cunningham.  Wasn't the Jim Cunningham a Transocean rig?

09:59:20 14  A.  Yes, it was.

09:59:20 15  Q.  And let's pull up TREX -- or take a look at TREX 7134 in your

09:59:30 16  binder.  Let me know when you find it.  7134.

09:59:55 17  A.  I don't think I have it.

09:59:58 18          MR. BRIAN:  May I approach the witness, your Honor?

10:00:15 19          THE COURT:  Yes.

10:00:17 20  BY MR. BRIAN:

10:00:17 21  Q.  What was your job at the company on or about August 20th, 2004?

10:00:22 22  A.  August -- in August of 2004, I would have been the vice

10:00:30 23  president of performance and operations.

10:00:33 24  Q.  And were you -- did you become aware of the Jim Cunningham

10:00:37 25  incident in that position?

4590

10:00:39  1    A.  Yes.  I participated in the corporate emergency response team

10:00:44  2    for this incident.

10:00:45  3    Q.  What is TREX 7134?

10:00:48  4    A.  This is the investigation into the well control event that

10:00:54  5    occurred on the Jim Cunningham.

10:00:56  6    Q.  Let's put up TREX 7134.3.1.TO.  This describes the incident,

10:01:07  7    does it not?

10:01:08  8    A.  Yes.

10:01:08  9    Q.  Where did the Jim Cunningham event take place?

10:01:12  10   A.  In the Mediterranean Sea off the coast of Egypt.

10:01:18  11   Q.  Describe for the Court what happened.  What was the event?

10:01:21  12   A.  The event happened -- the event happened at night.  The

10:01:27  13   driller -- the night driller was replaced by the night toolpusher,

10:01:33  14   which happens on occasion.  In the middle of his shift, if the

10:01:37  15   driller goes to eat dinner, the night toolpusher would have

10:01:42  16   replaced him.  So the night toolpusher replaced the driller.

10:01:46  17        The night toolpusher was drilling ahead.  The night

10:01:52  18   toolpusher shut down to make a connection, but he did not turn off

10:01:56  19   the riser boost pump.  Even while he was making this connection, he

10:02:03  20   kept the riser boost pump on.  Now, typically, when you make a

10:02:06  21   connection, you would want to shut -- while you're drilling ahead,

10:02:10  22   you would want to shut all of the pumps down so you can conduct a

10:02:14  23   flow check.  The night toolpusher did not do that, he kept the

10:02:17  24   riser boost pump on.

10:02:20  25        And we believe that the influx occurred while he was

10:02:26  1   making the connection.  He made up the connection and proceeded to

10:02:28  2   drill ahead, and then the driller came back from wherever he was.

10:02:32  3   The driller came back and the driller continued to drill ahead; and

10:02:35  4   because he was drilling ahead and circulating, they circulated --

10:02:40  5   he circulated the influx up the annulus.  And, you know, the

10:02:47  6   annulus came up, it expanded, obviously, and resulted in a fire on

10:02:56  7   the drill floor.

10:02:58  8          The night toolpusher observed the fire on the drill

10:03:02  9   floor, proceeded to the accommodation module -- the accommodation

10:03:06 10   block, went into the -- went to the remote BOP control panel.  So

10:03:11 11   this is not the panel that's on the drill floor.  He went to the

10:03:14 12   remote BOP panel.  They functioned the shear rams from that remote

10:03:20 13   panel.  The sheer rams it turns out closed on a tool joint, not on

10:03:25 14   tube; so it closed on -- sheer rams closed on a tool joint which

10:03:29 15   means it did not completely close.

10:03:33 16          From the office, they assumed that it had completely

10:03:37 17   closed, and so they functioned the LMRP disconnect which separated

10:03:43 18   the LMRP from the BOP.  By doing that, they lost control of the BOP

10:03:50 19   of the lower stack, and therefore, couldn't do anything else on the

10:03:54 20   lower stack.  Because the sheer rams hadn't completely severed the

10:03:58 21   drill pipe, the well continued to flow up the drill pipe, which was

10:04:03 22   still connected to the rig, and they quickly realized they had no

10:04:10 23   additional way to do anything else, so they abandoned the rig.

10:04:16 24   Q.  And were all of the personnel able to evacuate safely?

10:04:19 25   A.  Everybody got off.  There are two minor burn injuries

10:04:23  1   associated with the fire on the drill floor, but everybody got off.

10:04:27  2   Q.  And did Transocean take any personnel action in response to

10:04:31  3   this incident?

10:04:32  4   A.  We did.

10:04:33  5           MR. BRIAN:  Let's pull up TREX 26009.B.1.1.TO.

10:04:33  6   BY MR. BRIAN:

10:04:48  7   Q.  And is this a letter that went out in connection with the

10:04:52  8   discipline of the night toolpusher?

10:04:53  9   A.  Yes.

10:04:55  10          MR. BRIAN:  Let's pull, please, TREX 26009.B.3.1.TO.

10:04:55  11  BY MR. BRIAN:

10:05:06  12  Q.  Do you see where it states, "As a result of this investigation,

10:05:09  13  I am holding you and several other supervisors accountable for this

10:05:12  14  incident."  And down below, "Accordingly, I have recommended to the

10:05:16  15  EAU HR department that you be terminated from Transocean, effective

10:05:19  16  immediately."  Did I read that correctly?

10:05:22  17  A.  Yes, you did.

10:05:23  18  Q.  Did Transocean terminate the night toolpusher?

10:05:25  19  A.  Yes.

10:05:26  20  Q.  And did Transocean take disciplinary action against others

10:05:29  21  involved in the incident?

10:05:30  22  A.  Yes.

10:05:31  23  Q.  Let's now take a look at TREX 5650 involving the *MG Hulme*

10:05:37  24  incident.

10:05:37  25          MR. BRIAN:  And if you can pull up TREX 5650.1.1.TO.

BY MR. BRIAN:

Q.  Mr. Newman, just let me know when you're able to locate that.

A.  Yep, got it.

Q.  Where did this incident take place?

A.  The *MG Hulme* was working in Nigeria off the coast of West Africa.

        MR. BRIAN:  And if we could pull up TREX 5650.19.1.TO, please.

BY MR. BRIAN:

Q.  What happened on this, in connection with this incident?

A.  We were drilling a well for E&I, and E&I had asked us to utilize a continuous circulating device.  And what that does is it allows you to continue to circulate on the drill pipe even while you are making a connection.  And it was intended to be used on this well for hole stability purposes.  I suppose E&I felt like this was particularly challenging geology and they wanted better control over hole stability.

        So we were using this E&I continuous circulating device. And one of the challenges with the E&I continuous circulating device is you don't get the benefit of a static flow check when you make a connection because the well is always being circulated. What you can do, though, is, you know, you can take what I would call a signature of the circulation.  So even with the circulating device going, you can monitor the trend and observe when the actual results deviate from that trend.

10:07:31 1    The driller on the *Hulme* was a very experienced jack-up

10:07:35 2 driller, and the *MG Hulme* is a semi-submersible, so this particular

10:07:41 3 individual didn't have a lot of experience in floating drilling

10:07:45 4 operations.  They took the influx, the driller didn't recognize it,

10:07:53 5 and didn't recognize it until he had mud coming out of the rotary

10:08:00 6 table on the drill floor.

10:08:02 7    At that time, he -- when he finally did recognize it, he

10:08:06 8 took the action of closing the annular.  The well continued to flow

10:08:14 9 and he thought that meant that -- that the annular had not

10:08:19 10 successfully closed, so he closed a second annular.  In fact, what

10:08:23 11 we believe was happening was we were having the continuation of gas

10:08:29 12 expanding in the riser, and because this was a floating operation,

10:08:34 13 you had a significant length of riser.  Gas was continuing to

10:08:37 14 expand in the riser and unloading onto the drill floor.

10:08:41 15    Because this was a jack-up driller, he didn't, in his

10:08:45 16 mind, make the -- draw the distinction between a jack-up where

10:08:48 17 everything on the BOP, including the diverter, is at the rig versus

10:08:52 18 a floating operation where the BOP is on the seabed and the

10:08:56 19 diverter is at the top of the riser.  So he didn't think to close

10:09:00 20 the diverter, which would have successfully diverted the riser

10:09:04 21 contents overboard.  Just didn't make that connection.

10:09:07 22 Q.  Let me stop you there.  This document that I just put up says

10:09:11 23 that the well control -- "engineering group should have evaluated

10:09:14 24 change to the well control manual to ensure adequate information is

10:09:17 25 available to users."  Also talks about "well control reference

10:09:21  1   material and training should adequately cover the use of diverter

10:09:24  2   and what to do in the case of a riser unloading."  Did I read those

10:09:28  3   portions correctly?

10:09:29  4   A.  Yes, you did.

10:09:30  5   Q.  And did the report suggest that there be consideration of

10:09:34  6   revising the company's well control manual dealing with riser

10:09:38  7   unloading process and the use of the diverter?

10:09:41  8   A.  Yes.

10:09:41  9   Q.  And was it revised?

10:09:42  10  A.  Yes.

10:09:43  11  Q.  Let me go to another event the *Sedco 711* event toward the end

10:09:49  12  of 2009.  You can look at TREX 1760, and if we can pull out TREX

10:09:57  13  1760.1.

10:10:16  14  A.  Yep.

10:10:17  15  Q.  Are you able to find that, Mr. Newman?

10:10:18  16  A.  Yes.

10:10:19  17  Q.  And the Court has heard something about the *Sedco-711* incident,

10:10:23  18  but if you could, maybe pull up TREX 1760.2.  And you can describe

10:10:29  19  for us, in your own words, what this -- what happened in this

10:10:32  20  event?

10:10:33  21  A.  The *Sedco-711* was carrying out completion operations for Shell

10:10:40  22  in the North Sea.  They were -- they had run some amount of the

10:10:45  23  completion equipment into the well and they were in the process of

10:10:50  24  changing over the fluid in the well, and so they were, you know,

10:10:54  25  they were going from completion fluid to a cleaner fluid.

4596

10:10:59  1          It's a natural part of the completion process to clean up

10:11:02  2     the well.  You put some of the equipment in there, clean up the

10:11:05  3     fluid, make a change in the fluid that's actually in the wellbore,

10:11:08  4     then you put more equipment in the well and you carry on with the

10:11:11  5     completion.  So it was completion operations.  They were in the

10:11:14  6     process of changing over the fluid.

10:11:16  7     Q.  Is a completion operation different than what was going on in

10:11:20  8     connection with the April 20th, 2010, event at Macondo?

10:11:23  9     A.  Yes.

10:11:23  10    Q.  How so?

10:11:25  11    A.  Well, a completion operation takes place on a well that's

10:11:28  12    already been drilled and, as often as not, it's been drilled by

10:11:34  13    another rig.  And so, you know, in completion operations, the well

10:11:38  14    is drilled, it's cased, it's stable, and all you're doing is

10:11:45  15    turning that well into a producer well so that the customer can

10:11:50  16    actually take the hydrocarbons out of the reservoir.

10:11:54  17    Q.  What were the principle takeaways or lessons learned from the

10:11:57  18    *Sedco-711* event?

10:11:59  19    A.  Well, I think they're shown here in terms of the root causes.

10:12:06  20    What we discovered was that, you know, there were some shortcomings

10:12:11  21    in Schlumberger's ability to transfer lessons learned internally.

10:12:17  22    So what happened was there was a particular mechanical barrier, a

10:12:21  23    valve that had been installed into the well.  That valve had been

10:12:25  24    tested.  There was a procedure for opening up that valve, and so

10:12:31  25    the crew were familiar with the procedure.

4597

10:12:34  1          What nobody recognized was that by circulating fluids so

10:12:40  2     close to that valve, you could, in fact, open the valve, you could

10:12:46  3     mechanically open the valve.  And that's what happened, that valve

10:12:49  4     mechanically opened, they weren't aware of it, and consequently,

10:12:54  5     the unexpected opening of that valve allowed the well to flow.

10:12:58  6     Q.  So is it fair to say that one of the lessons was that a tested

10:13:01  7     mechanical barrier can fail?

10:13:03  8     A.  Sure, yes.

10:13:04  9     Q.  Did Transocean issue an advisory as a result of this?

10:13:08 10     A.  We did.

10:13:09 11          MR. BRIAN:  Let's pull up TREX 1523.1.1.TO.

10:13:09 12     BY MR. BRIAN:

10:13:24 13     Q.  And is that the advisory that came out of the *Sedco-711*

10:13:27 14     incident?

10:13:27 15     A.  Yes.

10:13:28 16     Q.  And talks about adding something to the next revision of the

10:13:32 17     well control handbook.  Do you see that?

10:13:34 18     A.  Yes.

10:13:34 19     Q.  Now, when advisories go out --

10:13:36 20          MR. BRIAN:  Let's pull up 1523.1.2.TO, too.

10:13:36 21     BY MR. BRIAN:

10:13:42 22     Q.  And it states in the advisory, "Do not be complacent because

10:13:45 23     the reservoir has been isolated and inflow tested.  Remain focused

10:13:49 24     on well control and maintain good well control procedures."  Did I

10:13:53 25     read that correctly from the advisory?

10:13:54  1    A.  Yes, you did.

10:13:55  2    Q.  When an advisory like this goes out, is it posted on the

10:13:59  3    company's -- what is it -- intranet?

10:14:01  4    A.  Yes.

10:14:02  5    Q.  Explain to the Court what that is.

10:14:04  6    A.  So as part of our intranet, we have a system that we call

10:14:11  7    eDocs, electronic documentation, and every element of our company

10:14:17  8    management system is posted in eDocs.  And so you can go into eDocs

10:14:23  9    and you can search by function.  So I want to see the HSE

10:14:27  10   information in eDocs, or I want to see the supply chain information

10:14:31  11   in eDocs, it's all there.

10:14:33  12   Q.  This portion I just read from the advisory, is that new

10:14:38  13   information to your crew members who have undergone well control

10:14:41  14   training and the follow-up OJT training and the follow-up training

10:14:45  15   drills and the follow-up courses?  Is this new to them?

10:14:47  16   A.  No.

10:14:49  17        MR. BRIAN:  Let's pull up TREX 571.13.1.TO.

10:14:49  18   BY MR. BRIAN:

10:15:02  19   Q.  If you can see that.  I will represent to you, sir, that this

10:15:06  20   is a drill report from April 19th, 2010 --

10:15:09  21   A.  Yes.

10:15:09  22   Q.  -- on the *Deepwater Horizon* in which the notes, "well have been

10:15:15  23   "lost due to improperly designed cement slurries and spacers."  Did

10:15:18  24   I read that correctly?

10:15:19  25   A.  Yes, you did.

4599

10:15:20 1  Q.  Does that indicate that the drill crew was trained on April

10:15:23 2  18th to be vigilant to well control situations arising during

10:15:30 3  cementing operations?

10:15:31 4  A.  Yes.

10:15:32 5  Q.  Similar to what was being conveyed in the *Sedco-711* advisory in

10:15:36 6  your opinion?

10:15:36 7  A.  Yes.

10:15:37 8  Q.  Now, let's go to TREX 26025.A.2.1.TO.  So that would be 26025.A

10:15:51 9  in your binder.

10:16:04 10  A.  Okay.

10:16:05 11      THE COURT:  Mr. Brian, how much longer do you think you

10:16:08 12  have?

10:16:08 13      MR. BRIAN:  If we're willing biologically to plow ahead,

10:16:12 14  I can be done in five or six minutes.  If we can do that, I would

10:16:15 15  prefer.

10:16:15 16      THE COURT:  That's okay.  You're okay, Mr. Newman?

10:16:18 17      THE WITNESS:  Yes, sir.

10:16:19 18      MR. BRIAN:  Usually, I am the one begging, but I am okay.

10:16:22 19  BY MR. BRIAN:

10:16:22 20  Q.  Mr. Newman, do you have that document in front of you?

10:16:25 21  A.  I thought I did.  Yes, yeah, I have the next page of that, yes.

10:16:31 22  Q.  And that pertains to the *Deepwater Expedition* well control

10:16:35 23  event, correct?

10:16:36 24  A.  Yes, it does.

10:16:37 25  Q.  Where did that event take place?

4600

10:16:39 1  A.  The Deepwater *Expedition* was working for Reliance Industries,

10:16:44 2  which is an Indian company, working for Reliance Industries off the

10:16:48 3  coast of India.

10:16:50 4         MR. BRIAN:  And let's take a look at TREX 26025.A.8.1.TO.

10:16:50 5  BY MR. BRIAN:

10:17:05 6  Q.  Do you see where it states that level and detail -- I'm sorry,

10:17:08 7  let me start over.  "The level of detail and accuracy contained in

10:17:12 8  the daily reports and time logs is commendable.  The high standard

10:17:16 9  suggests the situation was being closely monitored at all times."

10:17:20 10  Did I read that correctly?

10:17:22 11  A.  Yes.

10:17:22 12  Q.  So tell us, what happened in this incident?

10:17:25 13  A.  Well, this was a well being drilled for Reliance, and the upper

10:17:32 14  sections of this well went relatively according to plan.  Other

10:17:40 15  than they kept having to set their casing shoes higher, so they

10:17:45 16  weren't able to drill each section as deep as they wanted to

10:17:49 17  because they were running out of margin between pore pressure and

10:17:54 18  frac gradient.  So they were not getting the well sections as deep

10:17:58 19  as they want and they were running out of casing diameter.

10:18:02 20         So that by the time that they got to the section they

10:18:05 21  were actually interested in drilling, it proved incredibly complex

10:18:11 22  to drill that -- to drill the section of interest because they were

10:18:14 23  in very, very, narrow margin, in a very, very, you know, in a tight

10:18:20 24  diameter.  And that tight diameter, all that means is when you take

10:18:24 25  an influx, the same amount of influx in a smaller diameter wellbore

10:18:29  1    just takes up more of the wellbore.

10:18:31  2    Q.  Was this an issue of complacency?

10:18:35  3    A.  No.  And I agree with what was -- what's indicated in this

10:18:41  4    note, you know.  I can only interpret what Barry Braniff saw as he

10:18:47  5    was reviewing this as there was a lot of detail and accuracy in the

10:18:52  6    reports, and that's an indication that they knew what they were

10:18:57  7    dealing with and they were closely monitoring what was going on.

10:19:00  8    Q.  Take a look, if you would, at TREX 26023, which I think is

10:19:06  9    right -- the exhibit right before yours in your binder.

10:19:12  10           MR. BRIAN:  And I would like to pull up TREX 26023.2.1.

10:19:12  11   BY MR. BRIAN.

10:19:19  12   Q.  This involves something involving the *Arctic I*, right?

10:19:22  13   A.  Yes.

10:19:22  14   Q.  What's the *Arctic I*?

10:19:24  15   A.  The *Arctic I* is a semi-submersible.  At the time, it was

10:19:30  16   working for Shell off the coast of Brazil.

10:19:34  17   Q.  And exhibit TREX 26023, does this describe a well control event

10:19:43  18   at all?

10:19:44  19   A.  No.

10:19:45  20   Q.  What happened here?

10:19:46  21   A.  The *Arctic I* had moved to Brazil to go to work for Shell and

10:19:55  22   we -- at Shell's request, we had installed a different set of

10:20:05  23   equipment on the *Arctic I* to carry out the Shell operation.  And

10:20:09  24   because the rig had moved to Brazil and had had this different

10:20:16  25   equipment installed on it, the operation was struggling because of

OFFICIAL TRANSCRIPT

4602

10:20:21  1    this transition.  We were putting Brazilians onto the rig, crewing

10:20:25  2    the rig with Brazilians, and, of course, supervisors weren't, you

10:20:29  3    know, they weren't conversant in Portuguese, so we were having some

10:20:34  4    amount of initial communication issues.

10:20:36  5            And the installation of the new equipment, we were

10:20:39  6    just -- we were having start up problems.  And so Shell, as you

10:20:44  7    would expect a customer to do, Shell expressed some displeasure

10:20:48  8    with us because of the start up problems.

10:20:51  9    Q.  Take a look at TREX 52687.

10:20:55  10           MR. BRIAN:  If we could pull up TREX 52687.1.

10:21:11  11           THE WITNESS:  Okay.

10:21:12  12   BY MR. BRIAN:

10:21:12  13   Q.  It's called "*Arctic I*, Shell BC-10 - Go Forward Plan,

10:21:18  14   March 2010."  What is this go forward plan?

10:21:21  15   A.  This is the plan for carrying on with the Shell operations, so

10:21:29  16   the project we were working on for Shell was called BC-10.  This is

10:21:34  17   the plan for carrying on, for going forward with those operations

10:21:37  18   to Shell's satisfaction to make sure we were delivering the service

10:21:41  19   to Shell they were looking for.

10:21:42  20   Q.  Let's turn to TREX 52688.

10:21:46  21           MR. BRIAN:  And maybe we can pull up 52688.3.1.

10:21:58  22   Actually, maybe we can pull up the first page of that, first, of

10:22:02  23   TREX 52688.

10:22:02  24   BY MR. BRIAN:

10:22:04  25   Q.  Action item verification exercise SBEP HS EMS audit.  Do you

4603

10:22:10  1    see that?

10:22:10  2    A.  Yes.

10:22:11  3    Q.  What is that?

10:22:11  4    A.  This is Shell's verification of the actions we were taking.  So

10:22:18  5    we presented our go forward plan to Shell.  This is Shell's

10:22:22  6    verification of our follow through on that Go Forward Plan.

10:22:25  7            MR. BRIAN:  Let's pull up TREX 52688.3.1.TO.

10:22:25  8    BY MR. BRIAN:

10:22:34  9    Q.  And you see where Shell wrote, "Observations:  Significant

10:22:38 10    process (VERBATIM) in all areas evident.  Leadership and staff

10:22:41 11    engagement with respect to audit response.  Cultural improvements

10:22:44 12    noted by staff."  Did I read that correctly?

10:22:46 13    A.  I think you said "process."  I think the document actually says

10:22:50 14    "progress."

10:22:51 15    Q.  "Significant progress in all areas evident."

10:22:56 16            MR. BRIAN:  And now let's pull up 52688.2.1.

10:22:56 17    BY MR. BRIAN:

10:23:06 18    Q.  And do they also indicate:  "Significant progress made in RMS

10:23:11 19    IT tool and PM backlog.  High priority:  Past due maintenance jobs

10:23:16 20    reduced by 65 percent."  Did I read that correctly?

10:23:22 21    A.  You did.

10:23:23 22            MR. BRIAN:  If we can pull up TREX 52686.

10:23:32 23            THE WITNESS:  Okay.

10:23:32 24    BY MR. BRIAN:

10:23:32 25    Q.  What's that?

4604

10:23:33  1    A.  That is a letter from Peter Sharp.  Peter Sharp is the

10:23:39  2    senior-most individual at Shell responsible for worldwide drilling,

10:23:43  3    so he's probably the individual I would interact with most at

10:23:47  4    Shell.  It's a letter from Shell to our operations manager and the

10:23:52  5    crew of the *Arctic I*.

10:23:53  6    Q.  And you're copied on that document, correct?

10:23:55  7    A.  Yes.

10:23:56  8    Q.  And do you see where he states in the second paragraph, "I was

10:24:00  9    extremely impressed with the professionalism and safety commitment

10:24:04 10    of everyone onboard.  The management of HSE on the rig has improved

10:24:09 11    markedly over the last year and that is a credit to everyone who

10:24:12 12    works on the *Arctic I*."  Did I read that correctly?

10:24:15 13    A.  Yes, you did.

10:24:16 14    Q.  And did he also state later in the letter that he had visited

10:24:20 15    the rig and was "impressed with the focus and progress on the

10:24:24 16    dropped objects prevention program"?

10:24:26 17    A.  Yes.

10:24:26 18    Q.  Let's go back to D-3100.  We've talked about, I think, all of

10:24:39 19    them except for the dropped object, and I think there's a reference

10:24:42 20    to it on page two to the March 8th kick on the *Deepwater Horizon*,

10:24:47 21    which I have not asked you about.  The ones I've asked you about,

10:24:50 22    did any of them occur in the Gulf of Mexico?

10:24:52 23    A.  No.

10:24:53 24    Q.  Did any of them occur in the North American division of

10:24:58 25    Transocean, the ones we've discussed today?

4605

10:25:00 1    A.  No.

10:25:00 2    Q.  Were the circumstances of any of these prior events you've

10:25:04 3    discussed the same as the circumstance that occurred on the

10:25:07 4    *Deepwater Horizon* on April 20th, 2010?

10:25:10 5    A.  No.

10:25:12 6            MR. BRIAN:  I would pass the witness, your Honor.

10:25:13 7            THE COURT:  All right.  Let's take about a 15-minute

10:25:19 8    recess right now.  It's 10:25.

10:25:21 9            THE DEPUTY CLERK:  All rise.

10:25:23 10       (WHEREUPON, A RECESS WAS TAKEN.)

10:44:13 11       (OPEN COURT.)

10:44:14 12           THE COURT:  All right.  Please be seated, everyone.  All

10:44:17 13   right.

10:44:18 14           MR. CUNNINGHAM:  May it please the Court, Robert

10:44:20 15   Cunningham, PSC, cross-examination.

10:44:23 16           THE COURT:  Okay.

10:44:24 17                    CROSS-EXAMINATION

10:44:24 18   BY MR. CUNNINGHAM:

10:44:25 19   Q.  Good morning, Mr. Newman.

10:44:26 20   A.  Good morning.

10:44:27 21   Q.  Let's go back to September 2009, which would be seven months

10:44:31 22   before the *Deepwater Horizon* blowout.  You were the president and

10:44:34 23   COO of Transocean, weren't you?

10:44:36 24   A.  Yes, sir.

10:44:37 25   Q.  And on September the 25th of 2009, you sent out an e-mail to

4606

10:44:41  1  some of the top leadership at Transocean that asked the following

10:44:46  2  question.  26032, page one.  Top of the e-mail.  "What are we going

10:45:06  3  to do???"  Do you recall that?

10:45:10  4  A.  Yes.

10:45:11  5  Q.  That was authored by you and it was sent to Adrian Rose in

10:45:16  6  Houston, Rob Saltiel, who we've heard about, Arnaud -- how do you

10:45:20  7  pronounce that?

10:45:20  8  A.  Bobillier.

10:45:21  9  Q.  And Larry McMahan, correct?

10:45:23 10  A.  Yes.

10:45:24 11  Q.  "What are we going to do," and you put three question marks

10:45:28 12  after that question, didn't you?

10:45:29 13  A.  Yes, sir.

10:45:30 14  Q.  What you were asking is, what are we going to do about two

10:45:36 15  systemic safety problems that we have at TO that you had identified

10:45:41 16  in your operations, isn't that true?

10:45:43 17  A.  Well, in September of 2009, particularly on September 25th of

10:45:49 18  2009, that was ten days after the fourth of those four fatalities.

10:45:57 19  Q.  Yes, sir.  But you were not just referring to those four

10:46:01 20  fatalities, were you?

10:46:03 21  A.  Well, I believe that the four fatalities were foremost in my

10:46:07 22  mind at that time.

10:46:08 23  Q.  Isn't it true that you had identified two systemic safety

10:46:13 24  problems that are described in an internal release that was being

10:46:19 25  prepared to go to employees?  26035.C, page four.  Top three

10:46:25 1    paragraphs, please.

10:46:27 2         The first problem you describe -- and this was a draft of

10:46:31 3    the internal release we saw during your direct -- is the four

10:46:35 4    deaths.  We see that in the first sentence, correct?

10:46:38 5    A.  That's what the document says.

10:46:39 6    Q.  And that's a process safety -- correction.  That's a personal

10:46:44 7    safety-related issue, isn't it?  Deaths -- four deaths in 92 days

10:46:49 8    on four different rigs.  That deals with personal safety issues,

10:46:54 9    doesn't it?

10:46:54 10   A.  Yes.

10:46:55 11   Q.  But the second problem you were concerned about was, in this

10:47:00 12   next paragraph, "the nature and increasing number of high potential

10:47:06 13   incidents we are experiencing across our fleet."  That was the

10:47:11 14   second safety problem, wasn't it?

10:47:13 15   A.  I am not sure how you can disassociate the fatalities with high

10:47:18 16   potential incidents.

10:47:19 17   Q.  Well, high potential incidents were preventable, weren't they?

10:47:24 18   A.  As are fatalities.

10:47:26 19   Q.  Yes, sir.  And you believed that such incidents could have been

10:47:30 20   prevented, didn't you?

10:47:31 21   A.  I do believe that, yes.

10:47:32 22   Q.  You knew as of this date when you wrote this e-mail with

10:47:38 23   certainty that something was wrong at Transocean, didn't you?

10:47:41 24   A.  When we experienced four fatalities on four different rigs in

10:47:47 25   four different parts of our company in the space of 92 days, I

4608

10:47:52  1    don't think there is any other conclusion you can draw than we have

10:47:55  2    a problem.

10:47:55  3    Q.  And when you experienced an increasing number of high potential

10:48:01  4    incidents, there's no question but that something is wrong; isn't

10:48:05  5    that true?

10:48:06  6    A.  I believe all of that taken together, the four fatalities and

10:48:12  7    the increasing number of high potential incidents, clearly

10:48:15  8    indicated a problem.

10:48:17  9    Q.  26035.C, page four, top four paragraphs.  You state in the

10:48:31 10    bottom paragraph, "This tells me something's wrong."  Correct?

10:48:35 11    A.  Yes, sir.

10:48:35 12    Q.  So it would be fair to say that Transocean knew that it was

10:48:43 13    vital to act decisively and quickly to avoid further deaths and

10:48:49 14    injuries; you would agree with that, wouldn't you?

10:48:51 15    A.  I do agree with that, yes.

10:48:52 16    Q.  You knew that your safety processes and policies that you had

10:48:56 17    in place were failing to eliminate both real incidents and

10:49:02 18    potential incidents, didn't you?

10:49:04 19    A.  I believe that the combination of the system we had in place

10:49:09 20    and the application of that system at the work site was not

10:49:13 21    delivering the results we expected, the results we demanded.

10:49:16 22    Q.  And when we talk about high potential incidents, that can mean

10:49:21 23    multiple fatalities and disastrous results to the environment,

10:49:27 24    can't it?

10:49:28 25    A.  Well, high potential incidents can mean a number of things.  It

OFFICIAL TRANSCRIPT

4609

10:49:33  1    can mean a dropped object, it can mean a loss of station-keeping on

10:49:38  2    the rig, the inability of the rig to maintain position.  It can

10:49:41  3    mean the -- you know, the driller running the blocks into the

10:49:48  4    crown.  High potential incidents can mean a whole host of things.

10:49:51  5    Q.  Well, Mr. Newman, are you telling us that you do not make a

10:49:56  6    distinction between a dropped object event and a high potential

10:50:01  7    incident?

10:50:03  8    A.  No, I do not.  A high potential incident -- a dropped object

10:50:08  9    event is a high potential incident.

10:50:10  10   Q.  Do you recognize --

10:50:11  11   A.  We --

10:50:11  12   Q.  Excuse me.

10:50:14  13   A.  We had a fatality in 2008 as a result of a dropped object.

10:50:19  14   That is a high potential incident.

10:50:21  15   Q.  Do you recognize that what occurred on the *Deepwater Horizon* on

10:50:25  16   the 20th of April was a high potential incident that came to

10:50:29  17   fruition?

10:50:30  18   A.  Yes.

10:50:30  19   Q.  As of this announcement then in October or September, whenever

10:50:38  20   it was, you had already decided the answer to the question, what

10:50:42  21   are we going to do, hadn't you?

10:50:44  22   A.  Yes.  The first part of the answer, absolutely.  I shut the

10:50:50  23   fleet down.

10:50:51  24   Q.  26032, page one.  You had decided that you were going to

10:51:03  25   conduct a third-party independent review, and you outline in this

4610

10:51:06  1    e-mail that decision, don't you?

10:51:08  2    A.  That was part of it, yes.

10:51:09  3    Q.  And it was going to be a review of the safety-related aspects

10:51:13  4    of the company's management system that you talked about earlier

10:51:16  5    today, correct?

10:51:17  6    A.  Yes.

10:51:17  7    Q.  You had identified that that's where the problems were rooted,

10:51:21  8    and that's why you wanted this evaluation of your company's safety

10:51:24  9    management system, correct?

10:51:26 10    A.  I think the four fatalities that we experienced highlighted

10:51:31 11    that.

10:51:31 12    Q.  And in paragraph one, you discuss the management system and

10:51:36 13    what the review will be about the company's management system.  And

10:51:40 14    in paragraph two, management system implementation and safety

10:51:44 15    culture.  That was the focus, right?

10:51:46 16    A.  Yes.

10:51:47 17    Q.  And you limited the study to some degree in paragraph four of

10:51:52 18    your e-mail, still the same exhibit, paragraph four.  No

10:52:03 19    investigation of past incidents.  Did you place that limit?

10:52:06 20    A.  Yes.

10:52:06 21    Q.  No revision of the conclusions reached in past incident

10:52:10 22    investigations.  Correct?

10:52:12 23    A.  Yes.

10:52:12 24    Q.  Limit work to safety, avoid quality, health and environment.

10:52:17 25    Is that right?

10:52:18  1    A.  That's what the document says.

10:52:20  2    Q.  And says it should start ASAP?

10:52:25  3    A.  Yes, that's what the document says.

10:52:26  4    Q.  You at least had clearly identified where you thought the

10:52:28  5    problem lay at Transocean, and that was with its safety management

10:52:31  6    system, correct?

10:52:32  7    A.  As I said, I think the four fatalities we experienced in 92

10:52:38  8    days across different parts of the company involving operations

10:52:41  9    that were wholly under the control of Transocean highlighted that.

10:52:47 10    Q.  And in addition to the four deaths that you have referred to

10:52:49 11    multiple times, you had a problem with high potential incidents,

10:52:53 12    didn't you?

10:52:54 13    A.  We did.

10:52:54 14    Q.  And this is seven months before the *Deepwater Horizon* disaster,

10:53:03 15    something you were very concerned about, correct?

10:53:07 16    A.  Yes.

10:53:07 17    Q.  26035.C, page four.  "Nature and increasing number of high

10:53:18 18    potential incidents we are experiencing across our fleet."  And you

10:53:22 19    were experiencing high potential incidents across the fleet,

10:53:25 20    weren't you?

10:53:26 21    A.  Yes.

10:53:26 22    Q.  You also knew as part of your entire understanding of the

10:53:33 23    safety problems at TO in September of 2009 that TO was probably not

10:53:38 24    using the correct leading indicators, correct?

10:53:42 25    A.   I don't remember that being a specific component of it, but

10:53:48  1   certainly if there was something we could learn that would help us

10:53:53  2   better track the trends and better prevent incidents, I wanted to

10:53:59  3   know that.

10:54:00  4   Q.  26032.2, paragraph three, please.  Your words, "I am not

10:54:07  5   convinced at all that we have the right leading indicators.  The

10:54:10  6   leading indicators we report today are all just different incident

10:54:15  7   metrics.  They have nothing to do with actually preventing

10:54:17  8   incidents."  Were those your words?

10:54:19  9   A.  That's what the document says, yes.

10:54:23 10   Q.  You knew something needed to be done about these safety

10:54:26 11   problems, didn't you, Mr. Newman, because if it was not, the

10:54:30 12   results could be disastrous?  You knew that, didn't you?

10:54:36 13   A.  Yes, I knew as a result of the incidents we were experiencing

10:54:41 14   that we needed to do something.

10:54:42 15   Q.  Otherwise, you may face continued deaths like you had

10:54:46 16   experienced over 92 days, number one, correct?

10:54:49 17   A.  Yes.

10:54:51 18   Q.  Number two, some of these increasing number of high potential

10:54:55 19   incidents may come to fruition, correct?

10:54:59 20   A.  I think sometimes the difference between a high potential

10:55:07 21   incident and an actual injury is nothing more than luck.

10:55:12 22   Q.  Luck?

10:55:15 23   A.  Yeah.  When you have a dropped object, Mr. Cunningham, and it

10:55:20 24   falls, and you didn't anticipate that it would fall and you didn't

10:55:27 25   control for the possibility that it might fall, who is to say it

10:55:31  1   falls harmlessly on the deck versus hitting somebody?

10:55:34  2   Q.  Are you telling us that control of high potential incidents

10:55:40  3   such as what occurred on the *Deepwater Horizon* is a matter of luck?

10:55:44  4   A.  I said that sometimes the difference between a high potential

10:55:50  5   incident and an actual injury, sometimes the difference can be

10:55:55  6   nothing more than luck.

10:55:58  7   Q.  And is that Transocean's safety philosophy?

10:56:01  8   A.  Absolutely not.  Our objective is to prevent incidents, both

10:56:07  9   high potential incidents that don't actually injure anybody and the

10:56:12 10   incidents that do actually injure people.  Our objective is to

10:56:18 11   prevent all incidents.

10:56:18 12   Q.  All of these factors that we just discussed, Mr. Newman, are

10:56:22 13   the reasons that you said in September of 2009 that you wanted

10:56:27 14   something done ASAP, correct?

10:56:31 15   A.  Yes.

10:56:34 16   Q.  There was absolutely no excuse to delay identifying and

10:56:38 17   correcting TO's systemic safety problems, was there?

10:56:43 18   A.  I wanted prompt action.

10:56:46 19   Q.  Who was Bob Long in September of 2009?

10:56:51 20   A.  Bob Long was the chief executive officer of the corporation.

10:56:54 21   Q.  And Bob Long weighed in on these issues also, didn't he, in an

10:56:58 22   e-mail of October 16th, 2009, which was directed to you and other

10:57:03 23   people?  Do you recall that?

10:57:04 24   A.  I do.

10:57:05 25   Q.  26035.E, page one.  At the bottom of the page is Mr. Long

4614

10:57:17　1　writing to you and others, correct?

10:57:19　2　A.　Yes.

10:57:21　3　Q.　And he was suggesting some edits to the document that was going

10:57:25　4　out to your employees, correct?

10:57:27　5　A.　Yes.

10:57:28　6　Q.　And he says, quote, I suggest eliminating that paragraph and

10:57:32　7　changing the one above to say, quote, we must learn why we cannot

10:57:37　8　seem to operate without serious incidents and injury to our people.

10:57:42　9　End quote.　True?

10:57:43　10　A.　That's what the document says.

10:57:45　11　Q.　And he suggested several edits in addition to that, but

10:57:53　12　Mr. Long, the CEO of Transocean, and not just Steve Newman, the

10:57:58　13　president of Transocean, knew about these same systemic safety

10:58:03　14　problems that had been identified in September of 2009, didn't he?

10:58:08　15　A.　I am not sure I can answer as to what Mr. Long knew or didn't

10:58:11　16　know.

10:58:12　17　Q.　Well, he participated in the e-mail discussion about this very

10:58:17　18　subject, didn't he?

10:58:19　19　A.　Yes, he did.

10:58:20　20　Q.　And the other folks involved in this discussion and on these

10:58:25　21　e-mails included Sherry Richard in Houston.　What was her position?

10:58:29　22　A.　Sherry Richard was our senior vice president of human resources

10:58:35　23　and information technology.

10:58:36　24　Q.　How about Adrian Rose, what was his position?

10:58:39　25　A.　Adrian Rose was our vice president of health, safety and

4615

10:58:44  1    environment.

10:58:44  2    Q.  And the three of you and Mr. Long made up a steering committee

10:58:48  3    addressing these safety issues, didn't you?

10:58:50  4    A.  I think -- I believe there were a couple of other individuals

10:58:53  5    on the steering committee as well.

10:58:54  6    Q.  Who else?

10:58:55  7    A.  I think Rob Saltiel was on the steering committee, and Arnaud

10:59:01  8    Bobillier.

10:59:01  9    Q.  And everybody on that steering committee, including CEO

10:59:07  10   Mr. Long and the other individuals you've identified, were involved

10:59:11  11   and knew about and understood that these safety problems existed

10:59:14  12   and needed to be corrected immediately, didn't they?

10:59:17  13   A.  I am not sure I can testify about what other people knew or

10:59:20  14   understood.

10:59:21  15   Q.  Well, when you sat in a meeting and talked about it, did you

10:59:24  16   think they didn't understand what you were talking about?

10:59:28  17   A.  We were all talking about the same thing.

10:59:30  18   Q.  And did you have any indication in any of the meetings when you

10:59:34  19   were talking about high potential incidents that the other

10:59:38  20   executive-level managers at TO that were on this committee didn't

10:59:41  21   know what you were talking about?

10:59:43  22   A.  We were all talking about the same incidents and the same

10:59:46  23   trends and we were reviewing the statistics, and we were asking

10:59:48  24   ourselves what could we do.

10:59:52  25   Q.  And everyone on that committee signed off on an announcement

4616

10:59:57  1   that's memorialized in an e-mail of October 19th from Mr. Rose

11:00:01  2   containing the final version of the announcement that went out to

11:00:05  3   all of your employees, true?

11:00:07  4   A.  I don't know whether everybody else signed off on it.

11:00:10  5   Q.  26053.B, page three.  This is the final version which is going

11:00:16  6   out today.  And the language used in that announcement was similar

11:00:21  7   to what we saw earlier.  Look at page five, third paragraph.  "We

11:00:29  8   must learn why we cannot seem to operate without serious incidents

11:00:33  9   and injury to our people."  Correct?

11:00:36  10  A.  That's what the document says.

11:00:37  11  Q.  And it also contained the language on page four:  "We are

11:00:46  12  deeply concerned about these fatalities, as well as the nature and

11:00:50  13  increasing number of high potential incidents and personnel

11:00:54  14  injuries we are experiencing across our fleet."

11:00:57  15          So the bottom line, Mr. Newman, is that the entire

11:01:00  16  leadership at Transocean had full knowledge of major safety

11:01:07  17  problems at Transocean that could lead to deaths and high potential

11:01:11  18  incidents such as that that occurred on October the 20th of 2010,

11:01:16  19  seven months later; isn't that true?

11:01:17  20  A.  We knew as a result of the incidents we were seeing in our

11:01:22  21  fleet that we had an increasing trend.

11:01:26  22  Q.  Yes, sir.

11:01:27  23  A.  And we wanted to do something about that.

11:01:29  24  Q.  Now, let's talk about these high potential incidents of

11:01:33  25  increasing number that are referred to in the documents we just

4617

11:01:37  1   looked at.  Prominent among those were six separate recorded

11:01:44  2   instances of riser unloading events between December of 2008 and

11:01:50  3   December of 2009, a one-year period; isn't that true?

11:01:53  4   A.  That is a one-year period.

11:01:55  5   Q.  TREX 36070.  This is a document that you discussed during your

11:02:03  6   direct examination.  Well Control Events and Statistics.  You're

11:02:08  7   familiar with that document?

11:02:08  8   A.  Yes.

11:02:09  9   Q.  Let's define a riser unloading event.  Look at page 13,

11:02:16  10  Section 2.2.  Section paragraph.  "From December 2008 until

11:02:24  11  year-end 2009, this type of event occurred six times on Transocean

11:02:29  12  rigs.  It is particularly hazardous due to the uncontrolled release

11:02:34  13  of mud and gas through the rotary table and the potential for

11:02:38  14  ignition, either on the rig floor or further down the flow line in

11:02:43  15  the shaker house."  Did I read that correctly?

11:02:45  16  A.  Yes, you did.

11:02:46  17  Q.  That is the definition of a riser unloading event, isn't it?

11:02:51  18  A.  Broadly speaking, yes.

11:02:54  19  Q.  And it can kill people, can't it?

11:02:57  20  A.  If the hydrocarbons ignite and result in an explosion, that is

11:03:02  21  a risk, yes.

11:03:02  22  Q.  When the riser unloads on the rig floor, if there is an

11:03:06  23  ignition source, you have an explosion, correct?

11:03:09  24  A.  Yes.

11:03:11  25  Q.  Can cause deaths to the men and women on the rig floor,

11:03:16  1  correct?

11:03:17  2  A.  Possibly, yes.

11:03:18  3  Q.  And if not deaths, serious personal injuries; isn't that true?

11:03:21  4  A.  It's possible, yes.

11:03:22  5  Q.  Page seven.  Same document.  Under "Areas for Improvement,"

11:03:33  6  tell me whether I read this correctly.  "The frequency of riser

11:03:36  7  unloading events is the biggest concern with six separate instances

11:03:40  8  recorded (between December 2008 and December 2009).  These can be

11:03:48  9  avoided through the application of fundamental well control

11:03:51 10  practices such as treating every positive indicator as a kick,

11:03:55 11  shutting in quickly and taking returns through the choke whenever

11:04:01 12  in any doubt whatsoever."  Correct?

11:04:04 13  A.  That's what the document says.

11:04:05 14  Q.  The document basically states that these riser unloading events

11:04:11 15  are both avoidable and preventable, doesn't it?

11:04:15 16  A.  It does.

11:04:17 17  Q.  Let's look at one example that you looked at in your direct,

11:04:24 18  and that's the Hulme, is that the way you pronounce it?

11:04:27 19  A.  Hulme.

11:04:28 20  Q.  Hulme?

11:04:28 21  A.  The M.G. Hulme.

11:04:30 22  Q.  05650.  We saw the cover page earlier, you were aware of this

11:04:38 23  shortly after it happened, weren't you?

11:04:40 24  A.  Yes.

11:04:40 25  Q.  Page eight.  Summary of findings.  It's the section on

4619

11:04:46  1   organization, and that's the way it's organized, correct?

11:04:49  2   A.  Yes.

11:04:51  3   Q.  Page ten.  Last bullet under Organization:  "Well control

11:04:59  4   training and well control manual does not adequately cover the

11:05:04  5   procedures for closing in a well during a blowout situation; also,

11:05:10  6   the use of a diverter is not adequately covered."

11:05:15  7        Do you see that?

11:05:16  8   A.  That's what the document says.

11:05:18  9   Q.  That was a finding that Transocean made in March of 2009,

11:05:25  10  13 months before the *Deepwater Horizon* explosion, true?

11:05:29  11  A.  Yes.

11:05:29  12  Q.  Transocean concluded that the well control training and the

11:05:36  13  well control manual -- and those are Transocean things, Transocean

11:05:39  14  documents, correct?

11:05:40  15  A.  The manual is a document.

11:05:43  16  Q.  Or curriculum?

11:05:44  17  A.  The training is a class.

11:05:46  18  Q.  Transocean concluded that their own documents, their own

11:05:51  19  training did not adequately cover the procedures for closing in a

11:05:55  20  well during a blowout, correct?

11:05:58  21  A.  That's what the document says.

11:06:00  22  Q.  Page 14.  Under the section "Transocean Training," "No specific

11:06:14  23  training given for handling a kick in the riser and a lack of

11:06:20  24  explanation about the proper use of the diverter."

11:06:24  25        That's an astounding admission in March of 2009, isn't

4620

11:06:29  1    it, Mr. Newman?

11:06:32  2    A.   That's what the document says.

11:06:33  3    Q.   I understand that's what it says.  That is an astounding

11:06:37  4    admission on the part of a company that claims to be the leading

11:06:41  5    driller in the world, isn't it?

11:06:43  6    A.   It is a conclusion from the M.G. Hulme investigation.

11:06:49  7    Q.   Won't you agree with me that it is an astounding admission?

11:06:53  8    A.   I don't know what your definition of "astounding" is.

11:06:56  9    Q.   The plain old English definition.

11:06:59 10    A.   It's a finding from the M.G. Hulme investigation.

11:07:03 11    Q.   Page 19.  And we looked at this briefly, but I want to talk

11:07:11 12    about it a little more.  At the end of this report, there are

11:07:16 13    recommendations, correct, about what can we do to make sure we

11:07:21 14    correct this problem, true?

11:07:23 15    A.   Yes.

11:07:23 16    Q.   And one is "Well control reference material and training should

11:07:28 17    adequately cover the use of the diverter and what to do in the case

11:07:33 18    of the riser unloading."  Did I read that right?

11:07:36 19    A.   Yes, you did.

11:07:37 20    Q.   "The well control curriculum should be updated to include

11:07:42 21    scenarios such as riser unloading and the proper use of the

11:07:45 22    diverter.  The well engineering group should evaluate a change to

11:07:50 23    the well control manual to ensure adequate information is available

11:07:54 24    to users."  Did I read that correctly?

11:07:57 25    A.   Yes, you did.

11:07:58   1   Q.  So this is in March of 2009.  You had a year before April 2010,

11:08:09   2   and you were asked whether or not the manual was revised.  Do you

11:08:14   3   recall being asked that?

11:08:15   4   A.  Yes.

11:08:15   5   Q.  I want to ask you a different question.  Tell Judge Barbier

11:08:20   6   whether or not the well control manual was revised before

11:08:26   7   April 20th, 2010.

11:08:26   8   A.  I believe that it was.

11:08:28   9   Q.  252, line 13 of Mr. Newman's deposition.  Pull out the question

11:08:48  10   at line 13 down through 15.  Your answer at your deposition -- and

11:08:58  11   this was back in 2011 when your recollection would be fresher one

11:09:03  12   would think, your answer was, "It was not revised before the

11:09:07  13   *Deepwater Horizon* blowout."  Isn't that correct?

11:09:10  14           MR. BRIAN:  Objection, misstates the testimony.

11:09:13  15           THE COURT:  Why don't you read the exact question and

11:09:15  16   answer.

11:09:15  17   BY MR. CUNNINGHAM:

11:09:16  18   Q.  Question:  "Was it revised before April 20th, 2010?"  And your

11:09:19  19   answer:  "I don't believe so."

11:09:21  20   A.  That's what the document says.

11:09:28  21   Q.  And as a matter of fact, later in your deposition when you were

11:09:31  22   asked about what had been done since the event occurred, you then

11:09:36  23   stated as one of the things that had been done that you had updated

11:09:39  24   your well control manual, didn't you?

11:09:42  25   A.  I believe that's the case, yes.

4622

11:09:43 1   Q.  It was done after the *Deepwater Horizon* blowout and not before,

11:09:49 2   isn't that true, Mr. Newman?

11:09:51 3   A.  I believe as a result of information I've been shown in

11:09:56 4   conjunction with this litigation that it was updated before and

11:09:59 5   after.

11:10:00 6   Q.  Okay.  So you've been shown something since you gave your sworn

11:10:04 7   testimony at deposition that leads you to believe it was revised

11:10:08 8   before April 20th?

11:10:09 9   A.  Yes.

11:10:09 10  Q.  I guess we will see whatever that is.  We've looked and haven't

11:10:13 11  found it.  Can you identify --

11:10:15 12          MR. BRIAN:  Objection.  That's argumentative.

11:10:17 13          THE COURT:  Okay.  I sustain the objection.  Ask a

11:10:21 14  question.

11:10:21 15  BY MR. CUNNINGHAM:

11:10:22 16  Q.  Can you identify the document you're referring to and the

11:10:26 17  revision date?

11:10:27 18  A.  I don't have it with me, no.

11:10:28 19  Q.  I am not asking you if you have it with you.  Can you identify

11:10:31 20  the document and the revision date?  You've looked at it

11:10:36 21  apparently?

11:10:36 22  A.  Yeah.  But honestly, Mr. Cunningham, I've looked at a lot of

11:10:40 23  documents.

11:10:40 24  Q.  You were the chief operating officer at the time of the *Hulme*

11:10:47 25  event in March of 2009, correct?

4623

11:10:50  1    A.  In March of 2009, yes, sir.

11:10:53  2    Q.  And as the chief operating officer you were responsible for

11:10:56  3    review of critical incidents with line management to ensure that

11:11:01  4    appropriate lessons are learned and adequate action plans are

11:11:04  5    implemented; isn't that true?

11:11:05  6    A.  I believe that was one of my responsibilities, yes, sir.

11:11:07  7    Q.  You didn't do anything to specifically disseminate the lessons

11:11:14  8    learned from the *Hulme* event in your role as COO, did you?

11:11:18  9    A.  As COO or today as CEO, you know, I have a staff of executives

11:11:25  10   that I rely on that have specific responsibilities.  And as COO,

11:11:30  11   that would not have been my individual responsibility, I would have

11:11:34  12   had others that would do that.

11:11:37  13   Q.  The question I asked before this question was whether or not

11:11:40  14   you were responsible for review of critical incidents and

11:11:44  15   responsible to ensure appropriate lessons learned and adequate

11:11:48  16   action plans were implemented, and I thought you said that was

11:11:51  17   true?

11:11:52  18   A.  That was one of my responsibilities.

11:11:53  19   Q.  But with respect to what you learned and you were aware of the

11:11:57  20   *Hulme* event, you do not recall anything specifically about

11:12:01  21   disseminating lessons learned, true?

11:12:04  22   A.  I think your question was:  Did I do anything individually

11:12:09  23   myself, and my answer to that is:  I would have had other people

11:12:13  24   that would do that.

11:12:14  25   Q.  Well, the fact of the matter is that Transocean continued after

11:12:23  1   March and the *Hulme* event to have more riser unloading events as we

11:12:29  2   defined earlier through 2009, didn't you?

11:12:33  3   A.  I don't remember the exact sequence of other events, but

11:12:36  4   because the *Hulme* event took place in March, it's entirely possible

11:12:40  5   we could have had additional events in 2009.

11:12:43  6   Q.  Right.  It wouldn't be reasonable to believe that all six

11:12:46  7   events occurred in January through March, would it?  They were

11:12:49  8   spread out, and so we know that after this safety problem was

11:12:54  9   identified in March and after the recommendation was made to change

11:12:59  10  the well control manual, among other things, there continued to be

11:13:04  11  riser unloading events, didn't there?

11:13:06  12  A.  Yes.

11:13:07  13  Q.  And that was part of the increasing trend that you referred to

11:13:09  14  in September of '09, correct?

11:13:11  15  A.  I don't know whether in September of 2009 I had in my mind the

11:13:17  16  specific case of riser unloading events when I referred to an

11:13:22  17  increasing trend of high potential incidents.

11:13:24  18  Q.  And, Mr. Newman, Transocean had identified gas in the riser as

11:13:31  19  a major hazard accident risk or major accident hazard risk; isn't

11:13:38  20  that true?

11:13:38  21  A.  Yes.

11:13:39  22  Q.  Not only across the fleet, but specifically on the *Deepwater*

11:13:44  23  *Horizon*, correct?

11:13:46  24  A.  I believe that that probably would have been part of the

11:13:50  25  *Deepwater Horizon*'s major accident hazard risk assessment.

4625

11:13:53  1   Q.  02188.  Cover page.  I think we may have seen this during your

11:13:59  2   exam earlier today.  This is the 2004 Major Accident Hazard Risk

11:14:05  3   Assessment for the *Deepwater Horizon*.  Correct?

11:14:08  4   A.  Yes.  That's what the document says.

11:14:10  5   Q.  Page 4777.  And this document identified both the hazard, gas

11:14:28  6   in the riser, the consequences of gas in the riser, the preventions

11:14:34  7   and the mitigations; isn't that true?

11:14:36  8   A.  Yeah.  That is the general structure of a major accident hazard

11:14:42  9   risk assessment is to identify the hazards, identify the

11:14:46  10  consequences, and then identify the -- both the preventive controls

11:14:51  11  that would prevent the incident from occurring and the mitigating

11:14:54  12  controls that would mitigate the consequences of the incident from

11:14:58  13  occurring.

11:14:59  14  Q.  And the consequences include, at the top, possible ignition at

11:15:05  15  the surface with fire and/or explosion, true?

11:15:08  16  A.  That's what the document says.

11:15:10  17  Q.  And that's what happened on the *Deepwater Horizon*, isn't it?

11:15:12  18  A.  Yes.

11:15:13  19  Q.  And when the *Deepwater Horizon* event occurred, that would be

11:15:19  20  No. 7 in riser unloading events for Transocean, wouldn't it?

11:15:24  21  A.  Are you referring to a specific time period?

11:15:28  22  Q.  I am referring to the fact that there had already been six, and

11:15:33  23  when the *Deepwater Horizon* occurred that was No. 7, wasn't it?

11:15:36  24  A.  From -- counting from December of 2008?

11:15:41  25  Q.  So if you count from December of 2008 until April of 2010,

11:15:45  1   that's 16 months, correct?

11:15:47  2   A.  Yes.

11:15:47  3   Q.  And Transocean had had seven riser unloading events culminating

11:15:54  4   with the *Deepwater Horizon* in a period of 16 months, correct?

11:15:57  5   A.  Yes.

11:15:58  6   Q.  That's an average of little less than two a month -- or

11:16:03  7   correction, one every two months, isn't it?

11:16:06  8   A.  Yes.

11:16:07  9   Q.  And another consequence is possible major structural damage and

11:16:15  10  that's what we had on the *Deepwater Horizon*, isn't it?

11:16:18  11  A.  Without the ability to inspect the *Deepwater Horizon*, I don't

11:16:23  12  know if we can reach that conclusion.

11:16:25  13  Q.  You don't know if you can conclude whether or not there was

11:16:29  14  major structural damage to the *Deepwater Horizon*?

11:16:31  15  A.  I know there was damage to the *Deepwater Horizon*.

11:16:35  16  Q.  Another consequence is possible loss of the riser, that

11:16:39  17  occurred in the *Deepwater Horizon*, didn't it?

11:16:42  18  A.  As a result of the vessel sinking, yes.

11:16:44  19  Q.  Possible environmental impact, that occurred on the *Deepwater*

11:16:48  20  *Horizon*, didn't it?

11:16:50  21  A.  Yes.

11:16:50  22  Q.  Possible injury to personnel, that certainly occurred, didn't

11:16:55  23  it?

11:16:55  24  A.  Yes.

11:16:56  25  Q.  Possible fatalities, that certainly occurred, didn't it?

11:17:00  1    A.  Yes.

11:17:01  2    Q.  So, Mr. Newman, we know that Transocean had full knowledge of

11:17:09  3    the hazard of gas in the riser, true?

11:17:11  4    A.  Yes.

11:17:12  5    Q.  Full knowledge of the consequences, true?

11:17:16  6    A.  Yes.

11:17:16  7    Q.  And then we have the preventions, and we see what the

11:17:20  8    preventions are.  It's good drilling practices, correct?

11:17:24  9    A.  That's what the document says.

11:17:25 10    Q.  Instrumentation and indication of well status, correct?

11:17:29 11    A.  That's what the document says.

11:17:31 12    Q.  Subsea isolation equipment?

11:17:33 13    A.  That's what the document says.

11:17:34 14    Q.  Training in well control including required drills, correct?

11:17:37 15    A.  That's what the document says.

11:17:39 16    Q.  So Transocean had full knowledge of the hazard, it had full

11:17:43 17    knowledge of the consequences, and it had full knowledge of how to

11:17:47 18    prevent an event such as that, correct?

11:17:50 19    A.  We had conducted the major accident hazard risk assessment on

11:17:56 20    the *Deepwater Horizon* --

11:17:56 21    Q.  And it had this knowledge --

11:17:58 22         MR. BRIAN:  I'm sorry, your Honor, I don't know if he

11:18:00 23    finished his answer.

11:18:01 24         MR. CUNNINGHAM:  Sorry, I didn't know you weren't

11:18:03 25    through.

4628

11:18:03  1              THE WITNESS:  And as a result of that exercise on the

11:18:05  2   *Deepwater Horizon*, we had identified the hazard, we had identified

11:18:09  3   the consequences of the hazard, and we had identified the

11:18:12  4   preventive controls and the mitigating controls.

11:18:12  5   BY MR. CUNNINGHAM:

11:18:15  6   Q.  And you had identified all of that six years before the

11:18:20  7   *Deepwater Horizon* blowout; isn't that correct?

11:18:24  8   A.  On the *Deepwater Horizon*, yes.

11:18:25  9   Q.  And for at least one year before the blowout, TO knew with

11:18:34 10   certainty that it had a problem with one of the key preventions,

11:18:39 11   that is, quote -- I am quoting from your documents, "fundamental

11:18:43 12   well control practices," didn't it?

11:18:46 13   A.  That was the conclusion that -- that was the conclusion that

11:18:56 14   the well construction group had reached in their 2009 annual

11:19:00 15   report.

11:19:00 16   Q.  The 2009 report being the *Hulme* report, 13 months before the

11:19:08 17   *Deepwater Horizon* blowout?

11:19:09 18   A.  Yes, it came out of the *Hulme* -- originally, came out of the

11:19:15 19   *Hulme* investigation.

11:19:15 20   Q.  Now, Mr. Newman, one thing we can be certain of is that these

11:19:27 21   failures, seven of them that we've cataloged now, were not because

11:19:33 22   the drill crews intended them to happen, were they?

11:19:36 23   A.  No.

11:19:38 24   Q.  They were because somebody didn't know what they didn't know;

11:19:46 25   isn't that true?

11:19:47  1   A.  I am not sure you can make that statement regarding every

11:19:52  2   particular incident.

11:19:53  3   Q.  Well, they were not equipment failures, were they?

11:19:58  4   A.  No, they were not equipment failures.

11:20:01  5   Q.  They were human error, weren't they?

11:20:05  6   A.  Yes.

11:20:11  7   Q.  And while they can be avoided, they were not, you concluded in

11:20:16  8   September of 2009, being avoided.  And you and the other executives

11:20:22  9   at TO knew that TO had a systemic problem with fundamental well

11:20:30 10   control practices, didn't you?

11:20:32 11   A.  I think what we were focused on in September of 2009 was the

11:20:38 12   92-day period in which we had experienced four fatalities.

11:20:42 13   Q.  Well, Mr. Newman, given the state of your knowledge in

11:20:48 14   September of 2009, that's not the only thing you should have been

11:20:52 15   focused on, is it?

11:20:54 16           MR. BRIAN:  Objection, argumentative.

11:20:55 17           THE COURT:  Overruled.

11:20:56 18           THE WITNESS:  Initially, in September of 2009 the

11:21:03 19   preeminent problem in my mind on the basis of four fatalities in 92

11:21:09 20   days was stopping fatalities.

11:21:12 21   BY MR. CUNNINGHAM:

11:21:12 22   Q.  And so that's why when you issued the safety stand down, it

11:21:17 23   dealt with issues of personal safety, THINK plans, START plans,

11:21:22 24   dropped objects, that's why your stop work order dealt with those

11:21:27 25   issues, isn't it?

4630

1  A.  That was the focus was the safety culture on the rig.  And the

2  safety culture is present in the engine room, it's present on the

3  pipe deck, and it's present on the drill floor.  And it forms the

4  foundation for how the driller manages the drill floor.

5  Q.  You had a unique opportunity when you issued your stop work

6  order to address not only the personal safety issue with the four

7  fatalities, but the process safety issue with a failure of

8  fundamental well control and the problem you had with gas in the

9  riser events, didn't you?

10  A.  I was focused on addressing the safety practices on the rig.

11  Q.  You had the opportunity, Mr. Newman, you say you have onboard

12  training, correct?

13  A.  Yes, sir.

14  Q.  Electronically.  You have rooms where you train people?

15  A.  Yes, every rig has a training room.

16  Q.  You had a unique opportunity in September of 2009 to take

17  immediate and decisive action to address the issue of one

18  fundamental lack of well control fundamental misunderstanding,

19  whatever it was; and two, the danger of gas in the riser events,

20  didn't you?

21  A.  I took prompt action in response to the four fatalities.

22  Q.  Mr. Newman, you could have issued an order that said, "In

23  48 hours I want a video that I am going to start by saying, 'Ladies

24  and gentlemen of Transocean, we have a serious problem with well

25  control and gas in the riser.  I am worried about a major

11:23:12  1   catastrophe occurring, and I want you to listen to what's coming in

11:23:15  2   this video.'"  You could have done that, couldn't you?

11:23:18  3   A.  I could have.

11:23:18  4   Q.  And then you could have a primer or refresher course, whatever

11:23:23  5   you want to call it, on fundamental well control practices that

11:23:26  6   took up the next hour of that video.  You could have done that,

11:23:30  7   couldn't you?

11:23:30  8   A.  Could have.

11:23:31  9   Q.  And then you could have spent another 30 minutes and presented

11:23:35 10   evidence or testimony about the significance of the six riser

11:23:39 11   unloading events that you had had and your concern for making sure

11:23:43 12   it didn't happen again.  You could have done that, couldn't you?

11:23:46 13   A.  I could have.

11:23:47 14   Q.  And you gave tests on the personal safety issues.  You could

11:23:51 15   have ordered that everybody with responsibility for drilling

11:23:56 16   operations take a comprehension test to show they understand what

11:24:00 17   they've just been told, and if they don't pass it, they don't

11:24:04 18   participate in drilling.  You could have done that, couldn't you?

11:24:06 19   A.  I could have.

11:24:18 20   Q.  But instead, you commissioned a study, the Lloyd's study,

11:24:24 21   right?

11:24:25 22   A.  In addition to a couple of other activities, we did commission

11:24:28 23   the study with Lloyd's.

11:24:31 24   Q.  And instead of being done ASAP, you never even received the

11:24:37 25   report from Lloyd's until March of 2010, correct, for North America

4632

11:24:44  1  in the form of a PowerPoint?

11:24:47  2  A.  If you think about the exercise that we asked Lloyd's to

11:24:50  3  undertake, we asked Lloyd's to visit a number of drilling rigs

11:24:56  4  across the Transocean fleet, and we wanted to use a small number of

11:25:00  5  Lloyd's personnel so that we wouldn't have different assessors

11:25:05  6  visiting different rigs resulting in the possibility of assessor

11:25:11  7  bias.  And so the opportunity to visit these rigs around the world

11:25:17  8  requires logistic planning, it requires the assessors to have the

11:25:22  9  appropriate visas, it requires close coordination with our customer

11:25:26 10  to get transportation offshore.

11:25:28 11         And so we asked Lloyd's to do that and, you know, I

11:25:32 12  didn't want to impose any kind of artificial time line on Lloyd's

11:25:36 13  other than the general sense of urgency that I wanted it done

11:25:40 14  quickly.

11:25:41 15  Q.  05482.  This is the Lloyd's Register presentation that you

11:25:48 16  looked at earlier, I believe?

11:25:49 17  A.  Yes.

11:25:50 18  Q.  March 26th, 2010, in Houston, less than a month before the

11:25:55 19  *Deepwater Horizon*, correct?

11:25:56 20  A.  Yes.

11:25:57 21  Q.  And six months after you asked the question about what are we

11:26:01 22  going to do and said you wanted it done ASAP, right?

11:26:06 23  A.  That's --

11:26:06 24  Q.  Six months later?

11:26:08 25  A.  That's the time line.

4633

11:26:09  1    Q.  And what you learned -- isn't it true, Mr. Newman, you and the

11:26:14  2    executive management at TO, what you learned is what you already

11:26:17  3    knew, that you had a serious problem with your safety management

11:26:21  4    system; isn't that correct?

11:26:23  5    A.  I think the benefit of the Lloyd's exercise was that they did

11:26:27  6    identify areas where we could improve.

11:26:29  7    Q.  Let's look at some of the things you learned less than one

11:26:33  8    month before the *Deepwater Horizon* blowout.  Page 6, "Perceived

11:26:43  9    Weakness, Common Themes."  I am not going to read them all.  "Hard

11:26:48 10    to keep up with the Safety Management System."  "It needs to be

11:26:50 11    simple and direct and it's not."

11:26:51 12            Page seven.  "Perceived Weakness, Common Themes:

11:26:59 13    Application of risk management processes, lack of clarity on

11:27:04 14    rig-specific H&S risk management procedures."  That's important,

11:27:08 15    isn't it?

11:27:09 16    A.  Yes.

11:27:10 17    Q.  Page 10, "Supervisors felt that younger crews weren't good at

11:27:23 18    hazard awareness...younger crews thought they were competent."

11:27:26 19    That's a big problem, isn't it?

11:27:28 20    A.  Well, as I discussed with Mr. Brian, I think the general almost

11:27:36 21    unanimous response from our rig crews was they felt like we gave

11:27:39 22    them the training and resources necessary to carry out their jobs

11:27:42 23    safely.  I think the supervisors' response to that was that there

11:27:48 24    are times the younger crews, because of their lack of experience,

11:27:51 25    they haven't seen everything that a supervisor might have seen

4634

11:27:54  1    during his career.  And as a result, the supervisors clearly

11:27:59  2    identified what you would expect them to identify, that sometimes

11:28:02  3    younger crews haven't seen everything and done everything and don't

11:28:05  4    have the benefit of years and years of experience.

11:28:08  5            So while we provided them with the training and resources

11:28:11  6    that they believed they need, the supervisors understand that we

11:28:16  7    can't train and provide everything that an individual might need

11:28:20  8    that compliments the experience and the knowledge base and the

11:28:25  9    skill set that a supervisor accumulates over the course of his

11:28:29 10    career.

11:28:29 11    Q.  Last bullet, "lack of hazard awareness prevents TOFS."  What is

11:28:34 12    that?

11:28:35 13    A.  TOFS is Time Out For Safety.  That's our stop work authority.

11:28:41 14    Q.  Mr. Newman, this report was rendered in Houston on March the

11:28:45 15    26th.  These hazard awareness identification problems still existed

11:28:53 16    on April the 20th, less than a month later, on the *Deepwater*

11:28:57 17    *Horizon*, didn't it?

11:28:58 18    A.  Well, I think the issues that Lloyd's identified were not

11:29:05 19    easily fixed overnight.  And so as a result of the Lloyd's

11:29:10 20    exercise, we set out to address the points that Lloyd's had

11:29:13 21    identified, the opportunities for improvement that Lloyd's had

11:29:16 22    communicated to us.  That's why we undertook the Lloyd's exercise.

11:29:20 23    Q.  Nobody made Transocean wait until September of 2009 to engage

11:29:26 24    Lloyd's to do a study, did they?

11:29:28 25    A.  Lloyd's was only the September 2009 action that the company

4635

```
11:29:35   1    took to learn and to improve the practice of safety.  The company
11:29:42   2    started that with me the day I joined.
11:29:45   3    Q.  Mr. Newman, nobody made Transocean wait until September of 2009
11:29:53   4    to engage Lloyd's to study its safety management system, did they?
11:29:57   5    A.  The September 2009 engagement with Lloyd's came on the heels of
11:30:02   6    the four fatalities.  Over the course of my career, I've been
11:30:06   7    involved in a number of instances where I sought outside help,
11:30:12   8    where I looked for opportunities to improve.  The September 2009
11:30:17   9    exercise with Lloyd's was just one more example of that.
11:30:20  10    Q.  Page 11, "Perceived Weakness, Common Themes:  Constant
11:30:31  11    beach-driven change, systems and process change, people and
11:30:35  12    organizational change.  No questions, no discussions.  We are told
11:30:40  13    to suck it up and do it."  Do you see that?
11:30:44  14    A.  That's what the document says.
11:30:45  15    Q.  So without going through all of the details of what Lloyd's
11:30:51  16    concluded, what you found was that the safety problems that you
11:30:56  17    knew existed in September of 2009 still existed at the end of the
11:31:04  18    Lloyd's stay; isn't that true?
11:31:07  19    A.  What Lloyd's did, again, they visited a number of drilling
11:31:10  20    rigs, they talked to a number of our people, and they identified
11:31:13  21    gaps.
11:31:15  22    Q.  And the Lloyd's study, Mr. Newman, was finalized and produced
11:31:22  23    to Transocean in its final form when?
11:31:24  24    A.  I don't remember the exact date we received it.
11:31:29  25    Q.  It was July of 2010, wasn't it?
```

4636

11:31:33  1    A.  If you have a document that's got that date on it, I can

11:31:38  2    confirm the date on the document.

11:31:40  3    Q.  Now, Lloyd's also concluded where all of these problems could

11:32:02  4    be traced to within the corporate chain of command, didn't it?

11:32:08  5    A.  Oh, I'm not sure -- I'm not sure I needed Lloyd's to tell me

11:32:14  6    that, ultimately, the performance of the fleet was the, at the end

11:32:18  7    of the day, the responsibility of the chief operating officer.

11:32:21  8    Q.  929, 00929, page 12.  Tell me whether I read this correctly:

11:32:33  9    "Many of the primary issues can typically be traced back to

11:32:37 10    practices and policies that originate at divisional and/or

11:32:42 11    corporate levels."  Did I read that correctly?

11:32:45 12    A.  Yes, you did.

11:32:46 13    Q.  Lloyd's further found that a "fundamental lack of hazard

11:32:52 14    awareness," next line from the bottom, "underpins many of the

11:32:57 15    issues in the North America division," true?

11:33:00 16    A.  That's what the document says.

11:33:02 17    Q.  And that divisional or corporate level is the same group of

11:33:07 18    people that we discussed earlier that knew about these systemic

11:33:12 19    safety problems, including the increasing trend in riser unloading

11:33:17 20    events, isn't it?

11:33:18 21    A.  Policies and procedures that originated at the division end or

11:33:25 22    corporate levels, that would be the policy making function of the

11:33:28 23    corporation.  And typically, that policy making function is done by

11:33:33 24    the subject matter experts.  And in the case of -- the particular

11:33:38 25    case of well control, the subject matter experts who make that

11:33:42  1   policy would be the same individuals who track the performance of

11:33:46  2   the fleet in terms of well control events.

11:33:49  3   Q.  I am not sure I understood, so I am going to ask it again.

11:33:55  4   Divisional or corporate levels includes the levels in which the

11:34:00  5   individuals that we discussed earlier, who were part of the group

11:34:03  6   that looked at the safety problems, they're part of the divisional

11:34:08  7   and corporate levels, aren't they?

11:34:10  8   A.  Yes, they are.

11:34:11  9   Q.  Mr. Newman, given all of the information that Transocean had in

11:34:25  10  its possession beginning before March of 2009, a year before the

11:34:32  11  *Deepwater Horizon*, right up to the time of the event, what occurred

11:34:37  12  on the 20th was very, very, predictable, wasn't it?

11:34:41  13  A.  It was certainly preventable.

11:34:44  14  Q.  I am just about through.  I want to discuss one final subject

11:34:55  15  with you.

11:34:56  16          MR. CUNNINGHAM:  Your Honor, can I approach that pad over

11:34:58  17  there?

11:34:58  18          THE COURT:  Yes.

11:35:04  19  BY MR. CUNNINGHAM:

11:35:05  20  Q.  Now, the senior TO person on the rig is the OIM?

11:35:10  21          THE COURT:  Do you have the mic on you, Mr. Cunningham?

11:35:13  22          MR. CUNNINGHAM:  No, sir, I don't.  I'm too loud if I

11:35:15  23  have the mic on.

11:35:17  24          THE COURT:  I didn't realize until you walked away that

11:35:19  25  you didn't have it on.

4638

```
11:35:23   1              MR. CUNNINGHAM:  Believe me, I understand my problem.
11:35:25   2              MR. BRIAN:  Your Honor, I'm sure you view that as a
11:35:28   3   compliment as I do.  Do you mind if I relocate?
11:35:31   4              THE COURT:  No, that's fine.
11:35:51   5   BY MR. CUNNINGHAM:
11:35:51   6   Q.  The OIM is the top TO person on the rig, right?
11:35:55   7   A.  Yes.
11:35:55   8   Q.  Now, what management layers are there between the OIM and the
11:36:01   9   CEO?
11:36:04  10   A.  I suppose you're asking at the time of the accident?
11:36:08  11   Q.  Yes, sir.
11:36:09  12   A.  OIM would report to a rig manager.
11:36:12  13   Q.  Okay.  So it would be --
11:36:14  14   A.  Do you want me to count them or list them off?  What do you
11:36:17  15   want to do?
11:36:17  16   Q.  I kind of just want to get a flavor for how many layers of the
11:36:20  17   corporate management there are between the CEO and OIM.
11:36:23  18   A.  Rig manager, operations manager, general manager, division
11:36:29  19   manager --
11:36:33  20   Q.  After ops manager, division manager?
11:36:35  21   A.  I'm sorry.  General manager, division manager, COO, CEO.
11:36:50  22   Q.  Okay.  And that COO in 2010 was who?
11:36:54  23   A.  The COO in 2010?
11:36:57  24   Q.  Yes.
11:36:58  25   A.  Would have been Ihab, I-H-A-B, Toma, T-O-M-A.
```

4639

11:37:10  1    Q.  I want to talk about this group of people off the rig that

11:37:14  2    you've described as the management layers, okay?

11:37:18  3    A.  Yes.

11:37:18  4    Q.  I don't want to talk about anybody on the rig.

11:37:21  5    A.  Okay.

11:37:22  6    Q.  We've heard about the guilty plea and we heard that Transocean

11:37:26  7    believes that the negative test wasn't handled right by their

11:37:30  8    people.  Those are the folks on the rig, right?

11:37:33  9    A.  That's what we agreed to in the factual allocution.

11:37:37  10   Q.  Right.  So what I want to do with you is I want to know --

11:37:42  11   would like for you to tell the Court what management level failures

11:37:47  12   there were that caused or contributed to the blowout.  Not rig

11:37:52  13   level, management level, on any of those management levels that you

11:37:56  14   outlined for me.

11:37:59  15          MR. BRIAN:  I am going to object to the form of the

11:38:01  16   question.

11:38:02  17          THE COURT:  Overruled.

11:38:04  18          THE WITNESS:  I think the general responsibility of

11:38:07  19   management is to clarify expectation, put in place a system of

11:38:13  20   expectations, and then hire people who are competent to carry out

11:38:17  21   those expectations and then track performance and intervene where

11:38:24  22   necessary.

11:38:24  23   BY MR. CUNNINGHAM:

11:38:24  24   Q.  Okay.  Let me try it again.  I don't want to know what the

11:38:29  25   duties and responsibilities of management are.  I'm asking you, now

11:38:33  1   that you've had three years since this disaster occurred, tell us

11:38:38  2   what management level failures Transocean has identified that

11:38:44  3   caused or contributed to the blowout?

11:38:46  4   A.  Well, we've done a lot of things since the blowout.  You know,

11:38:51  5   we have put in place a procedure for conducting a negative pressure

11:38:56  6   test that did not exist at the time of the accident.

11:38:59  7   Q.  Not my question.  My question is:  Please identify, now that

11:39:04  8   you've had three years, what management level failures Transocean

11:39:10  9   has become aware of that caused or contributed to the blowout?

11:39:15 10        MR. BRIAN:  I am going to object to that.  Assumes a fact

11:39:17 11   not in evidence.  It's argumentative.

11:39:19 12        THE COURT:  Overruled.

11:39:20 13        THE WITNESS:  If I go back to the broad responsibilities

11:39:23 14   of management, I believe we had a system in place, a management

11:39:26 15   system, including the well control manual, that had all of the

11:39:30 16   guidance and procedure our people needed.  I believe we had

11:39:34 17   competent managers, competent personnel carrying out our drilling

11:39:39 18   operations.  And I believe we were tracking information and taking

11:39:44 19   action where that information indicated a difference in our

11:39:48 20   expected results versus our actual result.

11:39:50 21   BY MR. CUNNINGHAM:

11:39:50 22   Q.  Okay.  So can I conclude, then, from your answer that insofar

11:39:55 23   as any management failures that Transocean has identified that

11:39:58 24   caused or contributed to the spill, that the answer is zero?

11:40:02 25   A.  I think we've learned a lot in terms of what we could have had

4641

11:40:07 1    in place at the time of the accident as a result of the

11:40:11 2    comprehensive investigation we carried out and all of the

11:40:15 3    investigation material and information we've had the opportunity to

11:40:19 4    review, and we've made a lot of changes since then.

11:40:21 5    Q.  Well, the comprehensive investigation that Transocean did

11:40:26 6    doesn't say a single word about any management failure at all, does

11:40:32 7    it?

11:40:33 8    A.  If I go back to the three responsibilities of management, I

11:40:38 9    think we had a good system in place, I think we had good people and

11:40:41 10   I think we were acting on the information we saw.

11:40:44 11   Q.  So you have identified no management failures that caused or

11:40:49 12   contributed to the blowout?

11:40:50 13   A.  No.

11:40:53 14          THE COURT:  I'm sorry, I didn't hear your answer, sir.

11:40:56 15   Is the answer no?

11:40:58 16          MR. CUNNINGHAM:  No.

11:40:59 17          THE WITNESS:  I said no.

11:40:59 18          THE COURT:  No, meaning you agreed with his question?

11:41:02 19          THE WITNESS:  I believe that management --

11:41:04 20          THE COURT:  I just wanted to hear your answer.  Was your

11:41:07 21   answer no?

11:41:08 22          THE WITNESS:  My answer no.

11:41:11 23          THE COURT:  Does that mean that you agreed with the

11:41:12 24   question?  The question was -- let me get to the question.  I just

11:41:19 25   didn't hear your answer.

11:41:20  1          "So you have identified no management failures that

11:41:35  2   caused or contributed to the blowout?"  And your answer was "no,"

11:41:38  3   meaning you have identified none, is that correct?  I just want to

11:41:43  4   understand your last answer.

11:41:44  5          THE WITNESS:  No, we have not identified any management

11:41:46  6   failures within the responsibility of management.

11:41:49  7          THE COURT:  Okay.

11:41:50  8          THE WITNESS:  We have a system in place, and I have

11:41:52  9   competent people and track the performance.

11:41:54 10          MR. CUNNINGHAM:  No further questions, your Honor.

11:41:56 11          THE COURT:  Okay.  Thank you.  All right.  United States.

11:41:59 12          MS. CHANG:  United States has no questions, your Honor.

11:42:03 13          THE COURT:  Alabama.

11:42:04 14          MR. MAZE:  Yes, your Honor.

11:42:07 15                     CROSS-EXAMINATION

11:42:08 16   BY MR. MAZE:

11:42:28 17   Q.  Corey Maze, State of Alabama for cross-examination.

11:42:32 18          Mr. Newman, on April the 20th, 2010, you were CEO of

11:42:36 19   Transocean, correct?

11:42:36 20   A.  Yes.

11:42:37 21   Q.  And because of that, you were head of safety at Transocean.

11:42:39 22   The buck stops with you for safety, correct?

11:42:42 23   A.  As the CEO of Transocean, the buck for everything stops with

11:42:49 24   me, including safety.

11:42:50 25   Q.  Did I understand you to testify earlier to Mr. Brian that under

11:42:57  1   your contract with BP, BP had the primary responsibility for

11:43:02  2   implementing safety management on the *Deepwater Horizon*?

11:43:05  3   A.  I don't believe that was my testimony.

11:43:07  4   Q.  Okay.  Who did have primary responsibility?

11:43:10  5   A.  For managing safety on the rig?

11:43:13  6   Q.  Correct.

11:43:13  7   A.  Transocean has responsibility for managing safety on the rig.

11:43:18  8   Rig based --

11:43:19  9   Q.  Please.

11:43:20  10  A.  Rig-based activities are -- the safety of those rig-based

11:43:24  11  activities are our responsibility.

11:43:25  12  Q.  Right.  And I would assume that by having primary

11:43:28  13  responsibility, as you're pointing out, you don't have sole

11:43:31  14  responsibility?

11:43:31  15  A.  No.

11:43:32  16  Q.  Would you agree with me that someone must be responsible for

11:43:40  17  managing all risks, whether they're on the rig or in the boardroom?

11:43:45  18  A.  I am not sure I follow -- if you're carrying out a task and

11:43:54  19  that task involves risks, yes, somebody has to be responsible for

11:43:57  20  managing that risk, yes.

11:43:58  21  Q.  Under your agreement with BP, if there is a gap or a conflict

11:44:04  22  in a risk, isn't it true that you work out that conflict with BP

11:44:10  23  safety system?

11:44:11  24  A.  If by "agreement" you mean contract --

11:44:14  25  Q.  Yes, I do.

4644

11:44:15  1    A.   -- and if there is a difference between our safety management

11:44:20  2    system and BP's safety management system, there is a requirement

11:44:24  3    that a bridging document be developed that bridges that gap.

11:44:28  4    Q.   Right.  And that assumes, of course, that BP will actually have

11:44:32  5    a safety management system in place, correct?

11:44:34  6    A.   Yes, there is an assumption in there that BP has a safety

11:44:40  7    management system.  In fact, we have the same arrangement with

11:44:44  8    every customer we work for.  There is an expectation that we have a

11:44:47  9    safety management system and that the customer has a safety

11:44:50  10   management system, and where those safety management systems

11:44:53  11   differ, there must be a bridging document in place to address that

11:44:56  12   difference.

11:44:56  13   Q.   Right.  And you testified earlier to Mr. Brian that you had a

11:45:00  14   very complex management system, correct?

11:45:03  15   A.   It is a comprehensive management system, yes.

11:45:06  16   Q.   But no matter how complex that system is, it can't cover

11:45:11  17   everything that happens on the rig, correct?

11:45:13  18   A.   It does not address every unique set of circumstances that

11:45:18  19   might present themselves on a drilling rig, no.

11:45:21  20   Q.   And let me get to my point.  You can't control, for example, BP

11:45:26  21   's well design decisions that they would make in Houston, correct?

11:45:29  22   A.   No.

11:45:30  23   Q.   And Transocean can't control BP and Halliburton's decisions

11:45:35  24   over the cement design, correct?

11:45:37  25   A.   We have neither the expertise nor the level of involvement to

11:45:45  1    be able to do that, no.

11:45:45  2    Q.  And certainly your management system, your operating management

11:45:49  3    system or safety management system can't cover decisions that are

11:45:54  4    made by BP or Halliburton in Houston, right?

11:45:56  5    A.  We don't design our safety management system to account for

11:46:03  6    decisions that are made without any involvement by us or any

11:46:09  7    communication to us.  I am not sure how you could devise a

11:46:13  8    management system that would do that.

11:46:15  9    Q.  Let's assume for a second that Mr. Cunningham's chart, we

11:46:18 10    flipped it back over and you were looking at -- instead of

11:46:21 11    Transocean's tree, that you were looking at BP from the well site

11:46:24 12    leader all the way down to COE Bob Dudley.  You can't control --

11:46:24 13    strike that.

11:46:30 14            Transocean's safety management system cannot control

11:46:33 15    those decisions, can it?

11:46:35 16    A.  It's not designed to.

11:46:36 17    Q.  You can't tell Bob Dudley what to do, can you?

11:46:40 18    A.  I wouldn't pretend to tell Bob Dudley what to do.

11:46:44 19    Q.  Even if he has contracted to put his company on your rig?

11:46:48 20    A.  That's true.

11:46:49 21    Q.  So assuming for the second you have a very complex safety

11:46:55 22    management system -- and later you may actually see that up on the

11:46:59 23    board -- no matter how big or how complex that safety management

11:47:02 24    system is, you can't cover all of the decisions made by BP,

11:47:08 25    correct?

11:47:09  1    A.  It's just not designed to do that.

11:47:12  2    Q.  Would you agree that you, Transocean, can only take

11:47:21  3    responsibility for the things that you can control?

11:47:25  4    A.  I think embedded in the definition of responsibility is level

11:47:34  5    of control.

11:47:34  6    Q.  You have to trust, therefore, that BP will apply its own safety

11:47:39  7    management systems to the things that BP alone controls, correct?

11:47:43  8    A.  Yes, we put our -- so when we contract with a customer anywhere

11:47:49  9    in the world, we put a lot of trust in the customer's ability to

11:47:53 10    manage their -- you know, their safety management system, their --

11:47:58 11    everything they control with respect to the well.  We put a lot of

11:48:01 12    trust in our customers.

11:48:02 13    Q.  And, again, you do that by creating a bridging document with

11:48:06 14    that customer that talks about who will take what responsibilities,

11:48:10 15    correct?

11:48:10 16    A.  Yes and no.  The bridging document is really designed to

11:48:14 17    address the application of the safety management system on the rig.

11:48:18 18    It's not designed to account for differences between our management

11:48:22 19    system and the customer's management system as it relates to, for

11:48:25 20    example, cementing operations or wireline logging operations

11:48:29 21    because there's not much in our management system to do that.  So

11:48:32 22    it is really the customer who takes almost full responsibility for

11:48:37 23    managing that part of the well construction design process.

11:48:40 24    Q.  And because the customer takes responsibility for its own

11:48:45 25    safety management of its own decisions, you Transocean, you have to

OFFICIAL TRANSCRIPT

11:48:49  1  trust that that operator will tell you when its side of the system

11:48:53  2  is failing, correct?

11:48:54  3  A.  Yes; otherwise, we're exposed.

11:48:58  4  Q.  And so you need full knowledge, in this case BP, you need full

11:49:04  5  knowledge of what the operator is failing on or what they're

11:49:07  6  succeeding at with regard to safety, correct?

11:49:09  7  A.  In order for us to manage the slice of the operation that we

11:49:14  8  have responsibility for, yes.

11:49:16  9  Q.  And you would need to know as the contractor, as the rig owner

11:49:23  10  in this case, if BP was failing altogether to apply its safety

11:49:28  11  management system, correct?

11:49:30  12  A.  I would absolutely want to know that, yes.

11:49:32  13  Q.  Because it is part of your contract, right?

11:49:35  14  A.  Under a drilling contract, under a normal construct of a

11:49:44  15  drilling contract, we take responsibility for certain operations

11:49:48  16  and the customer takes responsibility for other operations.  In

11:49:53  17  order for the whole system to deliver a safe well, we need to do

11:49:57  18  our part safely and they need to do their part safely.

11:50:00  19  Q.  As Transocean's CEO and, as you said, the head of Transocean's

11:50:05  20  safety, did you know that BP did not apply its safety management

11:50:09  21  system, the OMS, to the *Deepwater Horizon* in April of 2010?

11:50:14  22          MR. REGAN:  Objection, your Honor, misstates the record.

11:50:17  23          MR. MAZE:  Your Honor --

11:50:20  24          THE COURT:  Overrule the objection.

11:50:22  25  BY MR. MAZE:

4648

11:50:22 1  Q.  Did you know that BP did not apply its OMS in April 2010?

11:50:27 2  A.  I did not know that in April of 2010, no.

11:50:30 3  Q.  Carl, if you could please bring up the Baxter deposition

11:50:35 4  page 175, lines 14 and 15.

11:50:47 5      To the point that Mr. Regan was making that it misstates

11:50:51 6  the record, I want to read lines 14 and 15 that have just been

11:50:55 7  pulled up.  A question of Mr. Baxter:

11:50:56 8      "Did OMS apply to the *Deepwater Horizon*?

11:50:59 9      "Answer:  No."

11:50:59 10     Did I read that correctly?

11:51:02 11 A.  That's what the document says.

11:51:04 12     MR. REGAN:  Your Honor --

11:51:05 13     THE COURT:  Who is Mr. Baxter?

11:51:07 14     MR. MAZE:  John Baxter, BP employee, your Honor.

11:51:10 15     MR. REGAN:  I just ask, for completeness, if we can read

11:51:13 16 starting on page 174, I think it's about line 17 through the --

11:51:16 17 lines 1 through 13 that are highlighted on the same page.

11:51:20 18     THE COURT:  You'll get your chance.

11:51:22 19     MR. REGAN:  Fair enough, your Honor.

11:51:23 20 BY MR. MAZE:

11:51:24 21 Q.  Is that information that you, as Transocean's president and

11:51:27 22 CEO, would have liked to have known?

11:51:29 23 A.  I am not sure that I necessarily myself would have liked to

11:51:33 24 know that, but I think our people that were responsible for

11:51:37 25 managing the operations of the *Deepwater Horizon*, I think they

4649

11:51:40  1  might have liked to know that.

11:51:41  2  Q.  Well, you're in charge of ultimately the protection of the

11:51:44  3  people that you put on the rig and the rig itself, correct?

11:51:47  4  A.  Yes, but I am taking responsibility for, at the time, I believe

11:51:54  5  it was about 130 rigs, today it's about 92 rigs, and I have a

11:51:58  6  management team around the world that does that on a rig-by-rig

11:52:02  7  basis.

11:52:02  8  Q.  Again, going back to Mr. Cunningham's chart, you're talking

11:52:06  9  about your general manager, your rig manager, and you would agree

11:52:08 10  they definitely need to know whether BP is or is not applying their

11:52:12 11  safety management system?

11:52:13 12  A.  I think with any customer relationship, if the customer chooses

11:52:17 13  not to apply a safety -- a safety management system to their part

11:52:20 14  of the operation, I would want our people who are managing that

11:52:24 15  operation to know that.

11:52:25 16  Q.  Now, you testified earlier about Transocean's major risk hazard

11:52:30 17  assessment, correct?

11:52:31 18  A.  Major accident hazard risk assessment, yes.

11:52:35 19  Q.  And you testified that you didn't know what BP's term MAR stood

11:52:39 20  for, if I remember right.

11:52:39 21  A.  I do not.

11:52:40 22  Q.  If I told you it was "major accident risk," you wouldn't have

11:52:44 23  any quarrel with that, right?

11:52:44 24  A.  No.

11:52:45 25  Q.  Did you know that on April 20th, 2010, that BP did not apply

4650

11:52:49  1    its MAR to the *Deepwater Horizon*?

11:52:51  2    A.  I did not know that.

11:52:52  3    Q.  And, again, that would be information that not you personally,

11:52:55  4    but your rig-level general manager-level personnel would need to

11:52:59  5    know, correct?

11:53:00  6    A.  I would certainly want them to know that, yes.

11:53:02  7    Q.  Did you know that before the explosion in April 2010 that BP

11:53:07  8    desired to turn over full responsibility for safety management

11:53:10  9    systems to its drilling contractors in the Gulf of Mexico?

11:53:15 10    A.  You know, I remember having conversations with BP about safety

11:53:20 11    management.  I don't remember whether that was an element of it or

11:53:22 12    not.

11:53:23 13    Q.  Carl, if you can pull up TREX-6020, page one.  And highlight

11:53:33 14    the bullet that starts with BP and the GoM.  I am just going to

11:53:41 15    read the top line.  "BP and the GoM" -- being the Gulf of Mexico --

11:53:45 16    "has been in the process of transitioning toward full drilling

11:53:49 17    contractor HSSE responsibility for several years."  Did I read that

11:53:53 18    correctly?

11:53:53 19    A.  Yes, you did.

11:53:54 20    Q.  And did BP talk to you personally about turning over all HSSE,

11:54:03 21    being safety management responsibility, to Transocean at any time?

11:54:08 22    A.  Not to me personally, no.

11:54:10 23    Q.  Carl, if you can pull up the next bullet point down.  The next

11:54:17 24    bullet point says, "The next step is to remove full-time BP field

11:54:21 25    HSSE staff and focus on verification."  Did I read that correctly?

4651

11:54:25  1    A.  Yes, you did.

11:54:26  2    Q.  Did you know that before April 20th of 2010, that BP had pulled

11:54:31  3    off all of its full-time safety men off of Transocean rigs?

11:54:35  4    A.  I did not know that personally, no.

11:54:38  5    Q.  Now, you discussed at length with, I think, with Mr. Brian and

11:54:44  6    Mr. Cunningham the October -- the fall 2009 audit or -- what term

11:54:50  7    would you like to use with the Lloyd's Registry system?

11:54:53  8    A.  The safety management system and climate and culture review.

11:54:59  9    Q.  During that cultural review, did you, Transocean, bring in

11:55:06 10    Kevin Lacy to discuss how to improve Transocean's safety culture?

11:55:09 11    A.  Yes.  So we brought Kevin in.  It was unrelated to the Lloyd's

11:55:14 12    exercise, but it was part of the response to the four fatalities.

11:55:19 13    I think I testified earlier that one of the actions I undertook was

11:55:23 14    to communicate with my counterparts in the customer organizations

11:55:28 15    to talk about their perspectives on our safety management system,

11:55:32 16    and particularly because they work with other drilling contractors

11:55:36 17    besides Transocean, to get a sense of where we were relative to

11:55:39 18    other drilling contractors and opportunities for improvement, and

11:55:42 19    the discussion with Kevin Lacy was a part of that.

11:55:45 20    Q.  Ask you brought Kevin in, if I can summarize, to basically give

11:55:48 21    you ideas on how to improve Transocean's safety management system?

11:55:52 22    A.  Yes.

11:55:53 23    Q.  And did you know that Kevin Lacy, before he was at BP, had

11:55:57 24    26 years of experience at Chevron in similar matters?

11:56:00 25    A.  I've known Kevin for a long time.

11:56:03  1  Q.  And you would say that he is an excellent safety-minded person,

11:56:07  2  correct?

11:56:07  3  A.  I would characterize Kevin as a very passionate individual when

11:56:12  4  it came to safety management.

11:56:13  5  Q.  Did you know that BP fired Kevin Lacy within about two months

11:56:16  6  after that you talked to him about how to improve Transocean's

11:56:20  7  safety management system?

11:56:21  8  A.  I knew that Kevin no longer worked for BP.  I didn't really get

11:56:28  9  into the details of his departure.

11:56:31 10  Q.  You never talked to Kevin after that?

11:56:33 11  A.  I've talked to Kevin after that, but, you know -- but the

11:56:38 12  nature of the conversation wasn't about the separation from BP.

11:56:41 13  Q.  Understood.  Now, did you know at the same time that you were

11:56:44 14  conducting this survey in late 2009 that BP was also at the same

11:56:50 15  time identifying significant gaps in its process safety in its own

11:56:55 16  Gulf of Mexico operations?

11:56:56 17  A.  I did not know that.

11:56:59 18  Q.  Carl, if you can pull up TREX-785, page one, just so we can get

11:57:04 19  an understanding of what it is.

11:57:06 20       MR. REGAN:  Your Honor, I think as a fact witness, he

11:57:08 21  said he doesn't understand something, so now showing documents to

11:57:12 22  him lacks foundation other than just continuing to show documents

11:57:15 23  up on the screen.

11:57:16 24       MR. MAZE:  Your Honor, if I may respond.  The point is

11:57:18 25  that Mr. Newman has testified that because BP and Transocean are in

4653

11:57:22  1    a partnership for its safety management system, that it is

11:57:26  2    important for BP to allow Transocean to understand what problems it

11:57:31  3    is having in its own safety management system.

11:57:33  4         So what I am going to use this document for is to show

11:57:35  5    what BP had identified as its own problems in process safety

11:57:40  6    culture and specifically how they relate to their own contractors

11:57:45  7    in late 2009, early 2010, to find out whether those concerns had

11:57:50  8    been given to Transocean.

11:57:51  9         MR. REGAN:  He is free to try his case, but it's not

11:57:54 10    through this witness.  If he wants to put up a document with a

11:57:56 11    different witness who actually a wrote, received it, saw it, knows

11:57:59 12    something about it --

11:58:00 13         THE COURT:  Well, is this something you've seen before?

11:58:03 14         THE WITNESS:  I have not seen this before, no.

11:58:05 15         MR. MAZE:  Your Honor, that is part of the point, the

11:58:08 16    fact that BP had identified -- and I am going to show four of them,

11:58:13 17    just to ask him whether or not he had seen it, whether these were

11:58:16 18    things that Transocean, as a partner in a safety management system,

11:58:19 19    needs to know.

11:58:21 20         THE COURT:  I think he's already answered that.  But he

11:58:24 21    didn't receive that information from BP.  That's my understanding.

11:58:29 22    BY MR. MAZE:

11:58:29 23    Q.  You were never informed by --

11:58:32 24         MR. MAZE:  Can I ask him the question?

11:58:35 25         THE COURT:  Go ahead.

OFFICIAL TRANSCRIPT

BY MR. MAZE:

Q.  You were never informed by BP that in late 2009 that it had
identified gaps, using their term, that showed a lack of clarity
and accountabilities and inconsistent and absent communications of
applicable health and safety standards with its contractors, were
you told that?

A.  No.

Q.  I'll move on with that answer.  Mr. Newman, would you agree
that mistakes in deepwater drilling can have serious consequences?

A.  Yes.

Q.  And obviously this case is proved that, right?

A.  Yes.

Q.  And is it fair to summarize your testimony that under the
contract that BP and Transocean had together, BP could not
completely wash its hands of managing process safety at the
*Deepwater Horizon*?

            MR. REGAN:  Object to that as argumentative, your Honor.

            THE COURT:  I sustain the objection.

BY MR. MAZE:

Q.  I'll ask it another way.  Would you agree that under your
contract with BP, that BP had a responsibility to implement its own
safety management system on the *Deepwater Horizon*?

A.  I think BP had a responsibility to implement its safety
management system as it related to operations.

Q.  To those things that it controlled and Transocean didn't?

4655

11:59:48  1    A.  Yes.

11:59:49  2    Q.  Would you agree that it is irresponsible of BP not to apply its

11:59:56  3    OMS safety system to those things that BP controlled and Transocean

12:00:01  4    didn't?

12:00:01  5          MR. REGAN:  Objection, your Honor.

12:00:02  6          THE COURT:  All right.  I am going to allow him to answer

12:00:05  7    it, but I understand -- I mean, I've been sitting through this

12:00:09  8    trial, as we all have, and I understand there's some dispute or --

12:00:15  9    I'll just leave it at that -- as to the extent to which the BP OMS

12:00:21 10    system was or was not applied at the time.  And we'll have to sort

12:00:24 11    that out.

12:00:25 12          MR. MAZE:  Yes, your Honor.

12:00:26 13          MR. REGAN:  Very well, your Honor.

12:00:27 14          THE COURT:  With that understanding, you want to repeat

12:00:29 15    the question?  I'm sure he doesn't remember the question by now.

12:00:32 16    BY MR. MAZE:

12:00:33 17    Q.  Would you, as Transocean's president and CEO, agree that it was

12:00:36 18    irresponsible of BP not to apply its OMS safety system to those

12:00:42 19    things that BP controlled and Transocean couldn't?

12:00:46 20          MR. REGAN:  Same objection, your Honor.

12:00:48 21          THE COURT:  All right.

12:00:49 22          THE WITNESS:  So I am going to answer the question this

12:00:51 23    way.  If BP had a safety management system and it was not applied

12:00:55 24    to the operations that they control, I would consider that a

12:00:59 25    significant failure.  Whether the safety management system was

4656

12:01:03   1   called OMS or anything else, if it's a safety management system

12:01:07   2   that's designed to ensure safe operations and it's not applied,

12:01:12   3   then I don't think there's any reason to expect anything other than

12:01:15   4   unsafe operations.

12:01:18   5           MR. MAZE:  Thank you, Mr. Newman.  That's all, your

12:01:20   6   Honor.

12:01:20   7           THE COURT:  Louisiana.

12:01:30   8           MR. KANNER:  Just a few questions, your Honor.

12:01:23   9                   CROSS-EXAMINATION

12:01:25  10   BY MR. KANNER:

12:01:40  11   Q.  Good morning, Mr. Newman.  My name is Allen Kanner.  I am with

12:01:43  12   the State of Louisiana.  And I am taking you as of cross.

12:01:47  13   A.  Okay.

12:01:47  14   Q.  Hopefully we will just have a few questions here.  You would

12:01:51  15   agree, would you not, that Transocean leads the rig team, I think

12:01:57  16   the slogan is "one rig, one team"?

12:02:00  17   A.  I think for operations for tasks that are carried out on the

12:02:05  18   rig, I think Transocean has a leadership responsibility, yes.

12:02:08  19   Q.  And that's something you communicate to BP, correct?  I don't

12:02:12  20   need to pull up the meeting on that.

12:02:17  21   A.  There was a meeting, and that shows up as a bullet point on the

12:02:17  22   agenda or discussion of that meeting, yes.

12:02:23  23   Q.  And you also agree that -- we discussed briefly your criminal

12:02:28  24   allocution on the negative pressure test.  Do you recall that

12:02:32  25   testimony?

12:02:33  1   A.  I do.

12:02:33  2   Q.  With respect to that, you would agree, would you not, that at

12:02:39  3   the time of your deposition, you said you weren't responsible for

12:02:41  4   the negative pressure test at all, correct?

12:02:44  5   A.  I would say today that the ultimate responsibility for the

12:02:50  6   assessment of the negative pressure test rests with the operator.

12:02:53  7   Q.  But leaving aside whatever you mean by "ultimate

12:02:59  8   responsibility," you took at least $1.4 billion of criminal

12:03:02  9   responsibility with respect to the negative pressure test, correct?

12:03:05 10   A.  Because I think --

12:03:07 11   Q.  Is that a yes?

12:03:09 12         MR. BRIAN:  Objection.  It misstates the plea agreement,

12:03:12 13   your Honor.

12:03:13 14         THE COURT:  Okay.  Let him -- restate your question.  You

12:03:19 15   can leave out the dollar amount.  We're aware of that.

12:03:23 16   BY MR. KANNER:

12:03:23 17   Q.  You took responsibility, did you not, with respect to the

12:03:26 18   Department of Justice on the negative pressure test, correct?

12:03:29 19   A.  I think what the factual allocution says, and the reason I

12:03:35 20   agreed with our people that we should accept that, is that our

12:03:38 21   people failed to follow through on the pressure anomaly that

12:03:43 22   existed on the drill pipe.  They accepted -- they accepted BP's

12:03:47 23   assessment that the test had been successful and they accepted BP's

12:03:51 24   instruction to continue on with the displacement of the well.

12:03:54 25   Q.  But as you point out, anybody at BP -- anybody at Transocean

12:03:58  1  consistent with your safety vision can stop work if you feel

12:04:03  2  something is not safe, if they felt that BP was wrong, they could

12:04:06  3  just stop the job, right?

12:04:08  4  A.  Anybody across any Transocean drilling rig has that right.

12:04:12  5  Q.  So at that particular moment, at that precise time that you

12:04:16  6  said BP had ultimately responsibility, a Transocean employee, OIM,

12:04:21  7  anybody else, anybody could have raised their hand and said, we

12:04:24  8  have to stop work, I don't think this is safe?  Any Transocean

12:04:26  9  employee could have said that under your safety vision?

12:04:29 10  A.  At any point in any operation, any Transocean employee can stop

12:04:34 11  the job.

12:04:34 12  Q.  Thank you.  Would you agree that even after the negative

12:04:40 13  pressure test, which was misread by Transocean employees and BP

12:04:44 14  employees, that you, Transocean, still had an ongoing duty to

12:04:49 15  monitor the well, correct?

12:04:50 16  A.  Yes.

12:04:51 17  Q.  You also have a responsibility to control the well, correct?

12:04:59 18  A.  That is one of our responsibilities, yes.

12:05:02 19  Q.  Exclusive responsibility, correct?

12:05:05 20  A.  The operation of the BOP which would be used to control the

12:05:11 21  well is a Transocean piece of equipment, and it's Transocean people

12:05:17 22  who operate that equipment.

12:05:18 23  Q.  Correct.  I am going to get to the BOP right after this

12:05:21 24  question.  Another thing before you get to the BOP, I mean, you

12:05:27 25  could -- are there other ways to close in the well if they detect a

4659

12:05:30  1  problem?

12:05:30  2  A.  Are there other ways to close in the well?

12:05:33  3  Q.  Yes.

12:05:33  4  A.  Other than the BOP?

12:05:35  5  Q.  Let me go back a step.  You would agree that at the first sign

12:05:38  6  of trouble, it's your responsibility at Transocean to close in the

12:05:40  7  well, correct?

12:05:42  8  A.  Fundamentally, well control consists of awareness and

12:05:47  9  vigilance, the recognition and identification of signals and

12:05:51 10  anomalies and prompt, appropriate action.  And that prompt,

12:05:55 11  appropriate action could include shutting in the well.

12:05:58 12  Q.  Okay.  And in this case, let's turn to -- so at the first sign

12:06:04 13  of trouble -- and I think we've had a lot of testimony we don't

12:06:07 14  need to go over about whether or not there was a sign of trouble or

12:06:10 15  not, but you would agree that it would be Transocean's

12:06:12 16  responsibility at that point to shut in the well, correct?

12:06:15 17  A.  Awareness --

12:06:18 18  Q.  And you would agree --

12:06:19 19          THE COURT:  Wait if you want him to answer that.

12:06:22 20          MR. KANNER:  I thought he was shaking his head.

12:06:24 21          THE COURT:  Shake his doesn't come out on the transcript.

12:06:27 22          MR. KANNER:  I'm sorry.

12:06:28 23          THE WITNESS:  Awareness, recognition and prompt action.

12:06:30 24  BY MR. KANNER:

12:06:30 25  Q.  You would agree the BOP is a critical piece of safety

12:06:33   1    equipment, correct?

12:06:34   2    A.  Yes.

12:06:35   3    Q.  And you would agree that Transocean was responsible for the

12:06:38   4    batteries in the blue pod?

12:06:40   5    A.  Yes.

12:06:40   6    Q.  And Transocean was responsible for the wiring of the solenoids

12:06:44   7    in the yellow pod?

12:06:45   8    A.  Because it's a Transocean piece of equipment, our people are

12:06:48   9    responsible for the operation and maintenance of that equipment.

12:06:51  10    Q.  So you would have the same answer if I asked about the blind

12:06:55  11    sheer rams or anything else, correct?

12:06:57  12    A.  As long as it's a Transocean piece of equipment, my answer

12:06:59  13    would be the same.

12:07:00  14    Q.  And what about just -- you agree that on some other rigs, you

12:07:10  15    have got acoustic systems in some of your wells that are controlled

12:07:18  16    the BOP?

12:07:19  17    A.  We have acoustic systems on some of our rigs.

12:07:21  18    Q.  Just for the record briefly, could you describe what an

12:07:25  19    acoustic system is for the Court's benefit?

12:07:26  20    A.  Wow.  It's not really my area of expertise, so I am going give

12:07:31  21    you kind of the layman CEO description of what it is.

12:07:33  22    Q.  We love layman descriptions.

12:07:38  23    A.  It's kind of a remote control switch, so it doesn't rely on a

12:07:42  24    hardwire connection between the push-button system and activity on

12:07:49  25    the BOP.  So it is -- it's a separate mechanism for controlling the

12:07:54  1    BOP.  So, you know, the primary mechanism would be the panel in the

12:07:59  2    driller's office, the driller's shack, secondary panel in the --

12:08:05  3    somewhere in the accommodation module, either on the OIM's office

12:08:09  4    or on the bridge.  This would be a separate -- another remote

12:08:14  5    control switch.

12:08:15  6    Q.  It would be redundancy and it would avoid any problems with the

12:08:17  7    wiring, correct?

12:08:18  8    A.  Yes.

12:08:19  9    Q.  And you've never had a problem with the rigs -- the Transocean

12:08:25 10    rigs that do use it, you never had a problem with it, correct?

12:08:28 11    A.  I am not sure I can agree with an absolute statement like that,

12:08:31 12    that we've never had problems.

12:08:33 13    Q.  Are you aware of problems you had with it or are you just not

12:08:36 14    sure?

12:08:36 15    A.  I am not aware of problems.

12:08:38 16    Q.  Okay.  Thank you.  I should have asked a better question.

12:08:43 17            You had talked -- I think your testimony earlier today

12:08:47 18    was that you have no financial incentive to cut corners, that if

12:08:52 19    the work takes 24 hours, you have no reason to cut it to 23,

12:08:56 20    correct?

12:08:56 21    A.  Not from a financial perspective.  Because of the way the

12:08:59 22    contract is structured, we -- you know, we always want to deliver

12:09:04 23    safe and efficient operations to our customer, so we don't want to

12:09:08 24    be seen by the customer as taking an inordinate amount of time

12:09:13 25    simply because we're getting paid for that inordinate amount of

| | | |
|---|---|---|
| 12:09:15 | 1 | time.  There is no financial incentive. |
| 12:09:17 | 2 | Q.  Good customer relations? |
| 12:09:19 | 3 | A.  Yes. |
| 12:09:20 | 4 | Q.  Absolutely.  So you make money by keeping your customers happy. |
| 12:09:24 | 5 | That's one thing you need to do, correct, good customer relations? |
| 12:09:27 | 6 | A.  That's part of being a customer-oriented organization is making |
| 12:09:32 | 7 | sure that we're delivering service to our customer. |
| 12:09:35 | 8 | Q.  And you try to be responsive to your customers' needs, correct? |
| 12:09:39 | 9 | A.  Yeah.  Remember I said there are two things a drilling |
| 12:09:43 | 10 | contractor needs to do, and one of those things is to deliver good |
| 12:09:46 | 11 | service to our customer. |
| 12:09:46 | 12 | Q.  And part of delivering good service is if BP is over budget on |
| 12:09:52 | 13 | a project and wants to end it, relocate the *Deepwater Horizon* to |
| 12:09:56 | 14 | another lease, you try to accommodate them to the greatest extent |
| 12:10:01 | 15 | possible? |
| 12:10:02 | 16 | A.  BP's budget is BP's budget.  It's not my budget. |
| 12:10:06 | 17 | Q.  You would expect that people at Transocean would be aware of |
| 12:10:10 | 18 | the fact that BP was over budget on this project and was anxious to |
| 12:10:14 | 19 | complete it? |
| 12:10:15 | 20 | MR. REGAN:  Objection, your Honor. |
| 12:10:17 | 21 | THE COURT:  Sustained. |
| 12:10:21 | 22 | BY MR. KANNER: |
| 12:10:23 | 23 | Q.  Without having to flash a lot of stuff up, you're aware of the |
| 12:10:26 | 24 | Lloyd's report.  We had a few discussions about "they don't know |
| 12:10:30 | 25 | what they don't know."  And another point it talks about the "run |

12:10:34  1    it, break it, fix it" quote.  I think you've seen that before?

12:10:37  2    A.  I've seen reference to something like that, yes.

12:10:39  3    Q.  Is another way that you make money is by keeping your rig in

12:10:43  4    service?  For example, when you put it in drydock, you're not

12:10:49  5    making any money, correct?

12:10:50  6    A.  There are some instances where we've had customers underwrite a

12:10:55  7    portion of a drydocking or major maintenance project, but generally

12:10:58  8    we are not being paid and so, no.

12:11:02  9    Q.  And with respect to the *Deepwater Horizon* BP, had you wanted to

12:11:08 10    take it out of service for drydock, that would have come out of

12:11:11 11    your pocket, not their pocket, to the best your recollection?

12:11:14 12    A.  It depends -- depends on the --

12:11:16 13    Q.  On the contract?

12:11:17 14    A.  Depends on whether or not we can structure an arrangement with

12:11:20 15    BP where in the specific case of the *Horizon*, whether they might

12:11:26 16    pay for a portion of that.

12:11:28 17    Q.  Do you have a recollection that there was a negotiation on that

12:11:31 18    subject with BP?

12:11:32 19    A.  Not that I was party to.

12:11:34 20    Q.  And so you make money by being used as much as possible and

12:11:41 21    keeping the customer happy, correct?

12:11:43 22    A.  Those are a couple, yes.

12:11:45 23    Q.  And, finally, you also try to keep your costs down, correct?

12:11:49 24    A.  In the -- you know, in the pursuit of managing a business, you

12:11:54 25    know, there's a revenue line on our income statement and there's an

4664

12:11:57 1   expense line on our income statement.

12:12:00 2   Q.  But every time you say cut costs, it may become harder to

12:12:04 3   retain experienced employees.  That's something that Lloyd's

12:12:07 4   pointed out to you, correct, that you were losing experienced

12:12:10 5   employees, the average employee was working 2.7 years, correct?

12:12:14 6   A.  So we're talking about a time period where the industry

12:12:18 7   experienced dramatic growth.  I think at the outset of the 2005 or

12:12:24 8   2006 time frame, I think worldwide there were something on the

12:12:28 9   order of 25 ultra deepwater rigs, and by the end of the next three-

12:12:33 10  or four-year period when the industry had taken delivery of a

12:12:37 11  significant number of ultra deepwater drilling rigs, I think there

12:12:40 12  were on the order of 100.  So the industry had experienced

12:12:44 13  significant and rapid growth --

12:12:45 14  Q.  And one way to retain --

12:12:47 15  A.  And that had resulted in dilution of expertise across the

12:12:51 16  entire industry.

12:12:52 17  Q.  One way to retain expertise is to buy it, correct?  Spend more

12:12:58 18  money as opposed to having a lot of -- what do they call it, orange

12:13:02 19  hats or orange helmets?

12:13:05 20  A.  Yes.

12:13:05 21  Q.  The experienced guys?

12:13:07 22  A.  Yes.  The orange helmet was a way of designating new personnel

12:13:14 23  to the rig or new personnel in their position.  It was a visible

12:13:17 24  indicator that that individual might need a little bit extra

12:13:21 25  coaching or help.

4665

12:13:22  1    Q.  So you were losing experienced employees, not putting up enough

12:13:26  2    money to keep them, correct, during this time period?

12:13:29  3    A.  Well, you have to realize, as a global drilling contractor, as

12:13:35  4    big as we were, we had a compensation system across the entire

12:13:39  5    company.  And for us to match the compensation that a small one-rig

12:13:46  6    drilling contractor was paying to attract talent to their one-rig

12:13:51  7    operation, would have meant we had to increase compensation across

12:13:54  8    the entire rig fleet.  And so in exchange for doing that, we

12:14:00  9    embarked on a significant program of recruiting and training and

12:14:05 10    developing new personnel into our rig fleet rather than

12:14:10 11    ratcheting -- continually ratcheting up salaries.

12:14:13 12    Q.  You know Mr. Barnhill, don't you, who is testifying for

12:14:17 13    Transocean?

12:14:17 14    A.  I know of Mr. Barnhill.

12:14:18 15    Q.  He drew a distinction between training and experience.  You

12:14:27 16    said experience was important, separate and apart from training.

12:14:27 17    You would agree with that, would you not?

12:14:27 18    A.  I think when you think about an individual's competency,

12:14:33 19    training is what you can teach them in a classroom, and show them

12:14:37 20    through demonstrations experiences and accumulation of years and

12:14:40 21    years of having done a particular job, and seeing a whole bunch of

12:14:44 22    different scenarios and participated in different operations.

12:14:46 23    Q.  Another decision that Transocean management made to save money

12:14:49 24    was to go from a 14 on/14 off system to 21 on/21 off system.  Do

12:14:56 25    you agree?

4666

12:14:56  1    A.  We did convert from 14 to 14 to 21 to 21 in the Gulf of Mexico.

12:15:03  2    Q.  And in the Lloyd's Register, workers are complaining that

12:15:06  3    they're exhausted at the end -- fatigue is setting in at the end of

12:15:11  4    their shifts.  You're familiar with that, correct?

12:15:13  5    A.  I think that was one of the conclusions that came out of the

12:15:16  6    Lloyd's report with respect to the Gulf of Mexico.  But

12:15:20  7    interestingly, you know, Lloyd's talked to people on other

12:15:25  8    Transocean drilling rigs that work a 28 and 28 schedule.  And there

12:15:29  9    was no indication of feedback from those individuals that at the

12:15:32 10    end of their -- that at the end of their 28-day hitch that they

12:15:36 11    were experiencing fatigue.

12:15:38 12           So the company had a broad range of work rotas around the

12:15:42 13    world, and we were well familiar with working individuals in 14 and

12:15:46 14    14 schedules, and 21 and 21 schedules, and 28 and 28 schedules.

12:15:50 15    And we had looked at incident statistics to identify when during a

12:15:56 16    particular individual's hitch an incident might occur, and our

12:15:59 17    statistics didn't highlight any concern about the third week of a

12:16:06 18    21/21 schedule.

12:16:07 19    Q.  You did a study?  Are you saying you did a study, a risk

12:16:12 20    assessment?  Is that what your testimony is?  Because I haven't

12:16:14 21    seen one in the discovery in this case.

12:16:15 22    A.  We look at our incident statistics on a regular basis.

12:16:19 23    Q.  When did you make this switch?

12:16:21 24    A.  To 21 to 21?

12:16:24 25    Q.  Yes.

OFFICIAL TRANSCRIPT

12:16:24  1    A.  I don't remember when the switch was done.

12:16:27  2            MR. KANNER:  Thank you.  No further questions, your

12:16:28  3    Honor.

12:16:28  4            THE COURT:  All right.  Let's recess for lunch.  It's

12:16:31  5    about 12:15, and we'll come back at 1:30.

12:16:36  6            THE DEPUTY CLERK:  All rise.

12:16:37  7        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

          8

          9                        * * * * * *

         10

         11                    REPORTER'S CERTIFICATE

         12

         13        I, Karen A. Ibos, CCR, Official Court Reporter, United

         14    States District Court, Eastern District of Louisiana, do hereby

         15    certify that the foregoing is a true and correct transcript, to the

         16    best of my ability and understanding, from the record of the

         17    proceedings in the above-entitled and numbered matter.

         18

         19

         20    _____

         21        Karen A. Ibos, CCR, RPR, CRR, RMR

         22        Official Court Reporter

         23

         24

         25

## $

**$100** [1] - 4563:7

## '

**'09** [2] - 4572:19, 4624:14
**'Ladies** [1] - 4630:23

## 0

**00929** [1] - 4636:8
**02188** [1] - 4625:1
**05482** [1] - 4632:15
**05650** [1] - 4618:22

## 1

**1** [1] - 4648:17
**1,400** [1] - 4519:17
**1.4** [2] - 4519:11, 4657:8
**10** [3] - 4516:2, 4520:20, 4633:17
**10-MD-2179** [1] - 4506:8
**100** [2] - 4576:19, 4664:12
**1000** [2] - 4510:21, 4511:19
**1001** [1] - 4510:15
**101** [1] - 4507:20
**10:25** [1] - 4605:8
**10K** [1] - 4526:1
**11** [3] - 4520:20, 4520:25, 4635:10
**1100** [1] - 4510:12
**1110** [1] - 4510:24
**11:00** [1] - 4514:25
**11:30** [3] - 4547:17, 4547:19
**12** [3] - 4566:17, 4567:1, 4636:8
**12-hour** [1] - 4547:14
**1201** [2] - 4510:2, 4511:13
**1221** [1] - 4511:7
**12:15** [1] - 4667:5
**13** [6] - 4617:9, 4619:10, 4621:9, 4621:10, 4628:16, 4648:17
**130** [1] - 4649:5
**1308** [1] - 4507:22
**1331** [1] - 4511:15
**14** [10] - 4506:20,

4577:22, 4619:22, 4648:4, 4648:6, 4665:24, 4666:1, 4666:13, 4666:14
**14271** [1] - 4508:23
**15** [5] - 4528:10, 4577:22, 4621:10, 4648:4, 4648:6
**15,000** [2] - 4530:20, 4546:22
**15-minute** [1] - 4605:7
**1523.1.1.TO** [1] - 4597:11
**1523.1.2.TO** [1] - 4597:20
**15K** [1] - 4526:1
**15th** [2] - 4566:3, 4566:4
**16** [3] - 4579:2, 4626:1, 4626:4
**1601** [1] - 4507:9
**1665** [1] - 4511:15
**16th** [2] - 4560:17, 4613:22
**17** [1] - 4648:16
**1700** [1] - 4511:13
**174** [1] - 4648:16
**175** [1] - 4648:4
**1760** [1] - 4595:12
**1760.1** [1] - 4595:13
**1760.2** [1] - 4595:18
**18** [4] - 4525:9, 4525:14, 4525:17, 4525:22
**18,000** [1] - 4530:18
**1885** [1] - 4509:14
**18th** [1] - 4599:2
**19** [4] - 4506:9, 4513:2, 4529:7, 4620:11
**1994** [1] - 4525:6
**1997** [1] - 4526:3
**19th** [2] - 4598:20, 4616:1
**1:30** [1] - 4667:5
**1st** [2] - 4513:12, 4514:17

## 2

**2,000** [1] - 4522:9
**2.2** [1] - 4617:10
**2.7** [1] - 4664:5
**20** [2] - 4506:6, 4586:5
**20-barrel** [1] - 4586:7
**20004** [1] - 4510:3
**2001** [1] - 4552:1

**2003** [2] - 4531:5, 4552:1
**2004** [3] - 4589:21, 4589:22, 4625:2
**20044** [3] - 4508:18, 4508:23, 4509:4
**2005** [4] - 4530:8, 4530:14, 4584:17, 4664:7
**2006** [2] - 4528:6, 4664:8
**2007** [2] - 4528:13, 4579:2
**2008** [11] - 4528:22, 4529:1, 4529:4, 4559:3, 4562:24, 4609:13, 4617:2, 4617:10, 4618:4, 4625:24, 4625:25
**2009** [49] - 4530:9, 4530:14, 4560:17, 4561:23, 4563:17, 4563:21, 4566:1, 4571:23, 4581:8, 4584:15, 4584:17, 4595:12, 4605:21, 4605:25, 4606:17, 4606:18, 4611:23, 4613:13, 4613:19, 4613:22, 4614:14, 4617:3, 4617:11, 4619:9, 4619:25, 4621:1, 4622:25, 4623:1, 4624:2, 4624:5, 4624:15, 4628:14, 4628:16, 4629:8, 4629:11, 4629:14, 4629:18, 4630:16, 4634:23, 4634:25, 4635:3, 4635:5, 4635:8, 4635:17, 4637:10, 4651:6, 4652:14, 4653:7, 4654:2
**2009)** [1] - 4618:8
**2010** [30] - 4506:6, 4514:17, 4514:21, 4548:5, 4555:25, 4575:2, 4579:5, 4580:23, 4596:8, 4598:20, 4602:14, 4605:4, 4616:18, 4621:1, 4621:7, 4621:18, 4625:25, 4631:25, 4632:18, 4635:25, 4638:22, 4638:23, 4642:18, 4647:21, 4648:1, 4648:2, 4649:25, 4650:7, 4651:2,

4653:7
**2011** [1] - 4621:11
**2013** [2] - 4506:9, 4513:2
**20th** [16] - 4514:21, 4548:5, 4580:23, 4589:21, 4596:8, 4605:4, 4609:16, 4616:18, 4621:7, 4621:18, 4622:8, 4634:16, 4637:12, 4642:18, 4649:25, 4651:2
**21** [7] - 4665:24, 4666:1, 4666:14, 4666:24
**21/21** [1] - 4666:18
**2189** [2] - 4556:15, 4556:20
**2189.1.1.TO** [1] - 4557:4
**2189.1.2.TO** [1] - 4558:1
**2189.3.1.TO** [1] - 4557:14
**2195** [1] - 4561:20
**2195.1** [1] - 4561:21
**2195.1.1.TO** [1] - 4561:22
**2195.1.2.TO** [1] - 4563:5
**2211** [1] - 4510:24
**2216** [1] - 4508:7
**22ND** [1] - 4507:15
**22nd** [1] - 4515:21
**23** [3] - 4532:20, 4561:23, 4661:19
**23451** [1] - 4507:15
**23rd** [1] - 4516:14
**24** [7] - 4532:12, 4532:19, 4532:20, 4536:17, 4566:17, 4567:2, 4661:19
**25** [1] - 4664:9
**252** [1] - 4621:9
**25th** [2] - 4605:25, 4606:17
**26** [1] - 4651:24
**26009.B.1.1.TO** [1] - 4592:5
**26009.B.3.1.TO** [1] - 4592:10
**26023** [2] - 4601:8, 4601:17
**26023.2.1** [1] - 4601:10
**26025.A** [1] - 4599:8
**26025.A.2.1.TO** [1] - 4599:8
**26025.A.8.1.TO** [1] -

**4600:4
26032** [2] - 4606:2, 4609:24
**26032.2** [1] - 4612:4
**26035.C** [3] - 4606:25, 4608:9, 4611:17
**26035.E** [1] - 4613:25
**26053.B** [1] - 4616:5
**2615** [1] - 4507:12
**26th** [2] - 4632:18, 4634:15
**28** [4] - 4666:8, 4666:14
**28-day** [1] - 4666:10
**2:10-CV-02771** [1] - 4506:12
**2:10-CV-4536** [1] - 4506:14
**2nd** [1] - 4513:19

## 3

**30** [5] - 4558:7, 4558:14, 4559:4, 4559:5, 4631:9
**300** [1] - 4510:6
**3259.1.1.TO** [1] - 4578:21
**329** [1] - 4584:22
**335** [1] - 4510:18
**35** [1] - 4545:11
**35-ton** [1] - 4558:25
**35TH** [1] - 4510:18
**36070** [1] - 4617:5
**36130** [1] - 4509:9
**36604** [1] - 4507:10
**3668** [1] - 4507:4
**3700** [2] - 4510:12, 4510:15
**38** [1] - 4558:20
**3rd** [1] - 4513:19

## 4

**4,966** [1] - 4584:21
**4000** [1] - 4511:19
**402** [1] - 4507:15
**4310** [1] - 4508:5
**435** [1] - 4507:20
**450** [1] - 4508:12
**4500** [1] - 4511:7
**4514/7** [1] - 4512:7
**4605/18** [1] - 4512:9
**4642/16** [1] - 4512:12
**4656/10** [1] - 4512:14
**4777** [1] - 4625:5

**48** [1] - 4630:23
**48144** [2] - 4569:6, 4569:12
**48144.1** [1] - 4569:10
**48144.2.1.TO** [1] - 4569:12
**4942** [2] - 4541:22, 4545:16
**4942.124.1.TO** [1] - 4542:2
**4942.231.1.TO** [1] - 4545:20
**4th** [1] - 4513:19

# 5

**500** [3] - 4507:4, 4509:8, 4511:22
**5000** [1] - 4509:24
**504** [1] - 4511:23
**52646** [1] - 4572:11
**52646.1.1.TO** [1] - 4572:11
**52646.2.1.TO** [1] - 4573:4
**52651** [1] - 4568:5
**52651.1.1.TO** [1] - 4568:6
**52651.10.1.TO** [1] - 4568:12
**52651.15.1.TO** [1] - 4569:3
**5267.10** [1] - 4520:3
**52676.1** [1] - 4519:22
**52676.12.1.TO** [1] - 4520:18
**52686** [1] - 4603:22
**52687** [1] - 4602:9
**52687.1** [1] - 4602:10
**52688** [2] - 4602:20, 4602:23
**52688.2.1** [1] - 4603:16
**52688.3.1** [1] - 4602:21
**52688.3.1.TO** [1] - 4603:7
**534** [1] - 4563:23
**5395** [1] - 4508:12
**546** [1] - 4511:3
**556** [2] - 4507:4, 4584:22
**5649** [1] - 4584:9
**5649.1.1.TO** [1] - 4584:10
**5649.5.1** [1] - 4584:16
**5649.5.2.2.TO** [1] - 4584:20

**5650** [1] - 4592:23
**5650.1.1.TO** [2] - 4587:12, 4592:25
**5650.19.1.TO** [1] - 4593:7
**5653** [1] - 4559:11
**5653.1** [1] - 4560:3
**5653.1.1.TO** [1] - 4560:13
**5653.2.1.TO** [1] - 4559:17
**571.13.1.TO** [1] - 4598:17
**589-7776** [1] - 4511:23
**5th** [1] - 4513:15

# 6

**6** [1] - 4633:8
**6,795** [1] - 4584:18
**600** [3] - 4507:15, 4507:17, 4510:21
**601** [1] - 4507:12
**60654** [1] - 4510:6
**618** [1] - 4508:2
**65** [1] - 4603:20

# 7

**7** [2] - 4625:20, 4625:23
**7,000** [1] - 4530:15
**700** [2] - 4563:23, 4564:9
**701** [2] - 4509:18, 4509:23
**70113** [1] - 4507:7
**70130** [6] - 4507:13, 4507:18, 4508:8, 4509:18, 4511:3, 4511:22
**70139** [1] - 4509:24
**70163** [1] - 4510:12
**70360** [1] - 4507:20
**70458** [1] - 4507:23
**70502** [2] - 4507:5, 4510:22
**70801** [1] - 4508:3
**70804** [1] - 4509:15
**711** [1] - 4595:11
**7134** [3] - 4589:15, 4589:16, 4590:3
**7134.3.1.TO** [1] - 4590:6
**75** [1] - 4545:11
**75270** [1] - 4511:13
**7611** [1] - 4508:18

**77002** [2] - 4510:15, 4511:20
**77006** [1] - 4508:5
**77010** [2] - 4511:8, 4511:16
**77098** [1] - 4510:24
**7TH** [1] - 4508:12

# 8

**820** [1] - 4507:7
**84** [1] - 4586:9
**87** [1] - 4522:10
**8th** [1] - 4604:20

# 9

**90071** [1] - 4510:19
**91** [1] - 4530:6
**92** [6] - 4607:7, 4607:25, 4611:7, 4612:16, 4629:19, 4649:5
**92-day** [1] - 4629:12
**92-days** [1] - 4566:7
**925.19.1.TO** [1] - 4530:24
**929** [1] - 4636:8
**929.88.1.TO** [1] - 4577:1
**929.9.1.TO** [1] - 4577:7
**932** [1] - 4575:18
**932.1.1.TO** [1] - 4575:23
**932.3.1.TO** [1] - 4575:24
**932.4.1.TO** [1] - 4576:4
**932.6.1** [1] - 4577:4
**94005** [1] - 4509:15
**94102** [1] - 4508:13
**97** [1] - 4526:25
**97.6** [1] - 4576:23
**9TH** [1] - 4507:17

# A

**A.M** [1] - 4547:19
**abandoned** [1] - 4591:23
**abandoning** [1] - 4515:9
**abandonment** [1] - 4551:16
**ability** [5] - 4525:12, 4596:21, 4626:11, 4646:9, 4667:16

**able** [9] - 4527:22, 4544:13, 4559:12, 4579:22, 4591:24, 4593:2, 4595:15, 4600:16, 4645:1
**abnormal** [1] - 4521:1
**above** [2] - 4614:7, 4667:17
**above-entitled** [1] - 4667:17
**ABRAMSON** [1] - 4507:11
**absent** [1] - 4654:4
**absolute** [2] - 4556:13, 4661:11
**absolutely** [14] - 4521:10, 4531:11, 4535:2, 4535:20, 4536:3, 4542:16, 4549:14, 4578:8, 4589:1, 4609:22, 4613:8, 4613:16, 4647:12, 4662:4
**absorb** [1] - 4582:23
**accept** [1] - 4657:20
**accepted** [4] - 4519:15, 4657:22, 4657:23
**access** [1] - 4544:7
**Accident** [1] - 4625:2
**accident** [15] - 4515:1, 4517:12, 4517:14, 4539:2, 4575:3, 4624:19, 4624:25, 4625:8, 4627:19, 4638:10, 4640:6, 4641:1, 4649:18, 4649:22
**accommodate** [1] - 4662:14
**accommodation** [4] - 4548:25, 4591:9, 4661:3
**accommodations** [1] - 4548:23
**accomplish** [1] - 4568:19
**accomplishment** [1] - 4541:19
**according** [1] - 4600:14
**Accordingly** [1] - 4592:14
**account** [2] - 4645:5, 4646:18
**accountabilities** [1] - 4654:4
**accountable** [1] - 4592:13

**accumulates** [1] - 4634:9
**accumulation** [1] - 4665:20
**accuracy** [2] - 4600:7, 4601:5
**accurate** [1] - 4527:23
**accustomed** [2] - 4556:10, 4566:16
**achieve** [1] - 4531:24
**acknowledged** [2] - 4519:13, 4519:14
**acoustic** [3] - 4660:15, 4660:17, 4660:19
**acquired** [1] - 4574:12
**acquisitions** [1] - 4528:11
**acronym** [4] - 4543:8, 4545:18, 4548:8, 4548:14
**acronyms** [2] - 4543:1, 4543:10
**across** [25] - 4554:18, 4560:1, 4566:8, 4567:14, 4567:22, 4570:15, 4570:25, 4572:24, 4573:7, 4574:5, 4574:21, 4584:6, 4584:7, 4584:15, 4607:13, 4611:8, 4611:18, 4611:19, 4616:14, 4624:22, 4632:4, 4658:4, 4664:15, 4665:4, 4665:7
**act** [2] - 4545:21, 4608:13
**acted** [1] - 4576:6
**acting** [1] - 4641:10
**ACTION** [1] - 4506:8
**action** [17] - 4566:10, 4587:3, 4587:6, 4592:2, 4592:20, 4594:8, 4602:25, 4613:18, 4623:4, 4623:16, 4630:17, 4630:21, 4634:25, 4640:19, 4659:10, 4659:11, 4659:23
**actions** [4] - 4538:24, 4586:24, 4603:4, 4651:13
**activities** [4] - 4527:9, 4631:22, 4643:10, 4643:11
**activity** [1] - 4660:24

**actual** [4] - 4593:24, 4612:21, 4613:5, 4640:20
**actually** [20] - 4513:9, 4537:6, 4543:3, 4549:13, 4558:19, 4569:10, 4580:21, 4582:17, 4588:23, 4596:3, 4596:16, 4600:21, 4602:22, 4603:13, 4612:7, 4613:9, 4613:10, 4644:4, 4645:22, 4653:11
**Adamson** [3] - 4514:24, 4515:2, 4515:3
**adding** [1] - 4597:16
**addition** [5] - 4534:6, 4571:8, 4611:10, 4614:11, 4631:22
**additional** [2] - 4591:23, 4624:5
**address** [8] - 4538:19, 4546:13, 4630:6, 4630:17, 4634:20, 4644:11, 4644:18, 4646:17
**addresses** [1] - 4553:23
**addressing** [3] - 4534:4, 4615:3, 4630:10
**adequate** [4] - 4594:24, 4620:23, 4623:4, 4623:15
**adequately** [5] - 4595:1, 4619:4, 4619:6, 4619:19, 4620:17
**adjoining** [1] - 4577:10
**Admiral** [2] - 4516:18
**admission** [3] - 4619:25, 4620:4, 4620:7
**admitted** [1] - 4521:6
**adopted** [1] - 4577:6
**Adrian** [6] - 4568:9, 4568:10, 4606:5, 4614:24, 4614:25
**advanced** [1] - 4524:2
**advantage** [1] - 4522:18
**advised** [1] - 4513:10
**advisories** [2] - 4588:10, 4597:19
**advisory** [11] -

4587:22, 4587:25, 4588:1, 4588:13, 4597:9, 4597:13, 4597:22, 4597:25, 4598:2, 4598:12, 4599:5
**affected** [1] - 4516:23
**affects** [1] - 4531:22
**affinity** [2] - 4518:2, 4556:3
**Africa** [3] - 4530:11, 4593:6
**after** [26] - 4513:12, 4515:1, 4515:4, 4523:13, 4527:10, 4528:24, 4549:24, 4556:25, 4562:16, 4575:3, 4582:16, 4606:12, 4606:18, 4618:23, 4622:1, 4622:5, 4623:25, 4624:8, 4624:9, 4632:21, 4638:20, 4652:6, 4652:10, 4652:11, 4658:12, 4658:23
**afternoon** [3] - 4516:7, 4517:5, 4527:6
**again** [14] - 4553:25, 4561:25, 4580:4, 4580:17, 4580:19, 4583:10, 4583:12, 4631:12, 4635:19, 4637:3, 4639:24, 4646:13, 4649:8, 4650:3
**against** [2] - 4539:12, 4592:20
**agenda** [1] - 4656:22
**ago** [2] - 4547:12, 4573:14
**agree** [26] - 4533:20, 4534:11, 4601:3, 4608:14, 4608:15, 4620:7, 4643:16, 4646:2, 4649:9, 4654:8, 4654:20, 4655:2, 4655:17, 4656:15, 4656:23, 4657:2, 4658:12, 4659:5, 4659:15, 4659:18, 4659:25, 4660:3, 4660:14, 4661:11, 4665:17, 4665:25
**agreed** [4] - 4639:9, 4641:18, 4641:23, 4657:20

**Agreement** [1] - 4519:25
**agreement** [6] - 4518:6, 4519:3, 4520:21, 4643:21, 4643:24, 4657:12
**ahead** [8] - 4552:13, 4590:17, 4590:21, 4591:2, 4591:3, 4591:4, 4599:13, 4653:25
**aid** [7] - 4553:4, 4553:5, 4553:7, 4553:14, 4554:10, 4554:18
**Airport** [1] - 4516:1
**AL** [4] - 4506:13, 4506:16, 4507:10, 4509:9
**ALABAMA** [2] - 4509:6
**Alabama** [4] - 4517:9, 4525:23, 4642:13, 4642:17
**alert** [9] - 4587:22, 4587:25, 4588:1, 4588:2, 4588:7, 4588:14, 4588:17, 4588:19, 4588:21
**alerted** [1] - 4586:21
**alerts** [2] - 4552:19, 4588:10
**ALEX** [1] - 4511:6
**Aliyev** [1] - 4563:22
**all** [89] - 4513:7, 4513:23, 4519:20, 4524:15, 4524:20, 4525:12, 4529:13, 4529:23, 4530:10, 4531:1, 4531:8, 4532:7, 4533:5, 4533:17, 4534:19, 4534:25, 4535:12, 4535:16, 4538:10, 4538:19, 4538:21, 4542:20, 4542:24, 4543:6, 4545:24, 4549:5, 4554:17, 4561:12, 4564:25, 4571:16, 4574:7, 4578:10, 4579:16, 4580:8, 4581:13, 4583:24, 4584:5, 4584:6, 4584:14, 4585:9, 4586:18, 4586:23, 4587:8, 4590:22, 4591:24, 4596:14, 4598:11, 4600:9, 4600:24, 4601:18, 4603:10,

4603:15, 4604:18, 4605:7, 4605:9, 4605:12, 4608:6, 4612:5, 4612:6, 4613:11, 4613:12, 4615:17, 4615:22, 4616:3, 4624:6, 4628:6, 4633:9, 4635:15, 4636:3, 4637:9, 4640:15, 4641:2, 4641:6, 4642:11, 4643:17, 4645:12, 4645:24, 4650:20, 4651:3, 4655:6, 4655:8, 4655:21, 4656:5, 4657:4, 4667:4, 4667:6
**ALLAN** [1] - 4509:17
**Allen** [1] - 4656:11
**allocution** [6] - 4520:6, 4520:10, 4520:21, 4639:9, 4656:24, 4657:19
**allow** [2] - 4653:2, 4655:6
**allowed** [3] - 4539:7, 4550:12, 4597:5
**allows** [2] - 4582:3, 4593:13
**allure** [1] - 4525:10
**almost** [4] - 4530:14, 4576:5, 4633:20, 4646:22
**alone** [1] - 4646:7
**along** [5] - 4544:4, 4544:5, 4544:20, 4563:1, 4565:11
**already** [10] - 4513:10, 4551:18, 4563:8, 4570:16, 4588:6, 4596:12, 4609:20, 4625:22, 4633:2, 4653:20
**also** [15] - 4559:11, 4575:14, 4582:3, 4594:25, 4603:18, 4604:14, 4611:22, 4613:21, 4616:11, 4619:5, 4636:3, 4652:14, 4656:23, 4658:17, 4663:23
**altogether** [1] - 4647:10
**always** [4] - 4515:14, 4562:21, 4577:8, 4588:10, 4588:12, 4593:21, 4661:22
**ambition** [1] - 4522:14

**Ambrose** [2] - 4517:21, 4517:22
**Amelia** [1] - 4548:20
**amend** [1] - 4589:8
**AMERICA** [3] - 4506:15, 4508:10, 4509:21
**America** [8] - 4515:3, 4516:2, 4530:11, 4530:12, 4568:15, 4568:23, 4631:25, 4636:15
**American** [3] - 4568:13, 4569:4, 4604:24
**AMERICAN** [1] - 4507:12
**among** [4] - 4562:20, 4573:16, 4617:1, 4624:10
**amount** [10] - 4519:6, 4519:7, 4549:1, 4549:5, 4595:22, 4600:25, 4602:4, 4657:15, 4661:24, 4661:25
**AND** [3] - 4506:12, 4510:9, 4513:25
**and/or** [2] - 4625:15, 4636:10
**ANDREW** [1] - 4510:4
**Andy** [2] - 4516:8, 4516:9
**ANGELES** [1] - 4510:19
**announcement** [5] - 4572:22, 4609:19, 4615:25, 4616:2, 4616:6
**annual** [6] - 4538:6, 4540:17, 4561:7, 4584:12, 4584:14, 4628:14
**annular** [4] - 4549:11, 4594:8, 4594:9, 4594:10
**annulus** [3] - 4521:24, 4591:5, 4591:6
**anomalies** [1] - 4659:10
**anomaly** [2] - 4519:14, 4657:21
**another** [15] - 4560:12, 4565:9, 4569:3, 4595:11, 4596:13, 4626:9, 4626:16, 4631:9, 4654:20, 4658:24,

4661:4, 4662:14,
4662:25, 4663:3,
4665:23
   **answer** [30] -
4533:11, 4533:14,
4533:19, 4534:3,
4609:20, 4609:22,
4614:15, 4621:10,
4621:12, 4621:16,
4621:19, 4623:23,
4627:23, 4640:22,
4640:24, 4641:14,
4641:15, 4641:20,
4641:21, 4641:22,
4641:25, 4642:2,
4642:4, 4648:9,
4654:8, 4655:6,
4655:22, 4659:19,
4660:10, 4660:12
   **answered** [2] -
4515:5, 4653:20
   **ANTHONY** [1] -
4508:7
   **anticipate** [1] -
4612:24
   **anxious** [1] -
4662:18
   **any** [53] - 4513:7,
4513:17, 4516:23,
4517:4, 4519:2,
4525:13, 4531:9,
4531:14, 4533:25,
4542:9, 4543:14,
4543:15, 4544:6,
4547:4, 4552:14,
4552:16, 4553:3,
4554:8, 4555:21,
4562:20, 4563:25,
4580:24, 4581:2,
4581:12, 4589:5,
4592:2, 4604:22,
4604:24, 4605:2,
4608:1, 4615:18,
4618:12, 4632:12,
4639:13, 4640:23,
4641:6, 4642:5,
4645:6, 4649:12,
4649:23, 4650:21,
4656:3, 4658:4,
4658:8, 4658:10,
4661:6, 4663:5,
4666:17
   **anybody** [8] -
4544:19, 4613:9,
4639:4, 4657:25,
4658:4, 4658:7
   **anything** [14] -
4520:10, 4520:13,
4520:15, 4526:16,
4553:7, 4578:23,

4591:19, 4591:23,
4623:7, 4623:20,
4623:22, 4656:1,
4656:3, 4660:11
   **anytime** [2] -
4535:17
   **anyway** [1] - 4588:7
   **anywhere** [2] -
4552:20, 4646:8
   **apart** [1] - 4665:16
   **apologize** [3] -
4545:17, 4548:8,
4548:14
   **apparently** [1] -
4622:21
   **appear** [1] - 4541:19
   **APPEARANCES** [1] -
4507:1
   **apple** [1] - 4529:14
   **applicable** [1] -
4654:5
   **application** [8] -
4550:9, 4551:2,
4567:3, 4570:13,
4608:20, 4618:9,
4633:13, 4646:17
   **applied** [4] -
4570:15, 4655:10,
4655:23, 4656:2
   **applies** [1] - 4543:13
   **apply** [9] - 4646:6,
4647:10, 4647:20,
4648:1, 4648:8,
4649:13, 4649:25,
4655:2, 4655:18
   **applying** [1] -
4649:10
   **appraisal** [1] -
4538:6
   **approach** [5] -
4568:22, 4571:10,
4571:11, 4589:18,
4637:16
   **approached** [1] -
4524:12
   **approaches** [1] -
4577:6
   **appropriate** [9] -
4540:9, 4551:9,
4587:3, 4587:6,
4623:4, 4623:15,
4632:9, 4659:10,
4659:11
   **approval** [3] -
4519:8, 4541:12,
4541:14
   **approve** [1] -
4519:10
   **approves** [1] -
4540:14

   **approving** [2] -
4519:2, 4519:11
   **approximately** [3] -
4558:14, 4559:4,
4559:5
   **APRIL** [1] - 4506:6
   **April** [25] - 4513:12,
4513:15, 4514:21,
4548:5, 4555:24,
4579:5, 4580:23,
4596:8, 4598:20,
4599:1, 4605:4,
4609:16, 4621:1,
4621:7, 4621:18,
4622:8, 4625:25,
4634:16, 4642:18,
4647:21, 4648:1,
4648:2, 4649:25,
4650:7, 4651:2
   **Arctic** [8] - 4601:12,
4601:14, 4601:15,
4601:21, 4601:23,
4602:13, 4604:5,
4604:12
   **are** [158] - 4514:14,
4518:5, 4518:12,
4519:20, 4520:21,
4521:23, 4524:14,
4527:19, 4529:18,
4529:20, 4530:6,
4532:11, 4532:23,
4533:5, 4533:21,
4535:13, 4536:24,
4537:7, 4537:18,
4538:4, 4538:9,
4539:11, 4539:13,
4539:15, 4540:11,
4540:13, 4542:20,
4541:2, 4541:11,
4542:14, 4543:19,
4544:24, 4545:11,
4546:2, 4547:20,
4547:25, 4548:1,
4550:12, 4550:13,
4550:16, 4551:3,
4551:14, 4551:15,
4552:2, 4552:12,
4552:22, 4553:10,
4554:25, 4555:11,
4556:22, 4557:5,
4557:19, 4558:21,
4558:23, 4559:11,
4561:9, 4561:10,
4561:14, 4562:6,
4562:18, 4563:8,
4564:23, 4565:11,
4568:4, 4568:12,
4568:14, 4568:15,
4568:25, 4569:23,
4573:5, 4573:7,

4573:13, 4574:5,
4574:6, 4574:10,
4574:16, 4574:19,
4575:4, 4575:20,
4576:13, 4577:4,
4578:3, 4578:11,
4580:20, 4582:4,
4582:8, 4582:11,
4582:13, 4582:14,
4582:15, 4582:21,
4583:2, 4583:5,
4583:6, 4583:19,
4583:24, 4583:25,
4584:25, 4585:2,
4585:3, 4585:17,
4588:10, 4588:13,
4591:25, 4593:14,
4595:15, 4606:2,
4606:11, 4606:14,
4606:24, 4607:13,
4607:18, 4609:5,
4609:21, 4611:18,
4612:6, 4613:2,
4613:12, 4616:11,
4616:14, 4616:25,
4618:15, 4619:13,
4620:12, 4623:4,
4625:21, 4627:8,
4632:21, 4633:24,
4635:12, 4637:8,
4638:8, 4638:17,
4639:8, 4639:20,
4639:25, 4643:10,
4643:11, 4645:3,
4645:6, 4648:17,
4649:14, 4652:25,
4656:17, 4658:25,
4659:2, 4660:8,
4660:15, 4661:13,
4662:9, 4663:6,
4663:8, 4663:22,
4666:2, 4666:19
   **area** [1] - 4660:20
   **areas** [15] - 4530:10,
4530:11, 4544:7,
4545:6, 4545:9,
4564:10, 4575:9,
4575:12, 4575:13,
4577:5, 4577:10,
4577:13, 4603:10,
4603:15, 4633:6
   **Areas** [1] - 4618:5
   **aren't** [2] - 4561:18,
4637:7
   **argumentative** [4] -
4622:12, 4629:16,
4640:11, 4654:17
   **arising** [1] - 4599:2
   **Arizona** [2] - 4522:7,
4522:17

   **Arnaud** [7] - 4562:2,
4562:4, 4562:13,
4562:15, 4562:21,
4606:6, 4615:7
   **Arnaud's** [1] -
4561:25
   **around** [20] -
4524:21, 4530:4,
4530:8, 4530:13,
4543:20, 4544:11,
4545:12, 4549:19,
4556:5, 4556:6,
4556:23, 4556:24,
4564:9, 4565:7,
4565:15, 4571:4,
4580:2, 4632:7,
4649:6, 4666:12
   **arrangement** [2] -
4644:7, 4663:14
   **ARRELL** [1] -
4510:23
   **articulate** [3] -
4540:25, 4574:14,
4588:15
   **artificial** [2] -
4548:21, 4632:12
   **AS** [1] - 4513:25
   **ASAP** [4] - 4611:2,
4613:14, 4631:24,
4632:22
   **ASBILL** [1] - 4510:13
   **Asia** [1] - 4530:12
   **aside** [1] - 4657:7
   **ask** [17] - 4517:18,
4550:5, 4551:19,
4551:20, 4557:16,
4565:23, 4581:12,
4581:17, 4589:12,
4621:5, 4622:13,
4637:3, 4648:15,
4651:20, 4653:17,
4653:24, 4654:20
   **asked** [20] - 4513:16,
4515:17, 4572:23,
4574:3, 4575:10,
4581:13, 4593:11,
4604:21, 4606:1,
4621:2, 4621:3,
4621:22, 4623:13,
4632:2, 4632:3,
4632:11, 4632:21,
4660:10, 4661:16
   **asking** [6] - 4536:16,
4606:14, 4615:23,
4622:19, 4638:10,
4639:25
   **aspect** [3] - 4517:25,
4518:1, 4546:25
   **aspects** [4] -
4525:11, 4538:22,

4578:13, 4610:3
**assess** [3] - 4546:21, 4572:9, 4574:15
**Assessment** [1] - 4625:3
**assessment** [12] - 4519:15, 4539:2, 4567:19, 4572:6, 4624:25, 4625:9, 4627:19, 4649:17, 4649:18, 4657:6, 4657:23, 4666:20
**assessments** [1] - 4539:1
**assessor** [1] - 4632:6
**assessors** [2] - 4632:5, 4632:8
**ASSET** [1] - 4506:13
**asset** [4] - 4562:4, 4562:13, 4562:14, 4562:16
**assets** [1] - 4532:6
**assigned** [2] - 4553:24, 4554:8
**assist** [1] - 4538:3
**associated** [13] - 4515:14, 4518:3, 4519:7, 4523:23, 4525:21, 4537:1, 4542:21, 4542:25, 4551:6, 4551:10, 4558:12, 4576:21, 4592:1
**Association** [1] - 4552:25
**assume** [4] - 4528:2, 4543:19, 4643:12, 4645:9
**assumed** [1] - 4591:16
**assumes** [2] - 4640:10, 4644:4
**assuming** [1] - 4645:21
**assumption** [1] - 4644:6
**assure** [1] - 4516:9
**astounding** [4] - 4619:25, 4620:3, 4620:7, 4620:8
**at** [185] - 4514:10, 4514:24, 4515:3, 4515:19, 4516:1, 4517:12, 4517:13, 4517:15, 4518:11, 4519:2, 4519:24, 4521:8, 4522:5, 4522:13, 4522:16, 4522:21, 4523:4,

4524:8, 4524:11, 4524:14, 4524:16, 4524:20, 4524:23, 4525:7, 4525:9, 4525:14, 4525:22, 4526:5, 4527:17, 4528:3, 4528:10, 4528:18, 4528:20, 4529:2, 4530:1, 4531:13, 4535:12, 4546:25, 4547:17, 4547:18, 4547:24, 4548:13, 4548:19, 4549:11, 4549:20, 4554:7, 4557:9, 4557:12, 4558:23, 4559:4, 4559:22, 4560:4, 4560:9, 4560:12, 4560:14, 4562:4, 4562:8, 4562:12, 4562:20, 4564:15, 4565:8, 4565:9, 4566:23, 4568:10, 4569:6, 4569:7, 4569:16, 4572:11, 4572:18, 4574:16, 4575:18, 4576:24, 4577:21, 4580:18, 4581:13, 4583:25, 4584:5, 4584:9, 4585:12, 4585:19, 4585:20, 4586:5, 4586:17, 4586:23, 4586:24, 4587:5, 4587:7, 4589:15, 4589:21, 4590:12, 4592:23, 4594:7, 4594:17, 4594:19, 4595:12, 4596:8, 4600:4, 4600:9, 4601:8, 4601:15, 4601:18, 4601:22, 4602:9, 4604:2, 4604:3, 4606:1, 4606:15, 4606:22, 4607:23, 4608:20, 4611:4, 4611:5, 4611:23, 4612:5, 4613:25, 4615:20, 4616:7, 4616:16, 4616:17, 4617:1, 4617:9, 4618:17, 4620:11, 4620:12, 4621:10, 4622:7, 4622:20, 4622:22, 4622:24, 4625:14, 4628:9, 4629:9, 4632:16, 4632:2, 4633:7, 4633:17, 4635:17, 4636:6, 4636:10,

4636:21, 4637:6, 4638:10, 4640:6, 4641:1, 4641:6, 4642:21, 4645:10, 4645:11, 4647:6, 4649:4, 4650:21, 4651:5, 4651:23, 4651:24, 4652:13, 4652:14, 4654:15, 4655:9, 4655:10, 4657:2, 4657:4, 4657:8, 4657:25, 4658:5, 4658:10, 4659:5, 4659:6, 4659:12, 4659:16, 4662:17, 4664:7, 4666:3, 4666:9, 4666:10, 4666:15, 4666:22, 4667:5
**Atlantic** [1] - 4525:23
**attaches** [1] - 4563:12
**attachment** [3] - 4524:22, 4524:23, 4524:25
**attack** [1] - 4569:23
**attention** [4] - 4538:13, 4545:25, 4553:24, 4577:12
**ATTORNEY** [4] - 4509:6, 4509:7, 4509:12, 4509:14
**attract** [1] - 4665:6
**audit** [3] - 4602:25, 4603:11, 4651:6
**audits** [1] - 4581:2
**August** [3] - 4589:21, 4589:22
**Australia** [1] - 4530:12
**authored** [1] - 4606:5
**authority** [3] - 4539:20, 4549:5, 4634:13
**available** [3] - 4570:21, 4594:25, 4620:23
**AVENUE** [5] - 4507:7, 4508:12, 4509:8, 4510:2, 4510:18
**average** [2] - 4626:6, 4664:5
**avoid** [3] - 4608:13, 4610:24, 4661:6
**avoidable** [1] - 4618:15
**avoided** [3] - 4618:9, 4629:7, 4629:8

**award** [4] - 4540:11, 4540:16, 4540:17, 4541:17
**awarded** [1] - 4523:10
**awards** [1] - 4540:14
**aware** [14] - 4518:5, 4562:20, 4577:8, 4587:5, 4589:24, 4597:4, 4618:22, 4623:19, 4640:9, 4657:15, 4661:13, 4661:15, 4662:17, 4662:23
**awareness** [8] - 4545:24, 4587:1, 4634:11, 4634:15, 4636:14, 4659:8, 4659:17, 4659:23
**awareness... younger** [1] - 4633:18
**away** [1] - 4637:24

**B**

**B** [1] - 4511:6
**back** [35] - 4513:13, 4522:2, 4528:19, 4529:1, 4537:5, 4541:6, 4544:22, 4552:1, 4553:20, 4553:24, 4554:2, 4554:7, 4560:3, 4564:16, 4565:8, 4565:12, 4566:19, 4566:20, 4567:5, 4567:9, 4567:12, 4567:25, 4584:8, 4591:2, 4591:3, 4604:18, 4605:21, 4621:11, 4636:9, 4640:13, 4641:8, 4645:10, 4649:8, 4659:5, 4667:5
**background** [2] - 4517:23, 4522:2
**backlog** [1] - 4603:19
**backwards** [1] - 4564:17
**bad** [3] - 4515:16, 4556:11, 4577:15
**ballooning** [2] - 4582:21, 4583:1
**Balwant** [2] - 4563:22, 4564:4
**band** [1] - 4553:4
**Barbier** [3] - 4536:20, 4543:1,

4621:5
**BARBIER** [1] - 4506:22
**Barbier's** [1] - 4529:17
**Barnhill** [3] - 4551:19, 4665:12, 4665:14
**barrels** [1] - 4586:5
**barrier** [2] - 4596:22, 4597:7
**Barry** [1] - 4601:4
**base** [5] - 4526:20, 4548:20, 4548:24, 4549:8, 4634:8
**based** [14] - 4514:14, 4517:13, 4523:15, 4532:8, 4548:13, 4548:19, 4550:10, 4550:17, 4551:1, 4580:10, 4643:8, 4643:10
**basic** [4] - 4539:10, 4549:18, 4573:25, 4585:19
**basically** [2] - 4618:14, 4651:20
**basis** [14] - 4532:11, 4539:4, 4547:21, 4552:19, 4569:24, 4571:8, 4579:15, 4580:8, 4580:14, 4584:5, 4584:14, 4629:19, 4649:7, 4666:22
**BATON** [2] - 4508:3, 4509:15
**batteries** [1] - 4660:4
**Baxter** [4] - 4648:3, 4648:7, 4648:13, 4648:14
**BC-10** [2] - 4602:13, 4602:16
**be** [90] - 4513:6, 4513:11, 4515:16, 4515:18, 4516:14, 4517:16, 4521:23, 4523:22, 4524:11, 4524:16, 4527:21, 4530:25, 4531:20, 4533:3, 4535:23, 4536:12, 4543:16, 4544:6, 4544:12, 4544:17, 4544:18, 4545:4, 4545:14, 4546:24, 4550:12, 4555:13, 4557:2, 4562:7, 4562:11, 4568:20, 4569:12, 4570:18, 4573:2,

4576:6, 4578:13, 4579:22, 4580:22, 4583:13, 4583:15, 4586:5, 4588:7, 4588:21, 4592:15, 4593:14, 4595:5, 4597:22, 4599:2, 4599:8, 4599:14, 4605:12, 4605:21, 4608:12, 4610:3, 4610:13, 4612:10, 4612:12, 4613:5, 4615:12, 4618:8, 4620:4, 4620:20, 4621:11, 4624:6, 4624:10, 4625:19, 4628:20, 4629:7, 4633:10, 4636:4, 4636:9, 4636:22, 4637:1, 4638:13, 4643:16, 4643:19, 4644:3, 4644:11, 4645:1, 4650:3, 4658:20, 4659:15, 4660:13, 4661:1, 4661:4, 4661:6, 4661:24, 4662:8, 4662:17

**Bea** [7] - 4532:23, 4533:9, 4533:20, 4533:22, 4533:24, 4534:11, 4534:16
**BEACH** [1] - 4507:15
**beach** [2] - 4576:1, 4635:11
**beach-driven** [1] - 4635:11
**became** [6] - 4526:3, 4526:10, 4528:5, 4528:25, 4529:3, 4531:6
**because** [62] - 4519:6, 4519:20, 4524:18, 4526:24, 4527:15, 4529:9, 4532:18, 4535:19, 4536:2, 4537:22, 4538:1, 4538:9, 4540:7, 4545:5, 4546:21, 4547:11, 4547:14, 4549:7, 4549:9, 4549:12, 4554:4, 4555:19, 4556:3, 4565:20, 4567:23, 4572:23, 4576:21, 4577:21, 4578:11, 4578:13, 4578:17, 4578:18, 4581:9, 4585:3, 4591:4, 4591:20,

4593:21, 4594:12, 4594:15, 4597:22, 4600:17, 4600:22, 4601:24, 4601:25, 4602:8, 4612:11, 4624:4, 4628:21, 4628:24, 4633:24, 4642:21, 4646:21, 4646:24, 4647:13, 4651:16, 4652:25, 4657:10, 4660:8, 4661:21, 4661:25, 4666:20
**BECK** [2] - 4511:4, 4511:5
**become** [9] - 4514:16, 4524:10, 4528:3, 4528:22, 4538:3, 4538:5, 4589:24, 4640:9, 4664:2
**been** [44] - 4514:25, 4515:11, 4517:10, 4524:19, 4528:20, 4529:6, 4531:4, 4531:21, 4544:21, 4564:25, 4566:16, 4573:8, 4576:13, 4577:21, 4577:22, 4578:12, 4578:18, 4581:11, 4586:20, 4589:22, 4596:12, 4596:23, 4597:23, 4598:22, 4607:19, 4614:14, 4621:22, 4621:23, 4622:3, 4622:6, 4623:11, 4624:24, 4625:22, 4629:14, 4631:17, 4635:6, 4638:25, 4648:6, 4650:16, 4653:8, 4655:7, 4657:23
**BEFORE** [1] - 4506:22
**before** [39] - 4513:7, 4514:18, 4522:7, 4527:6, 4542:8, 4575:14, 4576:10, 4578:14, 4578:18, 4578:20, 4581:12, 4581:21, 4601:9, 4605:22, 4611:14, 4619:10, 4621:1, 4621:6, 4621:12, 4621:18, 4622:1, 4622:4, 4622:8, 4623:13, 4628:6, 4628:9, 4628:16, 4632:18, 4633:8,

4637:10, 4650:7, 4651:2, 4651:23, 4653:13, 4653:14, 4658:24, 4663:1
**begging** [1] - 4599:18
**begin** [1] - 4524:8
**beginning** [1] - 4637:10
**behalf** [1] - 4517:16
**behave** [1] - 4589:1
**behavior** [2] - 4546:9, 4546:13
**behaviors** [1] - 4546:7
**being** [23] - 4523:2, 4547:18, 4570:15, 4570:18, 4574:16, 4574:19, 4576:16, 4577:9, 4593:21, 4599:5, 4600:9, 4600:13, 4606:24, 4611:25, 4621:3, 4628:16, 4629:8, 4631:24, 4650:15, 4650:21, 4662:6, 4663:8, 4663:20
**believe** [30] - 4513:9, 4531:9, 4531:20, 4560:22, 4573:8, 4575:17, 4589:11, 4590:25, 4594:11, 4606:21, 4607:21, 4608:6, 4608:19, 4615:4, 4621:8, 4621:19, 4621:25, 4622:3, 4622:7, 4623:6, 4624:6, 4624:24, 4632:16, 4638:1, 4640:14, 4640:16, 4640:18, 4641:19, 4643:3, 4649:4
**believed** [2] - 4607:19, 4634:6
**believes** [1] - 4639:7
**below** [1] - 4592:14
**BEN** [6] - 4509:4
**benefit** [4] - 4593:20, 4633:5, 4634:4, 4660:19
**besides** [1] - 4651:17
**best** [4] - 4571:24, 4571:25, 4663:11, 4667:16
**bet** [1] - 4563:7
**better** [8] - 4523:8, 4557:19, 4573:19, 4589:9, 4593:16,

4612:2, 4661:16
**between** [29] - 4526:17, 4526:20, 4527:3, 4533:25, 4534:12, 4535:4, 4537:20, 4541:7, 4544:4, 4557:1, 4560:10, 4562:20, 4565:13, 4565:20, 4580:10, 4581:24, 4594:16, 4600:17, 4609:6, 4612:20, 4613:4, 4617:2, 4618:8, 4638:8, 4638:17, 4644:1, 4646:18, 4660:24, 4665:15
**bias** [1] - 4632:7
**big** [6] - 4524:20, 4524:21, 4561:2, 4633:19, 4645:23, 4665:4
**biggest** [1] - 4618:7
**bill** [2] - 4517:21, 4563:7
**Bill** [4] - 4517:23, 4518:1, 4568:6
**billion** [2] - 4519:11, 4657:8
**binder** [11] - 4519:20, 4519:24, 4541:23, 4556:16, 4556:18, 4559:11, 4568:5, 4584:9, 4589:16, 4599:9, 4601:9
**Bingham** [5] - 4522:13, 4522:16, 4523:2, 4524:20, 4524:23
**biologically** [1] - 4599:13
**Birmingham** [4] - 4559:16, 4559:17, 4559:22, 4584:3
**Birmingham's** [1] - 4560:5
**bit** [6] - 4524:10, 4526:13, 4539:23, 4548:21, 4588:21, 4664:24
**blame** [3] - 4521:8, 4521:9, 4521:11
**blind** [1] - 4660:10
**block** [2] - 4548:25, 4591:10
**blocks** [2] - 4558:3, 4609:3
**blowout** [17] - 4520:13, 4564:1,

4605:22, 4619:5, 4619:20, 4621:13, 4622:1, 4628:7, 4628:9, 4628:17, 4633:8, 4639:12, 4640:3, 4640:4, 4640:9, 4641:12, 4642:2
**blue** [1] - 4660:4
**board** [5] - 4519:8, 4519:9, 4519:10, 4528:16, 4645:23
**boardroom** [1] - 4643:17
**Bob** [14] - 4529:5, 4531:5, 4570:11, 4570:12, 4570:18, 4570:22, 4571:6, 4573:1, 4613:19, 4613:20, 4613:21, 4645:12, 4645:17, 4645:18
**Bobby** [1] - 4556:22
**Bobi** [1] - 4562:21
**Bobillier** [3] - 4562:23, 4606:8, 4615:8
**BOCKIUS** [1] - 4511:17
**bone** [1] - 4553:6
**boost** [3] - 4590:19, 4590:20, 4590:24
**BOP** [19] - 4537:4, 4545:5, 4549:11, 4591:10, 4591:12, 4591:18, 4594:17, 4594:18, 4658:20, 4658:23, 4658:24, 4659:4, 4659:25, 4660:16, 4660:25, 4661:1
**both** [8] - 4517:25, 4577:9, 4584:17, 4608:17, 4613:8, 4618:15, 4625:5, 4625:10
**bottom** [9] - 4557:19, 4560:4, 4564:13, 4569:7, 4572:18, 4608:10, 4613:25, 4616:15, 4636:14
**BOULEVARD** [1] - 4508:5
**BOUNDS** [1] - 4507:8
**BOX** [4] - 4507:4, 4508:18, 4508:23, 4509:15
**BP** [81] - 4506:15, 4509:20, 4509:21,

4509:22, 4516:10, 4516:19, 4518:20, 4519:16, 4520:25, 4521:15, 4521:18, 4533:14, 4534:1, 4534:5, 4534:18, 4534:19, 4534:20, 4535:3, 4535:5, 4536:9, 4536:10, 4571:20, 4643:1, 4643:21, 4643:22, 4644:4, 4644:6, 4644:20, 4644:23, 4645:4, 4645:11, 4645:24, 4646:6, 4646:7, 4647:4, 4647:10, 4647:20, 4648:1, 4648:14, 4649:10, 4649:25, 4650:7, 4650:10, 4650:14, 4650:15, 4650:20, 4650:24, 4651:2, 4651:23, 4652:5, 4652:8, 4652:12, 4652:14, 4652:25, 4653:2, 4653:5, 4653:16, 4653:21, 4654:2, 4654:14, 4654:21, 4654:23, 4655:2, 4655:3, 4655:9, 4655:18, 4655:19, 4655:23, 4656:19, 4657:25, 4658:2, 4658:6, 4658:13, 4662:12, 4662:18, 4663:9, 4663:15, 4663:18

**BP's** [7] - 4516:7, 4644:2, 4649:19, 4657:22, 4657:23, 4662:16

**BRAD** [1] - 4510:17
**BRANCH** [3] - 4508:11, 4508:20, 4509:2
**Braniff** [1] - 4601:4
**Brazil** [4] - 4525:19, 4601:16, 4601:21, 4601:24
**Brazilians** [2] - 4602:1, 4602:2
**break** [1] - 4663:1
**breakdown** [1] - 4580:11
**breaks** [1] - 4583:14
**BREIT** [2] - 4507:14, 4507:14
**BRENNAN** [1] - 4510:13

**Brian** [6] - 4512:7, 4599:11, 4633:20, 4642:25, 4644:13, 4651:5
**BRIAN** [59] - 4510:17, 4513:20, 4514:7, 4518:8, 4518:9, 4519:19, 4519:23, 4520:3, 4520:4, 4520:18, 4520:19, 4543:7, 4543:12, 4545:19, 4552:21, 4576:10, 4576:15, 4589:18, 4589:20, 4592:5, 4592:6, 4592:10, 4592:11, 4592:25, 4593:1, 4593:7, 4593:9, 4597:11, 4597:12, 4597:20, 4597:21, 4598:17, 4598:18, 4599:13, 4599:18, 4599:19, 4600:4, 4600:5, 4601:10, 4601:11, 4602:10, 4602:12, 4602:21, 4602:24, 4603:7, 4603:8, 4603:16, 4603:17, 4603:22, 4603:24, 4605:6, 4621:14, 4622:12, 4627:22, 4629:16, 4638:2, 4639:15, 4640:10, 4657:12
**bridge** [8] - 4565:6, 4565:7, 4565:12, 4565:13, 4565:18, 4565:21, 4661:4
**bridges** [1] - 4644:3
**bridging** [4] - 4644:3, 4644:11, 4646:13, 4646:16
**briefly** [7] - 4529:18, 4542:7, 4548:5, 4559:20, 4620:11, 4656:23, 4660:18
**bring** [5] - 4570:12, 4570:24, 4577:16, 4648:3, 4651:9
**brings** [1] - 4534:21
**broad** [3] - 4566:8, 4640:13, 4666:12
**broader** [1] - 4526:13
**broadly** [2] - 4572:6, 4617:18
**BROCK** [1] - 4510:2
**broken** [1] - 4553:6
**brought** [6] -

4513:10, 4562:23, 4577:12, 4577:25, 4651:11, 4651:20
**Browning** [1] - 4556:22
**buck** [2] - 4642:22, 4642:23
**Buddy** [2] - 4517:8
**budget** [5] - 4662:12, 4662:16, 4662:18
**BUILDING** [1] - 4507:12
**built** [1] - 4579:12
**bullet** [6] - 4619:3, 4634:11, 4650:14, 4650:23, 4650:24, 4656:21
**bulletin** [2] - 4540:4, 4560:2
**bunch** [2] - 4563:12, 4665:21
**BURLING** [1] - 4510:1
**burn** [1] - 4591:25
**business** [15] - 4518:4, 4523:20, 4523:21, 4524:2, 4524:3, 4525:12, 4529:12, 4531:23, 4531:25, 4532:3, 4534:13, 4546:25, 4551:25, 4581:18, 4663:24
**but** [61] - 4513:15, 4517:12, 4517:13, 4522:17, 4523:15, 4523:24, 4524:24, 4531:13, 4534:16, 4538:14, 4539:25, 4541:23, 4553:5, 4553:18, 4553:20, 4553:25, 4554:2, 4555:15, 4559:25, 4563:7, 4565:12, 4578:7, 4580:3, 4580:11, 4585:9, 4588:5, 4588:7, 4589:1, 4589:5, 4590:18, 4592:1, 4595:18, 4599:18, 4606:19, 4607:11, 4608:4, 4611:25, 4614:11, 4620:11, 4622:22, 4623:19, 4624:3, 4624:22, 4630:7, 4631:20, 4644:16, 4648:24, 4649:4, 4650:4, 4651:12, 4652:11, 4653:9, 4653:20,

4655:7, 4657:7, 4657:25, 4659:15, 4663:7, 4664:2, 4666:6
**button** [1] - 4660:24
**buy** [1] - 4664:17
**by** [57] - 4512:7, 4512:9, 4512:12, 4512:14, 4516:10, 4522:13, 4524:4, 4525:4, 4526:7, 4534:4, 4539:4, 4539:18, 4540:23, 4541:2, 4542:13, 4559:5, 4560:24, 4561:7, 4561:25, 4566:12, 4567:22, 4581:3, 4585:17, 4587:15, 4587:18, 4589:11, 4590:13, 4591:18, 4596:12, 4597:1, 4598:9, 4600:20, 4603:12, 4603:20, 4606:5, 4630:23, 4636:23, 4639:7, 4643:12, 4643:24, 4645:4, 4645:6, 4646:24, 4646:13, 4649:6, 4653:23, 4654:2, 4655:15, 4657:7, 4658:13, 4661:24, 4662:4, 4663:3, 4663:20, 4664:9
**BY** [79] - 4506:5, 4507:3, 4507:6, 4507:9, 4507:11, 4507:14, 4507:17, 4507:19, 4507:22, 4508:2, 4508:4, 4508:7, 4508:11, 4508:15, 4508:20, 4509:2, 4509:7, 4509:13, 4509:17, 4509:22, 4510:2, 4510:4, 4510:11, 4510:14, 4510:17, 4510:20, 4510:23, 4511:2, 4511:5, 4511:11, 4511:15, 4511:18, 4511:25, 4511:25, 4514:7, 4518:9, 4519:23, 4520:4, 4520:19, 4543:12, 4545:19, 4552:21, 4576:15, 4589:20, 4592:6, 4592:11, 4593:1, 4593:9, 4597:12, 4597:21, 4598:18, 4599:19, 4600:5,

4601:11, 4602:12, 4602:24, 4603:8, 4603:17, 4603:24, 4605:18, 4621:17, 4622:15, 4628:5, 4629:21, 4637:19, 4638:5, 4639:23, 4640:21, 4642:16, 4647:25, 4648:20, 4653:22, 4654:1, 4654:19, 4655:16, 4656:10, 4657:16, 4659:24, 4662:22

# C

**C** [3] - 4510:2, 4511:15, 4511:19
**CA** [2] - 4508:13, 4510:19
**cabling** [1] - 4535:16
**Cajun** [3] - 4563:24, 4565:5
**CALDWELL** [1] - 4509:13
**call** [14] - 4513:21, 4514:24, 4515:14, 4516:7, 4539:25, 4547:16, 4548:7, 4574:1, 4582:18, 4586:19, 4593:23, 4598:6, 4631:5, 4664:18
**called** [12] - 4524:5, 4537:13, 4539:2, 4540:5, 4540:9, 4562:9, 4562:13, 4583:7, 4587:21, 4602:13, 4602:16, 4656:1
**calls** [3] - 4515:12, 4516:5, 4582:25
**came** [19] - 4522:15, 4524:3, 4525:6, 4562:24, 4563:2, 4567:25, 4575:2, 4575:3, 4575:14, 4591:2, 4591:3, 4591:6, 4597:13, 4609:16, 4628:18, 4635:5, 4652:4, 4666:5
**CAMERON** [1] - 4511:1
**CAMP** [1] - 4509:18
**campaign** [1] - 4540:5
**can** [119] - 4513:13, 4518:8, 4518:10, 4519:21, 4519:24,

4521:23, 4522:18,
4523:1, 4529:13,
4531:20, 4531:23,
4531:24, 4533:15,
4539:12, 4543:16,
4544:7, 4544:18,
4544:21, 4545:16,
4546:21, 4546:24,
4547:19, 4548:21,
4548:24, 4552:16,
4553:20, 4553:25,
4554:3, 4556:14,
4556:15, 4556:24,
4557:3, 4558:1,
4559:1, 4559:21,
4561:21, 4563:7,
4568:5, 4569:6,
4569:10, 4570:19,
4572:11, 4572:12,
4573:22, 4574:9,
4574:11, 4575:23,
4577:7, 4578:8,
4580:14, 4582:22,
4583:13, 4584:9,
4584:10, 4585:13,
4590:22, 4592:25,
4593:22, 4593:24,
4595:12, 4595:18,
4596:15, 4597:7,
4598:8, 4598:9,
4598:19, 4599:14,
4601:4, 4602:21,
4602:22, 4603:22,
4607:15, 4608:1,
4608:22, 4608:25,
4609:1, 4609:2,
4609:4, 4613:5,
4614:15, 4615:13,
4617:19, 4617:25,
4618:8, 4620:13,
4622:11, 4622:16,
4622:19, 4626:12,
4626:13, 4628:20,
4629:1, 4629:7,
4636:1, 4636:9,
4637:16, 4640:22,
4645:15, 4645:17,
4646:2, 4646:3,
4648:15, 4650:13,
4650:23, 4651:20,
4652:18, 4653:24,
4654:9, 4657:15,
4658:1, 4658:10,
4661:11, 4663:14,
4665:19

**can't** [13] - 4543:5,
4554:2, 4572:12,
4608:24, 4617:19,
4634:7, 4644:16,
4644:20, 4644:23,
4645:3, 4645:12,

4645:17, 4645:24
**cannot** [7] - 4533:19,
4534:8, 4553:24,
4554:7, 4614:7,
4616:8, 4645:14
**Canyon** [5] -
4522:13, 4522:17,
4523:2, 4524:20,
4524:23
**capability** [1] -
4552:14
**capital** [1] - 4529:12
**captain** [1] - 4567:18
**captured** [1] -
4583:24
**card** [2] - 4546:4,
4546:5
**cards** [1] - 4546:2
**care** [2] - 4562:12,
4562:16
**career** [9] - 4515:13,
4522:14, 4523:4,
4524:25, 4529:15,
4578:18, 4634:1,
4634:10, 4635:6
**Carl** [4] - 4648:3,
4650:13, 4650:23,
4652:18
**CARL** [1] - 4506:22
**CARONDELET** [2] -
4507:17, 4511:3
**CARRIE** [1] - 4510:5
**carried** [4] - 4574:16,
4574:19, 4641:2,
4656:17
**carry** [12] - 4530:1,
4544:13, 4551:14,
4574:6, 4579:16,
4579:22, 4579:24,
4579:25, 4596:4,
4601:23, 4633:22,
4639:20
**carrying** [10] -
4545:23, 4546:1,
4549:12, 4580:7,
4580:21, 4595:21,
4602:15, 4602:17,
4640:17, 4643:18
**CASE** [2] - 4506:12,
4506:14
**case** [26] - 4534:18,
4535:3, 4553:9,
4553:14, 4553:17,
4553:21, 4553:23,
4554:4, 4554:10,
4554:11, 4566:18,
4573:20, 4595:2,
4620:17, 4621:25,
4624:16, 4636:24,
4636:25, 4647:4,

4647:10, 4653:9,
4654:11, 4659:12,
4663:15, 4666:21
**cased** [1] - 4596:14
**cases** [4] - 4541:3,
4553:18, 4554:19
**casing** [3] - 4534:23,
4600:15, 4600:19
**cast** [1] - 4564:22
**cataloged** [1] -
4628:21
**catastrophe** [1] -
4631:1
**categories** [2] -
4554:13, 4582:11
**caught** [2] - 4565:2,
4565:22
**cause** [2] - 4517:15,
4617:25
**caused** [6] -
4639:12, 4640:3,
4640:9, 4640:24,
4641:11, 4642:2
**causes** [1] - 4596:19
**Causeway** [1] -
4526:7
**Cavanaugh** [1] -
4556:22
**CCR** [3] - 4511:21,
4667:13, 4667:21
**cement** [2] -
4598:23, 4644:24
**cementing** [5] -
4534:22, 4581:13,
4581:14, 4599:3,
4646:20
**center** [1] - 4516:3
**CENTER** [1] - 4511:7
**CENTRE** [1] -
4510:11
**CEO** [24] - 4514:16,
4518:14, 4528:2,
4528:16, 4528:20,
4528:25, 4529:3,
4531:6, 4539:9,
4539:10, 4546:24,
4569:20, 4614:12,
4615:9, 4623:9,
4638:9, 4638:17,
4638:21, 4642:18,
4642:23, 4647:19,
4648:22, 4655:17,
4660:21
**CERNICH** [1] -
4508:16
**certain** [3] - 4582:24,
4628:20, 4647:15
**certainly** [7] -
4579:10, 4612:1,
4626:22, 4626:25,
4636:25, 4647:4,

4637:13, 4645:2,
4650:6
**certainty** [2] -
4607:23, 4628:10
**certificate** [1] -
4552:1
**CERTIFICATE** [1] -
4667:11
**certify** [1] - 4667:15
**CFO** [1] - 4525:14
**chain** [4] - 4559:15,
4580:20, 4598:10,
4636:4
**chains** [1] - 4519:21
**chair** [2] - 4540:14,
4541:12
**chairman** [1] -
4528:16
**CHAKERES** [1] -
4508:17
**challenge** [3] -
4577:24, 4578:5,
4578:16
**challenges** [1] -
4593:19
**challenging** [1] -
4593:16
**chance** [1] - 4648:18
**CHANG** [2] -
4508:16, 4642:12
**change** [11] -
4525:24, 4539:24,
4557:20, 4582:24,
4594:24, 4596:3,
4620:22, 4624:9,
4635:11, 4635:12
**changes** [4] -
4547:16, 4563:1,
4575:13, 4641:4
**changing** [3] -
4595:24, 4596:6,
4614:7
**characterize** [1] -
4652:3
**charge** [4] - 4524:19,
4562:10, 4562:14,
4649:2
**chart** [7] - 4518:10,
4518:12, 4585:15,
4585:24, 4589:10,
4645:9, 4649:8
**chartered** [1] -
4518:19
**CHASE** [1] - 4510:12
**check** [2] - 4590:23,
4593:20
**Chevron** [6] -
4524:4, 4524:11,
4524:14, 4524:16,
4525:10, 4651:24

**CHICAGO** [1] -
4510:6
**chief** [14] - 4514:11,
4528:3, 4528:5,
4528:22, 4529:3,
4554:24, 4555:9,
4570:7, 4579:4,
4613:20, 4622:24,
4623:2, 4636:7
**child** [1] - 4523:1
**choke** [1] - 4618:11
**choose** [1] - 4517:22
**chooses** [1] -
4649:12
**cinema** [1] - 4547:18
**circulate** [1] -
4593:13
**circulated** [3] -
4591:4, 4591:5,
4593:21
**circulating** [6] -
4591:4, 4593:12,
4593:18, 4593:19,
4593:23, 4597:1
**circulation** [1] -
4593:23
**circumstance** [1] -
4605:3
**circumstances** [5] -
4586:23, 4587:4,
4588:25, 4605:2,
4644:18
**City** [4] - 4522:4,
4522:5, 4522:14,
4548:20
**CIVIL** [3] - 4506:8,
4508:11, 4508:20
**claims** [1] - 4620:4
**Clancy** [1] - 4556:22
**clarify** [1] - 4639:19
**clarity** [2] - 4633:13,
4654:3
**class** [2] - 4522:10,
4619:17
**classification** [3] -
4553:1, 4553:2,
4554:16
**classroom** [4] -
4549:1, 4549:5,
4550:8, 4665:19
**classroom-like** [1] -
4550:8
**clean** [2] - 4596:1,
4596:2
**cleaner** [1] - 4595:25
**clear** [5] - 4513:19,
4543:1, 4560:20,
4574:6, 4574:7
**clearance** [2] -
4565:13, 4565:20

**clearly** [3] - 4608:7, 4611:4, 4634:1
**CLERK** [4] - 4513:24, 4514:2, 4605:9, 4667:6
**climate** [1] - 4651:8
**CLINGMAN** [1] - 4510:14
**close** [14] - 4524:22, 4524:23, 4524:25, 4527:2, 4548:21, 4548:24, 4556:4, 4591:15, 4594:19, 4597:2, 4632:9, 4658:25, 4659:2, 4659:6
**closed** [6] - 4591:13, 4591:14, 4591:17, 4594:10
**closely** [2] - 4600:9, 4601:7
**closing** [3] - 4594:8, 4619:5, 4619:19
**co** [1] - 4540:23
**co-workers** [1] - 4540:23
**coaching** [1] - 4664:25
**Coast** [3] - 4516:17, 4516:20, 4581:3
**coast** [4] - 4590:10, 4593:5, 4600:3, 4601:16
**COE** [1] - 4645:12
**collaborate** [2] - 4521:25, 4536:10
**collaborative** [1] - 4536:16
**colleague** [2] - 4523:5, 4523:6
**colleagues** [4] - 4540:23, 4541:3, 4565:14, 4569:1
**college** [4] - 4522:20, 4522:21, 4523:13, 4523:14
**Colorado** [4] - 4522:21, 4523:6, 4523:8, 4523:15
**column** [1] - 4564:13
**combination** [3] - 4550:8, 4550:10, 4608:19
**combined** [1] - 4528:25
**come** [9] - 4544:22, 4567:5, 4567:18, 4577:23, 4584:13, 4612:19, 4659:21, 4663:10, 4667:5

**comes** [4] - 4530:9, 4532:14, 4535:22, 4588:9
**comfort** [1] - 4567:19
**comfortable** [2] - 4566:19
**coming** [4] - 4527:14, 4589:4, 4594:5, 4631:1
**command** [1] - 4636:4
**commenced** [1] - 4517:16
**commendable** [1] - 4600:8
**COMMERCIAL** [1] - 4509:2
**commercial** [2] - 4532:17, 4532:21
**commission** [1] - 4631:22
**commissioned** [1] - 4631:20
**commitment** [3] - 4546:11, 4546:12, 4604:9
**committee** [15] - 4540:14, 4541:4, 4541:5, 4541:7, 4541:11, 4541:12, 4541:14, 4615:2, 4615:5, 4615:7, 4615:9, 4615:20, 4615:25
**Common** [3] - 4633:9, 4633:12, 4635:10
**communicate** [7] - 4542:6, 4543:2, 4544:19, 4557:15, 4589:1, 4651:14, 4656:19
**communicated** [2] - 4586:20, 4634:22
**communicating** [1] - 4556:10
**communication** [5] - 4526:17, 4588:1, 4588:8, 4602:4, 4645:7
**communications** [1] - 4654:4
**companies** [4] - 4534:19, 4534:25, 4535:2, 4584:17
**Company** [1] - 4563:8
**COMPANY** [1] - 4509:22

**company** [55] - 4517:16, 4518:13, 4518:14, 4524:9, 4525:2, 4525:15, 4525:19, 4528:3, 4528:10, 4528:11, 4529:9, 4529:14, 4529:15, 4529:16, 4529:17, 4530:4, 4531:16, 4532:10, 4532:13, 4539:9, 4540:18, 4549:25, 4551:4, 4552:3, 4554:18, 4561:4, 4563:17, 4565:23, 4566:8, 4571:1, 4571:22, 4571:25, 4575:11, 4577:22, 4579:9, 4584:6, 4584:7, 4584:15, 4587:9, 4587:16, 4587:19, 4587:21, 4589:21, 4598:7, 4600:2, 4607:25, 4611:8, 4620:4, 4634:25, 4635:1, 4645:19, 4665:5, 4666:12
**company's** [12] - 4526:4, 4528:25, 4531:1, 4531:3, 4531:4, 4554:12, 4568:1, 4595:6, 4598:3, 4610:4, 4610:8, 4610:13
**compared** [1] - 4571:10
**comparison** [1] - 4526:23
**compartment** [2] - 4539:4
**compartment-by-compartment** [1] - 4539:4
**compensated** [1] - 4532:10
**compensation** [4] - 4530:2, 4665:4, 4665:5, 4665:7
**competency** [4] - 4550:20, 4550:24, 4551:1, 4665:18
**competent** [7] - 4579:24, 4579:25, 4633:18, 4639:20, 4640:17, 4642:9
**complacency** [1] - 4601:2
**complacent** [1] - 4597:22

**complaining** [1] - 4666:2
**COMPLAINT** [1] - 4506:12
**complete** [3] - 4550:3, 4578:4, 4662:19
**completely** [6] - 4523:2, 4532:21, 4591:15, 4591:16, 4591:20, 4654:15
**completeness** [1] - 4648:15
**completion** [9] - 4595:21, 4595:23, 4595:25, 4596:1, 4596:5, 4596:7, 4596:11, 4596:13
**complex** [9] - 4534:10, 4538:19, 4539:6, 4539:7, 4600:21, 4644:14, 4644:16, 4645:21, 4645:23
**complexity** [2] - 4545:2, 4545:12
**compliance** [2] - 4560:20, 4561:17
**compliment** [1] - 4638:3
**compliments** [1] - 4634:8
**component** [3] - 4551:11, 4572:9, 4611:25
**comprehension** [1] - 4631:16
**comprehensive** [6] - 4542:1, 4542:24, 4549:25, 4641:2, 4641:5, 4644:15
**comprised** [3] - 4564:18, 4579:10, 4580:5
**COMPUTER** [1] - 4511:25
**computer** [3] - 4550:10, 4550:17, 4551:1
**computer-based** [3] - 4550:10, 4550:17, 4551:1
**computers** [3] - 4550:11, 4550:12, 4550:13
**concern** [4] - 4569:22, 4618:7, 4631:11, 4666:17
**concerned** [6] - 4524:15, 4573:5,

4573:12, 4607:11, 4611:15, 4616:12
**concerning** [3] - 4557:2, 4563:19, 4565:24
**concerns** [3] - 4569:16, 4576:6, 4653:7
**concerted** [1] - 4571:14
**conclude** [2] - 4626:13, 4640:22
**concluded** [5] - 4619:12, 4619:18, 4629:7, 4635:16, 4636:3
**conclusion** [5] - 4608:1, 4620:6, 4626:12, 4628:13
**conclusions** [2] - 4610:21, 4666:5
**condense** [1] - 4532:20
**condition** [4] - 4542:17, 4544:9, 4546:9, 4546:13
**conditions** [4] - 4546:6, 4546:7, 4582:24
**conduct** [6] - 4531:7, 4538:5, 4539:1, 4586:13, 4590:22, 4609:25
**conducted** [3] - 4530:25, 4577:9, 4627:19
**conducting** [5] - 4516:20, 4536:3, 4564:6, 4640:5, 4652:14
**conference** [1] - 4574:2
**confident** [2] - 4567:6, 4567:12
**configure** [1] - 4552:18
**confirm** [1] - 4636:2
**conflict** [2] - 4643:21, 4643:22
**conjunction** [3] - 4519:13, 4547:15, 4622:4
**connected** [1] - 4591:22
**connection** [19] - 4526:20, 4536:10, 4537:22, 4537:23, 4556:4, 4569:4, 4575:24, 4590:18, 4590:19, 4590:21,

4591:1, 4592:7, 4593:10, 4593:14, 4593:21, 4594:21, 4596:8, 4660:24

**CONRAD** [1] - 4507:19

**consequence** [2] - 4626:9, 4626:16

**consequences** [8] - 4625:6, 4625:10, 4625:12, 4625:14, 4627:5, 4627:17, 4628:3, 4654:9

**consequently** [4] - 4535:19, 4588:3, 4588:19, 4597:4

**consider** [2] - 4555:13, 4655:24

**consideration** [1] - 4595:5

**consistent** [2] - 4568:25, 4658:1

**consists** [1] - 4659:8

**consolidate** [1] - 4554:17

**consolidated** [2] - 4531:13, 4561:12

**constant** [1] - 4635:10

**construct** [1] - 4647:14

**construction** [4] - 4530:6, 4534:17, 4628:14, 4646:23

**consult** [1] - 4572:1

**contacts** [1] - 4571:5

**contained** [2] - 4600:7, 4616:11

**containing** [1] - 4616:2

**content** [1] - 4521:10

**contents** [1] - 4594:21

**context** [4] - 4519:21, 4553:11, 4562:5, 4572:9

**contingent** [1] - 4523:10

**continually** [1] - 4665:11

**continuation** [1] - 4594:11

**continue** [3] - 4557:21, 4593:13, 4657:24

**continued** [7] - 4528:8, 4591:3, 4591:21, 4594:8, 4612:15, 4623:25, 4624:10

**continuing** [2] - 4594:13, 4652:22

**continuous** [3] - 4593:12, 4593:18, 4593:19

**contract** [12] - 4518:19, 4525:22, 4643:1, 4643:24, 4646:8, 4647:13, 4647:14, 4647:15, 4654:14, 4654:21, 4661:22, 4663:13

**contracted** [1] - 4645:19

**contractor** [8] - 4535:10, 4562:6, 4562:11, 4647:9, 4650:17, 4662:10, 4665:3, 4665:6

**contractors** [7] - 4534:19, 4571:9, 4650:9, 4651:16, 4651:23, 4653:6, 4654:5

**contractors'** [1] - 4571:11

**Contractors'** [1] - 4553:1

**contracts** [1] - 4532:11

**contractually** [1] - 4583:18

**contributed** [6] - 4639:12, 4640:3, 4640:9, 4640:24, 4641:12, 4642:2

**Control** [1] - 4617:6

**control** [94] - 4531:23, 4536:20, 4536:21, 4538:14, 4542:6, 4543:2, 4544:20, 4544:21, 4551:7, 4551:19, 4551:23, 4552:1, 4552:2, 4558:2, 4558:3, 4558:4, 4558:5, 4559:6, 4563:15, 4563:25, 4566:7, 4579:13, 4581:18, 4581:20, 4582:7, 4582:11, 4582:18, 4583:5, 4584:12, 4584:14, 4584:22, 4586:14, 4586:25, 4587:1, 4587:15, 4587:23, 4588:11, 4589:3, 4589:4, 4590:4, 4591:10, 4591:18, 4593:17, 4594:23,

4594:24, 4594:25, 4595:6, 4597:17, 4597:24, 4598:13, 4599:2, 4599:22, 4601:17, 4611:9, 4612:25, 4613:2, 4618:9, 4619:3, 4619:4, 4619:12, 4619:13, 4620:16, 4620:20, 4620:23, 4621:6, 4621:24, 4624:10, 4627:14, 4628:12, 4629:10, 4630:8, 4630:18, 4630:25, 4631:5, 4636:25, 4637:2, 4640:15, 4644:20, 4644:23, 4645:12, 4645:14, 4646:3, 4646:5, 4646:11, 4655:24, 4658:17, 4658:20, 4659:8, 4660:23, 4661:5

**controlled** [4] - 4654:25, 4655:3, 4655:19, 4660:15

**controlling** [1] - 4660:25

**controls** [5] - 4625:10, 4625:12, 4628:4, 4646:7

**conversant** [1] - 4602:3

**conversation** [8] - 4546:10, 4546:11, 4554:25, 4561:16, 4567:21, 4571:1, 4652:12

**conversations** [5] - 4527:16, 4527:19, 4569:21, 4570:17, 4650:10

**convert** [1] - 4666:1

**conveyed** [1] - 4599:5

**convinced** [1] - 4612:5

**COO** [12] - 4528:17, 4528:20, 4528:25, 4529:1, 4569:20, 4605:23, 4623:8, 4623:9, 4623:10, 4638:21, 4638:22, 4638:23

**cooperate** [1] - 4584:5

**Cooperation** [1] - 4519:25

**coordinated** [1] - 4533:6

**coordinating** [1] - 4536:18

**coordination** [1] - 4632:9

**copied** [4] - 4556:25, 4560:5, 4562:18, 4604:6

**copper** [2] - 4522:12, 4522:13

**core** [5] - 4531:17, 4540:19, 4540:24, 4541:1, 4541:9

**Corey** [1] - 4642:17

**COREY** [1] - 4509:7

**corners** [3] - 4532:13, 4578:23, 4661:18

**corporate** [13] - 4516:10, 4525:15, 4580:17, 4580:18, 4584:13, 4590:1, 4636:4, 4636:11, 4636:17, 4636:22, 4637:4, 4637:7, 4638:17

**CORPORATE** [1] - 4507:20

**CORPORATION** [1] - 4511:2

**corporation** [2] - 4613:20, 4636:23

**correct** [94] - 4559:2, 4559:18, 4560:6, 4569:14, 4575:21, 4577:13, 4586:7, 4599:23, 4604:6, 4606:9, 4607:4, 4608:10, 4610:5, 4610:9, 4610:22, 4611:6, 4611:15, 4611:24, 4612:16, 4612:19, 4613:14, 4614:1, 4614:4, 4616:9, 4617:23, 4618:1, 4618:12, 4619:1, 4619:14, 4619:20, 4620:13, 4620:14, 4621:13, 4622:25, 4624:14, 4624:23, 4625:3, 4626:1, 4626:4, 4627:8, 4627:10, 4627:14, 4627:18, 4628:7, 4630:12, 4631:25, 4632:19, 4633:4, 4642:3, 4642:19, 4642:22, 4643:6, 4644:5, 4644:14, 4644:17, 4644:21, 4644:24,

4645:25, 4646:7, 4646:15, 4647:2, 4647:6, 4647:11, 4649:3, 4649:17, 4650:5, 4652:2, 4656:19, 4657:4, 4657:9, 4657:18, 4658:15, 4658:17, 4658:19, 4658:23, 4659:7, 4659:16, 4660:1, 4660:11, 4661:7, 4661:10, 4661:20, 4662:5, 4662:8, 4663:5, 4663:21, 4663:23, 4664:4, 4664:5, 4664:17, 4665:2, 4666:4, 4667:15

**corrected** [1] - 4615:12

**correcting** [1] - 4613:17

**correction** [2] - 4607:6, 4626:7

**correctly** [23] - 4521:2, 4521:3, 4570:2, 4573:10, 4576:7, 4584:18, 4584:23, 4592:16, 4595:3, 4597:25, 4598:24, 4600:10, 4603:12, 4603:20, 4604:12, 4617:15, 4618:6, 4620:24, 4636:8, 4636:11, 4648:10, 4650:18, 4650:25

**costs** [2] - 4663:23, 4664:2

**could** [55] - 4515:6, 4516:4, 4516:9, 4516:19, 4523:23, 4560:13, 4567:9, 4567:11, 4570:24, 4571:2, 4571:6, 4572:8, 4572:25, 4573:8, 4575:11, 4575:13, 4575:23, 4576:5, 4583:15, 4589:7, 4593:7, 4595:18, 4597:2, 4602:10, 4607:19, 4612:1, 4612:12, 4615:24, 4616:17, 4624:5, 4630:22, 4631:2, 4631:3, 4631:4, 4631:6, 4631:8, 4631:9, 4631:12, 4631:13, 4631:14, 4631:18,

4631:19, 4633:6,
4636:3, 4640:25,
4645:7, 4648:3,
4654:14, 4658:2,
4658:7, 4658:9,
4658:25, 4659:11,
4660:18
  **couldn't** [7] -
4515:16, 4591:19,
4631:2, 4631:7,
4631:12, 4631:18,
4655:19
  **count** [4] - 4554:3,
4558:7, 4625:25,
4638:14
  **counterpart** [1] -
4527:17
  **counterparts** [3] -
4571:6, 4571:7,
4651:14
  **counting** [1] -
4625:24
  **couple** [10] - 4519:6,
4524:1, 4525:10,
4570:9, 4570:11,
4574:9, 4577:11,
4615:4, 4631:22,
4663:22
  **course** [14] -
4527:10, 4528:11,
4548:13, 4548:19,
4549:24, 4551:5,
4551:11, 4578:7,
4580:16, 4602:2,
4631:4, 4634:9,
4635:6, 4644:4
  **courses** [2] -
4551:13, 4598:15
  **COURT** [47] - 4506:1,
4511:21, 4513:5,
4513:6, 4513:23,
4543:5, 4543:11,
4552:13, 4589:19,
4599:11, 4599:16,
4605:7, 4605:11,
4605:12, 4605:16,
4621:15, 4622:13,
4629:17, 4637:18,
4637:21, 4637:24,
4638:4, 4639:17,
4640:12, 4641:14,
4641:18, 4641:20,
4641:23, 4642:7,
4642:11, 4642:13,
4647:24, 4648:13,
4648:18, 4653:13,
4653:20, 4653:25,
4654:18, 4655:6,
4655:14, 4655:21,
4656:7, 4657:14,

4659:19, 4659:21,
4662:21, 4667:4
  **Court** [10] - 4532:22,
4576:12, 4590:11,
4595:17, 4598:5,
4605:14, 4639:11,
4667:13, 4667:14,
4667:22
  **court** [2] - 4513:11,
4556:20
  **Court's** [1] - 4660:19
  **cover** [11] - 4538:21,
4551:13, 4595:1,
4618:22, 4619:4,
4619:19, 4620:17,
4625:1, 4644:16,
4645:3, 4645:24
  **covered** [1] - 4619:6
  **COVINGTON** [1] -
4510:1
  **crane** [17] - 4543:22,
4544:22, 4545:9,
4549:19, 4549:20,
4564:5, 4565:2,
4565:6, 4565:7,
4565:8, 4565:12,
4565:13, 4565:18,
4565:21, 4567:9,
4567:16
  **cranes** [4] - 4529:24,
4535:21, 4535:24,
4549:19
  **creating** [4] - 4524:1,
4525:13, 4582:5,
4646:13
  **credit** [1] - 4604:11
  **crew** [48] - 4520:11,
4521:8, 4521:9,
4521:21, 4529:21,
4535:24, 4538:2,
4538:14, 4538:23,
4539:3, 4543:19,
4545:7, 4545:8,
4545:9, 4547:20,
4547:22, 4555:18,
4564:23, 4566:22,
4566:24, 4567:9,
4567:10, 4567:11,
4567:15, 4567:19,
4567:22, 4570:25,
4576:19, 4576:23,
4578:3, 4578:6,
4579:10, 4579:15,
4579:18, 4580:7,
4580:8, 4580:10,
4580:13, 4580:14,
4582:4, 4596:25,
4598:13, 4599:1,
4604:5
  **crew's** [1] - 4521:19

  **crewing** [1] - 4602:1
  **crews** [12] - 4526:25,
4545:23, 4545:25,
4547:14, 4570:24,
4577:5, 4628:22,
4633:17, 4633:18,
4633:21, 4633:24,
4634:3
  **criminal** [2] -
4656:23, 4657:8
  **critical** [4] - 4537:15,
4623:3, 4623:14,
4659:25
  **Cross** [3] - 4512:9,
4512:12, 4512:14
  **cross** [4] - 4574:21,
4605:15, 4642:17,
4656:12
  **CROSS** [3] -
4605:17, 4642:15,
4656:9
  **Cross-Examination**
[3] - 4512:9, 4512:12,
4512:14
  **cross-examination**
[2] - 4605:15, 4642:17
  **CROSS-**
**EXAMINATION** [3] -
4605:17, 4642:15,
4656:9
  **cross-section** [1] -
4574:21
  **Crow** [1] - 4527:1
  **crown** [1] - 4609:4
  **CRR** [2] - 4511:21,
4667:21
  **culminating** [1] -
4626:3
  **cultural** [2] -
4603:11, 4651:9
  **culture** [9] - 4572:16,
4572:18, 4576:25,
4610:15, 4630:1,
4630:2, 4651:8,
4651:10, 4653:6
  **culture/climate** [1] -
4575:20
  **CUNNINGHAM** [18] -
4507:8, 4507:9,
4605:14, 4605:18,
4621:17, 4622:15,
4627:24, 4628:5,
4629:21, 4637:16,
4637:19, 4637:22,
4638:1, 4638:5,
4639:23, 4640:21,
4641:16, 4642:10
  **Cunningham** [11] -
4512:9, 4589:13,
4589:24, 4590:5,

4590:9, 4605:15,
4612:23, 4622:22,
4637:21, 4651:6
  **Cunningham's** [1] -
4645:9, 4649:8
  **current** [3] -
4514:10, 4555:3,
4572:17
  **currently** [1] - 4530:5
  **curriculum** [2] -
4619:16, 4620:20
  **customer** [32] -
4527:15, 4527:16,
4527:17, 4527:25,
4529:25, 4534:18,
4536:14, 4571:5,
4571:7, 4583:17,
4596:15, 4602:7,
4632:9, 4644:8,
4644:9, 4646:8,
4646:14, 4646:22,
4646:24, 4647:16,
4649:12, 4651:14,
4661:23, 4661:24,
4662:2, 4662:5,
4662:6, 4662:7,
4662:11, 4663:21
  **customer's** [3] -
4527:22, 4646:9,
4646:19
  **customer-oriented**
[1] - 4662:6
  **customers** [14] -
4530:2, 4536:13,
4541:3, 4547:1,
4562:7, 4562:9,
4562:15, 4568:4,
4571:15, 4571:18,
4585:3, 4646:12,
4662:4, 4663:6
  **customers'** [1] -
4662:8
  **cut** [5] - 4532:13,
4578:22, 4661:18,
4661:19, 4664:2
  **cutting** [1] - 4564:23
  **cycle** [1] - 4554:3

# D

  **D** [3] - 4509:13,
4510:17, 4512:1
  **D-3100** [2] - 4589:10,
4604:18
  **D-6727** [1] - 4533:24
  **D-6728** [1] - 4533:8
  **D-6729** [1] - 4518:8
  **D-6730** [1] - 4530:3
  **D-6731** [1] - 4539:15

  **D-6732** [1] - 4585:24
  **D-6732.1** [1] -
4585:14
  **D-6732.2** [1] -
4585:15
  **D-6732.3** [1] - 4586:6
  **D-6733** [2] - 4535:6
  **D-6734** [1] - 4576:9
  **dad** [6] - 4523:2,
4523:3, 4523:4,
4523:5, 4523:6,
4524:18
  **Dada** [2] - 4563:22,
4564:21
  **daily** [5] - 4552:19,
4571:8, 4578:10,
4579:15, 4600:8
  **DALLAS** [1] -
4511:13
  **damage** [3] - 4626:9,
4626:14, 4626:15
  **danger** [1] - 4630:19
  **DANIEL** [1] - 4509:2
  **date** [6] - 4607:22,
4622:17, 4622:20,
4635:24, 4636:1,
4636:2
  **DAUPHIN** [1] -
4507:9
  **DAVID** [2] - 4511:5,
4511:5
  **DAY** [1] - 4506:20
  **day** [14] - 4516:6,
4527:4, 4527:9,
4527:11, 4532:11,
4532:22, 4547:14,
4547:15, 4547:17,
4553:21, 4565:15,
4565:16, 4635:2,
4636:7
  **days** [9] - 4513:18,
4536:18, 4574:9,
4606:18, 4607:7,
4607:25, 4611:8,
4612:16, 4629:20
  **DC** [4] - 4508:18,
4508:23, 4509:4,
4510:3
  **deal** [4] - 4532:1,
4533:17, 4537:12,
4582:6
  **dealing** [4] -
4545:10, 4582:5,
4595:6, 4601:7
  **deals** [1] - 4607:8
  **dealt** [2] - 4629:23,
4629:24
  **DEANNA** [1] -
4508:16
  **deaths** [9] - 4607:4,

4607:7, 4608:13,
4611:10, 4612:15,
4616:17, 4617:25,
4618:3

**December** [7] -
4617:2, 4617:3,
4617:10, 4618:8,
4625:24, 4625:25

**decided** [2] -
4609:20, 4609:24

**decision** [2] -
4610:1, 4665:23

**decisions** [7] -
4644:21, 4644:23,
4645:3, 4645:6,
4645:15, 4645:24,
4646:25

**decisive** [1] -
4630:17

**decisively** [1] -
4608:13

**deck** [16] - 4529:24,
4535:21, 4535:23,
4535:24, 4537:20,
4543:19, 4543:20,
4545:9, 4565:1,
4565:6, 4565:7,
4565:11, 4565:15,
4565:18, 4613:1,
4630:3

**decks** [1] - 4574:17

**dedicated** [1] -
4579:9

**deemed** [1] -
4576:25

**deep** [2] - 4600:16,
4600:18

**deepest** [2] -
4581:10

**deeply** [4] - 4573:5,
4573:12, 4577:22,
4616:12

**Deepwater** [64] -
4515:8, 4518:5,
4518:15, 4518:20,
4518:24, 4519:12,
4520:11, 4521:19,
4534:5, 4541:16,
4558:15, 4559:8,
4574:23, 4574:24,
4575:20, 4575:21,
4575:24, 4576:19,
4580:25, 4581:3,
4581:7, 4598:22,
4599:22, 4600:1,
4604:20, 4605:4,
4605:22, 4609:15,
4611:14, 4613:3,
4619:10, 4621:13,
4622:1, 4624:22,

4624:25, 4625:3,
4625:17, 4625:19,
4625:23, 4626:4,
4626:10, 4626:11,
4626:14, 4626:15,
4626:17, 4626:19,
4627:20, 4628:2,
4628:7, 4628:8,
4628:17, 4632:19,
4633:8, 4634:16,
4637:11, 4643:2,
4647:21, 4648:8,
4648:25, 4650:1,
4654:16, 4654:22,
4662:13, 4663:9

**deepwater** [3] -
4654:9, 4664:9,
4664:11

**DEEPWATER** [3] -
4506:5, 4510:9,
4510:10

**defendant** [1] -
4520:25

**define** [1] - 4617:9

**defined** [2] -
4552:15, 4624:2

**definitely** [1] -
4649:10

**definition** [4] -
4617:17, 4620:8,
4620:9, 4646:4

**DEGRAVELLES** [2] -
4508:1, 4508:2

**degree** [4] - 4524:2,
4576:21, 4610:17

**delay** [1] - 4613:16

**DELEMARRE** [1] -
4508:21

**deliver** [7] - 4527:25,
4529:13, 4536:13,
4562:7, 4647:17,
4661:22, 4662:10

**delivering** [6] -
4523:25, 4527:19,
4602:18, 4608:21,
4662:7, 4662:12

**delivery** [3] - 4562:9,
4562:15, 4664:10

**demanded** [1] -
4608:21

**demonstrate** [6] -
4538:5, 4540:19,
4546:12, 4550:19,
4550:20, 4550:24

**demonstration** [2] -
4541:1, 4541:8

**demonstrations** [1] -
4665:20

**demonstrative** [6] -
4530:3, 4535:6,

4541:22, 4576:12,
4586:6, 4589:10

**demoted** [1] -
4528:19

**DENISE** [1] -
4511:18

**Denver** [1] - 4523:15

**Department** [2] -
4518:6, 4657:18

**department** [3] -
4545:7, 4579:20,
4592:15

**DEPARTMENT** [4] -
4508:10, 4508:14,
4508:19, 4509:1

**departmental** [1] -
4547:25

**departments** [1] -
4545:13

**departure** [1] -
4652:9

**depends** [3] -
4663:12, 4663:14

**depict** [1] - 4535:6

**depicted** [2] -
4518:12, 4530:11

**deposition** [6] -
4621:9, 4621:10,
4621:21, 4622:7,
4648:3, 4657:3

**depth** [1] - 4525:24

**DEPUTY** [4] -
4513:24, 4514:2,
4605:9, 4667:6

**describe** [11] -
4538:18, 4548:5,
4555:22, 4559:20,
4568:24, 4573:9,
4590:11, 4595:18,
4601:17, 4607:2,
4660:18

**described** [6] -
4535:7, 4542:1,
4573:13, 4581:21,
4606:24, 4639:2

**describes** [1] -
4590:6

**description** [1] -
4660:21

**descriptions** [1] -
4660:22

**deservedly** [1] -
4541:20

**design** [8] - 4533:13,
4533:16, 4534:14,
4536:6, 4644:21,
4644:24, 4645:5,
4646:23

**designating** [1] -
4664:22

**designed** [16] -
4529:12, 4538:19,
4538:21, 4539:7,
4540:18, 4542:24,
4548:21, 4548:22,
4549:16, 4565:6,
4598:23, 4645:16,
4646:1, 4646:16,
4646:18, 4656:2

**desired** [1] - 4650:8

**despite** [2] -
4519:16, 4578:10

**detail** [4] - 4541:6,
4600:6, 4600:7,
4601:5

**details** [3] - 4534:9,
4635:15, 4652:9

**detect** [2] - 4582:15,
4658:25

**detected** [2] -
4586:5, 4586:7

**detecting** [1] -
4586:2

**determining** [1] -
4521:16

**develop** [1] - 4563:6

**developed** [3] -
4522:24, 4585:8,
4644:3

**developing** [2] -
4578:6, 4665:10

**development** [2] -
4524:5, 4524:12

**deviate** [1] - 4593:25

**deviated** [1] - 4537:8

**device** [4] - 4593:12,
4593:18, 4593:20,
4593:24

**devise** [1] - 4645:7

**DEXTER** [1] - 4509:8

**diameter** [4] -
4600:19, 4600:24,
4600:25

**did** [191] - 4513:9,
4514:16, 4514:23,
4515:4, 4515:10,
4515:19, 4515:23,
4515:25, 4516:12,
4516:16, 4516:23,
4516:25, 4517:4,
4517:15, 4517:18,
4517:19, 4517:22,
4519:2, 4519:12,
4520:25, 4521:2,
4522:2, 4522:5,
4522:11, 4522:20,
4522:22, 4523:3,
4523:9, 4523:10,
4523:13, 4523:17,
4523:19, 4523:21,

4524:3, 4524:6,
4524:8, 4524:17,
4525:2, 4525:5,
4525:7, 4525:9,
4525:13, 4525:17,
4526:7, 4526:16,
4528:3, 4528:22,
4529:8, 4530:14,
4531:5, 4541:19,
4546:9, 4546:11,
4546:12, 4551:23,
4551:25, 4555:24,
4556:18, 4560:24,
4563:17, 4563:18,
4565:25, 4566:2,
4567:24, 4568:16,
4568:18, 4569:18,
4570:1, 4570:4,
4570:5, 4570:6,
4571:16, 4571:22,
4572:4, 4573:9,
4573:11, 4573:24,
4573:25, 4574:20,
4574:24, 4574:25,
4575:1, 4575:2,
4575:3, 4575:6,
4575:10, 4575:14,
4575:15, 4575:24,
4576:6, 4576:8,
4576:17, 4579:5,
4581:7, 4583:22,
4584:18, 4584:19,
4584:24, 4584:24,
4586:12, 4587:6,
4587:7, 4589:1,
4589:24, 4590:9,
4590:18, 4590:23,
4591:15, 4592:2,
4592:4, 4592:16,
4592:17, 4592:18,
4592:20, 4593:4,
4594:7, 4595:2,
4595:4, 4595:5,
4597:9, 4597:10,
4597:24, 4598:1,
4598:23, 4598:25,
4599:21, 4599:25,
4600:10, 4603:12,
4603:20, 4603:21,
4604:12, 4604:13,
4604:14, 4604:22,
4604:24, 4610:19,
4611:13, 4614:19,
4615:15, 4615:18,
4617:15, 4617:16,
4619:19, 4620:18,
4620:19, 4620:24,
4620:25, 4623:8,
4623:22, 4631:22,
4633:5, 4634:24,
4635:4, 4635:19,

4636:11, 4636:12, 4640:6, 4641:5, 4642:25, 4643:4, 4647:20, 4648:1, 4648:2, 4648:8, 4648:10, 4649:25, 4650:2, 4650:7, 4650:17, 4650:19, 4650:20, 4650:25, 4651:1, 4651:2, 4651:4, 4651:9, 4651:23, 4652:5, 4652:13, 4652:17, 4657:17, 4666:1, 4666:19, 4666:23

**didn't** [65] - 4523:24, 4540:8, 4540:9, 4543:5, 4555:15, 4562:23, 4563:3, 4568:16, 4582:17, 4586:11, 4588:18, 4588:25, 4594:3, 4594:4, 4594:5, 4594:15, 4594:19, 4594:21, 4606:12, 4607:20, 4607:23, 4608:18, 4611:12, 4612:11, 4612:12, 4612:24, 4613:21, 4614:14, 4614:15, 4614:18, 4615:3, 4615:12, 4615:16, 4615:20, 4621:24, 4623:7, 4624:2, 4624:11, 4626:17, 4626:20, 4626:22, 4626:25, 4627:24, 4628:12, 4628:24, 4629:10, 4630:9, 4630:20, 4631:12, 4632:12, 4634:17, 4636:4, 4637:24, 4637:25, 4641:14, 4641:25, 4649:19, 4652:8, 4653:21, 4654:25, 4655:4, 4666:17

**died** [9] - 4563:21, 4563:22, 4563:23, 4563:24, 4564:4, 4564:6, 4564:21, 4565:5

**differ** [1] - 4644:11

**Difference** [1] - 4540:5

**difference** [12] - 4533:25, 4534:3, 4534:11, 4534:15, 4535:4, 4581:24, 4612:20, 4613:4,

4613:5, 4640:19, 4644:1, 4644:12

**differences** [1] - 4646:18

**different** [38] - 4538:20, 4543:22, 4543:23, 4543:25, 4544:2, 4545:13, 4555:19, 4561:20, 4564:10, 4566:4, 4566:5, 4569:17, 4570:12, 4570:25, 4571:1, 4572:24, 4577:6, 4581:20, 4582:9, 4582:11, 4583:12, 4585:12, 4589:5, 4596:7, 4601:22, 4601:24, 4607:8, 4607:24, 4607:25, 4611:8, 4612:6, 4621:5, 4632:5, 4632:6, 4653:11, 4665:22

**dilution** [1] - 4664:15

**dinner** [1] - 4590:15

**Direct** [1] - 4512:7

**direct** [5] - 4549:20, 4607:3, 4617:6, 4618:17, 4633:11

**DIRECT** [1] - 4514:6

**directed** [1] - 4613:22

**directional** [1] - 4537:8

**directly** [3] - 4516:1, 4555:6, 4556:8

**disassociate** [1] - 4607:15

**disaster** [2] - 4611:14, 4640:1

**disastrous** [2] - 4608:23, 4612:12

**disciplinary** [1] - 4592:20

**discipline** [1] - 4592:8

**disconnect** [1] - 4591:17

**discovered** [1] - 4596:20

**Discoverer** [1] - 4525:20

**discovery** [1] - 4666:21

**Discovery** [1] - 4563:23

**discuss** [4] - 4557:16, 4610:12, 4637:14, 4651:10

**discussed** [11] -

4534:5, 4569:16, 4604:25, 4605:3, 4613:12, 4617:5, 4633:20, 4636:18, 4637:5, 4651:5, 4656:23

**discussion** [9] - 4538:3, 4538:6, 4570:10, 4571:4, 4581:16, 4614:17, 4614:20, 4651:19, 4656:22

**discussions** [8] - 4569:18, 4570:17, 4570:23, 4571:13, 4571:14, 4571:18, 4635:12, 4662:24

**disillusioned** [1] - 4524:10

**dislodged** [1] - 4564:19

**displacement** [1] - 4657:24

**displeasure** [1] - 4602:7

**dispute** [1] - 4655:8

**disseminate** [1] - 4623:7

**disseminating** [1] - 4623:21

**distinction** [3] - 4594:16, 4609:6, 4656:15

**District** [2] - 4667:14

**DISTRICT** [3] - 4506:1, 4506:2, 4506:23

**diverse** [1] - 4574:5

**diverted** [1] - 4594:20

**diverter** [9] - 4594:17, 4594:19, 4594:20, 4595:1, 4595:7, 4619:6, 4619:24, 4620:17, 4620:22

**division** [14] - 4525:19, 4526:10, 4526:11, 4568:14, 4568:22, 4569:4, 4573:3, 4604:24, 4636:15, 4636:21, 4638:18, 4638:20, 4638:21

**DIVISION** [3] - 4508:11, 4508:14, 4508:20

**division's** [2] - 4568:15, 4568:23

**divisional** [4] -

4636:10, 4636:17, 4637:4, 4637:6

**divisions** [1] - 4572:24

**DNV** [1] - 4581:4

**document** [54] - 4520:8, 4530:9, 4530:16, 4558:2, 4561:20, 4572:19, 4573:5, 4576:3, 4578:22, 4579:3, 4584:10, 4586:10, 4587:12, 4594:22, 4599:20, 4603:13, 4604:6, 4607:5, 4611:1, 4611:3, 4612:9, 4614:3, 4614:10, 4616:10, 4617:5, 4617:7, 4618:5, 4618:13, 4618:14, 4619:8, 4619:15, 4619:21, 4620:2, 4621:20, 4622:16, 4622:20, 4625:4, 4625:5, 4625:16, 4627:9, 4627:11, 4627:13, 4627:15, 4635:14, 4636:1, 4636:2, 4636:16, 4644:3, 4644:11, 4646:13, 4646:16, 4648:11, 4653:4, 4653:10

**DOCUMENT** [1] - 4506:11

**documentation** [2] - 4550:14, 4598:7

**documented** [1] - 4519:25

**documents** [8] - 4580:24, 4616:25, 4619:14, 4619:18, 4622:23, 4628:11, 4652:21, 4652:22

**does** [50] - 4520:10, 4520:12, 4520:13, 4520:14, 4520:15, 4520:17, 4530:4, 4530:10, 4530:17, 4530:21, 4532:4, 4532:13, 4533:1, 4534:22, 4534:23, 4534:24, 4535:6, 4535:9, 4536:5, 4536:8, 4536:10, 4536:25, 4538:15, 4539:6, 4547:7, 4548:3, 4554:12, 4555:6, 4555:8, 4556:5, 4556:9,

4558:10, 4563:13, 4585:24, 4586:2, 4586:13, 4587:9, 4587:21, 4590:7, 4593:12, 4599:1, 4599:24, 4601:17, 4618:16, 4619:4, 4641:6, 4641:23, 4644:18, 4649:6

**doesn't** [9] - 4556:7, 4556:8, 4607:9, 4618:15, 4641:6, 4652:21, 4655:15, 4659:21, 4660:23

**doing** [24] - 4516:4, 4516:19, 4523:24, 4538:11, 4544:3, 4546:22, 4546:25, 4554:4, 4561:10, 4561:13, 4563:8, 4564:25, 4568:21, 4573:2, 4577:23, 4577:25, 4578:3, 4580:8, 4580:22, 4585:4, 4588:7, 4591:18, 4596:14, 4665:8

**dollar** [3] - 4519:6, 4519:7, 4657:15

**DOMENGEAUX** [1] - 4507:3

**Don** [1] - 4565:14

**DON** [1] - 4509:22

**don't** [57] - 4528:1, 4534:15, 4543:3, 4543:4, 4543:21, 4548:23, 4549:21, 4555:21, 4557:14, 4558:21, 4561:22, 4565:10, 4577:10, 4578:2, 4578:3, 4578:13, 4585:7, 4585:10, 4589:17, 4593:20, 4608:1, 4610:1, 4611:25, 4613:9, 4616:4, 4620:8, 4621:15, 4621:19, 4622:18, 4624:3, 4624:15, 4626:11, 4626:13, 4627:22, 4631:17, 4634:3, 4635:24, 4637:22, 4639:4, 4639:24, 4643:3, 4643:13, 4645:5, 4650:11, 4656:3, 4656:19, 4658:8, 4659:13, 4661:23, 4662:24, 4662:25, 4665:12, 4667:1

**DONALD** [1] - 4511:11

**done** [24] - 4519:15, 4519:18, 4521:9, 4531:20, 4566:15, 4578:14, 4599:14, 4612:10, 4613:14, 4621:22, 4621:23, 4622:1, 4631:2, 4631:6, 4631:12, 4631:18, 4631:24, 4632:13, 4632:22, 4634:3, 4636:23, 4640:4, 4665:21, 4667:1

**Dontray** [5] - 4563:23, 4564:4, 4565:4, 4565:19, 4565:21

**door** [2] - 4564:15, 4564:16

**double** [1] - 4549:11

**doubt** [1] - 4618:12

**Doug** [2] - 4516:8, 4516:9

**DOUGLAS** [1] - 4509:17

**down** [28] - 4525:20, 4526:9, 4537:7, 4537:21, 4543:24, 4544:14, 4545:7, 4545:9, 4545:14, 4548:20, 4563:7, 4564:11, 4564:13, 4564:19, 4566:11, 4566:12, 4583:14, 4590:18, 4590:22, 4592:14, 4609:23, 4617:14, 4621:10, 4629:22, 4645:12, 4650:23, 4663:23

**downtime** [4] - 4583:14, 4583:20, 4583:22, 4583:23

**DOYEN** [1] - 4510:17

**Dr** [1] - 4533:9

**draft** [2] - 4568:16, 4607:2

**dramatic** [1] - 4664:7

**draw** [2] - 4537:2, 4594:16, 4608:1

**DRESCHER** [1] - 4507:14

**drew** [1] - 4665:15

**drill** [41] - 4519:17, 4521:1, 4521:24, 4530:10, 4530:14, 4537:5, 4537:20, 4537:22, 4538:2, 4538:11, 4545:8,

4551:16, 4554:2, 4555:16, 4564:22, 4564:23, 4564:24, 4574:17, 4582:22, 4591:2, 4591:3, 4591:7, 4591:8, 4591:11, 4591:21, 4592:1, 4593:13, 4594:6, 4594:14, 4598:20, 4599:1, 4600:16, 4600:22, 4628:22, 4630:3, 4630:4, 4657:22

**drilled** [6] - 4530:8, 4581:11, 4596:12, 4596:14, 4600:13

**driller** [28] - 4536:25, 4537:2, 4537:8, 4537:9, 4537:19, 4538:3, 4538:4, 4538:5, 4563:12, 4567:17, 4571:9, 4586:20, 4586:24, 4590:13, 4590:15, 4590:16, 4591:2, 4591:3, 4594:1, 4594:2, 4594:4, 4594:15, 4609:3, 4620:5, 4630:4

**Driller** [2] - 4563:6, 4563:9

**driller's** [8] - 4537:14, 4537:21, 4537:23, 4538:1, 4538:8, 4538:11, 4661:2

**drillers** [4] - 4536:21, 4536:22, 4551:9, 4586:19

**drilling** [75] - 4525:25, 4526:14, 4526:19, 4527:17, 4527:18, 4529:20, 4529:21, 4529:24, 4530:1, 4530:7, 4531:14, 4532:7, 4532:14, 4533:4, 4533:18, 4534:21, 4535:9, 4535:14, 4535:15, 4537:1, 4537:6, 4537:9, 4537:20, 4538:22, 4538:25, 4545:8, 4546:23, 4551:8, 4555:14, 4558:4, 4562:6, 4562:11, 4566:4, 4566:6, 4573:3, 4579:17, 4581:8, 4582:5, 4582:22, 4582:23,

4582:25, 4584:25, 4585:1, 4585:22, 4586:18, 4588:18, 4590:17, 4590:21, 4591:4, 4593:11, 4594:3, 4600:21, 4604:2, 4627:8, 4631:15, 4631:18, 4632:3, 4635:19, 4640:17, 4644:19, 4647:14, 4647:15, 4650:9, 4650:16, 4651:16, 4651:18, 4654:9, 4658:4, 4662:9, 4664:11, 4665:3, 4665:6, 4666:8

**Drilling** [4] - 4518:15, 4525:4, 4528:10, 4552:25

**DRILLING** [1] - 4510:9

**drills** [4] - 4532:4, 4551:15, 4598:15, 4627:14

**DRIVE** [1] - 4507:20

**drive** [3] - 4525:25, 4537:3, 4558:18

**driven** [1] - 4635:11

**dropped** [13] - 4558:18, 4558:20, 4558:21, 4558:24, 4559:3, 4604:16, 4604:19, 4609:1, 4609:6, 4609:8, 4609:13, 4612:23, 4629:24

**drydock** [2] - 4663:4, 4663:10

**drydocking** [1] - 4663:7

**Dudley** [3] - 4645:12, 4645:17, 4645:18

**due** [3] - 4598:23, 4603:19, 4617:12

**during** [14] - 4526:15, 4559:5, 4566:21, 4569:18, 4599:2, 4607:3, 4617:5, 4619:5, 4619:20, 4625:1, 4634:1, 4651:9, 4665:2, 4666:15

**duties** [1] - 4639:25

**duty** [1] - 4658:14

**E**

**e** [36] - 4519:20, 4556:14, 4556:21,

4556:23, 4557:3, 4557:4, 4558:7, 4559:6, 4559:15, 4559:18, 4559:20, 4559:21, 4560:5, 4560:12, 4560:14, 4560:16, 4561:1, 4561:21, 4561:22, 4562:8, 4562:13, 4562:18, 4568:6, 4569:7, 4569:14, 4584:3, 4605:25, 4606:2, 4607:22, 4610:1, 4610:18, 4613:22, 4614:17, 4614:21, 4616:1

**E** [5] - 4511:11, 4511:18, 4512:1, 4513:3, 4514:5

**E&I** [5] - 4593:11, 4593:15, 4593:18, 4593:19

**E&P** [1] - 4572:9

**e-mail** [34] - 4519:20, 4556:21, 4556:23, 4557:3, 4557:4, 4558:7, 4559:6, 4559:15, 4559:18, 4559:20, 4559:21, 4560:5, 4560:12, 4560:14, 4560:16, 4561:1, 4561:21, 4561:22, 4562:13, 4562:18, 4568:6, 4569:7, 4569:14, 4584:3, 4605:25, 4606:2, 4607:22, 4610:1, 4610:18, 4613:22, 4614:17, 4616:1

**e-mails** [2] - 4556:14, 4614:21

**each** [10] - 4535:1, 4535:5, 4540:24, 4550:1, 4551:1, 4562:23, 4567:14, 4568:22, 4570:1, 4600:16

**ear** [1] - 4544:7

**earlier** [21] - 4534:5, 4535:14, 4536:12, 4542:1, 4545:15, 4549:2, 4561:5, 4584:3, 4610:4, 4616:7, 4618:22, 4624:2, 4625:2, 4632:16, 4636:18, 4637:5, 4642:25, 4644:13, 4649:16, 4651:13, 4661:17

4556:23, 4557:3, 4557:4, 4558:7, 4559:6, 4559:15, 4559:18, 4559:20, 4559:21, 4560:5, 4560:12, 4560:14, 4560:16, 4561:1, 4561:21, 4562:8, 4562:13, 4562:18, 4568:6, 4569:7, 4569:14, 4584:3, 4605:25, 4606:2, 4607:22, 4610:1, 4610:18, 4613:22, 4614:17, 4614:21, 4616:1

**E** [5] - 4511:11, 4511:18, 4512:1, 4513:3, 4514:5

**early** [5] - 4522:23, 4522:24, 4543:1, 4568:16, 4653:7

**easily** [1] - 4634:19

**East** [2] - 4551:25, 4559:10

**Easter** [1] - 4513:12

**EASTERN** [1] - 4506:2

**Eastern** [2] - 4523:16, 4667:14

**eat** [1] - 4590:15

**EAU** [1] - 4592:15

**edits** [2] - 4614:3, 4614:11

**eDocs** [5] - 4598:7, 4598:8, 4598:10, 4598:11

**EDWARDS** [1] - 4507:3

**effect** [1] - 4526:11

**effective** [3] - 4546:24, 4573:8, 4592:15

**effectively** [1] - 4528:19

**efficient** [1] - 4661:23

**efficiently** [1] - 4536:4

**effort** [1] - 4572:16

**efforts** [1] - 4516:22

**Egypt** [1] - 4590:10

**eight** [1] - 4618:25

**eighteen** [1] - 4524:7

**either** [6] - 4517:8, 4524:8, 4554:8, 4565:8, 4617:14, 4661:3

**electrical** [3] - 4535:16, 4550:25, 4579:25

**electrician** [5] - 4550:3, 4550:22, 4550:23, 4579:24

**electricians** [5] - 4550:18, 4567:13, 4579:11, 4579:14, 4580:5

**electronic** [3] - 4579:12, 4579:13, 4598:7

**electronically** [1] - 4630:14

**element** [10] - 4526:1, 4526:19, 4542:12, 4542:15, 4551:6, 4551:8, 4551:10, 4567:15, 4598:7, 4650:11

elements [5] -
4533:5, 4534:7,
4538:20, 4568:20,
4589:5

elevator [7] -
4564:13, 4564:15,
4564:16, 4564:17,
4564:19

elicit [1] - 4546:12

eliminate [1] -
4608:17

eliminating [1] -
4614:6

ELIZABETH [1] -
4509:3

ELLIS [1] - 4510:4

ELM [1] - 4511:13

else [11] - 4553:25,
4573:18, 4573:23,
4582:19, 4591:19,
4591:23, 4615:6,
4616:4, 4656:1,
4658:7, 4660:11

embarked [1] -
4665:9

embarking [1] -
4572:23

embedded [2] -
4551:12, 4646:4

emergency [4] -
4516:3, 4538:23,
4551:13, 4590:1

emotional [1] -
4521:10

employ [1] - 4530:17

employed [1] -
4522:13

employee [7] -
4564:8, 4564:12,
4648:14, 4658:6,
4658:9, 4658:10,
4664:5

employees [15] -
4518:21, 4518:24,
4540:1, 4548:3,
4549:23, 4551:4,
4563:21, 4606:25,
4614:4, 4616:3,
4658:13, 4658:14,
4664:3, 4664:5,
4665:1

employer [1] -
4518:24

employs [2] -
4518:16, 4518:21

empowerment [1] -
4576:5

EMS [1] - 4602:25

encompass [1] -
4534:6

encounter [3] -
4544:5, 4585:11,
4586:21

encouraged [1] -
4576:24

end [21] - 4515:12,
4524:12, 4525:22,
4549:21, 4565:9,
4565:11, 4565:18,
4595:11, 4614:9,
4617:11, 4620:12,
4635:17, 4636:6,
4636:21, 4662:13,
4664:9, 4666:3,
4666:10

ended [2] - 4560:4

ENERGY [2] -
4510:11, 4511:10

energy [4] - 4529:13,
4572:7

ENFORCEMENT [1]
- 4508:15

engage [7] - 4538:3,
4538:13, 4549:18,
4570:23, 4634:23,
4635:4

engaged [1] -
4580:12

engagement [2] -
4603:11, 4635:5

engine [3] - 4535:15,
4574:16, 4630:2

engineer [3] -
4523:15, 4525:19,
4526:2

engineering [10] -
4517:23, 4523:11,
4523:12, 4533:13,
4533:16, 4534:14,
4536:6, 4594:23,
4620:22

engineers [2] -
4518:2, 4523:23

English [1] - 4620:9

enjoyed [1] -
4524:18

enough [6] - 4552:2,
4574:7, 4579:21,
4648:19, 4665:1

ensure [7] - 4538:15,
4539:13, 4594:24,
4620:23, 4623:3,
4623:15, 4656:2

entails [2] - 4536:14,
4554:16

entered [3] - 4518:5,
4518:23, 4583:5

entering [1] -
4519:10

enthralled [1] -

4523:3

entire [9] - 4534:13,
4566:13, 4567:19,
4567:22, 4611:22,
4616:15, 4664:16,
4665:4, 4665:8

entirely [1] - 4624:4

entities [2] -
4518:11, 4518:12

entitled [2] -
4519:25, 4667:17

entity [5] - 4514:12,
4518:15, 4518:18,
4518:20, 4518:23

ENVIRONMENT [1] -
4508:14

environment [9] -
4542:18, 4548:22,
4548:24, 4549:17,
4568:11, 4585:5,
4608:23, 4610:24,
4615:1

environmental [1] -
4626:19

ENVIRONMENTAL
[1] - 4508:15

equals [1] - 4528:14

equipment [38] -
4520:16, 4537:5,
4542:16, 4542:17,
4543:20, 4545:12,
4549:9, 4549:12,
4549:17, 4549:18,
4549:19, 4558:3,
4558:22, 4558:25,
4562:12, 4562:17,
4579:16, 4580:11,
4583:13, 4583:18,
4583:19, 4587:7,
4588:25, 4595:23,
4596:2, 4596:4,
4601:23, 4601:25,
4602:5, 4627:12,
4629:3, 4629:4,
4658:21, 4658:22,
4660:1, 4660:8,
4660:9, 4660:12

equipped [1] -
4550:11

error [2] - 4583:21,
4629:5

ESQ [54] - 4507:3,
4507:6, 4507:9,
4507:11, 4507:14,
4507:17, 4507:19,
4507:22, 4508:2,
4508:4, 4508:7,
4508:11, 4508:15,
4508:16, 4508:16,
4508:17, 4508:17,

4508:20, 4508:21,
4508:21, 4508:22,
4508:22, 4509:2,
4509:3, 4509:3,
4509:7, 4509:8,
4509:17, 4509:17,
4509:22, 4510:2,
4510:4, 4510:5,
4510:5, 4510:11,
4510:14, 4510:14,
4510:17, 4510:17,
4510:18, 4510:20,
4510:23, 4511:2,
4511:5, 4511:5,
4511:6, 4511:6,
4511:11, 4511:11,
4511:12, 4511:15,
4511:18, 4511:18,
4511:19

essence [1] - 4521:5

essentially [1] -
4555:24

ET [2] - 4506:13,
4506:16

ETs [3] - 4567:13,
4579:14, 4580:6

Europe [1] - 4530:11

evacuate [1] -
4591:24

evaluate [3] -
4570:13, 4572:17,
4620:22

evaluated [1] -
4594:23

evaluation [6] -
4534:8, 4534:16,
4534:25, 4572:15,
4610:8

even [9] - 4544:15,
4563:8, 4572:8,
4590:19, 4593:13,
4593:23, 4631:24,
4645:19, 4658:12

event [42] - 4581:20,
4581:25, 4582:7,
4582:8, 4583:7,
4583:11, 4583:13,
4583:15, 4583:20,
4583:23, 4584:4,
4587:23, 4588:11,
4589:4, 4590:4,
4590:9, 4590:11,
4590:12, 4595:11,
4595:20, 4596:8,
4596:18, 4599:23,
4599:25, 4601:17,
4609:6, 4609:9,
4617:9, 4617:11,
4617:17, 4621:22,
4622:25, 4623:8,

4623:20, 4624:1,
4624:4, 4625:19,
4627:18, 4637:11

Events [1] - 4617:6

events [28] - 4559:5,
4581:17, 4581:18,
4582:11, 4583:5,
4584:6, 4584:7,
4584:12, 4584:14,
4584:22, 4586:14,
4605:2, 4617:2,
4618:7, 4618:14,
4624:1, 4624:3,
4624:5, 4624:7,
4624:11, 4624:16,
4625:20, 4626:3,
4630:9, 4630:19,
4631:11, 4636:20,
4637:2

ever [4] - 4524:16,
4531:12, 4580:24,
4581:10

every [35] - 4529:21,
4535:15, 4535:21,
4539:1, 4547:14,
4547:15, 4547:17,
4547:22, 4547:25,
4548:7, 4548:12,
4548:18, 4550:10,
4550:17, 4550:21,
4550:24, 4551:5,
4551:10, 4551:15,
4552:19, 4554:15,
4556:9, 4558:12,
4566:23, 4574:2,
4578:6, 4579:10,
4598:7, 4618:10,
4626:7, 4629:1,
4630:15, 4644:8,
4644:18, 4664:2

everybody [12] -
4538:12, 4567:2,
4568:21, 4570:20,
4573:1, 4580:20,
4591:25, 4592:1,
4615:9, 4616:4,
4631:15

everyone [7] -
4513:6, 4513:10,
4576:5, 4604:10,
4604:11, 4605:12,
4615:25

everything [16] -
4526:12, 4531:20,
4535:3, 4537:16,
4542:18, 4552:8,
4577:17, 4578:8,
4594:17, 4633:25,
4634:3, 4634:7,
4642:23, 4644:17,

4646:11
  **everywhere** [2] - 4531:1, 4531:8
  **evidence** [2] - 4631:10, 4640:11
  **evident** [2] - 4603:10, 4603:15
  **exact** [3] - 4621:15, 4624:3, 4635:24
  **exactly** [1] - 4537:17
  **exam** [1] - 4625:2
  **EXAMINATION** [4] - 4514:6, 4605:17, 4642:15, 4656:9
  **Examination** [4] - 4512:7, 4512:9, 4512:12, 4512:14
  **examination** [3] - 4605:15, 4617:6, 4642:17
  **example** [9] - 4543:16, 4545:3, 4554:1, 4587:18, 4618:17, 4635:9, 4644:20, 4646:20, 4663:4
  **examples** [1] - 4540:25
  **Excellence** [3] - 4540:11, 4540:16, 4540:17
  **excellent** [1] - 4652:1
  **except** [1] - 4604:19
  **exchange** [1] - 4665:8
  **exclusive** [1] - 4658:19
  **excuse** [3] - 4562:1, 4609:12, 4613:16
  **execute** [1] - 4539:12
  **executive** [15] - 4514:11, 4528:19, 4540:14, 4541:11, 4541:12, 4555:4, 4556:9, 4560:9, 4562:10, 4562:14, 4562:24, 4579:4, 4613:20, 4615:20, 4633:2
  **executive-level** [1] - 4615:20
  **executives** [2] - 4623:9, 4629:8
  **exemplified** [1] - 4534:4
  **exercise** [12] - 4539:3, 4567:25, 4574:2, 4574:13,

4602:25, 4628:1, 4632:2, 4633:5, 4634:20, 4634:22, 4635:9, 4651:12
  **exercised** [1] - 4540:1
  **exercises** [1] - 4574:1
  **exhausted** [1] - 4666:3
  **exhibit** [4] - 4541:21, 4601:9, 4601:17, 4610:18
  **Exhibit** [1] - 4520:5
  **exhibits** [2] - 4519:20, 4549:2
  **exist** [1] - 4640:6
  **existed** [5] - 4615:11, 4634:15, 4635:17, 4657:22
  **exists** [1] - 4539:11
  **expand** [1] - 4594:14
  **expanded** [1] - 4591:6
  **expanding** [1] - 4594:12
  **expect** [16] - 4528:1, 4539:22, 4542:9, 4544:2, 4544:16, 4545:23, 4545:25, 4554:21, 4568:18, 4574:6, 4574:8, 4574:11, 4602:7, 4634:2, 4656:3, 4662:17
  **expectation** [2] - 4639:19, 4644:8
  **expectations** [23] - 4539:13, 4539:14, 4560:20, 4560:21, 4561:4, 4561:6, 4561:8, 4561:9, 4561:11, 4561:13, 4561:15, 4561:17, 4561:18, 4561:19, 4574:5, 4574:14, 4574:16, 4574:19, 4575:12, 4580:19, 4639:20, 4639:21
  **expected** [7] - 4546:2, 4550:16, 4566:21, 4566:22, 4585:12, 4608:21, 4640:20
  **expecting** [1] - 4527:20
  **expects** [1] - 4528:1
  **expediency** [1] - 4578:24
  **Expedition** [2] -

4599:22, 4600:1
  **expel** [1] - 4582:25
  **expense** [1] - 4664:1
  **experience** [11] - 4527:2, 4578:12, 4588:23, 4589:6, 4594:3, 4633:24, 4634:4, 4634:8, 4651:24, 4665:15, 4665:16
  **experienced** [14] - 4588:19, 4594:1, 4607:24, 4608:3, 4610:10, 4611:7, 4612:16, 4629:12, 4664:3, 4664:4, 4664:7, 4664:12, 4664:21, 4665:1
  **experiences** [2] - 4573:17, 4665:20
  **experiencing** [7] - 4573:7, 4607:13, 4611:18, 4611:19, 4612:13, 4616:14, 4666:11
  **expert** [2] - 4532:23, 4555:14
  **expertise** [8] - 4555:17, 4572:5, 4572:7, 4580:14, 4644:25, 4660:20, 4664:15, 4664:17
  **experts** [4] - 4580:5, 4580:18, 4636:24, 4636:25
  **explain** [6] - 4518:10, 4518:11, 4523:23, 4542:7, 4568:21, 4598:5
  **explained** [2] - 4515:7, 4521:2
  **explaining** [1] - 4519:9
  **explanation** [1] - 4619:24
  **explanatory** [1] - 4553:15
  **explicit** [1] - 4574:7
  **exploration** [1] - 4585:5
  **EXPLORATION** [2] - 4506:15, 4509:20
  **explosion** [5] - 4617:20, 4617:23, 4619:10, 4625:15, 4650:7
  **exposed** [4] - 4522:23, 4577:8, 4578:12, 4647:3
  **exposure** [1] -

4517:24
  **Express** [3] - 4563:24, 4565:5
  **expressed** [1] - 4602:7
  **extensive** [1] - 4541:6
  **extent** [2] - 4655:9, 4662:14
  **extra** [1] - 4664:24
  **extractive** [1] - 4522:25
  **extremely** [1] - 4604:9
  **Ezell** [2] - 4541:16, 4551:18

# F

  **face** [1] - 4612:15
  **facilitator** [1] - 4570:24
  **facility** [1] - 4516:8
  **facing** [1] - 4580:15
  **fact** [12] - 4519:17, 4551:14, 4594:10, 4597:2, 4621:21, 4623:25, 4625:22, 4640:10, 4644:7, 4652:20, 4653:16, 4662:18
  **factors** [5] - 4545:1, 4585:18, 4585:19, 4588:13, 4613:12
  **factual** [5] - 4520:5, 4520:10, 4520:21, 4639:9, 4657:19
  **fail** [1] - 4597:7
  **failed** [1] - 4657:21
  **failing** [4] - 4608:17, 4647:2, 4647:5, 4647:10
  **failure** [4] - 4583:15, 4630:7, 4641:6, 4655:25
  **failures** [10] - 4628:21, 4629:3, 4629:4, 4639:11, 4640:2, 4640:8, 4640:23, 4641:11, 4642:1, 4642:6
  **fair** [4] - 4597:6, 4608:12, 4648:19, 4654:13
  **fairly** [2] - 4570:16, 4570:17
  **fall** [5] - 4566:1, 4572:19, 4612:24, 4612:25, 4651:6

  **falls** [2] - 4612:24, 4613:1
  **familiar** [15] - 4520:8, 4523:22, 4532:24, 4539:15, 4540:11, 4540:13, 4551:20, 4552:3, 4552:22, 4555:13, 4575:4, 4596:25, 4617:7, 4666:4, 4666:13
  **families** [4] - 4516:23, 4516:24, 4517:1, 4517:2
  **family** [1] - 4522:6
  **FANNIN** [1] - 4510:15
  **Far** [2] - 4551:25, 4559:10
  **fatalities** [30] - 4517:2, 4563:17, 4563:25, 4566:2, 4566:3, 4566:9, 4569:23, 4569:24, 4573:6, 4573:12, 4573:13, 4606:18, 4606:20, 4606:21, 4607:15, 4607:18, 4607:24, 4608:6, 4608:23, 4610:10, 4611:7, 4616:12, 4626:25, 4629:12, 4629:19, 4629:20, 4630:7, 4630:21, 4635:6, 4651:12
  **fatality** [2] - 4559:3, 4609:13
  **father** [4] - 4522:6, 4522:12, 4522:14, 4522:23
  **fatigue** [2] - 4666:3, 4666:11
  **February** [1] - 4525:6
  **federal** [1] - 4543:11
  **feedback** [1] - 4666:9
  **feel** [2] - 4540:9, 4658:1
  **feet** [2] - 4545:11, 4558:20
  **fell** [5] - 4561:25, 4564:19, 4565:3, 4575:12
  **felt** [9] - 4570:7, 4576:5, 4576:20, 4577:2, 4577:5, 4593:15, 4633:17, 4633:21, 4658:2
  **few** [6] - 4515:17, 4573:13, 4589:12, 4656:8, 4656:14,

4662:24
**field** [6] - 4580:3, 4580:4, 4580:10, 4580:12, 4580:16, 4650:24
**figure** [2] - 4525:12, 4574:10
**figured** [1] - 4569:22
**fill** [4] - 4540:24, 4546:2, 4546:8, 4583:11
**final** [8] - 4540:14, 4541:12, 4541:14, 4576:17, 4616:2, 4616:5, 4635:23, 4637:14
**finalized** [1] - 4635:22
**finally** [3] - 4577:7, 4594:7, 4663:23
**finance** [6] - 4524:5, 4524:12, 4524:15, 4524:16, 4524:24, 4525:9
**financial** [4] - 4532:13, 4661:18, 4661:21, 4662:1
**find** [14] - 4544:12, 4556:15, 4556:18, 4559:12, 4568:5, 4572:12, 4575:6, 4575:24, 4577:18, 4588:19, 4588:21, 4589:16, 4595:15, 4653:7
**finding** [2] - 4619:9, 4620:10
**findings** [8] - 4574:25, 4575:9, 4576:2, 4576:13, 4576:16, 4577:11, 4577:12, 4618:25
**fine** [2] - 4563:7, 4638:4
**finger** [2] - 4553:20, 4554:1
**finished** [1] - 4627:23
**fire** [6] - 4515:8, 4551:16, 4591:6, 4591:8, 4592:1, 4625:15
**fired** [1] - 4652:5
**FIRM** [2] - 4507:21, 4508:6
**First** [3] - 4540:11, 4540:16, 4540:17
**first** [39] - 4514:20, 4515:13, 4525:9, 4525:18, 4526:21,

4526:22, 4527:4, 4528:5, 4528:7, 4532:22, 4537:11, 4541:23, 4547:3, 4547:4, 4550:3, 4553:4, 4553:7, 4553:14, 4554:10, 4554:18, 4554:24, 4556:16, 4557:5, 4558:23, 4560:3, 4563:7, 4566:2, 4566:3, 4566:10, 4567:23, 4578:25, 4602:22, 4607:2, 4607:4, 4609:22, 4659:5, 4659:12
**fish** [1] - 4537:18
**five** [4] - 4536:18, 4546:18, 4599:14, 4616:7
**fix** [1] - 4663:1
**fixed** [1] - 4634:19
**flash** [1] - 4662:23
**flavor** [1] - 4638:16
**fleet** [24] - 4530:5, 4550:10, 4552:20, 4560:1, 4566:10, 4566:12, 4566:13, 4566:15, 4568:2, 4570:8, 4570:15, 4573:7, 4607:13, 4609:23, 4611:18, 4611:19, 4616:14, 4616:21, 4624:22, 4632:4, 4636:6, 4637:2, 4665:8, 4665:10
**fleetwide** [3] - 4530:21, 4531:13, 4568:19
**flew** [2] - 4515:24, 4516:13
**flipped** [1] - 4645:10
**floating** [5] - 4594:1, 4555:15, 4594:3, 4594:12, 4594:18
**floor** [17] - 4537:5, 4537:20, 4538:11, 4545:8, 4554:2, 4564:17, 4591:7, 4591:9, 4591:11, 4592:1, 4594:6, 4594:14, 4617:14, 4617:22, 4617:25, 4630:3, 4630:4
**FLOOR** [3] - 4507:17, 4508:12, 4510:18
**floors** [1] - 4574:17

**flow** [6] - 4590:23, 4591:21, 4593:20, 4594:8, 4597:5, 4617:14
**FLOYD** [1] - 4511:11
**fluid** [10] - 4582:23, 4582:25, 4585:23, 4595:24, 4595:25, 4596:3, 4596:6
**fluids** [4] - 4558:4, 4583:3, 4585:22, 4597:1
**focus** [8] - 4570:23, 4571:7, 4571:13, 4571:14, 4604:15, 4610:15, 4630:1, 4650:25
**focused** [4] - 4597:23, 4629:11, 4629:15, 4630:10
**folks** [5] - 4546:2, 4570:9, 4580:20, 4614:20, 4639:8
**follow** [11] - 4552:25, 4553:2, 4560:21, 4561:10, 4588:20, 4598:14, 4598:15, 4603:6, 4643:18, 4657:21
**follow-up** [4] - 4561:10, 4598:14, 4598:15
**follow-up/intervene** [1] - 4560:21
**following** [1] - 4606:1
**FOLLOWS** [1] - 4514:1
**FOR** [9] - 4507:3, 4508:10, 4509:6, 4509:11, 4509:20, 4510:8, 4511:1, 4511:9, 4511:17
**For** [10] - 4539:16, 4539:18, 4539:20, 4549:4, 4549:14, 4566:25, 4567:4, 4567:11, 4567:14, 4634:13
**for** [193] - 4514:3, 4514:8, 4514:9, 4515:5, 4516:11, 4518:2, 4521:13, 4521:16, 4522:12, 4522:24, 4523:14, 4524:4, 4524:13, 4524:14, 4524:25, 4525:3, 4525:6, 4525:9, 4525:13, 4525:14, 4525:17,

4525:21, 4526:2, 4526:5, 4526:7, 4526:12, 4526:15, 4526:22, 4527:15, 4528:20, 4532:12, 4532:19, 4533:13, 4533:15, 4535:2, 4535:20, 4536:3, 4536:5, 4536:17, 4536:18, 4537:6, 4537:17, 4537:23, 4538:11, 4538:18, 4539:22, 4540:10, 4541:12, 4542:13, 4542:22, 4542:23, 4544:3, 4544:10, 4544:15, 4544:19, 4546:5, 4546:6, 4548:5, 4548:9, 4548:15, 4549:20, 4550:1, 4550:12, 4550:17, 4551:9, 4551:25, 4552:19, 4556:3, 4558:9, 4559:22, 4561:25, 4562:4, 4562:15, 4562:16, 4562:24, 4563:9, 4564:23, 4566:14, 4566:16, 4568:3, 4568:22, 4570:9, 4570:18, 4572:5, 4575:20, 4577:21, 4577:22, 4578:19, 4580:21, 4581:13, 4583:17, 4585:4, 4585:5, 4585:6, 4585:10, 4588:4, 4590:2, 4590:11, 4592:13, 4593:11, 4593:15, 4595:19, 4595:21, 4596:24, 4600:1, 4600:2, 4600:13, 4601:16, 4601:21, 4602:15, 4602:16, 4602:17, 4602:19, 4604:2, 4604:19, 4612:25, 4617:13, 4618:5, 4619:5, 4619:19, 4619:23, 4623:2, 4623:14, 4625:3, 4625:20, 4628:9, 4630:4, 4631:11, 4631:15, 4631:25, 4634:21, 4635:8, 4638:16, 4639:11, 4639:14, 4640:5, 4642:17, 4642:22, 4642:23, 4643:1, 4643:5, 4643:7, 4643:16,

4643:19, 4644:8, 4644:20, 4645:5, 4645:9, 4645:21, 4646:3, 4646:18, 4646:19, 4646:22, 4646:24, 4647:7, 4647:8, 4647:15, 4647:16, 4647:17, 4648:15, 4648:24, 4649:4, 4649:20, 4650:8, 4650:17, 4651:18, 4651:25, 4652:8, 4653:1, 4653:2, 4653:4, 4656:17, 4657:3, 4657:5, 4660:3, 4660:6, 4660:9, 4660:18, 4660:19, 4660:25, 4661:25, 4663:4, 4663:10, 4663:16, 4665:5, 4665:8, 4665:12, 4667:4
**forced** [1] - 4532:18
**foregoing** [1] - 4667:15
**foremost** [1] - 4606:21
**forget** [1] - 4581:12
**form** [6] - 4519:10, 4540:23, 4570:22, 4632:1, 4635:23, 4639:15
**formal** [1] - 4551:3
**formalized** [1] - 4550:7
**formation** [1] - 4582:22
**forms** [3] - 4541:25, 4574:3, 4630:3
**forth** [4] - 4537:5, 4541:6, 4565:8, 4565:12
**forums** [1] - 4569:17
**Forward** [2] - 4602:13, 4603:6
**forward** [3] - 4602:14, 4602:17, 4603:5
**forwarded** [1] - 4557:8
**forwarding** [1] - 4560:4
**found** [5] - 4557:2, 4576:4, 4622:11, 4635:16, 4636:13
**foundation** [3] - 4545:24, 4630:4, 4652:22
**four** [37] - 4563:17,

4563:21, 4566:4, 4566:5, 4566:9, 4567:1, 4573:13, 4573:20, 4606:18, 4606:19, 4606:21, 4606:25, 4607:3, 4607:7, 4607:8, 4607:24, 4607:25, 4608:6, 4608:9, 4610:10, 4610:17, 4610:18, 4611:7, 4611:10, 4611:17, 4616:11, 4629:12, 4629:19, 4630:6, 4630:21, 4635:6, 4651:12, 4653:16, 4664:10

**four-year** [1] - 4664:10

**fourth** [5] - 4566:2, 4566:3, 4571:23, 4571:24, 4606:18

**frac** [1] - 4600:18

**frame** [1] - 4664:8

**framework** [1] - 4539:7

**FRANCISCO** [1] - 4508:13

**FRANKLIN** [1] - 4509:4

**FRAUD** [1] - 4509:1

**free** [3] - 4530:25, 4531:8, 4653:9

**frequency** [1] - 4618:6

**frequent** [3] - 4527:16, 4569:24, 4570:17

**frequently** [2] - 4542:15, 4546:20

**fresh** [3] - 4570:14, 4572:2, 4577:24

**fresher** [1] - 4621:11

**friction** [1] - 4562:20

**Friday** [4] - 4513:15, 4513:17, 4516:13, 4517:5

**FRILOT** [1] - 4510:10

**from** [80] - 4514:24, 4515:6, 4521:5, 4521:12, 4523:14, 4525:24, 4526:1, 4526:8, 4527:23, 4530:9, 4532:22, 4539:5, 4541:2, 4543:22, 4546:12, 4551:18, 4552:9, 4554:9, 4554:16, 4554:24, 4556:21, 4556:23, 4557:5,

---

4559:3, 4559:15, 4561:21, 4561:22, 4564:25, 4565:18, 4568:6, 4569:7, 4570:1, 4570:25, 4571:3, 4573:4, 4573:17, 4576:16, 4577:1, 4578:2, 4578:22, 4579:8, 4583:12, 4588:9, 4591:2, 4591:12, 4591:16, 4591:18, 4592:15, 4593:25, 4595:25, 4596:17, 4597:25, 4598:12, 4598:20, 4604:1, 4604:4, 4616:1, 4617:10, 4620:6, 4620:10, 4623:8, 4625:11, 4625:12, 4625:24, 4625:25, 4628:11, 4631:25, 4633:21, 4636:14, 4640:22, 4645:11, 4652:12, 4653:21, 4661:21, 4665:16, 4665:24, 4666:1, 4666:9, 4667:16

**From** [1] - 4584:16

**front** [2] - 4519:19, 4599:20

**FRUGE** [1] - 4508:1

**fruition** [2] - 4609:17, 4612:19

**full** [15] - 4515:14, 4578:24, 4616:16, 4627:2, 4627:5, 4627:16, 4627:17, 4646:22, 4647:4, 4650:8, 4650:16, 4650:24, 4651:3

**full-time** [2] - 4650:24, 4651:3

**function** [3] - 4598:9, 4636:22, 4636:23

**functioned** [2] - 4591:12, 4591:17

**fundamental** [10] - 4533:18, 4546:25, 4618:9, 4628:11, 4629:9, 4630:8, 4630:18, 4631:5, 4636:13

**fundamentally** [3] - 4577:20, 4587:1, 4659:8

**FUNDERBURK** [1] - 4511:19

**further** [6] - 4520:25, 4608:13, 4617:14,

---

4636:13, 4642:10, 4667:2

# G

**G** [3] - 4510:14, 4513:3, 4533:9

**gallon** [1] - 4585:23

**GANNAWAY** [1] - 4511:6

**gap** [2] - 4643:21, 4643:3

**gaps** [3] - 4635:21, 4652:15, 4654:3

**gas** [11] - 4523:16, 4594:11, 4594:13, 4617:13, 4624:18, 4625:5, 4625:6, 4627:3, 4630:8, 4630:19, 4630:25

**GATE** [1] - 4508:12

**gathered** [1] - 4570:8

**gauges** [1] - 4521:23

**gave** [7] - 4526:13, 4566:23, 4578:25, 4581:17, 4622:6, 4631:14, 4633:21

**GAVIN** [1] - 4511:12

**gear** [1] - 4535:16

**GENERAL** [3] - 4509:7, 4509:12, 4509:14

**general** [8] - 4625:8, 4632:13, 4633:20, 4638:18, 4638:21, 4639:18, 4649:9, 4650:4

**GENERAL'S** [1] - 4509:6

**generally** [5] - 4556:20, 4579:8, 4586:16, 4586:17, 4663:7

**generates** [1] - 4582:6

**generation** [1] - 4526:4

**Geneva** [5] - 4514:15, 4514:22, 4514:25, 4515:20, 4515:21

**gentlemen** [1] - 4630:24

**GEOFFREY** [1] - 4511:6

**geographical** [1] - 4530:10

**geological** [1] - 4523:11

---

**geology** [1] - 4593:16

**geophysical** [1] - 4523:11

**get** [45] - 4515:19, 4516:21, 4523:9, 4524:17, 4525:18, 4527:23, 4530:9, 4532:11, 4532:18, 4537:11, 4537:25, 4540:16, 4543:24, 4544:1, 4544:8, 4544:11, 4544:22, 4546:18, 4549:10, 4549:11, 4549:13, 4553:20, 4554:3, 4567:16, 4569:25, 4570:14, 4570:19, 4570:25, 4572:1, 4573:19, 4577:15, 4588:20, 4589:9, 4593:20, 4632:10, 4638:16, 4641:24, 4644:20, 4648:18, 4651:17, 4652:8, 4652:18, 4658:23, 4658:24

**gets** [1] - 4537:9

**getting** [3] - 4544:23, 4600:18, 4661:25

**Gibraltar** [1] - 4559:9

**gist** [1] - 4546:10

**give** [7] - 4529:13, 4541:14, 4543:16, 4545:3, 4566:17, 4651:20, 4660:20

**given** [6] - 4547:5, 4553:17, 4619:23, 4629:13, 4637:9, 4653:8

**gives** [1] - 4546:8

**global** [3] - 4582:1, 4665:3

**Global** [6] - 4528:15, 4552:3, 4552:6, 4552:11, 4554:14

**GlobalSanteFe** [3] - 4528:14, 4528:17, 4557:1

**GlobalSanteFe's** [2] - 4528:20, 4528:25

**GmbH** [1] - 4506:13

**GMS** [8] - 4552:12, 4552:14, 4552:15, 4552:16, 4552:19, 4554:12, 4583:5

**go** [77] - 4515:23, 4516:12, 4522:18, 4522:20, 4522:22, 4523:8, 4523:9,

---

4523:21, 4524:4, 4525:2, 4525:5, 4531:14, 4539:3, 4539:5, 4539:6, 4539:18, 4542:10, 4542:19, 4542:21, 4542:23, 4543:24, 4544:6, 4544:22, 4545:1, 4545:15, 4546:20, 4546:25, 4547:1, 4547:2, 4547:20, 4547:22, 4549:1, 4549:22, 4552:13, 4552:16, 4553:20, 4553:24, 4554:2, 4554:3, 4554:7, 4560:3, 4566:19, 4566:20, 4567:9, 4567:11, 4568:12, 4568:20, 4568:22, 4569:6, 4569:10, 4575:23, 4576:11, 4577:4, 4577:7, 4578:9, 4585:14, 4586:6, 4588:13, 4595:11, 4597:19, 4598:8, 4601:21, 4602:14, 4603:5, 4604:18, 4605:21, 4606:25, 4640:13, 4641:8, 4653:25, 4659:5, 4659:14, 4665:24

**Go** [2] - 4602:13, 4603:6

**goal** [2] - 4586:2, 4586:7

**goals** [1] - 4561:7

**GODWIN** [3] - 4511:10, 4511:11, 4511:14

**goes** [13] - 4537:16, 4540:4, 4541:5, 4548:7, 4548:12, 4548:18, 4559:21, 4562:2, 4573:19, 4573:21, 4583:19, 4590:15, 4598:2

**going** [56] - 4516:9, 4519:21, 4522:16, 4523:1, 4527:8, 4527:13, 4539:5, 4542:13, 4542:14, 4544:1, 4544:4, 4544:7, 4544:10, 4544:12, 4550:22, 4551:19, 4554:25, 4556:6, 4556:7, 4556:14, 4561:10,

4564:11, 4564:12,
4581:12, 4581:17,
4586:17, 4589:12,
4593:24, 4595:25,
4596:7, 4601:7,
4602:17, 4606:2,
4606:11, 4606:14,
4609:21, 4609:24,
4610:3, 4614:3,
4616:5, 4630:23,
4632:22, 4633:9,
4635:15, 4637:3,
4639:15, 4640:10,
4649:8, 4650:14,
4653:4, 4653:16,
4655:6, 4655:22,
4658:23, 4660:20
**GOLDEN** [1] -
4508:12
**GoM** [2] - 4650:14,
4650:15
**gone** [1] - 4523:5
**good** [16] - 4513:6,
4556:11, 4571:9,
4577:15, 4597:24,
4605:19, 4605:20,
4627:8, 4633:17,
4641:9, 4656:11,
4662:2, 4662:5,
4662:10, 4662:12
**Gorgud** [2] -
4563:22, 4564:21
**got** [34] - 4514:24,
4515:20, 4515:25,
4517:4, 4527:5,
4528:15, 4528:16,
4528:17, 4537:8,
4537:10, 4537:14,
4537:19, 4537:21,
4537:24, 4538:1,
4538:2, 4538:5,
4538:8, 4541:21,
4541:23, 4544:6,
4545:9, 4550:13,
4556:16, 4563:2,
4565:2, 4565:8,
4565:21, 4591:25,
4592:1, 4593:3,
4600:20, 4636:1,
4660:15
**government** [1] -
4543:11
**governs** [2] -
4534:12, 4534:13
**grabs** [1] - 4543:22
**gradient** [1] -
4600:18
**graduated** [1] -
4523:14
**graduating** [1] -

4522:10
**GRAND** [1] - 4510:18
**graphic** [1] - 4534:4
**grating** [2] - 4564:18
**gray** [1] - 4577:5
**great** [2] - 4529:15
**greatest** [1] -
4662:14
**grew** [1] - 4522:4
**group** [18] - 4525:15,
4538:12, 4542:9,
4559:23, 4570:23,
4570:25, 4571:7,
4571:14, 4580:2,
4580:17, 4584:13,
4594:23, 4620:22,
4628:14, 4636:17,
4637:5, 4639:1
**GROUP** [1] - 4507:19
**grow** [1] - 4522:2
**grown** [2] - 4528:12,
4556:10
**growth** [2] - 4664:7,
4664:13
**Guard** [3] - 4516:17,
4516:20, 4581:3
**guess** [2] - 4548:22,
4622:10
**guidance** [2] -
4586:19, 4640:16
**guidelines** [2] -
4566:23, 4568:25
**guilty** [3] - 4518:23,
4519:12, 4639:6
**Guilty** [1] - 4519:25
**Gulf** [13] - 4526:3,
4526:8, 4548:7,
4548:12, 4548:18,
4557:12, 4565:16,
4604:22, 4650:9,
4650:15, 4652:16,
4666:1, 4666:6
**GULF** [1] - 4500:6
**guy** [2] - 4524:15,
4524:16
**guys** [2] - 4527:1,
4664:21
**Gwen** [1] - 4527:1

# H

**H&S** [2] - 4577:5,
4633:14
**had** [158] - 4513:10,
4513:14, 4515:5,
4515:11, 4516:6,
4517:10, 4517:24,
4519:17, 4521:13,
4521:16, 4522:9,

4522:14, 4523:5,
4524:10, 4524:18,
4524:19, 4526:1,
4526:25, 4528:10,
4528:20, 4529:15,
4531:12, 4531:13,
4545:15, 4552:1,
4554:1, 4555:16,
4559:3, 4564:8,
4564:16, 4565:16,
4566:8, 4566:15,
4566:16, 4567:23,
4567:24, 4569:20,
4570:9, 4570:11,
4570:21, 4571:4,
4572:5, 4572:7,
4574:12, 4577:21,
4577:22, 4580:24,
4581:2, 4586:20,
4591:16, 4591:22,
4593:11, 4594:5,
4594:9, 4594:13,
4595:22, 4596:23,
4601:21, 4601:22,
4601:24, 4604:14,
4606:15, 4606:23,
4608:16, 4608:19,
4609:13, 4609:20,
4609:24, 4610:7,
4611:4, 4611:11,
4612:15, 4614:14,
4616:16, 4616:21,
4621:1, 4621:22,
4621:23, 4623:12,
4623:23, 4624:5,
4624:15, 4624:18,
4625:22, 4626:3,
4626:10, 4627:2,
4627:16, 4627:17,
4627:19, 4627:21,
4628:2, 4628:3,
4628:6, 4628:10,
4628:14, 4629:9,
4629:12, 4630:5,
4630:8, 4630:11,
4630:16, 4631:11,
4633:3, 4634:20,
4634:21, 4637:9,
4640:1, 4640:8,
4640:14, 4640:15,
4640:16, 4640:25,
4641:3, 4641:9,
4643:1, 4644:13,
4651:2, 4651:23,
4653:5, 4653:7,
4653:16, 4653:17,
4654:2, 4654:14,
4654:21, 4654:23,
4655:23, 4657:23,
4658:6, 4658:14,
4659:13, 4661:9,

4661:10, 4661:12,
4661:13, 4661:17,
4662:24, 4663:6,
4663:9, 4664:10,
4664:12, 4664:15,
4665:4, 4665:7,
4666:12, 4666:15
**hadn't** [2] - 4591:20,
4609:21
**half** [1] - 4567:24
**HALLIBURTON** [1] -
4511:9
**Halliburton** [2] -
4534:22, 4645:4
**Halliburton's** [1] -
4644:23
**hand** [3] - 4513:24,
4544:13, 4658:7
**handbook** [2] -
4589:3, 4597:17
**handbooks** [1] -
4550:15
**handle** [2] - 4529:24,
4549:9
**handled** [1] - 4639:7
**handling** [3] -
4537:4, 4564:5,
4619:23
**handrails** [1] -
4544:13
**hands** [2] - 4549:10,
4654:15
**Hank** [4] - 4559:15,
4559:17, 4559:22,
4584:3
**Hank's** [2] - 4559:23
**HANKEY** [1] -
4508:17
**happen** [5] -
4522:16, 4538:25,
4581:18, 4628:22,
4631:12
**happened** [19] -
4526:12, 4528:7,
4552:20, 4558:24,
4566:3, 4566:4,
4573:22, 4582:20,
4590:11, 4590:12,
4593:10, 4595:19,
4596:22, 4597:3,
4600:12, 4601:20,
4618:23, 4625:17
**happening** [2] -
4524:23, 4594:11
**happens** [9] -
4533:3, 4536:19,
4537:11, 4547:17,
4552:8, 4582:10,
4583:11, 4590:14,
4644:17

**happy** [2] - 4662:4,
4663:21
**hard** [1] - 4633:9
**harder** [1] - 4664:2
**hardwire** [1] -
4660:24
**HARIKLIA** [1] -
4510:5
**harmlessly** [1] -
4613:1
**HARTLEY** [1] -
4511:11
**has** [65] - 4517:23,
4518:2, 4518:5,
4518:18, 4521:21,
4528:11, 4529:22,
4531:4, 4534:5,
4535:3, 4535:5,
4535:10, 4535:15,
4536:20, 4537:2,
4537:8, 4537:10,
4537:19, 4537:24,
4538:5, 4538:12,
4539:1, 4539:10,
4549:25, 4550:11,
4551:1, 4551:6,
4551:7, 4551:11,
4551:18, 4552:3,
4552:14, 4552:20,
4552:23, 4554:1,
4555:16, 4555:25,
4556:9, 4557:2,
4558:12, 4564:25,
4568:20, 4572:16,
4576:10, 4579:10,
4580:17, 4588:15,
4595:17, 4597:23,
4604:10, 4630:15,
4640:2, 4640:9,
4640:23, 4642:12,
4643:7, 4643:19,
4644:6, 4644:9,
4645:19, 4650:16,
4652:25, 4656:18,
4658:4
**hasn't** [1] - 4578:12
**hate** [1] - 4543:5
**hates** [1] - 4543:1
**hats** [1] - 4664:19
**haulage** [2] -
4524:20, 4524:22
**HAUSER** [1] - 4509:3
**have** [220] - 4513:7,
4513:17, 4513:18,
4514:25, 4519:15,
4519:18, 4519:21,
4519:24, 4520:10,
4520:13, 4520:15,
4521:9, 4522:17,
4526:24, 4527:16,

4527:18, 4529:6,
4530:21, 4531:7,
4531:12, 4531:13,
4532:6, 4532:7,
4532:13, 4533:6,
4534:18, 4534:19,
4534:21, 4534:22,
4534:23, 4534:24,
4534:25, 4535:1,
4535:18, 4535:20,
4536:3, 4536:5,
4536:12, 4536:22,
4537:13, 4538:15,
4538:19, 4538:22,
4539:21, 4539:22,
4539:25, 4540:1,
4540:4, 4540:23,
4541:13, 4542:12,
4542:16, 4543:21,
4544:7, 4544:10,
4544:18, 4544:20,
4545:9, 4545:10,
4546:9, 4546:24,
4547:7, 4547:11,
4549:9, 4549:17,
4550:3, 4550:19,
4550:20, 4550:22,
4550:23, 4551:15,
4553:6, 4554:10,
4554:25, 4555:15,
4555:24, 4556:11,
4556:13, 4557:21,
4560:19, 4561:15,
4563:17, 4567:20,
4567:21, 4568:20,
4569:11, 4569:18,
4569:23, 4571:1,
4571:9, 4573:8,
4573:21, 4573:24,
4575:17, 4576:11,
4576:13, 4576:22,
4577:11, 4578:4,
4578:16, 4578:24,
4579:5, 4579:13,
4580:2, 4580:11,
4582:1, 4582:3,
4584:13, 4586:2,
4586:20, 4586:21,
4588:3, 4588:17,
4588:23, 4589:6,
4589:17, 4589:22,
4590:15, 4592:14,
4594:3, 4594:20,
4594:23, 4598:6,
4598:13, 4598:22,
4599:12, 4599:20,
4599:21, 4604:21,
4606:15, 4607:19,
4608:1, 4611:10,
4612:5, 4612:7,
4612:23, 4615:18,

4617:23, 4622:18,
4622:19, 4623:9,
4623:10, 4623:11,
4623:23, 4624:1,
4624:5, 4624:24,
4625:1, 4627:7,
4629:14, 4630:11,
4630:14, 4630:22,
4630:24, 4631:2,
4631:3, 4631:4,
4631:6, 4631:8,
4631:9, 4631:12,
4631:13, 4631:15,
4631:18, 4631:19,
4632:5, 4632:8,
4633:25, 4634:4,
4636:1, 4637:21,
4637:23, 4637:25,
4638:25, 4640:5,
4640:25, 4641:11,
4642:1, 4642:3,
4642:5, 4642:8,
4643:4, 4643:13,
4644:4, 4644:7,
4644:8, 4644:25,
4645:21, 4646:6,
4646:25, 4647:8,
4648:6, 4648:22,
4648:23, 4649:1,
4649:5, 4649:22,
4653:14, 4654:9,
4655:8, 4655:10,
4656:14, 4658:7,
4658:8, 4658:9,
4658:17, 4660:10,
4660:15, 4660:17,
4661:16, 4661:18,
4661:19, 4663:10,
4663:17, 4665:3,
4665:7

**haven't** [10] -
4554:23, 4569:22,
4578:14, 4578:18,
4578:19, 4581:13,
4622:10, 4633:25,
4634:3, 4666:20

**having** [12] -
4534:12, 4570:16,
4594:11, 4600:15,
4602:3, 4602:6,
4643:12, 4650:10,
4653:3, 4662:23,
4664:18, 4665:21

**HAYCRAFT** [1] -
4509:22

**hazard** [18] - 4539:1,
4539:2, 4624:19,
4624:25, 4625:5,
4625:8, 4627:3,
4627:16, 4627:19,
4628:2, 4628:3,

4633:18, 4634:11,
4634:15, 4636:13,
4649:16, 4649:18

**Hazard** [1] - 4625:2

**hazardous** [3] -
4531:25, 4532:2,
4617:12

**hazards** [11] -
4531:24, 4531:25,
4542:20, 4542:25,
4544:5, 4544:18,
4544:20, 4544:21,
4576:21, 4577:8,
4625:9

**HB406** [1] - 4511:22

**he's** [9] - 4517:12,
4538:2, 4552:2,
4555:16, 4556:7,
4556:24, 4556:25,
4604:3, 4653:20

**head** [4] - 4565:22,
4642:21, 4647:19,
4659:20

**headhunted** [1] -
4525:4

**health** [7] - 4538:21,
4541:24, 4541:25,
4568:10, 4610:24,
4614:25, 4654:5

**hear** [4] - 4514:23,
4641:14, 4641:20,
4641:25

**HEARD** [1] - 4506:22

**heard** [14] - 4514:20,
4515:4, 4529:17,
4532:22, 4536:20,
4551:18, 4552:2,
4553:9, 4554:23,
4576:10, 4595:17,
4606:6, 4639:6

**hears** [1] - 4556:6

**heart** [1] - 4557:15

**heavy** [3] - 4544:12,
4545:12, 4558:22

**heels** [1] - 4635:5

**helicopter** [1] -
4547:5

**hello** [1] - 4516:3

**helmet** [1] - 4664:22

**helmets** [1] -
4664:19

**help** [5] - 4516:10,
4580:14, 4612:1,
4635:7, 4664:25

**helpful** [1] - 4588:6

**Hepburn** [2] -
4563:23, 4564:6

**her** [2] - 4547:22,
4614:21

**here** [11] - 4517:6,

4518:16, 4538:4,
4541:21, 4544:4,
4563:5, 4568:18,
4588:24, 4596:19,
4601:20, 4656:14

**hereby** [1] - 4667:14

**HERMAN** [3] -
4507:6, 4507:6

**high** [36] - 4522:7,
4522:10, 4523:4,
4532:1, 4532:2,
4535:16, 4544:7,
4573:7, 4600:8,
4603:19, 4607:12,
4607:15, 4607:17,
4608:3, 4608:7,
4608:22, 4608:25,
4609:4, 4609:6,
4609:8, 4609:9,
4609:14, 4609:16,
4611:11, 4611:17,
4611:19, 4612:18,
4612:20, 4613:2,
4613:4, 4613:9,
4615:19, 4616:13,
4616:17, 4616:24,
4624:17

**high-noise** [1] -
4544:7

**high-voltage** [1] -
4535:16

**higher** [1] - 4600:15

**highlight** [2] -
4650:13, 4666:17

**highlighted** [5] -
4520:24, 4560:19,
4610:10, 4611:9,
4648:17

**highlighting** [1] -
4557:1

**highlights** [1] -
4589:7

**highly** [1] - 4537:8

**HILL** [1] - 4511:12

**him** [16] - 4513:16,
4515:17, 4522:15,
4555:13, 4564:10,
4570:4, 4570:6,
4586:21, 4590:16,
4652:6, 4652:22,
4653:17, 4653:24,
4655:6, 4657:14,
4659:19

**hire** [8] - 4539:11,
4548:7, 4548:12,
4548:18, 4572:4,
4578:7, 4585:3,
4639:20

**hires** [2] - 4534:20,
4548:6

**hiring** [1] - 4572:1

**his** [38] - 4522:15,
4523:5, 4523:7,
4524:18, 4524:23,
4547:22, 4551:18,
4554:1, 4555:3,
4555:11, 4555:19,
4556:2, 4556:4,
4556:9, 4556:14,
4559:6, 4562:22,
4564:16, 4565:14,
4565:21, 4567:10,
4576:1, 4578:11,
4579:20, 4579:23,
4590:14, 4594:15,
4614:24, 4627:23,
4634:1, 4634:9,
4641:18, 4645:19,
4652:9, 4653:9,
4659:20, 4659:21

**history** [1] - 4571:25

**hit** [1] - 4553:10

**hitch** [2] - 4666:10,
4666:16

**hitches** [1] - 4578:19

**hitting** [1] - 4613:1

**hold** [4] - 4513:15,
4513:16, 4548:13,
4548:19

**holder** [1] - 4518:20

**holding** [5] -
4513:11, 4518:13,
4547:7, 4592:13

**HOLDINGS** [1] -
4510:8

**Holdings** [1] -
4518:18

**hole** [5] - 4537:14,
4582:4, 4582:6,
4593:15, 4593:17

**holes** [2] - 4537:7

**HOLTHAUS** [1] -
4508:1

**honestly** [1] -
4622:22

**Honor** [35] - 4513:20,
4519:19, 4545:17,
4548:8, 4548:14,
4562:1, 4576:10,
4576:11, 4589:18,
4605:6, 4627:22,
4637:16, 4638:2,
4642:10, 4642:12,
4642:14, 4647:22,
4647:23, 4648:12,
4648:14, 4648:19,
4652:20, 4652:24,
4653:15, 4654:17,
4655:5, 4655:12,
4655:13, 4655:20,

4656:6, 4656:8,
4657:13, 4662:20,
4667:3
  **honor** [1] - 4551:18
  **HONORABLE** [1] -
4506:22
  **hopefully** [2] -
4553:14, 4656:14
  **HORIZON** [1] -
4506:5
  **Horizon** [56] -
4515:8, 4520:11,
4534:5, 4541:16,
4558:15, 4559:8,
4574:23, 4574:24,
4575:20, 4575:21,
4575:25, 4576:19,
4580:25, 4581:3,
4581:7, 4598:22,
4604:20, 4605:4,
4605:22, 4609:15,
4611:14, 4613:3,
4619:10, 4621:13,
4622:1, 4624:23,
4625:3, 4625:17,
4625:19, 4625:23,
4626:4, 4626:10,
4626:11, 4626:14,
4626:15, 4626:17,
4626:20, 4627:20,
4628:2, 4628:7,
4628:8, 4628:17,
4632:19, 4633:8,
4634:17, 4637:11,
4643:2, 4647:21,
4648:8, 4648:25,
4650:1, 4654:16,
4654:22, 4662:13,
4663:9, 4663:15
  **Horizon's** [1] -
4624:25
  **hospital** [2] - 4517:6,
4517:9
  **host** [3] - 4537:1,
4550:14, 4609:4
  **hot** [1] - 4565:16
  **hotel** [1] - 4548:23
  **HOUMA** [1] -
4507:20
  **hour** [2] - 4567:2,
4631:6
  **hours** [5] - 4536:17,
4566:16, 4566:17,
4630:23, 4661:19
  **hours'** [4] - 4532:12,
4532:19, 4532:20
  **house** [1] - 4617:15
  **Houston** [10] -
4515:1, 4515:24,
4515:25, 4516:10,

4606:6, 4614:21,
4632:18, 4634:14,
4644:21, 4645:4
  **HOUSTON** [7] -
4508:5, 4510:15,
4510:24, 4511:7,
4511:8, 4511:16,
4511:20
  **HPR** [1] - 4582:6
  **HR** [1] - 4592:15
  **HS** [1] - 4602:25
  **HSE** [4] - 4531:14,
4552:19, 4598:9,
4604:10
  **HSSE** [3] - 4650:17,
4650:20, 4650:25
  **HUGH** [1] - 4511:18
  **HUGHES** [1] -
4510:23
  **Hulme** [19] -
4587:13, 4592:23,
4593:5, 4594:1,
4594:2, 4618:18,
4618:19, 4618:20,
4618:21, 4620:6,
4620:10, 4622:24,
4623:8, 4623:20,
4624:1, 4624:4,
4628:16, 4628:18,
4628:19
  **human** [3] - 4583:21,
4614:22, 4629:5
  **hung** [2] - 4515:16,
4515:17
  **hurt** [2] - 4544:23,
4588:21
  **hydrocarbons** [9] -
4583:3, 4585:4,
4585:5, 4585:7,
4585:10, 4585:12,
4586:22, 4596:16,
4617:20
  **HYMEL** [1] - 4510:20


## I

  **i** [1] - 4560:20
  **I** [586] - 4512:1,
4513:3, 4513:9,
4513:10, 4513:12,
4513:14, 4513:16,
4514:9, 4514:11,
4514:22, 4514:24,
4515:5, 4515:6,
4515:11, 4515:13,
4515:15, 4515:16,
4515:17, 4515:18,
4515:20, 4515:24,
4516:1, 4516:5,
4516:7, 4516:10,

4516:13, 4516:17,
4516:18, 4516:19,
4517:1, 4517:5,
4517:6, 4517:8,
4517:19, 4518:14,
4519:19, 4519:21,
4520:20, 4521:2,
4521:9, 4521:10,
4522:4, 4522:7,
4522:21, 4522:24,
4523:1, 4523:10,
4523:14, 4523:20,
4523:22, 4524:1,
4524:4, 4524:10,
4524:11, 4524:12,
4524:13, 4524:15,
4524:18, 4524:22,
4524:25, 4525:4,
4525:6, 4525:9,
4525:10, 4525:13,
4525:14, 4525:15,
4525:17, 4525:19,
4525:21, 4526:1,
4526:2, 4526:3,
4526:7, 4526:9,
4526:10, 4526:11,
4526:25, 4527:1,
4527:4, 4527:5,
4527:6, 4527:7,
4527:15, 4527:25,
4528:2, 4528:5,
4528:8, 4528:9,
4528:18, 4528:19,
4529:1, 4529:9,
4529:11, 4529:13,
4529:14, 4531:5,
4531:17, 4531:20,
4531:22, 4532:25,
4533:22, 4534:15,
4534:16, 4535:14,
4536:12, 4539:10,
4539:20, 4539:22,
4540:5, 4540:14,
4541:12, 4542:1,
4542:9, 4543:5,
4543:7, 4543:9,
4543:23, 4543:24,
4544:2, 4544:4,
4544:5, 4544:7,
4544:8, 4544:10,
4544:11, 4544:12,
4544:14, 4544:15,
4544:16, 4544:18,
4544:19, 4544:20,
4544:21, 4545:17,
4545:23, 4545:25,
4546:13, 4546:18,
4546:21, 4546:23,
4546:24, 4546:25,
4547:1, 4547:4,

4547:5, 4547:11,
4547:12, 4547:18,
4547:19, 4548:21,
4550:21, 4550:22,
4550:23, 4551:19,
4551:20, 4551:25,
4552:1, 4552:4,
4552:11, 4552:12,
4552:15, 4553:19,
4553:20, 4554:1,
4554:2, 4554:4,
4554:7, 4554:9,
4554:23, 4554:25,
4555:13, 4555:21,
4556:14, 4557:10,
4558:7, 4558:21,
4560:13, 4561:1,
4561:3, 4562:6,
4562:21, 4562:23,
4563:2, 4563:6,
4563:7, 4565:10,
4565:23, 4568:16,
4569:20, 4569:22,
4569:25, 4570:1,
4570:5, 4570:7,
4570:8, 4570:12,
4570:18, 4570:22,
4571:6, 4571:24,
4572:12, 4572:25,
4573:1, 4573:9,
4573:19, 4574:1,
4575:5, 4575:10,
4575:17, 4576:6,
4576:11, 4576:12,
4576:13, 4577:7,
4577:11, 4577:16,
4577:17, 4577:20,
4577:21, 4577:22,
4577:23, 4578:6,
4581:10, 4581:12,
4581:13, 4581:17,
4584:18, 4584:22,
4585:14, 4586:11,
4586:12, 4588:15,
4588:16, 4589:19,
4588:21, 4589:11,
4589:17, 4589:18,
4589:22, 4590:1,
4592:13, 4592:14,
4592:16, 4593:15,
4593:22, 4594:22,
4595:2, 4596:19,
4597:24, 4598:9,
4598:10, 4598:12,
4598:19, 4598:24,
4599:14, 4599:18,
4599:21, 4600:10,
4601:3, 4601:4,
4601:8, 4601:10,
4601:12, 4601:14,
4601:15, 4601:21,

4601:23, 4602:13,
4603:12, 4603:13,
4603:20, 4604:3,
4604:5, 4604:8,
4604:12, 4604:18,
4604:19, 4604:21,
4605:6, 4606:21,
4607:15, 4607:21,
4607:25, 4608:6,
4608:15, 4608:19,
4609:8, 4609:22,
4610:10, 4611:7,
4611:25, 4612:2,
4612:4, 4612:13,
4612:20, 4613:4,
4613:18, 4613:24,
4614:6, 4614:15,
4615:4, 4615:7,
4615:13, 4616:4,
4617:15, 4618:6,
4620:3, 4620:8,
4620:11, 4620:18,
4620:24, 4621:5,
4621:8, 4621:19,
4621:25, 4622:3,
4622:10, 4622:13,
4622:18, 4622:19,
4623:6, 4623:9,
4623:10, 4623:11,
4623:13, 4623:16,
4623:22, 4623:23,
4624:3, 4624:15,
4624:16, 4624:24,
4625:1, 4625:22,
4626:11, 4626:15,
4627:22, 4627:24,
4628:11, 4629:1,
4629:11, 4630:10,
4630:21, 4630:23,
4630:25, 4631:1,
4631:3, 4631:13,
4631:19, 4632:11,
4632:13, 4632:16,
4633:5, 4633:9,
4633:20, 4633:23,
4634:18, 4635:2,
4635:7, 4635:8,
4635:24, 4636:1,
4636:5, 4636:8,
4636:11, 4637:3,
4637:14, 4637:16,
4637:22, 4637:24,
4638:1, 4638:3,
4638:10, 4638:16,
4639:1, 4639:4,
4639:10, 4639:15,
4639:18, 4639:24,
4640:10, 4640:13,
4640:14, 4640:16,
4640:18, 4640:22,
4640:25, 4641:8,

4641:9, 4641:10,
4641:14, 4641:17,
4641:19, 4641:20,
4641:24, 4642:3,
4642:8, 4642:25,
4643:3, 4643:12,
4643:18, 4643:25,
4645:7, 4645:18,
4646:4, 4647:12,
4648:2, 4648:6,
4648:10, 4648:15,
4648:16, 4648:23,
4648:24, 4648:25,
4649:4, 4649:5,
4649:12, 4649:14,
4649:20, 4649:21,
4649:22, 4650:2,
4650:6, 4650:10,
4650:11, 4650:14,
4650:17, 4650:25,
4651:4, 4651:5,
4651:13, 4651:20,
4652:3, 4652:8,
4652:17, 4652:20,
4652:24, 4653:4,
4653:14, 4653:16,
4653:20, 4653:24,
4654:18, 4654:23,
4655:6, 4655:7,
4655:8, 4655:22,
4655:24, 4656:3,
4656:11, 4656:12,
4656:15, 4656:17,
4656:18, 4656:19,
4657:1, 4657:5,
4657:10, 4657:19,
4658:8, 4658:23,
4658:24, 4659:13,
4659:20, 4660:10,
4660:20, 4661:11,
4661:15, 4661:16,
4661:17, 4662:9,
4663:1, 4663:19,
4664:7, 4664:8,
4664:11, 4665:14,
4665:18, 4666:5,
4666:20, 4667:1,
4667:13

**I'll** [4] - 4558:9,
4654:8, 4654:20,
4655:9

**I'm** [11] - 4600:6,
4627:22, 4636:5,
4637:22, 4638:2,
4638:21, 4639:25,
4641:14, 4655:15,
4659:22

**I've** [21] - 4520:24,
4529:15, 4531:21,
4541:21, 4544:6,
4547:11, 4553:9,

4556:10, 4556:16,
4560:19, 4578:17,
4578:20, 4604:21,
4622:3, 4622:22,
4635:6, 4651:25,
4652:11, 4655:7,
4663:2

**IADC** [7] - 4553:2,
4553:8, 4553:12,
4553:16, 4553:22

**Ibos** [2] - 4667:13,
4667:21

**IBOS** [1] - 4511:21

**ideally** [2] - 4572:6,
4572:8

**ideas** [2] - 4576:24,
4651:21

**identification** [3] -
4542:20, 4634:15,
4659:9

**identified** [28] -
4540:7, 4575:11,
4606:15, 4606:23,
4610:7, 4611:4,
4614:14, 4615:10,
4624:9, 4624:18,
4625:5, 4628:2,
4628:3, 4628:6,
4634:2, 4634:18,
4634:21, 4635:20,
4640:2, 4640:23,
4641:11, 4642:1,
4642:3, 4642:5,
4653:5, 4653:16,
4654:3

**identify** [18] - 4539:4,
4542:6, 4542:24,
4543:2, 4544:18,
4546:6, 4561:14,
4587:6, 4622:11,
4622:16, 4622:19,
4625:9, 4625:10,
4633:6, 4634:2,
4640:7, 4666:15

**identifying** [5] -
4542:20, 4546:7,
4587:2, 4613:16,
4652:15

**if** [128] - 4513:14,
4514:2, 4519:24,
4522:15, 4523:7,
4528:1, 4530:6,
4532:17, 4533:25,
4534:17, 4535:14,
4536:25, 4537:11,
4537:16, 4537:20,
4539:6, 4539:23,
4539:24, 4544:5,
4545:16, 4546:24,
4549:21, 4550:21,

4552:12, 4553:4,
4553:5, 4553:6,
4553:19, 4554:1,
4554:2, 4554:23,
4556:6, 4556:14,
4556:15, 4556:21,
4557:3, 4557:20,
4558:1, 4559:1,
4559:4, 4560:3,
4560:13, 4561:9,
4561:20, 4567:8,
4568:5, 4569:6,
4570:24, 4571:2,
4571:25, 4572:12,
4573:19, 4573:21,
4575:23, 4577:7,
4577:16, 4578:5,
4579:11, 4580:8,
4580:11, 4582:4,
4582:6, 4582:15,
4584:3, 4585:2,
4585:10, 4586:25,
4588:20, 4588:23,
4589:6, 4590:14,
4592:25, 4593:7,
4595:12, 4595:18,
4598:19, 4599:13,
4599:14, 4601:8,
4602:10, 4603:22,
4612:1, 4612:11,
4617:20, 4617:22,
4618:3, 4622:19,
4625:25, 4626:12,
4626:13, 4627:22,
4631:17, 4632:2,
4636:1, 4637:22,
4638:3, 4640:13,
4641:8, 4643:18,
4643:21, 4643:24,
4644:1, 4645:19,
4647:10, 4648:3,
4648:15, 4649:12,
4649:20, 4649:22,
4650:13, 4650:23,
4651:20, 4652:18,
4652:24, 4653:10,
4655:23, 4656:1,
4658:1, 4658:2,
4658:25, 4659:19,
4660:10, 4661:18,
4662:12

**ignite** [1] - 4617:20

**ignition** [3] -
4617:14, 4617:23,
4625:14

**Ihab** [1] - 4638:25

**IHAB** [1] - 4638:25

**ii** [1] - 4560:20

**iii** [1] - 4560:21

**IL** [1] - 4510:6

**immediate** [1] -
4630:17

**immediately** [3] -
4515:6, 4592:16,
4615:12

**impact** [2] - 4568:1,
4626:19

**implement** [3] -
4533:16, 4654:21,
4654:23

**implementation** [1] -
4610:14

**implemented** [2] -
4623:5, 4623:16

**implementing** [1] -
4643:2

**imply** [1] - 4535:12

**importance** [3] -
4526:16, 4527:2,
4537:15

**important** [7] -
4527:9, 4527:23,
4531:16, 4549:4,
4633:14, 4653:2,
4665:16

**impose** [1] - 4632:12

**impossible** [1] -
4527:25

**impressed** [2] -
4604:9, 4604:15

**IMPREVENTO** [1] -
4507:14

**improperly** [1] -
4598:23

**improve** [9] -
4575:11, 4589:7,
4589:8, 4633:6,
4635:1, 4635:8,
4651:10, 4651:21,
4652:6

**improved** [1] -
4604:10

**improvement** [5] -
4571:22, 4577:13,
4577:19, 4634:21,
4651:18

**Improvement** [1] -
4618:5

**improvements** [1] -
4603:11

**In** [1] - 4630:22

**in** [523] - 4514:22,
4514:24, 4515:8,
4515:12, 4515:18,
4516:2, 4516:7,
4516:10, 4516:16,
4516:17, 4516:20,
4516:25, 4517:2,
4517:6, 4517:9,
4517:15, 4518:16,

4519:2, 4519:8,
4519:10, 4519:13,
4519:19, 4519:21,
4519:24, 4520:21,
4520:24, 4521:8,
4521:21, 4522:1,
4522:4, 4522:6,
4522:12, 4522:14,
4522:17, 4522:24,
4523:4, 4523:15,
4523:16, 4523:25,
4524:4, 4524:11,
4524:19, 4524:21,
4525:6, 4525:19,
4525:23, 4526:3,
4526:7, 4526:11,
4526:12, 4526:13,
4526:23, 4527:3,
4527:5, 4527:8,
4528:6, 4528:7,
4528:13, 4528:22,
4529:1, 4529:4,
4530:8, 4530:10,
4530:14, 4530:25,
4531:3, 4531:8,
4531:9, 4531:14,
4531:21, 4532:6,
4532:14, 4532:22,
4533:17, 4533:21,
4534:6, 4534:18,
4535:3, 4536:10,
4537:4, 4537:9,
4537:10, 4537:11,
4537:14, 4537:16,
4537:17, 4538:3,
4538:12, 4539:7,
4539:9, 4540:5,
4541:3, 4541:6,
4541:21, 4541:23,
4542:14, 4542:19,
4543:1, 4543:18,
4543:20, 4544:1,
4544:9, 4544:24,
4545:1, 4545:4,
4546:2, 4547:11,
4547:15, 4547:17,
4547:18, 4548:7,
4548:12, 4548:18,
4548:20, 4548:22,
4548:23, 4548:24,
4549:8, 4549:18,
4550:6, 4550:10,
4550:14, 4550:20,
4550:24, 4551:1,
4551:8, 4551:12,
4551:14, 4551:23,
4552:1, 4552:15,
4552:20, 4553:4,
4553:10, 4553:22,
4553:24, 4554:3,
4554:8, 4554:18,

4555:14, 4555:20,
4555:24, 4556:2,
4556:5, 4556:11,
4556:16, 4556:18,
4557:4, 4557:12,
4557:15, 4558:7,
4559:3, 4559:10,
4559:11, 4559:22,
4559:23, 4560:10,
4561:1, 4561:2,
4561:4, 4561:11,
4561:14, 4561:18,
4562:2, 4562:5,
4562:10, 4562:14,
4562:24, 4563:8,
4563:17, 4563:21,
4564:13, 4565:1,
4565:2, 4565:15,
4565:17, 4566:1,
4566:5, 4566:15,
4566:18, 4567:2,
4567:8, 4568:5,
4568:13, 4569:4,
4569:23, 4570:12,
4570:16, 4570:21,
4570:23, 4570:24,
4571:8, 4571:22,
4571:25, 4572:4,
4572:5, 4572:7,
4572:9, 4572:19,
4573:3, 4573:20,
4573:23, 4574:2,
4574:4, 4574:9,
4574:16, 4574:17,
4575:2, 4575:3,
4575:6, 4575:24,
4576:14, 4577:9,
4577:16, 4577:22,
4577:23, 4577:25,
4578:7, 4578:14,
4578:18, 4578:21,
4578:23, 4579:5,
4579:22, 4579:23,
4580:7, 4580:11,
4580:12, 4581:2,
4581:6, 4581:8,
4581:16, 4581:18,
4581:24, 4581:25,
4582:1, 4582:3,
4582:9, 4582:11,
4582:16, 4582:17,
4582:18, 4582:19,
4583:12, 4583:14,
4583:16, 4583:22,
4583:23, 4584:9,
4584:15, 4584:25,
4585:5, 4585:6,
4585:13, 4585:23,
4586:5, 4586:22,
4586:23, 4587:5,
4588:6, 4588:11,

4589:11, 4589:15,
4589:22, 4589:25,
4590:1, 4590:10,
4590:14, 4591:6,
4592:2, 4592:7,
4592:21, 4593:5,
4593:10, 4594:3,
4594:10, 4594:12,
4594:14, 4594:15,
4595:2, 4595:19,
4595:22, 4595:23,
4595:24, 4596:2,
4596:3, 4596:4,
4596:5, 4596:7,
4596:13, 4596:19,
4596:21, 4597:2,
4597:22, 4598:8,
4598:10, 4598:11,
4598:22, 4599:5,
4599:9, 4599:14,
4599:20, 4600:7,
4600:12, 4600:21,
4600:23, 4600:25,
4601:3, 4601:5,
4601:9, 4602:3,
4603:10, 4603:15,
4603:18, 4604:8,
4604:14, 4604:22,
4604:24, 4606:5,
4606:16, 4606:17,
4606:21, 4606:24,
4607:4, 4607:7,
4607:11, 4607:24,
4607:25, 4608:9,
4608:17, 4608:19,
4609:13, 4609:19,
4609:25, 4610:12,
4610:14, 4610:17,
4610:21, 4611:7,
4611:10, 4611:23,
4613:13, 4613:19,
4613:21, 4614:11,
4614:14, 4614:17,
4614:20, 4614:21,
4615:15, 4615:18,
4616:1, 4616:6,
4616:20, 4616:25,
4617:14, 4617:20,
4618:11, 4618:12,
4618:17, 4619:5,
4619:9, 4619:19,
4619:23, 4619:25,
4620:5, 4620:17,
4621:1, 4621:11,
4621:21, 4622:3,
4622:25, 4623:1,
4623:8, 4624:4,
4624:5, 4624:7,
4624:9, 4624:14,
4624:15, 4624:18,
4625:6, 4625:20,

4626:4, 4626:17,
4627:3, 4627:14,
4628:14, 4629:7,
4629:11, 4629:12,
4629:13, 4629:18,
4629:19, 4630:2,
4630:8, 4630:16,
4630:19, 4630:21,
4630:25, 4631:1,
4631:18, 4631:22,
4632:1, 4632:6,
4632:18, 4634:14,
4635:7, 4635:17,
4635:23, 4636:15,
4636:19, 4636:24,
4637:2, 4637:4,
4637:9, 4638:22,
4638:23, 4639:9,
4639:19, 4640:5,
4640:11, 4640:14,
4640:19, 4640:25,
4641:1, 4641:9,
4642:8, 4643:17,
4643:22, 4644:5,
4644:6, 4644:7,
4644:11, 4644:21,
4645:4, 4646:4,
4646:9, 4646:12,
4646:21, 4647:4,
4647:7, 4647:10,
4647:16, 4647:21,
4648:1, 4648:2,
4649:2, 4650:7,
4650:9, 4650:16,
4651:9, 4651:11,
4651:14, 4651:20,
4651:24, 4652:14,
4652:15, 4652:25,
4653:3, 4653:5,
4653:7, 4653:18,
4654:2, 4654:9,
4658:10, 4658:25,
4659:2, 4659:6,
4659:11, 4659:12,
4659:16, 4660:4,
4660:7, 4660:15,
4661:1, 4661:2,
4661:3, 4663:3,
4663:4, 4663:15,
4663:24, 4664:15,
4664:23, 4665:8,
4665:19, 4665:22,
4666:1, 4666:2,
4666:3, 4666:13,
4666:21, 4667:17
**IN** [4] - 4506:5,
4506:5, 4506:12,
4513:25
   **inability** [1] - 4609:2
**Inc** [7] - 4518:5,
4518:15, 4518:20,

4518:24, 4519:12,
4521:19, 4525:4
**INC** [5] - 4506:16,
4509:21, 4510:9,
4510:10, 4511:10
   **incentive** [6] -
4532:13, 4532:17,
4532:19, 4532:21,
4661:18, 4662:1
   **incident** [69] -
4514:18, 4514:21,
4515:12, 4515:14,
4516:5, 4530:25,
4531:8, 4531:12,
4531:22, 4552:19,
4552:22, 4552:24,
4553:1, 4553:2,
4553:3, 4553:4,
4553:5, 4553:8,
4553:10, 4554:14,
4554:15, 4554:16,
4554:17, 4558:12,
4558:17, 4562:8,
4564:1, 4575:15,
4580:23, 4581:2,
4581:7, 4581:24,
4582:1, 4582:9,
4583:12, 4587:15,
4588:5, 4588:9,
4588:19, 4588:23,
4589:6, 4589:25,
4590:2, 4590:6,
4592:3, 4592:14,
4592:21, 4592:24,
4593:4, 4593:10,
4595:17, 4597:14,
4600:12, 4609:7,
4609:8, 4609:9,
4609:14, 4609:16,
4610:21, 4612:6,
4612:21, 4613:5,
4625:11, 4625:12,
4629:2, 4666:15,
4666:16, 4666:22
   **incident-free** [2] -
4530:25, 4531:8
   **incidents** [53] -
4531:9, 4531:15,
4531:21, 4557:20,
4558:7, 4558:11,
4558:14, 4559:1,
4559:25, 4560:1,
4565:24, 4573:7,
4573:8, 4581:20,
4581:21, 4582:2,
4607:13, 4607:16,
4607:17, 4607:19,
4608:4, 4608:7,
4608:17, 4608:18,
4608:22, 4608:25,

4609:4, 4610:19,
4611:11, 4611:18,
4611:19, 4612:2,
4612:8, 4612:13,
4612:19, 4613:2,
4613:8, 4613:9,
4613:10, 4613:11,
4614:8, 4615:19,
4615:22, 4616:8,
4616:13, 4616:18,
4616:20, 4616:24,
4623:3, 4623:14,
4624:17
   **include** [5] - 4530:6,
4534:9, 4620:20,
4625:14, 4659:11
   **included** [1] -
4614:21
   **includes** [2] -
4540:4, 4637:4
   **including** [13] -
4536:6, 4540:20,
4540:21, 4571:18,
4571:20, 4576:1,
4576:19, 4594:17,
4615:9, 4627:14,
4636:19, 4640:15,
4642:24
   **income** [2] -
4663:25, 4664:1
   **inconsistent** [1] -
4654:4
   **increase** [1] - 4665:7
   **increasing** [12] -
4573:6, 4607:12,
4608:3, 4608:7,
4611:17, 4612:18,
4616:13, 4616:21,
4616:25, 4624:13,
4624:17, 4636:19
   **incredibly** [1] -
4600:21
   **independent** [1] -
4609:25
   **India** [1] - 4600:3
   **Indian** [1] - 4600:2
   **indicate** [2] - 4599:1,
4603:18
   **indicated** [3] -
4601:3, 4608:8,
4640:19
   **indication** [4] -
4601:6, 4615:18,
4627:10, 4666:9
   **indicator** [2] -
4618:10, 4664:24
   **indicators** [4] -
4587:2, 4611:24,
4612:5, 4612:6
   **individual** [24] -

4516:20, 4526:21,
4526:24, 4538:13,
4542:9, 4546:6,
4546:8, 4546:12,
4553:17, 4553:23,
4564:9, 4564:11,
4567:22, 4578:11,
4578:16, 4583:21,
4594:3, 4604:2,
4604:3, 4623:11,
4634:7, 4652:3,
4664:24

**individual's** [4] -
4531:22, 4540:25,
4665:18, 4666:16

**individually** [1] -
4623:22

**individuals** [14] -
4517:10, 4540:15,
4540:22, 4549:8,
4550:16, 4567:24,
4573:21, 4579:23,
4615:4, 4615:10,
4637:1, 4637:5,
4666:9, 4666:13

**indoctrinate** [1] -
4567:2

**induction** [3] -
4547:6, 4564:6,
4564:8

**industries** [1] -
4522:25

**Industries** [2] -
4600:1, 4600:2

**industry** [10] -
4521:12, 4543:9,
4572:7, 4572:10,
4582:25, 4585:1,
4664:6, 4664:10,
4664:12, 4664:16

**industry's** [1] -
4585:8

**inflow** [1] - 4597:23

**influx** [7] - 4583:4,
4585:20, 4590:25,
4591:5, 4594:4,
4600:25

**influxes** [1] - 4583:2

**information** [17] -
4515:15, 4527:23,
4594:24, 4598:10,
4598:13, 4614:23,
4620:23, 4622:3,
4637:9, 4640:18,
4640:19, 4641:3,
4641:10, 4648:21,
4650:3, 4653:21

**informed** [2] -
4653:23, 4654:2

**Inglis** - 4516:8

**inherent** [1] -
4533:17

**initial** [2] - 4549:24,
4602:4

**initially** [2] -
4562:24, 4629:18

**injure** [3] - 4559:1,
4613:9, 4613:10

**injured** [4] - 4517:4,
4554:7, 4573:18,
4573:23

**injuries** [5] -
4554:20, 4591:25,
4608:14, 4616:14,
4618:3

**injury** [15] - 4553:9,
4553:13, 4553:14,
4554:6, 4554:11,
4581:21, 4581:25,
4582:3, 4582:9,
4583:12, 4612:21,
4613:5, 4614:8,
4616:9, 4626:22

**inordinate** [2] -
4661:24, 4661:25

**ins** [1] - 4582:15

**insofar** [1] - 4640:22

**inspect** [7] - 4542:6,
4542:17, 4542:18,
4543:2, 4544:18,
4574:20, 4626:11

**inspections** [1] -
4581:3

**installation** [1] -
4602:5

**installed** [3] -
4596:23, 4601:22,
4601:25

**instance** [2] -
4533:21, 4559:23

**instances** [5] -
4561:14, 4617:2,
4618:7, 4635:7,
4663:6

**instead** [3] -
4631:20, 4631:24,
4645:10

**instruction** [3] -
4530:2, 4550:9,
4657:24

**instructions** [1] -
4586:19

**instrumentation** [1] -
4627:10

**integrated** [1] -
4533:6

**intended** [3] -
4535:12, 4593:14,
4628:22

**intensity** [2] -

4585:21, 4586:1

**interact** [1] - 4603:3

**interaction** [2] -
4571:15, 4580:9

**Intercontinental** [1] -
4516:1

**interest** [2] -
4522:24, 4600:22

**interested** [1] -
4600:21

**interesting** [2] -
4526:19, 4571:4

**interestingly** [1] -
4666:7

**internal** [3] -
4517:15, 4606:24,
4607:3

**internally** [1] -
4596:21

**INTERNATIONAL** [1]
- 4511:1

**International** [1] -
4552:25

**interpret** [1] - 4601:4

**interrupt** [1] -
4526:15

**interspersed** [1] -
4528:15

**intervene** [2] -
4561:18, 4639:21

**interview** [1] -
4574:15

**intimately** [1] -
4555:13

**into** [30] - 4518:5,
4518:19, 4519:10,
4524:17, 4525:18,
4525:23, 4532:20,
4535:23, 4536:2,
4545:1, 4547:5,
4552:16, 4554:3,
4562:24, 4563:2,
4564:10, 4564:17,
4565:3, 4583:3,
4583:5, 4588:13,
4590:4, 4591:10,
4595:23, 4596:15,
4596:23, 4598:8,
4609:3, 4652:9,
4665:10

**intranet** [2] - 4598:3,
4598:6

**intricate** [1] -
4537:19

**introduce** [1] -
4549:16

**introduced** [2] -
4523:5, 4531:5

**inventory** [1] -
4549:10

**investigate** [1] -
4521:1

**investigated** [2] -
4587:15, 4588:11

**investigating** [1] -
4588:9

**investigation** [15] -
4517:16, 4517:18,
4587:10, 4587:22,
4588:3, 4589:4,
4590:4, 4592:12,
4610:19, 4620:6,
4620:10, 4628:19,
4641:2, 4641:3,
4641:5

**investigations** [2] -
4586:13, 4610:22

**investment** [1] -
4529:12

**involve** [1] - 4542:15

**involved** [13] -
4531:21, 4545:2,
4545:6, 4545:7,
4545:8, 4545:10,
4545:13, 4565:14,
4592:21, 4614:20,
4615:10, 4635:7

**involvement** [2] -
4644:25, 4645:6

**involves** [4] -
4529:12, 4545:6,
4601:12, 4643:19

**involving** [4] -
4566:6, 4592:23,
4601:12, 4611:8

**iron** [1] - 4537:25

**IRPINO** [2] - 4508:6,
4508:7

**irresponsible** [2] -
4655:2, 4655:18

**isn't** [28] - 4606:16,
4606:23, 4607:7,
4608:4, 4616:19,
4617:3, 4617:17,
4618:3, 4619:25,
4620:5, 4621:13,
4622:2, 4623:5,
4624:19, 4625:7,
4625:17, 4626:7,
4626:10, 4628:7,
4628:25, 4629:25,
4633:1, 4633:4,
4633:15, 4633:19,
4635:18, 4636:20,
4643:22

**isolated** [1] -
4597:23

**isolation** [1] -
4627:12

**issue** [15] - 4557:15,

4570:20, 4574:25,
4577:5, 4578:4,
4580:15, 4587:21,
4588:13, 4588:17,
4597:9, 4601:2,
4607:7, 4630:6,
4630:7, 4630:17

**issued** [4] - 4588:10,
4629:22, 4630:5,
4630:22

**issues** [12] - 4518:3,
4554:22, 4602:4,
4607:8, 4613:21,
4615:3, 4629:23,
4629:25, 4631:14,
4634:18, 4636:9,
4636:15

**IT** [1] - 4603:19

**it** [338] - 4513:12,
4514:3, 4514:23,
4515:15, 4515:16,
4517:7, 4520:5,
4520:7, 4520:12,
4520:13, 4520:14,
4520:15, 4520:17,
4524:24, 4525:12,
4525:13, 4525:14,
4525:15, 4525:20,
4526:10, 4526:13,
4527:23, 4528:10,
4529:22, 4530:9,
4531:3, 4531:6,
4531:17, 4532:1,
4532:2, 4532:4,
4532:14, 4532:17,
4532:20, 4533:22,
4535:3, 4535:22,
4536:3, 4536:16,
4538:14, 4539:6,
4540:5, 4540:9,
4540:16, 4540:18,
4541:10, 4541:13,
4541:23, 4542:12,
4543:16, 4544:13,
4545:5, 4545:20,
4546:6, 4546:8,
4546:15, 4547:16,
4549:7, 4550:7,
4551:6, 4551:8,
4551:12, 4551:20,
4551:21, 4552:2,
4552:7, 4552:12,
4552:14, 4554:23,
4555:22, 4556:7,
4556:8, 4556:10,
4556:11, 4556:18,
4556:21, 4557:4,
4557:8, 4558:9,
4558:12, 4558:18,
4558:24, 4559:8,
4559:14, 4560:1,

4561:25, 4562:5,
4563:15, 4564:19,
4564:25, 4565:9,
4565:15, 4565:16,
4566:4, 4567:2,
4567:21, 4567:23,
4567:24, 4568:5,
4568:6, 4568:16,
4568:20, 4568:22,
4569:3, 4569:12,
4570:12, 4571:12,
4572:3, 4572:12,
4572:15, 4572:21,
4572:22, 4573:18,
4574:1, 4574:4,
4575:2, 4575:3,
4577:2, 4577:12,
4577:18, 4578:1,
4578:14, 4578:17,
4578:19, 4578:20,
4578:25, 4579:13,
4581:10, 4582:17,
4582:23, 4582:24,
4583:15, 4584:13,
4584:20, 4585:9,
4585:24, 4586:11,
4587:16, 4588:2,
4588:4, 4588:15,
4589:1, 4589:14,
4589:16, 4589:17,
4590:7, 4591:6,
4591:13, 4591:14,
4591:15, 4591:16,
4592:12, 4593:3,
4593:12, 4593:14,
4594:4, 4594:5,
4594:7, 4595:9,
4596:5, 4597:4,
4597:6, 4597:22,
4598:2, 4598:3,
4599:24, 4600:6,
4600:21, 4601:15,
4601:25, 4604:20,
4605:14, 4606:5,
4606:23, 4607:7,
4607:9, 4607:14,
4608:12, 4608:24,
4608:25, 4609:1,
4609:2, 4609:20,
4610:2, 4610:3,
4611:2, 4611:25,
4612:11, 4612:23,
4612:24, 4612:25,
4615:15, 4616:4,
4616:11, 4617:12,
4617:17, 4617:19,
4618:15, 4618:16,
4618:18, 4618:23,
4620:1, 4620:3,
4620:5, 4620:6,
4620:7, 4620:12,

4621:8, 4621:18,
4622:1, 4622:4,
4622:7, 4622:11,
4622:18, 4622:19,
4622:20, 4624:6,
4624:7, 4625:17,
4625:20, 4625:23,
4626:7, 4626:10,
4626:17, 4626:20,
4626:23, 4626:25,
4627:16, 4627:17,
4627:21, 4628:10,
4628:12, 4628:18,
4629:15, 4629:22,
4629:25, 4630:3,
4630:19, 4631:5,
4631:12, 4631:17,
4632:8, 4632:9,
4632:13, 4632:22,
4633:1, 4633:10,
4633:15, 4633:19,
4634:17, 4635:13,
4635:24, 4635:25,
4636:1, 4636:4,
4636:20, 4637:3,
4637:12, 4637:13,
4637:25, 4638:13,
4639:24, 4641:7,
4643:22, 4644:15,
4644:16, 4644:18,
4645:10, 4645:15,
4646:19, 4646:22,
4647:13, 4648:5,
4649:5, 4649:22,
4650:11, 4651:11,
4651:12, 4652:4,
4652:19, 4653:1,
4653:2, 4653:11,
4653:12, 4653:17,
4654:2, 4654:13,
4654:20, 4654:24,
4654:25, 4655:2,
4655:7, 4655:9,
4655:17, 4655:23,
4657:12, 4659:15,
4660:21, 4660:23,
4660:25, 4661:6,
4661:10, 4661:13,
4661:19, 4662:13,
4662:19, 4662:25,
4663:1, 4663:4,
4663:10, 4663:12,
4664:2, 4664:17,
4664:18, 4664:23
**lt** [2] - 4573:16,
4621:12
**it's** [84] - 4522:16,
4527:25, 4530:6,
4530:18, 4531:7,
4533:22, 4533:23,
4535:12, 4535:19,

4535:23, 4535:24,
4538:11, 4538:14,
4539:6, 4540:21,
4541:6, 4542:23,
4544:15, 4545:24,
4546:5, 4548:8,
4548:13, 4548:14,
4548:19, 4548:21,
4549:16, 4550:23,
4553:5, 4556:13,
4559:9, 4559:11,
4561:3, 4564:12,
4565:8, 4572:22,
4579:11, 4579:23,
4582:5, 4583:3,
4583:10, 4583:19,
4585:9, 4585:11,
4585:25, 4587:1,
4587:2, 4588:8,
4588:15, 4596:1,
4596:12, 4596:14,
4598:11, 4602:13,
4604:4, 4605:8,
4618:4, 4618:25,
4619:1, 4620:10,
4624:4, 4627:8,
4630:2, 4630:3,
4633:11, 4640:11,
4645:16, 4646:1,
4646:18, 4648:16,
4649:5, 4653:9,
4656:1, 4656:2,
4658:21, 4659:6,
4660:8, 4660:12,
4660:20, 4660:23,
4660:25, 4662:16,
4667:4
**item** [3] - 4541:21,
4545:15, 4602:25
**items** [1] - 4570:12
**its** [36] - 4521:19,
4532:14, 4536:6,
4536:11, 4538:16,
4548:3, 4551:4,
4574:25, 4575:6,
4586:13, 4587:10,
4611:5, 4635:4,
4635:23, 4637:10,
4646:6, 4646:24,
4646:25, 4647:1,
4647:10, 4647:20,
4648:1, 4650:1,
4650:9, 4651:3,
4652:15, 4653:1,
4653:3, 4653:5,
4654:5, 4654:15,
4655:2, 4655:18
**itself** [2] - 4544:1,
4649:3

## J

**J** [9] - 4506:8,
4506:22, 4507:6,
4507:17, 4509:8,
4510:4, 4510:11,
4510:20, 4511:5
**jack** [5] - 4555:15,
4559:9, 4594:1,
4594:15, 4594:16
**jack-up** [4] - 4559:9,
4594:1, 4594:15,
4594:16
**jack-ups** [1] -
4555:15
**JAMES** [2] - 4507:3,
4509:13
**January** [2] -
4560:16, 4624:7
**JEFFERSON** [2] -
4507:4, 4510:21
**JEFFREY** [1] -
4507:14
**JERRY** [1] - 4511:15
**JESSICA** [2] -
4508:20, 4508:21
**Jim** [5] - 4589:12,
4589:13, 4589:24,
4590:5, 4590:9
**JIMMY** [1] - 4508:4
**job** [21] - 4524:13,
4524:18, 4525:18,
4541:13, 4549:25,
4550:5, 4550:6,
4555:11, 4555:24,
4556:2, 4561:17,
4564:9, 4577:9,
4578:13, 4579:15,
4579:20, 4589:21,
4658:3, 4658:11,
4665:21
**jobs** [5] - 4524:14,
4576:21, 4577:9,
4603:19, 4633:22
**Joey** [3] - 4527:1,
4527:4, 4527:7
**John** [5] - 4528:24,
4529:1, 4555:9,
4555:10, 4648:14
**JOHN** [3] - 4508:2,
4510:23, 4511:19
**joined** [2] - 4564:8,
4635:2
**joint** [3] - 4558:24,
4591:13, 4591:14
**joints** [1] - 4545:11
**JONES** [1] - 4511:5
**JR** [2] - 4507:17,
4511:11

## K

**K** [1] - 4509:22
**Kanner** [2] -
4512:14, 4656:11
**KANNER** [10] -
4509:16, 4509:17,
4656:8, 4656:10,
4657:16, 4659:20,
4659:22, 4659:24,
4662:22, 4667:2
**KAREN** [1] - 4511:21
**Karen** [2] - 4667:13,
4667:21

**JUDGE** [1] - 4506:23
**Judge** [3] - 4529:17,
4543:1, 4621:5
**judge** [1] - 4536:20
**July** [2] - 4575:2,
4635:25
**June** [1] - 4566:3
**just** [64] - 4513:19,
4515:15, 4516:3,
4519:17, 4522:7,
4523:2, 4525:9,
4526:7, 4529:7,
4529:14, 4529:18,
4531:20, 4535:7,
4542:6, 4547:4,
4549:2, 4550:6,
4550:8, 4551:16,
4556:9, 4556:20,
4559:20, 4560:3,
4562:5, 4563:15,
4570:14, 4571:1,
4572:22, 4579:8,
4582:18, 4586:6,
4586:16, 4593:2,
4594:21, 4594:22,
4598:12, 4601:1,
4602:6, 4606:19,
4612:6, 4613:12,
4614:12, 4616:25,
4631:17, 4635:9,
4637:14, 4638:16,
4641:20, 4641:24,
4642:3, 4646:1,
4648:6, 4648:15,
4650:14, 4652:18,
4652:22, 4653:17,
4655:9, 4656:8,
4656:14, 4658:3,
4660:14, 4660:18,
4661:13
**JUSTICE** [4] -
4508:10, 4508:14,
4508:19, 4509:1
**Justice** [2] - 4518:6,
4657:18

karen_lbos@laed.uscourts.gov [1] - 4511:23

**KARIS** [1] - 4510:5
**KATZ** [1] - 4507:6
**Keelan** [7] - 4514:24, 4515:2, 4515:3, 4515:5, 4515:7, 4515:16, 4515:18
**Keelan's** [1] - 4515:6
**keep** [7] - 4543:5, 4544:13, 4554:22, 4556:5, 4633:10, 4663:23, 4665:2
**keeping** [4] - 4609:1, 4662:4, 4663:3, 4663:21
**KELLEY** [1] - 4509:3
**Kelly** [1] - 4525:24
**Kennecott** [2] - 4522:13, 4522:15
**kept** [9] - 4515:11, 4515:13, 4515:15, 4528:2, 4542:19, 4590:20, 4590:23, 4600:15
**KERRY** [1] - 4510:11
**Kevin** [11] - 4651:10, 4651:11, 4651:19, 4651:20, 4651:23, 4651:25, 4652:3, 4652:5, 4652:8, 4652:10, 4652:11
**Key** [1] - 4559:9
**key** [1] - 4628:10
**kick** [11] - 4543:17, 4585:13, 4585:17, 4585:20, 4585:21, 4585:22, 4585:25, 4586:1, 4604:20, 4618:10, 4619:23
**kicks** [4] - 4584:22, 4584:25, 4586:2, 4586:5
**kill** [2] - 4559:1, 4617:19
**killed** [2] - 4573:18, 4573:23
**KINCHEN** [2] - 4510:23, 4510:23
**kind** [11] - 4513:17, 4528:14, 4544:15, 4557:24, 4558:17, 4571:6, 4581:21, 4632:12, 4638:16, 4660:21, 4660:23
**KIRKLAND** [1] - 4510:4
**knew** [20] - 4572:8, 4601:6, 4607:22,

4608:12, 4608:16, 4611:22, 4612:10, 4612:12, 4612:13, 4614:13, 4614:15, 4615:11, 4615:13, 4616:20, 4628:9, 4629:9, 4633:3, 4635:17, 4636:18, 4652:8
**know** [130] - 4517:23, 4521:25, 4523:1, 4524:10, 4524:18, 4524:19, 4524:24, 4526:21, 4527:4, 4527:7, 4527:18, 4528:9, 4529:11, 4529:21, 4531:17, 4531:21, 4534:15, 4534:17, 4536:15, 4536:16, 4536:25, 4537:17, 4538:5, 4538:9, 4542:22, 4544:5, 4546:11, 4546:22, 4547:10, 4547:23, 4549:8, 4550:13, 4550:21, 4561:7, 4562:25, 4564:5, 4565:15, 4568:21, 4574:8, 4574:9, 4577:10, 4577:21, 4577:22, 4578:2, 4578:3, 4578:6, 4578:8, 4578:13, 4580:21, 4581:7, 4585:2, 4585:7, 4585:8, 4585:11, 4587:7, 4588:5, 4588:6, 4588:17, 4588:24, 4589:16, 4591:15, 4593:2, 4593:22, 4595:24, 4596:13, 4596:20, 4600:23, 4601:4, 4602:3, 4609:3, 4612:3, 4614:16, 4615:21, 4616:4, 4620:8, 4623:9, 4624:8, 4624:15, 4626:12, 4626:13, 4626:15, 4627:2, 4627:22, 4627:24, 4628:24, 4632:11, 4639:10, 4639:24, 4640:4, 4646:10, 4647:9, 4647:12, 4647:20, 4648:1, 4648:2, 4648:24, 4649:1, 4649:10, 4649:15, 4649:19, 4649:25, 4650:2, 4650:5,

4650:6, 4650:7, 4650:10, 4651:2, 4651:4, 4651:23, 4652:5, 4652:11, 4652:13, 4652:17, 4653:19, 4661:1, 4661:22, 4662:24, 4662:25, 4663:24, 4663:25, 4665:12, 4665:14, 4666:7
**knowledge** [15] - 4521:12, 4574:12, 4574:20, 4580:23, 4616:16, 4627:2, 4627:5, 4627:16, 4627:17, 4627:21, 4629:13, 4634:8, 4647:4, 4647:5
**known** [4] - 4515:5, 4518:17, 4648:22, 4651:25
**knows** [2] - 4555:20, 4653:11
**KRAUS** [1] - 4509:17
**KULLMAN** [1] - 4507:11

# L

**L** [4] - 4509:7, 4510:14, 4512:5, 4513:25
**L.L.C** [1] - 4511:17
**LA** [15] - 4507:5, 4507:7, 4507:13, 4507:18, 4507:20, 4507:23, 4508:3, 4508:8, 4509:15, 4509:18, 4509:24, 4510:12, 4510:22, 4511:3, 4511:22
**lack** [8] - 4578:12, 4619:23, 4630:18, 4633:13, 4633:24, 4634:11, 4636:13, 4654:3
**lacks** [1] - 4652:22
**Lacy** [4] - 4651:10, 4651:19, 4651:23, 4652:5
**LAFAYETTE** [2] - 4507:5, 4510:22
**LAFLEUR** [1] - 4510:20
**Lake** [3] - 4522:4, 4522:5, 4522:14
**LAMAR** [1] - 4511:15
**land** [1] - 4547:3
**landed** [2] - 4516:1,

4516:17
**Landry** [2] - 4516:18
**LANGAN** [1] - 4510:4
**Langan** [2] - 4513:10, 4513:15
**language** [4] - 4557:24, 4560:19, 4616:6, 4616:11
**Lanny** [3] - 4527:1, 4527:4, 4527:7
**large** [2] - 4530:4
**Larry** [35] - 4555:1, 4555:4, 4555:11, 4555:12, 4555:15, 4555:19, 4555:20, 4555:21, 4555:22, 4556:9, 4556:12, 4556:13, 4556:21, 4556:23, 4557:5, 4557:14, 4557:24, 4558:12, 4559:22, 4560:5, 4560:10, 4560:12, 4560:16, 4561:17, 4561:21, 4561:22, 4562:17, 4562:23, 4563:2, 4563:3, 4568:9, 4606:9
**Larry's** [2] - 4555:20, 4556:3
**LASALLE** [1] - 4510:6
**last** [7] - 4520:24, 4527:5, 4569:17, 4604:11, 4619:3, 4634:11, 4642:4
**late** [3] - 4652:14, 4653:7, 4654:2
**later** [6] - 4604:14, 4616:19, 4621:21, 4632:24, 4634:16, 4645:22
**launched** [1] - 4572:16
**launches** [2] - 4572:15, 4582:8
**LAW** [3] - 4507:19, 4507:21, 4508:6
**LAWRENCE** [1] - 4508:22
**lawyer** [1] - 4581:17
**lay** [3] - 4537:21, 4563:7, 4611:5
**layers** [3] - 4638:8, 4638:16, 4639:2
**layman** [2] - 4660:21, 4660:22
**lead** [3] - 4517:18, 4538:8, 4616:17
**leader** [1] - 4645:12

**leader's** [2] - 4561:1, 4561:3
**leaders** [4] - 4519:16, 4522:1, 4526:18, 4560:19
**leadership** [5] - 4575:25, 4603:10, 4606:1, 4616:16, 4656:18
**leading** [4] - 4611:24, 4612:5, 4612:6, 4620:4
**leads** [2] - 4622:7, 4656:15
**learn** [11] - 4526:16, 4538:4, 4549:19, 4571:2, 4573:17, 4573:22, 4588:24, 4612:1, 4614:7, 4616:8, 4635:1
**learned** [13] - 4554:23, 4588:3, 4596:17, 4596:21, 4623:4, 4623:8, 4623:15, 4623:19, 4623:21, 4633:1, 4633:2, 4633:7, 4640:25
**learning** [3] - 4527:1, 4588:9, 4588:16
**lease** [1] - 4662:14
**LEASING** [1] - 4506:13
**least** [4] - 4539:23, 4611:4, 4628:9, 4657:8
**leave** [3] - 4522:5, 4655:9, 4657:15
**leaving** [1] - 4657:7
**led** [1] - 4547:12
**left** [2] - 4523:20, 4527:6
**leg** [1] - 4565:1
**legacy** [9] - 4524:9, 4525:2, 4528:5, 4528:15, 4528:16, 4528:17, 4528:20, 4528:25, 4584:17
**LEGER** [2] - 4507:16, 4507:17
**length** [2] - 4594:13, 4651:5
**lengthy** [1] - 4540:21
**Leon** [1] - 4514:4
**LEON** [1] - 4514:5
**less** [7] - 4514:18, 4586:5, 4588:21, 4626:6, 4632:18, 4633:7, 4634:16
**lessons** [9] -

4550:15, 4589:4,
4596:17, 4596:21,
4597:6, 4623:4,
4623:7, 4623:15,
4623:21
**let** [14] - 4522:2,
4526:15, 4550:5,
4561:20, 4589:16,
4593:2, 4594:22,
4595:11, 4600:7,
4639:24, 4641:24,
4644:20, 4657:14,
4659:5
**let's** [59] - 4520:3,
4520:18, 4530:3,
4530:24, 4533:8,
4533:24, 4535:6,
4539:15, 4539:18,
4541:22, 4542:2,
4543:19, 4545:15,
4559:11, 4559:17,
4563:5, 4568:5,
4568:12, 4569:3,
4569:6, 4569:10,
4573:4, 4576:4,
4576:9, 4577:1,
4577:4, 4578:20,
4578:21, 4584:9,
4584:16, 4584:20,
4585:14, 4586:6,
4587:12, 4589:10,
4589:15, 4590:6,
4592:5, 4592:10,
4592:23, 4597:11,
4597:20, 4598:17,
4599:8, 4600:4,
4602:20, 4603:7,
4603:16, 4604:18,
4605:7, 4605:21,
4616:24, 4617:9,
4618:17, 4633:7,
4645:9, 4659:12,
4667:4
**letter** [4] - 4592:7,
4604:1, 4604:4,
4604:14
**letters** [2] - 4541:2,
4543:2
**level** [23] - 4531:12,
4545:24, 4553:13,
4553:16, 4553:22,
4554:6, 4566:23,
4567:19, 4580:18,
4583:25, 4600:6,
4600:7, 4615:20,
4636:17, 4639:11,
4639:13, 4640:2,
4640:8, 4644:25,
4646:4, 4650:4
**levels** [7] - 4579:8,

4636:11, 4636:22,
4637:4, 4637:7,
4639:13
  **LEWIS** [5] - 4507:11,
4509:22, 4511:10,
4511:14, 4511:17
**LI** [1] - 4510:18
**life** [1] - 4531:22
**LIFE** [1] - 4507:12
**like** [37] - 4519:21,
4521:21, 4525:9,
4545:13, 4546:18,
4547:4, 4548:23,
4549:2, 4549:12,
4549:17, 4550:7,
4550:8, 4553:9,
4556:7, 4556:9,
4556:12, 4556:13,
4557:8, 4558:18,
4561:8, 4562:23,
4563:3, 4569:25,
4570:7, 4587:7,
4589:1, 4593:15,
4598:2, 4601:10,
4612:15, 4633:21,
4639:11, 4651:7,
4661:11, 4663:2
**liked** [3] - 4648:22,
4648:23, 4649:1
**limit** [3] - 4566:17,
4610:19, 4610:24
**limited** [1] - 4610:17
**Limited** [4] -
4514:13, 4518:11,
4518:13, 4519:8
**line** [21] - 4521:22,
4557:19, 4561:14,
4561:18, 4564:22,
4564:23, 4564:24,
4564:25, 4565:2,
4616:15, 4617:14,
4621:9, 4621:10,
4623:3, 4632:12,
4632:25, 4636:14,
4648:16, 4650:15,
4663:25, 4664:1
**lines** [4] - 4521:22,
4648:4, 4648:6,
4648:17
**LISKOW** [1] -
4509:22
**list** [7] - 4550:19,
4550:23, 4556:22,
4557:1, 4559:21,
4559:24, 4638:14
**listen** [1] - 4631:1
**lists** [2] - 4558:10,
4558:12
  **LITIGATION** [1] -
4509:2

**litigation** [1] - 4622:4
**little** [6] - 4514:18,
4524:10, 4588:21,
4620:12, 4626:6,
4664:24
**live** [3] - 4548:22,
4548:23
**lived** [1] - 4517:2
**lives** [1] - 4573:21
**LLC** [2] - 4510:8,
4518:18
**Lloyd's** [46] - 4572:2,
4572:23, 4573:2,
4573:24, 4574:2,
4574:3, 4574:25,
4575:6, 4575:15,
4575:19, 4575:24,
4577:25, 4631:20,
4631:23, 4631:25,
4632:2, 4632:3,
4632:5, 4632:11,
4632:12, 4632:15,
4633:5, 4634:18,
4634:19, 4634:20,
4634:21, 4634:22,
4634:24, 4634:25,
4635:4, 4635:5,
4635:9, 4635:15,
4635:18, 4635:19,
4635:22, 4636:3,
4636:5, 4636:13,
4651:7, 4651:11,
4662:24, 4664:3,
4666:2, 4666:6,
4666:15
  **looking** [16] -
4521:8, 4524:13,
4527:10, 4537:17,
4544:10, 4558:23,
4562:16, 4572:5,
4585:3, 4585:4,
4585:6, 4585:10,
4602:19, 4645:10,
4645:11
  **looks** [5] - 4548:24,
4549:12, 4557:8,
4558:9, 4558:18
**LOS** [1] - 4510:19
**lose** [2] - 4537:14,
4537:16
**losing** [3] - 4554:9,
4664:4, 4665:1
**loss** [4] - 4558:2,
4558:3, 4558:4,
4559:6, 4609:1,
4626:16
**lost** [8] - 4553:9,
4554:6, 4554:11,
4554:19, 4565:3,
4573:21, 4591:18,
4598:23
**lot** [21] - 4529:17,
4536:20, 4541:6,
4549:9, 4549:10,
4555:15, 4555:16,
4556:4, 4580:9,
4585:8, 4594:3,
4601:5, 4622:22,
4640:4, 4640:25,

4614:12, 4614:15,
4615:2, 4615:10,
4651:25, 4660:12
**long's** [1] - 4569:14
**longer** [2] - 4599:11,
4652:8
**look** [25] - 4519:24,
4546:5, 4549:11,
4558:1, 4559:4,
4569:6, 4572:11,
4575:18, 4584:5,
4584:9, 4586:23,
4586:24, 4587:5,
4587:7, 4589:15,
4592:23, 4595:12,
4600:4, 4601:8,
4602:9, 4616:7,
4617:9, 4618:17,
4633:7, 4666:22
  **looked** [11] -
4585:20, 4617:1,
4618:17, 4620:11,
4622:10, 4622:20,
4622:22, 4632:16,
4635:8, 4637:6,
4666:15

**LMRP** [2] - 4591:17,
4591:18
**locate** [1] - 4593:2
**locker** [7] - 4543:22,
4543:24, 4544:1,
4544:4, 4544:8,
4544:9
**logging** [1] - 4646:20
**logistic** [1] - 4632:8
**logistics** [2] -
4548:20, 4549:7
**logs** [1] - 4600:8
**Long** [6] - 4529:5,
4531:5, 4572:18,
4613:19, 4613:20,
4613:21
  **long** [24] - 4515:5,
4523:17, 4524:6,
4531:4, 4532:18,
4545:11, 4555:12,
4559:21, 4559:24,
4565:25, 4566:14,
4569:7, 4569:16,
4569:18, 4569:20,
4573:5, 4613:25,

4641:4, 4646:9,
4646:11, 4659:13,
4662:23, 4664:18
**lots** [2] - 4548:1
**loud** [1] - 4637:22
**Louisiana** [7] -
4517:2, 4517:7,
4548:20, 4656:7,
4656:12, 4667:14
  **LOUISIANA** [5] -
4506:2, 4506:8,
4509:11, 4509:13,
4511:19
**love** [9] - 4524:22,
4529:9, 4529:11,
4529:15, 4529:16,
4660:22
**loved** [1] - 4524:22
**lower** [4] - 4537:3,
4541:5, 4591:19,
4591:20
**lowest** [1] - 4553:13
**luck** [4] - 4612:21,
4612:22, 4613:3,
4613:6
**LUIS** [1] - 4510:18
**lunch** [1] - 4667:4
**LUNCH** [1] - 4667:7
**LUTHER** [1] - 4509:7

## M

**M** [3] - 4507:11,
4514:5, 4638:25
**m** [1] - 4513:3
**M.B.A** [2] - 4524:5,
4524:12
**M.G** [4] - 4587:13,
4618:21, 4620:6,
4620:10
**Macae** [1] - 4525:19
**machinery** [5] -
4529:24, 4532:2,
4537:1, 4544:6,
4558:19
**Macondo** [4] -
4514:21, 4562:8,
4575:15, 4596:8
**Made** [1] - 4540:5
**made** [14] - 4541:13,
4543:1, 4591:1,
4603:18, 4615:2,
4619:9, 4624:9,
4634:23, 4635:3,
4641:4, 4645:4,
4645:6, 4645:24,
4665:23
  **MAGAZINE** [1] -
4508:7

**MAHRA** [1] - 4539:2
**MAHTOOK** [1] - 4510:20
**mail** [34] - 4519:20, 4556:21, 4556:23, 4557:3, 4557:4, 4558:7, 4559:6, 4559:15, 4559:18, 4559:20, 4559:21, 4560:5, 4560:12, 4560:14, 4560:16, 4561:1, 4561:21, 4561:22, 4562:8, 4562:13, 4562:18, 4568:6, 4569:7, 4569:14, 4584:3, 4605:25, 4606:2, 4607:22, 4610:1, 4610:18, 4613:22, 4614:17, 4616:1
**mails** [2] - 4556:14, 4614:21
**MAIN** [1] - 4508:2
**maintain** [2] - 4597:24, 4609:2
**maintenance** [29] - 4520:15, 4524:20, 4527:12, 4535:17, 4550:25, 4567:11, 4567:12, 4567:17, 4579:6, 4579:9, 4579:10, 4579:15, 4579:16, 4579:18, 4579:19, 4579:22, 4579:25, 4580:1, 4580:7, 4580:9, 4580:10, 4580:17, 4580:21, 4580:24, 4603:19, 4660:9, 4663:7
**Major** [1] - 4625:2
**major** [14] - 4539:2, 4616:16, 4624:19, 4624:25, 4625:8, 4626:9, 4626:14, 4627:19, 4630:25, 4649:16, 4649:18, 4649:22, 4663:7
**make** [40] - 4513:17, 4513:19, 4521:22, 4532:8, 4533:5, 4534:17, 4536:19, 4538:12, 4539:10, 4539:11, 4541:7, 4541:10, 4542:12, 4542:18, 4543:7, 4546:11, 4546:17, 4547:18, 4567:18, 4575:13, 4575:15, 4579:20, 4579:21,

4579:24, 4590:18, 4590:20, 4593:21, 4594:16, 4594:21, 4596:3, 4602:18, 4609:5, 4620:13, 4629:1, 4636:25, 4644:21, 4662:4, 4663:3, 4663:20, 4666:23
**makes** [1] - 4583:21
**making** [9] - 4590:19, 4591:1, 4593:14, 4631:11, 4636:22, 4636:23, 4648:5, 4662:6, 4663:5
**MALINDA** [1] - 4508:22
**man** [4] - 4532:23, 4535:24, 4538:1, 4538:6
**manage** [6] - 4522:14, 4522:16, 4522:18, 4531:23, 4646:10, 4647:7
**managed** [1] - 4562:1
**Management** [6] - 4552:3, 4552:6, 4552:11, 4554:14, 4563:9, 4633:10
**management** [115] - 4518:16, 4528:15, 4533:7, 4534:1, 4534:6, 4534:7, 4538:1, 4538:6, 4538:19, 4539:8, 4542:1, 4554:21, 4554:22, 4555:1, 4555:18, 4556:11, 4561:5, 4562:5, 4562:13, 4562:14, 4562:16, 4565:25, 4570:17, 4571:10, 4571:11, 4571:13, 4572:6, 4574:3, 4575:19, 4577:2, 4582:1, 4583:25, 4589:6, 4598:8, 4604:10, 4610:4, 4610:9, 4610:12, 4610:13, 4610:14, 4611:5, 4623:3, 4633:2, 4633:3, 4633:13, 4633:14, 4635:4, 4638:8, 4638:17, 4639:2, 4639:11, 4639:13, 4639:19, 4639:25, 4640:2, 4640:8,

4640:14, 4640:23, 4641:6, 4641:8, 4641:11, 4641:19, 4642:1, 4642:5, 4642:6, 4643:2, 4644:1, 4644:2, 4644:5, 4644:7, 4644:9, 4644:10, 4644:14, 4644:15, 4645:2, 4645:3, 4645:5, 4645:8, 4645:14, 4645:22, 4645:23, 4646:7, 4646:10, 4646:17, 4646:18, 4646:19, 4646:21, 4646:25, 4647:11, 4647:20, 4649:6, 4649:11, 4649:13, 4650:8, 4650:11, 4650:21, 4651:8, 4651:15, 4651:21, 4652:4, 4652:7, 4653:1, 4653:3, 4653:18, 4654:22, 4654:24, 4655:23, 4655:25, 4656:1, 4665:23
**management's** [2] - 4565:23, 4578:24
**manager** [29] - 4515:3, 4517:13, 4526:3, 4526:10, 4526:11, 4526:16, 4526:17, 4526:21, 4526:22, 4527:3, 4527:17, 4547:12, 4567:21, 4604:4, 4638:12, 4638:18, 4638:19, 4638:20, 4638:21, 4649:9, 4650:4
**manager-level** [1] - 4650:4
**managers** [5] - 4556:23, 4556:24, 4567:6, 4615:20, 4640:17
**Managers** [1] - 4557:16
**manages** [1] - 4630:4
**managing** [14] - 4523:16, 4526:4, 4527:10, 4538:2, 4561:2, 4643:5, 4643:7, 4643:17, 4643:20, 4646:23, 4648:25, 4649:14, 4654:15, 4663:24

**manner** [1] - 4542:19
**manual** [16] - 4538:21, 4541:24, 4541:25, 4574:2, 4577:5, 4594:24, 4595:6, 4619:4, 4619:13, 4619:15, 4620:23, 4621:2, 4621:6, 4621:24, 4624:10, 4640:15
**manuals** [3] - 4538:23, 4561:5, 4574:10
**many** [10] - 4529:6, 4530:17, 4530:19, 4558:14, 4559:4, 4572:25, 4586:7, 4636:9, 4636:14, 4638:16
**MAR** [4] - 4534:8, 4534:15, 4649:19, 4650:1
**March** [17] - 4506:9, 4514:17, 4602:14, 4604:20, 4619:9, 4619:25, 4621:1, 4622:25, 4623:1, 4624:1, 4624:4, 4624:7, 4624:9, 4631:25, 4632:18, 4634:14, 4637:10
**MARCH** [1] - 4513:2
**margin** [2] - 4600:17, 4600:23
**Marianas** [1] - 4558:24
**Marine** [1] - 4525:23
**markedly** [1] - 4604:11
**marks** [1] - 4606:11
**Marshall** [1] - 4528:24
**match** [1] - 4665:5
**material** [6] - 4550:17, 4564:4, 4579:21, 4595:1, 4620:16, 4641:3
**materials** [6] - 4527:13, 4529:24, 4535:25, 4542:16, 4542:17
**math** [3] - 4522:24, 4586:11, 4586:12
**matter** [13] - 4555:13, 4555:17, 4580:5, 4580:14, 4580:18, 4613:3, 4621:21, 4623:25, 4636:24, 4636:25, 4644:16, 4645:23,

4667:17
**matters** [3] - 4513:7, 4513:21, 4651:24
**MATTHEW** [1] - 4510:5
**May** [5] - 4528:22, 4529:1, 4529:4, 4561:23, 4579:2
**may** [9] - 4575:17, 4589:18, 4605:14, 4612:15, 4612:19, 4625:1, 4645:22, 4652:24, 4664:2
**maybe** [11] - 4557:4, 4578:18, 4578:19, 4583:17, 4583:21, 4583:22, 4584:10, 4585:14, 4595:18, 4602:21, 4602:22
**Maze** [2] - 4512:12, 4642:17
**MAZE** [16] - 4509:7, 4642:14, 4642:16, 4647:23, 4647:25, 4648:14, 4648:20, 4652:24, 4653:15, 4653:22, 4653:24, 4654:1, 4654:19, 4655:12, 4655:16, 4656:5
**McCLELLAN** [1] - 4508:20
**MCKINNEY** [1] - 4511:7
**McMahan** [15] - 4555:1, 4555:4, 4556:12, 4556:13, 4557:5, 4557:24, 4560:5, 4560:16, 4560:24, 4561:22, 4561:23, 4562:21, 4563:5, 4568:9, 4606:9
**McMahan's** [1] - 4555:11
**me** [47] - 4515:8, 4522:2, 4522:23, 4523:5, 4524:14, 4524:21, 4525:7, 4525:17, 4526:13, 4526:15, 4529:18, 4533:2, 4543:16, 4545:3, 4550:5, 4552:19, 4555:10, 4556:25, 4560:10, 4560:11, 4561:20, 4562:2, 4562:24, 4570:9, 4589:16, 4593:2, 4594:22, 4595:11, 4600:7,

4608:10, 4609:12, 4618:6, 4620:7, 4622:18, 4635:2, 4636:5, 4636:8, 4638:1, 4638:14, 4639:14, 4639:24, 4641:24, 4642:24, 4643:16, 4644:20, 4650:22, 4659:5
**mean** [17] - 4529:13, 4533:1, 4535:9, 4543:14, 4560:24, 4566:12, 4608:22, 4608:25, 4609:1, 4609:3, 4609:4, 4641:23, 4643:24, 4655:7, 4657:7, 4658:24
**meaning** [2] - 4641:18, 4642:3
**meaningful** [1] - 4588:16
**meaningless** [1] - 4561:9
**means** [3] - 4533:2, 4591:15, 4600:24
**meant** [2] - 4594:9, 4665:7
**meantime** [1] - 4528:7
**measure** [1] - 4585:21
**measured** [2] - 4585:17, 4585:23
**measurements** [1] - 4537:16
**measuring** [1] - 4537:15
**mechanic** [2] - 4550:2, 4579:25
**MECHANICAL** [1] - 4511:25
**mechanical** [4] - 4525:11, 4580:1, 4596:22, 4597:7
**mechanically** [2] - 4597:3, 4597:4
**mechanics** [6] - 4537:6, 4550:18, 4567:13, 4579:11, 4579:14, 4580:5
**mechanism** [2] - 4660:25, 4661:1
**medical** [5] - 4553:16, 4553:21, 4553:23, 4554:10, 4554:19
**medication** [2] - 4553:6, 4553:18
**Mediterranean** [1] -

4590:10
**meet** [2] - 4516:8, 4516:23
**meeting** [12] - 4516:20, 4527:8, 4538:8, 4539:13, 4547:16, 4547:23, 4547:24, 4561:11, 4615:15, 4656:20, 4656:21, 4656:22
**meetings** [14] - 4516:24, 4538:9, 4538:10, 4547:7, 4547:13, 4547:19, 4547:20, 4548:1, 4569:17, 4578:10, 4615:18
**member** [2] - 4547:22, 4553:1
**members** [10] - 4538:13, 4547:20, 4554:21, 4565:25, 4570:25, 4576:20, 4576:23, 4578:3, 4598:13
**memorialized** [1] - 4616:1
**men** [4] - 4579:11, 4579:14, 4617:25, 4651:3
**mention** [1] - 4513:9
**mentioned** [3] - 4531:25, 4543:13, 4572:1
**merged** [1] - 4528:13
**merger** [7] - 4528:14, 4528:18, 4528:21, 4528:24, 4556:25, 4563:1
**mergers** [1] - 4528:11
**met** [5] - 4516:18, 4517:1, 4517:8, 4529:15
**Metairie** [1] - 4526:7
**meticulous** [1] - 4537:15
**metrics** [1] - 4612:7
**Mexico** [13] - 4526:4, 4526:9, 4548:7, 4548:12, 4548:18, 4557:13, 4565:16, 4604:22, 4650:9, 4650:15, 4652:16, 4666:1, 4666:6
**MEXICO** [1] - 4506:6
**MG** [3] - 4592:23, 4593:5, 4594:2
**MI** [2] - 4511:17, 4534:23

**mic** [2] - 4637:21, 4637:23
**MICHAEL** [2] - 4508:11, 4510:17
**MICHELLE** [1] - 4508:21
**middle** [2] - 4557:5, 4590:14
**might** [18] - 4538:25, 4539:9, 4542:21, 4542:23, 4544:5, 4544:6, 4544:18, 4544:20, 4556:15, 4586:21, 4612:25, 4633:25, 4634:7, 4644:19, 4649:1, 4663:15, 4664:24, 4666:16
**Mike** [3] - 4557:8, 4557:11, 4557:12
**MILLER** [1] - 4510:11
**mind** [6] - 4581:6, 4594:16, 4606:22, 4624:15, 4629:19, 4638:3
**minded** [1] - 4652:1
**mine** [4] - 4522:13, 4522:15, 4522:16, 4550:23
**mineral** [2] - 4522:25, 4523:7
**Mines** [3] - 4522:21, 4523:6, 4523:8
**minimize** [1] - 4558:21
**mining** [3] - 4522:6, 4522:12, 4622:17
**minor** [1] - 4591:25
**minutes** [3] - 4573:14, 4599:14, 4631:9
**Mirza** [4] - 4563:22, 4564:4, 4564:21, 4565:3
**Mirza's** [1] - 4565:1
**misinformation** [1] - 4515:15
**mispronounce** [1] - 4562:21
**misread** [1] - 4658:13
**Mississippi** [1] - 4517:3
**misstates** [4] - 4621:14, 4647:22, 4648:5, 4657:12
**mistake** [1] - 4583:21
**mistakes** [1] -

4654:9
**misunderstanding** [1] - 4630:18
**mitigate** [1] - 4625:12
**mitigating** [2] - 4625:11, 4628:4
**mitigations** [1] - 4625:7
**MMS** [1] - 4581:3
**Mobil** [2] - 4523:14, 4523:20
**Mobile** [2] - 4517:9, 4525:23
**mobile** [1] - 4526:19
**MOBILE** [1] - 4507:10
**mobilized** [1] - 4526:8
**modified** [1] - 4589:3
**modify** [1] - 4589:8
**module** [9] - 4550:1, 4550:3, 4550:4, 4550:17, 4554:15, 4582:2, 4582:3, 4591:9, 4661:3
**moment** [1] - 4658:5
**Monday** [4] - 4513:12, 4513:13, 4517:8
**money** [9] - 4532:12, 4577:17, 4662:4, 4663:3, 4663:5, 4663:20, 4664:18, 4665:2, 4665:23
**monitor** [2] - 4593:24, 4658:15
**monitored** [1] - 4600:9
**monitoring** [4] - 4545:22, 4566:25, 4573:9, 4601:7
**MONTGOMERY** [1] - 4509:9
**month** [4] - 4626:6, 4632:18, 4633:8, 4634:16
**monthly** [1] - 4561:12
**months** [18] - 4514:18, 4524:7, 4525:9, 4525:14, 4525:17, 4525:22, 4528:24, 4605:21, 4611:14, 4616:19, 4619:10, 4626:1, 4626:4, 4626:7, 4628:16, 4632:21, 4632:24, 4652:5
**moon** [1] - 4545:7

**more** [21] - 4519:15, 4521:9, 4523:22, 4533:24, 4550:7, 4551:3, 4551:16, 4553:3, 4553:7, 4572:7, 4572:8, 4577:5, 4579:11, 4596:4, 4601:1, 4612:21, 4613:6, 4620:12, 4624:1, 4635:9, 4664:17
**Morgan** [1] - 4548:20
**MORGAN** [1] - 4511:17
**morning** [12] - 4513:6, 4514:25, 4515:1, 4515:20, 4516:13, 4516:24, 4527:5, 4527:8, 4547:17, 4605:19, 4605:20, 4656:11
**MORNING** [1] - 4506:20
**most** [4] - 4526:24, 4532:11, 4604:2, 4604:3
**mostly** [1] - 4519:6
**mother** [1] - 4532:2
**motherhood** [1] - 4529:14
**motor** [2] - 4579:11, 4579:14
**move** [6] - 4522:11, 4537:5, 4544:11, 4564:24, 4565:6, 4654:8
**moved** [3] - 4522:6, 4601:21, 4601:24
**moving** [7] - 4528:2, 4543:19, 4545:12, 4549:18, 4565:15, 4565:17, 4565:21
**MR** [108] - 4513:20, 4514:7, 4518:8, 4518:9, 4519:19, 4519:23, 4520:3, 4520:4, 4520:18, 4520:19, 4543:7, 4543:12, 4545:19, 4552:21, 4576:10, 4576:15, 4589:18, 4589:20, 4592:5, 4592:6, 4592:10, 4592:11, 4592:25, 4593:1, 4593:7, 4593:9, 4597:11, 4597:12, 4597:20, 4597:21, 4598:17, 4598:18, 4599:13, 4599:18, 4599:19,

4600:4, 4600:5, 4601:10, 4601:11, 4602:10, 4602:12, 4602:21, 4602:24, 4603:7, 4603:8, 4603:16, 4603:17, 4603:22, 4603:24, 4605:6, 4605:14, 4605:18, 4621:14, 4621:17, 4622:12, 4622:15, 4627:22, 4627:24, 4628:5, 4629:16, 4629:21, 4637:16, 4637:19, 4637:22, 4638:1, 4638:2, 4638:5, 4639:15, 4639:23, 4640:10, 4640:21, 4641:16, 4642:10, 4642:14, 4642:16, 4647:22, 4647:23, 4647:25, 4648:12, 4648:14, 4648:15, 4648:19, 4648:20, 4652:20, 4652:24, 4653:9, 4653:15, 4653:22, 4653:24, 4654:1, 4654:17, 4654:19, 4655:5, 4655:12, 4655:13, 4655:16, 4655:20, 4656:5, 4656:8, 4656:10, 4657:12, 4657:16, 4659:20, 4659:22, 4659:24, 4662:20, 4662:22, 4667:2

**Mr** [82] - 4512:7, 4512:9, 4512:12, 4512:14, 4513:10, 4513:15, 4514:8, 4517:22, 4522:15, 4542:3, 4543:13, 4546:15, 4551:18, 4551:19, 4560:5, 4560:24, 4562:21, 4563:5, 4565:25, 4569:7, 4569:14, 4569:16, 4569:18, 4569:20, 4570:4, 4572:13, 4573:5, 4576:11, 4576:17, 4584:11, 4593:2, 4595:15, 4599:11, 4599:16, 4599:20, 4605:19, 4609:5, 4612:11, 4612:23, 4613:12, 4613:25, 4614:12, 4614:15, 4615:2, 4615:10, 4616:1, 4616:15,

4620:1, 4621:9, 4622:2, 4622:22, 4624:18, 4627:2, 4628:20, 4629:13, 4630:11, 4630:22, 4633:1, 4633:20, 4634:14, 4635:3, 4635:22, 4637:9, 4637:21, 4642:18, 4642:25, 4644:13, 4645:9, 4648:5, 4648:7, 4648:13, 4649:8, 4651:5, 4651:6, 4652:25, 4654:8, 4656:5, 4656:11, 4665:12, 4665:14

**MS** [1] - 4642:12
**much** [7] - 4524:18, 4532:8, 4550:7, 4585:20, 4599:11, 4646:21, 4663:20
**mud** [3] - 4534:24, 4594:5, 4617:13
**multiple** [6] - 4545:6, 4545:9, 4545:10, 4545:13, 4608:23, 4611:11
**MUNGER** [1] - 4510:16
**must** [5] - 4569:12, 4614:7, 4616:8, 4643:16, 4644:11
**my** [59] - 4514:4, 4515:12, 4519:8, 4522:6, 4522:9, 4522:12, 4522:14, 4522:23, 4523:2, 4523:3, 4523:4, 4523:6, 4524:1, 4524:11, 4524:18, 4524:25, 4525:18, 4527:16, 4528:17, 4544:3, 4544:17, 4550:22, 4550:25, 4551:1, 4552:18, 4553:19, 4554:4, 4554:8, 4554:24, 4557:19, 4563:2, 4570:8, 4570:11, 4578:18, 4606:21, 4623:6, 4623:11, 4623:18, 4623:23, 4624:15, 4629:19, 4635:6, 4638:1, 4640:7, 4641:22, 4643:3, 4644:20, 4651:14, 4653:21, 4656:11, 4660:12, 4660:20, 4662:16,

4667:16
**myself** [6] - 4515:11, 4515:13, 4515:16, 4544:13, 4623:23, 4648:23

# N

**N** [7] - 4510:6, 4512:1, 4513:3, 4514:5
**N-E-W-M-A-N** [1] - 4514:5
**name** [4] - 4514:3, 4514:4, 4562:22, 4656:11
**named** [1] - 4532:23
**names** [2] - 4556:22, 4572:19
**narrow** [4] - 4535:1, 4535:2, 4535:4, 4600:23
**NATHANIEL** [1] - 4508:17
**natural** [1] - 4596:1
**NATURAL** [1] - 4508:14
**nature** [7] - 4532:2, 4561:16, 4573:6, 4607:12, 4611:17, 4616:12, 4652:12
**near** [3] - 4517:7, 4553:10, 4569:24
**necessarily** [4] - 4536:14, 4544:24, 4544:25, 4648:23
**necessary** [3] - 4560:22, 4633:22, 4639:22
**necessity** [1] - 4556:13
**need** [22] - 4536:16, 4536:17, 4536:18, 4538:4, 4543:21, 4543:23, 4543:24, 4544:19, 4578:8, 4634:6, 4634:7, 4647:4, 4647:9, 4647:17, 4647:18, 4649:10, 4650:4, 4656:20, 4659:14, 4662:5, 4664:24
**needed** [9] - 4527:14, 4527:21, 4577:13, 4577:18, 4612:10, 4612:14, 4615:12, 4636:5, 4640:16
**needs** [8] - 4529:13,

4535:23, 4562:6, 4562:11, 4633:10, 4653:19, 4662:8, 4662:10
**negative** [12] - 4519:13, 4520:22, 4521:13, 4521:20, 4639:7, 4640:5, 4656:24, 4657:4, 4657:6, 4657:9, 4657:18, 4658:12
**negotiation** [1] - 4663:17
**neither** [2] - 4521:2, 4644:25
**never** [11] - 4578:13, 4578:22, 4578:23, 4631:24, 4652:10, 4653:23, 4654:2, 4661:9, 4661:10, 4661:12
**New** [7] - 4513:14, 4516:11, 4516:12, 4516:13, 4516:16, 4516:17, 4517:6
**NEW** [10] - 4506:8, 4507:7, 4507:13, 4507:18, 4508:8, 4509:18, 4509:24, 4510:12, 4511:3, 4511:22
**new** [16] - 4548:6, 4548:7, 4548:12, 4548:18, 4563:6, 4564:8, 4564:12, 4571:2, 4578:7, 4588:24, 4598:12, 4598:15, 4602:5, 4664:22, 4664:23, 4665:10
**Newman** [41] - 4513:21, 4514:5, 4514:8, 4522:15, 4542:3, 4543:13, 4546:15, 4570:4, 4572:13, 4572:18, 4576:11, 4576:17, 4584:11, 4593:2, 4595:15, 4599:16, 4599:20, 4605:19, 4609:5, 4612:11, 4613:12, 4614:12, 4616:15, 4620:1, 4622:2, 4624:18, 4627:2, 4628:20, 4629:13, 4630:11, 4630:22, 4633:1, 4634:14, 4635:3, 4635:22, 4637:9, 4642:18, 4652:25,

4654:8, 4656:5, 4656:11
**NEWMAN** [2] - 4512:5, 4513:25
**Newman's** [1] - 4621:9
**next** [25] - 4513:22, 4515:10, 4525:7, 4536:17, 4536:18, 4541:21, 4553:16, 4553:19, 4553:21, 4553:22, 4553:25, 4554:6, 4554:8, 4565:19, 4569:25, 4573:16, 4597:16, 4599:21, 4607:12, 4631:6, 4636:14, 4650:23, 4650:24, 4664:9
**Nigeria** [1] - 4593:5
**night** [14] - 4517:11, 4521:8, 4547:17, 4590:12, 4590:13, 4590:15, 4590:16, 4590:17, 4590:23, 4591:8, 4592:8, 4592:18
**NINTH** [1] - 4507:22
**nip** [1] - 4553:19
**nipped** [1] - 4554:2
**NO** [3] - 4506:8, 4506:12, 4506:14
**No** [3] - 4619:22, 4625:20, 4625:23
**no** [86] - 4513:16, 4513:20, 4520:12, 4520:14, 4520:17, 4523:7, 4531:12, 4532:5, 4532:9, 4532:15, 4532:19, 4533:19, 4535:10, 4535:12, 4536:7, 4536:23, 4543:4, 4544:25, 4547:22, 4555:7, 4559:9, 4562:19, 4563:16, 4564:2, 4569:10, 4573:17, 4573:23, 4575:8, 4578:7, 4581:1, 4581:5, 4588:12, 4589:5, 4591:22, 4598:16, 4601:3, 4601:19, 4604:23, 4605:1, 4605:5, 4608:4, 4609:8, 4610:18, 4610:21, 4613:16, 4622:18, 4628:23, 4629:4, 4635:12, 4637:22, 4638:4,

4641:11, 4641:13, 4641:15, 4641:16, 4641:17, 4641:18, 4641:21, 4641:22, 4642:1, 4642:2, 4642:5, 4642:10, 4642:12, 4643:15, 4644:16, 4644:19, 4644:22, 4645:1, 4645:23, 4646:16, 4648:2, 4648:9, 4649:24, 4650:22, 4651:4, 4652:8, 4653:14, 4654:7, 4661:18, 4661:19, 4662:1, 4663:8, 4666:9, 4667:2

**nobody** [3] - 4597:1, 4634:23, 4635:3

**noise** [1] - 4544:7

**nominated** [1] - 4540:23

**nomination** [3] - 4540:22, 4541:4, 4541:14

**nominations** [5] - 4541:2, 4541:6, 4541:10, 4541:13, 4541:15

**nominator** [2] - 4540:25, 4541:7

**none** [1] - 4642:3

**NONJURY** [1] - 4506:21

**nonproductive** [2] - 4582:4, 4583:16

**nor** [2] - 4521:2, 4644:25

**NORFOLK** [1] - 4510:24

**normal** [4] - 4553:18, 4554:4, 4580:9, 4647:14

**normally** [1] - 4554:8

**NORTH** [1] - 4509:14

**North** [12] - 4515:3, 4516:2, 4530:11, 4568:13, 4568:15, 4568:23, 4569:4, 4595:22, 4604:24, 4631:25, 4636:15

**not** [164] - 4513:14, 4513:14, 4513:16, 4517:11, 4520:12, 4520:14, 4520:17, 4520:25, 4521:10, 4522:1, 4522:16, 4523:24, 4525:13, 4531:13, 4532:16, 4533:15, 4535:12,

4539:21, 4539:25, 4543:7, 4544:25, 4546:12, 4546:18, 4551:19, 4553:5, 4554:4, 4557:6, 4557:20, 4558:10, 4559:1, 4559:8, 4559:25, 4561:9, 4561:14, 4562:18, 4563:8, 4563:13, 4563:15, 4566:19, 4567:1, 4567:5, 4567:9, 4567:11, 4568:3, 4568:4, 4568:7, 4569:8, 4571:25, 4575:2, 4577:8, 4578:3, 4580:9, 4581:12, 4583:19, 4585:11, 4586:12, 4587:16, 4588:12, 4590:7, 4590:18, 4590:23, 4591:11, 4591:13, 4591:15, 4594:9, 4596:12, 4597:22, 4600:18, 4604:21, 4606:19, 4607:15, 4608:20, 4609:5, 4609:8, 4611:23, 4612:4, 4612:11, 4613:8, 4614:12, 4614:15, 4615:13, 4618:3, 4619:4, 4619:6, 4619:19, 4621:2, 4621:6, 4621:12, 4622:1, 4622:19, 4623:11, 4623:13, 4623:20, 4624:22, 4626:13, 4628:21, 4629:1, 4629:3, 4629:4, 4629:7, 4629:14, 4630:6, 4633:9, 4633:11, 4634:18, 4636:5, 4637:3, 4639:12, 4640:6, 4640:7, 4640:11, 4642:5, 4643:18, 4644:18, 4645:7, 4645:16, 4646:1, 4646:18, 4646:21, 4647:20, 4648:1, 4648:2, 4648:23, 4649:10, 4649:13, 4649:21, 4649:25, 4650:2, 4650:3, 4650:12, 4650:22, 4651:4, 4652:17, 4653:9, 4653:14, 4653:17, 4654:14, 4655:2, 4655:10,

4655:18, 4655:23, 4656:2, 4656:15, 4657:2, 4657:17, 4658:2, 4659:14, 4659:15, 4660:20, 4661:11, 4661:13, 4661:15, 4661:21, 4662:16, 4663:4, 4663:8, 4663:11, 4663:14, 4663:19, 4665:1, 4665:17

**note** [4] - 4559:24, 4569:25, 4573:23, 4601:4

**noted** [1] - 4603:12

**notes** [1] - 4598:22

**nothing** [4] - 4582:19, 4612:7, 4612:21, 4613:6

**November** [1] - 4528:13

**now** [42] - 4520:3, 4521:8, 4522:2, 4528:2, 4529:6, 4535:9, 4553:9, 4555:25, 4558:1, 4558:7, 4560:19, 4561:20, 4563:6, 4568:12, 4572:1, 4575:23, 4577:7, 4579:2, 4581:16, 4584:20, 4585:8, 4587:21, 4590:20, 4592:23, 4597:19, 4599:8, 4603:16, 4605:8, 4616:24, 4628:20, 4628:21, 4636:3, 4637:20, 4638:8, 4639:25, 4640:7, 4649:16, 4651:5, 4652:13, 4652:21, 4655:15

**number** [24] - 4534:24, 4535:19, 4545:2, 4561:4, 4569:17, 4572:24, 4573:6, 4607:12, 4608:3, 4608:7, 4608:25, 4611:17, 4612:16, 4612:18, 4616:13, 4616:25, 4632:3, 4632:4, 4635:7, 4635:19, 4635:20, 4664:11

**numbered** [1] - 4667:17

**NW** [1] - 4510:2

# O

**O** [3] - 4513:3, 4638:25

**o'clock** [1] - 4514:24

**O'KEEFE** [1] - 4507:7

**O'ROURKE** [1] - 4508:15

**object** [11] - 4558:18, 4559:3, 4604:19, 4609:1, 4609:6, 4609:8, 4609:13, 4612:23, 4639:15, 4640:10, 4654:17

**objection** [11] - 4621:14, 4622:12, 4622:13, 4629:16, 4647:22, 4647:24, 4654:18, 4655:5, 4655:20, 4657:12, 4662:20

**objective** [4] - 4541:8, 4567:1, 4613:8, 4613:10

**objectives** [1] - 4561:8

**objects** [3] - 4558:21, 4604:16, 4629:24

**obligated** [1] - 4583:18

**obligation** [2] - 4539:22, 4539:25

**observation** [4] - 4545:22, 4549:4, 4549:14, 4566:25

**Observations** [1] - 4603:9

**observe** [3] - 4545:25, 4578:16, 4593:24

**observed** [2] - 4546:14, 4591:8

**observing** [2] - 4546:7, 4546:9

**obviously** [2] - 4591:6, 4654:11

**occasion** [2] - 4587:21, 4590:14

**occur** [3] - 4604:22, 4604:24, 4666:16

**occurred** [19] - 4558:11, 4560:1, 4590:5, 4590:25, 4605:3, 4609:15, 4613:3, 4616:18, 4617:11, 4621:22, 4624:7, 4625:19,

4625:23, 4626:17, 4626:19, 4626:22, 4626:25, 4637:11, 4640:1

**occurrence** [1] - 4584:25

**occurring** [3] - 4625:11, 4625:13, 4631:1

**occurs** [1] - 4581:25

**October** [6] - 4528:6, 4609:19, 4613:22, 4616:1, 4616:18, 4651:6

**of** [889] - 4513:13, 4513:17, 4513:18, 4514:12, 4514:17, 4515:3, 4515:6, 4515:9, 4515:12, 4515:14, 4515:15, 4516:5, 4516:23, 4517:1, 4517:2, 4517:4, 4517:10, 4517:12, 4517:13, 4517:16, 4517:25, 4518:1, 4518:6, 4518:15, 4518:24, 4519:6, 4519:8, 4519:10, 4519:11, 4519:15, 4519:19, 4519:20, 4520:11, 4520:15, 4521:1, 4521:5, 4521:12, 4522:18, 4522:21, 4522:23, 4523:5, 4523:6, 4523:8, 4523:25, 4524:3, 4524:9, 4524:12, 4524:19, 4524:20, 4525:2, 4525:6, 4525:11, 4525:15, 4525:22, 4526:2, 4526:3, 4526:4, 4526:8, 4526:10, 4526:13, 4526:16, 4526:19, 4527:2, 4527:10, 4527:20, 4528:4, 4528:5, 4528:6, 4528:8, 4528:11, 4528:13, 4528:14, 4528:16, 4528:18, 4528:20, 4528:22, 4529:1, 4529:4, 4529:13, 4529:16, 4529:23, 4530:2, 4530:10, 4530:19, 4531:17, 4531:22, 4532:11, 4532:12, 4532:19, 4532:20, 4532:22,

| | | | | |
|---|---|---|---|---|
| 4533:2, 4533:4, | 4555:18, 4555:19, | 4576:16, 4576:19, | 4601:16, 4601:22, | 4625:8, 4625:12, |
| 4533:5, 4533:8, | 4555:20, 4555:25, | 4576:21, 4576:23, | 4601:25, 4602:2, | 4625:24, 4625:25, |
| 4533:9, 4533:13, | 4556:3, 4556:4, | 4577:5, 4577:8, | 4602:4, 4602:5, | 4626:4, 4626:6, |
| 4533:16, 4533:17, | 4556:10, 4556:14, | 4577:11, 4577:18, | 4602:8, 4602:22, | 4626:16, 4626:18, |
| 4533:18, 4533:24, | 4556:22, 4557:2, | 4577:23, 4577:24, | 4603:4, 4603:6, | 4627:2, 4627:3, |
| 4534:4, 4534:9, | 4557:5, 4557:13, | 4578:1, 4578:2, | 4604:5, 4604:10, | 4627:5, 4627:10, |
| 4534:19, 4534:24, | 4557:24, 4558:2, | 4578:5, 4578:10, | 4604:18, 4604:22, | 4627:16, 4627:17, |
| 4534:25, 4535:1, | 4558:3, 4558:4, | 4578:11, 4578:12, | 4604:24, 4605:2, | 4628:1, 4628:3, |
| 4535:5, 4535:16, | 4558:5, 4558:14, | 4578:13, 4578:15, | 4605:23, 4605:25, | 4628:6, 4628:10, |
| 4535:20, 4535:25, | 4558:17, 4558:19, | 4578:23, 4579:2, | 4606:1, 4606:2, | 4628:18, 4628:20, |
| 4536:1, 4536:6, | 4558:22, 4558:23, | 4579:5, 4579:8, | 4606:17, 4606:18, | 4628:21, 4629:8, |
| 4536:12, 4536:21, | 4558:24, 4558:25, | 4579:10, 4579:16, | 4607:2, 4607:12, | 4629:11, 4629:13, |
| 4537:1, 4537:6, | 4559:1, 4559:4, | 4580:5, 4580:7, | 4607:22, 4607:25, | 4629:14, 4629:18, |
| 4537:14, 4537:15, | 4559:6, 4559:21, | 4580:9, 4580:11, | 4608:3, 4608:6, | 4629:19, 4629:23, |
| 4537:16, 4537:22, | 4559:24, 4561:2, | 4580:16, 4580:20, | 4608:7, 4608:19, | 4630:7, 4630:16, |
| 4537:24, 4538:13, | 4561:4, 4561:5, | 4581:3, 4581:8, | 4608:20, 4608:25, | 4630:17, 4630:18, |
| 4538:14, 4538:16, | 4561:16, 4562:8, | 4581:21, 4582:11, | 4609:1, 4609:2, | 4630:19, 4630:24, |
| 4538:19, 4538:20, | 4562:9, 4562:10, | 4583:10, 4583:13, | 4609:4, 4609:13, | 4631:6, 4631:10, |
| 4538:22, 4538:23, | 4562:12, 4562:14, | 4583:16, 4583:18, | 4609:16, 4609:19, | 4631:22, 4631:24, |
| 4538:25, 4539:8, | 4562:20, 4563:1, | 4583:19, 4583:24, | 4609:22, 4610:2, | 4631:25, 4632:1, |
| 4539:9, 4539:24, | 4563:12, 4563:25, | 4584:6, 4584:12, | 4610:3, 4610:4, | 4632:3, 4632:4, |
| 4540:24, 4540:25, | 4564:4, 4564:10, | 4584:13, 4584:14, | 4610:8, 4610:17, | 4632:6, 4632:12, |
| 4541:1, 4541:2, | 4564:13, 4564:18, | 4584:18, 4584:21, | 4610:19, 4610:21, | 4632:13, 4633:5, |
| 4541:6, 4541:8, | 4564:22, 4565:9, | 4584:22, 4585:6, | 4611:8, 4611:9, | 4633:7, 4633:13, |
| 4541:9, 4541:10, | 4565:11, 4565:16, | 4585:8, 4585:19, | 4611:17, 4611:22, | 4633:24, 4634:4, |
| 4541:16, 4541:17, | 4565:17, 4565:18, | 4585:20, 4585:21, | 4611:23, 4611:25, | 4634:9, 4634:11, |
| 4541:19, 4541:23, | 4565:19, 4565:20, | 4585:22, 4585:25, | 4612:13, 4612:18, | 4634:19, 4634:23, |
| 4541:25, 4542:5, | 4565:25, 4566:1, | 4586:13, 4586:18, | 4612:3, 4613:3, | 4635:1, 4635:3, |
| 4542:12, 4542:14, | 4566:2, 4566:3, | 4586:22, 4586:23, | 4613:12, 4613:13, | 4635:5, 4635:6, |
| 4542:17, 4542:24, | 4566:5, 4566:7, | 4587:8, 4587:9, | 4613:19, 4613:20, | 4635:7, 4635:9, |
| 4543:6, 4543:16, | 4566:8, 4566:10, | 4587:18, 4587:22, | 4613:22, 4613:25, | 4635:15, 4635:17, |
| 4543:19, 4543:23, | 4566:23, 4567:1, | 4588:3, 4588:4, | 4614:12, 4614:13, | 4635:19, 4635:20, |
| 4544:1, 4544:6, | 4567:3, 4567:10, | 4588:25, 4589:2, | 4614:14, 4614:22, | 4635:25, 4636:3, |
| 4544:15, 4545:2, | 4567:15, 4567:19, | 4589:4, 4589:5, | 4614:25, 4615:2, | 4636:4, 4636:6, |
| 4545:3, 4545:6, | 4567:24, 4568:1, | 4589:12, 4589:22, | 4615:4, 4615:18, | 4636:7, 4636:9, |
| 4545:9, 4545:11, | 4568:10, 4568:13, | 4589:23, 4589:24, | 4616:1, 4616:2, | 4636:13, 4636:14, |
| 4545:12, 4545:24, | 4568:19, 4568:23, | 4590:10, 4590:14, | 4616:3, 4616:13, | 4636:17, 4636:22, |
| 4545:25, 4546:9, | 4569:3, 4569:11, | 4590:22, 4591:18, | 4616:16, 4616:18, | 4636:24, 4636:25, |
| 4546:10, 4546:11, | 4569:13, 4569:17, | 4591:19, 4591:24, | 4616:20, 4616:24, | 4637:1, 4637:2, |
| 4546:22, 4546:24, | 4570:1, 4570:8, | 4592:8, 4592:12, | 4617:2, 4617:3, | 4637:5, 4637:6, |
| 4546:25, 4547:7, | 4570:9, 4570:11, | 4593:5, 4593:19, | 4617:11, 4617:13, | 4637:9, 4637:10, |
| 4547:12, 4547:13, | 4570:13, 4570:16, | 4593:20, 4593:23, | 4617:17, 4618:6, | 4637:11, 4638:10, |
| 4547:18, 4547:25, | 4570:20, 4570:22, | 4594:3, 4594:5, | 4618:9, 4618:22, | 4638:16, 4639:1, |
| 4548:1, 4548:5, | 4570:25, 4571:1, | 4594:8, 4594:11, | 4618:25, 4619:6, | 4639:13, 4639:15, |
| 4548:7, 4548:12, | 4571:5, 4571:7, | 4594:13, 4594:19, | 4619:9, 4619:23, | 4639:18, 4639:19, |
| 4548:18, 4549:1, | 4571:10, 4571:12, | 4595:1, 4595:2, | 4619:24, 4619:25, | 4639:25, 4640:4, |
| 4549:5, 4549:6, | 4571:13, 4571:16, | 4595:5, 4595:7, | 4620:4, 4620:8, | 4640:6, 4640:9, |
| 4549:9, 4549:10, | 4571:22, 4571:23, | 4595:12, 4595:22, | 4620:12, 4620:17, | 4640:14, 4640:15, |
| 4550:5, 4550:8, | 4571:24, 4571:25, | 4595:23, 4596:1, | 4620:18, 4620:21, | 4640:25, 4641:1, |
| 4550:10, 4550:14, | 4572:9, 4572:19, | 4596:2, 4596:6, | 4621:1, 4621:9, | 4641:2, 4641:4, |
| 4550:19, 4550:24, | 4572:22, 4572:23, | 4596:16, 4596:19, | 4621:21, 4621:23, | 4641:8, 4642:6, |
| 4551:6, 4551:8, | 4572:24, 4572:25, | 4597:4, 4597:5, | 4622:3, 4622:22, | 4642:17, 4642:18, |
| 4551:10, 4551:11, | 4573:6, 4573:9, | 4597:6, 4597:9, | 4622:24, 4622:25, | 4642:21, 4642:23, |
| 4552:2, 4552:9, | 4574:1, 4574:3, | 4597:13, 4597:16, | 4623:1, 4623:3, | 4643:10, 4644:4, |
| 4552:25, 4553:1, | 4574:7, 4574:9, | 4598:6, 4598:7, | 4623:6, 4623:9, | 4644:18, 4644:25, |
| 4553:11, 4553:13, | 4574:13, 4574:21, | 4599:20, 4599:21, | 4623:14, 4623:18, | 4645:10, 4645:24, |
| 4554:1, 4554:15, | 4574:23, 4574:25, | 4600:3, 4600:7, | 4623:19, 4623:25, | 4646:4, 4646:5, |
| 4554:17, 4554:21, | 4575:2, 4575:12, | 4600:14, 4600:17, | 4624:3, 4624:13, | 4646:9, 4646:11, |
| 4554:22, 4555:1, | 4575:16, 4575:18, | 4600:19, 4600:22, | 4624:14, 4624:15, | 4646:17, 4646:23, |
| 4555:5, 4555:15, | 4576:2, 4576:4, | 4600:25, 4601:1, | 4624:16, 4624:17, | 4646:25, 4647:1, |
| 4555:16, 4555:17, | 4576:10, 4576:13, | 4601:2, 4601:5, | 4624:24, 4625:6, | 4647:5, 4647:7, |

4647:13, 4647:14, 4647:19, 4647:21, 4648:2, 4648:7, 4648:25, 4649:2, 4649:14, 4650:9, 4650:11, 4650:15, 4650:16, 4651:2, 4651:3, 4651:12, 4651:13, 4651:17, 4651:19, 4651:24, 4652:9, 4652:12, 4652:16, 4652:19, 4653:15, 4653:16, 4654:3, 4654:4, 4654:15, 4655:2, 4655:18, 4656:12, 4656:22, 4657:3, 4657:6, 4657:8, 4657:15, 4657:18, 4657:24, 4658:18, 4658:20, 4658:21, 4659:6, 4659:8, 4659:9, 4659:13, 4659:14, 4659:25, 4660:6, 4660:8, 4660:9, 4660:12, 4660:15, 4660:17, 4660:20, 4660:21, 4660:23, 4661:13, 4661:15, 4661:21, 4661:24, 4661:25, 4662:6, 4662:10, 4662:12, 4662:17, 4662:23, 4663:7, 4663:10, 4663:15, 4663:16, 4663:24, 4664:7, 4664:9, 4664:10, 4664:11, 4664:12, 4664:15, 4664:18, 4664:22, 4665:9, 4665:14, 4665:20, 4665:21, 4666:1, 4666:3, 4666:5, 4666:6, 4666:9, 4666:10, 4666:12, 4666:17, 4667:14, 4667:16

**OF** [14] - 4506:2, 4506:6, 4506:13, 4506:15, 4506:21, 4508:10, 4508:14, 4508:19, 4509:1, 4509:6, 4509:11, 4509:12, 4509:13

**off** [22] - 4535:25, 4536:1, 4537:13, 4550:21, 4551:1, 4562:2, 4564:22, 4590:10, 4590:18, 4591:25, 4592:1, 4593:5, 4600:2,

4601:16, 4615:25, 4616:4, 4638:14, 4639:1, 4651:3, 4665:24

**offer** [1] - 4551:11
**offered** [1] - 4525:17
**offers** [1] - 4551:4
**office** [10] - 4515:18, 4516:2, 4516:10, 4516:17, 4526:6, 4527:5, 4527:6, 4591:16, 4661:2, 4661:3
**OFFICE** [5] - 4507:4, 4508:23, 4509:6, 4509:11, 4509:19
**officer** [14] - 4514:11, 4528:3, 4528:5, 4528:23, 4529:4, 4554:24, 4555:9, 4570:7, 4579:4, 4613:20, 4622:24, 4623:2, 4636:7
**OFFICIAL** [1] - 4511:21
**Official** [2] - 4667:13, 4667:22
**Offshore** [4] - 4518:15, 4525:4, 4525:6, 4528:9
**OFFSHORE** [1] - 4510:9
**offshore** [12] - 4518:21, 4518:24, 4526:19, 4530:19, 4546:22, 4546:23, 4549:22, 4555:12, 4555:19, 4556:3, 4572:9, 4632:10
**often** [4] - 4546:17, 4546:18, 4587:9, 4596:12
**oh** [1] - 4636:5
**OIL** [2] - 4506:5
**oil** [2] - 4532:8, 4584:25
**OIM** [13] - 4526:17, 4526:23, 4567:20, 4575:25, 4580:1, 4637:20, 4638:6, 4638:8, 4638:12, 4638:17, 4658:6
**OIM's** [1] - 4661:3
**OIMs** [4] - 4526:25, 4527:3, 4557:16, 4577:6
**OJT** [13] - 4550:1, 4550:2, 4550:3, 4550:4, 4550:9,

4550:17, 4550:22, 4550:23, 4578:9, 4598:14
**okay** [27] - 4544:3, 4546:8, 4552:12, 4553:12, 4562:25, 4599:10, 4599:16, 4599:18, 4602:11, 4603:23, 4605:16, 4622:6, 4622:13, 4638:13, 4638:22, 4639:2, 4639:5, 4639:24, 4640:22, 4642:7, 4642:11, 4643:4, 4656:13, 4657:14, 4659:12, 4661:16
**Oklahoma** [1] - 4523:16
**old** [2] - 4564:24, 4620:9
**older** [1] - 4526:4
**OLSON** [1] - 4510:16
**OMS** [8] - 4534:2, 4647:21, 4648:1, 4648:8, 4655:3, 4655:9, 4655:18, 4656:1
**on** [302] - 4513:11, 4513:15, 4513:17, 4515:1, 4515:8, 4515:11, 4515:19, 4515:20, 4516:22, 4516:24, 4517:5, 4517:8, 4517:12, 4517:13, 4517:16, 4518:12, 4519:17, 4519:22, 4521:24, 4522:23, 4522:24, 4523:10, 4526:24, 4526:25, 4527:3, 4527:11, 4527:12, 4527:14, 4529:22, 4529:25, 4532:8, 4532:11, 4533:8, 4535:10, 4535:17, 4535:21, 4535:22, 4536:11, 4536:17, 4536:21, 4537:5, 4537:22, 4538:10, 4538:25, 4539:3, 4542:2, 4543:17, 4543:20, 4544:13, 4545:8, 4545:9, 4547:3, 4547:7, 4547:13, 4547:14, 4547:19, 4547:18, 4547:21, 4548:1, 4548:3, 4549:7, 4549:10, 4549:25,

4550:1, 4550:5, 4550:6, 4550:14, 4552:8, 4552:18, 4552:19, 4553:19, 4553:24, 4554:2, 4555:14, 4555:15, 4555:16, 4556:6, 4556:16, 4556:25, 4558:10, 4558:11, 4558:14, 4558:24, 4559:8, 4559:9, 4560:16, 4561:21, 4562:2, 4562:18, 4563:22, 4563:23, 4563:24, 4564:21, 4565:5, 4565:7, 4565:8, 4565:15, 4566:3, 4566:4, 4566:13, 4567:14, 4568:1, 4569:24, 4570:1, 4570:14, 4570:20, 4571:8, 4571:13, 4572:12, 4572:23, 4573:3, 4574:17, 4575:25, 4576:1, 4578:1, 4578:19, 4579:6, 4579:15, 4579:16, 4579:19, 4580:8, 4580:14, 4580:23, 4580:24, 4583:15, 4583:17, 4583:19, 4584:4, 4584:14, 4584:18, 4585:15, 4586:17, 4587:21, 4588:18, 4589:21, 4590:5, 4590:14, 4590:20, 4590:24, 4591:6, 4591:8, 4591:11, 4591:13, 4591:14, 4591:19, 4592:1, 4593:10, 4593:13, 4593:14, 4594:1, 4594:6, 4594:17, 4594:18, 4596:4, 4596:7, 4596:11, 4597:24, 4598:2, 4598:22, 4599:1, 4601:7, 4601:23, 4601:25, 4602:15, 4602:16, 4602:17, 4603:6, 4604:6, 4604:10, 4604:12, 4604:15, 4604:20, 4605:3, 4605:4, 4605:25, 4606:17, 4607:8, 4607:24, 4609:1, 4609:15, 4613:1, 4613:3, 4613:21, 4614:20, 4615:5,

4615:7, 4615:9, 4615:20, 4615:25, 4616:4, 4616:11, 4616:18, 4617:11, 4617:14, 4617:22, 4617:25, 4618:25, 4620:4, 4623:10, 4624:22, 4625:17, 4626:10, 4626:19, 4627:19, 4628:1, 4628:8, 4629:11, 4629:15, 4629:19, 4630:1, 4630:2, 4630:3, 4630:10, 4631:5, 4631:14, 4632:12, 4633:13, 4634:14, 4634:16, 4635:5, 4636:1, 4636:2, 4637:12, 4637:20, 4637:21, 4637:23, 4637:25, 4638:6, 4639:4, 4639:8, 4639:13, 4641:10, 4642:18, 4643:2, 4643:5, 4643:7, 4643:17, 4644:17, 4644:19, 4645:19, 4645:22, 4646:17, 4647:5, 4648:16, 4648:17, 4649:3, 4649:6, 4649:25, 4650:25, 4651:15, 4651:21, 4652:23, 4654:8, 4654:22, 4656:17, 4656:20, 4656:21, 4656:24, 4657:18, 4657:21, 4657:22, 4657:24, 4659:21, 4660:14, 4660:17, 4660:23, 4660:24, 4661:3, 4661:4, 4662:12, 4662:18, 4663:12, 4663:13, 4663:14, 4663:17, 4663:25, 4664:1, 4664:8, 4664:12, 4665:9, 4666:7, 4666:22
**ON** [1] - 4506:6
**on-the-job** [3] - 4549:25, 4550:5, 4550:6
**on/14** [1] - 4665:24
**on/21** [1] - 4665:24
**onboard** [3] - 4557:17, 4604:10, 4630:11
**once** [2] - 4547:3, 4561:25

**ONE** [2] - 4509:23, 4511:7

**one** [85] - 4513:9, 4516:5, 4517:10, 4518:1, 4523:18, 4525:16, 4525:20, 4526:4, 4526:10, 4526:15, 4528:8, 4531:14, 4531:17, 4535:1, 4535:19, 4537:14, 4539:18, 4541:16, 4543:23, 4544:13, 4550:24, 4558:16, 4558:23, 4559:7, 4561:6, 4562:7, 4565:9, 4565:18, 4565:19, 4569:3, 4569:13, 4571:5, 4571:24, 4572:23, 4573:17, 4573:23, 4573:25, 4574:1, 4574:11, 4574:23, 4576:2, 4576:4, 4581:6, 4593:19, 4597:6, 4599:18, 4606:2, 4609:24, 4610:12, 4612:16, 4613:25, 4614:7, 4617:3, 4617:4, 4618:17, 4620:16, 4621:11, 4621:23, 4623:6, 4623:18, 4626:7, 4628:9, 4628:10, 4628:20, 4630:17, 4633:7, 4635:9, 4637:14, 4650:13, 4651:13, 4652:18, 4656:16, 4658:18, 4662:5, 4662:10, 4664:14, 4664:17, 4665:5, 4665:6, 4666:5, 4666:21

**one-rig** [3] - 4525:20, 4665:5, 4665:6

**one-year** [2] - 4617:3, 4617:4

**ones** [2] - 4604:21, 4604:25

**ongoing** [1] - 4658:14

**only** [20] - 4513:18, 4535:3, 4536:21, 4538:14, 4539:21, 4539:25, 4546:21, 4546:24, 4547:20, 4550:12, 4567:24, 4570:19, 4573:19, 4578:18, 4601:4, 4624:22, 4629:14,

4630:6, 4634:25, 4646:2

**onshore** [6] - 4518:16, 4526:18, 4526:21, 4526:23, 4534:7, 4580:2

**onto** [4] - 4535:25, 4536:1, 4594:14, 4602:1

**open** [2] - 4597:2, 4597:3

**OPEN** [2] - 4513:5, 4605:11

**opened** [2] - 4564:16, 4597:4

**opening** [4] - 4581:16, 4589:11, 4596:24, 4597:5

**operate** [12] - 4529:21, 4529:22, 4530:13, 4532:7, 4535:21, 4535:23, 4537:2, 4546:23, 4557:21, 4614:8, 4616:8, 4658:22

**operated** [1] - 4584:18

**operates** [4] - 4537:1, 4537:3, 4537:4

**operating** [21] - 4526:19, 4527:22, 4528:3, 4528:5, 4528:22, 4529:4, 4533:4, 4534:6, 4534:7, 4538:20, 4538:22, 4554:24, 4555:9, 4570:7, 4579:4, 4579:12, 4622:24, 4623:2, 4636:7, 4645:2

**operation** [23] - 4522:17, 4522:18, 4525:20, 4534:18, 4536:2, 4537:24, 4545:12, 4555:17, 4567:5, 4583:7, 4594:12, 4594:18, 4596:7, 4596:11, 4601:23, 4601:25, 4647:7, 4649:14, 4649:15, 4658:10, 4658:20, 4660:9, 4665:7

**operational** [11] - 4518:1, 4559:25, 4560:1, 4582:8, 4583:11, 4583:13, 4583:15, 4583:20, 4583:23, 4584:4,

4584:7

**operations** [72] - 4515:13, 4516:2, 4516:21, 4517:25, 4524:11, 4524:13, 4524:14, 4524:17, 4525:1, 4525:18, 4527:11, 4527:21, 4527:24, 4528:19, 4530:1, 4530:25, 4531:8, 4532:14, 4534:23, 4536:11, 4538:16, 4547:2, 4555:4, 4555:5, 4555:14, 4556:3, 4556:23, 4556:24, 4557:12, 4559:22, 4560:2, 4560:9, 4564:5, 4566:6, 4566:13, 4570:8, 4584:5, 4584:13, 4584:21, 4589:23, 4594:4, 4595:21, 4596:5, 4596:13, 4599:3, 4602:15, 4602:17, 4604:4, 4606:16, 4611:8, 4631:16, 4638:18, 4640:18, 4646:20, 4647:15, 4647:16, 4648:25, 4652:16, 4654:24, 4655:24, 4656:2, 4656:4, 4656:17, 4661:23, 4665:22

**operator** [8] - 4527:24, 4543:22, 4544:22, 4567:9, 4567:17, 4647:1, 4647:5, 4657:6

**operators** [2] - 4526:18, 4529:18

**opinion** [1] - 4599:6

**opinions** [1] - 4581:13

**opportunities** [4] - 4524:11, 4634:21, 4635:8, 4651:18

**opportunity** [8] - 4522:19, 4525:10, 4525:18, 4630:5, 4630:11, 4630:16, 4632:7, 4641:3

**opposed** [1] - 4664:18

**opposite** [1] - 4532:21

**ops** [1] - 4638:20

**optimum** [1] - 4548:9

**Optimum** [1] -

4548:15

**or** [119] - 4517:8, 4520:15, 4522:1, 4523:11, 4523:24, 4524:9, 4525:2, 4525:13, 4527:7, 4531:14, 4534:8, 4535:22, 4535:25, 4537:21, 4540:8, 4542:9, 4546:7, 4546:9, 4546:13, 4546:18, 4547:22, 4549:11, 4550:7, 4550:25, 4553:18, 4553:20, 4554:8, 4556:6, 4556:11, 4562:15, 4562:16, 4564:1, 4566:17, 4567:1, 4569:17, 4573:3, 4573:18, 4573:23, 4574:20, 4577:15, 4577:22, 4578:12, 4578:14, 4578:17, 4578:19, 4580:11, 4581:2, 4581:3, 4583:3, 4586:19, 4586:20, 4587:22, 4587:25, 4588:1, 4588:9, 4588:14, 4589:6, 4589:15, 4589:21, 4596:17, 4598:10, 4599:14, 4609:19, 4614:15, 4615:13, 4617:14, 4619:10, 4621:2, 4621:6, 4623:9, 4623:13, 4624:19, 4626:6, 4626:13, 4631:4, 4631:10, 4636:17, 4636:21, 4637:4, 4638:14, 4639:12, 4640:3, 4640:9, 4640:24, 4641:11, 4642:2, 4643:17, 4643:21, 4645:3, 4645:4, 4645:6, 4645:23, 4646:20, 4647:5, 4649:10, 4650:11, 4651:6, 4653:17, 4655:8, 4655:10, 4656:1, 4656:22, 4659:14, 4660:11, 4661:4, 4661:13, 4663:7, 4663:14, 4664:7, 4664:10, 4664:19, 4664:23, 4664:25

**orange** [3] - 4664:18, 4664:19, 4664:22

**order** [8] - 4542:14,

4629:24, 4630:6, 4630:22, 4647:7, 4647:17, 4664:9, 4664:12

**ordered** [1] - 4631:15

**Organization** [1] - 4619:3

**organization** [4] - 4527:17, 4561:2, 4619:1, 4662:6

**organizational** [2] - 4518:10, 4635:12

**organizations** [1] - 4651:14

**organized** [1] - 4619:1

**oriented** [2] - 4553:13, 4662:6

**originally** [1] - 4628:18

**originate** [1] - 4636:10

**originated** [1] - 4636:21

**Orleans** [7] - 4513:14, 4516:11, 4516:12, 4516:13, 4516:16, 4516:17, 4517:6

**ORLEANS** [10] - 4506:8, 4507:7, 4507:13, 4507:18, 4508:8, 4509:18, 4509:24, 4510:12, 4511:3, 4511:22

**other** [60] - 4531:9, 4534:7, 4534:9, 4534:19, 4534:25, 4535:2, 4536:24, 4541:2, 4544:11, 4547:4, 4549:23, 4551:3, 4551:20, 4553:9, 4554:8, 4554:21, 4555:21, 4556:9, 4561:7, 4562:11, 4562:23, 4564:20, 4565:18, 4565:25, 4570:21, 4571:9, 4571:11, 4572:19, 4573:16, 4577:9, 4578:3, 4583:15, 4587:7, 4589:5, 4592:13, 4600:14, 4608:1, 4613:22, 4614:20, 4615:4, 4615:10, 4615:13, 4615:19, 4623:23, 4624:3, 4624:10, 4629:8,

4631:22, 4632:13, 4647:16, 4651:16, 4651:18, 4652:22, 4656:3, 4658:25, 4659:2, 4659:4, 4660:14, 4666:7
**others** [3] - 4592:20, 4614:1, 4623:12
**otherwise** [2] - 4612:15, 4647:3
**ought** [5] - 4570:10, 4570:12, 4570:18, 4570:22, 4570:23
**our** [167] - 4513:22, 4515:3, 4516:2, 4517:24, 4518:4, 4519:15, 4519:17, 4521:21, 4522:6, 4530:2, 4530:25, 4531:17, 4531:23, 4532:1, 4532:11, 4533:3, 4535:18, 4535:19, 4535:23, 4535:24, 4536:2, 4536:13, 4539:7, 4539:20, 4539:21, 4540:19, 4541:12, 4541:14, 4542:8, 4542:9, 4545:22, 4546:22, 4546:25, 4547:1, 4547:2, 4548:13, 4548:19, 4549:2, 4549:3, 4549:7, 4551:5, 4551:6, 4551:8, 4551:25, 4552:6, 4554:15, 4554:18, 4555:9, 4555:20, 4555:22, 4556:4, 4557:17, 4561:14, 4561:15, 4561:17, 4562:7, 4562:9, 4562:12, 4562:15, 4562:16, 4563:8, 4566:16, 4566:17, 4566:18, 4568:3, 4568:4, 4568:10, 4568:18, 4569:16, 4569:24, 4570:8, 4570:13, 4570:14, 4570:15, 4570:24, 4571:5, 4571:10, 4571:12, 4571:14, 4571:15, 4571:24, 4572:17, 4572:22, 4572:25, 4573:7, 4573:9, 4574:3, 4574:5, 4574:6, 4574:7, 4574:13, 4574:15, 4574:16, 4574:17, 4574:18,

4575:12, 4578:19, 4582:1, 4582:3, 4582:15, 4582:19, 4583:10, 4584:13, 4585:3, 4588:2, 4588:4, 4588:7, 4588:20, 4589:2, 4589:5, 4589:7, 4589:8, 4598:6, 4598:7, 4603:5, 4603:6, 4604:4, 4607:13, 4607:25, 4611:18, 4613:8, 4613:10, 4614:8, 4614:22, 4614:25, 4616:9, 4616:14, 4616:20, 4632:9, 4633:21, 4634:13, 4635:20, 4640:16, 4640:17, 4640:19, 4640:20, 4643:11, 4644:1, 4645:5, 4646:8, 4646:12, 4646:18, 4646:21, 4647:18, 4648:24, 4649:14, 4651:15, 4657:20, 4658:18, 4660:8, 4660:17, 4661:23, 4662:7, 4662:11, 4663:25, 4664:1, 4665:10, 4666:16, 4666:22
**ourselves** [1] - 4615:24
**Out** [10] - 4539:16, 4539:18, 4539:20, 4549:4, 4549:14, 4566:25, 4567:3, 4567:11, 4567:14, 4634:13
**out** [93] - 4513:13, 4523:1, 4523:2, 4524:3, 4524:21, 4525:12, 4530:1, 4535:22, 4539:22, 4539:24, 4539:25, 4540:4, 4540:7, 4540:9, 4540:24, 4545:23, 4546:1, 4546:2, 4546:8, 4546:18, 4546:20, 4546:25, 4547:1, 4547:2, 4549:12, 4551:15, 4556:21, 4559:15, 4565:3, 4567:2, 4567:24, 4568:21, 4569:22, 4572:19, 4574:6, 4574:10, 4574:16, 4574:19, 4575:12, 4575:13, 4575:14,

4577:18, 4579:3, 4579:16, 4579:22, 4579:24, 4579:25, 4580:7, 4580:21, 4581:6, 4583:11, 4584:13, 4587:9, 4589:4, 4591:13, 4592:7, 4594:5, 4595:12, 4595:21, 4596:16, 4597:13, 4597:19, 4598:2, 4600:17, 4600:19, 4601:23, 4605:25, 4614:4, 4616:2, 4616:6, 4621:9, 4624:8, 4628:18, 4633:22, 4634:20, 4639:20, 4640:17, 4641:2, 4643:13, 4643:18, 4643:22, 4653:7, 4655:11, 4656:17, 4657:15, 4657:25, 4659:21, 4663:10, 4664:4, 4666:5
**outcome** [1] - 4553:15
**outline** [1] - 4609:25
**outlined** [1] - 4639:14
**outset** [1] - 4664:7
**outside** [2] - 4570:24, 4635:7
**over** [22] - 4527:10, 4529:7, 4533:7, 4535:16, 4565:3, 4569:17, 4593:17, 4595:24, 4596:6, 4600:7, 4604:11, 4612:16, 4634:9, 4635:6, 4637:16, 4644:24, 4645:10, 4650:8, 4650:20, 4659:14, 4662:12, 4662:18
**overall** [2] - 4536:5, 4575:9
**overboard** [1] - 4594:21
**overcomplex** [1] - 4577:3
**overnight** [1] - 4634:19
**overrule** [1] - 4647:24
**overruled** [3] - 4629:17, 4639:17, 4640:12
**oversee** [2] - 4579:20, 4579:23

**overseeing** [1] - 4516:21
**overview** [1] - 4526:13
**own** [18] - 4522:15, 4529:20, 4529:22, 4532:4, 4546:23, 4556:10, 4586:13, 4595:19, 4619:18, 4646:6, 4646:24, 4646:25, 4652:15, 4653:3, 4653:5, 4653:6, 4654:21
**owned** [2] - 4533:10, 4533:12
**owner** [2] - 4518:22, 4647:9
**owning** [2] - 4533:4, 4538:20

## P

**P** [2] - 4507:3, 4507:19
**P.M** [2] - 4514:25, 4547:19
**P.O** [1] - 4508:18
**package** [1] - 4541:7
**pad** [1] - 4637:16
**page** [40] - 4541:23, 4556:16, 4557:5, 4558:10, 4559:4, 4560:3, 4569:11, 4599:21, 4602:22, 4604:20, 4606:2, 4606:25, 4608:9, 4609:24, 4611:17, 4613:25, 4616:5, 4616:7, 4616:11, 4617:9, 4618:5, 4618:22, 4618:25, 4619:3, 4619:22, 4620:11, 4625:1, 4625:5, 4633:8, 4633:12, 4633:17, 4635:10, 4636:8, 4648:4, 4648:16, 4648:17, 4650:13, 4652:18
**PAGE/LINE** [1] - 4512:3
**pages** [1] - 4563:12
**paid** [4] - 4532:11, 4532:19, 4661:25, 4663:8
**PALMINTIER** [1] - 4508:1
**PAN** [1] - 4507:12
**panel** [6] - 4591:10,

4591:11, 4591:12, 4591:13, 4661:1, 4661:2
**paragraph** [13] - 4569:25, 4573:16, 4604:8, 4607:12, 4608:10, 4610:12, 4610:14, 4610:17, 4610:18, 4612:4, 4614:6, 4616:7, 4617:10
**Paragraph** [1] - 4520:24
**Paragraphs** [1] - 4520:20
**paragraphs** [3] - 4520:20, 4607:1, 4608:9
**parameters** [1] - 4586:18
**parent** [1] - 4518:14
**Park** [1] - 4516:1
**part** [31] - 4534:4, 4536:12, 4538:14, 4541:25, 4554:15, 4555:1, 4568:13, 4574:3, 4583:10, 4583:16, 4596:1, 4598:6, 4609:22, 4610:2, 4611:22, 4620:4, 4624:13, 4624:24, 4637:5, 4637:6, 4646:23, 4647:13, 4647:18, 4649:13, 4651:12, 4651:19, 4653:15, 4662:6, 4662:12
**participants** [1] - 4577:2
**participate** [4] - 4516:25, 4551:23, 4554:3, 4631:18
**participated** [6] - 4516:7, 4547:11, 4581:2, 4590:1, 4614:17, 4665:22
**particular** [18] - 4533:21, 4536:17, 4542:23, 4544:10, 4559:23, 4566:18, 4567:14, 4572:4, 4583:17, 4594:2, 4596:22, 4629:2, 4636:24, 4658:5, 4665:21, 4666:16
**particularly** [9] - 4519:14, 4551:9, 4555:14, 4555:16, 4585:5, 4593:16,

4606:17, 4617:12, 4651:16
**partner** [1] - 4653:18
**partnership** [1] - 4653:1
**parts** [6] - 4534:9, 4555:20, 4566:5, 4571:1, 4607:25, 4611:8
**party** [7] - 4570:13, 4571:12, 4572:1, 4577:16, 4577:20, 4609:25, 4663:19
**pass** [3] - 4549:21, 4605:6, 4631:17
**passion** [1] - 4522:24
**passionate** [4] - 4555:22, 4555:23, 4652:3
**past** [7] - 4515:12, 4566:15, 4576:14, 4578:14, 4603:19, 4610:19, 4610:21
**PAUL** [1] - 4507:11
**pay** [1] - 4663:16
**paying** [4] - 4538:13, 4545:24, 4568:4, 4665:6
**payment** [1] - 4519:11
**PENNSYLVANIA** [1] - 4510:2
**people** [94] - 4517:4, 4518:2, 4518:3, 4519:15, 4519:17, 4524:13, 4524:15, 4526:18, 4527:11, 4527:13, 4529:16, 4530:17, 4532:1, 4532:6, 4532:7, 4535:23, 4535:24, 4539:7, 4539:11, 4539:13, 4539:21, 4540:7, 4540:16, 4540:18, 4545:2, 4545:10, 4546:22, 4547:1, 4549:2, 4549:3, 4550:5, 4551:5, 4551:7, 4551:8, 4554:15, 4555:20, 4555:22, 4556:4, 4556:5, 4559:2, 4559:21, 4559:24, 4561:10, 4566:16, 4566:17, 4566:18, 4567:6, 4568:18, 4571:7, 4571:14, 4572:22, 4572:25, 4574:6,

4574:7, 4574:11, 4574:15, 4574:18, 4579:5, 4579:9, 4582:3, 4582:15, 4582:19, 4583:10, 4588:2, 4588:4, 4589:2, 4613:10, 4613:23, 4614:8, 4615:13, 4616:9, 4617:19, 4623:23, 4630:14, 4635:11, 4635:20, 4636:18, 4639:1, 4639:8, 4639:20, 4640:16, 4641:9, 4642:9, 4648:24, 4649:3, 4649:14, 4657:20, 4657:21, 4658:21, 4660:8, 4662:17, 4666:7
**per** [1] - 4585:23
**Perceived** [3] - 4633:8, 4633:12, 4635:10
**percent** [4] - 4576:19, 4576:23, 4586:9, 4603:20
**percentage** [1] - 4582:3
**perfect** [2] - 4575:6, 4577:17
**perform** [2] - 4542:14, 4587:8
**performance** [12] - 4538:6, 4548:9, 4554:18, 4562:9, 4562:10, 4562:15, 4571:24, 4589:23, 4636:6, 4637:1, 4639:21, 4642:9
**Performance** [1] - 4548:15
**performing** [1] - 4527:19
**performs** [1] - 4536:11
**perfunctory** [1] - 4515:17
**period** [16] - 4517:15, 4526:2, 4530:14, 4559:5, 4566:8, 4566:21, 4569:19, 4584:17, 4617:3, 4617:4, 4625:21, 4626:4, 4629:12, 4664:6, 4664:10, 4665:2
**periodic** [2] - 4552:17, 4570:16
**periodically** [1] -

4564:22
**person** [4] - 4579:19, 4637:20, 4638:6, 4652:1
**personal** [11] - 4553:13, 4553:14, 4581:21, 4581:25, 4582:9, 4607:6, 4607:8, 4618:3, 4629:23, 4630:6, 4631:14
**personally** [6] - 4551:23, 4552:10, 4650:3, 4650:20, 4650:22, 4651:4
**personnel** [10] - 4591:24, 4592:2, 4616:13, 4626:22, 4632:5, 4640:17, 4650:4, 4664:22, 4664:23, 4665:10
**persons** [1] - 4513:13
**perspective** [11] - 4521:5, 4521:12, 4554:17, 4570:14, 4571:2, 4571:10, 4572:2, 4577:24, 4578:2, 4578:4, 4661:21
**perspectives** [1] - 4651:15
**pertain** [2] - 4520:22, 4575:21
**pertains** [1] - 4599:22
**Peter** [2] - 4604:1
**PETITION** [1] - 4506:13
**Petrobras** [2] - 4525:21, 4525:22
**petroleum** [1] - 4523:11
**Phase** [4] - 4573:25, 4574:1, 4574:11, 4574:12
**PHILLIP** [1] - 4511:2
**philosophy** [1] - 4613:7
**phone** [7] - 4514:24, 4515:6, 4515:12, 4515:13, 4515:16, 4515:18, 4516:5
**phrase** [3] - 4532:24, 4533:1, 4552:22
**phrased** [1] - 4533:21
**phrases** [2] - 4553:9, 4553:10
**pick** [2] - 4516:11,

4537:21
**picked** [2] - 4565:2, 4565:17
**picking** [2] - 4535:24, 4564:22
**pie** [1] - 4529:14
**piece** [13] - 4543:19, 4558:19, 4558:25, 4564:18, 4564:22, 4580:11, 4583:13, 4583:17, 4583:18, 4658:21, 4659:25, 4660:8, 4660:12
**pieces** [1] - 4558:22
**PIGMAN** [1] - 4511:2
**pipe** [29] - 4519:17, 4521:1, 4521:24, 4537:3, 4537:4, 4537:5, 4537:9, 4537:10, 4537:14, 4537:20, 4537:22, 4545:9, 4554:2, 4558:20, 4565:1, 4565:6, 4565:7, 4565:11, 4565:15, 4565:17, 4565:18, 4574:17, 4591:21, 4593:13, 4630:3, 4657:22
**pipe-handling** [1] - 4537:4
**piss** [1] - 4562:2
**place** [33] - 4516:6, 4523:8, 4537:11, 4538:10, 4538:24, 4539:24, 4547:13, 4547:24, 4558:14, 4579:5, 4584:6, 4584:7, 4584:15, 4586:23, 4587:5, 4590:9, 4593:4, 4596:11, 4599:25, 4608:17, 4608:19, 4610:19, 4624:4, 4639:19, 4640:5, 4640:14, 4641:1, 4641:9, 4642:8, 4644:5, 4644:11
**placed** [1] - 4519:19
**plain** [1] - 4620:9
**plaintiff's** [1] - 4532:23
**plaintiffs** [1] - 4589:11
**PLAINTIFFS** [1] - 4507:3
**plan** [12] - 4527:22, 4542:6, 4542:13, 4543:2, 4544:3, 4544:17, 4549:3,

4600:14, 4602:14, 4602:15, 4602:17, 4603:5
**Plan** [2] - 4602:13, 4603:6
**plane** [3] - 4515:19, 4515:20, 4516:11
**planning** [12] - 4525:15, 4542:5, 4542:8, 4542:10, 4542:11, 4542:12, 4547:24, 4549:13, 4566:24, 4573:9, 4632:8
**plans** [6] - 4513:18, 4527:24, 4623:4, 4623:16, 4629:23
**plant** [6] - 4529:22, 4529:23, 4535:15, 4535:17, 4535:18
**platitudes** [1] - 4529:14
**play** [1] - 4519:2
**PLC** [1] - 4509:22
**plea** [6] - 4518:6, 4518:23, 4519:2, 4520:21, 4639:6, 4657:12
**Plea** [1] - 4519:25
**plead** [1] - 4519:12
**please** [14] - 4513:6, 4518:8, 4530:3, 4533:8, 4557:15, 4592:10, 4593:8, 4605:12, 4605:14, 4607:1, 4612:4, 4640:7, 4643:9, 4648:3
**plow** [1] - 4599:13
**plugs** [1] - 4544:7
**PM** [1] - 4603:19
**pocket** [2] - 4663:11
**pod** [2] - 4660:4, 4660:7
**point** [23] - 4515:19, 4517:15, 4522:5, 4523:4, 4524:8, 4526:23, 4528:3, 4534:16, 4543:7, 4547:18, 4554:7, 4585:24, 4644:20, 4648:5, 4650:23, 4650:24, 4652:24, 4653:15, 4656:21, 4657:25, 4658:10, 4659:16, 4662:25
**pointed** [3] - 4575:12, 4575:13, 4664:4
**pointing** [2] - 4557:3,

4643:13
  **points** [1] - 4634:20
  **policies** [9] -
4541:24, 4561:6,
4572:17, 4577:6,
4580:19, 4588:20,
4608:16, 4636:10,
4636:21
  **policy** [3] - 4636:22,
4636:23, 4637:1
  **pool** [1] - 4545:7
  **pore** [1] - 4600:17
  **Porter** [2] - 4563:24,
4565:4
  **portion** [4] - 4533:8,
4598:12, 4663:7,
4663:16
  **portions** [1] - 4595:3
  **Portuguese** [1] -
4602:3
  **position** [10] -
4514:10, 4555:3,
4558:4, 4560:10,
4579:2, 4589:25,
4609:2, 4614:21,
4614:24, 4664:23
  **positions** [1] -
4526:15
  **positive** [1] -
4618:10
  **possession** [1] -
4637:10
  **possibility** [3] -
4586:21, 4612:25,
4632:6
  **possible** [14] -
4531:7, 4531:10,
4532:18, 4541:8,
4618:4, 4624:4,
4625:14, 4626:9,
4626:16, 4626:19,
4626:22, 4626:25,
4662:15, 4663:20
  **possibly** [2] -
4556:15, 4618:2
  **POST** [3] - 4507:4,
4508:23, 4509:15
  **posted** [2] - 4598:2,
4598:8
  **potential** [29] -
4573:7, 4607:12,
4607:16, 4607:17,
4608:3, 4608:7,
4608:18, 4608:22,
4608:25, 4609:4,
4609:6, 4609:8,
4609:9, 4609:14,
4609:16, 4611:11,
4611:18, 4611:19,
4612:18, 4612:20,

4613:2, 4613:4,
4613:9, 4615:19,
4616:13, 4616:17,
4616:24, 4617:13,
4624:17
  **pounds** [1] - 4585:23
  **power** [7] - 4529:22,
4529:23, 4535:15,
4535:17, 4535:18
  **powerful** [1] -
4588:22
  **PowerPoint** [2] -
4575:16, 4632:1
  **POYDRAS** [4] -
4507:12, 4509:23,
4510:12, 4511:22
  **practical** [2] -
4550:9, 4551:2
  **practice** [6] -
4546:15, 4547:7,
4549:13, 4549:14,
4567:8, 4635:1
  **practices** [8] -
4551:9, 4618:10,
4627:8, 4628:12,
4629:10, 4630:10,
4631:5, 4636:10
  **precautionary** [2] -
4582:15, 4582:18
  **precise** [1] - 4658:5
  **predict** [1] - 4585:9
  **predictable** [1] -
4637:12
  **prediction** [1] -
4585:10
  **preeminent** [1] -
4629:19
  **prefer** [1] - 4599:15
  **preliminary** [2] -
4513:7, 4513:21
  **prepare** [1] - 4542:21
  **prepared** [4] -
4544:19, 4576:12,
4587:18, 4606:25
  **preparing** [2] -
4521:13, 4543:20
  **prescription** [2] -
4553:5, 4553:18
  **present** [5] -
4567:20, 4630:2,
4630:3, 4644:19
  **presentation** [4] -
4568:13, 4575:15,
4575:16, 4632:15
  **presented** [4] -
4541:11, 4576:14,
4603:5, 4631:9
  **president** [14] -
4514:11, 4518:14,
4528:22, 4529:3,

4555:5, 4568:10,
4579:4, 4589:23,
4605:22, 4614:13,
4614:22, 4614:25,
4648:21, 4655:17
  **pressure** [21] -
4519:13, 4519:14,
4520:22, 4521:1,
4521:13, 4521:20,
4532:2, 4585:9,
4585:12, 4585:21,
4585:22, 4586:22,
4600:17, 4640:6,
4656:24, 4657:4,
4657:6, 4657:9,
4657:18, 4657:21,
4658:13
  **pressures** [5] -
4521:24, 4521:25,
4585:6, 4585:7,
4585:11
  **pretask** [1] - 4538:9,
4542:8, 4542:10
  **pretend** [1] - 4645:18
  **pretower** [5] -
4538:9, 4547:16,
4547:19, 4547:23,
4578:10
  **pretty** [1] - 4556:8
  **prevent** [7] -
4537:10, 4539:5,
4612:2, 4613:8,
4613:11, 4625:11,
4627:18
  **preventable** [3] -
4607:17, 4618:15,
4637:13
  **prevented** [2] -
4573:8, 4607:20
  **preventer** [1] -
4520:13
  **preventing** [1] -
4612:7
  **prevention** [1] -
4604:16
  **preventions** [4] -
4625:6, 4627:7,
4627:8, 4628:10
  **preventive** [2] -
4625:10, 4628:4
  **prevents** [1] -
4634:11
  **previously** [1] -
4566:15
  **primarily** [2] -
4553:13, 4570:7
  **primary** [6] - 4536:5,
4636:9, 4643:1,
4643:4, 4643:12,
4661:1

  **primer** [1] - 4631:4
  **principal** [1] - 4534:3
  **principle** [1] -
4596:17
  **principles** [1] -
4567:7
  **prior** [7] - 4575:14,
4580:23, 4581:2,
4581:6, 4581:17,
4581:18, 4605:2
  **priority** [1] - 4603:19
  **proactive** [1] -
4556:2
  **probably** [7] -
4522:23, 4522:24,
4572:12, 4573:25,
4604:3, 4611:23,
4624:24
  **problem** [20] -
4607:2, 4607:11,
4607:14, 4608:2,
4608:8, 4611:5,
4611:11, 4620:14,
4624:8, 4628:10,
4629:9, 4629:19,
4630:8, 4630:24,
4633:3, 4633:19,
4638:1, 4659:1,
4661:9, 4661:10
  **problems** [26] -
4569:23, 4582:4,
4582:5, 4582:6,
4602:6, 4602:8,
4606:15, 4606:24,
4610:7, 4611:23,
4612:11, 4613:17,
4614:14, 4615:11,
4616:17, 4634:15,
4635:16, 4636:3,
4636:19, 4637:6,
4653:2, 4653:5,
4661:6, 4661:12,
4661:13, 4661:15
  **procedure** [5] -
4541:24, 4596:24,
4596:25, 4640:5,
4640:16
  **procedures** [14] -
4521:14, 4551:13,
4561:6, 4572:17,
4574:6, 4576:20,
4577:6, 4580:19,
4588:20, 4597:24,
4619:5, 4619:19,
4633:14, 4636:21
  **proceed** [1] - 4540:9
  **proceeded** [2] -
4591:1, 4591:9
  **proceedings** [1] -
4667:17

  **PROCEEDINGS** [3] -
4506:21, 4511:25,
4513:1
  **process** [60] -
4515:9, 4532:23,
4532:24, 4533:2,
4533:3, 4533:5,
4533:6, 4533:7,
4533:16, 4534:8,
4534:12, 4534:13,
4536:16, 4538:15,
4540:22, 4542:5,
4542:6, 4542:8,
4542:10, 4542:11,
4542:24, 4543:13,
4543:17, 4544:15,
4545:1, 4545:3,
4545:16, 4545:20,
4545:21, 4545:22,
4545:23, 4547:24,
4549:3, 4549:4,
4549:13, 4549:14,
4565:1, 4565:17,
4566:24, 4566:25,
4568:24, 4570:16,
4586:16, 4586:17,
4595:7, 4595:23,
4596:1, 4596:6,
4603:10, 4603:13,
4607:6, 4630:7,
4635:11, 4646:23,
4650:16, 4652:15,
4653:5, 4654:15
  **processes** [6] -
4544:24, 4572:16,
4573:9, 4577:3,
4608:16, 4633:13
  **produce** [1] -
4584:13
  **produced** [1] -
4635:22
  **PRODUCED** [1] -
4511:25
  **producer** [1] -
4596:15
  **produces** [1] -
4532:8
  **PRODUCTION** [3] -
4506:15, 4509:21,
4509:21
  **professionalism** [1]
- 4604:9
  **Professor** [6] -
4532:23, 4533:20,
4533:22, 4533:24,
4534:11, 4534:16
  **profiles** [1] - 4537:18
  **profits** [1] - 4532:8
  **program** [12] -
4524:5, 4524:13,

4539:19, 4540:17, 4541:22, 4548:8, 4548:14, 4550:1, 4550:8, 4550:9, 4604:16, 4665:9
**Program** [1] - 4563:6
**programs** [1] - 4551:3
**progress** [5] - 4528:8, 4603:14, 4603:15, 4603:18, 4604:15
**project** [7] - 4526:2, 4535:11, 4536:17, 4602:16, 4662:13, 4662:18, 4663:7
**prominent** [1] - 4617:1
**promoted** [1] - 4563:2
**prompt** [9] - 4546:5, 4587:3, 4587:6, 4613:18, 4630:21, 4659:10, 4659:23
**pronounce** [2] - 4606:7, 4618:18
**proper** [4] - 4537:23, 4549:8, 4619:24, 4620:21
**properly** [3] - 4544:19, 4579:20, 4579:21
**propose** [1] - 4570:6
**proprietary** [1] - 4552:6
**protection** [1] - 4649:2
**protocols** [1] - 4538:23
**proud** [1] - 4541:19
**proved** [2] - 4600:21, 4654:11
**provide** [7] - 4529:20, 4551:5, 4551:6, 4551:8, 4580:6, 4580:13, 4634:7
**provided** [4] - 4548:6, 4549:23, 4569:1, 4634:5
**provides** [2] - 4529:19, 4529:23
**providing** [1] - 4539:14
**PSC** [1] - 4605:15
**psi** [1] - 4519:17
**pull** [46] - 4530:3, 4530:24, 4542:2, 4545:16, 4556:15, 4557:14, 4558:1,

4559:11, 4559:17, 4560:13, 4561:20, 4561:22, 4563:5, 4569:10, 4573:4, 4577:1, 4578:21, 4584:9, 4584:10, 4584:16, 4584:20, 4585:14, 4587:12, 4589:10, 4589:15, 4592:5, 4592:10, 4592:25, 4593:7, 4595:12, 4595:18, 4597:11, 4597:20, 4598:17, 4601:10, 4602:10, 4602:21, 4602:22, 4603:7, 4603:16, 4603:22, 4621:9, 4650:13, 4650:23, 4652:18, 4656:20
**pulled** [2] - 4648:7, 4651:2
**pump** [6] - 4564:11, 4564:13, 4574:17, 4590:19, 4590:20, 4590:24
**pumps** [1] - 4590:22
**purpose** [1] - 4577:18
**purposes** [1] - 4593:15
**pursuit** [2] - 4578:23, 4663:24
**push** [1] - 4660:24
**push-button** [1] - 4660:24
**put** [45] - 4518:8, 4519:22, 4520:3, 4520:18, 4525:12, 4529:1, 4533:8, 4533:24, 4535:6, 4539:15, 4541:22, 4545:1, 4545:4, 4549:10, 4556:14, 4557:3, 4561:21, 4562:5, 4568:6, 4569:3, 4569:6, 4571:6, 4572:11, 4574:2, 4575:23, 4576:9, 4578:6, 4587:9, 4589:11, 4590:6, 4594:22, 4596:2, 4596:4, 4606:11, 4639:19, 4640:5, 4645:19, 4646:8, 4646:9, 4646:11, 4649:3, 4653:10, 4663:4
**putting** [3] - 4536:1, 4602:1, 4665:1

# Q

**quality** [1] - 4610:24
**quarrel** [1] - 4649:23
**quarter** [3] - 4571:23, 4571:24, 4571:25
**quarters** [1] - 4571:25
**question** [34] - 4513:16, 4533:10, 4533:12, 4533:15, 4533:25, 4562:1, 4606:2, 4606:11, 4606:12, 4608:4, 4609:20, 4621:5, 4621:9, 4621:15, 4622:14, 4623:13, 4623:22, 4632:21, 4639:16, 4640:7, 4641:18, 4641:24, 4648:7, 4653:24, 4655:15, 4655:22, 4657:14, 4658:24, 4661:16
**Question** [1] - 4621:18
**questions** [10] - 4515:17, 4533:21, 4577:11, 4581:12, 4635:12, 4642:10, 4642:12, 4656:8, 4656:14, 4667:2
**quickly** [4] - 4591:22, 4608:13, 4618:11, 4632:14
**quite** [2] - 4540:21, 4541:19
**quote** [8] - 4576:23, 4578:21, 4578:25, 4614:6, 4614:7, 4614:9, 4628:11, 4663:1
**quoting** [1] - 4628:11

# R

**R** [5] - 4508:11, 4509:17, 4510:17, 4511:11, 4513:3
**RACHEL** [2] - 4508:17, 4510:14
**rails** [1] - 4565:8
**raise** [5] - 4513:24, 4537:2, 4556:7, 4576:5, 4576:24
**raised** [1] - 4658:7
**raises** [1] - 4556:8
**ram** [1] - 4549:11

**rams** [5] - 4591:12, 4591:13, 4591:14, 4591:20, 4660:11
**Randy** [1] - 4541:16
**range** [1] - 4666:12
**ranks** [1] - 4562:24
**rapid** [1] - 4664:13
**ratcheting** [2] - 4665:11
**rate** [1] - 4532:11
**rather** [2] - 4576:11, 4665:10
**re** [1] - 4567:2
**RE** [2] - 4506:5, 4506:12
**re-indoctrinate** [1] - 4567:2
**reach** [1] - 4626:12
**reached** [2] - 4610:21, 4628:14
**reacts** [1] - 4582:23
**read** [33] - 4521:2, 4521:24, 4521:25, 4556:21, 4570:1, 4573:10, 4574:9, 4576:6, 4584:18, 4584:22, 4592:16, 4595:2, 4597:25, 4598:12, 4598:24, 4600:10, 4603:12, 4603:20, 4604:12, 4617:15, 4618:6, 4620:18, 4620:24, 4621:15, 4633:9, 4636:8, 4636:11, 4648:6, 4648:10, 4648:15, 4650:15, 4650:17, 4650:25
**ready** [3] - 4542:19, 4583:19
**real** [1] - 4608:17
**realize** [4] - 4543:21, 4582:17, 4637:24, 4665:3
**realized** [1] - 4591:22
**really** [13] - 4524:11, 4532:17, 4540:25, 4543:14, 4555:20, 4577:24, 4580:4, 4580:18, 4582:20, 4646:16, 4646:22, 4652:8, 4660:20
**realtime** [2] - 4580:6, 4580:14
**reason** [3] - 4656:3, 4657:19, 4661:19
**reasonable** [1] - 4624:6
**reasons** [1] -

4613:13
**reassure** [2] - 4516:4, 4516:18
**recall** [8] - 4514:20, 4516:5, 4517:7, 4606:3, 4613:23, 4621:3, 4623:20, 4656:24
**receive** [2] - 4552:9, 4653:21
**received** [5] - 4553:23, 4576:22, 4631:24, 4635:24, 4653:11
**receiving** [1] - 4515:12
**recent** [1] - 4573:17
**recently** [1] - 4579:12
**reception** [1] - 4547:5
**recess** [2] - 4605:8, 4667:4
**RECESS** [2] - 4605:10, 4667:7
**recipients** [2] - 4541:17, 4569:13
**recognition** [3] - 4540:17, 4659:9, 4659:23
**recognize** [12] - 4539:24, 4540:1, 4540:7, 4540:10, 4540:18, 4572:12, 4576:16, 4594:4, 4594:5, 4594:7, 4609:10, 4609:15
**recognized** [2] - 4577:4, 4597:1
**recognizes** [1] - 4540:24
**recognizing** [1] - 4587:2
**recollection** [3] - 4621:11, 4663:11, 4663:17
**recommendation** [2] - 4541:2, 4624:9
**recommendations** [1] - 4620:13
**recommended** [2] - 4537:24, 4592:14
**recommending** [1] - 4519:9
**reconfigure** [1] - 4535:18
**record** [9] - 4514:3, 4575:7, 4581:9, 4582:4, 4583:1, 4647:22, 4648:6,

4660:18, 4667:16
**recordable** [5] -
4552:22, 4552:24,
4553:3, 4553:5,
4553:8
**recorded** [3] -
4583:24, 4617:1,
4618:8
**RECORDED** [1] -
4511:25
**recruited** [1] -
4524:4
**recruiting** [1] -
4665:9
**REDDEN** [1] - 4511:4
**reduced** [1] -
4603:20
**redundancy** [1] -
4661:6
**refer** [2] - 4552:12,
4580:3
**reference** [5] -
4558:2, 4594:25,
4604:19, 4620:16,
4663:2
**referred** [4] -
4611:10, 4616:25,
4624:13, 4624:16
**referring** [5] -
4573:13, 4606:19,
4622:16, 4625:21,
4625:22
**refers** [1] - 4545:20
**reflected** [1] - 4559:5
**refocused** [1] -
4570:20
**refresher** [1] -
4631:4
**REGAN** [12] -
4510:5, 4647:22,
4648:12, 4648:15,
4648:19, 4652:20,
4653:9, 4654:17,
4655:5, 4655:13,
4655:20, 4662:20
**Regan** [1] - 4648:5
**regard** [3] - 4535:10,
4535:13, 4647:6
**regarding** [2] -
4530:21, 4629:1
**region** [1] - 4551:25
**Register** [7] -
4572:2, 4573:24,
4575:6, 4575:15,
4575:19, 4632:15,
4666:2
**Registry** [1] - 4651:7
**regular** [2] - 4569:21,
4666:22
**regularly** [2] -

4553:19, 4586:13
**reinforce** [2] -
4545:21, 4588:8
**relate** [3] - 4582:2,
4582:18, 4653:6
**related** [3] - 4607:7,
4610:3, 4654:24
**RELATES** [1] -
4506:11
**relates** [3] - 4584:21,
4587:13, 4646:19
**relating** [1] - 4577:9
**relations** [2] -
4662:2, 4662:5
**relationship** [4] -
4527:2, 4529:18,
4537:20, 4649:12
**relationships** [1] -
4535:7
**relative** [3] -
4561:13, 4585:22,
4651:17
**relatively** [4] -
4543:16, 4544:16,
4600:14
**release** [3] -
4606:24, 4607:3,
4617:12
**relevant** [1] -
4584:21
**Reliance** [3] -
4600:1, 4600:2,
4603:10
**reliefs** [1] - 4567:25
**relocate** [2] - 4638:3,
4662:13
**reluctant** [2] -
4588:16
**rely** [2] - 4623:10,
4660:23
**remain** [2] - 4569:22,
4597:23
**remediated** [1] -
4521:2
**remember** [16] -
4516:19, 4523:1,
4526:25, 4527:1,
4527:4, 4565:10,
4584:3, 4611:25,
4624:3, 4635:24,
4649:20, 4650:10,
4650:11, 4655:15,
4662:9, 4667:1
**reminder** [1] -
4588:6
**reminding** [1] -
4588:4
**remote** [5] - 4591:10,
4591:12, 4660:23,
4661:4

**remove** [1] - 4650:24
**RENAISSANCE** [1] -
4511:12
**rendered** [1] -
4634:14
**reorientation** [1] -
4571:13
**reoriented** [1] -
4570:19
**repeat** [1] - 4655:14
**repetitive** [1] -
4577:3
**replaced** [3] -
4590:13, 4590:16
**replete** [1] - 4543:9
**report** [44] - 4552:7,
4552:17, 4552:18,
4554:15, 4554:23,
4555:6, 4555:8,
4560:2, 4565:20,
4574:25, 4575:4,
4575:14, 4576:11,
4576:13, 4576:17,
4577:1, 4582:6,
4582:7, 4583:7,
4583:11, 4583:13,
4583:15, 4583:20,
4583:23, 4584:4,
4584:8, 4584:12,
4585:19, 4587:9,
4587:18, 4595:5,
4598:20, 4612:6,
4620:12, 4628:15,
4628:16, 4631:25,
4634:14, 4638:12,
4662:24, 4666:6
**reported** [3] -
4560:10, 4560:11,
4562:17
**REPORTER** [1] -
4511:21
**Reporter** [2] -
4667:13, 4667:22
**REPORTER'S** [1] -
4667:11
**reporting** [8] -
4552:6, 4554:15,
4557:4, 4563:3,
4563:4, 4582:2,
4582:8, 4583:10
**reports** [11] - 4552:9,
4554:17, 4555:9,
4555:10, 4561:11,
4561:12, 4579:18,
4580:1, 4580:16,
4600:8, 4601:6
**represent** [2] -
4576:12, 4598:19
**request** [1] - 4601:22
**require** [1] - 4543:17

**required** [5] -
4519:7, 4551:14,
4551:15, 4563:9,
4627:14
**requirement** [1] -
4644:2
**requires** [9] -
4540:24, 4542:7,
4542:10, 4553:3,
4553:7, 4588:18,
4632:8, 4632:9
**rescue** [2] - 4516:21,
4516:22
**reservoir** [3] -
4523:15, 4596:16,
4597:23
**reside** [1] - 4513:13
**resigned** [1] - 4529:1
**resourced** [1] -
4579:21
**resources** [5] -
4539:14, 4570:21,
4614:22, 4633:22,
4634:5
**RESOURCES** [1] -
4508:14
**respect** [11] -
4521:20, 4555:17,
4586:2, 4603:11,
4623:19, 4646:11,
4657:2, 4657:9,
4657:17, 4663:9,
4666:6
**respective** [2] -
4547:22, 4557:16
**respond** [2] - 4570:4,
4652:24
**responds** [2] -
4533:22, 4560:12
**response** [16] -
4516:3, 4538:23,
4539:6, 4546:7,
4551:13, 4565:23,
4570:6, 4570:11,
4588:11, 4590:1,
4592:2, 4603:11,
4630:21, 4633:21,
4633:23, 4651:12
**responsibilities** [15]
- 4535:10, 4535:13,
4536:21, 4536:24,
4539:10, 4555:11,
4555:24, 4623:6,
4623:10, 4623:18,
4639:25, 4640:13,
4641:8, 4646:14,
4658:18
**responsibility** [52] -
4521:13, 4521:16,
4521:20, 4521:21,

4535:18, 4535:19,
4535:20, 4536:2,
4536:3, 4536:5,
4536:22, 4538:11,
4560:20, 4561:2,
4561:3, 4570:8,
4578:15, 4579:23,
4623:11, 4631:15,
4636:7, 4639:18,
4642:6, 4643:1,
4643:4, 4643:7,
4643:11, 4643:13,
4643:14, 4646:3,
4646:4, 4646:22,
4646:24, 4647:8,
4647:15, 4647:16,
4649:4, 4650:8,
4650:17, 4650:21,
4654:21, 4654:23,
4656:18, 4657:5,
4657:8, 4657:9,
4657:17, 4658:19,
4659:6, 4659:16
**responsible** [25] -
4526:12, 4526:21,
4533:12, 4533:15,
4535:2, 4537:6,
4537:23, 4542:23,
4562:4, 4562:14,
4562:16, 4564:23,
4580:21, 4604:2,
4623:2, 4623:14,
4623:15, 4643:16,
4643:19, 4648:24,
4657:3, 4660:3,
4660:6, 4660:9
**responsive** [3] -
4541:8, 4586:25,
4662:8
**restate** [1] - 4657:14
**restricted** [4] -
4553:22, 4554:4,
4554:11, 4554:19
**rests** [1] - 4657:6
**result** [29] - 4522:23,
4527:2, 4531:22,
4546:9, 4546:11,
4563:1, 4563:25,
4564:4, 4568:1,
4568:19, 4574:13,
4582:2, 4585:13,
4587:22, 4588:3,
4589:3, 4592:12,
4597:9, 4609:13,
4612:13, 4616:20,
4617:20, 4622:3,
4626:18, 4628:1,
4634:1, 4634:19,
4640:20, 4641:1

**resulted** [2] - 4591:6, 4664:15

**resulting** [2] - 4569:23, 4632:6

**results** [18] - 4523:25, 4553:4, 4561:14, 4561:18, 4581:24, 4582:9, 4583:12, 4583:14, 4583:16, 4583:22, 4583:23, 4585:13, 4593:25, 4608:21, 4608:23, 4612:12, 4640:20

**resume** [1] - 4513:7

**retain** [3] - 4664:3, 4664:14, 4664:17

**returns** [2] - 4553:18, 4618:11

**reveal** [1] - 4557:20

**revenue** [2] - 4568:1, 4663:25

**review** [14] - 4540:22, 4541:4, 4541:11, 4541:14, 4571:12, 4576:17, 4609:25, 4610:3, 4610:13, 4623:3, 4623:14, 4641:4, 4651:8, 4651:9

**reviewed** [2] - 4580:24, 4583:25

**reviewing** [2] - 4601:5, 4615:23

**reviews** [1] - 4575:20

**revised** [6] - 4595:9, 4621:2, 4621:6, 4621:12, 4621:18, 4622:7

**revising** [1] - 4595:6

**revision** [4] - 4597:16, 4610:21, 4622:17, 4622:20

**RICHARD** [1] - 4510:20

**Richard** [2] - 4614:21, 4614:22

**ride** [1] - 4524:21

**Rig** [1] - 4557:16

**rig** [152] - 4517:10, 4517:12, 4517:13, 4520:15, 4520:16, 4525:20, 4525:21, 4525:23, 4525:24, 4525:25, 4526:3, 4526:8, 4526:9, 4526:10, 4526:11, 4526:14, 4526:16, 4526:17, 4526:20, 4526:21, 4526:22,

4526:24, 4527:3, 4527:11, 4527:12, 4527:14, 4527:15, 4527:19, 4529:21, 4529:22, 4529:25, 4533:10, 4534:21, 4535:14, 4535:15, 4535:17, 4535:21, 4535:22, 4535:25, 4536:1, 4538:16, 4538:22, 4538:25, 4539:1, 4540:15, 4543:17, 4545:6, 4545:7, 4545:10, 4545:23, 4545:25, 4546:2, 4546:17, 4547:3, 4547:12, 4547:14, 4547:15, 4547:18, 4548:2, 4548:22, 4548:23, 4549:17, 4549:18, 4550:1, 4550:10, 4555:17, 4555:18, 4558:12, 4564:6, 4564:8, 4564:9, 4564:10, 4567:21, 4567:22, 4573:3, 4575:25, 4578:6, 4578:19, 4579:10, 4579:12, 4579:15, 4579:17, 4579:19, 4580:6, 4580:8, 4580:10, 4583:14, 4583:19, 4588:18, 4589:13, 4591:22, 4591:23, 4594:17, 4596:13, 4601:24, 4602:1, 4602:2, 4604:10, 4604:15, 4609:2, 4617:14, 4617:22, 4617:25, 4630:1, 4630:10, 4630:15, 4633:14, 4633:21, 4637:20, 4638:6, 4638:12, 4638:18, 4639:1, 4639:4, 4639:8, 4639:12, 4643:5, 4643:7, 4643:8, 4643:10, 4643:17, 4644:17, 4644:19, 4645:19, 4646:17, 4647:9, 4649:3, 4649:6, 4649:9, 4650:4, 4656:15, 4656:16, 4656:18, 4658:4, 4663:3, 4664:23, 4665:5, 4665:6, 4665:8, 4665:10

**RIG** [1] - 4506:5

**rig's** [2] - 4525:24, 4526:22

**rig-based** [3] - 4580:10, 4643:10

**rig-by-rig** [1] - 4649:6

**rig-level** [1] - 4650:4

**rig-like** [2] - 4548:23, 4549:17

**rig-specific** [1] - 4633:14

**rigging** [1] - 4549:9

**right** [54] - 4513:7, 4513:12, 4513:23, 4513:24, 4518:25, 4522:1, 4526:7, 4532:6, 4537:25, 4539:21, 4539:25, 4540:1, 4543:21, 4558:8, 4558:9, 4558:11, 4558:22, 4574:4, 4574:10, 4578:25, 4601:9, 4601:12, 4605:7, 4605:8, 4605:12, 4605:13, 4610:15, 4610:25, 4612:5, 4620:18, 4624:9, 4631:21, 4632:22, 4637:11, 4638:6, 4639:7, 4639:8, 4639:10, 4642:11, 4643:12, 4644:4, 4644:13, 4645:4, 4647:13, 4649:20, 4649:23, 4654:11, 4655:6, 4655:21, 4658:3, 4658:4, 4658:23, 4667:4

**rigs** [53] - 4528:10, 4529:20, 4529:25, 4530:6, 4530:7, 4531:14, 4532:6, 4532:7, 4533:4, 4536:11, 4536:21, 4538:20, 4540:22, 4546:15, 4546:23, 4547:8, 4547:13, 4551:14, 4551:15, 4552:7, 4552:8, 4555:15, 4558:10, 4566:4, 4566:6, 4567:5, 4568:3, 4569:24, 4570:25, 4572:24, 4574:15, 4574:21, 4574:23, 4579:8, 4584:17, 4607:8, 4607:24, 4617:12, 4632:3, 4632:6, 4632:7,

4635:20, 4649:5, 4651:3, 4660:14, 4660:17, 4661:9, 4661:10, 4664:9, 4664:11, 4666:8

**rise** [2] - 4605:9, 4667:6

**riser** [36] - 4545:11, 4558:24, 4590:19, 4590:20, 4590:24, 4594:12, 4594:13, 4594:14, 4594:19, 4594:20, 4595:2, 4595:6, 4617:2, 4617:9, 4617:17, 4617:22, 4618:16, 4618:14, 4619:23, 4620:18, 4620:21, 4624:1, 4624:11, 4624:16, 4624:18, 4625:6, 4625:20, 4626:3, 4626:16, 4627:3, 4630:9, 4630:19, 4630:25, 4631:10, 4636:19

**risk** [17] - 4539:2, 4572:6, 4577:2, 4617:21, 4624:19, 4624:25, 4625:9, 4627:19, 4633:13, 4633:14, 4643:20, 4643:22, 4649:16, 4649:18, 4649:22, 4666:19

**Risk** [1] - 4625:2

**risks** [4] - 4533:17, 4542:24, 4643:17, 4643:19

**RMP** [1] - 4576:1

**RMR** [2] - 4511:21, 4667:21

**RMS** [1] - 4603:18

**Rob** [14] - 4560:5, 4560:8, 4560:10, 4560:11, 4561:23, 4562:10, 4562:14, 4562:17, 4563:2, 4563:3, 4563:4, 4606:6, 4615:7

**rob** [1] - 4560:9

**ROBERT** [2] - 4507:9, 4510:2

**Robert** [2] - 4533:9, 4605:14

**ROBERTS** [2] - 4510:14, 4511:6

**robust** [1] - 4576:25

**role** [16] - 4519:2, 4519:5, 4519:8, 4528:16, 4528:17,

4529:2, 4539:9, 4550:1, 4554:9, 4559:23, 4563:2, 4580:18, 4623:8

**ROOM** [2] - 4508:12, 4511:22

**room** [8] - 4535:15, 4547:5, 4550:11, 4564:11, 4564:14, 4574:2, 4630:2, 4630:15

**rooms** [3] - 4574:17, 4630:14

**root** [1] - 4596:19

**rooted** [1] - 4610:7

**Rose** [6] - 4568:9, 4568:10, 4606:5, 4614:24, 4614:25

**rose** [1] - 4616:1

**rotary** [2] - 4594:5, 4617:13

**rotas** [1] - 4666:12

**rotates** [1] - 4558:19

**rotating** [2] - 4526:24, 4532:1

**ROUGE** [2] - 4508:3, 4509:15

**roughneck** [2] - 4537:25, 4550:2, 4554:1

**roughnecks** [1] - 4550:18

**rounded** [1] - 4523:22

**roustabout** [3] - 4544:2, 4544:17, 4550:2

**roustabouts** [3] - 4543:23, 4550:18, 4567:10

**route** [1] - 4544:4

**routine** [3] - 4538:22, 4580:8, 4580:9

**ROY** [2] - 4507:3, 4507:3

**RPR** [1] - 4667:21

**rubbish** [1] - 4565:1

**run** [2] - 4595:22, 4662:25

**running** [5] - 4545:5, 4600:17, 4600:19, 4609:3

**RUSNAK** [1] - 4508:4

## S

**s** [2] - 4549:20, 4644:21

**S** [4] - 4507:19,

4513:3
**sacrifice** [1] - 4578:23
**safe** [6] - 4570:8, 4647:17, 4656:2, 4658:2, 4658:8, 4661:23
**safely** [6] - 4531:20, 4536:3, 4591:24, 4633:23, 4647:18
**safer** [1] - 4576:24
**Safety** [12] - 4539:16, 4539:19, 4539:20, 4548:15, 4549:4, 4549:15, 4566:25, 4567:4, 4567:11, 4567:14, 4633:10, 4634:13
**safety** [168] - 4530:22, 4530:24, 4531:3, 4531:4, 4531:16, 4531:17, 4532:14, 4532:23, 4532:24, 4533:2, 4533:7, 4533:16, 4534:1, 4534:8, 4534:12, 4534:13, 4535:10, 4535:13, 4535:20, 4536:5, 4538:15, 4538:16, 4538:21, 4539:8, 4539:22, 4540:20, 4540:21, 4541:24, 4541:25, 4547:5, 4547:7, 4547:13, 4547:20, 4547:24, 4547:25, 4548:1, 4548:3, 4548:9, 4549:23, 4550:4, 4551:3, 4551:6, 4551:8, 4551:10, 4551:11, 4551:13, 4551:16, 4554:22, 4555:23, 4559:25, 4568:10, 4569:16, 4570:19, 4570:20, 4571:10, 4571:11, 4571:14, 4571:22, 4572:5, 4572:16, 4572:17, 4575:7, 4575:19, 4576:5, 4576:20, 4576:25, 4578:9, 4578:10, 4604:9, 4606:15, 4606:23, 4607:6, 4607:7, 4607:8, 4607:14, 4608:16, 4610:3, 4610:8, 4610:14, 4610:24, 4611:5, 4611:23,

4612:10, 4613:7, 4613:17, 4614:13, 4614:25, 4615:3, 4615:11, 4616:16, 4624:8, 4629:22, 4629:23, 4630:1, 4630:2, 4630:6, 4630:7, 4630:10, 4631:14, 4633:3, 4635:1, 4635:4, 4635:16, 4636:19, 4637:6, 4642:21, 4642:22, 4642:24, 4643:2, 4643:5, 4643:7, 4643:10, 4643:23, 4644:1, 4644:2, 4644:5, 4644:6, 4644:9, 4644:10, 4645:3, 4645:5, 4645:14, 4645:21, 4645:23, 4646:6, 4646:10, 4646:17, 4646:25, 4647:6, 4647:10, 4647:20, 4649:11, 4649:13, 4650:8, 4650:10, 4650:21, 4651:3, 4651:8, 4651:10, 4651:15, 4651:21, 4652:1, 4652:4, 4652:7, 4652:15, 4653:1, 4653:3, 4653:5, 4653:18, 4654:5, 4654:15, 4654:22, 4654:23, 4655:3, 4655:18, 4655:23, 4655:25, 4656:1, 4658:1, 4658:9, 4659:25
**safety-minded** [1] - 4652:1
**safety-related** [2] - 4607:7, 4610:3
**said** [26] - 4522:15, 4523:7, 4535:14, 4536:12, 4543:5, 4561:1, 4563:5, 4565:24, 4568:16, 4578:6, 4603:13, 4611:7, 4613:4, 4613:13, 4623:16, 4630:22, 4632:22, 4641:17, 4647:19, 4652:21, 4657:3, 4658:6, 4658:7, 4658:9, 4662:9, 4665:16
**salaries** [1] - 4665:11

**Salt** [3] - 4522:4, 4522:5, 4522:14
**Saltiel** [7] - 4560:5, 4560:8, 4560:9, 4561:23, 4562:21, 4606:6, 4615:7
**saltwater** [1] - 4583:3
**same** [25] - 4521:10, 4549:7, 4555:24, 4567:21, 4567:25, 4571:4, 4573:4, 4577:10, 4600:25, 4605:3, 4610:18, 4614:13, 4615:17, 4615:22, 4618:5, 4636:17, 4637:1, 4644:7, 4648:17, 4652:13, 4652:14, 4655:20, 4660:10, 4660:13
**SAN** [1] - 4508:13
**Sannan** [1] - 4568:6
**sat** [2] - 4547:11, 4615:15
**satisfaction** [1] - 4602:18
**satisfied** [3] - 4567:10, 4575:9, 4575:10
**Saturday** [1] - 4516:24
**save** [1] - 4665:23
**saw** [9] - 4582:17, 4582:19, 4588:24, 4601:4, 4607:3, 4616:7, 4618:22, 4641:10, 4653:11
**say** [19] - 4516:3, 4528:7, 4543:5, 4543:23, 4561:1, 4566:12, 4573:12, 4573:23, 4574:4, 4597:6, 4608:12, 4612:25, 4614:7, 4630:11, 4641:6, 4652:1, 4657:5, 4664:2
**saying** [4] - 4561:25, 4574:10, 4630:23, 4666:19
**says** [37] - 4520:5, 4530:16, 4572:15, 4576:3, 4577:2, 4578:1, 4586:10, 4588:17, 4588:20, 4588:21, 4594:22, 4603:13, 4607:5, 4611:1, 4611:2, 4611:3, 4612:9,

4614:6, 4614:10, 4616:10, 4618:13, 4619:8, 4619:21, 4620:2, 4620:3, 4621:20, 4625:4, 4625:16, 4627:9, 4627:11, 4627:13, 4627:15, 4635:14, 4636:16, 4648:11, 4650:24, 4657:19
**SBEP** [2] - 4602:25
**scenarios** [3] - 4538:25, 4620:21, 4665:22
**schedule** [3] - 4516:6, 4666:8, 4666:18
**scheduled** [2] - 4553:19, 4553:25
**schedules** [3] - 4666:14
**scheme** [2] - 4553:1, 4553:2
**Schlumberger** [1] - 4534:24
**Schlumberger's** [1] - 4596:21
**scholarship** [2] - 4523:9, 4523:10
**school** [6] - 4522:7, 4522:10, 4523:4, 4523:20, 4523:21, 4524:3
**School** [3] - 4522:21, 4523:6, 4523:8
**science** [1] - 4522:25
**sciences** [2] - 4522:25, 4523:7
**SCOFIELD** [1] - 4511:18
**scope** [1] - 4526:1
**SCOTT** [1] - 4508:16
**screen** [9] - 4519:22, 4533:8, 4542:3, 4556:16, 4561:21, 4572:13, 4578:1, 4585:15, 4652:23
**Sea** [2] - 4590:10, 4595:22
**seabed** [1] - 4594:18
**search** [3] - 4516:21, 4516:22, 4598:9
**Seas** [1] - 4525:21
**seat** [1] - 4514:2
**seated** [2] - 4513:6, 4605:12
**second** [12] - 4526:4, 4526:15, 4537:11, 4542:15, 4569:11, 4594:10, 4604:8,

4607:11, 4607:14, 4645:9, 4645:21
**secondary** [1] - 4661:2
**SECREST** [1] - 4511:4
**section** [8] - 4540:4, 4574:21, 4600:16, 4600:20, 4600:22, 4617:10, 4618:25, 4619:22
**Section** [1] - 4617:10
**SECTION** [2] - 4508:15, 4509:1
**sections** [2] - 4600:14, 4600:18
**Sedco** [2] - 4563:23, 4595:11
**Sedco-711** [5] - 4595:17, 4595:21, 4596:18, 4597:13, 4599:5
**see** [46] - 4520:5, 4520:24, 4539:23, 4542:2, 4545:20, 4547:1, 4547:19, 4552:18, 4556:24, 4557:8, 4557:14, 4557:17, 4557:21, 4558:2, 4558:5, 4559:21, 4560:13, 4561:10, 4561:23, 4563:9, 4569:13, 4570:24, 4571:2, 4571:22, 4572:15, 4572:18, 4574:18, 4578:21, 4584:16, 4585:15, 4587:13, 4592:12, 4597:17, 4598:9, 4598:10, 4598:19, 4600:6, 4603:1, 4603:9, 4604:8, 4607:4, 4619:7, 4622:10, 4627:7, 4635:13, 4645:22
**seeing** [2] - 4616:20, 4665:21
**seem** [3] - 4517:6, 4614:8, 4616:8
**seems** [1] - 4539:24
**seen** [19] - 4519:25, 4524:18, 4578:14, 4578:17, 4578:19, 4578:20, 4588:3, 4588:5, 4625:1, 4633:25, 4634:3, 4653:13, 4653:14, 4653:17, 4661:24, 4663:1, 4663:2,

4666:21
  **sees** [1] - 4556:7
  **self** [1] - 4553:15
  **self-explanatory** [1]
- 4553:15
  **semi** [4] - 4526:5,
4564:12, 4594:2,
4601:15
  **semi-submersible**
[3] - 4564:12, 4594:2,
4601:15
  **semi-submersibles**
[1] - 4526:5
  **send** [3] - 4536:1,
4552:17, 4559:24
  **sends** [1] - 4529:25
  **senior** [5] - 4526:24,
4565:25, 4604:2,
4614:22, 4637:20
  **senior-most** [2] -
4526:24, 4604:2
  **seniormost** [1] -
4579:19
  **sense** [3] - 4546:24,
4632:13, 4651:17
  **sent** [3] - 4535:23,
4605:25, 4606:5
  **sentence** [3] -
4520:24, 4562:3,
4607:4
  **separate** [5] -
4617:1, 4618:7,
4660:25, 4661:4,
4665:16
  **separated** [1] -
4591:17
  **separation** [1] -
4652:12
  **September** [23] -
4566:4, 4605:21,
4605:25, 4606:17,
4609:19, 4611:23,
4613:13, 4613:19,
4614:14, 4624:14,
4624:15, 4629:8,
4629:11, 4629:14,
4629:18, 4630:16,
4634:23, 4634:25,
4635:3, 4635:5,
4635:8, 4635:17
  **sequence** [1] -
4624:3
  **serious** [8] - 4553:9,
4553:10, 4614:8,
4616:8, 4618:3,
4630:24, 4633:3,
4654:9
  **seriously** [1] -
4559:1
  **serves** [3] - 4588:4,

4588:5, 4588:7
  **service** [12] -
4527:20, 4527:25,
4536:13, 4562:7,
4562:9, 4562:15,
4602:18, 4662:7,
4662:11, 4662:12,
4663:4, 4663:10
  **SERVICES** [1] -
4511:10
  **services** [3] -
4527:14, 4529:19,
4629:5
  **SESSION** [1] -
4506:20
  **set** [23] - 4535:16,
4538:22, 4539:7,
4539:13, 4552:16,
4560:20, 4561:3,
4561:5, 4561:6,
4561:8, 4561:11,
4561:17, 4565:9,
4568:23, 4575:18,
4580:19, 4585:6,
4588:25, 4600:15,
4601:22, 4634:9,
4634:20, 4644:18
  **setting** [3] - 4538:13,
4561:7, 4666:3
  **settlement** [3] -
4519:7, 4519:9,
4519:10
  **seven** [9] - 4517:1,
4605:21, 4611:14,
4616:19, 4618:5,
4626:3, 4628:21,
4633:12
  **Seven** [1] - 4525:20
  **several** [3] - 4592:13,
4614:11, 4650:17
  **severed** [1] -
4591:20
  **severity** [1] -
4585:17
  **shack** [1] - 4661:2
  **shade** [1] - 4565:19
  **shaft** [1] - 4564:19
  **shake** [1] - 4659:21
  **shaker** [1] - 4617:15
  **shaking** [1] -
4659:20
  **shale** [1] - 4582:5
  **SHARON** [1] -
4508:22
  **Sharp** [2] - 4604:1
  **SHAW** [1] - 4507:16
  **shear** [1] - 4591:12
  **sheer** [4] - 4591:13,
4591:14, 4591:20,
4660:11

  **sheet** [1] - 4550:21
  **SHELL** [1] - 4509:23
  **Shell** [15] - 4595:21,
4601:16, 4601:21,
4601:23, 4602:6,
4602:7, 4602:13,
4602:15, 4602:16,
4602:19, 4603:5,
4603:9, 4604:2,
4604:4
  **Shell's** [4] - 4601:22,
4602:18, 4603:4,
4603:5
  **Sherry** [2] - 4614:21,
4614:22
  **shift** [4] - 4547:15,
4553:25, 4554:8,
4590:14
  **shifts** [1] - 4666:4
  **ship** [1] - 4515:9
  **ships** [1] - 4555:16
  **shipyard** [1] -
4525:23
  **shoes** [1] - 4600:15
  **shore** [5] - 4517:13,
4526:20, 4548:13,
4548:19, 4548:24
  **shore-base** [1] -
4548:24
  **shore-based** [2] -
4517:13, 4548:13
  **short** [3] - 4566:8,
4569:25, 4575:12
  **shortcomings** [1] -
4596:20
  **shortcuts** [1] -
4578:22
  **shortly** [3] - 4515:18,
4556:25, 4618:23
  **should** [17] -
4519:15, 4519:18,
4585:14, 4586:5,
4586:20, 4588:5,
4588:6, 4588:7,
4594:23, 4595:1,
4611:2, 4620:16,
4620:20, 4620:22,
4629:14, 4657:20,
4661:16
  **show** [8] - 4549:17,
4556:14, 4564:10,
4631:16, 4652:22,
4653:4, 4653:16,
4665:19
  **showed** [4] - 4549:2,
4573:3, 4643:4
  **showing** [2] -
4520:20, 4652:21
  **shown** [3] - 4596:19,
4622:3, 4622:6

  **shows** [5] - 4530:4,
4530:8, 4530:9,
4586:7, 4656:21
  **shut** [13] - 4537:4,
4566:10, 4566:12,
4582:15, 4582:16,
4582:18, 4582:19,
4586:5, 4590:18,
4590:21, 4590:22,
4609:22, 4659:16
  **shut-in** [1] - 4582:18
  **shut-ins** [1] -
4582:15
  **shutdown** [7] -
4566:16, 4566:18,
4567:1, 4568:2,
4568:3, 4568:19
  **shutdowns** [1] -
4566:15
  **SHUTLER** [1] -
4508:22
  **shutting** [3] -
4582:16, 4618:11,
4659:11
  **side** [4] - 4521:24,
4578:1, 4647:1
  **sign** [5] - 4550:21,
4551:1, 4659:5,
4659:12, 4659:14
  **sign-off** [1] - 4550:21
  **signal** [1] - 4549:19
  **signals** [1] - 4659:9
  **signature** [1] -
4593:23
  **signed** [2] - 4615:25,
4616:4
  **significance** [1] -
4631:10
  **significant** [11] -
4517:24, 4529:12,
4594:13, 4603:9,
4603:15, 4603:18,
4652:15, 4655:25,
4664:11, 4664:13,
4665:9
  **similar** [3] - 4599:5,
4616:6, 4651:24
  **simple** [8] - 4543:17,
4544:16, 4553:3,
4553:4, 4553:7,
4553:15, 4633:11
  **simpler** [1] - 4573:25
  **simplified** [1] -
4518:10
  **simply** [3] - 4578:11,
4588:17, 4661:25
  **simulate** [1] -
4548:22
  **since** [6] - 4528:2,
4621:22, 4622:6,

4640:1, 4640:4,
4641:4
  **SINCLAIR** [1] -
4509:8
  **Singh** [1] - 4563:22
  **single** [1] - 4641:6
  **sink** [1] - 4550:6
  **sinking** [1] - 4626:18
  **sir** [22] - 4519:5,
4520:1, 4521:8,
4535:7, 4559:12,
4562:18, 4568:17,
4578:25, 4598:19,
4599:17, 4605:24,
4606:13, 4606:19,
4607:19, 4608:11,
4616:22, 4623:1,
4623:6, 4630:13,
4637:22, 4638:11,
4641:14
  **site** [7] - 4519:16,
4522:1, 4526:17,
4549:7, 4574:16,
4608:20, 4645:11
  **sitting** [1] - 4655:7
  **situation** [5] -
4521:21, 4586:22,
4588:24, 4600:9,
4619:5
  **situations** [2] -
4582:21, 4599:2
  **six** [13] - 4514:24,
4528:24, 4546:18,
4599:14, 4617:1,
4617:11, 4618:7,
4624:6, 4625:22,
4628:6, 4631:10,
4632:21, 4632:24
  **skiff** [1] - 4565:1
  **skill** [1] - 4634:9
  **skills** [2] - 4538:1,
4538:7
  **slewed** [1] - 4565:2
  **slice** [3] - 4535:1,
4535:2, 4647:7
  **slices** [1] - 4535:4
  **slide** [1] - 4568:15
  **SLIDELL** [1] -
4507:23
  **slides** [5] - 4568:12,
4568:23, 4569:4,
4575:18, 4575:21
  **sling** [1] - 4543:21,
4543:22, 4543:24,
4543:25, 4544:1,
4544:2, 4544:4,
4544:8, 4544:9,
4544:10, 4544:11,
4544:12, 4544:22
  **slinging** [2] - 4549:8,

4549:18
  **slings** [1] - 4544:11
  **slipping** [1] - 4564:23
  **slogan** [1] - 4656:16
  **sloughing** [1] - 4582:5
  **slurries** [1] - 4598:23
  **small** [8] - 4522:6, 4522:8, 4522:9, 4522:17, 4525:14, 4632:4, 4665:5
  **smaller** [1] - 4600:25
  **sole** [1] - 4643:13
  **solely** [2] - 4566:6, 4571:13
  **solenoid** [1] - 4558:20
  **solenoids** [1] - 4660:6
  **some** [51] - 4515:19, 4517:15, 4519:20, 4522:5, 4523:4, 4524:8, 4528:3, 4537:7, 4541:3, 4541:10, 4544:11, 4546:24, 4547:12, 4549:1, 4549:5, 4550:5, 4551:6, 4551:11, 4555:16, 4556:14, 4558:23, 4570:21, 4570:23, 4571:14, 4572:18, 4575:15, 4576:10, 4576:13, 4576:16, 4577:2, 4578:2, 4579:12, 4581:16, 4581:17, 4583:15, 4595:22, 4596:2, 4596:20, 4602:3, 4602:7, 4606:1, 4610:17, 4612:18, 4614:3, 4633:7, 4655:8, 4660:14, 4660:15, 4660:17, 4663:6
  **somebody** [10] - 4533:15, 4550:6, 4556:11, 4556:13, 4572:5, 4572:7, 4577:23, 4613:1, 4628:24, 4643:19
  **someone** [3] - 4517:18, 4572:8, 4643:16
  **something** [45] - 4515:7, 4535:22, 4537:17, 4539:24, 4540:8, 4545:13, 4553:25, 4556:6,

4556:7, 4561:15, 4571:2, 4573:19, 4573:20, 4573:21, 4578:12, 4582:10, 4582:16, 4582:19, 4583:7, 4583:11, 4588:2, 4588:4, 4588:6, 4588:24, 4589:7, 4595:17, 4597:16, 4601:12, 4607:23, 4608:4, 4611:15, 4612:1, 4612:10, 4612:14, 4613:14, 4616:23, 4622:6, 4652:21, 4653:12, 4653:13, 4656:19, 4658:2, 4663:2, 4664:3, 4664:8
  **something's** [1] - 4608:10
  **sometime** [1] - 4575:2
  **sometimes** [9] - 4537:9, 4537:13, 4578:4, 4582:21, 4589:3, 4612:20, 4613:4, 4613:5, 4634:2
  **somewhere** [2] - 4517:7, 4661:3
  **Sonat** [4] - 4525:4, 4525:6, 4525:8, 4528:9
  **soon** [1] - 4515:5
  **sorry** [6] - 4600:6, 4627:22, 4627:24, 4638:21, 4641:14, 4659:22
  **sort** [2] - 4575:16, 4655:10
  **sorts** [1] - 4559:1
  **sought** [2] - 4565:19, 4635:7
  **source** [2] - 4521:1, 4617:23
  **SOUTH** [1] - 4510:18
  **South** [1] - 4530:12
  **Southern** [2] - 4522:7, 4522:17
  **space** [3] - 4546:8, 4566:7, 4607:25
  **spacers** [1] - 4598:23
  **spaces** [2] - 4544:6, 4544:8
  **spare** [1] - 4549:10
  **speaking** [2] - 4572:6, 4617:18
  **specific** [9] - 4526:1,

4580:24, 4611:25, 4619:22, 4623:10, 4624:16, 4625:21, 4633:14, 4663:15
  **specifically** [5] - 4575:21, 4623:17, 4623:20, 4624:22, 4653:6
  **spell** [2] - 4514:3, 4543:3
  **spend** [1] - 4664:17
  **spent** [2] - 4555:12, 4631:9
  **SPILL** [1] - 4506:5
  **spill** [1] - 4640:24
  **spin** [1] - 4537:3
  **SPIRO** [1] - 4509:2
  **spread** [1] - 4624:8
  **SQUARE** [1] - 4509:23
  **stability** [2] - 4593:15, 4593:17
  **stable** [1] - 4596:14
  **stack** [2] - 4591:19, 4591:20
  **staff** [5] - 4584:5, 4603:10, 4603:12, 4623:9, 4650:25
  **staffed** [1] - 4579:21
  **stairs** [1] - 4544:14
  **stand** [1] - 4629:22
  **standard** [2] - 4580:9, 4600:8
  **standards** [1] - 4654:5
  **standing** [2] - 4564:15, 4586:19
  **Start** [1] - 4539:16
  **START** [14] - 4545:15, 4545:20, 4545:21, 4546:2, 4546:4, 4546:5, 4549:3, 4549:13, 4566:24, 4567:3, 4567:11, 4567:13, 4573:9, 4629:23
  **start** [6] - 4547:25, 4600:7, 4602:6, 4602:8, 4611:2, 4630:23
  **started** [5] - 4516:6, 4516:24, 4522:7, 4528:9, 4633:7
  **starting** [5] - 4518:11, 4557:5, 4579:8, 4589:12, 4648:16
  **starts** [4] - 4556:21, 4559:15, 4561:25, 4650:14

**state** [4] - 4514:2, 4604:14, 4608:9, 4629:13
  **State** [2] - 4642:17, 4656:12
  **STATE** [3] - 4509:6, 4509:11, 4509:13
  **stated** [1] - 4621:23
  **statement** [10] - 4530:21, 4530:24, 4531:2, 4531:3, 4531:4, 4589:11, 4629:1, 4661:1, 4663:25, 4664:1
  **statements** [1] - 4581:16
  **States** [6] - 4518:6, 4518:16, 4518:19, 4642:11, 4642:12, 4667:14
  **states** [7] - 4584:16, 4584:20, 4592:12, 4597:22, 4600:6, 4604:8, 4618:14
  **STATES** [4] - 4506:1, 4506:15, 4506:23, 4508:10
  **static** [1] - 4593:20
  **STATION** [1] - 4509:4
  **station** [1] - 4609:1
  **station-keeping** [1] - 4609:1
  **stationary** [3] - 4565:14, 4565:19, 4565:21
  **stationed** [1] - 4580:3
  **statistical** [1] - 4554:17
  **Statistics** [1] - 4617:6
  **statistics** [6] - 4561:12, 4585:25, 4615:23, 4666:15, 4666:17, 4666:22
  **status** [2] - 4516:22, 4627:10
  **stay** [3] - 4524:6, 4529:8, 4635:18
  **steeped** [1] - 4577:22
  **steering** [4] - 4615:2, 4615:5, 4615:7, 4615:9
  **STENOGRAPHY** [1] - 4511:25
  **step** [6] - 4542:13, 4542:20, 4542:23, 4650:24, 4659:5

**step-by-step** [1] - 4542:13
  **STEPHEN** [1] - 4507:6
  **Stephen** [1] - 4572:18
  **stepped** [2] - 4564:10, 4564:17
  **steps** [4] - 4520:25, 4542:5, 4542:14, 4544:17
  **STERBCOW** [2] - 4507:11, 4507:11
  **Steri** [1] - 4553:20
  **Steri-Strips** [1] - 4553:20
  **STERNBERG** [1] - 4511:15
  **Steve** [1] - 4614:12
  **STEVEN** [5] - 4508:15, 4510:14, 4512:5, 4513:25, 4514:4
  **Steven** [2] - 4513:21, 4514:4
  **still** [9] - 4526:11, 4526:25, 4544:13, 4581:10, 4591:22, 4610:18, 4634:15, 4635:17, 4658:14
  **stitches** [3] - 4553:6, 4553:18, 4553:20
  **Stobart** [1] - 4555:9
  **STONE** [1] - 4511:2
  **stood** [2] - 4581:6, 4649:19
  **stop** [10] - 4539:20, 4549:4, 4594:22, 4629:24, 4630:5, 4634:13, 4658:1, 4658:3, 4658:8, 4658:10
  **stop-work** [1] - 4539:20
  **stopped** [2] - 4516:2, 4516:10
  **stopping** [1] - 4629:20
  **stops** [2] - 4642:22, 4642:23
  **straight** [1] - 4537:7
  **STRANGE** [1] - 4509:7
  **STREET** [19] - 4507:4, 4507:9, 4507:12, 4507:15, 4507:17, 4507:22, 4508:2, 4508:7, 4509:14, 4509:18, 4509:23, 4510:12,

4510:15, 4510:21, 4511:3, 4511:7, 4511:13, 4511:19, 4511:22
**strengths** [1] - 4576:4
**strike** [1] - 4645:13
**Strips** [1] - 4553:20
**strong** [1] - 4575:25
**structural** [4] - 4565:10, 4626:9, 4626:14
**structure** [2] - 4625:8, 4663:14
**structured** [1] - 4661:22
**struggling** [1] - 4601:25
**Stuart** [7] - 4563:23, 4564:5, 4564:10, 4564:11, 4564:12, 4564:16, 4564:21
**Stuart's** [1] - 4564:9
**stuck** [3] - 4537:9, 4537:10, 4537:11
**study** [10] - 4523:7, 4610:17, 4631:20, 4631:23, 4634:24, 4635:4, 4635:22, 4666:19
**studying** [1] - 4523:10
**stuff** [4] - 4525:9, 4549:6, 4587:8, 4662:23
**subcontractors** [1] - 4535:5
**subject** [11] - 4555:13, 4555:17, 4570:1, 4580:5, 4580:13, 4580:17, 4614:18, 4636:24, 4636:25, 4637:14, 4663:18
**submersible** [3] - 4564:12, 4594:2, 4601:15
**submersibles** [1] - 4526:5
**submitted** [1] - 4541:4
**subscription** [2] - 4552:17, 4552:19
**subsea** [2] - 4545:6, 4627:12
**subset** [1] - 4541:10
**succeeding** [1] - 4647:6
**successful** [6] - 4519:16, 4521:17,

4536:13, 4562:7, 4562:12, 4657:23
**successfully** [2] - 4594:10, 4594:20
**succession** [1] - 4531:14
**such** [8] - 4531:24, 4573:8, 4607:19, 4613:3, 4616:18, 4618:10, 4620:21, 4627:18
**suck** [1] - 4635:13
**suggest** [3] - 4576:24, 4595:5, 4614:6
**suggested** [1] - 4614:11
**suggesting** [1] - 4614:3
**suggests** [2] - 4588:2, 4600:9
**SUITE** [12] - 4507:4, 4507:12, 4507:15, 4507:20, 4509:24, 4510:12, 4510:15, 4510:24, 4511:7, 4511:13, 4511:15, 4511:19
**SULLIVAN** [1] - 4508:21
**sum** [1] - 4532:12
**summarize** [2] - 4651:20, 4654:13
**summary** [3] - 4584:4, 4584:21, 4610:5
**Sunday** [1] - 4517:8
**Superdome** [1] - 4517:7
**superintendent** [1] - 4527:18
**supervise** [1] - 4578:16
**supervisor** [11] - 4550:24, 4550:25, 4567:12, 4567:17, 4578:15, 4579:19, 4580:1, 4633:25, 4634:9
**supervisors** [9] - 4527:9, 4538:24, 4550:20, 4567:16, 4576:1, 4592:13, 4602:2, 4634:1, 4634:6
**Supervisors** [1] - 4633:17
**supervisors'** [1] - 4633:23
**supplies** [6] -

4527:13, 4529:25, 4535:22, 4542:16, 4542:17, 4579:22
**supply** [6] - 4530:1, 4535:22, 4535:25, 4536:1, 4583:18, 4598:10
**support** [17] - 4516:4, 4516:19, 4520:21, 4526:13, 4527:22, 4565:9, 4565:13, 4565:21, 4576:22, 4578:24, 4580:3, 4580:4, 4580:6, 4580:11, 4580:13, 4580:16
**supported** [1] - 4541:2
**supports** [5] - 4565:8, 4565:10, 4565:11, 4565:14, 4565:20
**suppose** [3] - 4563:6, 4593:15, 4638:10
**supposed** [4] - 4521:23, 4567:5, 4580:22, 4583:22
**sure** [33] - 4521:10, 4521:22, 4533:5, 4536:19, 4538:12, 4539:10, 4539:11, 4541:7, 4542:12, 4542:18, 4578:5, 4579:20, 4579:21, 4579:24, 4597:8, 4602:18, 4607:15, 4614:15, 4615:13, 4620:13, 4629:1, 4631:11, 4636:5, 4637:3, 4638:2, 4643:18, 4645:7, 4648:23, 4655:15, 4661:11, 4661:14, 4662:7
**surface** [1] - 4625:15
**surprised** [1] - 4573:2
**surrounding** [1] - 4587:8
**survey** [1] - 4652:14
**surveyed** [2] - 4576:20, 4576:23
**suspended** [1] - 4566:13
**sustain** [2] - 4622:13, 4654:18
**sustained** [1] - 4662:21
**SUTHERLAND** [1] -

4510:13
**Suttles** [1] - 4516:8
**SWACO** [1] - 4534:23
**swath** [1] - 4566:8
**swim** [1] - 4550:7
**Swiss** [1] - 4518:13
**switch** [5] - 4535:16, 4660:23, 4661:5, 4666:23, 4667:1
**Switzerland** [1] - 4514:15
**sworn** [1] - 4622:6
**SWORN** [1] - 4513:25
**sympathetic** [1] - 4543:9
**system** [119] - 4533:17, 4534:1, 4534:2, 4534:4, 4534:6, 4534:10, 4534:12, 4534:13, 4535:1, 4538:15, 4538:19, 4539:4, 4539:9, 4539:11, 4539:12, 4542:1, 4542:10, 4552:5, 4552:7, 4552:9, 4552:16, 4552:17, 4553:8, 4553:11, 4553:12, 4553:16, 4553:22, 4554:12, 4558:19, 4561:5, 4564:24, 4570:13, 4570:14, 4570:15, 4571:13, 4574:3, 4575:19, 4582:1, 4582:12, 4583:5, 4583:10, 4588:7, 4588:17, 4589:6, 4589:7, 4589:8, 4589:9, 4598:6, 4598:8, 4608:19, 4608:20, 4610:4, 4610:9, 4610:12, 4610:13, 4610:14, 4611:6, 4633:4, 4635:4, 4639:19, 4640:14, 4640:15, 4641:9, 4642:8, 4643:23, 4644:2, 4644:5, 4644:7, 4644:9, 4644:10, 4644:14, 4644:15, 4644:16, 4645:2, 4645:3, 4645:5, 4645:8, 4645:14, 4645:22, 4645:24, 4646:10, 4646:17, 4646:19, 4646:21,

4647:1, 4647:11, 4647:17, 4647:21, 4649:11, 4649:13, 4651:7, 4651:8, 4651:15, 4651:21, 4652:7, 4653:1, 4653:3, 4653:18, 4654:22, 4654:24, 4655:3, 4655:10, 4655:18, 4655:23, 4655:25, 4656:1, 4660:19, 4660:24, 4665:4, 4665:24
**System** [6] - 4552:3, 4552:6, 4552:11, 4554:14, 4563:9, 4633:10
**system-by-system** [1] - 4539:4
**systematic** [1] - 4533:4
**systemic** [7] - 4533:2, 4606:15, 4606:23, 4613:17, 4614:13, 4629:9, 4636:18
**systems** [8] - 4579:12, 4579:13, 4635:11, 4644:10, 4646:7, 4650:9, 4660:15, 4660:17

---

**T**

**T** [3] - 4507:9, 4510:5, 4638:25
**T-O-M-A** [1] - 4638:25
**table** [3] - 4552:15, 4594:6, 4617:13
**tabletop** [2] - 4574:1, 4574:13
**tactics** [1] - 4562:1
**tag** [1] - 4565:2
**take** [58] - 4514:2, 4520:25, 4524:21, 4525:7, 4532:18, 4532:19, 4533:2, 4533:4, 4538:10, 4538:24, 4539:6, 4539:21, 4541:13, 4547:13, 4550:23, 4551:21, 4553:5, 4553:6, 4557:15, 4558:9, 4562:12, 4564:9, 4564:11, 4564:12, 4564:24, 4564:25, 4567:1, 4568:16, 4572:11, 4574:12, 4575:18,

4577:12, 4578:22,
4578:24, 4585:21,
4586:11, 4587:6,
4589:15, 4590:9,
4592:2, 4592:20,
4592:23, 4593:4,
4593:22, 4596:16,
4599:25, 4600:4,
4600:24, 4601:8,
4602:9, 4605:7,
4630:16, 4631:16,
4646:2, 4646:14,
4647:15, 4663:10

**takeaways** [1] -
4596:17

**TAKEN** [2] - 4605:10,
4667:7

**taken** [3] - 4586:1,
4608:6, 4664:10

**takes** [8] - 4526:13,
4547:24, 4596:11,
4601:1, 4646:22,
4646:24, 4647:16,
4661:19

**taking** [10] - 4535:25,
4583:2, 4583:14,
4587:3, 4603:4,
4618:11, 4640:18,
4649:4, 4656:12,
4661:24

**talent** [1] - 4665:6

**talk** [16] - 4527:7,
4527:8, 4527:11,
4527:13, 4527:20,
4547:1, 4572:25,
4574:18, 4578:20,
4608:22, 4616:24,
4620:11, 4639:1,
4639:4, 4650:20,
4651:15

**talked** [12] - 4527:12,
4547:23, 4561:5,
4604:18, 4610:4,
4615:15, 4635:20,
4652:6, 4652:10,
4652:11, 4661:17,
4666:7

**talking** [9] - 4527:4,
4561:7, 4615:16,
4615:17, 4615:19,
4615:21, 4615:22,
4649:8, 4664:6

**talks** [5] - 4556:4,
4594:25, 4597:16,
4646:14, 4662:25

**TANNER** [1] -
4511:18

**task** [23] - 4542:9,
4542:13, 4542:14,
4542:21, 4542:25,

4543:14, 4543:15,
4543:17, 4543:21,
4544:2, 4544:16,
4545:2, 4545:24,
4547:25, 4550:23,
4551:1, 4553:19,
4553:24, 4554:5,
4554:8, 4643:18,
4643:19

**tasks** [8] - 4542:15,
4546:1, 4549:12,
4549:18, 4550:19,
4550:20, 4579:23,
4656:17

**TDI** [1] - 4521:5

**TDS** [3] - 4558:18,
4558:20

**teach** [4] - 4549:2,
4549:3, 4578:8,
4665:19

**team** [11] - 4516:3,
4518:16, 4554:22,
4555:1, 4556:12,
4570:18, 4576:1,
4590:1, 4649:6,
4656:15, 4656:16

**technical** [8] -
4517:25, 4524:1,
4525:11, 4580:3,
4580:4, 4580:10,
4580:12, 4580:16

**technicians** [1] -
4579:13

**techniques** [2] -
4549:9, 4585:9

**technology** [4] -
4517:24, 4523:23,
4523:25, 4614:23

**tell** [16] - 4515:6,
4521:8, 4529:18,
4539:20, 4556:20,
4577:16, 4600:12,
4618:6, 4621:5,
4636:5, 4636:8,
4639:11, 4640:1,
4645:17, 4645:18,
4647:1

**telling** [7] - 4515:11,
4515:13, 4515:15,
4566:16, 4609:5,
4613:2

**tells** [1] - 4608:10

**ten** [3] - 4525:7,
4606:18, 4619:3

**term** [3] - 4649:19,
4651:6, 4654:3

**terminate** [1] -
4592:18

**terminated** [1] -
4592:15

**terms** [6] - 4523:25,
4550:14, 4561:2,
4596:19, 4637:2,
4640:25

**terribly** [1] - 4515:7

**test** [19] - 4519:14,
4519:16, 4520:22,
4521:13, 4521:17,
4521:20, 4521:22,
4549:21, 4631:16,
4639:7, 4640:6,
4656:24, 4657:4,
4657:6, 4657:9,
4657:18, 4657:23,
4658:13

**tested** [3] - 4596:24,
4597:6, 4597:23

**TESTIFIED** [1] -
4513:25

**testified** [5] -
4644:13, 4649:16,
4649:19, 4651:13,
4652:25

**testify** [2] - 4615:13,
4642:25

**testifying** [1] -
4665:12

**testimony** [13] -
4513:8, 4532:22,
4533:9, 4533:24,
4621:14, 4622:7,
4631:10, 4643:3,
4654:13, 4656:25,
4659:13, 4661:17,
4666:20

**testing** [1] - 4534:25

**tests** [2] - 4550:15,
4631:14

**Texaco** [1] - 4526:5

**than** [25] - 4514:18,
4523:8, 4551:20,
4553:3, 4553:7,
4557:19, 4576:11,
4581:20, 4585:12,
4586:5, 4589:5,
4596:7, 4600:15,
4608:1, 4612:21,
4613:6, 4626:6,
4632:13, 4632:18,
4633:7, 4634:16,
4652:22, 4656:3,
4659:4, 4665:10

**thank** [6] - 4513:20,
4642:11, 4656:5,
4657:12, 4661:16,
4667:2

**that** [958] - 4513:9,
4513:11, 4513:13,
4513:16, 4513:17,
4513:18, 4513:19,

4515:4, 4515:7,
4515:8, 4515:13,
4515:16, 4516:4,
4516:5, 4516:6,
4516:7, 4516:9,
4516:14, 4516:18,
4517:5, 4517:11,
4517:15, 4517:18,
4517:20, 4518:2,
4518:5, 4518:12,
4518:14, 4518:16,
4518:17, 4518:18,
4518:20, 4518:23,
4518:24, 4519:7,
4519:10, 4519:13,
4519:14, 4519:16,
4519:17, 4519:24,
4520:5, 4520:8,
4520:10, 4520:21,
4521:2, 4521:5,
4521:8, 4521:10,
4521:17, 4521:21,
4521:22, 4521:23,
4522:18, 4522:19,
4524:14, 4524:15,
4524:24, 4525:10,
4525:13, 4525:17,
4525:21, 4526:1,
4526:2, 4526:7,
4526:8, 4526:9,
4526:12, 4527:2,
4527:9, 4527:11,
4527:13, 4527:14,
4528:10, 4528:14,
4529:2, 4529:12,
4529:19, 4529:21,
4529:22, 4529:23,
4529:25, 4530:3,
4530:6, 4530:9,
4530:14, 4531:1,
4531:4, 4531:5,
4531:19, 4531:20,
4531:24, 4532:4,
4532:7, 4532:21,
4533:1, 4533:2,
4533:5, 4533:6,
4533:17, 4534:6,
4534:8, 4534:9,
4534:11, 4534:12,
4534:13, 4534:16,
4534:19, 4534:20,
4535:5, 4535:9,
4535:12, 4535:18,
4535:20, 4536:2,
4536:11, 4536:13,
4536:14, 4536:15,
4536:19, 4536:22,
4537:1, 4537:12,
4537:16, 4537:18,
4537:23, 4537:25,
4538:10, 4538:11,

4538:18, 4538:21,
4538:25, 4539:5,
4539:9, 4539:11,
4539:12, 4539:13,
4539:14, 4539:21,
4539:22, 4539:23,
4539:24, 4540:1,
4540:3, 4540:4,
4540:6, 4540:10,
4540:13, 4540:14,
4540:24, 4540:25,
4541:4, 4541:5,
4541:12, 4541:13,
4541:17, 4541:19,
4541:23, 4541:24,
4541:25, 4542:2,
4542:7, 4542:10,
4542:14, 4542:17,
4542:18, 4542:22,
4542:23, 4543:13,
4543:17, 4543:19,
4543:20, 4544:1,
4544:2, 4544:3,
4544:5, 4544:6,
4544:9, 4544:12,
4544:15, 4544:21,
4544:22, 4545:3,
4545:12, 4545:14,
4545:23, 4545:25,
4546:10, 4546:11,
4546:13, 4546:25,
4547:10, 4547:24,
4548:11, 4548:13,
4548:17, 4548:19,
4549:6, 4549:20,
4549:24, 4550:7,
4550:11, 4550:16,
4550:19, 4550:21,
4550:23, 4551:10,
4551:16, 4551:20,
4552:5, 4552:8,
4552:9, 4552:14,
4552:20, 4553:3,
4553:7, 4553:17,
4553:23, 4554:6,
4554:16, 4554:23,
4555:25, 4556:5,
4556:15, 4557:2,
4557:9, 4557:17,
4557:19, 4557:22,
4557:24, 4558:7,
4558:10, 4558:12,
4558:17, 4558:19,
4558:23, 4559:8,
4559:9, 4559:10,
4559:12, 4559:20,
4559:21, 4559:24,
4560:1, 4560:16,
4560:22, 4560:24,
4560:25, 4561:4,
4561:8, 4561:16,

4561:23, 4562:2,
4562:9, 4562:13,
4562:25, 4563:1,
4563:2, 4563:3,
4563:8, 4563:10,
4563:19, 4564:7,
4564:8, 4564:9,
4564:18, 4564:21,
4564:24, 4564:25,
4565:1, 4565:6,
4565:7, 4565:11,
4565:12, 4565:15,
4565:24, 4566:6,
4566:12, 4566:21,
4567:6, 4567:10,
4567:12, 4567:20,
4567:21, 4568:12,
4568:22, 4568:23,
4568:25, 4569:11,
4569:22, 4570:2,
4570:9, 4570:15,
4570:19, 4572:2,
4572:7, 4572:9,
4572:19, 4573:10,
4573:17, 4573:20,
4573:22, 4574:3,
4574:4, 4574:6,
4574:7, 4574:9,
4574:11, 4574:13,
4575:2, 4575:4,
4575:6, 4575:21,
4575:25, 4576:1,
4576:6, 4576:12,
4576:17, 4576:19,
4576:25, 4577:2,
4577:6, 4577:12,
4577:13, 4577:15,
4577:18, 4577:20,
4578:4, 4578:11,
4578:13, 4578:17,
4578:25, 4579:2,
4579:14, 4579:18,
4579:24, 4580:4,
4580:18, 4580:20,
4581:6, 4581:7,
4581:9, 4581:14,
4581:24, 4581:25,
4582:2, 4582:3,
4582:6, 4582:8,
4582:9, 4582:10,
4582:17, 4582:18,
4582:22, 4583:1,
4583:9, 4583:10,
4583:12, 4583:14,
4583:16, 4583:21,
4583:23, 4584:3,
4584:6, 4584:7,
4584:14, 4584:18,
4584:23, 4585:11,
4585:13, 4585:25,
4586:4, 4586:6,

4586:7, 4586:16,
4586:20, 4586:21,
4586:23, 4587:4,
4587:8, 4587:12,
4587:13, 4587:15,
4587:18, 4588:5,
4588:7, 4588:8,
4588:13, 4588:17,
4588:18, 4588:20,
4588:21, 4588:25,
4589:1, 4589:7,
4589:10, 4589:25,
4590:4, 4590:23,
4590:25, 4591:12,
4591:16, 4591:18,
4592:7, 4592:15,
4592:16, 4593:2,
4593:12, 4593:25,
4594:7, 4594:9,
4594:21, 4594:22,
4594:23, 4595:5,
4595:15, 4596:15,
4596:20, 4596:23,
4596:24, 4597:1,
4597:2, 4597:3,
4597:5, 4597:6,
4597:13, 4597:17,
4597:25, 4598:5,
4598:6, 4598:12,
4598:19, 4598:24,
4599:1, 4599:8,
4599:14, 4599:20,
4599:21, 4599:22,
4599:25, 4600:6,
4600:10, 4600:20,
4600:22, 4600:24,
4601:6, 4602:22,
4603:1, 4603:3,
4603:6, 4603:12,
4603:20, 4603:25,
4604:1, 4604:6,
4604:11, 4604:12,
4604:14, 4605:3,
4606:1, 4606:3,
4606:5, 4606:7,
4606:12, 4606:15,
4606:16, 4606:18,
4606:21, 4606:22,
4606:23, 4606:24,
4607:4, 4607:8,
4607:13, 4607:19,
4607:21, 4607:23,
4608:4, 4608:5,
4608:6, 4608:12,
4608:14, 4608:15,
4608:16, 4608:19,
4608:20, 4608:22,
4609:5, 4609:14,
4609:15, 4609:16,
4609:24, 4610:1,
4610:2, 4610:4,

4610:7, 4610:10,
4610:11, 4610:15,
4610:19, 4610:25,
4611:5, 4611:9,
4611:10, 4611:23,
4611:25, 4612:1,
4612:3, 4612:5,
4612:12, 4612:14,
4612:24, 4612:25,
4613:2, 4613:4,
4613:7, 4613:9,
4613:10, 4613:12,
4613:13, 4613:23,
4614:3, 4614:6,
4614:11, 4614:14,
4615:9, 4615:11,
4615:19, 4615:20,
4615:25, 4616:2,
4616:6, 4616:15,
4616:17, 4616:18,
4616:19, 4616:21,
4616:23, 4616:25,
4617:3, 4617:4,
4617:5, 4617:7,
4617:15, 4617:17,
4617:20, 4618:3,
4618:14, 4618:17,
4618:18, 4619:7,
4619:9, 4619:12,
4619:18, 4620:3,
4620:4, 4620:7,
4620:18, 4620:24,
4621:3, 4621:8,
4621:13, 4621:23,
4622:2, 4622:4,
4622:7, 4622:10,
4623:3, 4623:5,
4623:6, 4623:10,
4623:11, 4623:12,
4623:16, 4623:18,
4623:23, 4623:24,
4623:25, 4624:6,
4624:8, 4624:13,
4624:20, 4624:24,
4625:7, 4625:8,
4625:11, 4625:12,
4625:19, 4625:22,
4625:23, 4626:12,
4626:16, 4626:19,
4626:22, 4626:25,
4627:2, 4627:18,
4628:1, 4628:6,
4628:7, 4628:10,
4628:11, 4628:13,
4628:20, 4628:21,
4628:25, 4629:1,
4629:9, 4630:1,
4630:22, 4630:23,
4631:2, 4631:5,
4631:6, 4631:11,
4631:12, 4631:15,

4631:18, 4632:2,
4632:5, 4632:11,
4632:13, 4632:15,
4633:3, 4633:4,
4633:5, 4633:17,
4633:23, 4633:25,
4634:2, 4634:6,
4634:7, 4634:8,
4634:9, 4634:12,
4634:18, 4634:20,
4634:21, 4634:25,
4635:2, 4635:9,
4635:13, 4635:16,
4635:18, 4636:1,
4636:6, 4636:10,
4636:11, 4636:13,
4636:17, 4636:18,
4636:21, 4636:22,
4636:23, 4636:25,
4637:5, 4637:6,
4637:9, 4637:16,
4637:24, 4638:2,
4638:22, 4639:1,
4639:6, 4639:7,
4639:12, 4639:13,
4640:1, 4640:2,
4640:6, 4640:7,
4640:9, 4640:10,
4640:15, 4640:19,
4640:22, 4640:23,
4640:24, 4641:5,
4641:11, 4641:19,
4641:23, 4642:1,
4642:3, 4642:21,
4642:25, 4643:3,
4643:12, 4643:16,
4643:19, 4643:20,
4643:22, 4644:3,
4644:4, 4644:6,
4644:8, 4644:9,
4644:11, 4644:13,
4644:16, 4644:17,
4644:18, 4644:21,
4645:1, 4645:3,
4645:6, 4645:8,
4645:9, 4645:11,
4645:13, 4645:22,
4645:23, 4646:1,
4646:2, 4646:3,
4646:6, 4646:7,
4646:13, 4646:14,
4646:21, 4646:23,
4647:1, 4647:7,
4647:12, 4647:20,
4648:1, 4648:2,
4648:5, 4648:6,
4648:10, 4648:17,
4648:21, 4648:23,
4648:24, 4649:1,
4649:3, 4649:6,
4649:14, 4649:15,

4649:19, 4649:23,
4649:25, 4650:2,
4650:3, 4650:6,
4650:7, 4650:11,
4650:14, 4650:17,
4650:25, 4651:2,
4651:4, 4651:9,
4651:13, 4651:19,
4651:23, 4652:1,
4652:5, 4652:6,
4652:8, 4652:10,
4652:11, 4652:13,
4652:14, 4652:17,
4652:25, 4653:1,
4653:15, 4653:16,
4653:18, 4653:20,
4653:21, 4654:2,
4654:3, 4654:6,
4654:8, 4654:9,
4654:11, 4654:13,
4654:14, 4654:17,
4654:20, 4654:21,
4654:25, 4655:2,
4655:3, 4655:9,
4655:11, 4655:14,
4655:17, 4655:19,
4655:24, 4656:15,
4656:17, 4656:20,
4656:21, 4656:22,
4656:23, 4656:24,
4657:2, 4657:5,
4657:11, 4657:15,
4657:20, 4657:21,
4657:23, 4658:2,
4658:4, 4658:5,
4658:9, 4658:12,
4658:14, 4658:18,
4658:22, 4659:5,
4659:10, 4659:15,
4659:16, 4659:19,
4660:3, 4660:9,
4660:14, 4660:15,
4661:10, 4661:11,
4661:12, 4661:18,
4661:25, 4662:7,
4662:17, 4662:18,
4663:1, 4663:2,
4663:3, 4663:10,
4663:16, 4663:17,
4663:19, 4664:3,
4664:4, 4664:15,
4664:24, 4665:5,
4665:8, 4665:17,
4665:23, 4666:2,
4666:4, 4666:5,
4666:8, 4666:9,
4666:10, 4666:20,
4667:15
   **that's** [113] -
4518:10, 4518:13,
4518:14, 4521:10,

4522:1, 4526:22,
4530:16, 4531:3,
4531:9, 4532:7,
4541:25, 4546:21,
4546:22, 4547:24,
4548:9, 4548:15,
4550:1, 4550:12,
4553:14, 4553:21,
4554:4, 4557:4,
4558:19, 4558:24,
4559:17, 4561:6,
4561:12, 4568:6,
4573:19, 4576:3,
4577:25, 4578:15,
4579:19, 4580:12,
4581:10, 4582:9,
4582:25, 4583:4,
4583:14, 4583:20,
4583:23, 4584:12,
4585:4, 4585:9,
4585:23, 4586:9,
4586:10, 4588:6,
4588:11, 4589:5,
4589:9, 4591:11,
4596:3, 4596:11,
4597:3, 4599:16,
4601:6, 4607:5,
4607:6, 4610:7,
4610:8, 4611:1,
4611:3, 4612:9,
4614:10, 4616:1,
4616:10, 4618:13,
4618:18, 4619:1,
4619:8, 4619:21,
4619:25, 4620:2,
4620:3, 4621:20,
4621:25, 4622:12,
4625:4, 4625:16,
4625:17, 4626:1,
4626:6, 4626:10,
4627:9, 4627:11,
4627:13, 4627:15,
4629:14, 4629:22,
4629:24, 4632:23,
4632:25, 4633:14,
4633:19, 4634:13,
4634:22, 4635:14,
4636:1, 4636:16,
4638:4, 4639:9,
4645:20, 4648:11,
4653:21, 4656:2,
4656:5, 4656:19,
4662:5, 4662:6,
4664:3

**THE** [76] - 4506:5,
4506:5, 4506:12,
4506:22, 4507:3,
4508:10, 4509:6,
4509:11, 4509:12,
4513:6, 4513:23,
4513:24, 4514:2,

4514:4, 4543:5,
4543:9, 4543:11,
4545:17, 4552:12,
4552:13, 4552:14,
4589:19, 4599:11,
4599:16, 4599:17,
4602:11, 4603:23,
4605:7, 4605:9,
4605:12, 4605:16,
4621:15, 4622:13,
4628:1, 4629:17,
4629:18, 4637:18,
4637:21, 4637:24,
4638:4, 4639:17,
4639:18, 4640:12,
4640:13, 4641:14,
4641:17, 4641:18,
4641:19, 4641:20,
4641:22, 4641:23,
4642:5, 4642:7,
4642:8, 4642:11,
4642:13, 4647:24,
4648:13, 4648:18,
4653:13, 4653:14,
4653:20, 4653:25,
4654:18, 4655:6,
4655:14, 4655:21,
4655:22, 4656:7,
4657:14, 4659:19,
4659:21, 4659:23,
4662:21, 4667:4,
4667:6

**their** [51] - 4524:5,
4527:8, 4527:24,
4534:4, 4535:2,
4535:3, 4546:1,
4549:10, 4550:4,
4550:20, 4553:2,
4553:18, 4553:19,
4553:24, 4553:25,
4566:22, 4567:6,
4567:25, 4571:2,
4573:3, 4573:21,
4576:2, 4576:21,
4577:9, 4578:13,
4579:15, 4579:23,
4600:15, 4619:18,
4628:14, 4633:22,
4633:24, 4639:7,
4646:10, 4647:18,
4649:10, 4649:13,
4651:15, 4653:6,
4654:3, 4658:7,
4663:11, 4664:23,
4665:6, 4666:4,
4666:10

**Themes** [3] - 4633:9,
4633:12, 4635:10

**themselves** [1] -
4644:19

**there's** [18] - 4523:7,

4531:23, 4532:19,
4540:23, 4549:21,
4550:1, 4550:21,
4551:10, 4558:2,
4565:12, 4581:24,
4604:19, 4608:4,
4646:21, 4655:8,
4656:3, 4663:25

**Therefore** [1] -
4584:20

**therefore** [2] -
4591:19, 4646:6

**these** [53] - 4530:9,
4534:25, 4539:15,
4544:20, 4554:12,
4554:22, 4556:22,
4557:20, 4557:21,
4558:21, 4559:1,
4559:4, 4563:25,
4565:13, 4565:19,
4565:24, 4566:9,
4568:12, 4568:15,
4568:20, 4568:20,
4573:6, 4573:12,
4573:17, 4575:20,
4576:6, 4576:13,
4576:16, 4577:11,
4581:20, 4583:24,
4589:12, 4605:2,
4612:10, 4612:18,
4613:12, 4613:21,
4614:13, 4614:20,
4615:3, 4615:11,
4616:12, 4616:24,
4618:8, 4618:14,
4628:20, 4632:7,
4634:15, 4636:3,
4636:18, 4653:17

**they'd** [1] - 4564:24

**they're** [18] -
4521:23, 4545:23,
4546:1, 4549:12,
4580:3, 4580:6,
4580:12, 4580:15,
4580:22, 4585:3,
4585:4, 4585:6,
4596:19, 4637:6,
4643:17, 4647:5,
4666:3

**they've** [4] - 4550:13,
4554:23, 4578:13,
4631:17

**thing** [16] - 4513:9,
4527:4, 4527:5,
4547:3, 4547:4,
4550:12, 4556:11,
4562:11, 4566:2,
4577:15, 4581:6,
4615:17, 4628:20,
4629:14, 4658:24,

4662:5

**things** [40] - 4519:6,
4528:8, 4528:9,
4537:14, 4538:4,
4539:15, 4546:5,
4557:2, 4561:8,
4562:6, 4563:1,
4571:12, 4571:16,
4572:23, 4573:16,
4573:25, 4574:4,
4574:10, 4576:24,
4577:23, 4577:25,
4578:11, 4583:24,
4587:5, 4587:7,
4608:25, 4609:4,
4619:13, 4621:23,
4624:10, 4633:7,
4640:4, 4646:3,
4646:7, 4653:18,
4654:25, 4655:3,
4655:19, 4662:9,
4662:10

**think** [100] - 4513:12,
4525:10, 4527:25,
4531:5, 4531:7,
4531:17, 4531:23,
4532:17, 4533:22,
4534:16, 4534:17,
4535:14, 4536:25,
4539:10, 4543:3,
4544:3, 4544:16,
4545:3, 4545:20,
4546:21, 4546:23,
4550:5, 4550:22,
4555:21, 4560:13,
4561:1, 4561:3,
4562:6, 4567:8,
4571:24, 4572:12,
4573:19, 4576:13,
4577:16, 4577:17,
4578:5, 4581:10,
4585:2, 4585:14,
4586:25, 4588:15,
4588:25, 4589:17,
4594:19, 4596:19,
4599:11, 4601:8,
4603:13, 4604:18,
4604:19, 4608:1,
4610:10, 4611:7,
4612:20, 4615:4,
4615:7, 4615:16,
4621:12, 4623:22,
4625:1, 4629:11,
4632:2, 4633:5,
4633:20, 4633:23,
4634:18, 4639:18,
4640:25, 4641:9,
4641:10, 4646:4,
4648:16, 4648:24,
4648:25, 4649:12,
4651:5, 4651:13,

4652:20, 4653:20,
4654:23, 4656:3,
4656:15, 4656:17,
4656:18, 4657:10,
4657:19, 4658:8,
4659:13, 4661:17,
4663:1, 4664:7,
4664:8, 4664:11,
4665:18, 4666:5

**THINK** [13] - 4542:5,
4542:8, 4542:11,
4547:23, 4549:3,
4549:13, 4566:24,
4567:3, 4567:10,
4567:13, 4573:9,
4629:23

**Think** [7] - 4539:16,
4541:22, 4543:13,
4543:17, 4544:24,
4545:1, 4545:3

**thinking** [4] -
4527:10, 4527:21,
4544:17, 4544:21

**THIRD** [1] - 4509:14

**third** [9] - 4545:15,
4570:13, 4571:12,
4572:1, 4577:16,
4577:20, 4609:25,
4616:7, 4666:17

**third-party** [3] -
4571:12, 4577:20,
4609:25

**This** [1] - 4608:10

**THIS** [1] - 4506:11

**this** [174] - 4514:18,
4518:12, 4523:6,
4524:12, 4529:9,
4530:3, 4530:8,
4531:24, 4531:25,
4533:21, 4534:18,
4535:3, 4535:6,
4536:17, 4541:21,
4541:23, 4541:25,
4542:10, 4543:7,
4543:9, 4543:13,
4543:23, 4545:17,
4545:22, 4546:9,
4549:11, 4553:11,
4556:22, 4556:23,
4556:25, 4557:15,
4558:7, 4559:5,
4559:15, 4559:23,
4561:5, 4561:21,
4562:8, 4562:12,
4562:18, 4563:7,
4564:12, 4565:21,
4566:15, 4566:24,
4567:8, 4568:2,
4568:19, 4568:23,
4569:3, 4569:18,

4570:7, 4572:19,
4573:4, 4573:20,
4573:23, 4575:18,
4576:10, 4576:12,
4577:1, 4577:21,
4578:1, 4578:17,
4580:20, 4581:7,
4583:18, 4584:10,
4584:12, 4584:14,
4585:15, 4585:19,
4585:24, 4586:6,
4586:21, 4587:12,
4587:18, 4588:14,
4589:10, 4590:2,
4590:4, 4590:6,
4590:19, 4591:11,
4592:3, 4592:7,
4592:12, 4592:13,
4593:4, 4593:10,
4593:15, 4593:16,
4593:18, 4594:2,
4594:12, 4594:15,
4594:22, 4595:19,
4597:9, 4598:2,
4598:12, 4598:15,
4598:19, 4600:12,
4600:13, 4600:14,
4601:2, 4601:3,
4601:5, 4601:12,
4601:17, 4601:24,
4602:1, 4602:14,
4602:15, 4602:16,
4603:4, 4603:5,
4607:2, 4607:11,
4607:22, 4609:19,
4609:25, 4610:8,
4611:14, 4614:17,
4614:20, 4615:20,
4616:5, 4617:5,
4617:11, 4618:6,
4618:22, 4620:11,
4620:12, 4620:14,
4621:1, 4621:11,
4622:4, 4623:13,
4624:8, 4625:1,
4625:2, 4625:5,
4627:21, 4631:2,
4632:15, 4634:14,
4636:8, 4639:1,
4640:1, 4647:4,
4647:10, 4652:14,
4653:4, 4653:10,
4653:13, 4653:14,
4654:11, 4655:7,
4655:22, 4658:8,
4658:23, 4659:12,
4661:4, 4662:18,
4665:2, 4666:21,
4666:23

   **THOMAS** [1] -
4507:22

**THORNHILL** [2] -
4507:21, 4507:22
   **thorough** [1] -
4539:1
   **those** [75] - 4513:17,
4516:25, 4518:2,
4520:20, 4521:25,
4527:1, 4529:25,
4530:10, 4530:19,
4535:1, 4538:10,
4539:13, 4541:1,
4541:5, 4541:14,
4543:2, 4544:8,
4544:17, 4544:19,
4544:21, 4547:15,
4547:19, 4547:20,
4549:2, 4550:12,
4550:13, 4550:20,
4550:24, 4552:9,
4553:10, 4558:5,
4558:14, 4560:21,
4561:9, 4561:13,
4561:18, 4561:19,
4565:10, 4566:2,
4566:3, 4567:7,
4570:18, 4571:12,
4571:16, 4574:14,
4574:15, 4574:18,
4576:13, 4576:23,
4582:24, 4584:22,
4585:5, 4585:25,
4587:5, 4595:2,
4602:17, 4606:18,
4606:19, 4612:8,
4617:1, 4619:13,
4629:24, 4639:8,
4639:13, 4639:21,
4643:10, 4644:10,
4645:15, 4653:7,
4654:25, 4655:3,
4655:18, 4662:10,
4663:22, 4666:9
   **though** [1] - 4593:22
   **thought** [13] -
4513:14, 4570:12,
4570:18, 4570:22,
4571:6, 4578:17,
4594:9, 4599:21,
4611:4, 4623:16,
4633:18, 4659:20
   **thoughts** [1] -
4570:1
   **three** [14] - 4513:18,
4539:10, 4539:15,
4578:19, 4587:5,
4606:11, 4606:25,
4612:4, 4615:2,
4616:5, 4640:1,
4640:8, 4641:8,
4664:9

   **through** [54] -
4515:12, 4525:7,
4528:11, 4539:3,
4539:18, 4541:5,
4541:10, 4541:13,
4542:10, 4544:6,
4544:8, 4546:6,
4547:20, 4547:22,
4548:7, 4548:12,
4548:18, 4549:1,
4550:16, 4550:22,
4552:1, 4556:21,
4558:1, 4564:24,
4566:23, 4566:24,
4567:25, 4568:20,
4568:22, 4574:10,
4576:11, 4578:7,
4578:9, 4580:15,
4580:17, 4582:22,
4603:6, 4617:13,
4618:9, 4618:11,
4621:10, 4624:2,
4624:7, 4627:25,
4635:15, 4637:14,
4648:16, 4648:17,
4653:10, 4655:7,
4657:21, 4665:20
   **throughout** [4] -
4516:6, 4579:16,
4580:4, 4580:20
   **throw** [1] - 4550:6
   **Thursday** [1] -
4515:20
   **Tiber** [1] - 4581:8
   **ticket** [1] - 4516:17
   **tight** [5] - 4523:16,
4565:13, 4565:20,
4600:23, 4600:24
   **time** [91] - 4514:25,
4515:1, 4515:3,
4515:5, 4515:20,
4515:21, 4517:12,
4517:13, 4525:14,
4526:2, 4526:5,
4528:5, 4528:7,
4528:10, 4528:18,
4528:20, 4529:2,
4531:1, 4531:6,
4531:8, 4535:21,
4538:10, 4539:21,
4539:25, 4540:7,
4540:9, 4553:10,
4554:6, 4554:9,
4554:11, 4554:19,
4555:12, 4555:15,
4555:16, 4555:19,
4557:12, 4559:5,
4559:22, 4560:9,
4562:4, 4562:8,
4562:12, 4562:20,

4566:8, 4566:17,
4566:21, 4567:2,
4567:23, 4568:10,
4569:18, 4570:18,
4571:4, 4577:21,
4578:24, 4578:25,
4582:4, 4583:16,
4585:19, 4586:18,
4586:24, 4594:7,
4600:8, 4600:20,
4601:15, 4606:22,
4622:24, 4625:21,
4632:12, 4632:25,
4637:11, 4638:10,
4640:6, 4641:1,
4649:4, 4650:21,
4650:24, 4651:3,
4651:25, 4652:13,
4652:15, 4655:10,
4657:3, 4658:5,
4661:24, 4662:1,
4664:2, 4664:6,
4664:8, 4665:2
   **Time** [10] - 4539:16,
4539:18, 4539:20,
4549:4, 4549:14,
4566:25, 4567:3,
4567:11, 4567:14,
4634:13
   **time-out** [3] -
4539:25, 4540:7,
4540:9
   **times** [6] - 4524:19,
4546:18, 4600:9,
4611:11, 4617:11,
4633:24
   **title** [1] - 4588:2
   **TO** [11] - 4506:11,
4606:15, 4611:23,
4615:20, 4628:9,
4629:9, 4633:2,
4637:20, 4638:6
   **TO's** [1] - 4613:17
   **today** [12] - 4530:13,
4534:5, 4581:13,
4604:25, 4610:5,
4612:6, 4616:6,
4623:9, 4625:2,
4649:5, 4657:5,
4661:17
   **TODDI** [2] - 4518:17,
4518:18
   **TOFS** [1] - 4634:11
   **tOFS** [1] - 4634:13
   **together** [9] -
4525:12, 4536:19,
4567:16, 4647:18,
4570:9, 4570:25,
4571:6, 4608:6,
4654:14

   **told** [13] - 4513:16,
4515:18, 4524:14,
4566:18, 4568:18,
4570:12, 4570:18,
4570:22, 4571:6,
4631:17, 4635:12,
4649:22, 4654:6
   **TOLLES** [1] -
4510:16
   **Toma** [1] - 4638:25
   **ton** [1] - 4529:15
   **tone** [1] - 4515:6
   **tons** [1] - 4545:11
   **too** [3] - 4551:13,
4597:20, 4637:22
   **took** [20] - 4516:6,
4522:18, 4525:22,
4526:9, 4540:7,
4558:14, 4566:10,
4568:22, 4584:6,
4584:7, 4584:15,
4586:24, 4594:4,
4594:8, 4624:4,
4630:21, 4631:6,
4635:1, 4657:8,
4657:17
   **tool** [5] - 4588:1,
4588:8, 4591:13,
4591:14, 4603:19
   **toolpusher** [11] -
4517:6, 4567:18,
4590:13, 4590:15,
4590:16, 4590:17,
4590:18, 4590:23,
4591:8, 4592:8,
4592:18
   **top** [15] - 4518:11,
4525:25, 4537:3,
4557:9, 4558:18,
4560:13, 4560:14,
4594:19, 4606:1,
4606:2, 4606:25,
4608:9, 4625:14,
4638:6, 4650:15
   **TOPS** [7] - 4548:8,
4548:12, 4548:14,
4548:18, 4550:8,
4578:7, 4578:9
   **torque** [2] - 4537:24,
4537:25
   **torquing** [1] -
4537:23
   **TORTS** [2] - 4508:11,
4508:20
   **total** [3] - 4559:5,
4584:18, 4584:21
   **touch** [2] - 4526:22,
4556:5
   **tough** [2] - 4588:15
   **tour** [2] - 4564:6,

4564:8
 toward [2] - 4595:11,
4650:16
 towards [2] -
4553:13, 4570:19
 TOWER [2] -
4510:21, 4511:12
 tower [1] - 4553:19
 towers [1] - 4547:15
 town [7] - 4513:13,
4522:6, 4522:9,
4527:3, 4535:23,
4536:2
 traced [2] - 4636:4,
4636:9
 track [12] - 4543:6,
4545:21, 4554:12,
4554:18, 4554:22,
4560:20, 4561:17,
4583:24, 4612:2,
4637:1, 4639:21,
4642:9
 tracking [4] -
4561:13, 4585:24,
4585:25, 4640:18
 tracks [1] - 4582:2
 Trahan [2] - 4517:8,
4517:9
 train [5] - 4539:7,
4548:3, 4549:8,
4630:14, 4634:7
 trained [1] - 4599:1
 Training [3] -
4548:15, 4563:6,
4619:22
 training [50] -
4520:11, 4548:6,
4548:9, 4548:13,
4548:19, 4549:1,
4549:5, 4549:23,
4549:24, 4549:25,
4550:5, 4550:6,
4550:10, 4550:11,
4550:13, 4551:2,
4551:3, 4551:5,
4551:7, 4551:9,
4551:11, 4551:17,
4551:19, 4551:24,
4552:2, 4563:9,
4563:13, 4576:22,
4595:1, 4598:14,
4619:4, 4619:12,
4619:17, 4619:19,
4619:23, 4620:16,
4627:14, 4630:12,
4630:15, 4633:22,
4634:5, 4665:9,
4665:15, 4665:16,
4665:19
 trainwrecks [1] -

4557:21
 transcript [2] -
4659:21, 4667:15
 TRANSCRIPT [2] -
4506:21, 4511:25
 transfer [1] - 4596:21
 transition [1] -
4602:1
 transitioning [1] -
4650:16
 Transocean [143] -
4513:21, 4514:9,
4514:10, 4514:13,
4517:2, 4518:5,
4518:11, 4518:13,
4518:15, 4518:18,
4518:20, 4518:23,
4519:2, 4519:8,
4519:12, 4520:25,
4521:19, 4524:8,
4524:9, 4525:2,
4526:25, 4528:4,
4528:6, 4528:9,
4528:13, 4528:16,
4529:6, 4529:19,
4530:10, 4530:14,
4530:17, 4530:21,
4532:4, 4533:11,
4534:3, 4534:7,
4534:12, 4534:21,
4535:9, 4536:5,
4536:10, 4536:11,
4536:22, 4538:15,
4547:7, 4548:3,
4557:1, 4566:7,
4572:15, 4572:16,
4574:21, 4575:6,
4577:23, 4577:24,
4579:5, 4579:9,
4583:16, 4583:17,
4584:17, 4585:17,
4586:2, 4586:13,
4589:13, 4592:2,
4592:15, 4592:18,
4592:20, 4597:9,
4604:25, 4605:23,
4606:1, 4607:23,
4608:12, 4611:5,
4611:9, 4614:12,
4614:13, 4616:16,
4616:17, 4617:11,
4619:9, 4619:12,
4619:13, 4619:18,
4619:22, 4623:25,
4624:18, 4625:20,
4626:3, 4627:2,
4627:16, 4630:24,
4632:4, 4634:23,
4635:3, 4635:23,
4637:9, 4639:6,

4640:2, 4640:8,
4640:23, 4641:5,
4642:19, 4642:21,
4642:23, 4643:7,
4644:23, 4646:2,
4646:25, 4650:21,
4651:3, 4651:9,
4651:17, 4652:25,
4653:2, 4653:8,
4653:18, 4654:14,
4654:25, 4655:3,
4655:19, 4656:15,
4656:18, 4657:25,
4658:4, 4658:6,
4658:8, 4658:10,
4658:14, 4658:14,
4658:21, 4659:6,
4660:3, 4660:6,
4660:8, 4660:12,
4661:9, 4662:17,
4665:13, 4665:23,
4666:8
 TRANSOCEAN [3] -
4510:8, 4510:8,
4510:10
 Transocean's [16] -
4530:5, 4534:1,
4540:11, 4561:3,
4613:7, 4645:11,
4645:14, 4647:19,
4648:21, 4649:16,
4651:10, 4651:21,
4652:6, 4655:17,
4659:15
 transportation [1] -
4632:10
 travel [2] - 4513:13,
4513:18
 traveling [1] - 4558:3
 travels [2] - 4565:8,
4565:12
 tray [1] - 4565:14
 treating [1] - 4618:10
 treatment [4] -
4553:17, 4553:21,
4554:10, 4554:19
 tree [1] - 4645:11
 trend [6] - 4593:24,
4593:25, 4616:21,
4624:13, 4624:17,
4636:19
 trends [2] - 4612:2,
4615:23
 TREX [70] - 4519:22,
4520:3, 4520:18,
4530:24, 4541:22,
4542:2, 4545:16,
4556:15, 4556:20,
4557:3, 4557:4,
4557:14, 4558:1,

4559:11, 4559:17,
4560:3, 4560:13,
4561:20, 4561:21,
4563:5, 4568:5,
4568:6, 4569:3,
4569:6, 4569:10,
4569:11, 4569:12,
4572:11, 4573:4,
4575:18, 4575:23,
4576:4, 4577:1,
4577:4, 4577:7,
4578:21, 4584:9,
4584:10, 4584:16,
4584:20, 4587:12,
4589:15, 4590:3,
4590:6, 4592:5,
4592:10, 4592:23,
4592:25, 4593:7,
4595:12, 4595:18,
4597:11, 4598:17,
4599:8, 4600:4,
4601:8, 4601:10,
4601:17, 4602:9,
4602:10, 4602:20,
4602:23, 4603:7,
4603:22, 4617:5
 TREX-6020 [1] -
4650:13
 TREX-785 [1] -
4652:18
 trial [8] - 4513:11,
4513:15, 4513:17,
4513:18, 4532:22,
4533:9, 4543:1,
4655:8
 TRIAL [1] - 4506:21
 Trinidad [3] - 4526:9,
4526:12
 trip [1] - 4554:2
 Triton [1] - 4518:21
 TRITON [1] - 4506:13
 trouble [3] - 4659:6,
4659:13, 4659:14
 troubleshooting [1]
- 4580:12
 truck [1] - 4524:22
 trucks [1] - 4524:20
 true [26] - 4606:16,
4606:23, 4608:5,
4614:9, 4616:3,
4616:19, 4617:3,
4618:3, 4619:10,
4620:14, 4622:2,
4623:5, 4623:17,
4623:21, 4624:20,
4625:7, 4625:15,
4627:3, 4627:5,
4628:25, 4633:1,
4635:18, 4636:15,
4643:22, 4645:20,

4667:15
 trust [4] - 4646:6,
4646:9, 4646:12,
4647:1
 try [5] - 4639:24,
4653:9, 4662:8,
4662:14, 4663:23
 trying [3] - 4534:16,
4537:18, 4537:21
 tube [1] - 4591:14
 tubulars [2] -
4537:21
 Tuesday [1] - 4506:9
 TUESDAY [1] -
4513:2
 turn [7] - 4520:3,
4522:2, 4568:5,
4590:18, 4602:20,
4650:8, 4659:12
 turning [2] -
4596:15, 4650:20
 turns [1] - 4591:13
 tutorials [1] -
4550:14
 twice [2] - 4527:4,
4567:23
 twist [1] - 4537:13
 twist-off [1] -
4537:13
 two [32] - 4514:18,
4520:20, 4526:25,
4531:14, 4548:13,
4548:19, 4549:16,
4549:20, 4558:10,
4559:4, 4562:6,
4564:20, 4566:16,
4567:1, 4573:25,
4574:1, 4574:12,
4578:7, 4578:19,
4585:19, 4585:25,
4591:25, 4604:20,
4606:14, 4606:23,
4610:14, 4612:18,
4626:6, 4626:7,
4630:19, 4652:5,
4662:9
 two-week [3] -
4548:13, 4548:19,
4578:7
 TX [7] - 4508:5,
4510:15, 4510:24,
4511:8, 4511:13,
4511:16, 4511:20
 type [2] - 4548:5,
4617:11
 types [2] - 4547:13,
4566:5
 typical [1] - 4565:16
 typically [6] - 4541:1,
4547:16, 4588:9,

4590:20, 4636:9, 4636:23

**U**

**U.S** [4] - 4508:10, 4508:14, 4508:19, 4509:1
**ultimate** [3] - 4521:16, 4657:5, 4657:7
**ultimately** [3] - 4636:6, 4649:2, 4658:6
**ultra** [2] - 4664:9, 4664:11
**umbrella** [2] - 4535:4, 4535:5
**unanimous** [1] - 4633:21
**unbiased** [1] - 4570:14
**uncomfortable** [2] - 4539:23, 4540:8
**uncommon** [4] - 4518:2, 4584:25, 4585:2, 4585:11
**uncontrolled** [1] - 4617:12
**under** [18] - 4530:6, 4535:3, 4538:24, 4553:7, 4566:7, 4582:24, 4588:25, 4611:9, 4618:5, 4619:3, 4619:22, 4642:25, 4643:21, 4647:14, 4654:13, 4654:20, 4658:9
**undergone** [1] - 4598:13
**undergraduate** [1] - 4524:2
**UNDERHILL** [1] - 4508:11
**underlying** [2] - 4525:11, 4551:11
**underpins** [1] - 4636:14
**understand** [34] - 4523:24, 4536:14, 4537:8, 4537:10, 4537:15, 4537:19, 4537:22, 4537:24, 4538:1, 4538:2, 4538:8, 4538:12, 4538:24, 4539:12, 4540:8, 4572:8, 4573:1, 4573:22, 4574:11, 4576:20,

4581:14, 4587:4, 4615:16, 4620:3, 4631:16, 4634:6, 4638:1, 4642:4, 4642:25, 4652:21, 4653:2, 4655:7, 4655:8
**understandable** [1] - 4574:5
**understanding** [13] - 4522:1, 4525:11, 4536:15, 4537:6, 4567:3, 4574:13, 4586:17, 4586:18, 4611:22, 4652:19, 4653:21, 4655:14, 4667:16
**understands** [3] - 4517:24, 4518:3
**understood** [9] - 4517:25, 4524:24, 4567:6, 4567:10, 4567:13, 4615:11, 4615:14, 4637:3, 4652:13
**undertake** [3] - 4542:15, 4543:20, 4632:3
**undertakes** [1] - 4542:9
**undertook** [2] - 4634:22, 4651:13
**underwrite** [1] - 4663:6
**unexpected** [2] - 4586:22, 4597:5
**unique** [3] - 4630:5, 4630:16, 4644:18
**United** [6] - 4518:6, 4518:16, 4518:19, 4642:11, 4642:12, 4667:13
**UNITED** [4] - 4506:1, 4506:15, 4506:23, 4508:10
**units** [1] - 4526:20
**unknown** [1] - 4585:6
**unloading** [17] - 4594:14, 4595:2, 4595:7, 4617:2, 4617:9, 4617:17, 4618:7, 4618:14, 4620:18, 4620:21, 4624:1, 4624:11, 4624:16, 4625:20, 4626:3, 4631:11, 4636:19
**unloads** [1] - 4617:22

**unrelated** [1] - 4651:11
**unsafe** [3] - 4546:13, 4656:4
**unstable** [1] - 4564:18
**until** [12] - 4528:17, 4566:19, 4567:6, 4567:9, 4567:12, 4594:5, 4617:10, 4625:25, 4631:15, 4634:23, 4635:3, 4637:24
**up** [128] - 4513:10, 4515:16, 4515:17, 4516:11, 4518:8, 4519:22, 4520:3, 4520:18, 4521:22, 4522:3, 4522:4, 4528:2, 4528:17, 4530:3, 4530:24, 4533:8, 4533:24, 4535:6, 4535:24, 4537:7, 4537:21, 4539:15, 4541:21, 4541:22, 4542:2, 4544:14, 4545:8, 4545:15, 4545:16, 4552:16, 4553:22, 4554:6, 4556:14, 4556:15, 4556:16, 4557:3, 4557:14, 4558:1, 4559:9, 4559:11, 4559:17, 4560:4, 4560:13, 4561:10, 4561:20, 4561:21, 4561:22, 4563:5, 4564:22, 4565:2, 4565:17, 4567:5, 4568:6, 4569:6, 4569:10, 4572:11, 4573:3, 4573:4, 4575:23, 4576:9, 4577:1, 4578:21, 4579:18, 4580:16, 4584:9, 4584:10, 4584:16, 4584:20, 4585:14, 4587:9, 4587:12, 4589:10, 4589:11, 4589:15, 4590:6, 4591:1, 4591:5, 4591:6, 4591:21, 4592:5, 4592:25, 4593:7, 4594:1, 4594:15, 4594:16, 4594:22, 4595:18, 4596:1, 4596:2, 4596:24, 4597:11, 4597:20, 4598:14,

4598:15, 4598:17, 4601:1, 4601:10, 4602:6, 4602:8, 4602:10, 4602:21, 4602:22, 4603:7, 4603:16, 4603:22, 4615:2, 4631:6, 4633:10, 4635:13, 4637:11, 4645:22, 4648:3, 4648:7, 4650:13, 4650:23, 4652:18, 4652:23, 4653:10, 4656:20, 4656:21, 4662:23, 4665:1, 4665:11
**up/intervene** [1] - 4560:21
**upcoming** [1] - 4527:21
**update** [3] - 4516:5, 4516:22, 4589:8
**updated** [3] - 4620:20, 4621:23, 4622:4
**upgrade** [1] - 4525:24
**upgraded** [1] - 4525:25
**upon** [1] - 4576:6
**upper** [1] - 4600:13
**ups** [1] - 4555:15
**urgency** [1] - 4632:13
**us** [24] - 4527:20, 4536:14, 4536:16, 4538:18, 4548:5, 4568:4, 4570:21, 4571:8, 4585:3, 4589:7, 4593:11, 4595:19, 4600:12, 4602:8, 4609:5, 4612:1, 4613:2, 4634:22, 4640:1, 4645:6, 4645:7, 4647:7, 4665:5
**use** [20] - 4513:13, 4545:23, 4552:7, 4561:7, 4567:2, 4573:9, 4585:23, 4588:1, 4588:2, 4588:8, 4595:1, 4595:7, 4619:6, 4619:24, 4620:17, 4620:21, 4632:4, 4651:7, 4653:4, 4661:10
**used** [10] - 4550:12, 4552:7, 4564:25, 4568:13, 4568:24, 4569:4, 4593:14,

4616:6, 4658:20, 4663:20
**user** [4] - 4552:15, 4552:16
**users** [2] - 4594:25, 4620:24
**uses** [1] - 4557:24
**ushered** [1] - 4547:5
**using** [4] - 4554:1, 4593:18, 4611:24, 4654:3
**usually** [1] - 4599:18
**Utah** [1] - 4522:4
**utilize** [1] - 4593:12

**V**

**V** [1] - 4506:15
**VA** [1] - 4507:15
**valid** [1] - 4552:1
**value** [3] - 4524:1, 4525:13, 4541:1
**values** [4] - 4531:17, 4540:19, 4540:24, 4541:9
**valve** [8] - 4596:23, 4596:24, 4597:2, 4597:3, 4597:5
**valves** [1] - 4521:22
**variety** [1] - 4538:24
**various** [3] - 4524:19, 4530:10, 4554:12
**vehicle** [1] - 4588:4
**VERBATIM** [1] - 4603:10
**verification** [4] - 4602:25, 4603:4, 4603:6, 4650:25
**version** [2] - 4616:2, 4616:5
**versus** [4] - 4582:10, 4594:17, 4613:1, 4640:20
**very** [18] - 4529:18, 4547:3, 4547:4, 4565:24, 4569:22, 4594:1, 4600:23, 4611:15, 4614:17, 4637:12, 4644:14, 4645:21, 4652:3, 4655:13
**vessel** [7] - 4518:19, 4518:21, 4535:22, 4535:25, 4536:1, 4558:4, 4626:18
**vessels** [2] - 4530:1, 4557:17
**via** [1] - 4530:1

vice [6] - 4555:5,
4568:10, 4579:4,
4589:22, 4614:22,
4614:25
vice-president [2] -
4555:5, 4568:10
video [4] - 4550:14,
4630:23, 4631:2,
4631:6
view [5] - 4533:2,
4533:4, 4533:6,
4577:21, 4638:2
vigilance [2] -
4587:1, 4659:9
vigilant [1] - 4599:2
VIRGINIA [1] -
4507:15
visas [1] - 4632:9
visible [3] - 4541:1,
4541:8, 4664:23
visibly [1] - 4540:18
vision [8] - 4530:21,
4530:24, 4531:1,
4531:3, 4531:4,
4531:24, 4658:1,
4658:9
visit [10] - 4517:4,
4546:15, 4546:17,
4564:13, 4572:24,
4574:15, 4574:20,
4574:24, 4632:3,
4632:7
visited [5] - 4517:5,
4517:8, 4574:23,
4604:14, 4635:19
visiting [2] -
4517:10, 4632:6
visitor [1] - 4547:4
vital [3] - 4573:17,
4573:18, 4608:13
voice [1] - 4515:7
voltage [2] - 4532:1,
4535:16
volume [2] -
4585:20, 4585:25
VON [1] - 4511:15

# W

W [3] - 4508:2,
4511:5, 4514:5
wait [3] - 4634:23,
4635:3, 4659:19
waiting [1] - 4583:17
walk [3] - 4544:4,
4544:5, 4544:14
walked [1] - 4637:24
WALKER [1] -
4507:14

walks [1] - 4546:6
WALTER [1] -
4507:17
WALTHER [1] -
4511:2
want [43] - 4513:9,
4519:24, 4522:16,
4523:7, 4524:17,
4538:3, 4544:11,
4544:12, 4552:18,
4556:15, 4558:21,
4565:23, 4568:19,
4587:4, 4590:21,
4590:22, 4598:9,
4598:10, 4600:19,
4620:11, 4621:5,
4630:23, 4631:1,
4631:5, 4632:12,
4637:14, 4638:14,
4638:15, 4638:16,
4639:1, 4639:4,
4639:10, 4639:24,
4642:3, 4647:12,
4648:6, 4649:14,
4650:6, 4655:14,
4659:19, 4661:22,
4661:23
wanted [23] -
4523:22, 4524:1,
4524:11, 4524:24,
4524:25, 4543:7,
4572:25, 4573:1,
4577:20, 4577:23,
4593:16, 4600:16,
4610:8, 4612:2,
4613:13, 4613:18,
4616:23, 4632:4,
4632:13, 4632:22,
4641:20, 4663:9
wants [3] - 4536:14,
4653:10, 4662:13
warehouse [2] -
4554:3, 4579:22
WAS [3] - 4513:25,
4605:10, 4667:7
wash [1] - 4654:15
WASHINGTON [4] -
4508:18, 4508:23,
4509:4, 4510:3
wasn't [8] - 4524:24,
4589:13, 4607:14,
4625:23, 4635:25,
4637:12, 4639:7,
4652:12
wasted [1] - 4577:17
watch [2] - 4547:2,
4574:18
water [3] - 4525:24,
4565:3
way [27] - 4521:23,

4531:23, 4533:21,
4533:22, 4544:20,
4546:21, 4546:24,
4555:21, 4556:10,
4557:20, 4561:6,
4573:19, 4574:4,
4577:23, 4577:24,
4578:7, 4591:23,
4618:18, 4619:1,
4645:12, 4654:20,
4655:23, 4661:21,
4663:3, 4664:14,
4664:17, 4664:22
ways [5] - 4561:4,
4561:7, 4576:24,
4658:25, 4659:2
We [2] - 4573:5,
4578:22
we [375] - 4513:7,
4513:11, 4513:15,
4513:16, 4513:18,
4515:8, 4516:4,
4516:6, 4516:9,
4516:17, 4516:18,
4516:19, 4517:25,
4518:1, 4518:8,
4519:13, 4519:14,
4519:17, 4522:17,
4524:21, 4525:22,
4525:25, 4526:8,
4526:24, 4527:11,
4527:12, 4527:14,
4527:18, 4527:19,
4527:20, 4527:21,
4528:14, 4529:11,
4529:20, 4529:22,
4529:24, 4530:1,
4530:13, 4530:23,
4531:13, 4531:18,
4531:20, 4531:23,
4531:24, 4532:7,
4532:11, 4532:18,
4534:4, 4535:17,
4535:18, 4535:19,
4535:21, 4536:2,
4536:12, 4536:14,
4537:13, 4538:19,
4538:22, 4539:1,
4539:5, 4539:6,
4539:11, 4540:2,
4540:4, 4540:7,
4540:10, 4542:14,
4542:15, 4542:21,
4542:22, 4545:15,
4545:16, 4546:23,
4547:16, 4547:23,
4548:7, 4548:13,
4548:19, 4548:21,
4549:2, 4549:8,
4549:9, 4551:5,
4551:6, 4551:8,

4551:11, 4552:25,
4553:2, 4554:16,
4554:17, 4556:14,
4557:3, 4557:14,
4557:19, 4557:20,
4557:21, 4558:1,
4559:3, 4560:3,
4560:13, 4560:19,
4561:4, 4561:5,
4561:7, 4561:8,
4561:10, 4561:22,
4562:8, 4562:13,
4563:8, 4563:18,
4564:8, 4566:2,
4566:8, 4566:10,
4566:13, 4566:15,
4566:16, 4566:17,
4566:18, 4566:23,
4567:24, 4567:25,
4568:3, 4568:18,
4568:19, 4569:10,
4569:11, 4569:22,
4569:23, 4570:9,
4570:10, 4570:12,
4570:16, 4570:19,
4570:21, 4570:22,
4570:23, 4570:24,
4571:2, 4571:4,
4572:5, 4572:11,
4572:22, 4572:23,
4573:2, 4573:7,
4573:17, 4573:23,
4574:2, 4574:3,
4574:4, 4574:6,
4574:8, 4574:10,
4574:11, 4574:14,
4575:12, 4575:13,
4575:23, 4577:25,
4578:6, 4578:8,
4578:22, 4578:23,
4580:2, 4582:1,
4582:3, 4582:18,
4583:1, 4583:19,
4583:24, 4585:2,
4585:14, 4585:19,
4586:15, 4586:19,
4586:23, 4586:24,
4587:4, 4587:5,
4587:7, 4588:1,
4588:2, 4588:8,
4588:17, 4588:23,
4588:24, 4589:1,
4589:6, 4589:7,
4589:8, 4590:25,
4592:4, 4593:7,
4593:11, 4593:18,
4594:11, 4595:12,
4596:20, 4597:10,
4598:6, 4599:14,
4601:22, 4602:1,
4602:3, 4602:5,

4602:6, 4602:10,
4602:16, 4602:18,
4602:21, 4602:22,
4603:4, 4603:5,
4603:22, 4606:2,
4606:11, 4606:14,
4606:15, 4607:3,
4607:4, 4607:13,
4607:24, 4608:1,
4608:19, 4608:21,
4608:22, 4609:11,
4609:13, 4609:21,
4610:10, 4611:7,
4611:13, 4611:18,
4612:1, 4612:5,
4612:6, 4612:13,
4612:14, 4613:12,
4614:7, 4615:17,
4615:22, 4615:23,
4615:24, 4616:7,
4616:8, 4616:11,
4616:14, 4616:20,
4616:21, 4616:23,
4616:25, 4618:22,
4620:11, 4620:13,
4622:10, 4624:1,
4624:5, 4624:8,
4625:1, 4626:10,
4626:12, 4627:2,
4627:7, 4627:19,
4628:2, 4628:3,
4628:20, 4629:11,
4629:12, 4630:24,
4631:22, 4632:2,
4632:3, 4632:4,
4632:5, 4632:11,
4632:21, 4633:6,
4633:21, 4634:5,
4634:6, 4634:20,
4634:22, 4635:12,
4635:24, 4636:18,
4637:5, 4639:6,
4639:9, 4640:5,
4640:14, 4640:16,
4640:18, 4640:25,
4641:2, 4641:9,
4641:10, 4642:5,
4642:8, 4644:7,
4644:8, 4644:25,
4645:5, 4645:9,
4646:8, 4646:9,
4646:11, 4647:7,
4647:15, 4647:17,
4648:15, 4651:11,
4651:17, 4652:18,
4655:8, 4656:14,
4656:23, 4657:20,
4658:7, 4659:13,
4660:17, 4660:22,
4661:22, 4661:23,
4662:24, 4663:8,

4663:14, 4665:4, 4665:7, 4665:8, 4666:1, 4666:13, 4666:15, 4666:22

**we'd** [1] - 4527:12

**we'll** [5] - 4530:9, 4560:13, 4589:8, 4655:10, 4667:5

**we're** [14] - 4546:21, 4546:25, 4553:1, 4561:10, 4561:13, 4568:3, 4568:21, 4583:18, 4599:13, 4647:3, 4657:15, 4661:25, 4662:7, 4664:6

**we've** [16] - 4561:11, 4569:16, 4588:5, 4604:18, 4604:25, 4606:6, 4622:10, 4628:21, 4639:6, 4640:4, 4640:25, 4641:3, 4641:4, 4659:13, 4661:12, 4663:6

**Weakness** [3] - 4633:9, 4633:12, 4635:10

**Weatherford** [1] - 4534:22

**week** [6] - 4513:18, 4548:13, 4548:19, 4551:15, 4578:7, 4666:17

**weekly** [11] - 4540:4, 4547:21, 4547:25, 4551:15, 4559:24, 4560:2, 4561:11, 4578:10, 4584:4

**weeks** [3] - 4549:16, 4549:20, 4569:17

**weigh** [1] - 4545:11

**weighed** [1] - 4613:21

**Well** [1] - 4620:16

**well** [175] - 4518:4, 4519:16, 4521:25, 4523:22, 4526:17, 4527:17, 4527:25, 4532:8, 4533:12, 4533:13, 4533:16, 4533:18, 4534:3, 4534:9, 4534:13, 4534:17, 4535:14, 4536:6, 4536:20, 4536:21, 4537:2, 4537:4, 4537:7, 4537:9, 4537:16, 4537:17, 4538:14, 4541:3, 4551:7,

4551:19, 4551:23, 4552:1, 4552:2, 4554:22, 4555:12, 4555:21, 4558:5, 4559:6, 4561:1, 4561:13, 4563:15, 4563:25, 4570:15, 4572:5, 4573:6, 4574:15, 4574:18, 4575:10, 4579:13, 4581:8, 4581:10, 4581:18, 4581:20, 4581:24, 4581:25, 4582:7, 4582:11, 4582:16, 4582:17, 4582:18, 4582:19, 4582:22, 4583:3, 4583:5, 4584:3, 4584:12, 4584:14, 4584:22, 4586:14, 4586:25, 4587:1, 4587:15, 4587:22, 4588:11, 4589:3, 4589:4, 4590:4, 4591:21, 4593:11, 4593:15, 4593:21, 4594:8, 4594:23, 4594:24, 4594:25, 4595:6, 4595:23, 4596:2, 4596:9, 4596:4, 4596:11, 4596:13, 4596:15, 4596:19, 4596:23, 4597:5, 4597:17, 4597:24, 4598:13, 4598:22, 4599:2, 4599:22, 4600:13, 4600:14, 4600:18, 4601:17, 4606:17, 4606:21, 4607:17, 4608:25, 4609:5, 4614:17, 4615:5, 4615:15, 4616:12, 4617:6, 4618:9, 4619:3, 4619:4, 4619:5, 4619:12, 4619:13, 4619:20, 4620:20, 4620:22, 4620:23, 4621:6, 4621:24, 4623:25, 4624:10, 4627:10, 4627:14, 4628:12, 4628:14, 4629:3, 4629:9, 4629:13, 4630:8, 4630:18, 4630:24, 4631:5, 4633:20, 4634:18, 4636:25, 4637:2, 4640:4, 4640:15, 4641:5, 4644:21, 4645:11, 4646:11,

4646:23, 4647:17, 4649:2, 4653:13, 4655:13, 4657:24, 4658:15, 4658:17, 4658:21, 4658:25, 4659:2, 4659:7, 4659:8, 4659:11, 4659:16, 4665:3, 4666:13

**wellbore** [6] - 4582:10, 4583:2, 4585:22, 4596:3, 4600:25, 4601:1

**wells** [6] - 4530:8, 4530:15, 4532:4, 4584:18, 4584:21, 4660:15

**went** [17] - 4516:1, 4516:7, 4516:17, 4522:21, 4523:14, 4523:20, 4563:1, 4567:25, 4572:19, 4573:20, 4579:3, 4591:10, 4591:11, 4592:7, 4600:14, 4616:2

**weren't** [12] - 4597:4, 4600:16, 4602:2, 4602:3, 4605:23, 4607:17, 4611:20, 4618:23, 4627:24, 4629:5, 4633:17, 4657:3

**West** [1] - 4593:5

**Westlake** [1] - 4516:8

**what's** [22] - 4514:10, 4537:13, 4539:2, 4539:9, 4539:18, 4540:6, 4544:3, 4544:17, 4546:4, 4547:3, 4552:5, 4552:24, 4555:3, 4556:6, 4583:9, 4586:16, 4587:21, 4601:3, 4601:14, 4603:25, 4631:1

**whatever** [10] - 4516:4, 4516:9, 4516:19, 4533:3, 4580:15, 4582:17, 4622:10, 4630:19, 4631:4, 4657:7

**whatsoever** [1] - 4618:12

**Wheeler** [1] - 4517:5

**whenever** [2] - 4609:19, 4618:11

**WHEREUPON** [3] -

4513:25, 4605:10, 4667:7

**wherever** [1] - 4591:2

**whether** [26] - 4513:15, 4521:16, 4522:1, 4523:24, 4525:13, 4545:1, 4583:3, 4588:13, 4616:4, 4618:6, 4621:2, 4621:6, 4623:13, 4624:15, 4626:13, 4636:8, 4643:17, 4649:10, 4650:11, 4653:7, 4653:17, 4655:25, 4659:14, 4663:14, 4663:15

**which** [33] - 4514:12, 4514:25, 4516:2, 4521:1, 4525:2, 4526:12, 4528:17, 4539:3, 4541:5, 4545:11, 4559:9, 4569:23, 4580:17, 4583:2, 4585:20, 4585:21, 4590:14, 4591:14, 4591:17, 4591:21, 4594:20, 4598:22, 4600:2, 4601:8, 4604:21, 4605:21, 4613:22, 4616:5, 4629:12, 4637:4, 4655:9, 4658:13, 4658:20

**while** [6] - 4590:19, 4590:21, 4590:25, 4593:13, 4629:7, 4634:5

**WHITELEY** [1] - 4509:16

**whole** [7] - 4537:1, 4550:14, 4563:12, 4577:18, 4609:4, 4647:17, 4665:21

**wholly** [2] - 4566:6, 4611:9

**will** [22] - 4513:18, 4530:25, 4533:17, 4534:9, 4547:22, 4552:17, 4557:21, 4578:12, 4578:22, 4578:23, 4582:23, 4582:25, 4589:8, 4598:19, 4610:13, 4622:10, 4644:4, 4646:6, 4646:14, 4647:1, 4656:14

**WILLIAMS** [2] - 4507:19, 4507:19

**WILLIAMSON** [2] - 4508:4, 4508:4

**willing** [1] - 4599:13

**WINFIELD** [1] - 4509:8

**wireline** [2] - 4534:24, 4646:20

**wiring** [2] - 4660:6, 4661:7

**wish** [2] - 4513:14, 4521:9

**with** [229] - 4513:20, 4515:14, 4515:16, 4516:8, 4516:18, 4516:20, 4516:23, 4516:24, 4517:1, 4517:8, 4518:4, 4518:6, 4518:20, 4519:7, 4519:13, 4520:8, 4520:10, 4520:13, 4520:15, 4521:20, 4521:25, 4523:2, 4523:3, 4523:22, 4523:23, 4524:2, 4524:8, 4524:10, 4525:12, 4525:18, 4525:21, 4527:8, 4527:16, 4528:9, 4528:13, 4529:6, 4529:18, 4532:1, 4532:24, 4533:17, 4533:20, 4534:6, 4534:11, 4535:10, 4535:13, 4535:22, 4536:10, 4537:1, 4537:12, 4539:15, 4540:8, 4540:11, 4540:13, 4540:18, 4542:21, 4542:25, 4543:10, 4544:19, 4545:6, 4545:7, 4545:8, 4545:11, 4545:13, 4547:15, 4549:5, 4549:19, 4550:11, 4551:6, 4551:7, 4551:8, 4551:10, 4551:20, 4552:3, 4552:22, 4553:16, 4555:13, 4555:17, 4556:4, 4556:5, 4557:15, 4557:16, 4558:12, 4560:21, 4561:10, 4561:14, 4561:16, 4561:17, 4561:19, 4562:25, 4563:2, 4566:22, 4567:21, 4568:25, 4569:4, 4569:18, 4570:1, 4570:17,

4570:23, 4571:5, 4571:7, 4571:8, 4571:9, 4571:10, 4571:14, 4571:15, 4571:18, 4573:8, 4574:2, 4575:4, 4575:9, 4575:24, 4576:21, 4577:24, 4579:12, 4582:5, 4582:7, 4582:10, 4586:2, 4588:15, 4589:12, 4592:1, 4592:7, 4593:10, 4593:19, 4593:23, 4595:6, 4596:4, 4596:8, 4596:25, 4601:3, 4601:7, 4602:2, 4602:8, 4602:15, 4602:17, 4603:11, 4604:3, 4604:9, 4604:15, 4607:8, 4607:15, 4607:22, 4608:14, 4608:15, 4611:5, 4611:11, 4612:7, 4617:7, 4618:7, 4620:7, 4622:4, 4622:18, 4622:19, 4623:3, 4623:19, 4625:15, 4626:4, 4628:9, 4628:10, 4629:9, 4629:23, 4629:24, 4630:6, 4630:7, 4630:8, 4630:24, 4631:15, 4631:23, 4632:9, 4633:3, 4633:10, 4633:20, 4634:5, 4635:2, 4635:5, 4635:9, 4637:15, 4639:10, 4641:18, 4641:23, 4642:22, 4642:23, 4643:1, 4643:16, 4643:21, 4643:22, 4644:7, 4646:8, 4646:11, 4646:13, 4647:6, 4649:12, 4649:23, 4650:10, 4650:14, 4651:5, 4651:7, 4651:14, 4651:16, 4651:19, 4653:10, 4654:5, 4654:8, 4654:21, 4655:14, 4656:11, 4657:2, 4657:6, 4657:9, 4657:17, 4657:20, 4657:24, 4658:1, 4661:6, 4661:9, 4661:10, 4661:11, 4661:13, 4663:9,

4663:14, 4663:18, 4665:17, 4666:4, 4666:6, 4666:13

**within** [13] - 4544:9, 4552:14, 4552:16, 4553:12, 4554:14, 4566:7, 4577:5, 4579:9, 4582:8, 4586:7, 4636:4, 4642:6, 4652:5

**without** [9] - 4531:9, 4531:14, 4544:22, 4614:8, 4616:8, 4626:11, 4635:15, 4645:6, 4662:23

**WITNESS** [21] - 4512:3, 4514:4, 4543:9, 4545:17, 4552:12, 4552:14, 4599:17, 4602:11, 4603:23, 4628:1, 4629:18, 4639:18, 4640:13, 4641:17, 4641:19, 4641:22, 4642:5, 4642:8, 4653:14, 4655:22, 4659:23

**witness** [7] - 4513:22, 4519:19, 4589:18, 4605:6, 4652:20, 4653:10, 4653:11

**WITTMANN** [2] - 4511:2, 4511:2

**women** [1] - 4617:25

**won't** [2] - 4588:20, 4620:7

**wonderful** [1] - 4529:16

**word** [2] - 4558:9, 4641:6

**words** [4] - 4531:9, 4595:19, 4612:4, 4612:8

**work** [54] - 4514:8, 4514:9, 4523:14, 4523:17, 4524:4, 4525:3, 4525:5, 4525:6, 4526:1, 4530:19, 4532:12, 4532:18, 4532:19, 4532:20, 4532:21, 4539:20, 4542:18, 4546:22, 4547:14, 4549:5, 4550:16, 4553:20, 4553:22, 4553:24, 4554:4, 4554:7, 4554:9, 4554:11, 4554:19, 4562:24, 4566:19,

4566:20, 4567:9, 4567:12, 4574:16, 4574:18, 4576:25, 4577:10, 4579:5, 4580:14, 4601:21, 4608:20, 4610:24, 4629:24, 4630:5, 4634:13, 4643:22, 4644:8, 4651:16, 4658:1, 4658:8, 4661:19, 4666:8, 4666:12

**worked** [12] - 4522:13, 4525:14, 4525:20, 4528:19, 4555:20, 4559:22, 4567:8, 4568:22, 4570:9, 4571:7, 4571:9, 4652:8

**workers** [2] - 4540:23, 4666:2

**workforce** [2] - 4574:5, 4577:8

**working** [16] - 4524:8, 4525:21, 4526:5, 4549:19, 4566:23, 4566:24, 4568:3, 4571:8, 4577:21, 4593:5, 4600:1, 4600:2, 4601:16, 4602:16, 4664:5, 4666:13

**workplace** [2] - 4531:1, 4531:8

**works** [5] - 4527:15, 4537:2, 4559:9, 4559:10, 4604:12

**world** [18] - 4529:13, 4530:4, 4530:8, 4530:13, 4555:20, 4556:5, 4556:6, 4556:23, 4556:24, 4566:5, 4574:21, 4580:2, 4580:4, 4620:5, 4632:7, 4646:9, 4649:6, 4666:13

**world's** [1] - 4581:9

**worldwide** [3] - 4530:17, 4604:2, 4664:8

**worried** [1] - 4630:25

**worth** [4] - 4532:12, 4532:19, 4532:20

**worthwhile** [1] - 4523:25

**would** [124] - 4513:11, 4513:15, 4513:16, 4513:21, 4514:25, 4515:18,

4516:14, 4521:9, 4524:16, 4524:21, 4527:7, 4527:16, 4527:18, 4527:20, 4543:17, 4543:23, 4544:2, 4544:16, 4545:3, 4545:4, 4545:14, 4546:18, 4563:7, 4566:17, 4567:16, 4567:18, 4567:20, 4569:25, 4571:9, 4574:1, 4576:6, 4576:12, 4579:13, 4584:12, 4586:20, 4589:1, 4589:22, 4590:15, 4590:21, 4590:22, 4593:22, 4594:20, 4599:8, 4599:14, 4601:8, 4601:10, 4602:7, 4604:3, 4605:6, 4605:21, 4608:12, 4608:14, 4612:1, 4612:24, 4621:11, 4621:12, 4623:11, 4623:12, 4623:23, 4623:24, 4624:7, 4624:24, 4625:11, 4625:12, 4625:19, 4634:2, 4636:22, 4637:1, 4638:12, 4638:13, 4638:25, 4639:11, 4643:12, 4643:16, 4644:21, 4645:8, 4646:2, 4647:9, 4647:12, 4648:22, 4648:23, 4649:9, 4649:14, 4650:3, 4650:4, 4650:6, 4651:7, 4652:1, 4652:3, 4654:8, 4654:20, 4655:2, 4655:17, 4655:24, 4656:14, 4656:15, 4657:2, 4657:5, 4658:12, 4658:20, 4659:5, 4659:15, 4659:18, 4659:25, 4660:3, 4660:10, 4660:13, 4661:1, 4661:4, 4661:6, 4662:17, 4663:10, 4665:7, 4665:17

**wouldn't** [7] - 4573:2, 4608:14, 4624:6, 4625:20, 4632:5, 4645:18, 4649:22

**wow** [1] - 4660:20

**Wright** [3] - 4557:8,

4557:11, 4557:12

**WRIGHT** [1] - 4507:3

**write** [2] - 4560:24, 4587:9

**writes** [2] - 4557:15, 4569:16

**writing** [4] - 4544:24, 4545:1, 4545:4, 4614:1

**written** [2] - 4545:14, 4556:25

**wrong** [13] - 4515:7, 4539:5, 4539:6, 4542:21, 4542:23, 4573:20, 4573:21, 4607:23, 4608:4, 4608:10, 4658:2

**wrote** [7] - 4557:19, 4560:16, 4573:5, 4573:16, 4603:9, 4607:22, 4653:11

**Wyman** [2] - 4517:5, 4517:6

## X

**X** [2] - 4512:1, 4583:22

## Y

**Y** [1] - 4583:22

**yeah** [17] - 4517:1, 4522:6, 4524:10, 4530:13, 4533:22, 4543:15, 4551:5, 4551:14, 4560:23, 4568:3, 4575:10, 4586:3, 4599:21, 4612:23, 4622:22, 4625:8, 4662:9

**year** [13] - 4523:18, 4526:8, 4531:12, 4546:19, 4563:17, 4604:11, 4617:3, 4617:4, 4617:11, 4621:1, 4628:9, 4637:10, 4664:10

**year-end** [1] - 4617:11

**years** [18] - 4522:12, 4525:7, 4529:6, 4529:7, 4531:14, 4547:11, 4577:22, 4628:6, 4634:4, 4640:1, 4640:8, 4650:17, 4651:24, 4664:5, 4665:20, 4665:21

**yellow** [1] - 4660:7
**yep** [6] - 4542:4, 4556:17, 4556:19, 4572:14, 4593:3, 4595:14
**yes** [242] - 4514:19, 4515:22, 4516:15, 4517:12, 4517:17, 4518:7, 4518:18, 4519:1, 4519:4, 4520:2, 4520:7, 4520:9, 4520:23, 4521:4, 4521:7, 4525:6, 4528:24, 4530:16, 4531:3, 4534:15, 4535:8, 4536:12, 4538:17, 4539:17, 4540:12, 4543:15, 4546:3, 4546:16, 4547:9, 4548:4, 4548:10, 4548:16, 4549:25, 4551:22, 4552:11, 4552:23, 4556:1, 4556:3, 4557:7, 4557:18, 4557:23, 4557:25, 4558:6, 4558:9, 4558:13, 4559:13, 4559:19, 4560:7, 4560:15, 4560:18, 4560:23, 4561:24, 4563:11, 4563:14, 4563:20, 4567:8, 4568:8, 4569:2, 4569:5, 4569:9, 4569:15, 4570:3, 4571:17, 4571:19, 4571:21, 4572:3, 4572:20, 4573:11, 4573:15, 4574:22, 4575:13, 4575:17, 4575:22, 4576:8, 4576:18, 4577:14, 4577:20, 4579:1, 4579:7, 4581:15, 4581:22, 4582:13, 4583:6, 4583:8, 4584:1, 4584:19, 4584:24, 4585:16, 4586:8, 4586:10, 4586:15, 4587:11, 4587:14, 4587:17, 4587:20, 4587:24, 4589:5, 4589:14, 4589:19, 4590:1, 4590:8, 4592:9, 4592:17, 4592:19, 4592:22, 4595:4, 4595:8, 4595:10, 4596:4, 4596:9, 4597:8,

4597:15, 4597:18, 4598:1, 4598:4, 4598:21, 4598:25, 4599:4, 4599:7, 4599:17, 4599:21, 4599:24, 4600:11, 4601:13, 4603:2, 4604:7, 4604:13, 4604:17, 4605:24, 4606:4, 4606:10, 4606:13, 4606:19, 4607:10, 4607:19, 4607:21, 4608:11, 4608:15, 4609:18, 4609:22, 4610:2, 4610:6, 4610:16, 4610:20, 4610:23, 4611:3, 4611:16, 4611:21, 4612:9, 4612:13, 4612:17, 4613:15, 4614:2, 4614:5, 4614:19, 4616:22, 4617:8, 4617:16, 4617:18, 4617:21, 4617:24, 4618:2, 4618:4, 4618:24, 4619:2, 4619:11, 4620:15, 4620:19, 4620:25, 4621:4, 4621:25, 4622:9, 4623:1, 4623:6, 4624:12, 4624:21, 4625:4, 4625:18, 4626:2, 4626:5, 4626:8, 4626:18, 4626:21, 4626:24, 4627:1, 4627:4, 4627:6, 4628:8, 4628:18, 4629:6, 4630:13, 4630:15, 4632:17, 4632:20, 4633:16, 4636:12, 4637:8, 4637:18, 4638:7, 4638:11, 4638:24, 4639:3, 4642:14, 4642:20, 4643:19, 4643:20, 4643:25, 4644:6, 4644:15, 4646:8, 4646:16, 4647:3, 4647:8, 4647:12, 4649:4, 4649:18, 4650:6, 4650:19, 4651:1, 4651:11, 4651:22, 4654:10, 4654:12, 4655:1, 4655:12, 4656:18, 4656:22, 4657:11, 4658:16, 4658:18, 4659:3, 4660:2, 4660:5,

4661:8, 4662:3, 4663:2, 4663:22, 4664:20, 4664:22, 4666:25
**yesterday** [2] - 4513:10, 4513:16
**YOAKUM** [1] - 4508:5
**you** [737] - 4513:17, 4513:20, 4514:8, 4514:14, 4514:16, 4514:20, 4514:23, 4515:4, 4515:10, 4515:19, 4515:23, 4515:25, 4516:12, 4516:16, 4516:23, 4516:25, 4517:4, 4517:15, 4517:18, 4517:22, 4517:23, 4518:5, 4518:10, 4519:2, 4519:24, 4520:5, 4520:20, 4520:24, 4521:8, 4521:23, 4521:25, 4522:2, 4522:5, 4522:11, 4522:16, 4522:18, 4522:20, 4522:22, 4523:1, 4523:7, 4523:9, 4523:13, 4523:17, 4523:19, 4523:21, 4524:3, 4524:6, 4524:8, 4524:10, 4524:17, 4524:18, 4524:19, 4524:24, 4525:2, 4525:5, 4525:7, 4526:16, 4526:20, 4527:3, 4527:7, 4527:18, 4528:1, 4528:2, 4528:3, 4528:7, 4528:9, 4528:22, 4529:3, 4529:6, 4529:8, 4529:11, 4529:13, 4529:21, 4530:6, 4531:7, 4531:9, 4531:12, 4531:16, 4531:17, 4531:21, 4531:25, 4532:6, 4532:8, 4532:17, 4532:24, 4533:1, 4533:2, 4533:4, 4533:5, 4533:6, 4533:20, 4534:11, 4534:17, 4534:18, 4534:21, 4534:22, 4534:23, 4534:24, 4534:25, 4535:7, 4535:14, 4536:15, 4536:16, 4536:17, 4536:18,

4536:25, 4537:10, 4537:11, 4537:12, 4537:13, 4537:16, 4537:17, 4538:3, 4538:4, 4538:9, 4539:15, 4539:21, 4539:22, 4539:23, 4539:24, 4540:1, 4540:3, 4540:11, 4540:13, 4542:2, 4542:12, 4542:16, 4542:18, 4542:22, 4543:13, 4543:14, 4543:24, 4544:5, 4544:15, 4545:3, 4545:9, 4545:10, 4546:9, 4546:11, 4546:12, 4546:17, 4546:20, 4546:22, 4547:3, 4547:10, 4547:23, 4548:22, 4548:23, 4548:24, 4549:1, 4549:8, 4549:21, 4550:5, 4550:13, 4550:21, 4551:20, 4551:23, 4552:2, 4552:9, 4552:12, 4552:17, 4552:18, 4552:22, 4553:5, 4553:6, 4554:10, 4554:21, 4555:6, 4556:14, 4556:15, 4556:18, 4556:21, 4556:24, 4557:6, 4557:8, 4557:14, 4557:17, 4557:21, 4558:1, 4558:5, 4559:4, 4559:11, 4559:21, 4560:4, 4560:16, 4560:22, 4560:24, 4561:7, 4561:14, 4561:15, 4561:20, 4561:23, 4561:25, 4562:1, 4562:18, 4562:20, 4562:25, 4563:9, 4563:19, 4564:5, 4565:15, 4565:23, 4565:24, 4565:25, 4566:12, 4567:8, 4567:23, 4567:24, 4568:5, 4568:16, 4568:19, 4568:20, 4568:25, 4569:6, 4569:13, 4569:18, 4570:1, 4570:4, 4570:6, 4571:16, 4571:22, 4572:1, 4572:4, 4572:12, 4572:15, 4572:18, 4573:5,

4573:11, 4573:12, 4573:13, 4573:16, 4573:19, 4573:21, 4573:22, 4573:24, 4574:9, 4575:4, 4575:9, 4576:8, 4576:14, 4576:16, 4576:17, 4577:16, 4577:18, 4577:21, 4577:22, 4578:5, 4578:6, 4578:16, 4578:18, 4578:19, 4578:21, 4578:22, 4578:24, 4578:25, 4580:24, 4581:2, 4581:7, 4581:12, 4581:13, 4581:14, 4581:17, 4581:20, 4582:22, 4584:3, 4584:9, 4584:10, 4584:19, 4584:24, 4585:2, 4585:8, 4585:10, 4585:11, 4585:12, 4585:15, 4585:20, 4586:11, 4586:25, 4587:7, 4587:13, 4588:5, 4588:17, 4588:18, 4588:20, 4588:24, 4589:9, 4589:12, 4589:16, 4589:24, 4590:20, 4590:21, 4590:22, 4591:5, 4592:12, 4592:13, 4592:15, 4592:17, 4592:25, 4593:13, 4593:14, 4593:20, 4593:22, 4593:24, 4594:13, 4594:22, 4595:4, 4595:12, 4595:15, 4595:18, 4595:24, 4596:2, 4596:4, 4596:13, 4596:20, 4597:2, 4597:17, 4598:1, 4598:8, 4598:9, 4598:19, 4598:25, 4599:11, 4599:20, 4600:6, 4600:23, 4600:24, 4601:4, 4601:8, 4602:2, 4602:6, 4602:25, 4603:9, 4603:13, 4603:21, 4604:8, 4604:13, 4604:21, 4605:22, 4605:23, 4605:25, 4606:3, 4606:5, 4606:6, 4606:11, 4606:12, 4606:14, 4606:15, 4606:19, 4606:20,

4606:23, 4607:2, 4607:11, 4607:15, 4607:19, 4607:20, 4607:22, 4607:23, 4608:1, 4608:3, 4608:9, 4608:14, 4608:16, 4608:18, 4609:3, 4609:5, 4609:10, 4609:15, 4609:20, 4609:21, 4609:24, 4609:25, 4610:1, 4610:4, 4610:7, 4610:8, 4610:12, 4610:17, 4610:19, 4611:4, 4611:10, 4611:11, 4611:12, 4611:15, 4611:18, 4611:20, 4611:22, 4612:10, 4612:11, 4612:12, 4612:15, 4612:23, 4612:24, 4613:2, 4613:13, 4613:22, 4613:23, 4614:1, 4615:2, 4615:3, 4615:15, 4615:16, 4615:18, 4615:21, 4617:5, 4617:16, 4617:23, 4618:17, 4618:18, 4618:22, 4618:23, 4619:7, 4620:7, 4620:19, 4620:25, 4621:1, 4621:2, 4621:5, 4621:15, 4621:21, 4621:22, 4621:23, 4621:24, 4622:6, 4622:7, 4622:11, 4622:16, 4622:19, 4622:24, 4623:2, 4623:7, 4623:8, 4623:9, 4623:14, 4623:16, 4623:19, 4623:20, 4624:2, 4624:13, 4625:21, 4625:25, 4626:13, 4627:24, 4628:6, 4629:1, 4629:7, 4629:8, 4629:10, 4629:14, 4629:22, 4630:5, 4630:8, 4630:9, 4630:11, 4630:14, 4630:16, 4630:20, 4630:22, 4631:1, 4631:2, 4631:4, 4631:5, 4631:6, 4631:7, 4631:9, 4631:11, 4631:12, 4631:14, 4631:18, 4631:20, 4631:24, 4632:2,

4632:11, 4632:15, 4632:21, 4632:22, 4633:1, 4633:2, 4633:3, 4633:7, 4634:2, 4635:13, 4635:16, 4636:1, 4636:12, 4637:15, 4637:21, 4637:24, 4637:25, 4638:2, 4638:3, 4638:14, 4639:10, 4639:11, 4639:13, 4639:25, 4640:4, 4641:11, 4641:18, 4641:23, 4642:1, 4642:3, 4642:11, 4642:18, 4642:21, 4642:22, 4642:25, 4643:13, 4643:16, 4643:22, 4643:24, 4644:13, 4644:20, 4645:7, 4645:10, 4645:11, 4645:12, 4645:17, 4645:21, 4645:22, 4645:24, 4646:2, 4646:3, 4646:6, 4646:10, 4646:13, 4646:25, 4647:1, 4647:4, 4647:9, 4647:19, 4647:20, 4648:1, 4648:3, 4648:21, 4649:3, 4649:9, 4649:16, 4649:19, 4649:22, 4649:25, 4650:3, 4650:7, 4650:10, 4650:13, 4650:19, 4650:20, 4650:23, 4651:1, 4651:2, 4651:5, 4651:7, 4651:9, 4651:20, 4651:21, 4651:23, 4652:1, 4652:5, 4652:6, 4652:10, 4652:11, 4652:13, 4652:18, 4653:23, 4654:2, 4654:6, 4654:8, 4654:20, 4655:2, 4655:14, 4655:17, 4656:5, 4656:12, 4656:14, 4656:15, 4656:19, 4656:23, 4656:24, 4657:2, 4657:3, 4657:7, 4657:8, 4657:14, 4657:17, 4657:25, 4658:1, 4658:5, 4658:12, 4658:14, 4658:17, 4658:24, 4659:5, 4659:15, 4659:18,

4659:19, 4659:25, 4660:3, 4660:10, 4660:14, 4660:18, 4660:21, 4661:1, 4661:10, 4661:13, 4661:16, 4661:17, 4661:18, 4661:19, 4661:22, 4662:4, 4662:5, 4662:8, 4662:14, 4662:17, 4663:3, 4663:4, 4663:9, 4663:17, 4663:20, 4663:23, 4663:24, 4664:2, 4664:4, 4665:1, 4665:3, 4665:12, 4665:15, 4665:17, 4665:18, 4665:19, 4665:25, 4666:7, 4666:19, 4666:23, 4667:2

**you'll** [3] - 4514:2, 4558:2, 4648:18

**you're** [37] - 4520:8, 4527:20, 4528:2, 4537:17, 4537:18, 4537:20, 4539:23, 4542:13, 4545:5, 4545:6, 4545:8, 4545:10, 4551:20, 4557:3, 4557:4, 4558:23, 4561:9, 4562:18, 4569:13, 4573:12, 4582:21, 4585:10, 4590:21, 4593:2, 4596:14, 4599:16, 4604:6, 4617:6, 4622:16, 4638:10, 4643:13, 4643:18, 4649:2, 4649:8, 4662:23, 4663:4, 4666:4

**you've** [13] - 4541:23, 4577:17, 4578:18, 4605:2, 4615:10, 4622:6, 4622:20, 4639:2, 4640:1, 4640:8, 4653:13, 4661:9, 4663:1

**young** [1] - 4523:1
**YOUNG** [1] - 4509:3
**younger** [3] - 4633:17, 4633:24, 4634:3

**your** [149] - 4513:20, 4513:24, 4514:2, 4514:10, 4519:5, 4519:19, 4521:5, 4521:12, 4522:2,

4526:6, 4526:15, 4531:7, 4531:16, 4533:3, 4533:5, 4535:13, 4539:9, 4541:23, 4545:17, 4546:15, 4548:8, 4548:14, 4554:21, 4555:1, 4556:11, 4557:15, 4558:9, 4559:11, 4560:13, 4561:10, 4562:1, 4568:25, 4569:24, 4570:1, 4570:6, 4574:20, 4576:10, 4576:11, 4577:12, 4577:17, 4578:2, 4579:2, 4580:23, 4581:6, 4581:13, 4581:18, 4582:11, 4583:5, 4584:9, 4589:15, 4589:18, 4589:21, 4595:19, 4598:13, 4599:6, 4599:9, 4601:9, 4605:6, 4606:16, 4607:3, 4608:16, 4610:8, 4610:18, 4611:22, 4612:4, 4612:8, 4614:4, 4616:3, 4617:5, 4618:17, 4620:8, 4621:10, 4621:11, 4621:12, 4621:18, 4621:21, 4621:24, 4622:6, 4623:8, 4623:22, 4625:1, 4627:22, 4628:11, 4629:13, 4629:24, 4630:5, 4631:11, 4633:3, 4637:16, 4638:2, 4640:22, 4641:14, 4641:20, 4641:25, 4642:2, 4642:4, 4642:10, 4642:12, 4642:14, 4643:1, 4643:21, 4645:2, 4645:19, 4647:13, 4647:22, 4647:23, 4648:12, 4648:14, 4648:18, 4648:19, 4649:9, 4650:4, 4652:20, 4652:24, 4653:15, 4654:13, 4654:17, 4654:20, 4655:5, 4655:12, 4655:13, 4655:20, 4656:5, 4656:8, 4656:23, 4657:3, 4657:13, 4657:14, 4658:1, 4658:9, 4659:6,

4660:15, 4661:17, 4662:4, 4662:8, 4662:20, 4663:3, 4663:11, 4663:23, 4666:20, 4667:2
**yours** [2] - 4550:7, 4601:9
**yourself** [3] - 4551:23, 4569:13, 4586:11


# Z

**zero** [1] - 4640:24

"

**"MIKE"** [1] - 4510:2