1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG  *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE        *
5    GULF OF MEXICO ON APRIL 20, 2010  *   Section J
                                       *
6    Applies to:                       *   New Orleans, Louisiana
                                       *
7    Docket 10-CV-02771,               *   March 19, 2013
     *IN RE:  THE COMPLAINT AND*        *
8    *PETITION OF TRITON ASSET*         *
     *LEASING GmbH, et al*              *
9                                      *
     Docket 10-CV-4536,                *
10   *UNITED STATES OF AMERICA v.*      *
     *BP EXPLORATION & PRODUCTION,*     *
11   *INC., et al*                      *
                                       *
12   * * * * * * * * * * * * * * * * * *

13

14                   DAY 14, AFTERNOON SESSION
                   TRANSCRIPT OF NONJURY TRIAL
15            BEFORE THE HONORABLE CARL J. BARBIER
                   UNITED STATES DISTRICT JUDGE

16

17   Appearances:

18

19   For the Plaintiffs:         Domengeaux Wright Roy
                                    & Edwards, LLC
20                               BY:  JAMES P. ROY, ESQ.
                                 556 Jefferson Street, Suite 500
21                               Post Office Box 3668
                                 Lafayette, Louisiana 70502

22

23   For the Plaintiffs:         Herman Herman & Katz, LLC
                                 BY:  STEPHEN J. HERMAN, ESQ.
24                               820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113

25

                         OFFICIAL TRANSCRIPT

1  <u>Appearances</u>:

2

3  For the Plaintiffs:         Cunningham Bounds, LLC
                               BY:  ROBERT T. CUNNINGHAM, ESQ.
                               1601 Dauphin Street
4                              Mobile, Alabama 36604

5

6  For the Plaintiffs:         Lewis Kullman Sterbcow & Abramson
                               BY:  PAUL M. STERBCOW, ESQ.
                               601 Poydras Street, Suite 2615
7                              New Orleans, Louisiana 70130

8

9  For the Plaintiffs:         Breit Drescher Imprevento
                                 & Walker, PC
                               BY:  JEFFREY A. BREIT, ESQ.
10                             600 22nd Street, Suite 402
                               Virginia Beach, Virginia 23451

11

12 For the Plaintiffs:         Leger & Shaw
                               BY:  WALTER J. LEGER JR., ESQ.
13                             600 Carondelet Street, 9th Floor
                               New Orleans, Louisiana 70130

14

15 For the Plaintiffs:         Williams Law Group, LLC
                               BY:  CONRAD "DUKE" WILLIAMS, ESQ.
16                             435 Corporate Drive, Suite 101
                               Houma, Louisiana 70360

17

18 For the Plaintiffs:         Thornhill Law Firm
                               BY:  TOM THORNHILL, ESQ.
19                             1308 Ninth Street
                               Slidell, Louisiana 70458

20

21 For the Plaintiffs:         deGravelles Palmintier Holthaus
                                 & Frugé, LLP
22                             BY:  JOHN W. DEGRAVELLES, ESQ.
                               618 Main Street
23                             Baton Rouge, Louisiana 70801

24

25

OFFICIAL TRANSCRIPT

1   <u>Appearances</u>:

2

3   For the Plaintiffs:              Williamson & Rusnak
                                     BY:  JIMMY WILLIAMSON, ESQ.
                                     4310 Yoakum Boulevard
4                                    Houston, Texas 77006

5

6   For the Plaintiffs:              Irpino Law Firm
                                     BY:  ANTHONY IRPINO, ESQ.
                                     2216 Magazine Street
7                                    New Orleans, Louisiana 70130

8

9   For the United States            U.S. Department of Justice
    of America:                      Torts Branch, Civil Division
                                     BY:  R. MICHAEL UNDERHILL, ESQ.
10                                   450 Golden Gate Avenue
                                     7-5395 Federal Bldg., Box 36028
11                                   San Francisco, California 94102

12

13  For the United States            U.S. Department of Justice
    of America:                      Environment & Natural Resources
                                     Environmental Enforcement Section
14                                   BY:  STEVEN O'ROURKE, ESQ.
                                          SCOTT CERNICH, ESQ.
15                                        DEANNA CHANG, ESQ.
                                          RACHEL HANKEY, ESQ.
16                                        A. NATHANIEL CHAKERES, ESQ.
                                     Post Office Box 7611
17                                   Washington, D.C. 20044

18

19  For the United States            U.S. Department of Justice
    of America:                      Torts Branch, Civil Division
                                     BY:  JESSICA McCLELLAN, ESQ.
20                                        MICHELLE DELEMARRE, ESQ.
                                          JESSICA SULLIVAN, ESQ.
21                                        SHARON SHUTLER, ESQ.
                                          MALINDA LAWRENCE, ESQ.
22                                   Post Office Box 14271
                                     Washington, D.C. 20004

23

24

25

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2

 3   For the United States      U.S. Department of Justice
     of America:                Fraud Section
                                Commercial Litigation Branch
 4                              BY:  DANIEL SPIRO, ESQ.
                                     KELLEY HAUSER, ESQ.
 5                                   ELIZABETH YOUNG, ESQ.
                                Ben Franklin Station
 6                              Washington, D.C. 20044

 7

 8   For the State of           Attorney General of Alabama
     Alabama:                   BY:  LUTHER STRANGE, ESQ.
                                     COREY L. MAZE, ESQ.
 9                                   WINFIELD J. SINCLAIR, ESQ.
                                500 Dexter Avenue
10                              Montgomery, Alabama 36130

11

12   For the State of           Attorney General of Louisiana
     Louisiana:                 BY:  JAMES D. CALDWELL, ESQ.
                                1885 North Third Street
13                              Post Office Box 94005
                                Baton Rouge, Louisiana 70804

14

15   For the State of           Kanner & Whiteley, LLC
     Louisiana:                 BY:  ALLAN KANNER, ESQ.
16                                   DOUGLAS R. KRAUS, ESQ.
                                701 Camp Street
17                              New Orleans, Louisiana 70130

18

19   For BP Exploration &       Liskow & Lewis, APLC
     Production Inc.,           BY:  DON K. HAYCRAFT, ESQ.
     BP America Production      701 Poydras Street, Suite 5000
20   Company, BP PLC:           New Orleans, Louisiana 70139

21

22   For BP Exploration &       Kirkland & Ellis, LLP
     Production Inc.,           BY:  J. ANDREW LANGAN, ESQ.
     BP America Production           HARIKLIA "CARRIE" KARIS, ESQ.
23   Company, BP PLC:                MATTHEW T. REGAN, ESQ.
                                300 N. Lasalle
24                              Chicago, Illinois 60654

25
```

1    Appearances:

2

3    For BP Exploration &              Covington & Burling, LLP
     Production Inc.,                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production             1201 Pennsylvania Avenue, NW
4    Company, BP PLC:                  Washington, D.C. 20004

5

6    For Transocean Holdings           Frilot, LLC
     LLC, Transocean Offshore          BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,          1100 Poydras Street, Suite 3700
7    Transocean Deepwater Inc.:        New Orleans, Louisiana 70163

8

9    For Transocean Holdings           Sutherland Asbill & Brennan, LLP
     LLC, Transocean Offshore          BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,               RACHEL G. CLINGMAN, ESQ.
10   Transocean Deepwater Inc.:        1001 Fannin Street, Suite 3700
                                       Houston, Texas 77002
11

12   For Transocean Holdings           Munger Tolles & Olson, LLP
     LLC, Transocean Offshore          BY:  MICHAEL R. DOYEN, ESQ.
13   Deepwater Drilling Inc.,               BRAD D. BRIAN, ESQ.
     Transocean Deepwater Inc.:             LUIS LI, ESQ.
14                                     355 S. Grand Avenue, 35th Floor
                                       Los Angeles, California 90071
15

16   For Transocean Holdings           Mahtook & Lafleur
     LLC, Transocean Offshore          BY:  RICHARD J. HYMEL, ESQ.
17   Deepwater Drilling Inc.,          600 Jefferson Street, Suite 1000
     Transocean Deepwater Inc.:        Post Office Box 3089
18                                     Lafayette, Louisiana 70501

19

20   For Transocean Holdings           Hughes Arrell Kinchen, LLP
     LLC, Transocean Offshore          BY:  JOHN KINCHEN, ESQ.
     Deepwater Drilling Inc.,          2211 Norfolk, Suite 1110
21   Transocean Deepwater Inc.:        Houston, Texas 77098

22

23   For Cameron International         Stone Pigman Walther Wittmann, LLC
     Corporation:                      BY:  PHILLIP A. WITTMANN, ESQ.
                                       546 Carondelet Street
24                                     New Orleans, Louisiana 70130

25

                         OFFICIAL TRANSCRIPT

4673

```
 1   Appearances:

 2

 3   For Cameron International       Beck Redden & Secrest, LLP
     Corporation:                   BY:  DAVID J. BECK, ESQ.
 4                                        DAVID W. JONES, ESQ.
                                          GEOFFREY GANNAWAY, ESQ.
                                          ALEX B. ROBERTS, ESQ.
 5                                   1221 McKinney Street, Suite 4500
                                     Houston, Texas 77010
 6

 7   For Halliburton Energy         Godwin Lewis, PC
     Services, Inc.:                BY:  DONALD E. GODWIN, ESQ.
 8                                        BRUCE W. BOWMAN JR., ESQ.
                                          FLOYD R. HARTLEY JR., ESQ.
 9                                        GAVIN HILL, ESQ.
                                     1201 Elm Street, Suite 1700
10                                   Dallas, Texas 75270

11

12   For Halliburton Energy:        Godwin Lewis, PC
     Services, Inc.:                BY:  JERRY C. VON STERNBERG, ESQ.
13                                   1331 Lamar, Suite 1665
                                     Houston, Texas 77010

14

15   For M-I, LLC:                  Morgan Lewis & Bockius
                                     BY:  HUGH E. TANNER, ESQ.
16                                        DENISE SCOFIELD, ESQ.
                                          JOHN C. FUNDERBURK, ESQ.
17                                   1000 Louisiana Street, Suite 4000
                                     Houston, Texas 77002
18

19   Official Court Reporter:       Jodi Simcox, RMR, FCRR
                                     500 Poydras Street, Room HB-406
20                                   New Orleans, Louisiana 70130
                                     (504) 589-7780
21                                   Jodi_Simcox@laed.uscourts.gov

22

23

24   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
25
```

OFFICIAL TRANSCRIPT

1                              <u>I N D E X</u>

2                                                        <u>Page</u>

3

Steven Newman
4        Cross-Examination By Mr. Regan:              4677
         Redirect Examination By Mr. Brian:           4743
5

Timothy Leo Quirk
6        Direct Examination Mr. Breit                 4753
         Cross-Examination By Ms. McClellan:          4808
7        Cross-Examination By Mr. Maze:               4824
         Direct Examination By Mr. Hill:              4843
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         OFFICIAL TRANSCRIPT

|   |   |
|---|---|
| 1 | * * * |
| 2 | **AFTERNOON SESSION** |
| 3 | **(March 19, 2013)** |
| 4 | * * * * * |
| 5 | **THE DEPUTY CLERK:**  All rise. |
| 6 | **THE COURT:**  Please be seated, everyone. |
| 7 | All right.  Let's see.  Halliburton? |
| 8 | **MR. GODWIN:**  Yes, Your Honor.  Halliburton has no |
| 9 | questions of this witness, Your Honor. |
| 10 | **THE COURT:**  Thank you. |
| 11 | **MR. GODWIN:**  You're welcome. |
| 12 | **THE COURT:**  BP? |
| 13 | **MR. WILLIAMS:**  Your Honor, do you want to do -- just |
| 14 | to finish up the Webster exhibits? |
| 15 | **THE COURT:**  We can do that. |
| 16 | **MR. WILLIAMS:**  Okay.  Thank you. |
| 17 | We would formally offer and introduce the |
| 18 | exhibits used with Mr. Webster's testimony, Your Honor.  We've |
| 19 | circulated the requisite list, have had -- or heard no |
| 20 | objections and thus would like to move formally for their |
| 21 | introduction into evidence. |
| 22 | **THE COURT:**  All right.  Does anyone have any |
| 23 | objections to the plaintiffs' list of exhibits in conjunction |
| 24 | with Mr. Webster's testimony? |
| 25 | Hearing none, those are admitted. |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 13:35 | 1 | **MR. HAYCRAFT:**  Your Honor, BP does the same.  We have |
| 13:35 | 2 | a list of exhibits that we wish to move into evidence used |
| 13:35 | 3 | during Mr. Webster's deposition -- during Webster's |
| 13:35 | 4 | examination. |
| 13:35 | 5 | **THE COURT:**  Any objections? |
| 13:35 | 6 | Without any objections, those are admitted. |
| 13:35 | 7 | **MR. KINCHEN:**  Your Honor, John Kinchen, Transocean. |
| 13:35 | 8 | Transocean would also like to formally move to introduce the |
| 13:36 | 9 | exhibits that were referenced in cross-examination of Geoff |
| 13:36 | 10 | Webster.  We've distributed that list and have received no |
| 13:36 | 11 | objections. |
| 13:36 | 12 | **THE COURT:**  Any objections to Transocean? |
| 13:36 | 13 | Hearing none, those are admitted.  Okay. |
| 13:36 | 14 | **MR. IRPINO:**  Judge, Anthony Irpino for the PSC.  We |
| 13:36 | 15 | also have our list of exhibits used in connection with |
| 13:36 | 16 | Mr. Barnhill's testimony.  We've sent those around and received |
| 13:36 | 17 | no -- |
| 13:36 | 18 | **THE COURT:**  We've not finished with his testimony |
| 13:36 | 19 | yet.  Why don't you wait and we'll do those all together. |
| 13:36 | 20 | Okay. |
| 13:36 | 21 | **MR. IRPINO:**  Sure. |
| 13:36 | 22 | **THE COURT:**  Anything else before we resume? |
| 13:36 | 23 | All right.  Mr. Regan. |
| 13:36 | 24 | **MR. REGAN:**  Thank you, Your Honor. |
| 09:20 | 25 | (WHEREUPON, **STEVEN NEWMAN**, having been previously |

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

| | | |
|---|---|---|
| 09:20 | 1 | duly sworn, testified as follows.) |
| 13:36 | 2 | **CROSS-EXAMINATION** |
| 13:36 | 3 | BY MR. REGAN: |
| 13:36 | 4 | Q.   Good afternoon, Mr. Newman.  Again, my name is Matt Regan. |
| 13:36 | 5 | I represent BP, and I have you on cross-examination. |
| 13:36 | 6 | Mr. Newman, I'm going to endeavor to try not to cover |
| 13:36 | 7 | anything that we've repeated earlier today.  I'll do my best on |
| 13:36 | 8 | that, hopefully. |
| 13:36 | 9 | But with respect to Transocean's business, Transocean |
| 13:36 | 10 | is in the business -- you say you own rigs and you have a crew |
| 13:36 | 11 | to operate them.  Is that fair? |
| 13:36 | 12 | A.   Yes.  That's the basis of our business. |
| 13:37 | 13 | Q.   And you believe Transocean is the best in the world when |
| 13:37 | 14 | it comes to drilling of complex offshore wells; correct? |
| 13:37 | 15 | A.   I do. |
| 13:37 | 16 | Q.   And the capabilities of Transocean people, to you, they |
| 13:37 | 17 | are capable of drilling in some of the world's most difficult |
| 13:37 | 18 | and harsh environments; correct? |
| 13:37 | 19 | A.   I believe that. |
| 13:37 | 20 | Q.   And you have confidence in them to not only do those |
| 13:37 | 21 | things, but to do them well; correct? |
| 13:37 | 22 | A.   I do, yes. |
| 13:37 | 23 | MR. REGAN:  I'd like to pull up TREX-5642. |
| 13:37 | 24 | BY MR. REGAN: |
| 13:37 | 25 | Q.   Which is a letter dated March 24th, 2010, to shareholders. |

STEVEN NEWMAN - CROSS

13:37   1   That must have been about a month into your time as CEO.  This

13:37   2   is the cover page on the proxy statement, the annual report.

13:37   3          MR. REGAN:  If we go to TREX-5642.5.1.

13:37   4   BY MR. REGAN:

13:37   5   Q.   I'll just show you your signature on there.

13:37   6          Do you recall writing and signing this letter that

13:37   7   went to -- as the cover to Transocean's annual report in late

13:37   8   March 2010?

13:37   9   A.   I do.

13:37  10   Q.   Okay.  So this is about a month before April 20th;

13:38  11   correct?

13:38  12   A.   Yes.

13:38  13   Q.   All right.

13:38  14          MR. REGAN:  If we could turn to page 2,

13:38  15   TREX-5642.2.1.

13:38  16   BY MR. REGAN:

13:38  17   Q.   Just to see if this is fair, there's a description about

13:38  18   Transocean Limited.  Do you see it there?

13:38  19   A.   Yes.

13:38  20   Q.   "Transocean Limited is the world's largest offshore

13:38  21   drilling contractor and leading provider of drilling management

13:38  22   services worldwide."

13:38  23          Correct?

13:38  24   A.   That's what the document says.

13:38  25   Q.   As of that time, Transocean had a fleet of 140 mobile

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:38  1   offshore drilling units, plus three newbuild units; correct?

13:38  2   **A.**   That's what the document says.

13:38  3   **Q.**   And Transocean believes that its fleet was one of the most

13:38  4   modern and versatile in the world due to its emphasis on

13:38  5   technically demanding sectors of the offshore drilling

13:38  6   business; correct?

13:38  7   **A.**   That's what the document says.

13:38  8   **Q.**   And it also highlights the fact that Transocean has

13:38  9   achieved a long history of firsts, in the words of the

13:38  10  document; correct?

13:38  11  **A.**   That's what the document says.

13:38  12  **Q.**   Including the first dynamically positioned drillship, and

13:38  13  some other firsts; right?

13:38  14  **A.**   Yes.

13:38  15  **Q.**   And at the bottom, it says:  "Transocean:  Positioned to

13:39  16  Lead."

13:39  17         Was that one of the models of the company there in

13:39  18  March of 2010?

13:39  19  **A.**   We used that as the theme for our 2009 annual report and

13:39  20  our 2010 proxy statement.

13:39  21  **Q.**   And in this proxy statement, you specifically highlighted

13:39  22  the *Deepwater Horizon's* expertise amongst all of those

13:39  23  140 rigs; correct?

13:39  24  **A.**   I think that was on the basis of the type of well that the

13:39  25  rig had drilled in 2009 with BP.

STEVEN NEWMAN - CROSS

13:39  1   Q.   Go to 5642.4.4.  So again on March 24th, 2010, your letter

13:39  2   stated that "Transocean continues to be the industry leader in

13:39  3   technology, which gives us a strong competitive advantage.  Our

13:39  4   expertise in helping customers drill complex and challenging

13:39  5   wells is well-documented in deepwater and harsh environments,

13:39  6   and the latest example in 2009 was our ultradeepwater

13:39  7   semisubmersible drilling rig, *Deepwater Horizon*, which drilled

13:40  8   the deepest oil and gas wells ever while working for BP in the

13:40  9   U.S. Gulf of Mexico.  The well was drilled to a record depth of

13:40  10  35,050 feet, including 4,130 feet of water."

13:40  11       Correct?

13:40  12  A.   That's what the document says.

13:40  13  Q.   That was a historic achievement, was it not?

13:40  14  A.   It was.

13:40  15  Q.   It was one that Transocean shared with BP; correct?

13:40  16  A.   We did, yes.

13:40  17  Q.   That was a well that was designed by BP engineers;

13:40  18  correct?

13:40  19  A.   That's correct.

13:40  20  Q.   That well was drilled by the Transocean *Deepwater Horizon*

13:40  21  crew; correct?

13:40  22  A.   Yes.

13:40  23  Q.   And there were BP well site leaders onboard when that well

13:40  24  was drilled; correct?

13:40  25  A.   I believe so.  That would be the normal circumstances,

OFFICIAL TRANSCRIPT

4681

STEVEN NEWMAN - CROSS

13:40  1   yes.

13:40  2   **Q.**   That was the team?

13:40  3   **A.**   Yes.

13:40  4   **Q.**   And I recall that in one of your investor speeches, you

13:40  5   said:  "With respect to Transocean's people and their

13:40  6   achievements, we've been there and done that."

13:40  7        Do you recall using those words?

13:40  8   **A.**   I have used those words in the past.

13:40  9   **Q.**   And the Transocean *Deepwater Horizon*, it had been there

13:40  10  and it had done that.

13:40  11  **A.**   The *Deepwater Horizon* had an exemplary track record and

13:41  12  had done some pretty amazing things.

13:41  13  **Q.**   Now, you've also said in the past that "Transocean

13:41  14  provides the safest, most effective and efficient drilling at

13:41  15  all water depths."

13:41  16        Do you recall using those words?

13:41  17  **A.**   I have probably used those words in the past, yes.

13:41  18  **Q.**   And you would agree it would be fair for both the public

13:41  19  and for the operators, like BP, to rely on those type of

13:41  20  statements; that is, to rely on "Transocean will be providing

13:41  21  the safest, most effective and efficient drilling"?

13:41  22  **A.**   If you're -- are you asking me whether the public can rely

13:41  23  on me making those statements?

13:41  24  **Q.**   Just the statements themselves.

13:41  25  **A.**   Yes.  As CEO, you know, I'm taught not to make public

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:41  1  statements that I don't believe are true; and so, yeah, I

13:41  2  believe those statements.

13:41  3  **Q.**   So we have Transocean being top of the market amongst

13:41  4  drilling contractors; is that right?

13:41  5  **A.**   Yes.

13:41  6  **Q.**   And the *Deepwater Horizon* was top of the market at

13:41  7  Transocean?

13:41  8  **A.**   The *Deepwater Horizon* was one of our best-performing rigs.

13:41  9       **MR. REGAN:**  If we could pull up TREX-41215,

13:42  10  41215.1.2.

13:42  11  **BY MR. REGAN:**

13:42  12  **Q.**   And what I have here, Mr. Newman, is your -- an excerpt

13:42  13  from your testimony in Congress on May 18th, 2010.

13:42  14       **MR. REGAN:**  I think if we go to the -- try .1.2.  Or

13:42  15  .1.1 then.

13:42  16  **BY MR. REGAN:**

13:42  17  **Q.**   Now, this is a written statement that you gave with

13:42  18  respect to that testimony; is that right?

13:42  19  **A.**   I believe so, yes.

13:42  20       **MR. REGAN:**  Now, if we can go to .1.3.

13:42  21            Nope.  All right.

13:42  22  **BY MR. REGAN:**

13:42  23  **Q.**   Well, do you recall, Mr. Newman, as we're pulling it up,

13:42  24  in a statement saying that "The well construction process was a

13:42  25  collaborative effort involving various entities and many

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:42　1　personnel, the well operator, government officials, the

13:43　2　drilling contractor, the mud contractor, the casing contractor,

13:43　3　the cement contractor, and others"?

13:43　4　　　　Do you recall using those words?

13:43　5　A.　That's what the document says, yes.

13:43　6　Q.　All right.  I know that's what the document says, but you

13:43　7　believed these words when you said them; right?

13:43　8　A.　Yes.

13:43　9　Q.　And you believe them to be true today?

13:43　10　A.　Yes.

13:43　11　　　　MR. REGAN:  Now, if I could pull up D-4341.1.

13:43　12　4341.1.

13:43　13　BY MR. REGAN:

13:43　14　Q.　This is a demonstrative that we have put together.  I

13:43　15　think Transocean has a similar one, but really about the

13:43　16　history of *the Deepwater Horizon*'s drilling from the time it

13:43　17　went into service through 2010.

13:43　18　　　　And with the exception of one well in the life of

13:43　19　that rig, you're aware that the operator for all of the wells

13:43　20　that were drilled by the *Deepwater Horizon* was BP; correct?

13:43　21　A.　As you said, with the exception of one well, BP was the

13:43　22　operator, yes.

13:43　23　Q.　And what we have here are a few of the successes.  We

13:43　24　talked about Tiber already, but we had Walker Ridge, the

13:44　25　deepest water depth that had been drilled back in 200 -- end of

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:44  1    '04 into '05; right?

13:44  2    A.   Yes.

13:44  3    Q.   And these wells -- these wells that we see on D-4341,

13:44  4    these wells had losses; right?  Did these wells have losses

13:44  5    when they were being drilled?

13:44  6    A.   I don't know.  I haven't reviewed the well reports for all

13:44  7    those wells.

13:44  8    Q.   So whether they had losses or kicks, you don't know?

13:44  9    A.   I do not know.

13:44  10   Q.   But you do know they were successfully completed?

13:44  11   A.   I --

13:44  12   Q.   As far as you know?

13:44  13   A.   As far as I know, but...

13:44  14   Q.   The -- you said earlier you considered the *Deepwater*

13:44  15   *Horizon*'s performance to be exemplary; correct?

13:44  16   A.   Yes.

13:44  17   Q.   And that performance is also a testament to the successful

13:44  18   collaboration that had taken place amongst all of the various

13:44  19   entities involved with the wells that were drilled here on this

13:44  20   page?

13:44  21   A.   I think that's the only way you could deliver a track

13:44  22   record like that, is if you had a well-performing team.

13:45  23   Q.   If you had to pick a rig in 2010 to drill a well, it would

13:45  24   be hard to choose a better rig than the *Deepwater Horizon*,

13:45  25   wouldn't it?

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:45   1   **A.**   The *Deepwater Horizon* was one of our best-performing rigs,

13:45   2   yes.

13:45   3   **Q.**   The equipment on the *Deepwater Horizon*, as of April --

13:45   4   well, as of January 2010, that met or exceeded industry

13:45   5   standard for a MODU drilling deepwater wells; correct?

13:45   6   **A.**   I believe so, yes.

13:45   7   **Q.**   And the crew, the people on that rig, they met or exceeded

13:45   8   industry standard for drilling deepwater wells; is that

13:45   9   correct?

13:45   10   **A.**   I believe so, yes.

13:45   11          **MR. REGAN:**  I'd like to pull up an organizational

13:45   12   chart, D-4594.

13:45   13   **BY MR. REGAN:**

13:45   14   **Q.**   Mr. Newman, this is not a complete organization chart of

13:45   15   every Transocean employee, but just to try to orient our

13:45   16   examination and for the Court, I just wanted to highlight a few

13:45   17   of the individuals that are either going to be testifying or

13:45   18   that have documents that have been shown already this morning

13:46   19   or on prior examinations.

13:46   20          Do you see yourself on this chart as CEO and

13:46   21   president, Mr. Newman?

13:46   22   **A.**   Yes.

13:46   23   **Q.**   And that was your position as of April 20th, 2010;

13:46   24   correct?

13:46   25   **A.**   Yes.

STEVEN NEWMAN - CROSS

13:46   1    **Q.**   Again, this is D-4594, if I didn't say that for the

13:46   2    record.

13:46   3          And underneath you, you have Adrian Rose and Jimmy

13:46   4    Moore; is that right?

13:46   5    **A.**   Yes.

13:46   6    **Q.**   Is that the HSE side of the house for Transocean?

13:46   7    **A.**   It is.

13:46   8    **Q.**   And then you have underneath -- we have Mr. McMahan.  Do

13:46   9    you see him, vice president of performance?

13:46   10   **A.**   I do.

13:46   11   **Q.**   And you talked about Mr. McMahan at some length earlier

13:46   12   today; is that right?

13:46   13   **A.**   Yes.

13:46   14   **Q.**   Over on the far left underneath VP of engineering and

13:46   15   technology, we see Bill Ambrose.  He's the director of

13:46   16   maintenance and technical support as of that time.  Does that

13:46   17   sound about right?  Do you know?

13:46   18   **A.**   Yes.

13:46   19   **Q.**   If we follow the line down from Mr. McMahan, we then have

13:46   20   Keelan Adamson, division manager.  I think you mentioned his

13:46   21   name today.  Is that right?

13:46   22   **A.**   Yes.

13:46   23   **Q.**   Is he now on the board of directors?

13:46   24   **A.**   Keelan?

13:46   25   **Q.**   Yes.

4687

STEVEN NEWMAN - CROSS

13:46   1   **A.**   No.   Keelan -- today Keelan is our vice president of human

13:47   2   resources.

13:47   3   **Q.**   Okay.

13:47   4        You have Steve Hand underneath Mr. McMahan; correct?

13:47   5   **A.**   Yes.

13:47   6   **Q.**   We know him.

13:47   7        We have Mr. Braniff?

13:47   8   **A.**   Yes.

13:47   9   **Q.**   Daun Winslow, Buddy Trahan, and Jerry Canducci.  Do you

13:47   10  see them?

13:47   11  **A.**   Yes.

13:47   12  **Q.**   All right.

13:47   13        Now we get to the bottom of the left side with

13:47   14  Mr. Kent and Mr. Johnson.  What were their roles, if you know?

13:47   15  **A.**   Mr. Johnson was the performance rig manager, and Mr. Kent

13:47   16  was the asset rig manager.

13:47   17        If I could just point out --

13:47   18  **Q.**   Please do.

13:47   19  **A.**   On this chart you have depicted Keelan Adamson as working

13:47   20  for Larry McMahan.

13:47   21  **Q.**   Yes.

13:47   22  **A.**   That's not accurate.

13:47   23  **Q.**   Is there a different person I have on the chart where he

13:47   24  works, or do I have it wrong?

13:47   25  **A.**   The line would have gone straight up from Keelan Adamson

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:47  1  up through the business unit performance and directly up that
13:47  2  way.
13:47  3  **Q.**   Okay.  So if I just drew that line straight to there?
13:47  4  **A.**   Yes.  That's correct.  Larry McMahan was a staff
13:47  5  individual, not a line management.
13:47  6  **Q.**   And Mr. Johnson, he was the onshore rig manager for the
13:48  7  *Deepwater Horizon*; right?
13:48  8  **A.**   He was the onshore rig manager/performance.
13:48  9  **Q.**   The job you had -- similar to the job you had when you
13:48  10 were in Brazil and some other places?
13:48  11 **A.**   Sort of.  If you look at the way this -- this is drawn, we
13:48  12 really have two individuals filling the role of rig manager.
13:48  13 Back when I did it, the company was organized in a way that you
13:48  14 only had one individual filling the role of rig manager.  So
13:48  15 here we have two.
13:48  16 **Q.**   Okay.  But it's the same concept.  Those two gentlemen
13:48  17 were doing the job where they were the first contact onshore
13:48  18 for the rig; right?
13:48  19 **A.**   Yes, that's correct.
13:48  20 **Q.**   And as we go to the right side of the page, on the rig, we
13:48  21 have Jimmy Harrell.  He was the OIM; correct?
13:48  22 **A.**   Yes.
13:48  23 **Q.**   Then we have a maintenance group underneath Mr. Bertone?
13:48  24 **A.**   Yes.
13:48  25 **Q.**   And you talked about them earlier today; correct?

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:48  1    **A.**    Yes.

13:48  2    **Q.**    Then we have the drilling group underneath Mr. Harrell

13:48  3    with Mr. Ezell, Mr. Wheeler, Mr. Anderson, and some others?

13:48  4    **A.**    Yes.

13:48  5    **Q.**    Again, it's not fully complete, but those are the key

13:48  6    players; correct?

13:48  7    **A.**    Yes.

13:48  8    **Q.**    And then we have a maritime group, where Curt --

13:49  9    Captain Kuchta; David Young, the chief mate; Andrea Fleytas,

13:49  10   the DP operator; and Yancy Keplinger, the DP operator?  Okay?

13:49  11   **A.**    Yes.

13:49  12   **Q.**    All right.  I may refer back and forth to this little

13:49  13   chart just to make sure that we stay oriented as to who had

13:49  14   which jobs and where they might be situated.

13:49  15   **A.**    Okay.

13:49  16   **Q.**    You talked on your direct about Transocean having -- I

13:49  17   think you used the phrase "narrow slice."  I just want to pull

13:49  18   up D-4275, which is a POB list, "persons onboard" of the

13:49  19   *Deepwater Horizon*.  I'm going to ask you some questions in some

13:49  20   detail today about some of the roles and responsibilities,

13:49  21   generally, like the questions you've already been asked.

13:49  22          But with respect to the people on the rig, rough

13:49  23   justice, would it surprise you that the vast majority of the

13:49  24   people on the rig would be Transocean employees?

13:49  25   **A.**    I think that's typically the case on our rigs around the

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:49  1    world.

13:49  2    Q.    So in term of the slice, however narrow or broad it might

13:50  3    be, of the actual people on the rig, generally speaking, the

13:50  4    drilling contractor's going to have the majority, if not

13:50  5    75 percent, of the people on the rig?

13:50  6    A.    There are typically more drilling contractor personnel on

13:50  7    a drilling rig than there are operator personnel or operator

13:50  8    subcontractor personnel.

13:50  9    Q.    And people are on the rig because they have jobs to do;

13:50  10   correct?

13:50  11   A.    That's the only reason for them to be out there,

13:50  12   Mr. Regan, yes.

13:50  13   Q.    There are no tourists?

13:50  14   A.    No, there are no tourists.

13:50  15   Q.    I'd now like to change to -- there were some questions

13:50  16   about Transocean and BP's contractual relationship, and I just

13:50  17   want to ask you a few questions about that, if I might.

13:50  18         Now, you understand there is a contract between

13:50  19   Transocean and BP?  You understand that?

13:50  20   A.    Yes.

13:50  21   Q.    And I'd like to pull up just a few provisions of it and

13:50  22   just confirm that they are consistent with your understanding.

13:50  23   If we could pull up TREX-1356A.20.4.

13:51  24         What I've pulled up, Mr. Newman, is Article 15 of

13:51  25   that contract, which is TREX-1356A under "Performance of

STEVEN NEWMAN - CROSS

13:51    1    Drilling Operations," and the contract states -- 15.1,

13:51    2    "Operations of Drilling Unit:  The contractor" -- which in this

13:51    3    case is Transocean -- "shall be solely responsible for the

13:51    4    operations of the drilling rig."

13:51    5              Do you see that?

13:51    6    A.    I do.

13:51    7    Q.    And it continues on and it says:  "Including operations

13:51    8    onboard the drilling unit as may be necessary or desirable for

13:51    9    the safety of the drilling unit."

13:51   10              Do you see that?

13:51   11    A.    I do.

13:51   12    Q.    And that's your understanding of one of the terms of the

13:51   13    agreement between BP and TO; correct?

13:51   14    A.    I think that's -- I think that's an article from the

13:51   15    drilling contract, yes.

13:51   16              MR. REGAN:  We'll pull up 1356A.20.4, also in

13:51   17    Section 15, which is "Performance of Drilling Operations."

13:51   18    BY MR. REGAN:

13:51   19    Q.    Are you understanding -- is it consistent with your

13:51   20    understanding, I should say, Mr. Newman, that there is a

13:51   21    provision in the contract with respect to prevention of fire

13:52   22    and blowouts?

13:52   23    A.    Yes, that would be consistent with my understanding.

13:52   24    Q.    And it states:  "Contractor" -- again, Transocean --

13:52   25    "shall maintain well control equipment in accordance with good

STEVEN NEWMAN - CROSS

13:52   1   oilfield practices at all times and shall use all reasonable
13:52   2   means to control and prevent fire and blowouts and to protect
13:52   3   the hole and all of the property of the company" -- in this
13:52   4   case BP.
13:52   5           Is that consistent with your understanding of one of
13:52   6   the terms of the contract?
13:52   7   A.   Generally consistent, yes.
13:52   8   Q.   You're not aware of any amendment of that term, are you?
13:52   9   A.   I'm not aware of, no.
13:52   10          MR. REGAN:  Let me pull up one more, 1356A.22.2.
13:52   11  BY MR. REGAN:
13:52   12  Q.   Again, Mr. Newman, are you aware that, under Article 17,
13:52   13  which is entitled "Safety," that contractually Transocean
13:52   14  agreed in 17.1 that "Contractor" -- Transocean -- "shall have
13:52   15  the primary responsibility for the safety of all its
13:52   16  operations, shall take all measures necessary or proper to
13:52   17  protect the personnel and facilities, and in addition, shall
13:53   18  observe all safety rules and regulations of any governmental
13:53   19  agency having jurisdiction over operations conducted hereunder.
13:53   20  Contractor shall place the highest priority on safety while
13:53   21  performing the work.  Contractor shall observe all of the
13:53   22  company's safety rules and guidelines as set forth in safety
13:53   23  and health manual of Vastar Resources and the requirements
13:53   24  contained in Exhibit D" -- and it continues:  "Contractor may
13:53   25  also have its own safety manual" -- we can go to the next page,

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:53   1   at the very top -- "and when contractor's and company's safety

13:53   2   manuals conflict, contractor's safety manual shall control."

13:53   3   Are those terms consistent with your understanding of

13:53   4   the agreement between BP and Transocean?

13:53   5   A.   These are provisions right out of that contract.

13:53   6   Q.   And so you understand that under the contract, if there's

13:53   7   a conflict between Transocean and BP's safety manual,

13:54   8   Transocean's manual controls?

13:54   9   A.   That's what the contract says.

13:54   10   Q.   We talked about a bridging document -- I'm done with that.

13:54   11   We talked about a bridging document, and I think you

13:54   12   said you have the same arrangement with every customer you

13:54   13   worked for; that is, Transocean has a safety system, the

13:54   14   operator or customer has a safety system, and you look at the

13:54   15   two of them and determine whether or not you need to bridge.

13:54   16   Is that fair?

13:54   17   A.   That's a general approach, yes.

13:54   18   Q.   All around the world?

13:54   19   A.   Yes.

13:54   20   Q.   Including the Gulf of Mexico?

13:54   21   A.   Including the Gulf of Mexico, yes.

13:54   22   Q.   Now, the concept of a bridging document, just to be clear

13:54   23   for the Court, that, in concept, is, if you identify a

13:54   24   difference between the policies, you need to bridge between

13:54   25   them.  Is that fair?

STEVEN NEWMAN - CROSS

13:54  1  A.   That's the general purpose of the bridging document, yes.

13:54  2  Q.   But if you both -- if the operator has a consistent policy

13:54  3  and you have a consistent policy, there's no need for a bridge;

13:54  4  correct?

13:54  5  A.   That's correct.

13:54  6  Q.   And again, that's how it happens every day of the week in

13:54  7  your business, regardless of who the operators are, all around

13:55  8  the world?

13:55  9  A.   That is our general approach to business, yes.

13:55  10  Q.   You also understand that there are regulations that apply,

13:55  11  not just to the operators under United States law, not just to

13:55  12  the operator, but also to the contractor with respect to steps

13:55  13  needed to be taken to keep wells under control.  You're

13:55  14  familiar with that?

13:55  15  A.   Yes.

13:55  16  Q.   Okay.  All right.  With respect to the equipment, you

13:55  17  talked a little bit already about it, but Transocean is

13:55  18  responsible for maintenance of any of the equipment that it

13:55  19  owns on the rig; correct?

13:55  20  A.   Yes, that's true.

13:55  21  Q.   And Transocean provides the maintenance crew, we've

13:55  22  already talked about; correct?

13:55  23  A.   Yes.

13:55  24  Q.   Transocean is responsible for the maintenance of the BOP

13:55  25  on the *Deepwater Horizon*; correct?

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:55  1  **A.**   Yes.

13:55  2  **Q.**   Transocean is responsible for training the drilling crew

13:55  3  on the *Deepwater Horizon*; correct?

13:55  4  **A.**   Yes.

13:55  5  **Q.**   Transocean is responsible for providing well control

13:55  6  training, specifically, to the members of the rig crew to whom

13:56  7  it pertains; correct?

13:56  8  **A.**   For the members -- yeah, for Transocean's employees, yes.

13:56  9  **Q.**   On the maritime side, Transocean is responsible for

13:56  10  providing the maritime crew; correct?

13:56  11  **A.**   Yes.

13:56  12  **Q.**   And Transocean is responsible for training the maritime

13:56  13  crew; correct?

13:56  14  **A.**   Yes.

13:56  15  **Q.**   And with respect to the BOP in specific, we've had some

13:56  16  testimony already about BOP pods and batteries in BOP pods.

13:56  17         Would you agree that the batteries in the BOP and

13:56  18  whether they were charged or not charged, that question and

13:56  19  that maintenance issue is a Transocean responsibility?

13:56  20  **A.**   Yeah.  I think earlier I said that, because the BOP is

13:56  21  ours and the pods are ours and the batteries within those pods

13:56  22  are ours, that's our responsibility to maintain and operate

13:56  23  that equipment.

13:56  24  **Q.**   And more broadly, as the supplier and owner of the BOP,

13:56  25  Transocean was responsible for complying with MMS regulations

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

13:57   1   with respect to the BOP; correct?

13:57   2   A.   We were certainly the owner.  Cameron was the original

13:57   3   supplier of the BOP.  We were the owner.

13:57   4   Q.   But my question was a little more specific.  As the

13:57   5   owner --

13:57   6   A.   Yes.

13:57   7   Q.   -- Transocean was responsible for complying with MMS

13:57   8   regulations as to the BOP; correct?

13:57   9   A.   Yes.

13:57   10  Q.   Now, there were modifications that were made to the BP --

13:57   11  or *Deepwater Horizon*'s BOP over the course of its ten-year

13:57   12  history?

13:57   13  A.   Yes.

13:57   14  Q.   You have general knowledge?

13:57   15  A.   General knowledge, yes.

13:57   16  Q.   With respect to drawings or other recordations of those

13:57   17  modifications, that would have been a Transocean responsibility

13:57   18  to keep that information; correct?

13:57   19  A.   Yes, yes.

13:57   20  Q.   I'd like to now turn to the safety management system.  You

13:57   21  had a fair number of questions about that.

13:57   22          Now, you were asked about the idea of trust, whether

13:57   23  you have trust in BP's safety management system and the

13:57   24  relationship between Transocean and BP.  Do you recall that

13:57   25  generally?

STEVEN NEWMAN - CROSS

| | | |
|---|---|---|
| 13:58 | 1 | **A.**   Yes. |
| 13:58 | 2 | **Q.**   Okay.  Now, I think you said you have -- you should have a |
| 13:58 | 3 | safety system for what you control.  I think those were your |
| 13:58 | 4 | words.  Does that sound fair? |
| 13:58 | 5 | **A.**   Yes. |
| 13:58 | 6 | **Q.**   And that's true for BP and for Transocean; correct? |
| 13:58 | 7 | **A.**   Yes. |
| 13:58 | 8 | **Q.**   And so there's mutual trust on those issues; correct? |
| 13:58 | 9 | **A.**   I think so, yes. |
| 13:58 | 10 | **Q.**   It's a two-way street? |
| 13:58 | 11 | **A.**   Yes. |
| 13:58 | 12 | **Q.**   BP puts its trust it Transocean for its safety policies |
| 13:58 | 13 | for what Transocean controls; and Transocean may put trust in |
| 13:58 | 14 | BP for BP's policies for what BP controls?  Fair? |
| 13:58 | 15 | **A.**   Yes. |
| 13:58 | 16 | **Q.**   And again, is that consistent with the way it works all |
| 13:58 | 17 | around the world? |
| 13:58 | 18 | **A.**   Yes.  Generally, yes. |
| 13:58 | 19 | **Q.**   Now, you were -- I just want to do this right off the bat. |
| 13:58 | 20 | You were shown some deposition testimony from Mr. John Baxter. |
| 13:58 | 21 | Do you recall that? |
| 13:58 | 22 | **A.**   I do. |
| 13:58 | 23 | **MR. REGAN:**   If we could put up Mr. Baxter's |
| 13:58 | 24 | testimony, deposition, page 175. |
| | 25 | |

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

| | | |
|---|---|---|
| 13:58 | 1 | **BY MR. REGAN:** |
| 13:58 | 2 | **Q.**   I think you were shown two lines from that deposition. |
| 13:58 | 3 | You were shown lines 14 and 15. |
| 13:59 | 4 | Do you recall being shown those two lines by counsel |
| 13:59 | 5 | for the State of Alabama? |
| 13:59 | 6 | **A.**   Yes. |
| 13:59 | 7 | **Q.**   I'd like to show you the question and answers that precede |
| 13:59 | 8 | this.  So if we could start with page 174, line 13. |
| 13:59 | 9 | Now, the question starts on line 13: |
| 13:59 | 10 | "QUESTION:  Now, so BP is using this MODU that it has |
| 13:59 | 11 | leased continuously since its creation in the Gulf of |
| 13:59 | 12 | Mexico. |
| 13:59 | 13 | "Is it your testimony that the *Deepwater Horizon* |
| 13:59 | 14 | did not have the OMS system apply to it?  First of all, is that |
| 13:59 | 15 | true?" |
| 13:59 | 16 | And do you see Mr. Baxter's answer starting at |
| 13:59 | 17 | line 19? |
| 13:59 | 18 | **A.**   Yes. |
| 13:59 | 19 | **Q.**   And he says: |
| 13:59 | 20 | "ANSWER:  There was no requirement to apply -- sorry, |
| 13:59 | 21 | I take that back.  OMS requires that where BP is |
| 13:59 | 22 | contracting any service which is -- and I can't recall the |
| 13:59 | 23 | words, but they're not on a BP entity -- then the business |
| 14:00 | 24 | which is contracting in that service reviews the safety |
| 14:00 | 25 | management system that the contractor is using.  And the |

STEVEN NEWMAN - CROSS

14:00   1          question then is, is that safety" -- go to the next
14:00   2          page -- "management system -- will it deliver the same --
14:00   3          let me remember the words.  It's something like 'it will
14:00   4          deliver the same intent as OMS.'
14:00   5              "The BP business is then required to carry out some
14:00   6   kind of gap assessment.  And the point is that the question is
14:00   7   then what, if anything, additional should be applied?
14:00   8              "And, of course, MAR is an element of OMS, taking an
14:00   9   isolation, one, may not be the right thing to do.  The other
14:00   10  thing is that MAR is a very high-level risk assessment."
14:00   11             Do you see that question and do you see that answer?
14:00   12  A.   Yes.
14:00   13  Q.   And were you shown that by the counsel for the State of
14:00   14  Alabama?
14:00   15  A.   No.
14:00   16  Q.   And that conflict that's described by Mr. Baxter, that an
14:00   17  operator will look at the contractor's safety management
14:00   18  system, determine if there are any gaps, determine if there
14:00   19  needs to be a bridge, and then proceed forward with mutual
14:00   20  trust of each other, that's what you see every day in your
14:01   21  business; correct?
14:01   22  A.   That is a -- that's not an uncommon occurrence across the
14:01   23  globe.
14:01   24  Q.   That's industry standard, isn't it?
14:01   25  A.   It is general industry standard for the operator to have a

STEVEN NEWMAN - CROSS

14:01   1   safety management system and the contractor to have a safety

14:01   2   management system, and for there to be a pretty thorough

14:01   3   comparison of those two safety management systems.  And if

14:01   4   there are gaps or differences, those need to be bridged.

14:01   5   **Q.**   And if there are no gaps, then you proceed at peace?

14:01   6   **A.**   Yes.

14:01   7   **Q.**   Now, I want to talk about your safety management system.

14:01   8           **MR. REGAN:**  If we could pull up 216.71.1 --

14:01   9   2016.7D-1.1.

14:01   10          This is an excerpt from your testimony on May 11th,

14:01   11  2010.

14:01   12          Mr. Newman, do you recall, in response to a question

14:02   13  from Senator Murkowski, who asked you if you have any

14:02   14  additional safety measures or modification procedures as a

14:02   15  result of incident, you said:  "Senator, we operate a

14:02   16  consistent standard of policies and procedures, maintenance

14:02   17  practices, and operating practices across the Transocean fleet

14:02   18  throughout the world."

14:02   19          I'm going to stop there.

14:02   20          Do you recall giving that answer?

14:02   21  **A.**   It's helpful to read it.  Yes.

14:02   22  **Q.**   Okay.  I just -- that's all I wanted, to just refresh you

14:02   23  as to that.  The system you are referring to is the Transocean

14:02   24  company management system; is that right?

14:02   25  **A.**   Yes.

STEVEN NEWMAN - CROSS

14:02 | 1   **Q.**   And that CMS system at Transocean serves as a governing
14:02 | 2   document.   And then there's -- below it, or underneath it, are
14:02 | 3   various functional policies and procedures that are part of the
14:02 | 4   overall system?
14:02 | 5   **A.**   Yes.
14:02 | 6   **Q.**   And it's Transocean's general practice to have its CMS
14:02 | 7   govern on its rigs rather than an operator -- operating
14:03 | 8   management system; correct?
14:03 | 9   **A.**   Yeah.   That's our preference because, you know, we train
14:03 | 10  our people to our safety management system, and we expect them
14:03 | 11  to operate our safety management system.   And consequently, on
14:03 | 12  rigs that are changing contracts frequently, they're not having
14:03 | 13  it change every time we change a contract.   They're operating a
14:03 | 14  consistent set of policies and procedures.
14:03 | 15  **Q.**   You find it less confusing for your employees, to make
14:03 | 16  sure that they know "We're working under Transocean's system"?
14:03 | 17  **A.**   Yes.   What I tell our people is that our approach to
14:03 | 18  safety management is independent of the customer we work for;
14:03 | 19  it's independent of the operator -- of the area we operate in;
14:03 | 20  it's independent of the type of rig we operate on.
14:03 | 21  We have a standard -- standard set of policies and
14:03 | 22  procedures that comprise our safety management system.
14:03 | 23  **Q.**   Let's turn to that, and just be brief.   But
14:03 | 24  Exhibit 5474.102.1.   This is TREX-5474.
14:04 | 25  This is a work chart that comes out of the

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:04  1  *Deepwater Horizon* operations integrity case.  I think you might
14:04  2  be able to see those words at the top.
14:04  3  **A.**   Yes.
14:04  4  **Q.**   And you know what an operations integrity case is; right?
14:04  5  **A.**   Yes.
14:04  6  **Q.**   And that's one of the documents that's put together as
14:04  7  part of Transocean's assessments of conducting safe operations?
14:04  8  **A.**   It is part of our safety management system.
14:04  9  **Q.**   I just want to briefly describe.  You see "Levels," this
14:04  10  "hierarchy of risk management documents."
14:04  11         Do you see that on the right side?
14:04  12  **A.**   Yes.
14:04  13  **Q.**   And, in fact, I think I have a demonstrative that's easier
14:04  14  to read than this.
14:04  15         **MR. REGAN:**  So, Diane, could we pull up D-4595.  I
14:04  16  hope it's easier to read.
14:04  17             There, I can read that better.
14:04  18  **BY MR. REGAN:**
14:04  19  **Q.**   This is the hierarchy within Transocean, correct, of the
14:04  20  company management system.  Right?
14:04  21  **A.**   Yeah.  I think this is a graphical depiction of our
14:05  22  comprehensive company management system.
14:05  23  **Q.**   And Level 1 and 1B, these ones here, kind of half the page
14:05  24  to the top, those are worldwide, companywide policies; right?
14:05  25  **A.**   Between Level 1, Level 1A, and Level 1B, those are the

STEVEN NEWMAN - CROSS

14:05  1    worldwide documents.

14:05  2    Q.    Level 2A and 2B, those are regional-type policies; right?

14:05  3    A.    Yes.

14:05  4    Q.    And then Level 3, down here at the bottom, those would be

14:05  5    location-specific or rig-specific policies; correct?

14:05  6    A.    Yes.

14:05  7    Q.    So this is the Transocean *Deepwater Horizon* operations

14:05  8    integrity case.  So we see at Level 3 they all say

14:05  9    *"Deepwater Horizon,"* and then the various manuals or policies

14:05  10   and procedures, they're in Level 3; right?

14:05  11   A.    Yes.

14:05  12   Q.    Okay.  Now, this system is prepared or maintained by

14:05  13   Transocean to ensure that management expectations are

14:05  14   communicated, understood, and implemented effectively; right?

14:05  15   A.    Yes.

14:05  16   Q.    Okay.  I want to just focus just briefly on the top left

14:06  17   corner.  I think you talked about it.

14:06  18        But this health and safety policies and procedures,

14:06  19   Level 1A, do you see that box?

14:06  20   A.    Yes.

14:06  21   Q.    All right.  That's TREX-1449.

14:06  22        And forgive me, before I get do that, let me do one

14:06  23   other thing.

14:06  24        With respect to the Macondo well, did you see the

14:06  25   drilling program where it expressly said which safety policy

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:06    1    was going to apply for drilling this well?  Did you see that?

14:06    2    **A.**   No.

14:06    3    **Q.**   Have you seen that?

14:06    4    **A.**   No.

14:06    5    **Q.**   Let me pull it up, 41222.31.1.

14:06    6        All right.  This is the drilling program.

14:06    7        And then I'll bring up 7685.1.4, which is the

14:07    8    transmission of that drilling program to the OIM in February of

14:07    9    2010 to the *Horizon*.

14:07    10        Do you see that there on the screen?

14:07    11        Let me now go to the first page of that program,

14:07    12    which I think is --

14:07    13        **MR. REGAN:**  Diane, if we could just come back into

14:07    14    the exhibit and go to -- sorry -- 7685.4.1.  Pardon me.  I have

14:07    15    it right here.  7685.4.1.

14:07    16    **BY MR. REGAN:**

14:07    17    **Q.**   All right.  This is the first page of the drilling program

14:07    18    for the Macondo well.  And do you see there on the first page,

14:07    19    under "Well information and well objectives, our H, S and E

14:07    20    objective is zero incidents, no harm to people, environment, or

14:07    21    equipment.  We will accomplish this by:"

14:07    22        And the first bullet is:  "Fully implementing

14:07    23    Transocean's health and safety management system on the

14:07    24    *Horizon*."  Do you see that?

14:07    25    **A.**   Yes.

STEVEN NEWMAN - CROSS

14:07  1  **Q.**   And that's consistent with what we've been talking about
14:07  2  in the last ten minutes.  Fair?
14:08  3  **A.**   Broadly speaking, I think so, yes.
14:08  4  **Q.**   Let's go back now to that policy document I had up a
14:08  5  minute ago, which is 1449.5.3 -- 1449.
14:08  6          Now, you were asked a few questions about
14:08  7  stop-the-job authority, and the Court has heard about
14:08  8  stop-the-job authority.  But just -- I think it would be
14:08  9  helpful to hear it from you.
14:08  10          Stop-the-job authority is a key component in
14:08  11  Transocean's safety management system; correct?
14:08  12  **A.**   Yes.
14:08  13  **Q.**   It's something that you talk about with your employees
14:08  14  every time you're out there around them; right?
14:08  15  **A.**   Yes.
14:08  16  **Q.**   It's both they have the right to stop the job, but they
14:08  17  have the obligation to exercise that authority if they see
14:08  18  something that they don't understand or they think is unsafe or
14:08  19  they think shouldn't proceed; correct?
14:08  20  **A.**   Yes.
14:08  21  **Q.**   And that's a fundamental part of the safety management
14:08  22  system; right?
14:08  23  **A.**   It is.
14:08  24  **Q.**   So if a well site leader tried to direct a Transocean rig
14:08  25  hand to do something that the rig hand thought was unsafe or

OFFICIAL TRANSCRIPT

4706

STEVEN NEWMAN - CROSS

14:09    1    didn't understand, it doesn't matter who asked the rig hand to
14:09    2    do it, he's entitled and obligated to stop that job; is that
14:09    3    right?
14:09    4    A.   Absolutely.
14:09    5    Q.   And that's not just a Transocean policy; that's the way
14:09    6    the oil and gas business works.   Right?
14:09    7    A.   Yes.
14:09    8    Q.   You've heard about that policy on your competitors' rigs;
14:09    9    right?  Maybe not.
14:09   10    A.   I would agree with your prior statement, which is that's
14:09   11    the general approach taken across the industry.
14:09   12    Q.   All right.  And in 1449.5.4 there's health and safety
14:09   13    policy statement that you signed.  And it expressly says in
14:09   14    there what we just said.  "Each employee has the obligation to
14:09   15    interrupt an operation to prevent an incident from occurring";
14:09   16    correct?
14:09   17    A.   That's what the document says.
14:09   18    Q.   And there's been no change in that policy; right?
14:09   19    A.   No.
14:09   20    Q.   Similarly, if a Transocean employee feels like he doesn't
14:09   21    have enough information about the job he's about to do,
14:09   22    stop-the-job authority would kick in; correct?
14:10   23    A.   Yes.
14:10   24    Q.   All right.  With respect to safety, you were asked, I
14:10   25    think by Mr. Brian, about what your role is for safety.  And

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:10   1   you described three things:  Make sure that a system exists;

14:10   2   make sure that the people that you hire understand the system

14:10   3   and execute against it; and set expectations to make sure

14:10   4   people are meeting them.  And I think sometimes you threw in a

14:10   5   Number 4, which is "intervene where necessary."

14:10   6   A.   Yes.

14:10   7   Q.   Do I have it right?

14:10   8   A.   Yes.

14:10   9   Q.   Good.  But within the health and safety policy, it

14:10   10  actually has some specific obligations for the chief executive

14:10   11  officer; correct?

14:10   12  A.   I believe it probably does, yes.

14:10   13  Q.   First, let me show you 1449.20.1.  And I didn't get to see

14:10   14  Mr. Cunningham's drawing, but I did note in the document that

14:10   15  there was a drawing in there that actually had a description

14:10   16  of -- from the OIM to the CEO, how the line management for HSE,

14:10   17  or for safety, works at Transocean.

14:10   18         Do you see that depicted on the screen?

14:11   19  A.   Yes.

14:11   20  Q.   And is that a fair depiction of how you would get from the

14:11   21  OIM through the various levels of management up to the CEO with

14:11   22  respect to safety?

14:11   23  A.   Yes.

14:11   24  Q.   Let me now go to 1449.15.1.

14:11   25         Again, we're in that Level 1 document.  Do you see

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:11   1   it?  There's a provision about the chief executive officer?

14:11   2   A.   Yes.

14:11   3   Q.   And it says:  "The chief executive officer is ultimately

14:11   4   responsible for the health, safety, and welfare of all

14:11   5   personnel working at company installations, facilities, and

14:11   6   offices."

14:11   7        And then it details some specific responsibilities;

14:11   8   correct?

14:11   9   A.   That's what the document says.

14:11   10  Q.   And you understand that to be the case.  That you, in that

14:11   11  role, are ultimately responsible for the health, safety, and

14:11   12  welfare of all personnel working at Transocean installations,

14:11   13  facilities, and offices; correct?

14:11   14  A.   As CEO, I'm ultimately responsible for a lot of things --

14:11   15  Q.   And the way you --

14:11   16  A.   -- including health, safety, and welfare.

14:12   17  Q.   And the way you discharge that ultimate responsibility

14:12   18  that you own, as per the policy, is you clarify expectations,

14:12   19  you hire competent people to carry them out, you track their

14:12   20  performance, and you intervene where necessary.  Is that fair?

14:12   21  A.   Yeah, I think that's a good description of an approach to

14:12   22  management.

14:12   23  Q.   You have ultimate responsibility, but you're not doing all

14:12   24  the work of the people below you, the 19,000 people at

14:12   25  Transocean; correct?

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:12  1    **A.**    No.

14:12  2    **Q.**    You can't do everything --

14:12  3    **A.**    Yes, that is correct.

14:12  4    **Q.**    Right.  So you try to discharge that ultimate

14:12  5    responsibility through expectations, through hiring competent

14:12  6    people, tracking their performance, and intervening where

14:12  7    necessary; right?

14:12  8    **A.**    Yes.

14:12  9    **Q.**    Let me show you 1449.123.1.  This is another chart that I

14:12  10   saw in this document.  You were asked about THINK procedures,

14:13  11   START programs, Task Risk Assessment, MAHRAs.  I just asked you

14:13  12   about operations integrity case.

14:13  13          I was hoping that this chart might organize our

14:13  14   conversation here and for the Court.  This is from the document

14:13  15   TREX-1449, page 123.

14:13  16          Do you see this as a representation, graphically, of

14:13  17   the levels of risk management within Transocean?

14:13  18   **A.**    Yes.

14:13  19   **Q.**    We see here the pencil on the side, "increasing complexity

14:13  20   and severity of risk," up the side; right?

14:13  21   **A.**    Yes.

14:13  22   **Q.**    The THINK procedures that are written here, both verbal,

14:13  23   individual, written, that's what we talked about earlier today;

14:13  24   correct?

14:13  25   **A.**    You used the word "procedures."  I think what that says is

STEVEN NEWMAN - CROSS

| | | |
|---|---|---|
| 14:13 | 1 | "process"; "THINK planning process, individual, verbal, and |
| 14:13 | 2 | written." |
| 14:13 | 3 | **Q.**   All right. |
| 14:13 | 4 | **A.**   And then you get to task-specific THINK procedures. |
| 14:13 | 5 | **Q.**   Okay.  Yes.  I skipped that one.  You're right. |
| 14:13 | 6 | Then we have a line here, "shore-based resources," |
| 14:13 | 7 | and then some things above the line; correct? |
| 14:13 | 8 | **A.**   Yes. |
| 14:13 | 9 | **Q.**   And the things above the line include the operations |
| 14:13 | 10 | integrity case -- that's at the very top; right? |
| 14:14 | 11 | **A.**   Yes. |
| 14:14 | 12 | **Q.**   There was an operations integrity case done for the |
| 14:14 | 13 | *Deepwater Horizon*; correct? |
| 14:14 | 14 | **A.**   Yes. |
| 14:14 | 15 | **Q.**   There's an issue of a safety case.  Do you know what that |
| 14:14 | 16 | refers to? |
| 14:14 | 17 | **A.**   Yes.  In some highly regulated regimes around the world |
| 14:14 | 18 | there is a requirement for an analysis of safety on the rig, |
| 14:14 | 19 | and that document is referred to as a safety case. |
| 14:14 | 20 | **Q.**   Okay.  There's the MAHRA, or major accident hazard risk |
| 14:14 | 21 | assessment; correct? |
| 14:14 | 22 | **A.**   Yes. |
| 14:14 | 23 | **Q.**   And then there's HAZOP or HAZID.  Those are other types of |
| 14:14 | 24 | studies you've done; correct? |
| 14:14 | 25 | **A.**   Yeah, hazard identification and hazard operability |

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:14  1   analysis.

14:14  2   Q.   So for the *Deepwater Horizon*, though, we know it had not

14:14  3   only just an OIC, but it also had a MAHRA done; correct?

14:14  4   A.   Yes.

14:14  5   Q.   Just a couple questions about the THINK procedures, then I

14:14  6   want to turn to that MAHRA.

14:14  7        You gave an example, I think to Mr. Brian, about how

14:14  8   a THINK procedure might work.  And I think you were talking

14:14  9   about sling lockers.  I think that was what you were

14:15  10  discussing?

14:15  11  A.   Yeah.  I mean, that was a simplified task to describe how

14:15  12  you might apply the THINK planning process at the individual

14:15  13  level.

14:15  14  Q.   Understood.  There also would be a THINK procedure for

14:15  15  conducting a negative test; correct?

14:15  16  A.   There would be a THINK plan.

14:15  17  Q.   There would be a THINK plan.  Maybe it would be verbal,

14:15  18  maybe it would be written, but there would be a THINK plan for

14:15  19  conducting a negative test; correct?

14:15  20  A.   I would expect there to be, yes.

14:15  21  Q.   You would expect there to be a THINK plan for displacing

14:15  22  the riser; correct?

14:15  23  A.   I would expect there to be a THINK plan for every task

14:15  24  that's undertaken on our drilling rigs.

14:15  25  Q.   So you would expect for the positive test, the negative

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:15  1   test, displacing the riser, and on down the line?

14:15  2   A.   I would expect a THINK plan to be undertaken for every

14:15  3   task.

14:15  4   Q.   And have you seen written THINK plans that were prepared

14:15  5   for the *Deepwater Horizon* with respect to negative tests?  Have

14:15  6   you seen those?

14:15  7   A.   As a result of the litigation, I believe I have, yes.

14:16  8   Q.   And have you seen THINK plans that were prepared for

14:16  9   displacement of the riser?

14:16  10  A.   I don't recall.

14:16  11  Q.   But fundamentally, that procedure, the THINK procedure, is

14:16  12  designed to have people stop before they take action, think

14:16  13  about what they're going to do, talk to the people they're

14:16  14  going to do it with, make sure they're clear on what's going to

14:16  15  happen, consider the risks, and only then proceed?

14:16  16  A.   That is the -- that's the fundamental expectation of the

14:16  17  THINK planning process, is that before the crew or any

14:16  18  individual in the crew undertake a task, they conduct a THINK

14:16  19  plan to make sure that they can carry out that task safely and

14:16  20  efficiently.

14:16  21  Q.   Okay.  I'd like to now turn to the Transocean major

14:16  22  accident hazard risk assessment.

14:16  23       Now, still on this same document, 1449, let me pull

14:16  24  1449.132.1.

14:17  25       Now, a few preliminary questions, Mr. Newman.  You

STEVEN NEWMAN - CROSS

14:17    1    were shown some testimony from Dr. Bea.  Do you remember seeing

14:17    2    that on your direct examination?

14:17    3    **A.**   I do.

14:17    4    **Q.**   And I think you were asked about whether Transocean could

14:17    5    do a risk assessment about all risks inherent in the well.  Do

14:17    6    you remember that?

14:17    7    **A.**   I do.

14:17    8    **Q.**   And I think you said you couldn't.  You could only do a

14:17    9    risk assessment for the things that Transocean controls and the

14:17    10    things Transocean does; correct?

14:17    11    **A.**   Yes.

14:17    12    **Q.**   All right.  So it applies -- you can do a risk assessment

14:17    13    that's applicable to your own activities; right?

14:17    14    **A.**   Yes.

14:17    15    **Q.**   Okay.  And this is what a risk assessment -- the purpose

14:17    16    of a -- under the policy is -- let me just read it.

14:17    17    It says:  "Transocean has three processes to provide

14:17    18    assurance that major hazards are effectively managed.

14:17    19    One, "the Major Hazard Risk Assessment, MHRA."

14:18    20    Two, "the HSE (or safety) Case."

14:18    21    And three, "the Operations Integrity Case (OIC).

14:18    22    "Every vessel on the Transocean fleet must have a

14:18    23    current version of a MHRA, Safety Case, or OIC."

14:18    24    Do you see that?

14:18    25    **A.**   Yes.

STEVEN NEWMAN - CROSS

14:18  1    Q.    And the *Deepwater Horizon* had two of them.  It had a MHRA

14:18  2    and an OIC; correct?

14:18  3    A.    I believe that's true, yes.

14:18  4    Q.    And then for definitions, to make sure we're all on the

14:18  5    same page, it's defined.  "A Major Hazard Risk Assessment

14:18  6    (MHRA) shows that major hazards have been identified, the risk

14:18  7    associated with those hazards has been qualitatively assessed,

14:18  8    and the preventive and mitigating controls necessary to reduce

14:18  9    the risk to ALARP have been identified."

14:18  10           ALARP stands for?

14:18  11   A.    As low as reasonably practical.

14:18  12   Q.    And that's a term that comes out of both the safety case

14:18  13   concept and also some of the process safety discussions; right?

14:18  14   A.    Yes.

14:18  15          MR. REGAN:  Let me pull up 2187.1.2.  This is the

14:19  16   major accident hazard risk assessment for the *Horizon*.  I'd

14:19  17   like to go to .2.1 in the same exhibit, TREX-2187.

14:19  18   BY MR. REGAN:

14:19  19   Q.    Do you see there's a statement of approval of the document

14:19  20   for 2004 signed by John Keeton?

14:19  21   A.    I do.

14:19  22   Q.    And he is confirming that this major accident hazard risk

14:19  23   assessment has been performed and that it identified the

14:19  24   reasonably foreseeable hazards that might lead to a major

14:19  25   accident; correct?

STEVEN NEWMAN - CROSS

14:19  1   A.   That's what the document says, yes.

14:19  2   Q.   And Mr. Keeton is confirming, by virtue of his signature,

14:19  3   that it has been demonstrated that adequate controls are in

14:19  4   place so that HSE risks on the *Horizon* can be considered both

14:19  5   tolerable and ALARP, as low as reasonably practicable; correct?

14:19  6   A.   That's what the document says.

14:19  7   Q.   And then he goes on to approve it; correct?

14:19  8   A.   He has signed the document, yes.

14:19  9          MR. REGAN:  Now let's go to 2187.5.

14:20  10  BY MR. REGAN:

14:20  11  Q.   There's a list of scenarios, and it says:  "The study

14:20  12  concentrated on identifying major accident hazards.  The

14:20  13  following is a list of the possible hazards for

14:20  14  semisubmersibles engaged in exploration or development

14:20  15  drilling."

14:20  16          Do you see that?

14:20  17  A.   Yes.

14:20  18  Q.   And that list of hazards applies to any MODU operated by

14:20  19  Transocean in the oceans of the world.  Is that fair?

14:20  20  A.   Yes.

14:20  21  Q.   I want to focus on just a couple of them because a couple

14:20  22  have already been covered.  I want to focus on "reservoir

14:20  23  blowout at drill floor."

14:20  24          Do you see that?

14:20  25  A.   Yes.

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:20  1   Q.   Let's turn to 2817.178.1.  This is the chart similar to

14:20  2   what you went through, I think, with Mr. Cunningham,

14:20  3   identifying the hazards.  "Reservoir blowout (at drill floor),"

14:20  4   do you see that?

14:20  5   A.   Yes.

14:20  6   Q.   It also identifies the consequences of that event:  "Major

14:20  7   environmental impact.  Multiple personnel injuries and/or

14:20  8   fatalities.  Major structural damage and possible loss of

14:20  9   vessel."

14:20  10          Do you see that?

14:21  11  A.   I do.

14:21  12  Q.   And then it lists the preventions; correct?

14:21  13  A.   Yes.

14:21  14  Q.   And the first prevention listed to avoid the hazard of a

14:21  15  reservoir blowout at the drill floor is "well control

14:21  16  procedures and training of drill crew in well control";

14:21  17  correct?

14:21  18  A.   That's what the document says.

14:21  19  Q.   The well control procedures and the training of the drill

14:21  20  crew in well control is a Transocean responsibility; correct?

14:21  21  A.   Yes.

14:21  22  Q.   The second prevention of a reservoir blowout is

14:21  23  "maintenance and testing of BOPs and other subsea and well

14:21  24  control equipment"; correct?

14:21  25  A.   That's what the document say also.

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:21  1  Q.   Maintenance and testing of BOPs and other subsea and well
14:21  2  control equipment, that's a Transocean responsibility; correct?
14:21  3  A.   Yes.
14:21  4  Q.   The third prevention of a reservoir blowout at the drill
14:21  5  floor is "instrumentation and indication of well status";
14:21  6  correct?
14:21  7  A.   That's what the document says.
14:21  8  Q.   And that's referring to the HITEC system, or it could be,
14:21  9  in the olden days, just more rotary-type gauges --
14:22  10  A.   The geolograph.
14:22  11  Q.   Literally the gauges, the computer screens, the data, the
14:22  12  things that are used by people to understand what's going on in
14:22  13  the well; correct?
14:22  14  A.   I think that's what that would refer to, yes.
14:22  15  Q.   And instrumentation and indication of well status, that's
14:22  16  a Transocean responsibility; correct?
14:22  17  A.   We do have instrumentation and indication of the well
14:22  18  status, in addition to other companies out there doing that as
14:22  19  well.
14:22  20  Q.   But the person with the primary responsibility to watch
14:22  21  the well are the drillers; correct?
14:22  22  A.   Correct.
14:22  23  Q.   And the driller works in the driller's cabin or driller's
14:22  24  shack or doghouse; correct?
14:22  25  A.   Yeah, that what we call it.

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:22  1  **Q.**   The epicenter of instrumentation and the indication of

14:22  2  well status is that doghouse or driller's shack or driller's

14:22  3  cabin; correct?  That's where the bulk of that information

14:22  4  is --

14:22  5  **A.**   Yes.  The driller has access to the instrumentation and

14:22  6  indication of well status.

14:22  7  **Q.**   The fourth prevention for a reservoir blowout at the drill

14:22  8  floor is "hydrocarbon combustible gas detection system";

14:23  9  correct?

14:23  10  **A.**   That's what the document says.

14:23  11  **Q.**   And that detection system on the *Horizon*, that's a

14:23  12  Transocean responsibility; correct?

14:23  13  **A.**   The system that was installed permanently on the *Horizon*

14:23  14  is Transocean's system, yes.

14:23  15  **Q.**   And the fifth prevention of a reservoir blowout at the

14:23  16  drill floor is "redundant BOP controls"; correct?

14:23  17  **A.**   That's what the document says.

14:23  18  **Q.**   And we've already agreed that the BOP controls are a

14:23  19  Transocean responsibility?

14:23  20  **A.**   Yes.

14:23  21  **Q.**   Those preventions that we've just listed, the five

14:23  22  preventions of a reservoir blowout at the drill floor, those

14:23  23  are the same types of preventions you would expect to see,

14:23  24  frankly, on any of your rigs with respect to this risk;

14:23  25  correct?

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:23    1    **A.**    Yes.

14:23    2    **Q.**    Those are industry standard preventions for reservoir

14:23    3    blowouts; correct?

14:23    4    **A.**    Yes.

14:23    5    **Q.**    Then with respect to mitigations, do you see, as listed

14:23    6    there in the column Emergency Response Procedures, "ability to

14:23    7    move off station; firefighting capabilities; ability to

14:23    8    evacuate the rig; availability of medical treatment, including

14:23    9    medivac; redundant BOP controls; passive fire protection in

14:24   10    highly populated areas of vessel; and EX-rated equipment to

14:24   11    prevent ignition of blowout"?

14:24   12         All of those mitigations are Transocean -- are

14:24   13    primarily Transocean responsibilities; correct?

14:24   14    **A.**    No.

14:24   15    **Q.**    Which are not?

14:24   16    **A.**    Availability of medical treatment, including medivac.

14:24   17    Typically, the medivac element of it would be provided by the

14:24   18    customer.

14:24   19    **Q.**    Excluding the medivac, are the rest of the mitigations

14:24   20    Transocean responsibilities?

14:24   21    **A.**    Yes.

14:24   22    **Q.**    Again, are those standard mitigations in the industry for

14:24   23    this risk?

14:24   24    **A.**    Yes.  Generally standard, yes.

14:24   25    **Q.**    Okay.  Mr. Cunningham showed you a similar page for gas in

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

| | | |
|---|---|---|
| 14:24 | 1 | the riser. |
| 14:24 | 2 | MR. REGAN:  I'd like to turn to 2187.212.1. |
| 14:24 | 3 | BY MR. REGAN: |
| 14:24 | 4 | Q.   There's also identified -- hazards of BOP component |
| 14:24 | 5 | failure.  Do you see that? |
| 14:24 | 6 | A.   I do. |
| 14:24 | 7 | Q.   And the prevention -- it indicates consequences.  And the |
| 14:24 | 8 | prevention is testing, inspection, and maintenance; correct? |
| 14:24 | 9 | A.   That's what the document says. |
| 14:24 | 10 | Q.   Also, failure of hydraulic supply.  Do you see that? |
| 14:25 | 11 | A.   I do. |
| 14:25 | 12 | Q.   The same preventions; correct? |
| 14:25 | 13 | A.   That's what the document says. |
| 14:25 | 14 | Q.   And those testing, inspections, and maintenance, again, |
| 14:25 | 15 | would be led by Transocean; correct? |
| 14:25 | 16 | A.   Yes. |
| 14:25 | 17 | Q.   All right.  With respect to -- I'll ask you about the |
| 14:25 | 18 | chain of command on the *Deepwater Horizon*.  I'm going to change |
| 14:25 | 19 | topics.  Okay? |
| 14:25 | 20 | We heard some testimony about the transition of |
| 14:25 | 21 | control or authority between the OIM and the master.  Do you -- |
| 14:25 | 22 | are you able to tell us, Mr. Newman, with respect to that chain |
| 14:25 | 23 | of command, when authority was transitioned from the OIM to the |
| 14:25 | 24 | master? |
| 14:25 | 25 | A.   Well, under the statutory framework, the master always, |

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:25  1   always has overriding authority, particularly in the event of

14:25  2   an emergency, such as what occurred.

14:25  3   Q.   Okay.  And what constitutes an emergency for purposes of

14:25  4   that -- of the handover?

14:25  5   A.   When the emergency response team musters on the bridge.

14:26  6   Q.   So visually seeing the muster would then be the evidence

14:26  7   that there had been a transition from a drilling issue of the

14:26  8   OIM to the master -- from a maritime issue to the master?

14:26  9   A.   Well, as individuals gathered in the emergency response

14:26 10   center, the captain would understand that he has overriding

14:26 11   authority.

14:26 12   Q.   Let me put up TREX-5643.  This is a November 20th, 2007 --

14:26 13   sorry -- 5643.  This is a November 20th, 2007 memorandum.  Do

14:26 14   you recognize this?

14:26 15   A.   Yes.

14:26 16   Q.   And it was something that you authorized; correct?

14:26 17   A.   Yes.

14:26 18   Q.   It was in connection with a merger that had taken place

14:26 19   in -- earlier in 2007; correct?

14:27 20   A.   The merger took place at the end of November 2007.

14:27 21   Q.   Okay.  So it was preparations for how the new combined

14:27 22   entity would operate on day one going forward; correct?

14:27 23   A.   Yes.

14:27 24   Q.   Okay.  Again, you were one of the approvers of this

14:27 25   document; is that right?

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:27    1    A.    I recall seeing it, yes.

14:27    2         MR. REGAN:   If you just go down to the bottom of the

14:27    3    page, Diane, I think we might have Mr. Newman's name.

14:27    4    BY MR. REGAN:

14:27    5    Q.    Do you see your name there as an approver?

14:27    6    A.    Yes.

14:27    7         MR. REGAN:   If we can go to 5643.4.1.

14:27    8    BY MR. REGAN:

14:27    9    Q.    Now, in this memorandum, did you write, for rig chain of

14:27   10    command, "There will be no changes to the current chain of

14:27   11    command and rig organization on Transocean or GlobalSantaFe

14:27   12    rigs on Day 1"?

14:27   13         And as we've highlighted:  "The offshore installation

14:27   14    manager will remain overall responsible for the health, safety,

14:27   15    and welfare of all persons and all activities conducted

14:27   16    on board their respective rig.  The OIM is authorized and

14:27   17    obligated to take whatever actions he considers necessary to

14:27   18    prevent injury, loss of life, damage to equipment/structure,

14:28   19    and/or loss of rig and well operation integrity."

14:28   20         Do I read that correctly?

14:28   21    A.    Yes, you did.

14:28   22    Q.    And was that statement true when you approved the

14:28   23    document?

14:28   24    A.    Yes.

14:28   25    Q.    Well control.  To you, well control, in terms of

STEVEN NEWMAN - CROSS

14:28    1   maintaining well control, requires awareness and vigilance,

14:28    2   identification and recognition of an indication of a loss of

14:28    3   well control, and the requirement to then take prompt and

14:28    4   appropriate action; is that right?

14:28    5   A.   Yes.

14:28    6   Q.   Now, kicks -- I think you might have been asked this, but

14:28    7   kicks themselves in an exploration well are not a surprising

14:28    8   event, are they?

14:28    9   A.   They're not uncommon.

14:28   10   Q.   Right.  They're unanticipated, meaning you don't know when

14:28   11   they're going to happen, but you prepare for them because you

14:28   12   know it's a possibility; correct?

14:28   13   A.   Under this framework of awareness, recognition, and

14:28   14   prompt, appropriate action, the awareness part is to remain

14:29   15   vigilant.

14:29   16   Q.   Right.  And in this business in drilling deepwater oil and

14:29   17   gas wells, regardless of what the plan is, regardless of what

14:29   18   the prognosis is, regardless of what the engineering is,

14:29   19   there's always one -- or in this case two people whose job it

14:29   20   is to, in essence, assume everything's going to go wrong, we're

14:29   21   going to have a situation that we're going to need to respond

14:29   22   to quickly.  Is that right?

14:29   23   A.   I don't think that's unique to deepwater.  I think there's

14:29   24   a need for that high level of awareness, understanding, and

14:29   25   recognition and the prompt, appropriate action.

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:29  1    Q.   That's because drilling wells is a dynamic process.  It's
14:29  2    you have to be ready for something that's unanticipated.
14:29  3    That's why drillers constantly monitor the well; right?
14:29  4    A.   Yes.
14:29  5    Q.   Loss returns, loss return events, in your experience,
14:29  6    Mr. Newman, are those rare things in drilling deepwater wells?
14:29  7    A.   No, they're not uncommon.
14:30  8    Q.   Use of loss circulation material, is that a rare thing to
14:30  9    happen?
14:30  10   A.   That's the general approach to curing loss returns.
14:30  11   Q.   With respect to the well control manual itself --
14:30  12       MR. REGAN:  If we could pull up D-4595.1.  D-4595.1.
14:30  13   BY MR. REGAN:
14:30  14   Q.   In this hierarchy of documents that we talked about
14:30  15   10 minutes ago, we see the well control handbook is Level 1B;
14:30  16   correct?
14:30  17   A.   Yes.
14:30  18   Q.   It applies wordwide; correct?
14:30  19   A.   Yes, it does.
14:30  20   Q.   The *Horizon* didn't have its own well control manual, and
14:30  21   *the Nautilus* has its own, and the *DD3* has its own.  The well
14:30  22   control handbook for Transocean is a global policy; correct?
14:30  23   A.   It is.
14:30  24   Q.   Irrespective of the operator, irrespective of the
14:30  25   location; correct?

OFFICIAL TRANSCRIPT

4725

STEVEN NEWMAN - CROSS

14:30    1    A.    That's correct.

14:30    2    Q.    Now, with respect to -- the judge has heard a fair amount

14:30    3    about this.  But with respect to monitoring the well, the

14:31    4    person with responsibility on Transocean rigs to constantly

14:31    5    monitor the well and shut it in if they believe it's flowing is

14:31    6    the driller; correct?

14:31    7    A.    Our driller has that responsibility, yes.

14:31    8    Q.    And the driller has the responsibility to shut it in if he

14:31    9    has any indication that something's happening that may not be

14:31   10    right?

14:31   11    A.    I think that's part of the prompt, appropriate action.

14:31   12    Q.    And it's the policy of Transocean that the driller or the

14:31   13    person doing the driller's function has to shut the well in as

14:31   14    quickly as possible if a kick is detected or suspected;

14:31   15    correct?

14:31   16    A.    Yes.  I think that's part of the prompt, appropriate

14:31   17    action.

14:31   18    Q.    And when you visit the five or six Transocean rigs in your

14:31   19    tours, that's true on all of your rigs; correct?

14:31   20    A.    Yes.

14:31   21    Q.    And when you were in Brazil on the Petrobras work, and the

14:31   22    rig manager drilling wells for Texaco on the TO97, the driller

14:31   23    was the person with the responsibility to watch the well;

14:31   24    correct?

14:32   25    A.    Trinidad.

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:32   1   **Q.**   Oh, Trinidad?

14:32   2   **A.**   Yes, yes.

14:32   3   **Q.**   And we saw your chart of the -- I think it was D-6730,

14:32   4   D-6730.

14:32   5           6,795 wells around the world, 2005 to 2009; correct?

14:32   6   **A.**   That's what the chart says, yes.

14:32   7   **Q.**   On every single one of those wells, who had responsibility

14:32   8   to watch the well?

14:32   9   **A.**   From Transocean's perspective, the driller does.

14:32   10  **Q.**   And that idea, well monitoring, that's something that's

14:32   11  totally under the control of Transocean; correct?

14:32   12  **A.**   We have an individual, the driller, who is tasked with

14:32   13  that responsibility.  The customer has a number of other folks

14:32   14  that do that same thing.

14:33   15  **Q.**   Okay.  You used a phrase on your direct about things a

14:33   16  driller has to understand.  With respect to this well

14:33   17  monitoring function, is it contingent in any way on the type of

14:33   18  cement that's being used in a well, this well-monitoring

14:33   19  responsibility?

14:33   20  **A.**   No.

14:33   21  **Q.**   Is it contingent in any way on the type of casing that's

14:33   22  being run in the hole?

14:33   23  **A.**   No.

14:33   24  **Q.**   Is the well-monitoring responsibility of the driller

14:33   25  contingent on the jewelry that's being used on the casing or

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

| | |
|---|---|
| 14:33 | 1 |
| 14:33 | 2 |
| 14:33 | 3 |
| 14:33 | 4 |
| 14:33 | 5 |
| 14:33 | 6 |
| 14:33 | 7 |
| 14:33 | 8 |
| 14:33 | 9 |
| 14:34 | 10 |

1  centralizers or liner or long string or any of those things?

2  **A.**   No.

3  **Q.**   Is it contingent in any way on the pore pressure frac

4  gradient analysis or assessments?

5  **A.**   No.

6  **Q.**   Is it contingent on any stage in the operation in between

7  the time a BOP goes on the well and the time a BOP comes off?

8  **A.**   No.

9       **MR. REGAN:**  Let me pull up 7651.1.3.

10  **BY MR. REGAN:**

11  **Q.**   This is a document -- in fairness to you, Mr. Newman, this

12  is not a document that you would have received, but I'd just

13  like to use it for my question.  This is a document from 2004,

14  Exhibit 7651.

15       Do you know the gentleman that wrote this document,

16  Steve Woelfel?

17  **A.**   I do.

18  **Q.**   Do you know John Keeton and Dan Reudelhuber, who received

19  it?

20  **A.**   I do.

21  **Q.**   And Mr. Woelfel wrote:  "Core Drilling Competence.  Well

22  control - one of more important aspects of our business and one

23  that we are 100 percent responsible/accountable for when the

24  sh*t hits the fan.  Do the drillers/ADs know in their hearts

25  that the toolpusher, OIM, you, me, Jurgen [*sic*], and on up to

STEVEN NEWMAN - CROSS

14:34   1   Bob Long expects/100 percent supports them to SI if there are
14:34   2   any questions/doubts?  Not an area where we wait to see what
14:35   3   the company man wants to do."
14:35   4            Do you see what I just read?
14:35   5   A.   Yes.
14:35   6   Q.   And Bob Long is the CEO of Transocean in 2004; correct?
14:35   7   A.   Yes.
14:35   8   Q.   You are the CEO of Transocean today and you were in April
14:35   9   of 2010; correct?
14:35   10  A.   Yes.
14:35   11  Q.   Do you expect 100 percent support for drillers and ADs to
14:35   12  shut in if there are any questions or doubts?
14:35   13  A.   Absolutely.
14:35   14  Q.   I'd like to turn now to TREX-4255.  You were asked some
14:35   15  questions about a summary document that Transocean had put
14:35   16  together.
14:35   17           MR. REGAN:  Go to the second page there.  Maybe it's
14:35   18  the third.  I apologize.
14:35   19  BY MR. REGAN:
14:35   20  Q.   It's the summary of well control events from 2005 to 2009.
14:35   21           Do you see that?
14:35   22  A.   Yes.
14:35   23  Q.   And I'm going to try not to repeat some of the questions
14:35   24  that were asked before.
14:35   25           MR. REGAN:  But if I could pull up D-4418.1, which I

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:36    1    guess is a demonstrative taken out of this exhibit.

14:36    2    **BY MR. REGAN:**

14:36    3    **Q.**   Again, statistically, from 2005 to 2009, almost

14:36    4    5,000 wells.  There were 556 well control events.  Do you see

14:36    5    that?

14:36    6    **A.**   Yes.

14:36    7    **Q.**   329 kicks; correct?

14:36    8    **A.**   That's what the document says, yes.

14:36    9    **Q.**   142 that were ballooning, and you explained to the Court

14:36   10    what "ballooning" is; right?

14:36   11    **A.**   Yes.

14:36   12    **Q.**   Okay.  And 306 of those kicks were on exploration wells;

14:36   13    correct?

14:36   14    **A.**   That's what the document says.

14:36   15         **MR. REGAN:**  If we could turn to 4255.20.3.

14:36   16    **BY MR. REGAN:**

14:36   17    **Q.**   Just briefly, this is -- talks about -- you were shown

14:36   18    this earlier.  Percentage 84 percent and 14 percent, I think

14:36   19    you had a demonstrative up.  It talked about the difference of

14:37   20    kicks below and above 20 barrels.  Do you recall that?

14:37   21    **A.**   Yes.

14:37   22    **Q.**   And Transocean refers to above 20 barrels as a red zone

14:37   23    kick; correct?

14:37   24    **A.**   Yeah.

14:37   25    **Q.**   And then there's a reference by Mr. Cunningham to six rigs

STEVEN NEWMAN - CROSS

14:37  1   in 2009 having unloaded their drilling risers.  Do you recall

14:37  2   those questions?

14:37  3   **A.**    I do.

14:37  4   **Q.**    Those six rigs, the *711*, the *M. G. Hulme, Jr.*, the *DAS*,

14:37  5   the *DD1*, the *702*, and the *ATN*, those were not rigs drilling

14:37  6   wells for BP, were they?

14:37  7   **A.**    *711* works for Shell, the *Americas* works for Statoil, the

14:37  8   *DD1* works for BHP, the *Hulme* works for E&I.  *702* works for

14:37  9   Shell.  The *Actinia* was not working for BP, but I can't

14:37  10  remember who it was working for.

14:37  11            MR. REGAN:  I'd like to now turn to 4255.44.3.

14:37  12  BY MR. REGAN:

14:37  13  **Q.**    This is from the same document, and this is a graphical

14:38  14  representation from 2005 to 2009 of kick events in the red

14:38  15  zone; correct?

14:38  16  **A.**    That's what the document says.

14:38  17  **Q.**    Correct.  So if there was a kick greater than 20 barrels

14:38  18  on a Transocean rig in that four-year period, it would be on

14:38  19  this chart.  That's what it represents; correct?

14:38  20  **A.**    That's what the document says, yes.

14:38  21  **Q.**    And it represents the year, the rig, the client, and then

14:38  22  the size of the kick; right?

14:38  23  **A.**    Yes.

14:38  24  **Q.**    And in that four-year period, Mr. Newman, there was not a

14:38  25  single red zone kick on a Transocean rig drilling a well for

STEVEN NEWMAN - CROSS

14:38  1  BP; correct?

14:38  2  A.   That's what the document says.

14:38  3  Q.   We have got Shell, Petrobras, Total, TTT, RIL, which is

14:38  4  Reliance, Anadarko, the oil -- the Chinese company, CNOOC.

14:39  5  Those are major operators; correct?

14:39  6  A.   Some of them are, yes.

14:39  7  Q.   But during that time period, BP was one of Transocean's

14:39  8  largest clients, was it not?

14:39  9  A.   Yes.

14:39  10  Q.   And as one of its largest clients, using a large

14:39  11  proportion of Transocean rigs relative to its competitors, not

14:39  12  a single red zone kick; right?

14:39  13  A.   Not according to this chart.

14:39  14  Q.   Now, you also tracked things called "precautionary

14:39  15  shut-ins."  I think you mentioned that briefly to the Court

14:39  16  earlier today.  Do you recall that?

14:39  17  A.   Yes.

14:39  18       MR. REGAN:  Let's go to 4255.62.4.

14:39  19  BY MR. REGAN:

14:39  20  Q.   This is a summary of well control events by client.  So

14:39  21  this would be all events, red zone or otherwise; is that

14:39  22  correct?

14:39  23  A.   I think so, yes.

14:40  24  Q.   And we do see BP on this chart, again, the same four-year

14:40  25  period.  They're listed right here in the fifth line?

STEVEN NEWMAN - CROSS

14:40    1    **A.**    Yes.
14:40    2    **Q.**    So over that four-year period, 17 kicks, 10 loss/gain
14:40    3    events.  And over here we have precautionary shut-ins; right?
14:40    4    **A.**    Yes.
14:40    5    **Q.**    Which client of Transocean led the way in having the
14:40    6    highest number of precautionary shut-ins in that four-year
14:40    7    period?
14:40    8    **A.**    According to this document, there were more precautionary
14:40    9    shut-ins conducted on BP operations than any other customer.
14:40   10    **Q.**    And a precautionary shut-in is where someone sees
14:40   11    something, I think you said, they shut it in, but it turns out
14:40   12    it was a false alarm, they were being extra cautious?
14:40   13    **A.**    Yes.  Generally, that's an accurate description of a
14:40   14    precautionary shut-in.
14:40   15    **Q.**    And so if we put this chart together with the last one,
14:40   16    over the four-year period of 2005 to 2009, as one of the
14:40   17    largest clients of Transocean, BP wells, BP rigs working with
14:41   18    TO, not a single kick over 20 barrels, with the highest number
14:41   19    of precautionary shut-ins; correct?
14:41   20    **A.**    I think that's what the data says.
14:41   21    **Q.**    And that data is consistent with safe operation, isn't it?
14:41   22    **A.**    It's an element of safe operations, yes.
14:41   23    **Q.**    In this same document there was a phrase, a section shown
14:41   24    to you with respect to the riser unloading events about --
14:41   25         **MR. REGAN:**  Let's go to 4255.21.3.

STEVEN NEWMAN - CROSS

14:41    1    BY MR. REGAN:

14:41    2    Q.    Mr. Cunningham asked you about this.  I just want to ask

14:41    3    it again.  This is about the riser unloading event.

14:41    4          It says:  "These can be avoided through the

14:41    5    application of fundamental well control practices."

14:41    6          Do you see that?

14:41    7    A.    That's what the document says.

14:41    8    Q.    Okay.  There was not a need for a new policy or procedure

14:41    9    to avoid a riser unloading event, was there?

14:42   10    A.    I don't think so, no.

14:42   11    Q.    The same would be true with respect to April 20th.  The

14:42   12    riser unloading event that happened on April 20th could have

14:42   13    been avoided "through the application of fundamental well

14:42   14    control practices, such as treating every positive indicator as

14:42   15    a kick, shutting in quickly, and taking returns through the

14:42   16    choke whenever in any doubt whatsoever"; correct?

14:42   17    A.    I think that falls into the category of vigilance,

14:42   18    recognition, and prompt action.

14:42   19    Q.    But you agree with me that the events of April 20th -- the

14:42   20    riser unloading event that took place on April 20th could have

14:42   21    been avoided through the application of fundamental well

14:42   22    control practices?

14:42   23    A.    I characterize fundamental well control practices when

14:42   24    there's recognition and prompt appropriate action.  That, for

14:42   25    me, is fundamental well control.

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:42  1   **Q.**    TREX-48093.1.1.  You were asked about *M.G. Hulme, Jr.*  I
14:42  2   just wanted to ask you about one document that came out of that
14:43  3   investigation from Mr. Hand.  Who is Mr. Hand?
14:43  4   **A.**    Mr. Hand worked in your well construction group.
14:43  5   **Q.**    And here do you see, with respect to the *M.G. Hulme* --
14:43  6   have you seen this document before, Mr. Newman?  Do you know?
14:43  7   **A.**    I think so, in the context of all the litigation.
14:43  8   **Q.**    Just briefly, he says:  "Unless I'm missing something, the
14:43  9   problems on the *MGH* were:
14:43  10          "They expected to drill into a gas zone and did not
14:43  11  pick up any indicators, and so did not flow-check.
14:43  12          "Number two, took a kick when the pumps were off and
14:43  13  didn't notice it.
14:43  14          "If they had recognized the kick, then following the
14:43  15  procedures to shut in would have resulted in a standard well
14:43  16  control operation."
14:43  17          Do you see that?
14:43  18  **A.**    Yes.
14:43  19  **Q.**    And is that the same thing we just talked about, that
14:43  20  again, the idea of recognizing a kick when the pump's off,
14:43  21  there are standard well control procedures that are already in
14:43  22  place that are designed to avoid that from happening?
14:44  23  **A.**    Yes.
14:44  24  **Q.**    Do you know if -- the investigations done on the
14:44  25  *M.G. Hulme, Jr.* or the *Sedco 711* incident, do you know if those

OFFICIAL TRANSCRIPT

4735

STEVEN NEWMAN - CROSS

14:44    1    were ever provided to BP?

14:44    2    **A.**    I don't.

14:44    3    **Q.**    With respect to *Sedco 711*, just a few questions.  Do you

14:44    4    agree that in that incident in December of 2009, the BOP was

14:44    5    activated and worked effectively to provide a barrier and stop

14:44    6    the flow of oil?

14:44    7    **A.**    Yes.

14:44    8    **Q.**    Do you agree that if the BOP there had not shut in the

14:44    9    well, that for the *Sedco 711* there was a possibility for a

14:44   10    blowout that would result in potential for escalation of that

14:44   11    incident?

14:44   12    **A.**    Yeah.  I agree with that hypothetical statement, yes.

14:44   13    **Q.**    You, Mr. Newman, have not done any assessments about the

14:45   14    level of collaboration or communication that occurred between

14:45   15    BP and Transocean on the *Deepwater Horizon*, have you?

14:45   16    **A.**    I have not, no.

14:45   17    **Q.**    So you're readily familiar with the generic process that

14:45   18    happens on a rig, the idea of twice daily meetings, pre-job

14:45   19    meeting, etc.; correct?

14:45   20    **A.**    Yeah.  That's a standard approach around the world.

14:45   21    **Q.**    But as to the content of any such meeting, what was

14:45   22    discussed by whom, you're not the witness for that; correct?

14:45   23    **A.**    No.

14:45   24    **Q.**    With respect to any pre-spud analysis that was done by

14:45   25    Transocean on the Macondo well, you would not be the witness

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:45   1    for that; correct?

14:45   2    A.    No.

14:45   3    Q.    You are aware that Transocean does have policies that

14:45   4    require pre-spud meetings?

14:45   5    A.    Yes.

14:45   6    Q.    With respect to any pre-spud checklist, again, that would

14:45   7    not be you; correct?

14:45   8    A.    Correct.

14:45   9    Q.    The well advisor program, are you familiar with that?

14:45   10   A.    Yes.  Sort of generically.  Yes, I know we have a well

14:46   11   advisor program.

14:46   12   Q.    I took that from the look you just gave me.

14:46   13          But again, with respect to whether or not the

14:46   14   Transocean well advisor program was used by the *Deepwater*

14:46   15   *Horizon* to review the well as it was being drilled, do you have

14:46   16   any firsthand knowledge as to the use of that well advisor

14:46   17   program?

14:46   18   A.    No.

14:46   19   Q.    Do you know what the purpose of the well advisor program

14:46   20   is?

14:46   21   A.    Generally speaking, yeah.  The purpose of the well advisor

14:46   22   program is to provide our people, who don't have a lot of

14:46   23   drilling/engineering experience, with a simplified approach to

14:46   24   identifying wells along sort of the continuum of complexity.

14:46   25   So well advisor will tell you whether this is a simple,

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:46   1   straightforward well or a more challenging and complex well.

14:46   2   That's the purpose, is just to alert our people.

14:46   3   Q.   It's a way that the Transocean crew can make sure that

14:46   4   they understand the activities that are going to be taking

14:47   5   place on that well?

14:47   6   A.   I'm not sure that's the purpose of well advisor.  As I

14:47   7   said, well advisor is designed to alert our people when the

14:47   8   well they're preparing to drill for the customer is a little

14:47   9   bit more complex.

14:47   10          I think there are other mechanisms for accomplishing

14:47   11   what you indicated as an objective.

14:47   12   Q.   You're familiar with five-day planners, daily planners

14:47   13   that are used on rigs?

14:47   14   A.   Yes.

14:47   15   Q.   Forward plans?

14:47   16   A.   Generally, yes.

14:47   17   Q.   You have not looked at five-day planners, the forward

14:47   18   plans that were exchanged between Transocean and BP during the

14:47   19   drilling of the MC252 No. 1 well, have you?

14:47   20   A.   No.

14:47   21   Q.   You were asked some questions about the negative test, or

14:47   22   you discussed it, both generically and the concept in

14:48   23   connection with Transocean's criminal plea.  I just have a few

14:48   24   questions on that.

14:48   25          Again, just to confirm, Mr. Newman, you obviously

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

| | | |
|---|---|---|
| 14:48 | 1 | were not on the *Horizon* on April 20th; correct? |
| 14:48 | 2 | **A.**  I was not. |
| 14:48 | 3 | **Q.**  You were not a witness to the activity that took place |
| 14:48 | 4 | during the negative test; correct? |
| 14:48 | 5 | **A.**  That is correct. |
| 14:48 | 6 | **Q.**  Do you understand that there are gentlemen who will be |
| 14:48 | 7 | testifying in this trial who were present and who did witness |
| 14:48 | 8 | those activities? |
| 14:48 | 9 | **MR. BRIAN:**  Objection, argumentative.  Cumulative. |
| 14:48 | 10 | **THE COURT:**  Sustained. |
| 14:48 | 11 | BY MR. REGAN: |
| 14:48 | 12 | **Q.**  Would you defer, Mr. Newman, to the testimony of people |
| 14:48 | 13 | who were percipient witnesses of the negative tests as to what |
| 14:48 | 14 | took place?  Do you defer to that? |
| 14:48 | 15 | **A.**  What was the term you used? |
| 14:48 | 16 | **Q.**  "Percipient," people that saw it, heard it, touched it, |
| 14:48 | 17 | tasted it -- |
| 14:48 | 18 | **A.**  No, I was not there. |
| 14:48 | 19 | **Q.**  You did receive an e-mail on April 21st with respect to |
| 14:48 | 20 | the -- from Keelan Adamson; correct?  Do you recall that? |
| 14:49 | 21 | Let me pull it up, 1472.1.3.  This is an e-mail that |
| 14:49 | 22 | you received, Mr. Newman, on April 21st, around 1:00 in the |
| 14:49 | 23 | afternoon, 2010; correct? |
| 14:49 | 24 | **A.**  That's what the document says. |
| 14:49 | 25 | **Q.**  Okay.  And in this e-mail that was sent to you, you were |

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:49  1   advised by Mr. Adamson:  "We have spoken to Jimmy Harrell, OIM.
14:49  2   He advises that he was very aware of the rig operations.  He
14:49  3   had only spoken with TP, Randy Ezell, ten minutes before the
14:49  4   incident.  They had conducted successful inflow test/pressure
14:49  5   test.  No flow on the flow check.  They had turned the well and
14:49  6   riser over to water in preparation to set P & A plug."
14:49  7        Do you see that?
14:49  8   A.   Yes.
14:49  9   Q.   You received that at about 1:00 in the afternoon the day
14:50  10  after the *Horizon* blew up; correct?
14:50  11  A.   Yes.  To be clear, I don't know whether that's 1:00 in the
14:50  12  afternoon Houston time or 1:00 in the afternoon Geneva time.
14:50  13  Q.   All right.  Well, we're familiar with that issue.
14:50  14        Lastly, with respect to -- you were asked some
14:50  15  questions about Transocean's allocution.  I think the exhibit
14:50  16  No. is 63213.  Again, just to confirm, this is a document that
14:50  17  you approved and recommended to be approved by Transocean;
14:50  18  correct?
14:50  19  A.   Yes.
14:50  20  Q.   And I just wanted to ask you a few questions.
14:50  21        MR. REGAN:  With respect to the paragraphs on the
14:50  22  negative test, I'd like to pull up 63213.13.1.
14:50  23  BY MR. REGAN:
14:50  24  Q.   In the allocution, Transocean agreed that as part of its
14:50  25  duties, "Transocean and BP were required to monitor the well

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:50   1   and take appropriate action during the negative test in

14:51   2   accordance with the standard of care applicable in the

14:51   3   deepwater oil exploration industry"; correct?

14:51   4   A.   That's what the document says.

14:51   5          MR. REGAN:   Go to .13.2.

14:51   6   BY MR. REGAN:

14:51   7   Q.   You can read the whole paragraph.  But again, in the last

14:51   8   line Transocean agreed that "Transocean and BP observed

14:51   9   pressure buildup on the drill pipe multiple times.  The crew

14:51   10  commenced, but did not complete, investigation of the pressure

14:51   11  anomalies."  Correct?

14:51   12  A.   That's what the document says.

14:51   13         MR. REGAN:   Go to .13.3.

14:51   14  BY MR. REGAN:

14:51   15  Q.   I think you might have been shown this one, but the top

14:51   16  line says, "BP's well site leaders eventually instructed

14:51   17  defendant Transocean, and defendant Transocean agreed, to begin

14:51   18  monitoring the negative testing on the kill line instead of the

14:51   19  drill pipe"; correct?

14:51   20  A.   That's what the document says.

14:51   21  Q.   Next sentence says that "Both BP and defendant Transocean

14:51   22  continued to observe abnormal pressure on the drill pipe while

14:51   23  monitoring the kill line for flow"; correct?

14:51   24  A.   That's that the document says.

14:51   25  Q.   Transocean agreed that "Based on the lack of flow in the

STEVEN NEWMAN - CROSS

14:51    1   kill line, the negative testing ultimately was deemed

14:52    2   successful, notwithstanding the continuing abnormal pressure on

14:52    3   the drill pipe"; correct?

14:52    4   A.   That's what the document says.

14:52    5   Q.   Transocean agreed that "BP and defendant Transocean did

14:52    6   not take further steps to investigate the source of the

14:52    7   abnormal drill pipe pressure, which was neither correctly

14:52    8   explained nor remediated"; correct?

14:52    9   A.   That's what the document says.

14:52   10          MR. BRIAN:   Your Honor, I'm actually going to object.

14:52   11   He misread the third sentence.  I ask that that be read again.

14:52   12   He said that Transocean agreed that it was deemed successful.

14:52   13   That's not what it states.

14:52   14          MR. REGAN:   I didn't mean to misread it.

14:52   15          MR. BRIAN:   It says:  "Based on the lack of flow in

14:52   16   the kill line, the negative testing ultimately was deemed

14:52   17   successful, notwithstanding the continued abnormal pressure on

14:52   18   the drill pipe."  It does not say that --

14:52   19   BY MR. REGAN:

14:52   20   Q.   Let me clarify it.  With respect to the sentence that

14:52   21   Mr. Brian just read, is it true that Transocean agreed in its

14:52   22   allocution to the sentence that Mr. Brian just read, which

14:52   23   says, "Based on the lack of flow in the kill line, the negative

14:52   24   testing ultimately was deemed successful, notwithstanding the

14:52   25   continued abnormal pressure on the drill pipe"?

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:52    1    **A.**    We agreed with the document.

14:53    2    **Q.**    Thank you.

14:53    3         And with respect to 63213.14.1, paragraphs 14 and 15,

14:53    4    Transocean agreed with these provisions as well, that is, that

14:53    5    "Transocean's conduct violated its duty to exercise well

14:53    6    control in accordance with the standard of care applicable in

14:53    7    the deepwater oil exploration industry"; correct?

14:53    8    **A.**    That's what the document says.

14:53    9    **Q.**    And Transocean agreed to that; correct?

14:53   10    **A.**    We did agree to the document, yes.

14:53   11    **Q.**    And you also agreed to paragraph 15, which reads,

14:53   12    "Transocean's negligent conduct, together with the negligent

14:53   13    conduct of others, was a proximate cause of the blowout and the

14:53   14    discharge of certain quantities of oil and natural gas from the

14:53   15    Macondo well into the Gulf of Mexico"; correct?

14:53   16    **A.**    That's what the document says.

14:53   17    **Q.**    Now, the blowout that took place, after the blowout there

14:53   18    was then gas in the rig, fire, and explosion; correct?

14:53   19    **A.**    Yeah.

14:53   20    **Q.**    And after the fire and explosion, the rig burned for two

14:54   21    days; correct?

14:54   22    **A.**    For about two days, yeah.

14:54   23    **Q.**    And then it sank on April 22nd; correct?

14:54   24    **A.**    Yes.

14:54   25         **MR. REGAN:**    Thank you, Mr. Newman.  Those are the

OFFICIAL TRANSCRIPT

STEVEN NEWMAN - CROSS

14:54  1    questions I have.

14:54  2                THE COURT:  Cameron?

14:54  3                MR. JONES:  Cameron has no questions of Mr. Newman.

14:54  4                THE COURT:  M-I.

14:54  5                MR. TANNER:  No questions, Your Honor.

14:54  6                THE COURT:  Back to Transocean.

14:54  7                    REDIRECT EXAMINATION

14:54  8    BY MR. BRIAN:

14:54  9    Q.   Good afternoon, Mr. Newman.

14:54  10               MR. BRIAN:  Good afternoon, Your Honor.  I'm going to

14:54  11   be very brief.

14:54  12   BY MR. BRIAN:

14:54  13   Q.   You were asked this morning by myself and then by

14:54  14   Mr. Cunningham about the 2009 well control event report.  Do

14:55  15   you have that document in mind?

14:55  16   A.   Yes.

14:55  17   Q.   And specifically about something called a "riser unloading

14:55  18   event."  Do you have that in mind?

14:55  19   A.   Yes.

14:55  20   Q.   What is a riser unloading event?

14:55  21   A.   Simply speaking, a riser unloading event is when the

14:55  22   influx -- it only happens on -- first of all, it only happens

14:55  23   on a floating drilling operation when you have a riser above

14:55  24   the BOP, between the BOP and the rig.  And a riser unloading

14:55  25   event happens when the influx is allowed to migrate above the

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

14:55  1    BOP.  So the driller shuts the BOP in but doesn't catch all of
14:55  2    the influx that can be above the BOP.
14:55  3            And then as that influx continues to migrate up the
14:55  4    riser, it expands as it migrates; and so you can have a
14:55  5    situation with a riser unloading event where you have some
14:55  6    amount of hydrocarbons on the rig floor or exiting through the
14:56  7    diverter lines.
14:56  8    Q.   Is a riser unloading event the same as a blowout?
14:56  9    A.   No.
14:56  10   Q.   How are they different?
14:56  11   A.   A blowout is uncontrolled flow from the reservoir.  That
14:56  12   means the well is not closed in.
14:56  13           A riser unloading event means the well is closed in
14:56  14   but you didn't catch it quick enough, and so you have influx in
14:56  15   the riser that unloads the riser.  It relates solely to the
14:56  16   riser.
14:56  17   Q.   You were asked this morning, both by myself and
14:56  18   Mr. Cunningham, about the *M.G. Hulme, Jr.* incident.  Do you
14:56  19   have that in mind?
14:56  20   A.   Yes.
14:56  21   Q.   And you were asked about changes in the well control
14:56  22   manual that occurred as a result of that.  Do you have that in
14:56  23   mind?
14:56  24   A.   Yes.
14:56  25           **MR. BRIAN:**  Let's pull up TREX-5650, 5650.

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

| | |
|---|---|
| 14:56 | 1 |

BY MR. BRIAN:

14:56    2    Q.    Is that the first page of the *M.G. Hulme* incident report?

14:56    3    A.    Yes.

14:56    4    Q.    And do you recall that that incident took place on --

14:56    5    occurred on February 20th, 2009?

14:57    6    A.    If you -- if you turn to the page where that date is, I

14:57    7    can certainly say that that's what the document says.  I don't

14:57    8    remember that the incident took place on February --

14:57    9    Q.    The document will be in evidence.

14:57   10          MR. BRIAN:  Let's pull up TREX-52545.

14:57   11    BY MR. BRIAN:

14:57   12    Q.    Now, that's a portion of the Transocean well control

14:57   13    manual, is it not?

14:57   14    A.    Yes.

14:57   15    Q.    And can you see down in the corner, right there, the date

14:57   16    of that?

14:57   17    A.    Yes.

14:57   18    Q.    That's March -- is that March 31st, 2008?

14:57   19    A.    Yes, that's what the document says.

14:57   20          MR. BRIAN:  Now, let's pull up TREX-52546.

14:57   21    BY MR. BRIAN:

14:57   22    Q.    This appears to be a later revision of the well control

14:57   23    manual; correct?

14:57   24    A.    Yes.

14:57   25    Q.    And that date is what?

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

14:57 1   A.   March 31st, 2009.

14:57 2   Q.   Prior to the April 20th, 2010 incident; correct?

14:58 3   A.   Yes.

14:58 4        MR. BRIAN:  So let's pull up D-6726.1.

14:58 5   BY MR. BRIAN:

14:58 6   Q.   This is a demonstrative that we prepared.  This simply

14:58 7   compares the first two pages of two versions of the well

14:58 8   control manual we just looked at, does it not?

14:58 9   A.   Yes.

14:58 10       MR. BRIAN:  Let's pull up D-6726.2.

14:58 11  BY MR. BRIAN:

14:58 12  Q.   Do you see that?

14:58 13  A.   Yes.

14:58 14  Q.   And the language "Once the BOP is closed, monitor the

14:58 15  riser for flow and be prepared to divert if necessary," was

14:58 16  that added to the well control manual on or about March 31st,

14:58 17  2009?

14:58 18  A.   Yes.  According to the revisions, yes.

14:58 19  Q.   And that's as a result of incident of the *MG Hulme*, is it

14:59 20  not?

14:59 21  A.   Yes.

14:59 22  Q.   About a month or so after the incident took place?

14:59 23  A.   Yes.

14:59 24       MR. BRIAN:  Let's go to D-6726.3.

25

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

14:59  1  **BY MR. BRIAN:**

14:59  2  **Q.**   That language -- "monitor the riser for flowing, refer to

14:59  3  Section 8, Subsection 4, Items 9 and 9.3," that language was

14:59  4  also added to the manual on or about March 31st, 2009, was it

14:59  5  not?

14:59  6  **A.**   Yes.  I think you said "flowing."  The document says

14:59  7  "flow."

14:59  8  **Q.**   I'm sorry.

14:59  9       **MR. BRIAN:**  Now, let's pull up D-6726.4.

14:59  10  **BY MR. BRIAN:**

14:59  11  **Q.**   This language:  "Subsea BOPs.  Monitor riser for flow and

14:59  12  be prepared to divert if necessary."

14:59  13       Was that language added to the well control manual as

14:59  14  of approximately March 31st, 2009?

14:59  15  **A.**   That's what the document says.

14:59  16  **Q.**   Now, I want to pull up --

14:59  17       **MR. BRIAN:**  Which is in evidence, Your Honor --

14:59  18  TREX-52658.1.

15:00  19  **BY MR. BRIAN:**

15:00  20  **Q.**   This is a summary chart, "Training of Well Control and

15:00  21  Bridge Crew Members Aboard the *Deepwater Horizon* on April 20th,

15:00  22  2010."

15:00  23       **MR. BRIAN:**  Can we -- Mr. Nickels, can you pull up,

15:00  24  first, page 4 of the TREX-52658.4, Miles Ezell.

       25

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

15:00    1    **BY MR. BRIAN:**

15:00    2    **Q.**    Do you see where he received IADC WellCAP supervisor

15:00    3    training on December 4th, 2009?  Do you see that?

15:00    4    **A.**    That's what the document says.

15:00    5    **Q.**    And is it the practice of Transocean to train pursuant to

15:00    6    the manual, as revised, that's in effect as of the date of the

15:00    7    training?

15:00    8    **A.**    Yes.

15:00    9    **Q.**    So if the manual was revised in March of 2009, would that

15:01   10    revised version have been the basis for the training that

15:01   11    Mr. Ezell received on December 4th, 2009?

15:01   12    **A.**    Yes.

15:01   13    **Q.**    Let's now turn to TREX-52658.12.  This summarizes the

15:01   14    training for Dewey Revette.  He was the driller, unfortunately,

15:01   15    on April 20th, 2010, wasn't he, sir?

15:01   16    **A.**    Yes.

15:01   17    **Q.**    And he received IADC WellCAP supervisor training on

15:01   18    February 12th, 2010.  Do you see that?

15:01   19    **A.**    Yes.

15:01   20    **Q.**    And again, that would have been pursuant to the manual as

15:01   21    revised in March of 2009; correct?

15:01   22    **A.**    Yes.

15:01   23    **Q.**    Now, let's turn to TREX-52658.16, Stephen Curtis.  He was

15:02   24    the assistant driller that evening on the *Deepwater Horizon*,

15:02   25    was he not?

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

15:02  1   A.   Yes.

15:02  2   Q.   And according to this document, he received IADC WellCAP

15:02  3   fundamental training on October 2nd, 2009, did he not?

15:02  4   A.   That's what the document says.

15:02  5   Q.   Again, with the same well control manual, as amended and

15:02  6   revised to add that language that came in as a result of the

15:02  7   *MG Hulme* incident; correct?

15:02  8   A.   Yes.

15:02  9   Q.   Let me turn to another subject quickly.

15:02  10        MR. BRIAN:  I'd like to pull up TREX-5482.10.1.TO.

15:02  11   BY MR. BRIAN:

15:02  12   Q.   Do you see that language at the top?  I think you were

15:02  13   shown this by Mr. Cunningham, perceived weaknesses.

15:02  14   "Supervisors felt that younger crews weren't good at hazard

15:02  15   awareness.  Younger crews thought they were competent."

15:02  16        Do you see that?

15:02  17   A.   Yes.

15:02  18   Q.   Let's go now back to TREX-5482.1.1.TO, the cover page of

15:03  19   this document.

15:03  20        This was the Lloyd's Register slide report pertaining

15:03  21   not specifically to *Deepwater Horizon*, but to the North America

15:03  22   division; correct?

15:03  23   A.   Yes.  According to the document, yes.

15:03  24   Q.   And the crew aboard the *Deepwater Horizon* in the driller's

15:03  25   shack that night -- Jason Anderson, Dewey Revette, Stephen

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

15:03  1   Curtis -- was this what you would characterize as a younger

15:03  2   crew?

15:03  3   **A.**   No.

15:03  4   **Q.**   How much experience, if you know, did they have on the

15:03  5   *Deepwater Horizon*?

15:03  6   **A.**   I think those three guys had been on the rig for eight or

15:03  7   nine or ten years.  I think Jason had been on the rig for ten

15:03  8   years.

15:03  9          **MR. BRIAN:**  I now want to pull up TREX-1429.20.1.

15:04  10              I think it's actually -- is this a different

15:04  11  TREX number?

15:04  12  **BY MR. BRIAN:**

15:04  13  **Q.**   So it's a copy of the same document you were shown.  We

15:04  14  have TREX-4942.20.

15:04  15              Is that the chart that Mr. Regan showed you during

15:04  16  his questioning of you, sir?

15:04  17  **A.**   Yes.

15:04  18  **Q.**   And you see there's from the OIMs all the way up to the

15:04  19  chief executive officer, where you sit.  Do you see that?

15:04  20  **A.**   Yes.

15:04  21  **Q.**   Now, there's been a lot of testimony in this trial

15:04  22  about -- a lot of questioning of you about GMS and OIMs and

15:04  23  THINK and starts.  I want to ask you a question that goes to

15:04  24  your core.

15:04  25              And that is, how often do you think about the 11 men

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

15:05  1   who died that night on the *Deepwater Horizon*?

15:05  2   **A.**   Every day.

15:05  3   **Q.**   Why?

15:05  4   **A.**   Because I ask myself if there isn't something -- I ask

15:05  5   myself if there isn't something more I could have done.

15:05  6        **MR. BRIAN:**  Thank you.  No further questions,

15:05  7   Your Honor.

15:05  8        **THE COURT:**  All right.  Thank you, Mr. Newman.

15:05  9           All right.  Who's going to be Transocean's next

15:05  10  witness?  Are we going back to Mr. Barnhill?

15:05  11       **MR. BRIAN:**  We are, Your Honor.  I thought we would

15:05  12  finish up Mr. Barnhill.  And then as we discussed yesterday, if

15:05  13  Mr. Quirk is available, we're happy to interrupt our case and

15:05  14  go with Mr. Quirk.  And then if we have additional time, we

15:06  15  would like to play two deposition video clips.

15:06  16       **MR. GODWIN:**  Mr. Quirk is here, Your Honor, and

15:06  17  available.  He can go now or he can go after Mr. Barnhill,

15:06  18  whatever is your pleasure.

15:06  19       **THE COURT:**  What do the plaintiffs want to do?  Do

15:06  20  you want to take him now or finish Barnhill?

15:06  21       **MR. GODWIN:**  Mr. Quirk would like to be able to be

15:06  22  finished today, Your Honor, and go back, as we discussed was

15:06  23  the plan.  But if it looks like --

15:06  24       **THE COURT:**  Well, I don't know.  The way we've been

15:06  25  going, I don't know if that's going to be possible, regardless.

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

15:06  1    It's already 3:00.

15:06  2              MR. GODWIN:  I understand, judge.

15:06  3              MR. WILLIAMS:  Your Honor, I think we called --

15:06  4    Mr. Breit is not in the courtroom -- there he is.

15:06  5              But we're prepared to take Mr. Quirk, and we had

15:06  6    hoped to be able to do that today because he's got --

15:06  7              THE COURT:  How long do we expect this examination to

15:06  8    be?

15:06  9              MR. WILLIAMS:  How long is your exam going to take?

15:06  10             MR. BREIT:  45 to 55 minutes, Judge.

15:06  11             MR. BRIAN:  I don't think, Your Honor, we have that

15:06  12   much more of Mr. Barnhill.  I think Mr. Brock said he had 20 or

15:06  13   30 minutes.  And then there will be, I think, a relatively

15:06  14   short redirect.  But we'll defer to Your Honor.  Mr. Barnhill

15:07  15   is available, so whatever is convenient for yourself and the

15:07  16   other parties.

15:07  17             THE COURT:  It doesn't make any difference to me.

15:07  18   I'm going to be here regardless.  It doesn't matter who I'm

15:07  19   listening to.

15:07  20             MR. GODWIN:  He will be here in three or four

15:07  21   minutes.  He's here in the building.  If you want him to go

15:07  22   now, he's ready.

15:07  23             THE COURT:  Do you want a quick break?

15:07  24             MR. WILLIAMS:  Sure.

15:07  25             THE COURT:  Do you think there's a chance we can get

OFFICIAL TRANSCRIPT

STEVE NEWMAN - REDIRECT

15:07  1    him out of here by 6:00 altogether?

15:07  2              MR. BREIT:  I'll be finished, Judge.  I can tell you

15:07  3    that.

15:07  4              THE COURT:  By 6:00?

15:07  5              MR. BREIT:  By 4:00.

15:07  6              THE COURT:  Let's take about a 15-minute recess.

15:07  7              THE DEPUTY CLERK:  All rise.

15:09  8              (WHEREUPON, the Court took a recess.)

15:23  9              THE DEPUTY CLERK:  All rise.

15:23  10             THE COURT:  Please be seated, everyone.

15:23  11                  Mr. Breit, call your next witness.

15:23  12             MR. BREIT:  Next witness is Timothy Quirk.

15:23  13             (WHEREUPON, **TIMOTHY QUIRK**, having been duly sworn,

15:23  14   testified as follows.)

15:23  15             THE DEPUTY CLERK:  Please state your full name and

15:23  16   correct spelling for the record.

15:23  17             THE WITNESS:  My name is Timothy Leo Quirk,

15:23  18   T-I-M-O-T-H-Y, L-E-O, Q-U-I-R-K.

15:23  19                        **DIRECT EXAMINATION**

15:23  20             MR. BREIT:  If Your Honor remembers, this is the

15:23  21   plaintiffs' case in chief, slightly out of order.  Jeffrey

15:23  22   Breit for the Plaintiffs' Steering Committee, and this would be

15:23  23   cross-examination of Mr. Quirk.

15:23  24             THE COURT:  All right.

       25

OFFICIAL TRANSCRIPT

4754

TIMOTHY QUIRK - DIRECT

15:23  1   **BY MR. BREIT:**

15:23  2   **Q.**   Mr. Quirk, you were the lab manager at Halliburton,

15:24  3   Broussard lab, in 2008; is that correct?

15:24  4   **A.**   Yes, sir.

15:24  5   **Q.**   And before that time --

15:24  6            **THE COURT:**  Wait a minute, wait a minute, wait a

15:24  7   minute.  Pull the microphone a little closer to you.

15:24  8               There you go.  Try that.  Okay.

15:24  9   **BY MR. BREIT:**

15:24  10  **Q.**   And prior to becoming the lab manager, you had been the

15:24  11  primary chemist at Halliburton Broussard lab; is that correct?

15:24  12  **A.**   Yes, cement lab manager.

15:24  13  **Q.**   And in April of 2010, you were responsible for the four

15:24  14  labs that were at Broussard, were you not?

15:24  15  **A.**   Yes, sir.

15:24  16  **Q.**   Now, just above you in the chain of hierarchy at

15:24  17  Halliburton was Ron Faul; is that right?

15:24  18  **A.**   Ronnie Faul.

15:24  19  **Q.**   And Ronnie Faul was based in the Houston office of

15:24  20  Halliburton?

15:24  21  **A.**   Yes, sir.

15:24  22  **Q.**   And you were in charge of the lab itself, and there was no

15:24  23  one at the lab above you; is that correct?

15:24  24  **A.**   That's correct.

15:24  25  **Q.**   If you had a problem at your lab, you would contact Ronnie

TIMOTHY QUIRK - DIRECT

15:24  1  Faul?

15:24  2  A.   That's correct.

15:25  3  Q.   Now, immediately -- after this explosion on April 20th,

15:25  4  2010, you received a phone call from Ronnie Faul within weeks

15:25  5  of that explosion?

15:25  6  A.   Yes.

15:25  7  Q.   And by the time he had called you, you had already taken a

15:25  8  look at the cement slurry that Jesse Gagliano had used in the

15:25  9  *Deepwater Horizon* well, had you not?

15:25  10  A.   Yes.

15:25  11  Q.   You found that slurry by looking it up on Viking -- the

15:25  12  Viking system -- to see what had been used?

15:25  13  A.   I don't recall if it was the Viking system or looking at

15:25  14  the folder of data.

15:25  15  Q.   One of the two.  There was either a written documentation

15:25  16  or folder at Broussard, or it was on the Viking system, or it

15:25  17  was both?

15:25  18  A.   That's correct.

15:25  19  Q.   And that's how you, as a lab manager, would look to find

15:25  20  out what chemicals were used, what additives were used, what

15:25  21  cement slurry had been used by Mr. Gagliano in the last time

15:26  22  before the well had cement dumped down it; right?

15:26  23  A.   Yes, right.

15:26  24  Q.   Now, when you were contacted by Mr. Faul, you knew by that

15:26  25  time that there had been a preservation order put in place by

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:26   1   at least one court asking that the products that had been used
15:26   2   on the *Deepwater Horizon* be secured and put aside so that no
15:26   3   one would touch them; is that right?
15:26   4   A.   I was not aware of a preservation order.  I was instructed
15:26   5   to gather the material and put it in a secure --
15:26   6   Q.   Was that Ron Faul?
15:26   7   A.   That was Tony Angelle.
15:26   8   Q.   So Tony Angelle, who, again, was another Halliburton
15:26   9   employee --
15:26   10  A.   He's in Lafayette.
15:26   11  Q.   He's in Lafayette.
15:26   12       -- he told you, "Gather up everything that you can
15:26   13  find related to the Macondo well, and secure it"?
15:26   14  A.   He said -- originally, he said the *Horizon* rig.  I
15:26   15  recall -- "the *Horizon* rig" is what I remember.
15:26   16  Q.   And, basically, you understood that directive from
15:27   17  Mr. Angelle that anything from the *Horizon* rig was to be
15:27   18  gathered up and put into a locked, air-conditioned locker?
15:27   19  A.   No.  He asked me initially just to gather up the material
15:27   20  from the *Horizon* rig.
15:27   21  Q.   And then -- I'm sorry.
15:27   22  A.   And -- that's correct.
15:27   23  Q.   So you went around looking for things from the *Horizon* rig
15:27   24  that had been marked *"Horizon* rig" so that you could put them
15:27   25  in a location?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:27  1   **A.**   In my office, right.

15:27  2   **Q.**   So initially when you gathered up everything from the

15:27  3   *Horizon* rig, you put all of that stuff in your office?

15:27  4   **A.**   That's correct.

15:27  5   **Q.**   In fact, you are the one who helped collect it?

15:27  6   **A.**   I was a part of -- yes.

15:27  7   **Q.**   Now, when Mr. Faul called you initially, he told you at

15:27  8   that time that there had been tests in the Duncan, Oklahoma,

15:27  9   lab on the cement slurry design from the Macondo well, did he

15:28  10  not?

15:28  11  **A.**   Yes.

15:28  12  **Q.**   So when you got the first phone call about gathering up

15:28  13  products for your office, you already knew someone in Oklahoma

15:28  14  had done some testing on the cement slurry from the Macondo

15:28  15  well.  Whether it's the design or some other part of it,

15:28  16  someone had done testing in Oklahoma?

15:28  17  **A.**   Around that same time period.

15:28  18  **Q.**   In fact, when Mr. Faul called you and told you about the

15:28  19  slurry testing in Duncan, Oklahoma, he wanted to compare what

15:28  20  had happened in Duncan, Oklahoma, with what you were going to

15:28  21  do in the Broussard lab?  He wanted to compare what you-all

15:28  22  were seeing in Duncan?

15:28  23  **A.**   He wanted to repeat the tests.  He was --

15:28  24  **Q.**   And --

15:28  25  **A.**   Go ahead.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:28 1    Q.   I'm sorry.  Go ahead.  I don't mean to interrupt you.
15:28 2    I've been guilty of that before.
15:28 3    A.   He wanted to repeat the test using the off-the-shelf lab
15:29 4    ingredients.
15:29 5    Q.   But he wanted you to compare what they were seeing in
15:29 6    Duncan with whatever you were going to see in Broussard; is
15:29 7    that right?
15:29 8    A.   I don't recall exactly the conversation.  I just remember
15:29 9    him asking me to repeat the test.  That's what I recall right
15:29 10   now.
15:29 11        MR. BREIT:  Let me see TREX-63141, which would be the
15:29 12   deposition of Mr. Quirk, page 89, lines 11 through 18, please.
15:29 13   11 through 18.
15:29 14   BY MR. BREIT:
15:29 15   Q.   And did he give you --
15:29 16        MR. BREIT:  Thank you very much.
15:29 17   BY MR. BREIT:
15:29 18   Q.   (Reading):
15:29 19        "QUESTION:  And did he give you a reason why he
15:29 20        wanted you to foam the slurry using lab stock additives?
15:29 21        "ANSWER:  He said that they had performed a test in
15:29 22        Duncan, Oklahoma, and they wanted -- and that he wanted me
15:29 23        to mix the slurry up and see if, you know, to see how it
15:29 24        compared to what they were seeing up there."
15:30 25        Does that refresh your recollection?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 15:30 | 1 | **A.**   Can you go further down, please? |
| 15:30 | 2 | **Q.**   You mean below line 18? |
| 15:30 | 3 | **A.**   Yes. |
| 15:30 | 4 | **MR. BREIT:**  Just to the page 94 -- I'm sorry, just on |
| 15:30 | 5 | that page.  Can you just give us the full page? |
| 15:30 | 6 | **BY MR. BREIT:** |
| 15:30 | 7 | **Q.**   Right there, is that what you're talking about? |
| 15:30 | 8 | **THE COURT:**  You can read it on your screen. |
| 15:30 | 9 | **THE WITNESS:**  Okay.  "Mix it up -- mix it up and |
| 15:30 | 10 | perform the stability test." |
| 15:30 | 11 | **BY MR. BREIT:** |
| 15:30 | 12 | **Q.**   Right.  But he wanted you to compare to what they were |
| 15:30 | 13 | seeing in Oklahoma; correct? |
| 15:30 | 14 | **A.**   I'm sorry.  I just don't recall exactly that part of the |
| 15:30 | 15 | conversation. |
| 15:30 | 16 | **Q.**   You don't deny saying that under oath about a year ago -- |
| 15:30 | 17 | or two years ago, do you? |
| 15:30 | 18 | **A.**   No, I don't deny saying that. |
| 15:30 | 19 | **Q.**   All right.  Now, when Mr. Faul called you, that was a |
| 15:31 | 20 | couple weeks after April 20th, and he asked you and wanted you |
| 15:31 | 21 | to use Macondo lab stock additives, didn't he? |
| 15:31 | 22 | **A.**   I'm sorry, could you repeat the question? |
| 15:31 | 23 | **Q.**   When Mr. Faul called you, he asked you to use Macondo lab |
| 15:31 | 24 | stock additives, didn't he? |
| 15:31 | 25 | **A.**   I'm not aware of any Macondo lab stock additives. |

OFFICIAL TRANSCRIPT

4760

TIMOTHY QUIRK - DIRECT

15:31  1   **Q.**   But he wanted you to use them.  Didn't he tell you that?
15:31  2   **A.**   Macondo lab stock additives?
15:31  3   **Q.**   Lab stock additives that were used on the Macondo well.
15:31  4   **A.**   I'm not aware of any lab stock additives used on the
15:31  5   Macondo well.
15:31  6          **MR. BREIT:**   TREX-63141, page 39, lines 9 through 21,
15:31  7   Carl.  Thank you.
15:31  8   **BY MR. BREIT:**
15:31  9   **Q.**   (Reading):
15:31  10          "QUESTION:  So both Mr. Faul and these two gentlemen
15:31  11          asked you to look at the slurry design and use what you
15:31  12          have at your lab to recreate the slurry that was being
15:31  13          used offshore?"
15:31  14          Initially, this is your answer:  "Well, Mr. Faul
15:31  15   asked that I, you know, use the lab stock additives."
15:32  16          Now, did he ask you to use the lab stock additives?
15:32  17   Do you understand that that now?
15:32  18   **A.**   Yes, not the Macondo lab stock additives.
15:32  19   **Q.**   But he was trying to get you, at that time, to re-create
15:32  20   the slurry that was being used offshore that would be on the
15:32  21   Macondo well, and he asked you to use the lab stock additives.
15:32  22   Did he not ask you that?
15:32  23   **A.**   Lab stock additives, that's correct.
15:32  24   **Q.**   Thank you.
15:32  25          Now, Mr. Faul told you that the tests at Duncan, when

TIMOTHY QUIRK - DIRECT

15:32  1    they had done those tests, it looked thin, didn't it?

15:32  2    A.   Yes.

15:32  3    Q.   In fact, after they completed the first test at Duncan

15:32  4    that showed that the slurry was thin, either someone at

15:32  5    Oklahoma or you called each other to discuss what had been done

15:32  6    in the test?

15:32  7    A.   That's correct.

15:32  8    Q.   You remember that, don't you?

15:32  9    A.   Yes.

15:32  10        THE COURT:   What time frame are we talking about

15:32  11   here?

15:32  12   BY MR. BREIT:

15:32  13   Q.   We're talking a couple weeks after April 20th, are we not?

15:32  14   A.   Yes, somewhere in that time period.

15:32  15        THE COURT:   Okay.

15:32  16   BY MR. BREIT:

15:32  17   Q.   And a couple weeks after April 20th, there had been one

15:33  18   test in Duncan that had been thin, and the person in Duncan who

15:33  19   you don't remember -- do you remember it now being Mr. Morgan?

15:33  20   A.   Yes.

15:33  21   Q.   And Mr. Morgan said to you, "It looks thin.  What did you

15:33  22   do when you tested it?"  Is that right?

15:33  23   A.   That's correct.

15:33  24   Q.   So when Mr. Morgan called you before he did this second

15:33  25   test --

TIMOTHY QUIRK - DIRECT

15:33  1  A.   When you asked me when I tested it, are you talking about

15:33  2  the lab test, that it's pre-incident?

15:33  3  Q.   My impression was that Mr. Morgan asked you what had been

15:33  4  done on the testing with regard to conditioning.  Is that

15:33  5  right?

15:33  6  A.   Pre-incident.

15:33  7  Q.   Okay.  So you had not done your test yet?

15:33  8  A.   No.

15:33  9  Q.   Mr. Morgan was about to do his second test?

15:33  10  A.   Well, I don't know -- I don't know if there was a second

15:33  11  test.  I don't know.

15:33  12  Q.   At least one had been thin already, and he was about to do

15:33  13  another one?

15:33  14  A.   I can -- I can understand that one was done.  I don't know

15:33  15  that he was about ready to do another one.  I don't recall that

15:33  16  part of it.

15:33  17  Q.   Well, he asked you what had happened with the conditioning

15:33  18  time, did he not?

15:33  19  A.   Yes.

15:33  20  Q.   Okay.  So you don't know whether or not he did another

15:33  21  test?

15:33  22  A.   Right.

15:33  23  Q.   Now, Mr. Faul told you, when he asked you to re-create the

15:34  24  slurry testing, that there had been settling in Duncan when

15:34  25  Rickey Morgan had done his test; isn't that right?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:34  1  A.    Right.  Upon miscibility.

15:34  2  Q.    But, again, on a testing trying to re-create the slurry

15:34  3  that had been used at the last time in the well, on

15:34  4  April 19th and April 20th, that Mr. Morgan's testing of that

15:34  5  slurry, however it was done, it showed settling; is that right?

15:34  6  A.    What I remember is the point of miscibility, is what I

15:34  7  remember.

15:34  8  Q.    Well, do you know now -- or did you know that Rickey

15:34  9  Morgan and no one in Oklahoma wrote down any of the testing

15:34  10  that happened in Oklahoma?

15:34  11  A.    I've heard that over the last couple of years, you know.

15:34  12  At the time, I wasn't aware of that.

15:34  13  Q.    Well, how long did you remain the manager of the Broussard

15:34  14  lab after April 20th, 2010?

15:34  15  A.    Up until August 24th of last year.

15:35  16  Q.    So up until August of 2012, did you ever go and ask if

15:35  17  someone in Oklahoma could show you any written tests, any

15:35  18  Viking tests, any notes of anything Rickey Morgan did a couple

15:35  19  of weeks after this incident so that you could see what kind of

15:35  20  slurry he used and what kind of testing he was doing after this

15:35  21  incident?

15:35  22  A.    I don't recall requesting that at all.

15:35  23  Q.    So is it safe to say that at no time after April 20th of

15:35  24  2010, until August of 2012, when you left the Broussard lab,

15:35  25  you never even asked anyone to show you any of those tests?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:35 1  **A.**   I never asked anyone to show me that.

15:35 2  **Q.**   Did you look on the Viking system?

15:35 3  **A.**   I did not, not specifically looking for that.

15:35 4  **Q.**   Well, did you look on the Viking system at any time to see

15:35 5  whether or not there was any testing in Oklahoma that someone

15:35 6  had put on the record?

15:35 7  **A.**   I did not.

15:35 8  **Q.**   And you understand there were at least two tests done in

15:36 9  Duncan now, both of which showed that the slurry was thin?  You

15:36 10 understand that now, don't you?

15:36 11 **A.**   As we're -- today, yes.

15:36 12 **Q.**   Now, you were asked by Mr. Faul to do these tests; is that

15:36 13 correct?

15:36 14 **A.**   That's correct.

15:36 15 **Q.**   Anyone one up, higher up?  Any lawyers, anyone else ask

15:36 16 you to do any testing in April or May of 2010?

15:36 17 **A.**   No, sir.

15:36 18 **Q.**   Now, you were to perform a foam stability, foam slurry

15:36 19 test?  Wasn't that your intention initially?

15:36 20 **A.**   Foam stability, right.

15:36 21 **Q.**   And, in fact, that's not part of your habit, to perform

15:36 22 that test at Broussard lab back in May of 2010, was it?

15:36 23 **A.**   Me, personally?  No.

15:36 24 **Q.**   Yes, you personally.

15:36 25 **A.**   Not on a regular basis, no.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:36   1   **Q.**   In fact, it had been years since you had run a test like

15:36   2   that prior to May of 2010?

15:36   3   **A.**   It could have been.  I don't --

15:36   4   **Q.**   You don't remember, do you?

15:36   5   **A.**   Right.

15:36   6   **Q.**   In fact, before this phone call from Mr. Faul, he had

15:36   7   never asked you orally to do any kind of testing at Broussard,

15:37   8   you, yourself?

15:37   9   **A.**   I don't recall.

15:37   10   **Q.**   Well, didn't you testify before today that, in fact, he

15:37   11   had never called you orally prior to that day to ask you to

15:37   12   perform tests?

15:37   13   **A.**   I just don't recall that part of it.  I can't remember my

15:37   14   answer.  I'm sorry.

15:37   15   **Q.**   Well, let's look.  TREX-63141, page 318, lines 8 through

15:37   16   18, please.

15:37   17        "QUESTION:  Has he -- does he frequently ask you to

15:37   18        do tests or similar projects orally without in writing?

15:37   19        "ANSWER:  No.

15:37   20        "QUESTION:  Has he ever asked you to do one before

15:37   21        other than this one?

15:37   22        "ANSWER:  I don't recall at this time -- I don't --

15:37   23        not related to lab testing."

15:37   24        So does that help refresh your memory as to him never

15:37   25   calling you prior to this date?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:37     1    **A.**    Yes.

15:37     2    **Q.**    Thank you.

15:37     3            Now, when Mr. Faul called you a couple of weeks after

15:37     4    this incident and asked you to perform these tests, he

15:38     5    specifically told you not to report your results, didn't he?

15:38     6    **A.**    He asked me to phone the results to him.

15:38     7    **Q.**    But he asked you not to report the results?  Listen to my

15:38     8    question, please.

15:38     9    **A.**    He asked me not to report the results in the Viking

15:38    10    system.

15:38    11    **Q.**    He also told you not to put anything in Viking and not to

15:38    12    record any of your results anywhere, didn't he?

15:38    13    **A.**    He just asked me to phone the results to him.

15:38    14    **Q.**    And he did not want you to report them, not on Viking and

15:38    15    not anywhere else?

15:38    16    **A.**    He didn't want a report.

15:38    17    **Q.**    That meant not on Viking and not to write up a written

15:38    18    report --

15:38    19    **A.**    Right.

15:38    20    **Q.**    -- just like the ones that Mr. Gagliano's reports would

15:38    21    have shown from the April 17th; is that correct?

15:38    22    **A.**    Right.

15:38    23    **Q.**    So you didn't prepare a lab work sheet?

15:38    24    **A.**    I didn't prepare a lab work sheet.

15:38    25    **Q.**    You didn't prepare any notes, did you?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 15:38 | 1 | **A.**   Prepare any notes?  No, I just -- no. |
| 15:38 | 2 | **Q.**   In fact, you had written notes, didn't you, after this |
| 15:38 | 3 | incident, but you got rid of them, didn't you? |
| 15:39 | 4 | **A.**   I discarded my notes. |
| 15:39 | 5 | **Q.**   You threw them in the trash, didn't you? |
| 15:39 | 6 | **A.**   I -- yes. |
| 15:39 | 7 | **Q.**   Now, was that on directions of Mr. Faul that you threw |
| 15:39 | 8 | your notes from this test, a couple of weeks after April 20th, |
| 15:39 | 9 | in the trash; or is that something that you decided on your |
| 15:39 | 10 | own? |
| 15:39 | 11 | **A.**   I -- based on the way he requested that I run the tests, I |
| 15:39 | 12 | reported the results to him over the phone and I didn't see any |
| 15:39 | 13 | need to hang on to my notes. |
| 15:39 | 14 | **Q.**   You're telling this Court that after April 20th, when you |
| 15:39 | 15 | knew at that time that the *Deepwater Horizon* was in the bottom |
| 15:39 | 16 | of the Gulf, 11 men had perished, that you didn't think it was |
| 15:39 | 17 | important -- |
| 15:39 | 18 | **MR. UNDERHILL:**  Objection, argumentative. |
| 15:39 | 19 | **MR. BREIT:**  I don't think it's argumentative at all, |
| 15:39 | 20 | Your Honor. |
| 15:39 | 21 | **THE COURT:**  Overrule the objection. |
| 15:39 | 22 | **BY MR. BREIT:** |
| 15:39 | 23 | **Q.**   Let me restart my question. |
| 15:39 | 24 | April 20th, by the time you get this phone call, the |
| 15:39 | 25 | *Deepwater Horizon* is at the bottom of the Gulf, 11 men have |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:39  1  perished, and you know that there's being testing done by

15:39  2  Halliburton personnel and they ask you to do testing of the

15:40  3  cement stability and you don't think it's important to hold on

15:40  4  to any of your notes showing what your results would have

15:40  5  shown?

15:40  6  A.   At the time that this happened, I didn't -- my view was he

15:40  7  asked me to use off-the-shelf lab stock ingredients, and I

15:40  8  didn't -- in the past I performed experiments in using lab

15:40  9  stock ingredients and was not using the samples that were from

15:40  10  the location.

15:40  11       I know that -- I mean, hindsight, looking way back at

15:40  12  it now, I can understand the importance of it, but back then I

15:40  13  just didn't see it that way.  I mean, it's a test that I could

15:40  14  run -- go in the lab and run today or I could have run it the

15:40  15  very next day.  It's all additives off the shelf.

15:40  16  Q.   Well, let me ask you this question because you didn't

15:40  17  think it was so important then, one of the important things is

15:41  18  what are the densities that you found when you did your

15:41  19  testing; isn't that right?

15:41  20  A.   Right.

15:41  21  Q.   You didn't write that down, did you, the densities?

15:41  22  A.   No.

15:41  23  Q.   You don't remember what the densities are, do you?

15:41  24  A.   I don't.

15:41  25  Q.   You didn't remember them two years ago when your

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:41  1    deposition was taken, do you?

15:41  2    **A.**   That's correct.

15:41  3    **Q.**   So you don't think it's important, with 11 men perished,

15:41  4    that you save the results of the density as to whether or not

15:41  5    this cement was stable?

15:41  6    **A.**   Just run it again.  That's all we had to do was run the

15:41  7    test again.

15:41  8    **Q.**   In fact, after you did this test, you took the pieces of

15:41  9    the cement that you had tested and you threw them away too,

15:41  10   didn't you?

15:41  11   **A.**   As we do with all the other testing.

15:41  12   **Q.**   Do you have that much testing done after 11 men perished

15:41  13   and a rig sinks to the bottom of the Gulf?  Do you?

15:41  14   **A.**   No, sir.

15:41  15   **Q.**   Now, Mr. Faul asked you specifically to do these tests off

15:41  16   the side, didn't he?

15:41  17   **A.**   I don't remember exactly his exact words, something like

15:41  18   that.

15:41  19          **MR. BREIT:**  Let's look at TREX-63141, page 316,

15:42  20   lines 19 to the top of page 317, line 4, please.

15:42  21          316, 19, see if you can get 316 and 317 side by

15:42  22   side.  Thank you.

15:42  23   **BY MR. BREIT:**

15:42  24   **Q.**   (Reading:)

15:42  25          "QUESTION:  So did he just ask you to do it in this

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:42   1          case because there were problems with the well, the
15:42   2          litigation?  I mean, is that why he asked you to do this
15:42   3          separate test?
15:42   4              "ANSWER:  Well, I can't speak for him.  He just asked
15:42   5          me to do it off the side and give him the results."
15:42   6   A.    Okay.
15:42   7   Q.    When you say "off the side," that means not record it.  So
15:42   8   he asked you to do this off the side, didn't he?
15:42   9   A.    I guess so.  That's my --
15:42   10  Q.    Didn't you think it was strange with so many people
15:42   11  wondering what happened on the *Deepwater Horizon* -- the United
15:42   12  States Government, BP, Transocean -- that he would ask you to
15:42   13  do testing on the side and not write down or record a single
15:42   14  word?  Didn't you think that was strange?
15:42   15  A.    It's -- it was a little unusual.
15:43   16  Q.    Now, in addition to that test, Mr. Faul asked you to
15:43   17  perform four or five contamination tests, checking the foam
15:43   18  stability, didn't he?
15:43   19  A.    That's correct.
15:43   20  Q.    You didn't save any notes yourself from those
15:43   21  contamination tests, did you?
15:43   22  A.    No, sir.
15:43   23  Q.    Now, you also received a call from Simon Turton and
15:43   24  Anthony Badalamenti.  Both of those gentlemen are in Houston,
15:43   25  or where are they?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:43   1   **A.**   Now I'm not sure where they're at.  They were in Houston

15:43   2   at the time.

15:43   3   **Q.**   In April of 2010 when they called you, or May 2010 when

15:43   4   they called you after Mr. Faul's test, they, too, had tests for

15:43   5   you to do?

15:43   6   **A.**   Yes.

15:43   7   **Q.**   They wanted you to perform static gel strength and

15:43   8   transitioning time tests, didn't they?

15:43   9   **A.**   That's correct.

15:43   10  **Q.**   And you used the weigh-up --

15:43   11  **A.**   It's the same test.

15:43   12  **Q.**   I'm sorry, sir?

15:43   13  **A.**   It's the same test.

15:43   14  **Q.**   The same test done almost at the same time, or is it the

15:43   15  exact same test?

15:43   16  **A.**   It's the exact same test.

15:43   17  **Q.**   Thank you.

15:43   18        Now, you used the weigh-up sheets so that you would

15:43   19  know what was the proper amount of additives to weigh out for

15:44   20  the testing, didn't you?

15:44   21  **A.**   The weigh-up sheets were used.  It was a generated sheet.

15:44   22  **Q.**   You were trying to reconfigure the slurry that Jesse

15:44   23  Gagliano had asked for testing on April 17th, weren't you?

15:44   24  **A.**   It was -- it was the slurry that was pumped, I think.

15:44   25  Right.

OFFICIAL TRANSCRIPT

4772

TIMOTHY QUIRK - DIRECT

15:44  1   **Q.**   And the weigh-up sheet that you went to was the cement

15:44  2   weigh-up sheet that Gagliano had used and made up on

15:44  3   April 17th, 2010, the last weigh-up sheet of the cement that

15:44  4   was used?

15:44  5   **A.**   On the transition time?

15:44  6   **Q.**   No, no, no.  You were looking at the April 17th, 2010

15:44  7   weigh-up sheet so that you could reconfigure the slurry like

15:44  8   the slurry that Jesse Gagliano had tested or asked to be tested

15:44  9   on April 17th; isn't that right?

15:44  10  **A.**   That --

15:44  11  **Q.**   You had to look somewhere to find out what to do --

15:44  12  **A.**   That makes sense, yes.  That makes sense.

15:44  13  **Q.**   Now, let's look at the TREX-4566, which is the April 17th,

15:45  14  2010.  First, let me look at the top of that sheet.

15:45  15       This is the cement lab weigh-up sheet, April 7th

15:45  16  [verbatim], 2010, Jesse Gagliano, engineer, and this is the

15:45  17  last weigh-up sheet of the cement slurry that was tested before

15:45  18  they did the pumping of the cement on the Macondo well.

15:45  19       Do you see that?

15:45  20  **A.**   I don't think it was -- I don't think that was the last

15:45  21  one.

15:45  22  **Q.**   Well, I'll represent to you there's been plenty of

15:45  23  testimony in the last three weeks, the April 17th, 2010 cement

15:45  24  weigh-up sheet is -- the cement weigh-up sheet, as the lawyer

15:45  25  for Halliburton has indicated, is the only cement weigh-up

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:45    1    sheet that is important because this is the last one that they
15:45    2    were relying on for the testing for purposes of pumping down
15:45    3    the well.  I'll represent that to you.
15:45    4    A.   I understood that there was a part two to that.
15:46    5    Q.   Let's look at the April 17th, 2010 weigh-up sheet.  Let's
15:46    6    look at some of the material.  And specifically I want to look
15:46    7    to the SCR-100L.
15:46    8    A.   Yes.
15:46    9    Q.   And the lot number, which is 6264, that's an indication
15:46    10   that the lot of SCR-100L came from the *Deepwater Horizon*, does
15:46    11   it not?
15:46    12   A.   It could be.
15:46    13   Q.   I'm going to represent to you from other testimony that
15:46    14   the 6264 is, in fact, from Tank No. 8 of the *Deepwater Horizon*
15:46    15   and that other witnesses, whose testimony is in the record,
15:46    16   indicated 6264 was the *Deepwater Horizon*.
15:46    17            Now, if you see to the right of that, there is a
15:46    18   sample ID.  And the sample ID, as I understand your lab in
15:46    19   Broussard, not only is there a lot number showing from where a
15:46    20   particular chemical, in this case SCR-100L, comes from, it also
15:46    21   has a specific ID showing what was used specifically from that
15:47    22   lot.
15:47    23            Is that right?
15:47    24   A.   Yes.
15:47    25   Q.   And so in this case, if the cement lab weigh-up sheet of

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:47  1    April 17th is, in fact, the correct one, the SCR-100L, which

15:47  2    was dated October 22nd, 2009 -- that's another marking you-all

15:47  3    use to date your lab samples; correct?

15:47  4    A.    Yes.

15:47  5    Q.    -- was specifically 54573, which shows that that is a

15:47  6    specific ID of a specific SCR-100L used for that test; correct?

15:47  7    A.    Okay.

15:47  8    Q.    Am I correct on that?

15:47  9    A.    Based on what I see here.

15:47  10   Q.    Thank you.

15:47  11              Now, again, you were trying to --

15:47  12   A.    Now, I want to just point out something.  This shows what

15:47  13   the lab tech is supposed to weigh up.

15:47  14   Q.    Correct.

15:47  15   A.    Okay.

15:47  16   Q.    And what's supposed to be used for purposes of Jesse

15:47  17   Gagliano testing --

15:47  18   A.    Right.

15:47  19   Q.    -- is this specific 54573 ID, SCR-100L?

15:48  20   A.    Right.

15:48  21   Q.    And you understand, of course, by this time, when you're

15:48  22   looking at this sheet, you've already received a phone call

15:48  23   asking for the materials that were used on the *Deepwater*

15:48  24   *Horizon* to be secured in your office.  You understand that;

15:48  25   right?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:48  1  A.   Yes.

15:48  2  Q.   Now, when you were going to do this second group of

15:48  3  testing for Mr. Badalamenti and Mr. Turton, you needed to

15:48  4  figure out what to look at for purposes of making up your

15:48  5  slurry.

15:48  6       And so on May 20th, 2010, you pulled up the

15:48  7  April 17th lab weigh-up sheet, which would be TREX-05593,

15:48  8  please.  If we could look at the top, please.

15:48  9       So this shows that on May 20th, 2010, this particular

15:49  10  cement lab weigh-up sheet was printed out and it's the same one

15:49  11  that Jesse Gagliano had used, except the only difference is

15:49  12  it's got a .09 SCR-100L; right?

15:49  13  A.   Uh-huh.

15:49  14  Q.   And you understand, of course, now, having stayed at the

15:49  15  lab until August of 2012, that Jesse Gagliano had tested the

15:49  16  .08 SCR-100L, but he had never tested the .9 [verbatim].  Do

15:49  17  you understand that, or does that come to your knowledge?

15:49  18  A.   Well, the records that I've looked at, he tested the .09.

15:49  19  Q.   Are you sure you didn't look at those records and find out

15:49  20  that he had canceled that test?

15:49  21  A.   Well, I see results on the test when I look at it.

15:49  22  Q.   All right.  We'll get to those in a second.

15:49  23       Now, let's look at your lab weigh-up and notice again

15:49  24  the SCR-100L.  Notice the date.  First of all, let's look at

15:49  25  the lot number, 6264, *Deepwater Horizon*, the date, 10/22/09,

TIMOTHY QUIRK - DIRECT

15:49    1    and again the sample ID, 54573.

15:50    2        Does that look the same as the one on April 17th,

15:50    3    that part?

15:50    4    A.   Yeah.  I don't remember the exact number, but if you say

15:50    5    so --

15:50    6    Q.   I'm going to represent to you that it's the exact same.

15:50    7    A.   Okay.

15:50    8    Q.   Now, let's look at your tests, which I believe you then

15:50    9    tried to do on May 28th.

15:50    10    A.   Are you saying that I used that to perform a test?

15:50    11    Q.   No.  You used this before you performed your test on

15:50    12    May 28th, 2010.

15:50    13    A.   That right there?

15:50    14    Q.   This is what you printed out.

15:50    15    A.   I don't recall printing that.

15:50    16    Q.   Okay.  Let's look at your tests, then, to see what you

15:50    17    used to guide yourself.

15:50    18    A.   Okay.

15:50    19    Q.   You do remember performing these tests that these

15:50    20    gentlemen from Houston had asked you to do?

15:50    21    A.   Yes, the -- yes.

15:50    22    Q.   And you did those tests on May 28th, 2010, and on

15:50    23    May 29th, 2010?

15:50    24    A.   Yes.

15:50    25    Q.   You do remember that?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:50    1    A.    Yes.
15:50    2    Q.    All right.  Let's look at TREX-5593.3.  This is the
15:50    3    May 28th test and this is the engineer, you, Tim Quirk;
15:50    4    correct?
15:50    5    A.    Right.  Would you mind going back to the screen before?  I
15:51    6    want to make sure I didn't miss something.
15:51    7    Q.    Go back, then, to page --
15:51    8    A.    To the weigh-up sheet that you had just before.
15:51    9    Q.    I'm going to show you right now.  5593.
15:51   10    A.    Okay.  Okay.  That sheet, that 73909, Part 2 right
15:51   11    there --
15:51   12    Q.    I'm not sure where you're reading, sir.
15:51   13    A.    At the very top.  At the very top.
15:51   14    Q.    Yeah.
15:51   15    A.    Okay.  That sheet right there is the part that I was
15:51   16    asking you about a while ago for the thickening time and UCA
15:51   17    strengths that were tested by Jesse before the incident.
15:51   18    Q.    Right.  I know that.  These are the ones that he used
15:51   19    before the incident.  You printed them out on May 20th, 2010 --
15:51   20    A.    I --
15:51   21    Q.    -- so that you could look at -- I'm sorry.  Mr. Quirk, let
15:51   22    me finish my question.
15:51   23          You didn't know what to do when you got a phone call
15:51   24    from Houston to perform these tests without looking to see what
15:52   25    Gagliano had used prior to the explosion; is that right?

TIMOTHY QUIRK - DIRECT

15:52    1    **A.**   I would have to see what was used, that's correct.
15:52    2    **Q.**   And you -- do you deny printing out on May 20th, the
15:52    3    weigh-up sheet, which is exactly the same weigh-up sheet from
15:52    4    April 17th, 2010?
15:52    5    **A.**   I don't recall printing that.
15:52    6    **Q.**   Okay.  Let's move to your tests of May 28, 2010.
15:52    7            **THE COURT:**  Wait a minute.
15:52    8            **MR. BREIT:**  I'm sorry, Judge.
15:52    9            **THE COURT:**  Under your system, these weigh-up sheets,
15:52   10    that date at the top would always be the date it was printed?
15:52   11    That May 20th date --
15:52   12            **THE WITNESS:**  Well, if you go to the very bottom, it
15:52   13    will show when it was printed.  If they match up, then I'll say
15:52   14    the answer is yes.
15:52   15            **THE COURT:**  Let's see what the bottom says.
15:52   16            **THE WITNESS:**  Yes, May 20th, there you go.
15:52   17            **THE COURT:**  Where do you see that?
15:52   18            **THE WITNESS:**  At the very bottom where it says --
15:52   19            **MR. BREIT:**  Right there, Judge.
15:52   20            **THE WITNESS:**  -- see page 1 of 2.
15:52   21            **MR. BREIT:**  Printed on Thursday, May 20th, 2010, at
15:52   22    1:30 p.m.
15:52   23            **THE COURT:**  Okay.
15:52   24    **BY MR. BREIT:**
15:52   25    **Q.**   So do you now agree that this particular weigh-up sheet

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:53    1    was printed on that day in order for someone, maybe it was
15:53    2    someone else and not you, to perform some slurry tests?
15:53    3    A.   I don't know why it was printed.  I don't -- I don't know
15:53    4    who printed it or why it was printed.
15:53    5    Q.   Are you suggesting to the Court that there was someone
15:53    6    else on May 20th doing yet another test on this cement slurry
15:53    7    that we don't know about?
15:53    8    A.   I'm just saying I don't know anything about this printed
15:53    9    sheet right here.  That's all I'm saying.
15:53   10    Q.   Let's look at your test then, the one that you do remember
15:53   11    doing on May 28th.  Okay?  And that would be TREX-5593.3.
15:53   12    A.   Okay.
15:53   13    Q.   Now, this is the cement lab weigh-up sheet printed on
15:53   14    May 28th, 2010.  You remember doing the test on May 28th, don't
15:53   15    you?
15:53   16    A.   Or having a technician performing the test, right.
15:53   17    Q.   And this is Timothy Quirk, that's you?
15:53   18    A.   Right.
15:53   19    Q.   And on the zone sealant, SCR-100L, it's Lot No. 6264;
15:53   20    correct?
15:53   21    A.   Yes.
15:54   22    Q.   But the sample ID is missing from this sheet?
15:54   23    A.   Right.
15:54   24    Q.   Let's turn to TREX-5593.5, which would be the other part
15:54   25    of this test, and you see the SCR-100L.  Let's go to the top

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:54  1    first.  This is the same weigh-up sheet for May 28th, 2010.
15:54  2    And if you see here the SCR-100L, October 22nd, 2009, and the
15:54  3    same exact sample ID, 54573.
15:54  4          And I will represent to you that the 54573 is the
15:54  5    exact same number that was on Jesse Gagliano's April 17th, 2010
15:54  6    sheet.  Does that make sense to you?
15:54  7    A.    Okay.  Yes.
15:54  8    Q.    And so if I understand this correctly, this particular
15:54  9    SCR-100L, with this lot number from the *Deepwater Horizon* that
15:54  10   was dated into the lab on October 22nd, 2009, with the
15:54  11   Sample ID 54573, you used on May 28th, 2010, in order to
15:55  12   perform your testing for the two gentlemen in Houston.  Isn't
15:55  13   that right?
15:55  14   A.    The sample for Jesse's test is the same -- you can date
15:55  15   that back to being the same sample?
15:55  16   Q.    Yes.  I just showed it to you.  If you'd like to see it
15:55  17   again, I'll show it to you.
15:55  18   A.    What I'm getting at is a lot number can be the same lot
15:55  19   number from different places, and you can use the same lot
15:55  20   number for something that's already on the rig.
15:55  21   Q.    That's exactly why I spent the time with you looking at
15:55  22   Jesse Gagliano's April 17th sheet, to show you the
15:55  23   Lot No. 6264, the lab date, October 22nd, 2009, and then your
15:55  24   representation that the sample ID of 54573 further narrows this
15:55  25   particular chemical to being the one used on the *Deepwater*

TIMOTHY QUIRK - DIRECT

15:55   1    *Horizon* just before the explosion.

15:55   2              You said that, didn't you, sir?

15:55   3    **A.**   Yes.  I -- I'm a little bit confused right now.  I'm

15:56   4    trying to wrap my brain around everything you're saying.  I

15:56   5    know where you're going, that I would have taken something out

15:56   6    of the locker.  But I didn't -- either we hadn't got to the

15:56   7    point of ever putting it in the locker finally -- I can assure

15:56   8    you, I didn't take anything out of the locker.

15:56   9    **Q.**   What I'm asking you, sir, is that this ID here, 54573,

15:56   10   specifically IDs this chemical as the chemical used by Jesse

15:56   11   Gagliano for his April 17th, 2010 test.  That's all I'm asking

15:56   12   you right now.

15:56   13   **A.**   Okay.  Okay.

15:56   14   **Q.**   Is that right?

15:56   15   **A.**   It's the same lot number.

15:56   16   **Q.**   It's the same lot number, it's the same lab date number,

15:56   17   and it's the exact same sample ID.  Would you agree with me

15:56   18   there?

15:56   19   **A.**   Yes.

15:56   20   **Q.**   And you would agree with me that on May 28th, 2010,

15:56   21   however you got your hands on it, or whoever got their hands on

15:56   22   it, this ID sample product was the product that was being used

15:56   23   by Jesse Gagliano on April 17th, 2010 for that test?

15:57   24   **A.**   It's a -- it's a portion of a sample of it.  Now, the --

15:57   25   **Q.**   It's a portion of the sample that had been told to you to

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:57   1   be secured in your office so that no one else would touch it.

15:57   2   Isn't that true?

15:57   3   A.    There's a missing piece to this puzzle.  Because I can

15:57   4   assure you that I did not take a sample.  Either we -- either

15:57   5   we used a sample of that as last stock and it had the same lab

15:57   6   ID number as a part of that or something.

15:57   7   Q.    I asked you, first of all, whether or not this particular

15:57   8   54573 ID'ed this particular chemical as being used, not just

15:57   9   from the lot, not just from the lab date, but the actual

15:57   10  chemical that was used by Jesse Gagliano for his

15:57   11  April 17th test.  All I'm asking you:  Isn't this the exact

15:57   12  same --

15:57   13  A.    I want to --

15:57   14  Q.    Let me finish, please.

15:57   15       Isn't that the exact same sample ID that was used by

15:57   16  whoever did this test on May 28th, 2010?

15:57   17  A.    Well, I'd like to clarify something.

15:57   18  Q.    Go ahead.

15:57   19  A.    You can have six or ten samples that have that same ID

15:58   20  number.

15:58   21  Q.    You could have six samples that have the same lot number.

15:58   22  This specific sample ID is the one that was being used by

15:58   23  Gagliano on April 17th, 2010, wasn't it?  You don't have a

15:58   24  further designation?  There is no -- let me finish.

15:58   25       There's no other column, is there?  There's a lot

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

15:58  1   number that says *Deepwater Horizon*, there's a lab date that
15:58  2   says the lab date, the date the lab got it, and there's a
15:58  3   sample ID that shows the date that this particular rig used
15:58  4   this particular chemical, or the lab did, for purposes of
15:58  5   testing.  Isn't that right?  They don't use a different sample
15:58  6   ID number and put down the wrong number, do they?
15:58  7   A.   I would like to explain.  What I'm saying is that in this
15:58  8   time period of October 2009 --
15:58  9   Q.   October of 2009, meaning when the lab is securing these
15:58  10  labs, or are we talking about --
15:58  11  A.   When the lab received --
15:59  12           THE COURT:  Let him answer, Mr. Breit.
15:59  13           THE WITNESS:  I'm saying that in October of 2009,
15:59  14  when the lab received this sample of SCR-100L, there's a
15:59  15  possibility that this sample was split up into different
15:59  16  samples.
15:59  17           What I'm saying is that that sample ID, that
15:59  18  same lot number and sample ID, can be on more than one
15:59  19  container.
15:59  20  BY MR. BREIT:
15:59  21  Q.   And you would agree with me, would you not, that if it's
15:59  22  even on more than one container, it is a part of the product
15:59  23  that you were told, "take everything from the Macondo well,
15:59  24  anything used on the Macondo well, and put it in your office,
15:59  25  including 54573"?

4784

TIMOTHY QUIRK - DIRECT

15:59   1          You don't leave out stuff that was used on Macondo
15:59   2  because you make a decision, "Well, no one needs it because
15:59   3  I've got a couple of extra bottles."
15:59   4          You were told to put all of it in your closet,
15:59   5  weren't you?
15:59   6  A.    If it's part of the lab stock, then -- does it show a rig
16:00   7  there?  Because if you scan it, it should show the rig.
16:00   8  Q.    I'm telling you, based on testimony that the judge has
16:00   9  that was submitted into the record, Lot No. 6264 is the
16:00   10 *Deepwater Horizon*.
16:00   11         And if Mr. Godwin or anybody from Halliburton wants
16:00   12 to tell me that that's not, then I'm sure we'll hear about it.
16:00   13         So if this is, in fact, the *Deepwater Horizon*, and
16:00   14 this is, in fact, the sample ID that's the same one used on
16:00   15 April 17th, 2010, for whatever reason and however it happened,
16:00   16 you used the same sample ID chemical that had supposedly been
16:00   17 secured in your office before this date?
16:00   18 A.    Now, as I'm sitting here now, do we know for sure that the
16:00   19 SCR-100L that was used when Jesse submitted the test was a
16:00   20 sample from the *Deepwater Horizon* and not just Lab Stock 6264?
16:00   21 Q.    Let's go back to 4566, and we'll see what he said.
16:01   22         Again, if I could go to the SCR-100 line.
16:01   23         If you see here, SCR-100L, you see Lot No. 6264.  You
16:01   24 see source, Transocean, Tank No. 8.  You see the exact same
16:01   25 lab, 10-22-09 date, and you see the exact same sample ID,

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:01    1    54573.

16:01    2    A.    But you don't see Transocean in the blank there next to

16:01    3    the SCR-100L.

16:01    4    Q.    Again, I'll represent to you that there are at least two

16:01    5    depositions for the judge that have been taken, Mr. Broussard

16:01    6    and Mr. Morgan.  6264 is, in fact, the *Deepwater Horizon*.  If

16:01    7    it's not, I'm sure we'll hear about it.

16:01    8         So if Mr. Gagliano used the sample ID 54573 on his

16:01    9    test on April 17th, which is the rig sample that was used to

16:01   10    decide whether or not to use this cement down the well on

16:01   11    April 20th and April 21st, it is, in fact, the same sample ID

16:02   12    that you used on May 28th?

16:02   13    A.    It --

16:02   14    Q.    Appears to be, doesn't it?

16:02   15    A.    All I'm trying to say is that I don't -- I can't tell by

16:02   16    looking at this that that's necessarily a *Horizon* sample, is

16:02   17    what I'm saying.

16:02   18    Q.    Okay.  Let's go to 5593.4.

16:02   19         This would be your lab sheet, Tim Quirk -- top third,

16:02   20    please -- May 29th, 2010, the second test that you were doing

16:02   21    for the two gentlemen in Houston.

16:02   22         And once again, SCR-100L, Lot No. 6264, which I'm

16:02   23    going to represent to you is the *Deepwater Horizon*, lab date of

16:02   24    October 22nd, 2009, sample ID 54573.

16:02   25         Again, that is the same exact lab sample ID number

TIMOTHY QUIRK - DIRECT

16:02  1   for the April 17th test by Mr. Gagliano, is it not?

16:03  2   **A.**   Yes.

16:03  3   **Q.**   Now, let's switch subjects for a second.  You knew that

16:03  4   Jesse Gagliano had recommended the BP Kodiak cement that

16:03  5   contained the D-Air 3000.  Did you find that out?

16:03  6   **A.**   This weekend.

16:03  7   **Q.**   So any time between April of 2010 to August of 2012 you

16:03  8   never knew, as the head of the lab in Broussard, that Jesse

16:03  9   Gagliano had recommended a lab -- recommend that BP use the

16:03  10  Kodiak cement that had D-Air 3000.  You never heard that?

16:03  11  **A.**   The Kodiak blend?

16:03  12  **Q.**   The Kodiak blend was used -- half a dozen witnesses or

16:03  13  more -- that was recommended by Jesse Gagliano to BP that

16:03  14  included the D-Air 3000.  You just heard that this weekend for

16:03  15  the first time?

16:04  16  **A.**   Please rephrase the question.  I want to make certain I

16:04  17  understand what you're asking me.

16:04  18  **Q.**   I want to know when is the first time you knew that the

16:04  19  cement blend that Jesse Gagliano represented to BP to be the

16:04  20  right blend for this well had D-Air 3000.

16:04  21  **A.**   Okay.  You were saying Kodiak.  And that's -- D-Air 3000.

16:04  22  Yes, I've been knowing that the blend had D-Air 3000.

16:04  23  **Q.**   Well, let me ask you this question.  When did you find out

16:04  24  for the first time that Jesse Gagliano represented to BP that

16:04  25  it would be a good choice to take the Kodiak cement blend that

TIMOTHY QUIRK - DIRECT

16:04   1   had been left over on the Kodiak well on the *Deepwater Horizon*
16:04   2   when it moved over to Macondo?  Did you ever hear that?
16:04   3   A.   I didn't know anything about specific cement.  I knew that
16:04   4   they were Kodiak samples, but I didn't -- specific to the
16:04   5   cement, I didn't know that the samples of cement that were from
16:04   6   Kodiak were used for Macondo.  I didn't know that.
16:05   7   Q.   So from no time between April of 2010 until when you left
16:05   8   in August of 2012 did you ever find out that Jesse Gagliano had
16:05   9   recommended to BP that this specific Kodiak cement slurry that
16:05  10   contained D-Air 3000 should be used on the Macondo well?
16:05  11   A.   I knew of the design.  I didn't know about specific cement
16:05  12   samples.
16:05  13   Q.   When you say you knew of the design, you knew that he had
16:05  14   recommended a design that had come from Kodiak that included
16:05  15   D-Air 3000?
16:05  16   A.   Just in the list that I put together, you know, that there
16:05  17   were samples of -- were the same recipe, same blend; right.
16:05  18   Q.   Okay.  And you would prefer, if you had been the person
16:05  19   asked to design a foam for BP, that it not be blended with
16:05  20   D-Air 3000; correct?
16:05  21   A.   Ideally, you wouldn't want to design it with the
16:05  22   D-Air 3000.
16:05  23   Q.   You would agree that certain additives can destabilize
16:06  24   foam cement, like the foam cement that was used on the
16:06  25   *Deepwater Horizon*?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:06  1    **A.**   Certain additives, yes.

16:06  2    **Q.**   Now, are you familiar with the Halliburton Global

16:06  3    Laboratory Best Practices, TREX-4347-1848-1?

16:06  4           First of all, are you familiar -- or were you

16:06  5    familiar with Halliburton's Global Laboratory Best Practices?

16:06  6    **A.**   Yes.

16:06  7    **Q.**   And you would agree that the best practices of

16:06  8    Halliburton, this particular document, July of 2009, the

16:06  9    defoamer is for base slurry testing purposes only and should

16:06  10   not be included in the foam slurry tests outlined in this

16:06  11   section or in actual job designs.

16:06  12          You would agree that Halliburton's best practices

16:06  13   said, to everyone in the lab, don't use defoamers for an actual

16:06  14   job design?

16:06  15   **A.**   That's what I read there.

16:06  16   **Q.**   And that's correct; right?  You knew that?

16:06  17   **A.**   Right.

16:06  18   **Q.**   And you expected all of your lab people to know that?

16:07  19   **A.**   I mean, it's -- it's global best practices.

16:07  20   **Q.**   Now, are you familiar with Halliburton's technology

16:07  21   bulletin on Zone Sealant 2000, TREX-5570?

16:07  22          This is a technology bulletin on Zone Sealant 2000.

16:07  23          **MR. BREIT:**  And then 5570.3, please, compatibility

16:07  24   section.  Just that section right there, please, Carl.  Thank

16:07  25   you very much.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | |
|---|---|
| 15:59 | 1 | **BY MR. BREIT:** |
| 15:59 | 2 | **Q.**   "Compatibility.  Defoamers.  Do not use defoamers or |
| 16:07 | 3 | dispersants."  They will -- "These materials will destabilize |
| 16:07 | 4 | the foam." |
| 16:07 | 5 |            Now, you were aware of that Halliburton |
| 16:07 | 6 | technology bulletin, weren't you, prior to April 20th? |
| 16:07 | 7 | **A.**   Yes.  I mean, I can't say that I -- I can't tell you the |
| 16:07 | 8 | last time I read it or memorized it, but I'm sure I read it in |
| 16:07 | 9 | the past. |
| 16:07 | 10 | **Q.**   You would expect your lab people, such as Jesse Gagliano, |
| 16:07 | 11 | who is in the lab but designing cement slurry, to know that |
| 16:08 | 12 | D-Air, defoamers, and dispersants will destabilize a foam. |
| 16:08 | 13 | Wouldn't you expect that? |
| 16:08 | 14 | **A.**   I would rather not speak for Jesse, because I don't |
| 16:08 | 15 | know -- I don't know -- I'm not aware of his knowledge. |
| 16:08 | 16 | **Q.**   You would agree that the Halliburton technology bulletin |
| 16:08 | 17 | goes around to everyone, and people should read it and should |
| 16:08 | 18 | be aware of the fact that these materials would destabilize the |
| 16:08 | 19 | foam? |
| 16:08 | 20 | **A.**   Well, it's a global best practice.  So, yes.  I mean, it's |
| 16:08 | 21 | something that you want to -- |
| 16:08 | 22 | **Q.**   No dispersants; correct?  Destabilizes the foam.  You were |
| 16:08 | 23 | aware of that; right? |
| 16:08 | 24 | **A.**   That it can destabilize the foam; right. |
| 16:08 | 25 | **Q.**   And that SCR-100 is a dispersant? |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 16:08 | 1 | **A.**   It's a -- |
| 16:08 | 2 | **Q.**   It's a dispersant? |
| 16:08 | 3 | **A.**   It's a retarder with secondary dispersing properties. |
| 16:08 | 4 | **Q.**   Now, you're familiar with the Halliburton Foam Cementing |
| 16:08 | 5 | Operations Manual, 745.16.1? |
| 16:09 | 6 | **A.**   I'd like to add something.  SCR -- to my knowledge, and |
| 16:09 | 7 | working with SCR-100, it's a disperse -- it's a retarder with |
| 16:09 | 8 | secondary dispersant properties.  But as it's exposed to |
| 16:09 | 9 | temperature, that -- that changes. |
| 16:09 | 10 | **Q.**   But again, Halliburton, in its own technological bulletin, |
| 16:09 | 11 | suggests and recommends that dispersants, in any purpose, might |
| 16:09 | 12 | destabilize foam and shouldn't be used.  You would agree with |
| 16:09 | 13 | that; right? |
| 16:09 | 14 | **A.**   Based on what you just read. |
| 16:09 | 15 | **Q.**   Now, let me show you the Halliburton Foam Cementing |
| 16:09 | 16 | Operations Manual.  Are you familiar with that, or were you |
| 16:09 | 17 | before you left? |
| 16:09 | 18 | **A.**   The foam cementing manual? |
| 16:09 | 19 | **Q.**   Halliburton's Foam Cementing Operations Manual.  This is |
| 16:09 | 20 | Table 2.1 from that manual. |
| 16:09 | 21 | **A.**   I can't say that I'm that familiar with that. |
| 16:09 | 22 | **Q.**   Would you agree that this particular document, which I |
| 16:09 | 23 | represent to you is Table 2.1 from page 16 of that particular |
| 16:09 | 24 | manual, says that defoamers, such as D-Air, and dispersants, |
| 16:10 | 25 | are incompatible with foam cement? |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:10   1          Again, reaffirming something that was already in
16:10   2   another manual.
16:10   3   A.   Okay.
16:10   4   Q.   You would agree with that, right, those two things?
16:10   5   A.   Yes.  I agree that a true dispersant is not ideal for
16:10   6   foam.
16:10   7   Q.   Now --
16:10   8          MR. BREIT:  Thank you, Carl.
15:59   9   BY MR. BREIT:
15:59  10   Q.   Now, you would agree with me, as a lab manager, that you
16:10  11   would want to see tests run on the final slurry before it's
16:10  12   sent down the well; isn't that right?
16:10  13   A.   Yes, I would agree with that.
16:10  14   Q.   And you are aware of the fact that Mr. Gagliano did not
16:10  15   test the final slurry that went down that well?
16:10  16   A.   Did not test --
16:10  17          MR. UNDERHILL:  Objection, Your Honor.  Can we get
16:10  18   some clarity as to what he's talking about, "testing"?  I mean,
16:10  19   there were multiple tests that were run.
16:10  20          MR. BREIT:  I'll focus it, Your Honor.
16:10  21   BY MR. BREIT:
16:10  22   Q.   The SCR-100 slurry -- that was put in the slurry -- was a
16:10  23   .09.  That was the one that finally went down into the well.
16:11  24   A.   Okay.
16:11  25   Q.   Are you aware of the fact that Jesse Gagliano never asked

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:11    1   for or ever had a lab final test with that particular .09?

16:11    2           MR. HILL:  Objection, misstates the record.

16:11    3   BY MR. BREIT:

16:11    4   Q.   Did he ask for it and then cancel the tests?  Are you

16:11    5   aware of that?

16:11    6           MR. HILL:  Your Honor, maybe I can be helpful.  What

16:11    7   tests are you talking about?

16:11    8           MR. BREIT:  The final slurry that had .09, that was

16:11    9   eventually used down the well, never got the final testing with

16:11   10   the .09 in it.

16:11   11           MR. HILL:  Same objection.

16:11   12           THE COURT:  Hold on.  Why don't you restate the

16:11   13   question, asking him if he's aware -- if he knows this to be

16:11   14   true or not.

16:11   15   BY MR. BREIT:

16:11   16   Q.   Do you know to be true that the April 17th, 2010 lab

16:11   17   weigh-up sheet, which included .09 SCR-100 retardant, was never

16:11   18   given a full, final testing before it was used in the well?

16:11   19   A.   The -- what I've looked at shows testing on -- on that.

16:12   20   That's why I'm wanting to know what specific testing, because I

16:12   21   remember seeing thickening time tests.  I remember seeing UCA

16:12   22   tests, a couple -- I think maybe two thickening time tests.

16:12   23           Now, the timingwise, I would have to -- you would

16:12   24   have to show me that.

16:12   25   Q.   Did you ever become aware of the fact that the .09

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:12   1   retardant SCR-100 that was used in this well, that Jesse
16:12   2   Gagliano had ordered up the tests and then canceled that test
16:12   3   before it was completed?  Did you ever become aware of that?
16:12   4           MR. HILL:  Objection, again.  Misstates the record.
16:12   5   We haven't even identified the test he's talking about.
16:12   6           THE COURT:  Overruled.
16:12   7           THE WITNESS:  I've looked at --
16:12   8   BY MR. BREIT:
16:12   9   Q.   If you're not aware of it, then just tell us you're not
16:12  10   aware of it.
16:12  11           THE COURT:  Well, wait a minute, Mr. Breit.  Let him
16:12  12   answer.  You asked the question, let him answer.
16:12  13           MR. BREIT:  I apologize, Your Honor.
16:12  14           THE WITNESS:  What I'm trying to say is I looked at
16:12  15   testing that was performed on that 73909 Part 2, where I think
16:12  16   they ran two thickening times and the UCA tests.
16:13  17           Whether or not that was performed before or
16:13  18   after the job, I don't know right now.  Right now I can't
16:13  19   recall.  I don't remember.
16:13  20   BY MR. BREIT:
16:13  21   Q.   At any time during the time period of April through August
16:13  22   of 2012, did you ever become aware of the fact that Jesse
16:13  23   Gagliano had ordered up testing that he canceled before it was
16:13  24   completed?
16:13  25   A.   Well, parts of the test.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:13  1   **Q.**   Were never completed?

16:13  2   **A.**   Part -- right.  That's correct.

16:13  3   **Q.**   And parts of those tests would have been tests that would

16:13  4   have been in the full battery of tests that would normally be

16:13  5   done on a slurry before it goes down the well; isn't that

16:13  6   right?

16:13  7   **A.**   In some cases, yes.

16:13  8   **Q.**   But it wasn't in this case, was it?

16:13  9   **A.**   No.  What I'm getting at is it's -- I'm not -- very seldom

16:13  10  in my position would I know when a job is actually pumped.

16:13  11          I know that, based on communication over the years,

16:13  12  that jobs are pumped before every test is completed on a

16:14  13  specific test.  That part I know just based on some of the

16:14  14  communication I've had over the years.

16:14  15          An example would be like a UCA test.  You know,

16:14  16  they'll just get results later.  Rheology test.  Possibly a

16:14  17  fluid loss and a free water test.

16:14  18  **Q.**   My simple question is:  Did Gagliano order up some tests

16:14  19  and cancel them, and part of those tests no one ever found out

16:14  20  the answers to before the well was pumped?

16:14  21  **A.**   I remember seeing that he canceled some tests.

16:14  22  **Q.**   That's all I wanted to know.

16:14  23          Now, let me switch subjects on you.

16:14  24          Do you know what a multiple analysis cement slurry

16:14  25  analyzer is?

OFFICIAL TRANSCRIPT

4795

TIMOTHY QUIRK - DIRECT

| 16:14 | 1 | A.   Yes.  Yes, I do. |
| 16:14 | 2 | Q.   And you know that a MAC analyzer's purpose is to measure |
| 16:14 | 3 | static gel strength of cement? |
| 16:14 | 4 | A.   That's correct. |
| 16:14 | 5 | Q.   No MAC analyzer was used prior to April 20th, 2010, was |
| 16:14 | 6 | it?  Not that you're aware of? |
| 16:14 | 7 | A.   Not that I'm aware of. |
| 16:14 | 8 | Q.   And a MAC analyzer tells you how long it takes a slurry to |
| 16:14 | 9 | go from a liquid state to a gel state up to 500 pounds per |
| 16:15 | 10 | 100 square feet; isn't that correct? |
| 16:15 | 11 | A.   That's correct. |
| 16:15 | 12 | Q.   That information is not available unless you run that |
| 16:15 | 13 | test? |
| 16:15 | 14 | A.   Unless a specific test had been run similar to that would |
| 16:15 | 15 | be -- but, no, that's correct.  You have to run the test to get |
| 16:15 | 16 | the results. |
| 16:15 | 17 | Q.   And the person who would have ordered that test, if they |
| 16:15 | 18 | wanted it so they could get the answer to that question prior |
| 16:15 | 19 | to April 20th, 2010, would have been Jesse Gagliano.  But he |
| 16:15 | 20 | never asked for it? |
| 16:15 | 21 | A.   I mean, I don't -- if there's more than one person |
| 16:15 | 22 | handling the account, possibly somebody else could do it, could |
| 16:15 | 23 | order it. |
| 16:15 | 24 | Q.   So the answer to the question is the account manager -- in |
| 16:15 | 25 | this case, Jesse Gagliano -- is the one who's supposed to order |

TIMOTHY QUIRK - DIRECT

16:15  1    that test if he wants it?
16:15  2    **A.**   Well, it makes sense.  But someone else could also
16:15  3    order --
16:15  4    **Q.**   Well, since April 2010 until August of 2012, I'm sure
16:15  5    you've looked.  Nobody had ordered or asked for a MAC analyzer
16:15  6    prior to April 20th, did they?  Not Mr. Gagliano and no one
16:16  7    else?
16:16  8    **A.**   Not that I'm aware of.
16:16  9    **Q.**   Okay.  Now, let me back up briefly to another subject.
16:16 10         You knew that there had been products from the lab,
16:16 11    products that you had been asked to secure in your office;
16:16 12    correct?
16:16 13    **A.**   Yes.
16:16 14    **Q.**   And I believe you described those products that you were
16:16 15    asked to put in your office as coming from the Macondo well.
16:16 16    Correct?
16:16 17    **A.**   From the *Horizon* rig.
16:16 18    **Q.**   From the *Deepwater Horizon* rig that had been at Macondo;
16:16 19    correct?
16:16 20    **A.**   Initially, I thought it was all just *Horizon* rig samples.
16:16 21    **Q.**   So the *Deepwater Horizon* samples, that's what you were
16:16 22    asked to put in your closet; correct?
16:16 23    **A.**   That's what I recall initially, right.
16:16 24    **Q.**   Now, let's look to see what was put in and was cataloged
16:16 25    on April 30th, 2010, after Tony Angelle had asked you to do it.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 16:16 | 1 | And let's look at TREX-48002.  48002 first. |
| 16:17 | 2 | I'm doing to represent to you that this came from |
| 16:17 | 3 | Tony Angelle's computer custodial file on April 30th, 2010, |
| 16:17 | 4 | showing which products were inside the closet, not yet secured |
| 16:17 | 5 | in an air-conditioned locker, on April 30th, 2010. |
| 16:17 | 6 | Have you ever seen a sheet like this? |
| 16:17 | 7 | A.   Yes. |
| 16:17 | 8 | Q.   All right. |
| 16:17 | 9 | MR. BREIT:  Let's go to 48002.2 and look at what was |
| 16:17 | 10 | in that closet here in the second paragraph. |
| 16:17 | 11 | BY MR. BREIT: |
| 16:17 | 12 | Q.   And you see here in your closet, on April 30th, is Well |
| 16:17 | 13 | No. 2, Kodiak, bar code sample date February 23rd, 2010 -- I'm |
| 16:17 | 14 | sorry -- there you go.  Thank you -- with lab sample ID 63981, |
| 16:17 | 15 | 5-gallon bucket. |
| 16:18 | 16 | And this represents, does it not, that there was a -- |
| 16:18 | 17 | half of a 5-gallon bucket in your closet that had come from the |
| 16:18 | 18 | *Deepwater Horizon* and marked coming from Well No. 2 at the |
| 16:18 | 19 | Kodiak; is that right? |
| 16:18 | 20 | A.   I don't know that that was in the closet. |
| 16:18 | 21 | MR. BREIT:  All right.  Well, let's go back to the |
| 16:18 | 22 | first page of 48002, if I can, please. |
| 16:18 | 23 | BY MR. BREIT: |
| 16:18 | 24 | Q.   Materials -- materials currently in lab for BP/Transocean |
| 16:18 | 25 | *Horizon* rig. |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:18    1          Now, these are the things that were in the rig from
16:18    2    the Transocean *Horizon* rig that were placed somehow, or
16:18    3    cataloged, on April 30th, 2010.  You would agree with me there,
16:18    4    would you not?  That's the first page of that document.
16:18    5    A.   Right.  I'm just trying to clarify that I don't know that
16:18    6    that was in the locker.  That was just from what we gathered up
16:18    7    in inventory.
16:18    8    Q.   Okay.  So on April 30th, 2010, you'll agree with me that
16:19    9    you gathered up, from the Transocean *Horizon* rig, these
16:19   10    materials.
16:19   11          MR. BREIT:  And now let's go to 48002.2.
16:19   12    BY MR. BREIT:
16:19   13    Q.   And in those particular materials that you gathered up,
16:19   14    there was this particular 5-gallon bucket with half of it still
16:19   15    remaining with particular cement blend from the Kodiak well
16:19   16    with this lab sample 63981.
16:19   17          You'd agree with me there, you had gathered it up?
16:19   18    A.   Yes.
16:19   19    Q.   And this particular lab sample ID of 63981 specifically
16:19   20    identifies a particular cement slurry so that you'll know, if
16:19   21    ever there's a request later, exactly what the blend looked
16:19   22    like that was used; correct?
16:19   23    A.   Yes.
16:19   24    Q.   Now, let's look at TREX-559 for a second -- 5595, I
16:19   25    apologize.  5595.  This is a lab sheet dated March 7th, 2010,

TIMOTHY QUIRK - DIRECT

16:20  1  Jesse Gagliano, from the Mississippi Canyon 252, which would be

16:20  2  Macondo well; correct?

16:20  3  **A.**   Yes.

16:20  4  **Q.**   And this particular cement weigh-up sheet for March 7th,

16:20  5  2010 lists --

16:20  6       **MR. BREIT:**  And now go to the materials section,

16:20  7  Carl.

16:20  8  **BY MR. BREIT:**

16:20  9  **Q.**   And this shows that the materials that were used for this

16:20  10 particular March 7th test by Jesse Gagliano came from the

16:20  11 Transocean, that they have the exact same date of

16:20  12 February 23rd, 2010, and they have the exact same sample ID

16:20  13 number, 63981, which is the exact same sample ID of those

16:20  14 materials that were put in your office on April 30th, 2010.

16:20  15       Would you agree with me that's the same sample ID?

16:20  16 **A.**   Yes, based on what I see here.

16:20  17       **MR. BREIT:**  Now, let's go back, if we could, to

16:20  18 48002.2.

16:21  19       **THE WITNESS:**  But that sample right there is not --

16:21  20 it's not -- well, go ahead.

16:21  21 **BY MR. BREIT:**

16:21  22 **Q.**   I'm sorry.  Let me -- finish your answer.

16:21  23 **A.**   I'm sorry?

16:21  24 **Q.**   It was the same sample ID, was it not, 63981?  Same date,

16:21  25 February 23rd, 2010, wasn't it?

OFFICIAL TRANSCRIPT

4800

TIMOTHY QUIRK - DIRECT

16:21    1    **A.**    Yeah.

16:21    2    **Q.**    Yes?

16:21    3    **A.**    Yeah, I think so.

16:21    4    **Q.**    Now, let's look at what was in the Kodiak cement here that

16:21    5    was in your office on April 30th, 2010, and compare it to the

16:21    6    April 17th, 2010 test, TREX-3110.

16:21    7          **MR. BREIT:**  So TREX-3110-48002.2, please, Carl.

16:21    8    **BY MR. BREIT:**

16:21    9    **Q.**    And if you see here, the Macondo blend that's in your

16:22    10   closet has the exact same ingredients as the Kodiak II cement.

16:22    11   Do you not see that?

16:22    12   **A.**    Yes, I see that.

16:22    13   **Q.**    And do you see here that your Kodiak cement has the exact

16:22    14   same -- every ingredient in the exact same amount; is that

16:22    15   right?

16:22    16   **A.**    Yes, I see that.

16:22    17   **Q.**    Now, if you look at the Kodiak cement with lab sample

16:22    18   63981 --

16:22    19         **MR. BREIT:**  Let's go look at TREX-3110 by itself, the

16:22    20   April 17th -- I'm sorry -- back to the March 7th, I'm sorry,

16:22    21   which would be 5595.  Again, the materials section, sample ID,

16:23    22   63981.

16:23    23   **BY MR. BREIT:**

16:23    24   **Q.**    And so on April 30th, you had the exact chemicals in your

16:23    25   closet from the Kodiak cement blend as you did from the Macondo

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:23  1   blend.  They were exactly identical; correct?

16:23  2   A.   They were in the -- they weren't in the closet.

16:23  3   Q.   They were in your office?  They were secured in your

16:23  4   office, as coming from the Transocean rig; correct?

16:23  5   A.   At what point were they in my office?

16:23  6   Q.   April 30th.

16:23  7   A.   Yes.  At the time that I gathered up everything, right.

16:23  8   Q.   On April 30th, you had gathered up those things and you

16:23  9   were told to secure those things so that no one would take

16:23 10   them, no one would touch them, and nothing would happen to

16:23 11   them; correct?

16:23 12   A.   Well, there was a misunderstanding about that.

16:23 13   Q.   Well, before we get to the misunderstanding, you were told

16:23 14   by higher-ups to put in your closet everything from the

16:24 15   Transocean rig; and it included a bucket that said

16:24 16   "Transocean," and it had the Kodiak cement which was the exact

16:24 17   identical chemical blend makeup as the cement that was used on

16:24 18   the *Deepwater Horizon* on April 17th, wasn't it?

16:24 19   A.   The ingredients were the same.

16:24 20   Q.   Now, you would agree with me that despite being told that

16:24 21   those materials should remain in your office and secured and

16:24 22   not touched, that somehow, between April 30th, 2010 and

16:24 23   July 20, 2010, the cement bucket that had the word "Kodiak" and

16:24 24   "Transocean rig" somehow got moved and disappeared?

16:24 25   A.   All of the samples that were Kodiak got moved.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:24  1  **Q.**   The question is:  Was the sample that you had put in your

16:24  2  closet, the April 30th sample that had 63981, that was used by

16:24  3  Jesse Gagliano on March 7th, that you were supposed to secure

16:25  4  in your office so that no one would touch it, that had the

16:25  5  exact chemical makeup of the Macondo well cement, that was used

16:25  6  on April 17th, somehow, between April 30th and July 20th, it

16:25  7  went missing, didn't it?

16:25  8  **A.**   No, sir.  What I'm trying to say is that I misunderstood

16:25  9  Tony Angelle's instructions.  And those instructions were to

16:25  10 secure the Macondo well cement samples.  I took everything that

16:25  11 was not Macondo and put it in our warehouse.

16:25  12 **Q.**   So after you were told to secure everything from the

16:25  13 Transocean rig and you had, in fact, secured the Transocean rig

16:25  14 cement that had been used by Jesse Gagliano on March 7th on the

16:25  15 Macondo well -- let me finish my question, please, sir -- it's

16:25  16 the exact same chemical ID -- are you telling me that

16:25  17 everything -- somehow, between April 30th, you decided to move

16:26  18 it out, not put it in the locked locker, and somehow up until

16:26  19 last week, Wednesday, is the first time in three years someone

16:26  20 from Halliburton realized that the Kodiak cement that had been

16:26  21 used on the Macondo well was sitting on a shelf in a closet?

16:26  22 **A.**   Yes.  I did not know that the sample of cement that was

16:26  23 labeled "Kodiak," whatever that other location was, was used

16:26  24 for Macondo.  I have no way of knowing that by looking at that

16:26  25 sample.  All I see is Kodiak from some other location.

TIMOTHY QUIRK - DIRECT

16:26  1    **Q.**   So you moved it?
16:26  2    **A.**   I was asked to secure the Macondo well Mississippi Canyon
16:26  3    sample.  That's what I did.  I misunderstood him initially.  He
16:26  4    corrected me, so I took those samples, put them back in -- I
16:26  5    didn't discard them.  I put them back in the warehouse and
16:26  6    secured the Macondo well cement samples.
16:26  7            I had no way of knowing.
16:26  8    **Q.**   So is it your testimony that after July 20th, when somehow
16:26  9    they didn't make it into the air-conditioned locker, after the
16:27  10   United States Government issued you a subpoena, after three
16:27  11   different commissions looking for the cement to test on the
16:27  12   Macondo well, you didn't think for a second, Hey, maybe I
16:27  13   should look at the cement that I had secured from the
16:27  14   Transocean rig that had the exact same chemical ID because
16:27  15   someone may be looking for it?
16:27  16   **A.**   Sir, with all due respect, if I was going to take the
16:27  17   Macondo well cement, put it -- why wouldn't I grab the other
16:27  18   cement sample and put it in?  I had no reason not to do that.
16:27  19           I did not know that -- I did not -- I had no --
16:27  20   any -- all of my history, if I look at a cement sample labeled
16:27  21   a different well and a different location, how am I to assume
16:27  22   that that's -- it's a different location, a different rig?  I
16:27  23   see it as a complete -- not being the same cement.  That's --
16:27  24   that's my -- that's the truth.
16:27  25   **Q.**   Well, you understood April 30th, when you were securing

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

16:27    1    materials from the Transocean rig, that they included the

16:27    2    Kodiak cement in that 5-gallon bucket and it included at least

16:27    3    two or three other Kodiak cement plugs.

16:28    4         Do you remember that?

16:28    5    **A.**    They had other samples that weren't Macondo well.

16:28    6    That's --

16:28    7    **Q.**    And can you explain to this Court why, a week ago, only

16:28    8    one of those buckets of Kodiak, one bucket sitting on an upper

16:28    9    shelf, was found three years after the fact, but no other

16:28   10    Kodiak cement was found, just the one that had been removed

16:28   11    from your office on April 30th, until last week?  Can you

16:28   12    explain that, why only one of three managed to be there?  If

16:28   13    you were going to move all of the Kodiak cement out, why just

16:28   14    one?

16:28   15    **A.**    I didn't say -- I'm saying every other -- anything that

16:28   16    was not -- I wasn't -- I was not paying attention to whether it

16:28   17    was Kodiak.  That meant nothing to me.

16:28   18         I was just looking at what was Macondo.  Anything

16:28   19    that wasn't Macondo was removed from -- was not put in the

16:28   20    locker.  I didn't --

16:28   21    **Q.**    But you knew there was a subpoena.  Didn't anyone from

16:28   22    Houston call you and say, "Hey, we're trying to gather up these

16:28   23    chemicals"?

16:28   24         We already know that on May 28th and May 29th, you

16:28   25    used the SCR-100L that had been used on this particular well

TIMOTHY QUIRK - DIRECT

16:28   1   from whatever bottle you got it from.  Did anyone ask you,
16:29   2   "Where is the rest of the cement?"
16:29   3   **A.**   I don't recall anybody talking to me about the Kodiak
16:29   4   samples.
16:29   5             **MR. BREIT:**  I have no other questions, Your Honor.
16:29   6             **THE COURT:**  Mr. Quirk, I want to clarify something.
16:29   7   The materials, the samples, whatever they were called, that you
16:29   8   originally secured in your office --
16:29   9             **THE WITNESS:**  Yes, sir.
16:29   10            **THE COURT:**  -- where did those come from?
16:29   11            **THE WITNESS:**  Just from my material storage area
16:29   12   where we retain all of our samples that come in from rigs.
16:29   13            **THE COURT:**  So I'm just trying to understand.  So you
16:29   14   had originally moved into your office all these samples, and
16:29   15   then at some point you -- you've explained why you moved some
16:29   16   out.  Is that what --
16:29   17            **THE WITNESS:**  Yeah.  I gathered up -- when Tony
16:29   18   Angelle asked me to gather the samples, I gathered the -- all
16:29   19   the Transocean rig samples.  And then when I gave him a list of
16:29   20   everything that I had inventoried, he said that we just need to
16:30   21   secure the Macondo well samples.
16:30   22                 So I made a new list with just the Macondo well
16:30   23   samples and put those samples into the locker and secured it.
16:30   24   Everything else I put back into the storage area in our storage
16:30   25   warehouse.

OFFICIAL TRANSCRIPT

4806

TIMOTHY QUIRK - DIRECT

16:30    1          THE COURT:  What exactly is it that the -- the cement
16:30    2  that was located last week, where do that come from?
16:30    3          THE WITNESS:  In our storage warehouse.
16:30    4          THE COURT:  Okay.  Are you finished?
16:30    5          MR. BREIT:  Two follow-ups, Your Honor, if I could.
16:30    6  BY MR. BREIT:
16:30    7  Q.   You would agree with me that those cements degrade, as do
16:30    8  the chemical additives, over time?
16:30    9  A.   There's a shelf life on cement and additives.
16:30   10  Q.   And after that shelf life, you can't test the same things,
16:30   11  can you?  You don't get the same results with the same tests?
16:30   12  A.   I don't know that for a fact, but you could run some type
16:30   13  of quality control test, I assume, to determine whether or not
16:30   14  it would act like, you know -- or it would behave --
16:30   15  Q.   And you would agree they have a shelf life, though, that
16:30   16  degrades over time?
16:31   17  A.   It depended on what it's exposed to.  I could see where
16:31   18  that could happen.
16:31   19  Q.   You would agree that the closet, the storage closet, isn't
16:31   20  an air-controlled unit like your locker, is it?
16:31   21  A.   It's climate-controlled.
16:31   22          MR. BREIT:  Okay.  Thank you, Your Honor.
16:31   23          THE COURT:  United States have any questions?
16:31   24          MS. McCLELLAN:  Yes.  Good afternoon, Your Honor.
16:31   25          Mr. Quirk, Jessica McClellan for the United

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 16:31 | 1 | States. |
| 16:31 | 2 | And I have the witness on cross-examination. |
| 16:31 | 3 | If we could please have Demonstrative 3602. |
| 16:31 | 4 | The Court has heard testimony about the printed |
| 16:31 | 5 | lab weigh-up sheets that Halliburton used pertaining to the |
| 16:31 | 6 | Macondo well's production casing and cement job.  Your Honor, |
| 16:31 | 7 | you've heard about a few of these lab weigh-up sheets.  You've |
| 16:31 | 8 | also heard over the past few weeks about a few of the lab |
| 16:31 | 9 | reports that were generated by Halliburton's account |
| 16:31 | 10 | representative, Mr. Gagliano, and provided to BP. |
| 16:32 | 11 | In order to avoid duplication today, I'd like to |
| 16:32 | 12 | focus on the internal link that was the method of communication |
| 16:32 | 13 | between the account representative and the cement laboratory, |
| 16:32 | 14 | which was the Viking system. |
| 16:32 | 15 | Your Honor, the foundation laid for the Viking |
| 16:32 | 16 | screen shot hasn't been laid with any witness, because those |
| 16:32 | 17 | exhibits were produced after -- |
| 16:32 | 18 | THE COURT:  I'm trying to understand -- first of all, |
| 16:32 | 19 | the United States hasn't sued Halliburton, have you? |
| 16:32 | 20 | MS. McCLELLAN:  Your Honor, we'd like to walk |
| 16:32 | 21 | through -- for Your Honor's convenience -- you had expressed |
| 16:32 | 22 | frustration last week with the way that the plaintiffs had |
| 16:32 | 23 | presented the lab testing information because there were a lot |
| 16:32 | 24 | of tests.  And so we -- |
| 16:32 | 25 | THE COURT:  Are you talking about the chain of |

OFFICIAL TRANSCRIPT

4808

TIMOTHY QUIRK – DIRECT

| | | |
|---|---|---|
| 16:32 | 1 | custody here? |
| 16:32 | 2 |        MS. McCLELLAN:  No, Your Honor.  We are not going to |
| 16:32 | 3 | be addressing any of the territories that Mr. Breit has just |
| 16:32 | 4 | covered with the witness.  Instead, we would just like to show |
| 16:32 | 5 | the flow of information within Halliburton's lab. |
| 16:33 | 6 |        THE COURT:  Go ahead. |
| 16:33 | 7 |        MS. McCLELLAN:  So with respect to the Viking screen |
| 16:33 | 8 | shots, we do believe that Mr. Quirk would be a proper |
| 16:33 | 9 | custodian.  He was Halliburton's 30(b)(6) witness for some of |
| 16:33 | 10 | the February and April lab testing. |
| 16:33 | 11 |        THE COURT:  If you have any questions for him, go |
| 16:33 | 12 | ahead and ask. |
| 16:33 | 13 |                CROSS-EXAMINATION |
| 16:33 | 14 | BY MS. McCLELLAN: |
| 16:33 | 15 | Q.   Mr. Quirk, you're not currently employed by Halliburton, |
| 16:33 | 16 | are you? |
| 16:33 | 17 | A.   No, ma'am. |
| 16:33 | 18 | Q.   But in February and April of 2010, you were employed by |
| 16:33 | 19 | Halliburton? |
| 16:33 | 20 | A.   Yes. |
| 16:33 | 21 | Q.   And you were the area lab manager for Halliburton's Gulf |
| 16:33 | 22 | of Mexico region? |
| 16:33 | 23 | A.   That's correct, the fluids lab. |
| 16:33 | 24 | Q.   In February and April of 2010, how did the Broussard |
| 16:33 | 25 | cement lab receive test requests? |

OFFICIAL TRANSCRIPT

4809

TIMOTHY QUIRK - CROSS

16:33 1    **A.**   Through the Viking lab database management system.

16:33 2    **Q.**   And you're familiar with that system as the former area

16:33 3    lab manager for Halliburton?

16:33 4    **A.**   Yes, ma'am.

16:33 5    **Q.**   Did the lab use the same system for reporting test

16:33 6    results?

16:34 7    **A.**   The system was designed for the labs and the engineers and

16:34 8    service coordinators, and everybody used -- everyone involved

16:34 9    used that system to generate a lab report.

16:34 10   **Q.**   And Viking would allow a user to see the test stats after

16:34 11   a request had been submitted?

16:34 12   **A.**   The individual that submitted the request could see

16:34 13   results as it was given from the lab technicians.

16:34 14   **Q.**   Thank you.

16:34 15        **MS. McCLELLAN:**  If we could have TREX-37042.4.1 with

16:34 16   TREX-802-W.1.1.

16:34 17        Your Honor, to illustrate the flow of

16:34 18   information pertaining to the Halliburton lab cement testing,

16:34 19   what I would like to do is with one test, use a side-by-side

16:34 20   comparison of the Viking screen shots with the lab weigh-up

16:34 21   sheets for the first test that was performed on the Macondo

16:34 22   slurry, which was the February thickening-time test, in order

16:34 23   to give the Court a clear and concise example as to how the

16:34 24   flow of information was at the Halliburton lab.

16:34 25

4810

TIMOTHY QUIRK - CROSS

16:35  1  **BY MS. McCLELLAN:**

16:35  2  **Q.**   So, Mr. Quirk, on the left, for orientation purposes, is a

16:35  3  screen shot for Viking from the February testing; and on the

16:35  4  right is the first weigh-up sheet, dated February the 10th.

16:35  5          **MS. McCLELLAN:**   If we could have TREX-37042.4.2 with

16:35  6  the 802-W.1.2.  This is just a fly-out.

16:35  7  **BY MS. McCLELLAN:**

16:35  8  **Q.**   Mr. Quirk, do you recognize on top that the Viking screen

16:35  9  shot, as well as the weigh-up sheet on the bottom, both pertain

16:35  10  to Request ID 65112?

16:35  11  **A.**   Yes, I guess it looks like it.  It's kind of blurry at the

16:35  12  top, but I will . . .

16:35  13  **Q.**   As shown on the top, it was Halliburton's account

16:35  14  representative, Mr. Gagliano, who initiated this request in

16:35  15  Viking?

16:35  16  **A.**   Yes.  I see that.

16:35  17          **MS. McCLELLAN:**   If we could have TREX-48193.3.2 with

16:35  18  802-W.1.4.

16:35  19  **BY MS. McCLELLAN:**

16:36  20  **Q.**   Do you see on top that -- do you see on top that -- the

16:36  21  additives that were used are shown in Viking on the screen shot

16:36  22  on the top?

16:36  23  **A.**   Yes, I see that.

16:36  24  **Q.**   And it would have been Mr. Gagliano who specified the

16:36  25  additives to be used in the testing; correct?

OFFICIAL TRANSCRIPT

4811

TIMOTHY QUIRK - CROSS

16:36 1    **A.**   That's correct.

16:36 2    **Q.**   And the additives are then reproduced dependent on the

16:36 3    bottom in the materials section of the weigh-up sheet?

16:36 4    **A.**   That's correct.

16:36 5              **MS. McCLELLAN:**  If we could have TREX-48193.4.3 with

16:36 6    TREX-802-W.2.5.

16:36 7    **BY MS. McCLELLAN:**

16:36 8    **Q.**   Mr. Gagliano also specified the required test in the

16:36 9    Viking system as shown on the top; correct?

16:36 10   **A.**   That's correct.

16:36 11   **Q.**   And the tests were also printed on the weigh-up sheet on

16:36 12   the bottom that the lab used?

16:36 13   **A.**   Yes.

16:36 14   **Q.**   Both the screen shot and the weigh-up sheet show that each

16:36 15   test has a unique test ID?

16:37 16   **A.**   Yes.

16:37 17   **Q.**   And on the top in Viking, there's also a section for

16:37 18   conditions; correct?

16:37 19   **A.**   Yes, ma'am.

16:37 20   **Q.**   For example, Mr. Gagliano specified for the thickening

16:37 21   time test, he needed a five- to six-hour pump time window; is

16:37 22   that correct?

16:37 23   **A.**   That's correct.

16:37 24   **Q.**   And that condition, as well as the others, are all

16:37 25   reproduced on the bottom on the weigh-up sheet?

OFFICIAL TRANSCRIPT

4812

TIMOTHY QUIRK - CROSS

| | |
|---|---|
| 16:37 | 1 |
| 16:37 | 2 |
| 16:37 | 3 |
| 16:37 | 4 |
| 16:37 | 5 |
| 16:37 | 6 |
| 16:37 | 7 |
| 16:37 | 8 |
| 16:37 | 9 |
| 16:37 | 10 |
| 16:37 | 11 |
| 16:38 | 12 |
| 16:38 | 13 |
| 16:38 | 14 |
| 16:38 | 15 |
| 16:38 | 16 |
| 16:38 | 17 |
| 16:38 | 18 |
| 16:38 | 19 |
| 16:38 | 20 |
| 16:38 | 21 |
| 16:38 | 22 |
| 16:38 | 23 |
| 16:38 | 24 |
| 16:38 | 25 |

**A.**   Yes, ma'am.

**Q.**   How was the lab notified that Mr. Gagliano had submitted these requests in Viking for testing?

**A.**   The system is designed with a request queue.  And as soon as Jesse, or anyone, for that matter, would submit a request, it would go into that queue, and the lab would recognize that there's a test in the queue.

**Q.**   So after receiving the test in the lab with a pump time requirement of five to six hours, what would have been the first thing that the lab did?

**A.**   Unless specific instructions were given, they would, you know, search the database and he'd try to determine a volume of additives -- of retarder in this case, if you're looking for five to six hours.  So SCR-100L, they would search the database to try to look at slurries that we tested or they would have tested at that temperature, unless specific instructions -- for example, you know, if he had tested maybe, you know, something very similar, he may give specific instructions to the lab to say "Just run this volume," in which case the lab would --

**Q.**   So in this instance, the lab first selected the retarder concentration to start testing with.

        MS. McCLELLAN:  If we could pull up TREX-48193.3.4 with TREX-802-W.1.6.

**BY MS. McCLELLAN:**

**Q.**   We see that the lab selected .10 gallons per sack of

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:38    1    SCR-100L retarder?
16:38    2    **A.**   Well, I don't know that for sure.  I mean, it's possible
16:38    3    that when Jesse submitted the request, that he started it with
16:39    4    .17 and the lab person agreed with that and just put it off the
16:39    5    weigh sheet.  Whether or not it was changed from Jesse's
16:39    6    originally request, I don't know.
16:39    7    **Q.**   Well, after the lab picker starting the retarder
16:39    8    concentration, they would then print the weigh-up sheet; would
16:39    9    that be the next step?
16:39   10    **A.**   That's correct.
16:39   11    **Q.**   If we could have TREX-802W.1.7, we see here that the lab
16:39   12    started the thickening time test on February the 11th, at 11:06
16:39   13    in the evening; is that correct?
16:39   14    **A.**   It looks like 11:06 p.m. on February 11th.
16:39   15    **Q.**   And if we could have Demonstrative 3601A, is what you just
16:39   16    saw on the weigh-up sheet showing that the first thickening
16:39   17    time test on the .10 gallons per sack retarder was started on
16:39   18    February 11th at 11:06 p.m.?  Is that accurately reflected on
16:40   19    the weigh-up sheet?
16:40   20    **A.**   Is that what we just read?
16:40   21    **Q.**   That's correct.
16:40   22    **A.**   Okay.  Okay.  I'm not familiar with what I'm looking at
16:40   23    right here.  This was generated by you, I guess, or somebody --
16:40   24    **Q.**   Yes, it is.
16:40   25         What we've tried to do for the Court is simplify all

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

| | | |
|---|---|---|
| 16:40 | 1 | of the weigh-up sheets and put in the dates and times of each |
| 16:40 | 2 | test starting, as well as some of the comments that are made. |
| 16:40 | 3 | A.   I'm sorry -- |
| 16:40 | 4 | Q.   So my question is simply whether the entry that we just |
| 16:40 | 5 | looked at -- and we can look at it again -- TREX-802-W -- |
| 16:40 | 6 | A.   I'm sorry, but I thought it was .17 that we had that the |
| 16:40 | 7 | slurry showed just now that we looked at.  I may be -- you |
| 16:40 | 8 | know, in the recipe for the SCR-100L. |
| 16:40 | 9 | Q.   The first retarded -- starting retarder concentration was |
| 16:40 | 10 | .10. |
| 16:40 | 11 | A.   Is that what we just looked at? |
| 16:40 | 12 | Q.   Yes. |
| 16:40 | 13 | A.   Is that what you showed me? |
| 16:40 | 14 | Q.   Yes. |
| 16:40 | 15 | A.   Okay.  This is just not clear.  I looked at that and I |
| 16:40 | 16 | thought that was a 7.  Okay. |
| 16:40 | 17 | Q.   Thank you. |
| 16:40 | 18 | A.   Okay. |
| 16:41 | 19 |         MS. McCLELLAN:  All right.  If we could go back to |
| 16:41 | 20 | TREX-802W.1.7. |
| 16:41 | 21 | BY MS. McCLELLAN: |
| 16:41 | 22 | Q.   Mr. Quirk, the weigh-up sheet also has spaces where the |
| 16:41 | 23 | lab technician can fill in the results of the tests? |
| 16:41 | 24 | A.   Yes, ma'am. |
| 16:41 | 25 | Q.   And as we see for the first thickening time test, the time |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:41  1    that it took to reach 70 BC -- which is when it would be

16:41  2    unpumpable; correct?

16:41  3    A.   Yes, ma'am.

16:41  4    Q.   That was three hours and four minutes?

16:41  5    A.   Yes, ma'am.

16:41  6    Q.   And so that thickening time result of three hours and four

16:41  7    minutes didn't meet the requirement that Mr. Gagliano had

16:41  8    specified of five to six hours, did it?

16:41  9    A.   That's correct.

16:41  10        MS. McCLELLAN:  If we could have TREX-48195.1.2.

16:41  11   BY MS. McCLELLAN:

16:41  12   Q.   Even though the test result did not meet the five- or

16:41  13   six-hour requirement, the result was still entered into the

16:41  14   Viking as shown on the screen; correct?

16:41  15   A.   Yes, ma'am.

16:41  16   Q.   In February and April of 2010, did Halliburton's lab

16:41  17   routinely enter test results into Viking even if the result did

16:41  18   not meet the requirement?

16:41  19   A.   Yes, ma'am.

16:41  20   Q.   And why was that so?

16:42  21   A.   Just to have, you know, a record of progression to

16:42  22   establish the criteria -- test criteria.

16:42  23        MS. McCLELLAN:  If we could have TREX-48193.7.6 with

16:42  24   802X.1.2.

      25

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:42   1   **BY MS. McCLELLAN:**

16:42   2   **Q.**   Since the pump time requirement of five to six hours

16:42   3   wasn't met, the lab increased the retarder concentration to .14

16:42   4   gallons per sack and ran the thickening time test again;

16:42   5   correct?

16:42   6   **A.**   That's what -- that's what appears to have happened there.

16:42   7   Correct.

16:42   8           **MS. McCLELLAN:**   And if we could have TREX-802X.1.4

16:42   9   with 48195.5.4.

16:42   10  **BY MS. McCLELLAN:**

16:42   11  **Q.**   Here, we see that the lab started the second February

16:42   12  thickening time test on February the 12th at 3:08 a.m.

16:42   13  **A.**   Okay.

16:42   14          **MS. McCLELLAN:**   And if we could have the

16:43   15  Demonstrative 3601A.

16:43   16  **BY MS. McCLELLAN:**

16:43   17  **Q.**   That date and time are accurately reflected here on the

16:43   18  demonstrative calendar; correct?

16:43   19  **A.**   Yes, ma'am.

16:43   20          **THE COURT:**   So what's the point of this exercise?

16:43   21          **MS. McCLELLAN:**   Your Honor --

16:43   22          **THE COURT:**   Are you just trying to show that the

16:43   23  weigh-in sheet information and the Viking information are the

16:43   24  same?  It's the same or consistent?

16:43   25          **MS. McCLELLAN:**   Yes, Your Honor, and we are also --

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:43   1   we've chosen one test that we don't believe there's any dispute

16:43   2   with the parties on in order to walk through the process as to

16:43   3   how the lab communicated with the account representative.

16:43   4        THE COURT:  Well, I'm just trying to see if we can

16:43   5   cut through all of this.  I mean, is there any dispute about

16:43   6   this?  What's the ultimate point here?  That's what I'm trying

16:43   7   to get to.

16:43   8        MS. McCLELLAN:  Absolutely, Your Honor.  We have a

16:43   9   list of all of the weigh-up sheets as well as the Viking screen

16:43   10  shots that we would move for admission into the record.

16:43   11       THE COURT:  These are not otherwise in the record or

16:43   12  not going to be in the record otherwise?

16:44   13       MS. McCLELLAN:  They have not been admitted as of

16:44   14  yet, and I was using Mr. Quirk in order to lay the foundation

16:44   15  for one of the tests that could then have been extrapolated to

16:44   16  all of the Viking screen shots as well as the weigh-up sheets,

16:44   17  in order to make sure that the record is complete.

16:44   18            But I can move along, Your Honor.

16:44   19       THE COURT:  I'm just trying to find out what the

16:44   20  point is here, what's the relevance, what we're trying to prove

16:44   21  here.  I've got to tell you, I'm not following you.

16:44   22       MS. McCLELLAN:  Thank you, Your Honor.

16:44   23       THE COURT:  I don't know if there's any problem with

16:44   24  admitting those documents or not, but I don't know where we're

16:44   25  going with this.

TIMOTHY QUIRK - CROSS

16:44  1        **MR. HILL:**  Your Honor, from Halliburton's position,
16:44  2    we'd be happy to look at what they want in.  If there's a
16:44  3    legitimate set of documents pertaining to --
16:44  4        **THE COURT:**  Are these -- are you trying to introduce
16:44  5    the Viking documents and the weigh-in sheets pertaining to --
16:45  6        **MS. McCLELLAN:**  All pertaining to --
16:45  7        **THE COURT:**  -- all the various tests that were done
16:45  8    on the cement slurry before and after the incident, pertaining
16:45  9    to Macondo well?
16:45  10       **MS. McCLELLAN:**  Only those pertaining to before the
16:45  11   incident, Your Honor, which would have been the February and
16:45  12   April testing  of the Macondo.
16:45  13       **THE COURT:**  I would have assumed somebody would have
16:45  14   already offered those.  I'm surprised.  They're not in evidence
16:45  15   already?
16:45  16       **MS. McCLELLAN:**  Not yet, Your Honor, not totally.
16:45  17       **MR. HILL:**  Sir, I think pieces are in.
16:45  18       **MS. McCLELLAN:**  I have a complete production, Your
16:45  19   Honor.
16:45  20       **THE COURT:**  Does anybody have any objection to this?
16:45  21           All right.  Those are admitted.
16:45  22       **MR. HILL:**  Your Honor, do you mind if we review them
16:45  23   to make sure they are actually Macondo-related?
16:45  24       **THE COURT:**  Okay.  All right.
16:45  25       **MR. REGAN:**  We can take a look.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:45  1      **MS. McCLELLAN:**  I'll be happy to circulate them.

16:45  2      **THE COURT:**  Well, assuming they are what she just

16:45  3  said they were, purport to be, which I assume they are, those

16:45  4  are admitted.  Okay.

16:45  5      **MR. REGAN:**  I think Mr. -- I mean, I don't want to

16:45  6  speak for Halliburton, but I think Mr. Gagliano will be a

16:45  7  witness later in the trial, and he actually would be a

16:45  8  percipient witness to those documents.

16:45  9      **THE COURT:**  Okay.  Okay.

16:45 10          You like that word, don't you, "percipient"?

16:46 11      **MR. REGAN:**  He saw it.

16:46 12      **MS. McCLELLAN:**  If we could please have

16:46 13  TREX-802X.16.9 with TREX-48195.9.6.

16:46 14  **BY MS. McCLELLAN:**

16:46 15  **Q.**   I'd like to talk about a few of the comments that are

16:46 16  shown on the weigh-up sheet that the Court has already heard

16:46 17  some testimony about.

16:46 18          The Court has heard testimony concerning stability

16:46 19  testing on the Macondo slurry.  And as shown on the weigh-up

16:46 20  sheet for the foam crush compressive strength test on the

16:46 21  .20 slurry in February, there's a notation that the slurry is

16:46 22  settling on top.  Do you see that?

16:46 23  **A.**   Yes, ma'am.

16:46 24  **Q.**   And do you also see that comment, "Reproduced on the

16:46 25  bottom", in the Viking screen shot?

4820

TIMOTHY QUIRK - CROSS

16:46  1    **A.**   Is that "Severe settling"?

16:46  2    **Q.**   Correct.

16:46  3    **A.**   Okay.

16:46  4    **Q.**   Based on your knowledge and experience in the Broussard

16:46  5    lab practices, how would the lab have known that there was

16:47  6    settling during a crush compressive strength test?

16:47  7    **A.**   Well, as I read this, it was not a crush compressive

16:47  8    strength.  The slurry was not set.  It just has that -- you see

16:47  9    the compressive strength is 0.  He has "the slurry is settling,

16:47  10   will repeat the test."

16:47  11           From what I read there, he didn't -- he didn't

16:47  12   condition the slurry prior to pouring it, and so he was going

16:47  13   to repeat it by conditioning the slurry.

16:47  14   **Q.**   And because the lab noted that the slurry was settling,

16:47  15   this test would have been stopped; correct?

16:47  16   **A.**   That's correct.

16:47  17   **Q.**   And we see on the bottom of the Viking screen shot that

16:47  18   the test data was "test/tests failed"?

16:47  19   **A.**   Yes.

16:47  20   **Q.**   The Court has heard testimony about various tests in this

16:47  21   litigation that were performed at Halliburton's lab that

16:47  22   failed.  Could you explain what that means?

16:47  23   **A.**   That there was a little bit of confusion regarding whether

16:48  24   or not -- that some of the techs, I don't think, were all in

16:48  25   sync.  But "tests/test failed" would typically indicate --

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:48    1    well, it should indicate that there was a problem with the
16:48    2    test, meaning that we had equipment malfunction or maybe, you
16:48    3    know, something else related to -- not specific to the slurry
16:48    4    design, but equipment or some -- some type of error.
16:48    5    Q.   So is it fair to say, then, that a "test fail" does not
16:48    6    mean that the slurry design has failed?
16:48    7    A.   That's not what it -- that's not what it was intended --
16:48    8    as it was intended to be used at the Gulf of Mexico Fluids Lab.
16:48    9    Q.   And is it the role of a lab technician to determine
16:48    10   whether a particular result is acceptable?
16:48    11   A.   Well, in a case where it's -- where it's clear or a
16:48    12   specific parameter -- for example, a five- to six-hour
16:48    13   thickening time, that's quite clear -- it would be -- in a case
16:49    14   where a technician has noticed something out of the ordinary in
16:49    15   a case, like settling, then the technician would be -- it would
16:49    16   be expected that the technician would make note of that and
16:49    17   then, at that point, make a decision whether to communicate
16:49    18   with someone, whether it be the shift leader or engineer or lab
16:49    19   manager or something like that.
16:49    20   Q.   But does the lab make a decision as to whether a slurry
16:49    21   design is appropriate for use on a job?
16:49    22   A.   The lab just -- the job of the field test of the
16:49    23   laboratory is to test the slurry and then report the results.
16:49    24   The individual that submits the request has to make that
16:49    25   decision.

OFFICIAL TRANSCRIPT

4822

TIMOTHY QUIRK - CROSS

| | | |
|---|---|---|
| 16:49 | 1 | MS. McCLELLAN:  If we could have TREX-48194.8.2. |
| 16:49 | 2 | BY MS. McCLELLAN: |
| 16:49 | 3 | Q.   Mr. Quirk, the Court has also heard testimony about the |
| 16:49 | 4 | tests that were not performed on the .09 slurry, which was the |
| 16:49 | 5 | slurry that was actually pumped on the Macondo well's |
| 16:50 | 6 | production casing. |
| 16:50 | 7 | You're familiar with that? |
| 16:50 | 8 | A.   Yes. |
| 16:50 | 9 | Q.   This Viking screen shot, TREX-48194, shows the tests that |
| 16:50 | 10 | were actually performed on the .09 slurry; is that correct? |
| 16:50 | 11 | A.   It's showing a thickening time, a repeat, and a UCA |
| 16:50 | 12 | compressive strength. |
| 16:50 | 13 | Q.   Does that refresh your recollection earlier -- |
| 16:50 | 14 | A.   The miscibility and a mud -- and a pressurized mud |
| 16:50 | 15 | analysis.  I'm just looking at where it says "finished," right |
| 16:50 | 16 | there on the right. |
| 16:50 | 17 | Q.   Does this refresh your recollection earlier that you |
| 16:50 | 18 | recalled that there were two thickening time tests that were |
| 16:50 | 19 | run as well as the UCA test? |
| 16:50 | 20 | A.   Yes, ma'am. |
| 16:50 | 21 | MS. McCLELLAN:  One final area.  If we could please |
| 16:50 | 22 | have TREX-3773.1.2. |
| 16:50 | 23 | BY MS. McCLELLAN: |
| 16:50 | 24 | Q.   Mr. Quirk, do you recognize this e-mail?  This is a |
| 16:51 | 25 | July 14th e-mail from Richard Vargo of Halliburton to you and |

OFFICIAL TRANSCRIPT

4823

TIMOTHY QUIRK - CROSS

16:51  1  Mr. Richard Dubois?

16:51  2  **A.**   I don't recall what that's about without -- maybe if I

16:51  3  could see the attachment.

16:51  4        **MS. McCLELLAN:**  Yes.  If we could have 3773.4.3.

16:51  5  **BY MS. McCLELLAN:**

16:51  6  **Q.**   Attached to this July 14th e-mail is a copy of BP's E & P

16:51  7  Segment Recommended Practice Drilling and Completions Cementing

16:51  8  Manual, Cement Lab Section on Testing, which we have called in

16:51  9  this litigation SRP 4.1-0003; is that correct?

16:51  10  **A.**   Yes, that's what I see there.

16:51  11  **Q.**   Had you seen BP's cement laboratory testing section before

16:52  12  April 20th, 2010?

16:52  13  **A.**   I remember looking at -- at a BP document like that.  I

16:52  14  can't recall the dates.

16:52  15  **Q.**   Well, does the e-mail that -- this document that's

16:52  16  attached, does that refresh your recollection of July the 14th,

16:52  17  2010?

16:52  18  **A.**   I mean, it's -- some.  Very, very cloudy.  I do remember

16:52  19  something about it, now that I'm looking at it, but I don't

16:52  20  recall -- I just don't have much recollection about this right

16:52  21  now.

16:52  22  **Q.**   Okay.

16:52  23        **MS. McCLELLAN:**  No other questions, Your Honor.

16:52  24  Thank you.

16:52  25        **THE COURT:**  All right.  Does Alabama have any

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:52  1    questions?

16:52  2            MR. MAZE:  Yes, Your Honor.  Very brief.

16:52  3    Corey Maze for the State of Alabama on cross-examination.

16:52  4            I'd actually like to pick up where Your Honor was

16:53  5    asking questions at the end of Mr. Breit's, an explanation of

16:53  6    where this bucket was found.

       7            Carl, if you could bring up Demonstrative 325 --

       8    excuse me, 3264 -- that's TREX-23063.

       9

      10                    CROSS-EXAMINATION

16:52 11    BY MR. MAZE:

16:53 12    Q.   Now, Mr. Quirk, you testified that at some point you were

16:53 13    told to separate the buckets from the Macondo well and those

16:53 14    that were separated as Kodiak; correct?

16:53 15    A.   I -- not really worded that way.  I just -- I was asked to

16:53 16    secure the Macondo well samples.

16:53 17    Q.   Okay.  So you had to do something different with the

16:53 18    Kodiak samples; correct?

16:53 19    A.   Remove them from the -- well, just not have them as part

16:53 20    of the isolated samples.

16:53 21    Q.   Do you recognize this shelf that is in TREX-23063?

16:53 22    A.   Yes.  That's the storage in the Gulf of Mexico Fluids Lab.

16:53 23    Q.   Is this where you would have put the four buckets that

16:54 24    were labeled "Kodiak"?

16:54 25    A.   As well as everything else.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:54  1   **Q.**   As well as everything else that wasn't labeled "Macondo"?
16:54  2   **A.**   I don't recall whether or not it was there the whole time.
16:54  3   My memory is that it -- on the top shelf, I think, at the time
16:54  4   that I left Halliburton, but I can't say that I walked out
16:54  5   there every day and looked at the samples.  I just -- that's my
16:54  6   memory.
16:54  7   **Q.**   And so in August 2012, those four buckets of Kodiak blend
16:54  8   would have been sitting on the top of that shelf, to the best
16:54  9   of your knowledge?
16:54  10          **MR. HILL:**  Objection, misstates the record.  There's
16:54  11  been no evidence of four buckets of Kodiak blend.
16:54  12          **MR. MAZE:**  I can prove that, Your Honor.
16:54  13          **THE COURT:**  Okay.
16:54  14          **MR. MAZE:**  Carl, can you please bring up TREX-48002.
16:54  15  **BY MR. MAZE:**
16:54  16  **Q.**   This is the document that Mr. Breit was showing you
16:54  17  earlier; correct?
16:54  18  **A.**   "This material is currently in lab for BP/Transocean
16:54  19  *Horizon* rig."
16:54  20  **Q.**   Do you remember this document from earlier?
16:55  21  **A.**   Yes, yes.
16:55  22          **MR. MAZE:**  Carl, if you can go to the second page,
16:55  23  48002.2.
16:55  24  **BY MR. MAZE:**
16:55  25  **Q.**   Can you see that very well, Mr. Quirk?  See it well enough

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:55    1    to read it at that size?
16:55    2    A.   Yes.
16:55    3         MR. MAZE:  Carl, if you could pull out the thing that
16:55    4    you just highlighted, make it just a little bit bigger.
16:55    5    BY MR. MAZE:
16:55    6    Q.   Okay.  You see that it says, "Location:  MC727, Well
16:55    7    No. 2 - Kodiak"; correct?
16:55    8    A.   Yes.
16:55    9    Q.   MC727 is the Kodiak well; correct?
16:55   10    A.   That's what I read here.
16:55   11    Q.   As opposed to MC252, which is Macondo; correct?
16:55   12    A.   Mississippi Canyon 252 is what I remember as being
16:55   13    Macondo.
16:55   14    Q.   All right.  So there's one example of a 5-gallon bucket
16:55   15    with approximately half remaining; correct?
16:55   16    A.   That's correct.
16:55   17         MR. MAZE:  All right.  Carl, if you can go down to
16:55   18    the next one, that says "Location 727."  It's the second from
16:55   19    the bottom.
16:55   20    BY MR. MAZE:
16:56   21    Q.   Does it also say "Location:  MC727, Well No. 2 - Kodiak"?
16:56   22    A.   Yes.
16:56   23    Q.   So now we have a second bucket.  This one is 1 gallon;
16:56   24    correct?
16:56   25    A.   Yes.

4827

TIMOTHY QUIRK - CROSS

16:56  1          **MR. MAZE:**  Okay.  Carl, if you can go down to the

16:56  2    next one, please.

16:56  3    **BY MR. MAZE:**

16:56  4    **Q.**  "Location:  MC727, Well No. 2."

16:56  5          Again, this is from MC727; correct?

16:56  6    **A.**  That's correct.

16:56  7    **Q.**  And that is Kodiak; correct?

16:56  8          From what we've seen earlier, the other two that were

16:56  9    labeled "727" said "Kodiak"?

16:56  10   **A.**  I guess it didn't say "Kodiak" on the bucket, so it's not

16:56  11   typed on there but . . .

16:56  12   **Q.**  Understood.

16:56  13         **MR. MAZE:**  Carl, if you could go to the next page,

16:56  14   48002-3.  The very top one, please.

16:56  15   **BY MR. MAZE:**

16:56  16   **Q.**  This says:  "Location:  MC727" -- skipping over -- "Well

16:56  17   No. 2."

16:56  18         That's the same as we've seen on the other three

16:57  19   buckets; correct?

16:57  20   **A.**  That's correct.

16:57  21   **Q.**  And it says that it is also a 1-gallon bucket; correct?

16:57  22   **A.**  That's correct.

16:57  23   **Q.**  So according to this document, there were four buckets

16:57  24   from MC727, the Kodiak Well No. 2; correct?

16:57  25   **A.**  Yes.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:57  1   **Q.**   One was 5 gallons and one was 3 gallons; correct?

16:57  2   **A.**   One was 5 gallons and three were 3 gallons.  Correct.

16:57  3   **Q.**   Yes, three -- my understanding is that the last three we

16:57  4   looked at said "1-gallon bucket."

16:57  5          **MR. MAZE:**  Carl, can we switch to the ELMO, please?

16:57  6   Is that possible?

16:57  7   **BY MR. MAZE:**

16:57  8   **Q.**   I'm not trying to trick you here.  I'm just trying to help

16:57  9   the Court understand where everything is.

16:57  10         **MR. MAZE:**  Your Honor, this is the letter that was

16:57  11  submitted by Halliburton to Your Honor and the parties on March

16:57  12  the 18th.

16:57  13  **BY MR. MAZE:**

16:57  14  **Q.**   Specifically -- I'm just going to show you by pen -- this

16:57  15  is what -- the description of what Halliburton says they now

16:57  16  have locked in a secure lab.  The first is a -- one 5-gallon

16:57  17  bucket with 63981.  This is the bucket Mr. Breit was talking

16:58  18  about.

16:58  19         And then below that, it says "three 1-gallon buckets

16:58  20  containing SCR-100L."  And if we were to go back -- and I don't

16:58  21  want to do it again, for time's sake, but those are the three

16:58  22  1-gallon buckets that we just looked at that also said they

16:58  23  were from the MC727 well.

16:58  24         **MR. MAZE:**  So unless Halliburton wants to object, I

16:58  25  think that shows that these were the four buckets that

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:58   1   Mr. Quirk took and moved somewhere in the facility.

16:58   2   **BY MR. MAZE:**

16:58   3   Q.   Does that sound right, Mr. Quirk?

16:58   4   A.   Yeah.  I think the confusion a while ago is maybe that

16:58   5   they were full buckets of cement.  But I don't recall four.

16:58   6   Whatever was on that list is everything that we separated.

16:58   7   Q.   And you personally did that; correct?

16:58   8   A.   I had -- I was -- I'm sure I was involved with helping --

16:58   9   working with somebody to separate them.

16:58   10          MR. MAZE:  Carl, if you can put back up

16:59   11   Demonstrative 3264.  That's the shelf we were looking at.

16:59   12   **BY MR. MAZE:**

16:59   13   Q.   So you put those four buckets of Kodiak No. 2 cement on

16:59   14   the top of this shelf in the warehouse; correct?

16:59   15   A.   I recall it being there towards the end.  Whether or not

16:59   16   it was there for the last few years, I don't know.  It could

16:59   17   have been somewhere else in the warehouse, and then maybe got

16:59   18   moved to that just to conserve space.  I don't know that for

16:59   19   sure.

16:59   20   Q.   Understood.  How often did you go through that warehouse

16:59   21   when you worked there?

16:59   22   A.   Actually, I went through it a few times.  I don't know how

16:59   23   often, but I was -- when it got really -- you know, where we

16:59   24   didn't have any more samples, I would sometimes go back there

16:59   25   with the guys to kind of help out and get it cleaned up.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

16:59  1    **Q.**   All right.  Mr. Quirk, you admit, do you not, that you
16:59  2    knew that the Kodiak 2 cement blend was taken by the *Horizon*
16:59  3    onto the Macondo well?  You do know that; right?
17:00  4    **A.**   Was taken by the --
17:00  5    **Q.**   Let me rephrase it.
17:00  6          You know that Kodiak 2 blend cement was on the -- was
17:00  7    on Transocean's *Deepwater Horizon*; correct?
17:00  8    **A.**   I -- only from looking at the bucket that says, you know,
17:00  9    that it was Transocean, *Horizon*.
17:00  10   **Q.**   Right.
17:00  11   **A.**   Right.
17:00  12   **Q.**   And you also know that that Kodiak No. 2 went with the
17:00  13   *Horizon* to the Macondo 252 well in February of 2010; correct?
17:00  14   **A.**   I did not know that.
17:00  15          **MR. MAZE:**  Carl, if you could bring up Mr. Quirk's
17:00  16   deposition, page 549, line 23.
17:00  17   **BY MR. MAZE:**
17:01  18   **Q.**   While they're doing that, let me ask you this:  You just
17:01  19   mentioned that you knew that the Kodiak blend was on the
17:01  20   *Horizon* because it was labeled on the bucket; correct?
17:01  21   **A.**   Right.  Right.
17:01  22   **Q.**   It was very clearly labeled on the bucket that this had
17:01  23   been on the *Horizon*, no question?
17:01  24   **A.**   Well, let me define what "clarity" is for me before I
17:01  25   answer your question.

OFFICIAL TRANSCRIPT

4831

TIMOTHY QUIRK - CROSS

17:01  1   **Q.**   Go ahead.

17:01  2   **A.**   When I -- the *Deepwater Horizon* rig that had Kodiak

17:01  3   samples, as I sit here -- as of this weekend, finally hearing

17:01  4   this information, I would have just assumed that that sample

17:01  5   was sent to the lab while *Horizon* rig was on another location.

17:01  6   I have no reason to believe anything other than that because I

17:01  7   haven't been told anything other than that.

17:01  8        So all I see is that that sample was from that well.

17:02  9   I'm not keeping track -- I don't -- I'm not involved in that

17:02  10  part of the operation, so I can't sit here and tell you that I

17:02  11  knew that that -- it doesn't really mean anything to me.

17:02  12  **Q.**   So there's no markings on that bucket or anything that

17:02  13  would tell you that it went to the Macondo MC252 well?

17:02  14  **A.**   It says Mississippi Canyon 7-something on it.

17:02  15       **MR. MAZE:**  Carl, if you could bring up D-3258, which

17:02  16  is TREX-23057.

17:02  17  **BY MR. MAZE:**

17:02  18  **Q.**   This is a picture we were sent earlier this week by

17:02  19  Halliburton.  Do you recognize this bucket, Mr. Quirk?

17:02  20  **A.**   I -- you know, I haven't seen the bucket in a few years.

17:02  21  But --

17:02  22  **Q.**   It's a 5-gallon bucket; right?

17:02  23  **A.**   Yes.

17:02  24  **Q.**   Those are pretty big buckets?

17:02  25  **A.**   Yes.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

17:02  1    **Q.**   In fact, Mr. Breit, I borrowed his fancy bucket that he
17:02  2    brought for me.  That's about the size of a 5-gallon bucket;
17:02  3    right?
17:03  4    **A.**   Yes.
17:03  5    **Q.**   Okay.  This bucket says very clearly, does it not, this is
17:03  6    from the *Deepwater Horizon*?  Correct?
17:03  7    **A.**   That's one thing it says on it.
17:03  8    **Q.**   Right.  And I'm assuming that you're trying to say also
17:03  9    that it says MC727; right?
17:03  10   **A.**   That's correct.
17:03  11   **Q.**   And it also says "No. 2 Kodiak" at the bottom?
17:03  12   **A.**   That's correct.
17:03  13   **Q.**   Which is, under your testimony, why it got moved away from
17:03  14   the Macondo cement?
17:03  15   **A.**   That's correct.
17:03  16         **MR. MAZE:**  Carl, if you can switch to
17:03  17   Demonstrative 3257, which is TREX-23056, which is the top of
17:03  18   the bucket.
17:03  19   **BY MR. MAZE:**
17:03  20   **Q.**   I'm going to say that this is also the same bucket.
17:03  21         **MR. MAZE:**  Carl, can you blow up --
17:03  22   **BY MR. MAZE:**
17:03  23   **Q.**   First of all, again, this bucket clearly states this is
17:03  24   from the *Deepwater Horizon*; correct?
17:03  25   **A.**   Correct.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

17:03    1    **Q.**    No question?
17:03    2            **MR. MAZE:**  All right.  Carl, if you can actually blow
17:03    3    up this sticker on the bucket.
17:03    4    **BY MR. MAZE:**
17:03    5    **Q.**    Mr. Quirk, can you read -- you're looking on your screen.
17:03    6    It will be easier.  Can you read the date on this?  Do you see
17:04    7    where I'm pointing?  Can you read that date?
17:04    8    **A.**    It looks like February 2010.
17:04    9    **Q.**    Yes.  Do you see what the date is in front of it?
17:04   10    **A.**    It's like a 2.  I can't tell if the second one is a 1 or a
17:04   11    9.  It's not -- probably it's -- it's probably a 1 then.
17:04   12    **Q.**    Regardless -- it's actually a 3, but...
17:04   13    **A.**    Oh.
17:04   14    **Q.**    I base that based on the letter that was given to us by
17:04   15    Halliburton, who took the picture, 23/02/2010.
17:04   16            You have knowledge that the *Deepwater Horizon* moved
17:04   17    to the Macondo well before that, actually three days before it?
17:04   18    **A.**    I would have to assume that, based on the -- I mean, I
17:04   19    don't know the time period that it moved.  I mean...
17:04   20    **Q.**    But, regardless, that means that that sticker shows that
17:04   21    this bucket was on the Macondo well, because it was placed on
17:04   22    here February 23rd, 2010, which is after it moved; right?
17:04   23    **A.**    Well, I can speak for when -- that's when it was logged
17:05   24    into the lab.
17:05   25            **MR. MAZE:**  Carl, do we have Mr. Quirk's deposition?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

| | |
|---|---|
| 17:05 | 1 |
| 17:05 | 2 |
| 17:05 | 3 |
| 17:05 | 4 |
| 17:05 | 5 |
| 17:05 | 6 |
| 17:05 | 7 |
| 17:05 | 8 |
| 17:05 | 9 |
| 17:05 | 10 |
| 17:05 | 11 |
| 17:05 | 12 |
| 17:05 | 13 |
| 17:05 | 14 |
| 17:05 | 15 |
| 17:05 | 16 |
| 17:05 | 17 |
| 17:06 | 18 |
| 17:06 | 19 |
| 17:06 | 20 |
| 17:06 | 21 |
| 17:06 | 22 |
| 17:06 | 23 |
| 17:06 | 24 |
| 17:06 | 25 |

1   Do we have the ability to get on page 549?

2            MR. BREIT:  I do.  Excuse me, Your Honor.

3            MR. MAZE:  All right.  We can switch to ELMO, please.

4   BY MR. MAZE:

5   Q.   Mr. Quirk, you testified, right, in deposition?

6   A.   Yes, I did.

7   Q.   I'm going to turn to page 549 and read to you a portion.

8            "QUESTION:  Are you aware that when the *Deepwater*

9       *Horizon* arrived at the Macondo to replace the *Marianas* rig

10      that it had on board cement dry blend" --

11           THE COURT:  Wait, wait.  We can't see it.  The

12   witness can't read along with it.

13           MR. MAZE:  I will do it more slowly.

14   BY MR. MAZE:

15   Q.   (Reading):

16           "QUESTION:  Are you aware that when the *Deepwater*

17      *Horizon* arrived at the Macondo" --

18           THE COURT:  Wait.  That's not the part that's on the

19   screen.  What line does this start --

20           MR. MAZE:  We're going to start on line 23.  This is

21   page 549.

22   BY MR. MAZE:

23   Q.   (Reading):

24           "QUESTION:  Are you aware that when the *Deepwater*

25      *Horizon* arrived at the Macondo to replace the *Marianas* rig

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

17:06   1    that it had on board" --

17:06   2       **THE COURT:** Wait. You need to move up to the top

17:06   3   again.

17:06   4       **MR. MAZE:** This is why I like letting Carl do it.

17:06   5   He's better than I am.

17:06   6       **THE COURT:** You're not quite there.

17:06   7   **BY MR. MAZE:**

17:06   8   **Q.** (Reading):

17:06   9       "QUESTION: -- on board cement dry blend that

17:06   10      Halliburton had originally brought over from the Kodiak

17:06   11      No. 2 well?

17:06   12       "ANSWER: Yes.

17:06   13       "QUESTION: So --

17:06   14       "ANSWER: Only because they were -- I saw the lab

17:06   15      samples."

17:06   16       Did I read that correctly?

17:06   17   **A.** Yes.

17:06   18   **Q.** So your testimony at deposition was that you did know that

17:06   19   there was on board cement dry blend brought over from Kodiak on

17:06   20   the Macondo; right?

17:06   21   **A.** Yes. I'd like to read it all to see what my --

17:07   22       (Reading): "So from looking at the lab samples,

17:07   23   then, you know that the dry cement that was on board the

17:07   24   *Deepwater Horizon* and used for Macondo was originally developed

17:07   25   for the Kodiak Well No. 2?"

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

17:07  1            And I say that I'm not certain about all of that.

17:07  2  Q.   Right.  But is it clear from --

17:07  3            MR. MAZE:  Carl, if you could switch back to the

17:07  4  picture of the bucket, D-3257.

17:07  5  BY MR. MAZE:

17:07  6  Q.   It is clear from the bucket, correct, that this was logged

17:07  7  on February 23rd of 2010?

17:07  8  A.   Yes.

17:07  9  Q.   And you -- you do realize that -- well, strike that.

17:07 10  Let's move to the next question.

17:07 11            So you personally separated the Kodiak buckets from

17:07 12  the Macondo buckets; right?

17:07 13  A.   I separated every -- all buckets from the Macondo.

17:07 14  Q.   At the direction of someone else?

17:07 15  A.   Right.

17:07 16  Q.   Were you present at the Halliburton lab when -- let me go

17:07 17  back.

17:07 18            Do you remember the lab being subpoenaed to turn over

17:07 19  all relevant cement in this case?

17:08 20  A.   I don't recall -- I don't recall the subpoena.  I

17:08 21  didn't -- can you rephrase the question?

17:08 22  Q.   Do you remember when the lab turned over cement to the

17:08 23  federal government?

17:08 24  A.   Yes.

17:08 25  Q.   Were you there the day that that happened?

OFFICIAL TRANSCRIPT

4837

TIMOTHY QUIRK - CROSS

| | | |
|---|---|---|
| 17:08 | 1 | **A.**   Yes. |
| 17:08 | 2 | **Q.**   Who else was there that day? |
| 17:08 | 3 | **A.**   Members from the government.  I mean, individuals who were |
| 17:08 | 4 | there at the facility.  I don't recall everybody that was |
| 17:08 | 5 | there. |
| 17:08 | 6 | **Q.**   Were there -- can you remember the names of any |
| 17:08 | 7 | Halliburton employees who were there? |
| 17:08 | 8 | **A.**   Right offhand, I'm -- I'm -- I would only be guessing |
| 17:08 | 9 | because I don't remember exactly who was there at that time. |
| 17:08 | 10 | **Q.**   Were any Halliburton attorneys there? |
| 17:08 | 11 | **A.**   Yes. |
| 17:08 | 12 | **Q.**   Did any -- and I can't ask you what they told you.  Do you |
| 17:09 | 13 | understand that? |
| 17:09 | 14 |         Did any of the Halliburton attorneys show you the |
| 17:09 | 15 | actual document, the actual subpoena, requesting something for |
| 17:09 | 16 | the federal government? |
| 17:09 | 17 | **A.**   I don't recall. |
| 17:09 | 18 | **Q.**   Do you recall if anyone told you what it was you were |
| 17:09 | 19 | looking for? |
| 17:09 | 20 | **A.**   That I was looking for? |
| 17:09 | 21 | **Q.**   Well, that Halliburton was looking for. |
| 17:09 | 22 | **A.**   Halliburton was looking for in what regard? |
| 17:09 | 23 | **Q.**   Well, you had to be looking for -- |
| 17:09 | 24 | **A.**   I'm not understanding your question. |
| 17:09 | 25 | **Q.**   Okay.  You had to be given some direction as to what it |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

17:09  1   was the federal employees were there to take; correct?

17:09  2   A.   As I understood it, they were there to get the Macondo

17:09  3   well cement samples.

17:09  4   Q.   Who told you that it had to be from Macondo as opposed to

17:09  5   just from the *Deepwater Horizon* rig?

17:09  6   A.   When Tony Angelle asked me to secure the samples in the

17:09  7   locker, he told me that I had to put the Macondo well samples

17:09  8   into the locker.

17:09  9   Q.   That's a different day, though, isn't it?  I'm asking you

17:10  10  about the day that the federal government showed up at the lab.

17:10  11          Who told you what you had to turn over to the federal

17:10  12  government?

17:10  13  A.   The federal government came there and took the samples out

17:10  14  of the locker.  That's what I remember.  I don't remember

17:10  15  specific instructions about anything other than that.

17:10  16          MR. MAZE:  Carl, can you go back to

17:10  17  Demonstrative 3258.

17:10  18  BY MR. MAZE:

17:10  19  Q.   So your testimony is is that no one specifically told you

17:10  20  what it was you were looking for, that you were just giving

17:10  21  them what was in a closet?

17:10  22  A.   What I recall is that -- you know, that the federal

17:10  23  government was going to be there to pick up the samples that we

17:10  24  had secured in the locker.  That's what I recall.  If there was

17:10  25  something more than that, I don't remember.

TIMOTHY QUIRK - CROSS

17:10  1   Q.   And knowing full well that in the other part of the lab

17:10  2   there were buckets that came from the *Deepwater Horizon*, you

17:11  3   never told anybody that they were there, did you?

17:11  4   A.   Sir, I'm sorry.  But as I sit here today, I'm just finding

17:11  5   out the significance of those samples.  I think I did a good

17:11  6   thing by keeping them.  Knowing -- I could have discarded them.

17:11  7        Knowing -- I don't recall anything about -- I secured

17:11  8   the Macondo well samples, and that's what I was instructed to

17:11  9   do.  That's what I did.

17:11  10  Q.   And I understand your frustration.

17:11  11       My question is:  Who is it that instructed you that

17:11  12  these didn't count, the ones that were from the

17:11  13  *Deepwater Horizon*?

17:11  14       I'm trying to understand why it is these didn't get

17:11  15  turned over too.

17:11  16  A.   No one said that didn't count.  No one specifically said

17:11  17  that didn't count.  They just told me to secure the -- Tony

17:11  18  Angelle asked me to secure the Macondo well samples, and that's

17:11  19  what I did.

17:11  20  Q.   And you never offered to Tony Angelle or anyone else that

17:11  21  day that there were other samples from the *Deepwater Horizon* at

17:11  22  the facility?

17:11  23  A.   Yes.  I gave them a list of everything.

17:11  24  Q.   Gave them a list of everything that you had --

17:12  25  A.   Inventoried.

4840

TIMOTHY QUIRK - CROSS

17:12   1   **Q.**   -- inventoried.
17:12   2         Who did you give it to?
17:12   3   **A.**   Tony Angelle.
17:12   4   **Q.**   So you gave Tony Angelle, on the day the federal
17:12   5   government showed up --
17:12   6   **A.**   No, not the day the federal government showed up.
17:12   7   **Q.**   Okay.
17:12   8   **A.**   The day that I inventoried everything in the lab.
17:12   9   **Q.**   So Tony Angelle --
17:12   10  **A.**   The list that you had up a while ago, I gave -- I sent
17:12   11  that to Tony Angelle.
17:12   12  **Q.**   Okay.  So Tony Angelle and you both understood that in
17:12   13  another part of the lab there were these buckets from the
17:12   14  *Deepwater Horizon*?
17:12   15  **A.**   I don't -- I don't know that Tony knew that we even kept
17:12   16  the samples.  Tony asked me to secure Macondo well samples, and
17:12   17  that's what I did.  I just -- I just kept those samples.  I
17:12   18  just put them on a shelf.
17:12   19  **Q.**   So he might have even thought you threw them away?
17:12   20  **A.**   It's possible.  I don't recall conversations with him
17:12   21  about that after.  Maybe we did.  I just don't recall.
17:12   22  **Q.**   So Tony Angelle didn't care whether they were thrown away
17:12   23  or not.  He just didn't tell you?
17:12   24  **A.**   No, I didn't say that.  I just say that I don't know -- I
17:13   25  don't remember the communication after that.  That's what I'm

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

| | | |
|---|---|---|
| 17:13 | 1 | saying.  I don't remember the specific communication regarding |
| 17:13 | 2 | what to do with that, other than the fact that I just put them |
| 17:13 | 3 | out there on the shelf. |
| 17:13 | 4 | Q.   Okay.  And I don't want to belabor the point, so I'm going |
| 17:13 | 5 | to get right to the end. |
| 17:13 | 6 |      Did you go into the warehouse the day the federal |
| 17:13 | 7 | government was there, or did you simply give them what you had |
| 17:13 | 8 | in the closet and that was it? |
| 17:13 | 9 | A.   That's it. |
| 17:13 | 10 | Q.   And you personally never told anyone from the federal |
| 17:13 | 11 | government or Halliburton attorneys or anyone else that there |
| 17:13 | 12 | were other buckets from the *Deepwater Horizon*? |
| 17:13 | 13 | A.   I don't recall. |
| 17:13 | 14 | Q.   And you never heard Tony Angelle offer to anyone that he |
| 17:13 | 15 | also knew there were other buckets that he had asked to be |
| 17:13 | 16 | separated? |
| 17:13 | 17 | A.   I'm not -- I don't know.  I'm not aware of Tony's |
| 17:13 | 18 | communication. |
| 17:14 | 19 |      Sir, I just want to make it clear.  My thoughts |
| 17:14 | 20 | during that process were that I looked at the Mississippi |
| 17:14 | 21 | Canyon 727, a different well, being something completely |
| 17:14 | 22 | different.  That's -- |
| 17:14 | 23 | Q.   And you looked at it as something different because you |
| 17:14 | 24 | were instructed that by Tony? |
| 17:14 | 25 | A.   Well, I -- there was never a reason that I felt like -- |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

17:14  1    obviously, now I'm hearing this conversation.  But I looked at
17:14  2    it as a different location, a different well.  That's what I
17:14  3    see when I look at the bucket.
17:14  4              I don't -- I didn't realize that that cement -- that
17:14  5    cement in that bucket was part of the cement that was used on
17:14  6    Macondo.  I just didn't know that.
17:14  7    Q.   Just two other questions and I'll be done.
17:14  8              You logged in that this bucket was half full and
17:14  9    the -- what we've been shown by Halliburton -- and I can't put
17:14  10   it up because the ELMO is not up -- says it's approximately
17:15  11   three-quarters full.
17:15  12             Would you have any explanation as to why it would
17:15  13   be -- strike that.
17:15  14             Is it possible that anybody added anything to the
17:15  15   bucket while you were there?
17:15  16   A.   Highly unlikely.  I mean, anything is possible, but it's
17:15  17   highly unlikely.
17:15  18   Q.   Actually, that answer, "highly unlikely," leads me to my
17:15  19   last question.
17:15  20             You told Mr. Breit earlier that -- when he asked you
17:15  21   whether or not Mr. Faul had asked you to do tests on the side
17:15  22   before, if that had ever happened, you said it was, quote, a
17:15  23   little unusual; right?
17:15  24             So the fact that it was a little unusual means that
17:15  25   it happened before; right?  This was not completely the first

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - CROSS

17:15   1   time ever; it's just unusual, but it does happen?

17:15   2   **A.**   What happens?

17:15   3   **Q.**   That you've been asked to do a test on the side.

17:15   4   **A.**   No, I don't recall being asked to do -- I mean, it may

17:15   5   have, but I just don't recall.

17:16   6         **MR. MAZE:**   That's all, Your Honor.

17:16   7         **THE COURT:**   Okay.  Transocean?

17:16   8         **MR. KANNER:**   Your Honor?

17:16   9         **THE COURT:**   Oh, I'm sorry.

17:16   10        **MR. KANNER:**   As a present observer of the examination

17:16   11   by my fellow plaintiffs, Louisiana passes the witness.

17:16   12        **THE COURT:**   Thank you, Mr. Kanner.  I inadvertently

17:16   13   overlooked you there.

17:16   14                Transocean?

17:16   15        **MR. HILL:**   Your Honor, I believe Halliburton will go

17:16   16   next.

17:16   17        **THE COURT:**   Halliburton next?  Okay.

17:17   18        **MR. HILL:**   Good afternoon, Your Honor.  Gavin Hill

17:17   19   for Halliburton.  I'll be taking Mr. Quirk on direct

17:17   20   examination.

17:17   21                May I proceed?

17:17   22        **THE COURT:**   Sure.

17:17   23                **DIRECT EXAMINATION**

17:17   24   BY MR. HILL:

17:17   25   **Q.**   Tim, we've got a few things that -- I'd like to properly

TIMOTHY QUIRK - DIRECT

17:17  1    introduce you to the Court and give him a little bit about your

17:17  2    background and your interaction post-incident.

17:17  3             But before we do that, I want to turn immediately to

17:17  4    a couple of things that counsel that came before me talked

17:17  5    about.

17:17  6             You were asked -- well, let me ask you this:  In the

17:17  7    lab, at the time that you were the fluid labs manager and,

17:17  8    prior to that, the actual cement lab manager, how was SCR

17:17  9    bought by lot?  Can you explain to the Court, what is a lot in

17:17  10   terms of volume?

17:17  11   **A.**   The manufacturers that make it, it could be anywhere

17:17  12   from -- you know, depending on the additives -- from 500 to

17:17  13   several thousand gallons.

17:18  14   **Q.**   Okay.  And would that volume of SCR be used for different

17:18  15   purposes?

17:18  16   **A.**   Yes.

17:18  17   **Q.**   For example, if you were to take it and send it to a rig,

17:18  18   you could also take that same lot number and make a lab sample;

17:18  19   correct?

17:18  20   **A.**   That's correct.

17:18  21   **Q.**   Is the lot number rig-specific for SCR?

17:18  22   **A.**   No, it's not.

17:18  23   **Q.**   If you were to go into the Viking database, would you find

17:18  24   6264, which I believe is the lot number that was used in the

17:18  25   operational testing, associated with other -- testing done on

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 17:18 | 1 | other rigs? |
| 17:18 | 2 | A.   That's correct. |
| 17:18 | 3 | Q.   And done for other customers; correct? |
| 17:18 | 4 | A.   That's correct. |
| 17:18 | 5 | Q.   Now, I think you were confused by some of the questions -- |
| 17:18 | 6 | you seemed confused to me -- as to whether or not the specific |
| 17:18 | 7 | ID number that Mr. Breit showed you, 54573, associated with the |
| 17:18 | 8 | Lot Number 6264 of SCR-100L was actually a sample ID specific |
| 17:18 | 9 | to a rig or something else?  Okay?  I want to talk about that. |
| 17:18 | 10 | A.   Okay. |
| 17:19 | 11 | MR. HILL:  Can you bring up TREX-48001, please. |
| 17:19 | 12 | BY MR. HILL: |
| 17:19 | 13 | Q.   This is a fancy IT way of saying that this is a native |
| 17:19 | 14 | document, not necessarily something that's tracked with Bates |
| 17:19 | 15 | numbers. |
| 17:19 | 16 | MR. HILL:  But go ahead and go to the next page, |
| 17:19 | 17 | please. |
| 17:19 | 18 | Can you please switch to the ELMO? |
| 17:19 | 19 | BY MR. HILL: |
| 17:19 | 20 | Q.   Mr. Quirk, do you recognize this document? |
| 17:19 | 21 | A.   Yes, I do. |
| 17:19 | 22 | Q.   Did you author it? |
| 17:19 | 23 | A.   Yes.  I was -- I may have been working with a secretary to |
| 17:19 | 24 | do that, but either I typed it or she typed it.  I don't |
| 17:19 | 25 | recall. |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:19  1   **Q.**   What was the purpose of preparing this document?

17:20  2   **A.**   This was a material transfer ticket for the United States

17:20  3   Government.

17:20  4   **Q.**   Okay.  So that -- that event that Mr. Maze just asked you

17:20  5   about where the Department of Justice or federal agents came

17:20  6   and took possession of things that had been set aside that was

17:20  7   Macondo related, this was the ticket that went with that

17:20  8   transfer when you handed that material over; correct?

17:20  9   **A.**   Yes, that's correct.

17:20  10  **Q.**   When you prepared this document, did you use the

17:20  11  information available to you to identify, with respect to what

17:20  12  you were turning over, what actually came from location and

17:20  13  what actually came from the lab?

17:20  14  **A.**   That's from the -- that's the location samples.

17:20  15  **Q.**   What does that mean, "location"?

17:20  16  **A.**   That means it comes from the rig.

17:20  17  **Q.**   And so if one were to peruse TREX-48001, they would see

17:20  18  specifically location blends and things that were turned over

17:21  19  to the U.S. Government; correct?

17:21  20  **A.**   Yes.

17:21  21  **Q.**   And, in fact, this one right here, the second one that's

17:21  22  added, says it came from Macondo.  That was an actual cement

17:21  23  blend; correct?

17:21  24         **MR. BREIT:**  Your Honor, this is their witness.  I'm

17:21  25  going to object to the leading.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:21  1          THE COURT:  Try not to lead.

17:21  2  BY MR. HILL:

17:21  3  Q.   Can you tell us what that note says --

17:21  4          MR. HILL:  Did you find it?

17:21  5  BY MR. HILL:

17:21  6  Q.   Can you tell us what that note says that's associated with

17:21  7  sample ID 67314?

17:21  8  A.   "Sample came from Tank 8."

17:21  9  Q.   What does that "Tank 8" represent to you?

17:21  10  A.   I'm assuming it's just a tank that's out there on the rig.

17:21  11  Q.   Further confirmation that it's rig blend?

17:21  12  A.   Yes.

17:21  13          MR. BREIT:  Again, Your Honor, it's their witness.

17:21  14  Let him answer the questions.  He didn't know a lot on cross.

17:21  15  I don't want him to know too much on direct by leading.

17:21  16          MR. HILL:  Of course, Your Honor.

17:21  17          THE COURT:  All right.

17:21  18  BY MR. HILL:

17:21  19  Q.   Now, I'm going to turn to the second page.  Down at the

17:21  20  bottom, there are -- I'm sorry, the margins here aren't helping

17:21  21  me.

17:22  22          In addition to other items that are marked as

17:22  23  location samples, there are some that are marked differently;

17:22  24  correct?  Can you tell the Court what that says on line 9?

17:22  25  A.   "Lab sample."

TIMOTHY QUIRK - DIRECT

17:22  1   **Q.**   And this particular sample is what material?

17:22  2   **A.**   Zone Sealant 2000.

17:22  3   **Q.**   If I turn over to the third page of this exhibit, 54573 is

17:22  4   the SCR-100L with Lot 6264 that Mr. Breit identified to you;

17:22  5   correct?

17:22  6   **A.**   Yes.

17:22  7   **Q.**   Can you please tell the Court how it was identified.

17:22  8   **A.**   It's a lab sample.

17:22  9   **Q.**   Did it come from the rig?

17:22  10  **A.**   No.

17:22  11  **Q.**   I just wanted to make sure that we're clear on this point.

17:22  12  Does your lab provide unique sample ID numbers to additives in

17:23  13  the lab that never go offshore?

17:23  14  **A.**   Yes.

17:23  15  **Q.**   Why do you do that?

17:23  16  **A.**   When samples come in, they're just -- they have to be

17:23  17  logged in and bar-coded.  And so when a sample comes in,

17:23  18  they'll print stickers, and the Viking system automatically

17:23  19  generates a sample ID.

17:23  20  **Q.**   All right.  Now, having seen what you've seen and having

17:23  21  explained what you explained to the Court, I'm going to ask you

17:23  22  the question that Mr. Breit asked you.  Okay?

17:23  23          And that is:  Did you use this particular SCR-100L in

17:23  24  any post-incident testing that had come from the rig?

17:23  25          **MR. BREIT:**  I'm going to object to the question,

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:23  1   Your Honor.  He's confusing two points into one question.

17:23  2   Coming from the rig or lab sample, two different --

17:23  3          THE COURT:  I'll overrule the objection.  You'll have

17:23  4   redirect.

17:23  5          MR. BREIT:  Thank you, Your Honor.

17:23  6          THE COURT:  Okay.

17:23  7   BY MR. HILL:

17:23  8   Q.   To your knowledge, based on what you've seen today, can

17:24  9   you tell the judge whether or not you have ever used any

17:24  10  specific SCR identified by Lot No. 6264 that was specific to

17:24  11  the Macondo rig?

17:24  12  A.   No.  What -- my memory now is that we had to take samples

17:24  13  of lot numbers and store those and -- which meant that we would

17:24  14  still have other lab stock in the lab.

17:24  15  Q.   And just because something has a sample ID for purposes of

17:24  16  tracking it in the lab, does that mean that it automatically

17:24  17  was checked in from a rig into your lab?

17:24  18  A.   No.

17:24  19  Q.   I also want to get back to this issue of you sitting in

17:24  20  the lab and receiving samples from rigs.  Okay?

17:24  21  A.   Okay.

17:24  22  Q.   I'm leading up to this, but I want you to explain to the

17:24  23  Court, do you know how many cement blends were even on the

17:24  24  *Deepwater Horizon*?

17:24  25  A.   I do not.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:24   1   Q.   If you want to educate yourself as to what blends are on
17:24   2   the *Deepwater*, how do you know what is being sent in is from
17:25   3   the Macondo versus the Kodiak versus the Kaskida well?
17:25   4   A.   Just from the documentation that's on the bucket.
17:25   5   Q.   By "documentation," are you talking about the label that's
17:25   6   affixed to the top that you saw in the picture?
17:25   7   A.   Well, from the label or something written on the bucket,
17:25   8   you know.
17:25   9   Q.   Or the writings on the bucket?
17:25   10   A.   Right.
17:25   11        MR. HILL:   Could you please bring up TREX-60415.
17:25   12   Blow this up right here, please.
17:25   13   BY MR. HILL:
17:25   14   Q.   Now, I believe this is the weigh-up sheet that Mr. Breit
17:25   15   showed you, correct, from April 17th?
17:26   16   A.   Yes, I see April 17th at the top.
17:26   17   Q.   Where he was identifying this sample ID associated with
17:26   18   Lot 6264 of SCR-100L; correct?
17:26   19   A.   Correct.
17:26   20   Q.   Again, is there anything on this document that would tell
17:26   21   you whether or not this particular sample that was used in the
17:26   22   lab was rig-specific?
17:26   23   A.   No.   I don't see anything that tells me it's rig-specific.
17:26   24   Q.   This column right here says "Source"; correct?
17:26   25   A.   That's correct.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 17:26 | 1 | Q.   The fact that all of those lines right there for additives |
| 17:26 | 2 | say "Transocean" and have the same sample date and are part of |
| 17:26 | 3 | the same sample ID, what does that tell you? |
| 17:26 | 4 | A.   That that sample is from the rig. |
| 17:26 | 5 | Q.   With respect to "Zone Sealant," did that come from the |
| 17:26 | 6 | rig? |
| 17:26 | 7 | A.   That looks like lab stock. |
| 17:26 | 8 | Q.   Why do you -- what leads you to believe that, or how do |
| 17:26 | 9 | you know that? |
| 17:26 | 10 | A.   Because it looks like the source was a Morgan City bulk |
| 17:27 | 11 | plant, which is-- |
| 17:27 | 12 | Q.   Is the Transocean source, the rig, identified as the |
| 17:27 | 13 | source for the sample ID 54573 of SCR-100L on this lab sheet? |
| 17:27 | 14 | A.   No, I don't see it as that. |
| 17:27 | 15 | MR. HILL:  Take that down, please. |
| 17:27 | 16 | BY MR. HILL: |
| 17:27 | 17 | Q.   Mr. Quirk, you have explained to the Court, kind of in a |
| 17:27 | 18 | summary fashion -- we'll talk more specifically about the |
| 17:27 | 19 | tests -- about certain testing you did post-incident in the |
| 17:27 | 20 | lab; correct? |
| 17:27 | 21 | A.   Correct. |
| 17:27 | 22 | Q.   I just want to ask you a couple of questions right off the |
| 17:28 | 23 | bat, and then we're going to move somewhere else.  We'll tie |
| 17:28 | 24 | this up another time.  But I want to make sure I ask you these |
| 17:28 | 25 | questions now. |

4852

TIMOTHY QUIRK - DIRECT

17:28    1              Did you do any post-incident testing using actual
17:28    2    cement -- cement blend from the rig?
17:28    3    A.   I did not.
17:28    4    Q.   Once you reported post-incident tests results to Mr. Faul,
17:28    5    did you discard your handwritten notes because you were trying
17:28    6    to conceal the results?
17:28    7    A.   I was not.  No, I did not.
17:28    8    Q.   In fact, since lab stock materials were used, could you
17:28    9    perform those same tests again right here, assuming you had the
17:28   10    additives?
17:28   11    A.   Yes.
17:28   12    Q.   Now, I think you had -- I want to introduce you a little
17:28   13    bit better to the Court.  Could you tell the Court where you
17:28   14    live.
17:28   15    A.   I live in Fulshear, Texas.
17:28   16    Q.   Where is that?  What big city --
17:28   17    A.   It's about 20 miles west of Houston.
17:28   18    Q.   And by whom are you currently employed?
17:28   19    A.   I'm employed by Chevron.
17:28   20    Q.   What do you do for them?
17:29   21    A.   I'm a technical team leader over the cement and drilling
17:29   22    fluids labs.
17:29   23    Q.   Now, when did you take that job?
17:29   24    A.   August 27th, 2012.
17:29   25    Q.   So prior to that, who would have been your employer?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:29  1    **A.**   Halliburton.

17:29  2    **Q.**   Okay.  And that was up until August, I think you

17:29  3    identified before, the 24th of 2012?

17:29  4    **A.**   Yes.  I actually started with Chevron August 27th, and my

17:29  5    last day with Halliburton was August 24th of 2012.

17:29  6    **Q.**   Do you mind telling the Court why you took a different

17:29  7    job?

17:29  8    **A.**   Just a better opportunity is what I felt.  I was offered a

17:29  9    position and accepted it.

17:29  10   **Q.**   Do you have a college degree, Mr. Quirk?

17:29  11   **A.**   Yes.

17:29  12   **Q.**   What's that in?

17:29  13   **A.**   I have an Associate of Science in petroleum services

17:29  14   technology.

17:29  15   **Q.**   When did you obtain that degree, sir?

17:29  16   **A.**   In 1987.

17:29  17   **Q.**   Now, when were you actually hired by Halliburton?

17:29  18   **A.**   March 18th, 2000 -- 1990.

17:29  19   **Q.**   And I'm just going to ask this.  If you could, just

17:30  20   briefly identify some of the major positions you've had at

17:30  21   Halliburton since -- or some of the positions that you've held

17:30  22   since 1990 up until the time you left in August of 2012.

17:30  23   **A.**   In 1990, I was hired as a lab technician and progressed

17:30  24   through different levels of lab techs, meaning lab tech, senior

17:30  25   lab tech, principal lab technician, which it was a promotion to

OFFICIAL TRANSCRIPT

4854

TIMOTHY QUIRK - DIRECT

17:30    1    one of the shift leader positions in the lab.

17:30    2         And then from there was put on -- put in the chemist

17:30    3    position.  And the first three positions I discussed probably

17:30    4    went through 1995 or so.  Don't hold me to those dates.  But

17:30    5    then the chemist position, you know, somewhere around that time

17:30    6    frame, and then senior chemist and then principal chemist,

17:30    7    which put me as the cement lab manager.

17:30    8    Q.   Okay.  So you were the cement lab manager for Halliburton

17:31    9    in what lab?

17:31   10    A.   In the Gulf of Mexico lab.

17:31   11    Q.   And what -- where is that lab located?

17:31   12    A.   It's in Broussard, Louisiana.

17:31   13    Q.   And you were in a position of cement lab manager from what

17:31   14    date to what date?

17:31   15    A.   From roughly 2004 to 2008.

17:31   16    Q.   Okay.  And after the cement lab manager, did you obtain

17:31   17    any other positions at Halliburton?

17:31   18    A.   I was the fluids lab manager in Broussard, Louisiana.

17:31   19    Q.   And that would have been from 2008 until the time that you

17:31   20    left?

17:31   21    A.   That's correct.

17:31   22    Q.   So in April of 2010, you would have been fluid lab

17:31   23    manager; correct?

17:31   24    A.   That's correct.

17:31   25    Q.   And that's not -- I understand that to be different than

TIMOTHY QUIRK - DIRECT

17:31  1    actually the cement lab?

17:31  2    A.   That's correct.

17:31  3    Q.   Can you explain to the Court a little bit about the

17:31  4    structure of the labs and who reported to you.

17:31  5    A.   The cement lab had rotating shifts with about 16 to 20 lab

17:32  6    technicians, something like that, and each shift had a shift

17:32  7    leader.

17:32  8    Q.   Let me go ahead and stop you just because I want to move

17:32  9    along towards the end of the day.

17:32  10            Can you tell us what the four labs were that were

17:32  11   part of the fluids lab?

17:32  12   A.   I'm sorry.  We had the cement lab, the drilling fluids

17:32  13   lab, the completion fluids lab, and the production enhancement

17:32  14   lab.

17:32  15   Q.   Did each of those four labs have its own manager?

17:32  16   A.   That's correct.

17:32  17   Q.   And who did they report to?

17:32  18   A.   They reported to me.

17:32  19   Q.   Okay.  Who was the manager of the cement lab in April

17:32  20   of -- in April of 2010 that reported to you?

17:32  21   A.   That was Richard Dubois.

17:32  22   Q.   Now, prior to April 20th, 2010, did you have any direct

17:32  23   involvement with any testing done in the cement lab for the

17:32  24   Macondo well?

17:32  25   A.   No, I didn't -- I don't recall being a part of anything.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:32  1   **Q.**   Now, after April 20th, 2010 -- I'm going to call that
17:32  2   "point-incident."   Okay?
17:32  3   **A.**   Okay.
17:32  4   **Q.**   Did you have any involvement with the aftermath of the
17:33  5   Macondo incident?
17:33  6   **A.**   Lab testing?
17:33  7   **Q.**   Any involvement.
17:33  8   **A.**   Yes.
17:33  9   **Q.**   Can you maybe briefly tell the Court what you understand
17:33  10  your involvement to have been in this case.
17:33  11  **A.**   Post-incident testing --
17:33  12  **Q.**   Okay.
17:33  13  **A.**   -- and communication with the legal team, just to --
17:33  14  communication with the legal team later on, you know, in the
17:33  15  year.
17:33  16  **Q.**   Okay.   Anything else?
17:33  17  **A.**   Communication, I'm sure.   I just can't pinpoint the
17:33  18  specifics right now.
17:33  19  **Q.**   And I think we've seen -- you've taken a deposition as
17:33  20  well; right?
17:33  21  **A.**   Yes.
17:33  22  **Q.**   Before we talk about what you know, I'd like to talk a
17:33  23  little bit about your personal level of familiarity with a
17:33  24  couple of things.
17:33  25          What is your personal level of familiarity with

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:33  1    drilling deepwater wells?

17:34  2    A.   I'm not -- I don't have experience at all in the operation

17:34  3    of deepwater drilling.

17:34  4    Q.   How about evaluating the downhole performance of a cement

17:34  5    slurry?

17:34  6    A.   In regards to well conditions, I don't have any

17:34  7    experience.

17:34  8    Q.   Are there downhole conditions that you actually need for

17:34  9    purposes of doing testing?

17:34  10   A.   Yes.

17:34  11   Q.   And what are those?

17:34  12   A.   Bottom hole well pressures and temperatures.

17:34  13   Q.   Where do you obtain that information?

17:34  14   A.   From the engineer submitting a request.

17:34  15   Q.   What is your level of familiarity with cementing

17:34  16   operations generally?

17:34  17   A.   My experience has been in the lab.  I've been on location

17:34  18   a couple of times in the early '90s to do some simple lab

17:34  19   testing, but I don't have much knowledge about downhole

17:34  20   operations or cementing operations.

17:34  21   Q.   Fair enough.  How about running cement modeling programs

17:34  22   like OptiCem?

17:35  23   A.   No, I don't have any experience in that.

17:35  24   Q.   Have you ever run one?

17:35  25   A.   No, I have not.

4858

TIMOTHY QUIRK - DIRECT

17:35  1   Q.   I'd like to talk to you a little bit, some questions about
17:35  2   the cement lab and how it was organized during the time that
17:35  3   you were the fluids lab manager in April of 2010.
17:35  4           Can you give us a brief overview of how the lab
17:35  5   workforce is structured?
17:35  6   A.   Are you talking about just the personnel?
17:35  7   Q.   Sure.
17:35  8   A.   Four rotating shifts.  Two shifts working, two shifts off,
17:35  9   with shift leaders on each team, each shift team, and they were
17:35  10  aligned with, you know, chemists and then the cement lab
17:35  11  manager.
17:35  12  Q.   Okay.  What are the responsibilities of the technicians in
17:35  13  your lab?
17:35  14  A.   Responsible for performing all the testing that is
17:35  15  requested by the engineers and service coordinators.
17:35  16  Q.   Do you recall at the time in April 2010 about how many lab
17:35  17  technicians actually worked in the cement lab?
17:36  18  A.   Probably somewhere between 16 and 20, I would say.
17:36  19  Q.   Could you explain to the Court how these lab technicians
17:36  20  are actually trained to run tests in the lab?
17:36  21  A.   When the technicians are hired, they're assigned mentors
17:36  22  to just kind of watch their progression and teach them how to
17:36  23  perform tests.
17:36  24  Q.   And at some point, how do you know whether or not a lab
17:36  25  technician that has a mentor is ready to fly on his own and run

OFFICIAL TRANSCRIPT

4859

TIMOTHY QUIRK - DIRECT

17:36  1   tests?
17:36  2   A.   There's a competency system, a global competency system
17:36  3   that was established within Halliburton, and the technicians
17:36  4   are -- were assessed by qualified assessors to determine
17:36  5   whether or not they could be deemed competent in that
17:36  6   particular procedure.
17:36  7   Q.   All right.  And I know this is asking you to reach back in
17:36  8   memory a little bit.  But in April of 2010, or that time frame,
17:36  9   can you recall the average number of years of work experience
17:37  10  for the lab technicians in your workforce?
17:37  11  A.   It was -- it was probably eight -- seven, eight,
17:37  12  nine years, somewhere in that -- somewhere around that time
17:37  13  frame.
17:37  14  Q.   Now, when you were the head manager over all the labs in
17:37  15  Broussard, were you confident that those techs knew how to
17:37  16  perform the tests that they were requested to perform?
17:37  17  A.   Yes.
17:37  18  Q.   Now, during your tenure in the cement lab and even as the
17:37  19  fluid lab manager, was the cement lab ever audited?
17:37  20  A.   Yes, it was audited.
17:37  21  Q.   About how many times a year did that cement lab get
17:37  22  audited?
17:37  23  A.   There were some years we didn't get audited at all, and
17:37  24  there were some years we may get audited four or five times in
17:37  25  one year.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:37   1   **Q.**   And who -- sorry.

17:37   2   **A.**   And we were audited internally and by our customers.

17:37   3   **Q.**   And who -- I want to make sure -- let's break that down a

17:38   4   little bit.

17:38   5            You had internal audits and then you had customer

17:38   6   audits?

17:38   7   **A.**   That's correct.

17:38   8   **Q.**   Okay.  When you say "internal audits," who performs those

17:38   9   audits?

17:38   10   **A.**   It was a team that -- you know, within Halliburton that

17:38   11   was dedicated to, you know, going around the world and

17:38   12   evaluating -- auditing labs.

17:38   13   **Q.**   When you say "customer audits," who are you referring to

17:38   14   that conducts those audits?

17:38   15   **A.**   All the companies that we work for, any company that we --

17:38   16   any customer or company that we work for.  It could be Shell,

17:38   17   Chevron, BP, ExxonMobil.  Any customer.

17:38   18   **Q.**   So major operators actually --

17:38   19   **A.**   Major operators.

17:38   20   **Q.**   -- may request to audit the lab?

17:38   21   **A.**   Right.

17:38   22   **Q.**   All right.  I would like to -- by the way, in these

17:38   23   audits, did the auditors pay attention to technician

17:38   24   competency?

17:38   25   **A.**   Yes.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:38  1   **Q.**   Did they pay attention to specific testing procedures?

17:38  2   specific testing procedures.

17:38  3   **A.**   Yes, they do.

17:38  4   **Q.**   Do they pay attention to the documentation associated with

17:39  5   testing?

17:39  6   **A.**   Yes, they do.

17:39  7         **MR. HILL:**  Can you bring up TREX-3769.  And I'm as

17:39  8   audited-out as everybody, so I'm going to go quickly through

17:39  9   this, but I just want to identify for the Court one of these

17:39  10  audits.

17:39  11        Next page, please.  Turn it sideways.  Turn that

17:39  12  first page sideways, please.

17:39  13  **BY MR. HILL:**

17:39  14  **Q.**   Do you recognize this document that's been identified as

17:39  15  TREX-3769?

17:39  16  **A.**   Yes, I do.

17:39  17  **Q.**   Okay.  Who --

17:39  18        **MR. HILL:**  You might just blow it up right here,

17:39  19  please.

17:39  20  **BY MR. HILL:**

17:39  21  **Q.**   All right.  Does this reflect one of those internal audits

17:39  22  that you were talking about?

17:39  23  **A.**   Yes, it does.

17:39  24  **Q.**   Can you tell us who these auditors were?

17:39  25  **A.**   That's Perry Boudreaux and Richard McDonald.

TIMOTHY QUIRK - DIRECT

17:40   1   **Q.**   Are they Halliburton employees?

17:40   2   **A.**   Yes, they're Halliburton employees.

17:40   3   **Q.**   And did you and Richard Dubois actually participate in

17:40   4   this audit?

17:40   5   **A.**   Yes.

17:40   6        **MR. HILL:**  Can you go to Section 1.02.  Pull that

17:40   7   out.

17:40   8   **BY MR. HILL:**

17:40   9   **Q.**   With respect to the audit --

17:40   10       With respect to Audit Issue 1.02, "Based on

17:40   11  appearance, would you trust test results from this lab," would

17:40   12  you please tell the Court what you scored in terms of maximum

17:40   13  value?

17:40   14  **A.**   We scored a 36.

17:40   15  **Q.**   Could you score any higher?

17:40   16  **A.**   I think that's max.

17:40   17  **Q.**   What was -- what was the comment associated with it?

17:40   18  **A.**   "Without question."

17:40   19       **MR. HILL:**  Could you go to 1.03, please.  Right

17:40   20  there.

17:41   21  **BY MR. HILL:**

17:41   22  **Q.**   With respect to the audit question "Would you feel

17:41   23  comfortable bringing a customer here," what was the audit

17:41   24  score?

17:41   25  **A.**   36.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:41  1   **Q.**   Is there a higher score?

17:41  2   **A.**   I think 36 is the highest.

17:41  3   **Q.**   What's the comment associated with that by the auditors?

17:41  4   **A.**   "Without question, world-class facility."

17:41  5           **MR. HILL:**  Now, we could go through here and identify

17:41  6   Section 7 on "Employee Competency," Your Honor, as well as

17:41  7   several others.  I think the easiest thing is to just go to the

17:41  8   summary page.

17:41  9           Keep going.  There we go.

17:41  10          Pull this up right here, including the totals.

17:41  11  **BY MR. HILL:**

17:41  12  **Q.**   With respect to employee competency, what did your lab

17:41  13  score?

17:41  14  **A.**   It was 93 percent.

17:41  15  **Q.**   With respect to slurry preparation, what did your lab

17:41  16  score?

17:41  17  **A.**   100 percent.

17:41  18  **Q.**   With respect to free fluid loss -- I'm sorry.

17:42  19          With respect to fluid loss and free fluid testing,

17:42  20  what did your lab score?

17:42  21  **A.**   100 percent.

17:42  22  **Q.**   Crush compressive strengths?

17:42  23  **A.**   100 percent.

17:42  24  **Q.**   Thickening time testing?

17:42  25  **A.**   95 percent.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:42    1    **Q.**   Rheology testing?

17:42    2    **A.**   100 percent.

17:42    3    **Q.**   Do you recall the total overall score of your lab in this

17:42    4    internal audit?

17:42    5    **A.**   92 percent.

17:42    6    **Q.**   Thank you.

17:42    7         Now, it's important, I think, for -- we have talked

17:42    8    about weigh-up sheets, customer reports, and a variety of

17:42    9    different lab documents.  I would like you to explain to

17:42    10   Judge Barbier a little bit about the process for initiating lab

17:42    11   testing.

17:42    12        Who requests the specific lab tests to be performed

17:42    13   for a cement job?

17:42    14   **A.**   It's requested by the engineer, usually, or service

17:42    15   coordinator.

17:42    16   **Q.**   In this -- I'm sorry.

17:42    17   **A.**   Go ahead.

17:42    18   **Q.**   In the case of Macondo, who would that have been, to your

17:42    19   understanding?

17:42    20   **A.**   That would have been Jesse, Jesse Gagliano.

17:42    21   **Q.**   All right.  And can you please explain how that process

17:42    22   works.  Does Jesse come to the lab and ask -- and request the

17:43    23   tests be done?

17:43    24   **A.**   No.  He uses the web-based Viking lab database management

17:43    25   system.

OFFICIAL TRANSCRIPT

4865

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 17:43 | 1 | **Q.** Once the requesting engineer fills out Viking and makes a |
| 17:43 | 2 | request, what, if anything, does the lab do? |
| 17:43 | 3 | **A.** The lab would -- would receive the request and then, you |
| 17:43 | 4 | know, initiate testing. |
| 17:43 | 5 | **Q.** Is there any documents or anything that the lab has to |
| 17:43 | 6 | print in order to go do their job? |
| 17:43 | 7 | **A.** They would print the lab weigh sheet. |
| 17:43 | 8 | **Q.** All right.  The judge has heard about the weigh-up sheets. |
| 17:43 | 9 | Who in the lab prints it? |
| 17:43 | 10 | **A.** It could be the lab manager, chemist, or even the |
| 17:43 | 11 | technician. |
| 17:43 | 12 | **Q.** And once that lab weigh-up sheet is printed, how are they |
| 17:43 | 13 | used in the lab? |
| 17:43 | 14 | **A.** They're used to -- as the testing is performed throughout |
| 17:43 | 15 | the day and night, they are -- they write down the results |
| 17:43 | 16 | obtained during testing -- the testing process. |
| 17:44 | 17 | **MR. HILL:**  Bring up TREX-60405, please.  60405. |
| 17:44 | 18 | **BY MR. HILL:** |
| 17:44 | 19 | **Q.** Can you explain to the Court, Judge Barbier, what he's |
| 17:44 | 20 | seeing on the screen here. |
| 17:44 | 21 | **A.** That's a lab -- that's a lab weigh-up sheet. |
| 17:44 | 22 | **Q.** When you said that the lab actually goes and prints it out |
| 17:44 | 23 | of Viking, are these handwritten notes on it when it's printed? |
| 17:44 | 24 | **A.** Yes. |
| 17:44 | 25 | **Q.** Are these handwritten notes on it when it's printed from |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:44   1   the Viking system --

17:44   2   **A.**   No, no, no.  I'm sorry, it's not.  It's added after they

17:44   3   print the sheet and begin testing.

17:44   4   **Q.**   Who adds the handwriting?

17:44   5   **A.**   Like I said, it could be a lab chemist, a lab -- cement

17:44   6   lab manager, or even one of the lab techs.

17:44   7   **Q.**   Okay.  Now, let's -- how are lab technicians assigned to

17:45   8   actually conduct these tests?

17:45   9   **A.**   Well, there's a -- there's kind of a flow that goes about,

17:45   10   just with experience, you know.  Depending on what's going to

17:45   11   have to be tested first would determine where the paperwork --

17:45   12   the lab worksheet's going to be put.  So it would first have to

17:45   13   be weighed up.

17:45   14           And then, if they're going to run a thickening time

17:45   15   first or fluid loss free water first or rheologies or

17:45   16   compressive strength -- depending on what they were wanting to

17:45   17   do would be where that paperwork would be directed.

17:45   18   **Q.**   The same lab technician who starts a test, is that the

17:45   19   same lab technician who finishes it?

17:45   20   **A.**   In some cases, but in most cases not.

17:45   21   **Q.**   And why is that?

17:45   22   **A.**   Just because the lab runs 24 hours a day, and sometimes

17:45   23   the testing -- for example, a 12- or 24-hour test, the

17:45   24   technician may not even be there when it's over.

17:46   25   **Q.**   Now, once lab test results are obtained through testing,

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:46  1   what does the technician do with them at that point?

17:46  2   **A.**   They put it into the Viking system.

17:46  3   **Q.**   To whom do the lab technicians communicate those test

17:46  4   results?

17:46  5   **A.**   Well, the lab technicians are inputted into Viking.  If

17:46  6   there's any questions or if an engineer wants to call and speak

17:46  7   to someone, then they would just make a phone call.  Or there's

17:46  8   also a message system within Viking also.

17:46  9   **Q.**   I'm glad you said that because that's where I wanted to go

17:46  10  next.

17:46  11         How would a requesting engineer know that testing

17:46  12  results are done and input into Viking?

17:46  13  **A.**   There's several ways.  One's a phone call.  One is a

17:46  14  message system.  And there's a user profile in Viking that

17:46  15  could be set up for various reasons.  One could be as soon as a

17:46  16  test result for that particular test is obtained, they could

17:46  17  get an e-mail and a text message.  The way could be they could

17:46  18  subscribe to a daily report where, once a day, they get a

17:46  19  report of everything that they have going on.

17:46  20         There's just several -- there's different ways that

17:47  21  you can adjust your user profile.

17:47  22  **Q.**   Does your lab and its technicians report test results to

17:47  23  an outside customer like BP or any other owner -- well owner or

17:47  24  operator?

17:47  25  **A.**   That's not generally part of the process, no.

OFFICIAL TRANSCRIPT

4868

TIMOTHY QUIRK - DIRECT

17:47  1  **Q.**   Who actually reports tests to the operator?

17:47  2  **A.**   The engineer submitting the request.

17:47  3  **Q.**   What is that document called that is used to report test

17:47  4  results?

17:47  5  **A.**   It's a customer report.

17:47  6       **MR. HILL:**  Can you bring up TREX-7722, please.

17:47  7  **BY MR. HILL:**

17:47  8  **Q.**   Is this -- this actually relates to Macondo.  This is

17:47  9  generally the format of the -- of those customer reports you're

17:47  10  identifying?

17:47  11  **A.**   Yes.

17:47  12  **Q.**   And how is this report generated?

17:47  13  **A.**   The engineer would go into Viking and enter in -- go into

17:47  14  the Customer Report part of the system and then select that

17:47  15  request number or enter that request number and then select the

17:48  16  tests that they're interested in reporting.

17:48  17       **MR. HILL:**  You can take that down.

17:48  18  **BY MR. HILL:**

17:48  19  **Q.**   All right.  So let's talk about -- a little bit more

17:48  20  specifically about the weigh-up sheets and specifically what

17:48  21  the lab techs do.

17:48  22       Who at Halliburton uses the weigh-up sheets?

17:48  23  **A.**   The lab technicians.

17:48  24  **Q.**   And what's done with notations for a particular test?

17:48  25  What becomes of the handwritten covered weigh-up sheets?

OFFICIAL TRANSCRIPT

4869

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 17:48 | 1 | **A.**   They get filed on the Viking.  Lab weigh-up sheets just |
| 17:48 | 2 | get filed. |
| 17:48 | 3 | **Q.**   Where are they filed? |
| 17:48 | 4 | **A.**   In the lab, in the cement lab. |
| 17:48 | 5 | **Q.**   Are the handwritten weigh-up sheets accessible through |
| 17:48 | 6 | Viking to people outside of the lab? |
| 17:48 | 7 | **A.**   Not unless they, you know, would call in and request |
| 17:48 | 8 | something like that.  I mean, but typically, no, it's not. |
| 17:48 | 9 | **Q.**   And my question is:  Are they accessible through Viking? |
| 17:48 | 10 | **A.**   No, they're not.  No. |
| 17:48 | 11 | **Q.**   Are they typically provided to the requesting engineer? |
| 17:48 | 12 | **A.**   No. |
| 17:48 | 13 | **Q.**   Are they provided to external customers like BP or well |
| 17:48 | 14 | operator -- or well owners or operators? |
| 17:49 | 15 | **A.**   No. |
| 17:49 | 16 | **Q.**   Now, if someone wanted to see weigh-up sheets from a job, |
| 17:49 | 17 | to whom would they direct that request? |
| 17:49 | 18 | **A.**   They'd probably talk to the cement lab manager or chemist. |
| 17:49 | 19 | **Q.**   And in that case, it would have been Richard Dubois? |
| 17:49 | 20 | **A.**   Yes, or Kenny Miller. |
| 17:49 | 21 | **Q.**   Could they have called you? |
| 17:49 | 22 | **A.**   Could have called me, too. |
| 17:49 | 23 | **Q.**   Now, do you recall if any weigh-up sheets associated with |
| 17:49 | 24 | Macondo were requested of you? |
| 17:49 | 25 | **A.**   Not until, you know, much later when I was working with |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 17:49 | 1 | the legal team. |
| 17:49 | 2 | **Q.**   All right.  Let's answer this:  Do you remember getting a |
| 17:49 | 3 | request for weigh-up sheets associated with Macondo? |
| 17:49 | 4 | **A.**   Yes. |
| 17:49 | 5 | **Q.**   Do you recall when that was? |
| 17:49 | 6 | **A.**   Late September/October, that time frame. |
| 17:49 | 7 | **Q.**   Let's talk -- there's been discussion in this case about |
| 17:49 | 8 | foam testing -- |
| 17:49 | 9 |         I'm sorry, October of what year? |
| 17:50 | 10 | **A.**   2010. |
| 17:50 | 11 | **Q.**   So that's late September/October of 2010? |
| 17:50 | 12 | **A.**   Right. |
| 17:50 | 13 | **Q.**   Okay.  There's been a lot of discussion about foam |
| 17:50 | 14 | testing.  Can you explain to the judge the difference between |
| 17:50 | 15 | standard slurry testing and foam testing?  Just generally, |
| 17:50 | 16 | what's the difference between those slurries? |
| 17:50 | 17 | **A.**   The foam slurry is basically a base slurry with foaming |
| 17:50 | 18 | additive added to it, applying shear and entraining air into |
| 17:50 | 19 | the slurry. |
| 17:50 | 20 | **Q.**   So the gas that's entrained to make bubbles in the cement |
| 17:50 | 21 | slurry in the lab, what is that? |
| 17:50 | 22 | **A.**   It's just atmospheric air. |
| 17:50 | 23 | **Q.**   Out on the rig, what is it? |
| 17:50 | 24 | **A.**   It's nitrogen. |
| 17:50 | 25 | **Q.**   Why don't you do nitrogen testing in the lab? |

OFFICIAL TRANSCRIPT

4871

TIMOTHY QUIRK - DIRECT

17:50    1    **A.**    It's just not very safe.

17:50    2    **Q.**    Are there certain tests that can be conducted on a base

17:50    3    slurry or a non-foam slurry that can't be conducted on a foam

17:50    4    slurry, just based on the equipment available?

17:50    5    **A.**    Yes, that's correct.

17:51    6    **Q.**    Can you identify a couple?

17:51    7    **A.**    Thickening time.

17:51    8    **Q.**    UCA compressive strength testing, can that be done on a

17:51    9    foam slurry with field lab equipment?

17:51    10   **A.**    Not with our field lab equipment or the equipment that we

17:51    11   had at Halliburton when I was there.

17:51    12          **MR. HILL:**  Can you bring up TREX-6235, please?

17:51    13   **BY MR. HILL:**

17:51    14   **Q.**    Do you recognize this document, Mr. Quirk?

17:51    15   **A.**    Yes.  That's the API document.

17:51    16   **Q.**    10B-4, API 10B-4?

17:51    17   **A.**    Yeah, 10-B 4.  I thought you said "Timothy."

17:51    18   **Q.**    Can you go to page -- the Court has actually seen this

17:51    19   document before.

17:51    20          **MR. HILL:**  Could you please go to page 10.  We're

17:51    21   going to get the section that crosses the bottom of page 10 up

17:51    22   to page 11.

17:51    23          Right here.  Can you blow that up at the bottom,

17:51    24   please.  And then the top of the first page -- or the next

17:52    25   page.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:52    1    **BY MR. HILL:**

17:52    2    **Q.**    Now, the Court has heard us discuss the signs of

17:52    3    instability when we talked with Mr. Benge when he was here

17:52    4    testifying for the U.S. Government.

17:52    5            We identified this section of API that speaks of

17:52    6    signs of foam instability.  Are you familiar with the

17:52    7    API-specified signs of foam instability?

17:52    8    **A.**    Yes.

17:52    9    **Q.**    In fact, if we were to go to Halliburton's global lab best

17:52   10    practices -- are you familiar with that document?

17:52   11    **A.**    Yes.

17:52   12    **Q.**    Basically, there's a recitation of these same signs in the

17:52   13    Halliburton --

17:52   14    **A.**    Yes.

17:52   15    **Q.**    -- global lab best practices; correct?

17:52   16    **A.**    Yes.

17:52   17    **Q.**    All right.  So my question to you is this:  Are any of

17:52   18    these lab technicians trained to identify, with respect to foam

17:52   19    testing, these indications of instability during foam testing?

17:52   20    **A.**    Yes.

17:52   21    **Q.**    What, if anything, are lab technicians trained to do if

17:52   22    they observe any such indications of instability?

17:52   23    **A.**    They're trained to document that.

17:52   24    **Q.**    What would you -- by "document," write it on that weigh-up

17:53   25    sheet we just talked about?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

| | | |
|---|---|---|
| 17:53 | 1 | **A.**   Right, right.  That's correct. |
| 17:53 | 2 | **Q.**   What would you expect to see on a weigh-up sheet if a |
| 17:53 | 3 | technician performing a foam stability test did not observe any |
| 17:53 | 4 | of these signs of instability? |
| 17:53 | 5 | **A.**   I would assume there were no problems with the slurry, no |
| 17:53 | 6 | instability issues to address. |
| 17:53 | 7 | **Q.**   Okay.  Switching direction just a little bit. |
| 17:53 | 8 | There are instances in the weigh-up sheets on some of |
| 17:53 | 9 | these demonstratives that the Court has seen where tests were |
| 17:53 | 10 | retested.  Okay?  So I want to talk to you a little bit about |
| 17:53 | 11 | the QC process in the lab. |
| 17:53 | 12 | What are lab technicians expected to do when they |
| 17:53 | 13 | recognize perhaps an odd or an out-of-the-ordinary test result? |
| 17:53 | 14 | **A.**   Repeat the test. |
| 17:53 | 15 | **Q.**   How do you know that, by the way? |
| 17:53 | 16 | **A.**   It's just what we communicate with.  We had regular |
| 17:53 | 17 | meetings with our team, and part of those meetings involved, |
| 17:53 | 18 | you know, making sure that if results don't look in line, that |
| 17:54 | 19 | we repeat the test. |
| 17:54 | 20 | **Q.**   In your experience, Mr. Quirk, does the lab always tell |
| 17:54 | 21 | the requesting engineer when a test is repeated? |
| 17:54 | 22 | **A.**   I can't say that it happens every time. |
| 17:54 | 23 | **Q.**   Let's talk about focus -- focus just on foam stability |
| 17:54 | 24 | testing for a minute. |
| 17:54 | 25 | When a set foam stability test is conducted in the |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:54  1   lab and the test shows a higher density on the top than on the

17:54  2   bottom, is that what you would expect to see if air was

17:54  3   breaking out of that test sample?

17:54  4   A.   I wouldn't expect for it to be heavier on the top, no.

17:54  5   Q.   Would that be an out-of-ordinary test result?

17:54  6   A.   Yes.

17:54  7   Q.   What would a lab tech expect to see in that -- well, let's

17:54  8   assume that air is breaking out of the sample.  What would a

17:54  9   lab tech expect do see in terms of the density of that sample?

17:54  10  A.   Heavier density on the bottom and then lighter on the top.

17:54  11  Q.   Why is that, by the way?

17:54  12  A.   Just because air is breaking out.  It's moving its way to

17:54  13  the top and it would be lighter on top.

17:54  14  Q.   What would you expect a lab tech to do if he observed one

17:55  15  of these out-of-the-ordinary test results where density of a

17:55  16  foam stability test was higher on top than on bottom?

17:55  17  A.   I would expect him to repeat it.

17:55  18  Q.   All right.  Shifting to D-Air.  You had some questions

17:55  19  about D-Air, and I think you recognize that Halliburton's

17:55  20  internal guidance actually -- cautioned against the use of

17:55  21  D-Air in a foam slurry.  Correct?

17:55  22  A.   That's correct.

17:55  23  Q.   So if you were designing a foam slurry from scratch, would

17:55  24  you recommend putting D-Air in the foam blend?

17:55  25  A.   No.

TIMOTHY QUIRK - DIRECT

17:55  1   Q.    But if you were presented with a situation where D-Air was
17:55  2   already blended in the dry cement blend, is there anything that
17:55  3   you can do to make sure that it performs successfully?
17:55  4   A.    I would -- if I was presented with a situation where we
17:55  5   had a sample and had to test it, then I would increase the zone
17:55  6   sealant to overcome the effects of the D-Air.
17:55  7   Q.    Okay.  So I just want to follow-up with what you just
17:55  8   said.  The zone sealant is a different additive; correct?
17:55  9   A.    It's a foaming additive.  Correct.
17:56  10  Q.    And how does it compensate to overcome the effects of
17:56  11  D-Air?
17:56  12  A.    Just adding more foaming additive.  It would be equivalent
17:56  13  to adding -- you know, if you took a little bit of Dawn
17:56  14  dishwashing liquid and put it in the water versus adding more,
17:56  15  you'll getting more foaming if you sheared it.  It's equivalent
17:56  16  to that.  It's a foaming additive.
17:56  17  Q.    Now, Mr. Quirk, the mere presence of D-Air in a dry blend
17:56  18  that's intended to be foamed, does it automatically disqualify
17:56  19  it from being able to be foamed, in your experience?
17:56  20  A.    Not in my experience, it doesn't disqualify it.
17:56  21  Q.    And if you wanted to know whether the relevant
17:56  22  concentrations of D-Air and surfactant that you put in that
17:56  23  blend -- if you wanted to know if the concentration of
17:56  24  surfactant is sufficient to overcome the effects of D-Air, how
17:56  25  do you know that?

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:56    1    A.    You order a test.

17:56    2    Q.    What test do you run?

17:56    3    A.    A foam stability test.

17:56    4    Q.    Now, BP's counsel brought out something with Dr. Benge, I

17:57    5    believe -- don't hold me to that.  But they asked if Jesse

17:57    6    Gagliano's weigh-up sheets -- or the weigh-up sheets associated

17:57    7    with the foam stability test that Jesse Gagliano requested

17:57    8    actually changed the surfactant concentration from the

17:57    9    beginning to the end.  Okay?

17:57   10    A.    Okay.

17:57   11    Q.    Have you reviewed the weigh-up sheets associated with the

17:57   12    foam stability testing at Macondo?

17:57   13    A.    Yes.

17:57   14    Q.    Do you recall what the surfactant concentration is?

17:57   15    A.    I think it was .11, I believe.

17:57   16          MR. HILL:  Bring up 7722, please.

17:57   17    BY MR. HILL:

17:57   18    Q.    Can you identify what the surfactant concentration is?

17:57   19    A.    It's .11 gallons per sack.

17:57   20    Q.    Okay.  In your experience, is there a standard

17:58   21    concentration of surfactant that you typically see in a foam

17:58   22    cement job?

17:58   23    A.    Yes.

17:58   24    Q.    What is it?

17:58   25    A.    Typically, it's .07.

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

17:58  1   **Q.**   So .07 is less than .11 gallons per sack; correct?

17:58  2   **A.**   That's correct.

17:58  3   **Q.**   There's also been discussion about the propriety of the

17:58  4   labs actually conditioning the base slurry prior to conducting

17:58  5   foam stability tests.  So I want to turn your attention to

17:58  6   that.

17:58  7            What do you understand the purpose of conditioning a

17:58  8   base slurry is prior to actually conducting a foam stability

17:58  9   test?

17:58  10  **A.**   Simulating the job placement time, meaning pumping it down

17:58  11  the hole and exposing it to temperature.

17:58  12  **Q.**   All right.  So in a well the size of Macondo, we're

17:58  13  talking about 3 miles from rig to bottom hole, right,

17:58  14  approximately?

17:58  15  **A.**   Correct.

17:58  16  **Q.**   Approximately?

17:58  17  **A.**   Based on the depth, yeah.

17:58  18  **Q.**   That takes time to pump down that deep, doesn't it?

17:59  19  **A.**   Yes.

17:59  20  **Q.**   Can you explain to the Court what happens to the slurry as

17:59  21  it's pumped downhole for 3 miles over time.

17:59  22            **MR. REGAN:**  Your Honor -- and maybe he can do it.

17:59  23  But I think we established a few minutes ago that he's never

17:59  24  done any downhole work.

17:59  25            **THE COURT:**  I sustain the objection.

OFFICIAL TRANSCRIPT

BY MR. HILL:

Q.   All right.  Can you explain what the purpose in the lab
is -- what are you actually simulating when you do
conditioning?

A.   I'm simulating the downhole well conditions that were
submitted on the request.

Q.   Specifically, what are those conditions?

A.   Temperature and pressure.

Q.   How is it determined the time for conditioning when you
actually do condition a base slurry prior to foaming?

A.   The engineer submitting the request would generally submit
it as a job placement time, you know, or -- a given time.

Q.   So just -- can you explain to the Court, how is the job
placement time connected with the condition time?

A.   It's -- typically, that would be the same, meaning that
we'd represent how we would -- roughly how long it would take
to pump the cement in place.  So you try to mimic that in the
lab.

Q.   Do you know how long the final foam stability test on
April 2010 was conditioned, prior to foaming?

A.   Three hours.

Q.   Are you aware, Mr. Quirk, of any test that would tell the
Court whether conditioning that slurry in the lab before
foaming it artificially thickened the slurry in the lab?

A.   I'm not aware of a -- of a test that indicates that?

TIMOTHY QUIRK - DIRECT

| | | |
|--|--|--|
| 18:00 | 1 | **Q.**   Yeah. |
| 18:00 | 2 | **A.**   That it thickened it? |
| 18:00 | 3 | **Q.**   Or one that would show whether or not that's true. |
| 18:00 | 4 | **A.**   A thicken time, sure. |
| 18:00 | 5 | **MR. HILL:**  Can you bring up 7722.  Go to the first |
| 18:00 | 6 | page for a second. |
| 18:00 | 7 | Again, bring up this thickening time test right |
| 18:01 | 8 | here, please. |
| 18:01 | 9 | **BY MR. HILL:** |
| 18:01 | 10 | **Q.**   What was the temperature at which that thickening time |
| 18:01 | 11 | test was conducted? |
| 18:01 | 12 | **A.**   135 degrees Fahrenheit. |
| 18:01 | 13 | **Q.**   Do you know the retarder concentration of this particular |
| 18:01 | 14 | test? |
| 18:01 | 15 | **A.**   I think it's -- .08, I believe. |
| 18:01 | 16 | **Q.**   That's a Part 2 test, so it was -- |
| 18:01 | 17 | **A.**   Oh.  That's .09, right?  Yes, I think it would be .09. |
| 18:01 | 18 | **Q.**   Okay.  .09 -- |
| 18:01 | 19 | **A.**   Gallons. |
| 18:01 | 20 | **Q.**   -- gallons of retarder? |
| 18:01 | 21 | **A.**   Yes. |
| 18:01 | 22 | **MR. HILL:**  Can you go to the chart on the page ending |
| 18:01 | 23 | in Bates No. 8711.  Pull that up. |
| 18:01 | 24 | **BY MR. HILL:** |
| 18:01 | 25 | **Q.**   Mr. Quirk, can you explain what this chart is? |

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

18:01   1   **A.**   That's a thickening time chart.

18:01   2   **Q.**   What is this line right here?

18:01   3   **A.**   That's the cement viscosity.

18:01   4   **Q.**   So what does that point right there indicate?

18:01   5   **A.**   That's the initial viscosity upon starting the test.

18:01   6   **Q.**   As this slurry for conducting the thickening time test is

18:01   7   heated to 135 degrees, what happens to that viscosity trend

18:02   8   line?

18:02   9   **A.**   It goes down, meaning it thins somewhat.

18:02   10   **Q.**   Do you know why that happens?

18:02   11   **A.**   It's because of the heat being applied to the slurry.

18:02   12   It's thermal thinning, basically.

18:02   13   **Q.**   After three hours, does that viscosity ever get up, in

18:02   14   your -- based on what you can see here, does the viscosity at

18:02   15   three hours ever get up to the initial viscosity point?

18:02   16   **A.**   It's just below it, right -- yeah, just below it.

18:02   17   **Q.**   Now, just to make sure we're clear, this particular test

18:02   18   is run with SA-541 additive in the slurry; correct?

18:02   19   **A.**   That's correct.

18:02   20   **Q.**   What is SA-541?

18:02   21   **A.**   It's a suspension aid, suspending aid in cement.

18:02   22   **Q.**   How is it activated?

18:02   23   **A.**   By temperature.  It's heat-activated.

18:02   24   **Q.**   So if you were wondering whether or not that SA-541 was

18:02   25   actually artificially activated by conditioning time heat,

OFFICIAL TRANSCRIPT

TIMOTHY QUIRK - DIRECT

18:02  1    would this test tell you whether or not that's true?

18:02  2    **A.**    It appeared, by looking at this chart, that it didn't --

18:03  3    it didn't activate.  It actually thinned rather than rising in

18:03  4    viscosity at the time that you would expect it to, as it's

18:03  5    gaining temperature.

18:03  6    **Q.**    At least with respect to those three hours; correct?

18:03  7    **A.**    Correct.

18:03  8            **MR. HILL:**  Your Honor, I've still got about 40 -- 35

18:03  9    to 40 minutes.  I don't know if you want me to keep going or --

18:03  10   I'm at a stopping point.

18:03  11           **THE COURT:**  I only took this witness because he was

18:03  12   going to be short, and we took him instead of Mr. Barnhill.

18:03  13   That's the last time I'll believe any of you guys.

18:03  14           **MR. HILL:**  I can press on.

18:03  15           **THE COURT:**  I can't believe this witness is taking

18:03  16   this long.  We're going to recess until 8:00 tomorrow morning.

18:04  17           **THE DEPUTY CLERK:**  All rise.

18:04  18           (WHEREUPON, the proceedings were concluded.)

19                                   *****

20                          <u>**CERTIFICATE**</u>

21           I, Jodi Simcox, RMR, FCRR, Official Court Reporter
           for the United States District Court, Eastern District of
22         Louisiana, do hereby certify that the foregoing is a true and
           correct transcript, to the best of my ability and
23         understanding, from the record of the proceedings in the
           above-entitled and numbered matter.

24

25                 *s/Jodi Simcox, RMR, FCRR*
                   Jodi Simcox, RMR, FCRR
                   Official Court Reporter

OFFICIAL TRANSCRIPT

'04 [1]  4684/1
'05 [1]  4684/1
'90s [1]  4857/18
'it [1]  4699/3

.07 [2]  4876/25 4877/1
.08 [2]  4775/16 4879/15
.09 [13]  4775/12 4775/18 4791/23
4792/1 4792/8 4792/10 4792/17
4792/25 4822/4 4822/10 4879/17
4879/17 4879/18
.1.1 [1]  4682/15
.1.2 [1]  4682/14
.1.3 [1]  4682/20
.10 [3]  4812/25 4813/17 4814/10
.11 [3]  4876/15 4876/19 4877/1
.13.2 [1]  4740/5
.13.3 [1]  4740/13
.14 [1]  4816/3
.17 [2]  4813/4 4814/6
.2.1 [1]  4714/17
.20 [1]  4819/21
.20 slurry [1]  4819/21
.9 [1]  4775/16

0

0003 [1]  4823/9
02771 [1]  4668/7
05593 [1]  4775/7
09 [1]  4775/25

1

1-gallon [4]  4827/21 4828/4 4828/19
4828/22
1.02 [2]  4862/6 4862/10
1.03 [1]  4862/19
1.1 [1]  4700/9
10 [3]  4732/2 4871/20 4871/21
10 minutes [1]  4724/15
10-22-09 date [1]  4784/25
10-B [1]  4871/17
10-CV-02771 [1]  4668/7
10-CV-4536 [1]  4668/9
10-MD-2179 [1]  4668/4
10/22/09 [1]  4775/25
100 [7]  4728/1 4784/22 4789/25 4790/7
4791/22 4792/17 4793/1
100 percent [6]  4727/23 4728/11
4863/17 4863/21 4863/23 4864/2
100 square [1]  4795/10
1000 [2]  4672/17 4673/16
1001 [1]  4652/16
100L [28]  4773/7 4773/10 4773/20
4774/1 4774/6 4774/19 4775/12
4775/16 4775/24 4779/19 4779/25
4780/2 4780/9 4783/14 4784/19
4784/23 4785/3 4785/22 4804/25
4812/14 4813/1 4814/8 4828/20 4845/8
4848/4 4848/23 4850/18 4851/13
101 [1]  4669/16
10B-4 [2]  4871/16 4871/16
10th [1]  4810/4
11 [8]  4750/25 4758/12 4758/13
4767/16 4767/25 4769/3 4769/12
4871/22
1100 [1]  4672/6
1110 [1]  4672/20
11:06 [1]  4813/12
11:06 p.m [2]  4813/14 4813/18
11th [3]  4700/10 4813/12 4813/14

12 [1]  4866/23
120 barrels [1]  4727/3
1221 [1]  4673/5
123 [1]  4709/15
12th [1]  4748/18
12th at [1]  4816/12
13 [2]  4698/8 4698/9
1308 [1]  4669/19
1331 [1]  4673/12
135 [1]  4880/7
135 degrees [1]  4879/12
1356A [1]  4690/25
1356A.20.4 [2]  4690/23 4691/16
1356A.22.2 [1]  4692/10
14 [4]  4668/14 4698/3 4729/18 4742/3
140 [1]  4678/25
140 rigs [1]  4679/23
142 [1]  4729/9
14271 [1]  4670/22
1429.20.1 [1]  4750/9
1449 [4]  4703/21 4705/5 4709/15
4712/23
1449.123.1 [1]  4709/9
1449.132.1 [1]  4712/24
1449.15.1 [1]  4707/24
1449.20.1 [1]  4707/13
1449.5.3 [1]  4705/5
1449.5.4 [1]  4706/12
1472.1.3 [1]  4738/21
14th [2]  4822/25 4823/16
15 [5]  4690/24 4691/17 4698/3 4742/3
4742/11
15-minute [1]  4753/6
15.1 [1]  4691/1
16 [3]  4790/23 4855/5 4858/18
1601 [1]  4669/3
1665 [1]  4673/12
17 [2]  4692/12 4732/2
17.1 [1]  4692/14
1700 [1]  4673/9
174 [1]  4698/8
175 [1]  4697/24
17th [22]  4766/21 4771/23 4772/3
4772/6 4772/9 4772/13 4772/23 4775/3
4776/2 4778/4 4780/5 4781/11 4781/23
4782/23 4784/15 4789/8 4792/16
4800/6 4800/20 4801/18 4802/6
4802/15
18 [4]  4758/12 4758/13 4759/2 4765/16
1885 [1]  4671/12
18th [3]  4682/13 4828/12 4853/18
19 [5]  4668/7 4675/3 4698/17 4769/20
4769/21
19,000 [1]  4708/24
1987 [1]  4853/16
1990 [3]  4853/18 4853/22 4853/23
1995 [1]  4854/4
1:00 [1]  4739/11
1:00 in [3]  4738/22 4739/9 4739/12
1:30 p.m [1]  4778/22
1A [2]  4702/25 4703/19
1B [3]  4702/23 4702/25 4724/15

2

2.1 [2]  4790/20 4790/23
20 [5]  4668/5 4752/12 4801/23 4855/5
4858/18
20 barrels [4]  4729/20 4729/22 4730/17
4732/18
20 miles [1]  4852/17
200 [1]  4683/25
2000 [4]  4788/21 4788/22 4848/2
4853/18

20004 [2]  4670/22 4672/4
20044 [2]  4671/25 4678/6
4854/15
20044 [2]  4670/17 4671/6
2005 [5]  4726/5 4728/20 4729/3
4730/14 4732/16
2007 [4]  4721/12 4721/13 4721/19
4721/20
2008 [4]  4745/18 4754/3 4854/15
4854/19
2009 [30]  4679/19 4679/25 4680/6
4726/5 4728/20 4729/3 4730/1 4730/14
4732/16 4735/4 4743/14 4745/5 4746/1
4746/17 4747/4 4747/14 4748/3 4748/9
4748/11 4748/21 4749/3 4774/2 4780/2
4780/10 4780/23 4783/8 4783/9
4783/13 4785/24 4788/8
2010 [95]  4668/5 4677/25 4678/8
4679/18 4679/20 4680/1 4682/13
4683/17 4684/23 4685/4 4685/23
4700/11 4704/9 4728/9 4738/23 4746/2
4747/22 4748/15 4748/18 4754/13
4755/4 4763/14 4763/24 4764/16
4764/22 4765/2 4771/3 4771/3 4772/3
4772/6 4772/14 4772/16 4772/23
4773/5 4775/6 4775/9 4776/12 4776/22
4776/23 4777/19 4778/4 4778/6
4780/11 4781/11 4781/20 4781/23
4782/16 4782/23 4784/15 4785/20
4786/7 4787/7 4792/16 4795/5 4795/19
4796/4 4796/25 4797/3 4797/5 4797/13
4798/3 4798/8 4798/25 4799/5 4799/12
4799/14 4799/25 4800/5 4800/6
4801/22 4801/23 4808/18 4808/24
4815/16 4823/12 4823/17 4830/13
4833/8 4833/15 4833/22 4836/7
4854/22 4855/20 4855/22 4856/1
4858/3 4858/16 4859/8 4870/10
4870/11 4878/20
2012 [12]  4763/16 4763/24 4775/15
4786/7 4787/8 4793/22 4796/4 4825/7
4852/24 4853/3 4853/5 4853/22
2013 [2]  4668/7 4675/3
2016.7D-1.1 [1]  4700/9
20th [38]  4678/10 4685/23 4721/12
4721/13 4733/11 4733/19 4733/20
4738/1 4745/5 4746/2 4747/21 4748/15
4755/3 4759/20 4761/13 4761/17
4763/4 4763/14 4767/8 4767/14
4767/24 4775/6 4775/9 4777/19 4778/2
4778/16 4778/21 4779/6 4785/11
4789/6 4795/5 4795/19 4796/6 4802/6
4803/8 4823/12 4855/22 4856/1
21 [1]  4760/6
216.71.1 [1]  4700/8
2179 [1]  4668/4
2187 [1]  4714/17
2187.1.2 [1]  4714/15
2187.212.1 [1]  4720/2
2187.5 [1]  4715/9
21st [3]  4738/19 4738/22 4785/11
2211 [1]  4672/20
2216 [1]  4670/6
22nd [7]  4669/10 4742/23 4774/2
4780/2 4780/10 4780/23 4785/24
23 [2]  4830/16 4834/20
23/02/2010 [1]  4833/15
23056 [1]  4832/17
23057 [1]  4831/16
23063 [2]  4824/8 4824/21
23451 [1]  4669/10
23rd [4]  4797/13 4799/12 4799/25

## 2

23rd... [1] 4833/22
24 [1] 4866/22
24-hour [1] 4866/23
24th [2] 4677/25 4680/1
24th of [1] 4853/3
252 [3] 4799/1 4826/12 4830/13
2615 [1] 4669/6
27th [2] 4852/24 4853/4
28 [1] 4778/6
2817.178.1 [1] 4716/1
28th [13] 4776/9 4776/12 4776/22
 4777/3 4779/11 4779/14 4779/14
 4780/1 4780/11 4781/20 4782/16
 4785/12 4804/24
29th [3] 4776/23 4785/20 4804/24
2A [1] 4703/2
2B [1] 4703/2
2nd [1] 4749/3

## 3

30 [2] 4752/13 4808/9
300 [1] 4671/23
3000 [10] 4786/5 4786/10 4786/14
 4786/20 4786/21 4786/22 4787/10
 4787/15 4787/20 4787/22
306 [1] 4729/12
3089 [1] 4672/17
30th [15] 4796/25 4797/3 4797/5
 4797/12 4798/3 4798/8 4799/14 4800/5
 4800/24 4801/6 4801/8 4801/22
 4802/17 4803/25 4804/11
3110 [2] 4800/6 4800/19
316 [3] 4769/19 4769/21 4769/21
317 [2] 4769/20 4769/21
318 [1] 4765/15
31st [5] 4745/18 4746/1 4746/16 4747/4
 4747/14
325 [1] 4824/7
3257 [2] 4832/17 4836/4
3258 [2] 4831/15 4838/17
3264 [2] 4824/8 4829/11
329 [1] 4729/7
35 [1] 4881/8
35,050 feet [1] 4680/10
355 [1] 4672/14
35th [1] 4672/14
36 [3] 4862/14 4862/25 4863/2
3601A [2] 4813/15 4816/15
3602 [1] 4807/3
36028 [1] 4670/10
36130 [1] 4671/10
36604 [1] 4669/4
3668 [1] 4668/20
3700 [2] 4672/6 4672/10
37042.4.1 [1] 4809/15
37042.4.2 [1] 4810/5
3769 [2] 4861/7 4861/15
3773.1.2 [1] 4822/22
3773.4.3 [1] 4823/4
39 [1] 4760/6
3:00 [1] 4752/1
3:08 a.m [1] 4816/12

## 4

4,130 feet [1] 4680/10
4.1-0003 [1] 4823/9
40 [2] 4881/8 4881/9
4000 [1] 4673/16
402 [1] 4669/10
406 [1] 4673/19
41215 [1] 4682/9

41215.1.2 [1] 4682/10
41215.2.1 [1] 4791/25
4255 [1] 4728/14
4255.20.3 [1] 4729/15
4255.21.3 [1] 4732/25
4255.44.3 [1] 4730/11
4255.62.4 [1] 4731/18
4275 [1] 4689/18
4310 [1] 4670/3
4341 [1] 4684/3
4341.1 [2] 4683/11 4683/12
435 [1] 4669/16
4418.1 [1] 4728/25
45 [1] 4752/10
450 [1] 4670/10
4500 [1] 4673/5
4536 [1] 4668/9
4566 [2] 4772/13 4784/21
4594 [2] 4685/12 4686/1
4595 [1] 4702/15
4595.1 [2] 4724/12 4724/12
48001 [2] 4845/11 4846/17
48002 [4] 4797/1 4797/1 4797/22
 4825/14
48002-3 [1] 4827/14
48002.2 [5] 4797/9 4798/11 4799/18
 4800/7 4825/23
48093.1.1 [1] 4734/1
48193.3.2 [1] 4810/17
48193.3.4 [1] 4812/22
48193.4.3 [1] 4811/5
48193.7.6 [1] 4815/23
48194 [1] 4822/9
48194.8.2 [1] 4822/1
48195.1.2 [1] 4815/10
48195.5.4 [1] 4816/9
48195.8.4 [1] 4819/13
4942.20 [1] 4750/14
4:00 [1] 4753/5
4th [2] 4748/3 4748/11

## 5

5,000 wells [1] 4729/4
5-gallon [8] 4797/15 4797/17 4798/14
 4804/2 4826/14 4828/16 4831/22
 4832/2
500 [4] 4668/20 4671/9 4673/19
 4844/12
500 pounds [1] 4795/9
5000 [1] 4671/19
504 [1] 4673/20
52545 [1] 4745/10
52546 [1] 4745/20
52658.1 [1] 4747/18
52658.12 [1] 4748/13
52658.16 [1] 4748/23
52658.4 [1] 4747/24
5395 [1] 4670/10
541 [3] 4880/18 4880/20 4880/24
54573 [16] 4774/5 4774/19 4776/1
 4780/3 4780/4 4780/11 4780/24 4781/9
 4782/8 4783/25 4785/1 4785/8 4785/24
 4845/7 4848/3 4851/13
546 [1] 4672/23
5474 [1] 4701/24
5474.102.1 [1] 4701/24
5482.1.1.TO [1] 4749/18
5482.10.1.TO [1] 4749/10
549 [4] 4830/16 4834/1 4834/7 4834/21
55 [1] 4752/10
556 [2] 4668/20 4729/4
5570 [1] 4788/21
5570.3 [1] 4788/23

559 [1] 4798/24
5593.3 [2] 4777/2 4779/11
5593.4 [1] 4785/18
5593.5 [1] 4779/24
5595 [3] 4798/24 4798/25 4800/21
5642 [1] 4677/23
5642.2.1 [1] 4678/15
5642.4.4 [1] 4680/1
5642.5.1 [1] 4678/3
5643 [2] 4721/12 4721/13
5643.4.1 [1] 4722/7
5650 [2] 4744/25 4744/25
589-7780 [1] 4673/20

## 6

6,795 [1] 4726/5
600 [3] 4669/10 4669/13 4672/17
601 [1] 4669/6
60405 [2] 4865/17 4865/17
60415 [1] 4850/11
60654 [1] 4671/24
618 [1] 4669/22
6235 [1] 4871/12
6264 [16] 4773/9 4773/14 4773/16
 4775/25 4779/19 4780/23 4784/9
 4784/20 4784/23 4785/6 4785/22
 4844/24 4845/8 4848/4 4849/17
 4850/18
63141 [4] 4758/11 4760/6 4765/15
 4769/19
63213 [1] 4739/16
63213.13.1 [1] 4739/22
63213.14.1 [1] 4742/3
63981 [9] 4797/14 4798/14 4798/19
 4799/13 4799/24 4800/18 4800/22
 4802/2 4828/17
65112 [1] 4810/10
6726.1 [1] 4746/4
6726.2 [1] 4746/10
6726.3 [1] 4746/24
6726.4 [1] 4747/9
6730 [2] 4726/3 4726/4
67314 [1] 4847/7
6:00 [1] 4753/4
6:00 altogether [1] 4753/1

## 7

7-5395 [1] 4670/10
7-something [1] 4831/14
70 [1] 4815/1
701 [2] 4671/16 4671/19
70113 [1] 4668/24
70130 [6] 4669/7 4669/13 4670/7
 4671/17 4672/24 4673/19
70139 [1] 4671/20
70163 [1] 4672/7
702 [2] 4730/5 4730/8
70360 [1] 4669/16
70458 [1] 4669/19
70501 [1] 4672/18
70502 [1] 4668/21
70801 [1] 4669/23
70804 [1] 4671/13
711 [5] 4730/4 4730/7 4734/25 4735/3
 4735/9
727 [3] 4826/18 4827/9 4841/21
73909 [2] 4777/10 4793/15
745.16.1 [1] 4790/5
75 percent [1] 4690/5
75270 [1] 4673/10
7611 [1] 4670/16
7651 [1] 4727/14

**7**

7651.1.3 [1] 4727/9
7685.1.4 [1] 4704/7
7685.4.1 [2] 4704/14 4704/15
77002 [2] 4672/10 4673/17
77006 [1] 4670/4
77010 [2] 4673/5 4673/13
77098 [1] 4672/21
7722 [3] 4868/6 4876/16 4879/5
7780 [1] 4673/20
7th [6] 4772/15 4798/25 4799/4 4799/10
4800/20 4802/3

**8**

802-W.1.2 [1] 4810/6
802-W.1.4 [1] 4810/18
802W.1.7 [2] 4813/11 4814/20
802X.1.2 [1] 4815/24
802X.1.4 [1] 4816/8
802X.16.9 [1] 4819/13
820 [1] 4668/23
84 percent [1] 4729/18
8711 [1] 4879/23
89 [1] 4758/12
8:00 [1] 4881/16

**9**

9.3 [1] 4747/3
90071 [1] 4672/14
92 percent [1] 4864/5
93 percent [1] 4863/14
94 [1] 4759/4
94005 [1] 4671/13
94102 [1] 4670/11
95 percent [1] 4863/25
9th [1] 4669/13

**A**

a.m [1] 4816/12
ability [4] 4719/6 4719/7 4834/1 4881/22
able [5] 4702/2 4720/22 4751/21 4752/6
4875/19
abnormal [5] 4740/22 4741/2 4741/7
4741/17 4741/25
aboard [2] 4747/21 4749/24
about [145] 4678/1 4678/10 4678/17
4683/15 4683/24 4686/11 4686/17
4688/25 4689/16 4689/20 4690/16
4690/17 4693/10 4693/11 4694/17
4694/22 4695/16 4696/21 4696/22
4700/7 4703/17 4705/1 4705/6 4705/7
4705/13 4706/8 4706/21 4706/21
4706/25 4708/1 4709/10 4709/12
4709/23 4711/5 4711/7 4711/24 4712/13
4713/4 4713/5 4720/17 4720/20
4724/14 4725/3 4726/15 4728/15
4729/17 4729/19 4732/24 4733/2
4733/3 4734/1 4734/2 4734/19 4735/13
4737/21 4739/9 4739/15 4742/22
4743/14 4743/17 4744/18 4744/21
4746/16 4746/22 4747/4 4750/22
4750/22 4750/25 4753/6 4757/12
4757/18 4759/7 4759/16 4761/10
4762/1 4762/9 4762/12 4762/15
4777/16 4779/7 4779/8 4780/10
4784/12 4785/7 4787/3 4787/11
4791/18 4792/7 4793/5 4801/12 4805/3
4807/4 4807/7 4807/8 4807/25 4817/5
4819/15 4819/17 4820/20 4822/3
4823/2 4823/19 4823/20 4828/18
4832/2 4836/1 4838/10 4838/15 4839/7
4840/21 4844/1 4844/5 4845/9 4846/5

4850/5 4851/18 4851/19 4852/17
4855/6 4855/18 4856/3 4856/17 4857/3
4857/19 4857/21 4858/1 4858/6
4858/16 4859/21 4861/22 4864/8
4864/10 4865/8 4866/9 4868/19
4868/20 4870/7 4870/13 4872/25
4873/10 4873/23 4874/19 4877/3
4877/13 4881/8
above [10] 4710/7 4710/9 4729/20
4729/22 4743/23 4743/25 4744/2
4754/16 4754/23 4881/23
above-entitled [1] 4881/23
Abramson [1] 4669/5
Absolutely [3] 4706/4 4728/13 4817/8
acceptable [1] 4821/10
accepted [1] 4853/9
access [1] 4718/5
accessible [2] 4869/5 4869/9
accident [6] 4710/20 4712/22 4714/16
4714/22 4714/25 4715/12
accomplish [1] 4704/21
accomplishing [1] 4737/10
accordance [3] 4691/25 4740/2 4742/6
according [3] 4731/13 4732/8 4746/18
4749/2 4749/23 4827/23
account [6] 4795/22 4795/24 4807/9
4807/13 4810/13 4817/3
accountable [1] 4727/23
accurate [2] 4687/22 4732/13
accurately [2] 4813/18 4816/17
achieved [1] 4679/9
achievement [1] 4680/13
achievements [1] 4681/6
across [3] 4699/22 4700/17 4706/11
act [2] 4806/14
Actinia [1] 4730/9
action [9] 4712/12 4723/4 4723/14
4723/25 4725/11 4725/17 4733/18
4733/24 4740/1
actions [1] 4722/17
activate [1] 4881/3
activated [4] 4735/5 4880/22 4880/23
4880/25
activities [4] 4713/13 4722/15 4737/4
4738/8
activity [1] 4738/3
actual [9] 4690/3 4782/9 4788/11
4788/13 4837/15 4837/15 4844/8
4846/22 4852/1
actually [39] 4707/10 4707/15 4741/10
4750/10 4794/10 4818/23 4819/7
4822/5 4822/10 4824/4 4829/22 4833/2
4833/12 4833/17 4842/18 4845/8
4846/12 4846/13 4853/4 4853/17
4855/1 4857/8 4858/17 4858/20
4860/18 4862/3 4865/22 4866/8 4868/1
4868/8 4871/18 4874/20 4876/8 4877/4
4877/8 4878/3 4878/10 4880/25 4881/3
Adamson [5] 4686/20 4687/19 4687/25
4738/20 4739/1
add [2] 4749/6 4790/6
added [7] 4746/16 4747/4 4747/13
4842/14 4846/22 4866/2 4870/18
adding [3] 4875/12 4875/13 4875/14
addition [4] 4692/17 4717/18 4770/16
4847/22
additional [3] 4699/7 4700/14 4751/14
additive [6] 4870/18 4875/8 4875/9
4875/12 4875/16 4880/18
additives [27] 4755/20 4758/20 4759/21
4759/24 4759/25 4760/2 4760/3 4760/4
4760/15 4760/16 4760/18 4760/21
4760/23 4768/15 4771/19 4787/23

4788/1 4806/8 4806/9 4810/21 4810/25
4812/13 4825/18 4847/12 4858/12
4851/1 4852/10
address [1] 4873/6
addressing [1] 4808/3
adds [1] 4866/4
adequate [1] 4715/3
adjust [1] 4867/21
admission [1] 4817/10
admit [1] 4830/1
admitted [6] 4675/25 4676/6 4676/13
4817/13 4818/21 4819/4
admitting [1] 4817/24
Adrian [1] 4686/3
ADs [2] 4727/24 4728/11
advantage [1] 4680/3
advised [1] 4739/1
advises [1] 4739/2
advisor [9] 4736/9 4736/11 4736/14
4736/16 4736/19 4736/21 4736/25
4737/6 4737/7
affixed [1] 4850/6
after [41] 4739/10 4742/17 4742/20
4746/22 4751/17 4755/3 4759/20
4761/3 4761/13 4761/17 4763/14
4763/19 4763/20 4763/24 4766/3
4767/2 4767/8 4767/14 4769/8 4769/12
4771/4 4793/18 4796/25 4802/12
4803/8 4803/9 4803/10 4804/9 4806/10
4807/17 4809/10 4812/8 4813/7 4818/8
4833/22 4840/21 4840/25 4854/16
4856/1 4866/2 4880/13
aftermath [1] 4856/4
afternoon [11] 4668/14 4675/2 4677/4
4738/23 4739/9 4739/12 4739/20
4743/9 4743/10 4806/24 4843/18
again [50] 4677/4 4680/1 4686/1 4689/5
4691/24 4692/12 4694/6 4697/16
4707/25 4719/22 4720/14 4721/24
4729/3 4731/24 4733/3 4734/20 4736/6
4736/13 4737/25 4739/16 4740/7
4741/11 4748/20 4749/5 4756/8 4763/2
4769/6 4769/7 4774/11 4775/23 4776/1
4780/17 4784/22 4785/4 4785/22
4785/25 4790/10 4791/1 4793/4
4800/21 4814/5 4816/4 4827/5 4828/21
4832/23 4835/3 4847/13 4850/20
4852/9 4879/7
against [2] 4707/3 4874/20
agency [1] 4692/19
agents [1] 4846/5
ago [10] 4705/5 4724/15 4759/16
4759/17 4768/25 4777/16 4804/7
4829/4 4840/10 4877/23
agree [30] 4681/18 4695/17 4706/10
4733/19 4735/4 4735/8 4735/12
4742/10 4778/25 4781/17 4781/20
4783/21 4787/23 4788/7 4788/12
4789/16 4790/12 4790/22 4791/4
4791/5 4791/10 4791/13 4798/3 4798/8
4798/17 4799/15 4801/20 4806/7
4806/15 4806/19
agreed [14] 4692/14 4718/18 4739/24
4740/8 4740/17 4740/25 4741/4
4741/12 4741/21 4742/1 4742/4 4742/9
4742/11 4813/4
agreement [2] 4691/13 4693/4
ahead [10] 4757/25 4758/1 4782/18
4799/20 4808/6 4808/12 4831/1
4845/16 4855/8 4864/17
aid [2] 4880/21 4880/21
aided [1] 4673/24
air [31] 4756/18 4786/5 4786/10

air... [28]  4786/14 4786/20 4786/21
4786/22 4787/10 4787/15 4787/20
4787/22 4789/12 4790/24 4797/5
4803/9 4806/20 4870/18 4870/22
4874/2 4874/8 4874/12 4874/18
4874/19 4874/21 4874/24 4875/1
4875/6 4875/11 4875/17 4875/22
4875/24
air-conditioned [2]  4756/18 4797/5
4803/9
air-controlled [1]  4806/20
al [2]  4668/8 4668/11
Alabama [8]  4669/4 4671/7 4671/8
4671/10 4698/5 4699/14 4823/25
4824/3
alarm [1]  4732/12
ALARP [3]  4714/9 4714/10 4715/5
alert [2]  4737/2 4737/7
ALEX [1]  4673/4
aligned [1]  4858/10
all [134]  4675/5 4675/7 4675/22
4676/19 4676/23 4678/13 4679/22
4681/15 4682/21 4683/6 4683/19
4684/6 4684/18 4687/12 4689/12
4692/1 4692/1 4692/3 4692/15 4692/16
4692/18 4692/21 4693/18 4694/7
4694/16 4697/16 4698/14 4700/22
4703/8 4703/21 4704/6 4704/17
4706/12 4706/24 4708/4 4708/12
4708/23 4710/3 4713/5 4713/12 4714/4
4719/12 4720/17 4722/15 4722/15
4725/19 4731/21 4734/7 4739/13
4743/22 4744/1 4750/18 4751/8 4751/9
4753/7 4753/9 4753/24 4757/3 4757/21
4759/19 4763/22 4767/19 4768/15
4769/6 4769/11 4774/2 4775/22
4775/24 4777/2 4779/9 4781/11 4782/7
4782/11 4784/4 4785/15 4788/4
4788/18 4794/22 4796/20 4797/8
4797/21 4801/25 4802/25 4803/16
4803/20 4804/13 4805/12 4805/14
4805/18 4807/18 4811/24 4813/25
4814/19 4817/5 4817/9 4817/16 4818/6
4818/7 4818/21 4818/24 4820/24
4823/25 4826/14 4826/17 4830/1
4831/8 4832/23 4833/2 4834/3 4835/21
4836/1 4836/13 4836/19 4843/6
4847/17 4848/20 4851/1 4857/2
4858/14 4859/7 4859/14 4859/23
4860/15 4860/22 4861/21 4864/21
4865/8 4868/19 4870/2 4872/17
4874/18 4877/12 4878/2 4881/17
ALLAN [1]  4671/15
allocution [3]  4739/15 4739/24 4741/22
allow [1]  4809/10
allowed [1]  4743/25
almost [2]  4729/3 4771/14
along [4]  4736/24 4817/18 4834/12
4855/9
already [21]  4683/24 4685/18 4689/21
4694/17 4694/22 4695/16 4715/22
4718/18 4734/21 4752/1 4755/7
4757/13 4762/12 4774/22 4780/20
4791/1 4804/24 4818/14 4818/15
4819/16 4875/2
also [44]  4676/8 4676/15 4679/8
4681/13 4684/17 4691/16 4692/25
4694/10 4694/12 4711/3 4711/14
4714/13 4716/6 4716/25 4720/4
4720/10 4731/14 4742/11 4747/4
4766/11 4770/23 4773/20 4796/2

4807/8 4811/8 4811/11 4811/17
4811/20 4811/23 4813/5 4817/19
4826/21 4827/21 4828/22 4830/12
4832/8 4832/11 4832/20 4841/15
4844/18 4849/19 4867/8 4867/8 4877/3
altogether [1]  4753/1
always [5]  4720/25 4721/1 4723/19
4778/10 4873/20
am [3]  4774/8 4803/21 4835/5
amazing [1]  4681/12
Ambrose [1]  4686/15
amended [1]  4749/5
amendment [1]  4692/8
AMERICA [9]  4668/10 4670/9 4670/13
4670/19 4671/3 4671/19 4671/22
4672/3 4749/21
Americas [1]  4730/7
amongst [3]  4679/22 4682/3 4684/18
amount [4]  4725/2 4744/6 4771/19
4800/14
Anadarko [1]  4731/4
analysis [6]  4710/18 4711/1 4727/4
4735/24 4794/24 4822/15
analyzer [4]  4794/25 4795/5 4795/8
4796/5
analyzer's [1]  4795/2
and/or [2]  4716/7 4722/19
Anderson [3]  4689/3 4749/25
Andrea [1]  4689/9
ANDREW [1]  4671/22
Angeles [1]  4672/14
Angelle [15]  4756/7 4756/8 4756/17
4796/25 4805/18 4838/6 4839/18
4839/20 4840/3 4840/4 4840/9 4840/11
4840/12 4840/22 4841/14
Angelle's [2]  4797/3 4802/9
annual [3]  4678/2 4678/7 4679/19
anomalies [1]  4740/11
another [13]  4709/9 4749/9 4756/8
4762/13 4762/15 4762/20 4774/2
4779/6 4791/2 4796/9 4831/5 4840/13
4851/24
answer [16]  4698/16 4699/11 4700/20
4760/14 4765/14 4776/14 4783/12
4793/12 4793/12 4795/18 4795/24
4799/22 4830/25 4842/18 4847/14
4870/2
answers [2]  4698/7 4794/20
ANTHONY [3]  4670/6 4676/14 4770/24
any [91]  4675/22 4676/5 4676/6
4676/12 4692/8 4692/18 4694/18
4698/22 4699/18 4700/13 4712/17
4715/18 4718/24 4725/9 4726/17
4726/21 4727/1 4727/3 4727/6 4728/2
4728/12 4732/9 4733/16 4734/11
4735/13 4735/21 4735/24 4736/6
4736/16 4752/17 4759/25 4760/4
4763/9 4763/17 4763/17 4763/18
4763/25 4764/4 4764/5 4764/15
4764/16 4765/7 4766/12 4766/25
4767/1 4767/12 4768/4 4770/20 4786/7
4790/11 4793/21 4803/20 4806/23
4807/16 4808/3 4808/11 4817/1 4817/5
4817/23 4818/20 4823/25 4829/24
4837/6 4837/10 4837/12 4837/14
4842/12 4848/24 4849/9 4852/1
4854/17 4855/22 4855/23 4856/4
4856/7 4857/6 4857/23 4860/15
4860/16 4860/17 4862/15 4865/5
4867/6 4867/23 4869/23 4872/17
4872/22 4873/3 4877/24 4878/22
4881/13
anybody [5]  4784/11 4805/3 4818/20

4839/3 4842/14
4842/18 4862/16 4763/21 4764/1
4764/15 4764/15 4804/21 4805/1
4812/5 4837/18 4839/20 4841/10
4841/11 4841/14
anything [28]  4676/22 4677/7 4699/7
4756/17 4763/18 4766/11 4779/8
4781/8 4783/24 4787/3 4804/15
4804/18 4831/6 4831/7 4831/11
4831/12 4838/15 4839/7 4842/14
4842/16 4850/20 4850/23 4855/25
4856/16 4865/2 4865/5 4872/21 4875/2
anywhere [4]  4766/12 4766/15 4844/11
API [4]  4871/15 4871/16 4872/5 4872/7
API-specified [1]  4872/7
APLC [1]  4671/18
apologize [3]  4728/18 4793/13 4798/25
appearance [1]  4862/11
Appearances [6]  4668/17 4669/1 4670/1
4671/1 4672/1 4673/1
appeared [1]  4831/4
appears [3]  4745/22 4785/14 4816/6
applicable [3]  4713/13 4740/2 4742/6
application [3]  4733/5 4733/13 4733/21
applied [2]  4699/7 4880/11
applies [4]  4668/6 4713/12 4715/18
4724/18
apply [5]  4690/14 4698/14 4698/20
4704/1 4711/12
applying [1]  4870/18
approach [8]  4693/17 4694/9 4701/17
4706/11 4708/21 4724/10 4735/20
4736/23
appropriate [8]  4723/4 4723/14 4723/25
4725/11 4725/16 4733/24 4740/1
4821/21
approval [1]  4714/19
approve [1]  4715/7
approved [3]  4722/22 4739/17 4739/17
approver [1]  4722/5
approvers [1]  4721/24
approximately [5]  4747/14 4826/15
4842/10 4877/14 4877/16
APRIL [101]  4668/5 4678/10 4685/3
4685/23 4728/8 4733/11 4733/12
4733/19 4733/20 4738/1 4738/19
4738/22 4742/23 4746/2 4747/21
4748/15 4754/13 4755/3 4759/20
4761/13 4761/17 4763/4 4763/4
4763/14 4763/23 4764/16 4766/21
4767/8 4767/14 4767/24 4771/3
4771/23 4772/3 4772/6 4772/9 4772/13
4772/15 4772/23 4773/5 4774/1 4775/7
4776/2 4778/4 4780/5 4780/22 4781/11
4781/23 4782/11 4782/23 4784/15
4785/9 4785/11 4785/11 4786/1 4786/7
4787/7 4789/6 4792/16 4793/21 4795/5
4795/19 4796/4 4796/6 4796/25 4797/3
4797/5 4797/12 4798/3 4798/8 4799/14
4800/5 4800/6 4800/20 4800/24 4801/6
4801/8 4801/18 4801/22 4802/2 4802/6
4802/6 4802/17 4803/25 4804/11
4808/10 4808/18 4808/24 4815/16
4818/12 4823/12 4850/15 4850/16
4854/22 4855/19 4855/20 4855/22
4856/1 4858/3 4858/16 4859/8 4878/20
April 17th [22]  4766/21 4771/23 4772/3
4772/6 4772/9 4772/13 4772/13 4773/5
4776/2 4778/4 4780/5 4781/11 4781/23
4782/23 4784/15 4785/9 4792/16
4800/6 4800/20 4801/18 4802/6
4850/15

April 17th at [1]  4850/16

A

April 17th is [1]  4774/1
April 17th lab [1]  4775/7
April 17th sheet [1]  4780/22
April 17th test [2]  4782/11 4786/1
April 19th and [1]  4763/4
April 2010 [2]  4796/4 4858/16
April 20th [26]  4678/10 4685/23 4733/11
4733/19 4733/20 4738/1 4746/2
4747/21 4748/15 4755/3 4759/20
4761/13 4761/17 4763/4 4763/14
4767/8 4767/14 4767/24 4785/11
4789/6 4795/5 4795/19 4796/6 4823/12
4855/22 4856/1
April 20th could [1]  4733/12
April 20th of [1]  4763/23
April 21st [3]  4738/19 4738/22 4785/11
April 22nd [1]  4742/23
April 30th [15]  4796/25 4797/3 4797/5
4797/12 4798/3 4798/8 4799/14 4800/5
4800/24 4801/6 4801/8 4801/22
4802/17 4803/25 4804/11
April 30th and [1]  4802/6
April 30th sample [1]  4802/2
April 7th [1]  4772/15
are [167]  4675/25 4676/6 4676/13
4677/17 4681/22 4682/1 4683/23
4685/17 4689/5 4690/6 4690/7 4690/9
4690/13 4690/14 4690/22 4691/19
4692/8 4692/12 4693/3 4693/5 4694/7
4694/10 4695/21 4695/22 4699/18
4700/4 4700/5 4700/23 4701/2 4701/3
4701/12 4702/24 4702/25 4703/2
4703/13 4707/4 4708/11 4709/22
4710/23 4713/18 4715/3 4717/12
4717/21 4718/18 4718/23 4719/2
4719/12 4719/12 4719/15 4719/19
4719/22 4720/22 4723/7 4723/8 4724/6
4727/23 4728/1 4728/8 4728/12 4731/5
4731/6 4734/21 4734/21 4734/22
4736/3 4736/9 4737/4 4737/10 4737/13
4738/6 4742/25 4744/10 4751/10
4751/11 4757/5 4761/10 4761/13
4762/1 4768/18 4768/23 4770/24
4770/25 4775/19 4776/10 4777/18
4779/5 4783/10 4785/4 4788/2 4788/4
4788/20 4790/16 4790/25 4791/14
4791/25 4792/4 4792/7 4794/12 4798/1
4802/16 4806/4 4807/25 4808/2
4808/16 4810/21 4811/2 4811/24
4814/2 4816/17 4816/22 4816/23
4816/25 4817/11 4818/4 4818/4
4818/17 4818/21 4818/23 4819/2
4819/3 4819/4 4819/15 4828/21
4831/24 4834/8 4834/16 4834/24
4847/20 4847/22 4847/23 4847/23
4850/1 4850/5 4851/2 4852/18 4857/8
4857/11 4858/6 4858/12 4858/20
4858/21 4859/4 4860/13 4862/1
4865/12 4865/15 4865/23 4865/25
4866/7 4866/25 4867/5 4867/12 4869/3
4869/5 4869/9 4869/11 4869/13 4871/2
4872/6 4872/10 4872/17 4872/21
4873/8 4873/12 4878/3 4878/7 4878/22
area [7]  4701/19 4728/2 4805/11
4805/24 4808/21 4809/2 4822/21
areas [1]  4719/10
aren't [1]  4847/20
argumentative [3]  4738/9 4767/18
4767/19
around [17]  4676/16 4689/25 4693/18
4694/7 4697/17 4705/14 4710/17

4726/5 4735/20 4738/22 4756/23
4757/24 4758/17 4772/18 4785/15
4859/12 4860/11
arrangement [1]  4693/12
Arrell [1]  4672/19
arrived [3]  4834/9 4834/17 4834/25
article [3]  4690/24 4691/14 4692/12
artificially [2]  4878/24 4880/25
as [168]  4677/1 4678/1 4678/7 4678/25
4679/19 4681/25 4682/23 4683/21
4684/12 4684/12 4684/13 4684/13
4685/3 4685/4 4685/20 4685/23
4686/16 4687/19 4688/20 4689/13
4691/8 4692/22 4695/24 4696/4 4696/8
4699/4 4700/14 4700/23 4701/1 4702/6
4708/14 4708/18 4709/16 4710/19
4712/7 4714/11 4714/11 4715/5 4715/5
4717/18 4719/5 4721/2 4721/9 4722/5
4722/13 4725/13 4725/14 4729/22
4731/10 4732/16 4733/14 4733/14
4735/21 4736/15 4736/16 4737/6
4737/11 4738/13 4739/24 4742/4
4744/3 4744/4 4744/8 4744/22 4746/19
4747/13 4748/6 4748/6 4748/20 4749/5
4749/6 4750/1 4751/12 4751/22
4753/14 4755/19 4764/11 4765/24
4769/4 4769/11 4772/24 4773/18
4776/2 4781/10 4782/5 4782/6 4782/8
4784/18 4786/8 4789/10 4790/8
4790/24 4791/10 4791/18 4796/15
4800/10 4800/25 4801/4 4801/17
4803/23 4806/7 4809/2 4809/13
4809/23 4810/9 4810/9 4810/13 4811/9
4811/24 4811/24 4812/4 4812/5 4814/2
4814/2 4814/25 4815/14 4817/2 4817/9
4817/9 4817/13 4817/16 4817/16
4819/19 4820/7 4821/8 4821/20
4822/19 4822/19 4824/14 4824/19
4824/25 4824/25 4825/1 4825/1
4826/11 4826/12 4827/18 4831/3
4831/3 4837/25 4838/2 4838/4 4839/4
4841/23 4842/2 4842/12 4843/10
4845/6 4847/22 4850/1 4851/12
4851/14 4853/23 4854/7 4856/19
4859/18 4861/7 4861/8 4861/14 4863/6
4863/6 4865/14 4867/15 4867/15
4877/20 4878/12 4880/6 4881/4
Asbill [1]  4672/8
aside [2]  4756/2 4846/6
ask [32]  4689/19 4690/17 4720/17
4733/2 4734/2 4739/20 4741/11
4750/23 4751/4 4751/4 4760/16
4760/22 4763/16 4764/15 4765/11
4765/17 4768/2 4768/16 4769/25
4770/12 4786/23 4792/4 4805/1
4808/12 4830/18 4837/12 4844/6
4848/21 4851/22 4851/24 4853/19
4864/22
asked [73]  4689/21 4696/22 4700/13
4705/6 4706/1 4706/24 4709/10
4709/11 4713/4 4723/6 4728/14
4728/24 4733/2 4734/1 4737/21
4739/14 4743/13 4744/17 4744/21
4756/19 4759/20 4759/23 4760/11
4760/15 4760/21 4762/1 4762/3
4762/17 4762/23 4763/25 4764/1
4764/12 4765/7 4765/20 4766/4 4766/6
4766/7 4766/9 4766/13 4768/7 4769/15
4770/2 4770/4 4770/8 4770/16 4771/23
4772/8 4776/20 4782/7 4787/19
4791/25 4792/3 4795/20 4796/5
4796/11 4796/15 4796/22 4796/25
4803/2 4805/18 4824/15 4838/6

4839/18 4840/16 4841/15 4842/20
4842/21 4843/2 4845/4 4846/6
4848/22 4876/5
asking [13]  4681/22 4756/1 4758/9
4774/23 4777/16 4781/9 4781/11
4782/11 4786/17 4792/13 4824/5
4838/9 4859/7
aspects [2]  4727/22
assessed [2]  4714/7 4859/4
assessment [13]  4699/6 4699/10
4709/11 4710/21 4712/22 4713/5
4713/9 4713/12 4713/15 4713/19
4714/5 4714/16 4714/23
assessments [3]  4702/7 4727/4 4735/13
assessors [1]  4859/4
asset [2]  4668/8 4687/16
assigned [2]  4858/21 4866/7
assistant [1]  4748/24
Associate [1]  4853/13
associated [12]  4714/7 4844/25 4845/7
4847/6 4850/17 4861/4 4862/17 4863/3
4869/23 4870/3 4876/6 4876/11
assume [7]  4723/20 4803/21 4806/13
4819/3 4833/18 4873/5 4874/8
assumed [2]  4818/13 4831/4
assuming [4]  4819/2 4832/8 4847/10
4852/9
assurance [1]  4713/18
assure [2]  4781/7 4782/4
atmospheric [1]  4870/22
ATN [1]  4730/5
attached [2]  4823/6 4823/16
attachment [1]  4823/3
attention [5]  4804/16 4860/23 4861/1
4861/4 4877/5
Attorney [1]  4671/7 4671/11
attorneys [3]  4837/10 4837/14 4841/11
audit [7]  4860/20 4862/4 4862/9
4862/10 4862/22 4862/23 4864/4
audited [7]  4859/19 4859/20 4859/22
4859/23 4859/24 4860/2 4861/8
audited-out [1]  4861/8
auditing [1]  4860/12
auditors [3]  4860/23 4861/24 4863/3
audits [9]  4860/5 4860/6 4860/8 4860/9
4860/13 4860/14 4860/23 4861/10
4861/21
August [14]  4763/15 4763/16 4763/24
4775/15 4786/7 4787/8 4793/21 4796/4
4825/7 4852/24 4853/2 4853/4 4853/5
4853/22
August 2012 [1]  4825/7
August 24th of [2]  4763/15 4853/5
August 27th [2]  4852/24 4853/4
author [1]  4845/22
authority [9]  4705/7 4705/8 4705/10
4705/17 4706/22 4720/21 4720/23
4721/1 4721/11
authorized [2]  4721/16 4722/16
automatically [3]  4848/18 4849/16
4875/18
availability [2]  4719/8 4719/16
available [6]  4751/13 4751/17 4752/15
4795/12 4846/11 4871/4
Avenue [5]  4668/23 4670/10 4671/9
4672/3 4672/14
average [1]  4859/9
avoid [4]  4716/14 4733/9 4734/22
4807/11
avoided [3]  4733/4 4733/13 4733/21
aware [32]  4683/19 4692/8 4692/9
4692/12 4736/3 4739/2 4756/4 4759/25
4760/4 4763/12 4789/5 4789/15

**A**

aware... [20] 4789/18 4789/23 4791/14
4791/25 4792/5 4792/13 4792/25
4793/3 4793/9 4793/10 4793/22 4795/6
4795/7 4796/8 4834/8 4834/16 4834/24
4841/17 4878/22 4878/25

awareness [5] 4723/1 4723/13 4723/14
4723/24 4749/15

away [4] 4769/9 4832/13 4840/19
4840/22

**B**

back [33] 4683/25 4688/13 4689/12
4698/21 4704/13 4705/4 4743/6
4749/18 4751/10 4751/22 4764/22
4768/11 4768/12 4777/5 4777/7
4780/15 4784/21 4796/9 4797/21
4799/17 4800/20 4803/4 4803/5
4805/24 4814/19 4828/20 4829/10
4829/24 4836/3 4836/17 4838/16
4849/19 4859/7

background [1] 4844/2

Badalamenti [2] 4770/24 4775/3

ballooning [2] 4729/9 4729/10

bar [2] 4797/13 4848/17

bar-coded [1] 4848/17

BARBIER [3] 4668/15 4864/10 4865/19

Barnhill [7] 4751/10 4751/12 4751/17
4751/20 4752/12 4752/14 4881/12

Barnhill's [1] 4676/16

barrels [4] 4729/20 4729/22 4730/17
4732/18

barrier [1] 4735/5

base [7] 4788/9 4833/14 4870/17
4871/2 4877/4 4877/8 4878/10

based [21] 4710/6 4740/25 4741/15
4741/23 4754/19 4767/11 4774/9
4784/8 4790/14 4794/11 4794/13
4799/16 4820/4 4833/14 4833/18
4849/8 4862/10 4864/24 4871/4
4877/17 4880/14

basically [4] 4756/16 4870/17 4872/12
4880/12

basis [4] 4677/12 4679/24 4748/10
4764/25

bat [2] 4697/19 4851/23

Bates [2] 4845/14 4879/23

Baton [2] 4669/23 4671/13

batteries [3] 4695/16 4695/17 4695/21

battery [1] 4794/4

Baxter [2] 4697/20 4699/16

Baxter's [2] 4697/23 4698/16

BC [1] 4815/1

be [167] 4675/6 4680/2 4680/25
4681/18 4681/20 4683/9 4684/15
4684/24 4685/17 4689/14 4689/24
4690/3 4690/11 4691/3 4691/8 4691/23
4693/22 4694/13 4699/7 4699/9
4699/19 4700/2 4700/4 4701/23 4702/2
4703/4 4705/8 4708/10 4711/14
4711/16 4711/17 4711/17 4711/18
4711/18 4711/20 4711/21 4711/23
4712/2 4715/4 4717/8 4719/17 4720/15
4721/6 4722/10 4724/2 4725/9 4730/18
4731/21 4733/4 4733/11 4735/25
4736/7 4737/4 4738/6 4739/11 4739/17
4741/11 4743/11 4744/2 4745/9
4745/22 4746/15 4747/12 4751/9
4751/21 4751/21 4751/25 4752/6
4752/8 4752/12 4752/18 4752/20
4753/2 4753/10 4753/22 4756/2
4756/17 4758/11 4760/20 4772/8
4773/12 4774/16 4774/24 4775/7
4777/20 4778/24 4782/11 4782/14
4782/1 4783/18 4785/14 4785/19
4786/19 4786/25 4787/10 4787/19
4788/10 4789/18 4790/12 4792/6
4792/13 4792/16 4794/4 4794/15
4795/15 4799/1 4800/21 4803/15
4804/12 4808/3 4808/8 4810/25 4813/9
4814/7 4815/1 4817/12 4818/2 4819/1
4819/3 4819/6 4819/7 4821/8 4821/13
4821/15 4821/16 4821/18 4833/6
4837/8 4837/23 4837/25 4838/4
4838/23 4841/15 4842/7 4842/13
4843/19 4844/11 4844/14 4848/16
4854/25 4859/5 4860/16 4864/12
4864/23 4865/10 4866/5 4866/11
4866/12 4866/13 4866/17 4866/17
4866/24 4867/15 4867/15 4867/17
4871/2 4871/3 4871/8 4874/4 4874/5
4874/13 4875/12 4875/18 4875/19
4878/15 4879/17 4881/12

Bea [1] 4713/1

Beach [1] 4669/10

because [37] 4690/9 4695/20 4701/9
4715/21 4723/11 4724/1 4751/4 4752/6
4768/16 4770/11 4773/1 4782/3 4784/2
4784/2 4784/7 4789/14 4792/20
4803/14 4807/16 4807/23 4820/14
4830/20 4831/6 4833/21 4835/14
4837/9 4841/23 4842/10 4849/15
4851/10 4852/5 4855/8 4866/22 4867/9
4874/12 4880/11 4881/11

Beck [2] 4673/2 4673/3

become [3] 4792/25 4793/3 4793/22

becomes [1] 4868/25

becoming [1] 4754/10

been [93] 4676/25 4678/1 4681/6
4681/9 4683/25 4685/18 4689/21
4696/17 4705/1 4706/18 4714/6 4714/7
4714/9 4714/23 4715/3 4715/22 4721/7
4723/6 4733/13 4733/21 4740/15
4748/10 4748/20 4750/6 4750/7
4750/21 4751/24 4753/13 4754/10
4755/12 4755/21 4755/25 4756/1
4756/24 4757/8 4758/2 4761/5 4761/17
4761/18 4762/3 4762/12 4762/24
4763/3 4765/1 4765/3 4772/22 4781/25
4784/16 4785/5 4786/22 4787/1
4787/18 4794/3 4794/4 4795/14
4795/19 4796/10 4796/11 4796/18
4802/14 4802/20 4804/10 4804/25
4807/16 4809/11 4810/24 4812/9
4817/13 4817/15 4818/11 4820/15
4825/8 4825/11 4829/17 4830/23
4831/7 4842/9 4843/3 4845/23 4846/6
4852/25 4854/19 4854/22 4856/10
4857/17 4857/17 4861/14 4864/18
4864/20 4869/19 4870/7 4870/13
4877/3

before [48] 4668/15 4676/22 4678/10
4703/22 4712/12 4712/17 4728/24
4734/6 4739/3 4754/5 4755/22 4758/2
4761/24 4765/6 4765/10 4765/20
4772/17 4776/11 4777/5 4777/8
4777/17 4777/19 4781/1 4784/17
4790/17 4791/11 4792/18 4793/3
4793/17 4793/23 4794/5 4794/12
4794/20 4801/4 4818/8 4818/10
4823/11 4830/24 4833/17 4833/17
4842/22 4842/25 4844/3 4844/4 4853/3
4856/22 4871/19 4876/2

begin [2] 4740/17 4866/3

beginning [1] 4876/9

behave [1] 4806/14

behind [28] 4698/24 4704/22 4738/4
4726/18 4726/22 4726/25 4732/12
4736/15 4760/12 4760/20 4761/19
4768/1 4780/15 4780/25 4781/22
4782/8 4782/22 4801/20 4803/23
4826/12 4829/15 4836/18 4841/21
4843/4 4850/2 4855/25 4875/19
4880/11

belabor [1] 4841/4

believe [27] 4677/13 4677/19 4680/25
4682/1 4682/2 4682/19 4683/9 4685/6
4685/10 4707/12 4712/7 4714/3 4725/5
4776/8 4796/14 4808/8 4817/1 4831/6
4843/15 4844/24 4850/14 4851/8
4876/5 4876/15 4879/15 4881/13
4881/15

believed [1] 4683/7

believes [1] 4679/3

below [7] 4701/2 4708/24 4729/20
4759/2 4828/19 4880/16 4880/16

Ben [1] 4671/5

Benge [2] 4872/3 4876/4

Bertone [1] 4688/23

best [14] 4677/7 4677/13 4682/8 4685/1
4788/3 4788/5 4788/7 4788/12 4788/19
4789/20 4825/8 4872/9 4872/15
4881/22

best-performing [2] 4682/8 4685/1

better [5] 4684/24 4702/17 4835/5
4852/13 4853/8

between [22] 4690/18 4691/13 4693/4
4693/7 4693/24 4693/24 4696/24
4702/25 4720/21 4727/6 4735/14
4737/18 4743/24 4786/7 4787/7
4801/22 4802/6 4802/17 4807/13
4831/14 4870/14 4870/16

BHP [1] 4730/8

big [2] 4831/24 4852/16

bigger [1] 4826/4

Bill [1] 4686/15

bit [17] 4694/17 4737/9 4781/3 4820/23
4826/4 4844/1 4852/13 4855/3 4856/23
4858/1 4859/8 4860/4 4864/10 4868/19
4873/7 4873/10 4875/13

blank [1] 4785/2

Bldg [1] 4670/10

blend [28] 4786/11 4786/12 4786/19
4786/20 4786/22 4786/25 4787/17
4798/15 4798/21 4800/9 4800/25
4801/1 4801/17 4825/7 4825/11 4830/2
4830/6 4830/19 4834/10 4835/9
4835/19 4846/23 4847/11 4852/2
4874/24 4875/2 4875/17 4875/23

blended [2] 4787/19 4875/2

blends [3] 4846/18 4849/23 4850/1

blew [1] 4739/10

blow [5] 4832/21 4833/2 4850/12
4861/18 4871/23

blowout [15] 4715/23 4716/3 4716/15
4716/22 4717/4 4718/7 4718/15
4718/22 4719/11 4735/10 4742/13
4742/17 4742/17 4744/8 4744/11

blowouts [3] 4691/22 4692/2 4719/3

blurry [1] 4810/11

board [7] 4686/23 4722/16 4834/10
4835/1 4835/9 4835/19 4835/23

Bob [1] 4728/1 4728/6

Bockius [1] 4673/14

BOP [25] 4694/24 4695/15 4695/16
4695/16 4695/17 4695/20 4695/24
4696/1 4696/3 4696/8 4696/11 4718/16
4718/18 4719/9 4720/4 4727/7 4727/7

**B**

BOP... [8]  4735/4 4735/8 4743/24
4743/24 4744/1 4744/1 4744/2 4746/14
BOPs [3]  4716/23 4717/1 4747/11
borrowed [1]  4832/1
both [16]  4681/18 4694/2 4705/16
4709/22 4714/12 4715/4 4737/22
4740/21 4744/17 4755/17 4760/10
4764/9 4770/24 4810/9 4811/14
4840/12
bottle [1]  4805/1
bottles [1]  4784/3
bottom [26]  4679/15 4687/13 4703/4
4722/2 4767/15 4767/25 4769/13
4778/12 4778/15 4778/18 4810/9
4811/3 4811/12 4811/25 4819/25
4820/17 4826/19 4832/11 4847/20
4857/12 4871/21 4871/23 4874/2
4874/10 4874/16 4877/13
Boudreaux [1]  4861/25
bought [1]  4844/9
Boulevard [1]  4670/3
Bounds [1]  4669/2
BOWMAN [1]  4673/8
box [7]  4668/20 4670/10 4670/16
4670/22 4671/13 4672/17 4703/19
BP [65]  4668/10 4671/18 4671/19
4671/20 4671/21 4671/22 4671/23
4672/2 4672/3 4672/4 4675/12 4676/1
4677/5 4679/25 4680/8 4680/15
4680/17 4680/23 4681/19 4683/20
4683/21 4690/19 4691/13 4692/4
4693/4 4696/10 4696/24 4697/6
4697/12 4697/14 4697/14 4698/10
4698/21 4698/23 4699/5 4730/6 4730/9
4731/1 4731/7 4731/24 4732/9 4732/17
4732/17 4735/1 4735/4 4735/15 4737/18
4739/25 4740/8 4740/21 4741/5
4770/12 4786/4 4786/9 4786/13
4786/19 4786/24 4787/9 4787/19
4797/24 4807/10 4823/13 4825/18
4860/17 4867/23 4869/13
BP's [8]  4690/16 4693/7 4696/23
4697/14 4740/16 4823/6 4823/11
4876/4
BP/Transocean [2]  4797/24 4825/18
BRAD [1]  4672/13
brain [1]  4781/4
Branch [3]  4670/9 4670/19 4671/3
Braniff [1]  4687/7
Brazil [2]  4688/10 4725/21
break [2]  4752/23 4860/3
breaking [3]  4874/3 4874/8 4874/12
Breit [16]  4669/8 4669/9 4752/4 4753/11
4753/22 4783/12 4793/11 4808/3
4825/16 4828/17 4833/1 4842/20
4845/7 4848/4 4848/22 4850/14
Breit's [1]  4824/5
Brennan [1]  4672/8
BRIAN [5]  4672/13 4706/25 4711/7
4741/21 4741/22
bridge [6]  4693/15 4693/24 4694/3
4699/19 4721/5 4747/21
bridged [1]  4700/4
bridging [4]  4693/10 4693/11 4693/22
4694/1
brief [4]  4701/23 4743/11 4824/2 4858/4
briefly [3]  4702/9 4703/16 4729/17
4731/15 4734/8 4796/9 4853/20 4856/9
bring [14]  4704/7 4824/7 4825/14
4830/15 4831/15 4845/11 4850/11
4861/7 4865/17 4868/6 4871/12

4876/16 4879/5 4879/7
bringing [1]  4689/3
broad [1]  4690/2
broadly [2]  4695/24 4705/3
BROCK [2]  4672/3 4752/12
brought [4]  4832/2 4835/10 4835/19
4876/4
Broussard [18]  4754/3 4754/11 4754/14
4755/16 4757/21 4758/6 4763/13
4763/24 4764/22 4765/7 4773/19
4785/5 4786/8 4808/24 4820/4 4854/12
4854/18 4859/15
BRUCE [1]  4673/8
bubbles [1]  4870/20
bucket [39]  4757/15 4797/17 4798/14
4801/15 4801/23 4804/2 4804/8 4824/6
4826/14 4826/23 4827/10 4827/21
4828/4 4828/17 4828/17 4830/8
4830/20 4830/22 4831/12 4831/19
4831/20 4831/22 4832/1 4832/2 4832/5
4832/18 4832/20 4832/23 4833/3
4833/21 4836/4 4836/6 4842/3 4842/5
4842/8 4842/15 4850/4 4850/7 4850/9
buckets [20]  4804/8 4824/13 4824/23
4825/7 4825/11 4827/19 4827/23
4828/19 4828/22 4828/25 4829/5
4829/13 4831/24 4836/11 4836/12
4836/13 4839/2 4840/13 4841/12
4841/15
Buddy [1]  4687/9
building [1]  4752/21
buildup [1]  4740/9
bulk [2]  4718/3 4851/10
bullet [1]  4704/22
bulletin [5]  4788/21 4788/22 4789/6
4789/16 4790/10
Burling [1]  4672/2
burned [1]  4742/20
business [13]  4677/9 4677/10 4677/12
4679/6 4688/1 4694/7 4694/9 4698/23
4699/5 4699/21 4706/6 4723/16
4727/22

**C**

cabin [2]  4717/23 4718/3
CALDWELL [1]  4672/11
calendar [1]  4816/18
California [2]  4670/11 4672/14
call [15]  4717/25 4753/11 4755/4
4757/12 4765/6 4767/24 4770/23
4774/22 4777/23 4804/22 4856/1
4867/6 4867/7 4867/13 4869/7
called [19]  4731/14 4743/17 4752/3
4755/7 4757/7 4757/18 4759/19
4759/23 4761/5 4761/24 4765/11
4766/3 4771/3 4771/4 4805/7 4823/8
4868/3 4869/21 4869/22
calling [1]  4765/25
came [13]  4734/2 4749/6 4773/10
4797/2 4799/10 4838/13 4839/2 4844/4
4846/5 4846/12 4846/13 4846/22
4847/8
Cameron [5]  4672/22 4673/2 4696/2
4743/2 4743/3
Camp [1]  4671/16
can [108]  4675/15 4681/22 4682/20
4692/25 4702/17 4712/19 4713/12
4715/4 4722/7 4733/4 4737/3 4740/7
4744/2 4744/4 4745/7 4745/15 4747/23
4747/23 4751/17 4751/17 4752/25
4753/2 4756/12 4759/1 4759/5 4759/8
4762/14 4762/14 4768/12 4769/21
4780/14 4780/18 4780/19 4781/7

4782/3 4782/19 4783/18 4787/23
4804/7 4804/11 4806/11 4814/5
4814/23 4817/4 4817/18 4818/25
4825/12 4825/14 4825/22 4825/25
4826/17 4827/1 4828/5 4829/10
4832/16 4832/21 4833/2 4833/5 4833/6
4833/7 4833/23 4834/3 4836/21 4837/6
4838/16 4844/9 4845/11 4845/18
4847/3 4847/6 4847/24 4848/7 4849/8
4855/3 4855/10 4856/9 4858/4 4859/9
4861/7 4861/24 4862/6 4864/21
4865/19 4867/21 4868/6 4868/17
4870/14 4871/2 4871/6 4871/8 4871/12
4871/18 4871/23 4875/3 4876/18
4877/20 4877/22 4878/2 4878/13
4879/5 4879/22 4879/25 4880/14
4881/14
can't [23]  4698/22 4709/2 4730/9
4765/13 4770/4 4785/15 4789/7 4789/7
4790/21 4793/18 4806/10 4823/14
4825/4 4831/10 4833/10 4834/11
4834/12 4837/12 4842/9 4856/17
4871/3 4873/22 4881/15
cancel [2]  4792/4 4794/19
canceled [4]  4775/20 4793/2 4793/23
4794/21
Canducci [1]  4689/21
Canyon [5]  4799/1 4803/2 4826/12
4831/14 4841/21
Canyon 727 [1]  4841/21
capabilities [2]  4677/16 4719/7
capable [1]  4677/17
captain [2]  4689/9 4721/10
Captain Kuchta [1]  4689/9
care [3]  4740/2 4742/6 4840/22
CARL [24]  4668/15 4760/7 4788/24
4791/8 4799/7 4800/7 4824/7 4825/14
4825/22 4826/3 4826/17 4827/1
4827/13 4828/5 4829/10 4830/15
4831/15 4832/16 4832/21 4833/2
4835/25 4835/4 4836/3 4838/16
Carondelet [2]  4669/13 4672/23
CARRIE [1]  4671/22
carry [3]  4699/5 4708/19 4712/19
case [34]  4689/25 4691/3 4692/4
4702/1 4702/4 4703/8 4708/10 4709/12
4710/10 4710/12 4710/15 4710/19
4713/20 4713/21 4713/23 4714/12
4723/19 4751/13 4753/21 4770/1
4773/20 4773/25 4794/8 4795/25
4812/13 4812/19 4821/11 4821/13
4821/15 4836/19 4856/10 4864/18
4869/19 4870/7
cases [3]  4794/7 4866/20 4866/20
casing [5]  4683/2 4726/21 4726/25
4807/6 4822/6
cataloged [2]  4796/24 4798/3
catch [2]  4744/1 4744/14
category [1]  4733/17
cause [1]  4742/13
cautioned [1]  4874/20
cautious [1]  4732/12
cement [124]  4683/3 4726/18 4754/12
4755/8 4755/21 4755/22 4757/9
4757/14 4768/3 4769/5 4769/9 4772/1
4772/3 4772/15 4772/17 4772/18
4772/23 4772/24 4772/25 4773/25
4775/10 4779/6 4779/13 4785/10
4786/4 4786/10 4786/19 4786/25
4787/3 4787/5 4787/5 4787/9 4787/11
4787/24 4787/24 4789/11 4790/25
4794/24 4795/3 4798/15 4798/20

cement... [83] 4799/4 4800/4 4800/10
4800/13 4800/17 4800/25 4801/16
4801/17 4801/23 4802/5 4802/10
4802/14 4802/20 4802/22 4803/6
4803/11 4803/13 4803/17 4803/18
4803/20 4803/23 4804/2 4804/3
4804/10 4804/13 4805/2 4806/1 4806/9
4807/6 4807/13 4808/25 4809/18
4818/8 4823/8 4823/11 4829/5 4829/13
4830/2 4830/6 4832/14 4834/10 4835/9
4835/19 4835/23 4836/19 4836/22
4838/3 4842/4 4842/5 4842/5 4844/8
4846/22 4849/23 4852/2 4852/2
4852/21 4854/7 4854/8 4854/13
4854/16 4855/1 4855/5 4855/12
4855/19 4855/23 4857/4 4857/21
4858/2 4858/10 4858/17 4859/18
4859/19 4859/21 4864/13 4866/5
4869/4 4869/18 4870/20 4875/2
4876/22 4878/17 4880/3 4880/21
cementing [7]  4790/4 4790/15 4790/18
4790/19 4823/7 4857/15 4857/20
cements [1]  4806/7
center [1]  4721/10
centralizers [1]  4727/1
CEO [8]  4678/1 4681/25 4685/20
4707/16 4707/21 4708/14 4728/6
4728/8
CERNICH [1]  4670/14
certain [7]  4742/14 4786/16 4787/23
4788/1 4836/1 4851/19 4871/2
certainly [2]  4696/2 4745/7
CERTIFICATE [1]  4881/20
certify [1]  4881/22
chain [6]  4720/18 4720/22 4722/9
4722/10 4754/16 4807/25
CHAKERES [1]  4670/16
challenging [2]  4680/4 4737/1
chance [1]  4752/25
CHANG [1]  4670/15
change [5]  4690/15 4701/13 4701/13
4706/18 4720/18
changed [2]  4813/5 4876/8
changes [3]  4722/10 4744/21 4790/9
changing [1]  4701/12
characterize [2]  4733/23 4750/1
charge [1]  4754/22
charged [2]  4695/18 4695/18
chart [22]  4685/12 4685/14 4685/20
4687/19 4687/23 4689/13 4701/25
4709/9 4709/13 4716/1 4726/3 4726/6
4730/19 4731/13 4731/24 4732/15
4747/20 4750/15 4879/22 4879/25
4880/1 4881/2
check [2]  4734/11 4739/5
checked [1]  4849/17
checking [1]  4770/17
checklist [1]  4736/6
chemical [13]  4773/20 4780/25 4781/10
4781/10 4782/8 4782/10 4783/4
4784/16 4801/17 4802/5 4802/16
4803/14 4806/8
chemicals [3]  4755/20 4800/24 4804/23
chemist [8]  4754/11 4854/2 4854/5
4854/6 4854/4 4865/10 4866/5 4869/18
chemists [1]  4858/10
Chevron [3]  4852/19 4853/4 4860/17
Chicago [1]  4671/24
chief [6]  4689/9 4707/10 4708/1 4708/3
4750/19 4753/21
Chinese [1]  4731/4
choice [1]  4786/25
choices [1]  4733/15
choose [1]  4684/24
chosen [1]  4817/1
circulate [1]  4819/1
circulated [1]  4675/19
circulation [1]  4724/8
circumstances [1]  4680/25
city [2]  4851/10 4852/16
Civil [2]  4670/9 4670/19
clarify [5]  4708/18 4741/20 4782/17
4798/5 4805/6
clarity [2]  4791/18 4830/24
class [1]  4863/4
cleaned [1]  4829/25
clear [12]  4693/22 4712/14 4739/11
4809/23 4814/15 4821/11 4821/13
4836/2 4836/6 4841/19 4848/11
4880/17
clearly [1]  4830/22 4832/5 4832/23
CLERK [1]  4753/15
client [3]  4730/21 4731/20 4732/5
clients [3]  4731/8 4731/10 4732/17
climate [1]  4806/21
climate-controlled [1]  4806/21
CLINGMAN [1]  4672/9
clips [1]  4751/15
closed [3]  4744/12 4744/13 4746/14
closer [1]  4754/7
closet [17]  4784/4 4796/22 4797/4
4797/10 4797/12 4797/17 4797/20
4800/10 4800/25 4801/2 4801/14
4802/2 4802/21 4806/19 4806/19
4838/21 4841/8
cloudy [1]  4823/18
CMS [2]  4701/1 4701/6
CNOOC [1]  4731/4
code [1]  4797/13
coded [1]  4848/17
collaboration [1]  4684/18 4735/14
collaborative [1]  4682/25
collect [1]  4757/5
college [1]  4853/10
column [3]  4719/6 4782/25 4850/24
combined [1]  4721/21
combustible [1]  4718/8
come [12]  4704/13 4775/17 4787/14
4797/17 4805/10 4805/12 4806/2
4848/9 4848/16 4848/24 4851/5
4864/22
comes [1]  4677/14 4701/25 4714/12
4727/7 4773/20 4846/16 4848/17
comfortable [1]  4862/23
coming [4]  4796/15 4797/18 4801/4
4849/2
command [4]  4720/18 4720/23 4722/10
4722/11
commenced [1]  4740/10
comment [3]  4819/24 4862/17 4863/3
comments [2]  4814/2 4819/15
Commercial [1]  4671/3
commissions [1]  4803/11
Committee [1]  4753/22
communicate [3]  4821/17 4867/3
4873/16
communicated [2]  4703/14 4817/3
communication [10]  4735/14 4794/11
4794/14 4807/12 4840/25 4841/1
4841/18 4856/13 4856/14 4856/17
companies [2]  4717/18 4860/15
company [14]  4671/20 4671/23 4672/4
4679/17 4688/13 4692/3 4700/24
4702/20 4702/22 4708/5 4728/3 4731/4
4860/15 4860/16
companywide [1]  4702/24
compare [5]  4757/19 4757/21 4758/5
4759/12 4800/5
compared [1]  4758/24
compares [1]  4746/7
comparison [2]  4700/3 4809/20
compatibility [2]  4788/23 4789/2
compensate [1]  4875/10
Competence [1]  4727/21
competency [1]  4859/2 4859/2 4860/24
4863/6 4863/12
competent [4]  4708/19 4709/5 4749/15
4859/5
competitive [1]  4680/3
competitors [1]  4731/11
competitors' [1]  4706/8
COMPLAINT [1]  4668/7
complete [6]  4685/14 4689/5 4740/10
4803/23 4817/17 4818/18
completed [6]  4684/10 4761/3 4793/3
4793/24 4794/1 4794/12
completely [2]  4841/21 4842/25
completion [1]  4855/13
Completions [1]  4823/7
complex [4]  4677/14 4680/4 4737/1
4737/9
complexity [2]  4709/19 4736/24
complying [2]  4695/25 4696/7
component [2]  4705/10 4720/4
comprehensive [1]  4702/22
compressive [8]  4819/20 4820/6 4820/7
4820/9 4822/12 4863/22 4866/16
4871/8
comprise [1]  4701/22
computer [1]  4673/24 4717/11 4797/3
computer-aided [1]  4673/24
conceal [1]  4852/6
concentrated [1]  4715/12
concentration [10]  4812/21 4813/8
4814/9 4816/3 4875/23 4876/8 4876/14
4876/18 4876/21 4879/13
concentrations [1]  4875/22
concept [5]  4688/16 4693/22 4693/23
4714/13 4737/22
concerning [1]  4819/18
concise [1]  4809/23
concluded [1]  4881/18
condition [4]  4811/24 4820/12 4878/10
4878/14
conditioned [4]  4756/18 4797/5 4803/9
4878/20
conditioning [9]  4762/4 4762/17 4820/13
4877/4 4877/7 4878/4 4878/9 4878/23
4880/25
conditions [5]  4811/18 4857/6 4857/8
4878/5 4878/7
conduct [5]  4712/18 4742/5 4742/12
4742/13 4866/8
conducted [8]  4692/19 4722/15 4732/9
4739/4 4871/2 4871/3 4873/15 4875/19
conducting [6]  4702/7 4711/15 4711/19
4877/4 4877/8 4880/6
conducts [1]  4860/14
confidence [1]  4677/20
confident [1]  4859/15
confirm [3]  4690/22 4737/25 4739/16
confirmation [1]  4847/11
confirming [2]  4714/22 4715/2
conflict [3]  4693/2 4693/7 4699/16
confused [3]  4781/3 4845/5 4845/6
confusing [2]  4701/15 4849/1

**C**

confusion [2]  4820/23 4829/4
Congress [1]  4682/13
conjunction [1]  4675/23
connected [1]  4878/14
connection [3]  4676/15 4721/18 4737/23
CONRAD [1]  4669/15
consequences [2]  4716/6 4720/7
consequently [1]  4701/11
conserve [1]  4829/18
consider [1]  4712/15
considered [2]  4684/14 4715/4
considers [1]  4722/17
consistent [14]  4690/22 4691/19
 4691/23 4692/5 4692/7 4693/3 4694/2
 4694/3 4697/16 4700/16 4701/14
 4705/1 4732/21 4816/24
constantly [2]  4724/3 4725/4
constitutes [1]  4721/3
construction [2]  4682/24 4734/4
contact [2]  4688/17 4754/25
contacted [1]  4755/24
contained [3]  4692/24 4786/5 4787/10
container [2]  4783/19 4783/22
containing [1]  4828/20
contamination [2]  4770/17 4770/21
content [1]  4735/21
context [1]  4734/7
contingent [5]  4726/17 4726/21 4726/25
 4727/3 4727/6
continued [3]  4740/22 4741/17 4741/25
continues [4]  4680/2 4691/7 4692/24
 4744/3
continuing [1]  4741/2
continuously [1]  4698/11
continuum [1]  4736/24
contract [10]  4690/18 4690/25 4691/1
 4691/15 4691/21 4692/6 4693/5 4693/6
 4693/9 4701/13
contracting [2]  4698/22 4698/24
contractor [15]  4678/21 4683/2 4683/2
 4683/2 4683/3 4690/6 4691/2 4691/24
 4692/14 4692/20 4692/21 4692/24
 4694/12 4698/25 4700/1
contractor's [4]  4690/4 4693/1 4693/2
 4699/17
contractors [1]  4682/4
contracts [1]  4701/12
contractual [1]  4690/16
contractually [1]  4692/13
control [44]  4691/25 4692/2 4693/2
 4694/13 4695/5 4697/3 4716/15
 4716/16 4716/19 4716/20 4716/24
 4717/2 4720/21 4722/25 4722/25
 4723/1 4723/3 4724/11 4724/15
 4724/20 4724/22 4726/14 4727/22
 4728/20 4729/4 4731/20 4733/5
 4733/14 4733/22 4733/23 4733/25
 4734/16 4734/21 4742/6 4743/14
 4744/21 4745/12 4745/22 4746/8
 4746/16 4747/13 4747/20 4749/5
 4806/13
controlled [2]  4806/20 4806/21
controls [9]  4693/8 4697/13 4697/14
 4713/9 4714/8 4715/3 4718/16 4718/18
 4719/9
convenience [1]  4807/21
convenient [1]  4752/15
conversation [4]  4709/14 4758/8
 4759/15 4842/1
conversations [1]  4840/20
coordinator [1]  4864/15
coordinators [2]  4809/8 4858/15
copy [2]  4711/18 4713/4
core [2]  4727/21 4750/24
COREY [1]  4671/8 4824/3
corner [2]  4703/17 4745/15
Corporate [1]  4669/16
Corporation [2]  4672/23 4673/3
correct [285]
corrected [1]  4803/4
correctly [4]  4722/20 4741/7 4780/8
 4835/16
could [93]  4678/14 4682/9 4683/11
 4684/21 4687/17 4690/23 4697/23
 4698/8 4700/8 4702/15 4704/13 4713/4
 4713/8 4717/8 4724/12 4728/25
 4729/15 4733/12 4733/20 4751/5
 4756/24 4759/22 4763/17 4763/19
 4765/3 4768/13 4768/14 4772/7
 4773/12 4775/8 4777/21 4782/21
 4784/22 4795/18 4795/22 4795/22
 4796/2 4799/17 4806/5 4806/12
 4806/17 4806/18 4807/3 4809/12
 4809/15 4810/5 4810/17 4811/5
 4812/22 4813/11 4813/15 4814/19
 4815/10 4815/23 4816/8 4816/14
 4817/15 4819/12 4820/22 4822/1
 4822/21 4823/3 4823/4 4824/7 4826/3
 4827/13 4829/16 4830/15 4831/15
 4836/3 4839/6 4844/11 4844/18
 4850/11 4852/8 4852/13 4853/19
 4858/19 4859/5 4860/16 4862/15
 4862/19 4863/5 4865/10 4866/5
 4867/15 4867/15 4867/16 4867/17
 4867/17 4869/21 4869/22 4871/20
couldn't [1]  4713/8
counsel [4]  4698/4 4699/13 4844/4
 4876/4
count [3]  4839/12 4839/16 4839/17
couple [17]  4711/5 4715/21 4715/21
 4759/20 4761/13 4761/17 4763/11
 4763/18 4766/3 4767/8 4784/3 4792/22
 4844/4 4851/22 4856/24 4857/18
 4871/6
course [5]  4696/11 4699/8 4774/21
 4775/14 4847/16
court [46]  4668/1 4673/18 4685/16
 4693/23 4705/7 4709/14 4729/9
 4731/15 4753/8 4756/1 4767/14 4779/5
 4804/7 4807/4 4809/23 4813/25
 4819/16 4819/18 4820/20 4822/3
 4828/9 4844/1 4844/9 4847/24 4848/7
 4848/21 4849/23 4851/17 4852/13
 4852/13 4853/6 4853/3 4856/9 4858/19
 4861/9 4862/12 4865/19 4871/18
 4872/2 4873/9 4877/20 4878/13
 4878/23 4881/21 4881/21 4881/25
courtroom [1]  4752/4
cover [4]  4677/6 4678/2 4678/7 4749/18
covered [3]  4715/22 4808/4 4868/25
Covington [1]  4672/2
create [3]  4760/19 4762/23 4763/2
creation [1]  4698/11
crew [17]  4677/10 4680/21 4685/7
 4694/21 4695/2 4695/6 4695/10
 4695/13 4712/17 4712/18 4716/16
 4716/20 4737/3 4740/9 4747/21
 4749/24 4750/2
crews [2]  4749/14 4749/15
criminal [1]  4737/23
criteria [2]  4815/22 4815/22
cross [9]  4676/9 4677/2 4677/5 4753/23
 4807/2 4808/13 4824/3 4824/10
 4847/14
cross-examination [8]  4676/9 4677/2
 4677/5 4753/23 4807/2 4808/13 4824/3
 4824/10
crosses [1]  4871/21
crush [4]  4819/20 4820/6 4820/7
 4863/22
Cumulative [1]  4738/9
Cunningham [9]  4669/2 4669/3 4716/2
 4719/25 4729/25 4733/2 4743/14
 4744/18 4749/13
Cunningham's [1]  4707/14
curing [1]  4724/10
current [2]  4713/23 4722/10
currently [4]  4797/24 4808/15 4825/18
 4852/18
Curt [1]  4689/8
Curtis [2]  4748/23 4750/1
custodial [1]  4797/3
custodian [1]  4808/9
custody [1]  4808/1
customer [7]  4693/12 4693/14 4701/18
 4719/18 4726/13 4732/9 4737/8 4860/5
 4860/13 4860/16 4860/17 4862/23
 4864/8 4867/23 4868/5 4868/9 4868/14
customers [4]  4680/4 4845/3 4860/2
 4869/13
cut [1]  4817/5
CV [2]  4668/7 4668/9

**D**

D-3257 [1]  4836/4
D-3258 [1]  4831/15
D-4275 [1]  4689/18
D-4341 [1]  4684/3
D-4341.1 [1]  4683/11
D-4418.1 [1]  4728/25
D-4594 [2]  4685/12 4686/1
D-4595 [1]  4702/15
D-4595.1 [2]  4724/12 4724/12
D-6726.1 [1]  4746/4
D-6726.2 [1]  4746/10
D-6726.3 [1]  4746/24
D-6726.4 [1]  4747/9
D-6730 [2]  4726/3 4726/4
D-Air [20]  4786/5 4786/10 4786/14
 4786/20 4786/21 4786/22 4787/10
 4787/15 4789/12 4790/24 4874/18
 4874/19 4874/21 4874/24 4875/1
 4875/6 4875/11 4875/17 4875/22
 4875/24
D-Air 3000 [2]  4787/20 4787/22
D.C [4]  4670/17 4670/22 4671/6 4672/4
daily [3]  4735/18 4737/12 4867/18
Dallas [1]  4673/10
damage [2]  4716/8 4722/18
Dan [1]  4727/18
DANIEL [1]  4671/4
DAS [1]  4730/4
data [5]  4717/11 4732/20 4732/21
 4755/14 4820/18
database [5]  4809/1 4812/12 4812/14
 4844/23 4864/24
date [32]  4745/6 4745/15 4745/25
 4748/6 4765/25 4774/3 4775/24
 4775/25 4778/10 4778/10 4778/11
 4780/14 4780/23 4781/16 4782/9
 4783/1 4783/2 4783/2 4783/3 4784/17
 4784/25 4785/23 4797/13 4799/11
 4799/24 4816/17 4833/6 4833/7 4833/9
 4851/2 4854/14 4854/14
dated [5]  4677/25 4774/2 4780/10
 4798/25 4810/4
dates [3]  4814/1 4823/14 4854/4

D
Daun [1]  4687/9
Dauphin [1]  4669/3
DAVID [3]  4673/3 4673/3 4689/9
Dawn [1]  4875/13
day [27]  4668/14 4694/6 4699/20
4721/22 4722/12 4737/12 4737/17
4739/9 4751/2 4765/11 4768/15 4779/1
4825/5 4836/25 4837/2 4838/9 4838/10
4839/21 4840/4 4840/6 4840/8 4841/6
4853/5 4855/9 4865/15 4866/22
4867/18
days [4]  4717/9 4742/21 4742/22
4833/17
DD1 [2]  4730/5 4730/8
DD3 [1]  4724/21
DEANNA [1]  4670/15
December [3]  4735/4 4748/3 4748/11
December 4th [2]  4748/3 4748/11
decide [1]  4785/10
decided [2]  4767/9 4802/17
decision [4]  4784/2 4821/17 4821/20
4821/25
dedicated [1]  4860/11
deemed [5]  4741/1 4741/12 4741/16
4741/24 4859/5
deep [1]  4877/18
deepest [2]  4680/8 4683/25
deepwater [97]  4668/4 4672/6 4672/7
4672/9 4672/10 4672/13 4672/13
4672/17 4672/17 4672/20 4672/21
4679/22 4680/5 4680/7 4680/8 4681/9
4681/11 4682/6 4682/8 4683/16
4683/20 4684/14 4684/24 4685/1
4685/3 4685/5 4685/8 4688/7 4689/19
4694/25 4695/3 4696/11 4698/13
4702/1 4703/7 4703/9 4710/13 4711/2
4712/5 4714/1 4720/18 4723/16
4723/23 4724/6 4735/15 4736/14
4740/3 4742/7 4747/21 4748/24
4749/21 4749/24 4750/5 4751/1 4755/9
4756/2 4767/15 4767/25 4770/11
4773/10 4773/14 4773/16 4774/23
4775/25 4780/9 4780/25 4783/1
4784/10 4784/13 4784/20 4785/6
4785/23 4787/1 4787/25 4796/18
4796/21 4797/18 4801/18 4830/7
4831/2 4832/6 4832/24 4833/16 4834/8
4834/16 4834/24 4835/24 4838/5
4839/2 4839/13 4839/21 4840/14
4841/12 4849/24 4850/2 4857/1 4857/3
Deepwater Horizon [7]  4702/1 4703/7
4703/9 4710/13 4712/5 4714/1 4839/13
defendant [4]  4740/17 4740/17 4740/21
4741/5
defer [3]  4738/12 4738/14 4752/14
define [1]  4830/24
defined [1]  4714/5
definitions [1]  4714/4
defoamer [1]  4788/9
defoamers [5]  4788/13 4789/2 4789/2
4789/12 4790/24
degrade [1]  4806/7
degrades [1]  4806/16
deGravelles [2]  4669/21 4669/22
degree [2]  4853/10 4853/15
degrees [2]  4879/12 4880/7
DELEMARRE [1]  4670/20
deliver [3]  4684/21 4699/2 4699/4
demanding [1]  4677/5
demonstrated [1]  4715/3
demonstrative [13]  4683/14 4702/13

4729/1 4729/19 4746/6 4807/3 4813/15
4816/6 4826/21 4827/22 4829/11
4832/17 4838/17
Demonstrative 3257 [1]  4832/17
Demonstrative 3258 [1]  4838/17
Demonstrative 3264 [1]  4829/11
Demonstrative 3602 [1]  4807/3
demonstratives [1]  4873/9
DENISE [1]  4673/15
densities [3]  4768/18 4768/21 4768/23
density [5]  4769/4 4874/1 4874/9
4874/10 4874/15
deny [3]  4759/16 4759/18 4778/2
Department [5]  4670/8 4670/12 4670/18
4671/2 4846/5
depended [1]  4806/17
dependent [1]  4811/2
depending [3]  4844/12 4866/10 4866/16
depicted [2]  4687/19 4707/18
depiction [2]  4702/21 4707/20
deposition [12]  4676/3 4697/20 4697/24
4698/2 4751/15 4758/12 4769/1
4830/16 4833/25 4834/5 4835/18
4856/19
depositions [1]  4785/5
depth [3]  4680/9 4683/25 4877/17
depths [1]  4681/15
DEPUTY [1]  4753/15
describe [2]  4702/9 4711/11
described [3]  4699/16 4707/1 4796/14
description [5]  4678/17 4707/15 4708/21
4732/13 4828/15
design [12]  4757/9 4757/15 4760/11
4787/11 4787/13 4787/14 4787/19
4787/21 4788/14 4821/4 4821/6
4821/21
designation [1]  4782/24
designed [6]  4680/17 4712/12 4734/22
4737/7 4809/7 4832/4
designing [2]  4789/11 4874/23
designs [1]  4788/11
desirable [1]  4691/8
despite [1]  4801/20
destabilize [5]  4787/23 4789/3 4789/12
4789/18 4789/24 4790/12
Destabilizes [1]  4789/22
detail [1]  4689/20
details [1]  4708/7
detected [1]  4725/14
detection [2]  4718/8 4718/11
determine [8]  4693/15 4699/18 4699/18
4806/13 4812/12 4821/9 4859/4
4866/11
determined [1]  4878/9
developed [1]  4835/24
development [1]  4715/14
Dewey [2]  4718/14 4749/25
Dexter [1]  4671/9
Diane [3]  4702/15 4704/13 4722/3
did [116]  4680/16 4684/4 4688/13
4698/14 4703/24 4704/1 4707/14
4722/9 4722/21 4734/10 4734/11
4738/7 4738/19 4740/10 4741/5
4742/10 4749/3 4750/4 4757/9 4758/15
4758/19 4760/16 4760/22 4761/21
4761/24 4762/18 4762/20 4763/8
4763/13 4763/16 4763/18 4764/2
4764/3 4764/4 4764/7 4766/14 4766/25
4768/18 4768/21 4769/8 4769/25
4770/21 4772/18 4776/22 4782/4
4782/16 4783/4 4786/5 4789/23 4787/2
4787/8 4791/14 4791/16 4792/4
4792/25 4793/3 4793/22 4794/18

4796/6 4800/25 4802/22 4803/3
4808/24 4809/5 4812/10 4815/8
4815/12 4815/16 4815/17 4829/7
4829/20 4830/14 4834/6 4835/16
4835/18 4837/12 4837/14 4839/3
4839/5 4839/9 4839/19 4840/2 4840/17
4840/21 4841/6 4841/7 4845/22
4846/10 4847/4 4848/9 4848/23 4851/5
4851/19 4852/1 4852/3 4852/5 4852/7
4852/23 4853/15 4854/16 4855/15
4855/17 4855/22 4856/4 4859/21
4860/23 4861/1 4862/3 4863/12
4863/15 4863/20 4873/3
didn't [76]  4686/1 4706/1 4707/13
4724/20 4734/13 4741/14 4744/14
4759/21 4759/24 4760/1 4761/1
4765/10 4766/5 4766/12 4766/16
4766/23 4766/24 4766/25 4767/2
4767/3 4767/5 4767/12 4767/16 4768/6
4768/8 4768/13 4768/16 4768/21
4768/25 4769/10 4769/16 4770/8
4770/10 4770/14 4770/18 4770/20
4771/8 4771/20 4775/19 4777/6
4777/23 4781/2 4781/6 4781/8 4787/3
4787/4 4787/5 4787/6 4787/11 4802/7
4803/5 4803/9 4803/12 4804/15
4804/20 4804/21 4815/7 4820/11
4820/11 4827/10 4829/24 4836/21
4839/12 4839/14 4839/16 4839/17
4840/22 4840/23 4840/24 4842/4
4842/6 4847/14 4855/25 4859/23
4881/2 4881/3
died [1]  4751/1
difference [6]  4693/24 4729/19 4752/17
4775/11 4870/14 4870/16
differences [1]  4700/4
different [26]  4687/23 4744/10 4750/10
4780/19 4783/5 4783/15 4803/11
4803/21 4803/21 4803/22 4803/22
4824/17 4838/9 4841/21 4841/22
4841/23 4842/2 4842/2 4844/14 4849/2
4853/6 4853/24 4854/25 4864/9
4867/20 4875/8
differently [1]  4847/23
difficult [1]  4677/17
direct [10]  4689/16 4705/24 4713/2
4726/15 4753/19 4843/19 4843/23
4847/15 4855/22 4869/17
directed [1]  4866/17
direction [3]  4836/14 4837/25 4873/7
directions [1]  4767/7
directive [1]  4756/16
directly [1]  4688/1
director [1]  4686/15
directors [1]  4686/23
disappeared [1]  4801/24
discard [2]  4803/5 4852/5
discarded [2]  4767/4 4839/6
discharge [3]  4708/17 4709/4 4742/14
discuss [2]  4761/5 4872/2
discussed [5]  4735/22 4737/22 4751/12
4751/22 4854/3
discussing [1]  4711/10
discussion [3]  4870/7 4870/13 4877/3
discussions [1]  4714/13
dishwashing [1]  4875/14
dispersant [4]  4789/25 4790/2 4790/8
4791/5
dispersants [5]  4789/3 4789/12 4789/22
4790/11 4790/24
disperse [1]  4790/7
dispersing [1]  4790/3

**D**

displacement [1] 4712/9
displacing [2] 4711/21 4712/1
dispute [2] 4817/1 4817/5
disqualify [2] 4875/18 4875/20
distributed [1] 4676/10
DISTRICT [5] 4668/1 4668/2 4668/15
 4881/21 4881/21
divert [2] 4746/15 4747/12
diverter [1] 4744/7
division [4] 4670/9 4670/19 4686/20
 4749/22
do [279]
Docket [3] 4668/4 4668/7 4668/9
document [97] 4678/24 4679/2 4679/7
 4679/10 4679/11 4680/12 4683/5
 4683/6 4693/10 4693/11 4693/22
 4694/1 4701/2 4705/4 4706/17 4707/14
 4707/25 4708/9 4709/10 4709/14
 4710/19 4712/23 4714/19 4715/1
 4715/6 4715/8 4716/18 4716/25 4717/7
 4718/10 4718/17 4720/9 4720/13
 4721/25 4722/23 4727/11 4727/12
 4727/13 4727/15 4728/15 4729/8
 4729/14 4730/13 4730/16 4730/20
 4731/2 4732/8 4732/23 4733/7 4734/2
 4734/6 4738/24 4739/16 4740/4
 4740/12 4740/20 4740/24 4741/4
 4741/9 4742/1 4742/8 4742/10 4742/16
 4743/15 4745/7 4745/9 4745/19 4747/6
 4747/15 4748/4 4749/2 4749/4 4749/19
 4749/23 4750/13 4788/8 4790/22
 4798/4 4823/13 4823/15 4825/16
 4825/20 4827/23 4837/15 4845/14
 4845/20 4846/1 4846/10 4850/20
 4861/14 4868/3 4871/14 4871/15
 4871/19 4872/10 4872/23 4872/24
documentation [4] 4755/15 4850/4
 4850/5 4861/4
documented [1] 4680/5
documents [11] 4685/18 4702/6
 4702/10 4703/1 4724/14 4817/24
 4818/3 4818/5 4819/8 4864/9 4865/5
does [50] 4675/22 4676/1 4686/16
 4697/4 4707/12 4713/10 4724/19
 4726/9 4736/3 4741/18 4746/8 4758/25
 4765/17 4765/24 4773/10 4775/17
 4776/2 4780/6 4784/6 4797/16 4818/20
 4821/5 4821/20 4822/13 4822/17
 4823/15 4823/16 4823/25 4826/21
 4829/3 4832/5 4834/19 4843/1 4846/15
 4847/9 4848/12 4849/16 4851/3
 4861/21 4861/23 4864/22 4865/2
 4867/1 4867/22 4873/20 4875/10
 4875/18 4880/4 4880/13 4880/14
doesn't [9] 4706/1 4706/20 4744/1
 4752/17 4752/18 4785/14 4831/11
 4875/20 4877/18
doghouse [2] 4717/24 4718/2
doing [12] 4688/17 4708/23 4717/18
 4725/13 4763/20 4779/6 4779/11
 4779/14 4785/20 4797/2 4830/18
 4857/9
Domengeaux [1] 4668/18
DON [1] 4671/19
don't [126] 4676/19 4682/1 4684/6
 4684/8 4705/18 4712/10 4723/10
 4723/23 4733/10 4735/2 4736/22
 4739/11 4745/7 4751/24 4751/25
 4752/11 4755/13 4758/1 4758/8
 4759/14 4759/16 4759/18 4761/8
 4761/19 4762/10 4762/10 4762/11

4762/14 4762/15 4762/20 4763/22
 4765/24 4766/1 4766/4 4766/5 4766/8
 4765/22 4765/22 4767/19 4768/3
 4768/23 4768/24 4769/3 4769/17
 4772/20 4772/20 4776/4 4776/15
 4778/5 4779/3 4779/3 4779/3 4779/7
 4779/8 4779/14 4782/23 4783/5 4784/1
 4785/2 4785/15 4788/13 4789/14
 4789/15 4792/12 4793/18 4793/19
 4795/21 4797/20 4798/5 4805/3
 4806/11 4806/12 4813/2 4813/6 4817/1
 4817/23 4817/24 4819/5 4819/10
 4820/24 4823/2 4823/19 4823/20
 4825/2 4828/20 4829/5 4829/16
 4829/18 4829/22 4831/9 4833/19
 4836/20 4836/20 4837/4 4837/9
 4837/17 4838/14 4838/25 4839/7
 4840/15 4840/15 4840/20 4840/21
 4840/24 4840/25 4841/1 4841/4
 4841/13 4841/17 4842/4 4843/4 4843/5
 4845/24 4847/15 4850/23 4851/14
 4854/4 4855/25 4857/2 4857/6 4857/19
 4857/23 4870/25 4873/18 4876/5
 4881/9
DONALD [1] 4673/7
done [35] 4681/6 4681/10 4681/12
 4693/10 4710/12 4710/24 4711/3
 4734/24 4735/13 4735/24 4751/5
 4757/14 4757/16 4761/1 4761/5 4762/4
 4762/7 4762/14 4762/25 4763/5 4764/8
 4768/1 4769/12 4771/14 4794/5 4818/7
 4842/7 4844/25 4845/3 4855/23
 4864/23 4867/12 4868/24 4871/8
 4877/24
doubt [1] 4733/16
doubts [2] 4728/2 4728/12
DOUGLAS [1] 4671/16
down [28] 4686/19 4703/4 4712/1
 4722/2 4745/15 4755/22 4759/1 4763/9
 4768/21 4770/13 4773/2 4783/6
 4785/10 4791/12 4791/15 4791/23
 4792/9 4794/5 4826/17 4827/1 4847/19
 4851/15 4860/3 4865/15 4868/17
 4877/10 4877/18 4880/9
downhole [6] 4857/4 4857/8 4857/19
 4877/21 4877/24 4878/5
DOYEN [1] 4672/12
dozen [1] 4786/12
DP [2] 4689/10 4689/10
Dr. [2] 4713/1 4876/4
Dr. Bea [1] 4713/1
Dr. Benge [1] 4876/4
drawing [2] 4707/14 4707/15
drawings [1] 4696/16
drawn [1] 4688/11
Drescher [1] 4669/8
drew [1] 4688/3
drill [20] 4680/4 4684/23 4715/23
 4716/3 4716/15 4716/16 4716/19
 4717/4 4718/7 4718/16 4718/22
 4734/10 4737/8 4740/9 4740/19
 4740/22 4741/3 4741/7 4741/18
 4741/25
drilled [10] 4679/25 4680/7 4680/9
 4680/20 4680/24 4683/20 4683/25
 4684/5 4684/19 4736/15
driller [14] 4717/23 4718/5 4725/6
 4725/7 4725/8 4725/12 4725/22 4726/9
 4726/12 4726/16 4726/24 4744/1
 4748/14 4748/24
driller's [6] 4717/23 4717/23 4718/2
 4718/22 4725/13 4749/24
drillers [4] 4717/21 4724/3 4727/24

4728/11
drilling [55] 4672/6 4672/9 4672/13
 4672/17 4672/20 4677/14 4677/17
 4678/21 4678/21 4679/1 4679/5 4680/7
 4681/14 4681/21 4682/3 4682/3
 4683/16 4685/5 4685/8 4689/2 4690/4
 4690/6 4690/7 4691/1 4691/2 4691/4
 4691/8 4691/9 4691/15 4691/17 4695/2
 4703/25 4704/1 4704/6 4704/8 4704/17
 4711/24 4715/15 4721/7 4723/16
 4724/1 4724/6 4725/22 4727/21 4730/1
 4730/5 4730/25 4736/23 4737/19
 4743/23 4823/7 4852/21 4855/12
 4857/1 4857/3
drilling/engineering [1] 4736/23
drillship [1] 4679/12
Drive [1] 4669/16
dry [6] 4834/10 4835/9 4835/19 4835/23
 4875/2 4875/17
Dubois [1] 4823/1 4855/21 4862/3
 4869/19
due [2] 4679/4 4803/16
DUKE [1] 4669/15
duly [2] 4677/1 4753/13
dumped [1] 4755/22
Duncan [12] 4757/8 4757/19 4757/20
 4757/22 4758/6 4758/22 4760/25
 4761/3 4761/18 4761/18 4762/24
 4764/9
duplication [1] 4807/11
during [14] 4676/3 4676/3 4731/7
 4737/18 4738/4 4740/1 4750/15
 4793/21 4820/6 4841/20 4858/2
 4859/18 4865/16 4872/19
duties [1] 4739/25
duty [1] 4742/5
dynamic [1] 4724/1
dynamically [1] 4679/12

**E**

e-mail [3] 4738/19 4738/21 4738/25
 4822/24 4822/25 4823/15 4867/17
each [9] 4699/20 4706/14 4761/5
 4811/14 4814/1 4855/6 4855/15 4858/9
 4858/9
earlier [16] 4677/7 4684/14 4686/11
 4688/25 4695/20 4709/23 4721/19
 4729/18 4731/16 4822/13 4822/17
 4825/17 4825/20 4827/8 4831/18
 4842/20
early [1] 4857/18
easier [3] 4702/13 4702/16 4833/6
easiest [1] 4863/7
EASTERN [2] 4668/2 4881/21
educate [1] 4850/1
Edwards [1] 4668/19
effect [1] 4748/6
effective [2] 4681/14 4681/21
effectively [3] 4703/14 4713/18 4735/5
effects [3] 4875/6 4875/10 4875/24
efficient [2] 4681/14 4681/21
efficiently [1] 4712/20
effort [1] 4682/25
eight [3] 4750/6 4859/11 4859/11
either [7] 4685/17 4755/15 4761/4
 4781/6 4782/4 4782/4 4845/24
element [3] 4699/8 4719/17 4732/22
ELIZABETH [1] 4671/5
Ellis [1] 4671/21
Elm [1] 4673/9
ELMO [4] 4828/5 4834/3 4842/10
 4845/18

E

else [21]  4676/22 4764/15 4766/15
4779/2 4779/6 4782/1 4795/22 4796/2
4796/7 4805/24 4821/3 4824/25 4825/1
4829/17 4836/14 4837/2 4839/20
4841/11 4845/9 4851/23 4856/16
emergency [5]  4719/6 4721/2 4721/3
4721/5 4721/9
emphasis [1]  4679/4
employed [4]  4808/15 4808/18 4852/18
4852/19
employee [6]  4685/15 4706/14 4706/20
4756/9 4863/6 4863/12
employees [8]  4689/24 4695/8 4701/15
4705/13 4837/7 4838/1 4862/1 4862/2
employer [1]  4852/25
end [7]  4683/25 4721/20 4824/5
4829/15 4841/5 4855/9 4876/9
endeavor [1]  4677/6
ending [1]  4879/22
Energy [2]  4673/7 4673/11
Enforcement [1]  4670/13
engaged [1]  4715/14
engineer [13]  4772/16 4777/3 4821/18
4857/14 4864/14 4865/1 4867/6
4867/11 4868/2 4868/13 4869/11
4873/21 4878/11
engineering [3]  4686/14 4723/18
4736/23
engineers [3]  4680/17 4809/7 4858/15
enhancement [1]  4855/13
enough [4]  4706/21 4744/14 4825/25
4857/21
ensure [1]  4703/13
enter [3]  4815/17 4868/13 4868/15
entered [1]  4815/13
entities [2]  4682/25 4684/19
entitled [3]  4692/13 4706/2 4881/23
entity [2]  4698/23 4721/22
entrained [1]  4870/20
entraining [1]  4870/18
entry [1]  4814/4
environment [2]  4670/13 4704/20
environmental [2]  4670/13 4716/7
environments [2]  4717/8 4680/5
epicenter [1]  4718/1
equipment [16]  4685/3 4691/25 4694/16
4694/18 4695/23 4704/21 4716/24
4717/2 4719/10 4722/18 4821/2 4821/4
4871/4 4871/9 4871/10 4871/10
equipment/structure [1]  4722/18
equivalent [2]  4875/12 4875/15
error [1]  4821/4
escalation [1]  4735/10
ESQ [57]  4668/19 4668/23 4669/3
4669/6 4669/9 4669/12 4669/15
4669/18 4669/22 4670/3 4670/6 4670/9
4670/14 4670/14 4670/15 4670/15
4670/16 4670/19 4670/20 4670/20
4670/21 4670/21 4671/4 4671/4 4671/5
4671/8 4671/8 4671/9 4671/12 4671/15
4671/16 4671/19 4671/22 4671/22
4671/23 4672/3 4672/6 4672/9 4672/9
4672/12 4672/13 4672/13 4672/16
4672/20 4672/23 4673/3 4673/4 4673/4
4673/4 4673/7 4673/8 4673/8 4673/9
4673/12 4673/15 4673/15 4673/16
essence [1]  4723/20
establish [1]  4815/22
established [2]  4859/3 4877/23
et [2]  4668/8 4668/11
etc [1]  4735/19

evacuate [1]  4719/8
evaluate [1]  4757/18
even [12]  4763/25 4783/22 4793/5
4815/12 4815/17 4840/15 4840/19
4849/23 4859/18 4865/10 4866/4
4866/24
evening [2]  4748/24 4813/13
event [16]  4733/6 4721/1 4723/8 4733/3
4733/9 4733/12 4733/20 4743/14
4743/18 4743/20 4743/21 4743/25
4744/5 4744/8 4744/13 4846/4
events [9]  4724/5 4728/20 4729/4
4730/14 4731/20 4731/21 4732/3
4732/24 4733/19
eventually [2]  4740/16 4792/9
ever [21]  4680/8 4735/1 4763/16
4765/20 4781/7 4787/2 4787/8 4792/1
4792/25 4793/3 4793/22 4794/19
4797/6 4798/21 4842/22 4843/1 4849/9
4857/24 4859/19 4880/13 4880/15
every [18]  4685/15 4693/12 4694/6
4699/20 4701/13 4705/14 4711/23
4712/2 4713/22 4726/7 4733/14 4751/2
4794/12 4800/14 4804/15 4825/5
4836/13 4873/22
everybody [1]  4809/8 4837/4 4861/8
everyone [5]  4675/6 4753/10 4788/13
4789/17 4809/8
everything [20]  4709/2 4756/12 4757/2
4781/4 4783/23 4801/7 4801/14
4802/10 4802/12 4802/17 4805/20
4805/24 4824/25 4825/1 4828/9 4829/6
4839/23 4839/24 4840/8 4867/19
everything's [1]  4723/20
evidence [7]  4675/21 4676/2 4721/6
4745/9 4747/17 4818/14 4825/11
EX [1]  4719/10
EX-rated [1]  4719/10
exact [24]  4719/7 4771/15 4771/16
4776/4 4776/6 4780/3 4780/5 4781/17
4782/11 4782/15 4784/24 4784/25
4785/25 4799/11 4799/12 4799/13
4800/10 4800/13 4800/14 4800/24
4801/16 4802/5 4802/16 4803/14
exactly [9]  4758/8 4759/14 4769/17
4778/3 4780/21 4798/21 4801/1 4806/1
4837/9
exam [1]  4752/9
examination [17]  4676/4 4676/9 4677/2
4677/5 4685/16 4713/2 4743/7 4752/7
4753/19 4753/23 4807/2 4808/13
4824/3 4824/10 4843/10 4843/20
4843/23
examinations [1]  4685/19
example [10]  4680/6 4711/7 4794/15
4809/23 4811/20 4812/17 4821/12
4826/14 4844/17 4866/23
exceeded [2]  4685/4 4685/7
except [1]  4775/11
exception [2]  4683/18 4683/21
excerpt [2]  4682/12 4700/10
exchanged [1]  4737/18
Excluding [1]  4719/19
excuse [2]  4824/8 4834/2
execute [1]  4707/3
executive [4]  4707/10 4708/1 4708/3
4750/19
exemplary [2]  4681/11 4684/15
exercise [3]  4705/17 4742/5 4816/20
exhibit [8]  4692/24 4701/24 4704/14
4714/17 4727/14 4729/1 4739/15
4848/3
Exhibit 5474.102.1 [1]  4701/24

exhibits [7]  4675/14 4675/18 4675/23
4679/2 4726/4 4726/11 4851/17
exists [1]  4707/1
exiting [1]  4744/6
expands [1]  4744/4
expect [19]  4701/10 4711/20 4711/21
4711/23 4711/25 4712/2 4718/23
4728/11 4752/7 4789/10 4789/13
4873/2 4874/2 4874/4 4874/4 4874/7
4874/14 4874/17 4881/4
expectation [1]  4712/16
expectations [4]  4703/13 4707/3
4708/18 4709/5
expected [4]  4734/10 4788/18 4821/16
4873/12
expects [1]  4728/1
expects/100 [1]  4728/1
experience [14]  4724/5 4736/23 4750/4
4820/4 4857/2 4857/7 4857/17 4857/23
4859/9 4866/10 4873/20 4875/19
4875/20 4876/20
experiments [1]  4768/8
expertise [2]  4679/22 4680/4
explain [16]  4783/7 4804/7 4804/12
4820/22 4844/9 4849/22 4855/3
4858/19 4864/9 4864/21 4865/19
4870/14 4877/20 4878/2 4878/13
4879/25
explained [6]  4729/9 4741/8 4805/15
4848/21 4848/21 4851/17
explanation [2]  4824/5 4842/12
exploration [9]  4668/10 4671/18
4671/21 4672/2 4715/14 4723/7
4729/12 4740/3 4742/7
explosion [6]  4742/18 4742/20 4755/3
4755/5 4777/25 4781/1
exposed [2]  4790/8 4806/17
exposing [1]  4877/11
expressed [1]  4807/21
expressly [2]  4703/25 4706/13
external [1]  4869/13
extra [2]  4732/12 4784/3
extrapolated [1]  4817/15
ExxonMobil [1]  4860/17
Ezell [4]  4689/3 4739/3 4747/24
4748/11

F

facilities [3]  4692/17 4708/5 4708/13
facility [4]  4829/1 4837/4 4839/22
4863/4
fact [32]  4679/8 4702/13 4757/5
4757/18 4761/3 4764/21 4765/1 4765/6
4765/10 4767/2 4769/8 4773/14 4774/1
4784/13 4784/14 4785/6 4785/11
4789/18 4791/14 4791/25 4792/25
4793/22 4802/13 4804/9 4806/12
4832/1 4841/2 4842/24 4846/21 4851/1
4852/8 4872/9
Fahrenheit [1]  4879/12
fail [1]  4821/5
failed [4]  4820/18 4820/22 4820/25
4821/6
failure [2]  4720/5 4720/10
fair [15]  4677/11 4678/17 4681/18
4693/16 4693/25 4696/21 4697/4
4697/14 4705/2 4707/20 4708/20
4715/19 4725/2 4821/5 4857/21
fairness [1]  4727/11
falls [1]  4733/17
false [1]  4732/12
familiar [17]  4694/14 4735/17 4736/9
4737/12 4739/13 4788/2 4788/4 4788/5

## F

familiar... [9]  4788/20 4790/4 4790/16
4790/21 4804/2 4813/22 4822/7 4872/6
4872/10
familiarity [3]  4856/23 4856/25 4857/15
fan [1]  4727/24
fancy [2]  4832/1 4845/13
Fannin [1]  4672/10
far [3]  4684/12 4684/13 4686/14
fashion [1]  4851/18
fatalities [1]  4716/8
Faul [23]  4754/17 4754/18 4754/19
4755/1 4755/4 4755/24 4756/6 4757/7
4757/18 4759/19 4759/23 4760/10
4760/14 4760/25 4762/23 4764/12
4765/6 4766/3 4767/7 4769/15 4770/16
4842/21 4852/4
Faul's [1]  4771/4
FCRR [4]  4673/18 4881/21 4881/24
4881/25
February [25]  4704/8 4745/5 4745/8
4748/18 4797/13 4799/12 4799/25
4808/10 4808/18 4808/24 4809/22
4810/3 4810/4 4813/12 4813/14
4813/18 4815/16 4816/11 4816/12
4818/11 4819/21 4830/13 4833/8
4833/22 4836/7
February 11th [1]  4813/14
February 11th at [1]  4813/18
February 12th [1]  4748/18
February 2010 [1]  4833/8
February 20th [1]  4745/5
February 23rd [4]  4797/13 4799/12
4799/25 4833/22
February 23rd of [1]  4836/7
federal [13]  4670/10 4836/23 4837/16
4838/1 4838/10 4838/11 4838/13
4838/22 4840/4 4840/6 4841/6 4841/10
4846/5
feel [1]  4862/22
feels [1]  4706/20
feet [3]  4680/10 4680/10 4795/10
fellow [1]  4843/11
felt [3]  4749/14 4841/25 4853/8
few [18]  4683/23 4685/16 4690/17
4690/21 4705/6 4712/25 4735/3
4737/23 4739/20 4807/7 4807/8 4807/8
4819/15 4829/16 4831/20 4843/25 4877/23
field [3]  4821/22 4871/9 4871/10
fifth [2]  4718/15 4731/25
figure [1]  4775/4
file [1]  4797/3
filed [3]  4869/1 4869/2 4869/3
fill [1]  4814/23
filling [2]  4688/12 4688/14
fills [1]  4865/1
final [8]  4791/11 4791/15 4792/1 4792/8
4792/9 4792/18 4822/21 4878/19
finally [3]  4781/7 4791/23 4831/3
find [11]  4701/15 4755/19 4756/13
4772/11 4775/19 4786/5 4786/23
4787/8 4817/19 4844/23 4847/4
finding [1]  4839/4
finish [8]  4675/14 4751/12 4751/20
4777/22 4782/14 4782/24 4799/22
4802/15
finished [5]  4676/18 4751/22 4753/2
4806/4 4822/15
finishes [1]  4866/19
fire [5]  4691/21 4692/2 4719/9 4742/18
4742/20

firefighting [1]  4719/7
firm [1]  4666/17
first [46]  4679/12 4688/17 4698/14
4704/11 4704/17 4704/18 4704/22
4707/13 4716/14 4743/22 4745/2
4746/7 4747/24 4757/12 4761/3
4772/14 4775/24 4780/1 4782/7
4786/15 4786/18 4786/24 4788/4
4797/1 4797/22 4798/4 4802/19
4807/18 4809/21 4810/4 4812/10
4812/20 4813/16 4814/9 4814/25
4828/16 4832/23 4842/25 4854/3
4861/12 4866/11 4866/12 4866/15
4866/15 4871/24 4879/5
firsthand [1]  4736/16
firsts [2]  4679/9 4679/13
five [13]  4718/21 4725/18 4737/12
4737/17 4770/17 4811/21 4812/9
4812/14 4815/8 4815/12 4816/2
4821/12 4859/24
five-day [2]  4737/12 4737/17
fleet [4]  4678/25 4679/3 4700/17
4713/22
Fleytas [1]  4689/9
floating [1]  4743/23
floor [10]  4669/13 4672/14 4715/23
4716/3 4716/15 4717/5 4718/8 4718/16
4718/22 4744/6
flow [16]  4734/11 4735/6 4739/5 4739/5
4740/23 4740/25 4741/15 4741/23
4744/11 4746/15 4747/7 4747/11
4808/5 4809/17 4809/24 4866/9
flow-check [1]  4734/11
flowing [3]  4725/5 4747/2 4747/6
FLOYD [1]  4861/3
fluid [8]  4794/17 4844/7 4854/22
4859/19 4863/18 4863/19 4863/19
4866/15
fluids [9]  4808/23 4821/8 4824/22
4852/22 4854/18 4855/11 4855/12
4855/13 4858/3
fly [2]  4810/6 4858/25
fly-out [1]  4810/6
foam [47]  4758/20 4764/18 4764/18
4764/20 4770/17 4787/19 4787/24
4787/24 4788/10 4789/4 4789/12
4789/19 4789/22 4789/24 4790/4
4790/12 4790/15 4790/18 4790/19
4790/25 4791/6 4819/20 4870/8
4870/13 4870/15 4870/17 4871/3
4871/3 4871/9 4872/6 4872/7 4872/18
4872/19 4873/3 4873/23 4873/25
4874/16 4874/21 4874/23 4874/24
4876/3 4876/7 4876/12 4876/21 4877/5
4877/8 4878/19
foamed [2]  4875/18 4875/19
foaming [8]  4870/17 4875/9 4875/12
4875/15 4875/16 4878/10 4878/20
4878/24
focus [7]  4703/16 4715/21 4715/22
4791/20 4807/12 4873/23 4873/23
folder [2]  4755/14 4755/16
folks [1]  4726/13
follow [3]  4686/19 4806/5 4875/7
follow-up [1]  4875/7
follow-ups [1]  4806/5
following [3]  4715/13 4734/14 4817/21
follows [2]  4677/1 4753/14
foregoing [1]  4881/22
foreseeable [1]  4714/24
forgive [1]  4703/22
formally [3]  4675/17 4675/20 4676/8
format [1]  4868/9

former [1]  4809/2
former... [2]  4666/22 4692/22
forward [4]  4699/19 4721/22 4737/15
4737/17
found [6]  4755/11 4768/18 4794/19
4804/9 4804/10 4824/6
foundation [2]  4807/15 4817/14
four [22]  4730/18 4730/24 4731/24
4732/2 4732/6 4732/16 4752/20
4754/13 4770/17 4815/4 4815/6
4824/23 4825/7 4825/11 4827/23
4828/25 4829/5 4829/13 4855/10
4855/15 4858/8 4859/24
four-year [6]  4730/18 4730/24 4731/24
4732/2 4732/6 4732/16
fourth [1]  4718/7
frac [1]  4727/3
frame [5]  4761/10 4854/6 4859/8
4859/13 4870/6
framework [2]  4720/25 4723/13
Francisco [1]  4670/11
Franklin [1]  4671/5
frankly [1]  4718/24
Fraud [1]  4671/3
free [4]  4794/17 4863/18 4863/19
4866/15
frequently [2]  4701/12 4765/17
Frilot [1]  4672/5
front [1]  4833/9
Frugé [1]  4669/21
frustration [2]  4807/22 4839/10
full [8]  4753/15 4759/5 4792/18 4794/4
4829/5 4839/1 4842/8 4842/11
fully [2]  4689/5 4704/22
Fulshear [1]  4852/15
function [4]  4725/13 4726/17
functional [1]  4701/3
fundamental [8]  4705/21 4712/16
4733/5 4733/13 4733/21 4733/23
4733/25 4749/3
fundamentally [1]  4712/11
FUNDERBURK [1]  4673/16
further [6]  4741/6 4751/6 4759/1
4780/24 4782/24 4847/11

## G

Gagliano [45]  4755/8 4755/21 4771/23
4772/2 4772/8 4772/16 4774/17
4775/11 4775/15 4777/25 4781/11
4781/23 4782/10 4782/23 4785/8
4786/1 4786/4 4786/9 4786/13 4786/19
4786/24 4787/8 4789/10 4791/14
4791/25 4793/2 4793/23 4794/18
4795/19 4795/25 4796/6 4799/1
4799/10 4802/3 4802/14 4807/10
4810/14 4810/24 4811/8 4811/20
4812/2 4815/7 4819/6 4864/20 4876/7
Gagliano's [4]  4766/20 4780/5 4780/22
4876/6
gain [1]  4732/2
gaining [1]  4881/5
gallon [13]  4759/15 4797/17 4798/14
4804/2 4826/14 4826/23 4827/21
4828/4 4828/16 4828/19 4828/22
4831/22 4832/2
gallons [12]  4812/25 4813/17 4816/4
4828/1 4828/1 4828/2 4828/2 4844/13
4876/19 4877/1 4879/19 4879/20
GANNAWAY [1]  4673/4
gap [4]  4699/6
gaps [3]  4699/18 4700/4 4700/5
gas [9]  4680/8 4706/6 4718/8 4719/25
4723/17 4734/10 4742/14 4742/18

Case 2:10-md-02179-CJB-DPC Document 13873-80 Filed 04/25/14 Page 228 of 251

gas... [1] 4870/20
Gate [1] 4670/10
gather [5] 4756/5 4756/12 4756/19
4804/22 4805/18
gathered [11] 4721/9 4756/18 4757/2
4798/6 4798/9 4798/13 4798/17 4801/7
4801/8 4805/17 4805/18
gathering [1] 4757/12
gauges [2] 4717/9 4717/11
gave [8] 4682/17 4711/7 4736/12
4805/19 4839/23 4839/24 4840/4
4840/10
GAVIN [2] 4673/9 4843/18
gel [3] 4771/7 4795/3 4795/9
general [11] 4671/7 4671/11 4693/17
4694/1 4694/9 4696/14 4696/15
4699/25 4701/6 4706/11 4724/10
generally [14] 4689/21 4690/3 4692/7
4696/25 4697/18 4719/24 4732/13
4736/21 4737/16 4857/16 4867/25
4868/9 4870/15 4878/11
generate [1] 4809/9
generated [4] 4771/21 4807/9 4813/23
4868/12
generates [1] 4848/19
generic [1] 4735/17
generically [2] 4736/10 4737/22
Geneva [1] 4739/12
gentleman [1] 4727/15
gentlemen [7] 4688/16 4738/6 4760/10
4770/24 4776/20 4780/12 4785/21
Geoff [1] 4676/9
GEOFFREY [1] 4673/4
geolograph [1] 4717/10
get [33] 4687/13 4703/22 4707/13
4707/20 4710/4 4752/25 4760/19
4767/24 4769/21 4775/22 4791/17
4794/16 4795/15 4795/18 4801/13
4806/11 4817/7 4829/25 4834/1 4838/2
4839/14 4841/5 4849/19 4859/21
4859/23 4859/24 4867/17 4867/18
4869/1 4869/2 4871/21 4880/13
4880/15
getting [4] 4780/18 4794/9 4870/2
4875/15
give [10] 4758/15 4758/19 4759/5
4770/5 4809/23 4812/18 4840/2 4841/7
4844/1 4858/4
given [6] 4792/18 4809/13 4812/11
4833/14 4837/25 4878/12
gives [1] 4680/3
giving [2] 4700/20 4838/20
glad [1] 4867/9
global [8] 4724/22 4788/2 4788/5
4788/19 4789/20 4859/2 4872/9
4872/15
GlobalSantaFe [1] 4722/11
globe [1] 4699/23
GmbH [1] 4668/8
GMS [1] 4750/22
go [88] 4678/3 4680/1 4682/14 4682/20
4688/20 4692/25 4699/1 4704/11
4704/14 4705/4 4707/24 4714/17
4715/9 4722/2 4722/7 4723/20 4728/17
4731/18 4732/25 4740/5 4740/13
4746/24 4749/18 4751/14 4751/17
4751/17 4751/22 4752/21 4754/8
4757/25 4758/1 4759/1 4763/16
4768/14 4777/7 4778/12 4778/16
4779/25 4782/18 4784/21 4784/22
4785/18 4795/9 4797/3 4797/14

4797/21 4798/11 4799/6 4799/17
4799/20 4804/19 4807/21 4807/24
4812/6 4814/19 4825/22 4826/17
4827/1 4827/13 4828/20 4829/24
4829/24 4831/1 4836/16 4838/16
4841/6 4843/15 4844/23 4845/16
4845/16 4848/13 4855/8 4861/8 4862/6
4862/19 4863/5 4863/7 4863/9 4864/17
4865/6 4867/9 4868/13 4868/13
4871/18 4871/20 4872/9 4879/5
4879/22
Godwin [4] 4673/7 4673/7 4673/11
4784/11
goes [8] 4715/7 4727/7 4750/23
4789/17 4794/5 4865/22 4866/9 4880/9
going [65] 4677/6 4685/17 4689/19
4690/4 4700/19 4704/1 4712/13
4712/14 4712/14 4717/12 4720/18
4721/22 4723/11 4723/20 4723/21
4723/21 4728/23 4737/4 4741/10
4743/10 4751/9 4751/10 4751/25
4751/25 4752/9 4752/18 4757/20
4758/6 4773/13 4775/2 4776/6 4777/5
4777/9 4781/5 4785/23 4803/16
4804/13 4808/2 4817/12 4817/25
4820/12 4828/14 4832/20 4834/7
4834/20 4838/23 4841/4 4846/25
4847/19 4848/21 4848/25 4851/23
4853/19 4856/1 4860/11 4861/8 4863/9
4866/10 4866/12 4866/14 4867/19
4871/21 4881/9 4881/12 4881/16
Golden [1] 4670/10
gone [1] 4687/25
good [11] 4677/4 4691/25 4707/9
4708/21 4743/9 4743/10 4749/14
4786/25 4806/24 4839/5 4843/18
got [21] 4731/3 4752/6 4757/12 4767/3
4775/12 4777/23 4781/6 4781/21
4781/21 4783/2 4784/3 4792/9 4801/24
4801/25 4805/1 4817/21 4829/17
4829/23 4832/13 4843/25 4881/8
govern [1] 4701/7
governing [1] 4701/1
government [17] 4683/1 4770/12
4803/10 4836/23 4837/3 4837/16
4838/10 4838/12 4838/13 4838/23
4840/5 4840/6 4841/7 4841/11 4846/3
4846/19 4872/4
governmental [1] 4692/18
grab [1] 4803/17
gradient [1] 4727/4
Grand [1] 4672/14
graphical [2] 4702/21 4730/13
graphically [1] 4709/16
greater [1] 4730/17
group [6] 4669/15 4688/23 4689/2
4689/8 4734/4 4775/2
guess [5] 4729/1 4770/9 4810/11
4813/23 4827/10
guessing [1] 4837/8
guidance [1] 4874/20
guide [1] 4837/8
guidelines [1] 4692/22
guilty [1] 4758/2
GULF [13] 4668/5 4680/9 4693/20
4693/21 4698/11 4742/15 4767/16
4767/25 4769/13 4808/21 4821/8
4824/22 4854/10
guys [3] 4750/6 4829/25 4881/13

habit [1] 4764/21
had [179] 4675/19 4678/25 4679/25

4681/9 4681/10 4681/11 4681/12
4682/3 4684/9 4684/16 4684/18
4684/18 4684/22 4684/23 4688/9
4688/9 4688/14 4689/10 4695/15
4696/21 4705/4 4707/15 4711/2 4711/3
4714/1 4714/1 4721/7 4721/18 4726/7
4728/15 4729/19 4734/14 4735/8
4739/3 4739/4 4739/5 4750/6 4750/7
4752/5 4752/12 4754/10 4754/25
4755/7 4755/7 4755/8 4755/9 4755/12
4755/21 4755/22 4755/25 4756/1
4756/24 4757/8 4757/14 4757/16
4757/20 4758/21 4761/1 4761/5
4761/17 4761/18 4762/3 4762/7
4762/12 4762/17 4762/24 4762/25
4763/3 4764/6 4765/1 4765/1 4765/6
4765/11 4767/2 4767/16 4769/6 4769/9
4771/4 4771/23 4772/2 4772/8 4772/11
4775/11 4775/15 4775/16 4775/20
4776/20 4777/8 4777/25 4781/25
4782/5 4784/16 4786/4 4786/9 4786/10
4786/20 4786/22 4787/1 4787/8
4787/13 4787/14 4787/18 4792/1
4792/8 4793/2 4793/23 4794/14
4795/14 4796/5 4796/10 4796/11
4796/18 4796/25 4797/17 4798/17
4800/24 4801/8 4801/16 4801/23
4802/1 4802/2 4802/4 4802/13 4802/14
4802/20 4803/7 4803/13 4803/14
4803/18 4803/19 4804/5 4804/10
4804/25 4805/14 4805/20 4807/21
4807/22 4809/11 4812/2 4812/17
4814/6 4815/7 4821/2 4823/11 4824/17
4829/8 4830/22 4831/2 4834/10 4835/1
4835/10 4837/23 4837/25 4838/4
4838/7 4838/11 4838/24 4839/24
4840/10 4841/7 4841/15 4842/21
4842/22 4846/6 4848/24 4849/12
4852/9 4852/12 4853/20 4855/5 4855/6
4855/12 4860/5 4860/5 4871/11
4873/16 4874/18 4875/5 4875/5
hadn't [1] 4781/6
half [6] 4702/23 4786/12 4797/17
4798/14 4826/15 4842/8
Halliburton [60] 4673/7 4673/11 4675/7
4675/8 4754/2 4754/1 4754/17
4754/20 4756/8 4768/2 4772/25
4784/11 4788/2 4788/8 4789/5 4789/16
4790/4 4790/10 4790/15 4802/20
4807/5 4807/19 4808/15 4808/19
4809/3 4809/18 4809/24 4819/6
4822/25 4825/4 4828/11 4828/15
4828/24 4831/19 4833/15 4835/10
4836/16 4837/7 4837/10 4837/14
4837/21 4837/22 4841/11 4842/9
4843/15 4843/17 4843/19 4853/1
4853/5 4853/17 4853/21 4854/8
4854/17 4859/3 4860/10 4862/1 4862/2
4868/22 4871/11 4872/13
Halliburton's [14] 4788/5 4788/12
4788/20 4790/19 4807/9 4808/5 4808/9
4820/21 4810/13 4815/16 4818/1
4820/21 4872/9 4874/19
hand [7] 4687/4 4705/25 4705/25
4706/1 4734/3 4734/3 4734/4
handbook [2] 4724/15 4724/22
handed [1] 4846/8
handling [1] 4795/22
handover [1] 4721/4
hands [2] 4781/21 4781/21
handwriting [1] 4866/4
handwritten [5] 4852/5 4865/23 4865/25
4868/25 4869/5

H

hang [1] 4767/13
HANKEY [1] 4670/15
happen [6] 4712/15 4723/11 4724/9
 4801/10 4806/18 4843/1
happened [11] 4733/12 4757/20
 4762/17 4763/10 4768/6 4770/11
 4784/15 4816/6 4836/25 4842/22
 4842/25
happening [2] 4725/9 4734/22
happens [10] 4694/6 4735/18 4743/22
 4743/22 4743/25 4843/2 4873/22
 4877/20 4880/7 4880/10
happy [3] 4751/13 4818/2 4819/1
hard [1] 4684/24
HARIKLIA [1] 4671/22
harm [1] 4704/20
Harrell [3] 4688/21 4689/2 4739/1
harsh [2] 4677/18 4680/5
HARTLEY [1] 4673/8
has [56] 4675/8 4679/8 4683/15
 4693/13 4693/14 4694/2 4698/10
 4705/7 4706/14 4707/10 4713/17
 4714/7 4714/23 4715/3 4715/8 4718/5
 4721/1 4721/10 4724/21 4724/21
 4725/2 4725/7 4725/8 4725/9 4725/13
 4726/13 4726/16 4743/3 4765/17
 4765/20 4772/25 4773/21 4784/8
 4800/10 4800/13 4807/4 4808/3
 4811/15 4814/22 4819/16 4819/18
 4820/8 4820/9 4820/20 4821/6 4821/14
 4821/24 4822/3 4849/15 4857/17
 4858/25 4865/5 4865/8 4871/18 4872/2
 4873/9
hasn't [2] 4807/16 4807/19
HAUSER [1] 4671/4
have [225]
haven't [4] 4684/6 4793/5 4831/7
 4831/20
having [11] 4676/25 4689/16 4692/19
 4701/12 4730/1 4732/5 4753/13
 4775/14 4779/16 4848/20 4848/20
HAYCRAFT [1] 4671/19
hazard [10] 4710/20 4710/25 4710/25
 4712/22 4713/19 4714/5 4714/16
 4714/22 4716/14 4749/14
hazards [9] 4713/18 4714/6 4714/7
 4714/24 4715/12 4715/13 4715/18
 4716/3 4720/4
HAZID [1] 4710/23
HAZOP [1] 4710/23
HB [1] 4673/19
HB-406 [1] 4673/19
he [134] 4686/23 4687/23 4688/6
 4688/8 4688/21 4698/19 4706/20
 4714/22 4715/8 4721/10
 4722/17 4725/8 4734/8 4739/2 4739/2
 4739/2 4741/11 4741/12 4748/2
 4748/14 4748/15 4748/17 4748/23
 4748/25 4749/2 4749/3 4751/17
 4751/17 4752/4 4752/12 4752/20
 4755/7 4756/12 4756/14 4756/14
 4756/19 4757/7 4757/9 4757/19
 4757/21 4757/23 4757/23 4758/3
 4758/5 4758/15 4758/19 4758/19
 4758/21 4758/22 4759/12 4759/20
 4759/21 4759/23 4759/24 4760/1
 4760/1 4760/16 4760/19 4760/21
 4760/22 4761/24 4762/12 4762/15
 4762/17 4762/18 4762/20 4762/23
 4763/20 4763/20 4765/6 4765/10
 4765/17 4765/17 4765/20 4766/4

4766/5 4766/6 4766/7 4766/9 4766/11
 4767/11 4768/6 4769/16 4769/25
 4770/2 4770/4 4770/8 4770/8 4770/12
 4770/18 4775/16 4775/18 4775/20
 4777/18 4784/21 4787/13 4792/4
 4792/13 4793/23 4794/21 4795/19
 4796/1 4803/3 4805/20 4808/9 4811/21
 4812/17 4812/18 4813/3 4819/7
 4819/11 4820/9 4820/11 4820/11
 4820/12 4832/1 4838/7 4840/19
 4840/23 4841/14 4841/15 4842/20
 4847/14 4850/17 4864/24 4872/3
 4874/14 4877/22 4881/11
he'd [1] 4812/12
he's [15] 4686/15 4706/2 4706/21
 4752/6 4752/21 4752/22 4756/10
 4756/11 4791/18 4792/13 4793/5
 4835/5 4849/1 4865/19 4877/23
head [2] 4786/8 4859/14
health [9] 4692/23 4703/18 4704/23
 4706/12 4707/9 4708/4 4708/11
 4708/16 4722/14
hear [4] 4679/9 4784/12 4785/7 4787/2
heard [19] 4675/19 4705/7 4706/8
 4720/20 4725/2 4738/16 4763/11
 4786/10 4786/14 4807/4 4807/7 4807/8
 4819/16 4819/18 4820/20 4822/3
 4841/14 4865/8 4872/2
hearing [4] 4675/25 4676/13 4831/3
 4842/1
hearts [1] 4727/24
heat [3] 4880/11 4880/23 4880/25
heat-activated [1] 4880/23
heated [1] 4880/7
heavier [2] 4874/4 4874/10
held [1] 4853/21
help [3] 4765/24 4828/8 4829/25
helped [1] 4757/5
helpful [3] 4700/21 4705/9 4792/6
helping [3] 4680/4 4829/8 4847/20
here [61] 4682/12 4683/23 4684/19
 4688/15 4702/23 4703/4 4704/15
 4709/14 4709/19 4709/22 4710/6
 4731/25 4732/3 4734/5 4751/16
 4752/18 4752/20 4752/21 4753/1
 4761/11 4774/9 4779/9 4780/2 4781/9
 4784/18 4784/23 4797/10 4797/12
 4799/16 4800/4 4800/9 4800/13 4808/1
 4813/11 4813/23 4816/11 4816/17
 4817/6 4817/20 4817/21 4826/10
 4828/8 4831/3 4831/10 4833/22 4839/4
 4846/21 4847/20 4850/12 4850/24
 4852/9 4861/18 4862/23 4863/5
 4863/10 4865/20 4871/23 4872/3
 4879/8 4880/2 4880/14
hereby [1] 4721/22
hereunder [1] 4692/19
Herman [3] 4668/22 4668/22 4668/23
Hey [2] 4803/12 4804/22
hierarchy [4] 4702/10 4702/19 4724/14
 4754/16
high [2] 4699/10 4723/24
high-level [1] 4699/10
higher [4] 4764/15 4801/14 4862/15
 4863/1 4874/1 4874/16
higher-ups [1] 4801/14
highest [4] 4692/20 4732/6 4732/18
 4863/2
highlight [1] 4685/16
highlighted [3] 4679/21 4722/13 4826/4
highlights [1] 4679/8
highly [5] 4710/17 4719/10 4842/16

4842/17 4842/18
him [25] 4686/9 4687/6 4751/20
 4752/21 4753/1 4758/9 4765/24 4766/6
 4766/13 4767/12 4770/4 4770/5
 4783/12 4792/13 4793/11 4793/12
 4803/3 4805/19 4808/11 4840/20
 4844/1 4847/14 4847/15 4874/17
 4881/12
hindsight [1] 4768/11
hire [2] 4707/2 4708/19
hired [3] 4853/17 4853/23 4858/21
hiring [1] 4709/5
his [13] 4676/18 4686/20 4715/2
 4750/16 4762/9 4762/25 4769/17
 4781/11 4782/10 4785/8 4789/15
 4832/1 4858/25
historic [1] 4680/13
history [4] 4679/9 4683/16 4696/12
 4803/20
HITEC [1] 4717/8
hits [1] 4727/24
hold [4] 4768/3 4792/12 4854/4 4876/5
Holdings [5] 4672/5 4672/8 4672/12
 4672/16 4672/19
hole [5] 4692/3 4726/22 4857/12
 4877/11 4877/13
Holthaus [1] 4669/21
Honor [62] 4675/8 4675/9 4675/13
 4675/18 4676/1 4676/7 4676/24
 4741/10 4743/5 4743/10 4747/17
 4751/7 4751/11 4751/16 4751/22
 4752/3 4752/11 4752/14 4753/24
 4767/20 4791/17 4791/20 4792/6
 4793/13 4805/5 4806/5 4806/22
 4806/24 4807/6 4807/15 4807/20
 4808/2 4809/17 4816/21 4816/25
 4817/8 4817/18 4817/22 4818/1
 4818/11 4818/16 4818/19 4818/22
 4823/23 4824/2 4824/4 4825/12
 4828/10 4828/11 4834/2 4843/6 4843/8
 4843/15 4843/18 4846/24 4847/13
 4847/16 4849/1 4849/5 4863/6 4877/22
 4881/8
Honor's [1] 4807/21
HONORABLE [1] 4668/15
hope [1] 4702/16
hoped [1] 4752/6
hopefully [1] 4677/8
hoping [1] 4709/13
HORIZON [101] 4668/4 4680/7 4680/20
 4681/9 4681/11 4682/6 4682/8 4683/20
 4684/24 4685/1 4685/3 4688/7 4689/19
 4694/25 4695/3 4698/13 4702/1 4703/7
 4703/9 4704/9 4704/24 4710/13 4711/2
 4712/5 4714/1 4714/16 4715/4 4718/11
 4718/13 4720/18 4724/20 4735/15
 4736/15 4738/1 4739/10 4747/21
 4748/24 4749/21 4749/24 4750/5
 4751/1 4755/9 4756/2 4756/14 4756/15
 4756/17 4756/20 4756/23 4756/24
 4757/3 4767/15 4767/25 4770/11
 4773/10 4773/14 4773/16 4774/24
 4775/25 4780/9 4781/1 4783/1 4784/10
 4784/13 4784/20 4785/6 4785/16
 4785/23 4787/1 4787/25 4796/17
 4796/18 4796/20 4796/21 4797/18
 4797/25 4798/2 4798/9 4801/18
 4825/19 4830/2 4830/7 4830/9 4830/13
 4830/20 4830/23 4831/2 4831/5 4832/6
 4832/24 4833/16 4834/9 4834/17
 4834/25 4835/24 4838/5 4839/2
 4839/13 4839/21 4840/14 4841/12

**H**

HORIZON... [1] 4849/24
Horizon's [4] 4679/22 4683/16 4684/15
4696/11
Houma [1] 4669/16
hour [4] 4811/21 4815/13 4821/12
4866/23
hours [11] 4812/9 4812/14 4815/4
4815/6 4815/8 4816/2 4866/22 4878/21
4880/13 4880/15 4881/6
house [1] 4686/6
Houston [16] 4670/4 4672/10 4672/21
4673/5 4673/13 4673/17 4739/12
4754/19 4770/24 4771/1 4776/20
4777/24 4780/12 4785/21 4804/22
4852/17
how [52] 4694/6 4707/16 4707/20
4711/7 4711/11 4721/21 4744/10
4750/4 4750/25 4752/7 4752/9 4755/19
4758/23 4763/13 4795/8 4803/21
4808/24 4809/23 4812/2 4817/3 4820/5
4829/20 4829/22 4844/8 4848/7
4849/23 4850/2 4851/8 4857/4 4857/21
4858/2 4858/4 4858/16 4858/19
4858/22 4858/24 4859/15 4859/21
4864/21 4865/12 4866/7 4867/11
4868/12 4873/15 4875/10 4875/24
4878/9 4878/13 4878/16 4878/16
4878/19 4880/22
however [4] 4690/2 4763/5 4781/21
4784/15
HSE [4] 4686/6 4707/16 4713/20 4715/4
HUGH [1] 4673/15
Hughes [1] 4672/19
huh [1] 4775/13
Hulme [6] 4730/4 4730/8 4734/5 4745/2
4746/19 4749/7
Hulme, [3] 4734/1 4734/25 4744/18
human [1] 4687/1
hydraulic [1] 4720/10
hydrocarbon [1] 4718/8
hydrocarbons [1] 4744/6
HYMEL [1] 4672/16
hypothetical [1] 4735/12

**I**

I'd [23] 4677/23 4685/11 4690/15
4690/21 4696/20 4698/7 4712/21
4714/16 4720/2 4727/12 4728/14
4730/11 4739/22 4749/10 4782/17
4790/6 4807/11 4819/15 4824/4
4835/21 4843/25 4856/22 4858/1
I'll [16] 4677/7 4678/5 4704/7 4720/17
4753/2 4772/22 4773/3 4778/13
4780/17 4785/4 4791/20 4819/1 4842/7
4843/19 4849/3 4881/13
I'm [130] 4677/6 4681/25 4689/19
4692/9 4693/10 4700/19 4708/14
4720/18 4728/23 4734/8 4737/6
4741/10 4743/10 4747/8 4752/18
4752/18 4756/21 4758/7 4759/4
4759/14 4759/22 4759/25 4760/4
4765/14 4771/1 4771/12 4773/13
4776/6 4777/9 4777/12 4777/21 4778/8
4779/8 4779/9 4780/18 4781/3 4781/3
4781/9 4781/11 4782/11 4783/7
4783/13 4783/17 4784/8 4784/12
4784/17 4785/7 4785/15 4785/17
4785/22 4789/8 4789/15 4790/21
4792/20 4793/14 4794/9 4794/9 4795/7
4796/4 4796/8 4797/2 4797/13 4798/5
4799/22 4799/23 4800/20 4800/20

4802/8 4804/15 4805/13 4807/18
4810/6 4811/21 4817/21 4817/4
4817/6 4817/19 4817/21 4818/14
4822/15 4823/19 4828/8 4828/8
4828/14 4829/8 4831/9 4831/9 4832/8
4832/20 4833/7 4834/7 4836/1 4837/8
4837/8 4837/24 4838/9 4839/4 4839/4
4839/14 4840/25 4841/4 4841/17
4841/17 4842/1 4843/9 4846/24
4847/10 4847/19 4847/20 4848/21
4848/25 4849/22 4852/19 4852/21
4853/19 4855/12 4856/1 4856/17
4857/2 4861/7 4861/8 4863/18 4864/16
4866/2 4867/9 4870/9 4878/5 4878/25
4881/10
I've [12] 4690/24 4758/2 4763/11
4775/18 4784/3 4786/22 4792/19
4793/7 4794/14 4817/21 4857/17
4881/8
IADC [3] 4748/2 4748/17 4749/2
ID [48] 4773/18 4773/18 4773/21
4774/6 4774/19 4776/1 4779/22 4780/3
4780/11 4780/24 4781/9 4781/17
4781/22 4782/6 4782/15 4782/19
4782/22 4783/3 4783/6 4783/17
4783/18 4784/14 4784/16 4784/25
4785/8 4785/11 4785/24 4785/25
4797/14 4798/19 4799/12 4799/13
4799/15 4799/24 4800/21 4802/16
4803/14 4810/10 4811/15 4845/7
4845/8 4847/7 4848/12 4848/19
4849/15 4850/17 4851/3 4851/13
ID'ed [1] 4782/8
idea [4] 4696/22 4726/10 4734/20
4735/18
ideal [1] 4791/5
Ideally [1] 4787/21
identical [2] 4801/1 4801/17
identification [2] 4710/25 4723/2
identified [12] 4714/6 4714/9 4714/23
4720/4 4793/5 4848/4 4848/7 4849/10
4851/12 4853/3 4861/14 4872/5
identifies [2] 4716/6 4798/20
identify [8] 4693/23 4846/11 4853/20
4861/9 4863/5 4871/6 4872/18 4876/18
identifying [5] 4715/12 4716/3 4736/24
4850/17 4868/10
IDs [1] 4781/10
ignition [1] 4719/11
II [1] 4800/10
II cement [1] 4800/10
Illinois [1] 4671/24
illustrate [1] 4803/17
immediately [2] 4755/3 4844/3
impact [1] 4716/7
implemented [1] 4703/14
implementing [1] 4704/22
importance [1] 4768/12
important [8] 4727/22 4767/17 4768/3
4768/17 4768/17 4769/3 4773/1 4864/7
impression [1] 4762/3
Imprevento [1] 4669/8
inadvertently [1] 4843/12
INC [16] 4668/11 4671/19 4671/22
4672/3 4672/6 4672/7 4672/9 4672/10
4672/13 4672/13 4672/17 4672/17
4672/20 4672/21 4673/7 4673/12
incident [32] 4700/15 4706/15 4734/25
4735/4 4735/11 4739/4 4744/18 4745/2
4745/4 4745/8 4746/2 4746/19 4746/22
4749/7 4762/2 4762/6 4763/19 4763/21
4766/4 4767/3 4777/17 4777/19 4818/8
4818/11 4844/2 4848/24 4851/19

4852/1 4852/4 4856/2 4856/5 4856/11
4857/23 4875/14 4876/14
include [1] 4710/9
included [7] 4786/14 4787/14 4788/10
4792/17 4801/15 4804/1 4804/2
including [10] 4679/12 4680/10 4691/7
4693/20 4693/21 4708/16 4719/8
4719/16 4783/25 4863/16
incompatible [1] 4790/25
increase [1] 4875/5
increased [1] 4816/3
increasing [1] 4709/19
independent [3] 4701/18 4701/19
4701/20
indicate [3] 4820/25 4821/1 4880/4
indicated [3] 4737/11 4772/25 4773/16
indicates [2] 4720/7 4878/25
indication [8] 4717/5 4717/15 4717/17
4718/1 4718/6 4723/2 4725/9 4773/9
indications [2] 4872/19 4872/22
indicator [1] 4733/14
indicators [1] 4734/11
individual [9] 4688/5 4688/14 4709/23
4710/1 4711/12 4712/18 4726/12
4809/12 4821/24
individuals [4] 4685/17 4688/12 4721/9
4837/3
industry [10] 4680/2 4685/4 4685/8
4699/24 4699/25 4706/11 4719/2
4719/22 4740/3 4742/7
inflow [1] 4739/4
influx [5] 4743/22 4743/25 4744/2
4744/3 4744/14
information [14] 4696/18 4704/19
4706/21 4718/3 4795/12 4807/23
4808/5 4809/18 4809/24 4816/23
4816/23 4831/4 4846/11 4857/13
ingredient [1] 4800/14
ingredients [5] 4758/4 4768/7 4768/9
4800/10 4801/19
inherent [1] 4713/5
initial [2] 4880/5 4880/15
initially [8] 4756/19 4757/2 4757/7
4760/14 4764/19 4796/20 4796/23
4803/3
initiate [1] 4865/4
initiated [1] 4810/14
initiating [1] 4864/10
injuries [1] 4716/7
injury [1] 4722/18
input [1] 4867/12
inputted [1] 4867/5
ins [5] 4731/15 4732/3 4732/6 4732/9
4732/19
inside [1] 4797/4
inspection [1] 4720/8
inspections [1] 4720/14
instability [7] 4872/3 4872/6 4872/7
4872/19 4872/22 4873/4 4873/6
installation [1] 4722/13
installations [2] 4708/5 4708/12
installed [1] 4718/13
instance [1] 4812/20
instances [1] 4873/8
instead [3] 4740/18 4808/4 4881/12
instructed [5] 4740/16 4756/4 4839/8
4839/11 4841/24
instructions [6] 4802/9 4802/9 4812/11
4812/16 4812/18 4838/15
instrumentation [5] 4717/5 4717/15
4717/17 4718/1 4718/5
integrity [8] 4702/1 4702/4 4703/8
4709/12 4710/10 4710/12 4713/21

**I**

integrity... [1] 4722/19
intended [2] 4821/7 4821/8 4875/18
intent [1] 4699/4
intention [1] 4764/19
interaction [1] 4844/2
interested [1] 4868/16
internal [6] 4807/12 4860/5 4860/8 4861/21 4864/4 4874/20
internally [1] 4860/2
International [2] 4672/22 4673/2
interrupt [3] 4706/15 4751/13 4758/1
intervene [2] 4707/5 4708/20
intervening [1] 4709/6
introduce [5] 4675/17 4676/8 4818/4 4844/1 4852/12
introduction [1] 4675/21
inventoried [4] 4805/20 4839/25 4840/1 4840/8
inventory [1] 4798/7
investigate [1] 4741/6
investigation [2] 4734/3 4740/10
investigations [1] 4734/24
investor [1] 4681/4
involved [5] 4684/19 4809/8 4829/8 4831/9 4873/17
involvement [4] 4855/23 4856/4 4856/7 4856/10
involving [1] 4682/25
Irpino [3] 4670/5 4670/6 4676/14
irrespective [2] 4724/24 4724/24
is [474]
isn't [17] 4699/24 4732/21 4751/4 4751/5 4762/25 4768/19 4772/9 4780/12 4782/2 4782/11 4782/15 4783/5 4791/12 4794/5 4795/10 4806/19 4838/9
isolated [1] 4824/20
isolation [1] 4699/9
issue [7] 4695/19 4710/15 4721/7 4721/8 4739/13 4849/19 4862/10
issued [1] 4803/10
issues [2] 4697/8 4823/5
it [466]
it's [120] 4688/16 4689/5 4697/10 4699/3 4700/21 4701/6 4701/19 4701/20 4702/16 4705/13 4705/16 4714/5 4723/12 4724/1 4725/5 4725/12 4728/17 4728/20 4732/22 4737/3 4750/10 4750/13 4752/1 4757/15 4762/2 4767/19 4768/3 4768/13 4768/15 4769/3 4770/15 4771/11 4771/13 4771/16 4775/10 4775/12 4776/6 4779/19 4781/15 4781/16 4781/16 4781/17 4781/24 4781/24 4781/25 4823/21 4784/6 4785/7 4788/19 4788/19 4789/20 4789/20 4790/1 4790/2 4790/3 4790/7 4790/7 4790/8 4791/11 4794/9 4799/20 4802/15 4803/22 4806/17 4806/21 4810/11 4813/2 4816/24 4821/11 4821/11 4822/11 4823/18 4826/18 4827/10 4831/22 4833/10 4833/11 4833/11 4833/12 4840/20 4842/10 4842/16 4847/3 4844/22 4847/10 4847/11 4847/13 4848/8 4850/23 4852/17 4854/12 4864/7 4864/14 4865/23 4865/25 4866/2 4866/2 4866/24 4868/5 4869/8 4870/22 4870/24 4871/1 4873/16 4874/14 4875/9 4875/15 4875/16 4876/19 4876/25 4877/21 4878/15 4879/15

4880/11 4880/12 4880/16 4880/21 4880/23
items [2] 4747/3 4847/22
its [22] 4679/3 4679/4 4692/15 4692/25 4696/11 4697/12 4697/12 4698/11 4701/6 4701/7 4724/20 4724/21 4724/21 4731/10 4731/11 4739/24 4741/21 4742/5 4790/10 4855/15 4867/22 4874/12
itself [3] 4724/11 4754/22 4800/19

**J**

JAMES [2] 4668/19 4671/12
January [1] 4685/4
January 2010 [1] 4685/4
Jason [2] 4749/25 4750/7
Jefferson [2] 4668/20 4672/17
JERRY [2] 4673/12 4687/9
Jesse [38] 4755/8 4771/22 4772/8 4772/16 4774/16 4775/11 4775/15 4777/17 4780/5 4780/22 4781/10 4781/23 4782/10 4784/19 4786/4 4786/8 4786/13 4786/19 4786/24 4787/8 4789/10 4789/14 4791/25 4793/1 4793/22 4795/19 4795/25 4799/1 4799/10 4802/3 4802/14 4812/5 4813/3 4864/20 4864/20 4864/22 4876/5 4876/7
Jesse's [2] 4780/14 4813/5
JESSICA [3] 4670/19 4670/20 4806/25
jewelry [1] 4726/25
JIMMY [4] 4670/3 4686/3 4688/21 4739/1
job [28] 4688/9 4688/9 4688/17 4705/7 4705/8 4705/10 4705/16 4706/2 4706/21 4706/22 4723/19 4735/18 4788/11 4788/14 4793/18 4794/10 4807/6 4821/21 4821/22 4852/23 4853/7 4864/13 4865/6 4869/16 4876/22 4877/10 4878/12 4878/13
jobs [3] 4689/14 4690/9 4794/12
Jodi [5] 4673/18 4673/20 4881/21 4881/24 4881/25
JOHN [7] 4669/22 4672/20 4673/16 4676/7 4697/20 4714/20 4727/18
Johnson [3] 4687/14 4687/15 4688/6
JONES [1] 4673/3
JR [7] 4669/12 4673/8 4673/8 4730/4 4734/1 4734/25 4744/18
judge [15] 4668/15 4676/14 4725/2 4752/2 4752/10 4753/2 4778/8 4778/19 4784/8 4785/5 4849/9 4864/10 4865/8 4865/19 4870/14
Judge Barbier [1] 4864/10
July [7] 4788/8 4801/23 4802/6 4803/8 4822/25 4823/6 4823/16
July 14th [1] 4822/25
July 14th e-mail [1] 4823/6
July 20 [1] 4801/23
July 20th [2] 4802/6 4803/8
Jurgen [1] 4727/25
jurisdiction [1] 4692/19
just [178] 4675/13 4678/5 4678/17 4681/24 4685/15 4685/16 4687/17 4688/3 4689/13 4689/17 4690/16 4690/21 4690/22 4693/22 4694/11 4694/11 4697/19 4700/22 4700/22 4701/23 4702/9 4703/16 4703/16 4704/13 4705/8 4706/5 4706/14 4709/11 4711/3 4711/5 4713/16 4715/21 4717/9 4718/21 4722/2 4727/12 4728/4 4729/17 4733/2 4734/2

4734/8 4734/19 4735/3 4736/12 4737/2 4739/23 4739/23 4739/20 4741/21 4741/22 4746/8 4754/16 4756/19 4758/8 4759/4 4759/4 4759/5 4759/14 4765/13 4766/13 4766/20 4767/1 4768/13 4769/6 4769/25 4770/4 4774/12 4777/8 4779/8 4780/16 4781/1 4782/8 4782/9 4784/20 4786/14 4787/16 4788/24 4790/14 4793/9 4794/13 4794/16 4796/20 4798/5 4798/6 4804/10 4804/13 4804/18 4805/1 4805/20 4805/20 4805/22 4808/3 4808/4 4810/6 4812/19 4813/4 4813/15 4813/20 4814/4 4814/7 4814/11 4814/15 4815/21 4816/22 4817/4 4817/19 4819/2 4820/8 4821/22 4822/15 4823/20 4824/15 4824/19 4825/5 4826/4 4826/4 4828/8 4828/14 4828/22 4829/18 4830/18 4831/4 4838/5 4838/20 4839/4 4839/17 4840/17 4840/17 4840/18 4840/21 4840/23 4840/24 4841/2 4841/19 4842/6 4842/7 4843/1 4843/5 4846/4 4847/10 4848/11 4848/16 4849/15 4850/4 4851/22 4853/8 4853/19 4853/19 4855/8 4856/13 4856/17 4858/6 4858/22 4861/9 4861/18 4863/7 4866/10 4866/24 4867/7 4867/20 4869/1 4870/15 4870/22 4871/1 4871/4 4872/25 4873/7 4873/16 4873/23 4874/12 4875/7 4875/7 4875/12 4878/13 4880/16 4880/16 4880/17
justice [6] 4670/8 4670/12 4670/18 4671/2 4689/23 4846/5

**K**

Kanner [3] 4671/15 4671/15 4843/12
KARIS [1] 4671/22
Kaskida [1] 4850/3
Katz [1] 4668/22
Keelan [7] 4686/20 4686/24 4687/1 4687/1 4687/19 4687/25 4738/20
keep [4] 4694/13 4696/18 4863/9 4881/9
keeping [2] 4831/9 4839/6
Keeton [3] 4714/20 4715/2 4727/18
KELLEY [1] 4671/4
Kenny [1] 4869/20
Kent [2] 4687/14 4687/15
Keplinger [1] 4689/10
kept [2] 4840/15 4840/17
KERRY [1] 4672/6
key [2] 4689/5 4705/10
kick [13] 4706/22 4725/14 4729/23 4730/14 4730/17 4730/22 4730/25 4731/12 4732/18 4733/15 4734/12 4734/14 4734/20
kicks [7] 4684/8 4723/6 4723/7 4729/7 4729/12 4729/20 4732/2
kill [5] 4740/18 4740/23 4741/1 4741/16 4741/23
Kinchen [3] 4672/19 4672/20 4676/7
kind [10] 4699/6 4702/23 4763/19 4763/20 4765/7 4810/11 4829/25 4851/17 4858/22 4866/9
Kirkland [1] 4671/21
knew [19] 4755/24 4757/13 4767/15 4786/3 4786/8 4786/18 4787/3 4787/11 4787/13 4787/13 4788/16 4796/10 4804/21 4830/2 4830/19 4831/11 4840/15 4841/15 4859/15
know [138] 4681/25 4683/6 4684/6 4684/8 4684/9 4684/10 4684/12

## K

know... [131] 4684/13 4686/17 4687/6
4687/14 4701/9 4701/16 4702/4
4710/15 4711/4 4723/10 4723/12
4727/15 4727/18 4727/24 4734/6
4734/24 4734/25 4736/10 4736/19
4739/11 4750/6 4751/24 4751/25
4758/23 4760/15 4762/10 4762/10
4762/11 4762/14 4762/20 4763/8
4763/8 4763/11 4768/1 4768/11
4771/19 4777/18 4777/23 4779/3
4779/3 4779/7 4779/8 4781/5 4784/18
4786/18 4787/3 4787/5 4787/6 4787/11
4787/16 4788/18 4789/11 4789/15
4789/15 4792/16 4792/20 4793/18
4794/10 4794/11 4794/13 4794/15
4794/22 4794/24 4795/2 4797/20
4798/5 4798/20 4802/22 4803/19
4804/24 4806/12 4806/14 4812/12
4812/17 4812/17 4813/2 4813/6 4814/8
4815/21 4817/23 4817/24 4821/3
4829/16 4829/18 4829/22 4829/23
4830/3 4830/6 4830/8 4830/12 4830/14
4831/20 4833/19 4835/18 4835/23
4838/22 4840/15 4840/24 4841/17
4842/6 4844/12 4847/14 4847/15
4849/23 4850/2 4850/8 4851/9 4854/5
4856/14 4856/22 4858/10 4858/24
4859/7 4860/10 4860/11 4865/4
4866/10 4867/11 4869/7 4869/25
4873/15 4873/18 4875/13 4875/21
4875/23 4875/25 4878/12 4878/19
4879/13 4880/10 4881/9
knowing [6] 4786/22 4802/24 4803/7
4839/1 4839/6 4839/7
knowledge [11] 4696/14 4696/15
4736/16 4775/17 4789/15 4790/6
4820/4 4825/9 4833/16 4849/8 4857/19
known [1] 4820/5
knows [1] 4792/13
Kodiak [56] 4786/4 4786/10 4786/11
4786/12 4786/21 4786/25 4787/1
4787/4 4787/6 4787/9 4787/14 4797/13
4797/19 4798/15 4800/4 4800/10
4800/13 4800/17 4800/25 4801/16
4801/23 4801/25 4802/20 4802/23
4802/25 4804/2 4804/3 4804/8 4804/10
4804/13 4804/17 4805/3 4824/14
4824/18 4824/24 4825/7 4825/11
4826/7 4826/9 4826/21 4827/7 4827/9
4827/10 4827/24 4829/13 4830/2
4830/6 4830/12 4830/19 4831/2
4832/11 4835/10 4835/19 4835/25
4836/11 4850/3
KRAUS [1] 4671/16
Kuchta [1] 4689/9
Kullman [1] 4669/5

## L

L-E-O [1] 4753/18
lab [260]
label [2] 4850/5 4850/7
labeled [7] 4802/23 4803/20 4824/24
4825/1 4827/9 4830/20 4830/22
laboratory [5] 4788/3 4788/5 4807/13
4821/23 4823/11
labs [11] 4754/14 4783/10 4809/7
4844/7 4852/22 4855/4 4855/10
4855/15 4859/14 4860/12 4877/4
lack [3] 4824/15 4741/15 4741/23
laed.uscourts.gov [1] 4673/20
Lafayette [4] 4668/21 4672/18 4756/10

4756/11
laid [2] 4807/15 4807/16
Lamar [1] 4673/12
LANGAN [1] 4671/22
language [7] 4746/14 4747/2 4747/3
4747/11 4747/13 4749/6 4749/12
large [1] 4731/10
largest [4] 4678/20 4731/8 4731/10
4732/17
Larry [2] 4687/20 4688/4
Lasalle [1] 4671/23
last [23] 4705/2 4732/15 4740/7
4755/21 4763/3 4763/11 4763/15
4772/3 4772/17 4772/20 4772/23
4773/1 4782/5 4789/8 4802/19 4804/11
4806/2 4807/22 4828/3 4829/16
4842/19 4853/5 4881/13
Lastly [1] 4739/14
late [3] 4678/7 4870/6 4870/11
later [6] 4745/22 4794/16 4798/21
4819/7 4856/14 4869/25
latest [1] 4680/6
law [4] 4669/15 4669/18 4670/5 4694/11
LAWRENCE [1] 4670/21
lawyer [1] 4772/24
lawyers [1] 4764/15
lay [1] 4817/14
lead [3] 4679/16 4714/24 4847/1
leader [6] 4680/2 4705/24 4821/18
4852/21 4854/1 4855/7
leaders [3] 4680/23 4740/16 4858/9
leading [4] 4678/21 4846/25 4847/15
4849/22
leads [2] 4842/18 4851/8
leased [1] 4698/11
LEASING [1] 4668/8
least [6] 4756/1 4762/12 4764/8 4785/4
4804/2 4881/6
leave [1] 4784/1
led [2] 4720/15 4732/5
left [11] 4686/14 4687/13 4703/16
4763/24 4787/1 4787/7 4790/17 4810/2
4825/4 4853/22 4854/20
legal [3] 4856/13 4856/14 4870/1
Leger [2] 4669/12 4669/12
legitimate [1] 4818/3
length [1] 4686/11
Leo [1] 4753/17
less [2] 4701/15 4877/1
let [39] 4692/10 4699/3 4703/22 4704/5
4704/11 4707/13 4707/24 4709/9
4712/23 4713/16 4714/15 4721/12
4727/9 4738/21 4741/20 4749/9
4758/11 4767/23 4768/16 4772/14
4777/21 4782/14 4782/24 4783/12
4786/23 4790/15 4791/17 4793/12
4794/23 4796/9 4799/22 4802/15
4830/5 4830/18 4830/24 4836/16
4844/6 4847/14 4855/8
let's [53] 4675/7 4701/23 4705/4 4715/9
4716/1 4731/18 4732/25 4744/25
4745/10 4745/20 4746/4 4746/10
4746/24 4747/9 4748/13 4748/23
4749/18 4753/6 4765/15 4769/19
4772/13 4773/5 4773/5 4775/23
4775/24 4776/8 4776/16 4777/2 4778/6
4778/15 4779/10 4783/16 4784/9
4784/21 4785/18 4786/3 4796/24
4797/1 4797/9 4797/21 4798/11
4798/24 4799/17 4800/4 4800/19
4836/10 4860/3 4866/7 4868/19 4870/2
4870/7 4873/23 4874/7

letter [5] 4677/25 4678/6 4680/1
4688/1 4753/22 4753/25
letting [1] 4835/4
level [18] 4699/10 4702/23 4702/25
4702/25 4702/25 4703/2 4703/4 4703/8
4703/10 4703/19 4707/25 4711/13
4723/24 4724/15 4735/14 4856/23
4856/25 4857/15
levels [4] 4702/9 4707/21 4709/17
4853/24
Lewis [5] 4669/5 4671/18 4673/7
4673/11 4673/14
LI [1] 4672/13
life [5] 4683/18 4722/18 4806/9 4806/10
4806/15
lighter [2] 4874/10 4874/13
like [68] 4675/20 4676/8 4677/23
4681/19 4684/22 4685/11 4689/21
4690/15 4690/21 4696/20 4698/7
4699/3 4706/20 4712/21 4714/17
4720/2 4727/13 4728/14 4730/11
4739/22 4749/10 4751/15 4751/21
4751/23 4765/1 4766/20 4769/17
4772/7 4776/20 4782/17 4783/7
4787/24 4790/6 4794/15 4797/6
4798/22 4806/14 4806/20 4807/11
4807/20 4808/4 4809/19 4810/11
4813/14 4819/10 4819/15 4821/15
4821/19 4823/13 4824/4 4833/8
4833/10 4835/4 4835/21 4841/25
4843/25 4851/7 4851/10 4855/6
4856/22 4857/22 4858/1 4860/22
4864/9 4866/5 4867/23 4869/8 4869/13
Limited [2] 4678/18 4678/20
line [30] 4686/19 4687/25 4688/3
4688/5 4698/8 4698/9 4698/17 4707/16
4710/6 4710/7 4710/9 4712/1 4731/25
4740/8 4740/16 4740/18 4740/23
4741/1 4741/16 4741/23 4759/2
4769/20 4784/22 4830/16 4834/19
4834/20 4847/24 4873/18 4880/2
4880/8
liner [1] 4727/1
lines [9] 4698/2 4698/3 4698/4 4744/7
4758/12 4760/6 4765/15 4769/20
4851/1
lines 19 [1] 4769/20
link [1] 4807/12
liquid [2] 4795/9 4875/14
Liskow [1] 4671/18
list [17] 4675/19 4675/23 4676/2
4676/10 4676/15 4689/18 4715/11
4715/13 4715/18 4787/16 4805/19
4805/22 4817/9 4829/6 4839/23
4839/24 4840/10
listed [4] 4716/14 4718/21 4719/5
4731/25
Listen [1] 4766/7
listening [1] 4752/19
lists [2] 4716/12 4799/5
Literally [1] 4717/11
litigation [6] 4671/3 4712/7 4734/7
4770/2 4820/21 4823/9
little [23] 4689/12 4694/17 4696/4
4737/8 4754/7 4770/15 4781/3 4820/23
4826/4 4842/23 4842/24 4844/1
4852/12 4855/3 4856/23 4858/1 4859/8
4860/4 4864/10 4868/19 4873/7
4873/10 4875/13
live [2] 4852/14 4852/15
LLC [13] 4668/19 4668/22 4669/2
4669/15 4671/15 4672/5 4672/6 4672/9
4672/12 4672/16 4672/20 4672/22

**L**

LLC... [1] 4673/14
Lloyd's [1] 4749/20
LLP [7] 4669/21 4671/21 4672/2 4672/8
4672/12 4672/19 4673/2
located [2] 4806/2 4854/11
location [21] 4703/5 4724/25 4756/25
4768/10 4802/23 4802/25 4803/21
4803/22 4826/6 4826/18 4826/21
4827/4 4827/16 4831/5 4842/2 4846/12
4846/14 4846/15 4846/18 4847/23
4857/17
location-specific [1] 4703/5
locked [3] 4756/18 4802/18 4828/16
locker [15] 4756/18 4781/6 4781/7
4781/8 4797/5 4798/6 4802/18 4803/9
4804/20 4805/23 4806/20 4838/7
4838/8 4838/14 4838/24
lockers [1] 4711/9
logged [4] 4833/23 4836/6 4842/8
4848/17
long [11] 4679/9 4727/1 4728/1 4728/6
4752/7 4752/9 4763/13 4795/8 4878/16
4878/19 4881/16
look [44] 4688/11 4693/14 4699/17
4736/12 4755/8 4755/19 4760/11
4764/2 4764/4 4765/14 4769/19
4772/11 4772/13 4772/14 4773/5
4773/6 4773/6 4775/4 4775/8 4775/19
4775/21 4775/23 4775/24 4776/2
4776/8 4776/16 4777/2 4777/21
4779/10 4796/24 4797/1 4797/9
4798/24 4800/4 4800/17 4800/19
4803/13 4803/20 4812/15 4814/5
4818/2 4818/25 4842/3 4873/18
looked [19] 4737/17 4746/8 4761/1
4775/18 4792/19 4793/7 4793/14
4796/5 4798/21 4814/5 4814/7 4814/11
4814/15 4825/5 4828/4 4828/22
4841/20 4841/23 4842/1
looking [30] 4755/11 4755/13 4756/23
4764/3 4768/11 4772/6 4774/22
4777/24 4780/21 4785/16 4802/24
4803/11 4803/15 4804/18 4812/13
4813/22 4822/15 4823/13 4823/19
4829/11 4830/8 4833/5 4835/22
4837/19 4837/20 4837/21 4837/22
4837/23 4838/20 4881/2
looks [7] 4751/23 4761/21 4810/11
4813/14 4833/8 4851/7 4851/10
Los [1] 4672/14
loss [13] 4716/8 4722/18 4722/19
4723/2 4724/5 4724/5 4724/8 4724/10
4732/2 4794/17 4863/18 4863/19
4866/15
loss/gain [1] 4732/2
losses [3] 4684/4 4684/4 4684/8
lot [37] 4708/14 4736/22 4750/21
4750/22 4773/9 4773/10 4773/19
4773/22 4775/25 4779/19 4780/9
4780/18 4780/18 4780/19 4780/23
4781/15 4781/16 4782/9 4782/21
4782/25 4783/18 4784/9 4784/23
4785/22 4807/23 4844/9 4844/9
4844/18 4844/21 4844/24 4845/8
4847/14 4848/4 4849/10 4849/13
4850/18 4870/13
Lot No. 6264 [1] 4780/23
LOUISIANA [25] 4668/2 4668/6 4668/21
4668/24 4669/4 4669/13 4669/16
4669/19 4669/23 4670/7 4671/11
4671/12 4671/13 4671/15 4671/17

**M**

M-I [2] 4673/14 4743/4
M. [1] 4730/4
M. G [1] 4730/4
M.G. [5] 4734/1 4734/5 4734/25
4744/18 4745/2
M.G. Hulme [2] 4734/5 4745/2
M.G. Hulme, Jr [3] 4734/1 4734/25
4744/18
ma'am [12] 4808/17 4809/4 4811/19
4812/1 4814/24 4815/3 4815/5 4815/15
4815/19 4816/19 4819/23 4822/20
MAC [4] 4795/2 4795/5 4795/8 4796/5
Macondo [86] 4703/24 4704/18 4735/25
4742/15 4756/13 4757/9 4757/14
4759/21 4759/23 4759/25 4760/2
4760/3 4760/5 4760/18 4760/21
4772/18 4783/23 4783/24 4784/1
4787/2 4787/6 4787/10 4796/15
4796/18 4799/2 4800/9 4800/25 4802/5
4802/10 4802/11 4802/15 4802/21
4802/24 4803/2 4803/6 4803/12
4803/17 4804/5 4804/18 4804/19
4805/21 4805/22 4807/6 4809/21
4818/9 4818/12 4818/23 4819/19
4822/5 4824/13 4824/16 4825/1
4826/11 4826/13 4830/3 4830/13
4831/13 4832/14 4833/17 4833/21
4834/9 4834/17 4834/25 4835/20
4835/24 4836/12 4836/13 4838/2
4838/4 4838/7 4839/8 4839/18 4840/16
4842/6 4846/7 4846/22 4849/11 4850/3
4855/24 4856/5 4864/18 4868/8
4869/24 4870/3 4876/12 4877/12
Macondo-related [1] 4818/23
made [4] 4696/10 4772/2 4805/22
4814/2
Magazine [1] 4670/6
MAHRA [3] 4710/20 4711/3 4711/6
MAHRAs [1] 4709/11
Mahtook [1] 4672/16
mail [8] 4738/19 4738/21 4738/25
4822/24 4822/25 4823/6 4823/15
4867/17
Main [1] 4669/22
maintain [2] 4691/25 4695/22
maintained [1] 4703/12
maintaining [1] 4723/1
maintenance [11] 4686/16 4688/23
4694/18 4694/21 4694/24 4695/19
4700/16 4716/23 4717/1 4720/8
4720/14
major [16] 4710/20 4712/21 4713/18
4713/19 4714/5 4714/6 4714/16
4714/22 4714/24 4715/12 4716/6
4716/8 4731/5 4853/20 4860/18
4860/19
majority [2] 4689/23 4690/4
make [33] 4685/25 4689/13 4701/15
4707/1 4707/2 4707/3 4712/14 4712/19
4714/4 4737/3 4752/17 4777/6 4780/6
4784/2 4786/16 4803/9 4817/17
4818/23 4821/16 4821/17 4821/20
4821/24 4826/4 4841/19 4844/11
4844/18 4848/11 4851/24 4860/3
4867/7 4870/20 4875/3 4880/17

makes [4] 4772/12 4772/12 4796/2
4850/21
makeup [2] 4801/17 4802/5
making [3] 4681/23 4775/4 4873/18
malfunction [1] 4821/2
MALINDA [1] 4670/21
man [1] 4728/3
managed [2] 4713/18 4804/12
management [31] 4678/21 4688/5
4696/20 4696/23 4698/25 4699/2
4699/17 4700/1 4700/2 4700/3 4700/7
4700/24 4701/8 4701/10 4701/11
4701/18 4701/22 4702/8 4702/10
4702/20 4702/22 4703/13 4704/23
4705/11 4705/21 4707/16 4707/21
4708/22 4709/17 4809/1 4864/24
manager [36] 4686/20 4687/15 4687/16
4688/6 4688/8 4688/12 4688/14
4722/14 4725/22 4754/2 4754/10
4754/12 4755/19 4763/13 4791/10
4795/24 4808/21 4809/3 4821/19
4844/7 4844/8 4854/7 4854/8 4854/13
4854/16 4854/18 4854/23 4855/15
4855/19 4858/3 4858/11 4859/14
4859/19 4865/10 4866/6 4869/18
manager/performance [1] 4688/8
manual [26] 4692/23 4692/25 4693/2
4693/7 4693/8 4724/11 4724/20
4744/22 4745/13 4745/23 4746/8
4746/16 4747/4 4747/13 4748/6 4748/9
4748/20 4749/5 4790/5 4790/16
4790/18 4790/19 4790/20 4790/24
4791/2 4823/8
manuals [2] 4693/2 4703/9
manufacturers [1] 4844/11
many [5] 4682/25 4770/10 4849/23
4858/16 4859/21
MAR [2] 4699/8 4699/10
March [22] 4668/7 4675/3 4677/25
4678/8 4679/18 4680/1 4745/18
4745/18 4746/1 4746/16 4747/4
4747/14 4748/9 4748/21 4798/25
4799/4 4799/10 4800/20 4802/3
4802/14 4828/11 4853/18
March 18th [1] 4853/18
March 2010 [1] 4678/8
March 24th [1] 4677/25 4680/1
March 31st [5] 4745/18 4746/1 4746/16
4747/4 4747/14
March 7th [5] 4798/25 4799/4 4799/10
4800/20 4802/3
March 7th on [1] 4802/14
margins [1] 4847/20
Marianas [2] 4834/9 4834/25
maritime [5] 4689/8 4695/9 4695/10
4695/12 4721/8
marked [4] 4756/24 4797/18 4847/22
4847/23
market [2] 4682/3 4682/6
marking [1] 4774/2
markings [1] 4831/12
master [5] 4720/21 4720/24 4720/25
4721/8 4721/8
match [1] 4778/13
mate [1] 4689/9
material [9] 4724/8 4756/5 4756/19
4773/6 4805/11 4825/18 4846/2 4846/8
4848/1
materials [16] 4774/23 4789/3 4789/18
4797/24 4797/24 4798/10 4798/13
4799/6 4799/9 4799/14 4800/21
4801/21 4804/1 4805/7 4813/7 4852/8
Matt [1] 4677/4

M

matter [4] 4706/1 4752/18 4812/5
4881/23
MATTHEW [1] 4671/23
max [1] 4862/16
maximum [1] 4862/12
may [46] 4682/13 4689/12 4691/8
4692/24 4697/13 4699/9 4700/10
4725/9 4764/16 4764/22 4765/2 4771/3
4775/6 4775/9 4776/9 4776/12 4776/22
4776/23 4777/3 4777/19 4778/2 4778/6
4778/11 4778/16 4778/21 4779/6
4779/11 4779/14 4779/14 4780/1
4780/11 4781/20 4782/16 4785/12
4785/20 4803/15 4804/24 4804/24
4812/18 4814/7 4843/4 4843/21
4845/23 4859/24 4860/20 4866/24
May 11th [1] 4700/10
May 18th [1] 4682/13
May 2010 [1] 4771/3
May 20th [7] 4775/6 4775/9 4777/19
4778/2 4778/16 4778/21 4779/6
May 20th date [1] 4778/11
May 28 [1] 4778/6
May 28th [11] 4776/12 4776/22 4777/3
4779/14 4779/14 4780/1 4780/11
4781/20 4782/16 4785/12 4804/24
May 29th [2] 4776/23 4785/20
maybe [16] 4706/9 4711/17 4711/18
4728/17 4791/14 4792/6 4792/22
4803/12 4812/17 4821/2 4823/2 4829/4
4829/17 4840/21 4856/9 4877/22
MAZE [3] 4671/8 4824/3 4846/4
MC252 [1] 4737/19 4826/11 4831/13
MC727 [9] 4826/6 4826/9 4826/21
4827/4 4827/5 4827/16 4827/24
4828/23 4832/9
McCLELLAN [2] 4670/19 4806/25
McDonald [1] 4861/25
McKinney [1] 4673/5
McMahan [6] 4686/8 4686/11 4686/19
4687/4 4687/20 4688/4
MD [1] 4668/4
me [95] 4681/22 4681/23 4692/10
4699/3 4703/22 4703/22 4704/5
4704/11 4704/14 4707/13 4707/24
4709/9 4712/24 4713/16 4714/15
4721/12 4727/9 4727/25 4733/19
4733/25 4736/12 4738/21 4741/20
4749/9 4752/17 4756/19 4758/9
4758/11 4758/22 4762/1 4764/1
4764/23 4766/6 4766/9 4766/19
4767/23 4768/7 4768/16 4770/5
4772/14 4777/22 4781/17 4781/20
4782/14 4782/24 4783/21 4784/12
4786/17 4786/23 4790/15 4791/10
4792/24 4794/23 4796/9 4798/3 4798/8
4798/17 4799/15 4799/22 4801/20
4802/15 4802/16 4803/4 4804/17
4805/3 4805/18 4806/7 4814/13 4824/8
4830/5 4830/18 4830/24 4830/24
4831/11 4832/2 4834/2 4836/16 4838/6
4838/7 4839/17 4839/18 4840/16
4842/18 4844/4 4844/6 4845/6 4847/21
4850/23 4854/4 4854/7 4855/8 4855/18
4869/22 4876/5 4881/9
mean [26] 4711/11 4741/14 4758/1
4759/2 4768/11 4768/13 4770/2
4788/19 4789/7 4789/20 4791/18
4795/21 4813/2 4817/5 4819/5 4821/6
4823/18 4831/11 4833/18 4833/19
4837/3 4842/16 4843/4 4846/15

4849/16 4869/8
meaning [4] 4720/19 4833/9 4851/7
4853/24 4877/10 4878/15 4880/9
means [8] 4692/2 4744/12 4744/13
4770/7 4820/22 4833/20 4842/24
4846/16
meant [3] 4766/17 4804/17 4849/13
measure [1] 4795/2
measures [2] 4692/16 4700/14
mechanical [1] 4673/23
mechanisms [1] 4737/10
medical [2] 4719/8 4719/16
medivac [4] 4719/9 4719/16 4719/17
4719/19
meet [3] 4815/7 4815/12 4815/18
meeting [3] 4707/4 4735/19 4735/21
meetings [4] 4735/18 4736/4 4873/17
4873/17
members [4] 4695/6 4695/8 4747/21
4837/3
memorandum [2] 4721/13 4722/9
memorized [1] 4789/8
memory [5] 4765/24 4825/3 4825/6
4849/12 4859/8
men [5] 4750/25 4767/16 4767/25
4769/3 4769/12
mentioned [3] 4686/20 4731/15 4830/19
mentor [1] 4858/21
mentors [1] 4858/21
mere [1] 4875/17
merger [2] 4721/18 4721/20
message [3] 4867/8 4867/14 4867/17
met [3] 4685/4 4685/7 4816/3
method [1] 4807/12
MEXICO [10] 4668/5 4680/9 4693/20
4693/21 4698/12 4742/15 4808/22
4821/8 4824/22 4854/10
MG [2] 4746/19 4749/7
MG Hulme [1] 4749/7
MGH [1] 4734/9
MHRA [4] 4713/19 4713/23 4714/1
4714/6
MICHAEL [2] 4670/9 4672/12
MICHELLE [1] 4670/20
microphone [1] 4754/7
might [14] 4689/14 4690/2 4690/17
4702/1 4709/13 4711/8 4711/12
4714/24 4722/3 4723/6 4740/15
4790/11 4840/19 4861/18
migrate [2] 4743/25 4744/3
migrates [1] 4744/4
MIKE [1] 4672/3
miles [4] 4747/24 4852/17 4877/13
4877/21
MILLER [2] 4672/6 4869/20
mimic [1] 4878/17
mind [7] 4743/15 4743/18 4744/19
4744/23 4777/5 4818/22 4853/6
minute [8] 4705/5 4753/6 4754/6 4754/6
4754/7 4778/7 4793/11 4873/24
minutes [10] 4705/2 4724/15 4739/3
4752/10 4752/13 4752/21 4815/4
4815/7 4877/23 4881/9
miscibility [3] 4763/1 4763/6 4822/14
misread [2] 4741/11 4741/14
miss [1] 4777/6
missing [4] 4734/8 4779/22 4782/3
4802/7
Mississippi [5] 4799/1 4803/2 4826/12
4831/14 4841/20
misstates [3] 4792/2 4793/4 4825/10
misunderstanding [2] 4801/12 4801/13
misunderstood [1] 4802/8 4803/3

mitigating [1] 4714/8
mitigation [3] 4714/3 4719/17 4719/19
4719/22
mix [3] 4758/23 4759/9 4759/9
MMS [2] 4695/25 4696/7
mobile [2] 4669/4 4678/25
modeling [1] 4857/21
models [1] 4679/17
modern [1] 4679/4
modification [1] 4700/14
modifications [2] 4696/10 4696/17
MODU [3] 4685/5 4698/10 4715/18
monitor [4] 4724/3 4725/5 4739/25
4746/14 4747/2 4747/11
monitoring [7] 4725/3 4726/10 4726/17
4726/18 4726/24 4740/18 4740/23
Montgomery [1] 4671/10
month [3] 4678/1 4678/10 4746/22
Moore [1] 4686/4
more [23] 4690/6 4692/10 4695/24
4696/4 4717/9 4727/22 4732/8 4737/1
4737/9 4751/5 4752/12 4783/18
4783/22 4786/13 4795/21 4829/24
4834/13 4838/25 4851/18 4868/19
4875/12 4875/14 4875/15
Morgan [11] 4673/14 4761/19 4761/21
4761/24 4762/3 4762/9 4762/25 4763/9
4763/18 4785/6 4851/10
Morgan's [1] 4763/4
morning [4] 4685/18 4743/13 4744/17
4881/16
most [5] 4677/17 4679/3 4681/14
4681/21 4866/20
move [13] 4675/20 4676/2 4676/8
4719/7 4778/6 4802/17 4804/13
4817/10 4817/18 4835/2 4836/10
4851/23 4855/8
moved [12] 4787/2 4801/24 4801/25
4803/1 4805/14 4805/15 4829/1
4829/18 4832/13 4833/16 4833/19
4833/22
moving [1] 4874/12
Mr [8] 4677/4 4689/3 4733/2 4805/6
4806/25 4819/5 4824/5 4872/3
Mr. [171] 4675/18 4675/24 4676/3
4676/16 4676/23 4677/6 4682/12
4682/23 4685/14 4685/21 4686/8
4686/11 4686/19 4687/4 4687/7
4687/14 4687/14 4687/15 4687/15
4688/6 4688/23 4689/2 4689/3 4689/3
4690/12 4690/24 4691/20 4692/12
4697/20 4697/23 4698/16 4699/16
4700/12 4706/25 4707/14 4711/7
4712/25 4715/2 4716/2 4719/25
4720/22 4722/3 4724/6 4727/11
4727/21 4729/25 4730/24 4734/3
4734/3 4734/4 4734/6 4735/13 4737/25
4738/12 4738/22 4739/1 4741/21
4741/22 4742/25 4743/3 4743/9
4743/14 4744/18 4747/23 4748/11
4749/13 4750/15 4751/8 4751/10
4751/12 4751/13 4751/14 4751/16
4751/17 4751/21 4752/4 4752/5
4752/12 4752/12 4752/14 4753/11
4753/23 4754/2 4755/21 4755/24
4756/17 4757/7 4757/18 4758/12
4759/19 4759/23 4760/10 4760/14
4760/25 4761/19 4761/21 4761/24
4762/3 4762/9 4762/23 4763/4 4764/12
4765/6 4766/3 4766/20 4767/7 4769/15
4770/16 4771/4 4775/3 4775/3 4777/21
4783/12 4784/11 4785/5 4785/6 4785/3
4786/1 4791/14 4793/11 4796/6

# M

Mr.... [50]  4807/10 4808/3 4808/8
4808/15 4810/2 4810/8 4810/14
4810/24 4811/8 4811/20 4812/2
4814/22 4815/7 4817/14 4819/6 4822/3
4822/24 4823/1 4824/12 4825/16
4825/25 4828/17 4829/1 4829/3 4830/1
4830/15 4831/19 4832/1 4833/5
4833/25 4834/5 4842/20 4842/21
4843/12 4843/19 4845/7 4845/20
4846/4 4848/4 4848/22 4851/14
4851/17 4852/4 4853/10 4871/14
4873/20 4875/17 4878/22 4879/25
4881/12
Mr. Adamson [1]  4739/1
Mr. Anderson [1]  4689/3
Mr. Angelle [1]  4756/17
Mr. Badalamenti [1]  4775/3
Mr. Barnhill [6]  4751/10 4751/12
4751/17 4752/12 4752/14 4881/12
Mr. Barnhill's [1]  4676/16
Mr. Baxter [1]  4699/16
Mr. Baxter's [2]  4697/23 4698/16
Mr. Bertone [1]  4688/23
Mr. Braniff [1]  4687/7
Mr. Breit [13]  4752/4 4753/11 4783/12
4793/11 4808/3 4825/16 4828/17
4832/1 4842/20 4845/7 4848/4 4848/22
4850/14
Mr. Brian [4]  4706/25 4711/7 4741/21
4741/22
Mr. Brock [1]  4752/12
Mr. Broussard [1]  4785/5
Mr. Cunningham [6]  4716/2 4719/25
4729/25 4743/14 4744/18 4749/13
Mr. Cunningham's [1]  4707/14
Mr. Ezell [2]  4689/3 4748/11
Mr. Faul [17]  4755/24 4757/7 4757/18
4759/19 4759/23 4760/10 4760/14
4760/25 4762/23 4764/12 4765/6
4766/3 4767/7 4769/15 4770/16
4842/21 4852/4
Mr. Faul's [1]  4771/4
Mr. Gagliano [13]  4755/21 4785/8
4786/1 4791/14 4796/6 4807/10
4810/14 4810/24 4811/8 4811/20
4812/2 4815/7 4819/6
Mr. Gagliano's [1]  4766/20
Mr. Godwin [1]  4784/11
Mr. Hand [3]  4734/3 4734/3 4734/4
Mr. Harrell [1]  4689/2
Mr. John [1]  4697/20
Mr. Johnson [3]  4687/14 4687/15
4688/6
Mr. Kanner [1]  4843/12
Mr. Keeton [1]  4751/2
Mr. Kent [2]  4687/14 4687/15
Mr. Maze [1]  4846/4
Mr. McMahan [4]  4686/8 4686/11
4686/19 4687/4
Mr. Morgan [6]  4761/19 4761/21
4761/24 4762/3 4762/9 4785/6
Mr. Morgan's [1]  4763/4
Mr. Newman [23]  4677/6 4682/12
4682/23 4685/14 4685/21 4690/24
4691/20 4692/12 4700/12 4712/25
4720/22 4724/6 4727/11 4730/24
4734/6 4735/13 4737/25 4738/12
4738/22 4742/25 4743/3 4743/9 4751/8
Mr. Newman's [1]  4722/3
Mr. Nickels [1]  4747/23
Mr. Quirk [34]  4751/13 4751/14 4751/16

4751/21 4752/5 4753/23 4754/2
4755/2 4767/1 4807/3 4808/15
4810/2 4810/8 4814/22 4817/14 4822/3
4822/24 4824/12 4825/25 4829/1
4829/3 4830/1 4831/19 4833/5 4834/5
4843/19 4845/20 4851/17 4853/10
4871/14 4873/20 4875/17 4878/22
4879/25
Mr. Quirk's [2]  4830/15 4833/25
Mr. Regan [3]  4692/3 4690/12 4750/15
Mr. Richard [1]  4823/1
Mr. Turton [1]  4775/3
Mr. Webster's [3]  4675/18 4675/24
4676/3
Mr. Woelfel [1]  4727/21
much [9]  4750/4 4752/12 4758/16
4769/12 4788/25 4822/20 4847/15
4857/19 4869/25
mud [3]  4683/2 4822/14 4822/14
multiple [4]  4716/7 4740/9 4791/19
4794/24
Munger [1]  4672/12
Murkowski [1]  4700/13
must [2]  4678/1 4713/22
muster [1]  4721/6
musters [1]  4721/5
mutual [2]  4697/8 4699/19
my [41]  4677/4 4677/7 4691/23 4696/4
4727/13 4753/17 4757/1 4762/3
4765/13 4766/7 4767/4 4767/11
4767/23 4768/6 4770/9 4777/22 4781/4
4790/6 4794/10 4794/18 4801/5
4802/15 4803/20 4803/24 4805/11
4814/4 4825/3 4825/5 4828/3 4835/21
4839/11 4841/19 4842/18 4843/11
4849/12 4853/4 4857/17 4869/9
4872/17 4875/20 4881/22
myself [4]  4743/13 4744/17 4751/4
4751/5

# N

name [6]  4677/4 4686/21 4722/3 4722/5
4753/15 4753/17
names [1]  4837/6
narrow [2]  4689/17 4690/2
narrows [1]  4780/24
NATHANIEL [1]  4670/16
native [1]  4845/13
natural [2]  4670/13 4742/14
Nautilus [1]  4724/21
necessarily [2]  4785/16 4845/14
necessary [9]  4691/8 4692/16 4707/5
4708/20 4709/7 4714/8 4722/17
4746/15 4747/12
need [11]  4693/15 4693/24 4694/3
4700/4 4723/21 4723/24 4733/8
4767/13 4805/20 4835/2 4857/8
needed [3]  4694/13 4775/3 4811/21
needs [2]  4699/19 4784/2
negative [13]  4711/15 4711/19 4711/25
4712/5 4737/21 4738/4 4738/13
4739/22 4740/1 4740/18 4741/1
4741/16 4741/23
negligent [2]  4742/12 4742/12
neither [1]  4741/7
never [20]  4763/25 4764/1 4765/7
4765/11 4765/24 4775/16 4786/8
4786/10 4791/25 4792/9 4792/17
4794/1 4795/20 4839/3 4839/20
4841/10 4841/14 4841/25 4848/13
4877/23
new [13]  4668/6 4668/24 4669/7
4669/13 4670/7 4671/17 4671/20

4672/7 4672/24 4673/19 4721/21
4731/3 4734/8 4952/2
newbuild [1]  4679/1
NEWMAN [25]  4676/25 4677/4 4677/6
4682/12 4682/23 4685/14 4685/21
4690/24 4691/20 4692/12 4700/12
4712/25 4720/22 4724/6 4727/11
4730/24 4734/6 4735/13 4737/25
4738/12 4738/22 4742/25 4743/3
4743/9 4751/8
Newman's [1]  4722/3
next [19]  4692/25 4699/1 4740/21
4751/9 4753/11 4753/12 4768/15
4785/2 4813/9 4826/18 4827/2 4827/13
4836/10 4843/16 4843/17 4845/16
4861/11 4867/10 4871/24
Nickels [1]  4747/23
night [3]  4749/25 4751/1 4865/15
nine [2]  4750/7 4859/12
nine years [1]  4859/12
Ninth [1]  4669/19
nitrogen [2]  4870/24 4870/25
no [140]  4675/8 4675/19 4676/10
4676/17 4687/1 4690/13 4690/14
4690/14 4692/9 4694/3 4698/20
4699/15 4700/5 4704/2 4704/4 4704/20
4706/18 4706/19 4709/1 4719/14
4722/10 4724/7 4726/20 4726/23
4727/2 4727/5 4727/8 4733/10 4735/16
4735/23 4736/2 4736/18 4737/19
4737/20 4738/18 4739/5 4739/16
4743/3 4743/5 4744/9 4750/3 4751/6
4754/22 4756/2 4756/19 4759/18
4762/8 4763/9 4763/23 4764/17
4764/23 4764/25 4765/19 4767/1
4767/1 4768/22 4769/14 4770/22
4772/6 4772/6 4772/6 4773/14 4776/11
4779/19 4782/1 4782/24 4782/25
4784/2 4784/9 4784/23 4784/24
4785/22 4787/7 4789/22 4794/9
4794/19 4795/5 4795/15 4796/6
4797/13 4797/18 4801/9 4801/10
4802/4 4802/8 4802/24 4803/7 4803/18
4803/19 4804/9 4805/5 4808/2 4808/17
4823/23 4825/11 4826/21 4827/4
4827/17 4827/24 4829/13 4830/12
4830/23 4831/6 4831/12 4832/11
4833/1 4835/11 4835/25 4838/19
4839/16 4839/16 4840/6 4840/24
4843/4 4844/22 4848/10 4849/10
4849/12 4849/18 4850/23 4851/14
4852/7 4855/25 4857/23 4857/25
4864/24 4866/2 4866/2 4866/2 4867/25
4869/8 4869/10 4869/10 4869/12
4869/15 4873/5 4873/5 4874/4 4874/25
4879/23
No. [2]  4780/23 4826/7
No. 2 [1]  4826/7
Nobody [1]  4796/5
non [1]  4871/3
non-foam [1]  4871/3
none [2]  4675/25 4676/13
NONJURY [1]  4668/14
Nope [1]  4682/21
Norfolk [1]  4672/20
normal [1]  4680/25
normally [1]  4794/4
North [2]  4671/12 4749/21
not [232]
notation [1]  4819/21
notations [1]  4868/24
note [4]  4707/14 4821/16 4847/3 4847/6
noted [1]  4820/14

**N**

notes [12]  4763/18 4766/25 4767/1
4767/2 4767/4 4767/8 4767/13 4768/4
4770/20 4852/5 4865/23 4865/25
nothing [2]  4801/10 4804/17
notice [3]  4734/13 4775/23 4775/24
noticed [1]  4821/14
notified [1]  4812/2
notwithstanding [3]  4741/2 4741/17
4741/24
November [3]  4721/12 4721/13 4721/20
November 2007 [1]  4721/20
November 20th [2]  4721/12 4721/13
now [138]  4681/13 4682/17 4682/20
4683/11 4686/23 4687/13 4690/15
4690/18 4693/22 4696/10 4696/20
4696/22 4697/2 4697/19 4698/9
4698/10 4700/7 4703/12 4704/11
4705/4 4705/6 4707/24 4712/21
4712/23 4712/25 4715/9 4722/9 4723/6
4725/2 4728/14 4730/11 4731/14
4742/17 4745/12 4745/20 4747/9
4747/16 4748/13 4748/23 4749/18
4750/9 4750/21 4751/17 4751/20
4752/22 4754/16 4755/3 4755/24
4757/7 4758/10 4759/19 4760/16
4760/17 4760/25 4761/19 4762/23
4763/8 4764/9 4764/10 4764/12
4764/18 4766/3 4767/7 4768/12
4769/15 4770/16 4770/23 4771/1
4771/18 4772/13 4773/17 4774/11
4774/12 4775/2 4775/14 4775/23
4776/8 4777/9 4778/25 4779/13 4781/3
4781/12 4781/24 4784/18 4784/18
4786/3 4788/2 4788/20 4789/5 4790/4
4790/15 4791/7 4791/10 4792/23
4793/18 4793/18 4794/23 4796/9
4796/24 4798/1 4798/11 4798/24
4799/6 4799/17 4800/4 4800/17
4801/20 4814/7 4823/19 4823/21
4824/12 4826/23 4828/15 4842/1
4845/5 4847/19 4848/20 4849/12
4850/14 4851/25 4852/12 4852/23
4853/17 4855/22 4856/1 4856/18
4859/14 4859/18 4863/5 4864/7 4866/7
4866/25 4869/16 4869/23 4872/2
4875/17 4876/4 4880/17
number [36]  4696/21 4707/5 4726/13
4732/6 4732/18 4734/12 4750/11
4773/9 4773/19 4775/25 4776/4 4780/5
4780/9 4780/18 4780/19 4780/20
4781/15 4781/16 4781/16 4782/6
4782/20 4782/21 4783/1 4783/6 4783/6
4783/18 4785/25 4799/13 4844/18
4844/21 4844/24 4845/7 4845/8 4859/9
4868/15 4868/15
numbered [1]  4881/23
numbers [3]  4845/15 4848/12 4849/13
NW [1]  4672/3

**O**

O'Keefe [1]  4668/23
O'ROURKE [1]  4670/14
oath [1]  4759/16
object [4]  4741/10 4828/24 4846/25
4848/25
objection [11]  4738/9 4767/18 4767/21
4791/17 4792/2 4792/11 4793/4
4818/20 4825/10 4849/3 4877/25
objections [6]  4675/20 4675/23 4676/5
4676/6 4676/11 4676/12
objective [2]  4704/20 4737/11

objectives [1]  4704/19
obligated [1]  4706/17
obligation [2]  4705/17 4706/14
obligations [1]  4707/10
observe [5]  4692/18 4692/21 4740/22
4872/22 4873/3
observed [2]  4740/8 4874/14
observer [1]  4843/10
obtain [3]  4853/15 4854/16 4857/13
obtained [3]  4865/16 4866/25 4867/16
obviously [2]  4737/25 4842/1
occurred [4]  4721/2 4735/14 4744/22
4745/5
occurrence [1]  4699/22
occurring [1]  4706/15
oceans [1]  4715/19
October [12]  4749/3 4774/2 4780/2
4780/10 4780/23 4783/8 4783/9
4783/13 4785/24 4870/6 4870/9
4870/11
October 2009 [1]  4783/8
October 22nd [5]  4774/2 4780/2
4780/10 4780/23 4785/24
October 2nd [1]  4749/3
odd [1]  4873/13
off [15]  4697/19 4719/7 4727/7 4734/12
4734/20 4758/3 4768/7 4768/15
4769/15 4770/5 4770/7 4770/8 4813/4
4851/22 4858/8
off-the-shelf [2]  4758/3 4768/7
offer [2]  4675/17 4841/14
offered [3]  4818/14 4839/20 4853/8
offhand [1]  4837/8
office [25]  4668/20 4670/16 4670/22
4671/13 4672/17 4754/19 4757/1
4757/3 4757/13 4774/24 4782/1
4783/24 4784/17 4796/11 4796/15
4799/14 4800/5 4801/3 4801/4 4801/5
4801/21 4802/4 4804/11 4805/8
4805/14
officer [4]  4707/11 4708/1 4708/3
4750/19
offices [2]  4708/6 4708/13
Official [3]  4673/18 4881/21 4881/25
officials [1]  4683/1
offshore [13]  4672/6 4672/9 4672/12
4672/16 4672/20 4677/14 4678/20
4679/1 4679/5 4722/13 4760/13
4760/20 4848/13
often [3]  4750/25 4829/20 4829/23
Oh [4]  4726/1 4833/13 4843/9 4879/17
OIC [4]  4711/3 4713/21 4713/23 4714/2
oil [10]  4668/4 4668/4 4680/8 4706/6
4723/16 4731/4 4735/6 4740/3 4742/7
4742/14
oilfield [1]  4692/1
OIM [10]  4688/21 4704/8 4707/16
4707/21 4720/21 4720/23 4721/8
4722/16 4727/25 4739/1
OIMs [2]  4750/18 4750/22
Okay [108]  4675/16 4676/13 4676/20
4678/10 4687/3 4688/3 4688/16
4689/10 4689/15 4694/16 4697/2
4700/22 4703/12 4703/16 4710/5
4710/20 4712/21 4713/15 4719/25
4720/19 4721/3 4721/21 4721/24
4726/15 4729/12 4733/8 4738/25
4754/8 4759/9 4761/15 4762/7 4762/20
4770/6 4774/7 4774/15 4776/7 4776/16
4776/18 4777/10 4777/10 4777/15
4778/6 4778/23 4779/11 4779/12
4780/7 4781/13 4781/13 4785/18
4786/21 4787/18 4791/3 4791/24

4796/9 4798/8 4806/4 4806/22 4813/22
4816/13 4818/24 4819/4 4819/9 4819/9
4820/3 4823/22 4824/17 4825/13
4826/6 4827/1 4832/5 4837/25 4840/7
4840/12 4841/4 4843/7 4843/17
4844/14 4845/9 4845/10 4846/4
4848/22 4849/6 4849/20 4849/21
4853/2 4854/8 4854/16 4855/19 4856/2
4856/3 4856/12 4856/16 4858/12
4860/8 4861/17 4866/7 4870/13 4873/7
4873/10 4875/7 4876/9 4876/10
4876/20 4879/18
Oklahoma [12]  4757/8 4757/13 4757/16
4757/19 4757/20 4758/22 4759/13
4761/5 4763/9 4763/10 4763/17 4764/5
olden [1]  4717/9
Olson [1]  4672/12
OMS [3]  4698/14 4698/21 4699/8
OMS.' [1]  4699/4
on board [5]  4722/16 4834/10 4835/9
4835/19 4835/23
onboard [3]  4680/23 4689/18 4691/8
once [7]  4746/14 4785/22 4852/4
4865/1 4865/12 4866/25 4867/18
one [103]  4679/3 4679/17 4680/15
4681/4 4682/8 4683/15 4683/18
4683/21 4685/1 4688/14 4691/12
4692/5 4692/10 4699/9 4702/6 4703/22
4710/5 4713/19 4721/22 4721/24
4723/19 4726/7 4727/22 4727/22
4731/7 4731/10 4732/15 4732/16
4734/2 4740/15 4754/23 4755/15
4756/1 4756/3 4757/5 4761/17 4762/12
4762/13 4762/14 4762/15 4763/9
4764/15 4765/20 4765/21 4768/17
4772/21 4773/1 4774/1 4775/10 4776/2
4779/10 4780/25 4782/1 4782/22
4783/18 4783/22 4784/2 4784/14
4791/23 4794/19 4795/21 4795/25
4796/6 4801/9 4801/10 4802/4 4804/8
4804/8 4804/10 4804/12 4804/14
4809/19 4817/1 4817/15 4822/21
4826/14 4826/18 4826/23 4827/2
4827/14 4828/1 4828/1 4828/2 4828/16
4832/7 4833/10 4838/19 4839/16
4839/16 4846/17 4846/21 4846/21
4849/1 4854/1 4857/24 4859/25 4861/9
4861/21 4866/6 4867/13 4867/15
4874/14 4879/3
One's [1]  4867/13
ones [4]  4702/23 4766/20 4777/18
4839/12
only [21]  4677/20 4684/21 4688/14
4690/11 4711/3 4712/15 4713/8 4739/3
4743/22 4743/22 4772/25 4773/19
4775/11 4788/9 4804/7 4804/12
4818/10 4830/8 4835/14 4837/8
4881/11
onshore [3]  4688/6 4688/8 4688/17
operability [1]  4710/25
operate [7]  4677/11 4695/22 4700/15
4701/11 4701/19 4701/20 4721/22
operated [1]  4715/18
operating [3]  4700/7 4701/7 4701/13
operation [8]  4706/15 4722/19 4727/6
4732/21 4734/16 4743/23 4831/10
4857/2
operational [1]  4844/25
operations [24]  4691/1 4691/2 4691/4
4691/7 4691/17 4692/16 4692/19
4702/1 4702/4 4702/7 4703/7 4709/12
4710/9 4710/12 4713/21 4732/9

operations... [8]  4732/22 4739/2 4790/5
4790/16 4790/19 4857/16 4857/20
4857/20
operator [18]  4683/1 4683/19 4683/22
4689/10 4689/10 4690/7 4690/7
4693/14 4694/2 4694/12 4699/17
4699/25 4701/7 4701/19 4724/24
4867/24 4868/1 4869/14
operators [7]  4681/19 4694/7 4694/11
4731/5 4860/18 4860/19 4869/14
opportunity [1]  4853/8
opposed [2]  4826/11 4838/4
OptiCem [1]  4857/22
orally [3]  4765/7 4765/11 4765/18
order [16]  4753/21 4755/25 4756/4
4779/1 4780/11 4794/18 4795/23
4795/25 4796/3 4807/11 4809/22
4817/2 4817/14 4817/17 4865/6 4876/1
ordered [4]  4793/2 4793/23 4795/17
4796/5
ordinary [4]  4821/14 4873/13 4874/5
4874/15
organization [2]  4685/14 4722/11
organizational [1]  4685/11
organize [1]  4709/13
organized [2]  4688/13 4858/2
orient [1]  4685/15
orientation [1]  4810/2
oriented [1]  4689/13
original [1]  4696/2
originally [6]  4756/14 4805/8 4805/14
4813/6 4835/10 4835/24
Orleans [1]  4668/6 4668/24 4669/7
4669/13 4670/7 4671/17 4671/20
4672/7 4672/24 4673/19
other [49]  4679/13 4688/10 4696/16
4699/9 4699/20 4703/23 4710/23
4716/23 4717/1 4717/18 4726/13
4732/9 4737/10 4752/16 4757/15
4761/5 4765/21 4769/11 4773/13
4773/15 4779/24 4782/25 4802/23
4802/25 4803/17 4804/3 4804/5 4804/9
4804/15 4805/5 4823/23 4827/8
4827/18 4831/6 4831/7 4838/15 4839/1
4839/21 4841/2 4841/12 4841/15
4842/7 4844/25 4845/1 4845/3 4847/22
4849/14 4854/17 4867/23
others [5]  4683/3 4689/3 4742/13
4811/24 4863/7
otherwise [3]  4731/21 4817/11 4817/12
our [38]  4676/15 4677/12 4679/19
4679/20 4680/3 4680/6 4682/8 4685/1
4685/15 4687/1 4689/25 4694/9
4695/22 4701/9 4701/10 4701/10
4701/11 4701/17 4701/17 4701/22
4702/8 4702/21 4704/19 4709/13
4711/24 4725/7 4729/24 4736/22
4737/2 4737/7 4751/13 4802/11
4805/12 4805/24 4806/3 4860/2
4871/10 4873/17
ours [3]  4695/21 4695/21 4695/22
out [57]  4687/17 4690/11 4693/5 4699/5
4701/25 4705/14 4708/19 4712/19
4714/12 4717/18 4729/1 4732/11
4734/2 4753/1 4753/21 4755/20
4771/19 4772/11 4774/12 4775/4
4775/10 4775/19 4776/14 4777/19
4778/2 4781/5 4781/8 4784/1 4786/5
4786/23 4787/8 4794/19 4802/18
4804/13 4805/16 4810/6 4817/19
4821/14 4825/4 4826/3 4829/25

4838/13 4839/5 4841/3 4847/10 4861/8
4861/22 4867/1 4872/23 4874/2
4873/13 4874/3 4874/5 4874/8 4874/12
4874/15 4876/4
out-of-ordinary [1]  4874/5
out-of-the-ordinary [2]  4873/13 4874/15
outlined [1]  4788/10
outside [2]  4783/22 4869/6
over [32]  4686/14 4692/19 4696/11
4732/2 4732/3 4732/16 4732/18 4739/6
4763/11 4767/12 4787/1 4787/2
4794/11 4794/14 4806/8 4806/16
4807/8 4827/16 4835/10 4835/19
4836/18 4836/22 4838/11 4839/15
4846/8 4846/12 4846/18 4848/3
4852/21 4859/14 4866/24 4877/21
overall [3]  4707/4 4722/14 4864/3
overcome [3]  4875/6 4875/10 4875/24
overlooked [1]  4843/13
overriding [2]  4721/1 4721/10
overrule [2]  4767/21 4849/3
Overruled [1]  4793/6
overview [1]  4858/4
own [11]  4677/10 4692/25 4708/18
4713/13 4724/20 4724/21 4724/21
4767/10 4790/10 4855/15 4858/25
owner [6]  4695/24 4696/2 4696/3
4696/5 4867/23 4867/23
owners [1]  4869/14
owns [1]  4694/19

## P

p.m [3]  4778/22 4813/14 4813/18
page [55]  4674/2 4678/2 4678/14
4684/20 4688/20 4692/25 4697/24
4698/8 4699/2 4702/23 4704/11
4704/17 4704/18 4709/15 4714/5
4719/25 4722/3 4728/17 4745/2 4745/6
4747/24 4749/18 4758/12 4759/4
4759/5 4759/5 4760/6 4765/15 4769/19
4769/20 4777/7 4778/20 4790/23
4797/22 4798/4 4825/22 4827/13
4830/16 4834/1 4834/7 4834/21
4845/16 4847/19 4848/3 4861/11
4861/12 4863/8 4871/18 4871/20
4871/21 4871/22 4871/24 4871/25
4879/6 4879/22
pages [1]  4746/7
Palmintier [1]  4669/21
paperwork [2]  4866/11 4866/17
paragraph [2]  4740/7 4742/11 4797/10
paragraphs [2]  4739/21 4742/3
parameter [1]  4821/12
Pardon [1]  4704/14
part [39]  4701/3 4702/7 4702/8 4705/21
4723/14 4725/11 4725/16 4739/24
4757/6 4757/15 4759/14 4762/16
4764/21 4765/13 4773/4 4776/3
4777/10 4777/15 4779/22 4783/6
4783/22 4784/6 4793/15 4794/2
4794/13 4794/19 4824/19 4831/10
4834/18 4839/1 4840/13 4842/5 4851/2
4855/11 4855/25 4867/25 4868/14
4873/17 4879/16
participate [1]  4862/3
particular [30]  4773/20 4775/9 4778/25
4780/8 4780/25 4782/7 4782/8 4783/3
4783/4 4788/8 4790/22 4790/23 4792/1
4798/13 4798/14 4798/15 4798/19
4798/20 4799/4 4799/10 4804/25
4821/10 4848/1 4848/23 4850/21
4859/6 4867/16 4868/24 4879/13
4880/17

particularly [1]  4721/1
parties [3]  4762/28 4780/17 4828/11
parts [2]  4793/25 4794/3
passes [1]  4843/11
passive [1]  4719/9
past [6]  4681/8 4681/13 4681/17 4768/8
4789/9 4807/8
PAUL [1]  4669/6
pay [3]  4860/23 4861/1 4861/4
paying [1]  4804/16
PC [3]  4669/9 4673/7 4673/11
peace [1]  4700/5
pen [1]  4828/14
pencil [1]  4709/19
Pennsylvania [1]  4672/3
people [31]  4677/16 4681/5 4685/7
4689/22 4689/24 4690/3 4690/5 4690/9
4701/10 4701/17 4704/20 4707/2
4707/4 4708/24 4708/24 4708/24
4709/6 4712/12 4712/13 4717/12
4723/19 4736/22 4737/2 4737/7
4738/12 4738/16 4770/10 4788/18
4789/10 4789/17 4869/6
per [7]  4708/18 4795/9 4812/25 4813/17
4816/4 4876/19 4877/1
perceived [1]  4749/13
percent [13]  4690/5 4727/23 4728/1
4728/11 4729/6 4729/18 4863/14
4863/17 4863/21 4863/23 4863/25
4864/2 4864/5
Percentage [1]  4729/18
percipient [4]  4738/13 4738/16 4819/8
4819/10
perform [15]  4759/10 4764/18 4764/21
4765/12 4766/4 4770/17 4771/7
4776/10 4777/24 4779/2 4780/12
4852/9 4858/23 4859/16 4859/16
performance [11]  4684/15 4684/17
4686/9 4687/15 4688/1 4688/8 4690/25
4691/17 4708/20 4709/6 4857/4
performed [12]  4714/23 4758/21 4768/8
4776/11 4793/15 4793/17 4809/21
4820/21 4822/4 4822/10 4864/12
4865/14
performing [8]  4682/8 4684/22 4685/1
4692/21 4776/19 4779/16 4858/14
4873/3
performs [2]  4860/8 4875/3
perhaps [1]  4873/13
period [12]  4730/18 4730/24 4731/7
4731/25 4732/2 4732/7 4732/16
4757/17 4761/14 4783/8 4793/21
4833/19
perished [4]  4767/16 4768/1 4769/3
4769/12
permanently [1]  4718/13
Perry [1]  4861/25
person [10]  4687/23 4717/20 4725/4
4725/13 4725/23 4761/18 4787/18
4795/17 4795/21 4813/4
personal [2]  4856/23 4856/25
personally [5]  4764/23 4764/24 4829/7
4836/11 4841/10
personnel [10]  4683/1 4690/6 4690/7
4690/8 4692/17 4708/5 4708/12 4716/7
4768/2 4858/6
persons [2]  4689/18 4722/15
perspective [1]  4726/9
pertain [1]  4810/9
pertaining [8]  4749/20 4807/5 4809/18
4818/3 4818/5 4818/6 4818/8 4818/10
pertains [1]  4695/7
peruse [1]  4846/17

P
PETITION [1] 4668/8
Petrobras [2] 4725/21 4731/3
petroleum [1] 4853/13
PHILLIP [1] 4672/23
phone [11] 4755/4 4757/12 4765/6
4766/6 4766/13 4767/12 4767/24
4774/22 4777/23 4867/7 4867/13
phrase [3] 4689/17 4726/15 4732/23
pick [4] 4684/23 4734/11 4824/4
4838/23
picker [1] 4813/7
picture [4] 4831/18 4833/15 4836/4
4850/6
piece [1] 4782/3
pieces [2] 4769/8 4818/17
Pigman [1] 4672/22
pinpoint [1] 4856/17
pipe [7] 4740/9 4740/19 4740/22 4741/3
4741/7 4741/18 4741/25
place [16] 4684/18 4692/20 4715/4
4721/18 4721/20 4733/20 4734/22
4737/5 4738/3 4738/14 4742/17 4745/4
4745/8 4746/22 4755/25 4878/17
placed [2] 4798/2 4833/21
placement [3] 4877/10 4878/12 4878/14
places [2] 4688/10 4780/19
plaintiffs [14] 4668/18 4668/22 4669/2
4669/5 4669/8 4669/12 4669/15
4669/18 4669/21 4670/2 4670/5
4751/19 4807/22 4843/11
plaintiffs' [3] 4675/23 4753/21 4753/22
plan [9] 4711/16 4711/17 4711/18
4711/21 4711/23 4712/2 4712/19
4723/17 4751/23
planners [3] 4737/12 4737/12 4737/17
planning [3] 4710/1 4711/12 4712/17
plans [4] 4712/4 4712/8 4737/15
4737/18
plant [1] 4851/11
play [1] 4751/15
players [1] 4689/6
PLC [3] 4671/20 4671/23 4672/4
plea [1] 4737/23
please [41] 4675/6 4687/18 4753/10
4753/15 4758/12 4759/1 4765/16
4766/8 4769/20 4775/8 4775/8 4782/14
4785/20 4786/16 4788/23 4788/24
4797/22 4800/7 4802/15 4807/3
4819/12 4822/21 4825/14 4827/2
4827/14 4828/5 4834/3 4845/11
4845/17 4845/18 4848/7 4850/11
4850/12 4851/15 4861/11 4861/12
4861/19 4862/12 4862/19 4864/21
4865/17 4868/6 4871/12 4871/20
4871/24 4876/16 4879/8
pleasure [1] 4751/18
plenty [1] 4772/22
plug [1] 4739/6
plugs [1] 4804/3
plus [1] 4679/1
POB [1] 4689/18
pods [4] 4695/16 4695/16 4695/21
4695/21
point [20] 4687/17 4699/6 4763/6
4774/12 4781/7 4801/5 4805/15
4816/20 4817/6 4817/20 4821/17
4824/12 4841/4 4848/11 4856/2
4858/24 4867/1 4880/4 4880/15
4881/10
point-incident [1] 4856/2
pointing [1] 4833/7

points [1] 4849/1
police [3] 4690/22 4697/17 4697/17
4700/16 4701/3 4701/14 4701/21
4702/24 4703/2 4703/5 4703/9 4703/18
4736/3
policy [14] 4694/2 4694/3 4703/25
4705/4 4706/5 4706/8 4706/13 4706/18
4707/9 4708/18 4713/16 4724/22
4725/12 4733/8
populated [1] 4719/10
pore [1] 4727/3
portion [4] 4745/12 4781/24 4781/25
4834/7
position [7] 4685/23 4794/10 4818/1
4853/9 4854/3 4854/5 4854/13
positioned [2] 4679/12 4679/15
positions [5] 4853/20 4853/21 4854/1
4854/3 4854/17
positive [2] 4711/25 4733/14
possession [1] 4846/6
possibility [3] 4723/12 4735/9 4783/15
possible [9] 4715/13 4716/8 4725/14
4751/25 4813/2 4828/6 4840/20
4842/14 4842/16
possibly [2] 4794/16 4795/22
post [11] 4668/20 4670/16 4670/22
4671/13 4672/17 4844/2 4848/24
4851/19 4852/1 4852/4 4856/11
post-incident [6] 4844/2 4848/24
4851/19 4852/1 4852/4 4856/11
potential [1] 4735/10
pounds [1] 4795/9
pouring [1] 4820/12
Poydras [4] 4669/6 4671/19 4672/6
4673/19
practicable [1] 4715/5
practical [1] 4714/11
practice [4] 4701/6 4748/5 4789/20
4823/7
practices [15] 4692/1 4700/17 4700/17
4733/5 4733/14 4733/22 4733/23
4788/3 4788/5 4788/7 4788/12 4788/19
4820/5 4872/10 4872/15
pre [5] 4735/18 4735/24 4736/4 4736/6
4762/2 4762/6
pre-incident [2] 4762/2 4762/6
pre-job [1] 4735/18
pre-spud [3] 4735/24 4736/4 4736/6
precautionary [7] 4731/14 4732/3
4732/6 4732/8 4732/10 4732/14
4732/19
precede [1] 4698/7
prefer [1] 4787/18
preference [1] 4701/9
preliminary [1] 4712/25
preparation [2] 4739/6 4863/15
preparations [1] 4721/21
prepare [5] 4723/11 4766/23 4766/24
4766/25 4767/1
prepared [8] 4703/12 4712/4 4712/8
4746/6 4746/15 4747/12 4752/5
4846/10
preparing [2] 4737/8 4846/1
presence [1] 4875/17
present [3] 4738/7 4836/16 4843/10
presented [3] 4807/23 4875/1 4875/4
preservation [2] 4755/25 4756/4
president [3] 4685/21 4686/9 4687/1
press [1] 4881/14
pressure [10] 4727/3 4739/4 4740/9
4740/10 4740/22 4741/2 4741/7
4741/17 4741/25 4878/8
pressures [1] 4857/12

pressurized [1] 4822/14
pressurized [1] 4822/14
prevent [4] 4692/2 4706/15 4719/11
4722/18
prevention [8] 4691/21 4716/14 4716/22
4717/4 4718/7 4718/15 4720/7 4720/8
preventions [6] 4716/12 4718/21
4718/22 4718/23 4719/2 4720/12
preventive [4] 4714/8
previously [1] 4676/25
primarily [1] 4719/13
primary [3] 4692/15 4717/20 4754/11
principal [2] 4853/25 4854/6
print [5] 4813/8 4848/18 4865/6 4865/7
4866/3
printed [17] 4775/10 4776/14 4777/19
4778/10 4778/13 4778/21 4779/1
4779/3 4779/4 4779/4 4779/8 4779/13
4807/4 4811/11 4865/12 4865/23
4865/25
printing [3] 4776/15 4778/2 4778/5
prints [2] 4865/9 4865/22
prior [20] 4685/19 4706/10 4746/2
4754/10 4765/2 4765/11 4765/25
4777/25 4789/6 4795/5 4795/18 4796/6
4820/12 4844/8 4852/25 4855/22
4877/4 4877/8 4878/10 4878/20
priority [1] 4692/20
probably [8] 4681/17 4707/12 4833/11
4833/11 4854/3 4858/18 4859/11
4869/18
problem [3] 4754/25 4817/23 4821/1
problems [3] 4734/9 4770/1 4873/5
procedure [6] 4711/8 4711/14 4712/11
4712/11 4733/8 4859/6
procedures [19] 4700/14 4700/16
4701/3 4701/14 4701/22 4703/10
4703/18 4709/10 4709/22 4709/25
4710/4 4711/5 4716/16 4716/19 4719/6
4734/15 4734/21 4861/1 4861/2
proceed [5] 4699/19 4700/5 4705/19
4712/15 4843/21
proceedings [3] 4673/23 4881/18
4881/23
process [15] 4682/24 4710/1 4710/1
4711/12 4712/17 4714/13 4724/1
4735/17 4817/2 4841/20 4864/10
4864/21 4865/16 4867/25 4873/11
processes [1] 4713/17
produced [1] 4807/17
product [3] 4781/22 4781/22 4783/22
production [11] 4668/10 4671/19
4671/19 4671/22 4671/22 4672/3
4672/3 4807/6 4818/18 4822/6 4855/13
products [6] 4756/1 4757/13 4796/10
4796/11 4796/14 4797/4
profile [2] 4867/14 4867/21
prognosis [1] 4723/18
program [11] 4703/25 4704/6 4704/8
4704/11 4704/17 4736/9 4736/11
4736/14 4736/17 4736/19 4736/22
programs [2] 4709/11 4857/21
progressed [1] 4853/23
progression [2] 4815/21 4858/22
projects [1] 4765/18
promotion [1] 4853/25
prompt [7] 4723/3 4723/14 4723/25
4725/11 4725/16 4733/18 4733/24
proper [3] 4692/16 4771/19 4808/8
properly [1] 4843/25
properties [2] 4790/3 4790/8
property [1] 4692/3
proportion [1] 4731/11

## P

propriety [1]  4877/3
protect [2]  4692/2 4692/17
protection [1]  4719/9
prove [2]  4817/20 4825/12
provide [4]  4713/17 4735/5 4736/22
4848/12
provided [5]  4719/17 4735/1 4807/10
4869/11 4869/13
provider [1]  4678/21
provides [2]  4681/14 4694/21
providing [3]  4681/20 4695/5 4695/10
provision [2]  4691/21 4708/1
provisions [3]  4690/21 4693/5 4742/4
proximate [1]  4742/13
proxy [3]  4678/2 4679/20 4679/21
PSC [1]  4676/14
public [3]  4681/18 4681/22 4681/25
pull [35]  4677/23 4682/9 4683/11
4685/11 4689/17 4690/21 4690/23
4691/16 4692/10 4700/8 4702/15
4704/5 4712/23 4714/15 4724/12
4727/9 4728/25 4738/21 4739/22
4744/25 4745/10 4745/20 4746/4
4746/10 4747/9 4747/16 4747/23
4749/10 4750/9 4754/7 4812/22 4826/3
4862/6 4863/10 4879/23
pulled [2]  4690/24 4775/6
pulling [1]  4682/23
pump [5]  4811/21 4812/8 4816/2
4877/18 4878/17
pump's [1]  4734/20
pumped [6]  4771/24 4794/10 4794/12
4794/20 4822/5 4877/21
pumping [3]  4772/18 4773/2 4877/10
pumps [1]  4734/12
purport [1]  4819/3
purpose [11]  4694/1 4713/15 4736/19
4736/21 4737/2 4737/6 4790/11 4795/2
4846/1 4877/7 4878/2
purposes [10]  4721/3 4773/2 4774/16
4775/4 4783/4 4788/9 4810/2 4844/15
4849/15 4857/9
pursuant [2]  4748/5 4748/20
put [51]  4683/14 4697/13 4697/23
4702/6 4721/12 4728/15 4732/15
4755/25 4756/2 4756/5 4756/18
4756/24 4757/3 4764/6 4766/11 4783/6
4783/24 4784/4 4787/16 4791/22
4796/15 4796/22 4796/24 4799/14
4801/14 4802/1 4802/11 4802/18
4803/4 4803/5 4803/17 4803/18
4804/19 4805/23 4805/24 4813/4
4814/1 4824/23 4829/10 4829/13
4838/7 4840/18 4841/2 4842/9 4854/2
4854/2 4854/7 4866/12 4867/2 4875/14
4875/22
puts [1]  4697/12
putting [2]  4781/7 4874/24
puzzle [1]  4782/3

## Q

Q-U-I-R-K [1]  4753/18
QC [1]  4873/11
qualified [1]  4859/4
qualitatively [1]  4714/7
quality [1]  4806/13
quantities [1]  4742/14
quarters [1]  4842/11
question [41]  4695/18 4696/4 4698/7
4698/9 4699/1 4699/6 4699/11 4700/12
4727/13 4750/23 4759/22 4766/8

4767/23 4768/16 4777/22 4786/16
4788/20 4791/11 4793/2 4794/20
4795/18 4795/24 4802/1 4802/15
4814/4 4830/23 4830/25 4833/1
4836/10 4836/21 4837/24 4839/11
4842/19 4848/22 4848/25 4849/1
4862/18 4862/22 4863/4 4869/9
4872/17
questioning [2]  4750/16 4750/22
questions [37]  4675/9 4689/19 4689/21
4690/15 4690/17 4696/21 4705/6
4711/5 4712/25 4728/2 4728/12
4728/15 4728/23 4730/2 4735/3
4737/21 4737/24 4739/15 4739/20
4743/1 4743/3 4743/5 4751/6 4805/5
4806/23 4808/11 4823/23 4824/1
4824/5 4842/7 4845/5 4847/14 4851/22
4851/25 4858/1 4867/6 4874/18
questions/doubts [1]  4728/2
queue [4]  4812/4 4812/6 4812/7
quick [2]  4744/14 4752/23
quickly [5]  4723/22 4725/14 4733/15
4749/9 4861/8
Quirk [42]  4751/13 4751/14 4751/16
4751/21 4752/5 4753/12 4753/13
4753/17 4753/23 4754/2 4758/12
4777/3 4777/21 4779/17 4785/19
4805/6 4806/25 4808/8 4808/15 4810/2
4810/8 4814/22 4817/14 4822/3
4822/24 4824/12 4825/25 4829/1
4829/3 4830/1 4831/19 4833/5 4834/5
4843/19 4845/20 4851/17 4853/10
4871/14 4873/20 4875/17 4878/22
4879/25
Quirk's [2]  4830/15 4833/25
quite [2]  4821/13 4835/6
quote [1]  4842/22

## R

RACHEL [2]  4670/15 4672/9
ran [2]  4793/16 4816/4
Randy [1]  4739/3
rare [2]  4724/6 4724/8
rated [1]  4719/10
rather [3]  4701/7 4789/14 4881/3
re [5]  4668/4 4668/7 4760/19 4762/23
4763/2
re-create [3]  4760/19 4762/23 4763/2
reach [2]  4815/1 4859/7
read [29]  4700/21 4702/14 4702/16
4702/17 4713/16 4722/20 4728/4
4740/7 4741/11 4741/21 4741/22
4759/8 4788/15 4789/8 4789/8 4789/17
4790/14 4813/20 4820/7 4820/11
4826/1 4826/10 4833/5 4833/6 4833/7
4834/7 4834/12 4835/16 4835/21
readily [1]  4735/17
reading [8]  4758/18 4760/9 4769/24
4777/12 4834/15 4834/23 4835/8
4835/22
reads [1]  4742/11
ready [4]  4724/2 4752/22 4762/15
4858/25
reaffirming [1]  4791/1
realize [2]  4836/9 4842/4
realized [1]  4802/20
really [5]  4683/15 4688/12 4824/15
4829/23 4831/11
reason [6]  4690/11 4758/19 4784/15
4803/18 4831/6 4841/25
reasonable [1]  4692/1
reasonably [3]  4714/11 4714/24 4715/5
reasons [1]  4867/15

recall [61]  4678/6 4681/4 4681/7
4697/21 4698/4 4698/22 4700/12
4700/20 4712/10 4722/1 4729/20
4730/1 4731/16 4738/20 4745/4
4755/13 4756/15 4758/8 4758/9
4759/14 4762/15 4763/22 4765/9
4765/13 4765/22 4776/15 4778/5
4793/19 4796/23 4805/3 4823/2
4823/14 4823/20 4825/2 4829/5
4829/15 4836/20 4836/20 4837/4
4837/17 4837/18 4838/22 4838/24
4839/7 4840/20 4840/21 4841/13
4843/4 4843/5 4845/25 4855/25
4858/16 4859/9 4864/3 4869/23 4870/5
4876/14
recalled [1]  4822/18
receive [3]  4738/19 4808/25 4865/3
received [15]  4676/10 4676/16 4727/12
4727/18 4738/22 4739/9 4748/2
4748/11 4748/17 4749/2 4755/4
4770/23 4774/22 4783/11 4783/14
receiving [2]  4812/8 4849/20
recess [3]  4753/6 4753/8 4881/16
recipe [2]  4787/17 4814/8
recitation [1]  4872/12
recognition [5]  4723/2 4723/13 4723/25
4733/18 4733/24
recognize [11]  4721/14 4810/8 4812/6
4822/24 4824/21 4831/19 4845/20
4861/14 4871/14 4873/13 4874/19
recognized [1]  4734/14
recognizing [1]  4734/20
recollection [5]  4758/25 4822/13
4822/17 4823/16 4823/20
recommend [1]  4786/9 4874/24
recommended [7]  4739/17 4786/4
4786/9 4786/13 4787/9 4787/14 4823/7
recommends [1]  4790/11
reconfigure [2]  4771/22 4772/7
record [20]  4680/9 4681/11 4684/22
4686/2 4753/16 4764/6 4766/12 4770/7
4770/13 4773/15 4784/9 4792/2 4793/4
4815/21 4817/10 4817/11 4817/12
4817/17 4825/10 4881/23
recordations [1]  4696/16
recorded [1]  4673/23
records [2]  4775/18 4775/19
recreate [1]  4760/12
red [5]  4729/22 4730/14 4730/25
4731/12 4731/21
Redden [1]  4673/2
redirect [3]  4743/7 4752/14 4849/4
reduce [1]  4714/8
redundant [2]  4718/16 4719/9
refer [3]  4689/12 4717/14 4747/2
reference [1]  4729/25
referenced [1]  4676/9
referred [1]  4710/19
referring [3]  4700/23 4717/8 4860/13
refers [2]  4710/16 4729/22
reflect [1]  4861/21
reflected [2]  4813/18 4816/17
refresh [6]  4700/22 4758/25 4765/24
4822/13 4822/17 4823/16
REGAN [5]  4671/23 4676/23 4677/4
4690/12 4750/15
regard [2]  4762/4 4837/22
regarding [2]  4820/23 4841/1
regardless [8]  4694/7 4723/17 4723/17
4723/18 4751/25 4752/18 4833/12
4833/20
regards [1]  4857/6

R

regimes [1]  4710/17
region [1]  4808/22
regional [1]  4703/2
regional-type [1]  4703/2
Register [1]  4749/20
regular [2]  4764/25 4873/16
regulated [1]  4710/17
regulations [4]  4692/18 4694/10
4695/25 4696/8
related [3]  4756/13 4765/23 4818/23
4821/3 4846/7
relates [2]  4744/15 4868/8
relationship [2]  4690/16 4696/24
relative [1]  4731/11
relatively [1]  4752/13
relevance [1]  4817/20
relevant [2]  4836/19 4875/21
Reliance [1]  4731/4
rely [3]  4681/19 4681/20 4681/22
relying [1]  4773/2
remain [4]  4722/14 4723/14 4763/13
4801/21
remaining [2]  4798/15 4826/15
remediated [1]  4741/8
remember [41]  4699/3 4713/1 4713/6
4730/10 4745/8 4756/15 4758/8 4761/8
4761/19 4761/19 4763/6 4763/7 4765/4
4765/13 4768/23 4768/25 4769/17
4776/4 4776/19 4776/25 4779/10
4779/14 4792/21 4792/21 4793/19
4794/21 4804/4 4823/13 4823/18
4825/20 4826/12 4836/18 4836/22
4837/6 4837/9 4838/14 4838/14
4838/25 4840/25 4841/1 4870/2
remembers [1]  4753/20
Remove [1]  4824/19
removed [2]  4804/10 4804/19
repeat [11]  4728/23 4757/23 4758/3
4758/9 4759/22 4820/10 4820/13
4822/11 4873/14 4873/19 4874/17
repeated [2]  4677/7 4873/21
rephrase [3]  4786/16 4830/5 4836/21
replace [2]  4834/9 4834/25
report [22]  4678/2 4678/7 4679/19
4743/14 4745/2 4749/20 4766/5 4766/7
4766/9 4766/14 4766/16 4766/18
4809/9 4821/23 4855/17 4867/18
4867/19 4867/22 4868/3 4868/5
4868/12 4868/14
reported [5]  4767/12 4852/4 4855/4
4855/18 4855/20
Reporter [3]  4673/18 4881/21 4881/25
reporting [2]  4809/5 4868/16
reports [6]  4684/6 4766/20 4807/9
4864/8 4868/1 4868/9
represent [12]  4677/5 4772/22 4773/3
4773/13 4776/6 4780/4 4785/4 4785/23
4790/23 4797/2 4847/9 4878/16
representation [3]  4709/16 4730/14
4780/24
representative [4]  4807/10 4807/13
4810/14 4817/3
represented [2]  4786/19 4786/24
represents [3]  4730/19 4730/21 4797/16
reproduced [3]  4811/2 4811/25 4819/24
request [23]  4798/21 4809/11 4809/12
4810/10 4810/14 4812/4 4812/5 4813/3
4813/6 4821/24 4857/14 4860/20
4864/22 4865/2 4865/3 4868/2 4868/15
4868/15 4869/7 4869/17 4870/3 4878/6
4878/11

requested [6]  4767/11 4858/15 4859/16
4865/20 4866/4 4867/8
requesting [6]  4763/22 4837/15 4865/1
4867/11 4869/11 4873/21
requests [3]  4808/25 4812/3 4864/12
require [1]  4736/4
required [3]  4699/5 4739/25 4811/8
requirement [8]  4698/20 4710/18 4723/3
4812/9 4815/7 4815/13 4815/18 4816/2
requirements [1]  4692/23
requires [2]  4698/21 4723/1
requisite [1]  4675/19
reservoir [10]  4715/22 4716/3 4716/15
4716/22 4717/4 4718/7 4718/15
4718/22 4719/2 4744/11
resources [4]  4670/13 4687/2 4692/23
4710/6
respect [47]  4677/9 4681/5 4682/18
4689/22 4691/21 4694/12 4694/16
4695/15 4696/1 4696/16 4703/24
4706/24 4707/22 4712/5 4718/24
4719/5 4720/17 4720/22 4724/11
4725/2 4725/3 4726/16 4732/24
4733/11 4734/5 4735/3 4735/24 4736/6
4736/13 4738/19 4739/14 4739/21
4741/20 4742/3 4803/16 4808/7
4846/11 4851/5 4862/9 4862/10
4862/22 4863/12 4863/15 4863/18
4863/19 4872/18 4881/6
respective [1]  4722/16
respond [1]  4723/21
response [4]  4700/12 4719/6 4721/5
4721/9
responsibilities [5]  4689/20 4708/7
4719/13 4719/20 4858/12
responsibility [21]  4692/15 4695/19
4695/22 4696/14 4708/17 4708/23
4709/5 4716/20 4717/2 4717/16
4717/20 4718/12 4718/19 4725/4
4725/7 4725/8 4725/23 4726/7 4726/13
4726/19 4726/24
responsible [16]  4691/3 4694/18
4694/24 4695/2 4695/5 4695/9 4695/12
4695/25 4696/7 4708/4 4708/11
4708/14 4722/14 4727/23 4754/13
4858/14
responsible/accountable [1]  4727/23
rest [2]  4719/19 4805/2
restart [1]  4767/23
restate [1]  4792/12
result [14]  4700/15 4712/7 4735/10
4744/22 4746/19 4749/6 4815/6
4815/12 4815/13 4815/17 4821/10
4867/16 4873/13 4874/5
resulted [1]  4734/15
results [30]  4766/5 4766/6 4766/7
4766/9 4766/12 4766/13 4767/12
4768/4 4769/4 4770/5 4775/21 4794/16
4795/16 4806/11 4809/6 4809/13
4814/23 4815/17 4821/23 4852/4
4852/6 4862/11 4865/15 4866/25
4867/4 4867/12 4867/22 4868/4
4873/18 4874/15
resume [1]  4676/22
retain [1]  4805/12
retardant [2]  4792/17 4793/1
retarded [1]  4814/9
retarder [11]  4790/3 4790/7 4812/13
4812/20 4813/1 4813/7 4813/17 4814/9
4816/3 4879/13 4879/20
retested [1]  4873/10
return [1]  4724/5
returns [3]  4724/5 4724/10 4733/15

Reudelhuber [1]  4727/18
review [2]  4736/15 4818/22
reviewed [2]  4684/4 4876/11
reviews [1]  4698/24
revised [5]  4748/6 4748/9 4748/10
4748/21 4749/6
revision [1]  4745/22
revisions [1]  4746/18
rheologies [1]  4866/15
Rheology [2]  4794/16 4864/1
RICHARD [7]  4674/16 4822/25 4823/1
4855/21 4861/25 4862/3 4869/19
Rickey [3]  4762/25 4763/8 4763/18
rid [1]  4767/3
Ridge [1]  4683/24
rig [101]  4668/4 4679/25 4680/7
4683/19 4684/23 4684/24 4685/7
4687/15 4687/16 4688/6 4688/8
4688/12 4688/14 4688/18 4688/20
4689/22 4689/24 4690/3 4690/5 4690/7
4690/9 4691/4 4694/19 4695/6 4701/20
4703/5 4705/24 4705/25 4706/1
4710/18 4719/8 4722/9 4722/11
4722/16 4722/19 4725/22 4730/18
4730/21 4730/25 4735/18 4739/22
4742/18 4742/20 4743/24 4744/6
4750/6 4750/7 4756/14 4756/15
4756/17 4756/20 4756/23 4756/24
4757/3 4769/13 4780/20 4783/3 4784/6
4784/7 4785/9 4796/17 4796/18
4796/20 4797/25 4798/1 4798/2 4798/9
4801/4 4801/15 4801/24 4802/2
4802/13 4803/14 4803/22 4804/1
4805/19 4825/19 4831/2 4831/5 4834/9
4834/25 4838/5 4844/17 4844/21
4845/9 4846/16 4847/10 4847/11
4848/9 4848/24 4849/2 4849/11
4849/17 4850/22 4850/23 4851/4
4851/6 4851/12 4852/2 4870/23
4877/13
rig-specific [4]  4703/5 4844/21 4850/22
4850/23
right [215]
rigs [23]  4677/10 4679/23 4682/8
4685/1 4689/25 4701/7 4701/12 4706/8
4711/24 4718/24 4722/12 4725/4
4725/18 4725/19 4729/25 4730/4
4730/5 4731/11 4732/17 4737/13
4805/12 4845/1 4849/20
RIL [1]  4731/3
rise [4]  4675/5 4753/7 4753/9 4881/17
riser [25]  4711/22 4712/1 4712/9 4720/1
4732/24 4733/3 4733/9 4733/12
4733/20 4739/6 4743/17 4743/20
4743/21 4743/23 4743/24 4744/4
4744/5 4744/8 4744/13 4744/15
4744/15 4744/16 4746/15 4747/2
4747/11
risers [1]  4730/1
rising [1]  4881/3
risk [19]  4699/10 4702/10 4709/11
4709/17 4709/20 4710/20 4712/22
4713/5 4713/9 4713/12 4713/15
4713/19 4714/5 4714/6 4714/9 4714/16
4714/22 4718/24 4719/23
risks [3]  4712/15 4713/5 4715/4
RMR [4]  4673/18 4881/21 4881/24
4881/25
ROBERT [2]  4669/3 4672/3
ROBERTS [2]  4672/9 4673/4
role [5]  4688/12 4688/14 4706/25
4708/11 4821/9

**R**

roles [2]  4687/14 4689/20
Ron [2]  4754/17 4756/6
Ronnie [4]  4754/18 4754/19 4754/25
 4755/4
Room [1]  4673/19
Rose [1]  4686/3
rotary [1]  4717/9
rotary-type [1]  4717/9
rotating [2]  4855/5 4858/8
Rouge [2]  4669/23 4671/13
rough [1]  4689/22
roughly [2]  4854/15 4878/16
routinely [1]  4815/17
Roy [2]  4668/18 4668/19
rules [2]  4692/18 4692/22
run [22]  4726/22 4765/1 4767/11
 4768/14 4768/14 4768/14 4769/6
 4769/6 4791/11 4791/19 4795/12
 4795/14 4795/15 4806/12 4812/19
 4822/19 4857/24 4858/20 4858/25
 4866/14 4876/2 4880/18
running [1]  4857/21
runs [1]  4866/22
Rusnak [1]  4670/2

**S**

s/Jodi [1]  4881/24
SA [3]  4880/18 4880/20 4880/24
SA-541 [3]  4880/18 4880/20 4880/24
sack [5]  4812/25 4813/17 4816/4
 4876/19 4877/1
safe [5]  4702/7 4732/21 4732/22
 4763/23 4871/1
safely [1]  4712/19
safest [2]  4681/14 4681/21
safety [52]  4691/9 4692/13 4692/15
 4692/18 4692/20 4692/22 4692/22
 4692/25 4693/1 4693/2 4693/7 4693/13
 4693/14 4696/20 4696/23 4697/3
 4697/12 4698/24 4699/1 4699/17
 4700/1 4700/1 4700/3 4700/7 4700/14
 4701/10 4701/11 4701/18 4701/22
 4702/8 4703/18 4703/25 4704/23
 4705/11 4705/21 4706/12 4706/24
 4706/25 4707/9 4707/17 4707/22
 4708/4 4708/11 4708/16 4710/15
 4710/18 4710/19 4713/20 4713/23
 4714/12 4714/13 4722/14
said [38]  4681/5 4681/13 4683/7
 4683/21 4684/14 4693/12 4695/20
 4697/2 4700/15 4703/25 4706/14
 4713/8 4732/11 4737/7 4741/12 4747/6
 4752/12 4756/14 4756/14 4758/21
 4761/21 4781/2 4784/21 4788/13
 4801/15 4805/20 4819/3 4827/9 4828/4
 4828/22 4839/16 4839/16 4842/22
 4865/22 4866/5 4867/9 4871/17 4875/8
sake [1]  4828/21
same [85]  4676/1 4688/16 4693/12
 4699/2 4699/4 4712/23 4714/5 4714/17
 4718/23 4720/12 4726/14 4730/13
 4731/24 4732/23 4733/11 4734/19
 4744/8 4749/5 4750/13 4757/17
 4771/11 4771/13 4771/14 4771/14
 4771/15 4771/16 4775/10 4776/2
 4776/6 4778/3 4780/1 4780/3 4780/5
 4780/14 4780/15 4780/18 4780/19
 4781/15 4781/16 4781/16 4781/17
 4782/5 4782/12 4782/15 4782/19
 4782/21 4783/18 4784/14 4784/16
 4784/24 4784/25 4785/11 4785/25

sample [75]  4773/18 4773/18 4776/1
 4779/22 4780/3 4780/11 4780/14
 4780/15 4780/24 4781/17 4781/22
 4781/24 4781/25 4782/4 4782/5
 4782/15 4782/22 4783/3 4783/5
 4783/14 4783/15 4783/17 4783/18
 4784/14 4784/16 4784/20 4784/25
 4785/8 4785/9 4785/11 4785/16
 4785/24 4785/25 4797/13 4797/14
 4798/16 4798/19 4799/12 4799/13
 4799/15 4799/19 4799/24 4800/17
 4800/21 4802/1 4802/2 4802/22
 4802/25 4803/3 4803/18 4803/20
 4831/4 4831/8 4844/18 4845/8 4847/7
 4847/8 4847/25 4848/1 4848/8 4848/12
 4848/17 4848/19 4849/2 4849/15
 4850/17 4850/21 4851/2 4851/3 4851/4
 4851/13 4874/3 4874/8 4874/9 4875/5
Sample ID [1]  4780/11
samples [50]  4768/9 4774/3 4782/19
 4782/21 4783/16 4787/4 4787/5
 4787/12 4787/17 4796/20 4796/21
 4801/25 4802/10 4803/4 4803/6 4804/5
 4805/4 4805/7 4805/12 4805/14
 4805/18 4805/19 4805/21 4805/23
 4805/23 4824/16 4824/18 4824/20
 4825/5 4829/24 4831/3 4835/15
 4835/22 4838/3 4838/6 4838/7 4838/13
 4838/23 4839/5 4839/8 4839/18
 4839/21 4840/16 4840/16 4840/17
 4846/14 4847/23 4848/16 4849/12
 4849/20
San [1]  4670/11
sank [1]  4742/23
save [2]  4769/4 4770/20
saw [7]  4709/10 4726/3 4738/16
 4813/16 4819/11 4835/14 4850/6
say [34]  4677/10 4686/1 4691/20
 4703/8 4716/25 4741/18 4745/7
 4763/23 4777/7 4776/4 4778/13
 4785/15 4787/13 4789/7 4790/21
 4793/14 4802/8 4804/15 4804/22
 4812/19 4821/5 4825/4 4826/21
 4827/10 4832/8 4832/20 4836/1
 4840/24 4840/24 4851/2 4858/18
 4860/8 4860/13 4873/22
saying [15]  4682/24 4759/16 4759/18
 4776/10 4779/8 4779/9 4781/4 4783/7
 4783/13 4783/17 4785/17 4786/21
 4804/15 4841/1 4845/13
says [79]  4678/24 4679/2 4679/7
 4679/11 4679/15 4680/12 4683/5
 4683/6 4691/7 4693/9 4698/19 4706/13
 4706/17 4708/3 4708/9 4709/25
 4713/17 4715/1 4715/6 4715/11
 4716/18 4717/7 4718/10 4718/17
 4720/9 4720/13 4726/6 4729/8 4729/14
 4730/16 4730/20 4731/2 4732/20
 4733/4 4733/7 4734/8 4738/24 4740/4
 4740/12 4740/16 4740/20 4740/21
 4740/24 4741/4 4741/9 4741/15
 4741/23 4742/8 4742/16 4745/7
 4745/19 4747/6 4747/15 4748/4 4749/4
 4778/15 4778/18 4783/1 4783/2
 4790/24 4822/15 4826/6 4826/18

4787/17 4787/17 4791/21 4799/11
4799/14 4799/14 4799/18 4799/18
4799/24 4800/10 4800/14 4800/14
4801/19 4802/16 4803/14 4803/23
4806/10 4806/11 4806/11 4809/5
4816/24 4816/24 4827/18 4832/20
4844/18 4851/2 4851/3 4852/9 4866/18
4866/19 4872/12 4878/15
sample [75]  4773/18 4773/18 4776/1

4787/16 4827/21 4828/15 4828/19
4828/21 4828/24 4832/6 4832/7 4832/9
4832/11 4842/10 4846/22 4847/3
4847/6 4847/24 4850/24
scan [1]  4784/7
scenarios [1]  4715/11
Science [1]  4853/13
SCOFIELD [1]  4673/15
score [7]  4862/15 4862/24 4863/1
 4863/13 4863/16 4863/20 4864/3
scored [2]  4862/12 4862/14
SCOTT [1]  4670/14
SCR [39]  4773/7 4773/10 4773/20
 4774/1 4774/6 4774/19 4775/12
 4775/16 4775/24 4779/19 4779/25
 4780/2 4780/9 4783/14 4784/19
 4784/22 4784/23 4785/3 4785/22
 4789/25 4790/6 4790/7 4791/22
 4792/17 4793/1 4804/25 4812/14
 4813/1 4814/8 4828/20 4844/8 4844/14
 4844/21 4845/8 4848/4 4848/23
 4849/10 4850/18 4851/13
SCR-100 [6]  4784/22 4789/25 4790/7
 4791/22 4792/17 4793/1
SCR-100L [28]  4773/7 4773/10 4773/20
 4774/1 4774/6 4774/19 4775/12
 4775/16 4775/24 4779/19 4779/25
 4780/2 4780/9 4783/14 4784/19
 4784/23 4785/3 4785/22 4804/25
 4812/14 4813/1 4814/8 4828/20 4845/8
 4848/4 4848/23 4850/18 4851/13
scratch [1]  4874/23
screen [20]  4704/10 4707/18 4759/8
 4777/5 4807/16 4808/7 4809/20 4810/3
 4810/8 4810/21 4811/14 4815/14
 4817/9 4817/16 4819/25 4820/17
 4822/9 4833/5 4834/19 4865/20
screens [1]  4717/11
sealant [7]  4779/19 4788/21 4788/22
 4848/2 4851/5 4875/6 4875/8
search [2]  4812/12 4812/14
seated [2]  4675/6 4753/10
second [20]  4716/22 4728/17 4761/24
 4762/9 4762/10 4775/2 4775/22
 4785/20 4786/3 4797/10 4798/24
 4803/12 4816/11 4825/22 4826/18
 4826/23 4833/10 4846/21 4847/19
 4879/6
secondary [2]  4790/3 4790/8
Secrest [1]  4673/2
secretary [1]  4845/23
section [19]  4668/5 4670/13 4671/3
 4691/17 4732/23 4747/3 4788/11
 4788/24 4788/24 4799/6 4800/21
 4811/3 4811/17 4823/8 4823/11 4862/6
 4863/6 4871/21 4872/5
Section 15 [1]  4691/17
sectors [1]  4679/5
secure [15]  4756/5 4756/13 4796/11
 4801/9 4802/3 4802/10 4802/12 4803/2
 4805/21 4824/16 4828/16 4838/6
 4839/17 4839/18 4840/16
secured [14]  4756/2 4774/24 4782/1
 4784/17 4797/4 4801/3 4801/21
 4802/13 4803/6 4803/13 4805/8
 4805/23 4838/24 4839/7
securing [2]  4783/9 4803/25
Sedco [3]  4734/25 4735/3 4735/9
Sedco 711 [2]  4735/3 4735/9
see [139]  4675/7 4678/17 4678/18
 4684/3 4685/20 4686/9 4686/15
 4687/10 4691/5 4691/10 4698/16
 4699/11 4699/11 4699/20 4702/2

see... [124]  4702/9 4702/11 4703/8
4703/19 4703/24 4704/1 4704/10
4704/18 4704/24 4705/17 4707/13
4707/18 4707/25 4709/16 4709/19
4713/24 4714/19 4715/16 4715/24
4716/4 4716/10 4718/23 4719/5 4720/5
4720/10 4722/5 4724/15 4728/2 4728/4
4728/21 4729/4 4731/24 4733/6 4734/5
4734/17 4739/7 4745/15 4746/12
4748/2 4748/3 4748/18 4749/12
4749/16 4750/18 4750/19 4755/12
4758/6 4758/11 4758/23 4758/23
4763/19 4764/4 4767/10 4768/12 4768/13
4769/21 4772/19 4773/17 4774/9
4775/21 4776/16 4777/24 4778/1
4778/15 4778/17 4778/20 4779/25
4780/2 4780/16 4784/21 4784/23
4784/23 4784/24 4784/24 4784/25
4785/2 4791/11 4796/24 4797/12
4799/16 4800/9 4800/11 4800/12
4800/13 4800/16 4802/25 4803/23
4806/17 4809/10 4809/12 4810/16
4810/20 4810/20 4810/23 4812/25
4813/11 4814/25 4816/11 4817/4
4819/22 4819/24 4820/8 4820/17
4823/3 4823/10 4825/25 4825/25
4826/6 4831/8 4833/6 4833/9 4834/11
4835/21 4842/3 4846/17 4850/16
4850/23 4851/14 4869/16 4873/2
4874/2 4874/7 4874/9 4876/21 4880/14
seeing [11]  4713/1 4721/6 4722/1
4757/22 4758/5 4758/24 4759/13
4792/21 4792/21 4794/21 4865/20
seemed [1]  4845/6
seen [16]  4704/3 4712/4 4712/6 4712/8
4734/6 4797/6 4823/11 4827/8 4827/18
4831/20 4848/20 4848/20 4849/8
4856/19 4871/18 4873/9
sees [1]  4732/10
Segment [1]  4823/7
seldom [1]  4794/9
select [2]  4868/14 4868/15
selected [2]  4812/20 4812/25
semisubmersible [1]  4680/7
semisubmersibles [1]  4715/14
Senator [2]  4700/13 4700/15
send [1]  4844/17
senior [2]  4853/24 4854/6
sense [4]  4772/12 4772/12 4780/6
4796/2
sent [7]  4676/16 4738/25 4791/12
4831/5 4831/18 4840/10 4850/2
sentence [4]  4740/21 4741/11 4741/20
4741/22
separate [3]  4770/3 4824/13 4829/9
separated [5]  4824/14 4829/6 4836/11
4836/13 4841/16
September [2]  4870/6 4870/11
September/October [2]  4870/6 4870/11
serves [1]  4701/1
service [6]  4683/17 4698/22 4698/24
4809/8 4858/15 4864/14
services [4]  4673/7 4673/12 4678/22
4853/13
SESSION [2]  4668/14 4675/2
set [10]  4692/22 4701/14 4701/21
4707/3 4739/6 4818/3 4820/8 4846/6
4867/15 4873/25
settling [8]  4762/24 4763/5 4819/22
4820/1 4820/6 4820/9 4820/14 4821/15
seven [1]  4859/11

several [4]  4844/13 4863/7 4867/13
4867/20
Severe [1]  4820/1
severity [1]  4709/20
sh [1]  4727/24
shack [3]  4717/24 4718/2 4749/25
shall [9]  4691/3 4691/25 4692/1 4692/14
4692/16 4692/17 4692/20 4692/21
4693/2
shared [1]  4680/15
shareholders [1]  4677/25
SHARON [1]  4670/21
Shaw [1]  4669/12
she [2]  4819/2 4845/24
shear [1]  4870/18
sheared [1]  4875/15
sheet [57]  4766/23 4766/24 4771/21
4772/1 4772/2 4772/3 4772/7 4772/14
4772/15 4772/17 4772/24 4772/24
4773/1 4773/5 4773/25 4774/22 4775/7
4775/10 4777/8 4777/10 4777/15
4778/3 4778/3 4778/25 4779/9 4779/13
4779/22 4780/1 4780/6 4780/22
4785/19 4792/17 4797/6 4798/25
4799/4 4810/4 4810/9 4811/3 4811/11
4811/14 4811/25 4813/5 4813/8
4813/16 4813/19 4814/22 4816/23
4819/16 4819/20 4841/6 4851/13
4865/7 4865/12 4865/21 4866/3
4872/25 4873/2
sheets [24]  4771/18 4771/21 4778/9
4807/5 4807/7 4809/21 4814/1 4817/9
4817/16 4818/5 4864/8 4865/8 4868/20
4868/22 4868/25 4869/1 4869/5
4869/16 4869/23 4870/3 4873/8 4876/6
4876/6 4876/11
shelf [15]  4758/3 4768/7 4768/15
4802/21 4804/9 4806/9 4806/10
4806/15 4824/21 4825/3 4825/8
4829/11 4829/14 4840/18 4841/3
Shell [4]  4730/7 4730/9 4731/3 4860/16
shift [6]  4821/18 4854/1 4855/6 4855/6
4858/9 4858/9
Shifting [1]  4874/18
shifts [4]  4855/5 4858/8 4858/8 4858/8
shore [1]  4710/6
shore-based [1]  4710/6
short [2]  4752/14 4881/12
shot [8]  4807/16 4810/3 4810/9 4810/21
4811/14 4819/25 4820/17 4822/9
shots [4]  4808/8 4809/20 4817/10
4817/16
should [11]  4691/20 4697/2 4699/7
4784/7 4787/10 4788/9 4789/17
4789/17 4801/21 4803/13 4821/1
shouldn't [2]  4705/19 4790/12
show [21]  4678/5 4698/7 4707/13
4709/9 4763/17 4763/25 4764/1 4777/9
4778/13 4780/17 4780/22 4784/6
4784/7 4790/15 4792/24 4808/4
4811/14 4816/22 4828/14 4837/14
4879/3
showed [13]  4719/25 4750/15 4761/4
4763/5 4764/9 4780/16 4814/7 4814/13
4838/10 4840/5 4840/6 4845/7 4850/15
showing [7]  4768/4 4773/19 4773/21
4797/4 4813/16 4822/11 4825/16
shown [21]  4685/18 4697/20 4698/2
4698/3 4698/4 4699/13 4713/1 4729/17
4732/23 4740/15 4749/13 4750/13
4766/21 4768/5 4810/13 4810/21
4811/9 4815/14 4819/19 4819/19
4842/9

shows [11]  4714/6 4774/5 4774/12
4775/9 4806/1 4817/18 4791/9 4822/9
4828/25 4833/20 4874/1
shut [14]  4725/5 4725/8 4725/13
4728/12 4731/15 4732/3 4732/6 4732/9
4732/10 4732/11 4732/14 4732/19
4734/15 4735/8
shut-in [2]  4732/10 4732/14
shut-ins [5]  4731/15 4732/3 4732/6
4732/9 4732/19
SHUTLER [1]  4670/21
shuts [1]  4744/1
shutting [1]  4733/15
SI [1]  4728/1
sic [1]  4727/25
side [18]  4686/6 4687/13 4688/20
4695/9 4702/11 4709/19 4709/20
4769/16 4769/21 4769/22 4770/5
4770/7 4770/8 4770/13 4809/19
4809/19 4842/21 4843/3
side-by-side [1]  4809/19
sideways [2]  4861/11 4861/12
signature [2]  4678/5 4715/2
signed [3]  4706/13 4714/20 4715/8
significance [1]  4839/5
signing [1]  4678/6
signs [5]  4872/2 4872/6 4872/7 4872/12
4873/4
Simcox [5]  4673/18 4673/20 4881/21
4881/24 4881/25
similar [7]  4683/15 4688/9 4716/1
4719/25 4765/18 4795/14 4812/18
Similarly [1]  4706/20
Simon [1]  4770/23
simple [3]  4736/25 4794/18 4857/18
simplified [2]  4711/11 4736/23
simplify [1]  4813/25
simply [4]  4743/21 4746/6 4814/4
4841/7
simulating [3]  4877/10 4878/3 4878/5
since [7]  4698/11 4765/1 4796/4 4816/2
4852/8 4853/21 4853/22
SINCLAIR [1]  4671/9
single [5]  4726/7 4730/25 4731/12
4732/18 4770/13
sinks [1]  4769/13
sir [20]  4748/15 4750/16 4754/4
4754/15 4754/24 4764/17 4769/14
4770/22 4771/12 4777/12 4781/2
4781/9 4802/8 4802/15 4803/16 4805/9
4818/17 4839/4 4841/19 4853/15
sit [4]  4750/19 4831/3 4831/10 4839/4
site [3]  4680/23 4705/24 4740/16
sitting [5]  4784/18 4802/21 4804/8
4825/8 4849/19
situated [4]  4689/14
situation [4]  4723/21 4744/5 4875/1
4875/4
six [12]  4725/18 4729/25 4730/4
4782/19 4782/21 4811/21 4812/9
4812/14 4815/8 4815/13 4816/2
4821/12
six-hour [3]  4811/21 4815/13 4821/12
size [4]  4730/22 4826/1 4832/2 4877/12
skipped [1]  4710/5
skipping [1]  4827/16
slice [2]  4689/17 4690/2
slide [1]  4749/20
Slidell [1]  4669/19
slightly [1]  4753/21
sling [1]  4711/9
slowly [1]  4834/13
slurries [2]  4812/15 4870/16

S

slurry [80] 4755/8 4755/11 4755/21
4757/9 4757/14 4757/19 4758/20
4758/23 4760/11 4760/12 4760/20
4761/4 4762/24 4763/2 4763/5 4763/20
4764/9 4764/18 4771/22 4771/24
4772/7 4772/8 4772/17 4775/5 4779/22
4779/6 4787/9 4788/9 4788/10 4789/11
4791/11 4791/15 4791/22 4791/22
4792/8 4794/5 4794/24 4795/8 4798/20
4809/22 4814/7 4818/8 4819/19
4819/21 4819/21 4820/8 4820/9
4820/12 4820/13 4820/14 4821/3
4821/6 4821/20 4821/23 4822/4 4822/5
4822/10 4857/5 4863/15 4870/15
4870/17 4870/17 4870/19 4870/21
4871/3 4871/3 4871/4 4871/9 4873/5
4874/21 4874/23 4877/4 4877/8
4877/20 4878/10 4878/23 4878/24
4880/6 4880/11 4880/18

so [160]  4678/10 4680/1 4680/25
4682/1 4682/3 4682/19 4684/8 4685/6
4685/10 4688/3 4688/14 4690/2 4693/6
4697/8 4697/9 4698/8 4698/10 4702/15
4703/7 4703/8 4705/3 4705/24 4709/4
4711/2 4711/25 4713/12 4715/4 4721/6
4721/21 4730/17 4731/20 4731/23
4732/2 4732/15 4733/10 4734/7
4734/11 4735/17 4736/25 4744/1
4744/4 4744/14 4746/4 4746/22 4748/9
4750/13 4752/15 4756/2 4756/8
4756/23 4756/24 4757/2 4757/12
4760/10 4761/24 4762/7 4762/20
4763/16 4763/19 4763/23 4765/24
4766/23 4768/17 4769/3 4769/25
4770/7 4770/9 4770/10 4771/18 4772/7
4773/25 4775/6 4775/9 4776/5 4777/21
4778/25 4780/8 4782/1 4784/13 4785/8
4786/7 4787/7 4789/20 4795/18
4795/24 4796/21 4798/8 4798/20
4800/3 4800/7 4800/24 4801/9 4802/4
4802/12 4803/1 4803/4 4803/8 4805/13
4805/13 4805/22 4807/24 4808/7
4810/2 4812/8 4812/14 4812/20 4814/4
4815/6 4815/20 4816/20 4820/12
4821/5 4824/17 4825/7 4826/14
4826/23 4827/10 4827/23 4828/24
4829/13 4831/8 4831/10 4831/12
4835/13 4835/18 4835/22 4836/11
4838/19 4840/4 4840/9 4840/12
4840/19 4840/22 4841/4 4842/24
4846/4 4846/17 4848/17 4852/25
4854/4 4854/8 4854/22 4860/18 4861/8
4866/12 4868/19 4870/11 4870/20
4872/17 4873/10 4874/23 4875/7
4877/1 4877/5 4877/12 4878/13
4878/17 4879/16 4880/4 4880/24

software [1]  4673/24

solely [2]  4691/3 4744/15

some [60]  4677/17 4679/13 4681/12
4686/11 4688/10 4689/3 4689/19
4689/19 4689/20 4690/15 4695/15
4697/20 4699/5 4707/10 4708/7 4710/7
4710/17 4713/1 4714/13 4720/20
4728/14 4728/23 4731/6 4737/21
4739/14 4744/5 4757/14 4757/15
4773/6 4779/2 4791/18 4794/7 4794/13
4794/18 4794/21 4802/25 4805/15
4805/15 4806/12 4808/9 4814/2
4819/17 4820/24 4821/4 4821/4
4823/18 4824/12 4837/25 4845/5
4847/23 4853/20 4853/21 4857/18

somebody [4]  4795/22 4813/23 4818/13
4829/9

somehow [7]  4798/2 4801/22 4801/24
4802/6 4802/17 4802/18 4803/8

someone [16]  4732/10 4757/13 4757/16
4761/4 4763/17 4764/5 4779/1 4779/2
4779/5 4796/2 4802/19 4803/15
4821/18 4836/14 4867/7 4869/16

something [42]  4699/3 4705/13 4705/18
4705/25 4721/16 4724/2 4726/10
4732/11 4734/8 4743/17 4751/4 4751/5
4767/9 4769/17 4774/12 4777/6
4780/20 4781/5 4782/6 4782/17
4789/21 4790/6 4791/1 4805/6 4812/17
4821/3 4821/14 4821/19 4823/19
4824/17 4831/14 4837/15 4838/25
4841/21 4841/23 4845/9 4845/14
4849/15 4850/7 4855/6 4869/8 4876/4

something's [1]  4725/9

sometimes [3]  4707/4 4829/24 4866/22

somewhat [1]  4880/9

somewhere [9]  4761/14 4772/11 4829/1
4829/17 4851/23 4854/5 4858/18
4859/12 4859/12

soon [2]  4812/4 4867/15

sorry [29]  4698/20 4704/14 4721/13
4747/8 4756/21 4758/1 4759/4 4759/14
4759/22 4765/14 4771/12 4777/21
4778/8 4797/14 4799/22 4799/23
4800/20 4800/20 4814/3 4814/6 4839/4
4843/9 4847/20 4855/12 4860/1
4863/18 4864/16 4866/2 4870/9

sort [3]  4688/11 4736/10 4736/24

sound [3]  4686/17 4697/4 4829/3

source [6]  4741/6 4784/24 4850/24
4851/10 4851/12 4851/13

space [1]  4829/18

spaces [1]  4814/22

speak [5]  4770/4 4789/14 4819/6
4833/23 4867/6

speaking [4]  4690/3 4705/3 4736/21
4743/21

speaks [1]  4872/5

specific [36]  4695/15 4696/4 4703/5
4703/5 4707/10 4708/7 4710/4 4773/21
4774/6 4774/6 4774/19 4782/22 4787/3
4787/4 4787/9 4787/11 4792/20
4794/13 4795/14 4812/11 4812/16
4812/18 4821/3 4821/12 4838/15
4841/1 4844/21 4845/6 4845/8 4849/10
4849/10 4850/23 4850/23 4861/1
4861/2 4864/12

specifically [20]  4679/21 4695/6 4743/17
4749/21 4764/3 4766/5 4769/15 4773/6
4773/21 4774/5 4781/10 4798/19
4828/14 4838/19 4839/16 4846/18
4851/18 4868/20 4868/20 4878/7

specifics [1]  4856/18

specified [5]  4810/24 4811/8 4811/20
4815/8 4872/7

speeches [1]  4681/4

spelling [1]  4753/16

spent [1]  4780/21

SPILL [1]  4668/4

SPIRO [1]  4671/4

split [1]  4783/15

spoken [2]  4739/1 4739/3

spud [3]  4735/24 4736/4 4736/6

square [1]  4795/10

SRP [1]  4823/9

stability [16]  4759/10 4764/18 4764/20
4858/1 4858/24 4859/23 4859/24
4860/20 4873/21 4874/1

somebody [4]  4795/22 4813/23 4818/13

stable [1]  4769/5

staff [1]  4688/4

stage [1]  4727/6

standard [17]  4685/5 4685/8 4699/24
4699/25 4700/16 4701/21 4701/21
4719/2 4719/22 4719/24 4734/15
4734/21 4735/20 4740/2 4742/6
4870/15 4876/20

stands [1]  4714/10

start [5]  4698/8 4709/11 4812/21
4834/19 4834/20

started [5]  4813/3 4813/12 4813/17
4816/11 4853/4

starting [5]  4698/16 4813/7 4814/2
4814/9 4880/5

starts [3]  4698/9 4750/23 4866/18

state [9]  4671/7 4671/11 4671/15
4698/5 4699/13 4753/15 4795/9 4795/9
4824/3

stated [1]  4680/2

statement [10]  4678/2 4679/20 4679/21
4682/17 4682/24 4706/10 4706/13
4714/19 4722/22 4735/12

statements [5]  4681/20 4681/23
4681/24 4682/1 4682/2

states [19]  4668/1 4668/10 4668/15
4670/8 4670/12 4670/18 4671/2 4691/1
4691/24 4694/11 4741/13 4770/12
4803/10 4806/23 4807/1 4807/19
4832/23 4846/2 4881/21

static [2]  4771/7 4795/3

station [2]  4671/5 4719/7

statistically [1]  4729/3

Statoil [1]  4730/7

stats [1]  4809/10

status [5]  4717/5 4717/15 4717/18
4718/2 4718/6

statutory [1]  4720/25

stay [1]  4689/13

stayed [1]  4775/14

Steering [1]  4753/22

stenography [1]  4673/23

step [1]  4813/9

STEPHEN [3]  4668/23 4748/23 4749/25

steps [2]  4694/12 4741/6

Sterbcow [2]  4669/5 4669/6

STERNBERG [1]  4673/12

Steve [2]  4687/4 4727/16

STEVEN [3]  4670/14 4672/9 4676/25

sticker [2]  4833/3 4833/20

stickers [1]  4848/18

still [5]  4712/23 4798/14 4815/13
4849/14 4881/8

stock [20]  4758/20 4759/21 4759/24
4759/25 4760/2 4760/3 4760/4 4760/15
4760/16 4760/18 4760/21 4760/23
4768/7 4768/9 4782/5 4784/6 4784/20
4849/14 4851/7 4852/8

Stone [1]  4672/22

stop [10]  4700/19 4705/7 4705/8
4705/10 4705/16 4706/2 4706/22
4712/12 4735/5 4855/8

stop-the-job [4]  4705/7 4705/8 4705/10
4706/22

stopped [1]  4820/15

stopping [1]  4881/10

storage [6]  4805/11 4805/24 4805/24
4806/3 4806/19 4824/22

store [1]  4849/13

straight [2]  4687/25 4688/3

4768/3 4770/18 4819/18 4873/3
4876/7 4876/12 4877/5 4877/8 4878/19

**S**

straightforward [1] 4737/1
strange [3] 4671/8 4770/10 4770/14
street [20] 4668/20 4669/3 4669/6
 4669/10 4669/13 4669/19 4669/22
 4670/6 4671/12 4671/16 4671/19
 4672/6 4672/10 4672/17 4672/23
 4673/5 4673/9 4673/16 4673/19
 4697/10
strength [9] 4771/7 4795/3 4819/20
 4820/6 4820/8 4820/9 4822/12 4866/16
 4871/8
strengths [2] 4777/17 4863/22
strike [2] 4836/9 4842/13
string [1] 4727/1
strong [1] 4680/3
structural [1] 4716/8
structure [2] 4722/18 4855/4
structured [1] 4858/5
studies [1] 4710/24
study [1] 4715/11
stuff [2] 4757/3 4784/1
subcontractor [1] 4690/8
subject [2] 4749/9 4796/9
subjects [2] 4786/3 4794/23
submit [1] 4812/5 4878/11
submits [1] 4821/24
submitted [8] 4784/9 4784/19 4809/11
 4809/12 4812/2 4813/3 4828/11 4878/11
submitting [3] 4857/14 4868/2 4878/11
subpoena [4] 4803/10 4804/21 4836/20
 4837/15
subpoenaed [1] 4836/18
subscribe [1] 4867/18
subsea [3] 4716/23 4717/1 4747/11
Subsection [1] 4747/3
successes [1] 4683/23
successful [6] 4684/17 4739/4 4741/2
 4741/12 4741/17 4741/24
successfully [2] 4684/10 4875/3
such [6] 4721/2 4733/14 4735/21
 4789/10 4790/24 4872/22
sued [1] 4807/19
sufficient [1] 4875/24
suggesting [1] 4779/5
suggests [1] 4790/11
Suite [13] 4668/20 4669/6 4669/10
 4669/16 4671/19 4672/6 4672/10
 4672/17 4672/20 4673/5 4673/9
 4673/12 4673/16
SULLIVAN [1] 4670/20
summarizes [1] 4748/13
summary [6] 4728/15 4728/20 4731/20
 4747/20 4851/18 4863/8
supervisor [2] 4748/2 4748/17
Supervisors [1] 4749/14
supplier [2] 4695/24 4696/3
supply [1] 4720/10
support [2] 4686/16 4728/11
supports [1] 4728/1
supposed [4] 4774/13 4774/16 4795/25
 4802/3
supposedly [1] 4784/16
sure [36] 4676/21 4689/13 4701/16
 4707/1 4707/2 4707/3 4712/14 4712/19
 4714/4 4737/3 4737/6 4752/24 4771/1
 4775/19 4777/6 4777/12 4784/12
 4784/18 4785/7 4789/8 4796/4 4813/2
 4817/17 4818/23 4829/8 4829/19
 4843/22 4848/11 4851/24 4856/17
 4858/7 4860/3 4873/18 4875/3 4879/4
 4880/17

surfactant [6] 4875/22 4875/24 4876/8
 4876/10 4876/14 4877/22
surprise [1] 4689/23
surprised [1] 4818/14
surprising [1] 4723/7
suspected [1] 4725/14
suspending [1] 4880/21
suspension [1] 4880/21
sustain [1] 4877/25
Sustained [1] 4738/10
Sutherland [1] 4672/8
switch [7] 4786/3 4794/23 4828/5
 4832/16 4834/3 4836/3 4845/18
Switching [1] 4873/7
sworn [2] 4677/1 4753/13
sync [1] 4820/25
system [59] 4693/13 4693/14 4696/20
 4696/23 4697/3 4698/14 4698/25
 4699/2 4699/18 4700/1 4700/2 4700/7
 4700/23 4700/24 4701/1 4701/4 4701/8
 4701/10 4701/11 4701/16 4701/22
 4702/8 4702/20 4702/22 4703/12
 4704/23 4705/11 4705/22 4707/1
 4707/2 4717/8 4718/8 4718/11 4718/13
 4718/14 4755/12 4755/13 4755/16
 4764/2 4764/4 4766/10 4778/9 4807/14
 4809/1 4809/2 4809/5 4809/7 4809/9
 4811/9 4812/4 4848/18 4859/2 4859/2
 4864/25 4866/1 4867/2 4867/8 4867/14
 4868/14
systems [1] 4700/3

**T**

T-I-M-O-T-H-Y [1] 4753/18
Table [2] 4790/20 4790/23
take [26] 4692/16 4698/21 4712/12
 4722/17 4723/3 4740/1 4741/6 4751/20
 4752/5 4752/9 4753/6 4781/8 4782/4
 4783/23 4786/25 4801/9 4803/16
 4818/25 4838/1 4844/17 4844/18
 4849/12 4851/15 4852/23 4868/17
 4878/16
taken [12] 4684/18 4694/13 4706/11
 4721/18 4729/1 4755/7 4769/1 4781/5
 4785/5 4830/2 4830/4 4856/19
takes [2] 4795/8 4877/18
taking [5] 4699/8 4733/15 4737/4
 4843/19 4881/15
talk [14] 4700/7 4705/13 4712/13
 4819/15 4845/9 4851/18 4856/22
 4856/22 4858/1 4868/19 4868/19
 4870/7 4873/10 4873/23
talked [17] 4683/24 4686/11 4688/25
 4689/16 4693/10 4693/11 4694/17
 4694/22 4703/17 4709/23 4724/14
 4729/19 4734/19 4844/4 4864/7 4872/3
 4872/25
talking [17] 4705/1 4711/8 4759/7
 4761/10 4761/13 4762/1 4783/10
 4791/18 4792/7 4793/5 4805/3 4807/25
 4828/17 4850/5 4858/6 4861/22
 4877/13
talks [1] 4729/17
tank [5] 4773/14 4784/24 4847/8 4847/9
 4847/10
TANNER [1] 4673/15
task [7] 4709/11 4710/4 4711/11
 4711/23 4712/3 4712/18 4712/19
task-specific [1] 4710/4
tasked [1] 4726/12
tasted [1] 4738/17
taught [1] 4681/25
teach [1] 4858/22

team [11] 4681/2 4684/22 4721/5
 4732/21 4758/2 4850/6 4858/9
 4858/9 4860/10 4870/1 4873/17
tech [6] 4774/13 4853/24 4853/25
 4874/7 4874/9 4874/14
technical [2] 4686/16 4852/21
technically [1] 4679/5
technician [16] 4779/16 4814/23 4821/9
 4821/14 4821/15 4821/16 4853/23
 4853/25 4858/25 4860/23 4865/11
 4866/18 4866/19 4866/24 4867/1
 4873/3
technicians [16] 4809/13 4855/6
 4858/12 4858/17 4858/19 4858/21
 4859/3 4859/10 4866/7 4867/3 4867/5
 4867/22 4868/23 4872/18 4872/21
 4873/12
technological [1] 4790/10
technology [7] 4680/3 4686/15 4788/20
 4788/22 4789/6 4789/16 4853/14
techs [5] 4820/24 4853/24 4859/15
 4866/6 4868/21
tell [29] 4701/17 4720/22 4736/25
 4753/2 4760/1 4784/12 4785/15 4789/7
 4793/9 4817/21 4831/10 4831/13
 4833/10 4840/23 4847/3 4847/6
 4847/24 4848/7 4849/9 4850/20 4851/3
 4852/13 4855/10 4856/9 4861/24
 4862/12 4873/20 4878/22 4881/1
telling [4] 4767/14 4784/8 4802/16
 4853/6
tells [2] 4795/8 4850/23
temperature [7] 4790/9 4812/16 4877/11
 4878/8 4879/10 4880/23 4881/5
temperatures [1] 4857/12
ten [6] 4696/11 4705/2 4739/3 4750/7
 4750/7 4782/19
ten-year [1] 4696/11
tenure [1] 4859/18
term [4] 4690/2 4692/8 4714/12 4738/15
terms [7] 4691/12 4692/6 4693/3
 4722/25 4844/10 4862/12 4874/9
territories [1] 4808/3
test [153] 4711/15 4711/19 4711/25
 4712/1 4737/21 4738/4 4739/4 4739/5
 4739/22 4740/1 4758/3 4758/9 4758/21
 4759/10 4761/3 4761/6 4761/18
 4761/25 4762/7 4762/7 4762/9 4762/11
 4762/21 4762/25 4764/19 4764/22
 4765/1 4767/8 4768/13 4769/7 4769/8
 4770/3 4770/16 4771/4 4771/11
 4771/13 4771/14 4771/15 4771/16
 4774/6 4775/20 4775/21 4776/10
 4776/11 4777/3 4779/6 4779/10
 4779/14 4779/16 4779/25 4780/14
 4781/1 4781/23 4782/11 4782/16
 4784/19 4785/9 4785/20 4786/1
 4791/15 4791/16 4792/1 4793/2 4793/5
 4793/25 4794/12 4794/13 4794/15
 4794/16 4794/17 4795/13 4795/14
 4795/15 4795/17 4796/1 4799/10
 4800/6 4803/11 4806/10 4806/13
 4808/25 4809/5 4809/10 4809/19
 4809/21 4809/22 4811/8 4811/15
 4811/15 4811/21 4812/7 4812/8
 4813/12 4813/17 4814/2 4814/25
 4815/12 4815/17 4815/22 4816/4
 4816/12 4817/1 4819/20 4820/6
 4820/10 4820/15 4820/18 4820/18
 4820/25 4821/2 4821/5 4821/22
 4821/23 4822/19 4843/3 4862/11
 4866/18 4866/23 4866/25 4867/3
 4867/16 4867/16 4867/22 4868/3

test... [29]  4868/24 4873/3 4873/13
4873/14 4873/19 4873/21 4873/25
4874/1 4874/3 4874/5 4874/15 4874/16
4875/5 4876/1 4876/2 4876/3 4876/7
4877/9 4878/19 4878/22 4878/25
4879/7 4879/11 4879/14 4879/16
4880/5 4880/6 4880/17 4881/1
test/pressure [1]  4739/4
test/tests [1]  4820/18
testament [1]  4684/17
tested [14]  4761/22 4762/1 4769/9
4772/8 4772/8 4772/17 4775/15
4775/16 4775/18 4777/17 4812/15
4812/16 4812/17 4866/11
testified [4]  4677/1 4753/14 4824/12
4834/5
testify [1]  4765/10
testifying [3]  4685/17 4738/7 4872/4
testimony [28]  4675/18 4675/24 4676/16
4676/18 4682/13 4682/18 4695/16
4697/20 4697/24 4698/13 4700/10
4713/1 4720/20 4738/12 4750/21
4772/23 4773/13 4773/15 4784/8
4803/8 4807/4 4819/17 4819/18
4820/20 4822/3 4832/13 4835/18
4838/19
testing [89]  4716/23 4717/1 4720/8
4720/14 4740/18 4741/1 4741/16
4741/24 4757/14 4757/16 4757/17
4762/4 4762/24 4763/2 4763/4 4763/9
4763/20 4764/5 4764/16 4765/7
4765/23 4768/1 4768/2 4768/19
4769/11 4769/12 4770/13 4771/20
4771/23 4773/2 4774/17 4775/3
4780/12 4783/5 4788/9 4791/18 4792/9
4792/18 4792/19 4792/20 4793/15
4793/23 4807/23 4808/10 4809/18
4810/3 4810/25 4812/3 4812/21
4818/12 4819/19 4823/8 4823/11
4844/25 4844/25 4848/24 4851/19
4852/1 4855/23 4856/6 4856/11 4857/9
4857/19 4858/14 4861/1 4861/2 4861/5
4863/19 4863/24 4864/1 4864/11
4865/4 4865/14 4865/16 4865/16
4866/3 4866/23 4866/25 4867/11
4870/8 4870/14 4870/15 4870/15
4870/25 4871/8 4872/19 4872/19
4873/24 4876/12
tests [71]  4712/5 4738/13 4757/8
4757/23 4760/25 4761/1 4763/17
4763/18 4763/25 4764/8 4764/12
4765/12 4765/18 4766/4 4767/11
4769/15 4770/17 4770/21 4771/4
4771/8 4776/8 4776/16 4776/19
4776/22 4777/24 4778/6 4779/2
4788/10 4791/11 4791/19 4792/4
4792/7 4792/21 4792/22 4792/22
4793/2 4793/16 4794/3 4794/3 4794/4
4794/18 4794/19 4794/21 4806/11
4807/24 4811/11 4814/23 4817/15
4818/7 4820/18 4820/20 4820/25
4822/4 4822/9 4822/18 4842/21
4851/19 4852/4 4852/9 4858/20
4858/23 4859/1 4859/16 4864/12
4864/23 4866/8 4868/1 4868/16 4871/2
4873/9 4877/5
tests/test [1]  4820/25
Texaco [1]  4725/22
Texas [8]  4670/4 4672/10 4672/21
4673/5 4673/10 4673/13 4673/17
4852/15

text [1]  4867/17
than [168]  4677/8 4697/14 4702/11
4702/14 4730/17 4732/9 4765/21
4783/18 4783/22 4795/21 4831/6
4831/7 4835/5 4838/15 4838/25 4841/2
4854/25 4847/14 4854/16 4877/1 4881/3
Thank [25]  4675/10 4675/16 4676/24
4742/2 4742/25 4751/6 4751/8 4758/16
4760/7 4760/24 4766/2 4769/22
4771/17 4774/10 4788/24 4791/8
4797/14 4806/22 4809/14 4814/17
4817/22 4823/24 4843/12 4849/5
4864/6
that [1266]
that's [253]
their [13]  4675/20 4681/5 4687/14
4708/19 4709/6 4722/16 4727/24
4730/1 4781/21 4846/24 4847/13
4858/22 4865/6
them [52]  4677/11 4677/20 4677/21
4683/7 4683/9 4687/10 4688/25
4690/11 4693/15 4693/25 4701/10
4705/14 4707/4 4708/19 4714/1
4715/21 4723/11 4728/1 4731/6 4756/3
4756/24 4760/1 4766/14 4767/3 4767/5
4768/25 4769/9 4777/19 4794/19
4801/10 4801/10 4801/11 4803/4
4803/5 4803/5 4818/22 4819/1 4824/19
4824/19 4829/9 4838/21 4839/6 4839/6
4839/23 4839/24 4840/18 4840/19
4841/2 4841/7 4852/20 4858/22 4867/1
theme [1]  4679/19
themselves [2]  4681/24 4723/7
then [82]  4682/15 4686/8 4686/19
4688/23 4689/2 4689/8 4698/23 4699/1
4699/5 4699/7 4699/19 4700/5 4701/2
4703/4 4703/9 4704/7 4708/7 4710/4
4710/6 4710/7 4710/23 4711/5 4712/15
4714/4 4715/7 4716/12 4719/5 4721/6
4723/3 4729/25 4730/21 4734/14
4742/18 4742/23 4743/13 4744/3
4751/12 4751/14 4752/13 4756/21
4768/12 4768/17 4776/8 4776/16
4777/7 4778/13 4779/10 4780/23
4784/6 4784/12 4788/23 4792/4 4793/2
4793/9 4805/15 4805/19 4811/2 4813/8
4817/15 4821/5 4821/15 4821/17
4821/23 4828/19 4829/17 4833/11
4835/23 4851/23 4854/2 4854/5 4854/6
4854/6 4858/10 4860/5 4865/3 4866/14
4867/7 4868/14 4868/15 4871/24
4874/10 4875/5
there [175]  4678/5 4678/18 4679/17
4680/23 4681/6 4681/9 4687/23 4688/3
4690/6 4690/7 4690/11 4690/13
4690/14 4690/15 4690/18 4691/20
4694/10 4696/10 4698/20 4699/18
4699/18 4700/2 4700/4 4700/5 4700/19
4702/17 4704/10 4704/18 4705/14
4706/14 4707/15 4707/15 4710/12
4710/18 4711/14 4711/16 4711/17
4711/18 4711/20 4711/21 4711/23
4717/18 4719/6 4721/7 4722/5 4722/10
4728/1 4728/12 4728/17 4729/4
4730/17 4730/24 4732/8 4732/23
4733/8 4733/9 4734/21 4735/8 4735/9
4737/10 4738/6 4738/18 4742/17
4745/15 4751/4 4751/5 4752/4 4752/13
4754/8 4754/22 4755/15 4755/25
4757/8 4758/24 4759/7 4761/17
4762/10 4762/24 4764/5 4764/8 4770/1
4773/4 4773/17 4773/19 4776/13
4777/11 4777/15 4778/16 4778/19

4779/5 4781/18 4782/24 4782/25
4788/24 4791/19 4796/10 4797/14
4797/16 4798/3 4798/14 4798/17
4799/19 4801/12 4804/12 4804/21
4807/23 4816/6 4817/5 4820/5 4820/11
4820/23 4821/1 4822/16 4822/18
4823/10 4825/2 4825/5 4827/11
4827/23 4829/15 4829/16 4829/21
4829/24 4835/6 4835/19 4836/25
4837/2 4837/4 4837/5 4837/6 4837/7
4837/9 4837/10 4838/1 4838/2 4838/13
4838/23 4838/24 4839/2 4839/3
4839/21 4840/13 4841/3 4841/7
4841/11 4841/15 4841/25 4842/15
4843/13 4847/10 4847/20 4847/23
4850/20 4851/1 4854/2 4857/8 4859/23
4859/24 4862/20 4863/1 4863/9 4865/5
4866/24 4871/2 4871/11 4873/5 4873/8
4875/2 4876/20 4880/4
there's [54]  4678/17 4693/6 4694/3
4697/8 4701/2 4706/12 4706/18 4708/1
4710/15 4710/20 4710/23 4714/19
4715/11 4720/4 4723/19 4723/23
4729/25 4733/24 4750/18 4750/21
4752/25 4768/1 4772/22 4782/3
4782/25 4782/25 4783/1 4783/2
4783/14 4795/21 4798/21 4806/9
4811/17 4812/7 4817/1 4817/23 4818/2
4819/21 4825/10 4826/14 4831/12
4859/2 4866/9 4866/9 4867/6 4867/7
4867/13 4867/14 4867/20 4867/20
4870/7 4870/13 4872/12 4877/3
thermal [1]  4880/12
these [47]  4683/7 4684/3 4684/3 4684/4
4684/4 4693/5 4702/23 4733/4 4742/4
4760/10 4764/12 4766/4 4769/15
4776/19 4776/19 4777/18 4777/24
4778/9 4783/9 4789/3 4789/18 4798/1
4798/9 4804/22 4805/14 4807/7 4812/3
4817/11 4818/4 4828/25 4839/12
4839/14 4840/13 4851/24 4858/19
4860/22 4861/9 4861/24 4865/23
4865/25 4866/8 4872/12 4872/18
4872/19 4873/4 4873/9 4874/15
they [127]  4677/16 4684/5 4684/8
4684/10 4685/7 4688/17 4689/14
4690/9 4690/22 4695/18 4701/16
4703/8 4705/16 4705/16 4705/17
4705/18 4705/18 4705/19 4712/12
4712/18 4712/19 4723/8 4725/5 4730/6
4732/11 4732/12 4734/10 4734/14
4737/4 4739/4 4739/5 4744/10 4749/15
4750/4 4758/5 4758/21 4758/22
4758/24 4759/12 4761/1 4761/3 4768/2
4770/25 4771/1 4771/3 4771/4 4771/4
4771/7 4771/8 4772/18 4773/1 4778/13
4783/5 4783/6 4787/4 4789/3 4793/16
4795/17 4795/18 4796/6 4799/11
4799/12 4801/1 4801/2 4801/2 4801/3
4801/3 4801/5 4803/9 4804/1 4804/5
4805/7 4806/15 4812/1 4812/14
4812/15 4813/8 4817/13 4818/2
4818/23 4819/2 4819/3 4819/3 4828/15
4828/22 4829/5 4835/14 4837/12
4838/2 4839/3 4839/17 4840/22
4846/17 4848/16 4855/17 4855/18
4858/9 4859/5 4859/16 4861/1 4861/3
4861/4 4861/6 4862/1 4865/7 4865/12
4865/15 4865/15 4866/2 4866/16
4867/2 4867/7 4867/16 4867/17
4867/18 4867/19 4869/1 4869/3 4869/7
4869/9 4869/11 4869/13 4869/17

they... [4] 4869/21 4872/22 4873/12
4876/5
They'd [1] 4869/18
they'll [2] 4794/16 4848/18
they're [24] 4698/23 4701/12 4701/13
4703/10 4712/13 4712/13 4712/14
4723/9 4723/10 4723/11 4724/7
4731/25 4737/8 4771/1 4818/14
4830/18 4848/16 4858/21 4862/2
4865/14 4866/14 4868/16 4869/10
4872/23
thicken [1] 4879/4
thickened [2] 4878/24 4879/2
thickening [22] 4777/16 4792/21
4792/22 4793/16 4809/22 4811/20
4813/12 4813/16 4814/25 4815/6
4816/4 4816/12 4821/13 4822/11
4822/18 4863/24 4866/14 4871/7
4879/7 4879/10 4880/1 4880/6
thickening-time [1] 4809/22
thin [6] 4761/1 4761/4 4761/18 4761/21
4762/12 4764/9
thing [11] 4699/9 4699/10 4703/23
4724/8 4726/14 4734/19 4812/10
4826/3 4832/7 4839/6 4863/7
things [25] 4677/21 4681/12 4707/1
4708/14 4710/7 4710/9 4713/9 4713/10
4717/12 4724/6 4726/15 4727/1
4731/14 4756/23 4768/17 4791/4
4798/1 4801/8 4801/9 4806/10 4843/25
4844/4 4846/6 4846/18 4856/24
think [120] 4679/24 4682/14 4683/15
4684/21 4686/20 4689/17 4689/25
4691/14 4691/14 4693/11 4695/20
4697/2 4697/3 4697/9 4698/2 4702/1
4702/13 4702/21 4703/17 4704/12
4705/3 4705/8 4705/18 4705/19
4706/25 4707/4 4708/21 4709/10
4709/22 4709/25 4710/1 4710/4 4711/5
4711/7 4711/8 4711/8 4711/9 4711/12
4711/14 4711/16 4711/17 4711/18
4711/21 4711/23 4712/2 4712/4 4712/8
4712/11 4712/12 4712/17 4712/18
4713/4 4713/8 4716/2 4717/14 4722/3
4723/6 4723/23 4723/23 4725/11
4725/16 4726/3 4729/18 4731/15
4731/23 4732/11 4732/20 4733/10
4733/17 4734/7 4737/10 4739/15
4740/15 4747/6 4749/12 4750/6 4750/7
4750/10 4750/23 4750/25 4752/3
4752/11 4752/12 4752/13 4752/25
4767/16 4767/19 4768/3 4768/17
4769/3 4770/10 4770/14 4771/24
4772/20 4772/20 4792/22 4793/15
4800/3 4803/12 4818/17 4819/5 4819/6
4820/24 4825/3 4828/25 4829/4 4839/5
4845/5 4852/12 4853/2 4856/19
4862/16 4863/2 4863/7 4864/7 4874/19
4876/15 4877/23 4879/15 4879/17
thinned [1] 4881/3
thinning [1] 4880/12
thins [1] 4880/9
third [6] 4671/12 4717/4 4728/18
4741/11 4785/19 4848/3
this [316]
Thornhill [2] 4669/18 4669/18
thorough [1] 4700/2
those [104] 4675/25 4676/6 4676/13
4676/16 4676/19 4677/20 4679/22
4681/7 4681/8 4681/16 4681/17
4681/19 4681/23 4682/2 4683/4 4684/7

4688/16 4689/5 4693/3 4695/21
4695/22 4697/19 4698/6 4700/1 4700/2
4700/4 4702/2 4702/24 4702/25 4703/2
4703/4 4710/23 4712/6 4714/7 4718/21
4718/22 4719/2 4719/12 4719/22
4720/14 4724/6 4726/7 4727/1 4729/12
4730/2 4730/4 4730/5 4731/5 4734/25
4738/8 4742/25 4750/6 4761/1 4763/25
4770/20 4770/24 4775/19 4775/22
4776/22 4791/4 4794/3 4794/19
4796/14 4798/13 4799/13 4801/8
4801/9 4801/21 4802/9 4803/4 4804/8
4805/10 4805/23 4806/7 4807/16
4817/24 4818/10 4818/14 4818/21
4819/3 4819/8 4824/13 4825/7 4828/21
4829/13 4831/24 4839/5 4840/17
4849/13 4851/1 4852/9 4854/4 4855/15
4857/11 4859/15 4860/8 4860/14
4861/21 4867/3 4868/9 4870/16
4873/17 4878/7 4881/6
though [4] 4711/2 4806/15 4815/12
4838/9
thought [8] 4705/25 4749/15 4751/11
4796/20 4814/6 4814/16 4840/19
4871/17
thoughts [1] 4841/19
thousand [1] 4844/13
three [27] 4691/7 4707/1 4713/17
4713/21 4750/6 4752/20 4772/23
4802/19 4803/10 4804/3 4804/9
4804/12 4815/4 4815/6 4827/18 4828/2
4828/3 4828/3 4828/19 4828/21
4833/17 4842/11 4854/3 4878/21
4880/13 4880/15 4881/6
three-quarters [1] 4842/11
threw [5] 4707/4 4767/5 4767/7 4769/9
4840/19
through [29] 4683/17 4688/1 4707/21
4709/5 4709/5 4716/2 4733/4 4733/13
4733/15 4733/21 4744/6 4758/12
4758/13 4760/6 4765/15 4793/21
4807/21 4809/1 4817/2 4817/5 4829/20
4829/22 4853/24 4854/4 4861/8 4863/5
4866/25 4869/5 4869/9
throughout [2] 4700/18 4865/14
thrown [1] 4840/22
Thursday [1] 4778/21
thus [1] 4675/20
Tiber [1] 4683/24
ticket [2] 4846/2 4846/7
tie [1] 4851/23
Tim [3] 4777/3 4785/19 4843/25
time [103] 4678/1 4678/25 4683/16
4686/16 4701/13 4705/14 4727/7
4727/7 4731/7 4739/12 4739/12
4751/14 4754/5 4755/7 4755/21
4755/25 4757/8 4757/17 4760/19
4761/10 4761/14 4762/18 4763/3
4763/12 4763/23 4764/4 4765/22
4767/15 4767/24 4768/6 4771/2 4771/8
4771/14 4772/5 4774/21 4777/16
4780/21 4783/8 4786/7 4786/15
4786/18 4786/24 4787/7 4789/8
4792/21 4792/22 4793/21 4793/21
4801/7 4802/19 4806/8 4806/16
4809/22 4811/21 4811/21 4812/8
4813/12 4813/17 4814/25 4814/25
4815/6 4816/4 4816/4 4816/12 4816/17
4821/13 4822/11 4822/18 4825/2
4825/3 4833/19 4837/9 4843/1 4844/7
4851/24 4853/22 4854/5 4854/19
4858/2 4858/16 4859/8 4859/12
4863/24 4866/14 4870/6 4871/7

4873/24 4877/10 4877/18 4877/21
4878/2 4878/6 4878/14
4878/14 4879/4 4879/7 4879/10 4880/1
4880/6 4880/25 4881/4 4881/13
time's [1] 4828/21
times [8] 4692/1 4740/9 4793/16 4814/1
4829/22 4857/18 4859/21 4859/24
timingwise [1] 4792/23
Timothy [5] 4753/12 4753/13 4753/17
4771/7 4871/17
TO97 [1] 4725/22
today [18] 4677/7 4683/9 4686/12
4686/21 4687/1 4688/25 4689/20
4709/23 4728/8 4731/16 4751/22
4752/6 4764/11 4765/10 4768/14
4807/11 4839/4 4849/8
together [7] 4676/19 4683/14 4702/6
4728/16 4732/15 4742/12 4787/16
told [26] 4756/12 4757/7 4757/18
4760/25 4762/23 4766/5 4766/11
4781/25 4783/23 4784/4 4801/9
4801/13 4801/20 4802/12 4824/13
4831/7 4837/12 4837/18 4838/4 4838/7
4838/11 4838/19 4839/3 4839/17
4841/10 4842/20
tolerable [1] 4715/5
Tolles [1] 4672/12
TOM [1] 4669/18
tomorrow [1] 4881/16
Tony [19] 4756/7 4756/8 4796/25
4797/3 4802/9 4805/17 4838/6 4839/17
4839/20 4840/3 4840/4 4840/9 4840/11
4840/12 4840/15 4840/16 4840/22
4841/14 4841/24
Tony's [1] 4841/17
too [5] 4769/9 4771/4 4839/15 4847/15
4869/22
took [23] 4721/20 4733/20 4734/12
4736/12 4738/3 4738/14 4742/17
4745/4 4745/8 4746/22 4753/8 4769/8
4802/10 4803/4 4815/1 4829/1 4833/15
4838/13 4846/6 4853/6 4875/13
4881/11 4881/12
toolpusher [1] 4727/25
top [41] 4682/3 4682/6 4693/1 4702/2
4702/24 4703/16 4710/10 4740/15
4749/12 4769/20 4772/14 4775/8
4777/13 4777/13 4778/10 4779/25
4785/19 4810/8 4810/12 4810/13
4810/20 4810/20 4810/22 4811/9
4811/17 4819/22 4825/3 4825/8
4827/14 4829/14 4832/17 4835/2
4850/6 4850/16 4871/24 4874/1 4874/4
4874/10 4874/13 4874/13 4874/16
topics [1] 4720/19
Torts [2] 4670/9 4670/19
total [2] 4731/3 4864/3
totally [2] 4726/11 4818/16
totals [1] 4863/10
touch [4] 4756/3 4782/1 4801/10 4802/4
touched [2] 4738/16 4801/22
tourists [1] 4690/13 4690/14
tours [1] 4725/19
towards [2] 4829/15 4855/9
TP [1] 4739/3
track [4] 4681/11 4684/21 4708/19
4831/9
tracked [2] 4731/14 4845/14
tracking [2] 4709/6 4849/16
Trahan [1] 4687/9
train [2] 4701/9 4748/5
trained [4] 4858/20 4872/18 4872/21
4872/23

Case 2:10-md-02179-CJB-DPC Document 12731-2 Filed 04/25/14 Page 247 of 251

**T**

training [12]  4695/2 4695/6 4695/12
4716/16 4716/19 4747/20 4748/3
4748/7 4748/10 4748/14 4748/17
4749/3
transcript [2]  4668/14 4881/22
transcription [1]  4673/24
transfer [2]  4846/2 4846/8
transition [3]  4720/20 4721/7 4772/5
transitioned [1]  4720/23
transitioning [1]  4771/8
transmission [1]  4704/8
Transocean [155]  4672/5 4672/6 4672/7
4672/8 4672/9 4672/10 4672/12
4672/12 4672/13 4672/16 4672/16
4672/17 4672/19 4672/20 4672/21
4676/7 4676/8 4676/12 4677/9 4677/13
4677/16 4678/18 4678/20 4678/25
4679/3 4679/8 4679/15 4680/2 4680/15
4680/20 4681/9 4681/13 4681/20
4682/3 4682/7 4683/15 4685/15 4686/6
4689/16 4689/24 4690/16 4690/19
4691/3 4691/24 4692/13 4692/14
4693/4 4693/7 4693/13 4694/17
4694/21 4694/24 4695/2 4695/5 4695/9
4695/12 4695/19 4695/25 4696/7
4696/17 4696/24 4697/6 4697/12
4697/13 4697/13 4700/17 4700/23
4701/1 4702/19 4703/7 4703/13
4705/24 4706/5 4706/20 4707/17
4708/12 4708/25 4709/17 4712/21
4713/4 4713/9 4713/10 4713/17
4713/22 4715/19 4716/20 4717/2
4717/16 4718/12 4718/19 4719/12
4719/13 4719/20 4720/15 4722/11
4724/22 4725/4 4725/12 4725/18
4726/11 4728/6 4728/8 4728/15
4729/22 4730/18 4730/25 4731/11
4732/5 4732/17 4735/15 4735/25
4736/3 4736/14 4737/3 4737/18
4739/17 4739/24 4739/25 4740/8
4740/8 4740/17 4740/17 4740/21
4740/25 4741/5 4741/5 4741/12
4741/21 4742/4 4742/9 4743/6 4745/12
4748/5 4770/12 4784/24 4785/2
4797/24 4798/2 4798/9 4799/11 4801/4
4801/15 4801/16 4801/24 4802/13
4802/13 4803/14 4804/1 4805/19
4825/18 4830/9 4843/7 4843/14 4851/2
4851/12
Transocean's [19]  4677/9 4678/7 4681/5
4693/8 4695/8 4701/6 4701/16 4702/7
4704/23 4705/11 4718/14 4726/9
4731/7 4737/23 4739/19 4742/15
4742/12 4751/9 4830/7
trash [2]  4767/5 4767/9
treating [1]  4733/14
treatment [2]  4719/8 4719/16
trend [1]  4880/7
TREX [73]  4677/23 4678/3 4678/15
4682/9 4690/23 4690/25 4701/24
4703/21 4709/15 4714/17 4721/12
4728/14 4744/5 4744/25 4745/10
4745/20 4747/18 4747/24 4748/13
4748/23 4749/10 4749/18 4750/9
4750/11 4750/14 4758/11 4760/6
4765/15 4769/19 4776/9 4778/5
4777/2 4779/11 4779/24 4788/3
4788/21 4797/1 4798/24 4800/6 4800/7
4800/19 4809/15 4809/16 4810/5
4810/17 4811/5 4811/6 4812/22
4812/23 4813/11 4814/5 4814/20

4815/10 4815/23 4816/8 4819/13
4819/22 4823/7 4823/22 4823/24
4824/21 4825/14 4831/16 4832/17
4845/11 4846/17 4850/11 4861/7
4861/15 4865/17 4868/6 4871/12
TREX-05593 [1]  4775/7
TREX-1356A [1]  4690/25
TREX-1356A.20.4 [1]  4690/23
TREX-1429.20.1 [1]  4750/9
TREX-1449 [2]  4703/21 4709/15
TREX-2187 [1]  4714/17
TREX-23056 [1]  4832/17
TREX-23057 [1]  4831/16
TREX-23063 [2]  4824/8 4824/21
TREX-3110 [2]  4800/6 4800/19
TREX-3110-48002.2 [1]  4800/7
TREX-37042.4.1 [1]  4809/15
TREX-37042.4.2 [1]  4810/5
TREX-3769 [2]  4861/7 4861/15
TREX-3773.1.2 [1]  4822/22
TREX-41215 [1]  4682/9
TREX-4255 [1]  4728/14
TREX-4347-1848-1 [1]  4788/3
TREX-4566 [1]  4772/13
TREX-48001 [2]  4845/11 4846/17
TREX-48002 [2]  4797/1 4825/14
TREX-48093.1.1 [1]  4734/1
TREX-48193.3.2 [1]  4810/17
TREX-48193.3.4 [1]  4812/22
TREX-48193.4.3 [1]  4811/5
TREX-48193.7.6 [1]  4815/23
TREX-48194 [1]  4822/9
TREX-48194.8.2 [1]  4822/1
TREX-48195.1.2 [1]  4815/10
TREX-48195.9.6 [1]  4819/13
TREX-4942.20 [1]  4750/14
TREX-52545 [1]  4745/10
TREX-52546 [1]  4745/20
TREX-52658.1 [1]  4747/18
TREX-52658.12 [1]  4748/13
TREX-52658.16 [1]  4748/23
TREX-52658.4 [1]  4747/24
TREX-5474 [1]  4701/24
TREX-5482.1.1.TO [1]  4749/18
TREX-5482.10.1.TO [1]  4749/10
TREX-5570 [1]  4788/21
TREX-559 [1]  4798/24
TREX-5593.3 [2]  4777/2 4779/11
TREX-5593.5 [1]  4779/24
TREX-5642 [1]  4677/23
TREX-5642.2.1 [1]  4678/15
TREX-5642.5.1 [1]  4678/3
TREX-5643 [1]  4721/12
TREX-5650 [1]  4744/25
TREX-60405 [1]  4865/17
TREX-60415 [1]  4850/11
TREX-6235 [1]  4871/12
TREX-63141 [4]  4758/11 4760/6
4765/15 4769/19
TREX-7722 [1]  4868/6
TREX-802-W [1]  4814/5
TREX-802-W.1.1 [1]  4809/16
TREX-802-W.1.6 [1]  4812/23
TREX-802-W.2.5 [1]  4811/6
TREX-802W.1.7 [2]  4813/11 4814/20
TREX-802X.1.4 [1]  4816/8
TREX-802X.16.9 [1]  4819/13
trial [4]  4668/14 4738/7 4750/21 4819/7
trick [1]  4828/8
tried [3]  4705/24 4776/9 4813/25
Trinidad [2]  4725/25 4726/1
TRITON [1]  4668/8
true [17]  4682/1 4683/9 4694/20 4697/6

4698/15 4714/3 4722/22 4725/19
4737/13 4771/4 4783/8 4791/5
4792/14 4792/16 4879/3 4881/1
4881/22
trust [7]  4696/22 4696/23 4697/8
4697/12 4697/13 4699/20 4862/11
truth [1]  4803/24
try [10]  4677/6 4682/14 4685/15 4709/4
4728/23 4754/8 4812/12 4812/15
4847/1 4878/7
trying [23]  4760/19 4763/2 4771/22
4774/11 4781/4 4785/15 4793/14
4798/5 4802/8 4804/22 4805/13
4807/18 4816/22 4817/4 4817/6
4817/19 4817/20 4818/4 4828/8 4828/8
4832/8 4839/14 4852/5
TTT [1]  4731/3
turn [24]  4678/14 4696/20 4701/23
4711/6 4712/21 4716/1 4720/2 4728/14
4729/15 4730/11 4745/6 4748/13
4748/23 4749/9 4779/24 4834/7
4836/18 4838/11 4844/3 4847/19
4848/3 4861/11 4861/11 4877/5
turned [4]  4739/5 4836/22 4839/15
4846/18
turning [1]  4846/12
turns [1]  4732/11
Turton [2]  4770/23 4775/3
twice [1]  4735/18
two [38]  4688/12 4688/15 4688/16
4693/15 4697/10 4698/2 4698/4 4700/3
4713/20 4714/1 4723/19 4734/12
4742/20 4742/22 4746/7 4746/7
4751/15 4755/15 4759/17 4760/10
4764/8 4768/25 4773/4 4780/12 4785/4
4785/21 4791/4 4792/22 4793/16
4804/3 4806/5 4822/18 4827/8 4842/7
4849/1 4849/2 4858/8 4858/8
two-way [1]  4697/10
type [9]  4679/24 4681/19 4701/20
4703/2 4717/9 4726/17 4726/21
4806/12 4821/4
typed [3]  4827/11 4845/24 4845/24
types [2]  4710/23 4718/23
typically [9]  4689/25 4690/6 4719/17
4820/25 4869/8 4869/11 4876/21
4876/25 4878/15

**U**

U.S [7]  4670/8 4670/12 4670/18 4671/2
4680/9 4846/19 4872/4
UCA [7]  4777/16 4792/21 4793/16
4794/15 4822/11 4822/19 4871/8
Uh [1]  4775/13
Uh-huh [1]  4775/13
ultimate [4]  4708/17 4708/23 4709/4
4817/6
ultimately [6]  4708/3 4708/11 4708/14
4741/1 4741/16 4741/24
ultradeepwater [1]  4680/6
unanticipated [2]  4723/10 4724/2
uncommon [3]  4699/22 4723/9 4724/7
uncontrolled [1]  4744/11
under [14]  4690/25 4692/12 4693/6
4694/11 4694/13 4701/16 4704/19
4713/16 4720/25 4723/13 4726/11
4759/16 4778/9 4832/13
UNDERHILL [1]  4670/9
underneath [7]  4686/3 4686/8 4686/14
4687/4 4688/23 4689/2 4701/2
understand [35]  4690/18 4690/19
4693/6 4694/10 4705/18 4706/1 4707/2
4708/10 4717/12 4721/10 4726/16

## U

understand... [24]  4737/4 4738/6 4752/2
4760/17 4762/14 4764/8 4764/10
4768/12 4773/18 4774/21 4774/24
4775/14 4775/17 4780/8 4786/17
4805/13 4807/18 4828/9 4837/13
4839/10 4839/14 4854/25 4856/9
4877/7
understanding [12]  4690/22 4691/12
4691/19 4691/20 4691/23 4692/5
4693/3 4723/24 4828/3 4837/24
4864/19 4881/23
understood [9]  4703/14 4711/14
4756/16 4773/4 4803/25 4827/12
4829/20 4838/2 4840/12
undertake [1]  4712/18
undertaken [2]  4711/24 4712/2
unfortunately [1]  4748/14
unique [3]  4723/23 4811/15 4848/12
unit [5]  4688/1 4691/2 4691/8 4691/9
4806/20
UNITED [15]  4668/1 4668/10 4668/15
4670/8 4670/12 4670/19 4671/2
4694/11 4770/11 4803/10 4806/23
4806/25 4807/19 4846/2 4881/21
units [2]  4679/1 4679/1
unless [7]  4734/8 4795/12 4795/14
4812/11 4812/16 4828/24 4869/7
unlikely [3]  4842/16 4842/17 4842/18
unloaded [1]  4730/1
unloading [12]  4732/24 4733/3 4733/9
4733/12 4733/20 4743/17 4743/20
4743/21 4743/24 4744/5 4744/8
4744/13
unloads [1]  4744/15
unpumpable [1]  4815/2
unsafe [2]  4705/18 4705/25
until [13]  4763/15 4763/16 4763/24
4775/15 4787/7 4796/4 4802/18
4804/11 4853/2 4853/22 4854/19
4869/25 4881/16
unusual [4]  4770/15 4842/23 4842/24
4843/1
up [187]  4675/14 4677/23 4682/9
4682/23 4683/11 4685/11 4687/25
4688/1 4688/1 4689/18 4690/21
4690/23 4690/24 4691/16 4692/10
4697/23 4700/8 4702/15 4704/5 4704/7
4705/4 4707/21 4709/20 4714/15
4721/12 4724/12 4727/9 4727/25
4728/25 4729/19 4734/11 4738/21
4739/10 4739/22 4744/3 4744/24
4745/10 4745/20 4746/4 4746/10
4747/9 4747/16 4747/23 4749/19
4750/9 4750/18 4751/12 4755/11
4756/12 4756/18 4756/19 4757/2
4757/12 4758/23 4758/24 4759/9
4759/9 4763/15 4763/16 4764/15
4764/15 4766/17 4771/10 4771/18
4771/21 4772/1 4772/2 4772/2 4772/3
4772/7 4772/15 4772/17 4772/24
4772/24 4772/25 4773/5 4773/25
4774/13 4775/4 4775/6 4775/7 4775/10
4775/23 4777/8 4778/3 4778/3 4778/9
4778/13 4778/25 4779/13 4780/1
4783/15 4792/17 4793/2 4793/23
4794/18 4795/9 4796/9 4798/6 4798/9
4798/13 4798/17 4799/4 4801/7 4801/8
4802/18 4804/22 4805/17 4807/5
4807/7 4809/20 4810/4 4810/9 4811/3
4811/11 4811/14 4811/25 4812/22
4813/8 4813/16 4813/19 4814/1
4814/22 4817/9 4817/16 4819/16
4819/20 4828/4 4825/1 4828/25
4829/10 4829/25 4830/15 4831/15
4832/21 4833/3 4835/2 4838/10
4838/23 4840/5 4840/6 4840/10
4842/10 4842/10 4845/11 4849/22
4850/11 4850/12 4850/14 4851/24
4853/2 4853/22 4861/7 4861/14
4863/10 4864/8 4865/8 4865/12
4865/17 4865/21 4866/13 4867/15
4868/6 4868/20 4868/22 4868/25
4869/1 4869/5 4869/16 4869/23 4870/3
4871/12 4871/21 4871/23 4872/24
4873/2 4873/8 4875/7 4876/6 4876/6
4876/11 4876/16 4877/5 4879/7
4879/23 4880/13 4880/15
upon [2]  4763/1 4880/5
upper [1]  4804/8
ups [2]  4801/14 4806/5
us [11]  4680/3 4720/22 4759/5 4793/9
4833/14 4847/3 4847/6 4855/10 4858/4
4861/24 4872/2
use [25]  4692/1 4724/8 4727/13
4736/16 4759/21 4759/23 4760/1
4760/11 4760/15 4760/16 4760/21
4768/7 4774/3 4783/9 4783/5 4785/10
4786/9 4788/13 4789/2 4809/5 4809/19
4821/21 4846/10 4848/23 4874/20
used [97]  4675/18 4676/2 4676/15
4679/19 4681/8 4681/17 4689/17
4709/25 4717/12 4726/15 4726/18
4726/25 4736/14 4737/13 4738/15
4755/8 4755/12 4755/20 4755/20
4755/21 4756/1 4760/3 4760/4 4760/13
4760/20 4763/3 4763/20 4771/10
4771/18 4771/21 4772/2 4772/4
4773/21 4774/6 4774/16 4774/23
4775/11 4776/10 4776/11 4776/17
4777/18 4777/25 4778/1 4780/11
4780/25 4781/10 4781/22 4782/5
4782/8 4782/10 4782/15 4782/22
4783/3 4783/24 4784/1 4784/14
4784/16 4784/19 4785/8 4785/9
4785/12 4786/12 4787/6 4787/10
4787/24 4790/12 4792/9 4792/18
4793/1 4795/5 4798/22 4799/9 4801/17
4802/2 4802/5 4802/14 4802/21
4802/23 4804/25 4804/25 4807/5
4809/8 4809/9 4810/21 4810/25
4811/12 4821/8 4835/24 4842/5
4844/14 4844/24 4849/9 4850/21
4852/8 4865/13 4865/14 4868/3
user [3]  4809/10 4867/14 4867/21
uses [3]  4864/24 4868/22
using [13]  4673/23 4681/7 4681/16
4683/4 4698/10 4698/25 4731/10
4758/3 4758/20 4768/8 4768/9 4817/14
4852/1
usually [1]  4864/14

## V

value [1]  4862/13
Vargo [1]  4822/25
variety [1]  4864/8
various [8]  4682/25 4684/18 4701/3
4703/9 4707/21 4818/7 4820/20
4867/15
vast [1]  4689/23
Vastar [1]  4692/23
verbal [3]  4709/22 4710/1 4711/17
verbatim [2]  4772/16 4775/16
versatile [1]  4679/4
version [2]  4713/23 4748/10
versions [1]  4746/7
very [22]  4693/1 4699/10 4710/10
4739/2 4743/11 4758/16 4768/5
4777/13 4777/13 4778/12 4778/18
4788/25 4794/9 4812/18 4823/18
4823/18 4824/2 4825/25 4827/14
4830/22 4832/5 4871/1
vessel [3]  4713/22 4716/9 4719/10
vice [1]  4686/9 4687/1
video [1]  4751/15
view [1]  4768/6
vigilance [2]  4723/1 4733/17
vigilant [1]  4723/15
Viking [48]  4755/11 4755/12 4755/13
4755/16 4763/18 4764/2 4764/4 4766/9
4766/11 4766/14 4766/17 4807/14
4807/15 4808/7 4809/1 4809/10
4809/20 4810/3 4810/8 4810/15
4810/21 4811/9 4811/17 4812/3
4815/14 4815/17 4816/23 4817/9
4817/16 4818/5 4819/25 4820/17
4822/9 4844/23 4848/18 4864/24
4865/1 4865/23 4866/1 4867/2 4867/5
4867/8 4867/12 4867/14 4868/13
4869/1 4869/6 4869/9
violated [1]  4742/5
Virginia [2]  4669/10 4669/10
virtue [1]  4715/2
viscosity [7]  4880/3 4880/5 4880/7
4880/13 4880/14 4880/15 4881/4
visit [1]  4725/18
visually [1]  4721/6
volume [4]  4812/12 4812/19 4844/10
4844/14
VON [1]  4673/12
VP [1]  4686/14

## W

W.1.1 [1]  4809/16
W.1.2 [1]  4810/6
W.1.4 [1]  4810/18
W.1.6 [1]  4812/23
W.2.5 [1]  4811/6
wait [11]  4676/19 4728/2 4754/6 4754/6
4754/6 4778/7 4793/11 4834/11
4834/11 4834/18 4835/2
walk [2]  4807/20 4817/2
walked [1]  4825/4
Walker [2]  4669/9 4683/24
WALTER [1]  4669/12
Walther [1]  4672/22
want [51]  4675/13 4689/17 4690/17
4697/19 4700/7 4702/9 4703/16 4711/6
4715/21 4715/22 4733/2 4747/16
4750/9 4750/23 4751/19 4751/20
4752/21 4752/23 4766/14 4766/16
4773/6 4774/12 4777/6 4782/13
4786/16 4786/18 4787/21 4789/21
4791/11 4805/6 4818/2 4819/5 4828/21
4841/4 4841/19 4844/3 4845/9 4847/15
4849/19 4849/22 4850/1 4851/22
4851/24 4852/12 4855/8 4860/3 4861/9
4873/10 4875/7 4877/5 4881/9
wanted [23]  4685/16 4700/22 4734/2
4739/20 4757/19 4757/21 4757/23
4758/3 4758/5 4758/20 4758/22
4758/22 4759/12 4759/20 4760/1
4771/7 4794/22 4795/18 4848/11
4867/9 4869/16 4875/21 4875/23
wanting [2]  4792/20 4866/16
wants [5]  4728/3 4784/11 4796/1
4828/24 4867/6

Case 2:10-md-02179-CJB-DPC Document 14217-32 Filed 04/25/14 Page 249 of 251

warehouse [8]  4802/11 4803/5 4805/25
4806/3 4829/14 4829/17 4829/20
4841/6
was [367]
Washington [4]  4670/17 4670/22 4671/6
4672/4
wasn't [11]  4748/15 4763/12 4764/19
4782/23 4794/8 4799/25 4801/18
4804/16 4804/19 4816/3 4825/1
watch [4]  4717/20 4725/23 4726/8
4858/22
water [7]  4680/10 4681/15 4683/25
4739/6 4794/17 4866/15 4875/14
way [29]  4684/21 4688/2 4688/11
4688/13 4697/10 4697/16 4706/5
4708/15 4708/17 4726/17 4726/21
4727/3 4732/5 4737/3 4750/18 4751/24
4767/11 4768/11 4768/13 4802/24
4803/7 4807/22 4824/15 4845/13
4860/22 4867/17 4873/15 4874/11
4874/12
ways [2]  4867/13 4867/20
we [202]  4675/15 4675/17 4676/1
4676/2 4676/14 4676/22 4678/3
4678/14 4679/19 4680/16 4682/3
4682/9 4682/14 4682/20 4683/14
4683/23 4683/23 4683/24 4684/3
4686/8 4686/15 4686/19 4686/19
4687/6 4687/7 4687/13 4688/11
4688/15 4688/20 4688/20 4688/23
4689/2 4689/8 4689/13 4690/23
4692/25 4693/10 4693/11 4696/2
4696/3 4697/23 4698/8 4700/8 4700/15
4701/9 4701/10 4701/13 4701/18
4701/19 4701/20 4701/21 4702/15
4703/8 4704/13 4704/21 4706/14
4709/19 4709/23 4710/6 4711/2
4717/17 4717/25 4720/20 4722/3
4722/7 4724/12 4724/14 4724/15
4726/3 4726/12 4727/23 4728/2
4729/15 4731/3 4731/24 4732/3
4732/15 4734/19 4736/10 4739/1
4742/1 4742/10 4746/6 4746/8 4747/23
4750/13 4751/10 4751/11 4751/11
4751/12 4751/14 4751/14 4751/22
4752/3 4752/5 4752/7 4752/11 4752/25
4761/10 4761/13 4769/6 4769/11
4775/8 4779/7 4781/6 4782/4 4782/5
4783/10 4784/18 4791/17 4793/5
4798/6 4799/17 4801/13 4804/24
4805/12 4805/20 4807/3 4807/24
4808/2 4808/4 4808/8 4809/15 4810/5
4810/17 4811/5 4812/15 4812/22
4812/25 4813/11 4813/11 4813/15
4813/20 4814/4 4814/5 4814/6 4814/7
4814/11 4814/19 4814/25 4815/10
4815/23 4816/8 4816/11 4816/14
4816/25 4817/1 4817/4 4817/8 4817/10
4818/22 4818/25 4819/12 4820/17
4821/2 4822/1 4822/21 4823/4 4823/8
4826/23 4828/3 4828/5 4828/20
4828/22 4829/6 4829/11 4829/23
4831/18 4833/25 4834/1 4834/3
4834/11 4838/24 4840/15 4840/21
4844/3 4849/12 4849/13 4855/12
4856/22 4859/23 4859/24 4860/2
4860/15 4860/15 4860/16 4862/14
4863/5 4863/9 4864/7 4871/10 4872/3
4872/5 4872/9 4872/25 4873/16
4873/16 4873/19 4875/4 4877/23
4878/16 4881/12

we'd [3]  4807/20 4818/2 4878/16
we'll [6]  4676/11 4677/18 4751/10
4775/22 4784/12 4784/21 4785/7
4851/18 4851/23
we're [21]  4682/23 4701/16 4707/25
4714/4 4723/20 4723/21 4739/13
4751/13 4752/5 4761/13 4764/11
4804/22 4817/20 4817/24 4834/20
4848/11 4851/23 4871/20 4877/12
4880/17 4881/16
we've [20]  4675/18 4676/10 4676/16
4676/18 4677/7 4681/6 4694/21
4695/15 4705/1 4718/18 4718/21
4722/13 4751/24 4813/25 4817/1
4827/8 4827/18 4842/9 4843/25
4856/19
weaknesses [1]  4749/13
web [1]  4864/24
web-based [1]  4864/21
Webster [2]  4675/14 4676/10
Webster's [4]  4675/18 4675/24 4676/3
4676/3
Wednesday [1]  4802/19
week [7]  4694/6 4802/19 4804/7
4804/14 4806/2 4807/22 4831/18
weekend [3]  4786/6 4786/14 4831/3
weeks [9]  4755/4 4759/20 4761/13
4761/17 4763/19 4766/3 4767/8
4772/23 4807/8
weigh [69]  4771/10 4771/18 4771/19
4771/21 4772/1 4772/2 4772/3 4772/7
4772/15 4772/17 4772/24 4772/24
4772/25 4773/5 4773/25 4774/13
4775/7 4775/10 4775/23 4777/8 4778/3
4778/3 4778/9 4778/25 4779/13 4780/1
4792/17 4799/4 4807/5 4807/7 4809/20
4810/4 4810/9 4811/3 4811/11 4811/14
4811/25 4813/5 4813/8 4813/16
4813/19 4814/1 4814/22 4816/23
4817/9 4817/16 4818/5 4819/16
4819/19 4850/14 4864/8 4865/7 4865/8
4865/12 4865/21 4868/20 4868/22
4868/25 4869/1 4869/5 4869/16
4869/23 4870/3 4872/24 4873/2 4873/8
4876/6 4876/6 4876/11
weigh-in [2]  4816/23 4818/5
weigh-up [63]  4771/10 4771/18 4771/21
4772/1 4772/2 4772/3 4772/7 4772/15
4772/17 4772/24 4772/24 4772/25
4773/5 4773/25 4775/7 4775/10
4775/23 4777/8 4778/3 4778/3 4778/9
4778/25 4779/13 4780/1 4792/17
4799/4 4807/5 4807/7 4809/20 4810/4
4810/9 4811/3 4811/11 4811/14
4811/25 4813/8 4813/16 4813/19
4814/1 4814/22 4817/9 4817/16
4819/16 4819/19 4850/14 4864/8
4865/8 4865/12 4865/21 4868/20
4869/16 4869/23 4870/3 4872/24
4873/2 4873/8 4876/6 4876/6 4876/11
weighed [1]  4866/13
welcome [1]  4675/11
welfare [4]  4708/4 4708/12 4708/16
4722/15
well [251]
well's [2]  4807/6 4822/5
well-being [1]  4680/5
well-monitoring [2]  4726/18 4726/24
well-performing [1]  4684/22
WellCAP [3]  4748/2 4748/17 4749/2
wells [25]  4677/14 4680/5 4680/8
4683/19 4684/3 4684/3 4684/4 4684/4

4684/7 4684/19 4685/5 4685/8 4694/13
4723/23 4717/21 4724/6 4725/22 4726/5
4726/7 4729/4 4729/12 4730/6 4732/17
4736/24 4857/1
went [13]  4678/7 4683/17 4716/2
4756/23 4772/1 4791/15 4791/23
4802/7 4829/22 4830/12 4831/13
4846/7 4854/4
were [219]
weren't [6]  4749/14 4771/23 4784/5
4789/6 4801/2 4804/5
west [1]  4852/17
what [278]
what's [11]  4712/14 4717/12 4774/16
4816/20 4817/6 4817/20 4853/12
4863/3 4866/10 4868/24 4870/16
whatever [9]  4722/17 4751/18 4752/15
4758/6 4784/15 4802/23 4805/1 4805/7
4829/6
whatsoever [1]  4733/16
Wheeler [1]  4689/3
when [102]  4677/13 4680/23 4683/7
4684/5 4688/9 4688/13 4693/1 4720/23
4721/5 4722/22 4723/10 4725/18
4725/21 4727/23 4733/23 4734/12
4734/20 4737/7 4743/21 4743/23
4743/25 4755/24 4757/2 4757/7
4757/12 4757/18 4759/19 4759/23
4760/25 4761/22 4761/24 4762/1
4762/1 4762/23 4762/24 4763/24
4766/3 4767/14 4768/18 4768/25
4770/7 4771/3 4771/3 4774/21 4775/2
4775/21 4777/23 4778/13 4783/9
4783/11 4783/14 4784/19 4786/18
4786/23 4787/2 4787/7 4787/13
4794/10 4803/8 4803/25 4805/17
4805/19 4813/3 4815/1 4829/21
4829/23 4831/2 4833/23 4833/23
4834/8 4834/16 4834/24 4836/16
4836/22 4838/6 4842/3 4842/20 4846/8
4846/10 4848/16 4848/17 4852/23
4853/15 4853/17 4858/21 4859/14
4860/8 4860/13 4865/22 4865/23
4865/25 4866/24 4869/25 4870/5
4871/11 4872/3 4872/3 4873/12
4873/21 4873/25 4878/3 4878/9
whenever [1]  4733/16
where [56]  4687/23 4688/17 4689/8
4689/14 4698/21 4703/25 4707/5
4708/20 4709/6 4718/3 4728/2 4732/10
4744/5 4745/6 4748/2 4750/19 4770/25
4771/1 4773/19 4777/12 4778/17
4778/18 4781/5 4793/15 4805/2
4805/10 4805/12 4806/2 4806/17
4814/22 4817/24 4821/11 4821/11
4821/14 4822/15 4824/4 4824/6
4824/23 4828/9 4829/23 4833/7 4846/5
4850/17 4852/13 4852/16 4854/11
4857/13 4866/11 4866/17 4867/9
4867/18 4869/3 4873/9 4874/15 4875/1
4875/4
WHEREUPON [4]  4676/25 4753/8
4753/13 4881/18
whether [39]  4681/22 4684/8 4693/15
4695/18 4696/22 4713/4 4736/13
4736/25 4739/11 4757/15 4762/20
4764/5 4769/4 4782/7 4785/10 4793/17
4804/16 4806/13 4813/5 4814/4
4820/23 4821/10 4821/17 4821/18
4821/20 4825/2 4829/15 4840/22
4842/21 4845/6 4849/9 4850/21
4858/24 4859/5 4875/21 4878/23
4879/3 4880/24 4881/1

**W**

which [64]  4677/25 4680/3 4680/7
4689/14 4689/18 4690/22 4691/2
4691/17 4692/13 4698/22 4698/24
4703/25 4704/7 4704/12 4705/5
4706/10 4707/5 4719/15 4728/25
4731/3 4732/5 4741/7 4741/22 4742/11
4747/17 4758/11 4764/9 4772/13
4773/9 4774/1 4774/5 4775/7 4776/8
4778/3 4779/24 4785/9 4785/22
4790/22 4792/17 4797/4 4799/1
4799/13 4800/21 4801/16 4807/14
4809/22 4812/19 4815/1 4818/11
4819/3 4822/4 4823/8 4826/11 4831/15
4832/13 4832/17 4832/17 4833/22
4844/24 4849/13 4851/11 4853/25
4854/7 4879/10
while [9]  4680/8 4692/20 4740/22
4777/16 4829/4 4830/18 4831/5
4840/10 4842/15
Whiteley [1]  4671/15
who [51]  4689/13 4694/7 4700/13
4706/1 4726/7 4726/12 4727/18
4730/10 4734/3 4736/22 4738/6 4738/7
4738/7 4738/13 4751/1 4752/18 4756/8
4757/5 4761/18 4779/4 4789/11
4795/17 4810/14 4810/24 4833/15
4837/2 4837/3 4837/7 4837/9 4838/4
4838/11 4839/11 4840/2 4852/25
4855/4 4855/17 4855/19 4860/1 4860/3
4860/8 4860/13 4861/17 4861/24
4864/12 4864/18 4865/9 4866/4
4866/18 4866/19 4868/1 4868/22
who's [2]  4751/9 4795/25
whoever [2]  4781/21 4782/16
whole [2]  4740/7 4825/2
whom [5]  4695/6 4735/22 4852/18
4867/3 4869/17
whose [2]  4723/19 4773/15
why [27]  4676/19 4724/3 4751/3
4758/19 4770/2 4779/3 4779/4 4780/21
4792/12 4792/20 4803/17 4804/7
4804/12 4804/13 4805/15 4815/20
4832/13 4835/4 4839/14 4842/12
4848/15 4851/8 4853/6 4866/21
4870/25 4874/11 4880/10
will [23]  4681/20 4699/2 4699/3 4699/17
4704/21 4722/10 4722/14 4736/25
4738/6 4745/9 4752/13 4752/20
4778/13 4780/4 4789/3 4789/3 4789/12
4810/12 4819/6 4820/10 4833/6
4834/13 4843/15
Williams [2]  4669/15 4669/15
Williamson [2]  4670/2 4670/3
window [1]  4811/21
WINFIELD [1]  4671/9
Winslow [1]  4687/9
wish [1]  4676/2
within [9]  4695/21 4702/19 4707/9
4709/17 4755/4 4808/5 4859/3 4860/10
4867/8
without [6]  4676/6 4765/18 4777/24
4823/2 4862/18 4863/4
witness [20]  4675/9 4735/22 4735/25
4738/3 4738/7 4751/10 4753/11
4753/12 4807/2 4807/16 4808/4 4808/9
4819/7 4819/8 4834/12 4843/11
4846/24 4847/13 4881/11 4881/15
witnesses [3]  4738/13 4773/15 4786/12
Wittmann [7]  4672/22 4672/23
Woelfel [2]  4727/16 4727/21
wondering [2]  4770/11 4880/24

word [4]  4709/25 4770/14 4801/23
4819/10
worded [1]  4824/15
words [12]  4679/9 4681/7 4681/8
4681/16 4681/17 4683/4 4683/7 4697/4
4698/23 4699/3 4702/2 4769/17
wordwide [1]  4724/18
work [12]  4692/21 4701/18 4701/25
4708/24 4711/8 4725/21 4766/23
4766/24 4859/9 4860/15 4860/16
4877/24
worked [5]  4692/13 4734/4 4735/5
4829/21 4858/17
workforce [2]  4858/5 4859/10
working [13]  4680/8 4687/19 4701/16
4708/5 4708/12 4730/9 4730/10
4732/17 4790/7 4829/9 4845/23 4858/8
4869/25
works [11]  4687/24 4697/16 4706/6
4707/17 4717/23 4730/7 4730/7 4730/8
4730/8 4730/8 4864/22
worksheet's [1]  4866/12
world [13]  4677/13 4679/4 4690/1
4693/18 4694/8 4697/17 4700/18
4710/17 4715/19 4726/5 4735/20
4860/11 4863/4
world's [2]  4677/17 4678/20
world-class [1]  4863/4
worldwide [3]  4678/22 4702/24 4703/1
would [204]  4675/17 4675/20 4676/8
4680/25 4681/18 4681/18 4684/23
4687/25 4689/23 4689/24 4691/23
4695/17 4696/17 4703/4 4705/8
4706/10 4706/22 4707/20 4711/14
4711/16 4711/17 4711/17 4711/18
4711/18 4711/20 4711/21 4711/23
4711/25 4712/2 4717/14 4718/23
4719/17 4720/15 4721/6 4721/10
4721/22 4727/12 4730/18 4731/21
4733/11 4734/15 4735/10 4735/25
4736/6 4738/12 4748/9 4748/20 4750/1
4751/11 4751/15 4751/21 4753/22
4754/25 4755/19 4756/3 4758/11
4760/20 4766/20 4768/4 4770/12
4771/18 4775/7 4777/5 4778/1 4778/10
4779/11 4779/24 4781/5 4781/17
4781/20 4782/1 4783/7 4783/21
4783/21 4785/19 4786/25 4787/18
4787/23 4788/7 4788/12 4789/10
4789/14 4789/16 4789/18 4790/12
4790/22 4791/4 4791/10 4791/11
4791/13 4792/23 4792/23 4794/3
4794/3 4794/4 4794/10 4794/15
4795/14 4795/17 4795/19 4798/3
4798/4 4799/1 4799/15 4800/21 4801/9
4801/10 4801/10 4801/20 4802/4
4806/7 4806/14 4806/14 4806/15
4806/19 4808/4 4808/8 4809/10
4809/19 4810/24 4812/5 4812/6 4812/6
4812/9 4812/11 4812/14 4812/15
4812/19 4813/8 4813/8 4815/1 4817/10
4818/11 4818/13 4818/13 4819/7
4820/5 4820/15 4820/25 4821/13
4821/15 4821/15 4821/16 4824/23
4825/8 4829/24 4831/4 4831/13
4833/18 4837/8 4842/12 4842/12
4844/14 4844/23 4846/17 4849/13
4850/20 4852/25 4854/19 4854/22
4858/18 4860/22 4862/11 4862/11
4862/22 4864/9 4864/18 4864/20
4865/3 4865/3 4865/7 4866/11 4866/12
4866/17 4866/17 4867/7 4867/11
4868/13 4869/7 4869/17 4869/19

4872/24 4873/2 4873/5 4874/2 4874/5
4874/7 4874/23 4875/4 4875/5
4875/12 4878/11 4878/15 4878/16
4878/16 4878/22 4879/3 4879/17
4881/1 4881/4
wouldn't [5]  4684/25 4787/21 4789/13
4803/17 4874/4
wrap [1]  4781/4
Wright [1]  4668/18
write [6]  4722/9 4766/17 4768/21
4770/13 4865/15 4872/24
writing [2]  4678/6 4765/18
writings [1]  4850/9
written [11]  4682/17 4709/22 4709/23
4710/2 4711/18 4712/4 4755/15
4763/17 4766/17 4767/2 4850/7
wrong [3]  4687/24 4723/20 4783/6
wrote [3]  4727/15 4727/21 4763/9

**Y**

Yancy [1]  4689/10
yeah [25]  4682/1 4695/8 4695/20
4701/9 4702/21 4708/21 4710/25
4711/11 4717/25 4729/24 4735/12
4735/20 4736/21 4742/19 4742/22
4776/4 4777/14 4800/1 4800/3 4805/17
4829/4 4871/17 4877/17 4879/1
4880/16
year [14]  4696/11 4730/18 4730/21
4730/24 4731/24 4732/2 4732/6
4732/16 4759/16 4763/15 4856/15
4859/21 4859/25 4870/9
years [16]  4750/7 4750/8 4759/17
4763/11 4765/1 4768/25 4794/11
4794/14 4802/19 4804/9 4829/16
4831/20 4859/9 4859/12 4859/23
4859/24
yes [368]
yesterday [1]  4751/12
yet [6]  4676/19 4762/7 4779/6 4797/4
4814/14 4818/16
Yoakum [1]  4670/3
you [1091]
you'd [2]  4780/16 4798/17
you'll [4]  4798/8 4798/20 4849/3
4875/15
you're [30]  4675/11 4681/22 4683/19
4692/8 4694/13 4705/14 4708/23
4710/5 4735/17 4735/22 4737/12
4759/7 4767/14 4774/21 4777/12
4781/4 4781/5 4786/17 4790/4 4793/9
4793/9 4795/6 4808/15 4809/2 4812/13
4822/7 4832/8 4833/5 4835/6 4868/9
you've [15]  4681/13 4689/21 4706/8
4710/24 4774/22 4796/5 4805/15
4807/7 4807/7 4843/3 4848/20 4849/8
4853/20 4853/21 4856/19
you-all [2]  4757/21 4774/2
YOUNG [2]  4671/5 4689/9
younger [3]  4749/14 4749/15 4750/1
your [203]  4675/8 4675/9 4675/13
4675/18 4676/1 4676/7 4676/24 4678/1
4678/5 4680/1 4681/4 4682/12 4682/13
4685/23 4689/16 4690/22 4691/12
4691/19 4692/5 4693/3 4694/7 4697/3
4698/13 4699/20 4700/7 4700/10
4701/15 4705/13 4706/8 4706/10
4706/25 4713/2 4713/13 4718/24
4722/5 4724/5 4725/18 4725/19 4726/3
4726/15 4734/4 4741/10 4743/5
4743/10 4747/17 4750/24 4751/7
4751/11 4751/16 4751/18 4751/22

## Y

your... [152]  4752/3 4752/9 4752/11
4752/14 4753/11 4753/15 4753/20
4754/25 4757/3 4757/13 4758/25
4759/8 4760/12 4760/14 4762/7
4764/19 4764/21 4765/24 4766/5
4766/12 4767/8 4767/9 4767/20 4768/4
4768/4 4768/18 4768/25 4773/18
4774/3 4774/24 4775/4 4775/17
4775/23 4776/8 4776/11 4776/16
4778/6 4778/9 4779/10 4780/12
4780/23 4781/21 4782/1 4783/24
4784/4 4784/17 4785/19 4788/18
4789/10 4791/17 4791/20 4792/6
4793/13 4796/11 4796/15 4796/22
4797/12 4797/17 4799/14 4799/22
4800/5 4800/9 4800/13 4800/24 4801/3
4801/3 4801/14 4801/21 4802/1 4802/4
4803/8 4804/11 4805/5 4805/8 4805/14
4806/5 4806/20 4806/22 4806/24
4807/6 4807/15 4807/20 4807/21
4808/2 4809/17 4816/21 4816/25
4817/8 4817/18 4817/22 4818/1
4818/11 4818/16 4818/18 4818/22
4820/4 4822/13 4822/17 4823/16
4823/23 4824/2 4824/4 4825/9 4825/12
4828/10 4828/11 4830/25 4832/13
4833/5 4834/2 4835/18 4837/24
4838/19 4839/10 4843/6 4843/8
4843/15 4843/18 4844/1 4844/2
4846/24 4847/13 4847/16 4848/12
4849/1 4849/5 4849/8 4849/17 4852/5
4852/25 4856/10 4856/23 4856/25
4857/15 4858/13 4859/10 4859/18
4863/6 4863/12 4863/15 4863/20
4864/3 4864/18 4867/21 4867/22
4873/20 4875/19 4876/20 4877/5
4877/22 4880/14 4881/8
Your Honor [6]  4751/7 4751/11 4751/22
4752/3 4752/14 4849/1
yourself [6]  4685/20 4752/15 4765/8
4770/20 4776/17 4850/1

## Z

zero [1]  4704/20
zone [13]  4729/22 4730/15 4730/25
4731/12 4731/21 4734/10 4779/19
4788/21 4788/22 4848/2 4851/5 4875/5
4875/8