1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                        CIVIL ACTION NO. 10-MD-2179 "J"
                         NEW ORLEANS, LOUISIANA
9                        Wednesday, March 20, 2013

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*
14
     CASE NO. 2:10-CV-4536,
15   *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*
16   *INC., ET AL*

17
     ****************************************************************
18

19

20              **DAY 15 - MORNING SESSION**

21        TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22      HEARD BEFORE THE HONORABLE CARL J. BARBIER

23              UNITED STATES DISTRICT JUDGE

24

25

                    OFFICIAL TRANSCRIPT

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:        DOMENGEAUX WRIGHT ROY & EDWARDS
                                 BY:  JAMES P. ROY, ESQ.
 4                               556 JEFFERSON STREET, SUITE 500
                                 POST OFFICE BOX 3668
 5                               LAFAYETTE, LA  70502

 6                               HERMAN HERMAN & KATZ
                                 BY:  STEPHEN J. HERMAN, ESQ.
 7                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA  70113
 8
                                 CUNNINGHAM BOUNDS
 9                               BY:  ROBERT T. CUNNINGHAM, ESQ.
                                 1601 DAUPHIN STREET
10                               MOBILE, AL  36604

11                               LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                 BY:  PAUL M. STERBCOW, ESQ.
12                               PAN AMERICAN LIFE BUILDING
                                 601 POYDRAS STREET, SUITE 2615
13                               NEW ORLEANS, LA  70130

14                               BREIT DRESCHER IMPREVENTO & WALKER
                                 BY:  JEFFREY A. BREIT, ESQ.
15                               600 22ND STREET, SUITE 402
                                 VIRGINIA BEACH, VA  23451
16
                                 LEGER & SHAW
17                               BY:  WALTER J. LEGER, JR., ESQ.
                                 600 CARONDELET STREET, 9TH FLOOR
18                               NEW ORLEANS, LA  70130

19                               WILLIAMS LAW GROUP
                                 BY:  CONRAD S. P. WILLIAMS, ESQ.
20                               435 CORPORATE DRIVE, SUITE 101
                                 HOUMA, LA  70360
21
                                 THORNHILL LAW FIRM
22                               BY:  THOMAS THORNHILL, ESQ.
                                 1308 NINTH STREET
23                               SLIDELL, LA  70458

24

25
```

OFFICIAL TRANSCRIPT

```
 1
 2                              DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                                BY:  JOHN W. DEGRAVELLES, ESQ.
 3                              618 MAIN STREET
                                BATON ROUGE, LA 70801
 4
                                WILLIAMSON & RUSNAK
 5                              BY:  JIMMY WILLIAMSON, ESQ.
                                4310 YOAKUM BOULEVARD
 6                              HOUSTON, TX  77006

 7                              IRPINO LAW FIRM
                                BY:  ANTHONY IRPINO, ESQ.
 8                              2216 MAGAZINE STREET
                                NEW ORLEANS, LA  70130
 9

10   FOR THE UNITED STATES
     OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
11                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQ.
12                              450 GOLDEN GATE AVENUE
                                7TH FLOOR, ROOM 5395
13                              SAN FRANCISCO, CA  94102

14                              U.S. DEPARTMENT OF JUSTICE
                                ENVIRONMENT & NATURAL RESOURCES DIVISION
15                              ENVIRONMENTAL ENFORCEMENT SECTION
                                BY:  STEVEN O'ROURKE, ESQ.
16                                   SCOTT CERNICH, ESQ.
                                     DEANNA CHANG, ESQ.
17                                   RACHEL HANKEY, ESQ.
                                     A. NATHANIEL CHAKERES, ESQ.
18                              P.O. BOX 7611
                                WASHINGTON, DC  20044
19
                                U.S. DEPARTMENT OF JUSTICE
20                              TORTS BRANCH, CIVIL DIVISION
                                BY:  JESSICA McCLELLAN, ESQ.
21                                   MICHELLE DELEMARRE, ESQ.
                                     JESSICA SULLIVAN, ESQ.
22                                   SHARON SHUTLER, ESQ.
                                     MALINDA LAWRENCE, ESQ.
23                              POST OFFICE BOX 14271
                                WASHINGTON, DC  20044
24

25
```

```
 1                              U.S. DEPARTMENT OF JUSTICE
                                FRAUD SECTION
 2                              COMMERCIAL LITIGATION BRANCH
                                BY:  DANIEL SPIRO, ESQ.
 3                                   KELLEY HAUSER, ESQ.
                                     ELIZABETH YOUNG, ESQ.
 4                              BEN FRANKLIN STATION
                                WASHINGTON, DC  20044
 5

 6      FOR THE STATE OF
        ALABAMA:                ALABAMA ATTORNEY GENERAL'S OFFICE
 7                              BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                     COREY L. MAZE, ESQ.
 8                                   WINFIELD J. SINCLAIR, ESQ.
                                500 DEXTER AVENUE
 9                              MONTGOMERY, AL  36130

10

11      FOR THE STATE OF
        LOUISIANA OFFICE
12      OF THE ATTORNEY
        GENERAL:
13                              STATE OF LOUISIANA
                                BY:  JAMES D.  CALDWELL,
14                              ATTORNEY GENERAL
                                1885 NORTH THIRD STREET
15                              POST OFFICE BOX 94005
                                BATON ROUGE, LA  70804
16
                                KANNER & WHITELEY
17                              BY:  ALLAN KANNER, ESQ.
                                     DOUGLAS R. KRAUS, ESQ.
18                              701 CAMP STREET
                                NEW ORLEANS, LA  70130
19

20
        FOR BP EXPLORATION &
21      PRODUCTION INC.,
        BP AMERICA PRODUCTION
22      COMPANY, BP PLC:        LISKOW & LEWIS
                                BY:  DON K. HAYCRAFT, ESQ.
23                              ONE SHELL SQUARE
                                701 POYDRAS STREET
24                              SUITE 5000
                                NEW ORLEANS, LA  70139
25
```

OFFICIAL TRANSCRIPT

```
 1                              COVINGTON & BURLING
 2                              BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                1201 PENNSYLVANIA AVENUE, NW
 3                              WASHINGTON, DC  20004

 4                              KIRKLAND & ELLIS
                                BY:  J. ANDREW LANGAN, ESQ.
 5                                   HARIKLIA "CARRIE" KARIS, ESQ.
                                     MATTHEW T. REGAN, ESQ.
 6                              300 N. LASALLE
                                CHICAGO, IL  60654
 7

 8    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 9    OFFSHORE DEEPWATER
      DRILLING INC., AND
10    TRANSOCEAN DEEPWATER
      INC.:                     FRILOT
11                              BY:  KERRY J. MILLER, ESQ.
                                ENERGY CENTRE
12                              1100 POYDRAS STREET, SUITE 3700
                                NEW ORLEANS, LA  70163
13
                                SUTHERLAND ASBILL & BRENNAN
14                              BY:  STEVEN L. ROBERTS, ESQ.
                                     RACHEL G. CLINGMAN, ESQ.
15                              1001 FANNIN STREET, SUITE 3700
                                HOUSTON, TX  77002
16
                                MUNGER TOLLES & OLSON
17                              BY:  MICHAEL R. DOYEN, ESQ.
                                     BRAD D. BRIAN, ESQ.
18                                   LUIS LI, ESQ.
                                335 SOUTH GRAND AVENUE, 35TH FLOOR
19                              LOS ANGELES, CA  90071

20                              MAHTOOK & LAFLEUR
                                BY:  RICHARD J. HYMEL, ESQ.
21                              1000 CHASE TOWER
                                600 JEFFERSON STREET
22                              LAFAYETTE, LA  70502

23                              HUGHES ARRELL KINCHEN
                                BY:  JOHN KINCHEN, ESQ.
24                              2211 NORFOLK, SUITE 1110
                                HOUSTON, TX  77098
25
```

```
 1
     FOR CAMERON INTERNATIONAL
 2   CORPORATION:                   STONE PIGMAN WALTHER WITTMANN
                                    BY:  PHILLIP A. WITTMANN, ESQ.
 3                                  546 CARONDELET STREET
                                    NEW ORLEANS, LA 70130
 4
                                    BECK REDDEN & SECREST
 5                                  BY:  DAVID J. BECK, ESQ.
                                         DAVID W. JONES, ESQ.
 6                                       GEOFFREY GANNAWAY, ESQ.
                                         ALEX B. ROBERTS, ESQ.
 7                                  ONE HOUSTON CENTER
                                    1221 MCKINNEY STREET, SUITE 4500
 8                                  HOUSTON, TX  77010

 9
     FOR HALLIBURTON
10   ENERGY SERVICES,
     INC.:                          GODWIN LEWIS
11                                  BY:  DONALD E. GODWIN, ESQ.
                                         FLOYD R. HARTLEY, JR., ESQ.
12                                       GAVIN HILL, ESQ.
                                    RENAISSANCE TOWER
13                                  1201 ELM STREET, SUITE 1700
                                    DALLAS, TX  75270
14
                                    GODWIN LEWIS
15                                  BY:  JERRY C. VON STERNBERG, ESQ.
                                    1331 LAMAR, SUITE 1665
16                                  HOUSTON, TX  77010

17
     FOR M-I L.L.C.:                MORGAN, LEWIS & BOCKIUS
18                                  BY:  HUGH E. TANNER, ESQ.
                                         DENISE SCOFIELD, ESQ.
19                                       JOHN C. FUNDERBURK, ESQ.
                                    1000 LOUISIANA STREET, SUITE 4000
20                                  HOUSTON, TX  77002

21
     OFFICIAL COURT REPORTER:       KAREN A. IBOS, CRR, RMR, CCR
22                                  500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA  70130
23                                  (504) 589-7776
                                    Karen_Ibos@laed.uscourts.gov
24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
```

OFFICIAL TRANSCRIPT

1                          I N D E X

2

3    WITNESS:                                    PAGE/LINE:

4

5    TIMOTHY QUIRK

6

7      Continued Direct Examination by Mr. Hill      4891/10

8

9      Cross-Examination by Mr. Li                   4903/20

10

11     Cross-Examination by Mr. Regan                4913/20

12

13     Redirect Examination by Mr. Breit             4964/6

14

15     Redirect Examination by Mr. Hill              4966/25

16

17   CALVIN C. BARNHILL

18

19     Continued Cross-Examination by Mr. Brock      4984/22

20

21     Redirect Examination by Mr. Hymel             5033/8

22

23

24

25

```
 1                      P-R-O-C-E-E-D-I-N-G-S

 2                   WEDNESDAY, MARCH 20, 2013

 3                 M O R N I N G   S E S S I O N

 4

 5        (OPEN COURT.)

 6            THE COURT:  Good morning, everyone.  Be seated.  Good

 7   morning, Mr. Quirk.

 8            THE WITNESS:  Good morning.

 9            THE COURT:  All right.  Do we have any preliminary

10   matters?

11            MR. REGAN:  Good morning, your Honor.  Matt Regan on

12   behalf of BP.  At this time, I'd offer the exhibits that I used

13   yesterday with Mr. Steven Newman.

14            THE COURT:  Okay.

15            MR. REGAN:  I have these for Stephanie and Ben.

16            THE COURT:  Any objection?  Without objection, those are

17   admitted.

18            MR. REGAN:  Thank you, your Honor.

19            MR. IRPINO:  Good morning, your Honor.  Anthony Irpino

20   for the PSC.  We have our list of exhibits that the PSC used in

21   connection with Mr. Newman's testimony.  We sent those around,

22   received no objections.  We offer, file, and introduce those into

23   evidence.

24            THE COURT:  Any objection?

25            MR. BRIAN:  Your Honor, I would ask that we hold that
```

08:08:09   1    until the afternoon.  I've spoke with Mr. Cunningham.  We have our

08:08:13   2    list, too.  I'm not offering everything we used and I think we just

08:08:17   3    wanted to coordinate because I think he may want to supplement

08:08:20   4    those.  I'd like to take a look at theirs and take a look at mine

08:08:24   5    and we'll take care of it after the lunch break if that's okay.

08:08:25   6              THE COURT:  We'll just defer on that.

08:08:27   7              MR. BRIAN:  Brad Brian for Transocean.  I indicated

08:08:30   8    yesterday we would advise the Court and all parties of our plans

08:08:33   9    with respect to Mr. McMahan, we've decided not to call Mr. McMahan.

08:08:37  10              THE COURT:  All right.  Thank you very much.  Otherwise,

08:08:41  11    your last circulated list is unchanged, correct?

08:08:45  12              MR. BRIAN:  That's correct, your Honor.

08:08:47  13              The plan today, your Honor, after Mr. Quirk is to

08:08:50  14    complete Mr. Barnhill.  We will then play two short videos,

08:08:53  15    Mr. Murray Sepulvado and Mr. Leo Lindner, then we would move to

08:08:59  16    Greg Childs.

08:09:00  17              THE DEPUTY CLERK:  Is this admitted?

08:09:01  18              MR. BRIAN:  No.

08:09:03  19              THE DEPUTY CLERK:  Then take it back.

08:09:05  20              MR. BRIAN:  Sorry.  Then we move to Mr. Childs, and I am

08:09:07  21    pretty confident that would take up the day.

08:09:10  22              THE COURT:  Okay.  All right.  Anything else?

08:09:12  23              Mr. Hill, you're up.  You're still under oath, sir, okay.

08:09:18  24              THE WITNESS:  Yes, your Honor.

08:09:44  25              MR. HILL:  Good morning, your Honor, may I proceed?

08:09:45  1              THE COURT:  Yes.

08:09:46  2              MR. HILL:  Gavin Hill for Halliburton, and I am

08:09:48  3  continuing the direct examination of Mr. Quirk.

08:09:51  4              Your Honor, we're mindful of the Court's desire to move

08:09:54  5  Mr. Quirk's testimony along, and for that reason, we basically just

08:09:59  6  narrowed it to one topic I would like to cover with the witness

08:10:02  7  today.

08:10:02  8              THE COURT:  All right.  Very well.

08:09:19  9                       CONTINUED DIRECT EXAMINATION

08:10:03 10  BY MR. HILL:

08:10:04 11  Q.  Mr. Quirk, I would like to talk to you about some of the

08:10:06 12  testimony you gave in response to PSC's cross-examination yesterday

08:10:11 13  about the preservation of the rig samples, okay?

08:10:14 14  A.  Okay.

08:10:16 15              MR. HILL:  If you could, Robb, could you bring TREX 48002

08:10:21 16  on the left and TREX 3110 on the right.

08:10:21 17  BY MR. HILL:

08:10:26 18  Q.  Mr. Quirk, can you identify this document on the left, TREX

08:10:34 19  48002?

08:10:35 20  A.  Yes.

08:10:36 21  Q.  And I think yesterday you testified about having made several

08:10:40 22  lists.  Is this one of those lists?

08:10:42 23  A.  That's correct.

08:10:43 24  Q.  At the top it says, "Materials currently in lab for BP

08:10:47 25  Transocean Horizon rig," correct?

08:10:48  1    A.  That's correct.

08:10:49  2    Q.  And I thought I understood at a later date in time you actually

08:10:53  3    created the list on the right, which is represented as TREX 3110,

08:10:58  4    correct?

08:10:58  5    A.  That's correct.

08:10:59  6    Q.  And that is entitled "Materials Currently Locked in Cabinet For

08:11:03  7    BP Transocean Horizon Rig," correct?

08:11:05  8    A.  That's right.

08:11:06  9    Q.  Can you tell the Judge why you made this list on the left?

08:11:12  10   A.  The list on the left was for all of the materials that we had

08:11:17  11   in the cement warehouse related to the Horizon rig, which is the

08:11:25  12   list I thought I was supposed to gather; when, in fact, I was

08:11:29  13   supposed to gather up the samples that were relative to the Macondo

08:11:36  14   well were the instructions were supposed to be.  I just

08:11:40  15   misunderstood that initially, and then made another list where I

08:11:43  16   removed all samples, put the samples that weren't related to the

08:11:48  17   Macondo well back into the warehouse.

08:11:51  18   Q.  Mr. Quirk, can you tell us about when you made the list on the

08:11:55  19   left about the materials that are in the lab?

08:11:57  20   A.  I would say within a couple of weeks after the incident,

08:12:02  21   somewhere in that time frame.

08:12:03  22   Q.  Now, obviously -- do you know when you made the list on the

08:12:07  23   right, the one that identifies materials currently locked in the

08:12:11  24   cabinet?

08:12:12  25   A.  I would say a couple of days after or a day after, you know,

4893

08:12:18  1   somewhere close to -- whenever I gave that list to Tony Angelle and

08:12:24  2   he viewed it and noticed that I had everything, and he said, "No, I

08:12:29  3   just need the Macondo well samples."  So I basically, you know,

08:12:33  4   made a new list for what we were going to lock up in the lock up.

08:12:37  5   Q.  So several days separated the creation of these two lists,

08:12:41  6   correct?

08:12:41  7   A.  I would say so.  I don't remember exactly the timeframe.

08:12:43  8   Q.  Can you explain to the Court what transpired in that period of

08:12:48  9   time that caused you to create the second list?

08:12:51 10   A.  Just the fact that -- that I had gathered up all of the samples

08:12:56 11   and not just the samples that were related to the Macondo well.  So

08:13:02 12   when I communicated that with Tony and he looked at the list, he

08:13:05 13   said that he just needed the Macondo well additives isolated.

08:13:10 14   Q.  And with that direction, you've had a chance to look over these

08:13:13 15   lists, correct?

08:13:14 16   A.  That's correct.

08:13:15 17        MR. HILL:  Can you -- for TREX 48002, could you pull up

08:13:18 18   page two.

08:13:18 19   BY MR. HILL:

08:13:18 20   Q.  Now, I've highlighted --

08:13:32 21        MR. HILL:  Your Honor, Halliburton has filed a submission

08:13:35 22   about what was currently in the lab, and I have highlighted the

08:13:37 23   differences between the first list and the second list.

08:13:40 24   BY MR. HILL:

08:13:41 25   Q.  So Mr. Quirk, could you confirm what is highlighted here are

08:13:44 1    items that were first on the list that, then didn't make it in the

08:13:48 2    list that's identified as TREX 3110?

08:13:55 3              MR. HILL:  Would you blow that up, please.

08:13:55 4    BY MR. HILL:

08:13:56 5    Q.  This is a location blend that's identified as No. 2 Kodiak,

08:14:04 6    correct?

08:14:04 7    A.  That's correct.

08:14:05 8    Q.  And this is the Lab Sample 63981, correct?

08:14:09 9    A.  That's correct.

08:14:09 10   Q.  Can you tell the Court what this is?

08:14:11 11   A.  That's a location cement blend from the Horizon rig Kodiak

08:14:18 12   well.

08:14:18 13   Q.  Does it say what it's contained in?

08:14:20 14   A.  Yes, it has Lafarge Class H + .25% D-Air + .07 EZ-FLO + 1.88

08:14:32 15   lbs/sk KCL + .2% SA-541 + 20% SSA-1 + 1.5% SSA-2.

08:14:41 16   Q.  And the container type five-gallon bucket, does that identify

08:14:43 17   the type of container it was stored in at the time?

08:14:45 18   A.  Yes.

08:14:45 19             THE COURT:  Wait.  I think the witness may have

08:14:48 20   misspoken.  You said, "1.5%."  It's 15 percent it looks like to me.

08:14:54 21             MR. HILL:  You're correct, your Honor.

08:14:55 22             THE WITNESS:  That's correct.  It's 15 percent.

08:14:55 23   BY MR. HILL:

08:14:57 24   Q.  It might be easier if you look at the screen in front of you.

08:15:00 25   It's closer.

4895

08:15:01  1          MR. HILL:  Can we pull up these two things, please.

08:15:01  2   BY MR. HILL:

08:15:03  3   Q.  Again, this material says SCR-100L with the lot number the last

08:15:11  4   four digits being identified 6264, correct?

08:15:15  5   A.  That's correct.

08:15:16  6   Q.  And that's contained in a one-gallon bucket, correct?

08:15:18  7   A.  That's correct.

08:15:18  8   Q.  And what well is that labeled for?

08:15:21  9   A.  Kodiak.

08:15:22 10   Q.  The next one is a No. 2 well plugs, the location sample.  Can

08:15:29 11   you tell the court what material that is?

08:15:31 12   A.  SCR-100L.

08:15:32 13   Q.  Is there a lab sample ID?

08:15:34 14   A.  61161.

08:15:36 15   Q.  And these two SCR-100L samples are contained in what types of

08:15:42 16   containers?

08:15:43 17   A.  They're in gallon buckets.

08:15:48 18          MR. HILL:  Pull that down, please.  Go to the third page

08:15:49 19   of this exhibit.

08:15:49 20   BY MR. HILL:

08:15:59 21   Q.  And there are four other items on the third page of TREX 48 --

08:16:05 22   48002.  Another SCR sample, correct?

08:16:10 23   A.  That's correct.

08:16:11 24   Q.  And then there are three 2-gallon buckets of basically mud

08:16:18 25   labelled as being from the Kaskida project, correct?

4896

08:16:22  1    A.  That's correct.

08:16:22  2    Q.  You can pull that down.  Those seven items, were those seven

08:16:27  3    items the items that you determined were not Macondo specific or

08:16:31  4    Macondo related?

08:16:32  5    A.  Yes.

08:16:32  6    Q.  And are those seven items the things that are missing from --

08:16:37  7            MR. HILL:  Put the two lists up side by side, please.

08:16:37  8    BY MR. HILL:

08:16:40  9    Q.  -- that are missing from the final list that you created in

08:16:42 10    TREX 3110?

08:16:44 11    A.  That's correct.

08:16:50 12            MR. HILL:  I am now going to ask you to bring up

08:16:53 13    Demonstrative 3256.

08:16:53 14    BY MR. HILL:

08:17:07 15    Q.  Mr. Quirk, I'll represent to you that this is a photograph of

08:17:11 16    the seven items that you just identified that are currently or

08:17:15 17    were -- up until yesterday, were in the Broussard lab, okay?

08:17:18 18    A.  Okay.

08:17:19 19    Q.  This bucket right here, do you recognize what material would be

08:17:23 20    contained in that five-gallon bucket?

08:17:25 21    A.  Can I get --

08:17:27 22    Q.  Sure.  You can blow that up.

08:17:36 23            MR. HILL:  Can you blow that up right there.

08:17:41 24            Your Honor, may I approach the witness?  It might be

08:17:43 25    easier if I actually hand him the photograph.

```
08:17:46   1              THE COURT:  Sure.  Is this the same bucket that was -- a

08:17:50   2    different view was on the screen when Mr. Maze was questioning the

08:17:53   3    witness yesterday?

08:17:54   4              MR. HILL:  It is, your Honor, and I can show you the lid.

08:17:56   5    It might be easier.

08:17:57   6              THE COURT:  That was a better view of it.  As long as we

08:18:01   7    agree that's the same bucket.

08:18:03   8              MR. HILL:  I don't think that's in dispute.  Why don't

08:18:07   9    bring up Demonstrative 3256, please.  And as your Honor just asked,

08:18:12  10    this is the lid to the bucket we just identified.

08:18:19  11              3257, sorry.  There we go.  Can you bring that up

08:18:34  12    (INDICATING)?

08:18:34  13    BY MR. HILL:

08:18:34  14    Q.  What is identified right there on the markings on this lid?

08:18:38  15    A.  12-27-2009.

08:18:42  16    Q.  It says, "cement sample" and then gives a date, correct?

08:18:44  17    A.  Right.

08:18:44  18    Q.  First of all, does that tell you what's in the bucket?

08:18:46  19    A.  Yes, cement.

08:18:48  20    Q.  Does it tell you the sample date of the cement that's contained

08:18:51  21    in that bucket?

08:18:51  22    A.  I would take it that 12/27/09 is the sample date.

08:18:56  23    Q.  So what's your understanding of what that means in terms of

08:18:59  24    when this was gathered on the rig?

08:19:01  25    A.  I would assume that that would be the date that they collected
```

08:19:04  1    the sample.

08:19:05  2    Q.  And that's -- I assume that they -- well, tell the Court when

08:19:09  3    the sample was sent in from the rig and they put a cement sample

08:19:14  4    date on it, what does that indicate to you or to the lab?

08:19:16  5    A.  That would indicate that would be the date that the cementer or

08:19:22  6    whoever collected the sample -- you know.

08:19:26  7    Q.  Now, go back to --

08:19:44  8            MR. HILL:  One second, your Honor.

08:20:03  9            Can you go back to the one that had all seven items, I

08:20:08  10   don't recall the number.

08:20:09  11   BY MR. HILL:

08:20:14  12   Q.  All right.  Other than this bucket of cement, there was some

08:20:14  13   conversation yesterday that there were multiple buckets of dry

08:20:14  14   blend still in Broussard lab after the incident or after you did

08:20:18  15   this culling process in the Macondo specific list.  Do you see any

08:20:21  16   other buckets in there that have blend in them?

08:20:24  17   A.  Well, I can't see the labelling on the buckets, but if that's

08:20:31  18   referenced in my list, you know, then I don't -- there were no

08:20:34  19   other samples on my list.

08:20:36  20           MR. HILL:  And, your Honor, I'll represent pursuant to

08:20:37  21   the filing Halliburton did about what was inventoried there, that

08:20:40  22   there was one bucket of blend.  I think there was some confusion

08:20:43  23   yesterday about there being multiple buckets.  There were three of

08:20:46  24   SCR and three buckets of mud.

08:20:51  25   BY MR. HILL:

4899

08:20:52 1   Q.  Now, I think you testified yesterday that this process of

08:20:54 2   culling down and identifying what was going to be locked in the

08:20:57 3   cabinet and turned over to the DOJ, you were part of that process.

08:21:02 4           Can you explain what you did, what determinations

08:21:05 5   specifically did you make or what did you look at to determine what

08:21:08 6   should be locked up and what shouldn't be?

08:21:10 7   A.  *Horizon* Macondo well.

08:21:13 8   Q.  So things that were clear to you to be labeled as being from

08:21:18 9   Macondo were placed where?

08:21:19 10  A.  In the cabinet.

08:21:20 11  Q.  And these seven items obviously didn't make that cut, correct?

08:21:23 12  A.  No, not those.  If those sample IDs on the buckets were the

08:21:27 13  same as on that list.

08:21:30 14  Q.  At the time that that determination is made and Macondo -- and

08:21:35 15  samples labeled Macondo-specific were locked up, what did you do

08:21:39 16  with these other items?

08:21:41 17  A.  Isolated them on a shelf in the cement warehouse.

08:21:46 18  Q.  Can you bring up demonstrative 3264, please.

08:21:58 19          Do you recognize what is being depicted here in this

08:22:00 20  picture?

08:22:01 21  A.  Yes.

08:22:01 22  Q.  Can you tell the Court what it is?

08:22:03 23  A.  That's the top shelf in the cement warehouse.

08:22:06 24  Q.  Is this where you placed those items?

08:22:09 25  A.  That's -- yeah, that's correct.  That's where I recall them

4900

08:22:13  1   being.  As I stated yesterday, whether or not they were there the

08:22:16  2   whole time, they were somewhere in that warehouse, but the last

08:22:19  3   place -- they may have been there the whole time.  I just don't

08:22:21  4   recall.  I can't --

08:22:22  5   Q.  Are other additives and other cement blends stored in this

08:22:26  6   warehouse?

08:22:27  7   A.  Yes.

08:22:27  8   Q.  Is this warehouse climate controlled?

08:22:30  9   A.  Yes.

08:22:30 10   Q.  Is it secured with locked doors?

08:22:32 11   A.  Yes.

08:22:32 12   Q.  Where is it in relationship to the lab?

08:22:34 13   A.  The cement lab is just on the other side of that wall.

08:22:39 14   Q.  So are they connected?

08:22:41 15   A.  Yes, basically there's a door there that -- walk right through

08:22:45 16   it to the cement lab.

08:22:46 17   Q.  The lab samples that are segregated and set aside from Macondo,

08:22:50 18   where was the locked cabinet they were put in?

08:22:52 19   A.  It was in the locker room in the hallway of the fluids

08:22:57 20   facility.

08:22:57 21   Q.  Is that room climate controlled?

08:22:59 22   A.  Yes.

08:23:00 23   Q.  Was that room secured?

08:23:02 24   A.  It's within the building secured, but you can walk into the

08:23:05 25   locker room without a -- I mean, the locker itself was secured.

08:23:09  1   Q.  Did the locker have a lock on it?

08:23:11  2   A.  Yes.

08:23:12  3   Q.  Who had the key to the locker?

08:23:14  4   A.  Tony Angelle had a key and then I think -- well, at some point,

08:23:18  5   I had the key.  Initially he had it.

08:23:20  6   Q.  Are you aware of there being any more than one key?

08:23:22  7   A.  I am not aware of another key.

08:23:24  8   Q.  And I think you said at one point, you had it and at one point,

08:23:27  9   Tony had it?

08:23:27 10   A.  Right.  I think at some point, maybe Tony was out of town on

08:23:32 11   vacation, and I had the key and I just kept it at that point.

08:23:35 12   Q.  Did you actually use the key when the DOJ arrived to take the

08:23:38 13   samples to unlock the cabinet?

08:23:39 14   A.  Yes.

08:23:39 15   Q.  Just quickly.  You've looked at the weigh-up sheets in this

08:23:45 16   case, correct?

08:23:46 17   A.  Correct.

08:23:46 18   Q.  You've looked at weigh-up sheets associated with February pilot

08:23:49 19   testing, correct?

08:23:50 20   A.  Yes.

08:23:51 21   Q.  The sample -- you can take that down.  The sample ID for the

08:23:56 22   cement blend that we just depicted that is -- that was in the lab

08:23:59 23   and labeled number two Kodiak appraisal, was 63981, correct?

08:24:06 24   A.  Could be, yeah.  I would have to look at the number, but I'm

08:24:09 25   sure that's it, if you say --

4902

08:24:10  1          MR. HILL:  I am trying to move this along, your Honor.  I

08:24:13  2     think that's what the record will reflect.

08:24:14  3     A.  Okay.

08:24:15  4     BY MR. HILL:

08:24:15  5     Q.  That specific number, do you know if that number is on any of

08:24:19  6     the February weigh-up sheets associated with pilot testing?

08:24:22  7     A.  I am not aware of that.

08:24:24  8     Q.  You've looked at the April weigh-up sheets as well, correct?

08:24:27  9     A.  Correct.

08:24:28 10     Q.  Do you know if the sample ID of that blend 63981 is contained

08:24:33 11     on any of the weigh-up sheets associated with the operational

08:24:35 12     testing done by your lab in April?

08:24:37 13     A.  I am not aware of it.

08:24:40 14     Q.  When a blend comes in from a rig -- first of all, do you know

08:24:50 15     how many cement blends are even on the *Deepwater Horizon*?

08:24:53 16     A.  No, I don't.

08:24:53 17     Q.  Do you know how many different cement blends were used at the

08:24:58 18     Kodiak well?

08:24:58 19     A.  I do not.

08:24:59 20     Q.  Do you know how many different cement blends were used on the

08:25:03 21     Macondo well?

08:25:03 22     A.  I do not.

08:25:04 23     Q.  As far as you are aware, Mr. Quirk, from the time that you

08:25:16 24     placed the blend sample on the shelf in the warehouse that we just

08:25:19 25     looked at in that picture until the time that you left the lab in

08:25:22  1    August of 2012, did the materials stay where you placed it for

08:25:27  2    storage?

08:25:27  3    A.  Yes, yes.

08:25:28  4    Q.  As far as you're aware, from the time you placed that blend

08:25:31  5    sample on the warehouse shelf until the time that you left in

08:25:34  6    August of 2012, was it ever accessed or tested by anyone?

08:25:39  7    A.  Not that I'm aware.

08:25:43  8             MR. HILL:  And, your Honor, unless your Honor has any

08:25:45  9    further questions, I am willing to pass the witness.

08:25:48 10             THE COURT:  I'll see if anyone else has any questions

08:25:50 11    first.  All right.  Let's see, who is next, Transocean?

08:25:57 12             MR. LI:  Yes, your Honor.

08:26:07 13             Your Honor, I promise to be brief.  Mr. Roberts and I are

08:26:15 14    in a competition to see who can do the shortest examination.  He

08:26:18 15    may have fewer questions, but I move faster.

08:26:20 16             THE COURT:  He is going to be hard to beat.

08:26:23 17             MR. LI:  It was pretty tough, he set a pretty good bar.

08:26:26 18             Mr. Quirk, I promise I will be quick.

08:26:29 19                       CROSS-EXAMINATION

08:26:30 20    BY MR. LI:

08:26:30 21    Q.  You testified yesterday, and I tried to write this down, that

08:26:32 22    you generally would not, if designing a slurry from scratch, try to

08:26:38 23    foam cement with a defoamer in it, correct?

08:26:40 24    A.  That's correct.

08:26:41 25    Q.  If I could have TREX 5219.1.1.  And you testified yesterday,

4904

08:26:53  1  and I wrote it down here, that you can foam up a cement with

08:26:57  2  defoamer in it if you put enough surfactant in it, right?

08:27:02  3  A.  Yes.

08:27:02  4  Q.  Zone Sealant 2000 is a surfactant?

08:27:10  5  A.  It's a foamer, right.

08:27:11  6  Q.  And this is a technology bulletin from Halliburton relating to

08:27:16  7  Zone Sealant 2000, right?

08:27:18  8  A.  Yes.

08:27:19  9  Q.  And Halliburton puts out these technology bulletins to make

08:27:25 10  sure that people in the field get information?

08:27:28 11  A.  That would be -- it's a technology bulletin as a reference.

08:27:36 12  Q.  Right.  And Halliburton puts these out so folks like you in the

08:27:41 13  field know what to do and what not to do, right?

08:27:44 14  A.  It's a reference, right.

08:27:46 15  Q.  It's guidance?

08:27:46 16  A.  Right.

08:27:47 17  Q.  Recommendations?

08:27:48 18  A.  Correct.

08:27:49 19  Q.  Best practices?

08:27:50 20  A.  It's a technology bulletin.

08:27:54 21  Q.  This technology bulletin for Zone Sealant 2000, if you could

08:28:00 22  just read the caution for us where it says "defoamers."

08:28:04 23  A.  "Do not use defoamers or dispersants (NF and D-Air defoamers,

08:28:13 24  CFR-2, CFR-3, Halad-9, Halad-12, Halad-22A additives, et cetera).

08:28:21 25  These materials will destabilize the foam."

4905

08:28:24  1    Q.  It doesn't say might destabilize, does it?

08:28:27  2    A.  No.

08:28:27  3    Q.  It says will destabilize, correct?

08:28:30  4    A.  Correct.

08:28:30  5    Q.  This technology bulletin that's provided by Halliburton to

08:28:34  6    folks out in the field about Zone Sealant 2000 states that using

08:28:38  7    D-Air defoamer will destabilize the foam, correct?

08:28:41  8    A.  That's what it states.

08:28:42  9    Q.  Now, in your 20 years of experience at Halliburton in the labs,

08:28:52 10    approximately how many foam cement jobs have you seen or designed?

08:28:56 11    A.  I don't know.

08:28:59 12    Q.  Hundreds, right?

08:28:59 13    A.  Yes.

08:29:00 14    Q.  Hundreds, like many hundreds?

08:29:02 15    A.  Different designs?

08:29:05 16    Q.  Foam cement jobs.

08:29:07 17    A.  Foam cement slurries?

08:29:09 18    Q.  Yes.

08:29:10 19    A.  Safe to say I've looked at over several hundred tests over the

08:29:16 20    years, right.

08:29:16 21    Q.  And you testified to that in your deposition.  I am just

08:29:19 22    taking --

08:29:21 23    A.  Okay.

08:29:21 24    Q.  Now, of those hundreds of foam cement slurry jobs, you can't

08:29:27 25    recall more than one, two, or maybe three slurries, foam slurries

4906

08:29:34  1   that had defoamer in it, correct?

08:29:36  2   A.  That's probably accurate, yes.

08:29:38  3   Q.  So we're talking less than one percent, something like that?

08:29:42  4   A.  Yeah, I would imagine somewhere around there.

08:29:46  5   Q.  If we could have D-6656 up.  I don't know if you can see it

08:30:07  6   very well.  You might want to look on your screen there, it's a

08:30:10  7   little easier.  This is a demonstrative that generally sets up -- I

08:30:16  8   recall Kerry Miller put up with Tommy Roth that generally lays out

08:30:19  9   the command structure at Halliburton as of April 20th, 2010.  And

08:30:24 10   you see yourself on it, don't you?  You're in the right there

08:30:29 11   (indicating).

08:30:29 12   A.  Yes.

08:30:29 13   Q.  And your boss -- who is your boss?

08:30:36 14   A.  At that time, Ronnie Faul.

08:30:38 15   Q.  And did Mr. Faul supervise a number of people?

08:30:42 16   A.  Yes.

08:30:45 17   Q.  He supervised Jesse Gagliano?

08:30:49 18   A.  The way I look at this list, he did, right.

08:30:52 19   Q.  David Bolado?

08:30:54 20   A.  Yes.

08:30:55 21   Q.  You?

08:30:56 22   A.  Yes.

08:30:57 23   Q.  Richard Dubois?

08:31:01 24   A.  Richard reported to me under Ronnie's supervision.

08:31:05 25   Q.  Ronnie is at the top and then all of you guys are underneath

OFFICIAL TRANSCRIPT

08:31:08  1   him, right?

08:31:09  2   A.  Right.

08:31:09  3   Q.  He supervised a number of people, correct?

08:31:12  4   A.  Yes.

08:31:12  5   Q.  Now, Mr. Faul was supervised by Richard Vargo, correct?

08:31:19  6   A.  That's correct.

08:31:19  7   Q.  And Mr. Vargo obviously supervised even more people?

08:31:23  8   A.  That's correct.

08:31:23  9   Q.  Now, within a few weeks after the Macondo incident, you were

08:31:29 10   instructed by Mr. Faul, who supervises all of these people, to do a

08:31:35 11   foam stability test on cement that was the same formula as was

08:31:39 12   pumped downhole at Macondo, correct?

08:31:41 13   A.  No, not the same, not what was pumped -- not what was pumped

08:31:48 14   downhole.

08:31:49 15   Q.  Okay.  I'm sorry, what do you mean by that?

08:31:51 16   A.  Well, if I recall correctly, the foam stability test repeat was

08:31:59 17   on the -- repeating the foam stability test, which was not --

08:32:04 18   Q.  I see.  So this was -- you were not --

08:32:07 19           MR. HILL:  Could the witness finish his answer.

08:32:09 20           THE COURT:  Okay.

08:32:10 21           MR. LI:  I'm sorry.  Go ahead.

08:32:13 22           THE COURT:  Go ahead, sir.

08:32:14 23           THE WITNESS:  The foam stability test repeat using lab

08:32:17 24   stock was on the repeat of the test of the slurry that we had

08:32:20 25   tested, but not, as I understand, the slurry that was pumped

4908

08:32:24  1   downhole.

08:32:25  2   BY MR. LI:

08:32:25  3   Q.  Right, I apologize.  I was understanding where you were going.

08:32:29  4   So there was the .9 retarder that was pumped down the hole,

08:32:32  5   correct?

08:32:34  6   A.  Correct.

08:32:34  7   Q.  But Jesse Gagliano canceled the foam stability test on that

08:32:37  8   slurry, right?

08:32:38  9   A.  That's correct.

08:32:38 10   Q.  He canceled the foam stability test on the slurry that was

08:32:42 11   actually pumped down the hole, correct?

08:32:44 12   A.  That's correct.

08:32:44 13   Q.  You just tested the slurry that was not, in fact, pumped down

08:32:47 14   the hole, correct?

08:32:48 15   A.  That's correct.

08:32:48 16   Q.  And you used some weigh-up sheets to figure out what the

08:32:52 17   formula was, correct?

08:32:53 18   A.  Correct.

08:32:54 19   Q.  Mr. Faul, when he instructed you to do a foam stability test on

08:32:58 20   that slurry, he told you not to create a report, correct?

08:33:02 21   A.  That's correct.

08:33:03 22   Q.  And then after -- how many foam stability tests did you do at

08:33:09 23   Mr. Faul's instructions?

08:33:10 24   A.  We had measured foam stability and then looking at foam

08:33:19 25   stability with mud -- synthetic with mud contamination.

4909

08:33:27  1   Q.  Contamination.  So you did one with the slurry just, I guess

08:33:29  2   I'll call it uncontaminated?

08:33:32  3   A.  Right.

08:33:32  4   Q.  And then how many with it contaminated?

08:33:35  5   A.  It was uncontaminated liquid foam cement with various

08:33:43  6   concentrations, one, three, five and seven or eight percent mud

08:33:48  7   contamination.

08:33:49  8   Q.  So what I'm asking you is total, how many of these tests did

08:33:53  9   you do?

08:33:53 10   A.  If you're separating the mud contamination --

08:33:59 11   Q.  Yeah, all of them.

08:34:00 12   A.  That's basically all one test and, you know, one mix-up where

08:34:03 13   you do it all at one time.

08:34:05 14   Q.  Let me ask it this way.  How many different results did you get

08:34:09 15   for foam stability?  Do you follow what I'm --

08:34:16 16   A.  Yes.  Five to six, seven, something like that, somewhere around

08:34:19 17   there.

08:34:20 18   Q.  So you have five, six, seven different results that you

08:34:23 19   recorded on a piece of paper somewhere?

08:34:25 20   A.  Right.

08:34:25 21   Q.  Did you use a weigh-up sheet or something like that to report

08:34:28 22   it?

08:34:28 23   A.  No.

08:34:29 24   Q.  Did you print out like a little form and then just write it in

08:34:32 25   there?

08:34:32  1    A.  No.

08:34:32  2    Q.  So you just wrote it on a piece of paper?

08:34:34  3    A.  Right.

08:34:35  4    Q.  Now, on each of those results, you did not prepare a report at

08:34:39  5    Mr. Faul's instructions.  You did not prepare a report, did you?

08:34:42  6    A.  That's correct.

08:34:43  7    Q.  And then you took all of your notes and you threw them in the

08:34:47  8    trash, correct?

08:34:48  9    A.  Yes.

08:34:48 10    Q.  Now, after the accident, you spoke to your management team,

08:34:54 11    Ronnie Faul and Richard Vargo?

08:35:00 12    A.  At some point, yes.

08:35:01 13    Q.  So after this testing where you destroyed your notes and did

08:35:06 14    not prepare a report, you spoke to Mr. Faul and Mr. Vargo, correct?

08:35:11 15    A.  I spoke to Mr. Faul and Mr. Vargo after -- yeah, I am not

08:35:19 16    understanding -- did I speak to them in general?

08:35:21 17    Q.  Yes.

08:35:22 18    A.  Yes.

08:35:22 19    Q.  So Mr. Vargo, as we discussed, supervises a lot of different

08:35:27 20    people, correct?

08:35:27 21    A.  Correct.

08:35:28 22    Q.  He is the Gulf of Mexico regional manager for cement, correct?

08:35:34 23    A.  Correct.

08:35:34 24    Q.  That's a pretty high position at Halliburton, correct?

08:35:37 25    A.  Yes.

4911

08:35:38 1    Q.  You consider him a fairly senior executive at Halliburton,

08:35:41 2    correct?

08:35:41 3    A.  He is the Gulf of Mexico senior operations manager.

08:35:50 4    Q.  Did you tell Mr. Vargo that Ronnie Faul had instructed you to

08:35:55 5    do a number of foam stability tests and not create a report?

08:35:59 6    A.  Did I tell him that?

08:36:01 7    Q.  Yes.  Did you tell him that?

08:36:02 8    A.  No, I don't recall telling him that.

08:36:04 9    Q.  Did you, in fact, keep it a secret from him?

08:36:07 10   A.  I didn't keep -- I just -- he didn't ask me, I didn't tell him.

08:36:15 11   Q.  Did you tell Mr. Vargo, the Gulf of Mexico regional manager for

08:36:24 12   cementing, did you tell him that you had destroyed your notes?

08:36:26 13   A.  I don't really -- with Mr. Vargo?

08:36:31 14   Q.  Yes.

08:36:32 15   A.  I don't recall my conversation with Mr. Vargo.

08:36:34 16   Q.  So you may have told him, you may not have; you just don't

08:36:37 17   remember?

08:36:38 18   A.  I don't remember.

08:36:38 19   Q.  One way or another, you don't remember?

08:36:40 20   A.  I can't recall.

08:36:40 21   Q.  Did you tell anybody else in your chain of command here; Tommy

08:36:45 22   Roth, for instance, did you tell him that you had been instructed

08:36:49 23   not to create reports for foam stability tests?

08:36:54 24   A.  I don't recall.

08:36:54 25   Q.  You don't recall one way or the other?

4912

08:36:56  1   A.  Right.

08:36:57  2   Q.  Did you tell -- I am not thinking you did, but did you tell

08:37:00  3   Mr. Probert that you had been instructed by your supervisor to

08:37:05  4   create reports relating to foam stability testing and that you had

08:37:09  5   been instructed not to create a report?

08:37:11  6   A.  I didn't speak to Mr. Probert.

08:37:14  7   Q.  And I presume you also didn't tell him that you had destroyed

08:37:18  8   your notes?

08:37:19  9   A.  I didn't tell him that I discarded my notes.

08:37:23  10  Q.  So to your best recollection, the only people who knew for sure

08:37:30  11  that you had been -- that you had created foam stability tests

08:37:35  12  without a report are you and anybody you worked with below you and

08:37:40  13  Mr. Faul?

08:37:41  14  A.  Can you repeat the question?

08:37:45  15  Q.  To the best of your knowledge, the only people who knew that

08:37:50  16  you had created foam stability tests, had not made reports, and

08:37:55  17  destroyed your notes is you and anybody who worked beneath you and

08:37:59  18  with you, and Mr. Faul?

08:38:00  19  A.  I don't know about -- you keep using the word "destroyed."  But

08:38:06  20  I don't -- I communicated with Mr. Faul and I gave him my results.

08:38:12  21  Beyond that, I don't -- I can't -- I am not comfortable in

08:38:17  22  answering because I would be guessing.  I don't know.

08:38:21  23  Q.  I am really sorry, I just want to ask a fairly straightforward

08:38:25  24  question.  Just Mr. Faul knew -- Mr. Faul instructed you not to

08:38:30  25  create the reports, correct?

4913

08:38:31  1    A.  He instructed me -- he did not want a lab report.

08:38:35  2    Q.  Right.  So he knew that you hadn't created a lab report,

08:38:40  3    correct?

08:38:40  4            MR. HILL:  Objection, your Honor.  This witness can't

08:38:44  5    testify about what somebody else knew.

08:38:46  6            THE COURT:  Okay.  I'll sustain the objection.  I think

08:38:49  7    he's already answered that part of it.

08:38:51  8            MR. LI:  I appreciate that.

08:38:52  9    BY MR. LI:

08:38:52  10   Q.  And you're not certain whether you had a conversation with

08:38:55  11   Mr. Vargo about the tests that you did, but did not create reports

08:38:58  12   for?

08:38:59  13   A.  I can't recall that part.

08:39:01  14           MR. LI:  Thank you.  No further questions.

08:39:04  15           THE COURT:  All right.  BP.

08:39:26  16           MR. LI:  Your Honor, I don't think I introduced myself.

08:39:30  17   Luis Li on behalf of Transocean.

08:39:32  18           THE COURT:  She's got your name.

08:39:59  19                      CROSS-EXAMINATION

08:39:59  20   BY MR. REGAN:

08:40:00  21   Q.  Good morning.  My name is Matt Regan.  I represent BP, and I

08:40:05  22   have you on cross-examination.  Mr. Quirk, we met just briefly

08:40:08  23   yesterday in the hallway.  Is that correct?

08:40:10  24   A.  Yes.

08:40:10  25   Q.  Because I am going after a lot of other people here, I am going

OFFICIAL TRANSCRIPT

4914

08:40:14  1    to try not to repeat areas, if I can, but I do want to see if I can

08:40:17  2    make some things a little more clear, if possible.

08:40:21  3            I would like to start if we could just put up D-4377A,

08:40:26  4    which is very similar to -- 4377A, very similar to what you just

08:40:34  5    had up on the screen.  I am not going to ask you about the same

08:40:37  6    people you were just asked about by counsel for Transocean, but I

08:40:39  7    have a few other names on here and these names are going to be

08:40:43  8    important to some of my questions.

08:40:44  9    A.  Okay.

08:40:45 10    Q.  Again, you have you as the area lab manager, correct?

08:40:47 11    A.  Correct.

08:40:48 12    Q.  We just went through your relationship up to Mr. Faul,

08:40:51 13    Mr. Vargo, Mr. Roth, and Mr. Probert, just did that.  I want to ask

08:40:56 14    you about Tony Angelle.  Is that how you pronounce his name?

08:41:01 15    A.  Close enough.

08:41:01 16    Q.  And around that time, was he the ops manager for the Gulf of

08:41:05 17    Mexico?

08:41:05 18    A.  Yes.

08:41:05 19    Q.  And then Simon Turton, did you know who he was?

08:41:12 20    A.  I didn't really know Simon well.  I maybe had a conversation or

08:41:15 21    two with him, but. . .

08:41:17 22    Q.  Anthony Badalamenti, do you know who he is?

08:41:22 23    A.  Yes.

08:41:22 24    Q.  In your day-to-day work when you were running the lab in

08:41:25 25    Broussard, would you interact with Tony Angelle and Simon Turton

08:41:29  1   and Anthony Badalamenti?

08:41:31  2   A.  Day to day?

08:41:32  3   Q.  Yes.

08:41:33  4   A.  Not day to day.

08:41:34  5   Q.  Would it be unusual for you to be interacting with them in your

08:41:37  6   work?

08:41:38  7   A.  You know, Tony -- on a daily basis, it would be, right.

08:41:45  8   Q.  Let me pull up now D-4379.  And what I have here is again a

08:41:56  9   timeline that starts with April 20th and goes forward to November

08:42:01 10   of 2010.  And I am using this with a number of witnesses,

08:42:05 11   Mr. Quirk, so I am not going to ask you about everything on here,

08:42:07 12   but just to confirm, you had nothing to do with the Macondo testing

08:42:12 13   up to April 20th, 2010, correct?

08:42:15 14   A.  Yes, that's correct.

08:42:16 15   Q.  I am going to ask you about some things you did after

08:42:20 16   April 2010, but they include running some tests yourself, correct?

08:42:23 17   A.  Correct.

08:42:24 18   Q.  Looking at some materials, correct?

08:42:25 19   A.  Correct.

08:42:26 20   Q.  And then you gave a deposition, correct?

08:42:28 21   A.  Correct.

08:42:29 22   Q.  And then you also were -- do you remember being a corporate

08:42:31 23   representative for Halliburton called a 30(b)(6) witness?  Do you

08:42:35 24   recall doing that?

08:42:36 25   A.  Yes.

4916

08:42:36  1  Q.  I want to ask you some questions about those activities, all

08:42:40  2  right?

08:42:40  3  A.  Yes.

08:42:40  4  Q.  The first thing you did when you heard about the fact that

08:42:44  5  there had been a horrible accident in the Gulf is you went into the

08:42:47  6  office and you fired up your computer and you looked on the Viking

08:42:50  7  system to see what tests had been run on the slurry, right?

08:42:54  8  A.  I don't know if that's the first thing I did.  I don't remember

08:42:59  9  exactly the first thing I did, but somewhere in that time period, I

08:43:03 10  looked at -- whether or not I looked at it in Viking or in the

08:43:07 11  folder.

08:43:08 12  Q.  Do you remember that the first thing you remember doing after

08:43:10 13  hearing about the blowout was looking at the slurry design and the

08:43:13 14  testing that was performed on the well?

08:43:15 15  A.  At some point -- at some point that day, I looked at that

08:43:21 16  information.

08:43:21 17  Q.  And you looked at it not because anybody asked you to, right?

08:43:24 18  A.  Right.

08:43:25 19  Q.  You looked at it because it was just human nature, right?

08:43:27 20  A.  Right.

08:43:28 21  Q.  You knew that was a Halliburton project, you knew that there

08:43:31 22  had been testing done by Halliburton, and you just wanted to look

08:43:33 23  at it, right?

08:43:34 24  A.  I just -- I looked at the paperwork.

08:43:41 25  Q.  How long did it take you to use your computer to pull up the

08:43:45  1    tests?

08:43:46  2    A.  I don't know.

08:43:47  3    Q.  A matter of a minute?

08:43:48  4    A.  I don't know.

08:43:50  5    Q.  I'm just curious because I don't know either.  How quickly can

08:43:54  6    you pull up tests on Viking?

08:43:56  7    A.  Depends on what information I have to try to look it up.

08:43:59  8    Q.  It's not a two-week or six-month project, is it?

08:44:02  9    A.  No, no, no.

08:44:03 10    Q.  And then yesterday, am I correct that you testified that the

08:44:08 11    first time anyone asked you to provide testing material, historical

08:44:14 12    testing materials, things from before April 20th, was October of

08:44:18 13    2010?

08:44:18 14    A.  Repeat the question.

08:44:21 15    Q.  The first time someone asked you to provide the historical

08:44:26 16    testing material was October of 2010; is that correct?

08:44:31 17    A.  The historical --

08:44:33 18    Q.  The tests that were done before April 20th, the preincident

08:44:36 19    tests.

08:44:39 20    A.  The first time someone asked me to provide what?

08:44:45 21    Q.  To gather up those materials and send them to somebody, do you

08:44:50 22    remember the first time?

08:44:51 23    A.  To gather up the cement materials?

08:44:53 24    Q.  Not the cement materials.  The testing results.  The materials

08:44:56 25    that are in Viking and the materials that are in those manila

08:44:59   1   folders in those boxes on the shelf, when was the first time

08:45:03   2   someone said, Mr. Quirk, can you gather up the materials and send

08:45:06   3   them to us?

08:45:07   4   A.  I don't recall.  I am not sure.

08:45:10   5   Q.  Now, let me ask you about the way that you keep those materials

08:45:20   6   in the lab.  You keep the paperwork, the weigh-up sheets in manila

08:45:25   7   folders, right?

08:45:26   8   A.  Correct.

08:45:26   9   Q.  You put those manila folders in boxes, right?

08:45:30  10   A.  Correct.

08:45:31  11   Q.  Let's pull up D-3264.

08:45:34  12   A.  They're actually in cabinets until the cabinets get full and

08:45:38  13   then they get put in boxes.

08:45:39  14   Q.  Understood.  D-3264.  I am going to have some bucket questions

08:45:45  15   in a minute.  Now I am talking about file folders and boxes.

08:45:48  16   A.  Right.

08:45:48  17   Q.  These boxes we see on the shelves, are those the boxes that

08:45:52  18   have the file folders that have the weigh-up sheets in them?

08:45:54  19   A.  Yes.

08:45:55  20   Q.  So you first keep them in the cabinet and then you put them on

08:45:58  21   the shelves, right?

08:45:59  22   A.  Right.  It look awhile to get to that point.

08:46:02  23   Q.  Again, I will try it one more time.  Do you remember,

08:46:05  24   Mr. Quirk, the first time someone called you and said, Mr. Quirk,

08:46:09  25   can you go to the box, can you grab the folder with the test

4919

08:46:13  1   information in it and send it to us?  Do you remember the first

08:46:16  2   time someone actually asked you for that?

08:46:18  3   A.  I don't recall.  I mean, it's -- I'm sure it's recorded

08:46:24  4   somewhere through e-mails or something like that, but I don't

08:46:27  5   recall.

08:46:27  6   Q.  With respect to -- I am going to now focus on the questions you

08:46:35  7   were just asked, the Kodiak blend.  And I want to see if I've got

08:46:40  8   the timeline correct.  If we can go to the ELMO, please.

08:46:50  9          Now, I understand, Mr. Quirk, that with respect to the

08:47:00  10  samples, with respect to the buckets, the first thing that happened

08:47:05  11  with you is that somebody called you and said, gather up the

08:47:10  12  materials for the *Horizon* rig, correct?

08:47:12  13  A.  Correct.

08:47:13  14  Q.  That was Mr. Tony Angelle, correct?

08:47:16  15  A.  Correct.

08:47:17  16  Q.  And you did that, right?

08:47:18  17  A.  Yes.

08:47:19  18  Q.  So that was shortly after the accident, kind of first couple of

08:47:24  19  weeks -- the last couple of weeks of April?

08:47:26  20  A.  I would say so.

08:47:28  21  Q.  Thereabouts.  So I am just going to say April.  And he told you

08:47:34  22  to gather up the materials from the *Horizon* rig, and you did that,

08:47:45  23  right?

08:47:45  24  A.  Correct.

08:47:46  25  Q.  You put them in your office, right?

08:47:52  1    A.   Yes.

08:47:52  2    Q.   Put them in your office and then you prepared a list, right?

08:47:56  3    A.   Correct.

08:47:57  4    Q.   And that list we were just shown, that's TREX 48002.  Correct?

08:48:04  5    A.   I don't recall the number, but I'll take your word for it.

08:48:07  6    Q.   All right.  Now, you knew this was an important task, right?

08:48:10  7    A.   I was asked to gather up the samples.

08:48:13  8    Q.   You took it seriously, right?

08:48:16  9    A.   I take all of my orders seriously.

08:48:18 10    Q.   And I get that sense.  I mean, you knew it was important.  This

08:48:21 11    was a couple of weeks after the accident, and you wanted to make

08:48:23 12    sure -- Mr. Angelle said, gather up the materials from the rig.

08:48:27 13    You put them in your office and you locked it up, right?

08:48:29 14    A.   Yeah.  I mean, I put the materials in my office.  I don't

08:48:34 15    remember locking up -- exactly what point that all happened, but,

08:48:37 16    yeah.

08:48:37 17    Q.   At this point, Mr. Quirk, right here, were there any

08:48:42 18    Halliburton lawyers or anyone involved in helping you figure out

08:48:46 19    what to grab off the shelf or the cabinets, what to put in your

08:48:50 20    office and what to put on that list, TREX 48002?

08:48:54 21    A.   Any Halliburton lawyers?

08:48:55 22    Q.   Yes, sir.

08:48:56 23    A.   I didn't have any lawyers involved with me with that.

08:48:58 24    Q.   Now, after you did this, you were then contacted again by

08:49:04 25    Mr. Angelle, correct?

4921

08:49:05   1    A.  After I sent the list to him?

08:49:08   2    Q.  Yes.

08:49:10   3    A.  Yes.

08:49:10   4    Q.  You sent 48002 to Mr. Angelle, correct?

08:49:14   5    A.  Yeah, I'm assuming that 48002 is one of the lists.

08:49:18   6    Q.  Yes.

08:49:18   7    A.  Okay.

08:49:19   8    Q.  And he told you, Mr. Quirk, you don't need to keep all of the

08:49:23   9    materials on that list.  You only need to keep the ones that say

08:49:28  10    *Horizon* Macondo, right?

08:49:29  11    A.  In one way or another, that's the communication I got.

08:49:34  12    Q.  You did not make that decision, correct?

08:49:36  13    A.  That's correct.

08:49:37  14    Q.  You were following instructions, correct?

08:49:40  15    A.  That's correct.

08:49:40  16    Q.  And so in May, you took this set and you put it in two piles.

08:49:51  17    First you took the *Horizon* Macondo materials and put those in a

08:49:59  18    locker, right?

08:49:59  19    A.  That's correct.

08:50:00  20    Q.  And then the other materials that originally you had set aside,

08:50:06  21    you put those back in the warehouse, right?

08:50:09  22    A.  That's correct.

08:50:09  23    Q.  And that includes the February 23rd, 2010, bucket, right --

08:50:18  24    A.  If it's --

08:50:21  25    Q.  -- that we've been talking about?

08:50:22  1    A.  Yes, if it's not Macondo, that's correct.

08:50:24  2    Q.  You did not decide to do that on your own; someone instructed

08:50:28  3    you to do that, correct?

08:50:29  4    A.  Someone instructed me to isolate the Macondo well additives.

08:50:34  5    Not someone; Tony.

08:50:35  6    Q.  And then you created a new list, and this you were just shown

08:50:38  7    by Mr. Hill, and that was TREX 3110 and, again, as you were just

08:50:49  8    shown --

08:50:50  9        Did any lawyers help you decide that question in May,

08:50:54  10   Mr. Quirk, the idea of, okay, here is the pile from the rig, what

08:50:58  11   should be kept as *Horizon* Macondo and what should be put back in

08:51:02  12   the warehouse?

08:51:03  13   A.  I don't recall, you know, conversations with attorneys at that

08:51:08  14   point.

08:51:08  15   Q.  Did you get any help from anybody or were you just trying to do

08:51:11  16   your best to follow Mr. Angelle's instruction?

08:51:14  17   A.  I was following Mr. Angelle's instruction.

08:51:16  18   Q.  And you were trying to do your level best, and you knew it was

08:51:19  19   important and you did your best job to say, okay, this is the

08:51:23  20   *Horizon* Macondo materials and this is the other stuff, right?

08:51:26  21   A.  Well, I gave a list of everything.  He told me that they just

08:51:32  22   needed Macondo, so I gave him the list with just Macondo.

08:51:37  23   Q.  Understood.  Did you come to understand that there were then

08:51:41  24   subpoenas that were issued to Halliburton?  Did you know that?

08:51:46  25   A.  I don't recall the subpoenas.

08:51:49 1    Q.  Do you recall anybody coming to you and saying, Mr. Quirk,

08:51:54 2    we've gotten a subpoena.  This is what they're asking for, can you

08:51:58 3    tell us what we have?  Did anybody ever come to you, Mr. Quirk, in

08:52:03 4    this time period, 2010, and say that to you?

08:52:05 5    A.  I don't recall.

08:52:11 6    Q.  I want to show you what we -- it's in a record document, Record

08:52:19 7    494.  I want to go to Record Document 494, page 15, which is --

08:52:33 8                THE COURT:  You say, "record document."

08:52:36 9                MR. REGAN:  Yes, sir, your Honor.  Let me explain.

08:52:38 10               THE COURT:  From the docket sheet, MDL-2179?  This is not

08:52:42 11   a TREX number.

08:52:43 12               MR. REGAN:  Yes, sir.

08:52:44 13               THE COURT:  This is the subpoena that was issued?

08:52:46 14               MR. REGAN:  Yes.  I am going to show two of them, your

08:52:48 15   Honor.

08:52:48 16               THE COURT:  All right.

08:52:50 17               MR. REGAN:  But for our record --

08:52:51 18               THE COURT:  This is not otherwise in evidence already?

08:52:54 19               MR. REGAN:  Correct, this is a filing.

08:52:55 20               THE COURT:  All right.

08:52:55 21   BY MR. REGAN:

08:52:56 22   Q.  On this filing there is an Attachment C that I'll represent

08:52:59 23   Halliburton attached to a first subpoena that they got in

08:53:05 24   August 2010 from the CSB.  And do you see there at the top,

08:53:14 25   Mr. Quirk -- I understand -- you probably have never seen this

4924

08:53:14  1    before, have you?

08:53:14  2    A.  I don't recall seeing it.

08:53:14  3    Q.  Do you see there at the top it says, "HESI has secured the

08:53:17  4    following physical samples from the *Deepwater Horizon* project."  Do

08:53:22  5    you see that?

08:53:23  6    A.  Yes.

08:53:23  7    Q.  And then if you look at the list here on this page, I'll just

08:53:29  8    represent to you, the Kodiak bucket -- I'll refer to it that way

08:53:34  9    for ease -- it's not on this list, okay.  No one asked you to go to

08:53:42 10    the lab and find the materials, the physical samples from the

08:53:46 11    *Deepwater Horizon* project to respond to this subpoena, did they?

08:53:48 12    A.  I don't recall speaking to anybody about that.

08:53:50 13    Q.  Let me show you another subpoena.  August 27th, 2010, Office of

08:53:57 14    the Inspector General, Record Document 494, page 38.  My first

08:54:04 15    question to you, Mr. Quirk, is:  Did you ever see this subpoena?

08:54:09 16    A.  I don't recall seeing that.

08:54:10 17    Q.  Let me go to page 46.  "Materials to be produced:  All cement

08:54:20 18    or cement samples or fragments from the Block 252 lease or the

08:54:27 19    *Deepwater Horizon*, including that referenced during the testimony

08:54:32 20    of Jesse Gagliano before the marine board the week of August 23rd,

08:54:36 21    2010, as well as all analysis, testing data, and results related to

08:54:42 22    such cement."  Do you see that, Mr. Quirk?

08:54:43 23    A.  Yes, I do.

08:54:44 24    Q.  Am I the first person to ever show that to you?

08:54:48 25    A.  I don't recall seeing that.

08:54:49  1   Q.  Did anybody come to court -- no one came to you, the manager of

08:54:52  2   the lab, and said, "Mr. Quirk, we need all cement or cement samples

08:54:57  3   from the lease or the rig."  They never asked you that, did they?

08:55:02  4   A.  Not that I can recall.

08:55:04  5   Q.  If someone had asked you, you would have given them the

08:55:06  6   material, you had no reason not to, right?

08:55:09  7   A.  That's correct.

08:55:10  8   Q.  You were doing your job.

08:55:17  9        Next.  The next thing that I have you in the story is I

08:55:21 10   think it's November of 2010

08:55:24 11        MR. REGAN:  Can we go back to the ELMO, please.  Thank

08:55:27 12   you.

08:55:27 13   BY MR. REGAN:

08:55:28 14   Q.  And that's when the federal government showed up to collect the

08:55:38 15   materials from Broussard.  Do you remember that?

08:55:41 16   A.  Yes, I do.

08:55:42 17   Q.  You were there?

08:55:44 18   A.  Yes.

08:55:44 19   Q.  Your job, I assume, was the federal government is here, I am

08:55:49 20   going to show them where the materials are, I have the key, I am

08:55:52 21   going to unlock it and give it to them, right?

08:55:55 22   A.  Yes.

08:55:55 23   Q.  That's how you interpreted your role, right?

08:55:57 24   A.  Yes.

08:55:57 25   Q.  And were there lawyers there representing the company

4926

08:56:00  1    Halliburton?

08:56:00  2    A.  Yes.

08:56:01  3    Q.  So that's November of 2010.  Do you recall any time prior to

08:56:07  4    November 2010 when lawyers were at your lab with respect to what

08:56:13  5    samples were being held there?

08:56:15  6    A.  Repeat -- you said -- repeat the question.

08:56:24  7    Q.  I will.  Happy to.  And again, Mr. Quirk, any of my questions

08:56:28  8    feel free to ask me to repeat them.  I want to get this right.

08:56:31  9         I have here November of 2010.  On that day when the

08:56:36  10   federal government came to pick up the materials lawyers were there

08:56:39  11   for Halliburton, correct?

08:56:40  12   A.  Yes.

08:56:41  13   Q.  And my question is:  Was that the first time lawyers had been

08:56:45  14   at your lab with respect to this subject; that is, what materials

08:56:50  15   are we holding for the federal government?

08:56:56  16   A.  I think so, but I am not certain.

08:57:00  17   Q.  Can you give any sense of when the first time somebody other

08:57:04  18   than you, could be lawyers and I'll expand it to anybody in

08:57:09  19   Halliburton management, came to your lab to look at what was being

08:57:14  20   held for this project?  Do you have any sense in your mind of when

08:57:18  21   that might have happened?

08:57:20  22   A.  I just can't recall.

08:57:24  23   Q.  Understood.  And as a result, Mr. Quirk, the materials that the

08:57:31  24   federal government picked up were these materials, the locker,

08:57:35  25   right?

08:57:35  1    A.  That's correct.

08:57:36  2    Q.  You took them over to the locker, unlocked it, gave it to them,

08:57:40  3    they signed off, right?

08:57:41  4    A.  That's correct.

08:57:42  5    Q.  These materials over here, they were never picked up while you

08:57:49  6    worked at Halliburton, right?

08:57:50  7    A.  That's correct.

08:57:51  8    Q.  They were never tested -- I think you just testified to that,

08:57:57  9    right, to your knowledge?

08:57:58 10    A.  To my knowledge, right.

08:57:59 11    Q.  They were never available to be tested by anyone to your

08:58:04 12    knowledge, because nobody knew that they were there, right?

08:58:07 13    A.  Well, I don't know if anybody knew they were there, I mean.

08:58:12 14    Q.  And to be clear, you work at Chevron now, right?

08:58:15 15    A.  Yes.

08:58:16 16    Q.  You were in Houston last week and someone called you out of the

08:58:19 17    blue and said, "Where is the bucket?"  A shot in the dark, wasn't

08:58:26 18    it?

08:58:27 19    A.  No one called me and said, "Where is the bucket?"

08:58:30 20    Q.  No one called you recently and said, "What happened to the

08:58:34 21    Kodiak materials?"  I may have misunderstood your testimony.

08:58:40 22    A.  Maybe I wasn't clear.  I don't recall anybody calling me and

08:58:43 23    asking me where the bucket was.

08:58:45 24    Q.  You've been very clear.  It would be my mistake.

08:58:47 25              So just to clarify, you don't recall anybody recently

08:58:51   1   contacting you asking you the question:  What happened to these

08:58:55   2   materials from the Horizon rig?  What happened to the Kodiak

08:58:58   3   materials?

08:58:59   4   A.  No.  Am I allowed to talk about conversations with attorneys?

08:59:03   5   Q.  I am not allowed to ask you about those conversations.

08:59:06   6   A.  Okay.  Well, then -- okay.

08:59:09   7   Q.  All right.  Outside of conversations with lawyers, anybody else

08:59:13   8   call you about these materials?

08:59:14   9   A.  No.

08:59:17  10           MR. REGAN:  Your Honor, I am going to mark this as

08:59:24  11   D-4611.

08:59:27  12   BY MR. REGAN:

08:59:28  13   Q.  Now, Mr. Quirk, when you pulled up the information in Viking

08:59:32  14   shortly after the accident, you looked at the slurry design, right?

08:59:36  15   You were able to see it?

08:59:37  16   A.  Yes.

08:59:37  17   Q.  And so by the time you prepared your list, 48002.

08:59:44  18           MR. REGAN:  And we can pull that up, 48002.  Go to page

08:59:51  19   two.  And then it's the second text on the page, the second

08:59:57  20   paragraph.

08:59:57  21   BY MR. REGAN:

08:59:59  22   Q.  Did you physically type this in to the computer?

09:00:01  23   A.  Yes.

09:00:02  24   Q.  So you physically typed those ingredients that we see on the

09:00:06  25   page in 48002, correct?

4929

```
09:00:08   1    A.  As I recall, I think I typed it, yes.

09:00:10   2    Q.  So you would have known by the time you typed this list, you

09:00:14   3    would have already known that actually those ingredients were the

09:00:17   4    same ingredients that were used in the slurry pumped in the

09:00:21   5    Macondo, were you not?

09:00:21   6    A.  Same ingredients, yes.

09:00:23   7    Q.  So at the time you prepared this list and gathered those

09:00:26   8    materials, you would have been aware that this is the exact same

09:00:30   9    stuff -- blend that was used in Macondo, right?

09:00:32  10    A.  Same recipe.

09:00:33  11    Q.  Same recipe, right?

09:00:35  12    A.  Right.

09:00:36  13    Q.  You were asked some questions about that recipe.  We can see in

09:00:41  14    there -- we can just use this one because it's up -- that it

09:00:44  15    includes the D-Air product, correct?

09:00:46  16    A.  That's correct.

09:00:47  17    Q.  If you had been consulted before this job, you would not have

09:00:51  18    included D-Air in that slurry, correct?

09:00:53  19    A.  Consulted as in slurry design?

09:00:57  20    Q.  Yes, sir.

09:00:58  21    A.  I wouldn't have recommended putting D-Air in a slurry design.

09:01:01  22    Q.  That's because D-Air can be a destabilizing agent in foam

09:01:06  23    slurries, right?

09:01:07  24    A.  It's a defoamer.

09:01:09  25    Q.  If you're going to use foam cement, it needs to be stable,
```

OFFICIAL TRANSCRIPT

09:01:12  1    right?

09:01:14  2    A.  That's what you would expect, right.

09:01:16  3    Q.  That's right.  There's no reason to make a foam cement that's

09:01:18  4    unstable and pump it downhole, is there?

09:01:20  5    A.  I don't know the answer to that question.

09:01:24  6    Q.  You agree that this recipe, this final Macondo slurry was not

09:01:30  7    one that was commonly used prior to April 20th, 2010, correct?

09:01:34  8    A.  Was not a common slurry --

09:01:38  9    Q.  TREX --

09:01:40 10    A.  -- for foam slurry, right.

09:01:43 11         MR. REGAN:  TREX 2013, please.

09:01:43 12    BY MR. REGAN:

09:01:45 13    Q.  I am going to show you a press release from Halliburton

09:01:49 14    April 30th, 2010, .1.1.  Mr. Quirk, in this press release it says,

09:01:56 15    "The cement slurry design was consistent with that utilized in

09:01:59 16    other similar applications."  As the manager of the lab that tested

09:02:03 17    the slurry that was used, the slurry designs that were used for

09:02:08 18    Macondo, do you believe the cement slurry design that was used was

09:02:13 19    consistent with that utilized in other similar applications?

09:02:16 20    A.  You know, I would have to search the database, the Viking

09:02:20 21    database to confirm that.

09:02:22 22    Q.  But without searching it, it's fair to say, based on your

09:02:25 23    experience, this design was not one that was commonly or

09:02:29 24    consistently used, correct?

09:02:31 25    A.  Well, in 2008 I was not over the cement lab.  I was over the

09:02:41 1  fluids lab, so I wasn't directly involved in the cement lab

09:02:45 2  operations.  So, you know, I'd rather not make a statement because

09:02:52 3  I don't want to speculate about regarding that.

09:02:54 4  Q.  Okay.

09:02:57 5  A.  I don't -- I would rather leave it at that.

09:02:59 6  Q.  Let me ask it this way:  It is true that no one contacted you,

09:03:04 7  Tim Quirk, between April 20th and April 30th, 2010, to ask you to

09:03:08 8  look in the system and determine if, in fact, the slurry that was

09:03:12 9  pumped was consistent with that utilized in similar applications?

09:03:17 10  A.  I don't recall that.

09:03:19 11        MR. REGAN:  Let me pull up 7491, TREX 7491.1.1.

09:03:19 12  BY MR. REGAN:

09:03:26 13  Q.  Mr. Quirk, what I am pulling up on the screen here is a summary

09:03:31 14  of jobs that were performed by Halliburton between 2005 and 2010,

09:03:38 15  April 20th, 2010, that were that included D-Air.  Again, just to

09:03:44 16  see if it's familiar to you.  Do you know how many jobs Halliburton

09:03:48 17  pumped in the Gulf of Mexico in that time period that used D-Air?

09:03:53 18  A.  That they actually pumped downhole?

09:03:56 19  Q.  Yes.

09:03:57 20  A.  No, I don't.

09:03:58 21  Q.  Do you know how many used what were both D-Air and this

09:04:01 22  SCR-100L product?

09:04:03 23  A.  I don't know.

09:04:04 24  Q.  And do you have any basis to disagree that the only time

09:04:08 25  Halliburton ever recommended a slurry to be pumped in the Gulf of

4932

09:04:12  1    Mexico in 2005 to April 20, 2010, that included both D-Air and

09:04:19  2    SCR-100L was Macondo.  Any reason to disagree with that?

09:04:21  3                MR. HILL:  Objection, foundation.

09:04:23  4                THE COURT:  Overruled.

09:04:24  5    BY MR. REGAN:

09:04:25  6    Q.  Any reason to disagree that the only time it ever happened was

09:04:27  7    Macondo?

09:04:28  8    A.  Well, I don't look at the records of what was pumped downhole,

09:04:31  9    so I don't have any reason --

09:04:33 10    Q.  You said yesterday on direct, you were asked some questions,

09:04:37 11    though, about how to counteract D-Air.  Do you remember those

09:04:40 12    questions?

09:04:40 13    A.  Yes.

09:04:41 14    Q.  And I think you said -- this is when you were talking about the

09:04:43 15    increase in the dish soap.  Do you remember that?

09:04:45 16    A.  Yes.

09:04:46 17    Q.  You said the typical amount of Zone Sealant for a foam job was

09:04:51 18    .07.  Do you recall that?

09:04:52 19    A.  That was a common -- that was a common additive concentration.

09:04:57 20    Q.  And you know in a slurry that was pumped here, the amount of

09:05:01 21    this Zone Sealant specified by Mr. Gagliano, was .11, correct?

09:05:05 22    A.  That's correct.

09:05:05 23    Q.  And you know, Mr. Quirk, from your review of the pre-incident

09:05:08 24    tests that that amount of Zone Sealant .11 never changed in any of

09:05:14 25    the tests that he was doing with the Zone Sealant, correct?

4933

09:05:17  1    A.  Not that I can recall.

09:05:18  2    Q.  Right.  So there's no evidence to you, looking at that tests,

09:05:22  3    that somebody in the lab said, "Let's try it with .11.  That didn't

09:05:27  4    work.  Let's increase the Zone Sealant, see if we can counteract

09:05:29  5    the D-Air.  Does it work now?  Let's increase it a little bit

09:05:33  6    more."  You didn't see any of that activity, did you?

09:05:35  7    A.  I don't recall seeing that.

09:05:36  8    Q.  Let's look at TREX 2035.  This is an e-mail from Mr. Gagliano

09:05:44  9    to BP after the accident with a list of four foam production jobs

09:05:47 10    that Mr. Gagliano performed for BP between 2006 and 2010.  You're

09:05:53 11    not on this e-mail, so I just use this as predicate for the

09:05:56 12    question I am going to ask you.  Do you see Mr. Gagliano listed

09:05:59 13    four jobs?

09:06:01 14    A.  Okay.

09:06:02 15    Q.  Isabela, King South, Nakika, and Macondo.  Do you see that?

09:06:08 16    A.  Yes.

09:06:09 17          MR. REGAN:  2035 -- sorry.  Now, let's go to TREX

09:06:20 18    31002.2.2.

09:06:20 19    BY MR. REGAN:

09:06:28 20    Q.  This is actually those four jobs.  Do you see there, Mr. Quirk,

09:06:33 21    Macondo, Isabela, King South, and Nakika, do you see those up

09:06:38 22    there?

09:06:38 23    A.  Yes.

09:06:38 24    Q.  And do you see for those four jobs there is a list of the

09:06:43 25    recipes?  Do you see that?

4934

09:06:44  1    A.  Yes.

09:06:44  2    Q.  Now, we know Macondo, Mr. Gagliano specified .11 Zone Sealant,

09:06:51  3    correct?

09:06:52  4    A.  Yes.

09:06:52  5    Q.  And he included D-Air, correct?

09:06:55  6    A.  Yes.

09:06:56  7    Q.  Isabela, King South, Nakika, do they include any D-Air?

09:07:01  8    A.  Not according to that spreadsheet you have there.

09:07:04  9    Q.  And how much Zone Sealant did Mr. Gagliano specify for the

09:07:09  10   Isabela well?

09:07:10  11   A.  .14.

09:07:13  12   Q.  More than Macondo, correct?

09:07:14  13   A.  That's correct.

09:07:15  14   Q.  With no D-Air, correct?

09:07:18  15   A.  That's correct.

09:07:20  16   Q.  How much Zone Sealant did Mr. Gagliano specify for King South?

09:07:24  17   A.  .11.

09:07:27  18   Q.  And how much for Nakika?

09:07:30  19   A.  .11.

09:07:31  20   Q.  Looking at this, does it appear that Mr. Gagliano used the

09:07:35  21   exact same amount of Zone Sealant in jobs where he had D-Air,

09:07:38  22   Macondo, and jobs, at least two of them, where he didn't?

09:07:41  23   A.  According to that spreadsheet, yes.

09:07:43  24   Q.  No evidence on this spreadsheet that somebody looked at the

09:07:48  25   fact that D-Air was in the slurry and said, "I need to jack up the

4935

09:07:51  1   amount of Zone Sealant," is there?

09:07:55  2   A.  I am -- all I can see -- say is what I see up here on this

09:08:02  3   spreadsheet.

09:08:02  4   Q.  Understood, Mr. Quirk.  I'll move on.

09:08:04  5       You were asked about the best practices.  I'll just show

09:08:07  6   you D-4381.  Just for ease, you were asked about, I think, all

09:08:17  7   three of these documents, Mr. Quirk, both by the PSC and by

09:08:21  8   Transocean.  I'll ask one different question, because I think some

09:08:25  9   of these have been asked.

09:08:27 10       Are you aware of any Halliburton internal manual that

09:08:31 11   says the following:  If you use D-Air in a foam cement, you should

09:08:37 12   increase the amount of Zone Sealant or foaming agent?

09:08:40 13   A.  I am not aware.

09:08:41 14   Q.  Change topics.  The role of the laboratory that you managed at

09:08:50 15   Broussard, and specifically my questions are going to be 60 to

09:08:54 16   70 percent of that laboratory that was cement, okay?

09:08:56 17   A.  Okay.

09:08:56 18   Q.  And you that because you managed the cement side before you got

09:08:59 19   promoted to manage the whole deal, right?

09:09:01 20   A.  Right.

09:09:01 21   Q.  The primary role of the lab is to run tests that were requested

09:09:05 22   by the Halliburton engineer and then report the results back to

09:09:09 23   him, correct?

09:09:10 24   A.  That's correct.

09:09:11 25   Q.  The Halliburton engineer from Macondo was Jack (VERBATIM)

4936

09:09:17   1   Gagliano, right?

09:09:17   2   A.  Jesse Gagliano, right.

09:09:18   3   Q.  And you were shown some Viking screen shots and other things.

09:09:23   4   The way it works is Mr. Gagliano actually types into the system the

09:09:27   5   tests he wants to have run, right?

09:09:29   6   A.  Into the Viking system, right.

09:09:31   7   Q.  And then the lab -- let's go back to D-4377A.  This might be a

09:09:40   8   quicker way to do this, my order chart.

09:09:44   9          So Mr. Gagliano types into Viking, and then the lab

09:09:48  10   techs -- and on here we have Ms. Stelly and Mr. Richard.  You know

09:09:54  11   both of those individuals, do you not?

09:09:55  12   A.  Yes, I do.

09:09:56  13   Q.  Whoever was up that day would go in.  I kind of think of it as

09:10:01  14   a restaurant -- but I know usually laboratories work the same

09:10:04  15   way -- what are the particulars, what tests need to be run, whose

09:10:07  16   up, and then they run the tests, right?

09:10:08  17   A.  That's correct.

09:10:09  18   Q.  You don't assign one lab tech to one well or anything like

09:10:12  19   that, correct?

09:10:12  20   A.  Not to a specific well.

09:10:14  21   Q.  So the lab techs, then, pull up the Viking and they follow the

09:10:17  22   instructions given to them by Mr. Gagliano, correct?

09:10:20  23   A.  That's correct.

09:10:20  24   Q.  And then Mr. Gagliano, he can go into Viking and look at the

09:10:27  25   results, right?

09:10:27  1   A.  Yes.

09:10:28  2   Q.  And he can also, then, create a client report that he sends to

09:10:32  3   BP, right?

09:10:32  4   A.  That's correct.

09:10:33  5   Q.  And he picks, he chooses what to send to BP and what not to,

09:10:39  6   right?

09:10:39  7   A.  There is a selection for every test that's performed.

09:10:43  8   Q.  Not to get too specific, but he has to click what do I want to

09:10:48  9   tell them and what do I not?

09:10:50 10   A.  He wants -- yes, that's correct.  He selects which tests he

09:10:54 11   wants to report.

09:10:54 12   Q.  So when we see the reports that actually came to BP based on

09:10:59 13   your understanding of the system, we can be confident that what BP

09:11:02 14   received Gagliano had to decide to send; is that fair?

09:11:06 15   A.  Yes.

09:11:07 16   Q.  D-4309A.  Mr. Quirk, this is a chart that includes a variety of

09:11:25 17   tests.  I am going to ask you some questions about some of the

09:11:28 18   tests on here but not all of them, okay?

09:11:30 19   A.  Okay.

09:11:30 20   Q.  I have in the top four of the foam stability tests that were

09:11:34 21   done before the job recommendation was provided by Halliburton on

09:11:39 22   April 18th.  Do you see those in gray?

09:11:41 23   A.  Yes.

09:11:41 24   Q.  I then have a yellow bar here about a press release, and below

09:11:46 25   that I have in red or a light red, three tests that were done post

09:11:50  1    incident.  Do you see that?

09:11:50  2    A.  Yes.

09:11:51  3    Q.  You, on your own and also as a 30(b)(6) witness, looked at

09:11:57  4    these four tests, and perhaps others, the pre-incident tests that

09:12:02  5    were done before April 20th, correct?

09:12:04  6    A.  I looked at the results, yes.

09:12:09  7    Q.  You looked at the results, and you looked at the weigh-up

09:12:13  8    sheets and you looked at the Viking system, right?

09:12:15  9    A.  You're saying after the incident, right?

09:12:17  10   Q.  Yes, sir.

09:12:17  11   A.  Yes.

09:12:18  12   Q.  Let me be very clear again.  Again, make sure we know.  You had

09:12:21  13   nothing to do with these tests before the accident, right?

09:12:24  14   A.  That's correct.

09:12:24  15   Q.  You're looking at them after the fact as somebody that has done

09:12:29  16   this for 15 years or so and is doing it for Chevron now, right?

09:12:33  17   A.  Yes, as I recall, right.

09:12:34  18   Q.  And when you reviewed the February 12th tests, I'm focused on

09:12:38  19   foam stability here, and these tests target density 14.5, the D-Air

09:12:45  20   was .25, and the Zone Sealant as we established never changed,

09:12:48  21   right?

09:12:49  22   A.  That's correct.

09:12:49  23   Q.  That February 12th test, you saw in the internal Halliburton

09:12:55  24   lab materials that there was an indication that slurry was

09:13:00  25   settling, right?

09:13:01   1    A.  Right.

09:13:01   2    Q.  That's a sign of instability, correct?

09:13:03   3    A.  That's correct.

09:13:04   4    Q.  You saw for that February 12th test that there was zero

09:13:09   5    conditioning time, right?

09:13:10   6    A.  Yes, I recall there was -- they were going to repeat it and

09:13:14   7    condition it.

09:13:15   8    Q.  So the first test that was done -- you say Mr. Gagliano

09:13:21   9    specifies conditioning time?

09:13:24  10    A.  Yeah, typically, the engineering submitting the request would

09:13:27  11    specify that.

09:13:28  12    Q.  And I think you said yesterday that, in your view, conditioning

09:13:30  13    time is travel time?

09:13:32  14    A.  Job placement time.

09:13:33  15    Q.  Job placement time, okay.  So Mr. Gagliano would set the job

09:13:40  16    placement time for February would have been zero?

09:13:43  17    A.  No.  No.  I wouldn't expect that.

09:13:46  18    Q.  In any event, that February 12th test in your review that was

09:13:51  19    an unstable foam test, right?  Unstable foam slurry, correct?

09:13:55  20    A.  Yes.

09:13:56  21    Q.  Let's go to February 16.  You reviewed those materials too,

09:13:59  22    correct?

09:13:59  23    A.  Yes.

09:14:00  24    Q.  You saw that the densities here were 15.9/15.9, once converted

09:14:06  25    from specific gravity of the 1.91/1.91, correct?

4940

09:14:10  1    A.  Okay.

09:14:10  2    Q.  You saw the lab tech said, "This has hard on bottom, soft on

09:14:15  3    top with respect to the compressive strength test," correct?

09:14:17  4    A.  Yes.

09:14:18  5    Q.  That's an unstable slurry, correct?

09:14:20  6    A.  That could be a sign of instability.

09:14:22  7    Q.  Do you know if Mr. Gagliano actually sent BP a lab report that

09:14:27  8    included the results from this February 16th, 2010, test?  Do you

09:14:31  9    know that?

09:14:31 10    A.  I don't know.

09:14:32 11    Q.  We'll ask Mr. Gagliano.  Now, go to April 13th.  This is the

09:14:39 12    test on the rig blend, correct, these April tests?

09:14:44 13    A.  Yes.

09:14:45 14    Q.  Not lab stock but rig blend, right?

09:14:47 15    A.  Right.

09:14:48 16    Q.  The first one in April had a density of 15.7 and 15.1, correct?

09:14:54 17    A.  Yes.

09:14:54 18    Q.  Now, the conditioning time here is one-and-a-half hours.  I

09:14:57 19    guess I skipped the February 17th had conditioning time of two

09:15:00 20    hours.

09:15:01 21         Did the travel time in the well change to your knowledge?

09:15:04 22    A.  No, I don't know the answer to that question.  I don't know.  I

09:15:11 23    mean, that they -- I don't know.

09:15:13 24    Q.  April 13th, 2010, test, that was an unstable foam slurry,

09:15:20 25    correct?

4941

09:15:20  1    A.  That is 15 density -- you're showing 15.7 at the top and 15.1

09:15:30  2    on the bottom?

09:15:31  3    Q.  Yes, sir.

09:15:32  4    A.  That's an unusual result.

09:15:34  5    Q.  That test should have been repeated, right?

09:15:36  6    A.  Yes.

09:15:37  7    Q.  Was it repeated?

09:15:40  8    A.  Yes.

09:15:40  9    Q.  Was it repeated exactly the same way it was done?

09:15:45 10    A.  The conditioning time was different.

09:15:47 11    Q.  So nobody saw that result on April 13th and said, "Well, we

09:15:52 12    need to rerun the test exactly the way we did it the first time,"

09:15:56 13    did they?

09:15:57 14    A.  Apparently, it's different conditioning time.

09:16:01 15    Q.  Why did somebody change the conditioning time between

09:16:04 16    April 13th and April 17th from one-and-a-half hours to three hours?

09:16:09 17    A.  I don't know.

09:16:10 18    Q.  Who are the people that are responsible for specifying

09:16:13 19    conditioning time?

09:16:14 20    A.  The individual that submits the request.

09:16:18 21    Q.  And lastly, about conditioning time, I have a few other

09:16:22 22    questions about conditioning time, but conditioning time means

09:16:25 23    you're going to slowly stir the slurry at 135 degrees and how ever

09:16:30 24    much time is specified, whether it's two hours, one-and-a-half

09:16:33 25    hours, three hours, then you're going to foam it, right?

4942

09:16:36  1   A.  When you say "slowly stir," it's 150 R.P.M.'s.

09:16:41  2   Q.  Okay.  That's not slow.  You're going to stir at 150 R.P.M.,

09:16:47  3   135 degrees for whatever the time specified, then you're going to

09:16:49  4   foam it, right?

09:16:50  5   A.  In this case, yes.

09:16:51  6   Q.  Do you know -- I understand you're not a downhole specialist so

09:16:55  7   the answer may be "I don't know," but do you know on the rig do

09:16:58  8   they have the ability to stir a slurry for three hours at 150

09:17:03  9   R.P.M. at 135 degrees before they foam it?

09:17:07 10   A.  I don't -- I would -- I've never heard of a case that they can

09:17:16 11   do that, but I would say I don't know.  But I would not think so.

09:17:21 12   Q.  April -- I don't have a test on here for April 16th.  You see

09:17:27 13   there's nothing on my chart.  But you saw --

09:17:29 14         MR. REGAN:  And we can pull up TREX 811.

09:17:29 15   BY MR. REGAN:

09:17:36 16   Q.  811, you saw when you went and looked at this that was a

09:17:41 17   weigh-up sheet for April 16th and you referred to this slurry

09:17:47 18   number, 73909-2, correct?

09:17:48 19   A.  Right.

09:17:48 20   Q.  And you saw -- this is the .09 retarder right here, correct

09:17:51 21   (INDICATING)?

09:17:51 22   A.  That's correct.

09:17:52 23   Q.  And you saw on page two that there was a foam stability test in

09:17:56 24   the system for the lab tech to do, correct?

09:17:58 25   A.  Yes.

4943

09:17:59  1    Q.  So it's on the menu.  I'm going to run a foam stability test,

09:18:05  2    and you saw that the lab tech wrote down, "Cancel foam stability as

09:18:09  3    per Jesse," correct?

09:18:10  4    A.  That's correct.

09:18:10  5    Q.  Now let's go to April 17th because there is no test to look at

09:18:18  6    there.  April 17th.  I'm sorry.  I have to give you a number.

09:18:23  7    Let's go back to my chart, which is D-4309A.

09:18:35  8          April 17th, this is the final foam stability test done

09:18:38  9    before the accident to your knowledge, correct?  I'm right here,

09:18:44 10    Mr. Quirk (INDICATING).

09:18:45 11    A.  Yes.

09:18:45 12    Q.  The density from that turned out to be 15 PPG top and bottom,

09:18:51 13    correct?

09:18:51 14    A.  Yes.

09:18:52 15    Q.  Target density was 14-and-a-half, correct?

09:18:55 16    A.  Yes.

09:18:55 17    Q.  So just to do a little math for the court here, if we're trying

09:19:01 18    to get 14-and-a-half PPG, we foam it to that, right?  We foam it to

09:19:07 19    get to that density, right?

09:19:08 20    A.  Yes.

09:19:09 21    Q.  Then we let it set, and measure it, and weigh it, right?

09:19:12 22    A.  That's correct.

09:19:12 23    Q.  So if it's heavier, if it's .5 PPG heavier than what our goal

09:19:19 24    was, we know that we have lost some of that foam, we have lost some

09:19:23 25    of that air, correct?

09:19:24  1    A.  It's possible.

09:19:26  2    Q.  Right.  And, in fact, 15.0, and we're trying to do 14.5, that

09:19:32  3    means we've lost about 25 percent of the air for that slurry,

09:19:36  4    correct?

09:19:36  5    A.  I don't know.

09:19:38  6    Q.  Well, I think it might be the fastest thing, let me just pull

09:19:42  7    up your deposition.

09:19:43  8              MR. REGAN:  Page 480.  And if we start at line 13, down

09:19:55  9    to the bottom.

09:19:55  10   BY MR. REGAN:

09:19:59  11   Q.  I am just trying to refresh your recollection here, Mr. Quirk.

09:20:02  12   I'm not challenging what you just said.  But do you see in your

09:20:04  13   deposition that you were asked that a "14.5 PPG would be almost

09:20:09  14   13 percent foam quality, isn't that correct"?  And you said, "yes"?

09:20:12  15   A.  Okay.

09:20:13  16   Q.  "That's a substantial reduction in the foam quality, about

09:20:16  17   25 percent."  And your answer was, "23 percent," correct?

09:20:19  18   A.  Yes.  I think I had a calculator and some paperwork in front of

09:20:23  19   me, though.

09:20:23  20   Q.  That's why I thought this might be faster.

09:20:25  21   A.  Okay.

09:20:25  22   Q.  "Question:  That would indicate that about a quarter of the

09:20:29  23   nitrogen or air has been last from the sample, correct"?  You have

09:20:32  24   to go to the next page.  You answered, "Based on these

09:20:35  25   calculations."  Do you see that, Mr. Quirk?

09:20:37  1   A.  Yes.  Do you mind going back to the page before?  I just want

09:20:40  2   to look.

09:20:42  3   Q.  No problem.

09:20:42  4            MR. REGAN:  Let's show Mr. Quirk the whole page, please.

09:20:46  5            THE WITNESS:  The --

09:20:47  6            MR. REGAN:  Can you make it bigger for him?

09:20:50  7            THE WITNESS:  So the 14.5 pound per gallon is

09:20:56  8   9.95 percent?  I just don't remember.

09:20:58  9   BY MR. REGAN:

09:20:58 10   Q.  Foam quality?

09:20:58 11   A.  Is that what that's equivalent to?

09:21:01 12   Q.  Yes, that's what you answered doing your calculations at the

09:21:05 13   deposition.  Because you would just take the densities and you

09:21:09 14   would subtract one and divide it by a target.  Do you remember

09:21:12 15   that?

09:21:12 16   A.  Yes.  I mean, if you take the target density less the foam

09:21:17 17   density whatever that value is and divided --

09:21:19 18   Q.  Divide it by the target?

09:21:21 19   A.  Right, right.

09:21:21 20   Q.  I'll save us doing the math here, but rough justice, does that

09:21:28 21   sound about right, Mr. Quirk, based on your testimony?

09:21:32 22   A.  I am a little uncomfortable with it right now because I am

09:21:37 23   trying to understand this right now.  I just want to make sure I am

09:21:41 24   answering the numbers the way they are.

09:21:42 25   Q.  Mr. Quirk, we are going to have some more witnesses on cement

4946

09:21:45  1    and we can do that with the court.  I think I'll just move on

09:21:48  2    because I understand you don't have a calculator up there for you

09:21:51  3    to do it right now.

09:21:52  4              In your deposition you did have a calculator, though,

09:21:54  5    right?

09:21:54  6    A.  Yes.

09:21:55  7    Q.  And you did use the calculator to do the calculations that we

09:21:57  8    see on page 480 and 481 of your testimony, correct?

09:22:00  9    A.  As I recall, I had a calculator at the time, yes.

09:22:02 10    Q.  Now you, Mr. Quirk, if you had been involved in this test, you

09:22:11 11    would have done further investigation after getting that 15.0, 15.0

09:22:15 12    result, correct?

09:22:16 13    A.  I would have done further investigation?

09:22:20 14    Q.  Yes.

09:22:21 15    A.  As in what do you mean?

09:22:22 16    Q.  If you were making the decision on whether to pump the slurry

09:22:25 17    based on this test result, you would want to look at the slurry in

09:22:28 18    some more detail rather than just taking that density 15.0/15.0 and

09:22:32 19    saying, "We're good to go"?

09:22:35 20    A.  If I were evaluating it, I would -- there were other signs I

09:22:39 21    would look for, you know, rather than just the numbers.

09:22:43 22    Q.  The gentleman that did this test -- you were asked yesterday

09:22:50 23    generally about the personnel and their experience level.  Do you

09:22:53 24    remember that?

09:22:53 25    A.  Yes.

4947

09:22:54  1   Q.  You said on average seven to eight years of service, right?

09:22:58  2   A.  Something like that, right.

09:22:59  3   Q.  And that they -- and we saw an audit where you guys performed

09:23:05  4   admirably in terms of the capability of the lab, correct?

09:23:07  5   A.  Yes.

09:23:08  6   Q.  You also knew in that audit there were some concerns about the

09:23:11  7   lab's ability to keep track of samples.  Do you remember that

09:23:14  8   finding in that audit?

09:23:15  9   A.  I don't recall.  You would have to show that to me.

09:23:18 10   Q.  In any event, the gentleman that ran this test April 17th that

09:23:22 11   was Mr. Richard, correct?

09:23:24 12   A.  I would have to go back and look.  Ran which test?

09:23:28 13   Q.  April 17th.  The last question I have on this test, do you

09:23:31 14   know?

09:23:31 15   A.  I didn't think it was Ben Richard.

09:23:34 16   Q.  Okay.  Well, I think it may be in a bundle that's been provided

09:23:38 17   to the court.  Let me just ask you:  Do you know how much

09:23:41 18   experience Mr. Richard had as of April 17th, 2010, how many years

09:23:46 19   he had actually been at that lab?

09:23:48 20   A.  I don't recall.

09:23:50 21   Q.  Does it refresh your recollection that Mr. Richard had only

09:23:54 22   been at Halliburton for about two years, and at the time he

09:23:56 23   conducted that test he was still working with a competency coach?

09:24:03 24   A.  I don't remember.

09:24:04 25   Q.  Do you know if Mr. Richard at the time he did this April 17th

09:24:08  1    test was still in training?

09:24:09  2    A.  When you say, "Mr. Richard," are you saying Mr. Richard read

09:24:16  3    those values of 15 pounds, because as I understand it Mr. Richard

09:24:20  4    didn't record those values.

09:24:22  5    Q.  Okay.  I am just asking you for your understanding.

09:24:25  6    A.  Okay.  Repeat the question, please.

09:24:26  7    Q.  I am asking about Mr. Richard as of April 2010.  Do you know if

09:24:31  8    he still had a competency coach that he was working with as he was

09:24:35  9    learning how to do this job?

09:24:36 10    A.  I can't recall.

09:24:36 11    Q.  All right.  I'll move on.

09:24:41 12          Now, one effect of conditioning time is it can further

09:24:45 13    viscosify a slurry; is that fair?

09:24:49 14    A.  One affect of what time?

09:24:51 15    Q.  Of conditioning time.

09:24:52 16    A.  Conditioning time.  Depending on the temperature and the slurry

09:24:57 17    design.

09:24:57 18    Q.  And generally speaking, a more viscous slurry is able to hold

09:25:03 19    foam better?

09:25:04 20    A.  Yes, more viscous to a certain extent, right.

09:25:07 21    Q.  The Judge has heard the word "thin," slurries look "thin."  Can

09:25:12 22    you explain to us what that means to you as somebody who does this

09:25:16 23    for a living?  What does a "thin" slurry mean?

09:25:19 24    A.  Water is thin, milkshake is thick.

09:25:22 25    Q.  Closer to water?

09:25:25 1    A.  Well, water is, ultimately, as thin as it gets, you know.

09:25:29 2    Q.  And if you're trying to foam a slurry, do you want to be on the

09:25:32 3    water end of the spectrum or the milk shake end of the spectrum?

09:25:38 4    A.  Somewhere in between.

09:25:39 5    Q.  You showed a thickening time chart yesterday with respect to

09:25:43 6    the activation of SA 541.  Do you remember being asked those

09:25:48 7    questions?

09:25:49 8    A.  Yes.

09:25:49 9    Q.  Now, thickening time is reported in a specific type of units,

09:25:53 10   correct?

09:25:53 11   A.  Yes.

09:25:54 12   Q.  Those are called Bearden units, correct?

09:25:56 13   A.  Beardens of consistency, right.

09:25:58 14   Q.  Bearden units of consistency, correct?

09:26:00 15   A.  Right.

09:26:01 16   Q.  And it's true, is it not, Mr. Quirk, that a Bearden unit of

09:26:06 17   consistency is an estimation of the pumpability of a slurry, but

09:26:15 18   has no direct correlation to viscosity, correct?

09:26:15 19   A.  As I recall, the definition of Bearden units of consistency is

09:26:24 20   defined as the unit of viscosity of a cement slurry or a slurry on

09:26:31 21   a high-pressure, high-temperature consistometer.

09:26:35 22   Q.  In your definition, Bearden units have a correlation to

09:26:38 23   viscosity?

09:26:39 24   A.  It's -- correlation of Bearden units of consistency, as I

09:26:48 25   understand it, is a measurement of viscosity, a unit of viscosity

4950

09:26:53   1    for slurries conditioned or pumped on a high pressure, high

09:26:59   2    temperature or any consistometer.

09:27:00   3    Q.  I'll move on.  I'll cover that with some other people, then.

09:27:04   4          With respect to -- I want to turn now to a new topic.  TREX

09:27:08   5    5569, an e-mail from you to Mr. Richard Vargo, November 8th, 2010.

09:27:18   6    Do you recall sending this e-mail?  Can you see it on your screen,

09:27:21   7    Mr. Quirk?  And I'll direct you, do you see where you write

09:27:35   8    "March 2010 actual," and then you have some details about the

09:27:38   9    activities of your laboratory and the tests that were run, do you

09:27:41  10    see that?

09:27:41  11    A.  I see that.

09:27:42  12    Q.  If we can go a little further down the page and then you see

09:27:49  13    the paragraph starting "roughly," do you see you wrote Mr. Vargo,

09:27:55  14    "Roughly 75 percent of all shelf jobs are pilot tested only.  The

09:27:59  15    remaining 25 percent are pilot and blend tested.  In deep water,

09:28:03  16    approximately 90 percent of all tests are location blend samples."

09:28:06  17    Do you see that?

09:28:07  18    A.  Yes.

09:28:07  19    Q.  And you wrote that, right?

09:28:09  20    A.  Yes, that's an e-mail that I sent.

09:28:10  21    Q.  So 10 percent of the deepwater jobs that Halliburton does, you

09:28:16  22    do not test the actual rig sample, you just test lab stock,

09:28:20  23    correct?

09:28:22  24    A.  10 percent would be with lab stock is what you said?

09:28:26  25    Q.  Yes, sir.

4951

09:28:26  1   A.  I would agree with that, based on what I have here.

09:28:29  2   Q.  Now, you also in this letter later on talked about the fact

09:28:33  3   that you needed increased lab staff, correct?

09:28:36  4   A.  That's correct.

09:28:37  5   Q.  Go to the next page.  Go to the next page.  Down there, fifth

09:28:43  6   bullet under "Major Obstacles," if you could highlight that.

09:28:49  7           And you said, "From January through June of 2010, we

09:28:52  8   averaged 108 tests per day."  Correct?

09:28:55  9   A.  That's correct.

09:28:56 10   Q.  A little further down, you say, "Very rarely, we were able to

09:29:00 11   keep up with the testing demands during this time period.  It was

09:29:03 12   very common to have 30 to 40 tests waiting in line.  Basically we

09:29:08 13   didn't have the manpower to efficiently run 16 HPHT consistometers.

09:29:16 14   Many times we had jobs assigned to all of them, but when the test

09:29:19 15   was over, due to understaffing, it took a considerable amount of

09:29:23 16   time to get the next test going again. "

09:29:25 17           You are relaying to Mr. Vargo the activities of your

09:29:29 18   cement lab in the spring of 2010 in this note, correct?

09:29:31 19   A.  Yes.  If that's the date.  I don't recall the date.

09:29:36 20   Q.  If we go back to D-4309A.  You're aware, Mr. Quirk, that no

09:29:52 21   test was performed -- no foam stability tests were performed on the

09:29:59 22   .09 slurry, right?

09:30:00 23   A.  That's correct.

09:30:00 24   Q.  And I want to turn to some of the tests that were done

09:30:03 25   afterwards, and then I am just about done, okay?

4952

09:30:06  1    A.  Okay.

09:30:06  2    Q.  We've heard about how you were contacted by Mr. Faul.  Do you

09:30:12  3    remember that?

09:30:12  4    A.  Yes.

09:30:13  5    Q.  And when Mr. Faul contacted you, he told you that the design

09:30:18  6    Duncan facility had done testing on the Macondo slurry design,

09:30:22  7    correct?

09:30:24  8    A.  Yes.

09:30:24  9    Q.  He told you that when Duncan mixed up that slurry, it was real

09:30:28  10   thin, correct?

09:30:29  11   A.  I don't recall the exactly what he said, but instability, I

09:30:36  12   think, upon mixing is what I recall.

09:30:38  13   Q.  Would you like to see your answer in your deposition to refresh

09:30:41  14   your recollection?

09:30:42  15   A.  That's fine.

09:30:43  16   Q.  Would that be helpful?  Mr. Quirk's deposition, page 327

09:30:47  17   starting at line 24.  I just have the answer here, but the question

09:31:02  18   is:  "What testing they performed, whether it was recorded, do you

09:31:06  19   remember?"

09:31:06  20        "All he told me was they had mixed up -- what I recall is

09:31:11  21   they mixed up the slurry at Duncan and that upon that mixing, once

09:31:13  22   it was mixed, the slurry was real thin and that they were seeing

09:31:16  23   settling with the slurry upon mixing.  In other words, after they

09:31:18  24   mixed it and let it sit there, it would settle in static

09:31:21  25   condition."

4953

09:31:22  1    A.   Okay.   That's what I said back then.

09:31:25  2    Q.   That's what Mr. Faul said to you in April or May of 2010 when

09:31:29  3    he contacted you, correct?

09:31:30  4    A.   Yes.

09:31:30  5    Q.   He wanted you to mix up the slurry yourself and see how it

09:31:35  6    compared, correct?

09:31:36  7    A.   Yes.   I don't recall exactly -- I can't pinpoint exactly the

09:31:45  8    terms of what I had to do.   In other words, I know I had to repeat

09:31:50  9    the test, but I have a blur in my memory about some of this stuff.

09:31:54 10    Q.   I have some questions to see if we can work through that, okay?

09:31:57 11    A.   Okay.

09:31:58 12    Q.   Mr. Faul asked you to repeat the tests that were done in

09:32:01 13    Oklahoma, right?

09:32:02 14    A.   He asked me to repeat the tests that we performed in the lab,

09:32:06 15    in our lab.

09:32:07 16    Q.   Right.

09:32:08 17    A.   Right.

09:32:08 18    Q.   In your lab, when you do a repeat of a test, it's because the

09:32:12 19    first test failed, right?

09:32:13 20    A.   Well, I mean, typically that would be why you would do a repeat

09:32:22 21    test.   I mean, not necessarily that it failed.   You can run a

09:32:26 22    repeat test just to confirm results.

09:32:28 23    Q.   Did you ask Mr. Faul during that conversation what the Duncan

09:32:35 24    test results were?

09:32:36 25    A.   No, I didn't ask him.

09:32:38  1    Q.  So that we understand, he told you they've done tests in

09:32:45  2    Duncan, they're showing settling, the slurry looks thin.  I want

09:32:49  3    you to repeat the tests.  But you did not ask him, well, how did

09:32:53  4    the tests turn out, is that your testimony?

09:32:56  5    A.  I didn't ask him how the tests turned out.  I don't recall

09:33:00  6    asking him that.

09:33:03  7    Q.  And your testimony is you were not told the results of

09:33:05  8    Mr. Morgan's tests?

09:33:07  9    A.  I don't recall seeing those results.

09:33:09 10    Q.  TREX 7718, please.  If we can pull up -- actually, let me pull

09:33:22 11    up D-4373 -- let me ask a question before we pull it up.

09:33:26 12            Mr. Quirk, I have in front of you notes that were

09:33:32 13    authenticated by Mr. Tommy Roth in this court about a week ago.

09:33:35 14    A.  Okay.

09:33:36 15    Q.  I don't expect you've ever seen these notes, but let me just

09:33:40 16    confirm.  Have you ever seen Mr. Roth's notes?

09:33:42 17    A.  I don't recall seeing that, no.

09:33:44 18    Q.  D-4374.1.  4373.1.3, sorry.  4373.1.3.  Do you see Mr. Roth

09:34:01 19    wrote, "Ronnie Faul contacted Ricky Morgan and asked him to prepare

09:34:05 20    slurry using lab stock of materials.  When attempt was made to foam

09:34:10 21    the cement, slurry would not foam."  Do you see that?

09:34:12 22    A.  Yes, I do.

09:34:13 23    Q.  Is it your testimony, Mr. Quirk, that you were never told that

09:34:16 24    information by Mr. Faul?

09:34:18 25    A.  That it would not foam?

09:34:20 1   Q.  Yes, sir.

09:34:20 2   A.  I do not recall him telling me that.

09:34:22 3   Q.  4373.1.5.  Mr. Roth's next note reads:  "Ricky Morgan reported

09:34:31 4   results to R. Faul.  They consulted with Tim Quirk.  Tim identified

09:34:38 5   that all foam tests conditioned slurry at 135 degrees for three

09:34:43 6   hours."  Do you see those notes, Mr. Quirk?

09:34:45 7   A.  Yes, I see that.

09:34:47 8   Q.  Did you consult with Mr. Morgan and Mr. Faul about these tests?

09:34:50 9   A.  I spoke to Ricky Morgan and I spoke to Mr. Faul.  I mean. . .

09:34:55 10   Q.  And it's your testimony that you had a conversation with them

09:34:59 11   about how much conditioning time would be used, did that happen in

09:35:04 12   the conversation?

09:35:04 13   A.  I know -- I feel certain I discussed that we were going to

09:35:07 14   condition it for three hours.

09:35:08 15   Q.  And in that conversation where you were talking about

09:35:11 16   conditioning time for three hours, is it your testimony you never

09:35:13 17   asked, well, how did your tests turn out?

09:35:17 18   A.  I don't recall asking that.  I don't recall.  Maybe he told me,

09:35:20 19   but I don't recall.

09:35:21 20   Q.  Well, that's really my question is, did he tell you then, Tim,

09:35:27 21   we ran tests and it would not foam, and then you said, okay, how

09:35:32 22   much did you condition it?  Is that the way the conversation went?

09:35:35 23   A.  It may have.

09:35:36 24   Q.  So it may be true that, in fact, you did know the results of

09:35:40 25   that test from Mr. Morgan?

09:35:41  1   A.  The results?

09:35:42  2   Q.  Yes.  That the slurry would not foam.

09:35:45  3   A.  I don't recall anything about the slurry not foaming, not being

09:35:50  4   able to foam.  That's the first I recall of that at all.

09:35:53  5   Q.  Let me ask you one final question on that, then.  As somebody

09:35:56  6   that does this for a living, if someone contacts you and says, I

09:36:00  7   want you to repeat a test, I've done it in another lab, but I want

09:36:04  8   you to do it yourself, and they talked to you about how much

09:36:07  9   conditioning time, doesn't that suggest to you that they had a

09:36:10  10  problem with the first test?

09:36:12  11  A.  Repeat the question.

09:36:13  12  Q.  Doesn't the fact -- didn't Mr. Faul's contacting you about

09:36:17  13  Mr. Morgan's testing and wanting you to repeat a test and having a

09:36:21  14  conversation with a guy that did the test and having a conversation

09:36:24  15  about how much conditioning time, didn't that suggest to you, human

09:36:28  16  nature or otherwise, that, you know what, they probably have a

09:36:31  17  problem with that first test?

09:36:32  18  A.  Well, Mr. Faul indicated that they had had an issue with the

09:36:36  19  test.  I indicated that in my deposition.

09:36:39  20  Q.  You then did your own tests, correct?  And we've talked about

09:36:45  21  the fact that Mr. Faul asked you to not keep notes on that, and you

09:36:49  22  did not keep notes on that, correct?

09:36:50  23  A.  That's correct.

09:36:51  24  Q.  That's just like we talked about about an hour ago, you were

09:36:54  25  following his instructions, correct?

OFFICIAL TRANSCRIPT

09:36:56   1    A.  I was following his instruction.

09:36:57   2    Q.  Mr. Faul made the decision about what you should keep or not,

09:37:00   3    and you followed his instructions, correct?

09:37:02   4    A.  Mr. Faul asked me to repeat the tests and give him results over

09:37:11   5    the phone.

09:37:12   6    Q.  You followed his instructions?

09:37:14   7    A.  I followed his instructions, right.

09:37:16   8    Q.  And you testified yesterday that you thought it was okay, in

09:37:20   9    your mind, to have not retained the test results, because it was

09:37:24  10    just lab stock and it could be reproduced any time; is that

09:37:29  11    correct?

09:37:29  12    A.  Well, at the time that I performed the test, I felt like, you

09:37:35  13    know, it was lab stock, so. . .

09:37:37  14    Q.  And you felt like it could be repeated any time, right?

09:37:40  15    A.  Well, it can.

09:37:43  16    Q.  And you said that yesterday.  I think you said, we could do it

09:37:46  17    right here if we had the right equipment?

09:37:48  18    A.  Right, right.

09:37:49  19    Q.  Is that right?

09:37:49  20    A.  Right.

09:37:50  21    Q.  And my question, Mr. Quirk:  Has Halliburton ever asked you to

09:37:55  22    do that, to actually do a foam stability test with the recipe of

09:37:58  23    the .09 slurry using lab stock and actually write down the results

09:38:04  24    and provide them to somebody?

09:38:06  25    A.  With .09, no.

09:38:08  1    Q.  Yes, sir.  Are you aware of --

09:38:09  2    A.  A foam stability test?

09:38:11  3    Q.  Yes, sir.

09:38:11  4    A.  Correct.

09:38:12  5    Q.  Are you aware of anybody else from Halliburton who's been asked

09:38:15  6    to do what you described yesterday, take the lab stock, take the

09:38:19  7    recipe that was pumped, run the foam stability test and disclose

09:38:22  8    it?

09:38:23  9    A.  I am not aware.

09:38:24  10   Q.  The tests that you did do for Mr. Faul, though, that was with

09:38:30  11   the .09, correct?

09:38:30  12   A.  No.

09:38:31  13   Q.  It was not?

09:38:32  14   A.  No.

09:38:32  15   Q.  It was .08?

09:38:33  16   A.  Yes.

09:38:34  17   Q.  Do you know what Mr. Morgan's test was done, do you know if

09:38:37  18   that was .09 or .08?

09:38:40  19   A.  I don't recall.

09:38:40  20   Q.  But you are aware that there has been tests on the lab stock,

09:38:45  21   on Halliburton product with the .09 done after the accident by

09:38:49  22   Chevron, you're aware of that, right?

09:38:51  23   A.  Yes.  I don't recall whether it was .08 or .09, but, yes.  I

09:38:56  24   would have to look at the paperwork.

09:38:58  25   Q.  You do know that Chevron was given lab stock material, given

09:39:02  1   the recipe to run tests for the national commission, you're aware

09:39:05  2   of that?

09:39:06  3   A.  Yes, yes.

09:39:06  4   Q.  And you're aware of the fact that when Chevron ran those tests,

09:39:10  5   they showed settling, right, you're aware of that?

09:39:12  6   A.  In some of the tests, yes.

09:39:15  7   Q.  You're aware that in the report came out, Chevron's conclusion

09:39:19  8   was that it was an unstable foam?

09:39:21  9   A.  I remember that note being written, yes.

09:39:23 10   Q.  And those tests were done by Chevron in Chevron's laboratory

09:39:26 11   right off Beltway 8, right?

09:39:29 12   A.  As far as I know.

09:39:30 13   Q.  That's the building that you go to work in nowadays?

09:39:32 14   A.  Yes.

09:39:32 15   Q.  So in that same building they ran tests -- do they know how to

09:39:36 16   run tests at Chevron, to your knowledge?

09:39:37 17   A.  Yes.

09:39:38 18   Q.  I thought that would be your answer.  Mr. Gardner, he is still

09:39:41 19   the head of that lab?

09:39:42 20   A.  No.  He was -- Mr. Gardner is over engineering.

09:39:47 21   Q.  All right.  Did you have any involvement, Mr. Quirk, with the

09:39:53 22   presentation that Halliburton gave to the National Academy of

09:39:57 23   Engineers in late September 2010?

09:39:58 24   A.  No, I did not.

09:40:00 25   Q.  Were you involved in preparing anybody to go give testimony to

09:40:03  1  either congressional hearings or investigators in the summer of

09:40:07  2  2010?

09:40:08  3  A.  Not that I am aware of.  And maybe someone asked me a question,

09:40:13  4  but I didn't know what it was related to.

09:40:14  5  Q.  A couple of other questions, Mr. Roth (VERBATIM), and I'm done.

09:40:17  6  Can we pull up TREX 4346.1.1.  In October 4th, 2010, you provided

09:40:28  7  to Tommy Roth a series of lab reports, as is indicated in this

09:40:32  8  exhibit, correct?

09:40:33  9  A.  Yes.

09:40:34 10  Q.  Why, on October 4th, which I'll represent to you is eight days

09:40:39 11  after Halliburton's NAE presentation, why, on October 4th, were you

09:40:44 12  providing this material to Mr. Tommy Roth?

09:40:47 13  A.  I don't know.

09:40:59 14  Q.  And prior to October 4th, 2010, did Mr. Roth ask you,

09:41:04 15  Mr. Quirk, to provide this material to him?

09:41:09 16  A.  I don't recall.  E-mail records would indicate that, but I

09:41:15 17  don't recall.

09:41:15 18  Q.  Did you have any involvement in preparing a press release

09:41:20 19  issued by Halliburton on October 28th, 2010?

09:41:23 20  A.  Not that I'm aware of.

09:41:26 21  Q.  If I can pull it up, let me pull up 48098.1.1.  In this press

09:41:38 22  release, I'll cover this quickly, it stated, "A foam stability test

09:41:41 23  was not conducted on the nine-gallon formulation."  Do you see

09:41:44 24  that?

09:41:49 25  A.  Yes.

4961

09:41:49  1   Q.  And is it your testimony that in all of the tests that you did

09:41:52  2   for Mr. Faul -- and I haven't even asked you yet about tests that

09:41:56  3   were done -- I need to -- by Mr. Badalamenti and Turton -- was

09:41:59  4   there ever a test that you did after April 20th that you used the

09:42:03  5   nine-gallon formulation?

09:42:04  6   A.  I think just the transition time.

09:42:07  7   Q.  You never did a foam stability test with the nine-gallon

09:42:10  8   formulation after April 20th?

09:42:11  9   A.  The transition time, that's the only one, I think, is the

09:42:17 10   transition time.

09:42:19 11   Q.  Let me go back to this just to confirm it.  In addition to

09:42:23 12   Mr. Faul, you were also contacted by Mr. Badalamenti and Simon

09:42:26 13   Turton.  Correct?

09:42:27 14   A.  Yes.

09:42:28 15   Q.  They asked you to run static gel strength transition time tests

09:42:33 16   for the slurry that was pumped on April 20th, correct?

09:42:35 17   A.  Yes.

09:42:35 18   Q.  And that test that you did did use the .09, correct?

09:42:39 19   A.  Yes.

09:42:39 20   Q.  But that's not a foam stability test, correct?

09:42:42 21   A.  That's correct.

09:42:42 22   Q.  Did you retain your notes from those tests, Mr. Quirk?

09:42:47 23   A.  That was processed through Viking.

09:42:51 24   Q.  So the tests you did for Mr. Badalamenti and Mr, Turton were

09:42:56 25   done the normal way.  You put them in the Viking, you did the

OFFICIAL TRANSCRIPT

4962

09:42:59  1    tests, and the records are still there to show it?

09:43:01  2    A.  Yes, it was a test through Viking.

09:43:10  3            MR. REGAN:  Give me one second, I think I might be done.

09:43:25  4    BY MR. REGAN:

09:43:32  5    Q.  Now, you're familiar with the five-blade blender that's used in

09:43:35  6    the laboratories, is that right?

09:43:36  7    A.  Yes.

09:43:37  8    Q.  And do you have any basis as to whether -- how the five-blade

09:43:43  9    foam blender compared to the foam generators that they use on the

09:43:45 10    rigs?  Is that something that you know anything about?

09:43:47 11    A.  No.

09:43:49 12    Q.  Let me circle, then, back to my chart, still on there, if I go

09:43:53 13    back to the ELMO.  So in this time frame as we've talked about on

09:44:00 14    D-4611, Mr. Quirk, was there any point in time between April 20th,

09:44:07 15    and November of 2010 when you were informed that there was an order

09:44:13 16    that you needed to preserve your materials with respect to the

09:44:19 17    Macondo accident?

09:44:20 18    A.  I don't recall a subpoena, just instructions from Tony,

09:44:27 19    but. . .

09:44:28 20    Q.  Okay.  Did Mr. Angelle tell you that you needed to retain all

09:44:32 21    of your materials and not destroy anything because of orders that

09:44:35 22    had been entered by various courts around the country?

09:44:38 23    A.  I don't recall the conversation being that way.  I don't recall

09:44:41 24    other than the fact that he asked me to secure the Macondo samples

09:44:46 25    is what I recall.

4963

09:44:46   1    Q.   So outside of these samples -- I am going to ask a broader

09:44:50   2    question.   Outside of this project, just generally, do you remember

09:44:54   3    anybody coming to you, Mr. Quirk, and saying, Tim, there are orders

09:44:57   4    out there from courts and other entities, we need to retain all of

09:45:05   5    our materials?   Do you recall anyone coming to you and giving you

09:45:08   6    that instruction?

09:45:09   7    A.   During that time period?

09:45:10   8    Q.   Yes, sir.

09:45:11   9    A.   I just can't remember.   I just don't recall that right now.

09:45:18   10            MR. REGAN:   Thank you, Mr. Quirk.   Those are all of the

09:45:20   11   questions I have.

09:45:21   12            THE COURT:   All right.   Anything from Cameron?

09:45:23   13            MR. BECK:   Cameron has no questions.

09:45:25   14            THE COURT:   M-I.

09:45:26   15            MR. TANNER:   No, sir, your Honor.

09:45:28   16            THE COURT:   Mr. Breit.

09:45:31   17            MR. BREIT:   Very briefly, your Honor.

09:45:32   18            THE COURT:   It's not required, you know.

09:45:36   19            MR. BREIT:   Not required?

09:45:38   20            THE COURT:   You have an option.

09:45:39   21            MR. BREIT:   I promise to be briefly on very few points.

09:45:42   22            THE COURT:   You didn't keep your promise yesterday, so

09:45:44   23   we'll see how you do today.

09:45:46   24            MR. BREIT:   I think I said 55 minutes, but it was close.

09:45:49   25            THE COURT:   You said you'd finish at 4 o'clock, and it

09:45:51  1    was closer to 6:30, then you took a 15-minute break.

09:45:57  2                MR. REGAN:  I don't think you're going to win this one.

09:46:00  3                MR. BREIT:  I am not going to win this.  I'm not going to

09:46:04  4    argue with you, Judge.  I won't lie this time.

09:46:07  5                          REDIRECT EXAMINATION

09:46:08  6    BY MR. BREIT:

09:46:08  7    Q.  Jeffrey Breit for the plaintiff steering committee on

09:46:12  8    cross-exam.  You were shown yesterday by the Halliburton lawyer an

09:46:15  9    audit that was performed in your lab which had all kind of good

09:46:20 10    scores, do you remember that?

09:46:20 11    A.  Yes.

09:46:21 12    Q.  Let me ask you to look at TREX 3769, please.  Page seven.  And

09:46:31 13    if you could zoom in on the fourth column down.  "Retarders are

09:46:41 14    tracked."  This was also in that same audit, was it not?

09:46:50 15    "Retarders are tracked - No procedure is in place to ensure that

09:46:53 16    all lab cement and additive samples are reflective of current bulk

09:46:58 17    buckle or remote field storage location inventories.  The lab does

09:47:03 18    maintain a cement and additive list for all items in their

09:47:08 19    position, but cannot be sure if they're reflective of current items

09:47:12 20    inventoried in the Gulf of Mexico.  The lab has no way to validate

09:47:16 21    whether chemical additive samples should be held in their inventory

09:47:20 22    or disposed of."  That was also in that same audit, was it not?

09:47:23 23    A.  I'm assuming that it is, yes.

09:47:25 24    Q.  Now, when you were around for the United States government

09:47:31 25    pickup in November of 2010 of those chemicals, was Tony Angelle

4965

09:47:35   1    there as well?

09:47:36   2    A.  I don't recall.  I can't remember if Tony was there.

09:47:42   3    Q.  And lastly, you are familiar with the fast boat process, aren't

09:47:47   4    you?

09:47:47   5    A.  The fast boat?

09:47:48   6    Q.  Fast boat.  Getting chemicals and rig materials off of the rigs

09:47:52   7    and brought to the lab.  Hotshot.  I apologize, I wrote down the

09:47:57   8    wrong word.

09:47:58   9    A.  Hotshot service, right.

09:48:00   10   Q.  You understand that they take the materials from the rig, put

09:48:04   11   them on a hotshot boat or some other way, helicopter, and bring

09:48:07   12   them to the lab?

09:48:08   13   A.  Correct.

09:48:09   14   Q.  And when they get to the lab, they're dated so that you know

09:48:12   15   that it came from a particular well and dated so when it arrives in

09:48:17   16   the lab, isn't that the normal process?

09:48:19   17   A.  Dated, as I understand it, when the sample was taken.

09:48:22   18   Q.  When the sample is taken from where, the rig or from --

09:48:26   19   A.  From the rig, right.

09:48:27   20   Q.  Let me look at TREX 5595.  And we looked at this yesterday, and

09:48:34   21   this would be the March 7th test by Gagliano from the Transocean

09:48:38   22   rig.  And you can see, if you can -- here in the materials section,

09:48:44   23   the date that those materials --

09:48:47   24   A.  You said the March 7th test?

09:48:50   25   Q.  Can we pull back up to the top, please.  March 7th, 2010, do

09:48:56 1   you see that up there?

09:48:56 2   A.  Okay.

09:48:57 3   Q.  Now, let's go to the materials section, and you see the date

09:49:01 4   for those materials, February 23rd, 2010, Transocean rig?

09:49:07 5   A.  Right.

09:49:07 6   Q.  And the sample ID 63981?

09:49:13 7   A.  Yes.

09:49:13 8   Q.  That's the exact same date, sample ID, and same blend that was

09:49:18 9   in the Kodiak bucket that you moved and put on the shelf, wasn't

09:49:22 10  it, after April 30th?

09:49:24 11  A.  If you say so.

09:49:29 12          MR. BREIT:  No further questions, your Honor.

09:49:32 13          THE COURT:  Any follow-up by Halliburton?

09:49:36 14          MR. HILL:  Yes, your Honor.  Would you mind if we took a

09:49:39 15  bathroom break?

09:49:39 16          THE COURT:  Okay.  Let's take about a 15-minute recess.

09:49:42 17          THE DEPUTY CLERK:  All rise.

09:49:43 18          (WHEREUPON, A RECESS WAS TAKEN.)

10:06:04 19          (OPEN COURT.)

10:06:04 20          THE COURT:  All right.  Please be seated.  Wait one

10:06:14 21  second.

10:06:54 22          MR. HILL:  Thank you, your Honor.  May I proceed?

10:06:56 23          THE COURT:  Yes.

10:06:56 24                        REDIRECT EXAMINATION

10:06:56 25  BY MR. HILL:

10:06:57  1    Q.  Mr. Quirk, a couple of things I need to follow-up on with

10:07:00  2    respect to what BP asked you about before we do a couple of quick

10:07:07  3    hits.

10:07:08  4         Do you recall or do you know with respect to the final

10:07:12  5    April foam stability test, the one that obtained the result of 1.8

10:07:16  6    over 1.8, who the lab technician was that actually took that test

10:07:21  7    off, evaluated the results, and input the test results in Viking?

10:07:25  8    A.  As I understand it, it was Justin Stelly.

10:07:29  9    Q.  Can you tell us Justin Stelly's level of experience?

10:07:35  10   A.  I think at that time Justin was a shift leader.  I think, as I

10:07:42  11   recall, during that time period he was a shift leader.

10:07:44  12   Q.  Do you consider him one of your more experienced technicians?

10:07:48  13   A.  Yes.

10:07:48  14   Q.  You were also asked questions about a period of time in January

10:07:58  15   to June 2010 when you wrote an e-mail discussing how busy you were.

10:08:03  16   Do you recall that?

10:08:03  17   A.  Yes.

10:08:03  18   Q.  And I am going to try to move this along without flashing up a

10:08:07  19   bunch of documents, so I am going to ask you to go from memory on

10:08:10  20   some of this; but if you need to see a document, let me know.

10:08:14  21        During that period of time from January up through June

10:08:17  22   of 2010, can you tell the Court what was going on in the cement

10:08:21  23   lab, at least, particularly towards the end of that time period?

10:08:24  24   A.  Well, it was a busy year, and then after the incident,

10:08:33  25   explosion we had, we were doing relief well efforts, testing in our

4968

10:08:38   1    lab, which just involved, you know, just many different scenarios

10:08:45   2    or contingency slurries that we were working on to help plug the

10:08:50   3    well.

10:08:50   4    Q.  You said you were doing contingency efforts?

10:08:54   5    A.  Well, just different slurry designs, you know, just different

10:08:57   6    scenarios for different slurry designs for the kill operations.

10:09:01   7    Q.  In your experience, during your tenure at the lab, had there

10:09:05   8    ever been a busier time in the lab than the time that the lab was

10:09:09   9    made available to help do testing, the contingency testing for the

10:09:16  10    relief operations?

10:09:16  11    A.  As I recall, just doing the monthly reports, I remember those

10:09:20  12    spike in test volumes were quite high.  I mean, the records are

10:09:24  13    there for those test volumes, I just don't recall.  But it was, I'm

10:09:27  14    sure -- I feel pretty certain they were busiest of the year for

10:09:31  15    sure what I remember.

10:09:33  16    Q.  I would like to talk about -- I know that BP's counsel

10:09:38  17    basically talked to you about the Kodiak blend, I think is what

10:09:42  18    we're calling it now in the record.

10:09:44  19    A.  Okay.

10:09:44  20    Q.  It has a unique sample ID, but it was the one that was found in

10:09:48  21    the Broussard lab.  I would like to talk to you a little bit about

10:09:51  22    that one.

10:09:52  23          Earlier, I thought I understood you to tell the Court

10:09:54  24    what the cement sample date was on that.  Do you recall that

10:09:57  25    testimony?

10:09:58   1    A.  Yes.

10:09:58   2    Q.  Do you recall what that sample date was?

10:10:00   3    A.  Was it December 2009 maybe?

10:10:05   4    Q.  I think your Honor will recall that you testified it was

10:10:08   5    December 27th, 2009.

10:10:10   6    A.  Okay.

10:10:10   7    Q.  Now, is that sample date -- could that sample date be different

10:10:13   8    than the date than the weigh-up sheet actually records for bringing

10:10:17   9    that sample into the lab?

10:10:18  10    A.  Yes, yes.

10:10:19  11    Q.  So this is the blend that BP's counsel basically, you know,

10:10:27  12    animatedly said was never tested.  Do you recall that?

10:10:30  13    A.  Yes.

10:10:30  14    Q.  But I want the Court to understand what was actually tested, so

10:10:35  15    I would like to direct your attention to the ELMO where I am going

10:10:38  16    to put up TREX 48001.  Right here, the second item.  Do you see

10:10:51  17    where it says, it's a location cement blend and it has a bar code

10:10:54  18    sample date on it.  Do you see that?

10:10:56  19    A.  Yes.

10:10:56  20    Q.  What is the sample date?

10:10:57  21    A.  April 5th, 2010.

10:10:59  22    Q.  And do you see the lab sample ID associated with that

10:11:03  23    particular blend that was sampled later in time?

10:11:06  24    A.  67314.

10:11:13  25    Q.  When you reviewed the weigh-up sheet associated with the April

10:11:15  1   operational testing, meaning the testing that was actually done for

10:11:18  2   the cement blend that was used on the production casing job at

10:11:22  3   Macondo, do you recall whether or not it was this later -- whether

10:11:28  4   it was this blend that was sampled in April of 2010 or one of the

10:11:31  5   older blends that was sampled back in December of 2009?

10:11:34  6   A.  I recall this sample here is what I think I recall.

10:11:39  7   Q.  And so this sample was actually what was used for the

10:11:42  8   operational testing done for the job, correct?

10:11:44  9   A.  As I remember it, yes.

10:11:47 10   Q.  And that was turned over to the Department of Justice for tests

10:11:49 11   as they saw fit, correct?

10:11:50 12   A.  Right.

10:11:58 13           MR. HILL:  Can we bring up BP's Demonstrative 4309A.

10:11:58 14   BY MR. HILL:

10:12:08 15   Q.  You've seen this a few times?

10:12:10 16   A.  Yes.

10:12:10 17   Q.  And you've seen one that Halliburton has that's similar, but we

10:12:14 18   will use BP's, okay?

10:12:16 19   A.  Okay.

10:12:16 20   Q.  These two tests right here that are identified -- you recognize

10:12:20 21   these as foam stability tests, correct?

10:12:22 22   A.  Yes.

10:12:23 23   Q.  These two tests that were done in February, I want to talk to

10:12:27 24   you about the difference between that and the tests that were done

10:12:29 25   in April.  All right?

10:12:30  1    A.  Okay.

10:12:31  2    Q.  Do you know when the Macondo well actually reached total depth?

10:12:36  3    A.  Not exactly, no.

10:12:39  4    Q.  I'll represent to you that it wasn't even in February, so let

10:12:43  5    me ask you this:  If at the time that these pilot tests were being

10:12:47  6    conducted you don't even know the total depth, is it possible to

10:12:51  7    know the downhole conditions that you will need to conduct

10:12:55  8    operational foam stability testing?

10:12:57  9    A.  I am not a downhole engineer, but I would expect that you would

10:13:06 10    need -- I don't know.  Repeat the question, please.

10:13:10 11    Q.  Let me try it a different way.  Job placement time is the

10:13:14 12    amount of time it takes to pump cement in a location, correct?

10:13:18 13    A.  Right.

10:13:18 14    Q.  If you don't know your total depth, you don't know what your

10:13:22 15    job placement time is, right?

10:13:24 16    A.  It makes sense.

10:13:25 17    Q.  And conditioning times are basically based on job placement

10:13:28 18    time, correct?

10:13:28 19    A.  Correct.

10:13:28 20    Q.  Now, let's talk a little bit -- and I can put up the February

10:13:33 21    and April customer reports if you would like to draw the

10:13:36 22    distinction, but I would like to know, from your memory, do you

10:13:39 23    recall whether or not the bottom hole circulating temperatures were

10:13:42 24    the same in February and the April testing?

10:13:45 25    A.  They were not.

10:13:45  1    Q.  Do you recall what the bottom hole circulating temperature was

10:13:49  2    in the February tests?

10:13:51  3    A.  220 something maybe.

10:13:54  4    Q.  Do you recall what the bottom hole circulating temperature was

10:13:57  5    in the April testing?

10:13:58  6    A.  135 degrees.

10:13:59  7    Q.  Do you recall whether the downhole pressures that were recorded

10:14:03  8    for the compressive strength test were the same between February

10:14:06  9    and April?

10:14:07  10   A.  I don't remember the pressure, what the pressures were.  I

10:14:12  11   would have to look at that.

10:14:13  12            MR. HILL:  Can you pull up and put side by side 60412 and

10:14:17  13   7722.  Pull up that and pull up that (INDICATING).

10:14:17  14   BY MR. HILL:

10:14:30  15   Q.  On the bottom now, Mr. Quirk, this was the downhole pressure

10:14:32  16   used for the thickening time tests, correct?

10:14:35  17   A.  Yes.

10:14:35  18   Q.  What is that value?

10:14:36  19   A.  15,945 psi.

10:14:40  20   Q.  In April, when the well did not TD as deep as it was intended,

10:14:46  21   what was the downhole pressure?

10:14:47  22   A.  14,458 psi.

10:14:52  23   Q.  Those two things, bottom hole circulating temperature and

10:14:55  24   pressure, matter for purposes of conducting tests, correct?

10:14:59  25            MR. REGAN:  Your Honor, I just object to the leading

4973

10:15:00  1   nature of this.  I think the witness has established a foundation

10:15:03  2   issue here.

10:15:04  3                  THE COURT:  Yes, you have been leading him, Mr. Hill.

10:15:07  4                  MR. HILL:  I will do less of that.

10:15:09  5                  THE COURT:  No, don't do any of it.

10:15:11  6                  MR. HILL:  Or any of it.

10:15:12  7                  MR. REGAN:  I am going to object to the part where he

10:15:14  8   still does it.

10:15:17  9   BY MR. HILL:

10:15:18 10   Q.  More importantly, Mr. Quirk --

10:15:19 11                  MR. HILL:  Can you take those down, please.  Just the

10:15:24 12   call-outs, put the documents back up, please.

10:15:24 13   BY MR. HILL:

10:15:29 14   Q.  Do you recall what the retarder concentration was in the

10:15:33 15   February pilot testing?  We can pull it out.  SCR-100L, can you see

10:15:48 16   the retarder concentration?

10:15:50 17   A.  .2.

10:15:51 18   Q.  .2 gallons per sack?

10:15:53 19   A.  Right.

10:15:53 20   Q.  In April, what was the retarder concentration?  We know there

10:15:57 21   were at least two, right?

10:15:58 22   A.  .09.

10:15:59 23   Q.  And there were some tests that were conducted with another

10:16:02 24   value?

10:16:02 25   A.  Yes.

4974

10:16:02  1    Q.  And what was that?

10:16:03  2    A.  .08.

10:16:04  3    Q.  Now, that's almost twice as much retarder that was used in the

10:16:07  4    February testing as April, right?

10:16:09  5    A.  Yes.

10:16:10  6    Q.  Now, to you, is that a significant difference in the two

10:16:14  7    slurries that were tested as between February and April?

10:16:16  8    A.  Retarder wise, yes.

10:16:21  9              MR. HILL:  Can we please go back to BP's Demonstrative

10:16:26 10    4309A.

10:16:26 11    BY MR. HILL:

10:16:36 12    Q.  So I want to focus here on this April testing, okay?  The first

10:16:41 13    April foam stability test obtained a density on top of 15.7 pounds

10:16:45 14    per gallon on top and on bottom 15.1, correct?

10:16:49 15    A.  That's correct.

10:16:49 16    Q.  Is there something -- what do you notice about that result?

10:16:53 17    A.  Well, just the fact that density is heavier on the top than it

10:16:57 18    is on the bottom.  That's not common.

10:16:58 19    Q.  What would you expect your lab technician to do if they saw

10:17:01 20    that result?

10:17:02 21    A.  To repeat the test.

10:17:03 22    Q.  Is that what happened here?

10:17:04 23    A.  Yes.

10:17:05 24    Q.  And what was the repeat test result?

10:17:08 25    A.  15 pounds on the top and 15 on the bottom.

4975

10:17:12 1    Q.  Now, in your review of the weigh-up sheet, did you ever have

10:17:17 2    occasion to go back and try to identify if there was any procedural

10:17:22 3    irregularities with that first April foam stability test?

10:17:25 4    A.  Yes.

10:17:26 5    Q.  And what did you discover?

10:17:27 6    A.  I discovered an error in the weighing process for the blend

10:17:33 7    component.

10:17:34 8    Q.  Can you explain briefly, was it less, more, what?  What

10:17:39 9    happened?

10:17:39 10   A.  Less of the cement blend was used.  The base cement was -- the

10:17:46 11   volume or the mass of the base cement was used rather than the mass

10:17:50 12   of the base cement and all of the additives, so quite a bit less.

10:17:55 13   Q.  When the test was repeated to obtain a final April foam

10:17:59 14   stability test, do you know if that had been corrected?

10:18:01 15   A.  Yes.

10:18:02 16   Q.  Did you see the weigh-up sheets that showed that it had been

10:18:05 17   corrected?

10:18:06 18   A.  Yes.

10:18:06 19   Q.  Now, I don't think anyone has asked you.  Given what you've

10:18:13 20   seen here, do you believe the 1.8 or the 15-pound per gallon over

10:18:19 21   15-pound per gallon that that test result is a valid or passing

10:18:21 22   foam stability test?

10:18:22 23          MR. REGAN:  Objection, I asked him that question.  Asked

10:18:24 24   and answered.

10:18:25 25          MR. HILL:  I don't recall your answer.  Does your Honor?

OFFICIAL TRANSCRIPT

4976

10:18:28  1          THE COURT:  I'll overrule it.  You can answer.

10:18:30  2          THE WITNESS:  Do I feel it's a stable slurry, is that

10:18:34  3  what you asked me?

10:18:36  4  BY MR. HILL:

10:18:36  5  Q.  Yes, a stable slurry.

10:18:37  6  A.  Yes.  Yes, based on the results that I looked at, I feel it's

10:18:41  7  stable.

10:18:42  8  Q.  Can you tell the court why you think that?

10:18:44  9  A.  It's because it's 15 pounds on the top, 15 pounds on the

10:18:51 10  bottom, and no other indication of any issues with it, meaning no

10:18:56 11  signs of instability documented by the technician when he ran the

10:19:00 12  tests.

10:19:00 13  Q.  Is there a uniform density top to bottom of those samples?

10:19:04 14  A.  15 on top, 15 on the bottom, yes.

10:19:07 15  Q.  Do you know what the target density was supposed to be?

10:19:09 16  A.  14.5.

10:19:11 17  Q.  So this is about half a pound per gallon different than the

10:19:13 18  target density, correct?

10:19:15 19  A.  That's correct.

10:19:15 20  Q.  Does that cause you any concern in terms of calling it a

10:19:18 21  passing foam stability test?

10:19:19 22  A.  Not based on my experience and the comments or lack of comments

10:19:27 23  about any other issues that might be present.

10:19:29 24  Q.  I want to talk to you specifically about that in light of BP's

10:19:33 25  questions asking you what percentage of foam would have broken out

4977

10:19:36   1    of the sample that was designed to be -- that had a target density

10:19:40   2    of 14.5 pounds per gallon, but the set sample was 15 pounds per

10:19:45   3    gallon.  Okay?

10:19:45   4    A.  All right.

10:19:45   5    Q.  So just shift briefly.  Are there reasons why a set foam

10:19:52   6    stability sample would be denser than the target density that have

10:19:56   7    nothing to do with stability issues?

10:19:59   8    A.  Could be just, you know, normal cement shrinkage.

10:20:05   9            MR. HILL:  Can you bring up TREX 3119, please.

10:20:05  10    BY MR. HILL:

10:20:09  11    Q.  Do you recognize this as part of Halliburton's global best lab

10:20:22  12    practices?

10:20:23  13    A.  Yes.

10:20:26  14            MR. HILL:  Could we go to page 2-53 which is Bates ending

10:20:26  15    in 7597.  And let's -- go ahead and pull it all up.

10:20:26  16    BY MR. HILL:

10:20:41  17    Q.  Right here, that last sentence.  I will read it to you.  "In

10:20:46  18    most cases, the density of a set specimen is heavier than the

10:20:49  19    original slurry density after mixing.  This increase is a result of

10:20:52  20    chemical reactions and the normal shrinkage of cement upon

10:20:55  21    setting."  Did I read that correctly?

10:20:57  22    A.  Yes.

10:20:57  23    Q.  Do you agree with that statement?

10:21:00  24    A.  Yes, I do.

10:21:00  25    Q.  And that has nothing to do with the stability of the sample,

10:21:03  1   does it?

10:21:03  2   A.  That's correct.

10:21:04  3   Q.  But let's go to BP's point.  If, in fact, air was --

10:21:13  4          MR. HILL:  You can take that down.

10:21:13  5   BY MR. HILL:

10:21:14  6   Q.  If, in fact, air was breaking out of that sample in the lab and

10:21:18  7   that's the reason why it's half a pound heavier, what would you

10:21:22  8   expect to see in the test result, in the things the technician

10:21:28  9   observes in the lab?

10:21:30  10  A.  Reduction in volume of cement, void space, something like that.

10:21:34  11  Q.  Why would there be a void space?

10:21:36  12  A.  Just because air basically breaks out of the cement.

10:21:41  13  Q.  And as it's being cured in that sample, too, it's enclosed

10:21:46  14  case, right?

10:21:46  15  A.  Right.

10:21:47  16  Q.  That air has nowhere to go so it creates a bubble, right?

10:21:50  17  A.  Right.

10:21:51  18          MR. HILL:  Can you bring up TREX 60415, please.

10:21:51  19  BY MR. HILL:

10:21:54  20  Q.  You recognize this as the foam stability repeat for the final

10:22:07  21  April test, correct?

10:22:08  22  A.  Yes.

10:22:08  23          MR. HILL:  Can you go to the second page, please.  Pull

10:22:15  24  that up right there (INDICATING).

10:22:15  25  BY MR. HILL:

4979

10:22:19  1    Q.  Do you see any comments from any technicians identifying any of

10:22:23  2    those API specified signs of instability here?

10:22:26  3    A.  I do not.

10:22:27  4    Q.  And if air had been breaking out and creating these artifacts

10:22:33  5    that we can observe in testing, you would expect your lab

10:22:36  6    technicians to have written them here, correct?

10:22:39  7            MR. REGAN:  Objection, your Honor.  We're getting a

10:22:40  8    hypothetical question about his expectations at this point.  He can

10:22:43  9    read the page.

10:22:44 10            MR. HILL:  Your Honor, without objection this witness has

10:22:47 11    already testified the expectations of what technicians write on

10:22:51 12    these documents.

10:22:52 13            THE COURT:  Well, the other problem, Mr. Regan hasn't

10:22:55 14    been objecting lately, but you're testifying and you're having the

10:22:58 15    witness to agree with you.  You continue to lead the witness.  You

10:23:00 16    do it over and over again, so try to change your technique here.

10:23:05 17            MR. HILL:  Will do, sir.

10:23:06 18            THE COURT:  All right.

10:23:07 19            MR. HILL:  Can we go back to -- let's bring up

10:23:17 20    Halliburton's chart, D-8242.

10:23:17 21    BY MR. HILL:

10:23:26 22    Q.  This is a similar chart summarizing foam stability charts.

10:23:31 23    Halliburton prepared this one.  I think Mr. -- you testified,

10:23:35 24    pursuant to questions by BP's counsel, that you were aware that

10:23:38 25    that final April foam stability test had eight gallons, correct?

10:23:42  1    A.  Yes.

10:23:42  2    Q.  And what was the retarder concentration in the slurry that was

10:23:46  3    actually pumped down the well?

10:23:48  4    A.  .09.

10:23:49  5    Q.  So that's a difference of how much?

10:23:51  6    A.  .01 gallons.

10:23:53  7    Q.  In your experience, Mr. Quirk, would you expect there to be a

10:23:57  8    significant difference in a foam stability test result between a

10:24:01  9    slurry with .08 GPS of retarder and one with .09 GPS of retarder?

10:24:08 10    A.  Not relative to stability.

10:24:12 11              MR. HILL:  Can you bring up TREX 4347, please.

10:24:12 12    BY MR. HILL:

10:24:14 13    Q.  And while he is bringing this up, I want to ask you a question.

10:24:21 14    We've heard discussions thickening time test, correct?

10:24:24 15    A.  Yes.

10:24:24 16    Q.  Can you tell the Court what the thickening time test is?

10:24:28 17    A.  It's just the -- it's slurry that's pumped on a consistometer,

10:24:38 18    rotating 150 -- is that what you want to know?

10:24:41 19    Q.  I guess what I want to know is, can you tell the court why you

10:24:43 20    would even do a thickening time test?  What are you trying to

10:24:45 21    determine?

10:24:45 22    A.  To determine how long a cement is pumpable.

10:24:47 23    Q.  Why is that important?

10:24:48 24    A.  So that you don't cement a pipe in a well.

10:24:52 25    Q.  If you want to adjust the time that your cement thickens, how

4981

10:24:57  1   do you do that?

10:24:58  2   A.  You adjust the retarder concentration.

10:25:00  3   Q.  You recognize this document?

10:25:02  4   A.  Yes.

10:25:03  5   Q.  What is it?

10:25:04  6   A.  It's the Global Laboratory Best Practices.

10:25:07  7   Q.  I want to take you to the part on thickening time in this

10:25:11  8   document, and it's on page ending in Bates No. 7647.

10:25:41  9           MR. HILL:  Can you bring up this note at the top, please

10:25:41 10   (INDICATING).

10:25:41 11   BY MR. HILL:

10:25:43 12   Q.  This says, "Note - some retarding additives may affect the

10:25:49 13   rheological properties of the slurry and cause problems with

10:25:52 14   settling and/or free fluid.  If the amount of retarder necessary to

10:25:55 15   achieve the required thickening time changes greatly from the

10:25:58 16   estimated concentration in the base slurry stability test, repeat

10:26:03 17   the previous steps with the new additive concentrations."  Did I

10:26:06 18   read that correctly?

10:26:07 19   A.  Yes.

10:26:07 20   Q.  What do you interpret that second sentence to mean, "If the

10:26:12 21   amount of retarder necessary to achieve required thickening time

10:26:15 22   changes greatly from the estimated concentration used in the base

10:26:18 23   slurry stability test, repeat the previous steps with the new

10:26:21 24   additive concentrations"?

10:26:24 25   A.  Just in the design.  In the design of the slurry prior to the

OFFICIAL TRANSCRIPT

4982

10:26:30  1  thickening time, you have an estimated retarder concentration.

10:26:34  2  Once the stability is achieved and you run the thickening time, if

10:26:39  3  that volume concentration doesn't change a whole lot, then the

10:26:44  4  original stability test would be sufficient.

10:26:46  5  Q.  So let me ask you this:  You identified before that the

10:26:50  6  difference between .08 gallons per sack of retarder and .09 is .01,

10:26:55  7  correct?

10:26:55  8  A.  Correct.

10:26:55  9  Q.  Is there any smaller -- well, let me ask you this.  Did the

10:27:00 10  retarder concentration change greatly?

10:27:02 11  A.  No.

10:27:02 12  Q.  Is there any smaller incremental change that is typically made

10:27:06 13  in a field lab?

10:27:07 14       MR. REGAN:  Your Honor, I think we're doing a second

10:27:10 15  direct exam at this point.

10:27:11 16       THE COURT:  It really is.  It sounds like the original

10:27:14 17  direct exam, things that you should have covered then and didn't it

10:27:18 18  seems to me.  Let's bring this to a close, Mr. Hill.

10:27:22 19       MR. HILL:  Will do.

10:27:23 20       THE COURT:  This witness has been on the stand for over

10:27:26 21  five hours now, and he was supposed to be a short witness and he's

10:27:30 22  got very limited role in this whole case.  So, you know, again, I

10:27:34 23  made the comment yesterday, I can't understand how a witness like

10:27:38 24  this has been on the stand for five hours, so let's bring it to a

10:27:41 25  close.

| | | |
|---|---|---|
| 10:27:42 | 1 | MR. HILL:  Your Honor, if you give me two seconds I can |
| 10:27:45 | 2 | probably be done. |
| 10:27:46 | 3 | THE COURT:  Okay. |
| 10:27:49 | 4 | MR. HILL:  I'm done, your Honor.  Thank you, Mr. Quirk. |
| 10:27:53 | 5 | THE COURT:  You're done, sir. |
| 10:27:55 | 6 | THE WITNESS:  Thank you. |
| 10:27:58 | 7 | THE COURT:  All right.  Next witness is who? |
| 10:28:02 | 8 | MR. BROCK:  Finishing Mr. Barnhill. |
| 10:28:05 | 9 | THE COURT:  That's right, okay. |
| 10:28:05 | 10 | MR. ROBERTS:  Your Honor, I believe the plaintiffs have |
| 10:28:07 | 11 | now officially rested, so we have to make our motions at this |
| 10:28:11 | 12 | point. |
| 10:28:12 | 13 | THE COURT:  Well, I thought we did that yesterday.  I |
| 10:28:15 | 14 | thought you all put that on the record.  Let's reserve you doing |
| 10:28:19 | 15 | that.  Let's finish Mr. Barnhill.  We've delayed him so much.  You |
| 10:28:23 | 16 | have a right to do that, you're protected on the record.  And they |
| 10:28:29 | 17 | haven't formally said they rested anyway. |
| 10:28:32 | 18 | MR. ROBERTS:  Yes, Judge, and we did make them yesterday, |
| 10:28:34 | 19 | but your minute entry only referred to BP and one other party. |
| 10:28:40 | 20 | THE COURT:  I'll note on the record now that all parties |
| 10:28:42 | 21 | have the right to -- we're reserving their right to file these |
| 10:28:47 | 22 | motions, but we're going to finish Mr. Barnhill first. |
| 10:28:51 | 23 | MR. ROBERTS:  Thank you, your Honor. |
| 10:28:52 | 24 | MR. TANNER:  Thank you, your Honor. |
| 10:28:53 | 25 | MR. GODWIN:  Thank you, Judge. |

OFFICIAL TRANSCRIPT

10:29:11  1          THE COURT:  Is Mr. Barnhill here?

10:29:15  2          MR. REGAN:  He is.  He is in the hall.

10:29:17  3          MR. BROCK:  He is.  He's been in the hall for three days

10:29:21  4  now.  I think he knows every lawyer here now.

10:29:24  5          MR. REGAN:  Judge, he was just out in the hall.

10:29:25  6          THE COURT:  I guess he is still recovering from his --

10:29:28  7  was it his daughter?

10:29:28  8          MR. REGAN:  His son.

10:29:29  9          THE COURT:  His son's wedding.

10:29:39 10          Mr. Barnhill, I think all of these lawyers owe you a big

10:29:44 11  apology for making you spend so much time here over the weekend of

10:29:47 12  your family wedding.

10:29:49 13          THE WITNESS:  Well, Judge, and I really want to thank you

10:29:51 14  for letting me sneak off early on Thursday and make it to

10:29:55 15  rehearsal.

10:29:56 16          THE COURT:  Okay.  We will try to finish you now.

10:29:58 17          THE WITNESS:  Thank you.

10:30:03 18          THE COURT:  Go ahead.

10:30:06 19          MR. BROCK:  Your Honor, is it okay to proceed?

10:30:08 20          THE COURT:  Yes.

10:30:04 21                  CONTINUED CROSS-EXAMINATION

10:30:08 22  BY MR. BROCK:

10:30:09 23  Q.  Mr. Barnhill, are you comfortable?

10:30:10 24  A.  I am, thank you.

10:30:11 25  Q.  Good morning.

10:30:12  1    A.  Good morning.

10:30:12  2    Q.  Again, Mike Brock on cross-examination.

10:30:15  3    A.  Sure.

10:30:15  4    Q.  I want to go back to a couple of the tests that you talked

10:30:19  5    about on your direct exam; the first one being the seal assembly

10:30:23  6    test.  Do you remember that?

10:30:24  7    A.  I do.

10:30:24  8    Q.  Do you recall that the cement was pumped as planned and the

10:30:31  9    that cement job was completed at about 12:30 A.M. on the 20th?

10:30:35  10   A.  Yes, I believe that's correct.

10:30:38  11   Q.  You remember there were cement reports made that the findings

10:30:43  12   from the cement job is that it was successful, full returns were

10:30:47  13   noted, lift pressure was as expected, and they were able to bump

10:30:53  14   the plugs?

10:30:54  15   A.  Generally, yes, I think they saw lift pressure and they felt

10:31:02  16   the test went as they had expected.  There was no loss circulation,

10:31:07  17   so I believe that's correct.

10:31:08  18   Q.  And the purpose of the seal assembly test is to -- is to test

10:31:15  19   the interface between the casing and the wellhead?

10:31:18  20   A.  Correct.  The seal at the top of the well once you've landed

10:31:26  21   the casing, correct.

10:31:27  22   Q.  Right.  So the long-string production casing would hang from

10:31:31  23   the caser -- casing hanger inside the wellhead, correct?

10:31:35  24   A.  It would.

10:31:35  25   Q.  And you would be testing to look at the viability of that seal?

4986

10:31:44  1   A.  You would be testing that seal in the opposite direction of

10:31:50  2   normal flow, but you would be testing the seal on that annular

10:31:54  3   space, that's correct.

10:31:55  4   Q.  Let's see if we could, please, D-4352.  And this is just an

10:32:04  5   illustration.  We can just walk through this just briefly.  The way

10:32:09  6   this test is conducted is that a packer is placed down below the

10:32:16  7   seal assembly, you close in the variable bore ram, and then you can

10:32:22  8   pump through the kill or the choke line fluid to increase the

10:32:26  9   pressure and check the seal of the -- between the casing hanger and

10:32:34 10   the wellhead?

10:32:35 11   A.  That's certainly one of the ways you could do it, yes.

10:32:37 12   Q.  And in this particular case, that test was conducted on the

10:32:42 13   early morning hours of April 20th, 2010?

10:32:45 14   A.  There was -- they actually tested the seals two different

10:32:52 15   times.  They tested prior to stinging out with the running

10:32:58 16   assembly, then they stung back in to make sure they didn't --

10:33:01 17   hadn't affected the seal in stinging out, and retested and then

10:33:05 18   pulled out.

10:33:05 19   Q.  The procedures for this test and the way it was run were

10:33:09 20   appropriate and within the standard of care?

10:33:11 21   A.  I believe they were, yes.

10:33:13 22   Q.  Now, at this point in time, the drill pipe is not running down

10:33:19 23   below the BOP?

10:33:30 24   A.  You have a running assembly -- at the time that we're testing

10:33:33 25   the seal assembly, you still have the running string for your

10:33:39   1   casing string.  Now, later on when we do the positive test where
10:33:44   2   we've got the BOPs closed and we're pressuring up underneath the
10:33:50   3   VBR --
10:33:50   4   Q.  Right?
10:33:53   5   A.  I'm sorry, the BSR, not the VBR.  The BSR.  Then at that time,
10:33:58   6   you do not have drill pipe in your BOP stack.
10:34:00   7   Q.  So in terms of this illustration that we're looking at here,
10:34:04   8   you used a drill string to send the packer down below the seal
10:34:09   9   assembly, you close in the variable bore ram, and that allows you
10:34:13   10   to pressure up that space in a positive way?
10:34:15   11   A.  Correct.  The way they were doing it on the day in question,
10:34:19   12   they still had the running string installed and they were testing
10:34:23   13   the back side on the seal assembly.  So they didn't physically have
10:34:27   14   the packer that you're showing here.  And then later on, they did
10:34:31   15   it a different way, which I am assuming you'll come to.
10:34:35   16   Q.  Right.  So let's look next at the positive pressure test.
10:34:38   17   A.  Okay.
10:34:39   18   Q.  And that's D-4353.  And here we're showing that the drill
10:34:48   19   string is not descending below the BOP, correct?
10:34:53   20   A.  Correct, it's --
10:34:55   21   Q.  You would pull up it up above the BOP so that you can shut in
10:35:00   22   the blind shear rams and then pressure up the wellbore pressure
10:35:04   23   using the kill line, which would come in below the blind shear ram?
10:35:09   24   A.  Right.  What they did in this particular case is once they
10:35:13   25   pulled out of the hole with their running string, then they picked

10:35:16  1    up their displacement string, which was the combination string, ran

10:35:20  2    back in to a little deeper than 4,800 feet.  Stopped.  Closed the

10:35:25  3    blind shears and pressured up through the kill line to do

10:35:29  4    effectively what you've shown in these pictures.

10:35:31  5    Q.  Right.  4,800 feet would be just above the BOP?

10:35:35  6    A.  Correct.  The BOPs were at around 5,000 feet.

10:35:38  7    Q.  And so do you recall that there were actually two tests here,

10:35:41  8    one where they pressured up to 250 psi and held for five minutes

10:35:45  9    and then they did a second one at 2680 psi and held for 30 minutes?

10:35:51 10    A.  Correct.  It's what we call a low-high test.

10:35:54 11    Q.  And this tests, in a positive way, the integrity of the casing

10:36:01 12    all the way down to the float collar?

10:36:02 13    A.  It does, down to that -- again, if everything is testing

10:36:08 14    positive, you know that something is trapping the pressure.  If you

10:36:13 15    don't have any other indication, you assume it's the top wiper plug

10:36:16 16    or the wiper plug assembly.

10:36:18 17    Q.  And your review of the file indicated that these were good

10:36:21 18    tests; that is, that it was demonstrated that the casing had

10:36:26 19    integrity as a result of these tests?

10:36:28 20    A.  It did.

10:36:28 21    Q.  And again, you agree that these tests were set up and conducted

10:36:35 22    in a manner that was within the industry standard?

10:36:38 23    A.  I do.

10:36:38 24    Q.  Met the standard of care for a positive test?

10:36:42 25    A.  The tests looked to be conducted perfectly fine to me.

─── OFFICIAL TRANSCRIPT ───

4989

10:36:46  1   Q.  Now, at this point in time, the drill string is not below the

10:36:51  2   BOP, correct?

10:36:52  3   A.  It is not.

10:36:52  4   Q.  Now, I want to switch subjects slightly here to some of your

10:36:59  5   testimony from last week -- I'm sorry, Monday.

10:37:04  6   A.  Does it seem that long ago?

10:37:07  7   Q.  Seemed like last week.  One of the things that you talked about

10:37:10  8   in your examination was communication between the drill shack and

10:37:17  9   the bridge during the time of emergency.  Do you remember that?

10:37:20 10   A.  I do.

10:37:20 11   Q.  And you indicated that it would be important for the bridge to

10:37:24 12   communicate with the drill shack during that period of time,

10:37:28 13   correct?

10:37:29 14   A.  It would be.

10:37:29 15   Q.  Now, I want to ask you just a few questions about that.  One of

10:37:34 16   the reasons for your opinion was that there could be problems

10:37:39 17   disconnecting the BOP stack if the well was not spaced out

10:37:43 18   appropriately, right?

10:37:44 19   A.  Correct.

10:37:45 20   Q.  Now, just for the Court's benefit, a drill pipe is not a single

10:37:52 21   piece of pipe that goes all the way down to the bottom, is it?

10:37:55 22   A.  It is not.  They were using what we call a Range 3 pipe here,

10:37:59 23   which would be about 45-foot lengths, which would be screwed

10:38:03 24   together with connections, what we call the upset connection

10:38:07 25   portion.  You would have the tube of the pipe and then you would

OFFICIAL TRANSCRIPT

10:38:11  1    have an upset connection portion, pin looking down, box looking up

10:38:15  2    that would screw together and torque up.  That connection is about

10:38:20  3    two feet in length total for both sides, the pin end on one joint,

10:38:25  4    the box end on another.  So you would have about every 43 feet or

10:38:30  5    so, you would go from, say -- in this case, they had five and a

10:38:35  6    half inch in the BOP -- so you would go from a 5 1/2-inch tube to

10:38:40  7    about a 6 5/8-inch tool joint.

10:38:43  8    Q.  Would it be a fair summary to say you have multiple pieces or

10:38:49  9    stands of pipe that would be connected together to form what's

10:38:51  10   known as the drill string?

10:38:53  11   A.  You would have multiple joints of pipe, correct.

10:38:55  12   Q.  And tool joints are a part of the drill string that connect the

10:38:59  13   two pieces of pipe together?

10:39:01  14   A.  They are.

10:39:01  15   Q.  And tool joints are thicker, heavier and have larger diameter

10:39:08  16   than the drill pipe --

10:39:09  17   A.  Yes.

10:39:09  18   Q.  -- correct?

10:39:10  19   A.  That's correct.

10:39:10  20   Q.  Just briefly, if we could pull up D-6608.  And I think this is

10:39:19  21   what you were describing for the judge a minute ago, which is a

10:39:23  22   tool joint -- not on this -- not on this drill string, but that

10:39:28  23   basically is the tool joint, correct?

10:39:31  24   A.  Right.  That's the tool joint.  That's what we call -- this

10:39:41  25   would be the upset area -- that would be the upset area, that's the

10:39:51  1  tool joint, that's the tube right there (INDICATING).

10:39:55  2  Q.  And then as the pipe goes in, you come down and you place a

10:40:00  3  piece of string on top of the tool joint right there, and that

10:40:03  4  would allow you to send the next section down?

10:40:05  5  A.  Right.  We basically have a female box looking up and we run

10:40:09  6  our strings what we call pin down.

10:40:12  7      THE COURT:  This is the same way this has done for years,

10:40:16  8  nothing new about this?

10:40:18  9      THE WITNESS:  Nothing new about this.

10:40:19 10      MR. BROCK:  I am coming to a point on that.

10:40:22 11      THE COURT:  I've had a little bit of experience with

10:40:24 12  this.

10:40:25 13      MR. BROCK:  All right.

10:40:26 14      THE COURT:  I am not doing it, but as a lawyer and as a

10:40:29 15  judge, you know.

10:40:30 16      MR. BROCK:  Well, there are a lot of people in this area

10:40:32 17  that have done it.  I wouldn't have been surprised if you had.

10:40:37 18  BY MR. BROCK:

10:40:38 19  Q.  So let me just see now quickly D-4327A.1.  And do you see this

10:40:53 20  is a depiction of the BOP, and we've actually got one tool joint

10:40:58 21  actually in the BOP there that you can see right there at the top

10:41:03 22  where the upper annular preventer is?

10:41:05 23  A.  I do.

10:41:06 24  Q.  And I am just using this for illustration purposes right now,

10:41:09 25  okay?

OFFICIAL TRANSCRIPT

4992

10:41:09  1    A.   Okay.  Yes, right there (INDICATING).

10:41:11  2    Q.   So here we show the middle variable bore rams, the upper

10:41:18  3    variable bore rams, the blind shear ram and the preventers, and

10:41:22  4    we've also got the casing shear ram, do you see that?

10:41:25  5    A.   I do.

10:41:25  6    Q.   Now, when you're in regular operations in terms of drilling

10:41:38  7    activity, this drill string will be moving at times up and down,

10:41:46  8    depending on what operation you're conducting, correct?

10:41:48  9    A.   Correct.

10:41:49  10   Q.   And the drill crew needs to know at all times if there is a

10:41:58  11   tool joint across the BOP stack, right?

10:42:01  12   A.   Yes, they would have -- should have an idea of what their space

10:42:06  13   out would be if they needed to go to that.

10:42:09  14   Q.   Because the tool joint could affect the ability of the rams or

10:42:13  15   the annular preventers to function properly?

10:42:16  16   A.   It could, particularly -- well, the VBRs, by their name,

10:42:21  17   variable bore ram, have the ability to cover a certain range of

10:42:26  18   pipe sizes.  Typically that would not include or possibly could not

10:42:32  19   include the tool joint sizes.

10:42:35  20   Q.   So it's important for the driller to know where the tool joints

10:42:43  21   are located, and it's important that he not place the tool joints

10:42:50  22   across one of these important functions of the BOP like the blind

10:42:55  23   shear ram, the variable bore rams or even the preventers?

10:42:58  24   A.   You would want to have a tube across from your sealing

10:43:03  25   elements, if at all possible.  You may have a little -- well, you

4993

10:43:09  1    would have capability with your annular, but you would still -- the

10:43:13  2    preference would be to have a tool -- a tube there or, if you were

10:43:17  3    going to have a tool joint, to have the tool joint completely in

10:43:21  4    the annular so you have a consistent diameter that you're sealing

10:43:24  5    on.

10:43:25  6    Q.  Now, you're aware, are you not, that in order to conduct the

10:43:30  7    displacement and the negative test for the temporary abandonment

10:43:34  8    that the drill string was run to a total depth of 8367 feet,

10:43:39  9    correct?

10:43:39 10    A.  Correct.

10:43:40 11    Q.  And in connection with your work here, you reviewed the IADC

10:43:46 12    daily drilling reports for the Macondo well, correct?

10:43:49 13    A.  I did.

10:43:49 14    Q.  I want to call out for you quickly 41022.1.1.  Do you see that

10:43:56 15    this is the daily drilling report for April the 20th, 2010?

10:44:01 16    A.  I do.

10:44:02 17    Q.  Now I'm going to direct your attention to TREX 41022.2.1.  And

10:44:08 18    do you see that this is -- I have highlighted here an entry from

10:44:14 19    12:30 to 1:30 that reads, "Continue to run in hole with 3 1/2-inch

10:44:20 20    tubing from 4817," and I think that's the number you referenced

10:44:23 21    earlier, "to 8367."  Do you see that?

10:44:26 22    A.  I do.

10:44:26 23    Q.  Now, when the drill crew ran the string to 8367, you would

10:44:37 24    expect that the drill crew would position the string so that there

10:44:41 25    were no tool joints across the BOP stack?

OFFICIAL TRANSCRIPT

10:44:44  1    A.  Yes.  Part of my expectation would be that there's nothing

10:44:48  2    magical, per se, about that depth, so I would have assumed that

10:44:52  3    plus or minus depth was selected somewhat with the space-out in

10:44:57  4    mind.

10:44:57  5    Q.  So in other words, are you saying there's nothing magic in the

10:45:03  6    8367?

10:45:03  7    A.  Right.  It's not like I'm going to the bottom with the well --

10:45:09  8    with the running string or the displacement string, and, you know,

10:45:12  9    I want to set my plug at a certain point.  I want to be able to

10:45:16  10   circulate up.  But typically, you know, if I have to go five feet,

10:45:21  11   ten feet one way or the other, it's not that critical.  So if I can

10:45:26  12   peg it on a depth with a space-out in mind, that is usually not

10:45:31  13   that critical.

10:45:31  14   Q.  The standard of care or the standard of practice for a driller

10:45:35  15   would be to set the casing -- excuse me, to set the drill string in

10:45:39  16   such a way that it would not be across -- that it would not have a

10:45:43  17   tool joint across the BOP stack?

10:45:45  18   A.  If he can.  I mean, there are certain operations and certain

10:45:48  19   times the tool joints are going to fall wherever the tool joints

10:45:53  20   fall.  That's just part of the operation.

10:45:54  21   Q.  For the conduct of the negative test, isn't it correct that the

10:45:58  22   driller would know that he is putting the drill string down to a

10:46:01  23   certain place and he is not going to be moving it until he begins

10:46:05  24   to conduct the cement job for the cement plug?

10:46:11  25   A.  Correct -- well -- correct.  The expectation would be he would

10:46:15   1    not move it during the negative test.

10:46:17   2    Q.  All right.  So the driller would know that wherever he put the

10:46:27   3    drill string, it was going to be there for awhile?

10:46:30   4    A.  For however long he conducted his negative test.

10:46:34   5    Q.  Right.  Now let's look at D-4354.  And we've spent a fair

10:46:42   6    amount of time talking about the negative test.  I don't want to go

10:46:45   7    through that in detail here.  But if you look at the illustration

10:46:51   8    on the far left, you see where we're depicting here that the drill

10:46:57   9    string has now been run down to a point below the BOP.  This is the

10:47:06  10    8367 point that we're illustrating here.

10:47:09  11    A.  You are, correct.

10:47:10  12    Q.  Now, there were not any operations that you're aware of that

10:47:20  13    required the raising or the lowering of the drill string after

10:47:24  14    1:30 P.M. on April 20th, were there?

10:47:28  15    A.  You know, I would have to go look at the specific time, but if

10:47:38  16    that's when they got it in place, if that was the exact time they

10:47:41  17    got it in place to start their displacement and to do the negative

10:47:47  18    test, then, no, I am not aware of anything after that.

10:47:49  19    Q.  Then after the negative test was conducted, they began the

10:47:53  20    process of displacing the well again, correct?

10:47:55  21    A.  Right.  They displaced initially, then they performed the

10:47:59  22    negative test, then they continued the displacement.

10:48:02  23    Q.  Right.  And you don't know of any indication that the drill

10:48:04  24    string was moved during that period of time up or down, do you?

10:48:07  25    A.  Do not.

4996

10:48:09   1    Q.  Now, isn't it correct that the marine crew would be generally

10:48:16   2    expected to understand what operations were occurring in terms of

10:48:23   3    the scheduled events for the day?

10:48:25   4    A.  I think they would generally be aware of, yes, the overall or

10:48:31   5    the scope or type of operations that were going on.  I don't know

10:48:35   6    that I would necessarily expect them to know the details, but they

10:48:39   7    would understand basically what the overall operations were, yes.

10:48:43   8    Q.  Are you aware of the fact that Transocean actually has a policy

10:48:49   9    that requires or says that the Transocean driller is responsible

10:48:53  10    for ensuring that the drill pipe tool joint is positioned -- is not

10:48:59  11    positioned in the BOP in such a way as to be across any of the rams

10:49:06  12    or annulars?

10:49:07  13    A.  I would think -- I would certainly -- well, yes, I am familiar

10:49:12  14    they have a policy.  Now, my understanding of the policy is they're

10:49:15  15    talking about space-out at the point in time when you're ready to

10:49:18  16    activate the BOPs.  Like I said, if I'm drilling, the tool joints

10:49:22  17    are going to be wherever the tool joints are; I have no control

10:49:25  18    over that.

10:49:26  19    Q.  But if you're upcoming to an operation like the conduct of a

10:49:31  20    negative test and displacement, wouldn't you expect that the

10:49:34  21    driller would have in mind the location of the tool joint when they

10:49:41  22    ran the drill string into the well?

10:49:43  23    A.  That would be part of my expectation.  Now, I would expect that

10:49:48  24    8367 would incorporate that.  If the company man just was insistent

10:49:53  25    on that depth without it being spaced out, then the driller would

OFFICIAL TRANSCRIPT

10:49:57  1   have to space out if a situation developed, again, if there was

10:50:00  2   nothing magical about that depth.

10:50:02  3        Typically the conversation I think that we would have would

10:50:05  4   be, you know, this is where -- this is the depth I want to go to

10:50:08  5   set my plug.  You know, the driller would come back and say, great,

10:50:14  6   can I adjust it, blah, blah, blah to accomplish my space-out.  And

10:50:21  7   as company man, I would either say yay or nay, I either need it

10:50:25  8   right there or I don't.

10:50:26  9   Q.  As you sit here today, you don't know of any evidence that

10:50:30 10   would indicate that the driller did anything other than try to

10:50:33 11   achieve the standard of care, standard of practice that would call

10:50:37 12   for the tool joint not to be placed across a ram or an annular in

10:50:41 13   the BOP?

10:50:41 14   A.  I think that was my -- has been my testimony all along.  My

10:50:45 15   expectation is -- I am not aware of a conversation, but my

10:50:48 16   expectation is the space-out would have been incorporated within

10:50:51 17   that number.

10:50:54 18   Q.  Now, is it reasonable for the marine crew to rely on the

10:50:59 19   Transocean policy that would say that a tool joint should not be

10:51:03 20   across an annular or a ram in the BOP?

10:51:07 21   A.  Well, again, Mr. Brock, I think my appreciation of the

10:51:15 22   requirement or what you're talking about is not as restrictive as I

10:51:22 23   sense you're trying -- as you're trying to make it.

10:51:27 24        I think there are times that certainly the driller needs to

10:51:31 25   make sure that he does not have a tool joint across a BOP element.

4998

10:51:39  1   But again, there are certain times in the operations where that may

10:51:43  2   happen.  If he can accomplish the space-out number ahead of time, I

10:51:48  3   think he should do that.  What the marine crews' expectation would

10:51:52  4   be on that, again, I think the marine crew would be entitled to

10:51:58  5   have the expectation that the drill crew was working appropriately,

10:52:03  6   whatever that called for.

10:52:04  7   Q.  And if working appropriately means following the policy of not

10:52:09  8   putting a tool joint across the BOP stack, the marine crew should

10:52:13  9   have the expectation that the driller did his job in that respect?

10:52:17  10  A.  I would expect both sides to have the expectation that the

10:52:21  11  personnel on both sides were going to do their job.

10:52:24  12  Q.  All right.  Thank you.  New topic.

10:52:27  13  A.  Okay.

10:52:28  14  Q.  I want to go back and talk about a couple of things related to

10:52:34  15  the well monitoring issue from 2108 to 2114 that we were not able

10:52:38  16  to cover last week, okay?

10:52:39  17  A.  Okay.

10:52:40  18  Q.  Just giving you the topic.  One of the things that you state in

10:52:43  19  your report is that it is not known why the personnel monitoring

10:52:47  20  the well during the displacement did not recognize the developing

10:52:51  21  well control situation at least by the end of the sheen test.  Do

10:52:56  22  you remember that?

10:52:56  23  A.  I do.

10:52:58  24  Q.  Now, if we look at 50000.7.5.  You note in your report, "A

10:53:06  25  pressure buildup with the pumps off for the sheen test is clearly

10:53:10   1   indicated on the Sperry-Sun chart.  This anomaly should have

10:53:15   2   triggered action by the drill crew and the Sperry-Sun mudlogger to

10:53:18   3   check out the anomaly."  Do you see that?

10:53:20   4   A.  I do.  If they saw that information on the rig at the time,

10:53:24   5   then they should have checked it out, yes.

10:53:26   6   Q.  Now, if we could look at D-4320.  And I think you were probably

10:53:33   7   here in opening statements and for some of the other witness

10:53:36   8   testimony.  But if I could just ask you a couple of quick questions

10:53:39   9   about this.  First of all, you understand that this presentation is

10:53:47  10   one that is set up for teaching, correct?

10:53:48  11   A.  I do.

10:53:49  12   Q.  And it's appropriate for teaching, is it not?

10:53:51  13   A.  Yeah, I think you're trying to get a point across here, and you

10:53:56  14   can, I think, certainly see the point you're trying to get across.

10:54:00  15   Q.  Okay.  Good.  What we're talking about here is what happens

10:54:06  16   with the pumps off and the pressure increasing by over 250 psi.

10:54:11  17   Correct?

10:54:11  18   A.  Correct.

10:54:12  19   Q.  And you agree that a 20 percent increase in drill pipe pressure

10:54:18  20   with the pumps off should have been detectable?

10:54:21  21   A.  Yes, it should have been detectable.

10:54:24  22   Q.  Now, I want to ask you a few questions now about Joseph Keith,

10:54:31  23   okay.  You're aware that he was the mudlogger on duty on

10:54:35  24   April 20th, 2010?

10:54:37  25   A.  I am.

5000

| | |
|---|---|
| 10:54:37 1 | Q.  You reviewed his deposition in the case? |
| 10:54:41 2 | A.  I did. |
| 10:54:41 3 | Q.  You either observed or -- I'm sorry, are you okay? |
| 10:54:47 4 | A.  Oh, yeah, I'm fine. |
| 10:54:48 5 | Q.  You either observed or listened to his trial testimony? |
| 10:54:53 6 | A.  I did. |
| 10:54:54 7 | Q.  And at trial, do you recall that he testified that he saw this |
| 10:55:01 8 | anomaly, but that he did not report it to the driller? |
| 10:55:04 9 | A.  Something generally to that effect, yes. |
| 10:55:08 10 | Q.  And did he agree that it's the mudlogger's responsibility to |
| 10:55:13 11 | monitor and report anomalies -- I'll end it with that. |
| 10:55:23 12 | A.  Yes. |
| 10:55:26 13 | Q.  And you noted in your direct exam, I think, that you observed |
| 10:55:31 14 | Mr. Keith testify -- or you read his deposition and you understood |
| 10:55:35 15 | from his deposition that his testimony was that he did not see the |
| 10:55:41 16 | anomalies, correct? |
| 10:55:42 17 | A.  That was my appreciation at the time that I wrote my report.  I |
| 10:55:46 18 | think I commented in my report that it was -- that there were |
| 10:55:49 19 | certain things that were unobserved, and that was partly based on |
| 10:55:53 20 | that testimony. |
| 10:55:53 21 | Q.  Now, there's also an issue about when Mr. Keith was on break |
| 10:55:59 22 | that is somewhat in dispute, isn't there? |
| 10:56:01 23 | A.  I think the overall range is not necessarily in dispute.  I |
| 10:56:07 24 | think maybe the time that he spent may be in dispute. |
| 10:56:10 25 | Q.  Right.  So you remember that when he was interviewed by BP |

5001

10:56:14  1   after the accident, he shared with the BP engineers who interviewed

10:56:19  2   him that he didn't take a break, correct?

10:56:21  3   A.  Yes, I remember that.

10:56:22  4   Q.  And then in his deposition, he said that he took a break that

10:56:26  5   was on the order of about eight to ten minutes, correct?

10:56:29  6   A.  I don't remember the exact time frame, but it was fairly short.

10:56:33  7   Q.  And then at trial, I think he testified that break might have

10:56:37  8   been as long as 30 minutes?

10:56:41  9          MR. HARTLEY:  Object, your Honor, that mischaracterizes

10:56:43 10   the testimony.

10:56:44 11          MR. BROCK:  I don't think it does.

10:56:45 12          THE COURT:  I think it's fair, if the witness can confirm

10:56:48 13   or not confirm what he recalls of the testimony.  If you don't

10:56:52 14   recall, that's fine.

10:56:53 15          THE WITNESS:  I don't recall it being that long.

10:56:55 16   BY MR. BROCK:

10:56:56 17   Q.  Okay.  Fair enough.  The record will show what it shows.  Let's

10:56:59 18   look, though, if we could, at TREX 50000.43.3.  And do you see here

10:57:10 19   that you say in your report, "Even if it is assumed that the

10:57:17 20   Sperry-Sun mudlogger was on break when the increase occurred," and

10:57:22 21   this is talking about that 2108 period?

10:57:24 22   A.  Correct.

10:57:25 23   Q.  "He should have observed the pressure anomaly when he checked

10:57:29 24   the data upon his return; but did not."

10:57:34 25   A.  Yes.

5002

10:57:34  1    Q.  Is that your opinion?

10:57:36  2    A.  It is.

10:57:37  3    Q.  And then if we could look quickly at 50000.47.3.  I've asked

10:57:53  4    you about the first sentence, so I am not going to do that again.

10:57:57  5    The second sentence, though, related to that time frame is, "The

10:58:02  6    displacement should not have resumed until the anomaly was

10:58:06  7    diagnosed and the appropriate action taken."  Correct?

10:58:09  8    A.  Correct.

10:58:10  9    Q.  And if we look at 50000.48.2, we know that the well should have

10:58:29 10    been shut in after the sheen test.  Correct?

10:58:32 11    A.  Yes.  Given everything that transpired, yes.

10:58:38 12            MR. BROCK:  Do you have some water there?

10:58:40 13            THE WITNESS:  I'm fine.  I have a sinus drip.  Whether I

10:58:43 14    drink or don't drink, I am going to be hacking at you occasionally.

10:58:47 15    BY MR. BROCK:

10:58:48 16    Q.  I understand.  Part of living in the south.

10:58:49 17    A.  I apologize for that.

10:58:50 18    Q.  No problem.  All right.  Thank you.  That's all on that.

10:58:58 19    A.  Okay.

10:58:58 20    Q.  A few questions now about the diverter, okay?

10:59:02 21    A.  Okay.

10:59:02 22    Q.  The purpose of the diverter system on the *Deepwater Horizon* is

10:59:06 23    to divert the gas away from the rig and the rig floor if

10:59:10 24    hydrocarbons get into the riser?

10:59:12 25    A.  It is.

5003

10:59:12  1   Q.  And this has been established, but the policies of Transocean,

10:59:18  2   specifically the well control handbook Section 9.2, states:

10:59:23  3   "Anytime there is a rapid expansion of gas in the riser, the

10:59:26  4   diverter must be closed, if not already, the flow diverted

10:59:31  5   overboard"?

10:59:32  6   A.  That's my understanding, yes.

10:59:33  7   Q.  Let's look at TREX 48101.1.1.  Now, do you see that this is a

10:59:50  8   photograph of the BOP panel?

10:59:55  9   A.  That's what it appears to be, yes.

10:59:57 10   Q.  And is it possible to call out the buttons across the top?  I

11:00:07 11   believe they are -- like I have it here.

11:00:09 12   A.  If you can highlight them for me, please.

11:00:12 13   Q.  Here we go.  Can you read those on your screen?  There we go.

11:00:17 14   A.  This is the -- it's hard to make out, but I think basically

11:00:24 15   what it says is overboard selector.

11:00:26 16   Q.  Right.

11:00:27 17   A.  And you got port, boat or starboard, and then diverter,

11:00:34 18   overboard/mud-gas separator.

11:00:39 19   Q.  Right.  So let me ask you about your understanding of this

11:00:42 20   system, if I could.  If you would put that one back up.  That was

11:00:45 21   good.  Is that a little easier to read, I hope?

11:00:48 22   A.  It is, yes.

11:00:49 23   Q.  Now, within this panel, this BOP panel, is it correct that in

11:01:00 24   order to operate the diverter system that someone has to actually

11:01:05 25   go physically to the panel, get the doors open, and undertake a

11:01:11  1   physical act?

11:01:12  2   A.  Yes, that's my understanding.  I was not on the *Horizon*

11:01:17  3   pre-event, but that's my understanding of the way the panel was set

11:01:21  4   up, yes.

11:01:21  5   Q.  Now, if you look at the buttons on the panel, if you could go

11:01:29  6   across to the diverter, I think it says "diverter packer" there.

11:01:35  7   A.  I see it.

11:01:37  8   Q.  Now, is it your understanding that what would need to occur

11:01:43  9   first when the driller or his designee went to the panel is the

11:01:49  10  first thing he would have to do would be to close the system?

11:01:54  11  A.  Typically, what I've always seen over the years and what we've

11:01:59  12  always taught over the years is you always want to have a flow path

11:02:03  13  before you shut in.  So you would open first, then close.

11:02:07  14  Q.  Okay.  So if you went to the diverter panel, you would open to

11:02:14  15  make sure you were open and then you would -- then you would close,

11:02:20  16  correct?

11:02:21  17  A.  Correct.

11:02:21  18  Q.  And then from there, does the driller or his designee need to

11:02:27  19  select from the choices that are there to the left?

11:02:31  20  A.  If he -- again, depending on which way you wanted to route the

11:02:36  21  fluid, after he made the selection, as an example, if you were

11:02:40  22  diverted through both lines overboard and you had a certain wind

11:02:44  23  direction and you wanted to close off, say, the port side, then you

11:02:48  24  can make that designation.

11:02:49  25  Q.  You're just a little ahead of me.

5005

11:02:51  1   A.  Oh, I'm sorry.

11:02:52  2   Q.  That's okay.  That's fine.  And we can work with that, too.  So

11:02:55  3   after pushing open, then pushing closed, he would choose from

11:03:02  4   amongst the two buttons that are there in the middle of the panel,

11:03:07  5   either to go vertical, mud-gas separate or to divert overboard?

11:03:12  6   A.  Depending on how this particular system is set up.  If it's an

11:03:15  7   automated system, you may be able to preselect that.  And then when

11:03:19  8   you hit, you know, basically your diverter selection, you know, it

11:03:24  9   may do things or you may have to manually do them.

11:03:29 10   Q.  The option existed for the driller or his designee after

11:03:33 11   closing the system to push the overboard button and send the gas

11:03:39 12   out the 14-inch pipe either port or starboard or both?

11:03:43 13   A.  He would have had the ability to divert overboard if he so

11:03:47 14   desired.

11:03:47 15   Q.  And you've noted here that there are three buttons to the left

11:03:53 16   that, the port, the boat and the starboard, and then that would be

11:03:56 17   the last selection that the driller or his designee would make in

11:04:01 18   the sequence, if he chose to divert overboard, correct?

11:04:04 19   A.  He could select the route.  Typically, to me, you would want to

11:04:10 20   make sure that, again, you had flow going out before you closed the

11:04:17 21   closed the system.  Then, once you closed the system -- when I say

11:04:21 22   "close the system," close the bag, then you can make the selection,

11:04:25 23   if necessary, which way you want to route the fluid.

11:04:27 24   Q.  Good.  If the driller or his designee chooses vertical mud/gas

11:04:36 25   separator, that's the end of this particular sequence.  He doesn't

5006

```
11:04:41  1   choose to do that point port, both, or starboard, it just goes to
11:04:45  2   the vertical mud/gas separator?
11:04:47  3   A.  If he was putting the fluid through the mud/gas separator, that
11:04:51  4   would be the route that it would go, yes.
11:04:52  5   Q.  And if he was going overboard it would be -- there would be one
11:04:57  6   more selection for him to make?
11:04:58  7   A.  Possibly.  I mean, if you had no wind or there was no
11:05:02  8   restriction, maybe not.
11:05:04  9   Q.  He could go both?
11:05:06 10   A.  He could go both.
11:05:07 11   Q.  But that's still pushing one more button, making one more
11:05:15 12   choice?
11:05:15 13   A.  But again, you and I are kind of on a backwards sequence.  My
11:05:15 14   sequence is, you open your lines first and then you close your bag,
11:05:18 15   okay, then you can decide whether I want to go A, or B, or C.
11:05:23 16   Q.  Okay.  Fair enough.
11:05:25 17   A.  But you're already at C basically.
11:05:27 18   Q.  I come at this in a round about way, and I apologize.  The
11:05:32 19   point here is that the driller or his designee has the ability to
11:05:36 20   choose between the vertical mud/gas separator and dumping
11:05:40 21   overboard, and there are options within the system that allow him
11:05:44 22   to do that?
11:05:45 23   A.  That's my understanding.  Again, you're kind of in an area that
11:05:48 24   I did not focus on.  Mr. Childs dealt more with the BOPs than I
11:05:53 25   did; but, you know, that's my understanding.
```

OFFICIAL TRANSCRIPT

5007

11:05:56  1    Q.  All right.  Let's look at 50000.8.1.  This is from your report.

11:06:06  2    Your opinion in your report was that:  "The well was initially

11:06:09  3    diverted, with flow going through the mud/gas separator."  Correct?

11:06:13  4    A.  Correct, that was my understanding.

11:06:14  5    Q.  And then if we look at 50000.8.2, your opinion was that:  Given

11:06:20  6    the magnitude of the situation the mud/gas separator was rapidly

11:06:25  7    overcome followed quickly by a serious of explosions.

11:06:29  8    A.  From the information that I reviewed, yes, that was the

11:06:33  9    impression.

11:06:33 10    Q.  That was the opinion you put in your report?

11:06:35 11    A.  That's what I put in my report, correct.

11:06:38 12    Q.  Now, you agree that the drill crew recognized an anomaly as

11:06:46 13    early as 21:26?

11:06:51 14    A.  Somewhere around that timeframe was when we saw a change in the

11:06:56 15    kill line, pressure response, and then we know, you know, shortly

11:07:01 16    thereafter they started shutting everything down.

11:07:03 17    Q.  We won't go back through that.  We've covered that.

11:07:07 18    A.  Okay.

11:07:08 19    Q.  Is it your understanding that the first explosion did not take

11:07:12 20    place until around 21:50?

11:07:15 21    A.  I don't know exactly when the first explosion took place,

11:07:19 22    mainly, for a couple of reasons.  We know when the data

11:07:22 23    transmission stopped.

11:07:23 24    Q.  Right.

11:07:24 25    A.  So we have a peg on that.  There's been actually different

11:07:28  1    descriptions of types of explosions, locations of explosions,

11:07:33  2    magnitude of explosions that occurred.  The sense I got from all of

11:07:38  3    the data was there were, at least as far as the main explosions, or

11:07:43  4    initial explosions, I guess is the way to describe it, would be

11:07:47  5    that there were two, maybe three that occurred within a relatively

11:07:50  6    short timeframe of each other.

11:07:51  7    Q.  Let's look quickly at D-4337, please.  And do you see here that

11:08:04  8    on this chart some of us have been working from in this case that

11:08:07  9    we describe the first explosion and the second explosion being in

11:08:12 10    the range of about 21:49?

11:08:16 11    A.  I'm sorry.  Are you asking me something on this?

11:08:19 12    Q.  I am.  And I apologize for this, Mr. Barnhill.  Just below the

11:08:24 13    red line.

11:08:24 14    A.  I see it.

11:08:25 15    Q.  Okay.  Now, if we go to -- if you'll just hold that thought

11:08:29 16    right there.  If we go to TREX 50000.45.3.  And this is actually

11:08:39 17    from your report, page 37.  "The Sperry-Sun data transmission to

11:08:45 18    shore was lost at 21:49 based on the Sperry-Sun realtime data

11:08:51 19    chart."  And that's what you just told us a few minutes ago?

11:08:53 20    A.  Correct.

11:08:54 21    Q.  And is that the information that you used to form your opinion

11:09:00 22    about when the first explosion occurred?

11:09:02 23    A.  Well, if you notice in the next sentence I make the statement,

11:09:07 24    "Post incident investigations have concluded the explosions were

11:09:11 25    occurring around this time and were responsible for the loss of

```
11:09:14   1    signal."  So.
11:09:15   2    Q.  I'll just do it this way and see if this is fair.
11:09:19   3    A.  Okay.
11:09:20   4    Q.  Between 21:26 when significant anomalies were noticed by the
11:09:25   5    drill crew until the first explosion, there was no effort to
11:09:31   6    activate the blind shear rams, correct?
11:09:34   7    A.  To my knowledge, there probably was not.  You know, I mean, we
11:09:48   8    know they closed -- or the belief is, based on information and the
11:09:53   9    inspection of the BOPs, that the variable bore rams were closed
11:09:58  10    somewhere between 21:46 plus because we see the time, we see the
11:10:06  11    pressure ramp at around 21:47.  You know, whether the crew did
11:10:11  12    anything after that or not, I think, basically, the conclusions
11:10:19  13    that have been reached is probably not.  But, you know, I wasn't
11:10:24  14    there.  I don't know.
11:10:24  15    Q.  Would your opinion be more likely than not that no one
11:10:29  16    attempted to activate the blind shear rams before the explosion
11:10:32  17    occurred?
11:10:33  18    A.  You know, what the drill crew was trying to do in those final
11:10:43  19    minutes, I really don't know.  I just don't know.
11:10:47  20    Q.  You are able to say that from the perspective of what was
11:10:49  21    occurring on the bridge that there was no effort to activate the
11:10:52  22    blind shear rams before the explosions?
11:10:54  23    A.  Yeah, I am not sure I understand that question completely.  Are
11:11:02  24    you asking me if somebody on the bridge was focussing to see if
11:11:05  25    that was done?
```

OFFICIAL TRANSCRIPT

5010

11:11:06  1    Q.  I am asking you if there's any evidence that anyone on the

11:11:11  2    bridge attempted to activate the blind shear rams prior to the

11:11:17  3    first explosion?

11:11:17  4    A.  I understand.  I'm sorry, I misunderstood your question.

11:11:21  5    Q.  That's okay.

11:11:22  6    A.  Not that I am aware of.

11:11:24  7    Q.  Now, you testified on Monday about hearing Mr. Ezell's

11:11:34  8    testimony about observing the rig after he was able to leave.  Do

11:11:41  9    you remember that?

11:11:41 10    A.  I do.

11:11:42 11    Q.  And identifying that he thought there was a fire or something

11:11:48 12    occurring in the area where the overboard diverter was located,

11:11:55 13    correct?

11:11:55 14    A.  Correct.

11:11:55 15    Q.  I want to ask you just a couple of questions about that.

11:11:58 16            MR. BROCK:  If we could pull up TREX 1.119.1, please.

11:12:02 17    BY MR. BROCK:

11:12:05 18    Q.  And this is a page from the Bly Report.  The Bates number at

11:12:09 19    the bottom is BP-Bly, and the last three digits are 119.  Do you

11:12:16 20    see that?

11:12:16 21    A.  I do.

11:12:16 22    Q.  Now, do you see here that depicted in this picture is a

11:12:22 23    six-inch mud/gas separator relief line as well as the 14-inch

11:12:29 24    starboard diverter?

11:12:30 25    A.  Yes, I see that they're labeled in that manner, yes.

5011

11:12:35  1   Q.  What is the purpose of the mud/gas separator relief line?

11:12:39  2   A.  Again, if you have pressure build-up in the vessel -- basically

11:12:44  3   you have a flare stack that comes off the top of the vessel, but

11:12:48  4   then if you have excess pressure built up, you could have a relief

11:12:53  5   port that would also relieve pressure out of the vessel.

11:12:57  6   Q.  And does the mud/gas separator relief line operate when the

11:13:05  7   mud/gas separator is overwhelmed?  Is that what we're looking at

11:13:08  8   here?

11:13:08  9   A.  Basically.

11:13:09  10  Q.  Now, let me ask you to look at TREX 1.120.1.  This is another

11:13:18  11  photograph taken from the Bly Report at page BP-Bly 120 are the

11:13:25  12  last three digits.  Do you see that?

11:13:27  13  A.  I do.

11:13:27  14  Q.  Now, you see that the Bly Report is concluding that this is

11:13:33  15  believed to be -- this stream of fire that's coming out is believed

11:13:38  16  to be the six-inch mud/gas separator relief line.  Do you see that?

11:13:42  17  A.  I see that label, yes.

11:13:43  18  Q.  Do you have any reason to dispute that?  It's hard to tell what

11:13:50  19  it is.

11:13:50  20  A.  I've seen that picture.  I don't know how they're making that

11:13:54  21  prognostication.  I don't know.  This is certainly fire coming out

11:14:00  22  of a line.

11:14:01  23  Q.  From your perspective, your belief, or your opinion is that the

11:14:08  24  crew initially diverted to the mud/gas separator and you don't have

11:14:13  25  any information or evidence to indicate that they ever diverted

5012

11:14:17 1   using the big 14-inch diverter pipe, correct?

11:14:21 2   A.  Right.  I think the way I say it in my report is I don't know

11:14:25 3   whether they attempted to, they did, they thought about it, they

11:14:29 4   had time to do it, yeah, I just don't know.

11:14:31 5   Q.  So just to be clear, you do understand that they initially went

11:14:35 6   to the mud/gas separator?

11:14:36 7   A.  That is my understanding.

11:14:37 8   Q.  Now, new topic, the negative pressure test.  You agree that the

11:14:46 9   goal of the negative pressure test is to simulate the hydrostatic

11:14:50 10  conditions that the well would experience once the well was

11:14:53 11  temporarily abandoned, correct?

11:14:54 12  A.  Generally, yes.  The difference is like we talked about

11:14:58 13  yesterday, depends if you're doing your negative test shoe track

11:15:03 14  that's going to be slightly different because the way you're

11:15:05 15  actually going to leave is with the surface plug set.

11:15:09 16  Q.  But what you are testing is that you know that some day you're

11:15:14 17  going to come back, if it's a production well, and you're going to

11:15:18 18  drill through that 300-foot cement plug, correct?

11:15:23 19  A.  You're actually testing for a couple of things, but that's part

11:15:26 20  of it.

11:15:27 21  Q.  Right.  And we talked about this last -- Monday.  What you want

11:15:34 22  to have security about is that when you come down to complete --

11:15:38 23  when you go out to complete the well and you drill down through the

11:15:41 24  cement plug that you don't run into an immediate well control

11:15:45 25  situation, that's one of the things that you would be addressing?

5013

11:15:47 1   A.  That's one of the issues that you would like to have confidence

11:15:50 2   in.  There are other things also.  I mean, that you can do your

11:15:55 3   displacement safely, that you're going to be able to accomplish

11:16:00 4   your TA safely, that you're going to be able to leave the well and

11:16:04 5   not get a call in the middle of the night that your well is leaking

11:16:08 6   in the Gulf of Mexico, so there are a variety of things that you're

11:16:11 7   wanting to accomplish.

11:16:12 8   Q.  Let me see if I can give you a little better definition of the

11:16:17 9   negative test and see if you agree with this.  Let's look at

11:16:21 10  1.39.1.  This, again, is an excerpt from the Bly Report, BP-Bly 039

11:16:30 11  is the last three digits.

11:16:31 12        And in the Bly Report it's stated, "The objective of the

11:16:35 13  negative pressure test was to test the ability of the mechanical

11:16:39 14  barriers (shoe track, casing hanger, seal assembly and production

11:16:44 15  casing) to withstand the pressure differentials that would occur

11:16:48 16  during subsequent operations; the reduction of hydrostatic head to

11:16:53 17  sea water, and disconnection of the BOP and riser."

11:16:56 18  A.  Yes.

11:16:56 19  Q.  That would be a good statement about the objective of the

11:16:59 20  negative test?

11:17:00 21  A.  Of what they were doing here at that particular time, yes.

11:17:04 22  Q.  Now, let's look quickly at TREX 97.1.1.  And I am not going to

11:17:13 23  go back into this, I just wanted to show it to you briefly because

11:17:17 24  I have a few other questions about it.  This is the procedure that

11:17:20 25  we talked about on Monday, and you agreed that this procedure would

5014

11:17:24  1   be consistent with the standard of care for that period of time,

11:17:27  2   correct?

11:17:28  3   A.  Right.  Given what they were trying to accomplish, yes.

11:17:32  4   Q.  And this test does have the ability to meet the definition that

11:17:41  5   we just looked at; that is, it would test the integrity of the shoe

11:17:47  6   track cement?

11:17:47  7   A.  It would.

11:17:48  8   Q.  Now, you agree that the negative pressure test performed at

11:17:57  9   Macondo did provide accurate information about the integrity of the

11:18:02 10   well?

11:18:02 11   A.  My opinion it did.

11:18:04 12   Q.  The negative test as it was set up and conducted on April the

11:18:09 13   20th answered the question it was intended to answer?

11:18:13 14   A.  In my opinion it did, yes.

11:18:14 15   Q.  In fact, it answered the question repeatedly and consistently?

11:18:19 16   A.  It did.

11:18:19 17   Q.  And it provided information to the men on the crew that we've

11:18:25 18   talked about that would have signalled -- should have signalled to

11:18:29 19   them that the well lacked integrity?

11:18:31 20   A.  In my opinion, it did.

11:18:32 21   Q.  You agree that if the negative pressure test had been correctly

11:18:43 22   interpreted, you would have no criticism of the Temporary

11:18:47 23   Abandonment Procedure that was used at the Macondo well?

11:18:51 24   A.  I think if the negative test had been interpreted correctly,

11:18:57 25   you and I would not be having this conversation, so nobody would

11:19:01  1    care whether I thought it was appropriate or not.

11:19:03  2    Q.  Right.  But I need to ask you some questions as the expert for

11:19:07  3    Transocean --

11:19:08  4    A.  I understand.

11:19:08  5    Q.  -- so if you'll just stay with me.  I am not fussing with you

11:19:14  6    about the comment, I just need an answer to the question.

11:19:17  7    A.  I understand.  I understand.

11:19:18  8    Q.  You agree that if the negative pressure test had been

11:19:23  9    interpreted correctly, you would have no criticism of the Temporary

11:19:27 10    Abandonment Procedure that was used at the Macondo well?

11:19:30 11    A.  I would not have a criticism of the procedure itself.  To me,

11:19:35 12    the procedure as implemented, I think given the history of the well

11:19:42 13    and the procedure that was forthcoming, raised the level of risk

11:19:48 14    higher than you needed to raise it for a TA procedure.

11:19:51 15            But as far as the procedure, could it have been done

11:19:55 16    safely and properly assuming a good interpretation of the test,

11:20:00 17    yes, it probably could have.

11:20:02 18    Q.  Let me just show you one question and answer from your

11:20:07 19    deposition.

11:20:07 20    A.  Sure.

11:20:08 21            MR. BROCK:  If I can look at 671, lines 14 through 20.

11:20:08 22    BY MR. BROCK:

11:20:18 23    Q.  "If the negative test had been interpreted correctly," and you

11:20:21 24    nodded, "would you have any criticism of the Temporary Abandonment

11:20:28 25    Procedure that was used?"  Do you see that?

5016

11:20:30   1    A.  I do.

11:20:30   2    Q.  And your answer is "No," correct?

11:20:32   3    A.  Correct.

11:20:33   4    Q.  "Because I believe if it had been interpreted correctly, we

11:20:37   5    wouldn't be here."

11:20:38   6    A.  Correct.  That's, yes, what I just said I think.

11:20:43   7    Q.  Well, I might have heard it just a little different, but that's

11:20:47   8    fine.  Thank you.

11:20:48   9    A.  Okay.

11:20:49  10    Q.  Let's turn now to the phone call that took place that you've

11:20:56  11    talked about between Mr. Vidrine and Mr. Hafle, okay?

11:21:01  12    A.  Okay.

11:21:03  13    Q.  You say in your report that there was a phone call that took

11:21:11  14    place at some point in the evening between Mr. Vidrine and

11:21:14  15    Mr. Hafle, correct?

11:21:14  16    A.  Correct.  I've seen conflicting information whether there was

11:21:19  17    one call, or two calls, or on the timing, but I think the

11:21:23  18    information in the case there was a phone call.

11:21:25  19    Q.  Correct.  And the information that we have available to us now

11:21:30  20    is the result of BP's public non-privileged investigation into this

11:21:36  21    matter, correct?

11:21:37  22    A.  It is, part of.  Obviously, I think what a lot of people would

11:21:44  23    have liked to have done is talked to the company man.  That didn't

11:21:47  24    happen, so, yes, BP was forthcoming with their information and we

11:21:51  25    were -- we utilized that information.

11:21:53  1    Q.  Correct.  And we've talked about this a bit, but you do

11:22:02  2    acknowledge that the people that were conducting these interviews

11:22:05  3    were engineers and that they even report in the Bly Report, that at

11:22:10  4    times the evidence that's available -- that was available to the

11:22:12  5    investigation team was sometimes contradictory, sometimes it was

11:22:17  6    unclear, sometimes it was uncorroborated.  That's a fact?

11:22:20  7    A.  Yes.  I think that's right.  Although, again, for this type of

11:22:26  8    information gathering, I am not opposed to engineers and technical

11:22:30  9    people being involved.  Because I think they have an appreciation

11:22:33  10   of what's going on, so -- but this is what we had to work with.

11:22:39  11   This is the information we have.

11:22:40  12   Q.  You would say, in terms of the organization of that

11:22:43  13   investigation team, putting 50-plus engineers and technicians on

11:22:49  14   the team and allowing them to sort out what happened from an

11:22:53  15   engineering and operational standpoint is an appropriate way to

11:22:58  16   proceed?

11:22:59  17   A.  In my opinion, it is.

11:23:00  18   Q.  Now, I want to turn to the notes of Mr. Hafle that you used in

11:23:07  19   your direct exam, and I am going to go to Exhibit 296.1.1.  And

11:23:15  20   this is just a call-out from the top of the page showing who was

11:23:19  21   present at this interview that took place at BP's Westlake offices

11:23:25  22   at two o'clock.  Do you see that?

11:23:27  23   A.  I do.

11:23:27  24   Q.  Now, I just want to run through a few things about these notes,

11:23:33  25   please.  If we look at 296.6.2, do you see that in this note

5018

11:23:43  1  Mr. Hafle is referring to a call with Don Vidrine at 8:52.  Do you

11:23:51  2  see that?

11:23:51  3  A.  I do.

11:23:55  4  Q.  And that the purpose of the call was how to test the surface

11:23:59  5  plug and whether they should apply a pressure test or a weight

11:24:02  6  test.  Do you see that?

11:24:03  7  A.  I do.

11:24:04  8  Q.  And the surface plug is what was going to occur once the

11:24:11  9  displacement was complete, and what would occur is they would pump

11:24:17 10  cement down the drill string, as I understand it, they would slowly

11:24:21 11  pull the drill string up as the cement came in, and they would

11:24:24 12  create that surface plug that we've talked about?

11:24:27 13  A.  They were going to set a -- what we call a balance plug.

11:24:31 14  Q.  A balance plug?

11:24:32 15  A.  Correct.  Is what they were doing or were going to do.

11:24:35 16  Q.  Understanding we didn't get to that point unfortunately.

11:24:38 17  A.  Correct.

11:24:39 18  Q.  Now, this conversation, as recounted here, takes place roughly

11:24:46 19  about an hour after the crew and the BP well site leaders declared

11:24:53 20  the negative pressure test a success?

11:24:56 21  A.  Yes.

11:24:56 22  Q.  And let's go to the next note then, 296.6.3.  It's not a

11:25:09 23  different note, just a different call-out.

11:25:11 24  A.  Right.

11:25:11 25  Q.  And here do we see that Don, that's Don Vidrine, told Mark that

OFFICIAL TRANSCRIPT

```
11:25:18   1   he was fully satisfied that the rig crew had performed a successful
11:25:23   2   negative test.  That's one of the things that we have available to
11:25:27   3   us in terms of the facts from this note?
11:25:30   4   A.  Yes, I see that comment.
11:25:32   5   Q.  And if we look at 296.6.4, does Mark Hafle -- does the note
11:25:48   6   reflect that Mark Hafle said "he didn't have the full context for
11:25:52   7   what had transpired during the tests and it wasn't clear to him
11:25:56   8   whether Don was talking about the first or the second negative
11:26:00   9   test."  Do you see that?
11:26:01  10   A.  I do.
11:26:02  11   Q.  And then last, 296.6.5, do we see that -- this is the next
11:26:15  12   sentence after the one we just put on the screen, that Don Vidrine
11:26:21  13   told Mark he watched the kill line for 30 minutes and didn't see a
11:26:25  14   drip come out of it; so Mark Hafle assumed that Don had concluded
11:26:31  15   that it was not a problem.
11:26:33  16   A.  I see that, yes.
11:26:34  17   Q.  Three of the takeaways from this note are that the call took
11:26:48  18   place at 8:52, that Mark was impressed that Don Vidrine was
11:26:54  19   satisfied or comfortable with the test, and that Don Vidrine
11:27:00  20   conveyed that he thought it was a good test?
11:27:02  21   A.  I think that's three of the takeaways you could take out of
11:27:07  22   this.  I think there are other takeaways here.
11:27:09  23   Q.  Understood.  I just wanted to point out, for completeness, some
11:27:13  24   of the other things that weren't discussed on Monday, okay?
11:27:16  25   A.  Okay.
```

Q. Is that a fair summary?

A. You can certainly take those three things out of this. I think there are other pertinent things that need to come out of this, too, that there's a question here about this test. There's, you know, in the future procedure that you're significantly reducing the hydrostatic pressure in this well. The whole purpose of the test is to confirm the flow barriers, which, by BP policy, you are required to do to make sure that this well is secured. So when I read this exchange, what I see more than anything else is a question mark, and I think that question mark needed to be resolved.

Q. One of the things that is also clear from the notes, though, is, at least in terms of what we can glean from the notes that we get from the BP open and public investigation, is that subjectively Don thought things were okay and subjectively Mark thought things were okay?

A. You can certainly read it that way. Again, I think there's enough information here that, again, you can't read this in a vacuum. You have to assume that both of these men had knowledge of -- some of the knowledge of the history of the well and knowledge of what was fixing to transpire. And so, you know, but you can certainly pull those bullet points out as you've indicated.

Q. Thank you. You haven't seen anything in any of the evidence that would suggest that Mr. Hafle or Mr. Vidrine didn't want to have a successful operation and for this to turn out well?

5021

11:29:01  1    A.  Have not, have not.  I am not assigning any intent here.  I am

11:29:06  2    just telling you when I read this, given the information of the

11:29:10  3    context of the well, what they've been through with the well and

11:29:18  4    succeeded, and the discovery they made and the future operation of

11:29:26  5    going forward, to me, this is a question.  It raises a question.

11:29:31  6    Q.  As we talked about Monday, you weren't present for the

11:29:36  7    conversation, and what we're trying to do is to piece this together

11:29:39  8    from these few notes that we have?

11:29:41  9    A.  You're correct.

11:29:42  10   Q.  All right.  Thank you.

11:29:44  11   A.  Sure.

11:29:44  12   Q.  Now, turning to a different topic.  You were asked some

11:29:53  13   questions, I think by Mr. Sterbcow, about the amount of time that

11:29:58  14   it was taking to drill the well and the budget for the well.  Do

11:30:03  15   you remember that?

11:30:03  16   A.  I do.

11:30:04  17   Q.  I think you mentioned this just a minute ago, but the fact of

11:30:09  18   the matter is that by April the 20th, the well had been

11:30:15  19   successfully drilled, had it not?

11:30:17  20   A.  They had gotten the well through the primary objective, they

11:30:21  21   had managed to get their casing installed and the cement pumped.

11:30:24  22   Q.  And beginning for the period of time April the 10th to April

11:30:30  23   the 20th, there were a good number of activities going on,

11:30:34  24   including logging the well, correct?

11:30:35  25   A.  Correct.

5022

```
11:30:36   1    Q.  But there were no losses or well control events or anything
11:30:41   2    like that that took place over the period of time April the 10th to
11:30:44   3    April the 20th?
11:30:45   4    A.  I believe that's correct.
11:30:46   5    Q.  So the well was successfully drilled, it was logged, and there
11:30:52   6    were no significant issues that were occurring downhole from the
11:30:57   7    completion of the drilling of the well until the evening of the
11:31:00   8    20th?
11:31:01   9    A.  I believe that's correct.  I think everything was okay.
11:31:05   10   Q.  Now, on the issue of budgets and being behind schedule.  You're
11:31:14   11   aware, are you not, that in the business of deep water drilling
11:31:17   12   that some wells come in over budget and some wells come in under
11:31:22   13   budget?
11:31:22   14   A.  They do.
11:31:23   15   Q.  And one of the reasons for that is that in deep water drilling
11:31:27   16   in the Gulf of Mexico, you don't know what issues you're going to
11:31:32   17   run into until you get there?
11:31:33   18   A.  That's exactly right.  This is -- in some sense, this was an
11:31:37   19   exploratory well.  I think as I heard Mr. Newman say yesterday, you
11:31:44   20   have predictions of things, but they are predictions.
11:31:48   21   Q.  And in your review of all of the evidence, you haven't seen any
11:31:53   22   evidence that anyone was rushing to achieve an outcome in a certain
11:31:58   23   amount of time?
11:31:59   24   A.  I didn't see an indication that I thought where someone was
11:32:05   25   rushing to achieve an outcome.  But I did get an overall sense in
```

11:32:11  1   looking at the way things were transpiring and the way -- in my

11:32:18  2   sense the way decisions were getting made that they were ready to

11:32:23  3   get through with this job.  They were wanting to get through it,

11:32:27  4   they were moving to get through with it, and they were ready to be

11:32:31  5   done with this well.

11:32:32  6   Q.  You heard the testimony of Mr. Sepulvado that indicated that he

11:32:37  7   was not rushed?

11:32:38  8   A.  I did.

11:32:39  9   Q.  And you believe that that's true?

11:32:43  10  A.  I believe Mr. Sepulvado would not let himself be rushed.

11:32:47  11  Q.  Indeed.  Same thing for Randy Ezell?

11:32:49  12  A.  I do.

11:32:50  13  Q.  Putting aside what we've just talked about in terms of people

11:33:01  14  wanting to be done and moving on to the next thing, which is human

11:33:05  15  nature, you would agree that you didn't see anything in your work

11:33:09  16  to indicate that concerns over cost or schedule had any affect on

11:33:15  17  rig operations?

11:33:16  18  A.  I guess the way I would say that, Mr. Brock, I didn't see

11:33:22  19  anything where it looked like to me where somebody had a choice

11:33:26  20  between doing something they believed safely versus expeditiously,

11:33:35  21  that they made the choice to do expeditious over safety.  I think,

11:33:41  22  again, my sense were they got ahead of themselves, but I don't

11:33:46  23  think they were doing it from the standpoint that they felt like

11:33:49  24  they were compromising on safety.

11:33:50  25  Q.  Fair enough.  Thank you.

5024

11:33:54 1          Now, I've got just a couple more topics and then we'll

11:33:59 2   wrap it up, if you'll play with me just a little bit longer.

11:34:03 3          I want to talk to you a little bit about some statements

11:34:07 4   that you made about BP not having the Halliburton testing results

11:34:17 5   before pumping the job.  Do you remember that?

11:34:18 6   A.  I do.

11:34:19 7   Q.  So just stay with me here.  I need to put a couple of facts in

11:34:24 8   the record.  First of all, you're not an expert on the manufacture,

11:34:29 9   design, or testing of cement?

11:34:30 10  A.  I am not.

11:34:31 11  Q.  Not an expert in the design of foam cement slurries?

11:34:34 12  A.  I am not.

11:34:35 13  Q.  Not offering any opinions regarding the design of the cement

11:34:39 14  job in this case?

11:34:41 15  A.  No, as far as the design of the slurry or anything like that.

11:34:44 16  Now, as a petroleum engineer, I have designed cement jobs for what

11:34:49 17  I was trying to accomplish with the casings and the primary

11:34:53 18  cementing of the casing.  As to, you know, where I wanted the

11:34:58 19  cement to go, how much cement I wanted there to be, type of cement,

11:35:01 20  that kind of stuff.  As far as the design of the slurries and all

11:35:04 21  of that, no, that's not me.

11:35:06 22  Q.  It's not your place or your intent in this case to offer any

11:35:09 23  opinions about the testing of cement job in this case?

11:35:12 24  A.  Not at all.  Not the cement testing.  We talk about negative

11:35:17 25  tests and positive tests.

11:35:18  1   Q.  No, that's what I was asking.

11:35:20  2   A.  Right.

11:35:20  3   Q.  One of the things you had talked about in your deposition was

11:35:24  4   you had never personally used the OptiCem program, correct?

11:35:27  5   A.  I have not.

11:35:28  6   Q.  And in the context of your review of this entire case, did you

11:35:35  7   ever see any communication from Halliburton to BP saying that BP

11:35:40  8   should not use the cement slurry that Halliburton designed and

11:35:45  9   tested?

11:35:46 10   A.  No, I don't believe I saw that anywhere.

11:35:54 11   Q.  Now, we asked you some questions about OptiCem in your

11:36:00 12   deposition, and do you recall telling us that you agreed that it

11:36:06 13   would probably not be industry standard or standard practice to

11:36:12 14   provide a rig crew with an OptiCem report?

11:36:16 15   A.  I don't have a memory sitting here of saying that.  But I'm

11:36:21 16   sure I probably did say that, because if you asked that question

11:36:23 17   that would have been my answer.

11:36:24 18   Q.  All right.  I probably should have done that.  The judge will

11:36:27 19   tell me I couldn't get through the trial ad program if I did it

11:36:31 20   that way, so let me ask it another way.

11:36:33 21        Based on your experience, you would agree that it would

11:36:36 22   probably not be standard practice to provide a rig crew with an

11:36:39 23   OptiCem report?

11:36:41 24   A.  You know, I can't sit here and tell you that I've never given a

11:36:47 25   rig crew a copy of a cement recommendation or cement report that I

5026

11:36:50  1   may have had.  But to say that it's industry standard that that's
11:36:56  2   always done, in my experience that's not the case.
11:36:58  3   Q.  Your experience is that it's not the case?
11:37:01  4   A.  Correct.
11:37:03  5   Q.  Now, you're aware, are you not, that there aren't any MMS
11:37:09  6   requirements regarding the number of centralizers on a production
11:37:11  7   casing?
11:37:12  8   A.  I am aware of that.
11:37:14  9   Q.  And are you aware that additional centralizers can present
11:37:18 10   engineering risks in terms of getting the production casing down to
11:37:24 11   the bottom?
11:37:24 12   A.  Yes, they can.
11:37:25 13   Q.  One of the downsides to using centralizers is increasing the
11:37:30 14   chance of getting the casing stuck?
11:37:33 15   A.  You can have problems, particularly if you're using multiple
11:37:36 16   piece -- what we call bow-type centralizers, you could have issues
11:37:41 17   at your wellhead.  Remember your wellhead is 5,000 feet below you,
11:37:45 18   so it could present problems.
11:37:47 19   Q.  So did you find that one of the things that occurred here with
11:37:50 20   regard to the choice about centralizers is that the wells team was
11:37:55 21   balancing the drilling and cementing objectives and exercising
11:37:59 22   engineering judgment regarding the number of centralizers to use?
11:38:02 23   A.  I think certainly Mr. Guide was looking at it from the
11:38:08 24   standpoint of a prior experience that he had had, where he had had
11:38:16 25   an issue in a well that caused significant problems in that well.

11:38:18  1    And so that was in what I call his database or his experience base

11:38:23  2    that he was dealing with.

11:38:24  3    Q.  Okay.  And that's one of the things that good well team leaders

11:38:30  4    do is they draw on the experience that they've had before and try

11:38:32  5    to make appropriate decisions in terms of the planning and the

11:38:37  6    drilling of the well?

11:38:38  7    A.  They should.  Again, though, you have to balance everything.

11:38:43  8    You have got to look at all of the decisions, all of the

11:38:46  9    information you have, and basically it's a risk assessment.  You

11:38:50 10    know, if I do A, the risks are XYZ; if I do B, the risks are MNO,

11:38:59 11    and you weigh that out and somebody makes the decision.

11:39:02 12    Q.  Back to my question from a moment ago.  Did your review of the

11:39:07 13    records reflect that Mr. Guide and others were weighing those risks

11:39:15 14    and making a decision that they thought was in the best interest in

11:39:20 15    terms of getting a good cement job and not getting pipes stuck

11:39:26 16    above the wellhead?

11:39:27 17    A.  They were certainly having those discussions.  And there was

11:39:33 18    discussions back and to, apparently at some point Mr. Guide made

11:39:38 19    the decisions.  I think you're right, his focus was primarily on

11:39:43 20    the cement job and that's what drove his decision.

11:39:48 21    Q.  Okay.  Thank you.  You're aware from your study of the matter

11:39:55 22    that, in fact, there were some inaccurate inputs to the OptiCem

11:40:03 23    program that was actually run back before the incident, correct?

11:40:08 24    A.  I think at some point during this post incident process, I

11:40:16 25    became aware that -- at least that was something that BP was

5028

11:40:22  1   contending.  Again, the cement part, really, I wasn't focused on

11:40:27  2   that, so I didn't go back to confirm or deny that, but I am aware

11:40:31  3   that that was out there.

11:40:32  4   Q.  In terms of whether Mr. Gagliano had the centralizers spaced

11:40:37  5   right, whether they were the right size, whether he was using the

11:40:41  6   right pressure, that's something you just didn't go to the level of

11:40:46  7   detail?

11:40:46  8   A.  I did not go into that level of detail.  I was aware there was

11:40:49  9   a discussion about it, but I did not go into that level of detail.

11:40:52 10   Q.  Fair enough.  Now, you looked at the -- different issue now.  I

11:40:59 11   want to ask you a couple of issues about flow path.

11:41:03 12   A.  Okay.

11:41:03 13   Q.  You looked at hydraulic simulations that were performed for BP

11:41:08 14   and Transocean as part of the investigation reports, correct?

11:41:11 15   A.  I did.

11:41:12 16   Q.  And do you agree, more likely than not, that the flow path was

11:41:18 17   down through the shoe track and up the casing?

11:41:21 18   A.  I eventually reached that conclusion, I guess you would say.

11:41:31 19   Kind of the term I used, I got 99.98 percent there.

11:41:38 20   Q.  Part of the evidence that allowed you to get to that place is

11:41:41 21   that you saw pictures of the casing hanger seal assembly that was

11:41:44 22   recovered from the Macondo well?

11:41:45 23   A.  At some point, I actually did more than that.

11:41:48 24   Q.  Actually saw them?

11:41:50 25   A.  Being the doubting Thomas, I said before I buy off on that

OFFICIAL TRANSCRIPT

5029

11:41:54  1   route, I want to see the hanger, I want to look at it, touch it,

11:41:58  2   see the fact that there's no erosional patterns on the outside, the

11:42:02  3   erosional patterns on the inside.  And I did that.  And there were

11:42:06  4   no erosional patterns on the outside.

11:42:10  5   Q.  You also looked at information with regard to fluids that were

11:42:13  6   circulated when the Macondo well was intercepted by the DDIII,

11:42:18  7   correct?

11:42:18  8   A.  Yes, I believe I saw that, yes.

11:42:20  9   Q.  And you learned there that there was no evidence of

11:42:24 10   hydrocarbons being in the annular space; that is, outside of the

11:42:28 11   casing?

11:42:28 12   A.  That was my understanding, yes.

11:42:30 13   Q.  And if flow was up the back side, you would have expected to

11:42:34 14   see some kind of evidence, trace evidence at least, of hydrocarbons

11:42:38 15   in the annular space?

11:42:39 16   A.  I would have expected to see some kind of residual effect, yes.

11:42:43 17   Q.  That was further support for the idea that the flow path was

11:42:47 18   down -- up through the shoe track and up through the casing?

11:42:51 19   A.  Correct.

11:42:51 20   Q.  And there was also evidence that there was mud in the annular

11:43:04 21   space when the well was re-entered, correct?

11:43:06 22   A.  Give me that question one more time.

11:43:10 23   Q.  There was mud in the annular space when the well was re-entered

11:43:14 24   as part of the relief effort or control effort?

11:43:18 25   A.  I believe that's correct, yes.

11:43:19  1    Q.  And the fact that there was mud in the annular would be

11:43:23  2    consistent with flow, as we've been talking about, up through the

11:43:27  3    shoe track?

11:43:28  4    A.  I think given the duration and the volume of flow, that there

11:43:38  5    would likely not have been mud.  Again, you could have had

11:43:41  6    channelling that would have removed some of the mud and not others,

11:43:45  7    I guess that's a possibility.  But just given the duration and the

11:43:50  8    magnitude, it would not have surprised me if there had not been any

11:43:55  9    mud.

11:43:56 10    Q.  Looking at the issue in total, though, your conclusion was that

11:44:02 11    flow was down from the hydrocarbon bearing zone and then back up to

11:44:07 12    the shoe track?

11:44:08 13    A.  Correct.

11:44:09 14    Q.  Last topic.  This has been talked about a good bit in this

11:44:19 15    case, but I just need to ask you a couple of questions about kicks

11:44:22 16    and losses in the Gulf of Mexico drilling.  You agree that kicks

11:44:26 17    and losses are common occurrences in the Gulf of Mexico and are not

11:44:32 18    evidence of want of care or recklessness or anything like that,

11:44:36 19    correct?

11:44:37 20    A.  Yes.  You've kind of lumped two things together.  Kicks are

11:44:43 21    not -- I don't know that I would say they're common in our

11:44:45 22    business, but they're not uncommon.  I don't know if that makes any

11:44:49 23    sense or not, but it's a fact we deal with in the industry.

11:44:53 24         Losses, on the other hand, they do occur.  They're certainly

11:45:00 25    not as common as kicks.

5031

```
11:45:02   1    Q.  As kicks, okay.  But the point is, just because you have a kick
11:45:07   2    or a loss, that's not an indication of a lack of reasonable care?
11:45:12   3    A.  It is not.
11:45:13   4    Q.  You don't view the use of lost circulation material to control
11:45:29   5    the loss experienced while drilling to be an unusual event; that
11:45:34   6    occurs in deepwater drilling?
11:45:36   7    A.  The use of lost circulation material if we lose circulation?
11:45:41   8    Q.  Yes.
11:45:42   9    A.  Yes, that is common.
11:45:43  10    Q.  Getting a pipe stuck is something you've known to happen in the
11:45:47  11    drilling of deepwater wells?
11:45:49  12    A.  It happens -- it happens in the drilling of any well.  At one
11:45:53  13    time, stuck pipe was probably one of the number-one problems, but
11:45:58  14    stuck pipe does happen.
11:45:59  15    Q.  Last two questions.  In your 40 years of experience in the
11:46:05  16    industry, you've seen -- let me take a step back.
11:46:09  17          You did review the design of the Macondo well in
11:46:12  18    connection with your work in this matter?
11:46:14  19    A.  I did.
11:46:14  20    Q.  In your 40 years of experience in the industry, you've seen
11:46:19  21    well designs that are much more complex than the Macondo well?
11:46:23  22    A.  I don't know that I would say much more complex.  I've seen
11:46:27  23    what I would consider to be more complex, but not many more.  This
11:46:32  24    would probably would fall within the top ten or so of complexity,
11:46:36  25    given the number of sections and casing designs.  But, again, I
```

5032

11:46:42 1    don't know that it's the most complex, but it was by far not a

11:46:46 2    simple design.

11:46:46 3    Q.  Okay.  We'll do it this way.  You've seen wells that were more

11:46:51 4    complex in design than the Macondo well?

11:46:53 5    A.  I have.

11:46:53 6    Q.  And from your review of the well design, you didn't see

11:46:59 7    anything that was unreasonable about the design of the Macondo

11:47:03 8    well?

11:47:03 9    A.  I did not.  As with any design, as a different guy looking at

11:47:10 10   it, there were probably some alterations I would have made.  But I

11:47:14 11   did not.

11:47:14 12   Q.  There are always engineering judgments that can made about

11:47:18 13   things, but your view was you did not see it as an unreasonable

11:47:22 14   design?

11:47:22 15   A.  When I looked at the design, given the fact that, in my

11:47:26 16   opinion, they accomplished it, they TD'd the well, through their

11:47:31 17   objective, it looked to be reasonable to me.

11:47:34 18            MR. BROCK:  Thank you for your time.

11:47:35 19            THE WITNESS:  You're welcome.

11:47:39 20            THE COURT:  Cameron.

11:47:39 21            MR. BECK:  No questions, your Honor.

11:47:41 22            THE COURT:  M-I.

11:47:42 23            MR. TANNER:  No questions, your Honor.

11:47:44 24            THE COURT:  All right.  Back to Transocean, I guess.

11:47:52 25   Remember this is optional at this point.  You have the option not

| | | |
|---|---|---|
| 11:47:58 | 1 | to ask questions or to ask very few. |
| 11:48:03 | 2 | MR. HYMEL:  I will try the latter. |
| 11:48:06 | 3 | THE COURT:  I'm sure Mr. Barnhill will appreciate that. |
| 11:48:08 | 4 | THE WITNESS:  Thank you, Judge. |
| 11:49:53 | 5 | MR. HYMEL:  Good morning, Judge, Richard Hymel on |
| 11:49:56 | 6 | redirect. |
| 11:49:57 | 7 | REDIRECT EXAMINATION |
| 11:49:58 | 8 | BY MR. HYMEL: |
| 11:49:58 | 9 | Q.  Mr. Barnhill, Mr. Sterbcow asked you some questions about |
| 11:50:01 | 10 | whether mud reaching the drill floor would be considered by you or |
| 11:50:04 | 11 | the industry to be a full-blown emergency.  When mud reached the |
| 11:50:09 | 12 | drill floor, should the drill crew have EDSed? |
| 11:50:14 | 13 | A.  In this particular instance with the circumstances that |
| 11:50:16 | 14 | existed, I think that would have been premature at that point.  I |
| 11:50:20 | 15 | think they still had well control options that they could consider |
| 11:50:23 | 16 | and, in fact, that they did exercise. |
| 11:50:26 | 17 | Q.  Please put up D-6652.  And let's go to the last slide, which is |
| 11:50:32 | 18 | 2149, and this gives us the time frame 2120 until the loss of the |
| 11:50:37 | 19 | data communication. |
| 11:50:38 | 20 | A.  Okay. |
| 11:50:38 | 21 | Q.  I want to talk about that.  What time did the Transocean drill |
| 11:50:44 | 22 | crew perform a flow check? |
| 11:50:45 | 23 | A.  Looking at this data, it's believed that at around 2142, they |
| 11:50:55 | 24 | opened the trip tank, which would indicate they lined up on a trip |
| 11:50:59 | 25 | tank to check for flow and they saw a positive response, indicating |

5034

11:51:04  1    that there was flow.

11:51:06  2    Q.  At this point, should the Transocean drill crew have EDSed?

11:51:10  3    A.  No, I mean, at that point, you still have all of your well

11:51:15  4    control options available to you.

11:51:15  5    Q.  Did the drill crew close one of the BOPs around this time?

11:51:19  6    A.  They did.  I think it's believed that somewhere around that

11:51:23  7    time, 4243, the upper annular was closed.  So that was a well

11:51:33  8    control step.

11:51:33  9    Q.  How long does it take for an annular to close?

11:51:38  10   A.  Recognition time, say, moving to the panel, executing the panel

11:51:43  11   and the actual closing of the preventer, minute, minute and a half,

11:51:47  12   something like that.

11:51:47  13   Q.  So that brought the drill crew to where?

11:51:50  14   A.  If they say -- if you say 43, that would have put them close to

11:51:56  15   44 and a half, 45, something like that.

11:51:57  16   Q.  Did the annular seal the well?

11:51:59  17   A.  No.  I think based on the information that's available and the

11:52:06  18   post incident inspection of the BOPs and everything, it's now, I

11:52:10  19   think, pretty much known that the annular probably did not seal.

11:52:14  20   Q.  How would the drill crew determine whether the annular sealed?

11:52:19  21   A.  Well, basically what you would do when you shut the well --

11:52:23  22   keep in mind the BOPs are 5,000 feet away from you, they're a mile

11:52:27  23   away from you down on the seafloor.  So when you close those,

11:52:31  24   particularly if you've got an expandable fluid in the riser, a flow

11:52:35  25   check may -- really won't tell you whether the others are closed or

OFFICIAL TRANSCRIPT

<div style="margin-left:3em">

11:52:38  1    not.

11:52:39  2              What you're going to do is look at your response on your

11:52:41  3    panel, did your light shift.  You're going to look at your flow

11:52:46  4    count to see how many gallons it looked like pumped out.  You're

11:52:49  5    going to look at your pressure responses on your monitor.

11:52:52  6              We see what we believe is an appropriate pressure

11:52:56  7    response later on.  They did not see that at the time they closed

11:52:59  8    the annular.  So after some period of time of checking flow count,

11:53:05  9    looking at pressure response, then I think they would have had an

11:53:10 10    indication that they did not get a positive seal with that first

11:53:14 11    attempt.

11:53:14 12    Q.  Is there any indication on this graph here as to what was going

11:53:18 13    on with the annular during that time?  Can you show us that?

11:53:21 14    A.  Well, again, there's some very slight indications when you look

11:53:26 15    at the information, you blow the information up, to indicate that

11:53:30 16    there was some -- something going on which has been interpreted as

11:53:34 17    the annular closing and leaking.  You can see a somewhat ramping up

11:53:38 18    of the pressure and then it kind of drops off again, and then we

11:53:41 19    see a secondary response, which is believed to be the closing of

11:53:45 20    the VBRs at around 2146.

11:53:48 21    Q.  Before we get there, let's talk about it.  What would have been

11:53:52 22    a reasonable amount of time, in your opinion, for the crew to watch

11:53:55 23    the annular and see if it was going to seal?

11:53:58 24    A.  Well, again, I think, you know, if we're talking about a leak

11:54:02 25    through the annular, that more than likely they saw an appropriate

</div>

11:54:08  1  gallon count on their flow meter, then you would be relying on

11:54:12  2  watching the pressure build up.  Again, you know, you're shutting

11:54:16  3  in at 5,000 feet.  You would have a little bit of lag time there,

11:54:20  4  but certainly within a couple of minutes of that, they should have

11:54:23  5  realized, hey, my pressures are flattening out, they're not

11:54:26  6  continuing, they're not going up the same way you would expect with

11:54:32  7  a shut-in well, and so, therefore, I have not accomplished shut-in.

11:54:35  8  Q.  And that brings the drill crew to where?

11:54:37  9  A.  You know, probably fairly close to where they moved to close

11:54:44 10  the variable bore rams, probably somewhere around, you know, 2145,

11:54:51 11  2146, somewhere in that time frame.

11:54:54 12  Q.  Before we get there, let me ask you an additional question.

11:54:57 13  When the drill crew determined that the annular did not seal,

11:55:01 14  should they have EDSed?

11:55:03 15  A.  Again, you still have -- I mean, you've got your entire lower

11:55:07 16  BOP stack available to you.  You've got all of your ram facilities

11:55:13 17  below you.  So at that point in time, again, to me, you know, as

11:55:20 18  this thing has unfolded, you still have well control options.  So

11:55:24 19  at this point, I think it's not at a terminal stage yet, at least

11:55:28 20  as far as the guys the rig floor are concerned.  So my answer would

11:55:31 21  be no.

11:55:32 22  Q.  Mr. Barnhill, what if mud was blowing through the rotary at

11:55:37 23  this time, should the drill crew have EDSed?

11:55:40 24  A.  Again, keep in mind you have to remember the geometry of the

11:55:43 25  situation.  You've got the riser is 5,000 feet long, the BOPs are

11:55:48  1    down at the bottom.  You're doing things that are closing the BOPs.

11:55:53  2    They're going to, you believe, affect the flow out of the well at

11:55:56  3    5,000 feet.  What you're judging when you see mud come up through

11:56:00  4    the rotary table is the fact that you have an expandable fluid in

11:56:03  5    that riser that's going to be pushing it out.

11:56:05  6         If I close in, that expandable fluid is still in the

11:56:09  7    riser.  It's going to continue to come up and continue to blow the

11:56:13  8    mud out --

11:56:14  9    Q.  Can I stop you there and put up D-4447?  Yes.  Does this help

11:56:31 10    you with your explanation?

11:56:33 11    A.  Sure.  Again, you can see the bluish plane that's cutting

11:56:37 12    through the BOP which separates the LMRP from the lower stack.

11:56:41 13    This is where your EDS would occur.  This is where you would break

11:56:49 14    the connection in the BOPs which, again, is 5,000 feet below the

11:56:53 15    mud surface.  So you're going to disconnect here, that's going to

11:56:56 16    come with you.

11:56:57 17         So if we close in and we get the well shut in, we're

11:57:02 18    still going to have to deal with all of this expandable fluid here.

11:57:06 19    If we EDS with that annular closed, then the riser and all of

11:57:11 20    that's going to come loose.  The riser and the LMRP are going to

11:57:15 21    remain with the rig.  So whatever expandable fluid you had in the

11:57:19 22    riser is still going to come out.  If the bottom is closed with

11:57:22 23    that lower annular closed -- or I'm sorry, upper annular closed,

11:57:27 24    then the fluid's going to continue to eject onto the rig floor.

11:57:32 25    Q.  The same demonstrative, D-6652 at 2149.  You talked about the

11:57:42 1    next well control option.  Did the drill crew go to the next well

11:57:47 2    control option?

11:57:47 3    A.  Yes.  Based on, again, the information review and a review of

11:57:50 4    the stack, it's believed that they closed the variable bore rams --

11:57:56 5    in fact, both sets of variable bore rams were found in the closed

11:58:00 6    position.  And we see a pressure buildup consistent with a well

11:58:04 7    stabilizing after a shut-in.

11:58:05 8    Q.  Now, at what time did the pressure buildup start?

11:58:10 9    A.  Looks like it was around 47, 2147.

11:58:19 10   Q.  So what does that indicate to you?

11:58:21 11   A.  At that time, likely the VBRs, at least one of the VBRs were

11:58:30 12   closed, if not both.  They've affected a seal and we're seeing a

11:58:35 13   pressure ramp or a pressure response in keeping with the well

11:58:41 14   flowing in against the closed system and building up pressure.

11:58:45 15   Q.  So if the pressure response at 2147 indicates that the VBRs had

11:58:53 16   sealed, what time do you believe that the crew activated the VBRs?

11:58:58 17   A.  Shortly before there.  The actual closing time on the VBR is

11:59:04 18   something like 18 to 20 seconds.  So, again, recognition that you

11:59:08 19   weren't closed in, moving to the next function, executing that

11:59:14 20   function, what, maybe half a minute, something like that.

11:59:17 21   Q.  Now, at this time, 2147, when this graph indicates that the

11:59:25 22   VBRs had sealed, if fluid continued to exit out of the well, out of

11:59:30 23   the rotary, should the crew have EDSed?

11:59:33 24   A.  Again, at that point in time, if you believe your well is shut

11:59:36 25   in, then you've accomplished the feat of closing off the pressure

11:59:42  1    and the fluid source.  Even if you EDS at that point, whatever is

11:59:47  2    in that riser is going to come with you.  It's not going to stay

11:59:51  3    behind.

11:59:52  4         So EDSing at that point, if you believe that you've got the

11:59:57  5    well shut in and secured, is really not going to accomplish

12:00:00  6    anything more than the fact that you shut the well in.

12:00:04  7         Now, the problem is if the EDS is not successful, then that

12:00:10  8    raises another set of issues.  If it is successful, you've cut off

12:00:15  9    the fuel source.  What the outcome of that is going to be, I don't

12:00:19 10    know.  I can't tell you what would have happened if A would have

12:00:26 11    been done versus B.

12:00:28 12    Q.  I want to ask you a few questions about Mr. Brock's questions

12:00:31 13    to you regarding the diverter.  Mr. Brock asked you about Randy

12:00:35 14    Ezell's testimony, and what he said was Mr. Ezell saw something

12:00:40 15    around or in the area of the diverter line.  Do you remember what

12:00:44 16    Mr. Ezell's testimony was?

12:00:46 17    A.  My memory is -- my memory is I think Randy said that he felt

12:00:54 18    like it was coming out of the 14-inch line.

12:00:57 19    Q.  Based on what he saw?

12:01:00 20    A.  Based on what he saw.

12:01:01 21    Q.  Do you have any reason to doubt Mr. Ezell's testimony?

12:01:04 22    A.  No, I believe he believes what he said.

12:01:09 23    Q.  Switching topics now.  Mr. Brock asked you a number of

12:01:12 24    questions about your belief that the company man was in the drill

12:01:17 25    shack during the sheen test.  Do you remember those questions?

12:01:19  1    A.  I do.

12:01:20  2    Q.  That was on Monday, do you remember that?

12:01:21  3    A.  I do.

12:01:21  4    Q.  Let's go to TREX 49.3.1.TO.  These are the notes that were

12:01:30  5    shown to you, and these notes say that "watched sheen test."  Do

12:01:35  6    you recall Mr. Brock showing you these notes?

12:01:38  7    A.  I do.

12:01:38  8    Q.  How are these notes described up at the top of the page?

12:01:42  9    A.  It says, "Steve's interview with Don Vidrine."

12:01:46 10    Q.  And Steve refers to whom, do you know?

12:01:49 11    A.  That would be Steve Robinson, if I remember correctly.

12:01:53 12    Q.  And who was Steve Robinson?

12:01:54 13    A.  He was one of the BP investigative folks.

12:01:57 14    Q.  Do you know if Mr. Robinson wrote those notes?

12:02:00 15    A.  My understanding in looking at the exhibit number was these

12:02:06 16    were actually the notes of a different individual.

12:02:09 17    Q.  And do you know who that was?

12:02:10 18    A.  I think it was Mr. Jim Wetherbee.

12:02:15 19    Q.  Do you know how it came to be that Mr. Wetherbee would write

12:02:20 20    these notes?

12:02:20 21    A.  From his deposition, I believe it was indicated that these were

12:02:23 22    his notes of his discussion with Steve about Steve's interview with

12:02:28 23    Mr. Vidrine.

12:02:28 24    Q.  So are these notes Mr. Wetherbee's notes from an interview he

12:02:33 25    had with Mr. Vidrine?

12:02:34  1    A.  That's not my understanding.

12:02:37  2    Q.  Now, let's put up TREX 58.3.1.TO.  Can you identify these

12:02:44  3    notes?

12:02:44  4    A.  Yes.  This was an -- interview notes where there were three

12:02:49  5    interviewers, one of which was Steve Robinson, interviewing Don

12:02:53  6    Vidrine directly.

12:02:56  7    Q.  So it's your understanding that these are notes of

12:02:59  8    Mr. Robinson's actual interview with Mr. Vidrine?

12:03:02  9    A.  That's my understanding, yes.

12:03:04  10   Q.  Do these notes indicate that Mr. Vidrine watched the sheen

12:03:07  11   tests?

12:03:08  12   A.  They do not.

12:03:09  13   Q.  Mr. Barnhill, regardless of where Mr. Vidrine was or was not,

12:03:19  14   whether he was in the drill shack or he was watching the sheen

12:03:21  15   test, does that change any of your opinions in this case?

12:03:24  16   A.  Does not.

12:03:29  17   Q.  Mr. Brock asked you about the 8:52 call, so I want to follow up

12:03:33  18   on that.  What is your opinion of what would have been an

12:03:35  19   appropriate course of action for Mr. Hafle after the 8:52 call?

12:03:42  20              MR. BROCK:  Objection, asked and answered.

12:03:43  21              THE COURT:  He went through this in direct.

12:03:46  22              MR. HYMEL:  That's fine.  That's all I have.

12:03:47  23              THE COURT:  All right.  Thank you.

12:03:49  24              THE WITNESS:  Thank you.

12:03:49  25              THE COURT:  Have a good trip back.

12:03:51  1          We are going to recess for lunch.  It's about 12:05.  We

12:03:55  2     will come back at 1:15.

12:03:57  3          THE DEPUTY CLERK:  All rise.

12:03:59  4        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

        5

        6                    *  *  *  *  *  *

        7

        8                REPORTER'S CERTIFICATE

        9

       10      I, Karen A. Ibos, CCR, Official Court Reporter, United

       11   States District Court, Eastern District of Louisiana, do hereby

       12   certify that the foregoing is a true and correct transcript, to the

       13   best of my ability and understanding, from the record of the

       14   proceedings in the above-entitled and numbered matter.

       15

       16

       17   _____

       18        Karen A. Ibos, CCR, RPR, CRR, RMR

       19        Official Court Reporter

       20

       21

       22

       23

       24

       25

                              ─ OFFICIAL TRANSCRIPT ─

## 0

**01** [2] - 4980:6, 4982:6
**039** [1] - 5013:10
**07** [2] - 4894:14, 4932:18
**08** [6] - 4958:15, 4958:18, 4958:23, 4974:2, 4980:9, 4982:6
**09** [13] - 4942:20, 4951:22, 4957:23, 4957:25, 4958:11, 4958:18, 4958:21, 4958:23, 4961:18, 4973:22, 4980:4, 4980:9, 4982:6

## 1

**1.1** [1] - 4930:14
**1.119.1** [1] - 5010:16
**1.120.1** [1] - 5011:10
**1.39.1** [1] - 5013:10
**1.5%** [2] - 4894:15, 4894:20
**1.8** [3] - 4967:5, 4967:6, 4975:20
**1.88** [1] - 4894:14
**1.91/1.91** [1] - 4939:25
**1/2-inch** [2] - 4990:6, 4993:19
**10** [2] - 4950:21, 4950:24
**10-MD-2179** [1] - 4882:8
**1000** [2] - 4886:21, 4887:19
**1001** [1] - 4886:15
**101** [1] - 4883:20
**108** [1] - 4951:8
**10th** [2] - 5021:22, 5022:2
**11** [6] - 4932:21, 4932:24, 4933:3, 4934:2, 4934:17, 4934:19
**1100** [1] - 4886:12
**1110** [1] - 4886:24
**119** [1] - 5010:19
**12-27-2009** [1] - 4897:15
**12/27/09** [1] - 4897:22
**120** [1] - 5011:11
**1201** [2] - 4886:2,

4887:13
**1221** [1] - 4887:7
**12:05** [1] - 5042:1
**12:30** [2] - 4985:9, 4993:19
**12th** [4] - 4938:18, 4938:23, 4939:4, 4939:18
**13** [2] - 4944:8, 4944:14
**1308** [1] - 4883:22
**1331** [1] - 4887:15
**135** [5] - 4941:23, 4942:3, 4942:9, 4955:5, 4972:6
**13th** [4] - 4940:11, 4940:24, 4941:11, 4941:16
**14** [2] - 4934:11, 5015:21
**14,458** [1] - 4972:22
**14-and-a-half** [2] - 4943:15, 4943:18
**14-inch** [4] - 5005:12, 5010:23, 5012:1, 5039:18
**14.5** [6] - 4938:19, 4944:2, 4944:13, 4945:7, 4976:16, 4977:2
**14271** [1] - 4884:23
**15** [15] - 4882:20, 4894:20, 4894:22, 4923:7, 4938:16, 4941:1, 4943:12, 4948:3, 4974:25, 4976:9, 4976:14, 4977:2
**15,945** [1] - 4972:19
**15-minute** [2] - 4964:1, 4966:16
**15-pound** [2] - 4975:20, 4975:21
**15.0** [2] - 4944:2, 4946:11
**15.0/15.0** [1] - 4946:18
**15.1** [3] - 4940:16, 4941:1, 4974:14
**15.7** [3] - 4940:16, 4941:1, 4974:13
**15.9/15.9** [1] - 4939:24
**150** [4] - 4942:1, 4942:2, 4942:8, 4980:18
**16** [2] - 4939:21, 4951:13
**1601** [1] - 4883:9
**1665** [1] - 4887:15

**16th** [3] - 4940:8, 4942:12, 4942:17
**1700** [1] - 4887:13
**17th** [9] - 4940:19, 4941:16, 4943:5, 4943:6, 4943:8, 4947:10, 4947:13, 4947:18, 4947:25
**18** [1] - 5038:18
**1885** [1] - 4885:14
**18th** [1] - 4937:22
**1:15** [1] - 5042:2
**1:30** [2] - 4993:19, 4995:14

## 2

**2** [4] - 4894:5, 4895:10, 4973:17, 4973:18
**2%** [1] - 4894:15
**2-53** [1] - 4977:14
**2-gallon** [1] - 4895:24
**20** [8] - 4882:6, 4882:9, 4889:2, 4905:9, 4932:1, 4999:19, 5015:21, 5038:18
**20%** [1] - 4894:15
**2000** [4] - 4904:4, 4904:7, 4904:21, 4905:6
**2000A** [1] - 4886:3
**20044** [3] - 4884:18, 4884:23, 4885:4
**2005** [2] - 4931:14, 4932:1
**2006** [1] - 4933:10
**2008** [1] - 4930:25
**2009** [3] - 4969:3, 4969:5, 4970:5
**2010** [48] - 4882:6, 4906:9, 4915:10, 4915:13, 4915:16, 4917:13, 4917:16, 4921:23, 4923:4, 4923:24, 4924:13, 4924:21, 4925:10, 4926:3, 4926:4, 4926:9, 4930:7, 4930:14, 4931:7, 4931:14, 4931:15, 4932:1, 4933:10, 4940:8, 4940:24, 4947:18, 4940:7, 4950:5, 4950:8, 4951:7, 4951:18, 4953:2, 4959:23,

4960:2, 4960:6, 4960:14, 4960:19, 4962:15, 4964:25, 4965:25, 4966:4, 4967:15, 4967:22, 4969:21, 4970:4, 4986:13, 4993:15, 4999:24
**2012** [2] - 4903:1, 4903:6
**2013** [3] - 4882:9, 4889:2, 4930:11
**2035** [2] - 4933:8, 4933:17
**20th** [23] - 4906:9, 4915:9, 4915:13, 4917:12, 4917:18, 4930:7, 4931:7, 4931:15, 4938:5, 4961:4, 4961:8, 4961:16, 4962:14, 4985:9, 4986:13, 4993:15, 4995:14, 4999:24, 5014:13, 5021:18, 5021:23, 5022:3, 5022:8
**2108** [2] - 4998:15, 5001:21
**2114** [1] - 4998:15
**2120** [1] - 5033:18
**2142** [1] - 5033:23
**2145** [1] - 5036:10
**2146** [2] - 5035:20, 5036:11
**2147** [3] - 5038:9, 5038:15, 5038:21
**2149** [2] - 5033:18, 5037:25
**21:26** [2] - 5007:13, 5009:4
**21:46** [1] - 5009:10
**21:47** [1] - 5009:11
**21:49** [2] - 5008:10, 5008:18
**21:50** [1] - 5007:20
**220** [1] - 4972:3
**2211** [1] - 4886:24
**2216** [1] - 4884:7
**22ND** [1] - 4883:15
**23** [1] - 4944:17
**23451** [1] - 4883:15
**23rd** [3] - 4921:23, 4924:20, 4966:4
**24** [1] - 4952:17
**25** [4] - 4938:20, 4944:3, 4944:17, 4950:15
**25%** [1] - 4894:14
**250** [2] - 4988:8, 4999:16

**252** [1] - 4924:18
**2615** [1] - 4883:12
**2680** [1] - 4988:9
**27th** [2] - 4924:13, 4969:5
**28th** [1] - 4960:19
**296.1.1** [1] - 5017:19
**296.6.2** [1] - 5017:25
**296.6.3** [1] - 5018:22
**296.6.4** [1] - 5019:5
**296.6.5** [1] - 5019:11
**2:10-CV-02771** [1] - 4882:12
**2:10-CV-4536** [1] - 4882:14

## 3

**3** [2] - 4989:22, 4993:19
**30** [4] - 4951:12, 4988:9, 5001:8, 5019:13
**30(b)(6** [2] - 4915:23, 4938:3
**300** [1] - 4886:6
**300-foot** [1] - 5012:18
**30th** [3] - 4930:14, 4931:7, 4966:10
**31002.2.2** [1] - 4933:18
**3110** [5] - 4891:16, 4892:3, 4894:2, 4896:10, 4922:7
**3119** [1] - 4977:9
**3256** [2] - 4896:13, 4897:9
**3257** [1] - 4897:11
**3264** [1] - 4899:18
**327** [1] - 4952:16
**335** [1] - 4886:18
**35TH** [1] - 4886:18
**36130** [1] - 4885:9
**36604** [1] - 4883:10
**3668** [1] - 4883:4
**37** [1] - 5008:17
**3700** [2] - 4886:12, 4886:15
**3769** [1] - 4964:12
**38** [1] - 4924:14

## 4

**4** [1] - 4963:25
**4,800** [2] - 4988:2, 4988:5
**40** [3] - 4951:12,

5031:15, 5031:20
**4000** [1] - 4887:19
**402** [1] - 4883:15
**41022.1.1** [1] - 4993:14
**41022.2.1** [1] - 4993:17
**4243** [1] - 5034:7
**43** [2] - 4990:4, 5034:14
**4309A** [2] - 4970:13, 4974:10
**4310** [1] - 4884:5
**4346.1.1** [1] - 4960:6
**4347** [1] - 4980:11
**435** [1] - 4883:20
**4373.1.3** [2] - 4954:18
**4373.1.5** [1] - 4955:3
**4377A** [1] - 4914:4
**44** [1] - 5034:15
**45** [1] - 5034:15
**45-foot** [1] - 4989:23
**450** [1] - 4884:12
**4500** [1] - 4887:7
**46** [1] - 4924:17
**47** [1] - 5038:9
**48** [1] - 4895:21
**480** [2] - 4944:8, 4946:8
**48001** [1] - 4969:16
**48002** [11] - 4891:15, 4891:19, 4893:17, 4895:22, 4920:4, 4920:20, 4921:4, 4921:5, 4928:17, 4928:18, 4928:25
**48098.1.1** [1] - 4960:21
**481** [1] - 4946:8
**48101.1.1** [1] - 5003:7
**4817** [1] - 4993:20
**4891/10** [1] - 4888:7
**49.3.1.TO** [1] - 5040:4
**4903/20** [1] - 4888:9
**4913/20** [1] - 4888:11
**494** [3] - 4923:7, 4924:14
**4964/6** [1] - 4888:13
**4966/25** [1] - 4888:15
**4984/22** [1] - 4888:19
**4th** [4] - 4960:6, 4960:10, 4960:11, 4960:14

## 5

**5** [2] - 4943:23, 4990:6
**5,000** [7] - 4988:6, 5026:17, 5034:22, 5036:3, 5036:25, 5037:3, 5037:14
**5/8-inch** [1] - 4990:7
**50-plus** [1] - 5017:13
**500** [3] - 4883:4, 4885:8, 4887:22
**5000** [1] - 4885:24
**50000.43.3** [1] - 5001:18
**50000.45.3** [1] - 5008:16
**50000.47.3** [1] - 5002:3
**50000.48.2** [1] - 5002:9
**50000.7.5** [1] - 4998:24
**50000.8.1** [1] - 5007:1
**50000.8.2** [1] - 5007:5
**5033/8** [1] - 4888:21
**504** [1] - 4887:23
**5219.1.1** [1] - 4903:25
**5395** [1] - 4884:12
**541** [1] - 4949:6
**546** [1] - 4887:3
**55** [1] - 4963:24
**556** [1] - 4883:4
**5569** [1] - 4950:5
**5595** [1] - 4965:20
**58.3.1.TO** [1] - 5041:2
**589-7776** [1] - 4887:23
**5th** [1] - 4969:21

## 6

**6** [1] - 4990:7
**60** [1] - 4935:15
**600** [3] - 4883:15, 4883:17, 4886:21
**601** [1] - 4883:12
**60412** [1] - 4972:12
**60415** [1] - 4978:18
**60654** [1] - 4886:6
**61161** [1] - 4895:14
**618** [1] - 4886:14
**6264** [1] - 4895:4
**63981** [4] - 4894:8,

4901:23, 4902:10, 4966:6
**671** [1] - 5015:21
**67314** [1] - 4969:24
**6:30** [1] - 4964:1

## 7

**70** [1] - 4935:16
**701** [2] - 4885:18, 4885:23
**70113** [1] - 4883:7
**70130** [6] - 4883:13, 4883:18, 4884:8, 4885:18, 4887:3, 4887:22
**70139** [1] - 4885:24
**70163** [1] - 4886:12
**70360** [1] - 4883:20
**70458** [1] - 4883:23
**70502** [2] - 4883:5, 4886:22
**70801** [1] - 4884:3
**70804** [1] - 4885:15
**73909-2** [1] - 4942:18
**7491** [1] - 4931:11
**7491.1.1** [1] - 4931:11
**75** [1] - 4950:14
**75270** [1] - 4887:13
**7597** [1] - 4977:15
**7611** [1] - 4884:18
**7647** [1] - 4981:8
**77002** [2] - 4886:15, 4887:20
**77006** [1] - 4884:5
**77010** [2] - 4887:8, 4887:16
**77098** [1] - 4886:24
**7718** [1] - 4954:10
**7722** [1] - 4972:13
**7TH** [1] - 4884:12
**7th** [3] - 4965:21, 4965:24, 4965:25

## 8

**8** [1] - 4959:11
**811** [2] - 4942:14, 4942:16
**820** [1] - 4883:7
**8367** [6] - 4993:8, 4993:21, 4993:23, 4994:6, 4995:10, 4996:24
**8:52** [4] - 5018:1, 5019:18, 5041:17, 5041:19

**8th** [1] - 4950:5

## 9

**9** [1] - 4908:4
**9.2** [1] - 5003:2
**9.95** [1] - 4945:8
**90** [1] - 4950:16
**90071** [1] - 4886:19
**94005** [1] - 4885:15
**94102** [1] - 4884:13
**97.1.1** [1] - 5013:22
**99.98** [1] - 5028:19
**9TH** [1] - 4883:17

## A

**A.M** [1] - 4985:9
**abandoned** [1] - 5012:11
**abandonment** [1] - 4993:7
**Abandonment** [3] - 5014:23, 5015:10, 5015:24
**ability** [9] - 4942:8, 4947:7, 4992:14, 4992:17, 5005:13, 5006:19, 5013:13, 5014:4, 5042:13
**able** [12] - 4928:15, 4948:18, 4951:10, 4956:4, 4985:13, 4994:9, 4998:15, 5005:7, 5009:20, 5010:8, 5013:3, 5013:4
**above** [4] - 4987:21, 4988:5, 5027:16, 5042:14
**above-entitled** [1] - 5042:14
**ABRAMSON** [1] - 4883:11
**Academy** [1] - 4959:22
**accessed** [1] - 4903:6
**accident** [11] - 4910:10, 4916:5, 4919:18, 4920:11, 4928:14, 4933:9, 4938:13, 4943:9, 4958:21, 4962:17, 5001:1
**accomplish** [7] - 4997:6, 4998:2, 5013:3, 5013:7, 5014:3, 5024:17,

5039:5
**accomplished** [3] - 5032:16, 5036:7, 5038:25
**according** [2] - 4934:8, 4934:23
**accurate** [2] - 4906:2, 5014:9
**achieve** [5] - 4981:15, 4981:21, 4997:11, 5022:22, 5022:25
**achieved** [1] - 4982:2
**acknowledge** [1] - 5017:2
**across** [15] - 4992:11, 4992:22, 4992:24, 4993:25, 4994:16, 4994:17, 4996:11, 4997:12, 4997:20, 4997:25, 4998:8, 4999:13, 4999:14, 5003:10, 5004:6
**act** [1] - 5004:1
**action** [3] - 4999:2, 5002:7, 5041:19
**ACTION** [1] - 4882:8
**activate** [5] - 4996:16, 5009:6, 5009:16, 5009:21, 5010:2
**activated** [1] - 5038:16
**activation** [1] - 4949:6
**activities** [4] - 4916:1, 4950:9, 4951:17, 5021:23
**activity** [2] - 4933:6, 4992:7
**actual** [5] - 4950:8, 4950:22, 5034:11, 5038:17, 5041:8
**actually** [37] - 4892:2, 4896:25, 4901:12, 4908:11, 4918:12, 4919:2, 4929:3, 4931:18, 4933:20, 4936:4, 4937:12, 4940:7, 4947:19, 4954:10, 4957:22, 4957:23, 4967:6, 4969:8, 4969:14, 4970:1, 4970:7, 4971:2, 4980:3, 4986:14, 4988:7, 4991:20, 4991:21, 4996:8,

5003:24, 5007:25,
5008:16, 5012:15,
5012:19, 5027:23,
5028:23, 5028:24,
5040:16

**ad** [1] - 5025:19

**addition** [1] -
4961:11

**additional** [2] -
5026:9, 5036:12

**additive** [6] -
4932:19, 4964:16,
4964:18, 4964:21,
4981:17, 4981:24

**additives** [6] -
4893:13, 4900:5,
4904:24, 4922:4,
4975:12, 4981:12

**addressing** [1] -
5012:25

**adjust** [3] - 4980:25,
4981:2, 4997:6

**admirably** [1] -
4947:4

**admitted** [2] -
4889:17, 4890:17

**advise** [1] - 4890:8

**affect** [5] - 4948:14,
4981:12, 4992:14,
5023:16, 5037:2

**affected** [2] -
4986:17, 5038:12

**after** [47] - 4890:5,
4890:13, 4892:20,
4892:25, 4898:14,
4907:9, 4908:22,
4910:10, 4910:13,
4910:15, 4913:25,
4915:15, 4916:12,
4919:18, 4920:11,
4920:24, 4921:1,
4928:14, 4933:9,
4938:9, 4938:15,
4946:11, 4952:23,
4958:21, 4960:11,
4961:4, 4961:8,
4966:10, 4967:24,
4977:19, 4995:13,
4995:18, 4995:19,
5001:1, 5002:10,
5004:21, 5005:3,
5005:10, 5009:12,
5010:8, 5018:19,
5019:12, 5035:8,
5038:7, 5041:19

**afternoon** [1] -
4890:1

**afterwards** [1] -
4951:25

**again** [48] - 4895:3,

4914:10, 4915:8,
4918:23, 4920:24,
4922:7, 4926:7,
4931:15, 4938:12,
4951:16, 4979:16,
4982:22, 4985:2,
4988:13, 4988:21,
4995:20, 4997:1,
4997:21, 4998:1,
4998:4, 5002:4,
5004:20, 5005:20,
5006:13, 5006:23,
5011:2, 5013:10,
5017:7, 5020:17,
5020:18, 5023:22,
5027:7, 5028:1,
5030:5, 5031:25,
5035:14, 5035:18,
5035:24, 5036:2,
5036:15, 5036:17,
5036:24, 5037:11,
5037:14, 5038:3,
5038:18, 5038:24

**against** [1] - 5038:14

**agent** [2] - 4929:22,
4935:12

**ago** [7] - 4954:13,
4956:24, 4989:6,
4990:21, 5008:19,
5021:17, 5027:12

**agree** [18] - 4897:7,
4930:6, 4951:1,
4977:23, 4979:15,
4988:21, 4999:19,
5000:10, 5007:12,
5012:8, 5013:9,
5014:8, 5014:21,
5015:8, 5023:15,
5025:21, 5028:16,
5030:16

**agreed** [2] - 5013:25,
5025:12

**ahead** [7] - 4907:21,
4907:22, 4977:15,
4984:18, 4998:2,
5004:25, 5023:22

**Air** [20] - 4894:14,
4904:23, 4905:7,
4929:15, 4929:18,
4929:21, 4929:22,
4931:15, 4931:17,
4931:21, 4932:1,
4932:11, 4933:5,
4934:5, 4934:7,
4934:14, 4934:21,
4934:25, 4935:11,
4938:19

**air** [8] - 4943:25,
4944:3, 4944:23,
4978:3, 4978:6,

4978:12, 4978:16,
4979:4

**AL** [4] - 4882:13,
4882:16, 4883:10,
4885:9

**ALABAMA** [2] -
4885:6

**ALEX** [1] - 4887:6

**all** [90] - 4889:9,
4890:8, 4890:10,
4890:22, 4891:8,
4892:10, 4892:16,
4893:10, 4897:18,
4898:9, 4898:12,
4902:14, 4903:11,
4906:25, 4907:10,
4909:11, 4909:12,
4909:13, 4910:7,
4913:15, 4916:1,
4920:6, 4920:9,
4920:15, 4921:8,
4923:16, 4923:20,
4924:17, 4924:21,
4925:2, 4928:7,
4935:2, 4935:6,
4937:18, 4948:11,
4950:14, 4950:16,
4951:14, 4952:20,
4955:5, 4956:4,
4959:21, 4961:1,
4962:20, 4963:4,
4963:10, 4963:12,
4964:9, 4964:16,
4964:18, 4966:17,
4966:20, 4970:25,
4975:12, 4977:4,
4977:15, 4979:18,
4983:7, 4983:14,
4983:20, 4984:10,
4988:12, 4989:21,
4991:13, 4992:10,
4992:25, 4995:2,
4997:14, 4998:12,
4999:9, 5002:18,
5007:1, 5008:2,
5021:10, 5022:21,
5024:8, 5024:20,
5024:24, 5025:18,
5027:8, 5032:24,
5034:3, 5036:16,
5037:18, 5037:19,
5041:22, 5041:23,
5042:3

**ALLAN** [1] - 4885:17

**allow** [2] - 4991:4,
5006:21

**allowed** [3] - 4928:4,
4928:5, 5028:20

**allowing** [1] -
5017:14

**allows** [1] - 4987:9

**almost** [2] - 4944:13,
4974:3

**along** [4] - 4891:5,
4902:1, 4967:18,
4997:14

**already** [6] - 4913:7,
4923:18, 4929:3,
4979:11, 5003:4,
5006:17

**also** [17] - 4912:7,
4915:22, 4937:2,
4938:3, 4947:6,
4951:2, 4961:12,
4964:14, 4964:22,
4967:14, 4992:4,
5000:21, 5011:5,
5013:2, 5020:12,
5029:5, 5029:20

**alterations** [1] -
5032:10

**although** [1] - 5017:7

**always** [5] - 5004:11,
5004:12, 5026:2,
5032:12

**AMERICA** [3] -
4882:15, 4884:10,
4885:21

**AMERICAN** [1] -
4883:12

**amongst** [1] - 5005:4

**amount** [14] -
4932:17, 4932:20,
4932:24, 4934:21,
4935:1, 4935:12,
4951:15, 4971:12,
4981:14, 4981:21,
4995:6, 5021:13,
5022:23, 5035:22

**analysis** [1] -
4924:21

**AND** [2] - 4882:12,
4886:9

**and/or** [1] - 4981:14

**ANDREW** [1] -
4886:4

**ANGELES** [1] -
4886:19

**Angelle** [10] -
4893:1, 4901:4,
4914:14, 4914:25,
4919:14, 4920:12,
4920:25, 4921:4,
4962:20, 4964:25

**Angelle's** [2] -
4922:16, 4922:17

**animatedly** [1] -
4969:12

**annular** [26] -
4986:2, 4991:22,

4992:15, 4993:1,
4993:4, 4997:12,
4997:20, 5029:10,
5029:15, 5029:20,
5029:23, 5030:1,
5034:7, 5034:9,
5034:16, 5034:19,
5034:20, 5035:8,
5035:13, 5035:17,
5035:23, 5035:25,
5036:13, 5037:19,
5037:23

**annulars** [1] -
4996:12

**anomalies** [3] -
5000:11, 5000:16,
5009:4

**anomaly** [6] -
4999:1, 4999:3,
5000:8, 5001:23,
5002:6, 5007:12

**another** [12] -
4892:15, 4895:22,
4901:7, 4911:19,
4921:11, 4924:13,
4956:7, 4973:23,
4990:4, 5011:10,
5025:20, 5030:8

**answer** [16] -
4907:19, 4930:5,
4940:22, 4942:7,
4944:17, 4952:13,
4952:17, 4959:18,
4975:25, 4976:1,
5014:13, 5015:6,
5015:18, 5016:2,
5025:17, 5036:20

**answered** [7] -
4913:7, 4944:24,
4945:12, 4975:24,
5014:13, 5014:15,
5041:20

**answering** [2] -
4912:22, 4945:24

**ANTHONY** [1] -
4884:7

**Anthony** [3] -
4889:19, 4914:22,
4915:1

**any** [71] - 4889:9,
4889:16, 4889:24,
4898:15, 4901:6,
4902:5, 4902:11,
4903:8, 4903:10,
4920:17, 4920:21,
4920:23, 4922:9,
4922:15, 4926:3,
4926:7, 4926:17,
4926:20, 4931:24,
4932:2, 4932:6,

4932:9, 4932:24, 4933:6, 4934:7, 4935:10, 4939:18, 4947:10, 4950:2, 4957:10, 4957:14, 4959:21, 4960:18, 4962:8, 4962:14, 4966:13, 4973:5, 4973:6, 4975:2, 4976:10, 4976:20, 4976:23, 4979:1, 4982:9, 4982:12, 4988:15, 4995:12, 4995:23, 4996:11, 4997:9, 5010:1, 5011:18, 5011:25, 5015:24, 5020:23, 5021:1, 5022:21, 5023:16, 5024:13, 5024:22, 5025:7, 5026:5, 5030:8, 5030:22, 5031:12, 5032:9, 5035:12, 5039:21, 5041:15
**anybody** [17] - 4911:21, 4912:12, 4912:17, 4916:17, 4922:15, 4923:1, 4923:3, 4924:12, 4925:1, 4926:18, 4927:13, 4927:22, 4927:25, 4928:7, 4958:5, 4959:25, 4963:3
**anyone** [9] - 4903:6, 4903:10, 4917:11, 4920:18, 4927:11, 4963:5, 4975:19, 5010:1, 5022:22
**anything** [18] - 4890:22, 4936:18, 4956:3, 4962:10, 4962:21, 4963:12, 4995:18, 4997:10, 5009:12, 5020:9, 5020:23, 5022:1, 5023:15, 5023:19, 5024:15, 5030:18, 5032:7, 5039:6
**anytime** [1] - 5003:3
**anyway** [1] - 4983:17
**anywhere** [1] - 5025:10
**API** [1] - 4979:2
**apologize** [5] - 4908:3, 4965:7, 5002:17, 5006:18, 5008:12
**apology** [1] - 4984:11
**apparently** [2] - 4941:14, 5027:18
**appear** [1] - 4934:20
**APPEARANCES** [1] - 4883:1
**appears** [1] - 5003:9
**applications** [3] - 4930:16, 4930:19, 4931:9
**apply** [1] - 5018:5
**appraisal** [1] - 4901:23
**appreciate** [2] - 4913:8, 5033:3
**appreciation** [3] - 4997:21, 5000:17, 5017:9
**approach** [1] - 4896:24
**appropriate** [9] - 4986:20, 4999:12, 5002:7, 5015:1, 5017:15, 5027:5, 5035:6, 5035:25, 5041:19
**appropriately** [3] - 4989:18, 4998:5, 4998:7
**approximately** [2] - 4905:10, 4950:16
**April** [71] - 4902:8, 4902:12, 4906:9, 4915:9, 4915:13, 4915:16, 4917:12, 4917:18, 4919:19, 4919:21, 4930:7, 4930:14, 4931:7, 4931:15, 4932:1, 4937:22, 4938:5, 4940:11, 4940:12, 4940:16, 4940:24, 4941:11, 4941:16, 4942:12, 4942:17, 4943:5, 4943:6, 4943:8, 4947:10, 4947:13, 4947:18, 4947:25, 4948:7, 4953:2, 4961:4, 4961:8, 4961:16, 4962:14, 4966:10, 4967:5, 4969:21, 4969:25, 4970:4, 4970:25, 4971:21, 4971:24, 4972:5, 4972:9, 4972:20, 4973:20, 4974:4, 4974:7, 4974:12, 4974:13, 4975:3, 4975:13, 4978:21, 4979:25, 4986:13, 4993:15, 4995:14, 4999:24, 5014:12, 5021:18, 5021:22, 5022:2, 5022:3
**APRIL** [1] - 4882:6
**are** [111] - 4889:16, 4892:19, 4893:25, 4895:15, 4895:21, 4895:24, 4896:6, 4896:9, 4896:16, 4900:5, 4900:14, 4900:17, 4901:6, 4902:15, 4902:23, 4903:13, 4906:25, 4912:12, 4914:7, 4917:25, 4918:17, 4925:20, 4926:15, 4935:10, 4935:15, 4936:15, 4941:18, 4945:24, 4945:25, 4948:2, 4949:12, 4950:14, 4950:15, 4950:16, 4951:17, 4958:1, 4958:5, 4958:20, 4962:1, 4963:3, 4963:10, 4964:13, 4964:15, 4964:16, 4965:3, 4968:12, 4970:20, 4971:17, 4977:5, 4980:20, 4984:23, 4990:12, 4990:14, 4990:15, 4991:16, 4992:21, 4993:6, 4994:5, 4994:18, 4994:19, 4995:11, 4996:8, 4996:17, 4997:24, 4998:1, 5000:3, 5003:11, 5004:19, 5005:4, 5005:15, 5006:13, 5006:21, 5008:11, 5009:20, 5009:23, 5010:19, 5011:11, 5012:16, 5013:2, 5013:6, 5019:17, 5019:22, 5020:3, 5020:7, 5022:11, 5022:20, 5026:5, 5026:9, 5027:10, 5030:17, 5030:20, 5031:21, 5032:12, 5034:22, 5034:25, 5036:5, 5036:20, 5036:25, 5037:1, 5037:20, 5040:4, 5040:8, 5040:24, 5041:7, 5042:1
**area** [7] - 4914:10, 4990:25, 4991:16, 5006:23, 5010:12, 5039:15
**areas** [1] - 4914:1
**aren't** [2] - 4965:3, 5026:5
**argue** [1] - 4964:4
**around** [18] - 4889:21, 4906:4, 4909:16, 4914:16, 4962:22, 4964:24, 4988:6, 5007:14, 5007:20, 5008:25, 5009:11, 5033:23, 5034:5, 5034:6, 5035:20, 5036:10, 5038:9, 5039:15
**ARRELL** [1] - 4886:23
**arrived** [1] - 4901:12
**arrives** [1] - 4965:15
**artifacts** [1] - 4979:4
**ASBILL** [1] - 4886:13
**aside** [3] - 4900:17, 4921:20, 5023:13
**ask** [48] - 4889:25, 4896:12, 4909:14, 4911:10, 4912:23, 4914:5, 4914:13, 4915:11, 4915:15, 4916:1, 4918:5, 4926:8, 4928:5, 4931:6, 4931:7, 4933:12, 4935:8, 4937:17, 4940:11, 4947:17, 4953:23, 4953:25, 4954:3, 4954:5, 4954:11, 4956:5, 4960:14, 4963:1, 4964:12, 4967:19, 4971:5, 4980:13, 4982:5, 4982:9, 4989:15, 4999:8, 4999:22, 5003:19, 5010:15, 5011:10, 5015:2, 5025:20, 5028:11, 5030:15, 5033:1, 5036:12, 5039:12
**asked** [47] - 4897:9, 4914:6, 4916:17, 4917:11, 4917:15, 4917:20, 4919:2, 4919:7, 4920:7, 4924:9, 4925:3, 4925:5, 4929:13, 4932:10, 4935:5, 4935:6, 4935:9, 4944:13, 4946:22, 4949:6, 4953:12, 4953:14, 4954:19, 4955:17, 4956:21, 4957:4, 4957:21, 4958:5, 4960:3, 4961:2, 4961:15, 4962:24, 4967:2, 4967:14, 4975:19, 4975:23, 4976:3, 5002:3, 5021:12, 5025:11, 5025:16, 5033:9, 5039:13, 5039:23, 5041:17, 5041:20
**asking** [13] - 4909:8, 4923:2, 4927:23, 4928:1, 4948:5, 4948:7, 4954:6, 4955:18, 4976:25, 5008:11, 5009:24, 5010:1, 5025:1
**assembly** [11] - 4985:5, 4985:18, 4986:7, 4986:16, 4986:24, 4986:25, 4987:9, 4987:13, 4988:16, 5013:14, 5028:21
**assessment** [1] - 5027:9
**ASSET** [1] - 4882:13
**assign** [1] - 4936:18
**assigned** [1] - 4951:14
**assigning** [1] - 5021:1
**associated** [5] - 4901:18, 4902:6, 4902:11, 4969:22, 4969:25
**assume** [5] - 4897:25, 4898:2, 4925:19, 4988:15, 5020:19
**assumed** [3] - 4994:2, 5001:19, 5019:14
**assuming** [4] - 4921:5, 4964:23, 4987:15, 5015:16
**at** [225] - 4889:12, 4890:4, 4891:24, 4892:2, 4893:12, 4894:17, 4894:24, 4899:5, 4899:14, 4901:4, 4901:8, 4901:10, 4901:11, 4901:15, 4901:18, 4901:24, 4902:8, 4902:17, 4902:25, 4905:9, 4905:19, 4906:9, 4906:14, 4906:18, 4906:25,

4907:12, 4908:22,
4908:24, 4909:13,
4910:4, 4910:12,
4910:24, 4911:1,
4915:18, 4916:10,
4916:13, 4916:15,
4916:17, 4916:19,
4916:23, 4916:24,
4920:17, 4922:13,
4923:24, 4924:3,
4924:7, 4926:4,
4926:14, 4926:19,
4927:6, 4927:14,
4928:14, 4929:7,
4931:5, 4932:8,
4933:2, 4933:8,
4934:20, 4934:22,
4934:24, 4935:14,
4936:24, 4938:3,
4938:6, 4938:7,
4938:8, 4938:15,
4941:1, 4941:23,
4942:2, 4942:8,
4942:9, 4942:16,
4943:5, 4944:8,
4945:12, 4946:9,
4946:17, 4947:19,
4947:22, 4947:25,
4952:17, 4952:21,
4955:5, 4956:4,
4957:12, 4958:24,
4959:16, 4963:25,
4964:12, 4965:20,
4967:10, 4967:23,
4968:7, 4970:2,
4971:5, 4972:11,
4973:21, 4976:6,
4979:8, 4981:9,
4982:15, 4983:11,
4985:9, 4985:20,
4985:25, 4986:22,
4986:24, 4987:5,
4987:7, 4987:16,
4988:6, 4988:9,
4989:1, 4991:21,
4992:7, 4992:10,
4992:25, 4994:9,
4995:5, 4995:7,
4995:15, 4996:15,
4998:21, 4998:24,
4999:4, 4999:6,
5000:7, 5000:17,
5001:7, 5001:18,
5002:3, 5002:9,
5002:14, 5003:7,
5004:5, 5006:17,
5006:18, 5007:1,
5007:5, 5008:3,
5008:7, 5008:18,
5009:11, 5010:18,
5011:7, 5011:10,

5011:11, 5013:9,
5013:21, 5013:22,
5014:5, 5014:8,
5014:23, 5015:10,
5015:21, 5016:14,
5017:3, 5017:21,
5017:22, 5017:25,
5018:1, 5019:5,
5019:18, 5020:13,
5023:1, 5024:24,
5026:17, 5026:23,
5027:8, 5027:18,
5027:24, 5027:25,
5028:10, 5028:13,
5028:23, 5029:1,
5029:5, 5029:14,
5030:10, 5031:12,
5032:9, 5032:15,
5032:25, 5033:14,
5033:23, 5034:2,
5034:3, 5035:2,
5035:3, 5035:5,
5035:7, 5035:9,
5035:15, 5035:20,
5036:3, 5036:17,
5036:19, 5036:22,
5037:1, 5037:2,
5037:25, 5038:8,
5038:11, 5038:15,
5038:21, 5038:24,
5039:1, 5039:4,
5040:8, 5040:15,
5042:2

**attached** [1] -
4923:23
**Attachment** [1] -
4923:22
**attempt** [2] -
4954:20, 5035:11
**attempted** [3] -
5009:16, 5010:2,
5012:3
**attention** [2] -
4969:15, 4993:17
**ATTORNEY** [4] -
4885:6, 4885:7,
4885:12, 4885:14
**attorneys** [2] -
4922:13, 4928:4
**audit** [6] - 4947:3,
4947:6, 4947:8,
4964:9, 4964:14,
4964:22
**August** [5] - 4903:1,
4903:6, 4923:24,
4924:13, 4924:20
**authenticated** [1] -
4954:13
**automated** [1] -
5005:7

**available** [9] -
4927:11, 4968:9,
5016:19, 5017:4,
5019:2, 5034:4,
5034:17, 5036:16
**AVENUE** [5] -
4883:7, 4884:12,
4885:8, 4886:2,
4886:18
**average** [1] - 4947:1
**averaged** [1] -
4951:8
**aware** [39] - 4901:6,
4901:7, 4902:7,
4902:13, 4902:23,
4903:4, 4903:7,
4929:8, 4935:10,
4935:13, 4951:20,
4958:1, 4958:5,
4958:9, 4958:20,
4958:22, 4959:1,
4959:4, 4959:5,
4959:7, 4960:3,
4960:20, 4979:24,
4993:6, 4995:12,
4995:18, 4996:4,
4996:8, 4997:15,
4999:23, 5010:6,
5022:11, 5026:5,
5026:8, 5026:9,
5027:21, 5027:25,
5028:2, 5028:8
**away** [3] - 5002:23,
5034:22, 5034:23
**awhile** [2] - 4918:22,
4995:3

# B

**B** [4] - 4887:6,
5006:15, 5027:10,
5039:11
**back** [43] - 4890:19,
4892:17, 4898:7,
4898:9, 4921:21,
4922:11, 4925:11,
4935:22, 4936:7,
4943:7, 4945:1,
4947:12, 4951:20,
4953:1, 4961:11,
4962:12, 4962:13,
4965:25, 4970:5,
4973:12, 4974:9,
4975:2, 4979:19,
4985:4, 4986:16,
4987:13, 4988:2,
4997:5, 4998:14,
5003:20, 5007:17,
5012:17, 5013:23,
5027:12, 5027:18,

5027:23, 5028:2,
5029:13, 5030:11,
5031:16, 5032:24,
5041:25, 5042:2
**backwards** [1] -
5006:13
**Badalamenti** [5] -
4914:22, 4915:1,
4961:3, 4961:12,
4961:24
**bag** [2] - 5005:22,
5006:14
**balance** [3] -
5018:13, 5018:14,
5027:7
**balancing** [1] -
5026:21
**bar** [3] - 4903:17,
4937:24, 4969:17
**BARBIER** [1] -
4882:22
**BARNHILL** [1] -
4888:17
**Barnhill** [12] -
4890:14, 4983:8,
4983:15, 4983:22,
4984:1, 4984:10,
4984:23, 5008:12,
5033:3, 5033:9,
5036:22, 5041:13
**barriers** [2] -
5013:14, 5020:7
**base** [6] - 4975:10,
4975:11, 4975:12,
4981:16, 4981:22,
5027:1
**Based** [1] - 4944:24
**based** [16] - 4930:22,
4937:12, 4945:21,
4946:17, 4951:1,
4971:17, 4976:6,
4976:22, 5000:19,
5008:18, 5009:8,
5025:21, 5034:17,
5038:3, 5039:19,
5039:20
**basically** [21] -
4891:5, 4893:3,
4895:24, 4900:15,
4909:12, 4951:12,
4968:17, 4969:11,
4971:17, 4978:12,
4990:23, 4991:5,
4996:7, 5003:14,
5005:8, 5006:17,
5009:12, 5011:2,
5011:9, 5027:9,
5034:21
**basis** [3] - 4915:7,
4931:24, 4962:8

**Bates** [3] - 4977:14,
4981:8, 5010:18
**bathroom** [1] -
4966:15
**BATON** [2] - 4884:3,
4885:15
**be** [147] - 4889:6,
4892:14, 4894:24,
4896:19, 4896:24,
4897:5, 4897:25,
4898:5, 4899:2,
4899:6, 4899:8,
4901:24, 4903:13,
4903:16, 4903:18,
4904:11, 4912:22,
4914:7, 4915:5,
4915:7, 4922:11,
4924:17, 4926:18,
4927:11, 4927:14,
4927:24, 4929:22,
4929:25, 4931:25,
4935:15, 4936:7,
4936:15, 4937:13,
4938:12, 4940:6,
4942:7, 4943:12,
4944:6, 4944:13,
4944:20, 4947:16,
4949:2, 4950:24,
4952:16, 4953:20,
4955:11, 4955:24,
4957:10, 4957:14,
4959:18, 4962:3,
4963:21, 4964:19,
4964:21, 4965:21,
4966:20, 4969:7,
4976:15, 4976:23,
4977:1, 4977:6,
4977:8, 4978:11,
4980:7, 4982:4,
4982:21, 4983:2,
4985:25, 4986:1,
4986:2, 4988:5,
4988:25, 4989:11,
4989:14, 4989:16,
4989:23, 4990:8,
4990:9, 4990:25,
4992:7, 4992:13,
4993:2, 4994:1,
4994:9, 4994:15,
4994:16, 4994:23,
4994:25, 4995:3,
4996:1, 4996:4,
4996:11, 4996:17,
4996:23, 4997:4,
4997:12, 4997:19,
4998:4, 5000:24,
5002:14, 5003:4,
5003:9, 5004:10,
5005:7, 5005:16,
5006:4, 5006:5,
5008:4, 5009:15,

5011:15, 5011:16, 5012:5, 5012:14, 5012:25, 5013:3, 5013:4, 5013:19, 5014:1, 5014:25, 5016:5, 5020:10, 5023:4, 5023:10, 5023:14, 5024:19, 5025:13, 5025:22, 5030:1, 5031:5, 5031:23, 5032:17, 5033:10, 5033:11, 5035:19, 5036:1, 5036:21, 5037:5, 5039:9, 5040:11, 5040:19

**BEACH** [1] - 4883:15
**Bearden** [6] - 4949:12, 4949:14, 4949:16, 4949:19, 4949:22, 4949:24
**Beardens** [1] - 4949:13
**bearing** [1] - 5030:11
**beat** [1] - 4903:16
**became** [1] - 5027:25
**because** [30] - 4890:3, 4912:22, 4913:25, 4916:17, 4916:19, 4917:5, 4927:12, 4929:14, 4929:22, 4931:2, 4935:8, 4935:18, 4943:5, 4945:13, 4945:22, 4946:2, 4948:3, 4953:18, 4957:9, 4962:21, 4976:9, 4978:12, 4992:14, 5009:10, 5012:14, 5013:23, 5016:4, 5017:9, 5025:16, 5031:1
**BECK** [4] - 4887:4, 4887:5, 4963:13, 5032:21
**been** [63] - 4900:3, 4911:22, 4912:3, 4912:5, 4912:11, 4916:5, 4916:7, 4916:22, 4921:25, 4926:13, 4927:24, 4929:8, 4929:17, 4935:9, 4939:16, 4941:5, 4944:23, 4946:10, 4947:16, 4947:19, 4947:22, 4958:5, 4958:20, 4962:22, 4968:8, 4973:3, 4975:14,

4975:16, 4979:4, 4979:14, 4982:20, 4982:24, 4984:3, 4991:17, 4995:9, 4997:14, 4997:16, 4999:20, 4999:21, 5001:8, 5002:10, 5003:1, 5007:25, 5008:8, 5009:13, 5014:21, 5014:24, 5015:8, 5015:15, 5015:23, 5016:4, 5021:3, 5021:18, 5025:17, 5030:2, 5030:5, 5030:8, 5030:14, 5033:14, 5035:16, 5035:21, 5039:11, 5041:18
**before** [26] - 4917:12, 4917:18, 4924:1, 4924:20, 4929:17, 4935:18, 4937:21, 4938:5, 4938:13, 4942:9, 4943:9, 4945:1, 4954:11, 4967:2, 4982:5, 5004:13, 5005:20, 5009:16, 5009:22, 5024:5, 5027:4, 5027:23, 5028:25, 5035:21, 5036:12, 5038:17
**BEFORE** [1] - 4882:22
**began** [1] - 4995:19
**beginning** [1] - 5021:22
**begins** [1] - 4994:23
**behalf** [2] - 4889:12, 4913:17
**behind** [2] - 5022:10, 5039:3
**being** [24] - 4895:4, 4895:25, 4898:23, 4899:8, 4899:19, 4900:1, 4901:6, 4915:22, 4926:5, 4926:19, 4949:6, 4956:3, 4959:9, 4962:23, 4971:5, 4978:13, 4985:5, 4996:25, 5001:15, 5008:9, 5017:9, 5022:10, 5028:25, 5029:10
**belief** [3] - 5009:8, 5011:23, 5039:24
**believe** [22] - 4930:18, 4975:20, 4983:10, 4985:10,

4985:17, 4986:21, 5003:11, 5016:4, 5022:4, 5022:9, 5023:9, 5023:10, 5025:10, 5029:8, 5029:25, 5035:6, 5037:2, 5038:16, 5038:24, 5039:4, 5039:22, 5040:21
**believed** [7] - 5011:15, 5023:20, 5033:23, 5034:6, 5035:19, 5038:4
**believes** [1] - 5039:22
**below** [13] - 4912:12, 4937:24, 4986:6, 4986:23, 4987:8, 4987:19, 4987:23, 4989:1, 4995:9, 5008:12, 5026:17, 5036:17, 5037:14
**Beltway** [1] - 4959:11
**Ben** [2] - 4889:15, 4947:15
**BEN** [1] - 4885:4
**beneath** [1] - 4912:17
**benefit** [1] - 4989:20
**best** [10] - 4904:19, 4912:10, 4912:15, 4922:16, 4922:18, 4922:19, 4935:5, 4977:11, 5027:14, 5042:13
**Best** [1] - 4981:6
**better** [3] - 4897:6, 4948:19, 5013:8
**between** [21] - 4893:23, 4931:7, 4931:14, 4933:10, 4941:15, 4949:4, 4962:14, 4970:24, 4972:8, 4974:7, 4980:8, 4982:6, 4985:19, 4986:9, 4989:8, 5006:20, 5009:4, 5009:10, 5016:11, 5016:14, 5023:20
**beyond** [1] - 4912:21
**big** [2] - 4984:10, 5012:1
**bigger** [1] - 4945:6
**bit** [10] - 4933:5, 4968:21, 4971:20, 4975:12, 4991:11, 5017:1, 5024:2, 5024:3, 5030:14,

5036:3
**blade** [2] - 4962:5, 4962:8
**blah** [3] - 4997:6
**blend** [25] - 4894:5, 4894:11, 4898:14, 4898:16, 4898:22, 4901:22, 4902:10, 4902:14, 4902:24, 4903:4, 4919:7, 4929:9, 4940:12, 4940:14, 4950:15, 4950:16, 4966:8, 4968:17, 4969:11, 4969:17, 4969:23, 4970:2, 4970:4, 4975:6, 4975:10
**blender** [2] - 4962:5, 4962:9
**blends** [5] - 4900:5, 4902:15, 4902:17, 4902:20, 4970:5
**blind** [9] - 4987:22, 4987:23, 4988:3, 4992:3, 4992:22, 5009:6, 5009:16, 5009:22, 5010:2
**Block** [1] - 4924:18
**blow** [5] - 4894:3, 4896:22, 4896:23, 5035:15, 5037:7
**blowing** [1] - 5036:22
**blown** [1] - 5033:11
**blowout** [1] - 4916:13
**blue** [1] - 4927:17
**bluish** [1] - 5037:11
**blur** [1] - 4953:9
**Bly** [9] - 5010:18, 5010:19, 5011:11, 5011:14, 5013:10, 5013:12, 5017:3
**board** [1] - 4924:20
**boat** [6] - 4965:3, 4965:5, 4965:6, 4965:11, 5003:17, 5005:16
**BOCKIUS** [1] - 4887:17
**Bolado** [1] - 4906:19
**BOP** [25] - 4986:23, 4987:6, 4987:19, 4987:21, 4988:5, 4989:2, 4989:17, 4990:6, 4991:20, 4991:21, 4992:11, 4992:22, 4993:25, 4994:17, 4995:9, 4996:11, 4997:13,

4997:20, 4997:25, 4998:8, 5003:8, 5003:23, 5013:17, 5036:16, 5037:12
**BOPs** [11] - 4987:2, 4988:6, 4996:16, 5006:24, 5009:9, 5034:5, 5034:18, 5034:22, 5036:25, 5037:1, 5037:14
**bore** [10] - 4986:7, 4987:9, 4992:2, 4992:3, 4992:17, 4992:23, 5009:9, 5036:10, 5038:4, 5038:5
**boss** [2] - 4906:13
**both** [15] - 4931:21, 4932:1, 4935:7, 4936:11, 4990:3, 4998:10, 4998:11, 5004:22, 5005:12, 5006:1, 5006:9, 5006:10, 5020:19, 5038:5, 5038:12
**bottom** [21] - 4940:2, 4941:2, 4943:12, 4944:9, 4971:23, 4972:1, 4972:4, 4972:15, 4972:23, 4974:14, 4974:18, 4974:25, 4976:10, 4976:13, 4976:14, 4989:21, 4994:7, 5010:19, 5026:11, 5037:1, 5037:22
**BOULEVARD** [1] - 4884:5
**BOUNDS** [1] - 4883:8
**bow** [1] - 5026:16
**bow-type** [1] - 5026:16
**box** [4] - 4918:25, 4990:1, 4990:4, 4991:5
**BOX** [4] - 4883:4, 4884:18, 4884:23, 4885:15
**boxes** [6] - 4918:1, 4918:9, 4918:13, 4918:15, 4918:17
**BP** [33] - 4882:15, 4885:20, 4885:21, 4885:22, 4889:12, 4891:24, 4892:7, 4913:15, 4913:21, 4933:9, 4933:10, 4937:3, 4937:5, 4937:12, 4937:13,

4940:7, 4967:2,
4983:19, 5000:25,
5001:1, 5010:19,
5011:11, 5013:10,
5016:24, 5018:19,
5020:7, 5020:14,
5024:4, 5025:7,
5027:25, 5028:13,
5040:13
**BP's** [10] - 4968:16,
4969:11, 4970:13,
4970:18, 4974:9,
4976:24, 4978:3,
4979:24, 5016:20,
5017:21
**BP-Bly** [3] - 5010:19,
5011:11, 5013:10
**BRAD** [1] - 4886:17
**Brad** [1] - 4890:7
**BRANCH** [3] -
4884:11, 4884:20,
4885:2
**break** [9] - 4890:5,
4964:1, 4966:15,
5000:21, 5001:2,
5001:4, 5001:7,
5001:20, 5037:13
**breaking** [2] -
4978:6, 4979:4
**breaks** [1] - 4978:12
**Breit** [3] - 4888:13,
4963:16, 4964:7
**BREIT** [9] - 4883:14,
4883:14, 4963:17,
4963:19, 4963:21,
4963:24, 4964:3,
4964:6, 4966:12
**BRENNAN** [1] -
4886:13
**Brian** [1] - 4890:7
**BRIAN** [6] - 4886:17,
4889:25, 4890:7,
4890:12, 4890:18,
4890:20
**bridge** [5] - 4989:9,
4989:11, 5009:21,
5009:24, 5010:2
**brief** [1] - 4903:13
**briefly** [8] - 4913:22,
4963:17, 4963:21,
4975:8, 4977:5,
4986:5, 4990:20,
5013:23
**bring** [14] - 4891:15,
4896:12, 4897:9,
4897:11, 4899:18,
4965:11, 4970:13,
4977:9, 4978:18,
4979:19, 4980:11,
4981:9, 4982:18,

4982:24
**bringing** [2] -
4969:8, 4980:13
**brings** [1] - 5036:8
**broader** [1] - 4963:1
**Brock** [8] - 4888:19,
4985:2, 4997:21,
5023:18, 5039:13,
5039:23, 5040:6,
5041:17
**BROCK** [19] -
4886:2, 4983:8,
4984:3, 4984:19,
4984:22, 4991:10,
4991:13, 4991:16,
4998:18, 5001:11,
5001:16, 5002:12,
5002:15, 5010:16,
5010:17, 5015:21,
5015:22, 5032:18,
5041:20
**Brock's** [1] - 5039:12
**broken** [1] - 4976:25
**brought** [2] - 4965:7,
5034:13
**Broussard** [6] -
4896:17, 4898:14,
4914:25, 4925:15,
4935:15, 4968:21
**BSR** [2] - 4987:5
**bubble** [1] - 4978:16
**bucket** [18] -
4894:16, 4895:6,
4896:19, 4896:20,
4897:1, 4897:7,
4897:10, 4897:18,
4897:21, 4898:12,
4898:22, 4918:14,
4921:23, 4924:8,
4927:17, 4927:19,
4927:23, 4966:9
**buckets** [9] -
4895:17, 4895:24,
4898:13, 4898:16,
4898:17, 4898:23,
4898:24, 4899:12,
4919:10
**buckle** [1] - 4964:17
**budget** [3] - 5021:14,
5022:12, 5022:13
**budgets** [1] -
5022:10
**build** [2] - 5011:2,
5036:2
**build-up** [1] - 5011:2
**BUILDING** [1] -
4883:12
**building** [4] -
4900:24, 4959:13,
4959:15, 5038:14

**buildup** [3] -
4998:25, 5038:6,
5038:8
**built** [1] - 5011:4
**bulk** [1] - 4964:16
**bullet** [2] - 4951:6,
5020:22
**bulletin** [5] - 4904:6,
4904:11, 4904:20,
4904:21, 4905:5
**bulletins** [1] - 4904:9
**bump** [1] - 4985:13
**bunch** [1] - 4967:19
**bundle** [1] - 4947:16
**BURLING** [1] -
4886:1
**busier** [1] - 4968:8
**busiest** [1] - 4968:14
**business** [2] -
5022:11, 5030:22
**busy** [2] - 4967:15,
4967:24
**but** [116] - 4898:17,
4900:2, 4900:24,
4901:24, 4903:15,
4907:25, 4908:7,
4912:2, 4912:19,
4913:11, 4914:1,
4914:6, 4914:21,
4915:12, 4915:16,
4916:9, 4919:4,
4920:5, 4920:15,
4923:17, 4926:16,
4930:22, 4936:14,
4937:8, 4937:18,
4940:14, 4941:22,
4942:7, 4942:11,
4942:13, 4944:12,
4945:20, 4949:17,
4951:14, 4952:11,
4952:17, 4953:9,
4954:3, 4954:15,
4955:19, 4956:7,
4958:20, 4958:23,
4960:4, 4960:16,
4961:20, 4962:19,
4963:24, 4964:19,
4967:20, 4968:13,
4968:20, 4969:14,
4970:17, 4971:9,
4971:22, 4977:2,
4978:3, 4979:14,
4983:19, 4983:22,
4986:2, 4990:22,
4991:14, 4993:1,
4994:10, 4995:7,
4995:15, 4996:6,
4996:19, 4997:15,
4998:1, 4999:8,
5000:8, 5001:6,

5001:24, 5003:1,
5003:14, 5004:3,
5006:11, 5006:13,
5006:17, 5006:25,
5009:13, 5011:3,
5012:16, 5012:19,
5015:2, 5015:15,
5016:7, 5016:17,
5017:1, 5017:10,
5020:21, 5021:17,
5022:1, 5022:20,
5022:25, 5023:22,
5025:15, 5026:1,
5028:2, 5028:9,
5030:7, 5030:15,
5030:22, 5030:23,
5031:1, 5031:13,
5031:23, 5031:25,
5032:1, 5032:10,
5032:13, 5036:4
**button** [2] - 5005:11,
5006:11
**buttons** [4] -
5003:10, 5004:5,
5005:4, 5005:15
**buy** [1] - 5028:25
**by** [59] - 4888:7,
4888:9, 4888:11,
4888:13, 4888:15,
4888:19, 4888:21,
4896:7, 4902:12,
4903:6, 4905:5,
4907:5, 4907:10,
4907:15, 4912:3,
4914:6, 4916:22,
4920:24, 4922:7,
4927:11, 4928:17,
4929:2, 4931:14,
4932:21, 4935:7,
4935:22, 4936:22,
4937:21, 4945:14,
4945:18, 4952:2,
4954:13, 4954:24,
4958:21, 4959:10,
4960:19, 4961:3,
4961:12, 4962:22,
4964:8, 4965:21,
4966:13, 4972:12,
4976:11, 4979:24,
4992:16, 4998:21,
4999:2, 4999:16,
5000:25, 5007:7,
5009:4, 5020:7,
5021:13, 5021:18,
5029:6, 5032:1,
5033:10
**BY** [87] - 4882:5,
4883:3, 4883:6,
4883:9, 4883:11,
4883:14, 4883:17,

4883:19, 4883:22,
4884:2, 4884:4,
4884:7, 4884:11,
4884:15, 4884:20,
4885:2, 4885:7,
4885:13, 4885:17,
4885:22, 4886:2,
4886:4, 4886:11,
4886:14, 4886:17,
4886:20, 4886:23,
4887:2, 4887:5,
4887:11, 4887:15,
4887:18, 4887:25,
4887:25, 4891:10,
4891:17, 4893:19,
4893:24, 4894:4,
4894:23, 4895:2,
4895:20, 4896:8,
4896:14, 4897:13,
4898:11, 4898:25,
4902:4, 4903:20,
4908:2, 4913:9,
4913:20, 4923:21,
4925:13, 4928:12,
4928:21, 4930:12,
4931:12, 4932:5,
4933:19, 4942:15,
4944:10, 4945:9,
4962:4, 4964:6,
4966:25, 4970:14,
4972:14, 4973:9,
4973:13, 4974:11,
4976:4, 4977:10,
4977:16, 4978:5,
4978:19, 4978:25,
4979:21, 4980:12,
4981:11, 4984:22,
4991:18, 5001:16,
5002:15, 5010:17,
5015:22, 5033:8

# C

**C** [7] - 4886:2,
4887:15, 4887:19,
4888:17, 4923:22,
5006:15, 5006:17
**CA** [2] - 4884:13,
4886:19
**Cabinet** [1] - 4892:6
**cabinet** [6] -
4892:24, 4899:3,
4899:10, 4900:18,
4901:13, 4918:20
**cabinets** [3] -
4918:12, 4920:19
**calculations** [3] -
4944:25, 4945:12,
4946:7
**calculator** [5] -

4944:18, 4946:2, 4946:4, 4946:7, 4946:9

**CALDWELL** [1] - 4885:13

**call** [27] - 4890:9, 4909:2, 4928:8, 4973:12, 4988:10, 4989:22, 4989:24, 4990:24, 4991:6, 4993:14, 4997:11, 5003:10, 5013:5, 5016:10, 5016:13, 5016:17, 5016:18, 5018:4, 5018:13, 5018:23, 5019:17, 5026:16, 5027:1, 5041:17, 5041:19

**call-out** [2] - 5017:20, 5018:23

**call-outs** [1] - 4973:12

**called** [8] - 4915:23, 4918:24, 4919:11, 4927:16, 4927:19, 4927:20, 4949:12, 4998:6

**calling** [3] - 4927:22, 4968:18, 4976:20

**calls** [1] - 5016:17

**CALVIN** [1] - 4888:17

**came** [8] - 4925:1, 4926:10, 4926:19, 4937:12, 4959:7, 4965:15, 5018:11, 5040:19

**Cameron** [3] - 4963:12, 4963:13, 5032:20

**CAMERON** [1] - 4887:1

**CAMP** [1] - 4885:18

**can** [118] - 4891:18, 4892:9, 4892:18, 4893:8, 4893:17, 4894:10, 4895:1, 4895:10, 4896:2, 4896:21, 4896:22, 4896:23, 4897:4, 4897:11, 4898:9, 4899:4, 4899:18, 4899:22, 4900:24, 4901:21, 4903:14, 4904:1, 4906:5, 4912:14, 4914:1, 4917:5, 4918:2, 4918:25, 4919:8, 4923:2, 4925:4, 4925:11, 4926:17,

4928:18, 4929:13, 4929:14, 4929:22, 4931:3, 4933:4, 4935:2, 4936:24, 4937:2, 4937:13, 4942:10, 4942:14, 4945:6, 4946:1, 4948:12, 4948:21, 4950:6, 4950:12, 4953:10, 4953:21, 4954:10, 4957:15, 4960:6, 4960:21, 4965:22, 4965:25, 4967:9, 4967:22, 4970:13, 4971:20, 4972:12, 4973:11, 4973:15, 4974:9, 4975:8, 4976:1, 4976:8, 4977:9, 4978:4, 4978:18, 4978:23, 4979:5, 4979:8, 4979:19, 4980:11, 4980:16, 4980:19, 4981:9, 4983:1, 4986:5, 4986:7, 4987:21, 4991:21, 4994:11, 4994:18, 4997:6, 4998:2, 4999:14, 5001:12, 5003:12, 5003:13, 5004:24, 5005:2, 5005:22, 5006:15, 5013:2, 5013:8, 5015:21, 5020:2, 5020:13, 5020:17, 5020:22, 5026:9, 5026:12, 5026:15, 5032:12, 5035:13, 5035:17, 5037:9, 5037:11, 5041:2

**can't** [16] - 4898:17, 4900:4, 4905:24, 4911:20, 4912:21, 4913:4, 4913:13, 4926:22, 4948:10, 4953:7, 4963:9, 4965:2, 4982:23, 5020:18, 5025:24, 5039:10

**Cancel** [1] - 4943:2

**canceled** [2] - 4908:7, 4908:10

**cannot** [1] - 4964:19

**capability** [2] - 4947:4, 4993:1

**care** [9] - 4890:5, 4986:20, 4988:24, 4994:14, 4997:11, 5014:1, 5015:1,

5030:18, 5031:2

**CARL** [1] - 4882:22

**CARONDELET** [2] - 4883:17, 4887:3

**CARRIE** [1] - 4886:5

**case** [19] - 4901:16, 4942:5, 4942:10, 4978:14, 4982:22, 4986:12, 4987:24, 4990:5, 5000:1, 5008:8, 5016:18, 5024:14, 5024:22, 5024:23, 5025:6, 5026:2, 5026:3, 5030:15, 5041:15

**CASE** [2] - 4882:12, 4882:14

**caser** [1] - 4985:23

**cases** [1] - 4977:18

**casing** [23] - 4970:2, 4985:19, 4985:21, 4985:22, 4985:23, 4986:9, 4987:1, 4988:11, 4988:18, 4992:4, 4994:15, 5013:14, 5013:15, 5021:21, 5024:18, 5026:7, 5026:10, 5026:14, 5028:17, 5028:21, 5029:11, 5029:18, 5031:25

**casings** [1] - 5024:17

**cause** [2] - 4976:20, 4981:13

**caused** [2] - 4893:9, 5026:25

**caution** [1] - 4904:22

**CCR** [3] - 4887:21, 5042:10, 5042:18

**cement** [90] - 4892:11, 4894:11, 4897:16, 4897:19, 4897:20, 4898:3, 4898:12, 4899:17, 4899:23, 4900:5, 4900:13, 4900:16, 4901:22, 4902:15, 4902:17, 4902:20, 4903:23, 4904:1, 4905:10, 4905:16, 4905:17, 4905:24, 4907:11, 4909:5, 4910:22, 4917:23, 4917:24, 4924:17, 4924:18, 4924:22, 4925:2, 4929:25, 4930:3, 4930:15, 4930:18, 4930:25, 4931:1, 4935:11,

4935:16, 4935:18, 4945:25, 4949:20, 4951:18, 4954:21, 4964:16, 4964:18, 4967:22, 4968:24, 4969:17, 4970:2, 4971:12, 4975:10, 4975:11, 4975:12, 4977:8, 4977:20, 4978:10, 4978:12, 4980:22, 4980:24, 4980:25, 4985:8, 4985:9, 4985:11, 4985:12, 4994:24, 5012:18, 5012:24, 5014:6, 5018:10, 5018:11, 5021:21, 5024:9, 5024:11, 5024:13, 5024:16, 5024:23, 5024:24, 5025:8, 5025:25, 5027:15, 5027:20, 5028:1

**cementer** [1] - 4898:5

**cementing** [3] - 4911:12, 5024:18, 5026:21

**CENTER** [1] - 4887:7

**centralizers** [7] - 5026:6, 5026:9, 5026:13, 5026:16, 5026:20, 5026:22, 5028:4

**CENTRE** [1] - 4886:11

**CERNICH** [1] - 4884:16

**certain** [14] - 4913:10, 4926:16, 4948:20, 4955:13, 4968:14, 4992:17, 4994:9, 4994:18, 4994:23, 4998:1, 5000:19, 5004:22, 5022:22

**certainly** [12] - 4986:11, 4996:13, 4997:24, 4999:14, 5011:21, 5020:2, 5020:17, 5020:22, 5026:23, 5027:17, 5030:24, 5036:4

**CERTIFICATE** [1] - 5042:8

**certify** [1] - 5042:12

**cetera** [1] - 4904:24

**CFR-2** [1] - 4904:24

**CFR-3** [1] - 4904:24

**chain** [1] - 4911:21

**CHAKERES** [1] - 4884:17

**challenging** [1] - 4944:12

**chance** [2] - 4893:14, 5026:14

**CHANG** [1] - 4884:16

**change** [9] - 4935:14, 4940:21, 4941:15, 4979:16, 4982:3, 4982:10, 4982:12, 5007:14, 5041:15

**changed** [2] - 4932:24, 4938:20

**changes** [2] - 4981:15, 4981:22

**channelling** [1] - 5030:6

**chart** [11] - 4936:8, 4937:16, 4942:13, 4943:7, 4949:5, 4962:12, 4979:20, 4979:22, 4999:1, 5008:8, 5008:19

**charts** [1] - 4979:22

**CHASE** [1] - 4886:21

**check** [5] - 4986:9, 4999:3, 5033:22, 5033:25, 5034:25

**checked** [2] - 4999:5, 5001:23

**checking** [1] - 5035:8

**chemical** [2] - 4964:21, 4977:20

**chemicals** [2] - 4964:25, 4965:6

**Chevron** [7] - 4927:14, 4938:16, 4958:22, 4958:25, 4959:4, 4959:10, 4959:16

**Chevron's** [2] - 4959:7, 4959:10

**CHICAGO** [1] - 4886:6

**Childs** [3] - 4890:16, 4890:20, 5006:24

**choice** [4] - 5006:12, 5023:19, 5023:21, 5026:20

**choices** [1] - 5004:19

**choke** [1] - 4986:8

**choose** [3] - 5005:3, 5006:1, 5006:20

**chooses** [2] - 4937:5, 5005:24

**chose** [1] - 5005:18

**circle** [1] - 4962:12
**circulate** [1] - 4994:10
**circulated** [2] - 4890:11, 5029:6
**circulating** [4] - 4971:23, 4972:1, 4972:4, 4972:23
**circulation** [4] - 4985:16, 5031:4, 5031:7
**circumstances** [1] - 5033:13
**CIVIL** [3] - 4882:8, 4884:11, 4884:20
**clarify** [1] - 4927:25
**Class** [1] - 4894:14
**clear** [9] - 4899:8, 4914:2, 4927:14, 4927:22, 4927:24, 4938:12, 5012:5, 5019:7, 5020:12
**clearly** [1] - 4998:25
**CLERK** [4] - 4890:17, 4890:19, 4966:17, 5042:3
**click** [1] - 4937:8
**client** [1] - 4937:2
**climate** [2] - 4900:8, 4900:21
**CLINGMAN** [1] - 4886:14
**close** [22] - 4893:1, 4914:15, 4963:24, 4982:18, 4982:25, 4986:7, 4987:9, 5004:10, 5004:13, 5004:15, 5004:23, 5005:22, 5006:14, 5034:5, 5034:9, 5034:14, 5034:23, 5036:9, 5037:6, 5037:17
**closed** [21] - 4987:2, 4988:2, 5003:4, 5005:3, 5005:20, 5005:21, 5009:8, 5009:9, 5034:7, 5034:25, 5035:7, 5037:19, 5037:22, 5037:23, 5038:4, 5038:5, 5038:12, 5038:14, 5038:19
**closer** [3] - 4894:25, 4948:25, 4964:1
**closing** [7] - 5005:11, 5034:11, 5035:17, 5035:19, 5037:1, 5038:17, 5038:25

**coach** [2] - 4947:23, 4948:8
**code** [1] - 4969:17
**collar** [1] - 4988:12
**collect** [1] - 4925:14
**collected** [2] - 4897:25, 4898:6
**column** [1] - 4964:13
**combination** [1] - 4988:1
**come** [21] - 4922:23, 4923:3, 4925:1, 4987:15, 4987:23, 4991:2, 4997:5, 5006:18, 5012:17, 5012:22, 5019:14, 5020:3, 5022:12, 5037:3, 5037:7, 5037:16, 5037:20, 5037:22, 5039:2, 5042:2
**comes** [2] - 4902:14, 5011:3
**comfortable** [3] - 4912:21, 4984:23, 5019:19
**coming** [7] - 4923:1, 4963:3, 4963:5, 4991:10, 5011:15, 5011:21, 5039:18
**command** [2] - 4906:9, 4911:21
**comment** [3] - 4982:23, 5015:6, 5019:4
**commented** [1] - 5000:18
**comments** [3] - 4976:22, 4979:1
**COMMERCIAL** [1] - 4885:2
**commission** [1] - 4959:1
**committee** [1] - 4964:7
**common** [9] - 4930:8, 4932:19, 4951:12, 4974:18, 5030:17, 5030:21, 5030:25, 5031:9
**commonly** [2] - 4930:7, 4930:23
**communicate** [1] - 4989:12
**communicated** [2] - 4893:12, 4912:20
**communication** [4] - 4921:11, 4989:8, 5025:7, 5033:19
**COMPANY** [1] -

4885:22
**company** [5] - 4925:25, 4996:24, 4997:7, 5016:23, 5039:24
**compared** [2] - 4953:6, 4962:9
**competency** [2] - 4947:23, 4948:8
**competition** [1] - 4903:14
**COMPLAINT** [1] - 4882:12
**complete** [4] - 4890:14, 5012:22, 5012:23, 5018:9
**completed** [1] - 4985:9
**completely** [2] - 4993:3, 5009:23
**completeness** [1] - 5019:23
**completion** [1] - 5022:7
**complex** [5] - 5031:21, 5031:22, 5031:23, 5032:1, 5032:4
**complexity** [1] - 5031:24
**component** [1] - 4975:7
**compressive** [2] - 4940:3, 4972:8
**compromising** [1] - 5023:24
**computer** [3] - 4916:6, 4916:25, 4928:22
**COMPUTER** [1] - 4887:25
**concentration** [11] - 4932:19, 4973:14, 4973:16, 4973:20, 4980:2, 4981:2, 4981:16, 4981:22, 4982:1, 4982:3, 4982:10
**concentrations** [3] - 4909:6, 4881:17, 4981:24
**concern** [1] - 4976:20
**concerned** [1] - 5036:20
**concerns** [2] - 4947:6, 5023:16
**concluded** [2] - 5008:24, 5019:14
**concluding** [1] -

5011:14
**conclusion** [3] - 4959:7, 5028:18, 5030:10
**conclusions** [1] - 5009:12
**condition** [4] - 4939:7, 4952:25, 4955:14, 4955:22
**conditioned** [2] - 4950:1, 4955:5
**conditioning** [20] - 4939:5, 4939:9, 4939:12, 4940:18, 4940:19, 4941:10, 4941:14, 4941:15, 4941:19, 4941:21, 4941:22, 4948:12, 4948:15, 4948:16, 4955:11, 4955:16, 4956:9, 4956:15, 4971:17
**conditions** [2] - 4971:7, 5012:10
**conduct** [5] - 4971:7, 4993:6, 4994:21, 4994:24, 4996:19
**conducted** [11] - 4947:23, 4960:23, 4971:6, 4973:23, 4986:6, 4986:12, 4988:21, 4988:25, 4995:4, 4995:19, 5014:12
**conducting** [3] - 4972:24, 4992:8, 5017:2
**confidence** [1] - 5013:1
**confident** [2] - 4890:21, 4937:13
**confirm** [10] - 4893:25, 4915:12, 4930:21, 4953:22, 4954:16, 4961:11, 5001:12, 5001:13, 5020:7, 5028:2
**conflicting** [1] - 5016:16
**confusion** [1] - 4898:22
**congressional** [1] - 4960:1
**connect** [1] - 4990:12
**connected** [2] - 4900:14, 4990:9
**connection** [7] - 4889:21, 4989:24, 4990:1, 4990:2,

4993:11, 5031:18, 5037:14
**connections** [1] - 4989:24
**CONRAD** [1] - 4883:19
**consider** [4] - 4911:1, 4967:12, 5031:23, 5033:15
**considerable** [1] - 4951:15
**considered** [1] - 5033:10
**consistency** [5] - 4949:13, 4949:14, 4949:17, 4949:19, 4949:24
**consistent** [7] - 4930:15, 4930:19, 4931:9, 4993:4, 5014:1, 5030:2, 5038:6
**consistently** [2] - 4930:24, 5014:15
**consistometer** [3] - 4949:21, 4950:2, 4980:17
**consistometers** [1] - 4951:13
**consult** [1] - 4955:8
**consulted** [2] - 4929:17, 4929:19, 4955:4
**contacted** [7] - 4920:24, 4931:6, 4952:2, 4952:5, 4953:3, 4954:19, 4961:12
**contacting** [2] - 4928:1, 4956:12
**contacts** [1] - 4956:6
**contained** [6] - 4894:13, 4895:6, 4895:15, 4896:20, 4897:20, 4902:10
**container** [2] - 4894:16, 4894:17
**containers** [1] - 4895:16
**contaminated** [1] - 4909:4
**contamination** [4] - 4908:25, 4909:1, 4909:7, 4909:10
**contending** [1] - 5028:1
**context** [3] - 5019:6, 5021:3, 5025:6
**contingency** [3] - 4968:2, 4968:4,

4968:9
  continue [4] -
4979:15, 5037:7,
5037:24
  Continue [1] -
4993:19
  CONTINUED [2] -
4891:9, 4984:21
  Continued [2] -
4888:7, 4888:19
  continued [2] -
4995:22, 5038:22
  continuing [2] -
4891:3, 5036:6
  contradictory [1] -
5017:5
  control [13] -
4996:17, 4998:21,
5003:2, 5012:24,
5022:1, 5029:24,
5031:4, 5033:15,
5034:4, 5034:8,
5036:18, 5038:1,
5038:2
  controlled [2] -
4900:8, 4900:21
  conversation [17] -
4898:13, 4911:15,
4913:10, 4914:20,
4953:23, 4955:10,
4955:12, 4955:15,
4955:22, 4956:14,
4962:23, 4997:3,
4997:15, 5014:25,
5018:18, 5021:7
  conversations [4] -
4922:13, 4928:4,
4928:5, 4928:7
  converted [1] -
4939:24
  conveyed [1] -
5019:20
  coordinate [1] -
4890:3
  copy [1] - 5025:25
  COREY [1] - 4885:7
  CORPORATE [1] -
4883:20
  corporate [1] -
4915:22
  CORPORATION [1] -
4887:2
  correct [292] -
4890:11, 4890:12,
4891:23, 4891:25,
4892:1, 4892:4,
4892:5, 4892:7,
4893:6, 4893:15,
4893:16, 4894:6,
4894:7, 4894:8,

4894:9, 4894:21,
4894:22, 4895:4,
4895:5, 4895:6,
4895:7, 4895:22,
4895:23, 4895:25,
4896:1, 4896:11,
4897:16, 4899:11,
4899:25, 4901:16,
4901:17, 4901:19,
4901:23, 4902:8,
4902:9, 4903:23,
4903:24, 4904:18,
4905:3, 4905:4,
4905:7, 4906:1,
4907:3, 4907:5,
4907:6, 4907:8,
4907:12, 4908:5,
4908:6, 4908:9,
4908:11, 4908:12,
4908:14, 4908:15,
4908:17, 4908:18,
4908:20, 4908:21,
4910:6, 4910:8,
4910:14, 4910:20,
4910:21, 4910:22,
4910:23, 4910:24,
4911:2, 4912:25,
4913:3, 4913:23,
4914:10, 4914:11,
4915:13, 4915:14,
4915:16, 4915:17,
4915:18, 4915:19,
4915:20, 4915:21,
4917:10, 4917:16,
4918:8, 4918:10,
4919:8, 4919:12,
4919:13, 4919:14,
4919:15, 4919:24,
4920:3, 4920:4,
4920:25, 4921:4,
4921:12, 4921:13,
4921:14, 4921:15,
4921:19, 4921:22,
4922:1, 4922:3,
4923:19, 4925:7,
4926:11, 4927:1,
4927:4, 4927:7,
4928:25, 4929:15,
4929:16, 4929:18,
4930:7, 4930:24,
4932:21, 4932:22,
4932:25, 4934:3,
4934:5, 4934:12,
4934:13, 4934:14,
4934:15, 4935:23,
4935:24, 4936:17,
4936:19, 4936:22,
4936:23, 4937:4,
4937:10, 4938:5,
4938:14, 4938:22,
4939:2, 4939:3,

4939:19, 4939:22,
4939:25, 4940:3,
4940:5, 4940:12,
4940:16, 4940:25,
4942:18, 4942:20,
4942:22, 4942:24,
4943:3, 4943:4,
4943:9, 4943:13,
4943:15, 4943:22,
4943:25, 4944:4,
4944:14, 4944:17,
4944:23, 4946:8,
4946:12, 4947:4,
4947:11, 4949:10,
4949:12, 4949:14,
4949:18, 4950:23,
4951:3, 4951:4,
4951:8, 4951:9,
4951:18, 4951:23,
4952:7, 4952:10,
4953:3, 4953:6,
4956:20, 4956:22,
4956:23, 4956:25,
4957:3, 4957:11,
4958:4, 4958:11,
4960:8, 4961:13,
4961:16, 4961:18,
4961:20, 4961:21,
4965:13, 4970:8,
4970:11, 4970:21,
4971:12, 4971:18,
4971:19, 4972:16,
4972:24, 4974:14,
4974:15, 4976:18,
4976:19, 4978:2,
4978:21, 4979:6,
4979:25, 4980:14,
4982:7, 4982:8,
4985:10, 4985:17,
4985:20, 4985:21,
4985:23, 4986:3,
4987:11, 4987:19,
4987:20, 4988:6,
4988:10, 4989:2,
4989:13, 4989:19,
4990:11, 4990:18,
4990:19, 4990:23,
4992:8, 4992:9,
4993:9, 4993:10,
4993:12, 4994:21,
4994:25, 4995:11,
4995:20, 4996:1,
4999:10, 4999:17,
4999:18, 5000:16,
5001:2, 5001:5,
5001:22, 5002:7,
5002:8, 5002:10,
5003:23, 5004:16,
5004:17, 5005:18,
5007:3, 5007:4,
5007:11, 5008:20,

5009:6, 5010:13,
5010:14, 5012:1,
5012:11, 5012:18,
5014:2, 5016:2,
5016:3, 5016:6,
5016:15, 5016:16,
5016:19, 5016:21,
5017:1, 5018:15,
5018:17, 5021:9,
5021:24, 5021:25,
5022:4, 5022:9,
5025:4, 5026:4,
5027:23, 5028:14,
5029:7, 5029:19,
5029:21, 5029:25,
5030:13, 5030:19,
5042:12
  corrected [2] -
4975:14, 4975:17
  correctly [9] -
4907:16, 4977:21,
4981:18, 5014:21,
5014:24, 5015:9,
5015:23, 5016:4,
5040:11
  correlation [3] -
4949:18, 4949:22,
4949:24
  cost [1] - 5023:16
  could [45] - 4891:15,
4893:17, 4893:25,
4901:24, 4903:25,
4904:21, 4906:5,
4907:19, 4914:3,
4926:18, 4940:6,
4951:6, 4957:10,
4957:14, 4957:16,
4964:13, 4969:7,
4977:8, 4977:14,
4986:4, 4986:11,
4989:16, 4990:20,
4992:14, 4992:16,
4992:18, 4999:6,
4999:8, 5001:18,
5002:3, 5003:20,
5004:5, 5005:19,
5006:9, 5006:10,
5010:16, 5011:4,
5015:15, 5015:17,
5019:21, 5026:16,
5026:18, 5030:5,
5033:15
  couldn't [1] -
5025:19
  counsel [4] - 4914:6,
4968:16, 4969:11,
4979:24
  count [3] - 5035:4,
5035:8, 5036:1
  counteract [2] -

4932:11, 4933:4
  country [1] - 4962:22
  couple [19] -
4892:20, 4892:25,
4919:18, 4919:19,
4920:11, 4960:5,
4967:1, 4967:2,
4985:4, 4998:14,
4999:8, 5007:22,
5010:15, 5012:19,
5024:1, 5024:7,
5028:11, 5030:15,
5036:4
  course [1] - 5041:19
  Court [12] - 4890:8,
4893:8, 4894:10,
4898:2, 4899:22,
4967:22, 4968:23,
4969:14, 4980:16,
5042:10, 5042:11,
5042:19
  court [8] - 4895:11,
4925:1, 4943:17,
4946:1, 4947:17,
4954:13, 4976:8,
4980:19
  COURT [72] - 4882:1,
4887:21, 4889:5,
4889:6, 4889:9,
4889:14, 4889:16,
4889:24, 4890:6,
4890:10, 4890:22,
4891:1, 4891:8,
4894:19, 4897:1,
4897:6, 4903:10,
4903:16, 4907:20,
4907:22, 4913:6,
4913:15, 4913:18,
4923:8, 4923:10,
4923:13, 4923:16,
4923:18, 4923:20,
4932:4, 4963:12,
4963:14, 4963:16,
4963:18, 4963:20,
4963:22, 4963:25,
4966:13, 4966:16,
4966:19, 4966:20,
4966:23, 4973:3,
4973:5, 4976:1,
4979:13, 4979:18,
4982:16, 4982:20,
4983:3, 4983:5,
4983:7, 4983:9,
4983:13, 4983:20,
4984:1, 4984:6,
4984:9, 4984:16,
4984:18, 4984:20,
4991:7, 4991:11,
4991:14, 5001:12,
5032:20, 5032:22,

5032:24, 5033:3, 5041:21, 5041:23, 5041:25

**Court's** [2] - 4891:4, 4989:20

**courts** [2] - 4962:22, 4963:4

**cover** [5] - 4891:6, 4950:3, 4960:22, 4992:17, 4998:16

**covered** [2] - 4982:17, 5007:17

**COVINGTON** [1] - 4886:1

**create** [10] - 4893:9, 4908:20, 4911:5, 4911:23, 4912:4, 4912:5, 4912:25, 4913:11, 4937:2, 5018:12

**created** [6] - 4892:3, 4896:9, 4912:11, 4912:16, 4913:2, 4922:6

**creates** [1] - 4978:16

**creating** [1] - 4979:4

**creation** [1] - 4893:5

**crew** [33] - 4992:10, 4993:23, 4993:24, 4996:1, 4997:18, 4998:4, 4998:5, 4998:8, 4999:2, 5007:12, 5009:5, 5009:11, 5009:18, 5011:24, 5014:17, 5018:19, 5019:1, 5025:14, 5025:22, 5025:25, 5033:12, 5033:22, 5034:2, 5034:5, 5034:13, 5034:20, 5035:22, 5036:8, 5036:13, 5036:23, 5038:11, 5038:16, 5038:23

**crews'** [1] - 4998:3

**critical** [2] - 4994:11, 4994:13

**criticism** [4] - 5014:22, 5015:9, 5015:11, 5015:24

**cross** [4] - 4891:12, 4913:22, 4964:8, 4985:2

**CROSS** [3] - 4903:19, 4913:19, 4984:21

**Cross** [3] - 4888:9, 4888:11, 4888:19

**cross-exam** [1] - 4964:8

**Cross-Examination** [3] - 4888:9, 4888:11, 4888:19

**cross-examination** [3] - 4891:12, 4913:22, 4985:2

**CROSS-EXAMINATION** [3] - 4903:19, 4913:19, 4984:21

**CRR** [2] - 4887:21, 5042:18

**CSB** [1] - 4923:24

**culling** [2] - 4898:15, 4899:2

**CUNNINGHAM** [2] - 4883:8, 4883:9

**Cunningham** [1] - 4890:1

**cured** [1] - 4978:13

**curious** [1] - 4917:5

**current** [2] - 4964:16, 4964:19

**currently** [4] - 4891:24, 4892:23, 4893:22, 4896:16

**Currently** [1] - 4892:6

**customer** [1] - 4971:21

**cut** [2] - 4899:11, 5039:8

**cutting** [1] - 5037:11

# D

**D** [23] - 4885:13, 4886:17, 4888:1, 4894:14, 4904:23, 4905:7, 4929:15, 4929:18, 4929:21, 4929:22, 4931:15, 4931:17, 4931:21, 4932:1, 4932:11, 4933:5, 4934:5, 4934:7, 4934:14, 4934:21, 4934:25, 4935:11, 4938:19

**D-3264** [2] - 4918:11, 4918:14

**D-4309A** [3] - 4937:16, 4943:7, 4951:20

**D-4320** [1] - 4999:6

**D-4327A.1** [1] - 4991:19

**D-4337** [1] - 5008:7

**D-4352** [1] - 4986:4

**D-4353** [1] - 4987:18

**D-4354** [1] - 4995:5

**D-4373** [1] - 4954:11

**D-4374.1** [1] - 4954:18

**D-4377A** [2] - 4914:3, 4936:7

**D-4379** [1] - 4915:8

**D-4381** [1] - 4935:6

**D-4447** [1] - 5037:9

**D-4611** [2] - 4928:11, 4962:14

**D-6608** [1] - 4990:20

**D-6652** [2] - 5033:17, 5037:25

**D-6656** [1] - 4906:5

**D-8242** [1] - 4979:20

**D-Air** [20] - 4894:14, 4904:23, 4905:7, 4929:15, 4929:18, 4929:21, 4929:22, 4931:15, 4931:17, 4931:21, 4932:1, 4932:11, 4934:5, 4934:7, 4934:14, 4934:21, 4934:25, 4935:11, 4938:19

**daily** [3] - 4915:7, 4993:12, 4993:15

**DALLAS** [1] - 4887:13

**DANIEL** - 4885:2

**dark** [1] - 4927:17

**data** [8] - 4924:21, 5001:24, 5007:22, 5008:3, 5008:17, 5008:18, 5033:19, 5033:23

**database** [3] - 4930:20, 4930:21, 5027:1

**date** [19] - 4892:2, 4897:16, 4897:20, 4897:22, 4897:25, 4898:4, 4898:5, 4951:19, 4965:23, 4966:3, 4966:8, 4969:2, 4969:7, 4969:8, 4969:18, 4969:20

**dated** [3] - 4965:14, 4965:15, 4965:17

**daughter** [1] - 4984:7

**DAUPHIN** [1] - 4883:9

**DAVID** [2] - 4887:5, 4887:5

**David** [1] - 4906:19

**DAY** [1] - 4882:20

**day** [15] - 4890:21, 4892:25, 4914:24, 4915:2, 4915:4, 4916:15, 4926:9, 4936:13, 4951:8, 4987:11, 4996:3, 5012:16

**day-to-day** [1] - 4914:24

**days** [4] - 4892:25, 4893:5, 4960:10, 4984:3

**DC** [4] - 4884:18, 4884:23, 4885:4, 4886:3

**DDIII** [1] - 5029:6

**deal** [4] - 4935:19, 5030:23, 5037:18

**dealing** [1] - 5027:2

**dealt** [1] - 5006:24

**DEANNA** [1] - 4884:16

**December** [3] - 4969:3, 4969:5, 4970:5

**decide** [4] - 4922:2, 4922:9, 4937:14, 5006:15

**decided** [1] - 4890:9

**decision** [6] - 4921:12, 4946:16, 4957:2, 5027:11, 5027:14, 5027:20

**decisions** [4] - 5023:2, 5027:5, 5027:8, 5027:19

**declared** [1] - 5018:19

**deep** [4] - 4950:15, 4972:20, 5022:11, 5022:15

**deeper** [1] - 4988:2

**deepwater** [3] - 4950:21, 5031:6, 5031:11

**DEEPWATER** [3] - 4882:5, 4886:9, 4886:10

**Deepwater** [5] - 4902:15, 4924:4, 4924:11, 4924:19, 5002:22

**defer** [1] - 4890:6

**defined** [1] - 4949:20

**definition** [4] - 4949:19, 4949:22, 5013:8, 5014:4

**defoamer** [5] - 4903:23, 4904:2, 4905:7, 4906:1,

4929:24

**defoamers** [3] - 4904:22, 4904:23

**DEGRAVELLES** [2] - 4884:1, 4884:2

**degrees** [5] - 4941:23, 4942:3, 4942:9, 4955:5, 4972:6

**delayed** [1] - 4983:15

**DELEMARRE** [1] - 4884:21

**demands** [1] - 4951:11

**demonstrated** [1] - 4988:18

**demonstrative** [3] - 4899:18, 4906:7, 5037:25

**Demonstrative** [4] - 4896:15, 4897:9, 4970:13, 4974:9

**DENISE** [1] - 4887:18

**denser** [1] - 4977:6

**densities** [2] - 4939:24, 4945:13

**density** [18] - 4938:19, 4940:16, 4941:1, 4943:12, 4943:15, 4943:19, 4945:16, 4945:17, 4946:18, 4974:13, 4974:17, 4976:13, 4976:15, 4976:18, 4977:1, 4977:6, 4977:18, 4977:19

**deny** [1] - 5028:2

**Department** [1] - 4970:10

**DEPARTMENT** [4] - 4884:10, 4884:14, 4884:19, 4885:1

**depending** [4] - 4948:16, 4992:8, 5004:20, 5005:6

**depends** [2] - 4917:7, 5012:13

**depicted** [3] - 4899:19, 4901:22, 5010:22

**depicting** [1] - 4995:8

**depiction** [1] - 4991:20

**deposition** [17] - 4905:21, 4915:20, 4944:7, 4944:13, 4945:13, 4946:4, 4952:13, 4952:16,

4956:19, 5000:1,
5000:14, 5000:15,
5001:4, 5019:14,
5025:3, 5025:12,
5040:21

**depth** [10] - 4971:2,
4971:6, 4971:14,
4993:8, 4994:2,
4994:3, 4994:12,
4996:25, 4997:2,
4997:4

**DEPUTY** [4] -
4890:17, 4890:19,
4966:17, 5042:3

**descending** [1] -
4987:19

**describe** [2] -
5008:4, 5008:9

**described** [2] -
4958:6, 5040:8

**describing** [1] -
4990:21

**descriptions** [1] -
5008:1

**design** [25] -
4916:13, 4928:14,
4929:19, 4929:21,
4930:15, 4930:18,
4930:23, 4948:17,
4952:5, 4952:6,
4981:25, 5024:9,
5024:11, 5024:13,
5024:15, 5024:20,
5031:17, 5032:2,
5032:4, 5032:6,
5032:7, 5032:9,
5032:14, 5032:15

**designation** [1] -
5004:24

**designed** [4] -
4905:10, 4977:1,
5024:16, 5025:8

**designee** [6] -
5004:9, 5004:18,
5005:10, 5005:17,
5005:24, 5006:19

**designing** [1] -
4903:22

**designs** [6] -
4905:15, 4930:17,
4968:5, 4968:6,
5031:21, 5031:25

**desire** [1] - 4891:4

**desired** [1] - 5005:14

**destabilize** [4] -
4904:25, 4905:1,
4905:3, 4905:7

**destabilizing** [1] -
4929:22

**destroy** [1] - 4962:21

**destroyed** [5] -
4910:13, 4911:12,
4912:7, 4912:17,
4912:19

**detail** [5] - 4946:18,
4995:7, 5028:7,
5028:8, 5028:9

**details** [2] - 4950:8,
4996:6

**detectable** [2] -
4999:20, 4999:21

**determination** [1] -
4899:14

**determinations** [1] -
4899:4

**determine** [5] -
4899:5, 4931:8,
4980:21, 4980:22,
5034:20

**determined** [2] -
4896:3, 5036:13

**developed** [1] -
4997:1

**developing** [1] -
4998:20

**DEXTER** [1] - 4885:8

**diagnosed** [1] -
5002:7

**diameter** [2] -
4990:15, 4993:4

**did** [158] - 4898:14,
4898:21, 4899:4,
4899:5, 4899:15,
4901:1, 4901:12,
4903:1, 4906:15,
4906:18, 4908:22,
4909:1, 4909:8,
4909:14, 4909:21,
4909:24, 4910:4,
4910:5, 4910:13,
4910:16, 4911:4,
4911:6, 4911:7,
4911:9, 4911:11,
4911:12, 4911:21,
4911:22, 4912:2,
4913:1, 4913:11,
4914:13, 4914:19,
4915:15, 4916:4,
4916:8, 4916:9,
4916:25, 4919:16,
4919:22, 4920:24,
4921:12, 4922:2,
4922:9, 4922:15,
4922:19, 4922:23,
4922:24, 4923:3,
4924:11, 4924:15,
4925:1, 4925:3,
4928:22, 4933:6,
4934:9, 4934:16,
4940:21, 4941:12,

4941:13, 4941:15,
4946:4, 4946:7,
4946:22, 4947:25,
4953:23, 4954:3,
4955:8, 4955:11,
4955:17, 4955:20,
4955:22, 4955:24,
4956:14, 4956:20,
4956:22, 4958:10,
4959:21, 4959:24,
4960:14, 4960:18,
4961:1, 4961:4,
4961:7, 4961:18,
4961:22, 4961:24,
4961:25, 4962:20,
4972:20, 4975:1,
4975:5, 4975:16,
4977:21, 4981:17,
4982:9, 4983:13,
4983:18, 4987:14,
4987:24, 4988:9,
4988:20, 4993:13,
4997:10, 4998:9,
4998:20, 5000:2,
5000:6, 5000:8,
5000:10, 5000:15,
5001:24, 5006:24,
5006:25, 5007:19,
5009:11, 5012:3,
5014:9, 5014:11,
5014:14, 5014:16,
5014:20, 5022:25,
5023:8, 5025:6,
5025:16, 5025:19,
5026:19, 5027:12,
5028:8, 5028:9,
5028:15, 5028:23,
5029:3, 5031:17,
5031:19, 5032:9,
5032:11, 5032:13,
5033:16, 5033:21,
5034:5, 5034:6,
5034:16, 5034:19,
5035:3, 5035:7,
5035:10, 5036:13,
5038:1, 5038:8

**didn't** [37] - 4894:1,
4899:11, 4911:10,
4912:6, 4912:7,
4912:9, 4914:20,
4920:23, 4933:3,
4933:6, 4934:22,
4947:15, 4948:4,
4951:13, 4953:25,
4954:5, 4956:12,
4956:15, 4960:4,
4963:22, 4982:17,
4986:16, 4987:13,
5001:2, 5016:23,
5018:16, 5019:6,
5019:13, 5020:24,

5022:24, 5023:15,
5023:18, 5028:2,
5028:6, 5032:6

**difference** [6] -
4970:24, 4974:6,
4980:5, 4980:8,
4982:6, 5012:12

**differences** [1] -
4893:23

**different** [28] -
4897:2, 4902:17,
4902:20, 4905:15,
4909:14, 4909:18,
4910:19, 4935:8,
4941:10, 4941:14,
4968:1, 4968:5,
4968:6, 4969:7,
4971:11, 4976:17,
4986:14, 4987:15,
5007:25, 5012:14,
5016:7, 5018:23,
5021:12, 5028:10,
5032:9, 5040:16

**differentials** [1] -
5013:15

**digits** [4] - 4895:4,
5010:19, 5011:12,
5013:11

**direct** [12] - 4891:3,
4932:10, 4949:18,
4950:7, 4969:15,
4982:15, 4982:17,
4985:5, 4993:17,
5000:13, 5017:19,
5041:21

**Direct** [1] - 4888:7

**DIRECT** [1] - 4891:9

**direction** [3] -
4893:14, 4986:1,
5004:23

**directly** [2] - 4931:1,
5041:6

**disagree** [3] -
4931:24, 4932:2,
4932:6

**discarded** [1] -
4912:9

**disclose** [1] - 4958:7

**disconnect** [1] -
5037:15

**disconnecting** [1] -
4989:17

**disconnection** [1] -
5013:17

**discover** [1] - 4975:5

**discovered** [1] -
4975:6

**discovery** [1] -
5021:4

**discussed** [3] -

5022:24, 5023:15,
5023:18, 5028:2,
5028:6, 5032:6

5022:24, 5023:15,
5023:18, 5028:2,
5028:6, 5032:6

4910:19, 4955:13,
5019:24

**discussing** [1] -
4967:15

**discussion** [2] -
5028:9, 5040:22

**discussions** [3] -
4980:14, 5027:17,
5027:18

**dish** [1] - 4932:15

**dispersants** [1] -
4904:23

**displaced** [1] -
4995:21

**displacement** [10] -
4988:1, 4993:7,
4994:8, 4995:17,
4995:22, 4996:20,
4998:20, 5002:6,
5013:3, 5018:9

**displacing** [1] -
4995:20

**disposed** [1] -
4964:22

**dispute** [5] - 4897:8,
5000:22, 5000:23,
5000:24, 5011:18

**distinction** [1] -
4971:22

**DISTRICT** [3] -
4882:1, 4882:2,
4882:23

**District** [2] - 5042:11

**divert** [4] - 5002:23,
5005:5, 5005:13,
5005:18

**diverted** [5] - 5003:4,
5004:22, 5007:3,
5011:24, 5011:25

**diverter** [14] -
5002:20, 5002:22,
5003:4, 5003:17,
5003:24, 5004:6,
5004:14, 5005:8,
5010:12, 5010:24,
5012:1, 5039:13,
5039:15

**divide** [2] - 4945:14,
4945:18

**divided** [1] - 4945:17

**DIVISION** [3] -
4884:11, 4884:14,
4884:20

**docket** [1] - 4923:10

**document** [6] -
4891:18, 4923:6,
4923:8, 4967:20,
4981:3, 4981:8

**Document** [2] -
4923:7, 4924:14

**DOCUMENT** [1] - 4882:11

**documented** [1] - 4976:11

**documents** [4] - 4935:7, 4967:19, 4973:12, 4979:12

**does** [34] - 4894:13, 4894:16, 4897:18, 4897:20, 4898:4, 4905:1, 4933:5, 4934:20, 4945:20, 4947:21, 4948:22, 4948:23, 4950:21, 4956:6, 4964:17, 4973:8, 4975:25, 4976:20, 4978:1, 4988:13, 4989:6, 4997:25, 5001:11, 5004:18, 5011:6, 5014:4, 5019:5, 5031:14, 5034:9, 5037:9, 5038:10, 5041:15, 5041:16

**doesn't** [5] - 4905:1, 4956:9, 4956:12, 4982:3, 5005:25

**doing** [20] - 4915:24, 4916:12, 4925:8, 4932:25, 4938:16, 4945:12, 4945:20, 4967:25, 4968:4, 4968:11, 4982:14, 4983:14, 4987:11, 4991:14, 5012:13, 5013:21, 5018:15, 5023:20, 5023:23, 5037:1

**DOJ** [2] - 4899:3, 4901:12

**DOMENGEAUX** [1] - 4883:3

**DON** [1] - 4885:22

**Don** [11] - 5018:1, 5018:25, 5019:8, 5019:12, 5019:14, 5019:18, 5019:19, 5020:15, 5040:9, 5041:5

**don't** [132] - 4893:7, 4897:8, 4898:10, 4898:18, 4900:3, 4902:16, 4905:11, 4906:5, 4906:10, 4911:8, 4911:13, 4911:15, 4911:16, 4911:18, 4911:19, 4911:24, 4911:25, 4912:19, 4912:20, 4912:21, 4912:22,

4913:16, 4916:8, 4917:2, 4917:4, 4917:5, 4918:4, 4919:3, 4919:4, 4920:5, 4920:14, 4921:8, 4922:13, 4922:25, 4923:5, 4924:2, 4924:12, 4924:16, 4924:25, 4927:13, 4927:22, 4927:25, 4930:5, 4931:3, 4931:5, 4931:10, 4931:20, 4931:23, 4932:8, 4932:9, 4933:7, 4936:18, 4940:10, 4940:22, 4940:23, 4941:17, 4942:7, 4942:10, 4942:11, 4942:12, 4944:5, 4945:8, 4946:2, 4947:9, 4947:20, 4947:24, 4951:19, 4952:11, 4953:7, 4954:5, 4954:9, 4954:15, 4954:17, 4955:18, 4955:19, 4956:3, 4958:19, 4958:23, 4960:13, 4960:16, 4960:17, 4962:18, 4962:23, 4963:9, 4964:2, 4965:2, 4968:13, 4971:6, 4971:10, 4971:14, 4972:10, 4973:5, 4975:19, 4975:25, 4980:24, 4988:15, 4995:6, 4995:23, 4996:5, 4997:8, 4997:9, 5001:6, 5001:11, 5001:13, 5001:15, 5002:14, 5007:21, 5009:14, 5009:19, 5011:20, 5011:21, 5011:24, 5012:2, 5012:4, 5012:24, 5022:16, 5023:22, 5025:10, 5025:15, 5030:21, 5030:22, 5031:4, 5031:22, 5032:1, 5039:9

**DONALD** [1] - 4887:11

**done** [42] - 4902:12, 4916:22, 4917:18, 4937:21, 4937:25, 4938:5, 4938:15, 4939:8, 4941:9, 4943:8, 4946:11, 4946:13, 4951:24,

4951:25, 4952:6, 4953:12, 4954:1, 4956:7, 4958:17, 4958:21, 4959:10, 4960:5, 4961:3, 4961:25, 4962:3, 4970:1, 4970:8, 4970:23, 4970:24, 4983:2, 4983:4, 4983:5, 4991:7, 4991:17, 5009:25, 5015:15, 5016:23, 5023:5, 5023:14, 5025:18, 5026:2, 5039:11

**door** [1] - 4900:15

**doors** [2] - 4900:10, 5003:25

**doubt** [1] - 5039:21

**doubting** [1] - 5028:25

**DOUGLAS** [1] - 4885:17

**down** [44] - 4895:18, 4896:2, 4899:2, 4901:21, 4903:21, 4904:1, 4908:4, 4908:11, 4908:13, 4943:2, 4944:8, 4950:12, 4951:5, 4951:10, 4957:23, 4964:13, 4965:7, 4973:11, 4978:4, 4980:3, 4986:6, 4986:22, 4987:8, 4988:12, 4988:13, 4989:21, 4990:1, 4991:2, 4991:4, 4991:6, 4992:7, 4994:22, 4995:9, 4995:24, 5007:16, 5012:22, 5012:23, 5018:10, 5026:10, 5028:17, 5029:18, 5030:11, 5034:23, 5037:1

**downhole** [13] - 4907:12, 4907:14, 4908:1, 4930:4, 4931:18, 4932:8, 4942:6, 4971:7, 4971:9, 4972:7, 4972:15, 4972:21, 5022:6

**downsides** [1] - 5026:13

**DOYEN** [1] - 4886:17

**draw** [2] - 4971:21, 5027:4

**DRESCHER** [1] -

4883:14

**drill** [50] - 4986:22, 4987:6, 4987:8, 4987:18, 4989:1, 4989:8, 4989:12, 4989:20, 4990:10, 4990:12, 4990:16, 4990:22, 4992:7, 4992:10, 4993:8, 4993:23, 4993:24, 4994:15, 4994:22, 4995:3, 4995:8, 4995:13, 4995:23, 4996:10, 4996:22, 4998:5, 4999:2, 4999:19, 5007:12, 5009:5, 5009:18, 5012:18, 5012:23, 5018:10, 5018:11, 5021:14, 5033:10, 5033:12, 5033:21, 5034:2, 5034:5, 5034:13, 5034:20, 5036:8, 5036:13, 5036:23, 5038:1, 5039:24, 5041:14

**drilled** [2] - 5021:19, 5022:5

**driller** [18] - 4992:20, 4994:14, 4994:22, 4995:2, 4996:9, 4996:21, 4996:25, 4997:5, 4997:10, 4997:24, 4998:9, 5000:8, 5004:9, 5004:18, 5005:10, 5005:17, 5005:24, 5006:19

**DRILLING** [1] - 4886:9

**drilling** [14] - 4992:6, 4993:12, 4993:15, 4996:16, 5022:7, 5022:11, 5022:15, 5026:21, 5027:6, 5030:16, 5031:5, 5031:6, 5031:11, 5031:12

**drink** [2] - 5002:14

**drip** [2] - 5002:13, 5019:14

**DRIVE** [1] - 4883:20

**drops** [1] - 5035:18

**drove** [1] - 5027:20

**dry** [1] - 4898:13

**Dubois** [1] - 4906:23

**due** [1] - 4951:15

**dumping** [1] - 5006:20

**Duncan** [5] - 4952:6,

4952:9, 4952:21, 4953:23, 4954:2

**duration** [2] - 5030:4, 5030:7

**during** [17] - 4924:19, 4951:11, 4953:23, 4963:7, 4967:11, 4967:21, 4968:7, 4989:9, 4989:12, 4995:1, 4995:24, 4998:20, 5013:16, 5019:7, 5027:24, 5035:13, 5039:25

**duty** [1] - 4999:23

## E

**e** [8] - 4919:4, 4933:8, 4933:11, 4950:5, 4950:6, 4950:20, 4960:16, 4967:15

**E** [4] - 4887:11, 4887:18, 4888:1, 4889:3

**e-mail** [7] - 4933:8, 4933:11, 4950:5, 4950:6, 4950:20, 4960:16, 4967:15

**e-mails** [1] - 4919:4

**each** [2] - 4910:4, 5008:6

**earlier** [2] - 4968:23, 4993:21

**early** [3] - 4984:14, 4986:13, 5007:13

**ease** [2] - 4924:9, 4935:6

**easier** [5] - 4894:24, 4896:25, 4897:5, 4906:7, 5003:21

**Eastern** [1] - 5042:11

**EASTERN** [1] - 4882:2

**EDS** [4] - 5037:13, 5037:19, 5039:1, 5039:7

**EDSed** [5] - 5033:12, 5034:2, 5036:14, 5036:23, 5038:23

**EDSing** [1] - 5039:4

**EDWARDS** [1] - 4883:3

**effect** [3] - 4948:12, 5000:9, 5029:16

**effectively** [1] - 4988:4

**efficiently** [1] -

4951:13
**effort** [4] - 5009:5, 5009:21, 5029:24
**efforts** [2] - 4967:25, 4968:4
**eight** [5] - 4909:6, 4947:1, 4960:10, 4979:25, 5001:5
**either** [8] - 4917:5, 4960:1, 4997:7, 5000:3, 5000:5, 5005:5, 5005:12
**eject** [1] - 5037:24
**element** [1] - 4997:25
**elements** [1] - 4992:25
**ELIZABETH** [1] - 4885:3
**ELLIS** [1] - 4886:4
**ELM** [1] - 4887:13
**ELMO** [4] - 4919:8, 4925:11, 4962:13, 4969:15
**else** [7] - 4890:22, 4903:10, 4911:21, 4913:5, 4928:7, 4958:5, 5020:9
**emergency** [2] - 4989:9, 5033:11
**enclosed** [1] - 4978:13
**end** [8] - 4949:3, 4967:23, 4990:3, 4990:4, 4998:21, 5000:11, 5005:25
**ending** [2] - 4977:14, 4981:8
**ENERGY** [2] - 4886:11, 4887:10
**ENFORCEMENT** [1] - 4884:15
**engineer** [4] - 4935:22, 4935:25, 4971:9, 5024:16
**engineering** [6] - 4939:10, 4959:20, 5017:15, 5026:10, 5026:22, 5032:12
**Engineers** [1] - 4959:23
**engineers** [4] - 5001:1, 5017:3, 5017:8, 5017:13
**enough** [7] - 4904:2, 4914:15, 5001:17, 5006:16, 5020:18, 5023:25, 5028:10
**ensure** [1] - 4964:15
**ensuring** [1] -

4996:10
**entered** [3] - 4962:22, 5029:21, 5029:23
**entire** [2] - 5025:6, 5036:15
**entities** [1] - 4963:4
**entitled** [3] - 4892:6, 4998:4, 5042:14
**entry** [2] - 4983:19, 4993:18
**ENVIRONMENT** [1] - 4884:14
**ENVIRONMENTAL** [1] - 4884:15
**equipment** [1] - 4957:17
**equivalent** [1] - 4945:11
**erosional** [3] - 5029:2, 5029:3, 5029:4
**error** [1] - 4975:6
**ESQ** [54] - 4883:3, 4883:6, 4883:9, 4883:11, 4883:14, 4883:17, 4883:19, 4883:22, 4884:2, 4884:4, 4884:7, 4884:11, 4884:15, 4884:16, 4884:16, 4884:17, 4884:17, 4884:20, 4884:21, 4884:21, 4884:22, 4884:22, 4885:2, 4885:3, 4885:3, 4885:7, 4885:8, 4885:17, 4885:17, 4885:22, 4886:2, 4886:4, 4886:5, 4886:5, 4886:11, 4886:14, 4886:14, 4886:17, 4886:17, 4886:18, 4886:20, 4886:23, 4887:2, 4887:5, 4887:5, 4887:6, 4887:6, 4887:11, 4887:11, 4887:12, 4887:15, 4887:18, 4887:18, 4887:19
**established** [3] - 4938:20, 4973:1, 5003:1
**estimated** [3] - 4981:16, 4981:22, 4982:1
**estimation** [1] - 4949:17
**et** [1] - 4904:24

**ET** [2] - 4882:13, 4882:16
**evaluated** [1] - 4967:7
**evaluating** [1] - 4946:20
**Even** [1] - 5001:19
**even** [9] - 4902:15, 4907:7, 4961:2, 4971:4, 4971:6, 4980:20, 4992:23, 5017:3, 5039:1
**evening** [2] - 5016:14, 5022:7
**event** [4] - 4939:18, 4947:10, 5004:3, 5031:5
**events** [2] - 4996:3, 5022:1
**eventually** [1] - 5028:18
**ever** [15] - 4903:6, 4923:3, 4924:15, 4924:24, 4931:25, 4932:6, 4941:23, 4954:15, 4954:16, 4957:21, 4961:4, 4968:8, 4975:1, 5011:25, 5025:7
**every** [3] - 4937:7, 4984:4, 4990:4
**everyone** [1] - 4889:6
**everything** [10] - 4890:2, 4893:2, 4915:11, 4922:21, 4988:13, 5002:11, 5007:16, 5022:9, 5027:7, 5034:18
**evidence** [17] - 4889:23, 4923:18, 4933:2, 4934:24, 4997:9, 5010:1, 5011:25, 5017:4, 5020:23, 5022:21, 5022:22, 5028:20, 5029:9, 5029:14, 5029:20, 5030:18
**exact** [5] - 4929:8, 4934:21, 4966:8, 4995:16, 5001:6
**exactly** [11] - 4893:7, 4916:9, 4920:15, 4941:9, 4941:12, 4952:11, 4953:7, 4971:3, 5007:21, 5022:18
**exam** [1] - 4964:8, 4982:15, 4982:17, 4985:5, 5000:13,

5017:19
**Examination** [7] - 4888:7, 4888:9, 4888:11, 4888:13, 4888:15, 4888:19, 4888:21
**examination** [6] - 4891:3, 4891:12, 4903:14, 4913:22, 4985:2, 4989:8
**EXAMINATION** [7] - 4891:9, 4903:19, 4913:19, 4964:5, 4966:24, 4984:21, 5033:7
**example** [1] - 5004:21
**excerpt** [1] - 5013:10
**excess** [1] - 5011:4
**exchange** [1] - 5020:9
**excuse** [1] - 4994:15
**executing** [1] - 5034:10, 5038:19
**executive** [1] - 4911:1
**exercise** [1] - 5033:16
**exercising** [1] - 5026:21
**exhibit** [3] - 4895:19, 4960:8, 5040:15
**Exhibit** [1] - 5017:19
**exhibits** [2] - 4889:12, 4889:20
**existed** [2] - 5005:10, 5033:14
**exit** [1] - 5038:22
**expand** [1] - 4926:18
**expandable** [5] - 5034:24, 5037:4, 5037:6, 5037:18, 5037:21
**expansion** [1] - 5003:3
**expect** [14] - 4930:2, 4939:17, 4954:15, 4971:9, 4974:19, 4978:8, 4979:5, 4980:7, 4993:24, 4996:6, 4996:20, 4996:23, 4998:10, 5036:6
**expectation** [9] - 4994:1, 4994:25, 4996:23, 4997:15, 4997:16, 4998:3, 4998:5, 4998:9, 4998:10
**expectations** [2] -

4979:8, 4979:11
**expected** [5] - 4985:13, 4985:16, 4996:2, 5029:13, 5029:16
**expeditious** [1] - 5023:21
**expeditiously** [1] - 5023:20
**experience** [18] - 4905:9, 4930:23, 4946:23, 4947:18, 4967:9, 4968:7, 4976:22, 4980:7, 4991:11, 5012:10, 5025:21, 5026:2, 5026:3, 5026:24, 5027:1, 5027:4, 5031:15, 5031:20
**experienced** [2] - 4967:12, 5031:5
**expert** [3] - 5015:2, 5024:8, 5024:11
**explain** [5] - 4893:8, 4899:4, 4923:9, 4948:22, 4975:8
**explanation** [1] - 5037:10
**EXPLORATION** [2] - 4882:15, 4885:20
**exploratory** [1] - 5022:19
**explosion** [9] - 4967:25, 5007:19, 5007:21, 5008:9, 5008:22, 5009:5, 5009:16, 5010:3
**explosions** [8] - 5007:7, 5008:1, 5008:2, 5008:3, 5008:4, 5008:24, 5009:22
**extent** [1] - 4948:20
**EZ** [1] - 4894:14
**EZ-FLO** [1] - 4894:14
**Ezell** [2] - 5023:11, 5039:14
**Ezell's** [4] - 5010:7, 5039:14, 5039:16, 5039:21

---

# F

**facilities** [1] - 5036:16
**facility** [2] - 4900:20, 4952:6
**fact** [31] - 4892:12, 4893:10, 4908:13,

4911:9, 4916:4,
4931:8, 4934:25,
4938:15, 4944:2,
4951:2, 4955:24,
4956:12, 4956:21,
4959:4, 4962:24,
4974:17, 4978:3,
4978:6, 4996:8,
5014:15, 5017:6,
5021:17, 5027:22,
5029:2, 5030:1,
5030:23, 5032:15,
5033:16, 5037:4,
5038:5, 5039:6
**facts** [2] - 5019:3,
5024:7
**failed** [2] - 4953:19,
4953:21
**fair** [12] - 4930:22,
4937:14, 4948:13,
4990:8, 4995:5,
5001:12, 5001:17,
5006:16, 5009:2,
5020:1, 5023:25,
5028:10
**fairly** [4] - 4911:1,
4912:23, 5001:6,
5036:9
**fall** [3] - 4994:19,
4994:20, 5031:24
**familiar** [4] -
4931:16, 4962:5,
4965:3, 4996:13
**family** [1] - 4984:12
**FANNIN** [1] -
4886:15
**far** [10] - 4902:23,
4903:4, 4959:12,
4995:8, 5008:3,
5015:15, 5024:15,
5024:20, 5032:1,
5036:20
**fast** [3] - 4965:3,
4965:5, 4965:6
**faster** [2] - 4903:15,
4944:20
**fastest** [1] - 4944:6
**Faul** [32] - 4906:14,
4906:15, 4907:5,
4907:10, 4908:19,
4910:11, 4910:14,
4910:15, 4911:4,
4912:13, 4912:18,
4912:20, 4912:24,
4914:12, 4952:2,
4952:5, 4953:2,
4953:12, 4953:23,
4954:19, 4954:24,
4955:4, 4955:8,
4955:9, 4956:18,

4956:21, 4957:2,
4957:4, 4958:10,
4961:2, 4961:12
**Faul's** [3] - 4908:23,
4910:5, 4956:12
**feat** [1] - 5038:25
**February** [21] -
4901:18, 4902:6,
4921:23, 4938:18,
4938:23, 4939:4,
4939:16, 4939:18,
4939:21, 4940:8,
4940:19, 4966:4,
4970:23, 4971:4,
4971:20, 4971:24,
4972:2, 4972:8,
4973:15, 4974:4,
4974:7
**federal** [5] - 4925:14,
4925:19, 4926:10,
4926:15, 4926:24
**feel** [5] - 4926:8,
4955:13, 4968:14,
4976:2, 4976:6
**feet** [14] - 4988:2,
4988:5, 4988:6,
4990:3, 4990:4,
4993:8, 4994:10,
4994:11, 5026:17,
5034:22, 5036:3,
5036:25, 5037:3,
5037:14
**felt** [5] - 4957:12,
4957:14, 4985:15,
5023:23, 5039:17
**female** [1] - 4991:5
**few** [14] - 4907:9,
4914:7, 4941:21,
4963:21, 4970:15,
4989:15, 4999:22,
5002:20, 5008:19,
5013:24, 5017:24,
5021:8, 5033:1,
5039:12
**fewer** [1] - 4903:15
**field** [5] - 4904:10,
4904:13, 4905:6,
4964:17, 4982:13
**fifth** [1] - 4951:5
**figure** [2] - 4908:16,
4920:18
**file** [5] - 4889:22,
4918:15, 4918:18,
4983:21, 4988:17
**filed** [1] - 4893:21
**filing** [3] - 4898:21,
4923:19, 4923:22
**final** [9] - 4896:9,
4930:6, 4943:8,
4956:5, 4967:4,

4975:13, 4978:20,
4979:25, 5009:18
**find** [2] - 4924:10,
5026:19
**finding** [1] - 4947:8
**findings** [1] -
4985:11
**fine** [8] - 4952:15,
4988:25, 5000:4,
5001:14, 5002:13,
5005:2, 5016:8,
5041:22
**finish** [5] - 4907:19,
4963:25, 4983:15,
4983:22, 4984:16
**finishing** [1] - 4983:8
**fire** [3] - 5010:11,
5011:15, 5011:21
**fired** [1] - 4916:6
**FIRM** [2] - 4883:21,
4884:6
**first** [51] - 4893:23,
4894:1, 4897:18,
4902:14, 4903:11,
4916:4, 4916:8,
4916:9, 4916:12,
4917:11, 4917:15,
4917:20, 4917:22,
4918:1, 4918:20,
4918:24, 4919:1,
4919:10, 4919:18,
4921:17, 4923:23,
4924:14, 4924:24,
4926:13, 4926:17,
4939:8, 4940:16,
4941:12, 4953:19,
4956:4, 4956:10,
4956:17, 4974:12,
4975:3, 4983:22,
4985:5, 4999:9,
5002:4, 5004:9,
5004:10, 5004:13,
5006:14, 5007:19,
5007:21, 5008:9,
5008:22, 5009:5,
5010:3, 5019:8,
5024:8, 5035:10
**fit** [1] - 4970:11
**five** [12] - 4894:16,
4896:20, 4909:6,
4909:16, 4909:18,
4962:5, 4962:8,
4982:21, 4982:24,
4988:8, 4990:5,
4994:10
**five-blade** [2] -
4962:5, 4962:8
**five-gallon** [2] -
4894:16, 4896:20
**fixing** [1] - 5020:21

**flare** [1] - 5011:3
**flashing** [1] -
4967:18
**flattening** [1] -
5036:5
**FLO** [1] - 4894:14
**float** [1] - 4988:12
**FLOOR** [3] -
4883:17, 4884:12,
4886:18
**floor** [5] - 5002:23,
5033:10, 5033:12,
5036:20, 5037:24
**flow** [21] - 4986:2,
5003:4, 5004:12,
5005:20, 5007:3,
5020:7, 5028:11,
5028:16, 5029:13,
5029:17, 5030:2,
5030:4, 5030:11,
5033:22, 5033:25,
5034:1, 5034:24,
5035:3, 5035:8,
5036:1, 5037:2
**flowing** [1] - 5038:14
**FLOYD** [1] - 4887:11
**fluid** [12] - 4981:14,
4986:8, 5004:21,
5005:23, 5006:3,
5034:24, 5037:4,
5037:6, 5037:18,
5037:21, 5038:22,
5039:1
**fluid's** [1] - 5037:24
**fluids** [3] - 4900:19,
4931:1, 5029:5
**foam** [86] - 4903:23,
4904:1, 4904:25,
4905:7, 4905:10,
4905:16, 4905:17,
4905:24, 4905:25,
4907:11, 4907:16,
4907:17, 4907:23,
4908:7, 4908:10,
4908:19, 4908:22,
4908:24, 4909:5,
4909:15, 4911:5,
4911:23, 4912:4,
4912:11, 4912:16,
4929:22, 4929:25,
4930:3, 4930:10,
4932:17, 4933:9,
4935:11, 4937:20,
4938:19, 4939:19,
4940:24, 4941:25,
4942:4, 4942:9,
4942:23, 4943:1,
4943:2, 4943:8,
4943:18, 4943:24,
4944:14, 4944:16,

4945:10, 4945:16,
4948:19, 4949:2,
4951:21, 4954:20,
4954:21, 4954:25,
4955:5, 4955:21,
4956:2, 4956:4,
4957:22, 4958:2,
4958:7, 4959:8,
4960:22, 4961:7,
4961:20, 4962:9,
4967:5, 4970:21,
4971:8, 4974:13,
4975:3, 4975:13,
4975:22, 4976:21,
4976:25, 4977:5,
4978:20, 4979:22,
4979:25, 4980:8,
5024:11
**foamer** [1] - 4904:5
**foaming** [2] -
4935:12, 4956:3
**focus** [4] - 4919:6,
4974:12, 5006:24,
5027:19
**focused** [2] -
4938:18, 5028:1
**focussing** [1] -
5009:24
**folder** [2] - 4916:11,
4918:25
**folders** [5] - 4918:1,
4918:7, 4918:9,
4918:15, 4918:18
**folks** [3] - 4904:12,
4905:6, 5040:13
**follow** [6] - 4909:15,
4922:16, 4936:21,
4966:13, 4967:1,
5041:17
**follow-up** [2] -
4966:13, 4967:1
**followed** [4] -
4957:3, 4957:6,
4957:7, 5007:7
**following** [7] -
4921:14, 4922:17,
4924:4, 4935:11,
4956:25, 4957:1,
4998:7
**For** [1] - 4892:6
**for** [158] - 4889:15,
4889:20, 4890:7,
4891:2, 4891:5,
4891:24, 4892:10,
4893:4, 4893:17,
4895:8, 4901:21,
4903:1, 4904:21,
4904:22, 4909:15,
4910:22, 4911:11,
4911:22, 4911:23,

4912:10, 4913:12, 4914:6, 4914:16, 4915:5, 4915:23, 4919:2, 4919:12, 4920:5, 4923:2, 4923:17, 4924:9, 4926:11, 4926:15, 4926:20, 4930:10, 4930:17, 4932:17, 4933:10, 4933:11, 4933:24, 4934:9, 4934:16, 4934:18, 4935:6, 4937:7, 4938:16, 4939:4, 4939:16, 4941:18, 4942:3, 4942:8, 4942:12, 4942:17, 4942:24, 4943:17, 4944:3, 4945:6, 4946:2, 4946:21, 4947:22, 4948:5, 4948:23, 4950:1, 4955:5, 4955:14, 4955:16, 4956:6, 4958:10, 4959:1, 4961:2, 4961:16, 4961:24, 4964:7, 4964:18, 4964:24, 4966:4, 4968:6, 4968:9, 4968:13, 4968:14, 4969:8, 4970:1, 4970:7, 4970:8, 4970:10, 4972:8, 4972:16, 4972:24, 4975:6, 4978:20, 4982:20, 4982:24, 4984:3, 4984:11, 4984:14, 4986:19, 4986:25, 4988:8, 4988:9, 4988:24, 4989:11, 4989:16, 4989:20, 4990:3, 4990:21, 4991:7, 4991:24, 4992:20, 4993:7, 4993:12, 4993:14, 4993:15, 4994:14, 4994:21, 4994:24, 4995:3, 4995:4, 4996:3, 4996:10, 4997:12, 4997:18, 4998:6, 4998:25, 4999:7, 4999:10, 4999:12, 5002:17, 5003:12, 5005:10, 5006:6, 5007:22, 5008:12, 5008:25, 5012:19, 5014:1, 5015:2, 5015:14, 5017:7, 5019:6, 5019:13, 5019:23,

5020:25, 5021:6, 5021:14, 5021:22, 5022:15, 5023:11, 5024:16, 5028:13, 5029:17, 5032:18, 5033:25, 5034:9, 5035:22, 5041:19, 5042:1
 **FOR** [9] - 4883:3, 4884:10, 4885:6, 4885:11, 4885:20, 4886:8, 4887:1, 4887:9, 4887:17
 **foregoing** [1] - 5042:12
 **form** [3] - 4909:24, 4990:9, 5008:21
 **formally** [1] - 4983:17
 **formula** [2] - 4907:11, 4908:17
 **formulation** [3] - 4960:23, 4961:5, 4961:8
 **forthcoming** [2] - 5015:13, 5016:24
 **forward** [2] - 4915:9, 5021:5
 **found** [2] - 4968:20, 5038:5
 **foundation** [2] - 4932:3, 4973:1
 **four** [8] - 4895:4, 4895:21, 4933:9, 4933:13, 4933:20, 4933:24, 4937:20, 4938:4
 **fourth** [1] - 4964:13
 **fragments** [1] - 4924:18
 **frame** [6] - 4892:21, 4962:13, 5001:6, 5002:5, 5033:18, 5036:11
 **FRANCISCO** [1] - 4884:13
 **FRANKLIN** [1] - 4885:4
 **FRAUD** [1] - 4885:1
 **free** [2] - 4926:8, 4981:14
 **FRILOT** [1] - 4886:10
 **from** [103] - 4894:11, 4895:25, 4896:6, 4896:9, 4898:3, 4899:8, 4900:17, 4902:14, 4902:23, 4903:4, 4903:22, 4904:6, 4911:9, 4917:12, 4919:22,

4920:12, 4922:10, 4922:15, 4923:10, 4923:24, 4924:4, 4924:10, 4924:18, 4925:3, 4925:15, 4928:2, 4930:13, 4932:23, 4933:8, 4935:25, 4939:25, 4940:8, 4941:16, 4943:12, 4944:23, 4950:5, 4955:25, 4958:5, 4961:22, 4962:18, 4963:4, 4963:12, 4965:10, 4965:15, 4965:18, 4965:19, 4965:21, 4967:19, 4967:21, 4971:22, 4979:1, 4981:15, 4981:22, 4984:6, 4985:12, 4985:22, 4989:5, 4990:5, 4990:6, 4992:24, 4993:18, 4993:20, 4998:15, 5000:15, 5002:23, 5004:18, 5004:19, 5005:3, 5007:1, 5007:8, 5008:2, 5008:8, 5008:17, 5009:20, 5010:18, 5011:11, 5011:23, 5013:10, 5015:18, 5017:14, 5017:20, 5019:3, 5019:17, 5020:12, 5020:13, 5020:14, 5021:8, 5022:6, 5023:23, 5025:7, 5026:23, 5027:12, 5027:21, 5028:22, 5030:11, 5032:6, 5034:22, 5034:23, 5037:12, 5040:21, 5040:24, 5042:13
 **From** [1] - 4951:7
 **front** [3] - 4894:24, 4944:18, 4954:12
 **FRUGE** [1] - 4884:1
 **fuel** [1] - 5039:9
 **full** [4] - 4918:12, 4985:12, 5019:6, 5033:11
 **full-blown** [1] - 5033:11
 **fully** [1] - 5019:1
 **function** [3] - 4992:15, 5038:19, 5038:20
 **functions** [1] - 4992:22

 **FUNDERBURK** [1] - 4887:19
 **further** [9] - 4903:9, 4913:14, 4946:11, 4946:13, 4948:12, 4950:12, 4951:10, 4966:12, 5029:17
 **fussing** [1] - 5015:5
 **future** [2] - 5020:5, 5021:4

# G

 **G** [2] - 4886:14, 4889:3
 **Gagliano** [24] - 4906:17, 4908:7, 4924:20, 4932:21, 4933:8, 4933:10, 4933:12, 4934:2, 4934:9, 4934:16, 4934:20, 4936:1, 4936:2, 4936:4, 4936:9, 4936:22, 4936:24, 4937:14, 4939:8, 4939:15, 4940:7, 4940:11, 4965:21, 5028:4
 **gallon** [15] - 4894:16, 4895:6, 4895:17, 4896:20, 4945:7, 4960:23, 4961:5, 4961:7, 4974:14, 4975:20, 4975:21, 4976:17, 4977:2, 4977:3, 5036:1
 **gallons** [5] - 4973:18, 4979:25, 4980:6, 4982:6, 5035:4
 **GANNAWAY** [1] - 4887:6
 **Gardner** [2] - 4959:18, 4959:20
 **gas** [5] - 5002:23, 5003:3, 5003:18, 5005:5, 5005:11
 **GATE** [1] - 4884:12
 **gather** [9] - 4892:12, 4892:13, 4917:21, 4917:23, 4918:2, 4919:11, 4919:22, 4920:7, 4920:12
 **gathered** [3] - 4893:10, 4897:24, 4929:7
 **gathering** [1] - 5017:8
 **gave** [8] - 4891:12, 4893:1, 4912:20,

4915:20, 4922:21, 4922:22, 4927:2, 4959:22
 **GAVIN** [1] - 4887:12
 **Gavin** [1] - 4891:2
 **gel** [1] - 4961:15
 **GENERAL** [3] - 4885:7, 4885:12, 4885:14
 **general** [1] - 4910:16
 **General** [1] - 4924:14
 **GENERAL'S** [1] - 4885:6
 **generally** [11] - 4903:22, 4906:7, 4906:8, 4946:23, 4948:18, 4963:2, 4985:15, 4996:1, 4996:4, 5000:9, 5012:12
 **generators** [1] - 4962:9
 **gentleman** [2] - 4946:22, 4947:10
 **GEOFFREY** [1] - 4887:6
 **geometry** [1] - 5036:24
 **get** [33] - 4896:21, 4904:10, 4909:14, 4918:12, 4918:13, 4918:22, 4920:10, 4922:15, 4926:8, 4937:8, 4943:18, 4943:19, 4951:16, 4965:14, 4999:13, 4999:14, 5002:24, 5003:25, 5013:5, 5018:16, 5020:14, 5021:21, 5022:17, 5022:25, 5023:3, 5023:4, 5025:19, 5028:20, 5035:10, 5035:21, 5036:12, 5037:17
 **gets** [1] - 4949:1
 **getting** [9] - 4946:11, 4965:6, 4979:7, 5023:2, 5026:10, 5026:14, 5027:15, 5031:10
 **give** [9] - 4925:21, 4926:17, 4943:6, 4957:4, 4959:25, 4962:3, 4983:1, 5013:8, 5029:22
 **given** [5] - 4925:5, 4936:22, 4958:25, 4975:19, 5002:11,

5007:5, 5014:3,
5015:12, 5021:2,
5025:24, 5030:4,
5030:7, 5031:25,
5032:15
**gives** [2] - 4897:16,
5033:18
**giving** [2] - 4963:5,
4998:18
**glean** [1] - 5020:13
**Global** [1] - 4981:6
**global** [1] - 4977:11
**GmbH** [1] - 4882:13
**go** [76] - 4895:18,
4897:11, 4898:7,
4898:9, 4907:21,
4907:22, 4918:25,
4919:8, 4923:7,
4924:9, 4924:17,
4925:11, 4928:18,
4933:17, 4936:7,
4936:13, 4936:24,
4939:21, 4940:11,
4943:5, 4943:7,
4944:24, 4946:19,
4947:12, 4950:12,
4951:5, 4951:20,
4959:13, 4959:25,
4961:11, 4962:12,
4966:3, 4967:19,
4974:9, 4975:2,
4977:14, 4977:15,
4978:3, 4978:16,
4978:23, 4979:19,
4984:18, 4985:4,
4990:5, 4990:6,
4992:13, 4994:10,
4995:6, 4995:15,
4997:4, 4998:14,
5003:13, 5003:25,
5004:5, 5005:5,
5006:4, 5006:9,
5006:10, 5006:15,
5007:17, 5008:15,
5008:16, 5012:23,
5013:23, 5017:19,
5018:22, 5024:19,
5028:2, 5028:6,
5028:8, 5028:9,
5033:17, 5038:1,
5040:4
**goal** [2] - 4943:23,
5012:9
**GODWIN** [4] -
4887:10, 4887:11,
4887:14, 4983:25
**goes** [4] - 4915:9,
4989:21, 4991:2,
5006:1
**going** [94] - 4893:4,

4896:12, 4899:2,
4903:16, 4908:3,
4913:25, 4914:5,
4914:7, 4915:11,
4915:15, 4918:14,
4919:6, 4919:21,
4923:14, 4925:20,
4925:21, 4928:10,
4929:25, 4930:13,
4933:12, 4935:15,
4937:17, 4939:6,
4941:23, 4941:25,
4942:2, 4942:3,
4943:1, 4945:1,
4945:25, 4951:16,
4955:13, 4963:1,
4964:2, 4964:3,
4967:18, 4967:19,
4967:22, 4969:15,
4973:7, 4983:22,
4993:3, 4993:17,
4994:7, 4994:19,
4994:23, 4995:3,
4996:5, 4996:17,
4998:11, 5002:4,
5002:14, 5005:20,
5006:5, 5007:3,
5012:14, 5012:15,
5012:17, 5013:3,
5013:4, 5013:22,
5017:10, 5017:19,
5018:8, 5018:13,
5018:15, 5021:5,
5021:23, 5022:16,
5035:2, 5035:3,
5035:5, 5035:12,
5035:16, 5035:23,
5036:6, 5037:2,
5037:5, 5037:7,
5037:15, 5037:18,
5037:20, 5037:22,
5037:24, 5039:2,
5039:5, 5039:9,
5042:1
**GOLDEN** [1] -
4884:12
**good** [25] - 4889:6,
4889:8, 4889:11,
4889:19, 4890:25,
4903:17, 4913:21,
4946:19, 4964:9,
4984:25, 4985:1,
4988:17, 4999:15,
5003:21, 5005:24,
5013:19, 5015:16,
5019:20, 5021:23,
5027:3, 5027:15,
5030:14, 5033:5,
5041:25
**got** [22] - 4913:18,
4919:7, 4921:11,

4923:23, 4935:18,
4982:22, 4987:2,
4991:20, 4992:4,
4995:16, 4995:17,
5003:17, 5008:2,
5023:22, 5024:1,
5027:8, 5028:19,
5034:24, 5036:15,
5036:16, 5036:25,
5039:4
**gotten** [2] - 4923:2,
5021:20
**government** [6] -
4925:14, 4925:19,
4926:10, 4926:15,
4926:24, 4964:24
**GPS** [2] - 4980:9
**grab** [2] - 4918:25,
4920:19
**GRAND** [1] - 4886:18
**graph** [2] - 5035:12,
5038:21
**gravity** [1] - 4939:25
**gray** [1] - 4937:22
**great** [1] - 4997:5
**greatly** [3] - 4981:15,
4981:22, 4982:10
**Greg** [1] - 4890:16
**GROUP** [1] - 4883:19
**guess** [9] - 4909:1,
4940:19, 4980:19,
4984:6, 5008:4,
5023:18, 5028:18,
5030:7, 5032:24
**guessing** [1] -
4912:22
**guidance** [1] -
4904:15
**guide** [3] - 5026:23,
5027:13, 5027:18
**GULF** [1] - 4882:6
**Gulf** [12] - 4910:22,
4911:3, 4911:11,
4914:16, 4916:5,
4931:17, 4931:25,
4964:20, 5013:6,
5022:16, 5030:16,
5030:17
**guy** [2] - 4956:14,
5032:9
**guys** [3] - 4906:25,
4947:3, 5036:20

# H

**H** [1] - 4894:14
**hacking** [1] -
5002:14
**had** [112] - 4892:10,

4893:2, 4893:10,
4893:14, 4898:9,
4901:3, 4901:4,
4901:5, 4901:8,
4901:9, 4901:11,
4906:1, 4907:24,
4908:24, 4911:4,
4911:12, 4911:22,
4912:3, 4912:4,
4912:7, 4912:11,
4912:16, 4913:10,
4914:5, 4914:20,
4915:12, 4916:5,
4916:7, 4916:22,
4921:20, 4925:5,
4925:6, 4926:13,
4929:17, 4934:21,
4937:14, 4938:12,
4940:16, 4940:19,
4944:18, 4946:9,
4946:10, 4947:18,
4947:19, 4947:21,
4948:8, 4951:14,
4952:6, 4952:20,
4953:8, 4955:10,
4956:9, 4956:18,
4957:17, 4962:22,
4964:9, 4967:25,
4968:7, 4975:14,
4975:16, 4977:1,
4979:4, 4979:25,
4985:16, 4987:12,
4988:18, 4990:5,
4991:11, 4991:17,
5004:22, 5005:13,
5005:20, 5006:7,
5012:4, 5014:21,
5014:24, 5015:8,
5015:23, 5016:4,
5017:10, 5019:1,
5019:7, 5019:14,
5020:19, 5021:18,
5021:19, 5021:20,
5021:21, 5023:16,
5023:19, 5025:3,
5025:4, 5026:1,
5026:24, 5027:4,
5028:4, 5030:5,
5030:8, 5033:15,
5035:9, 5037:21,
5038:15, 5038:22,
5040:25
**hadn't** [2] - 4913:2,
4986:17
**Hafle** [9] - 5016:11,
5016:15, 5017:18,
5018:1, 5019:5,
5019:6, 5019:14,
5020:24, 5041:19
**Halad-12** [1] -
4904:24

**Halad-22A** [1] -
4904:24
**Halad-9** [1] - 4904:24
**half** [9] - 4940:18,
4941:16, 4941:24,
4976:17, 4978:7,
4990:6, 5034:11,
5034:15, 5038:20
**hall** [3] - 4984:2,
4984:3, 4984:5
**Halliburton** [45] -
4891:2, 4893:21,
4898:21, 4904:6,
4904:9, 4904:12,
4905:5, 4905:9,
4906:9, 4910:24,
4911:1, 4915:23,
4916:21, 4916:22,
4920:18, 4920:21,
4922:24, 4923:23,
4926:1, 4926:11,
4926:19, 4927:6,
4930:13, 4931:14,
4931:16, 4931:25,
4935:10, 4935:22,
4935:25, 4937:21,
4938:23, 4947:22,
4950:21, 4957:21,
4958:5, 4958:21,
4959:22, 4960:19,
4964:8, 4966:13,
4970:17, 4979:23,
5024:4, 5025:7,
5025:8
**HALLIBURTON** [1] -
4887:9
**Halliburton's** [3] -
4960:11, 4977:11,
4979:20
**hallway** [2] -
4900:19, 4913:23
**hand** [2] - 4896:25,
5030:24
**handbook** [1] -
5003:2
**hang** [1] - 4985:22
**hanger** [5] - 4985:23,
4986:9, 5013:14,
5028:21, 5029:1
**HANKEY** [1] -
4884:17
**happen** [5] -
4955:11, 4998:2,
5016:24, 5031:10,
5031:14
**happened** [11] -
4919:10, 4920:15,
4926:21, 4927:20,
4928:1, 4928:2,
4932:6, 4974:22,

4975:9, 5017:14, 5039:10

**happens** [3] - 4999:15, 5031:12

**happy** [1] - 4926:7

**hard** [4] - 4903:16, 4940:2, 5003:14, 5011:18

**HARIKLIA** [1] - 4886:5

**HARTLEY** [2] - 4887:11, 5001:9

**has** [35] - 4893:21, 4894:14, 4903:8, 4903:10, 4924:3, 4937:8, 4938:15, 4940:2, 4944:23, 4948:21, 4949:18, 4957:21, 4958:20, 4963:13, 4964:20, 4968:20, 4969:17, 4970:17, 4973:1, 4975:19, 4977:25, 4978:16, 4979:10, 4982:20, 4982:24, 4991:7, 4995:9, 4996:8, 4997:14, 5003:1, 5003:24, 5006:19, 5030:14, 5035:16, 5036:18

**hasn't** [1] - 4979:13

**HAUSER** [1] - 4885:3

**have** [234] - 4889:9, 4889:15, 4889:20, 4890:1, 4893:22, 4894:19, 4898:16, 4900:3, 4901:1, 4901:24, 4903:15, 4903:25, 4905:10, 4906:5, 4909:18, 4911:16, 4913:22, 4914:7, 4914:10, 4915:8, 4917:7, 4918:14, 4918:18, 4920:23, 4923:3, 4923:25, 4924:1, 4925:5, 4925:9, 4925:20, 4926:9, 4926:20, 4926:21, 4927:21, 4929:2, 4929:3, 4929:8, 4929:17, 4929:21, 4930:20, 4931:24, 4932:9, 4934:8, 4935:9, 4936:5, 4936:10, 4937:20, 4937:24, 4937:25, 4939:16, 4941:5, 4941:21, 4942:8, 4942:12, 4943:6,

4943:24, 4944:23, 4945:25, 4946:2, 4946:4, 4946:11, 4946:13, 4947:9, 4947:12, 4947:13, 4949:22, 4950:8, 4951:1, 4951:12, 4951:13, 4952:17, 4953:9, 4953:10, 4954:12, 4954:16, 4955:23, 4956:16, 4957:9, 4958:24, 4959:21, 4960:18, 4962:8, 4963:11, 4963:20, 4972:11, 4973:3, 4975:1, 4976:25, 4977:6, 4979:6, 4982:1, 4982:17, 4983:10, 4983:11, 4983:16, 4983:21, 4986:24, 4986:25, 4987:6, 4987:13, 4988:15, 4989:25, 4990:1, 4990:4, 4990:8, 4990:11, 4990:15, 4991:5, 4991:17, 4992:12, 4992:17, 4992:24, 4992:25, 4993:1, 4993:2, 4993:3, 4993:4, 4993:18, 4994:2, 4994:10, 4994:16, 4995:15, 4996:14, 4996:17, 4996:21, 4997:1, 4997:3, 4997:16, 4997:25, 4998:5, 4998:9, 4998:10, 4999:1, 4999:5, 4999:20, 4999:21, 5001:7, 5001:23, 5002:6, 5002:9, 5002:12, 5002:13, 5003:11, 5004:10, 5004:12, 5005:9, 5005:13, 5007:25, 5008:8, 5008:24, 5009:13, 5011:2, 5011:3, 5011:4, 5011:18, 5011:24, 5012:22, 5013:1, 5013:24, 5014:4, 5014:18, 5014:22, 5015:9, 5015:11, 5015:15, 5015:17, 5015:24, 5016:7, 5016:19, 5016:23, 5017:9, 5017:11, 5019:2, 5019:6, 5020:19, 5020:25, 5021:1,

5021:8, 5022:20, 5024:16, 5025:5, 5025:15, 5025:17, 5025:18, 5026:1, 5026:15, 5026:16, 5027:7, 5027:8, 5027:9, 5029:13, 5029:16, 5030:5, 5030:6, 5030:8, 5031:1, 5032:5, 5032:10, 5032:25, 5033:12, 5033:14, 5034:2, 5034:3, 5034:14, 5035:9, 5035:21, 5036:3, 5036:4, 5036:7, 5036:14, 5036:15, 5036:18, 5036:23, 5036:24, 5037:4, 5037:18, 5038:23, 5039:10, 5039:21, 5041:18, 5041:22, 5041:25

**haven't** [4] - 4961:2, 4983:17, 5020:23, 5022:21

**having** [7] - 4891:21, 4956:13, 4956:14, 4979:14, 5014:25, 5024:4, 5027:17

**HAYCRAFT** [1] - 4885:22

**HB406** [1] - 4887:22

**he's** [3] - 4913:7, 4982:21, 4984:3

**head** [2] - 4959:19, 5013:16

**heard** [8] - 4916:4, 4942:10, 4948:21, 4952:2, 4980:14, 5016:7, 5022:19, 5023:6

**HEARD** [1] - 4882:22

**hearing** [2] - 4916:13, 5010:7

**hearings** [1] - 4960:1

**heavier** [6] - 4943:23, 4974:17, 4977:18, 4978:7, 4990:15

**held** [5] - 4926:5, 4926:20, 4964:21, 4988:8, 4988:9

**helicopter** [1] - 4965:11

**help** [5] - 4922:9, 4922:15, 4968:2, 4968:9, 5037:9

**helpful** [1] - 4952:16

**helping** [1] - 4920:18

**here** [87] - 4893:25, 4896:19, 4899:19, 4904:1, 4911:21, 4913:25, 4914:7, 4915:8, 4915:11, 4920:17, 4922:10, 4924:7, 4925:19, 4926:9, 4927:5, 4931:13, 4932:20, 4935:2, 4936:10, 4937:18, 4937:24, 4938:19, 4939:24, 4940:18, 4942:12, 4942:20, 4943:9, 4943:17, 4944:11, 4945:20, 4951:1, 4952:17, 4957:17, 4965:22, 4969:16, 4970:6, 4970:20, 4973:2, 4974:12, 4974:22, 4975:20, 4977:17, 4979:2, 4979:6, 4979:16, 4984:1, 4984:4, 4984:11, 4987:7, 4987:14, 4987:18, 4988:7, 4989:4, 4989:22, 4992:2, 4993:11, 4993:18, 4995:7, 4995:8, 4995:10, 4997:9, 4999:7, 4999:13, 4999:15, 5001:18, 5003:11, 5003:13, 5005:15, 5006:19, 5008:7, 5010:22, 5011:8, 5013:21, 5016:5, 5018:18, 5018:25, 5019:22, 5020:4, 5020:18, 5021:1, 5024:7, 5025:15, 5025:24, 5026:19, 5035:12, 5037:15, 5037:18

**hereby** [1] - 5042:11

**HERMAN** [3] - 4883:6, 4883:6

**HESI** [1] - 4924:3

**hey** [1] - 5036:5

**high** [7] - 4910:24, 4949:21, 4950:1, 4968:12, 4988:10

**high-pressure** [1] - 4949:21

**high-temperature** [1] - 4949:21

**higher** [1] - 5015:14

**highlight** [2] - 4951:6, 5003:12

**highlighted** [4] -

4893:20, 4893:22, 4893:25, 4993:18

**HILL** [73] - 4887:12, 4890:25, 4891:2, 4891:10, 4891:15, 4891:17, 4893:17, 4893:19, 4893:21, 4893:24, 4894:3, 4894:4, 4894:21, 4894:23, 4895:1, 4895:2, 4895:18, 4895:20, 4896:7, 4896:8, 4896:12, 4896:14, 4896:23, 4897:4, 4897:8, 4897:13, 4898:8, 4898:11, 4898:20, 4898:25, 4902:1, 4902:4, 4903:8, 4907:19, 4913:4, 4932:3, 4966:14, 4966:22, 4966:25, 4970:13, 4970:14, 4972:12, 4972:14, 4973:4, 4973:6, 4973:9, 4973:11, 4973:13, 4974:9, 4974:11, 4975:25, 4976:4, 4977:9, 4977:10, 4977:14, 4977:16, 4978:4, 4978:5, 4978:18, 4978:19, 4978:23, 4978:25, 4979:10, 4979:17, 4979:19, 4979:21, 4980:11, 4980:12, 4981:9, 4981:11, 4982:19, 4983:1, 4983:4

**hill** [4] - 4890:23, 4922:7, 4973:3, 4982:18

**Hill** [3] - 4888:7, 4888:15, 4891:2

**him** [35] - 4896:25, 4907:1, 4911:1, 4911:6, 4911:7, 4911:8, 4911:9, 4911:10, 4911:12, 4911:16, 4911:22, 4912:7, 4912:9, 4912:20, 4914:21, 4921:1, 4922:22, 4935:23, 4945:6, 4953:25, 4954:3, 4954:5, 4954:6, 4954:19, 4955:2, 4957:4, 4960:15, 4967:12, 4973:3, 4975:23, 4983:15, 5001:2, 5006:6,

5006:21, 5019:7

**himself** [1] - 5023:10

**his** [34] - 4907:19, 4914:14, 4956:25, 4957:1, 4957:3, 4957:6, 4957:7, 4979:8, 4984:6, 4984:7, 4984:8, 4984:9, 4995:4, 4998:9, 5000:1, 5000:5, 5000:14, 5000:15, 5001:4, 5001:24, 5004:9, 5004:18, 5005:10, 5005:17, 5005:24, 5006:19, 5027:1, 5027:19, 5027:20, 5040:21, 5040:22

**historical** [3] - 4917:11, 4917:15, 4917:17

**history** [2] - 5015:12, 5020:20

**hit** [1] - 5005:8

**hits** [1] - 4967:3

**hold** [3] - 4889:25, 4948:18, 5008:15

**holding** [1] - 4926:15

**HOLDINGS** [1] - 4886:8

**hole** [9] - 4908:4, 4908:11, 4908:14, 4971:23, 4972:1, 4972:4, 4972:23, 4987:25, 4993:19

**HOLTHAUS** [1] - 4884:1

**Honor** [46] - 4889:11, 4889:18, 4889:19, 4889:25, 4890:12, 4890:13, 4890:24, 4890:25, 4891:4, 4893:21, 4894:21, 4896:24, 4897:4, 4897:9, 4898:8, 4898:20, 4902:1, 4903:8, 4903:12, 4903:13, 4913:4, 4913:16, 4923:9, 4923:15, 4928:10, 4963:15, 4963:17, 4966:12, 4966:14, 4966:22, 4969:4, 4972:25, 4975:25, 4979:7, 4979:10, 4982:14, 4983:1, 4983:4, 4983:10, 4983:23, 4983:24, 4984:19, 5001:9, 5032:21, 5032:23

**HONORABLE** [1] - 4882:22

**hope** [1] - 5003:21

**Horizon** [18] - 4891:25, 4892:7, 4892:11, 4894:11, 4899:7, 4902:15, 4919:12, 4919:22, 4921:10, 4921:17, 4922:11, 4922:20, 4924:4, 4924:11, 4924:19, 4928:2, 5002:22, 5004:2

**HORIZON** [1] - 4882:5

**horrible** [1] - 4916:5

**hotshot** [3] - 4965:7, 4965:9, 4965:11

**HOUMA** [1] - 4883:20

**hour** [2] - 4956:24, 5018:19

**hours** [14] - 4940:18, 4940:20, 4941:16, 4941:24, 4941:25, 4942:8, 4955:6, 4955:14, 4955:16, 4982:21, 4982:24, 4986:13

**Houston** [1] - 4927:16

**HOUSTON** [7] - 4884:5, 4886:15, 4886:24, 4887:7, 4887:8, 4887:16, 4887:20

**however** [1] - 4995:4

**HPHT** [1] - 4951:13

**HUGH** [1] - 4887:18

**HUGHES** [1] - 4886:23

**human** [3] - 4916:19, 4956:15, 5023:14

**hundred** [1] - 4905:19

**hundreds** [4] - 4905:12, 4905:14, 4905:24

**hydraulic** [1] - 5028:13

**hydrocarbon** [1] - 5030:11

**hydrocarbons** [3] - 5002:24, 5029:10, 5029:14

**hydrostatic** [3] - 5012:9, 5013:16, 5020:6

**Hymel** [2] - 4888:21, 5033:5

**HYMEL** [5] - 4886:20, 5033:2, 5033:5, 5033:8, 5041:22

**hypothetical** [1] - 4979:8

## I

**I** [779] - 4888:1, 4889:3, 4889:12, 4889:15, 4889:25, 4890:2, 4890:3, 4890:7, 4890:20, 4890:25, 4891:2, 4891:6, 4891:11, 4891:21, 4892:2, 4892:12, 4892:14, 4892:15, 4892:20, 4892:25, 4893:1, 4893:2, 4893:3, 4893:7, 4893:10, 4893:12, 4893:22, 4894:19, 4896:12, 4896:21, 4896:24, 4896:25, 4897:4, 4897:8, 4897:22, 4897:25, 4898:2, 4898:9, 4898:17, 4898:18, 4898:22, 4899:1, 4899:25, 4900:1, 4900:3, 4900:4, 4900:25, 4901:4, 4901:5, 4901:7, 4901:8, 4901:10, 4901:11, 4901:24, 4902:1, 4902:7, 4902:13, 4902:16, 4902:19, 4902:22, 4903:9, 4903:13, 4903:15, 4903:18, 4903:21, 4903:25, 4904:1, 4905:11, 4905:21, 4906:4, 4906:5, 4906:7, 4906:18, 4907:16, 4907:18, 4907:25, 4908:3, 4909:1, 4910:15, 4910:16, 4911:6, 4911:8, 4911:10, 4911:13, 4911:15, 4911:18, 4911:20, 4911:24, 4912:2, 4912:6, 4912:7, 4912:9, 4912:19, 4912:20, 4912:21, 4912:22, 4912:23, 4913:6, 4913:8, 4913:13, 4913:16,

4913:21, 4913:25, 4914:1, 4914:3, 4914:5, 4914:6, 4914:13, 4914:20, 4915:8, 4915:10, 4915:11, 4915:15, 4916:1, 4916:8, 4916:9, 4916:10, 4916:15, 4916:24, 4917:2, 4917:4, 4917:5, 4917:7, 4917:10, 4918:4, 4918:14, 4918:15, 4918:23, 4919:3, 4919:4, 4919:6, 4919:7, 4919:9, 4919:20, 4919:21, 4920:5, 4920:7, 4920:9, 4920:10, 4920:14, 4920:23, 4921:1, 4921:11, 4922:13, 4922:17, 4922:21, 4922:22, 4922:25, 4923:5, 4923:6, 4923:7, 4923:14, 4923:25, 4924:2, 4924:12, 4924:16, 4924:23, 4924:24, 4924:25, 4925:4, 4925:9, 4925:16, 4925:19, 4925:20, 4926:7, 4926:8, 4926:9, 4926:16, 4926:22, 4927:8, 4927:13, 4927:21, 4927:22, 4928:4, 4928:5, 4928:10, 4929:1, 4929:21, 4930:5, 4930:13, 4930:20, 4930:25, 4931:1, 4931:3, 4931:5, 4931:10, 4931:13, 4931:20, 4931:23, 4932:8, 4932:9, 4932:14, 4933:1, 4933:7, 4933:11, 4933:12, 4934:25, 4935:2, 4935:6, 4935:8, 4935:13, 4936:12, 4936:13, 4936:14, 4937:8, 4937:9, 4937:17, 4937:20, 4937:24, 4937:25, 4938:6, 4938:17, 4939:6, 4939:12, 4939:17, 4940:10, 4940:18, 4940:19, 4940:22, 4940:23, 4941:17, 4941:21, 4942:6,

4942:7, 4942:10, 4942:11, 4942:12, 4943:6, 4944:5, 4944:6, 4944:11, 4944:18, 4944:20, 4945:1, 4945:8, 4945:16, 4945:22, 4945:23, 4946:1, 4946:2, 4946:9, 4946:13, 4946:20, 4947:9, 4947:12, 4947:13, 4947:15, 4947:16, 4947:20, 4947:24, 4948:3, 4948:5, 4948:7, 4948:10, 4949:19, 4949:24, 4950:4, 4950:11, 4950:20, 4951:1, 4951:19, 4951:24, 4951:25, 4952:11, 4952:12, 4952:17, 4952:20, 4953:1, 4953:7, 4953:8, 4953:9, 4953:10, 4953:20, 4953:21, 4953:25, 4954:2, 4954:5, 4954:9, 4954:12, 4954:15, 4954:17, 4954:22, 4955:2, 4955:7, 4955:9, 4955:13, 4955:18, 4955:19, 4956:3, 4956:4, 4956:6, 4956:7, 4956:19, 4957:1, 4957:7, 4957:12, 4957:16, 4958:9, 4958:19, 4958:23, 4959:9, 4959:12, 4959:18, 4959:24, 4960:3, 4960:4, 4960:13, 4960:16, 4960:21, 4961:2, 4961:3, 4961:6, 4961:9, 4962:3, 4962:12, 4962:18, 4962:23, 4962:25, 4963:1, 4963:9, 4963:11, 4963:14, 4963:21, 4963:24, 4964:2, 4964:3, 4964:4, 4965:2, 4965:7, 4965:17, 4966:22, 4967:1, 4967:8, 4967:10, 4967:18, 4967:19, 4968:11, 4968:12, 4968:13, 4968:14, 4968:15, 4968:16, 4968:17, 4968:21, 4968:23,

4969:4, 4969:14,
4969:15, 4970:6,
4970:9, 4970:23,
4971:9, 4971:10,
4971:20, 4971:22,
4972:10, 4972:25,
4973:1, 4973:4,
4973:7, 4974:12,
4975:6, 4975:19,
4975:23, 4975:25,
4976:2, 4976:6,
4976:24, 4977:17,
4977:21, 4977:24,
4979:3, 4979:23,
4980:13, 4980:19,
4981:7, 4981:17,
4982:14, 4982:22,
4982:23, 4983:1,
4983:10, 4983:13,
4984:4, 4984:6,
4984:10, 4984:13,
4984:24, 4985:4,
4985:7, 4985:10,
4985:15, 4985:17,
4986:21, 4987:15,
4988:23, 4989:4,
4989:10, 4989:15,
4990:20, 4991:10,
4991:14, 4991:17,
4991:23, 4991:24,
4992:5, 4993:13,
4993:14, 4993:16,
4993:18, 4993:20,
4993:22, 4994:2,
4994:9, 4994:10,
4994:11, 4994:18,
4995:6, 4995:15,
4995:18, 4996:4,
4996:5, 4996:6,
4996:13, 4996:16,
4996:17, 4996:23,
4997:3, 4997:4,
4997:6, 4997:7,
4997:8, 4997:14,
4997:15, 4997:21,
4997:22, 4997:24,
4998:2, 4998:4,
4998:10, 4998:14,
4998:23, 4999:4,
4999:6, 4999:8,
4999:11, 4999:13,
4999:14, 4999:22,
4999:25, 5000:2,
5000:6, 5000:13,
5000:17, 5000:18,
5000:23, 5001:3,
5001:6, 5001:7,
5001:11, 5001:12,
5001:15, 5002:4,
5002:13, 5002:14,
5002:16, 5002:17,

5003:10, 5003:11,
5003:14, 5003:20,
5003:21, 5004:2,
5004:6, 5004:7,
5005:21, 5006:7,
5006:13, 5006:15,
5006:18, 5006:24,
5007:8, 5007:11,
5007:21, 5008:2,
5008:4, 5008:12,
5008:14, 5008:23,
5009:7, 5009:12,
5009:13, 5009:14,
5009:19, 5009:23,
5010:1, 5010:4,
5010:6, 5010:10,
5010:15, 5010:21,
5010:25, 5011:13,
5011:17, 5011:20,
5011:21, 5012:2,
5012:4, 5013:2,
5013:8, 5013:22,
5013:23, 5013:24,
5014:24, 5014:25,
5015:1, 5015:2,
5015:4, 5015:5,
5015:6, 5015:7,
5015:11, 5015:12,
5015:21, 5016:1,
5016:4, 5016:6,
5016:7, 5016:17,
5016:22, 5017:7,
5017:8, 5017:9,
5017:18, 5017:19,
5017:23, 5017:24,
5018:3, 5018:7,
5018:10, 5019:4,
5019:10, 5019:16,
5019:21, 5019:22,
5019:23, 5020:2,
5020:8, 5020:9,
5020:10, 5020:17,
5021:1, 5021:2,
5021:13, 5021:16,
5021:17, 5022:4,
5022:9, 5022:19,
5022:24, 5022:25,
5023:8, 5023:10,
5023:12, 5023:18,
5023:21, 5023:22,
5024:3, 5024:6,
5024:7, 5024:10,
5024:12, 5024:16,
5024:17, 5024:18,
5024:19, 5025:1,
5025:5, 5025:10,
5025:15, 5025:16,
5025:18, 5025:19,
5025:24, 5025:25,
5026:8, 5026:23,
5027:1, 5027:10,

5027:19, 5027:24,
5028:1, 5028:2,
5028:8, 5028:9,
5028:10, 5028:15,
5028:18, 5028:19,
5028:23, 5028:25,
5029:1, 5029:3,
5029:8, 5029:16,
5029:25, 5030:4,
5030:7, 5030:15,
5030:21, 5030:22,
5031:19, 5031:22,
5031:23, 5031:25,
5032:5, 5032:9,
5032:10, 5032:15,
5032:22, 5032:24,
5033:2, 5033:14,
5033:21, 5034:3,
5034:6, 5034:17,
5034:18, 5035:9,
5035:24, 5036:7,
5036:15, 5036:19,
5037:6, 5037:9,
5039:9, 5039:10,
5039:12, 5039:17,
5039:22, 5040:1,
5040:3, 5040:7,
5040:11, 5040:18,
5040:21, 5041:17,
5041:22, 5042:10
**I'd** [3] - 4889:12,
4890:4, 4931:2
**I'll** [26] - 4896:15,
4898:20, 4903:10,
4909:2, 4913:6,
4920:5, 4923:22,
4924:7, 4924:8,
4926:18, 4935:4,
4935:5, 4935:8,
4945:20, 4946:1,
4948:11, 4950:3,
4950:7, 4960:10,
4960:22, 4971:4,
4976:1, 4983:20,
5000:11, 5009:2
**I'm** [35] - 4890:2,
4901:24, 4903:7,
4907:15, 4907:21,
4909:8, 4909:15,
4917:5, 4919:3,
4921:5, 4938:18,
4943:1, 4943:6,
4943:9, 4944:12,
4960:5, 4960:20,
4964:3, 4964:23,
4968:13, 4983:4,
4987:5, 4989:5,
4993:17, 4994:7,
4996:16, 5000:3,
5000:4, 5002:13,
5005:1, 5008:11,

5010:4, 5025:15,
5033:3, 5037:23
**I've** [14] - 4890:1,
4893:20, 4905:19,
4919:7, 4942:10,
4956:7, 4991:11,
5002:3, 5004:11,
5011:20, 5016:16,
5024:1, 5025:24,
5031:22
**IADC** [1] - 4993:11
**Ibos** [2] - 5042:10,
5042:18
**IBOS** [1] - 4887:21
**ID** [7] - 4895:13,
4901:21, 4902:10,
4966:6, 4966:8,
4968:20, 4969:22
**idea** [3] - 4922:10,
4992:12, 5029:17
**identified** [9] -
4894:2, 4894:5,
4895:4, 4896:19,
4897:10, 4897:14,
4955:4, 4970:20,
4982:5
**identifies** [1] -
4892:23
**identify** [4] -
4891:18, 4894:16,
4975:2, 5041:2
**identifying** [3] -
4899:2, 4979:1,
5010:11
**IDs** [1] - 4899:12
**if** [186] - 4890:5,
4891:15, 4894:24,
4896:25, 4898:17,
4899:12, 4901:25,
4902:5, 4902:10,
4903:10, 4903:22,
4903:25, 4904:2,
4904:21, 4906:5,
4907:16, 4909:10,
4914:1, 4914:2,
4914:3, 4916:8,
4919:7, 4919:8,
4921:24, 4922:1,
4924:7, 4925:5,
4927:13, 4929:17,
4929:25, 4931:8,
4931:16, 4933:4,
4935:11, 4940:7,
4943:17, 4943:23,
4944:8, 4945:16,
4946:10, 4946:16,
4946:20, 4947:25,
4948:7, 4949:2,
4950:12, 4951:6,
4951:19, 4951:20,

4953:10, 4954:10,
4956:6, 4957:17,
4958:17, 4960:21,
4962:12, 4964:13,
4964:19, 4965:2,
4965:22, 4966:11,
4966:14, 4967:20,
4971:5, 4971:14,
4971:21, 4974:19,
4975:2, 4975:14,
4978:3, 4978:6,
4979:4, 4980:25,
4981:14, 4982:2,
4983:1, 4986:4,
4988:13, 4988:14,
4989:17, 4990:20,
4991:17, 4992:10,
4992:13, 4992:25,
4993:2, 4994:10,
4994:11, 4994:18,
4995:7, 4995:15,
4995:16, 4996:16,
4996:19, 4996:24,
4997:1, 4998:2,
4998:7, 4998:24,
4999:4, 4999:6,
4999:8, 5001:12,
5001:13, 5001:18,
5001:19, 5002:3,
5002:9, 5002:23,
5003:4, 5003:12,
5003:20, 5004:5,
5004:14, 5004:20,
5004:21, 5005:6,
5005:13, 5005:18,
5005:23, 5005:24,
5006:3, 5006:5,
5006:7, 5007:5,
5008:15, 5008:16,
5008:23, 5009:2,
5009:24, 5010:1,
5010:16, 5011:2,
5011:4, 5012:13,
5012:17, 5013:8,
5013:9, 5014:21,
5014:24, 5015:5,
5015:8, 5015:21,
5015:23, 5016:4,
5017:25, 5019:5,
5024:2, 5025:16,
5025:19, 5026:15,
5027:10, 5029:13,
5030:8, 5030:22,
5031:7, 5034:14,
5034:24, 5035:23,
5035:24, 5036:22,
5037:6, 5037:17,
5037:19, 5037:22,
5038:12, 5038:15,
5038:22, 5038:24,
5039:1, 5039:4,

5039:7, 5039:8,
5039:10, 5040:11,
5040:14
**If** [1] - 4981:20
**IL** [1] - 4886:6
**illustrating** [1] -
4995:10
**illustration** [4] -
4986:5, 4987:7,
4991:24, 4995:7
**imagine** [1] - 4906:4
**immediate** [1] -
5012:24
**implemented** [1] -
5015:12
**important** [9] -
4914:8, 4920:6,
4920:10, 4922:19,
4980:23, 4989:11,
4992:20, 4992:21,
4992:22
**importantly** [1] -
4973:10
**impressed** [1] -
5019:18
**impression** [1] -
5007:9
**IMPREVENTO** [1] -
4883:14
**in** [473] - 4889:20,
4891:12, 4891:24,
4892:2, 4892:6,
4892:11, 4892:12,
4892:19, 4892:21,
4892:23, 4893:4,
4893:8, 4893:22,
4894:1, 4894:13,
4894:17, 4894:24,
4895:6, 4895:15,
4895:17, 4896:9,
4896:17, 4896:20,
4897:8, 4897:18,
4897:21, 4897:23,
4898:3, 4898:14,
4898:15, 4898:16,
4898:18, 4899:2,
4899:10, 4899:17,
4899:19, 4899:23,
4900:2, 4900:5,
4900:12, 4900:18,
4900:19, 4901:15,
4901:22, 4902:12,
4902:14, 4902:24,
4902:25, 4903:5,
4903:14, 4903:23,
4904:2, 4904:10,
4904:12, 4905:6,
4905:9, 4905:21,
4906:1, 4906:10,
4908:13, 4909:24,

4910:7, 4910:16,
4911:9, 4911:21,
4912:21, 4913:23,
4914:24, 4915:5,
4916:5, 4916:9,
4916:10, 4917:25,
4918:1, 4918:6,
4918:9, 4918:12,
4918:13, 4918:15,
4918:18, 4918:20,
4919:1, 4919:25,
4920:2, 4920:13,
4920:14, 4920:18,
4920:19, 4921:11,
4921:16, 4921:17,
4921:21, 4922:9,
4922:11, 4923:3,
4923:6, 4923:18,
4923:23, 4925:9,
4926:18, 4926:20,
4927:16, 4927:17,
4928:13, 4928:22,
4928:25, 4929:4,
4929:9, 4929:13,
4929:18, 4929:19,
4929:21, 4929:22,
4930:14, 4930:15,
4930:19, 4930:25,
4931:1, 4931:8,
4931:9, 4931:17,
4931:25, 4932:1,
4932:15, 4932:20,
4932:24, 4933:3,
4934:21, 4934:25,
4935:11, 4936:13,
4937:20, 4937:22,
4937:25, 4938:23,
4939:12, 4939:18,
4940:16, 4940:21,
4942:5, 4942:23,
4944:2, 4944:12,
4944:16, 4944:18,
4946:4, 4946:10,
4946:15, 4946:17,
4947:4, 4947:6,
4947:8, 4947:10,
4947:16, 4948:1,
4949:4, 4949:9,
4949:22, 4950:15,
4951:2, 4951:12,
4951:18, 4952:13,
4952:23, 4952:24,
4953:2, 4953:8,
4953:9, 4953:12,
4953:14, 4953:15,
4953:18, 4954:1,
4954:12, 4954:13,
4955:11, 4955:15,
4955:24, 4956:7,
4956:19, 4957:8,
4959:6, 4959:7,

4959:10, 4959:13,
4959:15, 4959:23,
4959:25, 4960:1,
4960:6, 4960:7,
4960:18, 4960:21,
4961:1, 4961:11,
4961:25, 4962:5,
4962:13, 4962:14,
4964:9, 4964:13,
4964:14, 4964:15,
4964:18, 4964:20,
4964:21, 4964:22,
4964:25, 4965:15,
4965:22, 4966:9,
4967:7, 4967:14,
4967:22, 4967:25,
4968:7, 4968:8,
4968:12, 4968:18,
4968:20, 4969:23,
4970:4, 4970:5,
4970:23, 4970:25,
4971:4, 4971:12,
4971:24, 4972:2,
4972:5, 4972:20,
4973:14, 4973:20,
4974:3, 4974:6,
4975:1, 4975:6,
4976:20, 4976:24,
4977:15, 4977:17,
4978:3, 4978:6,
4978:8, 4978:9,
4978:10, 4978:13,
4979:5, 4980:2,
4980:7, 4980:8,
4980:24, 4981:7,
4981:8, 4981:16,
4981:22, 4981:25,
4982:13, 4982:22,
4984:2, 4984:3,
4984:5, 4986:1,
4986:7, 4986:12,
4986:16, 4986:17,
4986:22, 4987:6,
4987:7, 4987:9,
4987:10, 4987:11,
4987:21, 4987:23,
4987:24, 4988:2,
4988:4, 4988:11,
4988:22, 4989:1,
4989:8, 4990:3,
4990:5, 4990:6,
4991:2, 4991:16,
4991:21, 4992:6,
4993:3, 4993:6,
4993:17, 4993:19,
4994:3, 4994:5,
4994:12, 4994:15,
4995:7, 4995:16,
4995:17, 4996:2,
4996:11, 4996:15,
4996:21, 4997:12,

4997:20, 4998:1,
4998:9, 4998:18,
4998:24, 4999:7,
4999:19, 5000:1,
5000:13, 5000:18,
5000:22, 5000:23,
5000:24, 5001:4,
5001:19, 5002:10,
5002:16, 5003:3,
5003:23, 5004:13,
5005:4, 5005:17,
5006:18, 5006:23,
5007:2, 5007:10,
5007:11, 5007:14,
5008:8, 5008:9,
5008:23, 5009:18,
5010:12, 5010:22,
5010:25, 5011:2,
5012:2, 5013:2,
5013:5, 5013:6,
5013:12, 5014:14,
5014:15, 5014:20,
5016:13, 5016:14,
5016:18, 5017:3,
5017:12, 5017:17,
5017:18, 5017:25,
5018:11, 5019:3,
5020:5, 5020:6,
5020:13, 5020:18,
5020:23, 5022:11,
5022:12, 5022:15,
5022:16, 5022:18,
5022:21, 5022:22,
5022:25, 5023:1,
5023:13, 5023:15,
5024:7, 5024:11,
5024:14, 5024:22,
5024:23, 5025:3,
5025:6, 5025:11,
5026:2, 5026:10,
5026:25, 5027:1,
5027:5, 5027:14,
5027:22, 5028:4,
5029:10, 5029:15,
5029:20, 5029:23,
5030:1, 5030:10,
5030:14, 5030:16,
5030:17, 5030:21,
5030:23, 5031:6,
5031:10, 5031:12,
5031:15, 5031:17,
5031:18, 5031:20,
5032:4, 5032:15,
5033:13, 5033:16,
5034:22, 5034:24,
5035:22, 5036:3,
5036:7, 5036:11,
5036:17, 5036:24,
5037:4, 5037:6,
5037:14, 5037:17,
5037:21, 5038:5,

5038:7, 5038:13,
5038:14, 5038:19,
5038:24, 5038:25,
5039:2, 5039:5,
5039:6, 5039:15,
5039:24, 5040:15,
5041:14, 5041:15,
5041:21, 5042:14
**IN** [3] - 4882:5,
4882:5, 4882:12
**inaccurate** [1] -
5027:22
**INC** [5] - 4882:16,
4885:21, 4886:9,
4886:10, 4887:10
**inch** [3] - 4990:6,
5010:23, 5011:16
**incident** [12] -
4892:20, 4898:14,
4907:9, 4932:23,
4938:1, 4938:4,
4938:9, 4967:24,
5008:24, 5027:23,
5027:24, 5034:18
**include** [4] -
4915:16, 4934:7,
4992:18, 4992:19
**included** [5] -
4929:18, 4931:15,
4932:1, 4934:5,
4940:8
**includes** [3] -
4921:23, 4929:15,
4937:16
**including** [2] -
4924:19, 5021:24
**incorporate** [1] -
4996:24
**incorporated** [1] -
4997:16
**increase** [8] -
4932:15, 4933:4,
4933:5, 4935:12,
4977:19, 4986:8,
4999:19, 5001:20
**increased** [1] -
4951:3
**increasing** [2] -
4999:16, 5026:13
**incremental** [1] -
4982:12
**indeed** [1] - 5023:11
**indicate** [11] -
4898:4, 4898:5,
4944:22, 4960:16,
4997:10, 5011:25,
5023:16, 5033:24,
5035:15, 5038:10,
5041:10
**indicated** [10] -

4890:7, 4956:18,
4956:19, 4960:7,
4988:17, 4989:11,
4999:1, 5020:22,
5023:6, 5040:21

**indicates** [2] -
5038:15, 5038:21

**indicating** [1] -
5033:25

**INDICATING** [2] -
4897:12, 4942:21

**INDICATING)** [6] -
4943:10, 4972:13,
4978:24, 4981:10,
4991:1, 4992:1

**indicating)** [1] -
4906:11

**indication** [8] -
4938:24, 4976:10,
4988:15, 4995:23,
5022:24, 5031:2,
5035:10, 5035:12

**indications** [1] -
5035:14

**individual** [2] -
4941:20, 5040:16

**individuals** [1] -
4936:11

**industry** [7] -
4988:22, 5025:13,
5026:1, 5030:23,
5031:16, 5031:20,
5033:11

**information** [28] -
4904:10, 4916:16,
4917:7, 4919:1,
4928:13, 4954:24,
4999:4, 5007:8,
5008:21, 5009:8,
5011:25, 5014:9,
5014:17, 5016:16,
5016:18, 5016:19,
5016:24, 5016:25,
5017:8, 5017:11,
5020:18, 5021:2,
5027:9, 5029:5,
5034:17, 5035:15,
5038:3

**informed** [1] -
4962:15

**ingredients** [4] -
4928:24, 4929:3,
4929:4, 4929:6

**initial** [1] - 5008:4

**initially** [6] -
4892:15, 4901:5,
4995:21, 5007:2,
5011:24, 5012:5

**input** [1] - 4967:7

**inputs** [1] - 5027:22

**inside** [2] - 4985:23,
5029:3

**insistent** [1] -
4996:24

**inspection** [2] -
5009:9, 5034:18

**Inspector** [1] -
4924:14

**instability** [5] -
4939:2, 4940:6,
4952:11, 4976:11,
4979:2

**installed** [1] -
4987:12, 5021:21

**instance** [2] -
4911:22, 5033:13

**instructed** [10] -
4907:10, 4908:19,
4911:4, 4911:22,
4912:3, 4912:5,
4912:24, 4913:1,
4922:2, 4922:4

**instruction** [4] -
4922:16, 4922:17,
4957:1, 4963:6

**instructions** [10] -
4892:14, 4908:23,
4910:5, 4921:14,
4936:22, 4956:25,
4957:3, 4957:6,
4957:7, 4962:18

**integrity** [5] -
4988:11, 4988:19,
5014:5, 5014:9,
5014:19

**intended** [2] -
4972:20, 5014:13

**intent** [2] - 5021:1,
5024:22

**interact** [1] - 4914:25

**interacting** [1] -
4915:5

**intercepted** [1] -
5029:6

**interest** [1] - 5027:14

**interface** [1] -
4985:19

**internal** [2] -
4935:10, 4938:23

**INTERNATIONAL** [1]
- 4887:1

**interpret** [1] -
4981:20

**interpretation** [1] -
5015:16

**interpreted** [7] -
4925:23, 5014:22,
5014:24, 5015:9,
5015:23, 5016:4,
5035:16

**interview** [6] -
5017:21, 5040:9,
5040:22, 5040:24,
5041:4, 5041:8

**interviewed** [2] -
5000:25, 5001:1

**interviewers** [1] -
5041:5

**interviewing** [1] -
5041:5

**interviews** [1] -
5017:2

**into** [17] - 4889:22,
4892:17, 4900:24,
4916:5, 4936:4,
4936:6, 4936:9,
4936:24, 4969:9,
4996:22, 5002:24,
5012:24, 5013:23,
5016:20, 5022:17,
5028:8, 5028:9

**introduce** [1] -
4889:22

**introduced** [1] -
4913:16

**inventoried** [2] -
4898:21, 4964:20

**inventories** [1] -
4964:17

**inventory** [1] -
4964:21

**investigation** [7] -
4946:11, 4946:13,
5016:20, 5017:5,
5017:13, 5020:14,
5028:14

**investigations** [1] -
5008:24

**investigative** [1] -
5040:13

**investigators** [1] -
4960:1

**involved** [7] -
4920:18, 4920:23,
4931:1, 4946:10,
4959:25, 4968:1,
5017:9

**involvement** [2] -
4959:21, 4960:18

**Irpino** [1] - 4889:19

**IRPINO** [3] - 4884:6,
4884:7, 4889:19

**irregularities** [1] -
4975:3

**Isabela** [4] - 4933:15,
4933:21, 4934:7,
4934:10

**isn't** [5] - 4944:14,
4965:16, 4994:21,
4996:1, 5000:22

**isolate** [1] - 4922:4

**isolated** [2] -
4893:13, 4899:17

**issue** [8] - 4956:18,
4973:2, 4998:15,
5000:21, 5022:10,
5026:25, 5028:10,
5030:10

**issued** [3] - 4922:24,
4923:13, 4960:19

**issues** [9] - 4976:10,
4976:23, 4977:7,
5013:1, 5022:6,
5022:16, 5026:16,
5028:11, 5039:8

**It** [1] - 4927:24

**it** [366] - 4890:5,
4890:19, 4891:6,
4891:24, 4893:2,
4894:1, 4894:13,
4894:14, 4894:17,
4894:20, 4894:24,
4896:24, 4897:4,
4897:5, 4897:6,
4897:16, 4897:20,
4897:22, 4898:4,
4899:22, 4900:10,
4900:12, 4900:16,
4900:19, 4901:1,
4901:5, 4901:8,
4901:9, 4901:11,
4901:25, 4902:13,
4903:1, 4903:6,
4903:17, 4903:23,
4904:1, 4904:2,
4904:22, 4905:1,
4905:3, 4905:8,
4906:1, 4906:5,
4906:10, 4909:2,
4909:4, 4909:5,
4909:13, 4909:14,
4909:22, 4909:24,
4910:2, 4911:9,
4913:7, 4915:5,
4915:7, 4916:10,
4916:17, 4916:19,
4916:23, 4916:25,
4917:7, 4917:8,
4918:22, 4918:23,
4919:1, 4920:5,
4920:8, 4920:10,
4920:13, 4921:16,
4922:18, 4924:2,
4924:3, 4924:8,
4925:21, 4926:18,
4927:2, 4927:18,
4928:15, 4929:1,
4929:14, 4929:25,
4930:4, 4930:14,
4930:22, 4931:5,

4931:6, 4932:6,
4933:3, 4933:5,
4934:20, 4936:4,
4936:13, 4938:16,
4939:6, 4939:7,
4941:7, 4941:9,
4941:12, 4941:25,
4942:4, 4942:9,
4943:18, 4943:21,
4944:6, 4945:6,
4945:14, 4945:18,
4945:22, 4946:3,
4946:20, 4947:15,
4947:16, 4947:21,
4948:3, 4948:12,
4949:1, 4949:16,
4949:25, 4950:6,
4951:11, 4951:15,
4952:9, 4952:18,
4952:22, 4952:24,
4953:5, 4953:21,
4954:11, 4954:23,
4954:25, 4955:14,
4955:16, 4955:21,
4955:22, 4955:23,
4955:24, 4956:7,
4956:8, 4957:8,
4957:9, 4957:10,
4957:13, 4957:14,
4957:15, 4957:16,
4958:8, 4958:13,
4958:15, 4958:23,
4959:8, 4960:4,
4960:21, 4960:22,
4961:1, 4961:11,
4962:1, 4962:2,
4963:24, 4963:25,
4964:14, 4964:22,
4964:23, 4965:15,
4965:17, 4966:10,
4967:8, 4967:24,
4968:13, 4968:18,
4968:20, 4969:3,
4969:4, 4969:17,
4969:18, 4970:3,
4970:4, 4970:9,
4971:4, 4971:6,
4971:11, 4971:12,
4971:16, 4972:20,
4973:5, 4973:6,
4973:8, 4973:15,
4974:17, 4975:8,
4975:16, 4976:1,
4976:10, 4976:20,
4977:15, 4977:17,
4978:1, 4978:16,
4979:16, 4981:5,
4982:16, 4982:17,
4982:24, 4984:7,
4984:14, 4984:19,
4985:12, 4985:24,

4986:11, 4986:19,
4987:11, 4987:15,
4987:21, 4988:13,
4988:18, 4988:20,
4989:3, 4989:6,
4989:11, 4989:14,
4989:21, 4989:22,
4990:8, 4991:14,
4991:17, 4992:16,
4994:12, 4994:16,
4994:21, 4994:23,
4995:1, 4995:3,
4995:16, 4995:17,
4996:1, 4996:25,
4997:6, 4997:7,
4997:18, 4997:23,
4998:19, 4999:5,
4999:12, 4999:21,
5000:8, 5000:11,
5000:18, 5001:6,
5001:11, 5001:15,
5001:17, 5001:19,
5002:2, 5002:25,
5003:9, 5003:10,
5003:11, 5003:15,
5003:22, 5003:23,
5004:6, 5004:7,
5004:8, 5005:8,
5006:1, 5006:4,
5006:5, 5007:19,
5008:4, 5008:14,
5009:2, 5011:19,
5012:2, 5012:3,
5012:4, 5012:20,
5013:23, 5013:24,
5014:5, 5014:7,
5014:11, 5014:12,
5014:13, 5014:14,
5014:15, 5014:16,
5014:17, 5014:20,
5015:1, 5015:14,
5015:15, 5015:17,
5016:4, 5016:7,
5016:22, 5017:5,
5017:6, 5017:17,
5018:10, 5019:7,
5019:14, 5019:15,
5019:20, 5020:17,
5021:5, 5021:14,
5021:19, 5022:5,
5023:3, 5023:4,
5023:19, 5023:23,
5024:2, 5025:12,
5025:19, 5025:20,
5025:21, 5026:18,
5026:23, 5028:9,
5029:1, 5030:8,
5031:3, 5031:12,
5032:1, 5032:3,
5032:10, 5032:13,
5032:16, 5032:17,

5034:9, 5035:4,
5035:18, 5035:21,
5035:23, 5037:5,
5038:9, 5039:8,
5039:18, 5040:9,
5040:18, 5040:19,
5040:21

**it's** [79] - 4894:13,
4894:20, 4894:22,
4894:25, 4900:24,
4904:5, 4904:11,
4904:14, 4904:15,
4904:20, 4906:6,
4917:8, 4919:3,
4921:24, 4922:1,
4923:6, 4924:9,
4925:10, 4928:19,
4929:14, 4929:24,
4930:22, 4931:16,
4941:14, 4941:24,
4942:1, 4943:1,
4943:23, 4944:1,
4949:16, 4949:24,
4953:18, 4955:10,
4963:18, 4969:17,
4976:2, 4976:6,
4976:9, 4978:7,
4978:13, 4980:17,
4981:6, 4981:8,
4987:20, 4988:10,
4988:15, 4992:20,
4992:21, 4994:7,
4994:11, 4999:12,
5000:10, 5001:12,
5003:14, 5005:6,
5011:18, 5012:17,
5013:12, 5018:22,
5024:22, 5026:1,
5026:3, 5027:9,
5030:23, 5032:1,
5033:23, 5034:6,
5034:18, 5036:19,
5037:7, 5038:4,
5039:2, 5041:7,
5042:1

**item** [1] - 4969:16
**items** [13] - 4894:1,
4895:21, 4896:2,
4896:3, 4896:6,
4896:16, 4898:9,
4899:11, 4899:16,
4899:24, 4964:18,
4964:19

**itself** [2] - 4900:25,
5015:11

# J

**J** [9] - 4882:8,
4882:22, 4883:6,

4883:17, 4885:8,
4886:4, 4886:11,
4886:20, 4887:5
**jack** [1] - 4934:25
**Jack** [1] - 4935:25
**JAMES** [2] - 4883:3,
4885:13
**January** [3] - 4951:7,
4967:14, 4967:21
**JEFFERSON** [2] -
4883:4, 4886:21
**Jeffrey** [1] - 4964:7
**JEFFREY** [1] -
4883:14
**JERRY** [1] - 4887:15
**Jesse** [5] - 4906:17,
4908:7, 4924:20,
4936:2, 4943:3
**JESSICA** [2] -
4884:20, 4884:21
**Jim** [1] - 5040:18
**JIMMY** [1] - 4884:4
**job** [26] - 4922:19,
4925:8, 4925:19,
4929:17, 4932:17,
4937:21, 4939:14,
4939:15, 4948:9,
4970:2, 4970:8,
4971:11, 4971:15,
4971:17, 4985:9,
4985:12, 4994:24,
4998:9, 4998:11,
5023:3, 5024:5,
5024:14, 5024:23,
5027:15, 5027:20
**jobs** [15] - 4905:10,
4905:16, 4905:24,
4931:14, 4931:16,
4933:9, 4933:13,
4933:20, 4933:24,
4934:21, 4934:22,
4950:14, 4950:21,
4951:14, 5024:16
**JOHN** [3] - 4884:2,
4886:23, 4887:19
**joint** [20] - 4990:3,
4990:7, 4990:22,
4990:23, 4990:24,
4991:1, 4991:3,
4991:20, 4992:11,
4992:14, 4992:19,
4993:3, 4994:17,
4996:10, 4996:21,
4997:12, 4997:19,
4997:25, 4998:8
**joints** [10] - 4990:11,
4990:12, 4990:15,
4992:20, 4992:21,
4993:25, 4994:19,
4996:16, 4996:17

**JONES** [1] - 4887:5
**Joseph** [1] - 4999:22
**JR** [2] - 4883:17,
4887:11
**Judge** [8] - 4892:9,
4948:21, 4964:4,
4983:18, 4983:25,
4984:13, 5033:4,
5033:5
**judge** [4] - 4984:5,
4990:21, 4991:15,
5025:18
**JUDGE** [1] - 4882:23
**judging** [1] - 5037:3
**judgment** [1] -
5026:22
**judgments** [1] -
5032:12
**June** [3] - 4951:7,
4967:15, 4967:21
**just** [141] - 4890:2,
4890:6, 4891:5,
4892:14, 4893:3,
4893:10, 4893:11,
4893:13, 4896:16,
4897:9, 4897:10,
4900:3, 4900:13,
4901:11, 4901:15,
4901:22, 4902:24,
4904:22, 4905:21,
4908:13, 4909:1,
4909:24, 4910:2,
4911:10, 4911:16,
4912:23, 4912:24,
4913:22, 4914:3,
4914:4, 4914:6,
4914:12, 4914:13,
4915:12, 4916:19,
4916:22, 4916:24,
4917:5, 4919:7,
4919:21, 4920:4,
4922:6, 4922:7,
4922:15, 4922:21,
4922:22, 4924:7,
4926:22, 4927:8,
4927:25, 4929:14,
4931:15, 4933:11,
4935:5, 4935:6,
4943:17, 4944:6,
4944:11, 4944:12,
4945:1, 4945:8,
4945:13, 4945:23,
4946:1, 4946:18,
4946:21, 4947:17,
4948:5, 4950:22,
4951:25, 4952:17,
4953:22, 4954:15,
4956:24, 4957:10,
4961:6, 4961:11,
4962:18, 4963:2,

4963:9, 4968:1,
4968:5, 4968:11,
4968:13, 4972:25,
4973:11, 4974:17,
4977:5, 4977:8,
4978:12, 4980:17,
4981:25, 4984:5,
4986:4, 4986:5,
4988:5, 4989:15,
4989:20, 4990:20,
4991:19, 4991:24,
4994:20, 4996:24,
4998:18, 4999:8,
5004:25, 5006:1,
5008:12, 5008:15,
5008:19, 5009:2,
5009:19, 5010:15,
5012:4, 5012:5,
5013:23, 5014:5,
5015:5, 5015:6,
5015:18, 5016:6,
5016:7, 5017:20,
5017:24, 5018:23,
5019:12, 5019:23,
5021:2, 5021:17,
5023:13, 5024:1,
5024:2, 5024:7,
5028:6, 5030:7,
5030:15, 5031:1
**Justice** [1] - 4970:10
**justice** [1] - 4945:20
**JUSTICE** [4] -
4884:10, 4884:14,
4884:19, 4885:1
**Justin** [3] - 4967:8,
4967:9, 4967:10

# K

**K** [1] - 4885:22
**KANNER** [2] -
4885:16, 4885:17
**Karen** [2] - 5042:10,
5042:18
**KAREN** [1] - 4887:21
**karen_lbos@laed.
uscourts.gov** [1] -
4887:23
**KARIS** [1] - 4886:5
**Kaskida** [1] -
4895:25
**KATZ** [1] - 4883:6
**KCL** [1] - 4894:15
**keep** [16] - 4911:9,
4911:10, 4912:19,
4918:5, 4918:6,
4918:20, 4921:8,
4921:9, 4947:7,
4951:11, 4956:21,
4956:22, 4957:2,

4963:22, 5034:22, 5036:24
**keeping** [1] - 5038:13
**Keith** [3] - 4999:22, 5000:14, 5000:21
**KELLEY** [1] - 4885:3
**kept** [2] - 4901:11, 4922:11
**Kerry** [1] - 4906:8
**KERRY** [1] - 4886:11
**key** [8] - 4901:3, 4901:4, 4901:5, 4901:6, 4901:7, 4901:11, 4901:12, 4925:20
**kick** [1] - 5031:1
**kicks** [5] - 5030:15, 5030:16, 5030:20, 5030:25, 5031:1
**kill** [6] - 4968:6, 4986:8, 4987:23, 4988:3, 5007:15, 5019:13
**KINCHEN** [2] - 4886:23, 4886:23
**kind** [11] - 4919:18, 4936:13, 4964:9, 5006:13, 5006:23, 5024:20, 5028:19, 5029:14, 5029:16, 5030:20, 5035:18
**King** [4] - 4933:15, 4933:21, 4934:7, 4934:16
**KIRKLAND** [1] - 4886:4
**knew** [13] - 4912:10, 4912:15, 4912:24, 4913:2, 4913:5, 4916:21, 4920:6, 4920:10, 4922:18, 4927:12, 4927:13, 4947:6
**know** [149] - 4892:22, 4892:25, 4893:3, 4898:6, 4898:18, 4902:5, 4902:10, 4902:14, 4902:17, 4902:20, 4904:13, 4905:11, 4906:5, 4909:12, 4912:19, 4912:22, 4914:19, 4914:20, 4914:22, 4915:7, 4916:8, 4917:2, 4917:4, 4917:5, 4922:13, 4922:24, 4927:13, 4930:5, 4930:20, 4931:2, 4931:16,

4931:21, 4931:23, 4932:20, 4932:23, 4934:2, 4936:10, 4936:14, 4938:12, 4940:7, 4940:9, 4940:10, 4940:22, 4940:23, 4941:17, 4942:6, 4942:7, 4942:11, 4943:24, 4944:5, 4946:21, 4947:14, 4947:17, 4947:25, 4948:7, 4949:1, 4953:8, 4955:13, 4955:24, 4956:16, 4957:13, 4958:17, 4958:25, 4959:12, 4959:15, 4960:4, 4960:13, 4962:10, 4963:18, 4965:14, 4967:4, 4967:20, 4968:1, 4968:5, 4968:16, 4969:11, 4971:2, 4971:6, 4971:7, 4971:10, 4971:14, 4971:22, 4973:20, 4975:14, 4976:15, 4977:8, 4980:18, 4980:19, 4982:22, 4988:14, 4991:15, 4992:10, 4992:20, 4994:8, 4994:10, 4994:22, 4995:2, 4995:15, 4995:23, 4996:5, 4996:6, 4997:4, 4997:5, 4997:9, 5002:9, 5005:8, 5006:25, 5007:15, 5007:21, 5007:22, 5009:7, 5009:8, 5009:11, 5009:13, 5009:14, 5009:18, 5009:19, 5011:20, 5011:21, 5012:2, 5012:4, 5012:16, 5020:5, 5020:21, 5022:16, 5024:18, 5025:24, 5027:10, 5030:21, 5030:22, 5031:22, 5032:1, 5035:24, 5036:2, 5036:9, 5036:10, 5036:17, 5039:10, 5040:10, 5040:14, 5040:17, 5040:19
**knowledge** [11] - 4912:15, 4927:9, 4927:10, 4927:12, 4940:21, 4943:9, 4959:16, 5009:7,

5020:19, 5020:20, 5020:21
**known** [6] - 4929:2, 4929:3, 4990:10, 4998:19, 5031:10, 5034:19
**knows** [1] - 4984:4
**Kodiak** [11] - 4894:5, 4894:11, 4895:9, 4901:23, 4902:18, 4919:7, 4924:8, 4927:21, 4928:2, 4966:9, 4968:17
**KRAUS** [1] - 4885:17
**KULLMAN** [1] - 4883:11

# L

**L** [2] - 4885:7, 4886:14
**L.L.C** [1] - 4887:17
**LA** [15] - 4883:5, 4883:7, 4883:13, 4883:18, 4883:20, 4883:23, 4884:3, 4884:8, 4885:15, 4885:18, 4885:24, 4886:12, 4886:22, 4887:3, 4887:22
**Lab** [1] - 4894:8
**lab** [83] - 4891:24, 4892:19, 4893:22, 4895:13, 4896:17, 4898:4, 4898:14, 4900:12, 4900:13, 4900:16, 4900:17, 4901:22, 4902:12, 4902:25, 4907:23, 4913:1, 4913:2, 4914:10, 4914:24, 4918:6, 4924:10, 4925:2, 4926:4, 4926:14, 4926:19, 4930:16, 4930:25, 4931:1, 4933:3, 4935:21, 4936:7, 4936:9, 4936:18, 4936:21, 4938:24, 4940:2, 4940:7, 4940:14, 4942:24, 4943:2, 4947:4, 4947:19, 4950:22, 4950:24, 4951:3, 4951:18, 4953:14, 4953:15, 4953:18, 4954:20, 4956:7, 4957:10, 4957:13, 4957:23, 4958:6, 4958:20, 4958:25,

4959:19, 4960:7, 4964:9, 4964:16, 4964:17, 4964:20, 4965:7, 4965:12, 4965:14, 4965:16, 4967:6, 4967:23, 4968:1, 4968:7, 4968:8, 4968:21, 4969:9, 4969:22, 4974:19, 4977:11, 4978:6, 4978:9, 4979:5, 4982:13
**lab's** [1] - 4947:7
**label** [1] - 5011:17
**labeled** [5] - 4895:8, 4899:8, 4899:15, 4901:23, 5010:25
**labelled** [1] - 4895:25
**labelling** [1] - 4898:17
**laboratories** [2] - 4936:14, 4962:6
**Laboratory** [1] - 4981:6
**laboratory** [4] - 4935:14, 4935:16, 4950:9, 4959:10
**labs** [1] - 4905:9
**lack** [2] - 4976:22, 5031:2
**lacked** [1] - 5014:19
**Lafarge** [1] - 4894:14
**LAFAYETTE** [2] - 4883:5, 4886:22
**LAFLEUR** [1] - 4886:20
**lag** [1] - 5036:3
**LAMAR** [1] - 4887:15
**landed** [1] - 4985:20
**LANGAN** [1] - 4886:4
**larger** [1] - 4990:15
**LASALLE** [1] - 4886:6
**last** [20] - 4890:11, 4895:3, 4900:2, 4919:19, 4927:16, 4944:23, 4947:23, 4977:17, 4989:5, 4989:7, 4998:16, 5005:17, 5010:19, 5011:12, 5012:21, 5013:11, 5019:11, 5030:14, 5031:15, 5033:17
**lastly** [2] - 4941:21, 4965:3
**late** [1] - 4959:23
**lately** [1] - 4979:14
**later** [7] - 4892:2,

4951:2, 4969:23, 4970:3, 4987:1, 4987:14, 5035:7
**latter** [1] - 5033:2
**LAW** [3] - 4883:19, 4883:21, 4884:6
**LAWRENCE** [1] - 4884:22
**lawyer** [3] - 4964:8, 4984:4, 4991:14
**lawyers** [11] - 4920:18, 4920:21, 4920:23, 4922:9, 4925:25, 4926:4, 4926:10, 4926:13, 4926:18, 4928:7, 4984:10
**lays** [1] - 4906:8
**lbs/sk** [1] - 4894:15
**lead** [1] - 4979:15
**leader** [2] - 4967:10, 4967:11
**leaders** [2] - 5018:19, 5027:3
**leading** [2] - 4972:25, 4973:3
**leak** [1] - 5035:24
**leaking** [2] - 5013:5, 5035:17
**learned** [1] - 5029:9
**learning** [1] - 4948:9
**lease** [2] - 4924:18, 4925:3
**LEASING** [1] - 4882:13
**least** [10] - 4934:22, 4967:23, 4973:21, 4998:21, 5008:3, 5020:13, 5027:25, 5029:14, 5036:19, 5038:11
**leave** [4] - 4931:5, 5010:8, 5012:15, 5013:4
**left** [10] - 4891:16, 4891:18, 4892:9, 4892:10, 4892:19, 4902:25, 4903:5, 4995:8, 5004:19, 5005:15
**LEGER** [2] - 4883:16, 4883:17
**length** [1] - 4990:3
**lengths** [1] - 4989:23
**Leo** [1] - 4890:15
**less** [6] - 4906:3, 4945:16, 4973:4, 4975:8, 4975:10, 4975:12
**let** [36] - 4909:14,

4915:8, 4918:5,
4923:9, 4924:13,
4924:17, 4931:6,
4931:11, 4938:12,
4943:21, 4944:6,
4947:17, 4952:24,
4954:10, 4954:11,
4954:15, 4956:5,
4960:21, 4961:11,
4962:12, 4964:12,
4965:20, 4967:20,
4971:4, 4971:11,
4982:5, 4982:9,
4991:19, 5003:19,
5011:10, 5013:8,
5015:18, 5023:10,
5025:20, 5031:16,
5036:12

**Let's** [1] - 4933:3

**let's** [36] - 4903:11,
4918:11, 4933:4,
4933:5, 4933:8,
4933:17, 4936:7,
4939:21, 4943:5,
4943:7, 4945:4,
4966:3, 4966:16,
4971:20, 4977:15,
4978:3, 4979:19,
4982:18, 4982:24,
4983:14, 4983:15,
4986:4, 4987:16,
4995:5, 5001:17,
5003:7, 5007:1,
5008:7, 5013:9,
5013:22, 5016:10,
5018:22, 5033:17,
5035:21, 5040:4,
5041:2

**letter** [1] - 4951:2

**letting** [1] - 4984:14

**level** [7] - 4922:18,
4946:23, 4967:9,
5015:13, 5028:6,
5028:8, 5028:9

**LEWIS** [5] - 4883:11,
4885:22, 4887:10,
4887:14, 4887:17

**Li** [2] - 4888:9,
4913:17

**LI** [10] - 4886:18,
4903:12, 4903:17,
4903:20, 4907:21,
4908:2, 4913:8,
4913:9, 4913:14,
4913:16

**lid** [3] - 4897:4,
4897:10, 4897:14

**lie** [1] - 4964:4

**LIFE** [1] - 4883:12

**lift** [2] - 4985:13,

4985:15

**light** [3] - 4937:25,
4976:24, 5035:3

**like** [46] - 4890:4,
4891:6, 4891:11,
4894:20, 4904:12,
4905:14, 4906:3,
4909:16, 4909:21,
4909:24, 4914:3,
4919:4, 4936:18,
4947:2, 4952:13,
4956:24, 4957:12,
4957:14, 4968:16,
4968:21, 4969:15,
4971:21, 4971:22,
4978:10, 4982:16,
4982:23, 4989:7,
4992:22, 4994:7,
4996:16, 4996:19,
5003:11, 5012:12,
5013:1, 5022:2,
5023:19, 5023:23,
5024:15, 5030:18,
5034:12, 5034:15,
5035:4, 5038:9,
5038:18, 5038:20,
5039:18

**liked** [1] - 5016:23

**likely** [5] - 5009:15,
5028:16, 5030:5,
5035:25, 5038:11

**limited** [1] - 4982:22

**Lindner** [1] - 4890:15

**line** [16] - 4944:8,
4951:12, 4952:17,
4986:8, 4987:23,
4988:3, 5007:15,
5008:13, 5010:23,
5011:1, 5011:6,
5011:16, 5011:22,
5019:13, 5039:15,
5039:18

**lined** [1] - 5033:24

**lines** [3] - 5004:22,
5006:14, 5015:21

**liquid** [1] - 4909:5

**LISKOW** [1] -
4885:22

**list** [40] - 4889:20,
4890:2, 4890:11,
4892:3, 4892:9,
4892:10, 4892:12,
4892:15, 4892:18,
4892:22, 4893:1,
4893:4, 4893:9,
4893:12, 4893:23,
4894:1, 4894:2,
4896:9, 4898:15,
4898:18, 4898:19,
4899:13, 4906:18,

4920:2, 4920:4,
4920:20, 4921:1,
4921:9, 4922:6,
4922:21, 4922:22,
4924:7, 4924:9,
4928:17, 4929:2,
4929:7, 4933:9,
4933:24, 4964:18

**listed** [1] - 4933:12

**listened** [1] - 5000:5

**lists** [6] - 4891:22,
4893:5, 4893:15,
4896:7, 4921:5

**LITIGATION** [1] -
4885:2

**little** [20] - 4906:7,
4909:24, 4914:2,
4933:5, 4943:17,
4945:22, 4950:12,
4951:10, 4968:21,
4971:20, 4988:2,
4991:11, 4992:25,
5003:21, 5004:25,
5013:8, 5016:7,
5024:2, 5024:3,
5036:3

**living** [3] - 4948:23,
4956:6, 5002:16

**LLC** [1] - 4886:8

**LMRP** [2] - 5037:12,
5037:20

**located** [2] -
4992:21, 5010:12

**location** [8] - 4894:5,
4894:11, 4895:10,
4950:16, 4964:17,
4969:17, 4971:12,
4996:21

**locations** [1] -
5008:1

**lock** [3] - 4893:4,
4901:1

**Locked** [1] - 4892:6

**locked** [7] - 4892:23,
4899:2, 4899:6,
4899:15, 4900:10,
4900:18, 4920:13

**locker** [8] - 4900:19,
4900:25, 4901:1,
4901:3, 4921:18,
4926:24, 4927:2

**locking** [1] - 4920:15

**logged** [1] - 5022:5

**logging** [1] - 5021:24

**long** [10] - 4897:6,
4916:25, 4980:22,
4985:22, 4989:6,
4995:4, 5001:8,
5001:15, 5034:9,
5036:25

**long-string** [1] -
4985:22

**longer** [1] - 5024:2

**look** [54] - 4890:4,
4893:14, 4894:24,
4899:5, 4901:24,
4906:6, 4906:18,
4916:22, 4917:7,
4918:22, 4924:7,
4926:19, 4931:8,
4932:8, 4933:8,
4936:24, 4943:5,
4945:2, 4946:17,
4946:21, 4947:12,
4948:21, 4958:24,
4964:12, 4965:20,
4972:11, 4985:25,
4987:16, 4995:5,
4995:7, 4995:15,
4998:24, 4999:6,
5001:18, 5002:3,
5002:9, 5003:7,
5004:5, 5007:1,
5007:5, 5008:7,
5011:10, 5013:9,
5013:22, 5015:21,
5017:25, 5019:5,
5027:8, 5029:1,
5035:2, 5035:3,
5035:5, 5035:14

**looked** [32] -
4893:12, 4901:15,
4901:18, 4902:8,
4902:25, 4905:19,
4916:6, 4916:10,
4916:15, 4916:17,
4916:19, 4916:24,
4928:14, 4934:24,
4938:3, 4938:6,
4938:7, 4938:8,
4942:16, 4965:20,
4976:6, 4988:25,
5014:5, 5023:19,
5028:10, 5028:13,
5029:5, 5032:15,
5032:17, 5035:4

**looking** [18] -
4908:24, 4915:18,
4916:13, 4933:2,
4934:20, 4938:15,
4987:7, 4990:1,
4991:5, 5011:7,
5023:1, 5026:23,
5030:10, 5032:9,
5033:23, 5035:9,
5040:15

**looks** [3] - 4894:20,
4954:2, 5038:9

**loose** [1] - 5037:20

**LOS** [1] - 4886:19

**lose** [1] - 5031:7

**loss** [5] - 4985:16,
5008:25, 5031:2,
5031:5, 5033:18

**losses** [4] - 5022:1,
5030:16, 5030:17,
5030:24

**lost** [6] - 4943:24,
4944:3, 5008:18,
5031:4, 5031:7

**lot** [6] - 4895:3,
4910:19, 4913:25,
4982:3, 4991:16,
5016:22

**LOUISIANA** [5] -
4882:2, 4882:8,
4885:11, 4885:13,
4887:19

**Louisiana** [1] -
5042:11

**low** [1] - 4988:10

**low-high** [1] -
4988:10

**lower** [3] - 5036:15,
5037:12, 5037:23

**lowering** [1] -
4995:13

**LUIS** [1] - 4886:18

**Luis** [1] - 4913:17

**lumped** [1] - 5030:20

**lunch** [2] - 4890:5,
5042:1

**LUNCH** [1] - 5042:4

**LUTHER** [1] - 4885:7

## M

**M** [3] - 4883:11,
4963:14, 5032:22

**m** [1] - 4889:3

**M-I** [2] - 4963:14,
5032:22

**Macondo** [52] -
4892:13, 4892:17,
4893:3, 4893:11,
4893:13, 4896:3,
4896:4, 4898:15,
4899:7, 4899:9,
4899:14, 4899:15,
4900:17, 4902:21,
4907:9, 4907:12,
4915:12, 4921:10,
4921:17, 4922:1,
4922:4, 4922:11,
4922:20, 4922:22,
4929:5, 4929:9,
4930:6, 4930:18,
4932:2, 4932:7,
4933:15, 4933:21,

4934:2, 4934:12,
4934:22, 4935:25,
4952:6, 4962:17,
4962:24, 4970:3,
4971:2, 4993:12,
5014:9, 5014:23,
5015:10, 5028:22,
5029:6, 5031:17,
5031:21, 5032:4,
5032:7
**Macondo-specific**
[1] - 4899:15
**made** [22] - 4891:21,
4892:9, 4892:15,
4892:18, 4892:22,
4893:4, 4899:14,
4912:16, 4954:20,
4957:2, 4968:9,
4982:12, 4982:23,
4985:11, 5004:21,
5021:4, 5023:2,
5023:21, 5024:4,
5027:18, 5032:10,
5032:12
**MAGAZINE** [1] -
4884:7
**magic** [1] - 4994:5
**magical** [2] - 4994:2,
4997:2
**magnitude** [3] -
5007:6, 5008:2,
5030:8
**MAHTOOK** [1] -
4886:20
**mail** [7] - 4933:8,
4933:11, 4950:5,
4950:6, 4950:20,
4960:16, 4967:15
**mails** [1] - 4919:4
**MAIN** [1] - 4884:2
**main** [1] - 5008:3
**mainly** [1] - 5007:22
**maintain** [1] -
4964:18
**Major** [1] - 4951:6
**make** [28] - 4894:1,
4899:5, 4899:11,
4904:9, 4914:2,
4920:11, 4921:12,
4930:3, 4931:2,
4938:12, 4945:6,
4945:23, 4983:11,
4983:18, 4984:14,
4986:16, 4997:23,
4997:25, 5003:14,
5004:15, 5004:24,
5005:17, 5005:20,
5005:22, 5006:6,
5008:23, 5020:8,
5027:5

**makes** [3] - 4971:16,
5027:11, 5030:22
**making** [5] -
4946:16, 4984:11,
5006:11, 5011:20,
5027:14
**MALINDA** [1] -
4884:22
**man** [4] - 4996:24,
4997:7, 5016:23,
5039:24
**manage** [1] -
4935:19
**managed** [3] -
4935:14, 4935:18,
5021:21
**management** [2] -
4910:10, 4926:19
**manager** [7] -
4910:22, 4911:3,
4911:11, 4914:10,
4914:16, 4925:1,
4930:16
**manila** [3] - 4917:25,
4918:6, 4918:9
**manner** [2] -
4988:22, 5010:25
**manpower** [1] -
4951:13
**manual** [1] - 4935:10
**manually** [1] -
5005:9
**manufacture** [1] -
5024:8
**many** [16] - 4902:15,
4902:17, 4902:20,
4905:10, 4905:14,
4908:22, 4909:4,
4909:8, 4909:14,
4931:16, 4931:21,
4947:18, 4951:14,
4968:1, 5031:23,
5035:4
**MARCH** [1] - 4889:2
**March** [5] - 4892:9,
4950:8, 4965:21,
4965:24, 4965:25
**marine** [6] - 4924:20,
4996:1, 4997:18,
4998:3, 4998:4,
4998:8
**Mark** [7] - 5018:25,
5019:5, 5019:6,
5019:13, 5019:14,
5019:18, 5020:15
**mark** [3] - 4928:10,
5020:10
**markings** [1] -
4897:14
**mass** [2] - 4975:11

**material** [11] -
4895:3, 4895:11,
4896:19, 4917:11,
4917:16, 4925:6,
4958:25, 4960:12,
4960:15, 5031:4,
5031:7
**Materials** [2] -
4891:24, 4892:6
**materials** [48] -
4892:10, 4892:19,
4892:23, 4903:1,
4904:25, 4915:18,
4917:12, 4917:21,
4917:23, 4917:24,
4917:25, 4918:2,
4918:5, 4919:12,
4919:22, 4920:12,
4920:14, 4921:9,
4921:17, 4921:20,
4922:20, 4924:10,
4924:17, 4925:15,
4925:20, 4926:10,
4926:14, 4926:23,
4926:24, 4927:5,
4927:21, 4928:2,
4928:3, 4928:8,
4929:8, 4938:24,
4939:21, 4954:20,
4962:16, 4962:21,
4963:5, 4965:6,
4965:10, 4965:22,
4965:23, 4966:3,
4966:4
**math** [2] - 4943:17,
4945:20
**Matt** [1] - 4913:21
**matt** [1] - 4889:11
**matter** [7] - 4917:3,
4972:24, 5016:21,
5021:18, 5027:21,
5031:18, 5042:14
**matters** [1] - 4889:10
**MATTHEW** [1] -
4886:5
**May** [3] - 4921:16,
4922:9, 4953:2
**may** [23] - 4890:3,
4890:25, 4894:19,
4896:24, 4900:3,
4903:15, 4911:16,
4927:21, 4942:7,
4947:16, 4955:23,
4955:24, 4966:22,
4981:12, 4992:25,
4998:1, 5000:24,
5005:7, 5005:9,
5026:1, 5034:25
**maybe** [12] -
4901:10, 4905:25,

4914:20, 4927:22,
4955:18, 4960:3,
4969:3, 4972:3,
5000:24, 5006:8,
5008:5, 5038:20
**Maze** [1] - 4897:2
**MAZE** [1] - 4885:7
**McCLELLAN** [1] -
4884:20
**MCKINNEY** [1] -
4887:7
**McMahan** [2] -
4890:9
**MDL-2179** [1] -
4923:10
**me** [78] - 4894:20,
4906:24, 4909:14,
4911:10, 4913:1,
4915:8, 4917:20,
4918:5, 4920:23,
4922:4, 4922:21,
4923:9, 4924:13,
4924:17, 4926:8,
4927:19, 4927:22,
4927:23, 4931:6,
4931:11, 4938:12,
4944:6, 4944:19,
4947:9, 4947:17,
4952:20, 4953:14,
4954:10, 4954:11,
4954:15, 4955:2,
4955:18, 4956:5,
4957:4, 4960:3,
4960:21, 4961:11,
4962:3, 4962:12,
4962:24, 4964:12,
4965:20, 4967:20,
4971:5, 4971:11,
4976:3, 4982:5,
4982:9, 4982:18,
4983:1, 4984:14,
4988:25, 4991:19,
4994:15, 5003:12,
5003:19, 5004:25,
5005:19, 5008:11,
5009:24, 5011:10,
5013:8, 5015:5,
5015:11, 5015:18,
5021:5, 5023:19,
5024:2, 5024:7,
5024:21, 5025:19,
5025:20, 5029:22,
5030:8, 5031:16,
5032:17, 5036:12,
5036:17
**mean** [21] - 4900:25,
4907:15, 4919:3,
4920:10, 4920:14,
4927:13, 4940:23,
4945:16, 4946:15,

4948:23, 4953:20,
4953:21, 4955:9,
4968:12, 4981:20,
4994:18, 5006:7,
5009:7, 5013:2,
5034:3, 5036:15
**meaning** [2] -
4970:1, 4976:10
**means** [5] - 4897:23,
4941:22, 4944:3,
4948:22, 4998:7
**measure** [1] -
4943:21
**measured** [1] -
4908:24
**measurement** [1] -
4949:25
**mechanical** [1] -
5013:13
**MECHANICAL** [1] -
4887:25
**meet** [1] - 5014:4
**memory** [6] - 4953:9,
4967:19, 4971:22,
5025:15, 5039:17
**men** [2] - 5014:17,
5020:19
**mentioned** [1] -
5021:17
**menu** [1] - 4943:1
**met** [2] - 4913:22,
4988:24
**meter** [1] - 5036:1
**MEXICO** [1] - 4882:6
**Mexico** [11] -
4910:22, 4911:3,
4911:11, 4914:17,
4931:17, 4932:1,
4964:20, 5013:6,
5022:16, 5030:16,
5030:17
**MI** [1] - 4887:17
**MICHAEL** [2] -
4884:11, 4886:17
**MICHELLE** [1] -
4884:21
**middle** [3] - 4992:2,
5005:4, 5013:5
**might** [13] - 4894:24,
4896:24, 4897:5,
4905:1, 4906:6,
4926:21, 4936:7,
4944:6, 4944:20,
4962:3, 4976:23,
5001:7, 5016:7
**Mike** [1] - 4985:2
**mile** [1] - 5034:22
**milk** [1] - 4949:3
**milkshake** [1] -
4948:24

MILLER [1] - 4886:11

**Miller** [1] - 4906:8
**mind** [9] - 4926:20, 4945:1, 4957:9, 4966:14, 4994:4, 4994:12, 4996:21, 5034:22, 5036:24
**mindful** [1] - 4891:4
**mine** [1] - 4890:4
**minus** [1] - 4994:3
**minute** [8] - 4917:3, 4918:15, 4983:19, 4990:21, 5021:17, 5034:11, 5038:20
**minutes** [9] - 4963:24, 4988:8, 4988:9, 5001:5, 5001:8, 5008:19, 5009:19, 5019:13, 5036:4
**mischaracterizes** [1] - 5001:9
**missing** [2] - 4896:6, 4896:9
**misspoken** [1] - 4894:20
**mistake** [1] - 4927:24
**misunderstood** [3] - 4892:15, 4927:21, 5010:4
**mix** [2] - 4909:12, 4953:5
**mix-up** [1] - 4909:12
**mixed** [5] - 4952:9, 4952:20, 4952:21, 4952:22, 4952:24
**mixing** [4] - 4952:12, 4952:21, 4952:23, 4977:19
**MMS** [1] - 5026:5
**MNO** [1] - 5027:10
**MOBILE** [1] - 4883:10
**moment** [1] - 5027:12
**Monday** [7] - 4989:5, 5010:7, 5012:21, 5013:25, 5019:24, 5021:6, 5040:2
**monitor** [2] - 5000:11, 5035:5
**monitoring** [2] - 4998:15, 4998:19
**MONTGOMERY** [1] - 4885:9
**month** [1] - 4917:8
**monthly** [1] - 4968:11

**more** [30] - 4901:6, 4905:25, 4907:7, 4914:2, 4918:23, 4933:6, 4934:12, 4945:25, 4946:18, 4948:18, 4948:20, 4967:12, 4975:8, 5006:6, 5006:11, 5006:24, 5009:15, 5020:9, 5024:1, 5028:16, 5028:23, 5029:22, 5031:21, 5031:22, 5031:23, 5032:3, 5035:25, 5039:6
**More** [1] - 4973:10
**Morgan** [5] - 4954:19, 4955:3, 4955:8, 4955:9, 4955:25
**MORGAN** [1] - 4887:17
**Morgan's** [3] - 4954:8, 4956:13, 4958:17
**MORNING** [1] - 4882:20
**morning** [11] - 4889:6, 4889:7, 4889:8, 4889:11, 4889:19, 4890:25, 4913:21, 4984:25, 4985:1, 4986:13, 5033:5
**most** [2] - 4977:18, 5032:1
**motions** [2] - 4983:11, 4983:22
**move** [11] - 4890:15, 4890:20, 4891:4, 4902:1, 4903:15, 4935:4, 4946:1, 4948:11, 4950:3, 4967:18, 4995:1
**moved** [3] - 4966:9, 4995:24, 5036:9
**moving** [6] - 4992:7, 4994:23, 5023:4, 5023:14, 5034:10, 5038:19
**MR** [168] - 4889:11, 4889:15, 4889:18, 4889:19, 4889:25, 4890:7, 4890:12, 4890:18, 4890:20, 4890:25, 4891:2, 4891:10, 4891:15, 4891:17, 4893:17, 4893:19, 4893:21, 4893:24, 4894:3,

4894:4, 4894:21, 4894:23, 4895:1, 4895:2, 4895:18, 4895:20, 4896:7, 4896:8, 4896:12, 4896:14, 4896:23, 4897:4, 4897:8, 4897:13, 4898:8, 4898:11, 4898:20, 4898:25, 4902:1, 4902:4, 4903:8, 4903:12, 4903:17, 4903:20, 4907:19, 4907:21, 4908:2, 4913:4, 4913:8, 4913:9, 4913:14, 4913:16, 4913:20, 4923:9, 4923:12, 4923:14, 4923:17, 4923:19, 4923:21, 4925:11, 4925:13, 4928:10, 4928:12, 4928:18, 4928:21, 4930:11, 4930:12, 4931:11, 4931:12, 4932:3, 4932:5, 4933:17, 4933:19, 4942:14, 4942:15, 4944:8, 4944:10, 4945:4, 4945:6, 4945:9, 4962:3, 4962:4, 4963:10, 4963:13, 4963:15, 4963:17, 4963:19, 4963:21, 4963:24, 4964:2, 4964:3, 4964:6, 4966:12, 4966:14, 4966:22, 4966:25, 4970:13, 4970:14, 4972:12, 4972:14, 4972:25, 4973:4, 4973:6, 4973:7, 4973:9, 4973:11, 4973:13, 4974:9, 4974:11, 4975:23, 4975:25, 4976:4, 4977:9, 4977:10, 4977:14, 4977:16, 4978:4, 4978:5, 4978:18, 4978:19, 4978:23, 4978:25, 4979:7, 4979:10, 4979:17, 4979:19, 4979:21, 4980:11, 4980:12, 4981:9, 4981:11, 4982:14, 4982:19, 4983:1, 4983:4, 4983:8, 4983:11, 4983:18, 4983:23, 4983:24, 4983:25,

4894:4, 4894:21, 4894:23, 4895:1, 4895:2, 4895:18, 4895:20, 4896:7, 4896:8, 4896:12, 4896:14, 4896:23, 4897:4, 4897:8, 4897:13, 4898:8, 4898:11, 4898:20, 4898:25, 4902:1, 4902:4, 4903:8, 4903:12, 4903:17, 4903:20, 4907:19, 4907:21, 4908:2, 4913:4, 4913:8, 4913:9, 4913:14, 4913:16, 4913:20, 4923:9, 4923:12, 4923:14, 4923:17, 4923:19, 4923:21, 4925:11, 4925:13, 4928:10, 4928:12, 4928:18, 4928:21, 4930:11, 4930:12, 4931:11, 4931:12, 4932:3, 4932:5, 4933:17, 4933:19, 4942:14, 4942:15, 4944:8, 4944:10, 4945:4, 4945:6, 4945:9, 4962:3, 4962:4, 4963:10, 4963:13, 4963:15, 4963:17, 4963:19, 4963:21, 4963:24, 4964:2, 4964:3, 4964:6, 4966:12, 4966:14, 4966:22, 4966:25, 4970:13, 4970:14, 4972:12, 4972:14, 4972:25, 4973:4, 4973:6, 4973:7, 4973:9, 4973:11, 4973:13, 4974:9, 4974:11, 4975:23, 4975:25, 4976:4, 4977:9, 4977:10, 4977:14, 4977:16, 4978:4, 4978:5, 4978:18, 4978:19, 4978:23, 4978:25, 4979:7, 4979:10, 4979:17, 4979:19, 4979:21, 4980:11, 4980:12, 4981:9, 4981:11, 4982:14, 4982:19, 4983:1, 4983:4, 4983:8, 4983:18, 4983:23, 4983:24, 4983:25,

4984:2, 4984:3, 4984:5, 4984:8, 4984:19, 4984:22, 4991:10, 4991:13, 4991:16, 4991:18, 5001:9, 5001:11, 5001:16, 5002:12, 5002:15, 5010:16, 5010:17, 5015:21, 5015:22, 5032:18, 5032:21, 5032:23, 5033:2, 5033:5, 5033:8, 5041:20, 5041:22

**Mr** [237] - 4888:7, 4888:9, 4888:11, 4888:13, 4888:15, 4888:19, 4888:21, 4889:7, 4889:13, 4889:21, 4890:1, 4890:9, 4890:13, 4890:14, 4890:15, 4890:20, 4890:23, 4891:3, 4891:5, 4891:11, 4891:18, 4892:18, 4893:25, 4896:15, 4897:2, 4902:23, 4903:13, 4903:18, 4906:15, 4907:5, 4907:7, 4907:10, 4908:19, 4908:23, 4910:5, 4910:14, 4910:15, 4910:19, 4911:4, 4911:11, 4911:13, 4911:15, 4912:3, 4912:6, 4912:13, 4912:18, 4912:20, 4912:24, 4913:11, 4913:22, 4914:12, 4914:13, 4915:11, 4918:2, 4918:24, 4919:9, 4919:14, 4920:12, 4920:17, 4920:25, 4921:4, 4921:8, 4922:7, 4922:10, 4922:16, 4922:17, 4923:1, 4923:3, 4923:25, 4924:15, 4924:22, 4925:2, 4926:7, 4926:23, 4928:13, 4930:14, 4931:13, 4932:21, 4932:23, 4933:8, 4933:10, 4933:12, 4933:20, 4934:2, 4934:9, 4934:16, 4934:20, 4935:4, 4935:7, 4936:4, 4936:9, 4936:10, 4936:22,

4936:24, 4937:16, 4939:8, 4939:15, 4940:7, 4940:11, 4943:10, 4944:11, 4944:25, 4945:4, 4945:21, 4945:25, 4946:10, 4947:11, 4947:18, 4947:21, 4947:25, 4948:2, 4948:3, 4948:7, 4949:16, 4950:5, 4950:7, 4950:13, 4951:17, 4951:20, 4952:2, 4952:5, 4952:16, 4953:2, 4953:12, 4953:23, 4954:8, 4954:12, 4954:13, 4954:16, 4954:18, 4954:23, 4954:24, 4955:3, 4955:6, 4955:8, 4955:9, 4955:25, 4956:12, 4956:13, 4956:18, 4956:21, 4957:2, 4957:4, 4957:21, 4958:10, 4958:17, 4959:18, 4959:20, 4959:21, 4960:5, 4960:12, 4960:14, 4960:15, 4961:2, 4961:3, 4961:12, 4961:22, 4961:24, 4962:14, 4962:20, 4963:3, 4963:10, 4963:16, 4967:1, 4972:15, 4973:3, 4973:10, 4979:13, 4979:23, 4980:7, 4982:18, 4983:4, 4983:8, 4983:15, 4983:22, 4984:1, 4984:10, 4984:23, 4997:21, 5000:14, 5000:21, 5006:24, 5008:12, 5010:7, 5016:11, 5016:14, 5016:15, 5017:18, 5018:1, 5020:24, 5021:13, 5022:19, 5023:6, 5023:10, 5023:18, 5026:23, 5027:13, 5027:18, 5028:4, 5033:3, 5033:9, 5036:22, 5039:12, 5039:13, 5039:14, 5039:16, 5039:21, 5039:23, 5040:6, 5040:14, 5040:18, 5040:19, 5040:23, 5040:24, 5040:25,

5041:8, 5041:10,
5041:13, 5041:17,
5041:19

**Ms** [1] - 4936:10
**much** [18] - 4890:10,
4934:9, 4934:16,
4934:18, 4941:24,
4947:17, 4955:11,
4955:22, 4956:8,
4956:15, 4974:3,
4980:5, 4983:15,
4984:11, 5024:19,
5031:21, 5031:22,
5034:19

**mud** [19] - 4895:24,
4898:24, 4908:25,
4909:6, 4909:10,
5005:5, 5029:20,
5029:23, 5030:1,
5030:5, 5030:6,
5030:9, 5033:10,
5033:11, 5036:22,
5037:3, 5037:8,
5037:15

**mud-gas** [1] - 5005:5
**mud/gas** [13] -
5005:24, 5006:2,
5006:3, 5006:20,
5007:3, 5007:6,
5010:23, 5011:1,
5011:6, 5011:7,
5011:16, 5011:24,
5012:6

**mudlogger** [3] -
4999:2, 4999:23,
5001:20

**mudlogger's** [1] -
5000:10

**multiple** [5] -
4898:13, 4898:23,
4990:8, 4990:11,
5026:15

**MUNGER** [1] -
4886:16

**Murray** [1] - 4890:15
**must** [1] - 5003:4
**my** [68] - 4898:18,
4898:19, 4911:15,
4912:9, 4912:20,
4913:21, 4914:8,
4920:9, 4920:14,
4924:14, 4926:7,
4926:13, 4927:10,
4927:24, 4935:15,
4936:8, 4942:13,
4943:7, 4953:9,
4955:20, 4956:19,
4957:21, 4962:12,
4976:22, 4994:1,
4994:9, 4996:14,

4996:23, 4997:5,
4997:6, 4997:14,
4997:15, 4997:21,
5000:17, 5000:18,
5003:6, 5004:2,
5004:3, 5006:13,
5006:23, 5006:25,
5007:4, 5007:11,
5009:7, 5012:2,
5012:7, 5014:11,
5014:14, 5014:20,
5017:17, 5023:1,
5023:22, 5025:17,
5026:2, 5027:12,
5029:12, 5032:15,
5036:5, 5036:20,
5039:17, 5040:15,
5041:1, 5041:9,
5042:13

**myself** [1] - 4913:16

## N

**N** [5] - 4886:6,
4888:1, 4889:3
**NAE** [1] - 4960:11
**Nakika** [4] - 4933:15,
4933:21, 4934:7,
4934:18
**name** [4] - 4913:18,
4913:21, 4914:14,
4992:16
**names** [2] - 4914:7
**narrowed** [1] -
4891:6
**NATHANIEL** [1] -
4884:17
**national** [1] - 4959:1
**National** [1] -
4959:22
**NATURAL** [1] -
4884:14
**nature** [4] - 4916:19,
4956:16, 4973:1,
5023:15
**nay** [1] - 4997:7
**necessarily** [3] -
4953:21, 4996:6,
5000:23
**necessary** [3] -
4981:14, 4981:21,
5025:23
**need** [21] - 4893:3,
4921:8, 4921:9,
4925:2, 4934:25,
4936:15, 4941:12,
4961:3, 4963:4,
4967:1, 4967:20,
4971:7, 4971:10,
4997:7, 5004:8,

5004:18, 5015:2,
5015:6, 5020:3,
5024:7, 5030:15
**needed** [8] -
4893:13, 4922:22,
4951:3, 4962:16,
4962:20, 4992:13,
5015:14, 5020:10
**needs** [3] - 4929:25,
4992:10, 4997:24
**negative** [25] -
4993:7, 4994:21,
4995:1, 4995:4,
4995:6, 4995:17,
4995:19, 4995:22,
4996:20, 5012:8,
5012:9, 5012:13,
5013:9, 5013:13,
5013:20, 5014:8,
5014:12, 5014:21,
5014:24, 5015:8,
5015:23, 5018:20,
5019:2, 5019:8,
5024:24
**never** [14] - 4923:25,
4925:3, 4927:5,
4927:8, 4927:11,
4932:24, 4938:20,
4942:10, 4954:23,
4955:16, 4961:7,
4969:12, 5025:4,
5025:24
**new** [9] - 4893:4,
4922:6, 4950:4,
4981:17, 4981:23,
4991:8, 4991:9,
4998:12, 5012:8
**NEW** [10] - 4882:8,
4883:7, 4883:13,
4883:18, 4884:8,
4885:18, 4885:24,
4886:12, 4887:3,
4887:22
**Newman** [2] -
4889:13, 5022:19
**Newman's** [1] -
4889:21
**next** [19] - 4895:10,
4903:11, 4925:9,
4944:24, 4951:5,
4951:16, 4955:3,
4983:7, 4987:16,
4991:4, 5008:23,
5018:22, 5019:11,
5023:14, 5038:1,
5038:19
**NF** [1] - 4904:23
**night** [1] - 5013:5
**nine** [3] - 4960:23,
4961:5, 4961:7

nine-gallon [3] -
4960:23, 4961:5,
4961:7
**NINTH** [1] - 4883:22
**nitrogen** [1] -
4944:23
**no** [79] - 4889:22,
4890:18, 4898:18,
4899:12, 4902:16,
4905:2, 4907:13,
4909:23, 4910:1,
4911:8, 4913:14,
4917:9, 4924:9,
4925:1, 4925:6,
4927:19, 4927:20,
4928:4, 4928:9,
4930:3, 4931:6,
4931:20, 4933:2,
4934:14, 4934:24,
4939:17, 4940:22,
4943:5, 4945:3,
4949:18, 4951:20,
4951:21, 4953:25,
4954:17, 4957:25,
4958:12, 4958:14,
4959:20, 4959:24,
4962:11, 4963:13,
4963:15, 4964:20,
4966:12, 4971:3,
4973:5, 4976:10,
4982:11, 4985:16,
4993:25, 4995:18,
4996:17, 5002:18,
5006:7, 5009:5,
5009:15, 5009:21,
5014:22, 5015:9,
5022:1, 5022:6,
5024:15, 5024:21,
5025:1, 5025:10,
5029:2, 5029:4,
5029:9, 5032:21,
5032:23, 5034:3,
5034:17, 5036:21,
5039:22
**No** [6] - 4893:2,
4894:5, 4895:10,
4964:15, 4981:8,
5016:2
**NO** [3] - 4882:8,
4882:12, 4882:14
**nobody** [3] -
4927:12, 4941:11,
5014:25
**nodded** [1] - 5015:24
**non** [1] - 5016:20
**non-privileged** [1] -
5016:20
**NONJURY** [1] -
4882:21
**NORFOLK** [1] -

4886:24

**normal** [5] - 4961:25,
4965:16, 4977:8,
4977:20, 4986:2
**NORTH** [1] - 4885:14
**not** [246] - 4890:2,
4890:9, 4893:11,
4896:3, 4899:12,
4900:1, 4901:7,
4902:7, 4902:13,
4902:19, 4902:22,
4903:7, 4903:22,
4904:13, 4904:23,
4907:13, 4907:17,
4907:18, 4907:25,
4908:13, 4908:20,
4910:4, 4910:5,
4910:14, 4910:15,
4911:5, 4911:16,
4911:23, 4912:2,
4912:5, 4912:16,
4912:21, 4912:24,
4913:1, 4913:10,
4913:11, 4914:1,
4914:5, 4915:4,
4915:11, 4916:10,
4916:17, 4917:8,
4917:24, 4918:4,
4921:12, 4922:1,
4922:2, 4922:5,
4923:10, 4923:18,
4924:9, 4925:4,
4925:6, 4926:16,
4928:5, 4929:5,
4929:17, 4930:6,
4930:8, 4930:23,
4930:25, 4931:2,
4933:1, 4933:11,
4934:8, 4935:13,
4936:11, 4936:20,
4937:5, 4937:8,
4937:9, 4937:18,
4940:14, 4942:2,
4942:6, 4942:11,
4944:12, 4949:16,
4950:22, 4953:21,
4954:3, 4954:7,
4954:21, 4954:25,
4955:2, 4955:21,
4956:2, 4956:3,
4956:21, 4956:22,
4957:2, 4957:9,
4958:9, 4958:13,
4959:24, 4960:3,
4960:20, 4960:23,
4961:20, 4962:21,
4963:18, 4963:19,
4964:3, 4964:14,
4964:22, 4970:3,
4971:3, 4971:9,
4971:23, 4971:25,

4972:20, 4974:18,
4976:22, 4979:3,
4980:10, 4986:22,
4987:5, 4987:6,
4987:19, 4989:1,
4989:3, 4989:17,
4989:20, 4989:22,
4990:22, 4991:14,
4992:18, 4992:21,
4993:6, 4994:7,
4994:11, 4994:12,
4994:16, 4994:23,
4995:1, 4995:12,
4995:18, 4995:25,
4997:15, 4997:19,
4997:22, 4997:25,
4998:7, 4998:15,
4998:19, 4998:20,
4999:12, 5000:8,
5000:15, 5000:23,
5002:4, 5002:6,
5003:4, 5004:2,
5006:8, 5006:24,
5007:19, 5009:7,
5009:12, 5009:13,
5009:15, 5009:23,
5010:6, 5013:5,
5013:22, 5014:25,
5015:1, 5015:5,
5015:11, 5017:8,
5018:22, 5019:15,
5021:1, 5021:19,
5022:11, 5023:7,
5023:10, 5024:4,
5024:8, 5024:10,
5024:11, 5024:12,
5024:13, 5024:21,
5024:22, 5024:24,
5025:5, 5025:8,
5025:13, 5025:22,
5026:2, 5026:3,
5026:5, 5027:15,
5028:8, 5028:9,
5028:16, 5030:5,
5030:6, 5030:8,
5030:17, 5030:21,
5030:22, 5030:23,
5030:25, 5031:2,
5031:3, 5031:23,
5032:1, 5032:9,
5032:11, 5032:13,
5032:25, 5034:19,
5035:1, 5035:7,
5035:10, 5036:5,
5036:6, 5036:7,
5036:13, 5036:19,
5038:12, 5039:2,
5039:5, 5039:7,
5041:1, 5041:12,

5041:13, 5041:16
**Note** [1] - 4981:12
**note** [12] - 4951:18,
4955:3, 4959:9,
4981:9, 4983:20,
4998:24, 5017:25,
5018:22, 5018:23,
5019:3, 5019:5,
5019:17
**noted** [3] - 4985:13,
5000:13, 5005:15
**notes** [32] - 4910:7,
4910:13, 4911:12,
4912:8, 4912:9,
4912:17, 4954:12,
4954:15, 4954:16,
4955:6, 4956:21,
4956:22, 4961:22,
5017:18, 5017:24,
5020:12, 5020:13,
5021:8, 5040:4,
5040:5, 5040:6,
5040:8, 5040:14,
5040:16, 5040:20,
5040:22, 5040:24,
5041:3, 5041:4,
5041:7, 5041:10
**nothing** [10] -
4915:12, 4938:13,
4942:13, 4977:7,
4977:25, 4991:8,
4991:9, 4994:1,
4994:5, 4997:2
**notice** [2] - 4974:16,
5008:23
**noticed** [2] - 4893:2,
5009:4
**November** [8] -
4915:9, 4925:10,
4926:3, 4926:4,
4926:9, 4950:5,
4962:15, 4964:25
**now** [110] - 4892:22,
4893:20, 4896:12,
4898:7, 4899:1,
4905:9, 4905:24,
4907:5, 4907:9,
4910:4, 4910:10,
4915:8, 4918:5,
4918:15, 4919:6,
4919:9, 4920:6,
4920:24, 4927:14,
4928:13, 4933:5,
4933:17, 4934:2,
4938:16, 4940:11,
4940:18, 4943:5,
4945:22, 4945:23,
4946:3, 4946:10,
4948:12, 4949:9,
4950:4, 4951:2,

4962:5, 4963:9,
4964:24, 4966:3,
4968:18, 4969:7,
4971:20, 4972:15,
4974:3, 4974:6,
4975:1, 4975:19,
4982:21, 4983:11,
4983:20, 4984:4,
4984:16, 4986:22,
4987:1, 4989:1,
4989:4, 4989:15,
4989:20, 4991:19,
4991:24, 4992:6,
4993:6, 4993:17,
4993:23, 4995:5,
4995:9, 4995:12,
4996:1, 4996:14,
4996:23, 4997:18,
4998:24, 4999:6,
4999:22, 5000:21,
5002:20, 5003:7,
5003:23, 5004:5,
5004:8, 5007:12,
5008:15, 5010:7,
5010:22, 5011:10,
5011:14, 5012:8,
5013:22, 5014:8,
5016:10, 5016:19,
5017:18, 5017:24,
5018:18, 5021:12,
5022:10, 5024:1,
5024:16, 5025:11,
5026:5, 5028:10,
5034:18, 5038:8,
5038:21, 5039:7,
5039:23, 5041:2
**nowadays** [1] -
4959:13
**nowhere** [1] -
4978:16
**number** [25] -
4895:3, 4898:10,
4901:23, 4901:24,
4902:5, 4906:15,
4907:3, 4911:5,
4915:10, 4920:5,
4923:11, 4942:18,
4943:6, 4993:20,
4997:17, 4998:2,
5010:18, 5021:23,
5026:6, 5026:22,
5031:13, 5031:25,
5039:23, 5040:15
**number-one** [1] -
5031:13
**numbered** [1] -
5042:14
**numbers** [2] -
4945:24, 4946:21
**NW** [1] - 4886:2

# O

**O** [2] - 4889:3
**o'clock** [2] - 4963:25,
5017:22
**O'KEEFE** [1] -
4883:7
**O'ROURKE** [1] -
4884:15
**oath** [1] - 4890:23
**object** [3] - 4972:25,
4973:7, 5001:9
**objecting** [1] -
4979:14
**objection** [10] -
4889:16, 4889:24,
4913:4, 4913:6,
4932:3, 4975:23,
4979:7, 4979:10,
5041:20
**objections** [1] -
4889:22
**objective** [4] -
5013:12, 5013:19,
5021:20, 5032:17
**objectives** [1] -
5026:21
**observe** [1] - 4979:5
**observed** [4] -
5000:3, 5000:5,
5000:13, 5001:23
**observes** [1] -
4978:9
**observing** [1] -
5010:8
**Obstacles** [1] -
4951:6
**obtain** [1] - 4975:13
**obtained** [2] -
4967:5, 4974:13
**obviously** [4] -
4892:22, 4899:11,
4907:7, 5016:22
**occasion** [1] -
4975:2
**occasionally** [1] -
5002:14
**occur** [6] - 5004:8,
5013:15, 5018:8,
5018:9, 5030:24,
5037:13
**occurred** [6] -
5001:20, 5008:2,
5008:9, 5008:17,
5009:17, 5026:19
**occurrences** [1] -
5030:17
**occurring** [5] -
4996:2, 5008:25,

5009:21, 5010:12,
5022:6
**occurs** [1] - 5031:6
**October** [7] -
4917:12, 4917:16,
4960:6, 4960:10,
4960:11, 4960:14,
4960:19
**of** [578] - 4889:12,
4889:20, 4890:5,
4890:8, 4891:3,
4891:4, 4891:11,
4891:13, 4891:22,
4892:10, 4892:20,
4892:25, 4893:5,
4893:8, 4893:10,
4894:17, 4894:24,
4895:15, 4895:19,
4895:21, 4895:24,
4896:15, 4897:6,
4897:18, 4897:20,
4897:23, 4898:12,
4898:13, 4898:22,
4898:23, 4898:24,
4899:1, 4899:3,
4900:13, 4900:19,
4901:6, 4901:7,
4901:10, 4902:5,
4902:7, 4902:10,
4902:11, 4902:13,
4902:14, 4903:1,
4903:6, 4905:9,
4905:24, 4906:9,
4906:15, 4906:25,
4907:3, 4907:10,
4907:24, 4909:8,
4909:11, 4909:19,
4910:2, 4910:4,
4910:7, 4910:19,
4910:22, 4911:3,
4911:5, 4911:11,
4911:21, 4912:15,
4913:7, 4913:17,
4913:25, 4914:8,
4914:16, 4915:10,
4917:3, 4917:12,
4917:16, 4919:18,
4919:19, 4920:9,
4920:11, 4921:5,
4921:8, 4922:10,
4922:21, 4923:14,
4924:13, 4924:20,
4925:1, 4925:10,
4926:3, 4926:7,
4926:9, 4926:17,
4926:20, 4927:16,
4928:7, 4930:16,
4931:14, 4931:17,
4931:25, 4932:8,
4932:17, 4932:20,
4932:23, 4932:24,

4933:6, 4933:9,
4933:24, 4934:21,
4934:22, 4935:1,
4935:7, 4935:9,
4935:10, 4935:12,
4935:14, 4935:16,
4935:21, 4936:11,
4936:13, 4937:13,
4937:16, 4937:17,
4937:18, 4937:20,
4939:2, 4939:25,
4940:6, 4940:16,
4940:19, 4942:10,
4943:24, 4943:25,
4944:3, 4944:18,
4944:22, 4946:8,
4947:1, 4947:4,
4947:7, 4947:18,
4948:3, 4948:7,
4948:12, 4948:14,
4948:15, 4949:3,
4949:6, 4949:9,
4949:13, 4949:14,
4949:16, 4949:17,
4949:19, 4949:20,
4949:24, 4949:25,
4950:9, 4950:14,
4950:16, 4950:21,
4951:7, 4951:14,
4951:15, 4951:17,
4951:18, 4951:24,
4953:2, 4953:8,
4953:9, 4953:18,
4954:7, 4954:12,
4954:20, 4955:24,
4956:4, 4957:22,
4958:1, 4958:5,
4958:22, 4959:2,
4959:4, 4959:5,
4959:6, 4959:19,
4959:22, 4960:1,
4960:3, 4960:5,
4960:7, 4960:20,
4961:1, 4962:15,
4962:21, 4963:1,
4963:2, 4963:4,
4963:10, 4964:9,
4964:16, 4964:19,
4964:20, 4964:22,
4964:25, 4965:6,
4967:1, 4967:2,
4967:5, 4967:9,
4967:12, 4967:14,
4967:19, 4967:20,
4967:21, 4967:22,
4967:23, 4968:14,
4970:4, 4970:5,
4970:10, 4971:12,
4972:24, 4973:1,
4973:4, 4973:5,
4973:6, 4974:13,

4975:1, 4975:10,
4975:11, 4975:12,
4976:10, 4976:11,
4976:13, 4976:20,
4976:22, 4976:24,
4976:25, 4977:1,
4977:2, 4977:11,
4977:18, 4977:19,
4977:20, 4977:25,
4978:6, 4978:10,
4978:12, 4979:1,
4979:2, 4979:11,
4980:5, 4980:9,
4981:13, 4981:14,
4981:21, 4981:25,
4982:6, 4984:10,
4984:11, 4985:4,
4985:18, 4985:20,
4985:25, 4986:1,
4986:9, 4986:11,
4986:13, 4986:20,
4987:7, 4987:25,
4988:11, 4988:17,
4988:19, 4988:24,
4989:4, 4989:7,
4989:9, 4989:12,
4989:15, 4989:21,
4989:25, 4990:9,
4990:11, 4990:12,
4990:13, 4991:3,
4991:11, 4991:16,
4991:20, 4992:6,
4992:12, 4992:14,
4992:17, 4992:22,
4993:8, 4994:1,
4994:14, 4994:20,
4994:21, 4995:6,
4995:12, 4995:13,
4995:18, 4995:20,
4995:23, 4995:24,
4996:2, 4996:4,
4996:5, 4996:8,
4996:11, 4996:14,
4996:19, 4996:21,
4996:23, 4997:9,
4997:11, 4997:15,
4997:21, 4998:2,
4998:7, 4998:14,
4998:18, 4998:21,
4999:7, 4999:8,
4999:9, 5001:5,
5001:13, 5002:16,
5002:22, 5003:1,
5003:3, 5003:8,
5003:19, 5004:3,
5004:25, 5005:4,
5005:25, 5006:13,
5006:23, 5007:6,
5007:7, 5007:22,
5008:1, 5008:2,
5008:6, 5008:8,

5008:10, 5008:25,
5009:9, 5009:20,
5010:6, 5010:15,
5011:1, 5011:3,
5011:5, 5011:15,
5011:22, 5012:9,
5012:19, 5012:20,
5012:25, 5013:1,
5013:5, 5013:6,
5013:8, 5013:12,
5013:13, 5013:16,
5013:17, 5013:19,
5013:21, 5014:1,
5014:5, 5014:9,
5014:22, 5015:9,
5015:11, 5015:12,
5015:13, 5015:16,
5015:24, 5016:20,
5016:22, 5017:7,
5017:10, 5017:12,
5017:18, 5017:20,
5018:4, 5019:2,
5019:3, 5019:14,
5019:17, 5019:21,
5019:24, 5020:2,
5020:3, 5020:6,
5020:12, 5020:13,
5020:19, 5020:20,
5020:21, 5020:23,
5021:2, 5021:3,
5021:4, 5021:13,
5021:17, 5021:22,
5021:23, 5022:2,
5022:7, 5022:10,
5022:11, 5022:15,
5022:16, 5022:20,
5022:21, 5022:23,
5023:6, 5023:13,
5023:22, 5024:7,
5024:8, 5024:9,
5024:11, 5024:13,
5024:15, 5024:18,
5024:19, 5024:20,
5024:21, 5024:23,
5025:3, 5025:6,
5025:15, 5025:25,
5026:6, 5026:8,
5026:10, 5026:13,
5026:14, 5026:19,
5026:22, 5026:24,
5027:3, 5027:5,
5027:6, 5027:8,
5027:12, 5027:15,
5027:21, 5028:4,
5028:6, 5028:8,
5028:9, 5028:11,
5028:14, 5028:19,
5028:20, 5028:21,
5029:9, 5029:10,
5029:14, 5029:16,
5029:24, 5030:4,

5030:6, 5030:15,
5030:16, 5030:17,
5030:18, 5030:20,
5031:2, 5031:4,
5031:7, 5031:11,
5031:12, 5031:13,
5031:15, 5031:17,
5031:20, 5031:24,
5031:25, 5032:6,
5032:7, 5033:18,
5034:3, 5034:5,
5034:11, 5034:18,
5035:8, 5035:18,
5035:19, 5035:22,
5036:3, 5036:4,
5036:16, 5036:24,
5037:2, 5037:18,
5037:19, 5038:3,
5038:5, 5038:11,
5038:22, 5038:25,
5039:8, 5039:9,
5039:15, 5039:18,
5039:23, 5040:8,
5040:13, 5040:16,
5040:22, 5041:5,
5041:7, 5041:13,
5041:15, 5041:18,
5041:19, 5042:11,
5042:13

**OF** [14] - 4882:2,
4882:6, 4882:13,
4882:15, 4882:21,
4884:10, 4884:14,
4884:19, 4885:1,
4885:6, 4885:11,
4885:12, 4885:13

**off** [15] - 4920:19,
4927:3, 4959:11,
4965:6, 4967:7,
4984:14, 4988:25,
4999:16, 4999:20,
5004:23, 5011:3,
5028:25, 5035:18,
5038:25, 5039:8

**offer** [3] - 4889:12,
4889:22, 5024:22

**offering** [2] - 4890:2,
5024:13

**Office** [1] - 4924:13

**OFFICE** [5] - 4883:4,
4884:23, 4885:6,
4885:11, 4885:15

**office** [6] - 4916:6,
4919:25, 4920:2,
4920:13, 4920:14,
4920:20

**offices** [1] - 5017:21

**OFFICIAL** [1] -
4887:21

**Official** [2] - 5042:10,

5042:19

**officially** [1] -
4983:11

**OFFSHORE** [1] -
4886:9

**oh** [2] - 5000:4,
5005:1

**OIL** [2] - 4882:5

**okay** [91] - 4889:14,
4890:5, 4890:22,
4890:23, 4891:13,
4891:14, 4896:17,
4896:18, 4902:3,
4905:23, 4907:15,
4907:20, 4913:6,
4914:9, 4921:7,
4922:10, 4922:19,
4924:9, 4928:6,
4931:4, 4933:14,
4935:16, 4935:17,
4937:18, 4937:19,
4939:15, 4940:1,
4942:2, 4944:15,
4944:21, 4947:16,
4948:5, 4948:6,
4951:25, 4952:1,
4953:1, 4953:10,
4953:11, 4954:14,
4955:21, 4957:8,
4962:20, 4966:2,
4966:16, 4968:19,
4969:6, 4970:18,
4970:19, 4971:1,
4974:12, 4977:3,
4983:3, 4983:9,
4984:16, 4984:19,
4987:17, 4991:25,
4992:1, 4998:13,
4998:16, 4998:17,
4999:15, 4999:23,
5000:3, 5001:17,
5002:19, 5002:20,
5002:21, 5004:14,
5005:2, 5006:15,
5006:16, 5007:18,
5008:15, 5009:3,
5010:5, 5016:9,
5016:11, 5016:12,
5019:24, 5019:25,
5020:15, 5020:16,
5022:9, 5027:3,
5027:21, 5028:12,
5031:1, 5032:3,
5033:20

**Oklahoma** [1] -
4953:13

**older** [1] - 4970:5

**OLSON** [1] - 4886:16

**on** [253] - 4889:11,
4890:6, 4891:16,

4891:18, 4892:3,
4892:9, 4892:10,
4892:18, 4892:22,
4894:1, 4895:21,
4897:2, 4897:14,
4897:24, 4898:4,
4898:17, 4898:19,
4899:12, 4899:13,
4899:17, 4900:13,
4901:1, 4901:10,
4902:5, 4902:11,
4902:15, 4902:20,
4902:24, 4903:5,
4906:6, 4906:10,
4907:11, 4907:17,
4907:24, 4908:7,
4908:10, 4908:19,
4909:19, 4910:2,
4910:4, 4913:17,
4913:22, 4914:5,
4914:7, 4915:7,
4915:11, 4916:6,
4916:7, 4916:14,
4917:6, 4917:7,
4918:1, 4918:17,
4918:20, 4919:6,
4920:20, 4921:9,
4922:2, 4923:22,
4924:7, 4924:9,
4926:9, 4928:19,
4928:24, 4930:22,
4931:13, 4932:10,
4933:11, 4934:24,
4935:2, 4935:4,
4936:10, 4937:12,
4937:18, 4937:21,
4938:3, 4938:18,
4940:2, 4940:12,
4941:2, 4941:11,
4942:7, 4942:12,
4942:13, 4942:23,
4943:1, 4944:24,
4945:21, 4945:25,
4946:1, 4946:8,
4946:16, 4946:17,
4947:1, 4947:13,
4948:11, 4948:16,
4949:2, 4949:20,
4950:1, 4950:3,
4950:6, 4951:1,
4951:2, 4951:21,
4952:6, 4956:5,
4956:21, 4956:22,
4958:20, 4958:21,
4960:10, 4960:11,
4960:19, 4960:23,
4961:16, 4962:9,
4962:12, 4962:13,
4963:21, 4964:7,
4964:13, 4965:11,
4966:9, 4967:1,

4967:19, 4967:22,
4968:2, 4968:24,
4969:18, 4970:2,
4971:17, 4972:15,
4974:12, 4974:13,
4974:14, 4974:17,
4974:18, 4974:25,
4976:6, 4976:9,
4976:14, 4976:22,
4979:11, 4980:17,
4981:7, 4981:8,
4982:20, 4982:24,
4983:14, 4983:16,
4983:20, 4984:14,
4985:2, 4985:5,
4985:9, 4986:2,
4986:12, 4987:1,
4987:11, 4987:13,
4987:14, 4990:3,
4990:4, 4990:22,
4991:3, 4991:10,
4992:8, 4993:5,
4994:12, 4995:8,
4995:14, 4996:5,
4996:25, 4997:18,
4998:4, 4998:11,
4999:1, 4999:4,
4999:23, 5000:19,
5000:21, 5001:5,
5001:20, 5002:18,
5002:22, 5003:13,
5004:2, 5004:5,
5004:20, 5005:6,
5006:13, 5006:24,
5007:25, 5008:8,
5008:11, 5008:18,
5009:8, 5009:21,
5009:24, 5010:1,
5010:7, 5013:25,
5014:12, 5014:17,
5016:17, 5017:10,
5017:13, 5019:12,
5019:24, 5021:23,
5022:10, 5023:14,
5023:16, 5023:24,
5024:8, 5025:21,
5026:6, 5027:4,
5027:19, 5028:1,
5028:25, 5029:2,
5029:3, 5029:4,
5030:24, 5033:5,
5033:24, 5034:17,
5034:23, 5035:2,
5035:5, 5035:7,
5035:12, 5035:13,
5035:16, 5036:1,
5038:3, 5038:17,
5039:19, 5039:20,
5040:2, 5041:18
   **ON** [1] - 4882:6
   **once** [8] - 4939:24,

4952:21, 4982:2,
4985:20, 4987:24,
5005:21, 5012:10,
5018:8
   **ONE** [2] - 4885:23,
4887:7
   **one** [92] - 4891:6,
4891:22, 4892:23,
4895:6, 4895:10,
4898:8, 4898:9,
4898:22, 4901:6,
4901:8, 4905:25,
4906:3, 4909:1,
4909:6, 4909:12,
4909:13, 4911:19,
4911:25, 4918:23,
4921:5, 4921:11,
4924:9, 4925:1,
4927:19, 4927:20,
4929:14, 4930:7,
4930:23, 4931:6,
4935:8, 4936:18,
4940:16, 4940:18,
4941:16, 4941:24,
4945:14, 4948:12,
4948:14, 4956:5,
4961:9, 4962:3,
4964:2, 4966:20,
4967:5, 4967:12,
4968:20, 4968:22,
4970:4, 4970:17,
4979:23, 4980:9,
4983:19, 4985:5,
4986:11, 4988:8,
4988:9, 4989:7,
4989:15, 4990:3,
4991:20, 4992:22,
4994:11, 4998:18,
4999:10, 5003:20,
5006:5, 5006:11,
5009:15, 5012:25,
5013:1, 5015:18,
5016:17, 5019:2,
5019:12, 5020:12,
5022:15, 5025:3,
5026:13, 5026:19,
5027:3, 5029:22,
5031:12, 5031:13,
5034:5, 5038:11,
5040:13, 5041:5
   **one-and-a-half** [3] -
4940:18, 4941:16,
4941:24
   **one-gallon** [1] -
4895:6
   **ones** [1] - 4921:9
   **only** [9] - 4912:10,
4912:15, 4921:9,
4931:24, 4932:6,
4947:21, 4950:14,

4961:9, 4983:19
   **onto** [1] - 5037:24
   **open** [7] - 5003:25,
5004:13, 5004:14,
5004:15, 5005:3,
5006:14, 5020:14
   **OPEN** [2] - 4889:5,
4966:19
   **opened** [1] - 5033:24
   **opening** [1] - 4999:7
   **operate** [2] -
5003:24, 5011:6
   **operation** [5] -
4992:8, 4994:20,
4996:19, 5020:25,
5021:4
   **operational** [5] -
4902:11, 4970:1,
4970:8, 4971:8,
5017:15
   **operations** [13] -
4911:3, 4931:2,
4968:6, 4968:10,
4992:6, 4994:18,
4995:12, 4996:2,
4996:5, 4996:7,
4998:1, 5013:16,
5023:17
   **opinion** [15] -
4989:16, 5002:1,
5007:2, 5007:5,
5007:10, 5008:21,
5009:15, 5011:23,
5014:11, 5014:14,
5014:20, 5017:17,
5032:16, 5035:22,
5041:18
   **opinions** [3] -
5024:13, 5024:23,
5041:15
   **opposed** [1] - 5017:8
   **opposite** [1] - 4986:1
   **ops** [1] - 4914:16
   **OptiCem** [5] -
5025:4, 5025:11,
5025:14, 5025:23,
5027:22
   **option** [5] - 4963:20,
5005:10, 5032:25,
5038:1, 5038:2
   **optional** [1] -
5032:25
   **options** [4] -
5006:21, 5033:15,
5034:4, 5036:18
   **or** [141] - 4892:25,
4896:3, 4896:16,
4898:4, 4898:5,
4898:14, 4899:5,
4900:1, 4903:6,

4904:23, 4905:10,
4905:25, 4909:6,
4909:21, 4911:19,
4911:25, 4914:20,
4916:10, 4917:8,
4919:4, 4920:18,
4920:19, 4921:11,
4921:25, 4924:18,
4925:2, 4925:3,
4930:23, 4935:12,
4936:18, 4937:25,
4938:16, 4944:23,
4949:3, 4949:20,
4950:1, 4950:2,
4953:2, 4956:16,
4957:2, 4958:18,
4958:23, 4960:1,
4964:17, 4964:22,
4965:11, 4965:18,
4967:4, 4968:2,
4970:3, 4970:4,
4971:23, 4973:6,
4975:11, 4975:20,
4975:21, 4976:22,
4986:8, 4988:16,
4990:4, 4990:8,
4992:14, 4992:18,
4992:23, 4993:2,
4994:3, 4994:8,
4994:11, 4994:14,
4995:13, 4995:24,
4996:4, 4996:5,
4996:9, 4996:12,
4997:7, 4997:8,
4997:12, 4997:20,
4997:22, 5000:3,
5000:5, 5000:14,
5001:13, 5002:14,
5003:17, 5004:9,
5005:4, 5005:5,
5005:9, 5005:10,
5005:12, 5005:17,
5005:24, 5006:1,
5006:7, 5006:15,
5006:19, 5008:3,
5009:8, 5009:12,
5010:11, 5011:23,
5011:25, 5015:1,
5016:17, 5018:5,
5018:15, 5019:8,
5019:19, 5020:24,
5022:1, 5023:16,
5024:9, 5024:15,
5024:22, 5025:13,
5025:25, 5027:1,
5028:2, 5029:24,
5030:18, 5030:23,
5031:2, 5031:24,
5033:1, 5033:10,
5034:25, 5037:23,
5038:13, 5039:15,

5041:13, 5041:14
**order** [5] - 4936:8, 4962:15, 4993:6, 5001:5, 5003:24
**orders** [3] - 4920:9, 4962:21, 4963:3
**organization** [1] - 5017:12
**original** [3] - 4977:19, 4982:4, 4982:16
**originally** [1] - 4921:20
**ORLEANS** [10] - 4882:8, 4883:7, 4883:13, 4883:18, 4884:8, 4885:18, 4885:24, 4886:12, 4887:3, 4887:22
**other** [42] - 4895:21, 4898:12, 4898:16, 4898:19, 4899:16, 4900:5, 4900:13, 4911:25, 4913:25, 4914:7, 4921:20, 4922:20, 4926:17, 4930:16, 4930:19, 4936:3, 4941:21, 4946:20, 4950:3, 4952:23, 4953:8, 4960:5, 4962:24, 4963:4, 4965:11, 4976:10, 4976:23, 4979:13, 4983:19, 4988:15, 4994:5, 4994:11, 4997:10, 4999:7, 5008:6, 5013:2, 5013:24, 5019:22, 5019:24, 5020:3, 5030:24
**others** [4] - 4938:4, 5027:13, 5030:6, 5034:25
**otherwise** [3] - 4890:10, 4923:18, 4956:16
**our** [11] - 4889:20, 4890:1, 4890:8, 4923:17, 4943:23, 4953:15, 4963:5, 4967:25, 4983:11, 4991:6, 5030:21
**out** [67] - 4901:10, 4904:9, 4904:12, 4905:6, 4906:8, 4908:16, 4909:24, 4920:18, 4927:16, 4943:12, 4954:4, 4954:5, 4955:17, 4959:7, 4963:4,

4973:15, 4976:25, 4978:6, 4978:12, 4979:4, 4984:5, 4986:15, 4986:17, 4986:18, 4987:25, 4989:17, 4992:13, 4993:14, 4994:3, 4994:12, 4996:15, 4996:25, 4997:1, 4997:6, 4997:16, 4998:2, 4999:3, 4999:5, 5003:10, 5003:14, 5005:12, 5005:20, 5011:5, 5011:15, 5011:21, 5012:23, 5017:14, 5017:20, 5018:23, 5019:14, 5019:21, 5019:23, 5020:2, 5020:3, 5020:22, 5020:25, 5027:11, 5028:3, 5035:4, 5036:5, 5037:2, 5037:5, 5037:8, 5037:22, 5038:22, 5039:18
**outcome** [3] - 5022:22, 5022:25, 5039:9
**outs** [1] - 4973:12
**outside** [6] - 4928:7, 4963:1, 4963:2, 5029:2, 5029:4, 5029:10
**over** [26] - 4893:14, 4899:3, 4905:19, 4927:2, 4927:5, 4930:25, 4951:15, 4957:4, 4959:20, 4967:6, 4970:10, 4975:20, 4979:16, 4982:20, 4984:11, 4996:18, 4999:16, 5004:11, 5004:12, 5022:2, 5022:12, 5023:16, 5023:21
**overall** [4] - 4996:4, 4996:7, 5000:23, 5022:25
**overboard** [10] - 5003:5, 5003:15, 5004:22, 5005:5, 5005:11, 5005:13, 5005:18, 5006:5, 5006:21, 5010:12
**overboard/mud** [1] - 5003:18
**overboard/mud-gas** [1] - 5003:18
**overcome** [1] -

5007:7
**overrule** [1] - 4976:1
**overruled** [1] - 4932:4
**overwhelmed** [1] - 5011:7
**owe** [1] - 4984:10
**own** [3] - 4922:2, 4938:3, 4956:20

# P

**P** [2] - 4883:3, 4883:19
**P.M** [1] - 4995:14
**P.O** [1] - 4884:18
**packer** [4] - 4986:6, 4987:8, 4987:14, 5004:6
**page** [30] - 4893:18, 4895:18, 4895:21, 4923:7, 4924:7, 4924:14, 4924:17, 4928:18, 4928:19, 4928:25, 4942:23, 4944:8, 4944:24, 4945:1, 4945:4, 4946:8, 4950:12, 4951:5, 4952:16, 4964:12, 4977:14, 4978:23, 4979:9, 4981:8, 5008:17, 5010:18, 5011:11, 5017:20, 5040:8
**PAGE/LINE** [1] - 4888:3
**PALMINTIER** [1] - 4884:1
**PAN** [1] - 4883:12
**panel** [12] - 5003:8, 5003:23, 5003:25, 5004:3, 5004:5, 5004:9, 5004:14, 5005:4, 5034:10, 5035:3
**paper** [2] - 4909:19, 4910:2
**paperwork** [4] - 4916:24, 4918:6, 4944:18, 4958:24
**paragraph** [2] - 4928:20, 4950:13
**part** [17] - 4899:3, 4913:7, 4913:13, 4973:7, 4977:11, 4981:7, 4990:12, 4994:1, 4994:20, 4996:23, 5002:16, 5012:19, 5016:22,

5028:1, 5028:14, 5028:20, 5029:24
**particular** [8] - 4965:15, 4969:23, 4986:12, 4987:24, 5005:6, 5005:25, 5013:21, 5033:13
**particularly** [4] - 4967:23, 4992:16, 5026:15, 5034:24
**particulars** [1] - 4936:15
**parties** [2] - 4890:8, 4983:20
**partly** [1] - 5000:19
**party** [1] - 4983:19
**pass** [1] - 4903:9
**passing** [2] - 4975:21, 4976:21
**path** [4] - 5004:12, 5028:11, 5028:16, 5029:17
**patterns** [3] - 5029:2, 5029:3, 5029:4
**PAUL** [1] - 4883:11
**peg** [2] - 4994:12, 5007:25
**PENNSYLVANIA** [1] - 4886:2
**people** [17] - 4904:10, 4906:15, 4907:3, 4907:7, 4907:10, 4910:20, 4912:10, 4912:15, 4913:25, 4914:6, 4941:18, 4950:3, 4991:16, 5016:22, 5017:2, 5017:9, 5023:13
**per** [12] - 4943:3, 4945:7, 4951:8, 4973:18, 4974:14, 4975:20, 4975:21, 4976:17, 4977:2, 4982:6, 4994:2
**percent** [17] - 4894:20, 4894:22, 4906:3, 4909:6, 4935:16, 4944:3, 4944:14, 4944:17, 4945:8, 4950:14, 4950:15, 4950:16, 4950:21, 4950:24, 4999:19, 5028:19
**percentage** [1] - 4976:25
**perfectly** [1] - 4988:25
**perform** [1] - 5033:22

**performed** [15] - 4916:14, 4931:14, 4933:10, 4937:7, 4947:3, 4951:21, 4952:18, 4953:14, 4957:12, 4964:9, 4995:21, 5014:8, 5019:1, 5028:13
**perhaps** [1] - 4938:4
**period** [17] - 4893:8, 4916:9, 4923:4, 4931:17, 4951:11, 4963:7, 4967:11, 4967:14, 4967:21, 4967:23, 4989:12, 4995:24, 5001:21, 5014:1, 5021:22, 5022:2, 5035:8
**person** [1] - 4924:24
**personally** [1] - 5025:4
**personnel** [3] - 4946:23, 4998:11, 4998:19
**perspective** [2] - 5009:20, 5011:23
**pertinent** [1] - 5020:3
**PETITION** [1] - 4882:13
**petroleum** [1] - 5024:16
**PHILLIP** [1] - 4887:2
**phone** [4] - 4957:5, 5016:10, 5016:13, 5016:18
**photograph** [4] - 4896:15, 4896:25, 5003:8, 5011:11
**physical** [3] - 4924:4, 4924:10, 5004:1
**physically** [4] - 4928:22, 4928:24, 4987:13, 5003:25
**pick** [1] - 4926:10
**picked** [3] - 4926:24, 4927:5, 4987:25
**picks** [1] - 4937:5
**pickup** [1] - 4964:25
**picture** [4] - 4899:20, 4902:25, 5010:22, 5011:20
**pictures** [2] - 4988:4, 5028:21
**piece** [6] - 4909:19, 4910:2, 4989:21, 4991:3, 5021:7, 5026:16
**pieces** [2] - 4990:8,

4990:13
**PIGMAN** [1] - 4887:2
**pile** [1] - 4922:10
**piles** [1] - 4921:16
**pilot** [6] - 4901:18,
4902:6, 4950:14,
4950:15, 4971:5,
4973:15
**pin** [3] - 4990:1,
4990:3, 4991:6
**pinpoint** [1] - 4953:7
**pipe** [20] - 4980:24,
4986:22, 4987:6,
4989:20, 4989:21,
4989:22, 4989:25,
4990:9, 4990:11,
4990:13, 4990:16,
4991:2, 4992:18,
4996:10, 4999:19,
5005:12, 5012:1,
5031:10, 5031:13,
5031:14
**pipes** [1] - 5027:15
**place** [17] - 4900:3,
4964:15, 4991:2,
4992:21, 4994:23,
4995:16, 4995:17,
5007:20, 5007:21,
5016:10, 5016:14,
5017:21, 5018:18,
5019:18, 5022:2,
5024:22, 5028:20
**placed** [7] - 4899:9,
4899:24, 4902:24,
4903:1, 4903:4,
4986:6, 4997:12
**placement** [6] -
4939:14, 4939:15,
4939:16, 4971:11,
4971:15, 4971:17
**plaintiff** [1] - 4964:7
**PLAINTIFFS** [1] -
4883:3
**plaintiffs** [1] -
4983:10
**plan** [1] - 4890:13
**plane** [1] - 5037:11
**planned** [1] - 4985:8
**planning** [1] - 5027:5
**plans** [1] - 4890:8
**play** [2] - 4890:14,
5024:2
**PLC** [1] - 4885:22
**please** [30] - 4894:3,
4895:1, 4895:18,
4896:7, 4897:9,
4899:18, 4919:8,
4925:11, 4930:11,
4945:4, 4948:6,
4954:10, 4964:12,

4965:25, 4966:20,
4971:10, 4973:11,
4973:12, 4974:9,
4977:9, 4978:18,
4978:23, 4980:11,
4981:9, 4986:4,
5003:12, 5008:7,
5010:16, 5017:25,
5033:17
**plug** [14] - 4968:2,
4988:15, 4988:16,
4994:9, 4994:24,
4997:5, 5012:15,
5012:18, 5012:24,
5018:5, 5018:8,
5018:12, 5018:13,
5018:14
**plugs** [2] - 4895:10,
4985:14
**plus** [2] - 4994:3,
5009:10
**point** [44] - 4901:4,
4901:8, 4901:10,
4901:11, 4910:12,
4916:15, 4918:22,
4920:15, 4920:17,
4922:14, 4962:14,
4978:3, 4979:8,
4982:15, 4983:12,
4986:22, 4989:1,
4991:10, 4994:9,
4995:9, 4995:10,
4996:15, 4999:13,
4999:14, 5006:1,
5006:19, 5016:14,
5018:16, 5019:23,
5027:18, 5027:24,
5028:23, 5031:1,
5032:25, 5033:14,
5034:2, 5034:3,
5036:17, 5036:19,
5038:24, 5039:1,
5039:4
**points** [2] - 4963:21,
5020:22
**policies** [1] - 5003:1
**policy** [6] - 4996:8,
4996:14, 4997:19,
4998:7, 5020:7
**port** [6] - 5003:17,
5004:23, 5005:12,
5005:16, 5006:1,
5011:5
**portion** [2] -
4989:25, 4990:1
**position** [4] -
4910:24, 4964:19,
4993:24, 5038:6
**positioned** [2] -
4996:10, 4996:11

**positive** [9] - 4987:1,
4987:10, 4987:16,
4988:11, 4988:14,
4988:24, 5024:25,
5033:25, 5035:10
**possibility** [1] -
5030:7
**possible** [5] -
4914:2, 4944:1,
4971:6, 4992:25,
5003:10
**possibly** [2] -
4992:18, 5006:7
**POST** [3] - 4883:4,
4884:23, 4885:15
**post** [3] - 4937:25,
5027:24, 5034:18
**Post** [1] - 5008:24
**pound** [3] - 4945:7,
4976:17, 4978:7
**pounds** [7] - 4948:3,
4974:13, 4974:25,
4976:9, 4977:2
**POYDRAS** [4] -
4883:12, 4885:23,
4886:12, 4887:22
**PPG** [4] - 4943:12,
4943:18, 4943:23,
4944:13
**practice** [4] -
4994:14, 4997:11,
5025:13, 5025:22
**Practices** [1] -
4981:6
**practices** [3] -
4904:19, 4935:5,
4977:12
**pre** [3] - 4932:23,
4938:4, 5004:3
**pre-event** [1] -
5004:3
**pre-incident** [2] -
4932:23, 4938:4
**predicate** [1] -
4933:11
**predictions** [1] -
5022:20
**preference** [1] -
4993:2
**preincident** [1] -
4917:18
**preliminary** [1] -
4889:9
**premature** [1] -
5033:14
**prepare** [4] - 4910:4,
4910:5, 4910:14,
4954:19
**prepared** [4] -
4920:2, 4928:17,

4929:7, 4979:23
**preparing** [2] -
4959:25, 4960:18
**preselect** [1] -
5005:7
**present** [5] -
4976:23, 5017:21,
5021:6, 5026:9,
5026:18
**presentation** [3] -
4959:22, 4960:11,
4999:9
**preservation** [1] -
4891:13
**preserve** [1] -
4962:16
**press** [5] - 4930:13,
4930:14, 4937:24,
4960:18, 4960:21
**pressure** [46] -
4949:21, 4950:1,
4972:10, 4972:15,
4972:21, 4972:24,
4985:13, 4985:15,
4986:9, 4987:10,
4987:16, 4987:22,
4988:14, 4998:25,
4999:16, 4999:19,
5001:23, 5007:15,
5009:11, 5011:2,
5011:4, 5011:5,
5012:8, 5012:9,
5013:13, 5013:15,
5014:8, 5014:21,
5015:8, 5018:5,
5018:20, 5020:6,
5028:6, 5035:5,
5035:6, 5035:9,
5035:18, 5036:2,
5038:6, 5038:8,
5038:13, 5038:14,
5038:15, 5038:25
**pressured** [2] -
4988:3, 4988:8
**pressures** [3] -
4972:7, 4972:10,
5036:5
**pressuring** [1] -
4987:2
**presume** [1] - 4912:7
**pretty** [6] - 4890:21,
4903:17, 4910:24,
4968:14, 5034:19
**preventer** [2] -
4991:22, 5034:11
**preventers** [3] -
4992:3, 4992:15,
4992:23
**previous** [2] -
4981:17, 4981:23

**primarily** [1] -
5027:19
**primary** [3] -
4935:21, 5021:20,
5024:17
**print** [1] - 4909:24
**prior** [7] - 4926:3,
4930:7, 4960:14,
4981:25, 4986:15,
5010:2, 5026:24
**privileged** [1] -
5016:20
**probably** [18] -
4906:2, 4923:25,
4956:16, 4983:2,
4999:6, 5009:7,
5009:13, 5015:17,
5025:13, 5025:16,
5025:18, 5025:22,
5031:13, 5031:24,
5032:10, 5034:19,
5036:9, 5036:10
**Probert** [3] - 4912:3,
4912:6, 4914:13
**problem** [7] - 4945:3,
4956:10, 4956:17,
4979:13, 5002:18,
5019:15, 5039:7
**problems** [6] -
4981:13, 4989:16,
5026:15, 5026:18,
5026:25, 5031:13
**procedural** [1] -
4975:2
**Procedure** [3] -
5014:23, 5015:10,
5015:25
**procedure** [9] -
4964:15, 5013:24,
5013:25, 5015:11,
5015:12, 5015:13,
5015:14, 5015:15,
5020:5
**procedures** [1] -
4986:19
**proceed** [4] -
4890:25, 4966:22,
4984:19, 5017:16
**proceedings** [1] -
5042:14
**PROCEEDINGS** [3] -
4882:21, 4887:25,
4889:1
**process** [8] -
4898:15, 4899:1,
4899:3, 4965:3,
4965:16, 4975:6,
4995:20, 5027:24
**processed** [1] -
4961:23

**produced** [1] - 4924:17

**PRODUCED** [1] - 4887:25

**product** [3] - 4929:15, 4931:22, 4958:21

**production** [7] - 4933:9, 4970:2, 4985:22, 5012:17, 5013:14, 5026:6, 5026:10

**PRODUCTION** [3] - 4882:15, 4885:21, 4885:21

**prognostication** [1] - 5011:21

**program** [3] - 5025:4, 5025:19, 5027:23

**project** [7] - 4895:25, 4916:21, 4917:8, 4924:4, 4924:11, 4926:20, 4963:2

**promise** [4] - 4903:13, 4903:18, 4963:21, 4963:22

**promoted** [1] - 4935:19

**pronounce** [1] - 4914:14

**properly** [2] - 4992:15, 5015:16

**properties** [1] - 4981:13

**protected** [1] - 4983:16

**provide** [8] - 4917:11, 4917:15, 4917:20, 4957:24, 4960:15, 5014:9, 5025:14, 5025:22

**provided** [5] - 4905:5, 4937:21, 4947:16, 4960:6, 5014:17

**providing** [1] - 4960:12

**PSC** [3] - 4889:20, 4935:7

**PSC's** [1] - 4891:12

**psi** [5] - 4972:19, 4972:22, 4988:8, 4988:9, 4999:16

**public** [2] - 5016:20, 5020:14

**pull** [31] - 4893:17, 4895:1, 4895:18, 4896:2, 4915:8, 4916:25, 4917:6,

4918:11, 4928:18, 4931:11, 4936:21, 4942:14, 4944:6, 4954:10, 4954:11, 4960:6, 4960:21, 4965:25, 4972:12, 4972:13, 4973:15, 4977:15, 4978:23, 4987:21, 4990:20, 5010:16, 5018:11, 5020:22

**pulled** [3] - 4928:13, 4986:18, 4987:25

**pulling** [1] - 4931:13

**pump** [5] - 4930:4, 4946:16, 4971:12, 4986:8, 5018:9

**pumpability** [1] - 4949:17

**pumpable** [1] - 4980:22

**pumped** [22] - 4907:12, 4907:13, 4907:25, 4908:4, 4908:11, 4908:13, 4929:4, 4931:9, 4931:17, 4931:18, 4931:25, 4932:8, 4932:20, 4950:1, 4958:7, 4961:16, 4980:3, 4980:17, 4985:8, 5021:21, 5035:4

**pumping** [1] - 5024:5

**pumps** [3] - 4998:25, 4999:16, 4999:20

**purpose** [5] - 4985:18, 5002:22, 5011:1, 5018:4, 5020:6

**purposes** [2] - 4972:24, 4991:24

**pursuant** [2] - 4898:20, 4979:24

**push** [1] - 5005:11

**pushing** [4] - 5005:3, 5006:11, 5037:5

**put** [38] - 4892:16, 4896:7, 4898:3, 4900:18, 4904:2, 4906:8, 4914:3, 4918:9, 4918:13, 4918:20, 4919:25, 4920:2, 4920:13, 4920:14, 4920:19, 4920:20, 4921:16, 4921:17, 4921:21, 4922:11, 4961:25, 4965:10, 4966:9, 4969:16, 4971:20,

4972:12, 4973:12, 4983:14, 4995:2, 5003:20, 5007:10, 5007:11, 5019:12, 5024:7, 5033:17, 5034:14, 5037:9, 5041:2

**puts** [2] - 4904:9, 4904:12

**putting** [6] - 4929:21, 4994:22, 4998:8, 5006:3, 5017:13, 5023:13

## Q

**quality** [3] - 4944:14, 4944:16, 4945:10

**quarter** [1] - 4944:22

**question** [42] - 4912:14, 4912:24, 4917:14, 4922:9, 4924:15, 4926:6, 4926:13, 4928:1, 4930:5, 4933:12, 4935:8, 4940:22, 4947:13, 4948:6, 4952:17, 4954:11, 4955:20, 4956:5, 4956:11, 4957:21, 4960:3, 4963:2, 4971:10, 4975:23, 4979:8, 4980:13, 4987:11, 5009:23, 5010:4, 5014:13, 5014:15, 5015:6, 5015:18, 5020:4, 5020:10, 5021:5, 5025:16, 5027:12, 5029:22, 5036:12

**Question** [1] - 4944:22

**questioning** [1] - 4897:2

**questions** [43] - 4903:9, 4903:10, 4903:15, 4913:14, 4914:8, 4916:1, 4918:14, 4919:6, 4926:7, 4929:13, 4932:10, 4932:12, 4935:15, 4937:17, 4941:22, 4949:7, 4953:10, 4960:5, 4963:11, 4963:13, 4966:12, 4967:14, 4976:25, 4979:24, 4989:15, 4999:8, 4999:22, 5002:20, 5010:15, 5013:24,

5015:2, 5021:13, 5025:11, 5030:15, 5031:15, 5032:21, 5032:23, 5033:1, 5033:9, 5039:12, 5039:24, 5039:25

**quick** [3] - 4903:18, 4967:2, 4999:8

**quicker** [1] - 4936:8

**quickly** [9] - 4901:15, 4917:5, 4960:22, 4991:19, 4993:14, 5002:3, 5007:7, 5008:7, 5013:22

**QUIRK** [1] - 4888:5

**Quirk** [62] - 4889:7, 4890:13, 4891:3, 4891:11, 4891:18, 4892:18, 4893:25, 4896:15, 4902:23, 4903:18, 4913:22, 4915:11, 4918:2, 4918:24, 4919:9, 4920:17, 4921:8, 4922:10, 4923:1, 4923:3, 4923:25, 4924:15, 4924:22, 4925:2, 4926:7, 4926:23, 4928:13, 4930:14, 4931:7, 4931:13, 4932:23, 4933:20, 4935:4, 4935:7, 4937:16, 4943:10, 4944:11, 4944:25, 4945:4, 4945:21, 4945:25, 4946:10, 4949:16, 4950:7, 4951:20, 4954:12, 4954:23, 4955:4, 4955:6, 4957:21, 4959:21, 4960:15, 4961:22, 4962:14, 4963:3, 4963:10, 4967:1, 4972:15, 4973:10, 4980:7, 4983:4

**Quirk's** [2] - 4891:5, 4952:16

**quite** [2] - 4968:12, 4975:12

## R

**R** [6] - 4884:11, 4885:17, 4886:17, 4887:11, 4889:3, 4955:4

**R.P.M** [2] - 4942:2, 4942:9

**R.P.M.'s** [1] - 4942:1

**RACHEL** [2] - 4884:17, 4886:14

**raise** [1] - 5015:14

**raised** [1] - 5015:13

**raises** [2] - 5021:5, 5039:8

**raising** [1] - 4995:13

**ram** [10] - 4986:7, 4987:9, 4987:23, 4992:3, 4992:4, 4992:17, 4992:23, 4997:12, 4997:20, 5036:16

**ramp** [2] - 5009:11, 5038:13

**ramping** [1] - 5035:17

**rams** [14] - 4987:22, 4992:2, 4992:3, 4992:14, 4992:23, 4996:11, 5009:6, 5009:9, 5009:16, 5009:22, 5010:2, 5036:10, 5038:4, 5038:5

**ran** [9] - 4947:10, 4947:12, 4955:21, 4959:4, 4959:15, 4976:11, 4988:1, 4993:23, 4996:22

**Randy** [3] - 5023:11, 5039:13, 5039:17

**Range** [1] - 4889:22

**range** [3] - 4992:17, 5000:23, 5008:10

**rapid** [1] - 5003:3

**rapidly** [1] - 5007:6

**rarely** [1] - 4951:10

**rather** [5] - 4931:2, 4931:5, 4946:18, 4946:21, 4975:11

**re** [2] - 5029:21, 5029:23

**RE** [2] - 4882:5, 4882:12

**re-entered** [2] - 5029:21, 5029:23

**reached** [4] - 4971:2, 5009:13, 5028:18, 5033:11

**reaching** [1] - 5033:10

**reactions** [1] - 4977:20

**read** [13] - 4904:22, 4948:2, 4977:17, 4977:21, 4979:9, 4981:18, 5000:14, 5003:13, 5003:21,

5020:9, 5020:17,
5020:18, 5021:2
  **reads** [2] - 4955:3,
4993:19
  **ready** [3] - 4996:15,
5023:2, 5023:4
  **real** [2] - 4952:9,
4952:22
  **realized** [1] - 5036:9
  **really** [10] - 4911:13,
4912:23, 4914:20,
4955:20, 4982:16,
4984:13, 5009:19,
5028:1, 5034:25,
5039:5
  **realtime** [1] -
5008:18
  **reason** [9] - 4891:5,
4925:6, 4930:3,
4932:2, 4932:6,
4932:9, 4978:7,
5011:18, 5039:21
  **reasonable** [4] -
4997:18, 5031:2,
5032:17, 5035:22
  **reasons** [4] - 4977:5,
4989:16, 5007:22,
5022:15
  **recall** [93] - 4898:10,
4899:25, 4900:4,
4905:25, 4906:8,
4907:16, 4911:8,
4911:15, 4911:20,
4911:24, 4911:25,
4913:13, 4915:24,
4918:4, 4919:3,
4919:5, 4920:5,
4922:13, 4922:25,
4923:1, 4923:5,
4924:2, 4924:12,
4924:16, 4924:25,
4925:4, 4926:3,
4926:22, 4927:22,
4927:25, 4929:1,
4931:10, 4932:18,
4933:1, 4933:7,
4938:17, 4939:6,
4946:9, 4947:9,
4947:20, 4948:10,
4949:19, 4950:6,
4951:19, 4952:11,
4952:12, 4952:20,
4953:7, 4954:5,
4954:9, 4954:17,
4955:2, 4955:18,
4955:19, 4956:3,
4956:4, 4958:19,
4958:23, 4960:16,
4960:17, 4962:18,
4962:23, 4962:25,

4963:5, 4963:9,
4965:2, 4967:4,
4967:11, 4967:16,
4968:11, 4968:13,
4968:24, 4969:2,
4969:4, 4969:12,
4970:3, 4970:6,
4971:23, 4972:1,
4972:4, 4972:7,
4973:14, 4975:25,
4985:8, 4988:7,
5000:7, 5001:14,
5001:15, 5025:12,
5040:6
  **recalls** [1] - 5001:13
  **received** [2] -
4889:22, 4937:14
  **recently** [2] -
4927:20, 4927:25
  **recess** [2] - 4966:16,
5042:1
  **RECESS** [2] -
4966:18, 5042:4
  **recipe** [7] - 4929:10,
4929:11, 4929:13,
4930:6, 4957:22,
4958:7, 4959:1
  **recipes** [1] - 4933:25
  **recklessness** [1] -
5030:18
  **recognition** [2] -
5034:10, 5038:18
  **recognize** [7] -
4896:19, 4899:19,
4970:20, 4977:11,
4978:20, 4981:3,
4998:20
  **recognized** [1] -
5007:12
  **recollection** [4] -
4912:10, 4944:11,
4947:21, 4952:14
  **recommendation** [2]
- 4937:21, 5025:25
  **recommendations**
[1] - 4904:17
  **recommended** [2] -
4929:21, 4931:25
  **record** [12] - 4902:2,
4923:6, 4923:8,
4923:17, 4948:4,
4968:18, 4983:14,
4983:16, 4983:20,
5001:17, 5024:8,
5042:13
  **Record** [3] - 4923:6,
4923:7, 4924:14
  **RECORDED** [1] -
4887:25
  **recorded** [4] -

4909:19, 4919:3,
4952:18, 4972:7
  **records** [6] - 4932:8,
4960:16, 4962:1,
4968:12, 4969:8,
5027:13
  **recounted** [1] -
5018:18
  **recovered** [1] -
5028:22
  **recovering** [1] -
4984:6
  **red** [3] - 4937:25,
5008:13
  **REDDEN** [1] - 4887:4
  **REDIRECT** [3] -
4964:5, 4966:24,
5033:7
  **redirect** [1] - 5033:6
  **Redirect** [3] -
4888:13, 4888:15,
4888:21
  **reducing** [1] - 5020:5
  **reduction** [3] -
4944:16, 4978:10,
5013:16
  **refer** [1] - 4924:8
  **reference** [2] -
4904:11, 4904:14
  **referenced** [3] -
4898:18, 4924:19,
4993:20
  **referred** [2] -
4942:17, 4983:19
  **referring** [1] - 5018:1
  **refers** [1] - 5040:10
  **reflect** [3] - 4902:2,
5019:6, 5027:13
  **reflective** [2] -
4964:16, 4964:19
  **refresh** [3] - 4944:11,
4947:21, 4952:13
  **REGAN** [43] -
4886:5, 4889:11,
4889:15, 4889:18,
4913:20, 4923:9,
4923:12, 4923:14,
4923:17, 4923:19,
4923:21, 4925:11,
4925:13, 4928:10,
4928:12, 4928:18,
4928:21, 4930:11,
4930:12, 4931:11,
4931:12, 4932:5,
4933:17, 4933:19,
4942:14, 4942:15,
4944:8, 4944:10,
4945:4, 4945:6,
4945:9, 4962:3,
4962:4, 4963:10,

4964:2, 4972:25,
4973:7, 4975:23,
4979:7, 4982:14,
4984:2, 4984:5,
4984:8
  **Regan** [4] - 4888:11,
4889:11, 4913:21,
4979:13
  **regard** [2] - 5026:20,
5029:5
  **regarding** [5] -
4931:3, 5024:13,
5026:6, 5026:22,
5039:13
  **regardless** [1] -
5041:13
  **regional** [2] -
4910:22, 4911:11
  **regular** [1] - 4992:6
  **rehearsal** [1] -
4984:15
  **related** [8] - 4892:11,
4892:16, 4893:11,
4896:4, 4924:21,
4960:4, 4998:14,
5002:5
  **RELATES** [1] -
4882:11
  **relating** [2] - 4904:6,
4912:4
  **relationship** [2] -
4900:12, 4914:12
  **relative** [2] -
4892:13, 4980:10
  **relatively** [1] -
5008:5
  **relaying** [1] -
4951:17
  **release** [5] -
4930:13, 4930:14,
4937:24, 4960:18,
4960:22
  **relief** [8] - 4967:25,
4968:10, 5010:23,
5011:1, 5011:4,
5011:6, 5011:16,
5029:24
  **relieve** [1] - 5011:5
  **rely** [1] - 4997:18
  **relying** [1] - 5036:1
  **remain** [1] - 5037:21
  **remaining** [1] -
4950:15
  **remember** [49] -
4893:7, 4911:17,
4911:18, 4911:19,
4915:22, 4916:8,
4916:12, 4917:22,
4918:23, 4919:1,
4920:15, 4925:15,

4932:11, 4932:15,
4945:8, 4945:14,
4946:24, 4947:7,
4947:24, 4949:6,
4952:3, 4952:19,
4959:9, 4963:2,
4963:9, 4964:10,
4965:2, 4968:11,
4968:15, 4970:9,
4972:10, 4985:6,
4985:11, 4989:9,
4998:22, 5000:25,
5001:3, 5001:6,
5010:9, 5021:15,
5024:5, 5026:17,
5032:25, 5036:24,
5039:15, 5039:25,
5040:2, 5040:11
  **remote** [1] - 4964:17
  **removed** [2] -
4892:16, 5030:6
  **RENAISSANCE** [1] -
4887:12
  **repeat** [28] - 4907:16,
4907:23, 4907:24,
4912:14, 4914:1,
4917:14, 4926:6,
4926:8, 4939:6,
4948:6, 4953:8,
4953:12, 4953:14,
4953:18, 4953:20,
4953:22, 4954:3,
4956:7, 4956:11,
4956:13, 4957:4,
4971:10, 4974:21,
4974:24, 4978:20,
4981:16, 4981:23
  **repeated** [5] -
4941:5, 4941:7,
4941:9, 4957:14,
4975:13
  **repeatedly** [1] -
5014:15
  **repeating** [1] -
4907:17
  **Report** [6] - 5010:18,
5011:11, 5011:14,
5013:10, 5013:12,
5017:3
  **report** [34] - 4908:20,
4909:21, 4910:4,
4910:5, 4910:14,
4911:5, 4912:5,
4912:12, 4913:1,
4913:2, 4935:22,
4937:2, 4937:11,
4940:7, 4959:7,
4993:15, 4998:19,
4998:24, 5000:8,
5000:11, 5000:17,

5000:18, 5001:19,
5007:1, 5007:2,
5007:10, 5007:11,
5008:17, 5012:2,
5016:13, 5017:3,
5025:14, 5025:23,
5025:25
  **reported** [3] -
4906:24, 4949:9,
4955:3
  **Reporter** [2] -
5042:10, 5042:19
  **REPORTER** [1] -
4887:21
  **REPORTER'S** [1] -
5042:8
  **reports** [12] -
4911:23, 4912:4,
4912:16, 4912:25,
4913:11, 4937:12,
4960:7, 4968:11,
4971:21, 4985:11,
4993:12, 5028:14
  **represent** [7] -
4896:15, 4898:20,
4913:21, 4923:22,
4924:8, 4960:10,
4971:4
  **representative** [1] -
4915:23
  **represented** [1] -
4892:3
  **representing** [1] -
4925:25
  **reproduced** [1] -
4957:10
  **request** [2] -
4939:10, 4941:20
  **requested** [1] -
4935:21
  **required** [6] -
4963:18, 4963:19,
4981:15, 4981:21,
4995:13, 5020:8
  **requirement** [1] -
4997:22
  **requirements** [1] -
5026:6
  **requires** [1] - 4996:9
  **rerun** [1] - 4941:12
  **reserve** [1] - 4983:14
  **reserving** [1] -
4983:21
  **residual** [1] -
5029:16
  **resolved** [1] -
5020:11
  **RESOURCES** [1] -
4884:14
  **respect** [13] - 4890:9,

4919:6, 4919:9,
4919:10, 4926:4,
4926:14, 4940:3,
4949:5, 4950:4,
4962:16, 4967:2,
4967:4, 4998:9
  **respond** [1] -
4924:11
  **response** [9] -
4891:12, 5007:15,
5033:25, 5035:2,
5035:7, 5035:9,
5035:19, 5038:13,
5038:15
  **responses** [1] -
5035:5
  **responsibility** [1] -
5000:10
  **responsible** [3] -
4941:18, 4996:9,
5008:25
  **restaurant** [1] -
4936:14
  **rested** [2] - 4983:11,
4983:17
  **restriction** [1] -
5006:8
  **restrictive** [1] -
4997:22
  **result** [15] - 4926:23,
4941:4, 4941:11,
4946:12, 4946:17,
4967:5, 4974:16,
4974:20, 4974:24,
4975:21, 4977:19,
4978:8, 4980:8,
4988:19, 5016:20
  **results** [25] -
4909:14, 4909:18,
4910:4, 4912:20,
4917:24, 4924:21,
4935:22, 4936:25,
4938:6, 4938:7,
4940:8, 4953:22,
4953:24, 4954:7,
4954:9, 4955:4,
4955:24, 4956:1,
4957:4, 4957:9,
4957:23, 4967:7,
4976:6, 5024:4
  **resumed** [1] - 5002:6
  **retain** [3] - 4961:22,
4962:20, 4963:4
  **retained** [1] - 4957:9
  **retarder** [16] -
4908:4, 4942:20,
4973:14, 4973:16,
4973:20, 4974:3,
4974:8, 4980:2,
4980:9, 4981:2,

4981:14, 4981:21,
4982:1, 4982:6,
4982:10
  **retarders** [2] -
4964:13, 4964:15
  **retarding** [1] -
4981:12
  **retested** [1] -
4986:17
  **return** [1] - 5001:24
  **returns** [1] - 4985:12
  **review** [11] -
4932:23, 4939:18,
4975:1, 4988:17,
5022:21, 5025:6,
5027:12, 5031:17,
5032:6, 5038:3
  **reviewed** [6] -
4938:18, 4939:21,
4969:25, 4993:11,
5000:1, 5007:8
  **rheological** [1] -
4981:13
  **RICHARD** [1] -
4886:20
  **Richard** [16] -
4906:23, 4906:24,
4907:5, 4910:11,
4936:10, 4947:11,
4947:15, 4947:18,
4947:21, 4947:25,
4948:2, 4948:3,
4948:7, 4950:5,
5033:5
  **Ricky** [3] - 4954:19,
4955:3, 4955:9
  **RIG** [1] - 4882:5
  **rig** [35] - 4891:13,
4891:25, 4892:11,
4894:11, 4897:24,
4898:3, 4902:14,
4919:12, 4919:22,
4920:12, 4922:10,
4925:3, 4928:2,
4940:12, 4940:14,
4942:7, 4950:22,
4965:6, 4965:10,
4965:18, 4965:19,
4965:22, 4966:4,
4999:4, 5002:23,
5010:8, 5019:1,
5023:17, 5025:14,
5025:22, 5025:25,
5036:20, 5037:21,
5037:24
  **Rig** [1] - 4892:7
  **right** [226] - 4889:9,
4890:10, 4890:22,
4891:8, 4891:16,
4892:3, 4892:8,

4892:23, 4896:19,
4896:23, 4897:14,
4897:17, 4898:12,
4900:15, 4901:10,
4903:11, 4904:2,
4904:5, 4904:7,
4904:12, 4904:13,
4904:14, 4904:16,
4905:12, 4905:20,
4906:10, 4906:18,
4907:1, 4907:2,
4908:3, 4908:8,
4909:3, 4909:20,
4910:3, 4912:1,
4913:2, 4913:15,
4915:7, 4916:2,
4916:7, 4916:17,
4916:18, 4916:19,
4916:20, 4916:23,
4918:7, 4918:9,
4918:16, 4918:21,
4918:22, 4919:16,
4919:23, 4919:25,
4920:2, 4920:6,
4920:8, 4920:13,
4920:17, 4921:10,
4921:18, 4921:21,
4921:23, 4922:20,
4923:16, 4923:20,
4925:6, 4925:21,
4925:23, 4926:8,
4926:25, 4927:3,
4927:6, 4927:9,
4927:10, 4927:12,
4927:14, 4928:7,
4928:14, 4929:9,
4929:11, 4929:12,
4929:23, 4930:1,
4930:2, 4930:3,
4930:10, 4933:2,
4935:19, 4935:20,
4936:1, 4936:2,
4936:5, 4936:6,
4936:16, 4936:25,
4937:3, 4937:6,
4938:8, 4938:9,
4938:13, 4938:16,
4938:17, 4938:21,
4938:25, 4939:1,
4939:5, 4939:19,
4940:14, 4940:15,
4941:5, 4941:25,
4942:4, 4942:19,
4942:20, 4943:9,
4943:18, 4943:19,
4943:21, 4944:2,
4945:19, 4945:21,
4945:22, 4945:23,
4946:3, 4946:5,
4947:1, 4947:2,
4948:11, 4948:20,

4949:13, 4949:15,
4950:19, 4951:22,
4953:13, 4953:16,
4953:17, 4953:19,
4957:7, 4957:14,
4957:17, 4957:18,
4957:19, 4957:20,
4958:22, 4959:5,
4959:11, 4959:21,
4962:6, 4963:9,
4963:12, 4965:9,
4965:19, 4966:5,
4966:20, 4969:16,
4970:12, 4970:20,
4970:25, 4971:13,
4971:15, 4973:19,
4973:21, 4974:4,
4977:4, 4977:17,
4978:14, 4978:15,
4978:16, 4978:17,
4978:24, 4979:18,
4983:7, 4983:9,
4983:16, 4983:21,
4985:22, 4987:4,
4987:16, 4987:24,
4988:5, 4989:18,
4990:24, 4991:1,
4991:3, 4991:5,
4991:13, 4991:21,
4991:24, 4992:1,
4992:11, 4994:7,
4995:2, 4995:5,
4995:21, 4995:23,
4997:8, 4998:12,
5000:25, 5002:18,
5003:16, 5003:19,
5007:1, 5007:24,
5008:16, 5012:2,
5012:21, 5014:3,
5015:2, 5017:7,
5018:24, 5021:10,
5022:18, 5025:2,
5025:18, 5027:19,
5028:5, 5028:6,
5032:24, 5041:23
  **rigs** [2] - 4962:10,
4965:6
  **rise** [2] - 4966:17,
5042:3
  **riser** [11] - 5002:24,
5003:3, 5013:17,
5034:24, 5036:25,
5037:5, 5037:7,
5037:19, 5037:20,
5037:22, 5039:2
  **risk** [2] - 5015:13,
5027:9
  **risks** [4] - 5026:10,
5027:10, 5027:13
  **RMR** [2] - 4887:21,

5042:18
 **Robb** [1] - 4891:15
 **ROBERT** [2] -
4883:9, 4886:2
 **Roberts** [1] -
4903:13
 **ROBERTS** [5] -
4886:14, 4887:6,
4983:10, 4983:18,
4983:23
 **Robinson** [4] -
5040:11, 5040:12,
5040:14, 5041:15
 **Robinson's** [1] -
5041:8
 **role** [4] - 4925:23,
4935:14, 4935:21,
4982:22
 **Ronnie** [5] - 4906:14,
4906:25, 4910:11,
4911:4, 4954:19
 **Ronnie's** [1] -
4906:24
 **ROOM** [2] - 4884:12,
4887:22
 **room** [4] - 4900:19,
4900:21, 4900:23,
4900:25
 **rotary** [3] - 5036:22,
5037:4, 5038:23
 **rotating** [1] -
4980:18
 **Roth** [9] - 4906:8,
4911:22, 4914:13,
4954:13, 4954:18,
4960:5, 4960:7,
4960:12, 4960:14
 **Roth's** [2] - 4954:16,
4955:3
 **ROUGE** [2] - 4884:3,
4885:15
 **rough** [1] - 4945:20
 **roughly** [2] -
4950:13, 5018:18
 **Roughly** [1] -
4950:14
 **round** [1] - 5006:18
 **route** [5] - 5004:20,
5005:19, 5005:23,
5006:4, 5029:1
 **ROY** [2] - 4883:3,
4883:3
 **RPR** [1] - 5042:18
 **run** [23] - 4916:7,
4935:21, 4936:5,
4936:15, 4936:16,
4943:1, 4950:9,
4951:13, 4953:21,
4958:7, 4959:1,
4959:16, 4961:15,

4982:2, 4986:19,
4991:5, 4993:8,
4993:19, 4995:9,
5012:24, 5017:24,
5022:17, 5027:23
 **running** [9] -
4914:24, 4915:16,
4986:15, 4986:22,
4986:24, 4986:25,
4987:12, 4987:25,
4994:8
 **rushed** [2] - 5023:7,
5023:10
 **rushing** [2] -
5022:22, 5022:25
 **RUSNAK** [1] - 4884:4

# S

 **S** [4] - 4883:19,
4889:3
 **SA** [1] - 4949:6
 **SA-541** [1] - 4894:15
 **sack** [2] - 4973:18,
4982:6
 **safe** [1] - 4905:19
 **safely** [4] - 5013:3,
5013:4, 5015:16,
5023:20
 **safety** [2] - 5023:21,
5023:24
 **said** [46] - 4893:2,
4893:13, 4894:20,
4901:8, 4918:2,
4918:24, 4919:11,
4920:12, 4925:2,
4926:6, 4927:17,
4927:19, 4927:20,
4932:10, 4932:14,
4932:17, 4933:3,
4934:25, 4939:12,
4940:2, 4941:11,
4944:12, 4944:14,
4947:1, 4950:24,
4951:7, 4952:11,
4953:1, 4953:2,
4955:21, 4957:16,
4963:24, 4963:25,
4965:24, 4968:4,
4969:12, 4983:17,
4996:16, 5001:4,
5016:6, 5019:6,
5028:25, 5039:14,
5039:17, 5039:22
 **same** [25] - 4897:1,
4897:7, 4899:13,
4907:11, 4907:13,
4914:5, 4929:4,
4929:6, 4929:8,
4929:10, 4929:11,

4934:21, 4936:14,
4941:9, 4959:15,
4964:14, 4964:22,
4966:8, 4971:24,
4972:8, 4991:7,
5023:11, 5036:6,
5037:25
 **Sample** [1] - 4894:8
 **sample** [39] -
4895:10, 4895:13,
4895:22, 4897:16,
4897:20, 4897:22,
4898:1, 4898:3,
4898:6, 4899:12,
4901:21, 4902:10,
4902:24, 4903:5,
4944:23, 4950:22,
4965:17, 4965:18,
4966:6, 4966:8,
4968:20, 4968:24,
4969:2, 4969:7,
4969:9, 4969:18,
4969:20, 4969:22,
4970:6, 4970:7,
4977:1, 4977:2,
4977:6, 4977:25,
4978:6, 4978:13
 **sampled** [3] -
4969:23, 4970:4,
4970:5
 **samples** [26] -
4891:13, 4892:13,
4892:16, 4893:3,
4893:10, 4893:11,
4895:15, 4898:19,
4899:15, 4900:17,
4901:13, 4919:10,
4920:7, 4924:4,
4924:10, 4924:18,
4925:2, 4926:5,
4947:7, 4950:16,
4962:24, 4963:1,
4964:16, 4964:21,
4976:13
 **SAN** [1] - 4884:13
 **satisfied** [2] -
5019:1, 5019:19
 **save** [1] - 4945:20
 **saw** [26] - 4938:23,
4939:4, 4939:24,
4940:2, 4941:11,
4942:13, 4942:16,
4942:20, 4942:23,
4943:2, 4947:3,
4970:11, 4974:19,
4985:15, 4999:4,
5000:7, 5007:14,
5025:10, 5028:21,
5028:24, 5029:8,
5033:25, 5035:25,

5039:14, 5039:19,
5039:20
 **say** [44] - 4892:20,
4892:25, 4893:7,
4894:13, 4901:25,
4905:1, 4905:19,
4919:20, 4919:21,
4921:9, 4922:19,
4923:4, 4923:8,
4930:22, 4935:2,
4939:8, 4942:1,
4942:11, 4948:2,
4951:10, 4966:11,
4990:5, 4990:8,
4997:5, 4997:7,
4997:19, 5001:19,
5004:23, 5005:21,
5009:20, 5012:2,
5016:13, 5017:12,
5022:19, 5023:18,
5025:16, 5026:1,
5028:18, 5030:21,
5031:22, 5034:10,
5034:14, 5040:5
 **saying** [8] - 4923:1,
4938:9, 4946:19,
4948:2, 4963:3,
4994:5, 5025:7,
5025:15
 **says** [15] - 4891:24,
4895:3, 4897:16,
4904:22, 4905:3,
4924:3, 4930:14,
4935:11, 4956:6,
4969:17, 4981:12,
4996:9, 5003:15,
5004:6, 5040:9
 **scenarios** [2] -
4968:1, 4968:6
 **schedule** [2] -
5022:10, 5023:16
 **scheduled** [1] -
4996:3
 **SCOFIELD** [1] -
4887:18
 **scope** [1] - 4996:5
 **scores** [1] - 4964:10
 **SCOTT** [1] - 4884:16
 **SCR** [2] - 4895:22,
4898:24
 **SCR-100L** [6] -
4895:3, 4895:12,
4895:15, 4931:22,
4932:2, 4973:15
 **scratch** [1] - 4903:22
 **screen** [9] - 4894:24,
4897:2, 4906:6,
4914:5, 4931:13,
4936:3, 4950:6,
5003:13, 5019:12

 **screw** [1] - 4990:2
 **screwed** [1] -
4989:23
 **se** [1] - 4994:2
 **sea** [1] - 5013:17
 **seafloor** [1] -
5034:23
 **seal** [20] - 4985:5,
4985:18, 4985:20,
4985:25, 4986:1,
4986:2, 4986:7,
4986:9, 4986:17,
4986:25, 4987:8,
4987:13, 5013:14,
5028:21, 5034:16,
5034:19, 5035:10,
5035:23, 5036:13,
5038:12
 **Sealant** [16] - 4904:4,
4904:7, 4904:21,
4905:6, 4932:17,
4932:21, 4932:24,
4932:25, 4933:4,
4934:2, 4934:9,
4934:16, 4934:21,
4935:1, 4935:12,
4938:20
 **sealed** [1] - 5034:20,
5038:16, 5038:22
 **sealing** [2] -
4992:24, 4993:4
 **seals** [1] - 4986:14
 **search** [1] - 4930:20
 **searching** [1] -
4930:22
 **seated** [2] - 4889:6,
4966:20
 **second** [15] - 4893:9,
4893:23, 4898:8,
4928:19, 4962:3,
4966:21, 4969:16,
4978:23, 4981:20,
4982:14, 4988:9,
5002:5, 5008:9,
5019:8
 **secondary** [1] -
5035:19
 **seconds** [2] -
4983:1, 5038:18
 **SECREST** [1] -
4887:4
 **secret** [1] - 4911:9
 **Section** [1] - 5003:2
 **section** [3] -
4965:22, 4966:3,
4991:4
 **SECTION** [2] -
4884:15, 4885:1
 **sections** [1] -
5031:25

**secure** [1] - 4962:24
**secured** [7] - 4900:10, 4900:23, 4900:24, 4900:25, 4924:3, 5020:8, 5039:5
**security** [1] - 5012:22
**see** [126] - 4898:15, 4898:17, 4903:10, 4903:11, 4903:14, 4906:5, 4906:10, 4907:18, 4914:1, 4916:7, 4918:17, 4919:7, 4923:24, 4924:3, 4924:5, 4924:15, 4924:22, 4928:15, 4928:24, 4929:13, 4931:16, 4933:4, 4933:6, 4933:12, 4933:15, 4933:20, 4933:21, 4933:24, 4933:25, 4935:2, 4937:12, 4937:22, 4938:1, 4942:12, 4944:12, 4944:25, 4946:8, 4950:6, 4950:7, 4950:10, 4950:11, 4950:12, 4950:13, 4950:17, 4952:13, 4953:5, 4953:10, 4954:18, 4954:21, 4955:6, 4955:7, 4960:23, 4963:23, 4965:22, 4966:1, 4966:3, 4967:20, 4969:16, 4969:18, 4969:22, 4973:15, 4975:16, 4978:8, 4979:1, 4986:4, 4991:19, 4991:21, 4992:4, 4993:14, 4993:18, 4993:21, 4995:8, 4999:3, 4999:14, 5000:15, 5001:18, 5003:7, 5004:7, 5008:7, 5008:14, 5009:2, 5009:10, 5009:24, 5010:20, 5010:22, 5010:25, 5011:12, 5011:14, 5011:16, 5011:17, 5013:8, 5013:9, 5015:25, 5017:22, 5017:25, 5018:2, 5018:6, 5018:25, 5019:4, 5019:9, 5019:11, 5019:13, 5019:16, 5020:9, 5022:24,

5023:15, 5023:18, 5025:7, 5029:1, 5029:2, 5029:14, 5029:16, 5032:6, 5032:13, 5035:4, 5035:6, 5035:7, 5035:17, 5035:19, 5035:23, 5037:3, 5037:11, 5038:6
**seeing** [8] - 4924:2, 4924:16, 4924:25, 4933:7, 4952:22, 4954:9, 4954:17, 5038:12
**seem** [1] - 4989:6
**seemed** [1] - 4989:7
**seems** [1] - 4982:18
**seen** [16] - 4905:10, 4923:25, 4954:15, 4954:16, 4970:15, 4970:17, 4975:20, 5004:11, 5011:20, 5016:16, 5020:23, 5022:21, 5031:16, 5031:20, 5031:22, 5032:3
**segregated** [1] - 4900:17
**select** [2] - 5004:19, 5005:19
**selected** [1] - 4994:3
**selection** [6] - 4937:7, 5004:21, 5005:8, 5005:17, 5005:22, 5006:6
**selector** [1] - 5003:15
**selects** [1] - 4937:10
**send** [8] - 4917:21, 4918:2, 4919:1, 4937:5, 4937:14, 4987:8, 4991:4, 5005:11
**sending** [1] - 4950:6
**sends** [1] - 4937:2
**senior** [2] - 4911:1, 4911:3
**sense** [11] - 4920:10, 4926:17, 4926:20, 4971:16, 4997:23, 5008:2, 5022:18, 5022:25, 5023:2, 5023:22, 5030:23
**sent** [6] - 4889:21, 4898:3, 4921:1, 4921:4, 4940:7, 4950:20
**sentence** [6] - 4977:17, 4981:20, 5002:4, 5002:5,

5008:23, 5019:12
**separate** [1] - 5005:5
**separated** [1] - 4893:5
**separates** [1] - 5037:12
**separating** [1] - 4909:10
**separator** [14] - 5003:18, 5005:25, 5006:2, 5006:3, 5006:20, 5007:3, 5007:6, 5010:23, 5011:1, 5011:6, 5011:7, 5011:16, 5011:24, 5012:6
**September** [1] - 4959:23
**Sepulvado** [3] - 4890:15, 5023:6, 5023:10
**sequence** [4] - 5005:18, 5005:25, 5006:13, 5006:14
**series** [1] - 4960:7
**serious** [1] - 5007:7
**seriously** [2] - 4920:8, 4920:9
**service** [2] - 4947:1, 4965:9
**SERVICES** [1] - 4887:10
**SESSION** [1] - 4882:20
**set** [21] - 4900:17, 4903:17, 4921:16, 4921:20, 4939:15, 4943:21, 4977:2, 4977:5, 4977:18, 4988:21, 4994:9, 4994:15, 4997:5, 4999:10, 5004:3, 5005:6, 5012:15, 5014:12, 5018:13, 5039:8
**sets** [2] - 4906:7, 5038:5
**setting** [1] - 4977:21
**settle** [1] - 4952:24
**settling** [5] - 4938:25, 4952:23, 4954:2, 4959:5, 4981:14
**seven** [11] - 4896:2, 4896:6, 4896:16, 4898:9, 4899:11, 4909:6, 4909:16, 4909:18, 4947:1, 4964:12
**several** [3] - 4891:21,

4893:5, 4905:19
**shack** [4] - 4989:8, 4989:12, 5039:25, 5041:14
**shake** [1] - 4949:3
**shared** [1] - 5001:1
**SHARON** [1] - 4884:22
**SHAW** [1] - 4883:16
**she's** [1] - 4913:18
**shear** [9] - 4987:22, 4987:23, 4992:3, 4992:4, 4992:23, 5009:6, 5009:16, 5009:22, 5010:2
**shears** [1] - 4988:3
**sheen** [7] - 4998:21, 4998:25, 5002:10, 5039:25, 5040:5, 5041:10, 5041:14
**sheet** [6] - 4909:21, 4923:10, 4942:17, 4969:8, 4969:25, 4975:1
**sheets** [10] - 4901:15, 4901:18, 4902:6, 4902:8, 4902:11, 4908:16, 4918:6, 4918:18, 4938:8, 4975:16
**shelf** [8] - 4899:17, 4899:23, 4902:24, 4903:5, 4918:1, 4920:19, 4950:14, 4966:9
**SHELL** [1] - 4885:23
**shelves** [2] - 4918:17, 4918:21
**shift** [4] - 4967:10, 4967:11, 4977:5, 5035:3
**shoe** [7] - 5012:13, 5013:14, 5014:5, 5028:17, 5029:18, 5030:3, 5030:12
**shore** [1] - 5008:18
**short** [4] - 4890:14, 4982:21, 5001:6, 5008:6
**shortest** [1] - 4903:14
**shortly** [4] - 4919:18, 4928:14, 5007:15, 5038:17
**shot** [1] - 4927:17
**shots** [1] - 4936:3
**should** [30] - 4899:6, 4922:11, 4935:11, 4941:5, 4957:2, 4964:21, 4982:17,

4992:12, 4997:19, 4998:3, 4998:8, 4999:1, 4999:5, 4999:20, 4999:21, 5001:23, 5002:6, 5002:9, 5014:18, 5018:5, 5025:8, 5025:18, 5027:7, 5033:12, 5034:2, 5036:4, 5036:14, 5036:23, 5038:23
**shouldn't** [1] - 4899:6
**show** [16] - 4897:4, 4923:6, 4923:14, 4924:13, 4924:24, 4925:20, 4930:13, 4935:5, 4945:4, 4947:9, 4962:1, 4992:2, 5001:17, 5013:23, 5015:18, 5035:13
**showed** [4] - 4925:14, 4949:5, 4959:5, 4975:16
**showing** [6] - 4941:1, 4954:2, 4987:14, 4987:18, 5017:20, 5040:6
**shown** [7] - 4920:4, 4922:6, 4922:8, 4936:3, 4964:8, 4988:4, 5040:5
**shows** [1] - 5001:17
**shrinkage** [2] - 4977:8, 4977:20
**shut** [11] - 4987:21, 5002:10, 5004:13, 5034:21, 5036:7, 5037:17, 5038:7, 5038:24, 5039:5, 5039:6
**shut-in** [3] - 5036:7, 5038:7
**SHUTLER** [1] - 4884:22
**shutting** [2] - 5007:16, 5036:2
**side** [9] - 4896:7, 4900:13, 4935:18, 4972:12, 4987:13, 5004:23, 5029:13
**sides** [3] - 4990:3, 4998:10, 4998:11
**sign** [2] - 4939:2, 4940:6
**signal** [1] - 5009:1
**signalled** [2] - 5014:18
**signed** [1] - 4927:3

**significant** [5] - 4974:6, 4980:8, 5009:4, 5022:6, 5026:25

**significantly** [1] - 5020:5

**signs** [3] - 4946:20, 4976:11, 4979:2

**similar** [7] - 4914:4, 4930:16, 4930:19, 4931:9, 4970:17, 4979:22

**Simon** [4] - 4914:19, 4914:20, 4914:25, 4961:12

**simple** [1] - 5032:2

**simulate** [1] - 5012:9

**simulations** [1] - 5028:13

**SINCLAIR** [1] - 4885:8

**single** [1] - 4989:20

**sinus** [1] - 5002:13

**sir** [16] - 4890:23, 4907:22, 4920:22, 4923:9, 4923:12, 4929:20, 4938:10, 4941:3, 4950:25, 4955:1, 4958:1, 4958:3, 4963:8, 4963:15, 4979:17, 4983:5

**sit** [3] - 4952:24, 4997:9, 5025:24

**site** [1] - 5018:19

**sitting** [1] - 5025:15

**situation** [5] - 4997:1, 4998:21, 5007:6, 5012:25, 5036:25

**six** [5] - 4909:16, 4909:18, 4917:8, 5010:23, 5011:16

**six-inch** [2] - 5010:23, 5011:16

**six-month** [1] - 4917:8

**size** [1] - 5028:5

**sizes** [2] - 4992:18, 4992:19

**skipped** [1] - 4940:19

**slide** [1] - 5033:17

**SLIDELL** [1] - 4883:23

**slight** [1] - 5035:14

**slightly** [2] - 4989:4, 5012:14

**slow** [1] - 4942:2

**slowly** [3] - 4941:23,

4942:1, 5018:10

**slurries** [10] - 4905:17, 4905:25, 4929:23, 4948:21, 4950:1, 4968:2, 4974:7, 5024:11, 5024:20

**slurry** [74] - 4903:22, 4905:24, 4907:24, 4907:25, 4908:8, 4908:10, 4908:13, 4908:20, 4909:1, 4916:7, 4916:13, 4928:14, 4929:4, 4929:18, 4929:19, 4929:21, 4930:6, 4930:8, 4930:10, 4930:15, 4930:17, 4930:18, 4931:8, 4931:25, 4932:20, 4935:24, 4938:24, 4939:19, 4940:5, 4940:24, 4941:23, 4942:8, 4942:17, 4944:3, 4946:16, 4946:17, 4948:13, 4948:16, 4948:18, 4948:23, 4949:2, 4949:17, 4949:20, 4951:22, 4952:6, 4952:9, 4952:21, 4952:22, 4952:23, 4953:5, 4954:2, 4954:20, 4954:21, 4955:5, 4956:2, 4956:3, 4957:23, 4961:16, 4968:5, 4968:6, 4976:2, 4976:5, 4977:19, 4980:2, 4980:9, 4980:17, 4981:13, 4981:16, 4981:23, 4981:25, 5024:15, 5025:8

**smaller** [2] - 4982:9, 4982:12

**sneak** [1] - 4984:14

**soap** [1] - 4932:15

**soft** [1] - 4940:2

**some** [65] - 4891:11, 4898:12, 4898:22, 4901:4, 4901:10, 4908:16, 4910:12, 4914:2, 4914:8, 4915:15, 4915:16, 4915:18, 4916:1, 4916:15, 4918:14, 4923:13, 4932:10, 4935:8, 4936:3, 4937:17, 4943:24,

4944:18, 4945:25, 4946:18, 4947:6, 4950:3, 4950:8, 4951:24, 4953:9, 4953:10, 4959:6, 4965:11, 4967:20, 4973:23, 4981:12, 4989:4, 4999:7, 5002:12, 5008:8, 5012:16, 5015:2, 5016:14, 5019:23, 5020:20, 5021:12, 5022:12, 5022:18, 5024:3, 5025:11, 5027:18, 5027:22, 5027:24, 5028:23, 5029:14, 5029:16, 5030:6, 5032:10, 5033:9, 5035:8, 5035:14, 5035:16

**somebody** [14] - 4913:5, 4917:21, 4919:11, 4926:17, 4933:3, 4934:24, 4938:15, 4941:15, 4948:22, 4956:5, 4957:24, 5009:24, 5023:19, 5027:11

**someone** [14] - 4917:15, 4917:20, 4918:2, 4918:24, 4919:2, 4922:2, 4922:4, 4922:5, 4925:5, 4927:16, 4956:6, 4960:3, 5003:24, 5022:24

**something** [23] - 4906:3, 4909:16, 4909:21, 4919:4, 4947:2, 4962:10, 4972:3, 4974:16, 4978:10, 4988:14, 5000:9, 5008:11, 5010:11, 5023:20, 5027:25, 5028:6, 5031:10, 5034:12, 5034:15, 5035:16, 5038:18, 5038:20, 5039:14

**sometimes** [3] - 5017:5, 5017:6

**somewhat** [3] - 4994:3, 5000:22, 5035:17

**somewhere** [14] - 4892:21, 4893:1, 4900:2, 4906:4, 4909:16, 4909:19, 4916:9, 4919:4, 4949:4, 5007:14,

5009:10, 5034:6, 5036:10, 5036:11

**son** [1] - 4984:8

**son's** [1] - 4984:9

**Sorry** [1] - 4890:20

**sorry** [14] - 4897:11, 4907:15, 4907:21, 4912:23, 4933:17, 4943:6, 4954:18, 4987:5, 4989:5, 5000:3, 5005:1, 5008:11, 5010:4, 5037:23

**sort** [1] - 5017:14

**sound** [1] - 4945:21

**sounds** [1] - 4982:16

**source** [2] - 5039:1, 5039:9

**SOUTH** [1] - 4886:18

**South** [4] - 4933:15, 4933:21, 4934:7, 4934:16

**south** [1] - 5002:16

**space** [16] - 4978:10, 4978:11, 4986:3, 4987:10, 4992:12, 4994:3, 4994:12, 4996:15, 4997:1, 4997:6, 4997:16, 4998:2, 5029:10, 5029:15, 5029:21, 5029:23

**space-out** [6] - 4994:3, 4994:12, 4996:15, 4997:6, 4997:16, 4998:2

**spaced** [3] - 4989:17, 4996:25, 5028:4

**speak** [2] - 4910:16, 4912:6

**speaking** [2] - 4924:12, 4948:18

**specialist** [1] - 4942:6

**specific** [9] - 4896:3, 4898:15, 4899:15, 4902:5, 4936:20, 4937:8, 4939:25, 4949:9, 4995:15

**specifically** [4] - 4899:5, 4935:15, 4976:24, 5003:2

**specified** [5] - 4932:21, 4934:2, 4941:24, 4942:3, 4979:2

**specifies** [1] - 4939:9

**specify** [3] - 4934:9,

4934:16, 4939:11

**specifying** [1] - 4941:18

**specimen** [1] - 4977:18

**spectrum** [2] - 4949:3

**speculate** [1] - 4931:3

**spend** [1] - 4984:11

**spent** [2] - 4995:5, 5000:24

**Sperry** [5] - 4999:1, 4999:2, 5001:20, 5008:17, 5008:18

**Sperry-Sun** [5] - 4999:1, 4999:2, 5001:20, 5008:17, 5008:18

**spike** [1] - 4968:12

**SPILL** [1] - 4882:5

**SPIRO** [1] - 4885:2

**spoke** [6] - 4890:1, 4910:10, 4910:14, 4910:15, 4955:9

**spreadsheet** [4] - 4934:8, 4934:23, 4934:24, 4935:3

**spring** [1] - 4951:18

**SQUARE** [1] - 4885:23

**SSA-1** [1] - 4894:15

**SSA-2** [1] - 4894:15

**stability** [49] - 4907:11, 4907:16, 4907:17, 4907:23, 4908:7, 4908:10, 4908:19, 4908:22, 4908:24, 4908:25, 4909:15, 4911:5, 4911:23, 4912:4, 4912:11, 4912:16, 4937:20, 4938:19, 4942:23, 4943:1, 4943:2, 4943:8, 4951:21, 4957:22, 4958:2, 4958:7, 4960:22, 4961:7, 4961:20, 4967:5, 4970:21, 4971:8, 4974:13, 4975:3, 4975:14, 4975:22, 4976:21, 4977:6, 4977:7, 4977:25, 4978:20, 4979:22, 4979:25, 4980:8, 4980:10, 4981:16, 4981:23, 4982:2, 4982:4

**stabilizing** [1] -

5038:7
**stable** [4] - 4929:25, 4976:2, 4976:5, 4976:7
**stack** [10] - 4987:6, 4989:17, 4992:11, 4993:25, 4994:17, 4998:8, 5011:3, 5036:16, 5037:12, 5038:4
**staff** [1] - 4951:3
**stage** [1] - 5036:19
**stand** [2] - 4982:20, 4982:24
**standard** [12] - 4986:20, 4988:22, 4988:24, 4994:14, 4997:11, 5014:1, 5025:13, 5025:22, 5026:1
**standpoint** [3] - 5017:15, 5023:23, 5026:24
**stands** [1] - 4990:9
**starboard** [5] - 5003:17, 5005:12, 5005:16, 5006:1, 5010:24
**start** [4] - 4914:3, 4944:8, 4995:17, 5038:8
**started** [1] - 5007:16
**starting** [2] - 4950:13, 4952:17
**starts** [1] - 4915:9
**state** [1] - 4998:18
**STATE** [3] - 4885:6, 4885:11, 4885:13
**stated** [3] - 4900:1, 4960:22, 5013:12
**statement** [4] - 4931:2, 4977:23, 5008:23, 5013:19
**statements** [2] - 4999:7, 5024:3
**states** [3] - 4905:6, 4905:8, 5003:2
**STATES** [4] - 4882:1, 4882:15, 4882:23, 4884:10
**States** [2] - 4964:24, 5042:11
**static** [2] - 4952:24, 4961:15
**STATION** [1] - 4885:4
**stay** [4] - 4903:1, 5015:5, 5024:7, 5039:2
**steering** [1] - 4964:7

**Stelly** [2] - 4936:10, 4967:8
**Stelly's** [1] - 4967:9
**STENOGRAPHY** [1] - 4887:25
**step** [2] - 5031:16, 5034:8
**Stephanie** [1] - 4889:15
**STEPHEN** [1] - 4883:6
**steps** [2] - 4981:17, 4981:23
**Sterbcow** [2] - 5021:13, 5033:9
**STERBCOW** [2] - 4883:11, 4883:11
**STERNBERG** [1] - 4887:15
**Steve** [5] - 5040:10, 5040:11, 5040:12, 5040:22, 5041:5
**Steve's** [2] - 5040:9, 5040:22
**STEVEN** [2] - 4884:15, 4886:14
**Steven** [1] - 4889:13
**still** [21] - 4890:23, 4898:14, 4947:23, 4948:1, 4948:8, 4959:18, 4962:1, 4962:12, 4973:8, 4984:6, 4986:25, 4987:12, 4993:1, 5006:11, 5033:15, 5034:3, 5036:15, 5036:18, 5037:6, 5037:18, 5037:22
**stinging** [2] - 4986:15, 4986:17
**stir** [4] - 4941:23, 4942:1, 4942:2, 4942:8
**stock** [11] - 4907:24, 4940:14, 4950:22, 4950:24, 4954:20, 4957:10, 4957:13, 4957:23, 4958:6, 4958:20, 4958:25
**STONE** [1] - 4887:2
**stop** [1] - 5037:9
**stopped** [2] - 4988:2, 5007:23
**storage** [2] - 4903:2, 4964:17
**stored** [2] - 4894:17, 4900:5
**story** [1] - 4925:9
**straightforward** [1] - 4912:23

**STRANGE** [1] - 4885:7
**stream** [1] - 5011:15
**STREET** [19] - 4883:4, 4883:9, 4883:12, 4883:15, 4883:17, 4883:22, 4884:2, 4884:7, 4885:14, 4885:18, 4885:23, 4886:12, 4886:15, 4886:21, 4887:3, 4887:7, 4887:13, 4887:19, 4887:22
**strength** [3] - 4940:3, 4961:15, 4972:8
**string** [29] - 4985:22, 4986:25, 4987:1, 4987:8, 4987:12, 4987:19, 4987:25, 4988:1, 4989:1, 4990:10, 4990:12, 4990:22, 4991:3, 4992:7, 4993:8, 4993:23, 4993:24, 4994:8, 4994:15, 4994:22, 4995:3, 4995:9, 4995:13, 4995:24, 4996:22, 5018:10, 5018:11
**strings** [1] - 4991:6
**structure** [1] - 4906:9
**stuck** [5] - 5026:14, 5027:15, 5031:10, 5031:13, 5031:14
**study** [1] - 5027:21
**stuff** [4] - 4922:20, 4929:9, 4953:9, 5024:20
**stung** [1] - 4986:16
**subject** [1] - 4926:14
**subjectively** [2] - 5020:14, 5020:15
**subjects** [1] - 4989:4
**submission** [1] - 4893:21
**submits** [1] - 4941:20
**submitting** [1] - 4939:10
**subpoena** [7] - 4923:2, 4923:13, 4923:23, 4924:11, 4924:13, 4924:15, 4962:18
**subpoenas** [2] - 4922:24, 4922:25
**subsequent** [1] -

5013:16
**substantial** [1] - 4944:16
**subtract** [1] - 4945:14
**succeeded** [1] - 5021:4
**success** [1] - 5018:20
**successful** [5] - 4985:12, 5019:1, 5020:25, 5039:7, 5039:8
**successfully** [2] - 5021:19, 5022:5
**such** [4] - 4922:24, 4994:16, 4996:11
**sufficient** [1] - 4982:4
**suggest** [3] - 4956:9, 4956:15, 5020:24
**SUITE** [12] - 4883:4, 4883:12, 4883:15, 4883:20, 4885:24, 4886:12, 4886:15, 4886:24, 4887:7, 4887:13, 4887:15, 4887:19
**SULLIVAN** [1] - 4884:21
**summarizing** [1] - 4979:22
**summary** [3] - 4931:13, 4990:8, 5020:1
**summer** [1] - 4960:1
**Sun** [5] - 4999:1, 4999:2, 5001:20, 5008:17, 5008:18
**supervise** [1] - 4906:15
**supervised** [4] - 4906:17, 4907:3, 4907:5, 4907:7
**supervises** [2] - 4907:10, 4910:19
**supervision** [1] - 4906:24
**supervisor** [1] - 4912:3
**supplement** [1] - 4890:3
**support** [1] - 5029:17
**supposed** [5] - 4892:12, 4892:13, 4892:14, 4976:15, 4982:21
**sure** [25] - 4896:22, 4897:1, 4901:25,

4904:10, 4912:10, 4918:4, 4919:3, 4920:12, 4938:12, 4945:23, 4964:19, 4968:14, 4968:15, 4985:3, 4986:16, 4997:25, 5004:15, 5005:20, 5009:23, 5015:20, 5020:8, 5021:11, 5025:16, 5033:3, 5037:11
**surface** [5] - 5012:15, 5018:4, 5018:8, 5018:12, 5037:15
**surfactant** [2] - 4904:2, 4904:4
**surprised** [2] - 4991:17, 5030:8
**sustain** [1] - 4913:6
**SUTHERLAND** [1] - 4886:13
**switch** [1] - 4989:4
**switching** [1] - 5039:23
**synthetic** [1] - 4908:25
**system** [19] - 4916:7, 4931:8, 4936:4, 4936:6, 4937:13, 4938:8, 4942:24, 5002:22, 5003:20, 5003:24, 5004:10, 5005:6, 5005:7, 5005:11, 5005:21, 5005:22, 5006:21, 5038:14

---

**T**

**T** [2] - 4883:9, 4886:5
**TA** [2] - 5013:4, 5015:14
**table** [1] - 5037:4
**take** [26] - 4890:4, 4890:5, 4890:19, 4890:21, 4897:22, 4901:12, 4901:21, 4916:25, 4920:5, 4920:9, 4945:13, 4945:16, 4958:6, 4965:10, 4966:16, 4973:11, 4978:4, 4981:7, 5001:2, 5007:19, 5019:21, 5020:2, 5031:16, 5034:9
**takeaways** [3] - 5019:17, 5019:21, 5019:22

**taken** [4] - 4965:17, 4965:18, 5002:7, 5011:11
 **TAKEN** [2] - 4966:18, 5042:4
 **takes** [2] - 4971:12, 5018:18
 **taking** [3] - 4905:22, 4946:18, 5021:14
 **talk** [12] - 4891:11, 4928:4, 4968:16, 4968:21, 4970:23, 4971:20, 4976:24, 4998:14, 5024:3, 5024:24, 5033:21, 5035:21
 **talked** [21] - 4951:2, 4956:8, 4956:20, 4956:24, 4962:13, 4968:17, 4985:4, 4989:7, 5012:12, 5012:21, 5013:25, 5014:18, 5016:11, 5016:23, 5017:1, 5018:12, 5021:6, 5023:13, 5025:3, 5030:14, 5037:25
 **talking** [13] - 4906:3, 4918:15, 4921:25, 4932:14, 4955:15, 4995:6, 4996:15, 4997:22, 4999:15, 5001:21, 5019:8, 5030:2, 5035:24
 **tank** [2] - 5033:24, 5033:25
 **TANNER** [4] - 4887:18, 4963:15, 4983:24, 5032:23
 **target** [9] - 4938:19, 4943:15, 4945:14, 4945:16, 4945:18, 4976:15, 4976:18, 4977:1, 4977:6
 **task** [1] - 4920:6
 **taught** [1] - 5004:12
 **TD** [1] - 4972:20
 **TD'd** [1] - 5032:16
 **teaching** [2] - 4999:10, 4999:12
 **team** [6] - 4910:10, 5017:5, 5017:13, 5017:14, 5026:20, 5027:3
 **tech** [4] - 4936:18, 4940:2, 4942:24, 4943:2
 **technical** [1] - 5017:8
 **technician** [4] -

4967:6, 4974:19, 4976:11, 4978:8
 **technicians** [5] - 4967:12, 4979:1, 4979:6, 4979:11, 5017:13
 **technique** [1] - 4979:16
 **technology** [6] - 4904:6, 4904:9, 4904:11, 4904:20, 4904:21, 4905:5
 **techs** [2] - 4936:10, 4936:21
 **tell** [35] - 4892:9, 4892:18, 4894:10, 4895:11, 4897:18, 4897:20, 4898:2, 4899:22, 4911:4, 4911:6, 4911:7, 4911:10, 4911:11, 4911:12, 4911:21, 4911:22, 4912:2, 4912:7, 4912:9, 4923:3, 4937:9, 4955:20, 4962:20, 4967:9, 4967:22, 4968:23, 4976:8, 4980:16, 4980:19, 5011:18, 5025:19, 5025:24, 5034:25, 5039:10
 **telling** [4] - 4911:8, 4955:2, 5021:2, 5025:12
 **temperature** [6] - 4948:16, 4949:21, 4950:2, 4972:1, 4972:4, 4972:23
 **temperatures** [1] - 4971:23
 **temporarily** [1] - 5012:11
 **temporary** [1] - 4993:7
 **Temporary** [3] - 5014:22, 5015:9, 5015:24
 **ten** [3] - 4994:11, 5001:5, 5031:24
 **tenure** [1] - 4968:7
 **term** [1] - 5028:19
 **terminal** [1] - 5036:19
 **terms** [15] - 4897:23, 4947:4, 4953:8, 4976:20, 4987:7, 4992:6, 4996:2, 5017:12, 5019:3, 5020:13, 5023:13,

5026:10, 5027:5, 5027:15, 5028:4
 **test** [144] - 4907:11, 4907:16, 4907:17, 4907:23, 4907:24, 4908:7, 4908:10, 4908:19, 4909:12, 4918:25, 4937:7, 4938:23, 4939:4, 4939:8, 4939:18, 4939:19, 4940:3, 4940:8, 4940:12, 4940:24, 4941:5, 4941:12, 4942:12, 4942:23, 4943:1, 4943:5, 4943:8, 4946:10, 4946:17, 4946:22, 4947:10, 4947:12, 4947:13, 4947:23, 4948:1, 4950:22, 4951:14, 4951:16, 4951:21, 4953:9, 4953:18, 4953:19, 4953:21, 4953:22, 4953:24, 4955:25, 4956:7, 4956:10, 4956:13, 4956:14, 4956:17, 4956:19, 4957:9, 4957:12, 4957:22, 4958:2, 4958:7, 4958:17, 4960:22, 4961:4, 4961:7, 4961:18, 4961:20, 4962:2, 4965:21, 4965:24, 4967:5, 4967:6, 4967:7, 4968:12, 4968:13, 4972:8, 4974:13, 4974:21, 4974:24, 4975:3, 4975:13, 4975:14, 4975:21, 4975:22, 4976:21, 4978:8, 4978:21, 4979:25, 4980:8, 4980:14, 4980:16, 4980:20, 4981:16, 4981:23, 4982:4, 4985:6, 4985:16, 4985:18, 4986:6, 4986:12, 4986:19, 4987:1, 4987:16, 4988:10, 4988:24, 4993:7, 4994:21, 4995:1, 4995:4, 4995:6, 4995:18, 4995:19, 4995:22, 4996:20, 4998:21, 4998:25, 5002:10, 5012:8, 5012:9, 5012:13, 5013:9,

5013:13, 5013:20, 5014:4, 5014:5, 5014:8, 5014:12, 5014:21, 5014:24, 5015:8, 5015:16, 5015:23, 5018:4, 5018:5, 5018:6, 5018:20, 5019:2, 5019:9, 5019:19, 5019:20, 5020:4, 5020:7, 5039:25, 5040:5, 5041:15
 **tested** [14] - 4903:6, 4907:25, 4908:13, 4927:8, 4927:11, 4930:16, 4950:14, 4950:15, 4969:12, 4969:14, 4974:7, 4986:14, 4986:15, 5025:9
 **testified** [14] - 4891:21, 4899:1, 4903:21, 4903:25, 4905:21, 4917:10, 4927:8, 4957:8, 4969:4, 4979:11, 4979:23, 5000:7, 5001:7, 5010:7
 **testify** [2] - 4913:5, 5000:14
 **testifying** [1] - 4979:14
 **testimony** [28] - 4889:21, 4891:5, 4891:12, 4924:19, 4927:21, 4945:21, 4946:8, 4954:4, 4954:7, 4954:23, 4955:10, 4955:16, 4959:25, 4961:1, 4968:25, 4989:5, 4997:14, 4999:8, 5000:5, 5000:15, 5000:20, 5001:10, 5001:13, 5010:8, 5023:6, 5039:14, 5039:16, 5039:21
 **testing** [42] - 4901:19, 4902:6, 4902:12, 4910:13, 4912:4, 4915:12, 4916:14, 4916:22, 4917:11, 4917:12, 4917:16, 4917:24, 4924:21, 4951:11, 4952:6, 4952:18, 4956:13, 4967:25, 4968:9, 4970:1, 4970:8, 4971:8, 4971:24, 4972:5,

4973:15, 4974:4, 4974:12, 4979:5, 4985:25, 4986:1, 4986:2, 4986:24, 4987:12, 4988:13, 5012:16, 5012:19, 5024:4, 5024:9, 5024:23, 5024:24
 **tests** [87] - 4905:19, 4908:22, 4909:8, 4911:5, 4911:23, 4912:11, 4912:16, 4913:11, 4915:16, 4916:7, 4917:1, 4917:6, 4917:18, 4917:19, 4932:24, 4932:25, 4933:2, 4935:21, 4936:5, 4936:15, 4936:16, 4937:10, 4937:17, 4937:18, 4937:20, 4937:25, 4938:4, 4938:13, 4938:18, 4938:19, 4940:12, 4950:9, 4950:16, 4951:8, 4951:12, 4951:21, 4951:24, 4953:12, 4953:14, 4954:1, 4954:3, 4954:4, 4954:5, 4954:8, 4955:5, 4955:8, 4955:17, 4955:21, 4956:20, 4957:4, 4958:10, 4958:20, 4959:1, 4959:4, 4959:6, 4959:10, 4959:15, 4959:16, 4961:1, 4961:2, 4961:15, 4961:22, 4961:24, 4962:1, 4970:10, 4970:20, 4970:21, 4970:23, 4970:24, 4971:5, 4972:2, 4972:16, 4972:24, 4973:23, 4976:12, 4985:4, 4988:7, 4988:11, 4988:18, 4988:19, 4988:21, 4988:25, 5019:7, 5024:25, 5041:11
 **text** [1] - 4928:19
 **than** [31] - 4898:12, 4901:6, 4905:25, 4906:3, 4926:18, 4934:12, 4943:23, 4946:18, 4946:21, 4962:24, 4968:8, 4969:8, 4974:17, 4975:11, 4976:17, 4977:6, 4977:18,

4988:2, 4990:16,
4997:10, 5006:24,
5009:15, 5015:14,
5020:9, 5028:16,
5028:23, 5031:21,
5032:4, 5035:25,
5039:6

**thank** [25] - 4889:18,
4890:10, 4913:14,
4925:11, 4963:10,
4966:22, 4983:4,
4983:6, 4983:23,
4983:24, 4983:25,
4984:13, 4984:17,
4984:24, 4998:12,
5002:18, 5016:8,
5020:23, 5021:10,
5023:25, 5027:21,
5032:18, 5033:4,
5041:23, 5041:24

**that** [1079] - 4889:12,
4889:20, 4889:25,
4890:6, 4890:21,
4891:5, 4892:6,
4892:10, 4892:13,
4892:15, 4892:16,
4892:19, 4892:21,
4892:23, 4893:1,
4893:2, 4893:8,
4893:9, 4893:10,
4893:11, 4893:12,
4893:13, 4893:14,
4894:1, 4894:3,
4894:16, 4895:8,
4895:11, 4895:18,
4896:2, 4896:3,
4896:6, 4896:9,
4896:15, 4896:16,
4896:20, 4896:22,
4896:23, 4897:1,
4897:6, 4897:11,
4897:18, 4897:21,
4897:22, 4897:23,
4897:25, 4898:2,
4898:4, 4898:5,
4898:9, 4898:13,
4898:16, 4898:21,
4899:1, 4899:3,
4899:8, 4899:11,
4899:13, 4899:14,
4900:2, 4900:13,
4900:15, 4900:17,
4900:21, 4900:23,
4901:11, 4901:21,
4901:22, 4902:5,
4902:7, 4902:10,
4902:23, 4902:24,
4902:25, 4903:4,
4903:5, 4903:7,
4903:21, 4904:1,
4904:10, 4904:11,

4905:6, 4905:21,
4906:1, 4906:3,
4906:7, 4906:8,
4906:14, 4907:11,
4907:15, 4907:24,
4907:25, 4908:4,
4908:7, 4908:10,
4908:13, 4908:20,
4909:16, 4909:18,
4909:21, 4911:4,
4911:6, 4911:7,
4911:8, 4911:12,
4911:22, 4912:3,
4912:4, 4912:7,
4912:9, 4912:11,
4912:15, 4912:21,
4913:2, 4913:7,
4913:8, 4913:11,
4913:13, 4913:23,
4914:13, 4914:14,
4914:16, 4915:9,
4915:24, 4916:4,
4916:9, 4916:12,
4916:14, 4916:15,
4916:21, 4917:10,
4917:16, 4917:18,
4917:25, 4918:5,
4918:17, 4918:18,
4918:22, 4919:2,
4919:4, 4919:9,
4919:10, 4919:11,
4919:14, 4919:16,
4919:18, 4919:22,
4920:4, 4920:10,
4920:15, 4920:20,
4920:23, 4921:5,
4921:9, 4921:12,
4921:20, 4921:23,
4921:25, 4922:2,
4922:3, 4922:7,
4922:9, 4922:13,
4922:21, 4922:23,
4922:24, 4923:4,
4923:13, 4923:22,
4923:23, 4924:5,
4924:8, 4924:12,
4924:16, 4924:19,
4924:22, 4924:24,
4924:25, 4925:3,
4925:4, 4925:9,
4925:15, 4926:9,
4926:13, 4926:14,
4926:21, 4926:23,
4927:8, 4927:12,
4928:18, 4928:24,
4929:3, 4929:4,
4929:8, 4929:9,
4929:13, 4929:14,
4929:18, 4930:5,
4930:6, 4930:7,
4930:15, 4930:16,

4930:17, 4930:18,
4930:19, 4930:21,
4930:23, 4931:3,
4931:5, 4931:6,
4931:8, 4931:9,
4931:10, 4931:14,
4931:15, 4931:17,
4931:18, 4931:24,
4932:1, 4932:2,
4932:6, 4932:15,
4932:18, 4932:19,
4932:20, 4932:24,
4932:25, 4933:1,
4933:2, 4933:3,
4933:6, 4933:7,
4933:10, 4933:15,
4933:25, 4934:8,
4934:20, 4934:23,
4934:24, 4934:25,
4935:10, 4935:14,
4935:16, 4935:18,
4935:21, 4936:13,
4936:19, 4937:2,
4937:12, 4937:13,
4937:14, 4937:16,
4937:20, 4937:25,
4938:1, 4938:4,
4938:15, 4938:23,
4938:24, 4939:4,
4939:8, 4939:11,
4939:12, 4939:17,
4939:18, 4939:24,
4940:6, 4940:7,
4940:9, 4940:22,
4940:23, 4940:24,
4941:1, 4941:5,
4941:11, 4941:18,
4941:20, 4942:10,
4942:11, 4942:16,
4942:23, 4943:2,
4943:12, 4943:18,
4943:19, 4943:24,
4943:25, 4944:2,
4944:3, 4944:13,
4944:14, 4944:22,
4944:25, 4945:11,
4945:15, 4945:17,
4945:20, 4946:1,
4946:7, 4946:11,
4946:18, 4946:22,
4946:24, 4947:2,
4947:3, 4947:6,
4947:7, 4947:8,
4947:9, 4947:10,
4947:19, 4947:21,
4947:23, 4948:8,
4948:13, 4948:22,
4949:16, 4950:3,
4950:9, 4950:10,
4950:11, 4950:17,
4950:19, 4950:20,

4950:21, 4951:1,
4951:3, 4951:6,
4951:20, 4951:24,
4952:3, 4952:5,
4952:9, 4952:16,
4952:21, 4952:22,
4953:10, 4953:12,
4953:14, 4953:20,
4953:21, 4953:23,
4954:1, 4954:4,
4954:6, 4954:12,
4954:17, 4954:21,
4954:23, 4954:25,
4955:2, 4955:5,
4955:7, 4955:10,
4955:11, 4955:13,
4955:15, 4955:18,
4955:22, 4955:24,
4955:25, 4956:2,
4956:4, 4956:5,
4956:6, 4956:9,
4956:14, 4956:15,
4956:16, 4956:17,
4956:18, 4956:19,
4956:21, 4956:22,
4957:8, 4957:10,
4957:12, 4957:16,
4957:19, 4957:22,
4958:7, 4958:10,
4958:18, 4958:20,
4958:22, 4958:25,
4959:2, 4959:4,
4959:5, 4959:7,
4959:8, 4959:9,
4959:13, 4959:15,
4959:18, 4959:19,
4959:22, 4960:3,
4960:16, 4960:20,
4960:24, 4961:1,
4961:2, 4961:4,
4961:16, 4961:18,
4961:23, 4962:6,
4962:9, 4962:10,
4962:15, 4962:16,
4962:20, 4962:21,
4962:23, 4962:24,
4963:6, 4963:7,
4963:9, 4964:9,
4964:10, 4964:14,
4964:15, 4964:22,
4964:23, 4965:10,
4965:14, 4965:15,
4965:16, 4965:23,
4966:1, 4966:8,
4966:9, 4967:5,
4967:6, 4967:10,
4967:11, 4967:16,
4967:21, 4967:23,
4968:2, 4968:8,
4968:16, 4968:20,
4968:22, 4968:24,

4969:2, 4969:4,
4969:7, 4969:9,
4969:11, 4969:12,
4969:18, 4969:22,
4969:23, 4970:1,
4970:2, 4970:4,
4970:5, 4970:10,
4970:17, 4970:20,
4970:23, 4970:24,
4971:4, 4971:5,
4971:7, 4971:9,
4972:7, 4972:11,
4972:13, 4972:18,
4973:4, 4973:23,
4974:1, 4974:3,
4974:6, 4974:7,
4974:16, 4974:17,
4974:20, 4974:22,
4975:3, 4975:14,
4975:16, 4975:21,
4975:23, 4976:2,
4976:6, 4976:8,
4976:20, 4976:23,
4976:24, 4977:1,
4977:6, 4977:17,
4977:21, 4977:23,
4977:25, 4978:4,
4978:6, 4978:10,
4978:13, 4978:16,
4978:24, 4979:5,
4979:24, 4979:25,
4980:2, 4980:18,
4980:23, 4980:24,
4980:25, 4981:1,
4981:18, 4981:20,
4982:3, 4982:5,
4982:12, 4982:17,
4983:13, 4983:14,
4983:15, 4983:16,
4983:20, 4985:4,
4985:6, 4985:8,
4985:9, 4985:11,
4985:12, 4985:25,
4986:1, 4986:2,
4986:6, 4986:12,
4986:24, 4987:5,
4987:7, 4987:9,
4987:10, 4987:14,
4987:18, 4987:21,
4988:7, 4988:13,
4988:14, 4988:17,
4988:18, 4988:21,
4988:22, 4989:6,
4989:7, 4989:9,
4989:11, 4989:12,
4989:15, 4989:16,
4989:21, 4990:2,
4990:9, 4990:12,
4990:22, 4990:25,
4991:3, 4991:10,
4991:17, 4991:21,

4992:4, 4992:13,
4992:18, 4992:21,
4993:4, 4993:6,
4993:8, 4993:14,
4993:18, 4993:19,
4993:21, 4993:24,
4994:1, 4994:2,
4994:11, 4994:12,
4994:13, 4994:16,
4994:21, 4994:22,
4995:2, 4995:7,
4995:8, 4995:10,
4995:12, 4995:16,
4995:18, 4995:23,
4995:24, 4996:1,
4996:5, 4996:6,
4996:8, 4996:9,
4996:10, 4996:18,
4996:20, 4996:23,
4996:24, 4996:25,
4997:2, 4997:3,
4997:9, 4997:10,
4997:11, 4997:14,
4997:17, 4997:19,
4997:24, 4997:25,
4998:1, 4998:3,
4998:4, 4998:5,
4998:6, 4998:9,
4998:10, 4998:15,
4998:18, 4998:19,
4998:22, 4999:3,
4999:4, 4999:9,
4999:10, 4999:19,
4999:23, 5000:7,
5000:8, 5000:9,
5000:10, 5000:11,
5000:13, 5000:15,
5000:17, 5000:18,
5000:19, 5000:20,
5000:22, 5000:24,
5000:25, 5001:2,
5001:3, 5001:4,
5001:7, 5001:9,
5001:15, 5001:19,
5001:21, 5002:1,
5002:4, 5002:5,
5002:9, 5002:11,
5002:17, 5002:18,
5003:7, 5003:20,
5003:21, 5003:23,
5003:24, 5004:8,
5004:19, 5004:24,
5005:2, 5005:4,
5005:7, 5005:15,
5005:16, 5005:17,
5005:20, 5006:1,
5006:3, 5006:4,
5006:19, 5006:21,
5006:22, 5006:23,
5007:2, 5007:4,
5007:5, 5007:8,

5007:10, 5007:12,
5007:14, 5007:17,
5007:19, 5007:25,
5008:2, 5008:5,
5008:7, 5008:8,
5008:15, 5008:21,
5009:9, 5009:12,
5009:13, 5009:15,
5009:20, 5009:21,
5009:23, 5009:25,
5010:1, 5010:6,
5010:9, 5010:11,
5010:15, 5010:20,
5010:22, 5010:25,
5011:3, 5011:5,
5011:7, 5011:12,
5011:14, 5011:16,
5011:17, 5011:18,
5011:20, 5011:23,
5011:25, 5012:5,
5012:7, 5012:8,
5012:10, 5012:16,
5012:18, 5012:22,
5012:24, 5012:25,
5013:1, 5013:2,
5013:3, 5013:4,
5013:5, 5013:6,
5013:15, 5013:19,
5013:21, 5013:24,
5013:25, 5014:1,
5014:4, 5014:5,
5014:8, 5014:17,
5014:18, 5014:19,
5014:21, 5014:23,
5015:8, 5015:10,
5015:13, 5015:25,
5016:10, 5016:13,
5016:19, 5016:23,
5016:25, 5017:2,
5017:3, 5017:4,
5017:12, 5017:18,
5017:21, 5017:22,
5017:25, 5018:2,
5018:4, 5018:6,
5018:12, 5018:16,
5018:25, 5019:1,
5019:2, 5019:4,
5019:6, 5019:9,
5019:11, 5019:12,
5019:14, 5019:15,
5019:16, 5019:17,
5019:18, 5019:19,
5019:20, 5019:24,
5020:1, 5020:3,
5020:4, 5020:5,
5020:8, 5020:10,
5020:12, 5020:13,
5020:14, 5020:17,
5020:18, 5020:19,
5020:24, 5021:8,
5021:13, 5021:15,

5021:18, 5022:2,
5022:6, 5022:11,
5022:12, 5022:15,
5022:22, 5022:24,
5023:2, 5023:6,
5023:9, 5023:15,
5023:16, 5023:18,
5023:21, 5023:23,
5024:4, 5024:5,
5024:15, 5024:20,
5024:21, 5025:7,
5025:8, 5025:10,
5025:12, 5025:15,
5025:16, 5025:17,
5025:18, 5025:20,
5025:21, 5025:24,
5025:25, 5026:1,
5026:3, 5026:5,
5026:8, 5026:9,
5026:19, 5026:20,
5026:24, 5026:25,
5027:1, 5027:2,
5027:3, 5027:4,
5027:11, 5027:13,
5027:14, 5027:22,
5027:23, 5027:25,
5028:2, 5028:3,
5028:8, 5028:9,
5028:13, 5028:16,
5028:18, 5028:20,
5028:21, 5028:23,
5028:25, 5029:2,
5029:3, 5029:5,
5029:8, 5029:9,
5029:10, 5029:12,
5029:17, 5029:20,
5029:22, 5030:1,
5030:4, 5030:6,
5030:10, 5030:16,
5030:18, 5030:21,
5030:22, 5031:5,
5031:9, 5031:21,
5031:22, 5032:1,
5032:3, 5032:7,
5032:12, 5032:15,
5033:3, 5033:13,
5033:14, 5033:15,
5033:16, 5033:21,
5033:23, 5034:1,
5034:3, 5034:6,
5034:7, 5034:12,
5034:13, 5034:14,
5034:15, 5034:19,
5035:7, 5035:10,
5035:13, 5035:15,
5035:25, 5036:4,
5036:8, 5036:11,
5036:13, 5036:17,
5037:1, 5037:4,
5037:5, 5037:6,
5037:19, 5037:23,

5038:4, 5038:10,
5038:11, 5038:15,
5038:16, 5038:18,
5038:19, 5038:20,
5038:21, 5038:24,
5039:1, 5039:2,
5039:4, 5039:6,
5039:7, 5039:9,
5039:17, 5039:24,
5040:2, 5040:4,
5040:5, 5040:11,
5040:17, 5040:19,
5040:21, 5041:7,
5041:10, 5041:15,
5041:18, 5042:12
   **that's** [180] - 4890:5,
4890:12, 4891:23,
4892:1, 4892:5,
4892:8, 4893:16,
4894:2, 4894:5,
4894:7, 4894:9,
4894:11, 4894:22,
4895:5, 4895:6,
4895:7, 4895:23,
4896:1, 4896:11,
4897:7, 4897:8,
4897:20, 4898:2,
4898:17, 4899:23,
4899:25, 4901:25,
4902:2, 4903:24,
4905:5, 4905:8,
4906:2, 4907:6,
4907:8, 4908:9,
4908:12, 4908:15,
4908:21, 4909:12,
4910:6, 4910:24,
4915:14, 4916:8,
4920:4, 4921:11,
4921:13, 4921:15,
4921:19, 4921:22,
4922:1, 4925:7,
4925:14, 4925:23,
4926:3, 4927:1,
4927:4, 4927:7,
4929:16, 4929:22,
4930:2, 4930:3,
4932:22, 4934:13,
4934:15, 4935:24,
4936:17, 4936:23,
4937:4, 4937:7,
4937:10, 4938:14,
4938:22, 4939:2,
4939:3, 4940:5,
4941:4, 4942:2,
4942:22, 4943:4,
4943:22, 4944:16,
4944:20, 4945:11,
4945:12, 4947:16,
4950:20, 4951:4,
4951:9, 4951:19,
4951:23, 4952:15,

4953:1, 4953:2,
4955:20, 4956:4,
4956:23, 4956:24,
4959:13, 4961:9,
4961:20, 4961:21,
4962:5, 4966:8,
4970:17, 4974:3,
4974:15, 4974:18,
4976:19, 4978:2,
4978:7, 4980:5,
4980:17, 4983:9,
4985:10, 4985:17,
4986:3, 4986:11,
4987:18, 4990:19,
4990:24, 4990:25,
4991:1, 4993:20,
4994:20, 4995:16,
5001:14, 5002:18,
5003:6, 5003:9,
5004:2, 5004:3,
5005:2, 5005:25,
5006:11, 5006:23,
5006:25, 5007:11,
5008:19, 5010:5,
5011:15, 5012:14,
5012:19, 5012:25,
5013:1, 5016:6,
5016:7, 5017:4,
5017:6, 5017:7,
5018:25, 5019:2,
5019:21, 5022:4,
5022:9, 5022:18,
5023:9, 5024:21,
5025:1, 5026:1,
5026:2, 5027:3,
5027:20, 5028:6,
5029:25, 5030:7,
5031:2, 5034:17,
5037:5, 5037:11,
5037:15, 5037:20,
5041:1, 5041:9,
5041:22
   **THE** [97] - 4882:5,
4882:5, 4882:12,
4882:22, 4883:3,
4884:10, 4885:6,
4885:11, 4885:12,
4889:6, 4889:8,
4889:9, 4889:14,
4889:16, 4889:24,
4890:6, 4890:10,
4890:17, 4890:19,
4890:22, 4890:24,
4891:1, 4891:8,
4894:19, 4894:22,
4897:1, 4897:6,
4903:10, 4903:16,
4907:20, 4907:22,
4907:23, 4913:6,
4913:15, 4913:18,
4923:8, 4923:10,

4923:13, 4923:16,
4923:18, 4923:20,
4932:4, 4945:5,
4945:7, 4963:12,
4963:14, 4963:16,
4963:18, 4963:20,
4963:22, 4963:25,
4966:13, 4966:16,
4966:17, 4966:20,
4966:23, 4973:3,
4973:5, 4976:1,
4976:2, 4979:13,
4979:18, 4982:16,
4982:20, 4983:3,
4983:5, 4983:6,
4983:7, 4983:9,
4983:13, 4983:20,
4984:1, 4984:6,
4984:9, 4984:13,
4984:16, 4984:17,
4984:18, 4984:20,
4991:7, 4991:9,
4991:11, 4991:14,
5001:12, 5001:15,
5002:13, 5032:19,
5032:20, 5032:22,
5032:24, 5033:3,
5033:4, 5041:21,
5041:23, 5041:24,
5041:25, 5042:3

**their** [14] - 4946:23,
4964:18, 4964:21,
4983:21, 4987:25,
4988:1, 4992:12,
4992:16, 4995:17,
4998:11, 5016:24,
5021:21, 5032:16,
5036:1

**theirs** [1] - 4890:4

**themselves** [1] -
5023:22

**there's** [14] -
4900:15, 4930:3,
4933:2, 4942:13,
4994:1, 4994:5,
5000:21, 5007:25,
5010:1, 5020:4,
5020:17, 5029:2,
5035:14

**thereabouts** [1] -
4919:21

**thereafter** [1] -
5007:16

**therefore** [1] -
5036:7

**these** [56] - 4889:15,
4893:5, 4893:14,
4895:1, 4895:15,
4899:11, 4899:16,
4904:9, 4904:12,

4904:25, 4907:10,
4909:8, 4914:7,
4918:17, 4926:24,
4927:5, 4928:1,
4928:8, 4935:7,
4935:9, 4938:4,
4938:13, 4938:19,
4940:12, 4944:24,
4954:15, 4955:8,
4963:1, 4970:20,
4970:21, 4970:23,
4971:5, 4979:4,
4979:12, 4983:21,
4984:10, 4988:4,
4988:17, 4988:19,
4988:21, 4992:22,
5017:2, 5017:24,
5020:19, 5021:8,
5040:4, 5040:5,
5040:6, 5040:8,
5040:15, 5040:20,
5040:21, 5040:24,
5041:2, 5041:7,
5041:10

**they're** [16] -
4895:17, 4918:12,
4923:2, 4954:2,
4964:19, 4965:14,
4996:14, 5010:25,
5011:20, 5030:21,
5030:22, 5030:24,
5034:22, 5036:5,
5036:6, 5037:2

**they've** [4] - 4954:1,
5021:3, 5027:4,
5038:12

**thick** [1] - 4948:24

**thickening** [11] -
4949:5, 4949:9,
4972:16, 4980:14,
4980:16, 4980:20,
4981:7, 4981:15,
4981:21, 4982:1,
4982:2

**thickens** [1] -
4980:25

**thicker** [1] - 4990:15

**thin** [8] - 4948:21,
4948:23, 4948:24,
4949:1, 4952:10,
4952:22, 4954:2

**thing** [11] - 4916:4,
4916:8, 4916:9,
4916:12, 4919:10,
4925:9, 4944:6,
5004:10, 5023:11,
5023:14, 5036:18

**things** [36] - 4895:1,
4896:6, 4899:8,
4914:2, 4915:15,

4917:12, 4936:3,
4967:1, 4972:23,
4978:8, 4982:17,
4989:7, 4998:14,
4998:18, 5000:19,
5005:9, 5012:19,
5012:25, 5013:2,
5013:6, 5017:24,
5019:2, 5019:24,
5020:2, 5020:3,
5020:12, 5020:15,
5022:20, 5023:1,
5025:3, 5026:19,
5027:3, 5030:20,
5032:13, 5037:1

**think** [104] - 4890:2,
4890:3, 4891:21,
4894:19, 4897:8,
4898:22, 4899:1,
4901:4, 4901:8,
4901:10, 4902:2,
4913:6, 4913:16,
4925:10, 4926:16,
4927:8, 4929:1,
4932:14, 4935:6,
4935:8, 4936:13,
4939:12, 4942:11,
4944:6, 4944:18,
4946:1, 4947:15,
4947:16, 4952:12,
4957:16, 4961:6,
4961:9, 4962:3,
4963:24, 4964:2,
4967:10, 4968:17,
4969:4, 4970:6,
4973:1, 4975:19,
4976:8, 4979:23,
4982:14, 4984:4,
4984:10, 4985:15,
4990:20, 4993:20,
4996:4, 4996:13,
4997:3, 4997:14,
4997:21, 4997:24,
4998:3, 4998:4,
4999:6, 4999:13,
4999:14, 5000:13,
5000:18, 5000:23,
5000:24, 5001:7,
5001:11, 5001:12,
5001:14, 5004:6,
5009:12, 5012:2,
5014:24, 5015:12,
5016:6, 5016:17,
5016:22, 5017:7,
5017:9, 5019:21,
5019:22, 5020:2,
5020:10, 5020:17,
5021:13, 5021:17,
5022:9, 5022:19,
5023:21, 5023:23,
5026:23, 5027:19,

5027:24, 5030:4,
5033:14, 5033:15,
5034:6, 5034:17,
5034:19, 5035:9,
5035:24, 5036:19,
5039:17, 5040:18

**thinking** [1] - 4912:2

**THIRD** [1] - 4885:14

**third** [2] - 4895:18,
4895:21

**this** [281] - 4889:12,
4890:17, 4891:18,
4891:22, 4892:9,
4894:5, 4894:8,
4894:10, 4895:3,
4895:19, 4896:15,
4896:19, 4897:1,
4897:10, 4897:14,
4897:24, 4898:12,
4898:15, 4899:1,
4899:19, 4899:24,
4900:5, 4900:8,
4901:15, 4902:1,
4903:21, 4904:6,
4904:21, 4905:5,
4906:7, 4906:18,
4907:18, 4909:14,
4910:13, 4913:4,
4915:10, 4920:6,
4920:10, 4920:17,
4920:24, 4921:16,
4922:6, 4922:19,
4922:20, 4923:2,
4923:4, 4923:10,
4923:13, 4923:18,
4923:19, 4923:22,
4923:25, 4924:7,
4924:9, 4924:11,
4924:15, 4926:8,
4926:14, 4926:20,
4928:10, 4928:22,
4929:2, 4929:7,
4929:8, 4929:14,
4929:17, 4930:6,
4930:14, 4930:23,
4931:6, 4931:21,
4932:14, 4932:21,
4933:8, 4933:11,
4933:20, 4934:20,
4934:24, 4935:2,
4936:7, 4936:8,
4937:16, 4938:16,
4940:8, 4940:11,
4942:5, 4942:16,
4942:17, 4942:20,
4943:8, 4944:20,
4945:23, 4946:10,
4946:17, 4946:22,
4947:10, 4947:13,
4947:25, 4948:9,
4948:22, 4950:6,

4951:2, 4951:11,
4951:18, 4953:9,
4954:13, 4956:6,
4960:7, 4960:12,
4960:15, 4960:21,
4960:22, 4961:11,
4962:13, 4963:2,
4964:2, 4964:3,
4964:4, 4964:14,
4965:20, 4965:21,
4967:18, 4967:20,
4969:11, 4970:3,
4970:4, 4970:6,
4970:7, 4970:15,
4971:5, 4972:15,
4973:1, 4974:12,
4976:17, 4977:11,
4977:19, 4978:20,
4979:8, 4979:10,
4979:22, 4979:23,
4980:13, 4981:3,
4981:7, 4981:9,
4981:12, 4982:5,
4982:9, 4982:15,
4982:18, 4982:20,
4982:22, 4982:24,
4983:11, 4986:4,
4986:5, 4986:6,
4986:12, 4986:19,
4986:22, 4987:7,
4987:24, 4988:11,
4989:1, 4990:5,
4990:20, 4990:22,
4990:24, 4991:7,
4991:8, 4991:9,
4991:12, 4991:16,
4991:19, 4991:24,
4992:7, 4993:15,
4993:18, 4995:9,
4997:4, 4999:1,
4999:9, 5000:7,
5001:21, 5003:1,
5003:7, 5003:14,
5003:19, 5003:23,
5005:6, 5005:25,
5006:18, 5007:1,
5008:8, 5008:11,
5008:12, 5008:16,
5008:25, 5009:2,
5010:18, 5010:22,
5011:10, 5011:14,
5011:15, 5011:21,
5012:21, 5013:9,
5013:10, 5013:23,
5013:24, 5013:25,
5014:4, 5014:25,
5016:20, 5017:1,
5017:7, 5017:10,
5017:11, 5017:20,
5017:21, 5017:25,
5018:18, 5019:3,

5019:11, 5019:17,
5019:22, 5020:2,
5020:3, 5020:4,
5020:6, 5020:8,
5020:9, 5020:18,
5020:25, 5021:2,
5021:5, 5021:7,
5021:17, 5022:18,
5023:3, 5023:5,
5024:14, 5024:22,
5024:23, 5025:6,
5027:24, 5030:14,
5031:18, 5031:23,
5032:3, 5032:25,
5033:13, 5033:18,
5033:23, 5034:2,
5034:5, 5035:12,
5036:18, 5036:19,
5036:23, 5037:9,
5037:13, 5037:18,
5038:21, 5041:4,
5041:15, 5041:21

**This** [1] - 4940:2

**THIS** [1] - 4882:11

**Thomas** [1] -
5028:25

**THOMAS** [1] -
4883:22

**THORNHILL** [2] -
4883:21, 4883:22

**those** [61] - 4889:16,
4889:21, 4889:22,
4890:4, 4891:22,
4896:2, 4896:6,
4899:12, 4899:24,
4905:24, 4910:4,
4916:1, 4917:21,
4917:25, 4918:1,
4918:5, 4918:9,
4918:17, 4921:17,
4921:21, 4928:5,
4928:24, 4929:3,
4929:7, 4932:11,
4933:20, 4933:21,
4933:24, 4936:11,
4937:22, 4939:21,
4948:3, 4948:4,
4949:6, 4949:12,
4954:9, 4955:6,
4959:4, 4959:10,
4961:22, 4963:10,
4964:25, 4965:23,
4966:4, 4968:11,
4968:13, 4972:23,
4973:11, 4976:13,
4979:2, 5003:13,
5009:18, 5020:2,
5020:22, 5027:13,
5027:17, 5034:23,
5039:25, 5040:14

**though** [9] - 4932:11,
4944:19, 4946:4,
4958:10, 5001:18,
5002:5, 5020:12,
5027:7, 5030:10

**thought** [17] -
4892:2, 4892:12,
4944:20, 4957:8,
4959:18, 4968:23,
4983:13, 4983:14,
5008:15, 5010:11,
5012:3, 5015:1,
5019:20, 5020:15,
5022:24, 5027:14

**three** [23] - 4895:24,
4898:23, 4898:24,
4905:25, 4909:6,
4935:7, 4937:25,
4941:16, 4941:25,
4942:8, 4955:5,
4955:14, 4955:16,
4984:3, 5005:15,
5008:5, 5010:19,
5011:12, 5013:11,
5019:17, 5019:21,
5020:2, 5041:4

**threw** [1] - 4910:7

**through** [36] -
4900:15, 4914:12,
4919:4, 4951:7,
4953:10, 4961:23,
4962:2, 4967:21,
4986:5, 4986:8,
4988:3, 4995:7,
5004:22, 5006:3,
5007:3, 5007:17,
5012:18, 5012:23,
5015:21, 5017:24,
5021:3, 5021:20,
5023:3, 5023:4,
5025:19, 5028:17,
5029:18, 5030:2,
5032:16, 5035:25,
5036:22, 5037:3,
5037:12, 5041:21

**Thursday** [1] -
4984:14

**Tim** [5] - 4931:7,
4955:4, 4955:20,
4963:3

**time** [152] - 4889:12,
4892:2, 4892:21,
4893:9, 4894:17,
4899:14, 4900:2,
4900:3, 4902:23,
4902:25, 4903:4,
4903:5, 4906:14,
4909:13, 4914:16,
4916:9, 4917:11,
4917:15, 4917:20,

4917:22, 4918:1,
4918:23, 4918:24,
4919:2, 4923:4,
4926:3, 4926:13,
4926:17, 4928:17,
4929:2, 4929:7,
4931:17, 4931:24,
4932:6, 4939:5,
4939:9, 4939:13,
4939:14, 4939:15,
4939:16, 4940:18,
4940:19, 4940:21,
4941:10, 4941:12,
4941:14, 4941:15,
4941:19, 4941:21,
4941:22, 4941:24,
4942:3, 4946:9,
4947:22, 4947:25,
4948:12, 4948:14,
4948:15, 4948:16,
4949:5, 4949:9,
4951:11, 4951:16,
4955:11, 4955:16,
4956:9, 4956:15,
4957:10, 4957:12,
4957:14, 4961:6,
4961:9, 4961:10,
4961:15, 4962:13,
4962:14, 4963:7,
4964:4, 4967:10,
4967:11, 4967:14,
4967:21, 4967:23,
4968:8, 4969:23,
4971:5, 4971:11,
4971:12, 4971:15,
4971:18, 4972:16,
4980:14, 4980:16,
4980:20, 4980:25,
4981:7, 4981:15,
4981:21, 4982:1,
4982:2, 4984:11,
4986:22, 4986:24,
4987:5, 4989:1,
4989:9, 4989:12,
4995:6, 4995:15,
4995:16, 4995:24,
4996:15, 4998:2,
4999:4, 5000:17,
5000:24, 5001:6,
5002:5, 5008:25,
5009:10, 5012:4,
5013:21, 5014:1,
5021:13, 5021:22,
5022:2, 5022:23,
5029:22, 5031:13,
5032:18, 5033:18,
5033:21, 5034:5,
5034:7, 5034:10,
5035:7, 5035:8,
5035:13, 5035:22,
5036:3, 5036:11,

5036:17, 5036:23,
5038:8, 5038:11,
5038:16, 5038:17,
5038:21, 5038:24

**timeframe** [3] -
4893:7, 5007:14,
5008:6

**timeline** [2] - 4915:9,
4919:8

**times** [10] - 4951:14,
4970:15, 4971:17,
4986:15, 4992:7,
4992:10, 4994:19,
4997:24, 4998:1,
5017:4

**timing** [1] - 5016:17

**TIMOTHY** [1] -
4888:5

**TO** [1] - 4882:11

**today** [4] - 4890:13,
4891:7, 4963:23,
4997:9

**together** [6] -
4989:24, 4990:2,
4990:9, 4990:13,
5021:7, 5030:20

**told** [15] - 4908:20,
4911:16, 4919:21,
4921:8, 4922:21,
4952:5, 4952:9,
4952:20, 4954:1,
4954:7, 4954:23,
4955:18, 5008:19,
5018:25, 5019:13

**TOLLES** [1] -
4886:16

**Tommy** [5] - 4906:8,
4911:21, 4954:13,
4960:7, 4960:12

**Tony** [13] - 4893:1,
4893:12, 4901:4,
4901:9, 4901:10,
4914:14, 4914:25,
4915:7, 4919:14,
4922:5, 4962:18,
4964:25, 4965:2

**too** [6] - 4890:2,
4937:8, 4939:21,
4978:13, 5005:2,
5020:4

**took** [16] - 4910:7,
4920:8, 4921:16,
4921:17, 4927:2,
4951:15, 4964:1,
4966:14, 4967:6,
5001:4, 5007:21,
5016:10, 5016:13,
5017:21, 5019:17,
5022:2

**tool** [29] - 4990:7,

4990:12, 4990:15,
4990:22, 4990:23,
4990:24, 4991:1,
4991:3, 4991:20,
4992:11, 4992:14,
4992:19, 4992:20,
4992:21, 4993:2,
4993:3, 4993:25,
4994:17, 4994:19,
4996:10, 4996:16,
4996:17, 4996:21,
4997:12, 4997:19,
4997:25, 4998:8

**top** [27] - 4891:24,
4899:23, 4906:25,
4923:24, 4924:3,
4937:20, 4940:3,
4941:1, 4943:12,
4965:25, 4974:13,
4974:14, 4974:17,
4974:25, 4976:9,
4976:13, 4976:14,
4981:9, 4985:20,
4988:15, 4991:3,
4991:21, 5003:10,
5011:3, 5017:20,
5031:24, 5040:8

**topic** [7] - 4891:6,
4950:4, 4998:12,
4998:18, 5012:8,
5021:12, 5030:14

**topics** [3] - 4935:14,
5024:1, 5039:23

**torque** [1] - 4990:2

**TORTS** [2] - 4884:11,
4884:20

**total** [7] - 4909:8,
4971:2, 4971:6,
4971:14, 4990:3,
4993:8, 5030:10

**touch** [1] - 5029:1

**tough** [1] - 4903:17

**towards** [1] -
4967:23

**TOWER** [2] -
4886:21, 4887:12

**town** [1] - 4901:10

**trace** [1] - 5029:14

**track** [8] - 4947:7,
5012:13, 5013:14,
5014:6, 5028:17,
5029:18, 5030:3,
5030:12

**tracked** [2] -
4964:14, 4964:15

**training** [1] - 4948:1

**transcript** [1] -
5042:12

**TRANSCRIPT** [2] -
4882:21, 4887:25

transition [4] - 4961:6, 4961:9, 4961:10, 4961:15
transmission [2] - 5007:23, 5008:17
Transocean [18] - 4890:7, 4891:25, 4892:7, 4903:11, 4913:17, 4914:6, 4935:8, 4965:21, 4966:4, 4996:8, 4996:9, 4997:19, 5003:1, 5015:3, 5028:14, 5032:24, 5033:21, 5034:2
TRANSOCEAN [3] - 4886:8, 4886:8, 4886:10
transpire [1] - 5020:21
transpired [3] - 4893:8, 5002:11, 5019:7
transpiring [1] - 5023:1
trapping [1] - 4988:14
trash [1] - 4910:8
travel [2] - 4939:13, 4940:21
TREX [37] - 4891:15, 4891:16, 4891:18, 4892:3, 4893:17, 4894:2, 4895:21, 4896:10, 4903:25, 4920:4, 4920:20, 4922:7, 4923:11, 4930:9, 4930:11, 4931:11, 4933:8, 4933:17, 4942:14, 4950:4, 4954:10, 4960:6, 4964:12, 4965:20, 4969:16, 4977:9, 4978:18, 4980:11, 4993:17, 5001:18, 5003:7, 5008:16, 5010:16, 5011:10, 5013:22, 5040:4, 5041:2
TRIAL [1] - 4882:21
trial [4] - 5000:5, 5000:7, 5001:7, 5025:19
tried [1] - 4903:21
triggered [1] - 4999:2
trip [3] - 5033:24, 5041:25
TRITON [1] - 4882:13
true [5] - 4931:6,

4949:16, 4955:24, 5023:9, 5042:12
try [13] - 4903:22, 4914:1, 4917:7, 4918:23, 4933:3, 4967:18, 4971:11, 4975:2, 4979:16, 4984:16, 4997:10, 5027:4, 5033:2
trying [17] - 4902:1, 4922:15, 4922:18, 4943:17, 4944:2, 4944:11, 4945:23, 4949:2, 4980:20, 4997:23, 4999:13, 4999:14, 5009:18, 5014:3, 5021:7, 5024:17
tube [5] - 4989:25, 4990:6, 4991:1, 4992:24, 4993:2
tubing [1] - 4993:20
turn [7] - 4950:4, 4951:24, 4954:4, 4955:17, 5016:10, 5017:18, 5020:25
turned [4] - 4899:3, 4943:12, 4954:5, 4970:10
turning [1] - 5021:12
Turton [5] - 4914:19, 4914:25, 4961:3, 4961:13, 4961:24
twice [1] - 4974:3
two [34] - 4890:14, 4893:5, 4893:18, 4895:1, 4895:15, 4896:7, 4901:23, 4905:25, 4914:21, 4917:8, 4921:16, 4923:14, 4928:19, 4934:22, 4940:19, 4941:24, 4942:23, 4947:22, 4970:20, 4970:23, 4972:23, 4973:21, 4974:6, 4983:1, 4986:14, 4988:7, 4990:3, 4990:13, 5005:4, 5008:5, 5016:17, 5017:22, 5030:20, 5031:15
two-week [1] - 4917:8
TX [7] - 4884:5, 4886:15, 4886:24, 4887:8, 4887:13, 4887:16, 4887:20
type [8] - 4894:16, 4894:17, 4928:22,

4949:9, 4996:5, 5017:7, 5024:19, 5026:16
typed [3] - 4928:24, 4929:1, 4929:2
types [4] - 4895:15, 4936:4, 4936:9, 5008:1
typical [1] - 4932:17
typically [8] - 4939:10, 4953:20, 4982:12, 4992:18, 4994:10, 4997:3, 5004:11, 5005:19

# U

U.S [4] - 4884:10, 4884:14, 4884:19, 4885:1
ultimately [1] - 4949:1
unchanged [1] - 4890:11
unclear [1] - 5017:6
uncomfortable [1] - 4945:22
uncommon [1] - 5030:22
uncontaminated [2] - 4909:2, 4909:5
uncorroborated [1] - 5017:6
under [4] - 4890:23, 4906:24, 4951:6, 5022:12
UNDERHILL [1] - 4884:11
underneath [2] - 4906:25, 4987:2
understaffing [1] - 4951:15
understand [26] - 4907:25, 4919:9, 4922:23, 4923:25, 4942:6, 4945:23, 4946:2, 4948:3, 4949:25, 4954:1, 4965:10, 4965:17, 4967:8, 4969:14, 4982:23, 4996:2, 4996:7, 4999:9, 5002:16, 5009:23, 5010:4, 5012:5, 5015:4, 5015:7, 5018:10
understanding [23] - 4897:23, 4908:3, 4910:16, 4937:13,

4948:5, 4996:14, 5003:6, 5003:19, 5004:2, 5004:3, 5004:8, 5006:23, 5006:25, 5007:4, 5007:19, 5012:7, 5018:16, 5029:12, 5040:15, 5041:1, 5041:7, 5041:9, 5042:13
understood [8] - 4892:2, 4918:14, 4922:23, 4926:23, 4935:4, 4968:23, 5000:14, 5019:23
undertake [1] - 5003:25
unfolded [1] - 5036:18
unfortunately [1] - 5018:16
uniform [1] - 4976:13
unique [1] - 4968:20
unit [3] - 4949:16, 4949:20, 4949:25
UNITED [4] - 4882:1, 4882:15, 4882:23, 4884:10
United [2] - 4964:24, 5042:10
units [6] - 4949:9, 4949:12, 4949:14, 4949:19, 4949:22, 4949:24
unless [1] - 4903:8
unlock [2] - 4901:13, 4925:21
unlocked [1] - 4927:2
unobserved [1] - 5000:19
unreasonable [2] - 5032:7, 5032:13
unstable [1] - 4930:4, 4939:19, 4940:5, 4940:24, 4959:8
until [12] - 4890:1, 4896:17, 4902:25, 4903:5, 4918:12, 4994:23, 5002:6, 5007:20, 5009:5, 5022:7, 5022:17, 5033:18
unusual [3] - 4915:5, 4941:4, 5031:5
up [153] - 4890:21, 4890:23, 4892:13, 4893:4, 4893:10,

4893:17, 4894:3, 4895:1, 4896:7, 4896:12, 4896:17, 4896:22, 4896:23, 4897:9, 4897:11, 4899:6, 4899:15, 4899:18, 4901:15, 4901:18, 4902:6, 4902:8, 4902:11, 4904:1, 4906:5, 4906:7, 4906:8, 4908:16, 4909:12, 4909:21, 4914:3, 4914:5, 4914:12, 4915:8, 4915:13, 4916:6, 4916:25, 4917:6, 4917:7, 4917:21, 4917:23, 4918:2, 4918:6, 4918:11, 4918:18, 4919:11, 4919:22, 4920:7, 4920:12, 4920:20, 4920:15, 4925:14, 4926:10, 4926:24, 4927:5, 4928:13, 4928:18, 4929:14, 4931:11, 4931:13, 4933:21, 4934:25, 4935:2, 4936:13, 4936:16, 4936:21, 4938:7, 4942:14, 4942:17, 4944:7, 4946:2, 4951:11, 4952:9, 4952:20, 4952:21, 4953:5, 4954:10, 4954:11, 4960:6, 4960:21, 4965:25, 4966:1, 4966:13, 4967:1, 4967:18, 4967:21, 4969:8, 4969:16, 4969:25, 4970:13, 4971:20, 4972:12, 4972:13, 4973:12, 4975:1, 4975:16, 4977:9, 4977:15, 4978:18, 4978:24, 4979:19, 4980:11, 4980:13, 4981:9, 4987:2, 4987:10, 4987:21, 4987:22, 4988:1, 4988:3, 4988:8, 4988:21, 4990:1, 4990:2, 4990:20, 4991:5, 4992:7, 4994:10, 4995:24, 4999:10, 5003:20, 5004:4, 5005:6, 5010:16, 5011:2, 5011:4, 5014:12,

5018:11, 5024:2,
5028:17, 5029:13,
5029:18, 5030:2,
5030:11, 5033:17,
5033:24, 5035:15,
5035:17, 5036:2,
5036:6, 5037:3,
5037:7, 5037:9,
5038:14, 5040:8,
5041:2, 5041:17

**upcoming** [1] -
4996:19

**upon** [5] - 4952:12,
4952:21, 4952:23,
4977:20, 5001:24

**upper** [4] - 4991:22,
4992:2, 5034:7,
5037:23

**upset** [4] - 4989:24,
4990:1, 4990:25

**us** [15] - 4892:14,
4904:22, 4918:3,
4919:1, 4923:3,
4945:20, 4948:22,
4967:9, 5008:8,
5008:19, 5016:19,
5019:3, 5025:12,
5033:18, 5035:13

**use** [16] - 4901:12,
4904:23, 4909:21,
4916:25, 4929:14,
4929:25, 4933:11,
4935:11, 4946:7,
4961:18, 4962:9,
4970:18, 5025:8,
5026:22, 5031:4,
5031:7

**used** [34] - 4889:12,
4889:20, 4890:2,
4902:17, 4902:20,
4908:16, 4929:4,
4929:9, 4930:7,
4930:17, 4930:18,
4930:24, 4931:17,
4931:21, 4934:20,
4955:11, 4961:4,
4962:5, 4970:2,
4970:7, 4972:16,
4974:3, 4975:10,
4975:11, 4981:22,
4987:8, 5008:21,
5014:23, 5015:10,
5015:25, 5017:18,
5025:4, 5028:19

**using** [13] - 4905:6,
4907:23, 4912:19,
4915:10, 4934:20,
4957:23, 4987:23,
4989:22, 4991:24,
5012:1, 5026:13,

5026:15, 5028:5

**usually** [2] -
4936:14, 4994:12

**utilized** [4] -
4930:15, 4930:19,
4931:9, 5016:25

## V

**V** [1] - 4882:15
**VA** [1] - 4883:15
**vacation** [1] -
4901:11
**vacuum** [1] -
5020:19
**valid** [1] - 4975:21
**validate** [1] -
4964:20
**value** [3] - 4945:17,
4972:18, 4973:24
**values** [2] - 4948:3,
4948:4
**Vargo** [15] - 4907:5,
4907:7, 4910:11,
4910:14, 4910:15,
4910:19, 4911:4,
4911:11, 4911:13,
4911:15, 4913:11,
4914:13, 4950:5,
4950:13, 4951:17
**variable** [10] -
4986:7, 4987:9,
4992:2, 4992:3,
4992:17, 4992:23,
5009:9, 5036:10,
5038:4, 5038:5
**variety** [2] - 4937:16,
5013:6
**various** [2] - 4909:5,
4962:22
**VBR** [3] - 4987:3,
4987:5, 5038:17
**VBRs** [7] - 4992:16,
5035:20, 5038:11,
5038:15, 5038:16,
5038:22
**VERBATIM** [2] -
4935:25, 4960:5
**versus** [2] - 5023:20,
5039:11
**vertical** [4] - 5005:5,
5005:24, 5006:2,
5006:20
**very** [13] - 4890:10,
4891:8, 4906:6,
4914:4, 4927:24,
4938:12, 4951:12,
4963:17, 4963:21,
4982:22, 5033:1,

5035:14
**Very** [1] - 4951:10
**vessel** [3] - 5011:2,
5011:3, 5011:5
**viability** [1] - 4985:25
**videos** [1] - 4890:14
**Vidrine** [15] -
5016:11, 5016:14,
5018:1, 5018:25,
5019:12, 5019:18,
5019:19, 5020:24,
5040:9, 5040:23,
5040:25, 5041:6,
5041:8, 5041:10,
5041:13
**view** [5] - 4897:2,
4897:6, 4939:12,
5031:4, 5032:13
**viewed** [1] - 4893:2
**Viking** [16] - 4916:6,
4916:10, 4917:6,
4917:25, 4928:13,
4930:20, 4936:3,
4936:6, 4936:9,
4936:21, 4936:24,
4938:8, 4961:23,
4961:25, 4962:2,
4967:7
**VIRGINIA** [1] -
4883:15
**viscosify** [1] -
4948:13
**viscosity** [5] -
4949:18, 4949:20,
4949:23, 4949:25
**viscous** [2] -
4948:18, 4948:20
**void** [2] - 4978:10,
4978:11
**volume** [4] -
4975:11, 4978:10,
4982:3, 5030:4
**volumes** [2] -
4968:12, 4968:13
**VON** [1] - 4887:15

## W

**W** [2] - 4884:2,
4887:5
**Wait** [1] - 4894:19
**wait** [1] - 4966:20
**waiting** [1] - 4951:12
**walk** [3] - 4900:15,
4900:24, 4986:5
**WALKER** [1] -
4883:14
**wall** [1] - 4900:13
**WALTER** [1] -

4883:17
**WALTHER** [1] -
4887:2
**want** [60] - 4890:3,
4906:6, 4912:23,
4913:1, 4914:1,
4914:13, 4916:1,
4919:7, 4923:6,
4923:7, 4926:8,
4931:3, 4937:8,
4945:1, 4945:23,
4946:17, 4949:2,
4950:4, 4951:24,
4954:2, 4956:7,
4969:14, 4970:23,
4974:12, 4976:24,
4980:13, 4980:18,
4980:19, 4980:25,
4981:7, 4984:13,
4985:4, 4989:4,
4989:15, 4992:24,
4993:14, 4994:9,
4995:6, 4997:4,
4998:14, 4999:22,
5004:12, 5005:19,
5005:23, 5006:15,
5010:15, 5012:21,
5017:18, 5017:24,
5020:24, 5024:3,
5028:11, 5029:1,
5030:18, 5033:21,
5039:12, 5041:17
**wanted** [10] - 4890:3,
4916:22, 4920:11,
4953:5, 5004:20,
5004:23, 5013:23,
5019:23, 5024:18,
5024:19
**wanting** [4] -
4956:13, 5013:7,
5023:3, 5023:14
**wants** [3] - 4936:5,
4937:10, 4937:11
**warehouse** [11] -
4892:11, 4892:17,
4899:17, 4899:23,
4900:2, 4900:6,
4900:8, 4902:24,
4903:5, 4921:21,
4922:12
**WAS** [2] - 4966:18,
5042:4
**WASHINGTON** [4] -
4884:18, 4884:23,
4885:4, 4886:3
**wasn't** [8] - 4927:17,
4927:22, 4931:1,
4966:9, 4971:4,
5009:13, 5019:7,
5028:1

**watch** [1] - 5035:22
**watched** [3] -
5019:13, 5040:5,
5041:10
**watching** [2] -
5036:2, 5041:14
**water** [9] - 4948:24,
4948:25, 4949:1,
4949:3, 4950:15,
5002:12, 5013:17,
5022:11, 5022:15
**way** [50] - 4906:18,
4909:14, 4911:19,
4911:25, 4918:5,
4921:11, 4924:8,
4931:6, 4936:4,
4936:8, 4936:15,
4941:9, 4941:12,
4945:24, 4955:22,
4961:25, 4962:23,
4964:20, 4965:11,
4971:11, 4986:5,
4986:19, 4987:10,
4987:11, 4987:15,
4988:11, 4988:12,
4989:21, 4991:7,
4994:11, 4994:16,
4996:11, 5004:3,
5004:20, 5005:23,
5006:18, 5008:4,
5009:2, 5012:2,
5012:14, 5017:15,
5020:17, 5023:1,
5023:2, 5023:18,
5025:20, 5032:3,
5036:6
**ways** [1] - 4986:11
**we** [172] - 4889:9,
4889:20, 4889:21,
4889:22, 4889:25,
4890:1, 4890:2,
4890:8, 4890:14,
4890:15, 4890:20,
4891:5, 4892:10,
4893:4, 4895:1,
4897:6, 4897:10,
4897:11, 4901:22,
4902:24, 4906:5,
4907:24, 4908:24,
4910:19, 4913:22,
4914:3, 4914:12,
4918:17, 4919:8,
4920:4, 4923:3,
4923:6, 4925:2,
4925:11, 4926:15,
4928:18, 4928:24,
4929:13, 4929:14,
4933:4, 4934:2,
4936:10, 4937:12,
4937:13, 4938:12,

4938:20, 4941:11, 4941:12, 4942:14, 4943:18, 4943:21, 4943:24, 4944:8, 4945:25, 4946:1, 4946:7, 4947:3, 4950:12, 4951:7, 4951:10, 4951:12, 4951:14, 4951:20, 4953:10, 4953:14, 4954:1, 4954:10, 4954:11, 4955:13, 4955:21, 4956:24, 4957:16, 4957:17, 4960:6, 4963:4, 4965:20, 4965:25, 4966:14, 4967:2, 4967:25, 4968:2, 4970:13, 4970:17, 4973:15, 4973:20, 4974:9, 4977:14, 4979:5, 4979:19, 4983:11, 4983:13, 4983:18, 4984:16, 4986:4, 4986:5, 4987:1, 4988:10, 4989:22, 4989:24, 4990:20, 4990:24, 4991:5, 4991:6, 4992:2, 4997:3, 4998:15, 4998:24, 4999:6, 5001:18, 5002:3, 5002:9, 5003:13, 5005:2, 5007:5, 5007:14, 5007:15, 5007:17, 5007:22, 5007:25, 5008:9, 5008:15, 5008:16, 5009:7, 5009:10, 5010:16, 5012:12, 5012:21, 5013:25, 5014:5, 5016:4, 5016:19, 5016:24, 5016:25, 5017:10, 5017:11, 5017:25, 5018:13, 5018:16, 5018:25, 5019:2, 5019:5, 5019:11, 5019:12, 5020:13, 5021:6, 5021:8, 5024:24, 5025:11, 5026:16, 5030:23, 5031:7, 5035:6, 5035:18, 5035:21, 5036:12, 5037:17, 5037:19, 5038:6, 5042:1

**we'll** [6] - 4890:5, 4890:6, 4940:11, 4963:23, 5024:1, 5032:3

**we're** [21] - 4891:4, 4906:3, 4943:17, 4944:2, 4968:18, 4979:7, 4982:14, 4983:21, 4983:22, 4986:24, 4987:2, 4987:7, 4987:18, 4995:8, 4995:10, 4999:15, 5011:7, 5021:7, 5035:24, 5037:17, 5038:12

**We're** [1] - 4946:19

**we've** [20] - 4890:9, 4921:25, 4923:2, 4944:3, 4952:2, 4956:20, 4962:13, 4980:14, 4983:15, 4987:2, 4991:20, 4992:4, 4995:5, 5004:11, 5007:17, 5014:17, 5017:1, 5018:12, 5023:13, 5030:2

**wedding** [2] - 4984:9, 4984:12

**WEDNESDAY** [1] - 4889:2

**Wednesday** [1] - 4882:9

**week** [7] - 4917:8, 4924:20, 4927:16, 4954:13, 4989:5, 4989:7, 4998:16

**weekend** [1] - 4984:11

**weeks** [5] - 4892:20, 4907:9, 4919:19, 4920:11

**weigh** [17] - 4901:15, 4901:18, 4902:6, 4902:8, 4902:11, 4908:16, 4909:21, 4918:6, 4918:18, 4938:7, 4942:17, 4943:21, 4969:8, 4969:25, 4975:1, 4975:16, 5027:11

**weigh-up** [1] - 4901:15, 4901:18, 4902:6, 4902:8, 4902:11, 4908:16, 4909:21, 4918:6, 4918:18, 4938:7, 4942:17, 4969:8, 4969:25, 4975:1, 4975:16

**weighing** [2] - 4975:6, 5027:13

**weight** [1] - 5018:5

**welcome** [1] -

5032:19

**Well** [1] - 4941:11

**well** [142] - 4891:8, 4892:14, 4892:17, 4893:3, 4893:11, 4893:13, 4894:12, 4895:8, 4895:10, 4898:2, 4898:17, 4899:7, 4901:4, 4902:8, 4902:18, 4902:21, 4906:6, 4907:16, 4914:20, 4916:14, 4922:4, 4922:21, 4924:21, 4927:13, 4928:6, 4930:25, 4932:8, 4934:10, 4936:18, 4936:20, 4940:21, 4944:6, 4947:16, 4949:1, 4953:20, 4954:3, 4955:17, 4955:20, 4956:18, 4957:12, 4957:15, 4965:1, 4965:15, 4967:24, 4967:25, 4968:3, 4968:5, 4971:2, 4972:20, 4974:17, 4979:13, 4980:3, 4980:24, 4982:9, 4983:13, 4984:13, 4985:20, 4989:17, 4991:16, 4992:16, 4992:25, 4993:12, 4994:7, 4994:25, 4995:20, 4996:13, 4996:22, 4997:21, 4998:15, 4998:20, 4998:21, 5002:9, 5003:2, 5007:2, 5008:23, 5010:23, 5012:10, 5012:17, 5012:23, 5012:24, 5013:4, 5013:5, 5014:10, 5014:19, 5014:23, 5015:10, 5015:12, 5016:7, 5018:19, 5020:6, 5020:8, 5020:20, 5020:25, 5021:3, 5021:14, 5021:18, 5021:20, 5021:24, 5022:1, 5022:5, 5022:7, 5022:19, 5023:5, 5026:25, 5027:3, 5027:6, 5028:22, 5029:6, 5029:21, 5029:23, 5031:12, 5031:17, 5031:21, 5032:4, 5032:6, 5032:8, 5032:16,

5033:15, 5034:3, 5034:7, 5034:16, 5034:21, 5035:14, 5035:24, 5036:7, 5036:18, 5037:2, 5037:17, 5038:1, 5038:6, 5038:13, 5038:22, 5038:24, 5039:5, 5039:6

**wellbore** [1] - 4987:22

**wellhead** [6] - 4985:19, 4985:23, 4986:10, 5026:17, 5027:16

**wells** [5] - 5022:12, 5026:20, 5031:11, 5032:3

**went** [9] - 4914:12, 4916:5, 4942:16, 4955:22, 4985:16, 5004:9, 5004:14, 5012:5, 5041:21

**weren't** [4] - 4892:16, 5019:24, 5021:6, 5038:19

**Westlake** [1] - 5017:21

**Wetherbee** [2] - 5040:18, 5040:19

**Wetherbee's** [1] - 5040:24

**what's** [4] - 4897:18, 4897:23, 4990:9, 5017:10

**whatever** [5] - 4942:3, 4945:17, 4998:6, 5037:21, 5039:1

**whenever** [1] - 4893:1

**WHEREUPON** [2] - 4966:18, 5042:4

**wherever** [3] - 4994:19, 4995:2, 4996:17

**whether** [28] - 4900:1, 4913:10, 4916:10, 4941:24, 4946:16, 4952:18, 4958:23, 4962:8, 4964:21, 4970:3, 4971:23, 4972:7, 5002:13, 5006:15, 5009:11, 5012:3, 5015:1, 5016:16, 5018:5, 5019:8, 5028:4, 5028:5, 5033:10, 5034:20, 5034:25, 5041:14

**which** [29] - 4892:3, 4892:11, 4907:17, 4914:4, 4923:7, 4937:10, 4943:7, 4947:12, 4960:10, 4964:9, 4968:1, 4977:14, 4987:15, 4987:23, 4988:1, 4989:23, 4990:21, 5004:20, 5005:23, 5020:7, 5023:14, 5033:17, 5033:24, 5035:16, 5035:19, 5037:12, 5037:14, 5041:5

**while** [3] - 4927:5, 4980:13, 5031:5

**WHITELEY** [1] - 4885:16

**who's** [1] - 4958:5

**whoever** [2] - 4898:6, 4936:13

**whole** [7] - 4900:2, 4900:3, 4935:19, 4945:4, 4982:3, 4982:22, 5020:6

**whom** [1] - 5040:10

**whose** [1] - 4936:15

**will** [22] - 4890:14, 4902:2, 4903:18, 4904:25, 4905:3, 4905:7, 4918:23, 4926:7, 4969:4, 4970:18, 4971:7, 4973:4, 4977:17, 4979:17, 4982:19, 4984:16, 4992:7, 5001:17, 5025:18, 5033:2, 5033:3, 5042:2

**WILLIAMS** [2] - 4883:19, 4883:19

**WILLIAMSON** [2] - 4884:4, 4884:4

**willing** [1] - 4903:9

**win** [2] - 4964:2, 4964:3

**wind** [2] - 5004:22, 5006:7

**WINFIELD** [1] - 4885:8

**wiper** [2] - 4988:15, 4988:16

**wise** [1] - 4974:8

**with** [163] - 4889:13, 4889:21, 4890:1, 4890:9, 4891:6, 4893:12, 4893:14, 4895:3, 4899:16, 4900:10, 4901:18,

4902:6, 4902:11,
4903:23, 4904:1,
4906:8, 4908:25,
4909:1, 4909:4,
4909:5, 4911:13,
4911:15, 4912:12,
4912:18, 4912:20,
4913:10, 4914:21,
4914:25, 4915:5,
4915:9, 4915:10,
4915:12, 4918:25,
4919:6, 4919:9,
4919:10, 4919:11,
4920:23, 4922:13,
4922:22, 4926:4,
4926:14, 4928:4,
4928:7, 4930:15,
4930:19, 4931:9,
4932:2, 4932:25,
4933:3, 4933:9,
4934:14, 4938:13,
4940:3, 4945:22,
4946:1, 4947:23,
4948:8, 4949:5,
4950:3, 4950:4,
4950:24, 4951:1,
4951:11, 4952:23,
4955:4, 4955:8,
4955:10, 4956:10,
4956:14, 4956:17,
4956:18, 4957:22,
4957:25, 4958:10,
4958:21, 4959:21,
4961:7, 4962:5,
4962:16, 4964:4,
4965:3, 4967:1,
4967:4, 4969:22,
4969:25, 4973:23,
4975:3, 4976:10,
4977:7, 4977:23,
4977:25, 4979:15,
4980:9, 4981:13,
4981:17, 4981:23,
4986:15, 4987:25,
4989:12, 4989:24,
4991:11, 4993:1,
4993:11, 4993:19,
4994:3, 4994:7,
4994:8, 4994:12,
4998:25, 4999:16,
4999:20, 5000:11,
5001:1, 5005:2,
5006:24, 5007:3,
5012:15, 5013:9,
5014:1, 5015:5,
5016:24, 5017:10,
5018:1, 5019:19,
5021:3, 5023:3,
5023:4, 5023:5,
5024:2, 5024:7,
5024:17, 5025:14,

5025:22, 5026:19,
5027:2, 5029:5,
5030:2, 5030:23,
5031:18, 5032:9,
5033:13, 5035:10,
5035:13, 5036:6,
5037:10, 5037:16,
5037:18, 5037:19,
5037:21, 5037:22,
5038:6, 5038:13,
5039:2, 5040:9,
5040:22, 5040:25,
5041:8
   **within** [11] - 4892:20,
4900:24, 4907:9,
4986:20, 4988:22,
4997:16, 5003:23,
5006:21, 5008:5,
5031:24, 5036:4
   **without** [7] -
4889:16, 4900:25,
4912:12, 4930:22,
4967:18, 4979:10,
4996:25
   **withstand** [1] -
5013:15
   **WITNESS** [17] -
4888:3, 4889:8,
4890:24, 4894:22,
4907:23, 4945:5,
4945:7, 4976:2,
4983:6, 4984:13,
4984:17, 4991:9,
5001:15, 5002:13,
5032:19, 5033:4,
5041:24
   **witness** [19] -
4891:6, 4894:19,
4896:24, 4897:3,
4903:9, 4907:19,
4913:4, 4915:23,
4938:3, 4973:1,
4979:10, 4979:15,
4982:20, 4982:21,
4982:23, 4983:7,
4999:7, 5001:12
   **witnesses** [2] -
4915:10, 4945:25
   **WITTMANN** [2] -
4887:2, 4887:2
   **won't** [3] - 4964:4,
5007:17, 5034:25
   **word** [4] - 4912:19,
4920:5, 4948:21,
4965:8
   **words** [3] - 4952:23,
4953:8, 4994:5
   **work** [13] - 4914:24,
4915:6, 4927:14,
4933:4, 4933:5,

4936:14, 4953:10,
4959:13, 4993:11,
5005:2, 5017:10,
5023:15, 5031:18
   **worked** [3] -
4912:12, 4912:17,
4927:6
   **working** [6] -
4947:23, 4948:8,
4968:2, 4998:5,
4998:7, 5008:8
   **works** [1] - 4936:4
   **would** [233] -
4889:25, 4890:8,
4890:15, 4890:21,
4891:6, 4891:11,
4892:20, 4892:25,
4893:7, 4894:3,
4896:19, 4897:22,
4897:25, 4898:5,
4901:24, 4903:22,
4904:11, 4906:4,
4912:22, 4914:3,
4914:25, 4915:5,
4915:7, 4919:20,
4925:5, 4927:24,
4929:2, 4929:3,
4929:8, 4929:17,
4930:2, 4930:20,
4931:5, 4936:13,
4939:10, 4939:15,
4939:16, 4942:10,
4942:11, 4944:13,
4944:22, 4945:13,
4945:14, 4946:11,
4946:13, 4946:17,
4946:20, 4946:21,
4947:9, 4947:12,
4950:24, 4951:1,
4952:13, 4952:16,
4952:24, 4953:20,
4954:21, 4954:25,
4955:11, 4955:21,
4956:2, 4958:24,
4959:18, 4960:16,
4965:21, 4966:14,
4968:16, 4968:21,
4969:15, 4971:9,
4971:21, 4971:22,
4972:11, 4974:19,
4976:25, 4977:6,
4978:7, 4978:11,
4979:5, 4980:7,
4980:20, 4982:4,
4985:22, 4985:24,
4985:25, 4986:1,
4986:2, 4987:21,
4987:23, 4988:5,
4989:11, 4989:14,
4989:23, 4989:25,
4990:2, 4990:4,

4990:5, 4990:6,
4990:8, 4990:9,
4990:11, 4990:25,
4991:4, 4992:12,
4992:13, 4992:18,
4992:24, 4993:1,
4993:2, 4993:23,
4993:24, 4994:1,
4994:2, 4994:15,
4994:16, 4994:22,
4994:25, 4995:2,
4995:15, 4996:1,
4996:4, 4996:6,
4996:7, 4996:13,
4996:21, 4996:23,
4996:24, 4996:25,
4997:3, 4997:5,
4997:7, 4997:10,
4997:11, 4997:16,
4997:19, 4998:3,
4998:4, 4998:10,
5003:20, 5004:8,
5004:10, 5004:13,
5004:14, 5004:15,
5005:3, 5005:13,
5005:16, 5005:17,
5005:19, 5006:4,
5006:5, 5008:4,
5009:15, 5011:5,
5012:10, 5012:25,
5013:1, 5013:15,
5013:19, 5013:25,
5014:5, 5014:7,
5014:18, 5014:22,
5014:25, 5015:9,
5015:11, 5015:24,
5016:22, 5017:12,
5018:9, 5018:10,
5018:11, 5020:24,
5023:10, 5023:15,
5023:18, 5025:13,
5025:17, 5025:21,
5028:18, 5029:13,
5029:16, 5030:1,
5030:5, 5030:6,
5030:8, 5030:21,
5031:22, 5031:23,
5031:24, 5032:10,
5033:10, 5033:14,
5033:24, 5034:14,
5034:20, 5034:21,
5035:9, 5035:21,
5036:1, 5036:3,
5036:6, 5036:20,
5037:13, 5039:10,
5040:11, 5040:19,
5041:18
   **wouldn't** [5] -
4929:21, 4939:17,
4991:17, 4996:20,
5016:5

   **wrap** [1] - 5024:2
   **WRIGHT** [1] - 4883:3
   **write** [6] - 4903:21,
4909:24, 4950:7,
4957:23, 4979:11,
5040:19
   **written** [2] - 4959:9,
4979:6
   **wrong** [1] - 4965:8
   **wrote** [10] - 4904:1,
4910:2, 4943:2,
4950:13, 4950:19,
4954:19, 4965:7,
4967:15, 5000:17,
5040:14

## X

**X** [1] - 4888:1
**XYZ** [1] - 5027:10

## Y

   **yay** [1] - 4997:7
   **yeah** [13] - 4899:25,
4901:24, 4906:4,
4909:11, 4910:15,
4920:14, 4920:16,
4921:5, 4939:10,
4999:13, 5000:4,
5009:23, 5012:4
   **year** [2] - 4967:24,
4968:14
   **years** [11] - 4905:9,
4905:20, 4938:16,
4947:1, 4947:18,
4947:22, 4991:7,
5004:11, 5004:12,
5031:15, 5031:20
   **yellow** [1] - 4937:24
   **yes** [239] - 4890:24,
4891:1, 4891:20,
4894:14, 4894:18,
4896:5, 4897:19,
4899:21, 4900:7,
4900:9, 4900:11,
4900:15, 4900:22,
4901:2, 4901:14,
4901:20, 4903:3,
4903:12, 4904:3,
4904:8, 4905:13,
4905:18, 4906:2,
4906:12, 4906:16,
4906:20, 4906:22,
4907:4, 4909:16,
4910:9, 4910:12,
4910:17, 4910:18,
4910:25, 4911:7,
4911:14, 4913:24,

4914:18, 4914:23,
4915:3, 4915:14,
4915:25, 4916:3,
4918:19, 4919:17,
4920:1, 4920:22,
4921:2, 4921:3,
4921:6, 4922:1,
4923:9, 4923:12,
4923:14, 4924:6,
4924:23, 4925:16,
4925:18, 4925:22,
4925:24, 4926:2,
4926:12, 4927:15,
4928:16, 4928:23,
4929:1, 4929:6,
4929:20, 4931:19,
4932:13, 4932:16,
4933:16, 4933:23,
4934:1, 4934:4,
4934:6, 4934:23,
4936:12, 4937:1,
4937:10, 4937:15,
4937:23, 4938:2,
4938:6, 4938:10,
4938:11, 4938:17,
4939:6, 4939:20,
4939:23, 4940:4,
4940:13, 4940:17,
4941:3, 4941:6,
4941:8, 4942:5,
4942:25, 4943:11,
4943:14, 4943:16,
4943:20, 4944:14,
4944:18, 4945:1,
4945:12, 4945:16,
4946:6, 4946:9,
4946:14, 4946:25,
4947:5, 4948:20,
4949:8, 4949:11,
4950:18, 4950:20,
4950:25, 4951:19,
4952:4, 4952:8,
4953:4, 4953:7,
4954:22, 4955:1,
4955:7, 4956:2,
4958:1, 4958:3,
4958:16, 4958:23,
4959:3, 4959:6,
4959:9, 4959:14,
4959:17, 4960:9,
4960:25, 4961:14,
4961:17, 4961:19,
4962:2, 4962:7,
4963:8, 4964:11,
4964:23, 4966:7,
4966:14, 4966:23,
4967:13, 4967:17,
4969:1, 4969:10,
4969:13, 4969:19,
4970:9, 4970:16,
4970:22, 4972:17,

4973:3, 4973:25,
4974:5, 4974:8,
4974:23, 4975:4,
4975:15, 4975:18,
4976:5, 4976:6,
4976:14, 4977:13,
4977:22, 4977:24,
4978:22, 4980:1,
4980:15, 4981:4,
4981:19, 4983:18,
4984:20, 4985:10,
4985:15, 4986:11,
4986:21, 4990:17,
4992:1, 4992:12,
4994:1, 4996:4,
4996:7, 4996:13,
4999:5, 4999:21,
5000:9, 5000:12,
5001:3, 5001:25,
5002:11, 5003:6,
5003:9, 5003:22,
5004:2, 5004:4,
5006:4, 5007:8,
5010:25, 5011:17,
5012:12, 5013:18,
5013:21, 5014:3,
5014:14, 5015:17,
5016:6, 5016:24,
5017:7, 5018:21,
5019:4, 5019:16,
5026:12, 5029:8,
5029:12, 5029:16,
5029:25, 5030:20,
5031:8, 5031:9,
5037:9, 5038:3,
5041:4, 5041:9
**yesterday** [29] -
4889:13, 4890:8,
4891:12, 4891:21,
4896:17, 4897:3,
4898:13, 4898:23,
4899:1, 4900:1,
4903:21, 4903:25,
4913:23, 4917:10,
4932:10, 4939:12,
4946:22, 4949:5,
4957:8, 4957:16,
4958:6, 4963:22,
4964:8, 4965:20,
4982:23, 4983:13,
4983:18, 5012:13,
5022:19
**yet** [2] - 4961:2,
5036:19
**YOAKUM** [1] -
4884:5
**you** [1062] - 4889:18,
4890:10, 4891:11,
4891:12, 4891:15,
4891:18, 4891:21,
4892:2, 4892:9,

4892:18, 4892:22,
4892:25, 4893:3,
4893:8, 4893:9,
4893:17, 4893:25,
4894:3, 4894:10,
4894:20, 4894:24,
4895:11, 4896:2,
4896:3, 4896:9,
4896:12, 4896:15,
4896:16, 4896:19,
4896:22, 4896:23,
4897:4, 4897:11,
4897:18, 4897:20,
4898:4, 4898:6,
4898:9, 4898:14,
4898:15, 4898:18,
4899:1, 4899:3,
4899:4, 4899:5,
4899:8, 4899:15,
4899:18, 4899:19,
4899:22, 4899:24,
4900:24, 4901:6,
4901:8, 4901:12,
4901:21, 4901:25,
4902:5, 4902:10,
4902:14, 4902:17,
4902:20, 4902:23,
4902:25, 4903:1,
4903:4, 4903:5,
4903:21, 4903:22,
4903:25, 4904:1,
4904:2, 4904:12,
4904:21, 4905:10,
4905:21, 4905:24,
4906:5, 4906:6,
4906:10, 4906:21,
4906:25, 4907:9,
4907:15, 4907:18,
4908:3, 4908:13,
4908:16, 4908:19,
4908:20, 4908:22,
4909:1, 4909:8,
4909:9, 4909:12,
4909:13, 4909:14,
4909:15, 4909:18,
4909:21, 4909:24,
4910:2, 4910:4,
4910:5, 4910:7,
4910:10, 4910:13,
4910:14, 4911:1,
4911:4, 4911:7,
4911:9, 4911:11,
4911:12, 4911:16,
4911:19, 4911:21,
4911:22, 4911:25,
4912:2, 4912:3,
4912:4, 4912:7,
4912:11, 4912:12,
4912:14, 4912:16,
4912:17, 4912:18,
4912:19, 4912:24,

4913:2, 4913:10,
4913:11, 4913:14,
4913:22, 4914:4,
4914:5, 4914:6,
4914:10, 4914:14,
4914:19, 4914:22,
4914:24, 4914:25,
4915:5, 4915:7,
4915:11, 4915:12,
4915:15, 4915:20,
4915:22, 4915:23,
4916:1, 4916:4,
4916:5, 4916:6,
4916:12, 4916:17,
4916:19, 4916:21,
4916:22, 4916:25,
4917:6, 4917:10,
4917:11, 4917:15,
4917:21, 4918:2,
4918:5, 4918:6,
4918:9, 4918:20,
4918:23, 4918:24,
4918:25, 4919:1,
4919:2, 4919:6,
4919:11, 4919:16,
4919:21, 4919:22,
4919:25, 4920:2,
4920:6, 4920:8,
4920:10, 4920:11,
4920:13, 4920:18,
4920:24, 4921:4,
4921:8, 4921:9,
4921:12, 4921:14,
4921:16, 4921:17,
4921:20, 4921:21,
4922:2, 4922:3,
4922:6, 4922:7,
4922:9, 4922:13,
4922:15, 4922:18,
4922:19, 4922:23,
4922:24, 4923:1,
4923:2, 4923:3,
4923:4, 4923:6,
4923:8, 4923:24,
4923:25, 4924:1,
4924:3, 4924:5,
4924:7, 4924:8,
4924:9, 4924:13,
4924:15, 4924:22,
4924:24, 4925:1,
4925:3, 4925:5,
4925:6, 4925:8,
4925:9, 4925:12,
4925:15, 4925:17,
4925:23, 4926:3,
4926:6, 4926:17,
4926:18, 4926:20,
4927:2, 4927:5,
4927:8, 4927:14,
4927:16, 4927:20,
4927:25, 4928:1,

4928:5, 4928:8,
4928:13, 4928:14,
4928:15, 4928:17,
4928:22, 4928:24,
4929:2, 4929:5,
4929:7, 4929:8,
4929:13, 4929:17,
4930:2, 4930:6,
4930:13, 4930:18,
4930:20, 4931:2,
4931:6, 4931:7,
4931:16, 4931:21,
4931:24, 4932:10,
4932:11, 4932:14,
4932:15, 4932:17,
4932:18, 4932:20,
4932:23, 4933:2,
4933:6, 4933:12,
4933:15, 4933:20,
4933:21, 4933:24,
4933:25, 4934:8,
4935:5, 4935:6,
4935:10, 4935:11,
4935:14, 4935:18,
4936:3, 4936:10,
4936:11, 4936:18,
4937:17, 4937:22,
4938:1, 4938:3,
4938:7, 4938:8,
4938:12, 4938:18,
4938:23, 4939:4,
4939:8, 4939:12,
4939:21, 4939:24,
4940:2, 4940:7,
4940:8, 4942:1,
4942:6, 4942:7,
4942:12, 4942:13,
4942:16, 4942:17,
4942:20, 4942:23,
4943:2, 4943:6,
4944:12, 4944:13,
4944:14, 4944:23,
4944:24, 4944:25,
4945:1, 4945:6,
4945:12, 4945:13,
4945:14, 4945:16,
4946:2, 4946:4,
4946:7, 4946:10,
4946:15, 4946:16,
4946:17, 4946:21,
4946:22, 4946:23,
4947:1, 4947:3,
4947:6, 4947:7,
4947:9, 4947:13,
4947:17, 4947:25,
4948:2, 4948:5,
4948:7, 4948:22,
4949:1, 4949:2,
4949:5, 4949:6,
4950:5, 4950:6,
4950:7, 4950:8,

4950:9, 4950:12,
4950:13, 4950:17,
4950:19, 4950:21,
4950:22, 4950:24,
4951:2, 4951:3,
4951:6, 4951:7,
4951:10, 4951:17,
4952:2, 4952:5,
4952:9, 4952:13,
4953:3, 4953:5,
4953:12, 4953:18,
4953:20, 4953:21,
4953:23, 4954:1,
4954:3, 4954:7,
4954:12, 4954:16,
4954:18, 4954:21,
4954:23, 4955:6,
4955:8, 4955:10,
4955:15, 4955:16,
4955:20, 4955:21,
4955:22, 4955:24,
4956:5, 4956:6,
4956:7, 4956:8,
4956:9, 4956:12,
4956:13, 4956:15,
4956:16, 4956:20,
4956:21, 4956:24,
4957:2, 4957:3,
4957:6, 4957:8,
4957:12, 4957:14,
4957:16, 4957:21,
4958:1, 4958:5,
4958:6, 4958:10,
4958:17, 4958:20,
4958:25, 4959:13,
4959:21, 4959:25,
4960:6, 4960:10,
4960:11, 4960:14,
4960:18, 4960:23,
4961:1, 4961:2,
4961:4, 4961:7,
4961:12, 4961:15,
4961:18, 4961:22,
4961:24, 4961:25,
4962:8, 4962:10,
4962:15, 4962:16,
4962:20, 4963:2,
4963:3, 4963:5,
4963:10, 4963:18,
4963:20, 4963:22,
4963:23, 4963:25,
4964:1, 4964:4,
4964:8, 4964:10,
4964:12, 4964:13,
4964:24, 4965:3,
4965:4, 4965:10,
4965:14, 4965:22,
4965:24, 4966:1,
4966:3, 4966:9,
4966:11, 4966:14,

4966:22, 4967:2,
4967:4, 4967:9,
4967:12, 4967:14,
4967:15, 4967:16,
4967:19, 4967:20,
4967:22, 4968:1,
4968:4, 4968:5,
4968:17, 4968:21,
4968:23, 4968:24,
4969:2, 4969:4,
4969:11, 4969:12,
4969:16, 4969:18,
4969:22, 4969:25,
4970:3, 4970:20,
4970:24, 4971:2,
4971:4, 4971:5,
4971:6, 4971:7,
4971:9, 4971:14,
4971:21, 4971:22,
4972:1, 4972:4,
4972:7, 4972:12,
4973:3, 4973:11,
4973:14, 4973:15,
4974:6, 4974:16,
4974:19, 4975:1,
4975:5, 4975:8,
4975:14, 4975:16,
4975:19, 4975:20,
4976:1, 4976:3,
4976:8, 4976:15,
4976:20, 4976:24,
4976:25, 4977:8,
4977:9, 4977:11,
4977:17, 4977:23,
4978:4, 4978:7,
4978:18, 4978:20,
4978:23, 4979:1,
4979:5, 4979:15,
4979:23, 4979:24,
4980:7, 4980:11,
4980:13, 4980:16,
4980:18, 4980:19,
4980:20, 4980:24,
4980:25, 4981:1,
4981:2, 4981:3,
4981:7, 4981:9,
4981:20, 4982:1,
4982:2, 4982:5,
4982:9, 4982:17,
4982:22, 4983:1,
4983:4, 4983:6,
4983:14, 4983:15,
4983:23, 4983:24,
4983:25, 4984:10,
4984:11, 4984:13,
4984:16, 4984:17,
4984:23, 4984:24,
4985:4, 4985:6,
4985:8, 4985:11,
4985:25, 4986:1,
4986:2, 4986:7,

4986:11, 4986:24,
4986:25, 4987:6,
4987:8, 4987:9,
4987:21, 4988:7,
4988:14, 4988:15,
4988:21, 4989:7,
4989:9, 4989:11,
4989:15, 4989:25,
4990:4, 4990:5,
4990:6, 4990:8,
4990:11, 4990:21,
4991:2, 4991:4,
4991:15, 4991:17,
4991:19, 4991:21,
4992:4, 4992:24,
4992:25, 4993:1,
4993:2, 4993:4,
4993:6, 4993:11,
4993:14, 4993:18,
4993:20, 4993:21,
4993:23, 4994:5,
4994:8, 4994:10,
4995:7, 4995:8,
4995:11, 4995:15,
4995:23, 4995:24,
4996:8, 4996:20,
4997:4, 4997:5,
4997:9, 4998:12,
4998:18, 4998:22,
4998:24, 4999:3,
4999:6, 4999:8,
4999:9, 4999:13,
4999:19, 4999:22,
5000:1, 5000:3,
5000:5, 5000:7,
5000:13, 5000:14,
5000:25, 5001:13,
5001:18, 5001:19,
5002:4, 5002:12,
5002:14, 5002:18,
5003:7, 5003:12,
5003:13, 5003:17,
5003:19, 5003:20,
5004:5, 5004:12,
5004:13, 5004:14,
5004:15, 5004:20,
5004:21, 5004:22,
5004:23, 5005:7,
5005:8, 5005:9,
5005:19, 5005:20,
5005:21, 5005:22,
5005:23, 5006:7,
5006:13, 5006:14,
5006:15, 5006:25,
5007:10, 5007:12,
5007:15, 5008:7,
5008:11, 5008:19,
5008:21, 5008:23,
5009:7, 5009:11,
5009:13, 5009:18,
5009:20, 5009:24,

5010:1, 5010:7,
5010:9, 5010:15,
5010:19, 5010:22,
5011:2, 5011:3,
5011:4, 5011:10,
5011:12, 5011:14,
5011:16, 5011:18,
5011:24, 5012:5,
5012:8, 5012:16,
5012:21, 5012:22,
5012:23, 5012:24,
5012:25, 5013:1,
5013:2, 5013:8,
5013:9, 5013:23,
5013:25, 5014:8,
5014:21, 5014:22,
5014:25, 5015:2,
5015:5, 5015:8,
5015:9, 5015:14,
5015:18, 5015:23,
5015:24, 5015:25,
5016:8, 5016:13,
5017:1, 5017:12,
5017:18, 5017:22,
5017:25, 5018:1,
5018:6, 5019:9,
5019:21, 5020:2,
5020:4, 5020:7,
5020:17, 5020:18,
5020:19, 5020:21,
5020:22, 5020:23,
5021:2, 5021:6,
5021:10, 5021:12,
5021:15, 5021:17,
5022:11, 5022:16,
5022:17, 5022:19,
5022:21, 5023:6,
5023:9, 5023:15,
5023:25, 5024:3,
5024:4, 5024:5,
5024:18, 5025:3,
5025:4, 5025:6,
5025:11, 5025:12,
5025:16, 5025:21,
5025:24, 5026:5,
5026:9, 5026:15,
5026:16, 5026:17,
5026:19, 5027:7,
5027:8, 5027:9,
5027:11, 5027:21,
5028:6, 5028:10,
5028:11, 5028:13,
5028:16, 5028:18,
5028:20, 5028:21,
5029:5, 5029:9,
5029:13, 5030:5,
5030:15, 5030:16,
5031:1, 5031:4,
5031:17, 5032:6,
5032:13, 5032:18,
5032:25, 5033:4,

5033:9, 5033:10,
5034:3, 5034:4,
5034:14, 5034:21,
5034:22, 5034:23,
5034:25, 5035:13,
5035:14, 5035:15,
5035:17, 5035:24,
5036:1, 5036:2,
5036:3, 5036:6,
5036:9, 5036:10,
5036:12, 5036:15,
5036:16, 5036:17,
5036:18, 5036:24,
5037:2, 5037:3,
5037:4, 5037:9,
5037:10, 5037:11,
5037:13, 5037:16,
5037:21, 5037:25,
5038:10, 5038:16,
5038:18, 5038:24,
5039:1, 5039:2,
5039:4, 5039:6,
5039:10, 5039:12,
5039:13, 5039:15,
5039:21, 5039:23,
5039:25, 5040:2,
5040:5, 5040:6,
5040:10, 5040:14,
5040:17, 5040:19,
5041:2, 5041:17,
5041:23, 5041:24

**you'd** [1] - 4963:25

**you'll** [4] - 4987:15,
5008:15, 5015:5,
5024:2

**you're** [72] - 4890:23,
4894:21, 4903:4,
4906:10, 4909:10,
4913:10, 4929:25,
4933:10, 4938:9,
4938:15, 4941:1,
4941:23, 4941:25,
4942:2, 4942:3,
4942:6, 4949:2,
4951:20, 4958:22,
4959:1, 4959:4,
4959:5, 4959:7,
4962:5, 4964:2,
4979:14, 4983:5,
4983:16, 4987:14,
4992:6, 4992:8,
4993:4, 4993:6,
4995:12, 4996:15,
4996:19, 4997:22,
4997:23, 4999:13,
4999:14, 4999:23,
5004:25, 5006:17,
5006:23, 5012:13,
5012:14, 5012:16,
5012:17, 5012:19,
5013:3, 5013:4,

5013:6, 5020:5,
5021:9, 5022:10,
5022:16, 5024:8,
5026:5, 5026:15,
5027:19, 5027:21,
5032:19, 5035:2,
5035:3, 5035:4,
5036:2, 5037:1,
5037:3, 5037:15
**you've** [26] -
4893:14, 4901:15,
4901:18, 4902:8,
4927:24, 4954:15,
4970:15, 4970:17,
4975:19, 4985:20,
4988:4, 5005:15,
5016:10, 5020:22,
5030:20, 5031:10,
5031:16, 5031:20,
5032:3, 5034:24,
5036:15, 5036:16,
5036:25, 5038:25,
5039:4, 5039:8
**YOUNG** [1] - 4885:3
**your** [228] - 4889:11,
4889:18, 4889:19,
4889:25, 4890:11,
4890:12, 4890:13,
4890:24, 4890:25,
4891:4, 4893:21,
4894:21, 4896:24,
4897:4, 4897:9,
4897:23, 4898:8,
4898:20, 4902:1,
4902:12, 4903:8,
4903:12, 4903:13,
4905:9, 4905:21,
4906:6, 4906:13,
4910:7, 4910:10,
4910:13, 4911:12,
4911:21, 4912:3,
4912:8, 4912:10,
4912:15, 4912:17,
4913:4, 4913:16,
4913:18, 4914:12,
4914:24, 4915:5,
4916:6, 4916:25,
4919:25, 4920:2,
4920:5, 4920:13,
4920:19, 4922:2,
4922:16, 4922:18,
4922:19, 4923:9,
4923:14, 4925:8,
4925:19, 4925:23,
4926:4, 4926:14,
4926:19, 4926:20,
4927:9, 4927:11,
4927:21, 4928:10,
4928:17, 4930:22,
4932:23, 4937:13,
4938:3, 4939:12,

4939:18, 4940:21,
4943:9, 4944:7,
4944:11, 4944:12,
4944:17, 4945:12,
4945:21, 4946:4,
4946:8, 4947:21,
4948:5, 4949:22,
4950:6, 4950:9,
4951:17, 4952:13,
4952:14, 4953:18,
4954:4, 4954:7,
4954:23, 4955:10,
4955:16, 4955:17,
4956:20, 4957:9,
4959:16, 4959:18,
4961:1, 4961:22,
4962:16, 4962:21,
4963:15, 4963:17,
4963:22, 4964:9,
4966:12, 4966:14,
4966:22, 4967:12,
4968:7, 4969:4,
4969:15, 4971:14,
4971:22, 4972:25,
4974:19, 4975:1,
4975:25, 4979:5,
4979:7, 4979:10,
4979:16, 4980:7,
4980:25, 4982:14,
4983:1, 4983:4,
4983:10, 4983:19,
4983:23, 4983:24,
4984:12, 4984:19,
4985:5, 4986:25,
4987:6, 4988:17,
4989:4, 4989:8,
4989:16, 4992:24,
4993:1, 4993:11,
4993:17, 4998:19,
4998:24, 5000:13,
5001:9, 5001:19,
5002:1, 5003:13,
5003:19, 5004:8,
5005:8, 5006:14,
5007:1, 5007:2,
5007:5, 5007:10,
5007:19, 5008:17,
5008:21, 5009:15,
5010:4, 5011:23,
5012:13, 5013:2,
5013:4, 5013:5,
5015:18, 5016:2,
5016:13, 5017:19,
5022:21, 5023:15,
5024:22, 5025:3,
5025:6, 5025:11,
5025:21, 5026:3,
5026:17, 5027:12,
5027:21, 5030:10,
5031:15, 5031:18,
5031:20, 5032:6,

5032:13, 5032:18,
5032:21, 5032:23,
5034:3, 5035:2,
5035:3, 5035:5,
5035:22, 5036:15,
5036:16, 5037:10,
5037:13, 5038:24,
5039:24, 5041:7,
5041:15, 5041:18
**yourself** [4] -
4906:10, 4915:16,
4953:5, 4956:8

## Z

**zero** [2] - 4939:4,
4939:16
**zone** [1] - 5030:11
**Zone** [16] - 4904:4,
4904:7, 4904:21,
4905:6, 4932:17,
4932:21, 4932:24,
4932:25, 4933:4,
4934:2, 4934:9,
4934:16, 4934:21,
4935:1, 4935:12,
4938:20
**zoom** [1] - 4964:13

"

**"MIKE"** [1] - 4886:2