1                UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
    *DEEPWATER HORIZON* IN THE          *
5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                       *
6   Applies to:                        *   New Orleans, Louisiana
                                       *
7   Docket 10-CV-02771,                *   March 20, 2013
    *IN RE:  THE COMPLAINT AND*         *
8   *PETITION OF TRITON ASSET*          *
    *LEASING GmbH, et al*               *
9                                      *
    Docket 10-CV-4536,                 *
10  *UNITED STATES OF AMERICA v.*       *
    *BP EXPLORATION & PRODUCTION,*      *
11  *INC., et al*                       *
                                       *
12  * * * * * * * * * * * * * * * * * *

13

14                 DAY 15, AFTERNOON SESSION
                 TRANSCRIPT OF NONJURY TRIAL
15            BEFORE THE HONORABLE CARL J. BARBIER
                 UNITED STATES DISTRICT JUDGE
16

17  Appearances:

18

19  For the Plaintiffs:           Domengeaux Wright Roy
                                    & Edwards, LLC
20                                BY:  JAMES P. ROY, ESQ.
                                  556 Jefferson Street, Suite 500
21                                Post Office Box 3668
                                  Lafayette, Louisiana 70502

22

23  For the Plaintiffs:           Herman Herman & Katz, LLC
                                  BY:  STEPHEN J. HERMAN, ESQ.
24                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113

25

                        OFFICIAL TRANSCRIPT

5044

1  Appearances:

2

3  For the Plaintiffs:          Cunningham Bounds, LLC
                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                1601 Dauphin Street
4                               Mobile, Alabama 36604

5

6  For the Plaintiffs:          Lewis Kullman Sterbcow & Abramson
                                BY:  PAUL M. STERBCOW, ESQ.
                                601 Poydras Street, Suite 2615
7                               New Orleans, Louisiana 70130

8

9  For the Plaintiffs:          Breit Drescher Imprevento
                                  & Walker, PC
                                BY:  JEFFREY A. BREIT, ESQ.
10                              600 22nd Street, Suite 402
                                Virginia Beach, Virginia 23451

11

12 For the Plaintiffs:          Leger & Shaw
                                BY:  WALTER J. LEGER JR., ESQ.
13                              600 Carondelet Street, 9th Floor
                                New Orleans, Louisiana 70130

14

15 For the Plaintiffs:          Williams Law Group, LLC
                                BY:  CONRAD "DUKE" WILLIAMS, ESQ.
16                              435 Corporate Drive, Suite 101
                                Houma, Louisiana 70360

17

18 For the Plaintiffs:          Thornhill Law Firm
                                BY:  TOM THORNHILL, ESQ.
19                              1308 Ninth Street
                                Slidell, Louisiana 70458

20

21 For the Plaintiffs:          deGravelles Palmintier Holthaus
                                  & Frugé, LLP
22                              BY:  JOHN W. DEGRAVELLES, ESQ.
                                618 Main Street
23                              Baton Rouge, Louisiana 70801

24

25

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For the Plaintiffs:          Williamson & Rusnak
 3                                BY:  JIMMY WILLIAMSON, ESQ.
                                  4310 Yoakum Boulevard
 4                                Houston, Texas 77006

 5
     For the Plaintiffs:          Irpino Law Firm
 6                                BY:  ANTHONY IRPINO, ESQ.
                                  2216 Magazine Street
 7                                New Orleans, Louisiana 70130

 8
     For the United States        U.S. Department of Justice
 9   of America:                  Torts Branch, Civil Division
                                  BY:  R. MICHAEL UNDERHILL, ESQ.
10                                450 Golden Gate Avenue
                                  7-5395 Federal Bldg., Box 36028
11                                San Francisco, California 94102

12
     For the United States        U.S. Department of Justice
13   of America:                  Environment & Natural Resources
                                  Environmental Enforcement Section
14                                BY:  STEVEN O'ROURKE, ESQ.
                                       SCOTT CERNICH, ESQ.
15                                     DEANNA CHANG, ESQ.
                                       RACHEL HANKEY, ESQ.
16                                     A. NATHANIEL CHAKERES, ESQ.
                                  Post Office Box 7611
17                                Washington, D.C. 20044

18
     For the United States        U.S. Department of Justice
19   of America:                  Torts Branch, Civil Division
                                  BY:  JESSICA McCLELLAN, ESQ.
20                                     MICHELLE DELEMARRE, ESQ.
                                       JESSICA SULLIVAN, ESQ.
21                                     SHARON SHUTLER, ESQ.
                                       MALINDA LAWRENCE, ESQ.
22                                Post Office Box 14271
                                  Washington, D.C. 20004
23

24

25
```

OFFICIAL TRANSCRIPT

5046

1    Appearances:

2

3    For the United States          U.S. Department of Justice
     of America:                    Fraud Section
                                    Commercial Litigation Branch
4                                   BY:  DANIEL SPIRO, ESQ.
                                         KELLEY HAUSER, ESQ.
5                                        ELIZABETH YOUNG, ESQ.
                                    Ben Franklin Station
6                                   Washington, D.C. 20044

7

8    For the State of               Attorney General of Alabama
     Alabama:                       BY:  LUTHER STRANGE, ESQ.
                                         COREY L. MAZE, ESQ.
9                                        WINFIELD J. SINCLAIR, ESQ.
                                    500 Dexter Avenue
10                                  Montgomery, Alabama 36130

11

12   For the State of               Attorney General of Louisiana
     Louisiana:                     BY:  JAMES D. CALDWELL, ESQ.
                                    1885 North Third Street
13                                  Post Office Box 94005
                                    Baton Rouge, Louisiana 70804

14

15   For the State of               Kanner & Whiteley, LLC
     Louisiana:                     BY:  ALLAN KANNER, ESQ.
16                                       DOUGLAS R. KRAUS, ESQ.
                                    701 Camp Street
17                                  New Orleans, Louisiana 70130

18

19   For BP Exploration &           Liskow & Lewis, APLC
     Production Inc.,               BY:  DON K. HAYCRAFT, ESQ.
     BP America Production          701 Poydras Street, Suite 5000
20   Company, BP PLC:               New Orleans, Louisiana 70139

21

22   For BP Exploration &           Kirkland & Ellis, LLP
     Production Inc.,               BY:  J. ANDREW LANGAN, ESQ.
     BP America Production               HARIKLIA "CARRIE" KARIS, ESQ.
23   Company, BP PLC:                    MATTHEW T. REGAN, ESQ.
                                    300 N. Lasalle
24                                  Chicago, Illinois 60654

25

                        OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For BP Exploration &            Covington & Burling, LLP
 3   Production Inc.,                BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production           1201 Pennsylvania Avenue, NW
 4   Company, BP PLC:                Washington, D.C. 20004

 5
     For Transocean Holdings         Frilot, LLC
 6   LLC, Transocean Offshore        BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,        1100 Poydras Street, Suite 3700
 7   Transocean Deepwater Inc.:      New Orleans, Louisiana 70163

 8
     For Transocean Holdings         Sutherland Asbill & Brennan, LLP
 9   LLC, Transocean Offshore        BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,             RACHEL G. CLINGMAN, ESQ.
10   Transocean Deepwater Inc.:      1001 Fannin Street, Suite 3700
                                     Houston, Texas 77002
11

12   For Transocean Holdings         Munger Tolles & Olson, LLP
     LLC, Transocean Offshore        BY:  MICHAEL R. DOYEN, ESQ.
13   Deepwater Drilling Inc.,             BRAD D. BRIAN, ESQ.
     Transocean Deepwater Inc.:           LUIS LI, ESQ.
14                                   355 S. Grand Avenue, 35th Floor
                                     Los Angeles, California 90071
15

16   For Transocean Holdings         Mahtook & Lafleur
     LLC, Transocean Offshore        BY:  RICHARD J. HYMEL, ESQ.
17   Deepwater Drilling Inc.,        600 Jefferson Street, Suite 1000
     Transocean Deepwater Inc.:      Post Office Box 3089
18                                   Lafayette, Louisiana 70501

19
     For Transocean Holdings         Hughes Arrell Kinchen, LLP
20   LLC, Transocean Offshore        BY:  JOHN KINCHEN, ESQ.
     Deepwater Drilling Inc.,        2211 Norfolk, Suite 1110
21   Transocean Deepwater Inc.:      Houston, Texas 77098

22
     For Cameron International       Stone Pigman Walther Wittmann, LLC
23   Corporation:                    BY:  PHILLIP A. WITTMANN, ESQ.
                                     546 Carondelet Street
24                                   New Orleans, Louisiana 70130

25
```

OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2

 3    For Cameron International      Beck Redden & Secrest, LLP
      Corporation:                  BY:  DAVID J. BECK, ESQ.
                                         DAVID W. JONES, ESQ.
 4                                       GEOFFREY GANNAWAY, ESQ.
                                         ALEX B. ROBERTS, ESQ.
 5                                  1221 McKinney Street, Suite 4500
                                    Houston, Texas 77010
 6

 7    For Halliburton Energy        Godwin Lewis, PC
      Services, Inc.:               BY:  DONALD E. GODWIN, ESQ.
 8                                       BRUCE W. BOWMAN JR., ESQ.
                                         FLOYD R. HARTLEY JR., ESQ.
 9                                       GAVIN HILL, ESQ.
                                    1201 Elm Street, Suite 1700
10                                  Dallas, Texas 75270

11

12    For Halliburton Energy:       Godwin Lewis, PC
      Services, Inc.:               BY:  JERRY C. VON STERNBERG, ESQ.
13                                  1331 Lamar, Suite 1665
                                    Houston, Texas 77010

14

15    For M-I, LLC:                 Morgan Lewis & Bockius
                                    BY:  HUGH E. TANNER, ESQ.
16                                       DENISE SCOFIELD, ESQ.
                                         JOHN C. FUNDERBURK, ESQ.
17                                  1000 Louisiana Street, Suite 4000
                                    Houston, Texas 77002

18

19    Official Court Reporter:      Jodi Simcox, RMR, FCRR
                                    500 Poydras Street, Room HB-406
20                                  New Orleans, Louisiana 70130
                                    (504) 589-7780
21                                  Jodi_Simcox@laed.uscourts.gov

22

23

24    Proceedings recorded by mechanical stenography using
      computer-aided transcription software.
25
```

OFFICIAL TRANSCRIPT

5049

1                        **I N D E X**

2                                                      Page

3
Leo Thomas Lindner
4        Videotaped deposition                         5070

5   Greg Childs
         Direct Examination By Mr. Baay:               5073
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 14:13 | 1 | **AFTERNOON SESSION** |
| 14:13 | 2 | **(March 20, 2013)** |
| 14:13 | 3 | * * * * * |
| 12:58 | 4 | THE DEPUTY CLERK:  All rise. |
| 13:16 | 5 | THE COURT:  All right.  Please be seated, everyone. |
| 13:16 | 6 | Good afternoon. |
| 13:16 | 7 | MR. BRIAN:  Your Honor, Brad Brian on behalf of |
| 13:16 | 8 | Transocean. |
| 13:16 | 9 | I've given your clerk a revised list of exhibits |
| 13:16 | 10 | for Mr. Newman.  We added one in response to what the PSC was |
| 13:16 | 11 | offering and subtracted one because I had not used it.  So we |
| 13:16 | 12 | would offer those. |
| 13:16 | 13 | We have no objection to the list we received |
| 13:16 | 14 | from the PSC, subject to the motion in limine we had filed |
| 13:16 | 15 | earlier, which Your Honor had granted in part and denied in |
| 13:16 | 16 | part.  We're preserving that objection and offered some |
| 13:16 | 17 | evidence in response to that. |
| 13:16 | 18 | But subject to that -- |
| 13:16 | 19 | THE COURT:  Wait, wait, wait.  Remind me.  Motion in |
| 13:17 | 20 | limine pertaining to -- |
| 13:17 | 21 | MR. BRIAN:  To the prior well control logs, |
| 13:17 | 22 | Your Honor. |
| 13:17 | 23 | THE COURT:  Oh, that one.  Okay.  I understand. |
| 13:17 | 24 | MR. BRIAN:  So there are some exhibits that were |
| 13:17 | 25 | offered, and we introduced some contrary exhibits that we would |

OFFICIAL TRANSCRIPT

13:17  1  not have offered.  But subject to that, we would have no
13:17  2  further objections.
13:17  3           THE COURT:  I thought you were talking about a
13:17  4  *Daubert* motion instead of --
13:17  5           MR. BRIAN:  No.  No, Your Honor.
13:17  6           THE COURT:  All right.  Thank you.
13:17  7              Any objection to Transocean's exhibits?
13:17  8              Without objection, those are admitted,
13:17  9  pertaining to Mr. Newman.
13:17  10          MR. ROY:  Jim Roy for the PSC, Your Honor.
13:17  11             Subject to our offering of the Quirk exhibits,
13:17  12  exhibits associated with his cross-exam, the plaintiffs do
13:17  13  rest.
13:17  14          THE COURT:  Okay.
13:17  15          MR. TANNER:  Your Honor, Hugh Tanner for M-I.
13:17  16             Now that the plaintiffs have rest, we are here
13:17  17  to reurge our Rule 52(c) motion.  You had asked plaintiffs
13:17  18  their position in opposition.  I think Mr. Roy said he wanted
13:17  19  to confer with his group, and I believe he's done that at this
13:17  20  point.
13:17  21          MR. ROY:  Your Honor, the PSC, while not agreeing to
13:18  22  the motion of M-I to dismiss the punitive damage claims against
13:18  23  it and the underlying regular negligence claims, nevertheless
13:18  24  believes the matter can be taken up orally.  We trust the sound
13:18  25  discretion of the Court to rule on their motion.

13:18    1          **THE COURT:**  All right.  Does anybody else have any
13:18    2    response to M-I's motion?
13:18    3          **MR. KANNER:**  Your Honor, Allan Kanner for the State
13:18    4    of Louisiana.
13:18    5                  The only point I would make is one that
13:18    6    Your Honor made yesterday.  Strictly speaking, I don't think
13:18    7    it's appropriate until Transocean rests its case.  But subject
13:18    8    to that, we agree with Mr. Roy.
13:18    9          **MR. TANNER:**  Your Honor, I do believe under 52(c)
13:18   10    that it's a -- once an issue has been thoroughly heard, that
13:18   11    it's -- and we're only moving against the party that has now
13:19   12    rested.
13:19   13          **THE COURT:**  You're only moving as to the plaintiff?
13:19   14          **MR. TANNER:**  Well, the plaintiffs State of Alabama,
13:19   15    State of Louisiana plaintiffs, yes.
13:19   16          **THE COURT:**  That would include the United States?
13:19   17          **MR. TANNER:**  The United States did not bring an
13:19   18    action against us, Your Honor.
13:19   19          **THE COURT:**  Did not bring it.  That's right.  Okay.
13:19   20          **MR. UNDERHILL:**  We did not sue M-I, Your Honor.
13:19   21          **THE COURT:**  So it would be the private plaintiffs,
13:19   22    private claimants, Alabama and Louisiana?
13:19   23          **MR. TANNER:**  That's correct, Your Honor.
13:19   24          **THE COURT:**  Okay.
13:19   25          **MR. ROBERTS:**  Your Honor, Steve Roberts for

OFFICIAL TRANSCRIPT

13:19  1  Transocean.

13:19  2           Transocean has also brought a claim against M-I

13:19  3  under Rule 14.  Transocean does not object to M-I's motion.

13:19  4           THE COURT:  Okay.

13:19  5           MR. GODWIN:  Your Honor, Don Godwin for Halliburton.

13:19  6           Halliburton does not object to M-I's motion

13:19  7  either.

13:19  8           THE COURT:  All right.  Very well.

13:19  9           Anybody else have anything to say?

13:20  10          MR. BROCK:  Your Honor, sorry about that.  BP has --

13:20  11          THE COURT:  You might want to get near a microphone

13:20  12  so we can hear you.

13:20  13          MR. BROCK:  I'm sorry.

13:20  14          We have a single M-I witness on our will-call

13:20  15  list, Leo Lindner.  And if the Court were inclined to dismiss

13:20  16  them from the case, we'd still like to have the option to call

13:20  17  him in our case.

13:20  18          THE COURT:  All right.  But you don't -- you'd like

13:20  19  to use him in your case, but that doesn't necessarily -- you're

13:20  20  not necessarily objecting to their motion?

13:20  21          MR. BROCK:  No, sir.  I'm just making this point.

13:20  22          THE COURT:  I see.

13:20  23          MR. BROCK:  To be very honest, we haven't made that

13:20  24  decision yet.  We would like to reserve.

13:20  25          MR. LANGAN:  Your Honor, we actually dismissed our

| | | |
|---|---|---|
| 13:20 | 1 | claims against M-I, and they dismissed their claims against us |
| 13:20 | 2 | some time ago. |
| 13:20 | 3 | **THE COURT:** All right. Very well. Thank you for |
| 13:20 | 4 | reminding me of that. |
| 13:20 | 5 | All right. Rule 52(c) of the Federal Rules of |
| 13:20 | 6 | Civil Procedure provide as follows. It's called "Judgment on |
| 13:21 | 7 | Partial Findings." |
| 13:21 | 8 | This particularly applies in a bench trial. It |
| 13:21 | 9 | says: "If a party has been fully heard on an issue during a |
| 13:21 | 10 | nonjury trial and the Court finds against the party on that |
| 13:21 | 11 | issue, the Court may enter judgment against the party on the |
| 13:21 | 12 | claim or defense that, under the controlling law, can be |
| 13:21 | 13 | maintained or defeated only with a favorable finding on that |
| 13:21 | 14 | issue. |
| 13:21 | 15 | "The Court may, however, decline to render any |
| 13:21 | 16 | judgment until the close of the evidence. A judgment of |
| 13:21 | 17 | partial findings must be supported by findings of fact and |
| 13:21 | 18 | conclusions of law as required by Rule 52(a)." |
| 13:21 | 19 | The difference in this and a so-called directed |
| 13:22 | 20 | verdict in a -- for example, in a jury trial is that once the |
| 13:22 | 21 | Court has heard all the evidence as to a particular claim -- |
| 13:22 | 22 | claim or defense, a claim in this case -- the Court -- it's not |
| 13:22 | 23 | simply a question of whether there's any evidence; it's a |
| 13:22 | 24 | question if the Court can make even a factual finding and can |
| 13:22 | 25 | make credibility calls and so forth, although I don't think |

5055

13:22  1    there's really any to be made in this particular instance.

13:22  2              M-I has moved for a judgment on partial findings

13:22  3    under Rule 52(c), and they have -- it's Record Document 8919.

13:22  4    They have supported their motion with a memorandum or brief,

13:22  5    and also with proposed findings of fact and conclusions of law

13:22  6    which, as I appreciate it, largely rely on stipulated facts.

13:23  7              Is that right, Mr. Tanner?

13:23  8         **MR. TANNER:**  That's right, Your Honor.

13:23  9         **THE COURT:**  And those essential facts are as follows:

13:23  10   That M-I and BP had entered into a contract related to the

13:23  11   Macondo well that governed the scope of M-I's work on the

13:23  12   Macondo well.

13:23  13             I'm not going to cite these stipulations that

13:23  14   support this.  They're set forth in the documents submitted by

13:23  15   M-I.

13:23  16             M-I had -- M-I recommended a drilling fluids

13:23  17   program for the Macondo well to BP.  And BP reviewed, revised,

13:23  18   and approved the drilling fluids program for the Macondo well.

13:24  19             Again, I'm just giving the bare essentials, I

13:24  20   think, here.

13:24  21             The deepwater -- there was a displacement

13:24  22   procedure that was based upon information provided by BP and

13:24  23   the M-I drilling fluid specialists for the *Deepwater Horizon*,

13:24  24   and that procedure was approved by BP.

13:24  25             The original procedure -- displacement

OFFICIAL TRANSCRIPT

13:24  1  procedure -- a first draft, that is, did not include a step in
13:24  2  the middle of the displacement providing for the conduct of a
13:25  3  negative pressure test.
13:25  4          The step requiring the displacement to stop for
13:25  5  BP to conduct this negative pressure test was added to the
13:25  6  procedure based on instructions provided by BP.
13:25  7          M-I had no responsibility for determining
13:25  8  whether BP would conduct a negative pressure test during the --
13:25  9  during displacement.
13:25  10          M-I had no responsibility for determining the
13:25  11  depth to which the well would be displaced to seawater.
13:25  12          BP and M-I had discussed using two lost
13:25  13  circulation material pills available on the rig in the spacer
13:25  14  used during the displacement of the well to seawater.
13:25  15          BP approved the using of the two lost
13:25  16  circulation material pills in the spacer.
13:25  17          No M-I personnel were involved in developing the
13:25  18  basis of the design of the well.
13:26  19          No M-I personnel were responsible for monitoring
13:26  20  the well or well -- for well control purposes.
13:26  21          No M-I personnel were responsible for decisions
13:26  22  as to when or how to set the surface cement plug for the
13:26  23  temporary abandonment procedure.
13:26  24          No M-I personnel were responsible for the
13:26  25  cementing.

13:26  1            No M-I personnel were responsible for conducting
13:26  2  or interpreting the negative pressure test on April 20th.
13:26  3            And the reason for the zero pressure reading on
13:26  4  the kill line during the negative pressure test has not been
13:26  5  definitively established.
13:26  6            So based on those findings of fact, the Court
13:26  7  can reach legal conclusions that there is no basis on which to
13:26  8  find that any act or omission of M-I caused or contributed to
13:27  9  the explosion or blowout which occurred on April 20th, 2010.
13:27 10            I guess I should add -- before I finish this, I
13:27 11  should ask one question.
13:27 12            Is there any argument or allegation that M-I was
13:27 13  somehow involved in the -- or had any role in the -- that will
13:27 14  be tried in Phase Two?
13:27 15            MR. TANNER:  I'm not aware of any, Your Honor.
13:27 16            THE COURT:  Okay.  All right.
13:27 17            So based on those essential findings of fact and
13:27 18  conclusions of law, I am going to grant M-I -- it's M-I, LLC;
13:28 19  is that right?
13:28 20            MR. TANNER:  That's the legal name, yes, sir.
13:28 21            THE COURT:  -- M-I, LLC's motion for judgment --
13:28 22  judgment of partial findings.
13:28 23            MR. TANNER:  Thank you very much, Your Honor.  I
13:28 24  appreciate that.
13:28 25            THE COURT:  All right.

OFFICIAL TRANSCRIPT

13:28    1            **MR. TANNER:**  Thank you.

13:28    2            **THE COURT:**  What are you going to do with the rest of

13:28    3 your time now, Mr. Tanner?

13:28    4            **MR. TANNER:**  Well, I've got to stay here and listen

13:28    5 to Mr. -- to the next two parties, I guess, because you have

13:28    6 causes of action against us.

13:28    7            **MR. ROBERTS:**  Your Honor, unless that was unclear, I

13:28    8 indicated that on behalf of Transocean, we dismiss any claims

13:28    9 that we have pending against M-I, subject to M-I giving us one

13:28   10 of the chairs in the top row.

13:28   11            **MR. LANGAN:**  Your Honor, I thought that was my

13:28   12 department.

13:28   13            **MR. TANNER:**  Andy said he had the map.

13:28   14            **THE COURT:**  Yeah.  Mr. Langan's been our negotiator

13:28   15 on space.

13:28   16            **MR. TANNER:**  And then Halliburton as well.  Right?

13:28   17 Yeah.  Yeah.

13:28   18            **MR. GODWIN:**  I thought I said, Judge --

13:29   19            **THE COURT:**  You've already said that.  I want to make

13:29   20 it clear.

13:29   21            There are no remaining claims -- I've dismissed

13:29   22 the claims by the plaintiffs.  And what was said before, as I

13:29   23 appreciate it, all -- to the extent there were or are any

13:29   24 remaining third-party cross-claims, anything of that nature,

13:29   25 counterclaims against -- well, it wouldn't be a counterclaim, I

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 13:29 | 1 | guess, against M-I; those are dismissed. |
| 13:29 | 2 | Correct?  Everybody agree with that? |
| 13:29 | 3 | **MR. TANNER:**  Thank you very much, Your Honor. |
| 13:29 | 4 | **THE COURT:**  You're home free, Mr. Tanner. |
| 13:29 | 5 | **MR. TANNER:**  Thank you, sir.  I'll be out in the |
| 13:29 | 6 | hallway about these chairs. |
| 13:29 | 7 | **THE COURT:**  It was your persuasive examination that |
| 13:29 | 8 | carried the day. |
| 13:29 | 9 | **MR. TANNER:**  Well -- and I knew it would be.  Thank |
| 13:29 | 10 | you, Your Honor. |
| 13:29 | 11 | **THE COURT:**  All right.  Go ahead.  I'm listening. |
| 13:29 | 12 | I'm looking for something, but I'm listening. |
| 13:29 | 13 | **MR. BECK:**  On behalf of Cameron, we move, pursuant to |
| 13:29 | 14 | Rule 52(c), for a motion for judgment based on partial findings |
| 13:29 | 15 | related to the claims for punitive damages against Cameron. |
| 13:30 | 16 | Our position is, Your Honor, that based on all |
| 13:30 | 17 | the evidence that's been introduced after the plaintiffs have |
| 13:30 | 18 | been fully heard, that there's no evidence of sufficient |
| 13:30 | 19 | blameworthy conduct as required by the Fifth Circuit, which |
| 13:30 | 20 | would be willful and wanton conduct.  And, therefore, our |
| 13:30 | 21 | position is that based upon Rule 52(c), after the plaintiffs |
| 13:30 | 22 | have had an opportunity to be fully heard, that we -- that |
| 13:30 | 23 | Cameron, respectfully, should be entitled to a motion for |
| 13:30 | 24 | judgment on the punitive damages claim. |
| 13:30 | 25 | And Mr. Roy has agreed that this can be taken up |

13:30     1    orally subject to Your Honor's permission.
13:30     2              THE COURT:  All right.
13:30     3              Mr. Roy?
13:30     4         MR. ROY:  Yes, sir, Your Honor.  On behalf of the
13:30     5    PSC, just to be absolutely clear -- and I think Mr. Beck has
13:30     6    been clear.  But just to belt and suspenders it, the PSC would
13:30     7    object and does oppose granting any motion to dismiss of the
13:30     8    underlying negligence and marine strict liability claims.
13:30     9              As to the punitive damage claim, which is the
13:31    10    subject of his motion, and the limited subject of it, we do
13:31    11    agree it can be taken up orally.
13:31    12              While we do not agree to the motion, we do
13:31    13    believe that it is within the sound discretion of the Court to
13:31    14    view the evidence and make a ruling at this time.
13:31    15         THE COURT:  Anybody else want to be heard on this?
13:31    16    No one else?  Okay.
13:31    17              So you're moving only to dismiss the punitive
13:31    18    damage claims -- let me refresh my recollection -- of the --
13:31    19    you're not sued by the United States, first of all?
13:31    20         MR. BECK:  That is correct.
13:31    21         THE COURT:  So no Clean Water Act claims or anything
13:31    22    like that?
13:31    23         MR. BECK:  Correct.
13:31    24         THE COURT:  Okay.  I'm -- I am -- obviously, I've sat
13:31    25    through this trial, I've listened to all of the evidence

OFFICIAL TRANSCRIPT

13:31  1    relating to Cameron, and I'm not prepared to issue any kind of
13:32  2    findings or conclusions of law right now except to say that I
13:32  3    have not heard or seen evidence that would support -- in any
13:32  4    way support a finding of gross negligence or willful misconduct
13:32  5    on the part of Cameron.
13:32  6              So I'm going to grant your motion, with the
13:32  7    understanding I may have to issue something.  If you want to
13:32  8    submit some proposed findings and conclusions, I would invite
13:32  9    that.  Okay?
13:32  10             **MR. BECK:**  Thank you, Your Honor.
13:32  11             One additional point.  Mr. Roy is absolutely
13:32  12   right that we're not moving at this time with respect to
13:32  13   anything other than the punitive damages claim.
13:32  14             **THE COURT:**  Right.
13:32  15             **MR. BECK:**  We do intend, however, to file a similar
13:32  16   motion, but not to take up the Court's time, because that's
13:32  17   going to be opposed.  We'll just file something in writing,
13:32  18   with the Court's permission.
13:32  19             **THE COURT:**  That will be good.
13:32  20             **MR. BECK:**  Thank you, sir.
13:32  21             **MR. ROBERTS:**  Your Honor, Steve Roberts on behalf of
13:33  22   Transocean.
13:33  23             I've got the honor of having been preceded by
13:33  24   two former law partners of mine, Mr. Tanner and Mr. Beck.
13:33  25             Our status as a limitation petitioner makes the

13:33    1    timing of this a bit questionable, I admit that.  But just out
13:33    2    of an abundance of caution, we again move for a directed
13:33    3    verdict under 52(c) on factual insufficiency on all claims
13:33    4    against us.
13:33    5         Again, we would reurge so that dare not waive
13:33    6    the three partial -- motions for partial summary judgment that
13:33    7    the Court has under advisement.  That would be Docket Entry
13:33    8    Nos. 8105, 8106, and 8120.
13:33    9         Thank you, Your Honor.
13:33   10    **THE COURT:**  Thank you.
13:33   11         And I'll just state for the record with respect
13:33   12    to Transocean, obviously Transocean is the petitioner in
13:33   13    limitation.  I think it's clear, in fact, as I appreciate it,
13:33   14    that it's been admitted by Transocean that there was at least
13:33   15    negligence on the part of certain people employed by Transocean
13:34   16    with respect to what occurred on the rig that night.
13:34   17         So the issue then becomes, as I view it, we now
13:34   18    switch to Transocean not only defending itself against the
13:34   19    plaintiffs' claims, but being a petitioner in limitation,
13:34   20    Transocean has the burden of going forward to prove lack of
13:34   21    privity or knowledge.  So I don't think I could act on your
13:34   22    motion until we've heard all of that.
13:34   23         And then, of course, the other side gets a
13:34   24    chance to defend against your lack of privity or knowledge
13:34   25    claims.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 13:34 | 1 | So I'm going to deny your motion at this time |
| 13:34 | 2 | without prejudice.  Okay.  It can be reurged. |
| 13:34 | 3 | MR. ROBERTS:  Thank you, Judge. |
| 13:34 | 4 | THE COURT:  Thank you. |
| 13:34 | 5 | MR. GODWIN:  Hello, Judge.  Don Godwin for |
| 13:34 | 6 | Halliburton, Judge. |
| 13:34 | 7 | On behalf of Halliburton, Your Honor, we would |
| 13:34 | 8 | file -- we would make this oral motion for 52(c) on partial |
| 13:34 | 9 | findings regarding the PSC, state's and local government's |
| 13:35 | 10 | claims for gross negligence, willful misconduct, and punitive |
| 13:35 | 11 | damages.  We do not believe there's any facts to support a |
| 13:35 | 12 | gross negligence finding against Halliburton based on either of |
| 13:35 | 13 | those causes of action. |
| 13:35 | 14 | But, Your Honor, we will be filing today, as we |
| 13:35 | 15 | said yesterday, our written motion.  But we wanted to bring |
| 13:35 | 16 | this oral motion at this time, as you allowed us to do so. |
| 13:35 | 17 | THE COURT:  Okay. |
| 13:35 | 18 | MR. GODWIN:  For which we're most appreciative. |
| 13:35 | 19 | Anyway, that Rule 52 motion is granted -- not |
| 13:35 | 20 | granted but is being made, Judge. |
| 13:35 | 21 | THE COURT:  You can't grant your own motion. |
| 13:35 | 22 | MR. GODWIN:  I know.  I wish I could, Judge.  I liked |
| 13:35 | 23 | it when you were granting those motions when we got up there, |
| 13:35 | 24 | so maybe you'll stay in that pattern. |
| 13:35 | 25 | THE COURT:  Well, the pattern kind of changed, |

OFFICIAL TRANSCRIPT

13:35  1    though.  You were in the wrong place in line, Mr. Godwin.
13:35  2              MR. GODWIN:  I understand, Judge.
13:35  3              THE COURT:  I want you to go ahead and file it in
13:35  4    writing, but I'm going to -- again, I've heard enough evidence
13:35  5    so that I'm not going to -- I'm not going to grant your motion.
13:35  6    I'm going to deny your motion.
13:36  7              MR. GODWIN:  Okay, sir.
13:36  8              THE COURT:  Okay.
13:36  9              MR. GODWIN:  Thank you.
13:36  10             Judge, is this an appropriate time now to ask to
13:36  11   admit the documents from Calvin Barnhill's testimony?
13:36  12             THE COURT:  If you'd like to.
13:36  13             MR. GODWIN:  We have circulated those documents, I
13:36  14   believe it was, last evening, Your Honor, that we used in our
13:36  15   examination.  To my knowledge, there are no objections.  We'd
13:36  16   offer them at this time.
13:36  17             THE COURT:  Okay.  Without objection, those are
13:36  18   admitted.
13:36  19             MR. GODWIN:  Thank you, Judge.
13:36  20             MR. LANGAN:  Your Honor, Andy Langan for BP.
13:36  21             On Monday we raised 52(c) orally.  The
13:36  22   plaintiffs have now rested.  So we just want to make sure for
13:36  23   the record we do that again.  You've already said you were
13:36  24   going to defer on that, but just for the record, we want to --
13:36  25             THE COURT:  I'll just -- I don't know if I was clear

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 13:36 | 1 | whether I was deferring or denying or whatever.  As a practical |
| 13:36 | 2 | matter, particularly in a bench trial, I don't think it makes |
| 13:36 | 3 | much difference, but I'm just going to say I'll deny your |
| 13:36 | 4 | motion, but obviously you can reurge it at the conclusion of |
| 13:36 | 5 | all the evidence.  Okay? |
| 13:36 | 6 | **MR. LANGAN:**  Thank you, Your Honor. |
| 13:36 | 7 | **THE COURT:**  Thank you. |
| 13:36 | 8 | **MR. IRPINO:**  Your Honor, Anthony Irpino for the PSC. |
| 13:37 | 9 | We have our list of exhibits from Mr. Barnhill's testimony that |
| 13:37 | 10 | have been sent around and approved by the parties.  We'd like |
| 13:37 | 11 | to offer, file, and introduce that. |
| 13:37 | 12 | **THE COURT:**  Any objection to the private plaintiffs' |
| 13:37 | 13 | exhibits relating to Mr. Barnhill? |
| 13:37 | 14 | **MR. BRIAN:**  Your Honor, Brad Brian for Transocean. |
| 13:37 | 15 | Mr. Hymel went back to the office.  So we're going to submit |
| 13:37 | 16 | our exhibits for Mr. Barnhill maybe tomorrow.  And I guess I |
| 13:37 | 17 | would ask the -- Mr. Hymel to look at this list before we -- we |
| 13:37 | 18 | may not have any objections, but I don't know. |
| 13:37 | 19 | **THE COURT:**  Okay.  We can take that up tomorrow. |
| 13:37 | 20 | By the way, tomorrow you'll all be pleased to |
| 13:37 | 21 | know, I get to play Judge Shushan tomorrow to do the exhibit |
| 13:37 | 22 | marshaling. |
| 13:37 | 23 | **MR. IRPINO:**  How does that work? |
| 13:37 | 24 | **THE COURT:**  We'll see.  She left me detailed |
| 13:37 | 25 | instructions as to what I'm supposed to do, you know.  So I |

OFFICIAL TRANSCRIPT

13:37   1   hope I don't screw it up.

13:37   2        MR. IRPINO:  Judge, one other --

13:37   3        THE COURT:  Anyway, I was just going to mention that

13:38   4   we'll have the regular marshaling conference even though she's

13:38   5   not here.  I guess we'll do it around -- when did we break last

13:38   6   time, 5:30 or so?

13:38   7        MR. UNDERHILL:  3:00.

13:38   8        THE COURT:  3:00?  I don't think so.  No, 5:30.

13:38   9        MR. IRPINO:  One final thing, Brad alluded to it

13:38   10  earlier.  We've sent around or list for exhibits and

13:38   11  demonstratives used and offered in connection with Steve

13:38   12  Newman's testimony.  We've received no objection.  Transocean

13:38   13  specifically looked at it and said they didn't have any

13:38   14  objection.

13:38   15       THE COURT:  Any remaining objection to the

13:38   16  plaintiff's motion -- I mean, exhibit list related to

13:38   17  Mr. Newman?

13:38   18       Hearing none, those are admitted.

13:38   19       MR. STERBCOW:  Your Honor, good afternoon.  Paul

13:38   20  Sterbcow for the PSC.  It's a new matter, but the PSC feel like

13:38   21  we need to raise it with Your Honor now.

13:38   22       We've been notified by Transocean and

13:38   23  Halliburton that it is their intent between the two of them to

13:38   24  play up to 27 video clips in their cases, their defense cases.

13:39   25  We think it's an abuse and a violation of the rule.

13:39   1          Our understanding was video clips would be

13:39   2   played in court for witness testimony context, for credibility

13:39   3   purposes, but it was to be on a very limited basis, which we

13:39   4   did.

13:39   5          We played two.  The only reason we played a

13:39   6   third, it was Mike Williams who we were going to bring live and

13:39   7   we lost control of him.

13:39   8          I think at least two of the witnesses, Murry

13:39   9   Sepulvado and John Gisclair, have been listed as will-call

13:39  10   witnesses by the parties, one of whom at least was subpoenaed.

13:39  11   We see it, Your Honor, as -- the PSC sees this as an attempt to

13:39  12   play video clips and avoid putting witnesses live on the stand

13:39  13   and subjecting them to cross-examination; and we would object.

13:39  14          I don't have a magic number as to how many video

13:39  15   clips are appropriate; but 11 by Halliburton and up to 16 by

13:39  16   Transocean, we feel, is wholly inappropriate.

13:40  17          **THE COURT:**  All right.  Let me hear from them.

13:40  18          **MR. BRIAN:**  Your Honor, Brad Brian for Transocean.

13:40  19          I guess my first response is I'd like to take a

13:40  20   look at this and maybe confer with Mr. Sterbcow and take this

13:40  21   up at a different time.

13:40  22          With respect to the two that we wanted to play

13:40  23   today, and actually now, one is Leo Lindner, who was on the

13:40  24   plaintiff's list.  And we were prepared to cross-examine him

13:40  25   and was notified that he was not going to be called.  So we

13:40  1   would like to play --

13:40  2              THE COURT:  How long of one is that?

13:40  3              MR. BRIAN:  About 15 minutes, I believe.

13:40  4              THE COURT:  The other one is Murry Sepulvado?

13:40  5              MR. BRIAN:  The other one is Murry Sepulvado, who was

13:40  6   on our will-call list.  We looked at it and thought, frankly,

13:40  7   it would be just easier and shorter to do with -- it's about a

13:40  8   15-minute video clip.

13:40  9              THE COURT:  I'm sure that would be shorter.

13:40  10              MR. BRIAN:  It will be shorter.  If -- we're not --

13:40  11   if Your Honor would prefer we bring him live, we'll do that,

13:40  12   but we actually thought --

13:40  13              THE COURT:  No.  I don't see any problem with those

13:40  14   two.

13:40  15              I tend to agree, if we're talking about 20

13:40  16   something total, that sounds maybe a little excessive.

13:41  17              MR. BRIAN:  The only other ones we have that are more

13:41  18   significant are Mr. Woelfel, our expert who unfortunately died.

13:41  19   I think that's --

13:41  20              THE COURT:  That's different, yeah.

13:41  21              MR. BRIAN:  -- understandable.  And then Paul Johnson

13:41  22   is a more significant one.

13:41  23              The other ones are very, very short clips,

13:41  24   most -- many of which go to this question that Mr. Webster

13:41  25   testified to about the audits and things --

OFFICIAL TRANSCRIPT

```
13:41   1         THE COURT:  Why don't we do this:  Why don't I ask
13:41   2   you and Mr. Godwin, who's standing right behind you, to confer
13:41   3   sometime today or this evening with the PSC and plaintiffs and
13:41   4   see if we can work this out to reduce that number.
13:41   5         MR. BRIAN:  We'll do that.
13:41   6         THE COURT:  Okay.
13:41   7         MR. BRIAN:  Then I would propose that -- before we do
13:41   8   that, I would propose just to play Mr. Lindner's first and
13:41   9   we'll talk about Mr. Sepulvado, unless they withdraw their
13:41   10  objection to Mr. Sepulvado.
13:41   11        MR. STERBCOW:  No, that's fine.
13:41   12        THE COURT:  I said those two are okay.  We can go
13:41   13  ahead with those two.
13:41   14        MR. BRIAN:  Okay.  And one other --
13:41   15        THE COURT:  I was talking about the remainder of them
13:41   16  going forward.
13:41   17        MR. BRIAN:  Will do, Your Honor.
13:41   18        The other thing I would mention, it was brought
13:42   19  to my attention that the deponents in their depositions, when
13:42   20  they're asked to introduce themselves, they gave their
13:42   21  addresses.  My mistake, we did not splice that from the
13:42   22  videotape.  I will take it out of the transcript when I give it
13:42   23  to the -- it's in there right now, but I will blacken that out,
13:42   24  if that's acceptable.  Because I understand it's the Court's
13:42   25  desire not to have that in the record.
```

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 13:42 | 1 | THE COURT:  Okay. |
| 13:42 | 2 | MR. WILLIAMSON:  One last thing, Judge, we had told |
| 13:42 | 3 | you we would redact the Perkin report, and we have two |
| 13:42 | 4 | exhibits.  I talked to BP.  We're in the process of reaching -- |
| 13:42 | 5 | trying to reach an agreement.  We have reached partial |
| 13:42 | 6 | agreement.  I've talked to TO.  I think I'll reach agreement. |
| 13:42 | 7 | I just wanted to make sure the Court knew that. |
| 13:42 | 8 | I think it's appropriate to bring it up tomorrow at 5:30, |
| 13:42 | 9 | assuming that's acceptable to the judge. |
| 13:42 | 10 | THE COURT:  That's fine.  That makes sense. |
| 13:42 | 11 | All right.  So we're going to play Mr. Lindner's |
| 13:42 | 12 | depo clips? |
| 13:42 | 13 | MR. BRIAN:  Yes, Your Honor.  I have copies of the -- |
| 13:42 | 14 | of the actual transcript delivered to your clerk and the court |
| 13:42 | 15 | reporter.  I actually have copies for the parties if they want |
| 13:43 | 16 | them. |
| 13:43 | 17 | We're going to play Mr. Lindner, Your Honor. |
| 13:44 | 18 | THE COURT:  Okay. |
| 09:20 | 19 | (WHEREUPON, the videotaped deposition of **Leo Thomas** |
| 09:20 | 20 | **Lindner** was played.) |
| 13:59 | 21 | MR. BRIAN:  That completes Mr. Lindner, Your Honor. |
| 13:59 | 22 | THE COURT:  All right. |
| 13:59 | 23 | MR. BRIAN:  I've had further discussions with the |
| 13:59 | 24 | PSC.  I propose to go ahead with Mr. Childs at this time. |
| 13:59 | 25 | THE COURT:  Okay.  Very well. |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 13:59 | 1 | Stephanie, turn the lights back on. |
| 13:59 | 2 | THE DEPUTY CLERK:  Okay. |
| 13:59 | 3 | (WHEREUPON, **GREG CHILDS**, having been duly sworn, |
| 13:59 | 4 | testified as follows.) |
| 14:00 | 5 | THE DEPUTY CLERK:  Please state your full name and |
| 14:00 | 6 | correct spelling for the record. |
| 14:00 | 7 | THE WITNESS:  Eric Gregory Childs, E-R-I-C, |
| 14:00 | 8 | G-R-E-G-O-R-Y -- |
| 14:00 | 9 | THE COURT:  You need to pull that microphone up. |
| 14:00 | 10 | No, it's -- oh, you have -- |
| 14:01 | 11 | THE WITNESS:  Is that better? |
| 14:01 | 12 | THE COURT:  No.  It must not be on. |
| 14:01 | 13 | THE WITNESS:  Green light. |
| 14:01 | 14 | THE COURT:  Can't hear you.  Is that yours or ours? |
| 14:01 | 15 | Did you bring your own? |
| 14:01 | 16 | THE WITNESS:  It's the Court's.  Is that any better? |
| 14:01 | 17 | MR. BAAY:  It's the Court's. |
| 14:01 | 18 | THE WITNESS:  I have to hold it up to my mouth for it |
| 14:01 | 19 | to work. |
| 14:01 | 20 | THE COURT:  Give that back to her.  Why don't you |
| 14:01 | 21 | just use the microphone that's there.  When you have to get up, |
| 14:01 | 22 | we'll give you one of these hand-held mics, and you can take it |
| 14:01 | 23 | with you. |
| 14:01 | 24 | Make sure the battery's good, Stephanie. |
| 14:01 | 25 | Does it work? |

OFFICIAL TRANSCRIPT

14:01    1          THE DEPUTY CLERK:  Give it a try.

14:01    2          THE WITNESS:  Is this working?

14:02    3          THE DEPUTY CLERK:  I think only one mic can --

14:02    4          THE COURT:  I have no idea.

14:02    5          THE DEPUTY CLERK:  And the battery's full.

14:02    6          THE COURT:  Use that microphone there.

14:02    7              Why don't you call Steve and figure out what's

14:02    8    going on.

14:02    9          THE WITNESS:  This one works.

14:02   10          MS. KARIS:  Your Honor, before we get started, with

14:02   11    the Court's permission, if I could just move forward if he's

14:02   12    going to be going to the board.

14:02   13          THE COURT:  That's fine.

14:02   14          MS. KARIS:  Thank you.

14:02   15          THE COURT:  Swing the microphone toward you.

14:02   16          THE WITNESS:  Is this working?

14:02   17          THE COURT:  That's better.  Yeah.

14:02   18              She may be able to adjust the volume when she

14:02   19    gets back.

14:02   20          MR. BAAY:  It will be a while before we go to the

14:02   21    board.

14:02   22              Good afternoon, Your Honor.  David Baay,

14:02   23    Transocean.  I have Greg Childs on direct examination.

        24

        25

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 14:02 | 1 | **DIRECT EXAMINATION** |
| 14:02 | 2 | **BY MR. BAAY:** |
| 14:02 | 3 | **Q.**   Tell the Court where you're currently working. |
| 14:02 | 4 | **A.**   WEST Engineering Services. |
| 14:02 | 5 | **Q.**   How long have you worked for WEST? |
| 14:02 | 6 | **A.**   About 17 years. |
| 14:02 | 7 | **Q.**   Is WEST located in Houston? |
| 14:03 | 8 | **A.**   Houston area, yes, sir. |
| 14:03 | 9 | **Q.**   Tell us about your training and education. |
| 14:03 | 10 | **A.**   Bachelor of science, mechanical engineering, University of |
| 14:03 | 11 | Houston, 1971; then Advanced Management Institute at Rice |
| 14:03 | 12 | University in 1992. |
| 14:03 | 13 |           **MR. BAAY:**  Dennis, could we bring up D-6682, please. |
| 14:03 | 14 | **BY MR. BAAY:** |
| 14:03 | 15 | **Q.**   Mr. Childs, when did you first become involved with |
| 14:03 | 16 | blowout preventers? |
| 14:03 | 17 | **A.**   After my joining of Cameron Iron Works.  I started there |
| 14:03 | 18 | as a design engineer II, graduated up through III, and then |
| 14:03 | 19 | senior. |
| 14:03 | 20 | **Q.**   Tell us what your responsibilities were as a design |
| 14:03 | 21 | engineer for Cameron. |
| 14:03 | 22 | **A.**   Design of all drill-through related equipment that Cameron |
| 14:03 | 23 | sold:  the BOPs, rams, connectors, riser -- drilling riser, |
| 14:03 | 24 | ball joints/flex joints, anything involved with drill-through |
| 14:03 | 25 | equipment. |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 14:03 | 1 | **Q.**   As you've marked on D-6682, you made a series of |
| 14:03 | 2 | promotions through design engineer? |
| 14:03 | 3 | **A.**   Those series, yes, sir. |
| 14:03 | 4 | **Q.**   And that was II, III, and then senior? |
| 14:03 | 5 | **A.**   Yes. |
| 14:03 | 6 | **Q.**   And in that role of design engineer, did you have the |
| 14:04 | 7 | opportunity to design any BOP or blowout preventer components |
| 14:04 | 8 | for Cameron? |
| 14:04 | 9 | **A.**   Complete BOPs and components around BOPs. |
| 14:04 | 10 | **Q.**   After your time as design engineer, what was your next |
| 14:04 | 11 | promotion within Cameron? |
| 14:04 | 12 | **A.**   I became engineering manager for that same group. |
| 14:04 | 13 | **Q.**   What were your responsibilities as engineering manager? |
| 14:04 | 14 | **A.**   Manage design engineers designing the same equipment we |
| 14:04 | 15 | just discussed. |
| 14:04 | 16 | **Q.**   Through your time at Cameron, did you develop or become |
| 14:04 | 17 | the primary author for patents related to components designed |
| 14:04 | 18 | while at Cameron? |
| 14:04 | 19 | **A.**   Yes, I'm the named inventor on five patents for Cameron. |
| 14:04 | 20 |     **MR. BAAY:**   Let's go to the second page of this |
| 14:04 | 21 | exhibit, please, this demonstrative. |
| 14:04 | 22 | **BY MR. BAAY:** |
| 14:04 | 23 | **Q.**   Tell us briefly what those patents involve, what |
| 14:04 | 24 | components those patents involve. |
| 14:04 | 25 | **A.**   The first one was on the super shear or casing shear ram. |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:05   1   Two or three others were on flex packers, which are a form of
14:05   2   variable bore ram.  The other over on ram BO- -- rams for ram
14:05   3   BOPs.
14:05   4          THE COURT:  Excuse me, one second.
14:05   5              Steve, is it possible to use two microphones at
14:05   6   the same time?
14:05   7          MR. MUNSTER:  Yes.
14:05   8          THE COURT:  Because the witness was trying to use it
14:05   9   and it didn't work.
14:05   10          THE WITNESS:  I had to put it right at my mouth.
14:05   11          THE COURT:  And also the hand-held mic wasn't working
14:06   12   either.
14:06   13          MR. MUNSTER:  When you use the lavaliers, the
14:06   14   hand-held ones are disabled.
14:06   15          THE WITNESS:  How's that?
14:06   16          THE COURT:  That's better.
14:06   17          THE WITNESS:  Is that working?
14:06   18                  (OFF THE RECORD)
14:06   19          THE WITNESS:  Is everybody hearing me?
14:06   20          MR. BAAY:  Push the other one back.  We're getting a
14:06   21   little bit of an echo.
14:06   22          MR. MUNSTER:  Hit mute on the witness mic.
14:06   23          THE WITNESS:  I did not turn up the mic.
14:06   24          MR. BAAY:  Try that.
14:06   25          THE WITNESS:  How's that.  Is everybody hearing me?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:07   1          THE COURT:  I can hear you, but I don't know if
14:07   2    anybody else can.
14:07   3              Is that better or worse for everybody?
14:07   4          THE WITNESS:  Is this acceptable in the back?
14:07   5          THE COURT:  Can you hear in the back?
14:07   6              Yes.  They can hear in the back.
14:07   7          MR. BAAY:  Let's give it a go, and we'll readjust if
14:07   8    need be.
14:07   9          THE COURT:  Turn up the volume a little bit.
14:07  10          MR. BAAY:  Try that, Greg.
14:07  11          THE WITNESS:  Is that better?  Are we there yet?
14:07  12          MR. BAAY:  There you go.
14:07  13          THE COURT:  Okay.
14:07  14          MR. BAAY:  May I proceed, Your Honor?
14:07  15          THE COURT:  Go ahead.
14:07  16    BY MR. BAAY:
14:07  17    Q.   In sum total, how long were you with Cameron?
14:07  18         You said you started in 1974.  When did you leave
14:07  19    Cameron?
14:07  20    A.   In 1996, 21 1/2 years.
14:07  21    Q.   As you left, you were in the role of manager for design
14:07  22    engineers?
14:07  23    A.   My actual last role was responsibility for worldwide
14:07  24    repair for all ram BOPs that Cameron produced.
14:08  25    Q.   When you left Cameron, did you join WEST Engineering?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:08   1   **A.**   Yes, I went directly there.

14:08   2   **Q.**   And in what capacity did you join WEST?

14:08   3   **A.**   Vice president of drill-through equipment.

14:08   4   **Q.**   At the time you joined WEST, were you one of two main

14:08   5   principals of WEST Engineering?

14:08   6   **A.**   Yes.  The owner and myself were the principals.

14:08   7   **Q.**   Now, describe for us what kind of work WEST Engineering

14:08   8   does.

14:08   9   **A.**   It started as a training company, moved into consulting,

14:08  10   and branched out into assessments of rig equipment,

14:08  11   drill-through equipment, mainly at the first on drilling rigs

14:08  12   worldwide.

14:08  13   **Q.**   When you say "drill-through equipment," you're talking

14:08  14   about blowout prevention equipment?

14:08  15   **A.**   That is the more generic term, blowout prevention

14:08  16   equipment.  So everything that you would drill --

14:08  17   **Q.**   Would you consider WEST to be one of the leading experts

14:08  18   in the industry when to comes consulting on blowout prevention

14:08  19   equipment?

14:08  20   **A.**   Yes, I would.

14:08  21   **Q.**   Tell us about your role with WEST.  What were your

14:08  22   responsibilities when you joined WEST?

14:08  23   **A.**   I've done training.  I was the principal trainer or leader

14:09  24   for both the basic and the advanced seminars.

14:09  25            I run the crew at the end that work across the world

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:09  1  doing rig assessments.  Currently I have close to 90 surveyors

14:09  2  or assessors that go around the world assessing equipment on

14:09  3  drilling rigs around the world.  We do troubleshooting.  We do

14:09  4  risk assessments.

14:09  5      Again, we're still basically a consulting company.

14:09  6  So as our customers have issues, they request us for

14:09  7  assistance.

14:09  8  Q.   In your role with WEST -- you teach seminars, I believe

14:09  9  you mentioned?

14:09  10 A.   Yes, the basic and the advanced.

14:09  11 Q.   And we're talking about the basic and advanced in blowout

14:09  12 prevention equipment?

14:09  13 A.   Yes, drill-through equipment.  In fact, it's called DTE,

14:09  14 drill-through equipment, and advanced offshore deepwater

14:09  15 drilling-type advancements.

14:09  16 Q.   Does WEST's work with blowout prevention equipment also

14:09  17 involve maintenance work with blowout prevention equipment?

14:10  18 A.   Yes.  When we have our guys go on the rig, the idea is to

14:10  19 assist them with their equipment, learning how to lower

14:10  20 downtime.  That would include, of course, better maintenance,

14:10  21 possibly better procedures, and make recommendations where the

14:10  22 operator or a contractor can lower downtime and have a more

14:10  23 efficient operation, safer operation, and drill a cheaper and

14:10  24 better well.

14:10  25 Q.   Now, do operators like BP come and hire WEST for WEST to

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:10  1  consult on their blowout prevention equipment on their rigs?

14:10  2  A.   Yes.  We're currently working for all the major operators,

14:10  3  including BP.

14:10  4  Q.   Tell us briefly what type of work you do for companies

14:10  5  like BP and other operators.

14:10  6  A.   For BP, Chevron and a few others, we have a man on board

14:10  7  full-time.  We rotate men 28 and 28 days.  They're there to

14:10  8  assist with all aspects of drill-through equipment on the rig,

14:10  9  full-time.

14:10  10  Q.   Does WEST's work with operators involve consulting these

14:11  11  companies on how to make sure their blowout prevention

14:11  12  equipment complies with industry standards?

14:11  13  A.   Yes.  Part of assessments these gentlemen make are for

14:11  14  regulatory requirements and API requirements; the OEM, or

14:11  15  original equipment manufacturer, requirements; and good oil

14:11  16  field practice and lessons learned in the oil field.

14:11  17  Q.   And does WEST's work with these operators also involve

14:11  18  making sure their blowout prevention equipment complies with

14:11  19  applicable regulations?

14:11  20  A.   Of course.  Yes, sir.

14:11  21  Q.   Now, were you and WEST hired to be a part of Transocean's

14:11  22  internal investigation team following the Macondo incident?

14:11  23  A.   Yes.  I joined the team in May of '10.

14:11  24  Q.   Describe for Judge Barbier what your role was on that

14:11  25  team.

GREG CHILDS - DIRECT

14:11  1    A.    I was the leader of the WEST contingent of personnel

14:11  2    assisting with blowout prevention equipment and controls or

14:11  3    drill-through equipment.

14:11  4    Q.    Did your role on that team also involve examining the

14:12  5    forensic evidence and examination that occurred with DNV's

14:12  6    review of the blowout preventer and the related equipment?

14:12  7    A.    Yes.  From the beginning each bit of information that was

14:12  8    received was analyzed and reviewed by the drill-through

14:12  9    equipment team.

14:12  10   Q.    Did you have others from WEST with you on Transocean's

14:12  11   internal team?

14:12  12   A.    Yes.  Initially, I brought over two of my other experts in

14:12  13   drill-through equipment, hydraulics and mechanical types; and

14:12  14   as we learned that there were more electrical questions or

14:12  15   software questions, I brought in an electrical software

14:12  16   specialist.

14:12  17   Q.    Was the focus of your team, as you were housed on the

14:12  18   Transocean internal team, to help understand why the blowout

14:12  19   preventer did not seal the well on April 20th, 2010?

14:12  20   A.    Of course.  Again, as we gathered any data that would come

14:12  21   from the field, we reviewed that and tried to understand

14:12  22   exactly what happened.

14:12  23   Q.    How long were you a member of Transocean's internal team?

14:13  24   A.    About a year, through the time they issued their report.

14:13  25   Q.    Now, I want to talk for a minute about experience with

GREG CHILDS - DIRECT

14:13   1   control systems.  Mr. Childs, do you have experience with

14:13   2   blowout prevention control systems?

14:13   3   **A.**   Yes, sir.

14:13   4   **Q.**   And let's start with your time at Cameron.  What work did

14:13   5   you do with control systems while at Cameron?

14:13   6   **A.**   While at Cameron, any new BOP equipment design, mocking

14:13   7   system design, connector had to have a proper circuit to

14:13   8   control it.  So we worked directly with the control systems

14:13   9   group to devise the proper circuitry and controls that would

14:13   10  handle proper operation of a piece of equipment.

14:13   11  **Q.**   And in your time at WEST, did WEST have experience and do

14:13   12  you have experience in performing risk assessments and

14:13   13  troubleshooting control systems?

14:13   14  **A.**   Yes.  Troubleshooting is basically a weekly occurrence,

14:13   15  maybe even more often.  And we gather as a group and do --

14:13   16  assist our operators, our customers on troubleshooting of that

14:13   17  piece of equipment.

14:14   18  **Q.**   All right.  Mr. Childs, it's been reported that the folks

14:14   19  upstairs who are listening can't hear you.  So try to lift your

14:14   20  voice.  If that doesn't work --

14:14   21  **A.**   I think this is a high as I can get.

14:14   22          **THE COURT:**  I think, with all due respect, you're

14:14   23  very, very soft-spoken and that's part of the problem.  These

14:14   24  guys know how to talk loudly.

14:14   25          **THE WITNESS:**  Well, I'll have to learn how to talk

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:14    1    louder.

14:14    2              How's that, everybody?

14:14    3         THE COURT:  That's better.

14:14    4    BY MR. BAAY:

14:14    5    Q.   Keep it up.

14:14    6    A.   Yes.

14:14    7    Q.   I won't be shy to remind you.

14:14    8         MR. BAAY:  We can pull down D-6682.  Thank you.

14:14    9         THE WITNESS:  Mr. Baay, we haven't got into the risk

14:14   10    assessment part that we were going into.  I was interrupted

14:14   11    there.

14:14   12    Q.   Okay.  My fault.

14:14   13         MR. BAAY:  Pull it back up, D-6682.

14:14   14    BY MR. BAAY:

14:14   15    Q.   We were talking about control systems and your time at

14:14   16    WEST and you were describing for us what these risk assessments

14:14   17    involved when you were looking at control systems?

14:14   18    A.   Right.  I was involved in at least ten risk assessments,

14:15   19    two of which I led myself.  These risk assessments assess the

14:15   20    control system from the point where the fluid enters the BOP or

14:15   21    connector or valve all the way through the pod.

14:15   22              I assessed each line, hose, connection, valve, and

14:15   23    the entire circuit to see if there were any issues, rank those

14:15   24    issues, and then if they were high ranking, they had to have

14:15   25    mitigations to know how to correct those issues.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:15  1  **Q.**   Now, is it fair to say your time looking at control
14:15  2  systems involved time spent with solenoids and batteries in
14:15  3  those control systems?
14:15  4  **A.**   Yes, including the batteries and including the solenoids,
14:15  5  of course, from the -15s that gave some problems in the field
14:15  6  years ago until they were all replaced with the -63s we're
14:15  7  talking about here.  Yes, sir.
14:15  8  **Q.**   Is it fair to say that your -- the majority of your risk
14:15  9  assessments and troubleshooting activities involved Cameron
14:16  10  control systems?
14:16  11  **A.**   Yes, the majority were Cameron.  And they have the
14:16  12  majority of the equipment in the field.
14:16  13  **Q.**   Did you spend time with Mark II control systems, the same
14:16  14  system that we know was on the *Deepwater Horizon* BOP?
14:16  15  **A.**   Yes, sir.
14:16  16  **Q.**   Now, Mr. Childs, given the fact that this case involves
14:16  17  examination of a Cameron BOP, do you feel qualified to serve as
14:16  18  an expert in this litigation?
14:16  19  **A.**   I do.
14:16  20  **Q.**   And have you served as an expert consultant in other
14:16  21  litigation matters involving the review of blowout prevention
14:16  22  equipment?
14:16  23  **A.**   I have.
14:16  24  **Q.**   And have you given expert depositions in those matters
14:16  25  where you were hired related to your review of blowout

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:16   1   prevention equipment?

14:16   2   **A.**   I have.

14:16   3        **MR. BAAY:**  Your Honor, at this time, we'd like to

14:16   4   tender Mr. Childs as a qualified expert in blowout preventers.

14:16   5        **MS. KARIS:**  Hariklia Karis on behalf of BP.  We have

14:16   6   filed a *Daubert* motion with respect to certain aspects of

14:16   7   Mr. Childs' opinions.  I'm happy to raise that now with the

14:16   8   Court.

14:16   9        **THE COURT:**  As I recall -- I read the motions; and as

14:17  10   I recall, your motion is directed towards his opinion regarding

14:17  11   the battery and the solenoids; correct?

14:17  12        **MS. KARIS:**  That's correct.  And included in that is

14:17  13   Mr. Childs' reliance on some work done by Mr. Tolleson and some

14:17  14   handwritten notes that apparently have never been produced and

14:17  15   we've never had an opportunity to see the text of which

14:17  16   Mr. Childs relies on.

14:17  17        **THE COURT:**  All right.  Well, I'm going to let him

14:17  18   testify; and, you know, you can object to either certain

14:17  19   questions or use that in cross-examination.  And I will have to

14:17  20   decide how much weight to give to his testimony, okay?

14:17  21        **MS. KARIS:**  Thank you, Your Honor.

14:17  22        **MS. HANKEY:**  Rachel Hankey for the United States.

14:17  23   Just for the record, the United States also filed a motion on

14:17  24   the same subject.

14:17  25        **THE COURT:**  All right.  Okay.  Thank you.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:17  1          **MR. BAAY:**  May I proceed, Your Honor?

14:18  2          **THE COURT:**  Yes.

14:18  3          **MR. BAAY:**  Thank you very much.

14:18  4               Yes.  Let's pull up D-6686.

14:18  5   **BY MR. BAAY:**

14:18  6   **Q.**   Mr. Childs, let's turn to your opinions in connection with

14:18  7   the Macondo incident, okay?

14:18  8   **A.**   Yes, sir.

14:18  9   **Q.**   Do you have an opinion, sir, as to whether the BOP did

14:18  10  function on April 20th?

14:18  11  **A.**   I do.

14:18  12  **Q.**   What is your opinion?

14:18  13  **A.**   That the BOP did function on April 20th.

14:18  14  **Q.**   Now, explain to us what you mean by the fact that it did

14:18  15  function.

14:18  16  **A.**   The annular BOP was operated and functioned; the variable

14:18  17  bore rams were operated and functioned; and the shear ram

14:18  18  operated and functioned.

14:18  19  **Q.**   According to your second opinion, if the BOP did operate

14:18  20  on April 20th, do you have an opinion as to why it did not shut

14:18  21  in the well on April 20th?

14:18  22  **A.**   Yes.

14:18  23  **Q.**   What is your opinion?

14:18  24  **A.**   The extreme flow from the well created a lift on the drill

14:18  25  pipe, which helically buckled drill pipe, forcing it to the

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:18    1   side of the bore and the shear rams operated a -- contacted

14:18    2   drill pipe on the side of bore outside the shearing area and --

14:19    3   disabling the ability for the ram to fully close, seal, and

14:19    4   seal the well.

14:19    5   **Q.**   As you've read the reports of other experts who have been

14:19    6   hired to review the BOP in this matter, as you've sat and heard

14:19    7   the testimony in this case, is there any dispute that the pipe

14:19    8   was off-center at the time that the blind shear ram activated?

14:19    9   **A.**   No, sir.

14:19   10   **Q.**   In your opinion and based on your review of the forensic

14:19   11   evidence, was it possible for the pipe to have been off-center

14:19   12   on April 22nd, at the time of the autoshear activation?

14:19   13   **A.**   Not in my opinion.

14:19   14   **Q.**   We'll explore that in detail in a minute.

14:19   15         Turning to your third opinion, do you have an opinion

14:19   16   as to whether maintenance played a role in the blind shear

14:19   17   rams' ability to shut in the well?

14:19   18   **A.**   I do.

14:19   19   **Q.**   What is that opinion?

14:19   20   **A.**   There's no maintenance issue that played any role in the

14:19   21   ability for the shear rams to close and seal on that off-center

14:19   22   pipe.

14:19   23   **Q.**   Now, we've heard quite a bit of testimony in the case that

14:19   24   a dead 27-volt battery in the blue pod and faulty solenoid in

14:20   25   the yellow pod could have prevented the blind shear ram from

GREG CHILDS - DIRECT

14:20  1    functioning on April 20th; and we'll get into more detail on

14:20  2    that in a minute.

14:20  3            For right now, let me ask you:  Do you have an

14:20  4    opinion as to whether any maintenance issues with the blue

14:20  5    pod's 27-volt battery or the yellow pod's solenoid 103 affected

14:20  6    those pods' ability to operate the blind shear ram?

14:20  7    A.   They did not.

14:20  8    Q.   And does the forensic evidence support your opinion that

14:20  9    the blue pod 27-volt and the yellow pod solenoid functioned the

14:20  10   blind shear ram on April 20th, 2010?

14:20  11   A.   Yes, it does.

14:20  12   Q.   In your fourth opinion and final opinion, do you have an

14:20  13   opinion as to whether the configuration of the BOP stack on the

14:20  14   *Deepwater Horizon* at the time of the incident complied with

14:20  15   industry practice?

14:20  16   A.   Yes, I do.

14:20  17   Q.   Please tell the Court that opinion.

14:20  18   A.   The configuration of the BOP stack did comply with

14:20  19   industry standard.

14:20  20   Q.   Okay.  So that we understand your opinions as we get into

14:21  21   them, let's first talk about how the BOP operates.

14:21  22           **MR. BAAY:**  If you'll pull up D-6667.

14:21  23   **BY MR. BAAY:**

14:21  24   Q.   This is a schematic I think the Court has seen quite a

14:21  25   bit, but just orient us to the key components of the *Deepwater*

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:21  1  *Horizon* blowout preventer.

14:21  2  **A.**   We'll be talking about the upper annular and the LMRP, the

14:21  3  blind shear ram, the very top of the main BOP stack, and the

14:21  4  variable bore rams below the casing shear rams.

14:21  5  **Q.**   Remind us, what is the purpose of the blowout preventer?

14:21  6  **A.**   The BOP, blowout preventer, is there when there is any

14:21  7  abnormal pressure incurred, sometimes called a kick, to be able

14:21  8  to close these, hold in that pressure, give you time to decide

14:21  9  what to do next, and take care of that kick.

14:21  10  **Q.**   Okay.  Let's first talk about the upper annular.

14:21  11       **MR. BAAY:**  Gary, if you'll pull up D-6668.

14:21  12  **BY MR. BAAY:**

14:21  13  **Q.**   Mr. Childs, as we look at this animation, describe for us

14:22  14  how the upper annular operates.

14:22  15  **A.**   The green portion we see is actually an annular piston.

14:22  16  The pressure below the annular piston pushes up through this

14:22  17  T-shape called the annular blue piece, which is called a pusher

14:22  18  plate.

14:22  19       This part is a solid rubber doughnut.  As the pusher

14:22  20  plate pushes it up, since this rubber is incompressible, it

14:22  21  then forces this, which is the packer, inward until it contacts

14:22  22  the pipe and seals against it.

14:22  23       The packer is rubber and steel inserts.  The darker

14:22  24  gray we see here, top and bottom, are parts of a segment that

14:22  25  run completely through the height of the packer and strengthen

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:22  1   the packer so that it can hold the pressure.  The rubber itself
14:22  2   is not sufficient for holding 10,000 psi, and it requires the
14:22  3   help of these metal inserts.
14:22  4   Q.   If the upper annular operates correctly in a well control
14:22  5   event, what is the effect?
14:22  6   A.   You get a seal between the wellbore, which is the
14:22  7   18 3/4 wellbore we're seeing here, and the pipe that's within
14:23  8   the packer.
14:23  9   Q.   You mentioned this dark gray material that we see in
14:23  10  D-6668.
14:23  11          MR. BAAY:  Gary, if you'll pull up D-6751.
14:23  12  BY MR. BAAY:
14:23  13  Q.   Is this a picture of one of those inserts you were
14:23  14  describing?
14:23  15  A.   Yes.  The top view is a top view of one of the several
14:23  16  inserts within the annular packer.  This portion right here is
14:23  17  basically T-shaped.  You'll see another photograph, and you'll
14:23  18  notice it.
14:23  19          The bottom piece, this would be this -- the top end
14:23  20  that we're seeing here, the top end flange and there's another
14:23  21  bottom end flange here and then there's a web of steel
14:23  22  connecting these two.
14:23  23          Now, in this case, rubber is still -- it's still
14:23  24  encased by some rubber from the packer and then the packing
14:23  25  element -- it is fully encased in rubber on the right, as we'll

GREG CHILDS - DIRECT

14:23  1   see here in just a minute.

14:23  2   **Q.**   So in operation, these are standing right side up through

14:23  3   the upper length of the upper annular?

14:24  4   **A.**   Yes.  This would be up, this end.  So it would be up this

14:24  5   way.

14:24  6   **Q.**   Let's go to D-6669, which would be the bird's-eye view of

14:24  7   the upper annular.

14:24  8   **A.**   You can see the triangular-shaped metal inserts we're

14:24  9   seeing here.  As the annular closes, you see the inserts move

14:24  10  much like the iris of a camera.  We'll watch them again as they

14:24  11  close around the pipe.

14:24  12         The rubber contacts the pipe, seals against the pipe,

14:24  13  and this steel array of inserts contains that rubber.  Again,

14:24  14  the rubber cannot contain the pressure by itself.  That is used

14:24  15  to help contain the 10,000-psi rating of the upper annular.

14:24  16  **Q.**   And these steal irises you were talking about, that's what

14:24  17  we just viewed in D-6751?

14:24  18  **A.**   Right.  These are the top flanges of that segment, which

14:24  19  are solid steel.

14:24  20  **Q.**   All right.  Let's turn now to the variable bore rams.  How

14:24  21  many variable bore rams did the *Deepwater Horizon* stack have?

14:25  22  **A.**   There were three sets of variable bore rams.

14:25  23         **MR. BAAY:**  Let's pull up D-6670.

14:25  24  **BY MR. BAAY:**

14:25  25  **Q.**   Mr. Childs, I'll have you describe for us how these

GREG CHILDS - DIRECT

14:25  1    components work.

14:25  2    A.   We're seeing the right-hand and left-hand VBR ram and

14:25  3    packer.  They're identical units.  They're just rotated to the

14:25  4    opposite sides.

14:25  5          The operators are outside of this.  The yellow

14:25  6    portion is the operators.  We've already seen it be actuated to

14:25  7    the fully-closed position.

14:25  8          Within these rams is a packer that's much like your

14:25  9    annular packer we just saw that contains these inserts, the

14:25  10   iris like the camera lens.  We have the side of the packer that

14:25  11   seals against the side of the bore, the top seal, sealing

14:25  12   around the floor wellbore.

14:25  13         Within here, as soon as we contact the pipe, it packs

14:25  14   off around the pipe.  The inserts help to form this metal ring

14:25  15   that in this case hold 15,000 psi.

14:25  16         MR. BAAY:  Let's look at D-6671.

14:25  17   BY MR. BAAY

14:25  18   Q.   Does the variable bore ram seal the wellbore around the

14:25  19   drill pipe just as the annular does?

14:25  20   A.   The same basic way, except it's in two halves with the two

14:26  21   rams.  You'll see it's closed around the pipe.  These metal

14:26  22   inserts, we see the tips of the fingers here that form this

14:26  23   nice metal ring around the pipe and help the ram have the

14:26  24   ability to hold a full 15,000 psi.

14:26  25   Q.   Let's talk now about the blind shear rams.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:26  1          MR. BAAY:  We can pull up D-6672.

14:26  2    BY MR. BAAY:

14:26  3    Q.   Describe for us how the blind shear rams function.

14:26  4    A.   Very similar.  We have the operators left and right.  We

14:26  5    have a lower shear ram on our right and an upper shear ram on

14:26  6    our left.

14:26  7          The lower, of course, has the lower blade; and the

14:26  8    upper has the upper blade.  And contained within the upper ram

14:26  9    block is a seal we cannot see running side to side that will

14:26  10   allow sealing of this blade against it to form a complete seal

14:26  11   when it's closed.

14:26  12   Q.   Now, the upper BSR has the V-blade?

14:26  13   A.   Yes.  The upper blade is "V" shaped, as we can see here.

14:27  14   The lower blade is straight or flat.

14:27  15   Q.   And you've been involved in the design of blind shear rams

14:27  16   throughout your career?

14:27  17   A.   I have.

14:27  18   Q.   In fact, did you give the name to Cameron's shearing blind

14:27  19   ram?

14:27  20   A.   My boss and I were in the office one day contemplating its

14:27  21   name and we both came up with "shearing blind ram," as it's

14:27  22   named.

14:27  23   Q.   Now, is this the only component that severs the pipe and

14:27  24   shuts in the well?

14:27  25   A.   This is the only one that will, as you say, sever and seal

GREG CHILDS - DIRECT

14:27    1    the well.  That's the blind portion of the name.  The blind

14:27    2    portion of the name of the ram is the ability to seal the bore.

14:27    3              MR. BAAY:  Let's look quickly at D-6673.

14:27    4    BY MR. BAAY

14:27    5    Q.   This is, again, a bird's-eye view.  Tell us what we see

14:27    6    here.

14:27    7    A.   As the rams close, we see the straight blade on the lower

14:27    8    and the "V" shaped on the upper.  It first collapses the pipe.

14:27    9    Then it shears through the pipe.  The upper piece is housed in

14:28   10    this cavity as we see right here.

14:28   11              Below this, the lower piece has a cavity.  It is also

14:28   12    housed within.  And that lower blade, the straight one, has

14:28   13    gone across to that packer that's housed inside the upper ram

14:28   14    block and seals across there, again, achieving a complete

14:28   15    wellbore seal of up to 15,000 psi.

14:28   16    Q.   Okay.  I now want to talk about a component that I don't

14:28   17    believe the Court has heard discussion of yet.  So we go to our

14:28   18    cutaway of a stack at D-6667.

14:28   19              Describe for the Court, or point out, where the

14:28   20    ST locks are on the *Deepwater Horizon* -- excuse me -- BOP.

14:28   21    A.   The upper shear ram and all three sets of variable bore

14:28   22    rams, the ST lock on each end of the operators.

14:28   23    Q.   So each of the variable bore rams and the blind shear rams

14:28   24    have an ST lock?

14:28   25    A.   Two locks per cavity.  And there's one, two, three -- four

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:29   1   cavities with locks.
14:29   2   Q.   If we look at D-6674, describe for us how these locks
14:29   3   operate.
14:29   4   A.   We're going to have -- the rams go to the closed position.
14:29   5   The locks are used to lock them in the closed position.  They
14:29   6   are a hydraulically actuated lock that mechanically holds the
14:29   7   rams in the locked or closed position.
14:29   8        We have colored the tail rod, in this case, yellow
14:29   9   and black to see it better.  It is part of the operating piston
14:29   10  that's connected to the ram way to the left.  Once it's in the
14:29   11  fully closed position, you see there's an angle on the end of
14:29   12  the tail rod.
14:29   13       This blue portion, this wedge, in the lock is forced
14:29   14  hydraulically across until it contacts that same angle; and
14:29   15  this mechanism we see up here is used to lock that wedge in
14:29   16  that final position.
14:29   17       So now even if hydraulic pressure is lost from the
14:29   18  lock or lost from the operator, it will stay in the closed and
14:29   19  locked position.
14:29   20  Q.   Now, why would you want to function your ST locks?
14:30   21  A.   When you have the need to pull the LMRP, let's say, for a
14:30   22  repair of a pod -- a pod's gone bad, you pull the LMRP to
14:30   23  repair that, you have the BOP stack left on the ocean floor.
14:30   24  You want to keep your well, of course, very safe.
14:30   25       So you would close the rams, to seal; and you would

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:30  1   lock the locks behind those rams.  Just in the very slight case
14:30  2   we lose hydraulic pressure from any type of leak, if there's
14:30  3   any leak occurring and you lose the hydraulic pressure and you
14:30  4   didn't have a lock, the rams could come back open.
14:30  5        So we mechanically lock them closed through -- what's
14:30  6   involved in here requires another hydraulic action to unlock
14:30  7   this to allow this to move back.  So it is locked in the
14:30  8   position much like the deadbolt lock on your door.
14:30  9        **MR. BAAY:**  All right.  Gary, play that back to the
14:30  10  open position, please.
14:30  11  **BY MR. BAAY:**
14:30  12  **Q.**   If your ram comes open and this tail rod slides back, will
14:30  13  your ST locks close?
14:31  14  **A.**   No.  You have to have the ram in a fully-closed position;
14:31  15  otherwise, it will interfere with this hold that's running
14:31  16  through this blue wedge piece.  It will not be able to lock.
14:31  17  **Q.**   So if your ram comes open, what's to prevent the ST lock
14:31  18  from fully shutting it?
14:31  19  **A.**   The mechanical interference of this tail rod with the
14:31  20  wedge itself.
14:31  21  **Q.**   Thank you, Mr. Childs.  We can pull that down.
14:31  22        I want to talk now a minute about the blowout
14:31  23  preventer's backup systems for *the Deepwater Horizon*.
14:31  24        To your knowledge, what systems were in place to
14:31  25  control the BOP in the event of an emergency?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:31  1   **A.**   The AMF -- sometimes called the deadman system -- and the
14:31  2   autoshear system.
14:31  3   **Q.**   Did the *Deepwater Horizon* also have an EDS system that
14:31  4   we've heard about, emergency disconnect system?
14:31  5   **A.**   Yes.  EDS system can be emergency only, but it can also be
14:31  6   manually activated.  That's why I meant it as a separate
14:31  7   entity.
14:31  8   **Q.**   If the rig loses power, is the EDS able to operate the
14:31  9   BOP?
14:31  10  **A.**   If you've lost communication down the MUX cable to the
14:32  11  stack, the EDS will not operate.
14:32  12  **Q.**   Mr. Childs, you were here last week when Mr. Perkin and
14:32  13  Dr. Davis testified?
14:32  14  **A.**   I was.
14:32  15  **Q.**   Mr. Perkin testified that the rig crew should have chosen
14:32  16  a different sequence for the EDS functioning in this case.
14:32  17          Do you recall that testimony?
14:32  18  **A.**   I do.
14:32  19  **Q.**   Now, what is the difference between the two possible
14:32  20  sequences related to your EDS?
14:32  21  **A.**   Most of the time we've been calling them EDS-1 and EDS-2.
14:32  22  But if you look at the panel, they're called normal and casing.
14:32  23          I think we saw a view of that on screen.  I think we
14:32  24  saw that on screen.  Normal would be EDS-1.  Casing would be
14:32  25  EDS-2.  EDS-1 closes only the sealing shear rams, the blind

GREG CHILDS - DIRECT

14:32  1    shear rams.

14:32  2            EDS-2 would close the casing shear rams first and

14:32  3    then close the sealing shear rams.

14:32  4    Q.   Are there tradeoffs between the two sequences?

14:32  5    A.   Yes.  There's a great difference in timing here.

14:33  6            The shearing blind shear rams have about -- can close

14:33  7    in 30 seconds in an emergency.  They can close in less than

14:33  8    that, in as little as 16 seconds.  Whereas, the super shear

14:33  9    rams have double the volume at least and they require double

14:33  10   the time to close.  They have to complete closure, and then the

14:33  11   shear ram has to, then, have its own 16 to 30 seconds to close.

14:33  12   Q.   So if there were an EDS-2 and the casing shear rams were

14:33  13   designed to operate first, that sequence takes longer?

14:33  14   A.   The entire EDS-2 sequence does take longer.  The quickest

14:33  15   close-in would be EDS-1.

14:33  16   Q.   Is there anything that the crew could have done in the

14:33  17   case of the *Deepwater Horizon* -- anything they could have done

14:33  18   differently with respect to the EDS system that would have

14:33  19   impacted the blowout preventer's ability to shut in the well on

14:33  20   April the 20th?

14:33  21   A.   Since we had no connection anymore through the MUX cable,

14:33  22   it wouldn't matter which EDS, 1 or 2, it was in.

14:34  23   Q.   Now, describe for us how the automatic mode function

14:34  24   works.

14:34  25   A.   Automatic mode function originally came up with -- was

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:34  1    originally come up with if we had complete loss of the drilling
14:34  2    riser.  So if the drilling riser fails, we've lost hydraulics.
14:34  3    We've lost communication.  We've lost power with the surface.
14:34  4           So it would automatically close the shear rams and
14:34  5    protect the well.  That's why it's called a deadman system, all
14:34  6    systems are gone, and it would achieve a safe condition.
14:34  7    Q.   So once the AMF perceives those conditions, it activates
14:34  8    the blind shear ram?
14:34  9    A.   That's correct.
14:34  10   Q.   Mr. Perkin also testified that the -- let me first ask
14:34  11   you:  Does the AMF system trigger the ST locks that you just
14:34  12   described for us?
14:34  13   A.   After it triggers the shearing blind shear rams, it also
14:34  14   activates all ST locks on the stack.
14:34  15   Q.   Now, Mr. Perkin also testified that the AMF on the *Horizon*
14:35  16   could have/should have been able to activate the casing shear
14:35  17   rams first, followed by the blind shear rams.
14:35  18          Do you recall him saying that?
14:35  19   A.   I recall that.
14:35  20   Q.   Do you agree with that testimony?
14:35  21   A.   No.
14:35  22   Q.   Why not?
14:35  23   A.   First off, the crew had no chance to change that.  This is
14:35  24   something programmed in from the original concept of the rig
14:35  25   and the stack.  They could have made no change to it.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:35   1   **Q.**   And like the EDS, would that second sequence of a
14:35   2   different sequence that functions the casing shear ram first,
14:35   3   would that take longer to shut in the well?
14:35   4   **A.**   Same scenario as we listed before.  The additional time
14:35   5   for closing the shearing -- the casing shear rams and then
14:35   6   closing the shearing blind rams.
14:35   7   **Q.**   Mr. Childs, was it consistent with industry practice, at
14:35   8   the time of the incident, to use an AMF system that was
14:35   9   programmed to immediately activate the blind shear rams and
14:35   10   shut in the well?
14:35   11   **A.**   The majority I've seen close the sealing shear ram.
14:36   12   **Q.**   And the autoshear is another system we've heard about in
14:36   13   that case.  Just tell us very briefly how that works.
14:36   14   **A.**   A slightly different system in that it is built around the
14:36   15   possibility that inadvertent disconnect of that LMRP from a BOP
14:36   16   stack if, for some reason, it becomes disconnected.  Again, you
14:36   17   want to protect your well, you want to close in the shear rams.
14:36   18          If that lifts up, there's a mechanical device that
14:36   19   says, "Okay.  This is not here anymore.  Close the shear rams."
14:36   20          **MR. BAAY:**  D-6573.
14:42   21   BY MR. BAAY:
14:42   22   **Q.**   So if your LMRP separates from your lower marine riser
14:36   23   pack, will that trigger the autoshear?
14:36   24   **A.**   That will directly trigger the autoshear.
14:36   25   **Q.**   And it's a plunger-activated system?

5100

GREG CHILDS - DIRECT

14:36    1    **A.**    The plunger is mechanically operated.  As soon as that
14:36    2    lift-up occurs it senses that, sets off the system, and would
14:36    3    close your sealing shear rams.
14:36    4    **Q.**    Same sequence as the AMF.  It functions or activates your
14:36    5    blind shear rams?
14:36    6    **A.**    Correct.
14:36    7    **Q.**    Let's turn to your opinions, Mr. Childs.
14:37    8            **MR. BAAY:**  If we can put back up D-6686 and talk
14:37    9    about your first -- beginning with the BOP function on
14:37   10    April 20th.
14:37   11            And we can pull up TREX-43093.41.1.TO.
14:42   12    **BY MR. BAAY:**
14:42   13    **Q.**    Do you recognize this table, Mr. Childs?
14:37   14    **A.**    Yes.  It's out of the DNV report.
14:37   15    **Q.**    Is this a table summarizing the observations of the BOP
14:37   16    components as received -- as the BOP was received at Michoud?
14:37   17    **A.**    Yes, it does.
14:37   18    **Q.**    What did DNV do to determine the position of these
14:37   19    components when they recovered the blowout preventer?
14:37   20    **A.**    These were -- in the original examinations they were able
14:37   21    to look first at the annular, look down in it and see that it
14:37   22    was closed.
14:37   23    **Q.**    Were there also x-rays taken in the month following the
14:37   24    Macondo incident confirming the position of the
14:37   25    *Deepwater Horizon* BOP components?

5101

GREG CHILDS - DIRECT

14:37  1   **A.**   Yes, sir.  Prior it this, BP had x-rays taken showing that
14:37  2   the rams were in the closed position.
14:37  3   **Q.**   All right.  So looking at 43093, what did DNV state --
14:38  4   what data did they collect about the position of the upper
14:38  5   annular?
14:38  6   **A.**   The upper annular was in the closed position.
14:38  7   **Q.**   What do they state about the position of the upper
14:38  8   variable bore rams?
14:38  9   **A.**   They were in the closed position.
14:38  10  **Q.**   Now, did the x-rays taken in May of 2010 agree with the
14:38  11  data we see here from DNV's table?
14:38  12  **A.**   Yes, the data did.
14:38  13  **Q.**   Now, the table indicates that the blind shear ram was --
14:38  14  has starboard closed, port open.
14:38  15        Explain to us why that was the data collected.
14:38  16  **A.**   In any ram BOP operation or hydraulic system, one's going
14:38  17  to reach fully closed first; the other's going to come up to
14:38  18  meet it.
14:38  19        As we know here, since the pipe is off-center, one
14:38  20  could not complete a closure.  So actually, I believe that
14:38  21  "open" should say "partially open."
14:38  22        It definitely was not fully closed.  It could not
14:38  23  have fully closed.  The pipe was in the way, so it was
14:39  24  partially open.  But that's listed as open in this chart.
14:39  25  **Q.**   So it's your opinion, as you've stated, that the blind

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:39  1   shear ram didn't fully close because of the off-center pipe?

14:39  2   A.   Precisely.

14:39  3   Q.   And that's supported by the evidence that we see here as

14:39  4   collected by DNV.

14:39  5   A.   Yes.  There's no dispute that the pipe was on the side of

14:39  6   the bore, keeping the rams from fully closing.

14:39  7        MR. BAAY:  Dennis, let's look at D-6703.

14:42  8   BY MR. BAAY:

14:42  9   Q.   Mr. Childs, if we highlight those top three categories,

14:39  10  does this chart accurately reflect the agreement by the experts

14:39  11  in this case that the upper annular, the variable bore rams,

14:39  12  and the blind shear rams all functioned?

14:39  13  A.   Yes, it does.

14:39  14  Q.   Have you read any dispute from those positions?

14:39  15  A.   I have not.

14:39  16       MR. BAAY:  You can pull that down.

14:39  17            Let's put up D-6661.  I believe this is a

14:39  18  demonstrative that Mr. Doyen showed to Mr. Perkin.

14:42  19  BY MR. BAAY:

14:42  20  Q.   Were you in the courtroom for that, and do you recall this

14:39  21  demonstrative?

14:39  22  A.   I do.

14:40  23  Q.   Now, is there a dispute among the experts in this case as

14:40  24  to when the blind shear ram functioned?

14:40  25  A.   There is.

GREG CHILDS - DIRECT

14:40  1   **Q.**   And is there a dispute among the experts in this case as

14:40  2   to why the pipe was off-center when the blind shear rams

14:40  3   functioned?

14:40  4   **A.**   There is.

14:40  5   **Q.**   Do you believe that the why and how of how the pipe was

14:40  6   forced off-center helps us to answer this question as to when

14:40  7   the blind shear ram might have activated?

14:40  8   **A.**   Yes, it does.

14:40  9   **Q.**   And does that help us to understand when it might have

14:40 10   closed on this off-center pipe?

14:40 11   **A.**   Yes, that as well.

14:40 12   **Q.**   I'm going to ask you now --

14:40 13        **MR. BAAY:**   You can pull that down.  Thank you,

14:40 14   Dennis.

14:42 15   **BY MR. BAAY:**

14:42 16   **Q.**   If your microphone's working, we'll step to D-6635.  And

14:40 17   going to your second opinion that the blind shear ram failed to

14:40 18   shut in the well, please just describe for the Court, using the

14:40 19   sponge pipe as our drill pipe, why you believe the pipe came

14:40 20   off-center and why the blind shear rams were unable to seal it.

14:41 21   **A.**   Yes.  As Mr. Doyen also did, I'm using this so I don't

14:41 22   hurt myself with real pipe.  This is foam pipe.

14:41 23        The pipe was in the bore, stream flow from the well

14:41 24   is creating a lift on the pipe, forcing the pipe into a

14:41 25   helically-bowed position.

5104

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 14:41 | 1 | **Q.**   Where did that helical buckling take place? |
| 14:41 | 2 | **A.**   It occurred between the bottom of the well, pushing up, |
| 14:41 | 3 | and the pipe tool joint against the upper annular. |
| 14:41 | 4 | And we have both the weight of the drill pipe above, |
| 14:41 | 5 | which is in excess of 100,000 pounds, and we have also -- |
| 14:41 | 6 | **THE COURT:**  I don't know if you can hold it in your |
| 14:41 | 7 | hand.  Whenever you turn your head, you're away from the |
| 14:42 | 8 | microphone. |
| 14:42 | 9 | **THE WITNESS:**  I thought I heard it going.  So... |
| 14:42 | 10 | Well, I need three hands right now. |
| 14:42 | 11 | **THE COURT:**  Well, maybe somebody can loan you one. |
| 14:42 | 12 | BY MR. BAAY: |
| 14:42 | 13 | **Q.**   Use the microphone. |
| 14:42 | 14 | What force bent the pipe at the level of the blind |
| 14:42 | 15 | shear ram? |
| 14:42 | 16 | **A.**   The helical buckling from the extreme flow from the bottom |
| 14:42 | 17 | buckled the pipe, put it in a bowed position.  The tool joint |
| 14:42 | 18 | went up against the annular.  Once it's in the bowed position, |
| 14:42 | 19 | it's at the side of the wellbore. |
| 14:42 | 20 | **Q.**   Thank you.  You can take your seat. |
| 14:42 | 21 | Now, when do you believe the lifting and the buckling |
| 14:42 | 22 | of the drill pipe occurred? |
| 14:42 | 23 | **A.**   There was sufficient lift to buckle the drill pipe right |
| 14:42 | 24 | prior to annular closure. |
| 14:43 | 25 | **Q.**   You have to speak up. |

GREG CHILDS - DIRECT

14:43 1        Based on your review of the forensic evidence, do you
14:43 2    believe that this is the only plausible explanation for how the
14:43 3    pipe was moved off-center when the blind shear rams activated?
14:43 4    A.    When I look at the entirety of the evidence, everything
14:43 5    learned forensically, yes, this is the only time.
14:43 6    Q.    Did you find any plausible explanation for how the pipe
14:43 7    could have been still off-center on April 22nd, at the time of
14:43 8    the bottom shear activation?
14:43 9    A.    No.  Nothing, again, that matched all the evidence.
14:43 10   Q.    Now, let's go through the series of events that occur as
14:43 11   relates to the blowout preventer from the *Deepwater Horizon* and
14:43 12   have you explain those events to us.
14:43 13   A.    Yes.
14:43 14        MR. BAAY:  If we could pull up D-6679.
14:42 15   BY MR. BAAY:
14:43 16   Q.    Describe for the Court what was happening in the BOP as
14:43 17   the well was flowing and the crew closed the upper annular.
14:43 18   A.    We're showing here the extreme flow in the well, again,
14:43 19   creating the lift on the pipe.  As it's creating lift on the
14:44 20   pipe, of course, the tool joint is moving up.  It was placed
14:44 21   below the annular.  The action of the extreme flow pushed the
14:44 22   tool joint partially into the upper annular BOP, which we've
14:44 23   already seen we closed.
14:44 24        The effect of that, of course, is that since the tool
14:44 25   joint's partially in the packer, it kept it from achieving a

GREG CHILDS - DIRECT

14:44  1    complete seal, because the lower segments were not able to
14:44  2    close all the way as compared to the top segments.
14:44  3    **Q.**   Okay.  If we go back to the start of the sequence, when
14:44  4    did you believe that the crew operated the upper annular?
14:44  5    **A.**   It was closed by 9:47, right in that range.
14:44  6    **Q.**   The upper annular?
14:44  7    **A.**   The upper annular, yeah.  I'm sorry.  I'm a few minutes
14:44  8    off.  Excuse me.  9:43.
14:44  9    **Q.**   So your opinion is the upper annular was activated by the
14:44  10   crew at 9:43?
14:44  11   **A.**   Actually, it was slightly earlier, and fully closed by
14:44  12   9:43.
14:44  13   **Q.**   I believe you testified that the tool joint, which we see
14:45  14   here, was below the upper annular at the time the crew closed
14:45  15   in the upper annular?
14:45  16   **A.**   Right.  It started below, and the force from the lift,
14:45  17   from the extreme flow of the well, lifted the tool joint up
14:45  18   into the annular, as we've depicted here, again, interfering
14:45  19   with the ability of the packer to close completely.
14:45  20          As Mr. Barnhill mentioned earlier this packer could
14:45  21   close on a tool joint if the tool joint was in -- in its
14:45  22   entirety was in the packer.  But the fact it's partially on a
14:45  23   tool joint here and partially on plain pipe did not allow it to
14:45  24   have full closure, and we know it did not get a complete seal.
14:45  25   **Q.**   Now, as you've described and others have described, the

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:45   1   tool joint is a slightly wider diameter than the rest of the
14:45   2   drill pipe.
14:45   3   A.   Yes.  It's approximately 6 1/4, 6 3/8-inch in diameter,
14:45   4   where the pipe is 5 1/2.
14:46   5   Q.   What's the basis for your opinion that the tool joint was
14:46   6   below the level of the upper annular before the crew activated
14:46   7   the upper annular at 9:43?
14:46   8   A.   We have both the fact that -- as we've heard earlier
14:46   9   today -- that you place the tool joints out of the sealing
14:46  10   elements, out of the BOP, so that when you close the BOPs, they
14:46  11   can close on slick or plain pipe.
14:46  12        We have also the forensic evidence of the Sperry-Sun
14:46  13   data showing continued lift on the drill pipe.
14:46  14   Q.   Now, did you consider hook load data in forming your
14:46  15   opinion that the well -- excuse me -- the flow from the well
14:46  16   lifted the tool joint into the upper annular as it was closing?
14:46  17   A.   Yes.  The Sperry-Sun data I mentioned was -- and the hook
14:46  18   load data are the same.
14:46  19        MR. BAAY:  Let's look at D-6683.
14:42  20   BY MR. BAAY:
14:46  21   Q.   Describe for the Court what hook load data is.
14:46  22   A.   Hook load is, of course, in the derrick.  The drill pipe's
14:47  23   connected to the hook, and you have an indication of weight.
14:47  24   So you know how much weight, the string, is exerted on this
14:47  25   hook at the top in the derrick.

GREG CHILDS - DIRECT

14:47  1        In this graph, the orange line is our hook load.

14:47  2  Q.   Now, does the hook load serve as a type of scale to

14:47  3  measure the weight of your drill string?

14:47  4  A.   It measures continually the weight of the drill string.

14:47  5  Q.   As we look at this ascending measurement here of hook

14:47  6  load, which you pointed out was the orange line, why at 2140 do

14:47  7  we have ascending hook load weight?

14:47  8  A.   At this point in time, the riser is being filled more and

14:47  9  more with gas.  As we fill it with the gas, the bouyant force

14:47  10  on the drill pipe is going down.  So, in effect, the hook load

14:47  11  is seeing a heavier load because the pipe is getting heavier

14:47  12  because of lack of buoyancy.

14:48  13  Q.   So as the well fills up with gas, the pipe feels heavier

14:48  14  to the hook, the weight goes up, as measured by the hook load?

14:48  15  A.   That is correct.

14:48  16  Q.   Now, under normal operating conditions, with the drill

14:48  17  pipe in the hole, what would you expect to see if you were

14:48  18  monitoring the hook load?

14:48  19  A.   A relatively constant number.  Not exactly constant, but

14:48  20  more constant than this.

14:48  21  Q.   You don't expect to see these ups and downs in normal

14:48  22  conditions?

14:48  23  A.   No.  You would not be having a change in buoyancy.  Your

14:48  24  only change would be maybe weight on bit and your penetration

14:48  25  into the hole as you're drilling.

GREG CHILDS - DIRECT

14:48   1    **Q.**   What happens to the hook load when the crew closes the
14:48   2    annular at 9:43?
14:48   3    **A.**   Two things are happening here.  Eventually, the loss of
14:48   4    buoyancy gets overrun by the lift being caused by this extreme
14:48   5    flow.  Because as we're losing this gas and it's expanding out
14:48   6    of the well, we're getting more and more flow at the surface,
14:49   7    getting more and more flow at the bottom of the well, as well,
14:49   8    lifting on this pipe.
14:49   9             So that overruns the loss of buoyancy, and you start
14:49   10   getting a continued lifting of the drill pipe, which is
14:49   11   lessening the load on the hook.
14:49   12   **Q.**   And you believe that's caused by the flow of hydrocarbons
14:49   13   entering the wellbore?
14:49   14   **A.**   Yes.
14:49   15   **Q.**   So what does this lightening of the hook load tell you, as
14:49   16   it relates to your opinion that the tool joint rose to the
14:49   17   level of the upper annular?
14:49   18   **A.**   That it started rising, as we showed in our animation
14:49   19   earlier, and that it continued rising up into the packer.
14:49   20   **Q.**   Now, are there other experts in this case who agree with
14:49   21   your opinion that the flow of the well lifted the tool joint?
14:49   22   **A.**   Yes.
14:49   23   **Q.**   Who do you recall agrees with you on that opinion?
14:49   24   **A.**   Dr. Neil Thompson and Mr. Stevick.
14:49   25   **Q.**   So if we look at this line here and highlight that.

GREG CHILDS - DIRECT

14:50  1          So plaintiffs' Mr. Perkin, and Mr. Stevick from
14:50  2  Halliburton?
14:50  3  A.   I'm sorry.  I left out Mr. Perkin.  That's correct.
14:50  4  Q.   All right.
14:50  5          MR. BAAY:  We can pull that down.
14:50  6  BY MR. BAAY:
14:50  7  Q.   You've mentioned this already, but tell me again.
14:50  8          Was the upper annular able to seal around the drill
14:50  9  pipe, and if not, why not?
14:50 10  A.   No.  From the data we have, forensic data we have, we see
14:50 11  that it does not complete a complete seal.  That's due to the
14:50 12  tool joint partially being within the packer.
14:50 13  Q.   Okay.
14:50 14          MR. BAAY:  Gary, will you pull up D-6681 and just
14:50 15  freeze it on the initial frame, please.
14:50 16  BY MR. BAAY:
14:50 17  Q.   I'm going to approach, Mr. Childs, and show you a model
14:50 18  that's already been marked as D-6659.  I believe you'll
14:50 19  remember this one.
14:50 20  A.   Yes, I remember that one.
14:50 21  Q.   And as you heard described last week, this was created
14:50 22  from the laser scan data from DNV.
14:51 23  A.   Yes.  3D laser scan, and then printed from that laser scan
14:51 24  information.
14:51 25  Q.   And you've been out to Michoud, and you've inspected the

5111

GREG CHILDS - DIRECT

14:51    1    real tool joint, and you've seen the erosion patterns.

14:51    2         Does it accurately represent the tool joint as

14:51    3    recovered from the *Deepwater Horizon* BOP?

14:51    4    **A.**   Yes, it does.

14:51    5    **Q.**   All right.  Now, I want you to tell us what these erosion

14:51    6    patterns at the top of the tool joint, and higher up on the

14:51    7    pipe, what do they tell us about the position of the tool

14:51    8    joint?

14:51    9    **A.**   You can see, of course, massive erosion at this level.

14:51   10    And 18 inches higher, we have more massive erosion at this

14:51   11    location.  As we're seeing in the graphic here, this is where

14:51   12    the tool joint started within the packer.

14:51   13         What's opposed to this are those metal inserts we

14:51   14    were looking at.  The metal inserts here created a much, much

14:51   15    higher velocity through that neck-down area which, again,

14:51   16    increased the erosion.  You'll see I'm sticking my finger in

14:51   17    the erosion here that's over an inch deep.

14:52   18         The same basic thing was happening up here.  This

14:52   19    erosion was occurring at the top of the packer.  The packer is

14:52   20    15 inches -- or 18 inches tall, thus, the dimension between

14:52   21    these massive erosion areas.  So the upper inserts form the

14:52   22    basic same thing.  We have them close.  The velocity had to

14:52   23    increase.

14:52   24         The amount of fluid that's trying to come out of this

14:52   25    well in an 18 3/4 bore is now going through a very -- a much

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:52  1   smaller area.  As the velocity increases, the erosion

14:52  2   increases, and erosion creations here as well.

14:52  3   Q.   So our most pronounced areas of erosion are at the bottom

14:52  4   of the upper annular and at the top of the upper annular?

14:52  5   A.   Yes.

14:52  6   Q.   And just one more time.  Tell me why those become our

14:52  7   pinch points.

14:52  8   A.   Because that's the area with the most velocity due to the

14:52  9   restriction caused by the inserts here and the inserts here,

14:52  10  the metal inserts.

14:52  11  Q.   So does the forensic evidence, as collected by DNV,

14:52  12  support your opinion that the tool joint was at the level -- or

14:52  13  at the bottom of the upper annular at the time the well came

14:53  14  in?

14:53  15  A.   Yes.

14:53  16  Q.   Mr. Childs, if the -- just play this through, this D-6681,

14:53  17  and describe for us what you were describing as we looked at

14:53  18  the tool joint model just a minute ago.

14:53  19  A.   We're showing how this -- all this flow is coming out of

14:53  20  this larger bore, as being necked down through this annular.

14:53  21        The velocity increases considerably, to be able to

14:53  22  get that same amount of fluid through.  We get that erosion.

14:53  23        This is the 3D scan printed here on the 2D.  We see

14:53  24  the massive erosion here, which matches the piece we just

14:53  25  looked at.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:53   1          This is the bottom of the packer.  Here are those
14:53   2   inserts.  You see the inserts are right opposing that massive
14:53   3   erosion.
14:53   4   Q.   If the flow was pushing the drill pipe and the tool joint
14:54   5   up into the upper annular with great force, why did this tool
14:54   6   joint not go all the way through the level of the upper
14:54   7   annular?
14:54   8   A.   Not only do we have the restriction of the annular, we
14:54   9   have the 100,000 pounds or more weight of all the drill pipe
14:54  10   above that's pushing down on this.  So it reached this point --
14:54  11   it was restricted at this point and pinned at this point.
14:54  12          MR. BAAY:  Let's pull up D-6679.
14:50  13   BY MR. BAAY:
14:50  14   Q.   Mr. Childs.  I'm going to ask you to describe for us what
14:54  15   happens to the remainder of the drill pipe once the tool joint
14:54  16   is trapped in the upper annular.
14:54  17   A.   Of course, we're pushing up from the bottom of this
14:54  18   massive erosion and it helically buckles that drill pipe, as
14:54  19   we're depicting here, which is a standard phenomenon.  The
14:54  20   natural deflection of this drill pipe, it wouldn't just deflect
14:54  21   to the side, it actually takes a helical shape within its
14:54  22   constraints, which in this case is the 18 3/4 wellbore.
14:54  23   Q.   Does the upper annular serve as a pinpoint once the pipe
14:55  24   buckles in the level of the BOP?
14:55  25   A.   Yes.  As we just discussed, it stopped here, pinned at the

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:55  1  packer, and we also have the assistance of the weight of all

14:55  2  the pipe above.

14:55  3  Q.   Does the fact that it's pinned by the upper annular assist

14:55  4  with the buckle or contribute to the buckle?

14:55  5  A.   It absolutely helps, yes.

14:55  6       MR. BAAY:  Let's pull up D-6678, please.

14:55  7  BY MR. BAAY:

14:55  8  Q.   Once the crew closed the upper annular, what was the next

14:55  9  action they took as it relates to the blowout preventer?

14:55  10  A.   Of course, we -- excuse me -- we did not get a good seal.

14:55  11  So at 9:46, and probably full closure by 9:47, the VBRs were

14:55  12  closed.

14:55  13       MR. BAAY:  And we'll play D-6684.

14:55  14  BY MR. BAAY:

14:55  15  Q.   Describe for Judge Barbier what happens to the drill pipe

14:55  16  inside the BOP when the VBRs are closed -- or variable bore

14:55  17  rams are closed.

14:55  18  A.   We're depicting closing of the VBRs on this flowing well.

14:55  19  And once we start achieving a seal, we turn the drill pipe red

14:56  20  on purpose because we now have achieved a seal on the pipe and

14:56  21  around the wellbore, meaning that the pressure that's in the

14:56  22  wellbore below is now contained with -- within the drill pipe.

14:56  23       So the drill pipe pressure started going up rapidly.

14:56  24       MR. BAAY:  If we play D-6685.

14:56  25

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | |
|---|---|
| 14:56 | 1 |
| 14:56 | 2 |
| 14:56 | 3 |
| 14:56 | 4 |
| 14:56 | 5 |
| 14:56 | 6 |
| 14:56 | 7 |
| 14:56 | 8 |
| 14:56 | 9 |
| 14:56 | 10 |
| 14:56 | 11 |
| 14:57 | 12 |
| 14:57 | 13 |
| 14:57 | 14 |
| 14:57 | 15 |
| 14:57 | 16 |
| 14:57 | 17 |
| 14:57 | 18 |
| 14:57 | 19 |
| 14:57 | 20 |
| 14:57 | 21 |
| 14:57 | 22 |
| 14:57 | 23 |
| 14:57 | 24 |
| 14:57 | 25 |

BY MR. BAAY:

Q.   What does the closing of the variable bore rams do to the buckling of the pipe?

A.   It slightly centers it at the bottom but also traps this buckle in between.  Now that we have the pressure below, we have the assistance of the pressure end load below the VBRs pushing up on the pipe to hold it in the buckled position.  We have it pinned at the top.

And with the pinning here and a pinning here, just the increase in pressure in this pipe will also buckle it.  If you have fixed ends on a pipe and you increase its pressure, it will buckle just from that increased pressure.

Q.   So like the pinning of the upper annular, did the pinning at the level of the variable bore ram contribute to the buckle at the level of the blind shear rams?

A.   It contributed to it and helped hold it in position.

Q.   Now, there's been others in this case -- I believe a Mr. Shanks.  Are you familiar with Mr. Shanks?

            MR. BAAY:  Can we put that back up.

            THE WITNESS:  Yes, I'm familiar with Mr. Shanks.

            MR. BAAY:  Can we put up D-6685.

BY MR. BAAY:

Q.   Mr. Shanks has testified that the closing of these variable bore rams short-circuited the flow up and would have reduced the buckle.  Do you agree with that opinion?

OFFICIAL TRANSCRIPT

5116

GREG CHILDS - DIRECT

14:57 1    A.   Well, at this point in time, the flow -- the buckle is not

14:57 2    really there -- continuing to be there because of the flow.

14:57 3    We've already trapped the buckle in place.  We have the

14:57 4    pressure end load pushing up on the end of the pipe and the

14:57 5    other phenomenon I just mentioned where trapped pipe on either

14:58 6    end, when you increase the pressure, also buckles.

14:58 7    Q.   You talked about pressure end load.  What do you mean?

14:58 8    A.   Below the rams -- we have a differential pressure between

14:58 9    the top of the rams and the bottom.  There's more pressure

14:58 10   below.  So this pressure is trying to push that pipe up through

14:58 11   the VBRs as well.

14:58 12   Q.   So the difference in pressure below the variable rams

14:58 13   versus above contributes to the buckle?

14:58 14   A.   It's all three were involved.  It was helically buckled

14:58 15   prior to VBR closure, slightly centered.  But we have the

14:58 16   trapped buckle that increases from the pressure end load, and

14:58 17   just the fact that the pressure in the pipe is increasing.

14:58 18   Q.   Mr. Childs, were you the first expert in this case to

14:58 19   offer an explanation as to how the drill pipe between the upper

14:58 20   annular and the variable bore rams was forced off-center?

14:58 21   A.   No, I was not.

14:58 22   Q.   Other than your work, did any other experts in this case

14:58 23   conclude that the flow from the well pushed the drill pipe

14:58 24   off-center on April 20th?

14:58 25   A.   Yes, they did.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

14:58 | 1  **Q.**   And who was that?

14:58 | 2  **A.**   We had Dr. Neil Thompson again and he --

14:59 | 3         **MS. HANKEY:**  Objection, Your Honor.  He's referencing

14:59 | 4  an analysis by DNV, which has been excluded by the Court.

14:59 | 5         **MS. KARIS:**  I join that.

14:59 | 6         **THE COURT:**  We can't talk about DNV's --

14:59 | 7         **MS. KARIS:**  We would move to strike any prior

14:59 | 8  opinions that relied on Mr. Thompson's work in connection with

14:59 | 9  DNV which he's previously referenced.

14:59 | 10        **THE COURT:**  I'll sustain that.

14:59 | 11 **BY MR. BAAY:**

14:59 | 12 **Q.**   Mr. Childs, I'll ask you to focus on the experts who have

14:59 | 13 been identified by the parties in this litigation.

14:59 | 14 **A.**   I will.  I'm sorry.

14:59 | 15 **Q.**   Who other than you has come to the conclusion that the

14:59 | 16 flow from the well pushed the drill pipe off-center on

14:59 | 17 April 20th?

14:59 | 18 **A.**   Mr. Stevick, which is working for Halliburton.

14:59 | 19        **MR. BAAY:**  If we can go to D-6687 -- excuse me --

14:59 | 20 6678.

14:59 | 21 **BY MR. BAAY:**

14:59 | 22 **Q.**   All right.  So the crew has closed the upper annular at

14:59 | 23 9:43.  They closed the variable bore rams at 9:47.

15:00 | 24        What happens next on the rig during the sequence of

15:00 | 25 the events?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:00   1   **A.**   Explosion's at 9:47.

15:00   2   **Q.**   And once the explosion occurred, did the rig lose power?

15:00   3   **A.**   It lost all power.  The rig is now adrift, no longer held

15:00   4   in location.  It is drifting out around due to wind, currents,

15:00   5   and other effects.

15:00   6        **MR. BAAY:**  Let's pull up, please, D-6687.

15:00   7   **BY MR. BAAY:**

15:00   8   **Q.**   Going back to the level of the upper annular or the top

15:00   9   section of the upper annular, what was the condition of the

15:00  10   drill pipe at that point?  And I'm talking about the level just

15:00  11   here above these metal inserts you've been talking about.

15:00  12   **A.**   Right.  Again, severe erosion that continued still.

15:00  13   Getting very thin walls in this area.

15:00  14   **Q.**   Okay.  And if you'll -- let's try one more time to step

15:00  15   over towards the board.

15:00  16        I'd like for you to demonstrate for the Court what

15:01  17   happens to the drill pipe as the rig drifts off location and

15:01  18   loses power and drifts off location.

15:01  19        Keep your mouth to your microphone, or try to.

15:01  20   **A.**   I'll look down.

15:01  21        We have the tool joint trapped here.  This is

15:01  22   depicting the tool joint right here.  We have a tool joint

15:01  23   here.  And as erosion, of course, continued, we have erosion

15:01  24   here and here.  And as the rig drifts off location, of course,

15:01  25   added tension is being added to the drill pipe.

OFFICIAL TRANSCRIPT

5119

GREG CHILDS - DIRECT

15:01   1          As the rig is going further away, naturally, it's
15:01   2    pulling on the drill pipe.  As it pulls on the drill pipe, it
15:01   3    reached the tensile capacity of this pipe and breaks the pipe
15:01   4    at Location E, right above the upper annular.
15:01   5    Q.    So if we're looking at D-6636, where do you believe the
15:01   6    separation occurred?
15:02   7    A.    Top of 1-B-1, right here at the top of the annular, which
15:02   8    is the bottom of 39 E.
15:02   9          THE COURT:  Between the purple and green sections?
15:02  10          THE WITNESS:  Between these two sections, yes.  The
15:02  11    very top of the annular, which we're seeing up here.  We're
15:02  12    going to depict it in the video in just a minute.  It
15:02  13    eventually separated at this location.
15:02  14    BY MR. BAAY:
15:02  15    Q.    Just for everyone's reference, who recorded these pipe
15:02  16    conditions in the BOP?
15:02  17    A.    These are all as found at Michoud.  The locations, the
15:02  18    numbers, the separation points were all named at Michoud.
15:02  19    Q.    And so DNV identified the pipe -- conditions of the
15:02  20    pipe -- locations of the pipe, excuse me, and assigned each
15:02  21    section of pipe a number and a color?
15:02  22    A.    Right.  They determined which joint connects to which
15:03  23    joint both by appearance and forensically.
15:03  24          If we go on to C, this is where all the pipes were
15:03  25    found at the end, where the pipe is found in the riser kink.

GREG CHILDS - DIRECT

15:03  1   So we know they ended up here.

15:03  2         So right prior to the kink, they had to be in this

15:03  3   position, as we showed, at Position B.  Not everybody can see

15:03  4   the bottom of the board.

15:03  5   Q.   We'll get to that.

15:03  6   A.   This is A, B, and C.

15:03  7   Q.   We'll get to that in one minute.  Let's go look at the

15:03  8   animation of the rupture you just described at D-6687.

15:03  9         We can play this forward.

15:03  10        Why do we see a rupture at this point in the drill

15:03  11  pipe?

15:03  12  A.   As its pressure is increasing -- we've already talked

15:03  13  about this massive erosion.  The pipe wall has gotten very

15:03  14  thin.  Pressure increases.  We blow out -- what we call a

15:03  15  rupture, blow out a hole in the side of the riser.

15:03  16        MR. BAAY:  Let's go to D-6668.

15:03  17  BY MR. BAAY:

15:03  18  Q.   Describe for us what happens after the rupture, as you

15:04  19  just demonstrated with the pipe at the board, at D-6636.

15:04  20  A.   This is our animation.  As the rig is drifting off

15:04  21  location, it continually pulls on the drill pipe until it

15:04  22  exceeds the tensile capacity of the drill pipe, and we

15:04  23  separate, as we've just shown here.

15:04  24  Q.   All right.  Mr. Childs, when do you believe the separation

15:04  25  occurs between 1-B-1 E and 39 E?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:04  1   **A.**   Within about 10 minutes of the explosions.

15:04  2   **Q.**   10 minutes following explosion on April 20th, 2010?

15:04  3   **A.**   On April 20th, yes, sir.

15:04  4   **Q.**   And does the -- did the pipe tensilely fail at the point

15:04  5   of 1-B-1 E?

15:04  6   **A.**   Yes, it did.

15:04  7   **Q.**   What do you mean by "tensile failure"?

15:04  8   **A.**   It's where you're going to keep pulling on a part until we

15:04  9   reach its ultimate strength and it fails in tension, just like

15:04  10  I showed with our foam piece, where it suddenly pops apart.

15:04  11         **MR. BAAY:**  Let's put up on the screen D-6704, please.

15:05  12  **BY MR. BAAY:**

15:05  13  **Q.**   Are these accurate photos of the sections of pipe we've

15:05  14  just been discussing, both 1-B-1 E and 39 E?

15:05  15  **A.**   Yes.  These are the two pieces.  I'm talking, of course,

15:05  16  1-B-1 E and 39 E in these two pieces we're seeing up on the

15:05  17  screen.

15:05  18  **Q.**   Now, like we did for the tool joint, we've created a 3D

15:05  19  model from DNV's laser scan data of 1-B-1 E.

15:05  20         My question for you is:  Do the erosion patterns and

15:05  21  the break at 1-B-1 E support your opinion that the pipe

15:05  22  tensilely failed?

15:05  23  **A.**   Yes.

15:05  24         It shows us several other things.  It shows the

15:05  25  massive erosion that occurred on this piece.  You can see --

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:05   1   I'll hand this to you, if you wish.  This is almost a knife
15:06   2   edge in this area where the blowout occurred, the rupture
15:06   3   occurred.  Very, very thin wall here, very thin wall here, loss
15:06   4   of lots of material here.
15:06   5          We had some good wall thickness left here, but it's
15:06   6   only about a third of what we originally had as far as its
15:06   7   strength.
15:06   8          As the tension increased, we had a tensile failure
15:06   9   across this section here.  And this is a classic tensile
15:06  10   failure.  I agreed that it was.  I had another metallurgical
15:06  11   gentleman look at it and agree this was a classic tensile
15:06  12   failure.
15:06  13   Q.   And the patterns we see both in your model and from
15:06  14   D-6704, do they support your opinion that it failed when the
15:06  15   pipe was pulled in tension?
15:06  16   A.   Yes.  On the view up there, the actual photograph on the
15:06  17   upper right is this view, and the actual photograph on the
15:06  18   lower left is this view.
15:06  19   Q.   Hand that over to Judge Barbier, if he'd like to look at
15:06  20   that one.
15:07  21          Do other experts in this case, putting aside anyone
15:07  22   from DNV who looked at this, do they agree with you that the
15:07  23   pipe separated due to the tensile failure?
15:07  24   A.   Yes, there's agreement.
15:07  25   Q.   Do they agree that the pipe separated at the level of

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 15:07 | 1 | 1-B-1 E and the 39 E because of the erosion that occurred at |
| 15:07 | 2 | that spot? |
| 15:07 | 3 | A.   Right.   There's no dispute about that. |
| 15:07 | 4 | MR. BAAY:  Let's look at D-6703 quickly. |
| 15:07 | 5 | BY MR. BAAY: |
| 15:07 | 6 | Q.   So every expert who's been retained by the parties in this |
| 15:07 | 7 | case to look at the blowout preventer has agreed that the pipe, |
| 15:07 | 8 | in fact, does separate at that location? |
| 15:07 | 9 | A.   Yes, sir. |
| 15:07 | 10 | Q.   Have you read the Bly report that was prepared by BP in |
| 15:07 | 11 | this case, Mr. Childs? |
| 15:07 | 12 | A.   I have. |
| 15:07 | 13 | MR. BAAY:  Let's put up TREX-1.148.1.TO. |
| 15:07 | 14 | BY MR. BAAY: |
| 15:07 | 15 | Q.   Did BP agree with your conclusion that the flow of the |
| 15:07 | 16 | hydrocarbons was sufficient to cause the pipe to erode and |
| 15:08 | 17 | break within minutes of the explosion? |
| 15:08 | 18 | A.   Yes, they agreed. |
| 15:08 | 19 | Q.   In fact, what do they say here in the highlighting we have |
| 15:08 | 20 | pulled up in Exhibit 1.148? |
| 15:08 | 21 | A.   According to OLGA, which is a modeling program for well |
| 15:08 | 22 | control -- according to OLGA well flow modeling, the fluid |
| 15:08 | 23 | velocity through a leaking annular preventer could have reached |
| 15:08 | 24 | levels that were orders of magnitude greater than drill pipe |
| 15:08 | 25 | steel erosion velocity. |

OFFICIAL TRANSCRIPT

5124

GREG CHILDS - DIRECT

15:08  1    **Q.**   What is meant by "orders of magnitude"?

15:08  2    **A.**   At least ten times more than necessary.

15:08  3    **Q.**   And you agree with that opinion as stated in the Bly

15:08  4    report?

15:08  5    **A.**   Yes.  There was massive flow.

15:08  6    **Q.**   How soon do you believe the erosion occurred at the level

15:08  7    of the upper annular in the section of pipe we've been

15:08  8    discussing?

15:08  9    **A.**   It did not take very long.  The erosion was occurring

15:08  10   within minutes.

15:08  11   **Q.**   Now, Mr. Childs, what did the separation of the pipe at

15:08  12   the level of the upper annular at Section E, as we've

15:09  13   identified on D-6636 -- what did that mean as far as any effect

15:09  14   it could have on the drill pipe below that breaking point?

15:09  15          **MR. BAAY:**  If we put D-6636 on the big board.

15:09  16          **THE WITNESS:**  I'll wait for it to come up.

15:09  17              Well, we've had separation at this point, Judge,

15:09  18   right above the annular, full separation.  So this pipe above

15:09  19   is no longer connected to the pipe below.  There's no

15:09  20   connection here.

15:09  21              We've lost 100,000 pounds of load pushing down.

15:09  22   Again, that's approximate load.  I didn't get it exact, but

15:09  23   approximate load pushing down.

15:09  24              We have continued erosion at the level of the

15:09  25   annular packer.  So without this load pushing down and with the

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:09  1    erosion here, this elastic buckling that we have was allowed to
15:10  2    relax.  Elastic buckling, of course, is like the ruler you saw
15:10  3    the other day where you push down on it -- the elastic ruler we
15:10  4    still have.  You push down and you let go; it comes back.
15:10  5              The same thing here.  As soon as the
15:10  6    100,000 pounds of load was gone and more erosion occurs here
15:10  7    and the pinning is released a little bit, this pipe went back
15:10  8    straight just like our ruler.
15:10  9    BY MR. BAAY:
15:10  10   Q.   We'll get into that in a minute.
15:10  11             My question went more to the fact of what effect
15:10  12   could this section of pipe running from the BOP up to the
15:10  13   rig -- what could that pipe -- how could that pipe impart any
15:10  14   force upon this section of pipe in the BOP after the time of
15:10  15   separation?
15:10  16   A.   Well, there's no longer any connection.  The pipe above,
15:10  17   at the E section, anything that happens with this piece above
15:10  18   can have no effect on this piece below.
15:10  19   Q.   And you believe the pipe separated on April 20th; is that
15:10  20   right?
15:11  21   A.   April 20th, fairly soon after the explosions.
15:11  22   Q.   So if our rig drifts off and pulls this section of pipe on
15:11  23   April 21st or 22nd, what is your opinion as to whether that
15:11  24   would bow or bend the pipe at the level of the blind shear ram?
15:11  25   A.   It's no longer connected to it.  It would have no effect

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 15:11 | 1 | on the pipe below the annular. |
| 15:11 | 2 | Q.  I want to now talk about the activation of the blind shear |
| 15:11 | 3 | rams. |
| 15:11 | 4 | **MR. BAAY:**  If we could pull up D-6689. |
| 15:11 | 5 | **THE WITNESS:**  I want to make sure I got what you |
| 15:11 | 6 | said -- there was a cough there.  Could you repeat, please. |
| 15:11 | 7 | BY MR. BAAY: |
| 15:11 | 8 | Q.  We're going to look at the blind shear ram. |
| 15:11 | 9 | A.  Fine. |
| 15:11 | 10 | Q.  I want to first start by having you describe for us why |
| 15:11 | 11 | the blind shear ram can't close on off-center pipe. |
| 15:11 | 12 | A.  Here we're looking at the upper shear ram below.  The |
| 15:11 | 13 | lower shear ram would be above us.  Here's our drill pipe |
| 15:11 | 14 | forced to the side of the bore rams. |
| 15:11 | 15 | If we close the shear rams -- and stop right there -- |
| 15:11 | 16 | **MR. BAAY:**  Pause it right there. |
| 15:11 | 17 | **THE WITNESS:**  Very good. |
| 15:11 | 18 | -- you can see the upper shear ram blade does |
| 15:12 | 19 | not extend the full width of the bore, and the pipe is |
| 15:12 | 20 | partially outside of that shear surface. |
| 15:12 | 21 | So as you complete as much of a closure as you |
| 15:12 | 22 | can get, this pipe that's outside gets trapped between the two |
| 15:12 | 23 | ram blocks.  This holds the two ram blocks apart, 2.2 to |
| 15:12 | 24 | 2.8 inches, depending on where you take the measurement, but |
| 15:12 | 25 | considerably apart, enough that considerable flow continues |

GREG CHILDS - DIRECT

15:12   1   through the shear ram.

15:12   2   **BY MR. BAAY:**

15:12   3   Q.   Now, I'm going to use another model that we've taken from

15:12   4   DNV's laser scan data.  This one is marked D-6700, and the

15:12   5   sections of pipe are D-6701.

15:12   6         I'd like for you just to demonstrate for the Court

15:12   7   why the conditions of the blind shear ram and of these sections

15:12   8   of pipe support your opinion that the blind shear ram closed on

15:12   9   off-center pipe.

15:13  10   A.   This is a quarter scale of the actual ram after all the

15:13  11   erosion.  We lost side packers on both sides, lost considerable

15:13  12   metal.

15:13  13         The markings we've depicted are the same markings

15:13  14   that were applied by DNV at Michoud.  This section, marked with

15:13  15   94, matches perfectly with this L-shaped section.  This is

15:13  16   called a foldover shoulder of the shear ram, upper shear ram

15:13  17   block, and these match up perfectly, showing, just like we have

15:13  18   in our animation, where the pipe is inside the bore, part of

15:13  19   the pipe is well outside of the shear area, which is -- it's

15:13  20   here.  And the ram could not close completely.

15:13  21   Q.   And how about Section 83, which is above the level of the

15:13  22   blind shear --

15:13  23   A.   This is the upper section, as Mr. Baay is saying.

15:13  24         Now, we have this .8 -- or area 83, the L-shaped edge

15:13  25   of the upper blade.  We have the corresponding marks on this

OFFICIAL TRANSCRIPT

5128

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 15:13 | 1 | pipe.  We can also match them exactly to show that the pipe was |
| 15:14 | 2 | at this location on the side of the bore, which happens to be |
| 15:14 | 3 | the kill side, which is one -- you have a choke side and a kill |
| 15:14 | 4 | side of the BOP.  This is the kill side. |
| 15:14 | 5 | Q.    What do you mean by "kill side"? |
| 15:14 | 6 | A.    Just a designation for the sides of the bore.  There's |
| 15:14 | 7 | valving on each side of the bore.  One side can be used for a |
| 15:14 | 8 | killing operation, and one side can be used for choke |
| 15:14 | 9 | operations.  For us right now, this matters.  It's one side or |
| 15:14 | 10 | the other.  This is kill side.  We always know how to match |
| 15:14 | 11 | this up, which is with its corresponding ram bore, and there's |
| 15:14 | 12 | also the same level of erosion in the ram bore. |
| 15:14 | 13 | Q.    So do the erosion patterns on the kill side support your |
| 15:14 | 14 | opinion that the pipe was trapped off-center on the kill side |
| 15:14 | 15 | of the blind shear ram? |
| 15:14 | 16 | A.    Yes.  You can see the massive erosion here on the side of |
| 15:14 | 17 | ram block, Judge, and it was definitely placed on this side, |
| 15:14 | 18 | plus the forensic examination shows that these match. |
| 15:14 | 19 | Q.    Now, did you review these sections -- if you want to offer |
| 15:14 | 20 | those to Judge Barbier to examine. |
| 15:15 | 21 | A.    These two are probably the most compelling, if you want to |
| 15:15 | 22 | look at them. |
| 15:15 | 23 | Q.    Did you also review these sections of pipe when you went |
| 15:15 | 24 | to Michoud? |
| 15:15 | 25 | A.    Yes, I did. |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:15    1              MR. BAAY:  Let's pull up D-6234.
15:15    2    BY MR. BAAY:
15:15    3    Q.   Describe for us what we're seeing here.
15:15    4    A.   This is that same upper shear ram.  Part of the marking
15:15    5    for 83 has rubbed away over the months from the people looking
15:15    6    at these and using these.
15:15    7              THE WITNESS:  This is our lower fish that you have on
15:15    8    your desk there now, Judge.  This is that fish.  This is placed
15:15    9    in position, just like I did the two scan models; and it fits
15:15   10    perfectly in this Section 94.
15:15   11    BY MR. BAAY:
15:15   12    Q.   When you say "fish," you're talking about drill pipe; is
15:15   13    that right?
15:15   14    A.   That is the field terminology when you shear a piece of
15:15   15    pipe.  That's the lower fish, and the upper piece of pipe would
15:15   16    be the upper fish.
15:15   17    Q.   And the pipe you -- that's actually your hand there
15:15   18    holding that section of pipe?
15:15   19    A.   Yes, I'm holding this in position as the professional
15:15   20    photographer takes the shot.
15:15   21    Q.   And you're holding Section 94?
15:16   22    A.   94 against the foldover shoulder of the upper shear ram
15:16   23    block.
15:16   24              MR. BAAY:  Let's look at D-6241.
        25

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:16   1   BY MR. BAAY:
15:16   2   Q.   Did you also examine a piece of pipe marked 83?
15:16   3   A.   Yes.  This is the actual 83, again, being positioned on
15:16   4   the upper shear blade portion of the upper shear ram.
15:16   5   Q.   Again, do we see erosion patterns on here that confirm the
15:16   6   pipe was off-centered to the kill side of the blind shear ram?
15:16   7   A.   Yes.  You can see the patterns caused by the one pipe
15:16   8   being here and the flow now coming from this pipe through this
15:16   9   area, causing this massive erosion on the side of the ram
15:16   10  block.
15:16   11          MR. BAAY:  All right.  Let's pull up D-6690.
15:16   12  BY MR. BAAY:
15:16   13  Q.   And just go through the entire sequence of events as you
15:16   14  just described with the blind shear ram cutting off-center
15:16   15  pipe.
15:16   16  A.   We'll start in the open position.  The pipe's pinned to
15:16   17  the side of the bore.  It closes.  Part of the pipe is on
15:16   18  the -- outside the shearing surface gets trapped between the
15:16   19  blocks, and you do not get full closure.
15:17   20          We're looking now at the side view.  We see where
15:17   21  some of that piece of pipe is trapped between the two blocks.
15:17   22  There's a few pieces of these pipe that did fall away.  They're
15:17   23  down in the well.  We'll never retrieve them.  We only have the
15:17   24  pieces you see there and the same pieces we see here on the
15:17   25  screen.

GREG CHILDS - DIRECT

15:17    1              We transition now to the actual photographs of these
15:17    2     models that you're seeing.  You see the 83 matched L-shaped
15:17    3     sections and the matched 94 L-shaped sections.
15:17    4     Q.   So again, what do the contours on the face of 94 and
15:17    5     Section 83 tell us about the location of the drill pipe?
15:17    6     A.   They give us a precise position of that pipe at the side
15:17    7     of the wellbore partially outside of the shearing surface of
15:17    8     the ram and interfering with closure, plus interfering with the
15:17    9     seals.  They're called side packers, the side packers that are
15:17   10     installed on the side of each of the rams.
15:17   11     Q.   So the forensic evidence supports your opinion that the
15:17   12     pipe was off-center when the blind shear ram closed.  And has
15:18   13     there been any dispute in this case by any of the experts who
15:18   14     reviewed this forensic evidence as to the location of pipe and
15:18   15     the blind shear ram?
15:18   16     A.   No.
15:18   17     Q.   Now, all of the blind shear rams did not fully shear
15:18   18     through the pipe.
15:18   19              Did the pipe eventually separate at the level of the
15:18   20     blind shear ram?
15:18   21     A.   Yes, it did.
15:18   22     Q.   And had the pipe, as you've described, also broken or
15:18   23     separated at the level above the upper annular at 1-B-1 E and
15:18   24     39 E?
15:18   25     A.   Yes.  All this time we've been looking at is right above

5132

GREG CHILDS - DIRECT

15:18  1    this tool joint, Section E, that is right at the top of the

15:18  2    upper annular BOP.

15:18  3    **Q.**    Now, which portions of pipe -- Mr. Childs, I'm going to

15:18  4    ask you again to walk to D-6636, the board.  And if you will,

15:18  5    there's some sections of drill pipe there.  You can take those

15:18  6    with you.

15:18  7           If we look to the middle section -- and be aware,

15:19  8    Mr. Childs, speak into your microphone.  I know it's tough to

15:19  9    do both.

15:19  10          If you look at the middle section of D-6636, what

15:19  11   sections of pipe ended above the upper annular?  It's that

15:19  12   middle B section that I'm looking at in particular.

15:19  13          **MS. HANKEY:**  Objection, Your Honor.  I'm sorry.  This

15:19  14   is -- in fact, the two pieces on the right of this are analysis

15:19  15   by DNV.  This does not represent the way the pipe was

15:19  16   recovered.

15:19  17          **MR. BAAY:**  Your Honor, this is simply a schematic

15:19  18   that is recorded by DNV.  This is the data of the pipe

15:19  19   locations as they've included in their report.

15:19  20          **THE COURT:**  Is it an analysis or a factual finding or

15:19  21   is this an opinion by DNV?

15:19  22          **MS. HANKEY:**  It's an opinion, Your Honor, because

15:19  23   these are not the way the pipe pieces were found.  This is

15:19  24   DNV's opinion as to the -- as you see at the bottom, the

15:19  25   sequence of the drill pipe, that's their description.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:19   1          THE COURT:  Are we talking about this -- the middle

15:20   2   depiction or the one on the right?

15:20   3          MS. HANKEY:  Both the middle and the right.

15:20   4          THE COURT:  Let me ask the witness.

15:20   5              Is that --

15:20   6          MS. HANKEY:  Yeah, the one on the left is --

15:20   7          THE COURT:  Wait, wait, wait.  Let me ask the

15:20   8   witness.

15:20   9          THE WITNESS:  Well, I've often seen the drill pipe,

15:20  10   and it was matched up.  As we take these pieces, we see

15:20  11   visually that, yes, these match and these match.  And I know

15:20  12   there was further metallurgical examinations performed that did

15:20  13   some more assurance that these were the -- they were found.

15:20  14              Much of this you can match up the shapes; and

15:20  15   you can see that, yes, these two came from each other.  I've

15:20  16   seen the pieces in person.

15:20  17          THE COURT:  Okay.  But is the issue whether you saw

15:20  18   them -- whether they were in the position as depicted?  That's,

15:20  19   I think, the question.

15:20  20          THE WITNESS:  Well, we can read -- we can see the

15:20  21   pieces that came apart here.

15:20  22              We can see by the visual appearance of each of

15:20  23   these sections that they came from each other.  So you can

15:20  24   reconstruct this.  They weren't exactly in these positions.

15:21  25   Because as we know, several pieces ended up in the riser.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:21  1    **THE COURT:**  So that's what I was trying to
15:21  2  understand.  Where were -- these pieces of pipe that you're
15:21  3  talking about, where were they found when the BOP was
15:21  4  retrieved?  I guess this occurred at Michoud, right?
15:21  5    **THE WITNESS:**  At Michoud when they were taking them
15:21  6  apart.
15:21  7    **THE COURT:**  Where were they found at that point?
15:21  8    **THE WITNESS:**  I was there when we were cutting into
15:21  9  this riser joint and found these pieces.
15:21  10    **THE COURT:**  As you're depicting on the right-hand
15:21  11  side of this chart?
15:21  12    **THE WITNESS:**  Yes.  We'll show you a photograph later
15:21  13  of looking -- excuse me -- looking into this piece of riser is
15:21  14  showing these two joints in that riser.
15:21  15    **THE COURT:**  So what you're saying is that depiction
15:21  16  on the right isn't just somebody's opinion, that's what you
15:21  17  actually observed?
15:21  18    **THE WITNESS:**  They were found there, exactly.
15:21  19  **BY MR. BAAY:**
15:21  20  **Q.**   Then that --
15:21  21    **THE WITNESS:**  Now, this would be -- if we found them
15:21  22  here, they had to have been here prior to the kink.
15:22  23    **THE COURT:**  And that's your opinion or is that
15:22  24  somebody else's opinion?
15:22  25    **THE WITNESS:**  It's physically impossible to have

5135

GREG CHILDS - DIRECT

15:22   1    been --

15:22   2              THE COURT:  So you're making this connection?

15:22   3              THE WITNESS:  Exactly.

15:22   4              THE COURT:  Okay.  All right.  I'm going to let the

15:22   5    witness testify.

15:22   6              Go ahead.

15:22   7              MR. BAAY:  Thank you, Your Honor.

15:22   8    BY MR. BAAY:

15:22   9    Q.    My question was, Mr. Childs, which portions of the pipe

15:22   10   moved up above the upper annular?

15:22   11   A.    We have this piece again.  We know it's this piece because

15:22   12   of the erosion on the tool joint.

15:22   13   Q.    Let me interrupt you.  Try to refer to them by numbers so

15:22   14   that if someone's not watching us, they can later come back and

15:22   15   see what you're talking about.

15:22   16   A.    All right.  The piece I'm holding up with the tool joint

15:22   17   has 1-B-1.  We left this joint in our model together with

15:22   18   1-B-2, 84 and 83.  So I have one full piece that goes from the

15:22   19   shear ram up through the upper annular.  It includes the tool

15:22   20   joint, which has been proven to have been in this location.

15:22   21             Again, the evidence shows it there.  We measured the

15:23   22   distance.  We know it was here.  This piece, we already have

15:23   23   above here Section 39 and 1-A-1, which we know were there

15:23   24   because they ended up here.  So we have their location set.

15:23   25             Then we had -- excuse me -- this section eventually

GREG CHILDS - DIRECT

15:23  1    be released from its pinning at the annular BOP.  We've lost
15:23  2    the load from the upper piece because we had the separating
15:23  3    here.  So the 100,000 pounds is not holding down on this piece
15:23  4    anymore.  More erosion occurs here.  We still have all this
15:23  5    massive flow.
15:23  6              This eventually erodes enough around the annular that
15:23  7    the tool joint can go through.  Now we have this very small
15:23  8    area still with massive flow and this jetted -- this piece up
15:24  9    and onto the top of the annular, which then put the original
15:24  10   piece that was already there being 39 and 1-A-1 --
15:24  11   Q.   Let me interrupt you.
15:24  12             Okay.  So my question was:  Which sections of pipe
15:24  13   and -- above the upper annular?
15:24  14             And I believe your opinion is it was 83 and 1-B-1?
15:24  15   A.   Yes.  I was just placing them there.  83, 84, 1-B-2 and
15:24  16   1-B-1 end up above the upper annular.
15:24  17   Q.   And those are sections of drill pipe that were previously
15:24  18   located below the upper annular?
15:24  19   A.   Yes.  They started with the top of that whole section, the
15:24  20   top of 1-B-1 at the upper annular; and eventually, when they
15:24  21   were allowed to go through, we lost all this load from the
15:24  22   upper pipe.  The flow continues, it shoots this up and puts it
15:24  23   above the upper annular next to the pipe that was already
15:24  24   there.
15:24  25   Q.   Now, you've testified earlier that the tool joint is

GREG CHILDS - DIRECT

15:25  1   pinned at the level of the upper annular.  How then is it
15:25  2   possible for these sections of pipe to release from that and
15:25  3   end up above the upper annular?
15:25  4   A.   Two things did occur.  Remember when I was talking about
15:25  5   the massive flow pushing up, buckling the pipe, we had the
15:25  6   force down from its own weight, which is the weight of the
15:25  7   drill pipe above, plus we had the tool joint being trapped in
15:25  8   the annular.
15:25  9        We lost all this weight pushing down, which is in
15:25  10  excess of 100,000 pounds.  We've had continued erosion through
15:25  11  the packer, and it eventually eroded enough of that that this
15:25  12  tool joint can go through the packer.  We still have a very
15:25  13  small area for this fluid to go through, so the velocity is
15:25  14  very high.
15:25  15       So that's why I say it took this, shoots it through
15:25  16  there and above and then lands it back on top of the annular
15:26  17  packer.  A nice, flat surface on the annular packer, and the
15:26  18  bottom of that joint does show the kind of deformation caused
15:26  19  by landing on top of a flat, metal surface.
15:26  20  Q.   Now I'm going to ask you to stay right where you are.
15:26  21       MR. BAAY:  I ask that D-6678 be pulled up.
15:26  22  BY MR. BAAY:
15:26  23  Q.   In your opinion, Mr. Childs, when does the
15:26  24  *Deepwater Horizon* sink, what date and time?
15:26  25  A.   On the 22nd, a little after 10:00.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:26   1   **Q.**   In your opinion, as you marked it on the far right of

15:26   2   D-6636, where do the pieces of pipe go once the rig sinks?

15:26   3   **A.**   Well, they were found within this kink, as we've shown

15:26   4   here in this diagram.  They were inside this kink, as we've

15:26   5   shown here as well.  The pipe was in this location.  When the

15:26   6   riser kinked, of course, it trapped that pipe in this location,

15:27   7   as we see here.

15:27   8   **Q.**   Okay.  And we'll play D-6692.

15:27   9           Describe for us what happens as the rig sinks.

15:27  10   **A.**   We're looking at the animation up on the board right now.

15:27  11   The rig is sank.  The riser is, of course, bending over,

15:27  12   kinking this in there; and we did a shear and a saw cut through

15:27  13   this section.

15:27  14           So on the screen is that end of the riser I was

15:27  15   alluding to earlier, showing these two pieces of pipe.  That

15:27  16   would be 1-A-1-F and 1-B-2-D showing at the end of that cut.

15:27  17           So, again, we know exactly where that was because

15:27  18   here it is in the actual piece.  These were cut out of that

15:27  19   riser joint so we could have them separately.

15:27  20   **Q.**   Now, Mr. Childs, what does that -- the fact that these

15:27  21   sections of pipe were located in the kinked section of the

15:27  22   riser, what does that tell us, if we look at D-6678, about the

15:28  23   possible times that -- the only possible times that the blind

15:28  24   shear ram could have been activated?

15:28  25   **A.**   Since we've had the separation here, we've had increased

OFFICIAL TRANSCRIPT

15:28  1    erosion here and eventually enough erosion that this pipe could
15:28  2    come through the annular.  The bow in this pipe is gone.  So
15:28  3    the bow is no longer holding the pipe to the edge of the bore.
15:28  4    So if -- we know the shear ram closed on the pipe on this side
15:28  5    of the bore.  So it had to have been bowed here.
15:28  6            It was no longer bowed.  By the time we get to this
15:28  7    position, the pipe is no longer in a bowed position.
15:28  8    Q.   Could those sections of pipe have been pushed up into the
15:28  9    section of the riser kink after the rig sank?
15:28  10   A.   No.  It was a very severe kink.  In fact, this break we
15:28  11   see at 1-B-1 E-2 right here occurred from this severe bend at
15:29  12   that position.
15:29  13   Q.   Okay.  Related question still standing there at D-6636:
15:29  14   What sections of pipe were recovered between the blind shear
15:29  15   ram and the variable bore rams?
15:29  16   A.   That would be the Section 94 and 148.
15:29  17   Q.   And were Sections 94 and 83 the sections of the pipe that
15:29  18   were at the level of blind shear ram?
15:29  19   A.   Yes.  94 was originally connected to 83.  B would be the
15:29  20   sheared or partially-sheared section.
15:29  21   Q.   Okay.  Mr. Childs, you testified earlier that those
15:29  22   sections of pipe were in the bowed condition at the level of
15:29  23   the blind shear ram.
15:29  24           What position were they recovered in, bowed or
15:29  25   straight?

OFFICIAL TRANSCRIPT

5140

GREG CHILDS - DIRECT

15:29  1  **A.**   They were found in the straight condition.

15:29  2  **Q.**   And how do you account for that fact?

15:29  3  **A.**   Back to our elastic buckling.  Our simple ruler, they were

15:30  4  buckled by all the forces and flow as soon.  As they were

15:30  5  released from that, the piece went straight and these pieces

15:30  6  were found in the straight condition.

15:30  7  **Q.**   Is this concept of --

15:30  8          **THE COURT:**  Wait.  Let me ask a question.  You said

15:30  9  this was a helical buckling.  That is sort of twisted, too;

15:30 10  right?

15:30 11          **THE WITNESS:**  Not really twisted.

15:30 12          **THE COURT:**  It looks like a spring, sort of?

15:30 13          **THE WITNESS:**  Right.  Well, in this case, of course

15:30 14  it just goes in one plane.

15:30 15          **THE COURT:**  Right.

15:30 16          **THE WITNESS:**  When this pipe is being pushed up and

15:30 17  buckled inside of a bore, it has to follow the bore.  So it

15:30 18  ends up going in a spiral or helical.

15:30 19          **THE COURT:**  So when I say twisted --

15:30 20          **THE WITNESS:**  Yes, twisted, helical.

15:30 21          **THE COURT:**  It would still, in your opinion,

15:30 22  straighten out once the pressure is released?

15:30 23          **THE WITNESS:**  Yes.  It was elastic buckling.  This

15:30 24  happens in drill pipe all the time.  It goes into a helical or

15:30 25  spiral condition, and it's not yielded.  It's not bent that

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:30  1    far.  It only is deflected.  Then it comes back to the straight
15:30  2    condition.
15:30  3    **BY MR. BAAY:**
15:30  4    **Q.**   Is this concept of elastic buckling something that you
15:31  5    came up with just for this case and your analysis in this case?
15:31  6    **A.**   No.  Of course, the phenomena has existed forever.  Euler
15:31  7    came up with the equations we use today to analyze this.  He
15:31  8    came up with those in the mid-1700s.
15:31  9    **Q.**   In fact, you think the pipe was buckled on April 20th but
15:31  10   then was recovered in a straight condition.  Is it possible
15:31  11   that the drill pipe would have still been off-center until the
15:31  12   time that the ROV activated the autoshear on April 22nd?
15:31  13   **A.**   I do not believe so, no.
15:31  14   **Q.**   And describe for us very clearly why you don't believe
15:31  15   that.
15:31  16   **A.**   Well, we went through a little of that -- I'm keeping my
15:31  17   head down -- this was in a helically-buckled position, putting
15:31  18   it to the side so that the shear ram closed on the side with
15:31  19   the pipe on the side.
15:31  20          We had continued erosion.  We have the separation,
15:31  21   which nobody disagrees with.  We have the separation at
15:31  22   1-B-1 E, 39-E.
15:32  23          Once that separated, this 100,000 pounds of drill
15:32  24   pipe load above has gone away.  We don't have that force
15:32  25   pushing down on this -- this part anymore.  Continued erosion

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:32    1    here.
15:32    2            Again, this erosion was eventually sufficient enough
15:32    3    that this pipe shot through the annular packer.  So with that
15:32    4    releasing of the load, this pipe went back to its original
15:32    5    condition of straight.
15:32    6    Q.   So once you lose the weight of the drill string going from
15:32    7    the BOP to the rig and once your annular opens up and your pipe
15:32    8    moves up, is that when the pipe becomes straight in your
15:32    9    opinion?
15:32   10    A.   That's when it becomes straight, yes.
15:32   11    Q.   When do you think that occurred?
15:32   12    A.   It didn't take very long.  Of course, this happened within
15:32   13    10 minutes.  So we've lost that load already.  So a little bit
15:32   14    more erosion here, and you would have lost it.  So on the 20th,
15:32   15    fairly soon after all these actions occurred.
15:32   16    Q.   So you believe it buckled on the 20th at the time of the
15:32   17    AMF activation, but sometime later on the 20th the pipe
15:33   18    straightens?
15:33   19    A.   Yes, after, again, the actions we've walked through,
15:33   20    including this separation above the annular.
15:33   21    Q.   Now, Mr. Stevick, who is Halliburton's BOP expert, also
15:33   22    opines that the flow from the blowout may have buckled the pipe
15:33   23    on April 20th.  Do you recall that opinion?
15:33   24    A.   I do.
15:33   25    Q.   But he believes the buckle remained until April 22nd at

15:33   1   the time of autoshear activation, at the time of blind shear

15:33   2   activation.

15:33   3           Do you agree with that opinion?

15:33   4   **A.**   No, I do not.

15:33   5   **Q.**   For the reasons you just indicated?

15:33   6   **A.**   For all those same reasons, that by that time it could not

15:33   7   still be buckled.

15:33   8   **Q.**   You can take a seat.  Thank you, Mr. Childs.

15:33   9           **MR. BAAY:**  Let's put up D-6678 one more time.

15:33  10   **BY MR. BAAY:**

15:33  11   **Q.**   Can you recap for the Court, what does the unbuckling of

15:33  12   the drill pipe mean with respect to possible closure time of

15:33  13   the blind shear ram?

15:33  14   **A.**   Well, since we know the pipe was sheared in an off-center

15:33  15   condition, that leaves us only the AMF time on the 20th that

15:34  16   the pipe was in that position, that the pipe could have been

15:34  17   attempted to be sheared.

15:34  18   **Q.**   So there's no dispute that the pipe was off-center at the

15:34  19   time of the blind shear ram activation?

15:34  20   **A.**   That's correct.

15:34  21   **Q.**   And the only two times that the blind shear ram could

15:34  22   possibly have been activated are AMF and autoshear prior to the

15:34  23   rig sinking.  Is that true?

15:34  24   **A.**   That's also correct.

15:34  25   **Q.**   Do you believe that the pipe would have been off-center by

5144

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 15:34 | 1 | April 22nd at the time of autoshear activation? |
| 15:34 | 2 | A.   No, sir. |
| 15:34 | 3 | MR. BAAY:  You can pull that down.  Thank you. |
| 15:34 | 4 | BY MR. BAAY: |
| 15:34 | 5 | Q.   I want to now talk about -- go back to our discussion of |
| 15:34 | 6 | ST locks. |
| 15:34 | 7 | Did the operation of ST locks factor into your |
| 15:34 | 8 | opinion that it was the AMF that functioned or activated the |
| 15:34 | 9 | blind shear ram? |
| 15:34 | 10 | A.   Yes, they did. |
| 15:34 | 11 | MR. BAAY:  Now, if we can pull up D-6674. |
| 15:34 | 12 | BY MR. BAAY: |
| 15:34 | 13 | Q.   Explain to us why you believe the ST locks support your |
| 15:34 | 14 | opinion that it was the AMF that activated the blind shear ram. |
| 15:34 | 15 | A.   Once we have closed the VBRs, we found the locks activated |
| 15:35 | 16 | on the VBRs when we were at Michoud.  For them to be locked, |
| 15:35 | 17 | the rams have to be in enough of a closed position, which we |
| 15:35 | 18 | described earlier. |
| 15:35 | 19 | Once the explosion's occurred, there's no more |
| 15:35 | 20 | hydraulic pressure holding the VBRs closed.  So we would have |
| 15:35 | 21 | 33 hours for flow to be coming up in the well.  We know the |
| 15:35 | 22 | VBRs eventually did start leaking.  They did get a very good |
| 15:35 | 23 | seal initially, but they did start leaking. |
| 15:35 | 24 | So now we have this flow coming by the VBRs that |
| 15:35 | 25 | would have tended to push them back, and the mechanical |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:35  1    interference we discussed earlier between the tail rod and the
15:35  2    wedge would have kept the locks from being able to be
15:35  3    activated.
15:35  4    Q.   What position were the ST locks found in when the
15:35  5    *Deepwater Horizon* blowout preventer was pulled to surface?
15:35  6    A.   They were found locked.
15:35  7    Q.   And could the crew, in your opinion, have activated the
15:35  8    ST locks at the time they functioned the variable bore rams?
15:36  9    A.   It would have not been their policy.  They do have a
15:36  10   button they could have pushed, but it would not have been their
15:36  11   policy.  They were in well control, and they didn't know what
15:36  12   next steps they might need to take.
15:36  13   Q.   And it's your opinion that had the ST locks not been
15:36  14   activated by AMF, the variable bore rams would not have
15:36  15   remained in the closed position.
15:36  16   A.   That's correct.
15:36  17   Q.   Does the autoshear also -- and to be clear, the AMF does
15:36  18   operate the ST locks?
15:36  19   A.   Yes.  That's the same thing.  In fact, both of them
15:36  20   activate all ST locks.
15:36  21   Q.   And does the autoshear also activate the ST locks?
15:36  22   A.   Yes.  Autoshear and AMF activate all ST locks.
15:36  23   Q.   If the variable bore rams had come open in the two days
15:36  24   between April 20th and April 22nd, would it have been possible
15:36  25   for the ST locks to fully close as -- if the autoshear

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:36  1   operation had triggered them?

15:36  2   **A.**   If we opened them up and we had the interference I talked

15:36  3   about, you could not have locked the locks.

15:37  4   **Q.**   Mr. Childs, did you do anything to determine whether the

15:37  5   flow rate from the well was sufficient to buckle the pipe, as

15:37  6   you've just described?

15:37  7   **A.**   We did.

15:37  8   **Q.**   And what did you do?

15:37  9   **A.**   As part of the Transocean investigation team, we

15:37  10  contracted with Stress Engineering to do the analysis of the

15:37  11  flow and various other aspects of the incident.

15:37  12  **Q.**   Okay.  So you and the Transocean internal investigation

15:37  13  team hired Stress to do these calculations?

15:37  14  **A.**   Yes, sir.

15:37  15  **Q.**   Now, why did you and the Transocean internal team look to

15:37  16  Stress to perform these calculations?

15:37  17  **A.**   They are experts in the field.  They know more about

15:37  18  blowouts, flow-through wells around tubulars, about the actions

15:37  19  that happened to this, the helical buckling.

15:37  20          And Dr. Garrett is renowned for an understanding of

15:37  21  this.  He teaches on flow around tubulars and the effects on

15:38  22  those tubulars.

15:38  23  **Q.**   You mentioned Dr. Garrett.  Is that Dave Garrett, with

15:38  24  Stress Engineering?

15:38  25  **A.**   Dr. David or Dave Garrett, yes, sir.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:38    1   **Q.**    As you met Mr. Garrett and walked through these
15:38    2   calculations with him, did you gain a lot of confidence that he
15:38    3   knew exactly what he was doing as he performed these flow rate
15:38    4   calculations?
15:38    5   **A.**    Very much so.  Of course, I started with confidence in
15:38    6   Stress Engineering.  My own company, when we work and need data
15:38    7   that's beyond or capacity, we employ Stress Engineering.
15:38    8   **Q.**    Is there any question that Stress is an expert in the
15:38    9   field, in the oil and gas industry?
15:38   10   **A.**    None at all.
15:38   11   **Q.**    Now, what data did Stress rely on in performing its
15:38   12   calculations?
15:38   13   **A.**    Every bit of the data that we got from the well, that
15:38   14   being "we," Transocean, got from the well was passed on to
15:38   15   Stress Engineering.
15:38   16   **Q.**    And what did Stress' calculations tell you about whether
15:38   17   or not the flow rate was sufficient to buckle the drill pipe,
15:38   18   as you've described for the Court?
15:38   19   **A.**    As I've already stated, right prior to the time of annular
15:38   20   closure at 9:43, there was sufficient force to begin lifting up
15:39   21   the pipe and lifting up the tool joint.
15:39   22   **Q.**    What did Stress' calculations tell you about as to when
15:39   23   the flow rate was sufficient to lift the drill pipe?
15:39   24   **A.**    9:42, 9:43, right there, right prior to annular BOP
15:39   25   closure.

GREG CHILDS - DIRECT

15:39    1    **Q.**    In your opinion, was the flow rate enough to move the
15:39    2    drill pipe off-center?
15:39    3    **A.**    Yes, it was.
15:39    4    **Q.**    Let's pull up -- excuse me.  Strike that.
15:39    5              Now, I want to talk -- there's obviously -- as the
15:39    6    Court is well aware, there's a dispute as to the timing of
15:39    7    activation of the blind shear ram.
15:39    8              **THE COURT:**  Let's -- maybe this is a good time to
15:39    9    take a recess.  It's 3:40.  Let's take a 15-minute recess.
15:39   10              **THE WITNESS:**  Thank you, Judge.
15:39   11              **THE DEPUTY CLERK:**  All rise.
15:39   12              (WHEREUPON, the Court took a recess.)
15:56   13              **THE DEPUTY CLERK:**  All rise.
15:56   14              **THE COURT:**  Please be seated, everyone.
15:57   15              **MR. BAAY:**  May I proceed, Your Honor?
15:57   16              **THE COURT:**  Yes.
15:57   17              **MR. BAAY:**  Thank you very much.
15:57   18    **BY MR. BAAY:**
15:57   19    **Q.**    Mr. Childs, as we've described, your opinion is that the
15:57   20    blind shear ram operated on April 20th.  Is that true?
15:57   21    **A.**    That's correct.
15:57   22              **MR. BAAY:**  If we could pull up D-6661.
15:57   23    **BY MR. BAAY:**
15:57   24    **Q.**    There are opinions from other experts that the blind shear
15:57   25    ram activated on April 22nd.  Are you aware of those opinions?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

15:57  1   **A.**   Yes, I am.

15:57  2   **Q.**   Are you familiar with the theory of one of BP's BOP

15:57  3   experts, Mr. Shanks, as to how he believes the drill pipe was

15:57  4   pushed off-center?

15:57  5   **A.**   Yes, I am.

15:57  6   **Q.**   Describe for the Court what you believe his theory to be.

15:57  7   **A.**   That when the traveling block fell, it imparted a downward

15:57  8   force on the drill pipe that helically buckled it, but

15:57  9   plastically helically buckled the pipe in the bore.

15:58  10  **Q.**   Do you believe this theory is possible?

15:58  11  **A.**   No, sir.

15:58  12  **Q.**   Why not?

15:58  13  **A.**   We've discussed at length the separation that occurred at

15:58  14  E on our board over here.  When that separation occurred,

15:58  15  anything that happens with the pipe above cannot have any

15:58  16  effect on the pipe below the annular BOP.

15:58  17  **Q.**   And your reference is Section E on D-6636?

15:58  18  **A.**   Yes, this section here.

15:58  19  **Q.**   And did Mr. Shanks agree that the drill pipe broke at that

15:58  20  section?

15:58  21  **A.**   Yes.

15:58  22          **THE COURT:**  What do you mean by "classically

15:58  23  helically buckled"?

15:58  24          **THE WITNESS:**  Plastically.

15:58  25          **THE COURT:**  Oh, plastically.

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 15:58 | 1 |
| 15:58 | 2 |
| 15:58 | 3 |
| 15:58 | 4 |
| 15:58 | 5 |
| 15:58 | 6 |
| 15:58 | 7 |
| 15:58 | 8 |
| 15:58 | 9 |
| 15:58 | 10 |
| 15:58 | 11 |
| 15:59 | 12 |
| 15:59 | 13 |
| 15:59 | 14 |
| 15:59 | 15 |
| 15:59 | 16 |
| 15:59 | 17 |
| 15:59 | 18 |
| 15:59 | 19 |
| 15:59 | 20 |
| 15:59 | 21 |
| 15:59 | 22 |
| 15:59 | 23 |
| 15:59 | 24 |
| 15:59 | 25 |

        THE WITNESS:  The phenomenon we were discussing
earlier.  If I had taken that ruler and kept bending it, it
would have taken a permanent bend.  That would have been
plastic.  It wouldn't come back.
        THE COURT:  I gotcha.
BY MR. BAAY:
Q.   So Mr. Shanks believes that the traveling block falls,
imparts weight to the upper section of the drill pipe, which
then puts a force into the drill pipe at the level of the BOP
and buckles that drill pipe?
A.   Yes, sir.
Q.   How does Mr. Shanks explain his theory that the upper pipe
could impart that pressure if there is no longer a connection
between 39 E and 1-B-1 E?
A.   That possibly the upper and lower sections could reconnect
and still apply a downward force on the lower drill pipe.
Q.   And do you have an animation that illustrates how he
believes that might happen?
A.   Yes.
Q.   Okay.  Describe for us what we see here in D-6696.
A.   The traveling block is up in the derrick, a very large,
heavy device.  The drill pipe is connected to it.  It falls,
and as it's falling, the drill pipe is falling with it.  So as
we see, the pipe comes down and, as we know, lands on top of
the upper annular, causing this massive deformation we have on

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 15:59 | 1 | this 39 E section. |
| 16:00 | 2 | THE COURT:  When did the traveling block fall?  Was |
| 16:00 | 3 | that when the rig capsized? |
| 16:00 | 4 | THE WITNESS:  About 30 minutes after the explosions |
| 16:00 | 5 | or after -- |
| 16:00 | 6 | THE COURT:  30 minutes after the explosion. |
| 16:00 | 7 | THE WITNESS:  Eyewitnesses say about 30 minutes after |
| 16:00 | 8 | the explosions. |
| 16:00 | 9 | BY MR. BAAY: |
| 16:00 | 10 | Q.   And that would have been on April 20th? |
| 16:00 | 11 | A.   On April 20th, of course, yes, sir. |
| 16:00 | 12 | MR. BAAY:  Can I steal this section back, Your Honor? |
| 16:00 | 13 | THE COURT:  You can have it all. |
| 16:00 | 14 | BY MR. BAAY: |
| 16:00 | 15 | Q.   All right.  So Mr. Shanks testified that if the pipe does |
| 16:00 | 16 | separate at 39 E and 1-B-1 E, his theory is still somehow |
| 16:00 | 17 | possible because the pipe could have come down and slammed into |
| 16:00 | 18 | 1-B-1 E.  Is that how you understand it? |
| 16:00 | 19 | A.   That's how I understand it. |
| 16:00 | 20 | MR. BAAY:  Now, let's look at D-6637-B. |
| 16:00 | 21 | BY MR. BAAY: |
| 16:00 | 22 | Q.   Is there anything about the forensic evidence related to |
| 16:00 | 23 | that section of pipe in 1-B-1 E that supports Mr. Shanks' |
| 16:00 | 24 | theory? |
| 16:00 | 25 | A.   No.  There is no indication of any kind of contact.  This |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:00   1   is a pristine tensile failure, no damage area here.  So if the
16:00   2   other pipe had landed on this and pushed down, we would have
16:01   3   had some kind of rolling-over deformation of this piece.
16:01   4          It is pristine.  That's the way it failed at tension.
16:01   5   Q.   If 39 E had slammed into 1-B-1 E, would you see these
16:01   6   spires that you see on 1-B-1 E from the original?
16:01   7   A.   No.  They all would have been folded over, broken off, or
16:01   8   damaged in some other way.
16:01   9   Q.   Looking at the model from 39 E, what do you believe this
16:01   10  roll-under was caused from?
16:01   11  A.   This is the bottom of the 39 E section.  When it came
16:01   12  down -- this part here would be what would have come from this
16:01   13  lower area here on this section.  This would have been
16:01   14  connected somewhere similar to this.
16:01   15         This section would have matched more with this
16:01   16  1-B-1 E.  So when this fell, a very flat surface area landed on
16:01   17  top of the metal part of the annular.  We know the annular top
16:02   18  is all those inserts we saw earlier, and it's all metal.  It
16:02   19  landed on that and did this deformation, as we saw here.
16:02   20  Q.   Would it be in a position similar to what we see on the
16:02   21  screen in D-6696?
16:02   22  A.   Yes, somewhere to the side of the center.  It would be on
16:02   23  the metal inserts.  We show it on the left and then on the
16:02   24  right.  It really doesn't matter.
16:02   25         MR. BAAY:  If we could play D-6697, please.

OFFICIAL TRANSCRIPT

5153

GREG CHILDS - DIRECT

| | |
|---|---|
| 16:02 | 1 |
| 16:02 | 2 |
| 16:02 | 3 |
| 16:02 | 4 |
| 16:02 | 5 |
| 16:02 | 6 |
| 16:02 | 7 |
| 16:02 | 8 |
| 16:02 | 9 |
| 16:02 | 10 |
| 16:02 | 11 |
| 16:02 | 12 |
| 16:03 | 13 |
| 16:03 | 14 |
| 16:03 | 15 |
| 16:03 | 16 |
| 16:03 | 17 |
| 16:03 | 18 |
| 16:03 | 19 |
| 16:03 | 20 |
| 16:03 | 21 |
| 16:03 | 22 |
| 16:03 | 23 |
| 16:03 | 24 |
| 16:03 | 25 |

**BY MR. BAAY:**

**Q.**   Describe for us what wee see here.

**A.**   These are the two sections we were just looking at.  The
laser scans of 1-B-1 E on the right and 39 E on the left.

**Q.**   Are these actual photos of those sections of pipe, 39 E
and 1-B-1 E?

**A.**   We've transitioned from the scans to the actual photos
now.

**Q.**   Now, does the forensic evidence, as we've just reviewed
it, support Mr. Shanks' theory that these two sections of pipe
could have clashed into one another and imparted a force in the
section of pipe below the upper annular?

**A.**   No, they could not have come in contact.

**Q.**   Let's assume for a minute that we don't have separation of
pipe at 39 E and 1-B-1 E.  Okay?

**A.**   Okay.

**Q.**   If the pipe remains intact, how long does Mr. Shanks need
for the traveling block to have continued to exert the downward
buckling force on the drill pipe for his theory to even be
possible?

**A.**   About 33 1/2 hours.

**Q.**   And do you think that is possible?

**A.**   No, sir.

**Q.**   Why not?

**A.**   Part of what would make his theory work is, when you're

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:03  1   pushing down on this drill pipe, it's been -- being resisted by

16:03  2   the VBRs below.  The VBRs have lost closing pressure.  They're

16:03  3   not locked, lost closing pressure.

16:03  4            So I believe if this had remained intact and the

16:03  5   force would have come down, the pipe would have been pushed

16:03  6   through the VBRs, and our tool joint that was in the annular

16:03  7   probably would have ended up very close or right on top of the

16:04  8   VBRs.

16:04  9   Q.   As the rig lost power on April 20th and began to drift

16:04  10  over those two days, would it have been possible for the force

16:04  11  of the falling traveling block to continue to impart a downward

16:04  12  force on the drill pipe at the level of the blowout preventer?

16:04  13  A.   Very unlikely.

16:04  14  Q.   Now, are you also familiar with Mr. Shanks' testimony that

16:04  15  he viewed the footage from the ROV cutting the autoshear pin

16:04  16  and he somehow believes that was an indication of blind shear

16:04  17  ram activation?

16:04  18  A.   Yes, I've heard that.

16:04  19  Q.   And you've seen that ROV footage?

16:04  20  A.   Multiple times, yes, sir.

16:04  21  Q.   I believe you saw it as they played it in court last week.

16:04  22  A.   Yes.  I did again.

16:04  23  Q.   And you reviewed in preparation for your report?

16:04  24  A.   That is correct.

16:04  25  Q.   What does Mr. Shanks believe happens once the ROV cuts the

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:04  1   autoshear pin?

16:04  2   **A.**   He believes that there is shaking of the stack that

16:05  3   indicates an action like closing the shear rams.

16:05  4   **Q.**   You reviewed the video.  Did you see anything that was

16:05  5   indicative of the blind shear ram operation?

16:05  6   **A.**   No, I did not.

16:05  7   **Q.**   What would you expect to see once the ROV -- strike that.

16:05  8         Would you expect to see the ROV move once it made its

16:05  9   cut through the autoshear pin?

16:05  10  **A.**   Precisely.  This is a very massive BOP stack.

16:05  11  750,000 pounds were connected to the wellhead.  There's a small

16:05  12  ROV.  The camera's attached to the ROV.  And as soon as this

16:05  13  arm finally cut through that pin, there would have been a

16:05  14  release of load and the ROV moved.

16:05  15        So the movement we see is not of the stack; it's of

16:05  16  the camera on the ROV viewing the stack -- the stationary

16:06  17  stack.

16:06  18  **Q.**   So to be clear, you didn't see any movement related to the

16:06  19  blowout preventer stack of the *Deepwater Horizon* during that

16:06  20  footage of the ROV cut that would indicate to you that the

16:06  21  blind shear ram might have activated at that time?

16:06  22  **A.**   That's correct.

16:06  23        **THE COURT:**  Let me ask a question.  Where was the --

16:06  24  do you know who decided and why were they cutting the pin at

16:06  25  that time?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:06 | 1 | **THE WITNESS:**  I don't know who made the final |
| 16:06 | 2 | decision, but it's one more way to activate the shear ram.  At |
| 16:06 | 3 | that point in time, we didn't know what had happened and why we |
| 16:06 | 4 | hadn't sealed off.  So we wanted one more try. |
| 16:06 | 5 | I'm speculating because I was not there.  They |
| 16:06 | 6 | wanted one more try.  One way to activate the autoshear to |
| 16:06 | 7 | simulate the LMRP being removed is to cut that pin |
| 16:06 | 8 | mechanically.  It then sets off autoshear. |
| 16:06 | 9 | **THE COURT:**  Okay.  Thank you. |
| 16:06 | 10 | **BY MR. BAAY:** |
| 16:06 | 11 | **Q.**   I believe I asked you earlier, Mr. Childs, but let me do |
| 16:06 | 12 | so again just to be sure. |
| 16:06 | 13 | If you have separation of the pipe on April 20th at |
| 16:07 | 14 | the level of 39 E and 1-B-1 E, is it possible that rig drift |
| 16:07 | 15 | would have imparted a force on the drill pipe at the level of |
| 16:07 | 16 | the blind shear ram to bend the pipe on April 22nd? |
| 16:07 | 17 | **A.**   No.  Same reasoning, there's no connection between the |
| 16:07 | 18 | pipe above and the pipe below.  So anything that happens above |
| 16:07 | 19 | does not affect the pipe below the annular. |
| 16:07 | 20 | **Q.**   And just to summarize before we move into maintenance, |
| 16:07 | 21 | does the forensic evidence support your opinion that the pipe |
| 16:07 | 22 | could only have been off-center on April 20th? |
| 16:07 | 23 | **A.**   Yes.  Everything I've seen shows it had to be on the 20th. |
| 16:07 | 24 | **Q.**   Is the forensic evidence consistent with any of the |
| 16:07 | 25 | theories that put the pipe off-center on April 22? |

5157

GREG CHILDS - DIRECT

16:07  1    **A.**   No, they're not.

16:07  2    **Q.**   And in your opinion, the blind shear rams closed at the

16:07  3    time of AMF activation on April 20th, 2010?

16:07  4    **A.**   Yes, shortly after the explosions.

16:07  5            **MR. BAAY:**  If we could put up D-6686.

16:08  6    **BY MR. BAAY:**

16:08  7    **Q.**   We've been through your first two opinions.  I now want to

16:08  8    move to Opinion No. 3, which is maintenance played no role in

16:08  9    the BOP's inability to shut in the well.

16:08  10   **A.**   Okay.

16:08  11   **Q.**   Why is that your opinion?

16:08  12   **A.**   Nothing I found in any of the maintenance history had any

16:08  13   effect on the inability of that shear ram to close on the

16:08  14   off-center pipe.

16:08  15   **Q.**   Let's first, before we get into a discussion of solenoids

16:08  16   and batteries, get into a brief overview of the control systems

16:08  17   and the control pods.

16:08  18           **MR. BAAY:**  Pull up D-6675.

16:08  19   **BY MR. BAAY:**

16:08  20   **Q.**   Describe for the Court where the control pods are located

16:08  21   on the *Deepwater Horizon* stack.

16:08  22   **A.**   On all BOP stacks they're located on the LMRP.  In this

16:08  23   view, we are seeing the -- all right -- I've just lost -- oh,

16:08  24   is it showing?  There it is -- the blue pod is showing in this

16:08  25   view, and if Gary will rotate -- and on the other side of the

OFFICIAL TRANSCRIPT

16:09   1   stack is the yellow pod.

16:09   2   **Q.**   What is the purpose of these control pods?

16:09   3   **A.**   Redundancy.  There's two pods for redundancy.

16:09   4          They receive the electrical signals from the surface

16:09   5   through this MUX cable, electrical section then translates that

16:09   6   into a hydraulic signal that the hydraulic signal then goes to

16:09   7   the BOP stack and functions whatever function you're trying to

16:09   8   operate.

16:09   9   **Q.**   Do both pods perform identical functions?

16:09  10   **A.**   They are identical.  They're totally redundant, just

16:09  11   separate.

16:09  12   **Q.**   And as we'll discuss, are there redundant systems within

16:09  13   the redundant pods?

16:09  14   **A.**   Even within them, there are more redundancies.

16:09  15   **Q.**   How did the crew send instructions to the pods from the

16:09  16   rig in normal operation?

16:09  17   **A.**   There are several control panels where they would have an

16:09  18   enable button they would push first and then the function they

16:09  19   want it to operate.

16:09  20          The enable button is there so that nobody can

16:09  21   inadvertently come by and lean or push on a button and operate

16:09  22   something.  You have to have the awareness to push the enable

16:10  23   button and then push the function button.

16:10  24          **MR. BAAY:**  If we could look at D-6676.

       25

GREG CHILDS - DIRECT

| | |
|---|---|
| 16:10 | 1 |
| 16:10 | 2 |
| 16:10 | 3 |
| 16:10 | 4 |
| 16:10 | 5 |
| 16:10 | 6 |
| 16:10 | 7 |
| 16:10 | 8 |
| 16:10 | 9 |
| 16:10 | 10 |
| 16:10 | 11 |
| 16:10 | 12 |
| 16:10 | 13 |
| 16:10 | 14 |
| 16:10 | 15 |
| 16:10 | 16 |
| 16:10 | 17 |
| 16:11 | 18 |
| 16:11 | 19 |
| 16:11 | 20 |
| 16:11 | 21 |
| 16:11 | 22 |
| 16:11 | 23 |
| 16:11 | 24 |
| 16:11 | 25 |

BY MR. BAAY:

Q.   Are these MUX cables what connect the pod and allow it to communicate up to the rig?

A.   Yes.  As we're seeing here -- this is, in fact, the yellow pod we're looking at.  And the MUX cable is connected up the side of the riser all the way to the surface.

Q.   I'm going to give you my laser pointer.

A.   This one has gotten weak.  I have one more.

Q.   Try this one.  This one works.

          THE WITNESS:  That's a little better, isn't it, Judge?  Let's see.

BY MR. BAAY:

Q.   When we lose that connection to the rig, how does the blowout preventer operate?

A.   Without MUX cable connection, you're saying, sir?

Q.   Yes.

A.   It would have to be automated functions, emergency functions only.

Q.   As you described it, the AMF senses the loss of that connection, and that's when it triggers the activation of the blind shear ram?

A.   AMF -- when you basically lose everything -- hydraulics, electrical connection, and communication -- AMF would then fire.

Q.   On April 20th, 2010, do you have an opinion as to which

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:11    1    particular pod activated the blind shear ram?

16:11    2    **A.**    Either could have.

16:11    3         **MR. BAAY:**  Let's pull up D-6698, please.

16:11    4    **BY MR. BAAY:**

16:11    5    **Q.**    What are we looking at here, Mr. Childs?

16:11    6    **A.**    Very basic parts within the pods, not all of them, of

16:11    7    course; but we're seeing that within the pods, there are two

16:11    8    SEMs in each pod.  A SEM is a subsea electronic module.

16:11    9    There's an A and B in yellow and an A and B in blue.

16:11   10    **Q.**    And can the blind shear ram be activated by any one of the

16:11   11    four SEMs?  That's my question.

16:12   12    **A.**    Yes, yes.  Sorry.

16:12   13         Within the SEM, there is an AMF for SEM A and an AMF

16:12   14    for SEM B.  The same for the other side.  There's a 9-volt

16:12   15    battery for each SEM as well.  And then the two pods share a

16:12   16    27-volt battery.

16:12   17    **Q.**    In normal operating conditions, what powers the SEMs?

16:12   18    **A.**    In normal operation condition, when they're drilling

16:12   19    ahead, it's powered from the surface through to the MUX cable.

16:12   20    **Q.**    When the SEMs sense the loss of power and communication

16:12   21    from the rig, is that when they're triggered into the AMF mode

16:12   22    of operation?

16:12   23    **A.**    The AMF, and then the batteries take over.

16:12   24    **Q.**    As you've testified -- or remind me, how many SEMs are

16:12   25    required to function the blind shear ram?

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:12 | 1 | **A.**   Only one. |
| 16:12 | 2 | **Q.**   And how many solenoids are required to activate the blind |
| 16:12 | 3 | shear ram? |
| 16:12 | 4 | **A.**   One as well. |
| 16:12 | 5 | **Q.**   And either pod, it's your testimony, could activate the |
| 16:12 | 6 | blind shear ram, and it just takes one SEM to function it? |
| 16:13 | 7 | **A.**   That is correct. |
| 16:13 | 8 | **Q.**   There's been testimony that the AMF might not have |
| 16:13 | 9 | functioned on April 20th because the wiring to the coils of the |
| 16:13 | 10 | yellow pod Solenoid 103 were reversed. |
| 16:13 | 11 | Are you familiar with that testimony? |
| 16:13 | 12 | **A.**   I am. |
| 16:13 | 13 | **MR. BAAY:**   If we could pull that back up for one |
| 16:13 | 14 | minute. |
| 16:13 | 15 | **BY MR. BAAY:** |
| 16:13 | 16 | **Q.**   What is a solenoid coil? |
| 16:13 | 17 | **A.**   First of all, the solenoids would exist between this point |
| 16:13 | 18 | and the BOP. |
| 16:13 | 19 | **Q.**   So as you've described, there's one solenoid per pod that |
| 16:13 | 20 | could activate the blind shear ram? |
| 16:13 | 21 | **A.**   Basically, in this area between the SEMs and the BOP. |
| 16:13 | 22 | And the solenoid is an electrical device.  It has |
| 16:13 | 23 | coils, in this case two coils, wound around a piece of metal. |
| 16:13 | 24 | And you electrify -- when you send back current through the |
| 16:13 | 25 | coil, that gets magni- -- magnetic effect -- |

OFFICIAL TRANSCRIPT

5162

GREG CHILDS - DIRECT

16:13  1  **Q.**   Magnetic force?

16:13  2  **A.**   Magnetic force.  There you go -- magnetic force that would

16:13  3  then move that valve.

16:14  4           **THE COURT:**  So you only have one solenoid on each

16:14  5  pod; correct?

16:14  6           **THE WITNESS:**  One solenoid for 103 on blue and one on

16:14  7  yellow, that is true.

16:14  8  **BY MR. BAAY:**

16:14  9  **Q.**   And 103 is dedicated solely to the function of the blind

16:14 10  shear ram?

16:14 11  **A.**   Correct.  And each solenoid has dual coils, one for the A

16:14 12  and one for the B.

16:14 13  **Q.**   Can the solenoid activate the blind shear ram with one

16:14 14  coil energized?

16:14 15  **A.**   Yes, it can.

16:14 16  **Q.**   Can it activate it with two coils energized?

16:14 17  **A.**   Yes, it can.

16:14 18  **Q.**   Are the two coils just another example of redundancy

16:14 19  within the system?

16:14 20  **A.**   Yes.

16:14 21  **Q.**   Can a solenoid, Mr. Childs, that is reverse-wired still

16:14 22  function the blind shear ram?

16:14 23  **A.**   In a SEM operation, yes.

16:14 24  **Q.**   And now what is the basis for your opinion that a miswired

16:14 25  solenoid can still be activated if one of those coils is

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:14   1   reversed?

16:14   2   **A.**   I've seen testing from Michoud on SEM-actuated testing.

16:15   3   And the Transocean investigation team also went out to a rig

16:15   4   and purposely miswired a solenoid and performed 15 tests.  And

16:15   5   all 15 tests through the SEM, the solenoid did actuate.

16:15   6   **Q.**   Let's first talk about the tests that were performed at

16:15   7   Michoud.

16:15   8   **A.**   Yes, sir.

16:15   9   **Q.**   We've heard testimony that there were many tests performed

16:15   10  on 103Y while the investigation was conducted at Michoud; is

16:15   11  that true?

16:15   12  **A.**   That's correct.

16:15   13  **Q.**   How many tests of those performed at Michoud did you rely

16:15   14  on for your opinion that the reverse-wired solenoid could still

16:15   15  properly function?

16:15   16  **A.**   My reliance is on the tests that were operated through the

16:15   17  SEM, where the SEM actuated the solenoid -- or the AMF through

16:15   18  the SEM -- actuated the solenoid more like it would be used in

16:15   19  real life.

16:15   20  **Q.**   You've anticipated my next question.  Why did you select

16:15   21  those three tests?

16:15   22  **A.**   Because my normal mode and my company's normal mode is

16:15   23  test it as you're going to use it.  It's the only practical way

16:16   24  to do it.  Many other tests you can do, but to use it as it

16:16   25  actually will be functioning in the field is the best way to

GREG CHILDS - DIRECT

16:16  1    check -- to verify.
16:16  2    Q.   You've referred to those tests that mimic the subsea
16:16  3    conditions as AMF tests.
16:16  4    A.   AMF testing.
16:16  5    Q.   And what about the test setup and procedure mimics subsea
16:16  6    conditions?
16:16  7    A.   You arm the AMF, you remove all power, which -- it's just
16:16  8    like cutting the MUX cable.  You already do not have
16:16  9    connections to your transducers that read pressure.  So you
16:16 10    have no pressure, you have no communication, power's gone, AMF
16:16 11    fires, because it's met all of the requirements.
16:16 12    Q.   In those types of tests, the AMF test we're referring to,
16:16 13    does it use software that is similar to what would be used on
16:16 14    the pod?
16:16 15    A.   It is, in this case, the software from the pod.
16:16 16    Q.   And how many AMF tests were performed at Michoud?
16:17 17    A.   Of the type I'm talking about, there were three done --
16:17 18    three performed.
16:17 19    Q.   And that was of the original 103Y; is that true?
16:17 20    A.   Very true.  Using 103Y, still miswired as it was found
16:17 21    originally.
16:17 22    Q.   Of these three AMF tests, how many were successful?
16:17 23    A.   All three operated the solenoid.
16:17 24    Q.   Now, the other tests that you referred to that were
16:17 25    performed at Michoud, why is it that you did not rely on those

OFFICIAL TRANSCRIPT

16:17  1   results?
16:17  2   A.   The other tests were run using the portable electronic
16:17  3   test unit.  We've already heard in here about some difficulties
16:17  4   with the PETUs, that what you asked it to do wasn't necessarily
16:17  5   what it did.  So I discounted it for that, in the first place.
16:17  6        In the second place, I wanted to see how it would
16:17  7   operate in field conditions being -- through the AMF.
16:17  8   Q.   Have other experts who have examined the blowout preventer
16:17  9   in this litigation agreed with your opinion that the PETU test,
16:18  10  or the PETU units, had problems?
16:18  11  A.   Yes.  I think it's fully agreed.
16:18  12  Q.   You also mentioned that Transocean did its own testing.
16:18  13  Describe for the Court how Transocean performed its test of the
16:18  14  solenoids.
16:18  15  A.   Yes.  I worked with my expert, Chris Tolleson, on the
16:18  16  electronics and software.  We devised a test.  I sent him out
16:18  17  to the *Enterprise*, Transocean *Enterprise*.  It's a sister rig to
16:18  18  the *Horizon*.  It's a Mark II control system.  It has a
16:18  19  functioning equivalent AMF system, with the goal here being:
16:18  20  Can we repeat this?  Can we see this same thing?  What will
16:18  21  happen in real life, again?
16:18  22  Q.   And you mentioned that you picked the *Enterprise* to
16:18  23  perform these tests?
16:18  24  A.   Yes, sir.
16:18  25  Q.   And did your team do the necessary diligence to make sure

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:18 | 1 | the *Enterprise* was close in type to *Deepwater Horizon*? |
| 16:18 | 2 | **A.**   Well, I think "close" is a little bit less than it is. |
| 16:19 | 3 | It's almost exactly.  It's the same manufacturer, of course, |
| 16:19 | 4 | same design, same functionality of the AMF system.  Same -- by |
| 16:19 | 5 | the way, same solenoids, of course. |
| 16:19 | 6 | **Q.**   Same type of solenoids as manufactured by the original |
| 16:19 | 7 | equipment manufacturer? |
| 16:19 | 8 | **A.**   Same -63 Solenoids. |
| 16:19 | 9 | **MR. BAAY:**  Dennis, let's pull up TREX-7670. |
| 16:32 | 10 | BY MR. BAAY: |
| 16:32 | 11 | **Q.**   Mr. Childs, do you recognize this document? |
| 16:19 | 12 | **A.**   Yes.  It's Mr. Tolleson's report on testing. |
| 16:19 | 13 | **Q.**   So this is a document created as a result of the testing |
| 16:19 | 14 | he performed on the *Enterprise*? |
| 16:19 | 15 | **A.**   That is correct. |
| 16:19 | 16 | **Q.**   And you may have mentioned, but let me ask you again. |
| 16:19 | 17 | How many tests did Transocean perform, in total, as |
| 16:19 | 18 | are reflected in this agreement -- in this document? |
| 16:19 | 19 | **A.**   While he was on the rig, he actually performed a total of |
| 16:19 | 20 | 18 tests.  Three of those he performed with the solenoid |
| 16:19 | 21 | properly wired. |
| 16:19 | 22 | **Q.**   And we'll get into it.  But of the 15 potentially miswired |
| 16:19 | 23 | tests, how many successfully activated the solenoid? |
| 16:20 | 24 | **A.**   In all 15 tests where he himself miswired the solenoid, |
| 16:20 | 25 | all 15 operated the solenoid. |

16:20    1            **MR. BAAY:**  Let's pull up TREX-7670.1.1.TO.
16:32    2    **BY MR. BAAY:**
16:32    3    **Q.**   Describe for us how Transocean documented these tests and
16:20    4    what we see here in this exhibit.
16:20    5    **A.**   We'll go ahead and start with the top.  In his report, he
16:20    6    had to let us know that on the first day of his testing, for
16:20    7    six tests he could not get the equipment to cooperate to
16:20    8    capture the results.  Not to perform the tests.  The tests were
16:20    9    performed, they were flawless, just like he wanted to perform
16:20   10    them, but he could not get a hard copy printout.
16:20   11            Overnight, he was able to upload some new software on
16:20   12    his personal computer, reconfigure such that for the second
16:20   13    day, the tests we see listed here with the miswired solenoid
16:20   14    all -- did also operate.  He had backup data and was able to
16:21   15    print out the test results.
16:21   16    **Q.**   So the table we see here in 7670 records his testing
16:21   17    activity and the results that the solenoid activated in each of
16:21   18    those tests?
16:21   19    **A.**   Yes.  And there's more to this test report.  There's
16:21   20    actually printouts from the testing from the second-line tests,
16:21   21    but not from the first.
16:21   22            The only problem with the first day, as we see on the
16:21   23    six, is he could not capture the results to be able to put them
16:21   24    in the report.
16:21   25            **MR. BAAY:**  If we can pull up TREX-7670.2.1.TO.

GREG CHILDS - DIRECT

16:32  1  **BY MR. BAAY:**
16:32  2  **Q.**   Just for the sake of completeness, what were the other
16:21  3  three tests that you indicated Mr. Tolleson performed?
16:21  4  **A.**   Carried out through his testing, we see his Tests 4, 7,
16:21  5  and 11.  He switched back periodically to correctly-wired
16:21  6  solenoid.  He got exactly the same results using the
16:21  7  correctly-wired solenoid as he did a miswired solenoid.
16:21  8  **Q.**   Mr. Childs, did the AMF testing performed at Michoud and
16:22  9  by Transocean indicate that the yellow pod Solenoid 103Y could
16:22 10  have functioned the AMF at the time of the incident?
16:22 11  **A.**   Yes, sir.
16:22 12  **Q.**   Other than Transocean, have any of the experts or parties
16:22 13  in this case submitted any solenoid tests that they conducted
16:22 14  to this Court?
16:22 15  **A.**   No, sir.
16:22 16  **Q.**   Now, when the tests were performed at Michoud on the
16:22 17  solenoid, did they find that there was sufficient battery power
16:22 18  in the yellow pod to operate the AMF?
16:22 19  **A.**   Yes.
16:22 20  **Q.**   Is there any reason, in your opinion, why the yellow pod
16:22 21  would not have activated the blind shear ram on April 20th?
16:22 22  **A.**   I'm sorry.  I was coughing.
16:22 23         Would you say it over, please.
16:22 24  **Q.**   Sure.  Is there any reason, in your opinion, why the
16:22 25  yellow pod would not have activated the blind shear ram on

OFFICIAL TRANSCRIPT

5169

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:22 | 1 | April 20th? |
| 16:22 | 2 | **A.**   No. |
| 16:22 | 3 | **Q.**   You were here last week, I believe, when Mr. Doyen asked |
| 16:22 | 4 | Dr. Davis about the testing done by Mr. Guidry on Solenoid 103 |
| 16:23 | 5 | after its installation. |
| 16:23 | 6 | Do you remember that testimony? |
| 16:23 | 7 | **A.**   I do. |
| 16:23 | 8 | **MR. BAAY:**  Let's pull up 3797.2.1.TO. |
| 16:23 | 9 | And, Your Honor, this is an e-mail that we've |
| 16:23 | 10 | seen quite a bit, so I'll cover it just very briefly.  I won't |
| 16:23 | 11 | go through all these bullet points. |
| 16:32 | 12 | **BY MR. BAAY:** |
| 16:32 | 13 | **Q.**   Mr. Childs, just a few questions from this. |
| 16:23 | 14 | Have you reviewed this e-mail string? |
| 16:23 | 15 | **A.**   I have. |
| 16:23 | 16 | **Q.**   And was that what you've undertaken as part of your work |
| 16:23 | 17 | on Transocean's internal investigation team? |
| 16:23 | 18 | **A.**   It was. |
| 16:23 | 19 | **Q.**   Who do you understand Mr. Guidry to be? |
| 16:23 | 20 | **A.**   He is an electronics MUX expert that works for Transocean. |
| 16:23 | 21 | **Q.**   What does this e-mail indicate that he completes? |
| 16:23 | 22 | **A.**   He did travel to the *Horizon*.  He did check out the pods. |
| 16:23 | 23 | And in his testing, every time he found an issue, he repaired |
| 16:23 | 24 | that issue, and he continued to test through all these issues |
| 16:23 | 25 | replacing solenoids and parts as necessary until he came out |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:24    1   with no issues at the end of all his testing.

16:24    2   **Q.**   Now, if you know, did Mr. Guidry also keep a

16:24    3   contemporaneous account of his testings in his tally book?

16:24    4   **A.**   Yes.  As is very typical for a rig worker, he keeps a

16:24    5   tally book.

16:24    6   **Q.**   Go ahead.  You were about to do it.  What is a tally book?

16:24    7   **A.**   A tally book fits in their pocket.  They carry it around

16:24    8   on the rig with them.  Obviously, they can't carry their

16:24    9   computer around the rig with them.  It's not a safe place for a

16:24   10   computer.

16:24   11         They write everything in their tally book.  And later

16:24   12   they can take that information and insert it into the computer

16:24   13   system.

16:24   14         **MR. BAAY:**  Let's pull up TREX-4823.5.1.TO, please.

16:32   15   **BY MR. BAAY:**

16:32   16   **Q.**   Now, do you recognize this document, Mr. Childs?

16:24   17   **A.**   Very well.

16:24   18   **Q.**   Would this be Mr. Guidry's tally book?

16:24   19   **A.**   These are excerpts out of his tally book.

16:24   20   **Q.**   Did you review the testing, as he sets it out in his tally

16:24   21   book?

16:24   22   **A.**   Yes.  And this shows us that one of the solenoids that he

16:25   23   replaced right prior to Macondo was Solenoid 103.

16:25   24         **MR. BAAY:**  If we can go back to the e-mail quickly,

16:25   25   which is TREX-3797.3.1.TO.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:32    1    **BY MR. BAAY:**

16:32    2    **Q.**    You also have testified that you reviewed the testing that

16:25    3    Mr. Guidry describes in this exhibit we're looking at.

16:25    4    **A.**    I did.

16:25    5    **Q.**    If you can just read for me the top call-out there, the

16:25    6    first bullet, the highlighted language.

16:25    7    **A.**    "We then moved the pod back onto the LMRP and performed

16:25    8    another function test of all functions using the full

16:25    9    system...tested again, with no coil breaks, no faults, and all

16:25   10    corresponding functions operating as they should."

16:25   11    **Q.**    Will you jump to the last call-out and read the

16:25   12    highlighted language, please.

16:25   13    **A.**    "They did do all of the normal pre-deployment function

16:25   14    testing of the system and found no faults at all.  No pod

16:26   15    mismatches, no coil faults, system okay indication on the CCU

16:26   16    screen, and all functions operating the correct component on

16:26   17    the system as verified by sight."

16:26   18            I'd like to add that you know the CCU is a central

16:26   19    control unit.

16:26   20    **Q.**    Mr. Childs -- excuse me.

16:26   21            Based on your review of Mr. Guidry's e-mail and his

16:26   22    tally book, did it appear to you that Mr. Guidry made proper

16:26   23    efforts to test this solenoid after he installed it?

16:26   24    **A.**    Yes.  It appears he did every effort he could.  He

16:26   25    continued to test.  As he saw any issue, he tested more,

GREG CHILDS - DIRECT

16:26   1   corrected that and tested again, until he ended up with what we

16:26   2   just read.

16:26   3   **Q.**   To be clear, he installed Solenoid 103 on the yellow pod

16:26   4   at this time?

16:26   5   **A.**   Yes, he did.

16:26   6   **Q.**   And that was 90 days prior to the Macondo incident; is

16:26   7   that true?

16:26   8   **A.**   Correct.

16:26   9   **Q.**   Now, some of the experts in this case have opined that

16:26   10  there was debris found in Solenoid 103Y after the incident, and

16:27   11  that indicates that Transocean did not properly maintain the

16:27   12  solenoid.

16:27   13          Are you familiar with this opinion?

16:27   14  **A.**   Yes, I am.

16:27   15  **Q.**   Where do you think this debris might have come from?

16:27   16  **A.**   I believe the problem would come -- does come from

16:27   17  improper storage of the pods, as we were waiting to be able to

16:27   18  work on them.

16:27   19  **Q.**   And was that -- the conditions of storage -- acknowledged

16:27   20  by DNV as one of the events that might have caused the debris?

16:27   21  **A.**   The issue -- yes.  This issue was seen there.  And I know,

16:27   22  by personal experience, many rigs try to flush through the pods

16:27   23  weekly to ensure there's clean fluid and you don't get growth.

16:27   24  **Q.**   Now, we've talked earlier about portable electronic

16:27   25  testing units, sometimes referred to as PETUs.

GREG CHILDS - DIRECT

16:27  1   **A.**   Yes.
16:27  2   **Q.**   Remind us just exactly what those do.
16:27  3   **A.**   It is a device supplied by Cameron that you can hook up to
16:27  4   the pod to allow you to activate functions on the pod when
16:27  5   you're not in the full stack condition where you can operate
16:28  6   through the control panel.
16:28  7   **Q.**   Are PETUs typically used on a drilling rig to test
16:28  8   solenoids?
16:28  9   **A.**   They use it -- during the installation test of the
16:28  10  solenoid into the pod they're used, yes.
16:28  11  **Q.**   And you testified earlier that there was a problem with
16:28  12  the PETUs, or the PETUs, as used at Michoud.
16:28  13  **A.**   Yes.
16:28  14  **Q.**   Just briefly describe what the problem was.
16:28  15  **A.**   There is a way on the PETU to ask it to supply electricity
16:28  16  to either A or B or to both, three choices.  One of the PETUs,
16:28  17  when you said do it to A, let's say, it did it to both.  We
16:28  18  didn't know that at the time.
16:28  19       The other one, when you said do it do both, which is
16:28  20  a good test to do, it sent the power to only one function.
16:28  21  **Q.**   What would be the result, Mr. Childs, if a solenoid with
16:28  22  reversed wiring was tested by a PETU with those same issues?
16:29  23  **A.**   If you had a PETU that only sent the power to one coil
16:29  24  when you were trying to check for miswiring, which wouldn't be
16:29  25  when you were using both coils, you would miss that issue.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:29  1  **Q.**   Now, Dr. Davis testified last week that Mr. Guidry might

16:29  2  have experienced a problem, quote, because we don't know what

16:29  3  variety PETU he was using, and it may not have done every

16:29  4  single function.

16:29  5          Do you recall that testimony?

16:29  6  **A.**   Yes, sir.

16:29  7  **Q.**   Do you agree that the units can lead to results that

16:29  8  have -- strike that.

16:29  9          Dr. Davis also testified that DNV initially tested

16:29  10  the solenoid using the PETU and that the results were

16:29  11  inexplicable because of the problems of WEST testing the units.

16:29  12          Do you recall that testimony?

16:29  13  **A.**   Yes, I do.

16:29  14  **Q.**   Do you agree that these units can lead to results that

16:29  15  could have confused the experts in this case?

16:29  16  **A.**   They did, yes, sir.

16:29  17  **Q.**   You also agree with Dr. Davis that the unit Mr. Guidry

16:29  18  used may not have done every single function, even though it

16:30  19  appeared at the time to be a full-function test?

16:30  20  **A.**   It appears we have a 50/50 chance, yes.

16:30  21  **Q.**   Now, have there been changes in the industry awareness

16:30  22  related to reverse polarity since the time of the Macondo

16:30  23  incident?

16:30  24  **A.**   Yes, there has.

16:30  25  **Q.**   Tell the Court what you found in your review on that

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:30    1    issue.
16:30    2    A.   We found a Cameron field performance report, otherwise
16:30    3    known as an FPR, where another rig, five -- I think five months
16:30    4    later -- had an issue with solenoids.
16:30    5            A field performance report is used to document a
16:30    6    problem, send the problem to the OEM -- in this case,
16:30    7    Cameron -- get them to find the root cause of the problem, find
16:30    8    a mitigation to the problem, and supply that back to the user
16:30    9    or customer, so that they could fix that problem from there
16:30   10    forth.
16:30   11            MR. BAAY:  Let's look at TREX-5165.
16:32   12    BY MR. BAAY:
16:32   13    Q.   Are you familiar with this document, Mr. Childs?
16:31   14    A.   Yes.  It's a letter that came out in response to that FPR.
16:31   15    Q.   I believe this is document we saw with Mr. Perkin and
16:31   16    Dr. Davis, I believe.
16:31   17            What is the purpose of this letter, as you understand
16:31   18    it?
16:31   19    A.   It describes what they found in their testing, and shows
16:31   20    in their conclusions that there are -- there's an added test,
16:31   21    an added table they want to add, an added test they want to add
16:31   22    to their own procedures, to ensure they are finding all
16:31   23    miswired solenoids.
16:31   24    Q.   And just to be clear, this letter comes --
16:31   25            MR. BAAY:  If you can call that out, Dennis, that

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:31  1    date on the top there.

16:32  2    BY MR. BAAY:

16:32  3    Q.   This comes some five months after the Macondo incident; is

16:31  4    that correct?

16:31  5    A.   Correct, and unrelated.

16:31  6    Q.   And just clarify for me again.  Cameron is doing this

16:31  7    testing at the request of a customer.  Is that your

16:31  8    understanding?

16:31  9    A.   Yes.  Again, a field performance report, it comes from the

16:31  10   field.  You have an issue, you want the manufacturer to figure

16:32  11   out the root cause and get you an answer.

16:32  12        So you send the equipment to them, they test it.  In

16:32  13   this case they did.  They found miswired solenoids.  And from

16:32  14   this, they added something to their own procedures to try to

16:32  15   avoid any more miswired solenoids.

16:32  16   Q.   And was the letter and the testing -- the letter that

16:32  17   Cameron produced and the testing that they did, all a result of

16:32  18   the fact that a customer of theirs found miswired solenoids on

16:32  19   their rig?

16:32  20        MS. KARIS:  Objection, Your Honor, leading.

16:32  21        THE COURT:  It is.

16:32  22        MR. BAAY:  I can restate it, Your Honor.

16:32  23        THE COURT:  Okay.  Go ahead.

16:32  24   BY MR. BAAY:

16:32  25   Q.   Mr. Childs, what is your understanding as to why Cameron

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:32  1   issued this letter and why they conducted this testing?
16:32  2   A.   It would be part of the answer to this FPR.  I think I've
16:32  3   described the process of the FPR fairly well.
16:32  4        And then this is alerting, in this case, to whom it
16:32  5   may concern.  Other people, obviously, are using solenoids.  So
16:33  6   this alerts others that we found an issue and we are fixing
16:33  7   this by adding a better table to record all the information,
16:33  8   and another check that you can add to make sure if you've got a
16:33  9   miswired solenoid.
16:33  10  Q.   And in your opinion, what was the underlying event that
16:33  11  triggered the testing in the letter?
16:33  12  A.   That on the rig out in the field the subsea engineer
16:33  13  noticed an anomaly with his solenoids.
16:33  14  Q.   And this is on a non-Transocean rig, different rig,
16:33  15  submitted to Cameron?
16:33  16  A.   Yeah.  The name of the rig is in here.  But, yes, it's not
16:33  17  Transocean.
16:33  18  Q.   Some experts in this case have opined that the clog
16:33  19  filters for hydraulic fluid in the yellow pod indicate that
16:33  20  Transocean did not properly maintain the yellow pod.
16:33  21       Are you familiar with these opinions?
16:33  22  A.   I have heard that.
16:33  23  Q.   Do you agree with them?
16:33  24  A.   I do not.
16:33  25       MR. BAAY:  Dennis, let's pull up TREX-51245.225.1.TO.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:32 | 1 | **BY MR. BAAY:** |
| 16:32 | 2 | **Q.**   Did you review this document, Mr. Childs? |
| 16:34 | 3 | **A.**   I did. |
| 16:34 | 4 | **Q.**   What is it? |
| 16:34 | 5 | **A.**   That the pod filters were changed out on both pods |
| 16:34 | 6 | January 31st, which is right prior to running the BOP stack on |
| 16:34 | 7 | Macondo. |
| 16:34 | 8 | **Q.**   Okay.  And what is the underlying document where you |
| 16:34 | 9 | reviewed this entry? |
| 16:34 | 10 | **A.**   This all comes from what Transocean calls a departmental |
| 16:34 | 11 | activity consolidation report -- consolidation report.  And in |
| 16:34 | 12 | this particular case, we have separated out all the subsea |
| 16:34 | 13 | equipment report comments. |
| 16:34 | 14 | **Q.**   And based on this entry, you have concluded that |
| 16:34 | 15 | Transocean changed out their pod filters on the rig move prior |
| 16:34 | 16 | to Macondo? |
| 16:34 | 17 | **A.**   Yes, sir. |
| 16:34 | 18 | **MR. BAAY:**  You can pull that down.  Thank you. |
| 16:32 | 19 | **BY MR. BAAY:** |
| 16:32 | 20 | **Q.**   Let's turn to batteries, Mr. Childs. |
| 16:34 | 21 | Did you review any records to determine when the blue |
| 16:34 | 22 | pod battery was last changed? |
| 16:34 | 23 | **A.**   Yes. |
| 16:34 | 24 | **Q.**   When do you believe it was last changed? |
| 16:34 | 25 | **A.**   It was changed by Cameron in a repair cycle that ended |

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:35 | 1 | November 2007. |
| 16:35 | 2 | MR. BAAY:  Let's pull TREX-50377, please. |
| 16:35 | 3 | BY MR. BAAY: |
| 16:35 | 4 | Q.   Are you familiar with this document, Mr. Childs? |
| 16:35 | 5 | A.   Yes, I am. |
| 16:35 | 6 | Q.   And what is it? |
| 16:35 | 7 | A.   It's a document the team put together to track all three |
| 16:35 | 8 | SEMs and all three pods to understand where each one was |
| 16:35 | 9 | located. |
| 16:35 | 10 | Q.   Did you and your team create this document when you |
| 16:35 | 11 | created your rebuttal report in an effort to determine the life |
| 16:35 | 12 | of the blue pod battery? |
| 16:35 | 13 | A.   Yes.  We wanted to know more precisely about when the |
| 16:35 | 14 | batteries went in and where they were located. |
| 16:35 | 15 | Q.   Did you personally review all of the documents underlying |
| 16:35 | 16 | this report and as cited as footnotes in this report? |
| 16:35 | 17 | A.   I did. |
| 16:35 | 18 | MR. BAAY:  Let's put the cover slide for TREX-33273, |
| 16:35 | 19 | TREX-3299, and TREX-36711. |
| 16:35 | 20 | MS. KARIS:  Your Honor, I'm going to renew my |
| 16:35 | 21 | objection that I stated earlier, when we started, and the Court |
| 16:36 | 22 | asked me at the appropriate time.  The document we just saw -- |
| 16:36 | 23 | and Mr. Childs just testified that he reviewed all of the |
| 16:36 | 24 | underlying documents. |
| 16:36 | 25 | Unfortunately, those underlying documents have |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:36  1   not all been produced, and we have not had an opportunity to
16:36  2   review those to confirm that what's in the handwritten notes of
16:36  3   the folks who were actually at those tests, in fact, validate
16:36  4   what's in the summary note that was prepared one year after the
16:36  5   tests in conjunction with Mr. Childs' rebuttal report.
16:36  6           MR. BAAY:  Your Honor, each of the documents cited in
16:36  7   the footnotes are the TREX numbers we're about to go into.  To
16:36  8   the extent there are any non-produced, non-TREX documents in
16:36  9   the summary document, we'll redact those.
16:36  10          MS. KARIS:  I'm happy to look at what documents we're
16:36  11  going into, but at least Mr. Childs established at his
16:36  12  deposition that that summary document was prepared in part on
16:36  13  his review of handwritten notes of the folks that were at those
16:36  14  tests.
16:36  15          THE COURT:  Those have not been produced?  Never been
16:36  16  produced?
16:37  17          MS. KARIS:  Have not been produced.
16:37  18          THE COURT:  And they were requested, I assume.
16:37  19          MS. KARIS:  Correct.
16:37  20          THE WITNESS:  Actually, these are not from
16:37  21  handwritten notes.  I'm sorry.
16:37  22          THE COURT:  Wait, wait.
16:37  23          MR. BAAY:  I think there's some confusion here.  I
16:37  24  may be misstating where you're going.  But the handwritten
16:37  25  notes related to our independent battery testing --

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:37   1          **MS. KARIS:**  Correct.

16:37   2          **MR. BAAY:**  -- was not related to the summary

16:37   3 document, I believe.

16:37   4          **MS. KARIS:**  If it's not related to this document,

16:37   5 then I'll withhold my objection until the appropriate time.

16:37   6 But the summary document, the first one, is the one I was

16:37   7 referencing.  But if it's not in connection with the

16:37   8 handwritten notes, I'll withhold my objection.

16:37   9          **THE COURT:**  Let's see where he goes.

16:37 10 **BY MR. BAAY:**

16:37 11 **Q.**   Take a step back.  Were these documents made part of the

16:37 12 summary document we just reviewed, TREX-50377?

16:37 13 **A.**   Yes.  All of these documents I noted in that document are

16:37 14 as we see.

16:37 15 **Q.**   And did you review each of these documents?

16:37 16 **A.**   Each one of them.

16:37 17 **Q.**   Do these documents, as shown in this demonstrative -- or

16:37 18 excuse me, in these cover slides, do they support your report

16:38 19 on the blue pod batteries?

16:38 20 **A.**   They do.

16:38 21 **Q.**   Was there anything in your summary document, TREX-50377,

16:38 22 that you determined to be inaccurate?

16:38 23 **A.**   There was one date that we stated as April, and it ended

16:38 24 up being March.  We were incorrect on one date.

16:38 25 **Q.**   So in your summary document, you stated the opinion that

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:38 | 1 | the blue pod battery was put into service in April 2009? |
| 16:38 | 2 | **A.**   Correct. |
| 16:38 | 3 | **Q.**   And that was a mistake? |
| 16:38 | 4 | **A.**   It was actually March.  I was off a month. |
| 16:38 | 5 | **MR. BAAY:**  We can pull that down.  Thank you. |
| 16:38 | 6 | **BY MR. BAAY:** |
| 16:38 | 7 | **Q.**   When, in your opinion, Mr. Childs, was the pod with the |
| 16:38 | 8 | new batteries installed on the *Deepwater Horizon* BOP? |
| 16:38 | 9 | **A.**   March 2009. |
| 16:38 | 10 | **MR. BAAY:**  Let's pull TREX-4617.66.1.TO. |
| 16:38 | 11 | **BY MR. BAAY:** |
| 16:38 | 12 | **Q.**   Are you familiar with this document, Mr. Childs? |
| 16:38 | 13 | **A.**   Yes, I am. |
| 16:38 | 14 | **Q.**   What is the underlying document, before we get to the |
| 16:39 | 15 | entry. |
| 16:39 | 16 | **A.**   This is the Transocean maintenance system document showing |
| 16:39 | 17 | work done on various devices, components. |
| 16:39 | 18 | **Q.**   If we read the highlighting in the entry, what does it |
| 16:39 | 19 | say? |
| 16:39 | 20 | **A.**   "This pod was just overhauled and put into service on |
| 16:39 | 21 | March 14th, '09.  Entire pod tested to maximum pressure." |
| 16:39 | 22 | **Q.**   Did you come to an understanding that this entry referred |
| 16:39 | 23 | to the blue pod battery? |
| 16:39 | 24 | **A.**   Yes. |
| 16:39 | 25 | **MR. BAAY:**  Let's also put up TREX-51245.199.2.TO. |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:39 1   **BY MR. BAAY:**

16:39 2   **Q.**   What is the underlying document here, Mr. Childs?

16:39 3   **A.**   On the next -- I'm sorry.  This is the departmental

16:39 4   activity report, consolidation report for the subsea equipment.

16:39 5   **Q.**   Is this another one of the documents you relied upon in

16:39 6   forming your opinion that the battery was installed or that the

16:39 7   pod was put in service in March of 2009?

16:40 8   **A.**   It is.

16:40 9   **Q.**   What does the entry say?

16:40 10  **A.**   "Installed blue pod on BOP and did a complete function

16:40 11  test."

16:40 12          **MR. BAAY:**  Okay.  You can pull that down.  Thank you.

16:40 13  **BY MR. BAAY:**

16:40 14  **Q.**   What was the status of the pod in the intervening time

16:40 15  between the battery change in November of 2007 and the time the

16:40 16  pod is put into service in March of 2009?

16:40 17  **A.**   I'm sorry, I think I lost part of that.  Would you restate

16:40 18  it, please.

16:40 19  **Q.**   Sure.  Do you know the status of the pod in the

16:40 20  intervening time, between the battery replacement in November

16:40 21  of 2007 and the time the pod was put into service in March of

16:40 22  2009?

16:40 23  **A.**   In the entire intervening time, the pod was in a spare

16:40 24  position, out of service.

16:40 25  **Q.**   Did Mr. Zatarain, another BP BOP expert, agree that the

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:40  1   Pod 3 was in the spare pod position since the time the battery
16:40  2   was changed in 2007?
16:40  3   A.   He did.
16:40  4   Q.   Now, you've opined in your report that Transocean replaced
16:40  5   AMF batteries in accordance with Cameron recommendations.
16:41  6        Do you recall that opinion?
16:41  7   A.   Yes, I do.
16:41  8   Q.   Is that still your opinion as you sit here today?
16:41  9   A.   I still believe that.  Yes, sir.
16:41  10       MR. BAAY:  Let's pull up TREX-3605, please.
16:41  11  BY MR. BAAY:
16:41  12  Q.   It's another document we've seen in evidence during this
16:41  13  trial.  Are you familiar with this document?
16:41  14  A.   Yes.  It's their EB -- or Cameron's EB 819D.
16:41  15  Q.   And "EB" stands for "engineering bulletin"?
16:41  16  A.   That's correct.
16:41  17  Q.   What's the subject of this Cameron engineering bulletin?
16:41  18  A.   This one is on AMF/deadman battery replacement.
16:41  19  Q.   Does this contain Cameron's recommendations for battery
16:41  20  replacement?
16:41  21  A.   It does.
16:41  22       MR. BAAY:  Let's turn to TREX-3605.2.1.TO.
16:41  23  BY MR. BAAY:
16:41  24  Q.   As we see in this call-out -- Mr. Childs, remind us what
16:41  25  Cameron's recommendations are on battery replacement.

OFFICIAL TRANSCRIPT

5185

GREG CHILDS - DIRECT

16:41  1   **A.**   "It is recommended that the 9-volt DC and 27-volt DC

16:42  2   battery packs be replaced after" -- and it lists several -- the

16:42  3   first being "one year of on-time operation; when the number of

16:42  4   actuations has been exceeded for that year" -- which is 33 --

16:42  5   "five years after date of purchase" or "whichever of the above

16:42  6   events happens first."

16:42  7   **Q.**   Mr. Childs, do you have an opinion as to whether these

16:42  8   battery recommendations as put forward by Cameron are

16:42  9   conservative?

16:42  10  **A.**   Yes, I believe they are conservative.

16:42  11  **Q.**   What's your basis for saying that?

16:42  12  **A.**   Testimony and -- deposition testimony of David McWhorter

16:42  13  of Cameron.

16:42  14  **Q.**   Remind us of who Mr. McWhorter is.

16:42  15  **A.**   He's vice president of, I think, controls and quality.

16:42  16  **Q.**   Let's take the third bullet first, five years after date

16:42  17  of purchase.  Maybe I asked you, but I might have forgotten.

16:42  18  What does it mean for a battery recommendation to be

16:42  19  conservative?

16:43  20  **A.**   That the battery could last longer than the stated

16:43  21  recommendations.

16:43  22  **Q.**   Now, you just testified that the batteries for the blue

16:43  23  pod for the *Deepwater Horizon* BOP were changed in November of

16:43  24  2007; is that right?

16:43  25  **A.**   That's correct.

GREG CHILDS - DIRECT

16:43   1   Q.   So in April of 2010, do you have an opinion as to whether
16:43   2   the blue pod batteries were still in their five-year
16:43   3   shelf life?
16:43   4   A.   They were still within their life.
16:43   5   Q.   Now, there's been a suggestion in this case that the crew
16:43   6   should have changed out the pod batteries again before
16:43   7   installing the blue pod on the BOP.
16:43   8        Do you agree with that opinion?
16:43   9   A.   I do not.
16:43   10       MR. BAAY:  Let's turn now to TREX-3605.2.2.TO.
16:43   11  BY MR. BAAY:
16:43   12  Q.   Just looking now at the second recommendation from
16:43   13  Cameron, this one relating to number of actuations.
16:43   14       What is Cameron's recommendation as it relates to the
16:44   15  number of actuations for battery life?
16:44   16  A.   33 in a year's period.
16:44   17  Q.   Do you have an opinion as to whether the blue pod battery
16:44   18  for the *Deepwater Horizon* was within the 33-actuation limit?
16:44   19  A.   I do.
16:44   20  Q.   What is your opinion?
16:44   21  A.   It would be within.  33 actuations in a year is not
16:44   22  realistic.  And we test the AMF only on the surface.  That
16:44   23  means the stack would have had to have been on surface
16:44   24  33 different times during a year.
16:44   25       If we look back at the records, we got only three --

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 16:44 | 1 | some people get four wells drilled in a year.  So it would be |
| 16:44 | 2 | impossible it get this many actuations. |
| 16:44 | 3 | **Q.**   In your experience at WEST and Cameron, have you ever seen |
| 16:44 | 4 | or heard about an AMF being actuated 33 times in a year? |
| 16:44 | 5 | **A.**   No, sir. |
| 16:44 | 6 | **Q.**   Now, let's look at that top bullet point, "one year of |
| 16:44 | 7 | on-time operation." |
| 16:44 | 8 | **MR. BAAY:**  If we could go to 3605.2.3.TO. |
| 16:44 | 9 | **BY MR. BAAY:** |
| 16:44 | 10 | **Q.**   What is your opinion, Mr. Childs, as to when batteries |
| 16:45 | 11 | begin on-time operation? |
| 16:45 | 12 | **A.**   In my opinion, when they first began -- what we call |
| 16:45 | 13 | "on-time operation" is when the battery is installed and the |
| 16:45 | 14 | AMF is turned on. |
| 16:45 | 15 | **Q.**   And you're aware, aren't you, Mr. Childs, that Cameron has |
| 16:45 | 16 | taken the position that on-time operation, as used in this |
| 16:45 | 17 | document, TREX-3605, begins when the batteries are installed in |
| 16:45 | 18 | the SEM? |
| 16:45 | 19 | **A.**   I have seen that and heard that, yes. |
| 16:45 | 20 | **Q.**   Do you agree with that interpretation? |
| 16:45 | 21 | **A.**   My engineering logic tells me that if the battery's not |
| 16:45 | 22 | being used, on-time operation begins when you start using it. |
| 16:45 | 23 | It's just like with a flashlight I keep in the kitchen drawer. |
| 16:45 | 24 | If it's not being used, I take it out, I turn it on, it's being |
| 16:45 | 25 | used, it's using up it's operational life.  I turn it off, it |

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:45 | 1 | goes back in the drawer, it's using up now its shelf life. |
| 16:45 | 2 | **Q.**   So to use your analogy, when you arm an AMF, is that |
| 16:46 | 3 | equivalent to turning on the flashlight? |
| 16:46 | 4 | **A.**   Exactly. |
| 16:46 | 5 | **Q.**   And when is the AMF typically armed? |
| 16:46 | 6 | **A.**   After the BOP stack is on the bottom and latched up to the |
| 16:46 | 7 | wellhead. |
| 16:46 | 8 | **Q.**   Did you review the *Deepwater Horizon*'s departmental |
| 16:46 | 9 | activity reports to determine how many days the blue pod on the |
| 16:46 | 10 | BOP had of on-time operation at the time of the incident? |
| 16:46 | 11 | **A.**   Yes.  After we had changed to the March date, I wanted to |
| 16:46 | 12 | really understand how much use this battery had gone through. |
| 16:46 | 13 | We went back and looked at the three wells, their starting |
| 16:46 | 14 | times when the stack was on the bottom, when they were pulled, |
| 16:46 | 15 | so the actual time the AMF was armed. |
| 16:46 | 16 |         **MR. BAAY:**  Let's pull up TREX-51245.1189.1.TO, which |
| 16:47 | 17 | is another entry from the departmental activity report. |
| 16:47 | 18 | **BY MR. BAAY:** |
| 16:47 | 19 | **Q.**   What did this report tell you, Mr. Childs? |
| 16:47 | 20 | **A.**   This is one we used to know that that's when -- the date, |
| 16:47 | 21 | March 20th, they latched up to the BOP stack on the ocean |
| 16:47 | 22 | floor. |
| 16:47 | 23 | **Q.**   Did you go on to examine the various times when the BOP |
| 16:47 | 24 | was latched up and when it was pulled in the year preceding the |
| 16:47 | 25 | Macondo incident? |

GREG CHILDS - DIRECT

16:47  1   **A.**   Yes.  I looked at each time it was latched, unlatched,
16:47  2   latched, relatched on each well.
16:47  3        **MR. BAAY:**  Let's look at TREX-51245.216.1.TO.
16:47  4   **BY MR. BAAY:**
16:47  5   **Q.**   Did you also examine these entries, Mr. Childs, in your
16:47  6   review?
16:47  7   **A.**   Very similar.  We see we're pulling riser.  That means
16:47  8   we've unlatched the BOP stack.  The stack is coming up off the
16:47  9   surface.  The second one, finished running the BOP back down
16:47  10  and latched up on the wellhead.
16:47  11       **MR. BAAY:**  Let's put up D-6716.
16:47  12  **BY MR. BAAY:**
16:47  13  **Q.**   So just to understand this, you started the clock in March
16:48  14  of 2009, when the SEM was armed?
16:48  15  **A.**   The first time it was armed, yes, sir.
16:48  16  **Q.**   You didn't count on-time operation for any days where the
16:48  17  BOP was pulled and not latched up?
16:48  18  **A.**   When the AMF was turned off, or disarmed.
16:48  19  **Q.**   And in the -- from the time the pod was put on the BOP to
16:48  20  the date of the incident, how many days did you determine of
16:48  21  on-time operation related to the blue pod battery?
16:48  22  **A.**   By doing it this way, we determined there were only
16:48  23  349 days of actual use, or on-time.
16:48  24  **Q.**   And does the slide we have in D-6716 accurately reflect
16:48  25  your review of the departmental activity reports from

OFFICIAL TRANSCRIPT

5190

GREG CHILDS - DIRECT

16:48    1    Transocean?

16:48    2    A.    Yes.  Precisely.

16:48    3    Q.    So in sum total, you found on-time operation of 349 days,

16:48    4    or less than a year?

16:48    5    A.    Less than a year's total use.  That's correct.

16:48    6    Q.    And it -- is that your opinion, Mr. Childs, even though

16:48    7    the BOP was latched in March of 2009, some 13 months before the

16:48    8    incident?

16:49    9    A.    Again, I did this so I could know exactly what use it had.

16:49   10    It was over a calendar year, yes, but it had less than a year's

16:49   11    use.

16:49   12         MR. BAAY:  All right.  Let's look at

16:49   13    TREX-22729.15.1.TO.

16:49   14    BY MR. BAAY:

16:49   15    Q.    Have you seen this chart before, Mr. Childs?

16:49   16    A.    Yes, I have.

16:49   17    Q.    What is it?

16:49   18    A.    It's out of Mr. Zatarain's report on some battery

16:49   19    processes that he went through.

16:49   20    Q.    As you've described, Mr. Zatarain is one of BP's BOP

16:49   21    experts.

16:49   22    A.    That's correct.

16:49   23    Q.    I believe we saw this chart during Dr. Davis's

16:49   24    examination.  Do you recall that?

16:49   25    A.    Yes.  I saw it last week.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:49   1   Q.   Describe for us -- describe for the Court what the column

16:49   2   on the left is indicating.

16:49   3   A.   Well, of course, the first column is on the case number,

16:49   4   so we'll disregard that.  But the first three main columns, as

16:49   5   he's titled them, it's Starting Battery Condition, so it shows

16:50   6   9-volt A and 9-volt B and 27-volt.

16:50   7   Q.   And so this is starting battery condition.

16:50   8            What does the column on the right tell us?

16:50   9   A.   On the far right, after he's gone through the scenario, it

16:50   10  shows ending battery conditions.  So if it started in the way

16:50   11  he has on the left, this is, on the right -- the ending

16:50   12  condition is the way it would end up.

16:50   13  Q.   Do you have any criticisms, Mr. Childs, of the analysis

16:50   14  that Mr. Zatarain lays out in his chart here?

16:50   15  A.   No.  No, I do not.

16:50   16  Q.   What does this table in his analysis related to the

16:50   17  batteries tell you?

16:50   18  A.   Well, it shows me this.  There has been a lot of talk

16:50   19  about the yellow pod battery must -- or excuse me -- the blue

16:50   20  pod battery must have been bad, very bad to start with.  If it

16:50   21  started bad, the only way you could end up, in his three

16:51   22  scenarios here, is with the ending condition being all

16:51   23  batteries bad.  And that is not the ending condition we had.

16:51   24  The 27-volt was bad, but the 9-volts were not.

16:51   25  Q.   Does this analysis allow you to conclude that the blue pod

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:51 | 1 | 27-volt battery had to be somewhere between good and weak on |
| 16:51 | 2 | the date of the incident? |
| 16:51 | 3 | A.   Precisely.  It could not have been bad to start.  It might |
| 16:51 | 4 | have been weak; it could have been good. |
| 16:51 | 5 | Q.   Is there any way to know what the range was between good |
| 16:51 | 6 | and weak on that date? |
| 16:51 | 7 | A.   No.  We cannot have a reading on that. |
| 16:51 | 8 | Q.   And what was the status of the 27-volt battery as tested |
| 16:51 | 9 | at Michoud? |
| 16:51 | 10 | A.   It was very weak. |
| 16:51 | 11 | Q.   And that testing happened almost 10 months or 11 months |
| 16:51 | 12 | following the Macondo incident? |
| 16:51 | 13 | A.   Exactly. |
| 16:51 | 14 | Q.   If the battery was dead when it was tested -- or very |
| 16:51 | 15 | weak, or it was dead when it was tested at Michoud, can we |
| 16:52 | 16 | conclude that it had to be somewhere between good and weak at |
| 16:52 | 17 | the time of the incident? |
| 16:52 | 18 | A.   It had to be much better, and the fact that it was so |
| 16:52 | 19 | dead, there had to have been another mechanism that would have |
| 16:52 | 20 | drawn it down this far. |
| 16:52 | 21 | Q.   Now, we know that you had performed some testing to |
| 16:52 | 22 | analyze those mechanisms.  Have other experts in this |
| 16:52 | 23 | litigation identified ways that the 27-volt battery might have |
| 16:52 | 24 | drained itself? |
| 16:52 | 25 | A.   Yes. |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:52   1   **Q.**   Who else undertook that evaluation?

16:52   2   **A.**   InterLink did some work for BP that also determined other

16:52   3   mechanisms by which it could be drawn down.

16:52   4   **Q.**   Now, do you believe, because of this mechanism or the fact

16:52   5   that the battery could drain -- is it your opinion that the

16:52   6   blue pod 27-volt battery likely had sufficient charge at the

16:52   7   time of the incident on April 20th, 2010?

16:52   8   **A.**   That is my belief, yes.

16:52   9   **Q.**   And that it drained itself somehow through one of the

16:52   10  mechanisms, either through what Transocean discovered or

16:52   11  through what the other testing identified as a possible

16:53   12  draining mechanism?

16:53   13  **A.**   That is correct.

16:53   14  **Q.**   So just to summarize, Mr. Childs, based on your review of

16:53   15  the evidence, when do you believe that the -- strike that.

16:53   16  Excuse me.

16:53   17          In your opinion, if the blind shear rams closed on

16:53   18  April 20th, with the AMF, does that mean that either the blue

16:53   19  pod or the yellow pod successfully completed the AMF sequence?

16:53   20  **A.**   Yes, it does.

16:53   21  **Q.**   And it doesn't matter which pod actually completed the

16:53   22  sequence; is that true?

16:53   23  **A.**   That's true.  Any of the four could have.

16:53   24  **Q.**   Does the AMF testing performed by DNV and Transocean

16:53   25  indicate to you that the yellow pod solenoid likely worked?

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:53 | 1 | **A.**   Yes, it does. |
| 16:53 | 2 | **MS. KARIS:**  Your Honor, I'm going to renew my motion |
| 16:53 | 3 | with respect to the testing performed by Transocean.  This goes |
| 16:53 | 4 | to the same issue we addressed previously. |
| 16:53 | 5 | **THE COURT:**  I will -- you can bring it out in |
| 16:53 | 6 | cross-examination.  I certainly will consider that when I have |
| 16:53 | 7 | to make certain judgments in this case. |
| 16:54 | 8 | **MS. KARIS:**  Thank you, Your Honor. |
| 16:54 | 9 | **THE COURT:**  Okay. |
| 16:54 | 10 | **BY MR. BAAY:** |
| 16:54 | 11 | **Q.**   Okay.  Mr. Childs, I want to spend some time looking at |
| 16:54 | 12 | Transocean's subsea maintenance responsibility -- maintenance |
| 16:54 | 13 | related to the blowout preventer.  Okay? |
| 16:54 | 14 | **A.**   Yes, sir. |
| 16:54 | 15 | **Q.**   Did you review the maintenance tasks for the blowout |
| 16:54 | 16 | preventer that were outstanding at the time of the incident? |
| 16:54 | 17 | **A.**   I did. |
| 16:54 | 18 | **Q.**   Did you determine whether any of those outstanding tasks |
| 16:54 | 19 | affected the BOP's ability to operate? |
| 16:54 | 20 | **A.**   I did. |
| 16:54 | 21 | **Q.**   Was that review part of your work done while you were on |
| 16:54 | 22 | the Transocean internal investigation team? |
| 16:54 | 23 | **A.**   It was. |
| 16:54 | 24 | **Q.**   Do you recall, Mr. Childs, approximately how many |
| 16:54 | 25 | preventative maintenance tasks were performed just on BOP |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:54    1    components during the one year prior to the Macondo incident?

16:54    2    **A.**    Probably about 750.

16:54    3            **MR. BAAY:**  If we could pull up TREX-52665, which is a

16:54    4    *Deepwater Horizon* well control preventive maintenance task

16:54    5    summary chart.

16:54    6

16:54    7    **BY MR. BAAY:**

16:54    8    **Q.**    Did you undertake a review of this chart and the

16:55    9    underlying documents to determine whether it accurately

16:55   10    reflects the 748 BOP-related preventative maintenance tasks

16:55   11    that were completed in the year before the incident?

16:55   12    **A.**    I did.

16:55   13    **Q.**    And were there any outstanding preventative maintenance

16:55   14    tasks at the time of the incident, by your review?

16:55   15    **A.**    Yes.  In this case we found five that were more than

16:55   16    30 days overdue.

16:55   17    **Q.**    Did you also find a few additional that were less than

16:55   18    30 days overdue?

16:55   19    **A.**    Yes, we did.  They're not on this chart.

16:55   20    **Q.**    Let's look at Exhibit 933.

16:55   21            Are you familiar with this document, Mr. Childs?

16:55   22    **A.**    Yes.

16:55   23    **Q.**    What is it?

16:55   24    **A.**    It's an RMS report, which is Transocean's maintenance

16:55   25    system report on activities.

GREG CHILDS - DIRECT

16:55    1    **Q.**   Did you review it in preparation for your testimony here
16:55    2    today?
16:55    3    **A.**   I did.
16:55    4    **Q.**   And does this document identify the overview of
16:55    5    maintenance tasks that were outstanding at the time of the
16:56    6    incident?
16:56    7    **A.**   Yes, it does.
16:56    8    **Q.**   Let's discuss a few of those.
16:56    9         **MR. BAAY:**  Exhibit 933.23.1.TO.
16:56   10    **BY MR. BAAY:**
16:56   11    **Q.**   What is "365-day riser tensioner NDT," Mr. Childs?
16:56   12    **A.**   Let me start with NDT.  That stands for nondestructive
16:56   13    testing.  So nonintrusive, we're not taking things and doing
16:56   14    anything that would harm them.  We're just visually inspecting
16:56   15    or doing external measurements that we can do to determine the
16:56   16    condition, in this case of the riser tensioner.
16:56   17    **Q.**   What is the riser tensioner?
16:56   18    **A.**   The riser tensioner applies tension to the drilling riser
16:56   19    to hold it up during the drilling operations.
16:56   20    **Q.**   Did the fact that this task was overdue by more than
16:56   21    30 days in any way contribute to the incident on April 20th, in
16:56   22    your opinion?
16:56   23    **A.**   It did not.
16:56   24         **MR. BAAY:**  Let's look to 933.24.1.TO.
        25

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:57   1   **BY MR. BAAY:**

16:57   2   **Q.**   Entry labeled "RPM 1825 days - perform rated load test."

16:57   3   What is this task?

16:57   4   **A.**   This is actually a load test on the bridge crane that

16:57   5   moves the BOP stack around the rig when the stack is on the

16:57   6   surface.

16:57   7   **Q.**   And this is one of the BOP maintenance tasks related to

16:57   8   the blowout preventer?

16:57   9   **A.**   That's correct.

16:57   10   **Q.**   And does the fact that this task was overdue in any way

16:57   11   contribute to the incident on April 20th, in your opinion?

16:57   12   **A.**   It did not.  It was not in use.

16:57   13            **MR. BAAY:**  Let's look at 933.25.1.TO.

16:57   14   **BY MR. BAAY:**

16:57   15   **Q.**   We have three additional tasks here that are overdue,

16:57   16   outstanding preventative maintenance tasks.  Let's start at the

16:57   17   top.

16:57   18   **A.**   Okay.

16:57   19   **Q.**   "RPM 730-day testing of relief valves."

16:57   20            Describe for us what that task is.

16:57   21   **A.**   That would be a test to verify the relief valves did

16:57   22   relieve at the proper pressure.

16:57   23   **Q.**   And relief valves located on the blowout preventer?

16:57   24   **A.**   These were on the control system for the blowout

16:58   25   preventer.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

16:58   1    **Q.**   Were these in any way involved at the time of the incident
16:58   2    on April 20th?
16:58   3              **MS. HANKEY:**  Your Honor, I'm going to object.  This
16:58   4    is part of the United States' motion; and this is not in
16:58   5    Mr. Childs' considerative materials.  And part of our motion
16:58   6    was the fact that Mr. Childs testified at his deposition that
16:58   7    he relied on a summary report prepared by Transocean employees.
16:58   8              And the materials that those Transocean
16:58   9    employees were not identified in his report, including this
16:58  10    one.
16:58  11              **MR. BAAY:**  Your Honor, he has an entire section in
16:58  12    his main report about maintenance; and as part of his work on
16:58  13    the Transocean internal investigation team, they undertook a
16:58  14    review of all outstanding maintenance items related to the
16:58  15    blowout preventer.  And it does identify overdue tasks in his
16:58  16    report.
16:58  17              **MS. HANKEY:**  And this document is not cited.
16:58  18              **THE COURT:**  She's saying that he's now relying on
16:58  19    documents and information that he previously didn't identify;
16:58  20    is that correct?
16:58  21              **MR. BAAY:**  I don't know, as I stand here, whether
16:59  22    this is actually a reliance document.  I'm going to have to
16:59  23    check that.
16:59  24              **THE COURT:**  Yeah.  I'll sustain the objection.
       25

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:59 | 1 | **BY MR. BAAY:** |
| 16:59 | 2 | **Q.**   Mr. Childs, as we just discussed, as part of your work on |
| 16:59 | 3 | Transocean's internal investigation team, did you identify |
| 16:59 | 4 | outstanding maintenance tasks -- preventative maintenance tasks |
| 16:59 | 5 | related to the BOP? |
| 16:59 | 6 | **A.**   I did. |
| 16:59 | 7 | **Q.**   And did you include discussion of outstanding preventative |
| 16:59 | 8 | maintenance tasks in your report? |
| 16:59 | 9 | **A.**   I did. |
| 16:59 | 10 | **MR. BAAY:**  Let's pull up TREX-22342.388.1.TO. |
| 16:59 | 11 | **BY MR. BAAY** |
| 16:59 | 12 | **Q.**   And do you recognize this, Mr. Childs, as an entry from |
| 17:00 | 13 | Transocean's internal investigation report? |
| 17:00 | 14 | **A.**   I do. |
| 17:00 | 15 | **Q.**   And is this overdue maintenance task something that you |
| 17:00 | 16 | reference in your report, if you recall? |
| 17:00 | 17 | **A.**   It is. |
| 17:00 | 18 | **Q.**   What does the task relate to? |
| 17:00 | 19 | **A.**   It relates to the LMRP connector and some testing and |
| 17:00 | 20 | checking on the connector to verify its condition. |
| 17:00 | 21 | **Q.**   And when did it become overdue? |
| 17:00 | 22 | **A.**   It was scheduled for March 30th, 2010. |
| 17:00 | 23 | **Q.**   So at the time of the incident, it was some 21 days |
| 17:00 | 24 | overdue? |
| 17:00 | 25 | **A.**   Precisely. |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| 17:00 | 1 | **Q.**  And the fact that this task was 20 days overdue, in your |
| 17:00 | 2 | opinion, did that contribute to the incident? |
| 17:00 | 3 | **A.**  No.  There was no issue with the LMRP connector at all. |
| 17:00 | 4 |       **MR. BAAY:**  Let's look at TREX-22342.388.2.TO. |
| 17:00 | 5 | **BY MR. BAAY:** |
| 17:00 | 6 | **Q.**  Another task identified in Transocean's internal |
| 17:00 | 7 | investigation report and referenced in your report; is that |
| 17:00 | 8 | true? |
| 17:00 | 9 | **A.**  It is. |
| 17:00 | 10 | **Q.**  What does this task involve? |
| 17:01 | 11 | **A.**  It's on the BOP choke control unit, a weekly inspection, |
| 17:01 | 12 | service check on that control unit. |
| 17:01 | 13 | **Q.**  According to this entry, how many days overdue was it? |
| 17:01 | 14 | **A.**  It was scheduled again for April 16th. |
| 17:01 | 15 | **Q.**  So on the date of the incident, some four days overdue? |
| 17:01 | 16 | **A.**  Four days overdue. |
| 17:01 | 17 | **Q.**  The fact that this task was overdue, did that, in your |
| 17:01 | 18 | opinion, contribute to the incident or the BOP not shutting in |
| 17:01 | 19 | the well on April 20th, 2010? |
| 17:01 | 20 | **A.**  No.  It was not utilized in the incident. |
| 17:01 | 21 |       **MR. BAAY:**  Let's look at TREX-22342.389.1.TO. |
| 17:01 | 22 | **BY MR. BAAY:** |
| 17:01 | 23 | **Q.**  What does this task involve, Mr. Childs? |
| 17:01 | 24 | **A.**  This is inspection -- a visual inspection mainly of the |
| 17:01 | 25 | choke and kill high-pressure pipe work on the rig itself. |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:01  1   **Q.**   Was this the final task that you and the Transocean

17:01  2   internal investigation team identified as an overdue

17:01  3   outstanding task?

17:01  4   **A.**   Yes, it is.

17:01  5   **Q.**   And according to this entry, how many days overdue was it?

17:02  6   **A.**   One day.

17:02  7   **Q.**   Now, the fact that this task is one day overdue, did that

17:02  8   prevent the BOP, in your opinion, the blowout preventer from

17:02  9   shutting in the well on April 20th, 2010?

17:02  10  **A.**   It did not.

17:02  11  **Q.**   I want to briefly discuss Transocean's overall maintenance

17:02  12  philosophy.

17:02  13  **A.**   Okay.

17:02  14       **MR. BAAY:**  Pull up TREX-1469.

17:02  15  **BY MR. BAAY**

17:02  16  **Q.**   Are you familiar with this document?

17:02  17  **A.**   I am.

17:02  18  **Q.**   And describe for us what it is.

17:02  19  **A.**   It's Transocean's Subsea Maintenance Philosophy issued in

17:02  20  May of '07.

17:02  21  **Q.**   Did you review it in preparation for your testimony?

17:02  22  **A.**   Yes, sir.

17:02  23  **Q.**   Did you review it as part of your review of Transocean's

17:02  24  maintenance on its blowout preventers?

17:02  25  **A.**   I did.

OFFICIAL TRANSCRIPT

5202

GREG CHILDS - DIRECT

17:02    1    **Q.**   From your view, what do you understand Transocean's

17:02    2    maintenance philosophy to involve for their blowout preventers?

17:03    3    **A.**   It encompasses many areas of maintenance:  preventive

17:03    4    maintenance; condition-based maintenance; corrective

17:03    5    maintenance; between-well maintenance, of course; five yearly

17:03    6    survey-type maintenance; API requirements; OEM requirements --

17:03    7    that's original equipment manufacturer requirements; the

17:03    8    regulatory requirements.  The whole spectrum.

17:03    9    **Q.**   So you're saying all of those aspects of maintenance were

17:03    10    incorporated as part of Transocean's maintenance philosophy?

17:03    11    **A.**   Yes, they utilized each part.

17:03    12        **MR. BAAY:**  If we look at TREX-1469.4.1.TO.

17:03    13    **BY MR. BAAY:**

17:03    14    **Q.**   This is section is labeled, "Subsea Planned Maintenance

17:03    15    Tasks."  What does that involve?

17:03    16    **A.**   Of course, most of your subsea equipment spends a lot of

17:03    17    time on the ocean floor.  So you do plan maintenance to do on

17:03    18    these devices when they're available on deck.

17:03    19    **Q.**   So is planned maintenance similar to preventative

17:03    20    maintenance or calendared maintenance?

17:04    21    **A.**   It would also be -- it could be calendar basis.  Well, it

17:04    22    happens when you have access, and it is preventative

17:04    23    maintenance as well.

17:04    24        **MR. BAAY:**  All right.  Let's pull up, please,

17:04    25    1469.7.1.TO.

GREG CHILDS - DIRECT

17:04  1   **BY MR. BAAY**

17:04  2   **Q.**   What does this section discuss?

17:04  3   **A.**   When any shortfalls are found or design issues are found,

17:04  4   you schedule and do a corrective maintenance.

17:04  5   **Q.**   What does that mean?  If you find an out-of-service part

17:04  6   or what?  Describe for us what that means.

17:04  7   **A.**   Not working at the level you wish it to or you'll possibly

17:04  8   even issue an alert that shows there is a design issue.

17:04  9           **MR. BAAY:**  Let's look at TREX-1469.4.2.TO.

17:04  10  **BY MR. BAAY**

17:04  11  **Q.**   This section is labeled as -- or identified as "Planning

17:04  12  Subsea Between Well Maintenance."  What does that relate to?

17:04  13  **A.**   The maintenance we were discussing on this equipment must

17:04  14  be planned.  We have -- between wells there's a set period of

17:04  15  time, and each time a plan is made about all the maintenance

17:04  16  that needs to be done.  This plan is then reviewed by a

17:04  17  contractor and operator.

17:05  18  **BY MR. BAAY:**

17:05  19  **Q.**   Is between-well maintenance also referred to in the

17:05  20  industry as "rig move maintenance"?

17:05  21  **A.**   It can be.

17:05  22  **Q.**   And did you review the rig move maintenance that was

17:05  23  conducted on the *Deepwater Horizon* for their BOP prior to the

17:05  24  splashing at Macondo?

17:05  25  **A.**   Yes.  I reviewed the plan.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:05  1   Q.   In your experience, do operators like BP have involvement
17:05  2   in rig move maintenance?
17:05  3   A.   Yes.  In between wells there's discussions on the
17:05  4   maintenance that is scheduled and what we can do with each
17:05  5   element of it.
17:05  6   Q.   From your specific review related to the
17:05  7   *Deepwater Horizon*, did BP have input on Transocean's rig move
17:05  8   maintenance of its BOP?
17:05  9   A.   Yes, they did.
17:05  10          MR. BAAY:  Let's look at TREX-3338.1.1.TO.
17:05  11  BY MR. BAAY
17:05  12  Q.   Are you familiar with this document, Mr. Childs?
17:05  13  A.   Yes, I am.
17:05  14  Q.   What is it?
17:05  15  A.   A document where Transocean has sent their work list to BP
17:05  16  and they're discussing this.  They want to look at it and
17:05  17  decide which way BP wants to go, about which way to go with the
17:05  18  two plans that were sent by Transocean.
17:06  19  Q.   Did you take it from the discussion in this e-mail that BP
17:06  20  was commenting on the events or the maintenance that was going
17:06  21  to be conducted for the rig move for the *Deepwater Horizon*?
17:06  22  A.   Yes.  Yes, trying to make a decision on which way to go.
17:06  23          MR. BAAY:  Let's look also at 3338.1.2.TO.
17:06  24  BY MR. BAAY
17:06  25  Q.   It's another e-mail chain.  This one is involving Brett

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:06  1   Cocales.  You know him to be a BP employee, don't you?

17:06  2   **A.**   Yes.

17:06  3   **Q.**   And he is discussing stack maintenance to be done before

17:06  4   Macondo; is that true?

17:06  5   **A.**   That is correct.

17:06  6   **Q.**   Is this another -- or let me ask you:  What does this

17:06  7   e-mail string indicate to you in terms of BP's involvement in

17:06  8   Transocean's rig move maintenance on its blowout preventer?

17:06  9   **A.**   It shows that they were preferring to do a lot of the

17:06  10  stack -- normal stack maintenance prior to Macondo so that it

17:06  11  doesn't interfere with a later connector changeout they had

17:07  12  scheduled.

17:07  13       **MR. BAAY:**  Okay.  We go back to the Subsea

17:07  14  Maintenance Philosophy document, 1469.7.2.TO.

17:07  15  **BY MR. BAAY:**

17:07  16  **Q.**   Are there also sections in Transocean's philosophy related

17:07  17  to the testing on the BOP?

17:07  18  **A.**   Yes.  Function testing and pressure testing are both parts

17:07  19  of the maintenance.

17:07  20  **Q.**   Do you understand those tests to be required by

17:07  21  regulation?

17:07  22  **A.**   Yes.

17:07  23  **Q.**   And the regulation is on the operator in most cases; is

17:07  24  that true?

17:07  25  **A.**   To properly function-test and pressure-test their

GREG CHILDS - DIRECT

17:07  1    equipment.

17:07  2    **Q.**   We'll get to it in a minute, but did you review all the

17:07  3    function testing and pressure testing related to the BOP for

17:07  4    the *Deepwater Horizon*?

17:07  5    **A.**   Yes, I did.

17:07  6    **Q.**   And was -- were the series of function and pressure tests

17:07  7    all successful for the *Deepwater Horizon* BOP?

17:07  8    **A.**   Yes, they were.

17:07  9    **Q.**   Is a function or -- a function in a pressure test the best

17:07  10   indicator of a blowout preventer's health while the BOP is

17:07  11   subsea?

17:08  12   **A.**   Yes, sir.  You have no other way to evaluate it except

17:08  13   verifying that it does function as you requested and that it

17:08  14   passes both low and high pressure tests when you pressure-test

17:08  15   it.

17:08  16          **MR. BAAY:**  All right.  Two final entries from the

17:08  17   maintenance philosophy.  Go to 1469.8.1.TO.

17:08  18   **BY MR. BAAY** *

17:08  19   **Q.**   This section is headlined, 180 -- "1825-day major

17:08  20   overhauls."

17:08  21          What -- were major overhauls a part of Transocean

17:08  22   philosophy, and what did they involve?

17:08  23   **A.**   Yes.  Of course, they're a part of it.  A five-yearly

17:08  24   major overhaul might be possible.  They will base this on the

17:08  25   results of a full test and inspection of that device to

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:08  1    determine if they will do a full overhaul.
17:08  2              MR. BAAY:   Now, let's finally look at 1469.7.3.TO.
17:08  3    BY MR. BAAY:
17:08  4    Q.   The header "Component Condition Evaluation," what does
17:08  5    this involve?
17:08  6    A.   It's basically the part we talked about before,
17:09  7    condition-based maintenance.  There's a number of ways you can
17:09  8    determine the current condition of a piece of equipment by
17:09  9    certain pressure tests, certain other inspections you can do,
17:09  10   and you determine its condition.
17:09  11             If it's in perfectly good condition, there would be
17:09  12   no reason to tear it apart and repair it.
17:09  13   Q.   We've heard some testimony in this case that
17:09  14   conditioned-based maintenance is nothing more than running it
17:09  15   until it breaks.
17:09  16             Do you agree with that assessment or that testimony?
17:09  17   A.   That is not what this is.
17:09  18   Q.   In your experience, are you aware of other companies that
17:09  19   use elements of condition-based maintenance?
17:09  20   A.   Yes.  We know the Air Force does, the Coast Guard, the
17:09  21   aircraft industry all utilize these.
17:09  22   Q.   In your time at WEST, are you familiar -- can you offer
17:09  23   examples of operators or entities you're familiar with who
17:09  24   perform conditioned-based maintenance on their blowout
17:09  25   prevention equipment?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:09    1   **A.**    Yes.  WEST was requested by ExxonMobil several years ago
17:10    2   to determine trend analysis, predictive tests, condition-based
17:10    3   type tests performed on all of their major equipment so that
17:10    4   they could determine when it actually needed repair rather than
17:10    5   just doing a time-based maintenance where they might be
17:10    6   repairing a perfectly good piece of equipment.
17:10    7   **Q.**    If you do -- describe for us what the concept of "infant
17:10    8   mortality" means.
17:10    9   **A.**    Infant mortality is -- comes into play when you take a
17:10   10   brand-new device off the shelf or maybe just a brand-new
17:10   11   rebuilt device off the shelf, install it into the system and it
17:10   12   has issues.  Maybe an O-ring was cut on installation.  Maybe a
17:10   13   scratch was introduced when you reassembled.
17:10   14         So once it's installed, if you have a problem, you
17:10   15   then have to fix that issue.  So it's like teething problems.
17:10   16   So we look at it as infant mortality.  If it's brand-new, it
17:10   17   has trouble, you have to get past all those issues before it's
17:10   18   ready to use.
17:10   19   **Q.**    How is that relevant to condition-based maintenance?
17:11   20   **A.**    When you have a piece of equipment that is in perfectly
17:11   21   good condition, it passes all predictive or trend analysis-type
17:11   22   tests, there's no reason to replace it, because you might be
17:11   23   introducing this infant mortality issue where the new part you
17:11   24   pull off doesn't work.
17:11   25         I've seen a number of daily reports from my men in

GREG CHILDS - DIRECT

17:11  1   the field.  They had a problem.  They're repairing their stack

17:11  2   or they're replacing a valve.  They took a valve off the shelf.

17:11  3   They ended up having to put the old valve back in because the

17:11  4   other valve would not work properly.

17:11  5   Q.   Mr. Childs, based on your review of Transocean's subsea

17:11  6   maintenance philosophy and the maintenance program that they

17:11  7   put in place for their BOPs, do you believe that their document

17:11  8   and their philosophy was consistent with industry standards for

17:11  9   BOP maintenance at the time of the incident?

17:11  10  A.   I'm sorry?

17:11  11  Q.   At the time of the incident?

17:11  12  A.   Yes, I do believe so.

17:11  13  Q.   Now, there's been opinions offered and testimony provided

17:11  14  that Transocean should have been required to follow API RP 53

17:12  15  in its BOP maintenance.

17:12  16       Are you familiar with that testimony?

17:12  17  A.   I am.

17:12  18  Q.   And are you familiar with the provisions of API RP 53?

17:12  19  A.   I am.

17:12  20       MR. BAAY:  Let's look quickly at TREX-7030.  Can we

17:12  21  blow up just that top header, Dennis?

17:12  22  BY MR. BAAY

17:12  23  Q.   Are you familiar with this document, Mr. Childs?

17:12  24  A.   I am.

17:12  25  Q.   What is it?

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:12   1   **A.**   It's Cameron's Engineering Bulletin 902D concerning well
17:12   2   control equipment and periodic -- excuse me -- periodic
17:12   3   inspection/recertification.
17:12   4   **Q.**   As we know well, Cameron was the manufacturer of the
17:12   5   *Deepwater Horizon* BOP; is that right?
17:12   6   **A.**   That's correct.
17:12   7        **MR. BAAY:**  Let's turn to 7030.4.1.TO.
17:13   8   **BY MR. BAAY**
17:13   9   **Q.**   Read for us Cameron's position statement in the
17:13   10   highlighted language as to they how they viewed API RP 53 at
17:13   11   the time of incident.
17:13   12   **A.**   "API RP 53 is not considered to be an industry standard."
17:13   13   **Q.**   And similar to Cameron, are you familiar with what BP's
17:13   14   position was or how they viewed API RP 53 at the time of the
17:13   15   incident?
17:13   16   **A.**   Yes, I am.
17:13   17   **Q.**   And what was their position?
17:13   18   **A.**   Very close to Cameron's.
17:13   19   **Q.**   Which was what?
17:13   20   **A.**   That it was not an industry standard.
17:13   21        **MR. BAAY:**  Can we also look at 7030.4.2.TO?
17:13   22   **BY MR. BAAY**
17:13   23   **Q.**   According to this call-out and from Cameron's engineering
17:13   24   bulletin, what is your opinion as to how Cameron viewed the
17:13   25   idea of certification of major BOP components?

GREG CHILDS - DIRECT

17:13   1   **A.**   Reading the highlighted sections:  "It is a recommended
17:13   2   practice and, as such, is intended to be a guideline . . . .
17:13   3   It is not possible to 'certify' that any maintenance or
17:14   4   inspection of any equipment can be 'in compliance' with API
17:14   5   RP 53."
17:14   6   **Q.**   Given these statements and given your experience in the
17:14   7   industry and dealing with blowout prevention equipment, do you
17:14   8   believe it was reasonable for Transocean to review API RP 53 as
17:14   9   a recommended practice?
17:14   10   **A.**   Yes, I do.
17:14   11   **Q.**   Switching topics slightly, Mr. Childs -- I'm nearing the
17:14   12   end -- I'd like to ask you about your opinions related to the
17:14   13   *Deepwater Horizon* stack over the five years leading up to the
17:14   14   Macondo incident.  All right?
17:14   15   **A.**   Yes, sir.
17:14   16          **MR. BAAY:**  Let's look at TREX-526628, which is a
17:14   17   summary chart of the *Deepwater Horizon* maintenance from 2005 to
17:14   18   2010.
17:14   19   **BY MR. BAAY**
17:14   20   **Q.**   Have you had a chance to review this document before your
17:14   21   testimony here today?
17:14   22   **A.**   I have.
17:14   23   **Q.**   And have you had a chance to review the underlying
17:14   24   maintenance records to determine whether this chart accurately
17:15   25   summarizes the maintenance that was performed from 2005 to

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:15    1    2010?

17:15    2    **A.**    I have.

17:15    3    **Q.**    And is this an accurate representation of those documents?

17:15    4    **A.**    Yes, it is.

17:15    5    **Q.**    Or an accurate summary, I should say.

17:15    6    **MR. BAAY:**    Let's pull TREX-52662-A.3.1.TO.

16:32    7    **BY MR. BAAY:**

17:15    8    **Q.**    Describe for the Court briefly what kind of maintenance

17:15    9    was done on the *Deepwater Horizon*'s rams prior to moving to

17:15    10    Macondo.

17:15    11    **A.**    As we're seeing here, we have functioning rams.  They're

17:15    12    doing operator tests; they're opening up the ram cavities,

17:15    13    getting access to the ram cavities.  They're replacing all the

17:15    14    rubber goods on the rams; they're doing more operator testing.

17:15    15    They removed the blind shear ram blocks and pulled

17:15    16    the seal carrier, as well.  Moved various other parts, prepping

17:15    17    these for more work.  New ram packers installed.

17:15    18    By the way, I'm reading from the bottom up because

17:16    19    that's the way the dates run.

17:16    20    **Q.**    Let me jump in here.

17:16    21    If we call out those last two entries, what testing

17:16    22    was performed on the *Deepwater Horizon* BOP's rams prior to

17:16    23    splashing the Macondo?

17:16    24    **A.**    On these two dates they functioned blind and super shear

17:16    25    rams, and they performed operator testing on the bonnets.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:16   1   **Q.**   Let's move to 52662A.1.1.TO.

17:16   2           And what is this -- what are these entries

17:16   3   describing, Mr. Childs?

17:16   4   **A.**   It shows that the -- both of the super shear bonnets

17:16   5   received a recertification document.

17:16   6   **Q.**   What does that mean?

17:16   7   **A.**   That the super shear rams were disassembled, inspected,

17:16   8   rebuilt, and recertified.

17:16   9   **Q.**   And we know that the super shears would also be the casing

17:16   10  shears?

17:16   11  **A.**   That is the other name.  Cameron's name for it is super

17:17   12  shear.  The generic name for the rest of the industry is casing

17:17   13  shear rams.

17:17   14  **Q.**   Why is it possible that we have an April 2010

17:17   15  recertification date for these rams when we know that the BOP

17:17   16  was in service in the Macondo on those dates?

17:17   17  **A.**   I think this is just basically the date they got the

17:17   18  recertification documents.

17:17   19  **Q.**   In your experience, is it typical practice for Cameron to

17:17   20  recertify a piece of equipment and then sign the certification

17:17   21  at a later date?

17:17   22  **A.**   I don't know that it's practice, but I know it happens.

17:17   23  Paperwork, as we all can understand, is usually the last to

17:17   24  occur.

17:17   25          **MR. BAAY:**  Look to 52662A.9.1.TO.

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 16:32 | 1 | **BY MR. BAAY:** |
| 17:15 | 2 | **Q.**   Did you also review, Mr. Childs, the rig move maintenance |
| 17:17 | 3 | work that was performed on the *Deepwater Horizon* BOP prior to |
| 17:17 | 4 | the Kodiak well? |
| 17:17 | 5 | **A.**   I did. |
| 17:17 | 6 | **Q.**   What did you find? |
| 17:17 | 7 | **A.**   Generally, some of the same things we saw on the last, |
| 17:17 | 8 | where they opened up the bonnets, replaced all the rubber goods |
| 17:17 | 9 | and all the rams, retested and tested the operators again. |
| 17:18 | 10 | **Q.**   And that was five months before the same -- the very same |
| 17:18 | 11 | work was done at Macondo; is that right? |
| 17:18 | 12 | **A.**   That is correct. |
| 17:18 | 13 | **Q.**   Were there any regulatory requirements that you're |
| 17:18 | 14 | familiar with that required Transocean to do this type of work |
| 17:18 | 15 | with their rams and with their bonnets every six months? |
| 17:18 | 16 | **A.**   No, sir. |
| 17:18 | 17 |         **MR. BAAY:**  Let's look at TREX-52662A.10.1.TO. |
| 16:32 | 18 | **BY MR. BAAY:** |
| 17:15 | 19 | **Q.**   Same set of documents for the rig move prior to the Tiber |
| 17:18 | 20 | well.  Did you review those documents? |
| 17:18 | 21 | **A.**   I did. |
| 17:18 | 22 | **Q.**   Does it appear that the same ram maintenance was occurring |
| 17:18 | 23 | on the rig move prior to Tiber? |
| 17:18 | 24 | **A.**   Basically the same thing again.  Rubber goods were changed |
| 17:18 | 25 | and bonnet doors were closed.  So they replaced the ram rubber |

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:18  1   goods again.
17:18  2   **Q.**   In your opinion, based on these examples, did Transocean's
17:18  3   maintenance of its rams and bonnets meet industry standards?
17:18  4   **A.**   Yes.
17:19  5   **Q.**   Have you also, Mr. Childs, reviewed the maintenance
17:19  6   performed on other of the key BOP components of the *Deepwater*
17:19  7   *Horizon*?
17:19  8   **A.**   I did.
17:19  9   **Q.**   And those are reflected in the chart we just saw?
17:19  10  **A.**   They are.
17:19  11  **Q.**   In your opinion, does the maintenance of these components
17:19  12  comply with industry standards?
17:19  13  **A.**   It does.
17:19  14  **Q.**   And was there any maintenance that was not performed
17:19  15  related to these major components that would have made a
17:19  16  difference in the ability of the blind shear ram to shut in the
17:19  17  well on April 20th, 2010?
17:19  18  **A.**   No, sir.
17:19  19  **Q.**   We just looked at Transocean subsea maintenance philosophy
17:19  20  related to function and pressure testing.
17:19  21          Let me ask you, what does a successful subsea
17:19  22  function test indicate?
17:19  23  **A.**   It means that through your control system you can function
17:19  24  each and every device that you've tested.  They are -- they
17:19  25  would be there for you when you hit the button.

GREG CHILDS - DIRECT

17:20  1    **Q.**   Does a successful function test indicate that all the rams

17:20  2    on the stack will open and close?

17:20  3    **A.**   Exactly what it's testing:  full function.

17:20  4    **Q.**   Same question for a pressure test.  What does a successful

17:20  5    pressure test indicate to you?

17:20  6    **A.**   It indicates that the device tested has full pressure

17:20  7    capability.  And as I mentioned before, we test them at low

17:20  8    pressure and high pressure.

17:20  9    **Q.**   And did you review the records, the maintenance records,

17:20  10   to determine if the function of pressure tests were regularly

17:20  11   performed while the BOP was on Macondo?

17:20  12   **A.**   I did.

17:20  13              **MR. BAAY:**  If we look at TREX-52664.1.1.TO.

16:32  14   **BY MR. BAAY:**

17:15  15   **Q.**   Mr. Childs, does this chart accurately reflect the dates

17:20  16   on which, according to your review, the *Deepwater Horizon* BOP

17:20  17   was function- and pressure-tested?

17:20  18   **A.**   Yes, it does.

17:20  19   **Q.**   If we look at --

17:20  20              **MR. BAAY:**  Can we call out, Dennis, that entry from

17:20  21   4-17-2010 -- let me back that up.

17:21  22              Let's call out 52664.2.1.TO.

16:32  23   **BY MR. BAAY:**

17:21  24   **Q.**   I'll ask you, as it's coming up, did the *Horizon*'s

17:21  25   function testing include a function test of the BOP on

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:21    1    April 17th, three days prior to the Macondo incident?

17:21    2    **A.**   Yes.  It was listed on 4-17-2010.

17:21    3    **Q.**   Was there a separate function test of the blind shear ram,

17:21    4    according to your review, on April 17th, 2010?

17:21    5    **A.**   Yes, it was separate.

17:21    6    **Q.**   Why would you have a separate test of your blind shear

17:21    7    ram?

17:21    8    **A.**   You must remove the drill pipe before you close and test

17:21    9    the shear ram against pressure.

17:21    10   **Q.**   So based on these tests, what can you conclude about the

17:21    11   functionality of the *Deepwater Horizon* BOP as of April 17th,

17:21    12   2010?

17:21    13   **A.**   It was fully functional.

17:21    14   **Q.**   Okay.  Switching topics.  I want to talk about

17:22    15   configuration, which brings us to the last of your four

17:22    16   opinions.

17:22    17            **MR. BAAY:**  Go to Slide D-6686.

16:32    18   **BY MR. BAAY:**

17:15    19   **Q.**   Your opinion is that the BOP was configured in accordance

17:22    20   with industry practice at the time of the incident; is that

17:22    21   right?

17:22    22   **A.**   Yes, sir.

17:22    23   **Q.**   If we could pull up -- well, let me back up.

17:22    24            Did you make a determination as to who decided on the

17:22    25   initial configuration of the *Deepwater Horizon* BOP?

GREG CHILDS - DIRECT

17:22  1    **A.**    Yes.

17:22  2    **Q.**    By "configuration," we mean which components you're going

17:22  3    to have and how many cavities you're going to have on your

17:22  4    blowout preventer; is that true?

17:22  5    **A.**    That's correct.

17:22  6            **MR. BAAY:**  If we could go to TREX-7687.25.1.TO.

16:32  7    **BY MR. BAAY:**

17:15  8    **Q.**    While that's coming up, I'll ask you the question, is it

17:22  9    typical, in your experience, for the operator to decide and

17:22  10   specify blowout preventer configuration?

17:22  11   **A.**    Yes.  As I've stated here, of course, the operator knows

17:23  12   where they're going to drill, knows what they might encounter.

17:23  13   They know the geology, they know -- if not exactly that

17:23  14   formation, but related formations in area.  So they know the

17:23  15   pressure capability, the temperature capability, etc., of the

17:23  16   BOP stack that they would need.

17:23  17   **Q.**    And the exhibit we've just called out is a section from

17:23  18   your report?

17:23  19   **A.**    Yes, it is.

17:23  20   **Q.**    And does the highlighting language basically say what you

17:23  21   just testified to?

17:23  22   **A.**    Yes.  I paraphrased and added to that.

17:23  23   **Q.**    And the summary there is that BP had the unique access to

17:23  24   the well data to determine the proper configuration?

17:23  25   **A.**    Yes.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:23  1          **MR. BAAY:**  Turn to TREX-7691.

16:32  2    **BY MR. BAAY:**

17:15  3    **Q.**   Which is a report prepared by WEST Engineering, which is

17:23  4    your operation.  Is that true, Mr. Childs?

17:23  5    **A.**   My company, yes, sir.

17:23  6    **Q.**   Dated April 26th, 2001, entitled "Acceptance of Well

17:24  7    Control Equipment."

17:24  8              Were you involved in the preparation of this report?

17:24  9    **A.**   I was.  I performed the technical review.

17:24  10   **Q.**   And who else was involved in preparing this report with

17:24  11   you?

17:24  12   **A.**   The gentleman that went on the actual survey was Gary

17:24  13   Eastveld.

17:24  14   **Q.**   Tell the Court what the purpose of this report was.

17:24  15   **A.**   Transocean called us out to the rig to review a couple

17:24  16   anomalies on the rig and do a general check of the rig.

17:24  17   **Q.**   Did the review by WEST include a review of the

17:24  18   configuration and design of the BOP?

17:24  19   **A.**   Yes.  When you're on the rig, you're verifying the

17:24  20   configuration of the stack.

17:24  21   **Q.**   And you might have said it, but to be clear, this was the

17:24  22   *Deepwater Horizon* BOP stack?

17:24  23   **A.**   Yes.  It says so on the top.  The subject line is

17:24  24   *Deepwater Horizon*.

17:24  25             **MR. BAAY:**  If we could call that out, Dennis, the

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| | | |
|---|---|---|
| 17:24 | 1 | subject line. |
| 17:25 | 2 | And if we could go to 7691.10.1.TO. |
| 16:32 | 3 | BY MR. BAAY: |
| 17:15 | 4 | Q.   And as a result of your review and preparation of this |
| 17:25 | 5 | report, did you conclude that the stack configuration on the |
| 17:25 | 6 | *Deepwater Horizon* was consistent with industry practice at the |
| 17:25 | 7 | time? |
| 17:25 | 8 | A.   Yes. |
| 17:25 | 9 | Q.   And what do you say -- what is the language that we have |
| 17:25 | 10 | pulled out in the highlighting that's called out? |
| 17:25 | 11 | A.   What Mr. Eastveld said, and I agreed with, that *"Deepwater* |
| 17:25 | 12 | *Horizon* should have a very reliable subsea BOP stack and |
| 17:25 | 13 | control system." |
| 17:25 | 14 | Q.   Why do you use "should have"?  Is this a looking-forward |
| 17:25 | 15 | report? |
| 17:25 | 16 | A.   Yes.  This is a brand-new rig.  We're looking to its |
| 17:25 | 17 | future. |
| 17:25 | 18 | Q.   So you're doing a review and you're making a forecast as |
| 17:25 | 19 | to what your conclusion is after reviewing the systems? |
| 17:25 | 20 | A.   Right.  It is a forecast.  Because, again, it was |
| 17:25 | 21 | brand-new. |
| 17:25 | 22 | MR. BAAY:  Let's turn to 7691.10.2.TO. |
| 16:32 | 23 | BY MR. BAAY: |
| 17:15 | 24 | Q.   Read for us what Mr. Eastveld concludes in the WEST |
| 17:26 | 25 | report. |

GREG CHILDS - DIRECT

17:26   1   A.    "The rig is one of the best setups and problem-free
17:26   2   startups this surveyor has seen."
17:26   3   Q.    Do you agree with those conclusions?
17:26   4   A.    Yes.  I know Mr. Eastveld very well.  He's worked for me
17:26   5   for years.  He worked with me at Cameron.  He's an ex-Cameron
17:26   6   service hand.  He put several rigs together in the field at the
17:26   7   shipyards, and he understands.  And that's why he saw how good
17:26   8   the startup was here, meaning the beginning of this rig going
17:26   9   into service.
17:26  10   Q.    Thank you, Mr. Childs.
17:26  11         MR. BAAY:  We can pull that down.
16:32  12   BY MR. BAAY:
17:15  13   Q.    Now, there's been some testimony or suggestion by some of
17:26  14   the parties that the BOP for the *Deepwater Horizon* should have
17:26  15   been modified at some point to add another blind shearing ram.
17:26  16         Are you familiar with that opinion?
17:26  17   A.    I'm familiar with it.
17:26  18   Q.    Are you familiar with the regulatory requirements
17:26  19   regarding best available and safest technology, or BAST?
17:27  20   A.    Yes, I am.
17:27  21   Q.    In your opinion, did BAST require the addition of a second
17:27  22   blind shear ram on the *Deepwater Horizon* stack?
17:27  23   A.    No.
17:27  24   Q.    Why not?
17:27  25   A.    Every time a new possibility occurs doesn't mean you have

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:27    1    to do that possibility.  You must do a complete risk
17:27    2    assessment, management of change, to determine if this is the
17:27    3    best thing to change and why.
17:27    4    **Q.**    In preparing your report, did you look to see if other
17:27    5    rigs had the same BOP configuration as the *Deepwater Horizon*
17:27    6    BOP configuration?
17:27    7    **A.**    Yes.  I actually limited my search to equivalent Cameron
17:27    8    rigs, and we found 36 other rigs so configured.
17:27    9    **Q.**    In your opinion, did compliance with the industry practice
17:27   10    at the time require the addition of a second blind shear ram?
17:27   11    **A.**    No.  Standard at the time was five cavities, and not
17:28   12    multiple sealing shear rams.  We did have a sealing shear ram
17:28   13    and a casing shear ram.
17:28   14    **Q.**    Have you seen any analysis from any expert in this case to
17:28   15    determine whether a second blind shearing ram would have made a
17:28   16    difference on April 20, 2010, to shut in the well?
17:28   17    **A.**    No, I have not.
17:28   18    **Q.**    Are you aware that other experts have pointed out that
17:28   19    Transocean operates other rigs with BOPs having six cavities in
17:28   20    their stacks?
17:28   21    **A.**    Yes, I've seen that.
17:28   22    **Q.**    Is it your opinion that BOPs with five ram cavities still
17:28   23    remain in use and are still industry standard and were industry
17:28   24    standard at the time of the incident?
17:28   25    **A.**    That is correct.

OFFICIAL TRANSCRIPT

5223

GREG CHILDS - DIRECT

17:28    1   **Q.**   When a BOP has six ram cavities, are there enough cavities
17:28    2   to have two blind shear rams and one casing shear ram?
17:28    3   **A.**   Yes.  If you go from five to six cavities, it's very easy,
17:28    4   then, to have two sealing shear rams or casing shear rams and
17:29    5   still have three of your VBRs, or variable bore rams.
17:29    6   **Q.**   But again, are there practicality considerations in
17:29    7   reconfiguring your BOP stack to add a sixth cavity?
17:29    8   **A.**   You must have room for it on the rig.  Some rigs are built
17:29    9   around the height of the BOP stack.  And if you add 3 feet or
17:29   10   more to the height, you may not be able to store your stack.
17:29   11          You would have to add accumulators which, of course,
17:29   12   are possible, so that you could operate one more cavity.  You
17:29   13   would have to have control functions available.  You would have
17:29   14   to reconfigure controls, etc.
17:29   15          It takes a lot of planning, and it may not fit in
17:29   16   your area on the rig.
17:29   17   **Q.**   Mr. Childs, just a few more topics.
17:29   18          What kind of blade configuration did the *Deepwater*
17:29   19   *Horizon* blind shear ram have?
17:29   20   **A.**   As we've seen before, we have the shearing blind ram that
17:29   21   had the upper blade with a V-shape and the lower blade with a
17:29   22   straight shape.
17:30   23   **Q.**   And tell us the difference between a shearing blind ram
17:30   24   and what's been referred to as a DVS, or a double-V shearing
17:30   25   ram.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:30  1   A.   Double-V, both the upper and the lower blade have a

17:30  2   V-shape.

17:30  3   Q.   Now, there's been testimony that the DVS ram requires less

17:30  4   shear force.  Do you agree with that assessment?

17:30  5   A.   That is correct.

17:30  6   Q.   Why is it your opinion that the DVS rams are better than

17:30  7   the SBR rams?

17:30  8   A.   Well, the DVS rams were not required in this case because

17:30  9   we could shear the 5 1/2-inch drill pipe that we were needing

17:30  10  to shear.

17:30  11          The SBRs are shown in Cameron's EB to have good

17:30  12  fatigue life.  The DVSs are not listed, so that they have

17:30  13  better fatigue life.  So it again is a place where you do an

17:30  14  MOC, or management of change, and determine if that new device

17:30  15  really is required or needed.

17:31  16  Q.   As between the SBR and the DVS ram design, which Cameron

17:31  17  design was most common in the industry at the time of the

17:31  18  incident?

17:31  19  A.   The SBR.

17:31  20  Q.   Is the SBR still in use on rigs today?

17:31  21  A.   And it's still in use.

17:31  22  Q.   There's been also some talk about CDVS blades.  You're

17:31  23  familiar with that design?

17:31  24  A.   I am.

17:31  25  Q.   Tell us the difference between those and the single-bore

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:31  1    ram.

17:31  2    A.   We go to the derivation from the SBR to the DVS; then the

17:31  3    next derivation is the CDVS, the C standing for cable.

17:31  4             They were devised for completions use, not

17:31  5    necessarily drilling use, so that they had a capacity to shear

17:31  6    cable or wireline, where this is made out of small strands of

17:31  7    wire.

17:31  8             This necessitated having the blades be held in very

17:31  9    intimate contact so that they could cut even 30,000ths-diameter

17:32  10   wire.

17:32  11   Q.   In your opinion, would CDVS blades have been appropriate

17:32  12   on the -- to use on the *Deepwater Horizon* BOP stack?

17:32  13   A.   No, sir.

17:32  14   Q.   Was there a safety alert issued by Cameron, that we've

17:32  15   seen put up on the big board here, at the time of the incident?

17:32  16   A.   Yes.  And that points out one of my thoughts about it.

17:32  17   Just because this comes out doesn't mean you need to use it.

17:32  18   First, it was mainly for completion; second, it had a sealing

17:32  19   issue and a pressure issue.

17:32  20   Q.   I want to talk to you about tandem boosters for a minute.

17:32  21   What is a tandem booster?

17:32  22   A.   A tandem booster is, as an operator, you can add to your

17:32  23   BOP to basically double your shearing capacity or shearing

17:32  24   force.

17:32  25   Q.   Did BAST, as you understand it, require the installation

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:32  1  or the addition of tandem boosters at the time of the incident?

17:32  2  **A.**   No, it did not.

17:32  3  **Q.**   Would you have been -- what would have been required to

17:32  4  install a tandem booster on the *Deepwater Horizon*?

17:33  5  **A.**   It fits in the same place as the standard bonnet, so it

17:33  6  could have gone in that place.  But then we have an issue on

17:33  7  the rig because of the width that's made -- or created in the

17:33  8  full BOP stack.

17:33  9       It was so wide that you could not do maintenance on

17:33  10  the tandem boosters when the stack was in the storage position.

17:33  11  To do any maintenance on the tandem boosters, you would have to

17:33  12  move the stack into the moon pool area, hanging in the moon

17:33  13  pool, which makes it a dangerous place to work.  Plus, that

17:33  14  meant no other activities could occur in the moon pool, so

17:33  15  you've stopped critical path work.  So it would have created

17:33  16  many more issues.

17:33  17       And it wasn't needed to shear the piece of pipe -- or

17:33  18  the pipe, the 5 1/2-inch drill pipe we're talking about.

17:33  19  **Q.**   Would the additional shearing force, in your opinion, made

17:33  20  available by the tandem booster, have made any difference at

17:33  21  all on April 20th, 2010?

17:34  22  **A.**   No, sir.

17:34  23  **Q.**   Why do you say that?

17:34  24  **A.**   I've seen studies where they applied equivalent to 52- or

17:34  25  5300 psi instead of the 4000 psi that we were were limited, and

GREG CHILDS - DIRECT

17:34    1    made no difference.
17:34    2            You still had solid pieces of pipe between the two
17:34    3    ram blocks keeping the blocks from being able to come together
17:34    4    and complete a shear or a seal.
17:34    5    Q.   Now, I want to ask you about control pod systems.  Okay?
17:34    6            What is the Mark III control pod system?
17:34    7    A.   It's one of the later versions of Cameron's system.  The
17:34    8    *Horizon* had the Mark II system.
17:34    9    Q.   At the time of the incident, did BAST require the switch
17:34   10    to a Mark III control system?
17:34   11    A.   No, it did not.
17:34   12    Q.   Did any regulation at the time of the incident require a
17:34   13    change from the Mark II to the Mark III?
17:34   14    A.   No, it did not.
17:34   15    Q.   Did industry practice require that change?
17:34   16    A.   No, sir.
17:34   17    Q.   Would you have -- you, as WEST, advising a client, have
17:34   18    recommended that change?
17:35   19    A.   No.  They would have gone through the same process we've
17:35   20    mentioned.  You do a full MOC, full risk evaluation.
17:35   21            In this case, there were single-wound coils instead
17:35   22    of dual, and so you've lost some redundancy in your coils.
17:35   23    Q.   So is what you're saying, there are tradeoffs between the
17:35   24    Mark II and the Mark III system?
17:35   25    A.   Again, that's why you never take something on face.  Just

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:35    1    because it's new doesn't mean I want to go and start using it.

17:35    2    Q.   And were you also aware that there was a safety alert

17:35    3    issued for the Mark III control pod system?

17:35    4    A.   Yes, sir.

17:35    5    Q.   MUX cables.  There's been some testimony offered in this

17:35    6    case regarding the routing of the MUX cables.  Are you familiar

17:35    7    with those opinions?

17:35    8    A.   I am.

17:35    9    Q.   Where were the MUX cables located on the *Deepwater*

17:35   10    *Horizon*?

17:35   11    A.   In the moon pool area.  From right beside the moon pool

17:35   12    area, down onto the riser, down the riser to the BOP stack, as

17:36   13    we saw on our graphic earlier.

17:36   14    Q.   As you've testified, the MUX cables -- the purpose of the

17:36   15    MUX cables is to provide power and communications to your BOP?

17:36   16    A.   To the pods on the BOP stack, yes, sir.

17:36   17    Q.   And what was the industry practice at the time of the

17:36   18    incident as to where you would route your MUX cables?

17:36   19    A.   Exactly as I just mentioned, through the moon pool.

17:36   20    Q.   In your 38 years of dealing with blowout preventers, have

17:36   21    you ever seen MUX cables located anywhere else but the moon

17:36   22    pool of a rig?

17:36   23    A.   I have not.

17:36   24    Q.   Acoustic control systems.

17:36   25    A.   Yes, sir.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

17:36 1  **Q.**   What is an acoustic control system?

17:36 2  **A.**   It is a tertiary control system that utilizes acoustic

17:36 3  waves to provide a chance to operate a function acoustically.

17:36 4  **Q.**   Are they common?  Are they in frequent use in the Gulf of

17:36 5  Mexico on rigs?

17:36 6  **A.**   They are not.

17:36 7       MR. BAAY:  If we could look at TREX-3298.

17:40 8  BY MR. BAAY:

17:40 9  **Q.**   Are you familiar with this document from WEST Engineering?

17:36 10  **A.**   I am.

17:37 11  **Q.**   What is this document?

17:37 12  **A.**   Evaluations we were requested to make by the MMS service

17:37 13  on secondary intervention methods in well control.

17:37 14  **Q.**   And does part of this evaluation include a review of

17:37 15  acoustic control systems?

17:37 16  **A.**   Yes, being a secondary intervention system in this case.

17:37 17       MR. BAAY:  Let's look at 3298.60.1.TO.

17:40 18  BY MR. BAAY:

17:40 19  **Q.**   Just read that highlighted language there for me, please.

17:37 20  **A.**   "Even with widely-spaced dual-stacked mounted

17:37 21  transceivers, communication cannot be relied upon in the

17:37 22  presence of mud clouds or gas plumes."

17:37 23       MR. BAAY:  Go to TREX-3298.61.2.TO.

17:40 24  BY MR. BAAY:

17:40 25  **Q.**   Read the highlighting there for me, please, Mr. Childs.

OFFICIAL TRANSCRIPT

GREG CHILDS - DIRECT

| 17:37 | 1 | **A.**   "Operating in a wide range of water depths has caused |
| 17:38 | 2 | problems in the GOM," or Gulf of Mexico . . . .  The |
| 17:38 | 3 | transmitted commands would reverberate between the surface and |
| 17:38 | 4 | seafloor - a condition known as 'multipath.'  The |
| 17:38 | 5 | BOP-mounted" -- excuse me, misread -- "The BOP-mounted |
| 17:38 | 6 | receivers could not decode the commands and thus did not |
| 17:38 | 7 | function . . . ." |
| 17:38 | 8 | **Q.**   In your opinion, Mr. Childs, do acoustic control systems |
| 17:38 | 9 | have reliability issues? |
| 17:38 | 10 | **A.**   Yes, they do. |
| 17:38 | 11 | **Q.**   Is the language we've read from one of your WEST |
| 17:38 | 12 | Engineering reports consistent with that opinion? |
| 17:38 | 13 | **A.**   It is. |
| 17:38 | 14 |          **MR. BAAY:**  You can pull that down. |
| 17:40 | 15 | **BY MR. BAAY:** |
| 17:40 | 16 | **Q.**   Now, we -- at the beginning of your examination, we pulled |
| 17:38 | 17 | up many animations, and the speed of those animations I want to |
| 17:38 | 18 | ask you about. |
| 17:38 | 19 |          Were those sped up for our purpose here, or was |
| 17:38 | 20 | that actual operation time for a closure of, say, a blind shear |
| 17:39 | 21 | and a VBR? |
| 17:39 | 22 | **A.**   They were very much speeded up.  Ram BOP on the *Horizon*, |
| 17:39 | 23 | by our own literature we got from the testing, is about |
| 17:39 | 24 | 16 seconds.  It doesn't sound like a lot, but if you were |
| 17:39 | 25 | sitting here watching it, it would barely move across the |

GREG CHILDS - DIRECT

17:39  1   screen.
17:39  2          For the annular BOP it was closer to 26 seconds.
17:39  3   Again, to watch that close in 26 seconds would be rather
17:39  4   boring.
17:39  5   Q.   So if we look back at D-6686, Mr. Childs, just the summary
17:39  6   slide of your opinions in this case.  I'll take them in reverse
17:39  7   order.
17:39  8          Was the design and configuration of the BOP in
17:39  9   compliance with industry standards, in your opinion?
17:39  10  A.   Yes, it was.
17:39  11  Q.   And did the maintenance contribute in any way to the
17:39  12  incident, in your opinion?
17:39  13  A.   It did not.
17:39  14  Q.   And under that category, did either the blue pod 27
17:39  15  battery or the yellow pod Solenoid 103 successfully function
17:39  16  the AMF on April 20th, 2010?
17:39  17  A.   If either one did, we don't know which one.
17:40  18  Q.   Do you believe, after reviewing the forensic evidence as
17:40  19  collected by DNV, that it's possible that the pipe could have
17:40  20  been off-center on April 22nd?
17:40  21  A.   I do not believe that.
17:40  22          MS. KARIS:  Your Honor, I'm going to object.  Asked
17:40  23  and answered.  This has all been gone over before.
17:40  24          MR. BAAY:  I'm almost done.
17:40  25          THE COURT:  Well, it is.  This is where we started.

OFFICIAL TRANSCRIPT

17:40   1              MR. BAAY:  It is, but we're bringing it to a close.

17:40   2              THE COURT:  Okay.  Go ahead.

17:40   3    BY MR. BAAY:

17:40   4    Q.   Just the final two questions.

17:40   5              Is there any dispute that the blind shear ram closes

17:40   6    an off-center pipe?

17:40   7    A.   No, sir.

17:40   8    Q.   And does the forensic evidence, in your opinion, support

17:40   9    your conclusion that the AMF operated on April 20th, 2010?

17:40   10   A.   Yes, it does.

17:40   11             MR. BAAY:  I'll pass the witness.

17:40   12             Thank you, Your Honor.

17:40   13             THE COURT:  All right.  I think we're going to quit a

17:40   14   little early today.

17:40   15             MS. KARIS:  You have a lot of upset people in this

17:41   16   room, Your Honor.

17:41   17             THE COURT:  I can tell.

17:41   18             All right.  We'll recess until 8:00 a.m.

17:41   19   tomorrow morning.  Okay?

17:41   20             THE DEPUTY CLERK:  All rise.

17:41   21             (WHEREUPON, the proceedings were concluded.)

        22

        23

        24

        25

1                          *****

2                      <u>**CERTIFICATE**</u>

3          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

4    for the United States District Court, Eastern District of

5    Louisiana, do hereby certify that the foregoing is a true and

6    correct transcript, to the best of my ability and

7    understanding, from the record of the proceedings in the

8    above-entitled and numbered matter.

9

10

11                           *s/Jodi Simcox, RMR, FCRR*
                             Jodi Simcox, RMR, FCRR
12                           Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

'07 [1] 5201/20
'09 [1] 5182/21
'10 [1] 5079/23
'certify' [1] 5211/3
'in [1] 5211/4
'multipath.' [1] 5230/4

-

-15s [1] 5083/5
-63 [1] 5166/8
-63s [1] 5083/6

.

.8 [1] 5127/24

0

02771 [1] 5043/7

1

1-A-1 [2] 5135/23 5136/10
1-A-1-F [1] 5138/16
1-B-1 [14] 5119/7 5120/25 5121/5
5121/14 5121/16 5121/19 5121/21
5123/1 5135/17 5136/14 5136/16
5136/20 5139/11 5150/14
1-B-1 E [12] 5131/23 5141/22 5151/16
5151/18 5151/23 5152/5 5152/6
5152/16 5153/4 5153/6 5153/15
5156/14
1-B-2 [1] 5135/18 5136/15
1-B-2-D [1] 5138/16
1.148 [1] 5123/20
1.148.1.TO [1] 5123/13
1/2-inch [1] 5224/9
10 [4] 5121/1 5121/2 5142/13 5192/11
10,000 psi [1] 5089/2
10,000-psi [1] 5090/15
10-CV-02771 [1] 5043/7
10-CV-4536 [1] 5043/9
10-MD-2179 [1] 5043/4
100,000 [1] 5141/23
100,000 pounds [6] 5104/5 5113/9
5124/21 5125/6 5136/3 5137/10
1000 [2] 5047/17 5048/16
1001 [1] 5047/10
101 [1] 5044/16
103 [8] 5087/5 5161/10 5162/6 5162/9
5169/4 5170/23 5172/3 5231/15
103Y [5] 5163/10 5164/19 5164/20
5168/9 5172/10
10:00 [1] 5137/25
11 [3] 5067/15 5168/5 5192/11
1100 [1] 5047/6
1110 [1] 5047/20
1201 [2] 5047/3 5048/9
1221 [1] 5048/5
13 [1] 5190/7
1308 [1] 5044/19
1331 [1] 5048/12
14 [1] 5053/3
14271 [1] 5045/22
1469 [1] 5201/14
1469.4.1.TO [1] 5202/12
1469.4.2.TO [1] 5203/9
1469.7.1.TO [1] 5202/25
1469.7.2.TO [1] 5205/14
1469.7.3.TO [1] 5207/2
1469.8.1.TO [1] 5206/17
148 [1] 5139/16
14th [1] 5182/21
15 [8] 5043/14 5068/3 5111/20 5163/4
5163/5 5166/22 5166/24 5166/25

15,000 [1] 5093/15
15,000 [2] 5090/25 5091/1
15-minute [2] 5068/8 5148/9
15s [1] 5083/5
16 [3] 5067/15 5097/8 5097/11
16 seconds [1] 5230/24
1601 [1] 5044/3
1665 [1] 5048/12
16th [1] 5200/14
17 [1] 5073/6
1700 [1] 5048/9
1700s [1] 5141/8
17th [3] 5217/1 5217/4 5217/11
18 [1] 5166/20
18 3/4 [2] 5111/25 5113/22
18 3/4 wellbore [1] 5089/7
18 inches [2] 5111/10 5111/20
180 [1] 5206/19
1825 [1] 5197/2
1825-day [1] 5206/19
1885 [1] 5046/12
1971 [1] 5073/11
1974 [1] 5076/18
1992 [1] 5073/12
1996 [1] 5076/20

2

2.2 [1] 5126/23
2.8 inches [1] 5126/24
20 [6] 5043/5 5043/7 5050/2 5068/15
5200/1 5222/16
20004 [2] 5045/22 5047/4
2001 [1] 5219/6
20044 [2] 5045/17 5046/6
2005 [2] 5211/17 5211/25
2007 [5] 5179/1 5183/15 5183/21
5184/2 5185/24
2009 [7] 5182/1 5182/9 5183/7 5183/16
5183/22 5189/14 5190/7
2010 [25] 5043/5 5057/9 5080/19
5087/10 5101/10 5121/2 5157/3
5159/25 5186/1 5193/7 5199/22
5200/19 5201/9 5211/18 5212/1
5213/14 5215/17 5216/21 5217/2
5217/4 5217/12 5222/16 5226/21
5231/16 5232/9
2013 [2] 5043/7 5050/2
20th [41] 5057/2 5057/9 5080/19
5085/10 5085/13 5085/20 5085/21
5087/1 5087/10 5097/20 5100/10
5116/24 5117/17 5121/2 5121/3
5125/19 5125/21 5141/9 5142/14
5142/23 5148/20 5151/10 5151/11
5156/22 5156/23 5157/3 5159/25
5168/21 5169/1 5188/21 5193/7
5193/18 5196/21 5197/11 5198/2
5200/19 5201/9 5215/17 5226/21
5231/16 5232/9
20th at [1] 5142/16
20th that [1] 5143/15
20th the [1] 5142/17
21 [1] 5199/23
21 1/2 [1] 5076/20
2140 [1] 5108/6
2179 [1] 5043/4
22 [1] 5156/25
2211 [1] 5047/20
2216 [1] 5045/6
22342.388.1.TO [1] 5199/10
22342.388.2.TO [1] 5200/4
22342.389.1.TO [1] 5200/21
22729.15.1.TO [1] 5190/13
22nd [10] 5044/10 5086/12 5105/7

5125/23 5137/25 5141/12 5145/24
23451 [1] 5044/10
26 [2] 5231/2 5231/3
2615 [1] 5044/6
26th [1] 5219/6
27 [2] 5066/24 5231/14
27-volt [11] 5086/24 5087/5 5087/9
5160/16 5185/1 5191/6 5191/24 5192/1
5192/8 5192/23 5193/6
28 [2] 5079/7 5079/7
2D [1] 5112/23

3

3 feet [1] 5223/9
30 [5] 5097/7 5097/11 5151/4 5151/6
5151/7
30 days [3] 5195/16 5195/18 5196/21
30,000ths-diameter [1] 5225/9
300 [1] 5046/23
3089 [1] 5047/17
30th [1] 5199/22
31st [1] 5178/6
3298 [1] 5229/7
3298.60.1.TO [1] 5229/17
3298.61.2.TO [1] 5229/23
3299 [1] 5179/19
33 [5] 5144/21 5185/4 5186/16 5186/21
5187/4
33 1/2 [1] 5153/21
33 different [1] 5186/24
33-actuation [1] 5186/18
33273 [1] 5179/18
3338.1.1.TO [1] 5204/10
3338.1.2.TO [1] 5204/23
349 days [2] 5189/23 5190/3
355 [1] 5047/14
35th [1] 5047/14
36 [1] 5222/8
36028 [1] 5045/10
3605 [2] 5184/10 5187/17
3605.2.1.TO [1] 5184/22
3605.2.2.TO [1] 5186/10
3605.2.3.TO [1] 5187/8
36130 [1] 5046/10
365-day [1] 5196/11
36604 [1] 5044/4
3668 [1] 5043/20
36711 [1] 5179/19
3700 [2] 5047/6 5047/10
3797.2.1.TO [1] 5169/8
3797.3.1.TO [1] 5170/25
38 [1] 5228/20
39 [7] 5119/8 5120/25 5121/14 5121/16
5123/1 5135/23 5136/10
39 E [11] 5131/24 5150/14 5151/1
5151/16 5152/5 5152/9 5152/11 5153/4
5153/5 5153/15 5156/14
39-E [1] 5141/22
3:00 [2] 5066/7 5066/8
3:40 [1] 5148/9
3D [3] 5110/23 5112/23 5121/18

4

4-17-2010 [2] 5216/21 5217/2
4000 [2] 5048/16 5226/25
402 [1] 5044/10
406 [1] 5048/19
43093 [1] 5101/3
43093.41.1.TO [1] 5100/11
4310 [1] 5045/3
435 [1] 5044/16
450 [1] 5045/10

**4**

4500 [1]  5048/5
4536 [1]  5043/9
4617.66.1.TO [1]  5182/10
4823.5.1.TO [1]  5170/14

**5**

5 1/2 [1]  5107/4
5 1/2-inch [1]  5226/18
50 [1]  5174/20
50/50 [1]  5174/20
500 [3]  5043/20 5046/9 5048/19
5000 [1]  5046/19
50377 [3]  5179/2 5181/12 5181/21
504 [1]  5048/20
51245.1189.1.TO [1]  5188/16
51245.199.2.TO [1]  5182/25
51245.216.1.TO [1]  5189/3
51245.225.1.TO [1]  5177/25
5165 [1]  5175/11
52 [12]  5051/17 5052/9 5054/5 5054/18
 5055/3 5059/14 5059/21 5062/3 5063/8
 5063/19 5064/21 5226/24
526628 [1]  5211/16
52662A.1.1.TO [1]  5213/1
52662A.10.1.TO [1]  5214/17
52662A.9.1.TO [1]  5213/6
52664.1.1.TO [1]  5216/13
52664.2.1.TO [1]  5216/22
52665 [1]  5195/3
53 [7]  5209/14 5209/18 5210/10
 5210/12 5210/14 5211/5 5211/8
5300 psi [1]  5226/25
5395 [1]  5045/10
546 [1]  5047/23
556 [1]  5043/20
589-7780 [1]  5048/20
5:30 [3]  5066/6 5066/8 5070/8

**6**

6 1/4 [1]  5107/3
6 3/8-inch [1]  5107/3
600 [3]  5044/10 5044/13 5047/17
601 [1]  5044/6
60654 [1]  5046/24
618 [1]  5044/22
6234 [1]  5129/1
6241 [1]  5129/24
63 [1]  5166/8
63s [1]  5083/6
6573 [1]  5099/20
6635 [1]  5103/16
6636 [9]  5119/5 5120/19 5124/13
 5124/15 5132/4 5132/10 5138/2
 5139/13 5149/17
6659 [1]  5110/18
6661 [2]  5102/17 5148/22
6667 [2]  5087/22 5093/18
6668 [3]  5088/11 5089/10 5120/16
6669 [1]  5090/6
6670 [1]  5090/23
6671 [1]  5091/16
6672 [1]  5092/1
6673 [1]  5093/3
6674 [2]  5094/2 5144/11
6675 [1]  5157/18
6676 [1]  5158/24
6678 [5]  5114/6 5117/20 5137/21
 5138/22 5143/9
6679 [2]  5105/14 5113/12
6681 [2]  5110/14 5112/16
6682 [4]  5073/13 5074/1 5082/8

5082/13

6683 [1]  5177/19
6684 [1]  5114/13
6685 [2]  5114/24 5115/21
6686 [5]  5085/4 5100/8 5157/5 5217/17
 5231/5
6687 [3]  5117/19 5118/6 5120/8
6689 [1]  5126/4
6690 [1]  5130/11
6692 [1]  5138/8
6696 [2]  5150/20 5152/21
6697 [1]  5152/25
6698 [1]  5160/3
6700 [1]  5127/4
6701 [1]  5127/5
6703 [2]  5102/7 5123/4
6704 [2]  5121/11 5122/14
6716 [2]  5189/11 5189/24
6751 [2]  5089/11 5090/17

**7**

7-5395 [1]  5045/10
701 [2]  5046/16 5046/19
70113 [1]  5043/24
70130 [6]  5044/7 5044/13 5045/7
 5046/17 5047/24 5048/19
70139 [1]  5046/20
70163 [1]  5047/7
7030 [1]  5209/20
7030.4.1.TO [1]  5210/7
7030.4.2.TO [1]  5210/21
70360 [1]  5044/16
70458 [1]  5044/19
70501 [1]  5047/18
70502 [1]  5043/21
70801 [1]  5044/23
70804 [1]  5046/13
730-day [1]  5197/19
748 [1]  5195/10
750 [1]  5195/2
750,000 pounds [1]  5155/11
75270 [1]  5048/10
7611 [1]  5045/16
7670 [2]  5166/9 5167/16
7670.1.1.TO [1]  5167/1
7670.2.1.TO [1]  5167/25
7687.25.1.TO [1]  5218/6
7691 [1]  5219/1
7691.10.1.TO [1]  5220/2
7691.10.2.TO [1]  5220/22
77002 [2]  5047/10 5048/17
77006 [1]  5045/4
77010 [2]  5048/5 5048/13
77098 [1]  5047/21
7780 [1]  5048/20

**8**

8105 [1]  5062/8
8106 [1]  5062/8
8120 [1]  5062/8
819D [1]  5184/14
820 [1]  5043/23
83 [12]  5127/21 5127/24 5129/5 5130/2
 5130/3 5131/2 5131/5 5135/18 5136/14
 5136/15 5139/17 5139/19
84 [2]  5135/18 5136/15
8919 [1]  5055/3
8:00 a.m [1]  5232/18

**9**

9-volt [4]  5160/14 5185/1 5191/6 5191/6
9-volts [1]  5191/24
90 [2]  5078/1 5172/6

90071 [1]  5047/14
9022 [1]  5195/20
933 [1]  5195/20
933.23.1.TO [1]  5196/9
933.24.1.TO [1]  5196/24
933.25.1.TO [1]  5197/13
94 [9]  5127/15 5129/10 5129/21
 5129/22 5131/3 5131/4 5139/16
 5139/17 5139/19
94005 [1]  5046/13
94102 [1]  5045/11
9:42 [1]  5147/24
9:43 [8]  5106/8 5106/10 5106/12 5107/7
 5109/2 5117/23 5147/20 5147/24
9:46 [1]  5114/11
9:47 [4]  5106/5 5114/11 5117/23 5118/1
9th [1]  5044/13

**A**

A.3.1.TO [1]  5212/6
a.m [1]  5232/18
abandonment [1]  5056/23
ability [11]  5086/3 5086/17 5086/21
 5087/6 5091/24 5093/2 5097/19
 5106/19 5194/19 5215/16 5233/6
able [16]  5072/18 5088/7 5095/16
 5096/8 5098/16 5100/20 5106/1 5110/8
 5112/21 5145/2 5167/11 5167/4
 5167/23 5172/17 5223/10 5227/3
abnormal [1]  5088/7
about [85]  5051/3 5053/10 5059/6
 5068/3 5068/7 5068/15 5068/25 5069/9
 5069/15 5073/6 5073/9 5077/14
 5077/21 5078/11 5080/24 5080/25
 5082/15 5083/7 5087/21 5088/2
 5088/10 5090/16 5091/25 5093/16
 5095/22 5096/4 5097/6 5099/12 5100/9
 5101/4 5101/7 5111/7 5116/7 5117/6
 5118/10 5118/11 5120/13 5121/1
 5122/6 5123/3 5126/2 5127/21 5129/12
 5131/5 5133/1 5134/3 5135/15 5137/4
 5138/22 5144/5 5146/3 5146/17
 5146/18 5147/16 5147/22 5151/4
 5151/7 5151/22 5153/21 5163/6 5164/5
 5164/17 5165/3 5169/4 5170/6 5172/24
 5179/13 5180/7 5187/4 5191/19 5195/2
 5198/12 5217/10 5217/14 5224/22
 5225/16 5225/20 5226/18 5227/5
 5230/18 5230/23
above [30]  5104/4 5113/10 5114/2
 5116/13 5118/11 5119/4 5124/18
 5124/18 5125/16 5125/17 5126/18
 5127/21 5131/23 5131/25 5132/11
 5135/10 5135/23 5136/13 5136/16
 5136/23 5137/3 5137/7 5137/16
 5141/24 5142/20 5149/15 5156/18
 5156/18 5185/5 5233/8
above-entitled [1]  5233/8
Abramson [1]  5044/5
absolutely [3]  5060/5 5061/11 5114/5
abundance [1]  5062/2
abuse [1]  5066/25
acceptable [3]  5069/24 5070/9 5076/4
Acceptance [1]  5219/6
access [3]  5202/22 5212/13 5218/23
accordance [2]  5184/5 5217/19
according [8]  5085/19 5123/21 5123/22
 5200/13 5201/5 5210/23 5216/16
 5217/4
account [2]  5140/2 5170/3
accumulators [1]  5223/11
accurate [3]  5121/13 5212/3 5212/5

accurately [6]  5102/10 5111/2 5189/24
5195/9 5211/24 5216/15
achieve [1]  5098/6
achieved [1]  5114/20
achieving [3]  5093/14 5105/25 5114/19
acknowledged [1]  5172/19
acoustic [5]  5228/24 5229/1 5229/2
5229/15 5230/8
acoustically [1]  5229/3
across [6]  5077/25 5093/13 5093/14
5094/14 5122/9 5230/25
act [3]  5057/8 5060/21 5062/21
action [7]  5052/18 5058/6 5063/13
5095/6 5105/21 5114/9 5155/3
actions [3]  5142/15 5142/19 5146/18
activate [13]  5098/16 5099/9 5145/20
5145/21 5145/22 5156/2 5156/6 5161/2
5161/5 5161/20 5162/13 5162/16
5173/4
activated [25]  5086/8 5096/6 5099/25
5103/7 5105/3 5106/9 5107/6 5138/24
5141/12 5143/22 5144/8 5144/14
5144/15 5145/3 5145/7 5145/14
5148/25 5155/21 5160/1 5160/10
5162/25 5166/23 5167/17 5168/21
5168/25
activates [3]  5098/7 5098/14 5100/4
activation [12]  5086/12 5105/8 5126/2
5142/17 5143/1 5143/2 5143/19 5144/1
5148/7 5154/17 5157/3 5159/20
activities [3]  5083/9 5195/25 5226/14
activity [6]  5167/17 5178/11 5183/4
5188/9 5188/17 5189/25
actual [14]  5070/14 5076/23 5122/16
5122/17 5127/10 5130/3 5131/1
5138/18 5153/5 5153/7 5188/15
5189/23 5219/12 5230/20
actually [21]  5053/25 5067/23 5068/12
5070/15 5088/15 5101/20 5106/11
5113/21 5129/17 5134/17 5163/25
5166/19 5167/20 5180/3 5180/20
5182/4 5193/21 5197/4 5198/22 5208/4
5222/7
actuate [1]  5163/5
actuated [6]  5091/6 5094/6 5163/2
5163/17 5163/18 5187/4
actuation [1]  5186/18
actuations [5]  5185/4 5186/13 5186/15
5186/21 5187/2
add [10]  5057/10 5171/18 5175/21
5175/21 5177/8 5221/15 5223/7 5223/9
5223/11 5225/22
added [9]  5050/10 5056/5 5118/25
5118/25 5175/20 5175/21 5175/21
5176/14 5218/22
adding [1]  5177/7
addition [2]  5221/21 5222/10 5226/1
additional [5]  5061/11 5099/4 5195/17
5197/15 5226/19
addressed [1]  5194/4
addresses [1]  5069/21
adjust [1]  5072/18
admit [2]  5062/1 5064/11
admitted [4]  5051/8 5062/14 5064/18
5066/18
adrift [1]  5118/3
advanced [5]  5073/11 5077/24 5078/10
5078/11 5078/14
advancements [1]  5078/15
advisement [1]  5062/7
advising [1]  5227/17

affect [1]  5156/19
affected [3]  5074/9
after [31]  5059/17 5059/21 5073/17
5074/10 5098/13 5120/18 5125/14
5125/21 5127/10 5137/25 5139/9
5142/15 5142/19 5151/4 5151/5 5151/6
5151/7 5157/4 5169/5 5171/23 5172/10
5176/3 5180/4 5185/2 5185/5 5185/16
5188/6 5188/11 5191/9 5220/19
5231/18
afternoon [5]  5043/14 5050/1 5050/6
5066/19 5072/22
again [48]  5055/19 5062/2 5062/5
5064/4 5064/23 5078/5 5080/20
5090/10 5090/13 5093/5 5093/14
5099/16 5105/9 5105/18 5106/18
5110/7 5111/15 5117/2 5118/12
5124/22 5130/3 5130/5 5131/4 5132/4
5135/11 5135/21 5138/17 5142/2
5142/19 5154/22 5156/12 5165/21
5166/16 5171/9 5172/1 5176/6 5176/9
5186/6 5190/9 5200/14 5214/9 5214/24
5215/1 5220/20 5223/6 5224/13
5227/25 5231/3
against [25]  5051/22 5052/11 5052/18
5053/2 5054/1 5054/1 5054/10 5054/11
5058/6 5058/9 5058/25 5059/1 5059/15
5062/4 5062/18 5062/24 5063/12
5088/22 5090/12 5091/11 5092/10
5104/3 5104/18 5129/22 5217/9
ago [4]  5054/2 5083/6 5112/18 5208/1
agree [26]  5052/8 5059/2 5060/11
5060/12 5068/15 5098/20 5101/10
5109/20 5115/25 5122/11 5122/22
5122/25 5123/15 5124/3 5143/3
5149/19 5174/7 5174/14 5174/17
5177/23 5183/25 5186/8 5187/20
5207/16 5221/3 5224/4
agreed [7]  5059/25 5122/10 5123/7
5123/18 5165/9 5165/11 5220/11
agreeing [1]  5051/21
agreement [6]  5070/5 5070/6 5070/6
5102/10 5122/24 5166/18
agrees [1]  5109/23
ahead [11]  5059/11 5064/3 5069/13
5070/24 5076/15 5135/6 5160/19
5167/5 5170/6 5176/23 5232/2
aided [1]  5048/24
Air [1]  5207/20
aircraft [1]  5207/21
al [2]  5043/8 5043/11
Alabama [1]  5044/4 5046/7 5046/8
5046/10 5052/14 5052/22
alert [3]  5203/8 5225/14 5228/2
alerting [1]  5177/4
alerts [1]  5177/6
ALEX [1]  5048/4
all [135]  5050/4 5050/5 5051/6 5052/1
5053/8 5053/18 5054/3 5054/5 5054/21
5057/16 5057/25 5058/23 5059/11
5059/16 5060/2 5060/19 5060/25
5062/3 5062/22 5065/5 5065/20
5067/17 5070/11 5070/22 5073/22
5076/24 5079/2 5079/8 5081/18
5081/22 5082/21 5083/6 5084/17
5084/25 5090/20 5093/21 5095/9
5098/5 5098/14 5101/3 5102/12 5105/9
5106/2 5110/4 5111/5 5112/19 5113/6
5113/9 5114/1 5116/14 5117/22 5118/3
5119/17 5119/18 5119/24 5120/24
5127/10 5130/11 5131/17 5131/25
5135/4 5135/16 5136/4 5136/21 5137/9
5140/4 5140/24 5142/15 5143/6

5145/20 5145/22 5147/10 5148/11
5152/7 5152/13 5152/14 5152/7
5152/18 5152/18 5157/22 5157/23
5159/6 5160/6 5161/17 5163/5 5164/7
5164/11 5164/23 5166/24 5166/25
5167/14 5169/11 5169/24 5170/1
5171/8 5171/9 5171/13 5171/14
5171/16 5175/22 5176/17 5177/7
5178/10 5178/12 5179/7 5179/8
5179/15 5179/23 5180/1 5181/13
5190/12 5191/22 5198/14 5200/3
5202/9 5202/24 5203/15 5206/2 5206/7
5206/16 5207/21 5208/3 5208/17
5208/21 5211/14 5212/13 5213/23
5214/8 5214/9 5216/1 5226/21 5231/23
5232/13 5232/18 5232/20
ALLAN [2]  5046/15 5052/3
allegation [1]  5057/12
allow [6]  5092/10 5097/5 5106/23
5159/2 5173/4 5191/25
allowed [3]  5063/16 5125/1 5136/21
alluded [1]  5066/9
alluding [1]  5138/15
almost [4]  5122/1 5166/3 5192/11
5231/24
already [15]  5058/19 5064/23 5091/6
5105/23 5110/7 5110/18 5116/3
5120/12 5135/22 5136/10 5136/23
5142/13 5147/19 5164/8 5165/3
also [52]  5053/2 5055/5 5075/11
5078/16 5079/17 5080/4 5084/23
5093/11 5096/3 5096/5 5098/10
5098/13 5098/15 5100/23 5103/21
5104/5 5107/12 5114/1 5115/4 5115/10
5116/6 5128/1 5128/12 5128/23 5130/2
5131/22 5142/21 5143/24 5145/17
5145/21 5154/14 5163/3 5165/12
5167/14 5170/2 5171/2 5174/9 5174/17
5182/25 5189/5 5193/2 5195/17
5202/21 5203/19 5204/23 5205/16
5210/21 5213/9 5214/2 5215/5 5224/22
5228/2
although [1]  5054/25
always [1]  5128/10
am [18]  5057/18 5060/24 5149/1 5149/5
5161/12 5172/14 5179/5 5182/13
5201/17 5204/13 5209/17 5209/19
5209/24 5210/16 5221/20 5224/24
5228/8 5229/10
AMERICA [8]  5043/10 5045/9 5045/13
5045/19 5046/3 5046/19 5046/22
5047/3
AMF [51]  5096/1 5098/7 5098/11
5098/15 5099/8 5100/4 5142/17
5143/15 5143/22 5144/8 5144/14
5145/14 5145/17 5145/22 5157/3
5159/19 5159/22 5159/23 5160/13
5160/13 5160/21 5160/23 5161/8
5163/17 5164/3 5164/4 5164/7 5164/10
5164/12 5164/16 5164/22 5165/7
5165/19 5166/4 5168/8 5168/10
5168/18 5184/5 5184/18 5186/22
5187/4 5187/14 5188/2 5188/5 5188/15
5189/18 5193/18 5193/19 5193/24
5231/16 5232/9
AMF/deadman [1]  5184/18
among [3]  5102/23 5103/1
amount [2]  5111/24 5112/22
analogy [1]  5188/2
analysis [11]  5117/4 5132/14 5132/20
5141/5 5146/10 5191/13 5191/16
5191/25 5208/2 5208/21 5222/14
analysis-type [1]  5208/21

A

analyze [2]  5141/7 5192/22
analyzed [1]  5080/8
ANDREW [1]  5046/22
Andy [2]  5058/13 5064/20
Angeles [1]  5047/14
angle [2]  5094/11 5094/14
animation [7]  5088/13 5109/18 5120/8
5120/20 5127/18 5138/10 5150/17
animations [2]  5230/17 5230/17
annular [95]  5085/16 5088/2 5088/10
5088/14 5088/15 5088/16 5088/17
5089/4 5089/16 5090/3 5090/7 5090/9
5090/15 5091/9 5091/19 5100/21
5101/5 5101/6 5102/11 5104/3 5104/18
5104/24 5105/17 5105/21 5105/22
5106/4 5106/6 5106/7 5106/9 5106/14
5106/15 5106/18 5107/6 5107/7
5107/16 5109/2 5109/17 5110/8 5112/4
5112/4 5112/12 5112/20 5113/5 5113/7
5113/8 5113/16 5113/23 5114/3 5114/8
5115/13 5116/20 5117/22 5118/8
5118/9 5119/4 5119/7 5119/11 5123/23
5124/7 5124/12 5124/18 5124/25
5126/1 5131/23 5132/2 5132/11
5135/10 5135/19 5136/1 5136/6 5136/9
5136/13 5136/16 5136/18 5136/20
5136/23 5137/1 5137/3 5137/8 5137/16
5137/17 5139/2 5142/3 5142/7 5142/20
5147/19 5147/24 5149/16 5150/25
5152/17 5152/17 5153/12 5154/6
5156/19 5231/23
anomalies [1]  5219/16
anomaly [1]  5177/13
another [20]  5089/17 5089/20 5095/6
5099/12 5122/10 5127/3 5153/11
5162/18 5171/8 5175/3 5177/8 5183/5
5183/25 5184/12 5188/17 5192/19
5200/6 5204/25 5205/6 5221/15
answer [3]  5103/6 5176/11 5177/2
answered [1]  5231/23
ANTHONY [2]  5045/6 5065/8
anticipated [1]  5163/20
any [78]  5051/7 5052/1 5054/15
5054/23 5055/1 5057/8 5057/12
5057/13 5057/15 5058/8 5058/23
5060/7 5061/1 5061/3 5064/11 5065/12
5065/18 5066/13 5066/15 5068/13
5071/16 5074/7 5080/20 5081/6
5082/23 5086/7 5086/20 5087/4 5088/6
5095/2 5095/3 5101/16 5102/14 5105/6
5116/22 5117/7 5124/13 5125/13
5125/16 5131/13 5131/13 5147/8
5149/15 5151/25 5155/18 5156/24
5157/12 5157/12 5160/10 5168/12
5168/13 5168/20 5168/24 5171/25
5176/15 5178/21 5180/8 5189/16
5191/13 5192/5 5193/23 5194/18
5195/13 5196/21 5197/10 5198/1
5203/3 5211/3 5211/4 5214/13 5215/14
5222/14 5222/14 5226/11 5226/20
5227/12 5231/11 5232/5
anybody [4]  5052/1 5053/9 5060/15
5076/2
anymore [4]  5097/21 5099/19 5136/4
5141/25
anyone [1]  5122/21
anything [15]  5053/9 5058/24 5060/21
5061/13 5073/24 5097/16 5097/17
5125/17 5146/4 5149/15 5152/22
5155/4 5156/18 5181/21 5196/14
Anyway [2]  5063/19 5066/3

anywhere [1]  5228/21
apart [1]  5127/23
API [9]  5079/14 5202/6 5209/14
5209/18 5210/10 5210/12 5210/14
5211/4 5211/8
API RP 53 [2]  5209/14 5209/18
APLC [1]  5046/18
apparently [1]  5084/14
appear [2]  5171/22 5214/22
appearance [2]  5119/23 5133/22
Appearances [6]  5043/17 5044/1 5045/1
5046/1 5047/1 5048/1
appeared [1]  5174/19
appears [2]  5171/24 5174/20
applicable [1]  5079/19
applied [2]  5127/14 5226/24
applies [3]  5043/6 5054/8 5196/18
apply [5]  5150/16
appreciate [4]  5055/6 5057/24 5058/23
5062/13
appreciative [1]  5063/18
approach [1]  5110/17
appropriate [7]  5052/7 5064/10 5067/15
5070/8 5179/22 5181/5 5225/11
approved [4]  5055/18 5055/24 5056/15
5065/10
approximate [2]  5124/22 5124/23
approximately [2]  5107/3 5194/24
APRIL [64]  5043/5 5057/2 5057/9
5080/19 5085/10 5085/13 5085/20
5085/21 5086/12 5087/1 5087/10
5097/20 5100/10 5105/7 5116/24
5117/17 5121/2 5121/3 5125/19
5125/21 5125/23 5141/9 5141/12
5142/23 5142/25 5144/1 5145/24
5145/24 5148/20 5148/25 5151/10
5151/11 5154/9 5156/13 5156/16
5156/22 5156/25 5157/3 5159/25
5161/9 5168/21 5169/1 5181/23 5182/1
5186/1 5193/7 5193/18 5196/21
5197/11 5198/2 5200/14 5200/19
5201/9 5213/14 5215/17 5217/1 5217/4
5217/11 5219/6 5222/16 5226/21
5231/16 5231/20 5232/9
April 16th [1]  5200/14
April 17th [3]  5217/1 5217/4 5217/11
April 2009 [1]  5182/1
April 2010 [1]  5213/14
April 20th [36]  5057/2 5057/9 5080/19
5085/10 5085/13 5085/20 5085/21
5087/1 5087/10 5100/10 5116/24
5117/17 5121/2 5121/3 5125/19
5125/21 5141/9 5142/23 5148/20
5151/10 5151/11 5156/22 5157/3
5159/25 5168/21 5169/1 5193/7
5193/18 5196/21 5198/2 5200/19
5201/9 5215/17 5226/21 5231/16
5232/9
April 20th and [2]  5145/24 5154/9
April 20th at [1]  5156/13
April 20th because [1]  5161/9
April 21st or [1]  5125/23
April 22 [1]  5156/25
April 22nd [7]  5086/12 5105/7 5141/12
5145/24 5148/25 5156/16 5231/20
April 22nd at [2]  5142/25 5144/1
April 26th [1]  5219/6
are [130]  5050/24 5051/8 5051/16
5055/9 5058/2 5058/21 5058/23 5059/1
5064/15 5064/17 5066/18 5067/15
5068/17 5068/18 5068/23 5069/12
5075/1 5075/14 5076/11 5079/13

5081/19 5088/24 5090/2 5090/18
5094/19 5096/15 5096/20 5097/5 5094/6
5097/4 5098/6 5107/18 5109/3 5109/20
5111/13 5113/2 5113/1 5113/2 5114/16
5114/17 5115/18 5119/17 5121/13
5121/15 5127/5 5127/13 5128/21
5131/9 5132/14 5132/23 5133/1
5136/17 5137/20 5143/22 5146/17
5148/24 5148/25 5149/2 5153/3 5153/5
5154/14 5157/20 5157/23 5158/10
5158/12 5158/14 5158/17 5159/2
5160/5 5160/7 5160/24 5161/2 5161/11
5162/18 5166/18 5170/19 5172/13
5173/7 5175/13 5175/20 5175/22
5177/5 5177/6 5177/21 5179/4 5180/7
5180/8 5180/20 5181/13 5182/12
5184/13 5184/25 5185/8 5185/10
5187/17 5195/21 5197/15 5201/16
5203/3 5203/3 5204/12 5205/16
5205/18 5207/18 5207/22 5209/16
5209/18 5209/23 5210/13 5213/2
5215/9 5215/10 5215/24 5221/16
5221/18 5222/18 5222/23 5223/1
5223/6 5223/8 5223/12 5224/6 5224/11
5224/12 5227/23 5228/6 5229/4 5229/4
5229/6 5229/9
area [21]  5073/8 5086/2 5111/15 5112/1
5112/8 5118/13 5122/2 5127/19
5127/24 5130/9 5136/8 5137/13 5152/1
5152/13 5152/16 5161/21 5218/14
5223/16 5226/12 5228/11 5228/12
areas [3]  5111/21 5112/3 5202/3
aren't [1]  5187/15
argument [1]  5057/12
arm [3]  5155/13 5164/7 5188/2
armed [4]  5188/5 5188/15 5189/14
5189/15
around [24]  5065/10 5066/5 5066/10
5074/9 5078/2 5078/3 5090/11 5091/12
5091/14 5091/18 5091/21 5091/23
5099/14 5110/8 5114/21 5118/4 5136/6
5146/18 5146/21 5161/23 5170/7
5170/9 5197/5 5223/9
array [1]  5090/13
Arrell [1]  5047/19
as [272]
Asbill [1]  5047/8
ascending [2]  5108/5 5108/7
aside [1]  5122/21
ask [25]  5057/11 5064/10 5065/17
5069/1 5087/3 5098/10 5103/12
5113/14 5117/12 5132/4 5133/4 5133/7
5137/20 5137/21 5140/8 5155/23
5166/16 5173/15 5205/6 5211/12
5215/21 5216/24 5218/8 5227/5
5230/18
asked [8]  5051/17 5069/20 5156/11
5165/4 5169/3 5179/22 5185/17
5231/22
aspects [4]  5079/8 5084/6 5146/11
5202/9
assess [1]  5082/19
assessed [1]  5082/22
assessing [1]  5078/2
assessment [4]  5082/10 5207/16 5222/2
5224/4
assessments [9]  5077/10 5078/1 5078/4
5079/13 5081/12 5082/16 5082/18
5082/19 5083/9
assessors [1]  5078/2
ASSET [1]  5043/8
assigned [1]  5119/20
assist [4]  5078/19 5079/8 5081/16

**A**

assist... [1]  5114/3
assistance [3]  5078/7 5114/1 5115/6
assisting [1]  5080/2
associated [1]  5051/12
assume [2]  5153/14 5180/18
assuming [1]  5070/9
assurance [1]  5133/13
attached [1]  5155/12
attempt [1]  5067/11
attempted [1]  5143/17
attention [1]  5069/19
Attorney [2]  5046/7 5046/11
audits [1]  5068/25
author [1]  5074/17
automated [1]  5159/17
automatic [2]  5097/23 5097/25
automatically [1]  5098/4
autoshear [18]  5086/12 5096/2 5099/12
5099/23 5099/24 5141/12 5143/1
5143/22 5144/1 5145/17 5145/21
5145/22 5145/25 5154/15 5155/1
5155/9 5156/6 5156/8
available [5]  5056/13 5202/18 5221/19
5223/13 5225/3 5226/20
Avenue [5]  5043/23 5045/10 5046/9
5047/3 5047/14
avoid [2]  5067/12 5176/15
aware [8]  5057/17 5132/7 5148/6
5148/25 5187/15 5207/18 5222/18
5228/2
awareness [2]  5158/22 5174/21
away [5]  5104/7 5119/1 5129/5 5130/22
5141/24

**B**

Baay [3]  5072/22 5082/9 5127/23
Bachelor [1]  5073/10
back [44]  5065/15 5071/1 5071/20
5072/19 5075/20 5076/4 5076/5 5076/6
5082/13 5095/4 5095/7 5095/9 5095/12
5100/8 5106/3 5115/19 5118/8 5125/4
5125/7 5135/14 5137/16 5140/3 5141/1
5142/4 5144/5 5144/25 5150/4 5151/12
5161/13 5161/24 5168/5 5170/24
5171/7 5175/8 5181/11 5186/25 5188/1
5188/13 5189/9 5205/13 5209/3
5216/21 5217/23 5231/5
backup [2]  5095/23 5167/14
bad [7]  5094/22 5191/20 5191/20
5191/21 5191/23 5191/24 5192/3
ball [1]  5073/24
BARBIER [5]  5043/15 5079/24 5114/15
5122/19 5128/20
bare [1]  5055/19
barely [1]  5230/25
Barnhill [3]  5065/13 5065/16 5106/20
Barnhill's [2]  5064/11 5065/9
base [1]  5206/24
based [24]  5055/22 5056/6 5057/6
5057/17 5059/14 5059/16 5059/21
5063/12 5086/10 5105/1 5171/21
5178/14 5193/14 5202/4 5207/7
5207/14 5207/19 5207/24 5208/2
5208/5 5208/19 5209/5 5215/2 5217/10
basic [7]  5077/24 5078/10 5078/11
5091/20 5111/18 5111/22 5160/9
basically [10]  5078/5 5081/14 5089/17
5159/22 5161/21 5207/6 5213/17
5214/24 5218/20 5225/23
basis [7]  5056/18 5057/7 5067/3 5107/5
5162/24 5185/11 5202/21

BAST [4]  5221/19 5221/21 5225/25
5227/6
Baton [2]  5044/23 5046/13
batteries [16]  5083/2 5083/4 5157/16
5160/23 5178/20 5179/14 5181/19
5182/8 5184/5 5185/22 5186/2 5186/6
5187/10 5187/17 5191/17 5191/23
battery [40]  5084/11 5086/24 5087/5
5160/15 5160/16 5168/17 5178/22
5179/12 5180/25 5182/1 5182/23
5183/6 5183/15 5183/20 5184/1
5184/18 5184/19 5184/25 5185/2
5185/8 5185/18 5185/20 5186/15
5186/17 5187/13 5188/12 5189/21
5190/18 5191/5 5191/7 5191/10
5191/19 5191/20 5192/1 5192/8
5192/14 5192/23 5193/5 5193/6
5231/15
battery's [3]  5071/24 5072/5 5187/21
be [135]  5050/5 5051/24 5052/21
5053/23 5054/12 5054/17 5055/1
5056/11 5057/14 5058/25 5059/5
5059/9 5059/20 5059/22 5059/23
5059/25 5060/5 5060/11 5060/15
5061/17 5061/19 5062/7 5063/2
5063/14 5065/20 5067/1 5067/3
5067/25 5068/7 5068/9 5068/10
5071/12 5072/12 5072/18 5072/20
5076/8 5077/17 5079/21 5082/7 5088/2
5088/7 5089/19 5090/4 5090/4 5090/6
5091/6 5095/16 5096/5 5096/5 5096/24
5096/24 5097/15 5108/23 5108/24
5112/21 5116/2 5120/2 5126/13 5128/2
5128/7 5128/8 5129/16 5132/7 5134/21
5136/1 5137/21 5138/16 5139/16
5139/19 5143/7 5143/17 5144/16
5144/17 5144/21 5145/2 5145/17
5148/14 5149/6 5152/12 5152/20
5152/22 5153/19 5155/18 5156/12
5156/23 5159/17 5160/10 5162/25
5163/18 5163/25 5164/13 5167/23
5169/19 5170/18 5172/3 5172/17
5173/21 5173/24 5174/19 5175/24
5177/2 5180/24 5181/22 5185/2
5185/18 5186/21 5187/1 5192/1
5192/16 5192/18 5193/3 5197/21
5202/21 5202/21 5203/14 5203/16
5203/21 5204/21 5205/1 5205/3
5205/20 5206/24 5207/11 5208/5
5208/22 5210/12 5211/2 5211/4 5213/9
5215/25 5219/21 5223/10 5225/8
5229/21 5231/3
Beach [1]  5044/10
became [1]  5074/12
because [36]  5050/11 5058/5 5061/16
5069/24 5075/8 5102/1 5106/1 5108/11
5108/12 5109/5 5112/8 5114/20 5116/2
5123/1 5132/22 5133/25 5135/11
5135/24 5136/2 5138/17 5151/17
5156/5 5161/9 5163/22 5164/11 5174/2
5174/11 5193/4 5208/22 5209/3
5212/18 5220/20 5224/8 5225/17
5226/7 5228/1
Beck [4]  5048/2 5048/3 5060/5 5061/24
become [4]  5073/15 5074/16 5112/6
5199/21
becomes [4]  5062/17 5099/16 5142/8
5142/10
been [85]  5052/10 5054/9 5057/4
5058/14 5059/17 5059/18 5060/6
5061/23 5062/14 5065/10 5066/22
5067/9 5071/3 5081/18 5084/14 5086/5
5086/11 5092/15 5096/21 5098/16

5105/7 5110/18 5110/25 5115/17
5123/6 5124/7 5131/13 5131/25
5134/22 5135/1 5135/20 5135/20
5138/24 5139/5 5139/8 5141/11
5143/16 5143/22 5143/25 5145/9
5145/10 5145/13 5145/24 5150/3
5151/10 5152/7 5152/13 5154/1 5154/5
5154/10 5155/13 5156/22 5157/7
5161/8 5174/21 5180/1 5180/15
5180/15 5180/17 5185/4 5186/5
5186/23 5191/18 5191/20 5192/3
5192/4 5192/4 5192/19 5209/13
5209/14 5221/13 5221/15 5223/24
5224/3 5224/22 5225/11 5226/3 5226/3
5228/5 5231/20 5231/23
before [25]  5043/15 5057/10 5058/22
5065/17 5069/7 5072/10 5072/20
5099/4 5107/6 5156/20 5157/15
5182/14 5186/6 5190/7 5190/15
5195/11 5205/3 5207/6 5208/17
5211/20 5214/10 5216/7 5217/8
5223/20 5231/23
began [2]  5154/9 5187/12
begin [2]  5147/20 5187/11
beginning [4]  5080/7 5100/9 5221/8
5230/16
begins [2]  5187/17 5187/22
behalf [7]  5050/7 5058/8 5059/13
5060/4 5061/21 5063/7 5084/5
behind [2]  5069/2 5095/1
being [27]  5062/19 5063/20 5108/8
5109/4 5110/12 5112/20 5118/25
5130/3 5130/8 5136/10 5137/7 5140/16
5145/2 5147/14 5154/1 5156/7 5165/7
5165/19 5181/24 5185/3 5187/4
5187/22 5187/24 5187/24 5191/22
5227/3 5229/16
belief [1]  5193/8
believe [52]  5051/19 5052/9 5060/13
5063/11 5064/14 5068/3 5078/8
5093/17 5101/20 5102/17 5103/5
5103/19 5104/21 5105/2 5106/4
5106/13 5109/12 5110/18 5115/17
5119/5 5120/24 5124/6 5125/19
5136/14 5141/13 5141/14 5142/16
5143/25 5144/13 5149/6 5149/10
5152/9 5154/4 5154/21 5154/25
5156/11 5169/3 5172/16 5175/15
5175/16 5178/24 5181/3 5184/9
5185/10 5190/23 5193/4 5193/15
5209/7 5209/12 5211/8 5231/18
5231/21
believes [7]  5051/24 5142/25 5149/3
5150/7 5150/18 5154/16 5155/2
below [24]  5088/4 5088/16 5093/11
5105/21 5106/14 5106/16 5107/6
5114/22 5115/5 5115/6 5116/8 5116/10
5116/12 5124/14 5124/19 5125/18
5126/1 5126/12 5126/12 5136/18 5149/16
5153/12 5154/2 5156/18 5156/19
belt [1]  5060/6
Ben [1]  5046/5
bench [2]  5054/8 5065/2
bend [4]  5125/24 5139/11 5150/3
5156/16
bending [2]  5138/11 5150/2
bent [2]  5104/14 5140/25
beside [1]  5228/11
best [6]  5163/25 5206/9 5221/1 5221/19
5222/3 5233/6
better [16]  5071/11 5071/16 5072/17
5075/16 5076/3 5076/11 5078/20

B

better... [9]  5078/21 5078/24 5082/3
5094/9 5159/10 5177/7 5192/18 5224/6
5224/13
between [38]  5066/23 5089/6 5096/19
5097/4 5104/2 5111/20 5115/5 5116/8
5116/19 5119/9 5119/10 5120/25
5126/22 5130/18 5130/21 5139/14
5145/1 5145/24 5150/14 5156/17
5161/17 5161/21 5183/15 5183/20
5192/1 5192/5 5192/16 5202/5 5203/12
5203/14 5203/19 5204/3 5223/23
5224/16 5224/25 5227/2 5227/23
5230/3
between-well [2]  5202/5 5203/19
beyond [1]  5147/7
big [2]  5124/15 5225/15
bird's [2]  5090/6 5093/5
bird's-eye [2]  5090/6 5093/5
bit [12]  5062/1 5075/21 5076/9 5080/7
5086/23 5087/25 5108/24 5125/7
5142/13 5147/13 5166/2 5169/10
black [1]  5094/9
blacken [1]  5069/23
blade [15]  5092/7 5092/8 5092/10
5092/12 5092/13 5092/14 5093/7
5093/12 5126/18 5127/25 5130/4
5223/18 5223/21 5223/21 5224/1
blades [3]  5224/22 5225/8 5225/11
blameworthy [1]  5059/19
Bldg [1]  5045/10
blind [93]  5086/8 5086/16 5086/25
5087/6 5087/10 5088/3 5091/25 5092/3
5092/15 5092/18 5092/21 5093/1
5093/1 5093/23 5096/25 5097/6 5098/8
5098/13 5098/17 5099/6 5099/9 5100/5
5101/13 5101/25 5102/12 5102/24
5103/2 5103/7 5103/17 5103/20
5104/14 5105/3 5115/15 5125/24
5126/2 5126/8 5126/11 5127/7 5127/8
5127/22 5128/15 5130/6 5130/14
5131/12 5131/15 5131/17 5131/20
5138/23 5139/14 5139/18 5139/23
5143/1 5143/13 5143/19 5143/21
5144/9 5144/14 5148/7 5148/20
5148/24 5154/16 5155/5 5155/21
5156/16 5157/2 5159/21 5160/1
5160/10 5160/25 5161/2 5161/6
5161/20 5162/9 5162/13 5162/22
5168/21 5168/25 5193/17 5212/15
5212/24 5215/16 5217/3 5217/6
5221/15 5221/22 5222/10 5222/15
5223/2 5223/19 5223/20 5223/23
5230/20 5232/5
block [12]  5092/9 5093/14 5127/17
5128/17 5129/23 5130/10 5149/7
5150/7 5150/21 5151/2 5153/18
5154/11
blocks [7]  5126/23 5126/23 5130/19
5130/21 5212/15 5227/3 5227/3
blow [3]  5120/14 5120/15 5209/21
blowout [51]  5057/9 5073/16 5074/7
5077/14 5077/15 5077/18 5078/11
5078/16 5078/17 5079/1 5079/11
5079/18 5080/2 5080/6 5080/18 5081/2
5083/21 5083/25 5084/4 5088/1 5088/5
5088/6 5090/25 5097/19 5100/19
5105/11 5114/9 5122/2 5123/7 5142/22
5145/5 5154/12 5155/19 5159/14
5165/8 5194/13 5194/15 5197/8
5197/23 5197/24 5198/15 5201/8
5201/24 5202/2 5205/8 5206/10

5207/24 5211/7 5218/4 5218/10
5220/10
blowouts [1]  5146/18
blue [26]  5086/24 5087/4 5087/9
5088/17 5094/13 5095/16 5157/24
5160/9 5162/6 5178/21 5179/12
5181/19 5182/1 5182/23 5183/10
5185/22 5186/2 5186/7 5186/17 5188/9
5189/21 5191/19 5191/25 5193/6
5193/18 5231/14
Bly [2]  5123/10 5124/3
BO [1]  5075/2
board [11]  5072/12 5072/21 5079/6
5118/15 5120/4 5120/19 5124/15
5132/4 5138/10 5149/14 5225/15
Bockius [1]  5048/14
bonnet [2]  5214/25 5226/5
bonnets [5]  5212/25 5213/4 5214/8
5214/15 5215/3
book [9]  5170/3 5170/5 5170/6 5170/7
5170/11 5170/18 5170/19 5170/21
5171/22
booster [4]  5225/21 5225/22 5226/4
5226/20
boosters [4]  5225/20 5226/1 5226/10
5226/11
BOP [113]  5074/7 5081/6 5082/20
5083/14 5083/17 5085/9 5085/13
5085/16 5085/19 5086/6 5087/13
5087/18 5087/21 5088/3 5088/6
5093/20 5094/23 5095/25 5096/9
5099/15 5100/9 5100/15 5100/16
5100/25 5101/16 5105/16 5105/22
5107/10 5111/3 5113/24 5114/16
5119/16 5125/12 5125/14 5128/4
5132/2 5134/3 5136/1 5142/7 5142/21
5147/24 5149/2 5149/16 5150/9
5155/10 5157/22 5158/7 5161/18
5161/21 5178/6 5182/8 5183/10
5183/25 5185/23 5186/7 5188/6
5188/10 5188/21 5188/23 5189/8
5189/9 5189/17 5189/19 5190/7
5190/20 5194/25 5195/10 5197/5
5197/7 5199/5 5200/11 5200/18 5201/8
5203/23 5204/8 5205/17 5206/3 5206/7
5210/25 5213/15 5214/3 5215/6
5216/11 5216/16 5216/25 5217/11
5217/19 5217/25 5218/16 5219/18
5219/22 5220/12 5221/14 5222/5
5222/6 5223/1 5223/7 5223/9 5225/12
5225/23 5226/8 5228/12 5228/15
5228/16 5230/5 5230/5 5230/22 5231/2
5231/8
BOP's [3]  5157/9 5194/19 5212/22
BOP-mounted [2]  5230/5 5230/5
BOP-related [1]  5195/10
BOPs [9]  5073/23 5074/9 5074/9 5075/3
5076/24 5107/10 5209/7 5222/19
5222/22
bore [45]  5075/2 5085/17 5086/1 5086/2
5088/4 5090/20 5090/21 5090/22
5091/11 5091/18 5093/2 5093/21
5093/23 5101/8 5102/6 5102/11
5103/23 5111/25 5112/20 5114/16
5115/2 5115/14 5115/24 5116/20
5117/23 5126/14 5126/19 5127/18
5128/2 5128/6 5128/7 5128/11 5128/12
5130/17 5139/3 5139/5 5139/15
5140/17 5140/17 5145/8 5145/14
5145/23 5149/9 5223/5 5224/25
boring [1]  5231/4
boss [1]  5092/20

both [2]  5077/24 5092/21 5104/4
5107/18 5192/3 5197/4 5222/13
5127/11 5132/9 5133/3 5145/19 5158/9
5173/16 5173/17 5173/19 5173/25
5178/5 5205/18 5206/14 5213/4 5224/1
bottom [21]  5088/24 5089/19 5089/21
5104/2 5104/16 5105/8 5109/7 5112/3
5112/13 5113/1 5113/17 5115/4 5116/9
5119/8 5120/4 5132/24 5137/18
5152/11 5188/6 5188/14 5212/18
Boulevard [1]  5045/3
Bounds [1]  5044/2
bouyant [1]  5108/9
bow [3]  5125/24 5139/2 5139/3
bowed [8]  5103/25 5104/17 5104/18
5139/5 5139/6 5139/7 5139/22 5139/24
BOWMAN [1]  5048/8
Box [6]  5043/20 5045/10 5045/16
5045/22 5046/13 5047/17
BP [40]  5043/10 5046/18 5046/19
5046/20 5046/21 5046/22 5046/23
5047/2 5047/3 5047/4 5053/10 5055/10
5055/17 5055/17 5055/22 5055/24
5056/5 5056/6 5056/8 5056/12 5056/15
5064/20 5070/4 5078/25 5079/3 5079/5
5079/6 5084/5 5101/1 5123/10 5123/15
5183/25 5193/2 5204/1 5204/7 5204/15
5204/17 5204/19 5205/1 5218/23
BP's [4]  5149/2 5190/20 5205/7 5210/13
BRAD [5]  5047/13 5050/7 5065/14
5066/9 5067/18
Branch [3]  5045/9 5045/19 5046/3
branched [1]  5077/10
brand [5]  5208/10 5208/10 5208/16
5220/16 5220/21
brand-new [5]  5208/10 5208/10 5208/16
5220/16 5220/21
break [4]  5066/5 5121/21 5123/17
5139/10
breaking [1]  5124/14
breaks [3]  5119/3 5171/9 5207/15
Breit [2]  5044/8 5044/9
Brennan [1]  5047/8
Brett [1]  5204/25
BRIAN [4]  5047/13 5050/7 5065/14
5067/18
bridge [1]  5197/4
brief [2]  5055/4 5157/18
briefly [7]  5074/23 5079/4 5099/13
5169/10 5173/14 5201/11 5212/8
bring [9]  5052/17 5052/19 5063/15
5067/6 5068/11 5070/8 5071/15
5073/13 5194/5
bringing [1]  5232/1
brings [1]  5217/15
BROCK [1]  5047/3
broke [1]  5149/19
broken [2]  5131/22 5152/7
brought [4]  5053/2 5069/18 5080/12
5080/15
BRUCE [1]  5048/8
BSR [1]  5092/12
buckle [15]  5104/23 5114/4 5114/4
5115/5 5115/10 5115/12 5115/14
5115/25 5116/1 5116/3 5116/13
5116/16 5142/25 5146/5 5147/17
buckled [14]  5085/25 5104/17 5115/7
5116/14 5140/4 5140/17 5141/9
5141/17 5142/16 5142/22 5143/7
5149/8 5149/9 5149/23
buckles [4]  5113/18 5113/24 5116/6
5150/10
buckling [13]  5104/1 5104/16 5104/21

## B

buckling... [10]  5115/3 5125/1 5125/2 5137/5 5140/3 5140/9 5140/23 5141/4 5146/19 5153/19
built [2]  5099/14 5223/8
bullet [4]  5169/1 5171/6 5185/16 5187/6
bulletin [4]  5184/15 5184/17 5210/1 5210/24
buoyancy [4]  5108/12 5108/23 5109/4 5109/9
burden [1]  5062/20
Burling [1]  5047/2
button [7]  5145/10 5158/18 5158/20 5158/21 5158/23 5158/23 5215/25

## C

cable [9]  5096/10 5097/21 5158/5 5159/5 5159/15 5160/19 5164/8 5225/3 5225/6
cables [8]  5159/2 5228/5 5228/6 5228/9 5228/14 5228/15 5228/18 5228/21
calculations [7]  5146/13 5146/16 5147/2 5147/4 5147/12 5147/16 5147/22
CALDWELL [1]  5046/12
calendar [2]  5190/10 5202/21
calendared [1]  5202/20
California [2]  5045/11 5047/14
call [16]  5053/14 5053/16 5067/9 5068/6 5072/7 5120/14 5171/5 5171/11 5175/25 5184/24 5187/12 5210/23 5212/21 5216/20 5216/22 5219/25 5175/14
call-out [4]  5171/5 5171/11 5184/24 5210/23
called [15]  5054/6 5054/19 5067/25 5078/13 5088/7 5088/17 5088/17 5096/1 5096/22 5098/5 5127/16 5131/9 5218/17 5219/15 5220/10
calling [1]  5096/21
calls [2]  5054/25 5178/10
Calvin [1]  5064/11
came [13]  5092/24 5097/25 5103/19 5112/13 5133/15 5133/21 5133/23 5141/5 5141/7 5141/8 5152/11 5169/25 5175/14
camera [3]  5090/10 5091/10 5155/16
camera's [1]  5155/12
Cameron [49]  5047/22 5048/2 5059/13 5059/15 5059/23 5061/1 5061/5 5073/17 5073/21 5073/22 5074/8 5074/11 5074/16 5074/18 5074/19 5076/17 5076/19 5076/24 5076/25 5081/4 5081/5 5081/6 5083/9 5083/11 5083/17 5173/3 5175/2 5175/7 5176/6 5176/17 5176/25 5177/15 5178/25 5184/5 5184/17 5185/8 5185/13 5186/13 5187/3 5187/15 5210/4 5210/13 5210/24 5213/19 5221/5 5221/5 5222/7 5224/16 5225/14
Cameron's [12]  5092/18 5184/14 5184/19 5184/24 5186/14 5210/1 5210/9 5210/18 5210/23 5213/11 5224/11 5227/7
Camp [1]  5046/16
can [116]  5051/24 5053/12 5054/12 5054/24 5054/24 5057/7 5059/25 5060/11 5063/2 5065/4 5065/19 5069/4 5069/12 5071/22 5072/3 5076/1 5076/2 5076/5 5076/6 5078/22 5081/21 5082/8 5084/18 5089/1 5090/8 5092/1 5092/13 5095/21 5096/5 5096/5 5097/6 5097/7 5100/8 5100/11 5102/16 5103/13

5104/6 5104/11 5104/20 5107/11 5110/6 5110/15 5113/24 5115/4 5117/19 5120/3 5120/9 5121/25 5125/18 5126/18 5126/22 5128/1 5128/7 5128/8 5128/16 5130/7 5132/5 5133/14 5133/15 5133/20 5133/20 5133/22 5133/23 5135/14 5136/7 5137/12 5143/8 5143/11 5144/3 5144/11 5151/12 5151/13 5158/20 5160/10 5162/13 5162/15 5162/16 5162/17 5162/21 5162/25 5163/24 5165/20 5165/20 5167/25 5170/12 5170/24 5171/5 5173/3 5173/5 5174/7 5174/14 5175/25 5176/22 5177/8 5178/18 5182/5 5183/12 5192/15 5194/5 5196/15 5203/21 5204/4 5207/7 5207/9 5207/22 5209/20 5210/21 5211/4 5213/23 5215/23 5216/20 5217/10 5221/11 5225/22 5230/14 5232/17
can't [6]  5063/21 5071/14 5081/19 5117/6 5126/11 5170/8
cannot [5]  5090/14 5092/9 5149/15 5192/7 5229/21
capability [3]  5216/7 5218/15 5218/15
capacity [6]  5077/2 5119/3 5120/22 5147/7 5225/5 5225/23
capsized [1]  5151/3
capture [2]  5167/8 5167/23
care [1]  5088/9
career [1]  5092/16
CARL [1]  5043/15
Carondelet [2]  5044/13 5047/23
CARRIE [1]  5046/22
carried [2]  5059/8 5168/4
carrier [1]  5212/16
carry [2]  5170/7 5170/8
case [52]  5052/7 5053/16 5053/17 5053/19 5058/24 5083/16 5086/7 5086/23 5089/23 5091/15 5094/8 5095/1 5096/16 5097/17 5099/13 5102/11 5102/23 5103/1 5109/20 5113/22 5115/17 5116/18 5116/22 5122/21 5123/7 5123/11 5131/13 5140/13 5141/5 5141/5 5161/23 5164/15 5168/13 5172/9 5174/15 5175/6 5176/13 5177/4 5177/18 5178/12 5186/5 5191/3 5194/7 5195/15 5196/16 5207/13 5222/14 5224/8 5227/21 5228/6 5229/16 5231/6
cases [3]  5066/24 5066/24 5205/23
casing [14]  5074/25 5088/4 5096/22 5096/24 5097/2 5097/12 5098/16 5099/2 5099/5 5213/9 5213/12 5222/13 5223/2 5223/4
categories [1]  5102/9
category [1]  5231/14
cause [3]  5123/16 5175/7 5176/11
caused [9]  5057/8 5109/4 5109/12 5112/9 5130/7 5137/18 5152/10 5172/20 5230/1
causes [2]  5058/6 5063/13
causing [2]  5130/9 5150/25
caution [1]  5062/2
cavities [10]  5094/1 5212/12 5212/13 5218/3 5222/11 5222/19 5222/22 5223/1 5223/1 5223/3
cavity [5]  5093/10 5093/11 5093/25 5223/7 5223/12
CCU [2]  5171/15 5171/18
CDVS [3]  5224/22 5225/3 5225/11
cement [1]  5056/22
cementing [1]  5056/25

center [31]  5086/8 5086/11 5086/21 5086/24 5103/3 5103/10 5103/20 5105/3 5105/7 5116/20 5116/24 5117/16 5126/11 5127/9 5128/14 5130/14 5131/12 5141/11 5143/14 5143/18 5143/25 5148/2 5149/4 5152/22 5156/22 5156/25 5157/14 5231/20 5232/6
centered [2]  5116/15 5130/6
centers [1]  5115/4
central [1]  5171/18
CERNICH [1]  5045/14
certain [5]  5062/15 5084/6 5084/18 5194/7 5207/9 5207/9
certainly [1]  5194/6
CERTIFICATE [1]  5233/2
certification [2]  5210/25 5213/20
certify [1]  5233/5
chain [1]  5204/25
chairs [2]  5058/10 5059/6
CHAKERES [1]  5045/16
chance [6]  5062/24 5098/23 5174/20 5211/20 5211/23 5229/3
CHANG [1]  5045/15
change [11]  5098/23 5098/25 5108/23 5108/24 5183/15 5222/2 5222/3 5224/14 5227/13 5227/15 5227/18
changed [11]  5063/25 5178/5 5178/15 5178/22 5178/24 5178/25 5184/2 5185/23 5186/6 5188/11 5214/24
changeout [1]  5205/11
changes [1]  5174/21
charge [1]  5193/6
chart [13]  5101/24 5102/10 5134/11 5190/15 5190/23 5191/14 5195/5 5195/8 5195/19 5211/17 5211/24 5215/9 5216/15
cheaper [1]  5078/23
check [7]  5164/1 5169/22 5173/24 5177/8 5198/23 5200/12 5219/16
checking [1]  5199/20
Chevron [1]  5079/6
Chicago [1]  5046/24
Childs [87]  5070/24 5071/3 5071/7 5072/23 5073/15 5081/1 5081/18 5083/16 5084/4 5084/16 5085/6 5088/13 5090/25 5095/21 5096/12 5099/7 5100/7 5100/13 5102/9 5110/17 5112/16 5113/14 5116/18 5117/12 5120/24 5123/11 5124/11 5132/3 5132/8 5135/9 5137/23 5138/20 5139/21 5143/8 5146/4 5148/19 5156/11 5160/5 5162/21 5166/11 5168/8 5169/13 5170/16 5171/20 5173/21 5175/13 5176/25 5178/2 5178/20 5179/4 5179/23 5180/11 5182/7 5182/12 5183/2 5184/24 5185/7 5187/10 5187/15 5188/19 5189/5 5190/6 5190/15 5191/13 5193/14 5194/11 5194/24 5195/21 5196/11 5198/6 5199/2 5199/12 5200/23 5204/12 5209/5 5209/23 5211/11 5213/3 5214/2 5215/5 5216/15 5219/4 5221/10 5223/17 5229/25 5230/8 5231/5
Childs' [4]  5084/7 5084/13 5180/5 5198/5
choices [1]  5173/16
choke [4]  5128/3 5128/8 5200/11 5200/25
chosen [1]  5096/15
Chris [1]  5165/15
circuit [3]  5059/19 5081/7 5082/23

C

circuited [1]  5115/24
circuitry [1]  5081/9
circulated [1]  5064/13
circulation [2]  5056/13 5056/16
cite [1]  5055/13
cited [3]  5179/16 5180/6 5198/17
Civil [3]  5045/9 5045/19 5054/6
claim [8]  5053/2 5054/12 5054/21
5054/22 5054/22 5059/24 5060/9
5061/13
claimants [1]  5052/22
claims [16]  5051/22 5051/23 5054/1
5054/1 5058/8 5058/21 5058/22
5058/24 5059/15 5060/8 5060/18
5060/21 5062/3 5062/19 5062/25
5063/10
clarify [1]  5176/6
clashed [1]  5153/11
classic [2]  5122/9 5122/11
classically [1]  5149/22
clean [2]  5060/21 5172/23
clear [10]  5058/20 5060/5 5060/6
5062/13 5064/25 5145/17 5155/18
5172/3 5175/24 5219/21
clearly [1]  5141/14
clerk [3]  5050/9 5070/14 5071/5
client [1]  5227/17
CLINGMAN [1]  5047/9
clip [1]  5068/8
clips [6]  5066/24 5067/1 5067/12
5067/15 5068/23 5070/12
clock [1]  5189/13
clog [1]  5177/18
close [41]  5054/16 5078/1 5086/3
5086/21 5088/8 5090/11 5093/7
5094/25 5095/13 5097/2 5097/3 5097/6
5097/7 5097/10 5097/11 5097/15
5098/4 5099/11 5099/17 5099/19
5100/3 5102/1 5106/2 5106/19 5106/21
5107/10 5107/11 5111/22 5126/11
5126/15 5127/20 5145/25 5154/7
5157/13 5166/1 5166/2 5210/18 5216/2
5217/8 5231/3 5232/1
close-in [1]  5097/15
closed [41]  5091/7 5091/21 5092/11
5094/4 5094/5 5094/7 5094/11 5094/18
5095/5 5095/14 5100/22 5101/2 5101/6
5101/9 5101/14 5101/17 5101/22
5101/23 5103/10 5105/17 5105/23
5106/5 5106/11 5106/14 5114/8
5114/12 5114/16 5114/17 5117/22
5117/23 5127/8 5131/12 5139/4
5141/18 5144/15 5144/17 5144/20
5145/15 5157/2 5193/17 5214/25
closer [1]  5231/2
closes [5]  5090/9 5096/25 5109/1
5130/17 5232/5
closing [10]  5099/5 5099/6 5102/6
5107/16 5114/18 5115/2 5115/23
5154/2 5154/3 5155/3
closure [13]  5097/10 5101/20 5104/24
5106/24 5114/11 5116/15 5126/21
5130/19 5131/8 5143/12 5147/20
5147/25 5230/20
clouds [1]  5229/22
Coast [1]  5207/20
Cocales [1]  5205/1
coil [6]  5161/16 5161/25 5162/14 5171/9
5171/15 5173/23
coils [10]  5161/9 5161/23 5161/23
5162/11 5162/16 5162/18 5162/25

5173/25 5227/21 5227/22
collapsing [1]  5093/12
collect [1]  5101/4
collected [4]  5101/15 5102/4 5112/11
5231/19
color [1]  5119/21
colored [1]  5094/8
column [3]  5191/1 5191/3 5191/8
columns [1]  5191/4
come [22]  5078/25 5080/20 5095/4
5098/1 5101/17 5111/24 5117/15
5124/16 5135/14 5139/2 5145/23
5150/4 5151/17 5152/12 5153/13
5154/5 5158/21 5172/15 5172/16
5172/16 5182/22 5227/3
comes [12]  5077/18 5095/12 5095/17
5125/4 5141/1 5150/24 5175/24 5176/3
5176/9 5178/10 5208/9 5225/17
coming [7]  5112/19 5130/8 5144/21
5144/24 5189/8 5216/24 5218/8
commands [2]  5230/3 5230/6
commenting [1]  5204/20
comments [1]  5178/13
Commercial [1]  5046/3
common [2]  5224/17 5229/4
communicate [1]  5159/3
communication [6]  5096/10 5098/3
5159/23 5160/20 5164/10 5229/21
communications [1]  5228/15
companies [3]  5079/4 5079/11 5207/18
company [7]  5046/20 5046/23 5047/4
5077/9 5078/5 5147/6 5219/5
company's [1]  5163/22
compared [1]  5106/2
compelling [1]  5128/21
COMPLAINT [1]  5043/7
complete [14]  5074/9 5092/10 5093/14
5097/10 5098/1 5101/20 5106/1
5106/24 5110/11 5110/11 5126/21
5183/10 5222/1 5227/4
completed [3]  5193/19 5193/21 5195/11
completely [3]  5088/25 5106/19 5127/20
completeness [1]  5168/2
completes [2]  5070/21 5169/21
completion [1]  5225/18
completions [1]  5225/4
compliance [2]  5222/9 5231/9
compliance' [1]  5211/4
complied [1]  5087/14
complies [2]  5079/12 5079/18
comply [2]  5087/18 5215/12
component [4]  5092/23 5093/16
5171/16 5207/4
components [16]  5074/7 5074/9
5074/17 5074/24 5087/25 5091/1
5100/16 5100/19 5100/25 5182/17
5195/1 5210/25 5215/6 5215/11
5215/15 5218/2
computer [5]  5048/24 5167/12 5170/9
5170/10 5170/12
computer-aided [1]  5048/24
concept [4]  5098/24 5140/7 5141/4
5208/7
concern [1]  5177/5
concerning [1]  5210/1
conclude [5]  5116/23 5191/25 5192/16
5217/10 5220/5
concluded [2]  5178/14 5232/21
concludes [1]  5220/24
conclusion [5]  5065/4 5117/15 5123/15
5220/19 5232/9
conclusions [8]  5054/18 5055/5 5057/7
5057/18 5061/2 5061/8 5175/20 5221/3

condition [30]  5098/6 5118/9 5139/22
5139/24 5141/1 5141/9 5141/25 5141/10
5142/5 5143/15 5160/18 5173/5 5191/5
5191/7 5191/12 5191/22 5191/23
5196/16 5199/20 5202/4 5207/4 5207/7
5207/8 5207/10 5207/11 5207/19
5208/2 5208/19 5208/21 5230/4
condition-based [5]  5202/4 5207/7
5207/19 5208/2 5208/19
conditioned [2]  5207/14 5207/24
conditioned-based [5]  5207/14 5207/24
conditions [15]  5098/7 5108/16 5108/22
5119/16 5119/19 5127/7 5160/17
5164/3 5164/6 5165/7 5172/19 5191/10
conduct [5]  5056/2 5056/5 5056/8
5059/19 5059/20
conducted [5]  5163/10 5168/13 5177/1
5203/23 5204/21
conducting [1]  5057/1
confer [3]  5051/19 5067/20 5069/2
conference [1]  5066/4
confidence [2]  5147/2 5147/5
configuration [14]  5087/13 5087/18
5217/15 5217/25 5218/2 5218/10
5218/24 5219/18 5219/20 5220/5
5222/5 5222/6 5223/18 5231/8
configured [2]  5217/19 5222/8
confirm [2]  5130/5 5180/2
confirming [1]  5100/24
confused [1]  5174/15
confusion [1]  5180/23
conjunction [1]  5180/5
connect [1]  5159/2
connected [9]  5094/10 5107/23 5124/19
5125/25 5139/19 5150/22 5152/14
5155/11 5159/5
connecting [1]  5089/22
connection [15]  5066/11 5082/22 5085/6
5097/21 5117/8 5124/20 5125/16
5135/2 5150/13 5156/17 5159/13
5159/15 5159/20 5159/23 5181/7
connections [1]  5164/9
connector [6]  5081/7 5082/21 5199/19
5199/20 5200/3 5205/11
connectors [1]  5073/23
connects [1]  5119/22
CONRAD [1]  5044/15
conservative [3]  5185/9 5185/10
5185/19
consider [3]  5077/17 5107/14 5194/6
considerable [2]  5126/25 5127/11
considerably [2]  5112/21 5126/25
considerations [1]  5223/6
considerative [1]  5198/5
considered [1]  5210/12
consistent [5]  5099/7 5156/24 5209/8
5220/6 5230/12
consolidation [3]  5178/11 5178/11
5183/4
constant [3]  5108/19 5108/19 5108/20
constraints [1]  5113/22
consult [1]  5079/1
consultant [1]  5083/20
consulting [4]  5077/9 5077/18 5078/5
5079/10
contact [4]  5091/13 5151/25 5153/13
5225/9
contacted [2]  5086/1
contacts [3]  5088/21 5090/12 5094/14
contain [3]  5090/14 5090/15 5184/19
contained [2]  5092/8 5114/22
contains [3]  5090/13 5091/9
contemplating [1]  5092/20

## C

contemporaneous [1] 5170/3
context [1] 5067/2
contingent [1] 5080/1
continually [2] 5108/4 5120/21
continue [1] 5154/11
continued [12] 5107/13 5109/10
 5109/19 5118/12 5118/23 5124/24
 5137/10 5141/20 5141/25 5153/18
 5169/24 5171/25
continues [2] 5126/25 5136/22
continuing [1] 5116/2
contours [1] 5131/4
contract [1] 5055/10
contracted [1] 5146/10
contractor [2] 5078/22 5203/17
contrary [1] 5050/25
contribute [7] 5114/4 5115/14 5196/21
 5197/11 5200/2 5200/18 5231/11
contributed [2] 5057/8 5115/16
contributes [1] 5116/13
control [47] 5050/21 5056/20 5067/7
 5081/1 5081/2 5081/5 5081/8 5081/8
 5081/13 5082/15 5082/17 5082/20
 5083/1 5083/3 5083/10 5083/13 5089/4
 5095/25 5123/22 5145/11 5157/16
 5157/17 5157/20 5158/2 5158/17
 5165/18 5171/19 5173/6 5195/4
 5197/24 5200/11 5200/12 5210/2
 5215/23 5219/7 5220/13 5223/13
 5227/5 5227/6 5227/10 5228/3 5228/24
 5229/1 5229/2 5229/13 5229/15 5230/8
controlling [1] 5054/12
controls [4] 5080/2 5081/9 5185/15
 5223/14
cooperate [1] 5167/7
copies [2] 5070/13 5070/15
copy [1] 5167/10
COREY [1] 5046/8
Corporate [1] 5044/16
Corporation [2] 5047/23 5048/3
correct [44] 5052/23 5059/2 5060/20
 5060/23 5071/6 5082/25 5084/11
 5084/12 5098/9 5100/6 5108/15 5110/3
 5143/20 5143/24 5145/16 5148/21
 5154/24 5155/22 5161/7 5162/5
 5162/11 5163/12 5166/15 5171/16
 5172/8 5176/4 5176/5 5180/19 5181/1
 5182/2 5184/16 5185/25 5190/5
 5190/22 5193/13 5197/9 5198/20
 5205/5 5210/6 5214/12 5218/5 5222/25
 5224/5 5233/6
corrected [1] 5172/1
corrective [2] 5202/4 5203/4
correctly [3] 5089/4 5168/5 5168/7
correctly-wired [2] 5168/5 5168/7
corresponding [3] 5127/25 5128/11
 5171/10
cough [1] 5126/6
coughing [1] 5168/22
could [80] 5062/21 5063/22 5072/11
 5073/13 5086/25 5095/4 5097/16
 5097/17 5098/16 5098/25 5101/20
 5101/22 5105/7 5105/14 5106/20
 5123/23 5124/14 5125/12 5125/13
 5125/13 5126/4 5126/6 5127/20
 5138/19 5138/24 5139/1 5139/8 5143/6
 5143/16 5143/21 5145/7 5145/10
 5146/3 5148/22 5150/13 5150/15
 5151/17 5152/25 5153/11 5153/13
 5156/22 5157/5 5158/24 5160/2 5161/5
 5161/13 5161/20 5163/14 5167/7
 5167/10 5167/23 5168/9 5171/24
 5176/6 5176/6 5184/20 5190/15 5190/21
 5191/21 5192/3 5192/4 5193/3 5193/5
 5193/23 5195/3 5202/21 5208/4
 5217/23 5218/6 5219/25 5220/2
 5223/12 5224/9 5225/9 5226/6 5226/9
 5226/14 5229/7 5230/6 5231/19
count [1] 5189/16
counterclaim [1] 5058/25
counterclaims [1] 5058/25
couple [1] 5219/15
course [33] 5062/23 5078/20 5079/20
 5080/20 5083/5 5092/7 5094/24
 5105/20 5105/24 5107/22 5111/9
 5113/17 5114/10 5118/23 5118/24
 5121/15 5125/2 5138/6 5138/11
 5140/13 5141/6 5142/12 5147/5
 5151/11 5160/7 5166/3 5166/5 5191/3
 5202/5 5202/16 5206/23 5218/11
 5223/11
court [45] 5043/1 5048/18 5051/25
 5053/15 5054/10 5054/11 5054/15
 5054/21 5054/22 5054/24 5057/6
 5060/13 5062/7 5067/2 5070/7 5070/14
 5073/3 5084/8 5087/17 5087/24
 5093/17 5093/19 5103/18 5105/16
 5107/21 5117/4 5118/16 5127/6
 5143/11 5147/18 5148/6 5148/12
 5149/6 5154/21 5157/20 5165/13
 5168/14 5174/25 5179/21 5191/1
 5212/8 5219/14 5233/3 5233/4 5233/12
Court's [6] 5061/16 5061/18 5069/24
 5071/16 5071/17 5072/11
courtroom [1] 5102/20
cover [3] 5169/10 5179/18 5181/18
Covington [1] 5047/2
crane [1] 5197/4
create [1] 5179/10
created [8] 5085/24 5110/21 5111/14
 5121/18 5166/13 5179/11 5226/7
 5226/15
creating [3] 5103/24 5105/19 5105/19
creations [1] 5112/2
credibility [2] 5054/25 5067/2
crew [15] 5077/25 5096/15 5097/16
 5098/23 5105/17 5106/4 5106/10
 5106/14 5107/6 5109/1 5114/8 5117/22
 5145/7 5158/15 5186/5
critical [1] 5226/15
criticisms [1] 5191/13
cross [6] 5051/12 5058/24 5067/13
 5067/24 5084/19 5194/6
cross-claims [1] 5058/24
cross-exam [1] 5051/12
cross-examination [3] 5067/13 5084/19
 5194/6
cross-examine [1] 5067/24
Cunningham [2] 5044/2 5044/3
current [2] 5161/24 5207/8
currently [3] 5073/3 5078/1 5079/2
currents [1] 5118/4
customer [3] 5175/9 5176/7 5176/18
customers [2] 5078/6 5081/16
cut [9] 5138/12 5138/16 5138/18 5155/9
 5155/13 5155/20 5156/7 5208/12
 5225/9
cutaway [1] 5093/18
cuts [1] 5093/18
cutting [5] 5130/14 5134/8 5154/15
 5155/24 5164/8
CV [2] 5043/7 5043/9
cycle [1] 5178/25

## D

D-6234 [1] 5129/1
D-6241 [1] 5129/24
D-6573 [1] 5099/20
D-6635 [1] 5103/16
D-6636 [9] 5119/5 5120/19 5124/13
 5124/15 5132/3 5132/10 5138/2
 5139/13 5149/17
D-6637-B [1] 5151/20
D-6659 [1] 5110/18
D-6661 [2] 5102/17 5148/22
D-6667 [2] 5087/22 5093/18
D-6668 [3] 5088/11 5089/10 5120/16
D-6669 [1] 5090/6
D-6670 [1] 5090/23
D-6671 [1] 5091/16
D-6672 [1] 5092/1
D-6673 [1] 5093/3
D-6674 [2] 5094/2 5144/11
D-6675 [1] 5157/18
D-6676 [1] 5158/24
D-6678 [4] 5114/6 5137/21 5138/22
 5143/9
D-6679 [2] 5105/14 5113/12
D-6681 [2] 5110/14 5112/16
D-6682 [4] 5073/13 5074/1 5082/8
 5082/13
D-6683 [1] 5107/19
D-6684 [1] 5114/13
D-6685 [2] 5114/24 5115/21
D-6686 [5] 5085/4 5100/8 5157/5
 5217/17 5231/5
D-6687 [3] 5117/19 5118/6 5120/8
D-6689 [1] 5126/4
D-6690 [1] 5130/11
D-6692 [1] 5138/8
D-6696 [2] 5150/20 5152/21
D-6697 [1] 5152/25
D-6698 [1] 5160/3
D-6700 [1] 5127/4
D-6701 [1] 5127/5
D-6703 [2] 5102/7 5123/4
D-6704 [2] 5121/11 5122/14
D-6716 [2] 5189/11 5189/24
D-6751 [2] 5089/11 5090/17
D.C [4] 5045/17 5045/22 5046/6 5047/4
daily [1] 5208/25
Dallas [1] 5048/10
damage [4] 5051/22 5060/9 5060/18
 5152/1
damaged [1] 5152/8
damages [4] 5059/15 5059/24 5061/13
 5063/11
dangerous [1] 5226/13
DANIEL [1] 5046/4
dare [1] 5062/5
dark [1] 5089/9
darker [1] 5088/23
data [21] 5080/20 5101/4 5101/11
 5101/12 5101/15 5107/13 5107/14
 5107/17 5107/18 5107/21 5110/10
 5110/10 5110/22 5121/19 5127/4
 5132/18 5147/6 5147/11 5147/13
 5167/14 5218/24
date [15] 5137/24 5176/11 5181/23
 5181/24 5185/5 5185/16 5188/11
 5188/20 5189/20 5192/2 5192/6
 5200/15 5213/15 5213/17 5213/21
Dated [1] 5219/6
dates [4] 5212/19 5212/24 5213/16
 5216/15
Daubert [2] 5051/4 5084/6

**D**

Dauphin [1]  5044/3
Dave [2]  5146/23 5146/25
DAVID [5]  5048/3 5048/3 5072/22
5146/25 5185/12
Davis [6]  5096/13 5169/4 5174/1 5174/9
5174/17 5175/16
Davis's [1]  5190/23
day [12]  5043/14 5059/8 5092/20
5125/3 5167/6 5167/13 5167/22
5196/11 5197/19 5201/6 5201/7
5206/19
days [20]  5079/7 5145/23 5154/10
5172/6 5188/9 5189/16 5189/20
5189/23 5190/3 5195/16 5195/18
5196/21 5197/2 5199/23 5200/1
5200/13 5200/15 5200/16 5201/5
5217/1
DC [2]  5185/1 5185/1
dead [4]  5086/24 5192/14 5192/15
5192/19
deadbolt [1]  5095/8
deadman [3]  5096/1 5098/5 5184/18
dealing [2]  5211/7 5228/20
DEANNA [1]  5045/15
debris [3]  5172/10 5172/15 5172/20
decide [4]  5084/20 5088/8 5204/17
5218/9
decided [2]  5155/24 5217/24
decision [3]  5053/24 5156/2 5204/22
decisions [1]  5056/21
deck [1]  5202/18
decline [1]  5054/15
decode [1]  5230/6
dedicated [1]  5162/9
deep [1]  5111/17
deepwater [61]  5043/4 5047/6 5047/7
5047/9 5047/10 5047/13 5047/13
5047/17 5047/17 5047/20 5047/21
5055/21 5055/23 5078/14 5083/14
5087/14 5087/25 5090/21 5093/20
5095/23 5096/3 5097/17 5100/25
5105/11 5111/3 5137/24 5145/5
5155/19 5157/21 5166/1 5182/8
5185/23 5186/18 5188/8 5195/4
5203/23 5204/7 5204/21 5206/4 5206/7
5210/5 5211/13 5211/17 5212/9
5212/22 5214/3 5215/6 5216/16
5217/11 5217/25 5219/22 5219/24
5220/6 5220/11 5221/14 5221/22
5222/5 5223/18 5225/12 5226/4 5228/9
Deepwater Horizon [3]  5100/25 5137/24
5204/7
defeated [1]  5054/13
defend [1]  5062/24
defending [1]  5062/18
defense [3]  5054/12 5054/22 5066/24
defer [1]  5064/24
deferring [1]  5065/1
definitely [2]  5101/22 5128/17
definitively [1]  5057/5
deflect [1]  5113/20
deflected [1]  5141/1
deflection [1]  5113/20
deformation [4]  5137/18 5150/25 5152/3
5152/19
deGravelles [2]  5044/21 5044/22
DELEMARRE [1]  5045/20
delivered [1]  5070/14
demonstrate [2]  5118/16 5127/6
demonstrated [1]  5120/19
demonstrative [4]  5074/21 5102/18

5102/21 5181/17
demonstratives [1]  5190/1
denied [1]  5050/15
DENISE [1]  5048/15
Dennis [9]  5073/13 5102/7 5103/14
5166/9 5175/25 5177/25 5209/21
5216/20 5219/25
deny [3]  5063/1 5064/6 5065/3
denying [1]  5065/1
department [5]  5045/8 5045/12 5045/18
5046/2 5058/12
departmental [5]  5178/10 5183/3 5188/8
5188/17 5189/25
depending [1]  5126/24
depict [1]  5119/12
depicted [3]  5106/18 5127/13 5133/18
depicting [4]  5113/19 5114/18 5118/22
5134/10
depiction [2]  5133/2 5134/15
deployment [1]  5171/13
depo [1]  5070/12
deponents [1]  5069/19
deposition [4]  5070/19 5180/12 5185/12
5198/6
depositions [2]  5069/19 5083/24
depth [1]  5056/11
depths [1]  5230/1
DEPUTY [1]  5071/5
derivation [1]  5225/2 5225/3
derrick [3]  5107/22 5107/25 5150/21
describe [33]  5077/7 5079/24 5088/13
5090/25 5092/3 5093/19 5094/2
5097/23 5103/18 5105/16 5107/21
5112/17 5113/14 5114/15 5120/18
5126/10 5129/3 5138/9 5141/14 5149/6
5150/20 5153/2 5157/20 5165/13
5167/3 5173/14 5191/1 5191/1 5197/20
5201/18 5203/6 5208/7 5212/8
described [15]  5098/12 5106/25
5106/25 5110/21 5120/8 5130/14
5131/22 5144/18 5146/6 5147/18
5148/19 5159/19 5161/19 5177/3
5190/20
describes [2]  5171/3 5175/19
describing [4]  5082/16 5089/14 5112/17
5213/3
description [1]  5132/25
design [21]  5056/18 5073/18 5073/20
5073/22 5074/2 5074/6 5074/7 5074/10
5074/14 5076/21 5081/6 5081/7
5092/15 5166/4 5203/3 5203/8 5219/18
5224/16 5224/17 5224/23 5231/8
designation [1]  5128/6
designed [2]  5074/17 5097/13
designing [1]  5074/14
desire [1]  5069/25
desk [1]  5129/8
detail [2]  5086/14 5087/1
detailed [1]  5065/24
determination [1]  5217/24
determine [20]  5100/18 5146/4 5178/21
5179/11 5188/9 5189/20 5194/18
5195/9 5196/15 5207/1 5207/8 5207/10
5208/2 5208/4 5211/24 5216/10
5218/24 5222/2 5222/15 5224/14
determined [4]  5119/22 5181/22
5189/22 5193/2
determining [2]  5056/7 5056/10
develop [1]  5074/16
developing [1]  5056/17
device [10]  5099/18 5150/22 5161/22
5173/3 5206/25 5208/10 5208/11
5215/24 5216/6 5224/14

devices [2]  5182/17 5202/18
devise [1]  5046/9
devised [2]  5165/16 5225/4
Dexter [1]  5046/9
diagram [1]  5138/4
diameter [3]  5107/1 5107/3 5225/9
did [196]
didn't [12]  5066/13 5075/9 5095/4
5102/1 5124/22 5142/12 5145/11
5155/18 5156/3 5173/18 5189/16
5198/19
died [1]  5068/18
difference [11]  5054/19 5065/3 5096/19
5097/5 5116/12 5215/16 5222/16
5223/23 5224/25 5226/20 5227/1
different [7]  5067/21 5068/20 5096/16
5099/2 5099/14 5177/14 5186/24
differential [1]  5116/8
differently [1]  5097/18
difficulties [1]  5165/3
diligence [1]  5165/25
dimension [1]  5111/20
direct [2]  5072/23 5073/1
directed [3]  5054/19 5062/2 5084/10
directly [3]  5077/1 5081/8 5099/24
disabled [1]  5075/14
disabling [1]  5086/3
disagrees [1]  5141/21
disarmed [1]  5189/18
disassembled [1]  5213/7
disconnect [2]  5096/4 5099/15
disconnected [1]  5099/16
discounted [1]  5165/5
discovered [1]  5193/10
discretion [2]  5051/25 5060/13
discuss [4]  5158/12 5196/8 5201/11
5203/2
discussed [6]  5056/12 5074/15 5113/25
5145/1 5149/13 5199/2
discussing [6]  5121/14 5124/8 5150/1
5203/13 5204/16 5205/3
discussion [5]  5093/17 5144/5 5157/15
5199/7 5204/19
discussions [2]  5070/23 5204/3
dismiss [5]  5051/22 5053/15 5058/8
5060/7 5060/17
dismissed [4]  5053/25 5054/1 5058/21
5059/1
displaced [1]  5056/11
displacement [6]  5055/21 5055/25
5056/2 5056/4 5056/9 5056/14
dispute [10]  5086/7 5102/5 5102/14
5102/23 5103/1 5123/3 5131/13
5143/18 5148/6 5232/5
disregard [1]  5191/4
distance [1]  5135/22
DISTRICT [5]  5043/1 5043/2 5043/15
5233/4 5233/4
Division [2]  5045/9 5045/19
DNV [18]  5100/14 5100/18 5101/3
5102/4 5110/22 5112/11 5117/4 5117/9
5119/19 5122/22 5127/14 5132/15
5132/18 5132/21 5172/20 5174/9
5193/24 5231/19
DNV's [6]  5080/5 5101/11 5117/6
5121/19 5127/4 5132/24
do [179]  5051/12 5052/9 5058/2
5060/10 5060/12 5060/12 5061/15
5063/11 5063/16 5064/23 5065/21
5065/25 5066/5 5068/7 5068/11 5069/1
5069/5 5069/7 5069/17 5078/3 5078/3
5078/25 5079/4 5081/1 5081/5 5081/11
5081/15 5083/17 5083/19 5085/9

**D**

do... [149] 5085/11 5085/20 5086/15 5086/18 5087/3 5087/12 5087/16 5088/9 5096/17 5096/18 5098/18 5098/20 5100/13 5100/18 5101/7 5102/20 5102/22 5103/5 5104/21 5105/1 5108/6 5109/23 5111/7 5113/8 5115/2 5115/25 5116/7 5119/5 5120/10 5120/24 5121/7 5121/20 5122/14 5122/21 5122/22 5122/25 5123/19 5124/6 5128/5 5128/13 5130/5 5130/19 5131/4 5132/9 5138/2 5140/2 5141/13 5142/11 5142/23 5142/24 5143/3 5143/4 5143/25 5145/9 5146/4 5146/8 5146/10 5146/13 5149/10 5149/22 5150/17 5152/9 5153/22 5155/24 5156/11 5158/9 5159/25 5163/24 5163/24 5164/8 5165/4 5165/25 5166/11 5169/6 5169/7 5169/19 5170/6 5170/16 5171/13 5172/15 5173/2 5173/17 5173/19 5173/19 5173/20 5174/5 5174/7 5174/12 5174/13 5174/14 5177/23 5177/24 5178/24 5181/17 5181/18 5181/20 5183/19 5184/6 5184/7 5185/7 5186/1 5186/8 5186/9 5186/17 5186/19 5187/20 5190/24 5191/13 5191/15 5193/4 5193/15 5194/24 5196/15 5199/12 5199/14 5202/1 5202/17 5202/17 5203/4 5204/1 5204/4 5205/9 5205/20 5207/1 5207/9 5207/16 5208/7 5209/7 5209/12 5211/7 5211/10 5214/14 5219/16 5220/9 5220/14 5221/3 5222/1 5222/1 5224/4 5224/13 5226/9 5226/11 5226/23 5227/20 5230/8 5230/10 5231/18 5231/21 5233/5

Docket [4] 5043/4 5043/7 5043/9 5062/7

document [44] 5055/3 5166/11 5166/13 5166/18 5170/16 5175/5 5175/13 5175/15 5178/2 5178/8 5179/4 5179/7 5179/10 5179/22 5180/9 5180/12 5181/3 5181/4 5181/6 5181/12 5181/13 5181/21 5181/25 5182/12 5182/14 5182/16 5183/2 5184/12 5184/13 5187/17 5195/21 5196/4 5198/17 5198/22 5201/16 5204/12 5204/15 5205/14 5209/7 5209/23 5211/20 5213/5 5229/9 5229/11

documented [1] 5167/3

documents [20] 5055/14 5064/11 5064/13 5179/15 5179/24 5179/25 5180/6 5180/8 5180/10 5181/11 5181/13 5181/15 5181/17 5183/5 5195/9 5198/19 5212/3 5213/18 5214/19 5214/20

does [94] 5052/1 5053/3 5053/6 5060/7 5065/23 5071/25 5077/8 5078/16 5079/10 5079/17 5087/8 5087/11 5091/18 5091/19 5097/14 5098/11 5100/17 5102/10 5102/13 5103/8 5103/9 5108/2 5109/15 5110/11 5111/2 5111/4 5112/11 5113/23 5114/3 5115/2 5121/4 5123/8 5126/18 5132/15 5137/18 5137/23 5138/20 5138/22 5143/11 5145/17 5145/17 5145/21 5150/12 5151/15 5153/9 5153/17 5154/25 5156/19 5156/21 5159/13 5164/13 5169/21 5172/16 5182/18 5183/9 5184/19 5184/21 5185/18 5189/24 5191/8 5191/16 5191/25 5193/18 5193/20 5193/24 5194/1 5196/4 5196/7 5197/10 5198/15

5199/18 5200/10 5200/23 5202/15 5203/24 5204/15 5204/19 5205/16 5207/4 5207/20 5213/6 5214/22 5215/11 5215/13 5215/21 5216/1 5216/4 5216/15 5216/18 5218/20 5229/14 5232/8 5232/10

doesn't [10] 5053/19 5081/20 5152/24 5193/21 5205/11 5208/24 5221/25 5225/17 5228/1 5230/24

doing [10] 5078/1 5147/3 5176/6 5189/22 5196/13 5196/15 5208/5 5212/12 5212/14 5220/18

Domengeaux [1] 5043/18

DON [3] 5046/19 5053/5 5063/5

don't [30] 5052/6 5053/18 5054/25 5062/21 5064/25 5065/2 5065/18 5066/1 5066/8 5067/14 5068/13 5069/1 5069/1 5071/20 5072/7 5076/1 5093/16 5103/21 5104/6 5108/21 5141/14 5141/24 5153/14 5156/1 5172/23 5174/2 5198/21 5205/1 5213/22 5231/17

DONALD [1] 5048/7

done [16] 5051/19 5077/23 5084/13 5097/16 5097/17 5164/17 5169/4 5174/3 5174/18 5182/17 5194/21 5203/16 5205/3 5212/9 5214/11 5231/24

door [1] 5095/8

doors [1] 5214/25

double [5] 5097/9 5097/9 5223/24 5224/1 5225/23

double-V [2] 5223/24 5224/1

doughnut [1] 5088/19

DOUGLAS [1] 5046/16

down [40] 5082/8 5095/21 5096/10 5100/21 5102/16 5103/13 5108/10 5110/5 5111/15 5112/20 5113/10 5118/20 5124/21 5124/23 5124/25 5125/3 5125/4 5130/23 5136/3 5137/6 5137/9 5141/17 5141/25 5144/3 5150/24 5151/17 5152/2 5152/12 5154/1 5154/5 5178/18 5182/5 5183/12 5189/9 5192/20 5193/3 5221/11 5228/12 5228/12 5230/14

downs [1] 5108/21

downtime [1] 5078/20 5078/22

downward [4] 5149/7 5150/16 5153/18 5154/11

DOYEN [4] 5047/12 5102/18 5103/21 5169/3

Dr [1] 5146/25

Dr. [11] 5096/13 5109/24 5117/2 5146/20 5146/23 5169/4 5174/1 5174/9 5174/17 5175/16 5190/23

Dr. Davis [6] 5096/13 5169/4 5174/1 5174/9 5174/17 5175/16

Dr. Davis's [1] 5190/23

Dr. Garrett [2] 5146/20 5146/23

Dr. Neil [2] 5109/24 5117/2

draft [1] 5056/1

drain [1] 5193/5

drained [3] 5192/24 5193/9

draining [1] 5193/12

drawer [3] 5187/23 5188/1

drawn [2] 5192/20 5193/3

Drescher [1] 5044/8

drift [2] 5154/9 5156/14

drifting [2] 5118/4 5120/20

drifts [4] 5118/17 5118/18 5118/24 5125/22

drill [85] 5073/22 5073/24 5077/3 5077/11 5077/13 5077/16 5078/13

5078/14 5078/23 5079/8 5080/3 5080/8 5080/14 5080/22 5085/2 5089/25 5090/13 5091/1 5091/2 5091/2 5091/19 5103/19 5104/4 5104/22 5104/23 5107/2 5107/13 5107/22 5108/3 5108/4 5108/10 5108/16 5109/10 5110/8 5113/4 5113/9 5113/15 5113/18 5113/20 5114/15 5114/19 5114/22 5114/24 5116/9 5116/23 5117/16 5118/10 5118/17 5118/25 5119/2 5119/12 5120/21 5120/22 5123/24 5124/14 5126/13 5129/12 5131/5 5132/5 5132/25 5133/9 5136/17 5137/7 5140/24 5141/11 5141/23 5142/6 5143/12 5147/17 5147/23 5148/4 5149/3 5149/8 5149/19 5150/8 5150/9 5150/10 5150/16 5150/22 5150/23 5153/19 5154/1 5154/12 5156/15 5217/8 5218/12 5224/9 5226/18

drill-through [11] 5073/22 5073/24 5077/3 5077/11 5077/13 5078/13 5078/14 5079/8 5080/3 5080/8 5080/13

drilled [1] 5187/1

drilling [20] 5047/6 5047/9 5047/15 5047/17 5047/20 5055/16 5055/18 5055/23 5073/23 5077/11 5078/3 5078/15 5098/1 5098/2 5108/25 5160/18 5173/7 5196/18 5196/19 5225/5

drilling-type [1] 5078/15

Drive [1] 5044/16

DTE [1] 5078/13

dual [3] 5162/11 5227/22 5229/20

dual-stacked [1] 5229/20

due [5] 5081/22 5110/11 5112/8 5118/4 5122/23

DUKE [1] 5044/15

duly [1] 5071/3

during [13] 5054/9 5056/8 5056/9 5056/14 5057/4 5117/24 5155/19 5173/9 5184/12 5186/24 5190/23 5195/1 5196/19

DVS [6] 5223/24 5224/3 5224/6 5224/8 5224/16 5225/2

DVSs [1] 5224/12

**E**

E-2 [1] 5139/11

e-mail [8] 5169/9 5169/14 5169/21 5170/24 5171/21 5204/19 5204/25 5205/7

E-R-I-C [1] 5071/7

each [25] 5080/7 5082/22 5093/22 5093/23 5119/20 5128/7 5131/10 5133/15 5133/22 5133/23 5160/8 5160/15 5162/4 5162/11 5167/17 5179/8 5180/6 5181/15 5181/16 5189/1 5189/2 5202/11 5203/15 5204/4 5215/24

earlier [18] 5050/15 5066/10 5106/11 5106/20 5107/8 5109/19 5136/25 5138/15 5139/21 5144/18 5145/1 5150/2 5152/18 5156/11 5172/24 5173/11 5179/21 5228/13

early [1] 5232/14

easier [1] 5068/7

EASTERN [2] 5043/2 5233/4

Eastveld [4] 5219/13 5220/11 5220/24 5221/4

easy [1] 5223/3

EB [4] 5184/14 5184/14 5184/15 5224/11

EB 819D [1] 5184/14

E
echo [1]  5075/21
edge [3]  5122/2 5127/24 5139/3
EDS [18]  5096/3 5096/5 5096/8 5096/11
5096/16 5096/20 5096/21 5096/21
5096/24 5096/25 5096/25 5097/2
5097/12 5097/14 5097/15 5097/18
5097/22 5099/1
EDS-1 [4]  5096/21 5096/24 5096/25
5097/15
EDS-2 [5]  5096/21 5096/25 5097/2
5097/12 5097/14
education [1]  5073/9
Edwards [1]  5043/19
effect [10]  5089/5 5105/24 5108/10
5124/13 5125/11 5125/18 5125/25
5149/16 5157/13 5161/25
effects [2]  5118/5 5146/21
efficient [1]  5078/23
effort [2]  5171/24 5179/11
efforts [1]  5171/23
either [12]  5053/7 5063/12 5075/12
5084/18 5116/5 5160/2 5161/5 5173/16
5193/10 5193/18 5231/14 5231/17
elastic [6]  5125/1 5125/2 5125/3 5140/3
5140/23 5141/4
electrical [6]  5080/14 5080/15 5158/4
5158/5 5159/23 5161/22
electricity [1]  5173/15
electrify [1]  5161/24
electronic [3]  5160/8 5165/2 5172/24
electronics [2]  5165/16 5169/20
element [2]  5089/25 5204/5
elements [2]  5107/10 5207/19
ELIZABETH [1]  5046/5
Ellis [1]  5046/21
Elm [1]  5048/9
else [8]  5052/1 5053/9 5060/15 5060/16
5076/2 5193/1 5219/10 5228/21
else's [1]  5134/24
emergency [5]  5095/25 5096/4 5096/5
5097/7 5159/17
employ [1]  5147/7
employed [1]  5062/15
employee [1]  5205/1
employees [2]  5198/7 5198/9
enable [3]  5158/18 5158/20 5158/22
encased [2]  5089/24 5089/25
encompasses [1]  5202/3
encounter [1]  5218/12
end [22]  5077/25 5089/19 5089/20
5089/21 5090/4 5093/22 5094/17
5115/6 5116/4 5116/4 5116/6 5116/7
5116/16 5119/25 5136/16 5137/3
5138/14 5138/16 5170/1 5191/12
5191/21 5211/12
end load [4]  5115/6 5116/4 5116/7
5116/16
ended [9]  5120/1 5132/11 5133/25
5135/24 5154/7 5172/1 5178/25
5181/23 5209/3
ending [4]  5191/10 5191/11 5191/22
5191/23
ends [2]  5115/11 5140/18
energized [2]  5162/14 5162/16
Energy [2]  5048/7 5048/11
Enforcement [1]  5045/13
engineer [6]  5073/18 5073/21 5074/2
5074/6 5074/10 5177/12
engineering [20]  5073/4 5073/10
5074/12 5074/13 5076/25 5077/5
5077/7 5146/10 5146/24 5147/6 5147/7

5147/15 5184/15 5184/17 5187/21
5210/10 5218/10 5229/5 5230/1 5231/1
engineers [2]  5074/14 5076/22
enough [9]  5064/4 5126/25 5136/6
5137/11 5139/1 5142/2 5144/17 5148/1
5223/1
ensure [2]  5172/23 5175/22
enter [1]  5054/11
entered [1]  5055/10
entering [1]  5109/13
Enterprise [5]  5165/17 5165/17 5165/22
5166/1 5166/14
enters [1]  5082/20
entire [6]  5082/23 5097/14 5130/13
5182/21 5183/23 5198/11
entirety [2]  5105/4 5106/22
entities [1]  5207/23
entitled [3]  5059/23 5219/6 5233/8
entity [1]  5096/7
entries [4]  5189/5 5206/16 5212/21
5213/2
entry [13]  5062/7 5178/9 5178/14
5182/15 5182/18 5182/22 5183/9
5188/17 5197/12 5199/12 5200/13
5201/5 5216/20
Environment [1]  5045/13
Environmental [1]  5045/13
equations [1]  5141/7
equipment [52]  5073/22 5073/25
5074/14 5077/3 5077/10 5077/11
5077/13 5077/14 5077/16 5077/19
5078/2 5078/12 5078/13 5078/14
5078/16 5078/17 5078/19 5079/1
5079/8 5079/12 5079/15 5079/18
5080/2 5080/3 5080/6 5080/9 5080/13
5081/6 5081/10 5081/17 5083/12
5083/22 5084/1 5166/7 5167/7 5176/12
5178/13 5183/4 5202/7 5202/16
5203/13 5206/1 5207/8 5207/25 5208/3
5208/6 5208/20 5210/2 5211/4 5211/7
5213/20 5219/7
equivalent [4]  5165/19 5188/3 5222/7
5226/24
Eric [1]  5071/7
erode [1]  5123/16
eroded [1]  5137/11
erodes [1]  5136/6
erosion [43]  5111/1 5111/5 5111/9
5111/10 5111/16 5111/17 5111/19
5111/21 5112/1 5112/2 5112/3 5112/22
5112/24 5113/3 5113/18 5118/12
5118/23 5118/23 5120/13 5121/20
5121/25 5123/1 5123/25 5124/6 5124/9
5124/24 5125/1 5125/6 5127/11
5128/12 5128/13 5128/16 5130/5
5130/9 5135/12 5136/4 5137/10 5139/1
5139/1 5141/20 5141/25 5142/2
5142/14
ESQ [57]  5043/19 5043/23 5044/3
5044/6 5044/9 5044/12 5044/15
5044/18 5044/22 5045/3 5045/6 5045/9
5045/14 5045/14 5045/15 5045/15
5045/16 5045/19 5045/20 5045/20
5045/21 5045/21 5046/4 5046/4 5046/8
5046/8 5046/8 5046/9 5046/12 5046/15
5046/16 5046/19 5046/22 5046/22
5046/23 5047/3 5047/6 5047/9 5047/9
5047/12 5047/13 5047/13 5047/16
5047/20 5047/23 5048/3 5048/3 5048/4
5048/4 5048/7 5048/8 5048/8 5048/9
5048/12 5048/15 5048/15 5048/16
essential [2]  5055/9 5057/17
essentials [1]  5055/19

established [2]  5057/5 5180/11
etc [2]  5218/15 5223/14
Euler [1]  5141/6
evaluate [1]  5206/12
evaluation [4]  5193/1 5207/4 5227/20
5229/14
Evaluations [1]  5229/12
even [11]  5054/24 5066/4 5081/15
5094/17 5153/19 5158/14 5174/18
5190/6 5203/8 5225/9 5229/20
evening [2]  5064/14 5069/3
event [3]  5089/5 5095/25 5177/10
events [7]  5105/10 5105/12 5117/25
5130/13 5172/20 5185/6 5204/20
eventually [10]  5109/3 5119/13 5131/19
5135/25 5136/6 5136/20 5137/11
5139/1 5142/2 5144/22
ever [2]  5187/3 5228/21
every [9]  5123/6 5147/13 5169/23
5171/24 5174/3 5174/18 5214/15
5215/24 5221/25
everybody [6]  5059/2 5075/19 5075/25
5076/3 5082/2 5120/3
everyone [2]  5050/5 5148/14
everyone's [1]  5119/15
everything [5]  5077/16 5105/4 5156/23
5159/22 5170/11
evidence [31]  5050/17 5054/16 5054/21
5054/23 5059/17 5059/18 5060/12
5060/25 5061/3 5064/4 5065/5 5080/5
5086/11 5087/8 5102/3 5105/1 5105/4
5105/9 5107/12 5112/11 5131/11
5131/14 5135/21 5151/22 5153/9
5156/21 5156/24 5184/12 5193/15
5231/18 5232/8
ex [1]  5221/5
ex-Cameron [1]  5221/5
exact [1]  5124/22
exactly [17]  5080/22 5108/19 5128/1
5133/24 5134/18 5135/3 5138/17
5147/3 5166/3 5168/6 5173/2 5188/4
5190/9 5192/13 5216/3 5218/13
5228/19
exam [1]  5051/12
examination [12]  5059/7 5064/15
5067/13 5072/23 5073/1 5080/5
5083/17 5084/19 5128/18 5190/24
5194/6 5230/16
examinations [2]  5100/20 5133/12
examine [5]  5067/24 5128/20 5130/2
5188/23 5189/5
examined [1]  5165/8
examining [1]  5080/4
example [2]  5054/20 5162/18
examples [2]  5207/23 5215/2
exceeded [1]  5185/4
exceeds [1]  5120/22
except [3]  5061/2 5091/20 5206/12
excerpts [1]  5170/19
excess [2]  5104/5 5137/10
excessive [1]  5068/16
excluded [1]  5117/4
excuse [16]  5075/4 5093/20 5106/8
5107/15 5114/10 5117/19 5119/20
5134/13 5135/25 5148/4 5171/20
5181/18 5191/19 5193/16 5210/2
5230/5
exert [1]  5153/18
exerted [1]  5107/24
exhibit [9]  5065/21 5066/16 5074/21
5123/20 5167/4 5171/3 5196/2 5196/9
5218/17

**E**

exhibits [11]  5050/9 5050/24 5050/25 5051/7 5051/11 5051/12 5065/9 5065/13 5065/16 5066/10 5070/4
exist [1]  5161/17
existed [1]  5141/6
expanding [1]  5109/5
expect [4]  5108/17 5108/21 5155/7 5155/8
experience [11]  5080/25 5081/1 5081/11 5081/12 5172/22 5187/3 5204/1 5207/18 5211/6 5213/19 5218/9
experienced [1]  5174/2
expert [13]  5068/18 5083/18 5083/20 5083/24 5084/4 5116/18 5123/6 5142/21 5147/8 5165/15 5169/20 5183/25 5222/14
experts [22]  5077/17 5080/12 5086/5 5102/10 5102/23 5103/1 5109/20 5116/22 5117/10 5122/21 5131/13 5146/17 5148/24 5149/3 5165/8 5168/12 5172/9 5174/15 5177/18 5190/21 5192/22 5222/18
explain [5]  5085/14 5101/15 5105/12 5144/13 5150/12
explanation [3]  5105/2 5105/6 5116/19
EXPLORATION [1]  5043/10 5046/18 5046/21 5047/2
explore [1]  5086/14
explosion [5]  5057/9 5118/2 5121/2 5123/17 5151/6
explosion's [2]  5118/1 5144/19
explosions [5]  5121/1 5125/21 5151/4 5151/8 5157/4
extend [1]  5126/19
extent [2]  5058/23 5180/8
external [1]  5196/15
extreme [6]  5085/24 5104/16 5105/18 5105/21 5106/17 5109/4
ExxonMobil [1]  5208/1
eye [2]  5090/6 5093/5
Eyewitnesses [1]  5151/7

**F**

face [2]  5131/4 5227/25
fact [33]  5054/17 5055/5 5057/6 5057/17 5062/13 5078/13 5083/16 5085/14 5092/18 5106/22 5107/8 5114/3 5116/17 5123/8 5123/19 5125/11 5132/14 5138/20 5139/10 5140/2 5141/9 5145/19 5159/4 5176/18 5180/3 5192/18 5193/4 5196/20 5197/10 5198/6 5200/1 5200/17 5201/7
factor [1]  5144/7
facts [3]  5055/6 5055/9 5063/11
factual [3]  5054/24 5062/3 5132/20
fail [1]  5121/4
failed [4]  5103/17 5121/22 5122/14 5152/4
fails [2]  5098/2 5121/9
failure [6]  5121/7 5122/8 5122/10 5122/12 5122/23 5152/1
fair [2]  5083/1 5083/8
fairly [3]  5125/21 5142/15 5177/3
fall [2]  5130/22 5151/2
falling [3]  5150/23 5150/23 5154/11
falls [2]  5150/7 5150/22
familiar [27]  5115/18 5115/20 5149/2 5154/14 5161/11 5172/13 5175/13 5177/21 5179/4 5182/12 5184/13 5195/21 5201/16 5204/12 5207/22 5207/23 5209/16 5209/18 5209/23

5210/13 5214/14 5221/16 5221/17 5221/20 5226/13 5227/3 5227/14
Fannin [1]  5047/10
far [6]  5122/6 5124/13 5138/1 5141/1 5191/9 5192/20
fatigue [2]  5224/12 5224/13
fault [1]  5082/12
faults [3]  5171/9 5171/14 5171/15
faulty [1]  5086/24
favorable [1]  5054/13
FCRR [4]  5048/18 5233/3 5233/11 5233/11
Federal [2]  5045/10 5054/5
feel [3]  5066/20 5067/16 5083/17
feels [1]  5108/13
feet [1]  5223/9
fell [2]  5149/7 5152/16
few [7]  5079/6 5106/7 5130/22 5169/13 5195/17 5196/8 5223/17
field [17]  5079/16 5079/16 5080/21 5083/5 5083/12 5129/14 5146/17 5147/9 5163/25 5165/7 5175/2 5175/5 5176/9 5176/10 5177/12 5209/1 5221/6
Fifth [1]  5059/19
figure [2]  5072/7 5176/10
file [5]  5061/15 5061/17 5063/8 5064/3 5065/11
filed [3]  5050/14 5084/6 5084/23
filing [1]  5063/14
fill [1]  5108/9
filled [1]  5108/8
fills [1]  5108/13
filters [3]  5177/19 5178/5 5178/15
final [7]  5066/9 5087/12 5094/16 5156/1 5201/1 5206/16 5232/4
finally [2]  5155/13 5207/2
find [8]  5057/8 5105/6 5168/17 5175/7 5175/7 5195/17 5203/5 5214/6
finding [6]  5054/13 5054/24 5061/4 5063/12 5132/20 5175/22
findings [12]  5054/7 5054/17 5054/17 5055/2 5055/5 5057/6 5057/17 5057/22 5059/14 5061/2 5061/8 5063/9
finds [1]  5054/10
fine [4]  5069/11 5070/10 5072/13 5126/9
finger [1]  5111/16
fingers [1]  5091/22
finish [1]  5057/10
finished [1]  5189/9
fire [1]  5159/24
fires [1]  5164/11
Firm [2]  5044/18 5045/5
first [40]  5056/1 5060/19 5067/19 5069/8 5073/15 5074/25 5077/11 5087/21 5088/10 5093/8 5097/2 5097/13 5098/10 5098/17 5098/23 5099/2 5100/9 5100/21 5101/17 5116/18 5126/10 5157/7 5157/15 5158/18 5161/17 5163/6 5165/5 5167/6 5167/21 5167/22 5171/6 5181/6 5185/3 5185/6 5185/16 5187/12 5189/15 5191/3 5191/4 5225/18
fish [5]  5129/7 5129/8 5129/12 5129/15 5129/16
fit [1]  5223/15
fits [3]  5129/9 5170/7 5226/5
five [15]  5129/17 5175/3 5175/3 5176/3 5185/5 5185/16 5186/2 5195/15 5202/5 5206/23 5211/13 5214/10 5222/11 5222/22 5223/3
five-year [1]  5186/2
five-yearly [1]  5206/23

fix [2]  5175/9 5208/15
fixing [1]  5177/6
flange [2]  5089/20 5089/21
flanges [1]  5090/18
flashlight [2]  5187/23 5188/3
flat [4]  5092/14 5137/17 5137/19 5152/16
flawless [1]  5167/9
flex [2]  5073/24 5075/1
floor [6]  5044/13 5047/14 5091/12 5094/23 5188/22 5202/17
flow [40]  5085/24 5103/23 5104/16 5105/18 5105/21 5106/17 5107/15 5109/5 5109/6 5109/7 5109/12 5109/21 5112/19 5113/4 5115/24 5116/1 5116/2 5116/23 5117/16 5123/15 5123/22 5124/5 5126/25 5130/8 5136/5 5136/8 5136/22 5137/5 5140/4 5142/22 5144/21 5144/24 5146/5 5146/11 5146/18 5146/21 5147/3 5147/17 5147/23 5148/1
flow-through [1]  5146/18
flowing [2]  5105/17 5114/18
FLOYD [1]  5048/8
fluid [8]  5055/23 5082/20 5111/24 5112/22 5123/22 5137/13 5172/23 5177/19
fluids [2]  5055/16 5055/18
flush [1]  5172/22
foam [1]  5103/22 5121/10
focus [2]  5080/17 5117/12
folded [1]  5152/7
foldover [2]  5127/16 5129/22
folks [3]  5081/18 5180/3 5180/13
follow [2]  5140/17 5209/14
followed [1]  5098/17
following [4]  5079/22 5100/23 5121/2 5192/12
follows [3]  5054/6 5055/9 5071/4
footage [3]  5154/15 5154/19 5155/20
footnotes [2]  5179/16 5180/7
force [24]  5104/14 5106/16 5108/9 5113/5 5125/14 5137/6 5141/24 5147/20 5149/8 5150/9 5150/16 5153/11 5153/19 5154/5 5154/10 5154/12 5156/15 5162/1 5162/2 5162/2 5207/20 5224/4 5225/24 5226/19 5232/8
forced [4]  5094/13 5103/6 5116/20 5126/14
forces [2]  5088/21 5140/4
forcing [2]  5085/25 5103/24
forecast [2]  5220/18 5220/20
foregoing [1]  5233/5
forensic [16]  5080/5 5086/10 5087/8 5105/1 5107/12 5110/10 5112/11 5128/18 5131/11 5131/14 5151/22 5153/9 5156/21 5156/24 5231/18 5232/8
forensically [2]  5105/5 5119/23
forever [1]  5141/6
forgotten [1]  5185/17
form [5]  5075/1 5091/14 5091/22 5092/10 5111/21
formation [1]  5218/14
formations [1]  5218/14
former [1]  5061/24
forming [2]  5107/14 5183/6
forth [3]  5054/25 5055/14 5175/10
forward [6]  5062/20 5069/16 5072/11 5120/9 5185/8 5220/22
found [32]  5119/17 5119/25 5119/25 5132/23 5133/13 5134/3 5134/7 5134/9

## F

found... [24] 5134/18 5134/21 5138/3 5140/1 5140/6 5144/15 5145/4 5145/6 5157/12 5164/20 5169/23 5171/14 5172/10 5174/25 5175/2 5175/19 5176/13 5176/18 5177/6 5190/3 5195/15 5203/3 5203/3 5222/8
four [7] 5093/25 5160/11 5187/1 5193/23 5200/15 5200/16 5217/15
fourth [1] 5087/12
FPR [4] 5175/3 5175/14 5177/2 5177/3
frame [1] 5110/15
Francisco [1] 5045/11
Franklin [1] 5046/5
frankly [1] 5068/6
Fraud [1] 5046/3
free [2] 5059/4 5221/1
freeze [1] 5110/15
frequent [1] 5229/4
Frilot [1] 5047/5
Frugé [1] 5044/21
full [21] 5071/5 5072/5 5079/7 5079/9 5091/24 5106/24 5114/11 5124/18 5126/19 5130/19 5135/18 5171/8 5173/5 5174/19 5206/25 5207/1 5216/3 5216/6 5226/8 5227/20 5227/20
full-function [1] 5174/19
full-time [2] 5079/7 5079/9
fully [19] 5054/9 5059/18 5059/22 5086/3 5089/25 5091/7 5094/11 5095/14 5095/18 5101/17 5101/22 5101/23 5102/1 5102/6 5106/11 5131/17 5145/25 5165/11 5217/13
fully-closed [2] 5091/7 5095/14
function [43] 5085/10 5085/13 5085/15 5092/3 5094/20 5097/23 5097/25 5100/9 5158/7 5158/18 5158/23 5160/25 5161/6 5162/9 5162/22 5163/15 5171/8 5171/13 5173/20 5174/4 5174/18 5174/19 5183/10 5205/18 5205/25 5206/3 5206/6 5206/9 5206/9 5206/13 5215/20 5215/22 5215/23 5216/1 5216/3 5216/10 5216/17 5216/25 5216/25 5217/3 5229/3 5230/7 5231/15
function-test [1] 5205/25
functional [1] 5217/13
functionality [2] 5166/4 5217/11
functioned [12] 5085/16 5085/17 5085/18 5087/9 5102/12 5102/24 5103/3 5144/8 5145/8 5161/9 5168/10 5212/24
functioning [5] 5087/1 5096/16 5163/25 5165/19 5212/11
functions [11] 5099/2 5100/4 5158/7 5158/9 5159/17 5159/18 5171/8 5171/10 5171/16 5173/4 5223/13
FUNDERBURK [1] 5048/16
further [4] 5051/2 5070/23 5119/1 5133/12
future [1] 5220/17

## G

G-R-E-G-O-R-Y [1] 5071/8
gain [1] 5147/2
GANNAWAY [1] 5048/4
Garrett [5] 5146/20 5146/23 5146/23 5146/25 5147/1
Gary [6] 5088/11 5089/11 5095/9 5110/14 5157/25 5219/12
gas [6] 5108/9 5108/9 5108/13 5109/5 5147/9 5229/22

Gate [1] 5045/10
gather [1] 5081/13
gathered [1] 5080/20
gave [2] 5069/20 5083/5
GAVIN [1] 5048/9
general [3] 5046/7 5046/11 5219/16
Generally [1] 5214/7
generic [2] 5077/15 5213/12
gentleman [2] 5122/11 5219/12
gentlemen [1] 5079/13
GEOFFREY [1] 5048/4
geology [1] 5218/13
get [33] 5053/11 5065/21 5071/21 5072/10 5081/21 5087/1 5087/20 5089/6 5106/24 5112/22 5112/22 5114/10 5120/5 5120/7 5124/22 5125/10 5126/22 5130/19 5139/6 5144/22 5157/15 5157/16 5166/22 5167/7 5167/10 5172/23 5175/7 5176/11 5182/14 5187/1 5187/2 5206/2 5208/17
gets [6] 5062/23 5072/19 5109/4 5126/22 5130/18 5161/25
getting [7] 5075/20 5108/11 5109/6 5109/7 5109/10 5118/13 5212/13
Gisclair [1] 5067/9
give [10] 5069/22 5071/20 5071/22 5072/1 5076/7 5084/20 5088/8 5092/18 5131/6 5159/7
given [5] 5050/9 5083/16 5083/24 5211/6 5211/6
giving [2] 5055/19 5058/9
GmbH [1] 5043/8
go [53] 5059/11 5064/3 5068/24 5069/12 5070/24 5072/20 5074/20 5076/7 5076/12 5076/15 5078/2 5078/18 5090/6 5093/17 5094/4 5105/10 5106/3 5113/6 5117/19 5119/24 5120/7 5120/16 5125/4 5130/13 5135/6 5136/7 5136/21 5137/12 5137/13 5138/2 5144/5 5162/2 5167/5 5169/11 5170/6 5170/24 5176/23 5180/7 5187/8 5188/23 5204/17 5204/17 5204/22 5205/13 5206/17 5217/17 5218/6 5220/2 5223/3 5225/2 5228/1 5229/23 5232/2
goal [1] 5165/19
Godwin [7] 5048/7 5048/7 5048/11 5053/5 5063/5 5064/1 5069/2
goes [8] 5108/14 5135/18 5140/14 5140/24 5158/6 5181/9 5188/1 5194/3
going [62] 5055/13 5057/18 5058/2 5061/6 5061/17 5062/20 5063/1 5064/4 5064/5 5064/5 5064/6 5064/24 5065/3 5065/15 5066/3 5067/6 5067/25 5069/16 5070/11 5070/17 5072/8 5072/12 5072/12 5082/10 5084/17 5094/4 5101/16 5101/17 5103/12 5103/17 5104/9 5108/10 5110/17 5111/25 5113/14 5114/23 5118/8 5119/1 5119/12 5121/8 5126/8 5127/3 5132/3 5135/4 5137/20 5140/18 5142/6 5159/7 5163/23 5179/20 5180/11 5180/24 5194/2 5198/3 5198/22 5204/20 5218/2 5218/3 5218/12 5221/8 5231/22 5232/13
Golden [1] 5045/10
GOM [1] 5230/2
gone [12] 5093/13 5094/22 5098/6 5125/6 5139/2 5141/24 5164/10 5188/12 5191/9 5226/6 5227/19 5231/23
good [21] 5050/6 5061/19 5066/19

5071/24 5072/22 5079/15 5114/10 5118/25 5123/5 5146/5 5167/23 5173/20 5192/1 5192/4 5192/5 5192/16 5207/11 5208/6 5208/24 5221/7 5224/11
goods [4] 5212/14 5214/8 5214/24 5215/1
got [12] 5058/4 5061/23 5063/23 5082/9 5126/5 5147/13 5147/14 5168/6 5177/8 5186/25 5213/17 5230/23
gotcha [1] 5150/5
gotten [2] 5120/13 5159/8
governed [1] 5055/11
government's [1] 5063/9
graduated [1] 5073/18
Grand [1] 5047/14
grant [4] 5057/18 5061/6 5063/21 5064/5
granted [3] 5050/15 5063/19 5063/20
granting [2] 5060/7 5063/23
graph [1] 5108/1
graphic [1] 5111/11 5228/13
gray [2] 5088/24 5089/9
great [2] 5097/5 5113/5
greater [1] 5123/24
green [3] 5071/13 5088/15 5119/9
GREG [3] 5071/3 5072/23 5076/10
Gregory [1] 5071/7
gross [3] 5061/4 5063/10 5063/12
group [5] 5044/15 5051/19 5074/12 5081/9 5081/15
growth [1] 5172/23
Guard [1] 5207/20
guess [7] 5057/10 5058/5 5059/1 5065/16 5066/5 5067/19 5134/4
guideline [1] 5211/2
Guidry [7] 5169/4 5169/19 5170/2 5171/3 5171/22 5174/1 5174/17
Guidry's [2] 5170/18 5171/21
GULF [3] 5043/5 5229/4 5230/2
guys [2] 5078/18 5081/24

## H

had [83] 5050/11 5050/14 5050/15 5051/17 5055/10 5055/16 5056/7 5056/10 5056/12 5057/13 5058/13 5059/22 5070/2 5070/23 5075/10 5081/7 5082/24 5084/15 5097/21 5098/1 5098/23 5101/1 5111/22 5117/2 5120/2 5122/5 5122/6 5122/8 5122/10 5124/17 5131/22 5134/22 5135/25 5136/2 5137/5 5137/7 5137/10 5138/25 5138/25 5139/5 5141/20 5145/13 5145/23 5146/1 5146/2 5150/2 5152/2 5152/3 5152/5 5154/4 5156/3 5156/23 5157/12 5165/10 5167/6 5167/14 5173/23 5175/4 5180/1 5186/23 5188/10 5188/11 5188/12 5190/9 5190/10 5191/23 5192/1 5192/16 5192/18 5192/19 5192/21 5193/6 5205/11 5209/1 5211/20 5211/23 5218/23 5222/5 5225/1 5225/5 5225/18 5227/2 5227/8
hadn't [1] 5156/4
Halliburton [12] 5048/7 5048/11 5053/5 5053/6 5058/16 5063/6 5063/7 5063/12 5066/23 5067/15 5110/2 5117/18
Halliburton's [1] 5142/21
hallway [1] 5059/6
halves [1] 5091/20
hand [11] 5071/22 5075/11 5075/14 5091/2 5091/2 5104/7 5122/1 5122/19 5129/17 5134/10 5221/6

Case 2:10-md-02179-CJB-DPC Document 11340 Filed 04/25/13 Page 206 of 227

hand-held [3] 5071/22 5075/11 5075/14
handle [1] 5081/10
hands [1] 5104/10
handwritten [6] 5084/14 5180/2 5180/13 5180/21 5180/24 5181/8
hanging [1] 5226/12
HANKEY [2] 5045/15 5084/22
happen [2] 5150/18 5165/21
happened [5] 5080/22 5142/12 5146/19 5156/3 5192/11
happening [3] 5105/16 5109/3 5111/18
happens [16] 5109/1 5113/15 5114/15 5117/24 5118/17 5120/18 5125/17 5128/2 5138/9 5140/24 5149/15 5154/25 5156/18 5185/6 5202/22 5213/22
happy [2] 5084/7 5180/10
hard [1] 5167/10
HARIKLIA [2] 5046/22 5084/5
harm [1] 5196/14
HARTLEY [1] 5048/8
has [52] 5052/16 5052/11 5053/2 5053/10 5054/9 5054/21 5055/2 5057/4 5059/25 5060/5 5062/7 5062/20 5087/24 5090/7 5092/8 5092/12 5093/11 5093/12 5093/17 5097/11 5101/14 5115/23 5117/4 5117/15 5117/22 5120/13 5123/7 5129/5 5131/12 5135/17 5135/20 5140/17 5141/6 5141/24 5159/8 5161/22 5162/11 5165/18 5174/24 5185/4 5187/15 5191/11 5191/18 5198/11 5204/15 5208/12 5208/17 5216/6 5221/2 5223/1 5230/1 5231/23
HAUSER [1] 5046/4
have [337]
have/should [1] 5098/16
haven't [2] 5053/23 5082/9
having [7] 5061/23 5071/3 5108/23 5126/10 5209/3 5222/19 5225/8
HAYCRAFT [1] 5046/19
HB [1] 5048/19
HB-406 [1] 5048/19
he [64] 5051/18 5058/13 5067/25 5117/2 5141/7 5142/25 5146/21 5147/2 5147/3 5147/3 5149/3 5150/17 5154/15 5154/16 5155/2 5166/14 5166/19 5166/19 5166/20 5166/24 5167/5 5167/7 5167/9 5167/10 5167/11 5167/14 5167/23 5168/5 5168/6 5168/7 5169/20 5169/21 5169/22 5169/22 5169/23 5169/23 5169/24 5169/25 5170/4 5170/20 5170/22 5171/23 5171/24 5171/24 5171/24 5171/25 5171/25 5172/1 5172/3 5172/5 5174/3 5179/23 5181/9 5184/3 5190/19 5191/11 5198/7 5198/11 5198/19 5205/3 5221/5 5221/6 5221/7 5221/7
he'd [1] 5122/19
he's [10] 5051/19 5072/11 5117/3 5117/9 5185/15 5191/5 5191/9 5198/18 5221/4 5221/5
head [2] 5104/7 5141/17
header [2] 5207/4 5209/21
headlined [1] 5206/19
health [1] 5206/10
hear [7] 5053/12 5067/17 5071/14 5076/1 5076/5 5076/6 5081/19
heard [24] 5052/10 5054/9 5054/21 5059/18 5059/22 5060/15 5061/3 5062/22 5064/4 5086/6 5086/23

5093/17 5096/4 5099/12 5104/9 5107/8 5110/current-line 5123/20 5176/6
5177/22 5187/4 5187/19 5207/13
hearing [3] 5066/18 5075/19 5075/25
heavier [3] 5108/11 5108/11 5108/13
heavy [1] 5150/22
height [3] 5088/25 5223/9 5223/10
held [5] 5071/22 5075/11 5075/14 5118/3 5225/8
helical [8] 5104/1 5104/16 5113/21 5140/9 5140/18 5140/20 5140/24 5146/19
helically [8] 5085/25 5103/25 5113/18 5116/14 5141/17 5149/8 5149/9 5149/23
helically-bowed [1] 5103/25
helically-buckled [1] 5141/17
Hello [1] 5063/5
help [6] 5080/18 5089/3 5090/15 5091/14 5091/23 5103/9
helped [1] 5115/16
helps [2] 5103/6 5114/5
her [1] 5071/20
here [124] 5051/16 5055/20 5058/4 5066/5 5083/7 5088/24 5089/7 5089/16 5089/20 5089/21 5090/1 5090/9 5091/13 5091/22 5092/13 5093/6 5093/10 5094/15 5095/6 5096/12 5097/5 5099/19 5101/11 5101/19 5102/3 5105/18 5106/14 5106/18 5106/23 5108/5 5109/3 5109/25 5111/11 5111/14 5111/17 5111/18 5112/2 5112/9 5112/9 5112/23 5112/24 5113/1 5113/19 5113/25 5115/9 5115/9 5118/11 5118/21 5118/22 5118/23 5118/24 5118/24 5119/7 5119/11 5120/1 5120/23 5122/3 5122/3 5122/4 5122/5 5122/9 5123/19 5124/20 5125/1 5125/5 5125/6 5126/12 5127/20 5128/16 5129/3 5130/5 5130/8 5130/24 5133/21 5134/22 5134/22 5135/22 5135/23 5135/24 5136/3 5136/4 5138/4 5138/5 5138/7 5138/18 5138/25 5139/1 5139/5 5139/11 5142/1 5142/14 5149/14 5149/18 5150/20 5152/1 5152/12 5152/13 5152/19 5153/2 5159/4 5160/5 5165/3 5165/19 5167/4 5167/13 5167/16 5169/3 5177/16 5180/23 5183/2 5184/8 5191/14 5191/22 5196/1 5197/15 5198/21 5211/21 5212/11 5212/20 5218/11 5221/8 5225/15 5230/19 5230/25
Here's [1] 5126/13
hereby [1] 5233/5
Herman [3] 5043/22 5043/22 5043/23
high [6] 5081/21 5082/24 5137/14 5200/25 5206/14 5216/18
high-pressure [1] 5200/25
higher [3] 5111/6 5111/10 5111/15
highlight [2] 5102/9 5109/25
highlighted [5] 5171/6 5171/12 5210/10 5211/1 5229/19
highlighting [5] 5123/19 5182/18 5218/20 5220/10 5229/25
HILL [1] 5048/9
him [10] 5063/17 5053/19 5067/7 5067/24 5068/11 5084/17 5098/18 5147/2 5165/16 5205/1
himself [1] 5166/24
hire [1] 5078/25
hired [4] 5079/21 5083/25 5086/6 5146/13
his [34] 5051/12 5051/19 5060/10

5084/10 5084/20 5149/6 5150/12
5167/16 5186/4 5186/25 5187/5
5167/6 5167/12 5167/16 5168/4 5168/4
5169/23 5170/1 5170/3 5170/3 5170/19
5170/20 5171/21 5177/13 5180/11
5180/13 5191/14 5191/16 5191/21
5198/6 5198/9 5198/12 5198/12
5198/15
history [1] 5157/12
hit [2] 5075/22 5215/25
hold [10] 5071/18 5088/5 5089/1 5091/15 5091/24 5095/15 5104/6 5115/7 5115/16 5196/19
holding [8] 5089/2 5129/18 5129/19 5129/21 5135/16 5136/3 5139/3 5144/20
Holdings [5] 5047/5 5047/8 5047/12 5047/16 5047/19
holds [2] 5126/6 5126/23
hole [3] 5108/17 5108/25 5120/15
Holthaus [1] 5044/21
home [1] 5059/4
honest [1] 5053/23
honor [71] 5050/7 5050/15 5050/22 5051/5 5051/10 5051/15 5051/21 5052/3 5052/6 5052/9 5052/18 5052/20 5052/23 5052/25 5053/5 5053/10 5053/25 5055/8 5057/15 5057/23 5058/7 5058/11 5059/3 5059/10 5059/16 5060/4 5061/10 5061/21 5061/23 5062/9 5063/7 5063/14 5064/14 5064/20 5065/6 5065/8 5065/14 5066/19 5066/21 5067/11 5067/18 5068/11 5069/17 5070/13 5070/17 5070/21 5072/10 5072/22 5076/14 5084/3 5084/21 5085/1 5117/3 5132/13 5132/17 5132/22 5135/7 5148/15 5151/12 5169/9 5176/20 5176/22 5179/20 5180/6 5194/2 5194/8 5198/3 5198/11 5231/22 5232/12 5232/16
Honor's [1] 5060/1
HONORABLE [1] 5043/15
hook [18] 5107/14 5107/17 5107/21 5107/22 5107/23 5107/25 5108/1 5108/2 5108/5 5108/7 5108/10 5108/14 5108/14 5108/18 5109/1 5109/11 5109/15 5173/3
hope [1] 5066/1
HORIZON [52] 5043/4 5055/23 5083/14 5087/14 5088/1 5090/21 5093/20 5095/23 5096/3 5097/17 5098/15 5100/25 5105/11 5111/3 5137/24 5145/5 5155/19 5157/21 5165/18 5166/1 5169/22 5182/8 5185/23 5186/18 5195/4 5203/23 5204/7 5204/21 5206/4 5206/7 5210/5 5211/13 5211/17 5212/22 5214/3 5215/7 5216/16 5217/11 5217/25 5219/22 5219/24 5220/6 5220/12 5221/14 5221/22 5222/5 5223/19 5225/12 5226/4 5227/8 5228/10 5230/22
Horizon's [3] 5188/8 5212/9 5216/24
hose [1] 5082/22
Houma [1] 5044/16
hours [2] 5144/21 5153/21
housed [4] 5080/17 5093/9 5093/12 5093/13
Houston [9] 5045/4 5047/10 5047/21 5048/5 5048/13 5048/17 5073/7 5073/8 5073/11
how [64] 5056/22 5065/23 5067/14 5068/2 5073/5 5076/17 5078/19

Case 2:10-md-02179-CJB-DPC Document 6427-25 Filed 04/25/12 Page 207 of 227

# H

how... [57]   5079/11 5080/23 5081/24
5081/25 5082/25 5084/25 5087/21
5088/14 5090/20 5090/25 5092/3
5094/2 5097/23 5099/13 5103/5 5103/5
5105/2 5105/6 5107/24 5112/19
5116/19 5124/6 5125/13 5127/21
5128/10 5137/1 5140/2 5149/3 5150/12
5150/17 5151/18 5151/19 5153/17
5158/15 5159/13 5160/24 5161/2
5163/13 5164/16 5164/22 5165/6
5165/13 5166/17 5166/23 5167/3
5188/9 5188/12 5189/20 5194/24
5200/13 5201/5 5208/19 5210/10
5210/14 5210/24 5218/3 5221/7
How's [3]   5075/15 5075/25 5082/2
however [2]   5054/15 5061/15
HUGH [2]   5048/15 5051/15
Hughes [1]   5047/19
hurt [1]   5103/22
hydraulic [9]   5094/17 5095/2 5095/3
5095/6 5101/16 5144/20 5158/6 5158/6
5177/19
hydraulically [2]   5094/6 5094/14
hydraulics [3]   5080/13 5098/2 5159/22
hydrocarbons [2]   5109/12 5123/16
HYMEL [3]   5047/16 5065/15 5065/17

# I

I'd [5]   5067/19 5118/16 5127/6 5171/18
5211/12
I'll [20]   5059/5 5062/11 5064/25 5065/3
5070/6 5081/25 5090/25 5117/10
5117/12 5118/20 5122/1 5124/16
5169/10 5181/5 5181/8 5198/24
5216/24 5218/8 5231/6 5232/11
I'm [61]   5053/13 5053/21 5055/13
5055/19 5057/15 5059/11 5059/12
5059/12 5060/24 5061/1 5061/6 5063/1
5064/4 5064/5 5064/5 5064/6 5065/3
5065/25 5068/9 5074/19 5084/7
5084/17 5103/12 5103/21 5106/7
5106/7 5110/3 5110/17 5111/16
5113/14 5115/20 5117/14 5118/10
5121/15 5127/3 5129/19 5132/3
5132/12 5132/13 5135/4 5135/16
5137/20 5141/16 5156/5 5159/7
5164/17 5168/22 5179/20 5180/10
5180/21 5183/3 5183/17 5194/2 5198/3
5198/22 5209/10 5211/11 5212/18
5221/17 5231/22 5231/24
I's [4]   5052/2 5053/3 5053/6 5055/11
I've [23]   5050/9 5058/4 5058/21 5060/24
5060/25 5061/23 5064/4 5070/6
5070/23 5077/23 5099/11 5133/9
5133/15 5147/19 5154/18 5156/23
5157/23 5163/2 5177/2 5208/25
5218/11 5222/21 5226/24
idea [3]   5072/4 5078/18 5210/25
identical [3]   5091/3 5158/9 5158/10
identified [9]   5117/13 5119/19 5124/13
5192/23 5193/11 5198/9 5200/6 5201/2
5203/11
identify [4]   5196/4 5198/15 5198/19
5199/3
II [7]   5073/18 5074/4 5083/13 5165/18
5227/8 5227/13 5227/24
II and [1]   5227/24
II control [2]   5083/13 5165/18
II system [1]   5227/8
II to [1]   5227/13
III [7]   5073/18 5074/4 5227/6 5227/10

5227/13 5227/24 5228/3
ill control [1]   5227/10 5228/3
III system [1]   5227/24
Illinois [1]   5046/24
illustrates [1]   5150/17
immediately [1]   5099/9
impacted [1]   5097/19
impart [3]   5125/13 5150/13 5154/11
imparted [3]   5149/7 5153/11 5156/15
imparts [1]   5150/8
impossible [2]   5134/25 5187/2
Imprevento [1]   5044/8
improper [1]   5172/17
inability [2]   5157/9 5157/13
inaccurate [1]   5181/22
inadvertent [1]   5099/15
inadvertently [1]   5158/21
inappropriate [1]   5067/16
INC [16]   5043/11 5046/19 5046/22
5047/3 5047/6 5047/7 5047/9 5047/10
5047/13 5047/13 5047/17 5047/17
5047/20 5047/21 5048/7 5048/12
inch [4]   5107/3 5111/17 5224/9 5226/18
inches [4]   5111/10 5111/20 5111/20
5126/24
incident [47]   5079/22 5085/7 5087/14
5099/8 5100/24 5146/11 5168/10
5172/6 5172/10 5174/23 5176/3
5188/10 5188/25 5189/20 5190/8
5192/2 5192/12 5192/17 5193/7
5194/16 5195/1 5195/11 5195/14
5196/6 5196/21 5197/11 5198/1
5199/23 5200/2 5200/15 5200/18
5200/20 5209/9 5209/11 5210/11
5210/15 5211/14 5217/1 5217/20
5222/24 5224/18 5225/15 5226/1
5227/9 5227/12 5228/18 5231/12
inclined [1]   5053/15
include [7]   5052/16 5056/1 5078/20
5199/7 5216/25 5219/17 5229/14
included [2]   5084/12 5132/19
includes [1]   5135/19
including [5]   5079/3 5083/4 5083/4
5142/20 5198/9
incompressible [1]   5088/20
incorporated [1]   5202/10
incorrect [1]   5181/24
increase [4]   5111/23 5115/10 5115/11
5116/6
increased [4]   5111/16 5115/12 5122/8
5138/25
increases [5]   5112/1 5112/2 5112/21
5116/16 5120/14
increasing [2]   5116/17 5120/12
incurred [1]   5088/7
independent [1]   5180/25
indicate [9]   5155/20 5168/9 5169/21
5177/19 5193/25 5205/7 5215/22
5216/1 5216/5
indicated [3]   5058/8 5143/5 5168/3
indicates [4]   5101/13 5155/3 5172/11
5216/6
indicating [1]   5191/2
indication [4]   5107/23 5151/25 5154/16
5171/15
indicative [1]   5155/5
indicator [1]   5206/10
industry [25]   5077/18 5079/12 5087/15
5087/19 5099/7 5147/9 5174/21
5203/20 5207/21 5209/8 5210/12
5210/20 5211/7 5213/12 5215/3
5215/12 5217/20 5220/6 5222/9
5222/23 5222/23 5224/17 5227/15

5228/17 5231/9
5231/23 5232/8
infant [4]   5208/7 5208/9 5208/16
5208/23
information [6]   5055/22 5080/7 5110/24
5170/12 5177/7 5198/19
initial [3]   5110/15 5217/25
initially [3]   5080/12 5144/23 5174/9
input [1]   5204/7
insert [1]   5170/12
inserts [21]   5088/23 5089/3 5089/13
5089/16 5090/9 5090/9 5090/13 5091/9
5091/14 5091/22 5111/13 5111/14
5111/21 5112/9 5112/9 5112/10 5113/2
5113/2 5118/11 5152/18 5152/23
inside [5]   5093/13 5114/16 5127/18
5138/4 5140/17
inspected [3]   5110/25 5213/7
inspecting [1]   5196/14
inspection [6]   5200/11 5200/24 5200/24
5206/25 5210/3 5211/4
inspection/recertification [1]   5210/3
inspections [1]   5207/9
install [2]   5208/11 5226/4
installation [4]   5169/5 5173/9 5208/12
5225/25
installed [10]   5131/10 5171/23 5172/3
5182/8 5183/6 5183/10 5187/13
5187/17 5208/14 5212/17
installing [1]   5186/7
instance [1]   5055/1
instead [3]   5051/4 5226/25 5227/21
Institute [1]   5073/11
instructions [3]   5056/6 5065/25 5158/15
insufficiency [1]   5062/3
intact [2]   5153/17 5154/4
intend [1]   5061/15
intended [1]   5211/2
intent [1]   5066/23
interfere [2]   5095/15 5205/11
interference [3]   5145/1 5146/2
intering [3]   5106/18 5131/8 5131/8
InterLink [1]   5193/2
internal [13]   5079/22 5080/11 5080/18
5080/23 5146/12 5146/15 5169/17
5194/22 5198/13 5199/3 5199/13
5200/6 5201/2
International [2]   5047/22 5048/2
interpretation [1]   5187/20
interpreting [1]   5057/2
interrupt [2]   5135/13 5136/11
interrupted [1]   5082/10
intervening [3]   5183/14 5183/20
5183/23
intervention [2]   5229/13 5229/16
intimate [1]   5225/9
introduce [2]   5065/11 5069/20
introduced [3]   5050/25 5059/17 5208/13
introducing [1]   5208/23
inventor [1]   5074/19
investigation [12]   5079/22 5146/9
5146/12 5163/3 5163/10 5169/17
5194/22 5198/13 5199/3 5199/13
5200/7 5201/2
invite [1]   5061/8
involve [12]   5074/23 5074/24 5078/17
5079/10 5079/17 5080/4 5200/10
5200/23 5202/2 5202/15 5206/22
5207/5
involved [14]   5056/17 5057/13 5073/15
5073/24 5082/17 5082/18 5083/2
5083/9 5092/15 5095/6 5116/14 5198/1
5219/8 5219/10

**I**

involvement [2] 5204/1 5205/7
involves [1] 5083/16
involving [2] 5083/21 5204/25
inward [1] 5088/21
iris [2] 5090/10 5091/10
irises [1] 5090/16
Iron [1] 5073/17
Irpino [3] 5045/5 5045/6 5065/8
is [467]
isn't [2] 5134/16 5159/10
issue [28] 5052/10 5054/9 5054/11
  5054/14 5061/1 5061/7 5062/17
  5086/20 5133/17 5169/23 5169/24
  5171/25 5172/21 5172/21 5173/25
  5175/1 5175/4 5176/10 5177/6 5194/4
  5200/3 5203/8 5203/8 5208/15 5208/23
  5225/19 5225/19 5226/6
issued [5] 5080/24 5177/1 5201/19
  5225/14 5228/3
issues [13] 5078/6 5082/23 5082/24
  5082/25 5087/4 5169/24 5170/1
  5173/22 5203/3 5208/12 5208/17
  5226/16 5230/9
it [480]
it's [105] 5052/7 5052/10 5052/11
  5054/6 5054/22 5054/23 5055/3
  5057/18 5062/13 5062/14 5066/20
  5066/25 5068/7 5069/23 5069/24
  5070/8 5071/10 5071/16 5071/17
  5078/13 5081/18 5089/23 5091/20
  5091/21 5092/11 5092/21 5094/10
  5098/5 5099/25 5100/14 5101/25
  5104/18 5104/19 5105/19 5106/22
  5107/3 5109/5 5114/3 5116/14 5119/1
  5121/8 5122/5 5125/25 5127/19 5128/9
  5132/8 5132/11 5132/22 5134/25
  5135/11 5140/25 5140/25 5145/13
  5148/9 5150/23 5152/18 5154/1
  5155/15 5156/2 5160/19 5161/5
  5163/23 5164/7 5164/11 5165/11
  5165/17 5165/18 5166/3 5166/3
  5166/12 5170/9 5175/14 5177/16
  5179/7 5181/4 5181/7 5184/12 5184/14
  5187/23 5187/24 5187/24 5187/25
  5187/25 5188/1 5190/18 5191/5
  5195/24 5200/11 5201/19 5204/25
  5207/6 5207/11 5208/14 5208/15
  5208/16 5208/17 5210/1 5213/22
  5216/3 5216/24 5223/23 5224/21 5227/7
  5228/1 5231/19
items [1] 5198/14
its [27] 5052/7 5092/20 5097/11
  5106/21 5113/21 5115/11 5120/12
  5121/9 5122/6 5128/11 5136/1 5137/6
  5142/4 5147/11 5155/8 5165/12
  5165/13 5169/5 5188/1 5199/20
  5201/24 5204/8 5205/8 5207/10
  5209/15 5215/3 5220/16
itself [7] 5062/18 5089/1 5090/14
  5095/20 5192/24 5193/9 5200/25

**J**

JAMES [2] 5043/19 5046/12
January [1] 5178/6
January 31st [1] 5178/6
Jefferson [2] 5043/20 5047/17
JEFFREY [1] 5044/9
JERRY [1] 5048/12
JESSICA [2] 5045/19 5045/20
jetted [1] 5136/8
Jim [1] 5051/10

**J** (cont.)

JIMMY [1] 5045/3
Jodi [1] 5048/17 5048/20 5233/10
  5233/11 5233/11
JOHN [4] 5044/22 5047/20 5048/16
  5067/9
Johnson [1] 5068/21
join [3] 5076/25 5077/2 5117/5
joined [3] 5077/4 5077/22 5079/23
joining [1] 5073/17
joint [45] 5104/3 5104/17 5105/20
  5105/22 5106/13 5106/17 5106/21
  5106/21 5106/23 5107/1 5107/5
  5107/16 5109/16 5109/21 5110/12
  5111/1 5111/2 5111/6 5111/8 5111/12
  5112/12 5112/18 5113/4 5113/6
  5113/15 5118/21 5118/22 5118/22
  5119/22 5119/23 5121/18 5132/1
  5134/9 5135/12 5135/16 5135/17
  5135/20 5136/7 5136/25 5137/7
  5137/12 5137/18 5138/19 5147/21
  5154/6
joint's [1] 5105/25
joints [4] 5073/24 5073/24 5107/9
  5134/14
joints/flex [1] 5073/24
JONES [1] 5048/3
JR [3] 5044/12 5048/8 5048/8
judge [23] 5043/15 5058/18 5063/3
  5063/5 5063/6 5063/20 5063/22 5064/2
  5064/10 5064/19 5065/21 5066/2
  5070/2 5070/9 5079/24 5114/15
  5122/19 5124/17 5128/17 5128/20
  5129/8 5148/10 5159/1 5194/15
Judge Barbier [4] 5079/24 5114/15
  5122/19 5128/20
judgment [10] 5054/6 5054/11 5054/16
  5054/16 5055/2 5057/21 5057/22
  5059/14 5059/24 5062/6
judgments [1] 5194/7
jump [2] 5171/11 5212/20
jury [1] 5054/20
just [107] 5053/21 5055/19 5060/5
  5060/6 5061/17 5062/1 5062/11
  5064/22 5064/24 5064/25 5065/3
  5066/3 5068/7 5069/8 5070/7 5071/21
  5072/11 5074/15 5084/23 5087/25
  5090/1 5090/17 5091/3 5091/9 5091/19
  5095/1 5098/11 5099/13 5103/18
  5110/14 5112/6 5112/16 5112/18
  5112/24 5113/20 5113/25 5115/9
  5115/12 5116/5 5116/17 5118/10
  5119/12 5119/15 5120/8 5120/19
  5120/23 5121/9 5121/14 5125/8 5127/6
  5127/17 5128/6 5129/9 5130/13
  5130/14 5134/16 5136/15 5140/14
  5141/5 5143/5 5146/6 5153/3 5153/9
  5156/12 5156/20 5157/23 5158/10
  5161/6 5162/18 5164/7 5167/9 5168/2
  5169/10 5169/13 5171/5 5172/2 5173/2
  5173/14 5175/24 5176/6 5179/22
  5179/23 5181/12 5182/20 5185/22
  5186/12 5187/23 5189/13 5193/14
  5194/25 5196/14 5199/2 5208/5
  5208/10 5209/21 5213/17 5215/9
  5215/19 5218/17 5218/21 5223/17
  5225/17 5227/25 5228/19 5229/19
  5231/5 5232/4
Justice [4] 5045/8 5045/12 5045/18
  5046/2

**K**

Kanner [3] 5046/15 5046/15 5052/3
KARIS [2] 5046/22 5084/5

**K** (cont.)

Katz [1] 5043/22
keep [26] 5083/5 5084/4 5118/19
  5121/8 5170/2 5187/23
keeping [3] 5102/6 5141/16 5227/3
keeps [1] 5170/4
KELLEY [1] 5046/4
KERRY [1] 5047/6
key [2] 5087/25 5215/6
kick [2] 5088/7 5088/9
kill [10] 5057/4 5128/3 5128/3 5128/4
  5128/5 5128/10 5128/13 5128/14
  5130/6 5200/25
killing [1] 5128/8
Kinchen [2] 5047/19 5047/20
kind [8] 5061/1 5063/25 5077/7 5137/18
  5151/25 5152/3 5212/8 5223/18
kink [7] 5119/25 5120/2 5134/22 5138/3
  5138/4 5139/9 5139/10
kinked [2] 5138/6 5138/21
kinking [1] 5138/12
Kirkland [1] 5046/21
kitchen [1] 5187/23
knew [3] 5059/9 5070/7 5147/3
knife [1] 5122/1
know [58] 5063/22 5064/25 5065/18
  5065/21 5065/25 5076/1 5081/24
  5082/25 5083/14 5084/18 5101/19
  5104/6 5106/24 5107/24 5120/1
  5128/10 5132/8 5133/1 5133/25
  5135/11 5135/22 5135/23 5138/17
  5139/4 5143/14 5144/21 5145/11
  5146/17 5150/24 5152/17 5155/24
  5156/1 5156/3 5167/6 5170/2 5171/18
  5172/21 5173/18 5174/2 5179/13
  5183/19 5188/20 5190/9 5192/5
  5192/21 5198/21 5205/1 5207/20
  5210/4 5213/9 5213/15 5213/22
  5213/22 5218/13 5218/13 5218/14
  5221/4 5231/17
knowledge [4] 5062/21 5062/24 5064/15
  5095/24
known [2] 5175/3 5230/4
knows [2] 5218/11 5218/12
Kodiak [1] 5214/4
KRAUS [1] 5046/16
Kullman [1] 5044/5

**L**

L-shaped [4] 5127/15 5127/24 5131/2
  5131/3
labeled [3] 5197/2 5202/14 5203/11
lack [3] 5062/20 5062/24 5108/12
laed.uscourts.gov [1] 5048/20
Lafayette [2] 5043/21 5047/18
Lafleur [1] 5047/16
Lamar [1] 5047/18
landed [3] 5152/2 5152/16 5152/19
landing [1] 5137/19
lands [2] 5137/16 5150/24
LANGAN [2] 5046/22 5064/20
Langan's [1] 5058/14
language [7] 5171/6 5171/12 5210/10
  5218/20 5220/9 5229/19 5230/11
large [1] 5150/21
largely [1] 5055/6
larger [1] 5112/20
Lasalle [1] 5046/23
laser [7] 5110/22 5110/23 5110/23
  5121/19 5127/4 5153/4 5159/7
last [18] 5064/14 5066/5 5070/2
  5076/23 5096/12 5110/21 5154/21
  5169/3 5171/11 5174/1 5178/22

last... [7]  5178/24 5185/20 5190/25 5212/21 5213/23 5214/7 5217/15
latched [8]  5188/6 5188/21 5188/24 5189/1 5189/2 5189/10 5189/17 5190/7
later [8]  5134/12 5135/14 5142/17 5170/11 5175/4 5205/11 5213/21 5227/7
lavaliers [1]  5075/13
law [9]  5044/15 5044/18 5045/5 5054/12 5054/18 5055/5 5057/18 5061/2 5061/24
LAWRENCE [1]  5045/21
lays [1]  5191/14
lead [2]  5174/7 5174/14
leader [2]  5077/23 5080/1
leading [3]  5077/17 5176/20 5211/13
leak [2]  5095/2 5095/3
leaking [3]  5123/23 5144/22 5144/23
lean [1]  5158/21
learn [1]  5081/25
learned [3]  5079/16 5080/14 5105/5
learning [1]  5078/19
LEASING [1]  5043/8
least [7]  5062/14 5067/8 5067/10 5082/18 5097/9 5124/2 5180/11
leave [1]  5076/18
leaves [1]  5143/15
led [1]  5082/19
left [17]  5065/24 5076/21 5076/25 5091/2 5092/4 5092/6 5094/10 5094/23 5110/3 5122/5 5122/18 5133/6 5135/17 5152/23 5153/4 5191/2 5191/11
left-hand [1]  5091/2
legal [2]  5057/7 5057/20
Leger [2]  5044/12 5044/12
length [2]  5090/3 5149/13
lens [1]  5091/10
Leo [3]  5053/15 5067/23 5070/19
less [7]  5097/7 5166/2 5190/4 5190/5 5190/10 5195/17 5224/3
lessening [1]  5109/11
lessons [1]  5079/16
let [22]  5060/18 5067/17 5084/17 5087/3 5098/10 5125/4 5133/4 5133/7 5135/4 5135/13 5136/11 5140/8 5155/23 5156/11 5166/16 5167/6 5196/12 5205/6 5212/20 5215/21 5216/21 5217/23
let's [85]  5074/20 5076/7 5081/4 5085/4 5085/6 5087/21 5088/10 5090/6 5090/20 5090/23 5091/16 5091/25 5093/3 5094/21 5100/7 5102/7 5102/17 5105/10 5107/19 5113/12 5114/6 5118/6 5118/14 5120/7 5120/16 5121/11 5123/4 5123/13 5129/1 5129/24 5130/11 5143/9 5148/4 5148/8 5148/9 5151/20 5153/14 5157/15 5159/11 5160/3 5163/6 5166/9 5167/1 5169/8 5170/14 5173/17 5175/11 5177/25 5178/20 5179/2 5179/18 5181/9 5182/10 5182/25 5184/10 5184/22 5185/16 5186/10 5187/6 5188/16 5189/3 5189/11 5190/12 5195/20 5196/8 5196/24 5197/13 5197/16 5199/10 5200/4 5200/21 5202/24 5203/9 5204/10 5204/23 5207/2 5209/20 5210/7 5211/16 5212/6 5213/1 5214/17 5216/22 5220/22 5229/17
letter [7]  5175/14 5175/17 5175/24 5176/16 5176/16 5177/1 5177/11

level [28]  5104/14 5107/6 5109/17 5111/10 5111/16 5113/4 5113/13 5115/14 5115/15 5118/8 5118/10 5122/25 5124/6 5124/12 5124/24 5125/24 5127/21 5128/12 5131/19 5131/23 5137/1 5139/18 5139/22 5150/9 5154/12 5156/14 5156/15 5203/7
levels [1]  5123/24
Lewis [5]  5044/5 5046/18 5048/7 5048/11 5048/14
LI [1]  5047/13
liability [1]  5060/8
life [10]  5163/19 5165/21 5179/11 5186/3 5186/4 5186/15 5187/25 5188/1 5224/12 5224/13
lift [11]  5081/19 5085/24 5100/2 5103/24 5104/23 5105/19 5105/19 5106/16 5107/13 5109/4 5147/23
lift-up [1]  5100/2
lifted [3]  5106/17 5107/16 5109/21
lifting [5]  5104/21 5109/8 5109/10 5147/20 5147/21
lifts [1]  5099/18
light [1]  5071/13
lightening [1]  5109/15
lights [1]  5071/1
like [38]  5053/16 5053/18 5053/24 5060/22 5064/12 5065/10 5066/20 5067/19 5068/1 5078/25 5079/5 5084/3 5090/10 5091/8 5091/10 5095/8 5099/1 5115/13 5118/16 5121/9 5121/18 5122/19 5125/2 5127/6 5127/17 5129/9 5140/12 5155/3 5163/18 5164/8 5167/9 5171/18 5187/23 5204/1 5208/15 5211/12 5230/24
liked [1]  5063/22
likely [2]  5193/6 5193/25
limine [2]  5054/19 5050/20
limit [1]  5186/18
limitation [3]  5061/25 5062/13 5062/19
limited [4]  5060/10 5067/3 5222/7 5226/25
Lindner [5]  5053/15 5067/23 5070/17 5070/20 5070/21
Lindner's [2]  5069/8 5070/11
line [9]  5057/4 5064/1 5082/22 5108/1 5108/6 5109/25 5167/20 5219/23 5220/1
Liskow [1]  5046/18
list [10]  5050/9 5050/13 5053/15 5065/9 5065/17 5066/10 5066/16 5067/24 5068/6 5204/15
listed [6]  5067/9 5099/4 5101/24 5167/13 5217/2 5224/12
listen [1]  5058/4
listened [1]  5060/25
listening [3]  5059/11 5059/12 5081/19
lists [1]  5185/2
literature [1]  5230/23
litigation [6]  5046/3 5083/18 5083/21 5117/13 5165/9 5192/23
little [11]  5068/16 5075/21 5076/9 5097/8 5125/7 5137/25 5141/16 5142/13 5159/10 5166/2 5232/14
live [3]  5067/6 5067/12 5068/11
LLC [14]  5043/19 5043/22 5044/2 5044/15 5046/15 5047/5 5047/6 5047/9 5047/12 5047/16 5047/20 5047/20 5048/14 5057/18
LLC's [1]  5057/21
LLP [7]  5044/21 5046/21 5047/2 5047/8 5047/12 5047/19 5048/2

LMRP [10]  5088/2 5094/21 5094/22 5099/2 5150/25 5166/22 5167/22 5171/7 5199/19 5200/3
load [32]  5107/14 5107/18 5107/21 5107/22 5108/1 5108/2 5108/6 5108/7 5108/10 5108/11 5108/14 5108/18 5109/1 5109/11 5109/15 5115/6 5116/4 5116/7 5116/16 5121/24 5124/22 5124/23 5124/25 5125/6 5136/2 5136/21 5141/24 5142/4 5142/13 5155/14 5197/2 5197/4
loan [1]  5104/11
local [1]  5063/9
located [10]  5073/7 5136/18 5138/21 5157/20 5157/22 5179/9 5179/14 5197/23 5228/9 5228/21
location [16]  5111/11 5118/4 5118/17 5118/18 5118/24 5119/4 5119/13 5120/21 5123/8 5128/2 5131/5 5131/14 5135/20 5135/24 5138/5 5138/6
locations [3]  5119/17 5119/20 5132/19
lock [13]  5093/22 5093/24 5094/5 5094/6 5094/13 5094/15 5094/18 5095/1 5095/4 5095/5 5095/8 5095/16 5095/17
locked [7]  5094/7 5094/19 5095/7 5144/16 5145/6 5146/3 5154/3
locks [24]  5093/20 5093/25 5094/1 5094/2 5094/5 5094/20 5095/1 5095/13 5098/11 5098/14 5144/6 5144/7 5144/13 5144/15 5145/2 5145/4 5145/8 5145/13 5145/18 5145/20 5145/21 5145/22 5145/25 5146/3
logic [1]  5187/21
logs [1]  5050/21
long [7]  5068/2 5073/5 5076/17 5080/23 5124/9 5142/12 5153/17
longer [12]  5097/13 5097/14 5099/3 5118/3 5124/19 5125/16 5125/25 5139/3 5139/6 5139/7 5150/13 5185/20
look [58]  5065/17 5067/20 5088/13 5091/16 5093/3 5094/2 5096/22 5100/21 5100/21 5102/7 5105/4 5107/19 5108/5 5109/25 5118/20 5120/7 5122/11 5122/19 5123/4 5123/7 5126/8 5128/22 5129/4 5132/7 5132/10 5138/22 5146/15 5151/20 5158/24 5175/11 5180/10 5186/25 5187/6 5189/3 5190/12 5195/20 5196/24 5197/13 5200/4 5200/21 5202/12 5203/9 5204/10 5204/16 5204/23 5207/2 5208/16 5209/20 5210/21 5211/16 5213/25 5214/17 5216/13 5216/19 5222/4 5229/7 5229/17 5231/5
looked [8]  5066/13 5068/6 5112/17 5112/25 5122/22 5188/13 5189/1 5215/19
looking [23]  5059/12 5082/17 5083/11 5101/3 5111/14 5119/5 5126/12 5129/5 5130/20 5131/25 5132/12 5134/13 5134/13 5138/10 5152/9 5153/3 5159/5 5160/5 5171/3 5186/12 5194/11 5220/14 5220/16
looking-forward [1]  5220/14
looks [1]  5140/12
Los [1]  5047/14
lose [6]  5095/2 5095/3 5118/2 5142/6 5159/13 5159/22
loses [2]  5096/8 5118/18
losing [1]  5109/5
loss [6]  5098/1 5109/3 5109/9 5122/3 5159/19 5160/20

**L**

lost [24] 5056/12 5056/15 5067/7
5094/17 5094/18 5096/10 5098/2
5098/3 5098/3 5118/3 5124/21 5127/11
5127/11 5136/1 5136/21 5137/9
5142/13 5142/14 5154/2 5154/3 5154/9
5157/23 5183/17 5227/22
lot [7]  5147/2 5191/18 5202/16 5205/9
5223/15 5230/24 5232/15
lots [1]  5122/4
louder [1]  5082/1
loudly [1]  5081/24
LOUISIANA [25]  5043/2 5043/6 5043/21
5043/24 5044/7 5044/13 5044/16
5044/19 5044/23 5045/7 5046/11
5046/12 5046/13 5046/15 5046/17
5046/20 5047/7 5047/18 5047/24
5048/16 5048/19 5052/4 5052/15
5052/22 5233/5
low [2]  5206/14 5216/7
lower [20]  5078/19 5078/22 5092/5
5092/7 5092/7 5092/14 5093/7 5093/11
5093/12 5099/22 5106/1 5122/18
5126/13 5129/7 5129/15 5150/15
5150/16 5152/13 5223/21 5224/1
LUIS [1]  5047/13
LUTHER [1]  5046/8

**M**

M-I [29]  5048/14 5051/15 5051/22
5052/20 5053/2 5053/14 5054/1 5055/2
5055/10 5055/15 5055/16 5055/16
5055/23 5056/7 5056/10 5056/12
5056/17 5056/19 5056/21 5056/24
5057/1 5057/8 5057/12 5057/18
5057/18 5057/21 5058/9 5058/9 5059/1
M-I's [4]  5052/2 5053/3 5053/6 5055/11
Macondo [26]  5055/11 5055/12 5055/17
5055/18 5079/22 5085/7 5100/24
5170/23 5172/6 5174/22 5176/3 5178/7
5178/16 5188/25 5192/12 5195/1
5203/24 5205/4 5205/10 5211/14
5212/10 5212/23 5213/16 5214/11
5216/11 5217/1
made [18]  5052/6 5053/23 5055/1
5063/20 5074/1 5098/25 5155/8 5156/1
5171/22 5181/11 5203/15 5215/15
5222/15 5225/6 5226/7 5226/19
5226/20 5227/1
Magazine [1]  5045/6
magic [1]  5067/14
magnetic [4]  5161/25 5162/1 5162/2
5162/2
magni [1]  5161/25
magnitude [2]  5123/24 5124/1
Mahtook [1]  5047/16
mail [8]  5169/9 5169/14 5169/21
5170/24 5171/21 5204/19 5204/25
5205/7
main [5]  5044/22 5077/4 5088/3 5191/4
5198/12
mainly [3]  5077/11 5200/24 5225/18
maintain [2]  5172/11 5177/20
maintained [1]  5054/13
maintenance [87]  5078/17 5078/20
5086/16 5086/20 5087/4 5156/20
5157/8 5157/12 5182/16 5194/12
5194/12 5194/15 5194/25 5195/4
5195/10 5195/13 5195/24 5196/5
5197/7 5197/16 5198/12 5198/14
5199/4 5199/4 5199/8 5199/15 5201/11
5201/19 5201/24 5202/2 5202/3 5202/4

5202/4 5202/5 5202/5 5202/6 5202/9
5202/9 5202/14 5202/15 5202/18
5202/20 5202/20 5202/23 5203/4
5203/12 5203/13 5203/15 5203/19
5203/20 5203/22 5204/2 5204/4 5204/8
5204/20 5205/3 5205/8 5205/10
5205/14 5205/19 5206/17 5207/7
5207/14 5207/19 5207/24 5208/5
5208/19 5209/6 5209/6 5209/9 5209/15
5211/3 5211/17 5211/24 5211/25
5212/8 5214/2 5214/22 5215/3 5215/5
5215/11 5215/14 5215/19 5216/9
5226/9 5226/11 5231/11
major [7]  5079/2 5206/19 5206/21
5206/24 5208/3 5210/25 5215/15
majority [4]  5083/8 5083/11 5083/12
5099/11
make [20]  5052/5 5054/24 5054/25
5058/19 5060/14 5063/8 5064/22
5070/7 5071/24 5078/21 5079/1
5079/13 5126/5 5153/25 5165/25
5177/8 5194/7 5204/22 5217/24
5229/12
makes [4]  5061/25 5065/2 5070/10
5226/13
making [4]  5053/21 5079/18 5135/2
5220/18
MALINDA [1]  5045/21
man [1]  5079/6
Manage [1]  5074/14
management [3]  5073/11 5222/2
5224/14
manager [3]  5074/12 5074/13 5076/21
manually [1]  5096/6
manufactured [1]  5166/6
manufacturer [6]  5079/15 5166/3 5166/7
5176/10 5202/7 5210/4
many [23]  5067/14 5068/24 5090/21
5160/24 5161/2 5163/9 5163/13
5163/24 5164/16 5164/22 5166/17
5166/23 5172/22 5187/2 5188/9
5189/20 5194/24 5200/13 5201/5
5202/3 5218/3 5226/16 5230/17
map [1]  5058/13
March [14]  5043/7 5050/2 5181/24
5182/4 5182/9 5182/21 5183/7 5183/16
5183/21 5188/11 5188/21 5189/13
5190/7 5199/22
March 14th [1]  5182/21
March 2009 [1]  5182/9
March 20th [1]  5188/21
March 30th [1]  5199/22
marine [2]  5060/8 5099/22
Mark [10]  5083/12 5165/18 5227/6
5227/8 5227/10 5227/13 5227/13
5227/24 5227/24 5228/3
marked [6]  5074/1 5110/18 5127/4
5127/14 5130/2 5138/1
marking [1]  5129/4
markings [2]  5127/13 5127/13
marks [1]  5127/25
marshaling [2]  5065/22 5066/4
massive [16]  5111/9 5111/10 5111/21
5112/24 5113/2 5113/18 5120/13
5121/25 5124/5 5128/16 5130/9 5136/5
5136/8 5137/5 5150/25 5155/10
match [7]  5127/17 5128/1 5128/10
5128/18 5133/11 5133/11 5133/14
matched [5]  5105/9 5131/2 5131/3
5133/10 5152/15
matches [2]  5112/24 5127/15
material [4]  5056/13 5056/16 5089/9
5122/4

materials [2]  5198/5 5198/8
matter [8]  5065/24 5067/25 5086/6
5086/6 5097/22 5152/24 5193/21
5233/8
matters [3]  5083/21 5083/24 5128/9
MATTHEW [1]  5046/23
maximum [1]  5182/21
may [19]  5054/11 5054/15 5061/7
5065/18 5072/18 5076/14 5079/23
5085/1 5101/10 5142/22 5148/15
5166/16 5174/3 5174/18 5177/5
5180/24 5201/20 5223/10 5223/15
maybe [12]  5063/24 5065/16 5067/20
5068/16 5081/15 5104/11 5108/24
5148/8 5185/17 5208/10 5208/12
5208/12
MAZE [1]  5046/8
McCLELLAN [1]  5045/19
McKinney [1]  5048/5
McWhorter [2]  5185/12 5185/14
MD [1]  5043/4
me [51]  5050/9 5054/4 5060/18
5065/24 5067/17 5075/4 5075/19
5075/25 5087/3 5093/20 5098/10
5106/8 5107/15 5110/7 5112/6 5114/10
5117/19 5119/20 5133/4 5133/7
5134/13 5135/13 5135/25 5136/11
5140/8 5148/4 5155/23 5156/11
5160/24 5166/16 5171/5 5171/20
5176/6 5179/22 5181/18 5187/21
5191/18 5191/19 5193/16 5196/12
5205/6 5210/2 5212/20 5215/21
5216/21 5217/23 5221/4 5221/5
5229/19 5229/25 5230/5
mean [16]  5066/16 5085/14 5116/7
5121/7 5124/13 5128/5 5143/12
5149/22 5185/18 5193/18 5203/5
5213/6 5218/2 5221/25 5225/17 5228/1
meaning [2]  5114/21 5221/8
means [5]  5186/23 5189/7 5203/6
5208/8 5215/23
meant [3]  5096/6 5124/1 5226/14
measure [1]  5108/3
measured [2]  5108/14 5135/21
measurement [2]  5108/5 5126/24
measurements [1]  5196/15
measures [1]  5108/4
mechanical [6]  5048/23 5073/10
5080/13 5095/19 5099/18 5144/25
mechanically [4]  5094/6 5095/5 5100/1
5156/8
mechanism [4]  5094/15 5192/19 5193/4
5193/12
mechanisms [3]  5192/22 5193/3
5193/10
meet [3]  5101/18 5215/3
member [1]  5080/23
memorandum [1]  5055/4
men [2]  5079/7 5208/25
mention [2]  5066/3 5069/18
mentioned [13]  5078/9 5089/9 5106/20
5107/17 5110/7 5116/5 5146/23
5165/12 5165/22 5166/16 5216/7
5227/20 5228/19
met [2]  5147/1 5164/11
metal [15]  5089/3 5090/8 5091/14
5091/21 5091/23 5111/13 5111/14
5112/10 5118/11 5127/12 5137/19
5152/17 5152/18 5152/23 5161/23
metallurgical [2]  5122/10 5133/12
methods [1]  5229/13
MEXICO [3]  5043/5 5229/5 5230/2
mic [4]  5072/3 5075/11 5075/22

mic... [1]  5075/23
MICHAEL [1]  5045/9 5047/12
MICHELLE [1]  5045/20
Michoud [20]  5100/16 5110/25 5119/17
 5119/18 5127/14 5128/24 5134/4
 5134/5 5144/16 5163/2 5163/7 5163/10
 5163/13 5164/16 5164/25 5168/8
 5168/16 5173/12 5192/9 5192/15
microphone [9]  5053/11 5071/9 5071/21
 5072/6 5072/15 5104/8 5104/13
 5118/19 5132/8
microphone's [1]  5103/16
microphones [1]  5075/5
mics [1]  5071/22
mid [1]  5141/8
mid-1700s [1]  5141/8
middle [6]  5056/2 5132/7 5132/10
 5132/12 5133/1 5133/3
might [18]  5053/11 5103/7 5103/9
 5145/12 5150/18 5155/21 5161/8
 5172/15 5172/20 5174/1 5185/17
 5192/3 5192/23 5206/24 5208/5
 5208/22 5218/12 5219/21
MIKE [2]  5047/3 5067/6
MILLER [1]  5047/6
mimic [1]  5164/2
mimics [1]  5164/5
mine [1]  5061/24
minute [15]  5068/8 5080/25 5086/14
 5087/2 5090/1 5095/22 5112/18
 5119/12 5120/7 5125/10 5148/9
 5153/14 5161/14 5206/2 5225/20
minutes [10]  5068/3 5106/7 5121/1
 5121/2 5123/17 5124/10 5142/13
 5151/4 5151/6 5151/7
misconduct [2]  5061/4 5063/10
mismatches [1]  5171/15
misread [1]  5230/5
miss [1]  5173/25
misstating [1]  5180/24
mistake [2]  5069/21 5182/3
miswired [12]  5162/24 5163/4 5164/20
 5166/22 5166/24 5167/13 5168/7
 5175/23 5176/13 5176/15 5176/18
 5177/9
miswiring [1]  5173/24
mitigation [1]  5175/8
mitigations [1]  5082/25
MMS [1]  5229/12
Mobile [1]  5044/4
MOC [2]  5224/14 5227/20
mocking [1]  5081/6
mode [5]  5097/23 5097/25 5160/21
 5163/22 5163/22
model [7]  5110/17 5112/18 5121/19
 5122/13 5127/3 5135/17 5152/9
modeling [2]  5123/21 5123/22
models [2]  5129/9 5131/2
modified [1]  5221/15
module [1]  5160/8
Monday [1]  5064/21
monitoring [2]  5056/19 5108/18
Montgomery [1]  5046/10
month [2]  5100/23 5182/4
months [8]  5129/5 5175/3 5176/3
 5190/7 5192/11 5192/11 5214/10
 5214/15
moon [7]  5226/12 5226/12 5226/14
 5228/11 5228/11 5228/19 5228/21
more [48]  5068/17 5068/22 5077/15
 5078/22 5080/14 5081/15 5087/1

5108/8 5108/9 5108/20 5109/6 5109/6
 5109/6 5109/11 5112/6 5115/3 5116/8
 5116/9 5118/14 5124/2 5125/6 5125/11
 5133/13 5136/4 5142/14 5143/9
 5144/19 5146/17 5152/15 5156/2
 5156/4 5156/6 5158/14 5159/8 5163/18
 5167/19 5171/25 5176/15 5179/13
 5195/15 5196/20 5207/14 5212/14
 5212/17 5223/10 5223/12 5223/17
 5226/16
Morgan [1]  5048/14
morning [1]  5232/19
mortality [4]  5208/8 5208/9 5208/16
 5208/23
most [9]  5063/18 5068/24 5096/21
 5112/3 5112/8 5128/21 5202/16
 5205/23 5224/17
motion [36]  5050/14 5050/19 5051/4
 5051/17 5052/22 5051/25 5052/2
 5053/3 5053/6 5053/20 5055/4 5057/21
 5059/14 5059/23 5060/7 5060/10
 5060/12 5061/6 5061/16 5062/22
 5063/1 5063/8 5063/15 5063/16
 5063/19 5063/21 5064/5 5064/6 5065/4
 5066/16 5084/6 5084/10 5084/23
 5194/2 5198/4 5198/5
motions [3]  5062/6 5063/23 5084/9
mounted [3]  5229/20 5230/5 5230/5
mouth [3]  5071/18 5075/10 5118/19
move [24]  5059/13 5062/2 5072/11
 5090/9 5095/7 5117/7 5148/1 5155/8
 5156/20 5157/8 5162/3 5178/15
 5203/20 5203/22 5204/2 5204/7
 5204/21 5205/8 5213/1 5214/2 5214/19
 5214/23 5226/12 5230/25
moved [7]  5055/2 5077/9 5105/3
 5135/10 5155/14 5171/7 5212/16
movement [2]  5155/15 5155/18
moves [2]  5142/8 5197/5
moving [6]  5052/11 5052/13 5060/17
 5061/12 5105/20 5212/9
Mr [9]  5058/5 5061/24 5064/1 5065/16
 5065/17 5081/1 5082/9 5090/25 5170/2
Mr. [165]  5050/10 5051/9 5051/18
 5052/8 5055/7 5058/3 5058/14 5059/4
 5059/25 5060/3 5060/5 5061/11
 5061/24 5065/9 5065/13 5065/15
 5066/17 5067/20 5068/18 5068/24
 5069/2 5069/8 5069/9 5069/10 5070/11
 5070/17 5070/21 5070/24 5073/15
 5081/18 5083/16 5084/4 5084/7
 5084/13 5084/13 5084/16 5085/6
 5088/13 5095/21 5096/12 5096/12
 5096/15 5098/10 5098/15 5099/7
 5100/7 5100/13 5102/9 5102/18
 5102/18 5103/21 5106/20 5109/24
 5110/1 5110/1 5110/3 5110/17 5112/16
 5113/14 5115/18 5115/18 5115/20
 5115/23 5116/18 5117/8 5117/12
 5117/18 5120/24 5123/11 5124/11
 5127/23 5132/3 5132/8 5135/9 5137/23
 5138/20 5139/21 5142/21 5143/8
 5146/4 5147/1 5148/19 5149/3 5149/19
 5150/7 5150/12 5151/15 5151/23
 5153/10 5153/17 5154/14 5154/25
 5156/11 5160/5 5162/21 5166/11
 5166/12 5168/3 5168/8 5169/3 5169/4
 5169/13 5169/19 5170/16 5170/18
 5171/21 5171/22 5171/25 5171/7
 5173/21 5174/1 5174/17 5175/13
 5175/15 5176/25 5178/2 5178/20
 5179/4 5179/23 5180/5 5180/11 5182/7
 5182/12 5183/2 5183/25 5184/24

5187/5 5185/14 5187/10 5187/15
 5188/19 5189/5 5190/6 5190/15
 5190/18 5190/20 5191/13 5191/14
 5193/14 5194/11 5194/24 5195/21
 5196/11 5198/5 5198/6 5199/2 5199/12
 5200/23 5204/12 5209/5 5209/23
 5211/11 5213/3 5214/2 5215/5 5216/15
 5219/4 5220/11 5220/24 5221/4
 5221/10 5223/17 5229/25 5230/8
 5231/5
Mr. Baay [1]  5127/23
Mr. Barnhill [2]  5065/13 5106/20
Mr. Barnhill's [1]  5065/9
Mr. Beck [1]  5060/5
Mr. Childs [82]  5070/24 5073/15
 5081/18 5083/16 5084/4 5084/16
 5085/6 5088/13 5095/21 5096/12
 5099/7 5100/7 5100/13 5102/9 5110/17
 5112/16 5113/14 5116/18 5117/12
 5120/24 5123/11 5124/11 5132/3
 5132/8 5135/9 5137/23 5138/20
 5139/21 5143/8 5146/4 5148/19
 5156/11 5160/5 5162/21 5166/11
 5168/8 5169/13 5170/16 5171/20
 5173/21 5175/13 5176/25 5178/2
 5178/20 5179/4 5179/23 5180/11
 5182/7 5182/12 5183/2 5184/24 5185/7
 5187/10 5187/15 5188/19 5189/5
 5190/6 5190/15 5191/13 5193/14
 5194/11 5194/24 5195/21 5196/11
 5198/6 5199/2 5199/12 5200/23
 5204/12 5209/5 5209/23 5211/11
 5213/3 5214/2 5215/5 5216/15 5219/4
 5221/10 5223/17 5229/25 5230/8
 5231/5
Mr. Childs' [4]  5084/7 5084/13 5180/5
 5198/5
Mr. Doyen [3]  5102/18 5103/21 5169/3
Mr. Eastveld [3]  5220/11 5220/24
 5221/4
Mr. Garrett [1]  5147/1
Mr. Godwin [1]  5069/2
Mr. Guidry [6]  5169/4 5169/19 5171/3
 5171/22 5174/1 5174/17
Mr. Guidry's [2]  5170/18 5171/21
Mr. Hymel [1]  5065/15
Mr. Langan's [1]  5058/14
Mr. Lindner [2]  5070/17 5070/21
Mr. Lindner's [2]  5069/8 5070/11
Mr. McWhorter [1]  5185/14
Mr. Newman [3]  5050/10 5051/9
 5066/17
Mr. Perkin [8]  5096/12 5096/15 5098/10
 5098/15 5102/18 5110/1 5110/3
 5175/15
Mr. Roy [5]  5051/18 5052/8 5059/25
 5060/3 5061/11
Mr. Sepulvado [2]  5069/9 5069/10
Mr. Shanks [11]  5115/18 5115/18
 5115/20 5115/23 5149/3 5149/19
 5150/7 5150/12 5151/15 5153/17
 5154/25
Mr. Shanks' [3]  5151/23 5153/10
 5154/14
Mr. Sterbcow [1]  5067/20
Mr. Stevick [4]  5109/24 5110/1 5117/18
 5142/21
Mr. Tanner [4]  5055/7 5058/3 5059/4
 5061/24
Mr. Thompson's [1]  5117/8
Mr. Tolleson [2]  5084/13 5168/3
Mr. Tolleson's [1]  5166/12
Mr. Webster [1]  5068/24

# M

Mr. Woelfel [1]  5068/18
Mr. Zatarain [3]  5183/25 5190/20 5191/14
Mr. Zatarain's [1]  5190/18
much [19]  5057/23 5059/3 5065/3 5084/20 5085/3 5090/10 5091/8 5095/8 5107/24 5111/14 5111/14 5111/25 5126/21 5133/14 5147/5 5148/17 5188/12 5192/18 5230/22
mud [1]  5229/22
multiple [2]  5154/20 5222/12
Munger [1]  5047/12
Murry [3]  5067/8 5068/4 5068/5
must [8]  5054/17 5071/12 5191/19 5191/20 5203/13 5217/8 5222/1 5223/8
mute [1]  5075/22
MUX [16]  5096/10 5097/21 5158/5 5159/2 5159/5 5159/15 5160/19 5164/8 5169/20 5228/6 5228/6 5228/9 5228/14 5228/15 5228/18 5228/21
my [40]  5058/11 5060/18 5064/15 5067/19 5069/19 5069/21 5071/18 5073/17 5075/10 5076/23 5080/12 5082/12 5086/13 5092/20 5111/16 5121/20 5125/11 5135/9 5136/12 5141/16 5147/25 5159/7 5160/11 5163/16 5163/20 5163/22 5163/22 5165/15 5179/20 5181/5 5181/8 5187/12 5187/21 5193/8 5194/2 5208/25 5219/5 5222/7 5225/16 5233/6
myself [3]  5077/6 5082/19 5103/22

# N

name [10]  5057/20 5071/5 5092/18 5092/21 5093/1 5093/2 5177/16 5213/11 5213/11 5213/12
named [3]  5074/19 5092/22 5119/18
NATHANIEL [1]  5045/16
natural [2]  5045/13 5113/20
naturally [1]  5119/1
nature [1]  5058/24
NDT [2]  5196/11 5196/12
near [1]  5053/11
nearing [1]  5211/11
necessarily [4]  5053/19 5053/20 5165/4 5225/5
necessary [3]  5124/2 5165/25 5169/25
necessitated [1]  5225/8
neck [1]  5111/15
neck-down [1]  5111/15
necked [1]  5112/20
need [10]  5066/21 5071/9 5076/8 5094/21 5104/10 5145/12 5147/6 5153/17 5218/16 5225/17
needed [3]  5208/4 5224/15 5226/17
needing [1]  5224/9
needs [1]  5203/16
negative [5]  5056/3 5056/5 5056/8 5057/2 5057/4
negligence [6]  5051/23 5060/8 5061/4 5062/15 5063/10 5063/12
negotiator [1]  5058/14
Neil [2]  5109/24 5117/2
never [5]  5084/14 5084/15 5130/23 5180/15 5227/25
nevertheless [1]  5051/23
new [24]  5043/6 5043/24 5044/7 5044/13 5045/7 5046/17 5046/20 5047/7 5047/24 5048/19 5066/20 5081/6 5167/11 5182/8 5208/10 5208/10 5208/16 5208/23 5212/17

5220/16 5220/21 5221/25 5224/14 5229/6
Newman [3]  5050/10 5051/9 5066/17
Newman's [1]  5066/12
next [10]  5058/5 5074/10 5088/9 5114/8 5117/24 5136/23 5145/12 5163/20 5183/3 5225/3
nice [2]  5091/23 5137/17
night [1]  5062/16
Ninth [1]  5044/19
no [105]  5050/13 5051/1 5051/5 5051/5 5053/21 5056/7 5056/10 5056/17 5056/19 5056/21 5056/24 5057/1 5057/7 5058/21 5059/18 5060/16 5060/21 5064/15 5066/8 5066/12 5068/13 5069/11 5070/10 5071/12 5072/4 5086/9 5086/20 5095/14 5097/21 5098/21 5098/23 5098/25 5102/5 5105/9 5108/23 5110/10 5116/21 5118/3 5123/3 5124/19 5124/19 5125/16 5125/18 5125/25 5125/25 5131/16 5139/3 5139/6 5139/7 5139/10 5141/6 5141/13 5143/4 5143/18 5144/2 5144/19 5149/11 5150/13 5151/25 5151/25 5152/1 5152/7 5153/13 5153/23 5155/6 5156/17 5156/17 5157/1 5157/8 5157/8 5164/10 5164/10 5168/15 5169/2 5170/1 5171/9 5171/9 5171/14 5171/14 5171/15 5187/5 5191/15 5191/15 5192/7 5200/3 5200/3 5200/20 5206/12 5207/12 5208/22 5214/16 5215/18 5221/23 5222/11 5222/17 5225/13 5226/2 5226/14 5226/22 5227/1 5227/11 5227/14 5227/16 5227/19 5232/7
nobody [2]  5141/21 5158/20
non [3]  5177/14 5180/8 5180/8
non-produced [1]  5180/8
non-Transocean [1]  5177/14
non-TREX [1]  5180/8
nondestructive [1]  5196/12
none [2]  5066/18 5147/10
nonintrusive [1]  5196/13
nonjury [2]  5043/14 5054/10
Norfolk [1]  5047/2
normal [11]  5096/22 5096/24 5108/16 5108/21 5158/16 5160/17 5160/18 5163/22 5163/22 5171/13 5205/10
North [1]  5046/12
Nos. [1]  5062/8
Nos. 8105 [1]  5062/8
not [164]  5050/11 5051/1 5051/21 5052/17 5052/19 5052/20 5053/3 5053/6 5053/20 5054/22 5055/13 5056/1 5057/4 5057/15 5060/12 5060/19 5061/1 5061/3 5061/12 5061/16 5062/5 5062/18 5063/11 5063/19 5064/5 5064/5 5065/18 5066/5 5067/25 5068/10 5069/21 5069/25 5071/12 5075/23 5080/19 5085/20 5086/13 5087/7 5089/2 5095/16 5096/11 5098/22 5099/19 5101/20 5101/22 5101/22 5102/15 5106/1 5106/23 5106/24 5108/19 5108/23 5110/9 5110/9 5110/11 5113/6 5113/8 5114/10 5116/1 5116/21 5120/3 5124/9 5126/19 5127/20 5130/19 5131/17 5132/15 5132/23 5135/14 5136/3 5140/11 5140/25 5140/25 5141/13 5143/4 5143/6 5145/9 5145/10 5145/13 5145/14 5146/3 5147/7 5149/12 5153/13 5153/24 5154/3 5155/6

5155/15 5156/5 5156/19 5157/1 5160/6 5167/8 5167/21 5167/25 5167/7 5167/8
5167/10 5167/21 5167/23 5168/21 5168/25 5170/9 5172/11 5173/5 5174/3 5174/18 5177/16 5177/20 5177/24 5180/1 5180/1 5180/15 5180/17 5180/20 5181/2 5181/4 5181/7 5186/9 5186/21 5187/21 5187/24 5189/17 5191/15 5191/23 5191/24 5192/3 5195/19 5196/13 5196/23 5197/12 5197/12 5198/4 5198/9 5198/17 5200/18 5200/20 5201/10 5203/7 5207/17 5209/4 5210/12 5210/20 5211/3 5215/14 5218/13 5221/24 5222/11 5222/17 5223/10 5223/15 5224/8 5224/12 5225/4 5226/2 5226/9 5227/11 5227/24 5228/23 5229/6 5230/6 5230/6 5231/13 5231/21
note [1]  5180/4
noted [1]  5181/13
notes [6]  5084/14 5180/2 5180/13 5180/21 5180/25 5181/8
nothing [3]  5105/9 5157/12 5207/14
notice [1]  5089/18
noticed [1]  5177/13
notified [2]  5066/22 5067/25
November [4]  5179/1 5183/15 5183/20 5185/23
November 2007 [1]  5179/1
now [108]  5051/16 5052/11 5058/3 5061/2 5062/17 5064/10 5064/22 5066/21 5067/23 5069/23 5077/7 5078/25 5079/21 5080/25 5083/1 5083/16 5084/7 5085/14 5086/23 5087/3 5089/23 5090/20 5091/25 5092/12 5092/23 5093/16 5094/17 5094/20 5095/22 5096/19 5097/23 5098/15 5101/10 5101/13 5102/23 5103/12 5104/10 5104/21 5105/10 5106/25 5107/14 5108/2 5108/16 5109/20 5111/5 5111/25 5114/20 5114/22 5115/5 5115/17 5118/3 5121/18 5124/11 5126/2 5127/3 5127/24 5128/9 5128/19 5129/8 5130/8 5130/20 5131/1 5131/17 5132/3 5134/21 5136/7 5136/25 5137/20 5138/10 5138/20 5142/21 5144/5 5144/11 5144/24 5146/15 5147/11 5148/5 5151/20 5153/8 5153/9 5154/14 5157/7 5162/24 5164/24 5168/16 5170/2 5170/16 5172/9 5172/24 5174/1 5174/21 5184/4 5185/22 5186/5 5186/10 5186/12 5187/6 5188/1 5192/21 5193/4 5198/18 5201/7 5207/2 5209/13 5221/13 5224/3 5227/5 5230/16
number [10]  5067/14 5069/4 5108/19 5119/21 5185/3 5186/13 5186/15 5191/3 5207/7 5208/25
numbered [1]  5233/8
numbers [3]  5119/18 5135/13 5180/7
NW [1]  5047/3

# O

O'Keefe [1]  5043/23
O'ROURKE [1]  5045/14
O-ring [1]  5208/12
object [7]  5053/3 5053/6 5060/7 5067/13 5084/18 5198/3 5231/22
objecting [1]  5053/20
objection [17]  5050/13 5050/16 5051/7 5051/8 5064/17 5065/12 5066/12 5066/14 5066/15 5069/10 5117/3

objection... [6]  5132/13 5176/20 5179/21
5181/5 5181/8 5198/24
objections [3]  5051/2 5064/15 5065/18
observations [1]  5100/15
observed [1]  5134/17
obviously [6]  5060/24 5062/12 5065/4
5148/5 5170/8 5177/5
occur [4]  5105/10 5137/4 5213/24
5226/14
occurred [19]  5057/9 5062/16 5080/5
5104/2 5104/22 5118/2 5119/6 5121/25
5122/2 5122/3 5123/1 5124/6 5134/4
5139/11 5142/11 5142/15 5144/19
5149/13 5149/14
occurrence [1]  5081/14
occurring [4]  5095/3 5111/19 5124/9
5214/22
occurs [5]  5100/2 5120/25 5125/6
5136/4 5221/25
ocean [3]  5094/23 5188/21 5202/17
OEM [3]  5079/14 5175/6 5202/6
of reaching [1]  5070/4
off [52]  5075/18 5086/8 5086/11
5086/21 5091/14 5098/23 5100/2
5101/19 5102/1 5103/2 5103/6 5103/10
5103/20 5105/3 5105/7 5106/8 5116/20
5116/24 5117/16 5118/17 5118/18
5118/24 5120/20 5125/22 5126/11
5127/9 5128/14 5130/6 5130/14
5131/12 5141/11 5143/14 5143/18
5143/25 5148/2 5149/4 5152/7 5156/4
5156/8 5156/22 5156/25 5157/14
5182/4 5187/25 5189/8 5189/18
5208/10 5208/11 5208/24 5209/2
5231/20 5232/6
off-center [30]  5086/8 5086/11 5086/21
5101/19 5102/1 5103/2 5103/6 5103/10
5103/20 5105/3 5105/7 5116/20
5116/24 5117/16 5126/11 5127/9
5128/14 5130/14 5131/12 5141/11
5143/14 5143/18 5143/25 5148/2
5149/4 5156/22 5156/25 5157/14
5231/20 5232/6
off-centered [1]  5130/6
offer [6]  5050/12 5064/16 5065/11
5116/19 5128/19 5207/22
offered [6]  5050/16 5050/25 5051/1
5066/11 5209/13 5228/5
offering [2]  5050/11 5051/11
office [7]  5043/20 5045/16 5045/22
5046/13 5047/17 5065/15 5092/20
Official [3]  5048/18 5233/3 5233/12
offshore [6]  5047/6 5047/9 5047/12
5047/16 5047/20 5078/14
often [2]  5051/23 5133/9
oh [4]  5050/23 5071/10 5149/25
5157/23
oil [5]  5043/4 5043/4 5079/15 5079/16
5147/9
okay [61]  5050/23 5051/14 5052/19
5052/24 5053/4 5057/16 5060/16
5060/24 5061/9 5063/2 5063/17 5064/7
5064/8 5064/17 5065/5 5065/19 5069/6
5069/12 5069/14 5070/1 5070/18
5070/25 5071/2 5076/13 5082/12
5084/20 5084/25 5085/7 5087/20
5088/10 5093/16 5099/19 5106/3
5110/13 5118/14 5133/17 5135/4
5136/12 5138/8 5139/13 5139/21
5146/12 5150/20 5153/15 5153/16
5156/9 5157/10 5171/15 5176/23

5178/8 5183/12 5194/9 5194/11
5195/6 5196/14 5200/19 5205/14
5217/14 5227/5 5232/2 5232/19
old [1]  5209/3
OLGA [2]  5123/21 5123/22
Olson [1]  5047/12
omission [1]  5057/8
on-time [11]  5185/3 5187/7 5187/11
5187/13 5187/16 5187/22 5188/10
5189/16 5189/21 5189/23 5190/3
once [21]  5052/10 5054/20 5094/10
5098/7 5104/18 5113/15 5113/23
5114/8 5114/19 5118/2 5138/2 5140/22
5141/23 5142/6 5142/7 5144/15
5144/19 5154/25 5155/7 5155/8
5208/14
one [110]  5050/10 5050/11 5050/23
5052/5 5057/11 5058/9 5060/16
5061/11 5066/2 5066/9 5067/10
5067/23 5068/2 5068/4 5068/5 5068/22
5069/14 5070/2 5071/22 5072/3 5072/9
5074/25 5075/4 5075/20 5077/4
5077/17 5089/13 5089/15 5092/20
5092/25 5093/12 5093/25 5101/19
5104/11 5110/19 5110/20 5112/6
5118/14 5120/7 5122/20 5127/4 5128/3
5128/7 5128/8 5128/9 5130/7 5133/2
5133/6 5135/18 5140/14 5143/9 5149/2
5153/11 5156/2 5156/4 5156/6 5156/6
5159/8 5159/8 5159/9 5159/9 5160/10
5161/1 5161/4 5161/6 5161/13 5161/19
5162/4 5162/6 5162/6 5162/11 5162/12
5162/13 5162/25 5170/22 5172/20
5173/16 5173/19 5173/20 5173/23
5179/8 5180/4 5181/6 5181/6 5181/16
5181/23 5181/24 5183/5 5184/18
5185/3 5186/13 5187/6 5188/20 5189/9
5190/20 5193/9 5195/1 5197/7 5198/10
5201/6 5201/7 5204/25 5221/1 5223/2
5223/12 5225/16 5227/7 5230/11
5231/17 5231/17
one's [1]  5101/16
ones [3]  5068/17 5068/23 5075/14
only [35]  5052/5 5052/11 5052/13
5054/13 5060/17 5062/18 5067/5
5068/17 5072/3 5092/23 5092/25
5096/5 5096/25 5105/2 5105/5 5108/24
5113/8 5122/6 5130/23 5138/23 5141/1
5143/15 5143/21 5156/22 5159/18
5161/1 5162/4 5163/23 5167/22
5173/20 5173/23 5186/22 5186/25
5189/22 5191/21
open [12]  5095/4 5095/10 5095/12
5095/17 5101/14 5101/21 5101/21
5101/24 5101/24 5130/16 5145/23
5216/2
opened [2]  5146/2 5214/8
opening [1]  5212/12
opens [1]  5142/7
operate [18]  5085/19 5087/6 5094/3
5096/8 5096/11 5097/13 5145/18
5158/8 5158/19 5158/21 5159/14
5165/7 5167/14 5168/18 5173/5
5194/19 5223/12 5229/3
operated [11]  5085/16 5085/17 5085/18
5086/1 5100/1 5106/4 5148/20 5163/16
5164/23 5166/25 5232/9
operates [4]  5087/21 5088/14 5089/4
5222/19
operating [6]  5094/9 5108/16 5160/17
5171/10 5171/16 5230/1
operation [25]  5078/23 5078/23 5081/10
5090/2 5101/16 5128/8 5144/7 5146/1

5155/5 5158/16 5160/18 5160/22
5186/23 5187/1 5187/5 5187/6 5187/11
5187/13 5187/16 5187/22 5188/10
5189/16 5189/21 5190/3 5219/4
5230/20
operational [1]  5187/25
operations [2]  5128/9 5196/19
operator [10]  5078/22 5094/18 5203/17
5205/23 5212/12 5212/14 5212/25
5218/9 5218/11 5225/22
operators [13]  5078/25 5079/2 5079/5
5079/10 5079/17 5081/16 5091/5
5091/6 5092/4 5093/22 5204/1 5207/23
5214/9
opined [3]  5172/9 5177/18 5184/4
opines [1]  5142/22
opinion [101]  5084/10 5085/9 5085/12
5085/19 5085/20 5085/23 5086/10
5086/13 5086/15 5086/15 5086/19
5087/4 5087/8 5087/12 5087/12
5087/13 5087/17 5101/25 5103/17
5106/9 5107/5 5107/15 5109/16
5109/21 5109/23 5112/12 5115/25
5121/21 5122/14 5124/3 5125/23
5127/8 5128/14 5131/11 5132/21
5132/22 5132/24 5134/16 5134/23
5134/24 5136/14 5137/23 5138/1
5140/21 5142/9 5142/23 5143/3 5144/8
5144/14 5145/7 5145/13 5148/1
5148/19 5156/21 5157/2 5157/8
5157/11 5159/25 5162/24 5163/14
5165/9 5168/20 5168/24 5172/13
5177/10 5181/25 5182/7 5183/6 5184/6
5184/8 5185/7 5186/1 5186/8 5186/17
5186/20 5187/10 5187/12 5190/6
5193/5 5193/17 5196/22 5197/11
5200/2 5200/18 5201/8 5210/24 5215/2
5215/11 5217/19 5221/16 5221/21
5222/9 5222/22 5224/6 5225/11
5226/19 5230/8 5230/12 5231/9
5231/12 5232/8
opinions [14]  5084/7 5085/6 5087/20
5100/7 5117/8 5148/24 5148/25 5157/7
5177/21 5209/13 5211/12 5217/16
5228/7 5231/6
opportunity [4]  5059/22 5074/7 5084/15
5180/1
oppose [1]  5060/7
opposed [5]  5061/17 5111/13
opposing [1]  5113/2
opposite [1]  5091/4
opposition [1]  5051/18
option [1]  5053/16
oral [2]  5063/8 5063/16
orally [4]  5051/24 5060/1 5060/11
5064/21
orange [2]  5108/1 5108/6
order [1]  5231/7
orders [2]  5123/24 5124/1
orient [1]  5087/25
original [10]  5055/25 5079/15 5098/24
5100/20 5136/9 5142/4 5152/6 5164/19
5166/6 5202/7
originally [5]  5097/25 5098/1 5122/6
5139/19 5164/21
Orleans [10]  5043/6 5043/24 5044/7
5044/13 5045/7 5046/17 5046/20
5047/7 5047/24 5048/19
other [56]  5061/13 5062/23 5066/2
5068/4 5068/5 5068/17 5068/23
5069/14 5069/18 5075/2 5075/20
5079/5 5080/12 5083/20 5086/5
5109/20 5116/5 5116/22 5116/22

## Q

other... [37]  5117/15 5118/5 5121/24
5122/21 5125/3 5128/10 5133/15
5133/23 5146/11 5148/24 5152/2
5152/8 5157/25 5160/14 5163/24
5164/24 5165/2 5165/8 5168/2 5168/12
5173/19 5177/5 5192/22 5193/2
5193/11 5206/12 5207/9 5207/18
5209/4 5212/16 5213/11 5215/6 5222/4
5222/8 5222/18 5222/19 5226/14
other's [1]  5101/17
others [6]  5075/1 5079/6 5080/10
5106/25 5115/17 5177/6
otherwise [2]  5095/15 5175/2
our [46]  5051/11 5051/17 5053/14
5053/17 5053/25 5058/14 5059/16
5059/20 5061/25 5063/15 5064/14
5065/9 5065/16 5067/1 5068/6 5068/18
5078/6 5078/18 5081/16 5081/16
5092/5 5092/6 5093/17 5103/19 5108/1
5109/18 5112/3 5112/6 5120/20
5121/10 5125/8 5125/22 5126/13
5127/18 5129/7 5135/17 5140/3 5140/3
5144/5 5149/14 5154/6 5180/25 5198/5
5228/13 5230/19 5230/23
ours [1]  5071/14
out [60]  5059/5 5062/1 5069/4 5069/22
5069/23 5072/7 5077/10 5093/19
5100/14 5107/9 5107/10 5108/6 5109/5
5110/3 5110/25 5111/24 5112/19
5118/4 5120/14 5120/15 5138/18
5140/22 5163/3 5165/16 5167/15
5168/4 5169/22 5169/25 5170/19
5170/20 5171/5 5171/11 5175/14
5175/25 5176/11 5177/12 5178/5
5178/12 5178/15 5183/24 5184/24
5186/6 5187/24 5190/18 5191/14
5194/5 5203/5 5210/23 5212/21
5216/20 5216/22 5218/17 5219/15
5219/25 5220/10 5220/10 5222/18
5225/6 5225/16 5225/17
out-of-service [1]  5203/5
outside [7]  5086/2 5091/5 5126/20
5126/22 5127/19 5130/18 5131/7
outstanding [9]  5194/16 5194/18
5195/13 5196/5 5197/16 5198/14
5199/4 5199/7 5201/3
over [16]  5075/2 5080/12 5111/17
5118/15 5122/19 5129/5 5138/11
5149/14 5152/3 5152/7 5154/10
5160/23 5168/23 5190/10 5211/13
5231/23
overall [1]  5201/11
overdue [17]  5195/16 5195/18 5196/20
5197/10 5197/15 5198/15 5199/15
5199/21 5199/24 5200/13 5200/13
5200/15 5200/16 5200/17 5201/2
5201/5 5201/7
overhaul [2]  5206/24 5207/1
overhauled [1]  5182/20
overhauls [2]  5206/20 5206/21
Overnight [1]  5167/11
overrun [1]  5109/4
overruns [1]  5109/9
overview [2]  5157/16 5196/4
own [9]  5063/21 5071/15 5097/11
5137/6 5147/6 5165/12 5175/22
5176/14 5230/23
owner [1]  5077/6

## P

pack [1]  5099/23

packer [29]  5088/21 5088/23 5088/25
5089/6 5091/1 5091/5 5091/8 5091/9
5091/8 5091/9 5091/10 5093/13
5105/25 5106/19 5106/20 5106/22
5109/19 5110/12 5111/12 5111/19
5111/19 5113/1 5114/1 5124/25
5137/11 5137/12 5137/17 5137/17
5142/3
packers [5]  5075/1 5127/11 5131/9
5131/9 5212/17
packing [1]  5089/24
packs [2]  5091/13 5185/2
page [2]  5049/2 5074/20
Palmintier [1]  5044/21
panel [2]  5096/22 5173/6
panels [1]  5158/17
Paperwork [1]  5213/23
paraphrased [1]  5218/22
part [38]  5050/15 5050/16 5061/5
5062/15 5079/13 5079/21 5081/23
5082/10 5088/19 5094/9 5121/3
5127/18 5129/4 5130/17 5141/25
5146/9 5152/12 5152/17 5153/25
5169/16 5177/2 5180/12 5181/11
5183/17 5194/21 5198/4 5198/5
5198/12 5199/2 5201/23 5202/10
5202/11 5203/5 5206/21 5206/23
5207/6 5208/23 5229/14
partial [9]  5054/7 5054/17 5055/2
5057/22 5059/14 5062/6 5062/6 5063/8
5070/5
partially [10]  5101/21 5101/24 5105/22
5105/25 5106/22 5106/23 5110/12
5126/20 5131/7 5139/20
partially-sheared [1]  5139/20
particular [5]  5054/21 5055/1 5132/12
5160/1 5178/12
particularly [2]  5054/8 5065/2
parties [8]  5058/5 5065/10 5067/10
5070/15 5117/13 5123/6 5168/12
5221/14
partners [1]  5061/24
parts [5]  5088/24 5160/6 5169/25
5205/18 5212/16
party [5]  5052/11 5054/9 5054/10
5054/11 5058/24
pass [1]  5232/11
passed [1]  5147/14
passes [2]  5206/14 5208/21
past [1]  5208/17
patents [4]  5074/17 5074/19 5074/23
5074/24
path [1]  5226/15
pattern [2]  5063/24 5063/25
patterns [7]  5111/1 5111/6 5121/20
5122/13 5128/13 5130/5 5130/7
PAUL [3]  5044/6 5066/19 5068/21
Pause [1]  5126/16
PC [3]  5044/9 5048/7 5048/11
pending [1]  5058/9
penetration [1]  5108/24
Pennsylvania [1]  5047/3
people [5]  5062/15 5129/5 5177/5
5187/1 5232/15
per [2]  5093/25 5161/19
perceives [1]  5098/7
perfectly [6]  5127/15 5127/17 5129/10
5207/11 5208/6 5208/20
perform [8]  5146/16 5158/9 5165/23
5166/17 5167/8 5167/9 5197/2 5207/24
performance [3]  5175/2 5175/5 5176/9
performed [31]  5133/12 5147/3 5163/4
5163/6 5163/9 5163/13 5164/16

5164/18 5164/25 5165/13 5166/14
5166/25 5167/24 5167/25 5168/3 5168/8
5168/16 5171/7 5192/21 5193/24
5194/3 5194/25 5208/3 5211/25
5212/22 5212/25 5214/3 5215/6
5215/14 5216/11 5219/9
performing [2]  5081/12 5147/11
period [2]  5186/16 5203/14
periodic [2]  5210/2 5210/2
periodically [1]  5168/5
Perkin [9]  5070/3 5096/12 5096/15
5098/10 5098/15 5102/18 5110/1
5110/3 5175/15
permanent [1]  5150/3
permission [2]  5060/1 5061/18 5072/11
5174/15
person [1]  5133/16
personal [2]  5167/12 5172/22
personally [1]  5179/15
personnel [6]  5056/17 5056/19 5056/21
5056/24 5057/1 5080/1
persuasive [1]  5059/7
pertaining [2]  5050/20 5051/9
PETITION [1]  5043/8
petitioner [3]  5061/25 5062/12 5062/19
PETU [7]  5165/9 5165/10 5173/15
5173/22 5173/23 5174/3 5174/10
PETUs [6]  5165/4 5172/25 5173/7
5173/12 5173/12 5173/16
Phase [1]  5057/14
phenomena [1]  5141/6
phenomenon [3]  5113/19 5116/5 5150/1
PHILLIP [1]  5047/23
philosophy [11]  5201/12 5201/19 5202/2
5202/10 5205/14 5205/16 5206/17
5206/22 5209/6 5209/8 5215/19
photograph [4]  5089/17 5122/16
5122/17 5134/12
photographer [1]  5129/20
photographs [1]  5131/1
photos [3]  5121/13 5153/5 5153/7
physically [1]  5134/25
picked [1]  5165/22
picture [1]  5089/13
piece [35]  5081/10 5081/17 5088/17
5089/19 5093/9 5093/11 5095/16
5112/24 5121/10 5121/25 5125/17
5125/18 5129/14 5129/15 5130/2
5130/21 5134/13 5135/11 5135/11
5135/16 5135/18 5135/22 5136/2
5136/3 5136/8 5136/10 5138/18 5140/5
5152/3 5161/23 5207/8 5208/6 5208/20
5213/20 5226/17
pieces [7]  5121/15 5121/16 5130/22
5130/24 5130/24 5132/14 5132/23
5133/10 5133/16 5133/21 5133/25
5134/2 5134/9 5138/2 5138/15 5140/5
5227/2
Pigman [1]  5047/22
pills [2]  5056/13 5056/16
pin [6]  5154/15 5155/1 5155/9 5155/13
5155/24 5156/7
pinch [1]  5112/7
pinned [6]  5113/11 5113/25 5114/3
5115/8 5130/16 5137/1
pinning [6]  5115/9 5115/9 5115/13
5115/13 5125/7 5136/1
pinpoint [1]  5113/23
pipe [254]
pipe's [2]  5107/22 5130/16
pipes [1]  5119/24
piston [3]  5088/15 5088/16 5094/9
place [13]  5064/1 5095/24 5104/1
5107/9 5116/3 5165/5 5165/6 5170/9

P

place... [5] 5209/7 5224/13 5226/5 5226/6 5226/13
placed [3] 5105/20 5128/17 5129/8
placing [1] 5136/15
plain [2] 5106/23 5107/11
plaintiff [1] 5052/13
plaintiff's [2] 5066/16 5067/24
plaintiffs [22] 5043/18 5043/22 5044/2 5044/5 5044/8 5044/12 5044/15 5044/18 5044/21 5045/2 5045/5 5051/12 5051/16 5051/17 5052/14 5052/15 5052/21 5058/22 5059/17 5059/21 5064/22 5069/3
plaintiffs' [3] 5062/19 5065/12 5110/1
plan [4] 5202/17 5203/15 5203/16 5203/25
plane [1] 5140/14
planned [3] 5202/14 5202/19 5203/14
planning [2] 5203/11 5223/15
plans [1] 5204/18
plastic [1] 5150/4
plastically [3] 5149/9 5149/24 5149/25
plate [2] 5088/18 5088/20
plausible [2] 5105/2 5105/6
play [16] 5065/21 5066/24 5067/12 5067/22 5068/1 5069/8 5070/11 5070/17 5095/9 5112/16 5114/13 5114/24 5120/9 5138/8 5152/25 5208/9
played [8] 5067/2 5067/5 5067/5 5070/20 5086/16 5086/20 5154/21 5157/8
PLC [3] 5046/20 5046/23 5047/4
please [24] 5050/5 5071/5 5073/13 5074/21 5087/17 5095/10 5103/18 5110/15 5114/6 5118/6 5121/11 5126/6 5148/14 5152/25 5160/3 5168/23 5170/14 5171/12 5179/2 5183/18 5184/10 5202/24 5229/19 5229/25
pleased [1] 5065/20
plug [1] 5056/22
plumes [1] 5229/22
plunger [2] 5099/25 5100/1
plunger-activated [1] 5099/25
plus [4] 5128/18 5131/8 5137/7 5226/13
pocket [1] 5170/7
pod [70] 5082/21 5086/24 5086/25 5087/9 5087/9 5094/22 5157/24 5158/1 5159/2 5159/5 5160/1 5160/8 5161/5 5161/10 5161/19 5162/5 5164/14 5164/15 5168/9 5168/18 5168/20 5168/25 5171/7 5171/14 5172/3 5173/4 5173/4 5173/10 5177/19 5177/20 5178/5 5178/15 5178/22 5179/12 5181/19 5182/1 5182/7 5182/20 5182/21 5182/23 5183/7 5183/10 5183/14 5183/16 5183/19 5183/21 5183/23 5184/1 5184/1 5185/23 5186/2 5186/6 5186/7 5186/17 5188/9 5189/19 5189/21 5191/19 5191/20 5191/25 5193/6 5193/19 5193/19 5193/21 5193/25 5227/5 5227/6 5228/3 5231/14 5231/15
pod's [3] 5087/5 5087/5 5094/22
pods [16] 5157/17 5157/20 5158/2 5158/3 5158/9 5158/13 5158/15 5160/6 5160/7 5160/15 5169/22 5172/17 5172/22 5178/5 5179/8 5228/16
pods' [1] 5087/6
point [21] 5051/20 5052/5 5053/21 5061/11 5082/20 5093/19 5108/8 5113/10 5113/11 5113/11 5116/1

5118/10 5120/10 5121/4 5124/14 5129/6 5129/11 5197/10 5220/21 5221/15
pointed [2] 5108/6 5222/18
pointer [1] 5159/7
points [4] 5112/7 5119/18 5169/11 5225/16
polarity [1] 5174/22
policy [2] 5145/9 5145/11
pool [7] 5226/12 5226/13 5226/14 5228/11 5228/11 5228/19 5228/22
pops [1] 5121/10
port [1] 5101/14
portable [2] 5165/2 5172/24
portion [7] 5088/15 5089/16 5091/6 5093/1 5093/2 5094/13 5130/4
portions [2] 5132/3 5135/9
position [50] 5051/18 5059/16 5059/21 5091/7 5094/4 5094/5 5094/7 5094/11 5094/16 5094/19 5095/8 5095/10 5095/14 5100/18 5100/24 5101/2 5101/4 5101/6 5101/7 5101/9 5103/25 5104/17 5104/18 5111/7 5115/7 5115/16 5120/3 5120/3 5129/9 5129/19 5130/16 5131/6 5133/18 5139/7 5139/7 5139/12 5139/24 5141/17 5143/16 5144/17 5145/4 5145/15 5152/20 5183/24 5184/1 5187/16 5210/9 5210/14 5210/17 5226/10
positioned [1] 5130/3
positions [2] 5102/14 5133/24
possibility [3] 5099/15 5221/25 5222/1
possible [21] 5075/5 5086/11 5096/19 5137/2 5138/23 5138/23 5141/10 5143/12 5145/24 5149/10 5151/17 5153/20 5153/22 5154/10 5156/14 5193/11 5206/24 5211/3 5213/14 5223/12 5231/19
possibly [4] 5078/21 5143/22 5150/15 5203/7
Post [5] 5043/20 5045/16 5045/22 5046/13 5047/17
potentially [1] 5166/22
pounds [8] 5104/5 5113/9 5124/21 5125/6 5136/3 5137/10 5141/23 5155/11
power [12] 5096/8 5098/3 5118/2 5118/3 5118/18 5154/9 5160/20 5164/7 5168/17 5173/20 5173/23 5228/15
power's [1] 5164/10
powered [1] 5160/19
powers [1] 5160/17
Poydras [4] 5044/6 5046/19 5047/6 5048/19
practical [2] 5065/1 5163/23
practicality [1] 5223/6
practice [12] 5079/16 5087/15 5099/7 5211/2 5211/9 5213/19 5213/22 5217/20 5220/6 5222/9 5227/15 5228/17
pre [1] 5171/13
pre-deployment [1] 5171/13
preceded [1] 5061/23
preceding [1] 5188/24
precise [1] 5131/6
precisely [6] 5102/2 5155/10 5179/13 5190/2 5192/3 5199/25
predictive [2] 5208/2 5208/21
prefer [1] 5068/11
preferring [1] 5205/9
prejudice [1] 5063/2
preparation [5] 5154/23 5196/1 5201/21 5219/8 5220/4

prepared [7] 5061/1 5067/24 5123/10
preparing [1] 5219/10 5222/4
prepping [1] 5212/16
presence [1] 5229/22
preserving [1] 5050/16
president [2] 5077/3 5185/15
pressure [61] 5056/3 5056/5 5056/8 5057/2 5057/3 5057/4 5088/7 5088/8 5088/16 5089/1 5090/14 5094/17 5095/2 5095/3 5114/21 5114/23 5115/5 5115/6 5115/10 5115/11 5115/12 5116/4 5116/6 5116/7 5116/8 5116/9 5116/10 5116/12 5116/16 5116/17 5120/12 5120/14 5140/22 5144/20 5150/13 5154/2 5154/3 5164/9 5164/10 5182/21 5197/22 5200/25 5205/18 5205/25 5206/3 5206/6 5206/9 5206/14 5206/14 5207/9 5215/20 5216/4 5216/5 5216/6 5216/8 5216/8 5216/10 5216/17 5217/9 5218/15 5225/19
pressure-test [2] 5205/25 5206/14
pressure-tested [1] 5216/17
prevent [2] 5095/17 5201/8
preventative [8] 5194/25 5195/10 5195/13 5197/16 5199/4 5199/7 5202/19 5202/22
prevented [1] 5086/25
preventer [26] 5074/7 5080/6 5080/19 5088/1 5088/5 5088/6 5100/19 5105/11 5114/9 5123/7 5123/23 5145/5 5154/12 5155/19 5159/14 5165/8 5194/13 5194/16 5197/8 5197/23 5197/25 5198/15 5201/8 5205/8 5218/4 5218/10
preventer's [3] 5095/23 5097/19 5206/10
preventers [5] 5073/16 5084/4 5201/24 5202/2 5228/20
prevention [15] 5077/14 5077/15 5077/18 5078/12 5078/16 5078/17 5079/1 5079/11 5079/18 5080/2 5081/2 5083/21 5084/1 5207/25 5211/7
preventive [2] 5195/4 5202/3
previously [4] 5117/9 5136/17 5194/4 5198/19
primary [1] 5074/17
principal [1] 5077/23
principals [2] 5077/5 5077/6
print [1] 5167/15
printed [2] 5110/23 5112/23
printout [1] 5167/10
printouts [1] 5167/20
prior [23] 5050/21 5101/1 5104/24 5116/15 5117/7 5120/2 5134/22 5143/22 5147/19 5147/24 5170/23 5172/6 5178/6 5178/15 5195/1 5203/23 5205/10 5212/9 5212/22 5214/3 5214/19 5214/23 5217/1
pristine [2] 5152/1 5152/4
private [3] 5052/21 5052/22 5065/12
privity [3] 5062/21 5062/24
probably [4] 5114/11 5128/21 5154/7 5195/2
problem [15] 5068/13 5081/23 5167/22 5172/16 5173/11 5173/14 5174/2 5175/6 5175/6 5175/7 5175/8 5175/9 5208/14 5209/1 5221/1
problem-free [1] 5221/1
problems [5] 5083/5 5165/10 5174/11 5208/15 5230/2
procedure [8] 5054/6 5055/22 5055/24 5055/25 5056/1 5056/6 5056/23 5164/5
procedures [3] 5078/21 5175/22

**P**

procedures... [1] 5176/14
proceed [3] 5076/14 5085/1 5148/15
proceedings [3] 5048/23 5232/21 5233/7
process [3] 5070/4 5177/3 5227/19
processes [1] 5190/19
produced [8] 5076/24 5084/14 5176/17 5180/1 5180/8 5180/15 5180/16 5180/17
PRODUCTION [7] 5043/10 5046/19 5046/19 5046/22 5046/22 5047/3 5047/3
professional [1] 5129/19
program [4] 5055/17 5055/18 5123/21 5209/6
programmed [2] 5098/24 5099/9
promotion [1] 5074/11
promotions [1] 5074/2
pronounced [1] 5112/3
proper [6] 5081/7 5081/9 5081/10 5171/22 5197/22 5218/24
properly [6] 5163/15 5166/21 5172/11 5177/20 5205/25 5209/4
propose [3] 5069/7 5069/8 5070/24
proposed [2] 5055/5 5061/8
protect [2] 5098/5 5099/17
prove [1] 5062/20
proven [1] 5135/20
provide [3] 5054/6 5228/15 5229/3
provided [3] 5055/22 5056/6 5209/13
providing [1] 5056/2
provisions [1] 5209/18
PSC [13] 5050/10 5050/14 5051/10 5051/21 5060/5 5060/6 5063/9 5065/8 5066/20 5066/20 5067/11 5069/3 5070/24
psi [7] 5089/2 5090/15 5091/15 5091/24 5093/15 5226/25 5226/25
pull [53] 5071/9 5082/8 5082/13 5085/4 5087/22 5088/11 5089/11 5090/23 5092/1 5094/21 5094/22 5095/21 5100/11 5102/16 5103/13 5105/14 5110/5 5110/14 5113/12 5114/6 5118/6 5126/4 5129/11 5130/11 5144/3 5144/11 5148/4 5148/22 5157/18 5160/3 5161/13 5166/9 5167/1 5167/25 5169/8 5170/14 5177/25 5178/18 5179/2 5182/5 5182/10 5183/12 5184/10 5188/16 5195/3 5199/10 5201/14 5202/24 5208/24 5212/6 5217/23 5221/11 5230/14
pulled [10] 5122/15 5123/20 5137/21 5145/5 5188/14 5188/24 5189/17 5212/15 5220/10 5230/16
pulling [3] 5119/2 5121/8 5189/7
pulls [3] 5119/2 5120/21 5125/22
punitive [7] 5051/22 5059/15 5059/24 5060/9 5060/17 5061/13 5063/10
purchase [2] 5185/5 5185/17
purple [1] 5119/9
purpose [7] 5088/5 5114/20 5158/2 5175/17 5219/14 5228/14 5230/19
purposely [1] 5163/4
purposes [2] 5056/20 5067/3
pursuant [1] 5059/13
push [9] 5075/20 5116/10 5125/3 5125/4 5144/25 5158/18 5158/21 5158/22 5158/23
pushed [9] 5105/21 5116/23 5117/16 5139/8 5140/16 5145/10 5149/4 5152/2 5154/5
pusher [2] 5088/17 5088/19
pushing [2] 5088/16 5088/22
pushing [13] 5104/2 5113/4 5113/10 5113/17 5115/7 5116/4 5124/21 5124/23 5124/25 5137/5 5137/9 5141/25 5154/1
put [29] 5075/10 5100/8 5102/17 5104/17 5115/19 5115/21 5121/11 5123/13 5124/15 5136/9 5143/9 5156/25 5157/5 5167/23 5179/7 5179/18 5182/1 5182/20 5182/25 5183/7 5183/16 5183/21 5185/8 5189/11 5189/19 5209/3 5209/7 5221/6 5225/15
puts [2] 5136/22 5150/9
putting [3] 5067/12 5122/21 5141/17

**Q**

qualified [2] 5083/17 5084/4
quality [1] 5185/15
quarter [1] 5127/10
question [18] 5054/23 5054/24 5057/11 5068/24 5103/6 5121/20 5125/11 5133/19 5135/9 5136/12 5139/13 5140/8 5147/8 5155/23 5160/11 5163/20 5216/4 5218/8
questionable [1] 5062/1
questions [5] 5080/14 5080/15 5084/19 5169/13 5232/4
quickest [1] 5097/14
quickly [4] 5093/3 5123/4 5170/24 5209/20
Quirk [1] 5051/11
quit [1] 5232/13
quite [3] 5086/23 5087/24 5169/10
quote [1] 5174/2

**R**

RACHEL [3] 5045/15 5047/9 5084/22
raise [2] 5066/21 5084/7
raised [1] 5064/21
ram [130] 5074/25 5075/2 5075/2 5075/2 5076/24 5085/17 5086/3 5086/8 5086/25 5087/6 5087/10 5088/3 5091/2 5091/18 5091/23 5092/5 5092/5 5092/8 5092/19 5092/21 5093/2 5093/13 5093/21 5094/10 5095/12 5095/14 5095/17 5097/11 5098/9 5099/2 5099/11 5101/13 5101/16 5102/1 5102/24 5103/7 5103/17 5104/15 5115/14 5125/24 5126/8 5126/11 5126/12 5126/13 5126/18 5126/23 5126/23 5127/1 5127/7 5127/8 5127/10 5127/16 5127/16 5127/20 5128/11 5128/12 5128/15 5128/17 5129/4 5129/22 5130/4 5130/6 5130/9 5130/14 5131/8 5131/12 5131/15 5131/20 5135/19 5138/24 5139/4 5139/15 5139/18 5139/23 5141/18 5143/13 5143/19 5143/21 5144/9 5144/14 5148/7 5148/20 5148/25 5154/17 5155/5 5155/21 5156/2 5156/16 5157/13 5159/21 5160/1 5160/10 5160/25 5161/3 5161/6 5161/20 5162/10 5162/13 5162/22 5168/21 5168/25 5212/12 5212/13 5212/15 5212/17 5214/22 5214/25 5215/16 5217/3 5217/7 5217/9 5221/15 5221/22 5222/10 5222/12 5222/13 5222/15 5222/22 5223/1 5223/2 5223/19 5223/20 5223/23 5223/25 5224/3 5224/16 5225/1 5227/3 5230/22 5232/5
rams [92] 5073/23 5075/2 5085/17
rams' [1] 5086/17
range [3] 5106/5 5192/5 5230/1
rank [1] 5082/23
ranking [1] 5082/24
rapidly [1] 5114/23
rate [5] 5146/5 5147/3 5147/17 5147/23 5148/1
rated [1] 5197/2
rather [2] 5208/4 5231/3
rating [1] 5090/15
rays [3] 5100/23 5101/1 5101/10
RE [1] 5043/4 5043/7
reach [5] 5057/7 5070/5 5070/6 5101/17 5121/9
reached [4] 5070/5 5113/10 5119/3 5123/23
reaching [1] 5070/4
read [15] 5084/9 5086/5 5102/14 5123/10 5133/20 5164/9 5171/5 5171/11 5172/2 5182/18 5210/9 5220/24 5229/19 5229/25 5230/11
reading [4] 5057/3 5192/7 5211/1 5212/18
readjust [1] 5076/7
ready [1] 5208/18
real [4] 5103/22 5111/1 5163/19 5165/21
realistic [1] 5186/22
really [6] 5055/1 5116/2 5140/11 5152/24 5188/12 5224/15
reason [7] 5057/3 5067/5 5099/16 5168/20 5168/24 5207/12 5208/22
reasonable [1] 5211/8
reasoning [1] 5156/17
reasons [2] 5143/5 5143/6
reassembled [1] 5208/13
rebuilt [2] 5208/11 5213/8
rebuttal [2] 5179/11 5180/5
recall [14] 5084/9 5084/10 5096/17 5098/18 5098/19 5102/20 5109/23 5142/23 5174/5 5174/12 5184/6 5190/24 5194/24 5199/16
recap [1] 5143/11
receive [1] 5158/4
received [6] 5050/13 5066/12 5080/8 5100/16 5100/16 5213/5
receivers [1] 5230/6
recertification [4] 5210/3 5213/5 5213/15 5213/18
recertified [1] 5213/8
recertify [1] 5213/20
recess [4] 5148/9 5148/9 5148/12
Sample [1] 5086/21 5088/4 5088/4 5090/20
5091/1 5091/15 5088/4 5088/4 5097/21
5091/25 5092/3 5092/15 5093/7
5093/22 5093/23 5093/23 5094/4
5094/7 5094/25 5095/1 5095/4 5096/25
5097/1 5097/2 5097/3 5097/6 5097/9
5097/12 5098/4 5098/13 5098/17
5098/17 5099/5 5099/6 5099/9 5099/17
5099/19 5100/3 5100/5 5101/2 5101/8
5102/6 5102/11 5102/12 5103/2
5103/20 5105/3 5114/17 5115/2
5115/15 5115/24 5116/8 5116/9
5116/12 5116/20 5117/23 5126/3
5126/14 5126/15 5131/10 5131/17
5139/15 5144/17 5145/8 5145/14
5145/23 5155/3 5157/2 5193/17 5212/9
5212/11 5212/14 5212/22 5212/25
5213/7 5213/13 5213/15 5214/9
5214/15 5215/3 5216/1 5222/12 5223/2
5223/4 5223/4 5223/5 5224/6 5224/7
5224/8

R

recess... [1] 5232/18
recognize [4] 5100/13 5166/11 5170/16
5199/12
recollection [1] 5060/18
recommendation [3] 5185/18 5186/12
5186/14
recommendations [6] 5078/21 5184/5
5184/19 5184/25 5185/8 5185/21
recommended [5] 5055/16 5185/1
5211/1 5211/9 5227/18
reconfigure [2] 5167/12 5223/14
reconfiguring [1] 5223/7
reconnect [1] 5150/15
reconstruct [1] 5133/24
record [10] 5055/3 5062/11 5064/23
5064/24 5069/25 5071/6 5075/18
5084/23 5177/7 5233/7
recorded [3] 5048/23 5119/15 5132/18
records [6] 5167/16 5178/21 5186/25
5211/24 5216/9 5216/9
recovered [6] 5100/19 5111/3 5132/16
5139/14 5139/24 5141/10
red [1] 5114/19
redact [2] 5070/3 5180/9
Redden [1] 5048/2
reduce [1] 5069/4
reduced [1] 5115/25
redundancies [1] 5158/14
redundancy [4] 5158/3 5158/3 5162/18
5227/22
redundant [3] 5158/10 5158/12 5158/13
refer [1] 5135/13
reference [3] 5119/15 5149/17 5199/16
referenced [2] 5117/9 5200/7
referencing [2] 5117/3 5181/7
referred [6] 5164/2 5164/24 5172/25
5182/22 5203/19 5223/24
referring [1] 5164/12
reflect [3] 5102/10 5189/24 5216/15
reflected [2] 5166/18 5215/9
reflects [1] 5195/10
refresh [1] 5060/18
REGAN [1] 5046/23
regarding [4] 5063/9 5084/10 5221/19
5228/6
regular [2] 5051/23 5066/4
regularly [1] 5216/10
regulation [3] 5205/21 5205/23 5227/12
regulations [1] 5079/19
regulatory [4] 5079/14 5202/8 5214/13
5221/18
relatched [1] 5189/2
relate [2] 5199/18 5203/12
related [29] 5055/10 5059/15 5066/16
5073/22 5074/17 5080/6 5083/25
5096/20 5139/13 5151/22 5155/18
5174/22 5180/25 5181/2 5181/4
5189/21 5191/16 5194/13 5195/10
5197/7 5198/14 5199/5 5204/6 5205/16
5206/3 5211/12 5215/15 5215/20
5218/14
relates [5] 5105/11 5109/16 5114/9
5186/14 5199/19
relating [3] 5061/1 5065/13 5186/13
relatively [1] 5108/19
relax [1] 5125/2
release [2] 5137/2 5155/14
released [4] 5125/7 5136/1 5140/5
5140/22
releasing [1] 5142/4
relevant [1] 5208/19

reliability [1] 5230/9
reliance [2] 5199/12
reliance [3] 5084/13 5163/16 5198/22
relied [4] 5117/8 5183/5 5198/7 5229/21
relief [3] 5197/19 5197/21 5197/23
relies [1] 5084/16
relieve [1] 5197/22
rely [4] 5055/6 5147/11 5163/13
5164/25
relying [1] 5198/18
remain [1] 5222/23
remainder [2] 5069/15 5113/15
remained [3] 5142/25 5145/15 5154/4
remaining [3] 5058/21 5058/24 5066/15
remains [1] 5183/3
remember [4] 5110/19 5110/20 5137/4
5169/6
remind [5] 5050/19 5082/7 5088/5
5160/24 5173/2 5184/24 5185/14
reminding [1] 5054/4
remove [2] 5164/7 5217/8
removed [2] 5156/7 5212/15
render [1] 5054/15
renew [2] 5179/20 5194/2
renowned [1] 5146/20
repair [6] 5076/24 5094/22 5094/23
5178/25 5207/12 5208/4
repaired [1] 5169/23
repairing [2] 5208/6 5209/1
repeat [5] 5126/6 5165/20
replace [1] 5208/22
replaced [6] 5083/6 5170/23 5184/4
5185/2 5214/8 5214/25
replacement [4] 5183/20 5184/18
5184/20 5184/25
replacing [3] 5169/25 5209/2 5212/13
report [48] 5070/3 5080/24 5100/14
5123/10 5124/4 5132/19 5154/23
5166/12 5167/5 5167/19 5167/24
5175/2 5175/5 5176/9 5178/11 5178/11
5178/13 5179/11 5179/16 5179/16
5180/5 5181/18 5183/4 5183/4 5184/4
5188/17 5188/19 5190/18 5195/24
5195/25 5198/7 5198/9 5198/12
5198/16 5199/8 5199/13 5199/16
5200/7 5200/7 5218/18 5219/3 5219/8
5219/10 5219/14 5220/5 5220/15
5220/25 5222/4
reported [1] 5081/18
reporter [4] 5048/18 5070/15 5233/3
5233/12
reports [5] 5086/5 5188/9 5189/25
5208/25 5230/12
represent [2] 5111/2 5132/15
representation [1] 5212/3
request [2] 5078/6 5176/7
requested [4] 5180/18 5206/13 5208/1
5229/12
require [7] 5097/9 5221/21 5222/10
5225/25 5227/9 5227/12 5227/15
required [10] 5054/18 5059/19 5160/25
5161/2 5205/20 5209/14 5214/14
5224/8 5224/15 5226/3
requirements [10] 5079/14 5079/14
5079/15 5164/11 5202/6 5202/6 5202/7
5202/8 5214/13 5221/18
requires [3] 5089/2 5095/6 5224/3
requiring [1] 5056/4
reserve [1] 5053/24
resisted [1] 5154/1
Resources [1] 5045/13
respect [9] 5061/12 5062/11 5062/16
5067/22 5081/22 5084/6 5097/18

5143/12 5194/3
respectfully [1] 5051/23
response [5] 5050/10 5050/17 5052/2
5067/19 5175/14
responsibilities [3] 5073/20 5074/13
5077/22
responsibility [4] 5056/7 5056/10
5076/23 5194/12
responsible [4] 5056/19 5056/21
5056/24 5057/1
rest [5] 5051/13 5051/16 5058/2 5107/1
5213/12
restate [2] 5176/22 5183/17
rested [2] 5052/12 5064/22
restricted [1] 5113/11
restriction [2] 5112/9 5113/8
rests [1] 5052/7
result [4] 5166/13 5173/21 5176/17
5220/4
results [10] 5165/1 5167/8 5167/15
5167/17 5167/23 5168/6 5174/7
5174/10 5174/14 5206/25
retained [1] 5123/6
retested [1] 5214/9
retrieve [1] 5130/23
retrieved [1] 5134/4
reurge [3] 5051/17 5062/5 5065/4
reurged [1] 5063/2
reverberate [1] 5230/3
reverse [4] 5162/21 5163/14 5174/22
5231/6
reverse-wired [2] 5162/21 5163/14
reversed [3] 5161/10 5163/1 5173/22
review [49] 5080/6 5083/21 5083/25
5086/6 5086/10 5105/1 5128/19
5128/23 5170/20 5171/21 5174/25
5178/2 5178/21 5179/15 5180/2
5180/13 5181/15 5188/8 5189/6
5189/25 5193/14 5194/15 5194/21
5195/8 5195/14 5196/1 5198/14
5201/21 5201/23 5201/23 5203/22
5204/6 5206/2 5209/5 5211/8 5211/20
5211/23 5214/2 5214/20 5216/9
5216/16 5217/4 5219/9 5219/15
5219/17 5219/17 5220/4 5220/18
5229/14
reviewed [15] 5055/17 5080/8 5080/21
5131/14 5153/9 5154/23 5155/4
5169/14 5171/2 5178/9 5179/23
5181/12 5203/16 5203/25 5215/5
reviewing [2] 5220/19 5231/18
revised [2] 5050/9 5055/17
Rice [1] 5073/11
RICHARD [1] 5047/16
rig [68] 5043/4 5056/13 5062/16
5077/10 5078/1 5078/18 5079/8 5096/8
5096/15 5098/24 5117/24 5118/2
5118/3 5118/17 5118/24 5119/1
5120/20 5125/13 5125/22 5138/2
5138/9 5138/11 5139/9 5142/7 5143/23
5151/3 5154/9 5156/14 5158/16 5159/3
5159/13 5160/21 5163/3 5165/17
5166/19 5170/4 5170/8 5170/9 5173/7
5175/3 5176/19 5177/12 5177/14
5177/14 5177/16 5178/15 5197/5
5200/25 5203/20 5203/22 5204/2
5204/7 5204/21 5205/8 5214/2 5214/19
5214/23 5219/15 5219/16 5219/16
5219/19 5220/16 5221/1 5221/8 5223/8
5223/16 5226/7 5228/22
right [107] 5050/5 5051/6 5052/1
5052/19 5053/8 5053/18 5054/3 5054/5
5055/7 5055/8 5057/16 5057/19

R

right... [95] 5057/25 5058/16 5059/11
5060/2 5061/2 5061/12 5061/14
5067/17 5069/2 5069/23 5070/11
5070/22 5075/10 5081/18 5082/18
5084/17 5084/25 5087/3 5089/16
5089/25 5090/9 5090/18 5090/20
5091/2 5092/4 5092/5 5093/10 5095/9
5101/3 5104/10 5104/23 5106/5
5106/16 5110/4 5111/5 5113/2 5117/22
5118/12 5118/22 5119/4 5119/7
5119/22 5120/2 5120/24 5122/17
5123/3 5124/18 5125/20 5126/15
5126/16 5128/9 5129/13 5130/11
5131/25 5132/1 5132/14 5133/2 5133/3
5134/4 5134/10 5134/16 5135/4
5135/16 5137/20 5138/1 5138/10
5139/11 5140/10 5140/13 5140/15
5147/19 5147/24 5147/24 5151/15
5152/24 5153/4 5154/7 5157/23
5170/23 5178/6 5185/24 5190/12
5191/8 5191/9 5191/11 5202/24
5206/16 5210/5 5211/14 5214/11
5217/21 5220/20 5228/11 5232/13
5232/18
right-hand [2] 5091/2 5134/10
rigs [12] 5077/11 5078/3 5079/1
5172/22 5221/6 5222/5 5222/8 5222/8
5222/19 5223/8 5224/20 5229/5
ring [3] 5091/14 5091/23 5208/12
rise [4] 5050/4 5148/11 5148/13
5232/20
riser [27] 5073/23 5073/23 5098/2
5098/2 5099/22 5108/8 5119/25
5120/15 5133/25 5134/9 5134/13
5134/14 5138/6 5138/11 5138/14
5138/19 5138/22 5139/9 5159/6 5189/7
5196/11 5196/16 5196/17 5196/18
5196/18 5228/12 5228/12
rising [2] 5109/18 5109/19
risk [9] 5078/4 5081/12 5082/9 5082/16
5082/18 5082/19 5083/8 5222/1
5227/20
RMR [4] 5048/18 5233/3 5233/11
5233/11
RMS [1] 5195/24
ROBERT [2] 5047/3 5047/3
ROBERTS [4] 5047/9 5048/4 5052/25
5061/21
rod [5] 5094/8 5094/12 5095/12 5095/19
5145/1
role [11] 5057/13 5074/6 5076/21
5076/23 5077/21 5078/8 5079/24
5080/4 5086/16 5086/20 5157/8
roll [1] 5152/10
roll-under [1] 5152/10
rolling [1] 5152/3
rolling-over [1] 5152/3
room [3] 5048/19 5223/8 5232/16
root [2] 5175/7 5176/11
rose [1] 5109/16
rotate [2] 5079/7 5157/25
rotated [1] 5091/3
Rouge [2] 5044/23 5046/13
route [1] 5228/18
routing [1] 5228/6
ROV [11] 5141/12 5154/15 5154/19
5154/25 5155/7 5155/8 5155/12
5155/12 5155/14 5155/16 5155/20
row [1] 5024/10
Roy [8] 5043/18 5043/19 5051/10
5051/18 5052/8 5059/25 5060/3

5061/11
5210/12 5210/14 5211/5 5211/8
RP 53 [2] 5210/10 5211/5
RPM [2] 5197/2 5197/19
rubbed [1] 5129/5
rubber [14] 5088/19 5088/20 5088/23
5089/1 5089/23 5089/24 5089/25
5090/12 5090/13 5090/14 5212/14
5214/8 5214/24 5214/25
rule [10] 5051/17 5051/25 5053/3
5054/5 5054/18 5055/3 5059/14
5059/21 5063/19 5066/25
Rule 14 [1] 5053/3
Rule 52 [6] 5051/17 5054/5 5055/3
5059/14 5059/21 5063/19
ruler [5] 5125/2 5125/3 5125/8 5140/3
5150/2
Rules [1] 5054/5
ruling [1] 5060/14
run [4] 5077/25 5088/25 5165/2 5212/19
running [6] 5092/9 5095/15 5125/12
5178/6 5189/9 5207/14
rupture [5] 5120/8 5120/10 5120/15
5120/18 5122/2
Rusnak [1] 5045/2

S

s/Jodi [1] 5233/11
safe [3] 5094/24 5098/6 5170/9
safer [1] 5078/23
safest [1] 5221/19
safety [2] 5225/14 5228/2
said [16] 5051/18 5058/13 5058/18
5058/19 5058/22 5063/15 5064/23
5066/13 5069/12 5076/18 5126/6
5140/8 5173/17 5173/19 5219/21
5220/11
sake [1] 5168/2
same [43] 5074/12 5074/14 5075/6
5083/13 5084/24 5091/20 5094/14
5099/4 5100/4 5107/18 5111/18
5111/22 5112/22 5125/5 5127/13
5128/12 5129/4 5130/24 5143/6
5145/19 5156/17 5160/14 5165/20
5166/3 5166/4 5166/4 5166/4 5166/5
5166/6 5166/8 5168/6 5173/22 5194/4
5214/7 5214/10 5214/10 5214/19
5214/22 5214/24 5216/4 5222/5 5226/5
5227/19
San [1] 5045/11
sank [2] 5138/11 5139/9
sat [2] 5060/24 5086/6
saw [18] 5091/9 5096/23 5096/24
5125/2 5133/17 5138/12 5152/18
5152/19 5154/21 5171/25 5175/15
5179/22 5190/23 5190/25 5214/7
5215/9 5221/7 5228/13
say [23] 5053/9 5061/2 5065/3 5077/13
5083/1 5083/8 5092/25 5094/21
5101/21 5123/19 5129/12 5137/15
5140/19 5151/7 5168/23 5173/17
5182/19 5183/9 5212/5 5218/20 5220/9
5226/23 5230/20
saying [8] 5098/18 5127/23 5134/15
5159/15 5185/11 5198/18 5202/9
5227/23
says [3] 5054/9 5099/19 5219/23
SBR [5] 5224/7 5224/16 5224/19
5224/20 5225/2
SBRs [1] 5224/19
scale [2] 5108/2 5127/10
scan [7] 5110/22 5110/23 5110/23

5112/23 5121/19 5127/4 5129/9
scenario [2] 5099/4 5191/9
scenarios [1] 5191/22
schedule [1] 5203/4
scheduled [4] 5199/22 5200/14 5204/4
5205/12
schematic [2] 5087/24 5132/17
science [1] 5073/10
SCOFIELD [1] 5048/15
scope [1] 5055/11
SCOTT [1] 5045/14
scratch [1] 5208/13
screen [9] 5096/23 5096/24 5121/11
5121/17 5130/25 5138/14 5152/21
5171/16 5231/1
screw [1] 5066/1
seafloor [1] 5230/4
seal [24] 5080/19 5086/3 5086/4
5086/21 5089/6 5091/11 5091/18
5092/9 5092/10 5092/25 5093/2
5093/15 5094/25 5103/20 5106/1
5106/24 5110/8 5110/11 5114/10
5114/19 5114/20 5144/23 5212/16
5227/4
sealed [1] 5156/4
sealing [11] 5091/11 5092/10 5096/25
5097/3 5099/11 5100/3 5107/9 5222/12
5222/12 5223/4 5225/18
seals [5] 5088/22 5090/12 5091/11
5093/14 5131/9
search [1] 5222/7
seat [2] 5104/20 5143/8
seated [2] 5050/5 5148/14
seawater [2] 5056/11 5056/14
second [14] 5074/20 5075/4 5085/19
5099/1 5103/17 5165/6 5167/12
5167/20 5186/12 5189/9 5221/21
5222/10 5222/15 5225/18
second-line [1] 5167/20
secondary [2] 5229/13 5229/16
seconds [6] 5097/7 5097/8 5097/11
5230/24 5231/2 5231/3
Secrest [1] 5048/2
section [50] 5043/5 5045/13 5046/3
5118/9 5119/21 5122/9 5124/7 5124/12
5125/12 5125/14 5125/17 5125/22
5127/14 5127/15 5127/21 5127/23
5129/10 5129/18 5129/21 5131/5
5132/1 5132/7 5132/10 5132/12
5135/23 5135/25 5136/19 5138/13
5138/21 5139/9 5139/16 5139/20
5149/17 5149/18 5149/20 5150/8
5151/1 5151/12 5151/23 5152/11
5152/13 5152/15 5153/12 5158/5
5198/11 5202/14 5203/2 5203/11
5206/19 5218/17
Section E [1] 5149/17
sections [27] 5119/9 5119/10 5121/13
5127/5 5127/7 5128/19 5128/23 5131/3
5131/3 5132/5 5132/11 5133/23
5136/12 5136/17 5137/2 5138/21
5139/8 5139/14 5139/17 5139/17
5139/22 5150/15 5153/3 5153/5
5153/10 5205/16 5211/1
see [79] 5053/22 5065/24 5067/17
5068/13 5069/4 5082/23 5084/15
5088/15 5088/24 5089/9 5089/17
5090/1 5090/8 5090/9 5091/21 5091/22
5092/9 5092/13 5093/5 5093/7 5093/10
5094/9 5094/11 5094/15 5100/21
5101/11 5102/3 5106/13 5108/17
5108/21 5110/10 5111/9 5111/16

see... [46] 5112/23 5113/2 5120/3
5120/10 5121/25 5122/13 5126/18
5128/16 5130/5 5130/7 5130/20
5130/24 5130/24 5131/2 5132/24
5133/10 5133/15 5133/20 5133/22
5135/15 5138/7 5139/11 5150/20
5150/24 5152/5 5152/6 5152/20 5153/2
5155/4 5155/7 5155/8 5155/15 5155/18
5159/11 5165/6 5165/20 5167/4
5167/13 5167/16 5167/22 5168/4
5181/9 5181/14 5184/24 5189/7 5222/4
seeing [14] 5089/7 5089/20 5090/9
5091/2 5108/11 5111/11 5119/11
5121/16 5129/3 5131/2 5157/23 5159/4
5160/7 5212/11
seen [25] 5061/3 5087/24 5091/6
5099/11 5105/23 5111/1 5133/9
5133/16 5154/19 5156/23 5163/2
5169/10 5172/21 5184/12 5187/3
5187/19 5190/15 5208/25 5221/2
5222/14 5222/21 5223/20 5225/15
5226/24 5228/21
sees [1] 5067/11
segment [2] 5088/24 5090/18
segments [2] 5106/1 5106/2
select [1] 5163/20
SEM [14] 5160/8 5160/13 5160/13
5160/14 5160/15 5161/6 5162/23
5163/2 5163/5 5163/17 5163/17
5163/18 5187/18 5189/14
SEM A [1] 5160/13
SEM B [1] 5160/14
SEM-actuated [1] 5163/2
seminars [2] 5077/24 5078/8
SEMs [7] 5160/8 5160/11 5160/17
5160/20 5160/24 5161/21 5179/8
send [4] 5158/15 5161/24 5175/6
5176/12
senior [2] 5073/19 5074/4
sense [2] 5070/10 5160/20
senses [2] 5100/2 5159/19
sent [7] 5065/10 5066/10 5165/16
5173/20 5173/23 5204/15 5204/18
separate [9] 5096/6 5120/23 5123/8
5131/19 5151/16 5158/11 5217/3
5217/5 5217/6
separated [7] 5119/13 5122/23 5122/25
5125/19 5131/23 5141/23 5178/12
separately [1] 5138/19
separates [1] 5099/22
separating [1] 5136/2
separation [15] 5119/6 5119/18 5120/24
5124/11 5124/17 5124/18 5125/15
5138/25 5141/20 5141/21 5142/20
5149/13 5149/14 5153/14 5156/13
Sepulvado [5] 5067/9 5068/4 5068/5
5069/9 5069/10
sequence [12] 5096/16 5097/13
5097/14 5099/1 5099/2 5100/4 5106/3
5117/24 5130/13 5132/25 5193/19
5193/22
sequences [2] 5090/25 5097/4
series [4] 5074/1 5074/3 5105/10
5206/6
serve [3] 5083/17 5108/2 5113/23
served [1] 5083/20
service [12] 5182/1 5182/20 5183/7
5183/16 5183/21 5183/24 5200/12
5203/5 5213/16 5221/6 5221/9 5229/12
Services [3] 5048/7 5048/12 5073/4
SESSION [2] 5043/14 5050/1

set [5] 5055/14 5056/22 5135/24
5200/6 5210/11
sets [5] 5090/22 5093/21 5100/2 5156/8
5170/20
setup [1] 5164/5
setups [1] 5221/1
sever [1] 5092/25
several [7] 5089/15 5121/24 5133/25
5158/17 5185/2 5208/1 5221/6
severe [3] 5118/12 5139/10 5139/11
severs [1] 5092/23
shaking [1] 5155/2
Shanks [11] 5115/18 5115/18 5115/20
5115/23 5149/3 5149/19 5150/7
5150/12 5151/15 5153/17 5154/25
Shanks' [3] 5151/23 5153/10 5154/14
shape [5] 5088/17 5113/21 5223/21
5223/22 5224/2
shaped [8] 5089/17 5090/8 5092/13
5093/8 5127/15 5127/24 5131/2 5131/3
shapes [1] 5133/14
share [1] 5160/15
SHARON [1] 5045/21
Shaw [1] 5044/12
she [3] 5065/24 5072/18 5072/18
she's [2] 5066/4 5198/18
shear [147] 5074/25 5074/25 5085/17
5086/1 5086/8 5086/16 5086/21
5086/25 5087/6 5087/10 5088/3 5088/4
5091/25 5092/3 5092/5 5092/5 5092/15
5093/21 5093/23 5096/25 5097/1
5097/2 5097/3 5097/6 5097/8 5097/11
5097/12 5098/4 5098/8 5098/13
5098/16 5098/17 5099/2 5099/5 5099/9
5099/11 5099/17 5099/19 5100/3
5100/5 5101/13 5102/1 5102/12
5102/24 5103/2 5103/7 5103/17
5103/20 5104/15 5105/3 5105/8
5115/15 5125/24 5126/2 5126/8
5126/11 5126/12 5126/13 5126/15
5126/18 5126/20 5127/1 5127/7 5127/8
5127/16 5127/16 5127/19 5127/22
5128/15 5129/4 5129/14 5129/22
5130/4 5130/4 5130/6 5130/14 5131/12
5131/15 5131/17 5131/17 5131/20
5135/19 5138/12 5138/24 5139/4
5139/14 5139/18 5139/23 5141/18
5143/1 5143/13 5143/19 5143/21
5144/9 5144/14 5148/7 5148/20
5148/24 5154/16 5155/3 5155/5
5155/21 5156/2 5156/16 5157/2
5157/13 5159/21 5160/1 5160/10
5160/25 5161/3 5161/6 5161/20
5162/10 5162/13 5162/22 5168/21
5168/25 5193/17 5212/15 5212/24
5213/4 5213/7 5213/12 5213/13
5215/16 5217/3 5217/6 5217/9 5221/22
5222/10 5222/12 5222/12 5222/13
5223/2 5223/2 5223/4 5223/4 5223/19
5224/4 5224/9 5224/10 5225/5 5226/17
5227/4 5230/20 5232/5
sheared [4] 5139/20 5139/20 5143/14
5143/17
shearing [17] 5086/2 5092/18 5092/21
5097/6 5098/13 5099/5 5099/6 5130/18
5131/7 5221/15 5222/15 5223/20
5223/23 5223/24 5225/23 5225/23
5226/19
shears [3] 5093/9 5213/9 5213/10
shelf [5] 5186/3 5188/1 5208/10
5208/11 5209/2
shelf life [2] 5186/3 5188/1
shipyards [1] 5221/7

shoots [2] 5136/22 5137/15
short-circuited [1] 5115/24
shorter [3] 5068/7 5068/9 5068/10
shortfalls [1] 5203/3
shortly [1] 5157/4
shot [2] 5129/20 5142/3
should [13] 5057/10 5057/11 5059/23
5096/15 5098/16 5101/21 5171/10
5186/6 5209/14 5212/5 5220/12
5220/14 5221/14
shoulder [2] 5127/16 5129/22
show [5] 5110/17 5128/1 5134/12
5137/18 5152/23
showed [4] 5102/18 5109/18 5120/3
5121/10
showing [11] 5101/1 5105/18 5107/13
5112/19 5127/17 5134/14 5138/15
5138/16 5157/24 5157/24 5182/14
shown [5] 5120/23 5138/3 5138/5
5181/17 5224/11
shows [13] 5121/24 5121/24 5128/18
5135/21 5156/23 5170/22 5175/19
5191/5 5191/10 5191/18 5203/8 5205/9
5213/4
Shushan [1] 5065/21
shut [9] 5085/20 5086/17 5097/19
5099/3 5099/10 5103/18 5157/9
5215/16 5222/16
SHUTLER [1] 5045/21
shuts [1] 5092/24
shutting [3] 5095/18 5200/18 5201/9
shy [1] 5082/7
side [46] 5062/23 5086/1 5086/2 5090/2
5091/10 5091/11 5092/9 5092/9 5102/5
5104/19 5113/21 5120/15 5126/14
5127/11 5128/2 5128/3 5128/3 5128/4
5128/4 5128/5 5128/7 5128/7 5128/8
5128/9 5128/10 5128/13 5128/14
5128/16 5128/17 5130/6 5130/9
5130/17 5130/20 5131/6 5131/9 5131/9
5131/10 5134/11 5139/4 5141/18
5141/18 5141/19 5152/22 5157/25
5159/6 5160/14
sides [3] 5091/4 5127/11 5128/6
sight [1] 5171/17
sign [1] 5213/20
signal [2] 5158/6 5158/6
signals [1] 5158/4
significant [2] 5068/18 5068/22
Simcox [5] 5048/18 5048/20 5233/3
5233/11 5233/11
similar [8] 5061/15 5092/4 5152/14
5152/20 5164/13 5189/7 5202/19
5210/13
simple [1] 5140/3
simply [2] 5054/23 5132/17
simulate [1] 5156/7
since [8] 5088/20 5097/21 5101/19
5105/24 5138/25 5143/14 5174/22
5184/1
SINCLAIR [1] 5046/9
single [5] 5053/14 5174/4 5174/18
5224/25 5227/21
single-bore [1] 5224/25
single-wound [1] 5227/21
sink [1] 5137/24
sinking [1] 5143/23
sinks [2] 5138/2 5138/9
sir [52] 5053/21 5057/20 5059/5 5060/4
5061/20 5064/7 5073/8 5074/3 5079/20
5081/3 5083/7 5083/15 5085/8 5085/9
5086/9 5101/1 5121/3 5123/9 5144/2

S

sir... [33] 5146/14 5146/25 5149/11
5150/11 5151/11 5153/23 5154/20
5159/15 5163/8 5165/24 5168/11
5168/15 5174/6 5174/16 5178/17
5184/9 5187/5 5189/15 5194/14
5201/22 5206/12 5211/15 5214/16
5215/18 5217/22 5219/5 5225/13
5226/22 5227/16 5228/4 5228/16
5228/25 5232/7
sister [1] 5165/17
sit [1] 5184/8
sitting [1] 5230/25
six [6] 5167/7 5167/23 5214/15 5222/19
5223/1 5223/3
sixth [1] 5223/7
slammed [2] 5151/17 5152/5
slick [1] 5107/11
slide [4] 5179/18 5189/24 5217/17
5231/6
Slidell [1] 5044/19
slides [2] 5095/12 5181/18
slight [1] 5095/1
slightly [6] 5099/14 5106/11 5107/1
5115/4 5116/15 5211/11
small [4] 5136/7 5137/13 5155/11
5225/6
smaller [1] 5112/1
so [180] 5050/11 5050/24 5052/21
5053/12 5054/19 5054/25 5057/6
5057/17 5060/17 5060/21 5061/6
5062/5 5062/17 5062/21 5063/1
5063/16 5063/24 5064/5 5064/22
5065/15 5065/25 5066/6 5066/8
5067/25 5070/11 5077/16 5078/6
5081/8 5081/19 5087/20 5089/1 5090/2
5090/4 5093/17 5093/23 5094/17
5094/25 5095/5 5095/7 5095/17
5097/12 5098/2 5098/4 5098/7 5099/22
5101/3 5101/20 5101/23 5101/25
5103/21 5104/9 5106/9 5107/10
5107/24 5108/10 5108/13 5109/9
5109/15 5109/25 5110/1 5111/21
5112/3 5112/11 5113/10 5114/11
5114/23 5115/13 5116/10 5116/12
5117/22 5119/5 5119/19 5120/1 5120/2
5123/6 5124/18 5124/25 5125/22
5126/21 5128/13 5131/4 5131/11
5133/23 5134/1 5134/15 5135/2
5135/13 5135/18 5135/24 5136/3
5136/12 5137/13 5137/15 5138/14
5138/17 5138/19 5139/2 5139/4 5139/5
5140/17 5140/19 5141/13 5141/18
5142/3 5142/6 5142/13 5142/13
5142/14 5142/16 5143/18 5144/20
5144/24 5146/12 5147/5 5150/7
5150/23 5151/15 5152/1 5152/16
5154/4 5155/15 5155/18 5156/4
5156/12 5156/18 5158/20 5161/19
5162/4 5164/9 5165/5 5166/13 5167/16
5169/10 5175/9 5176/12 5177/5
5181/25 5186/1 5187/1 5188/2 5188/15
5189/13 5190/3 5190/9 5191/4 5191/5
5191/7 5191/10 5192/18 5193/14
5196/13 5199/23 5200/15 5202/9
5202/17 5202/19 5205/10 5208/3
5208/14 5208/15 5208/16 5209/12
5214/25 5217/10 5218/14 5219/23
5220/18 5222/8 5223/12 5224/12
5224/13 5225/5 5225/9 5226/5 5226/9
5226/14 5226/15 5227/22 5227/23
5231/5

so-called [1] 5054/19
soft [1] 5081/23
soft-spoken [1] 5081/23
software [7] 5048/24 5080/15 5080/15
5164/13 5164/15 5165/16 5167/11
sold [1] 5073/23
solely [1] 5162/9
solenoid [43] 5086/24 5087/5 5087/9
5161/10 5161/16 5161/19 5161/22
5162/4 5162/6 5162/11 5162/13
5162/21 5162/25 5163/4 5163/5
5163/14 5163/17 5163/18 5164/3
5166/20 5166/23 5166/24 5166/25
5167/13 5167/17 5168/6 5168/7 5168/7
5168/9 5168/13 5168/17 5169/4
5170/23 5171/23 5172/3 5172/10
5172/12 5173/10 5173/21 5174/10
5177/9 5193/25 5231/15
Solenoid 103 [1] 5161/10
solenoids [20] 5083/2 5083/4 5084/11
5157/15 5161/2 5161/17 5165/14
5166/5 5166/6 5166/8 5169/25 5170/22
5173/8 5175/4 5175/23 5176/13
5176/15 5176/18 5177/5 5177/13
solid [3] 5088/19 5090/19 5227/2
some [40] 5050/16 5050/24 5050/25
5054/2 5061/8 5083/5 5084/13 5084/13
5089/24 5099/16 5122/5 5130/21
5132/5 5133/13 5152/3 5152/8 5165/3
5167/11 5172/9 5176/3 5177/18
5180/23 5187/1 5190/7 5190/18
5192/21 5193/2 5194/11 5199/19
5199/23 5200/15 5207/13 5214/7
5221/13 5221/13 5221/15 5223/8
5224/22 5227/22 5228/5
somebody [2] 5104/11 5134/24
somebody's [1] 5134/16
somehow [4] 5057/13 5151/16 5154/16
5193/9
someone's [1] 5135/14
something [10] 5059/12 5061/7 5061/17
5068/16 5098/24 5141/4 5158/22
5176/14 5199/15 5227/25
sometime [2] 5069/3 5142/17
sometimes [3] 5088/7 5096/1 5172/25
somewhere [4] 5152/14 5152/22 5192/1
5192/16
soon [8] 5091/13 5100/1 5124/6 5125/5
5125/21 5140/4 5142/15 5155/12
sorry [12] 5053/10 5053/13 5106/7
5110/3 5117/14 5132/13 5160/12
5168/22 5180/21 5183/3 5183/17
5209/10
sort [2] 5140/9 5140/12
sound [3] 5051/24 5060/13 5230/24
sounds [1] 5068/16
space [1] 5058/15
spaced [1] 5229/20
spacer [2] 5056/13 5056/16
spare [2] 5183/23 5184/1
speak [2] 5104/25 5132/8
speaking [1] 5052/6
specialist [1] 5080/16
specialists [1] 5055/23
specific [1] 5204/6
specifically [1] 5066/13
specify [1] 5218/10
spectrum [1] 5202/8
speculating [1] 5156/5
sped [1] 5230/19
speed [1] 5230/17
speeded [1] 5230/22
spelling [1] 5071/6

spend [2] 5083/13 5194/11
spends [1] 5082/20
spent [1] 5083/2
Sperry [2] 5107/12 5107/17
Sperry-Sun [2] 5107/12 5107/17
SPILL [1] 5043/4
spiral [2] 5140/18 5140/25
spires [1] 5152/6
SPIRO [1] 5046/4
splashing [2] 5203/24 5212/23
splice [1] 5069/21
spoken [1] 5081/23
sponge [1] 5103/19
spot [1] 5123/2
spring [1] 5140/12
ST [19] 5093/20 5093/22 5093/24
5094/20 5095/13 5095/17 5098/11
5098/14 5144/6 5144/7 5144/13 5145/4
5145/8 5145/13 5145/18 5145/20
5145/21 5145/22 5145/25
ST locks [2] 5093/20 5145/8
stack [50] 5087/13 5087/18 5088/3
5090/21 5093/18 5094/23 5096/11
5098/14 5098/25 5099/16 5155/12
5155/10 5155/15 5155/16 5155/17
5155/19 5157/21 5158/1 5158/7 5173/5
5178/6 5186/23 5188/6 5188/14
5188/21 5189/8 5189/8 5197/5 5197/5
5205/3 5205/10 5205/10 5209/1
5211/13 5216/2 5218/16 5219/20
5219/22 5220/5 5220/12 5221/22
5223/7 5223/9 5223/10 5225/12 5226/8
5226/10 5226/12 5226/12 5228/16
stacked [1] 5229/20
stacks [2] 5157/22 5222/20
stand [2] 5067/12 5198/21
standard [8] 5087/19 5113/19 5210/12
5210/20 5222/11 5222/23 5222/24
5226/5
standards [5] 5079/12 5209/8 5215/3
5215/12 5231/9
standing [4] 5069/2 5090/2 5139/13
5225/3
stands [2] 5184/15 5196/12
starboard [1] 5101/14
start [15] 5081/4 5106/3 5109/9 5114/19
5126/10 5130/16 5144/22 5144/23
5167/5 5187/22 5191/20 5192/3
5196/12 5197/16 5228/1
started [15] 5072/10 5073/17 5076/18
5077/9 5106/16 5109/18 5111/12
5114/23 5136/19 5147/5 5179/21
5189/13 5191/10 5191/21 5231/25
starting [3] 5188/13 5191/5 5191/7
startup [1] 5221/8
startups [1] 5221/2
state [10] 5046/7 5046/11 5046/15
5052/3 5052/14 5052/15 5062/11
5071/5 5101/3 5101/7
state's [1] 5063/9
stated [8] 5101/25 5124/3 5147/19
5179/21 5181/23 5181/25 5185/20
5218/11
statement [1] 5211/6
statements [1] 5211/6
STATES [13] 5043/1 5043/10 5043/15
5045/8 5045/12 5045/18 5046/2
5052/16 5052/17 5060/19 5084/22
5084/23 5233/4
States' [1] 5198/4
Station [1] 5046/5
stationary [1] 5155/16
status [4] 5061/25 5183/14 5183/19

S

status... [1] 5192/8
stay [4] 5058/4 5063/24 5094/18 5137/20
steal [2] 5090/16 5151/12
steel [5] 5088/23 5089/1 5090/13 5090/19 5123/25
stenography [1] 5048/23
step [5] 5056/1 5056/4 5103/16 5118/14 5181/11
Stephanie [2] 5071/1 5071/24
STEPHEN [1] 5043/23
steps [1] 5145/12
Sterbcow [4] 5044/5 5044/6 5066/20 5067/20
STERNBERG [1] 5048/12
Steve [5] 5052/25 5061/21 5066/11 5072/7 5075/5
STEVEN [2] 5045/14 5047/9
Stevick [4] 5109/24 5110/1 5117/18 5142/21
sticking [1] 5111/16
still [30] 5053/16 5078/5 5089/23 5089/23 5105/7 5118/12 5125/4 5136/4 5136/8 5137/12 5139/13 5140/21 5141/11 5143/7 5150/16 5151/16 5162/21 5162/25 5163/14 5164/20 5184/8 5184/9 5186/2 5186/4 5222/22 5222/23 5223/5 5224/20 5224/21 5227/2
stipulated [1] 5055/6
stipulations [1] 5055/13
Stone [1] 5047/22
stop [2] 5056/4 5126/15
stopped [2] 5113/25 5226/15
storage [3] 5172/17 5172/19 5226/10
store [1] 5223/10
straight [14] 5092/14 5093/7 5093/12 5125/8 5139/25 5140/1 5140/5 5140/6 5141/1 5141/10 5142/5 5142/8 5142/10 5223/22
straighten [1] 5140/22
straightens [1] 5142/18
strands [1] 5225/6
STRANGE [1] 5046/8
stream [1] 5103/23
Street [19] 5043/20 5044/3 5044/6 5044/10 5044/13 5044/19 5044/22 5045/6 5046/17 5046/16 5046/19 5047/6 5047/10 5047/17 5047/23 5048/5 5048/9 5048/16 5048/19
strength [2] 5121/9 5122/7
strengthen [1] 5088/25
Stress [9] 5146/10 5146/13 5146/16 5146/24 5147/6 5147/7 5147/8 5147/11 5147/15
Stress' [2] 5147/16 5147/22
strict [1] 5060/8
Strictly [1] 5052/6
strike [5] 5117/7 5148/4 5155/7 5174/8 5193/15
string [6] 5107/24 5108/3 5108/4 5142/6 5169/14 5205/7
studies [1] 5226/24
subject [13] 5050/14 5050/18 5051/1 5051/11 5052/7 5058/9 5060/1 5060/10 5060/10 5084/24 5184/17 5219/23 5220/1
subjecting [1] 5067/13
submit [2] 5061/8 5065/15
submitted [3] 5055/14 5168/13 5177/15
subpoenaed [1] 5067/10
subsea [17] 5160/8 5164/2 5164/5 5170/6 5201/2 5201/19 5201/19 5201/19 5202/14 5202/16 5203/12 5205/13 5206/11 5209/5 5215/19 5215/21 5220/12
subtracted [1] 5050/11
successful [5] 5164/2 5206/7 5215/21 5216/1 5216/4
successfully [3] 5166/23 5193/19 5231/15
such [2] 5167/12 5211/2
suddenly [1] 5121/10
sue [1] 5052/20
sued [1] 5060/19
sufficient [11] 5059/18 5089/2 5104/23 5123/16 5142/2 5146/5 5147/17 5147/20 5147/23 5168/17 5193/6
suggestion [2] 5186/5 5221/13
Suite [13] 5043/20 5044/6 5044/10 5044/16 5046/19 5047/6 5047/10 5047/17 5047/20 5048/5 5048/9 5048/12 5048/16
SULLIVAN [1] 5045/20
sum [2] 5076/17 5190/3
summarize [2] 5156/20 5193/14
summarizes [1] 5211/25
summarizing [1] 5100/15
summary [15] 5062/6 5180/4 5180/9 5180/12 5181/2 5181/6 5181/12 5181/21 5181/25 5195/5 5198/7 5211/17 5212/5 5218/23 5231/5
Sun [2] 5107/12 5107/17
super [7] 5074/25 5097/8 5212/24 5213/4 5213/7 5213/9 5213/11
supplied [1] 5173/3
supply [5] 5173/15 5175/8
support [15] 5055/14 5061/3 5061/4 5063/11 5087/8 5112/12 5121/21 5122/14 5127/8 5128/13 5144/13 5153/10 5156/21 5181/18 5232/8
supported [3] 5054/17 5055/4 5102/3
supports [2] 5131/11 5151/23
supposed [1] 5065/25
sure [12] 5064/22 5068/9 5070/7 5071/24 5079/11 5079/18 5126/5 5156/12 5165/25 5168/24 5177/8 5183/19
surface [18] 5056/22 5098/3 5109/6 5126/20 5130/18 5131/7 5137/17 5137/19 5145/5 5152/16 5158/4 5159/6 5160/19 5186/22 5186/23 5189/9 5197/6 5230/3
survey [2] 5202/6 5219/12
survey-type [1] 5202/6
surveyor [1] 5221/2
surveyors [1] 5078/1
suspenders [1] 5060/6
sustain [5] 5117/10 5198/24
Sutherland [1] 5047/8
Swing [1] 5072/15
switch [2] 5062/18 5227/9
switched [1] 5168/5
Switching [2] 5211/11 5217/14
sworn [1] 5071/3
system [40] 5081/7 5082/20 5083/14 5096/1 5096/2 5096/3 5096/4 5096/5 5097/18 5098/5 5098/11 5099/8 5099/12 5099/14 5099/25 5100/2 5101/16 5162/19 5165/18 5165/19 5166/4 5170/13 5171/14 5171/15 5171/17 5182/16 5195/25 5197/24 5208/11 5215/23 5220/13 5227/6 5227/7 5227/8 5227/10 5227/24 5228/3

5229/1 5229/2 5229/16
5229/19 5230/1
systems [21] 5081/1 5081/2 5081/5 5081/8 5081/13 5082/15 5082/17 5083/2 5083/3 5083/10 5083/13 5095/23 5095/24 5098/6 5157/16 5158/12 5220/19 5227/5 5228/24 5229/15 5230/8

T

T-shape [1] 5088/17
T-shaped [1] 5089/17
table [8] 5100/13 5100/15 5101/11 5101/13 5167/16 5175/21 5177/7 5191/6
tail [5] 5094/8 5094/12 5095/12 5095/19 5145/1
take [29] 5061/16 5065/19 5067/19 5067/20 5069/22 5071/22 5088/9 5097/14 5099/3 5104/1 5104/20 5124/9 5126/24 5132/5 5133/10 5142/12 5143/8 5145/12 5148/9 5149/9 5160/23 5170/12 5181/11 5185/16 5187/24 5204/19 5208/9 5227/25 5231/6
taken [10] 5051/24 5059/25 5060/11 5100/23 5101/1 5101/10 5127/3 5150/2 5150/3 5187/16
takes [5] 5097/13 5113/21 5129/20 5161/6 5223/15
taking [2] 5134/5 5196/13
talk [19] 5069/9 5080/25 5081/24 5081/25 5087/21 5088/10 5091/25 5093/16 5095/22 5100/8 5117/6 5126/2 5144/5 5148/5 5163/6 5191/18 5217/14 5224/22 5225/20
talked [7] 5070/4 5070/6 5116/7 5120/12 5146/2 5172/24 5207/6
talking [19] 5051/3 5068/15 5069/15 5077/13 5078/11 5082/15 5083/7 5088/2 5090/16 5118/10 5118/11 5121/15 5129/12 5133/1 5134/3 5135/15 5137/4 5164/17 5226/18
tall [1] 5111/20
tally [9] 5170/3 5170/5 5170/6 5170/7 5170/11 5170/18 5170/19 5170/20 5171/22
tandem [8] 5225/20 5225/21 5225/22 5226/1 5226/4 5226/10 5226/11 5226/20
TANNER [6] 5048/15 5051/15 5055/7 5058/3 5059/4 5061/24
task [15] 5195/4 5196/20 5197/3 5197/10 5197/20 5199/15 5199/18 5200/1 5200/6 5200/10 5200/17 5200/23 5201/1 5201/3 5201/7
tasks [14] 5194/15 5194/18 5194/25 5195/10 5195/14 5196/5 5197/7 5197/15 5197/16 5198/15 5199/4 5199/4 5199/8 5202/15
teach [1] 5078/8
teaches [1] 5146/21
team [21] 5079/22 5079/23 5079/25 5080/4 5080/9 5080/11 5080/17 5080/18 5080/23 5146/9 5146/13 5146/15 5163/3 5165/25 5169/17 5179/7 5179/10 5194/22 5198/13 5199/3 5201/2
tear [1] 5207/12
technical [1] 5219/9
technology [1] 5221/19
teething [1] 5208/15
tell [26] 5073/3 5073/9 5073/20 5074/23 5077/21 5079/4 5087/17 5093/5

T

tell... [18] 5099/13 5109/15 5110/7
5111/5 5111/7 5112/6 5131/5 5138/22
5147/16 5147/22 5174/25 5188/19
5191/8 5191/17 5219/14 5223/23
5224/25 5232/17
tells [1] 5187/21
temperature [1] 5218/15
temporary [1] 5056/23
ten [2] 5082/18 5124/2
tend [1] 5068/15
tended [1] 5144/25
tender [1] 5084/4
tensile [8] 5119/3 5120/22 5121/7
5122/8 5122/9 5122/11 5122/23 5152/1
tensilely [2] 5121/4 5121/22
tension [6] 5118/25 5121/9 5122/8
5122/15 5152/4 5196/18
tensioner [4] 5196/11 5196/16 5196/17
5196/18
term [1] 5077/15
terminology [1] 5129/14
terms [1] 5205/7
tertiary [1] 5229/2
test [44] 5056/3 5056/5 5056/8 5057/2
5057/4 5163/23 5164/5 5164/12 5165/3
5165/9 5165/13 5165/16 5167/15
5167/19 5169/24 5171/8 5171/23
5171/25 5173/7 5173/9 5173/20
5174/19 5175/20 5175/21 5176/12
5183/11 5186/22 5197/2 5197/4
5197/21 5205/25 5205/25 5206/9
5206/14 5206/25 5215/22 5216/1
5216/4 5216/5 5216/7 5216/25 5217/3
5217/6 5217/8
tested [12] 5171/25 5172/1 5173/22
5174/9 5182/21 5192/8 5192/14
5192/15 5214/9 5215/24 5216/6
5216/17
testified [21] 5068/25 5071/4 5096/13
5096/15 5098/10 5098/15 5106/13
5115/23 5136/25 5139/21 5151/15
5160/24 5171/2 5173/11 5174/1 5174/9
5179/23 5185/22 5198/6 5218/21
5228/14
testify [2] 5084/18 5135/5
testimony [29] 5064/11 5065/9 5066/12
5067/2 5084/20 5086/7 5086/23
5096/17 5098/20 5154/14 5161/5
5161/8 5161/11 5163/9 5169/6 5174/5
5174/12 5185/12 5185/12 5196/1
5201/21 5207/13 5207/16 5209/13
5209/16 5211/21 5221/13 5224/3
5228/5
testing [46] 5163/2 5163/2 5164/4
5165/12 5166/12 5166/13 5167/6
5167/16 5167/20 5168/4 5168/8 5169/4
5169/23 5170/1 5170/20 5171/2
5171/14 5172/25 5174/11 5175/19
5176/7 5176/16 5176/17 5177/1
5177/11 5180/25 5192/11 5192/21
5193/11 5193/24 5194/3 5196/13
5197/19 5199/19 5205/17 5205/18
5205/18 5206/3 5206/3 5212/14
5212/21 5212/25 5215/20 5216/3
5216/25 5230/23
testings [1] 5170/3
tests [44] 5163/4 5163/5 5163/6 5163/9
5163/13 5163/16 5163/21 5163/24
5164/2 5164/3 5164/12 5164/16
5164/22 5164/24 5165/2 5165/23
5166/17 5166/20 5166/23 5166/24

5167/3 5167/7 5167/8 5167/8 5167/13
5167/16 5168/4 5168/5 5168/6 5168/8
5168/13 5168/16 5180/3 5180/5
5180/14 5205/20 5206/6 5206/14
5207/9 5208/2 5208/3 5208/22 5212/12
5216/10 5217/10
Texas [7] 5045/4 5047/10 5047/21
5048/5 5048/10 5048/13 5048/17
text [1] 5084/15
than [20] 5061/13 5097/7 5107/1
5108/20 5116/22 5117/15 5123/24
5124/2 5166/2 5168/12 5185/20 5190/4
5190/5 5190/10 5195/15 5195/17
5196/20 5207/14 5208/4 5224/6
Thank [37] 5051/6 5054/3 5057/23
5058/1 5059/3 5059/5 5059/9 5061/10
5061/20 5062/9 5062/10 5063/3 5063/4
5064/9 5064/19 5065/6 5065/7 5072/14
5082/8 5084/21 5084/25 5085/3
5095/21 5103/13 5104/20 5135/7
5143/8 5143/3 5148/10 5148/17 5156/9
5178/18 5182/5 5183/12 5194/8
5221/10 5232/12
that [797]
that's [80] 5052/19 5052/23 5055/8
5057/20 5059/17 5061/16 5068/19
5068/20 5069/11 5069/24 5070/9
5070/10 5071/21 5072/13 5072/17
5075/16 5081/23 5082/3 5084/12
5089/7 5090/16 5091/8 5093/1 5093/13
5094/10 5095/15 5096/6 5098/5 5098/9
5101/24 5102/3 5109/12 5110/3
5110/11 5110/18 5111/17 5111/24
5112/8 5113/10 5114/21 5124/22
5126/22 5129/15 5129/17 5132/25
5133/18 5134/1 5134/16 5134/23
5137/15 5142/10 5143/20 5143/24
5145/16 5145/19 5147/7 5148/21
5151/19 5152/4 5155/22 5159/10
5159/20 5160/11 5163/12 5184/16
5185/25 5188/20 5190/5 5190/22
5193/23 5197/9 5202/7 5210/6 5212/19
5218/5 5218/8 5220/10 5221/7 5226/7
5227/25
the bottom [1] 5115/4
their [49] 5051/18 5051/25 5053/20
5054/1 5055/4 5066/23 5066/24
5066/24 5069/9 5069/19 5069/20
5078/19 5079/1 5079/1 5079/11
5079/18 5080/24 5132/19 5132/25
5135/24 5145/9 5145/10 5170/7 5170/8
5170/11 5175/19 5175/20 5175/22
5176/14 5176/19 5178/15 5184/14
5186/2 5186/4 5188/13 5202/2 5203/23
5204/15 5205/25 5207/24 5208/3
5209/1 5209/7 5209/7 5209/8 5210/17
5214/15 5214/15 5222/20
theirs [1] 5176/18
them [43] 5053/16 5064/16 5066/23
5067/13 5067/17 5069/15 5070/16
5078/19 5087/21 5090/10 5094/5
5095/5 5096/21 5111/22 5128/1
5128/22 5130/23 5133/18 5134/5
5134/21 5135/13 5136/15 5138/19
5144/16 5144/25 5145/19 5146/1
5146/2 5158/14 5160/6 5167/10
5167/23 5170/8 5170/9 5172/18 5175/7
5176/12 5177/23 5181/16 5191/5
5196/14 5216/7 5231/6
themselves [1] 5069/20
then [45] 5058/16 5062/17 5062/23
5068/21 5069/7 5073/11 5073/18
5074/4 5082/24 5088/21 5089/21

5089/24 5093/9 5097/3 5097/10
5135/25 5136/9 5137/1 5137/16 5141/1
5141/10 5150/9 5152/23 5156/8 5158/5
5158/6 5158/18 5158/23 5159/23
5160/15 5160/23 5162/3 5171/7 5177/4
5181/5 5203/16 5208/15 5213/20
5223/4 5225/2 5226/6
theories [1] 5156/25
theory [9] 5149/2 5149/6 5149/10
5150/12 5151/16 5151/24 5153/10
5153/19 5153/25
there [118] 5050/24 5055/21 5057/7
5057/12 5058/21 5058/23 5062/14
5063/23 5064/15 5069/23 5071/21
5072/6 5073/17 5076/11 5076/12
5077/1 5079/7 5080/14 5082/11
5082/23 5086/7 5088/6 5088/6 5090/22
5093/14 5097/4 5097/12 5097/16
5100/23 5102/23 5102/25 5103/1
5103/4 5104/23 5109/20 5116/2 5116/2
5122/16 5124/5 5126/6 5126/6 5126/15
5126/16 5129/8 5129/17 5130/24
5131/13 5132/5 5133/12 5134/8
5134/18 5135/21 5135/23 5136/10
5136/15 5136/24 5137/16 5138/12
5139/13 5147/8 5147/20 5147/24
5148/24 5150/13 5151/22 5151/25
5155/2 5155/13 5156/5 5157/24
5158/12 5158/14 5158/17 5158/20
5160/7 5160/13 5162/2 5163/9 5164/17
5168/17 5168/20 5168/24 5171/5
5172/10 5172/21 5173/11 5173/15
5174/21 5174/24 5175/9 5175/20
5176/1 5180/8 5181/21 5181/23
5189/22 5191/18 5192/5 5192/19
5195/13 5200/3 5203/8 5205/16
5207/11 5214/13 5215/14 5215/25
5217/3 5218/23 5223/1 5223/6 5225/14
5227/21 5227/23 5228/2 5229/19
5229/25 5232/5
there's [49] 5054/23 5055/1 5059/18
5063/11 5086/20 5089/20 5089/21
5093/25 5094/11 5095/2 5097/5
5099/18 5102/5 5115/17 5116/9
5122/24 5123/3 5124/19 5125/16
5128/6 5128/11 5130/22 5132/5
5143/18 5144/19 5148/5 5148/6
5155/11 5156/17 5158/3 5160/9
5160/14 5161/8 5161/19 5167/19
5167/19 5172/23 5175/20 5180/23
5186/5 5203/14 5204/3 5207/7 5208/22
5209/13 5221/13 5224/3 5224/22
5228/5
therefore [1] 5059/20
these [99] 5055/13 5059/6 5071/22
5079/10 5079/13 5079/17 5081/23
5082/16 5082/19 5088/8 5089/3
5089/22 5090/2 5090/16 5090/18
5090/25 5091/8 5091/9 5091/21 5094/2
5100/18 5100/20 5108/21 5111/5
5111/21 5115/23 5118/11 5119/10
5119/15 5119/17 5121/13 5121/15
5121/16 5127/7 5127/17 5128/18
5128/19 5128/21 5128/23 5129/6
5129/6 5130/22 5131/1 5132/23
5133/10 5133/11 5133/11 5133/13
5133/15 5133/23 5133/24 5134/3
5134/9 5134/14 5137/2 5138/15
5138/18 5138/20 5140/5 5142/15
5146/13 5146/16 5147/1 5147/3 5152/5
5153/3 5153/5 5153/10 5158/2 5159/2
5164/22 5165/23 5167/3 5169/11

Case 2:10-md-02179-CJB-DPC Document 5878-19 Filed 04/26/11 Page 223 of 227

these... [25] 5169/24 5170/19 5174/14
5177/21 5180/20 5181/11 5181/13
5181/15 5181/17 5181/18 5185/7
5189/5 5197/24 5198/1 5202/18
5207/21 5211/6 5212/17 5212/24
5213/2 5213/15 5215/2 5215/11
5215/15 5217/10
they [157] 5054/1 5055/3 5055/4
5066/13 5069/9 5069/20 5070/15
5076/6 5080/24 5080/24 5082/24
5082/24 5083/6 5083/11 5087/7
5090/10 5094/5 5097/7 5097/9 5097/10
5097/17 5098/25 5100/19 5100/20
5101/4 5101/7 5101/9 5107/10 5111/7
5114/9 5116/25 5117/23 5119/22
5120/1 5120/2 5122/14 5122/22
5122/25 5123/18 5123/19 5131/6
5133/13 5133/18 5133/23 5133/24
5134/3 5134/5 5134/7 5134/18 5134/22
5135/14 5135/24 5136/19 5136/20
5138/3 5138/4 5139/24 5140/1 5140/3
5140/4 5144/10 5144/22 5144/23
5145/6 5145/8 5145/9 5145/10 5145/11
5145/11 5145/12 5146/17 5146/17
5152/7 5153/13 5154/21 5155/24
5156/5 5158/4 5158/4 5104/9
5158/18 5158/18 5167/9 5168/13
5168/17 5170/7 5170/8 5170/11
5170/12 5171/10 5171/13 5173/9
5174/16 5175/9 5175/19 5175/21
5175/21 5175/22 5176/12 5176/13
5176/13 5176/14 5176/17 5177/1
5179/14 5180/18 5181/18 5181/20
5185/10 5186/4 5187/12 5188/14
5188/21 5198/13 5202/11 5204/9
5204/16 5205/9 5205/11 5206/8
5206/22 5206/24 5207/1 5208/4 5208/5
5209/1 5209/2 5209/3 5209/6 5210/10
5210/10 5210/14 5212/15 5212/24
5212/25 5213/17 5214/8 5214/25
5215/10 5215/24 5215/24 5218/12
5218/13 5218/13 5218/14 5218/16
5224/12 5225/4 5225/5 5225/9 5226/24
5227/19 5229/4 5229/6 5230/10
5230/22
they're [26] 5055/14 5069/20 5079/7
5091/3 5091/3 5096/22 5130/22 5131/9
5154/2 5157/1 5157/22 5158/10
5160/18 5160/21 5173/10 5195/19
5202/18 5204/16 5206/23 5209/1
5209/2 5212/11 5212/12 5212/13
5212/14 5218/12
they've [1] 5132/19
thickness [1] 5122/5
thin [4] 5118/13 5120/14 5122/3 5122/3
thing [10] 5066/9 5069/18 5070/2
5111/18 5111/22 5125/5 5145/19
5165/20 5214/24 5222/3
things [6] 5068/25 5109/3 5121/24
5137/4 5196/13 5214/7
think [34] 5051/18 5052/6 5054/25
5055/20 5060/5 5062/13 5062/21
5065/2 5066/8 5066/25 5067/8 5068/19
5070/6 5070/8 5072/3 5081/21 5081/22
5087/24 5096/23 5096/23 5133/19
5141/9 5142/11 5153/22 5165/11
5166/2 5172/15 5175/3 5177/2 5180/23
5183/17 5185/15 5213/17 5232/13
third [6] 5046/12 5058/24 5067/6
5086/15 5122/6 5185/16
third-party [1] 5058/24

this [478]
Thomsduling [1] 5070/19
Thompson [2] 5109/24 5117/2
Thompson's [1] 5117/8
Thornhill [2] 5044/18 5044/18
thoroughly [1] 5052/10
those [76] 5050/12 5051/8 5055/9
5057/6 5057/17 5059/1 5063/13
5063/23 5064/13 5064/17 5066/18
5068/13 5069/12 5069/13 5074/3
5074/23 5074/24 5082/23 5082/25
5083/3 5083/24 5087/6 5089/13 5095/1
5098/7 5102/9 5102/14 5105/12
5111/13 5112/6 5113/1 5128/20 5132/5
5136/17 5139/8 5139/21 5141/8 5143/6
5146/22 5148/25 5152/18 5153/5
5154/10 5162/25 5163/13 5163/21
5164/2 5164/12 5164/25 5166/20
5167/18 5173/2 5173/22 5179/25
5180/2 5180/3 5180/9 5180/13 5180/15
5192/22 5194/18 5196/8 5198/8 5202/9
5205/20 5208/17 5212/3 5212/21
5213/16 5214/20 5215/9 5221/3
5224/25 5228/7 5230/17 5230/19
though [4] 5064/1 5066/4 5174/18
5190/6
thought [6] 5051/3 5058/11 5058/18
5068/6 5068/12 5104/9
thoughts [1] 5225/16
three [25] 5062/6 5075/1 5090/22
5093/21 5093/25 5102/9 5104/10
5116/14 5163/21 5164/17 5164/18
5164/22 5164/23 5166/20 5168/3
5173/16 5179/7 5179/8 5186/25
5188/13 5191/4 5191/21 5197/15
5217/1 5223/5
through [76] 5060/25 5073/18 5073/22
5073/24 5074/2 5074/16 5077/3
5077/11 5077/13 5078/13 5078/14
5079/8 5080/3 5080/8 5080/13 5080/24
5082/21 5088/16 5088/25 5090/2
5093/9 5095/5 5095/16 5097/21
5105/10 5111/15 5111/25 5112/16
5112/20 5112/22 5113/6 5116/10
5123/23 5127/1 5130/8 5130/13
5131/18 5135/19 5136/7 5136/21
5137/10 5137/12 5137/13 5137/15
5138/12 5139/2 5141/16 5142/3
5142/19 5146/18 5147/1 5154/6 5155/9
5155/13 5157/7 5158/5 5160/19
5161/24 5163/5 5163/16 5163/17
5165/7 5168/4 5169/1 5169/24
5172/22 5173/6 5188/12 5190/19
5191/9 5193/9 5193/10 5193/11
5215/23 5227/19 5228/19
throughout [1] 5092/16
thus [2] 5111/20 5230/6
Tiber [2] 5214/19 5214/23
time [124] 5054/2 5058/3 5060/14
5061/12 5061/16 5063/1 5063/16
5064/10 5064/16 5066/6 5067/21
5070/24 5074/10 5074/16 5075/6
5077/4 5079/7 5079/9 5080/24 5081/4
5081/11 5082/15 5083/1 5083/2
5083/13 5084/3 5086/8 5086/12
5087/14 5088/8 5096/21 5097/10
5099/4 5099/8 5105/5 5105/7 5106/14
5108/8 5112/6 5112/13 5116/1 5118/14
5125/14 5131/25 5137/24 5139/6
5140/24 5141/12 5142/16 5143/1
5143/1 5143/6 5143/9 5143/12 5143/15
5143/19 5144/1 5145/8 5147/19 5148/8
5155/21 5155/25 5156/3 5157/3

5168/10 5169/23 5172/4 5173/18
5174/19 5177/22 5179/4 5181/5
5183/14 5183/15 5183/20 5183/21
5183/23 5184/1 5185/3 5187/7 5187/11
5187/13 5187/16 5187/22 5188/10
5188/10 5188/15 5189/1 5189/15
5189/16 5189/19 5189/21 5189/23
5190/3 5192/17 5193/7 5194/11
5194/16 5195/14 5196/5 5198/1
5199/23 5202/17 5203/15 5203/15
5207/22 5208/5 5209/9 5209/11
5210/11 5210/14 5217/20 5220/7
5221/25 5222/10 5222/11 5222/24
5224/17 5225/15 5226/1 5227/9
5227/12 5228/17 5230/20
time-based [1] 5208/5
times [9] 5124/2 5138/23 5138/23
5143/21 5154/20 5186/24 5187/4
5188/14 5188/23
timing [3] 5062/1 5097/5 5148/6
tips [1] 5091/22
titled [1] 5191/5
today [10] 5063/14 5067/23 5069/3
5107/9 5141/7 5184/8 5196/2 5211/21
5224/20 5232/14
together [4] 5135/17 5179/7 5221/6
5227/3
told [1] 5070/2
Tolles [1] 5047/12
Tolleson [3] 5084/13 5165/15 5168/3
Tolleson's [1] 5166/12
TOM [1] 5044/18
tomorrow [6] 5065/16 5065/19 5065/20
5065/21 5070/8 5232/19
too [1] 5140/9
took [4] 5114/9 5137/15 5148/12 5209/2
tool [41] 5104/3 5104/17 5105/20
5105/22 5105/24 5106/13 5106/17
5106/21 5106/21 5106/23 5107/1
5107/5 5107/9 5107/16 5109/16
5109/21 5110/12 5111/1 5111/2 5111/6
5111/7 5111/12 5112/12 5112/18
5113/4 5113/5 5113/15 5118/21
5118/22 5118/22 5121/18 5132/1
5135/12 5135/16 5135/19 5136/7
5136/25 5137/7 5137/12 5147/21
5154/6
top [38] 5058/10 5088/3 5088/24
5089/15 5089/15 5089/19 5089/20
5090/18 5091/11 5102/9 5106/2
5107/25 5111/6 5111/19 5112/4 5115/8
5116/9 5118/8 5119/7 5119/7 5119/11
5132/1 5136/9 5136/19 5136/20
5137/16 5137/19 5150/24 5152/17
5152/17 5154/7 5167/5 5171/5 5176/1
5187/6 5197/17 5209/21 5219/23
topics [3] 5211/11 5217/14 5223/17
Torts [2] 5045/9 5045/19
total [6] 5068/16 5076/17 5166/17
5166/19 5190/3 5190/5
totally [1] 5158/10
tough [1] 5132/8
toward [1] 5072/15
towards [2] 5084/10 5118/15
track [1] 5179/7
tradeoffs [2] 5097/4 5227/23
trainer [1] 5077/23
training [3] 5073/9 5077/9 5077/23
transceivers [1] 5229/21
transcript [4] 5043/14 5069/22 5070/14
5233/6
transcription [1] 5048/24
transducers [1] 5164/9

**T**

transition [1] 5131/1
transitioned [1] 5153/7
translates [1] 5158/5
transmitted [1] 5230/3
Transocean [74] 5047/5 5047/6 5047/7 5047/8 5047/9 5047/10 5047/12 5047/12 5047/13 5047/16 5047/16 5047/17 5047/19 5047/20 5047/21 5050/8 5052/7 5053/1 5053/2 5053/3 5058/8 5061/22 5062/12 5062/12 5062/14 5062/15 5062/18 5062/20 5065/14 5066/12 5066/22 5067/16 5067/18 5072/23 5080/18 5146/9 5146/12 5146/15 5147/14 5163/3 5165/12 5165/15 5167/17 5166/17 5167/3 5168/9 5168/12 5169/20 5172/11 5177/14 5177/17 5177/20 5178/10 5178/15 5182/16 5184/4 5190/1 5193/10 5193/24 5194/3 5194/22 5198/7 5198/8 5198/13 5201/1 5204/15 5204/18 5206/21 5209/14 5211/8 5214/14 5215/19 5219/15 5222/19
Transocean's [20] 5051/7 5079/21 5080/10 5080/23 5169/17 5194/12 5195/24 5199/3 5199/13 5200/6 5201/11 5201/19 5201/23 5202/1 5202/10 5204/7 5205/8 5205/16 5209/5 5215/2
trapped [11] 5113/16 5116/3 5116/5 5116/16 5118/21 5126/22 5128/14 5130/18 5130/21 5137/7 5138/6
traps [1] 5115/4
travel [1] 5169/22
traveling [6] 5149/7 5150/7 5150/21 5151/2 5153/18 5154/11
trend [2] 5208/2 5208/21
TREX [43] 5100/11 5123/13 5166/9 5167/1 5167/25 5170/14 5170/25 5175/11 5177/25 5179/2 5179/18 5179/19 5179/19 5180/7 5180/8 5181/12 5181/21 5182/10 5182/25 5184/10 5184/22 5186/10 5187/17 5188/16 5189/13 5190/13 5195/3 5199/10 5200/4 5200/21 5201/14 5202/12 5203/9 5204/10 5209/20 5211/16 5212/6 5214/17 5216/13 5218/6 5219/1 5229/7 5229/23
TREX-1.148.1.TO [1] 5123/13
TREX-1469 [1] 5201/14
TREX-1469.4.1.TO [1] 5202/12
TREX-1469.4.2.TO [1] 5203/9
TREX-22342.388.1.TO [1] 5199/10
TREX-22342.388.2.TO [1] 5200/4
TREX-22342.389.1.TO [1] 5200/21
TREX-22729.15.1.TO [1] 5190/13
TREX-3298 [1] 5229/7
TREX-3298.61.2.TO [1] 5229/23
TREX-3299 [1] 5179/19
TREX-33273 [1] 5179/18
TREX-3338.1.1.TO [1] 5204/10
TREX-3605 [2] 5184/10 5187/17
TREX-3605.2.1.TO [1] 5184/22
TREX-3605.2.2.TO [1] 5186/10
TREX-36711 [1] 5179/19
TREX-3797.3.1.TO [1] 5170/25
TREX-43093.41.1.TO [1] 5100/11
TREX-4617.66.1.TO [1] 5182/10
TREX-4823.5.1.TO [1] 5170/14
TREX-50377 [3] 5179/2 5181/12 5181/21

TREX-51245.1189.1.TO [1] 5188/16
TREX-51245.216.1.TO [1] 5189/3
TREX-51245.225.1.TO [1] 5177/25
TREX-5165 [1] 5175/11
TREX-52662-A.3.1.TO [1] 5212/6
TREX-526628 [1] 5211/16
TREX-52662A.10.1.TO [1] 5214/17
TREX-52664.1.1.TO [1] 5216/13
TREX-52665 [1] 5195/3
TREX-7030 [1] 5209/20
TREX-7670 [1] 5166/9
TREX-7670.1.1.TO [1] 5167/1
TREX-7670.2.1.TO [1] 5167/25
TREX-7687.25.1.TO [1] 5218/6
TREX-7691 [1] 5219/1
trial [7] 5043/14 5054/8 5054/10 5054/20 5060/25 5065/2 5184/13
triangular [1] 5090/8
triangular-shaped [1] 5090/8
tried [2] 5057/14 5080/21
trigger [3] 5098/11 5099/23 5099/24
triggered [3] 5146/1 5160/21 5177/11
triggers [2] 5098/13 5159/20
TRITON [1] 5043/8
trouble [1] 5208/17
troubleshooting [5] 5078/3 5081/13 5081/14 5081/16 5083/9
true [15] 5143/23 5148/20 5162/7 5163/11 5164/19 5164/20 5172/7 5193/22 5193/23 5200/8 5205/4 5205/24 5218/4 5219/4 5233/5
trust [1] 5051/24
try [12] 5072/1 5075/24 5076/10 5081/19 5118/14 5118/19 5135/13 5156/4 5156/6 5159/9 5172/22 5176/14
trying [8] 5070/5 5075/8 5111/24 5116/10 5134/1 5158/7 5173/24 5204/22
tubulars [3] 5146/18 5146/21 5146/22
turn [16] 5071/1 5075/23 5076/9 5085/6 5090/20 5100/7 5104/7 5114/19 5178/20 5184/22 5186/10 5187/24 5187/25 5210/7 5219/1 5220/22
turned [2] 5187/14 5189/18
turning [2] 5086/15 5188/3
twisted [4] 5140/9 5140/11 5140/19 5140/20
two [59] 5056/12 5056/15 5057/14 5058/5 5061/24 5066/23 5067/5 5067/8 5067/22 5068/14 5069/12 5069/13 5070/3 5075/1 5075/5 5077/4 5080/12 5082/19 5089/22 5091/20 5091/20 5093/25 5093/25 5096/19 5097/4 5109/3 5119/10 5121/15 5121/16 5126/22 5126/23 5128/21 5129/9 5130/21 5132/14 5133/15 5134/14 5137/4 5138/15 5143/21 5145/23 5153/3 5153/10 5154/10 5157/7 5158/3 5160/7 5160/15 5161/23 5162/16 5162/18 5204/18 5206/16 5212/21 5212/24 5223/2 5223/4 5227/2 5232/4
type [11] 5078/15 5079/4 5095/2 5108/2 5164/17 5166/1 5166/6 5202/6 5208/3 5208/21 5214/14
types [2] 5080/13 5164/12
typical [3] 5170/4 5213/19 5218/9
typically [2] 5173/7 5188/5

**U**

U.S [4] 5045/8 5045/12 5045/18 5046/2
ultimate [1] 5121/9
unable [1] 5103/20

unbuckling [1] 5143/11
under [9] 5052/9 5053/3 5054/12 5055/3 5062/3 5062/7 5108/16 5152/10 5231/14
UNDERHILL [1] 5045/9
underlying [11] 5051/23 5060/8 5177/10 5178/8 5179/15 5179/24 5179/25 5182/14 5183/2 5195/9 5211/23
understand [19] 5050/23 5064/2 5069/24 5080/18 5080/21 5087/20 5103/9 5134/2 5151/18 5151/19 5169/19 5175/17 5179/8 5188/12 5189/13 5202/1 5205/20 5213/23 5225/25
understandable [1] 5068/21
understanding [7] 5061/7 5067/1 5146/20 5176/8 5176/25 5182/22 5233/7
understands [1] 5221/7
undertake [1] 5195/8
undertaken [1] 5169/16
undertook [2] 5193/1 5198/13
unfortunately [2] 5068/18 5179/25
unique [1] 5218/23
unit [5] 5165/3 5171/19 5174/17 5200/11 5200/12
UNITED [14] 5043/1 5043/10 5043/15 5045/8 5045/12 5045/18 5046/2 5052/16 5052/17 5060/19 5084/22 5084/23 5198/4 5233/4
units [6] 5091/3 5165/10 5172/25 5174/7 5174/11 5174/14
University [2] 5073/10 5073/12
unlatched [2] 5189/1 5189/8
unless [2] 5058/7 5069/9
unlikely [1] 5154/13
unlock [1] 5095/6
unrelated [1] 5176/5
until [15] 5052/7 5054/16 5062/22 5083/6 5088/21 5094/14 5120/21 5121/8 5141/11 5142/25 5169/25 5172/1 5181/5 5207/15 5232/18
up [161] 5051/24 5059/25 5060/11 5061/16 5063/23 5065/19 5066/1 5066/24 5067/15 5067/21 5070/8 5071/9 5071/18 5071/21 5073/13 5073/18 5075/23 5076/9 5082/5 5082/13 5085/4 5087/22 5088/11 5088/16 5088/20 5089/11 5090/2 5090/4 5090/4 5090/23 5092/1 5092/21 5093/15 5094/15 5097/25 5098/1 5099/18 5100/2 5100/8 5100/11 5101/17 5102/17 5104/2 5104/18 5104/25 5105/14 5105/20 5106/17 5108/13 5108/14 5109/19 5110/14 5111/6 5111/18 5113/5 5113/12 5113/17 5114/6 5114/23 5115/7 5115/19 5115/21 5115/24 5116/4 5116/10 5118/6 5119/11 5120/1 5121/11 5121/16 5122/16 5123/13 5123/20 5124/16 5125/12 5126/4 5127/17 5128/11 5129/1 5130/11 5133/10 5133/14 5133/25 5135/10 5135/16 5135/19 5135/24 5136/8 5136/16 5136/22 5137/3 5137/5 5137/21 5138/10 5139/8 5140/16 5140/18 5141/4 5141/5 5141/7 5141/8 5142/7 5142/8 5143/9 5144/11 5144/21 5146/2 5147/20 5147/21 5148/4 5148/22 5150/21 5154/7 5157/5 5157/18 5159/3 5159/5 5160/3 5161/13 5166/9 5167/1 5167/25 5169/8 5170/14 5172/1 5173/3

**U**

up... [36]  5177/25 5181/24 5182/25 5184/10 5187/25 5188/1 5188/6 5188/16 5188/21 5188/24 5189/8 5189/10 5189/11 5189/17 5191/12 5191/21 5195/3 5196/19 5199/10 5201/14 5202/24 5209/3 5209/21 5211/13 5212/12 5212/18 5214/8 5216/21 5216/24 5217/23 5217/23 5218/8 5225/15 5230/17 5230/19 5230/22
upload [1]  5167/11
upon [5]  5055/22 5059/21 5125/14 5183/5 5229/21
upper [87]  5088/2 5088/10 5088/14 5089/4 5090/3 5090/3 5090/7 5090/15 5092/5 5092/8 5092/8 5092/8 5092/12 5092/13 5093/8 5093/9 5093/13 5093/21 5101/4 5101/6 5101/7 5102/11 5104/3 5105/17 5105/22 5106/4 5106/6 5106/7 5106/9 5106/14 5106/15 5107/6 5107/7 5107/16 5109/17 5110/8 5111/21 5112/4 5112/4 5112/13 5113/5 5113/6 5113/16 5113/23 5114/3 5114/8 5115/13 5116/19 5117/22 5118/8 5118/9 5119/4 5122/17 5124/7 5124/12 5126/12 5126/18 5127/16 5127/23 5127/25 5129/4 5129/15 5129/16 5129/22 5130/4 5130/4 5131/23 5132/2 5132/11 5135/10 5135/19 5136/2 5136/13 5136/16 5136/18 5136/20 5136/22 5136/23 5137/1 5137/3 5150/8 5150/12 5150/15 5150/25 5153/12 5223/21 5224/1
ups [1]  5108/21
upset [1]  5232/15
upstairs [1]  5081/19
us [67]  5052/18 5054/1 5058/6 5058/9 5062/4 5063/16 5073/9 5073/20 5074/23 5077/7 5077/21 5078/6 5079/4 5082/16 5085/14 5087/25 5088/5 5088/13 5090/25 5092/3 5093/5 5094/2 5097/23 5098/12 5099/13 5101/15 5103/6 5103/9 5105/12 5111/5 5111/7 5112/17 5113/14 5120/18 5121/24 5126/10 5126/13 5128/9 5129/3 5131/5 5131/6 5135/14 5138/9 5138/22 5141/14 5143/15 5144/13 5150/20 5153/2 5167/3 5167/6 5170/22 5173/2 5184/24 5185/14 5191/1 5191/8 5197/20 5201/18 5203/6 5208/7 5210/9 5217/15 5219/15 5220/24 5223/23 5224/25
use [33]  5053/19 5071/21 5072/6 5075/5 5075/8 5075/13 5084/19 5099/8 5104/13 5127/3 5141/7 5163/23 5163/24 5164/13 5173/9 5188/2 5188/12 5189/23 5190/5 5190/9 5190/11 5197/12 5207/19 5208/18 5220/14 5222/23 5224/20 5224/21 5225/4 5225/5 5225/12 5225/17 5229/4
used [21]  5050/11 5056/14 5064/14 5066/11 5090/14 5094/5 5094/15 5128/7 5128/8 5163/18 5164/13 5173/7 5173/10 5173/12 5174/18 5175/5 5187/16 5187/22 5187/24 5187/25 5188/20
user [1]  5175/8
using [18]  5048/23 5056/12 5056/15 5103/18 5103/21 5129/6 5164/20 5165/2 5168/6 5171/8 5173/25 5174/3 5174/10 5177/5 5187/22 5187/25

5188/1 5228/1
usual [1]  5191/23
utilize [1]  5207/21
utilized [2]  5200/20 5202/11
utilizes [1]  5229/2

**V**

V-blade [1]  5092/12
V-shape [2]  5223/21 5224/2
validate [1]  5180/3
valve [7]  5082/21 5082/22 5162/3 5209/2 5209/2 5209/3 5209/4
valves [3]  5197/19 5197/21 5197/23
valving [1]  5128/7
variable [23]  5075/2 5085/16 5088/4 5090/20 5090/21 5090/22 5091/18 5093/21 5093/23 5102/1 5102/11 5114/16 5115/2 5115/14 5115/24 5116/12 5116/20 5117/23 5139/15 5145/8 5145/14 5145/23 5223/5
variety [1]  5174/3
various [4]  5146/11 5182/17 5188/23 5212/16
VBR [3]  5091/2 5116/15 5230/21
VBRs [15]  5114/11 5114/16 5114/18 5115/6 5116/11 5144/15 5144/16 5144/20 5144/22 5144/24 5154/2 5154/2 5154/6 5154/8 5223/5
velocity [8]  5111/15 5111/22 5112/1 5112/8 5112/21 5123/23 5123/25 5137/13
verdict [2]  5054/20 5062/3
verified [1]  5171/17
verify [3]  5164/1 5197/21 5199/20
verifying [2]  5206/13 5219/19
versions [1]  5227/7
versus [1]  5116/13
very [56]  5053/8 5053/23 5054/3 5057/23 5059/3 5067/3 5068/23 5068/23 5070/25 5081/23 5081/23 5085/3 5088/3 5092/4 5094/24 5095/1 5099/13 5111/25 5118/13 5119/11 5120/13 5122/3 5122/3 5122/3 5124/9 5126/17 5136/7 5137/12 5137/14 5139/10 5141/14 5142/12 5144/22 5147/5 5148/17 5150/21 5152/16 5154/7 5154/13 5155/10 5160/6 5164/20 5169/10 5170/4 5170/17 5189/7 5191/20 5192/10 5192/14 5210/18 5214/10 5220/12 5221/4 5223/3 5225/8 5230/22
vice [2]  5077/3 5185/15
video [7]  5066/24 5067/1 5067/12 5067/14 5068/8 5119/12 5155/4
videotape [1]  5069/22
videotaped [1]  5070/19
view [14]  5064/10 5062/17 5089/15 5089/15 5090/6 5093/5 5096/23 5122/16 5122/17 5122/18 5130/20 5157/23 5157/25 5202/1
viewed [5]  5090/17 5154/15 5210/10 5210/14 5210/24
viewing [1]  5155/16
violation [1]  5066/25
Virginia [2]  5044/10 5044/10
visual [2]  5133/22 5200/24
visually [2]  5133/11 5196/14
voice [1]  5081/20
volt [15]  5086/24 5087/5 5087/9 5160/14 5160/16 5185/1 5185/1 5191/6 5191/6 5191/6 5191/24 5192/1 5192/8 5192/23 5193/6
volts [1]  5191/24

volume [3]  5072/18 5076/9 5097/9
volumes [1]  5049/11

**W**

wait [10]  5050/19 5050/19 5050/19 5124/16 5133/7 5133/7 5133/7 5140/8 5180/22 5180/22
waiting [1]  5172/17
waive [1]  5062/5
walk [1]  5132/4
walked [2]  5142/19 5147/1
Walker [1]  5044/9
wall [4]  5120/13 5122/3 5122/3 5122/5
walls [1]  5118/13
WALTER [1]  5044/12
Walther [1]  5047/22
want [36]  5053/11 5058/19 5060/15 5061/7 5064/3 5064/22 5064/24 5070/15 5080/25 5093/16 5094/20 5094/24 5095/22 5099/17 5099/17 5111/5 5126/2 5126/5 5126/10 5128/19 5128/21 5144/5 5148/5 5157/7 5158/19 5175/21 5175/21 5176/10 5194/11 5201/11 5204/16 5217/14 5225/20 5227/5 5228/1 5230/17
wanted [10]  5051/18 5063/15 5067/22 5070/7 5156/4 5156/6 5165/6 5167/9 5179/13 5188/11
wanton [1]  5059/20
wants [1]  5204/17
was [285]
Washington [4]  5045/17 5045/22 5046/6 5047/4
wasn't [3]  5075/11 5165/4 5226/17
watch [2]  5090/10 5231/3
watching [2]  5135/14 5230/25
water [2]  5060/21 5230/1
waves [1]  5229/3
way [35]  5061/4 5065/20 5082/21 5090/5 5091/20 5094/10 5101/23 5106/2 5113/6 5132/15 5132/23 5152/4 5152/8 5156/2 5156/6 5159/6 5163/23 5163/25 5166/5 5173/15 5189/22 5191/10 5191/12 5191/21 5192/5 5196/21 5197/10 5198/1 5204/17 5204/17 5204/22 5206/12 5212/18 5212/19 5231/11
ways [2]  5192/23 5207/7
we [403]
we'd [4]  5053/16 5064/15 5065/10 5084/3
we'll [30]  5061/17 5065/24 5066/4 5066/5 5068/11 5069/5 5069/9 5071/22 5076/7 5086/14 5087/1 5088/2 5089/25 5090/10 5103/16 5114/13 5120/5 5120/7 5125/10 5130/16 5130/23 5134/12 5138/8 5158/12 5166/22 5167/5 5180/9 5191/4 5206/2 5232/18
we're [52]  5050/16 5052/11 5061/12 5063/18 5065/15 5068/10 5068/15 5070/4 5070/11 5070/17 5075/20 5078/5 5078/11 5079/2 5083/6 5089/7 5089/20 5090/8 5091/2 5094/4 5105/18 5109/5 5109/6 5111/11 5112/19 5113/17 5113/19 5114/18 5119/5 5119/11 5119/11 5121/16 5126/8 5126/12 5129/3 5130/20 5138/10 5159/4 5159/5 5160/7 5164/12 5171/3 5180/7 5180/10 5189/7 5196/13 5196/14 5212/11 5220/16 5226/18 5232/1 5232/12
we've [53]  5062/22 5066/10 5066/12 5066/22 5084/15 5086/23 5091/6

W

we've... [46] 5096/4 5096/21 5098/2 5098/3 5098/3 5099/12 5105/22 5106/18 5107/8 5116/3 5120/12 5120/23 5121/13 5121/18 5124/7 5124/12 5124/17 5124/21 5127/3 5127/13 5131/25 5136/1 5137/10 5138/3 5138/4 5138/25 5138/25 5142/13 5142/19 5148/19 5149/13 5153/7 5153/9 5157/7 5163/9 5165/3 5169/9 5172/24 5184/12 5189/8 5207/13 5218/17 5223/20 5225/14 5227/19 5230/11

weak [7] 5159/8 5192/1 5192/4 5192/6 5192/10 5192/15 5192/16

web [1] 5089/21

Webster [1] 5068/24

wedge [5] 5094/13 5094/15 5095/16 5095/20 5145/2

wee [1] 5153/2

week [6] 5096/12 5110/21 5154/21 5169/3 5174/1 5190/25

weekly [3] 5081/14 5172/23 5200/11

weight [16] 5084/20 5104/4 5107/23 5107/24 5108/3 5108/4 5108/7 5108/14 5108/24 5113/9 5114/1 5137/6 5137/6 5137/9 5142/6 5150/8

well [111] 5050/21 5052/14 5053/8 5054/3 5055/11 5055/12 5055/17 5055/18 5056/11 5056/14 5056/18 5056/20 5056/20 5056/20 5058/4 5058/16 5058/25 5068/19 5063/25 5070/25 5078/24 5080/19 5081/25 5084/17 5085/21 5085/24 5086/4 5086/17 5089/4 5092/24 5093/1 5094/24 5097/19 5098/5 5099/3 5099/10 5099/17 5103/11 5103/18 5103/23 5104/2 5104/10 5104/11 5105/17 5105/18 5106/17 5107/15 5107/15 5108/13 5109/6 5109/7 5109/7 5109/21 5111/25 5112/2 5112/13 5114/18 5116/1 5116/11 5116/23 5117/16 5123/21 5123/22 5124/17 5125/16 5127/19 5130/23 5133/9 5133/20 5138/3 5138/5 5140/13 5141/16 5143/14 5144/21 5145/11 5146/5 5147/13 5147/14 5148/6 5157/9 5160/15 5161/4 5166/2 5170/17 5177/3 5189/2 5191/3 5191/18 5195/4 5200/19 5201/9 5202/5 5202/21 5202/23 5203/12 5203/19 5210/1 5210/4 5212/16 5214/4 5214/20 5215/17 5217/23 5218/24 5219/6 5221/4 5222/16 5224/8 5229/13 5231/25

wellbore [11] 5089/6 5089/7 5091/12 5091/18 5093/15 5104/19 5109/13 5113/22 5114/21 5114/22 5131/7

wellhead [3] 5155/11 5188/7 5189/10

wells [5] 5146/18 5187/1 5188/13 5203/14 5204/3

went [14] 5065/15 5077/1 5104/18 5125/7 5125/11 5128/23 5140/5 5141/16 5142/4 5163/3 5179/14 5188/13 5190/19 5219/12

were [166] 5050/24 5051/3 5053/15 5056/17 5056/19 5056/21 5056/24 5057/1 5058/23 5063/23 5064/1 5064/23 5067/6 5067/24 5073/20 5074/13 5075/1 5076/17 5076/21 5077/4 5077/6 5077/21 5079/25 5080/14 5080/17 5080/23 5082/10 5082/15 5082/16 5082/17 5082/23

5082/24 5083/6 5083/11 5083/25 5085/6 5087/3 5092/10 5090/4 5092/20 5095/24 5096/12 5097/12 5097/12 5100/20 5100/20 5100/23 5101/2 5101/9 5102/20 5103/20 5106/1 5108/17 5111/14 5112/17 5114/11 5116/14 5116/18 5119/18 5119/24 5123/24 5127/14 5132/23 5133/13 5133/13 5133/18 5134/2 5134/3 5134/5 5134/7 5134/8 5134/18 5135/23 5136/17 5136/21 5138/3 5138/4 5138/18 5138/21 5139/14 5139/17 5139/18 5139/22 5139/24 5140/1 5140/3 5140/4 5140/6 5144/16 5145/4 5145/6 5145/11 5150/1 5153/3 5155/11 5155/24 5161/10 5163/6 5163/9 5163/16 5164/16 5164/17 5164/22 5164/24 5165/2 5167/8 5167/9 5168/2 5168/16 5169/3 5170/6 5172/17 5173/24 5173/25 5174/10 5178/5 5179/14 5180/3 5180/13 5180/18 5181/11 5181/24 5185/23 5186/2 5186/4 5188/14 5189/22 5191/24 5194/16 5194/21 5194/25 5195/11 5195/13 5195/15 5195/17 5196/5 5197/24 5198/1 5198/9 5202/9 5203/13 5204/18 5205/9 5206/6 5206/8 5206/21 5213/7 5214/13 5214/24 5214/25 5216/10 5219/8 5222/23 5224/8 5224/9 5225/4 5226/25 5226/25 5227/21 5228/2 5228/9 5229/12 5230/19 5230/22 5230/24 5232/21

weren't [1] 5133/24

WEST [30] 5073/4 5073/5 5073/7 5076/25 5077/2 5077/4 5077/5 5077/7 5077/17 5077/21 5077/22 5078/8 5078/25 5078/25 5079/21 5080/1 5080/10 5081/11 5081/11 5082/16 5174/11 5187/3 5207/22 5208/1 5219/3 5219/17 5220/24 5227/17 5229/9 5230/11

WEST's [3] 5078/16 5079/10 5079/17

what [202]

what's [10] 5072/7 5095/5 5095/17 5107/5 5111/13 5180/2 5180/4 5184/17 5185/11 5223/24

whatever [2] 5065/1 5158/7

when [117] 5056/22 5063/23 5063/23 5066/5 5069/19 5069/22 5071/21 5072/18 5073/15 5075/13 5076/18 5076/25 5077/13 5077/18 5077/22 5078/18 5082/17 5088/6 5092/11 5094/21 5096/12 5100/19 5102/24 5103/2 5103/6 5103/9 5104/21 5105/3 5105/4 5106/3 5107/10 5109/1 5114/16 5116/6 5120/24 5122/14 5128/23 5129/12 5129/14 5131/12 5134/3 5134/5 5134/8 5136/20 5137/4 5137/23 5138/5 5140/16 5140/19 5142/8 5142/10 5142/11 5144/16 5145/4 5147/6 5147/22 5149/7 5149/14 5151/2 5151/3 5152/11 5152/16 5153/25 5159/13 5159/20 5159/22 5160/18 5160/20 5160/21 5161/24 5168/16 5169/3 5173/4 5173/7 5173/19 5173/24 5175/25 5178/21 5178/24 5179/10 5179/13 5179/21 5182/7 5185/3 5187/10 5187/12 5187/13 5187/17 5187/22 5188/2 5188/5 5188/14 5188/14 5188/20 5188/23 5188/24 5189/14 5189/18 5192/14 5192/15 5193/15 5194/6 5197/5 5199/21 5202/18 5202/22 5203/3

5206/14 5208/4 5208/9 5208/13 5208/20 5219/24 5223/25 5227/9 5223/1 5226/10

Whenever [1] 5104/7

where [50] 5073/3 5078/21 5082/20 5083/25 5093/19 5104/1 5107/4 5111/11 5116/5 5119/5 5119/24 5119/25 5121/8 5121/10 5122/2 5125/3 5126/24 5127/18 5130/20 5134/2 5134/3 5134/7 5137/20 5138/2 5138/17 5155/23 5157/20 5158/17 5163/17 5166/24 5172/15 5173/5 5175/3 5178/8 5179/8 5179/14 5180/24 5181/9 5189/16 5204/15 5208/5 5208/23 5214/8 5218/12 5224/13 5225/6 5226/24 5228/9 5228/18 5231/25

Whereas [1] 5097/8

WHEREUPON [4] 5070/19 5071/3 5148/12 5232/21

whether [20] 5054/23 5056/8 5065/1 5085/9 5086/16 5087/4 5087/13 5125/23 5133/17 5133/18 5146/4 5147/16 5185/7 5186/1 5186/17 5194/18 5195/9 5198/21 5211/24 5222/15

which [80] 5050/15 5055/6 5056/11 5057/7 5057/9 5059/19 5060/9 5063/18 5067/3 5068/24 5075/1 5082/19 5084/15 5085/25 5088/17 5088/21 5089/6 5090/6 5090/18 5097/22 5104/5 5105/22 5106/13 5108/6 5109/10 5111/15 5112/24 5113/19 5113/22 5117/4 5117/9 5117/18 5119/7 5119/11 5119/22 5119/22 5123/21 5127/19 5127/21 5128/2 5128/3 5128/11 5132/3 5135/9 5135/20 5135/23 5136/9 5136/12 5137/9 5141/21 5144/17 5150/8 5157/8 5159/25 5164/7 5170/25 5173/19 5173/24 5178/6 5185/4 5188/16 5193/3 5193/21 5195/3 5195/24 5204/17 5204/17 5204/22 5210/19 5211/16 5216/16 5217/15 5218/2 5219/3 5219/3 5223/11 5224/16 5226/13 5231/17

whichever [1] 5185/5

while [12] 5051/21 5060/12 5072/20 5074/18 5081/5 5081/6 5163/10 5166/19 5194/21 5206/10 5216/11 5218/8

Whiteley [1] 5046/15

who [25] 5067/6 5067/23 5068/5 5068/18 5081/19 5086/5 5109/20 5109/23 5117/1 5117/12 5117/15 5119/15 5122/22 5131/13 5142/21 5155/24 5156/1 5165/8 5169/19 5180/3 5185/14 5193/1 5207/23 5217/24 5219/10

who's [2] 5069/2 5123/6

whole [2] 5136/19 5202/8

wholly [1] 5067/16

whom [2] 5067/10 5177/4

why [46] 5069/1 5069/1 5071/20 5072/7 5080/18 5085/20 5094/20 5096/6 5098/5 5098/22 5101/15 5103/2 5103/5 5103/19 5103/20 5108/6 5110/9 5103/5 5113/5 5120/10 5126/10 5127/7 5137/15 5141/14 5144/13 5146/15 5149/12 5153/24 5155/24 5156/3 5157/11 5163/20 5164/25 5168/20 5168/24 5176/25 5177/1 5213/14 5217/6 5220/14 5221/7 5221/24 5222/3 5224/6 5226/23 5227/25

wide [2] 5226/9 5230/1

**W**

widely [1] 5229/20
widely-spaced [1] 5229/20
wider [1] 5107/1
width [2] 5126/19 5226/7
will [35] 5053/14 5057/13 5061/19
5063/14 5067/9 5068/6 5068/10
5069/17 5069/22 5069/23 5072/20
5084/19 5092/9 5092/25 5094/18
5095/12 5095/15 5095/16 5096/11
5099/23 5099/24 5110/14 5115/10
5115/12 5117/14 5132/4 5157/25
5163/25 5165/20 5171/11 5194/5
5194/6 5206/24 5207/1 5216/2
will-call [3] 5053/14 5067/9 5068/6
willful [3] 5059/20 5061/4 5063/10
Williams [3] 5044/15 5044/15 5067/6
Williamson [2] 5045/2 5045/3
wind [1] 5118/4
WINFIELD [1] 5046/9
wire [2] 5225/7 5225/10
wired [5] 5162/21 5163/14 5166/21
5168/5 5168/7
wireline [1] 5225/6
wiring [2] 5161/9 5173/22
wish [3] 5063/22 5122/1 5203/7
withdraw [1] 5069/9
withhold [2] 5181/5 5181/8
within [26] 5060/13 5074/11 5089/7
5089/16 5091/8 5091/13 5092/8
5093/12 5110/12 5111/12 5113/21
5114/22 5121/1 5123/17 5124/10
5138/3 5142/12 5158/12 5158/14
5160/6 5160/7 5160/13 5162/19 5186/4
5186/18 5186/21
without [5] 5051/8 5063/2 5064/17
5124/25 5159/15
witness [8] 5053/14 5067/2 5075/8
5075/22 5133/4 5133/8 5135/5 5232/11
witnesses [3] 5067/8 5067/10 5067/12
Wittmann [2] 5047/22 5047/23
Woelfel [1] 5068/18
won't [2] 5082/7 5169/10
work [38] 5055/11 5065/23 5069/4
5071/19 5071/25 5075/9 5077/7
5077/25 5078/16 5078/17 5079/4
5079/10 5079/17 5081/4 5081/20
5084/13 5091/1 5116/22 5117/8 5147/6
5153/25 5169/16 5172/18 5182/17
5193/2 5194/21 5198/12 5199/2
5200/25 5204/15 5208/24 5209/4
5212/17 5214/3 5214/11 5214/14
5226/13 5226/15
worked [6] 5073/5 5081/8 5165/15
5193/25 5221/4 5221/5
worker [1] 5170/4
working [9] 5072/2 5072/16 5073/3
5075/11 5075/17 5079/2 5103/16
5117/18 5203/7
works [6] 5072/9 5073/17 5097/24
5099/13 5159/9 5169/20
world [3] 5077/25 5078/2 5078/3
worldwide [2] 5076/23 5077/12
worse [1] 5076/3
would [147] 5050/12 5050/25 5051/1
5052/5 5052/16 5052/21 5053/24
5056/8 5056/11 5059/9 5059/20 5060/6
5061/3 5061/8 5062/5 5062/7 5063/7
5063/8 5065/17 5067/1 5067/13 5068/1
5068/7 5068/9 5068/11 5069/7 5069/8
5069/18 5070/3 5077/16 5077/17
5077/20 5078/20 5080/20 5081/9

5089/19 5090/4 5090/4 5090/6 5094/20
5095/2 5096/8 5097/1 5097/4 5097/2
5097/2 5097/15 5097/18 5098/4 5098/6
5099/1 5099/3 5100/2 5108/17 5108/23
5108/24 5115/24 5117/7 5125/24
5125/25 5126/13 5129/15 5134/21
5138/16 5139/16 5139/19 5140/21
5141/11 5142/14 5143/25 5144/20
5144/25 5145/2 5145/9 5145/10
5145/14 5145/24 5150/3 5150/3
5151/10 5152/2 5152/5 5152/7 5152/12
5152/12 5152/13 5152/15 5152/20
5152/22 5153/25 5154/5 5154/5 5154/7
5154/10 5155/7 5155/8 5155/13
5155/20 5156/15 5158/17 5158/18
5159/17 5159/23 5161/17 5162/2
5163/18 5164/13 5165/6 5168/21
5168/23 5168/25 5170/18 5172/16
5173/21 5173/25 5177/2 5183/17
5186/21 5186/23 5187/1 5191/12
5192/19 5196/14 5197/21 5202/21
5207/11 5209/4 5213/9 5215/15
5215/25 5217/6 5218/16 5222/15
5223/11 5223/13 5223/13 5225/11
5226/3 5226/3 5226/11 5226/15
5226/19 5227/17 5227/19 5228/18
5230/3 5230/25 5231/3
wouldn't [5] 5058/25 5097/22 5113/20
5150/4 5173/24
wound [2] 5161/23 5227/21
Wright [1] 5043/18
write [1] 5170/11
writing [2] 5061/17 5064/4
written [1] 5063/15
wrong [1] 5064/1

**X**

x-rays [3] 5100/23 5101/1 5101/10

**Y**

yeah [9] 5058/14 5058/17 5058/17
5068/20 5072/17 5106/7 5133/6
5177/16 5198/24
year [22] 5080/24 5180/4 5185/3 5185/4
5186/2 5186/21 5186/24 5187/1 5187/4
5187/6 5188/24 5190/4 5190/10 5195/1
5195/11
year's [3] 5186/16 5190/5 5190/10
yearly [2] 5202/5 5206/23
years [9] 5073/6 5076/20 5083/6 5185/5
5185/16 5208/1 5211/13 5221/5
5228/20
yellow [12] 5086/25 5087/5 5087/9
5091/5 5094/8 5158/1 5159/4 5160/9
5161/10 5162/7 5168/9 5168/18
5168/20 5168/25 5172/3 5177/19
5177/20 5191/19 5193/19 5193/25
5231/15
yes [223]
yesterday [2] 5052/6 5063/15
yet [3] 5053/24 5076/11 5093/17
yielded [1] 5140/25
Yoakum [1] 5045/3
you [567]
you'd [2] 5053/18 5064/12
you'll [12] 5063/24 5065/20 5087/22
5088/11 5089/11 5089/17 5089/17
5091/21 5110/18 5111/16 5118/14
5203/7
you're [37] 5052/13 5053/19 5059/4
5060/17 5060/19 5073/3 5077/13
5081/22 5104/7 5108/25 5121/8
5129/12 5129/21 5131/2 5134/2

5134/10 5134/15 5135/2 5135/15
5139/2 5141/4 5146/7 5159/4 5167/23
5173/5 5180/24 5187/15 5202/9
5207/23 5214/13 5218/2 5218/3
5219/19 5219/19 5220/18 5220/18
5224/22 5227/23
you've [31] 5058/19 5064/23 5074/1
5086/5 5086/6 5092/15 5096/10
5101/25 5106/25 5110/7 5110/25
5110/25 5111/1 5118/11 5131/22
5136/25 5146/6 5147/18 5154/19
5160/24 5161/19 5163/20 5164/2
5169/16 5177/8 5184/4 5190/20
5215/24 5226/15 5227/22 5228/14
YOUNG [1] 5046/5
your [284]
Your Honor [71] 5050/22 5052/6 5052/9
5052/18 5052/20 5052/23 5052/25
5053/5 5053/10 5053/25 5055/8
5057/15 5057/23 5058/7 5058/11
5059/3 5059/16 5060/4 5063/7
Your Honor's [1] 5060/1
yours [1] 5071/14

**Z**

Zatarain [3] 5183/25 5190/20 5191/14
Zatarain's [1] 5190/18
zero [1] 5057/3