1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5        IN RE:  OIL SPILL BY THE OIL
         RIG *DEEPWATER HORIZON* IN THE
6        GULF OF MEXICO ON APRIL 20,
         2010
7

8                                  CIVIL ACTION NO. 10-MD-2179 "J"
                                   NEW ORLEANS, LOUISIANA
9                                  Thursday, March 21, 2013

10

11       THIS DOCUMENT RELATES TO:

12       CASE NO. 2:10-CV-02771,
         *IN RE:  THE COMPLAINT AND*
13       *PETITION OF TRITON ASSET*
         *LEASING GmbH, ET AL*
14
         CASE NO. 2:10-CV-4536,
15       *UNITED STATES OF AMERICA V.*
         *BP EXPLORATION & PRODUCTION,*
16       *INC., ET AL*

17
     ****************************************************************
18

19

20                    **DAY 16 - MORNING SESSION**

21            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22        HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                  UNITED STATES DISTRICT JUDGE

24

25

                        ────OFFICIAL TRANSCRIPT────

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQ.
 4                                556 JEFFERSON STREET, SUITE 500
                                  POST OFFICE BOX 3668
 5                                LAFAYETTE, LA  70502

 6                                HERMAN HERMAN & KATZ
                                  BY:  STEPHEN J. HERMAN, ESQ.
 7                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
 8
                                  CUNNINGHAM BOUNDS
 9                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 DAUPHIN STREET
10                                MOBILE, AL  36604

11                                LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                  BY:  PAUL M. STERBCOW, ESQ.
12                                PAN AMERICAN LIFE BUILDING
                                  601 POYDRAS STREET, SUITE 2615
13                                NEW ORLEANS, LA  70130

14                                BREIT DRESCHER IMPREVENTO & WALKER
                                  BY:  JEFFREY A. BREIT, ESQ.
15                                600 22ND STREET, SUITE 402
                                  VIRGINIA BEACH, VA  23451
16
                                  LEGER & SHAW
17                                BY:  WALTER J. LEGER, JR., ESQ.
                                  600 CARONDELET STREET, 9TH FLOOR
18                                NEW ORLEANS, LA  70130

19                                WILLIAMS LAW GROUP
                                  BY:  CONRAD S. P. WILLIAMS, ESQ.
20                                435 CORPORATE DRIVE, SUITE 101
                                  HOUMA, LA  70360
21
                                  THORNHILL LAW FIRM
22                                BY:  THOMAS THORNHILL, ESQ.
                                  1308 NINTH STREET
23                                SLIDELL, LA  70458

24

25
```

```
 1
                             DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
 2                           BY:  JOHN W. DEGRAVELLES, ESQ.
                             618 MAIN STREET
 3                           BATON ROUGE, LA 70801

 4                           WILLIAMSON & RUSNAK
                             BY:  JIMMY WILLIAMSON, ESQ.
 5                           4310 YOAKUM BOULEVARD
                             HOUSTON, TX  77006
 6
                             IRPINO LAW FIRM
 7                           BY:  ANTHONY IRPINO, ESQ.
                             2216 MAGAZINE STREET
 8                           NEW ORLEANS, LA  70130

 9

10   FOR THE UNITED STATES
     OF AMERICA:             U.S. DEPARTMENT OF JUSTICE
11                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQ.
12                           450 GOLDEN GATE AVENUE
                             7TH FLOOR, ROOM 5395
13                           SAN FRANCISCO, CA  94102

14                           U.S. DEPARTMENT OF JUSTICE
                             ENVIRONMENT & NATURAL RESOURCES DIVISION
15                           ENVIRONMENTAL ENFORCEMENT SECTION
                             BY:  STEVEN O'ROURKE, ESQ.
16                                SCOTT CERNICH, ESQ.
                                  DEANNA CHANG, ESQ.
17                                RACHEL HANKEY, ESQ.
                                  A. NATHANIEL CHAKERES, ESQ.
18                           P.O. BOX 7611
                             WASHINGTON, DC  20044
19
                             U.S. DEPARTMENT OF JUSTICE
20                           TORTS BRANCH, CIVIL DIVISION
                             BY:  JESSICA McCLELLAN, ESQ.
21                                MICHELLE DELEMARRE, ESQ.
                                  JESSICA SULLIVAN, ESQ.
22                                SHARON SHUTLER, ESQ.
                                  MALINDA LAWRENCE, ESQ.
23                           POST OFFICE BOX 14271
                             WASHINGTON, DC  20044
24

25
```

```
 1                                  U.S. DEPARTMENT OF JUSTICE
                                    FRAUD SECTION
 2                                  COMMERCIAL LITIGATION BRANCH
                                    BY:  DANIEL SPIRO, ESQ.
 3                                       KELLEY HAUSER, ESQ.
                                         ELIZABETH YOUNG, ESQ.
 4                                  BEN FRANKLIN STATION
                                    WASHINGTON, DC  20044
 5

 6    FOR THE STATE OF
      ALABAMA:                      ALABAMA ATTORNEY GENERAL'S OFFICE
 7                                  BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                         COREY L. MAZE, ESQ.
 8                                       WINFIELD J. SINCLAIR, ESQ.
                                    500 DEXTER AVENUE
 9                                  MONTGOMERY, AL  36130

10

11    FOR THE STATE OF
      LOUISIANA OFFICE
12    OF THE ATTORNEY
      GENERAL:
13                                  STATE OF LOUISIANA
                                    BY:  JAMES D.  CALDWELL,
14                                  ATTORNEY GENERAL
                                    1885 NORTH THIRD STREET
15                                  POST OFFICE BOX 94005
                                    BATON ROUGE, LA  70804
16
                                    KANNER & WHITELEY
17                                  BY:  ALLAN KANNER, ESQ.
                                         DOUGLAS R. KRAUS, ESQ.
18                                  701 CAMP STREET
                                    NEW ORLEANS, LA  70130
19

20
      FOR BP EXPLORATION &
21    PRODUCTION INC.,
      BP AMERICA PRODUCTION
22    COMPANY, BP PLC:             LISKOW & LEWIS
                                    BY:  DON K. HAYCRAFT, ESQ.
23                                  ONE SHELL SQUARE
                                    701 POYDRAS STREET
24                                  SUITE 5000
                                    NEW ORLEANS, LA  70139
25
```

OFFICIAL TRANSCRIPT

```
 1
 2                          COVINGTON & BURLING
                           BY:  ROBERT C. "MIKE" BROCK, ESQ.
 3                         1201 PENNSYLVANIA AVENUE, NW
                           WASHINGTON, DC  20004
 4
                           KIRKLAND & ELLIS
 5                         BY:  J. ANDREW LANGAN, ESQ.
                                HARIKLIA "CARRIE" KARIS, ESQ.
 6                              MATTHEW T. REGAN, ESQ.
                           300 N. LASALLE
 7                         CHICAGO, IL  60654

 8   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 9   OFFSHORE DEEPWATER
     DRILLING INC., AND
10   TRANSOCEAN DEEPWATER
     INC.:                 FRILOT
11                         BY:  KERRY J. MILLER, ESQ.
                           ENERGY CENTRE
12                         1100 POYDRAS STREET, SUITE 3700
                           NEW ORLEANS, LA  70163
13
                           SUTHERLAND ASBILL & BRENNAN
14                         BY:  STEVEN L. ROBERTS, ESQ.
                                RACHEL G. CLINGMAN, ESQ.
15                         1001 FANNIN STREET, SUITE 3700
                           HOUSTON, TX  77002
16
                           MUNGER TOLLES & OLSON
17                         BY:  MICHAEL R. DOYEN, ESQ.
                                BRAD D. BRIAN, ESQ.
18                              LUIS LI, ESQ.
                           335 SOUTH GRAND AVENUE, 35TH FLOOR
19                         LOS ANGELES, CA  90071

20                         MAHTOOK & LAFLEUR
                           BY:  RICHARD J. HYMEL, ESQ.
21                         1000 CHASE TOWER
                           600 JEFFERSON STREET
22                         LAFAYETTE, LA  70502

23                         HUGHES ARRELL KINCHEN
                           BY:  JOHN KINCHEN, ESQ.
24                         2211 NORFOLK, SUITE 1110
                           HOUSTON, TX  77098
25
```

```
 1
    FOR CAMERON INTERNATIONAL
 2  CORPORATION:                    STONE PIGMAN WALTHER WITTMANN
                                    BY:  PHILLIP A. WITTMANN, ESQ.
 3                                  546 CARONDELET STREET
                                    NEW ORLEANS, LA 70130
 4
                                    BECK REDDEN & SECREST
 5                                  BY:  DAVID J. BECK, ESQ.
                                         DAVID W. JONES, ESQ.
 6                                       GEOFFREY GANNAWAY, ESQ.
                                         ALEX B. ROBERTS, ESQ.
 7                                  ONE HOUSTON CENTER
                                    1221 MCKINNEY STREET, SUITE 4500
 8                                  HOUSTON, TX  77010

 9
    FOR HALLIBURTON
10  ENERGY SERVICES,
    INC.:                          GODWIN LEWIS
11                                  BY:  DONALD E. GODWIN, ESQ.
                                         FLOYD R. HARTLEY, JR., ESQ.
12                                       GAVIN HILL, ESQ.
                                    RENAISSANCE TOWER
13                                  1201 ELM STREET, SUITE 1700
                                    DALLAS, TX  75270
14
                                    GODWIN LEWIS
15                                  BY:  JERRY C. VON STERNBERG, ESQ.
                                    1331 LAMAR, SUITE 1665
16                                  HOUSTON, TX  77010

17
    FOR M-I L.L.C.:                MORGAN, LEWIS & BOCKIUS
18                                  BY:  HUGH E. TANNER, ESQ.
                                         DENISE SCOFIELD, ESQ.
19                                       JOHN C. FUNDERBURK, ESQ.
                                    1000 LOUISIANA STREET, SUITE 4000
20                                  HOUSTON, TX  77002

21
    OFFICIAL COURT REPORTER:       KAREN A. IBOS, CRR, RMR, CCR
22                                  500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA  70130
23                                  (504) 589-7776
                                    Karen_Ibos@laed.uscourts.gov
24

25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
```

OFFICIAL TRANSCRIPT

1                          I N D E X

2

3    WITNESS:                                    PAGE/LINE:

4

5    GREG CHILDS

6

7      Cross-Examination by Mr. deGravelles        5245/24

8

9      Cross-Examination by Mr. Von Sternberg      5350/17

10

11     Cross-Examination by Ms. Karis              5367/8

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2               THURSDAY, MARCH 21, 2013

 3             M O R N I N G   S E S S I O N

 4

 5        (OPEN COURT.)
```

08:05:40  6        THE COURT:  Good morning, everyone.  Please be seated.

08:05:46  7  All right.  Do we have any preliminary matters before we resume

08:05:48  8  Mr. Childs' testimony?

08:05:50  9        MR. IRPINO:  Yes, your Honor.  Anthony Irpino for the PSC

08:05:55 10  with a few exhibits to introduce.  We have our list used in

08:05:57 11  connection with the March 18th testimony of Calvin Barnhill.  Those

08:06:00 12  have been sent around a few times and no objections have been

08:06:03 13  received.

08:06:03 14        THE COURT:  Any objections to the private plaintiffs

08:06:08 15  Barnhill related exhibits?  Hearing none, they're admitted.

08:06:11 16        MR. BRIAN:  Brad Brian for Transocean.  No objections.

08:06:14 17  Mr. Hymel is in the office.  He'll come back after lunch and we'll

08:06:20 18  offer our Barnhill exhibits at that time.

08:06:21 19        THE COURT:  Very well.

08:06:21 20        MR. BROCK:  Same for BP, we will have ours to offer at

08:06:24 21  lunchtime.

08:06:24 22        THE COURT:  Okay.  Thank you.

08:06:26 23        MR. IRPINO:  We have our list of demonstratives and

08:06:29 24  exhibits used in connection with Mr. Quirk's examination of

08:06:32 25  March 19th and 20th.  That list has been sent around, and we have

08:06:36  1    received no objections.

08:06:37  2           THE COURT:  Any objection to the Quirk-related exhibits?

08:06:40  3    Hearing none, those are admitted.

08:06:42  4           MR. IRPINO:  Thank you, your Honor.

08:06:42  5           THE COURT:  Sure.

08:06:45  6           MR. O'ROURKE:  Good morning, your Honor.  Steve O'Rourke

08:06:47  7    for the United States.  Also, for Mr. Quirk, the United States

08:06:49  8    offers its demonstratives and exhibits.  They've been circulated.

08:06:53  9    We got no objections as of this morning.

08:06:56  10          THE COURT:  Any remaining objections to these?  Without

08:06:58  11   objection, those are admitted.

08:06:59  12          MR. GODWIN:  Good morning, your Honor.  Don Godwin for

08:07:02  13   Halliburton.  Judge, also with regard to Tim Quirk, we have our

08:07:05  14   list of exhibits we offered in his direct examination.  We've

08:07:09  15   circulated.  To my knowledge, no objection.  We would offer them at

08:07:11  16   this time.

08:07:11  17          THE COURT:  All right.  Any objections?  Hearing none,

08:07:13  18   those are admitted.

08:07:14  19          MR. GODWIN:  Thank you, Judge.  In addition, lastly,

08:07:17  20   Judge, HESI's list of call-outs for the witnesses from Lamar McKay

08:07:21  21   through David Calvert, we would offer these as exhibits at this

08:07:25  22   time that they be admitted.  Circulated, no objections, your Honor.

08:07:30  23          THE COURT:  Tell me again.  They relate to who?

08:07:32  24          MR. GODWIN:  Call-outs of various witnesses beginning

08:07:34  25   from Lamar McKay, Mark Bly, Randy Ezell, Ron Sepulvado, Richard

5243

08:07:42  1    Heenan, Glen Benge and David Calvert, your Honor.

08:07:44  2         THE COURT:  These were not -- as we went witness by

08:07:47  3    witness, you didn't include these?

08:07:48  4         MR. GODWIN:  No, they weren't.

08:07:51  5         UNIDENTIFIED SPEAKER:  Judge Shushan allowed us to go

08:07:54  6    back and create the call-outs for the Court's convenience.

08:07:57  7         THE COURT:  All right.  Very well.  Any objections?

08:07:59  8    Without objection, those are admitted.

08:08:00  9         MR. GODWIN:  Thank you, Judge.

08:08:02 10         MR. SINCLAIR:  Good morning, your Honor.  Winfield

08:08:04 11    Sinclair for Alabama.  We have Alabama's exhibits and

08:08:06 12    demonstratives Timothy Quirk.  They were circulated and we've

08:08:10 13    received no objections.

08:08:12 14         THE COURT:  Any objections?  Hearing none, those are

08:08:15 15    admitted.

08:08:17 16         MR. SINCLAIR:  We also have our demonstratives and

08:08:18 17    exhibits offered in connection with the testimony of Steve Newman.

08:08:20 18    They were also circulated and we've received no objections to my

08:08:24 19    knowledge.

08:08:24 20         THE COURT:  Any objection to these by Alabama?  Hearing

08:08:26 21    none, those are admitted.

08:08:29 22         MR. DeGRAVELLES:  Good morning, Judge.  Ready for

08:08:30 23    cross-examination.

08:08:32 24         THE COURT:  Wait, somebody is behind you.

08:08:34 25         MR. DeGRAVELLES:  Sorry.

5244

08:08:35  1          MR. REGAN:  Good morning, your Honor.  Matt Regan on

08:08:40  2   behalf of BP.  I've got two things for you.  First, offer the

08:08:43  3   exhibits and demonstratives that I used with Mr. Quirk yesterday.

08:08:46  4          THE COURT:  All right.  Any objection to BP's exhibits?

08:08:49  5   Without objection, those are admitted.

08:08:51  6          MR. REGAN:  And then secondly, your Honor, with respect

08:08:53  7   to the testimony and the conclusion of Mr. Quirk, as well as

08:08:56  8   Mr. Roth and Mr. Probert, I wanted to advise the Court that either

08:08:59  9   later today or first thing tomorrow BP is going to file a motion

08:09:02 10   concerning the conduct of Halliburton as we've learned in that

08:09:06 11   testimony.  The motion will include renewal of a prior motion that

08:09:09 12   we had on file for spoliation as well as some additional relief

08:09:13 13   under Rule 37 at the end of today or first thing tomorrow.

08:09:17 14          THE COURT:  All right.  Very well.

08:09:18 15          MR. REGAN:  Thank you, your Honor.

08:09:19 16          MR. MAZE:  Your Honor, Corey Maze for the State of

08:09:21 17   Alabama.  The State of Alabama has similarly, after the

08:09:25 18   deposition -- testimony of Mr. Quirk, been writing a motion under

08:09:29 19   Rule 37 against Halliburton.  And what we're going to do for the

08:09:34 20   Court is we're going to wait for BP's to be filed either this

08:09:38 21   afternoon or in the morning; and instead of filing something that's

08:09:41 22   duplicative, we are going to wait and see what they say, and either

08:09:44 23   support their motion, or if we have any differences, we will let

08:09:47 24   the Court know.  But we just ask that if BP files tonight or in the

08:09:50 25   morning, that Alabama and any other plaintiff that would like to be

5245

08:09:54   1    given till the end of the day tomorrow to do the same.

08:09:56   2              THE COURT:  All right.  That's fine.

08:10:01   3              MR. DeGRAVELLES:  I am now more ready.

08:10:03   4              THE COURT:  I think Mr. Godwin wants to speak.

08:10:07   5              MR. GODWIN:  Very briefly, Judge.  Thank you, Judge.  Don

08:10:10   6    Godwin with Halliburton.  When the motions are filed, Judge, we

08:10:14   7    just appreciate the opportunity to respond.

08:10:17   8              THE COURT:  Once they're filed, you all will probably see

08:10:20   9    that maybe before I physically see it, and let me know, and what

08:10:25  10    you need a day or so to respond.

08:10:28  11              MR. GODWIN:  My guess is early in the week.

08:10:30  12              THE COURT:  Whatever is reasonable we will allow you, of

08:10:33  13    course.

08:10:33  14              MR. GODWIN:  And I appreciate that, Judge.  Thank you,

08:10:36  15    your Honor.

08:10:37  16              THE COURT:  Sure.

08:10:37  17              MR. DeGRAVELLES:  Anybody else?

08:10:38  18              THE COURT:  I think you can go now.

08:10:41  19              MR. DeGRAVELLES:  All right.  Thank you.  Good morning,

08:10:43  20    Mr. Childs.

08:10:44  21              THE COURT:  You're still under oath, Mr. Childs.

08:10:46  22              THE WITNESS:  Yes, sir.

08:10:47  23                        CROSS EXAMINATION

08:10:47  24    BY MR. DeGRAVELLES:

08:10:48  25    Q.  My name is John deGravelles.  I represent the Plaintiffs'

5246

08:10:50  1   Steering Committee, and I am going to be questioning you under

08:10:55  2   cross examination.

08:10:55  3   A.   Good morning.

08:10:55  4   Q.   When an operator like BP is choosing a BOP it's going to use

08:10:59  5   for a given well, it has an obligation, does it not, to carefully

08:11:03  6   assess the conditions of that well and make sure that it chooses a

08:11:07  7   BOP that is safe and will work in the case of a blowout?

08:11:12  8   A.   Yes.  As I said in my report, they would know where they're

08:11:15  9   drilling, and what formations they're drilling in, and know if the

08:11:20 10   BOP that's on this rig is suitable.

08:11:21 11   Q.   And the reason for this is obvious.  If the assessment is not

08:11:25 12   made at all or if the assessment is not made properly and the BOP

08:11:29 13   turns out not to be adequate to prevent the blowout, you can have a

08:11:33 14   Macondo-type catastrophe; is that true, sir?

08:11:36 15   A.   I don't know if I can carry it that far.  Yes, they would

08:11:39 16   definitely want to assess that this rig is suitable for the

08:11:42 17   pressures and geology that they're about to drill into.

08:11:45 18   Q.   But if you don't assess it at all or you don't assess it

08:11:48 19   properly, you can have a situation where the BOP is inadequate,

08:11:52 20   correct?

08:11:52 21   A.   Well, I have never seen a case where it wasn't assessed at all.

08:11:56 22   Q.   If they do it not at all or if they do it improperly or

08:11:59 23   inadequately, you can end up with a BOP that is inadequate for the

08:12:03 24   well, correct?

08:12:04 25   A.   If something is missed, you would have an issue possibly with

5247

08:12:07  1    the well.

08:12:07  2    Q.  And if it was inadequate for the well, you could have a

08:12:11  3    Macondo-type blowout, could you not, sir?

08:12:14  4    A.  Well, we pray there's never another Macondo.

08:12:17  5    Q.  But to answer my question, sir, you could have a Macondo-type

08:12:21  6    catastrophe, couldn't you, sir?

08:12:23  7    A.  If you have not evaluated.  If, big if, if you have not

08:12:28  8    evaluated and there is an issue, you could have a big problem, yes.

08:12:30  9    Q.  And you have told us in your report that BP failed in its

08:12:34 10    obligation to properly assess this well for the BOP; isn't that

08:12:39 11    true, sir?

08:12:40 12    A.  That was one of my statements in my original report, yes, sir.

08:12:43 13          MR. DeGRAVELLES:  And, Carl, if you could pull up TREX

08:12:45 14    7687 at page three.  And if you could enlarge it.  It's the next

08:13:10 15    page, I think, Carl.  No, it's the -- right above the bullet points

08:13:15 16    beginning with, "Prior to the start of Macondo."

08:13:15 17    BY MR. DeGRAVELLES:

08:13:36 18    Q.  Let me just read it to you and make sure that we are on the

08:13:39 19    same page.  You said in your report, sir:  "Prior to the start of

08:13:42 20    the Macondo, BP as the operator, failed to assess whether the BOP

08:13:46 21    configuration was appropriate for Macondo well condition s."

08:13:51 22    Correct?

08:13:51 23    A.  You read it correctly.

08:13:53 24    Q.  And that was your -- in your report and that is your opinion?

08:13:57 25    A.  Yes, and that time I was thinking of the shearing part later.

5248

08:14:02   1    Q.  We'll get to that in a minute, but that is your opinion,

08:14:04   2    correct?

08:14:05   3    A.  That was in my report, yes, sir.

08:14:06   4    Q.  And when say, "It's in your report," you make it sound like

08:14:09   5    it's still not your opinion.  Is that your opinion today?

08:14:12   6    A.  Qualified some which is what I was trying to do a minute ago.

08:14:15   7    The main concentration there was on the shearing ability, and I've

08:14:18   8    later been shown shearing data that was performed to understand the

08:14:22   9    ability of this rig to shear the pipe.

08:14:23  10    Q.  And to carry forward on that point, an important part of the

08:14:27  11    risk assessment is to calculate the ability of the various

08:14:30  12    components of the BOP to shear the pipe and/or seal the well,

08:14:35  13    correct?

08:14:36  14    A.  That's part of what it says, yes.

08:14:38  15    Q.  And BP was obliged under its own group practices, which is

08:14:44  16    1010, GP-1010, to do that proper assessment of shearing capacity;

08:14:50  17    is that true, sir?

08:14:52  18    A.  Yes, I've read GP-1010.

08:14:54  19    Q.  And in your report I think, which is TREX 7687, should be page

08:15:01  20    26.  If you can pull that up.  You actually highlighted GP-1010

08:15:09  21    obligation that BP had to properly assess, correct?

08:15:14  22    A.  Of the shearing capacity as well, yes.

08:15:15  23          MR. DeGRAVELLES:  If you could enlarge that a little bit

08:15:18  24    so we could read it better.  Is that the best you can do, Carl?

08:15:24  25    Okay.

08:15:24  1   BY MR. DeGRAVELLES:

08:15:25  2   Q.  "The limitations of its shearing capacity should be known and

08:15:29  3   understood, and a documented risk assessment shall be in place to

08:15:32  4   address any such limitations."  Did I read that correctly?

08:15:35  5   A.  Yes, you did.

08:15:36  6   Q.  And regardless of its own internal group practices or internal

08:15:42  7   standards, that rule makes sense from a good oil field practice

08:15:47  8   point of view, correct?

08:15:48  9   A.  It is a way that most operate, yes, sir.

08:15:51 10   Q.  And I am not asking about how most people operate.  It is good

08:15:55 11   oil field practice, right, Mr. Childs?

08:15:57 12   A.  That's what I meant by that, the oil field --

08:15:59 13   Q.  It's also common sense, isn't it?

08:16:01 14   A.  Yes.

08:16:02 15   Q.  Because if you find out that you have an inadequate BOP

08:16:06 16   shearing capacity and you're in the middle of a blowout, you

08:16:09 17   literally have too little too late, correct, sir?

08:16:12 18   A.  You must understand your abilities to shear pipe, yes.

08:16:14 19   Q.  You literally have too little too late, correct, sir?

08:16:18 20   A.  If you have something you cannot shear, you didn't know that,

08:16:23 21   you do have an issue, yes.

08:16:24 22   Q.  And the issue you have is that you have too little too late,

08:16:28 23   right, sir?

08:16:29 24   A.  I'm saying basically the same thing.

08:16:32 25   Q.  If you're saying the same thing, why don't you agree to my

08:16:35 1  statement?

08:16:35 2  A.  Because, I guess, I don't speak in the same words that you do.

08:16:38 3  Q.  Okay.  But you agree with what I am saying, correct?

08:16:40 4  A.  Basically, yes, sir.

08:16:41 5  Q.  And specifically, it is your opinion that BP failed in its

08:16:46 6  obligation to properly assess shearing capacity of the *Deepwater*

08:16:50 7  *Horizon* BOP at Macondo, correct?

08:16:51 8  A.  At the time of the writing of this report, I hadn't been shown

08:16:55 9  that there actually was some testing that was performed.  I was

08:16:57 10  shown that later.

08:16:58 11  Q.  But in your report and in your deposition, you were of the

08:17:04 12  opinion that they had not properly assessed shearing capacity; is

08:17:07 13  that true, sir?

08:17:08 14  A.  Make sure I got your question right.  Would you repeat it

08:17:12 15  again, please?

08:17:12 16  Q.  Yes, sir.  At the time of your report and at the time of your

08:17:17 17  deposition, your opinion was they had not -- BP had not properly

08:17:22 18  done a shearing assessment, correct, sir?

08:17:25 19  A.  That was the information I had at that time, yes.

08:17:27 20  Q.  And if BP had had any questions related to the ability of

08:17:34 21  either the blind shear ram or the casing shear ram to drill pipe to

08:17:37 22  be used in the well program, it could have engaged Cameron to

08:17:41 23  perform a shear test at Cameron's facility; is that true, sir?

08:17:44 24  A.  That's what I stated in the report, and I believe they did

08:17:47 25  actually have that done.

5251

08:17:47 1    Q.  Now, it is also true, is it not, that Transocean also had a

08:17:54 2    responsibility to make sure that the BOP was adequate for the

08:17:57 3    Macondo well, correct?

08:17:58 4    A.  That would be correct.

08:18:00 5    Q.  And that the shearing capacity of the BOP -- it is true, is it

08:18:04 6    not, that the shearing capacity of the BOP is going to vary from

08:18:08 7    well to well; isn't that correct?

08:18:09 8    A.  It'll vary by pipe used and by the actual pressure in each

08:18:13 9    well.

08:18:14 10   Q.  So to answer my question, it's going to vary from well to well,

08:18:17 11   correct?

08:18:17 12   A.  Yes, by these changes.

08:18:19 13   Q.  And even though the equipment on the BOP may be safe for one

08:18:24 14   well, it might not necessarily be safe for the next well, correct?

08:18:28 15   A.  That would be part of evaluating if we can use this particular

08:18:32 16   rig for this next well.

08:18:33 17   Q.  And that's because, as you just mentioned, you're going to have

08:18:37 18   different well conditions, correct?  Different depths, different

08:18:40 19   well pressures, correct?

08:18:41 20   A.  Exactly.  You have to evaluate the pipe you're going to use and

08:18:44 21   the pressure you're going to use it at.

08:18:46 22   Q.  And those will vary from well to well and, therefore, the

08:18:48 23   shearing capacity may very well vary from well to well; is that

08:18:52 24   true?

08:18:52 25   A.  That's correct.

5252

08:18:53   1    Q.  And under its own well control handbook, Transocean had an

08:19:00   2    independent duty to do its own assessment of shearing capacity;

08:19:03   3    isn't that true?

08:19:03   4    A.  That's the way it reads, yes, sir.

08:19:06   5    Q.  And at the time of your deposition, you were unable to point to

08:19:09   6    any evidence that Transocean had made that required assessment;

08:19:12   7    isn't that true, sir?

08:19:13   8    A.  As I stated before, I was shown later that they actually had

08:19:17   9    done the testing.

08:19:18  10    Q.  So preparatory to your report, you had, as your client, access

08:19:22  11    to all of the TO documents, right?  The Transocean documents.  That

08:19:27  12    was your client, right, Mr. Childs?

08:19:28  13    A.  I had all of the documents that Transocean had, yes.

08:19:30  14    Q.  And you asked them, "Give me all of the documents to see

08:19:33  15    whether or not you guys did the right assessment," correct?

08:19:35  16    A.  I looked at every document I could and I did not see that.  I

08:19:39  17    was shown it later.

08:19:40  18    Q.  I see.  And in addition to the calculations of other people,

08:19:48  19    you did your own shearing calculations, did you not, sir?

08:19:51  20    A.  I did.

08:19:52  21    Q.  And let me back up for a second and talk about the

08:19:58  22    components -- some of the components of the BOP.  The BSR is the

08:20:02  23    blind shear ram, correct?

08:20:02  24    A.  Yes, sir.

08:20:03  25    Q.  And you would agree with me that it is the only device in the

5253

08:20:06  1    BOP that both cuts the pipe or shears the pipe and seals the well,

08:20:13  2    correct?

08:20:14  3    A.   That's its purposes, yes, sir.

08:20:17  4    Q.   And we've heard -- I know Judge Barbier is not a big fan of

08:20:21  5    acronyms, but we have heard BSR and we have heard SBR.  If I

08:20:27  6    understand correctly, BSR is the generic term for blind shear ram,

08:20:30  7    correct?

08:20:30  8    A.   That would be the API term.

08:20:32  9    Q.   So no matter who is making the blind shear ram, it's referred

08:20:35 10    to generically acronym-wise BSR?

08:20:38 11    A.   Yes.

08:20:39 12    Q.   But when you use the term "SBR" that is specific to the blind

08:20:44 13    shear ram that Cameron makes, correct?

08:20:45 14    A.   That model, and as we learned yesterday I named it, so I will

08:20:49 15    slip into using SBR quite often.

08:20:51 16    Q.   You're proud of the shearing blind ram name?

08:20:55 17    A.   I can't say I'm all that proud of it, but I do remember it and

08:21:00 18    I do use it in place of BSR.

08:21:02 19    Q.   Understand so sometimes you'll say, "SBR, BSR," but you're

08:21:07 20    really, in a sense, using those terms synonymously, correct?

08:21:12 21    A.   They're the same thing, yes.

08:21:13 22    Q.   In terms of the emergency BOP functions on this *Deepwater*

08:21:20 23    *Horizon* BOP, the BSR is the only shearing ram that is used for

08:21:28 24    those emergency functions; isn't that true, sir?

08:21:30 25    A.   That is correct.

5254

08:21:30  1   Q.  And that would include not just the two that you mentioned

08:21:34  2   yesterday, which is AMF and autoshear, but it also includes EDS,

08:21:39  3   correct?

08:21:39  4   A.  Only if you're speaking of EDS-1 only.  EDS-2 utilizes casing

08:21:45  5   shear rams as well.

08:21:46  6   Q.  And if we are using EDS-1, you're talking about all three

08:21:50  7   functions; EDS-1, autoshear, and AMF/Deadman have -- the blind

08:21:55  8   shear ram is the only device that is used in those functions,

08:21:57  9   correct?

08:21:57 10   A.  That is correct.

08:21:58 11   Q.  And this represents, does it not, a single point of failure?

08:22:05 12   A.  There are multiple ways of activating this, so we would have to

08:22:10 13   do a full risk assessment to understand every avenue.

08:22:13 14            MR. DeGRAVELLES:  Why don't we pull up Demonstrative

08:22:17 15   3096.

08:22:17 16   BY MR. DeGRAVELLES:

08:22:18 17   Q.  But you know without a full risk assessment, don't you, that if

08:22:22 18   you have the blind shear ram as the only way you can try to contain

08:22:28 19   a blowout is the blind shear ram.  If you're talking about AMF and

08:22:31 20   you're talking about autoshear, and that BSR doesn't function,

08:22:36 21   you've got a single point of failure, don't you?

08:22:39 22   A.  Before you reach that point, you've obviously had several

08:22:42 23   levels of possibilities.  So to get to this point, you've already

08:22:46 24   gone through a number of possible mitigations and possible things

08:22:51 25   you can do to correct.

5255

08:22:52  1   Q.  Once you get to that point, if the BSR doesn't work, you are

08:22:56  2   out of luck, correct, sir?

08:22:57  3   A.  If all you're closing is the shearing blind ram and it does not

08:23:02  4   work, it does not work.

08:23:03  5   Q.  And the shearing blind ram is the only device that shears and

08:23:08  6   seals the well in these emergency functions, correct?

08:23:11  7   A.  Yes.

08:23:12  8   Q.  Now, in addition to being single point of failure, it also

08:23:17  9   tells us that a functioning blind shear ram is an extremely

08:23:22 10   important part of this BOP configuration, correct?

08:23:26 11   A.  It is an important part, along the casing shear rams, the VBRs,

08:23:30 12   the annulars.  They're all very important.

08:23:32 13   Q.  Now, you're aware, are you not, Mr. Childs, that for months

08:23:36 14   during this drilling operation, 6 5/8-inch drill pipe was used,

08:23:42 15   correct?

08:23:42 16   A.  I understand it was used in the well, yes.

08:23:47 17   Q.  And you -- in doing your own calculations, you determined that

08:23:50 18   this blind shear ram on this BOP did not have the capacity to shear

08:23:56 19   6 5/8-inch drill pipe; isn't that true, sir?

08:24:00 20   A.  The SBRs could not, but the casing shear rams could.

08:24:03 21   Q.  I understand, but if we're talking about AMF and we're talking

08:24:08 22   about autoshear and, therefore, we are talking about the BSR as the

08:24:12 23   functioning device and those circumstances, if you have an

08:24:17 24   emergency situation, the BSR is not going to be able to shear,

08:24:21 25   according to your calculations, 6 5/8-inch drill pipe; isn't that

5256

08:24:26  1   true, sir?

08:24:26  2   A.  That's correct.  You would be using the casing shear ram in

08:24:29  3   that case.

08:24:29  4   Q.  But you wouldn't be using the casing shear rams if it was

08:24:33  5   autoshear or AMF, correct?

08:24:35  6   A.  It would only be with EDS-2.

08:24:38  7   Q.  I understand, sir.  So let's make sure we're on the same page

08:24:41  8   and Judge Barbier is understanding what you're saying.  If you have

08:24:44  9   got AMF and you have got autoshear and you've got 6 5/8-inch drill

08:24:49 10   pipe in the well, then this BSR is going to be unable to shear it,

08:24:54 11   correct, sir?

08:24:54 12   A.  We have shown that SBR cannot shear the 6 5/8-inch drill pipe.

08:25:00 13   Q.  As a matter of fact, your calculations were that it would take

08:25:03 14   4,870 psi to shear the pipe, correct?

08:25:06 15           MS. KARIS:  Your Honor, I am going to object to relevance

08:25:08 16   of 6 5/8.  We've already established --

08:25:11 17           THE COURT:  Overruled.

08:25:12 18   BY MR. DeGRAVELLES:

08:25:13 19   Q.  Correct, sir?

08:25:13 20   A.  Correct.

08:25:14 21   Q.  And you only had 4,000 psi available, correct, sir?

08:25:18 22   A.  That was the high-pressure shear circuit, yes, sir.

08:25:22 23   Q.  And so you would agree with me, would you not, that it is

08:25:24 24   totally irresponsible for BP to drill a well for months using a BOP

08:25:28 25   that could not shear and seal the well with a drill pipe in it in

5257

08:25:32 1  an emergency situation, correct, sir?

08:25:34 2  A.  No, I wouldn't go that far.

08:25:36 3  Q.  You wouldn't go that far?

08:25:38 4  A.  No, sir.

08:25:38 5  Q.  Now, it is also true that Transocean should have known about

08:25:45 6  the inadequacy of this BSR in either AMF/Deadman or others, the

08:25:50 7  inadequacy of this BSR to function with six -- do its job when you

08:25:57 8  had 6 5/8-inch drill pipe, correct?

08:25:59 9  A.  Transocean understood the issues with the 6 5/8 drill pipe and

08:26:03 10  had contingencies.

08:26:05 11  Q.  Not only should they have done it, they did it; they were aware

08:26:07 12  of the limitation, correct?

08:26:09 13  A.  I think everybody was aware.

08:26:10 14  Q.  And they just drilled ahead anyway, correct, sir?

08:26:13 15  A.  They had contingencies for 6 5/8 inch in place.  I am not privy

08:26:18 16  to all of the procedures because I didn't study that part.

08:26:20 17  Q.  So you're not able to answer about all of these contingencies

08:26:23 18  because you didn't study it, right?

08:26:26 19  A.  Because we did not have 6 5/8 drill pipe in the hole.

08:26:29 20  Q.  But you had it for months, didn't you, sir?

08:26:31 21  A.  Again, my study was what happened in the incident, so I studied

08:26:37 22  everything around the incident.  I did not go back in time.

08:26:40 23  Q.  Okay.  Let's talk about the 5 1/2-inch drill pipe that just

08:26:47 24  happened to be in the well at the time of the blowout.  It is your

08:26:52 25  opinion, is it not, that the BOP did not function with 5 1/2-inch

08:26:59 1    drill pipe because of off-center pipe, is that true?

08:27:03 2    A.  Yes, that it was unable to complete a shear due to the pipe

08:27:08 3    being forced off-center.

08:27:09 4    Q.  If we could pull up, Carl, TREX 7688, page ten.  This is your

08:27:19 5    rebuttal report, Mr. Childs, and I think you made a point to do a

08:27:24 6    chart in which you listed all of the experts who had weighed in on

08:27:29 7    the question of whether off-center pipe was the reason why the

08:27:32 8    blind shear rams failed to seal with 5 1/2-inch drill pipe,

08:27:37 9    correct?

08:27:37 10   A.  That appears to be this chart, yes, it is.

08:27:39 11   Q.  And you took some comfort in the fact that this was not just

08:27:43 12   your opinion, but it was really essentially everybody's opinion,

08:27:46 13   correct?

08:27:47 14   A.  Well, I knew it to be the reality, so, yes, good to see that

08:27:51 15   others saw it as well, yes.

08:27:53 16          MS. KARIS:  Your Honor, I apologize for interrupting, but

08:27:55 17   this does contain the conclusions of DNV, which should be redacted

08:28:00 18   as a result of this Court's order.

08:28:02 19          MR. DeGRAVELLES:  We have no problem with that.  That was

08:28:04 20   inadvertent.  This is from his rebuttal report, and when we offer

08:28:08 21   it as a demonstrative, we'll redact that.

08:28:10 22          THE COURT:  Just redact that out.

08:28:12 23          MR. DeGRAVELLES:  Yes, sir.

08:28:13 24          THE COURT:  Okay.  Very well.

08:28:15 25          MR. DeGRAVELLES:  You can take that down, Carl.

08:28:17  1   BY MR. DeGRAVELLES:

08:28:17  2   Q.  And during the course of the drilling operation, the drill pipe

08:28:20  3   can get off-center, correct, Mr. Childs?

08:28:23  4   A.  Yes, the drill pipe does not always stay right on the center.

08:28:26  5   Q.  And this is something that is well known in the oil and gas

08:28:29  6   industry, correct?

08:28:30  7   A.  Yes.

08:28:31  8   Q.  Cameron, Transocean, BP, all knew that you can have off-center

08:28:38  9   drill pipe, correct?

08:28:38  10  A.  Very long, slender piece of pipe, and it does not always stay

08:28:42  11  straight and right in the center, that's true.

08:28:44  12  Q.  So let's talk for a moment about the design and configuration

08:28:49  13  of this BOP.  It is true that Cameron designed and manufactured the

08:28:55  14  various components of the BOP, is that true?

08:28:57  15  A.  It is a Cameron BOP stack.

08:28:59  16  Q.  But to answer my question, Cameron designed and manufactured

08:29:04  17  the components of this BOP stack, correct?

08:29:07  18  A.  Yes, all of them are theirs, that's true.

08:29:10  19  Q.  And insofar as what components were going to be used and how

08:29:14  20  they were going to be configured, this was a decision by BP and

08:29:19  21  Transocean?

08:29:20  22  A.  BP requested a certain configuration.  This is the

08:29:27  23  configuration that was used.  It was on this rig and acceptable for

08:29:31  24  the wells that they were going to drill.

08:29:33  25  Q.  Appreciate the last part of the answer, but that was not what I

08:29:36 1   was asking.  The question was, isn't it true that BP and Transocean

08:29:41 2   together decided what components would be used and the

08:29:47 3   configuration which those components would be placed?

08:29:50 4   A.  Yes.  They together put the stack in this configuration.

08:29:54 5   Q.  In your opinion, both BP and Transocean were sophisticated

08:30:02 6   buyers, correct --

08:30:03 7   A.  They --

08:30:04 8   Q.  -- when it came to BOPs, right?

08:30:06 9   A.  They knew how to use BOPs, yes.

08:30:09 10   Q.  Would you characterize them as sophisticated buyers?

08:30:11 11   A.  Both BP and Cameron very well know stacks.

08:30:15 12   Q.  And Transocean?

08:30:16 13   A.  And Transocean know BOPs, yes.

08:30:18 14   Q.  And you would also characterize BP and Transocean as

08:30:21 15   sophisticated users of BOPs, correct, sir?

08:30:24 16   A.  As we all know, they've been in business many years, yes.

08:30:28 17   Q.  And so let's go back to the issue of the off-center pipe.  Not

08:30:38 18   only did the industry understand that you could have off-center

08:30:43 19   pipe during a drilling operation, but they also understood that the

08:30:46 20   SBR blade would not cut off-center pipe because it doesn't extend

08:30:51 21   fully across the wellbore, correct?

08:30:53 22   A.  That's not a complete statement.  There's more to it.  It's not

08:30:56 23   just the pipe being off-center; it's being forced off-center.

08:31:02 24   Q.  But to answer the question that I asked, Mr. Childs, the oil

08:31:08 25   industry knew not only that you could have off-center pipe during

08:31:12  1  the course of the drilling operation, but they also knew that the

08:31:14  2  SBR or BSR would not completely cut off-center pipe because the

08:31:21  3  blade does not go all the way across the wellbore; isn't that true?

08:31:24  4  A.  Well, we're missing part of the actual facts.

08:31:29  5  Q.  Well, is it true, sir -- let me just ask you -- answer my

08:31:32  6  question, if you don't mind.  And that is that the industry knew

08:31:34  7  that the SBR blade does not go all the way across the wellbore,

08:31:39  8  correct, sir?

08:31:39  9  A.  That is correct.

08:31:40  10  Q.  And if you have a situation as you did in Macondo blowout where

08:31:56  11  you have your emergency functions dependent upon the BSR, and the

08:32:03  12  industry knows that BSR is not going to cut off-center pipe,

08:32:09  13  industry knows that you can have off-center pipe, what is the plan

08:32:13  14  for an emergency situation when you want the blade to cut the

08:32:18  15  off-center pipe?

08:32:19  16  A.  Again, I can't answer that directly without qualifying the part

08:32:24  17  of the off-center pipe.  The rams have V blades to center

08:32:29  18  off-center pipe.  The issue is the pipe was forced to the side,

08:32:34  19  held to the side.  That caused the issue, not just the fact it

08:32:38  20  happened to be on the left or the right of the bore.  It was forced

08:32:41  21  to the side and could not center because of that.  The industry

08:32:45  22  knows that if the pipe is just hanging in the bore and not at the

08:32:48  23  center, the V blades will push the pipe to center.

08:32:52  24  Q.  Let's, if you could, go to -- you have a nice animation, but in

08:32:58  25  your report, I think you have also an illustration which would be

5262

08:33:03  1    TREX 7687 at page three.  It's the illustration, Carl.  Don't worry

08:33:44  2    about it.

08:33:45  3         In your direct examination yesterday, Mr. Childs, you had an

08:33:48  4    animation which showed the BSR, the SBR in the case of this

08:33:54  5    specific BOP trying to cut the off-center pipe, correct?

08:33:57  6    A.  I remember that.

08:33:59  7    Q.  And it was unable to do so, correct?

08:34:01  8    A.  Yes.

08:34:02  9    Q.  Which illustrates the point that you made and are making, which

08:34:06  10   is this SBR attempt failed because it was off-center pipe, correct,

08:34:13  11   sir?

08:34:13  12   A.  Again, we keep leaving out a key point.  It was forced

08:34:16  13   off-center.

08:34:16  14   Q.  I bet you your lawyer on redirect will make those points, but

08:34:21  15   if you could just answer my questions, okay, sir?

08:34:23  16        MR. BAAY:  Your Honor, I ask that Mr. Childs be allowed

08:34:24  17   to answer fully.

08:34:25  18        THE COURT:  Well, that's fine, but he does have to answer

08:34:27  19   the question, and then if he wants to explain something, he can do

08:34:29  20   that.  Try to answer his question first and then if you want to say

08:34:32  21   something else. . .

08:34:33  22        THE WITNESS:  Yes, sir.

08:34:34  23   BY MR. DeGRAVELLES:

08:34:35  24   Q.  Now, it is true that at the time that this BOP was

08:34:41  25   manufactured, I'm talking about the *Deepwater Horizon* BOP, there

5263

08:34:45  1   were alternative types of shearing and sealing rams that were

08:34:48  2   better at centering the pipe than the BSR; isn't that true?

08:34:55  3   A.  There are some that had two V blades, if that's what you're

08:34:59  4   speaking of.

08:34:59  5   Q.  Again I would ask you to please answer my question, sir.  Do

08:35:02  6   you remember my question?

08:35:03  7   A.  Yes.  The other ram had a better centering capacity.

08:35:07  8   Q.  And that better ram is the double V shear ram, correct, or DVS,

08:35:13  9   correct?

08:35:13  10  A.  A DVS.

08:35:15  11  Q.  And if we could, let's try and see if we can get this one.

08:35:20  12  TREX 7001, page four.  If you could just kind of pull that out so

08:35:45  13  we can get a little bit bigger.  And this is an illustration of

08:35:51  14  that double V shear ram, correct?

08:35:55  15  A.  Yes, it is.

08:35:57  16  Q.  And it would be obvious to anyone with an engineering

08:36:02  17  background that the double V will center pipe better than an SBR,

08:36:07  18  correct?

08:36:07  19  A.  First I want to say this is not the DVS.

08:36:11  20  Q.  Let me -- answer my question, please, sir.  It would be obvious

08:36:15  21  to anyone with an engineering background that the double V will

08:36:19  22  center the pipe better than one blade will, correct?

08:36:22  23  A.  The two Vs on the DVS ram would center pipe better than a

08:36:28  24  single blade, yes.

08:36:31  25  Q.  And the DVS rams were available before the *Deepwater Horizon*

5264

08:36:35  1   BOP was built, correct?

08:36:37  2   A.  They were.

08:36:38  3   Q.  They were, in fact, being made as early as 1998, correct, or

08:36:45  4   really earlier, huh?

08:36:47  5   A.  I don't know the exact date.

08:36:48  6   Q.  But certainly before 2000, 2001, correct?

08:36:54  7   A.  I believe so.

08:36:54  8   Q.  And the DVS could have been used on the *Deepwater Horizon*, is

08:37:00  9   that true, sir?

08:37:01  10  A.  As we just established, they were available at that time.

08:37:03  11  Q.  But they could have been used specifically on the *Deepwater*

08:37:06  12  *Horizon*, correct?

08:37:07  13  A.  Yes, they would fit in the same place.

08:37:09  14  Q.  And in addition to helping center the pipe, the DVS rams

08:37:14  15  provided 20 percent more efficiency than the SBR, correct?

08:37:20  16  A.  That is correct.

08:37:21  17  Q.  Which meant that it required 20 percent less force to cut the

08:37:25  18  same pipe, correct?

08:37:27  19  A.  That is correct.

08:37:28  20  Q.  And in addition to that, maybe this is just a corollary of

08:37:32  21  that, but it was capable of shearing a larger diameter pipe than

08:37:36  22  the single SBR?

08:37:37  23  A.  It had a greater capacity, so that could include larger

08:37:43  24  diameters of pipe.

08:37:44  25  Q.  So the answer to my question is it was capable of shearing

5265

08:37:46  1    larger diameter pipe than the SBR, correct?

08:37:49  2    A.  That's correct.

08:37:49  3    Q.  Now, in the 1999 quote for the *Deepwater Horizon* BOP, they

08:38:01  4    actually offered up as a possibility the DVS rams, correct?

08:38:08  5    A.  I believe I remember something about that, yes.

08:38:11  6    Q.  And so this was a situation in which they had to make a choice,

08:38:17  7    BP and Transocean had to make a choice, do we use the single SBR or

08:38:21  8    do we use the DVS, correct?

08:38:25  9    A.  They were deciding between the two, I'm sure, at the time.

08:38:28  10   Q.  And both BP and Transocean made a conscious decision to reject

08:38:37  11   the device DVS and choose the SBR, is that true?

08:38:42  12   A.  Yes, they chose the SBR.  It was the most prevalent shear ram

08:38:46  13   in the field at the time.

08:38:46  14   Q.  I understand.  That's not the question I asked, though.  The

08:38:49  15   question that I asked was, it is true, is it not, sir, that if they

08:38:52  16   were offered up the DVS as an alternative to the SBR and they chose

08:38:56  17   the SBR, that means they made a conscious decision to reject the

08:39:00  18   DVS, correct?

08:39:01  19   A.  Well, as I said, they chose the SBR.  We know that, yes.

08:39:06  20   Q.  Now, another alternative available to both BP and Transocean

08:39:14  21   was the second -- they could have chose a second shear blind ram,

08:39:21  22   is that true?

08:39:21  23   A.  They did choose a second -- well, you said shear blind, excuse

08:39:25  24   me, yes, sir.  They chose to use only one shearing blind ram.

08:39:31  25   Q.  I understand, but they could have chosen two shearing blind

08:39:34 1    rams, correct?

08:39:35 2    A.  Correct.  They chose the casing shear ram as their second shear

08:39:38 3    ram.

08:39:38 4    Q.  And at least by 2000, Vastar and R&B Falcon were aware that the

08:39:45 5    BSR was a single point of failure for the BOP's emergency

08:39:49 6    functions, correct, sir?

08:39:50 7    A.  I can only speculate on that.

08:39:54 8    Q.  Well, you said they're sophisticated users, sophisticated

08:39:57 9    buyers, so does it make sense that they would have been aware that

08:40:00 10   the single blind shear ram was a single point of failure when you

08:40:05 11   had emergency functions in place, correct?

08:40:06 12   A.  As I speculated before, I would think that.  I wasn't there, of

08:40:11 13   course.

08:40:11 14   Q.  I understand.  And in April of 2000, there was a risk

08:40:20 15   assessment done by a company called EQE on the *Deepwater Horizon*

08:40:25 16   BOP, wasn't there?

08:40:26 17   A.  I am not familiar with that.

08:40:29 18   Q.  If we could pull up TREX 0410 (VERBATIM) at page 39.  I am

08:40:41 19   going to ask you to look at this, and if you haven't seen it

08:40:47 20   before, I want to know that.  And even if you haven't seen it

08:40:50 21   before, I am going to ask you something specific about what's in

08:40:54 22   this risk assessment.  That's 4120 at page 39.  Before you move to

08:41:34 23   the second page or to the page that we're talking about, you see

08:41:38 24   the title of this risk assessment of the "*Deepwater Horizon* Blowout

08:41:43 25   Preventer Final Report April 2000"?

5267

08:41:45  1    A.  I see that.

08:41:46  2    Q.  Are you telling us that in all of the work that you did on this

08:41:50  3    case, you have not seen that document?

08:41:51  4    A.  It does not look familiar to me right now.

08:41:53  5    Q.  Do you know of any reason why you would not have been given

08:41:55  6    that document to review in preparation for your testimony in this

08:42:00  7    case?

08:42:00  8    A.  I know nothing one way or the other, no.

08:42:03  9    Q.  If you could go to page 39.  If you could, that last paragraph,

08:42:18 10    cull it out.  I am going to read this to you and then ask your

08:42:22 11    opinion about this statement.

08:42:24 12         "The major contributor to the failure likelihood

08:42:28 13    associated with the BOP control system results from the selected

08:42:32 14    stack configuration."  Did I read that correctly?

08:42:35 15    A.  I believe so.

08:42:36 16    Q.  "With only one shear ram capable of sealing the well, it is

08:42:41 17    extremely difficult to remove all of the single failure points from

08:42:45 18    the control system."  Did I read that correctly?

08:42:48 19    A.  I believe so.

08:42:48 20    Q.  "The final shuttle valve, which supplied the hydraulics to the

08:42:54 21    blind shear ram, represents such a single failure point for the

08:42:56 22    disconnect function."  Did I read that correctly?

08:43:00 23    A.  I believe so.

08:43:02 24    Q.  Does it appear, since this was done for the *Deepwater Horizon*

08:43:07 25    BOP and would have been available both to BP and Transocean, it is

5268

08:43:12  1   not speculation that they knew about the single point of failure,

08:43:17  2   there it is laid out for them; isn't that true, sir?

08:43:20  3   A.  And the summary of this is that the shuttle valve would have

08:43:23  4   the biggest issue, and I remember in several of my risk

08:43:27  5   assessments, we did address the shuttle valve and mitigate the

08:43:30  6   issues at that location.

08:43:31  7   Q.  All right.  But in any event, your previous testimony is that

08:43:34  8   the blade itself represents a single point of failure when you have

08:43:38  9   the emergency functions -- when you're trying to use the emergency

08:43:41 10   functions, correct, sir?

08:43:42 11   A.  We've established we only have the single shear ram.

08:43:45 12   Q.  You can take that down.  And again, Transocean and BP would

08:43:52 13   have known about the availability of using multiple BSRs at the

08:43:59 14   time at the time of the manufacture, correct?

08:44:00 15   A.  Yes.

08:44:05 16   Q.  And, of course, at any time from that point up until April 20th

08:44:08 17   of 2010, correct?

08:44:09 18   A.  At the time of manufacture, most people were going with five.

08:44:16 19   Later years, we would add the sixth cavity.

08:44:23 20   Q.  And then it is true, is it not, sir, that BP even mentions in

08:44:26 21   its well control manual that two BSRs provides redundancy and helps

08:44:36 22   in a situation where the ram packer -- or the ram packer of the

08:44:40 23   shearing ram is damaged; isn't that true?

08:44:42 24   A.  I don't remember the specific language, but I understand what

08:44:45 25   you're saying.

5269

08:44:46  1    Q.  Well, the question is not whether you understand what I'm

08:44:49  2    saying.  Isn't it true -- and maybe you know or don't know.  Isn't

08:44:52  3    it true that that is in the well control manual?

08:44:55  4    A.  I couldn't quote the exact words.

08:44:58  5    Q.  Well, without quoting the exact words, is information to that

08:45:02  6    effect in the BP well control manual?

08:45:06  7    A.  The BP well control manual is not a document I studied at

08:45:11  8    length.

08:45:11  9    Q.  Did you study it at all?

08:45:13  10   A.  I did read parts of it, but not the entire document.

08:45:16  11   Q.  All right.  If we could go to TREX 2390, page 270.  First of

08:45:25  12   all, before we move on, this is the first page of the well control

08:45:29  13   manual, correct?

08:45:30  14   A.  It's a cover page to a well control manual.

08:45:33  15   Q.  The cover page.  And if we can then go to page 270.  And if you

08:45:42  16   could bring out beginning with "for DP operations."  And I want to

08:45:51  17   quote and ask you about this -- these sentences that we're going to

08:45:55  18   have highlighted.  I hope.  Carl, will you bring that out again.

08:46:47  19   And the second paragraph beginning with "for DP operations," can

08:46:53  20   you do that sentence, please.

08:46:56  21        "For DP operations, it is absolutely necessary that the

08:46:58  22   BOP be capable of shearing and sealing on the main strings of drill

08:47:02  23   pipe that will be used."  That's obvious, correct?

08:47:06  24   A.  You read it correctly.

08:47:07  25   Q.  And it is obvious -- obviously true -- a true statement,

5270

08:47:10  1    correct?

08:47:11  2    A.  Yes, that's what we've discussed already.

08:47:12  3    Q.  And we go to the next paragraph beginning with "for DP

08:47:16  4    operations."

08:47:23  5             "For DP operations, some operators have two sets of blind

08:47:27  6    shear rams in order to have a backup seal in the event of an

08:47:31  7    unplanned disconnect."  Did I read that correctly?

08:47:33  8    A.  I believe so.

08:47:34  9    Q.  And you agree with that?

08:47:37  10   A.  Yes, some operators have gone that way.

08:47:39  11   Q.  Do you agree with -- that it does, in fact, provide a backup

08:47:43  12   seal in the event of an unplanned disconnect?

08:47:46  13   A.  It gives you a second chance is what it's talking about, yes.

08:47:49  14   Q.  Is the answer to my question yes, you agree with this

08:47:52  15   statement?

08:47:52  16   A.  Yes, I agree that it gives you a second chance or backup seal,

08:47:56  17   they call it, in this case.

08:47:57  18   Q.  "The thought is to have one set to shear and a second set to

08:48:02  19   seal in the event the ram packer of the shearing rams is damaged."

08:48:06  20   Did I read that correctly?

08:48:08  21   A.  I believe so.

08:48:10  22   Q.  And you agree with that?

08:48:11  23   A.  That would be the thought, yes.

08:48:13  24   Q.  I'm sorry?

08:48:16  25   A.  Yes, that would be the thought.

08:48:17  1    Q.  Thank you.  And the last sentence, "It also provides redundancy
08:48:22  2    in the event of an unplanned disconnect and the subsequent loss of
08:48:27  3    the riser margin whilst drilling reservoir."  Did I read that
08:48:31  4    correctly?
08:48:31  5    A.  I believe so.
08:48:32  6    Q.  And that is a true statement with which you also agree,
08:48:35  7    correct?
08:48:35  8    A.  Yes, it's the redundancy we've been speaking of.
08:48:42  9    Q.  Were you aware, sir, that BP pled guilty to criminal charges in
08:48:46  10   this case?
08:48:46  11   A.  Only by what I saw -- yes, only by what I saw on the news.
08:48:51  12   Q.  Were you aware -- if we could pull up TREX 52673 at page 32.
08:49:06  13   And if under -- bottom -- paragraph 24, first sentence, Carl.
08:49:15  14   Let's get a little bit more of that sentence.

08:49:19  15        This is a part of the plea agreement, I will represent to
08:49:23  16   you, sir.  "The defendant will use and require its contractors to
08:49:27  17   use subsea BOPs equipped with no fewer than two blind shear rams
08:49:33  18   and a casing shear ram on all drilling rigs under contract to the
08:49:37  19   defendant for deepwater drilling operations in dynamic positioning
08:49:41  20   mode."

08:49:42  21        MS. KARIS:  Your Honor, I am going to object to this.
08:49:44  22   This witness has no foundation for what's in the plea agreement.

08:49:47  23        THE COURT:  Well, he can be asked about it.  So I
08:49:50  24   overrule the objection.

08:49:52  25        MR. DeGRAVELLES:  Thank you, Judge.

08:49:53  1   BY MR. DeGRAVELLES:

08:49:53  2   Q.  Did you -- were you aware of this particular provision, sir?

08:49:57  3   A.  No, I was not.

08:49:57  4   Q.  You were not aware that a condition of the settlement agreement

08:50:01  5   of the criminal charges was that BP is required to use, in

08:50:07  6   deepwater drilling operations on its own rigs and its contractor

08:50:11  7   rigs, two blind shear rams, correct?

08:50:14  8           MS. KARIS:  Your Honor, I am also going to object on

08:50:17  9   subsequent remedial measures.  This is a going-forward basis.

08:50:21 10           THE COURT:  Well, I seem to recall there has been

08:50:24 11   statements or arguments by BP in this case that it was infeasible

08:50:30 12   to use different configurations or different types of BOPs,

08:50:37 13   different blades and so forth.  So I think this is fair game.

08:50:40 14   Overruled.

08:50:45 15   BY MR. DeGRAVELLES:

08:50:45 16   Q.  Correct, sir?

08:50:46 17   A.  Could we bring me back to the question?

08:50:49 18   Q.  Sure, I understand.  It's clear, is it not, from -- you

08:50:54 19   understand -- I understand that you did not know this before I just

08:50:57 20   questioned you about it, but from reading it, it is clear that as

08:51:01 21   part of the plea agreement, BP is required not only on its rigs but

08:51:04 22   its contractors' rigs to use two blind shear rams in addition to a

08:51:09 23   casing shear ram, correct?

08:51:10 24   A.  Yes, this is how I read this.

08:51:12 25   Q.  And that's a good idea; isn't it, sir?

08:51:14  1    A.  Having redundancy, as we discussed before -- I start by saying

08:51:21  2    yes.

08:51:23  3    Q.  And we are -- go ahead.

08:51:24  4    A.  The redundancy is allowed by this.

08:51:27  5    Q.  And it is true, is it not, sir, that there is the probability

08:51:31  6    in this case that a second BSR would have helped avoid the Macondo

08:51:35  7    blowout; isn't that true, sir?

08:51:37  8    A.  You said probability or possibility?

08:51:42  9    Q.  Probability.

08:51:43 10    A.  I would differ with that.  There's a possibility it could have

08:51:47 11    helped.  With the pipe being forced off-center and held off-center,

08:51:51 12    the second shear ram could have had the same issue.

08:51:56 13             MR. DeGRAVELLES:  All right.  If we could pull up the

08:51:58 14    deposition of Mr. Childs at 285, 17 to 286, 4.  Carl, I think you

08:52:34 15    may have -- this is 285, 17 through 286, 4.

08:52:47 16             THE COURT:  I think you have 285 and 284 on the screen

08:52:53 17    there.

08:52:56 18             MR. DeGRAVELLES:  285, 17 to 286, 4.  This may be a

08:53:02 19    problem with the PDF.

08:53:04 20             THE COURT:  It says -- got different numbers at the top

08:53:08 21    than are printed on the actual page of the transcript.

08:53:12 22             MR. DeGRAVELLES:  And I think therein lies our problem.

08:53:15 23             THE COURT:  You want the transcript pages or TREX pages?

08:53:19 24    Or do you know?

08:53:21 25             MR. DeGRAVELLES:  I think we have the right number now.

08:53:24  1   The PDF now is 286 to 287.  If you will highlight lines 17 on the

08:53:33  2   first page through line 4.

08:53:33  3   BY MR. DeGRAVELLES:

08:53:41  4   Q.  "Question:  Understood.  Do you have an opinion about whether

08:53:46  5   BP should have used a BOP with two blind shear rams for the Macondo

08:53:50  6   well?"

08:53:51  7            Your answer was:  "I know those configuration BOP stacks

08:53:55  8   do exist.  It wouldn't be outside the norm for our industry, where

08:53:59  9   we, of course, duplicate many times, to have a higher probability

08:54:04 10   of something occurring.  We have two pods, we have two of this, we

08:54:07 11   have two of that, we have four AMFs, so it's not out of the realm

08:54:11 12   of possibilities of doing that.  And there's a probability it would

08:54:16 13   have helped, could have helped, yes, sir."

08:54:19 14            Did I read it correctly?

08:54:21 15   A.  You came close to reading it correctly.

08:54:24 16   Q.  Let me just make sure I got it exactly right and the record is

08:54:27 17   clear.  "And it -- there's a probability it would have helped,

08:54:34 18   could have helped, yes, sir."  Did I read that correctly?

08:54:36 19   A.  You read what's in there, yes.

08:54:37 20   Q.  Well, that's what you said, isn't it, Mr. Childs?

08:54:40 21   A.  Yes, you read that correct, yes.

08:54:41 22   Q.  And it is what you said under oath, correct, sir?

08:54:44 23   A.  Yes.

08:54:44 24   Q.  Let's talk about -- you can take that down, Carl.  Let's talk

08:54:52 25   about EDS-1 and EDS-2.  And when we're talking about the rig floor

08:54:59  1  and talking about manual functioning from the BOP control panel,

08:55:04  2  there's a button that says "normal," correct?

08:55:07  3  A.  For EDS, there is a "normal" button, yes.

08:55:10  4  Q.  For EDS-1 there is the "normal" button, correct?

08:55:13  5  A.  We've learned that's what EDS-1 is called on the panel, that's

08:55:17  6  correct.

08:55:17  7  Q.  And then EDS-2, there's another button for it?  What is it

08:55:21  8  called, EDS CSR?

08:55:23  9  A.  I think it's called casing for short.

08:55:27 10  Q.  Okay.  But when we we're talking about on the rig floor, the

08:55:32 11  person who is going to activate these buttons can make that

08:55:35 12  decision -- at the specific time that he pushes the button, he can

08:55:40 13  choose to push one button or the other button, correct?

08:55:43 14  A.  The change -- yes, the change can be made at the panel.

08:55:46 15  Q.  But when you have a loss of MUX cables, you lose the ability to

08:55:53 16  be able to activate the BOP through that panel, correct?

08:55:56 17  A.  That's correct.  It wouldn't have mattered which you chose; you

08:55:59 18  had no communication, neither would have worked.

08:56:01 19  Q.  You could choose either one and it would have made no

08:56:04 20  difference because it wouldn't communicate with the BOP, correct?

08:56:06 21  A.  Correct.  That requires full connection to the BOP stack.

08:56:11 22  Q.  And the MUX cables, while we're talking about MUX cables, also

08:56:16 23  represent a single point of failure, do they not?

08:56:18 24  A.  There are two cables, of course, so that one cable, if it's

08:56:24 25  gone, it's failed, but you have the other cable.

5276

08:56:27 1    Q.  But since they both went through the moon pool, a single

08:56:30 2    explosion could destroy both of them at the same time, correct?

08:56:33 3    A.  Yes.  One large enough.  Thankfully, they're on opposite sides

08:56:38 4    of the moon pool.

08:56:39 5    Q.  To answer my question, sir, if there was an explosion on the

08:56:41 6    moon pool, it could destroy both the yellow and blue MUX cables,

08:56:48 7    correct?

08:56:48 8    A.  A large enough one -- yes, a large enough one at the moon pool

08:56:49 9    could destroy them both.

08:56:49 10   Q.  And that is a single point of failure, is it not, sir?

08:56:52 11   A.  That would be a failure of both MUX cables, yes.

08:56:56 12   Q.  To answer my question, Mr. Childs, that would be a single point

08:57:00 13   of failure, would it not?

08:57:01 14   A.  I guess I struggle with the single point since I know we have

08:57:05 15   two opportunities.  But if both do explode, we've lost that

08:57:10 16   communication, so that communication is severed so that single

08:57:13 17   point is gone.

08:57:14 18   Q.  All right.  Thank you, sir.

08:57:17 19          And the Bly Report indicated specifically -- you did read

08:57:19 20   the Bly Report as part of your prep?

08:57:20 21   A.  Yes.

08:57:21 22   Q.  The Bly Report specifically mentions that, the MUX cables going

08:57:24 23   through the moon pool, both yellow and blue, represents a single

08:57:27 24   point of failure, correct?

08:57:30 25   A.  I don't have exact recollection of that, but I'll take your

5277

08:57:34 1    word for it.

08:57:34 2    Q.  But in any event, once those MUX cables are lost, then you have

08:57:40 3    two emergency functions in the BOP that can still activate the BOP;

08:57:46 4    the AMF/Deadman and the autoshear, correct?

08:57:49 5    A.  Yes, sir.

08:57:50 6    Q.  Now, if we're talking about the choice for those emergency

08:57:54 7    functions -- not when it's on the rig and you still have

08:57:57 8    communication -- MUX cables are gone.  Now, you're relying on the

08:58:02 9    yellow pod, the blue pod, and you also have the ability to decide

08:58:07 10   whether you're going to go -- if we're talking about manual

08:58:11 11   activation, EDS-1 versus EDS-2, you can choose whether you're going

08:58:15 12   to have a single blind shear ram or casing shear ram and the blind

08:58:19 13   shear ram following, correct?

08:58:20 14   A.  Again, I'm confused.  If we've lost the ability to do EDS,

08:58:25 15   we've lost the ability to do any manual functions either.

08:58:28 16   Q.  I understand.  But you can program into the computer, and, in

08:58:34 17   fact, it is programmed into the computer which emergency function

08:58:38 18   you're going to have; either the single blind shear ram or the

08:58:42 19   casing shear ram followed by the blind shear ram, correct?

08:58:44 20   A.  Okay.  I understand your question.  That part of the

08:58:46 21   programming for what AMF will do or what autoshear will do is

08:58:51 22   preprogramed and decided at the design of the BOP stack.

08:58:55 23   Q.  And that decision is not made on the rig, but it is made by

08:58:57 24   somebody on the shore up the chain of command, isn't it?

08:59:00 25   A.  Yes.  It would have been made, as I said, at the design of the

5278

08:59:04   1   BOP stack.

08:59:06   2   Q.  The answer to my question, that's not something that's done on

08:59:10   3   the rig, that's done onshore up the chain of command, correct?

08:59:13   4   A.  Yes, it's not done on the rig.  It's done by others.

08:59:19   5   Q.  And in this case, whoever was onshore up that chain of command

08:59:23   6   making that decision for the emergency functions, decided -- made a

08:59:28   7   conscious decision we're going with SBR alone as opposed to CSR

08:59:33   8   followed by SBR, correct?

08:59:37   9   A.  Yes.  This was made very early on.

08:59:40  10   Q.  And whoever made that decision -- let me ask you this:

08:59:46  11   Deciding one or the other is not a function of money.  It's not

08:59:49  12   going to cost more to do the EDS-2, that is to say the CSR followed

08:59:56  13   by the BSR, than EDS-1 just the BSR, correct?

08:59:59  14   A.  Yes, it's not about money.  It's about quickest function

09:00:03  15   probably in this case and the risk assessment they performed early

09:00:06  16   on in the process.

09:00:07  17   Q.  It's about making an informed, intelligent decision about which

09:00:12  18   one to use, correct?

09:00:13  19   A.  Yes.  And as we discussed yesterday, would be the quicker --

09:00:19  20   they chose the quickest closure.

09:00:21  21   Q.  They chose the quickest.  But you admit, sir, that had BP or

09:00:25  22   Transocean chosen the casing shear ram followed by the blind shear

09:00:30  23   ram, it would have given the SBRs a better chance of sealing in the

09:00:35  24   Macondo well; don't you agree to that, sir?

09:00:38  25   A.  It could have.  It would have taken more time, but it could

5279

09:00:41   1    have given -- for sure it gives another chance.

09:00:44   2    Q.  It gives a greater chance, a better chance of sealing, correct,

09:00:48   3    sir?

09:00:48   4    A.  We'll never know what the pipe would do even if the casing

09:00:52   5    shear ram sheared it.  The pipe was already on the side of the

09:00:55   6    bore.

09:00:56   7    Q.  But it would have given it a better chance of sealing, correct,

09:01:00   8    sir?

09:01:00   9    A.  I'm sure it's a hope we would all have.  I just don't know that

09:01:05  10    to be the case.

09:01:06  11    Q.  Well, it certainly would have slowed down the flow, correct?

09:01:10  12    A.  It would slow down the flow, yes, sir.

09:01:11  13    Q.  Which would give the BSR or SBR a better chance of sealing,

09:01:17  14    correct?

09:01:17  15    A.  Yes.  With less flow, it would have had a somewhat better

09:01:23  16    chance.

09:01:23  17    Q.  Now, you admit that BP and Transocean were both aware of this

09:01:32  18    choice that they had between CSR followed by BSR or just the BSR,

09:01:39  19    correct?

09:01:40  20    A.  I agree.

09:01:40  21    Q.  And they made a conscious decision to do just the SBR, correct?

09:01:44  22    A.  Yes.  They did their evaluation, risk assessment and determined

09:01:48  23    the faster route closing shear rams to seal the well.

09:01:52  24    Q.  Let's talk for a minute about the acoustic trigger.  You

09:01:59  25    mentioned earlier, obviously, that the MUX cables both are

5280

09:02:01  1   destroyed then the BOP cannot be activated from the rig, right?

09:02:06  2   A.  That is correct.

09:02:07  3   Q.  But there was a device available before April of 2010 that even

09:02:12  4   if the MUX cables were destroyed, somebody on the rig would be --

09:02:16  5   could activate the BOP remotely, correct?

09:02:19  6   A.  You're speaking of the acoustic system?

09:02:24  7   Q.  Is that what I'm talking about?

09:02:26  8   A.  I was trying to remember if this is where you started this

09:02:30  9   conversation.

09:02:30 10   Q.  Isn't there a device -- wasn't there a device available before

09:02:34 11   April 2010 that even if the MUX cables are gone, somebody on the

09:02:38 12   rig could still operate remotely the BOP, correct?

09:02:41 13   A.  There is, yes, there is an acoustic system.

09:02:44 14   Q.  And that is the acoustic trigger -- sometimes called the

09:02:49 15   acoustic trigger, correct?

09:02:50 16   A.  I would never call it that, yes, but there is --

09:02:52 17   Q.  What word would you use?

09:02:54 18   A.  Acoustic system.  It is a complete system, using acoustics to

09:03:00 19   send a signal to a transducer.

09:03:07 20   Q.  And if you had been on the rig on April 20th, 2010, and the MUX

09:03:11 21   cables had gone out, you would have wanted to have that acoustic

09:03:14 22   system available to you, wouldn't you, sir?

09:03:16 23   A.  No, I am not sure I would have because what I know of acoustic

09:03:21 24   systems:  Unreliable.  Most times when my men try to test them on

09:03:29 25   the rigs, they do not function.  So many issues with them.  I have

09:03:34  1    no reliability myself with acoustic systems.

09:03:38  2    Q.  So you would have just said, "Let it blow.  Let it blow.  I

09:03:42  3    don't even want a chance to operate this remotely."  That's your

09:03:46  4    testimony in this Court, sir?

09:03:48  5             MR. BAAY:  Your Honor, I object to that question as

09:03:50  6    argumentative.

09:03:50  7             THE COURT:  I sustain.

09:03:52  8             MR. DeGRAVELLES:  Let me rephrase the question.

09:03:53  9    BY MR. DeGRAVELLES:

09:03:54  10   Q.  Is it your testimony, sir, that if you're sitting on the rig on

09:03:57  11   April 20th, 2010, and your MUX cables, because they are a single

09:04:01  12   point of failure, have been destroyed in a single explosion, you

09:04:04  13   wouldn't want the chance to operate it remotely?

09:04:08  14   A.  I would, of course, want every chance possible.  The acoustic

09:04:12  15   system would not necessarily be the way I would go because I have

09:04:17  16   no trust in them.

09:04:18  17   Q.  I understand that you have no trust in them.  You read the

09:04:22  18   deposition of William LeNormand?

09:04:24  19   A.  Yes.

09:04:24  20   Q.  Who is William LeNormand?

09:04:27  21   A.  At that time, he was a service man for Cameron.

09:04:31  22            MR. DeGRAVELLES:  If we could pull up TREX 25113.  I

09:04:36  23   think the PDF number is 105, lines 3-9.

09:04:36  24   BY MR. DeGRAVELLES:

09:04:49  25   Q.  "QUESTION:  And you've had pretty good luck with the acoustic

09:04:52  1   trigger systems that y'all have out there --

09:04:55  2            "ANSWER:  To my --

09:04:56  3            "QUESTION:  -- in terms of customer complaints about

09:04:59  4   reliability and function?

09:05:00  5            "ANSWER:  To my knowledge."

09:05:03  6            And Mr. LeNormand would know, would he not, sir?

09:05:08  7   A.  I don't see he has a really affirmative answer here, but

09:05:12  8   apparently he's had no complaints back from his customers.

09:05:15  9   Q.  And as a service manager, he would be the person to receive

09:05:20 10   those, wouldn't he, sir?

09:05:22 11   A.  He should, yes.

09:05:25 12            MR. DeGRAVELLES:  And if we could, let's go to Ed Gaude's

09:05:29 13   deposition, 25199, I believe.  The PDF is 77, line 25 to 78, line

09:05:38 14   14.

09:05:38 15   BY MR. DeGRAVELLES:

09:05:42 16   Q.  Who is Ed Gaude?

09:05:45 17   A.  He is in the control systems group, also, at Cameron.

09:05:47 18   Q.  Would be familiar with the acoustic system and its reliability?

09:05:50 19   A.  He should be.

09:05:51 20            MR. DeGRAVELLES:  If we could go, then, to line 25 on

09:05:55 21   page 77 to 78, line 14.  Can you draw those out?

09:05:55 22   BY MR. DeGRAVELLES:

09:06:19 23   Q.  "QUESTION:  Okay.  And there is an alternative to that, isn't

09:06:23 24   there?  You can have an acoustic system, for example, can't you?

09:06:28 25            "ANSWER:  Acoustic system can -- could -- can be

09:06:33  1   installed on subsea stacks, that's --

09:06:37  2         "QUESTION:  Okay.

09:06:39  3         "ANSWER:  -- correct.

09:06:41  4         "QUESTION:  Cameron sells one, right?

09:06:43  5         "ANSWER:  We offer that and can quote that to customers.

09:06:47  6         "QUESTION:  Right.  Have you put any on?

09:06:50  7         "ANSWER:  Yes, sir.

09:06:51  8         "QUESTION:  And have you had good luck with them?

09:06:55  9         "ANSWER:  As far as I know.  I don't know of any problems

09:06:58 10   with it."

09:06:59 11         Did I read that correctly?

09:07:00 12   A.  Yes.

09:07:01 13   Q.  And Mr. Gaude would certainly be in a position to know also,

09:07:05 14   wouldn't he, since Cameron makes these?

09:07:08 15   A.  Well, yes, he is in the office relying on field personnel going

09:07:15 16   to rigs, testing acoustic systems, and having issues with them

09:07:19 17   operating.  So therefore, my trust level is not as high as these

09:07:25 18   gentlemen.

09:07:25 19   Q.  All right.  Once the MUX cables are destroyed, Mr. Childs, then

09:07:32 20   with respect to emergency functioning, you are totally dependent

09:07:35 21   upon the BSR, correct?

09:07:37 22   A.  Please rephrase that or state it again to make sure I have the

09:07:43 23   question right.

09:07:43 24   Q.  Once the MUX cables are gone and you are now totally dependent

09:07:48 25   upon one of the two emergency functions, correct?

09:07:51  1    A.  Yes, sir.

09:07:51  2    Q.  You are totally dependent because of the single point of

09:07:55  3    failure we've already discussed.  You're totally dependent on the

09:07:58  4    blind shear ram, correct?  Correct?

09:07:59  5    A.  You're dependent on the emergency systems that utilize the

09:08:02  6    blind shear ram.

09:08:02  7    Q.  Right, the emergency system functioning is dependent upon the

09:08:06  8    proper functioning of the blind shear ram, correct?

09:08:08  9    A.  Yes.

09:08:09 10    Q.  And the blind shear ram cannot center off-center pipe, correct?

09:08:14 11    A.  That is not correct.

09:08:15 12    Q.  It didn't, in your opinion, do it in this case, correct?

09:08:20 13    A.  It did not in this case because the pipe was forced off-center.

09:08:23 14    Q.  Let's talk about the battery issues, the battery systems that

09:08:31 15    were available as an alternative to the way this one was

09:08:37 16    configured.  First of all, when we're talking about emergency

09:08:39 17    functions, again, AMF or autoshear, we are talking about activation

09:08:45 18    that takes place in the blue or yellow pods, correct?

09:08:50 19    A.  The AMFs are in the pods.  The autoshear is somewhat separate,

09:08:57 20    it's a mechanical system on the LMRP.

09:09:00 21    Q.  With respect to the AMF, you need batteries functioning in the

09:09:04 22    blue and yellow or blue or yellow pod, correct?

09:09:09 23    A.  Yes.

09:09:10 24    Q.  And it is true that with respect to this BOP on the *Deepwater*

09:09:12 25    *Horizon*, there was no way to monitor or check these batteries

09:09:15  1   subsea, correct?

09:09:16  2   A.  There was no monitoring, that's correct.

09:09:18  3   Q.  And there was no way to recharge the batteries subsea, correct?

09:09:21  4   A.  They were not rechargeable batteries, that's correct.

09:09:24  5   Q.  And both BP and Transocean knew before April of 2010 of the

09:09:29  6   availability of rechargeable battery systems that allowed realtime

09:09:33  7   monitoring of the batteries that could have been used on the

09:09:36  8   *Deepwater Horizon*, correct?

09:09:37  9   A.  I know that Cameron had a newer system, the Mark III, that had

09:09:42 10   this capability.

09:09:43 11   Q.  All right.  And it is true that Cameron offered the Mark III

09:09:47 12   system to Transocean in January of 2009; isn't that true, sir?

09:09:52 13   A.  I don't have a recall on the date, but I know that there was a

09:09:55 14   quote or an offer, whatever you want to call it.

09:09:57 15   Q.  And so whether it was January 2009 or January 2008, you don't

09:10:02 16   know.  It was before April of 2010, though, correct?

09:10:05 17   A.  I believe that's correct.

09:10:08 18          MR. DeGRAVELLES:  Let's go, if we could, to TREX 4277,

09:10:16 19   PDF 4.

09:10:16 20   BY MR. DeGRAVELLES:

09:10:25 21   Q.  This is part of that quote, is it not, from Cameron to

09:10:31 22   Transocean describing the Mark III system, correct?

09:10:36 23   A.  Well, I can't say "correct" to that.  I can't see enough to

09:10:40 24   know what this is.

09:10:40 25   Q.  Let me just ask you then.  I'll ask you -- I will tell you that

09:10:45  1    this is what it is, and just ask you if you would comment on some

09:10:50  2    of the information in here.

09:10:51  3              With respect to the subsea electronic modular, SEM, the

09:10:55  4    highlighted part says, "On systems containing the Deadman feature,

09:10:59  5    a battery charger is included in the enclosure."  Do you see that?

09:11:04  6    A.  I do.

09:11:04  7    Q.  And that accurately describes one of the things that the

09:11:07  8    Mark III does, correct?

09:11:08  9    A.  That is a Mark III feature, yes.

09:11:10 10    Q.  And then if you can go to the next call-out.  Under solenoid

09:11:17 11    valve module, reading the highlighted portion.  "The SDM provides

09:11:21 12    the electrical drive for the solenoid valves and monitors the

09:11:25 13    integrity of the solenoid valves electrical circuit."  Did I read

09:11:28 14    that correctly?

09:11:29 15    A.  I believe so.

09:11:29 16    Q.  And that, again, is an option available -- not an option, that

09:11:35 17    is a part of the Mark III system, correct?

09:11:37 18    A.  That appears to be part of the Mark III system if this is what

09:11:42 19    this quote is about.

09:11:43 20    Q.  And then if we can go to the last call-out under Battery

09:11:49 21    Enclosure.  "A one atmosphere enclosure containing the rechargeable

09:11:52 22    batteries required to power the AMF/Deadman circuits when this

09:11:57 23    option is implemented."  Did I read that correctly?

09:12:00 24    A.  I believe you did.

09:12:01 25    Q.  So when we look at what's been described, and based on what you

5287

09:12:04 1   already know about the Mark III, you have a system which was

09:12:08 2   offered to Transocean which would have allowed both monitoring and

09:12:13 3   would have allowed the ability to recharge the batteries subsea,

09:12:18 4   correct?

09:12:18 5   A.  Again, assuming this is the quote, this is what was offered,

09:12:22 6   yes.

09:12:22 7   Q.  And in any event, this is a decision, again, that Transocean

09:12:32 8   made a conscious decision not to use the Mark III, correct?

09:12:36 9   A.  Yes, they evaluated what's available, they evaluated any risks

09:12:42 10  associated with this, and determined at the end to not move from

09:12:47 11  the perfectly functioning Mark II to the Mark III.

09:12:49 12  Q.  So you say they evaluated it and did a risk assessment.  You

09:12:53 13  don't know that, do you, sir?

09:12:54 14  A.  I know that they evaluated the system and we had a product

09:13:00 15  alert out on this system.

09:13:01 16  Q.  We had what?

09:13:02 17  A.  We, the industry had or Cameron had, excuse me, had language.

09:13:06 18  Q.  You, sir, to answer my question, you don't know whether

09:13:10 19  Transocean did a risk assessment on this before rejecting it; isn't

09:13:15 20  that true, sir?

09:13:16 21  A.  You would be correct that I wasn't involved in one, that is

09:13:20 22  correct.

09:13:20 23  Q.  Not just whether you were involved.  You don't know of any risk

09:13:22 24  assessment that Transocean did with respect to its decision to not

09:13:26 25  use the Mark III; isn't that true, Mr. Childs?

5288

09:13:28  1    A.  I don't know one way or the other exactly what they did.  They

09:13:32  2    did assess whether they should go with this new system.

09:13:34  3    Q.  They surely assessed it.  They said they don't want it, right?

09:13:38  4    A.  At the end of the day, they decided not to.

09:13:40  5    Q.  You don't know whether it's a formal risk assessment or not, do

09:13:43  6    you, sir?

09:13:43  7    A.  I don't know the depth of the risk assessment.

09:13:45  8    Q.  And, in fact, Transocean, as far as back as 2005, was so

09:13:51  9    concerned about the fact that their SEM batteries couldn't be

09:13:55 10    monitored or recharged, they actually asked Cameron about the

09:13:58 11    possibility of retro fitting their battery systems on the pods so

09:14:01 12    that they could be recharged; isn't that true, sir?

09:14:04 13    A.  I believe I remember there was a request if that could be done.

09:14:09 14    Q.  The answer to my question is:  Yes, that is true?

09:14:11 15    A.  Yes, they did ask if that was possible.

09:14:14 16    Q.  But they did not pursue this and they didn't buy the Mark III,

09:14:22 17    correct, sir?

09:14:23 18    A.  They did not buy the Mark III, that is correct.

09:14:27 19    Q.  Now, another possibility to have changed this BOP would have

09:14:37 20    been to purchase some new ram bonnets to accommodate the 5,000 psi,

09:14:42 21    which was psi pressure available to the *Deepwater Horizon* ram

09:14:47 22    blocks, correct?

09:14:47 23    A.  Yes, I know that there are 5,000 psi bonnets available.

09:14:52 24    Q.  And they could have chosen to use those, correct?

09:14:56 25    A.  My only issue right now is I don't remember when the

5289

09:14:58  1   5,000 psi's became available.  The 4,000s, of course, were

09:15:02  2   installed.

09:15:03  3   Q.  We're talking about 5,000, we're talking about before April

09:15:07  4   20th of 2010.  That was available to do or -- if BP and/or

09:15:12  5   Transocean had chosen to do that, correct?

09:15:14  6   A.  If they were available then, they would be available for them.

09:15:18  7   I don't know that they were available at that point in time.

09:15:20  8   Q.  And you don't know whether they weren't?

09:15:23  9   A.  I don't know either way, that's correct.

09:15:25  10  Q.  And if they were available, this would have given both the SBR

09:15:29  11  and the CSR an additional 1,000 psi of shearing power, correct,

09:15:34  12  Mr. Childs?

09:15:35  13  A.  Yes, that would have been the purpose.

09:15:38  14          MR. DeGRAVELLES:  If we could pull up D-3267, which is

09:15:42  15  TREX 23066.

09:15:42  16  BY MR. DeGRAVELLES:

09:15:46  17  Q.  So based on what we have talked about so far, it is true that

09:15:49  18  they could have ordered DVS rams and put them on the *Deepwater*

09:15:55  19  *Horizon* BOP, correct?

09:15:56  20  A.  They were available, yes.

09:15:57  21  Q.  And they could have chosen to put a second BSR ram on, correct?

09:16:03  22  A.  After the fact to add the second BSR would require to remove

09:16:09  23  something else or add another cavity, so it's not just, hey, we can

09:16:13  24  go add this piece.

09:16:14  25  Q.  They could certainly have chosen to use a second BSR ram if

09:16:19 1   they would've wanted to and make whatever accommodations they

09:16:21 2   needed to to get the benefits of the second BSR ram, correct, sir?

09:16:25 3   A.  Yes.  But not without looking at all of the ramifications,

09:16:27 4   including if the stack -- taller stack would have fit on the rig.

09:16:31 5   Q.  And you don't know, sir, do you, at any time between April

09:16:37 6   20th, that is to say -- I'm sorry.  After the original purchase of

09:16:42 7   this BOP and its installation on the *Deepwater Horizon* and up until

09:16:47 8   the time of this event, whether or not a formal risk assessment was

09:16:51 9   done on this particular issue?

09:16:54 10  A.  I don't know --

09:16:55 11  Q.  Correct, you do not know?

09:16:56 12  A.  Sorry, I don't know one way or the other, that's correct.

09:16:59 13  Q.  And another thing that could have been done for no expense is

09:17:03 14  that they could have -- people onshore up the chain of command

09:17:08 15  could have chosen CSR then BSR for the emergency functions,

09:17:12 16  correct?

09:17:12 17  A.  Well, there would have been some expense.  They would have had

09:17:16 18  to rewrite software, add accumulators --

09:17:19 19  Q.  *De minimus*?

09:17:20 20  A.  I'm sorry.

09:17:21 21  Q.  *De minimus* expense, would you agree, sir?

09:17:23 22  A.  I don't know the level of expense.  Depends on the addition of

09:17:27 23  how many bottles.

09:17:28 24  Q.  How long it would take to reprogram the computer?

09:17:30 25  A.  That would be fairly minimal I would think.

5291

09:17:32   1    Q.  And then they could have chosen acoustic trigger, correct?

09:17:36   2    A.  Yes.

09:17:38   3    Q.  And they could have chosen rechargeable batteries with realtime

09:17:42   4    monitoring, correct?

09:17:43   5    A.  Yes.  Again, they were available if they could have been fit in

09:17:49   6    the system.  I read a document where they weren't sure they could

09:17:52   7    fit them within the system, so it would require a more major change

09:17:55   8    to go to rechargeable batteries.

09:17:57   9    Q.  And assuming -- and you don't know whether they were available

09:18:00  10    or not before April 20th of 2010, but assuming they were, then they

09:18:04  11    could have used -- could have had the 5,000 psi accumulator

09:18:08  12    pressure, correct, by purchasing a new ram bonnet, correct?

09:18:14  13    A.  Yes, they already had the 5,000 psi accumulator pressure.

09:18:18  14    Q.  But they could have purchased the ram bonnets to accommodate

09:18:21  15    the 5,000 psi that was available to the *Deepwater Horizon* ram

09:18:25  16    blocks, correct?

09:18:26  17    A.  Yes, with the assumption that the 5,000 psi bonnets existed,

09:18:30  18    they could have been installed.

09:18:31  19    Q.  We've talked about --

09:18:37  20            MR. DeGRAVELLES:  You can pull that down.

09:18:37  21    BY MR. DeGRAVELLES:

09:18:37  22    Q.  We've talked about the things that Transocean and BP didn't do

09:18:44  23    in terms of changing the BOP from the time it was built until the

09:18:48  24    time of this event.  Let's talk about the changes that BP and

09:18:53  25    Transocean did make to the BOP.

5292

09:18:55  1            Do you agree, sir, that in 2004 the bottom variable bore

09:19:04  2   ram or VBR was changed from a VBR that was capable of being used

09:19:08  3   for well control to a test ram?

09:19:11  4   A.  Yes, I am aware of that.

09:19:13  5   Q.  And you are aware that the reason that that conversion was made

09:19:16  6   was to save BP both time and money?

09:19:18  7   A.  I looked at it differently.  I saw that they -- BP made the

09:19:26  8   request, and I saw that Transocean did a management of change,

09:19:28  9   which is like a risk assessment, and at the end of this determined

09:19:32  10  they could change per BP's request to change that to a test ram.

09:19:36  11  Q.  You do agree that -- the reason for the change was to save BP

09:19:40  12  time and money, correct?

09:19:41  13  A.  Yes.  The test ram is used to test against to avoid a trip of

09:19:47  14  the drill pipe.

09:19:48  15  Q.  Which saved BP time and money?

09:19:51  16  A.  Which saves time.

09:19:52  17  Q.  And money?

09:19:53  18  A.  Time is money.

09:19:53  19  Q.  Exactly.  Time is money offshore, correct?

09:19:56  20  A.  It is expensive offshore, that is correct.

09:19:58  21  Q.  And when you're saving time, you are necessarily saving money,

09:20:01  22  correct, sir?

09:20:01  23  A.  It's also safer, less trips, et cetera.

09:20:05  24  Q.  Okay.  If you could just answer my question.  Time is money

09:20:08  25  offshore, and you save time, you save money, correct?

5293

09:20:11  1    A.  If you save time, you are saving money in getting the well

09:20:17  2    drilled quicker.

09:20:18  3    Q.  And once this ram was converted to a test ram, it could no

09:20:22  4    longer be used for well control, correct?

09:20:24  5    A.  Correct.  It's sealing in the opposite direction now.

09:20:27  6    Q.  And both BP and Transocean agreed that this made it less safe

09:20:31  7    because it destroyed redundancy and increased their risk profile;

09:20:35  8    isn't that true, sir?

09:20:37  9    A.  I don't remember reading anything like that, so if you've got

09:20:41  10   it, you could show me.

09:20:42  11   Q.  I intend to.

09:20:43  12         MR. DeGRAVELLES:  Let's pull up TREX 6120.

09:20:43  13   BY MR. DeGRAVELLES:

09:20:56  14   Q.  Do you agree that this is a letter from Transocean to BP which

09:21:00  15   is dated October 11th, 2004?

09:21:04  16   A.  Yes, I see that.

09:21:05  17   Q.  And do you agree that the subject is:  "Letter agreement for

09:21:09  18   conversion of VBR to a test ram"?

09:21:12  19   A.  Yes, I see that.

09:21:14  20         MR. DeGRAVELLES:  If we could go to the last paragraph,

09:21:16  21   first sentence of the last paragraph.  Call that up.

09:21:16  22   BY MR. DeGRAVELLES:

09:21:26  23   Q.  "Company," and company in the context of this letter means BP,

09:21:29  24   correct?

09:21:33  25   A.  It appears to be correct.

5294

09:21:34  1    Q.  "Company acknowledges that the conversion will reduce the

09:21:38  2    built-in redundancy of the BOP, thereby potentially increasing

09:21:42  3    contractor's risk profile and corresponding cost structure."  Did I

09:21:47  4    read that correctly?

09:21:48  5    A.  I believe so.

09:21:48  6    Q.  And that's, then, the answer to my earlier question is:  Yes,

09:21:53  7    it did reduce redundancy and it did increase the risk profile and

09:21:59  8    both parties knew it, correct?

09:22:00  9    A.  By this letter, yes.  By this letter, it took one sealing ram

09:22:05  10   away.

09:22:05  11   Q.  But to answer my question, which was not about taking one

09:22:08  12   sealing ram away, it was about both parties knew that it reduced

09:22:12  13   redundancy and increased the risk profile, correct?

09:22:15  14   A.  Yes, as you just read this.  The first time I've seen this

09:22:18  15   particular letter.

09:22:19  16   Q.  Know any reason why you weren't provided that as part of your

09:22:23  17   work up, sir, as a Transocean expert?

09:22:26  18   A.  No, I read everything in dealing with the MOC or management of

09:22:32  19   change.

09:22:36  20   Q.  Now, there was also a stab panel on the lower VBR that would

09:22:41  21   allow the ROV to activate the BOP subsea, correct?

09:22:45  22   A.  Yes.

09:22:47  23   Q.  And when they converted the bottom VBR to a rest ram, somebody

09:22:52  24   forgot to reroute the stab panel to a functioning VBR; isn't that

09:22:56  25   true, sir?

5295

09:22:57   1   A.   Yes.   There was a step missed.

09:22:59   2   Q.   And that was an oops, wasn't it?

09:23:02   3   A.   They missed moving the functions around, yes.

09:23:05   4   Q.   Was that TO's oops or was that BP's oops?

09:23:09   5   A.   If you work on the stack, of course, it's done by Transocean,

09:23:12   6   so Transocean that did not move the hoses around.

09:23:16   7   Q.   And that was a serious mistake, wasn't it, sir?

09:23:20   8   A.   I wouldn't call it serious.   It did affect us in the

09:23:23   9   intervention afterwards, not knowing which ram they were closing.

09:23:26  10   Q.   Right, in fact, two days after when they tried to stab it with

09:23:29  11   the ROV, it didn't work and nobody could figure it out, right?

09:23:33  12   A.   Yes, that's when they went back to the drawings and found out

09:23:37  13   what it really was.

09:23:38  14   Q.   And you don't think that's serious?

09:23:40  15   A.   It was serious in the intervention time, yes.

09:23:44  16   Q.   Serious mistake, wasn't it, sir?

09:23:46  17   A.   In the intervention time it was, as you called it, an oops.

09:23:49  18   Q.   Let's talk for a moment about the second change to the

09:23:55  19   *Deepwater Horizon* BOP.   In 2006, BP asked that the lower annular be

09:24:01  20   converted to a stripping annular, correct?

09:24:03  21   A.   Yes, I remember that.

09:24:08  22   Q.   And that reduced the lower annular pressure capacity from

09:24:15  23   10,000 psi to 5,000 psi, correct?

09:24:17  24   A.   Yes.   While adding stripping capability.

09:24:21  25   Q.   Right.   While adding stripping capability that saved time and

OFFICIAL TRANSCRIPT

5296

09:24:25   1   money for BP, correct?

09:24:27   2   A.  It provided a function that they actually needed for well

09:24:32   3   operations.

09:24:32   4   Q.  But by doing this way, by making this a stripping annular, that

09:24:36   5   saved BP time and money, didn't it, sir?

09:24:39   6   A.  I'm not making that direct connection.  It's allowing another

09:24:43   7   function to be done.  You could not strip everything you wanted to

09:24:48   8   strip without adding this, so it added a function.  One annular is

09:24:53   9   all that's required, so having the other one capable of stripping

09:24:59  10   is an added feature.

09:25:01  11   Q.  It reduce redundancy, it increased risk, right?

09:25:06  12   A.  It took away one annular to 10,000 and dropped it to 5,000 psi.

09:25:12  13   Q.  Therefore, reduced redundancy and increased risk, right, sir?

09:25:16  14   A.  It reduced redundancy that the stack had but not below

09:25:21  15   requirement.

09:25:21  16   Q.  But I am not asking about requirements, I am asking you to

09:25:24  17   answer my question.  It reduced redundancy and increased risk,

09:25:28  18   didn't it, sir?

09:25:29  19   A.  We've gone through this several times here.  You had two, now

09:25:32  20   you have one that does ten and the other one that does 5,000.

09:25:36  21   Q.  Please answer my question.  It reduced redundancy and increased

09:25:41  22   risk, didn't it, sir?

09:25:42  23   A.  Well, I am struggling with the increased risk because we've

09:25:46  24   added a function that helps.  We've lowered the risk when we have

09:25:50  25   the need to strip.

5297

09:25:52  1   Q.  But you have also reduced the capacity from 10,000 to

09:25:58  2   5,000 psi, correct, sir?

09:25:59  3   A.  You have reduced the pressure rating of the lower annular.

09:26:02  4   We've established that a couple of times, yes.

09:26:04  5   Q.  Now, Transocean, you said yesterday several times, when you're

09:26:10  6   going to make a change like this, you need to do a formal risk

09:26:13  7   assessment.  That's what the standard requires, true?

09:26:16  8   A.  You need to understand before you change.

09:26:18  9   Q.  If you would answer my question, sir.  My question was:  It is

09:26:22 10   true, you said yesterday under oath, that if you're going to make a

09:26:26 11   change like this, you need to do a formal risk assessment; isn't

09:26:29 12   that true?

09:26:29 13   A.  Yes.  I don't know if I used the words "formal risk

09:26:33 14   assessment."  Yes, you need to evaluate.

09:26:35 15   Q.  You said, "Either a memorandum of change or a formal risk

09:26:38 16   assessment."  You don't remember saying that?

09:26:40 17   A.  I don't remember my exact words.

09:26:42 18   Q.  Did you say words to that effect, sir?

09:26:44 19   A.  Words to that effect, yes.

09:26:45 20   Q.  And in this case, Transocean did not do a formal risk

09:26:48 21   assessment, did they, sir?

09:26:50 22   A.  They did a management of change, which includes an assessment

09:26:56 23   of the change from 10,000 psi, non-stripping annular, to a

09:27:03 24   5,000 psi rated stripping annular.

09:27:05 25   Q.  If you could answer my question, sir.  They didn't do a formal

5298

09:27:09  1   risk assessment, did they, sir?

09:27:11  2   A.  Well, I guess we would -- I'm sorry.  I am struggling with this

09:27:14  3   because we would have to define formal risk assessment.  Part of

09:27:18  4   doing a management of change is doing a risk assessment of the

09:27:23  5   change.  That's why you do the management of change.

09:27:28  6            MR. DeGRAVELLES:  Let's pull up TREX 1870.

09:27:28  7   BY MR. DeGRAVELLES:

09:27:30  8   Q.  And while we're doing that, formal risk assessment has meaning

09:27:35  9   to Transocean, does it not, Mr. Childs?

09:27:37 10   A.  I would assume so, yes.

09:27:40 11   Q.  And you don't know what that means then?

09:27:42 12   A.  I can't know what every person thinks of when you say the words

09:27:48 13   "formal risk assessment."

09:27:50 14   Q.  You can't tell us what your client in this case means by the

09:27:54 15   words "formal risk assessment"?

09:27:55 16   A.  I know what I think it is.

09:27:57 17   Q.  To answer my question, you don't know what your client in this

09:28:01 18   case means by "formal risk assessment," correct?

09:28:03 19   A.  I don't know precisely what they would define it as.

09:28:08 20   Q.  If we could focus on the top, do you recognize this as a Change

09:28:13 21   Proposal by Transocean on the *Deepwater Horizon*?

09:28:17 22   A.  Yes.

09:28:17 23   Q.  And do you note that it was done on March 9th of 2006?

09:28:23 24   A.  I see that date.

09:28:24 25   Q.  And if --

5299

09:28:26  1          MR. DeGRAVELLES:  Can you highlight "present condition"?

09:28:26  2   BY MR. DeGRAVELLES:

09:28:32  3   Q.  "Present condition.  What is the problem:  BP requests to

09:28:36  4   install an 18-3/4" annular stripper packer to enable 6-5/8 drill

09:28:44  5   pipe to be stripped with the annular closed."  So did I read that

09:28:47  6   correctly?

09:28:48  7   A.  Close.

09:28:48  8   Q.  What did I miss?

09:28:50  9   A.  Word "enable" I think.

09:28:53  10  Q.  Okay.  I stand corrected.  Does the next sentence say:  "The

09:28:58  11  pressure limit for the annular is 5,000 psi as opposed to the

09:29:01  12  10,000 psi of the regular packer"?

09:29:04  13  A.  Yes, that's correct.

09:29:05  14  Q.  "This is to be installed in the lower annular only, allowing

09:29:09  15  for using the upper annular to accomplish 10,000 psi test."  Did I

09:29:15  16  read that correctly?

09:29:15  17  A.  Yes, sir.

09:29:16  18  Q.  Now, on the bottom, which we have highlighted, there is a

09:29:20  19  section, "Formal risk assessment recorded (attach if necessary),"

09:29:26  20  and the "no" block is checked.  Correct, sir?

09:29:30  21  A.  I see that.

09:29:32  22  Q.  That's the first time you've seen this document, isn't it, sir?

09:29:35  23  A.  I have seen the cover for sure, and I think I've seen the whole

09:29:40  24  document.  Do not recall that note that you just brought out to me.

09:29:49  25  Q.  Now having seen it, you would agree with me that there was no

09:29:49  1   formal risk assessment done for this change; isn't that true, sir?

09:29:51  2   A.  According to this, again, what was their definition of a formal

09:29:55  3   risk assessment.  They did an assessment of what this change would

09:29:58  4   do and at the sum total of this, they decided the change could be

09:30:02  5   made.

09:30:02  6   Q.  But answering the question I asked, regardless of what they

09:30:05  7   meant by "formal risk assessment," which you told us you don't

09:30:07  8   know, regardless of what Transocean -- whatever they meant by it,

09:30:11  9   they didn't do it, correct?

09:30:13 10   A.  Correct.  They defined what they did as not apparently a formal

09:30:17 11   risk assessment.

09:30:18 12   Q.  All right.  And if we can pull up D-3266, which is TREX 23065.

09:30:26 13   So to summarize -- we've talked about the changes that weren't

09:30:29 14   made.  Let's talk about the changes that were made by BP and

09:30:32 15   Transocean to this BOP.  One was to convert the lower VBR to a test

09:30:37 16   ram, correct?

09:30:37 17   A.  Correct.

09:30:38 18   Q.  Which you've conceded eliminated redundancy, correct?

09:30:41 19   A.  It eliminated one wellbore sealing ram.

09:30:45 20   Q.  And it lowered the safety profile, correct?  Correct?

09:30:51 21   A.  It left them with two sealing VBRs instead of three, so it's

09:30:58 22   one less than they had, if you want to call that lowering a

09:31:01 23   profile.

09:31:01 24   Q.  Well, that's what they said in the letter that I showed you

09:31:05 25   which you had not seen, correct?

5301

09:31:07  1    A.  Okay.  Yes.

09:31:07  2    Q.  And the ROV stab port was not rerouted, correct?

09:31:11  3    A.  That was correct.

09:31:12  4    Q.  And this change saved BP time and money, correct?

09:31:15  5    A.  Yes, the use of the test ram is to save tripping time.

09:31:19  6    Q.  And with respect to the change of the lower annular to the

09:31:22  7    stripping annular, it reduced the pressure rating from 10,000 psi

09:31:26  8    to 5,000 psi, correct?

09:31:28  9    A.  Yes, it did.

09:31:28 10    Q.  And you disagree that it saved BP time and money?

09:31:33 11    A.  I struggle with that, because it added features that they

09:31:36 12    needed, so it helped them do a better job on the well.  So it

09:31:42 13    wasn't done for time or money; it was done to add a feature, as far

09:31:46 14    as I can see.

09:31:46 15    Q.  Regardless of what the intention was, it did save them time and

09:31:50 16    money, though, did it not, sir?

09:31:52 17    A.  I can't make that direct connection.

09:31:57 18    Q.  Okay.  I understand.  You can pull that down.  Let's talk for a

09:32:02 19    moment about the service that you talked about that WEST provides

09:32:07 20    to customers like BP and others, that you yourself do, which is

09:32:13 21    going out to rigs and involving yourself in hazardous operations,

09:32:17 22    meetings about BOPs, hazardous identification and things like that.

09:32:22 23    What do you call that generically?

09:32:24 24    A.  We do equipment assessments.  We call it assessing or surveys.

09:32:30 25    Our men are called surveyors.

09:32:33  1    Q.  And do you do that yourself or just your men?

09:32:36  2    A.  Not anymore.  I've just been managing that for the last seven,

09:32:41  3    eight years.  I haven't done an assessment in quite a few years.

09:32:44  4    Q.  But you have done it in the past, correct?

09:32:45  5    A.  Yes, I would not allow my men to go out there without me having

09:32:49  6    done it as well to show them and tell them about it.

09:32:52  7    Q.  Do I understand that you actually did it on the Thunder Horse,

09:32:56  8    BP's rig?

09:32:57  9    A.  I never went to the Thunder Horse.  My involvement with Thunder

09:33:00  10   Horse was all the meetings onshore.

09:33:02  11   Q.  But you were involved in risk assessments of the BOP on the

09:33:05  12   Thunder Horse?

09:33:05  13   A.  Yes, I was.

09:33:06  14   Q.  And also involved in the risk assessments at other BP wells

09:33:10  15   like Kaskida?

09:33:12  16   A.  In Kaskida, my involvement there was more in meetings, not in a

09:33:18  17   true risk assessment.

09:33:19  18   Q.  Meetings of the type that we talked about where you come in and

09:33:22  19   talk about hazard identification, hazardous removal, mitigation,

09:33:28  20   that kind of thing?

09:33:29  21   A.  As I remember, we were discussing various questions like if

09:33:33  22   this happened, what would we do.  So it's similar to a risk

09:33:36  23   assessment, but it was very isolated questions we were talking

09:33:39  24   about.

09:33:40  25   Q.  In any event, you've never done that on the *Deepwater Horizon*

09:33:44  1   or you never did it on the *Deepwater Horizon*, correct, sir?

09:33:46  2   A.  I was involved in a very early-on risk assessment performed on

09:33:52  3   the *Horizon* when it was still a Reading and Bates rig.

09:33:56  4   Q.  I think you mentioned that yesterday, that was like in 2000 or

09:33:59  5   something like that?

09:34:00  6   A.  I don't know if we mentioned the date, but there is a risk

09:34:02  7   assessment, the rig wasn't even out of the shipyard yet, we were

09:34:06  8   already assessing both the circuitry and doing some HAZOPs and

09:34:12  9   HAZIDs to determine operational issues and help develop the system.

09:34:16 10   Q.  And I think you said yesterday something about it should have

09:34:20 11   been this way or it should work, and that's -- the "should" part of

09:34:24 12   it was because it was brand spanking new and it hadn't been used,

09:34:28 13   correct?

09:34:28 14   A.  Right.  Now you're talking about after the assessment.  I was

09:34:32 15   talking about when my man Gary Eastveld went to the rig, after him

09:34:37 16   seeing the rig and being involved in the systems, he is giving a

09:34:41 17   prediction, yes, that this should be correct, this should work

09:34:45 18   fine.

09:34:46 19   Q.  In any event, after that point, you did not do any kind of risk

09:34:49 20   assessment or hazard identification meetings or anything like that

09:34:54 21   on the *Deepwater Horizon*, correct?

09:34:55 22   A.  I think we had a man visit the rig one more time, but, no, we

09:34:59 23   weren't involved continually in assessing the rig.  WEST, we were

09:35:04 24   not involved.

09:35:05 25   Q.  Incidentally, the Thunder Horse for BP has DVS rams, does it

5304

09:35:09  1  not, sir?

09:35:10  2  A.  I don't have that recollection.

09:35:14  3  Q.  Do you recall that it's not so, or you just don't remember one

09:35:17  4  way or the other?

09:35:18  5  A.  No, I do recall right now.  Well, I better not.  No, I don't

09:35:25  6  know absolutely what rams it has.

09:35:27  7  Q.  And you mentioned yesterday, too, that the BP has hired your

09:35:34  8  company to have consultants to come onto the rig and stay full time

09:35:39  9  to troubleshoot and to consult on BOP issues, correct?

09:35:42 10  A.  Yes.  We have a men that rotate that are there for anything

09:35:46 11  that comes up related to blowout prevention equipment.

09:35:50 12  Q.  That was never done on the *Deepwater Horizon*, was it, sir?

09:35:53 13  A.  No.  This having men on the rig full time has only started in

09:35:59 14  the last two years or so.

09:36:00 15  Q.  So this service that you offer began -- it's your testimony

09:36:05 16  began after the *Deepwater Horizon* blowout?

09:36:08 17  A.  What basically happened, as everybody knows, the industry got

09:36:12 18  very busy, and our customers would call and ask for a man to come

09:36:17 19  to their rig, and I would have to say, we don't have anybody

09:36:21 20  available.  So to avoid that issue, we said, okay, we'll take care

09:36:24 21  of it, we want to hire two of your guys full time.  That way, we

09:36:27 22  don't have to miss having somebody out there.

09:36:30 23  Q.  To answer my question, that service began after the *Deepwater*

09:36:34 24  *Horizon* event?

09:36:34 25  A.  Yes.  As I stated, it was something that occurred later.

5305

09:36:36  1   Q.  Now, did I understand you to say yesterday that WEST was also

09:36:40  2   hired to give regulatory advice about whether BOPs met legal

09:36:45  3   requirements?

09:36:46  4   A.  Yes.  When we do assessments, we are checking the equipment

09:36:50  5   against regulatory issues, local -- other local issues, API,

09:36:55  6   et cetera.

09:36:55  7   Q.  And that was not done by WEST for the *Deepwater Horizon*,

09:36:59  8   correct, sir?

09:37:00  9   A.  A little bit in that assessment that Mr. Eastveld did, and I

09:37:06 10   think Ben Bradford also went to the rig.  And when he would have

09:37:09 11   been there, he also would have been assessing against these same

09:37:12 12   documents, these same regulations and API.

09:37:15 13   Q.  You said WEST did do that, sir?

09:37:17 14   A.  They were -- part of the assessment we do includes questions

09:37:20 15   about -- or that come from regulatory requirements or come from OEM

09:37:25 16   requirements, come from API requirements.

09:37:27 17   Q.  To answer questions, is that what you just said, to answer

09:37:31 18   questions about regulatory requirements?

09:37:32 19   A.  They -- the men that do the assessments have very particular

09:37:38 20   issues and questions they do ask and they do involve, as you say,

09:37:42 21   regulatory and API.

09:37:44 22   Q.  Let's talk about -- let's change subjects for a moment and talk

09:37:48 23   about Transocean's maintenance program as it pertained to the BOP.

09:37:54 24   First of all, is it true that Transocean, in concert with BP, had

09:37:58 25   the obligation to ensure that the BOP met regulatory requirements?

5306

09:38:03  1    A.  Yes.

09:38:06  2    Q.  Is it true that Transocean, with input from BP, had the

09:38:11  3    responsibility to maintain the BOP?

09:38:14  4    A.  Yes.  We've all agreed that, of course, Transocean maintains

09:38:18  5    their equipment.

09:38:18  6    Q.  With input from BP?

09:38:21  7    A.  Always input between well times, whatever you want to call that

09:38:27  8    period between wells, the service that is done during that time,

09:38:30  9    it's a collaborative effort.

09:38:31  10   Q.  And if you're looking at the maintenance issue in this case,

09:38:35  11   you only looked at selected documents; isn't that true, sir?

09:38:40  12   A.  Well, there's several things we've done.

09:38:43  13   Q.  Can you answer my question first, and then you can explain if

09:38:46  14   you need to.  You looked at selected documents only, correct?

09:38:50  15   A.  I have looked at -- yes, I have looked at every document of the

09:39:00  16   752 issues we detailed yesterday.  Prior to that, I did not look at

09:39:07  17   every document that was pulled by the maintenance crew.  I looked

09:39:12  18   at those that pertained to the equipment that I was most interested

09:39:14  19   in.

09:39:15  20   Q.  You didn't look at all of the RMS documents even as they

09:39:18  21   pertained to BOPs, correct, sir?

09:39:21  22   A.  I looked at every -- yes, sir, I looked at every document

09:39:25  23   dealing with the bonnets, the rams, ram testing, ram maintenance.

09:39:32  24   Q.  But not all of the BOP documents, correct, sir?

09:39:36  25   A.  I guess I would have -- I'm sorry, I would have to define "BOP

5307

documents."  I didn't look at --

Q.  RMS documents dealing with maintenance or repair of the BOP, you looked at only some of them; isn't that true, Mr. Childs?

A.  I looked at every RMS document we for the last five years.

Q.  You did not look at the records to determine whether the three pods had been overhauled by the manufacturer every five years, did you?

A.  We looked at -- yes, we looked at --

Q.  Is the answer yes, you did not look at those; isn't that true?

A.  Yes, I looked at documents that did detail which SEMs, which pods went for service at which point in time.

Q.  If we could pull page 525, line 21 to 526, line 2.  And this looks like another situation, we are going to have to use the PDF number if you can transpose it.  I am going to give up on this one.

        Let's talk for a minute about the Transocean documents that you may or may not have looked at with respect to the BOP.  First of all, were you aware that in April 2005 ModuSpec had done an audit which included an inspection of the BOP?

A.  I have seen the ModuSpec audit, yes, sir.

Q.  And if we could then go to TREX 80, PDF page 15.  In the executive summary, sir, does it say:  "Overall, the BOP was beyond the original equipment manufacturer's recommended interval for major service requiring the changing of all seals in the hydraulic systems"?  Did it say that?

A.  I think you read it correctly.

5308

09:42:16  1    Q.  I am not asking whether I read it correctly this time.  I'm

09:42:20  2    asking you is that what the executive summary said?  You said you

09:42:23  3    read the document, right?

09:42:24  4    A.  But I did not memorize the document, so I am reading it now

09:42:28  5    again.

09:42:29  6    Q.  All right.

09:42:29  7    A.  Yes, that's what it says.

09:42:31  8    Q.  And do you remember that being a part of the executive summary

09:42:34  9    that you read when you did read it, sir?

09:42:36 10    A.  Again, I did not memorize the document.  It's been a few years,

09:42:40 11    but, yes --

09:42:41 12    Q.  You don't have any reason to think that that's not in the

09:42:44 13    executive summary, correct?

09:42:44 14    A.  No, I believe it's right there.

09:42:46 15    Q.  And then going on, the recommended interval is three years with

09:42:53 16    a five-year interval for disassembly, hardness and dimensional

09:42:56 17    inspection, correct?

09:42:56 18    A.  Yes.

09:42:57 19    Q.  And it was noted that the certificate of compliance was out of

09:43:00 20    date, correct?

09:43:00 21    A.  Actually, it says would soon be out of date.

09:43:04 22    Q.  Will soon be out of date, correct?

09:43:06 23    A.  Yes.

09:43:06 24    Q.  Right?

09:43:07 25    A.  That's what it says.

09:43:08   1    Q.  And if we could go to page 16.  Under "Conclusion," the

09:43:13   2    highlighted portion says, "A maintenance program of major equipment

09:43:17   3    refurbishment needed to be established."  Did I read that

09:43:21   4    correctly?

09:43:22   5    A.  Yes.

09:43:22   6    Q.  Did you agree with that?  Do you agree with that as of 2005

09:43:27   7    April?

09:43:27   8    A.  I am not sure of the full context here why they said that,

09:43:30   9    because there is a maintenance program in place.

09:43:32  10    Q.  So you disagree with what ModuSpec and the inspection audit

09:43:37  11    says, correct?

09:43:38  12    A.  Again, without reading the entire document again and getting

09:43:41  13    the details of why they said it this way, of course, a maintenance

09:43:44  14    program already exists, so I am not sure why they're saying it this

09:43:49  15    way.

09:43:49  16    Q.  And it says also:  "The system is modern, efficient and safe,

09:43:54  17    but will require a total overhaul and renewed certificate of

09:43:59  18    compliance to prevent downtime failures due to lack of

09:44:03  19    maintenance."  Correct?

09:44:03  20    A.  That's what written there, yes.

09:44:08  21    Q.  And you agree with that as of April 2005?

09:44:10  22    A.  That it's modern, efficient and, as any system would, it would

09:44:16  23    require further inspection and maintenance, of course.

09:44:22  24    Q.  Do you agree with the part of the sentence that says, "will

09:44:24  25    require a total overhaul and renewed certificate of compliance to

09:44:29  1   prevent downtime failures due to lack of maintenance"?

09:44:34  2   A.   That's -- well, I am struggling with why they wrote it this

09:44:38  3   way.   Of course you do the maintenance to avoid the downtime.

09:44:41  4   Q.   Do you agree or disagree with it as it is written, sir?

09:44:44  5   A.   I agree that you do maintenance to avoid downtime, yes.

09:44:49  6   Q.   Other than that, you disagree with it, correct?

09:44:51  7   A.   It's written a little strangely for me.

09:44:54  8   Q.   Let's go TREX 6166.   There was a BP audit done in January of

09:45:00  9   2008, correct?

09:45:01 10   A.   Yes, this says 2008.

09:45:06 11   Q.   Does looking at this refresh your recollection?

09:45:10 12   A.   Yes.

09:45:10 13   Q.   And if we can go to page six.   "The last five yearly

09:45:27 14   inspections of the high-pressure choke and kill hoses comprised a

09:45:30 15   visual onboard inspection only; this is significantly different to

09:45:35 16   the requirements of Transocean's five-year maintenance procedure."

09:45:38 17   Do you see that?

09:45:38 18   A.   I do.

09:45:39 19   Q.   You agree with that?

09:45:41 20   A.   I agree that's what this says.   I wasn't there, so I don't know

09:45:45 21   if all of this is correct.   But, yeah, that's what it says.

09:45:48 22   Q.   You weren't there for all of the things you said about

09:45:50 23   yesterday, and yet you were trumpeting how -- what a great

09:45:55 24   maintenance program they had, right?   You weren't there for that?

09:45:58 25             MR. BAAY:   Your Honor, object to that question as

09:46:00  1    argumentative.

09:46:00  2              THE COURT:   Overruled.

09:46:02  3    BY MR. DeGRAVELLES:

09:46:03  4    Q.  True, sir?

09:46:03  5    A.  In each of those cases, I was able to go see more

09:46:06  6    documentation.

09:46:07  7    Q.  But you're looking at documentation from a BP audit of

09:46:11  8    January 2008, and you tell me you're not able to agree with that

09:46:14  9    because you weren't there?

09:46:15 10    A.  I would like to see all of this in context and see the rest of

09:46:19 11    the information.

09:46:19 12    Q.  Are you telling me this is the first time you've seen this

09:46:22 13    document?

09:46:23 14    A.  No, you're reading that into that.  I do not remember the

09:46:26 15    entire document, and without reading the rest of it and

09:46:30 16    understanding all that they saw, I would not want to complete the

09:46:34 17    comment on this without having the rest of the information.

09:46:37 18    Q.  Do you agree with the part that says, "certification or other

09:46:41 19    documentary evidence to demonstrate that the BOP has been subject

09:46:44 20    to five-year recertification inspection could not be produced"?  Do

09:46:49 21    you agree with that?

09:46:50 22    A.  I have no reason to believe they could not find it at that

09:46:53 23    time, no, it says that.

09:46:55 24    Q.  You have no reason to doubt that, correct?

09:46:57 25    A.  No, that they couldn't find it at that time, that's true.

5312

09:47:00  1    Q.  It doesn't say they couldn't find it; it says they could not be

09:47:04  2    produced.  You have no reason to doubt that, correct?

09:47:06  3    A.  I am reading what you're reading, sir, that's what it says.

09:47:09  4    Q.  That's not the question I asked, sir.

09:47:11  5    A.  That's what it says.

09:47:12  6    Q.  I am not asking what it says.  Do you have any reason to

09:47:16  7    disagree with that statement, sir?

09:47:17  8    A.  I can't agree or disagree.  I have no background on this, no

09:47:23  9    background on this particular statement.

09:47:25 10    Q.  Go to page eight, the bottom, extending onto page nine.

09:47:31 11    "Overdue critical maintenance for most disciplines was considered

09:47:37 12    acceptable; however, the 212 days overdue yearly drawworks NDT

09:47:41 13    inspection was excessive, whilst the subsea department had

09:47:45 14    significant overdue critical maintenance, some by as much as one

09:47:50 15    year."  Did I read that correctly?

09:47:51 16    A.  I believe so.

09:47:53 17    Q.  You agree with that?

09:47:54 18    A.  Do I agree that they had all of these issues?  I agree that

09:48:01 19    they saw this.  I don't know what they're defining as critical

09:48:04 20    overdue maintenance.  Again, I don't know one way or the other what

09:48:07 21    the rest of this based on.

09:48:09 22    Q.  You have no reason to disagree with it, do you, sir?

09:48:12 23    A.  I can't disagree.  Of course.  I wasn't there.

09:48:15 24    Q.  Let's go to page nine then.  "Although raised during previous

09:48:22 25    audits, there is a still a tendency to close out maintenance

5313

09:48:26  1   routines even though not all tasks or sometimes no tasks have been

09:48:30  2   completed."  Did I read that correctly?

09:48:32  3   A.  I believe so.

09:48:33  4   Q.  What does "close out maintenance" mean?

09:48:38  5   A.  This I do have some memory on from this.  We closed out some --

09:48:44  6   "we" being Transocean in this case -- closed out some that were

09:48:47  7   redundant.  So, yes, there were some close out without having been

09:48:51  8   completed, because there was another entry that covered that same

09:48:55  9   bit of maintenance.

09:48:55  10  Q.  What this is saying, is it not, sir, that there is a tendency

09:49:00  11  to say that you did something that you didn't do; isn't that true,

09:49:03  12  sir?

09:49:04  13  A.  That's the way this is written.  And what we saw was that there

09:49:09  14  were items closed, they would not have had "I did this work" signed

09:49:14  15  on, because we didn't, because this was a duplicate of another

09:49:17  16  input.

09:49:20  17  Q.  You're saying you saw paperwork that it was done, correct?

09:49:23  18  A.  Other paperwork.

09:49:24  19  Q.  Other paperwork that was done.  What this is saying is the

09:49:27  20  paperwork says it's done, but the audit came back and found out

09:49:31  21  that that wasn't true, correct?

09:49:33  22  A.  It says there's a tendency per what they saw closeout routines

09:49:39  23  even though they weren't all done, that --

09:49:42  24  Q.  Sometimes no tasks were completed is what it says, correct?

09:49:45  25  A.  That's where they found some that did show nothing done on that

5314

09:49:50  1  because it was closed due to it being a duplicate where it was

09:49:54  2  completed on an RMS or impact document.

09:49:56  3  Q.  You're saying you saw instances in which there were two

09:50:00  4  entries, correct?

09:50:01  5  A.  Duplicate entries.

09:50:02  6  Q.  This is saying there is an entry, but the work wasn't done,

09:50:06  7  which is a different statement, isn't it, sir?

09:50:09  8  A.  Not completely from what we saw -- the ones I saw it were

09:50:13  9  closed and didn't show work done, it was closed, though, because

09:50:16 10  it's a duplicate.

09:50:18 11  Q.  It goes on to say, "Ongoing operations are sometimes quoted as

09:50:23 12  the reason for this, but in most cases, it comes down to not

09:50:26 13  completing all maintenance procedure tasks."  Did I understand

09:50:30 14  that -- did I read that correctly?

09:50:32 15  A.  I believe so.

09:50:33 16  Q.  So, again, what this is saying is the people in the maintenance

09:50:37 17  department are saying they did stuff they didn't do.  Isn't this

09:50:41 18  what the audit found?

09:50:42 19  A.  It's apparently what they said.  I wasn't there.  I can't

09:50:45 20  comment any further than that.

09:50:47 21  Q.  "Critical checks and inspections are consequently being missed.

09:50:51 22  Critical checks and inspections are consequently being missed."

09:50:55 23  Did I read that correctly?

09:50:56 24  A.  You read what's here, yes, sir.

09:50:58 25  Q.  Let's go to TREX 3405.  Do you understand that there was -- you

09:51:11 1    just talked about the January 2008 audit.  Let's talk about the

09:51:16 2    September 2009 audit.  Did you look at that as a part of your work

09:51:21 3    in this case?

09:51:21 4    A.  I have seen this document.

09:51:24 5    Q.  If we could go then to PDF page two, the first bullet point.

09:51:33 6    "Findings of particular note were the following:  Closing out of

09:51:37 7    the audit recommendations had no apparent verification by BP.

09:51:42 8    Consequently, a number of the recommendations that Transocean had

09:51:45 9    indicated as closed out had either deteriorated again or not been

09:51:50 10   suitably addressed in the first instance."  Did I read that

09:51:54 11   correctly?

09:51:54 12   A.  I believe so.

09:51:55 13   Q.  This is saying again, sir, in a subsequent audit that the

09:52:01 14   Transocean people are saying they did maintenance when they didn't

09:52:03 15   do it?  Isn't that what this is saying?

09:52:06 16   A.  It says it wasn't apparently verified and then it either did

09:52:13 17   this or that.  They don't know either.  I don't know at this point

09:52:16 18   in time; they didn't know for sure at that time.

09:52:18 19   Q.  You don't know because you weren't there at all of audits that

09:52:22 20   you looked about and talked about yesterday, right, Mr. Childs,

09:52:25 21   because you weren't there?

09:52:26 22           MR. BAAY:  Object as argumentative, and I also object to

09:52:28 23   relevance.  This audit is not clear that it's discussing

09:52:31 24   maintenance related to the blowout preventer.

09:52:32 25           THE COURT:  Overruled.

BY MR. DeGRAVELLES:

Q.  Mr. Childs, you weren't there for any of the maintenance,
correct, sir, that you -- you just looked at paper, right?

A.  I looked at the records to see what was actually done.  In this
case, I don't have that privilege of looking at what backs up this
statement.  And they're saying it's just apparent, no apparent
verification.  Maybe they didn't find it.  They could have found it
later.  They don't know if it deteriorated during this period of
time or if never was addressed.  They say that.  They don't know
either, and I can't say any further than that either at this time.

Q.  You can't say -- first of all, answer my question.  All you
looked at was paper, right?

A.  I looked at documentation, which you call paper, on what was
done.  So in the other instances, I wasn't stuck like I am here
with just this statement.  I went back and looked at the history.

Q.  You looked at the history by looking at paper, correct?

A.  Documentation.

Q.  Just like you weren't there for this statement, you weren't
there for the paper that you saw that said they did do it, correct?

A.  I wasn't physically on the rig.  And if they showed us more
paperwork backing this up, I could give you a different or more
complete answer.

Q.  But what they're saying is what's on the paper ain't
necessarily true, right, Mr. Childs?

A.  Well, they're saying there's no apparent verification, okay.

09:53:55   1    And then they don't know if deterioration had again occurred or if

09:54:02   2    they never had done that maintenance.

09:54:06   3    Q.  "Consequently, a number of the recommendations that Transocean

09:54:08   4    had indicated as closed out had either deteriorated again or not

09:54:13   5    been suitably addressed in the first instance."  Correct, sir?

09:54:17   6    A.  That's -- you read correctly what's on the piece of paper.

09:54:20   7    Q.  And this was almost verbatim what was said in the January of

09:54:26   8    2008 audit; isn't that true, sir?

09:54:29   9    A.  It is similar.

09:54:31  10    Q.  If we could go then to page 18.  If can enlarge that box so we

09:54:42  11    can read it.  This is also part of the same audit.

09:54:46  12         Change over.  I want 1.1.6, Carl.  And if you can enlarge

09:55:08  13    that, please, sir.  "The rigor concerning closeout of the previous

09:55:16  14    audit findings has generally been unsatisfactory.  There has been

09:55:20  15    little sign of BP involvement evident and, consequently, many of

09:55:23  16    the recommendations reported as closed out could not be adequately

09:55:28  17    demonstrated to the audit team during this visit."  Did I read that

09:55:31  18    correctly?

09:55:32  19    A.  It appears so.

09:55:34  20    Q.  And this is saying in another way just exactly what the two

09:55:38  21    previous things we talked about said, is that is, they're saying

09:55:41  22    that it's done, but when we go to see whether it's done, we find

09:55:45  23    it's not -- it was not done.  They're not being truthful on the

09:55:49  24    maintenance records; isn't that true, sir?

09:55:50  25    A.  Well, saying there was little sign of involvement evident is

5318

09:55:56  1   not saying that there was something untruthful.

09:55:59  2   Q.  Well, they couldn't demonstrate that what was saying was done

09:56:04  3   was, in fact, done, correct?  That's what it says, right?

09:56:08  4   A.  We've already talked about the fact there was some records that

09:56:11  5   weren't complete, so there's not --

09:56:13  6   Q.  We didn't talk about records that weren't complete.  We talked

09:56:17  7   about records that said they did something that they didn't do.

09:56:20  8   That's what we were talking about, correct?

09:56:21  9   A.  They stated right here they couldn't find signs and that

09:56:29 10   they -- they couldn't find adequate back up to show that the

09:56:35 11   recommendations were closed out.

09:56:36 12        THE COURT:  Mr. DeGravelles, I think you about beat that

09:56:40 13   horse to death.  You might want to move on.

09:56:42 14        MR. DeGRAVELLES:  Yes, sir, I will move on.  If we can go

09:56:46 15   to TREX 3490 (VERBATIM).  TREX 3420.

09:57:06 16        THE COURT:  Let's do this.  You have a little bit more to

09:57:08 17   go?

09:57:09 18        MR. DeGRAVELLES:  Yes, sir, I do have some more to go.

09:57:12 19        THE COURT:  Why don't we take our 15-minute recess.  It's

09:57:15 20   five minutes till.

09:57:18 21        THE DEPUTY CLERK:  All rise.

09:57:19 22     (WHEREUPON, A RECESS WAS TAKEN.)

10:13:12 23     (OPEN COURT.)

10:13:13 24        THE COURT:  Please be seated, everyone.  All right,

10:13:17 25   Mr. DeGravelles.

10:13:19  1           MR. DeGRAVELLES:  If we could pull up TREX 3420, and if

10:13:25  2    you could highlight that first top e-mail.

10:13:25  3    BY MR. DeGRAVELLES:

10:13:33  4    Q.  This is from Buddy Trahan to James Kent.  Do you know who Buddy

10:13:41  5    Trahan is?

10:13:42  6    A.  Another name.

10:13:43  7    Q.  He works for Transocean, correct?

10:13:45  8    A.  I believe so.

10:13:45  9    Q.  He is in management in Houston, correct?

10:13:48  10   A.  I believe that's correct as well.

10:13:49  11   Q.  And James Kent is also in BP in Houston?

10:13:52  12   A.  I believe he is the rig manager --

10:13:54  13   Q.  I'm sorry.  Rig, yes, exactly.  Rig manager.  And for the

10:14:00  14   *Deepwater Horizon*, correct?

10:14:01  15   A.  At this point in time, yes.

10:14:04  16   Q.  And then if you could, we'll read it.  This is from Buddy

10:14:10  17   Trahan, February 21st, 2010.  That's about a couple of months

10:14:15  18   before the blowout?

10:14:16  19   A.  Yes.

10:14:16  20   Q.  "Thanks for update.  I need you to look deeper into Subsea's

10:14:23  21   business.  The last couple years, there seems to be an increasing

10:14:27  22   trend of problems on the BOP of the *Deepwater Horizon*.  I want to

10:14:31  23   know the maintenance program for pod valves, hoses, bonnets, etc.

10:14:37  24   We do not want to wait until failures to re-act.

10:14:41  25           When I started looking at this a couple of years ago, it

5320

10:14:44 1   was obvious they didn't keep track of maintenance."

10:14:47 2           Did I read that correctly?

10:14:48 3   A.  I believe so.

10:14:49 4   Q.  Is that the first time, Mr. Childs, that you've seen this

10:14:53 5   document?

10:14:53 6   A.  It may be, yes.

10:14:54 7   Q.  You have no reason to disagree with Mr. Trahan in this, do you,

10:15:00 8   sir?

10:15:00 9   A.  No.

10:15:02 10          MR. DeGRAVELLES:  Let's go, then, to TREX 88.

10:15:02 11  BY MR. DeGRAVELLES:

10:15:08 12  Q.  This is an April of 2010 ModuSpec audit, correct?

10:15:14 13  A.  I believe I did see ModuSpec on the first screen.

10:15:17 14  Q.  Did you want -- is this one of the documents you looked at?

10:15:23 15  A.  Yes.

10:15:24 16          MR. DeGRAVELLES:  If we could go to page 47.

10:15:24 17  BY MR. DeGRAVELLES:

10:15:29 18  Q.  This is done the same month as the blowout, correct?

10:15:32 19  A.  Correct, yes.

10:15:35 20  Q.  "Upon inspection, it was noted that the last date of

10:15:39 21  certification of the BOP bodies and bonnets was 13 December 2000.

10:15:44 22  This was beyond the five-year inspection, overhaul, and

10:15:47 23  recertification requirement."  Did I read that correctly?

10:15:50 24  A.  I believe so.

10:15:51 25  Q.  Do you have any reason to disagree with that?

5321

10:15:54  1   A.  No, sir.

10:15:55  2           MR. DeGRAVELLES:  Then let's go on to TREX 680.  And if

10:16:01  3   you could enlarge this.

10:16:01  4   BY MR. DeGRAVELLES:

10:16:06  5   Q.  This is from John Guide, and you know who John Guide is?

10:16:11  6   A.  Yes.

10:16:11  7   Q.  To Paul Johnson.  You know who that is?

10:16:14  8   A.  I don't know him personally.

10:16:16  9   Q.  But you know who it is, right?

10:16:18  10  A.  With Transocean.

10:16:18  11  Q.  And then, "Paul, I concur with not changing the annular" --

10:16:25  12  well, first of all, this is April 15, 2010, right?  Correct?

10:16:29  13  A.  Yes.

10:16:30  14  Q.  This is five days before the blowout, correct?

10:16:34  15  A.  Yes.

10:16:35  16  Q.  And you understand that the rig was going to be moving to

10:16:38  17  another location, correct?

10:16:40  18  A.  Correct.

10:16:40  19  Q.  The Nile well, correct?

10:16:43  20  A.  Yes.

10:16:45  21  Q.  "Paul, I concur with not changing the annular elements prior to

10:16:51  22  starting the Nile well.  BP accepts responsibility if both annulars

10:16:56  23  were to fail and the stack had to be pulled to repair them.  I also

10:17:00  24  concur waiting to change the drill line until after the Nile well

10:17:04  25  is complete knowing there is a possibility it may have to be done

5322

10:17:08　1　during the well."

10:17:10　2　　　　　Did I read that correctly?

10:17:11　3　A.  It appears so, yes.

10:17:13　4　Q.  This is an instance of deferred maintenance to keep the rig and

10:17:17　5　the BOP working, correct?

10:17:19　6　A.  It was definitely deferred maintenance as he is stating.

10:17:24　7　Q.  And it's because they're going to the Nile well, right?

10:17:28　8　A.  Prior to starting the Nile well, yes.

10:17:31　9　Q.  Then it is true, is it not, sir, that you saw no evidence that

10:17:39　10　Transocean ever tested the AMF/Deadman functioning on the *Deepwater*

10:17:43　11　*Horizon* on the rig moved to Macondo, correct?

10:17:45　12　A.  I've seen nothing in writing, that is correct.

10:17:49　13　Q.  And you admit, sir, do you not, that at the time of the

10:17:53　14　accident there were two miswired solenoids in the yellow pod,

10:17:58　15　correct?

10:17:58　16　A.  Yes, 103Y and 3A.

10:18:01　17　Q.  And that's certainly not reflective of a good maintenance

10:18:05　18　program, is it, sir?

10:18:06　19　A.  It is reflective of something that was missed in testing.

10:18:09　20　Q.  And that's certainly not reflective of a good maintenance

10:18:13　21　program, is it, sir?

10:18:13　22　A.  Well, since we don't know exactly how it happened, it's

10:18:18　23　reflective of -- they missed, yes, they missed this.

10:18:21　24　Q.  It doesn't really matter how it happened or why it happened.

10:18:25　25　It reflects that you don't have a good maintenance system, doesn't

5323

10:18:29    1    it, sir?

10:18:30    2    A.  It reflects that there was an issue that caused them not to

10:18:34    3    detect this issue.

10:18:35    4    Q.  You admit that there was a test that could have been performed

10:18:38    5    by Transocean maintenance people which would have discovered the

10:18:41    6    miswired solenoids, correct?

10:18:43    7    A.  There is a test performed during rebuild of a solenoid that

10:18:52    8    checks for miswired solenoids.

10:18:54    9    Q.  And it doesn't have to be used during rebuild, it can be used

10:18:59   10    any time, correct, sir?

10:19:00   11    A.  It is in the rebuild documents.  Once it is rebuilt and tested

10:19:05   12    and goes on a shelf, that test has already been done.  There should

10:19:10   13    be no reason to repeat that particular test.  Other tests are used

10:19:13   14    to verify the solenoid once its installed.

10:19:17   15    Q.  Well, then there's more than one test that could have been used

10:19:21   16    by Transocean maintenance people to determine whether this solenoid

10:19:24   17    was miswired or not, correct?

10:19:26   18    A.  Yes, there are multiple tests that are performed, as we saw and

10:19:32   19    in other testing data, continually testing to verify its condition.

10:19:36   20    Q.  And that test wasn't done in this case, was it, sir?  Or those

10:19:40   21    tests were not done, correct?

10:19:42   22    A.  If you're speaking to the installation -- excuse me.  You're

10:19:47   23    speaking to the repair or rebuild test, we don't know if they were

10:19:52   24    done or not or somehow done incorrectly.

10:19:54   25    Q.  Well, either not done or they were done incorrectly, correct?

5324

10:19:57  1    A.  Yes.  Something happened that they didn't detect the miswiring.

10:20:00  2    Q.  And if they weren't done, they should have been done, correct?

10:20:06  3    A.  We just said, yes, this is a test that's part of the rebuild

10:20:10  4    process.

10:20:10  5    Q.  Mr. Childs, in a blowout you're going to have force from below,

10:20:15  6    correct?

10:20:16  7    A.  Yes, force from the well below.

10:20:18  8    Q.  And you have flexible drill pipe.  You showed us with a ruler

10:20:23  9    how it bends, correct?  Even though it's kind of hard to imagine a

10:20:27 10    drill pipe like a ruler, you say the phenomenon is the same,

10:20:31 11    correct?

10:20:31 12    A.  Basically.  It's due to its great length.  It is stiff when you

10:20:37 13    and I hold it, but if you have 5,000, 6,000, 7,000 feet of it, it

10:20:41 14    gets flexible.

10:20:42 15    Q.  It gets flexible and so -- if -- when you have force from below

10:20:47 16    in a blowout, you can have it -- the drill pipe, because of that

10:20:51 17    flexibility, force off to the side of the wellbore, correct?

10:20:55 18    A.  Through this elastic helical buckling which we discussed at

10:20:59 19    length yesterday.

10:21:00 20    Q.  And you talked at length about how there is all of this

10:21:02 21    literature on helical buckling, correct, sir?

10:21:06 22    A.  Yes, I did.

10:21:06 23    Q.  And so it is quite foreseeable that in a blowout you're going

10:21:10 24    to have drill pipe forced off to the side; isn't that true, sir?

10:21:13 25    A.  It happens in drilling quite often, yes, sir.

5325

10:21:14  1   Q.  And that is something that should be planned for, correct, sir?

10:21:17  2   A.  It is planned for, yes, sir.

10:21:19  3   Q.  But it's not planned for in the *Deepwater Horizon* BOP because

10:21:23  4   you have a BSR that cannot shear forced off-centered pipe; isn't

10:21:29  5   that true, sir?

10:21:31  6   A.  Of course, we have discussed the fact that it couldn't shear

10:21:34  7   the off-centered pipe.  And we have a very extreme condition of

10:21:37  8   extreme forces forcing this pipe to the side of the bore.

10:21:39  9   Q.  But you don't need those extreme conditions, you just said it

10:21:43 10   happened quite often in drilling that if you have a blowout you

10:21:46 11   force the drill pipe off to the side?

10:21:48 12   A.  Pipe goes helical.  It is not always forced with this

10:21:52 13   magnitude.  With less magnitude of force, the shear rams could have

10:21:57 14   centered the pipe.

10:21:58 15   Q.  But it can certainly happen like it happened in this case,

10:22:01 16   correct?

10:22:01 17   A.  There are many things that can happen, yes.

10:22:04 18   Q.  And when it happens like in this case that blind shear ram is

10:22:07 19   ineffective to cut the pipe and seal the well, correct, sir?

10:22:10 20   A.  I think just about any shear ram would have been ineffective

10:22:13 21   trying to shear that pipe on the side of the bore.

10:22:16 22   Q.  To answer the question I asked, in this situation where it's

10:22:20 23   forced off to the side, that blind shear ram couldn't cut the pipe

10:22:25 24   and seal the well?

10:22:26 25   A.  Well, yes, we know that, in this case, it was forced off to the

10:22:30  1   side and it could not shear this pipe.

10:22:32  2   Q.  Let's talk about the batteries on the BOP pods.  You mentioned

10:22:37  3   yesterday that one of the batteries, I believe it was in the blue

10:22:42  4   pod, had last been changed in November of 2007, correct?

10:22:46  5   A.  Yes.

10:22:46  6   Q.  Almost two-and-a-half years before the incident of April 20th,

10:22:49  7   2010, correct?

10:22:50  8   A.  That's correct.

10:22:52  9        MR. DeGRAVELLES:  And if you could pull up TREX 3785,

10:23:01 10   PDF 5.  Go to PDF 5.

10:23:01 11   BY MR. DeGRAVELLES:

10:23:13 12   Q.  And this, I think, you looked at yesterday which was the

10:23:16 13   Cameron recommendation for changing the batteries, correct?

10:23:19 14   A.  This is, yes.

10:23:19 15   Q.  And it says, "One year of on-time operation" or the number

10:23:25 16   of -- "when the number of actuations has been exceeded for that

10:23:28 17   year," and they have the number 33.  "Five years after the

10:23:31 18   purchase," and fourth bullet point says, "Whichever of the above

10:23:35 19   events happens first," correct?

10:23:36 20   A.  Correct.

10:23:37 21   Q.  And your opinion is that on-time operation means when the pods

10:23:43 22   are put into service, correct?

10:23:45 23   A.  No.

10:23:46 24   Q.  When the battery is installed and put into use, that's what you

10:23:51 25   mean, correct, by on-time operation?

5327

10:23:57 1   A.  No.

10:23:57 2   Q.  What is it that you mean then?

10:24:00 3   A.  The on-time operation in my engineering sense tells me that's

10:24:06 4   when you start drawing current from the battery; that is when you

10:24:11 5   turn on or arm AMF, not just install it in the pod or the SEM, but

10:24:17 6   when you actually start using it.

10:24:19 7   Q.  Your view, sir, is contrary to that of the manufacturer

10:24:23 8   Cameron; isn't that true, sir?

10:24:24 9   A.  Yes, it is.

10:24:26 10  Q.  And not only -- as a matter of fact, after this accident and

10:24:31 11  before your report, Transocean actually wrote to Cameron and asked

10:24:36 12  them what the meaning of "on-time operation" was, didn't they?

10:24:39 13  A.  Yes.  After the incident, well after the incident they asked

10:24:42 14  and that's when Cameron gave that interpretation.

10:24:46 15  Q.  Well, it was on May 14, 2010, that this request for

10:24:49 16  clarification was made, correct?

10:24:50 17  A.  I don't remember that date.  I thought the answer came after

10:24:55 18  the incident.

10:24:56 19  Q.  All right.  Let's -- yeah, the answer that was given was --

10:25:00 20         MR. DeGRAVELLES:  Let's pull up TREX 36708.

10:25:00 21  BY MR. DeGRAVELLES:

10:25:02 22  Q.  The answer was given by Jason Van Lue to William Stringfellow.

10:25:08 23  Have you seen that document before?  It's going to be -- yeah,

10:25:14 24  that's -- yeah, that's the one.  Have you seen that document

10:25:19 25  before?

5328

10:25:19  1    A.  Yes, I have.

10:25:20  2    Q.  Cameron's meaning for one year of on-time operation is one year

10:25:25  3    from the time batteries are installed in the SEM, correct?

10:25:28  4    A.  Yes.

10:25:28  5    Q.  Which you can see is different from your view, correct?

10:25:31  6    A.  Yes.  I had that view prior to this.  This is after the fact.

10:25:35  7    My engineering sense, again, shows me or tells me the on-time

10:25:38  8    operation means from the time you turn it on and start using it.

10:25:42  9    Q.  Your engineering sense is different than Cameron, the

10:25:46 10    manufacturer's, viewpoint, correct?

10:25:47 11    A.  It's different than what they've stated here, yes, sir.

10:25:50 12    Q.  And in fact, Mr. David McWhorter, the vice-president of

10:25:53 13    drilling operations, said in his deposition exactly what this

10:25:56 14    document says, correct, sir?

10:25:57 15    A.  I don't remember that one, but I'll take your word for it.

10:26:01 16    Q.  You don't dispute that, do you?

10:26:02 17    A.  I do not.

10:26:03 18    Q.  Let's talk about your conclusion that the AMF fired on April

10:26:12 19    20th of 2010.  First of all, your opinion is based in large

10:26:15 20    measure, is it not, on battery testing that was done by Transocean,

10:26:20 21    correct, and WEST?

10:26:23 22    A.  Yes.  It's more than just battery testing, but the testing we

10:26:27 23    performed, yes, sir.

10:26:27 24    Q.  And the battery testing was done at the WEST facility from

10:26:30 25    October 20th of 2010 to December 13th, 2010, correct?

5329

10:26:34  1   A.  That's what I sometimes call the deck testing because that was

10:26:37  2   our building.

10:26:38  3   Q.  The solenoid testing was done August 4th and August 5th of

10:26:43  4   2011, correct?

10:26:44  5   A.  Yes, the testing done on the *Enterprise*.

10:26:47  6   Q.  And with respect to the battery testing that was done, this was

10:26:50  7   being done at the same time that all of the parties involved in

10:26:53  8   this litigation were doing testing on the batteries at Michoud;

10:26:56  9   isn't that correct, sir?

10:26:57 10   A.  We had testing on batteries in March and were working on our

10:27:05 11   testing, as you said, October through December.

10:27:08 12   Q.  And although all of the parties were invited to participate in

10:27:14 13   the Michoud testing, Transocean and WEST didn't invite any of the

10:27:18 14   other parties to your testing, correct, sir?

10:27:20 15   A.  I am not privy to who was invited.  I know that what my task

10:27:26 16   was was to assist with this, get this work done.

10:27:29 17   Q.  Well, you know that nobody showed up from anybody of the other

10:27:33 18   parties in this litigation, correct, sir?

10:27:36 19   A.  That is correct.  Cameron was -- did help us on some of the

10:27:40 20   particulars we asked about.

10:27:41 21   Q.  They may have helped you with answering some questions, but

10:27:44 22   they didn't participate in the testing, correct, sir?

10:27:47 23   A.  No, that is correct.  They did not participate.

10:27:49 24   Q.  As a matter of fact, none of the parties even knew that this

10:27:52 25   testing was going on; isn't that true, sir?

10:27:55  1    A.  I don't have that knowledge that nobody knew.

10:27:57  2    Q.  If it is true, sir, that none of the other parties knew about

10:28:00  3    the testing, would you agree with me that that is not fair,

10:28:06  4    professional, and the responsible thing to do?

10:28:08  5    A.  Well, again, I am struggling with you thinking or saying that

10:28:11  6    nobody else knew, because we were asking questions and trying to

10:28:17  7    get more data so we could perform this testing better.  We were

10:28:19  8    asking questions of Cameron for sure on SEMs and on AMF, so they

10:28:27  9    knew we were doing this.

10:28:28  10   Q.  Let me ask it this way:  If the plaintiffs didn't know it, the

10:28:32  11   United States didn't know it, Halliburton didn't know it, and

10:28:36  12   everybody but Cameron didn't know that you were doing the testing,

10:28:38  13   sir, would you agree with me that that is not fair, professional,

10:28:41  14   and responsible?

10:28:42  15   A.  No.

10:28:45  16   Q.  You would not agree with that?

10:28:47  17   A.  I was not involved in that part of the decision.  I'm an

10:28:50  18   engineer.  I wanted to get some answers and we were developing

10:28:52  19   testing to try to figure out how this system worked.

10:28:55  20   Q.  Was it your idea or somebody else's idea that this testing be

10:29:02  21   done in secret, sir?

10:29:03  22   A.  There was never any discussion about it being done in secret,

10:29:06  23   sa you say.

10:29:06  24   Q.  It was done in secret, wasn't it, sir?

10:29:08  25   A.  Well, the sum total of what you've said, if nobody else didn't

10:29:12 1   know about it, it was done just us.  Only Cameron -- excuse me.  I

10:29:15 2   said that wrong.  Only WEST and Transocean personnel were

10:29:19 3   available.

10:29:20 4       (PHONE RINGING.)

10:29:20 5           MR. DeGRAVELLES:  Excuse me, your Honor.  Sorry.

10:29:23 6           THE COURT:  Probably your wife calling.

10:29:26 7           MR. DeGRAVELLES:  No, it's my law partner which is even

10:29:29 8   worse.

10:29:31 9           THE COURT:  All right.  It's a good reminder, everyone.

10:29:34 10  Make sure your phones are turned off.

10:29:41 11          MR. GODWIN:  And iPads.

10:29:42 12          THE COURT:  And iPads, right.

10:29:46 13  BY MR. DeGRAVELLES:

10:29:46 14  Q.  You did not do the testing, the battery testing and the

10:29:50 15  solenoid testing yourself, did you, sir?

10:29:52 16  A.  No.

10:29:52 17  Q.  You are not an electrical engineer?

10:29:54 18  A.  As we heard yesterday, I directed the testing.  I utilized the

10:29:59 19  electronic experts we brought in to help in the project, and I

10:30:02 20  directed, worked with him on the procedures, visited periodically,

10:30:07 21  and talked with Mr. Tolleson who ran the testing, all of the data,

10:30:12 22  sat together.

10:30:12 23  Q.  Answer my question.  You are not an electrical engineering, are

10:30:15 24  you?

10:30:15 25  A.  No, I do not have --

10:30:17  1  Q.  No formal training in electrical engineering, electronics, or
10:30:19  2  electronic systems software, true?
10:30:21  3  A.  I also am not trained in software.
10:30:24  4  Q.  You didn't set up the electrical test, did you, sir?
10:30:27  5  A.  No.  I had a man more qualified than me do that testing.
10:30:31  6  Q.  And you set up -- and the set up for these tests was described
10:30:34  7  to you only in general terms, because if it got any deeper, then it
10:30:38  8  would have been over your head; true, sir?
10:30:41  9  A.  I'm sure Mr. Tolleson could get over my head with his
10:30:44 10  descriptions, yes, that's true.
10:30:45 11  Q.  Please answer my questions, sir.  The tests that were described
10:30:48 12  to you were described only in general terms, because if it had
10:30:51 13  gotten any deeper than general terms, it would have been over your
10:30:54 14  head, correct, sir?
10:30:55 15  A.  I have to qualify my answer some.  It was much deeper than
10:31:00 16  general terms.  We talked about exactly the pieces used, how the
10:31:05 17  set up was going to be done, how the input was going to be done.
10:31:09 18  What I missed maybe was how he was going to gather the data.
10:31:13 19  Q.  Did you say in your deposition at 54, line six to nine, that if
10:31:18 20  it got any deeper, that it would be over your head?
10:31:21 21  A.  Definitely there are parts of this that would have been over my
10:31:25 22  head, that's why I had Mr. Tolleson perform the testing, set up,
10:31:29 23  and gather the data.
10:31:30 24  Q.  And you were present for none of the testing done of the
10:31:33 25  solenoids on the *Discoverer Enterprise*; isn't that true, sir?

10:31:36  1    A.  Yes, that is true.

10:31:38  2    Q.  And you were present for only some of the testing done at the

10:31:41  3    WEST facility, but you can't tell us when, correct?

10:31:44  4    A.  When I was asked at deposition what the dates were, I couldn't

10:31:48  5    come up with the dates.

10:31:48  6    Q.  And you also couldn't tell us what specific tests you observed,

10:31:53  7    correct, sir?

10:31:53  8    A.  Not knowing the date, I also couldn't say which particular test

10:31:57  9    I observed.  The date --

10:32:00  10   Q.  I'm sorry.  Go ahead.

10:32:01  11   A.  Daily I was in contact -- daily I was in contact with

10:32:05  12   Mr. Tolleson.  When he wasn't out at the test facility, he sat

10:32:09  13   right next to me.  We discussed the testing.  And part of the

10:32:11  14   testing we did was actually in the office in the same area we were

10:32:16  15   housed in for Transocean.

10:32:17  16   Q.  But in your deposition, you couldn't tell us which specific

10:32:20  17   tests you observed, correct?

10:32:21  18   A.  Yeah, I couldn't give you which number or which date.

10:32:24  19   Q.  And you relied on handwritten notes, testing notes of Chris

10:32:29  20   Tolleson, did you not, sir?

10:32:30  21   A.  Actually, I relied on my conversations with Mr. Tolleson, and

10:32:34  22   what he found on each given day, and what he was going to try to do

10:32:38  23   the next time he went to test, and what we can do the next time

10:32:41  24   depending on what we learned on that test.

10:32:43  25   Q.  Is it your testimony, sir, that you did not rely on testing

5334

10:32:47 1    notes for Chris Tolleson?

10:32:49 2    A.  I know they existed, and I asked questions.  He might have gone

10:32:53 3    to those notes, but I relied on Mr. Tolleson.

10:32:56 4            MR. DeGRAVELLES:  If we could go to page 142, line 5

10:33:01 5    through 21.

10:33:01 6    BY MR. DeGRAVELLES:

10:33:10 7    Q.  "QUESTION:  But there's no written documentation that you

10:33:13 8    relied upon for your opening report, correct?

10:33:15 9            "ANSWER:  Not in the computer, but handwritten notes,

10:33:18 10   yes."

10:33:21 11   A.  Again, by getting that information from Mr. Tolleson's

10:33:24 12   handwritten notes given to me from --

10:33:26 13   Q.  Handwritten notes were given to you and you read them and you

10:33:29 14   relied on them, correct?

10:33:30 15   A.  Semantics here.  The information came from Mr. Tolleson's

10:33:34 16   handwritten notes, verbally from Mr. Tolleson to me.

10:33:38 17   Q.  Okay.  So what you're saying is you relied on the notes in part

10:33:42 18   and you relied on the conversation with Mr. Tolleson in part,

10:33:45 19   correct?

10:33:45 20   A.  I did not read his notes, I want to make sure of that part.  I

10:33:49 21   didn't read them.  I used his notes by having him explain them to

10:33:53 22   me, explain his testing.

10:33:55 23   Q.  So when you said in answer to the question, "but there's no

10:33:59 24   written documentation that you relied upon for your opening report,

10:34:02 25   correct?"  And you said, "Not in the computer, but handwritten

5335

10:34:05  1    notes."  You're saying to this Court you didn't read those notes?

10:34:09  2    A.  I did not read all of his notes --

10:34:12  3    Q.  Meaning you read some of the notes?

10:34:13  4    A.  No, I did not -- let me be very clear.  I did not read his

10:34:17  5    notes.  I used his information that he would go back to the notes

10:34:22  6    and determine or know without the notes.  So they were used

10:34:27  7    indirectly because I used his information that he gave me.

10:34:30  8    Q.  Just to make sure, I want the Court to be clear about this,

10:34:34  9    too.  When you said -- the question was:  There's no written

10:34:37  10   documentation that you relied upon for your opening report?  You

10:34:40  11   said, "Not in the computer, but handwritten notes," you're telling

10:34:42  12   the Court you didn't read any of his notes?

10:34:44  13   A.  The notes were used --

10:34:46  14   Q.  Please answer my question, sir.  Are you telling the Court you

10:34:49  15   didn't read any of his notes?

10:34:51  16   A.  I can't remember reading any directly.  I used his information

10:34:55  17   from his notes, so they were used, but it's him giving me the

10:34:59  18   information.

10:34:59  19   Q.  So you can't remember one way or the other whether you read

10:35:02  20   them or not, is that what you're telling us?

10:35:04  21   A.  I really think I didn't read any -- I probably couldn't read

10:35:08  22   his handwriting, so he interpreted his notes and gave me the

10:35:12  23   answers out of his notes.

10:35:13  24   Q.  Let's to page 478, line 17 to 479, 15.  And actually starts at

10:35:36  25   line 17 on page 478.  And if you can enlarge that for us.

5336

10:35:51  1          "And I think you testified earlier that you relied on

10:35:53  2  handwritten notes that had been taken of the testing; is that

10:35:57  3  correct?"

10:35:58  4          And the answer was:  "That's part of the answer.  The

10:36:01  5  rest, of course, continual conversations with Mr. Tolleson,

10:36:04  6  et cetera."

10:36:06  7          Are you telling the Court when you said that, you did not

10:36:09  8  read his notes, sir?

10:36:11  9  A.  Sitting here right now, I can't remember reading his

10:36:17 10  handwritten notes or his other handwritten notes I am thinking of.

10:36:21 11  But what I used was continual conversation, as I stated here as

10:36:26 12  well, with Mr. Tolleson.

10:36:28 13  Q.  And in your sworn testimony in this deposition, you said that

10:36:31 14  part of your answer was that you relied on handwritten notes,

10:36:35 15  correct, sir?

10:36:35 16  A.  That would be indirectly, again, from Mr. Tolleson.

10:36:38 17          THE COURT:  Let me ask something.  You and Mr. Tolleson

10:36:41 18  are sitting in the same room when you're having this conversation?

10:36:44 19          THE WITNESS:  Yes, we had a cubical like you and I are

10:36:47 20  right now, he was that close.

10:36:49 21          THE COURT:  So what you're saying he had his notes in

10:36:51 22  front of him?

10:36:52 23          THE WITNESS:  He would have his notes and some of his

10:36:54 24  memory.  If I asked him a question he couldn't remember, he'd go to

10:36:57 25  his notes, talk to me about them.  I did not take his book, that I

OFFICIAL TRANSCRIPT

10:37:02  1   remember -- if I saw it, it was over his shoulder probably.

10:37:06  2          THE COURT:  Go ahead.

10:37:07  3   BY MR. DeGRAVELLES:

10:37:07  4   Q.  Let me ask you this, sir.  Those notes were never provided to

10:37:10  5   any of the parties in this litigation; isn't that true, sir?

10:37:13  6   A.  I wouldn't know that.

10:37:15  7   Q.  And it wasn't on your list of considered material, was it, sir?

10:37:22  8   A.  Sitting right here right now, I couldn't recollect every item

10:37:25  9   on my list.

10:37:26 10   Q.  You certainly don't recall that being on your list, do you,

10:37:30 11   sir?

10:37:30 12   A.  I don't know if it's there or not.

10:37:32 13   Q.  But there was a summary of these tests provided by Transocean,

10:37:37 14   correct?

10:37:37 15   A.  There was a report written from -- that used those notes and

10:37:42 16   all of the other information Mr. Tolleson had and the other

10:37:44 17   parts --

10:37:45 18   Q.  It is entitled "Summary," is it not, sir?

10:37:47 19   A.  I believe that's part of the title, yes, sir.

10:37:49 20          MR. DeGRAVELLES:  And what I would like, your Honor, just

10:37:51 21   to preserve the record at this time, is to object to this summary

10:37:53 22   as -- under Federal Rules of Evidence 1006, which requires when

10:37:59 23   there is a summary provided that the underlying data be given.

10:38:02 24          THE COURT:  Okay.  Okay.  I don't know what the

10:38:05 25   background is here on this.  Were these notes requested and not

OFFICIAL TRANSCRIPT

10:38:09  1    produced?

10:38:10  2             MR. DeGRAVELLES:  That's correct, Judge.  And this is a

10:38:12  3    subject of two motions in limine.  The plaintiffs did not file a

10:38:15  4    separate motion, but BP filed a motion and the United States filed

10:38:18  5    a motion on this very issue, that these notes were not provided.  I

10:38:23  6    am only objecting for purposes of this trial.  We didn't file a

10:38:26  7    motion, but we believe that the notes were requested, they were not

10:38:31  8    provided and never been provided up until this date.

10:38:35  9             THE COURT:  Do you want to comment, Mr. Baay?

10:38:37 10             MR. BAAY:  Yes, your Honor.  The testing notes that were

10:38:41 11    put to writing were made part of Mr. Childs' rebuttal report.  He

10:38:46 12    did not rely on those yesterday in his direct examination.

10:38:48 13             THE COURT:  The notes themselves, have they ever been

10:38:51 14    produced, Mr. Tolleson's notes that he referred to?

10:38:55 15             MR. BAAY:  The handwritten notes have never been

10:38:56 16    produced.

10:38:57 17             THE COURT:  Why not?

10:38:58 18             MR. BAAY:  They were never made a subject of a request

10:39:00 19    for production, and they were produced to the report that we made

10:39:03 20    part of Mr. Childs' rebuttal report.

10:39:06 21             THE COURT:  All right.

10:39:07 22             MS. KARIS:  Your Honor, if I may just respond briefly.

10:39:11 23    Hariklia Karis for BP.  I respectfully disagree that they've never

10:39:15 24    been requested.  All expert reliance materials were requested.  The

10:39:18 25    summary document that is being referenced was produced along with

5339

10:39:21  1  Mr. Childs' expert report one year after this testing had been

10:39:26  2  done.  And, of course, the request was for all reliance materials.

10:39:29  3  So if he is going to rely on those notes as part of his summary,

10:39:33  4  that would have been part of the request.

10:39:36  5          THE COURT:  Seems right to me.  If he is relying -- even

10:39:39  6  if he doesn't remember reading the notes, if he is siting in a

10:39:42  7  cubical with Mr. Tolleson, who is reading from his notes to him, he

10:39:45  8  is in essence relying on the notes.  So I don't know what we do

10:39:50  9  about that right now.  But we'll see how this -- where this goes.

10:39:55 10  Okay.  Go ahead.

10:39:56 11          MR. DeGRAVELLES:  I'll proceed, Judge.

10:40:00 12  BY MR. DeGRAVELLES:

10:40:01 13  Q.  Some of these tests were videotaped, right, sir?

10:40:04 14  A.  Yes.

10:40:04 15  Q.  And we've never been provided with those videotapes, have we,

10:40:10 16  sir?

10:40:10 17  A.  I don't know one way or the other, sir.

10:40:12 18  Q.  Transocean did produce, quote, activity reports, correct?

10:40:16 19  A.  I produced some activity reports while I was working at

10:40:22 20  Transocean, yes.

10:40:24 21  Q.  You produced them to counsel for Transocean, and Transocean's

10:40:28 22  counsel produced them to us, is that your understanding?

10:40:30 23  A.  I produced them mainly for my boss back at WEST to know what we

10:40:37 24  were doing during our work at Transocean.  That's the way they got

10:40:43 25  started.

5340

10:40:44  1   Q.  If we could pull up TREX 7708.  Is this the activity reports

10:40:50  2   that you're talking about?

10:40:52  3   A.  This looks like one, yes, sir.

10:40:54  4   Q.  And let's go to TREX 50378, the title page.  This is the

10:41:10  5   summary of SEM battery testing results that we were talking about

10:41:13  6   earlier, correct?

10:41:14  7   A.  Yes, sir.

10:41:15  8   Q.  And on the second and third page of this document, it lists the

10:41:19  9   dates of the various tests which were summarized, correct,

10:41:23  10  Mr. Childs?

10:41:23  11  A.  It does list the dates in this document.

10:41:27  12  Q.  Can you go that so we can get a picture of that.  So it has a

10:41:32  13  line and a page number for each of the dates, correct, sir?

10:41:36  14  A.  Yes, I see that.

10:41:38  15  Q.  Now, let's go to the activity notes, which is TREX-7708 at page

10:41:46  16  three.  And go to the October 18th -- let's see.  This was going to

10:41:55  17  be the next page, Carl.  And if you could highlight the last two

10:42:09  18  lines of October 18th.  The last two lines, highlight.

10:42:24  19      "Went to the WEST DEC to begin electrical SEM testing,

10:42:27  20  assisted with testing on a PLC, A and B, recorded results of both

10:42:32  21  tests."  Do you see that, sir?

10:42:34  22  A.  I do.

10:42:35  23  Q.  And it's true, is it not, that when we go back to your summary,

10:42:40  24  the tests that were performed on October 18th and recorded were not

10:42:44  25  provided in that summary; isn't that true, sir?

OFFICIAL TRANSCRIPT

5341

10:42:46  1    A.  I did note some date differences.  Remember this document we're

10:42:53  2    looking at is an activity report to let my office know what types

10:42:58  3    of things we're doing during these full weeks of work over at

10:43:02  4    Transocean.  They weren't meant to be exact.

10:43:06  5            When the people left the Transocean office and went to

10:43:09  6    the deck building to do testing, they went to do testing.  Maybe

10:43:13  7    they didn't get that test completed.  I did not try to make this

10:43:17  8    document precise.

10:43:19  9    Q.  You didn't make this document at all, sir, did you?

10:43:22  10   A.  This -- if we're looking at the daily activity reports or my

10:43:28  11   activity reports -- show me the top of the document again.

10:43:31  12   Q.  If you can go back to the first page.  These are notes of the

10:43:36  13   people that actually did the work; isn't that true, sir?

10:43:38  14   A.  Written by me.

10:43:40  15   Q.  Written --

10:43:41  16   A.  I did the activity reports.

10:43:44  17   Q.  All right.  And you did the activity reports based on what

10:43:47  18   people told you was being done on a given date, correct, sir?

10:43:50  19   A.  And some -- yes, and some days it was they went to the deck

10:43:55  20   building to do testing, and I might have listed it that way or they

10:43:58  21   did -- I might have understood they did testing at deck.  Maybe

10:44:01  22   they didn't complete the tests because of other issues.

10:44:04  23   Q.  But in this particular case, sir, you can't explain why the

10:44:08  24   summary doesn't show these test results, can you, sir?

10:44:11  25   A.  I was just trying to explain that.  This is not meant to be

5342

10:44:14  1   exact.  It could have been more generic to say they spent their

10:44:19  2   time at the deck building that day.  I spent my time in the office

10:44:23  3   that day.  I don't know, since I wasn't at the test that day, what

10:44:27  4   they got completed.  Since those dates don't match, they didn't get

10:44:32  5   a test completed that day.

10:44:33  6   Q.  Is this an explanation you came up with -- it is an explanation

10:44:36  7   you came up with since your deposition; isn't that true, sir?

10:44:41  8   A.  At the deposition, I didn't know there was discrepancies

10:44:43  9   between dates, and I went and looked, and that's it.  The whole

10:44:46 10   explanation of this is that I am just writing a generic form of

10:44:52 11   here is the things we got -- we did this week.

10:44:54 12   Q.  October 18th, the date of October 18th, please go back to that

10:44:57 13   entry.  That October 18th date shows at the bottom that testing was

10:45:11 14   done and results of the testing was done on two tests on

10:45:16 15   October 18th, correct, sir?

10:45:17 16   A.  That's what it says at the bottom, yes, sir.

10:45:19 17   Q.  And what is clear when you look at the summary, it doesn't show

10:45:23 18   any test data from October the 18th, correct, sir?

10:45:26 19   A.  I checked that.

10:45:27 20   Q.  The same thing is true of October 19th; isn't it true?  Isn't

10:45:32 21   that correct?

10:45:32 22   A.  Well, I don't have complete memory of each date, but I know

10:45:37 23   exactly what was going on here.  I am giving a very generic

10:45:41 24   summation of what happened during this week.  If my dates are off a

10:45:44 25   little bit, it's my fault.

OFFICIAL TRANSCRIPT

5343

10:45:45  1   Q.  And it's your fault -- you know, I got the impression from your

10:45:49  2   testimony yesterday that you pretend to be a very precise

10:45:53  3   scientist, correct?

10:45:54  4   A.  This I would not define as scientific.  This is a daily

10:45:59  5   activity report -- or weekly activity report.

10:46:01  6   Q.  So it's okay to kind of fudge a little on that, huh?

10:46:04  7   A.  I am not saying I fudged.  I am saying that --

10:46:08  8   Q.  Is this sloppy?

10:46:11  9        MR. BAAY:  Your Honor, I again ask that Mr. Childs be

10:46:14 10   allowed to fully answer.

10:46:15 11        THE COURT:  I sustain.  Go ahead and answer, sir.

10:46:18 12        THE WITNESS:  There was no reason for me to get any

10:46:20 13   precise days and hours in this report.  It was a report to say

10:46:26 14   this -- these are the kind of things that got done this week.  The

10:46:29 15   next week I would do a similar one.  These are the kind of things

10:46:32 16   that were done this week.

10:46:32 17   BY MR. DeGRAVELLES:

10:46:33 18   Q.  But you didn't put it this week.  You put it on a given day,

10:46:38 19   didn't you, Mr. Childs?

10:46:39 20   A.  I did during each day of the week, and if they did not get to

10:46:42 21   complete a test while they went to the deck building to do that

10:46:46 22   test, I didn't go back and correct my activity report because it

10:46:51 23   wasn't going to be used to know what was done, it would have been

10:46:56 24   used by my boss at my office.

10:46:58 25   Q.  It was going to be those notes that we never got that you were

5344

10:47:00  1   going to use for the summary, right?

10:47:02  2   A.  It was the summary report.

10:47:04  3   Q.  And with respect to October 28th, another date in which it

10:47:10  4   shows interactive testing was done, but there is no corresponding

10:47:14  5   date on the summary for October 28th; isn't that true, sir?

10:47:18  6   A.  I don't know that.  I am not seeing that.  I'll take your word

10:47:23  7   for it.

10:47:23  8   Q.  I can go through each one of these.  Do you want me to do that?

10:47:26  9   A.  I understand what you're saying, and I know that the dates

10:47:28 10   don't always match, because this is a very general item about what

10:47:32 11   was going on during a given week.

10:47:34 12   Q.  And November 2nd, you would take my word for the fact that

10:47:37 13   November 2nd it shows that testing was done that does not have a

10:47:41 14   corresponding date on your summary, correct?  If you want me to

10:47:46 15   pull it, I can do that.  It's page 13 --

10:47:49 16   A.  I'll accept that.  I know there were several dates that didn't

10:47:52 17   quite match up, because this is a very generic listing of what was

10:47:56 18   done.

10:47:56 19   Q.  Let's go then to TREX-5562.  5562.  I'm sorry, I got the

10:48:15 20   numbers transposed.  5662.  Sorry about that, Carl.

10:48:21 21           You've seen this e-mail, I'm sure, correct?

10:48:25 22   A.  Yes.

10:48:25 23   Q.  And this is from Chris Tolleson to Ewen Florence, correct?

10:48:32 24   A.  It is.

10:48:33 25   Q.  References "DWH project," correct?

5345

10:48:38 1   A.   Yes.

10:48:39 2   Q.   And Mr. Tolleson is the gentleman that you just told us that

10:48:43 3   wrote the notes, who read you the notes in the cubical, correct?

10:48:46 4   A.   Mr. Tolleson, yes.

10:48:47 5   Q.   He was in charge of this electrical part of the testing,

10:48:50 6   correct?

10:48:50 7   A.   I had him in charge of that testing, yes, sir.

10:48:53 8   Q.   And this e-mail of November 3rd, 2010, is in response to an

10:48:58 9   e-mail which we're going to look at here in a second from Mr. Ewen

10:49:03 10   Florence also November 3rd of 2010, correct?

10:49:06 11   A.   Yes, I think so.

10:49:08 12   Q.   Now, why don't we come up so that we see the rest of this first

10:49:12 13   page.  Do you notice how large the font is on this?

10:49:17 14   A.   I see that.

10:49:18 15   Q.   And do you know that it takes five different pages to read this

10:49:24 16   entire e-mail?

10:49:25 17   A.   No, I don't know the number of pages, of course.

10:49:28 18   Q.   Do you know why Mr. Ewen Florence was so interested in somebody

10:49:33 19   reading it that he got the font this big?

10:49:37 20   A.   Well, I have no way of knowing if Mr. Florence did this or if

10:49:42 21   the computer system did this some way.  But, yes, it's very large.

10:49:46 22   Q.   Let me go ahead and, if you don't mind -- and we can go page by

10:49:50 23   page, but I think you've read this before.  Doesn't this e-mail,

10:49:52 24   when you put all five pages together, say:  "Did we manage to get

10:49:57 25   our tests we did yesterday on paper into a report?  I did call Dan

5346

10:50:03  1  last night to warn him that the testing we found out yesterday

10:50:07  2  could mean that the AMF" function did -- I'm sorry, "that the AMF

10:50:12  3  did not function"?  That's what it says, isn't it?

10:50:15  4  A.  That's what it says, yes.

10:50:17  5  Q.  And it's referring to a test done yesterday, which was on

10:50:20  6  November 2nd, correct?

10:50:22  7  A.  Yes, sir.

10:50:22  8  Q.  And if -- that means that this thing says there was actual

10:50:27  9  testing done on November 2nd, not just, oh, I was sloppy and didn't

10:50:31 10  get it on the right date, correct?

10:50:32 11  A.  He said there was testing that may not have --

10:50:35 12  Q.  That's right.  That testing on November 2nd that he says could

10:50:39 13  mean that the AMF function did not -- that the AMF did not

10:50:42 14  function, didn't somehow get into your summary report; isn't that

10:50:47 15  true, sir?

10:50:48 16  A.  As I sit here now, I don't know if it did or not.

10:50:51 17  Q.  It didn't.  And if -- you want me to go to it?  You accept my

10:50:56 18  word on it?

10:50:56 19  A.  I'll accept it.

10:50:57 20  Q.  And you have absolutely no explanation why this test which

10:51:02 21  shows that the AMF -- might show the AMF did not function, how come

10:51:04 22  that didn't get into the summary of your test results, true, sir?

10:51:08 23  A.  I could only make an assumption right now.

10:51:10 24  Q.  I am not asking for assumptions.  You don't know, do you, sir?

10:51:13 25  A.  Don't know absolutely.  I was not there for that test that

10:51:29  1    Mr. Tolleson did.

10:51:19  2    Q.  Let's go back to TREX 7708, page 17 and go to the 12-15 entry.

10:51:41  3    12-15.  This is December 15th -- it should be on page 17.  If you

10:52:00  4    would enlarge the December 15th entry.  It's page 25, sorry.  And

10:52:07  5    highlight that last sentence, please.

10:52:14  6            "Harshal massaged data from the CEM testing to be used in

10:52:21  7    the report.  Chris worked on the report sections from home.  Mika."

10:52:24  8            Did I read that correctly?

10:52:26  9    A.  Yes.

10:52:26  10   Q.  Now, Harshal was one of the technicians working on the battery

10:52:31  11   testing, correct?

10:52:33  12   A.  Harshal Patil, yes.

10:52:35  13   Q.  And he massaged the data, correct, sir?

10:52:38  14   A.  He took -- yes, massaged the data is what's stated here.

10:52:43  15   Q.  All right.  Take that down, please.  Now, Dan Farr was at one

10:52:47  16   time the lead investigator for Transocean's internal investigation,

10:52:51  17   is that true?

10:52:53  18   A.  He did lead it, yes, sir.

10:52:55  19   Q.  If we could pull up TREX 5409.  And if you could, focus in on

10:53:10  20   the first sentence of the -- first of all, let's go to the section

10:53:17  21   that shows to whom it's sent and from whom it's sent on

10:53:21  22   November 3rd.

10:53:23  23       All right.  Does this show that at least the second e-mail

10:53:27  24   is from Dan Farr to Steve Myers?  Right there, that's fine.  And

10:53:35  25   it's dated November 3rd, 2010, is that correct, sir?

OFFICIAL TRANSCRIPT

5348

10:53:38   1    A.  From Dan to Steve, yes.

10:53:40   2    Q.  And both of these folks work for Transocean?

10:53:45   3    A.  Yes.

10:53:46   4    Q.  And then in that first sentence, please highlight that from,

10:53:51   5    quote, "'prove to me the BOP worked' meeting.  The following action

10:53:57   6    items were open."  Do you see that?

10:54:00   7    A.  I see that.

10:54:01   8    Q.  Did you attend the "prove to me the BOP worked" meeting?

10:54:07   9    A.  I don't remember if I attended a meeting by that name.  We had

10:54:11  10    numerous meetings where we would do free thinking about what could

10:54:16  11    have happened.  At this point in time, of course, we didn't know

10:54:19  12    what had happened exactly.

10:54:21  13    Q.  Do you think it's a fairly unscientific approach, sir, to have

10:54:24  14    a meeting to prove that the BOP worked?

10:54:28  15    A.  If you take it in the full context, what we did in the

10:54:35  16    SharePoint -- I think SharePoint is mentioned in here -- we raised

10:54:38  17    questions daily, and each of these questions were then assigned to

10:54:43  18    a BOP expert, mud expert or whatever, and analyzed to try to get

10:54:50  19    the answers.  And one question would be:  Prove to me it worked.

10:54:56  20    Another one would be:  Prove to me it didn't work.

10:54:59  21    Q.  It doesn't say, let's figure out what happened on the BOP

10:55:02  22    meeting, does it, sir?

10:55:04  23    A.  This is just one meeting.  Again --

10:55:06  24    Q.  This is prove to me the BOP worked?

10:55:09  25    A.  I do not remember a meeting by that name.

10:55:14  1    Q.  Let's go to D-3260.  No, should be 32 -- mysterious bucket.  I

10:55:30  2    wonder if there are --

10:55:35  3              MR. VON STERNBERG:  Objection, your Honor.

10:55:35  4    BY MR. DeGRAVELLES:

10:55:41  5    Q.  3268, hopefully.  Demonstrative 3268, which is TREX-23067.

10:55:53  6    Earlier, Mr. Childs, when you were talking about the issue of

10:55:56  7    off-center pipe, you made a chart to show that everybody

10:56:00  8    essentially was in agreement with you, correct?

10:56:02  9    A.  With an agreement that the pipe was off-center, yes.

10:56:05 10    Q.  That the pipe was off-center.  But when we look at the issue of

10:56:08 11    whether the AMF fired on April 20th, 2010, this tells us that you

10:56:13 12    were the one and only expert in this litigation that says it did

10:56:17 13    fire on April 20, 2010; isn't that true, sir?

10:56:20 14    A.  That is correct.

10:56:22 15              MR. DeGRAVELLES:  I pass the witness.

10:56:26 16              THE COURT:  United States have any questions?

10:56:32 17              MS. HANKEY:  No questions, your Honor.

10:56:33 18              THE COURT:  Louisiana?

10:56:35 19              MR. SINCLAIR:  No questions, your Honor.

10:56:36 20              THE COURT:  Louisiana?

10:56:38 21              MR. KANNER:  No questions, your Honor.

10:56:39 22              THE COURT:  Halliburton.

10:56:42 23              MR. VON STERNBERG:  We have a few, your Honor, if you'll

10:56:45 24    indulge us.

10:56:46 25              THE COURT:  Though I don't remember him mentioning

10:56:48  1    Halliburton.

10:56:49  2         MR. VON STERNBERG:  I understand, your Honor, but after

10:56:51  3    living in Michoud for seven months, I feel like I have a personal

10:56:55  4    obligation to ask him some questions.

10:56:56  5         MR. GODWIN:  We are not going to discuss that

10:56:58  6    demonstrative either.

10:57:05  7         MR. VON STERNBERG:  Jerry Von Sternberg here for

10:57:06  8    Halliburton.  May we proceed, your Honor?

10:57:09  9         THE COURT:  Last time you stood up, as I recall, you got

10:57:11 10    a big award.

10:57:12 11         MR. VON STERNBERG:  I got a gold star, your Honor, and in

10:57:15 12    honor of that, I understand that I will be as brief as possible.  I

10:57:19 13    will not belabor any points that Johnny's already gone through, I

10:57:24 14    promise.

10:57:24 15         THE COURT:  Go right ahead.

10:57:27 16                        CROSS-EXAMINATION

10:57:28 17    BY MR. VON STERNBERG:

10:57:28 18    Q.  Hello, Mr. Childs, good to see you again, my friend.  How are

10:57:33 19    you doing?

10:57:33 20    A.  Good morning.

10:57:34 21    Q.  You were at Michoud for awhile, were you not?

10:57:38 22    A.  Yes, I did attend Michoud.

10:57:39 23    Q.  As I understand it, you're critical, at least to a certain

10:57:44 24    point, to the tests that Michoud -- or at least were conducted at

10:57:47 25    Michoud in reference to both the blue pod battery and the solenoid

10:57:52  1    103 of the yellow pod, is that true?

10:57:55  2    A.  More toward the battery testing.

10:57:57  3    Q.  And you at least know that Transocean had people on the

10:58:03  4    technical working group there at Michoud, is that correct?

10:58:05  5    A.  Yes, we had --

10:58:06  6    Q.  Were you specifically a part of that technical working group?

10:58:09  7    A.  No, I was not a member.

10:58:10  8    Q.  But you knew that other people were there on behalf of

10:58:13  9    Transocean that could discuss the testing and decide if there was

10:58:16 10    anything that they thought was wrong with the testing or could have

10:58:19 11    been done better, they had the opportunity to say that, is that

10:58:21 12    true?

10:58:22 13    A.  Yes.  And in the case of the battery testing, they did.

10:58:25 14    Q.  Now, let's go, Robb, to 7691.  You talked a little bit about

10:58:31 15    maintenance.  And, Robb, if you'll go to what ends in Bates 9719.

10:58:48 16    Can we go back to the front page?  I'm sorry, Robb.

10:58:50 17            MS. KARIS:  Just to show you what document this is, your

10:58:53 18    Honor, this is the one we talked about yesterday, the *Deepwater*

10:58:56 19    *Horizon* acceptance of well control equipment done by WEST

10:58:56 20    Engineering.

10:58:56 21    BY MS. KARIS:

10:59:02 22    Q.  Do you see that, sir?

10:59:03 23    A.  I do see that.

10:59:05 24    Q.  Okay.  I'm sorry, go back to 9719.  And we talked about

10:59:11 25    maintenance a little bit yesterday, and you thought that the

5352

10:59:12  1   condition-based maintenance that Transocean was utilizing was

10:59:13  2   appropriate, true?

10:59:14  3   A.  I did.

10:59:16  4   Q.  But at least back in April 26 of 2001, your company wrote a

10:59:20  5   report, if you'll go to the second paragraph, that says:  "This,

10:59:27  6   coupled with a good rotational P.M. system on rebuilding pod valves

10:59:33  7   and regulators with new repair kits, should give good reliability."

10:59:38  8   Do you see that, sir?

10:59:38  9   A.  I do.

10:59:39 10   Q.  Now, a P.M. system is not a condition-based system, is it?

10:59:43 11   A.  It's a generic term for preventive maintenance system.

10:59:47 12   Q.  And just by definition, preventative maintenance is not

10:59:51 13   condition-based maintenance, is it?

10:59:52 14   A.  Indirectly, it would be.

10:59:54 15   Q.  But directly in reference to what you told them to do was a

10:59:59 16   P.M. system, not a CBM system, true?

11:00:02 17   A.  This is also in the -- yes, it's in the generic sense.  A

11:00:06 18   maintenance system.

11:00:07 19   Q.  So we've already heard about the "prove to me the BOP worked"

11:00:14 20   meeting, so I won't go back into that.

11:00:17 21          Isn't true that Transocean at least told the public that

11:00:19 22   they were going to do an independent evaluation of the BOP system?

11:00:23 23   A.  I am not exactly sure what Transocean told the public.

11:00:26 24   Q.  Can we go to -- that's all right.  But it was in the

11:00:35 25   Transocean's report that they were going to do an independent

5353

11:00:37  1  study?

11:00:38  2  A.  We discussed independent study, a group we put together to

11:00:41  3  study everything, yes.

11:00:42  4  Q.  So we don't need to go through this e-mail again, is that true?

11:00:45  5  A.  Fine.

11:00:46  6  Q.  Now, reference the AMF system, it's true, isn't it, that if we

11:00:57  7  utilize the casing shear ram first and then the blind shear ram in

11:01:04  8  the AMF system, the casing shear ram would be able to shear

11:01:07  9  anything that's in the hole, true?

11:01:09 10  A.  There are things it probably couldn't, but most everything.

11:01:13 11  That's its purpose.

11:01:14 12  Q.  There's nothing that you can think of right here today that was

11:01:16 13  on the Macondo system that would not have been sheared by the

11:01:18 14  casing shear ram, right?

11:01:20 15  A.  Only some drill collars.

11:01:22 16  Q.  I mean, not to get too much into the issue, but I mean,

11:01:28 17  basically the casing shear ram was going to shear anything that

11:01:31 18  they had down there, including tool joints and including anything

11:01:34 19  that was in the hole at the time of the incident, true?

11:01:36 20  A.  There are some tool joints it could shear, some possibly not.

11:01:39 21  Q.  And it's also true that the casing shear ram would have the

11:01:42 22  tendency to center the pipe after it's sheared, so that the BSR

11:01:48 23  would then be able to shear a centered pipe?  Is that a true

11:01:51 24  statement?

11:01:51 25  A.  The casing shear ram does have a very deep V shape and would

5354

11:01:56  1  have better centering capabilities.

11:01:57  2  Q.  Now, your company went to Korea did they not, to actually

11:02:05  3  review the *Deepwater Horizon* BOP before it was commissioned, did

11:02:10  4  they not?

11:02:10  5  A.  I don't remember exactly where they went, but I've got 90

11:02:14  6  surveyors, and I don't always know where everybody is.

11:02:17  7  Q.  7691 again, my friend.  You know, though, don't you, that your

11:02:25  8  company did a survey that *Deepwater Horizon*, because we saw it

11:02:28  9  yesterday in reference to how glowingly you reported that it was

11:02:31 10  going to work in the field, true?

11:02:33 11  A.  And I am seeing it here.

11:02:34 12  Q.  There it is.  7691.  Is that a true statement?

11:02:37 13  A.  This is our report by Mr. Eastveld.

11:02:39 14  Q.  You know that there are experts in this case -- in fact, I

11:02:42 15  think you may be the only one that doesn't agree -- that said that

11:02:47 16  it would be better, in fact, it would be safer if the CSR cut first

11:02:53 17  on the AMF system before the BSR, true?

11:02:56 18  A.  I've heard those statements.

11:02:57 19  Q.  Dr. Stevick, for instance, says that point-blank in his report,

11:03:02 20  right?

11:03:02 21  A.  I don't remember reading that, but I'll accept it.

11:03:05 22  Q.  So if you go to the first page, Robb.

11:03:10 23        It says the primary purpose of this assessment -- no, go

11:03:16 24  back.  We were there already.  "The primary purpose of this

11:03:19 25  assessment is to review the system and any anomalies," true?  And

OFFICIAL TRANSCRIPT

5355

11:03:26  1    then you say, we've got -- if you make the implementation of the

11:03:30  2    recommendations that you, Mr. Childs, and WEST Engineering have

11:03:34  3    included in this report, this rig should probably have a high

11:03:41  4    reliability in the BOP is.  That a summarization of that first

11:03:44  5    statement?

11:03:44  6    A.  Including also the Cameron punch list items, which means we

11:03:47  7    know it's not quite through commissioning.  There's still a few

11:03:51  8    punch list items to do.

11:03:52  9    Q.  Without putting too fine a point on it -- and I am going to be

11:03:55 10    quick, your Honor -- you have a vested interest sitting here today

11:03:58 11    in making sure this Court understands that you believe that the AMF

11:04:02 12    system should not have used the CSR, do you not, sir?

11:04:07 13    A.  The CSR was there to use.

11:04:09 14    Q.  But it wasn't on the AMF system, was it, sir?

11:04:12 15    A.  That's true.

11:04:13 16    Q.  Go to page two, Robb.  And then right here, I think we see

11:04:20 17    Mr. Greg Childs, do we not?  So you not only own the company that

11:04:25 18    did this report, you participated in it and you were there, either

11:04:30 19    personally or through your representatives, in Korea to discuss

11:04:34 20    whether or not this BOP should be configured in a certain way, did

11:04:37 21    you not?

11:04:37 22    A.  First, just for the record, I did not own the company.

11:04:40 23    Q.  I thought you were a principal.

11:04:42 24    A.  Principal.  That's different than owning the company.

11:04:44 25    Q.  Okay.  Being a principal of the company is different, okay.  So

5356

```
11:04:47  1   at least you were there, is that true?
11:04:49  2   A.  Yes, and I did --
11:04:51  3   Q.  You participated in this report, did you not?
11:04:52  4   A.  I did the technical review of this report.
11:04:55  5   Q.  Okay.  Robb, go to page two of six, Category 2.  Bates ends in
11:05:08  6   713.  First paragraph.  "The deadman circuit should be modified."
11:05:20  7   Do you see where that says that right there?
11:05:20  8   A.  Yes.
11:05:23  9   Q.  That means that they were trying to do something else, right?
11:05:27 10   A.  Let me read --
11:05:28 11   Q.  Modified means they're going to change it to do something else,
11:05:31 12   does it not?
11:05:32 13   A.  And they did this change.
11:05:33 14   Q.  Okay, good.  Let's finish it.  "The deadman circuit should be
11:05:37 15   modified to only close the shear rams and lock the ST locks."  Do
11:05:41 16   you see that?
11:05:41 17   A.  Yes, I see that.
11:05:43 18   Q.  That means that you made a conscious decision to tell BP, who
11:05:47 19   had already decided to use the casing shear rams on the AMF, not to
11:05:50 20   use them, did you not?
11:05:52 21   A.  I don't -- I don't know exactly what the change was.  It's been
11:05:57 22   too long.
11:05:57 23   Q.  Let's go later in the document and we'll figure it out.
11:06:00 24        MR. BAAY:  Your Honor, once again, I ask that Mr. Childs
11:06:03 25   be allowed to fully answer before they jump it.
```

5357

11:06:06  1           MR. VON STERNBERG:  I apologize.

11:06:08  2           THE COURT:  Yes, we have a little bit of talking over

11:06:10  3  each other.

11:06:11  4           MR. VON STERNBERG:  I apologize.  That's fine.

11:06:13  5  BY MR. VON STERNBERG:

11:06:14  6  Q.  So is it your testimony that you don't understand that BP had

11:06:18  7  initially decided to use the casing shear ram on the AMF circuit

11:06:21  8  and that your company told them not to when you got to Korea?  Is

11:06:25  9  that your testimony here today?

11:06:27 10  A.  I don't have that recollection.

11:06:28 11  Q.  Let's go to page two of eight of the appendix, which is Bates

11:06:33 12  724.  Right up top.  My pointer is not working.  Right there

11:06:50 13  (INDICATING).  Says, "Deadman sequence and philosophy to be

11:06:53 14  reviewed.  Implementation of casing shear ram sequence to be

11:06:57 15  reviewed."  Do you see that, sir?

11:06:59 16  A.  I see that.  This header to this document is?

11:07:02 17  Q.  "Deadman sequence and philosophy to be reviewed.  EDS and DMS,"

11:07:10 18  which is EDS and deadman system, "implementation of casing shears

11:07:14 19  to sequence to be reviewed."  Do you see that, sir?

11:07:17 20  A.  I see that.

11:07:18 21  Q.  Can you now agree with me that your company told BP not to use

11:07:21 22  the casing shear rams on the AMF sequence?

11:07:24 23  A.  This says it's under review.

11:07:27 24  Q.  Well, let's think about it.  Did the deadman sequence on the

11:07:33 25  *Deepwater Horizon* at the date of the incident allow for the casing

11:07:37 1    shear ram to activate before the blind shear ram?

11:07:39 2    A.  No, it activated the blind shear ram.

11:07:42 3    Q.  So your opinion today that the blind shear ram should have been

11:07:46 4    the only thing activated is the same thing that you told BP to do

11:07:51 5    over 13 years ago; is that true?

11:07:53 6    A.  There's a recommendation in here about reviewing the deadman

11:07:58 7    sequence.

11:07:58 8    Q.  And they did that review and they changed the system such that

11:08:01 9    it only sheared with the blind shear ram, true?

11:08:05 10   A.  I don't have that recollection right now that it was a direct

11:08:08 11   result of this that they changed anything.

11:08:11 12   Q.  Let's go to 3624.  And page -- this is another one of your

11:08:32 13   reports, correct, for evaluation of secondary intervention methods

11:08:38 14   in well control that we saw yesterday?

11:08:39 15   A.  It's from my company, yes.

11:08:41 16   Q.  Let's go to page 20 of 83.  Do you see the 4.2, Shear Ram

11:08:56 17   Capabilities, and this study was done for the MMS, was it not?

11:09:00 18   A.  That's correct.

11:09:01 19   Q.  So back in 2003 for the MMS, your company said, "The ultimate

11:09:07 20   success of the secondary intervention system," and they're talking

11:09:11 21   about the BOP, true?

11:09:12 22   A.  This is all BOP related.

11:09:13 23   Q.  Right.  "It's dependent upon the ability of the shear ram to

11:09:17 24   shear the drill pipe used under the specific well conditions

11:09:20 25   experienced."  Do you see that?

11:09:21  1    A.  Yes.

11:09:22  2    Q.  And:  "It is prudent to understand the pressure at which the

11:09:25  3    shear rams shear/seal the drill pipe."  True?

11:09:28  4    A.  Correct.

11:09:29  5    Q.  And then:  "The ability to deliver the pressure required to

11:09:33  6    shear the pipe at depth and with the mud used is most critical."

11:09:37  7    Do you agree with that?

11:09:39  8    A.  I do.

11:09:42  9              MR. VON STERNBERG:  Robb, 29 of 95.  It's number 4949 is

11:09:47 10    the end of Bates.

11:09:47 11    BY MR. VON STERNBERG:

11:09:54 12    Q.  If you go to single point failure, you talked about this a

11:09:57 13    little bit with Mr. Baay a little bit yesterday.  Redundant

11:10:03 14    systems.  Is that a true statement?  You need redundant systems on

11:10:08 15    a BOP, true?

11:10:09 16    A.  Yes.

11:10:09 17    Q.  "A single point failure is an independent component failure

11:10:13 18    that, if inoperable, will cause a function to become inoperable in

11:10:18 19    multiple sources."  True?

11:10:19 20    A.  That's what it says.

11:10:20 21    Q.  You see, ultimately, referring to the sealing shear ram, true?

11:10:24 22    A.  I'm sorry.  Where does it say that?

11:10:29 23    Q.  Sentence before, it says right here, "Ultimately, we're talking

11:10:32 24    about the sealing shear ram"?

11:10:33 25    A.  Okay.  My bad.  I was below.

5360

11:10:35  1   Q.  I am going to make one point about the battery, and then I am

11:10:42  2   going to go on.

11:10:43  3           MR. VON STERNBERG:  And I'll be done, your Honor.  Robb,

11:10:45  4   go to 77 of 85.  It ends in 4997.

11:10:45  5   BY MR. VON STERNBERG:

11:10:53  6   Q.  We talked a little bit about the batteries yesterday, the fact

11:10:56  7   that they could not be diagnosed from the surface in reference to

11:10:59  8   whether the batteries had failed or did not have sufficient charge

11:11:02  9   to activate the AMF.  Do you remember that?

11:11:05  10  A.  Yes, there was no battery monitoring from the surface.

11:11:07  11  Q.  Well, your report back in 2003 states this:  No. 8.  You see up

11:11:20  12  here, Robb, it says deadman system.

11:11:23  13          Says:  "System diagnostics are essentially nonexistent."

11:11:27  14  True?  Do you agree with that?

11:11:29  15  A.  It says that, yes.

11:11:30  16  Q.  They should operate open loop.  "There is no means to verify

11:11:34  17  functionality of the deadman system."  True?

11:11:36  18  A.  It says that, yes.

11:11:38  19  Q.  "If the sensors, batteries, or electronics fail, the only (and

11:11:43  20  first) indication of unavailability is failure to operate when

11:11:46  21  needed."  True?

11:11:48  22  A.  That's what it says.

11:11:49  23  Q.  And this happened in this situation, did it not?

11:11:52  24  A.  Yes.

11:11:54  25  Q.  And in fact, later in your report -- I am not going to show it

5361

11:11:58  1    to you just to keep time because I know I've already shown it to

11:12:02  2    the Court -- you actually state in this report that they could do

11:12:05  3    something as simple as putting a light on the pod to show when the

11:12:08  4    battery is active or not, true?

11:12:11  5    A.  I don't remember that precisely.  And just point of order, I

11:12:16  6    didn't write this.  It is from my company, yes, but I didn't write

11:12:19  7    this.  I didn't say those words exactly.

11:12:21  8    Q.  Did you participate in the mini shear study?

11:12:26  9    A.  Yes.

11:12:26  10   Q.  Back in 2004.

11:12:28  11   A.  Yes, I did.

11:12:29  12   Q.  The mini shear study and the other one that's in 2004?

11:12:32  13   A.  Yes, sir.

11:12:32  14   Q.  Now, I've shown the Court the mini shear study already, so I am

11:12:39  15   going to go ahead and show the Court something that we talked about

11:12:42  16   yesterday, which is called the Shear Ram Capability Study.  Did you

11:12:45  17   also participate in that?

11:12:45  18   A.  I did.

11:12:48  19         MR. VON STERNBERG:  1300, Robb.

11:12:48  20   BY MR. VON STERNBERG:

11:12:55  21   Q.  Now, you agree before we put it up there -- there it is.  You

11:12:59  22   agree this is in 2004, another thing that WEST Engineering, your

11:13:02  23   company, did for the Minerals Management Service, right?

11:13:05  24   A.  That is correct.

11:13:10  25   Q.  And you'll agree that --

OFFICIAL TRANSCRIPT

5362

11:13:13  1              MR. VON STERNBERG:  Page 103, Robb.

11:13:13  2   BY MR. VON STERNBERG:

11:13:16  3   Q.  When you try to calculate what shearing capacity the BSR is

11:13:20  4   going to have, you probably should put a safety factor in there,

11:13:20  5   shouldn't you?

11:13:23  6   A.  The equations we use do include factors of safety, and I was

11:13:27  7   later developing that factor of safety in this document.

11:13:30  8   Q.  And in fact, in 1-3, if you go up here, you even talk about the

11:13:35  9   safety issue, is that true?  Predict the shear point and add a

11:13:45 10   safety factor.  Is that a fair statement?

11:13:46 11   A.  That is fair.

11:13:47 12   Q.  Now, we know that the BSR was limited through the actuators to

11:13:52 13   4,000 psi, true?

11:13:53 14   A.  That's correct.

11:13:54 15   Q.  And what was the shearing capacity that you calculated in your

11:13:59 16   report?

11:13:59 17   A.  The shearing at depth was 3,871.  I might be off a psi or two.

11:14:08 18   Q.  3,871 from 4,000 is what?  About 29 psi?

11:14:13 19   A.  No.

11:14:15 20              THE COURT:  I think it's 129.

11:14:17 21              MR. VON STERNBERG:  Thank you, your Honor.  I am a

11:14:19 22   lawyer, not a mathematician.  I can only do percentages.

11:14:24 23   BY MR. VON STERNBERG:

11:14:24 24   Q.  So 139, is that true?

11:14:26 25   A.  That's correct.

11:14:26  1   Q.  What kind of percentage of safety factor do you think that

11:14:29  2   gives you in reference to whether or not this -- the BSR is going

11:14:33  3   to be able to shear this pipe?

11:14:34  4   A.  Before we can talk about a factor of safety there, we all have

11:14:39  5   to understand that this is actually a 5,000 psi system, supplying

11:14:45  6   dedicated 4,000 psi bottles with 4,000 psi in them.  So it's not a

11:14:53  7   shared system.  It's a dedicated system, it's 5,000 psi behind it

11:14:57  8   supplying those same accumulators.  So there is still a good safety

11:15:02  9   factor, even though you're at 3,871.

11:15:05  10  Q.  But we know the actuators were limited to 4,000 psi, so whether

11:15:11  11  you have 5,000 behind it or not, if you push the button, 4,000 psi

11:15:16  12  comes out of the accumulators and that's what you've got?

11:15:19  13  A.  You're going to get 4,000 from the dedicated accumulators at

11:15:23  14  this location for these shears.

11:15:25  15  Q.  Have you read the Bly Report?

11:15:27  16  A.  Yes, I have.

11:15:28  17  Q.  Are you familiar with the fact that Mr. Bly and his team came

11:15:31  18  up with the idea that the actuators were actually limited to only

11:15:35  19  3,368 psi because of the hydraulic leaks in the machine?

11:15:42  20  A.  I did not -- well, if I read that, I did not agree with it at

11:15:47  21  the time for sure.

11:15:47  22  Q.  You don't agree with it, but you know that it's there, right?

11:15:50  23  A.  I remember -- I couldn't quote the number like you just did,

11:15:55  24  but I remember there was something about that.

11:15:57  25          MR. VON STERNBERG:  Your Honor, I promised to keep it

5364

```
11:15:59   1   short, so I have two more questions.
11:16:00   2          THE COURT:  Okay.
11:16:01   3   BY MR. VON STERNBERG:
11:16:02   4   Q.  You remember reading Dr. Davis' deposition, do you not?
11:16:05   5   A.  I read it.
11:16:06   6          MR. VON STERNBERG:  This is still part of the same
11:16:07   7   question, your Honor.  Don't count it against me.  Dr. Davis
11:16:11   8   said --
11:16:13   9          THE COURT:  Never heard a lawyer yet say, "I have one
11:16:16  10   more question," and that be true.
11:16:19  11   BY MR. VON STERNBERG:
11:16:19  12   Q.  In Dr. Davis' opinion, if the 103Y solenoid had activated, it
11:16:25  13   would have been sheer luck.  Is that not what he said in his
11:16:30  14   deposition?
11:16:30  15   A.  I can't quote that.
11:16:32  16   Q.  And there was no luck on the Deepwater Horizon on April 20th,
11:16:36  17   2010, was there?
11:16:37  18   A.  I am not sure where you're going with that.  I don't know how
11:16:40  19   to answer that question.
11:16:40  20   Q.  I didn't anticipate that you would.
11:16:42  21          MR. VON STERNBERG:  Robb, go to page 3.1 of 1300.
11:16:42  22   BY MR. VON STERNBERG:
11:17:08  23   Q.  This, once again, is your WEST Engineering Services Shear Ram
11:17:11  24   Capabilities Study for the Mineral Management Service in 2004,
11:17:16  25   Exhibit TREX 1300.
```

5365

11:17:19  1          MR. VON STERNBERG:  You go down to right here

11:17:21  2  (INDICATING).  Take that paragraph out for the Court, please.

11:17:21  3  BY MR. VON STERNBERG:

11:17:28  4  Q.  "Manufacturers cannot directly compensate for parameters such

11:17:31  5  as mud weight and internal wellbore pressure in the shearing

11:17:34  6  operation."  Do you see that, sir?

11:17:35  7  A.  I see it.

11:17:36  8  Q.  This is one of your company's reports that, I think, you said

11:17:39  9  you participated in; is that true?

11:17:41  10  A.  Yes.

11:17:41  11  Q.  But they do provide the additional compensating pressures

11:17:44  12  required, true?  If you ask for more pressure, they could give it

11:17:47  13  to you, right?  Just like you said, it's limited to 4,000, but it

11:17:51  14  could have been 5,000, true?

11:17:52  15  A.  The system does contain 5,000 psi.

11:17:54  16  Q.  There has been little shearing or little sharing of shear data

11:18:02  17  that would allow for better understanding of shear requirements.

11:18:06  18  Do you see that, true?

11:18:07  19  A.  Yes, and of course, the reason for this report.

11:18:10  20          MR. VON STERNBERG:  Robb, go up two paragraphs, please,

11:18:10  21  and we'll finish this off.

11:18:10  22  BY MR. VON STERNBERG:

11:18:15  23  Q.  So if we take Dr. Davis at his word, and it would have been

11:18:24  24  sheer luck that the 103Y solenoid had activated, we still would

11:18:29  25  have had, what?  A grim snapshot that illustrated the preparedness

5366

1   of the industry to shear a well with the last line of defense

2   against the blowout.  Do you see that, sir?

3   A.  This is being taken out of context.  Prior to this testing with

4   some of the people we talked to on some of the rigs, they had not

5   checked their ability.  So if they had not checked their ability,

6   that's the grim snapshot.  They didn't know their ability or lack

7   of ability.  That's pretty grim.

8   Q.  All right.  Well, since you answered it that way, your Honor, I

9   have to indulge you for one more.  Document 5054.

10          THE COURT:  I think you're on about Question 35 here.

11          MR. VON STERNBERG:  I'm sorry, your Honor.  I am going to

12   lose my gold star, I know it.  Page three of 3.  5054.

13   BY MR. VON STERNBERG:

14   Q.  "This limited data set from the latest generation of rigs

15   paints a grim picture of the probability of success when utilizing

16   this final tool in securing a well after a well control event."  Do

17   you see that, sir?

18   A.  The limited data set that we were able to receive from the

19   field.

20   Q.  That's a WEST study in December of 2002 about a blind shear ram

21   in reference to its ability to shear if, in fact, you're lucky

22   enough to have it activated; is that a true statement?

23   A.  Again, with the limited data here is that that is what we were

24   able to get from the field.  There may be more.  We don't know how

25   much more data there is.

11:20:17  1            MR. VON STERNBERG:  Thank you, your Honor, for your time.

11:20:19  2   I apologize for going more than two questions.

11:20:23  3            THE COURT:  Okay.  BP.

11:21:14  4            MS. KARIS:  May I proceed, your Honor?

11:21:15  5            THE COURT:  Yes.

11:21:16  6            MS. KARIS:  Thank you.

11:21:17  7                      CROSS-EXAMINATION

11:21:17  8   BY MS. KARIS:

11:21:18  9   Q.  Hariklia Karis conducting cross-examination of Mr. Childs on

11:21:23 10   behalf of BP.

11:21:25 11            Mr. Childs, I want to step back to where you began your

11:21:30 12   analysis.  As I understand it from your report, you started your

11:21:34 13   analysis when the BOP first came into use, which is when you

11:21:38 14   concluded the upper annular closed; is that correct?

11:21:42 15   A.  Yes.  Basically, I didn't look any further back than that.

11:21:46 16   Q.  And so in your opinion, the drill floor activated the upper

11:21:50 17   annular at 21:43 or 9:43 in the evening of April 20th?

11:21:57 18   A.  Give or take that time a little bit, yes, ma'am.

11:22:00 19   Q.  And I understand that you did not undertake an analysis to

11:22:05 20   figure out when the crew first detected that they had a well

11:22:10 21   control situation, correct?

11:22:12 22   A.  No.  That was left for the people doing the well control part.

11:22:19 23   Q.  And Mr. Barnhill testified just before you, and I'll represent

11:22:24 24   to you that he said they recognized they had a well control

11:22:27 25   situation no later than 21:26.

11:22:32  1   A.  Okay.

11:22:33  2   Q.  So that would mean that there were 17 minutes between when, at

11:22:38  3   least, Mr. Barnhill says the crew recognized a well control

11:22:42  4   situation and when you concluded the first well control action was

11:22:48  5   taken with respect to activating the BOP, correct?

11:22:53  6           MR. BAAY:  I am sorry to interrupt.  I do object to the

11:22:56  7   representation of Mr. Barnhill as to first time noticing it.

11:23:00  8           THE COURT:  All right.  Overrule the objection.

11:23:04  9           THE WITNESS:  Now, I'll have to request that you redo the

11:23:07 10   question.

11:23:08 11   BY MS. KARIS:

11:23:08 12   Q.  Assuming Mr. Barnhill testified that the rig crew detected that

11:23:12 13   they were in a well control situation no later than 21:26, you

11:23:17 14   would agree with me that that would mean there were 17 minutes that

11:23:20 15   passed between that recognition and when you concluded the first

11:23:25 16   action was taken in connection with the BOP, correct?

11:23:29 17   A.  Within connection to the BOP, yes.  If that's all true.  Again,

11:23:35 18   I didn't study that area.

11:23:36 19   Q.  I understand.  I just want to make sure that in the study that

11:23:40 20   you did undertake, you saw no signs of an earlier attempt to

11:23:46 21   activate the BOP prior to 21:43?

11:23:51 22   A.  I believe that's correct.

11:23:52 23   Q.  Now, you agree with me, as somebody who deals in the BOP

11:23:57 24   industry for decades, that it is commonly understood that the

11:24:02 25   longer it takes to respond to a kick, the more difficult it is to

1   control that kick with a BOP?

2   A.  As I agreed in my deposition, earlier has got to be better.  I

3   am not a well control expert, I don't get into that; but earlier

4   closure would be better than later.

5   Q.  And I recognize you're not a well control expert, I am asking

6   you as an expert in BOPs whether you would agree that the earlier

7   you activate that piece of equipment that you have expertise in,

8   the greater your chance of using that BOP to control a well control

9   event?

10   A.  There's so many factors that would come into play.  If I did it

11   too early, I may be jeopardizing another action that's occurring.

12   So without good communication or, I guess, I could say with good

13   communication and you might be able to do it earlier, yes.

14   Q.  But you would agree, at least, that it's more difficult to

15   control a kick if you delay activation?

16   A.  If there's a known kick, earlier is better than later.

17   Q.  And you would also agree as an expert in BOPs that early

18   operation, to use your words, of the BOP is critical to effective

19   well control, correct?

20   A.  Similar to that last answer, yes, ma'am.

21   Q.  What you did look at as part of your analysis is what impact

22   the timing of any action to activate the BOP had on the performance

23   of the BOP; is that correct?

24   A.  That's correct.

25   Q.  And in your opinion, the election of the crew to go to the

5370

11:25:58  1   annular at 9:43 had some impact on how the upper annular performed;

11:26:05  2   is that fair?

11:26:06  3   A.  Well, I guess I struggle with the word "election."  The fact

11:26:12  4   that it happened not until 9:47 had some effect, yes.

11:26:16  5   Q.  You said 9:47.

11:26:18  6   A.  I'm sorry.

11:26:18  7   Q.  Just to have a clear record.  Somebody made the decision to

11:26:23  8   activate the upper annular at 9:43 in your opinion?

11:26:28  9   A.  Three, yes, ma'am.

11:26:29 10   Q.  And I don't want to quibble with you, but you know there are

11:26:31 11   some folks, including the BP internal investigation team,

11:26:36 12   Mr. Shanks, who actually think that that upper annular was

11:26:39 13   activated a couple of minutes earlier than your opinion of 9:43,

11:26:43 14   fair?

11:26:44 15   A.  I've seen that, yes.

11:26:45 16   Q.  Is it correct that once that election was made to activate the

11:26:52 17   upper annular at 9:43 using your time, the upper annular worked and

11:27:00 18   that it activated, but it could not seal the well?

11:27:05 19   A.  Yes, it closed, but it did not achieve a seal.

11:27:07 20   Q.  And it takes approximately 26 seconds, in your opinion, to

11:27:12 21   close that upper annular?

11:27:14 22   A.  From the time it receives fluid to the end, I think we

11:27:18 23   discussed it before, there's also maybe the time it takes the guy

11:27:21 24   to go push the button, but the actual activation time of the

11:27:25 25   annular right at 26 seconds.

11:27:27  1    Q.  Do you know how close the panel is to where the gentleman is

11:27:30  2    sitting who is going to push it if it's somebody who is in the

11:27:34  3    driller's cabin?

11:27:35  4    A.  Of course I don't know which button was pushed right now.  The

11:27:38  5    driller's cabin is fairly small, we've seen photographs of it, so

11:27:43  6    he would be close to it.

11:27:44  7    Q.  So it's a few steps away and then 26 seconds to actually

11:27:49  8    activate the upper annular?

11:27:50  9    A.  It has to process through, so a few seconds there, but the

11:27:53  10   actual fluid time is 26.

11:27:54  11   Q.  And what you believe happened is during those 26 seconds debris

11:28:01  12   flowed with increasing velocity through the rubber packing elements

11:28:06  13   in that upper annular; is that correct?

11:28:08  14   A.  Both were closing partially on the tool joint and increased

11:28:13  15   velocity.  And 26 seconds is a long time if we we're to sit here

11:28:17  16   silent for 26 seconds, it seems like a long time.

11:28:21  17   Q.  And we'll get into your failure mode analysis or how you

11:28:25  18   believe this all failed, but I just want to understand what you

11:28:30  19   think happened is that once they attempted to close the annular,

11:28:32  20   velocities were high enough, debris was flowing and actually

11:28:38  21   wearing away at some of elastomers?

11:28:40  22   A.  Some of the erosion and difficulties did start occurring as

11:28:44  23   they were closing, yes, ma'am.

11:28:45  24   Q.  And is it fair to say that you believe that at that point in

11:28:49  25   time when they attempted to activate the annular, there was an

5372

11:28:54  1  extreme well control situation that the BOP was trying to respond

11:28:59  2  to?

11:28:59  3  A.  We've already stated that, yes, there was extreme flow at this

11:29:04  4  point lifting the drill pipe all the way down.  I'm sure we'll get

11:29:08  5  into that.

11:29:08  6  Q.  The next action taken from your -- in your review with respect

11:29:18  7  to the BOP was an attempt to activate the variable bore rams or the

11:29:24  8  VBR as we've called it, correct?

11:29:25  9  A.  The next action was closing of the VBRs.

11:29:28  10  Q.  And that action took place at 21:47, thereabouts?

11:29:34  11  A.  Give or take, yes.

11:29:36  12  Q.  And in your opinion, both the upper and the middle VBRs were

11:29:41  13  activated at that point?

11:29:42  14  A.  Yes, ma'am.

11:29:43  15  Q.  And the VBRs did, in fact, stop the flow and seal the well,

11:29:50  16  correct?

11:29:51  17  A.  Yes, at least temporarily.

11:29:53  18  Q.  You're aware that after the VBRs stopped the flow and sealed

11:30:02  19  the well at around 9:47, there was a later attempt to activate the

11:30:10  20  EDS at approximately 21:56, correct?

11:30:16  21  A.  I don't remember the time, but, yes.

11:30:17  22  Q.  But prior to the attempt to activate the EDS, there had been an

11:30:24  23  explosion?

11:30:24  24  A.  That is also correct.

11:30:25  25  Q.  Or at least one explosion, possibly multiple explosions,

11:30:30  1    correct?

11:30:30  2    A.  Yes.

11:30:30  3    Q.  You saw no attempt to activate the EDS prior to the explosion;

11:30:35  4    is that accurate?

11:30:36  5    A.  I saw nothing one way or the other.

11:30:39  6    Q.  Now, when you spoke yesterday regarding the activation of the

11:30:43  7    VBR, you talked about something called the ST locks.  Do you recall

11:30:47  8    that?

11:30:47  9    A.  Yes, ma'am.

11:30:47 10    Q.  And in your opinion at 9:47 when the crew attempt -- or did

11:30:55 11    activate the VBRs, you believe they did not engage the ST locks at

11:31:01 12    that time, correct?

11:31:01 13    A.  That's correct.

11:31:02 14    Q.  But you're aware that Transocean actually has a policy with

11:31:08 15    respect to whether the ST locks should be engaged?

11:31:13 16    A.  I'm sure they have policies about ST locks, yes, ma'am.

11:31:16 17          MS. KARIS:  And if we can look at Exhibit 1454.81.1.

11:31:16 18    BY MS. KARIS:

11:31:26 19    Q.  Have you seen this document, *Transocean Well Control Handbook*

11:31:31 20    *and Policies*?

11:31:33 21    A.  I am not absolutely sure.  I might have, but I can't be sure.

11:31:38 22    Q.  Okay.  Well, let me ask you.  When you reached the opinion that

11:31:41 23    the crew did not engage the ST locks, did you look at whether

11:31:48 24    Transocean's policy actually required that they engage those ST

11:31:52 25    locks when they activate the VBRs?

5374

11:31:55  1    A.  My study at that time was more with those that we could talk

11:31:59  2    to, Chris Pleasant and others that were on the rig.

11:32:04  3    Q.  Respectfully, my question was slightly different.  Did you look

11:32:07  4    at whether Transocean had a written policy that required that when

11:32:11  5    the crew activated the VBRs they actually do engage the ST locks?

11:32:17  6    A.  No, I did not look for the policy.  I relied upon those that I

11:32:22  7    could talk to about what did happen.

11:32:24  8    Q.  And those that you spoke to, those were not the folks that

11:32:31  9    activated the VBRs, were they?

11:32:33 10    A.  At this point in time, I can't remember who might have actually

11:32:38 11    pushed the button, sorry.

11:32:39 12    Q.  Do you know whether the VBR was activated from the rig floor or

11:32:43 13    from the bridge?

11:32:44 14    A.  Again, at this point I don't know which button was pushed.

11:32:49 15    Q.  And so is it fair to say that in reaching your conclusion and

11:32:55 16    giving us all of your opinions yesterday about the ST locks not

11:32:59 17    holding, that was based on an assumption that you made that the ST

11:33:04 18    locks were not engaged as Transocean's policy requires?

11:33:09 19    A.  Correct.  It was based on what I knew from the people that I

11:33:14 20    could talk to.

11:33:15 21    Q.  And you're aware that there are experts in this case when they

11:33:19 22    attempted to understand what happened here, who concluded that

11:33:22 23    those ST locks were, in fact, engaged as Transocean's policy

11:33:27 24    requires?

11:33:28 25    A.  Actually, I don't remember reading that.

5375

11:33:30  1    Q.  Okay.  Do you have an understanding as to whether Mr. Shanks,

11:33:36  2    BP's expert, reached a conclusion as to whether the ST locks were

11:33:41  3    engaged?

11:33:41  4    A.  I don't remember that at the moment, no, ma'am.

11:33:44  5    Q.  Is it fair to say, though, that the engagement of the ST locks

11:33:53  6    were relevant to your analysis of the failure mode here?

11:33:57  7    A.  Yes, they were.

11:33:58  8    Q.  And you reached those conclusions based on your own assumptions

11:34:03  9    as to what the crew did after you spoke to some individuals?

11:34:06  10   A.  Well, as I've already also stated, by what I learned from other

11:34:11  11   people I could speak with.

11:34:24  12   Q.  Moving forward in time.  We talked about when the annulars were

11:34:28  13   activated, the VBRs, the EDS sequence, and then you also spoke

11:34:35  14   yesterday about the traveling block, and I just want to make sure

11:34:38  15   when we talk about the traveling block.

11:34:42  16        You're familiar with where the traveling block is in

11:34:45  17   connection with where the drill pipe is, correct?

11:34:47  18   A.  Yes, ma'am.

11:34:48  19   Q.  And can you describe for the Court where the traveling block

11:34:52  20   cable would be, or where the traveling block would be in connection

11:34:56  21   with the drill pipe?

11:34:57  22   A.  The traveling block is in the derrick.  The drill pipe is

11:35:02  23   connected to the traveling block.

11:35:03  24        MR. KARIS:  And so if we can pull up D-4338B.  We have a

11:35:11  25   demonstrative here.

5376

BY MS. KARIS:

Q.  Is it accurate that based on your assessment and the opinions

of -- strike that.

        Based on your assessment, the traveling block fell

approximately a half an hour after the explosion?

A.  We get that from the eye witness accounts.

Q.  In fact, witnesses saw the traveling block fall, correct?

A.  Right.  But the time is based on their recollection.

Q.  And what they opined is that that happened -- or what they best

recall is that that happened approximately a half an hour after the

explosion, right?

A.  Yes, that's what I have.

Q.  And the traveling block, it is approximately 190,000 pounds; is

that correct?

A.  I'll accept that, yes.

Q.  And that sits immediately above the rotary table where the

drill pipe runs, correct?

A.  Yes.

Q.  And you're aware that -- you testified yesterday about your

disagreement with Mr. Shanks in connection with the traveling

block, correct?

A.  With his theory, yes.

Q.  Right.  And to be clear, because we saw an animation, that

traveling block, 190,000 pounds of force would have fallen

approximately 27 feet, correct?

5377

11:36:27 1   A.  I never took the measurements, but I'll accept this.

11:36:30 2   Q.  And you would agree with me that that is a tremendous amount of

11:36:34 3   force when that traveling block falls?

11:36:38 4   A.  Yes, that's a lot of weight.

11:36:39 5   Q.  It is a tremendous amount of force on the drill pipe as well,

11:36:43 6   correct?

11:36:44 7   A.  Correct.

11:36:45 8   Q.  Now, you testified yesterday that everybody agrees that the

11:36:57 9   drill pipe separated at some point, correct?

11:36:59 10   A.  Yes.

11:37:00 11   Q.  But where the disagreement is, is to when that drill pipe

11:37:05 12   separated, correct?

11:37:07 13   A.  Yes, there would be some disagreement.

11:37:08 14   Q.  And to be clear, the timing of when the drill pipe separated is

11:37:18 15   relevant to the timing of when -- whether the AMF activated,

11:37:24 16   correct?

11:37:25 17   A.  It is.

11:37:25 18   Q.  And it's also relevant to the consideration of whether it was

11:37:30 19   the autoshear actually that activated to close in the blind shear

11:37:35 20   ram, correct?

11:37:36 21   A.  This is all in the context of where the pipe is?

11:37:40 22   Q.  Correct.

11:37:41 23   A.  Yes.

11:37:42 24   Q.  I'm going to talk a lot more about batteries and solenoids.

11:37:58 25   But just to be clear, if the blue pod battery was not working on

5378

11:38:05  1   the evening of April 20th and the miswired solenoid in the yellow

11:38:11  2   pod actually could not activate and work, you would agree with me,

11:38:15  3   then, that the AMF cannot work?

11:38:19  4   A.  Yeah, that's, of course, two "ifs."

11:38:21  5   Q.  That's correct.

11:38:22  6   A.  If this was not working and this was not working, if both of

11:38:27  7   those ifs were true -- I don't believe they are, of course -- the

11:38:31  8   AMF could not have functioned.

11:38:33  9         MS. KARIS:  And if we can put up D-6703.

11:38:33  10  BY MS. KARIS:

11:38:41  11  Q.  And this is one of the demonstratives that Transocean showed to

11:38:45  12  you with respect to all of the areas where you have agreement or

11:38:49  13  disagreement with.  And what's noticeably absent from here is the

11:38:55  14  opinion as to the "if" about whether the solenoid actually worked

11:39:00  15  that night, correct?  There's nothing on here as to that point,

11:39:04  16  correct?

11:39:05  17  A.  Not directly, no, ma'am.

11:39:07  18  Q.  And in fact, had that column been added, what we would see is

11:39:11  19  that you are the only expert in this list here who concluded that

11:39:17  20  that solenoid operated, correct?

11:39:19  21  A.  That's probably correct.

11:39:21  22  Q.  And that solenoid you concede was miswired?

11:39:25  23  A.  Yes.  We know it was miswired and we were the only ones that

11:39:30  24  did testing to determine how it would operate.

11:39:32  25  Q.  And I promise we will get to that testing, but you concede that

5379

11:39:36  1   you're the only one that concluded who looked at this issue that

11:39:41  2   that solenoid which was miswired actually worked, correct?

11:39:45  3   A.  We were the only ones that did testing that showed it, yes.

11:39:48  4   Q.  And that column doesn't appear on this list of BOP expert

11:39:52  5   opinions.

11:39:53  6         The other thing that doesn't appear on this list of

11:39:56  7   expert BOP opinions is whether the battery in the blue pod actually

11:40:01  8   was functioning, correct?

11:40:02  9   A.  It's not directly in here.

11:40:05 10   Q.  And likewise, had that line item been added, you would be the

11:40:10 11   only expert in this case from all of the folks listed here,

11:40:14 12   Cameron, Halliburton, PSC, BP, and U.S., you would be the only one

11:40:21 13   who concluded that that blue pod battery, 27-volt battery, did, in

11:40:28 14   fact, work on the evening of April 20th, correct?

11:40:31 15   A.  That may be true.  I am not 100 percent.  There was some

11:40:35 16   deviation a little here, but, of course, I did believe that, of

11:40:39 17   course.

11:40:39 18   Q.  We'll get to whether there is a deviation then.  But I'll

11:40:44 19   represent to you, and you'll see as we go through the documents,

11:40:47 20   that you're the only expert in this case that reached the

11:40:50 21   conclusion that that battery worked, the 27-volt battery in the

11:40:54 22   blue pod?

11:40:54 23   A.  I do agree with that.

11:40:55 24   Q.  And remember we started with the ifs.  The if the solenoid

11:41:00 25   worked -- or didn't work and if the battery didn't work.  You would

5380

11:41:04  1  agree with me then -- you already did agree, as I understand it,

11:41:08  2  that the meant that the AMF could not have functioned if those two

11:41:12  3  didn't work.

11:41:12  4  A.  I'm sure we could add lots of ifs together and get quite a few

11:41:17  5  different answers.

11:41:17  6  Q.  So likewise, then, given that everybody else in the case who

11:41:21  7  looked at this concluded the solenoid did not fire in the yellow

11:41:24  8  pod and the battery in the blue pod did not work, eliminating all

11:41:28  9  of the redundancy, everyone else then concluded that the AMF did

11:41:33 10  not function as you opine it did, correct?

11:41:36 11  A.  The others said differently than I say.  That's, I think, what

11:41:42 12  you said.

11:41:42 13  Q.  Again, a column that's not on here -- or row that's not on

11:41:50 14  here, you would be the only one that concluded the AMF functioned

11:41:50 15  on the evening of April 20th?

11:41:52 16  A.  Yes.

11:41:52 17  Q.  Now, after the AMF, there is no dispute that on April 22nd, the

11:42:27 18  autoshear was activated, correct?

11:42:29 19  A.  Yes, there's no dispute.

11:42:31 20  Q.  And it was activated approximately 7:30 on the morning of

11:42:35 21  April 22nd by an ROV?

11:42:38 22  A.  By the ROV cutting the pin, yes.

11:42:40 23  Q.  You believe that by that time, as we said, the AMF had worked,

11:42:46 24  but it had not fully closed the drill pipe due to it being

11:42:50 25  off-center, as you have described?

5381

11:42:51  1   A.  Closed on the off-centered drill pipe, yes, ma'am.

11:42:55  2   Q.  But you do believe that the activation of the AMF did further

11:42:58  3   close the blind shear rams?

11:43:00  4   A.  I believe I say in my report it could have.  We don't know for

11:43:04  5   sure, it could have closed it further.

11:43:06  6   Q.  It may have further closed them?

11:43:08  7   A.  Yes, ma'am.

11:43:08  8   Q.  And you recognize that there's several experts in this case who

11:43:13  9   opine that actually the autoshear is what closed the blind shear

11:43:17 10   ram, not the AMF?

11:43:18 11   A.  Yes, I said so yesterday.

11:43:20 12   Q.  Let's change gears for a second -- a few minutes, I should say.

11:43:40 13   You were asked several questions about the configuration of this

11:43:43 14   BOP and whether it was suitable.

11:43:45 15   A.  Yes.

11:43:46 16   Q.  And is it correct to say that you looked at the configuration

11:43:52 17   of this BOP and compared it to the industry practice at the time in

11:43:57 18   April of 2010, to see how it matched up to that industry practice?

11:44:01 19   A.  I did.

11:44:02 20   Q.  And the *Deepwater Horizon*'s BOP's configuration met industry

11:44:09 21   standard, it was in line with that standard, correct?

11:44:11 22   A.  It was.

11:44:12 23   Q.  And likewise, you looked at whether the Mineral Management

11:44:18 24   Service, the relevant regulatory body at the time, had reviewed the

11:44:22 25   BOP configuration with the stripping annular and the test ram and

5382

11:44:29  1   also concluded that that BOP was suitable for use in the Gulf of

11:44:35  2   Mexico on the Macondo well?

11:44:36  3   A.  Yes.  Mineral Management Service accepted the APD and accepted

11:44:41  4   the stack.

11:44:42  5   Q.  If we could put up D-4599.  In the interest of time, rather

11:44:58  6   than going through all of these with you, is it accurate to say

11:45:02  7   that every one of those features that's listed here that you've

11:45:04  8   talked about earlier today and yesterday, the MMS approved, they

11:45:08  9   complied with industry standard, and you concluded it was suitable

11:45:12  10  for Macondo?

11:45:12  11  A.  I believe that's all correct.

11:45:14  12  Q.  You were asked earlier today about whether the BOP stack met

11:45:26  13  regulatory requirements.  Those were some of the questions you were

11:45:30  14  asked this morning, do you recall that?

11:45:32  15  A.  Yes.

11:45:32  16  Q.  And if we go to D-4607.  And, again, in the interest of

11:45:40  17  summarizing rather than going through all of these, regulation --

11:45:45  18  on the left-hand column were set out what the regulation requires

11:45:50  19  and the right-hand column, it sets out what the *Deepwater Horizon*

11:45:53  20  BOP actually contained with respect to the configuration, and this

11:45:58  21  BOP stack on the *Deepwater Horizon* at the Macondo well satisfied

11:46:01  22  each and every one of those, correct?

11:46:04  23  A.  Yes, this appears correct, it did.

11:46:06  24  Q.  Trying to skip forward here because a lot of this was covered.

11:46:25  25       You were asked some questions this morning about the

5383

1   different shear rams -- shear ram configurations, and some

2   questions were asked of you of having two blind shear rams on a BOP

3   stack.  Do you recall that generally?

4   A.  I do.

5   Q.  And to be clear, did you ever undertake an analysis to

6   understand whether the *Deepwater Horizon*'s BOP stack, which had a

7   blind shear ram, casing shear ram, two annulars and the three VBRs,

8   whether that specific stack could have been reconfigured to add a

9   second blind shear ram?

10  A.  Did I do an analysis?

11  Q.  Yes.

12  A.  No.  I understand it well enough to be able to answer, but I

13  didn't do an analysis.

14  Q.  Okay.  That was not part of the work that you did in connection

15  with this case?

16  A.  No.  But if I am asked the question, I could assist.

17  Q.  I don't want to ask you about opinions that are outside of what

18  you've already disclosed, so let's see if we can move forward on

19  that.

20          You did, however, as part of your work you did in this case,

21  look at whether some of the other technology that was out there in

22  connection with shearing rams was better and safer available

23  technology, correct?

24  A.  Correct.

25  Q.  And can you tell us what your conclusion was as an expert in

5384

11:48:12  1   the industry on BOPs, as to whether the technology that existed was

11:48:17  2   better and safer technology for the *Deepwater Horizon*'s BOP?

11:48:22  3   A.  Are you talking about a specific one or just all of them we

11:48:26  4   discussed?

11:48:27  5   Q.  Specifically with respect to shearing rams.

11:48:30  6   A.  I looked at the shear rams.  There was no issue with the

11:48:34  7   shearing blind rams.

11:48:38  8   Q.  And in your opinion, was there an issue with this particular

11:48:42  9   stack not having two blind shear rams?

11:48:45 10   A.  No, it had the casing shear ram in place of the blind shear

11:48:49 11   ram -- the second blind shear ram, excuse me.

11:48:51 12   Q.  You were asked some questions about acoustic systems.

11:48:57 13   A.  Yes.

11:48:58 14   Q.  And you've rendered an opinion in this case in connection with

11:49:03 15   the acoustic systems, correct?

11:49:04 16   A.  Yes.

11:49:05 17   Q.  And what was your opinion or conclusion regarding whether the

11:49:11 18   BOP on the *Deepwater Horizon* required an acoustic system?

11:49:16 19   A.  Of course, in U.S. waters, there's no requirement for an

11:49:22 20   acoustic system.

11:49:25 21   Q.  Is that still true today?

11:49:27 22   A.  I believe it is still true today, yes.

11:49:29 23   Q.  Now, you were asked by Mr. DeGravelles this morning about

11:49:36 24   reliability studies -- or reliability concerns, do you recall that?

11:49:39 25   A.  Yes, ma'am.

5385

11:49:40  1   Q.  And you told him that, in your own experience, you had had some
11:49:47  2   concerns about the reliability of acoustic systems?
11:49:51  3   A.  I have.
11:49:51  4   Q.  And you were then shown some testimony or referenced some
11:50:01  5   testimony of Cameron's employees who had not, at least to their
11:50:06  6   knowledge, heard of concerns with the reliability of acoustic
11:50:11  7   systems, do you recall that generally?
11:50:13  8   A.  I do.
11:50:14  9   Q.  In your own experience as somebody who has worked in this
11:50:19 10   industry, have you come across reliability concerns for acoustic
11:50:23 11   systems on -- excuse me, drilling rigs?
11:50:30 12   A.  Yes, I have.  Of course, as we know, I have men on rigs around
11:50:35 13   the world, and I repeatedly get reports where testing of acoustic
11:50:39 14   systems, showing them not to be functional and having to be
11:50:43 15   repaired and having difficulty getting the signals to the
11:50:48 16   transponder.
11:50:48 17   Q.  Are you familiar with a study that WEST Engineering did on
11:50:56 18   behalf of Mineral Management Service in order to evaluate acoustic
11:51:02 19   systems and the reliability of acoustic systems?
11:51:06 20   A.  Yes.
11:51:06 21   Q.  And if we can pull up TREX-03298.1.  Is this that study that
11:51:22 22   WEST performed on behalf of Mineral Management Services, the
11:51:26 23   regulatory body for the United States at the time for BOPs, to
11:51:30 24   evaluate the reliability of acoustic systems?
11:51:33 25   A.  That's correct.

5386

11:51:34  1    Q.  And if we can go to page 15 of this, please -- sorry.  Page 82

11:51:42  2    to 83 of this.  Exhibit 03298.  And if you can cull out the bottom.

11:51:59  3          Is this part of that analysis that was undertaken by WEST

11:52:02  4    to evaluate acoustic systems?

11:52:04  5    A.  It is.

11:52:05  6    Q.  And if we can go down to the next page.  The top, please.

11:52:20  7    Number six begins by saying, "Acoustic communication can be

11:52:23  8    unreliable if operated in water depth that differs significantly

11:52:28  9    from the design criteria."

11:52:29 10    A.  That is correct.

11:52:30 11    Q.  And then number seven says, "Many drilling companies do not use

11:52:35 12    acoustic systems unless mandated by regulation because of high cost

11:52:40 13    and perceived high failure rates."  Do you see that?

11:52:44 14    A.  I do.

11:52:44 15    Q.  And have you had experience with those high failure rates?

11:52:48 16    A.  Yes.  As I alluded to already, invariably, we try to test.  And

11:52:54 17    something about the system doesn't work, the signal does not get to

11:52:58 18    the transponder.

11:52:59 19    Q.  There was reference to the acoustic system being a backup

11:53:12 20    system in the event that you lose your single point of failure.  Do

11:53:16 21    you recall that?

11:53:16 22    A.  Yes, it would be only a backup.

11:53:19 23    Q.  Did the *Deepwater Horizon* have a backup system even though it

11:53:24 24    didn't have an acoustic system?

11:53:26 25    A.  Yes, it had backup systems.

11:53:28  1    Q.  What was that system?

11:53:29  2    A.  That AMF and autoshear both.

11:53:32  3    Q.  And so by not having an acoustic system, that did not render

11:53:38  4    *Deepwater Horizon* without any backup system, correct?

11:53:40  5    A.  That's correct.

11:53:40  6    Q.  And, in fact, the industry in the Gulf of Mexico all uses

11:53:49  7    AMF -- excuse me, AMF as the backup system, correct?

11:53:54  8    A.  By other names by some, but, yes, that type of system.

11:53:58  9    Q.  And even today, the relevant regulatory body does not require

11:54:10  10   acoustic systems and, instead, relies on AMFs and autoshear as the

11:54:16  11   backup system, correct?

11:54:18  12   A.  That's correct.

11:54:19  13       THE COURT:  Ms. Karis, let me interrupt because I need to

11:54:22  14   clear up something.  I recall there's been some prior testimony

11:54:26  15   that -- evidence somewhere that although this is not required in

11:54:31  16   the Gulf of Mexico, it is required in the North Sea, in Brazil

11:54:36  17   perhaps.

11:54:36  18       THE WITNESS:  Precisely it's Norweigian North Sea, only

11:54:40  19   the Norwegians.  And somehow the -- only the Petrobras part of

11:54:48  20   Brazil, only if you're working for Petrobras, they've adopted also

11:54:53  21   to use acoustic.  If you're in Brazil and not working for

11:54:56  22   Petrobras, you don't have to.

11:54:59  23       THE COURT:  What's the reason it's required or used there

11:55:02  24   and not here, if you know?

11:55:04  25       THE WITNESS:  I don't know all of the history.  And the

OFFICIAL TRANSCRIPT

11:55:07  1    way I heard it for Brazil, they basically adopted the Norweigian

11:55:11  2    way.  So it's not all of the North Sea, just the Norweigian sector,

11:55:16  3    not the UK sector.

11:55:17  4              THE COURT:  All right.  Thank you.

11:55:19  5    BY MS. KARIS:

11:55:21  6    Q.  And there's been -- move off acoustic systems now, go to a

11:55:27  7    design feature that you were asked about today and yesterday.  The

11:55:29  8    location of the MUX cables.  I don't want to spend a lot of time on

11:55:33  9    the MUX cables.  But is it fair to say that you're not aware of a

11:55:37  10   single rig anywhere in the world that routes the MUX cables any

11:55:41  11   other way other than the moon pool, which is how they were routed

11:55:46  12   here?

11:55:46  13   A.  I am aware of no other routing whatsoever.

11:55:49  14   Q.  And so any suggestion that the MUX cables should have been

11:55:55  15   routed differently would basically be different than any other rig

11:56:00  16   anywhere in the world?

11:56:01  17   A.  It would be a whole new set of design risk assessments,

11:56:05  18   evaluations, total departure, yes.

11:56:08  19   Q.  Let's talk about the Mark III control system that you were

11:56:16  20   asked about some yesterday and some today.  The *Deepwater Horizon*

11:56:22  21   had a Mark II system?

11:56:24  22   A.  That's correct.

11:56:24  23   Q.  The Mark II is a standard control system among BOPs, even in

11:56:29  24   use today?

11:56:30  25   A.  Yes, it's still in use.

11:56:31  1    Q.  You are not aware of any rig anywhere that upgraded Cameron's

11:56:38  2    Mark II system to a Mark III control system that had already been

11:56:42  3    in use?

11:56:43  4    A.  I am not aware.

11:56:44  5    Q.  You're not aware that there even could be an upgrade of the

11:56:54  6    Mark II system to the Mark III system if a rig is already equipped

11:56:58  7    with a Mark II system?

11:57:00  8    A.  As I tried to discuss before, there could be difficulties even

11:57:06  9    fitting these batteries and such within the enclosure.  It might

11:57:10 10    have to be a full replacement.

11:57:12 11    Q.  And so with respect to the issue of whether it's feasible to

11:57:16 12    even fit it, that's not an analysis any expert in this case has

11:57:20 13    undertaken, as far as you've seen, correct?

11:57:23 14    A.  That's correct.  Nobody's done that, that I know of.

11:57:26 15    Q.  But what you do know is that you've never seen that happen in

11:57:30 16    the field where you practice every day?

11:57:31 17    A.  And I've never heard of it either.

11:57:34 18    Q.  Thank you.  You were asked about accumulators and additional

11:58:02 19    shearing capacity, the 5,000 psi shearing capacity, and I want to

11:58:08 20    follow up on that feature that was referenced this morning.

11:58:10 21    A.  Okay.

11:58:11 22    Q.  First of all, to begin with the baseline, in your opinion, this

11:58:16 23    rig did have -- strike that.

11:58:18 24         This BOP did have sufficient shearing capacity for the

11:58:23 25    operations at Macondo, correct?

5390

11:58:25  1    A.  Yes, it did.

11:58:26  2    Q.  And you undertook to determine what that shearing calculation

11:58:31  3    is, so we won't walk back through it, correct?

11:58:34  4    A.  I did.

11:58:34  5    Q.  And you referenced earlier that while you had previously said

11:58:39  6    in your deposition and report that you weren't aware of any

11:58:42  7    shearing calculations, that you have since become aware that there

11:58:47  8    were, in fact, shearing calculations and testing done prior to use

11:58:51  9    of the BOP on the *Deepwater Horizon*, correct?

11:58:53  10   A.  That's correct.  I'm sorry to step over you.

11:58:56  11   Q.  And if we can look at 7713.1.1.  Mr. Childs, would you agree

11:59:09  12   that Cameron performed pre-commissioning shear testing in the year

11:59:15  13   2000 on the *Deepwater Horizon*'s blind shear ram and casing shear

11:59:20  14   ram?

11:59:20  15   A.  I do.

11:59:22  16   Q.  Is that what this report is?

11:59:23  17   A.  I believe this is what information I received later that I

11:59:26  18   didn't have before.

11:59:27  19   Q.  And if we can go down to 7713.1.2.  And what Cameron undertook

11:59:38  20   to do is perform an actual shear test on various size pipes, and

11:59:44  21   here we see the BSR is sheared 5 1/2 OD, 24.7 pounds per foot,

11:59:53  22   S-135 drill pipe with ram closing pressure of 2,700.  Correct?

11:59:57  23   A.  That is correct.

11:59:58  24   Q.  And so that would have been a test undertaken on pipe that was

12:00:03  25   heavier, if you will, than the 5 1/2-inch drill pipe that was in

5391

12:00:07  1    use at the *Deepwater Horizon*, correct?

12:00:10  2    A.  Yes.  And it helps demonstrate what we've discussed before

12:00:14  3    about the conservatism of our calculations.

12:00:17  4    Q.  And I was going to ask you about that.  You talked about your

12:00:21  5    calculations being conservative.  Can you explain what you meant?

12:00:25  6    A.  All of the calculations used by -- from the MMS study we've

12:00:31  7    seen, from Hydril, from Shaffer, from Cameron, are meant to be

12:00:36  8    conservative.

12:00:37  9         The desire, of course, is to supply a shear pressure that

12:00:41 10    is the maximum you will need to make sure that you can shear any

12:00:47 11    conceivable configuration of that pipe.  Pipes are not all made

12:00:52 12    equal.  All of the equations are based on hundreds of shear data

12:00:58 13    point, and these equations are meant to hit the high of that.  So

12:01:02 14    that we don't give you an average, we give you the maximum.

12:01:06 15         So 2,700 here, if I use that, I would have expected our

12:01:11 16    lighter pipe to shear at 2,500.  But the calculation shows a much

12:01:16 17    higher number.

12:01:17 18    Q.  So is it fair to say, based on looking at all of these features

12:01:23 19    that we just talked about, acoustic systems, the Mark II versus

12:01:28 20    Mark III control system, different configurations, that the BOP

12:01:33 21    that existed on the *Deepwater Horizon* on the evening of April 20th

12:01:38 22    was fit for the purpose for which it was being used?

12:01:41 23    A.  Yes.

12:01:42 24    Q.  And the issue then becomes what happened so that that BOP did

12:01:50 25    not actually work on the evening of April 20th to shut in the well

1  and prevent this catastrophe from happening?

2  A.  The inability to close on that forced off-center pipe and not

3  seal it.

4  Q.  Let's talk about then what happened, since we've spoken to

5  suitability issue.

6       THE COURT:  Ms. Karis, it sounds like you're still going

7  to be awhile.

8       MS. KARIS:  That's correct, your Honor.  No gold star for

9  me today.

10       THE COURT:  All right.  We may as well take our lunch

11  recess now, since you're moving into another area.  It's about

12  12 -- a few minutes after 12.  Let's recess until about 1:15.

13       MS. KARIS:  Thank you, your Honor.

14       THE DEPUTY CLERK:  All rise.

15       (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

16                    * * * * * *

17

18                 REPORTER'S CERTIFICATE

19

20       I, Karen A. Ibos, CCR, Official Court Reporter, United
   States District Court, Eastern District of Louisiana, do hereby
   certify that the foregoing is a true and correct transcript, to the
21  best of my ability and understanding, from the record of the
   proceedings in the above-entitled and numbered matter.

22

23

24   _____
     Karen A. Ibos, CCR, RPR, CRR, RMR
25   Official Court Reporter

OFFICIAL TRANSCRIPT

**'**

**'prove** [1] - 5348:5

**0**

**03298** [1] - 5386:2
**0410** [1] - 5266:18

**1**

**1,000** [1] - 5289:11
**1-3** [1] - 5362:8
**1.1.6** [1] - 5317:12
**1/2** [1] - 5390:21
**1/2-inch** [4] - 5257:23, 5257:25, 5258:8, 5390:25
**10,000** [7] - 5295:23, 5296:12, 5297:1, 5297:23, 5299:12, 5299:15, 5301:7
**10-MD-2179** [1] - 5234:8
**100** [1] - 5379:15
**1000** [2] - 5238:21, 5239:19
**1001** [1] - 5238:15
**1006** [1] - 5337:22
**101** [1] - 5235:20
**1010** [1] - 5248:16
**103** [2] - 5351:1, 5362:1
**103Y** [3] - 5322:16, 5364:12, 5365:24
**105** [1] - 5281:23
**1100** [1] - 5238:12
**1110** [1] - 5238:24
**11th** [1] - 5293:15
**12** [2] - 5392:12
**12-15** [2] - 5347:2, 5347:3
**1201** [2] - 5238:2, 5239:13
**1221** [1] - 5239:7
**129** [1] - 5362:20
**13** [3] - 5320:21, 5344:15, 5358:5
**1300** [3] - 5361:19, 5364:21, 5364:25
**1308** [1] - 5235:22
**1331** [1] - 5239:15
**139** [1] - 5362:24
**13th** [1] - 5328:25
**14** [3] - 5282:14, 5282:21, 5327:15
**142** [1] - 5334:4

**14271** [1] - 5236:23
**1454.81.1** [1] - 5373:17
**15** [4] - 5307:20, 5321:12, 5335:24, 5386:1
**15-minute** [1] - 5318:19
**15th** [2] - 5347:3, 5347:4
**16** [1] - 5234:20, 5309:1
**1601** [1] - 5235:9
**1665** [1] - 5239:15
**17** [10] - 5273:14, 5273:15, 5273:18, 5274:1, 5335:24, 5335:25, 5347:2, 5347:3, 5368:2, 5368:14
**1700** [1] - 5239:13
**18** [1] - 5317:10
**18-3/4** [1] - 5299:4
**1870** [1] - 5298:6
**1885** [1] - 5237:14
**18th** [9] - 5241:11, 5340:16, 5340:18, 5340:24, 5342:12, 5342:13, 5342:15, 5342:18
**190,000** [2] - 5376:13, 5376:24
**1998** [1] - 5264:3
**1999** [1] - 5265:3
**19th** [2] - 5241:25, 5342:20
**1:15** [1] - 5392:12

**2**

**2** [2] - 5307:12, 5356:5
**2,500** [1] - 5391:16
**2,700** [2] - 5390:22, 5391:15
**20** [5] - 5234:6, 5264:15, 5264:17, 5349:13, 5358:16
**2000** [7] - 5264:6, 5266:4, 5266:14, 5266:25, 5303:4, 5320:21, 5390:13
**20004** [1] - 5238:3
**2001** [2] - 5264:6, 5352:4
**2002** [1] - 5366:20
**2003** [2] - 5358:19, 5360:11
**2004** [6] - 5292:1,

**5293**:15, 5361:10, 5361:12, 5361:22, 5364:24
**20044** [3] - 5236:18, 5236:23, 5237:4
**2005** [4] - 5288:8, 5307:17, 5309:6, 5309:21
**2006** [2] - 5295:19, 5298:23
**2007** [1] - 5326:4
**2008** [6] - 5285:15, 5310:9, 5310:10, 5311:8, 5315:1, 5317:8
**2009** [3] - 5285:12, 5285:15, 5315:2
**2010** [25] - 5234:6, 5268:17, 5280:3, 5280:11, 5280:20, 5281:11, 5285:5, 5285:16, 5289:4, 5291:10, 5319:17, 5320:12, 5321:12, 5326:7, 5327:15, 5328:19, 5328:25, 5345:8, 5345:10, 5347:25, 5349:11, 5349:13, 5364:17, 5381:18
**2011** [1] - 5329:4
**2013** [2] - 5234:9, 5241:2
**20th** [18] - 5241:25, 5268:16, 5280:20, 5281:11, 5289:4, 5290:6, 5291:10, 5326:6, 5328:19, 5328:25, 5349:11, 5364:16, 5367:17, 5378:1, 5379:14, 5380:15, 5391:21, 5391:25
**21** [4] - 5234:9, 5241:2, 5307:12, 5334:5
**212** [1] - 5312:12
**21:26** [1] - 5367:25, 5368:13
**21:43** [2] - 5367:17, 5368:21
**21:47** [1] - 5372:10
**21:56** [1] - 5372:20
**21st** [1] - 5319:17
**2211** [1] - 5238:24
**2216** [1] - 5236:7
**22nd** [2] - 5380:17, 5380:21
**22ND** [1] - 5235:15
**23065** [1] - 5300:12

**23066** [1] - 5289:15
**23451** [1] - 5235:15
**2390** [1] - 5269:11
**24** [1] - 5271:13
**24.7** [1] - 5390:21
**25** [3] - 5282:13, 5282:20, 5347:4
**25113** [1] - 5281:22
**25199** [1] - 5282:13
**26** [9] - 5248:20, 5352:4, 5370:20, 5370:25, 5371:7, 5371:10, 5371:11, 5371:15, 5371:16
**2615** [1] - 5235:12
**27** [1] - 5376:25
**27-volt** [2] - 5379:13, 5379:21
**270** [2] - 5269:11, 5269:15
**284** [1] - 5273:16
**285** [4] - 5273:14, 5273:15, 5273:16, 5273:18
**286** [4] - 5273:14, 5273:15, 5273:18, 5274:1
**287** [1] - 5274:1
**28th** [2] - 5344:3, 5344:5
**29** [2] - 5359:9, 5362:18
**2:10-CV-02771** [1] - 5234:12
**2:10-CV-4536** [1] - 5234:14
**2nd** [5] - 5344:12, 5344:13, 5346:6, 5346:9, 5346:12

**3**

**3** [1] - 5366:12
**3,368** [1] - 5363:19
**3,871** [3] - 5362:17, 5362:18, 5363:9
**3-9** [1] - 5281:23
**3.1** [1] - 5364:21
**300** [1] - 5238:6
**3096** [1] - 5254:15
**32** [2] - 5271:12, 5349:1
**3268** [2] - 5349:5
**33** [1] - 5326:17
**335** [1] - 5238:18
**3405** [1] - 5314:25
**3420** [2] - 5318:15, 5319:1
**3490** [1] - 5318:15

**35** [1] - 5366:10
**35TH** [1] - 5238:18
**36130** [1] - 5237:9
**3624** [1] - 5358:12
**36604** [1] - 5235:10
**3668** [1] - 5235:4
**36708** [1] - 5327:20
**37** [2] - 5244:13, 5244:19
**3700** [2] - 5238:12, 5238:15
**3785** [1] - 5326:9
**39** [3] - 5266:18, 5266:22, 5267:9
**3A** [1] - 5322:16
**3rd** [4] - 5345:8, 5345:10, 5347:22, 5347:25

**4**

**4** [5] - 5273:14, 5273:15, 5273:18, 5274:2, 5285:19
**4,000** [9] - 5256:21, 5362:13, 5362:18, 5363:6, 5363:10, 5363:11, 5363:13, 5365:13
**4,000s** [1] - 5289:1
**4,870** [1] - 5256:14
**4.2** [1] - 5358:16
**4000** [1] - 5239:19
**402** [1] - 5235:15
**4120** [1] - 5266:22
**4277** [1] - 5285:18
**4310** [1] - 5236:5
**435** [1] - 5235:20
**450** [1] - 5236:12
**4500** [1] - 5239:7
**47** [1] - 5320:16
**478** [2] - 5335:24, 5335:25
**479** [1] - 5335:24
**4949** [1] - 5359:9
**4997** [1] - 5360:4
**4th** [1] - 5329:3

**5**

**5** [8] - 5257:23, 5257:25, 5258:8, 5326:10, 5334:4, 5390:21, 5390:25
**5,000** [22] - 5288:20, 5288:23, 5289:1, 5289:3, 5291:11, 5291:13, 5291:15,

5291:17, 5295:23, 5296:12, 5296:20, 5297:2, 5297:24, 5299:11, 5301:8, 5324:13, 5363:5, 5363:7, 5363:11, 5365:14, 5365:15, 5389:19

**5/8** [4] - 5256:16, 5257:9, 5257:15, 5257:19

**5/8-inch** [6] - 5255:14, 5255:19, 5255:25, 5256:9, 5256:12, 5257:8

**500** [3] - 5235:4, 5237:8, 5239:22

**5000** [1] - 5237:24

**50378** [1] - 5340:4

**504** [1] - 5239:23

**5054** [2] - 5366:9, 5366:12

**5245/24** [1] - 5240:7

**525** [1] - 5307:12

**526** [1] - 5307:12

**52673** [1] - 5271:12

**5350/17** [1] - 5240:9

**5367/8** [1] - 5240:11

**5395** [1] - 5236:12

**54** [1] - 5332:19

**5409** [1] - 5347:19

**546** [1] - 5239:3

**556** [1] - 5235:4

**5562** [1] - 5344:19

**5662** [1] - 5344:20

**589-7776** [1] - 5239:23

**5th** [1] - 5329:3

## 6

**6** [10] - 5255:14, 5255:19, 5255:25, 5256:9, 5256:12, 5256:16, 5257:8, 5257:9, 5257:15, 5257:19

**6,000** [1] - 5324:13

**6-5/8** [1] - 5299:4

**600** [3] - 5235:15, 5235:17, 5238:21

**601** [1] - 5235:12

**60654** [1] - 5238:6

**6120** [1] - 5293:12

**6166** [1] - 5310:8

**618** [1] - 5236:2

**680** [1] - 5321:2

## 7

**7,000** [1] - 5324:13

**7001** [1] - 5263:12

**701** [2] - 5237:18, 5237:23

**70113** [1] - 5235:7

**70130** [6] - 5235:13, 5235:18, 5236:8, 5237:18, 5239:3, 5239:22

**70139** [1] - 5237:24

**70163** [1] - 5238:12

**70360** [1] - 5235:20

**70458** [1] - 5235:23

**70502** [2] - 5235:5, 5238:22

**70801** [1] - 5236:3

**70804** [1] - 5237:15

**713** [1] - 5356:6

**724** [1] - 5357:12

**752** [1] - 5306:16

**75270** [1] - 5239:13

**7611** [1] - 5236:18

**7687** [3] - 5247:14, 5248:19, 5262:1

**7688** [1] - 5258:4

**7691** [3] - 5351:14, 5354:7, 5354:12

**77** [3] - 5282:13, 5282:21, 5360:4

**77002** [2] - 5238:15, 5239:20

**77006** [1] - 5236:5

**77010** [2] - 5239:8, 5239:16

**7708** [2] - 5340:1, 5347:2

**77098** [1] - 5238:24

**7713.1.1** [1] - 5390:11

**7713.1.2** [1] - 5390:11

**78** [2] - 5282:13, 5282:21

**7:30** [1] - 5380:20

**7TH** [1] - 5236:12

## 8

**8** [1] - 5360:11

**80** [1] - 5307:20

**82** [1] - 5386:1

**820** [1] - 5235:7

**83** [2] - 5358:16, 5386:2

**85** [1] - 5360:4

**88** [1] - 5320:10

## 9

**90** [1] - 5354:5

**90071** [1] - 5238:19

**94005** [1] - 5237:15

**94102** [1] - 5236:13

**95** [1] - 5359:9

**9719** [2] - 5351:15, 5351:24

**9:43** [5] - 5367:17, 5370:1, 5370:8, 5370:13, 5370:17

**9:47** [4] - 5370:4, 5370:5, 5372:19, 5373:10

**9TH** [1] - 5235:17

**9th** [1] - 5298:23

## A

**abilities** [1] - 5249:18

**ability** [17] - 5248:7, 5248:9, 5248:11, 5250:20, 5275:15, 5277:9, 5277:14, 5277:15, 5287:3, 5358:23, 5359:5, 5366:5, 5366:6, 5366:7, 5366:21, 5392:21

**able** [12] - 5255:24, 5257:17, 5275:16, 5311:5, 5311:8, 5353:8, 5353:23, 5363:3, 5366:18, 5366:24, 5369:13, 5383:12

**above** [4] - 5247:15, 5326:18, 5376:16, 5392:21

**above-entitled** [1] - 5392:21

**ABRAMSON** [1] - 5235:11

**absent** [1] - 5378:13

**absolutely** [5] - 5269:21, 5304:6, 5346:20, 5346:25, 5373:21

**accept** [6] - 5344:16, 5346:17, 5346:19, 5354:21, 5376:15, 5377:1

**acceptable** [2] - 5259:23, 5312:12

**acceptance** [1] - 5351:19

**accepted** [2] -

5382:3

**accepts** [1] - 5321:22

**access** [1] - 5252:10

**accident** [2] - 5322:14, 5327:10

**accommodate** [2] - 5288:20, 5291:14

**accommodations** [1] - 5290:1

**accomplish** [1] - 5299:15

**according** [2] - 5255:25, 5300:2

**accounts** [1] - 5376:6

**accumulator** [2] - 5291:11, 5291:13

**accumulators** [5] - 5290:18, 5363:8, 5363:12, 5363:13, 5389:18

**accurate** [3] - 5373:4, 5376:2, 5382:6

**accurately** [1] - 5286:7

**achieve** [1] - 5370:19

**acknowledges** [1] - 5294:1

**acoustic** [36] - 5279:24, 5280:6, 5280:13, 5280:14, 5280:15, 5280:18, 5280:21, 5280:23, 5281:1, 5281:14, 5281:25, 5282:18, 5282:24, 5282:25, 5283:16, 5291:1, 5384:12, 5384:15, 5384:18, 5384:20, 5385:2, 5385:6, 5385:10, 5385:13, 5385:18, 5385:19, 5385:24, 5386:4, 5386:12, 5386:19, 5386:24, 5387:3, 5387:10, 5387:21, 5388:6, 5391:19

**Acoustic** [1] - 5386:7

**acoustics** [1] - 5280:18

**acronym** [1] - 5253:10

**acronym-wise** [1] - 5253:10

**acronyms** [1] - 5253:5

**across** [4] - 5260:21, 5261:3, 5261:7,

5385:10

**act** [1] - 5319:24

**action** [8] - 5348:5, 5368:4, 5368:16, 5369:11, 5369:22, 5372:6, 5372:9, 5372:10

**ACTION** [1] - 5234:8

**activate** [21] - 5275:11, 5275:16, 5277:3, 5280:5, 5294:21, 5358:1, 5360:9, 5368:21, 5369:7, 5369:22, 5370:8, 5370:16, 5371:8, 5371:25, 5372:7, 5372:19, 5372:22, 5373:3, 5373:11, 5373:25, 5378:2

**activated** [18] - 5280:1, 5358:2, 5358:4, 5364:12, 5365:24, 5366:22, 5367:16, 5370:13, 5370:18, 5372:13, 5374:5, 5374:9, 5374:12, 5375:13, 5377:15, 5377:19, 5380:18, 5380:20

**activating** [2] - 5254:12, 5368:5

**activation** [6] - 5277:11, 5284:17, 5369:15, 5370:24, 5373:6, 5381:2

**active** [1] - 5361:4

**activity** [12] - 5339:18, 5339:19, 5340:1, 5340:15, 5341:2, 5341:10, 5341:11, 5341:16, 5341:17, 5343:5, 5343:22

**actual** [7] - 5251:8, 5261:4, 5273:21, 5346:8, 5370:24, 5371:10, 5390:20

**actually** [36] - 5248:20, 5250:9, 5250:25, 5252:8, 5265:4, 5288:10, 5296:2, 5302:7, 5308:21, 5316:4, 5327:6, 5327:11, 5333:14, 5333:21, 5335:24, 5341:13, 5354:2, 5361:2, 5363:5, 5363:18, 5370:12, 5371:7,

5371:20, 5373:14, 5373:24, 5374:5, 5374:10, 5374:25, 5377:19, 5378:2, 5378:14, 5379:2, 5379:7, 5381:9, 5382:20, 5391:25

**actuations** [1] - 5326:16

**actuators** [3] - 5362:12, 5363:10, 5363:18

**add** [9] - 5268:19, 5289:22, 5289:23, 5289:24, 5290:18, 5301:13, 5362:9, 5380:4, 5383:8

**added** [6] - 5296:8, 5296:10, 5296:24, 5301:11, 5378:18, 5379:10

**adding** [3] - 5295:24, 5295:25, 5296:8

**addition** [7] - 5242:19, 5252:18, 5255:8, 5264:14, 5264:20, 5272:22, 5290:22

**additional** [4] - 5244:12, 5289:11, 5365:11, 5389:18

**address** [2] - 5249:4, 5268:5

**addressed** [3] - 5315:10, 5316:9, 5317:5

**adequate** [3] - 5246:13, 5251:2, 5318:10

**adequately** [1] - 5317:16

**admit** [4] - 5278:21, 5279:17, 5322:13, 5323:4

**admitted** [9] - 5241:15, 5242:3, 5242:11, 5242:18, 5242:22, 5243:8, 5243:15, 5243:21, 5244:5

**adopted** [2] - 5387:20, 5388:1

**advice** [1] - 5305:2

**advise** [1] - 5244:8

**affect** [1] - 5295:8

**affirmative** [1] - 5282:7

**after** [27] - 5241:17, 5244:17, 5289:22, 5290:6, 5295:10,

5303:14, 5303:15, 5303:19, 5304:16, 5304:23, 5321:24, 5326:17, 5327:10, 5327:13, 5327:17, 5328:6, 5339:11, 5350:2, 5353:22, 5366:16, 5372:18, 5375:9, 5376:5, 5376:10, 5380:17, 5392:12

**afternoon** [1] - 5244:21

**afterwards** [1] - 5295:9

**again** [43] - 5242:23, 5250:15, 5257:21, 5261:16, 5262:12, 5263:5, 5268:12, 5269:18, 5277:14, 5283:22, 5284:17, 5286:16, 5287:5, 5287:7, 5291:5, 5300:2, 5308:5, 5308:10, 5309:12, 5312:20, 5314:16, 5315:9, 5315:13, 5317:1, 5317:4, 5328:7, 5330:5, 5334:11, 5336:16, 5341:11, 5343:9, 5348:23, 5350:18, 5353:4, 5354:7, 5356:24, 5364:23, 5366:23, 5368:17, 5374:14, 5380:13, 5382:16

**against** [6] - 5244:19, 5292:13, 5305:5, 5305:11, 5364:7, 5366:2

**ago** [3] - 5248:6, 5319:25, 5358:5

**agree** [56] - 5249:25, 5250:3, 5252:25, 5256:23, 5270:9, 5270:11, 5270:14, 5270:16, 5270:22, 5271:6, 5278:24, 5279:20, 5290:21, 5292:1, 5292:11, 5293:14, 5293:17, 5299:25, 5309:6, 5309:21, 5309:24, 5310:4, 5310:5, 5310:19, 5310:20, 5311:8, 5311:18, 5311:21, 5312:8, 5312:17, 5312:18, 5330:3, 5330:13,

5330:16, 5354:15, 5357:21, 5359:7, 5360:14, 5361:21, 5361:22, 5361:25, 5363:20, 5363:22, 5368:14, 5368:23, 5369:6, 5369:14, 5369:17, 5377:2, 5378:2, 5379:23, 5380:1, 5390:11

**agreed** [3] - 5293:6, 5306:4, 5369:2

**agreement** [8] - 5271:15, 5271:22, 5272:4, 5272:21, 5293:17, 5349:8, 5349:9, 5378:12

**agrees** [1] - 5377:8

**ahead** [9] - 5257:14, 5273:3, 5333:10, 5337:2, 5339:10, 5343:11, 5345:22, 5350:15, 5361:15

**ain't** [1] - 5316:23

**AL** [4] - 5234:13, 5234:16, 5235:10, 5237:9

**Alabama** [5] - 5243:11, 5243:20, 5244:17, 5244:25

**ALABAMA** [2] - 5237:6

**Alabama's** [1] - 5243:11

**alert** [1] - 5287:15

**ALEX** [1] - 5239:6

**all** [111] - 5241:7, 5242:17, 5243:7, 5244:4, 5244:14, 5245:2, 5245:8, 5245:19, 5246:12, 5246:18, 5246:21, 5246:22, 5252:11, 5252:13, 5252:14, 5253:17, 5254:6, 5255:3, 5255:12, 5257:16, 5257:17, 5258:6, 5259:8, 5259:18, 5260:16, 5261:3, 5261:7, 5267:2, 5267:17, 5268:7, 5269:9, 5269:11, 5269:12, 5271:18, 5273:13, 5278:18, 5279:9, 5283:19, 5284:16, 5285:11, 5290:3, 5296:9, 5300:12, 5302:10, 5305:24, 5306:4, 5306:20,

5306:24, 5307:17, 5307:23, 5308:6, 5310:21, 5310:22, 5311:10, 5311:16, 5312:18, 5313:1, 5313:23, 5314:13, 5315:19, 5316:11, 5318:21, 5318:24, 5321:12, 5324:20, 5327:19, 5328:19, 5329:7, 5329:12, 5331:9, 5331:21, 5335:2, 5337:16, 5338:21, 5338:24, 5339:2, 5341:9, 5341:17, 5345:24, 5347:15, 5347:20, 5347:23, 5352:24, 5358:22, 5363:4, 5366:8, 5368:8, 5368:17, 5371:18, 5372:4, 5374:16, 5377:21, 5378:12, 5379:11, 5380:8, 5382:6, 5382:11, 5382:17, 5384:3, 5387:6, 5387:25, 5388:2, 5388:4, 5389:22, 5391:6, 5391:11, 5391:12, 5391:18, 5392:10, 5392:14

**ALLAN** [1] - 5237:17

**allow** [5] - 5245:12, 5294:21, 5302:5, 5357:25, 5365:17

**allowed** [8] - 5243:5, 5262:16, 5273:4, 5285:6, 5287:2, 5287:3, 5343:10, 5356:25

**allowing** [2] - 5296:6, 5299:14

**alluded** [1] - 5386:16

**almost** [2] - 5317:7, 5326:6

**alone** [1] - 5278:7

**along** [2] - 5255:11, 5338:25

**already** [24] - 5254:23, 5256:16, 5270:2, 5279:5, 5284:3, 5287:1, 5291:13, 5303:8, 5309:14, 5318:4, 5323:12, 5350:13, 5352:19, 5354:24, 5356:19, 5361:1, 5361:14, 5372:3, 5375:10, 5380:1,

5383:18, 5386:16, 5389:2, 5389:6

**also** [49] - 5242:7, 5242:13, 5243:16, 5243:18, 5249:13, 5251:1, 5254:2, 5255:8, 5257:5, 5260:14, 5260:19, 5261:1, 5261:25, 5271:1, 5271:6, 5272:8, 5275:22, 5277:9, 5282:17, 5283:13, 5292:23, 5294:20, 5297:1, 5302:14, 5305:1, 5305:10, 5305:11, 5309:16, 5315:22, 5317:11, 5319:11, 5321:23, 5332:3, 5333:6, 5333:8, 5345:10, 5352:17, 5353:21, 5355:6, 5361:17, 5369:17, 5370:23, 5372:24, 5375:10, 5375:13, 5377:18, 5382:1, 5387:20

**alternative** [5] - 5263:1, 5265:16, 5265:20, 5282:23, 5284:15

**although** [3] - 5312:24, 5329:12, 5387:15

**always** [6] - 5259:4, 5259:10, 5306:7, 5325:12, 5344:10, 5354:6

**AMERICA** [3] - 5234:15, 5236:10, 5237:21

**AMERICAN** [1] - 5235:12

**AMF** [40] - 5254:2, 5254:19, 5255:21, 5256:5, 5256:9, 5277:21, 5284:17, 5284:21, 5327:5, 5328:18, 5330:8, 5346:2, 5346:13, 5346:21, 5349:11, 5353:6, 5353:8, 5354:17, 5355:11, 5355:14, 5356:19, 5357:7, 5357:22, 5360:9, 5377:15, 5378:3, 5378:8, 5380:2, 5380:9, 5380:14, 5380:17, 5380:23, 5381:2,

5381:10, 5387:2, 5387:7

**AMF/Deadman** [5] - 5254:7, 5257:6, 5277:4, 5286:22, 5322:10

**AMFs** [3] - 5274:11, 5284:19, 5387:10

**among** [1] - 5388:23

**amount** [2] - 5377:2, 5377:5

**analysis** [11] - 5367:12, 5367:13, 5367:19, 5369:21, 5371:17, 5375:6, 5383:5, 5383:10, 5383:13, 5386:3, 5389:12

**analyzed** [1] - 5348:18

**AND** [2] - 5234:12, 5238:9

**and/or** [2] - 5248:12, 5289:4

**ANDREW** [1] - 5238:4

**ANGELES** [1] - 5238:19

**animation** [3] - 5261:24, 5262:4, 5376:23

**annular** [33] - 5295:19, 5295:20, 5295:22, 5296:4, 5296:8, 5296:12, 5297:3, 5297:23, 5297:24, 5299:4, 5299:5, 5299:11, 5299:14, 5299:15, 5301:6, 5301:7, 5321:11, 5321:21, 5367:14, 5367:17, 5370:1, 5370:8, 5370:12, 5370:17, 5370:21, 5370:25, 5371:8, 5371:13, 5371:19, 5371:25, 5381:25

**annulars** [4] - 5255:12, 5321:22, 5375:12, 5383:7

**anomalies** [1] - 5354:25

**another** [20] - 5247:4, 5265:20, 5275:7, 5279:1, 5288:19, 5289:23, 5290:13, 5296:6, 5307:13, 5313:8, 5313:15, 5317:20,

5319:6, 5321:17, 5344:3, 5348:20, 5358:12, 5361:22, 5369:11, 5392:11

**ANSWER** [8] - 5282:2, 5282:5, 5282:25, 5283:3, 5283:5, 5283:7, 5283:9, 5334:9

**answer** [56] - 5247:5, 5251:10, 5257:17, 5259:16, 5259:25, 5260:24, 5261:5, 5261:16, 5262:15, 5262:17, 5262:18, 5262:20, 5263:5, 5263:20, 5264:25, 5270:14, 5274:7, 5276:5, 5276:12, 5278:2, 5282:7, 5287:18, 5288:14, 5292:24, 5294:6, 5294:11, 5296:17, 5296:21, 5297:9, 5297:25, 5298:17, 5304:23, 5305:17, 5306:13, 5307:9, 5316:11, 5316:22, 5325:22, 5327:17, 5327:19, 5327:22, 5331:23, 5332:11, 5332:15, 5334:23, 5335:14, 5336:4, 5336:14, 5343:10, 5343:11, 5356:25, 5364:19, 5369:20, 5383:12

**answered** [1] - 5366:8

**answering** [2] - 5300:6, 5329:21

**answers** [4] - 5330:18, 5335:23, 5348:19, 5380:5

**Anthony** [1] - 5241:9

**ANTHONY** [1] - 5236:7

**anticipate** [1] - 5364:20

**any** [63] - 5241:7, 5241:14, 5242:2, 5242:10, 5242:17, 5243:7, 5243:14, 5243:20, 5244:4, 5244:23, 5244:25, 5249:4, 5250:20, 5252:6, 5267:5, 5268:7, 5268:16, 5277:2, 5277:15, 5283:6, 5283:9,

5287:7, 5287:9, 5287:23, 5290:5, 5294:16, 5302:25, 5303:19, 5308:12, 5309:22, 5312:6, 5314:20, 5316:2, 5316:10, 5320:25, 5323:10, 5325:20, 5329:13, 5330:22, 5332:7, 5332:13, 5332:20, 5335:12, 5335:15, 5335:16, 5335:21, 5337:5, 5342:18, 5343:12, 5349:16, 5350:13, 5354:25, 5367:15, 5369:22, 5387:4, 5388:10, 5388:14, 5388:15, 5389:1, 5389:12, 5390:6, 5391:10

**anybody** [3] - 5245:17, 5304:19, 5329:17

**anymore** [1] - 5302:2

**anyone** [2] - 5263:16, 5263:21

**anything** [8] - 5293:9, 5303:20, 5304:10, 5351:10, 5353:9, 5353:17, 5353:18, 5358:11

**anyway** [1] - 5257:14

**anywhere** [3] - 5388:10, 5388:16, 5389:1

**APD** [1] - 5382:3

**API** [5] - 5253:8, 5305:5, 5305:12, 5305:16, 5305:21

**apologize** [4] - 5258:16, 5357:1, 5357:4, 5367:2

**apparent** [4] - 5315:7, 5316:6, 5316:25

**apparently** [4] - 5282:8, 5300:10, 5314:19, 5315:16

**appear** [3] - 5267:24, 5379:4, 5379:6

**APPEARANCES** [1] - 5235:1

**appears** [6] - 5258:10, 5286:18, 5293:25, 5317:19, 5322:3, 5382:23

**appendix** [1] - 5357:11

**appreciate** [3] -

5245:7, 5245:14, 5259:25

**approach** [1] - 5348:13

**appropriate** [2] - 5247:21, 5352:2

**approved** [1] - 5382:8

**approximately** [7] - 5370:20, 5372:20, 5376:5, 5376:10, 5376:13, 5376:25, 5380:20

**April** [32] - 5266:14, 5266:25, 5268:16, 5280:3, 5280:11, 5280:20, 5281:11, 5285:5, 5285:16, 5289:3, 5290:5, 5291:10, 5307:17, 5309:7, 5309:21, 5320:12, 5321:12, 5326:6, 5328:18, 5349:11, 5349:13, 5352:4, 5364:16, 5367:17, 5378:1, 5379:14, 5380:15, 5380:17, 5380:21, 5381:18, 5391:21, 5391:25

**APRIL** [1] - 5234:6

**are** [87] - 5242:3, 5242:11, 5242:18, 5243:8, 5243:14, 5243:21, 5244:5, 5244:22, 5245:6, 5247:18, 5254:6, 5254:12, 5255:1, 5255:13, 5255:22, 5259:18, 5262:9, 5263:3, 5267:2, 5273:3, 5273:21, 5275:24, 5277:2, 5277:8, 5279:25, 5280:11, 5281:11, 5283:19, 5283:20, 5283:24, 5284:2, 5284:17, 5284:19, 5288:23, 5292:5, 5292:21, 5293:1, 5301:25, 5304:10, 5305:4, 5307:13, 5311:12, 5314:11, 5314:17, 5314:21, 5314:22, 5315:14, 5323:13, 5323:18, 5325:17, 5326:22, 5328:3, 5331:10, 5331:17, 5331:23, 5332:21, 5335:14,

5336:7, 5336:18, 5336:19, 5341:12, 5342:24, 5343:14, 5343:15, 5349:2, 5350:5, 5350:18, 5353:10, 5353:20, 5354:14, 5360:13, 5363:17, 5370:10, 5374:21, 5378:7, 5378:19, 5383:17, 5384:3, 5385:17, 5389:1, 5391:7, 5391:11, 5391:12, 5391:13

**area** [3] - 5333:14, 5368:18, 5392:11

**areas** [1] - 5378:12

**argumentative** [3] - 5281:6, 5311:1, 5315:22

**arguments** [1] - 5272:11

**arm** [1] - 5327:5

**around** [7] - 5241:12, 5241:25, 5257:22, 5295:3, 5295:6, 5372:19, 5385:12

**ARRELL** [1] - 5238:23

**ASBILL** [1] - 5238:13

**ask** [25] - 5244:24, 5261:5, 5262:16, 5263:5, 5266:19, 5266:21, 5267:10, 5269:17, 5278:10, 5285:25, 5286:1, 5288:15, 5304:18, 5305:20, 5330:10, 5336:17, 5337:4, 5343:9, 5350:4, 5356:24, 5365:12, 5373:22, 5383:17, 5391:4

**asked** [27] - 5252:14, 5260:24, 5265:14, 5265:15, 5271:23, 5288:10, 5295:19, 5300:6, 5312:4, 5325:22, 5327:11, 5327:13, 5329:20, 5333:4, 5334:2, 5336:24, 5381:13, 5382:12, 5382:14, 5382:25, 5383:2, 5383:16, 5384:12, 5384:23, 5388:7, 5388:20, 5389:18

**asking** [11] - 5249:10, 5260:1, 5296:16, 5308:1,

5308:2, 5312:6,
5330:6, 5330:8,
5346:24, 5369:5
**assess** [9] - 5246:6,
5246:16, 5246:18,
5247:10, 5247:20,
5248:21, 5250:6,
5288:2
**assessed** [3] -
5246:21, 5250:12,
5288:3
**assessing** [4] -
5301:24, 5303:8,
5303:23, 5305:11
**assessment** [55] -
5246:11, 5246:12,
5248:11, 5248:16,
5249:3, 5250:18,
5252:2, 5252:6,
5252:15, 5254:13,
5254:17, 5266:15,
5266:22, 5266:24,
5278:15, 5279:22,
5287:12, 5287:19,
5287:24, 5288:5,
5288:7, 5290:8,
5292:9, 5297:7,
5297:11, 5297:14,
5297:16, 5297:21,
5297:22, 5298:1,
5298:3, 5298:4,
5298:8, 5298:13,
5298:15, 5298:18,
5299:19, 5300:1,
5300:3, 5300:7,
5300:11, 5302:3,
5302:17, 5302:23,
5303:2, 5303:7,
5303:14, 5303:20,
5305:9, 5305:14,
5354:23, 5354:25,
5376:2, 5376:4
**assessments** [7] -
5268:5, 5301:24,
5302:11, 5302:14,
5305:4, 5305:19,
5388:17
**ASSET** [1] - 5234:13
**assigned** [1] -
5348:17
**assist** [2] - 5329:16,
5383:16
**assisted** [1] -
5340:20
**associated** [2] -
5267:13, 5287:10
**assume** [1] -
5298:10
**assuming** [4] -
5287:5, 5291:9,

5291:10, 5368:12
**assumption** [3] -
5291:17, 5346:23,
5374:17
**assumptions** [2] -
5346:24, 5375:8
**at** [194] - 5241:18,
5241:20, 5242:15,
5242:21, 5244:13,
5246:12, 5246:18,
5246:21, 5246:22,
5247:14, 5250:7,
5250:8, 5250:16,
5250:19, 5250:23,
5251:21, 5252:5,
5252:16, 5257:24,
5261:22, 5262:1,
5262:24, 5263:2,
5264:10, 5265:9,
5265:13, 5266:4,
5266:18, 5266:19,
5266:22, 5266:8,
5268:13, 5268:14,
5268:16, 5268:18,
5269:7, 5269:9,
5271:12, 5273:14,
5273:20, 5275:12,
5275:14, 5276:2,
5276:8, 5277:22,
5277:25, 5281:21,
5282:17, 5286:25,
5287:10, 5288:4,
5289:7, 5290:3,
5290:5, 5292:7,
5292:9, 5300:4,
5302:14, 5306:10,
5306:11, 5306:14,
5306:15, 5306:16,
5306:18, 5306:20,
5306:22, 5307:1,
5307:3, 5307:4,
5307:5, 5307:8,
5307:9, 5307:10,
5307:11, 5307:16,
5310:11, 5311:7,
5311:22, 5311:25,
5315:2, 5315:17,
5315:18, 5315:19,
5316:3, 5316:4,
5316:5, 5316:10,
5316:12, 5316:13,
5316:15, 5316:16,
5319:15, 5319:25,
5320:14, 5322:13,
5324:18, 5324:20,
5326:12, 5328:24,
5329:7, 5329:8,
5332:19, 5333:2,
5333:4, 5333:12,
5335:24, 5337:21,
5339:19, 5339:23,

5339:24, 5340:15,
5341:2, 5341:3,
5341:9, 5341:10,
5341:21, 5342:2,
5342:3, 5342:8,
5342:13, 5342:16,
5342:17, 5343:24,
5345:9, 5347:15,
5347:23, 5348:11,
5349:10, 5350:21,
5350:23, 5350:24,
5351:3, 5351:4,
5352:4, 5352:21,
5353:19, 5356:1,
5357:25, 5359:2,
5359:6, 5362:17,
5363:9, 5363:13,
5363:20, 5365:23,
5367:17, 5368:2,
5369:14, 5369:21,
5370:1, 5370:8,
5370:17, 5370:25,
5371:21, 5371:24,
5372:3, 5372:10,
5372:13, 5372:17,
5372:19, 5372:20,
5372:25, 5373:10,
5373:11, 5373:17,
5373:23, 5374:1,
5374:4, 5374:10,
5374:14, 5375:4,
5377:9, 5379:1,
5380:7, 5381:16,
5381:17, 5381:23,
5381:24, 5382:21,
5383:21, 5384:6,
5385:5, 5385:23,
5389:25, 5390:11,
5391:1, 5391:16,
5391:18
**atmosphere** [1] -
5286:21
**attach** [1] - 5299:19
**attempt** [7] -
5262:10, 5368:20,
5372:7, 5372:19,
5372:22, 5373:3,
5373:10
**attempted** [3] -
5371:19, 5371:25,
5374:22
**attend** [2] - 5348:8,
5350:22
**attended** [1] - 5348:9
**ATTORNEY** [4] -
5237:6, 5237:7,
5237:12, 5237:14
**audit** [17] - 5307:18,
5307:19, 5309:10,
5310:8, 5311:7,

5313:20, 5314:18,
5315:1, 5315:2,
5315:7, 5315:13,
5315:23, 5317:8,
5317:11, 5317:14,
5317:17, 5320:12
**audits** [2] - 5312:25,
5315:19
**August** - 5329:3
**autoshear** [15] -
5254:2, 5254:7,
5254:20, 5255:22,
5256:5, 5256:9,
5277:4, 5277:21,
5284:17, 5284:19,
5377:19, 5380:18,
5381:9, 5387:2,
5387:10
**availability** [2] -
5268:13, 5285:6
**available** [26] -
5256:21, 5263:25,
5264:10, 5265:20,
5267:25, 5280:3,
5280:10, 5280:22,
5284:15, 5286:16,
5287:9, 5288:21,
5288:23, 5289:1,
5289:4, 5289:6,
5289:7, 5289:10,
5289:20, 5291:5,
5291:9, 5291:15,
5304:20, 5331:3,
5383:22
**AVENUE** [5] -
5235:7, 5236:12,
5237:8, 5238:2,
5238:18
**avenue** [1] - 5254:13
**average** [1] -
5391:14
**avoid** [5] - 5273:6,
5292:13, 5304:20,
5310:3, 5310:5
**award** [1] - 5350:10
**aware** [24] - 5255:13,
5257:11, 5257:13,
5266:4, 5266:9,
5271:9, 5271:12,
5272:2, 5272:4,
5279:17, 5292:4,
5292:5, 5307:17,
5372:18, 5373:14,
5374:21, 5376:19,
5388:9, 5388:13,
5389:1, 5389:4,
5389:5, 5390:6,
5390:7
**away** [5] - 5294:10,
5294:12, 5296:12,

5371:7, 5371:21
**awhile** [2] - 5350:21,
5392:7

**B**

**B** [2] - 5239:6,
5340:20
**Baay** [1] - 5338:9
**BAAY** [10] - 5262:16,
5281:5, 5310:25,
5315:22, 5338:10,
5338:15, 5338:18,
5343:9, 5356:24,
5368:6
**baay** [1] - 5359:13
**back** [30] - 5241:17,
5243:6, 5252:21,
5257:22, 5260:17,
5272:17, 5282:8,
5288:8, 5295:12,
5313:20, 5316:15,
5318:10, 5335:5,
5339:23, 5340:23,
5341:12, 5342:12,
5343:22, 5347:2,
5351:16, 5351:24,
5352:4, 5352:20,
5354:24, 5358:19,
5360:11, 5361:10,
5367:11, 5367:15,
5390:3
**background** [5] -
5263:17, 5263:21,
5312:8, 5312:9,
5337:25
**backing** [1] -
5316:21
**backs** [1] - 5316:5
**backup** [10] - 5270:6,
5270:11, 5270:16,
5386:19, 5386:22,
5386:23, 5386:25,
5387:4, 5387:7,
5387:11
**bad** [1] - 5359:25
**Barbier** [2] - 5253:4,
5256:8
**BARBIER** [1] -
5234:22
**Barnhill** [7] -
5241:11, 5241:15,
5241:18, 5367:23,
5368:3, 5368:7,
5368:12
**base** [1] - 5303:3
**based** [16] - 5286:25,
5289:17, 5312:21,
5328:19, 5341:17,
5352:1, 5352:10,

5352:13, 5374:17, 5374:19, 5375:8, 5376:2, 5376:4, 5376:8, 5391:12, 5391:18

**baseline** [1] - 5389:22

**basically** [8] - 5249:24, 5250:4, 5304:17, 5324:12, 5353:17, 5367:15, 5388:1, 5388:15

**basis** [1] - 5272:9

**Bates** [4] - 5351:15, 5356:5, 5357:11, 5359:10

**BATON** [2] - 5236:3, 5237:15

**batteries** [21] - 5284:21, 5284:25, 5285:3, 5285:4, 5285:7, 5286:22, 5287:3, 5288:9, 5291:3, 5291:8, 5326:2, 5326:3, 5326:13, 5328:3, 5329:8, 5329:10, 5360:6, 5360:8, 5360:19, 5377:24, 5389:9

**battery** [28] - 5284:14, 5285:6, 5286:5, 5288:11, 5326:24, 5327:4, 5328:20, 5328:22, 5328:24, 5329:6, 5331:14, 5340:5, 5347:10, 5350:25, 5351:2, 5351:13, 5360:1, 5360:10, 5361:4, 5377:25, 5379:7, 5379:13, 5379:21, 5379:25, 5380:8

**Battery** [1] - 5286:20

**be** [158] - 5241:6, 5242:22, 5244:20, 5244:25, 5246:1, 5246:13, 5248:19, 5249:2, 5249:3, 5250:22, 5251:4, 5251:13, 5251:14, 5251:15, 5253:8, 5255:24, 5256:2, 5256:4, 5256:6, 5256:10, 5257:24, 5258:10, 5258:14, 5258:17, 5259:19, 5259:20, 5260:2, 5260:3, 5261:20,

5261:25, 5262:16, 5263:16, 5263:20, 5269:22, 5269:23, 5270:23, 5270:25, 5271:23, 5273:18, 5274:8, 5275:14, 5275:16, 5276:11, 5276:12, 5278:19, 5279:10, 5280:1, 5280:4, 5281:15, 5282:9, 5282:18, 5282:19, 5282:25, 5283:13, 5286:18, 5287:21, 5288:9, 5288:12, 5288:13, 5289:6, 5290:25, 5293:4, 5293:25, 5295:19, 5296:7, 5299:5, 5299:14, 5300:4, 5303:17, 5308:21, 5308:22, 5309:3, 5311:20, 5312:1, 5317:16, 5318:24, 5319:21, 5320:6, 5321:16, 5321:23, 5321:25, 5323:9, 5323:13, 5325:1, 5327:23, 5330:20, 5332:17, 5332:20, 5335:4, 5335:8, 5336:16, 5337:23, 5340:17, 5341:4, 5341:25, 5343:2, 5343:9, 5343:23, 5343:25, 5347:3, 5347:6, 5348:19, 5348:20, 5349:1, 5350:12, 5352:14, 5353:8, 5353:23, 5354:15, 5354:16, 5355:9, 5355:20, 5356:6, 5356:14, 5356:25, 5357:13, 5357:14, 5357:17, 5357:19, 5360:3, 5360:7, 5362:17, 5363:3, 5364:10, 5366:24, 5369:2, 5369:4, 5369:11, 5369:13, 5371:6, 5373:15, 5373:21, 5375:20, 5376:23, 5377:13, 5377:14, 5377:25, 5379:10, 5379:12, 5379:15, 5380:14, 5383:5, 5383:12, 5385:14, 5386:7, 5386:22, 5388:15, 5388:17, 5389:5, 5389:8, 5389:10,

5391:7, 5392:7

**BEACH** [1] - 5235:15

**beat** [1] - 5318:12

**became** [1] - 5289:1

**because** [50] - 5249:15, 5250:2, 5251:17, 5257:16, 5257:18, 5257:19, 5258:1, 5260:20, 5261:2, 5261:21, 5262:10, 5275:20, 5280:23, 5281:11, 5281:15, 5284:2, 5284:13, 5293:7, 5296:23, 5298:3, 5301:11, 5303:12, 5309:9, 5311:9, 5313:8, 5313:15, 5314:1, 5314:9, 5315:19, 5315:21, 5322:7, 5324:16, 5325:3, 5329:1, 5330:6, 5332:7, 5332:12, 5335:7, 5341:22, 5343:22, 5344:10, 5344:17, 5354:8, 5361:1, 5363:19, 5376:23, 5382:24, 5386:12, 5387:13

**BECK** [2] - 5239:4, 5239:5

**become** [2] - 5359:18, 5390:7

**becomes** [1] - 5391:24

**been** [77] - 5241:12, 5241:25, 5242:8, 5244:18, 5248:8, 5250:8, 5260:16, 5264:8, 5264:11, 5266:9, 5267:5, 5267:25, 5271:8, 5272:10, 5277:25, 5280:20, 5281:12, 5285:7, 5286:25, 5288:20, 5289:13, 5290:13, 5290:17, 5291:5, 5291:18, 5302:2, 5303:11, 5303:12, 5305:11, 5307:6, 5308:10, 5311:19, 5313:1, 5313:7, 5315:9, 5317:5, 5317:14, 5323:4, 5323:12, 5323:15, 5324:2, 5325:20, 5326:4, 5326:16, 5332:8, 5332:13, 5332:21,

5336:2, 5338:8, 5338:13, 5338:15, 5338:23, 5339:1, 5339:4, 5339:15, 5342:1, 5343:23, 5351:11, 5353:13, 5356:21, 5358:3, 5364:13, 5365:14, 5365:16, 5365:23, 5372:22, 5378:18, 5379:10, 5383:8, 5387:14, 5388:6, 5388:14, 5389:2, 5390:24

**BEFORE** [1] - 5234:22

**before** [40] - 5241:7, 5245:9, 5252:8, 5254:22, 5263:25, 5264:6, 5266:12, 5266:20, 5266:21, 5266:22, 5269:12, 5272:19, 5273:1, 5280:3, 5280:10, 5285:5, 5285:16, 5287:19, 5289:3, 5291:10, 5297:8, 5319:18, 5321:14, 5326:6, 5327:11, 5327:23, 5327:25, 5345:23, 5354:3, 5354:17, 5356:25, 5358:1, 5359:23, 5361:21, 5363:4, 5367:23, 5370:23, 5389:8, 5390:18, 5391:2

**began** [4] - 5304:15, 5304:16, 5304:23, 5367:11

**begin** [2] - 5340:19, 5389:22

**beginning** [5] - 5242:24, 5247:16, 5269:16, 5269:19, 5270:3

**begins** [1] - 5386:7

**behalf** [5] - 5244:2, 5351:8, 5367:10, 5385:18, 5385:22

**behind** [3] - 5243:24, 5363:7, 5363:11

**being** [25] - 5255:8, 5258:3, 5260:23, 5264:3, 5273:11, 5292:2, 5303:16, 5308:8, 5313:6, 5314:1, 5314:21, 5314:22, 5317:23, 5323:7, 5330:22,

5337:10, 5338:25, 5341:18, 5355:25, 5366:3, 5380:24, 5386:19, 5391:5, 5391:22

**belabor** [1] - 5350:13

**believe** [44] - 5250:24, 5264:7, 5265:5, 5267:15, 5267:19, 5267:23, 5270:8, 5270:21, 5271:5, 5282:13, 5285:17, 5286:15, 5286:24, 5288:13, 5294:5, 5308:14, 5311:22, 5312:16, 5313:3, 5314:15, 5315:12, 5319:8, 5319:10, 5319:12, 5320:3, 5320:13, 5320:24, 5326:3, 5337:19, 5338:7, 5355:11, 5368:22, 5371:11, 5371:18, 5371:24, 5373:11, 5378:7, 5379:16, 5380:23, 5381:2, 5381:4, 5382:11, 5384:22, 5390:17

**below** [5] - 5296:14, 5324:5, 5324:7, 5324:15, 5359:25

**Ben** [1] - 5305:10

**BEN** [1] - 5237:4

**bends** [1] - 5324:9

**benefits** [1] - 5290:2

**Benge** [1] - 5243:1

**best** [3] - 5248:24, 5376:9, 5392:21

**bet** [1] - 5262:14

**better** [24] - 5248:24, 5263:2, 5263:7, 5263:8, 5263:17, 5263:22, 5263:23, 5278:23, 5279:2, 5279:7, 5279:13, 5279:15, 5301:12, 5304:5, 5330:7, 5351:11, 5354:1, 5354:16, 5365:17, 5369:2, 5369:4, 5369:16, 5383:22, 5384:2

**between** [8] - 5265:9, 5279:18, 5290:5, 5306:7, 5306:8, 5342:9, 5368:2, 5368:15

**beyond** [2] - 5307:21, 5320:22

**big** [5] - 5247:7, 5247:8, 5253:4, 5345:19, 5350:10

**bigger** [1] - 5263:13

**biggest** [1] - 5268:4

**bit** [14] - 5248:23, 5263:13, 5271:14, 5305:9, 5313:9, 5318:16, 5342:25, 5351:14, 5351:25, 5357:2, 5359:13, 5360:6, 5367:18

**blade** [7] - 5260:20, 5261:3, 5261:7, 5261:14, 5263:22, 5263:24, 5268:8

**blades** [4] - 5261:17, 5261:23, 5263:3, 5272:13

**blank** [1] - 5354:19

**blind** [53] - 5250:21, 5252:23, 5253:6, 5253:9, 5253:12, 5253:16, 5254:7, 5254:18, 5254:19, 5255:3, 5255:5, 5255:9, 5255:18, 5258:8, 5265:21, 5265:23, 5265:24, 5265:25, 5266:10, 5267:21, 5270:5, 5271:17, 5272:7, 5272:22, 5274:5, 5277:12, 5277:18, 5277:19, 5278:22, 5284:4, 5284:6, 5284:8, 5284:10, 5325:18, 5325:23, 5353:7, 5358:1, 5358:2, 5358:3, 5358:9, 5366:20, 5377:19, 5381:3, 5381:9, 5383:2, 5383:7, 5383:9, 5384:7, 5384:9, 5384:10, 5384:11, 5390:13

**block** [14] - 5299:20, 5375:14, 5375:15, 5375:16, 5375:19, 5375:20, 5375:22, 5375:23, 5376:4, 5376:7, 5376:13, 5376:21, 5376:24, 5377:3

**blocks** [2] - 5288:22, 5291:16

**blow** [2] - 5281:2

**blowout** [19] - 5246:7, 5246:13,

5247:3, 5249:16, 5254:19, 5257:24, 5261:10, 5273:7, 5304:11, 5304:16, 5315:24, 5319:18, 5320:18, 5321:14, 5324:5, 5324:16, 5324:23, 5325:10, 5366:2

**Blowout** [1] - 5266:24

**blue** [13] - 5276:6, 5276:23, 5277:9, 5284:18, 5284:22, 5326:3, 5350:25, 5377:25, 5379:7, 5379:13, 5379:22, 5380:8

**Bly** [6] - 5242:25, 5276:19, 5276:20, 5276:22, 5363:15, 5363:17

**BOCKIUS** [1] - 5239:17

**bodies** [1] - 5320:21

**body** [3] - 5381:24, 5385:23, 5387:9

**bonnet** [1] - 5291:12

**bonnets** [7] - 5288:20, 5288:23, 5291:14, 5291:17, 5306:23, 5319:23, 5320:21

**book** [1] - 5336:25

**BOP** [120] - 5246:4, 5246:7, 5246:10, 5246:12, 5246:19, 5246:23, 5247:10, 5247:20, 5248:12, 5249:15, 5250:7, 5251:2, 5251:5, 5251:6, 5251:13, 5252:22, 5253:1, 5253:22, 5253:23, 5255:10, 5255:18, 5256:24, 5257:25, 5259:13, 5259:14, 5259:15, 5259:17, 5262:5, 5262:24, 5262:25, 5264:1, 5265:3, 5266:16, 5267:13, 5267:25, 5269:22, 5274:5, 5274:7, 5275:1, 5275:16, 5275:20, 5275:21, 5277:3, 5277:22, 5278:1, 5280:1, 5280:5, 5280:12, 5284:24, 5288:19, 5289:19,

5290:7, 5291:23, 5291:25, 5294:2, 5294:21, 5295:19, 5300:15, 5302:11, 5304:9, 5305:23, 5305:25, 5306:3, 5306:24, 5306:25, 5307:2, 5307:16, 5307:18, 5307:21, 5311:19, 5319:22, 5320:21, 5322:5, 5325:3, 5326:2, 5348:5, 5348:8, 5348:14, 5348:18, 5348:21, 5348:24, 5352:19, 5352:22, 5354:3, 5355:4, 5355:20, 5358:21, 5358:22, 5359:15, 5367:13, 5368:5, 5368:16, 5368:17, 5368:21, 5368:23, 5369:1, 5369:8, 5369:18, 5369:22, 5369:23, 5372:1, 5372:7, 5379:4, 5379:7, 5381:14, 5381:17, 5381:25, 5382:1, 5382:12, 5382:20, 5382:21, 5383:2, 5383:6, 5384:2, 5384:18, 5384:24, 5390:9, 5391:20, 5391:24

**BOP's** [2] - 5266:5, 5381:20

**BOPs** [14] - 5260:8, 5260:9, 5260:13, 5260:15, 5271:17, 5272:12, 5301:22, 5305:2, 5306:21, 5369:6, 5369:17, 5384:1, 5385:23, 5388:23

**bore** [7] - 5261:20, 5261:22, 5279:6, 5292:1, 5325:8, 5325:21, 5372:7

**boss** [2] - 5339:23, 5343:24

**both** [31] - 5253:1, 5260:5, 5260:11, 5265:10, 5265:20, 5267:25, 5276:1, 5276:2, 5276:6, 5276:9, 5276:11, 5276:15, 5276:23, 5279:17, 5279:25, 5285:5, 5287:2, 5289:10, 5292:6,

5293:6, 5294:8, 5294:12, 5303:8, 5321:22, 5340:20, 5348:2, 5350:25, 5371:14, 5372:12, 5378:6, 5387:2

**bottles** [2] - 5290:23, 5363:6

**bottom** [8] - 5271:13, 5292:1, 5294:23, 5299:18, 5312:10, 5342:13, 5342:16, 5386:2

**BOULEVARD** [1] - 5236:5

**BOUNDS** [1] - 5235:8

**box** [1] - 5317:10

**BOX** [4] - 5235:4, 5236:18, 5236:23, 5237:15

**BP** [80] - 5234:15, 5237:20, 5237:21, 5237:22, 5241:20, 5244:2, 5244:9, 5244:24, 5246:4, 5247:9, 5247:20, 5248:15, 5248:21, 5250:5, 5250:17, 5250:20, 5256:24, 5259:8, 5259:20, 5259:22, 5260:1, 5260:5, 5260:11, 5260:14, 5265:7, 5265:10, 5265:20, 5267:25, 5268:12, 5268:20, 5269:6, 5269:7, 5271:9, 5272:5, 5272:11, 5272:21, 5274:5, 5278:21, 5279:17, 5285:5, 5289:4, 5291:22, 5291:24, 5292:6, 5292:7, 5292:11, 5292:15, 5293:6, 5293:14, 5293:23, 5295:19, 5296:1, 5296:5, 5299:3, 5300:14, 5301:4, 5301:10, 5301:20, 5302:14, 5303:25, 5304:7, 5305:24, 5306:2, 5306:6, 5310:8, 5311:7, 5315:7, 5317:15, 5319:11, 5321:22, 5338:4, 5338:23, 5356:18, 5357:6, 5357:21, 5358:4, 5367:3,

5367:10, 5370:11, 5379:12

**BP's** [6] - 5244:4, 5244:20, 5292:10, 5295:4, 5302:8, 5375:2

**Brad** [1] - 5241:16

**BRAD** [1] - 5238:17

**Bradford** [1] - 5305:10

**BRANCH** [3] - 5236:11, 5236:20, 5237:2

**brand** [1] - 5303:12

**Brazil** [4] - 5387:16, 5387:20, 5387:21, 5388:1

**BREIT** [2] - 5235:14, 5235:14

**BRENNAN** [1] - 5238:13

**Brian** [1] - 5241:16

**BRIAN** [2] - 5238:17, 5241:16

**bridge** [1] - 5374:13

**brief** [1] - 5350:12

**briefly** [2] - 5245:5, 5338:22

**bring** [3] - 5269:16, 5269:18, 5272:17

**BROCK** [2] - 5238:2, 5241:20

**brought** [2] - 5299:24, 5331:19

**BSR** [39] - 5252:22, 5253:5, 5253:6, 5253:10, 5253:18, 5253:19, 5253:23, 5254:20, 5255:1, 5255:22, 5255:24, 5256:10, 5257:6, 5257:7, 5261:2, 5261:11, 5261:12, 5262:4, 5263:2, 5266:5, 5273:6, 5278:13, 5279:13, 5279:18, 5283:21, 5289:21, 5289:22, 5289:25, 5290:2, 5290:15, 5325:4, 5353:22, 5354:17, 5362:3, 5362:12, 5363:2, 5390:21

**BSRs** [2] - 5268:13, 5268:21

**bucket** [1] - 5349:1

**buckling** [2] - 5324:18, 5324:21

**Buddy** [3] - 5319:4, 5319:16

**BUILDING** [1] - 5235:12

**building** [5] - 5329:2, 5341:6, 5341:20, 5342:2, 5343:21

**built** [3] - 5264:1, 5291:23, 5294:2

**built-in** [1] - 5294:2

**bullet** [3] - 5247:15, 5315:5, 5326:18

**BURLING** [1] - 5238:1

**business** [2] - 5260:16, 5319:21

**busy** [1] - 5304:18

**but** [151] - 5244:24, 5246:18, 5247:5, 5248:1, 5250:3, 5250:11, 5253:5, 5253:12, 5253:17, 5253:19, 5254:2, 5254:17, 5255:20, 5255:21, 5256:4, 5257:20, 5258:12, 5258:16, 5259:16, 5259:25, 5260:19, 5260:24, 5261:1, 5261:24, 5262:14, 5262:18, 5264:6, 5264:11, 5264:21, 5265:25, 5268:7, 5268:24, 5269:10, 5272:20, 5272:21, 5275:10, 5275:15, 5275:25, 5276:1, 5276:15, 5276:25, 5277:2, 5277:16, 5277:23, 5278:21, 5278:25, 5279:7, 5280:3, 5280:16, 5282:7, 5285:13, 5288:16, 5290:3, 5291:10, 5291:14, 5294:11, 5296:4, 5296:14, 5296:16, 5297:1, 5300:6, 5302:4, 5302:11, 5302:23, 5303:6, 5303:22, 5306:24, 5308:4, 5308:11, 5309:17, 5310:21, 5311:7, 5313:20, 5314:6, 5314:12, 5316:23, 5317:22, 5321:9, 5324:13, 5325:3, 5325:9, 5325:15, 5327:5, 5328:15, 5328:22, 5329:21, 5330:12, 5333:3, 5333:16,

5334:3, 5334:7, 5334:9, 5334:23, 5334:25, 5335:11, 5335:17, 5336:11, 5337:13, 5338:4, 5338:7, 5339:9, 5341:23, 5342:22, 5343:18, 5344:4, 5345:21, 5345:23, 5349:10, 5350:2, 5351:8, 5352:4, 5352:15, 5352:24, 5353:10, 5353:16, 5354:5, 5354:21, 5355:14, 5361:6, 5363:10, 5363:22, 5363:24, 5365:11, 5365:13, 5369:3, 5369:14, 5370:10, 5370:18, 5370:19, 5370:24, 5371:9, 5371:18, 5372:21, 5372:22, 5373:14, 5373:21, 5376:8, 5377:1, 5377:11, 5377:25, 5378:25, 5379:16, 5379:18, 5380:24, 5381:2, 5383:12, 5383:16, 5387:8, 5388:9, 5389:15, 5391:16

**button** [12] - 5275:2, 5275:3, 5275:4, 5275:7, 5275:12, 5275:13, 5363:11, 5370:24, 5371:4, 5374:11, 5374:14

**buttons** [1] - 5275:11

**buy** [2] - 5288:16, 5288:18

**buyers** [3] - 5260:6, 5260:10, 5266:9

**by** [71] - 5240:7, 5240:9, 5240:11, 5243:2, 5243:20, 5249:12, 5251:8, 5251:12, 5259:20, 5266:4, 5266:15, 5271:11, 5272:11, 5273:1, 5273:4, 5277:19, 5277:23, 5278:4, 5278:8, 5278:13, 5278:22, 5279:18, 5291:12, 5294:9, 5295:5, 5296:4, 5298:14, 5298:18, 5298:21, 5300:7, 5300:8, 5300:14, 5305:7, 5306:17, 5307:6,

5312:14, 5315:7, 5316:16, 5323:5, 5323:16, 5326:25, 5327:22, 5328:20, 5334:11, 5334:21, 5337:13, 5341:14, 5343:24, 5345:22, 5348:9, 5348:25, 5351:19, 5352:12, 5353:13, 5354:13, 5375:10, 5380:21, 5380:22, 5380:23, 5384:23, 5386:3, 5386:7, 5386:12, 5387:3, 5387:8, 5391:6

**BY** [89] - 5234:5, 5235:3, 5235:6, 5235:9, 5235:11, 5235:14, 5235:17, 5235:19, 5235:22, 5236:2, 5236:4, 5236:7, 5236:11, 5236:15, 5236:20, 5237:2, 5237:7, 5237:13, 5237:17, 5237:22, 5238:2, 5238:4, 5238:11, 5238:14, 5238:17, 5238:20, 5238:23, 5239:2, 5239:5, 5239:11, 5239:15, 5239:18, 5239:25, 5239:25, 5245:24, 5247:17, 5249:1, 5254:16, 5256:18, 5259:1, 5262:23, 5272:1, 5272:15, 5274:3, 5281:9, 5281:24, 5282:15, 5282:22, 5285:20, 5289:16, 5291:21, 5293:13, 5293:22, 5298:7, 5299:2, 5311:3, 5316:1, 5319:3, 5320:11, 5320:17, 5321:4, 5326:11, 5327:21, 5331:13, 5334:6, 5337:3, 5339:12, 5343:17, 5349:4, 5350:17, 5351:21, 5357:5, 5359:11, 5360:5, 5361:20, 5362:2, 5362:23, 5364:3, 5364:11, 5364:22, 5365:3, 5365:22, 5366:13, 5367:8, 5368:11, 5373:18, 5376:1, 5378:10, 5388:5

**C**

**C** [3] - 5238:2, 5239:15, 5239:19

**CA** [2] - 5236:13, 5238:19

**cabin** [2] - 5371:3, 5371:5

**cable** [3] - 5275:24, 5275:25, 5375:20

**cables** [20] - 5275:15, 5275:22, 5275:24, 5276:6, 5276:11, 5276:22, 5277:2, 5277:8, 5279:25, 5280:4, 5280:11, 5280:21, 5281:11, 5283:19, 5283:24, 5388:8, 5388:9, 5388:10, 5388:14

**calculate** [2] - 5248:11, 5362:3

**calculated** [1] - 5362:15

**calculation** [2] - 5390:2, 5391:16

**calculations** [10] - 5252:18, 5252:19, 5255:17, 5255:25, 5256:13, 5390:7, 5390:8, 5391:3, 5391:5, 5391:6

**CALDWELL** [1] - 5237:13

**call** [18] - 5242:20, 5242:24, 5243:6, 5270:17, 5280:16, 5285:14, 5286:10, 5286:20, 5293:21, 5295:8, 5300:22, 5301:23, 5301:24, 5304:18, 5306:7, 5316:13, 5329:1, 5345:25

**call-out** [2] - 5286:10, 5286:20

**call-outs** [3] - 5242:20, 5242:24, 5243:6

**called** [10] - 5266:15, 5275:5, 5275:8, 5275:9, 5280:14, 5295:17, 5301:25, 5361:16, 5372:8, 5373:7

**calling** [1] - 5331:6

**Calvert** [2] - 5242:21, 5243:1

**Calvin** [1] - 5241:11

**came** [9] - 5260:8, 5274:15, 5313:20, 5327:17, 5334:15, 5342:6, 5342:7, 5363:17, 5367:13

**Cameron** [30] - 5250:22, 5253:13, 5259:8, 5259:13, 5259:15, 5259:16, 5260:11, 5281:21, 5282:17, 5283:4, 5283:14, 5285:9, 5285:11, 5285:21, 5287:17, 5288:10, 5326:13, 5327:8, 5327:11, 5327:14, 5328:9, 5329:19, 5330:8, 5330:12, 5331:1, 5355:6, 5379:12, 5390:12, 5390:19, 5391:7

**CAMERON** [1] - 5239:1

**Cameron's** [4] - 5250:23, 5328:2, 5385:5, 5389:1

**CAMP** [1] - 5327:18

**can** [85] - 5245:18, 5246:13, 5246:15, 5246:19, 5246:23, 5248:20, 5248:24, 5251:15, 5254:18, 5254:25, 5258:25, 5259:3, 5259:8, 5261:13, 5262:19, 5263:11, 5263:13, 5266:7, 5268:12, 5269:15, 5269:19, 5271:23, 5274:24, 5275:11, 5275:12, 5275:14, 5277:3, 5277:11, 5277:16, 5282:21, 5282:24, 5282:25, 5283:5, 5286:10, 5286:20, 5289:23, 5291:20, 5299:1, 5300:12, 5301:14, 5301:18, 5306:13, 5307:14, 5310:13, 5317:10, 5317:11, 5317:12, 5318:14, 5323:9, 5324:16, 5325:15, 5325:17, 5328:5, 5333:23, 5335:25, 5340:12, 5341:12, 5341:24, 5344:8, 5344:15, 5345:22, 5351:16, 5352:24,

5353:12, 5357:21, 5362:22, 5363:4, 5373:17, 5375:19, 5375:24, 5378:9, 5383:18, 5383:25, 5385:21, 5386:1, 5386:2, 5386:6, 5386:7, 5390:11, 5390:19, 5391:5, 5391:10

**can't** [21] - 5253:17, 5261:16, 5282:24, 5285:23, 5298:12, 5298:14, 5301:17, 5312:8, 5312:23, 5314:19, 5316:10, 5316:11, 5333:3, 5335:16, 5335:19, 5336:9, 5341:23, 5364:15, 5373:21, 5374:10

**cannot** [7] - 5249:20, 5256:12, 5280:1, 5284:10, 5325:4, 5365:4, 5378:3

**capabilities** [1] - 5354:1

**Capabilities** [2] - 5358:17, 5364:24

**Capability** [1] - 5361:16

**capability** [3] - 5285:10, 5295:24, 5295:25

**capable** [6] - 5264:21, 5264:25, 5267:16, 5269:22, 5292:2, 5296:9

**capacity** [20] - 5248:16, 5248:22, 5249:2, 5249:16, 5250:6, 5250:12, 5251:5, 5251:6, 5251:23, 5252:2, 5255:18, 5263:7, 5264:23, 5295:22, 5297:1, 5362:3, 5362:15, 5389:19, 5389:24

**care** [1] - 5304:20

**carefully** [1] - 5246:5

**CARL** [1] - 5234:22

**Carl** [13] - 5247:13, 5247:15, 5248:24, 5258:4, 5258:25, 5262:1, 5269:18, 5271:13, 5273:14, 5274:24, 5317:12, 5340:17, 5344:20

**CARONDELET** [2] -

5235:17, 5239:3

**CARRIE** [1] - 5238:5

**carry** [2] - 5246:15, 5248:10

**CASE** [2] - 5234:12, 5234:14

**case** [38] - 5246:7, 5246:21, 5256:3, 5262:4, 5267:3, 5267:7, 5270:17, 5271:10, 5272:11, 5273:6, 5278:5, 5278:15, 5279:10, 5284:12, 5284:13, 5297:20, 5298:14, 5298:18, 5306:10, 5313:6, 5315:3, 5316:5, 5323:20, 5325:15, 5325:18, 5325:25, 5341:23, 5351:13, 5354:14, 5374:21, 5379:11, 5379:20, 5380:6, 5381:8, 5383:15, 5383:20, 5384:14, 5389:12

**cases** [2] - 5311:5, 5314:12

**casing** [29] - 5250:21, 5254:4, 5255:11, 5255:20, 5256:2, 5256:4, 5266:2, 5271:18, 5272:23, 5275:9, 5277:12, 5277:19, 5278:22, 5279:4, 5353:7, 5353:8, 5353:14, 5353:17, 5353:21, 5353:25, 5356:19, 5357:7, 5357:14, 5357:18, 5357:22, 5357:25, 5383:7, 5384:10, 5390:13

**catastrophe** [3] - 5246:14, 5247:6, 5392:1

**Category** [1] - 5356:5

**cause** [1] - 5359:18

**caused** [2] - 5261:19, 5323:2

**cavity** [2] - 5268:19, 5289:23

**CBM** [1] - 5352:16

**CCR** [3] - 5239:21, 5392:19, 5392:24

**CEM** [1] - 5347:6

**center** [41] - 5258:1, 5258:3, 5258:7,

5259:3, 5259:4, 5259:8, 5259:11, 5260:17, 5260:18, 5260:20, 5260:23, 5260:25, 5261:2, 5261:12, 5261:13, 5261:15, 5261:17, 5261:18, 5261:21, 5261:23, 5262:5, 5262:10, 5262:13, 5263:17, 5263:22, 5263:23, 5264:14, 5273:11, 5284:10, 5284:13, 5349:7, 5349:9, 5349:10, 5353:22, 5380:25, 5392:2

**CENTER** [1] - 5239:7

**centered** [5] - 5325:4, 5325:7, 5325:14, 5353:23, 5381:1

**centering** [5] - 5263:2, 5263:7, 5354:1

**CENTRE** [1] - 5238:11

**CERNICH** [1] - 5236:16

**certain** [3] - 5259:22, 5350:23, 5355:20

**certainly** [8] - 5264:6, 5279:11, 5283:13, 5289:25, 5322:17, 5322:20, 5325:15, 5337:10

**CERTIFICATE** [1] - 5392:18

**certificate** [3] - 5308:19, 5309:17, 5309:25

**certification** [2] - 5311:18, 5320:21

**certify** [1] - 5392:20

**cetera** [3] - 5292:23, 5305:6, 5336:6

**chain** [4] - 5277:24, 5278:3, 5278:5, 5290:14

**CHAKERES** [1] - 5236:17

**chance** [13] - 5270:13, 5270:16, 5278:23, 5279:1, 5279:2, 5279:7, 5279:13, 5279:16, 5281:3, 5281:13, 5281:14, 5369:8

**CHANG** [1] - 5236:16

**change** [30] -

5275:14, 5291:7, 5292:8, 5292:10, 5292:11, 5294:19, 5295:18, 5297:6, 5297:8, 5297:11, 5297:15, 5297:22, 5297:23, 5298:4, 5298:5, 5300:1, 5300:3, 5300:4, 5301:4, 5301:6, 5305:22, 5317:12, 5321:24, 5356:11, 5356:13, 5356:21, 5381:12

**Change** [1] - 5298:20

**changed** [5] - 5288:19, 5292:2, 5326:4, 5358:8, 5358:11

**changes** [4] - 5251:12, 5291:24, 5300:13, 5300:14

**changing** [5] - 5291:23, 5307:23, 5321:11, 5321:21, 5326:13

**characterize** [2] - 5260:10, 5260:14

**charge** [3] - 5345:5, 5345:7, 5360:8

**charger** [1] - 5286:5

**charges** [2] - 5271:9, 5272:5

**chart** [3] - 5258:6, 5258:10, 5349:7

**CHASE** [1] - 5238:21

**check** [1] - 5284:25

**checked** [4] - 5299:20, 5342:19, 5366:5

**checking** [1] - 5305:4

**checks** [3] - 5314:21, 5314:22, 5323:8

**CHICAGO** [1] - 5238:6

**childs** [2] - 5276:12, 5355:2

**CHILDS** [1] - 5240:5

**Childs** [32] - 5245:20, 5245:21, 5249:11, 5252:12, 5255:13, 5258:5, 5259:3, 5260:24, 5262:3, 5262:16, 5273:14, 5274:20, 5283:19, 5287:25, 5289:12, 5298:9, 5307:3, 5315:20, 5316:2, 5316:24,

5320:4, 5324:5, 5340:10, 5343:9, 5343:19, 5349:6, 5350:18, 5355:17, 5356:24, 5367:9, 5367:11, 5390:11

**Childs'** [4] - 5241:8, 5338:11, 5338:20, 5339:1

**choice** [4] - 5265:6, 5265:7, 5277:6, 5279:18

**choke** [1] - 5310:14

**choose** [5] - 5265:11, 5265:23, 5275:13, 5275:19, 5277:11

**chooses** [1] - 5246:6

**choosing** [1] - 5246:4

**chose** [9] - 5265:12, 5265:16, 5265:19, 5265:21, 5265:24, 5266:2, 5275:17, 5278:20, 5278:21

**chosen** [9] - 5265:25, 5278:22, 5288:24, 5289:5, 5289:21, 5289:25, 5290:15, 5291:1, 5291:3

**Chris** [5] - 5333:19, 5334:1, 5344:23, 5347:7, 5374:2

**circuit** [5] - 5256:22, 5286:13, 5356:6, 5356:14, 5357:7

**circuitry** [1] - 5303:8

**circuits** [1] - 5286:22

**circulated** [5] - 5242:8, 5242:15, 5242:22, 5243:12, 5243:18

**circumstances** [1] - 5255:23

**CIVIL** [3] - 5234:8, 5236:11, 5236:20

**clarification** [1] - 5327:16

**clear** [14] - 5272:18, 5272:20, 5274:17, 5315:23, 5335:4, 5335:8, 5342:17, 5370:7, 5376:23, 5377:14, 5377:25, 5383:5, 5387:14

**CLERK** [2] - 5318:21, 5392:14

**client** [4] - 5252:10, 5252:12, 5298:14,

5298:17
**CLINGMAN** [1] - 5238:14
**close** [14] - 5274:15, 5299:7, 5312:25, 5313:4, 5313:7, 5336:20, 5356:15, 5370:21, 5371:1, 5371:6, 5371:19, 5377:19, 5381:3, 5392:2
**closed** [18] - 5299:5, 5313:5, 5313:6, 5313:14, 5314:1, 5314:9, 5315:9, 5317:4, 5317:16, 5318:11, 5367:14, 5370:19, 5380:24, 5381:1, 5381:5, 5381:6, 5381:9
**closeout** [2] - 5313:22, 5317:13
**closing** [8] - 5255:3, 5279:23, 5295:9, 5315:6, 5371:14, 5371:23, 5372:9, 5390:22
**closure** [2] - 5278:20, 5369:4
**collaborative** [1] - 5306:9
**collars** [1] - 5353:15
**column** [5] - 5378:18, 5379:4, 5380:13, 5382:18, 5382:19
**come** [12] - 5241:17, 5302:18, 5304:8, 5304:18, 5305:15, 5305:16, 5333:5, 5345:12, 5346:21, 5369:10, 5385:10
**comes** [3] - 5304:11, 5314:12, 5363:12
**comfort** [1] - 5258:11
**command** [4] - 5277:24, 5278:3, 5278:5, 5290:14
**comment** [4] - 5286:1, 5311:17, 5314:20, 5338:9
**COMMERCIAL** [1] - 5237:2
**commissioned** [1] - 5354:3
**commissioning** [2] - 5355:7, 5390:12
**Committee** [1] - 5246:1

**common** [1] - 5249:13
**commonly** [1] - 5368:24
**communicate** [1] - 5275:20
**communication** [7] - 5275:18, 5276:16, 5277:8, 5369:12, 5369:13, 5386:7
**companies** [1] - 5386:11
**COMPANY** [1] - 5237:22
**company** [18] - 5266:15, 5293:23, 5294:1, 5304:8, 5352:4, 5354:2, 5354:8, 5355:17, 5355:22, 5355:24, 5355:25, 5357:8, 5357:21, 5358:15, 5358:19, 5361:6, 5361:23
**company's** [1] - 5365:8
**compared** [1] - 5381:17
**compensate** [1] - 5365:4
**compensating** [1] - 5365:11
**COMPLAINT** [1] - 5234:12
**complaints** [2] - 5282:3, 5282:8
**complete** [11] - 5258:2, 5260:22, 5280:18, 5311:16, 5316:22, 5318:5, 5318:6, 5321:25, 5341:22, 5342:22, 5343:21
**completed** [7] - 5313:2, 5313:8, 5313:24, 5314:2, 5341:7, 5342:4, 5342:5
**completely** [2] - 5261:2, 5314:8
**completing** [1] - 5314:13
**compliance** [3] - 5308:19, 5309:18, 5309:25
**complied** [1] - 5382:9
**component** [1] - 5359:17
**components** [8] -

5248:12, 5252:22, 5259:14, 5259:17, 5259:19, 5260:2, 5260:3
**comprised** [1] - 5310:14
**computer** [7] - 5277:16, 5277:17, 5290:24, 5334:9, 5334:25, 5335:11, 5345:21
**COMPUTER** [1] - 5239:25
**concede** [2] - 5378:22, 5378:25
**conceded** [1] - 5300:18
**conceivable** [1] - 5391:11
**concentration** [1] - 5248:7
**concerned** [1] - 5288:9
**concerning** [2] - 5244:10, 5317:13
**concerns** [4] - 5384:24, 5385:2, 5385:6, 5385:10
**concert** [1] - 5305:24
**concluded** [12] - 5367:14, 5368:4, 5368:15, 5374:22, 5378:19, 5379:1, 5379:13, 5380:7, 5380:9, 5380:14, 5382:1, 5382:9
**Conclusion** [1] - 5309:1
**conclusion** [7] - 5244:7, 5328:18, 5374:15, 5375:2, 5379:21, 5383:25, 5384:17
**conclusions** [2] - 5258:17, 5375:8
**concur** [3] - 5321:11, 5321:21, 5321:24
**condition** [9] - 5247:21, 5272:4, 5299:1, 5299:3, 5323:19, 5325:7, 5352:1, 5352:10, 5352:13
**condition-based** [3] - 5352:1, 5352:10, 5352:13
**conditions** [4] - 5246:6, 5251:18, 5325:9, 5358:24
**conduct** [1] -

5244:10
**conducted** [1] - 5350:24
**conducting** [1] - 5367:9
**configuration** [15] - 5247:21, 5255:10, 5259:12, 5259:22, 5259:23, 5260:3, 5260:4, 5267:14, 5274:7, 5381:13, 5381:16, 5381:20, 5381:25, 5382:20, 5391:11
**configurations** [3] - 5272:12, 5383:1, 5391:20
**configured** [3] - 5259:20, 5284:16, 5355:20
**confused** [1] - 5277:14
**connected** [1] - 5375:23
**connection** [14] - 5241:11, 5241:24, 5243:17, 5275:21, 5296:6, 5301:17, 5368:16, 5368:17, 5375:17, 5375:20, 5376:20, 5383:14, 5383:22, 5384:14
**CONRAD** [1] - 5235:19
**conscious** [6] - 5265:10, 5265:17, 5278:7, 5279:21, 5287:8, 5356:18
**consequently** [5] - 5314:21, 5314:22, 5315:8, 5317:3, 5317:15
**conservatism** [1] - 5391:3
**conservative** [2] - 5391:5, 5391:8
**consideration** [1] - 5377:18
**considered** [2] - 5312:11, 5337:7
**consult** [1] - 5304:9
**consultants** [1] - 5304:8
**contact** [2] - 5333:11
**contain** [3] - 5254:18, 5258:17, 5365:15
**contained** [1] - 5382:20
**containing** [2] -

5286:4, 5286:21
**context** [6] - 5293:23, 5309:8, 5311:10, 5348:15, 5366:3, 5377:21
**contingencies** [3] - 5257:10, 5257:15, 5257:17
**continual** [2] - 5336:5, 5336:11
**continually** [2] - 5303:23, 5323:19
**contract** [1] - 5271:18
**contractor** [1] - 5272:6
**contractor's** [1] - 5294:3
**contractors** [1] - 5271:16
**contractors'** [1] - 5272:22
**contrary** [1] - 5327:7
**contributor** [1] - 5267:12
**control** [34] - 5252:1, 5267:13, 5267:18, 5268:21, 5269:3, 5269:6, 5269:7, 5269:12, 5269:14, 5275:1, 5282:17, 5292:3, 5293:4, 5351:19, 5358:14, 5366:16, 5367:21, 5367:22, 5367:24, 5368:3, 5368:4, 5368:13, 5369:1, 5369:3, 5369:5, 5369:8, 5369:15, 5369:19, 5372:1, 5388:19, 5388:23, 5389:2, 5391:20
**Control** [1] - 5373:19
**convenience** [1] - 5243:6
**conversation** [4] - 5280:9, 5334:18, 5336:11, 5336:18
**conversations** [2] - 5333:21, 5336:5
**conversion** [3] - 5292:5, 5293:18, 5294:1
**convert** [1] - 5300:15
**converted** [3] - 5293:3, 5294:23, 5295:20
**Corey** [1] - 5244:16
**COREY** [1] - 5237:7
**corollary** [1] -

5264:20

**CORPORATE** [1] - 5235:20

**CORPORATION** [1] - 5239:2

**correct** [391] - 5246:20, 5246:24, 5247:22, 5248:2, 5248:13, 5248:21, 5249:8, 5249:17, 5249:19, 5250:3, 5250:7, 5250:18, 5251:3, 5251:4, 5251:7, 5251:11, 5251:14, 5251:18, 5251:19, 5251:25, 5252:15, 5252:23, 5253:2, 5253:7, 5253:13, 5253:20, 5253:25, 5254:3, 5254:9, 5254:10, 5254:25, 5255:2, 5255:6, 5255:10, 5255:15, 5256:2, 5256:5, 5256:11, 5256:14, 5256:19, 5256:20, 5256:21, 5257:1, 5257:8, 5257:12, 5257:14, 5258:9, 5258:13, 5259:3, 5259:6, 5259:9, 5259:17, 5260:6, 5260:15, 5260:21, 5261:8, 5261:9, 5262:5, 5262:7, 5262:10, 5263:8, 5263:9, 5263:14, 5263:18, 5263:22, 5264:1, 5264:3, 5264:6, 5264:12, 5264:15, 5264:16, 5264:18, 5264:19, 5265:1, 5265:2, 5265:4, 5265:8, 5265:18, 5266:1, 5266:2, 5266:6, 5266:11, 5268:10, 5268:14, 5268:17, 5269:13, 5269:23, 5270:1, 5271:7, 5272:7, 5272:16, 5272:23, 5274:21, 5274:22, 5275:2, 5275:4, 5275:6, 5275:13, 5275:16, 5275:17, 5275:20, 5275:21, 5276:2, 5276:7, 5276:24, 5277:4, 5277:13, 5277:19, 5278:3, 5278:8,

5278:13, 5278:18, 5279:2, 5279:7, 5279:11, 5279:14, 5279:19, 5279:21, 5280:2, 5280:5, 5280:12, 5280:15, 5283:3, 5283:21, 5283:25, 5284:4, 5284:8, 5284:10, 5284:11, 5284:12, 5284:18, 5284:22, 5285:1, 5285:2, 5285:3, 5285:4, 5285:8, 5285:16, 5285:17, 5285:22, 5285:23, 5286:8, 5286:17, 5287:4, 5287:8, 5287:21, 5287:22, 5288:17, 5288:18, 5288:22, 5288:24, 5289:5, 5289:9, 5289:11, 5289:19, 5289:21, 5290:2, 5290:11, 5290:12, 5290:16, 5291:1, 5291:4, 5291:12, 5291:16, 5292:12, 5292:19, 5292:20, 5292:22, 5292:25, 5293:4, 5293:5, 5293:24, 5293:25, 5294:8, 5294:13, 5294:21, 5295:20, 5295:23, 5296:1, 5297:2, 5298:18, 5299:13, 5299:20, 5300:9, 5300:10, 5300:16, 5300:17, 5300:18, 5300:20, 5300:25, 5301:2, 5301:3, 5301:4, 5301:8, 5302:4, 5303:1, 5303:13, 5303:17, 5303:21, 5304:9, 5305:8, 5306:14, 5306:21, 5306:24, 5308:13, 5308:17, 5308:20, 5308:22, 5309:11, 5309:19, 5310:6, 5310:9, 5310:21, 5311:24, 5312:2, 5313:17, 5313:21, 5313:24, 5314:4, 5316:3, 5316:16, 5316:19, 5317:5, 5318:3, 5318:8, 5319:7, 5319:9, 5319:10, 5319:14, 5320:12, 5320:18, 5320:19,

5321:12, 5321:14, 5321:17, 5321:18, 5321:19, 5322:5, 5322:11, 5322:12, 5322:15, 5323:6, 5323:10, 5323:17, 5323:21, 5323:25, 5324:2, 5324:6, 5324:9, 5324:11, 5324:17, 5324:21, 5325:1, 5325:16, 5325:19, 5326:4, 5326:7, 5326:8, 5326:13, 5326:19, 5326:20, 5326:22, 5326:25, 5327:16, 5328:3, 5328:5, 5328:10, 5328:14, 5328:21, 5328:25, 5329:4, 5329:9, 5329:14, 5329:18, 5329:19, 5329:22, 5329:23, 5332:14, 5333:3, 5333:7, 5333:17, 5334:8, 5334:14, 5334:19, 5334:25, 5336:3, 5336:15, 5337:14, 5338:2, 5339:18, 5340:6, 5340:9, 5340:13, 5341:18, 5342:15, 5342:18, 5342:21, 5343:3, 5343:22, 5344:14, 5344:21, 5344:23, 5344:25, 5345:3, 5345:6, 5345:10, 5346:6, 5346:10, 5347:11, 5347:13, 5347:25, 5349:8, 5349:14, 5351:4, 5358:13, 5358:18, 5359:4, 5361:24, 5362:14, 5362:25, 5367:14, 5367:21, 5368:5, 5368:16, 5368:22, 5369:19, 5369:23, 5369:24, 5370:16, 5371:13, 5372:8, 5372:16, 5372:20, 5372:24, 5373:1, 5373:12, 5373:13, 5374:19, 5375:17, 5376:7, 5376:14, 5376:17, 5376:21, 5376:25, 5377:6, 5377:7, 5377:9, 5377:12, 5377:16, 5377:20, 5377:22, 5378:5, 5378:15, 5378:16,

5378:20, 5378:21, 5379:2, 5379:8, 5379:14, 5380:10, 5380:18, 5381:16, 5381:21, 5382:11, 5382:22, 5382:23, 5383:23, 5383:24, 5384:15, 5385:25, 5386:10, 5387:4, 5387:5, 5387:7, 5387:11, 5387:12, 5388:22, 5389:13, 5389:14, 5389:25, 5390:3, 5390:9, 5390:10, 5390:22, 5390:23, 5391:1, 5392:8, 5392:20

**corrected** [1] - 5299:10

**correctly** [33] - 5247:23, 5249:4, 5253:6, 5267:14, 5267:18, 5267:22, 5269:24, 5270:7, 5270:20, 5271:4, 5274:14, 5274:15, 5274:18, 5283:11, 5286:14, 5286:23, 5294:4, 5299:6, 5299:16, 5307:25, 5308:1, 5309:4, 5312:15, 5313:2, 5314:14, 5314:23, 5315:11, 5317:6, 5317:18, 5320:2, 5320:23, 5322:2, 5347:8

**corresponding** [3] - 5294:3, 5344:4, 5344:14

**cost** [3] - 5278:12, 5294:3, 5386:12

**could** [137] - 5247:2, 5247:3, 5247:5, 5247:8, 5247:13, 5247:14, 5248:23, 5248:24, 5250:22, 5252:16, 5255:20, 5256:25, 5258:4, 5260:18, 5260:25, 5261:21, 5261:24, 5262:15, 5263:11, 5263:12, 5264:8, 5264:11, 5264:23, 5265:21, 5265:25, 5266:18, 5267:9, 5269:11, 5269:16, 5271:12, 5272:17, 5273:10, 5273:12, 5273:13, 5274:13,

5274:18, 5275:19, 5276:2, 5276:6, 5276:9, 5278:25, 5280:5, 5280:12, 5281:22, 5282:12, 5282:20, 5282:25, 5285:7, 5285:18, 5288:12, 5288:13, 5288:24, 5289:14, 5289:18, 5289:21, 5289:25, 5290:13, 5290:14, 5290:15, 5291:1, 5291:3, 5291:5, 5291:6, 5291:11, 5291:14, 5291:18, 5292:10, 5292:24, 5293:3, 5293:10, 5293:20, 5295:11, 5296:7, 5297:25, 5298:20, 5300:4, 5307:12, 5307:20, 5309:1, 5311:20, 5311:22, 5312:1, 5315:5, 5316:7, 5316:21, 5317:10, 5317:16, 5319:1, 5319:2, 5319:16, 5320:16, 5321:3, 5323:4, 5323:15, 5323:13, 5326:1, 5326:9, 5330:7, 5332:9, 5334:4, 5340:1, 5340:17, 5342:1, 5346:2, 5346:12, 5346:23, 5347:19, 5348:10, 5351:9, 5351:10, 5353:20, 5360:7, 5361:2, 5365:12, 5365:14, 5369:12, 5370:18, 5374:1, 5374:7, 5374:20, 5375:11, 5378:2, 5378:8, 5380:2, 5380:4, 5381:4, 5381:5, 5382:5, 5383:8, 5383:16, 5389:5, 5389:8

**couldn't** [20] - 5247:6, 5269:4, 5288:9, 5311:25, 5312:1, 5318:2, 5318:9, 5318:10, 5325:6, 5325:23, 5333:4, 5333:6, 5333:8, 5333:16, 5333:18, 5335:21, 5336:24, 5337:8, 5353:10, 5363:23

**counsel** [2] -

5339:21, 5339:22
**count** [1] - 5364:7
**couple** [5] - 5297:4, 5319:17, 5319:21, 5319:25, 5370:13
**coupled** [1] - 5352:6
**course** [29] - 5245:13, 5259:2, 5261:1, 5266:13, 5268:16, 5274:9, 5275:24, 5281:14, 5289:1, 5295:5, 5306:4, 5309:13, 5309:23, 5310:3, 5312:23, 5325:6, 5336:5, 5339:2, 5345:17, 5348:11, 5365:19, 5371:4, 5378:4, 5378:7, 5379:16, 5379:17, 5384:19, 5385:12, 5391:9
**COURT** [76] - 5234:1, 5239:21, 5241:5, 5241:6, 5241:14, 5241:19, 5241:22, 5242:2, 5242:5, 5242:10, 5242:17, 5242:23, 5243:2, 5243:7, 5243:14, 5243:20, 5243:24, 5244:4, 5244:14, 5245:2, 5245:4, 5245:8, 5245:12, 5245:16, 5245:18, 5245:21, 5256:17, 5258:22, 5258:24, 5262:18, 5271:23, 5272:10, 5273:16, 5273:20, 5273:23, 5281:7, 5311:2, 5315:25, 5318:12, 5318:16, 5318:19, 5318:23, 5318:24, 5331:6, 5331:9, 5331:12, 5336:17, 5336:21, 5337:2, 5337:24, 5338:9, 5338:13, 5338:17, 5338:21, 5339:5, 5343:11, 5349:16, 5349:18, 5349:20, 5349:22, 5349:25, 5350:9, 5350:15, 5357:2, 5362:20, 5364:2, 5364:9, 5366:10, 5367:3, 5367:5, 5368:8, 5387:13, 5387:23, 5388:4, 5392:6,

5392:10
**Court** [18] - 5244:8, 5244:20, 5244:24, 5281:4, 5335:1, 5335:8, 5335:12, 5335:14, 5336:7, 5355:11, 5361:2, 5361:14, 5361:15, 5365:2, 5375:19, 5392:19, 5392:20, 5392:25
**Court's** [2] - 5243:6, 5258:18
**cover** [3] - 5269:14, 5269:15, 5299:23
**covered** [2] - 5313:8, 5382:24
**COVINGTON** [1] - 5238:1
**create** [1] - 5243:6
**crew** [9] - 5306:17, 5367:20, 5368:3, 5368:12, 5369:25, 5373:10, 5373:23, 5374:5, 5375:9
**criminal** [2] - 5271:9, 5272:5
**criteria** [1] - 5386:9
**critical** [8] - 5312:11, 5312:14, 5312:19, 5314:21, 5314:22, 5350:23, 5359:6, 5369:18
**CROSS** [3] - 5245:23, 5350:16, 5367:7
**cross** [3] - 5243:23, 5246:2, 5367:9
**Cross** [3] - 5240:7, 5240:9, 5240:11
**CROSS-EXAMINATION** [2] - 5350:16, 5367:7
**cross-examination** [2] - 5243:23, 5367:9
**Cross-Examination** [3] - 5240:7, 5240:9, 5240:11
**CRR** [2] - 5239:21, 5392:24
**CSR** [9] - 5275:8, 5278:7, 5278:12, 5279:18, 5289:11, 5290:15, 5354:16, 5355:12, 5355:13
**cubical** [3] - 5336:19, 5339:7, 5345:3
**cull** [2] - 5267:10, 5386:2

**CUNNINGHAM** [2] - 5235:8, 5235:9
**current** [1] - 5327:4
**customer** [1] - 5282:3
**customers** [4] - 5282:8, 5283:5, 5301:20, 5304:18
**cut** [9] - 5260:20, 5261:2, 5261:12, 5261:14, 5262:5, 5264:17, 5325:19, 5325:23, 5354:16
**cuts** [1] - 5253:1
**cutting** [1] - 5380:22

# D

**D** [3] - 5237:13, 5238:17, 5240:1
**D-3260** [1] - 5349:1
**D-3266** [1] - 5300:12
**D-3267** [1] - 5289:14
**D-4338B** [1] - 5375:24
**D-4599** [1] - 5382:5
**D-4607** [1] - 5382:16
**D-6703** [1] - 5378:9
**daily** [5] - 5333:11, 5341:10, 5343:4, 5348:17
**DALLAS** [1] - 5239:13
**damaged** [2] - 5268:23, 5270:19
**Dan** [4] - 5345:25, 5347:15, 5347:24, 5348:1
**DANIEL** [1] - 5237:2
**data** [17] - 5248:8, 5323:19, 5330:7, 5331:21, 5332:18, 5332:23, 5337:23, 5342:18, 5347:6, 5347:13, 5347:14, 5365:16, 5366:14, 5366:18, 5366:23, 5366:25, 5391:12
**date** [23] - 5264:5, 5285:13, 5298:24, 5303:6, 5308:20, 5308:21, 5308:22, 5320:20, 5327:17, 5333:8, 5333:9, 5333:18, 5338:8, 5341:1, 5341:18, 5342:12, 5342:13, 5342:22, 5344:3, 5344:5, 5344:14,

5346:10, 5357:25
**dated** [2] - 5293:15, 5347:25
**dates** [10] - 5333:4, 5333:5, 5340:9, 5340:11, 5340:13, 5342:4, 5342:9, 5342:24, 5344:9, 5344:16
**DAUPHIN** [1] - 5235:9
**David** [3] - 5242:21, 5243:1, 5328:12
**DAVID** [2] - 5239:5, 5239:5
**Davis** [2] - 5364:7, 5365:23
**Davis'** [2] - 5364:4, 5364:12
**day** [11] - 5245:1, 5245:10, 5288:4, 5333:22, 5342:2, 5342:3, 5342:5, 5343:18, 5343:20, 5389:16
**DAY** [1] - 5234:20
**days** [5] - 5295:10, 5312:12, 5321:14, 5341:19, 5343:13
**DC** [4] - 5236:18, 5236:23, 5237:4, 5238:3
**de** [2] - 5290:19, 5290:21
**deadman** [2] - 5356:6, 5356:14, 5357:17, 5357:18, 5357:24, 5358:6, 5360:12, 5360:17
**Deadman** [2] - 5286:4, 5357:13
**dealing** [3] - 5294:18, 5306:23, 5307:2
**deals** [1] - 5368:23
**DEANNA** [1] - 5236:16
**death** [1] - 5318:13
**debris** [2] - 5371:11, 5371:20
**DEC** [1] - 5340:19
**decades** [1] - 5368:24
**December** [6] - 5320:21, 5328:25, 5329:11, 5347:3, 5347:4, 5366:20
**decide** [2] - 5277:9, 5351:9
**decided** [7] - 5260:2,

5277:22, 5278:6, 5288:4, 5300:4, 5356:19, 5357:7
**deciding** [2] - 5265:9, 5278:11
**decision** [16] - 5259:20, 5265:10, 5265:17, 5275:12, 5277:23, 5278:6, 5278:7, 5278:10, 5278:17, 5279:21, 5287:7, 5287:8, 5287:24, 5330:17, 5356:18, 5370:7
**deck** [6] - 5329:1, 5341:6, 5341:19, 5341:21, 5342:2, 5343:21
**dedicated** [3] - 5363:6, 5363:7, 5363:13
**deep** [1] - 5353:25
**deeper** [5] - 5319:20, 5332:7, 5332:13, 5332:15, 5332:20
**DEEPWATER** [3] - 5234:5, 5238:9, 5238:10
**Deepwater** [47] - 5250:6, 5253:22, 5262:25, 5263:25, 5264:8, 5264:11, 5265:3, 5266:15, 5266:24, 5267:24, 5284:24, 5285:8, 5288:21, 5289:18, 5290:7, 5291:15, 5295:19, 5298:21, 5302:25, 5303:1, 5303:21, 5304:12, 5304:16, 5304:23, 5305:7, 5319:14, 5319:22, 5322:10, 5325:3, 5351:18, 5354:3, 5354:8, 5357:25, 5364:16, 5381:20, 5382:19, 5382:21, 5383:6, 5384:2, 5384:18, 5386:23, 5387:4, 5388:20, 5390:9, 5390:13, 5391:1, 5391:21
**deepwater** [2] - 5271:19, 5272:6
**defendant** [2] - 5271:16, 5271:19
**defense** [1] - 5366:1
**deferred** [2] - 5322:4, 5322:6

**define** [4] - 5298:3, 5298:19, 5306:25, 5343:4

**defined** [1] - 5300:10

**defining** [1] - 5312:19

**definitely** [3] - 5246:16, 5322:6, 5332:21

**definition** [2] - 5300:2, 5352:12

**deGravelles** [38] - 5240:7, 5243:22, 5243:25, 5245:3, 5245:17, 5245:19, 5245:24, 5245:25, 5256:18, 5258:19, 5258:23, 5258:25, 5259:1, 5262:23, 5271:25, 5272:1, 5272:15, 5273:18, 5273:22, 5273:25, 5281:8, 5281:9, 5311:3, 5316:1, 5318:12, 5318:14, 5318:18, 5318:25, 5319:1, 5331:5, 5331:7, 5331:13, 5337:3, 5338:2, 5339:11, 5339:12, 5349:15, 5384:23

**DEGRAVELLES** [2] - 5236:1, 5236:2

**DeGravelles** [44] - 5247:13, 5247:17, 5248:23, 5249:1, 5254:14, 5254:16, 5273:13, 5274:3, 5281:22, 5281:24, 5282:12, 5282:15, 5282:20, 5282:22, 5285:18, 5285:20, 5289:14, 5289:16, 5291:20, 5291:21, 5293:12, 5293:13, 5293:20, 5293:22, 5298:6, 5298:7, 5299:1, 5299:2, 5319:3, 5320:10, 5320:11, 5320:16, 5320:17, 5321:2, 5321:4, 5326:9, 5326:11, 5327:20, 5327:21, 5334:4, 5334:6, 5337:20, 5343:17, 5349:4

**delay** [1] - 5369:15

**DELEMARRE** [1] - 5236:21

**deliver** [1] - 5359:5

**demonstrate** [3] - 5311:19, 5318:2, 5391:2

**demonstrated** [1] - 5317:17

**Demonstrative** [1] - 5254:14

**demonstrative** [4] - 5258:21, 5349:5, 5350:6, 5375:25

**demonstratives** [6] - 5241:23, 5242:8, 5243:12, 5243:16, 5244:3, 5378:11

**DENISE** [1] - 5239:18

**DEPARTMENT** [4] - 5236:10, 5236:14, 5236:19, 5237:1

**department** [2] - 5312:13, 5314:17

**departure** [1] - 5388:18

**dependent** [8] - 5261:11, 5283:20, 5283:24, 5284:2, 5284:3, 5284:5, 5284:7, 5358:23

**depending** [1] - 5333:24

**depends** [1] - 5290:22

**deposition** [18] - 5244:18, 5250:11, 5250:17, 5252:5, 5273:14, 5281:18, 5282:13, 5328:13, 5332:19, 5333:4, 5333:16, 5336:13, 5342:7, 5342:8, 5364:4, 5364:14, 5369:2, 5390:6

**depth** [4] - 5288:7, 5359:6, 5362:17, 5386:8

**depths** [1] - 5251:18

**DEPUTY** [2] - 5318:21, 5392:14

**derrick** [1] - 5375:22

**describe** [1] - 5375:19

**described** [5] - 5286:25, 5332:6, 5332:11, 5332:12, 5380:25

**describes** [1] - 5286:7

**describing** [1] - 5285:22

**descriptions** [1] -

5332:10

**design** [6] - 5259:12, 5277:22, 5277:25, 5386:9, 5388:7, 5388:17

**designed** [2] - 5259:13, 5259:16

**desire** [1] - 5391:9

**destroy** [3] - 5276:2, 5276:6, 5276:9

**destroyed** [5] - 5280:1, 5280:4, 5281:12, 5283:19, 5293:7

**detail** [1] - 5307:10

**detailed** [1] - 5306:16

**details** [1] - 5309:13

**detect** [2] - 5323:3, 5324:1

**detected** [2] - 5367:20, 5368:12

**deteriorated** [3] - 5315:9, 5316:8, 5317:4

**deterioration** [1] - 5317:1

**determine** [6] - 5303:9, 5307:5, 5323:16, 5335:6, 5378:24, 5390:2

**determined** [4] - 5255:17, 5279:22, 5287:10, 5292:9

**develop** [1] - 5303:9

**developing** [2] - 5330:18, 5362:7

**deviation** [2] - 5379:16, 5379:18

**device** [8] - 5252:25, 5254:8, 5255:5, 5255:23, 5265:11, 5280:3, 5280:10

**DEXTER** [1] - 5237:8

**diagnosed** [1] - 5360:7

**diagnostics** [1] - 5360:13

**diameter** [2] - 5264:21, 5265:1

**diameters** [1] - 5264:24

**did** [216] - 5249:4, 5249:5, 5250:24, 5252:15, 5252:16, 5252:19, 5252:20, 5255:18, 5257:11, 5257:19, 5257:22, 5257:25, 5260:18, 5261:10, 5265:23,

5267:2, 5267:14, 5267:18, 5267:22, 5268:5, 5269:9, 5269:10, 5270:7, 5270:20, 5271:3, 5272:2, 5272:19, 5274:14, 5274:18, 5276:19, 5279:22, 5283:11, 5284:13, 5286:13, 5286:23, 5286:24, 5287:12, 5287:19, 5287:24, 5288:1, 5288:2, 5288:15, 5288:16, 5288:18, 5291:25, 5292:8, 5294:3, 5294:7, 5295:6, 5295:8, 5297:18, 5297:20, 5297:21, 5297:22, 5298:1, 5299:5, 5299:8, 5299:15, 5300:3, 5300:10, 5301:9, 5301:15, 5301:16, 5302:7, 5303:1, 5303:19, 5305:1, 5305:9, 5305:13, 5306:16, 5307:5, 5307:6, 5307:9, 5307:10, 5307:24, 5308:4, 5308:9, 5308:10, 5309:3, 5309:6, 5312:15, 5313:2, 5313:11, 5313:14, 5313:25, 5314:13, 5314:14, 5314:17, 5314:23, 5315:2, 5315:10, 5315:14, 5315:16, 5316:19, 5317:17, 5318:7, 5320:2, 5320:13, 5320:14, 5320:23, 5322:2, 5324:22, 5329:19, 5329:23, 5331:14, 5331:15, 5332:4, 5332:19, 5333:14, 5333:20, 5333:25, 5334:20, 5335:2, 5335:4, 5336:7, 5336:25, 5338:3, 5338:12, 5339:18, 5341:1, 5341:7, 5341:9, 5341:13, 5341:16, 5341:17, 5341:21, 5342:11, 5343:20, 5345:20, 5345:21, 5345:24, 5345:25, 5346:2, 5346:3, 5346:13, 5346:16, 5346:21,

5347:1, 5347:8, 5347:18, 5348:8, 5348:15, 5349:12, 5350:22, 5351:13, 5352:3, 5354:2, 5354:3, 5354:8, 5355:18, 5355:20, 5355:22, 5356:2, 5356:3, 5356:4, 5356:13, 5356:20, 5357:24, 5358:8, 5360:8, 5360:23, 5361:8, 5361:11, 5361:16, 5361:18, 5361:23, 5363:20, 5363:23, 5367:19, 5368:20, 5369:10, 5369:21, 5370:19, 5371:22, 5372:15, 5373:10, 5373:11, 5373:23, 5374:3, 5374:6, 5374:7, 5375:9, 5378:24, 5379:3, 5379:13, 5379:16, 5380:1, 5380:7, 5380:8, 5380:9, 5380:10, 5381:2, 5381:19, 5382:23, 5383:5, 5383:10, 5383:14, 5383:20, 5385:17, 5386:23, 5387:3, 5389:23, 5389:24, 5390:1, 5390:4, 5391:24

**didn't** [70] - 5243:3, 5249:20, 5257:16, 5257:18, 5257:20, 5284:12, 5288:16, 5291:22, 5295:11, 5296:5, 5296:18, 5296:22, 5297:25, 5300:9, 5306:20, 5307:1, 5313:11, 5313:15, 5314:9, 5314:17, 5315:14, 5315:18, 5316:7, 5318:6, 5318:7, 5320:1, 5324:1, 5327:12, 5329:13, 5329:22, 5330:10, 5330:11, 5330:12, 5330:25, 5332:4, 5334:21, 5335:1, 5335:12, 5335:15, 5335:21, 5338:6, 5341:7, 5341:9, 5341:22, 5342:4, 5342:8, 5343:18, 5343:19, 5343:22, 5344:16, 5346:9,

5346:14, 5346:17, 5346:22, 5348:11, 5348:20, 5361:6, 5361:7, 5364:20, 5366:6, 5367:15, 5368:18, 5379:25, 5380:3, 5383:13, 5386:24, 5390:18

**differ** [1] - 5273:10

**difference** [1] - 5275:20

**differences** [2] - 5244:23, 5341:1

**different** [21] - 5251:18, 5272:12, 5272:13, 5273:20, 5310:15, 5314:7, 5316:21, 5328:5, 5328:9, 5328:11, 5345:15, 5355:24, 5355:25, 5374:3, 5380:5, 5383:1, 5388:15, 5391:20

**differently** [3] - 5292:7, 5380:11, 5388:15

**differs** [1] - 5386:8

**difficult** [3] - 5267:17, 5368:25, 5369:14

**difficulties** [2] - 5371:22, 5389:8

**difficulty** [1] - 5385:15

**dimensional** [1] - 5308:16

**direct** [6] - 5242:14, 5262:3, 5296:6, 5301:17, 5338:12, 5358:10

**directed** [2] - 5331:18, 5331:20

**direction** [1] - 5293:5

**directly** [6] - 5261:16, 5335:16, 5352:15, 5365:4, 5378:17, 5379:9

**disagree** [11] - 5301:10, 5309:10, 5310:4, 5310:6, 5312:7, 5312:8, 5312:22, 5312:23, 5320:7, 5320:25, 5338:23

**disagreement** [4] - 5376:20, 5377:11, 5377:13, 5378:13

**disassembly** [1] - 5308:16

**disciplines** [1] -

5312:11

**disclosed** [1] - 5383:18

**disconnect** [4] - 5267:22, 5270:7, 5270:12, 5271:2

**discovered** [1] - 5323:5

**Discoverer** [1] - 5332:25

**discrepancies** [1] - 5342:8

**discuss** [4] - 5350:5, 5351:9, 5355:19, 5389:8

**discussed** [11] - 5270:2, 5273:1, 5278:19, 5284:3, 5324:18, 5325:6, 5333:13, 5353:2, 5370:23, 5384:4, 5391:2

**discussing** [2] - 5302:21, 5315:23

**discussion** [1] - 5330:22

**dispute** [3] - 5328:16, 5380:17, 5380:19

**DISTRICT** [3] - 5234:1, 5234:2, 5234:23

**District** [2] - 5392:20

**DIVISION** [3] - 5236:11, 5236:14, 5236:20

**DMS** [1] - 5357:17

**DNV** [1] - 5258:17

**Document** [1] - 5366:9

**DOCUMENT** [1] - 5234:11

**document** [36] - 5252:16, 5267:3, 5267:6, 5269:7, 5269:10, 5291:6, 5299:22, 5299:24, 5306:15, 5306:17, 5306:22, 5307:4, 5308:3, 5308:4, 5308:10, 5309:12, 5311:13, 5311:15, 5314:2, 5315:4, 5320:5, 5327:23, 5327:24, 5328:14, 5338:25, 5340:8, 5340:11, 5341:1, 5341:8, 5341:9, 5341:11, 5351:17, 5356:23, 5357:16,

5362:7, 5373:19

**documentary** [1] - 5311:19

**documentation** [7] - 5311:6, 5311:7, 5316:13, 5316:17, 5334:7, 5334:24, 5335:10

**documented** [1] - 5249:3

**documents** [16] - 5252:11, 5252:13, 5252:14, 5305:12, 5306:11, 5306:14, 5306:20, 5306:24, 5307:1, 5307:2, 5307:10, 5307:15, 5320:14, 5323:11, 5379:19

**does** [33] - 5246:5, 5254:11, 5255:3, 5255:4, 5258:17, 5259:4, 5259:10, 5261:3, 5261:7, 5262:18, 5266:9, 5267:4, 5267:24, 5270:11, 5286:8, 5296:20, 5298:9, 5299:10, 5303:25, 5307:21, 5310:11, 5313:4, 5340:11, 5344:13, 5347:23, 5348:22, 5353:25, 5356:12, 5359:22, 5365:15, 5386:17, 5387:9

**doesn't** [16] - 5254:20, 5255:1, 5260:20, 5312:1, 5322:24, 5322:25, 5323:9, 5339:6, 5341:24, 5342:17, 5345:23, 5348:21, 5354:15, 5379:4, 5379:6, 5386:17

**doing** [14] - 5255:17, 5274:12, 5296:4, 5298:4, 5298:8, 5303:8, 5329:8, 5330:9, 5330:12, 5339:24, 5341:3, 5350:19, 5367:22

**DOMENGEAUX** [1] - 5235:3

**DON** [1] - 5237:22

**Don** [2] - 5242:12, 5245:5

**don't** [120] - 5246:15, 5246:18, 5249:25, 5250:2, 5254:14,

5254:17, 5254:21, 5261:6, 5262:1, 5264:5, 5268:24, 5269:2, 5276:25, 5278:24, 5279:9, 5281:3, 5282:7, 5283:9, 5285:13, 5285:15, 5287:13, 5287:18, 5287:23, 5288:1, 5288:3, 5288:5, 5288:7, 5288:25, 5289:7, 5289:8, 5289:9, 5290:5, 5290:10, 5290:12, 5290:22, 5291:9, 5293:9, 5295:14, 5297:13, 5297:16, 5297:17, 5298:11, 5298:17, 5298:19, 5300:7, 5303:6, 5304:2, 5304:3, 5304:5, 5304:19, 5304:22, 5308:12, 5310:20, 5312:19, 5312:20, 5315:17, 5315:19, 5316:5, 5316:8, 5316:9, 5317:1, 5318:19, 5321:8, 5322:22, 5322:25, 5323:23, 5325:9, 5327:17, 5328:15, 5328:16, 5330:1, 5337:10, 5337:12, 5337:24, 5339:8, 5339:17, 5342:3, 5342:4, 5342:22, 5344:6, 5344:10, 5345:12, 5345:17, 5345:22, 5346:16, 5346:24, 5346:25, 5348:9, 5349:25, 5353:4, 5354:5, 5354:6, 5354:7, 5354:21, 5356:21, 5357:6, 5357:10, 5358:10, 5361:5, 5363:22, 5364:7, 5364:18, 5366:24, 5369:3, 5370:10, 5371:4, 5372:21, 5374:14, 5374:25, 5375:4, 5378:7, 5381:4, 5383:17, 5387:22, 5387:25, 5388:8, 5391:14

**DONALD** [1] - 5239:11

**done** [88] - 5250:18, 5250:25, 5252:9, 5257:11, 5266:15,

5267:24, 5278:2, 5278:3, 5278:4, 5288:13, 5290:9, 5290:13, 5295:5, 5296:7, 5298:23, 5300:1, 5301:13, 5302:3, 5302:4, 5302:6, 5302:25, 5304:12, 5305:7, 5306:8, 5306:12, 5307:17, 5310:8, 5313:17, 5313:19, 5313:20, 5313:23, 5313:25, 5314:6, 5314:9, 5316:4, 5316:14, 5317:2, 5317:22, 5317:23, 5318:2, 5318:3, 5320:18, 5321:25, 5323:12, 5323:20, 5323:21, 5323:24, 5323:25, 5324:2, 5328:20, 5328:24, 5329:3, 5329:5, 5329:6, 5329:7, 5329:16, 5330:21, 5330:22, 5330:24, 5331:1, 5332:17, 5332:24, 5333:2, 5339:2, 5341:18, 5342:14, 5343:14, 5343:16, 5343:23, 5344:4, 5344:13, 5344:18, 5346:5, 5346:9, 5351:11, 5351:19, 5358:17, 5360:3, 5389:14, 5390:8

**double** [4] - 5263:8, 5263:14, 5263:17, 5263:21

**doubt** [2] - 5311:24, 5312:2

**DOUGLAS** [1] - 5237:17

**down** [14] - 5258:25, 5268:12, 5274:24, 5279:11, 5279:12, 5291:20, 5301:18, 5314:12, 5347:15, 5353:18, 5365:1, 5372:4, 5386:6, 5390:19

**downtime** [4] - 5309:18, 5310:1, 5310:3, 5310:5

**DOYEN** [1] - 5238:17

**DP** [5] - 5269:16, 5269:19, 5269:21, 5270:3, 5270:5

**Dr** [5] - 5354:19, 5364:4, 5364:7, 5364:12, 5365:23

**draw** [1] - 5282:21

**drawing** [1] - 5327:4

**drawings** [1] - 5295:12

**drawworks** [1] - 5312:12

**DRESCHER** [1] - 5235:14

**drill** [45] - 5246:17, 5250:21, 5255:14, 5255:19, 5255:25, 5256:9, 5256:12, 5256:24, 5256:25, 5257:8, 5257:9, 5257:19, 5257:23, 5258:1, 5258:8, 5259:2, 5259:4, 5259:9, 5259:24, 5269:22, 5292:14, 5299:4, 5321:24, 5324:8, 5324:10, 5324:16, 5324:24, 5325:11, 5353:15, 5358:24, 5359:3, 5367:16, 5372:4, 5375:17, 5375:21, 5375:22, 5376:17, 5377:5, 5377:9, 5377:11, 5377:14, 5380:24, 5381:1, 5390:22, 5390:25

**drilled** [2] - 5257:14, 5293:2

**driller's** [2] - 5371:3, 5371:5

**DRILLING** [1] - 5238:9

**drilling** [15] - 5246:9, 5255:14, 5259:2, 5260:19, 5261:1, 5271:3, 5271:18, 5271:19, 5272:6, 5324:25, 5325:10, 5328:13, 5385:11, 5386:11

**drive** [1] - 5286:12

**DRIVE** [1] - 5235:20

**dropped** [1] - 5296:12

**due** [6] - 5258:2, 5309:18, 5310:1, 5314:1, 5324:12, 5380:24

**duplicate** [5] - 5274:9, 5313:15, 5314:1, 5314:5, 5314:10

**duplicative** [1] - 5244:22

**during** [17] - 5255:14, 5259:2, 5260:19, 5260:25, 5306:8, 5312:24, 5316:8, 5317:17, 5322:1, 5323:7, 5323:9, 5339:24, 5341:3, 5342:24, 5343:20, 5344:11, 5371:11

**duty** [1] - 5252:2

**DVS** [14] - 5263:8, 5263:10, 5263:19, 5263:23, 5263:25, 5264:8, 5264:14, 5265:4, 5265:8, 5265:11, 5265:16, 5265:18, 5289:18, 5303:25

**DWH** [1] - 5344:25

**dynamic** [1] - 5271:19

# E

**E** [4] - 5239:11, 5239:18, 5240:1, 5241:3

**e** [8] - 5319:2, 5344:21, 5345:8, 5345:9, 5345:16, 5345:23, 5347:23, 5353:4

**e-mail** [8] - 5319:2, 5344:21, 5345:8, 5345:9, 5345:16, 5345:23, 5347:23, 5353:4

**each** [10] - 5251:8, 5311:5, 5333:22, 5340:13, 5342:22, 5343:20, 5344:8, 5348:17, 5357:3, 5382:22

**earlier** [16] - 5264:4, 5279:25, 5294:6, 5336:1, 5340:6, 5349:6, 5368:20, 5369:2, 5369:3, 5369:6, 5369:13, 5369:16, 5370:13, 5382:8, 5382:12, 5390:5

**early** [7] - 5245:11, 5264:3, 5278:9, 5278:15, 5303:2, 5369:11, 5369:17

**early-on** [1] - 5303:2

**Eastern** [1] - 5392:20

**EASTERN** [1] - 5234:2

**Eastveld** [3] - 5303:15, 5305:9, 5354:13

**Ed** [2] - 5282:12, 5282:16

**EDS** [10] - 5254:2, 5275:3, 5275:8, 5277:14, 5357:17, 5357:18, 5372:20, 5372:22, 5373:3, 5375:13

**EDS-1** [8] - 5254:4, 5254:6, 5254:7, 5274:25, 5275:4, 5275:5, 5277:11, 5278:13

**EDS-2** [6] - 5254:4, 5256:6, 5274:25, 5275:7, 5277:11, 5278:12

**EDWARDS** [1] - 5235:3

**effect** [4] - 5269:6, 5297:18, 5297:19, 5370:4

**effective** [1] - 5369:18

**efficiency** [1] - 5264:15

**efficient** [2] - 5309:16, 5309:22

**effort** [1] - 5306:9

**eight** [3] - 5302:3, 5312:10, 5357:11

**Either** [1] - 5297:15

**either** [19] - 5244:8, 5244:20, 5244:22, 5250:21, 5257:6, 5275:19, 5277:15, 5277:18, 5289:9, 5315:9, 5315:16, 5315:17, 5316:10, 5317:4, 5323:25, 5350:6, 5355:18, 5389:17

**elastic** [1] - 5324:18

**elastomers** [1] - 5371:21

**election** [3] - 5369:25, 5370:3, 5370:16

**electrical** [8] - 5286:12, 5286:13, 5331:17, 5331:23, 5332:1, 5332:4, 5340:19, 5345:5

**electronic** [3] -

5286:3, 5331:19, 5332:2

**electronics** [2] - 5332:1, 5360:19

**elements** [2] - 5321:21, 5371:12

**eliminated** [2] - 5300:18, 5300:19

**eliminating** [1] - 5380:8

**ELIZABETH** [1] - 5237:3

**ELLIS** [1] - 5238:4

**ELM** [1] - 5239:13

**else** [9] - 5245:17, 5262:21, 5289:23, 5330:6, 5330:25, 5356:9, 5356:11, 5380:6, 5380:9

**else's** [1] - 5330:20

**emergency** [21] - 5253:22, 5253:24, 5255:6, 5255:24, 5257:1, 5261:11, 5261:14, 5266:5, 5266:11, 5268:9, 5277:3, 5277:6, 5277:17, 5278:6, 5283:20, 5283:25, 5284:5, 5284:7, 5284:16, 5290:15

**employees** [1] - 5385:5

**enable** [2] - 5299:4, 5299:9

**enclosure** [3] - 5286:5, 5286:21, 5389:9

**Enclosure** [1] - 5286:21

**end** [8] - 5244:13, 5245:1, 5246:23, 5287:10, 5288:4, 5292:9, 5359:10, 5370:22

**ends** [3] - 5351:15, 5356:5, 5360:4

**ENERGY** [2] - 5238:11, 5239:10

**ENFORCEMENT** [1] - 5236:15

**engage** [4] - 5373:11, 5373:23, 5373:24, 5374:5

**engaged** [5] - 5250:22, 5373:15, 5374:18, 5374:23, 5375:3

**engagement** [1] - 5375:5

**engineer** [2] - 5330:18, 5331:17

**Engineering** [5] - 5351:20, 5355:2, 5361:22, 5364:23, 5385:17

**engineering** [7] - 5263:16, 5326:21, 5327:3, 5328:7, 5328:9, 5331:23, 5332:1

**enlarge** [7] - 5247:14, 5248:23, 5317:10, 5317:12, 5321:3, 5335:25, 5347:4

**enough** [7] - 5276:3, 5276:8, 5285:23, 5366:22, 5371:20, 5383:12

**ensure** [1] - 5305:25

**Enterprise** [2] - 5329:5, 5332:25

**entire** [4] - 5269:10, 5309:12, 5311:15, 5345:16

**entitled** [2] - 5337:18, 5392:21

**entries** [2] - 5314:4, 5314:5

**entry** [5] - 5313:8, 5314:6, 5342:13, 5347:2, 5347:4

**ENVIRONMENT** [1] - 5236:14

**ENVIRONMENTAL** [1] - 5236:15

**EQE** [1] - 5266:15

**equal** [1] - 5391:12

**equations** [3] - 5362:6, 5391:12, 5391:13

**equipment** [10] - 5251:13, 5301:24, 5304:11, 5305:4, 5306:5, 5306:18, 5307:22, 5309:2, 5351:19, 5369:7

**equipped** [2] - 5271:17, 5389:6

**erosion** [1] - 5371:22

**ESQ** [54] - 5235:3, 5235:6, 5235:9, 5235:11, 5235:14, 5235:17, 5235:19, 5235:22, 5236:2, 5236:4, 5236:7, 5236:11, 5236:15, 5236:16, 5236:16, 5236:17, 5236:17,

5236:20, 5236:21, 5236:21, 5236:22, 5236:22, 5237:2, 5237:3, 5237:3, 5237:7, 5237:8, 5237:17, 5237:17, 5237:22, 5238:2, 5238:4, 5238:5, 5238:5, 5238:11, 5238:14, 5238:14, 5238:17, 5238:17, 5238:18, 5238:20, 5238:23, 5239:2, 5239:5, 5239:5, 5239:6, 5239:6, 5239:11, 5239:11, 5239:12, 5239:15, 5239:18, 5239:18, 5239:19

**essence** [1] - 5339:8

**essentially** [3] - 5258:12, 5349:8, 5360:13

**established** [5] - 5256:16, 5264:10, 5268:11, 5297:4, 5309:3

**et** [3] - 5292:23, 5305:6, 5336:6

**ET** [2] - 5234:13, 5234:16

**etc** [1] - 5319:23

**evaluate** [5] - 5251:20, 5297:14, 5385:18, 5385:24, 5386:4

**evaluated** [6] - 5247:7, 5247:8, 5287:9, 5287:12, 5287:14

**evaluating** [1] - 5251:15

**evaluation** [3] - 5279:22, 5352:22, 5358:13

**evaluations** [1] - 5388:18

**even** [23] - 5251:13, 5266:20, 5268:20, 5279:4, 5280:3, 5280:11, 5281:3, 5303:7, 5306:20, 5313:1, 5313:23, 5324:9, 5329:24, 5331:7, 5339:5, 5362:8, 5363:9, 5386:23, 5387:9, 5388:23, 5389:5, 5389:8, 5389:12

**evening** [6] -

5367:17, 5378:1, 5379:14, 5380:15, 5391:21, 5391:25

**event** [15] - 5268:7, 5270:6, 5270:12, 5270:19, 5271:2, 5277:2, 5287:7, 5290:8, 5291:24, 5302:25, 5303:19, 5304:24, 5366:16, 5369:9, 5386:10

**events** [1] - 5326:19

**ever** [3] - 5322:10, 5338:13, 5383:5

**every** [14] - 5252:16, 5254:13, 5281:14, 5298:12, 5306:15, 5306:17, 5306:22, 5307:4, 5307:6, 5337:8, 5382:7, 5382:22, 5389:16

**everybody** [7] - 5257:13, 5304:17, 5330:12, 5349:7, 5354:6, 5377:8, 5380:6

**everybody's** [1] - 5258:12

**everyone** [4] - 5241:6, 5318:24, 5331:9, 5380:9

**everything** [5] - 5257:22, 5294:18, 5296:7, 5353:3, 5353:10

**Evidence** [1] - 5337:22

**evidence** [4] - 5252:6, 5311:19, 5322:9, 5387:15

**evident** [2] - 5317:15, 5317:25

**Ewen** [3] - 5344:23, 5345:9, 5345:18

**exact** [7] - 5264:5, 5269:4, 5269:5, 5276:25, 5297:17, 5341:4, 5342:1

**exactly** [15] - 5251:20, 5274:16, 5288:1, 5292:19, 5317:20, 5319:13, 5322:22, 5328:13, 5332:16, 5342:23, 5348:12, 5352:23, 5354:5, 5356:21, 5361:7

**EXAMINATION** [3] - 5245:23, 5350:16, 5367:7

**Examination** [3] - 5240:7, 5240:9, 5240:11

**examination** [7] - 5241:24, 5242:14, 5243:23, 5246:2, 5262:3, 5338:12, 5367:9

**example** [1] - 5282:24

**exceeded** [1] - 5326:16

**excessive** [1] - 5312:13

**excuse** [8] - 5265:23, 5287:17, 5323:22, 5331:1, 5331:5, 5384:11, 5385:11, 5387:7

**executive** [4] - 5307:21, 5308:2, 5308:8, 5308:13

**Exhibit** [3] - 5364:25, 5373:17, 5386:2

**exhibits** [12] - 5241:10, 5241:15, 5241:18, 5241:24, 5242:2, 5242:8, 5242:14, 5242:21, 5243:11, 5243:17, 5244:3, 5244:4

**exist** [1] - 5274:8

**existed** [4] - 5291:17, 5334:2, 5384:1, 5391:21

**exists** [1] - 5309:14

**expected** [1] - 5391:15

**expense** [4] - 5290:13, 5290:17, 5290:21, 5290:22

**expensive** [1] - 5292:20

**experience** [3] - 5385:1, 5385:9, 5386:15

**experienced** [1] - 5358:25

**expert** [18] - 5294:17, 5338:24, 5339:1, 5348:18, 5349:12, 5369:3, 5369:5, 5369:6, 5369:17, 5375:2, 5378:19, 5379:4, 5379:7, 5379:11, 5379:20, 5383:25, 5389:12

**expertise** [1] - 5369:7

**experts** [5] - 5258:6,

5331:19, 5354:14, 5374:21, 5381:8

**explain** [7] - 5262:19, 5306:13, 5334:21, 5334:22, 5341:23, 5341:25, 5391:5

**explanation** [4] - 5342:6, 5342:10, 5346:20

**explode** [1] - 5276:15

**EXPLORATION** [2] - 5234:15, 5237:20

**explosion** [8] - 5276:2, 5276:5, 5281:12, 5372:23, 5372:25, 5373:3, 5376:5, 5376:11

**explosions** [1] - 5372:25

**extend** [1] - 5260:20

**extending** [1] - 5312:10

**extreme** [5] - 5325:7, 5325:8, 5325:9, 5372:1, 5372:3

**extremely** [2] - 5255:9, 5267:17

**eye** [1] - 5376:6

**Ezell** [1] - 5242:25

# F

**facility** [4] - 5250:23, 5328:24, 5333:3, 5333:12

**fact** [33] - 5256:13, 5258:11, 5261:19, 5264:3, 5270:11, 5277:17, 5288:8, 5288:9, 5289:22, 5295:10, 5318:3, 5318:4, 5325:6, 5327:10, 5328:6, 5328:12, 5329:24, 5344:12, 5354:14, 5354:16, 5360:6, 5360:25, 5362:8, 5363:17, 5366:21, 5370:3, 5372:15, 5374:23, 5376:7, 5378:18, 5379:14, 5387:6, 5390:8

**factor** [6] - 5362:4, 5362:7, 5362:10, 5363:1, 5363:4, 5363:9

**factors** [2] - 5362:6, 5369:10

**facts** [1] - 5261:4

**fail** [2] - 5321:23, 5360:19

**failed** [8] - 5247:9, 5247:20, 5250:5, 5258:8, 5262:10, 5275:25, 5360:8, 5371:18

**failure** [26] - 5254:11, 5254:21, 5255:8, 5266:5, 5266:10, 5267:12, 5267:17, 5267:21, 5268:1, 5268:8, 5275:23, 5276:10, 5276:11, 5276:13, 5276:24, 5281:12, 5284:3, 5359:12, 5359:17, 5360:20, 5371:17, 5375:6, 5386:13, 5386:15, 5386:20

**failures** [3] - 5309:18, 5310:1, 5319:24

**fair** [12] - 5272:13, 5330:3, 5330:13, 5362:10, 5362:11, 5370:2, 5370:14, 5371:24, 5374:15, 5375:5, 5388:9, 5391:18

**fairly** [3] - 5290:25, 5348:13, 5371:5

**Falcon** [1] - 5266:4

**fall** [1] - 5376:7

**fallen** [1] - 5376:24

**falls** [1] - 5377:3

**familiar** [6] - 5266:17, 5267:4, 5282:18, 5363:17, 5375:16, 5385:17

**fan** [1] - 5253:4

**FANNIN** [1] - 5238:15

**far** [8] - 5246:15, 5257:2, 5257:3, 5283:9, 5288:8, 5289:17, 5301:13, 5389:13

**Farr** [2] - 5347:15, 5347:24

**faster** [1] - 5279:23

**fault** [2] - 5342:25, 5343:1

**feasible** [1] - 5389:11

**feature** [6] - 5286:4, 5286:9, 5296:10, 5301:13, 5388:7, 5389:20

**features** [3] - 5301:11, 5382:7, 5391:18
**February** [1] - 5319:17
**Federal** [1] - 5337:22
**feel** [1] - 5350:3
**feet** [2] - 5324:13, 5376:25
**fell** [1] - 5376:4
**few** [11] - 5241:10, 5241:12, 5302:3, 5308:10, 5349:23, 5355:7, 5371:7, 5371:9, 5380:4, 5381:12, 5392:12
**fewer** [1] - 5271:17
**field** [9] - 5249:7, 5249:11, 5249:12, 5265:13, 5283:15, 5354:10, 5366:19, 5366:24, 5389:16
**figure** [5] - 5295:11, 5330:19, 5348:21, 5356:23, 5367:20
**file** [4] - 5244:9, 5244:12, 5338:3, 5338:6
**filed** [5] - 5244:20, 5245:6, 5245:8, 5338:4
**files** [1] - 5244:24
**filing** [1] - 5244:21
**Final** [1] - 5266:25
**final** [2] - 5267:20, 5366:16
**find** [8] - 5249:15, 5311:22, 5311:25, 5312:1, 5316:7, 5317:22, 5318:9, 5318:10
**findings** [2] - 5315:6, 5317:14
**fine** [7] - 5245:2, 5262:18, 5303:18, 5347:24, 5353:5, 5355:9, 5357:4
**finish** [2] - 5356:14, 5365:21
**fire** [2] - 5349:13, 5380:7
**fired** [2] - 5328:18, 5349:11
**FIRM** [2] - 5235:21, 5236:6
**first** [45] - 5244:2, 5244:9, 5244:13, 5262:20, 5263:19, 5269:11, 5269:12, 5271:13, 5274:2,

5284:16, 5293:21, 5294:14, 5299:22, 5305:24, 5306:13, 5307:16, 5311:12, 5315:5, 5315:10, 5316:11, 5317:5, 5319:2, 5320:4, 5320:13, 5321:12, 5326:19, 5328:19, 5341:12, 5345:12, 5347:20, 5348:4, 5353:7, 5354:16, 5354:22, 5355:4, 5355:22, 5356:6, 5360:20, 5367:13, 5368:4, 5368:4, 5368:7, 5368:15, 5389:22
**fit** [6] - 5264:13, 5290:4, 5291:5, 5291:7, 5389:12, 5391:22
**fitting** [2] - 5288:11, 5389:9
**five** [13] - 5268:18, 5307:4, 5307:6, 5308:16, 5310:13, 5310:16, 5311:20, 5318:20, 5320:22, 5321:14, 5326:17, 5345:15, 5345:24
**five-year** [4] - 5308:16, 5310:16, 5311:20, 5320:22
**flexibility** [1] - 5324:17
**flexible** [3] - 5324:8, 5324:14, 5324:15
**floor** [4] - 5274:25, 5275:10, 5367:16, 5374:12
**FLOOR** [3] - 5235:17, 5236:12, 5238:18
**Florence** [4] - 5344:23, 5345:10, 5345:18, 5345:20
**flow** [6] - 5279:11, 5279:12, 5279:15, 5372:3, 5372:15, 5372:18
**flowed** [1] - 5371:12
**flowing** [1] - 5371:20
**FLOYD** [1] - 5239:11
**fluid** [2] - 5370:22, 5371:10
**focus** [2] - 5298:20, 5347:19
**folks** [4] - 5348:2, 5370:11, 5374:8,

5379:11
**follow** [1] - 5389:20
**followed** [5] - 5277:19, 5278:8, 5278:12, 5278:22, 5279:18
**following** [3] - 5277:13, 5315:6, 5348:5
**font** [2] - 5345:13, 5345:19
**foot** [1] - 5390:21
**FOR** [9] - 5235:3, 5236:10, 5237:6, 5237:11, 5237:20, 5238:8, 5239:1, 5239:9, 5239:17
**for** [184] - 5241:9, 5241:16, 5241:20, 5242:7, 5242:12, 5242:20, 5243:6, 5243:11, 5243:22, 5244:2, 5244:12, 5244:16, 5244:19, 5244:20, 5246:5, 5246:23, 5247:2, 5247:10, 5247:21, 5251:2, 5251:13, 5251:14, 5251:16, 5252:21, 5253:6, 5253:23, 5255:13, 5256:24, 5257:15, 5257:20, 5258:16, 5259:12, 5259:23, 5261:14, 5265:3, 5266:5, 5267:6, 5267:21, 5267:24, 5268:2, 5269:16, 5269:19, 5269:21, 5270:3, 5270:5, 5271:19, 5271:22, 5274:5, 5274:8, 5275:3, 5275:4, 5275:7, 5275:9, 5277:1, 5277:6, 5277:21, 5278:6, 5279:1, 5279:24, 5281:21, 5282:24, 5286:12, 5289:6, 5290:13, 5290:15, 5292:3, 5292:11, 5293:4, 5293:17, 5295:18, 5296:1, 5296:2, 5299:11, 5299:15, 5299:23, 5300:1, 5301:13, 5301:18, 5302:2, 5303:25, 5304:10, 5304:18, 5305:7,

5305:22, 5307:4, 5307:11, 5307:15, 5307:22, 5308:16, 5310:7, 5310:22, 5310:24, 5312:11, 5314:12, 5315:18, 5316:2, 5316:18, 5316:19, 5319:7, 5319:13, 5319:20, 5319:23, 5323:8, 5325:1, 5325:2, 5325:3, 5326:13, 5326:16, 5327:15, 5328:2, 5328:15, 5330:8, 5332:6, 5332:24, 5333:2, 5333:15, 5334:1, 5334:8, 5334:24, 5335:10, 5335:25, 5338:6, 5338:19, 5338:23, 5339:2, 5339:21, 5339:23, 5340:13, 5343:12, 5344:1, 5344:5, 5344:7, 5344:12, 5346:24, 5346:25, 5347:16, 5348:2, 5350:3, 5350:7, 5350:21, 5352:11, 5354:19, 5355:22, 5357:25, 5358:13, 5358:17, 5358:19, 5361:23, 5363:14, 5363:21, 5364:24, 5365:2, 5365:4, 5365:12, 5365:17, 5365:19, 5366:9, 5367:1, 5367:2, 5367:22, 5368:24, 5371:16, 5374:6, 5375:19, 5381:4, 5381:12, 5382:1, 5382:10, 5384:2, 5384:19, 5385:10, 5385:23, 5387:20, 5387:21, 5388:1, 5389:24, 5391:22, 5392:8
**force** [10] - 5264:17, 5324:5, 5324:7, 5324:15, 5324:17, 5325:11, 5325:13, 5376:24, 5377:3, 5377:5
**forced** [13] - 5258:3, 5260:23, 5261:18, 5261:20, 5262:12, 5273:11, 5284:13, 5324:24, 5325:4, 5325:12, 5325:23, 5325:25, 5392:2

**forces** [1] - 5325:8
**forcing** [1] - 5325:8
**foregoing** [1] - 5392:20
**foreseeable** [1] - 5324:23
**forgot** [1] - 5294:24
**form** [1] - 5342:10
**formal** [18] - 5288:5, 5290:8, 5297:6, 5297:11, 5297:13, 5297:15, 5297:20, 5297:25, 5298:3, 5298:8, 5298:13, 5298:15, 5298:18, 5300:1, 5300:2, 5300:7, 5300:10, 5332:1
**Formal** [1] - 5299:19
**formations** [1] - 5246:9
**forth** [1] - 5272:13
**forward** [5] - 5248:10, 5272:9, 5375:12, 5382:24, 5383:18
**found** [7] - 5295:12, 5313:20, 5313:25, 5314:18, 5316:7, 5333:22, 5346:1
**foundation** [1] - 5271:22
**four** [2] - 5263:12, 5274:11
**fourth** [1] - 5326:18
**FRANCISCO** [1] - 5236:13
**FRANKLIN** [1] - 5237:4
**FRAUD** [1] - 5237:1
**free** [1] - 5348:10
**friend** [2] - 5350:18, 5354:7
**FRILOT** [1] - 5238:10
**from** [89] - 5242:20, 5242:25, 5249:7, 5251:6, 5251:10, 5251:22, 5251:23, 5258:20, 5267:13, 5267:17, 5268:16, 5272:18, 5272:20, 5275:1, 5280:1, 5282:8, 5285:21, 5287:10, 5291:23, 5292:2, 5293:14, 5295:22, 5297:1, 5297:23, 5301:7, 5305:15, 5305:16, 5306:2, 5306:6, 5311:7, 5313:5,

5314:8, 5319:4, 5319:16, 5321:5, 5324:5, 5324:7, 5324:15, 5327:4, 5328:3, 5328:5, 5328:8, 5328:24, 5329:17, 5334:11, 5334:12, 5334:15, 5334:16, 5335:17, 5336:16, 5337:15, 5339:7, 5342:18, 5343:1, 5344:23, 5345:9, 5347:6, 5347:7, 5347:21, 5347:24, 5348:1, 5348:4, 5358:15, 5360:7, 5360:10, 5361:6, 5362:18, 5363:13, 5366:14, 5366:18, 5366:24, 5367:12, 5370:22, 5372:6, 5374:12, 5374:13, 5374:19, 5375:10, 5376:6, 5378:13, 5379:11, 5386:9, 5391:6, 5391:7, 5392:1, 5392:21

**front** [2] - 5336:22, 5351:16

**FRUGE** [1] - 5236:1

**fudge** [1] - 5343:6

**fudged** [1] - 5343:7

**full** [10] - 5254:13, 5254:17, 5275:21, 5304:8, 5304:13, 5304:21, 5309:8, 5341:3, 5348:15, 5389:10

**fully** [5] - 5260:21, 5262:17, 5343:10, 5356:25, 5380:24

**function** [20] - 5254:20, 5257:7, 5257:25, 5267:22, 5277:17, 5278:11, 5278:14, 5280:25, 5282:4, 5296:2, 5296:7, 5296:8, 5296:24, 5346:2, 5346:3, 5346:13, 5346:14, 5346:21, 5359:18, 5380:10

**functional** [1] - 5385:14

**functionality** [1] - 5360:17

**functioned** [3] - 5378:8, 5380:2, 5380:14

**functioning** [11] - 5255:9, 5255:23, 5275:1, 5283:20, 5284:7, 5284:8, 5284:21, 5287:11, 5294:24, 5322:10, 5379:8

**functions** [18] - 5253:22, 5253:24, 5254:7, 5254:8, 5255:6, 5261:11, 5266:6, 5266:11, 5268:9, 5268:10, 5277:3, 5277:7, 5277:15, 5278:6, 5283:25, 5284:17, 5290:15, 5295:3

**FUNDERBURK** [1] - 5239:19

**further** [7] - 5309:23, 5314:20, 5316:10, 5367:15, 5381:2, 5381:5, 5381:6

## G

**G** [2] - 5238:14, 5241:3

**game** [1] - 5272:13

**GANNAWAY** [1] - 5239:6

**Gary** [1] - 5303:15

**gas** [1] - 5259:5

**GATE** [1] - 5236:12

**gather** [2] - 5332:18, 5332:23

**Gaude** [2] - 5282:16, 5283:13

**Gaude's** [1] - 5282:12

**gave** [3] - 5327:14, 5335:7, 5335:22

**GAVIN** [1] - 5239:12

**gears** [1] - 5381:12

**general** [5] - 5332:7, 5332:12, 5332:13, 5332:16, 5344:10

**GENERAL** [3] - 5237:7, 5237:12, 5237:14

**GENERAL'S** [1] - 5237:6

**generally** [3] - 5317:14, 5383:3, 5385:7

**generation** [1] - 5366:14

**generic** [7] - 5253:6, 5342:1, 5342:10,

5342:23, 5344:17, 5352:11, 5352:17

**generically** [2] - 5253:10, 5301:23

**gentleman** [2] - 5345:2, 5371:1

**gentlemen** [1] - 5283:18

**GEOFFREY** [1] - 5239:6

**geology** [1] - 5246:17

**get** [34] - 5248:1, 5254:23, 5255:1, 5259:3, 5263:11, 5263:13, 5271:14, 5290:2, 5329:16, 5330:7, 5330:18, 5332:9, 5340:12, 5341:7, 5342:4, 5343:12, 5343:20, 5345:24, 5346:10, 5346:14, 5346:22, 5348:18, 5353:16, 5363:13, 5366:24, 5369:3, 5371:17, 5372:4, 5376:6, 5378:25, 5379:18, 5380:4, 5385:13, 5386:17

**gets** [2] - 5324:14, 5324:15

**getting** [4] - 5293:1, 5309:12, 5334:11, 5385:15

**Give** [1] - 5252:14

**give** [11] - 5279:13, 5305:2, 5307:14, 5316:21, 5333:18, 5352:7, 5365:12, 5367:18, 5372:11, 5391:14

**given** [17] - 5245:1, 5246:5, 5267:5, 5278:23, 5279:1, 5279:7, 5289:10, 5327:19, 5327:22, 5333:22, 5334:12, 5334:13, 5337:23, 5341:18, 5343:18, 5344:11, 5380:6

**gives** [5] - 5270:13, 5270:16, 5279:1, 5279:2, 5363:2

**giving** [4] - 5303:16, 5335:17, 5342:23, 5374:16

**Glen** [1] - 5243:1

**glowingly** [1] - 5354:9

GmbH [1] - 5234:13

**go** [101] - 5243:5, 5245:18, 5257:2, 5257:3, 5257:22, 5260:17, 5261:3, 5261:7, 5261:24, 5267:9, 5269:11, 5269:15, 5270:3, 5273:3, 5277:10, 5281:15, 5282:12, 5282:20, 5285:18, 5286:10, 5286:20, 5288:2, 5289:24, 5291:8, 5293:20, 5302:5, 5307:20, 5309:1, 5310:8, 5310:13, 5311:5, 5312:10, 5312:24, 5314:25, 5315:5, 5317:10, 5317:22, 5318:14, 5318:17, 5318:18, 5320:10, 5320:16, 5321:2, 5326:10, 5333:10, 5334:4, 5335:5, 5336:24, 5337:2, 5339:10, 5340:4, 5340:12, 5340:15, 5340:16, 5340:23, 5341:12, 5342:12, 5343:11, 5343:22, 5344:8, 5344:19, 5345:22, 5346:17, 5347:2, 5347:20, 5349:1, 5350:15, 5351:14, 5351:15, 5351:16, 5351:24, 5352:5, 5352:20, 5352:24, 5353:4, 5354:22, 5354:23, 5355:16, 5356:5, 5356:23, 5357:11, 5358:12, 5358:16, 5359:12, 5360:2, 5360:4, 5361:15, 5362:8, 5364:21, 5365:1, 5365:20, 5369:25, 5370:24, 5379:19, 5382:16, 5386:1, 5386:6, 5388:6, 5390:19

**GODWIN** [13] - 5239:10, 5239:11, 5239:14, 5242:12, 5242:19, 5242:24, 5243:4, 5243:9, 5245:5, 5245:11, 5245:14, 5331:11, 5350:5

**Godwin** [3] - 5242:12, 5245:4,

5245:6

**goes** [4] - 5314:11, 5323:12, 5325:12, 5339:9

**going** [81] - 5244:9, 5244:19, 5244:20, 5244:22, 5246:1, 5246:4, 5251:6, 5251:10, 5251:17, 5251:20, 5251:21, 5255:24, 5256:10, 5256:15, 5259:19, 5259:20, 5259:24, 5261:12, 5266:19, 5266:21, 5267:10, 5268:18, 5269:17, 5271:21, 5272:8, 5272:9, 5275:11, 5276:22, 5277:10, 5277:11, 5277:18, 5278:7, 5278:12, 5283:15, 5297:6, 5297:10, 5301:21, 5307:13, 5307:14, 5308:15, 5321:16, 5322:7, 5324:5, 5324:23, 5327:23, 5329:25, 5332:17, 5332:18, 5333:22, 5339:3, 5340:16, 5342:23, 5343:23, 5343:25, 5344:1, 5344:11, 5345:9, 5350:5, 5352:22, 5352:25, 5353:17, 5354:10, 5355:9, 5356:11, 5360:1, 5360:2, 5360:25, 5361:15, 5362:4, 5363:2, 5363:13, 5364:18, 5366:11, 5367:2, 5371:2, 5377:24, 5382:6, 5382:17, 5391:4, 5392:6

**going-forward** [1] - 5272:9

**gold** [3] - 5350:11, 5366:12, 5392:8

**GOLDEN** [1] - 5236:12

**gone** [5] - 5254:24, 5270:10, 5275:25, 5276:17, 5277:8, 5280:11, 5280:21, 5283:24, 5296:19, 5334:2, 5350:13

**good** [26] - 5241:6, 5242:6, 5242:12, 5243:10, 5243:22,

5244:1, 5245:19, 5246:3, 5249:7, 5249:10, 5258:14, 5272:25, 5281:25, 5283:8, 5322:17, 5322:20, 5322:25, 5331:9, 5350:18, 5350:20, 5352:6, 5352:7, 5356:14, 5363:8, 5369:12

**got** [28] - 5242:9, 5244:2, 5250:14, 5254:21, 5256:9, 5273:20, 5274:16, 5293:9, 5304:17, 5332:7, 5332:20, 5339:24, 5342:4, 5342:11, 5343:1, 5343:14, 5343:25, 5344:19, 5345:19, 5350:9, 5350:11, 5354:5, 5355:1, 5357:8, 5363:12, 5369:2

**gotten** [1] - 5332:13
**GP-1010** [3] - 5248:16, 5248:18, 5248:20
**GRAND** [1] - 5238:18
**great** [2] - 5310:23, 5324:12
**greater** [3] - 5264:23, 5279:2, 5369:8
**Greg** [1] - 5355:17
**GREG** [1] - 5240:5
**grim** [4] - 5365:25, 5366:6, 5366:7, 5366:15
**GROUP** [1] - 5235:19
**group** [6] - 5248:15, 5249:6, 5282:17, 5351:4, 5351:6, 5353:2
**guess** [7] - 5245:11, 5250:2, 5276:14, 5298:2, 5306:25, 5369:12, 5370:3
**Guide** [2] - 5321:5
**guilty** [1] - 5271:9
**GULF** [1] - 5234:6
**Gulf** [3] - 5382:1, 5387:6, 5387:16
**guy** [1] - 5370:23
**guys** [2] - 5252:15, 5304:21

# H

**had** [119] - 5244:12,

5248:21, 5250:12, 5250:17, 5250:19, 5250:20, 5251:1, 5252:1, 5252:6, 5252:8, 5252:10, 5252:13, 5254:22, 5256:21, 5257:8, 5257:10, 5257:15, 5257:20, 5258:6, 5262:3, 5263:3, 5263:7, 5264:23, 5265:6, 5265:7, 5266:11, 5273:12, 5275:18, 5278:21, 5279:15, 5279:18, 5280:20, 5280:21, 5281:25, 5282:8, 5283:8, 5285:9, 5287:14, 5287:16, 5287:17, 5289:5, 5290:17, 5291:11, 5291:13, 5296:14, 5296:19, 5300:22, 5300:25, 5303:22, 5305:24, 5306:2, 5307:6, 5307:17, 5310:24, 5312:13, 5312:18, 5313:14, 5315:7, 5315:8, 5315:9, 5317:1, 5317:2, 5317:4, 5321:23, 5326:4, 5328:6, 5329:10, 5332:5, 5332:12, 5332:22, 5336:2, 5336:19, 5336:21, 5337:16, 5339:1, 5345:7, 5348:9, 5348:12, 5351:3, 5351:5, 5351:11, 5353:18, 5356:19, 5357:6, 5360:8, 5364:12, 5365:24, 5365:25, 5366:4, 5366:5, 5367:20, 5367:24, 5369:22, 5370:1, 5370:4, 5372:22, 5374:4, 5378:18, 5379:10, 5380:23, 5380:24, 5381:24, 5383:6, 5384:10, 5385:1, 5385:5, 5386:15, 5386:25, 5388:21, 5389:2, 5390:5

**hadn't** [2] - 5250:8, 5303:12
**half** [3] - 5326:6, 5376:5, 5376:10
**Halliburton** [9] - 5242:13, 5244:10,

5244:19, 5245:6, 5330:11, 5349:22, 5350:1, 5350:7, 5379:12

**HALLIBURTON** [1] - 5239:9
**hand** [2] - 5382:18, 5382:19
**handbook** [1] - 5252:1
**Handbook** [1] - 5373:19
**handwriting** [1] - 5335:22
**handwritten** [12] - 5333:19, 5334:9, 5334:12, 5334:13, 5334:16, 5334:25, 5335:11, 5336:2, 5336:10, 5336:14, 5338:15
**hanging** [1] - 5261:22
**HANKEY** [2] - 5236:17, 5349:17
**happen** [4] - 5325:15, 5325:17, 5374:7, 5389:15
**happened** [24] - 5257:21, 5257:24, 5261:20, 5302:22, 5304:17, 5322:22, 5322:24, 5324:1, 5325:10, 5325:15, 5342:24, 5348:11, 5348:12, 5348:21, 5360:23, 5370:4, 5371:11, 5371:19, 5374:22, 5376:9, 5376:10, 5391:24, 5392:4
**happening** [1] - 5392:1
**happens** [3] - 5324:25, 5325:18, 5326:19
**hard** [1] - 5324:9
**hardness** [1] - 5308:16
**HARIKLIA** [1] - 5238:5
**Hariklia** [2] - 5338:23, 5367:9
**Harshal** [3] - 5347:6, 5347:10, 5347:12
**HARTLEY** [1] - 5239:11
**has** [23] - 5241:25, 5244:17, 5246:5, 5271:22, 5272:10,

5282:7, 5298:8, 5303:25, 5304:6, 5304:7, 5304:13, 5311:19, 5317:14, 5323:12, 5326:16, 5340:12, 5365:16, 5369:2, 5371:9, 5373:14, 5385:9, 5389:12

**HAUSER** [1] - 5237:3
**have** [305] - 5241:7, 5241:10, 5241:12, 5241:20, 5241:23, 5241:25, 5242:13, 5243:11, 5243:16, 5244:23, 5246:13, 5246:19, 5246:21, 5246:25, 5247:2, 5247:5, 5247:7, 5247:8, 5247:9, 5249:15, 5249:17, 5249:19, 5249:20, 5249:21, 5249:22, 5250:22, 5250:25, 5251:17, 5251:20, 5253:5, 5254:7, 5254:12, 5254:18, 5255:18, 5255:23, 5256:8, 5256:9, 5256:12, 5257:5, 5257:11, 5257:19, 5258:19, 5259:8, 5260:18, 5260:25, 5261:10, 5261:11, 5261:13, 5261:17, 5261:24, 5261:25, 5262:18, 5264:8, 5264:11, 5265:21, 5265:25, 5266:9, 5267:3, 5267:5, 5267:25, 5268:3, 5268:8, 5268:11, 5268:13, 5269:18, 5270:5, 5270:6, 5270:10, 5270:18, 5273:6, 5273:10, 5273:12, 5273:15, 5273:16, 5273:25, 5274:4, 5274:5, 5274:9, 5274:10, 5274:11, 5274:13, 5274:17, 5274:18, 5275:15, 5275:17, 5275:18, 5275:19, 5275:25, 5276:14, 5276:25, 5277:2, 5277:7, 5277:9, 5277:12, 5277:18, 5277:25, 5278:23, 5278:25, 5279:1, 5279:7, 5279:9,

5279:11, 5279:15, 5280:21, 5280:23, 5280:25, 5281:2, 5281:12, 5281:15, 5281:17, 5282:1, 5282:24, 5283:6, 5283:8, 5283:22, 5285:7, 5285:13, 5287:1, 5287:2, 5287:3, 5288:19, 5288:24, 5289:10, 5289:13, 5289:17, 5289:18, 5289:21, 5289:25, 5290:4, 5290:13, 5290:14, 5290:15, 5290:17, 5291:1, 5291:3, 5291:5, 5291:11, 5291:14, 5291:18, 5296:20, 5296:24, 5297:1, 5297:3, 5298:3, 5299:18, 5299:23, 5302:4, 5303:10, 5304:2, 5304:8, 5304:10, 5304:19, 5304:22, 5305:10, 5305:11, 5305:19, 5306:15, 5306:25, 5307:13, 5307:16, 5307:19, 5308:12, 5311:22, 5311:24, 5312:2, 5312:6, 5312:8, 5312:22, 5313:1, 5313:5, 5313:14, 5315:4, 5316:5, 5316:7, 5318:16, 5318:18, 5320:7, 5320:25, 5321:25, 5322:25, 5323:4, 5323:5, 5323:9, 5323:15, 5324:2, 5324:5, 5324:8, 5324:13, 5324:15, 5324:16, 5324:24, 5325:4, 5325:6, 5325:7, 5325:10, 5325:13, 5325:20, 5326:17, 5327:23, 5327:24, 5328:1, 5329:21, 5330:1, 5331:25, 5332:8, 5332:13, 5332:15, 5332:21, 5334:2, 5336:23, 5338:13, 5338:15, 5339:4, 5339:15, 5341:20, 5341:21, 5342:1, 5342:22, 5343:23, 5344:13, 5345:20, 5346:11, 5346:20,

5348:11, 5348:13, 5349:16, 5349:23, 5350:3, 5351:10, 5353:13, 5353:21, 5353:25, 5354:1, 5355:2, 5355:3, 5355:10, 5355:12, 5357:2, 5357:10, 5358:3, 5358:10, 5360:8, 5362:4, 5363:4, 5363:11, 5363:15, 5363:16, 5364:1, 5364:9, 5364:13, 5365:14, 5365:23, 5365:25, 5366:9, 5366:22, 5368:9, 5369:7, 5370:7, 5373:16, 5373:19, 5373:21, 5374:10, 5375:1, 5375:24, 5376:12, 5376:24, 5378:8, 5378:12, 5380:2, 5380:25, 5381:4, 5381:5, 5381:6, 5383:8, 5385:3, 5385:10, 5385:12, 5386:15, 5386:23, 5386:24, 5387:22, 5388:14, 5389:10, 5389:23, 5389:24, 5390:7, 5390:18, 5390:24, 5391:15

**haven't** [3] - 5266:19, 5266:20, 5302:3

**having** [16] - 5273:1, 5283:16, 5296:9, 5299:25, 5302:5, 5304:13, 5304:22, 5311:17, 5313:7, 5334:21, 5336:18, 5383:2, 5384:9, 5385:14, 5385:15, 5387:3

**HAYCRAFT** [1] - 5237:22

**hazard** [2] - 5302:19, 5303:20

**hazardous** [3] - 5301:21, 5301:22, 5302:19

**HAZIDs** [1] - 5303:9

**HAZOPs** [1] - 5303:8

**HB406** [1] - 5239:22

**he'd** [1] - 5336:24

**he'll** [1] - 5241:17

**he's** [1] - 5282:8

**head** [5] - 5332:8, 5332:9, 5332:14,

5332:20, 5332:22

**header** [1] - 5357:16

**HEARD** [1] - 5234:22

**heard** [10] - 5253:4, 5253:5, 5331:18, 5352:19, 5354:18, 5364:9, 5385:6, 5388:1, 5389:17

**hearing** [5] - 5241:15, 5242:3, 5242:17, 5243:14, 5243:20

**heavier** [1] - 5390:25

**Heenan** [1] - 5243:1

**held** [2] - 5261:19, 5273:11

**helical** [3] - 5324:18, 5324:21, 5325:12

**hello** [1] - 5350:18

**help** [3] - 5303:9, 5329:19, 5331:19

**helped** [8] - 5273:6, 5273:11, 5274:13, 5274:17, 5274:18, 5301:12, 5329:21

**helping** [1] - 5264:14

**helps** [3] - 5268:21, 5296:24, 5391:2

**here** [50] - 5282:7, 5286:2, 5296:19, 5309:8, 5314:24, 5316:14, 5318:9, 5328:11, 5334:15, 5336:9, 5336:11, 5337:8, 5337:25, 5342:11, 5342:23, 5345:9, 5346:16, 5347:14, 5348:16, 5350:7, 5353:12, 5354:11, 5355:10, 5355:16, 5357:9, 5358:6, 5359:23, 5360:12, 5362:8, 5365:1, 5366:10, 5366:23, 5371:15, 5374:22, 5375:6, 5375:25, 5378:13, 5378:15, 5378:19, 5379:9, 5379:11, 5379:16, 5380:13, 5380:14, 5382:7, 5382:24, 5387:24, 5388:12, 5390:21, 5391:15

**hereby** [1] - 5392:20

**HERMAN** [3] - 5235:6, 5235:6

**HESI's** [1] - 5242:20

**hey** [1] - 5289:23

**high** [9] - 5256:22,

5283:17, 5310:14, 5355:3, 5371:20, 5386:12, 5386:15, 5386:15, 5391:13

**high-pressure** [2] - 5256:22, 5310:14

**higher** [2] - 5274:9, 5391:17

**highlight** [7] - 5274:1, 5299:1, 5319:2, 5340:17, 5340:18, 5347:5, 5348:4

**highlighted** [6] - 5248:20, 5269:18, 5286:4, 5286:11, 5299:18, 5309:2

**HILL** [1] - 5239:12

**him** [13] - 5303:15, 5321:8, 5331:20, 5334:21, 5335:17, 5336:22, 5336:24, 5339:7, 5345:7, 5346:1, 5349:25, 5350:4, 5385:1

**hire** [1] - 5304:21

**hired** [2] - 5304:7, 5305:2

**his** [37] - 5242:14, 5258:20, 5262:20, 5282:8, 5328:13, 5332:9, 5334:20, 5334:21, 5334:22, 5335:2, 5335:4, 5335:5, 5335:7, 5335:12, 5335:15, 5335:16, 5335:17, 5335:23, 5335:23, 5336:8, 5336:9, 5336:10, 5336:23, 5336:25, 5337:1, 5338:12, 5339:3, 5339:7, 5354:19, 5363:17, 5364:13, 5365:23, 5376:22

**history** [3] - 5316:15, 5316:16, 5387:25

**hit** [1] - 5391:13

**hold** [1] - 5324:13

**holding** [1] - 5374:17

**HOLDINGS** [1] - 5238:8

**hole** [3] - 5257:19, 5353:9, 5353:19

**HOLTHAUS** [1] - 5236:1

**home** [1] - 5347:7

**Honor** [45] - 5241:9, 5242:4, 5242:6,

5242:12, 5242:22, 5243:1, 5243:10, 5244:1, 5244:6, 5244:15, 5244:16, 5245:15, 5256:15, 5258:16, 5262:16, 5271:21, 5272:8, 5281:5, 5310:25, 5331:5, 5337:20, 5338:10, 5338:22, 5343:9, 5349:3, 5349:17, 5349:19, 5349:21, 5349:23, 5350:2, 5350:8, 5350:11, 5351:18, 5355:10, 5356:24, 5360:3, 5362:21, 5363:25, 5364:7, 5366:8, 5366:11, 5367:1, 5367:4, 5392:8, 5392:13

**honor** [1] - 5350:12

**HONORABLE** [1] - 5234:22

**hope** [2] - 5269:18, 5279:9

**hopefully** [1] - 5349:5

**Horizon** [44] - 5250:7, 5253:23, 5262:25, 5263:25, 5264:8, 5264:12, 5265:3, 5266:15, 5266:24, 5267:24, 5284:25, 5285:8, 5288:21, 5289:19, 5290:7, 5291:15, 5295:19, 5298:21, 5302:25, 5303:1, 5303:3, 5303:21, 5304:12, 5304:16, 5304:24, 5305:7, 5319:14, 5319:22, 5322:11, 5325:3, 5351:19, 5354:3, 5354:8, 5357:25, 5364:16, 5382:19, 5382:21, 5384:18, 5386:23, 5387:4, 5388:20, 5390:9, 5391:1, 5391:21

**HORIZON** [1] - 5234:5

**Horizon's** [4] - 5381:20, 5383:6, 5384:2, 5390:13

**Horse** [5] - 5302:7, 5302:9, 5302:10, 5302:12, 5303:25

**horse** [1] - 5318:13

**hoses** [3] - 5295:6, 5310:14, 5319:23

**HOUMA** [1] - 5235:20

**hour** [2] - 5376:5, 5376:10

**hours** [1] - 5343:13

**housed** [1] - 5333:15

**HOUSTON** [7] - 5236:5, 5238:15, 5238:24, 5239:7, 5239:8, 5239:16, 5239:20

**Houston** [2] - 5319:9, 5319:11

**however** [2] - 5312:12, 5383:20

**HUGH** [1] - 5239:18

**HUGHES** [1] - 5238:23

**huh** [2] - 5264:4, 5343:6

**hundreds** [1] - 5391:12

**hydraulic** [2] - 5307:23, 5363:19

**hydraulics** [1] - 5267:20

**Hydril** [1] - 5391:7

**HYMEL** [1] - 5238:20

**Hymel** [1] - 5241:17

**I**

**I** [660] - 5240:1, 5241:3, 5244:3, 5244:8, 5245:3, 5245:4, 5245:9, 5245:14, 5245:18, 5245:25, 5246:1, 5246:8, 5246:15, 5246:21, 5247:15, 5247:25, 5248:6, 5248:19, 5249:4, 5249:10, 5249:12, 5250:2, 5250:3, 5250:8, 5250:9, 5250:14, 5250:19, 5250:24, 5252:8, 5252:13, 5252:16, 5252:18, 5252:20, 5253:4, 5253:5, 5253:14, 5253:17, 5253:18, 5255:16, 5255:21, 5256:7, 5256:15, 5257:2, 5257:13, 5257:15, 5257:16, 5257:21, 5257:22, 5258:5,

5258:14, 5258:16,
5259:25, 5260:24,
5261:16, 5261:25,
5262:6, 5262:14,
5262:16, 5263:5,
5263:19, 5264:5,
5264:7, 5265:5,
5265:14, 5265:15,
5265:19, 5265:25,
5266:7, 5266:12,
5266:14, 5266:17,
5266:18, 5266:20,
5266:21, 5267:1,
5267:8, 5267:10,
5267:14, 5267:15,
5267:18, 5267:19,
5267:22, 5267:23,
5268:4, 5268:24,
5269:4, 5269:7,
5269:10, 5269:16,
5269:18, 5270:7,
5270:8, 5270:16,
5270:20, 5270:21,
5271:3, 5271:5,
5271:11, 5271:15,
5271:21, 5271:23,
5272:3, 5272:8,
5272:10, 5272:13,
5272:18, 5272:19,
5272:24, 5273:1,
5273:10, 5273:14,
5273:16, 5273:22,
5273:25, 5274:7,
5274:14, 5274:16,
5274:18, 5275:9,
5276:14, 5276:25,
5277:16, 5277:20,
5277:25, 5279:9,
5279:20, 5280:8,
5280:16, 5280:23,
5280:25, 5281:2,
5281:5, 5281:7,
5281:14, 5281:15,
5281:17, 5281:22,
5282:7, 5282:13,
5283:9, 5283:11,
5283:22, 5285:9,
5285:13, 5285:17,
5285:23, 5285:25,
5286:6, 5286:13,
5286:15, 5286:23,
5286:24, 5287:14,
5287:21, 5288:1,
5288:7, 5288:13,
5288:23, 5288:25,
5289:7, 5289:9,
5290:10, 5290:12,
5290:22, 5290:25,
5291:6, 5292:4,
5292:7, 5292:8,
5293:9, 5293:11,

5293:16, 5293:19,
5294:3, 5294:5,
5294:18, 5295:8,
5295:21, 5296:16,
5296:23, 5297:13,
5297:17, 5298:2,
5298:10, 5298:12,
5298:16, 5298:19,
5298:24, 5299:5,
5299:8, 5299:9,
5299:10, 5299:15,
5299:21, 5299:23,
5300:6, 5300:24,
5301:11, 5301:14,
5301:17, 5301:18,
5302:3, 5302:5,
5302:7, 5302:9,
5302:13, 5302:21,
5303:2, 5303:4,
5303:6, 5303:10,
5303:14, 5303:22,
5304:2, 5304:5,
5304:19, 5304:25,
5305:1, 5305:9,
5306:15, 5306:16,
5306:17, 5306:18,
5306:22, 5306:25,
5307:1, 5307:4,
5307:10, 5307:14,
5307:19, 5307:25,
5308:1, 5308:4,
5308:10, 5308:14,
5309:3, 5309:8,
5309:14, 5310:2,
5310:5, 5310:18,
5310:20, 5311:5,
5311:10, 5311:14,
5311:16, 5311:22,
5312:3, 5312:4,
5312:6, 5312:8,
5312:15, 5312:16,
5312:18, 5312:19,
5312:20, 5312:23,
5313:2, 5313:3,
5313:5, 5313:14,
5314:8, 5314:13,
5314:14, 5314:15,
5314:19, 5314:23,
5315:4, 5315:10,
5315:12, 5315:17,
5315:22, 5316:4,
5316:5, 5316:10,
5316:13, 5316:14,
5316:15, 5316:20,
5316:21, 5317:12,
5317:17, 5318:12,
5318:14, 5318:18,
5319:8, 5319:10,
5319:12, 5319:20,
5319:22, 5319:25,
5320:2, 5320:3,

5320:13, 5320:23,
5320:24, 5321:8,
5321:11, 5321:21,
5321:23, 5322:2,
5324:13, 5324:22,
5325:20, 5325:22,
5326:3, 5326:12,
5327:17, 5328:1,
5328:6, 5328:15,
5328:17, 5329:1,
5329:15, 5330:1,
5330:5, 5330:17,
5330:18, 5331:1,
5331:18, 5331:19,
5331:25, 5332:3,
5332:5, 5332:15,
5332:18, 5332:22,
5333:4, 5333:8,
5333:9, 5333:11,
5333:18, 5333:21,
5334:2, 5334:3,
5334:20, 5334:21,
5335:2, 5335:4,
5335:5, 5335:7,
5335:8, 5335:16,
5335:21, 5336:1,
5336:9, 5336:10,
5336:11, 5336:19,
5336:24, 5336:25,
5337:1, 5337:6,
5337:8, 5337:12,
5337:19, 5337:20,
5337:24, 5338:5,
5338:22, 5338:23,
5339:8, 5339:17,
5339:19, 5339:23,
5340:14, 5340:22,
5341:1, 5341:7,
5341:16, 5341:20,
5341:21, 5341:25,
5342:2, 5342:3,
5342:8, 5342:9,
5342:10, 5342:19,
5342:22, 5342:23,
5343:1, 5343:4,
5343:7, 5343:9,
5343:11, 5343:15,
5343:20, 5343:22,
5344:6, 5344:8,
5344:9, 5344:15,
5344:16, 5344:19,
5345:7, 5345:11,
5345:14, 5345:17,
5345:20, 5345:23,
5345:25, 5346:9,
5346:16, 5346:23,
5346:24, 5346:25,
5347:8, 5348:7,
5348:9, 5348:16,
5348:25, 5349:1,
5349:15, 5349:25,

5350:2, 5350:3,
5350:9, 5350:11,
5350:12, 5350:13,
5350:22, 5350:23,
5351:7, 5351:23,
5352:3, 5352:9,
5352:20, 5352:23,
5353:16, 5354:5,
5354:6, 5354:11,
5354:14, 5354:21,
5355:9, 5355:16,
5355:22, 5355:23,
5356:2, 5356:4,
5356:17, 5356:21,
5356:24, 5357:1,
5357:4, 5357:10,
5357:16, 5357:20,
5358:10, 5359:8,
5359:25, 5360:1,
5360:25, 5361:1,
5361:5, 5361:6,
5361:7, 5361:11,
5361:14, 5361:18,
5362:6, 5362:17,
5362:20, 5362:21,
5362:22, 5363:16,
5363:20, 5363:23,
5363:24, 5363:25,
5364:1, 5364:5,
5364:9, 5364:15,
5364:18, 5364:20,
5365:7, 5365:8,
5366:8, 5366:10,
5366:11, 5366:12,
5367:2, 5367:4,
5367:11, 5367:12,
5367:15, 5367:19,
5368:6, 5368:18,
5368:19, 5368:22,
5369:2, 5369:3,
5369:5, 5369:10,
5369:11, 5369:12,
5370:3, 5370:10,
5370:22, 5371:4,
5371:18, 5372:21,
5373:5, 5373:21,
5374:6, 5374:10,
5374:14, 5374:19,
5374:25, 5375:4,
5375:10, 5375:11,
5375:14, 5376:12,
5377:1, 5378:7,
5378:25, 5379:15,
5379:16, 5379:23,
5380:1, 5380:11,
5381:4, 5381:11,
5381:12, 5381:19,
5382:11, 5383:4,
5383:10, 5383:12,
5383:16, 5383:17,
5384:6, 5384:22,

5385:3, 5385:8,
5385:12, 5385:13,
5386:14, 5386:16,
5387:13, 5387:14,
5387:25, 5388:1,
5388:8, 5388:13,
5389:4, 5389:8,
5389:14, 5389:19,
5390:4, 5390:15,
5390:17, 5391:4,
5391:15, 5392:19

**I'll** [14] - 5276:25,
5285:25, 5328:15,
5339:11, 5344:6,
5344:16, 5346:19,
5354:21, 5360:3,
5367:23, 5368:9,
5376:15, 5377:1,
5379:18

**I'm** [32] - 5249:24,
5253:17, 5262:25,
5265:9, 5269:1,
5270:24, 5277:14,
5279:9, 5280:7,
5290:6, 5290:20,
5296:6, 5298:2,
5306:25, 5308:1,
5319:13, 5330:17,
5332:9, 5333:10,
5344:19, 5344:21,
5346:2, 5351:16,
5351:24, 5359:22,
5366:11, 5370:6,
5372:4, 5373:16,
5377:24, 5380:4,
5390:10

**I've** [14] - 5244:2,
5248:7, 5248:18,
5294:14, 5299:23,
5302:2, 5322:12,
5354:5, 5354:18,
5361:1, 5361:14,
5370:15, 5375:10,
5389:17

**IBOS** [1] - 5239:21
**Ibos** [2] - 5392:19,
5392:24
**idea** [4] - 5272:25,
5330:20, 5363:18
**identification** [3] -
5301:22, 5302:19,
5303:20
**if** [223] - 5244:23,
5244:24, 5246:9,
5246:11, 5246:12,
5246:15, 5246:18,
5246:22, 5246:25,
5247:2, 5247:7,
5247:13, 5247:14,
5248:20, 5248:23,

— OFFICIAL TRANSCRIPT —

5249:15, 5249:20,
5249:25, 5250:20,
5251:15, 5253:5,
5254:4, 5254:6,
5254:17, 5254:19,
5255:1, 5255:3,
5255:21, 5255:23,
5256:4, 5256:8,
5258:4, 5261:6,
5261:10, 5261:22,
5261:24, 5262:15,
5262:19, 5262:20,
5263:3, 5263:11,
5263:12, 5265:15,
5266:18, 5266:19,
5266:20, 5267:9,
5269:11, 5269:15,
5271:12, 5271:13,
5273:13, 5274:1,
5275:24, 5276:5,
5276:15, 5277:6,
5277:10, 5277:14,
5279:4, 5280:4,
5280:8, 5280:11,
5280:20, 5281:10,
5281:22, 5282:12,
5282:20, 5285:18,
5286:1, 5286:10,
5286:18, 5286:20,
5288:13, 5288:15,
5289:4, 5289:6,
5289:10, 5289:14,
5289:25, 5290:4,
5291:5, 5292:24,
5293:1, 5293:9,
5293:20, 5295:5,
5297:9, 5297:10,
5297:13, 5297:25,
5298:20, 5298:25,
5299:19, 5300:12,
5300:22, 5302:21,
5303:6, 5306:10,
5306:13, 5307:12,
5307:14, 5307:20,
5309:1, 5310:13,
5310:21, 5315:5,
5316:8, 5316:9,
5316:20, 5317:1,
5317:10, 5317:12,
5318:14, 5319:1,
5319:16, 5320:16,
5321:2, 5321:22,
5323:22, 5323:23,
5324:2, 5324:13,
5324:15, 5325:10,
5326:9, 5330:2,
5330:10, 5330:25,
5332:7, 5332:12,
5332:19, 5334:4,
5335:25, 5336:24,
5337:1, 5337:12,

5338:22, 5339:3,
5339:5, 5339:6,
5340:1, 5340:17,
5341:10, 5341:12,
5342:24, 5343:20,
5344:14, 5345:20,
5345:22, 5346:8,
5346:16, 5346:17,
5347:3, 5347:19,
5348:9, 5348:15,
5349:2, 5349:23,
5351:9, 5351:15,
5352:5, 5353:6,
5354:16, 5354:22,
5355:1, 5359:12,
5359:18, 5360:19,
5362:8, 5363:11,
5363:20, 5364:12,
5365:12, 5365:23,
5366:5, 5366:21,
5368:17, 5369:10,
5369:15, 5369:16,
5371:2, 5371:15,
5373:17, 5375:24,
5377:25, 5378:6,
5378:9, 5378:14,
5379:24, 5379:25,
5380:2, 5382:5,
5382:16, 5383:16,
5383:18, 5385:21,
5386:1, 5386:2,
5386:6, 5386:8,
5387:20, 5387:21,
5387:24, 5389:6,
5390:11, 5390:19,
5390:25, 5391:15
**ifs** [4] - 5378:4,
5378:7, 5379:24,
5380:4
**II** [7] - 5287:11,
5388:21, 5388:23,
5389:2, 5389:6,
5389:7, 5391:19
**III** [17] - 5285:9,
5285:11, 5285:22,
5286:8, 5286:9,
5286:17, 5286:18,
5287:1, 5287:8,
5287:11, 5287:25,
5288:16, 5288:18,
5388:19, 5389:2,
5389:6, 5391:20
**IL** [1] - 5238:6
**illustrated** [1] -
5365:25
**illustrates** [1] -
5262:9
**illustration** [3] -
5261:25, 5262:1,
5263:13

**imagine** [1] - 5324:9
**immediately** [1] -
5376:16
**impact** [3] - 5314:2,
5369:21, 5370:1
**implementation** [3] -
5355:1, 5357:14,
5357:18
**implemented** [1] -
5286:23
**important** [4] -
5248:10, 5255:10,
5255:11, 5255:12
**impression** [1] -
5343:1
**IMPREVENTO** [1] -
5235:14
**improperly** [1] -
5246:22
**in** [422] - 5241:10,
5241:17, 5241:24,
5242:14, 5242:19,
5243:17, 5244:10,
5244:21, 5244:24,
5245:11, 5246:7,
5246:8, 5246:9,
5247:9, 5247:12,
5247:19, 5247:24,
5248:1, 5248:3,
5248:4, 5248:19,
5249:3, 5249:16,
5250:2, 5250:5,
5250:11, 5250:22,
5250:24, 5251:8,
5252:18, 5252:25,
5253:18, 5253:20,
5253:22, 5254:8,
5255:6, 5255:8,
5255:16, 5255:17,
5256:2, 5256:10,
5256:25, 5257:6,
5257:15, 5257:19,
5257:21, 5257:22,
5257:24, 5258:6,
5258:11, 5259:5,
5259:11, 5260:4,
5260:5, 5260:16,
5261:10, 5261:22,
5261:24, 5262:3,
5262:4, 5264:3,
5264:13, 5264:14,
5264:20, 5265:3,
5265:6, 5265:13,
5266:11, 5266:14,
5266:21, 5267:2,
5267:6, 5268:4,
5268:7, 5268:20,
5268:22, 5269:3,
5269:6, 5270:6,
5270:11, 5270:12,

5270:17, 5270:19,
5271:2, 5271:9,
5271:19, 5271:22,
5272:5, 5272:11,
5272:22, 5273:6,
5274:19, 5277:2,
5277:3, 5277:16,
5278:5, 5278:15,
5278:16, 5278:23,
5281:4, 5281:12,
5281:16, 5281:17,
5282:3, 5282:17,
5283:13, 5283:15,
5284:12, 5284:13,
5284:18, 5284:19,
5284:21, 5285:12,
5286:2, 5286:5,
5287:7, 5287:21,
5288:8, 5289:7,
5291:5, 5291:23,
5292:1, 5293:1,
5293:5, 5293:23,
5294:2, 5294:18,
5295:8, 5295:10,
5295:15, 5295:17,
5295:19, 5297:20,
5298:14, 5298:17,
5299:14, 5300:24,
5301:21, 5302:3,
5302:4, 5302:11,
5302:14, 5302:16,
5302:18, 5302:25,
5303:2, 5303:4,
5303:16, 5303:19,
5303:23, 5304:13,
5305:9, 5305:24,
5306:10, 5306:19,
5307:11, 5307:17,
5307:20, 5307:23,
5308:12, 5309:9,
5310:8, 5311:5,
5311:10, 5313:6,
5314:3, 5314:12,
5314:16, 5315:3,
5315:10, 5315:13,
5315:18, 5316:4,
5316:14, 5317:5,
5317:7, 5317:20,
5318:3, 5319:9,
5319:11, 5319:15,
5320:7, 5322:12,
5322:14, 5322:19,
5323:11, 5323:19,
5323:20, 5324:5,
5324:14, 5324:23,
5324:25, 5325:3,
5325:10, 5325:15,
5325:18, 5325:22,
5325:25, 5326:3,
5326:4, 5327:3,
5327:5, 5328:3,

5328:12, 5328:13,
5328:19, 5329:7,
5329:10, 5329:12,
5329:18, 5329:22,
5330:17, 5330:21,
5330:22, 5330:24,
5331:19, 5332:1,
5332:3, 5332:7,
5332:12, 5332:19,
5333:11, 5333:14,
5333:15, 5333:16,
5334:9, 5334:17,
5334:18, 5334:23,
5334:25, 5335:11,
5336:13, 5336:18,
5336:21, 5337:5,
5338:3, 5338:12,
5339:6, 5339:8,
5340:11, 5340:25,
5341:23, 5342:2,
5343:13, 5344:3,
5345:3, 5345:5,
5345:7, 5345:8,
5345:9, 5345:18,
5347:6, 5347:19,
5348:4, 5348:11,
5348:15, 5348:16,
5349:8, 5349:12,
5350:2, 5350:11,
5350:25, 5351:13,
5351:15, 5352:4,
5352:15, 5352:17,
5352:24, 5353:7,
5353:9, 5353:19,
5354:9, 5354:10,
5354:14, 5354:16,
5354:19, 5355:3,
5355:4, 5355:11,
5355:18, 5355:19,
5355:20, 5356:3,
5356:5, 5356:23,
5358:6, 5358:14,
5358:19, 5359:18,
5360:4, 5360:7,
5360:11, 5360:23,
5360:25, 5361:2,
5361:8, 5361:10,
5361:12, 5361:17,
5361:22, 5362:4,
5362:7, 5362:8,
5362:15, 5363:2,
5363:6, 5363:19,
5364:12, 5364:13,
5364:24, 5365:5,
5365:9, 5366:16,
5366:20, 5366:21,
5367:16, 5367:17,
5368:13, 5368:16,
5368:19, 5368:23,
5369:2, 5369:6,
5369:7, 5369:17,

5369:25, 5370:8,
5370:20, 5371:2,
5371:13, 5371:24,
5372:6, 5372:12,
5372:15, 5373:10,
5374:10, 5374:15,
5374:21, 5374:23,
5375:12, 5375:16,
5375:20, 5375:22,
5376:7, 5376:20,
5377:19, 5377:21,
5378:1, 5378:18,
5378:19, 5379:7,
5379:9, 5379:11,
5379:13, 5379:20,
5379:21, 5380:6,
5380:7, 5380:8,
5381:4, 5381:8,
5381:17, 5381:21,
5382:1, 5382:5,
5382:16, 5383:14,
5383:20, 5383:21,
5383:25, 5384:8,
5384:10, 5384:14,
5384:19, 5385:1,
5385:9, 5385:18,
5386:8, 5386:20,
5387:6, 5387:15,
5387:16, 5387:21,
5388:10, 5388:16,
5388:23, 5388:25,
5389:3, 5389:12,
5389:15, 5389:22,
5390:6, 5390:8,
5390:12, 5390:25,
5391:25, 5392:21
   **IN** [3] - 5234:5,
5234:5, 5234:12
   **inability** [1] - 5392:2
   **inadequacy** [2] -
5257:6, 5257:7
   **inadequate** [4] -
5246:19, 5246:23,
5247:2, 5249:15
   **inadequately** [1] -
5246:23
   **inadvertent** [1] -
5258:20
   **INC** [5] - 5234:16,
5237:21, 5238:9,
5238:10, 5239:10
   **inch** [1] - 5257:15
   **incident** [8] -
5257:21, 5257:22,
5326:6, 5327:13,
5327:18, 5353:19,
5357:25
   **incidentally** [1] -
5303:25
   **include** [5] - 5243:3,

5244:11, 5254:1,
5264:23, 5362:6
   **included** [3] -
5286:5, 5307:18,
5355:3
   **includes** [3] -
5254:2, 5297:22,
5305:14
   **including** [5] -
5290:4, 5353:18,
5355:6, 5370:11
   **incorrectly** [2] -
5323:24, 5323:25
   **increase** [1] - 5294:7
   **increased** [8] -
5293:7, 5294:13,
5296:11, 5296:13,
5296:17, 5296:21,
5296:23, 5371:14
   **increasing** [3] -
5294:2, 5319:21,
5371:12
   **independent** [5] -
5252:2, 5352:22,
5352:25, 5353:2,
5359:17
   **indicated** [3] -
5276:19, 5315:9,
5317:4
   **INDICATING)** [2] -
5357:13, 5365:2
   **indication** [1] -
5360:20
   **indirectly** [3] -
5335:7, 5336:16,
5352:14
   **individuals** [1] -
5375:9
   **indulge** [2] -
5349:23, 5366:9
   **industry** [19] -
5259:6, 5260:18,
5260:25, 5261:6,
5261:12, 5261:13,
5261:21, 5274:8,
5287:17, 5304:17,
5366:1, 5368:24,
5381:17, 5381:18,
5381:20, 5382:9,
5384:1, 5385:10,
5387:6
   **ineffective** [2] -
5325:19, 5325:20
   **infeasible** [1] -
5272:11
   **information** [13] -
5250:19, 5269:5,
5286:2, 5311:11,
5311:17, 5334:11,
5334:15, 5335:5,

5335:7, 5335:16,
5335:18, 5337:16,
5390:17
   **informed** [1] -
5278:17
   **initially** [1] - 5357:7
   **inoperable** [2] -
5359:18
   **input** [5] - 5306:2,
5306:6, 5306:7,
5313:16, 5332:17
   **insofar** [1] - 5259:19
   **inspection** [9] -
5307:18, 5308:17,
5309:10, 5309:23,
5310:15, 5311:20,
5312:13, 5320:20,
5320:22
   **inspections** [3] -
5310:14, 5314:21,
5314:22
   **install** [2] - 5299:4,
5327:5
   **installation** [2] -
5290:7, 5323:22
   **installed** [7] -
5283:1, 5289:2,
5291:18, 5299:14,
5323:14, 5326:24,
5328:3
   **instance** [4] -
5315:10, 5317:5,
5322:4, 5354:19
   **instances** [2] -
5314:3, 5316:14
   **instead** [3] -
5244:21, 5300:21,
5387:10
   **integrity** [1] -
5286:13
   **intelligent** [1] -
5278:17
   **intend** [1] - 5293:11
   **intention** [1] -
5301:15
   **interactive** [1] -
5344:4
   **interest** [3] -
5355:10, 5382:5,
5382:16
   **interested** [2] -
5306:18, 5345:18
   **internal** [5] - 5249:6,
5347:16, 5365:5,
5370:11
   **INTERNATIONAL** [1]
- 5239:1
   **interpretation** [1] -
5327:14
   **interpreted** [1] -

5335:22
   **interrupt** [2] -
5368:6, 5387:13
   **interrupting** [1] -
5258:16
   **interval** [3] -
5307:22, 5308:15,
5308:16
   **intervention** [5] -
5295:9, 5295:15,
5295:17, 5358:13,
5358:20
   **into** [19] - 5246:17,
5253:15, 5277:16,
5277:17, 5311:14,
5319:20, 5326:22,
5326:24, 5345:25,
5346:14, 5346:22,
5352:20, 5353:16,
5367:13, 5369:3,
5369:10, 5371:17,
5372:5, 5392:11
   **introduce** [1] -
5241:10
   **invariably** [1] -
5386:16
   **investigation** [2] -
5347:16, 5370:11
   **investigator** [1] -
5347:16
   **invite** [1] - 5329:13
   **invited** [2] - 5329:12,
5329:15
   **involve** [1] - 5305:20
   **involved** [10] -
5287:21, 5287:23,
5302:11, 5302:14,
5303:2, 5303:16,
5303:23, 5303:24,
5329:7, 5330:17
   **involvement** [4] -
5302:9, 5302:16,
5317:15, 5317:25
   **involving** [1] -
5301:21
   **iPads** [2] - 5331:11,
5331:12
   **IRPINO** [5] - 5236:6,
5236:7, 5241:9,
5241:23, 5242:4
   **Irpino** [1] - 5241:9
   **irresponsible** [1] -
5256:24
   **isn't** [57] - 5247:10,
5249:13, 5251:7,
5252:3, 5252:7,
5253:24, 5255:19,
5255:25, 5260:1,
5261:3, 5263:2,
5268:2, 5268:23,

5269:2, 5272:25,
5273:7, 5274:20,
5277:24, 5280:10,
5282:23, 5285:12,
5287:19, 5287:25,
5288:12, 5293:8,
5294:24, 5297:11,
5299:22, 5300:1,
5306:11, 5307:3,
5307:9, 5313:11,
5314:7, 5314:17,
5315:15, 5317:8,
5317:24, 5324:24,
5325:4, 5327:8,
5329:9, 5329:25,
5332:25, 5337:5,
5340:25, 5341:13,
5342:7, 5342:20,
5344:5, 5346:3,
5346:14, 5349:13,
5352:21, 5353:6
   **isolated** [1] -
5302:23
   **issue** [26] - 5246:25,
5247:8, 5249:21,
5249:22, 5260:17,
5261:18, 5261:19,
5268:4, 5273:12,
5288:25, 5290:9,
5304:20, 5306:10,
5323:2, 5323:3,
5338:5, 5349:6,
5349:10, 5353:16,
5362:9, 5379:1,
5384:6, 5384:8,
5389:11, 5391:24,
5392:5
   **issues** [13] - 5257:9,
5268:6, 5280:25,
5283:16, 5284:14,
5303:9, 5304:9,
5305:5, 5305:20,
5306:16, 5312:18,
5341:22
   **It** [1] - 5271:1
   **it** [575] - 5245:9,
5246:5, 5246:6,
5246:15, 5246:18,
5246:21, 5246:22,
5247:2, 5247:14,
5247:18, 5247:23,
5248:4, 5248:14,
5248:24, 5249:9,
5249:10, 5249:13,
5250:5, 5250:14,
5250:22, 5251:1,
5251:5, 5251:14,
5251:21, 5252:4,
5252:17, 5252:25,
5253:14, 5253:17,

5253:18, 5254:2,
5254:11, 5255:3,
5255:4, 5255:8,
5255:11, 5255:16,
5256:4, 5256:6,
5256:10, 5256:13,
5256:23, 5256:25,
5257:5, 5257:11,
5257:18, 5257:20,
5257:24, 5257:25,
5258:2, 5258:10,
5258:12, 5258:14,
5258:15, 5258:21,
5259:10, 5259:13,
5259:15, 5259:23,
5260:1, 5260:8,
5260:20, 5260:22,
5261:5, 5261:19,
5261:20, 5262:2,
5262:7, 5262:10,
5262:12, 5262:24,
5263:15, 5263:16,
5263:20, 5264:17,
5264:21, 5264:23,
5264:25, 5265:12,
5265:15, 5266:9,
5266:19, 5266:20,
5267:4, 5267:10,
5267:16, 5267:24,
5267:25, 5268:2,
5268:20, 5269:2,
5269:3, 5269:9,
5269:10, 5269:21,
5269:24, 5269:25,
5270:11, 5270:13,
5270:16, 5270:17,
5271:23, 5272:11,
5272:18, 5272:20,
5272:25, 5273:5,
5273:10, 5273:20,
5274:8, 5274:12,
5274:14, 5274:15,
5274:16, 5274:17,
5274:20, 5274:22,
5275:7, 5275:17,
5275:19, 5275:20,
5276:6, 5276:10,
5276:13, 5277:1,
5277:17, 5277:23,
5277:24, 5277:25,
5278:23, 5278:25,
5279:1, 5279:2,
5279:5, 5279:7,
5279:11, 5279:12,
5279:15, 5280:16,
5280:18, 5281:2,
5281:10, 5281:13,
5283:10, 5283:22,
5284:12, 5284:13,
5284:24, 5285:11,
5285:14, 5285:15,

5285:16, 5285:21,
5286:1, 5287:12,
5287:19, 5288:3,
5289:17, 5290:24,
5291:7, 5291:23,
5292:7, 5292:20,
5293:3, 5293:6,
5293:7, 5293:10,
5293:25, 5294:7,
5294:8, 5294:9,
5294:12, 5295:2,
5295:7, 5295:8,
5295:10, 5295:11,
5295:13, 5295:15,
5295:16, 5295:17,
5296:2, 5296:5,
5296:8, 5296:11,
5296:12, 5296:14,
5296:17, 5296:18,
5296:21, 5296:22,
5297:9, 5298:9,
5298:16, 5298:19,
5298:23, 5299:22,
5299:25, 5300:8,
5300:9, 5300:19,
5300:20, 5300:21,
5301:7, 5301:9,
5301:10, 5301:11,
5301:12, 5301:13,
5301:15, 5301:16,
5301:24, 5302:4,
5302:6, 5302:7,
5302:23, 5303:1,
5303:3, 5303:10,
5303:11, 5303:12,
5303:25, 5304:6,
5304:12, 5304:21,
5304:25, 5305:23,
5305:24, 5306:2,
5307:14, 5307:21,
5307:24, 5307:25,
5308:1, 5308:4,
5308:7, 5308:9,
5308:19, 5308:21,
5308:25, 5309:13,
5309:14, 5309:16,
5309:22, 5310:2,
5310:4, 5310:6,
5310:21, 5311:15,
5311:22, 5311:23,
5311:25, 5312:1,
5312:3, 5312:5,
5312:6, 5312:22,
5313:10, 5313:17,
5313:22, 5313:24,
5314:1, 5314:7,
5314:8, 5314:9,
5314:11, 5314:12,
5315:15, 5315:16,
5316:7, 5316:8,
5316:19, 5317:9,

5317:11, 5317:19,
5317:23, 5318:3,
5319:16, 5319:25,
5320:6, 5320:20,
5321:9, 5321:25,
5322:3, 5322:6,
5322:9, 5322:18,
5322:19, 5322:21,
5322:22, 5322:24,
5322:25, 5323:1,
5323:2, 5323:9,
5323:11, 5323:20,
5324:9, 5324:12,
5324:13, 5324:15,
5324:16, 5324:23,
5324:25, 5325:2,
5325:6, 5325:9,
5325:12, 5325:15,
5325:18, 5325:25,
5326:1, 5326:3,
5326:15, 5327:2,
5327:5, 5327:6,
5327:9, 5327:15,
5328:8, 5328:15,
5328:20, 5330:2,
5330:10, 5330:11,
5330:20, 5330:22,
5330:24, 5331:1,
5332:7, 5332:12,
5332:13, 5332:15,
5332:20, 5333:25,
5337:1, 5337:7,
5337:18, 5340:8,
5340:11, 5340:12,
5340:23, 5341:19,
5341:20, 5342:1,
5342:6, 5342:9,
5342:16, 5342:17,
5342:20, 5343:13,
5343:18, 5343:22,
5343:23, 5343:25,
5344:2, 5344:3,
5344:7, 5344:13,
5344:15, 5344:24,
5345:15, 5345:19,
5346:3, 5346:4,
5346:10, 5346:16,
5346:17, 5346:18,
5346:19, 5347:3,
5347:18, 5348:15,
5348:19, 5348:20,
5348:21, 5348:22,
5349:12, 5350:23,
5352:10, 5352:13,
5352:14, 5352:24,
5353:6, 5353:10,
5353:20, 5354:3,
5354:8, 5354:9,
5354:11, 5354:12,
5354:16, 5354:21,
5354:23, 5355:9,

5355:14, 5355:18,
5356:11, 5356:12,
5356:14, 5356:23,
5356:25, 5357:6,
5357:24, 5358:2,
5358:9, 5358:10,
5358:17, 5359:2,
5359:20, 5359:22,
5359:23, 5360:4,
5360:12, 5360:15,
5360:18, 5360:22,
5360:23, 5360:25,
5361:1, 5361:6,
5361:21, 5363:7,
5363:11, 5363:20,
5363:22, 5363:25,
5364:5, 5364:7,
5364:12, 5365:7,
5365:12, 5365:13,
5365:23, 5366:8,
5366:12, 5366:22,
5367:12, 5368:7,
5368:24, 5368:25,
5369:10, 5369:13,
5370:4, 5370:16,
5370:18, 5370:19,
5370:20, 5370:22,
5370:23, 5371:2,
5371:5, 5371:6,
5371:9, 5371:16,
5371:24, 5372:8,
5374:15, 5374:19,
5375:5, 5376:2,
5376:13, 5377:5,
5377:17, 5377:18,
5378:23, 5378:24,
5379:3, 5380:1,
5380:10, 5380:20,
5380:24, 5381:4,
5381:5, 5381:6,
5381:14, 5381:16,
5381:17, 5381:18,
5381:21, 5381:22,
5382:6, 5382:9,
5382:19, 5382:23,
5383:12, 5384:10,
5384:22, 5386:5,
5386:22, 5386:23,
5386:25, 5387:16,
5388:1, 5388:9,
5388:17, 5389:9,
5389:12, 5389:17,
5390:1, 5390:3,
5391:2, 5391:18,
5391:22, 5392:3,
5392:6

**it'll** [1] - 5251:8
**It's** [1] - 5248:4
**it's** [104] - 5246:4,
5247:14, 5247:15,
5248:5, 5249:13,

5251:10, 5253:9,
5260:22, 5260:23,
5262:1, 5269:14,
5270:13, 5271:8,
5272:18, 5274:11,
5275:9, 5275:24,
5275:25, 5277:7,
5278:4, 5278:11,
5278:14, 5278:17,
5279:9, 5284:20,
5288:5, 5289:23,
5292:23, 5293:5,
5295:5, 5296:6,
5300:21, 5302:22,
5304:3, 5304:15,
5306:9, 5308:10,
5308:14, 5309:22,
5310:7, 5313:20,
5314:10, 5314:19,
5315:23, 5316:6,
5317:22, 5317:23,
5318:19, 5322:7,
5322:22, 5324:9,
5324:12, 5325:3,
5325:22, 5327:23,
5328:11, 5328:22,
5331:7, 5331:9,
5335:17, 5337:12,
5340:23, 5342:25,
5343:1, 5343:6,
5344:15, 5345:21,
5346:5, 5347:4,
5347:21, 5347:25,
5348:13, 5352:11,
5352:17, 5353:6,
5353:21, 5353:22,
5355:7, 5356:21,
5357:23, 5358:15,
5358:23, 5359:9,
5362:20, 5363:6,
5363:7, 5363:22,
5365:13, 5369:14,
5371:2, 5371:7,
5377:18, 5379:9,
5387:18, 5387:23,
5388:2, 5388:25,
5389:11, 5392:11

**item** [3] - 5337:8,
5344:10, 5379:10
**items** [4] - 5313:14,
5348:6, 5355:6,
5355:8
**its** [24] - 5242:8,
5247:9, 5248:15,
5249:2, 5249:6,
5250:5, 5252:1,
5252:2, 5253:3,
5257:7, 5268:21,
5271:16, 5272:6,
5272:21, 5272:22,
5282:18, 5287:24,

5290:7, 5323:14, 5323:19, 5324:12, 5353:11, 5366:21
**itself** [1] - 5268:8

## J

**J** [9] - 5234:8, 5234:22, 5235:6, 5235:17, 5237:8, 5238:4, 5238:11, 5238:20, 5239:5
**JAMES** [2] - 5235:3, 5237:13
**James** [2] - 5319:4, 5319:11
**January** [7] - 5285:12, 5285:15, 5310:8, 5311:8, 5315:1, 5317:7
**Jason** [1] - 5327:22
**JEFFERSON** [2] - 5235:4, 5238:21
**JEFFREY** [1] - 5235:14
**jeopardizing** [1] - 5369:11
**JERRY** [1] - 5239:15
**Jerry** [1] - 5350:7
**JESSICA** [2] - 5236:20, 5236:21
**JIMMY** [1] - 5236:4
**job** [2] - 5257:7, 5301:12
**John** [3] - 5245:25, 5321:5
**JOHN** [3] - 5236:2, 5238:23, 5239:19
**Johnny's** [1] - 5350:13
**Johnson** [1] - 5321:7
**joint** [1] - 5371:14
**joints** [2] - 5353:18, 5353:20
**JONES** [1] - 5239:5
**JR** [2] - 5235:17, 5239:11
**judge** [1] - 5242:13
**JUDGE** [1] - 5234:23
**Judge** [14] - 5242:19, 5242:20, 5243:5, 5243:9, 5243:22, 5245:5, 5245:6, 5245:14, 5253:4, 5256:8, 5271:25, 5338:2, 5339:11
**jump** [1] - 5356:25
**just** [71] - 5244:24, 5245:7, 5247:18,

5251:17, 5254:1, 5257:14, 5257:23, 5258:11, 5258:22, 5260:23, 5261:5, 5261:19, 5261:22, 5262:15, 5263:12, 5264:10, 5264:20, 5272:19, 5274:16, 5278:13, 5279:9, 5279:18, 5279:21, 5281:2, 5285:25, 5286:1, 5287:23, 5289:23, 5292:24, 5294:14, 5299:24, 5302:1, 5302:2, 5304:3, 5305:17, 5315:1, 5316:3, 5316:6, 5316:15, 5316:18, 5317:20, 5324:3, 5325:9, 5325:20, 5327:5, 5328:22, 5331:1, 5335:8, 5337:20, 5338:22, 5341:25, 5342:10, 5345:2, 5346:9, 5348:23, 5351:17, 5352:12, 5355:22, 5361:1, 5361:5, 5363:23, 5365:13, 5367:23, 5368:19, 5370:7, 5371:18, 5375:14, 5377:25, 5384:3, 5388:2, 5391:19
**JUSTICE** [4] - 5236:10, 5236:14, 5236:19, 5237:1

## K

**K** [1] - 5237:22
**KANNER** [3] - 5237:16, 5237:17, 5349:21
   **KAREN** [1] - 5239:21
   **Karen** [2] - 5392:19, 5392:24
   karen_lbos@laed.
uscourts.gov [1] - 5239:23
**KARIS** [24] - 5238:5, 5256:15, 5258:16, 5271:21, 5272:8, 5338:22, 5349:23, 5350:2, 5350:7, 5351:17, 5351:21, 5367:4, 5367:6, 5367:8, 5368:11, 5373:17, 5373:18, 5375:24, 5376:1,

5378:9, 5378:10, 5388:5, 5392:8, 5392:13
**Karis** [5] - 5240:11, 5338:23, 5367:9, 5387:13, 5392:6
   **Kaskida** [2] - 5302:15, 5302:16
**KATZ** [1] - 5235:6
**keep** [5] - 5262:12, 5320:1, 5322:4, 5361:1, 5363:25
**KELLEY** [1] - 5237:3
**Kent** [2] - 5319:4, 5319:11
**KERRY** [1] - 5238:11
**key** [1] - 5262:12
**kick** [4] - 5368:25, 5369:1, 5369:15, 5369:16
**kill** [1] - 5310:14
**KINCHEN** [2] - 5238:23, 5238:23
**kind** [8] - 5263:12, 5302:20, 5303:19, 5324:9, 5343:6, 5343:14, 5343:15, 5363:1
**KIRKLAND** [1] - 5238:4
**kits** [1] - 5352:7
**knew** [17] - 5258:14, 5259:8, 5260:9, 5260:25, 5261:1, 5261:6, 5268:1, 5285:5, 5294:8, 5294:12, 5329:24, 5330:1, 5330:2, 5330:6, 5330:9, 5351:8, 5374:19
**know** [137] - 5244:24, 5245:9, 5246:8, 5246:9, 5246:15, 5249:20, 5253:4, 5254:17, 5260:11, 5260:13, 5260:16, 5264:5, 5265:19, 5266:20, 5267:5, 5267:8, 5269:2, 5272:19, 5273:24, 5274:7, 5276:14, 5279:4, 5279:9, 5280:23, 5282:6, 5283:9, 5283:13, 5285:9, 5285:13, 5285:16, 5285:24, 5287:1, 5287:13, 5287:14, 5287:18, 5287:23, 5288:1, 5288:5, 5288:7,

5288:23, 5289:7, 5289:8, 5289:9, 5290:5, 5290:10, 5290:11, 5290:12, 5290:22, 5291:9, 5294:16, 5297:13, 5298:11, 5298:12, 5298:16, 5298:17, 5298:19, 5300:8, 5303:6, 5304:6, 5310:20, 5312:19, 5312:20, 5315:17, 5315:18, 5315:19, 5316:8, 5316:9, 5317:1, 5319:4, 5319:23, 5321:5, 5321:7, 5321:8, 5321:9, 5322:22, 5323:23, 5325:25, 5329:15, 5329:17, 5330:10, 5330:11, 5330:12, 5331:1, 5334:2, 5335:6, 5337:6, 5337:12, 5337:24, 5339:8, 5339:17, 5339:23, 5341:2, 5342:3, 5342:8, 5342:22, 5343:1, 5343:23, 5344:6, 5344:9, 5344:16, 5345:15, 5345:17, 5345:18, 5346:16, 5346:24, 5346:25, 5348:11, 5351:3, 5354:6, 5354:7, 5354:14, 5355:7, 5356:21, 5361:1, 5362:12, 5363:10, 5363:22, 5364:18, 5366:6, 5366:12, 5366:24, 5370:10, 5371:1, 5371:4, 5374:12, 5374:14, 5378:23, 5381:4, 5385:12, 5387:24, 5387:25, 5389:14, 5389:15
**knowing** [4] - 5295:9, 5321:25, 5333:8, 5345:20
**knowledge** [5] - 5242:15, 5243:19, 5282:5, 5330:1, 5385:6
**known** [5] - 5249:2, 5257:5, 5259:5, 5268:13, 5369:16
**knows** [4] - 5261:12, 5261:13, 5261:22, 5304:17

5288:23, 5289:7, 5289:8, 5289:9,
**Korea** [3] - 5354:2, 5355:19, 5357:8
**KRAUS** [1] - 5237:17
**KULLMAN** [1] - 5235:11

## L

**L** [2] - 5237:7, 5238:14
   **L.L.C** [1] - 5239:17
   **LA** [15] - 5235:5, 5235:7, 5235:13, 5235:18, 5235:20, 5235:23, 5236:3, 5236:8, 5237:15, 5237:18, 5237:24, 5238:12, 5238:22, 5239:3, 5239:22
**lack** [3] - 5309:18, 5310:1, 5366:6
**LAFAYETTE** [2] - 5235:5, 5238:22
**LAFLEUR** [1] - 5238:20
**laid** [1] - 5268:2
**LAMAR** [1] - 5239:15
**Lamar** [2] - 5242:20, 5242:25
**LANGAN** [1] - 5238:4
**language** [2] - 5268:24, 5287:17
**large** [6] - 5276:3, 5276:8, 5328:19, 5345:13, 5345:21
**larger** [3] - 5264:21, 5264:23, 5265:1
**LASALLE** [1] - 5238:6
**last** [20] - 5259:25, 5267:9, 5271:1, 5286:20, 5293:20, 5293:21, 5302:2, 5304:14, 5307:4, 5310:13, 5319:21, 5320:20, 5326:4, 5340:17, 5340:18, 5346:1, 5347:5, 5350:9, 5366:1, 5369:20
**lastly** [1] - 5242:19
**late** [3] - 5249:17, 5249:19, 5249:22
**later** [18] - 5244:9, 5247:25, 5248:8, 5250:10, 5252:8, 5252:17, 5268:19, 5304:25, 5316:8, 5356:23, 5360:25,

5362:7, 5367:25, 5368:13, 5369:4, 5369:16, 5372:19, 5390:17

**latest** [1] - 5366:14
**LAW** [3] - 5235:19, 5235:21, 5236:6
**law** [1] - 5331:7
**LAWRENCE** [1] - 5236:22
**lawyer** [3] - 5262:14, 5362:22, 5364:9
**lead** [2] - 5347:16, 5347:18
**leaks** [1] - 5363:19
**learned** [5] - 5244:10, 5253:14, 5275:5, 5333:24, 5375:10
**LEASING** [1] - 5234:13
**least** [13] - 5266:4, 5347:23, 5350:23, 5350:24, 5351:3, 5352:4, 5352:21, 5356:1, 5368:3, 5369:14, 5372:17, 5372:25, 5385:5
**leaving** [1] - 5262:12
**left** [5] - 5261:20, 5300:21, 5341:5, 5367:22, 5382:18
**left-hand** [1] - 5382:18
**legal** [1] - 5305:2
**LEGER** [2] - 5235:16, 5235:17
**length** [4] - 5269:8, 5324:12, 5324:19, 5324:20
**LeNormand** [3] - 5281:18, 5281:20, 5282:6
**less** [6] - 5264:17, 5279:15, 5292:23, 5293:6, 5300:22, 5325:13
**let** [20] - 5244:23, 5245:9, 5247:18, 5252:21, 5261:5, 5263:20, 5274:16, 5278:10, 5281:2, 5281:8, 5285:25, 5330:10, 5335:4, 5336:17, 5337:4, 5341:2, 5345:22, 5356:10, 5373:22, 5387:13
**Let** [1] - 5281:2
**let's** [54] - 5256:7,

5257:23, 5259:12, 5260:17, 5261:24, 5263:11, 5271:14, 5274:24, 5279:24, 5282:12, 5284:14, 5285:18, 5291:24, 5293:12, 5295:18, 5298:6, 5300:14, 5301:18, 5305:22, 5307:15, 5310:8, 5312:24, 5314:25, 5315:1, 5318:16, 5320:10, 5321:2, 5326:2, 5327:19, 5327:20, 5328:18, 5335:24, 5340:4, 5340:15, 5340:16, 5344:19, 5347:2, 5347:20, 5348:21, 5349:1, 5351:14, 5356:14, 5356:23, 5357:11, 5357:24, 5358:12, 5358:16, 5381:12, 5383:18, 5388:19, 5392:4, 5392:12
**letter** [7] - 5293:14, 5293:17, 5293:23, 5294:9, 5294:15, 5300:24
**level** [2] - 5283:17, 5290:22
**levels** [1] - 5254:23
**LEWIS** [5] - 5235:11, 5237:22, 5239:10, 5239:14, 5239:17
**LI** [1] - 5238:18
**lies** [1] - 5273:22
**LIFE** [1] - 5235:12
**lifting** [1] - 5372:4
**light** [1] - 5361:3
**lighter** [1] - 5391:16
**like** [29] - 5244:25, 5246:4, 5248:4, 5292:9, 5293:9, 5297:6, 5297:11, 5301:20, 5301:22, 5302:15, 5302:21, 5303:4, 5303:5, 5303:20, 5307:13, 5311:10, 5316:14, 5316:18, 5324:10, 5325:15, 5325:18, 5336:19, 5337:20, 5340:3, 5350:3, 5363:23, 5365:13, 5371:16, 5392:6
**likelihood** [1] - 5267:12
**likewise** [3] -

5379:10, 5380:6, 5381:23
**limine** [1] - 5338:3
**limit** [1] - 5299:11
**limitation** [1] - 5257:12
**limitations** [2] - 5249:2, 5249:4
**limited** [7] - 5362:12, 5363:10, 5363:18, 5365:13, 5366:14, 5366:18, 5366:23
**line** [16] - 5274:2, 5282:13, 5282:20, 5282:21, 5307:12, 5321:24, 5332:19, 5334:4, 5335:24, 5335:25, 5340:13, 5366:1, 5379:10, 5381:21
**lines** [4] - 5274:1, 5281:23, 5340:18
**LISKOW** [1] - 5237:22
**list** [14] - 5241:10, 5241:23, 5241:25, 5242:14, 5242:20, 5337:7, 5337:9, 5337:10, 5340:11, 5355:6, 5355:8, 5378:19, 5379:4, 5379:6
**listed** [4] - 5258:6, 5341:20, 5379:11, 5382:7
**listing** [1] - 5344:17
**lists** [1] - 5340:8
**literally** [2] - 5249:17, 5249:19
**literature** [1] - 5324:21
**litigation** [4] - 5329:8, 5329:18, 5337:5, 5349:12
**LITIGATION** [1] - 5237:2
**little** [23] - 5248:23, 5249:17, 5249:19, 5249:22, 5263:13, 5271:14, 5305:9, 5310:7, 5317:15, 5317:25, 5318:16, 5342:25, 5343:6, 5351:14, 5351:25, 5357:2, 5359:13, 5360:6, 5365:16, 5367:18, 5379:16
**living** [1] - 5350:2
**LLC** [1] - 5238:8
**LMRP** [1] - 5284:20

**local** [2] - 5305:5
**location** [4] - 5268:6, 5321:17, 5363:14, 5388:8
**lock** [1] - 5356:15
**locks** [13] - 5356:15, 5373:7, 5373:11, 5373:15, 5373:16, 5373:23, 5373:25, 5374:5, 5374:16, 5374:18, 5374:23, 5375:2, 5375:5
**long** [5] - 5259:10, 5290:24, 5356:22, 5371:15, 5371:16
**longer** [2] - 5293:4, 5368:25
**look** [21] - 5266:19, 5267:4, 5286:25, 5306:16, 5306:20, 5307:1, 5307:5, 5307:9, 5315:2, 5319:20, 5342:17, 5345:9, 5349:10, 5367:15, 5369:21, 5373:17, 5373:23, 5374:3, 5374:6, 5383:21, 5390:11
**looked** [30] - 5252:16, 5292:7, 5306:11, 5306:14, 5306:15, 5306:17, 5306:22, 5307:3, 5307:4, 5307:8, 5307:10, 5307:16, 5315:20, 5316:3, 5316:4, 5316:12, 5316:13, 5316:15, 5316:16, 5320:14, 5326:12, 5342:9, 5379:1, 5380:7, 5381:16, 5381:23, 5384:6
**looking** [10] - 5290:3, 5306:10, 5310:11, 5311:7, 5316:5, 5316:16, 5319:25, 5341:2, 5341:10, 5391:18
**looks** [2] - 5307:13, 5340:3
**loop** [1] - 5360:16
**LOS** [1] - 5238:19
**lose** [3] - 5275:15, 5366:12, 5386:20
**loss** [2] - 5271:2, 5275:15
**lost** [4] - 5276:15, 5277:2, 5277:14, 5277:15

**lot** [4] - 5377:4, 5377:24, 5382:24, 5388:8
**lots** [1] - 5380:4
**LOUISIANA** [5] - 5234:2, 5234:8, 5237:11, 5237:13, 5239:19
**Louisiana** [3] - 5349:18, 5349:20, 5392:20
**lower** [7] - 5294:20, 5295:19, 5295:22, 5297:3, 5299:14, 5300:15, 5301:6
**lowered** [2] - 5296:24, 5300:20
**lowering** [1] - 5300:22
**luck** [6] - 5255:2, 5281:25, 5283:8, 5364:13, 5364:16, 5365:24
**lucky** [1] - 5366:21
**Lue** [1] - 5327:22
**LUIS** [1] - 5238:18
**LUNCH** [1] - 5392:15
**lunch** [2] - 5241:17, 5392:10
**lunchtime** [1] - 5241:21
**LUTHER** [1] - 5237:7

# M

**m** [1] - 5241:3
**M** [1] - 5235:11
**ma'am** [13] - 5367:18, 5369:20, 5370:9, 5371:23, 5372:14, 5373:9, 5373:16, 5375:4, 5375:18, 5378:17, 5381:1, 5381:7, 5384:25
**machine** [1] - 5363:19
**Macondo** [19] - 5246:14, 5247:3, 5247:4, 5247:5, 5247:16, 5247:20, 5247:21, 5250:7, 5251:3, 5261:10, 5273:6, 5274:5, 5278:24, 5322:11, 5353:13, 5382:2, 5382:10, 5382:21, 5389:25
**Macondo-type** [3] -

5246:14, 5247:3, 5247:5

**made** [34] - 5246:12, 5252:6, 5258:5, 5262:9, 5264:3, 5265:10, 5265:17, 5275:14, 5275:19, 5277:23, 5277:25, 5278:6, 5278:9, 5278:10, 5279:21, 5287:8, 5292:5, 5292:7, 5293:6, 5300:5, 5300:14, 5327:16, 5338:11, 5338:18, 5338:19, 5349:7, 5356:18, 5370:7, 5370:16, 5374:17, 5391:11

**MAGAZINE** [1] - 5236:7

**magnitude** [2] - 5325:13

**MAHTOOK** [1] - 5238:20

**mail** [8] - 5319:2, 5344:21, 5345:8, 5345:9, 5345:16, 5345:23, 5347:23, 5353:4

**main** [2] - 5248:7, 5269:22

**MAIN** [1] - 5236:2

**mainly** [1] - 5339:23

**maintain** [1] - 5306:3

**maintains** [1] - 5306:4

**maintenance** [44] - 5305:23, 5306:10, 5306:17, 5306:23, 5307:2, 5309:2, 5309:9, 5309:13, 5309:19, 5309:23, 5310:1, 5310:3, 5310:5, 5310:16, 5310:24, 5312:11, 5312:14, 5312:20, 5312:25, 5313:4, 5313:9, 5314:13, 5314:16, 5315:14, 5315:24, 5316:2, 5317:2, 5317:24, 5319:23, 5320:1, 5322:4, 5322:6, 5322:17, 5322:20, 5322:25, 5323:5, 5323:16, 5351:15, 5351:25, 5352:1, 5352:11, 5352:12, 5352:13, 5352:18

**major** [4] - 5267:12,

5291:7, 5307:23, 5309:2

**make** [29] - 5246:6, 5247:18, 5248:4, 5250:14, 5251:2, 5256:7, 5262:14, 5265:6, 5265:7, 5266:9, 5274:16, 5275:11, 5283:22, 5290:1, 5291:25, 5297:6, 5297:10, 5301:17, 5331:10, 5334:20, 5335:8, 5341:7, 5341:9, 5346:23, 5355:1, 5360:1, 5368:19, 5375:14, 5391:10

**makes** [3] - 5249:7, 5253:13, 5283:14

**making** [7] - 5253:9, 5262:9, 5278:6, 5278:17, 5296:4, 5296:6, 5355:11

**MALINDA** [1] - 5236:22

**man** [5] - 5281:21, 5303:15, 5303:22, 5304:18, 5332:5

**manage** [1] - 5345:24

**management** [6] - 5292:8, 5294:18, 5297:22, 5298:4, 5298:5, 5319:9

**Management** [6] - 5361:23, 5364:24, 5381:23, 5382:3, 5385:18, 5385:22

**manager** [3] - 5282:9, 5319:12, 5319:13

**managing** [1] - 5302:2

**mandated** [1] - 5386:12

**manual** [9] - 5268:21, 5269:3, 5269:6, 5269:7, 5269:13, 5269:14, 5275:1, 5277:10, 5277:15

**manufacture** [2] - 5268:14, 5268:18

**manufactured** [1] - 5259:13, 5259:16, 5262:25

**manufacturer** [2] - 5307:6, 5327:7

**manufacturer's** [2] - 5307:22, 5328:10

**manufacturers** [1] - 5365:4

**Many** [1] - 5386:11

**many** [7] - 5260:16, 5274:9, 5280:25, 5290:23, 5317:15, 5325:17, 5369:10

**March** [5] - 5234:9, 5241:11, 5241:25, 5298:23, 5329:10

**MARCH** [1] - 5241:2

**margin** [1] - 5271:3

**Mark** [25] - 5242:25, 5285:9, 5285:11, 5285:22, 5286:8, 5286:9, 5286:17, 5286:18, 5287:1, 5287:8, 5287:11, 5287:25, 5288:16, 5288:18, 5388:19, 5388:21, 5388:23, 5389:2, 5389:6, 5389:7, 5391:19, 5391:20

**massaged** [3] - 5347:6, 5347:13, 5347:14

**match** [3] - 5342:4, 5344:10, 5344:17

**matched** [1] - 5381:18

**material** [1] - 5337:7

**materials** [2] - 5338:24, 5339:2

**mathematician** [1] - 5362:22

**matt** [1] - 5244:1

**matter** [6] - 5252:9, 5256:13, 5322:24, 5327:10, 5329:24, 5392:21

**mattered** [1] - 5275:17

**matters** [1] - 5241:7

**MATTHEW** [1] - 5238:5

**maximum** [2] - 5391:10, 5391:14

**May** [1] - 5327:15

**may** [19] - 5251:13, 5251:23, 5273:15, 5273:18, 5307:16, 5320:6, 5321:25, 5329:21, 5338:22, 5346:11, 5350:8, 5354:15, 5366:24, 5367:4, 5369:11, 5379:15, 5381:6, 5392:10

**maybe** [8] - 5245:9,

5264:20, 5269:2, 5316:7, 5332:18, 5341:6, 5341:21, 5370:23

**MAZE** [2] - 5237:7, 5244:16

**Maze** [1] - 5244:16

**McCLELLAN** [1] - 5236:20

**McKay** [2] - 5242:20, 5242:25

**MCKINNEY** [1] - 5239:7

**McWhorter** [1] - 5328:12

**me** [73] - 5242:23, 5245:9, 5247:18, 5252:14, 5252:21, 5252:25, 5256:23, 5261:5, 5263:20, 5265:24, 5267:4, 5272:17, 5274:16, 5278:10, 5281:8, 5285:25, 5287:17, 5293:10, 5299:24, 5299:25, 5302:5, 5310:7, 5311:8, 5311:12, 5323:22, 5327:3, 5328:7, 5330:3, 5330:10, 5330:13, 5331:1, 5331:5, 5332:5, 5333:13, 5334:12, 5334:16, 5334:22, 5335:4, 5335:7, 5335:17, 5335:22, 5336:17, 5336:25, 5337:4, 5339:5, 5341:11, 5341:14, 5343:12, 5344:8, 5344:14, 5345:22, 5346:17, 5348:5, 5348:8, 5348:19, 5348:20, 5348:24, 5352:19, 5356:10, 5357:21, 5364:7, 5368:14, 5368:23, 5373:22, 5377:2, 5378:2, 5380:1, 5384:11, 5385:11, 5387:7, 5387:13, 5392:9

**mean** [9] - 5313:4, 5326:25, 5327:2, 5346:2, 5346:13, 5353:16, 5368:2, 5368:14

**meaning** [4] - 5298:8, 5327:12, 5328:2, 5335:3

**means** [13] - 5265:17, 5293:23, 5298:11, 5298:14, 5298:18, 5326:21, 5328:8, 5346:8, 5355:6, 5356:9, 5356:11, 5356:18, 5360:16

**meant** [10] - 5249:12, 5264:17, 5300:7, 5300:8, 5341:4, 5341:25, 5380:2, 5391:5, 5391:7, 5391:13

**measure** [1] - 5328:20

**measurements** [1] - 5377:1

**measures** [1] - 5272:9

**MECHANICAL** [1] - 5239:25

**mechanical** [1] - 5284:20

**meeting** [8] - 5348:5, 5348:8, 5348:9, 5348:14, 5348:22, 5348:23, 5348:25, 5352:20

**meetings** [6] - 5301:22, 5302:10, 5302:16, 5302:18, 5303:20, 5348:10

**member** [1] - 5351:7

**memorandum** [1] - 5297:15

**memorize** [2] - 5308:4, 5308:10

**memory** [3] - 5313:5, 5336:24, 5342:22

**men** [8] - 5280:24, 5301:25, 5302:1, 5302:5, 5304:10, 5304:13, 5305:19, 5385:12

**mentioned** [8] - 5251:17, 5254:1, 5279:25, 5303:4, 5303:6, 5304:7, 5326:2, 5348:16

**mentioning** [1] - 5349:25

**mentions** [2] - 5268:20, 5276:22

**met** [4] - 5305:2, 5305:25, 5381:20, 5382:12

**methods** [1] - 5358:13

**Mexico** [3] - 5382:2,

5387:6, 5387:16
**MEXICO** [1] - 5234:6
**MI** [1] - 5239:17
**MICHAEL** [2] -
5236:11, 5238:17
**MICHELLE** [1] -
5236:21
**Michoud** [8] -
5329:8, 5329:13,
5350:3, 5350:21,
5350:22, 5350:24,
5350:25, 5351:4
**middle** [2] - 5249:16,
5372:12
**might** [11] - 5251:14,
5318:13, 5334:2,
5341:20, 5341:21,
5346:21, 5362:17,
5369:13, 5373:21,
5374:10, 5389:9
**Mika** [1] - 5347:7
**MILLER** [1] -
5238:11
**mind** [2] - 5261:6,
5345:22
**Mineral** [5] -
5364:24, 5381:23,
5382:3, 5385:18,
5385:22
**Minerals** [1] -
5361:23
**mini** [3] - 5361:8,
5361:12, 5361:14
**minimal** [1] -
5290:25
**minimus** [2] -
5290:19, 5290:21
**minute** [4] - 5248:1,
5248:6, 5279:24,
5307:15
**minutes** [6] -
5318:20, 5368:2,
5368:14, 5370:13,
5381:12, 5392:12
**miss** [2] - 5299:8,
5304:22
**missed** [9] -
5246:25, 5295:1,
5295:3, 5314:21,
5314:22, 5322:19,
5322:23, 5332:18
**missing** [1] - 5261:4
**mistake** [2] - 5295:7,
5295:16
**miswired** [8] -
5322:14, 5323:6,
5323:8, 5323:17,
5378:1, 5378:22,
5378:23, 5379:2
**miswiring** [1] -

5324:1
**mitigate** [1] - 5268:5
**mitigation** [1] -
5302:19
**mitigations** [1] -
5254:24
**MMS** [4] - 5358:17,
5358:19, 5382:8,
5391:6
**MOBILE** [1] -
5235:10
**MOC** [1] - 5294:18
**mode** [3] - 5271:20,
5371:17, 5375:6
**model** [1] - 5253:14
**modern** [2] -
5309:16, 5309:22
**modified** [3] -
5356:6, 5356:11,
5356:15
**modular** [1] - 5286:3
**module** [1] - 5286:11
**ModuSpec** [5] -
5307:17, 5307:19,
5309:10, 5320:12,
5320:13
**moment** [5] -
5259:12, 5295:18,
5301:19, 5305:22,
5375:4
**money** [18] -
5278:11, 5278:14,
5292:6, 5292:12,
5292:15, 5292:17,
5292:18, 5292:19,
5292:21, 5292:24,
5292:25, 5293:1,
5296:1, 5296:5,
5301:4, 5301:10,
5301:13, 5301:16
**monitor** [1] -
5284:25
**monitored** [1] -
5288:10
**monitoring** [5] -
5285:2, 5285:7,
5287:2, 5291:4,
5360:10
**monitors** [1] -
5286:12
**MONTGOMERY** [1] -
5237:9
**month** [1] - 5320:18
**months** [5] -
5255:13, 5256:24,
5257:20, 5319:17,
5350:3
**moon** [6] - 5276:1,
5276:4, 5276:6,
5276:8, 5276:23,

5388:11
**more** [31] - 5245:3,
5260:22, 5264:15,
5271:14, 5278:12,
5278:25, 5291:7,
5302:16, 5303:22,
5311:5, 5316:20,
5316:21, 5318:16,
5318:18, 5323:15,
5328:22, 5330:7,
5332:5, 5342:1,
5351:2, 5364:1,
5364:10, 5365:12,
5366:9, 5366:24,
5366:25, 5367:2,
5368:25, 5369:14,
5374:1, 5377:24
**MORGAN** [1] -
5239:17
**morning** [17] -
5241:6, 5242:6,
5242:9, 5242:12,
5243:10, 5243:22,
5244:1, 5244:21,
5244:25, 5245:19,
5246:3, 5350:20,
5380:20, 5382:14,
5382:25, 5384:23,
5389:20
**MORNING** [1] -
5234:20
**most** [10] - 5249:9,
5249:10, 5265:12,
5268:18, 5280:24,
5306:18, 5312:11,
5314:12, 5353:10,
5359:6
**motion** [9] - 5244:9,
5244:11, 5244:18,
5244:23, 5338:4,
5338:5, 5338:7
**motions** [2] - 5245:6,
5338:3
**move** [8] - 5266:22,
5269:12, 5287:10,
5295:6, 5318:13,
5318:14, 5383:18,
5388:6
**moved** [1] - 5322:11
**moving** [4] - 5295:3,
5321:16, 5375:12,
5392:11
**Mr** [91] - 5240:7,
5240:9, 5241:8,
5241:17, 5241:24,
5242:7, 5244:3,
5244:7, 5244:8,
5244:18, 5245:4,
5245:20, 5245:21,
5249:11, 5252:12,

5255:13, 5258:5,
5259:3, 5260:24,
5262:3, 5262:16,
5273:14, 5274:20,
5276:12, 5282:6,
5283:13, 5283:19,
5287:25, 5289:12,
5298:9, 5305:9,
5307:3, 5315:20,
5316:2, 5316:24,
5318:12, 5318:25,
5320:4, 5320:7,
5324:5, 5328:12,
5331:21, 5332:9,
5332:22, 5333:12,
5333:21, 5334:3,
5334:11, 5334:15,
5334:16, 5334:18,
5336:5, 5336:12,
5336:16, 5336:17,
5337:16, 5338:9,
5338:11, 5338:14,
5338:20, 5339:1,
5339:7, 5340:10,
5343:9, 5343:19,
5345:2, 5345:4,
5345:9, 5345:18,
5345:20, 5347:1,
5349:6, 5350:18,
5354:13, 5355:2,
5355:17, 5356:24,
5359:13, 5363:17,
5367:9, 5367:11,
5367:23, 5368:3,
5368:7, 5368:12,
5370:12, 5375:1,
5376:20, 5384:23,
5390:11
**MR** [141] - 5241:9,
5241:16, 5241:20,
5241:23, 5242:4,
5242:6, 5242:12,
5242:19, 5242:24,
5243:4, 5243:9,
5243:10, 5243:16,
5243:22, 5243:25,
5244:1, 5244:6,
5244:15, 5244:16,
5245:3, 5245:5,
5245:11, 5245:14,
5245:17, 5245:19,
5245:24, 5247:13,
5247:17, 5248:23,
5249:1, 5254:14,
5254:16, 5256:18,
5258:19, 5258:23,
5258:25, 5259:1,
5262:16, 5262:23,
5271:25, 5272:1,
5272:15, 5273:13,
5273:18, 5273:22,

5273:25, 5274:3,
5281:5, 5281:8,
5281:9, 5281:22,
5281:24, 5282:12,
5282:15, 5282:20,
5282:22, 5285:18,
5285:20, 5289:14,
5289:16, 5291:20,
5291:21, 5293:12,
5293:13, 5293:20,
5293:22, 5298:6,
5298:7, 5299:1,
5299:2, 5310:25,
5311:3, 5315:22,
5316:1, 5318:14,
5318:18, 5319:1,
5319:3, 5320:10,
5320:11, 5320:16,
5320:17, 5321:2,
5321:4, 5326:9,
5326:11, 5327:20,
5327:21, 5331:5,
5331:7, 5331:11,
5331:13, 5334:4,
5334:6, 5337:3,
5337:20, 5338:2,
5338:10, 5338:15,
5338:18, 5339:11,
5339:12, 5343:9,
5343:17, 5349:3,
5349:4, 5349:15,
5349:19, 5349:21,
5350:5, 5350:11,
5350:17, 5356:24,
5357:1, 5357:4,
5357:5, 5359:9,
5359:11, 5360:3,
5360:5, 5361:19,
5361:20, 5362:1,
5362:2, 5362:21,
5362:23, 5363:25,
5364:3, 5364:6,
5364:11, 5364:21,
5364:22, 5365:1,
5365:3, 5365:20,
5365:22, 5366:11,
5366:13, 5367:1,
5368:6, 5375:24
**MS** [23] - 5256:15,
5258:16, 5271:21,
5272:8, 5338:22,
5349:17, 5349:23,
5350:2, 5350:7,
5351:17, 5351:21,
5367:4, 5367:6,
5367:8, 5368:11,
5373:17, 5373:18,
5376:1, 5378:9,
5378:10, 5388:5,
5392:8, 5392:13
**Ms** [3] - 5240:11,

5387:13, 5392:6
 **much** [5] - 5312:14, 5332:15, 5353:16, 5366:25, 5391:16
 **mud** [3] - 5348:18, 5359:6, 5365:5
 **multiple** [5] - 5254:12, 5268:13, 5323:18, 5359:19, 5372:25
 **MUNGER** [1] - 5238:16
 **must** [1] - 5249:18
 **MUX** [19] - 5275:15, 5275:22, 5276:6, 5276:11, 5276:22, 5277:2, 5277:8, 5279:25, 5280:4, 5280:11, 5280:20, 5281:11, 5283:19, 5283:24, 5388:7, 5388:9, 5388:10, 5388:14
 **my** [83] - 5242:15, 5243:18, 5245:11, 5245:25, 5246:8, 5247:5, 5247:12, 5248:3, 5249:25, 5251:10, 5257:21, 5259:16, 5261:5, 5262:15, 5263:5, 5263:6, 5263:20, 5264:25, 5268:4, 5270:14, 5276:5, 5276:12, 5278:2, 5280:24, 5282:2, 5282:5, 5283:17, 5287:18, 5288:14, 5288:25, 5292:24, 5294:6, 5294:11, 5296:17, 5296:21, 5297:9, 5297:17, 5297:25, 5298:17, 5302:5, 5302:9, 5302:16, 5303:15, 5304:23, 5306:13, 5316:11, 5327:3, 5328:7, 5329:15, 5331:7, 5331:23, 5332:9, 5332:11, 5332:15, 5332:21, 5333:21, 5335:14, 5337:9, 5339:23, 5341:2, 5341:10, 5342:2, 5342:24, 5342:25, 5343:22, 5343:24, 5344:12, 5346:17, 5350:18, 5354:7, 5357:12, 5358:15, 5359:25,

5361:6, 5366:12, 5369:2, 5374:1, 5374:3, 5381:4, 5392:21
 **Myers** [1] - 5347:24
 **myself** [1] - 5281:1
 **mysterious** [1] - 5349:1

# N

 **N** [5] - 5238:6, 5240:1, 5241:3
 **name** [5] - 5245:25, 5253:16, 5319:6, 5348:9, 5348:25
 **named** [1] - 5253:14
 **names** [1] - 5387:8
 **NATHANIEL** [1] - 5236:17
 **NATURAL** [1] - 5236:14
 **NDT** [1] - 5312:12
 **necessarily** [4] - 5251:14, 5281:15, 5292:21, 5316:24
 **necessary** [2] - 5269:21, 5299:19
 **need** [14] - 5245:10, 5284:21, 5296:25, 5297:6, 5297:8, 5297:11, 5297:14, 5306:14, 5319:20, 5325:9, 5353:4, 5359:14, 5387:13, 5391:10
 **needed** [5] - 5290:2, 5296:2, 5301:12, 5309:3, 5360:21
 **neither** [1] - 5275:18
 **never** [22] - 5246:21, 5247:4, 5279:4, 5280:16, 5302:9, 5302:25, 5303:1, 5304:12, 5316:9, 5317:2, 5330:22, 5337:4, 5338:8, 5338:15, 5338:18, 5338:23, 5339:15, 5343:25, 5364:9, 5377:1, 5389:15, 5389:17
 **NEW** [10] - 5234:8, 5235:7, 5235:13, 5235:18, 5236:8, 5237:18, 5237:24, 5238:12, 5239:3, 5239:22
 **new** [6] - 5288:2,

5288:20, 5291:12, 5303:12, 5352:7, 5388:17
 **newer** [1] - 5285:9
 **Newman** [1] - 5243:17
 **news** [1] - 5271:11
 **next** [14] - 5247:14, 5251:14, 5251:16, 5270:3, 5286:10, 5299:10, 5333:13, 5333:23, 5340:17, 5343:15, 5372:6, 5372:9, 5386:6
 **nice** [1] - 5261:24
 **night** [2] - 5346:1, 5378:15
 **Nile** [5] - 5321:19, 5321:22, 5321:24, 5322:7, 5322:8
 **nine** [3] - 5312:10, 5312:24, 5332:19
 **NINTH** [1] - 5235:22
 **no** [103] - 5241:12, 5241:16, 5242:1, 5242:9, 5242:15, 5242:22, 5243:4, 5243:13, 5243:18, 5247:15, 5253:9, 5257:2, 5257:4, 5258:19, 5267:8, 5271:17, 5271:22, 5272:3, 5275:18, 5275:19, 5280:23, 5281:1, 5281:16, 5281:17, 5282:8, 5284:25, 5285:2, 5285:3, 5290:13, 5293:3, 5294:18, 5299:20, 5299:25, 5303:22, 5304:5, 5304:13, 5308:14, 5311:14, 5311:22, 5311:23, 5311:24, 5311:25, 5312:2, 5312:8, 5312:22, 5313:1, 5313:24, 5315:7, 5316:6, 5316:25, 5320:7, 5320:9, 5321:1, 5322:9, 5323:13, 5326:23, 5327:1, 5329:23, 5330:15, 5331:7, 5331:16, 5331:25, 5332:1, 5332:5, 5334:7, 5334:23, 5335:4, 5335:9, 5343:12, 5344:4, 5345:17, 5345:20, 5346:20,

5349:1, 5349:17, 5349:19, 5349:21, 5351:7, 5354:23, 5358:2, 5360:10, 5360:16, 5362:19, 5364:16, 5367:22, 5367:25, 5368:13, 5368:20, 5373:3, 5374:6, 5375:4, 5378:17, 5380:17, 5380:19, 5383:12, 5383:16, 5384:6, 5384:10, 5384:19, 5388:13, 5392:8
 **No** [1] - 5360:11
 **NO** [3] - 5234:8, 5234:12, 5234:14
 **nobody** [5] - 5295:11, 5329:17, 5330:1, 5330:6, 5330:25
 **nobody's** [1] - 5389:14
 **non** [1] - 5297:23
 **non-stripping** [1] - 5297:23
 **none** [8] - 5241:15, 5242:3, 5242:17, 5243:14, 5243:21, 5329:24, 5330:2, 5332:24
 **nonexistent** [1] - 5360:13
 **NONJURY** [1] - 5234:21
 **NORFOLK** [1] - 5238:24
 **norm** [1] - 5274:8
 **normal** [3] - 5275:2, 5275:3, 5275:4
 **NORTH** [1] - 5237:14
 **North** [3] - 5387:16, 5387:18, 5388:2
 **Norwegians** [1] - 5387:19
 **Norweigian** [3] - 5387:18, 5388:1, 5388:2
 **Not** [2] - 5334:25, 5335:11
 **not** [326] - 5243:2, 5246:5, 5246:11, 5246:12, 5246:13, 5246:22, 5247:3, 5247:7, 5248:5, 5249:10, 5250:12, 5250:17, 5251:1, 5251:6, 5251:14, 5252:15, 5252:16, 5252:19, 5253:4,

5254:1, 5254:11, 5255:3, 5255:4, 5255:13, 5255:18, 5255:20, 5255:24, 5256:23, 5256:25, 5257:11, 5257:15, 5257:17, 5257:19, 5257:22, 5257:25, 5258:11, 5259:4, 5259:10, 5259:25, 5260:17, 5260:20, 5260:22, 5260:25, 5261:2, 5261:3, 5261:7, 5261:12, 5261:19, 5261:21, 5261:22, 5263:19, 5265:14, 5265:15, 5266:17, 5267:3, 5267:4, 5267:5, 5268:1, 5268:20, 5269:1, 5269:7, 5269:10, 5272:3, 5272:4, 5272:18, 5272:19, 5272:21, 5273:5, 5274:11, 5275:23, 5276:10, 5276:13, 5277:7, 5277:23, 5278:2, 5278:4, 5278:11, 5278:14, 5280:23, 5280:25, 5281:15, 5282:6, 5283:17, 5284:11, 5284:13, 5285:4, 5285:21, 5286:16, 5287:8, 5287:10, 5287:23, 5287:24, 5288:4, 5288:5, 5288:16, 5288:18, 5289:23, 5290:3, 5290:8, 5290:11, 5291:10, 5294:11, 5295:6, 5295:9, 5296:6, 5296:7, 5296:14, 5296:16, 5297:20, 5298:9, 5299:24, 5300:10, 5300:25, 5301:2, 5301:16, 5302:2, 5302:5, 5302:16, 5303:19, 5303:24, 5304:1, 5304:3, 5304:5, 5305:7, 5306:16, 5306:24, 5307:5, 5307:9, 5307:16, 5308:1, 5308:4, 5308:10, 5308:12, 5309:8, 5309:14, 5311:8, 5311:14, 5311:16, 5311:20, 5311:22, 5312:1,

5312:4, 5312:6,
5313:1, 5313:10,
5313:14, 5314:8,
5314:12, 5315:9,
5315:23, 5317:4,
5317:16, 5317:23,
5318:1, 5318:5,
5319:24, 5321:11,
5321:21, 5322:9,
5322:13, 5322:17,
5322:20, 5323:2,
5323:17, 5323:21,
5323:24, 5323:25,
5325:3, 5325:12,
5326:1, 5327:5,
5327:10, 5328:17,
5328:20, 5329:15,
5329:23, 5330:3,
5330:13, 5330:16,
5330:17, 5331:14,
5331:17, 5331:23,
5331:25, 5332:3,
5333:8, 5333:20,
5333:25, 5334:9,
5334:20, 5335:2,
5335:4, 5335:20,
5336:7, 5336:25,
5337:12, 5337:18,
5337:25, 5338:3,
5338:5, 5338:7,
5338:12, 5338:17,
5340:23, 5340:24,
5341:7, 5341:25,
5343:4, 5343:7,
5343:20, 5344:6,
5344:13, 5346:3,
5346:9, 5346:11,
5346:13, 5346:16,
5346:21, 5346:24,
5346:25, 5348:25,
5350:5, 5350:13,
5350:21, 5351:7,
5352:10, 5352:12,
5352:16, 5352:23,
5353:13, 5353:16,
5353:20, 5354:2,
5354:4, 5355:7,
5355:12, 5355:17,
5355:20, 5355:21,
5355:22, 5356:3,
5356:12, 5356:19,
5356:20, 5357:8,
5357:12, 5357:21,
5358:17, 5360:7,
5360:8, 5360:23,
5360:25, 5361:4,
5362:22, 5363:2,
5363:6, 5363:11,
5363:20, 5364:4,
5364:13, 5364:18,
5366:4, 5366:5,

5367:19, 5369:3,
5369:5, 5370:4,
5370:18, 5370:19,
5373:11, 5373:21,
5373:23, 5374:6,
5374:8, 5374:16,
5374:18, 5377:25,
5378:2, 5378:6,
5378:8, 5378:17,
5379:9, 5379:15,
5380:2, 5380:7,
5380:8, 5380:10,
5380:13, 5380:24,
5381:10, 5383:14,
5384:9, 5385:5,
5385:14, 5386:11,
5386:17, 5387:3,
5387:9, 5387:15,
5387:21, 5387:24,
5388:2, 5388:3,
5388:9, 5389:1,
5389:4, 5389:5,
5389:12, 5391:11,
5391:25, 5392:2

**note** [4] - 5298:23,
5299:24, 5315:6,
5341:1

**noted** [2] - 5308:19,
5320:20

**notes** [51] - 5333:19,
5334:1, 5334:3,
5334:9, 5334:12,
5334:13, 5334:16,
5334:17, 5334:20,
5334:21, 5335:1,
5335:2, 5335:3,
5335:5, 5335:6,
5335:11, 5335:12,
5335:13, 5335:15,
5335:17, 5335:22,
5335:23, 5336:2,
5336:8, 5336:10,
5336:14, 5336:21,
5336:23, 5336:25,
5337:4, 5337:15,
5337:25, 5338:5,
5338:7, 5338:10,
5338:13, 5338:14,
5338:15, 5339:3,
5339:6, 5339:7,
5339:8, 5340:15,
5341:12, 5343:25,
5345:3

**nothing** [6] - 5267:8,
5313:25, 5322:12,
5353:12, 5373:5,
5378:15

**notice** [1] - 5345:13
**noticeably** [1] -
5378:13

**noticing** [1] - 5368:7
**November** [10] -
5326:4, 5344:12,
5344:13, 5345:8,
5345:10, 5346:6,
5346:9, 5346:12,
5347:22, 5347:25
**now** [56] - 5245:3,
5245:18, 5251:1,
5255:8, 5255:13,
5257:5, 5262:24,
5265:3, 5265:20,
5267:4, 5273:25,
5274:1, 5277:6,
5277:8, 5279:17,
5283:24, 5288:19,
5288:25, 5293:5,
5294:20, 5296:19,
5297:5, 5299:18,
5299:25, 5303:14,
5304:5, 5305:1,
5308:4, 5336:9,
5336:20, 5337:8,
5339:9, 5340:15,
5345:12, 5346:16,
5346:23, 5347:10,
5347:15, 5351:14,
5352:10, 5353:6,
5354:2, 5357:21,
5358:10, 5361:14,
5361:21, 5362:12,
5368:9, 5368:23,
5371:4, 5373:6,
5377:8, 5380:17,
5384:23, 5388:6,
5392:11

**number** [17] -
5254:24, 5273:25,
5281:23, 5307:14,
5315:8, 5317:3,
5326:15, 5326:16,
5326:17, 5333:18,
5340:13, 5345:17,
5359:9, 5363:23,
5386:7, 5386:11,
5391:17

**numbered** [1] -
5392:21

**numbers** [2] -
5273:20, 5344:20
**numerous** [1] -
5348:10
**NW** [1] - 5238:2

# O

**O** [2] - 5241:3
**O'KEEFE** [1] -
5235:7
**O'Rourke** [1] -

5242:6
**O'ROURKE** [2] -
5236:15, 5242:6
**oath** [3] - 5245:21,
5274:22, 5297:10
**object** [9] - 5256:15,
5271:21, 5272:8,
5281:5, 5310:25,
5315:22, 5337:21,
5368:6
**objecting** [1] -
5338:6
**objection** [10] -
5242:2, 5242:11,
5242:15, 5243:8,
5243:20, 5244:4,
5244:5, 5271:24,
5349:3, 5368:8
**objections** [12] -
5241:12, 5241:14,
5241:16, 5242:1,
5242:9, 5242:10,
5242:17, 5242:22,
5243:7, 5243:13,
5243:14, 5243:18
**obligation** [6] -
5246:5, 5247:10,
5248:21, 5250:6,
5305:25, 5350:3
**obliged** [1] - 5248:15
**observed** [3] -
5333:6, 5333:9,
5333:17
**obvious** [6] -
5246:11, 5263:16,
5263:20, 5269:23,
5269:25, 5320:1
**obviously** [3] -
5254:22, 5269:25,
5279:25
**occurred** [2] -
5304:25, 5317:1
**occurring** [3] -
5274:10, 5369:11,
5371:22
**October** [14] -
5293:15, 5328:25,
5329:11, 5340:16,
5340:18, 5340:24,
5342:12, 5342:13,
5342:15, 5342:18,
5342:20, 5344:3,
5344:5
**OD** [1] - 5390:21
**OEM** [1] - 5305:15
**OF** [14] - 5234:2,
5234:6, 5234:13,
5234:15, 5234:21,
5236:10, 5236:14,
5236:19, 5237:1,

5237:6, 5237:11,
5237:12, 5237:13
**of** [633] - 5241:11,
5241:23, 5241:24,
5242:9, 5242:14,
5242:20, 5242:24,
5243:17, 5244:2,
5244:7, 5244:10,
5244:11, 5244:13,
5244:16, 5244:17,
5244:18, 5244:21,
5245:1, 5245:12,
5246:6, 5246:7,
5247:12, 5247:16,
5247:19, 5247:25,
5248:9, 5248:10,
5248:11, 5248:12,
5248:14, 5248:16,
5248:22, 5249:2,
5249:6, 5249:8,
5249:16, 5250:6,
5250:8, 5250:11,
5250:16, 5250:20,
5251:5, 5251:6,
5251:15, 5252:2,
5252:5, 5252:11,
5252:13, 5252:14,
5252:18, 5252:22,
5253:4, 5253:16,
5253:17, 5253:18,
5253:22, 5254:4,
5254:11, 5254:12,
5254:21, 5254:23,
5254:24, 5255:2,
5255:8, 5255:10,
5256:13, 5256:16,
5257:6, 5257:7,
5257:12, 5257:16,
5257:17, 5257:24,
5258:1, 5258:6,
5258:7, 5258:17,
5258:18, 5259:2,
5259:10, 5259:13,
5259:14, 5259:17,
5259:18, 5259:25,
5260:15, 5260:17,
5261:1, 5261:4,
5261:17, 5261:20,
5261:21, 5262:4,
5263:1, 5263:4,
5263:12, 5263:13,
5264:20, 5264:21,
5264:24, 5264:25,
5266:5, 5266:10,
5266:12, 5266:14,
5266:24, 5267:2,
5267:5, 5267:16,
5267:17, 5268:1,
5268:3, 5268:4,
5268:8, 5268:13,
5268:14, 5268:16,

5268:17, 5268:18,
5268:22, 5269:10,
5269:11, 5269:12,
5269:22, 5270:5,
5270:6, 5270:12,
5270:19, 5271:2,
5271:8, 5271:14,
5271:15, 5272:2,
5272:4, 5272:5,
5272:12, 5272:21,
5273:14, 5273:21,
5274:9, 5274:10,
5274:11, 5274:12,
5275:15, 5275:23,
5275:24, 5276:2,
5276:4, 5276:10,
5276:11, 5276:13,
5276:20, 5276:24,
5276:25, 5277:20,
5277:22, 5277:24,
5277:25, 5278:3,
5278:5, 5278:11,
5278:23, 5279:2,
5279:5, 5279:7,
5279:13, 5279:17,
5280:3, 5280:6,
5280:23, 5281:12,
5281:14, 5281:18,
5282:3, 5283:9,
5283:25, 5284:2,
5284:8, 5284:16,
5285:5, 5285:6,
5285:7, 5285:12,
5285:16, 5285:21,
5286:2, 5286:7,
5286:13, 5286:17,
5286:18, 5287:23,
5288:4, 5288:7,
5288:11, 5289:1,
5289:4, 5289:11,
5290:2, 5290:3,
5290:6, 5290:8,
5290:14, 5290:22,
5291:10, 5291:23,
5291:24, 5292:2,
5292:4, 5292:8,
5292:9, 5292:13,
5293:18, 5293:21,
5293:23, 5294:2,
5294:16, 5294:18,
5295:5, 5296:9,
5297:3, 5297:4,
5297:15, 5297:22,
5297:23, 5298:3,
5298:4, 5298:5,
5298:12, 5298:23,
5299:12, 5300:2,
5300:3, 5300:4,
5300:6, 5300:8,
5300:21, 5301:5,
5301:6, 5301:15,

5302:11, 5302:18,
5302:20, 5303:7,
5303:11, 5303:19,
5304:21, 5305:14,
5305:24, 5306:4,
5306:15, 5306:20,
5306:24, 5307:2,
5307:3, 5307:17,
5307:18, 5307:23,
5308:8, 5308:19,
5308:21, 5308:22,
5309:2, 5309:6,
5309:8, 5309:13,
5309:17, 5309:18,
5309:21, 5309:23,
5309:24, 5309:25,
5310:1, 5310:3,
5310:8, 5310:14,
5310:16, 5310:21,
5310:22, 5311:5,
5311:7, 5311:10,
5311:15, 5311:17,
5312:18, 5312:21,
5312:23, 5313:9,
5313:15, 5315:2,
5315:6, 5315:8,
5315:19, 5316:2,
5316:5, 5316:8,
5316:11, 5317:3,
5317:6, 5317:7,
5317:11, 5317:13,
5317:15, 5317:25,
5319:17, 5319:22,
5319:25, 5320:1,
5320:12, 5320:14,
5320:20, 5320:21,
5321:12, 5322:4,
5322:13, 5322:17,
5322:19, 5322:20,
5322:23, 5323:7,
5324:3, 5324:9,
5324:13, 5324:16,
5324:17, 5324:20,
5325:6, 5325:7,
5325:8, 5325:13,
5325:21, 5326:3,
5326:4, 5326:6,
5326:15, 5326:16,
5326:18, 5327:7,
5327:10, 5327:12,
5328:2, 5328:12,
5328:19, 5328:25,
5329:3, 5329:7,
5329:12, 5329:13,
5329:17, 5329:19,
5329:24, 5330:2,
5330:8, 5330:17,
5330:25, 5331:21,
5332:21, 5332:24,
5333:2, 5333:13,
5333:19, 5334:20,

5335:2, 5335:3,
5335:12, 5335:15,
5335:23, 5336:2,
5336:4, 5336:5,
5336:10, 5336:14,
5336:22, 5336:23,
5337:5, 5337:7,
5337:13, 5337:16,
5337:19, 5337:22,
5338:3, 5338:6,
5338:11, 5338:18,
5338:20, 5339:2,
5339:3, 5339:4,
5339:13, 5340:5,
5340:8, 5340:9,
5340:12, 5340:13,
5340:18, 5340:20,
5341:3, 5341:11,
5341:12, 5341:22,
5342:10, 5342:12,
5342:14, 5342:20,
5342:22, 5342:24,
5343:6, 5343:14,
5343:15, 5343:20,
5344:8, 5344:17,
5344:5, 5345:7,
5345:8, 5345:10,
5345:12, 5345:17,
5345:20, 5346:22,
5347:10, 5347:20,
5348:2, 5348:11,
5348:17, 5349:6,
5349:10, 5350:12,
5351:1, 5351:6,
5351:8, 5351:13,
5351:19, 5352:4,
5352:22, 5353:12,
5353:19, 5354:23,
5354:24, 5355:1,
5355:4, 5355:25,
5356:4, 5356:5,
5357:2, 5357:11,
5357:14, 5357:18,
5357:25, 5358:11,
5358:12, 5358:13,
5358:16, 5358:20,
5358:23, 5359:9,
5359:10, 5360:4,
5360:17, 5360:20,
5361:5, 5362:6,
5362:7, 5363:1,
5363:4, 5363:12,
5363:19, 5364:6,
5364:21, 5365:8,
5365:16, 5365:17,
5365:19, 5366:1,
5366:3, 5366:4,
5366:7, 5366:12,
5366:14, 5365:15,
5366:20, 5367:9,
5367:10, 5367:17,

5368:7, 5368:20,
5369:7, 5369:8,
5369:18, 5369:21,
5369:22, 5369:23,
5369:25, 5370:13,
5370:24, 5371:4,
5371:5, 5371:21,
5371:22, 5372:9,
5373:6, 5374:16,
5375:5, 5375:6,
5376:3, 5376:24,
5377:2, 5377:4,
5377:5, 5377:14,
5377:15, 5377:18,
5377:21, 5378:1,
5378:4, 5378:6,
5378:7, 5378:11,
5378:12, 5379:4,
5379:6, 5379:11,
5379:14, 5379:16,
5380:4, 5380:9,
5380:15, 5380:20,
5381:2, 5381:13,
5381:17, 5381:18,
5382:1, 5382:5,
5382:6, 5382:7,
5382:13, 5382:16,
5382:17, 5382:22,
5382:24, 5383:2,
5383:14, 5383:17,
5383:20, 5383:21,
5384:3, 5384:10,
5384:19, 5385:2,
5385:5, 5385:6,
5385:12, 5385:13,
5385:18, 5385:19,
5385:22, 5385:24,
5386:1, 5386:2,
5386:3, 5386:12,
5386:20, 5387:6,
5387:8, 5387:16,
5387:19, 5387:25,
5388:2, 5388:8,
5388:9, 5388:13,
5388:17, 5389:1,
5389:5, 5389:11,
5389:14, 5389:17,
5389:22, 5390:6,
5390:9, 5390:22,
5391:3, 5391:6,
5391:9, 5391:11,
5391:12, 5391:13,
5391:18, 5391:21,
5391:25, 5392:20,
5392:21

**off** [42] - 5258:1,
5258:3, 5258:17,
5259:3, 5259:8,
5260:17, 5260:18,
5260:20, 5260:23,
5260:25, 5261:2,

5261:12, 5261:13,
5261:15, 5261:17,
5261:18, 5262:5,
5262:10, 5262:13,
5273:11, 5284:10,
5284:13, 5324:17,
5324:24, 5325:4,
5325:7, 5325:11,
5325:23, 5325:25,
5331:10, 5342:24,
5349:7, 5349:9,
5349:10, 5362:17,
5365:21, 5380:25,
5381:1, 5388:6,
5392:2

**off-center** [29] -
5258:1, 5258:3,
5258:7, 5259:3,
5259:8, 5260:17,
5260:18, 5260:20,
5260:23, 5260:25,
5261:2, 5261:12,
5261:13, 5261:15,
5261:17, 5261:18,
5262:5, 5262:10,
5262:13, 5273:11,
5284:10, 5284:13,
5349:7, 5349:9,
5349:10, 5380:25,
5392:2

**off-centered** [3] -
5325:4, 5325:7,
5381:1

**offer** [9] - 5241:18,
5241:20, 5242:15,
5242:21, 5244:2,
5258:20, 5283:5,
5285:14, 5304:15

**offered** [7] - 5242:14,
5243:17, 5265:4,
5265:16, 5285:11,
5287:2, 5287:5

**offers** [1] - 5242:8
**office** [7] - 5241:17,
5283:15, 5333:14,
5341:2, 5341:5,
5342:2, 5343:24
**OFFICE** [5] - 5235:4,
5236:23, 5237:6,
5237:11, 5237:15
**Official** [2] - 5392:19,
5392:25
**OFFICIAL** [1] -
5239:21
**offshore** [3] -
5292:19, 5292:20,
5292:25
**OFFSHORE** [1] -
5238:9
**often** [3] - 5253:15,

5324:25, 5325:10
**oh** [1] - 5346:9
**oil** [5] - 5249:7, 5249:11, 5249:12, 5259:5, 5260:24
**OIL** [2] - 5234:5
**okay** [34] - 5241:22, 5248:25, 5250:3, 5257:23, 5258:24, 5262:15, 5275:10, 5277:20, 5282:23, 5283:2, 5292:24, 5299:10, 5301:1, 5301:18, 5304:20, 5316:25, 5334:17, 5337:24, 5339:10, 5343:6, 5351:24, 5355:25, 5356:5, 5356:14, 5359:25, 5364:2, 5367:3, 5368:1, 5373:22, 5375:1, 5383:14, 5389:21
**OLSON** [1] - 5238:16
**ON** [1] - 5234:6
**On** [1] - 5286:4
**on** [253] - 5244:1, 5244:12, 5246:10, 5247:18, 5248:7, 5248:10, 5251:13, 5253:22, 5255:18, 5256:7, 5258:6, 5259:4, 5259:23, 5261:20, 5262:14, 5263:23, 5264:8, 5264:11, 5266:7, 5266:15, 5267:2, 5269:12, 5269:22, 5271:11, 5271:18, 5272:6, 5272:8, 5272:21, 5273:16, 5273:21, 5274:1, 5275:5, 5275:10, 5276:3, 5276:5, 5277:7, 5277:8, 5277:23, 5277:24, 5278:2, 5278:4, 5278:9, 5278:16, 5279:5, 5280:4, 5280:11, 5280:20, 5280:24, 5281:10, 5282:20, 5283:1, 5283:6, 5283:15, 5284:3, 5284:5, 5284:20, 5284:24, 5285:7, 5285:13, 5286:1, 5286:25, 5287:15, 5287:19, 5288:11, 5289:17, 5289:18, 5289:21,

5290:4, 5290:7, 5290:9, 5290:22, 5294:20, 5295:5, 5298:20, 5298:21, 5298:23, 5299:18, 5301:12, 5302:7, 5302:11, 5302:25, 5303:1, 5303:2, 5303:21, 5304:9, 5304:12, 5304:13, 5307:14, 5308:15, 5311:17, 5312:8, 5312:9, 5312:21, 5313:5, 5313:15, 5313:25, 5314:2, 5314:11, 5316:13, 5316:20, 5316:23, 5317:6, 5317:23, 5318:13, 5318:14, 5319:22, 5320:13, 5321:2, 5322:10, 5322:11, 5323:12, 5324:21, 5325:21, 5326:2, 5326:15, 5326:21, 5326:25, 5327:3, 5327:5, 5327:12, 5327:15, 5328:2, 5328:7, 5328:8, 5328:18, 5328:20, 5329:5, 5329:8, 5329:10, 5329:19, 5329:25, 5330:8, 5331:20, 5332:25, 5333:19, 5333:21, 5333:22, 5333:24, 5335:25, 5334:3, 5334:14, 5334:17, 5334:18, 5335:25, 5336:1, 5336:14, 5337:7, 5337:9, 5337:10, 5337:25, 5338:5, 5338:12, 5339:3, 5339:8, 5340:8, 5340:20, 5340:24, 5341:17, 5341:18, 5342:14, 5342:23, 5343:6, 5343:18, 5344:5, 5344:11, 5344:14, 5345:13, 5345:25, 5346:5, 5346:9, 5346:10, 5346:12, 5346:18, 5347:3, 5347:7, 5347:10, 5347:19, 5347:21, 5348:21, 5349:11, 5349:13, 5351:3, 5351:8, 5352:6, 5353:13, 5354:17, 5355:9, 5355:14, 5356:19,

5357:7, 5357:22, 5357:24, 5359:14, 5360:2, 5361:3, 5364:16, 5366:4, 5366:10, 5367:9, 5369:22, 5370:1, 5371:14, 5374:2, 5374:17, 5374:19, 5375:8, 5376:2, 5376:4, 5376:8, 5377:5, 5377:25, 5378:15, 5379:4, 5379:6, 5379:14, 5380:13, 5380:15, 5380:17, 5380:20, 5381:1, 5382:2, 5382:18, 5382:21, 5383:2, 5383:18, 5384:1, 5384:18, 5385:11, 5385:12, 5385:17, 5385:22, 5387:10, 5388:8, 5389:20, 5390:9, 5390:13, 5390:20, 5390:24, 5391:12, 5391:18, 5391:21, 5391:25, 5392:2
**on-time** [7] - 5326:15, 5326:21, 5326:25, 5327:3, 5327:12, 5328:2, 5328:7
**onboard** [1] - 5310:15
**once** [12] - 5245:8, 5255:1, 5277:2, 5283:19, 5283:24, 5293:3, 5323:11, 5323:14, 5356:24, 5364:23, 5370:16, 5371:19
**one** [75] - 5247:12, 5251:13, 5263:11, 5263:22, 5265:24, 5267:8, 5267:16, 5270:18, 5275:13, 5275:19, 5275:24, 5276:3, 5276:8, 5278:11, 5278:18, 5283:4, 5283:25, 5284:15, 5286:7, 5286:21, 5287:21, 5288:1, 5290:12, 5294:9, 5294:11, 5296:8, 5296:9, 5296:12, 5296:20, 5300:15, 5300:19, 5300:22, 5303:22, 5304:3, 5307:14, 5312:20, 5320:14, 5323:15,

5326:3, 5327:24, 5328:2, 5328:15, 5335:19, 5339:1, 5339:17, 5340:3, 5343:15, 5344:8, 5347:10, 5347:15, 5348:19, 5348:20, 5348:23, 5349:12, 5351:18, 5354:15, 5358:12, 5360:1, 5361:12, 5364:9, 5365:8, 5366:9, 5372:25, 5373:5, 5378:11, 5379:1, 5379:12, 5380:14, 5382:7, 5382:22, 5384:3
**One** [1] - 5326:15
**ONE** [2] - 5237:23, 5239:7
**ones** [3] - 5314:8, 5378:23, 5379:3
**Ongoing** [1] - 5314:11
**only** [56] - 5252:25, 5253:23, 5254:4, 5254:8, 5254:18, 5255:5, 5256:6, 5256:21, 5257:11, 5260:18, 5260:25, 5265:24, 5266:7, 5267:16, 5268:11, 5271:11, 5272:21, 5288:25, 5299:14, 5304:13, 5306:11, 5306:14, 5307:3, 5310:15, 5327:10, 5331:1, 5331:2, 5332:7, 5332:12, 5333:2, 5338:6, 5346:23, 5349:12, 5353:15, 5354:15, 5355:17, 5356:15, 5358:4, 5358:9, 5360:19, 5362:22, 5363:18, 5378:19, 5378:23, 5379:1, 5379:3, 5379:11, 5379:12, 5379:20, 5380:14, 5386:22, 5387:18, 5387:19, 5387:20
**onshore** [4] - 5278:3, 5278:5, 5290:14, 5302:10
**onto** [2] - 5304:8, 5312:10
**oops** [4] - 5295:2, 5295:4, 5295:17
**open** [2] - 5348:6,

5360:16
**OPEN** [2] - 5241:5, 5318:23
**opening** [3] - 5334:8, 5334:24, 5335:10
**operate** [8] - 5249:9, 5249:10, 5280:12, 5281:3, 5281:13, 5360:16, 5360:20, 5378:24
**operated** [2] - 5378:20, 5386:8
**operating** [1] - 5283:17
**operation** [13] - 5255:14, 5259:2, 5260:19, 5261:1, 5326:15, 5326:21, 5326:25, 5327:3, 5327:12, 5328:2, 5328:8, 5365:6, 5369:18
**operational** [1] - 5303:9
**operations** [12] - 5269:16, 5269:19, 5269:21, 5270:4, 5270:5, 5271:19, 5272:6, 5296:3, 5301:21, 5314:11, 5328:13, 5389:25
**operator** [2] - 5246:4, 5247:20
**operators** [2] - 5270:5, 5270:10
**opine** [2] - 5380:10, 5381:9
**opined** [1] - 5376:9
**opinion** [31] - 5247:24, 5248:1, 5248:5, 5250:5, 5250:12, 5250:17, 5257:25, 5258:12, 5260:5, 5267:11, 5274:4, 5284:12, 5326:21, 5328:19, 5358:3, 5364:12, 5367:16, 5369:25, 5370:8, 5370:13, 5370:20, 5372:12, 5373:10, 5373:22, 5378:14, 5384:8, 5384:14, 5384:17, 5389:22
**opinions** [5] - 5374:16, 5376:2, 5379:5, 5379:7, 5383:17
**opportunities** [1] - 5276:15

opportunity [2] - 5245:7, 5351:11

opposed [2] - 5278:7, 5299:11

opposite [2] - 5276:3, 5293:5

option [3] - 5286:16, 5286:23

or [146] - 5244:9, 5244:13, 5244:21, 5244:23, 5244:24, 5245:10, 5246:12, 5246:18, 5246:22, 5249:6, 5250:21, 5252:15, 5253:1, 5256:5, 5257:6, 5261:2, 5261:20, 5263:8, 5264:3, 5265:7, 5266:23, 5267:8, 5268:22, 5269:2, 5270:16, 5272:11, 5272:12, 5273:8, 5273:23, 5273:24, 5275:13, 5277:12, 5277:18, 5277:21, 5278:11, 5278:21, 5279:13, 5279:18, 5283:22, 5284:17, 5284:18, 5284:22, 5284:25, 5285:14, 5285:15, 5287:17, 5288:1, 5288:5, 5288:10, 5289:4, 5289:23, 5290:8, 5290:12, 5291:10, 5292:2, 5294:18, 5295:4, 5297:15, 5301:13, 5301:24, 5302:1, 5303:1, 5303:4, 5303:11, 5303:20, 5304:3, 5304:4, 5304:14, 5305:15, 5307:2, 5307:16, 5310:4, 5311:18, 5312:8, 5312:20, 5313:1, 5314:2, 5315:9, 5315:17, 5316:9, 5316:21, 5317:1, 5317:4, 5322:24, 5323:17, 5323:20, 5323:23, 5323:24, 5323:25, 5326:15, 5327:5, 5328:7, 5330:5, 5330:20, 5332:1, 5333:18, 5335:6, 5335:19, 5335:20, 5336:10, 5337:12, 5339:17, 5341:10,

5341:20, 5343:5, 5345:20, 5346:16, 5348:18, 5350:24, 5351:10, 5355:19, 5355:20, 5360:8, 5360:19, 5361:4, 5362:17, 5363:2, 5363:11, 5365:16, 5366:6, 5367:17, 5367:18, 5369:12, 5371:17, 5372:7, 5372:11, 5372:25, 5373:5, 5373:10, 5374:12, 5375:20, 5376:9, 5378:12, 5379:25, 5380:13, 5384:3, 5384:17, 5384:24, 5385:4, 5387:23

order [4] - 5258:18, 5270:6, 5361:5, 5385:18

ordered [1] - 5289:18

original [3] - 5247:12, 5290:6, 5307:22

ORLEANS [10] - 5234:8, 5235:7, 5235:13, 5235:18, 5236:8, 5237:18, 5237:24, 5238:12, 5239:3, 5239:22

other [43] - 5244:25, 5252:18, 5263:7, 5267:8, 5275:13, 5275:25, 5278:11, 5288:1, 5290:12, 5296:9, 5296:20, 5302:14, 5304:4, 5305:5, 5310:6, 5311:18, 5312:20, 5313:18, 5313:19, 5316:14, 5323:13, 5323:19, 5329:14, 5329:17, 5330:2, 5335:19, 5336:10, 5337:16, 5339:17, 5341:22, 5351:8, 5357:3, 5361:12, 5373:5, 5375:10, 5379:6, 5383:21, 5387:8, 5388:11, 5388:13, 5388:15

others [6] - 5257:6, 5258:15, 5278:4, 5301:20, 5374:2, 5380:11

our [18] - 5241:10, 5241:18, 5241:23,

5242:13, 5243:16, 5273:22, 5274:8, 5301:25, 5304:18, 5318:19, 5329:2, 5329:10, 5339:24, 5345:25, 5354:13, 5391:3, 5391:15, 5392:10

ours [1] - 5241:20

out [52] - 5246:13, 5249:15, 5255:2, 5258:22, 5262:12, 5263:12, 5267:10, 5268:2, 5269:16, 5269:18, 5274:11, 5280:21, 5282:1, 5282:21, 5286:10, 5286:20, 5287:15, 5295:11, 5295:12, 5299:24, 5301:21, 5302:5, 5303:7, 5304:22, 5308:19, 5308:21, 5308:22, 5312:25, 5313:4, 5313:5, 5313:6, 5313:7, 5313:20, 5315:6, 5315:9, 5317:4, 5317:16, 5318:11, 5330:19, 5333:12, 5335:23, 5346:1, 5348:21, 5356:23, 5363:12, 5365:2, 5366:3, 5367:20, 5382:18, 5382:19, 5383:21, 5386:2

outs [3] - 5242:20, 5242:24, 5243:6

outside [2] - 5274:8, 5383:17

over [11] - 5317:12, 5332:8, 5332:9, 5332:13, 5332:20, 5332:21, 5337:1, 5341:3, 5357:2, 5358:5, 5390:10

overall [1] - 5307:21

overdue [4] - 5312:11, 5312:12, 5312:14, 5312:20

overhaul [3] - 5309:17, 5309:25, 5320:22

overhauled [1] - 5307:6

overrule [2] - 5271:24, 5368:8

overruled [4] - 5256:17, 5272:14, 5311:2, 5315:25

own [12] - 5248:15, 5249:6, 5252:1, 5252:2, 5252:19, 5255:17, 5272:6, 5355:17, 5355:22, 5375:8, 5385:1, 5385:9

owning [1] - 5355:24

## P

P [2] - 5235:3, 5235:19

P.M [3] - 5352:6, 5352:10, 5352:16

P.O [1] - 5236:18

packer [5] - 5268:22, 5270:19, 5299:4, 5299:12

packing [1] - 5371:12

page [61] - 5247:14, 5247:15, 5247:19, 5248:19, 5256:7, 5258:4, 5262:1, 5263:12, 5266:18, 5266:22, 5266:23, 5267:9, 5269:11, 5269:12, 5269:14, 5269:15, 5271:12, 5273:21, 5274:2, 5282:21, 5307:12, 5307:20, 5309:1, 5310:13, 5312:10, 5312:24, 5315:5, 5317:10, 5320:16, 5334:4, 5335:24, 5335:25, 5340:4, 5340:8, 5340:13, 5340:15, 5340:17, 5341:12, 5344:15, 5345:13, 5345:22, 5345:23, 5347:2, 5347:3, 5347:4, 5351:16, 5354:22, 5355:16, 5356:5, 5357:11, 5358:12, 5358:16, 5362:1, 5364:21, 5366:12, 5386:1, 5386:6

PAGE/LINE [1] - 5240:3

pages [5] - 5273:23, 5345:15, 5345:17, 5345:24

paints [1] - 5366:15

PALMINTIER [1] - 5236:1

PAN [1] - 5235:12

panel [7] - 5275:1,

5275:5, 5275:14, 5275:16, 5294:20, 5294:24, 5371:1

paper [8] - 5316:3, 5316:12, 5316:13, 5316:16, 5316:19, 5316:23, 5317:6, 5345:25

paperwork [5] - 5313:17, 5313:18, 5313:19, 5313:20, 5316:21

paragraph [9] - 5267:9, 5269:19, 5270:3, 5271:13, 5293:20, 5293:21, 5352:5, 5356:6, 5365:2

paragraphs [1] - 5365:20

parameters [1] - 5365:4

part [49] - 5247:25, 5248:10, 5248:14, 5251:15, 5255:10, 5255:11, 5257:16, 5259:25, 5261:4, 5261:16, 5271:15, 5272:21, 5276:20, 5277:20, 5285:21, 5286:4, 5286:17, 5286:18, 5294:16, 5298:3, 5303:11, 5305:14, 5308:8, 5309:24, 5311:18, 5315:2, 5317:11, 5324:3, 5330:17, 5333:13, 5334:17, 5334:18, 5334:20, 5336:4, 5336:14, 5337:19, 5338:11, 5338:20, 5339:3, 5339:4, 5345:5, 5351:6, 5364:6, 5367:22, 5369:21, 5383:14, 5383:20, 5386:3, 5387:19

partially [1] - 5371:14

participate [5] - 5329:12, 5329:22, 5329:23, 5361:8, 5361:17

participated [3] - 5355:18, 5356:3, 5365:9

particular [11] - 5251:15, 5272:2, 5290:9, 5294:15, 5305:19, 5312:9,

5315:6, 5323:13, 5333:8, 5341:23, 5384:8

**particulars** [1] - 5329:20

**parties** [9] - 5294:8, 5294:12, 5329:7, 5329:12, 5329:14, 5329:18, 5329:24, 5330:2, 5337:5

**partner** [1] - 5331:7

**parts** [3] - 5269:10, 5332:21, 5337:17

**pass** [1] - 5349:15

**passed** [1] - 5368:15

**past** [1] - 5302:4

**Patil** [1] - 5347:12

**Paul** [3] - 5321:7, 5321:11, 5321:21

**PAUL** [1] - 5235:11

**PDF** [10] - 5273:19, 5274:1, 5281:23, 5282:13, 5285:19, 5307:13, 5307:20, 5315:5, 5326:10

**PENNSYLVANIA** [1] - 5238:2

**people** [17] - 5249:10, 5252:18, 5268:18, 5290:14, 5314:16, 5315:14, 5323:5, 5323:16, 5341:5, 5341:13, 5341:18, 5351:3, 5351:8, 5366:4, 5367:22, 5374:19, 5375:11

**per** [3] - 5292:10, 5313:22, 5390:21

**perceived** [1] - 5386:13

**percent** [3] - 5264:15, 5264:17, 5379:15

**percentage** [1] - 5363:1

**percentages** [1] - 5362:22

**perfectly** [1] - 5287:11

**perform** [4] - 5250:23, 5330:7, 5332:22, 5390:20

**performance** [1] - 5369:22

**performed** [12] - 5248:8, 5250:9, 5278:15, 5303:2, 5323:4, 5323:7, 5323:18, 5328:23,

5340:24, 5370:1, 5385:22, 5390:12

**perhaps** [1] - 5387:17

**period** [2] - 5306:8, 5316:8

**periodically** [1] - 5331:20

**person** [3] - 5275:11, 5282:9, 5298:12

**personal** [1] - 5350:3

**personally** [2] - 5321:8, 5355:19

**personnel** [2] - 5283:15, 5331:2

**pertained** [2] - 5305:23, 5306:18, 5306:21

**PETITION** [1] - 5234:13

**Petrobras** [3] - 5387:19, 5387:20, 5387:22

**phenomenon** [1] - 5324:10

**PHILLIP** [1] - 5239:2

**philosophy** [2] - 5357:13, 5357:17

**PHONE** [1] - 5331:4

**phones** [1] - 5331:10

**photographs** [1] - 5371:5

**physically** [2] - 5245:9, 5316:20

**picture** [2] - 5340:12, 5366:15

**piece** [4] - 5259:10, 5289:24, 5317:6, 5369:7

**pieces** [1] - 5332:16

**PIGMAN** [1] - 5239:2

**pin** [1] - 5380:22

**pipe** [102] - 5248:9, 5248:12, 5249:18, 5250:21, 5251:8, 5251:20, 5253:1, 5255:14, 5255:19, 5255:25, 5256:10, 5256:12, 5256:14, 5256:25, 5257:8, 5257:9, 5257:19, 5257:23, 5258:1, 5258:2, 5258:7, 5258:8, 5259:2, 5259:4, 5259:9, 5259:10, 5260:17, 5260:19, 5260:20, 5260:23, 5260:25, 5261:2, 5261:12, 5261:13, 5261:15,

5261:17, 5261:18, 5261:22, 5261:23, 5262:5, 5262:10, 5263:2, 5263:17, 5263:22, 5263:23, 5264:14, 5264:18, 5264:21, 5264:24, 5265:1, 5269:23, 5273:11, 5279:4, 5279:5, 5284:10, 5284:13, 5292:14, 5299:5, 5324:8, 5324:10, 5324:16, 5324:24, 5325:4, 5325:7, 5325:8, 5325:11, 5325:12, 5325:14, 5325:19, 5325:21, 5325:23, 5326:1, 5349:7, 5349:9, 5349:10, 5353:22, 5353:23, 5358:24, 5359:3, 5359:6, 5363:3, 5372:4, 5375:17, 5375:21, 5375:22, 5376:17, 5377:5, 5377:9, 5377:11, 5377:14, 5377:21, 5380:24, 5381:1, 5390:22, 5390:24, 5390:25, 5391:11, 5391:16, 5392:2

**pipes** [2] - 5390:20, 5391:11

**place** [9] - 5249:3, 5253:18, 5257:15, 5264:13, 5266:11, 5284:18, 5309:9, 5372:10, 5384:10

**placed** [1] - 5260:3

**plaintiff** [1] - 5244:25

**plaintiffs** [3] - 5241:14, 5330:10, 5338:3

**PLAINTIFFS** [1] - 5235:3

**Plaintiffs'** [1] - 5245:25

**plan** [1] - 5261:13

**planned** [3] - 5325:1, 5325:2, 5325:3

**play** [1] - 5369:10

**PLC** [2] - 5237:22, 5340:20

**plea** [3] - 5271:15, 5271:22, 5272:21

**Pleasant** [1] - 5374:2

**please** [19] - 5241:6, 5250:15, 5263:5, 5263:20, 5269:20,

5283:22, 5296:21, 5317:13, 5318:24, 5332:11, 5335:14, 5342:12, 5347:5, 5347:15, 5348:4, 5365:2, 5365:20, 5386:1, 5386:6

**pled** [1] - 5271:9

**pod** [18] - 5277:9, 5284:22, 5319:23, 5322:14, 5326:4, 5327:5, 5350:25, 5351:1, 5352:6, 5361:3, 5377:25, 5378:2, 5379:7, 5379:13, 5379:22, 5380:8

**pods** [8] - 5274:10, 5284:18, 5284:19, 5288:11, 5307:6, 5307:11, 5326:2, 5326:21

**point** [51] - 5248:10, 5249:8, 5252:5, 5254:11, 5254:21, 5254:22, 5254:23, 5255:1, 5255:8, 5258:5, 5262:9, 5262:12, 5266:5, 5266:10, 5267:21, 5268:1, 5268:8, 5268:16, 5275:23, 5276:10, 5276:12, 5276:14, 5276:17, 5276:24, 5281:12, 5284:2, 5289:7, 5303:19, 5307:11, 5315:5, 5315:17, 5319:15, 5326:18, 5348:11, 5350:24, 5354:19, 5355:9, 5359:12, 5359:17, 5360:1, 5361:5, 5362:9, 5371:24, 5372:4, 5372:13, 5374:10, 5374:14, 5377:9, 5378:15, 5386:20, 5391:13

**point-blank** [1] - 5354:19

**pointer** [1] - 5357:12

**points** [4] - 5247:15, 5262:14, 5267:17, 5350:13

**policies** [1] - 5373:16

**Policies** [1] - 5373:20

**policy** [6] - 5373:14, 5373:24, 5374:4,

5374:6, 5374:18, 5374:23

**pool** [6] - 5276:1, 5276:4, 5276:6, 5276:8, 5276:23, 5388:11

**port** [1] - 5301:2

**portion** [2] - 5286:11, 5309:2

**position** [1] - 5283:13

**positioning** [1] - 5271:19

**possibilities** [2] - 5254:23, 5274:12

**possibility** [6] - 5265:4, 5273:8, 5273:10, 5288:11, 5288:19, 5321:25

**possible** [5] - 5254:24, 5281:14, 5288:15, 5350:12

**possibly** [3] - 5246:25, 5353:20, 5372:25

**POST** [3] - 5235:4, 5236:23, 5237:15

**potentially** [1] - 5294:2

**pounds** [3] - 5376:13, 5376:24, 5390:21

**power** [2] - 5286:22, 5289:11

**POYDRAS** [4] - 5235:12, 5237:23, 5238:12, 5239:22

**practice** [5] - 5249:7, 5249:11, 5381:17, 5381:18, 5389:16

**practices** [2] - 5248:15, 5249:6

**pray** [1] - 5247:4

**pre** [1] - 5390:12

**pre-commissioning** [1] - 5390:12

**precise** [3] - 5341:8, 5343:2, 5343:13

**precisely** [3] - 5298:19, 5361:5, 5387:18

**predict** [1] - 5362:9

**prediction** [1] - 5303:17

**preliminary** [1] - 5241:7

**prep** [1] - 5276:20

**preparation** [1] - 5267:6

**preparatory** [1] -

5252:10
**preparedness** [1] -
5365:25
**preprogramed** [1] -
5277:22
**present** [4] - 5299:1,
5299:3, 5332:24,
5333:2
**preserve** [1] -
5337:21
**president** [1] -
5328:12
**pressure** [17] -
5251:8, 5251:21,
5256:22, 5288:21,
5291:12, 5291:13,
5295:22, 5297:3,
5299:11, 5301:7,
5310:14, 5359:2,
5359:5, 5365:5,
5365:12, 5390:22,
5391:9
**pressures** [3] -
5246:17, 5251:19,
5365:11
**pretend** [1] - 5343:2
**pretty** [2] - 5281:25,
5366:7
**prevalent** [1] -
5265:12
**prevent** [4] -
5246:13, 5309:18,
5310:1, 5392:1
**preventative** [1] -
5352:12
**Preventer** [1] -
5266:25
**preventer** [1] -
5315:24
**prevention** [1] -
5304:11
**preventive** [1] -
5352:11
**previous** [4] -
5268:7, 5312:24,
5317:13, 5317:21
**previously** [1] -
5390:5
**primary** [2] -
5354:23, 5354:24
**principal** [3] -
5355:23, 5355:24,
5355:25
**printed** [1] - 5273:21
**prior** [12] - 5244:11,
5247:19, 5306:16,
5321:21, 5322:8,
5328:6, 5366:3,
5368:21, 5372:22,
5373:3, 5387:14,

5390:8
**Prior** [1] - 5247:16
**private** [1] - 5241:14
**privilege** [1] - 5316:5
**privy** [2] - 5257:15,
5329:15
**probability** [7] -
5273:5, 5273:8,
5273:9, 5274:9,
5274:12, 5274:17,
5366:15
**probably** [9] -
5245:8, 5278:15,
5331:6, 5335:21,
5337:1, 5353:10,
5355:3, 5362:4,
5378:21
**Probert** [1] - 5244:8
**problem** [5] - 5247:8,
5258:19, 5273:19,
5273:22, 5299:3
**problems** [2] -
5283:9, 5319:22
**procedure** [2] -
5310:16, 5314:13
**procedures** [2] -
5257:16, 5331:20
**proceed** [3] -
5339:11, 5350:8,
5367:4
**PROCEEDINGS** [3] -
5234:21, 5239:25,
5241:1
**proceedings** [1] -
5392:21
**process** [3] -
5278:16, 5324:4,
5371:9
**produce** [1] -
5339:18
**produced** [11] -
5311:20, 5312:2,
5338:1, 5338:14,
5338:16, 5338:19,
5338:25, 5339:19,
5339:21, 5339:22,
5339:23
**PRODUCED** [1] -
5239:25
**product** [1] -
5287:14
**production** [1] -
5338:19
**PRODUCTION** [3] -
5234:15, 5237:21,
5237:21
**professional** [2] -
5330:4, 5330:13
**profile** [6] - 5293:7,
5294:3, 5294:7,

5294:13, 5300:20,
5300:23
**program** [10] -
5250:22, 5277:16,
5305:23, 5309:2,
5309:9, 5309:14,
5310:24, 5319:23,
5322:18, 5322:21
**programmed** [1] -
5277:17
**programming** [1] -
5277:21
**project** [2] - 5331:19,
5344:25
**promise** [2] -
5350:14, 5378:25
**promised** [1] -
5363:25
**proper** [2] - 5248:16,
5284:8
**properly** [7] -
5246:12, 5246:19,
5247:10, 5248:21,
5250:6, 5250:12,
5250:17
**Proposal** [1] -
5298:21
**proud** [2] - 5253:16,
5253:17
**prove** [6] - 5348:8,
5348:14, 5348:19,
5348:20, 5348:24,
5352:19
**provide** [2] -
5270:11, 5365:11
**provided** [11] -
5264:15, 5294:16,
5296:2, 5337:4,
5337:13, 5337:23,
5338:5, 5338:8,
5339:15, 5340:25
**provides** [4] -
5268:21, 5271:1,
5286:11, 5301:19
**provision** [1] -
5272:2
**prudent** [1] - 5359:2
**PSC** [2] - 5241:9,
5379:12
**psi** [33] - 5256:14,
5256:21, 5288:20,
5288:21, 5288:23,
5289:11, 5291:11,
5291:13, 5291:15,
5291:17, 5295:23,
5296:12, 5297:2,
5297:23, 5297:24,
5299:11, 5299:12,
5299:15, 5301:7,
5301:8, 5362:13,

5362:17, 5362:18,
5363:5, 5363:6,
5363:7, 5363:10,
5363:11, 5363:19,
5365:15, 5389:19
**psi's** [1] - 5289:1
**public** [2] - 5352:21,
5352:23
**pull** [24] - 5247:13,
5248:20, 5254:14,
5258:4, 5263:12,
5266:18, 5271:12,
5273:13, 5281:22,
5289:14, 5291:20,
5293:12, 5298:6,
5300:12, 5301:18,
5307:12, 5319:1,
5326:9, 5327:20,
5340:1, 5344:15,
5347:19, 5375:24,
5385:21
**pulled** [2] - 5306:17,
5321:23
**punch** [2] - 5355:6,
5355:8
**purchase** [3] -
5288:20, 5290:6,
5326:18
**purchased** [1] -
5291:14
**purchasing** [1] -
5291:12
**purpose** [5] -
5289:13, 5353:11,
5354:23, 5354:24,
5391:22
**purposes** [2] -
5253:3, 5338:6
**pursue** [1] - 5288:16
**push** [5] - 5261:23,
5275:13, 5363:11,
5370:24, 5371:2
**pushed** [3] - 5371:4,
5374:11, 5374:14
**pushes** [1] - 5275:12
**put** [15] - 5260:4,
5283:6, 5289:18,
5289:21, 5326:22,
5326:24, 5338:11,
5343:18, 5345:24,
5353:2, 5361:21,
5362:4, 5378:9,
5382:5
**putting** [2] - 5355:9,
5361:3

# Q

**qualified** [2] -

5248:6, 5332:5
**qualify** [1] - 5332:15
**qualifying** [1] -
5261:16
**question** [57] -
5247:5, 5250:14,
5251:10, 5258:7,
5259:16, 5260:1,
5260:24, 5261:6,
5262:19, 5262:20,
5263:5, 5263:6,
5263:20, 5264:25,
5265:14, 5265:15,
5269:1, 5270:14,
5272:17, 5274:4,
5276:5, 5276:12,
5277:20, 5278:2,
5281:5, 5281:8,
5283:23, 5287:18,
5288:14, 5292:24,
5294:6, 5294:11,
5296:17, 5296:21,
5297:9, 5297:25,
5298:17, 5300:6,
5304:23, 5306:13,
5310:25, 5312:4,
5316:11, 5325:22,
5331:23, 5334:23,
5335:9, 5335:14,
5336:24, 5348:19,
5364:7, 5364:10,
5364:19, 5368:10,
5374:3, 5383:16
**Question** [1] -
5366:10
**QUESTION** [8] -
5281:25, 5282:3,
5282:23, 5283:2,
5283:4, 5283:6,
5283:8, 5334:7
**questioned** [1] -
5272:20
**questioning** [1] -
5246:1
**questions** [27] -
5250:20, 5262:15,
5302:21, 5302:23,
5305:14, 5305:17,
5305:18, 5305:20,
5329:21, 5330:6,
5330:8, 5332:11,
5334:2, 5348:17,
5349:16, 5349:17,
5349:19, 5349:21,
5350:4, 5364:1,
5367:2, 5381:13,
5382:13, 5382:25,
5383:2, 5384:12
**quibble** [1] - 5370:10
**quick** [1] - 5355:10

**quicker** [2] - 5278:19, 5293:2
**quickest** [3] - 5278:14, 5278:20, 5278:21
**Quirk** [7] - 5242:2, 5242:7, 5242:13, 5243:12, 5244:3, 5244:7, 5244:18
**Quirk's** [1] - 5241:24
**Quirk-related** [1] - 5242:2
**quite** [8] - 5253:15, 5302:3, 5324:23, 5324:25, 5325:10, 5344:17, 5355:7, 5380:4
**quote** [12] - 5265:3, 5269:4, 5269:17, 5283:5, 5285:14, 5285:21, 5286:19, 5287:5, 5339:18, 5348:5, 5363:23, 5364:15
**quoted** [1] - 5314:11
**quoting** [1] - 5269:5

# R

**R** [5] - 5236:11, 5237:17, 5238:17, 5239:11, 5241:3
**R&B** [1] - 5266:4
**RACHEL** [2] - 5236:17, 5238:14
**raised** [2] - 5312:24, 5348:16
**Ram** [3] - 5358:16, 5361:16, 5364:23
**ram** [108] - 5250:21, 5252:23, 5253:6, 5253:9, 5253:13, 5253:16, 5253:23, 5254:8, 5254:18, 5254:19, 5255:3, 5255:5, 5255:9, 5255:18, 5256:2, 5263:7, 5263:8, 5263:14, 5263:23, 5265:12, 5265:21, 5265:24, 5266:2, 5266:3, 5266:10, 5267:16, 5267:21, 5268:11, 5268:22, 5268:23, 5270:19, 5271:18, 5272:23, 5273:12, 5277:12, 5277:13, 5277:18, 5277:19, 5278:22, 5278:23, 5279:5,

5284:4, 5284:6, 5284:8, 5284:10, 5288:20, 5288:21, 5289:21, 5289:25, 5290:2, 5291:12, 5291:14, 5291:15, 5292:2, 5292:3, 5292:10, 5292:13, 5293:3, 5293:18, 5294:9, 5294:12, 5294:23, 5295:9, 5300:16, 5300:19, 5301:5, 5306:23, 5325:18, 5325:20, 5325:23, 5353:7, 5353:8, 5353:14, 5353:17, 5353:21, 5353:25, 5357:7, 5357:14, 5358:1, 5358:2, 5358:3, 5358:9, 5358:23, 5359:21, 5359:24, 5366:20, 5377:20, 5381:10, 5381:25, 5383:1, 5383:7, 5383:9, 5384:10, 5384:11, 5390:13, 5390:14, 5390:22
**ramifications** [1] - 5290:3
**rams** [36] - 5254:5, 5255:11, 5255:20, 5256:4, 5258:8, 5261:17, 5263:1, 5263:25, 5264:14, 5265:4, 5266:1, 5270:6, 5270:19, 5271:17, 5272:7, 5272:22, 5274:5, 5279:23, 5289:18, 5303:25, 5304:6, 5306:23, 5325:13, 5356:15, 5356:19, 5357:22, 5359:3, 5372:7, 5381:3, 5383:1, 5383:2, 5383:22, 5384:5, 5384:6, 5384:7, 5384:9
**ran** [1] - 5331:21
**Randy** [1] - 5242:25
**rated** [1] - 5297:24
**rates** [2] - 5386:13, 5386:15
**rather** [2] - 5382:5, 5382:17
**rating** [2] - 5297:3, 5301:7
**RE** [2] - 5234:5, 5234:12

**re** [1] - 5319:24
**re-act** [1] - 5319:24
**reach** [1] - 5254:22
**reached** [4] - 5373:22, 5375:2, 5375:8, 5379:20
**reaching** [1] - 5374:15
**read** [70] - 5247:18, 5247:23, 5248:18, 5248:24, 5249:4, 5267:10, 5267:14, 5267:18, 5267:22, 5269:10, 5269:24, 5270:7, 5270:20, 5271:3, 5272:24, 5274:14, 5274:18, 5274:19, 5274:21, 5276:19, 5281:17, 5283:11, 5286:13, 5286:23, 5291:6, 5294:4, 5294:14, 5294:18, 5299:16, 5307:25, 5308:1, 5308:3, 5308:9, 5312:15, 5313:2, 5314:14, 5314:23, 5314:24, 5315:10, 5317:6, 5317:11, 5317:17, 5319:16, 5320:2, 5320:23, 5322:2, 5334:14, 5334:20, 5334:21, 5335:1, 5335:2, 5335:3, 5335:4, 5335:12, 5335:15, 5335:19, 5335:21, 5336:8, 5345:3, 5345:15, 5345:23, 5347:8, 5356:10, 5363:15, 5363:20, 5364:5
**reading** [18] - 5272:20, 5274:15, 5286:11, 5293:9, 5308:4, 5309:12, 5311:14, 5311:15, 5312:3, 5335:16, 5336:9, 5339:6, 5339:7, 5345:19, 5354:21, 5364:4, 5374:25
**reads** [1] - 5252:4
**ready** [2] - 5243:22, 5245:3
**reality** [1] - 5258:14
**really** [8] - 5253:20, 5258:12, 5264:4, 5282:7, 5295:13,

5303:3, 5322:24, 5335:21
**realm** [1] - 5274:11
**realtime** [2] - 5285:6, 5291:3
**reason** [19] - 5246:11, 5258:7, 5267:5, 5292:5, 5292:11, 5294:16, 5308:12, 5311:22, 5311:24, 5312:2, 5312:6, 5312:22, 5314:12, 5320:7, 5320:25, 5323:13, 5343:12, 5365:19, 5387:23
**reasonable** [1] - 5245:12
**rebuild** [5] - 5323:7, 5323:9, 5323:11, 5323:23, 5324:3
**rebuilding** [1] - 5352:6
**rebuilt** [1] - 5323:11
**rebuttal** [4] - 5258:5, 5258:20, 5338:11, 5338:20
**recall** [15] - 5272:10, 5285:13, 5299:24, 5304:3, 5304:5, 5337:10, 5350:9, 5373:7, 5376:10, 5382:14, 5383:3, 5384:24, 5385:7, 5386:21, 5387:14
**receive** [2] - 5282:9, 5366:18
**received** [5] - 5241:13, 5242:1, 5243:13, 5243:18, 5390:17
**receives** [1] - 5370:22
**recertification** [2] - 5311:20, 5320:23
**recess** [3] - 5318:19, 5392:11, 5392:12
**RECESS** [2] - 5318:22, 5392:15
**recharge** [2] - 5285:3, 5287:3
**rechargeable** [5] - 5285:4, 5285:6, 5286:21, 5291:3, 5291:8
**recharged** [2] - 5288:10, 5288:12
**recognition** [1] - 5368:15
**recognize** [3] -

5298:20, 5369:5, 5381:8
**recognized** [2] - 5367:24, 5368:3
**recollect** [1] - 5337:8
**recollection** [6] - 5276:25, 5304:2, 5310:11, 5357:10, 5358:10, 5376:8
**recommendation** [2] - 5326:13, 5358:6
**recommendations** [6] - 5315:7, 5315:8, 5317:3, 5317:16, 5318:11, 5355:2
**recommended** [2] - 5307:22, 5308:15
**reconfigured** [1] - 5383:8
**record** [5] - 5274:16, 5337:21, 5355:22, 5370:7, 5392:21
**RECORDED** [1] - 5239:25
**recorded** [3] - 5299:19, 5340:20, 5340:24
**records** [6] - 5307:5, 5316:4, 5317:24, 5318:4, 5318:6, 5318:7
**redact** [2] - 5258:21, 5258:22
**redacted** [1] - 5258:17
**REDDEN** [1] - 5239:4
**redirect** [1] - 5262:14
**redo** [1] - 5368:9
**reduce** [3] - 5294:1, 5294:7, 5296:11
**reduced** [9] - 5294:12, 5295:22, 5296:13, 5296:14, 5296:17, 5296:21, 5297:1, 5297:3, 5301:7
**redundancy** [16] - 5268:21, 5271:1, 5271:8, 5273:1, 5273:4, 5293:7, 5294:2, 5294:7, 5294:13, 5296:11, 5296:13, 5296:14, 5296:17, 5296:21, 5300:18, 5380:9
**redundant** [3] - 5313:7, 5359:13, 5359:14
**reference** [8] - 5350:25, 5352:15,

5353:6, 5354:9,
5360:7, 5363:2,
5366:21, 5386:19
**referenced** [4] -
5338:25, 5385:4,
5389:20, 5390:5
**references** [1] -
5344:25
**referred** [2] - 5253:9,
5338:14
**referring** [2] -
5346:5, 5359:21
**reflective** [4] -
5322:17, 5322:19,
5322:20, 5322:23
**reflects** [2] -
5322:25, 5323:2
**refresh** [1] - 5310:11
**refurbishment** [1] -
5309:3
**REGAN** [4] - 5238:5,
5244:1, 5244:6,
5244:15
**Regan** [1] - 5244:1
**regard** [1] - 5242:13
**regarding** [2] -
5373:6, 5384:17
**regardless** [4] -
5249:6, 5300:6,
5300:8, 5301:15
**regular** [1] - 5299:12
**regulation** [3] -
5382:17, 5382:18,
5386:12
**regulations** [1] -
5305:12
**regulators** [1] -
5352:7
**regulatory** [10] -
5305:2, 5305:5,
5305:15, 5305:18,
5305:21, 5305:25,
5381:24, 5382:13,
5385:23, 5387:9
**reject** [2] - 5265:10,
5265:17
**rejecting** [1] -
5287:19
**relate** [1] - 5242:23
**related** [6] - 5241:15,
5242:2, 5250:20,
5304:11, 5315:24,
5358:22
**RELATES** [1] -
5234:11
**relevance** [2] -
5256:15, 5315:23
**relevant** [5] - 5375:6,
5377:15, 5377:18,
5381:24, 5387:9

**reliability** [12] -
5281:1, 5282:4,
5282:18, 5352:7,
5355:4, 5384:24,
5385:2, 5385:6,
5385:10, 5385:19,
5385:24
**reliance** [2] -
5338:24, 5339:2
**relied** [12] - 5333:19,
5333:21, 5334:3,
5334:8, 5334:14,
5334:17, 5334:18,
5334:24, 5335:10,
5336:1, 5336:14,
5374:6
**relief** [1] - 5244:12
**relies** [1] - 5387:10
**rely** [3] - 5333:25,
5338:12, 5339:3
**relying** [4] - 5277:8,
5283:15, 5339:5,
5339:8
**remaining** [1] -
5242:10
**remedial** [1] - 5272:9
**remember** [41] -
5253:17, 5262:6,
5263:6, 5265:5,
5268:4, 5268:24,
5280:8, 5288:13,
5288:25, 5293:9,
5295:21, 5297:16,
5297:17, 5302:21,
5304:3, 5308:8,
5311:14, 5327:17,
5328:15, 5335:16,
5335:19, 5336:9,
5336:24, 5337:1,
5339:6, 5341:1,
5348:9, 5348:25,
5349:25, 5354:5,
5354:21, 5360:9,
5361:5, 5363:23,
5363:24, 5364:4,
5372:21, 5374:10,
5374:25, 5375:4,
5379:24
**reminder** [1] -
5331:9
**remotely** [4] -
5280:5, 5280:12,
5281:3, 5281:13
**removal** [1] -
5302:19
**remove** [2] -
5267:17, 5289:22
**RENAISSANCE** [1] -
5239:12
**render** [1] - 5387:3

**rendered** [1] -
5384:14
**renewal** [1] -
5244:11
**renewed** [2] -
5309:17, 5309:25
**repair** [4] - 5307:2,
5321:23, 5323:23,
5352:7
**repaired** [1] -
5385:15
**repeat** [2] - 5250:14,
5323:13
**repeatedly** [1] -
5385:13
**rephrase** [2] -
5281:8, 5283:22
**replacement** [1] -
5389:10
**report** [53] - 5246:8,
5247:9, 5247:12,
5247:19, 5247:24,
5248:3, 5248:4,
5248:19, 5250:8,
5250:11, 5250:16,
5250:24, 5252:10,
5258:5, 5258:20,
5261:25, 5327:11,
5334:8, 5334:24,
5335:10, 5337:15,
5338:11, 5338:19,
5338:20, 5339:1,
5341:2, 5343:5,
5343:13, 5343:22,
5344:2, 5345:25,
5346:14, 5347:7,
5352:5, 5352:25,
5354:13, 5354:19,
5355:3, 5355:18,
5356:3, 5356:4,
5360:11, 5360:25,
5361:2, 5362:16,
5365:19, 5367:12,
5381:4, 5390:6,
5390:10
**Report** [5] - 5266:25,
5276:19, 5276:20,
5276:22, 5363:15
**reported** [2] -
5317:16, 5354:9
**Reporter** [2] -
5392:19, 5392:25
**REPORTER** [1] -
5239:21
**REPORTER'S** [1] -
5392:18
**reports** [10] -
5339:18, 5339:19,
5340:1, 5341:10,
5341:11, 5341:16,

5341:17, 5358:13,
5365:8, 5385:13
**represent** [5] -
5245:25, 5271:15,
5275:23, 5367:23,
5379:19
**representation** [1] -
5368:7
**representatives** [1] -
5355:19
**represents** [4] -
5254:11, 5267:21,
5268:8, 5276:23
**reprogram** [1] -
5290:24
**request** [8] -
5288:13, 5292:8,
5292:10, 5327:15,
5338:18, 5339:2,
5339:4, 5368:9
**requested** [5] -
5259:22, 5337:25,
5338:7, 5338:24
**requests** [1] - 5299:3
**require** [7] - 5271:16,
5289:22, 5291:7,
5309:17, 5309:23,
5309:25, 5387:9
**required** [14] -
5252:6, 5264:17,
5272:5, 5272:21,
5286:22, 5296:9,
5359:5, 5365:12,
5373:24, 5374:4,
5384:18, 5387:15,
5387:16, 5387:23
**requirement** [3] -
5296:15, 5320:23,
5384:19
**requirements** [10] -
5296:16, 5305:3,
5305:15, 5305:16,
5305:18, 5305:25,
5310:16, 5365:17,
5382:13
**requires** [6] -
5275:21, 5297:7,
5337:22, 5374:18,
5374:24, 5382:18
**requiring** [1] -
5307:23
**reroute** [1] - 5294:24
**rerouted** [1] - 5301:2
**reservoir** [1] - 5271:3
**RESOURCES** [1] -
5236:14
**respect** [17] - 5244:6,
5283:20, 5284:21,
5284:24, 5286:3,
5287:24, 5301:6,

5307:16, 5329:6,
5344:3, 5368:5,
5372:6, 5373:15,
5378:12, 5382:20,
5384:5, 5389:11
**respectfully** [2] -
5338:23, 5374:3
**respond** [5] - 5245:7,
5245:10, 5338:22,
5368:25, 5372:1
**response** [1] -
5345:8
**responsibility** [3] -
5251:2, 5306:3,
5321:22
**responsible** [2] -
5330:4, 5330:14
**rest** [7] - 5294:23,
5311:10, 5311:15,
5311:17, 5312:21,
5336:5, 5345:12
**result** [2] - 5258:18,
5358:11
**results** [6] - 5267:13,
5340:5, 5340:20,
5341:24, 5342:14,
5346:22
**resume** [1] - 5241:7
**retro** [1] - 5288:11
**review** [7] - 5267:6,
5354:3, 5354:25,
5356:4, 5357:23,
5358:8, 5372:6
**reviewed** [5] -
5357:14, 5357:15,
5357:17, 5357:19,
5381:24
**reviewing** [1] -
5358:6
**rewrite** [1] - 5290:18
**Richard** [1] -
5242:25
**RICHARD** [1] -
5238:20
**RIG** [1] - 5234:5
**rig** [44] - 5246:10,
5246:16, 5248:9,
5251:16, 5259:23,
5274:25, 5275:10,
5277:7, 5277:23,
5278:3, 5278:4,
5280:1, 5280:4,
5280:12, 5280:20,
5281:10, 5290:4,
5302:8, 5303:3,
5303:7, 5303:15,
5303:16, 5303:22,
5303:23, 5304:8,
5304:13, 5304:19,
5305:10, 5316:20,

5319:12, 5319:13, 5321:16, 5322:4, 5322:11, 5355:3, 5368:12, 5374:2, 5374:12, 5388:10, 5388:15, 5389:1, 5389:6, 5389:23

**right** [105] - 5241:7, 5242:17, 5243:7, 5244:4, 5244:14, 5245:2, 5245:19, 5247:15, 5249:11, 5249:23, 5250:14, 5252:11, 5252:12, 5252:15, 5257:18, 5259:4, 5259:11, 5260:8, 5261:20, 5267:4, 5268:7, 5269:11, 5273:13, 5273:25, 5274:16, 5276:18, 5280:1, 5283:4, 5283:6, 5283:19, 5283:23, 5284:7, 5285:11, 5288:3, 5288:25, 5295:10, 5295:11, 5295:25, 5296:11, 5296:13, 5300:12, 5303:14, 5304:5, 5308:3, 5308:6, 5308:14, 5308:24, 5310:24, 5315:20, 5316:3, 5316:12, 5316:24, 5318:3, 5318:9, 5318:24, 5321:9, 5321:12, 5322:7, 5327:19, 5331:9, 5331:12, 5333:13, 5336:9, 5336:20, 5337:8, 5338:21, 5339:5, 5339:9, 5339:13, 5341:17, 5344:1, 5346:10, 5346:12, 5346:23, 5347:15, 5347:23, 5347:24, 5350:15, 5352:24, 5353:12, 5353:14, 5354:20, 5355:16, 5356:7, 5356:9, 5357:12, 5358:10, 5358:23, 5359:23, 5361:23, 5363:22, 5365:1, 5365:13, 5366:8, 5368:8, 5370:25, 5371:4, 5376:8, 5376:11, 5376:23, 5382:19, 5388:4, 5392:10

**right-hand** [1] - 5382:19

**rigor** [1] - 5317:13
**rigs** [12] - 5271:18, 5272:6, 5272:7, 5272:21, 5272:22, 5280:25, 5283:16, 5301:21, 5366:4, 5366:14, 5385:11, 5385:12

**RINGING** [1] - 5331:4

**rise** [2] - 5318:21, 5392:14

**riser** [1] - 5271:3

**risk** [52] - 5248:11, 5249:3, 5254:13, 5254:17, 5266:14, 5266:22, 5266:24, 5268:4, 5278:15, 5279:22, 5287:12, 5287:19, 5287:23, 5288:5, 5288:7, 5290:8, 5292:9, 5293:7, 5294:3, 5294:7, 5294:13, 5296:11, 5296:13, 5296:17, 5296:22, 5296:23, 5296:24, 5297:6, 5297:11, 5297:13, 5297:15, 5297:20, 5298:1, 5298:3, 5298:4, 5298:8, 5298:13, 5298:15, 5298:18, 5299:19, 5300:1, 5300:3, 5300:7, 5300:11, 5302:11, 5302:14, 5302:17, 5302:22, 5303:2, 5303:6, 5303:19, 5388:17

**risks** [1] - 5287:9
**RMR** [2] - 5239:21, 5392:24
**RMS** [4] - 5306:20, 5307:2, 5307:4, 5314:2
**Robb** [11] - 5351:14, 5351:15, 5351:16, 5354:22, 5355:16, 5356:5, 5360:3, 5360:12, 5361:19, 5362:1, 5365:20
**robb** [2] - 5359:9, 5364:21
**ROBERT** [2] - 5235:9, 5238:2
**ROBERTS** [2] - 5238:14, 5239:6
**Ron** [1] - 5242:25
**room** [1] - 5336:18

**ROOM** [2] - 5236:12, 5239:22
**rotary** [1] - 5376:16
**rotate** [1] - 5304:10
**rotational** [1] - 5352:6
**Roth** [1] - 5244:8
**ROUGE** [2] - 5236:3, 5237:15
**route** [1] - 5279:23
**routed** [2] - 5388:11, 5388:15
**routes** [1] - 5388:10
**routines** [2] - 5313:1, 5313:22
**routing** [1] - 5388:13
**ROV** [5] - 5294:21, 5295:11, 5301:2, 5380:21, 5380:22
**row** [1] - 5380:13
**ROY** [2] - 5235:3, 5235:3
**RPR** [1] - 5392:24
**rubber** [1] - 5371:12
**Rule** [2] - 5244:13, 5244:19
**rule** [1] - 5249:7
**ruler** [1] - 5324:8, 5324:10
**Rules** [1] - 5337:22
**runs** [1] - 5376:17
**RUSNAK** [1] - 5236:4

# S

**s** [1] - 5247:21
**S** [4] - 5235:19, 5241:3
**S-135** [1] - 5390:22
**sa** [1] - 5330:23
**safe** [5] - 5246:7, 5251:13, 5251:14, 5293:6, 5309:16
**safer** [4] - 5292:23, 5354:16, 5383:22, 5384:2
**safety** [9] - 5300:20, 5362:4, 5362:6, 5362:7, 5362:9, 5362:10, 5363:1, 5363:4, 5363:8
**said** [55] - 5246:8, 5247:19, 5265:19, 5265:23, 5266:8, 5273:8, 5274:20, 5274:22, 5277:25, 5281:2, 5288:3, 5297:5, 5297:10, 5297:15, 5300:24,

5303:10, 5304:20, 5305:13, 5305:17, 5308:2, 5309:8, 5309:13, 5310:22, 5314:19, 5316:19, 5317:7, 5317:21, 5318:7, 5324:3, 5325:9, 5328:13, 5329:11, 5330:25, 5331:2, 5334:23, 5334:25, 5335:9, 5335:11, 5336:7, 5336:13, 5346:11, 5354:15, 5358:19, 5364:8, 5364:13, 5365:8, 5365:13, 5367:24, 5370:5, 5380:11, 5380:12, 5380:23, 5381:11, 5390:5

**same** [25] - 5241:20, 5245:1, 5247:19, 5249:24, 5249:25, 5250:2, 5253:21, 5256:7, 5264:13, 5264:18, 5273:12, 5276:2, 5305:11, 5305:12, 5313:8, 5317:11, 5320:18, 5324:10, 5329:7, 5333:14, 5336:18, 5342:20, 5358:4, 5363:8, 5364:6

**SAN** [1] - 5236:13
**sat** [2] - 5331:22, 5333:12
**satisfied** [1] - 5382:21
**save** [7] - 5292:6, 5292:11, 5292:25, 5293:1, 5301:5, 5301:15
**saved** [5] - 5292:15, 5295:25, 5296:5, 5301:4, 5301:10
**saves** [1] - 5292:16
**saving** [3] - 5292:21, 5293:1
**saw** [24] - 5258:15, 5271:11, 5292:7, 5292:8, 5311:16, 5312:19, 5313:13, 5313:17, 5313:22, 5314:3, 5314:8, 5316:19, 5322:9, 5323:18, 5337:1, 5354:8, 5358:14, 5368:20, 5373:3, 5373:5, 5376:7, 5376:23

**say** [48] - 5244:22, 5248:4, 5253:17, 5253:19, 5262:20, 5263:19, 5278:12, 5285:23, 5287:12, 5290:6, 5297:18, 5298:12, 5299:10, 5304:19, 5305:1, 5305:20, 5307:21, 5307:24, 5312:1, 5313:11, 5314:11, 5316:9, 5316:10, 5316:11, 5324:10, 5330:23, 5332:19, 5333:8, 5342:1, 5343:13, 5345:24, 5348:21, 5351:11, 5355:1, 5359:22, 5361:7, 5364:9, 5369:12, 5371:24, 5374:15, 5375:5, 5380:11, 5381:4, 5381:12, 5381:16, 5382:6, 5388:9, 5391:18

**saying** [35] - 5249:24, 5249:25, 5250:3, 5256:8, 5268:25, 5269:2, 5273:1, 5297:16, 5309:14, 5313:10, 5313:17, 5313:19, 5314:3, 5314:6, 5314:16, 5314:17, 5315:13, 5315:14, 5315:15, 5316:6, 5316:23, 5316:25, 5317:20, 5317:21, 5317:25, 5318:1, 5318:2, 5330:5, 5334:17, 5335:1, 5336:21, 5343:7, 5344:9, 5386:7

**says** [49] - 5248:14, 5273:20, 5275:2, 5286:4, 5308:7, 5308:21, 5308:25, 5309:2, 5309:11, 5309:16, 5309:24, 5310:10, 5310:20, 5310:21, 5311:18, 5311:23, 5312:1, 5312:3, 5312:5, 5312:6, 5313:20, 5313:22, 5313:24, 5315:16, 5318:3, 5326:15, 5326:18, 5328:14, 5342:16, 5346:3, 5346:4, 5346:8, 5346:12, 5349:12, 5352:5,

5354:19, 5354:23, 5356:7, 5357:13, 5357:23, 5359:20, 5359:23, 5360:12, 5360:13, 5360:15, 5360:18, 5360:22, 5368:3, 5386:11

**SBR** [25] - 5253:5, 5253:12, 5253:15, 5253:19, 5256:12, 5260:20, 5261:2, 5261:7, 5262:4, 5262:10, 5263:17, 5264:15, 5264:22, 5265:1, 5265:7, 5265:11, 5265:12, 5265:16, 5265:17, 5265:19, 5278:7, 5278:8, 5279:13, 5279:21, 5289:10

**SBRs** [2] - 5255:20, 5278:23

**scientific** [1] - 5343:4

**scientist** [1] - 5343:3

**SCOFIELD** [1] - 5239:18

**SCOTT** [1] - 5236:16

**screen** [2] - 5273:16, 5320:13

**SDM** [1] - 5286:11

**Sea** [3] - 5387:16, 5387:18, 5388:2

**seal** [14] - 5248:12, 5256:25, 5258:8, 5270:6, 5270:12, 5270:16, 5270:19, 5279:23, 5325:19, 5325:24, 5370:18, 5370:19, 5372:15, 5392:3

**sealed** [1] - 5372:18

**sealing** [14] - 5263:1, 5267:16, 5269:22, 5278:23, 5279:2, 5279:7, 5279:13, 5293:5, 5294:9, 5294:12, 5300:19, 5300:21, 5359:21, 5359:24

**seals** [3] - 5253:1, 5255:6, 5307:23

**seated** [2] - 5241:6, 5318:24

**second** [24] - 5252:21, 5265:21, 5265:23, 5266:2, 5266:23, 5269:19, 5270:13, 5270:16, 5270:18, 5273:6,

5273:12, 5289:21, 5289:22, 5289:25, 5290:2, 5295:18, 5340:8, 5345:9, 5347:23, 5352:5, 5381:12, 5383:9, 5384:11

**secondary** [2] - 5358:13, 5358:20

**secondly** [1] - 5244:6

**seconds** [7] - 5370:20, 5370:25, 5371:7, 5371:9, 5371:11, 5371:15, 5371:16

**SECREST** [1] - 5239:4

**secret** [3] - 5330:21, 5330:22, 5330:24

**SECTION** [2] - 5236:15, 5237:1

**section** [2] - 5299:19, 5347:20

**sections** [1] - 5347:7

**sector** [2] - 5388:2, 5388:3

**securing** [1] - 5366:16

**see** [61] - 5244:22, 5245:8, 5245:9, 5252:14, 5252:16, 5252:18, 5258:14, 5263:11, 5266:23, 5267:1, 5282:7, 5285:23, 5286:5, 5293:16, 5293:19, 5298:24, 5299:21, 5301:14, 5310:17, 5311:5, 5311:10, 5316:4, 5317:22, 5320:13, 5328:5, 5339:9, 5340:14, 5340:16, 5340:21, 5345:12, 5345:14, 5348:6, 5348:7, 5350:18, 5351:22, 5351:23, 5352:8, 5355:16, 5356:7, 5357:15, 5357:16, 5357:19, 5357:20, 5358:16, 5358:25, 5359:21, 5360:11, 5365:6, 5365:7, 5365:18, 5366:2, 5366:17, 5378:18, 5379:19, 5381:18, 5383:18, 5386:13, 5390:21

**seeing** [3] - 5303:16, 5344:6, 5354:11

**seem** [1] - 5272:10

**seems** [3] - 5319:21, 5339:5, 5371:16

**seen** [24] - 5246:21, 5266:19, 5266:20, 5267:3, 5294:14, 5299:22, 5299:23, 5299:25, 5300:25, 5307:19, 5311:12, 5315:4, 5320:4, 5322:12, 5327:23, 5327:24, 5344:21, 5370:15, 5371:5, 5373:19, 5389:13, 5389:15, 5391:7

**selected** [3] - 5267:13, 5306:11, 5306:14

**sells** [1] - 5283:4

**SEM** [6] - 5286:3, 5288:9, 5327:5, 5328:3, 5340:5, 5340:19

**semantics** [1] - 5334:15

**SEMs** [2] - 5307:10, 5330:8

**send** [1] - 5280:19

**sense** [8] - 5249:7, 5249:13, 5253:20, 5266:9, 5327:3, 5328:7, 5328:9, 5352:17

**sensors** [1] - 5360:19

**sent** [4] - 5241:12, 5241:25, 5347:21

**sentence** [11] - 5269:20, 5271:1, 5271:13, 5271:14, 5293:21, 5299:10, 5309:24, 5347:5, 5347:20, 5348:4, 5359:23

**sentences** [1] - 5269:17

**separate** [2] - 5284:19, 5338:4

**separated** [3] - 5377:9, 5377:12, 5377:14

**September** [1] - 5315:2

**Sepulvado** [1] - 5242:25

**sequence** [8] - 5357:13, 5357:14, 5357:17, 5357:19,

5357:22, 5357:24, 5358:7, 5375:13

**serious** [5] - 5295:7, 5295:8, 5295:14, 5295:15, 5295:16

**service** [9] - 5281:21, 5282:9, 5301:19, 5304:15, 5304:23, 5306:8, 5307:11, 5307:23, 5326:22

**Service** [5] - 5361:23, 5364:24, 5381:24, 5382:3, 5385:18

**SERVICES** [1] - 5239:10

**Services** [2] - 5364:23, 5385:22

**SESSION** [1] - 5234:20

**set** [14] - 5270:18, 5332:4, 5332:6, 5332:17, 5332:22, 5366:14, 5366:18, 5382:18, 5388:17

**sets** [2] - 5270:5, 5382:19

**settlement** [1] - 5272:4

**seven** [3] - 5302:2, 5350:3, 5386:11

**several** [8] - 5254:22, 5268:4, 5296:19, 5297:5, 5306:12, 5344:16, 5381:8, 5381:13

**severed** [1] - 5276:16

**Shaffer** [1] - 5391:7

**shall** [1] - 5249:3

**shanks** [3] - 5370:12, 5375:1, 5376:20

**shape** [1] - 5353:25

**shared** [1] - 5363:7

**SharePoint** [2] - 5348:16

**sharing** [1] - 5365:16

**SHARON** [1] - 5236:22

**SHAW** [1] - 5235:16

**Shear** [3] - 5358:16, 5361:16, 5364:23

**shear** [131] - 5248:9, 5248:12, 5249:18, 5249:20, 5250:21, 5250:23, 5252:23, 5253:6, 5253:9, 5253:13, 5254:5, 5254:8, 5254:18,

5254:19, 5255:9, 5255:11, 5255:18, 5255:20, 5255:24, 5256:2, 5256:4, 5256:10, 5256:12, 5256:14, 5256:22, 5256:25, 5258:2, 5258:8, 5263:8, 5263:14, 5265:12, 5265:21, 5265:23, 5266:2, 5266:10, 5267:16, 5267:21, 5268:11, 5270:6, 5270:18, 5271:17, 5271:18, 5272:7, 5272:22, 5272:23, 5273:12, 5274:5, 5277:12, 5277:13, 5277:18, 5277:19, 5278:22, 5279:5, 5279:23, 5284:4, 5284:6, 5284:8, 5284:10, 5325:4, 5325:6, 5325:13, 5325:18, 5325:20, 5325:21, 5325:23, 5326:1, 5353:7, 5353:8, 5353:14, 5353:17, 5353:20, 5353:21, 5353:23, 5353:25, 5356:15, 5356:19, 5357:7, 5357:14, 5357:22, 5358:1, 5358:2, 5358:3, 5358:9, 5358:23, 5358:24, 5359:3, 5359:6, 5359:21, 5359:24, 5361:8, 5361:12, 5361:14, 5362:9, 5363:3, 5365:16, 5365:17, 5366:1, 5366:20, 5366:21, 5377:19, 5381:3, 5381:9, 5383:1, 5383:2, 5383:7, 5383:9, 5384:6, 5384:9, 5384:10, 5384:11, 5390:12, 5390:13, 5390:20, 5391:9, 5391:10, 5391:12, 5391:16

**shear/seal** [1] - 5359:3

**sheared** [5] - 5279:5, 5353:13, 5353:22, 5358:9, 5390:21

**shearing** [42] - 5247:25, 5248:7, 5248:8, 5248:16, 5248:22, 5249:2,

5249:16, 5250:6,
5250:12, 5250:18,
5251:5, 5251:6,
5251:23, 5252:2,
5252:19, 5253:16,
5253:23, 5255:3,
5255:5, 5263:1,
5264:21, 5264:25,
5265:24, 5265:25,
5268:23, 5269:22,
5270:19, 5289:11,
5362:3, 5362:15,
5362:17, 5365:5,
5365:16, 5383:22,
5384:5, 5384:7,
5389:19, 5389:24,
5390:2, 5390:7,
5390:8

**shears** [4] - 5253:1,
5255:5, 5357:18,
5363:14

**sheer** [2] - 5364:15,
5365:24

**shelf** [1] - 5323:12

**SHELL** [1] - 5237:23

**shipyard** [1] - 5303:7

**shore** [1] - 5277:24

**short** [2] - 5275:9,
5364:1

**should** [31] -
5248:19, 5249:2,
5257:5, 5257:11,
5258:17, 5274:5,
5282:11, 5282:19,
5288:2, 5303:10,
5303:11, 5303:17,
5323:12, 5324:2,
5325:1, 5347:3,
5349:1, 5352:7,
5355:3, 5355:12,
5355:20, 5356:6,
5356:14, 5358:3,
5360:16, 5362:4,
5373:15, 5381:12,
5388:14

**shoulder** [1] - 5337:1

**shouldn't** [1] -
5362:5

**show** [15] - 5293:10,
5302:6, 5313:25,
5314:9, 5318:10,
5341:11, 5341:24,
5342:17, 5346:21,
5347:23, 5349:7,
5351:17, 5360:25,
5361:3, 5361:15

**showed** [7] - 5262:4,
5300:24, 5316:20,
5324:8, 5329:17,
5378:11, 5379:3

**showing** [1] -
5385:14

**shown** [9] - 5248:8,
5250:8, 5250:10,
5252:8, 5252:17,
5256:12, 5361:1,
5361:14, 5385:4

**shows** [7] - 5328:7,
5342:13, 5344:4,
5344:13, 5346:21,
5347:21, 5391:16

**Shushan** [1] - 5243:5

**shut** [1] - 5391:25

**SHUTLER** [1] -
5236:22

**shuttle** [3] - 5267:20,
5268:3, 5268:5

**side** [11] - 5261:18,
5261:19, 5261:21,
5279:5, 5324:17,
5324:24, 5325:8,
5325:11, 5325:21,
5325:23, 5326:1

**sides** [1] - 5276:3

**sign** [2] - 5317:15,
5317:25

**signal** [2] - 5280:19,
5386:17

**signals** [1] - 5385:15

**signed** [1] - 5313:14

**significant** [1] -
5312:14

**significantly** [2] -
5310:15, 5386:8

**signs** [2] - 5318:9,
5368:20

**silent** [1] - 5371:16

**similar** [4] - 5302:22,
5317:9, 5343:15,
5369:20

**similarly** [1] -
5244:17

**simple** [1] - 5361:3

**since** [12] - 5267:24,
5276:1, 5276:14,
5283:14, 5322:22,
5342:3, 5342:4,
5342:7, 5366:8,
5390:7, 5392:4,
5392:11

**Sinclair** [1] - 5243:11

**SINCLAIR** [4] -
5237:8, 5243:10,
5243:16, 5349:19

**single** [30] - 5254:11,
5254:21, 5255:8,
5263:24, 5264:22,
5265:7, 5266:5,
5266:10, 5267:17,
5267:21, 5268:1,

5268:8, 5268:11,
5275:23, 5276:1,
5276:10, 5276:12,
5276:14, 5276:16,
5276:23, 5277:12,
5277:18, 5281:11,
5281:12, 5284:2,
5359:12, 5359:17,
5386:20, 5388:10

**sir** [229] - 5245:22,
5246:14, 5247:3,
5247:5, 5247:6,
5247:11, 5247:12,
5247:19, 5248:3,
5248:17, 5249:9,
5249:17, 5249:19,
5249:23, 5250:4,
5250:13, 5250:16,
5250:18, 5250:23,
5252:4, 5252:7,
5252:19, 5252:24,
5253:3, 5253:24,
5255:2, 5255:19,
5256:1, 5256:7,
5256:11, 5256:19,
5256:21, 5256:22,
5257:1, 5257:4,
5257:14, 5257:20,
5258:23, 5260:15,
5261:5, 5261:8,
5262:11, 5262:15,
5262:22, 5263:5,
5263:20, 5264:9,
5265:15, 5265:24,
5266:6, 5268:2,
5268:10, 5268:20,
5271:9, 5271:16,
5272:2, 5272:16,
5272:25, 5273:5,
5273:7, 5274:13,
5274:18, 5274:22,
5276:5, 5276:10,
5276:18, 5277:5,
5278:21, 5278:24,
5279:3, 5279:8,
5279:12, 5280:22,
5281:4, 5281:10,
5282:6, 5282:10,
5283:7, 5284:1,
5285:12, 5287:13,
5287:18, 5287:20,
5288:6, 5288:12,
5288:17, 5290:2,
5290:5, 5290:21,
5292:1, 5292:22,
5293:8, 5294:17,
5294:25, 5295:7,
5295:16, 5296:5,
5296:13, 5296:18,
5296:22, 5297:2,
5297:9, 5297:18,

5297:21, 5297:25,
5298:1, 5299:17,
5299:20, 5299:22,
5300:1, 5301:16,
5303:1, 5304:1,
5304:12, 5305:8,
5305:13, 5306:11,
5306:21, 5306:22,
5306:24, 5307:19,
5307:21, 5308:9,
5310:4, 5311:4,
5312:3, 5312:4,
5312:7, 5312:22,
5313:10, 5313:12,
5314:7, 5314:24,
5315:13, 5316:3,
5317:5, 5317:8,
5317:13, 5317:24,
5318:14, 5318:18,
5320:8, 5321:1,
5322:9, 5322:13,
5322:18, 5322:21,
5323:1, 5323:10,
5323:20, 5324:21,
5324:24, 5324:25,
5325:1, 5325:2,
5325:5, 5325:19,
5327:7, 5327:8,
5328:11, 5328:14,
5328:23, 5329:9,
5329:14, 5329:18,
5329:22, 5329:25,
5330:2, 5330:13,
5330:21, 5330:24,
5331:15, 5332:4,
5332:8, 5332:11,
5332:14, 5332:25,
5333:7, 5333:20,
5333:25, 5335:14,
5336:8, 5336:15,
5337:4, 5337:5,
5337:7, 5337:11,
5337:18, 5337:19,
5339:13, 5339:16,
5339:17, 5340:3,
5340:7, 5340:13,
5340:21, 5340:25,
5341:9, 5341:13,
5341:18, 5341:23,
5341:24, 5342:7,
5342:15, 5342:16,
5342:18, 5343:11,
5344:5, 5345:7,
5346:7, 5346:15,
5346:22, 5346:24,
5347:13, 5347:18,
5347:25, 5348:13,
5348:22, 5349:13,
5351:22, 5352:8,
5355:12, 5355:14,
5357:15, 5357:19,

5361:13, 5365:6,
5366:2, 5366:17

**sit** [2] - 5346:16,
5371:15

**siting** [1] - 5339:6

**sits** [1] - 5376:16

**sitting** [6] - 5281:10,
5336:9, 5336:18,
5337:8, 5355:10,
5371:2

**situation** [15] -
5246:19, 5255:24,
5257:1, 5261:10,
5261:14, 5265:6,
5268:22, 5307:13,
5325:22, 5360:23,
5367:21, 5367:25,
5368:4, 5368:13,
5372:1

**six** [5] - 5257:7,
5310:13, 5332:19,
5356:5, 5386:7

**sixth** [1] - 5268:19

**size** [1] - 5390:20

**skip** [1] - 5382:24

**slender** [1] - 5259:10

**SLIDELL** [1] -
5235:23

**slightly** [1] - 5374:3

**slip** [1] - 5253:15

**sloppy** [2] - 5343:8,
5346:9

**slow** [1] - 5279:12

**slowed** [1] - 5279:11

**small** [1] - 5371:5

**snapshot** [2] -
5365:25, 5366:6

**software** [3] -
5290:18, 5332:2,
5332:3

**solenoid** [18] -
5286:10, 5286:12,
5286:13, 5323:7,
5323:14, 5323:16,
5329:3, 5331:15,
5350:25, 5364:12,
5365:24, 5378:1,
5378:14, 5378:20,
5378:22, 5379:2,
5379:24, 5380:7

**solenoids** [5] -
5322:14, 5323:6,
5323:8, 5332:25,
5377:24

**some** [61] - 5244:12,
5248:6, 5250:9,
5252:22, 5258:11,
5263:3, 5270:5,
5270:10, 5286:1,
5288:20, 5290:17,

5303:8, 5307:3,
5312:14, 5313:5,
5313:6, 5313:7,
5313:25, 5318:4,
5318:18, 5329:19,
5329:21, 5330:18,
5332:15, 5333:2,
5335:3, 5336:23,
5339:13, 5339:19,
5341:1, 5341:19,
5345:21, 5350:4,
5353:15, 5353:20,
5366:4, 5370:1,
5370:4, 5370:11,
5371:21, 5371:22,
5375:9, 5377:9,
5377:13, 5379:15,
5382:13, 5382:25,
5383:1, 5383:21,
5384:12, 5385:1,
5385:4, 5387:8,
5387:14, 5388:20
**somebody** [12] -
5243:24, 5277:24,
5280:4, 5280:11,
5294:23, 5304:22,
5330:20, 5345:18,
5368:23, 5370:7,
5371:2, 5385:9
**somehow** [3] -
5323:24, 5346:14,
5387:19
**something** [29] -
5244:21, 5246:25,
5249:20, 5259:5,
5262:19, 5262:21,
5265:5, 5266:21,
5274:10, 5278:2,
5289:23, 5303:5,
5303:10, 5304:25,
5313:11, 5318:1,
5318:7, 5322:19,
5324:1, 5325:1,
5336:17, 5356:9,
5356:11, 5361:3,
5361:15, 5363:24,
5373:7, 5386:17,
5387:14
**sometimes** [6] -
5253:19, 5280:14,
5313:1, 5313:24,
5314:11, 5329:1
**somewhat** [2] -
5279:15, 5284:19
**somewhere** [1] -
5387:15
**soon** [2] - 5308:21,
5308:22
**sophisticated** [5] -
5260:5, 5260:10,

5260:15, 5266:8
**sorry** [23] - 5243:25,
5270:24, 5290:6,
5290:12, 5290:20,
5298:2, 5306:25,
5319:13, 5331:5,
5333:10, 5344:19,
5344:20, 5346:2,
5347:4, 5351:16,
5351:24, 5359:22,
5366:11, 5368:6,
5370:6, 5374:11,
5386:1, 5390:10
**sound** [1] - 5248:4
**sounds** [1] - 5392:6
**sources** [1] -
5359:19
**SOUTH** [1] - 5238:18
**spanking** [1] -
5303:12
**speak** [3] - 5245:4,
5250:2, 5375:11
**SPEAKER** [1] -
5243:5
**speaking** [6] -
5254:4, 5263:4,
5271:8, 5280:6,
5323:22, 5323:23
**specific** [10] -
5253:12, 5262:5,
5266:21, 5268:24,
5275:12, 5333:6,
5333:16, 5358:24,
5383:8, 5384:3
**specifically** [6] -
5250:5, 5264:11,
5276:19, 5276:22,
5351:6, 5384:5
**speculate** [1] -
5266:7
**speculated** [1] -
5266:12
**speculation** [1] -
5268:1
**spend** [1] - 5388:8
**spent** [2] - 5342:1,
5342:2
**SPILL** [1] - 5234:5
**SPIRO** [1] - 5237:2
**spoke** [4] - 5373:6,
5374:8, 5375:9,
5375:13
**spoken** [1] - 5392:4
**spoliation** [1] -
5244:12
**SQUARE** [1] -
5237:23
**ST** [13] - 5356:15,
5373:7, 5373:11,
5373:15, 5373:16,

5373:23, 5373:24,
5374:5, 5374:16,
5374:17, 5374:23,
5375:2, 5375:5
**stab** [4] - 5294:20,
5294:24, 5295:10,
5301:2
**stack** [19] - 5259:15,
5259:17, 5260:4,
5267:14, 5275:21,
5277:22, 5278:1,
5290:4, 5295:5,
5296:14, 5321:23,
5382:4, 5382:12,
5382:21, 5383:3,
5383:6, 5383:8,
5384:9
**stacks** [3] - 5260:11,
5274:7, 5283:1
**stand** [1] - 5299:10
**standard** [5] -
5297:7, 5381:21,
5382:9, 5388:23
**standards** [1] -
5249:7
**star** [3] - 5350:11,
5366:12, 5392:8
**start** [7] - 5247:16,
5247:19, 5273:1,
5327:4, 5327:6,
5328:8, 5371:22
**started** [6] - 5280:8,
5304:13, 5319:25,
5339:25, 5367:12,
5379:24
**starting** [2] -
5321:22, 5322:8
**starts** [1] - 5335:24
**STATE** [3] - 5237:6,
5237:11, 5237:13
**state** [2] - 5283:22,
5361:2
**State** [2] - 5244:16,
5244:17
**stated** [9] - 5250:24,
5252:8, 5304:25,
5318:9, 5328:11,
5336:11, 5347:14,
5372:3, 5375:10
**statement** [18] -
5250:1, 5260:22,
5267:11, 5269:25,
5270:15, 5271:6,
5312:7, 5312:9,
5314:7, 5316:6,
5316:15, 5316:18,
5353:24, 5354:12,
5355:5, 5359:14,
5362:10, 5366:22
**statements** [3] -

5247:12, 5272:11,
5354:18
**states** [1] - 5360:11
**States** [7] - 5242:7,
5330:11, 5338:4,
5349:16, 5385:23,
5392:20
**STATES** [4] - 5234:1,
5234:15, 5234:23,
5236:10
**stating** [1] - 5322:6
**STATION** [1] -
5237:4
**stay** [3] - 5259:4,
5259:10, 5304:8
**Steering** [1] - 5246:1
**STENOGRAPHY** [1]
- 5239:25
**step** [3] - 5295:1,
5367:11, 5390:10
**STEPHEN** [1] -
5235:6
**steps** [1] - 5371:7
**STERBCOW** [2] -
5235:11, 5235:11
**STERNBERG** [30] -
5239:15, 5349:3,
5350:11, 5350:17,
5357:1, 5357:4,
5357:5, 5359:9,
5359:11, 5360:3,
5360:5, 5361:19,
5361:20, 5362:1,
5362:2, 5362:21,
5362:23, 5363:25,
5364:3, 5364:6,
5364:11, 5364:21,
5364:22, 5365:1,
5365:3, 5365:20,
5365:22, 5366:11,
5366:13, 5367:1
**Sternberg** [2] -
5240:9, 5350:7
**Steve** [4] - 5242:6,
5243:17, 5347:24,
5348:1
**STEVEN** [2] -
5236:15, 5238:14
**Stevick** [1] - 5354:19
**stiff** [1] - 5324:12
**still** [15] - 5245:21,
5248:5, 5277:3,
5277:7, 5280:12,
5303:3, 5312:25,
5355:7, 5363:8,
5364:6, 5365:24,
5384:21, 5384:22,
5388:25, 5392:6
**STONE** [1] - 5239:2
**stood** [1] - 5350:9

**stop** [1] - 5372:15
**stopped** [1] -
5372:18
**straight** [1] - 5259:11
**STRANGE** [1] -
5237:7
**strangely** [1] -
5310:7
**STREET** [19] -
5235:4, 5235:9,
5235:12, 5235:15,
5235:17, 5235:22,
5236:2, 5236:7,
5237:14, 5237:18,
5237:23, 5238:12,
5238:15, 5238:21,
5239:3, 5239:7,
5239:13, 5239:19,
5239:22
**strike** [2] - 5376:3,
5389:23
**Stringfellow** [1] -
5327:22
**strings** [1] - 5269:22
**strip** [3] - 5296:7,
5296:8, 5296:24
**stripped** [1] - 5299:5
**stripper** [1] - 5299:4
**stripping** [9] -
5295:20, 5295:24,
5295:25, 5296:4,
5296:9, 5297:23,
5297:24, 5301:7,
5381:25
**structure** [1] -
5294:3
**struggle** [3] -
5276:14, 5301:11,
5370:3
**struggling** [4] -
5296:23, 5298:2,
5310:2, 5330:5
**stuck** [1] - 5316:14
**studied** [2] -
5257:21, 5269:7
**studies** [1] - 5384:24
**study** [18] - 5257:16,
5258:18, 5257:21,
5269:9, 5353:1,
5353:2, 5353:3,
5358:17, 5361:8,
5361:12, 5361:14,
5366:20, 5368:18,
5368:19, 5374:1,
5385:17, 5385:21,
5391:6
**Study** [2] - 5361:16,
5364:24
**stuff** [1] - 5314:17
**subject** [4] -

5293:17, 5311:19, 5338:3, 5338:18

**subjects** [1] - 5305:22

**subsea** [8] - 5271:17, 5283:1, 5285:1, 5285:3, 5286:3, 5287:3, 5294:21, 5312:13

**Subsea's** [1] - 5319:20

**subsequent** [3] - 5271:2, 5272:9, 5315:13

**success** [2] - 5358:20, 5366:15

**such** [5] - 5249:4, 5267:21, 5358:8, 5365:4, 5389:9

**sufficient** [2] - 5360:8, 5389:24

**suggestion** [1] - 5388:14

**suitability** [1] - 5392:5

**suitable** [5] - 5246:10, 5246:16, 5381:14, 5382:1, 5382:9

**suitably** [2] - 5315:10, 5317:5

**SUITE** [12] - 5235:4, 5235:12, 5235:15, 5235:20, 5237:24, 5238:12, 5238:15, 5238:24, 5239:7, 5239:13, 5239:15, 5239:19

**SULLIVAN** [1] - 5236:21

**sum** [2] - 5300:4, 5330:25

**summarization** [1] - 5355:4

**summarize** [1] - 5300:13

**summarized** [1] - 5340:9

**summarizing** [1] - 5382:17

**summary** [21] - 5268:3, 5307:21, 5308:2, 5308:8, 5308:13, 5337:13, 5337:21, 5337:23, 5338:25, 5339:3, 5340:5, 5340:23, 5340:25, 5341:24, 5342:17, 5344:1, 5344:2, 5344:5,

5344:14, 5346:14, 5346:22

**Summary** [1] - 5337:18

**summation** [1] - 5342:24

**supplied** [1] - 5267:20

**supply** [1] - 5391:9

**supplying** [2] - 5363:5, 5363:8

**support** [1] - 5244:23

**sure** [38] - 5242:5, 5245:16, 5246:6, 5247:18, 5250:14, 5251:2, 5256:7, 5265:9, 5272:18, 5274:16, 5279:1, 5279:9, 5280:23, 5283:22, 5291:6, 5299:23, 5309:8, 5309:14, 5315:18, 5330:8, 5331:10, 5332:9, 5334:20, 5335:8, 5344:21, 5352:23, 5355:11, 5363:21, 5364:18, 5368:19, 5372:4, 5373:16, 5373:21, 5375:14, 5380:4, 5381:5, 5391:10

**surely** [1] - 5288:3

**surface** [2] - 5360:7, 5360:10

**survey** [1] - 5354:8

**surveyors** [2] - 5301:25, 5354:6

**surveys** [1] - 5301:24

**sustain** [2] - 5281:7, 5343:11

**SUTHERLAND** [1] - 5238:13

**sworn** [1] - 5336:13

**synonymously** [1] - 5253:20

**system** [76] - 5267:13, 5267:18, 5280:6, 5280:13, 5280:18, 5280:22, 5281:15, 5282:18, 5282:24, 5282:25, 5284:7, 5284:20, 5285:9, 5285:12, 5285:22, 5286:17, 5286:18, 5287:1, 5287:14, 5287:15, 5288:2, 5291:6, 5291:7, 5303:9,

5309:16, 5309:22, 5322:25, 5330:19, 5345:21, 5352:6, 5352:10, 5352:11, 5352:16, 5352:18, 5352:22, 5353:6, 5353:8, 5353:13, 5354:17, 5354:25, 5355:12, 5355:14, 5357:18, 5358:8, 5358:20, 5360:12, 5360:17, 5363:5, 5363:7, 5365:15, 5384:18, 5384:20, 5386:17, 5386:19, 5386:20, 5386:23, 5386:24, 5387:1, 5387:3, 5387:4, 5387:7, 5387:8, 5387:11, 5388:19, 5388:21, 5388:23, 5389:2, 5389:6, 5389:7, 5391:20

**System** [1] - 5360:13

**systems** [30] - 5280:24, 5281:1, 5282:1, 5282:17, 5283:16, 5284:5, 5284:14, 5285:6, 5286:4, 5288:11, 5303:16, 5307:24, 5332:2, 5359:14, 5384:12, 5384:15, 5385:2, 5385:7, 5385:11, 5385:14, 5385:19, 5385:24, 5386:4, 5386:12, 5386:25, 5387:10, 5388:6, 5391:19

---

# T

**T** [2] - 5235:9, 5238:5

**table** [1] - 5376:16

**take** [19] - 5256:13, 5258:25, 5268:12, 5274:24, 5276:25, 5290:24, 5304:20, 5318:19, 5328:15, 5336:25, 5344:6, 5344:12, 5347:15, 5348:15, 5365:2, 5365:23, 5367:18, 5372:11, 5392:10

**TAKEN** [2] - 5318:22, 5392:15

**taken** [6] - 5278:25, 5336:2, 5366:3, 5368:5, 5368:16, 5372:6

**takes** [5] - 5284:18, 5345:15, 5368:25, 5370:20, 5370:23

**taking** [1] - 5294:11

**talk** [29] - 5252:21, 5257:23, 5259:12, 5274:24, 5279:24, 5284:14, 5291:24, 5295:18, 5300:14, 5301:18, 5302:19, 5305:22, 5307:15, 5315:1, 5318:6, 5326:2, 5328:18, 5336:25, 5362:8, 5363:4, 5374:1, 5374:7, 5374:20, 5375:15, 5377:24, 5388:19, 5392:4

**talked** [26] - 5289:17, 5291:19, 5291:22, 5300:13, 5301:19, 5302:18, 5315:1, 5315:20, 5317:21, 5318:4, 5318:6, 5324:20, 5331:21, 5332:16, 5351:14, 5351:18, 5351:24, 5359:12, 5360:6, 5361:15, 5366:4, 5373:7, 5375:12, 5382:8, 5391:4, 5391:19

**talking** [31] - 5254:6, 5254:19, 5254:20, 5255:21, 5255:22, 5262:25, 5266:23, 5270:13, 5274:25, 5275:1, 5275:10, 5275:22, 5277:6, 5277:10, 5280:7, 5284:16, 5284:17, 5289:3, 5302:23, 5303:14, 5303:15, 5318:8, 5340:2, 5340:5, 5349:6, 5357:2, 5358:20, 5359:23, 5384:3

**taller** [1] - 5290:4

**TANNER** [1] - 5239:18

**task** [1] - 5329:15

**tasks** [4] - 5313:1, 5313:24, 5314:13

**team** [3] - 5317:17, 5363:17, 5370:11

**technical** [3] - 5351:4, 5351:6, 5356:4

**technicians** [1] - 5347:10

**technology** [4] - 5383:21, 5383:23, 5384:1, 5384:2

**tell** [10] - 5242:23, 5285:25, 5298:14, 5302:6, 5311:8, 5333:3, 5333:6, 5333:16, 5356:18, 5383:25

**telling** [6] - 5267:2, 5311:12, 5335:11, 5335:14, 5335:20, 5336:7

**tells** [4] - 5255:9, 5327:3, 5328:7, 5349:11

**temporarily** [1] - 5372:17

**ten** [2] - 5258:4, 5296:20

**tendency** [4] - 5312:25, 5313:10, 5313:22, 5353:22

**term** [4] - 5253:6, 5253:8, 5253:12, 5352:11

**terms** [8] - 5253:20, 5253:22, 5282:3, 5291:23, 5332:7, 5332:12, 5332:13, 5332:16

**test** [39] - 5250:23, 5280:24, 5292:3, 5292:10, 5292:13, 5293:3, 5293:18, 5299:15, 5300:15, 5301:5, 5323:4, 5323:7, 5323:12, 5323:13, 5323:15, 5323:20, 5323:23, 5324:3, 5332:4, 5333:8, 5333:12, 5333:23, 5333:24, 5341:7, 5341:24, 5342:3, 5342:5, 5342:18, 5343:21, 5343:22, 5346:5, 5346:20, 5346:22, 5346:25, 5381:25, 5386:16, 5390:20, 5390:24

**tested** [2] - 5322:10, 5323:11

**testified** [5] - 5336:1, 5367:23, 5368:12, 5376:19, 5377:8

**testimony** [19] - 5241:8, 5241:11, 5243:17, 5244:7, 5244:11, 5244:18,

5267:6, 5268:7,
5281:4, 5281:10,
5304:15, 5333:25,
5336:13, 5343:2,
5357:6, 5357:9,
5385:4, 5385:5,
5387:14

**testing** [74] - 5250:9,
5252:9, 5283:16,
5306:23, 5322:19,
5323:19, 5328:20,
5328:22, 5328:24,
5329:1, 5329:3,
5329:5, 5329:6,
5329:8, 5329:10,
5329:11, 5329:13,
5329:14, 5329:22,
5329:25, 5330:3,
5330:7, 5330:12,
5330:19, 5330:20,
5331:14, 5331:15,
5331:18, 5331:21,
5332:5, 5332:22,
5332:24, 5333:2,
5333:13, 5333:14,
5333:19, 5333:25,
5334:22, 5336:2,
5338:10, 5339:1,
5340:5, 5340:19,
5340:20, 5341:6,
5341:20, 5341:21,
5342:13, 5342:14,
5344:4, 5344:13,
5345:5, 5345:7,
5346:1, 5346:9,
5346:11, 5346:12,
5347:6, 5347:11,
5351:2, 5351:9,
5351:10, 5351:13,
5366:3, 5378:24,
5378:25, 5379:3,
5385:13, 5390:8,
5390:12

**tests** [16] - 5323:13,
5323:18, 5323:21,
5332:6, 5332:11,
5333:6, 5333:17,
5337:13, 5339:13,
5340:9, 5340:21,
5340:24, 5341:22,
5342:14, 5345:25,
5350:24

**than** [35] - 5263:2,
5263:17, 5263:22,
5263:23, 5264:15,
5264:21, 5265:1,
5271:17, 5273:21,
5278:13, 5300:22,
5310:6, 5314:20,
5316:10, 5323:15,
5328:9, 5328:11,

5328:22, 5332:5,
5332:13, 5332:15,
5355:24, 5367:2,
5367:15, 5367:25,
5368:13, 5369:4,
5369:16, 5370:13,
5380:11, 5382:6,
5382:17, 5388:11,
5388:15, 5390:25

**thank** [17] - 5241:22,
5242:4, 5242:19,
5243:9, 5244:15,
5245:5, 5245:14,
5245:19, 5271:1,
5271:25, 5276:18,
5362:21, 5367:1,
5367:6, 5388:4,
5389:18, 5392:13

**thankfully** [1] -
5276:3

**thanks** [1] - 5319:20

**that** [1105] - 5241:18,
5241:25, 5242:22,
5244:3, 5244:8,
5244:10, 5244:11,
5244:24, 5244:25,
5245:9, 5245:14,
5246:6, 5246:7,
5246:14, 5246:15,
5246:16, 5246:17,
5246:23, 5247:9,
5247:10, 5247:12,
5247:18, 5247:24,
5247:25, 5248:1,
5248:3, 5248:5,
5248:8, 5248:10,
5248:16, 5248:17,
5248:20, 5248:21,
5248:23, 5248:24,
5249:4, 5249:7,
5249:9, 5249:12,
5249:15, 5249:20,
5249:22, 5250:2,
5250:5, 5250:9,
5250:10, 5250:12,
5250:13, 5250:19,
5250:23, 5250:25,
5251:1, 5251:2,
5251:4, 5251:5,
5251:6, 5251:7,
5251:15, 5251:23,
5252:3, 5252:6,
5252:7, 5252:8,
5252:11, 5252:13,
5252:16, 5252:25,
5253:1, 5253:8,
5253:12, 5253:13,
5253:14, 5253:17,
5253:23, 5253:24,
5253:25, 5254:1,
5254:8, 5254:10,

5254:17, 5254:20,
5254:22, 5255:1,
5255:5, 5255:9,
5255:13, 5255:17,
5255:19, 5255:25,
5256:3, 5256:12,
5256:13, 5256:22,
5256:23, 5256:25,
5257:2, 5257:3,
5257:5, 5257:16,
5257:23, 5257:25,
5258:1, 5258:2,
5258:10, 5258:11,
5258:14, 5258:19,
5258:21, 5258:22,
5258:25, 5259:5,
5259:8, 5259:13,
5259:14, 5259:23,
5259:24, 5259:25,
5260:1, 5260:18,
5260:19, 5260:24,
5260:25, 5261:1,
5261:3, 5261:6,
5261:7, 5261:9,
5261:12, 5261:13,
5261:16, 5261:19,
5261:21, 5261:22,
5262:6, 5262:9,
5262:16, 5262:20,
5262:24, 5263:1,
5263:2, 5263:3,
5263:8, 5263:12,
5263:14, 5263:17,
5263:21, 5264:9,
5264:10, 5264:16,
5264:17, 5264:19,
5264:20, 5264:21,
5264:23, 5265:5,
5265:11, 5265:15,
5265:17, 5265:19,
5265:22, 5266:4,
5266:7, 5266:9,
5266:12, 5266:17,
5266:20, 5266:23,
5267:1, 5267:2,
5267:3, 5267:6,
5267:9, 5267:14,
5267:18, 5267:22,
5268:1, 5268:2,
5268:3, 5268:6,
5268:7, 5268:12,
5268:16, 5268:20,
5268:21, 5268:23,
5269:3, 5269:5,
5269:17, 5269:18,
5269:20, 5269:21,
5269:23, 5270:7,
5270:9, 5270:10,
5270:11, 5270:16,
5270:20, 5270:22,
5270:23, 5270:25,

5271:3, 5271:6,
5271:9, 5271:14,
5272:4, 5272:5,
5272:11, 5272:19,
5272:20, 5273:5,
5273:6, 5273:7,
5273:10, 5274:11,
5274:12, 5274:18,
5274:21, 5274:24,
5275:2, 5275:11,
5275:12, 5275:16,
5275:21, 5275:24,
5276:10, 5276:11,
5276:12, 5276:15,
5276:16, 5276:22,
5276:25, 5277:3,
5277:20, 5277:23,
5278:5, 5278:6,
5278:10, 5278:12,
5278:21, 5278:24,
5279:9, 5279:17,
5279:18, 5279:25,
5280:2, 5280:3,
5280:7, 5280:11,
5280:14, 5280:16,
5280:21, 5281:5,
5281:10, 5281:17,
5281:21, 5282:1,
5282:23, 5283:5,
5283:11, 5283:22,
5284:5, 5284:11,
5284:14, 5284:18,
5284:24, 5285:6,
5285:7, 5285:9,
5285:11, 5285:12,
5285:13, 5285:21,
5285:23, 5285:25,
5286:5, 5286:7,
5286:9, 5286:14,
5286:16, 5286:18,
5286:23, 5287:7,
5287:13, 5287:14,
5287:20, 5287:21,
5287:24, 5287:25,
5288:9, 5288:12,
5288:13, 5288:14,
5288:15, 5288:18,
5288:23, 5289:4,
5289:5, 5289:7,
5289:13, 5289:17,
5290:6, 5290:13,
5290:14, 5290:25,
5291:15, 5291:17,
5291:20, 5291:22,
5291:24, 5292:1,
5292:2, 5292:4,
5292:5, 5292:7,
5292:8, 5292:10,
5292:11, 5292:20,
5293:6, 5293:8,
5293:9, 5293:14,

5293:16, 5293:17,
5293:19, 5293:21,
5294:1, 5294:4,
5294:12, 5294:16,
5294:20, 5294:24,
5295:2, 5295:4,
5295:6, 5295:7,
5295:19, 5295:21,
5295:22, 5295:25,
5296:2, 5296:4,
5296:6, 5296:14,
5296:20, 5296:24,
5297:4, 5297:10,
5297:12, 5297:16,
5297:18, 5297:19,
5298:8, 5298:11,
5298:23, 5298:24,
5299:5, 5299:16,
5299:21, 5299:24,
5299:25, 5300:1,
5300:13, 5300:14,
5300:22, 5300:24,
5301:3, 5301:10,
5301:11, 5301:17,
5301:18, 5301:19,
5301:20, 5301:22,
5301:23, 5302:1,
5302:2, 5302:7,
5302:18, 5302:20,
5302:25, 5303:4,
5303:5, 5303:17,
5303:19, 5303:20,
5304:2, 5304:3,
5304:7, 5304:10,
5304:11, 5304:12,
5304:15, 5304:20,
5304:21, 5304:23,
5304:25, 5305:1,
5305:7, 5305:9,
5305:13, 5305:15,
5305:17, 5305:19,
5305:24, 5305:25,
5306:2, 5306:4,
5306:7, 5306:8,
5306:11, 5306:16,
5306:17, 5306:18,
5307:3, 5307:9,
5307:10, 5307:15,
5307:17, 5307:24,
5308:2, 5308:8,
5308:9, 5308:12,
5308:19, 5309:3,
5309:6, 5309:8,
5309:21, 5309:22,
5309:24, 5310:5,
5310:6, 5310:17,
5310:19, 5310:24,
5310:25, 5311:8,
5311:14, 5311:16,
5311:18, 5311:19,
5311:21, 5311:22,

5311:23, 5311:24,
5311:25, 5312:2,
5312:7, 5312:15,
5312:17, 5312:18,
5313:2, 5313:6,
5313:8, 5313:10,
5313:11, 5313:13,
5313:17, 5313:19,
5313:21, 5313:23,
5313:25, 5314:14,
5314:20, 5314:23,
5314:25, 5315:2,
5315:8, 5315:10,
5315:13, 5315:15,
5315:17, 5315:18,
5315:19, 5315:23,
5316:3, 5316:5,
5316:9, 5316:10,
5316:19, 5317:2,
5317:3, 5317:8,
5317:10, 5317:13,
5317:17, 5317:21,
5317:22, 5317:24,
5318:1, 5318:2,
5318:4, 5318:6,
5318:7, 5318:9,
5318:10, 5318:12,
5319:2, 5320:2,
5320:4, 5320:20,
5320:23, 5320:25,
5321:7, 5321:16,
5322:2, 5322:9,
5322:12, 5322:13,
5322:19, 5322:25,
5323:2, 5323:4,
5323:7, 5323:12,
5323:13, 5323:15,
5323:18, 5323:20,
5324:1, 5324:16,
5324:23, 5324:24,
5325:1, 5325:4,
5325:5, 5325:6,
5325:10, 5325:17,
5325:18, 5325:21,
5325:23, 5325:25,
5326:3, 5326:16,
5326:21, 5327:2,
5327:4, 5327:7,
5327:8, 5327:14,
5327:15, 5327:17,
5327:19, 5327:23,
5327:24, 5328:6,
5328:15, 5328:16,
5328:18, 5328:20,
5329:1, 5329:6,
5329:7, 5329:9,
5329:15, 5329:17,
5329:19, 5329:23,
5329:24, 5329:25,
5330:1, 5330:2,
5330:3, 5330:5,

5330:12, 5330:13,
5330:16, 5330:17,
5330:20, 5331:2,
5332:5, 5332:11,
5332:19, 5332:20,
5332:21, 5332:25,
5333:1, 5333:24,
5333:25, 5334:7,
5334:11, 5334:20,
5334:24, 5335:5,
5335:7, 5335:10,
5335:20, 5335:25,
5336:1, 5336:2,
5336:7, 5336:13,
5336:14, 5336:16,
5336:20, 5336:25,
5337:5, 5337:6,
5337:10, 5337:15,
5337:23, 5338:5,
5338:7, 5338:10,
5338:14, 5338:19,
5338:23, 5338:25,
5339:4, 5339:9,
5339:22, 5340:2,
5340:5, 5340:12,
5340:14, 5340:21,
5340:23, 5340:24,
5340:25, 5341:7,
5341:13, 5341:20,
5341:25, 5342:2,
5342:3, 5342:5,
5342:7, 5342:10,
5342:12, 5342:13,
5342:19, 5342:21,
5343:2, 5343:6,
5343:7, 5343:9,
5343:14, 5343:16,
5343:21, 5343:25,
5344:5, 5344:6,
5344:8, 5344:9,
5344:12, 5344:13,
5344:15, 5344:16,
5344:20, 5345:2,
5345:7, 5345:12,
5345:14, 5345:15,
5345:19, 5346:1,
5346:2, 5346:8,
5346:11, 5346:12,
5346:13, 5346:14,
5346:21, 5346:22,
5346:25, 5347:5,
5347:8, 5347:15,
5347:17, 5347:21,
5347:23, 5347:25,
5348:4, 5348:6,
5348:7, 5348:9,
5348:14, 5348:25,
5349:7, 5349:9,
5349:10, 5349:11,
5349:12, 5349:13,
5349:14, 5350:5,

5350:12, 5350:13,
5350:24, 5351:1,
5351:3, 5351:4,
5351:6, 5351:8,
5351:9, 5351:10,
5351:11, 5351:22,
5351:23, 5351:25,
5352:1, 5352:5,
5352:8, 5352:20,
5352:21, 5352:25,
5353:4, 5353:6,
5353:12, 5353:13,
5353:17, 5353:19,
5353:21, 5353:22,
5353:23, 5354:7,
5354:8, 5354:9,
5354:12, 5354:14,
5354:15, 5354:19,
5354:21, 5355:2,
5355:4, 5355:11,
5355:17, 5356:1,
5356:7, 5356:9,
5356:16, 5356:17,
5356:18, 5356:24,
5357:6, 5357:8,
5357:9, 5357:10,
5357:15, 5357:16,
5357:19, 5357:20,
5357:21, 5358:3,
5358:4, 5358:5,
5358:8, 5358:10,
5358:11, 5358:14,
5358:25, 5359:7,
5359:14, 5359:18,
5359:22, 5360:7,
5360:9, 5360:14,
5360:15, 5360:18,
5361:2, 5361:5,
5361:15, 5361:17,
5361:22, 5361:24,
5361:25, 5362:7,
5362:9, 5362:10,
5362:11, 5362:12,
5362:15, 5362:24,
5363:1, 5363:5,
5363:17, 5363:18,
5363:20, 5363:22,
5363:24, 5364:10,
5364:13, 5364:15,
5364:18, 5364:19,
5364:20, 5365:2,
5365:6, 5365:8,
5365:9, 5365:17,
5365:18, 5365:24,
5365:25, 5366:2,
5366:8, 5366:17,
5366:18, 5366:22,
5366:23, 5367:14,
5367:15, 5367:18,
5367:19, 5367:20,
5367:22, 5367:24,

5368:2, 5368:9,
5368:12, 5368:14,
5368:15, 5368:18,
5368:19, 5368:24,
5369:1, 5369:3,
5369:6, 5369:7,
5369:8, 5369:10,
5369:14, 5369:17,
5369:20, 5369:23,
5370:2, 5370:4,
5370:12, 5370:15,
5370:16, 5370:18,
5370:21, 5371:13,
5371:19, 5371:24,
5372:1, 5372:3,
5372:5, 5372:10,
5372:13, 5372:18,
5372:24, 5373:4,
5373:8, 5373:12,
5373:14, 5373:22,
5373:24, 5374:1,
5374:2, 5374:4,
5374:6, 5374:8,
5374:15, 5374:17,
5374:19, 5374:21,
5374:22, 5374:25,
5375:4, 5375:5,
5376:2, 5376:3,
5376:6, 5376:9,
5376:10, 5376:14,
5376:15, 5376:16,
5376:19, 5376:23,
5377:2, 5377:3,
5377:8, 5377:11,
5377:19, 5378:3,
5378:11, 5378:15,
5378:18, 5378:19,
5378:20, 5378:22,
5378:23, 5378:25,
5379:1, 5379:2,
5379:3, 5379:4,
5379:6, 5379:10,
5379:13, 5379:15,
5379:16, 5379:20,
5379:21, 5379:23,
5380:2, 5380:6,
5380:9, 5380:14,
5380:17, 5380:23,
5381:2, 5381:8,
5381:9, 5381:16,
5381:18, 5381:21,
5382:1, 5382:7,
5382:14, 5383:3,
5383:8, 5383:14,
5383:17, 5383:19,
5383:21, 5384:1,
5384:21, 5384:24,
5385:1, 5385:7,
5385:17, 5385:21,
5386:3, 5386:8,
5386:10, 5386:13,

5386:20, 5386:21,
5387:1, 5387:2,
5387:3, 5387:8,
5387:15, 5388:7,
5388:9, 5388:10,
5388:14, 5388:19,
5389:1, 5389:2,
5389:5, 5389:14,
5389:15, 5389:20,
5389:23, 5390:2,
5390:5, 5390:6,
5390:7, 5390:12,
5390:16, 5390:17,
5390:23, 5390:24,
5390:25, 5391:4,
5391:9, 5391:10,
5391:11, 5391:13,
5391:14, 5391:15,
5391:19, 5391:20,
5391:21, 5391:24,
5392:2, 5392:20

**that's** [125] -
5244:21, 5245:2,
5246:10, 5248:14,
5249:12, 5250:24,
5251:17, 5251:25,
5252:4, 5253:3,
5256:2, 5259:11,
5259:18, 5260:22,
5262:18, 5263:3,
5265:2, 5265:14,
5266:22, 5269:23,
5270:2, 5272:25,
5274:20, 5275:5,
5275:17, 5278:2,
5278:3, 5281:3,
5283:1, 5285:2,
5285:4, 5285:17,
5289:9, 5290:12,
5294:6, 5295:12,
5295:14, 5296:9,
5297:7, 5298:5,
5299:13, 5299:22,
5300:24, 5303:11,
5308:7, 5308:12,
5308:25, 5309:20,
5310:2, 5310:20,
5310:21, 5311:25,
5312:3, 5312:4,
5312:5, 5313:13,
5313:25, 5317:6,
5318:3, 5318:8,
5319:10, 5319:17,
5322:17, 5322:20,
5324:3, 5326:8,
5326:24, 5327:3,
5327:14, 5327:24,
5329:1, 5332:10,
5332:22, 5336:4,
5337:19, 5338:2,
5339:24, 5342:9,

5342:16, 5346:3, 5346:4, 5346:12, 5347:24, 5352:24, 5353:9, 5353:11, 5355:15, 5355:24, 5357:4, 5358:18, 5359:20, 5360:22, 5361:12, 5362:14, 5362:25, 5363:12, 5366:6, 5366:7, 5366:20, 5368:17, 5368:22, 5369:11, 5369:24, 5373:13, 5376:12, 5377:4, 5378:4, 5378:5, 5378:21, 5380:11, 5380:13, 5382:7, 5382:11, 5385:25, 5387:5, 5387:12, 5388:22, 5389:12, 5389:14, 5390:10, 5392:8

**THE** [91] - 5234:5, 5234:5, 5234:12, 5234:22, 5235:3, 5236:10, 5237:6, 5237:11, 5237:12, 5241:6, 5241:14, 5241:19, 5241:22, 5242:2, 5242:5, 5242:10, 5242:17, 5242:23, 5243:2, 5243:7, 5243:14, 5243:20, 5243:24, 5244:4, 5244:14, 5245:2, 5245:4, 5245:8, 5245:16, 5245:21, 5245:22, 5256:17, 5258:22, 5258:24, 5262:18, 5262:22, 5271:23, 5272:10, 5273:16, 5273:20, 5273:23, 5281:7, 5311:2, 5315:25, 5318:12, 5318:16, 5318:19, 5318:21, 5318:24, 5331:6, 5331:9, 5331:12, 5336:17, 5336:19, 5336:21, 5336:23, 5337:2, 5337:24, 5338:9, 5338:13, 5338:17, 5338:21, 5339:5, 5343:11, 5343:12, 5349:16, 5349:18, 5349:20, 5349:22, 5349:25, 5350:9, 5350:15, 5357:2, 5362:20, 5364:2,

5364:9, 5366:10, 5367:3, 5367:5, 5368:8, 5368:9, 5387:13, 5387:18, 5387:23, 5387:25, 5388:4, 5392:6, 5392:10, 5392:14

**their** [15] - 5244:23, 5266:2, 5279:22, 5288:9, 5288:11, 5293:7, 5300:2, 5304:19, 5306:5, 5342:1, 5366:5, 5366:6, 5376:8, 5385:5

**theirs** [1] - 5259:18

**themselves** [1] - 5338:13

**theory** [1] - 5376:22

**there's** [27] - 5247:4, 5260:22, 5273:10, 5274:12, 5274:17, 5275:2, 5275:7, 5306:12, 5313:22, 5316:25, 5318:5, 5323:15, 5334:7, 5334:23, 5335:9, 5353:12, 5355:7, 5358:6, 5369:10, 5369:16, 5370:23, 5378:15, 5380:19, 5381:8, 5384:19, 5387:14, 5388:6

**thereabouts** [1] - 5372:10

**thereby** [1] - 5294:2

**therefore** [4] - 5251:22, 5255:22, 5283:17, 5296:13

**therein** [1] - 5273:22

**these** [35] - 5242:10, 5242:21, 5243:2, 5243:3, 5243:20, 5251:12, 5255:6, 5257:17, 5269:17, 5275:11, 5283:14, 5283:17, 5284:25, 5305:11, 5305:12, 5312:18, 5332:6, 5337:13, 5337:25, 5338:5, 5339:13, 5341:3, 5341:12, 5341:24, 5343:14, 5343:15, 5344:8, 5348:2, 5348:17, 5363:14, 5382:6, 5382:17, 5389:9, 5391:13, 5391:18

**they're** [19] - 5241:15, 5245:8,

5246:8, 5246:9, 5246:17, 5253:21, 5255:12, 5266:8, 5276:3, 5309:14, 5312:19, 5316:6, 5316:23, 5316:25, 5317:21, 5317:23, 5322:7, 5356:11, 5358:20

**they've** [5] - 5242:8, 5260:16, 5328:11, 5338:23, 5387:20

**thing** [14] - 5244:9, 5244:13, 5249:24, 5249:25, 5253:21, 5290:13, 5302:20, 5330:4, 5342:20, 5346:8, 5358:4, 5361:22, 5379:6

**things** [14] - 5244:2, 5254:24, 5286:7, 5291:22, 5301:22, 5306:12, 5310:22, 5317:21, 5325:17, 5341:3, 5342:11, 5343:14, 5343:15, 5353:10

**think** [47] - 5245:4, 5245:18, 5247:15, 5248:19, 5257:13, 5258:5, 5261:25, 5266:12, 5272:13, 5273:14, 5273:16, 5273:22, 5273:25, 5275:9, 5281:23, 5290:25, 5295:14, 5298:16, 5299:9, 5299:23, 5303:4, 5303:10, 5303:22, 5305:10, 5307:25, 5308:12, 5318:12, 5325:20, 5326:12, 5335:21, 5336:1, 5345:11, 5345:23, 5348:13, 5348:16, 5353:12, 5354:15, 5355:16, 5357:24, 5362:20, 5363:1, 5365:8, 5366:10, 5370:12, 5370:22, 5371:19, 5380:11

**thinking** [4] - 5247:25, 5330:5, 5336:10, 5348:10

**thinks** [1] - 5298:12

**THIRD** [1] - 5237:14

**third** [1] - 5340:8

**THIS** [1] - 5234:11

**this** [394] - 5242:9, 5242:16, 5242:21,

5244:20, 5246:10, 5246:11, 5246:16, 5247:10, 5248:9, 5250:8, 5251:15, 5251:16, 5253:22, 5254:11, 5254:12, 5254:23, 5255:10, 5255:14, 5255:18, 5256:10, 5257:6, 5257:7, 5258:4, 5258:10, 5258:11, 5258:17, 5258:18, 5258:20, 5259:5, 5259:13, 5259:17, 5259:20, 5259:22, 5259:23, 5260:4, 5262:4, 5262:10, 5262:24, 5263:11, 5263:13, 5263:19, 5264:20, 5265:6, 5266:19, 5266:22, 5266:24, 5267:2, 5267:6, 5267:10, 5267:11, 5267:24, 5268:3, 5269:12, 5269:17, 5270:14, 5270:17, 5271:10, 5271:15, 5271:21, 5271:22, 5272:2, 5272:9, 5272:11, 5272:13, 5272:19, 5272:24, 5273:4, 5273:6, 5273:15, 5273:18, 5274:10, 5278:5, 5278:9, 5278:10, 5278:15, 5279:17, 5280:8, 5281:3, 5281:4, 5284:12, 5284:13, 5284:15, 5284:24, 5285:10, 5285:21, 5285:24, 5286:1, 5286:18, 5286:19, 5286:22, 5287:5, 5287:7, 5287:10, 5287:15, 5287:19, 5288:2, 5288:16, 5288:19, 5289:10, 5289:24, 5290:7, 5290:8, 5290:9, 5291:24, 5292:9, 5293:3, 5293:6, 5293:14, 5293:23, 5294:9, 5294:14, 5296:4, 5296:8, 5296:19, 5297:6, 5297:11, 5297:20, 5298:2, 5298:14, 5298:17, 5298:20, 5299:14, 5299:22, 5300:1, 5300:2,

5300:3, 5300:4, 5300:15, 5301:4, 5302:22, 5303:11, 5303:17, 5304:13, 5304:15, 5306:10, 5307:12, 5307:14, 5308:1, 5309:13, 5309:14, 5310:2, 5310:10, 5310:11, 5310:15, 5310:20, 5310:21, 5311:10, 5311:12, 5311:17, 5312:8, 5312:9, 5312:19, 5312:21, 5313:5, 5313:6, 5313:10, 5313:13, 5313:14, 5313:15, 5313:19, 5314:6, 5314:12, 5314:16, 5314:17, 5315:3, 5315:4, 5315:13, 5315:15, 5315:17, 5315:23, 5316:4, 5316:5, 5316:8, 5316:10, 5316:15, 5316:18, 5316:21, 5317:7, 5317:11, 5317:17, 5317:20, 5318:16, 5319:4, 5319:15, 5319:16, 5319:25, 5320:4, 5320:7, 5320:12, 5320:14, 5320:18, 5320:22, 5321:3, 5321:5, 5321:12, 5321:14, 5322:4, 5322:23, 5323:3, 5323:16, 5323:20, 5324:3, 5324:18, 5324:20, 5325:8, 5325:12, 5325:15, 5325:18, 5325:22, 5325:25, 5326:1, 5326:12, 5326:14, 5327:10, 5327:15, 5328:6, 5328:13, 5329:6, 5329:8, 5329:16, 5329:18, 5329:24, 5330:7, 5330:9, 5330:10, 5330:19, 5330:20, 5332:21, 5335:1, 5335:8, 5336:13, 5336:18, 5337:4, 5337:5, 5337:21, 5337:25, 5338:2, 5338:5, 5338:6, 5338:8, 5339:1, 5339:9, 5340:1, 5340:3, 5340:4, 5340:8, 5340:11,

5340:16, 5341:1, 5341:7, 5341:9, 5341:10, 5341:23, 5341:25, 5342:6, 5342:10, 5342:11, 5342:24, 5343:4, 5343:8, 5343:13, 5343:14, 5343:16, 5343:18, 5344:10, 5344:17, 5344:21, 5344:23, 5345:5, 5345:8, 5345:12, 5345:13, 5345:15, 5345:19, 5345:20, 5345:21, 5345:23, 5346:8, 5346:20, 5347:3, 5347:23, 5348:11, 5348:23, 5348:24, 5349:11, 5349:12, 5351:17, 5351:18, 5352:5, 5352:17, 5353:4, 5354:13, 5354:14, 5354:23, 5354:24, 5355:3, 5355:11, 5355:18, 5355:20, 5356:3, 5356:4, 5356:13, 5357:16, 5357:23, 5358:11, 5358:12, 5358:17, 5358:22, 5359:12, 5360:11, 5360:23, 5361:2, 5361:6, 5361:7, 5361:22, 5362:7, 5363:2, 5363:3, 5363:5, 5363:14, 5364:6, 5364:23, 5365:8, 5365:19, 5365:21, 5366:3, 5366:14, 5366:16, 5371:18, 5372:3, 5373:19, 5374:10, 5374:14, 5374:21, 5377:1, 5377:21, 5378:6, 5378:11, 5378:19, 5379:1, 5379:4, 5379:6, 5379:11, 5379:20, 5380:7, 5381:8, 5381:13, 5381:17, 5382:14, 5382:20, 5382:23, 5382:24, 5382:25, 5383:15, 5383:20, 5384:8, 5384:14, 5384:23, 5385:9, 5385:21, 5386:1, 5386:2, 5386:3, 5387:15, 5389:12, 5389:20, 5389:22, 5389:24, 5390:16,

5390:17, 5392:1
**THOMAS** [1] - 5235:22
**THORNHILL** [2] - 5235:21, 5235:22
**those** [52] - 5241:11, 5242:3, 5242:11, 5242:18, 5243:8, 5243:14, 5243:21, 5244:5, 5251:22, 5253:20, 5253:24, 5254:8, 5255:23, 5260:3, 5262:14, 5274:7, 5277:2, 5277:6, 5282:10, 5282:21, 5288:24, 5306:18, 5307:9, 5311:5, 5323:20, 5325:9, 5334:3, 5335:1, 5337:4, 5337:15, 5338:12, 5339:3, 5339:15, 5342:4, 5343:25, 5354:18, 5361:7, 5363:8, 5371:11, 5373:24, 5374:1, 5374:6, 5374:8, 5374:23, 5375:8, 5378:7, 5380:2, 5382:7, 5382:13, 5382:22, 5386:15
**though** [13] - 5251:13, 5265:14, 5285:16, 5301:16, 5313:1, 5313:23, 5314:9, 5324:9, 5349:25, 5354:7, 5363:9, 5375:5, 5386:23
**thought** [7] - 5270:18, 5270:23, 5270:25, 5327:17, 5351:10, 5351:25, 5355:23
**three** [10] - 5247:14, 5254:6, 5262:1, 5300:21, 5307:5, 5308:15, 5340:16, 5366:12, 5370:9, 5383:7
**through** [23] - 5242:21, 5254:24, 5273:15, 5274:2, 5275:16, 5276:1, 5276:23, 5296:19, 5324:18, 5329:11, 5334:5, 5344:8, 5350:13, 5353:4, 5355:7, 5355:19, 5362:12, 5371:9,

5371:12, 5379:19, 5382:6, 5382:17, 5390:3
**Thunder** [5] - 5302:7, 5302:9, 5302:12, 5303:25
**Thursday** [1] - 5234:9
**THURSDAY** [1] - 5241:2
**till** [2] - 5245:1, 5318:20
**Tim** [1] - 5242:13
**time** [111] - 5241:18, 5242:16, 5242:22, 5247:25, 5250:8, 5250:16, 5250:19, 5252:5, 5257:22, 5257:24, 5262:24, 5264:10, 5265:9, 5265:13, 5268:14, 5268:16, 5268:18, 5275:12, 5276:2, 5278:25, 5281:21, 5289:7, 5290:5, 5290:8, 5291:23, 5291:24, 5292:6, 5292:12, 5292:15, 5292:16, 5292:18, 5292:19, 5292:21, 5292:24, 5292:25, 5293:1, 5294:14, 5295:15, 5295:17, 5295:25, 5296:5, 5299:22, 5301:4, 5301:5, 5301:10, 5301:13, 5301:15, 5303:22, 5304:8, 5304:13, 5304:21, 5305:7, 5307:11, 5308:1, 5311:12, 5311:23, 5311:25, 5315:18, 5316:9, 5316:10, 5319:15, 5320:4, 5322:13, 5323:10, 5326:15, 5326:21, 5326:25, 5327:3, 5327:12, 5328:2, 5328:3, 5328:7, 5328:8, 5329:7, 5333:23, 5337:21, 5342:2, 5347:16, 5348:11, 5350:9, 5353:19, 5361:1, 5363:21, 5367:1, 5367:18, 5368:7, 5370:17, 5370:22, 5370:23, 5370:24, 5371:10, 5371:15, 5371:16,

5371:25, 5372:21, 5373:12, 5374:1, 5374:10, 5375:12, 5376:8, 5380:23, 5381:17, 5381:24, 5382:5, 5385:23, 5388:8
**times** [7] - 5241:12, 5274:9, 5280:24, 5296:19, 5297:4, 5297:5, 5306:7
**timing** [3] - 5369:22, 5377:14, 5377:15
**Timothy** [1] - 5243:12
**title** [5] - 5266:24, 5337:19, 5340:4
**TO** [2] - 5234:11, 5252:11
**TO's** [1] - 5295:4
**today** [16] - 5244:9, 5244:13, 5248:5, 5353:12, 5355:10, 5357:9, 5358:3, 5382:8, 5382:12, 5384:21, 5384:22, 5387:9, 5388:7, 5388:20, 5388:24, 5392:9
**together** [5] - 5260:2, 5260:4, 5331:22, 5345:24, 5353:2, 5380:4
**told** [11] - 5247:9, 5300:7, 5341:18, 5345:2, 5352:15, 5352:21, 5352:23, 5357:8, 5357:21, 5358:4, 5385:1
**TOLLES** [1] - 5238:16
**Tolleson** [20] - 5331:21, 5332:9, 5332:22, 5333:12, 5333:20, 5333:21, 5334:1, 5334:3, 5334:16, 5334:18, 5336:5, 5336:12, 5336:16, 5336:17, 5337:16, 5339:7, 5344:23, 5345:2, 5345:4, 5347:1
**Tolleson's** [3] - 5334:11, 5334:15, 5338:14
**tomorrow** [3] - 5244:9, 5244:13, 5245:1
**tonight** [1] - 5244:24
**too** [12] - 5249:17,

5249:19, 5249:22, 5304:7, 5335:9, 5353:16, 5355:9, 5356:22, 5369:11
**took** [6] - 5258:11, 5294:9, 5296:12, 5347:14, 5372:10, 5377:1
**tool** [4] - 5353:18, 5353:20, 5366:16, 5371:14
**top** [6] - 5273:20, 5298:20, 5319:2, 5341:11, 5357:12, 5386:6
**TORTS** [2] - 5236:11, 5236:20
**total** [6] - 5300:4, 5309:17, 5309:25, 5330:25, 5388:18
**totally** [5] - 5256:24, 5283:20, 5283:24, 5284:2, 5284:3
**toward** [1] - 5351:2
**TOWER** [2] - 5238:21, 5239:12
**track** [1] - 5320:1
**Trahan** [4] - 5319:4, 5319:5, 5319:17, 5320:7
**trained** [1] - 5332:3
**training** [1] - 5332:1
**TRANSCRIPT** [2] - 5234:21, 5239:25
**transcript** [3] - 5273:21, 5273:23, 5392:20
**transducer** [1] - 5280:19
**Transocean** [80] - 5241:16, 5251:1, 5252:1, 5252:6, 5252:11, 5252:13, 5257:5, 5257:9, 5259:8, 5259:21, 5260:1, 5260:5, 5260:12, 5260:13, 5260:14, 5265:7, 5265:10, 5265:20, 5267:25, 5268:12, 5278:22, 5279:17, 5285:5, 5285:12, 5285:22, 5287:2, 5287:7, 5287:19, 5287:24, 5288:8, 5289:5, 5291:22, 5291:25, 5292:8, 5293:6, 5293:14, 5294:17, 5295:5, 5295:6, 5297:5,

5297:20, 5298:9,
5298:21, 5300:8,
5300:15, 5305:24,
5306:2, 5306:4,
5307:15, 5313:6,
5315:8, 5315:14,
5317:3, 5319:7,
5321:10, 5322:10,
5323:5, 5323:16,
5327:11, 5328:20,
5329:13, 5331:2,
5333:15, 5337:13,
5339:18, 5339:20,
5339:21, 5339:24,
5341:4, 5341:5,
5348:2, 5351:3,
5351:9, 5352:1,
5352:21, 5352:23,
5373:14, 5373:19,
5374:4, 5378:11
    **TRANSOCEAN** [3] -
5238:8, 5238:8,
5238:10
    **Transocean's** [8] -
5305:23, 5310:16,
5339:21, 5347:16,
5352:25, 5373:24,
5374:18, 5374:23
    **transponder** [2] -
5385:16, 5386:18
    **transpose** [1] -
5307:14
    **transposed** [1] -
5344:20
    **traveling** [13] -
5375:14, 5375:15,
5375:16, 5375:19,
5375:20, 5375:22,
5375:23, 5376:4,
5376:7, 5376:13,
5376:20, 5376:24,
5377:3
    **tremendous** [2] -
5377:2, 5377:5
    **trend** [1] - 5319:22
    **TREX** [29] - 5247:13,
5248:19, 5258:4,
5262:1, 5263:12,
5266:18, 5269:11,
5271:12, 5273:23,
5281:22, 5285:18,
5289:15, 5293:12,
5298:6, 5300:12,
5307:20, 5310:8,
5314:25, 5318:15,
5319:1, 5320:10,
5321:2, 5326:9,
5327:20, 5340:1,
5340:4, 5347:2,
5347:19, 5364:25

    **tREX** [1] - 5318:15
    **TREX-03298.1** [1] -
5385:21
    **TREX-23067** [1] -
5349:5
    **TREX-5562** [1] -
5344:19
    **TREX-7708** [1] -
5340:15
    **TRIAL** [1] - 5234:21
    **trial** [1] - 5338:6
    **tried** [2] - 5295:10,
5389:8
    **trigger** [5] - 5279:24,
5280:14, 5280:15,
5282:1, 5291:1
    **trip** [1] - 5292:13
    **tripping** [1] - 5301:5
    **trips** [1] - 5292:23
    **TRITON** [1] - 5234:13
    **troubleshoot** [1] -
5304:9
    **true** [132] - 5246:14,
5247:11, 5248:17,
5250:13, 5250:23,
5251:1, 5251:5,
5251:24, 5252:3,
5252:7, 5253:24,
5255:19, 5256:1,
5257:5, 5258:1,
5259:11, 5259:13,
5259:14, 5259:18,
5260:1, 5261:3,
5261:5, 5262:24,
5263:2, 5264:9,
5265:11, 5265:15,
5265:22, 5268:2,
5268:20, 5268:23,
5269:2, 5269:3,
5269:25, 5271:6,
5273:5, 5273:7,
5284:24, 5285:11,
5285:12, 5287:20,
5287:25, 5288:12,
5288:14, 5289:17,
5293:8, 5294:25,
5297:7, 5297:10,
5297:12, 5300:1,
5302:17, 5305:24,
5306:2, 5306:11,
5307:3, 5307:9,
5311:4, 5311:25,
5313:11, 5313:21,
5316:24, 5317:8,
5317:24, 5322:9,
5324:24, 5325:5,
5327:8, 5329:25,
5330:2, 5332:2,
5332:8, 5332:10,
5332:25, 5333:1,

5337:5, 5340:23,
5340:25, 5341:13,
5342:7, 5342:20,
5344:5, 5346:15,
5346:22, 5347:17,
5349:13, 5351:1,
5351:12, 5352:2,
5352:16, 5352:21,
5353:4, 5353:6,
5353:9, 5353:19,
5353:21, 5353:23,
5354:10, 5354:12,
5354:17, 5354:25,
5355:15, 5356:1,
5358:5, 5358:9,
5358:21, 5359:3,
5359:14, 5359:15,
5359:19, 5359:21,
5360:14, 5360:17,
5360:21, 5361:4,
5362:9, 5362:13,
5362:24, 5364:10,
5365:9, 5365:12,
5365:14, 5365:18,
5366:22, 5368:17,
5378:7, 5379:15,
5384:21, 5384:22,
5392:20
    **trumpeting** [1] -
5310:23
    **trust** [3] - 5281:16,
5281:17, 5283:17
    **truthful** [1] - 5317:23
    **try** [10] - 5254:18,
5262:20, 5263:11,
5280:24, 5330:19,
5333:22, 5341:7,
5348:18, 5362:3,
5386:16
    **trying** [10] - 5248:6,
5262:5, 5268:9,
5280:8, 5325:21,
5330:6, 5341:25,
5356:9, 5372:1,
5382:24
    **turn** [2] - 5327:5,
5328:8
    **turned** [1] - 5331:10
    **turns** [1] - 5246:13
    **two** [45] - 5244:2,
5254:1, 5263:3,
5263:23, 5265:9,
5265:25, 5268:21,
5270:5, 5271:17,
5272:7, 5272:22,
5274:5, 5274:10,
5274:11, 5275:24,
5276:15, 5277:3,
5283:25, 5295:10,
5296:19, 5300:21,

5304:14, 5304:21,
5314:3, 5315:5,
5317:20, 5322:14,
5326:6, 5338:3,
5340:17, 5340:18,
5342:14, 5355:16,
5356:5, 5357:11,
5362:17, 5364:1,
5365:20, 5367:2,
5378:4, 5380:2,
5383:2, 5383:7,
5384:9
    **two-and-a-half** [1] -
5326:6
    **TX** [7] - 5236:5,
5238:15, 5238:24,
5239:8, 5239:13,
5239:16, 5239:20
    **type** [5] - 5246:14,
5247:3, 5247:5,
5272:12, 5302:18,
5387:8
    **types** [3] - 5263:1,
5272:12, 5341:2

# U

    **U.S** [6] - 5236:10,
5236:14, 5236:19,
5237:1, 5379:12,
5384:19
    **UK** [1] - 5388:3
    **ultimate** [1] -
5358:19
    **ultimately** [1] -
5359:21
    **Ultimately** [1] -
5359:23
    **unable** [4] - 5252:5,
5256:10, 5258:2,
5262:7
    **unavailability** [1] -
5360:20
    **under** [16] - 5244:13,
5244:18, 5245:21,
5246:1, 5248:15,
5252:1, 5271:13,
5271:18, 5274:22,
5286:10, 5286:20,
5297:10, 5309:1,
5337:22, 5357:23,
5358:24
    **UNDERHILL** [1] -
5236:11
    **underlying** [1] -
5337:23
    **understand** [42] -
5248:8, 5249:18,
5253:6, 5253:19,
5254:13, 5255:16,
5255:21, 5256:7,

5260:18, 5265:14,
5265:25, 5266:14,
5268:24, 5269:1,
5272:18, 5272:19,
5277:16, 5277:20,
5281:17, 5297:8,
5301:18, 5302:7,
5305:1, 5314:13,
5314:25, 5321:16,
5344:9, 5350:2,
5350:12, 5350:23,
5357:6, 5359:2,
5363:5, 5367:12,
5367:19, 5368:19,
5371:18, 5374:22,
5380:1, 5383:6,
5383:12
    **understanding** [6] -
5256:8, 5311:16,
5339:22, 5365:17,
5375:1, 5392:21
    **understands** [1] -
5355:11
    **understood** [6] -
5249:3, 5257:9,
5260:19, 5274:4,
5341:21, 5368:24
    **undertake** [1] -
5367:19, 5368:20,
5383:5
    **undertaken** [3] -
5386:3, 5389:13,
5390:24
    **undertook** [2] -
5390:2, 5390:19
    **UNIDENTIFIED** [1] -
5243:5
    **UNITED** [4] - 5234:1,
5234:15, 5234:23,
5236:10
    **United** [7] - 5242:7,
5330:11, 5338:4,
5349:16, 5385:23,
5392:19
    **unless** [1] - 5386:12
    **unplanned** [3] -
5270:7, 5270:12,
5271:2
    **unreliable** [2] -
5280:24, 5386:8
    **unsatisfactory** [1] -
5317:14
    **unscientific** [1] -
5348:13
    **until** [8] - 5268:16,
5290:7, 5291:23,
5319:24, 5321:24,
5338:8, 5370:4,
5392:12
    **untruthful** [1] -

5318:1

**up** [60] - 5246:23, 5247:13, 5248:20, 5252:21, 5254:14, 5258:4, 5265:4, 5265:16, 5266:18, 5268:16, 5271:12, 5273:13, 5277:24, 5278:3, 5278:5, 5281:22, 5289:14, 5290:7, 5290:14, 5293:12, 5293:21, 5294:17, 5298:6, 5300:12, 5304:11, 5307:14, 5316:5, 5316:21, 5318:10, 5319:1, 5326:9, 5327:20, 5329:17, 5332:4, 5332:6, 5332:17, 5332:22, 5333:5, 5338:8, 5340:1, 5342:6, 5342:7, 5344:17, 5345:12, 5347:19, 5350:9, 5357:12, 5360:11, 5361:21, 5362:8, 5363:18, 5365:20, 5375:24, 5378:9, 5381:18, 5382:5, 5385:21, 5387:14, 5389:20

**update** [1] - 5319:20
**upgrade** [1] - 5389:5
**upgraded** [1] - 5389:1
**upon** [10] - 5261:11, 5283:21, 5283:25, 5284:7, 5320:20, 5334:8, 5334:24, 5335:10, 5358:23, 5374:6

**upper** [12] - 5299:15, 5367:14, 5367:16, 5370:1, 5370:8, 5370:12, 5370:17, 5370:21, 5371:8, 5371:13, 5372:12

**us** [22] - 5243:5, 5247:9, 5255:9, 5267:2, 5295:8, 5298:14, 5300:7, 5316:20, 5324:8, 5329:19, 5331:1, 5333:3, 5333:6, 5333:16, 5335:20, 5335:25, 5339:22, 5345:2, 5349:11, 5349:24, 5374:16, 5383:25

**use** [43] - 5246:4,

5251:15, 5251:20, 5251:21, 5253:12, 5253:18, 5260:9, 5265:7, 5265:8, 5265:24, 5268:9, 5271:16, 5271:17, 5272:5, 5272:12, 5272:22, 5278:18, 5280:17, 5287:8, 5287:25, 5288:24, 5289:25, 5301:5, 5307:13, 5326:24, 5344:1, 5355:13, 5356:19, 5356:20, 5357:7, 5357:21, 5362:6, 5367:13, 5369:18, 5382:1, 5386:11, 5387:21, 5388:24, 5388:25, 5389:3, 5390:8, 5391:1, 5391:15

**used** [46] - 5241:10, 5241:24, 5244:3, 5250:22, 5251:8, 5253:23, 5254:8, 5255:14, 5255:16, 5259:19, 5259:23, 5260:2, 5264:8, 5264:11, 5269:23, 5274:5, 5285:7, 5291:11, 5292:2, 5292:13, 5293:4, 5297:13, 5303:12, 5323:9, 5323:13, 5323:15, 5332:16, 5334:21, 5335:5, 5335:6, 5335:7, 5335:13, 5335:16, 5335:17, 5336:11, 5337:15, 5343:23, 5343:24, 5347:6, 5355:12, 5358:24, 5359:6, 5387:23, 5391:6, 5391:22

**users** [2] - 5260:15, 5266:8
**uses** [1] - 5387:6
**using** [13] - 5253:15, 5253:20, 5254:6, 5256:2, 5256:4, 5256:24, 5268:13, 5280:18, 5299:15, 5327:6, 5328:8, 5369:8, 5370:17
**utilize** [2] - 5284:5, 5353:7
**utilized** [1] - 5331:18
**utilizes** [1] - 5254:4
**utilizing** [2] - 5352:1, 5366:15

## V

**V** [9] - 5234:15, 5261:17, 5261:23, 5263:3, 5263:8, 5263:14, 5263:17, 5263:21, 5353:25
**VA** [1] - 5235:15
**valve** [4] - 5267:20, 5268:3, 5268:5, 5286:11
**valves** [4] - 5286:12, 5286:13, 5319:23, 5352:6
**Van** [1] - 5327:22
**variable** [2] - 5292:1, 5372:7
**various** [6] - 5242:24, 5248:11, 5259:14, 5302:21, 5340:9, 5390:20
**vary** [5] - 5251:6, 5251:8, 5251:10, 5251:22, 5251:23
**Vastar** [1] - 5266:4
**VBR** [10] - 5292:2, 5293:18, 5294:20, 5294:23, 5294:24, 5300:15, 5372:8, 5373:7, 5374:12
**VBRs** [12] - 5255:11, 5300:21, 5372:9, 5372:12, 5372:15, 5372:18, 5373:11, 5373:25, 5374:5, 5374:9, 5375:13, 5383:7
**velocities** [1] - 5371:20
**velocity** [2] - 5371:12, 5371:15
**verbally** [1] - 5334:16
**verbatim** [1] - 5317:7
**VERBATIM** [1] - 5266:18
**VERBATIM)** [1] - 5318:15
**verification** [3] - 5315:7, 5316:7, 5316:25
**verified** [1] - 5315:16
**verify** [3] - 5323:14, 5323:19, 5360:16
**versus** [2] - 5277:11, 5391:19
**very** [23] - 5241:19, 5243:7, 5244:14, 5245:5, 5251:23,

5255:12, 5258:24, 5259:10, 5260:11, 5278:9, 5302:23, 5303:2, 5304:18, 5305:19, 5325:7, 5335:4, 5338:5, 5342:23, 5343:2, 5344:10, 5344:17, 5345:21, 5353:25
**vested** [1] - 5355:10
**vice** [1] - 5328:12
**vice-president** [1] - 5328:12
**videotaped** [1] - 5339:13
**videotapes** [1] - 5339:15
**view** [4] - 5249:8, 5327:7, 5328:5, 5328:6
**viewpoint** [1] - 5328:10
**VIRGINIA** [1] - 5235:15
**visit** [2] - 5303:22, 5317:17
**visited** [1] - 5331:20
**visual** [1] - 5310:15
**VON** [30] - 5239:15, 5349:3, 5350:11, 5350:17, 5357:1, 5357:4, 5357:5, 5359:9, 5359:11, 5360:3, 5360:5, 5361:19, 5361:20, 5362:1, 5362:2, 5362:21, 5362:23, 5363:25, 5364:3, 5364:6, 5364:11, 5364:21, 5364:22, 5365:1, 5365:3, 5365:20, 5365:22, 5366:11, 5366:13, 5367:1
**Von** [2] - 5240:9, 5350:7
**Vs** [1] - 5263:23

## W

**W** [2] - 5236:2, 5239:5
**wait** [4] - 5243:24, 5244:20, 5244:22, 5319:24
**waiting** [1] - 5321:24
**walk** [1] - 5390:3
**WALKER** [1] - 5235:14

**WALTER** [1] - 5235:17
**WALTHER** [1] - 5239:2
**want** [35] - 5246:16, 5261:14, 5262:20, 5263:19, 5266:20, 5269:16, 5273:23, 5281:3, 5281:13, 5281:14, 5285:14, 5288:3, 5300:22, 5304:21, 5306:7, 5311:16, 5317:12, 5318:13, 5319:22, 5319:24, 5320:14, 5334:20, 5335:8, 5338:9, 5344:8, 5344:14, 5346:17, 5367:11, 5368:19, 5370:10, 5371:18, 5375:14, 5383:17, 5388:8, 5389:19
**wanted** [5] - 5244:8, 5280:21, 5290:1, 5296:7, 5330:18
**wants** [1] - 5245:4, 5262:19
**warn** [1] - 5346:1
**WAS** [2] - 5318:22, 5392:15
**WASHINGTON** [4] - 5236:18, 5236:23, 5237:4, 5238:3
**wasn't** [25] - 5246:21, 5266:12, 5266:16, 5280:10, 5287:21, 5295:2, 5295:7, 5295:16, 5301:13, 5303:7, 5310:20, 5312:23, 5313:21, 5314:6, 5314:19, 5315:16, 5316:14, 5316:20, 5323:20, 5330:24, 5333:12, 5337:7, 5342:3, 5343:23, 5355:14
**water** [1] - 5386:8
**waters** [1] - 5384:19
**way** [38] - 5249:9, 5252:4, 5254:18, 5261:3, 5261:7, 5267:8, 5270:10, 5281:15, 5284:15, 5284:25, 5285:3, 5288:1, 5289:9, 5290:12, 5296:4, 5303:11, 5304:4, 5304:21, 5309:13, 5309:15, 5310:3,

5312:20, 5313:13,
5317:20, 5330:10,
5335:19, 5339:17,
5339:24, 5341:20,
5345:20, 5345:21,
5355:20, 5366:8,
5372:4, 5373:5,
5388:1, 5388:2,
5388:11

**ways** [1] - 5254:12

**we** [260] - 5241:7,
5241:10, 5241:20,
5241:23, 5241:25,
5242:9, 5242:13,
5242:14, 5242:15,
5242:21, 5243:2,
5243:11, 5243:16,
5244:12, 5244:22,
5244:23, 5244:24,
5245:6, 5245:12,
5247:4, 5247:18,
5248:24, 5251:15,
5253:5, 5253:14,
5254:6, 5254:12,
5254:14, 5255:22,
5256:12, 5257:19,
5258:4, 5258:19,
5258:20, 5260:16,
5262:12, 5263:11,
5263:13, 5264:10,
5265:7, 5265:8,
5265:19, 5266:18,
5268:5, 5268:11,
5268:19, 5269:11,
5269:12, 5269:15,
5270:3, 5271:12,
5272:17, 5273:1,
5273:3, 5273:13,
5273:25, 5274:9,
5274:10, 5274:11,
5275:10, 5276:14,
5278:19, 5279:9,
5281:22, 5282:12,
5282:20, 5283:5,
5284:17, 5285:18,
5286:20, 5286:25,
5287:14, 5287:16,
5287:17, 5289:14,
5289:17, 5289:23,
5293:20, 5296:24,
5298:2, 5298:3,
5298:20, 5299:18,
5300:12, 5301:24,
5302:18, 5302:21,
5302:22, 5302:23,
5303:6, 5303:7,
5303:22, 5303:23,
5304:10, 5304:19,
5304:20, 5304:21,
5305:4, 5305:14,
5306:16, 5307:4,

5307:8, 5307:12,
5307:13, 5307:20,
5309:1, 5310:13,
5313:5, 5313:6,
5313:13, 5313:15,
5314:8, 5315:5,
5317:10, 5317:21,
5317:22, 5318:6,
5318:8, 5318:14,
5318:19, 5319:1,
5319:24, 5320:16,
5322:22, 5323:18,
5323:23, 5324:3,
5324:18, 5325:6,
5325:7, 5325:25,
5328:22, 5329:10,
5329:20, 5330:6,
5330:7, 5330:9,
5330:18, 5331:18,
5331:19, 5332:16,
5333:13, 5333:14,
5333:23, 5333:24,
5334:4, 5336:19,
5338:6, 5338:7,
5338:19, 5339:8,
5339:15, 5339:23,
5340:1, 5340:5,
5340:12, 5340:23,
5342:11, 5343:25,
5345:12, 5345:22,
5345:24, 5345:25,
5346:1, 5347:19,
5348:9, 5348:10,
5348:11, 5348:15,
5348:16, 5349:10,
5349:23, 5350:5,
5350:8, 5351:5,
5351:16, 5351:18,
5351:24, 5352:24,
5353:2, 5353:4,
5353:6, 5354:8,
5354:24, 5355:6,
5355:16, 5355:17,
5357:2, 5358:14,
5360:6, 5361:15,
5361:21, 5362:6,
5362:12, 5363:4,
5363:10, 5365:23,
5365:24, 5366:4,
5366:18, 5366:23,
5366:24, 5370:22,
5371:15, 5373:17,
5374:1, 5375:12,
5375:15, 5375:24,
5376:6, 5376:23,
5378:9, 5378:18,
5378:23, 5378:25,
5379:3, 5379:19,
5379:24, 5380:4,
5380:23, 5381:4,
5382:5, 5382:16,

5383:18, 5384:3,
5385:12, 5385:21,
5386:1, 5386:6,
5386:16, 5390:3,
5390:11, 5390:19,
5390:21, 5391:14,
5391:19, 5392:10

**we'll** [12] - 5241:17,
5248:1, 5258:21,
5279:4, 5304:20,
5319:16, 5339:9,
5356:23, 5365:21,
5371:17, 5372:4,
5379:18

**we're** [24] - 5244:19,
5244:20, 5255:21,
5256:7, 5261:4,
5266:23, 5269:17,
5274:25, 5275:10,
5275:22, 5277:6,
5277:10, 5278:7,
5284:16, 5289:3,
5298:8, 5341:1,
5341:3, 5341:10,
5345:9, 5359:23,
5371:15

**we've** [33] - 5242:14,
5243:12, 5243:18,
5244:10, 5253:4,
5256:16, 5268:11,
5270:2, 5271:8,
5275:5, 5276:15,
5277:14, 5277:15,
5284:3, 5291:19,
5291:22, 5296:19,
5296:23, 5296:24,
5297:4, 5300:13,
5306:4, 5306:12,
5318:4, 5339:15,
5352:19, 5355:1,
5371:5, 5372:3,
5372:8, 5391:2,
5391:6, 5392:4

**wearing** [1] -
5371:21

**week** [9] - 5245:11,
5342:11, 5342:24,
5343:14, 5343:15,
5343:16, 5343:18,
5343:20, 5344:11

**weekly** [1] - 5343:5

**weeks** [1] - 5341:3

**weighed** [1] - 5258:6

**weight** [2] - 5365:5,
5377:4

**well** [144] - 5241:19,
5243:7, 5244:7,
5244:12, 5244:14,
5246:5, 5246:6,
5246:21, 5246:24,

5247:1, 5247:2,
5247:4, 5247:10,
5247:21, 5248:12,
5248:22, 5250:22,
5251:3, 5251:7,
5251:9, 5251:10,
5251:14, 5251:16,
5251:18, 5251:19,
5251:22, 5251:23,
5252:1, 5253:1,
5254:5, 5255:6,
5255:16, 5256:10,
5256:24, 5256:25,
5257:24, 5258:14,
5258:15, 5258:24,
5259:5, 5260:11,
5261:4, 5261:5,
5262:18, 5265:19,
5265:23, 5266:8,
5267:16, 5268:21,
5269:1, 5269:3,
5269:5, 5269:6,
5269:7, 5269:12,
5269:14, 5271:23,
5272:10, 5274:6,
5274:20, 5278:24,
5279:11, 5279:23,
5283:15, 5285:23,
5290:17, 5292:3,
5293:1, 5293:4,
5296:2, 5296:23,
5298:2, 5300:24,
5301:12, 5302:6,
5304:5, 5306:7,
5306:12, 5310:2,
5316:25, 5317:25,
5318:2, 5319:10,
5321:12, 5321:19,
5321:22, 5321:24,
5322:1, 5322:7,
5322:8, 5322:22,
5323:15, 5323:25,
5324:7, 5325:19,
5325:24, 5325:25,
5327:13, 5327:15,
5329:17, 5330:5,
5330:25, 5336:12,
5342:22, 5345:20,
5351:19, 5357:24,
5358:14, 5358:24,
5360:11, 5363:20,
5366:1, 5366:8,
5366:16, 5367:20,
5367:22, 5367:24,
5368:3, 5368:4,
5368:13, 5369:3,
5369:5, 5369:8,
5369:19, 5370:3,
5370:18, 5372:1,
5372:15, 5372:19,
5373:22, 5375:10,

5377:5, 5382:2,
5382:21, 5383:12,
5391:25, 5392:10

**Well** [1] - 5373:19

**wellbore** [6] -
5260:21, 5261:3,
5261:7, 5300:19,
5324:17, 5365:5

**wells** [3] - 5259:24,
5302:14, 5306:8

**went** [17] - 5243:2,
5276:1, 5295:12,
5302:9, 5303:15,
5305:10, 5307:11,
5316:15, 5333:23,
5340:19, 5341:5,
5341:6, 5341:19,
5342:9, 5343:21,
5354:2, 5354:5

**weren't** [20] - 5243:4,
5289:8, 5291:6,
5294:16, 5300:13,
5303:23, 5310:22,
5310:24, 5311:9,
5313:23, 5315:19,
5315:21, 5316:2,
5316:18, 5318:5,
5318:6, 5324:2,
5341:4, 5390:6

**WEST** [20] - 5301:19,
5303:23, 5305:1,
5305:7, 5305:13,
5328:21, 5328:24,
5329:13, 5331:2,
5333:3, 5339:23,
5340:19, 5351:19,
5355:2, 5361:22,
5364:23, 5366:20,
5385:17, 5385:22,
5386:3

**what's** [11] -
5266:21, 5271:22,
5274:19, 5286:25,
5287:9, 5314:24,
5316:23, 5317:6,
5347:14, 5378:13,
5387:23

**whatever** [6] -
5245:12, 5285:14,
5290:1, 5300:8,
5306:7, 5348:18

**whatsoever** [1] -
5388:13

**WHEREUPON** [2] -
5318:22, 5392:15

**whether** [47] -
5247:20, 5252:15,
5258:7, 5269:1,
5274:4, 5277:10,
5277:11, 5285:15,

5287:18, 5287:23,
5288:2, 5288:5,
5289:8, 5290:8,
5291:9, 5305:2,
5307:5, 5308:1,
5317:22, 5323:16,
5335:19, 5349:11,
5355:20, 5360:8,
5363:2, 5363:10,
5369:6, 5373:15,
5373:23, 5374:4,
5374:12, 5375:1,
5375:2, 5377:15,
5377:18, 5378:14,
5379:7, 5379:18,
5381:14, 5381:23,
5382:12, 5383:6,
5383:8, 5383:21,
5384:1, 5384:17,
5389:11

**which** [72] - 5248:6,
5248:15, 5248:19,
5254:2, 5258:6,
5258:17, 5260:3,
5261:25, 5262:4,
5262:9, 5264:17,
5265:6, 5267:20,
5271:6, 5275:17,
5277:17, 5278:17,
5279:13, 5287:1,
5287:2, 5288:21,
5289:14, 5292:9,
5292:15, 5292:16,
5293:14, 5294:11,
5295:9, 5297:22,
5299:18, 5300:7,
5300:12, 5300:18,
5300:25, 5301:20,
5307:10, 5307:11,
5307:18, 5314:3,
5314:7, 5316:13,
5323:5, 5324:18,
5326:12, 5328:5,
5331:7, 5333:8,
5333:16, 5333:18,
5337:22, 5340:9,
5340:15, 5344:3,
5345:9, 5346:5,
5346:20, 5349:5,
5355:6, 5357:11,
5357:18, 5359:2,
5361:16, 5367:13,
5371:4, 5374:14,
5379:2, 5383:6,
5388:11, 5391:22

**Whichever** [1] -
5326:18

**while** [7] - 5275:22,
5295:24, 5295:25,
5298:8, 5339:19,
5343:21, 5390:5

**whilst** [2] - 5271:3,
5312:13

**WHITELEY** [1] -
5237:16

**whoever** [2] -
5278:5, 5278:10

**whole** [3] - 5299:23,
5342:9, 5388:17

**whom** [2] - 5347:21

**wife** [1] - 5331:6

**will** [32] - 5241:20,
5244:11, 5244:23,
5245:8, 5245:12,
5246:7, 5251:22,
5253:14, 5261:23,
5262:14, 5263:17,
5263:21, 5263:22,
5269:18, 5269:23,
5271:15, 5271:16,
5274:1, 5277:21,
5285:25, 5294:1,
5308:22, 5309:17,
5309:24, 5318:14,
5350:12, 5350:13,
5359:18, 5378:25,
5390:25, 5391:10

**William** [3] -
5281:18, 5281:20,
5327:22

**WILLIAMS** [2] -
5235:19, 5235:19

**WILLIAMSON** [2] -
5236:4, 5236:4

**Winfield** [1] -
5243:10

**WINFIELD** [1] -
5237:8

**wise** [1] - 5253:10

**with** [188] - 5241:10,
5241:11, 5241:24,
5242:13, 5243:17,
5244:3, 5244:6,
5245:6, 5246:23,
5246:25, 5247:16,
5250:3, 5252:25,
5256:6, 5256:23,
5256:25, 5257:7,
5257:9, 5257:25,
5258:8, 5258:19,
5263:16, 5263:21,
5266:17, 5267:13,
5267:16, 5268:18,
5269:16, 5269:19,
5270:3, 5270:9,
5270:11, 5270:14,
5270:22, 5271:6,
5271:17, 5273:10,
5273:11, 5273:19,
5274:5, 5275:20,
5276:14, 5278:7,

5279:15, 5280:25,
5281:1, 5281:25,
5282:18, 5283:8,
5283:10, 5283:16,
5283:20, 5284:21,
5284:24, 5286:3,
5287:10, 5287:24,
5288:2, 5291:3,
5291:17, 5294:18,
5295:10, 5296:23,
5298:2, 5299:5,
5299:25, 5300:21,
5301:6, 5301:11,
5302:9, 5305:24,
5306:2, 5306:6,
5306:23, 5307:2,
5307:16, 5308:15,
5309:6, 5309:10,
5309:21, 5309:24,
5310:2, 5310:4,
5310:6, 5310:19,
5311:8, 5311:18,
5311:21, 5312:7,
5312:17, 5312:22,
5316:15, 5320:7,
5320:25, 5321:10,
5321:11, 5321:21,
5324:8, 5325:12,
5325:13, 5329:6,
5329:16, 5329:21,
5330:3, 5330:5,
5330:13, 5330:16,
5331:20, 5331:21,
5332:9, 5333:5,
5333:11, 5333:21,
5334:18, 5336:5,
5336:12, 5338:25,
5339:7, 5339:15,
5340:20, 5342:6,
5342:7, 5344:3,
5349:8, 5349:9,
5351:10, 5352:6,
5352:7, 5357:21,
5358:9, 5359:6,
5359:7, 5359:13,
5360:14, 5363:6,
5363:17, 5363:18,
5363:20, 5363:22,
5364:18, 5366:1,
5366:3, 5366:23,
5368:5, 5368:14,
5368:16, 5368:23,
5369:1, 5369:12,
5370:3, 5370:10,
5371:12, 5372:6,
5373:14, 5374:1,
5375:11, 5375:16,
5375:17, 5375:21,
5376:20, 5376:22,
5377:2, 5378:2,
5378:12, 5378:13,

5379:23, 5379:24,
5380:1, 5381:21,
5381:25, 5382:6,
5382:9, 5382:20,
5383:15, 5383:22,
5384:5, 5384:6,
5384:8, 5384:14,
5385:6, 5385:17,
5386:15, 5389:7,
5389:11, 5389:22,
5390:22

**within** [3] - 5291:7,
5368:17, 5389:9

**without** [17] -
5242:10, 5243:8,
5244:5, 5254:17,
5261:16, 5269:5,
5290:3, 5296:8,
5302:5, 5309:12,
5311:15, 5311:17,
5313:7, 5335:6,
5355:9, 5369:12,
5387:4

**witness** [5] - 5243:2,
5243:3, 5271:22,
5349:15, 5376:6

**WITNESS** [9] -
5240:3, 5245:22,
5262:22, 5336:19,
5336:23, 5343:12,
5368:9, 5387:18,
5387:25

**witnesses** [3] -
5242:20, 5242:24,
5376:7

**WITTMANN** [2] -
5239:2, 5239:2

**won't** [2] - 5352:20,
5390:3

**wonder** [1] - 5349:2

**word** [9] - 5277:1,
5280:17, 5299:9,
5328:15, 5344:6,
5344:12, 5346:18,
5365:23, 5370:3

**words** [11] - 5250:2,
5269:4, 5269:5,
5297:13, 5297:17,
5297:18, 5297:19,
5298:12, 5298:15,
5361:7, 5369:18

**work** [32] - 5246:7,
5255:1, 5255:4,
5267:2, 5294:17,
5295:5, 5295:11,
5303:11, 5303:17,
5313:14, 5314:6,
5314:9, 5315:2,
5329:16, 5339:24,
5341:3, 5341:13,

5348:2, 5348:20,
5354:10, 5378:2,
5378:3, 5379:14,
5379:25, 5380:3,
5380:8, 5383:14,
5383:20, 5386:17,
5391:25

**worked** [16] -
5275:18, 5330:19,
5331:20, 5347:7,
5348:8, 5348:14,
5348:19, 5348:24,
5352:19, 5370:17,
5378:14, 5379:2,
5379:21, 5379:25,
5380:23, 5385:9

**worked'** [1] - 5348:5

**working** [12] -
5322:5, 5329:10,
5339:19, 5347:10,
5351:4, 5351:6,
5357:12, 5377:25,
5378:6, 5387:20,
5387:21

**works** [1] - 5319:7

**world** [3] - 5385:13,
5388:10, 5388:16

**worry** [1] - 5262:1

**worse** [1] - 5331:8

**would** [174] -
5242:15, 5242:21,
5244:25, 5246:8,
5246:15, 5246:25,
5250:14, 5251:4,
5251:15, 5252:25,
5253:8, 5254:1,
5254:12, 5256:2,
5256:6, 5256:13,
5256:23, 5260:2,
5260:3, 5260:10,
5260:14, 5260:20,
5261:2, 5261:25,
5263:5, 5263:16,
5263:20, 5263:23,
5264:13, 5266:9,
5266:12, 5267:5,
5267:25, 5268:3,
5268:12, 5268:19,
5270:23, 5270:25,
5273:6, 5273:10,
5274:12, 5274:17,
5275:18, 5275:19,
5276:11, 5276:12,
5276:13, 5277:25,
5278:19, 5278:23,
5278:25, 5279:4,
5279:7, 5279:9,
5279:11, 5279:12,
5279:13, 5279:15,
5280:4, 5280:16,

5280:17, 5280:21,
5280:23, 5281:2,
5281:14, 5281:15,
5282:6, 5282:9,
5282:18, 5283:13,
5286:1, 5287:2,
5287:3, 5287:21,
5288:19, 5289:6,
5289:10, 5289:13,
5289:22, 5290:4,
5290:17, 5290:21,
5290:24, 5290:25,
5291:7, 5294:20,
5297:9, 5298:2,
5298:3, 5298:10,
5298:19, 5299:25,
5300:3, 5302:5,
5302:22, 5304:18,
5304:19, 5305:10,
5305:11, 5306:25,
5308:21, 5309:22,
5311:10, 5311:16,
5313:14, 5323:5,
5325:20, 5330:3,
5330:13, 5330:16,
5332:8, 5332:13,
5332:20, 5332:21,
5335:5, 5336:16,
5336:23, 5337:20,
5339:4, 5343:4,
5343:15, 5343:23,
5344:12, 5347:4,
5348:10, 5348:19,
5348:20, 5352:14,
5353:8, 5353:13,
5353:21, 5353:23,
5353:25, 5354:16,
5364:13, 5364:20,
5365:17, 5365:23,
5365:24, 5368:2,
5368:14, 5369:4,
5369:6, 5369:10,
5369:14, 5369:17,
5371:6, 5375:20,
5376:24, 5377:2,
5377:13, 5378:2,
5378:18, 5378:24,
5379:10, 5379:12,
5379:25, 5380:14,
5386:22, 5388:15,
5388:17, 5390:11,
5390:24, 5391:15

**would've** [1] - 5290:1
**wouldn't** [12] -
5256:4, 5257:2,
5257:3, 5274:8,
5275:17, 5275:20,
5280:22, 5281:13,
5282:10, 5283:14,
5295:8, 5337:6
**WRIGHT** [1] - 5235:3

**write** [2] - 5361:6
**writing** [5] - 5244:18,
5250:8, 5322:12,
5338:11, 5342:10
**written** [11] -
5309:20, 5310:4,
5310:7, 5313:13,
5334:7, 5334:24,
5335:9, 5337:15,
5341:14, 5341:15,
5374:4
**wrong** [2] - 5331:2,
5351:10
**wrote** [4] - 5310:2,
5327:11, 5345:3,
5352:4

# X

**X** [1] - 5240:1

# Y

**y'all** [1] - 5282:1
**yeah** [6] - 5310:21,
5327:19, 5327:23,
5327:24, 5333:18,
5378:4
**year** [11] - 5308:16,
5310:16, 5311:20,
5312:15, 5320:22,
5326:15, 5326:17,
5328:2, 5339:1,
5390:12
**yearly** [2] - 5310:13,
5312:12
**years** [14] - 5260:16,
5268:19, 5302:3,
5304:14, 5307:4,
5307:6, 5308:10,
5308:15, 5319:21,
5319:25, 5326:6,
5326:17, 5358:5
**yellow** [10] - 5276:6,
5276:23, 5277:9,
5284:18, 5284:22,
5322:14, 5351:1,
5378:1, 5380:7
**yes** [301] - 5241:9,
5245:22, 5246:8,
5246:15, 5247:8,
5247:12, 5247:25,
5248:3, 5248:14,
5248:18, 5248:22,
5249:5, 5249:9,
5249:14, 5249:18,
5249:21, 5250:4,
5250:16, 5250:19,
5251:12, 5252:4,

5252:13, 5252:24,
5253:3, 5253:11,
5253:21, 5255:7,
5255:16, 5256:22,
5258:2, 5258:10,
5258:14, 5258:15,
5258:23, 5259:4,
5259:7, 5259:18,
5260:4, 5260:9,
5260:13, 5260:16,
5262:8, 5262:22,
5263:7, 5263:15,
5263:24, 5264:13,
5265:5, 5265:12,
5265:19, 5265:24,
5268:15, 5270:2,
5270:10, 5270:13,
5270:14, 5270:16,
5270:23, 5270:25,
5271:8, 5271:11,
5272:24, 5273:2,
5274:13, 5274:18,
5274:19, 5274:21,
5274:23, 5275:3,
5275:14, 5276:3,
5276:8, 5276:11,
5276:21, 5277:5,
5277:25, 5278:4,
5278:9, 5278:14,
5278:19, 5279:12,
5279:15, 5279:22,
5280:13, 5280:16,
5281:19, 5282:11,
5283:7, 5283:12,
5283:15, 5284:1,
5284:9, 5284:23,
5286:9, 5287:6,
5287:9, 5288:14,
5288:15, 5288:23,
5289:13, 5289:20,
5290:3, 5291:2,
5291:5, 5291:13,
5291:17, 5292:4,
5292:13, 5293:16,
5293:19, 5294:6,
5294:9, 5294:14,
5294:22, 5295:1,
5295:3, 5295:12,
5295:15, 5295:21,
5295:24, 5297:4,
5297:13, 5297:14,
5297:19, 5298:10,
5298:22, 5299:13,
5299:17, 5301:1,
5301:5, 5301:9,
5302:5, 5302:13,
5303:17, 5304:10,
5304:25, 5305:4,
5306:1, 5306:4,
5306:15, 5306:22,
5307:8, 5307:9,

5307:10, 5307:19,
5308:7, 5308:11,
5308:18, 5308:23,
5309:5, 5309:20,
5310:5, 5310:10,
5310:12, 5313:7,
5314:24, 5318:14,
5318:18, 5319:13,
5319:15, 5319:19,
5320:6, 5320:15,
5320:19, 5321:6,
5321:13, 5321:15,
5321:20, 5322:3,
5322:8, 5322:16,
5322:23, 5323:18,
5324:1, 5324:3,
5324:7, 5324:22,
5324:25, 5325:2,
5325:17, 5325:25,
5326:5, 5326:14,
5327:9, 5327:13,
5328:1, 5328:4,
5328:6, 5328:11,
5328:22, 5328:23,
5329:5, 5332:10,
5333:1, 5334:10,
5336:19, 5337:19,
5338:10, 5339:14,
5339:20, 5340:3,
5340:7, 5340:14,
5341:19, 5342:16,
5344:22, 5345:1,
5345:4, 5345:7,
5345:11, 5345:21,
5346:4, 5346:7,
5347:9, 5347:12,
5347:14, 5347:18,
5348:1, 5348:3,
5349:9, 5350:22,
5351:5, 5351:13,
5352:17, 5353:3,
5356:2, 5356:8,
5356:17, 5357:2,
5358:15, 5359:1,
5359:16, 5360:10,
5360:15, 5360:18,
5360:24, 5361:6,
5361:9, 5361:11,
5361:13, 5363:16,
5365:10, 5365:19,
5367:5, 5367:15,
5367:18, 5368:17,
5369:13, 5369:20,
5370:4, 5370:9,
5370:15, 5370:19,
5371:23, 5372:3,
5372:11, 5372:14,
5372:17, 5372:21,
5373:2, 5373:9,
5373:16, 5375:7,
5375:18, 5376:12,

5376:15, 5376:18,
5376:22, 5377:4,
5377:10, 5377:13,
5377:23, 5378:23,
5379:3, 5380:16,
5380:19, 5380:22,
5381:1, 5381:7,
5381:11, 5381:15,
5382:3, 5382:15,
5382:23, 5383:11,
5384:13, 5384:16,
5384:22, 5384:25,
5385:12, 5385:20,
5386:16, 5386:22,
5386:25, 5387:8,
5388:18, 5388:25,
5390:1, 5391:2,
5391:23
**yesterday** [39] -
5244:3, 5253:14,
5254:2, 5262:3,
5278:19, 5297:5,
5297:10, 5303:4,
5303:10, 5304:7,
5305:1, 5306:16,
5310:23, 5315:20,
5324:19, 5326:3,
5326:12, 5331:18,
5338:12, 5343:2,
5345:25, 5346:1,
5346:5, 5351:18,
5351:25, 5354:9,
5358:14, 5359:13,
5360:6, 5361:16,
5373:6, 5374:16,
5375:14, 5376:19,
5377:8, 5381:11,
5382:8, 5388:7,
5388:20
**yet** [3] - 5303:7,
5310:23, 5364:9
**YOAKUM** [1] -
5236:5
**you** [771] - 5241:22,
5242:4, 5242:19,
5243:3, 5243:9,
5243:24, 5244:2,
5244:15, 5245:5,
5245:8, 5245:10,
5245:12, 5245:14,
5245:18, 5245:19,
5246:1, 5246:13,
5246:18, 5246:19,
5246:23, 5246:25,
5247:2, 5247:3,
5247:5, 5247:6,
5247:7, 5247:8,
5247:9, 5247:13,
5247:14, 5247:18,
5247:19, 5247:23,
5248:4, 5248:20,

5248:23, 5248:24,
5249:5, 5249:15,
5249:16, 5249:18,
5249:19, 5249:20,
5249:21, 5249:22,
5249:25, 5250:2,
5250:3, 5250:11,
5250:14, 5251:17,
5251:20, 5252:5,
5252:10, 5252:14,
5252:15, 5252:19,
5252:25, 5253:12,
5254:1, 5254:17,
5254:18, 5254:21,
5254:22, 5254:25,
5255:1, 5255:13,
5255:17, 5255:23,
5256:2, 5256:4,
5256:8, 5256:9,
5256:21, 5256:23,
5257:3, 5257:7,
5257:18, 5257:20,
5258:5, 5258:6,
5258:11, 5258:25,
5259:8, 5260:10,
5260:14, 5260:18,
5260:25, 5261:5,
5261:6, 5261:10,
5261:11, 5261:13,
5261:14, 5261:24,
5261:25, 5262:3,
5262:9, 5262:14,
5262:15, 5262:20,
5263:5, 5263:6,
5263:12, 5265:23,
5266:8, 5266:10,
5266:19, 5266:20,
5266:21, 5266:22,
5266:23, 5267:2,
5267:3, 5267:5,
5267:9, 5267:10,
5268:8, 5268:12,
5269:1, 5269:2,
5269:9, 5269:15,
5269:17, 5269:18,
5269:20, 5269:24,
5270:9, 5270:11,
5270:13, 5270:14,
5270:16, 5270:22,
5271:1, 5271:6,
5271:9, 5271:12,
5271:16, 5271:25,
5272:2, 5272:4,
5272:18, 5272:19,
5272:20, 5273:8,
5273:14, 5273:16,
5273:23, 5273:24,
5274:1, 5274:4,
5274:15, 5274:19,
5274:20, 5274:21,
5274:22, 5274:24,

5275:15, 5275:17,
5275:19, 5275:25,
5276:18, 5276:19,
5277:2, 5277:7,
5277:9, 5277:11,
5277:16, 5278:10,
5278:21, 5278:24,
5279:17, 5279:24,
5280:8, 5280:17,
5280:20, 5280:21,
5280:22, 5281:2,
5281:12, 5281:17,
5282:21, 5282:24,
5283:6, 5283:8,
5283:20, 5283:24,
5284:2, 5284:21,
5285:14, 5285:15,
5285:25, 5286:1,
5286:5, 5286:10,
5286:24, 5286:25,
5287:1, 5287:12,
5287:13, 5287:18,
5287:21, 5287:23,
5288:5, 5288:6,
5289:8, 5290:5,
5290:11, 5290:21,
5291:9, 5291:20,
5292:1, 5292:5,
5292:11, 5292:21,
5292:24, 5292:25,
5293:1, 5293:10,
5293:14, 5293:17,
5294:14, 5294:16,
5295:5, 5295:14,
5295:17, 5296:7,
5296:16, 5296:19,
5296:20, 5297:1,
5297:3, 5297:5,
5297:6, 5297:8,
5297:9, 5297:10,
5297:11, 5297:14,
5297:15, 5297:16,
5297:18, 5297:25,
5298:5, 5298:11,
5298:12, 5298:14,
5298:17, 5298:20,
5298:23, 5299:1,
5299:24, 5299:25,
5300:7, 5300:22,
5300:24, 5300:25,
5301:10, 5301:18,
5301:19, 5301:20,
5301:23, 5302:1,
5302:4, 5302:7,
5302:11, 5302:18,
5303:1, 5303:4,
5303:10, 5303:19,
5304:3, 5304:7,
5304:15, 5305:1,
5305:13, 5305:17,
5305:20, 5306:7,

5306:11, 5306:13,
5306:14, 5306:20,
5307:3, 5307:5,
5307:7, 5307:9,
5307:14, 5307:16,
5307:17, 5307:25,
5308:2, 5308:8,
5308:9, 5308:12,
5309:6, 5309:10,
5309:21, 5309:24,
5310:3, 5310:4,
5310:5, 5310:6,
5310:17, 5310:19,
5310:22, 5310:23,
5310:24, 5311:8,
5311:9, 5311:12,
5311:18, 5311:21,
5311:24, 5312:2,
5312:6, 5312:17,
5312:22, 5313:11,
5313:17, 5314:3,
5314:24, 5314:25,
5315:2, 5315:19,
5315:20, 5315:21,
5316:2, 5316:3,
5316:11, 5316:13,
5316:16, 5316:18,
5316:19, 5316:21,
5317:6, 5317:12,
5318:12, 5318:13,
5318:16, 5319:2,
5319:4, 5319:16,
5319:20, 5320:7,
5320:14, 5320:25,
5321:3, 5321:5,
5321:7, 5321:9,
5321:16, 5322:9,
5322:13, 5322:25,
5323:4, 5324:8,
5324:10, 5324:12,
5324:13, 5324:15,
5324:16, 5324:20,
5325:4, 5325:9,
5325:10, 5326:2,
5326:9, 5326:12,
5326:24, 5327:2,
5327:4, 5327:6,
5327:23, 5327:24,
5328:5, 5328:8,
5328:16, 5329:11,
5329:17, 5329:21,
5330:3, 5330:5,
5330:12, 5330:13,
5330:16, 5330:23,
5331:14, 5331:15,
5331:17, 5331:23,
5331:24, 5332:4,
5332:6, 5332:7,
5332:12, 5332:19,
5332:24, 5333:2,
5333:3, 5333:6,

5333:16, 5333:17,
5333:18, 5333:19,
5333:20, 5333:25,
5334:7, 5334:13,
5334:17, 5334:18,
5334:23, 5334:24,
5334:25, 5335:1,
5335:3, 5335:9,
5335:10, 5335:12,
5335:14, 5335:19,
5335:25, 5336:1,
5336:7, 5336:13,
5336:14, 5336:17,
5336:19, 5337:4,
5337:10, 5338:9,
5339:21, 5340:12,
5340:17, 5340:21,
5341:9, 5341:12,
5341:17, 5341:18,
5341:23, 5341:24,
5342:6, 5342:7,
5342:17, 5343:1,
5343:2, 5343:18,
5343:19, 5343:25,
5344:8, 5344:12,
5344:14, 5345:2,
5345:3, 5345:13,
5345:15, 5345:18,
5345:22, 5345:24,
5346:17, 5346:20,
5346:24, 5347:3,
5347:19, 5348:6,
5348:8, 5348:13,
5348:15, 5349:6,
5349:7, 5349:8,
5349:11, 5350:9,
5350:18, 5350:19,
5350:21, 5351:3,
5351:6, 5351:8,
5351:14, 5351:17,
5351:22, 5351:25,
5352:8, 5352:15,
5353:12, 5354:7,
5354:9, 5354:14,
5354:15, 5354:22,
5355:1, 5355:2,
5355:10, 5355:11,
5355:12, 5355:17,
5355:18, 5355:21,
5355:23, 5356:1,
5356:3, 5356:7,
5356:16, 5356:18,
5356:20, 5357:6,
5357:8, 5357:15,
5357:19, 5357:21,
5358:4, 5358:16,
5358:25, 5359:7,
5359:12, 5359:14,
5359:21, 5360:9,
5360:11, 5360:14,
5361:1, 5361:2,

5361:8, 5361:16,
5361:21, 5362:3,
5362:4, 5362:5,
5362:8, 5362:15,
5362:21, 5363:1,
5363:2, 5363:11,
5363:15, 5363:17,
5363:22, 5363:23,
5364:4, 5364:20,
5365:1, 5365:6,
5365:8, 5365:9,
5365:12, 5365:13,
5365:18, 5366:2,
5366:8, 5366:9,
5366:17, 5367:1,
5367:6, 5367:11,
5367:12, 5367:13,
5367:19, 5367:23,
5367:24, 5368:4,
5368:9, 5368:13,
5368:15, 5368:20,
5368:23, 5369:6,
5369:7, 5369:13,
5369:14, 5369:15,
5369:17, 5369:21,
5370:5, 5370:10,
5371:1, 5371:11,
5371:17, 5371:18,
5371:24, 5373:3,
5373:6, 5373:7,
5373:11, 5373:19,
5373:22, 5373:23,
5374:3, 5374:8,
5374:12, 5374:17,
5375:1, 5375:8,
5375:9, 5375:13,
5375:19, 5376:19,
5377:2, 5377:8,
5378:2, 5378:12,
5378:19, 5378:22,
5378:25, 5379:10,
5379:12, 5379:19,
5379:25, 5380:1,
5380:10, 5380:12,
5380:14, 5380:23,
5380:25, 5381:2,
5381:8, 5381:13,
5381:16, 5381:23,
5382:6, 5382:9,
5382:12, 5382:13,
5382:14, 5382:25,
5383:2, 5383:3,
5383:5, 5383:14,
5383:17, 5383:20,
5383:25, 5384:3,
5384:12, 5384:23,
5384:24, 5385:1,
5385:4, 5385:7,
5385:10, 5385:17,
5386:2, 5386:13,
5386:15, 5386:20,

5386:21, 5387:22,
5387:24, 5388:4,
5388:7, 5388:19,
5389:1, 5389:15,
5389:16, 5389:18,
5390:2, 5390:5,
5390:6, 5390:7,
5390:10, 5390:11,
5390:25, 5391:4,
5391:5, 5391:10,
5391:14, 5392:13
  **you'll** [6] - 5253:19,
5349:23, 5351:15,
5352:5, 5361:25,
5379:19
  **you're** [70] - 5245:21,
5249:16, 5249:25,
5251:17, 5251:20,
5251:21, 5253:16,
5253:19, 5254:4,
5254:6, 5254:19,
5254:20, 5255:3,
5255:13, 5256:8,
5257:17, 5263:3,
5268:9, 5268:25,
5277:8, 5277:10,
5277:11, 5277:18,
5280:6, 5281:10,
5284:3, 5284:5,
5292:21, 5297:5,
5297:10, 5303:14,
5306:10, 5311:7,
5311:8, 5311:14,
5312:3, 5313:17,
5314:3, 5323:22,
5324:5, 5324:23,
5334:17, 5335:1,
5335:11, 5335:20,
5336:18, 5336:21,
5340:2, 5344:9,
5350:23, 5363:9,
5363:13, 5364:18,
5366:10, 5366:21,
5369:5, 5372:18,
5373:14, 5374:21,
5375:16, 5376:19,
5379:1, 5379:20,
5387:20, 5387:21,
5388:9, 5389:5,
5392:6, 5392:11
  **you've** [20] -
5254:21, 5254:22,
5254:23, 5256:9,
5281:25, 5293:9,
5299:22, 5300:18,
5302:25, 5311:12,
5320:4, 5330:25,
5344:21, 5345:23,
5363:12, 5382:7,
5383:18, 5384:14,
5389:13, 5389:15

  **YOUNG** [1] - 5237:3
  **your** [185] - 5241:9,
5242:4, 5242:6,
5242:12, 5242:22,
5243:1, 5243:10,
5244:1, 5244:6,
5244:15, 5244:16,
5245:15, 5247:9,
5247:19, 5247:24,
5248:1, 5248:4,
5248:5, 5248:19,
5249:18, 5250:5,
5250:11, 5250:14,
5250:16, 5250:17,
5252:5, 5252:10,
5252:12, 5252:19,
5255:17, 5255:25,
5256:13, 5256:15,
5257:24, 5258:4,
5258:12, 5258:16,
5260:5, 5261:11,
5261:25, 5262:3,
5262:14, 5262:16,
5267:6, 5267:10,
5268:7, 5271:21,
5272:8, 5274:7,
5276:20, 5276:25,
5277:20, 5281:3,
5281:5, 5281:10,
5281:11, 5284:12,
5294:16, 5298:14,
5298:17, 5302:1,
5304:7, 5304:15,
5304:21, 5310:11,
5310:25, 5315:2,
5326:21, 5327:7,
5327:11, 5328:5,
5328:9, 5328:15,
5328:18, 5328:19,
5329:14, 5330:20,
5331:5, 5331:6,
5331:10, 5332:8,
5332:13, 5332:19,
5332:20, 5333:16,
5333:25, 5334:8,
5334:24, 5335:10,
5336:13, 5336:14,
5337:7, 5337:10,
5337:20, 5338:10,
5338:22, 5339:22,
5340:23, 5342:7,
5343:1, 5343:9,
5344:6, 5344:14,
5346:14, 5346:22,
5349:3, 5349:17,
5349:19, 5349:21,
5349:23, 5350:2,
5350:8, 5350:11,
5351:17, 5352:4,
5354:2, 5354:7,
5355:10, 5355:19,

5356:24, 5357:6,
5357:8, 5357:9,
5357:21, 5358:3,
5358:12, 5358:19,
5360:3, 5360:11,
5360:25, 5361:22,
5362:15, 5362:21,
5363:25, 5364:7,
5364:23, 5365:8,
5366:8, 5366:11,
5367:1, 5367:4,
5367:11, 5367:12,
5367:16, 5369:8,
5369:18, 5369:21,
5369:25, 5370:8,
5370:13, 5370:17,
5370:20, 5371:17,
5372:6, 5372:12,
5373:10, 5374:15,
5374:16, 5375:6,
5375:8, 5376:2,
5376:4, 5376:19,
5383:20, 5383:25,
5384:8, 5384:17,
5385:1, 5385:9,
5386:20, 5389:22,
5390:6, 5391:4,
5392:8, 5392:13
  **yourself** [4] -
5301:20, 5301:21,
5302:1, 5331:15

"

  **"MIKE"** [1] - 5238:2