1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4     ******************************************************************

5   IN RE:  OIL SPILL BY THE OIL
    RIG *DEEPWATER HORIZON* IN THE
6   GULF OF MEXICO ON APRIL 20,
    2010
7

8                          CIVIL ACTION NO. 10-MD-2179 "J"
                           NEW ORLEANS, LOUISIANA
9                          MONDAY, MARCH 25, 2013, 8:00 A.M.

10

11  THIS DOCUMENT RELATES TO:

12  CASE NO. 2:10-CV-02771,
    *IN RE:  THE COMPLAINT AND*
13  *PETITION OF TRITON ASSET*
    *LEASING GmbH, ET AL*
14
    CASE NO. 2:10-CV-4536,
15  *UNITED STATES OF AMERICA V.*
    *BP EXPLORATION & PRODUCTION,*
16  *INC., ET AL*

17  ******************************************************************

18

19

20              **DAY 17  MORNING SESSION**

21         TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22     HEARD BEFORE THE HONORABLE CARL J. BARBIER

23             UNITED STATES DISTRICT JUDGE

24

25

                    **OFFICIAL TRANSCRIPT**

1    APPEARANCES:

2

3    FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:   JAMES P. ROY, ESQ.
4                          556 JEFFERSON STREET, SUITE 500
                            POST OFFICE BOX 3668
5                          LAFAYETTE, LA  70502

6

7                          HERMAN HERMAN & KATZ
                            BY:   STEPHEN J. HERMAN, ESQ.
8                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
9

10                         CUNNINGHAM BOUNDS
11                         BY:   ROBERT T. CUNNINGHAM, ESQ.
                            1601 DAUPHIN STREET
12                         MOBILE, AL  36604

13

14                         LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:   PAUL M. STERBCOW, ESQ.
15                         PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
16                         NEW ORLEANS, LA  70130

17

18                         BREIT DRESCHER IMPREVENTO & WALKER
                            BY:   JEFFREY A. BREIT, ESQ.
19                         600 22ND STREET, SUITE 402
                            VIRGINIA BEACH, VA  23451
20

21                         LEGER & SHAW
22                         BY:   WALTER J. LEGER, JR., ESQ.
                            600 CARONDELET STREET, 9TH FLOOR
23                         NEW ORLEANS, LA  70130

24

25

                            **OFFICIAL TRANSCRIPT**

5552

1    APPEARANCES CONTINUED:

2

3                              WILLIAMS LAW GROUP
                               BY:  CONRAD S. P. WILLIAMS, ESQ.
4                              435 CORPORATE DRIVE, SUITE 101
                               HOUMA, LA  70360
5

6
                               THORNHILL LAW FIRM
7                              BY:  THOMAS THORNHILL, ESQ.
                               1308 NINTH STREET
8                              SLIDELL, LA  70458

9

10                             DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                               BY:  JOHN W. DEGRAVELLES, ESQ.
11                             618 MAIN STREET
                               BATON ROUGE, LA 70801
12

13
                               WILLIAMSON & RUSNAK
14                             BY:  JIMMY WILLIAMSON, ESQ.
                               4310 YOAKUM BOULEVARD
15                             HOUSTON, TX  77006

16

17                             IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQ.
18                             2216 MAGAZINE STREET
                               NEW ORLEANS, LA  70130
19

20

21   FOR THE UNITED STATES
     OF AMERICA:             U.S. DEPARTMENT OF JUSTICE
22                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQ.
23                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
24                             SAN FRANCISCO, CA  94102

25

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              U.S. DEPARTMENT OF JUSTICE
                             ENVIRONMENT & NATURAL RESOURCES DIVISION
4                            ENVIRONMENTAL ENFORCEMENT SECTION
                             BY:  STEVEN O'ROURKE, ESQ.
5                                 SCOTT CERNICH, ESQ.
                                  DEANNA CHANG, ESQ.
6                                 RACHEL HANKEY, ESQ.
                                  A. NATHANIEL CHAKERES, ESQ.
7                            P.O. BOX 7611
                             WASHINGTON, DC  20044
8

9                              U.S. DEPARTMENT OF JUSTICE
10                           TORTS BRANCH, CIVIL DIVISION
                             BY:  JESSICA McCLELLAN, ESQ.
11                                MICHELLE DELEMARRE, ESQ.
                                  JESSICA SULLIVAN, ESQ.
12                                SHARON SHUTLER, ESQ.
                                  MALINDA LAWRENCE, ESQ.
13                           POST OFFICE BOX 14271
                             WASHINGTON, DC  20044
14

15                             U.S. DEPARTMENT OF JUSTICE
16                           FRAUD SECTION
                             COMMERCIAL LITIGATION BRANCH
17                           BY:  DANIEL SPIRO, ESQ.
                                  KELLEY HAUSER, ESQ.
18                                ELIZABETH YOUNG, ESQ.
                             BEN FRANKLIN STATION
19                           WASHINGTON, DC  20044

20

21   FOR THE STATE OF
     ALABAMA:                ALABAMA ATTORNEY GENERAL'S OFFICE
22                           BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                  COREY L. MAZE, ESQ.
23                                WINFIELD J. SINCLAIR, ESQ.
                             500 DEXTER AVENUE
24                           MONTGOMERY, AL  36130

25

                        **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     LOUISIANA OFFICE
4    OF THE ATTORNEY
     GENERAL:
5                            STATE OF LOUISIANA
                             BY:  JAMES D.  CALDWELL,
6                            ATTORNEY GENERAL
                             1885 NORTH THIRD STREET
7                            POST OFFICE BOX 94005
                             BATON ROUGE, LA  70804
8

9
                             KANNER & WHITELEY
10                           BY:  ALLAN KANNER, ESQ.
                                  DOUGLAS R. KRAUS, ESQ.
11                           701 CAMP STREET
                             NEW ORLEANS, LA  70130
12

13
     FOR BP EXPLORATION &
14   PRODUCTION INC.,
     BP AMERICA PRODUCTION
15   COMPANY, BP PLC:        LISKOW & LEWIS
                             BY:  DON K. HAYCRAFT, ESQ.
16                           ONE SHELL SQUARE
                             701 POYDRAS STREET
17                           SUITE 5000
                             NEW ORLEANS, LA  70139
18

19
                             COVINGTON & BURLING
20                           BY:  ROBERT C. "MIKE" BROCK, ESQ.
                             1201 PENNSYLVANIA AVENUE, NW
21                           WASHINGTON, DC  20004

22

23                           KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQ.
24                                HARIKLIA "CARRIE" KARIS, ESQ.
                                  MATTHEW T. REGAN, ESQ.
25                           300 N. LASALLE
                             CHICAGO, IL  60654
                             **OFFICIAL TRANSCRIPT**

5555

```
1    APPEARANCES CONTINUED:

2


3    FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
4    OFFSHORE DEEPWATER
     DRILLING INC., AND
5    TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
6                            BY:  KERRY J. MILLER, ESQ.
                             ENERGY CENTRE
7                            1100 POYDRAS STREET, SUITE 3700
                             NEW ORLEANS, LA  70163

8


9
                             SUTHERLAND ASBILL & BRENNAN
10                           BY:  STEVEN L. ROBERTS, ESQ.
                                  RACHEL G. CLINGMAN, ESQ.
11                           1001 FANNIN STREET, SUITE 3700
                             HOUSTON, TX  77002

12


13
                             MUNGER TOLLES & OLSON
14                           BY:  MICHAEL R. DOYEN, ESQ.
                                  BRAD D. BRIAN, ESQ.
15                                LUIS LI, ESQ.
                             355 SOUTH GRAND AVENUE, 35TH FLOOR
16                           LOS ANGELES, CA  90071

17


18                           MAHTOOK & LAFLEUR
                             BY:  RICHARD J. HYMEL, ESQ.
19                           1000 CHASE TOWER
                             600 JEFFERSON STREET
20                           LAFAYETTE, LA  70502

21


22                           HUGHES ARRELL KINCHEN
                             BY:  JOHN KINCHEN, ESQ.
23                           2211 NORFOLK, SUITE 1110
                             HOUSTON, TX  77098
24


25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
4                                BY:  PHILLIP A. WITTMANN, ESQ.
                                 546 CARONDELET STREET
5                                NEW ORLEANS, LA 70130

6

7                                BECK REDDEN & SECREST
                                 BY:  DAVID J. BECK, ESQ.
8                                     DAVID W. JONES, ESQ.
                                      GEOFFREY GANNAWAY, ESQ.
9                                     ALEX B. ROBERTS, ESQ.
                                 ONE HOUSTON CENTER
10                               1221 MCKINNEY STREET, SUITE 4500
                                 HOUSTON, TX  77010

11

12

13   FOR HALLIBURTON
     ENERGY SERVICES,
14   INC.:                       GODWIN LEWIS
                                 BY:  DONALD E. GODWIN, ESQ.
15                               FLOYD R. HARTLEY, JR., ESQ.
                                        GAVIN HILL, ESQ.
16                                  RENAISSANCE TOWER
                                 1201 ELM STREET, SUITE 1700
17                               DALLAS, TX  75270.

18

19                               GODWIN LEWIS
                                 BY:  JERRY C. VON STERNBERG, ESQ.
20                               1331 LAMAR, SUITE 1665
                                 HOUSTON, TX  77010.

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
4                                REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
5                                NEW ORLEANS, LA  70130
                                 (504) 589-7779
6                                Cathy_Pepper@laed.uscourts.gov

7

8    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# I N D E X

EXAMINATIONS                                          PAGE

**MICHAEL WILLIAMS** VIDEOTAPE...........................5569

**PAUL JAMES MEINHART, III,** VIDEOTAPE.................5569

**DAVID YOUNG**........................................5570

DIRECT EXAMINATION BY MR. LI.........................5570

LUNCHEON RECESS......................................5727

# E X H I B I T S

DESCRIPTION                                           PAGE

EXHIBIT TREX-26011 WAS ADMITTED.....................5560

1                        **P-R-O-C-E-E-D-I-N-G-S**

2                    MONDAY, MARCH 25, 2013

3                M O R N I N G   S E S S I O N

4                    (COURT CALLED TO ORDER)

5

6

08:03AM   7          THE DEPUTY CLERK:  All rise.

08:03AM   8          THE COURT:  Good morning, everyone.

08:03AM   9          VOICES:  Good morning, Your Honor.

08:03AM  10          THE COURT:  Be seated.  I hope everyone had a nice

08:03AM  11   weekend.

08:03AM  12                All right, do we have any preliminary matters?

08:03AM  13          MR. IRPINO:  Yes, we do, Your Honor.  Anthony Irpino

08:03AM  14   for the PSC.

08:03AM  15                We have a number of exhibits to introduce, as

08:03AM  16   well as agreed upon redactions for the Expert Report of

08:04AM  17   Mr. Perkin.

08:04AM  18                We can start with our exhibits for our

08:04AM  19   examination of Mr. Perkin on March 12, 2013.  We came to an

08:04AM  20   agreement with BP, the only exhibit that we're offering is

08:04AM  21   26011; and, certain pages we have listed, but the whole

08:04AM  22   document is being offered.

08:04AM  23                We have that list of one document.  We offer

08:04AM  24   and file and introduce that document in the record.

08:04AM  25          THE COURT:  All right.  Is there any objection?

08:04AM  1            Without objection, that's admitted.

08:04AM  2        (WHEREUPON, Exhibit TREX-26011 was admitted.)

08:04AM  3        MR. IRPINO:  We have the agreed upon redactions for the

08:04AM  4   Expert Report of Mr. Perkin.  We've listed those redactions and

08:04AM  5   would like to present those to the Court.

08:04AM  6        THE COURT:  All right.  Is there any objection?

08:04AM  7            Without objection, that's admitted.

08:04AM  8        (WHEREUPON, the above-mentioned exhibit was admitted.)

08:04AM  9        MR. IRPINO:  Finally, we have our list of exhibits used

08:04AM 10   in connection with Mr. Childs' testimony on March 20th and

08:04AM 11   21st.  We sent that list around yesterday morning and received

08:05AM 12   no objection back.

08:05AM 13            We offer, file and introduce those exhibits and

08:05AM 14   demonstratives into the record.

08:05AM 15        THE COURT:  All right.  Any objection?

08:05AM 16            Hearing none, those are admitted.

08:05AM 17        (WHEREUPON, the above-mentioned exhibits were

08:05AM 18   admitted.)

08:05AM 19        THE COURT:  All right.

08:05AM 20        MR. HYMEL:  Good morning, Judge.

08:05AM 21        THE COURT:  Good morning.

08:05AM 22        MR. HYMEL:  Richard Hymel for Transocean.

08:05AM 23            I have the amended exhibit list of

08:05AM 24   Calvin Barnhill, where we added his report to it.

08:05AM 25            Then, also, when I offered these last week, we

08:05AM  1    had the list of Timothy Quirk, and I was advised by the court

08:05AM  2    that they actually didn't get into evidence, so I'm reoffering

08:05AM  3    both of these.

08:05AM  4            THE COURT:  Any objection to these by Transocean?

08:05AM  5                    Without objection, those are admitted.

08:05AM  6            (WHEREUPON, the above-mentioned exhibits were

08:05AM  7    admitted.)

08:05AM  8            MS. KARIS:  Good morning, Your Honor.  Hariklia Karis

08:05AM  9    on behalf of BP.

08:05AM 10                    I have with me the exhibit list for the

08:05AM 11    documents that were used with Mr. Childs.  Those have been

08:05AM 12    circulated.  We have not heard any objection, so we would offer

08:05AM 13    those exhibits at this time.

08:05AM 14            THE COURT:  All right.  Any objections to BP's

08:05AM 15    exhibits?

08:05AM 16                    Without objection, those are admitted.

08:05AM 17            (WHEREUPON, the above-mentioned exhibits were

08:05AM 18    admitted.)

08:05AM 19            MS. KARIS:  Likewise, I have the exhibit list for

08:05AM 20    Mr. Calvin Barnhill.  Those have also been circulated.  No

08:06AM 21    objection has been received, so we would offer that list at

08:06AM 22    this time.

08:06AM 23            THE COURT:  Any remaining objections?

08:06AM 24                    Without any, those are admitted.

08:06AM 25            (WHEREUPON, the above-mentioned exhibits were

08:06AM 1   admitted.)

08:06AM 2           MS. KARIS:  Thank you, Your Honor.

08:06AM 3           THE COURT:  Thank you.

08:06AM 4           MR. ROBERTS:  Good morning, Your Honor.  Alex Roberts

08:06AM 5   for Cameron.

08:06AM 6               We have circulated the exhibits and

08:06AM 7   demonstratives for our examination of Mr. Childs.  We received

08:06AM 8   no objections, and we move to admit them at this time.

08:06AM 9           THE COURT:  Any objection?

08:06AM 10               Hearing none, those are admitted.

08:06AM 11           (WHEREUPON, the above-mentioned exhibits were

08:06AM 12   admitted.)

08:06AM 13           MR. ROBERTS:  Thank you.

08:06AM 14           MR. GODWIN:  Good morning, Judge.  Don Godwin for

08:06AM 15   Halliburton.

08:06AM 16               Judge, I have here a list of exhibits that we

08:06AM 17   used in the cross-examination of Greg Childs.  We've circulated

08:06AM 18   those, Judge, and to my knowledge, no objections.

08:06AM 19           THE COURT:  Any objections to Halliburton's exhibits?

08:06AM 20               Those are admitted.

08:06AM 21           (WHEREUPON, the above-mentioned exhibits were

08:06AM 22   admitted.)

08:06AM 23           MR. GODWIN:  Judge, I also want to report that, per

08:06AM 24   your instruction at the end of the week, we did file this

08:06AM 25   morning, a little while ago, sent a copy to Ben and circulated

08:06AM 1    it to everyone, our three-page letter brief which you directed

08:06AM 2    concerning the Dr. Ravi issue.

08:06AM 3              Just wanted you to know that's on file, Judge.

08:06AM 4         THE COURT:  Yes, I have them here.  I have not read

08:06AM 5    them yet, but I will look at them sometime today.

08:06AM 6         MR. GODWIN:  Thank you, Your Honor.

08:06AM 7         THE COURT:  Thank you.

08:07AM 8         MR. BRIAN:  Your Honor, Brad Brian for Transocean.

08:07AM 9              Our intention this morning is to play a few

08:07AM 10   videotapes and then put Mr. David Young on.

08:07AM 11             Then, after that, to play some additional

08:07AM 12   videotapes, including Jeff Wolfe, our expert who unfortunately

08:07AM 13   died shortly before trial.

08:07AM 14             I don't know if you saw the e-mail

08:07AM 15   correspondence, but Mr. Sterbcow and I have been consulting all

08:07AM 16   weekend to try to resolve any disagreements on the videotapes.

08:07AM 17             With respect to Mr. Wolfe, I think we came to

08:07AM 18   an agreement that he is sort of a special category.

08:07AM 19        THE COURT:  Yes.  I think what I decided, what I had

08:07AM 20   said earlier, he died, obviously, so each party could designate

08:07AM 21   portions of his deposition that would be introduced and used at

08:07AM 22   trial.

08:07AM 23        MR. BRIAN:  Correct.

08:07AM 24             I've received -- I'll call them

08:07AM 25   counter-designations, for lack of any other better word, from

08:07AM  1    Mr. Sterbcow and also from BP.

08:07AM  2                    There was a little bit of overlap, so we are

08:07AM  3    trying to integrate those this morning, so we'll be able to

08:08AM  4    play that.

08:08AM  5                    I think, with respect to that deposition, if

08:08AM  6    it's acceptable to the Court, the parties would prefer to play

08:08AM  7    it all at one time, rather than have one party play its part.

08:08AM  8          THE COURT:  That would make sense because, but for the

08:08AM  9    unfortunate fact that he died, he would be here live.

08:08AM  10          MR. BRIAN:  Then the second point is Mr. Sterbcow sent

08:08AM  11   a proposal out.  I shouldn't say proposal.  I guess it's the

08:08AM  12   PSC's position with respect to the number of depositions,

08:08AM  13   proposing a limit of six witnesses by video clips, with the

08:08AM  14   exception of Mr. Wolfe, and exceptions for the ones we had

08:08AM  15   already played, Mr. Lindner and Mr. Sepulvado, because they

08:08AM  16   were within the subpoena power or on somebody's will call list.

08:08AM  17                   We can live with that proposal.  So we have

08:08AM  18   six.

08:08AM  19                   Of those six we intend to play, BP has an

08:08AM  20   objection to a few questions and answers of Mr. Paul Johnson.

08:08AM  21   We could take those up now, or I could submit the transcript

08:08AM  22   and we could take it up later and defer his, whatever your

08:08AM  23   preference is.

08:08AM  24          THE COURT:  If you give us the transcripts and

08:08AM  25   highlight the objections --

08:08AM 1          MR. LANGAN:  I do have it right here, Your Honor.

08:09AM 2          THE COURT:  Give it to Ben, if you don't mind, Andy.

08:09AM 3               -- and Ben and I will look at it sometime this

08:09AM 4     morning, and we'll deal with it.

08:09AM 5          MR. BRIAN:  Paul Johnson was the Transocean rig manager

08:09AM 6     onshore at the time.  If you need argument, we're happy to

08:09AM 7     address it.  We think they are properly admissible, and BP

08:09AM 8     obviously disagrees.

08:09AM 9          THE COURT:  All right.

08:09AM 10         MR. LANGAN:  Do you want to hear from us on that?  I

08:09AM 11    guess it's our objection.

08:09AM 12         THE COURT:  Well, I haven't looked at it yet.  Why

08:09AM 13    don't you let me look at it.

08:09AM 14              All he said was he thinks it's admissible, and

08:09AM 15    you obviously disagree, so.

08:09AM 16         MR. BRIAN:  I was just teeing up the issue.

08:09AM 17         THE COURT:  I don't think he's said anything too

08:09AM 18    controversial yet, Mr. Langan.

08:09AM 19         MR. BRIAN:  When I start arguing, Your Honor, he'll

08:09AM 20    know it.

08:09AM 21         THE COURT:  Okay.

08:09AM 22         MR. BRIAN:  The other issue is, Your Honor, the

08:09AM 23    bundling issue.

08:09AM 24              With the exception of one question, for Mr.

08:09AM 25    Odom somebody didn't bundle the question, just the answer, so

08:10AM 1    I've spoken to Mr. Sterbcow, and he's agreed we can add the

08:10AM 2    question to make the answer make sense.

08:10AM 3                With the exception of that, all of our depos

08:10AM 4    are within the bundles except for one individual, Mr. McKay,

08:10AM 5    who was a DNV inspector.  A portion of his was not bundled.

08:10AM 6                I can give you the transcript.  I've

08:10AM 7    highlighted the transcript so you can see it.

08:10AM 8                We think it's properly used now because

08:10AM 9    Mr. Webster, Your Honor, you will recall in his examination on

08:10AM 10   cross-examination, from our perspective he went beyond the

08:10AM 11   scope of the question.  He was being led, and he said, yes;

08:10AM 12   but, the Court permitted him to give explanations.

08:10AM 13               In his explanation, he often said something

08:10AM 14   like, well, they must not have -- Transocean must not have

08:10AM 15   delivered those records, must not have made them available,

08:10AM 16   that sort of thing.

08:10AM 17               We think that's new evidence that goes beyond

08:10AM 18   the four corners of his report; and, therefore, we do propose

08:10AM 19   to designate a portion of Mr. McKay's very short clip -- all of

08:10AM 20   ours are very short -- that was not in the bundles.

08:11AM 21               I've been very straightforward with

08:11AM 22   Mr. Sterbcow about that.  We think it's proper rebuttal to what

08:11AM 23   we thought was testimony that went beyond the four corners.

08:11AM 24               What I would propose to do is provide

08:11AM 25   Your Honor with a highlighted version.  The yellow will be the

08:11AM 1    portion that is not currently in the bundles, and we submit,

08:11AM 2    for the reasons that I've indicated, that it's properly usable.

08:11AM 3                I'm happy to provide that to the Court.  That

08:11AM 4    one, we would not play until this afternoon, so Your Honor

08:11AM 5    could consider your position on that.

08:11AM 6          THE COURT:  Very well, thank you.

08:11AM 7          MR. LANGAN:  Your Honor, Andy Langan for BP.

08:11AM 8                On the Paul Johnson deposition video clip, we

08:11AM 9    do object to a couple of pages, pages 569 and 70 and pages 601

08:11AM 10   or 602.  I've given the transcript.

08:11AM 11               We don't think there is proper foundation, it's

08:11AM 12   speculative, it's argumentative.  Frankly, we think it's close

08:11AM 13   to the within the four corners of your prior rulings with

08:11AM 14   respect to Mr. Roussel and Mr. Guillot, where you similarly

08:11AM 15   struck deposition testimony that was in the nature of asking

08:11AM 16   people about e-mails they'd never seen before or asking them

08:11AM 17   about facts they had no direct involvement in and asking

08:12AM 18   questions in an argumentative fashion.

08:12AM 19               So we would ask that those particular ones be

08:12AM 20   stricken and the short video clip be made even shorter.

08:12AM 21         THE COURT:  All right.  We'll look at it.

08:12AM 22         MR. LANGAN:  Thanks, Your Honor.

08:12AM 23         MR. BRIAN:  I suppose I should address it briefly,

08:12AM 24   Your Honor.

08:12AM 25               Mr. Johnson was the rig manager at the time.

5568

08:12AM 1    We think when you look at that he is provided with factual

08:12AM 2    information, was asked whether he was aware of it, and was

08:12AM 3    asked what he would have done if he had been aware of it.

08:12AM 4                We think that is -- those are proper questions

08:12AM 5    and proper answers; but, I would defer to the Court once you've

08:12AM 6    seen it.

08:12AM 7                I've provided your staff with the two that we

08:12AM 8    would play this morning, Mr. Meinhart and, of course,

08:12AM 9    Mr. Williams.

08:12AM 10               You will recall that the PSC played some of

08:12AM 11   Mr. Williams, and so these are in the effect of a

08:12AM 12   counter-designation or a counterclaim.

08:12AM 13          THE COURT:  I understand.  Thank you.

08:12AM 14          MR. GODWIN:  Judge, Don Godwin for Halliburton.

08:12AM 15               One additional thing, Your Honor, is regarding

08:12AM 16   Paul's request on behalf of the PSC that HESI and other

08:12AM 17   defendants limit the video clips to six and a maximum of

08:12AM 18   60 minutes.

08:12AM 19               Paul and I worked on that over the weekend and

08:13AM 20   this morning, and HESI has agreed to that request, Your Honor.

08:13AM 21          THE COURT:  Great.  Thank you.

08:13AM 22          MR. GODWIN:  You're welcome, Judge.

08:13AM 23          MR. IRPINO:  One final thing, Your Honor.  I thought it

08:13AM 24   was clear that with respect to Mr. Perkin that we did have a

08:13AM 25   disagreement about two exhibits.

08:13AM 1                    When I said we withdrew the one, I want to be

08:13AM 2      clear we weren't withdrawing our previously admitted Perkin

08:13AM 3      exhibits.  So I just wanted that on the record.  We provided

08:13AM 4      Stephanie with a supplemental list.

08:13AM 5              THE COURT:  For which there are no remaining

08:13AM 6      objections?

08:13AM 7              MR. IRPINO:  Correct.

08:13AM 8              THE COURT:  Okay.  Anything else?

08:13AM 9                    If not, Transocean may call its next witness.

08:13AM 10             MR. BRIAN:  Your Honor, Brad Brian for Transocean.

08:13AM 11                   We would play the short video clip of

08:13AM 12     Mr. Williams first.

08:13AM 13             THE COURT:  Stephanie or Ben, turn the lights out, the

08:13AM 14     big lights.

08:13AM 15             (WHEREUPON, the videotape of Michael Williams was

08:18AM 16     played.)

08:18AM 17             MR. BRIAN:  Now, Your Honor, we'll play a very short

08:18AM 18     clip from Mr. Meinhart, another Transocean rig employee.

08:18AM 19             THE COURT:  All right, very well.

08:18AM 20             (WHEREUPON, the videotape of Paul James Meinhart, III,

08:21AM 21     was played.)

08:21AM 22             MR. BRIAN:  Those are the two videotapes, Your Honor,

08:22AM 23     we were going to play.  Now we'll call our next witness,

08:22AM 24     Mr. David Young.

08:22AM 25                   If I may approach, I'll hand Ben the copies of

08:22AM 1     the highlighted McKay depo clip.  The one that has the

08:22AM 2     highlighting in yellow are those that went beyond the --

08:22AM 3               THE COURT:  Did you --

08:22AM 4               MR. BRIAN:  -- Your Honor.

08:22AM 5               THE COURT:  Did you submit the transcripts for these

08:22AM 6     two videos?

08:22AM 7               MR. BRIAN:  I did, Your Honor.

08:22AM 8               THE COURT:  Very well.

08:22AM 9               MR. BRIAN:  Mr. Lee of our office is going to handle

08:22AM 10    Mr. Young, Your Honor.

08:22AM 11              MR. LI:  Good morning, Your Honor, Luis Li on behalf of

08:22AM 12    Transocean.

08:23AM 13              THE DEPUTY CLERK:  Please raise your right hand.  Do

14    you solemnly swear that the testimony you are about to give is

15    the truth, the whole truth and nothing but the truth, so help

16    you God?

17              THE WITNESS:  I do.

18                            **DAVID YOUNG**

19     was called as a witness and, after being first duly sworn by

20     the Clerk, was examined and testified on his oath as follows:

21              THE DEPUTY CLERK:  Please take a seat.  State and spell

22    your name for the record.

08:23AM 23              THE WITNESS:  Yes.  My name is David Young, D-A-V-I-D,

08:23AM 24    Y-O-U-N-G.

08:23AM 25                           DIRECT EXAMINATION

08:23AM 1      BY MR. LI:

08:24AM 2  Q.   Good morning, Mr. Young.

08:24AM 3  A.   Morning.

08:24AM 4      MR. LI:  Your Honor, is this mic on?

08:24AM 5      THE COURT:  Yes, it sounds like it.

08:24AM 6      BY MR. LI:

08:24AM 7  Q.   Mr. Young, why don't you tell us a little bit about

08:24AM 8  yourself.  Where are you currently employed?

08:24AM 9  A.   Transocean.

08:24AM 10  Q.   What do you do there?

08:24AM 11  A.   I'm a captain on the *Discoverer Deep Seas*.

08:24AM 12  Q.   Is a captain sometimes known as a master?

08:24AM 13  A.   Yes.

08:24AM 14  Q.   Now, Captain Young, how old are you?

08:24AM 15  A.   I'm 36.

08:24AM 16  Q.   Can you tell us what it takes, generally, to become a

08:24AM 17  captain.

08:24AM 18  A.   Well, I graduated from New York Maritime College with a

08:24AM 19  bachelor of engineering in naval architecture and, also, a

08:24AM 20  third mate's license.

08:24AM 21      With that third mate's license, I got a job on cable

08:24AM 22  ships.  With that, it was -- you get sea time.

08:24AM 23      There is a number of classes that you still have to take

08:24AM 24  following the maritime degree.  You upgrade your license with

08:25AM 25  sea time.  You need a year's worth of sea time between each

5572

08:25AM 1    license; also, the classes and on-the-job training that have to

08:25AM 2    get certain sign-offs.  So I got a third mate's license.

08:25AM 3        Then I moved up to the second mate's position.  I had a

08:25AM 4    year's worth of time in that.  Then took all my classes that I

08:25AM 5    needed for the chief mate's/master's upgrade.

08:25AM 6        I then upgraded to the chief mate's license, had a year's

08:25AM 7    worth of sea time, and then was able to apply for my master's

08:25AM 8    license.

08:25AM 9    Q.   I'm going to take you back through a little bit of that.

08:25AM 10       First of all, what is the maritime college you attended?

08:25AM 11   Can you describe that for us a bit?

08:25AM 12   A.   It was SUNY Maritime College, New York Maritime College.

08:25AM 13   Q.   What do you learn there?

08:25AM 14   A.   Seamanship.  You do watch standing through the time that

08:25AM 15   you're there, and that watch standing gets you sea time through

08:25AM 16   the school.

08:25AM 17   Q.   Is it a military style academy?

08:25AM 18   A.   Similar to a military environment.

08:26AM 19   Q.   You have uniforms?

08:26AM 20   A.   Yeah, you have uniforms, morning formations, inspections.

08:26AM 21   Q.   Do members from this academy, do some of them go into the

08:26AM 22   Coast Guard or other branches of the military?

08:26AM 23   A.   Yes.

08:26AM 24   Q.   Where do the other folks go?

08:26AM 25   A.   You can either -- there's -- the engineering backgrounds

08:26AM 1    will tend to usually go either to work in power plants or some

08:26AM 2    kind of engineering background or merchant shipping.

08:26AM 3         Then, the guys with the deck officer licenses, the mates,

08:26AM 4    they'll either go into the business end of shipping or offshore

08:26AM 5    and work on merchant ships, oil rigs, anything with a third

08:26AM 6    mate's license.

08:26AM 7    Q.   Now, you said that you currently are employed by

08:26AM 8    Transocean.  You're a captain of a rig?

08:26AM 9    A.   Yes.

08:26AM 10   Q.   Can you tell us about that rig.

08:26AM 11   A.   It's the *Discoverer Deep Seas*.  It's a deepwater

08:26AM 12   drillship.

08:26AM 13   Q.   Is it a MODU?

08:26AM 14   A.   Yes.

08:26AM 15   Q.   Now, you had mentioned in your recitation of your

08:27AM 16   background that you had been on a cable ship that laid cable.

08:27AM 17   Can you tell us about that?  After you graduated, where did you

08:27AM 18   go?

08:27AM 19   A.   I went to -- the ships were out of Baltimore.  I was on

08:27AM 20   there as a third mate.  So they were -- the ships --

08:27AM 21   Q.   What's the name of the company?

08:27AM 22   A.   It's Tyco Telecommunications.  It was Transoceanic Cable

08:27AM 23   Ship Company.  When I first joined it was Tycom, and then they

08:27AM 24   switched the name to Tyco.  It was basically the contractor for

08:27AM 25   the cable end of the work.

08:27AM 1          But they were fiber optic cable installation and repair.

08:27AM 2    So we were either in charge of installing fiber optic cables,

08:27AM 3    trans-Atlantic -- or, you know, transoceanic cables.  So it

08:27AM 4    would have been either the Pacific Ocean -- wherever they

08:27AM 5    needed to be installed.

08:27AM 6          Or repair contracts for cables that were already

08:27AM 7    installed.  You would go pull the cables back up, splice in and

08:27AM 8    make repairs as needed.

08:27AM 9    Q.   For this cable laying company, did you have dynamic

08:27AM 10   positioning?

08:27AM 11   A.   Yes.

08:27AM 12   Q.   Tell us what dynamic positioning is.

08:28AM 13   A.   It's a computer-based system that takes a bunch of inputs,

08:28AM 14   whether that be your position inputs, it calculates the --

08:28AM 15   basically, the outside forces on the rig, and it uses a bunch

08:28AM 16   of reference systems.

08:28AM 17         All that inputs into the computer model, and then it

08:28AM 18   determines what forces it needs to use to hold the -- either

08:28AM 19   the rig or the ship on location.

08:28AM 20         For the cable ships it was more of a mobile DP where we

08:28AM 21   tracked our headings and that kind of stuff, so it was for

08:28AM 22   precise installs on the locations.

08:28AM 23         For -- on a rig, it would be to hold location over the

08:28AM 24   well head.

08:28AM 25   Q.   So if I understand this correctly, basically you have

08:28AM 1    ocean currents, you have wind, you have your engines, you have

08:28AM 2    all sorts of forces that are acting on the rig and you want to

08:28AM 3    maintain station in a particular place?

08:28AM 4    A.    That's right.

08:28AM 5    Q.    And the dynamic positioning officer is the person who

08:28AM 6    operates the machinery to keep you there?

08:29AM 7    A.    Yes.

08:29AM 8    Q.    Now, when you were at Tyco, did you -- what position did

08:29AM 9    you have?

08:29AM 10   A.    With Tyco I started as a third mate.  I moved into the

08:29AM 11   second mate's position, and I left as a second mate.

08:29AM 12   Q.    And while you were at Tyco, did you have dynamic

08:29AM 13   positioning experience?

08:29AM 14   A.    Yes.

08:29AM 15   Q.    Were you trained in it?

08:29AM 16   A.    Yes.

08:29AM 17   Q.    Now, when you left, did you go to Transocean?

08:29AM 18   A.    Yes.

08:29AM 19   Q.    Approximately what year was that?

08:29AM 20   A.    2006, late 2006.

08:29AM 21   Q.    And have you been there ever since, Transocean?

08:29AM 22   A.    Yes.

08:29AM 23   Q.    Now, what was your job when you started with Transocean?

08:29AM 24   A.    I started as a DPO.

08:29AM 25   Q.    That's a dynamic positioning operator or officer?

08:29AM 1    A.   Operator.

08:29AM 2    Q.   Operator.

08:29AM 3    A.   Yes.

08:29AM 4    Q.   And did you get training?

08:29AM 5    A.   I did, yes.

08:29AM 6    Q.   So once -- how long did you stay a dynamic positioning

08:29AM 7    operator?

08:29AM 8    A.   It was around a year, I think just better than a year as a

08:29AM 9    DPO.  Then I moved into the senior DPO's position.  That was,

08:29AM 10   again, about a year.

08:29AM 11   Q.   So you were promoted to senior DPO?

08:30AM 12   A.   Yes.

08:30AM 13   Q.   And then after that, where -- what was your next position?

08:30AM 14   A.   Chief mate.

08:30AM 15   Q.   So you were promoted from dynamic positioning operator to

08:30AM 16   senior dynamic positioning operator, then to chief mate.  This

08:30AM 17   was all on the *Deepwater Horizon*?

08:30AM 18   A.   I spent about two hitches on the *Deepwater Millennium* when

08:30AM 19   I first hired on, but the rest of my time as a permanent

08:30AM 20   assignment was on the *Deepwater Horizon*.

08:30AM 21   Q.   Now, as a DPO, were you trained on the alarm systems, the

08:30AM 22   *Deepwater Horizon's* alarm system?

08:30AM 23   A.   Yes.

08:30AM 24   Q.   And did you receive additional training on the alarm

08:30AM 25   system when you were the senior DPO?

08:30AM 1    A.    I would say, yes, we went more into depth into the alarm

08:30AM 2    system.   I don't know that I would say *additional training,* but

08:30AM 3    you had a better knowledge of the alarm system because you were

08:30AM 4    more involved in the troubleshooting of it.

08:30AM 5    Q.    And then as chief mate did you also have to go even deeper

08:30AM 6    into the alarm system and learn how it works more?

08:30AM 7    A.    You were more involved with the work that was being done

08:31AM 8    on the system just as an overview.   The DPOs would handle the

08:31AM 9    actual settings for it, but the -- you would have -- you would

08:31AM 10   be involved in the troubleshooting or any of that stuff for it.

08:31AM 11   Q.    And what was your title as of April 20, 2010?

08:31AM 12   A.    Chief mate.

08:31AM 13   Q.    If you could tell the Court what your responsibilities

08:31AM 14   were as chief mate.

08:31AM 15   A.    I was responsible for the marine integrity aspect of

08:31AM 16   maintenance.   A lot of the paint projects that were on board

08:31AM 17   would fall under the chief mate.

08:31AM 18        Work on the bulk system for the cement -- the cement

08:31AM 19   systems and the barite systems, ballast systems, certain

08:31AM 20   portions of the ballast systems, certain portions of the bilge

08:31AM 21   systems.

08:31AM 22   Q.    A lot of the things that has to do what makes a MODU a

08:31AM 23   ship?

08:31AM 24   A.    Yes.

08:31AM 25   Q.    Were you also essentially second in command?

08:31AM 1      A.    Yes.

08:31AM 2      Q.    Now, very generally, if we could talk about how you would

08:32AM 3      execute your maintenance duties.  We'll get into this more

08:32AM 4      deeply in a bit, but if you could generally tell the Court what

08:32AM 5      your responsibilities were.

08:32AM 6      A.    Depending on what the job was, if it was a -- if it was a

08:32AM 7      planned maintenance task, which was for your -- say your

08:32AM 8      monthly inspections or your checks on different equipment, you

08:32AM 9      would look ahead in RMS, whether that be a week or a month.  I

08:32AM 10     would look at different intervals depending on what the scope

08:32AM 11     of the work was.

08:32AM 12          So there were certain jobs, if we were coming up on a

08:32AM 13     project, you would look further out for those because they

08:32AM 14     tended to take more time to source the parts and that kind of

08:32AM 15     stuff.

08:32AM 16          Also, if you were looking at the end of the well, you

08:32AM 17     would look at that portion because there were certain pieces of

08:32AM 18     equipment that you could work on while you were disconnected

08:32AM 19     from the well.

08:32AM 20          Other than that, if it was the preventive maintenance

08:32AM 21     tasks or the planned maintenance tasks on firefighting and

08:32AM 22     lifesaving equipment, that would be done.  You just look a week

08:32AM 23     ahead and organize the guys to go out there and inspect that

08:33AM 24     equipment, report back to me.

08:33AM 25          And then if there were any discrepancies with that

5579

08:33AM 1   equipment, make either a job, if you needed to create another

08:33AM 2   job to take care of that, or if it can be taken care of on the

08:33AM 3   spot, just make note of the items that were fixed and taken

08:33AM 4   care of.

08:33AM 5   Q.   So is it fair to say basically you planned the long-term

08:33AM 6   maintenance projects and you also planned the short-term

08:33AM 7   maintenance projects?

08:33AM 8   A.   Yes.

08:33AM 9   Q.   And then you would follow up to make sure whatever

08:33AM 10  projects folks said were done were actually done correctly?

08:33AM 11  A.   Yes.

08:33AM 12  Q.   All right.  If we could -- you're now a master, right?

08:33AM 13  A.   Yes.

08:33AM 14  Q.   Which is also a captain.  What are your duties as a

08:33AM 15  master?

08:33AM 16  A.   Overall responsibility for the safety of the people on

08:33AM 17  board, the vessel itself, and the environment.

08:33AM 18  Q.   Now, obviously, you spent some time on rigs, and you've

08:33AM 19  seen this computer animation that we're going to pull up, which

08:33AM 20  is D-6710.  And we'll just quickly walk through the rig.  You

08:34AM 21  have a pointer up there.  I'm going to point to a few things,

08:34AM 22  and then you can also point to a few things, if you could.

08:34AM 23        Now, obviously, this is a -- what is this?

08:34AM 24  A.   It's the *Deepwater Horizon*.

08:34AM 25  Q.   And it's a computer-animated version of it, but it looks

5580

08:34AM 1    pretty much like the real thing, doesn't it?

08:34AM 2    A.    Yes.

08:34AM 3    Q.    You can't see them too well, but they are sort of the --

08:34AM 4    underneath these structures, these towers, what are those?

08:34AM 5    A.    Those are the pontoons.

08:34AM 6    Q.    And, obviously, they keep the rig afloat?

08:34AM 7    A.    They are -- they house a lot of machinery, the ballast

08:34AM 8    systems, bilge systems, and there are some auxiliary systems

08:34AM 9    down there for -- cooling pumps and that kind of stuff.

08:34AM 10   There's also the ballast tanks and that kind of stuff.  It's

08:34AM 11   the portion of the rig that provides the stability.

08:34AM 12   Q.    One of the main jobs that you have as the operator of a

08:34AM 13   MODU is to keep that thing stable and in position and also

08:34AM 14   relatively flat, correct?

08:34AM 15   A.    Yes.

08:34AM 16   Q.    Now, underneath these pontoons there are thrusters?

08:35AM 17   A.    Yes.

08:35AM 18   Q.    And what do those do?

08:35AM 19   A.    They provide the force needed to either keep the rig on

08:35AM 20   location or assist in moving from one well to another.

08:35AM 21   Q.    Now, those thrusters, what are they powered by?

08:35AM 22   A.    They are electric motors that are run by power supplied by

08:35AM 23   the generators, which is the main engines.

08:35AM 24   Q.    The generators are the engines, right?

08:35AM 25   A.    That's right.

08:35AM  1    Q.   Where are they located?

08:35AM  2    A.   They would be in -- below this aft deck here, six of them,

08:35AM  3    three on each side.

08:35AM  4    Q.   And each of the six engines are in their own compartment?

08:35AM  5    A.   Yes.  They are all segregated.

08:35AM  6    Q.   These are the exhaust portals?

08:35AM  7    A.   Yes.

08:35AM  8    Q.   Now, the engines, they supply -- not only do they supply

08:35AM  9    power to the thrusters, what other power do they supply?

08:35AM 10    A.   The hotel loads, so the drilling package loads, all your

08:35AM 11    lighting, anything that requires electrical power on board are

08:36AM 12    supplied by the six engines.

08:36AM 13    Q.   Now, just quickly, you're not involved in the drilling

08:36AM 14    operations, but this is the derrick?

08:36AM 15    A.   Yes.

08:36AM 16    Q.   And inside there is some drilling equipment, a pipe racker

08:36AM 17    and top drive and stuff?

08:36AM 18    A.   Yes.

08:36AM 19    Q.   Now, what are these?

08:36AM 20    A.   Port and starboard cranes.

08:36AM 21    Q.   What are they generally used for?

08:36AM 22    A.   They are used for all of your general lifts, so that could

08:36AM 23    be any lifts that come to and from the boat, moving equipment

08:36AM 24    around on deck.  We use them for personnel transfers to and

08:36AM 25    from the boats.  Sometimes you had crew changes with the supply

08:36AM 1    boats, and also sometimes we would have to put people down on

08:36AM 2    their deck to handle some of the loads.

08:36AM 3         So anything that needed to be lifted or moved around the

08:36AM 4    deck or to and from the boats.

08:36AM 5    Q.   And I take it there is a crane operator that sits here and

08:36AM 6    one that sits there?

08:36AM 7    A.   Yes.  Each crane is run independently.

08:36AM 8    Q.   What is this location right here?

08:36AM 9    A.   That's the forward pipe deck.

08:36AM 10   Q.   I take it that's where the pipe is stored between these

08:36AM 11   stanchions?

08:36AM 12   A.   Yes.  Either -- usually the casing was on the port side

08:37AM 13   there, up over here.  And this would be drill pipe on the

08:37AM 14   starboard side.

08:37AM 15   Q.   What is this device here?

08:37AM 16   A.   The knuckle boom crane.

08:37AM 17   Q.   What's it used for?

08:37AM 18   A.   That's used for pulling the casing or the drill pipe from

08:37AM 19   here, they'll pull it up to the forward pipe skate, and then

08:37AM 20   that runs in to the derrick to be made up -- to use for

08:37AM 21   drilling.  And at the same time you could lay the stuff down

08:37AM 22   that's in the derrick, pull it down to the pipe skate, and then

08:37AM 23   put it back down on deck.  And from there it would be

08:37AM 24   off-loaded from the main deck down to the supply boats.

08:37AM 25   Q.   So this pipe skate here is essentially a conveyor belt

08:37AM 1    that goes both ways?

08:37AM 2    A.    Yes.

08:37AM 3    Q.    In your time as a master -- or a chief mate on the

08:37AM 4    *Deepwater Horizon*, I take it you've seen some pipe being

08:37AM 5    moved --

08:37AM 6    A.    Yes.

08:37AM 7    Q.    -- from Point A to Point B?

08:37AM 8          Now, when the pipe is being carried by the center of it,

08:37AM 9    tell me what you see.

08:37AM 10   A.    They would -- they would set up a bridle, so it would kind

08:38AM 11   of -- it would have a V shape in it, and they would pick it up

08:38AM 12   and the -- it was fairly flexible, so you would see --

08:38AM 13   sometimes they would pick it up with a few joints at a time and

08:38AM 14   move it around on the deck.  But other than that, I mean --

08:38AM 15   Q.    When you say it's *fairly flexible*, and this is what I was

08:38AM 16   trying to get at, there has been a lot of conversation in this

08:38AM 17   courtroom about how much the pipe can flex.

08:38AM 18         When you seen pipe being carried around by the crane, does

08:38AM 19   it flex something like that?

08:38AM 20   A.    Yeah, about like that.

08:38AM 21   Q.    When they put it down, does it go back into position or

08:38AM 22   does it stay flexed?

08:38AM 23   A.    No, it straightens back out when it's supported.

08:38AM 24   Q.    Lifeboats, where are they located?

08:38AM 25   A.    These are the forward lifeboats here.  This would be

08:38AM 1    Lifeboat 1 and 2, and the aft lifeboats.

08:38AM 2    Q.   How about the life rafts, which are inflatable?

08:38AM 3    A.   The life rafts aren't here on the picture, but there were

08:39AM 4    three lift rafts right here, and then there were three right

08:39AM 5    there.

08:39AM 6    Q.   Were you responsible for maintaining and inspecting the

08:39AM 7    lifeboats and life rafts?

08:39AM 8    A.   Yes.

08:39AM 9    Q.   How about the helipad, where's that located?

08:39AM 10   A.   That's up forward, port forward where the big H is.

08:39AM 11   Q.   Underneath the helipad, what's there?

08:39AM 12   A.   That would be the bridge, or the central control room.

08:39AM 13   Q.   Is that also known sometimes as the CCR?

08:39AM 14   A.   Yes.

08:39AM 15   Q.   There's a lot of manuals with CCR in it, does that

08:39AM 16   essentially mean bridge?

08:39AM 17   A.   The CCR is the same as the bridge, yes.

08:39AM 18   Q.   Speaking of bridge, if we could zoom in, take me to

08:39AM 19   bridge.

08:39AM 20        A couple first things.  This is an animation, obviously,

08:39AM 21   of the bridge.  Is it pretty accurate?

08:39AM 22   A.   Yes.

08:39AM 23   Q.   We actually got your desk.  In an earlier version, we

08:39AM 24   didn't have your desk there.

08:39AM 25   A.   No, it didn't.

5585

08:39AM 1     Q.    You've actually seen this a number of times?

08:39AM 2     A.    Yes.

08:39AM 3     Q.    You'll see that out the windows, at least off the bow and

08:39AM 4     off the port, you'll see ocean?

08:40AM 5     A.    Yes.

08:40AM 6     Q.    Tell us what direction the bridge is oriented.

08:40AM 7     A.    This would the port side, starboard side of the bridge,

08:40AM 8     and this would be out looking forward off the bow.

08:40AM 9     Q.    And it looks out over the ocean essentially?

08:40AM 10    A.    Yes.

08:40AM 11    Q.    Why is that?

08:40AM 12    A.    This is where you would navigate from while you're

08:40AM 13    underway from one point to another.  And it also gives you a

08:40AM 14    good view of supply boats that are coming on location, traffic

08:40AM 15    that's in the area, if there is a ship that's bearing down on

08:40AM 16    you.

08:40AM 17          It's just the best vantage point that you have with the

08:40AM 18    equipment that's needed on board.  This is where they put the

08:40AM 19    bridge, and it gives you basically 180 degrees of worth of

08:40AM 20    vision out ahead of you.

08:40AM 21    Q.    Okay.  And more than that, it's actually overhanging the

08:40AM 22    rig a bit, isn't it?

08:40AM 23    A.    Yes.

08:40AM 24    Q.    So off to the port you see ocean?

08:40AM 25    A.    Yes.

5586

08:40AM 1   Q.   And forward you see ocean?

08:40AM 2   A.   Yes.

08:40AM 3   Q.   And what do you see off to the starboard?

08:41AM 4   A.   Starboard you can see -- you would see the ocean, kind of

08:41AM 5   the forward end of it.  Directly to starboard you could see

08:41AM 6   where the ROV was, starboard main deck.  And then looking aft

08:41AM 7   you could see portions of the derrick, starboard side main

08:41AM 8   deck.  Starboard crane you could see a little bit.

08:41AM 9   Q.   And right here, this is a bulkhead?

08:41AM 10   A.   Yes.

08:41AM 11   Q.   Are there windows on it?

08:41AM 12   A.   No.

08:41AM 13   Q.   So if you need to look backwards towards the rig floor,

08:41AM 14   you would essentially have to go to the starboard here, right,

08:41AM 15   one of these windows?

08:41AM 16   A.   Yes.

08:41AM 17   Q.   And then kind of lean in and look back?

08:41AM 18   A.   And then you just see a portion of it.  You wouldn't

08:41AM 19   really be able to see the whole thing.

08:41AM 20   Q.   You couldn't see directly behind the bridge?

08:41AM 21   A.   No.  You could see portions of the derrick and a little

08:41AM 22   bit of the rig floor.

08:41AM 23   Q.   So if you need to look at those portions that you can't

08:41AM 24   lay your eyes on, how would you do that?

08:41AM 25   A.   You would use the CCTV to look at various locations.

08:41AM 1    Q.   Now, you see these panels here, if you could just use your

08:42AM 2    pointer and tell us what kind of panels they are.

08:42AM 3    A.   This was a CCTV camera here, or a monitor.  There is

08:42AM 4    another one here.  This was a GPS, so this was for our

08:42AM 5    reference systems for the DP system.  Then we had another CCTV

08:42AM 6    monitor there on the left, and then one next to that.

08:42AM 7         This here was a radar repeater, so that was -- that was

08:42AM 8    the same screen as this radar up here so you could monitor that

08:42AM 9    from the DP console.  And then back here you have another CCTV

08:42AM 10   monitor.

08:42AM 11   Q.   Fair to say there is a lot of redundancy and the ability

08:42AM 12   to project information on to the bridge?

08:42AM 13   A.   Yes.  And you could look at a bunch of different screens

08:42AM 14   at the same time, so you could look at various locations.

08:42AM 15   Q.   So taking, for example, the CCTV, this is fed by a camera,

08:42AM 16   right?

08:42AM 17   A.   Yes.

08:42AM 18   Q.   And then you can toggle between the various cameras?

08:42AM 19   A.   Yes.  You could select multiple locations to look at, and

08:42AM 20   then you could also orient the camera the way you want it from

08:42AM 21   the --

08:42AM 22   Q.   Sorry.

08:42AM 23   A.   -- from the console.

08:42AM 24   Q.   Just so we're clear, these are handing from the roof,

08:43AM 25   these -- or ceiling rather?

08:43AM 1    A.    Yes.

08:43AM 2    Q.    These devices here.

08:43AM 3          If you could zoom in to the -- what is this station here?

08:43AM 4    A.    That would be the -- we call that the conning station.

08:43AM 5    Basically, that was the forward -- the forward conning station,

08:43AM 6    and we'd use that while we were underway.

08:43AM 7    Q.    And that's where you would plot a course and that sort of

08:43AM 8    thing?

08:43AM 9    A.    That's where you would control the rig while you were

08:43AM 10   underway.  There's a different setup than while you were in DP.

08:43AM 11         While you were underway, you used just two thrusters to

08:43AM 12   steer, and the rest of them were used to make headway.  So you

08:43AM 13   would just be -- the actual chart plotting and stuff would

08:43AM 14   happen back at the aft chart table, but this is where you would

08:43AM 15   actually navigate the vessel from.

08:43AM 16   Q.    If we could zoom in a little closer.

08:43AM 17         Now, here are some computer screens.  You generally talked

08:43AM 18   about them.  If you could tell us a little more about what

08:43AM 19   these are.

08:43AM 20   A.    Again, this is the same as the SVC screens and a DP

08:44AM 21   console.

08:44AM 22   Q.    You used the term *SVC*.  What's the SVC?

08:44AM 23   A.    Simrad vessel control.

08:44AM 24   Q.    What's that?

08:44AM 25   A.    It's an integrated system that takes a bunch of signals

5589

08:44AM 1    for -- whether that be from sensors or different -- various

08:44AM 2    types of inputs, and you use it to control different systems.

08:44AM 3        You can control just about any system that's automated

08:44AM 4    from the SVC station, so whether that be bulk system, power

08:44AM 5    management system for the engines, starting and stopping

08:44AM 6    thrusters, all of that can be been through the SVC.

08:44AM 7    Q.   What about the alarm systems?

08:44AM 8    A.   Also the alarm systems are integrated in there as well.

08:44AM 9    Q.   So the SVC, Simrad vessel control system, is a computer

08:44AM 10   system that can toggle through a lot of different control

08:44AM 11   mechanisms on the ship, correct?

08:44AM 12   A.   Yes.

08:44AM 13   Q.   Including the alarm system?

08:44AM 14   A.   Yes.

08:44AM 15   Q.   And including how to drive the ship from Point A to

08:44AM 16   Point B?

08:44AM 17   A.   Yes.

08:44AM 18   Q.   Now, there is some communication equipment up here.  Could

08:45AM 19   you walk us through that quickly.

08:45AM 20   A.   This one looks like a sound-powered phone, a regular

08:45AM 21   in-house telephone, VHF radio.

08:45AM 22       This was an AIS, which is automated identification system,

08:45AM 23   so that's just -- that input into the radars and would give

08:45AM 24   vessels in the area their identity, so that if you had to call

08:45AM 25   them on the radio, you knew who they were.

08:45AM 1          And then just over here is the radar.  And then this is a

08:45AM 2    PA microphone there.

08:45AM 3    Q.    If we could zoom back to the next station.

08:45AM 4          What is this station here?

08:45AM 5    A.    That's the DP station.

08:45AM 6    Q.    And that's the dynamic positioning station?

08:45AM 7    A.    Yes.

08:45AM 8    Q.    What take place there?

08:45AM 9    A.    This is where the DP operators would control the DP

08:45AM 10   system, and also handle any of the stuff that they were working

08:45AM 11   on from the SVC, if you were the on-desk watch.  So you would

08:46AM 12   have one person at this desk, and they would control things

08:46AM 13   from the SVC, depending on what it was, related to DP system.

08:46AM 14   So you would handle position keeping from this location.

08:46AM 15   Q.    So when you say *DP*, this is a dynamic positioning system

08:46AM 16   where you use your various inputs to keep yourself on station?

08:46AM 17   A.    Yes.  Any of these three screens, one, two, and three.

08:46AM 18   Those three could all do the same thing depending on which one

08:46AM 19   you selected to be the control station.

08:46AM 20   Q.    And this here is the Simrad vessel control screen, or one

08:46AM 21   of them?

08:46AM 22   A.    One of them, yes.

08:46AM 23   Q.    Where you can toggle through the various other systems on

08:46AM 24   the ship?

08:46AM 25   A.    Yes.

08:46AM 1    Q.   And where would Yancy Keplinger's station be?

08:46AM 2    A.   If he was the on-desk watch, he would be at this location

08:46AM 3    here.

08:46AM 4    Q.   And if Andrea Fleytas were not the on-desk watch, where

08:46AM 5    would she be?

08:46AM 6    A.   She could be at any of the others.  She could be up here,

08:46AM 7    depending on what she was monitoring.  A lot of times you would

08:47AM 8    come up here to deal with vessel traffic with the radars, or

08:47AM 9    she could be back aft at the station behind Yancy.

08:47AM 10   Q.   Why don't we go to the station behind Yancy.  Tell us

08:47AM 11   about this.  What happens here?

08:47AM 12   A.   This, again, is more SVC screens.  Here was the -- this is

08:47AM 13   SVC, another SVC station, and another one next to it.  And then

08:47AM 14   the last one to the right was a ballast control.  That's where

08:47AM 15   our ballast control computer was, where we handled our

08:47AM 16   stability calculations.

08:47AM 17   Q.   Now, you also have another CCTV, a television screen here?

08:47AM 18   A.   Yes.

08:47AM 19   Q.   You had sort of lingered here a little bit.  Is there

08:47AM 20   anything special about this particular SVC screen?

08:47AM 21   A.   This is the main fire and gas system SVC.

08:47AM 22   Q.   So all of these screens can handle -- all of these SVC

08:47AM 23   screens can handle the gas and alarm system, but this one is

08:47AM 24   sort of the dedicated one?

08:47AM 25   A.   Yes.  That would be the main one that you would do any of

08:48AM 1    the administrative function on if you were changing the system

08:48AM 2    or anything like that.  If coms workers had come down and they

08:48AM 3    had changes to make to the system, they would do it through

08:48AM 4    that one, and it would link to the rest of them.

08:48AM 5    Q.    So this is sort of the dedicated alarm --

08:48AM 6    A.    Yes.

08:48AM 7    Q.    All right.  If we -- is there another level back?

08:48AM 8          So what takes place back here?  Where is the captain?

08:48AM 9    A.    The captain, he really could be anywhere on the bridge.

08:48AM 10   He mainly -- during DP operations, if he was talking to the

08:48AM 11   guys or the DPOs, he would be kind of in this area.

08:48AM 12         Here, this is just a cabinet that has the printers.  And

08:48AM 13   here is a DP logger for logging DP.  It's a constant logger for

08:48AM 14   DP that you back up.  But this is just alarm printers and stuff

08:48AM 15   like that under this cabinet.

08:48AM 16   Q.    And I had sort of hinted at it, but this is your desk?

08:48AM 17   A.    Yes.

08:48AM 18   Q.    Now, did you spend a lot of time there?

08:48AM 19   A.    Just for the paperwork end of things and planning the jobs

08:49AM 20   out for the day.  So some days I would spend a lot of time

08:49AM 21   there, and other days it was on deck for the majority of the

08:49AM 22   day.

08:49AM 23   Q.    If we could move to D-6604.  This is an exterior view.

08:49AM 24   And then if we could zoom in to the drill floor, 6709.

08:49AM 25         So we're not going to spend a ton of time on this, but I

08:49AM 1    just wanted to touch one thing.  If you could turn to 6709 and

08:49AM 2    walk us into the drill shack.  Why don't we pause right here.

08:49AM 3    That's an important piece of equipment?

08:49AM 4    A.    Definitely, yes.

08:49AM 5    Q.    If we could keep walking.  Now, we have the -- the

08:50AM 6    drillers chairs are here?

08:50AM 7    A.    Yes.

08:50AM 8    Q.    If we could zoom in to them.  Now, there is only a few

08:50AM 9    pieces of equipment I want to focus on.  Mr. Ezell has talked

08:50AM 10   about the other ones.  But what is this screen right here?

08:50AM 11   A.    That is another SVC monitor.

08:50AM 12   Q.    So that's a Simrad vessel control monitor?

08:50AM 13   A.    Yes.

08:50AM 14   Q.    On this monitor here, can you see many of the same things

08:50AM 15   that you can see on the same computer upstairs in the bridge?

08:50AM 16   A.    Yes.  You would get the same alarms there that you would

08:50AM 17   on the bridge.

08:50AM 18   Q.    If there is a fire and gas alarm or something like that

08:50AM 19   that's appearing on the Simrad vessel control screen, do you

08:50AM 20   see lights?

08:50AM 21   A.    You would get an alarm at the top of the page, and

08:50AM 22   depending on which screen you were on, if you were actually

08:50AM 23   looking at the fire and gas screen, you would see where that

08:50AM 24   detector is.

08:50AM 25        If you weren't looking at that screen, you would still get

08:50AM  1    an audible alarm, which would be a beeping, and you would have

08:51AM  2    the alarm line at the top indicating what the alarm was.

08:51AM  3    Q.   So there is an audible alarm that you could hear, a

08:51AM  4    beeping noise, and a visual alarm that you could see on this

08:51AM  5    Simrad vessel control screen?

08:51AM  6    A.   Yes.

08:51AM  7    Q.   Now, there are a lot of communication devices down here,

08:51AM  8    is that fair?

08:51AM  9    A.   Yes.

08:51AM 10    Q.   If you could just quickly walk us through the various

08:51AM 11    communication devices.

08:51AM 12    A.   You have in-house telephones again.  This is an automatic

08:51AM 13    talk-back system where you can -- it will override everything

08:51AM 14    else and they can talk directly to different locations out on

08:51AM 15    the drill floor and toward the bridge.

08:51AM 16         There is sound-powered telephones that are for emergency

08:51AM 17    use if you're out of power.  Basically, any type of

08:51AM 18    communication that you would have in any other location, VHF

08:51AM 19    radios.

08:51AM 20    Q.   You could talk to the bridge, among other things?

08:51AM 21    A.   Yes.

08:51AM 22    Q.   You could talk to other ships, too, from here, right?

08:52AM 23    A.   Yes.

08:52AM 24    Q.   And they are redundant?

08:52AM 25    A.   Yes.

5595

08:52AM 1    Q.    If we could zoom to D-6721.  And so there is Mr. Ezell

08:52AM 2    over there.  Is this a fairly common sight that you might see

08:52AM 3    on the *Deepwater Horizon*?

08:52AM 4    A.    Yes.

08:52AM 5    Q.    And there is a Simrad vessel control screen?

08:52AM 6    A.    Yes.

08:52AM 7    Q.    And all the communication devices we were talking about?

08:52AM 8    A.    Right.

08:52AM 9    Q.    We're going to switch to another topic.

08:52AM 10       Captain Young, in all of your positions, how long did you

08:52AM 11   spend on the *Deepwater Horizon*?

08:52AM 12   A.    About three and a half years.

08:52AM 13   Q.    And ultimately you were the chief mate?

08:52AM 14   A.    Yes.

08:52AM 15   Q.    Now, as a chief mate, did you have responsibilities to

08:52AM 16   ensure the safe operations of the marine side of the vessel?

08:52AM 17   A.    Yes.

08:52AM 18   Q.    Are you familiar with the concept of *stop work authority*?

08:52AM 19   A.    Yes.  We used *time out for safety*, is what we considered

08:53AM 20   our stop work authority.

08:53AM 21   Q.    Can you tell us about that, please.  Is that TOFS?

08:53AM 22   A.    Yes.

08:53AM 23   Q.    Can you tell us about it.

08:53AM 24   A.    The time out for safety was something that you were

08:53AM 25   expected to use.  It was -- it wasn't something that you had

08:53AM 1    the right to use.  It was something that you were expected to

08:53AM 2    use.

08:53AM 3        If you saw something that was unsafe, you stopped people,

08:53AM 4    help them identify the hazard that they've got themselves

08:53AM 5    involved in.  Or if you yourself aren't familiar with a plan,

08:53AM 6    you would stop a job and make sure you were familiar with how

08:53AM 7    the steps were going to be used to take forward under the job.

08:53AM 8    Q.   Now, could anyone on the rig exercise this right?

08:53AM 9    A.   Yes.

08:53AM 10   Q.   So once you identify a risk, what do you do?

08:53AM 11   A.   If you -- if you identify the risk and it's somebody else

08:53AM 12   that's at risk, you would pull them away from the job when it's

08:53AM 13   safe to do so.  So you stop the job as soon as it's safe, pull

08:53AM 14   them away, help them identify the hazard.

08:53AM 15       You would try to get them to identify the hazard

08:54AM 16   themselves so they see it, and it kind of sinks in better when

08:54AM 17   they see the hazard themselves.  If they can't identify the

08:54AM 18   hazard themselves, you help them identify it and point it out.

08:54AM 19       And then you get a commitment from them to continue

08:54AM 20   safely, so you would have a conversation about it and make sure

08:54AM 21   that moving forward they wouldn't get themselves into that same

08:54AM 22   kind of trouble.

08:54AM 23       So whether that means put a barrier in place to prevent

08:54AM 24   further hazards, you may have to change the job, change a tool,

08:54AM 25   there's multiple different types of scenarios, but depending on

08:54AM 1    what it is, you would make the changes to continue to work
08:54AM 2    safe.
08:54AM 3    Q.   So when you used the term *barrier* just now, is that sort
08:54AM 4    of a process safety term?
08:54AM 5    A.   Kind of, yeah.  It's just a matter of putting something in
08:54AM 6    place to prevent a hazard.
08:54AM 7    Q.   So it could -- it could literally be a physical barrier or
08:54AM 8    it could be some process?
08:54AM 9    A.   Right.
08:54AM 10   Q.   So, "Hey, put on your hard hat."  "Don't go out there."
08:54AM 11   That might be the barrier you're putting in place?
08:54AM 12   A.   Right.
08:54AM 13   Q.   Or it might actually be like a physical barrier?
08:55AM 14   A.   It may be taping off an area so that people can't enter
08:55AM 15   it.  It may be just changing the way you do something
08:55AM 16   altogether.
08:55AM 17   Q.   Have you ever heard of the term *management of change*?
08:55AM 18   A.   Yes.
08:55AM 19   Q.   Can you tell us what that is.
08:55AM 20   A.   Management of change is just -- it's -- it is what it
08:55AM 21   says.  If you identify a job changing or a job not working as
08:55AM 22   it was initially planned, you take a step back, stop, reassess
08:55AM 23   it, and make the necessary changes, whether that be just
08:55AM 24   communicating to other people or actually making physical
08:55AM 25   changes to the job to move forward safely.

08:55AM 1    Q.    Now, did you ever seen drilling operations on the

08:55AM 2    Macondo well interrupted by a time out for safety?

08:55AM 3    A.    Yes.

08:55AM 4    Q.    Tell us about that.

08:55AM 5    A.    Anytime they stopped to check the status of the well would

08:55AM 6    have been considered a time out for safety.  Anytime that

08:55AM 7    they -- whether they were changing tool dies or something like

08:56AM 8    that, because either somebody identified that they had the

08:56AM 9    wrong set of tool dies or if -- anytime that they stopped to

08:56AM 10   reassess a job, whether that means somebody new come in to the

08:56AM 11   job and aren't familiar with it, you would take a time out for

08:56AM 12   safety, explain that to the people that are now involved.

08:56AM 13        Every time you had a shift change is really a time out for

08:56AM 14   safety because you're passing over all that information.

08:56AM 15   Q.    Okay.  Did you ever see any reluctance on the

08:56AM 16   *Deepwater Horizon* on the part of anybody to call out a time out

08:56AM 17   for safety?

08:56AM 18   A.    No.

08:56AM 19   Q.    Did you have any reluctance?

08:56AM 20   A.    No.

08:56AM 21   Q.    Now, are you familiar with the program called the *think*

08:56AM 22   *program*?

08:56AM 23   A.    Yes.

08:56AM 24   Q.    What is that?

08:56AM 25   A.    That's a job planning tool that we use for assessing the

5599

08:56AM  1   hazards.  First you plan a job -- it is a way to plan the jobs

08:56AM  2   and to plan them safely.

08:56AM  3       So you plan the job first.  You find out what the actual

08:56AM  4   job is, so whatever the task is you have to undertake, then you

08:57AM  5   would plan each step of that job.

08:57AM  6       With each step, you would assign people responsible for

08:57AM  7   inspecting different tools, different equipment and the area.

08:57AM  8   And you would assess the hazard for each portion of that job,

08:57AM  9   and put into place the barriers needed to make sure the job

08:57AM 10   goes safely, and assign people responsibility to make sure that

08:57AM 11   those barriers are in place.

08:57AM 12       And then following it up, you do a close-out at the end of

08:57AM 13   the job to make sure that you -- it's basically an after-action

08:57AM 14   review to make sure anything that's "Lessons Learned" for the

08:57AM 15   job are captured.

08:57AM 16   Q.   So if you were changing a pressurized pipe, what would you

08:57AM 17   do?

08:57AM 18   A.   If it was a pressured pipe, you would have certain

08:57AM 19   lockout/tagouts that you would have to do and bleed off that

08:57AM 20   pipe to make sure it didn't have pressure.

08:57AM 21       And you would want everybody on that job -- anybody that's

08:57AM 22   going to be involved with that job, you would bring to the job

08:57AM 23   site, go over all the steps of it, and make sure everybody was

08:57AM 24   aware of each step that was going to be taken.

08:57AM 25       You would have to do a permit for a pressured system,

08:58AM   1    because you have isolations associated with that.  So with the

08:58AM   2    isolations, you would have people to verify that those

08:58AM   3    isolations were put into place, and that the pressures bled

08:58AM   4    off.

08:58AM   5        You would identify each hazard with each portion of that.

08:58AM   6    Each tool would have to be inspected, and you would assign a

08:58AM   7    person to have that inspection completed for the tools.  And

08:58AM   8    you would go about the job as safe as you can.

08:58AM   9    Q.   So essentially you let everybody know what the plan is.

08:58AM  10    You inspect your equipment.  You would identify the risks

08:58AM  11    associated with this plan and this particular piece of

08:58AM  12    equipment.  Communicate with your team, "Hey, guys, here is

08:58AM  13    what we're going to do."  And then you put in place whatever

08:58AM  14    controls are necessary to make sure that this job can be done

08:58AM  15    safely.

08:58AM  16    A.   Right.  And then you would have a post-job inspection of

08:58AM  17    the site to make sure everything was put back to work safely

08:58AM  18    and everything is back the way it should be.

08:58AM  19    Q.   If we could look at TREX-53401 -- 5340.1.1.

08:58AM  20        Are you familiar with this particular document?

08:59AM  21    A.   These were the Task Specific Think Procedures, yes.

08:59AM  22    Q.   What is a Task Specific Think Procedure?

08:59AM  23    A.   This is a think planning tool that we used for jobs that

08:59AM  24    were either a little bit more complicated or jobs that we would

08:59AM  25    do often.

5601

08:59AM 1          So if we had a job that we did every day, rather than hand

08:59AM 2     write the job out every time, jobs that had similar steps every

08:59AM 3     time you did them, we would generate these Task Specific Think

08:59AM 4     Procedures that would cover all the planned steps that could be

08:59AM 5     reviewed at the job prior to starting the job.

08:59AM 6     Q.    Okay.  So, for instance, landing a helicopter, those sorts

08:59AM 7     of things that happened on a fairly regular basis?

08:59AM 8     A.    Yes.

08:59AM 9     Q.    Now, what does this particular Task Specific Think

08:59AM 10    Procedure involve?

08:59AM 11    A.    This is for a drive-off or a drift-off.

08:59AM 12    Q.    What's a drive-off or a drift-off?

08:59AM 13    A.    This would have been a TSTP that would have been used for

08:59AM 14    kind of a tabletop exercise.

08:59AM 15         A drive-off or drift-off would be a situation where either

09:00AM 16    you lose power and the DPOs would have to react to that

09:00AM 17    drift-off scenario, so making the proper communications to

09:00AM 18    different people and taking the right actions; or, a drive-off

09:00AM 19    would be if there was for some reason the thrusters were

09:00AM 20    pulling you off a location, whether it had a bad reference

09:00AM 21    system input or something like that, where the DP system

09:00AM 22    thought it was at a different location than it actually was,

09:00AM 23    and you are driving away from the wellhead.

09:00AM 24         So these would be the steps to take.  So the DPOs would

09:00AM 25    have used this TSTP as a training tool.

09:00AM 1    Q.    That's the point I was just going to ask you about.  You

09:00AM 2    had used the term "tabletop exercise."  What does that mean?

09:00AM 3    A.    It's an opportunity to just take the time to go through a

09:00AM 4    scenario with the people that would be involved and run through

09:00AM 5    people's reaction to it, how they thought they would react;

09:00AM 6    and, also, just take the lessons learned after the fact, after

09:01AM 7    you go through it, to see what else may be an opportunity for

09:01AM 8    improvement on how to react to certain situations.

09:01AM 9    Q.    You do --

09:01AM 10   A.    It's an awareness tool.

09:01AM 11   Q.    Sorry.

09:01AM 12   A.    It just raises people's awareness to the possibility of

09:01AM 13   these situations.

09:01AM 14   Q.    You do a tabletop exercise in this particular case because

09:01AM 15   you don't want to actually turn off your engines and start

09:01AM 16   drifting and see what happens?

09:01AM 17   A.    You would not want to -- you would never want to drive off

09:01AM 18   or drift off on purpose, no.

09:01AM 19   Q.    So this is a training tool for the various bridge crew to

09:01AM 20   talk through how this would work?

09:01AM 21   A.    Yes.

09:01AM 22   Q.    Now, you may have seen this before, but this is a document

09:01AM 23   that was from the *Deepwater Horizon*.

09:01AM 24   A.    Yes.

09:01AM 25        MR. LI:  Just for the record, it's at page three.

09:01AM 1        BY MR. LI:

09:01AM 2   Q.    Now, I'm going to talk about another program.  Have you

09:01AM 3   heard about the START Program?

09:01AM 4   A.    Yes.

09:01AM 5   Q.    What's that?

09:02AM 6   A.    We conduct START conversations or observations with crew

09:02AM 7   members.  It was something that you participated in daily.  It

09:02AM 8   was an opportunity to observe different jobs or behaviors of

09:02AM 9   people working or not working.

09:02AM 10       But basically what you did with those was if you saw

09:02AM 11  somebody that was working and putting themselves at risk, you

09:02AM 12  would take that time out for safety.  The START conversations

09:02AM 13  were the actual conversation that you had with the person to

09:02AM 14  make sure that they were made more aware of their hazards.

09:02AM 15       They were also used to identify safe work practices.  So

09:02AM 16  they were a means of tracking safe and unsafe work practices,

09:02AM 17  so that you could better train people afterwards.

09:02AM 18       If you were noticing trends in, say, people not using

09:02AM 19  their handrails.  If you had a bunch of cards come in over the

09:02AM 20  week that were people not using their handrails while ascending

09:02AM 21  or descending the stairs, you could then take that trend and

09:03AM 22  further train the crews on why we do it.

09:03AM 23       So we would usually have, you know, a briefing at one of

09:03AM 24  the safety meetings on handrail awareness and that kind of

09:03AM 25  stuff.

09:03AM   1    Q.    So you see a guy on deck, he's not using the handrails.

09:03AM   2    You'd stop him.  You'd say, hey, you should use the handrails?

09:03AM   3    A.    You'd stop him, ask him if he -- you know, what he was up

09:03AM   4    to, where he was headed.  You tend to get it when guys seem to

09:03AM   5    be in a rush or something like that.

09:03AM   6          So you'll stop them, slow them down, make them realize

09:03AM   7    that, you know, we're not in a rush, and take the time to use

09:03AM   8    the handrails and use the safety tools that you're trained

09:03AM   9    with.

09:03AM  10    Q.    Then you would record it for purposes of long-term

09:03AM  11    tracking?

09:03AM  12    A.    Right.

09:03AM  13    Q.    So if you had a dozen of these in a day, you might talk

09:03AM  14    about it with the crew at a safety meeting?

09:03AM  15    A.    Yeah.  If you had a dozen in a day, at the next

09:03AM  16    opportunity when everybody was together, so the next pretour

09:03AM  17    you would definitely bring that up, that you were seeing a

09:03AM  18    trend of that.

09:03AM  19    Q.    If we could look at TREX-1449.235.1.

09:04AM  20          Are you familiar with what this is?

09:04AM  21    A.    Yes.  These are the START cards.

09:04AM  22    Q.    Are these the cards that you would use to record or

09:04AM  23    provide information to the rest of the crew?

09:04AM  24    A.    Yes.

09:04AM  25    Q.    Now, did you personally have responsibility for filling

09:04AM 1    out START cards?

09:04AM 2    A.   Yes.

09:04AM 3    Q.   Did you do so?

09:04AM 4    A.   Yes.

09:04AM 5    Q.   Did you have any responsibility in relation to collecting

09:04AM 6    the START cards?

09:04AM 7    A.   Yes.  The guys that worked directly for me would hand

09:04AM 8    their START cards in to me, and I would review them for

09:04AM 9    tracking.

09:04AM 10       If I read the cards and I identified anything that was

09:04AM 11   something that needed immediate action.  Sometimes you would

09:04AM 12   get people with condition reports on here, so if a piece of

09:04AM 13   equipment was broken, they would put on it a START card and

09:04AM 14   bring it in to you.  So you wanted to make sure there was

09:04AM 15   nothing that was being left out there that was unsafe.

09:04AM 16       Also, if it was something that was interdepartmental,

09:04AM 17   where we were seeing just a trend within our own departments,

09:04AM 18   we could handle that at our own meeting, prejob meetings, and

09:05AM 19   handle it a little bit quicker.

09:05AM 20   Q.   Now, in the three years you were on the *Deepwater Horizon*,

09:05AM 21   how would you describe the safety culture of the crew?

09:05AM 22   A.   I think we had an excellent safety culture.

09:05AM 23   Q.   What would you say the top priority of the

09:05AM 24   *Deepwater Horizon* crew was?

09:05AM 25   A.   For everybody to be able to go home safely back to their

5606

09:05AM 1   families.

09:05AM 2   Q.   Was that your priority as well?

09:05AM 3   A.   Absolutely.

09:05AM 4   Q.   I'm going to move to alarms for a second.  This is sort of

09:05AM 5   an overview of alarms, and then we're going to dive into it in

09:05AM 6   a little greater detail later on, okay?

09:05AM 7   A.   Okay.

09:05AM 8   Q.   If we could have D-6725 up.

09:05AM 9       Now, as Chief Mate, did you have responsibilities relating

09:05AM 10  to the alarm system?

09:05AM 11  A.   Yes.

09:05AM 12  Q.   This seems pretty obvious, but was the *Deepwater Horizon*

09:05AM 13  equipped with a fire and gas detection system?

09:05AM 14  A.   Yes.

09:05AM 15  Q.   Were there sensors on the ship?

09:05AM 16  A.   Yes.

09:05AM 17  Q.   Now, you've seen this demonstrative before, 6725?

09:06AM 18  A.   Yes.

09:06AM 19  Q.   You don't have to name all of the sensors on this, but

09:06AM 20  it's fair to say there are a lot of sensors all over the rig?

09:06AM 21  A.   Yes.

09:06AM 22  Q.   What kind of sensors were they?

09:06AM 23  A.   For the fire and gas system, you had heat detectors.  You

09:06AM 24  had LEL sensors for low explosive limit, $H_2S$ sensors, smoke

09:06AM 25  detectors.  Lots of different sensors for different locations.

09:06AM 1   Q.   They were located throughout the rig, as depicted on this

09:06AM 2   demonstrative?

09:06AM 3   A.   Yes.

09:06AM 4   Q.   Now, approximately, are there 500, 550 of these sensors?

09:06AM 5   A.   Yes.

09:06AM 6   Q.   Now, let's assume for a second that a sensor is

09:06AM 7   triggered -- let's call it -- let's say it's a smoke alarm or

09:06AM 8   something like that.  Where does that -- it gets triggered.

09:06AM 9   Where does that information go?

09:06AM 10  A.   If a smoke sensor is triggered, that would sound an alarm

09:07AM 11  on the SVC panel.

09:07AM 12  Q.   Let's just stop for a second.  The SVC panels are the

09:07AM 13  computer screens we saw on the bridge --

09:07AM 14  A.   Yes.

09:07AM 15  Q.   -- and in the Drill Shack?

09:07AM 16  A.   Yes.

09:07AM 17  Q.   Then what happens at those SVC panels?

09:07AM 18  A.   It would sound the alarm.  That alarm would show up on all

09:07AM 19  of the panels, so engine control room, drill floor, bridge.

09:07AM 20  There was one in the cement room as well.

09:07AM 21       So you would get the alarm, and then the DPOs would react

09:07AM 22  to that alarm on the bridge.

09:07AM 23  Q.   There would be an audio tone as well, correct?

09:07AM 24  A.   Yes.

09:07AM 25  Q.   Now, I don't need you to make a beeping noise or anything

09:07AM 1    like that, but is it essentially a beeping noise?

09:07AM 2    A.    Yeah, it would be a loud, single-tone beeping noise.  It's

09:07AM 3    intermittent.

09:07AM 4    Q.    Does it get your attention?

09:07AM 5    A.    Yes.

09:07AM 6    Q.    Now, you had mentioned there is Simrad vessel control

09:07AM 7    screens on the bridge, in the drill shack.  Were there also

09:08AM 8    Simrad vessel control screens in the engine control room?

09:08AM 9    A.    Yes, in the engine control room.

09:08AM 10   Q.    Were the same signals sent to all of those rooms?

09:08AM 11   A.    Yes.

09:08AM 12   Q.    If you could take a look at D-6712.

09:08AM 13         Now, what is this?

09:08AM 14   A.    This is the first top level screen that you see on this

09:08AM 15   fire and gas panel, or any of the SVC screens, if you went to

09:08AM 16   the fire and gas page on that screen.

09:08AM 17         This here just is an indication that you have the fire

09:08AM 18   alarm.

09:08AM 19   Q.    Where that magenta F is?

09:08AM 20   A.    Yes.

09:08AM 21   Q.    Then there is another magenta up here.  What's that?

09:08AM 22   A.    That's the indication of the actual detector.  So to the

09:08AM 23   left is the tag number for the detector.  So that's the actual

09:08AM 24   tag number for that specific detector that's been triggered.

09:08AM 25   Then you get alarm line, which was a description of the

09:08AM 1    location.

09:08AM 2         That was -- when the system was set up, they came up with

09:09AM 3    a -- with a code, basically, for what it was.  So this here

09:09AM 4    says second deck starboard galley.  That would be -- that would

09:09AM 5    just indicate to the operator that there is a fire detector in

09:09AM 6    the galley there, second deck.

09:09AM 7    Q.    So there you are on your dedicated panel on the bridge.

09:09AM 8    This light or this tag is blinking --

09:09AM 9    A.    Yes.

09:09AM 10   Q.    -- telling you where there might be a fire, and this to

09:09AM 11   the left is also blinking?

09:09AM 12   A.    Yes.  I can't remember if this one was blinking, but it

09:09AM 13   would definitely -- this one would blink.  Then this may have

09:09AM 14   been a solid or blinking, but it would have been indicated in

09:09AM 15   red and shown up at the top, also having the audible alarm.

09:09AM 16   Q.    So there you are.  What do you do next?

09:09AM 17   A.    From here, this is just an indication that you have

09:09AM 18   accommodations starboard side.

09:09AM 19        So you would click here with the mouse, and that would

09:09AM 20   bring you down to the next level.

09:09AM 21   Q.    If we could go to D-6713.

09:10AM 22        Is this the next level on the screen?

09:10AM 23   A.    This is where it would bring you to next.  This is an

09:10AM 24   indication that it's in zone F-9, which is the galley.  It

09:10AM 25   states it down here.

09:10AM 1      So this would tell you exactly where -- well, the zone

09:10AM 2  that it was in, and still showing that you have a fire

09:10AM 3  detector, and you would still have the alarm up at the top of

09:10AM 4  the page.

09:10AM 5  Q.   Right here, you have sort of an elevation of the rig and a

09:10AM 6  big white arrow.  What does that indicate?

09:10AM 7  A.   That's just giving you the general area that you're

09:10AM 8  working in.  So that would kind of be an indication for the

09:10AM 9  guys of, okay, it's starboard forward.

09:10AM 10      That's about it.  It's just kind of an overview of your

09:10AM 11  general location for that alarm.

09:10AM 12  Q.   Okay.  If we could go to D-6714.

09:10AM 13      So this is the next screen?

09:10AM 14  A.   Yes.

09:10AM 15  Q.   What does it depict?

09:10AM 16  A.   This shows you the actual detectors that would be

09:10AM 17  activated in that space.  So this is the outline here of the

09:10AM 18  galley.  Then these would indicate -- this magenta would

09:11AM 19  indicate that these detectors had been triggered.

09:11AM 20  Q.   So here you are -- how long does it take you -- I mean, if

09:11AM 21  you're actually doing this, how long does it take you to toggle

09:11AM 22  through these screens?

09:11AM 23  A.   Within seconds through the screens.

09:11AM 24  Q.   So you're at the dedicated alarm panel.  All these things

09:11AM 25  are going on.  Looks like there might be a fire in the galley.

09:11AM 1    What do you do?

09:11AM 2    A.    The first thing you would do is call the galley.  The DPO

09:11AM 3    would call the galley.  This would happen -- you have got two

09:11AM 4    DPOs on the bridge at a time.

09:11AM 5         So the DPO that was at the actual DP console would be

09:11AM 6    navigating through the screen.  The other DPO would be already,

09:11AM 7    before they are even getting through this screen, would be

09:11AM 8    making contact to the galley.  So the DPO would say, hey,

09:11AM 9    listen, we've got something in the galley.

09:11AM 10        They would start making those phone calls.  If you can't

09:11AM 11   get a hold of anybody in the galley, you would send somebody

09:11AM 12   immediately to report back to you the status of the space.

09:11AM 13   Q.    So when you're at that first screen and you see a flashing

09:12AM 14   red light there, why wouldn't you just hit the general alarm

09:12AM 15   and tell everybody to muster right away?

09:12AM 16   A.    Because it could be a faulty detector.  It could be

09:12AM 17   because of work that's going on in the space.

09:12AM 18        Depending on which space it was, the galley, you would get

09:12AM 19   smoke alarms if they were burning your food.  So you wouldn't

09:12AM 20   want to sound the general alarm just because they were burning

09:12AM 21   food.

09:12AM 22   Q.    Do you want to exercise some judgment from the bridge as

09:12AM 23   to what merits a general alarm?

09:12AM 24   A.    Yes.

09:12AM 25   Q.    Now, let's say you confirmed a fire in the galley.  You

09:12AM 1    called down there.  You hear from a cook, he's out in the

09:12AM 2    hallway.  He says, yeah, Dave, there is a fire down here --

09:12AM 3    yeah, Captain, there's a fire down here, what do you do next?

09:12AM 4    A.    From that point, you would sound the general alarm.

09:12AM 5    Q.    Once you sound the general alarm, do you make any

09:12AM 6    announcements on a P.A. system?

09:12AM 7    A.    You would make an announcement for people to muster.  You

09:12AM 8    would also indicate that this is not a drill.  We have a

09:12AM 9    confirmed fire in the galley; all personnel report to your

09:12AM 10   muster stations.

09:12AM 11         Then, you would select which muster stations, so you would

09:13AM 12   say either primary or secondary muster stations.

09:13AM 13   Q.    That's because you need to tell people where to go, right?

09:13AM 14   A.    Correct.

09:13AM 15   Q.    Because it might change, circumstance to circumstance?

09:13AM 16   A.    Yes.

09:13AM 17   Q.    D-6715, please.

09:13AM 18         Now, what's this screen here?

09:13AM 19   A.    This is the outputs page, so this indicates the outputs

09:13AM 20   from different alarms being triggered.

09:13AM 21   Q.    Just to get us through this, this is the page from which

09:13AM 22   you would hit -- one of the pages from which you would hit the

09:13AM 23   general alarm?

09:13AM 24   A.    This is one of the ways that you could function the

09:13AM 25   general alarm.  You could also do it from manual push buttons

09:13AM 1    that were on the bridge.

09:13AM 2    Q.   So we've kind of talked through a fire scenario.  If you

09:13AM 3    could quickly talk us through sort of a gas scenario.

09:13AM 4    A.   A gas scenario would be very similar.  You would get an

09:13AM 5    indication of the alarm.

09:13AM 6         Initially, it would be the same reaction.  You would get

09:13AM 7    an indication that you have the sensor going off.  The

09:14AM 8    difference is that first -- you would, obviously, first clear

09:14AM 9    the space.  Call that space, get people out of the space.  If

09:14AM 10   you can't a hold of anybody, make an announcement for people to

09:14AM 11   clear that space.

09:14AM 12        You would suit somebody up with a manual handheld detector

09:14AM 13   to go test that space, whether that was --

09:14AM 14   Q.   Like a sniffer?

09:14AM 15   A.   Yeah.  If it was -- if you had one detector in a space

09:14AM 16   or -- you would go with that sniffer, test the space, and

09:14AM 17   ventilate it as needed, if it's just -- sometimes they were

09:14AM 18   localized, just pockets over the shakers and that kind of

09:14AM 19   stuff.

09:14AM 20        So you would just increase ventilation for that space and

09:14AM 21   clear it out before you let people go back to work in it.

09:14AM 22   Q.   Now, as you're venting the gas off the side of the rig, do

09:14AM 23   you care about how the rig is positioning?

09:14AM 24   A.   Yes.

09:14AM 25   Q.   So tell us about that.

09:14AM 1    A.   You would want to make heading changes -- if you had -- if

09:14AM 2    you were having to vent a bunch of gas off the rig, you would

09:14AM 3    want to make a heading change so that it went -- so that the

09:15AM 4    wind was coming across the beam, so it just would go -- there

09:15AM 5    was very little ventilation intakes or anything like that, that

09:15AM 6    were port and starboard.  So you would go directly off the side

09:15AM 7    of the rig with it.

09:15AM 8    Q.   So you would want to actually physically rotate --

09:15AM 9    navigate the ship?

09:15AM 10   A.   You would have to make a heading change.

09:15AM 11   Q.   Then turn it?

09:15AM 12   A.   Yes.

09:15AM 13   Q.   Then the purpose is to have the gas get vented overboard,

09:15AM 14   as opposed to back onto the ship, right?

09:15AM 15   A.   Yes.

09:15AM 16   Q.   Now, in order for you to do that, in order for you to move

09:15AM 17   the ship, you know, 90 degrees or whatever the amount you would

09:15AM 18   want to navigate, do you need your engines?

09:15AM 19   A.   Yes.

09:15AM 20   Q.   We'll get into this a little more, but the moment a gas

09:15AM 21   alarm goes off on the ship, do the engines just shut down?

09:15AM 22   A.   No.

09:15AM 23   Q.   Why is that?

09:15AM 24   A.   Because the gas alarms aren't set up to shut an engine

09:15AM 25   down.

09:15AM 1    Q.    And you might need to rotate the ship to vent it off to

09:16AM 2    the side?

09:16AM 3    A.    Yes.

09:16AM 4    Q.    Now, we've talked about gas.  We've talked about sort of a

09:16AM 5    fire alarm situation.  Let's move for a second to well control.

09:16AM 6          I understand on the bridge you're not responsible for well

09:16AM 7    control personally, but you have a role to play, correct?

09:16AM 8    A.    Yes.

09:16AM 9    Q.    Let's pull up TREX-4644.1.

09:16AM 10         Do you recognize this document?

09:16AM 11   A.    Yes.

09:16AM 12   Q.    What is it?

09:16AM 13   A.    It's the *Deepwater Horizon*'s emergency response manual.

09:16AM 14   Q.    Something that you've reviewed on occasion?

09:16AM 15   A.    Yes.

09:16AM 16   Q.    Often?

09:16AM 17   A.    Often.

09:16AM 18   Q.    If we could pull up TREX-4644.76.1.

09:16AM 19         What are these?

09:16AM 20   A.    These are the various levels of well control in an

09:16AM 21   emergency situation.

09:16AM 22   Q.    Before we go into the specifics, is it fair to say that

09:16AM 23   well control can be a very dynamic situation?

09:17AM 24   A.    Yes.

09:17AM 25   Q.    Teamwork, is that important or not important?

09:17AM 1    A.   It's very important to have communication between the

09:17AM 2    various people involved.

09:17AM 3    Q.   Everyone has their own specific roles?

09:17AM 4    A.   Yes.

09:17AM 5    Q.   It's important for everybody to be talking to each other?

09:17AM 6    A.   Yes.

09:17AM 7    Q.   Now, just quickly, let's talk about a level one well

09:17AM 8    control incident.  If you could just read it to us.  What is a

09:17AM 9    level one well control emergency?

09:17AM 10   A.   Any kick situation.  All parties are advised of the

09:17AM 11   emergency, and well control procedures are underway.

09:17AM 12   Q.   Sticking with level one, generally how would you on the

09:17AM 13   bridge be alerted that there was even a kick situation going

09:17AM 14   on?

09:17AM 15   A.   Drill floor would call the bridge and let the bridge know

09:17AM 16   that they were in well control.

09:17AM 17   Q.   Because you on the bridge are not sitting there looking at

09:17AM 18   the driller's screens figuring out whether there is a kick or

09:17AM 19   something like that?

09:17AM 20        MR. ROY:  Objection, Your Honor, leading.  He's now

09:18AM 21   getting into an area he's been in some time.  I'd ask that he

09:18AM 22   not lead.

09:18AM 23        THE COURT:  Try not to lead the witness.

09:18AM 24        MR. LI:  Will do, Your Honor.

09:18AM 25        THE COURT:  All right.

09:18AM 1          BY MR. LI:

09:18AM 2     Q.    Let me ask it this way.  As a member of the bridge crew,

09:18AM 3     are you monitoring the HiTec System or the other well data?

09:18AM 4     A.    No.

09:18AM 5     Q.    Would you even know how to do that?

09:18AM 6     A.    We know where the screens are.  We know -- there is

09:18AM 7     occasionally information that we look at on those screens, but

09:18AM 8     not with regards to the status of the well or -- we'd look at

09:18AM 9     bit depth, just to kind of see where we were at as far as --

09:18AM 10    Q.    But if there is a kick, how do you know?

09:18AM 11    A.    We would be made aware by the drill floor.

09:18AM 12    Q.    Let's assume you're in a level one situation here, and

09:18AM 13    you've been alerted by the drill floor that there is a kick.

09:18AM 14    What do you do?

09:18AM 15    A.    As a chief mate, I would be made aware of it later.

09:18AM 16          As a DPO, I would have thought about the possibilities of

09:19AM 17    heading change and communicated that with the rest of the

09:19AM 18    people on the bridge.

09:19AM 19          You wouldn't necessarily make that heading change.  You

09:19AM 20    would be waiting for further information from the drill floor.

09:19AM 21    Q.    Before you decide what direction you might want to turn,

09:19AM 22    would you want to know anything about the weather?

09:19AM 23    A.    Yes.  You would be looking at the wind, and that's why you

09:19AM 24    would be thinking about your heading change.

09:19AM 25          Again, you wouldn't make the heading change necessarily

09:19AM 1    for a level one.  It would just be anticipating it if you got a

09:19AM 2    phone call from the drill floor to say that it had gotten worse

09:19AM 3    or that we were going to have to vent gas off from a different

09:19AM 4    location.

09:19AM 5    Q.    Let's take a look at level three.  What's level three?

09:19AM 6    A.    Level three is an uncontrolled well control situation or a

09:19AM 7    blowout.

09:19AM 8    Q.    Then what else does it say here?

09:19AM 9    A.    "Control can no longer be exercise from the MODU.  The

09:19AM 10   only course of action is to move or to evacuate the MODU."

09:19AM 11   Q.    Now, if we could take a look at TREX-4644.78.1.

09:20AM 12         Now, what is this?

09:20AM 13   A.    This is the OIM's responsibilities during a level one well

09:20AM 14   control situation.

09:20AM 15   Q.    If you could just read that first sentence.

09:20AM 16   A.    "Declares a level one alert upon being advised of a level

09:20AM 17   one emergency."

09:20AM 18   Q.    Assume for a second you've been advised of a level one

09:20AM 19   emergency.  Do you make any announcements over the rig?  What

09:20AM 20   do you?

09:20AM 21   A.    The DPOs would make an announcement that the -- they're in

09:20AM 22   well control.  You would shut down smoking, hot work, anything

09:20AM 23   that would create a spark, as far as the work that is being

09:20AM 24   performed.

09:20AM 25   Q.    If you could take a look at TREX-4644.78.2.

09:20AM 1    What is this document?  This is a level three blowout --

09:21AM 2 or level three well control emergency, which is an

09:21AM 3 uncontrollable blowout.  What does it instruct the OIM to do?

09:21AM 4 A. He will advise the master to initiate the abandon unit,

09:21AM 5 which is section 10.  And section 10 is the abandonment

09:21AM 6 procedures in the emergency response manual.

09:21AM 7 Q. We'll get to that in one second.

09:21AM 8    What do you understand -- "advise master to initiate,"

09:21AM 9 what do you understand the term "advise" to mean?

09:21AM 10 A. The OIM would let the master know that the well was out of

09:21AM 11 control, and that they can do no more to control the situation.

09:21AM 12 Basically putting it in the master's hands for the abandonment

09:21AM 13 procedures.

09:21AM 14 Q. If we could take a look at TREX-4644.264.1.

09:21AM 15    Is this the section that we were talking about, the

09:21AM 16 abandonment?

09:21AM 17 A. Yes.  Section 10.

09:21AM 18 Q. If you could just read to us what it says.

09:21AM 19 A. "The decision to abandon the MODU will be made by the

09:22AM 20 master.  It is the last resort for a given emergency, having

09:22AM 21 exhausted all available options to protect the safety of the

09:22AM 22 MODU and personnel onboard.  In making the decision to abandon,

09:22AM 23 the master should consult with the OIM, line supervisors and

09:22AM 24 the senior client representatives."

09:22AM 25 Q. Whose decision is it to abandon ship?

09:22AM 1    A.    It's the master's decision.

09:22AM 2    Q.    Should the master consult with anyone?

09:22AM 3    A.    Yes.

09:22AM 4    Q.    Why is that?

09:22AM 5    A.    For the OIM, he's going to have the best knowledge of the

09:22AM 6    status of the well.

09:22AM 7          For the line supervisors, that could be the maintenance

09:22AM 8    department, so the status of the engines, whether or not

09:22AM 9    everything has been shut down before you leave the rig.

09:22AM 10         For the client representative, that's for the client to be

09:22AM 11   able to communicate to town on their end of the situation and

09:22AM 12   being able -- to the fact that we're abandoning.

09:22AM 13   Q.    You're a captain of a vessel right now.  Would this be

09:23AM 14   your practice also?

09:23AM 15   A.    Yes.

09:23AM 16   Q.    To consult with your -- the rest of the crew, the

09:23AM 17   department heads, to know what the information is?

09:23AM 18   A.    Yes.

09:23AM 19         There is a lot of information in an emergency situation

09:23AM 20   that you're relying on the other departments to give to you.

09:23AM 21   Q.    Was there any confusion about that on the

09:23AM 22   *Deepwater Horizon*?

09:23AM 23   A.    Not that I saw, no.

09:23AM 24   Q.    Now, once this situation has escalated into a full-blown

09:23AM 25   emergency and we're contemplating abandoning ship, I just want

09:23AM 1    to set that stage.

09:23AM 2         Are you familiar with the station bill?

09:23AM 3    A.    Yes.

09:23AM 4    Q.    If you could pull up D-6588.

09:23AM 5         What is this?

09:23AM 6    A.    This is a station bill for the *Deepwater Horizon*.

09:23AM 7    Q.    Now, generally, what is a station bill?

09:23AM 8    A.    The station bill is used to communicate to everybody

09:23AM 9    onboard what their actions are to take in an emergency, so

09:23AM 10   their muster stations, and then the various duties that those

09:24AM 11   people have in an emergency situation.

09:24AM 12        It also gives you -- general instructions and the alarms

09:24AM 13   associated with each type of an emergency are indicated on the

09:24AM 14   station bill.

09:24AM 15   Q.    Was it posted anywhere on the rig?

09:24AM 16   A.    Yes.

09:24AM 17   Q.    Approximately how many places?

09:24AM 18   A.    We had -- it was posted in all the common spaces

09:24AM 19   throughout the rig.  I think there were 18 of them within --

09:24AM 20   between the accommodations and the control room.  I think there

09:24AM 21   was one on the drill floor.

09:24AM 22        It was posted on the back of everybody's door in the

09:24AM 23   cabins, so in their state rooms they all had a copy of this

09:24AM 24   posted.

09:24AM 25   Q.    Did they get a little -- sort of a little wallet card when

09:24AM  1    they got on the ship?

09:24AM  2    A.    When you sign on board for your first time, you would get

09:24AM  3    a welcome aboard packet.  With that welcome aboard packet,

09:24AM  4    there was an overview, but the only thing that was on that was

09:24AM  5    your muster locations.

09:24AM  6          This portion of it here was on that card.  It didn't have

09:24AM  7    all the detail from it, but it did show you what the station

09:25AM  8    bill looked like so you could find it.

09:25AM  9          MR. LI:  Your Honor, if I may approach.

09:25AM 10          BY MR. LI:

09:25AM 11    Q.    We've had a foam core version of this made, Captain Young.

09:25AM 12    Does accurately depict the station bill --

09:25AM 13    A.    Yes.

09:25AM 14    Q.    -- as you knew it?

09:25AM 15          About the right size?

09:25AM 16    A.    Yes.

09:25AM 17    Q.    So approximately -- what is this, three feet by two feet,

09:25AM 18    something like that?

09:25AM 19    A.    Poster size, yes.

09:25AM 20    Q.    I don't want it to fall over.  I'll put it here.

09:25AM 21          Are those the ones that were put in the public locations?

09:25AM 22    A.    Yes.

09:25AM 23    Q.    Now, if you could pull up D-6588.1.1.

09:25AM 24          At the top of the station bill, right about here, we

09:25AM 25    pulled out a very big and imposing pull-out.  What is that?

09:26AM  1    A.    That's the chain of command in an emergency situation.

09:26AM  2    Q.    Who is in command?

09:26AM  3    A.    The master.

09:26AM  4    Q.    Who is second in command?

09:26AM  5    A.    The chief officer.

09:26AM  6    Q.    Who is third in command?

09:26AM  7    A.    The OIM.

09:26AM  8    Q.    After the explosions occurred on April 20, 2010, who was

09:26AM  9    in command of the *Deepwater Horizon*?

09:26AM 10    A.    The master.

09:26AM 11    Q.    Now, while you were on the *Deepwater Horizon*, did you

09:26AM 12    witness any confusion among the crew as to who was in charge?

09:26AM 13    A.    No.

09:26AM 14    Q.    Captain, are you familiar with the term "overriding

09:26AM 15    authority"?

09:26AM 16    A.    Yes.

09:26AM 17    Q.    What is it?

09:26AM 18    A.    Overriding authority is the ability for the captain or the

09:26AM 19    master to take charge at any time and make the decisions that

09:26AM 20    concern the safety of the vessel, the crew, and the

09:26AM 21    environment.

09:26AM 22    Q.    You're a master right now.  If the CEO of Transocean,

09:26AM 23    Steven Newman, were onboard your vessel and you thought there

09:26AM 24    was an emergency, who would be in charge?

09:27AM 25    A.    I would as the master.

09:27AM  1    Q.    Now, have you also heard the term "person in charge"?

09:27AM  2    A.    Yes.

09:27AM  3    Q.    What does that term mean?

09:27AM  4    A.    The person in charge was used -- or is used to indicate

09:27AM  5    who is in charge of the operations that are going on.

09:27AM  6          So for drilling operations, the OIM is in charge.  When

09:27AM  7    we're underway going from one location to another, the master

09:27AM  8    would be in charge.

09:27AM  9    Q.    Now, on the MODU -- on MODU's like the *Horizon*, is having

09:27AM 10    both the master and the OIM designated as person in charge at

09:27AM 11    different times unusual?

09:27AM 12    A.    No.

09:27AM 13    Q.    Why is that?

09:27AM 14    A.    The OIMs tend to have a better knowledge of drilling

09:27AM 15    operations and the aspect -- everything that's involved with

09:27AM 16    drilling operations.  So while we're drilling, the OIMs are in

09:27AM 17    charge of that operation.

09:27AM 18          While we're underway, making way and navigating from one

09:27AM 19    point to another, the masters have a lot more education and a

09:27AM 20    lot more knowledge about what takes place and the steps that

09:28AM 21    need to be taken.

09:28AM 22    Q.    Now, is person in charge the same thing as overriding

09:28AM 23    authority?

09:28AM 24    A.    No.

09:28AM 25    Q.    If you could pull up TREX-671.1.

09:28AM 1          Are you familiar with this?

09:28AM 2     A.    Yes.

09:28AM 3     Q.    Now, if we could turn to -- what is it, first of all?

09:28AM 4     A.    It's the *Deepwater Horizon* operations manual.

09:28AM 5     Q.    If we could turn to 671.47.1, I've pulled out a page, and

09:28AM 6     we've highlighted some of it.  If you could read to us what

09:28AM 7     this is about and what it says.

09:28AM 8     A.    This is the responsibility and authority or operations

09:28AM 9     support.  "So, in accordance with the ISM code, the master has

09:28AM 10    overriding authority and responsibility to make decisions with

09:28AM 11    respect to the safety and pollution prevention and to request

09:29AM 12    all internal company assistance as necessary.  Self-propelled

09:29AM 13    rigs carry a marine crew headed by the master, in addition to

09:29AM 14    the normal industrial function of the vessels headed by the

09:29AM 15    installation manager."

09:29AM 16    Q.    Now, is that how the chain of command worked on the

09:29AM 17    *Deepwater Horizon*?

09:29AM 18    A.    Yes.

09:29AM 19    Q.    If you could pull up, again, D-6588.1.1.

09:29AM 20          Is this the chain of command as reflected in the station

09:29AM 21    bill?

09:29AM 22    A.    Yes.

09:29AM 23    Q.    If you could pull up D-6588.1.2.

09:29AM 24          Now, this is, again, part of the station bill.  You don't

09:29AM 25    have to go into the details, but what is this generally?

09:29AM  1    A.    This is an indication of the emergency contact, which

09:29AM  2    would have been to call the bridge.  And, also, this is the

09:30AM  3    definitions for the emergency alarms that the crew could read

09:30AM  4    so they were familiar with the emergency alarms.

09:30AM  5    Q.    So with respect to the emergency contact, that's if a

09:30AM  6    crewman sees somebody hurt or sees a fire or something, to pick

09:30AM  7    up the phone and who to call?

09:30AM  8    A.    Yes.

09:30AM  9    Q.    And then with respect to the emergency signal, this is

09:30AM 10    just to describe what you're supposed to see and hear?

09:30AM 11    A.    It would be the visual indication as well as the audible.

09:30AM 12    Q.    So right here you have fire and emergency.  Let me ask you

09:30AM 13    a question about that.

09:30AM 14          Is an uncontrolled blowout -- you know, uncontrolled and

09:30AM 15    uncontrollable blowout cause to sound the general alarm for

09:30AM 16    fire and emergency?

09:30AM 17    A.    Yes.

09:30AM 18    Q.    Now, just a quick question.  And you don't have to go too

09:30AM 19    far into this, but the term *general alarm* gets thrown around a

09:30AM 20    lot.  And it has a fairly specific meaning, right?

09:30AM 21    A.    Yes.

09:30AM 22    Q.    And tell us what that -- is a general alarm essentially a

09:30AM 23    rig-wide alarm?

09:31AM 24    A.    It would be a rig-wide alarm, and the general alarm was

09:31AM 25    used for various signals.  So depending on which alarm it was,

09:31AM 1     that would be a signal that is sounded rig-wide.  So in the
09:31AM 2     accommodations, working spaces, just every speaker and alarm
09:31AM 3     that's available on the rig would be sounded.
09:31AM 4     Q.   Now, what's in the lower -- what's on the right-hand side
09:31AM 5     of the station bill, right over here?  You don't have to,
09:31AM 6     again, go into -- just generally what's over there?
09:31AM 7     A.   The general instructions for actions to take in an
09:31AM 8     emergency.
09:31AM 9     Q.   If you could pull up D-6588.1.3.
09:31AM 10         What does this show here?
09:31AM 11    A.   This is the bridge team's command group, so this is the
09:31AM 12    personnel that would report to the bridge for fire and
09:32AM 13    emergency.
09:32AM 14    Q.   And I kind of blew it here, but fair to say that this
09:32AM 15    section here just tells folks where to go in case of a fire or
09:32AM 16    emergency, what their stations are?
09:32AM 17    A.   Yes.
09:32AM 18    Q.   And, again, this is where the bridge crew goes?  And I'm
09:32AM 19    sorry to lead you.
09:32AM 20    A.   Yes.
09:32AM 21    Q.   Who goes to the bridge?
09:32AM 22    A.   Master, OIM, senior toolpusher, maintenance supervisor,
09:32AM 23    the on tour or on duty senior DPO, the on duty DPO, radio
09:32AM 24    operator, and the company man who was off duty.
09:32AM 25    Q.   Now, just so we're clear, what are the master's duties?

09:32AM 1   A.   Overall command and coordinate all emergency response

09:32AM 2   activities.

09:32AM 3   Q.   And what is the OIM's responsibilities?

09:32AM 4   A.   Coordinate well control and drill floor response.

09:32AM 5   Q.   If you could pull up D-6588.1.4.

09:33AM 6        What are your responsibilities?

09:33AM 7   A.   Local command and assess the fire.

09:33AM 8   Q.   So do you go to the bridge?

09:33AM 9   A.   No.

09:33AM 10   Q.   If you could pull up D-6588.1.5.

09:33AM 11        In an emergency, who is on the well control team?

09:33AM 12   A.   That would be the on duty toolpusher, the on duty company

09:33AM 13   man, the on duty driller, assistant drillers, the derrickhand,

09:33AM 14   floorhands, and the senior subsea supervisor.

09:33AM 15   Q.   So where is the well control team supposed to be?

09:33AM 16   A.   On the drill floor.

09:33AM 17   Q.   Do they -- are they supposed to leave the drill floor the

09:33AM 18   moment an alarm goes off?

09:33AM 19   A.   No.

09:33AM 20   Q.   Why is that?

09:33AM 21   A.   Because they would be responsible for securing the well in

09:33AM 22   an emergency situation.

09:33AM 23   Q.   And when do all these folks who have their assigned

09:33AM 24   emergency stations, when do they leave?

09:34AM 25   A.   When advised by the OIM and the master to leave.  The OIM

09:34AM 1    would make the call to abandon well control or drill floor --

09:34AM 2    on the drill floor, and then the OIM -- or the master would

09:34AM 3    either make the decision to abandon or just to go to alternate

09:34AM 4    emergency stations.

09:34AM 5    Q.    If we could pull up D-6588.1.6.

09:34AM 6          Do you see this map here?  What is that?

09:34AM 7    A.    This is an indication of the location of muster stations.

09:34AM 8    Q.    Now, once you've sounded the general alarm, do you use the

09:34AM 9    PA system at all?

09:34AM 10   A.    Yes.

09:34AM 11   Q.    And why would you do that?

09:34AM 12   A.    Depending on the emergency situation, you'll indicate

09:34AM 13   which muster stations to go to.  And so for a fire and

09:34AM 14   emergency, you may use your forward muster stations, which

09:34AM 15   would be up here.

09:34AM 16        If the wind conditions were different and you needed to

09:35AM 17   muster people aft, you would muster them back aft.  Or just if

09:35AM 18   the emergency happens to be forward, you would want to muster

09:35AM 19   the people aft.

09:35AM 20        The same thing for any of the situations.  You may not be

09:35AM 21   able to use Fire Team Locker Number 1, so you may have to

09:35AM 22   report to this locker.  So those announcements would have to be

09:35AM 23   made to indicate to the crews where they need to go.

09:35AM 24   Q.    And it's your responsibility as the bridge crew to

09:35AM 25   exercise judgment and help the crew know where to go?

09:35AM  1    A.    Yes.

09:35AM  2    Q.    I'm going to now talk a little more about fire and gas

09:35AM  3    alarm systems, so if we could focus on that for a second.   If

09:35AM  4    we could pull up D-6725.

09:35AM  5          So this is that screen with the hundreds of sensors on the

09:35AM  6    *Deepwater Horizon*.

09:35AM  7          Now, is there a setting on the fire and gas alarm system

09:35AM  8    called, quote/unquote, disable?

09:35AM  9    A.    No.

09:35AM 10    Q.    Are you familiar with the setting called *passive*?

09:35AM 11    A.    Yes.

09:35AM 12    Q.    What's passive mode?

09:35AM 13    A.    Passive mode will take any single detector that you put in

09:36AM 14    passive, it will -- it's -- effectively it's taking that sensor

09:36AM 15    out of the system.   So if you were going to work on the system,

09:36AM 16    say you had a detector to replace, you would put that in

09:36AM 17    passive so that an alarm wasn't generated for that actual

09:36AM 18    sensor while you were working on it.

09:36AM 19    Q.    So I'm just pointing to one sensor right there.   Say you

09:36AM 20    wanted to work on that sensor, you might put it in passive?

09:36AM 21    A.    Yes.

09:36AM 22    Q.    How often did you do that?

09:36AM 23    A.    Not very often.   It would be if you were -- again, if you

09:36AM 24    were working on a -- if you were working on a particular

09:36AM 25    sensor, you would put it in passive.

09:36AM 1    Q.   Are you familiar with the term *inhibit*, an inhibit mode?

09:36AM 2    A.   Yes.

09:36AM 3    Q.   What's that?

09:36AM 4    A.   Inhibit mode is used to -- with inhibit mode, you still

09:36AM 5    generate an alarm at the panel.  The detector is still there,

09:36AM 6    still functions, and it would show -- it would indicate on the

09:37AM 7    bridge that you still have an alarm, but it would not function

09:37AM 8    the outputs associated with that detector.

09:37AM 9         So if you had a detector inhibited and that detector had a

09:37AM 10   certain output that was supposed to happen based on the logic

09:37AM 11   in the system, it wouldn't follow that logic.  It would just

09:37AM 12   take that out and just indicate to the bridge that you had the

09:37AM 13   alarm.

09:37AM 14   Q.   Why would you put a specific -- now, this is, again, for a

09:37AM 15   specific sensor, right, like that one there?

09:37AM 16   A.   Right.  Right.  Yes, for one sensor.

09:37AM 17   Q.   Why would you put a specific sensor on inhibit?

09:37AM 18   A.   Because -- there are a number of reasons you could do it.

09:37AM 19   You could do it -- say you were welding in a space and it

09:37AM 20   was -- it was a fairly tight space that would generate smoke.

09:37AM 21   You knew that they were going to be welding in there.  You

09:37AM 22   would put it on inhibit.

09:37AM 23        That way when they started welding, you would still get

09:37AM 24   the alarm on the bridge.  You would make that phone call down

09:37AM 25   there to make sure that they were in the space and actually

09:37AM 1   starting the work.  So it would still indicate to you that you

09:38AM 2   had -- that you had a detector going off, and it would still

09:38AM 3   generate an alarm in the SVC station.

09:38AM 4        Also, the sack room, it was common for when they were

09:38AM 5   weighing up with mud, it gets really dusty in there.  The dust

09:38AM 6   would settle on the detectors and cause the detector to go off.

09:38AM 7        So if they were in that process and the room was dusty,

09:38AM 8   you would inhibit it.  Once you got that alarm the first time,

09:38AM 9   you inhibit it, and then check back with them each time you get

09:38AM 10  that alarm until that's clear and they have an opportunity to

09:38AM 11  clear that detector off.

09:38AM 12  Q.   Now, on the bridge did you keep track of which sensors

09:38AM 13  were inhibited at any particular time?

09:38AM 14  A.   Yes.

09:38AM 15  Q.   How did you do that?

09:38AM 16  A.   We had a written log on the bridge that you would put the

09:38AM 17  tag number for the sensor and the location of it and the person

09:38AM 18  responsible for the inhibit on that sensor, so you could track

09:38AM 19  which detectors were inhibited.

09:38AM 20  Q.   Was it on a binder or something like that?

09:38AM 21  A.   Yeah, it was in a binder on the bridge.

09:39AM 22  Q.   And it's a physical document?

09:39AM 23  A.   Yes.

09:39AM 24  Q.   And, unfortunately, did it go down with the rig?

09:39AM 25  A.   I didn't see anybody grab it, so I would imagine it went

09:39AM 1    down with the rig.

09:39AM 2    Q.   Are you familiar with a term called *override* mode?

09:39AM 3    A.   Yes.

09:39AM 4    Q.   What is override?

09:39AM 5    A.   Override could be used to override a group of outputs, so

09:39AM 6    if -- it's an activation that would take place because of

09:39AM 7    alarms that have been triggered, so -- or because of a group of

09:39AM 8    detectors that have been triggered.

09:39AM 9         So if there is two detectors that would cause an output,

09:39AM 10   whether that be a shutdown or an alarm, a rig-wide alarm, you

09:39AM 11   would use override to override that -- that actual function.

09:39AM 12   And it would be -- you would have to override each individual

09:39AM 13   function.

09:39AM 14   Q.   So I just want to make this really clear.  So override is

09:39AM 15   overriding the automatic functioning of some particular action?

09:39AM 16   A.   Yes.

09:39AM 17   Q.   If you could take a look at TREX-1119.1.1.

09:40AM 18        Now, we've heard some testimony and argument about the

09:40AM 19   general alarms being overridden.  I would like us to focus on

09:40AM 20   that for a moment, if we could.  Are you with me?

09:40AM 21   A.   Yes.

09:40AM 22   Q.   What is this particular document?

09:40AM 23   A.   This is a NVIC that was generated by the Coast Guard.

09:40AM 24   Q.   What's a NVIC?

09:40AM 25   A.   Navigation and Vessel Inspection Circular.

5634

09:40AM 1    Q.    So it's a Coast Guard reg that advises you what to do?

09:40AM 2    A.    Yes.

09:40AM 3    Q.    And as a master of a vessel, do you basically do what the

09:40AM 4    Coast Guard tells you to do?

09:40AM 5         MR. ROY:  Your Honor, we object.  He was not offered as

09:40AM 6    an expert in the field of obligations as a master.

09:40AM 7    Early on Judge Shushan ordered that anybody who was going to

09:40AM 8    elicit in-house expert opinions from one of their in-house

09:40AM 9    people specifically delineate that.  He was not delineated

09:40AM 10   today as anything other than a fact witness.  And he's getting

09:41AM 11   ready to purport to opine on what the obligations are of a

09:41AM 12   master in this circumstance when he wasn't even a master at the

09:41AM 13   time.

09:41AM 14        MR. LI:  Your Honor, if I may respond, this doesn't

09:41AM 15   actually have anything to do with the authority of a master.

09:41AM 16   It's just a circular that says how your alarms are supposed to

09:41AM 17   be set up.

09:41AM 18        MR. ROY:  Regardless of what it is, Your Honor --

09:41AM 19        THE COURT:  If you're going to ask him his opinion of

09:41AM 20   this -- what are you asking him, just to read this?  Is this a

09:41AM 21   document that's in evidence?

09:41AM 22        MR. LI:  Yes, sir.  Yes.

09:41AM 23        THE COURT:  Well, I guess I can read it, too.  It's

09:41AM 24   not in --

09:41AM 25        MR. LI:  Your Honor, it's in conjunction with a very

09:41AM 1    specific point about how the alarm systems were set up on the

09:41AM 2    *Deepwater Horizon*, and it will take literally 30 seconds.

09:41AM 3            THE COURT:  All right.  As long as it doesn't get into

09:41AM 4    opinion testimony, because Mr. Roy is right, that he wasn't

09:41AM 5    proposed as an expert of any sort.

09:41AM 6            MR. LI:  I'm not going to ask his opinion, Your Honor.

09:41AM 7            THE COURT:  Okay.  Go ahead.

09:41AM 8    BY MR. LI:

09:41AM 9    Q.   Now, what is the purpose of this circular?

09:41AM 10   A.   The circular has been prepared --

09:42AM 11           MR. ROY:  Your Honor, let me object.  Here we go again.

09:42AM 12   He's giving an opinion as to what he considers the purpose of

09:42AM 13   this is.

09:42AM 14           THE COURT:  I sustain the objection.

09:42AM 15           MR. LI:  I'll rephrase it.

09:42AM 16   BY MR. LI:

09:42AM 17   Q.   If you could just read that.

09:42AM 18   A.   "Purpose, the circular has been prepared to provide

09:42AM 19   guidance concerning electrical installations on merchant

09:42AM 20   vessels and mobile offshore drilling units."

09:42AM 21   Q.   If we could take a look at TREX-1119.2.1.

09:42AM 22           And this section concerns general alarms?

09:42AM 23   A.   Yes.

09:42AM 24   Q.   If you could just read this paragraph.

09:42AM 25   A.   "The general alarm is intended to be sounded only after a

09:42AM 1   deliberate decision by a member of the crew.  This position is

09:42AM 2   consistent with SOLAS Chapter 11-2, Regulation 13.1.14.  The

09:42AM 3   general alarm must only be initiated manually and is intended

09:42AM 4   to be sounded by the person on watch or other responsible

09:42AM 5   member of the crew only after the determination has been made

09:42AM 6   that an emergency situation exists which warrants mustering the

09:43AM 7   crew and passengers, if any."

09:43AM 8   Q.    Now, Captain Young, was this how the general alarm system

09:43AM 9   was set up on the *Deepwater Horizon*?

09:43AM 10  A.    Yes.

09:43AM 11  Q.    If we could pull up D-6722.

09:43AM 12        This is -- have you seen this demonstrative?

09:43AM 13  A.    Yes.

09:43AM 14  Q.    And I'm just -- I want to sort of explain how this

09:43AM 15  override system works.  All right?

09:43AM 16  A.    Yes.

09:43AM 17  Q.    And you remember discussing this with me before?

09:43AM 18  A.    Yes.

09:43AM 19  Q.    So over here what do we have?

09:43AM 20  A.    That would be the same shot as before with the various

09:43AM 21  detectors that are throughout the rig.

09:43AM 22  Q.    And they send a signal to this unit here?

09:43AM 23  A.    Yes.  A signal would be sent to the SVC, or the control

09:43AM 24  computers.  You would get an audible alarm on the panel, and

09:43AM 25  you would also -- with that you would get a visual alarm on the

09:43AM 1    screen.  Certain automatic functions would happen for various
09:44AM 2    types of alarms.  And then you have manual functions that are
09:44AM 3    available through that SVC screen as well.
09:44AM 4    Q.   So let's talk a second about the automatic functions.
09:44AM 5    What have we got here?
09:44AM 6    A.   For certain groups of alarms, sometimes it was one
09:44AM 7    detector and sometimes it was a group of detectors, you would
09:44AM 8    have certain automatic functions.
09:44AM 9         So for the accommodations, for example, if the sprinkler
09:44AM 10   tank had a low pressure, that would -- when the sprinkler pump
09:44AM 11   would come on, it would activate the fire door shutting, so
09:44AM 12   you'd get fire door shutting.
09:44AM 13        Certain damper closures would be automatic and certain
09:44AM 14   equipment shutdowns, whether that be a ventilation fan or
09:44AM 15   various types of equipment.  Again, it's depending on which
09:44AM 16   zone it was in, what it was in, and the logic of the system.
09:44AM 17   Q.   Assuming a fire alarm goes off, you might have a fire door
09:44AM 18   close, you might have equipment shut down, and you might have a
09:45AM 19   damper shut?
09:45AM 20   A.   Yes.
09:45AM 21   Q.   Now, as the system was originally designed, did it also
09:45AM 22   put the general alarm into automatic?
09:45AM 23   A.   There was an option for that to go to automatic, but it
09:45AM 24   was -- we had it set up so the general alarm function was
09:45AM 25   manually functioned.

09:45AM 1    Q.    And why did you do that?

09:45AM 2    A.    Because -- one reason was to not create a bunch of false

09:45AM 3    alarms, and it was required to have it set up manually.

09:45AM 4    Q.    If I could have TREX-1119.2.1.

09:45AM 5          This is setting the general alarm in manual?

09:45AM 6    A.    Yes.

09:45AM 7    Q.    If we could have D-6722.

09:45AM 8          Now, we've sort of talked about these function here.  Were

09:45AM 9    those also -- were those set in manual?

09:45AM 10   A.    No.

09:45AM 11   Q.    Only the general alarm?

09:46AM 12   A.    Yes.

09:46AM 13   Q.    Now, just hypothetically, if somebody were working,

09:46AM 14   welding inside the damper, would you at that point consider

09:46AM 15   overriding the automatic function of the damper?

09:46AM 16   A.    Yes.  You would override that specific tag, though.  It

09:46AM 17   wouldn't be the whole group.  You would basically do a

09:46AM 18   lockout/tagout.  You would have to do a lockout/tagout for that

09:46AM 19   piece of equipment.

09:46AM 20         That may mean securing hydraulic power to the damper or

09:46AM 21   pneumatic power, whether it was a pneumatic damper, and

09:46AM 22   properly locking and tagging it out, and testing that that

09:46AM 23   doesn't function before you allow the person to work inside

09:46AM 24   that piece of equipment.

09:46AM 25   Q.    Would you record this in any way?

5639

09:46AM 1    A.    Yes.

09:46AM 2    Q.    In that binder on the bridge?

09:46AM 3    A.    It would be in the lockout/tagout log.  It would also be

09:47AM 4    on the permit itself.  And if anything was put in passive in

09:47AM 5    override in the fire and gas system, that would be logged in

09:47AM 6    the inhibit register.

09:47AM 7    Q.    Now, did the Coast Guard ever inspect the alarm system on

09:47AM 8    the *Deepwater Horizon*?

09:47AM 9    A.    Yes.

09:47AM 10   Q.    When would they do that?

09:47AM 11   A.    Annually we had our COC, which was the certificate of

09:47AM 12   compliance inspection.  And they would spot-check some alarms.

09:47AM 13   They wouldn't necessarily check the entire system, but they may

09:47AM 14   check detectors in various spaces, make sure we get an alarm on

09:47AM 15   the bridge and the reaction of the people to it.

09:47AM 16       So they were also there to check on our response to alarms

09:47AM 17   and not just that we got them on the bridge.

09:47AM 18   Q.    Was it a real inspection?

09:47AM 19   A.    Yes.

09:47AM 20   Q.    Did the Coast Guard personnel that you saw appear to take

09:47AM 21   their job seriously?

09:47AM 22   A.    Yes.

09:47AM 23   Q.    Would it be one person or a team?

09:47AM 24   A.    It would usually be at least two.  Sometimes it would be

09:48AM 25   more.  Oftentimes the Coast Guard would bring trainees out as

09:48AM 1    well to help train the next group of people to come out and

09:48AM 2    conduct the inspections.

09:48AM 3    Q.    So focusing on the inspection of alarms, how would the

09:48AM 4    Coast Guard inspectors inspect the alarms?

09:48AM 5    A.    Depending on what type of alarm it was, it could be for --

09:48AM 6    say it was a smoke detector, they would let the guys on the

09:48AM 7    bridge know.  We would coordinate it so it wasn't a false

09:48AM 8    alarm, and then we would set up to actually go test that alarm,

09:48AM 9    the same way that we would test it if we were doing the

09:48AM 10   inspection.

09:48AM 11       We had these cans that were false smoke, so you would go

09:48AM 12   and spray the false smoke at the detector, and they would have

09:48AM 13   one Coast Guard member on the bridge verify that the alarm

09:48AM 14   indicated on the bridge properly.

09:48AM 15   Q.    Now, did you or anyone you ever saw ever deny access to

09:48AM 16   any information to any Coast Guard inspector?

09:49AM 17   A.    No.

09:49AM 18   Q.    What would happen if the Coast Guard doesn't issue a

09:49AM 19   certificate of compliance following one of those inspections?

09:49AM 20   A.    You could be restricted from working.

09:49AM 21   Q.    Now, in your entire time on the *Deepwater Horizon*, did you

09:49AM 22   ever hear the Coast Guard complain in any way about how the

09:49AM 23   alarm system was set up?

09:49AM 24   A.    No.

09:49AM 25   Q.    If someone told this court that, quote, The entire

09:49AM 1    integrated alarm and control system, the IACS, was in override

09:49AM 2    mode, would that be correct or incorrect?

09:49AM 3    A.    Incorrect.

09:49AM 4    Q.    On the rig was anything, other than the rig-wide general

09:49AM 5    emergency alarm, ordinarily in override?

09:49AM 6    A.    No.

09:49AM 7    Q.    Was the general alarm in override to comply with

09:50AM 8    Coast Guard regulations?

09:50AM 9    A.    Yes.

09:50AM 10   Q.    Now, you were there that night.  Did the general alarm for

09:50AM 11   fire and emergency sound?

09:50AM 12   A.    Yes.

09:50AM 13   Q.    How do you know?

09:50AM 14   A.    I was one of the people that functioned the general alarm,

09:50AM 15   and I heard it on deck at some point.

09:50AM 16   Q.    If we could pull up TREX-22700.1.1.

09:50AM 17         This is from the report of a witness in this case.  He

09:50AM 18   states, and I'm just going to cut out the middle stuff:  "The

09:50AM 19   general alarm never sounded."

09:50AM 20             MR. REGAN:  Can we identify which witness?

09:50AM 21             MR. LI:  Webster.

09:50AM 22             MR. REGAN:  An expert report.

09:50AM 23   BY MR. LI:

09:50AM 24   Q.    This is from Mr. Webster's expert report.

09:50AM 25         "The general alarm never sounded."

09:50AM 1          Captain Young, is that correct or incorrect?

09:50AM 2   A.   Incorrect.

09:50AM 3   Q.   You were there, weren't you?

09:51AM 4   A.   Yes.

09:51AM 5   Q.   I'm going to move to another topic.  This is the emergency

09:51AM 6   shutdown.  So you have that in mind, sir?

09:51AM 7   A.   Yes.

09:51AM 8   Q.   Are you familiar with the term *ESD*?

09:51AM 9   A.   Yes.

09:51AM 10   Q.   What does that mean?

09:51AM 11   A.   Emergency shutdown.

09:51AM 12   Q.   If you could pull up TREX-1118.1.1.

09:51AM 13         What is this document?

09:51AM 14   A.   The safety system design philosophy for the

09:51AM 15   *Deepwater Horizon*.

09:51AM 16   Q.   Now, are you familiar with this document?

09:51AM 17   A.   Yes.

09:51AM 18   Q.   Have you reviewed it on a number of occasions?

09:51AM 19   A.   Yes.

09:51AM 20   Q.   There is a stamp here.  If you could just tell us what

09:51AM 21   that's about.

09:51AM 22   A.   That's the stamp indicating that ABS has approved the

09:51AM 23   document.

09:51AM 24   Q.   What's the date there?

09:51AM 25   A.   September 13th of 2000.

09:51AM 1    Q.    And, generally, what's the -- what does that stamp mean?
09:52AM 2    What is ABS?
09:52AM 3    A.    ABS is a classification society, and they are approving --
09:52AM 4    they approve to a standard.  They set a standard for -- a
09:52AM 5    design standard, basically, for the vessels being built.
09:52AM 6    Q.    And then if you get their classification, what are you
09:52AM 7    allowed to do?
09:52AM 8    A.    Sometimes contracts are written based on the fact that you
09:52AM 9    need to have a class -- a vessel that's built to class, and it
09:52AM 10   also works in insurance.
09:52AM 11   Q.    It's a regulatory function?
09:52AM 12   A.    Regulatory function, yes.
09:52AM 13   Q.    Now, while you were on the rig, did the ABS continue to
09:52AM 14   inspect the *Horizon*?
09:52AM 15   A.    Yes.
09:52AM 16   Q.    With what frequency?
09:52AM 17   A.    I can't remember the actual frequency of it, but they were
09:52AM 18   out often.  Sometimes they -- they would also be involved in
09:52AM 19   any of the changes that we would make on board.  So if we had
09:52AM 20   to make any structural changes or anything like that, we would
09:52AM 21   consult with ABS.
09:52AM 22   Q.    What would happen if the vessel was not up to ABS's code?
09:53AM 23   A.    They could pull the classification certificate.
09:53AM 24   Q.    Could you work then?
09:53AM 25   A.    Not that I'm aware of, no.

09:53AM 1    Q.    To your knowledge, did the *Horizon* ever loose the its ABS

09:53AM 2    classification?

09:53AM 3    A.    No.

09:53AM 4    Q.    Now, let's take a look at 1118.13.1.

09:53AM 5          This is the design philosophy for the emergency shutdown

09:53AM 6    system?

09:53AM 7    A.    Yes.

09:53AM 8    Q.    This is the ESD?

09:53AM 9    A.    Yes.

09:53AM 10   Q.    If you could read to us the design philosophy for the

09:53AM 11   *Deepwater Horizon* emergency shutdown system.

09:53AM 12   A.    "It's important to note that the ESD responses on a

09:53AM 13   dynamically positioned DP MODU, such as the RBS8D, are

09:53AM 14   different from the ESD philosophy employed on MODU's that are

09:53AM 15   not DP."

09:53AM 16   Q.    Let me just stop you for a moment.  This RBS8D, is that

09:54AM 17   the *Deepwater Horizon*?

09:54AM 18   A.    That was the project for the *Deepwater Horizon*.  So that

09:54AM 19   was -- I guess that was before it was named the

09:54AM 20   *Deepwater Horizon*.  That was the project.

09:54AM 21   Q.    If you could continue.

09:54AM 22   A.    "On a DP MODU there is generally not a single top level

09:54AM 23   shutdown level that stops all engines and disconnects all

09:54AM 24   possible sources of ignition in case of an uncontrolled well

09:54AM 25   blowout.  Instead of this type of shutdown, a DP MODU will

5645

09:54AM 1    perform an emergency disconnect from the wellhead and escape

09:54AM 2    the hazardous area in such a case."

09:54AM 3    Q.   Was the *Deepwater Horizon* designed to automatically shut

09:54AM 4    down all of its engines in the event of an emergency?

09:54AM 5    A.   No.

09:54AM 6    Q.   And according to the design philosophy, why is that?

09:54AM 7    A.   So that you could drive off location and get away from the

09:54AM 8    source of -- you could get away from the well, if that was the

09:54AM 9    source of the emergency.

09:54AM 10   Q.   If gas were detected on the rig, would the ventilation

09:54AM 11   systems for the engine room shut down or automatically close?

09:55AM 12   A.   They would not shut down automatically for any gas alarms.

09:55AM 13   They would only shut down if it made it to the intake of that

09:55AM 14   particular engine, that it went to the intake, would shut down

09:55AM 15   on the rig saver.

09:55AM 16   Q.   So speaking about just the ventilation system for any gas

09:55AM 17   alarm, why wouldn't you want the dampers to shut down if any

09:55AM 18   old gas sensor went off?

09:55AM 19   A.   You would want to be able to maintain power and drive off

09:55AM 20   location or change heading to make it better -- safer for the

09:55AM 21   rig.

09:55AM 22   Q.   And if the doors are shut, can the engine run?

09:55AM 23   A.   If all the ventilation shuts down, the engines cannot run.

09:55AM 24   Q.   Now, notwithstanding the fact that there isn't an

09:55AM 25   automatic emergency shutdown system on the rig, was there a way

5646

09:55AM 1    to emergency shut down an engine?

09:55AM 2    A.    Yes.

09:55AM 3    Q.    How would you do that?

09:55AM 4    A.    You could do it locally at the engine.  You could do it

09:55AM 5    for the -- from the matrix panels, which were the ESD matrix

09:56AM 6    panels.  One was on the drill floor.  One was in the engine

09:56AM 7    control room, and one on the bridge.  And you could also shut

09:56AM 8    down engines from the SVC panels.

09:56AM 9    Q.    If you could pull up TREX-1118.13.2.

09:56AM 10        This is the emergency shutdown hierarchy.  If you could

09:56AM 11   just read the highlighted portions for us.

09:56AM 12   A.    "The ESD system for the RBS8D will employ a simple

09:56AM 13   two-tier hierarchal structure as shown in Table 4, ESD

09:56AM 14   hierarchy below.  There is not a single push button to activate

09:56AM 15   all Group 1, power plant, or Group 2, propulsion, shutdowns."

09:56AM 16   Q.    Does this essentially mean there wasn't a single button

09:56AM 17   that you could just hit and it would turn off all the engines

09:56AM 18   on the rig?

09:56AM 19   A.    No.  It would be individual, so it would shut down either

09:56AM 20   single thrusters or single engine rooms.

09:57AM 21   Q.    Now, this entire design hierarchy, the design philosophy

09:57AM 22   that we read earlier, was that as a result of the override of

09:57AM 23   the emergency shutdown system, or was the *Deepwater Horizon*

09:57AM 24   designed that way?

09:57AM 25   A.    It's the way that the rig was designed.

09:57AM 1    Q.   If you could take a look at D-6724.

09:57AM 2         And this might be beating a dead horse, but this is a

09:57AM 3    demonstrative that you've seen?

09:57AM 4    A.   Yes.

09:57AM 5    Q.   And can you tell us what it means.

09:57AM 6    A.   This is just stating, again, that the engines were not

09:57AM 7    designed to shut down and disconnect -- or so that you could

09:57AM 8    still have the opportunity to disconnect from the well.

09:57AM 9    Q.   And escape the hazardous area?

09:57AM 10   A.   Yes.

09:57AM 11   Q.   Correct?

09:57AM 12   A.   Yes.

09:57AM 13   Q.   And you would want your engines to function in order to do

09:57AM 14   that, correct?

09:57AM 15   A.   Yes.

09:57AM 16        MR. LI:  Your Honor, I'm going to move on to another

09:58AM 17   topic.  I'm happy to keep going.  It's almost ten.  Whatever

09:58AM 18   the Court wants.

09:58AM 19        THE COURT:  Do you need a break?  Are you okay?

09:58AM 20        THE WITNESS:  I'm okay.

09:58AM 21        THE COURT:  Let's keep going for a little longer.

09:58AM 22   BY MR. LI:

09:58AM 23   Q.   Captain, are you familiar with the emergency disconnect

09:58AM 24   sequence?

09:58AM 25   A.   Yes.

09:58AM 1    Q.    Is that also sometimes known as EDS?

09:58AM 2    A.    Yes.

09:58AM 3    Q.    What is an emergency disconnect sequence?

09:58AM 4    A.    It's a means of disconnecting from the well.

09:58AM 5    Q.    If we could have TREX-4644.277.1.

09:58AM 6          What is this?

09:58AM 7    A.    This is the emergency disconnect procedure from the

09:58AM 8    emergency response manual.

09:58AM 9    Q.    If you could read just this section right here, 1.4.5,

09:58AM 10   communication.

09:58AM 11   A.    "There is a redundant communication in the drillers

09:58AM 12   console and in CCR to insure that the driller and the CCR can

09:59AM 13   communicate in case of an emergency."

09:59AM 14   Q.    Now, we had earlier looked at the drill shack and there

09:59AM 15   was that SVC screen and then all of those communication systems

09:59AM 16   in the drill shack, do you remember that?

09:59AM 17   A.    Yes.

09:59AM 18   Q.    And there were all those communication systems on the

09:59AM 19   bridge, too, do you remember that?

09:59AM 20   A.    Yes.

09:59AM 21   Q.    Is this what this is talking about?

09:59AM 22   A.    Yes.  There is various means of communication between the

09:59AM 23   drill floor and the control room.

09:59AM 24   Q.    When using the emergency disconnect sequence, is

09:59AM 25   communication between the bridge and drill floor important?

5649

09:59AM 1    A.    Yes.

09:59AM 2    Q.    Why is that?

09:59AM 3    A.    It's important to know the location of different tool

09:59AM 4    joints or various pieces of equipment in the well.  It's also

09:59AM 5    important to know the status of the well before you shut in.

09:59AM 6    Q.    Now, on April 20th, were you trained on the emergency

09:59AM 7    disconnect sequence?

09:59AM 8    A.    Yes.

09:59AM 9    Q.    And as of April 20th -- well, let me ask you this:  On the

09:59AM 10   *Deepwater Horizon*, could you emergency disconnect from the

10:00AM 11   bridge?  Is it possible?

10:00AM 12   A.    Can you ask that again.

10:00AM 13   Q.    Strike that.  Rephrase that.

10:00AM 14          On the *Deepwater Horizon*, was it possible to emergency

10:00AM 15   disconnect from the bridge?

10:00AM 16   A.    Yes.

10:00AM 17   Q.    Is it a good idea just to emergency disconnect from the

10:00AM 18   bridge without communicating with the drill crew?

10:00AM 19   A.    No.

10:00AM 20   Q.    Why is that?

10:00AM 21   A.    The drill crew is going to have a much better knowledge of

10:00AM 22   the status of the well, and the location of the tool joints or

10:00AM 23   the various pieces of equipment that are in the well.

10:00AM 24   Q.    Now, you mentioned the tool joint.  Why is that important?

10:00AM 25   A.    The BOP is not designed to cut through tool joints and

10:00AM 1   certain types -- whether that be casing or different equipment

10:00AM 2   that goes through the BOP.

10:00AM 3   Q.   If you could take a look at D-6723.

10:00AM 4        It's a demonstrative that I think we've look at before,

10:00AM 5   you and I.  Are you familiar with this demonstrative?

10:00AM 6   A.   Yes.

10:00AM 7   Q.   Tell us what these various three cases here depict.

10:00AM 8        So let's start with the one on the left.  You've got the

10:01AM 9   tool joint up here, and you have the BSR, which stands for the

10:01AM 10  blind shear ram, down here.  The red, I'll represent to you, is

10:01AM 11  sort of the hydrocarbons flowing.

10:01AM 12       What happens over here on the case number one, to the far

10:01AM 13  left?

10:01AM 14  A.   The tool joint is above the blind shear rams.  It looks

10:01AM 15  like they functioned, the blind shear rams performed a

10:01AM 16  disconnect and disconnected from the well.

10:01AM 17  Q.   So case two has the lower marine riser package floating

10:01AM 18  away, and the blind shear ram having successfully sealed in the

10:01AM 19  well?

10:01AM 20  A.   Yes.

10:01AM 21  Q.   Let me ask you this, the tool joint is every how many feet

10:01AM 22  on a piece of pipe?

10:01AM 23  A.   I believe it was -- well, I think it was around 40 feet.

10:01AM 24  Q.   47?

10:01AM 25  A.   Yeah, I can't remember.

10:01AM 1          MR. ROY:  Your Honor.  It's cumulative, leading.  We've

10:01AM 2    heard this before.

10:01AM 3          THE COURT:  I think you're getting into an area that's

10:01AM 4    clearly within the purview of the drilling crew and not of the

10:02AM 5    vessel marine crew.

10:02AM 6          MR. LI:  Okay.  Your Honor, then I'll just ask this

10:02AM 7    final question about this --

10:02AM 8          THE COURT:  You're way off his subject, it's seems to

10:02AM 9    me.

10:02AM 10          MR. LI:  Your Honor, on the bridge, if I may, the --

10:02AM 11          THE COURT:  No, let's move on to something that's

10:02AM 12    within his purview and not talking about this stuff which we've

10:02AM 13    heard from many, many witnesses already, okay?

10:02AM 14          MR. LI:  Okay.

10:02AM 15          BY MR. LI:

10:02AM 16    Q.    The last, just finally, as a member of the bridge crew,

10:02AM 17    it's important to communicate with the drill crew before you

10:02AM 18    emergency disconnect?

10:02AM 19    A.    Yes.

10:02AM 20    Q.    Now, at Transocean you've had a number of positions and

10:02AM 21    had some training in your promotions, from dynamic positioning

10:02AM 22    officer all the way up to master.  Has some of that training

10:02AM 23    been formal?

10:02AM 24    A.    Yes.

10:02AM 25    Q.    Has some of it been on-the-job training?

10:02AM 1   A.   Yes.

10:02AM 2   Q.   If you could tell us just generally what -- how on-the-job

10:02AM 3   training is conducted at Transocean.

10:03AM 4   A.   There is certain on-the-job training that's documented

10:03AM 5   through question and answer.  There is a format for each

10:03AM 6   position.  There is requirements that need to be met in order

10:03AM 7   to complete that on-the-job training.

10:03AM 8        There is also on-the-job training that is rig specific.

10:03AM 9   Based on the people that are already onboard and the knowledge

10:03AM 10  that they have, they train you on different pieces of equipment

10:03AM 11  and different systems.

10:03AM 12  Q.   Is on-the-job training unique to Transocean?

10:03AM 13  A.   No.

10:03AM 14  Q.   Folks in the Navy use it, Coast Guard?

10:03AM 15  A.   As far as I know, yes.

10:03AM 16  Q.   Take a look at TREX-4459.1.

10:03AM 17       Are you familiar with this document here?

10:03AM 18  A.   Yes.

10:03AM 19  Q.   What is it?

10:03AM 20  A.   It's the dynamic position operating -- operator OJT for

10:03AM 21  Transocean.

10:03AM 22  Q.   It's a module?

10:03AM 23  A.   Yes.

10:03AM 24  Q.   How does this work?  How does this whole system work, this

10:03AM 25  on-the-job training for dynamic positioning officers?

10:04AM 1    A.    In order to hold the position, you need to complete the

10:04AM 2    OJT module for that position.

10:04AM 3         So your supervisor would administer -- or assist you in

10:04AM 4    completing all of this.  Some of this would have to be

10:04AM 5    self-study, and other parts of it are taught by other people.

10:04AM 6    Q.    If we could take a look at 4459.4.1.

10:04AM 7         What is this section here?

10:04AM 8    A.    Emergency response and equipment.

10:04AM 9    Q.    This is part of the things that a dynamic positioning

10:04AM 10   officer would have to know in order to keep his or her

10:04AM 11   position?

10:04AM 12   A.    Yes.

10:04AM 13   Q.    Down here it says chief mate.  Why does it have that?

10:04AM 14   A.    The chief mate would be the person to sign off that this

10:04AM 15   was -- that the person completing the module showed competency

10:04AM 16   in this section.

10:04AM 17   Q.    So if you could just read to us what these -- what is

10:05AM 18   being asked here.

10:05AM 19   A.    What is the signal for fire and emergency?  How would you

10:05AM 20   react to a confirmed fire in the engine room?  What ESD would

10:05AM 21   you activate for an engine room fire?  What effects would that

10:05AM 22   ESD have on position keeping with the DP system?

10:05AM 23   Q.    So you were the Chief Mate on the *Deepwater Horizon*.  If

10:05AM 24   you were administering this portion of the module, what would

10:05AM 25   you expect to hear from an aspiring dynamic positioning

5654

operator?

A.   I would expect him to be able to indicate to me the same signal that's listed on the station bill for fire and emergency.

For the confirmed fire in the engine room, I'd want to hear that they know how to function the ESD for that particular engine room.  I'd want to hear that they would be thinking about boundary cooling for the space, thinking about the different ventilation around the spaces, different types of equipment that are around that space, so that if that fire spread into another area.

I'd want to hear him talk about the fact that you would switch all of your generating power as far way from that space as possible.  So if it's on an engine room that's all the way to the port side, I'd want them to switch all of their power to the starboard side to limit the possibility for having a blackout because you don't have power.

Where they would have their initial announcement would be for mustering fire teams and the types of equipment that they'd have available to fight that fire.

So the engine rooms have fixed $CO_2$, so I'd want them thinking about where that $CO_2$ system could be functioned from and what actions need to be taken before they could get permission to actually release the $CO_2$ for that space.

For ESDs, again, that would be letting me know where the

10:06AM 1    ESDs could be functioned from and which ESD would have to

10:06AM 2    function for each engine, then the effects that that ESD has on

10:07AM 3    position keeping.

10:07AM 4        So depending on the weather conditions, if you had one

10:07AM 5    engine room down, it may not affect your position keeping at

10:07AM 6    all; but, if we were in heavy seas and heavy wind, it would

10:07AM 7    affect your position keeping to lose an engines.  You need all

10:07AM 8    six engines.  So you would have to think further beyond that on

10:07AM 9    which notifications you're going to make him.

10:07AM 10   Q.   You would want the trainee or the person to be able to

10:07AM 11   explain that to you?

10:07AM 12   A.   Yes.

10:07AM 13       MR. ROY:  Objection, Your Honor, leading.  It's also

10:07AM 14   getting to the point of being irrelevant.  We submit that it's

10:07AM 15   being read.  It's not what he would have done, it's what he did

10:07AM 16   with these particular people, if he did it, and that question

10:07AM 17   hasn't been asked.

10:07AM 18       MR. LI:  Your Honor, there's been some argument that --

10:07AM 19       THE COURT:  Wait.  Wait.  Wait.  I sustain the

10:07AM 20   objection.

10:07AM 21       MR. LI:  Okay.

10:07AM 22       BY MR. LI:

10:07AM 23   Q.   If we could look at TREX-4459.6.1.

10:07AM 24       What does this training section generally relate to?

10:07AM 25   A.   This would be for the gas alarms.

10:07AM 1    Q.    For both combustible gas and hydrogen sulfide?

10:08AM 2    A.    Yes.

10:08AM 3    Q.    If you could just read the last sentence.

10:08AM 4          MR. ROY:  Your Honor, we're going to object to this

10:08AM 5    repetitive reading.  It's there.  It's being offered.  It's no

10:08AM 6    different than leading the witnesses.

10:08AM 7          THE COURT:  Well, it is, but we've had a great deal of

10:08AM 8    everybody asking witnesses to read documents that we can all

10:08AM 9    read easily for ourselves, so I guess a little bit more of it

10:08AM 10   is not going to hurt us.

10:08AM 11         MR. LI:  I promise, Your Honor, I won't do it much

10:08AM 12   more.

10:08AM 13         BY MR. LI:

10:08AM 14   Q.    So what does that last sentence read?

10:08AM 15   A.    "What actions would you take in the event of a combustible

10:08AM 16   gas release?"

10:08AM 17   Q.    Fair to say that there is some training about that?

10:08AM 18   A.    Yes.

10:08AM 19   Q.    If you could take a look at TREX-4459.31.1.

10:08AM 20         I won't ask you to read this, but does this relate to

10:08AM 21   training on the emergency disconnect sequence?

10:08AM 22   A.    Yes.

10:08AM 23   Q.    Now, if you could turn to TREX-52658.20.1.

10:08AM 24         Now, you've reviewed this exhibit?

10:09AM 25   A.    Yes.

10:09AM 1    Q.    This is a summary of the training of various members of

10:09AM 2    the crew?

10:09AM 3    A.    Yes.

10:09AM 4    Q.    To your knowledge, did Captain Kuchta complete DPO,

10:09AM 5    dynamic positioning operator, on-the-job training?

10:09AM 6    A.    Yes.

10:09AM 7    Q.    If you could turn to TREX-52658.24.1.

10:09AM 8          This is that same chart.  To your knowledge, did Yancy

10:09AM 9    Keplinger complete dynamic positioning operator on-the-job

10:09AM 10   training?

10:09AM 11         MR. REGAN:  Your Honor, I think that could be a fair

10:09AM 12   question to the witness if he has a foundation, like if he's

10:09AM 13   certified the training, but I think --

10:09AM 14         MR. LI:  He's reviewed it.  He's reviewed the summary

10:09AM 15   document.

10:09AM 16         MR. REGAN:  -- but I don't think a fact witness can

10:09AM 17   review summary documents and testify.

10:09AM 18         THE COURT:  I think it's getting unhelpful now to just

10:09AM 19   ask the witness to read whether somebody else did something

10:10AM 20   that he has no personal knowledge of.

10:10AM 21         MR. LI:  Very good, Your Honor.  I'll move on.

10:10AM 22         BY MR. LI:

10:10AM 23   Q.    Now we're going to move to maintenance.

10:10AM 24         As Chief Mate on the *Horizon*, did you have any maintenance

10:10AM 25   responsibilities?

10:10AM 1     A.    Yes.

10:10AM 2     Q.    Can you describe what those responsibilities were?

10:10AM 3           THE COURT:  Why don't we stop now and take our morning

10:10AM 4     recess, since you're moving to another area.

10:10AM 5                 It's about 10 after 10:00.  We'll take a

10:10AM 6     15-minute recess.

10:10AM 7           MR. LI:  Thank you, Your Honor.

10:10AM 8           THE DEPUTY CLERK:  All rise.

10:11AM 9           (WHEREUPON, at 10:11 a.m., the Court took a recess.)

10:26AM 10          THE DEPUTY CLERK:  All right.

10:26AM 11          THE COURT:  Be seated, everyone.

10:26AM 12                All right, Mr. Li.

10:26AM 13          MR. LI:  Thank you.

10:26AM 14     BY MR. LI:

10:26AM 15     Q.    Now, Captain Young, we were about to start talking about

10:26AM 16     maintenance.

10:26AM 17           Let me ask you this.  You were about to describe your

10:26AM 18     responsibilities as a Chief Mate on the *Horizon* regarding

10:26AM 19     maintenance.  Could you do that for us.

10:26AM 20     A.    I was responsible for oversight of maintenance on the

10:26AM 21     watertight integrity aspects of the vessel, so watertight

10:26AM 22     doors, watertight dampers, bilge system, valve system.

10:26AM 23           A lot of these systems were between multiple departments,

10:26AM 24     but I had the responsible oversight for it.

10:27AM 25           Then, with that, organizing the jobs for my guys for the

10:27AM 1   day, whether that be paint projects or maintenance on different

10:27AM 2   equipment.  Also responsible for firefighting and lifesaving

10:27AM 3   equipment.  Paint projects, a number of things.  Basically,

10:27AM 4   everything to maintain the rig that was with the marine aspect

10:27AM 5   of it.

10:27AM 6   Q.   So everything that makes it a ship?

10:27AM 7   A.   Yes.

10:27AM 8   Q.   Now, you were saying you had your guys.  Who are your

10:27AM 9   guys?  You have a staff to help you out?

10:27AM 10  A.   Yes.  The bosun.  I had AB's and ordinary seamen.  The

10:27AM 11  DPOs, I also had a report function with the DPOs.

10:27AM 12  Q.   So about how many people would you have helping you out on

10:27AM 13  maintenance items?

10:27AM 14  A.   I'd say six to -- six to ten, depending on the crews that

10:27AM 15  were onboard.

10:27AM 16  Q.   Now, your bosuns, they were sort of your right-hand men?

10:27AM 17  A.   Yes.

10:27AM 18  Q.   Who were they?

10:27AM 19  A.   Louis Parker and Steve Richards were my two bosuns.

10:28AM 20  Q.   Were they diligent?

10:28AM 21  A.   Yes.

10:28AM 22  Q.   Was there a way, and is there currently a way, to keep

10:28AM 23  track of whether maintenance gets done?

10:28AM 24  A.   Yes, we use RMS.

10:28AM 25  Q.   What's RMS?

10:28AM 1   A.    The maintenance system onboard the rig, a computer-based

10:28AM 2   system.

10:28AM 3   Q.    Very generally, how does it work?

10:28AM 4   A.    There's jobs that are in there that are planned

10:28AM 5   maintenance.  Those jobs come up periodically.

10:28AM 6         So if it's a weekly PM, monthly or quarterly, it could be

10:28AM 7   a five-year PM, they'll come up as scheduled.

10:28AM 8         You'll go in there, look at the jobs that are coming up

10:28AM 9   that are due, and you'll pull those work orders.  You print

10:28AM 10  that work order for job and go over that job with the people

10:28AM 11  before you send them out to do the work.

10:28AM 12        You can also use that system for corrective maintenance.

10:28AM 13  So if something fails, if you've got a piece of equipment

10:28AM 14  that's broken or not working properly, you'll use this -- use

10:28AM 15  RMS to generate a job for the appropriate department head, so

10:29AM 16  that they can perform the work and have a record that that job

10:29AM 17  is required to be done.

10:29AM 18  Q.    Okay.  So let's assume for a second there is a job that

10:29AM 19  needs to get done.  You assign it to your team.  They come

10:29AM 20  back, and they say, yeah, boss, we finished it, how do you

10:29AM 21  track that and make sure it got done?

10:29AM 22  A.    I'll print that job, the work order for them, go over the

10:29AM 23  steps of the job with them, make sure that all safety -- all

10:29AM 24  the safety things are taken care of so that they can safely do

10:29AM 25  the job.  So you go to the job site with them and go over the

10:29AM 1    job.

10:29AM 2         They'll complete the job, bring it back to you with any

10:29AM 3    discrepancies, if there are any.  Then I'll log it in to RMS as

10:29AM 4    completed and note any discrepancies, if any were noted.

10:29AM 5    Q.   Then how do you make sure that whatever they give you is

10:29AM 6    actually accurate?

10:29AM 7    A.   I spot-check them on a lot of the jobs.

10:29AM 8         Basically, so for fire -- fire extinguisher inspections,

10:29AM 9    while I'm doing my walks around, I'll check a few fire

10:30AM 10   extinguishers in some of the harder to reach locations.  I make

10:30AM 11   sure from month to month that I check -- I'm checking different

10:30AM 12   areas, just to make sure that those inspections are being done

10:30AM 13   correctly.

10:30AM 14   Q.   Just generally, how often do you walk the rig?

10:30AM 15   A.   I try to do it at least once a day.  If you don't get to

10:30AM 16   it in that day, you follow up first thing the next morning.

10:30AM 17   Q.   What are you doing while you're walking the rig?

10:30AM 18   A.   Checking up on different jobs, just looking at the overall

10:30AM 19   condition of different areas.

10:30AM 20        You know, if you notice anything that's out of place or

10:30AM 21   needs repairs, you note it.  It's a general round of the rig.

10:30AM 22   Q.   If you had maintenance problems, could you elevate these

10:30AM 23   problems to shore?

10:30AM 24   A.   Yes.

10:30AM 25   Q.   Who is your rig manager?

10:30AM 1    A.    Paul Johnson.

10:30AM 2    Q.    If you needed to elevate a maintenance issue, could you

10:30AM 3    call him?

10:30AM 4    A.    Yes.

10:30AM 5    Q.    Tell us about your working relationship with Mr. Johnson.

10:30AM 6    A.    We had a good working relationship.  It wasn't very often

10:30AM 7    that I had -- that I would ever -- I don't even remember if I

10:30AM 8    actually had to ever call him because we had maintenance

10:31AM 9    issues.  We could usually take care of it with the chain of

10:31AM 10   manned onboard.  But if for any reason that would have been

10:31AM 11   blocked, I would have had access to him.

10:31AM 12        He would come out to the rig pretty often and check up on

10:31AM 13   jobs and ask if we needed any additional support or assistance

10:31AM 14   in getting some stuff taken care of.

10:31AM 15        So he was very open to letting him know what we needed for

10:31AM 16   his support for the rig.

10:31AM 17   Q.    Now, did Mr. Johnson get any reports from the rig --

10:31AM 18   A.    Yes.

10:31AM 19   Q.    -- relating to maintenance?

10:31AM 20   A.    Yes.

10:31AM 21   Q.    Tell us about those.

10:31AM 22   A.    The rig managers, asset and performance, had access to the

10:31AM 23   same stuff that we had access to in RMS.  So they could look at

10:31AM 24   the daily reports, or they could look at even individual

10:31AM 25   crafts, if they wanted to, and check up on the jobs.

10:31AM 1    Q.   Now, are you familiar with a system called Focus?

10:31AM 2    A.   Yes.

10:31AM 3    Q.   What is that?

10:31AM 4    A.   Focus is a system we use to track the completion of items.

10:31AM 5         So if -- like, say, we get an audit.  If we get an audit,

10:32AM 6    any of the discrepancies found in that audit would be entered

10:32AM 7    into Focus so that they could be tracked to closure when those

10:32AM 8    are closed out.

10:32AM 9         It's a little bit more of an open book, I guess, is a way

10:32AM 10   to put it.  They can see that in the office.  They can see what

10:32AM 11   our open Focus items are.

10:32AM 12        It's just way to track those items to closure, if it's

10:32AM 13   something that doesn't require a job in RMS.

10:32AM 14   Q.   Now, just broadly speaking, to your knowledge, were there

10:32AM 15   still open maintenance items on the *Deepwater Horizon* on

10:32AM 16   April 20, 2010?

10:32AM 17   A.   Yes.

10:32AM 18   Q.   Tell us about what there was.

10:32AM 19   A.   Various jobs, stuff you were waiting on parts for, items

10:32AM 20   that were waiting for an out-of-service period that you could

10:32AM 21   take care of in shipyard.

10:32AM 22        Some of the jobs were planned jobs that were supposed to

10:32AM 23   take place during the shipyard period that was coming up.

10:32AM 24        There is always some kind of a maintenance issue that you

10:32AM 25   need to take care of.

10:32AM  1    Q.    Did any of the maintenance items that were open on

10:33AM  2    April 20th make the rig unsafe?

10:33AM  3    A.    Not in my opinion, no.

10:33AM  4    Q.    Is it normal or abnormal to have items open on a rig or a

10:33AM  5    machine as complex as the *Deepwater Horizon*?

10:33AM  6    A.    Normal.

10:33AM  7    Q.    Have you ever heard of a ship where no maintenance was

10:33AM  8    needed?

10:33AM  9    A.    No.

10:33AM 10    Q.    Now, you had mentioned audits.  Was the *Deepwater Horizon*

10:33AM 11    ever audited in connection with maintenance while you were

10:33AM 12    onboard?

10:33AM 13    A.    Yes.

10:33AM 14    Q.    Do you have responsibilities in connection with those

10:33AM 15    audits?

10:33AM 16    A.    Yes.

10:33AM 17    Q.    As Chief Mate, tell us what your responsibilities were.

10:33AM 18    A.    Depending on the system that was being audited, I would

10:33AM 19    be -- take part in the audits.

10:33AM 20          So if it was a system that was -- that I was responsible

10:33AM 21    for maintaining, I would either assign a person of that -- to

10:33AM 22    go with the audit team to that area to inspect and just make

10:33AM 23    sure the area was safe for them to work in.

10:33AM 24          You know, it may be -- it may be a piece of equipment that

10:34AM 25    we couldn't take out of service at that particular time, so

10:34AM 1    organize the time so that we could get that audit completed and

10:34AM 2    get what they needed in the time that they were onboard.

10:34AM 3    Q.    Now, are you familiar with a company called ModuSpec?

10:34AM 4    A.    Yes.

10:34AM 5    Q.    What is ModuSpec?

10:34AM 6    A.    They were hired to come out and do a rig assessment prior

10:34AM 7    to going into a big out-of-service period.

10:34AM 8          Basically, they came out and gave us a condition

10:34AM 9    assessment for the rig.

10:34AM 10   Q.    Was this April 20, 2010?

10:34AM 11   A.    It was prior to that.

10:34AM 12   Q.    But in 2010?

10:34AM 13   A.    Yes.

10:34AM 14   Q.    Was this a voluntary or regulatory assessment?

10:34AM 15   A.    It was voluntary.

10:34AM 16   Q.    What was the purpose of this voluntary assessment?

10:34AM 17   A.    It gives you an overall condition of the rig, so equipment

10:34AM 18   that needs to be fixed, equipment that you could upgrade

10:34AM 19   possibly to newer equipment, the life expectancy of the rig

10:35AM 20   from its current state.

10:35AM 21         It just gives you work list items.  You could use it to

10:35AM 22   budget for big shipyard periods, out-of-service periods, so

10:35AM 23   that you know which items you need to take care of when the rig

10:35AM 24   is not operating.

10:35AM 25   Q.    So it helps you determine what needs to get fixed?

5666

10:35AM 1    A.    Yes.

10:35AM 2    Q.    Was *Deepwater Horizon* planning to be in an out-of-service

10:35AM 3    period?

10:35AM 4    A.    Yes.

10:35AM 5    Q.    Approximately when?

10:35AM 6    A.    2011.

10:35AM 7    Q.    Now, was there any reason, in your experience as a

10:35AM 8    Chief Mate, to hide the condition of the rig from ModuSpec?

10:35AM 9    A.    No.

10:35AM 10   Q.    Was there anything to be gained by misleading ModuSpec

10:35AM 11   about the condition of the rig?

10:35AM 12   A.    No.

10:35AM 13   Q.    Did you have any responsibility for fixing any of the open

10:35AM 14   items?

10:35AM 15   A.    Yes.

10:35AM 16   Q.    As of April 20th, were there still open items that

10:35AM 17   required Transocean's attention?

10:35AM 18   A.    Yes.

10:35AM 19   Q.    Was that unusual?

10:35AM 20   A.    No.

10:35AM 21   Q.    Now, have you reviewed the open items from the ModuSpec

10:35AM 22   assessment?

10:36AM 23   A.    Yes.

10:36AM 24   Q.    Did any of those items make it unsafe to be aboard the

10:36AM 25   rig?

10:36AM 1    A.    No.

10:36AM 2    Q.    Now, I'm going to focus on a very specific part of the

10:36AM 3    ModuSpec assessment.

10:36AM 4          If we could pull up TREX-88.91.1.

10:36AM 5          Do you recognize this?

10:36AM 6    A.    Yes.

10:36AM 7    Q.    What is this?

10:36AM 8    A.    This is the section related to the fire detection system

10:36AM 9    from the ModuSpec survey.

10:36AM 10   Q.    If you could read the last two paragraphs that are

10:36AM 11   highlighted.

10:36AM 12   A.    "A review of the maintenance history showed records being

10:36AM 13   up to date and good comments being made in the work order

10:36AM 14   notes.  The equipment was in good condition."

10:36AM 15   Q.    Does this note anywhere that detectors were in passive or

10:36AM 16   inhibit mode?

10:36AM 17   A.    Not -- I don't think so, no.

10:36AM 18   Q.    Any reason to trick ModuSpec about the condition of the

10:36AM 19   fire detection system?

10:37AM 20   A.    No.

10:37AM 21   Q.    If you could take a look at TREX-88.93.1.

10:37AM 22         What does this relate to?

10:37AM 23   A.    The gas detection system.

10:37AM 24   Q.    I'm not going to ask you to read it, but was the -- the

10:37AM 25   condition generally, was it in good condition?

10:37AM 1    A.    Yes.

10:37AM 2    Q.    Was there -- anyway.

10:37AM 3          Did they test and calibrate the sensors?

10:37AM 4    A.    Yes.

10:37AM 5    Q.    Can you tell us how you calibrate a sensor, a gas sensor?

10:37AM 6    A.    The Bridge Team, usually DPOs would work with the

10:37AM 7    electricians.  They would go to each individual detector.  We

10:37AM 8    had test gas, which was -- it had a known percentage of LEL or

10:37AM 9    $H_2S$ in the test gas.

10:37AM 10         They had basically a cone that fit over the detector.

10:38AM 11   They would activate that detector with that test gas, and they

10:38AM 12   would make sure that the span was correct on the detector and

10:38AM 13   showing up correctly on the panel when they administered that

10:38AM 14   gas to the detector.

10:38AM 15   Q.    So if a witness -- I'm just going to point to this

10:38AM 16   section -- if a witness came here and testified that the gas

10:38AM 17   alarms might have been shockingly miscalibrated on April 20,

10:38AM 18   2010, would that be correct or incorrect?

10:38AM 19   A.    Incorrect.

10:38AM 20   Q.    Let's talk a second about planned maintenance on the gas

10:38AM 21   alarm systems.  How often was there planned maintenance on the

10:38AM 22   gas alarm systems?

10:38AM 23   A.    I believe the gas detection system was a 90-day.  It was

10:38AM 24   rotated through different zones, so we would work on it

10:38AM 25   monthly.

10:38AM 1    Q.   Can you take a look at TREX-4140.1.1.

10:38AM 2         Do you recognize this?

10:38AM 3    A.   Yes.

10:38AM 4    Q.   What is it?

10:38AM 5    A.   This is a work order for a gas detection function test.

10:39AM 6    Q.   Among the items that were being -- the work order -- that

10:39AM 7    were indicated on the work order is a verification of

10:39AM 8    calibration of gas the alarms?

10:39AM 9    A.   Yes.

10:39AM 10   Q.   Or gas sensors, sorry.

10:39AM 11        To test the ventilation and fire damper shutdown?

10:39AM 12   A.   Yes.

10:39AM 13   Q.   To verify operation of all external and audible visual

10:39AM 14   alarms?

10:39AM 15   A.   Yes.

10:39AM 16   Q.   There were some other items as well?

10:39AM 17   A.   Yes.

10:39AM 18   Q.   If you could look at 4140.2.1.  It's from the same job

10:39AM 19   order.  Next page, actually.

10:39AM 20        What does it say?

10:39AM 21   A.   This says, "Gene tested and calibrated all hydrocarbon

10:39AM 22   sensors onboard.  He inspected them for corrosion and

10:39AM 23   watertightness.  Logged dates of calibration in gas logbook."

10:39AM 24   Q.   What's the completion date?

10:39AM 25   A.   April 13, 2010.

10:39AM 1    Q.    Seven days before the accident?

10:40AM 2    A.    Correct.

10:40AM 3    Q.    Who is Gene?

10:40AM 4    A.    That would have been Gene Frevele, the electronics

10:40AM 5    technician.

10:40AM 6    Q.    The same job as Mike Williams?

10:40AM 7    A.    Yes.

10:40AM 8    Q.    Now, if a lawyer said -- or if someone said that many

10:40AM 9    sensors had, quote, either been set into passive mode or

10:40AM 10   otherwise had their sensor set basically into what is

10:40AM 11   functionally a passive mode and removed from service on

10:40AM 12   April 20, 2010, would that be correct or incorrect?

10:40AM 13   A.    Incorrect.

10:40AM 14   Q.    Was that consistent or inconsistent with the maintenance

10:40AM 15   records from a week before the tragedy?

10:40AM 16   A.    Inconsistent.

10:40AM 17   Q.    Now, let me ask you a question:  Was it your practice to

10:40AM 18   falsify Transocean's internal maintenance records on the rig?

10:40AM 19   A.    No.

10:40AM 20   Q.    Let me move your attention to BP for a second.  Did they

10:40AM 21   audit the rig?

10:40AM 22   A.    Yes.

10:40AM 23   Q.    Generally speaking, how would this audit work?

10:40AM 24   A.    The way any of the audits worked is they would schedule an

10:41AM 25   audit date before they came out to the rig and assign the

10:41AM 1    personnel that were going to come out, because we had to know

10:41AM 2    that for the crew change for flights and the manifests.

10:41AM 3         Once they came onboard, they would be orientated on the

10:41AM 4    rig.  So if they hadn't been onboard within six months, they

10:41AM 5    would go through a full orientation on the rig, for just the

10:41AM 6    regular rig orientation that everybody gets.

10:41AM 7         Then we would have a meeting, a start-up meeting to find

10:41AM 8    out what kind of stuff that they needed to have and the people,

10:41AM 9    resources that they need available for their inspection.

10:41AM 10        So, that way, we could organize the resources onboard,

10:41AM 11   give them the people that they needed, and also make the spaces

10:41AM 12   available that they wanted to audit.

10:41AM 13        So if it was something, say, in the ballast system, if we

10:41AM 14   were using that system, it may not be the best time for them to

10:41AM 15   audit it.  But we could plan, say, if they were going to be on

10:41AM 16   there for four days, we could make it work so that we could

10:41AM 17   schedule time and make sure we can accommodate their full

10:42AM 18   audit.

10:42AM 19   Q.   Would you show them records if they wanted?

10:42AM 20   A.   Yes.

10:42AM 21   Q.   Do you ever personally show them records?

10:42AM 22   A.   Yes.

10:42AM 23   Q.   How would you do that?

10:42AM 24   A.   If there was a record that they were asking for, whether

10:42AM 25   it be for certificates or something like that, we'd just go

5672

10:42AM 1    through the documents with them as they needed them.

10:42AM 2        If it was RMS stuff that they needed to look at for job

10:42AM 3    closures and stuff like that, we could pull up the individual

10:42AM 4    jobs for them, we could pull up the work history, we could pull

10:42AM 5    up whatever they needed to look at.

10:42AM 6    Q.   Would do you that for them?

10:42AM 7    A.   Yes.

10:42AM 8    Q.   Now, did you personally meet with BP auditors?

10:42AM 9    A.   From time to time, depending on the audit.

10:42AM 10   Q.   I'm going to focus on the 2009 audit with Angel Rodriguez,

10:42AM 11   okay?

10:42AM 12   A.   Yes.

10:42AM 13   Q.   Let me just ask a couple questions, but during these

10:42AM 14   audits did you hide anything from BP?

10:42AM 15   A.   No.

10:42AM 16   Q.   Did you ever try to trick anyone at BP about the

10:42AM 17   maintenance on the rig?

10:42AM 18   A.   No.

10:42AM 19   Q.   Did you ever try to trick anyone at BP about how the

10:42AM 20   alarms were set up?

10:42AM 21   A.   No.

10:42AM 22   Q.   If you could take a look at TREX-1832.1.1.

10:43AM 23       Now, this is an e-mail that we've seen before.  I'm not

10:43AM 24   going to make you go through it all, but there is an individual

10:43AM 25   -- it's from Mr. Angel Rodriguez.  Do you know who he is?

10:43AM 1    A.    Yes.

10:43AM 2    Q.    Did you know Mr. Rodriguez, by the way, before he worked

10:43AM 3    at BP?

10:43AM 4    A.    Yes, I did.

10:43AM 5    Q.    How did you know him?

10:43AM 6    A.    He conducted the DP course with Kongsberg that I took for

10:43AM 7    both my basic DP and my advanced DP classes.

10:43AM 8    Q.    So he actually trained you on the operation of the dynamic

10:43AM 9    positioning system?

10:43AM 10   A.    Yes.

10:43AM 11   Q.    Did he know his way around a bridge?

10:43AM 12   A.    Yes.

10:43AM 13   Q.    Do you have any reason to doubt his competence?

10:43AM 14   A.    No.

10:43AM 15   Q.    In general, what is this e-mail about?

10:43AM 16   A.    This e-mail was for the BP audit working copy.  So this

10:43AM 17   was the -- this was the document that was used to track the

10:43AM 18   audit items from the audit that he conducted.

10:43AM 19   Q.    Okay.  You were responsible for the marine -- many of the

10:43AM 20   marine items that the BP audit had identified, correct?

10:44AM 21   A.    Yes.

10:44AM 22   Q.    You can see that there's a cc for the Captain and the

10:44AM 23   Chief Mate and Mr. Johnson and the OIM and another individual.

10:44AM 24         So would this end up in your mailbox?

10:44AM 25   A.    Yes.

10:44AM 1    Q.   "I want to" -- I'm just going to read it -- "I want to

10:44AM 2    mention that the *Horizon*'s crew completed 63 out of 70 findings

10:44AM 3    in a five-month period, which is commendable."

10:44AM 4         Then it says:  "The remaining findings that are

10:44AM 5    highlighted in yellow are awaiting parts that are on order with

10:44AM 6    attached job order numbers tracked in the RMS II system."

10:44AM 7         So we're going to go to the spreadsheet in a second, but

10:44AM 8    can you explain to us how this worked?

10:44AM 9    A.   We would have -- out of the spreadsheet that we had that

10:44AM 10   had all the action items that needed to do take place, we would

10:44AM 11   agree on the action items.

10:44AM 12        So whether that -- we would have a meeting to decide if

10:44AM 13   the action item was something that we could take care of.  It

10:44AM 14   may be something that was designed in the rig or that --

10:45AM 15   whether it was contract between BP and us, if that was actually

10:45AM 16   something that was feasible, taken care of.

10:45AM 17        Then once you agreed on the action item, that item would

10:45AM 18   be put in there and assigned a person to take care of it,

10:45AM 19   whether that be -- you know, it would be assigned to either a

10:45AM 20   department head or a craft, basically, to take care of that

10:45AM 21   action item, and closed out with a date.

10:45AM 22        Then it would have to be signed off on by somebody from BP

10:45AM 23   that that action item was successfully completed.

10:45AM 24   Q.   So as of March 30, 2010, there were 70 -- 63 out of

10:45AM 25   70 findings had been completed on the marine side?

10:45AM 1    A.    Yes.

10:45AM 2    Q.    So there are seven left.  So let's go through those seven.

10:45AM 3          Let's turn to the first one.  TREX-1832.8.1.

10:45AM 4          What was the first open item?

10:45AM 5    A.    This was cabinet wiring in the DP system.  So this was --

10:45AM 6    basically, what this one was, was tidying up some wiring that

10:46AM 7    was in the DP system.

10:46AM 8    Q.    So did the messy wiring in the DP system impact the events

10:46AM 9    in any way of April 20th, 2010?

10:46AM 10   A.    No.

10:46AM 11   Q.    Let's take a look at number 2, the second open item,

10:46AM 12   TREX-1832.9.1.

10:46AM 13         So this concerns a register.  Is it even a piece of

10:46AM 14   equipment?

10:46AM 15   A.    No.  This was a document.

10:46AM 16   Q.    I'm just going to -- I'm going to try to move through this

10:46AM 17   a little faster.  So it's not even a piece of equipment?

10:46AM 18   A.    No.

10:46AM 19   Q.    Did this have any impact on the events of April 20th,

10:46AM 20   2010?

10:46AM 21   A.    No.

10:46AM 22   Q.    Okay.  Let's take a look at the third item,

10:46AM 23   TREX-1832.10.1.

10:46AM 24         What does this relate to?

10:46AM 25   A.    Marine cable transits.  These were watertight transits for

10:46AM 1    cables passing from one space to another.

10:46AM 2    Q.   So two of them leaked or had failed under static head

10:46AM 3    pressure?

10:46AM 4    A.   Yes.

10:46AM 5    Q.   How many marine cable transits are there, approximately,

10:47AM 6    on the rig?

10:47AM 7    A.   Hundreds of them.  I couldn't even tell you.  We were in

10:47AM 8    the process -- this was the open item, actually, the fact that

10:47AM 9    the transits were actually closed -- the leaking transits were

10:47AM 10   taken care of.  This was open because we had to inventory and

10:47AM 11   inspect all of them.

10:47AM 12        So this was -- this was going to be a long-term process of

10:47AM 13   going through every one of them, document them, make a filing

10:47AM 14   system for how we were going to track them.

10:47AM 15        So we were in the process of actually doing that and

10:47AM 16   making records for each individual cable transit.

10:47AM 17   Q.   Did this have anything to do with the events on

10:47AM 18   April 20th, 2010?

10:47AM 19   A.   No.

10:47AM 20   Q.   Let's take it the fourth -- let's take a look at the

10:47AM 21   fourth open item, TREX-1832.11.1.

10:47AM 22        So this is installing a new volute casing for seawater

10:47AM 23   pump Number 5.  What did this job entail?

10:47AM 24   A.   This was because of a leak on a seawater pump.  We were

10:48AM 25   waiting on getting the parts.

10:48AM 1    Q.    Now, was it weepy, or what condition was it in?

10:48AM 2    A.    It leaked through the casing a little bit.  It wasn't

10:48AM 3    flooding the space or anything.

10:48AM 4    Q.    How many other pumps did you have?

10:48AM 5    A.    For seawater, there were seven other pumps.

10:48AM 6    Q.    Did this have anything to do with the events on April 20,

10:48AM 7    2010?

10:48AM 8    A.    No.

10:48AM 9    Q.    Let's take a look at the fifth open item, TREX-1832.13.1.

10:48AM 10        This relates to a defective parts per million meter on the

10:48AM 11   water maker.  I'm just going to ask you, did this have anything

10:48AM 12   to do with the events of April 20th, 2010?

10:48AM 13   A.    No.

10:48AM 14   Q.    Let's take a look at the sixth item, TREX-1832.14.1.

10:48AM 15        MR. KANNER:  Your Honor, I'm going to object to this

10:48AM 16   line of questioning.  He seems to be asking the witness now to

10:48AM 17   do accident reconstruction.

10:48AM 18            Each of this last series of questions, does

10:48AM 19   this have anything to do, does this have anything to do with

10:48AM 20   the events of -- with the tragedy of April 20th.

10:48AM 21        THE COURT:  Right.

10:49AM 22        MR. KANNER:  He's not qualified as an expert.

10:49AM 23        THE COURT:  Well, I'll overrule the objection.  Go

10:49AM 24   ahead.

10:49AM 25        BY MR. LI:

10:49AM 1   Q.   The sixth item is a leaking shaft seal on ballast pump

10:49AM 2   Number 1.  Did this have anything to do with the accident on

10:49AM 3   April 20, 2010?

10:49AM 4   A.   No.

10:49AM 5   Q.   Let's take a look at the seventh item, TREX-1832.15.1.

10:49AM 6        What does this relate to?

10:49AM 7   A.   We had a ballast pump that fluctuated when it ran.  So we

10:49AM 8   were troubleshooting to find out whether or not that was an

10:49AM 9   obstruction in the line or a piece of trash possibly in the

10:49AM 10  pump because it would fluctuate when you ran it.

10:49AM 11       It still pumped -- if you had a full tank lined up to it,

10:49AM 12  it would still operate normally; but, once the tank got low,

10:49AM 13  and you were trying to pump the tank dry, it would fluctuate.

10:49AM 14  Q.   This was something that, at least according to the audit,

10:50AM 15  was required to be repaired or dealt with in two months?

10:50AM 16  A.   Yes.

10:50AM 17  Q.   Did anyone at BP tell you the rig was unsafe?

10:50AM 18  A.   No.

10:50AM 19  Q.   If we could take a look at TREX-664.1.

10:50AM 20       Are you familiar with this document?

10:50AM 21  A.   Yes.

10:50AM 22  Q.   What is it?

10:50AM 23  A.   It's a morning report generated in RMS.

10:50AM 24  Q.   What's the date on it?

10:50AM 25  A.   April 19, 2010.

10:50AM 1    Q.   So the last RMS report before the explosion on April 20,

10:50AM 2    2010?

10:50AM 3    A.   I don't know if it was the last one.  They may have

10:50AM 4    generated one the morning of the 20th, but I'm not sure.

10:50AM 5    Q.   From the day before.

10:50AM 6         If you could take a look at TREX-664.7.1.

10:50AM 7         Now, were you responsible for some of the maintenance

10:51AM 8    items?

10:51AM 9    A.   Yes.

10:51AM 10   Q.   What does this depict?  What does this cull-out depict?

10:51AM 11   A.   These would have been jobs that were closed out prior to

10:51AM 12   the report being generated.

10:51AM 13   Q.   Who closed them out?

10:51AM 14   A.   The three that are listed here I closed out.

10:51AM 15   Q.   What do they relate to?

10:51AM 16   A.   One of them is a 30-day planned maintenance for the

10:51AM 17   sprinkler system.  One of them is a 90-day for the line

10:51AM 18   throwing gear.  One of them is for the lifesaving buoys.

10:51AM 19   Q.   Let's take a look at 664.9.1.

10:51AM 20        Now, this involves the life rafts and the annual

10:51AM 21   certificate.  Let me ask you a question, with respect to the

10:51AM 22   life rafts -- were you responsible for the life rafts?

10:51AM 23   A.   Yes, I was.

10:51AM 24   Q.   Did they have -- were they certified?  Did they have the

10:51AM 25   appropriate certification?

10:51AM 1    A.    They were properly certified.

10:51AM 2    Q.    I'm just going to make it absolutely clear, as of

10:52AM 3    April 20, 2010?

10:52AM 4    A.    Yes, they were.

10:52AM 5    Q.    Now, the RMS, though, has a renewal date and an overdue

10:52AM 6    entry here.  Why is that?

10:52AM 7    A.    These were for certificates that were -- that we entered

10:52AM 8    into RMS.

10:52AM 9         The way the certificate system worked is we would get --

10:52AM 10   receive the certificates onboard.  We would have to scan those

10:52AM 11   and send them in to the office.

10:52AM 12        We were having some issues with updating these

10:52AM 13   certificates in RMS.  We were still trying to figure out how to

10:52AM 14   make that process easier, but I did have the certificates

10:52AM 15   onboard for these rafts.

10:52AM 16   Q.    You personally were responsible for obtaining certificates

10:52AM 17   for the life rafts?

10:52AM 18   A.    I was responsible for sending them in and tracking them to

10:52AM 19   the fact that they came back onboard.

10:52AM 20        We couldn't put them back in service if the certificates

10:52AM 21   were not with the raft.

10:52AM 22   Q.    Is that the kind of thing the Coast Guard might inspect?

10:52AM 23   A.    Yes.

10:52AM 24   Q.    Let's pull up TREX-3403.8.1.

10:53AM 25        This is an audit raised by BP in 2007.  I'm not going to

10:53AM 1   make you read all the items, but there is six items there.

10:53AM 2   Were you responsible for -- ultimately, in your position as

10:53AM 3   Chief Mate, three years later, were you responsible for some of

10:53AM 4   these items?

10:53AM 5   A.   Yes.  I'd have been responsible for some of them or

10:53AM 6   working with the other departments to help them close them out.

10:53AM 7   Q.   Were any of these items that you were responsible,

10:53AM 8   numbers -- well, tell us which numbers.  You don't have to read

10:53AM 9   them all out, but just which numbers.

10:53AM 10  A.   I would have helped take part in fire dampers in the

10:53AM 11  engine rooms.

10:53AM 12       For the actual engine spaces, that would have been the

10:53AM 13  maintenance department, but I would assist in that because we

10:53AM 14  would work with the DPOs and the SVC on making sure the proper

10:53AM 15  isolations were done, on the fire dampers.

10:54AM 16  Q.   Were you responsible for Number 2?

10:54AM 17  A.   No, I was not.

10:54AM 18  Q.   Were you -- I mean, ultimately, was that part of your

10:54AM 19  duties overall, to manage that?

10:54AM 20  A.   I would know about it, but I wouldn't -- I wouldn't be

10:54AM 21  responsible for tracking that one.

10:54AM 22  Q.   Fair enough.

10:54AM 23       You knew about this one.  Did you know about Number 3?

10:54AM 24  A.   Watertight dampers I would have been responsible for.

10:54AM 25  Q.   How about Number 4?

10:54AM  1    A.    Bilge valves, yes.

10:54AM  2    Q.    How about Number 5?

10:54AM  3    A.    I'd be made aware of any issues with the thrusters, but

10:54AM  4    not responsible for the maintenance on them.

10:54AM  5    Q.    How about Number 6?

10:54AM  6    A.    Smoke detectors, again, not responsible for the

10:54AM  7    maintenance, but responsible for knowing whether or not they

10:54AM  8    needed to be put in passive.

10:54AM  9    Q.    So this is from May 2007.  So three years later, had you

10:54AM 10    taken care of these?

10:54AM 11    A.    This -- I'm not sure of the thruster.

10:54AM 12          Five-yearly, I don't -- I didn't -- I was never aware of

10:54AM 13    that one.

10:54AM 14          But other than that, we may have had dampers or something

10:55AM 15    that needed work on.  They changed every month.  But these

10:55AM 16    would have been closed.

10:55AM 17    Q.    So just focusing for a second on the example of dampers,

10:55AM 18    how many dampers were there on the *Deepwater Horizon*?

10:55AM 19    A.    There's hundreds of them.

10:55AM 20    Q.    Hundreds?

10:55AM 21    A.    Yeah.

10:55AM 22    Q.    Did different ones need to be maintained at different

10:55AM 23    times?

10:55AM 24    A.    Yes.

10:55AM 25    Q.    Is it unusual for a word like "fire dampers" to appear on

5683

10:55AM 1   an audit three years earlier and still have the word "fire

10:55AM 2   dampers" on an audit, you know, two, three years later?

10:55AM 3   A.   No, it wouldn't be unusual.

10:55AM 4   Q.   If you could pull up TREX-5295.1.1.

10:55AM 5        This is an e-mail from Mr. Dow -- well, it's an e-mail

10:56AM 6   exchange between Mr. Dow, yourself and Robert Tiano.  Who is

10:56AM 7   Robert Tiano?

10:56AM 8   A.   He's the maintenance supervisor for the rig.

10:56AM 9   Q.   Who is Mr. Dow?

10:56AM 10   A.   He was my relief as chief mate.

10:56AM 11   Q.   Just in the interest of time, does this generally discuss

10:56AM 12   maintenance on the fire damper system?

10:56AM 13   A.   Yes.

10:56AM 14   Q.   Can you give us the context of this e-mail?

10:56AM 15   A.   We were in the process of looking at starting to order

10:56AM 16   dampers to replace some of the dampers that would malfunction.

10:56AM 17        Then we were just looking forward -- at the shipyard

10:56AM 18   period, looking forward to some out-of-service periods when we

10:56AM 19   could get these dampers done.

10:56AM 20        So this was -- we were getting ready to start ordering

10:56AM 21   some dampers.  So we had to take measurements and find out

10:56AM 22   which dampers were going to be priority to fix -- to replace

10:56AM 23   first.

10:56AM 24        Then, we were going to continue with replacing dampers as

10:56AM 25   needed.

10:56AM 1    Q.   Did it relate to, like, a regulator or something like

10:56AM 2    that?  What was the thing that was problematic with these

10:57AM 3    dampers?

10:57AM 4    A.   We had one of them that had clips on it that we replaced a

10:57AM 5    couple of times.  We were looking at getting -- just, they were

10:57AM 6    steel clips, and the rest of the damper was stainless steel.

10:57AM 7    So we were looking at getting some different parts to fix the

10:57AM 8    damper.

10:57AM 9    Q.   So it wouldn't rust?

10:57AM 10   A.   Yes.

10:57AM 11        So we had -- there were a number of different -- there

10:57AM 12   were different issues with different pieces of equipment, but

10:57AM 13   this was just generally starting to look at replacing some of

10:57AM 14   the problematic dampers.

10:57AM 15        Then, as the rig was getting older, we were anticipating

10:57AM 16   having to change more, so we were going to look at a

10:57AM 17   manufacturer that we could get these through.

10:57AM 18   Q.   Now, Mr. Dow says in his e-mail:  "The short answer is all

10:57AM 19   of them," meaning like all of the dampers need to be replaced.

10:57AM 20   Is that accurate?

10:57AM 21   A.   No.

10:57AM 22   Q.   Do you know Mr. Dow?

10:57AM 23   A.   Yes, I do.

10:57AM 24   Q.   Can you just walk us through, why would he write something

10:57AM 25   like that?

10:57AM  1    A.    I can't really say why he would write that, but it's -- I

10:57AM  2    mean, I know we didn't need to replace all of them.

10:58AM  3    Q.    What kind of personality does he have?

10:58AM  4    A.    I mean, to me, that's his way -- if he wrote that in his

10:58AM  5    turnover notes to me, that would be, basically, I hate working

10:58AM  6    on dampers.

10:58AM  7         You know, I don't know, he -- they didn't all need to be

10:58AM  8    replaced.  We had a couple that we were looking at definitely

10:58AM  9    replacing, and we were then going to have a vendor available to

10:58AM 10    replace the rest of them that we needed.

10:58AM 11    Q.    You can take that down.

10:58AM 12         I'm going to focus on -- back to the audits for a second.

10:58AM 13         Now, we've heard the suggestion from our colleagues that

10:58AM 14    various inspectors, auditors, assessors were incompetent, must

10:58AM 15    have had blinders on, weren't doing their job.  There might

10:58AM 16    even be a suggestion that you folks on the *Deepwater Horizon*

10:58AM 17    were concealing records.  I'd like to spend a little time on

10:58AM 18    that point.

10:58AM 19         Now, we've talked about you had personal responsibility

10:58AM 20    with dealing with some of these audits, right?

10:58AM 21    A.    Yes.

10:59AM 22    Q.    Let's focus on a few of the specific ones.  ISM-DNV.  Are

10:59AM 23    familiar with those entities?

10:59AM 24    A.    Yes.

10:59AM 25    Q.    Did ISM conduct audits?

10:59AM 1    A.    Yes.

10:59AM 2    Q.    Was DNV part of this audit?

10:59AM 3    A.    Well, DNV conducted the ISM audits.

10:59AM 4    Q.    Thank you.  Did they conduct them every year?

10:59AM 5    A.    Yes.

10:59AM 6    Q.    So I'm just going to focus on the years that you were on

10:59AM 7    the *Deepwater Horizon*, 2007, 2008, 2009, 2010.  Okay?

10:59AM 8    A.    Okay.

10:59AM 9    Q.    Did DNV conduct an audit on the *Deepwater Horizon* during

10:59AM 10   those years?

10:59AM 11   A.    Yes.

10:59AM 12   Q.    Were you present for some of these audits?

10:59AM 13   A.    I don't remember specifically if I was onboard for them,

10:59AM 14   but I know that they were conducted.

10:59AM 15   Q.    Did you personally meet with some of the auditors?

10:59AM 16   A.    Again, I don't remember if I was onboard for the DNV ones

10:59AM 17   or not, but I do remember them being completed and seeing the

10:59AM 18   reports.

10:59AM 19   Q.    Would the crew produce RMS reports?

10:59AM 20   A.    Yes.

10:59AM 21   Q.    Would you -- would the crew print reports or run them on

10:59AM 22   the computer for the auditors?

11:00AM 23   A.    Yes.

11:00AM 24   Q.    What about certifications, documents, other records, would

11:00AM 25   those be provided?

11:00AM 1    A.    Yes.

11:00AM 2    Q.    Would the auditors walk around the rig?

11:00AM 3    A.    Yes.

11:00AM 4    Q.    Would they talk to crew members, maintenance supervisors,

11:00AM 5    whoever they wanted?

11:00AM 6    A.    Yes.

11:00AM 7    Q.    Would they look at actual equipment?

11:00AM 8    A.    Yes.

11:00AM 9    Q.    Now, let me ask you this:  In your position as a

11:00AM 10    Chief Mate or at any point during your time on the

11:00AM 11    *Deepwater Horizon*, did you ever tell anyone to hide anything

11:00AM 12    from a DNV auditor?

11:00AM 13    A.    No, ma'am.

11:00AM 14    Q.    Did you ever hear of anyone or see anyone or learn of

11:00AM 15    anyone ever hiding anything from a DNV auditor?

11:00AM 16    A.    No.

11:00AM 17    Q.    Would you personally ever conceal anything or instruct

11:00AM 18    anyone to conceal anything from a DNV auditor?

11:00AM 19    A.    No.

11:00AM 20    Q.    Did you ever hear that a DNV auditor complained that they

11:00AM 21    were being denied access to any person, document, area, system,

11:00AM 22    anything?

11:00AM 23    A.    No.

11:00AM 24    Q.    Let me focus for a second on ABS.

11:01AM 25            ABS conducted surveys in 2009 and 2010?

| | | |
|---|---|---|
| 11:01AM | 1 | A.   Yes. |
| 11:01AM | 2 | Q.   Were you present for some of these surveys? |
| 11:01AM | 3 | A.   Yes. |
| 11:01AM | 4 | Q.   Would you personally meet with the folks from ABS? |
| 11:01AM | 5 | A.   Yes. |
| 11:01AM | 6 | Q.   Did they seem professional? |
| 11:01AM | 7 | A.   Yes. |
| 11:01AM | 8 | Q.   Did they seem to take their job seriously? |
| 11:01AM | 9 | A.   Yes. |
| 11:01AM | 10 | Q.   Would they ask to see documents, for instance? |
| 11:01AM | 11 | A.   Yes. |
| 11:01AM | 12 | Q.   What kinds? |
| 11:01AM | 13 | A.   Many of the same documents that DNV or the Coast Guard |
| 11:01AM | 14 | request. |
| 11:01AM | 15 | They would look through job orders closed in RMS.  They |
| 11:01AM | 16 | would look at the regulatory certificates that we were required |
| 11:01AM | 17 | to keep onboard, minimum safe manning certificates, crane |
| 11:01AM | 18 | inspection reports. |
| 11:01AM | 19 | Q.   You had mentioned with me a few days ago crane inspection |
| 11:01AM | 20 | reports.  Did they play a role at all in crane inspection? |
| 11:01AM | 21 | A.   They would witness the inspections being completed and |
| 11:01AM | 22 | then sign off on the fact that the inspections were completed |
| 11:01AM | 23 | properly. |
| 11:01AM | 24 | Q.   Now, there were -- you've mentioned other certificates. |
| 11:02AM | 25 | Were some of those certificates issued by third parties? |

11:02AM 1   A.   Yes.

11:02AM 2   Q.   Well respected third parties in the industry?

11:02AM 3   A.   Yes.

11:02AM 4   Q.   I think you already said this, but I just want to make

11:02AM 5   this absolutely clear for the record.  Would you produce the

11:02AM 6   RMS reports to the ABS inspectors?

11:02AM 7   A.   Yes.  If they asked for specific reports, we would

11:02AM 8   generate them for them.

11:02AM 9   Q.   Would you print them, or would you let them look over your

11:02AM 10  shoulder, or what?

11:02AM 11  A.   Sometimes it would be just a matter of sitting at the

11:02AM 12  desk, and they'd ask us to open certain jobs that were closed.

11:02AM 13  They could look at the computer screen and see that there were

11:02AM 14  records there.

11:02AM 15      Other times, they would print them, and they would hold

11:02AM 16  them for records, for when they were generating their report at

11:02AM 17  the end of their audit or inspection.

11:02AM 18  Q.   Would they walk around the rig?

11:02AM 19  A.   Yes.

11:02AM 20  Q.   Would they talk to crew members, maintenance, supervisors,

11:02AM 21  anyone they wanted to?

11:02AM 22  A.   Yes.

11:02AM 23  Q.   Would they look at actual equipment?

11:02AM 24  A.   Yes.

11:02AM 25  Q.   Did you ever tell anyone to hide anything from an ABS

11:02AM 1   surveyor?

11:02AM 2   A.    No.

11:02AM 3   Q.    Did you ever see anyone, hear of anyone or hear of anybody

11:02AM 4   or any entity ever hiding anything from the ABS surveyors on

11:03AM 5   the *Deepwater Horizon*?

11:03AM 6   A.    No.

11:03AM 7   Q.    Would you ever conceal anything or instruct anyone to

11:03AM 8   conceal anything from an ABS surveyor?

11:03AM 9   A.    No.

11:03AM 10  Q.    Now, did you ever hear in your time on the

11:03AM 11  *Deepwater Horizon* any ABS surveyor complaining that they were

11:03AM 12  being denied access to any person, any document, any area, any

11:03AM 13  system, anything?

11:03AM 14  A.    No.

11:03AM 15  Q.    Let's talk about the Coast Guard.  The Coast Guard

11:03AM 16  conducted inspections every year?

11:03AM 17  A.    Yes.

11:03AM 18  Q.    You were present for some of these inspections?

11:03AM 19  A.    Yes.

11:03AM 20  Q.    Did you meet with the Coast Guard?

11:03AM 21  A.    Yes.

11:03AM 22  Q.    Did the inspectors seem professional to you?

11:03AM 23  A.    Yes.

11:03AM 24  Q.    Did they seem to take their job seriously?

11:03AM 25  A.    Yes.

5691

11:03AM  1    Q.    Would the Coast Guard ask to see documents?

11:03AM  2    A.    Yes.

11:03AM  3    Q.    What kinds?

11:03AM  4    A.    Again, many of the same regulatory documents that would be

11:03AM  5    asked of ABS or DNV.  They would want to see the life raft

11:03AM  6    certificates, lifeboat inspections that were signed off by ABS.

11:04AM  7    The crane inspections, minimum safe manning certificates.

11:04AM  8          Any of the regulatory documents that were required to be

11:04AM  9    kept onboard.  That's it, just any of them that were required

11:04AM 10    to be kept onboard.

11:04AM 11    Q.    Now, we had earlier talked about alarms and all of those

11:04AM 12    sorts of things.  Would they inspect the alarms?

11:04AM 13    A.    Yes.

11:04AM 14    Q.    Would they walk around the rig?

11:04AM 15    A.    Yes.

11:04AM 16    Q.    Would they talk to crew members, maintenance supervisors,

11:04AM 17    anyone they wanted to?

11:04AM 18    A.    Yes.

11:04AM 19    Q.    Would they look at actual equipment?

11:04AM 20    A.    Yes.

11:04AM 21    Q.    Would they watch drills?

11:04AM 22    A.    Yes.

11:04AM 23    Q.    Emergency drills?

11:04AM 24    A.    Yes.

11:04AM 25    Q.    Would they ask you to activate the alarms, actually

11:04AM 1  activate them and have them sound all over the ship?

11:04AM 2  A.    Yes.

11:04AM 3  Q.    Now, did you ever tell anyone to hide anything from a

11:04AM 4  Coast Guard inspector?

11:04AM 5  A.    No.

11:04AM 6  Q.    Did you ever see anyone, hear of anyone ever hiding

11:04AM 7  anything from a Coast Guard inspector?

11:04AM 8  A.    No.

11:04AM 9  Q.    Would you ever conceal anything or instruct anyone to

11:05AM 10 conceal anything from a Coast Guard inspector?

11:05AM 11 A.    No.

11:05AM 12 Q.    Did you ever hear that any Coast Guard inspector

11:05AM 13 complained that they were being denied access to any person,

11:05AM 14 any document, any area, any system, anything?

11:05AM 15 A.    No.

11:05AM 16 Q.    MMS.  Would it surprise you that on the *Deepwater Horizon*,

11:05AM 17 it was inspected by MMS 88 times since 2001?

11:05AM 18 A.    No.

11:05AM 19 Q.    Now with respect to MMS, did you ever tell anyone to hide

11:05AM 20 anything from anyone at MMS?

11:05AM 21 A.    No.

11:05AM 22 Q.    Did you ever see anyone, hear of anyone ever hiding

11:05AM 23 anything from MMS?

11:05AM 24 A.    No.

11:05AM 25 Q.    Would you ever conceal anything or instruct anyone to

11:05AM 1    conceal anything from MMS?

11:05AM 2    A.    No.

11:05AM 3    Q.    Did you ever hear that anyone at MMS complained that they

11:05AM 4    were being denied access to any person, any document, any area,

11:05AM 5    any system, anything?

11:06AM 6    A.    No.

11:06AM 7    Q.    We've talked about BP audits, but I'm going to go through

11:06AM 8    this quickly.

11:06AM 9          BP conducted audits, as well?

11:06AM 10   A.    Yes.

11:06AM 11   Q.    2005, 2008, 2009?

11:06AM 12   A.    Yes.

11:06AM 13   Q.    Now, you've met Angel Rodriguez?

11:06AM 14   A.    Yes.

11:06AM 15   Q.    He was the guy in charge of the -- or one of the guys in

11:06AM 16   charge of the 2009 audit?

11:06AM 17   A.    Yes.

11:06AM 18   Q.    Was he serious?

11:06AM 19   A.    Yes.

11:06AM 20   Q.    With respect to those with the BP audits, did you ever

11:06AM 21   tell anyone to hide anything from any BP auditor?

11:06AM 22   A.    No.

11:06AM 23   Q.    Did you ever see anyone or hear of anyone ever hiding

11:06AM 24   anything from a BP auditor?

11:06AM 25   A.    No.

11:06AM 1   Q.   Would you ever conceal anything or instruct anyone to

11:06AM 2   conceal anything from a BP auditor?

11:06AM 3   A.   No.

11:06AM 4   Q.   Did you ever hear that any BP auditor complained that they

11:06AM 5   were being denied access to any person, any document, any area,

11:06AM 6   any system, anything?

11:06AM 7   A.   No.

11:06AM 8   Q.   When the BP folks were on the rig, would you show them

11:06AM 9   whatever they asked for?

11:06AM 10  A.   Yes.

11:07AM 11  Q.   ModuSpec.  They conducted a rig assessment for Transocean?

11:07AM 12  A.   Yes.

11:07AM 13  Q.   I'm going to focus on -- they did it in 2005 and 2010, but

11:07AM 14  I'm going to focus on 2010.

11:07AM 15       Did you ever conceal anything from a ModuSpec inspector?

11:07AM 16  A.   No.

11:07AM 17  Q.   Did you ever instruct anyone to conceal or hide anything

11:07AM 18  from a ModuSpec assessor?

11:07AM 19  A.   No.

11:07AM 20  Q.   Did you ever hear of anyone hiding anything from a

11:07AM 21  ModuSpec assessor?

11:07AM 22  A.   No.

11:07AM 23  Q.   Did you ever hear of any ModuSpec assessor complaining

11:07AM 24  that they were being denied access to any person, any document,

11:07AM 25  any area, any system, anything?

11:07AM 1    A.   No.

11:07AM 2    Q.   Lloyd's.  Lloyd's conducted a survey in 2010?

11:07AM 3    A.   Yes.

11:07AM 4    Q.   Same questions.  Did you ever conceal anything from the

11:07AM 5    Lloyd assessors?

11:07AM 6    A.   No.

11:07AM 7    Q.   Did you ever instruct anyone to conceal or hide anything

11:07AM 8    from a Lloyd's assessor?

11:07AM 9    A.   No.

11:07AM 10   Q.   Did you ever hear of anyone hiding anything from a Lloyd's

11:07AM 11   assessor?

11:07AM 12   A.   No.

11:07AM 13   Q.   Did you ever hear that Lloyd's complained in any way that

11:07AM 14   they were being denied access to any person, any document, any

11:08AM 15   area, any system, anything?

11:08AM 16   A.   No.

11:08AM 17   Q.   Now, the Lloyd's assessment was entirely voluntary,

11:08AM 18   correct?

11:08AM 19   A.   Yes.

11:08AM 20   Q.   What was it designed to do?

11:08AM 21   A.   They were -- basically, it was almost like a pulse check

11:08AM 22   for the rig.  It was for people and the environment for the

11:08AM 23   rig, making sure that -- it was an effort to make the rig

11:08AM 24   better, I guess, is -- you know.

11:08AM 25        It was a tool used to help the rig managers and everybody

5696

11:08AM 1   know the condition of the rig and the state of the people on

11:08AM 2   board and what we could do to improve it.

11:08AM 3   Q.   Now, just to tie this up, for any audit or inspection,

11:08AM 4   when someone asked for a document would you provide it?

11:08AM 5   A.   Yes.

11:08AM 6   Q.   Did you ever see anyone on the *Deepwater Horizon* crew

11:08AM 7   refuse to give documents to an auditor or inspector?

11:08AM 8   A.   No.

11:08AM 9   Q.   Did you ever see a Deepwater Horizon crew member hide

11:08AM 10   documents from an auditor or an inspector?

11:09AM 11   A.   No.

11:09AM 12   Q.   Did you ever see anybody hide anything?

11:09AM 13   A.   No.

11:09AM 14   Q.   I'm going to focus a moment on safety drills.

11:09AM 15        Now, as a first mate -- or a chief mate on the *Horizon*,

11:09AM 16   were you responsible, did you have any responsibilities in

11:09AM 17   terms of planning safety drills?

11:09AM 18   A.   Yes.  The captain and I would decide which area we wanted

11:09AM 19   to conduct a drill for, what type of emergency we wanted to

11:09AM 20   simulate.

11:09AM 21        I would then formulate the plan for the on-scene portion

11:09AM 22   of the -- of the emergency drill, and the captain would handle

11:09AM 23   the bridge command portion of that drill.

11:09AM 24   Q.   When would these drills take place?

11:09AM 25   A.   Weekly.

11:09AM  1    Q.    Typically what day?

11:09AM  2    A.    They were on Sundays.

11:09AM  3    Q.    Now, would you ever have personnel from other companies

11:10AM  4    participate in these drills?

11:10AM  5    A.    Yes.

11:10AM  6    Q.    Folks from BP?

11:10AM  7    A.    Yes.

11:10AM  8    Q.    Folks from Halliburton?

11:10AM  9    A.    Yes.

11:10AM 10    Q.    They needed to know where to go in case there was an

11:10AM 11    emergency?

11:10AM 12    A.    Everybody that was onboard was in some way part of the

11:10AM 13    drill.

11:10AM 14    Q.    Just quickly, did you practice or did you conduct abandon

11:10AM 15    ship drills?

11:10AM 16    A.    Yes.

11:10AM 17    Q.    Tell us about those.

11:10AM 18    A.    They would be -- the entire crew to be mustered.  If we

11:10AM 19    were in the middle of drilling operations, there would be

11:10AM 20    certain people that were excused from the drill, so that they

11:10AM 21    could remain on the drill floor for the well control portion of

11:10AM 22    the drill and just maintain the status of the well.

11:10AM 23         You're not going to abandon the well just because you're

11:10AM 24    having a drill, but they would still have to call in for their

11:10AM 25    musters and everything.

5698

11:10AM 1    We would train people on the use of different lifesaving

11:10AM 2    equipment, whether that be proper way to don lifejackets, the

11:10AM 3    use of the hand flares, parachute flares, line throwing

11:11AM 4    apparatuses, how to launch the life rafts, how to launch

11:11AM 5    lifeboats, all the various equipment that's required to be

11:11AM 6    trained on.

11:11AM 7    Q.   Did you ever practice loading the boats?

11:11AM 8    A.   Yes.

11:11AM 9    Q.   How would you load the boats?

11:11AM 10   A.   You train people to load the boats evenly and distribute

11:11AM 11   the weight evenly, so that when they descend in the boat it

11:11AM 12   reaches the water level.

11:11AM 13       When you disconnect from the falls, the weight is evenly

11:11AM 14   distributed, so the lifeboat would be stable once it's in the

11:11AM 15   water.

11:11AM 16   Q.   Did you practice also on these Sundays emergency and fire

11:11AM 17   drills?

11:11AM 18   A.   Yes.

11:11AM 19   Q.   Briefly describe those to us.

11:11AM 20   A.   We would choose a location.  We had a matrix that we would

11:11AM 21   follow for various different locations.  We would conduct a

11:11AM 22   drill for that location.

11:11AM 23       Teams would be mustered at their regular muster stations.

11:11AM 24   Sometimes we would switch it up and use alternate muster

11:12AM 25   stations, depending on type of the fire or emergency.  It could

11:12AM 1   be a medical emergency.

11:12AM 2       We'd muster the medical teams, muster the fire times.

11:12AM 3   Nonessential people would all muster at their lifeboats or

11:12AM 4   other designated space, so it may be indoors.  If it was for

11:12AM 5   gas, it may be up on the helideck.

11:12AM 6       Muster people, train them on the actual emergencies.  So

11:12AM 7   you would -- you know, for a fire, you'd train people on the

11:12AM 8   proper shutdowns for ventilation, the approach to the fire, the

11:12AM 9   hazards that are in the area, different stuff around that space

11:12AM 10  that might lead to a bigger emergency.

11:12AM 11      Proper donning of firefighting equipment, use of SCBA's,

11:12AM 12  the breathing apparatuses, general firefighting.

11:12AM 13  Q.   Let's take a look at TREX-50335.3.1.

11:12AM 14      Now, are you familiar with this document?

11:12AM 15  A.   Yes.

11:12AM 16  Q.   You're an author of it, right?

11:12AM 17  A.   Yes.

11:12AM 18  Q.   What is it?

11:12AM 19  A.   This is a description of a drill that was conducted for

11:13AM 20  abandon ship.

11:13AM 21  Q.   You would signal the sound to abandon ship, and folks

11:13AM 22  would muster where they were supposed to?

11:13AM 23  A.   Correct.

11:13AM 24  Q.   What's the date on this?

11:13AM 25  A.   April 17, 2010.

11:13AM 1    Q.   This is three days before the accident?

11:13AM 2    A.   Yes.

11:13AM 3    Q.   Now, if you could take a look at TREX-50335.7.1.

11:13AM 4         What is this document?

11:13AM 5    A.   This is a description of a drill for fire.

11:13AM 6    Q.   Just, you know, an interesting little part of this, there

11:13AM 7    is a little section here that says -- I'm pointing to this.

11:13AM 8    What does this involve?

11:13AM 9    A.   You're speaking about fire hose has been changed out with

11:13AM 10   a new hose?

11:13AM 11   Q.   Yeah.

11:13AM 12   A.   We had -- with this particular drill, we charged a hose

11:14AM 13   and were simulating fighting the fire.  The hose came across

11:14AM 14   the knife edge on the deck and cut the hose, so we had to

11:14AM 15   change that hose out because it was leaking.

11:14AM 16        So we just mentioned that it was a good practice for the

11:14AM 17   guys to have to change the hose out while involved in the

11:14AM 18   drill.

11:14AM 19        It was pretty realistic and got the guys familiar with

11:14AM 20   having to change a hose out pretty quickly to continue to

11:14AM 21   simulate fighting a fire.

11:14AM 22   Q.   Did they do a good job?

11:14AM 23   A.   Yes.

11:14AM 24   Q.   Now, Captain Young, do you believe the *Deepwater Horizon*

11:14AM 25   safety drills saved lives on April 20, 2010?

11:14AM 1   A.   I believe that they helped prepare people for the events

11:14AM 2   on the 20th, yes.

11:14AM 3   Q.   Well, let's move to April 20th.

11:15AM 4        When you were on the *Horizon* on April 20, 2010, what was

11:15AM 5   your shift?

11:15AM 6   A.   I worked six to six, 6:00 a.m. to 6:00 p.m.

11:15AM 7   Q.   On April 20th, were there guests on the rig?

11:15AM 8   A.   Yes, there were.

11:15AM 9   Q.   Who?

11:15AM 10  A.   We had a couple of guys from BP, and we also had two

11:15AM 11  people from Transocean, Don Winslow and Buddy Trahan.

11:15AM 12  Q.   I don't know if Buddy is here today, but he's been here a

11:15AM 13  lot.

11:15AM 14       What was the purpose of the BP folks' visit?

11:15AM 15  A.   They were going over the fact -- one of the things that

11:15AM 16  they brought up in the meeting was that they were commending us

11:15AM 17  on the safety and kind of telling us that it was the pride of

11:15AM 18  the BP fleet, basically, that -- their appreciation for working

11:15AM 19  with our rig.

11:16AM 20       We were also discussing the upcoming out-of-service period

11:16AM 21  for the shipyard and items, how we could preplan that to make

11:16AM 22  that go as smoothly as possible and get through the

11:16AM 23  out-of-service period accomplishing as much as possible.

11:16AM 24  Q.   Now, did you interact with any of the VIP's or the folks

11:16AM 25  onboard?

11:16AM 1    A.    For the meeting that we had, yes.  Also, helping them see

11:16AM 2    different areas that they wanted to see while they were

11:16AM 3    onboard.

11:16AM 4    Q.    Now, while you were -- I'm sorry.

11:16AM 5    A.    While they were onboard, I also helped them see -- you

11:16AM 6    know, organize putting people with them to go see different

11:16AM 7    areas that were my concern, like the bilges and that kind of

11:16AM 8    stuff.

11:16AM 9    Q.    While you were interacting with the VIP officials -- I'm

11:16AM 10   sorry, BP officials, did you hear any of them complain about

11:16AM 11   the maintenance?

11:16AM 12   A.    No.

11:16AM 13   Q.    Did you hear anybody complain about the safety culture on

11:16AM 14   the *Deepwater Horizon*?

11:16AM 15   A.    No.

11:16AM 16   Q.    Did you hear anyone say that the *Deepwater Horizon* was

11:17AM 17   unsafe?

11:17AM 18   A.    No.

11:17AM 19   Q.    Now, you said your shift ended at 6 o'clock.  I'm going to

11:17AM 20   take you to 6:00 p.m., 1800.  I'm going to take you forward to

11:17AM 21   about 8:00 p.m., or 2000.

11:17AM 22         What did you do about that time frame?

11:17AM 23   A.    We had the meeting with the BP VIP's and, also, the two

11:17AM 24   Transocean personnel.

11:17AM 25   Q.    About how long did that meeting last?

11:17AM 1    A.    It was about an hour.

11:17AM 2    Q.    So where did you -- what did you do after the meeting

11:17AM 3    ended at around, what, 9 o'clock?

11:17AM 4    A.    It ended about 9 o'clock.  The -- I had received word

11:17AM 5    earlier that day that we were probably going to have a cement

11:17AM 6    job around 9 o'clock.

11:17AM 7          So at 9:30, I went up to the drill floor to find out the

11:17AM 8    status of when we were going to actually have the cement job.

11:17AM 9    Q.    Before you went down to the drill floor, did you go up to

11:17AM 10   the bridge at all?

11:18AM 11   A.    Yes.

11:18AM 12   Q.    What did you see up on the bridge?  Now I'm going to focus

11:18AM 13   you on about 9:00, 9:15.

11:18AM 14   A.    The DPOs were station keeping.  There was one DPO with the

11:18AM 15   Transocean personnel and the BP personnel, kind of getting a

11:18AM 16   tour of the bridge and working with the DP simulator.

11:18AM 17   Q.    What's the DP simulator?

11:18AM 18   A.    We use the DP simulator to simulate different events that

11:18AM 19   are possible in the DP system.

11:18AM 20         So if we have an approaching weather front or something

11:18AM 21   like that, we can simulate that on the simulator, so that we

11:18AM 22   can look at what kind of power we have to have, what our

11:18AM 23   optimum heading is for that situation.

11:18AM 24         We also use it for training with different modes in DP for

11:18AM 25   new DPOs and, also, for staying fresh for the other DPOs that

11:18AM 1    -- like, for joystick mode, you don't use that very often in

11:18AM 2    DP, so they'll train on that in different scenarios.

11:18AM 3    Q.    So you saw -- which DPO did you see there?

11:19AM 4    A.    Yancy Keplinger.

11:19AM 5    Q.    Who was he there with?

11:19AM 6    A.    The two BP VIP's.  I believe both Don Winslow and

11:19AM 7    Buddy Trahan were up there at the time when I first went up

11:19AM 8    there.

11:19AM 9    Q.    So this is about 9:00, 9:15?

11:19AM 10   A.    Yes.

11:19AM 11   Q.    Now, after you saw those folks on the bridge by the

11:19AM 12   simulator, what did you do next?

11:19AM 13   A.    I went -- initially, I just checked -- I checked a couple

11:19AM 14   e-mails from home.  It was off time for me at that point, so I

11:19AM 15   checked some e-mails from home.  I called my wife.

11:19AM 16         Then, at 9:30, I went up to the rig floor just to find out

11:19AM 17   when they were going to have that cement job, so that I could

11:19AM 18   go down and get some rest before I had that.

11:19AM 19   Q.    So at 9:30, you were on the rig floor.  Where did you go?

11:19AM 20   A.    I went in from the heavy tool room, which was the -- kind

11:19AM 21   of the forward entrance to the rig floor, up a set of stairs.

11:19AM 22   I went in the back door of the drill shack.

11:20AM 23   Q.    Who was in the drill shack at that time?

11:20AM 24   A.    It was Jason Anderson and Dewey Revette.

11:20AM 25   Q.    What were they doing?  This is about 9:30-ish.

11:20AM 1    A.    They were at the driller's console, which would have been

11:20AM 2    the left-hand chair in those documents -- or in the things that

11:20AM 3    we looked at.  They were at the left-hand chair.

11:20AM 4    Jason Anderson was standing next to Dewey at that chair.

11:20AM 5    Q.    What were they doing?

11:20AM 6    A.    They were looking at the drilling screens.

11:20AM 7    Q.    Were they talking?

11:20AM 8    A.    Yep.

11:20AM 9    Q.    What were they saying?

11:20AM 10   A.    The only thing that I heard them mention was that they saw

11:20AM 11   the differential pressure.

11:20AM 12        Other than that, I stood back and let them -- I was

11:20AM 13   waiting for them to have time to let me know when the cement

11:20AM 14   job was, so I just kind of stood back and let them handle what

11:20AM 15   they were working with.

11:20AM 16   Q.    So Jason Anderson and Dewey Revette, what was their

11:20AM 17   demeanor?

11:20AM 18   A.    Nothing that was overly concerning.  They were just

11:20AM 19   looking at the consoles.

11:20AM 20        It's kind of the same situation if they come to the

11:21AM 21   bridge.  Whenever you're involved in a heading change, you

11:21AM 22   don't interrupt people.  So any -- you just don't want to get

11:21AM 23   in the middle of whatever they're doing.  So I just stood back

11:21AM 24   and waited for them to be done.

11:21AM 25   Q.    Now, did you learn at some point in this 9:30 time frame

5706

11:21AM  1    that the cement job -- whether the cement job was going to go

11:21AM  2    forward as scheduled?

11:21AM  3    A.   They just told me that it was going to be delayed, and

11:21AM  4    that they were going to let me know when they needed me back up

11:21AM  5    for the cement meeting.

11:21AM  6    Q.   So after they told you that the cement job would be

11:21AM  7    delayed, what did you do next?

11:21AM  8    A.   I went back out of the driller shack through the same door

11:21AM  9    that I came in.  I was heading back towards the bridge, was

11:21AM 10    going to put my radio down, change into my regular inside

11:21AM 11    clothes, and go down in my room and get some rest.

11:21AM 12         I ran into Caleb Holloway, who was at the standpipe coming

11:21AM 13    down from just behind the drill shack.

11:21AM 14    Q.   What was Caleb Holloway doing?

11:21AM 15    A.   All he told me was that he had just closed the standpipe.

11:22AM 16    Then I just was talking to him.

11:22AM 17         He was heading in the next day, so I was just talking to

11:22AM 18    him about the fact that he was going home, and have a good time

11:22AM 19    off.  Short conversation.

11:22AM 20    Q.   So after you said your goodbyes to Caleb Holloway, did you

11:22AM 21    go up to the bridge?

11:22AM 22    A.   Yeah, I went back down the same set of stairs, across the

11:22AM 23    main deck, and to the bridge.

11:22AM 24    Q.   Okay.  Now, you've obviously spent a lot of time on the

11:22AM 25    bridge --

11:22AM 1    A.    In the past, yes.

11:22AM 2    Q.    -- over the last three years, on the *Deepwater Horizon*

11:22AM 3    bridge.

11:22AM 4    A.    Yes.

11:22AM 5    Q.    Did you gain some familiarity with the layout of the

11:22AM 6    bridge?

11:22AM 7    A.    Yes.

11:22AM 8    Q.    Now, have you and I and others reviewed and helped prepare

11:22AM 9    a demonstrative showing the exact locations of various items of

11:22AM 10   bridge equipment?

11:22AM 11   A.    Yes.

11:22AM 12   Q.    Would it help you to describe the location of various

11:22AM 13   items of equipment, such as the CCTV, the controls, the

11:22AM 14   dedicated alarm station, Acousta-Panel and other items on the

11:23AM 15   bridge?

11:23AM 16   A.    Yes.

11:23AM 17         THE COURT:  I thought that's where we started off.

11:23AM 18         MR. LI:  It's a different one that shows the exact

11:23AM 19   location of --

11:23AM 20         THE COURT:  Do we have to go through all of that again?

11:23AM 21         MR. LI:  Your Honor, it will be very quick.

11:23AM 22         THE COURT:  You had a very nice looking animation up

11:23AM 23   there, and you took him through it, as I recall.

11:23AM 24         MR. LI:  This one shows in greater detail the exact

11:23AM 25   locations of where particular items are in relation to what

11:23AM  1    happened on April 20, 2010.

11:23AM  2              It's short, Your Honor.

11:23AM  3         THE COURT:  Okay.

11:23AM  4         BY MR. LI:

11:23AM  5    Q.    If we could have D-6711.

11:23AM  6         So you had mentioned that folks were at the simulator.  If

11:23AM  7    you could just show us where it is with your pointer.

11:23AM  8    A.    This is the DP simulator over here.

11:23AM  9    Q.    If we could zoom in to that.

11:23AM 10         Where is the CCTV monitor in relation to this?  This is

11:23AM 11    where Yancy Keplinger was when you saw him, right?

11:23AM 12    A.    Yes.  This would be looking forward at the forward monitor

11:23AM 13    here.

11:24AM 14    Q.    Now, if you wanted to control that CCTV panel, how would

11:24AM 15    you do what?

11:24AM 16         MR. REGAN:  Your Honor, I just want to interpose an

11:24AM 17    objection just to be clear on the record that there appears to

11:24AM 18    be something depicted in that monitor, and I don't know if

11:24AM 19    there is any foundation.  Perhaps there will be a question as

11:24AM 20    to what was on that screen, but I don't know what the basis is

11:24AM 21    for the depiction at this time on that night on this critical

11:24AM 22    question as to what was on those screens in the bridge.

11:24AM 23         MR. LI:  Your Honor, in Yancy Keplinger's deposition

11:24AM 24    and many others, actually, they say they see through the CCTV

11:24AM 25    screen Number 21 fluid being diverted overboard.

11:24AM 1          I'm not saying which pipe or anything, just

11:24AM 2   that they're seeing fluid being diverted overboard.

11:24AM 3          THE COURT:  Well, that may be, but unless this witness

11:24AM 4   says he saw that, I don't think we should go there with that

11:24AM 5   this witness.

11:24AM 6          MR. ROY:  Your Honor, I join that objection of my

11:24AM 7   colleague, but I also add an additional objection.

11:24AM 8              There is a clock shown in this depiction with a

11:25AM 9   time on it.  I believe that the Transocean witnesses, starting

11:25AM 10  with Mr. Barnhill, said there is no agreement on the time of

11:25AM 11  the various events; yet, that clock is very precise in this

11:25AM 12  demonstrative which they're asking this witness questions, and

11:25AM 13  we object to that.

11:25AM 14         MR. LI:  Your Honor, just for the record, so you know

11:25AM 15  how this thing came about, this was originally -- all I want to

11:25AM 16  show is where the equipment is.  I'm not representing --

11:25AM 17         THE COURT:  But you've already shown that, so why don't

11:25AM 18  we move past this.

11:25AM 19         MR. LI:  We'll move on, Your Honor.

11:25AM 20         THE COURT:  Okay.

11:25AM 21         MR. LI:  We'll move on.

11:25AM 22             But, Your Honor, just so you know where we're

11:25AM 23  coming from, this was originally intended to be used with

11:25AM 24  Mr. Wolfe -- Commander Wolfe.

11:25AM 25             So that's why we had it, and we thought it

11:25AM 1   would be helpful for the Court to see; but, we understand if

11:25AM 2   the Court doesn't want to see it.

11:25AM 3       BY MR. LI:

11:25AM 4   Q.   Now, where we left off, you were on the bridge at about

11:25AM 5   what time?

11:25AM 6   A.   Well, I initially left the bridge about 9:30, went up to

11:26AM 7   the drill floor, and then came back to the bridge.

11:26AM 8       So timing, I mean, I wasn't on the drill floor that long.

11:26AM 9   Came back down.

11:26AM 10      The captain was on bridge when I came back through, so I

11:26AM 11  just let him know that the cement job had been delayed, and I

11:26AM 12  was going to go down and get some rest.

11:26AM 13      So I went directly down from the bridge, headed towards my

11:26AM 14  room.  I passed the -- when I went past the subsea office, the

11:26AM 15  subsea engineer and the assistant driller that was getting

11:26AM 16  ready to come on tour was in there.

11:26AM 17      So I just told them that I was going to go down and get

11:26AM 18  some rest.  Basically, I saw them in their office, so I just

11:26AM 19  kind of stopped to say hello, and I was going down to my room.

11:26AM 20  Q.   When you stopped to say hello, did you guys engage in a

11:26AM 21  conversation?

11:26AM 22  A.   I just told them that the cement job had been delayed, and

11:26AM 23  that's about as much time as we had for a conversation because

11:27AM 24  at that time the -- what was essentially the blowout, it

11:27AM 25  sounded like a release of pressure had happened.

11:27AM  1      I said something to Chris Pleasant.  I said, that sounds

11:27AM  2  like your stuff.  It was -- it sounded to me like tensioners

11:27AM  3  bleeding off.

11:27AM  4      So Chris Pleasant walked off and went one direction, and I

11:27AM  5  headed towards the bridge.

11:27AM  6  Q.   I'm going to stop you for a second.  When you say you

11:27AM  7  heard the noise, it sounded like the tensioner bleeding off,

11:27AM  8  but many of us don't know what that actually sounds like.  What

11:27AM  9  did it sound like?

11:27AM 10  A.   It was just a very loud release -- sounded like a release

11:27AM 11  of pressure.  Basically, like if you had an air compressor and

11:27AM 12  you pulled the line off of it, that's what it sounds like.  A

11:27AM 13  lot louder, though.

11:27AM 14  Q.   One of the loudest noises you've ever heard?

11:27AM 15  A.   It was pretty loud.

11:27AM 16  Q.   What did you do when you heard this release of pressure

11:27AM 17  sound?

11:27AM 18  A.   I turned and went back to the bridge because it was

11:27AM 19  definitely something that was outside of the normal operations.

11:27AM 20      So I went back to the bridge.  At that time, you could

11:28AM 21  tell that we had a blowout.

11:28AM 22      I went towards my desk, and I was going to grab my radio

11:28AM 23  -- or I did grab my radio to be ready for an emergency

11:28AM 24  situation.

11:28AM 25  Q.   Who was on bridge at the time?

11:28AM  1    A.    I know that Yancy Keplinger, Andrea Fleytas, the Captain,

11:28AM  2    and the BP personnel were still on the bridge.

11:28AM  3    Q.    Let's break that down.  Where was Captain Kuchta, and what

11:28AM  4    was he doing?

11:28AM  5    A.    He was kind of between the fore and aft console -- or

11:28AM  6    between the middle console there where the BP console was and

11:28AM  7    that aft console.

11:28AM  8          He was working with the DPOs, basically.  I mean, they

11:28AM  9    were looking at different screens.  I don't know exactly what

11:28AM 10    he was doing.  He was on the bridge.

11:28AM 11    Q.    Was he panicking?

11:28AM 12    A.    I wouldn't say he was panicking, no.

11:28AM 13    Q.    Was anyone on the bridge panicking?

11:28AM 14    A.    Not that I noticed, no.

11:28AM 15    Q.    Where was Yancy -- you mentioned Yancy Keplinger.  Where

11:29AM 16    was Andrea Fleytas?

11:29AM 17    A.    She was also on the bridge at some of the SVC consoles, DP

11:29AM 18    consoles.

11:29AM 19    Q.    Now, from the bridge, other than the folks inside the

11:29AM 20    bridge, the bridge crew, what did you see and hear?

11:29AM 21    A.    You could see out of the starboard side that we had had a

11:29AM 22    blowout.  So there was debris and mud and different stuff

11:29AM 23    initially coming done on the rig.  A lot of alarms on the

11:29AM 24    bridge.  I mean, I don't know --

11:29AM 25    Q.    When you say alarms on the bridge, do you mean on the

5713

11:29AM 1    computer screen with the beeping and the flashing?

11:29AM 2    A.    I noticed more the alarms later.  I did look over once we

11:29AM 3    lost power and noticed that the DP screen, as well as the SVC

11:29AM 4    screens were -- had a lot of flashing alarms.

11:29AM 5    Q.    When you said that you saw drilling mud and debris on the

11:29AM 6    starboard side, was that -- were you were leaning and looking

11:29AM 7    out the window; how did you see that?

11:30AM 8    A.    When I grabbed my radio, my radio was all the way forward,

11:30AM 9    up by my desk.  At that point, you could look out probably

11:30AM 10   three of the windows that you could see out of.

11:30AM 11       Just kind of looking -- leaning towards the window looking

11:30AM 12   aft, you can see a little bit of the drill floor, a little bit

11:30AM 13   of the derrick and that whole starboard side.  So that's when I

11:30AM 14   saw that.

11:30AM 15   Q.    When you were looking out the window did you at any point

11:30AM 16   see an explosion?

11:30AM 17   A.    Yes.

11:30AM 18   Q.    Tell us what happened.

11:30AM 19   A.    I grabbed my radio.  I turned around and headed kind of

11:30AM 20   towards the DP console.  I was between the DP console and the

11:30AM 21   door to go outside, and we had the ignition and the explosion.

11:30AM 22       It was just kind of a big ball of fire came out of the

11:30AM 23   starboard forward side, from where I was looking.  Then that

11:30AM 24   initial explosion kind of backed up, and it just went into a

11:30AM 25   fire in the derrick.

11:30AM  1    Q.   What happened to the power?

11:30AM  2    A.   We lost power on the rig.

11:30AM  3    Q.   After the explosion, you lost power?

11:30AM  4    A.   Yes.

11:30AM  5    Q.   Now, I'm not asking you to get this exact because you

11:30AM  6    obviously didn't have a stop watch; but, from the moment that

11:31AM  7    you heard the hissing noise, the sound of the pressure

11:31AM  8    releasing when you were in subsea, to the moment that you saw

11:31AM  9    the explosion, how much -- what are we talking about?

11:31AM 10    A.   Less than a minute.  Seconds.

11:31AM 11    Q.   You and I actually sat down together in a room with my

11:31AM 12    phone and pressed the stop watch, didn't we?

11:31AM 13    A.   Yes.

11:31AM 14    Q.   After you watched the stop watch go, what was your

11:31AM 15    conclusion about how much time elapsed?

11:31AM 16    A.   It was less than a minute.

11:31AM 17    Q.   After the explosion, what did you do next?

11:31AM 18    A.   After the explosion, I went directly out the starboard

11:31AM 19    side door on the bridge and went to my emergency station.

11:31AM 20    Q.   Did you do anything on your way out the door?

11:32AM 21    A.   I hit the general alarm button that was right next to the

11:32AM 22    door.

11:32AM 23    Q.   Now, you personally hit the general alarm button on the

11:32AM 24    way out the door?

11:32AM 25    A.   I did, yes.

11:32AM 1    Q.    Now, did you see Yancy Keplinger doing anything at this

11:32AM 2    point?

11:32AM 3    A.    I heard them say they were going to hit the general alarm.

11:32AM 4    They were at the Acousta panel, which was at the -- it was

11:32AM 5    Yancy and Andrea at the Acousta panel, which was in the center

11:32AM 6    column between the two consoles there, and they could also

11:32AM 7    activate it from there.

11:32AM 8    Q.    So just tell us what the Acousta panel is.

11:32AM 9    A.    It's the portion of the general alarm system where you can

11:32AM 10   function the general alarm and make announcements from.

11:32AM 11   Q.    Over the PA?

11:32AM 12   A.    Yes.

11:32AM 13   Q.    Now, once you grabbed your radio, hit the general alarm,

11:32AM 14   ran out the door, where did you go?

11:32AM 15   A.    I went to the muster station Number 1, which was port

11:32AM 16   forward, which was my muster station.

11:32AM 17   Q.    What did you do at muster station port forward?

11:33AM 18   A.    I -- as soon as I got outside, I ran into one injured

11:33AM 19   person that was coming in, and I directed him towards the

11:33AM 20   bridge.

11:33AM 21   Q.    Who was that?

11:33AM 22   A.    It was Mike Williams.  He was the first person I ran into

11:33AM 23   on deck.  He then went to the bridge.

11:33AM 24         I started throwing hoses out of fire boxes and laying them

11:33AM 25   out, making them ready to be used if we were going to use them.

11:33AM 1    I pulled the fire gear out of the fire gear locker, so

11:33AM 2    that people that showed up could suit up quicker.

11:33AM 3    I was just getting gear ready to fight the fire and trying

11:33AM 4    to make contact with the bridge on my radio to inform them of

11:33AM 5    the situation outside on deck.

11:33AM 6    Q.   Now, is that your main responsibility in an emergency and

11:33AM 7    fire situation?

11:33AM 8    A.   Yes.

11:33AM 9    Q.   Now, as you were laying out the fire equipment and

11:33AM 10   preparing to fight the fire, did you receive any information

11:33AM 11   about any crew members?

11:33AM 12   A.   I did at one point.  I had -- initially, I had

11:34AM 13   Mike Williams, who I saw myself as being injured, and sent him

11:34AM 14   to the bridge.

11:34AM 15   I also got word from somebody else that the crane

11:34AM 16   operator, Dale Burkeen, had gone down and was on the deck.

11:34AM 17   We also had people making -- we saw that there were some

11:34AM 18   people in the water.  We heard a lot about a lot of different

11:34AM 19   people that were either injured or needed help getting off the

11:34AM 20   rig.

11:34AM 21   Q.   Focusing on Dale Burkeen, once you heard that he was down,

11:34AM 22   what did you do?

11:34AM 23   A.   I made my way over to the starboard side where he was.  I

11:34AM 24   was able to get to him, but I couldn't move him.  So I turned

11:34AM 25   around, and I was going to get help.

11:34AM  1          I ran into Chris Pleasant.

11:34AM  2   Q.   Let me stop you for a second.  When you ran up to

11:34AM  3   Mr. Burkeen, what condition was the rig around you?

11:34AM  4   A.   It was right over next to the starboard crane, so there

11:34AM  5   was some tanks and stuff that were over there.  There was a lot

11:34AM  6   of fire right there in the immediate area.  The fire was over

11:35AM  7   our head where we were.  There was debris flying around.  It

11:35AM  8   wasn't the best situation.

11:35AM  9   Q.   So you literally ran into the fire to get Mr. Burkeen?

11:35AM 10   A.   It was over my head.  I wasn't really in the fire, but it

11:35AM 11   was overhead.

11:35AM 12   Q.   What condition did Mr. Burkeen appear to be in?

11:35AM 13   A.   He was looked to be -- he looked to be -- like he had

11:35AM 14   died.

11:35AM 15   Q.   After you couldn't move Mr. Burkeen -- is he a big guy?

11:35AM 16   A.   Yes.

11:35AM 17   Q.   -- what did you do?

11:35AM 18   A.   I turned around to go -- I was going to get help to go

11:35AM 19   back to that area.

11:35AM 20          I ran into Chris Pleasant on deck, and he said that he was

11:35AM 21   going to go to bridge and get some people to come help me.

11:35AM 22          I had ended up making my way to the bridge and ran into

11:35AM 23   Mike Mayfield, who was going to come assist me in getting Dale

11:35AM 24   Burkeen.

11:36AM 25          Before I went back over there, I started putting fire gear

5718

11:36AM 1    on.  Also, Mike Mayfield started suiting up with fire gear.  At

11:36AM 2    that point, that whole area was obstructed, and we couldn't get

11:36AM 3    back.

11:36AM 4    Q.    Obstructed with what?

11:36AM 5    A.    Fire and damage.  You couldn't get close to the area.

11:36AM 6    Q.    Now, once you had your gear on, did you try to get back

11:36AM 7    there?

11:36AM 8    A.    Yes.

11:36AM 9    Q.    What happened?

11:36AM 10   A.    Mike Mayfield basically pulled me back and threw me on the

11:36AM 11   deck and basically pointed out to me that I couldn't get there.

11:36AM 12        I kind of had tunnel vision because I thought I was still

11:36AM 13   going to get to him; but, once I saw what Mike Mayfield was

11:36AM 14   seeing, there was no way we were going to get back there.

11:36AM 15   Q.    You wanted to save Dale Burkeen, but Mike knew that you

11:36AM 16   couldn't get him?

11:36AM 17   A.    Yes.

11:36AM 18   Q.    He had to physically restrain you?

11:36AM 19   A.    Yes.

11:36AM 20   Q.    After Mr. Mayfield physically restrained you, what

11:36AM 21   happened next?

11:37AM 22   A.    At this point we were still -- we still had a couple

11:37AM 23   people that were in the accommodations that we got out.

11:37AM 24   Q.    Tell us -- slow down a little.  So what happened there?

11:37AM 25   What are you seeing, and what are you doing?

11:37AM 1    A.    Buddy Trahan was the first person that we -- that we

11:37AM 2    pulled out of the accommodations.

11:37AM 3    Q.    What condition was he in?

11:37AM 4    A.    He was in pretty bad condition.  He was pretty beat up.

11:37AM 5    They had to put him in a stretcher.

11:37AM 6          I was not all the way up to where Buddy was.  By the time

11:37AM 7    I got to door that they were pulling Buddy out, I made it

11:37AM 8    halfway into the accommodations, and they were already moving

11:37AM 9    him out, so I just kind of helped guide him backwards and to

11:37AM 10   the muster station so that he could be put into a lifeboat

11:37AM 11   to -- so when we evacuated, that he would make it off.

11:37AM 12         So we basically staged him at the forward lifeboat area

11:37AM 13   and then made way to go back inside to get Wyman Wheeler, who

11:37AM 14   was also in the accommodations.

11:37AM 15   Q.    What condition were the accommodations in?

11:37AM 16   A.    They were destroyed.  All the bulkheads were down.  You

11:38AM 17   could see through the entire accommodations towards the center

11:38AM 18   of the rig.  So the accommodations were destroyed.

11:38AM 19   Q.    Did you help other crew members get to the lifeboat?

11:38AM 20   A.    Yes.

11:38AM 21   Q.    How did you do that?

11:38AM 22   A.    Well, with Wyman, they made way with him out to -- once

11:38AM 23   they had Wyman on the stretcher and everything, they pulled him

11:38AM 24   out.  I didn't actually pull him out.

11:38AM 25         I made my way back up to the bridge and let them know that

11:38AM  1    we had had people in the lifeboats, and that we couldn't use

11:38AM  2    the aft lifeboats as another escape route because you couldn't

11:38AM  3    get to them.

11:38AM  4        Then the bridge team started making their way down.  By

11:38AM  5    that point, both lifeboats had gone.

11:38AM  6    Q.    Hang on a second.  So when you got up to the bridge, who

11:38AM  7    was on the bridge?

11:38AM  8    A.    I know I saw the Captain; the maintenance supervisor,

11:38AM  9    Steve Bertone; Yancy Keplinger; Andrea Fleytas; and, I'm not

11:39AM 10    sure who else was on bridge.  Those are the people that I

11:39AM 11    remember seeing on the bridge.

11:39AM 12    Q.    Do you remember if Jimmy Harrell was on the bridge?

11:39AM 13    A.    I don't remember at that last point that I went up there.

11:39AM 14    I did see him at one point on the bridge, but I don't remember

11:39AM 15    seeing him the last time I went to the bridge.

11:39AM 16    Q.    Okay.  In these last moments while folks were still on the

11:39AM 17    bridge, what was Captain Kuchta doing?

11:39AM 18    A.    He was on the bridge, just in charge of the scene on the

11:39AM 19    bridge.  I don't know specifically what he was doing, but I

11:39AM 20    went up there to inform him that it was -- that the boats had

11:39AM 21    now gone.  We had two boats that were gone, and we were going

11:39AM 22    to start rigging a life raft to put in the water and load

11:39AM 23    Wyman Wheeler into that raft.

11:39AM 24    Q.    Did you inform him about the condition of the fire?

11:39AM 25    A.    I did, yes.

11:39AM 1   Q.   Tell us what you said and what he said.

11:39AM 2   A.   I pulled him out to the bridge way -- at one point he had

11:40AM 3   asked -- I asked him what he wanted to do with the fire.  He

11:40AM 4   said he wanted me to put a hose on it.

11:40AM 5        At that point, I pulled him outside and showed him the

11:40AM 6   size of the fire, so that he was aware of the size of the fire

11:40AM 7   that we were dealing with because from the bridge you couldn't

11:40AM 8   really see that much of it.

11:40AM 9        So I pulled him out and basically told him that we

11:40AM 10  couldn't fight that fire.  So, at that point, we moved towards

11:40AM 11  abandonment.

11:40AM 12  Q.   Did he then give the order to abandon ship?

11:40AM 13  A.   I did not specifically hear it because I went right

11:40AM 14  outside and started rigging the raft.

11:40AM 15  Q.   At some point was the abandon ship order given?

11:40AM 16  A.   I'm not sure.

11:40AM 17  Q.   At some point did you -- did the crew abandon ship?

11:40AM 18  A.   Yes.

11:40AM 19  Q.   So after you left the bridge, where did you go?

11:40AM 20  A.   I went from the bridge back down to the life raft station,

11:40AM 21  which was port forward at the lifeboat station, and started

11:40AM 22  rigging the raft.

11:40AM 23       Yancy Keplinger was the first person to help me.  He came

11:40AM 24  down from the bridge and was helping me rig the raft to deploy.

11:41AM 25  Q.   So this is one of these inflatable rafts?

11:41AM 1    A.    Yes.

11:41AM 2    Q.    So what did you all do next?

11:41AM 3    A.    What you do is you hook it up on the davit, swing it over

11:41AM 4    the side.  Once it's over the side, you inflate the raft.  Pull

11:41AM 5    it close enough alongside so that you can get people in it.

11:41AM 6         So myself and, I believe, Randy Ezell was the second

11:41AM 7    person in the raft.  We jumped in the raft and grabbed the

11:41AM 8    stretcher that Wyman was in from the front.  We had people

11:41AM 9    behind him pushing the stretcher in.

11:41AM 10        Wyman was the first person that we loaded into the raft.

11:41AM 11   Beyond that, we just -- people started getting in the raft.  At

11:41AM 12   one point, the raft dropped out from underneath us -- didn't

11:41AM 13   really drop out from underneath us, it was -- it began to lower

11:41AM 14   to the water.

11:41AM 15   Q.    What about Andrea Fleytas, where was she?

11:41AM 16   A.    In the raft.

11:41AM 17   Q.    Did you help her get in?

11:41AM 18   A.    Yes.

11:41AM 19   Q.    How did you do that?

11:41AM 20   A.    I grabbed her by the life jacket and pulled her in.

11:41AM 21   Q.    Now, Yancy Keplinger and Captain Kuchta, what were they

11:42AM 22   doing?

11:42AM 23   A.    They were still on deck, on main deck -- or at the muster

11:42AM 24   deck assisting with getting Wyman Wheeler in the raft as well.

11:42AM 25   Q.    And when the raft was being lowered, who was lowering the

11:42AM 1  raft?

11:42AM 2  A.    I'm not sure.

11:42AM 3  Q.    Who were the last people off the *Deepwater Horizon*?

11:42AM 4  A.    As far as I know, it was Yancy Keplinger and

11:42AM 5  Captain Kuchta.

11:42AM 6  Q.    And how did they get off the rig?

11:42AM 7  A.    They jumped from the life raft deck.

11:42AM 8  Q.    Now, once the raft was in the water and Captain Kuchta had

11:42AM 9  jumped into the water, were you able to get free at that point

11:42AM 10 from the *Deepwater Horizon*?

11:42AM 11 A.    At that point the raft was still connected by the sea

11:42AM 12 painter, which is used -- the sea painter is used to inflate

11:42AM 13 the raft and it also helps keep you near the ship.  So that was

11:42AM 14 still connected.

11:43AM 15      There's a weak link on the -- on the sea painter that you

11:43AM 16 should be able to break.  So I had the rescue boat hook up -- I

11:43AM 17 was talking to the guys in the rescue boat.  I was the third

11:43AM 18 person, I think, in the rescue boat, so we hooked the rescue

11:43AM 19 boat up to the raft and started pulling it away.  And then the

11:43AM 20 guys from the rescue boat passed a knife over to Captain Kuchta

11:43AM 21 who cut the raft free.

11:43AM 22 Q.    Now, did Captain Kuchta have to swim over to the rescue

11:43AM 23 boat and then swim back to the life raft to cut the rope?

11:43AM 24 A.    Yes.

11:43AM 25 Q.    Now, where are you in relation to the fire and the rig

11:43AM 1    itself at this point?

11:43AM 2    A.    In the water underneath the rig.

11:43AM 3    Q.    So the rig is burning above you?

11:43AM 4    A.    Yes.

11:43AM 5    Q.    Once Captain Kuchta cut the rope and you were able to get

11:43AM 6    free, what happened next?

11:43AM 7    A.    The rescue boat from the *Damon Bankston* pulled us further

11:44AM 8    away, and continued to pull us all the way over to the

11:44AM 9    *Damon Bankston*.  Actually, I was in the rescue boat at that

11:44AM 10   point, pulled the raft and all of the people back over towards

11:44AM 11   the *Damon Bankston*.

11:44AM 12   Q.    Once you got on the *Damon Bankston*, what did you do?

11:44AM 13   A.    We were the last people to be included on the muster.

11:44AM 14   They had already mustered the rest of the people that were

11:44AM 15   there.  The two lifeboats had already made way over to the

11:44AM 16   *Bankston*, and they were organizing people to get the complete

11:44AM 17   musters.

11:44AM 18         And then we helped get the injured people -- or Wyman, the

11:44AM 19   last injured person, up to the *Bankston* to a triage that they

11:44AM 20   had already kind of set up on the *Bankston*.

11:44AM 21   Q.    Let's go back to the station bill, D-6588.1.4.

11:45AM 22         Do you see where it says *chief officer*?

11:45AM 23   A.    Yes.

11:45AM 24   Q.    That was you on April 20th, 2010?

11:45AM 25   A.    Yes, it was.

11:45AM 1    Q.   And did you go to Fire Locker 1, assess the fire, and

11:45AM 2    report back to the master?

11:45AM 3    A.   Yes.

11:45AM 4    Q.   Let's take a look at D-6588.1.3.

11:45AM 5         On April 20th, 2010, was Captain Kuchta in overall command

11:45AM 6    of the *Deepwater Horizon*?

11:45AM 7    A.   Yes.

11:45AM 8    Q.   Did he coordinate all emergency response activities?

11:45AM 9    A.   From the bridge, yes.

11:45AM 10   Q.   Did Jimmy Harrell, the OIM, report to the bridge?

11:45AM 11   A.   I did see him on the bridge at one point, yes.

11:45AM 12   Q.   Did Yancy Keplinger, did you see him maintaining

11:45AM 13   navigation and dynamic positioning as directed?

11:45AM 14   A.   Yes.

11:45AM 15   Q.   And did you see dynamic positioning operator

11:46AM 16   Andrea Fleytas operate the GMDSS system?

11:46AM 17   A.   I did not see her actually function it.  I did see her at

11:46AM 18   the GMDSS station, though.

11:46AM 19   Q.   She appeared to be where she was supposed to be according

11:46AM 20   to station bill?

11:46AM 21   A.   Yes.

11:46AM 22   Q.   Let's turn to D-6588.1.5.

11:46AM 23        Who was the on duty toolpusher on April 20th, 2010?

11:46AM 24   A.   That would have been Jason Anderson.

11:46AM 25   Q.   Was he on the drill floor?

11:46AM 1    A.    Yes.

11:46AM 2    Q.    Who was the driller?

11:46AM 3    A.    The driller was Dewey Revette.

11:46AM 4    Q.    To your knowledge, was he on the drill floor?

11:46AM 5    A.    Yes.

11:46AM 6    Q.    Do you believe the *Deepwater Horizon's* emergency training

11:46AM 7    saved lives that night?

11:46AM 8    A.    I do.

11:46AM 9    Q.    Why do you believe that?

11:46AM 10   A.    Because we got 115 people off.

11:47AM 11   Q.    Were people's actions that night consistent or

11:47AM 12   inconsistent with the station bill?

11:47AM 13   A.    Consistent.

11:47AM 14   Q.    Were people's actions that night consistent or

11:47AM 15   inconsistent with their training?

11:47AM 16   A.    Consistent with their training.

11:47AM 17   Q.    Captain Young, during this trial there have been some

11:47AM 18   criticisms leveled at Transocean's crew.  What was your opinion

11:47AM 19   of Yancy Keplinger?

11:47AM 20   A.    If I could have Yancy working on my rig right now, I

11:47AM 21   would.

11:47AM 22   Q.    Andrea Fleytas?

11:47AM 23   A.    Same answer.

11:47AM 24   Q.    Captain Kuchta?

11:47AM 25   A.    Captain Kuchta was a good captain.  He knew the rig very

11:47AM  1    well.

11:47AM  2    Q.   Jimmy Harrell?

11:47AM  3    A.   I would work with him today.

11:47AM  4    Q.   Randy Ezell?

11:47AM  5    A.   Same answer.

11:47AM  6    Q.   Jason Anderson?

11:47AM  7    A.   All people that I would work with as part of my crew

11:48AM  8    today.

11:48AM  9    Q.   Dewey Revette?

11:48AM 10    A.   Same answer.

11:48AM 11         MR. LI:  Your Honor, I pass the witness.

11:48AM 12         THE COURT:  All right.

11:48AM 13              Mr. Roy, I assume you're going to be a little

11:48AM 14    while, right?

11:48AM 15         MR. ROY:  Absolutely.

11:48AM 16         THE COURT:  Rather than interrupt, why don't we just

11:48AM 17    take a somewhat earlier lunch break.  We'll break for lunch

11:48AM 18    now.  It's going on ten minutes till.  We'll come back at --

11:48AM 19    let's take about an hour -- let's say ten after one.  That

11:48AM 20    would be about an hour and 20 minutes.

11:48AM 21         THE DEPUTY CLERK:  All rise.

11:49AM 22         (WHEREUPON, at 11:49 a.m. the Court was in luncheon

        23    recess.)

        24              *   *   *

        25

REPORTER'S CERTIFICATE

I, Cathy Pepper, Certified Realtime Reporter, Registered Merit Reporter, Certified Court Reporter of the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript to the best of my ability and understanding from the record of the proceedings in the above-entitled and numbered matter.


_s/Cathy Pepper_

Cathy Pepper, CRR, RMR, CCR
Certified Realtime Reporter
Registered Merit Reporter
Official Court Reporter
United States District Court
Cathy_Pepper@laed.uscourts.gov

## 1

**1** [6] - 5584:1, 5629:21, 5646:15, 5678:2, 5715:15, 5725:1
**1.4.5** [1] - 5648:9
**10** [4] - 5619:5, 5619:17, 5658:5
**10-MD-2179** [1] - 5550:8
**1000** [1] - 5555:19
**1001** [1] - 5555:11
**101** [1] - 5552:4
**10:00** [1] - 5658:5
**10:11** [1] - 5658:9
**11-2** [1] - 5636:2
**1100** [1] - 5555:7
**1110** [1] - 5555:23
**1118.13.1** [1] - 5644:4
**115** [1] - 5726:10
**11:49** [1] - 5727:22
**12** [1] - 5559:19
**1201** [2] - 5554:20, 5556:16
**1221** [1] - 5556:10
**13** [1] - 5669:25
**13.1.14** [1] - 5636:2
**1308** [1] - 5552:7
**1331** [1] - 5556:20
**13th** [1] - 5642:25
**14271** [1] - 5553:13
**15-minute** [1] - 5658:6
**1601** [1] - 5551:11
**1665** [1] - 5556:20
**17** [2] - 5550:20, 5699:25
**1700** [1] - 5556:16
**18** [1] - 5621:19
**180** [1] - 5585:19
**1800** [1] - 5702:20
**1885** [1] - 5554:6
**19** [1] - 5678:25

## 2

**2** [4] - 5584:1, 5646:15, 5675:11, 5681:16
**20** [15] - 5550:6, 5577:11, 5623:8, 5663:16, 5665:10, 5668:17, 5670:12, 5677:6, 5678:3, 5679:1, 5680:3, 5700:25, 5701:4, 5708:1, 5727:20
**2000** [2] - 5642:25,

5702:21
**20004** [1] - 5554:21
**2001** [1] - 5692:17
**20044** [3] - 5553:7, 5553:13, 5553:19
**2005** [2] - 5693:11, 5694:13
**2006** [2] - 5575:20
**2007** [3] - 5680:25, 5682:9, 5686:7
**2008** [2] - 5686:7, 5693:11
**2009** [5] - 5672:10, 5686:7, 5687:25, 5693:11, 5693:16
**2010** [31] - 5550:6, 5577:11, 5623:8, 5663:16, 5665:10, 5665:12, 5668:18, 5669:25, 5670:12, 5674:24, 5675:9, 5675:20, 5676:18, 5677:7, 5677:12, 5678:3, 5678:25, 5679:2, 5680:3, 5686:7, 5687:25, 5694:13, 5694:14, 5695:2, 5699:25, 5700:25, 5701:4, 5708:1, 5724:24, 5725:5, 5725:23
**2011** [1] - 5666:6
**2013** [3] - 5550:9, 5559:2, 5559:19
**20th** [17] - 5560:10, 5649:6, 5649:9, 5664:2, 5666:16, 5675:9, 5675:19, 5676:18, 5677:12, 5677:20, 5679:4, 5701:2, 5701:3, 5701:7, 5724:24, 5725:5, 5725:23
**21** [1] - 5708:25
**21st** [1] - 5560:11
**2211** [1] - 5555:23
**2216** [1] - 5552:18
**22ND** [1] - 5551:19
**23451** [1] - 5551:19
**25** [2] - 5550:9, 5559:2
**26011** [1] - 5559:21
**2615** [1] - 5551:15
**2:10-CV-02771** [1] - 5550:12
**2:10-CV-4536** [1] - 5550:14

## 3

**3** [1] - 5681:23
**30** [2] - 5635:2, 5674:24
**30-day** [1] - 5679:16
**300** [1] - 5554:25
**355** [1] - 5555:15
**35TH** [1] - 5555:15
**36** [1] - 5571:15
**36130** [1] - 5553:24
**36604** [1] - 5551:12
**3668** [1] - 5551:4
**3700** [2] - 5555:7, 5555:11

## 4

**4** [2] - 5646:13, 5681:25
**40** [1] - 5650:23
**402** [1] - 5551:19
**4140.2.1** [1] - 5669:18
**4310** [1] - 5552:14
**435** [1] - 5552:4
**4459.4.1** [1] - 5653:6
**450** [1] - 5552:23
**4500** [1] - 5556:10
**47** [1] - 5650:24

## 5

**5** [2] - 5676:23, 5682:2
**500** [4] - 5551:4, 5553:23, 5557:4, 5607:4
**5000** [1] - 5554:17
**504** [1] - 5557:5
**5340.1.1** [1] - 5600:19
**5395** [1] - 5552:23
**546** [1] - 5556:4
**550** [1] - 5607:4
**556** [1] - 5551:4
**5560** [1] - 5558:15
**5569** [2] - 5558:4, 5558:5
**5570** [2] - 5558:6, 5558:7
**569** [1] - 5567:9
**5727** [1] - 5558:8
**589-7779** [1] - 5557:5

## 6

**6** [2] - 5682:5, 5702:19
**60** [1] - 5568:18
**600** [3] - 5551:19,

5551:22, 5555:19
**601** [2] - 5551:15, 5567:9
**602** [1] - 5567:10
**60654** [1] - 5554:25
**618** [1] - 5552:11
**63** [2] - 5674:2, 5674:24
**664.9.1** [1] - 5679:19
**6709** [2] - 5592:24, 5593:1
**671.47.1** [1] - 5625:5
**6725** [1] - 5606:17
**6:00** [3] - 5701:6, 5702:20

## 7

**70** [4] - 5567:9, 5674:2, 5674:24, 5674:25
**701** [2] - 5554:11, 5554:16
**70113** [1] - 5551:8
**70130** [6] - 5551:16, 5551:23, 5552:18, 5554:11, 5556:5, 5557:5
**70139** [1] - 5554:17
**70163** [1] - 5555:7
**70360** [1] - 5552:4
**70458** [1] - 5552:8
**70502** [2] - 5551:5, 5555:20
**70801** [1] - 5552:11
**70804** [1] - 5554:7
**75270** [1] - 5554:7
**7611** [1] - 5553:7
**77002** [1] - 5555:11
**77006** [1] - 5552:15
**77010** [2] - 5556:10, 5556:20
**77098** [1] - 5555:23
**7TH** [1] - 5552:23

## 8

**820** [1] - 5551:8
**88** [1] - 5692:17
**8:00** [2] - 5550:9, 5702:21

## 9

**9** [3] - 5703:3, 5703:4, 5703:6
**90** [1] - 5614:17
**90-day** [2] - 5668:23,

5679:17
**90071** [1] - 5555:16
**94005** [1] - 5554:7
**94102** [1] - 5552:24
**9:00** [2] - 5703:13, 5704:9
**9:15** [2] - 5703:13, 5704:9
**9:30** [5] - 5703:7, 5704:16, 5704:19, 5705:25, 5710:6
**9:30-ish** [1] - 5704:25
**9TH** [1] - 5551:22

## A

**a.m** [3] - 5658:9, 5701:6, 5727:22
**A.M** [1] - 5550:9
**AB's** [1] - 5659:10
**abandon** [13] - 5619:4, 5619:19, 5619:22, 5619:25, 5629:1, 5629:3, 5697:14, 5697:23, 5699:20, 5699:21, 5721:12, 5721:15, 5721:17
**abandoning** [2] - 5620:12, 5620:25
**abandonment** [4] - 5619:5, 5619:12, 5619:16, 5721:11
**ability** [3] - 5587:11, 5623:18, 5728:8
**able** [14] - 5564:3, 5572:7, 5586:19, 5605:25, 5620:11, 5620:12, 5629:21, 5645:19, 5654:2, 5655:10, 5716:24, 5723:9, 5723:16, 5724:5
**abnormal** [1] - 5664:4
**aboard** [3] - 5622:3, 5666:24
**above-entitled** [1] - 5728:9
**above-mentioned** [7] - 5560:8, 5560:17, 5561:6, 5561:17, 5561:25, 5562:11, 5562:21
**ABRAMSON** [1] - 5551:14
**ABS** [16] - 5642:22, 5643:2, 5643:3, 5643:13, 5643:21, 5644:1, 5687:24, 5687:25, 5688:4,

5689:6, 5689:25, 5690:4, 5690:8, 5690:11, 5691:5, 5691:6

**ABS's** [1] - 5643:22

**absolutely** [4] - 5606:3, 5680:2, 5689:5, 5727:15

**academy** [2] - 5572:17, 5572:21

**acceptable** [1] - 5564:6

**access** [11] - 5640:15, 5662:11, 5662:22, 5662:23, 5687:21, 5690:12, 5692:13, 5693:4, 5694:5, 5694:24, 5695:14

**accident** [4] - 5670:1, 5677:17, 5678:2, 5700:1

**accommodate** [1] - 5671:17

**accommodations** [11] - 5609:18, 5621:20, 5627:2, 5637:9, 5718:23, 5719:2, 5719:8, 5719:14, 5719:15, 5719:17, 5719:18

**accomplishing** [1] - 5701:23

**accordance** [1] - 5625:9

**according** [3] - 5645:6, 5678:14, 5725:19

**accurate** [3] - 5584:21, 5661:6, 5684:20

**accurately** [1] - 5622:12

**Acousta** [4] - 5707:14, 5715:4, 5715:5, 5715:8

**Acousta-Panel** [1] - 5707:14

**acting** [1] - 5575:2

**action** [10] - 5599:13, 5605:11, 5618:10, 5633:15, 5674:10, 5674:11, 5674:13, 5674:17, 5674:21, 5674:23

**ACTION** [1] - 5550:8

**actions** [7] - 5601:18, 5621:9, 5627:7, 5654:23, 5656:15, 5726:11, 5726:14

**activate** [1] - 5637:11,

5646:14, 5653:21, 5668:11, 5691:25, 5692:1, 5715:7

**activated** [1] - 5610:17

**activation** [1] - 5633:6

**activities** [2] - 5628:2, 5725:8

**actual** [16] - 5577:9, 5588:13, 5599:3, 5603:13, 5608:22, 5608:23, 5610:16, 5611:5, 5630:17, 5633:11, 5643:17, 5681:12, 5687:7, 5689:23, 5691:19, 5699:6

**add** [2] - 5566:1, 5709:10

**added** [1] - 5560:24

**addition** [1] - 5625:13

**additional** [6] - 5563:11, 5568:15, 5576:24, 5577:2, 5662:13, 5709:7

**address** [2] - 5565:7, 5567:23

**administer** [1] - 5653:3

**administered** [1] - 5668:13

**administering** [1] - 5653:24

**administrative** [1] - 5592:1

**admissible** [2] - 5565:7, 5565:14

**admit** [1] - 5562:8

**admitted** [17] - 5560:1, 5560:2, 5560:7, 5560:8, 5560:16, 5560:18, 5561:5, 5561:7, 5561:16, 5561:18, 5561:24, 5562:1, 5562:10, 5562:12, 5562:20, 5562:22, 5569:2

**ADMITTED**................
..... [1] - 5558:15

**advanced** [1] - 5673:7

**advise** [3] - 5619:4, 5619:8, 5619:9

**advised** [5] - 5561:1, 5616:10, 5618:16, 5618:18, 5628:25

**advises** [1] - 5634:1

**affect** [2] - 5655:5, 5655:7

**afloat** [1] - 5580:6

**aft** [12] - 5581:2, 5584:1, 5586:6,

5588:14, 5591:9, 5629:17, 5629:19, 5712:5, 5712:7, 5713:12, 5720:2

**after-action** [1] - 5599:13

**afternoon** [1] - 5567:4

**afterwards** [1] - 5603:17

**ago** [2] - 5562:25, 5688:19

**agree** [1] - 5674:11

**agreed** [5] - 5559:16, 5560:3, 5566:1, 5568:20, 5674:17

**agreement** [3] - 5559:20, 5563:18, 5709:10

**ahead** [5] - 5578:9, 5578:23, 5585:20, 5635:7, 5677:24

**air** [1] - 5711:11

**AIS** [1] - 5589:22

**AL** [4] - 5550:13, 5550:16, 5551:12, 5553:24

**ALABAMA** [2] - 5553:21

**alarm** [99] - 5576:21, 5576:22, 5576:24, 5577:1, 5577:3, 5577:6, 5589:7, 5589:8, 5589:13, 5591:23, 5592:5, 5592:14, 5593:18, 5593:21, 5594:1, 5594:2, 5594:3, 5594:4, 5606:10, 5607:7, 5607:10, 5607:18, 5607:21, 5607:22, 5608:18, 5608:25, 5609:15, 5610:3, 5610:11, 5610:24, 5611:14, 5611:20, 5611:23, 5612:4, 5612:5, 5612:23, 5612:25, 5613:5, 5614:21, 5615:5, 5626:15, 5626:19, 5626:22, 5626:23, 5626:24, 5626:25, 5627:2, 5628:18, 5629:8, 5630:3, 5630:7, 5630:17, 5631:5, 5631:7, 5631:13, 5631:24, 5632:3, 5632:8, 5632:10, 5633:10, 5635:1, 5635:25, 5636:3,

5636:8, 5636:24, 5636:25, 5637:17, 5637:22, 5637:24, 5638:5, 5638:11, 5639:7, 5639:14, 5640:5, 5640:8, 5640:13, 5640:23, 5641:1, 5641:5, 5641:7, 5641:10, 5641:14, 5641:19, 5641:25, 5645:17, 5668:21, 5668:22, 5707:14, 5714:21, 5714:23, 5715:3, 5715:9, 5715:10, 5715:13

**alarms** [33] - 5593:16, 5606:4, 5606:5, 5611:19, 5612:20, 5614:24, 5621:12, 5626:3, 5626:4, 5633:7, 5633:19, 5634:16, 5635:22, 5637:2, 5637:6, 5638:3, 5639:12, 5639:16, 5640:3, 5640:4, 5645:12, 5655:25, 5668:17, 5669:8, 5669:14, 5672:20, 5691:11, 5691:12, 5691:25, 5712:23, 5712:25, 5713:2, 5713:4

**alert** [1] - 5618:16

**alerted** [2] - 5616:13, 5617:13

**ALEX** [1] - 5556:9

**Alex** [1] - 5562:4

**ALLAN** [1] - 5554:10

**allow** [1] - 5638:23

**allowed** [1] - 5643:7

**almost** [2] - 5647:17, 5695:21

**alongside** [1] - 5722:5

**alternate** [2] - 5629:3, 5698:24

**altogether** [1] - 5597:16

**amended** [1] - 5560:23

**AMERICA** [3] - 5550:15, 5552:21, 5554:14

**AMERICAN** [1] - 5551:15

**amount** [1] - 5614:17

**AND** [2] - 5550:12, 5555:4

**Anderson** [5] - 5704:24, 5705:4,

5705:16, 5725:24, 5727:6

**Andrea** [8] - 5591:4, 5712:1, 5712:16, 5715:5, 5720:9, 5722:15, 5725:16, 5726:22

**ANDREW** [1] - 5554:23

**Andy** [2] - 5565:2, 5567:7

**Angel** [3] - 5672:10, 5672:25, 5693:13

**ANGELES** [1] - 5555:16

**animated** [1] - 5579:25

**animation** [3] - 5579:19, 5584:20, 5707:22

**announcement** [4] - 5612:7, 5613:10, 5618:21, 5654:18

**announcements** [4] - 5612:6, 5618:19, 5629:22, 5715:10

**annual** [1] - 5679:20

**annually** [1] - 5639:11

**answer** [3] - 5565:25, 5566:2, 5652:5, 5684:18, 5726:23, 5727:5, 5727:10

**answers** [2] - 5564:20, 5568:5

**ANTHONY** [1] - 5552:17

**Anthony** [1] - 5559:13

**anticipating** [2] - 5618:1, 5684:15

**anytime** [1] - 5598:5, 5598:6, 5598:9

**anyway** [1] - 5668:2

**apparatuses** [2] - 5698:4, 5699:12

**appear** [3] - 5639:20, 5682:25, 5717:12

**APPEARANCES** [7] - 5551:1, 5552:1, 5553:1, 5554:1, 5555:1, 5556:1, 5557:1

**appeared** [1] - 5725:19

**appearing** [1] - 5593:19

**apply** [1] - 5572:7

**appreciation** [1] - 5701:18

**approach** [3] - 5569:25, 5622:9,

5699:8
**approaching** [1] - 5703:20
**appropriate** [2] - 5660:15, 5679:25
**approve** [1] - 5643:4
**approved** [1] - 5642:22
**approving** [1] - 5643:3
**April** [30] - 5577:11, 5623:8, 5649:6, 5649:9, 5663:16, 5664:2, 5665:10, 5666:16, 5668:17, 5669:25, 5670:12, 5675:9, 5675:19, 5676:18, 5677:6, 5677:12, 5677:20, 5678:3, 5678:25, 5679:1, 5680:3, 5699:25, 5700:25, 5701:3, 5701:4, 5701:7, 5708:1, 5724:24, 5725:5, 5725:23
**APRIL** [1] - 5550:6
**architecture** [1] - 5571:19
**area** [28] - 5585:15, 5589:24, 5592:11, 5597:14, 5599:7, 5610:7, 5616:21, 5645:2, 5647:9, 5651:3, 5654:11, 5658:4, 5664:23, 5687:21, 5690:12, 5692:14, 5693:4, 5694:5, 5694:25, 5695:15, 5696:18, 5699:9, 5717:6, 5717:19, 5718:2, 5718:5, 5719:12
**areas** [4] - 5661:12, 5661:19, 5702:2, 5702:7
**arguing** [1] - 5565:19
**argument** [3] - 5565:6, 5633:18, 5655:18
**argumentative** [2] - 5567:12, 5567:18
**ARRELL** [1] - 5555:22
**arrow** [1] - 5610:6
**ASBILL** [1] - 5555:9
**ascending** [1] - 5603:20
**aspect** [3] - 5577:15, 5624:15, 5659:4
**aspects** [1] - 5658:21
**aspiring** [1] - 5653:25

**assess** [3] - 5599:8, 5628:7, 5725:1
**assessing** [1] - 5598:25
**assessment** [8] - 5665:6, 5665:9, 5665:14, 5665:16, 5666:22, 5667:3, 5694:11, 5695:17
**assessor** [5] - 5694:18, 5694:21, 5694:23, 5695:8, 5695:11
**assessors** [2] - 5685:14, 5695:5
**asset** [1] - 5662:22
**ASSET** [1] - 5550:13
**assign** [6] - 5599:6, 5599:10, 5600:6, 5660:19, 5664:21, 5670:25
**assigned** [3] - 5628:23, 5674:18, 5674:19
**assignment** [1] - 5576:20
**assist** [4] - 5580:20, 5653:3, 5681:13, 5717:23
**assistance** [2] - 5625:12, 5662:13
**assistant** [2] - 5628:13, 5710:15
**assisting** [1] - 5722:24
**associated** [4] - 5600:1, 5600:11, 5621:13, 5631:8
**assume** [5] - 5607:6, 5617:12, 5618:18, 5660:18, 5727:13
**assuming** [1] - 5637:17
**Atlantic** [1] - 5574:3
**attached** [1] - 5674:6
**attended** [1] - 5572:10
**attention** [3] - 5608:4, 5666:17, 5670:20
**ATTORNEY** [4] - 5553:21, 5553:22, 5554:4, 5554:6
**audible** [6] - 5594:1, 5594:3, 5609:15, 5626:11, 5636:24, 5669:13
**audio** [1] - 5607:23
**audit** [26] - 5663:5, 5663:6, 5664:22, 5665:1, 5670:21, 5670:23, 5670:25,

5671:12, 5671:15, 5671:18, 5672:9, 5672:10, 5673:16, 5673:18, 5673:20, 5678:14, 5680:25, 5683:1, 5683:2, 5686:2, 5686:9, 5689:17, 5693:16, 5696:3
**audited** [2] - 5664:11, 5664:18
**auditor** [10] - 5687:12, 5687:15, 5687:18, 5687:20, 5693:21, 5693:24, 5694:2, 5694:4, 5696:7, 5696:10
**auditors** [5] - 5672:8, 5685:14, 5686:15, 5686:22, 5687:2
**audits** [13] - 5664:10, 5664:15, 5664:19, 5670:24, 5672:14, 5685:12, 5685:20, 5685:25, 5686:3, 5686:12, 5693:7, 5693:9, 5693:20
**author** [1] - 5699:16
**authority** [8] - 5595:18, 5595:20, 5623:15, 5623:18, 5624:23, 5625:8, 5632:14, 5634:15
**automated** [2] - 5589:3, 5589:22
**automatic** [10] - 5594:12, 5633:15, 5637:1, 5637:4, 5637:8, 5637:13, 5637:22, 5637:23, 5638:15, 5645:25
**automatically** [3] - 5645:3, 5645:11, 5645:12
**auxiliary** [1] - 5580:8
**available** [8] - 5566:15, 5619:21, 5627:3, 5637:3, 5654:20, 5671:9, 5671:12, 5685:9
**AVENUE** [5] - 5551:8, 5552:23, 5553:23, 5554:20, 5555:15
**awaiting** [1] - 5674:5
**aware** [10] - 5568:2, 5568:3, 5599:24, 5603:14, 5617:11, 5617:15, 5643:25, 5682:3, 5682:12, 5721:6

**awareness** [3] - 5602:10, 5602:12, 5603:24

---

**B**

---

**bachelor** [1] - 5571:19
**backed** [1] - 5713:24
**background** [2] - 5573:2, 5573:16
**backgrounds** [1] - 5572:25
**backwards** [2] - 5586:13, 5719:9
**bad** [2] - 5601:20, 5719:4
**ball** [1] - 5713:22
**ballast** [9] - 5577:19, 5577:20, 5580:7, 5580:10, 5591:14, 5591:15, 5671:13, 5678:1, 5678:7
**Baltimore** [1] - 5573:19
**Bankston** [7] - 5724:7, 5724:9, 5724:11, 5724:12, 5724:16, 5724:19, 5724:20
**BARBIER** [1] - 5550:22
**barite** [1] - 5577:19
**Barnhill** [3] - 5560:24, 5561:20, 5709:10
**barrier** [5] - 5596:23, 5597:3, 5597:7, 5597:11, 5597:13
**barriers** [2] - 5599:9, 5599:11
**based** [5] - 5574:13, 5631:10, 5643:8, 5652:9, 5660:1
**basic** [1] - 5673:7
**basis** [2] - 5601:7, 5708:20
**BATON** [3] - 5552:11, 5554:7
**BEACH** [1] - 5551:19
**beam** [1] - 5614:4
**bearing** [1] - 5585:15
**beat** [1] - 5719:4
**beating** [1] - 5647:2
**BECK** [2] - 5556:7, 5556:7
**become** [1] - 5571:16
**beeping** [6] - 5594:1, 5594:4, 5607:25, 5608:1, 5608:2, 5713:1
**BEFORE** [1] - 5550:22

**began** [1] - 5722:13
**behalf** [3] - 5561:9, 5568:16, 5570:11
**behaviors** [1] - 5603:8
**behind** [5] - 5586:20, 5591:9, 5591:10, 5706:13, 5722:9
**below** [2] - 5581:2, 5646:14
**belt** [1] - 5582:25
**Ben** [5] - 5562:25, 5565:2, 5565:3, 5569:13, 5569:25
**BEN** [1] - 5553:18
**Bertone** [1] - 5720:9
**best** [5] - 5585:17, 5620:5, 5671:14, 5717:8, 5728:8
**better** [9] - 5563:25, 5576:8, 5577:3, 5596:16, 5603:17, 5624:14, 5645:20, 5649:21, 5695:24
**between** [14] - 5571:25, 5582:10, 5587:18, 5616:1, 5621:20, 5648:22, 5648:25, 5658:23, 5674:15, 5683:6, 5712:5, 5712:6, 5713:20, 5715:6
**beyond** [6] - 5566:10, 5566:17, 5566:23, 5570:2, 5655:8, 5722:11
**big** [8] - 5569:14, 5584:10, 5610:6, 5622:25, 5665:7, 5665:22, 5713:22, 5717:15
**bigger** [1] - 5699:10
**bilge** [4] - 5577:20, 5580:8, 5658:22, 5682:1
**bilges** [1] - 5702:7
**bill** [15] - 5621:2, 5621:6, 5621:7, 5621:8, 5621:14, 5622:8, 5622:12, 5622:24, 5625:21, 5625:24, 5627:5, 5654:3, 5724:21, 5725:20, 5726:12
**binder** [3] - 5632:20, 5632:21, 5639:2
**bit** [17] - 5564:2, 5571:7, 5572:9, 5572:11, 5578:4, 5585:22, 5586:8, 5586:22, 5591:19,

5600:24, 5605:19, 5617:9, 5656:9, 5663:9, 5677:2, 5713:12

**blackout** [1] - 5654:17

**bled** [1] - 5600:3

**bleed** [1] - 5599:19

**bleeding** [2] - 5711:3, 5711:7

**blew** [1] - 5627:14

**blind** [4] - 5650:10, 5650:14, 5650:15, 5650:18

**blinders** [1] - 5685:15

**blink** [1] - 5609:13

**blinking** [4] - 5609:8, 5609:11, 5609:12, 5609:14

**blocked** [1] - 5662:11

**blown** [1] - 5620:24

**blowout** [9] - 5618:7, 5619:1, 5619:3, 5626:14, 5626:17, 5644:25, 5710:24, 5711:21, 5712:22

**board** [7] - 5577:16, 5579:17, 5581:11, 5585:18, 5622:2, 5643:19, 5696:2

**boat** [10] - 5581:23, 5698:11, 5723:16, 5723:17, 5723:18, 5723:19, 5723:20, 5723:23, 5724:7, 5724:9

**boats** [10] - 5581:25, 5582:1, 5582:4, 5582:24, 5585:14, 5698:7, 5698:9, 5698:10, 5720:20, 5720:21

**book** [1] - 5663:9

**boom** [1] - 5582:16

**BOP** [2] - 5649:25, 5650:2

**boss** [1] - 5660:20

**bosun** [1] - 5659:10

**bosuns** [2] - 5659:16, 5659:19

**BOULEVARD** [1] - 5552:14

**boundary** [1] - 5654:8

**BOUNDS** [1] - 5551:10

**bow** [2] - 5585:3, 5585:8

**BOX** [4] - 5551:4, 5553:7, 5553:13, 5554:7

**boxes** [1] - 5715:24

**BP** [40] - 5550:15, 5554:13, 5554:14, 5554:15, 5559:20, 5561:9, 5564:1, 5564:19, 5565:7, 5567:7, 5670:20, 5672:8, 5672:14, 5672:16, 5672:19, 5673:3, 5673:16, 5673:20, 5674:15, 5674:22, 5678:17, 5680:25, 5693:7, 5693:9, 5693:20, 5693:21, 5693:24, 5694:2, 5694:4, 5694:8, 5697:6, 5701:10, 5701:14, 5701:18, 5702:10, 5702:23, 5703:15, 5704:6, 5712:2, 5712:6

**BP's** [1] - 5561:14

**BRAD** [1] - 5555:14

**Brad** [2] - 5563:8, 5569:10

**BRANCH** [3] - 5552:22, 5553:10, 5553:16

**branches** [1] - 5572:22

**break** [5] - 5647:19, 5712:3, 5723:16, 5727:17

**breathing** [1] - 5699:12

**BREIT** [2] - 5551:18, 5551:18

**BRENNAN** [1] - 5555:9

**Brian** [2] - 5563:8, 5569:10

**BRIAN** [15] - 5555:14, 5563:8, 5563:23, 5564:10, 5565:5, 5565:16, 5565:19, 5565:22, 5567:23, 5569:10, 5569:17, 5569:22, 5570:4, 5570:7, 5570:9

**Bridge** [1] - 5668:6

**bridge** [120] - 5584:12, 5584:16, 5584:17, 5584:18, 5584:19, 5584:21, 5585:6, 5585:7, 5585:19, 5586:20, 5587:12, 5592:9, 5593:15, 5593:17, 5594:15, 5594:20, 5602:19, 5607:13, 5607:19,

5607:22, 5608:7, 5609:7, 5611:4, 5611:22, 5613:1, 5615:6, 5616:13, 5616:15, 5616:17, 5617:2, 5617:18, 5626:2, 5627:11, 5627:12, 5627:18, 5627:21, 5628:8, 5629:24, 5631:7, 5631:12, 5631:24, 5632:12, 5632:16, 5632:21, 5639:2, 5639:15, 5639:17, 5640:7, 5640:13, 5640:14, 5646:7, 5648:19, 5648:25, 5649:11, 5649:15, 5649:18, 5651:10, 5651:16, 5673:11, 5696:23, 5703:10, 5703:12, 5703:16, 5704:11, 5705:21, 5706:9, 5706:21, 5706:23, 5706:25, 5707:3, 5707:6, 5707:10, 5707:15, 5708:22, 5710:4, 5710:6, 5710:7, 5710:10, 5710:13, 5711:5, 5711:18, 5711:20, 5711:25, 5712:2, 5712:10, 5712:13, 5712:17, 5712:19, 5712:20, 5712:24, 5712:25, 5714:19, 5715:20, 5715:23, 5716:4, 5716:14, 5717:21, 5717:22, 5719:25, 5720:4, 5720:6, 5720:7, 5720:10, 5720:11, 5720:12, 5720:14, 5720:15, 5720:17, 5720:18, 5720:19, 5721:2, 5721:7, 5721:19, 5721:20, 5721:24, 5725:9, 5725:10, 5725:11

**bridle** [1] - 5583:10

**brief** [1] - 5563:1

**briefing** [1] - 5603:23

**briefly** [2] - 5567:23, 5698:19

**bring** [7] - 5599:22, 5604:17, 5605:14, 5609:20, 5609:23, 5639:25, 5661:2

**broadly** [1] - 5663:14

**BROCK** [1] - 5554:20

**broken** [2] - 5605:13, 5660:14

**brought** [1] - 5701:16

**BSR** [1] - 5650:9

**Buddy** [6] - 5701:11, 5701:12, 5704:7, 5719:1, 5719:6, 5719:7

**budget** [1] - 5665:22

**BUILDING** [1] - 5551:15

**built** [2] - 5643:5, 5643:9

**bulk** [2] - 5577:18, 5589:4

**bulkhead** [1] - 5586:9

**bulkheads** [1] - 5719:16

**bunch** [7] - 5574:13, 5574:15, 5587:13, 5588:25, 5603:19, 5614:2, 5638:2

**bundle** [1] - 5565:25

**bundled** [1] - 5566:5

**bundles** [3] - 5566:4, 5566:20, 5567:1

**bundling** [1] - 5565:23

**buoys** [1] - 5679:18

**Burkeen** [8] - 5716:16, 5716:21, 5717:3, 5717:9, 5717:12, 5717:15, 5717:24, 5718:15

**BURLING** [1] - 5554:19

**burning** [3] - 5611:19, 5611:20, 5724:3

**business** [1] - 5573:4

**button** [4] - 5646:14, 5646:16, 5714:21, 5714:23

**buttons** [1] - 5612:25

**BY** [51] - 5550:5, 5551:3, 5551:7, 5551:11, 5551:14, 5551:18, 5551:22, 5552:3, 5552:7, 5552:10, 5552:14, 5552:17, 5552:22, 5553:4, 5553:10, 5553:17, 5553:22, 5554:5, 5554:10, 5554:15, 5554:20, 5554:23, 5555:6, 5555:10, 5555:14, 5555:18, 5555:22, 5556:4, 5556:7, 5556:14, 5556:19, 5557:7, 5557:8,

5558:7, 5571:1, 5571:6, 5603:1, 5611:7, 5622:10, 5635:8, 5635:16, 5641:23, 5647:22, 5651:15, 5655:22, 5656:13, 5657:22, 5658:14, 5677:25, 5708:4, 5710:3

---

# C

**CA** [2] - 5552:24, 5555:16

**cabinet** [3] - 5592:12, 5592:15, 5675:5

**cabins** [1] - 5621:23

**Cable** [1] - 5573:22

**cable** [10] - 5571:21, 5573:16, 5573:25, 5574:1, 5574:9, 5574:20, 5675:25, 5676:5, 5676:16

**cables** [5] - 5574:2, 5574:3, 5574:6, 5574:7, 5676:1

**calculates** [1] - 5574:14

**calculations** [1] - 5591:16

**CALDWELL** [1] - 5554:5

**Caleb** [3] - 5706:12, 5706:14, 5706:20

**calibrate** [2] - 5668:3, 5668:5

**calibrated** [1] - 5669:21

**calibration** [2] - 5669:8, 5669:23

**CALLED** [1] - 5559:4

**Calvin** [2] - 5560:24, 5561:20

**camera** [3] - 5587:3, 5587:15, 5587:20

**cameras** [1] - 5587:18

**Cameron** [1] - 5562:5

**CAMERON** [1] - 5556:3

**CAMP** [1] - 5554:11

**cannot** [1] - 5645:23

**cans** [1] - 5640:11

**Captain** [26] - 5571:14, 5595:10, 5612:3, 5622:11, 5623:14, 5636:8, 5642:1, 5647:23, 5657:4, 5658:15, 5673:22, 5700:24,

5712:1, 5712:3, 5720:8, 5720:17, 5722:21, 5723:5, 5723:8, 5723:20, 5723:22, 5724:5, 5725:5, 5726:17, 5726:24, 5726:25

**captain** [13] - 5571:11, 5571:12, 5571:17, 5573:8, 5579:14, 5592:8, 5592:9, 5620:13, 5623:18, 5696:18, 5696:22, 5710:10, 5726:25

**captured** [1] - 5599:15

**card** [3] - 5605:13, 5621:25, 5622:6

**cards** [7] - 5603:19, 5604:21, 5604:22, 5605:1, 5605:6, 5605:8, 5605:10

**care** [16] - 5579:2, 5579:4, 5613:23, 5660:24, 5662:9, 5662:14, 5663:21, 5663:25, 5665:23, 5674:13, 5674:16, 5674:18, 5674:20, 5676:10, 5682:10

**CARL** [1] - 5550:22

**CARONDELET** [2] - 5551:22, 5556:4

**CARRIE** [1] - 5554:24

**carried** [2] - 5583:8, 5583:18

**carry** [1] - 5625:13

**case** [9] - 5602:14, 5627:15, 5641:17, 5644:24, 5645:2, 5648:13, 5650:12, 5650:17, 5697:10

**CASE** [2] - 5550:12, 5550:14

**cases** [1] - 5650:7

**casing** [5] - 5582:12, 5582:18, 5650:1, 5676:22, 5677:2

**category** [1] - 5563:18

**Cathy** [2] - 5728:3, 5728:14

**CATHY** [1] - 5557:3

**Cathy_Pepper@laed .uscourts.gov** [1] - 5728:16

**cathy_Pepper@laed. uscourts.gov** [1] - 5557:6

**cc** [1] - 5673:22

**CCR** [7] - 5557:3, 5584:13, 5584:15,

5584:17, 5648:12, 5728:14

**CCTV** [10] - 5586:25, 5587:3, 5587:5, 5587:9, 5587:15, 5591:17, 5707:13, 5708:10, 5708:14, 5708:24

**ceiling** [1] - 5587:25

**cement** [13] - 5577:18, 5607:20, 5703:5, 5703:8, 5704:17, 5705:13, 5706:1, 5706:5, 5706:6, 5710:11, 5710:22

**CENTER** [1] - 5556:9

**center** [3] - 5583:8, 5715:5, 5719:17

**central** [1] - 5584:12

**CENTRE** [1] - 5555:6

**CEO** [1] - 5623:22

**CERNICH** [1] - 5553:5

**certain** [18] - 5559:21, 5572:2, 5577:19, 5577:20, 5578:12, 5578:17, 5599:18, 5602:8, 5631:10, 5637:1, 5637:6, 5637:8, 5637:13, 5650:1, 5652:4, 5689:12, 5697:20

**certificate** [5] - 5639:11, 5640:19, 5643:23, 5679:21, 5680:9

**CERTIFICATE** [1] - 5728:1

**certificates** [13] - 5671:25, 5680:7, 5680:10, 5680:13, 5680:14, 5680:16, 5680:20, 5688:16, 5688:17, 5688:24, 5688:25, 5691:6, 5691:7

**certification** [1] - 5679:25

**certifications** [1] - 5686:24

**CERTIFIED** [1] - 5557:3

**Certified** [3] - 5728:3, 5728:4, 5728:14

**certified** [3] - 5657:13, 5679:24, 5680:1

**certify** [1] - 5728:7

**chain** [4] - 5623:1, 5625:16, 5625:20, 5662:9

**chair** [3] - 5705:2,

5705:3, 5705:4

**chairs** [1] - 5593:6

**CHAKERES** [1] - 5553:6

**CHANG** [1] - 5553:5

**change** [20] - 5596:24, 5597:17, 5597:20, 5598:13, 5612:15, 5614:3, 5614:10, 5617:17, 5617:19, 5617:24, 5617:25, 5645:20, 5671:2, 5684:16, 5700:15, 5700:17, 5700:20, 5705:21, 5706:10

**changed** [2] - 5682:15, 5700:9

**changes** [8] - 5581:25, 5592:3, 5597:1, 5597:23, 5597:25, 5614:1, 5643:19, 5643:20

**changing** [5] - 5592:1, 5597:15, 5597:21, 5598:7, 5599:16

**Chapter** [1] - 5636:2

**charge** [15] - 5574:2, 5623:12, 5623:19, 5623:24, 5624:1, 5624:4, 5624:5, 5624:6, 5624:8, 5624:10, 5624:17, 5624:22, 5693:15, 5693:16, 5720:18

**charged** [1] - 5700:12

**chart** [3] - 5588:13, 5588:14, 5657:8

**CHASE** [1] - 5555:19

**check** [12] - 5598:5, 5632:9, 5639:12, 5639:13, 5639:14, 5639:16, 5661:7, 5661:9, 5661:11, 5662:12, 5662:25, 5695:21

**checked** [3] - 5704:13, 5704:15

**checking** [2] - 5661:11, 5661:18

**checks** [1] - 5578:8

**CHICAGO** [1] - 5554:25

**Chief** [11] - 5576:14, 5577:12, 5606:9, 5653:23, 5657:24, 5658:18, 5664:17, 5666:8, 5673:23, 5681:3, 5687:10

**chief** [16] - 5572:5, 5572:6, 5576:16,

5577:5, 5577:14, 5577:17, 5583:3, 5595:13, 5595:15, 5617:15, 5623:5, 5653:13, 5653:14, 5683:10, 5696:15, 5724:22

**Childs** [3] - 5561:11, 5562:7, 5562:17

**Childs'** [1] - 5560:10

**choose** [1] - 5698:20

**Chris** [4] - 5711:1, 5711:4, 5717:1, 5717:20

**Circular** [1] - 5633:25

**circular** [4] - 5634:16, 5635:9, 5635:10, 5635:18

**circulated** [5] - 5561:12, 5561:20, 5562:6, 5562:17, 5562:25

**circumstance** [3] - 5612:15, 5634:12

**CIVIL** [3] - 5550:8, 5552:22, 5553:10

**class** [1] - 5643:9

**classes** [4] - 5571:23, 5572:1, 5572:4, 5673:7

**classification** [4] - 5643:3, 5643:6, 5643:23, 5644:2

**clear** [13] - 5568:24, 5569:2, 5587:24, 5613:8, 5613:11, 5613:21, 5627:25, 5632:10, 5632:11, 5633:14, 5680:2, 5689:5, 5708:17

**clearly** [1] - 5651:4

**CLERK** [6] - 5559:7, 5570:13, 5570:21, 5658:8, 5658:10, 5727:21

**Clerk** [1] - 5570:20

**click** [1] - 5609:19

**client** [2] - 5619:24, 5620:10

**CLINGMAN** [1] - 5555:10

**clip** [6] - 5566:19, 5567:8, 5567:20, 5569:11, 5569:18, 5570:1

**clips** [4] - 5564:13, 5568:17, 5684:4, 5684:6

**clock** [2] - 5709:8, 5709:11

**close** [7] - 5567:12, 5599:12, 5637:18, 5645:11, 5681:6, 5718:5, 5722:5

**close-out** [1] - 5599:12

**closed** [10] - 5663:8, 5674:21, 5676:9, 5679:11, 5679:13, 5679:14, 5682:16, 5688:15, 5689:12, 5706:15

**closer** [1] - 5588:16

**closure** [2] - 5663:7, 5663:12

**closures** [2] - 5637:13, 5672:3

**clothes** [1] - 5706:11

**CO2** [3] - 5654:21, 5654:22, 5654:24

**Coast** [24] - 5572:22, 5633:23, 5634:1, 5634:4, 5639:7, 5639:20, 5639:25, 5640:4, 5640:13, 5640:16, 5640:18, 5640:22, 5641:8, 5652:14, 5680:22, 5688:13, 5690:15, 5690:20, 5691:1, 5692:4, 5692:7, 5692:10, 5692:12

**COC** [1] - 5639:11

**code** [3] - 5609:3, 5625:9, 5643:22

**colleague** [1] - 5709:7

**colleagues** [1] - 5685:13

**collecting** [1] - 5605:5

**College** [3] - 5571:18, 5572:12

**college** [1] - 5572:10

**column** [1] - 5715:6

**combustible** [2] - 5656:1, 5656:15

**coming** [9] - 5578:12, 5585:14, 5614:4, 5660:8, 5663:23, 5706:12, 5709:23, 5712:23, 5715:19

**command** [13] - 5577:25, 5623:1, 5623:2, 5623:4, 5623:6, 5623:9, 5625:16, 5625:20, 5627:11, 5628:1, 5628:7, 5696:23, 5725:5

**Commander** [1] - 5709:24

**commendable** [1] - 5674:3

**commending** [1] - 5701:16

**comments** [1] - 5667:13

**COMMERCIAL** [1] - 5553:16

**commitment** [1] - 5596:19

**common** [3] - 5595:2, 5621:18, 5632:4

**communicate** [5] - 5600:12, 5620:11, 5621:8, 5648:13, 5651:17

**communicated** [1] - 5617:17

**communicating** [2] - 5597:24, 5649:18

**communication** [12] - 5589:18, 5594:7, 5594:11, 5594:18, 5595:7, 5616:1, 5648:10, 5648:11, 5648:15, 5648:18, 5648:22, 5648:25

**communications** [1] - 5601:17

**companies** [1] - 5697:3

**company** [6] - 5573:21, 5574:9, 5625:12, 5627:24, 5628:12, 5665:3

**COMPANY** [1] - 5554:15

**Company** [1] - 5573:23

**compartment** [1] - 5581:4

**competence** [1] - 5673:13

**competency** [1] - 5653:15

**complain** [3] - 5640:22, 5702:10, 5702:13

**complained** [5] - 5687:20, 5692:13, 5693:3, 5694:4, 5695:13

**complaining** [2] - 5690:11, 5694:23

**COMPLAINT** [1] - 5550:12

**complete** [6] - 5652:7, 5653:1, 5657:4, 5657:9, 5661:2, 5724:16

**completed** [9] - 5600:7, 5661:4, 5665:1, 5674:2, 5674:23, 5674:25, 5686:17, 5688:21, 5688:22

**completing** [2] - 5653:4, 5653:15

**completion** [2] - 5663:4, 5669:24

**complex** [1] - 5664:5

**compliance** [2] - 5639:12, 5640:19

**complicated** [1] - 5600:24

**comply** [1] - 5641:7

**compressor** [1] - 5711:11

**COMPUTER** [1] - 5557:8

**computer** [13] - 5574:13, 5574:17, 5579:19, 5579:25, 5588:17, 5589:9, 5591:15, 5593:15, 5593:13, 5660:1, 5686:22, 5689:13, 5713:1

**computer-animated** [1] - 5579:25

**computer-based** [2] - 5574:13, 5660:1

**computers** [1] - 5636:24

**coms** [1] - 5592:2

**conceal** [14] - 5687:17, 5687:18, 5690:7, 5690:8, 5692:9, 5692:10, 5692:25, 5693:1, 5694:1, 5694:2, 5694:15, 5694:17, 5695:4, 5695:7

**concealing** [1] - 5685:17

**concept** [1] - 5595:18

**concern** [2] - 5623:20, 5702:7

**concerning** [3] - 5563:2, 5635:19, 5705:18

**concerns** [2] - 5635:22, 5675:13

**conclusion** [1] - 5714:15

**condition** [18] - 5605:12, 5661:19, 5665:8, 5665:17, 5666:8, 5666:11, 5667:14, 5667:18,

**conditions** [2] - 5629:16, 5655:4

**conduct** [8] - 5603:6, 5640:2, 5685:25, 5686:4, 5686:9, 5696:19, 5697:14, 5698:21

**conducted** [11] - 5652:3, 5673:6, 5673:18, 5686:3, 5686:14, 5687:25, 5690:16, 5693:9, 5694:11, 5695:2, 5699:19

**cone** [1] - 5668:10

**confirmed** [4] - 5611:25, 5612:9, 5653:20, 5654:5

**confusion** [2] - 5620:21, 5623:12

**conjunction** [1] - 5634:25

**connected** [2] - 5723:11, 5723:14

**connection** [3] - 5560:10, 5664:11, 5664:14

**conning** [2] - 5588:4, 5588:5

**CONRAD** [1] - 5552:3

**consider** [2] - 5567:5, 5638:14

**considered** [2] - 5595:19, 5598:6

**considers** [1] - 5635:12

**consistent** [6] - 5636:2, 5670:14, 5726:11, 5726:13, 5726:14, 5726:16

**console** [12] - 5587:9, 5587:23, 5588:21, 5611:5, 5648:12, 5705:1, 5712:5, 5712:6, 5712:7, 5713:20

**consoles** [4] - 5705:19, 5712:17, 5712:18, 5715:6

**constant** [1] - 5592:13

**consult** [4] - 5619:23, 5620:2, 5620:16, 5643:21

**consulting** [1] - 5563:15

**contact** [4] - 5611:8, 5626:1, 5626:5, 5716:4

**contemplating** [1] - 5620:25

**context** [1] - 5683:14

**continue** [6] - 5596:19, 5597:1, 5643:13, 5644:21, 5683:24, 5700:20

**continued** [1] - 5724:8

**CONTINUED** [6] - 5552:1, 5553:1, 5554:1, 5555:1, 5556:1, 5557:1

**contract** [1] - 5674:15

**contractor** [1] - 5573:24

**contracts** [2] - 5574:6, 5643:8

**control** [48] - 5584:12, 5588:9, 5588:23, 5589:2, 5589:3, 5589:9, 5589:10, 5590:9, 5590:12, 5590:19, 5590:20, 5591:14, 5591:15, 5593:12, 5593:19, 5594:5, 5595:5, 5607:19, 5608:6, 5608:8, 5608:9, 5615:5, 5615:7, 5615:20, 5615:23, 5616:8, 5616:9, 5616:11, 5616:16, 5618:6, 5618:9, 5618:14, 5618:22, 5619:2, 5619:11, 5621:20, 5628:4, 5628:11, 5628:15, 5629:1, 5636:23, 5641:1, 5646:7, 5648:23, 5697:21, 5708:14

**controls** [2] - 5600:14, 5707:13

**controversial** [1] - 5565:18

**conversation** [6] - 5583:16, 5596:20, 5603:13, 5706:19, 5710:21, 5710:23

**conversations** [2] - 5603:6, 5603:12

**conveyor** [1] - 5582:25

**cook** [1] - 5612:1

**cooling** [2] - 5580:9, 5654:8

**coordinate** [4] -

5628:1, 5628:4, 5640:7, 5725:8

**copies** [1] - 5569:25

**copy** [3] - 5562:25, 5621:23, 5673:16

**core** [1] - 5622:11

**COREY** [1] - 5553:22

**corners** [3] - 5566:18, 5566:23, 5567:13

**CORPORATE** [1] - 5552:4

**CORPORATION** [1] - 5556:3

**correct** [19] - 5563:23, 5569:7, 5580:14, 5589:11, 5607:23, 5612:14, 5615:7, 5641:2, 5642:1, 5647:11, 5647:14, 5668:12, 5668:18, 5670:2, 5670:12, 5673:20, 5695:18, 5699:23, 5728:7

**corrective** [1] - 5660:12

**correctly** [4] - 5574:25, 5579:10, 5661:13, 5668:13

**correspondence** [1] - 5563:15

**corrosion** [1] - 5669:22

**counter** [2] - 5563:25, 5568:12

**counter-designation** [1] - 5568:12

**counter-designations** [1] - 5563:25

**counterclaim** [1] - 5568:12

**couple** [8] - 5567:9, 5584:20, 5672:13, 5684:5, 5685:8, 5701:10, 5704:13, 5718:22

**course** [4] - 5568:8, 5588:7, 5618:10, 5673:6

**COURT** [66] - 5550:1, 5557:3, 5559:4, 5559:8, 5559:10, 5559:25, 5560:6, 5560:15, 5560:19, 5560:21, 5561:4, 5561:14, 5561:23, 5562:3, 5562:9, 5562:19, 5563:4, 5563:7, 5563:19, 5564:8, 5564:24,

7

5565:2, 5565:9, 5565:12, 5565:17, 5565:21, 5567:6, 5567:21, 5568:13, 5568:21, 5569:5, 5569:8, 5569:13, 5569:19, 5570:3, 5570:5, 5570:8, 5571:5, 5616:23, 5616:25, 5634:19, 5634:23, 5635:3, 5635:7, 5635:14, 5647:19, 5647:21, 5651:3, 5651:8, 5651:11, 5655:19, 5656:7, 5657:18, 5658:3, 5658:11, 5677:21, 5677:23, 5707:17, 5707:20, 5707:22, 5708:3, 5709:3, 5709:17, 5709:20, 5727:12, 5727:16

**Court** [17] - 5560:5, 5564:6, 5566:12, 5567:3, 5568:5, 5577:13, 5578:4, 5647:18, 5658:9, 5710:1, 5710:2, 5727:22, 5728:4, 5728:5, 5728:6, 5728:15, 5728:16

**court** [2] - 5561:1, 5640:25

**courtroom** [1] - 5583:17

**cover** [1] - 5601:4

**COVINGTON** [1] - 5554:19

**craft** [1] - 5674:20

**crafts** [1] - 5662:25

**crane** [11] - 5582:5, 5582:7, 5582:16, 5583:18, 5586:8, 5688:17, 5688:19, 5688:20, 5691:7, 5716:15, 5717:4

**cranes** [1] - 5581:20

**create** [3] - 5579:1, 5618:23, 5638:2

**crew** [42] - 5581:25, 5602:19, 5603:6, 5604:14, 5604:23, 5605:21, 5605:24, 5617:2, 5620:16, 5623:12, 5623:20, 5625:13, 5626:3, 5627:18, 5629:24, 5629:25, 5636:1, 5636:5, 5636:7,

5649:18, 5649:21, 5651:4, 5651:5, 5651:16, 5651:17, 5657:2, 5671:2, 5674:2, 5686:19, 5686:21, 5687:4, 5689:20, 5691:16, 5696:6, 5696:9, 5697:18, 5712:20, 5716:11, 5719:19, 5721:17, 5726:18, 5727:7

**crewman** [1] - 5626:6

**crews** [3] - 5603:22, 5629:23, 5659:14

**critical** [1] - 5708:21

**criticisms** [1] - 5726:18

**cross** [2] - 5562:17, 5566:10

**cross-examination** [2] - 5562:17, 5566:10

**CRR** [2] - 5557:3, 5728:14

**cull** [1] - 5679:10

**cull-out** [1] - 5679:10

**culture** [3] - 5605:21, 5605:22, 5702:13

**cumulative** [1] - 5651:1

**CUNNINGHAM** [2] - 5551:10, 5551:11

**current** [1] - 5665:20

**currents** [1] - 5575:1

**cut** [6] - 5641:18, 5649:25, 5700:14, 5723:21, 5723:23, 5724:5

# D

**D-6588** [1] - 5621:4

**D-6588.1.1** [2] - 5622:23, 5625:19

**D-6588.1.2** [1] - 5625:23

**D-6588.1.3** [2] - 5627:9, 5725:4

**D-6588.1.4** [2] - 5628:5, 5724:21

**D-6588.1.5** [2] - 5628:10, 5725:22

**D-6588.1.6** [1] - 5629:5

**D-6604** [1] - 5592:23

**D-6710** [1] - 5579:20

**D-6711** [1] - 5708:5

**D-6712** [1] - 5608:12

**D-6713** [1] - 5609:21

**D-6714** [1] - 5610:12

**D-6715** [1] - 5612:17

**D-6721** [1] - 5595:1

**D-6722** [2] - 5636:11, 5638:7

**D-6723** [1] - 5650:3

**D-6724** [1] - 5647:1

**D-6725** [2] - 5606:8, 5630:4

**daily** [1] - 5603:7, 5662:24

**Dale** [4] - 5716:16, 5716:21, 5717:23, 5718:15

**DALLAS** [1] - 5556:17

**damage** [1] - 5718:5

**Damon** [4] - 5724:7, 5724:9, 5724:11, 5724:12

**damper** [10] - 5637:13, 5637:19, 5638:14, 5638:15, 5638:20, 5638:21, 5669:11, 5683:12, 5684:6, 5684:8

**dampers** [20] - 5645:17, 5658:22, 5681:10, 5681:15, 5681:24, 5682:14, 5682:17, 5682:18, 5682:25, 5683:2, 5683:16, 5683:19, 5683:21, 5683:22, 5683:24, 5684:3, 5684:14, 5684:19, 5685:6

**DANIEL** [1] - 5553:17

**data** [1] - 5617:3

**date** [8] - 5642:24, 5667:13, 5669:24, 5670:25, 5674:21, 5678:24, 5680:5, 5699:24

**dates** [1] - 5669:23

**DAUPHIN** [1] - 5551:11

**Dave** [1] - 5612:2

**David** [3] - 5563:10, 5569:24, 5570:23

**DAVID** [5] - 5556:7, 5556:8, 5558:6, 5570:18, 5570:23

**davit** [1] - 5722:3

**DAY** [1] - 5550:20

**days** [6] - 5592:20, 5592:21, 5670:1, 5671:16, 5688:19, 5700:1

**DC** [4] - 5553:7, 5553:13, 5553:19,

5554:21

**dead** [1] - 5647:2

**deal** [3] - 5565:4, 5591:8, 5656:7

**dealing** [2] - 5685:20, 5721:7

**dealt** [1] - 5678:15

**DEANNA** [1] - 5553:5

**debris** [3] - 5712:22, 5713:5, 5717:7

**decide** [3] - 5617:21, 5674:12, 5696:18

**decided** [1] - 5563:19

**decision** [6] - 5619:19, 5619:22, 5619:25, 5620:1, 5629:3, 5636:1

**decisions** [2] - 5623:19, 5625:10

**deck** [27] - 5573:3, 5581:2, 5581:24, 5582:2, 5582:4, 5582:9, 5582:23, 5582:24, 5583:14, 5586:6, 5586:8, 5592:21, 5604:1, 5609:4, 5609:6, 5641:15, 5700:14, 5706:23, 5715:23, 5716:5, 5716:16, 5717:20, 5718:11, 5722:23, 5722:24, 5723:7

**declares** [1] - 5618:16

**dedicated** [5] - 5591:24, 5592:5, 5609:7, 5610:24, 5707:14

**Deep** [2] - 5571:11, 5573:11

**deeper** [1] - 5577:5

**deeply** [1] - 5578:4

**DEEPWATER** [3] - 5550:5, 5555:4, 5555:5

**deepwater** [1] - 5573:11

**Deepwater** [57] - 5576:17, 5576:18, 5576:20, 5576:22, 5579:24, 5583:4, 5595:3, 5595:11, 5598:16, 5602:23, 5605:20, 5605:24, 5606:12, 5615:13, 5620:22, 5621:6, 5623:9, 5623:11, 5625:4, 5625:17, 5630:6, 5635:2, 5636:9, 5639:8,

5640:21, 5642:15, 5644:11, 5644:17, 5644:18, 5644:20, 5645:3, 5646:23, 5649:10, 5649:14, 5653:23, 5663:15, 5664:5, 5664:10, 5666:2, 5682:18, 5685:16, 5686:7, 5686:9, 5687:11, 5690:5, 5690:11, 5692:16, 5696:6, 5696:9, 5700:24, 5702:14, 5702:16, 5707:2, 5723:3, 5723:10, 5725:6, 5726:6

**defective** [1] - 5677:10

**defendants** [1] - 5568:17

**defer** [2] - 5564:22, 5568:5

**definitely** [5] - 5593:4, 5604:17, 5609:13, 5685:8, 5711:19

**definitions** [1] - 5626:3

**DEGRAVELLES** [2] - 5552:10, 5552:10

**degree** [1] - 5571:24

**degrees** [2] - 5585:19, 5614:17

**delayed** [4] - 5706:3, 5706:7, 5710:11, 5710:22

**DELEMARRE** [1] - 5553:11

**deliberate** [1] - 5636:1

**delineate** [1] - 5634:9

**delineated** [1] - 5634:9

**delivered** [1] - 5566:15

**demeanor** [1] - 5705:17

**demonstrative** [8] - 5606:17, 5607:2, 5636:12, 5647:3, 5650:4, 5650:5, 5707:9, 5709:12

**demonstratives** [2] - 5560:14, 5562:7

**denied** [7] - 5687:21, 5690:12, 5692:13, 5693:4, 5694:5, 5694:24, 5695:14

**deny** [1] - 5640:15

**department** [5] - 5620:8, 5620:17, 5660:15, 5674:20,

5681:13
**DEPARTMENT** [4] -
5552:21, 5553:3,
5553:9, 5553:15
**departments** [4] -
5605:17, 5620:20,
5658:23, 5681:6
**depict** [5] - 5610:15,
5622:12, 5650:7,
5679:10
**depicted** [2] - 5607:1,
5708:18
**depiction** [2] -
5708:21, 5709:8
**deploy** [1] - 5721:24
**depo** [1] - 5570:1
**depos** [1] - 5566:3
**deposition** [5] -
5563:21, 5564:5,
5567:8, 5567:15,
5708:23
**depositions** [1] -
5564:12
**depth** [2] - 5577:1,
5617:9
**DEPUTY** [6] - 5559:7,
5570:13, 5570:21,
5658:8, 5658:10,
5727:21
**derrick** [7] - 5581:14,
5582:20, 5582:22,
5586:7, 5586:21,
5713:13, 5713:25
**derrickhand** [1] -
5628:13
**descend** [1] - 5698:11
**descending** [1] -
5603:21
**describe** [7] -
5572:11, 5605:21,
5626:10, 5658:2,
5658:17, 5698:19,
5707:12
**description** [3] -
5608:25, 5699:19,
5700:5
**DESCRIPTION** [1] -
5558:13
**design** [7] - 5642:14,
5643:5, 5644:5,
5644:10, 5645:6,
5646:21
**designate** [2] -
5563:20, 5566:19
**designated** [2] -
5624:10, 5699:4
**designation** [1] -
5568:12
**designations** [1] -
5563:25

**designed** [8] -
5637:21, 5645:3,
5646:24, 5646:25,
5647:7, 5649:25,
5674:14, 5695:20
**desk** [10] - 5584:23,
5584:24, 5590:11,
5590:12, 5591:2,
5591:4, 5592:16,
5689:12, 5711:22,
5713:9
**destroyed** [2] -
5719:16, 5719:18
**detail** [3] - 5606:6,
5622:7, 5707:24
**details** [1] - 5625:25
**detected** [1] - 5645:10
**detection** [6] -
5606:13, 5667:8,
5667:19, 5667:23,
5668:23, 5669:5
**detector** [26] -
5593:24, 5608:22,
5608:23, 5608:24,
5609:5, 5610:3,
5611:16, 5613:12,
5613:15, 5630:13,
5630:16, 5631:5,
5631:8, 5631:9,
5632:2, 5632:6,
5632:11, 5637:7,
5640:6, 5640:12,
5668:7, 5668:10,
5668:11, 5668:12,
5668:14
**detectors** [13] -
5606:23, 5606:25,
5610:16, 5610:19,
5632:6, 5632:19,
5633:8, 5633:9,
5636:21, 5637:7,
5639:14, 5667:15,
5682:6
**determination** [1] -
5636:5
**determine** [1] -
5665:25
**determines** [1] -
5574:18
**device** [1] - 5582:15
**devices** [4] - 5588:2,
5594:7, 5594:11,
5595:7
**Dewey** [5] - 5704:24,
5705:4, 5705:16,
5726:3, 5727:9
**DEXTER** [1] - 5553:23
**died** [4] - 5563:13,
5563:20, 5564:9,
5717:14

**dies** [2] - 5598:7,
5598:9
**difference** [1] - 5613:8
**different** [51] - 5578:8,
5578:10, 5587:13,
5588:10, 5589:1,
5589:2, 5589:10,
5594:14, 5596:25,
5599:7, 5601:18,
5601:22, 5603:8,
5606:25, 5612:20,
5618:3, 5624:11,
5629:16, 5644:14,
5649:3, 5650:1,
5652:10, 5652:11,
5654:9, 5656:6,
5659:1, 5661:11,
5661:18, 5661:19,
5668:24, 5682:22,
5684:7, 5684:11,
5684:12, 5698:1,
5698:21, 5699:9,
5702:2, 5702:6,
5703:18, 5703:24,
5704:2, 5707:18,
5712:9, 5712:22,
5716:18
**differential** [1] -
5705:11
**diligent** [1] - 5659:20
**DIRECT** [2] - 5558:7,
5570:25
**direct** [1] - 5567:17
**directed** [3] - 5563:1,
5715:19, 5725:13
**direction** [3] - 5585:6,
5617:21, 5711:4
**directly** [7] - 5586:5,
5586:20, 5594:14,
5605:7, 5614:6,
5710:13, 5714:18
**disable** [1] - 5630:8
**disagree** [1] - 5565:15
**disagreement** [1] -
5568:25
**disagreements** [1] -
5563:16
**disagrees** [1] - 5565:8
**disconnect** [15] -
5645:1, 5647:7,
5647:8, 5647:23,
5648:3, 5648:7,
5648:24, 5649:7,
5649:10, 5649:15,
5649:17, 5650:16,
5651:18, 5656:21,
5698:13
**disconnected** [2] -
5578:18, 5650:16
**disconnecting** [1] -

5648:4
**disconnects** [1] -
5644:23
**Discoverer** [2] -
5571:11, 5573:11
**discrepancies** [4] -
5578:25, 5661:3,
5661:4, 5663:6
**discuss** [1] - 5683:11
**discussing** [2] -
5636:17, 5701:20
**distribute** [1] -
5698:10
**distributed** [1] -
5698:14
**DISTRICT** [3] - 5550:1,
5550:2, 5550:23
**District** [3] - 5728:6,
5728:16
**dive** [1] - 5606:5
**diverted** [2] - 5708:25,
5709:2
**DIVISION** [3] -
5552:22, 5553:3,
5553:10
**DNV** [12] - 5566:5,
5685:22, 5686:2,
5686:3, 5686:9,
5686:16, 5687:12,
5687:15, 5687:18,
5687:20, 5688:13,
5691:5
**document** [29] -
5559:22, 5559:23,
5559:24, 5600:20,
5602:22, 5615:10,
5619:1, 5632:22,
5633:22, 5634:21,
5642:13, 5642:16,
5642:23, 5652:17,
5657:15, 5673:17,
5675:15, 5676:13,
5678:20, 5687:21,
5690:12, 5692:14,
5693:4, 5694:5,
5694:24, 5695:14,
5696:4, 5699:14,
5700:4
**DOCUMENT** [1] -
5550:11
**documented** [1] -
5652:4
**documents** [13] -
5561:11, 5656:8,
5657:17, 5672:1,
5686:24, 5688:10,
5688:13, 5691:1,
5691:4, 5691:8,
5696:7, 5696:10,
5705:2

**DOMENGEAUX** [1] -
5551:3
**don** [1] - 5698:2
**Don** [4] - 5562:14,
5568:14, 5701:11,
5704:6
**DON** [1] - 5554:15
**DONALD** [1] - 5556:14
**done** [16] - 5568:3,
5577:7, 5578:22,
5579:10, 5600:14,
5655:15, 5659:23,
5660:17, 5660:19,
5660:21, 5661:12,
5681:15, 5683:19,
5705:24, 5712:23
**donning** [1] - 5699:11
**door** [13] - 5621:22,
5637:11, 5637:12,
5637:17, 5704:22,
5706:8, 5713:21,
5714:19, 5714:20,
5714:22, 5714:24,
5715:14, 5719:7
**doors** [2] - 5645:22,
5658:22
**doubt** [1] - 5673:13
**DOUGLAS** [1] -
5554:10
**Dow** [5] - 5683:5,
5683:6, 5683:9,
5684:18, 5684:22
**down** [59] - 5580:9,
5582:1, 5582:21,
5582:22, 5582:23,
5582:24, 5583:21,
5585:15, 5592:2,
5594:7, 5604:6,
5609:20, 5609:25,
5612:1, 5612:2,
5612:3, 5614:21,
5614:25, 5618:22,
5620:9, 5631:24,
5632:24, 5633:1,
5637:18, 5645:4,
5645:11, 5645:12,
5645:13, 5645:14,
5645:17, 5645:23,
5646:1, 5646:8,
5646:19, 5647:7,
5650:10, 5653:13,
5655:5, 5685:11,
5703:9, 5704:18,
5706:10, 5706:11,
5706:13, 5706:22,
5710:9, 5710:12,
5710:13, 5710:17,
5710:19, 5712:3,
5714:11, 5716:16,
5716:21, 5718:24,

5719:16, 5720:4, 5721:20, 5721:24
**DOYEN** [1] - 5555:14
**dozen** [2] - 5604:13, 5604:15
**DP** [38] - 5574:20, 5587:5, 5587:9, 5588:10, 5588:20, 5590:5, 5590:9, 5590:13, 5590:15, 5592:10, 5592:13, 5592:14, 5601:21, 5611:5, 5644:13, 5644:15, 5644:22, 5673:6, 5673:7, 5675:5, 5675:7, 5675:8, 5703:16, 5703:17, 5703:18, 5703:19, 5703:24, 5704:2, 5708:8, 5712:17, 5713:3, 5713:20
**DPO** [15] - 5575:24, 5576:9, 5576:11, 5576:21, 5576:25, 5611:2, 5611:5, 5611:6, 5611:8, 5617:16, 5627:23, 5657:4, 5703:14, 5704:3
**DPO's** [1] - 5576:9
**DPOs** [15] - 5577:8, 5592:11, 5601:16, 5601:24, 5607:21, 5611:4, 5618:21, 5659:11, 5668:6, 5681:14, 5703:14, 5703:25, 5712:8
**Dr** [1] - 5563:2
**DRESCHER** [1] - 5551:18
**drift** [5] - 5601:11, 5601:12, 5601:15, 5601:17, 5602:18
**drift-off** [4] - 5601:11, 5601:12, 5601:15, 5601:17
**drifting** [1] - 5602:16
**drill** [50] - 5582:13, 5582:18, 5592:24, 5593:2, 5594:15, 5607:19, 5608:7, 5612:8, 5616:15, 5617:11, 5617:13, 5617:20, 5618:2, 5621:21, 5628:4, 5628:16, 5628:17, 5629:1, 5629:2, 5646:6, 5648:14,

5648:16, 5648:23, 5648:25, 5649:18, 5649:21, 5651:17, 5696:19, 5696:22, 5696:23, 5697:13, 5697:20, 5697:21, 5697:22, 5697:24, 5698:22, 5699:19, 5700:5, 5700:12, 5700:18, 5703:7, 5703:9, 5704:22, 5704:23, 5706:13, 5710:7, 5710:8, 5713:12, 5725:25, 5726:4
**Drill** [1] - 5607:15
**driller** [6] - 5628:13, 5648:12, 5706:8, 5710:15, 5726:2, 5726:3
**driller's** [2] - 5616:18, 5705:1
**drillers** [3] - 5593:6, 5628:13, 5648:11
**DRILLING** [1] - 5555:4
**drilling** [14] - 5581:10, 5581:13, 5581:16, 5582:21, 5598:1, 5624:6, 5624:14, 5624:16, 5635:20, 5651:4, 5697:19, 5705:6, 5713:5
**drills** [9] - 5691:21, 5691:23, 5696:14, 5696:17, 5696:24, 5697:4, 5697:15, 5698:17, 5700:25
**drillship** [1] - 5573:12
**drive** [9] - 5581:17, 5589:15, 5601:11, 5601:12, 5601:15, 5601:18, 5602:17, 5645:7, 5645:19
**DRIVE** [1] - 5552:4
**drive-off** [4] - 5601:11, 5601:12, 5601:15, 5601:18
**driving** [1] - 5601:23
**drop** [1] - 5722:13
**dropped** [1] - 5722:12
**dry** [1] - 5678:13
**due** [1] - 5660:9
**duly** [1] - 5570:19
**during** [7] - 5592:10, 5618:13, 5663:23, 5672:13, 5686:9, 5687:10, 5726:17
**dust** [1] - 5632:5
**dusty** [2] - 5632:5, 5632:7

**duties** [5] - 5578:3, 5579:14, 5621:10, 5627:25, 5681:19
**duty** [7] - 5627:23, 5627:24, 5628:12, 5628:13, 5725:23
**dynamic** [21] - 5574:9, 5574:12, 5575:5, 5575:12, 5575:25, 5576:6, 5576:15, 5576:16, 5590:6, 5590:15, 5615:23, 5651:21, 5652:20, 5652:25, 5653:9, 5653:25, 5657:5, 5657:9, 5673:8, 5725:13, 5725:15
**dynamically** [1] - 5644:13

# E

**e-mail** [8] - 5563:14, 5672:23, 5673:15, 5673:16, 5683:5, 5683:14, 5684:18
**e-mails** [3] - 5567:16, 5704:14, 5704:15
**early** [1] - 5634:7
**easier** [1] - 5680:14
**easily** [1] - 5656:9
**EASTERN** [1] - 5550:2
**Eastern** [1] - 5728:6
**edge** [1] - 5700:14
**EDS** [1] - 5648:1
**education** [1] - 5624:19
**EDWARDS** [1] - 5551:3
**effect** [1] - 5568:11
**effectively** [1] - 5630:14
**effects** [2] - 5653:21, 5655:2
**effort** [1] - 5695:23
**either** [19] - 5572:25, 5573:1, 5573:4, 5574:2, 5574:4, 5574:18, 5579:1, 5580:19, 5582:12, 5598:8, 5600:24, 5601:15, 5612:12, 5629:3, 5646:19, 5664:21, 5670:9, 5674:19, 5716:19
**elapsed** [1] - 5714:15
**electric** [1] - 5580:22
**electrical** [2] - 5581:11, 5635:19

**electricians** [1] - 5668:7
**electronics** [1] - 5670:4
**elevate** [2] - 5661:22, 5662:2
**elevation** [1] - 5610:5
**elicit** [1] - 5634:8
**ELIZABETH** [1] - 5553:18
**ELLIS** [1] - 5554:23
**ELM** [1] - 5556:16
**emergencies** [1] - 5699:6
**emergency** [77] - 5594:16, 5615:13, 5615:21, 5616:9, 5616:11, 5618:17, 5618:19, 5619:2, 5619:6, 5619:20, 5620:19, 5620:25, 5621:9, 5621:11, 5621:13, 5623:1, 5623:24, 5626:1, 5626:3, 5626:4, 5626:5, 5626:9, 5626:12, 5626:16, 5627:8, 5627:13, 5627:16, 5628:1, 5628:11, 5628:22, 5628:24, 5629:4, 5629:12, 5629:14, 5629:18, 5636:6, 5641:5, 5641:11, 5642:5, 5642:11, 5644:5, 5644:11, 5645:1, 5645:4, 5645:9, 5645:25, 5646:1, 5646:10, 5646:23, 5647:23, 5648:3, 5648:7, 5648:8, 5648:13, 5648:24, 5649:6, 5649:10, 5649:14, 5649:17, 5651:18, 5653:8, 5653:19, 5654:4, 5656:21, 5691:23, 5696:19, 5696:22, 5697:11, 5698:16, 5698:25, 5699:1, 5699:10, 5711:23, 5714:19, 5716:6, 5725:8, 5726:6
**employ** [1] - 5646:12
**employed** [3] - 5571:8, 5573:7, 5644:14
**employee** [1] - 5569:18

**end** [10] - 5562:24, 5573:4, 5573:25, 5578:16, 5586:5, 5592:19, 5599:12, 5620:11, 5673:24, 5689:17
**ended** [4] - 5702:19, 5703:3, 5703:4, 5717:22
**ENERGY** [2] - 5555:6, 5556:13
**ENFORCEMENT** [1] - 5553:4
**engage** [1] - 5710:20
**engine** [21] - 5607:19, 5608:8, 5608:9, 5614:24, 5645:11, 5645:14, 5645:22, 5646:1, 5646:4, 5646:6, 5646:20, 5653:20, 5653:21, 5654:5, 5654:7, 5654:14, 5654:21, 5655:2, 5655:5, 5681:11, 5681:12
**engineer** [1] - 5710:15
**engineering** [3] - 5571:19, 5572:25, 5573:2
**engines** [20] - 5575:1, 5580:23, 5580:24, 5581:4, 5581:8, 5581:12, 5589:5, 5602:15, 5614:18, 5614:21, 5620:8, 5644:23, 5645:4, 5645:23, 5646:8, 5646:17, 5647:6, 5647:13, 5655:7, 5655:8
**ensure** [1] - 5595:16
**entail** [1] - 5676:23
**enter** [1] - 5597:14
**entered** [2] - 5663:6, 5680:7
**entire** [6] - 5639:13, 5640:21, 5640:25, 5646:21, 5697:18, 5719:17
**entirely** [1] - 5695:17
**entities** [1] - 5685:23
**entitled** [1] - 5728:9
**entity** [1] - 5690:4
**entrance** [1] - 5704:21
**entry** [1] - 5680:6
**environment** [1] - 5572:18, 5579:17, 5623:21, 5695:22
**ENVIRONMENT** [1] - 5553:3

**ENVIRONMENTAL** [1] - 5553:4
**equipment** [48] - 5578:8, 5578:18, 5578:22, 5578:24, 5579:1, 5581:16, 5581:23, 5585:18, 5589:18, 5593:3, 5593:9, 5599:7, 5600:10, 5600:12, 5605:13, 5637:14, 5637:15, 5637:18, 5638:19, 5638:24, 5649:4, 5649:23, 5650:1, 5652:10, 5653:8, 5654:10, 5654:19, 5659:2, 5659:3, 5660:13, 5664:24, 5665:17, 5665:18, 5665:19, 5667:14, 5675:14, 5675:17, 5684:12, 5687:7, 5689:23, 5691:19, 5698:2, 5698:5, 5699:11, 5707:10, 5707:13, 5709:16, 5716:9
**equipped** [1] - 5606:13
**escalated** [1] - 5620:24
**escape** [3] - 5645:1, 5647:9, 5720:2
**ESD** [12] - 5642:8, 5644:8, 5644:12, 5644:14, 5646:5, 5646:12, 5646:13, 5653:20, 5653:22, 5654:6, 5655:1, 5655:2
**ESDs** [2] - 5654:25, 5655:1
**ESQ** [51] - 5551:3, 5551:7, 5551:11, 5551:14, 5551:18, 5551:22, 5552:3, 5552:7, 5552:10, 5552:14, 5552:17, 5552:22, 5553:4, 5553:5, 5553:5, 5553:6, 5553:6, 5553:10, 5553:11, 5553:11, 5553:12, 5553:17, 5553:17, 5553:18, 5553:22, 5553:23, 5554:10, 5554:10, 5554:15, 5554:20, 5554:23, 5554:24, 5554:24, 5555:6,

5555:10, 5555:10, 5555:14, 5555:14, 5555:15, 5555:18, 5555:22, 5556:4, 5556:7, 5556:8, 5556:8, 5556:9, 5556:14, 5556:15, 5556:15, 5556:19
**essentially** [10] - 5577:25, 5582:25, 5584:16, 5585:9, 5586:14, 5600:9, 5608:1, 5626:22, 5646:16, 5710:24
**ET** [2] - 5550:13, 5550:16
**evacuate** [1] - 5618:10
**evacuated** [1] - 5719:11
**evenly** [3] - 5698:10, 5698:11, 5698:13
**event** [2] - 5645:4, 5656:15
**events** [9] - 5675:8, 5675:19, 5676:17, 5677:6, 5677:12, 5677:20, 5701:1, 5703:18, 5709:11
**evidence** [3] - 5561:2, 5566:17, 5634:21
**exact** [4] - 5707:9, 5707:18, 5707:24, 5714:5
**exactly** [2] - 5610:1, 5712:9
**EXAMINATION** [2] - 5558:7, 5570:25
**examination** [5] - 5559:19, 5562:7, 5562:17, 5566:9, 5566:10
**EXAMINATIONS** [1] - 5558:2
**examined** [1] - 5570:20
**example** [3] - 5587:15, 5637:9, 5682:17
**excellent** [1] - 5605:22
**except** [1] - 5566:4
**exception** [3] - 5564:14, 5565:24, 5566:3
**exceptions** [1] - 5564:14
**exchange** [1] - 5683:6
**excused** [1] - 5697:20
**execute** [1] - 5578:3
**exercise** [7] - 5596:8, 5601:14, 5602:2, 5602:14, 5611:22,

5618:9, 5629:25
**exhaust** [1] - 5581:6
**exhausted** [1] - 5619:21
**exhibit** [6] - 5559:20, 5560:8, 5560:23, 5561:10, 5561:19, 5566:24
**EXHIBIT** [1] - 5558:15
**Exhibit** [1] - 5560:2
**exhibits** [17] - 5559:15, 5559:18, 5560:9, 5560:13, 5560:17, 5561:6, 5561:13, 5561:15, 5561:17, 5561:25, 5562:6, 5562:11, 5562:16, 5562:19, 5562:21, 5568:25, 5569:3
**exists** [1] - 5636:6
**expect** [2] - 5653:25, 5654:2
**expectancy** [1] - 5665:19
**expected** [2] - 5595:25, 5596:1
**experience** [2] - 5575:13, 5666:7
**Expert** [2] - 5559:16, 5560:4
**expert** [7] - 5563:12, 5634:6, 5634:8, 5635:5, 5641:22, 5641:24, 5677:22
**explain** [4] - 5598:12, 5636:14, 5655:11, 5674:8
**explanation** [1] - 5566:13
**explanations** [1] - 5566:12
**EXPLORATION** [2] - 5550:15, 5554:13
**explosion** [8] - 5679:1, 5713:16, 5713:21, 5713:24, 5714:3, 5714:9, 5714:17, 5714:18
**explosions** [1] - 5623:8
**explosive** [1] - 5606:24
**exterior** [1] - 5592:23
**external** [1] - 5669:13
**extinguisher** [1] - 5661:8
**extinguishers** [1] - 5661:10
**eyes** [1] - 5586:24

**Ezell** [4] - 5593:9, 5595:1, 5722:6, 5727:4

**F**

**F-9** [1] - 5609:24
**fact** [13] - 5564:9, 5602:6, 5620:12, 5634:10, 5643:8, 5645:24, 5654:12, 5657:16, 5676:8, 5680:19, 5688:22, 5701:15, 5706:18
**facts** [1] - 5567:17
**factual** [1] - 5568:1
**failed** [1] - 5676:2
**fails** [1] - 5660:13
**fair** [9] - 5579:5, 5587:11, 5594:8, 5606:20, 5615:22, 5627:14, 5656:17, 5657:11, 5681:22
**fairly** [6] - 5583:12, 5583:15, 5595:2, 5601:7, 5626:20, 5631:20
**fall** [2] - 5577:17, 5622:20
**falls** [1] - 5698:13
**false** [4] - 5638:2, 5640:7, 5640:11, 5640:12
**falsify** [1] - 5670:18
**familiar** [25] - 5595:18, 5596:5, 5596:6, 5598:11, 5598:21, 5600:20, 5604:20, 5621:2, 5623:14, 5625:1, 5626:4, 5630:10, 5631:1, 5633:2, 5642:8, 5642:16, 5647:23, 5650:5, 5652:17, 5663:1, 5665:3, 5678:20, 5685:23, 5699:14, 5700:19
**familiarity** [1] - 5707:5
**families** [1] - 5606:1
**fan** [1] - 5637:14
**FANNIN** [1] - 5555:11
**far** [7] - 5617:9, 5618:23, 5626:19, 5650:12, 5652:15, 5654:13, 5723:4
**fashion** [1] - 5567:18
**faster** [1] - 5675:17
**faulty** [1] - 5611:16
**feasible** [1] - 5674:16

**fed** [1] - 5587:15
**feet** [4] - 5622:17, 5650:21, 5650:23
**few** [9] - 5563:9, 5564:20, 5579:21, 5579:22, 5583:13, 5593:8, 5661:9, 5685:22, 5688:19
**fiber** [2] - 5574:1, 5574:2
**field** [1] - 5634:6
**fifth** [1] - 5677:9
**fight** [4] - 5654:20, 5716:3, 5716:10, 5721:10
**fighting** [2] - 5700:13, 5700:21
**figure** [1] - 5680:13
**figuring** [1] - 5616:18
**file** [4] - 5559:24, 5560:13, 5562:24, 5563:3
**filing** [1] - 5676:13
**filling** [1] - 5604:25
**final** [2] - 5568:23, 5651:7
**finally** [1] - 5651:16
**Finally** [1] - 5560:9
**findings** [3] - 5674:2, 5674:4, 5674:25
**finished** [1] - 5660:20
**fire** [84] - 5591:21, 5593:18, 5593:23, 5606:13, 5606:23, 5608:15, 5608:16, 5608:17, 5609:5, 5609:10, 5610:2, 5610:25, 5611:25, 5612:2, 5612:3, 5612:9, 5613:2, 5615:5, 5626:6, 5626:12, 5626:16, 5627:12, 5627:15, 5628:7, 5629:13, 5630:2, 5630:7, 5637:11, 5637:12, 5637:17, 5639:5, 5641:1, 5653:19, 5653:20, 5653:21, 5654:3, 5654:5, 5654:10, 5654:19, 5654:20, 5661:8, 5661:9, 5667:8, 5667:19, 5669:11, 5681:10, 5681:15, 5682:25, 5683:1, 5683:12, 5698:16, 5698:25, 5699:2, 5699:7, 5699:8, 5700:5, 5700:9,

5700:13, 5700:21, 5713:22, 5713:25, 5715:24, 5716:1, 5716:3, 5716:7, 5716:9, 5716:10, 5717:6, 5717:9, 5717:10, 5717:25, 5718:1, 5718:5, 5720:24, 5721:3, 5721:6, 5721:10, 5723:25, 5725:1
**Fire** [2] - 5629:21, 5725:1
**firefighting** [4] - 5578:21, 5659:2, 5699:11, 5699:12
**FIRM** [2] - 5552:6, 5552:17
**first** [27] - 5569:12, 5570:19, 5572:10, 5573:23, 5576:19, 5584:20, 5599:1, 5599:3, 5608:14, 5611:2, 5611:13, 5613:8, 5618:15, 5622:2, 5625:3, 5632:8, 5661:16, 5675:3, 5675:4, 5683:23, 5696:15, 5704:7, 5715:22, 5719:1, 5721:23, 5722:10
**fit** [1] - 5668:10
**five** [3] - 5660:7, 5674:3, 5682:12
**five-month** [1] - 5674:3
**five-year** [1] - 5660:7
**five-yearly** [1] - 5682:12
**fix** [2] - 5683:22, 5684:7
**fixed** [4] - 5579:3, 5654:21, 5665:18, 5665:25
**fixing** [1] - 5666:13
**flares** [2] - 5698:3
**flashing** [3] - 5611:13, 5713:1, 5713:4
**flat** [1] - 5580:14
**fleet** [1] - 5701:18
**flex** [2] - 5583:17, 5583:19
**flexed** [1] - 5583:22
**flexible** [2] - 5583:12, 5583:15
**Fleytas** [7] - 5591:4, 5712:1, 5712:16, 5720:9, 5722:15, 5725:16, 5726:22

**flights** [1] - 5671:2
**floating** [1] - 5650:17
**flooding** [1] - 5677:3
**floor** [30] - 5586:13, 5586:22, 5592:24, 5594:15, 5607:19, 5616:15, 5617:11, 5617:13, 5617:20, 5618:2, 5621:21, 5628:4, 5628:16, 5628:17, 5629:1, 5629:2, 5646:6, 5648:23, 5648:25, 5697:21, 5703:7, 5703:9, 5704:16, 5704:19, 5704:21, 5710:7, 5710:8, 5713:12, 5725:25, 5726:4
**FLOOR** [3] - 5551:22, 5552:23, 5555:15
**floorhands** [1] - 5628:14
**flowing** [1] - 5650:11
**FLOYD** [1] - 5556:15
**fluctuate** [2] - 5678:10, 5678:13
**fluctuated** [1] - 5678:7
**fluid** [2] - 5708:25, 5709:2
**flying** [1] - 5717:7
**foam** [1] - 5622:11
**focus** [14] - 5593:9, 5630:3, 5633:19, 5663:4, 5667:2, 5672:10, 5685:12, 5685:22, 5686:6, 5687:24, 5694:13, 5694:14, 5696:14, 5703:12
**Focus** [3] - 5663:1, 5663:7, 5663:11
**focusing** [3] - 5640:3, 5682:17, 5716:21
**folks** [16] - 5572:24, 5579:10, 5627:15, 5628:23, 5652:14, 5685:16, 5688:4, 5694:8, 5697:6, 5697:8, 5699:21, 5701:24, 5704:11, 5708:6, 5712:19, 5720:16
**folks'** [1] - 5701:14
**follow** [4] - 5579:9, 5631:11, 5661:16, 5698:21
**following** [3] - 5571:24, 5599:12, 5640:19

**follows** [1] - 5570:20
**food** [2] - 5611:19, 5611:21
**FOR** [8] - 5551:3, 5552:21, 5553:21, 5554:3, 5554:13, 5555:3, 5556:3, 5556:13
**force** [1] - 5580:19
**forces** [3] - 5574:15, 5574:18, 5575:2
**fore** [1] - 5712:5
**foregoing** [1] - 5728:7
**formal** [1] - 5651:23
**format** [1] - 5652:5
**formations** [1] - 5572:20
**formulate** [1] - 5696:21
**forward** [29] - 5582:9, 5582:19, 5583:25, 5584:10, 5585:8, 5586:1, 5586:5, 5588:5, 5596:7, 5596:21, 5597:25, 5610:9, 5629:18, 5683:17, 5683:18, 5702:20, 5704:21, 5706:2, 5708:12, 5713:8, 5713:23, 5715:16, 5715:17, 5719:12, 5721:21
**foundation** [3] - 5567:11, 5657:12, 5708:19
**four** [4] - 5566:18, 5566:23, 5567:13, 5671:16
**fourth** [2] - 5676:20, 5676:21
**frame** [2] - 5702:22, 5705:25
**FRANCISCO** [1] - 5552:24
**FRANKLIN** [1] - 5553:18
**frankly** [1] - 5567:12
**FRAUD** [1] - 5553:16
**free** [3] - 5723:9, 5723:21, 5724:6
**frequency** [2] - 5643:16, 5643:17
**fresh** [1] - 5703:25
**Frevele** [1] - 5670:4
**FRILOT** [1] - 5555:5
**front** [2] - 5703:20, 5722:8
**FRUGE** [1] - 5552:10
**full** [4] - 5620:24,

5671:5, 5671:17, 5678:11
**full-blown** [1] - 5620:24
**function** [19] - 5592:1, 5612:24, 5625:14, 5631:7, 5633:11, 5633:13, 5637:24, 5638:8, 5638:15, 5638:23, 5643:11, 5643:12, 5647:13, 5654:6, 5655:2, 5659:11, 5669:5, 5715:10, 5725:17
**functionally** [1] - 5670:11
**functioned** [5] - 5637:25, 5641:14, 5650:15, 5654:22, 5655:1
**functioning** [1] - 5633:15
**functions** [5] - 5631:6, 5637:1, 5637:2, 5637:4, 5637:8

## G

**gain** [1] - 5707:5
**gained** [1] - 5666:10
**galley** [13] - 5609:4, 5609:6, 5609:24, 5610:18, 5610:25, 5611:2, 5611:3, 5611:8, 5611:9, 5611:11, 5611:18, 5611:25, 5612:9
**GANNAWAY** [1] - 5556:8
**gas** [42] - 5591:21, 5591:23, 5593:18, 5593:23, 5606:13, 5606:23, 5608:15, 5608:16, 5613:3, 5613:4, 5613:22, 5614:2, 5614:13, 5614:20, 5614:24, 5615:4, 5618:3, 5630:2, 5630:7, 5639:5, 5645:10, 5645:12, 5645:16, 5645:18, 5655:25, 5656:1, 5656:16, 5667:23, 5668:5, 5668:8, 5668:9, 5668:11, 5668:14, 5668:16, 5668:20, 5668:22, 5668:23, 5669:5, 5669:8, 5669:10, 5669:23,

5699:5
**GATE** [1] - 5552:23
**GAVIN** [1] - 5556:15
**gear** [7] - 5679:18, 5716:1, 5716:3, 5717:25, 5718:1, 5718:6
**Gene** [3] - 5669:21, 5670:3, 5670:4
**general** [41] - 5581:22, 5610:7, 5610:11, 5611:14, 5611:20, 5611:23, 5612:4, 5612:5, 5612:23, 5612:25, 5621:12, 5626:15, 5626:19, 5626:22, 5626:24, 5627:7, 5629:8, 5633:19, 5635:22, 5635:25, 5636:3, 5636:8, 5637:22, 5637:24, 5638:5, 5638:11, 5641:4, 5641:7, 5641:10, 5641:14, 5641:19, 5641:25, 5661:21, 5673:15, 5699:12, 5714:21, 5714:23, 5715:3, 5715:9, 5715:10, 5715:13
**GENERAL** [3] - 5553:22, 5554:4, 5554:6
**GENERAL'S** [1] - 5553:21
**generally** [19] - 5571:16, 5578:2, 5578:4, 5581:21, 5588:17, 5616:12, 5621:7, 5625:25, 5627:6, 5643:1, 5644:22, 5652:2, 5655:24, 5660:3, 5661:14, 5667:25, 5670:23, 5683:11, 5684:13
**generate** [6] - 5601:3, 5631:5, 5631:20, 5632:3, 5660:15, 5689:8
**generated** [5] - 5630:17, 5633:23, 5678:23, 5679:4, 5679:12
**generating** [2] - 5654:13, 5689:16
**generators** [2] - 5580:23, 5580:24
**GEOFFREY** [1] - 5556:8

**given** [3] - 5567:10, 5619:20, 5721:15
**GmbH** [1] - 5550:13
**GMDSS** [2] - 5725:16, 5725:18
**God** [1] - 5570:16
**GODWIN** [8] - 5556:14, 5556:14, 5556:19, 5562:14, 5562:23, 5563:6, 5568:14, 5568:22
**Godwin** [2] - 5562:14, 5568:14
**GOLDEN** [1] - 5552:23
**goodbyes** [1] - 5706:20
**GPS** [1] - 5587:4
**grab** [3] - 5632:25, 5711:22, 5711:23
**grabbed** [5] - 5713:8, 5713:19, 5715:13, 5722:7, 5722:20
**graduated** [2] - 5571:18, 5573:17
**GRAND** [1] - 5555:15
**great** [2] - 5568:21, 5656:7
**greater** [2] - 5606:6, 5707:24
**Greg** [1] - 5562:17
**Group** [2] - 5646:15
**GROUP** [1] - 5552:3
**group** [6] - 5627:11, 5633:5, 5633:7, 5637:7, 5638:17, 5640:1
**groups** [1] - 5637:6
**Guard** [24] - 5572:22, 5633:23, 5634:1, 5634:4, 5639:7, 5639:20, 5639:25, 5640:4, 5640:13, 5640:16, 5640:18, 5640:22, 5641:8, 5652:14, 5680:22, 5688:13, 5690:15, 5690:20, 5691:1, 5692:4, 5692:7, 5692:10, 5692:12
**guess** [7] - 5564:11, 5565:11, 5634:23, 5644:19, 5656:9, 5663:9, 5695:24
**guests** [1] - 5701:7
**guidance** [1] - 5635:19
**guide** [1] - 5719:9
**Guillot** [1] - 5567:14
**GULF** [1] - 5550:6
**guy** [3] - 5604:1,

5693:15, 5717:15
**guys** [18] - 5573:3, 5578:23, 5592:11, 5600:12, 5604:4, 5605:7, 5610:9, 5640:6, 5658:25, 5659:8, 5659:9, 5693:15, 5700:17, 5700:19, 5701:10, 5710:20, 5723:17, 5723:20

## H

**H2S** [2] - 5606:24, 5668:9
**half** [1] - 5595:12
**halfway** [1] - 5719:8
**Halliburton** [3] - 5562:15, 5568:14, 5697:8
**HALLIBURTON** [1] - 5556:13
**Halliburton's** [1] - 5562:19
**hallway** [1] - 5612:2
**hand** [9] - 5569:25, 5570:13, 5601:1, 5605:7, 5627:4, 5659:16, 5698:3, 5705:2, 5705:3
**handheld** [1] - 5613:12
**handing** [1] - 5587:24
**handle** [11] - 5570:9, 5577:8, 5582:2, 5590:10, 5590:14, 5591:22, 5591:23, 5605:18, 5605:19, 5696:22, 5705:14
**handled** [1] - 5591:15
**handrail** [1] - 5603:24
**handrails** [5] - 5603:19, 5603:20, 5604:1, 5604:2, 5604:8
**hands** [1] - 5619:12
**Hang** [1] - 5720:6
**HANKEY** [1] - 5553:6
**happy** [3] - 5565:6, 5567:3, 5647:17
**hard** [1] - 5597:10
**harder** [1] - 5661:10
**Hariklia** [1] - 5561:8
**HARIKLIA** [1] - 5554:24
**Harrell** [3] - 5720:12, 5725:10, 5727:2
**HARTLEY** [1] -

5556:15
**hat** [1] - 5597:10
**hate** [1] - 5685:5
**HAUSER** [1] - 5553:17
**HAYCRAFT** [1] - 5554:15
**hazard** [8] - 5596:4, 5596:14, 5596:15, 5596:17, 5596:18, 5597:6, 5599:8, 5600:5
**hazardous** [2] - 5645:2, 5647:23
**hazards** [4] - 5596:24, 5599:1, 5603:14, 5603:15
**HB406** [1] - 5557:4
**head** [6] - 5574:24, 5660:15, 5674:20, 5676:2, 5717:7, 5717:10
**headed** [6] - 5604:4, 5625:13, 5625:14, 5710:13, 5711:5, 5713:19
**heading** [12] - 5614:1, 5614:3, 5614:10, 5617:17, 5617:19, 5617:24, 5617:25, 5645:20, 5703:23, 5705:21, 5706:9, 5706:17
**headings** [1] - 5574:21
**heads** [1] - 5620:17
**headway** [1] - 5588:12
**hear** [29] - 5565:10, 5594:3, 5612:1, 5626:10, 5640:22, 5653:25, 5654:6, 5654:7, 5654:12, 5687:14, 5687:20, 5690:3, 5690:10, 5692:6, 5692:12, 5692:22, 5693:3, 5693:23, 5694:4, 5694:20, 5694:23, 5695:10, 5695:13, 5702:10, 5702:13, 5702:16, 5712:20, 5721:13
**HEARD** [1] - 5550:22
**heard** [18] - 5561:12, 5597:17, 5603:3, 5624:1, 5633:18, 5641:15, 5651:2, 5651:13, 5664:7, 5685:13, 5705:10, 5711:7, 5711:14, 5711:16, 5714:7,

5715:3, 5716:18, 5716:21
**hearing** [1] - 5560:16
**Hearing** [1] - 5562:10
**heat** [1] - 5606:23
**heavy** [2] - 5655:6, 5704:20
**helicopter** [1] - 5601:6
**helideck** [1] - 5699:5
**helipad** [2] - 5584:9, 5584:11
**hello** [2] - 5710:19, 5710:20
**help** [17] - 5570:15, 5596:4, 5596:14, 5596:18, 5629:25, 5640:1, 5659:9, 5681:6, 5695:25, 5707:12, 5716:19, 5716:25, 5717:18, 5717:21, 5719:19, 5721:23, 5722:17
**helped** [6] - 5681:10, 5701:1, 5702:5, 5707:8, 5719:9, 5724:18
**helpful** [1] - 5710:1
**helping** [3] - 5659:12, 5702:1, 5721:24
**helps** [2] - 5665:25, 5723:13
**hereby** [1] - 5728:6
**HERMAN** [3] - 5551:7, 5551:7
**HESI** [2] - 5568:16, 5568:20
**hide** [11] - 5666:8, 5672:14, 5687:14, 5689:25, 5692:3, 5692:19, 5693:21, 5694:17, 5695:7, 5696:9, 5696:12
**hiding** [7] - 5687:15, 5690:4, 5692:6, 5692:22, 5693:23, 5694:20, 5695:10
**hierarchal** [1] - 5646:13
**hierarchy** [3] - 5646:10, 5646:14, 5646:21
**highlight** [1] - 5564:25
**highlighted** [7] - 5566:7, 5566:25, 5570:1, 5625:6, 5646:11, 5667:11, 5674:5
**highlighting** [1] - 5570:2
**HILL** [1] - 5556:15

**hinted** [1] - 5592:16
**hired** [2] - 5576:19, 5665:6
**hissing** [1] - 5714:7
**history** [2] - 5667:12, 5672:4
**hit** [8] - 5611:14, 5612:22, 5646:17, 5714:21, 5714:23, 5715:3, 5715:13
**hitches** [1] - 5576:18
**HiTec** [1] - 5617:3
**hold** [6] - 5574:18, 5574:23, 5611:11, 5613:10, 5653:1, 5689:15
**HOLDINGS** [1] - 5555:3
**Holloway** [2] - 5706:12, 5706:14, 5706:20
**HOLTHAUS** [1] - 5552:10
**home** [4] - 5605:25, 5704:14, 5704:15, 5706:18
**Honor** [57] - 5559:9, 5559:13, 5561:8, 5562:2, 5562:4, 5563:6, 5563:8, 5565:1, 5565:19, 5565:22, 5566:9, 5566:25, 5567:4, 5567:7, 5567:22, 5567:24, 5568:15, 5568:20, 5568:23, 5569:10, 5569:17, 5569:22, 5570:4, 5570:7, 5570:10, 5570:11, 5571:4, 5616:20, 5616:24, 5622:9, 5634:5, 5634:14, 5634:18, 5634:25, 5635:6, 5635:11, 5647:16, 5651:1, 5651:6, 5651:10, 5655:13, 5655:18, 5656:4, 5656:11, 5657:11, 5657:21, 5658:7, 5677:15, 5707:21, 5708:2, 5708:16, 5708:23, 5709:6, 5709:14, 5709:19, 5709:22, 5727:11
**HONORABLE** [1] - 5550:22
**hook** [2] - 5722:3, 5723:16
**hooked** [1] - 5723:18

hope [1] - 5559:10
**Horizon** [60] -
5576:17, 5576:20,
5579:24, 5583:4,
5595:3, 5595:11,
5598:16, 5602:23,
5605:20, 5605:24,
5606:12, 5620:22,
5621:6, 5623:9,
5623:11, 5624:9,
5625:4, 5625:17,
5630:6, 5635:2,
5636:9, 5639:8,
5640:21, 5642:15,
5643:14, 5644:1,
5644:11, 5644:17,
5644:18, 5644:20,
5645:3, 5646:23,
5649:10, 5649:14,
5653:23, 5657:24,
5658:18, 5663:15,
5664:5, 5664:10,
5666:2, 5682:18,
5685:16, 5686:7,
5686:9, 5687:11,
5690:5, 5690:11,
5692:16, 5696:6,
5696:9, 5696:15,
5700:24, 5701:4,
5702:14, 5702:16,
5707:2, 5723:3,
5723:10, 5725:6
**HORIZON** [1] - 5550:5
**Horizon's** [4] -
5576:22, 5615:13,
5674:2, 5726:6
**horse** [1] - 5647:2
**hose** [9] - 5700:9,
5700:10, 5700:12,
5700:13, 5700:14,
5700:15, 5700:17,
5700:20, 5721:4
**hoses** [1] - 5715:24
**hot** [1] - 5618:22
**hotel** [1] - 5581:10
**HOUMA** [1] - 5552:4
**hour** [3] - 5703:1,
5727:19, 5727:20
**house** [5] - 5580:7,
5589:21, 5594:12,
5634:8
**HOUSTON** [6] -
5552:15, 5555:11,
5555:23, 5556:9,
5556:10, 5556:20
**HUGHES** [1] - 5555:22
**hundreds** [4] - 5630:5,
5676:7, 5682:19,
5682:20
**hurt** [2] - 5626:6,

5656:10
**hydraulic** [1] -
5638:20
**hydrocarbon** [1] -
5669:21
**hydrocarbons** [1] -
5650:11
**hydrogen** [1] - 5656:1
**HYMEL** [3] - 5555:18,
5560:20, 5560:22
**Hymel** [1] - 5560:22
**hypothetically** [1] -
5638:13

---

**I**

**IACS** [1] - 5641:1
**idea** [1] - 5649:17
**identification** [1] -
5589:22
**identified** [3] - 5598:8,
5605:10, 5673:20
**identify** [12] - 5596:4,
5596:10, 5596:11,
5596:14, 5596:15,
5596:17, 5596:18,
5597:21, 5600:5,
5600:10, 5603:15,
5641:20
**identity** [1] - 5589:24
**ignition** [2] - 5644:24,
5713:21
**II** [1] - 5674:6
**III** [2] - 5558:5,
5569:20
**IL** [1] - 5554:25
**imagine** [1] - 5632:25
**immediate** [2] -
5605:11, 5717:6
**immediately** [1] -
5611:12
**impact** [2] - 5675:8,
5675:19
**important** [11] -
5593:3, 5615:25,
5616:1, 5616:5,
5644:12, 5648:25,
5649:3, 5649:5,
5649:24, 5651:17
**imposing** [1] -
5622:25
**IMPREVENTO** [1] -
5551:18
**improve** [1] - 5696:2
**improvement** [1] -
5602:8
**IN** [3] - 5550:5,
5550:5, 5550:12
**in-house** [4] -

5589:21, 5594:12,
5634:8
**INC** [5] - 5550:16,
5554:14, 5555:4,
5555:5, 5556:14
**incident** [1] - 5616:8
**included** [1] - 5724:13
**including** [3] -
5563:12, 5589:13,
5589:15
**incompetent** [1] -
5685:14
**inconsistent** [4] -
5670:14, 5670:16,
5726:12, 5726:15
**incorrect** [8] - 5641:2,
5641:3, 5642:1,
5642:2, 5668:18,
5668:19, 5670:12,
5670:13
**increase** [1] - 5613:20
**independently** [1] -
5582:7
**indicate** [12] - 5609:5,
5610:6, 5610:18,
5610:19, 5612:8,
5624:4, 5629:12,
5629:23, 5631:6,
5631:12, 5632:1,
5654:2
**indicated** [5] - 5567:2,
5609:14, 5621:13,
5640:14, 5669:7
**indicates** [1] -
5612:19
**indicating** [2] -
5594:2, 5642:22
**indication** [10] -
5608:17, 5608:22,
5609:17, 5609:24,
5610:8, 5613:5,
5613:7, 5626:1,
5626:11, 5629:7
**individual** [9] -
5566:4, 5633:12,
5646:19, 5662:24,
5668:7, 5672:3,
5672:24, 5673:23,
5676:16
**indoors** [1] - 5699:4
**industrial** [1] -
5625:14
**industry** [1] - 5689:2
**inflatable** [2] - 5584:2,
5721:25
**inflate** [2] - 5722:4,
5723:12
**inform** [3] - 5716:4,
5720:20, 5720:24
**information** [11] -

5568:2, 5587:12,
5598:14, 5604:23,
5607:9, 5617:7,
5617:20, 5620:17,
5620:19, 5640:16,
5716:10
**inhibit** [11] - 5631:1,
5631:4, 5631:17,
5631:22, 5632:8,
5632:9, 5632:18,
5632:9, 5667:16
**inhibited** [3] - 5631:9,
5632:13, 5632:19
**initial** [2] - 5654:18,
5713:24
**initiate** [2] - 5619:4,
5619:8
**initiated** [1] - 5636:3
**injured** [5] - 5715:18,
5716:13, 5716:19,
5724:18, 5724:19
**input** [2] - 5589:23,
5601:21
**inputs** [5] - 5574:13,
5574:14, 5574:17,
5589:2, 5590:16
**inside** [6] - 5581:16,
5638:14, 5638:23,
5706:10, 5712:19,
5719:13
**inspect** [9] - 5578:23,
5600:10, 5639:7,
5640:4, 5643:14,
5664:22, 5676:11,
5680:22, 5691:12
**inspected** [3] -
5600:6, 5669:22,
5692:17
**inspecting** [2] -
5584:6, 5599:7
**Inspection** [1] -
5633:25
**inspection** [12] -
5600:7, 5600:16,
5639:12, 5639:18,
5640:3, 5640:10,
5671:9, 5688:18,
5688:19, 5688:20,
5689:17, 5696:3
**inspections** [12] -
5572:20, 5578:8,
5640:2, 5640:19,
5661:8, 5661:12,
5688:21, 5688:22,
5690:16, 5690:18,
5691:6, 5691:7
**inspector** [9] - 5566:5,
5640:16, 5692:4,
5692:7, 5692:10,
5692:12, 5694:15,

5696:7, 5696:10
**inspectors** [4] -
5640:4, 5685:14,
5689:6, 5690:22
**installation** [2] -
5574:1, 5625:15
**installations** [1] -
5635:19
**installed** [2] - 5574:5,
5574:7
**installing** [2] - 5574:2,
5676:22
**installs** [1] - 5574:22
**instance** [2] - 5601:6,
5688:10
**instead** [1] - 5644:25
**instruct** [8] - 5619:3,
5687:17, 5690:7,
5692:9, 5692:25,
5694:1, 5694:17,
5695:7
**instruction** [1] -
5562:24
**instructions** [2] -
5621:12, 5627:7
**insurance** [1] -
5643:10
**insure** [1] - 5648:12
**intake** [2] - 5645:13,
5645:14
**intakes** [1] - 5614:5
**integrate** [1] - 5564:3
**integrated** [3] -
5588:25, 5589:8,
5641:1
**integrity** [2] - 5577:15,
5658:21
**intend** [1] - 5564:19
**intended** [3] -
5635:25, 5636:3,
5709:23
**intention** [1] - 5563:9
**interact** [1] - 5701:24
**interacting** [1] -
5702:9
**interdepartmental** [1]
- 5605:16
**interest** [1] - 5683:11
**interesting** [1] -
5700:6
**intermittent** [1] -
5608:3
**internal** [2] - 5625:12,
5670:18
**INTERNATIONAL** [1] -
5556:3
**interpose** [1] -
5708:16
**interrupt** [2] -
5705:22, 5727:16

interrupted [1] - 5598:2
intervals [1] - 5578:10
introduce [3] - 5559:15, 5559:24, 5560:13
introduced [1] - 5563:21
inventory [1] - 5676:10
involve [2] - 5601:10, 5700:8
involved [13] - 5577:4, 5577:7, 5577:10, 5581:13, 5596:5, 5598:12, 5599:22, 5602:4, 5616:2, 5624:15, 5643:18, 5700:17, 5705:21
involvement [1] - 5567:17
involves [1] - 5679:20
Irpino [1] - 5559:13
IRPINO [7] - 5552:17, 5552:17, 5559:13, 5560:3, 5560:9, 5568:23, 5569:7
irrelevant [1] - 5655:14
ISM [4] - 5625:9, 5685:22, 5685:25, 5686:3
ISM-DNV [1] - 5685:22
isolations [4] - 5600:1, 5600:2, 5600:3, 5681:15
issue [7] - 5563:2, 5565:16, 5565:22, 5565:23, 5640:18, 5662:2, 5663:24
issued [1] - 5688:25
issues [4] - 5662:9, 5680:12, 5682:3, 5684:12
item [14] - 5674:13, 5674:17, 5674:21, 5674:23, 5675:4, 5675:11, 5675:22, 5676:8, 5676:21, 5677:9, 5677:14, 5678:1, 5678:5
items [31] - 5579:3, 5659:13, 5663:4, 5663:11, 5663:12, 5663:15, 5663:19, 5664:1, 5664:4, 5665:21, 5665:23, 5666:14, 5666:16, 5666:21, 5666:24, 5669:6, 5669:16,

5673:18, 5673:20, 5674:10, 5674:11, 5679:8, 5681:1, 5681:4, 5681:7, 5701:21, 5707:9, 5707:13, 5707:14, 5707:25
itself [3] - 5579:17, 5639:4, 5724:1

J

jacket [1] - 5722:20
JAMES [3] - 5551:3, 5554:5, 5558:5
James [1] - 5569:20
Jason [5] - 5704:24, 5705:4, 5705:16, 5725:24, 5727:6
Jeff [1] - 5563:12
JEFFERSON [2] - 5551:4, 5555:19
JEFFREY [1] - 5551:18
JERRY [1] - 5556:19
JESSICA [2] - 5553:10, 5553:11
JIMMY [1] - 5552:14
Jimmy [3] - 5720:12, 5725:10, 5727:2
job [76] - 5571:21, 5572:1, 5575:23, 5578:6, 5579:1, 5579:2, 5596:6, 5596:7, 5596:12, 5596:13, 5596:24, 5597:21, 5597:25, 5598:10, 5598:11, 5598:25, 5599:1, 5599:3, 5599:4, 5599:5, 5599:8, 5599:9, 5599:13, 5599:15, 5599:21, 5599:22, 5600:8, 5600:14, 5600:16, 5601:1, 5601:2, 5601:5, 5639:21, 5651:25, 5652:2, 5652:4, 5652:7, 5652:8, 5652:12, 5652:25, 5657:5, 5657:9, 5660:10, 5660:15, 5660:16, 5660:18, 5660:22, 5660:23, 5660:25, 5661:1, 5661:2, 5663:13, 5669:18, 5670:6, 5672:2, 5674:6, 5676:23, 5685:15, 5688:8,

5688:15, 5690:24, 5700:22, 5703:6, 5703:8, 5704:17, 5705:14, 5706:1, 5706:6, 5710:11, 5710:22
jobs [22] - 5578:12, 5580:12, 5592:19, 5599:1, 5600:23, 5600:24, 5601:2, 5603:8, 5658:25, 5660:4, 5660:5, 5660:8, 5661:7, 5661:18, 5662:13, 5662:25, 5663:19, 5663:22, 5672:4, 5679:11, 5689:12
JOHN [2] - 5552:10, 5555:22
Johnson [8] - 5564:20, 5565:5, 5567:8, 5567:25, 5662:1, 5662:5, 5662:17, 5673:23
join [1] - 5709:6
joined [1] - 5573:23
joint [4] - 5649:24, 5650:9, 5650:14, 5650:21
joints [4] - 5583:13, 5649:4, 5649:22, 5649:25
JONES [1] - 5556:8
joystick [1] - 5704:1
JR [2] - 5551:22, 5556:15
JUDGE [1] - 5550:23
Judge [8] - 5560:20, 5562:14, 5562:16, 5562:18, 5563:3, 5568:14, 5568:22, 5634:7
judge [1] - 5562:23
judgment [2] - 5611:22, 5629:25
jumped [3] - 5722:7, 5723:7, 5723:9
JUSTICE [4] - 5552:21, 5553:3, 5553:9, 5553:15

K

KANNER [4] - 5554:9, 5554:10, 5677:15, 5677:22
Karis [1] - 5561:8
KARIS [4] - 5554:24, 5561:8, 5561:19,

5562:2
KATZ [1] - 5551:7
keep [13] - 5575:6, 5580:6, 5580:13, 5580:19, 5590:16, 5593:5, 5632:12, 5647:17, 5647:21, 5653:10, 5659:22, 5688:17, 5723:13
keeping [6] - 5590:14, 5653:22, 5655:3, 5655:5, 5655:7, 5703:14
KELLEY [1] - 5553:17
Keplinger [12] - 5657:9, 5704:4, 5708:11, 5712:1, 5712:15, 5715:1, 5720:9, 5721:23, 5722:21, 5723:4, 5726:12, 5726:19
Keplinger's [2] - 5591:1, 5708:23
kept [2] - 5691:9, 5691:10
KERRY [1] - 5555:6
kick [5] - 5616:10, 5616:13, 5616:18, 5617:10, 5617:13
KINCHEN [2] - 5555:22, 5555:22
kind [42] - 5573:2, 5574:21, 5578:14, 5580:9, 5580:10, 5583:10, 5586:4, 5586:17, 5587:2, 5592:11, 5596:16, 5596:22, 5597:5, 5601:14, 5603:24, 5606:22, 5610:8, 5610:10, 5613:2, 5613:18, 5617:9, 5627:14, 5663:24, 5671:8, 5680:22, 5685:3, 5701:17, 5702:7, 5703:15, 5703:22, 5704:20, 5705:14, 5705:20, 5710:19, 5712:5, 5713:11, 5713:19, 5713:22, 5713:24, 5718:12, 5719:9, 5724:20
kinds [2] - 5688:12, 5691:3
KIRKLAND [1] - 5554:23
knife [2] - 5700:14, 5723:20
knowing [1] - 5682:7

knowledge [13] - 5562:18, 5577:3, 5620:5, 5624:14, 5624:20, 5644:1, 5649:21, 5652:9, 5657:4, 5657:8, 5657:20, 5663:14, 5726:4
known [4] - 5571:12, 5584:13, 5648:1, 5668:8
knuckle [1] - 5582:16
Kongsberg [1] - 5673:6
KRAUS [1] - 5554:10
Kuchta [12] - 5657:4, 5712:3, 5720:17, 5722:21, 5723:3, 5723:8, 5723:20, 5723:22, 5724:5, 5725:5, 5726:24, 5726:25
KULLMAN [1] - 5551:14

L

LA [15] - 5551:5, 5551:8, 5551:16, 5551:23, 5552:4, 5552:8, 5552:11, 5552:18, 5554:7, 5554:11, 5554:17, 5555:7, 5555:20, 5556:5, 5557:5
lack [1] - 5563:25
LAFAYETTE [2] - 5551:5, 5555:20
LAFLEUR [1] - 5555:18
laid [1] - 5573:16
LAMAR [1] - 5556:20
landing [1] - 5601:6
LANGAN [5] - 5554:23, 5565:1, 5565:10, 5567:7, 5567:22
Langan [2] - 5565:18, 5567:7
LASALLE [1] - 5554:25
last [18] - 5560:25, 5591:14, 5619:20, 5651:16, 5656:3, 5656:14, 5667:10, 5677:18, 5679:1, 5679:3, 5702:25, 5707:2, 5720:13, 5720:15, 5720:16,

5723:3, 5724:13,
5724:19
**late** [1] - 5575:20
**launch** [2] - 5698:4
**LAW** [3] - 5552:3,
5552:6, 5552:17
**LAWRENCE** [1] -
5553:12
**lawyer** [1] - 5670:8
**lay** [2] - 5582:21,
5586:24
**laying** [3] - 5574:9,
5715:24, 5716:9
**layout** [1] - 5707:5
**lead** [4] - 5616:22,
5616:23, 5627:19,
5699:10
**leading** [4] - 5616:20,
5651:1, 5655:13,
5656:6
**leak** [1] - 5676:24
**leaked** [2] - 5676:2,
5677:2
**leaking** [3] - 5676:9,
5678:1, 5700:15
**lean** [1] - 5586:17
**leaning** [2] - 5713:6,
5713:11
**learn** [4] - 5572:13,
5577:6, 5687:14,
5705:25
**learned** [1] - 5602:6
**Learned** [1] - 5599:14
**LEASING** [1] -
5550:13
**least** [4] - 5585:3,
5639:24, 5661:15,
5678:14
**leave** [4] - 5620:9,
5628:17, 5628:24,
5628:25
**led** [1] - 5566:11
**Lee** [1] - 5570:9
**left** [14] - 5575:11,
5575:17, 5587:6,
5605:15, 5608:23,
5609:11, 5650:8,
5650:13, 5675:2,
5705:2, 5705:3,
5710:4, 5710:6,
5721:19
**left-hand** [2] - 5705:2,
5705:3
**LEGER** [2] - 5551:21,
5551:22
**LEL** [2] - 5606:24,
5668:8
**less** [2] - 5714:10,
5714:16
**lessons** [1] - 5602:6

**Lessons** [1] - 5599:14
**letter** [1] - 5563:1
**letting** [2] - 5654:25,
5662:15
**level** [21] - 5592:7,
5608:14, 5609:20,
5609:22, 5616:7,
5616:9, 5616:12,
5617:12, 5618:1,
5618:5, 5618:6,
5618:16, 5618:16,
5618:18, 5619:1,
5619:2, 5644:22,
5644:23, 5698:12
**leveled** [1] - 5726:18
**levels** [1] - 5618:24
**LEWIS** [4] - 5551:14,
5554:15, 5556:14,
5556:19
**Li** [2] - 5570:11,
5658:12
**LI** [48] - 5555:15,
5570:11, 5571:1,
5571:4, 5571:6,
5602:25, 5603:1,
5616:24, 5617:1,
5622:9, 5622:10,
5634:14, 5634:22,
5634:25, 5635:6,
5635:8, 5635:15,
5635:16, 5641:21,
5641:23, 5647:16,
5647:22, 5651:6,
5651:10, 5651:14,
5651:15, 5655:18,
5655:21, 5655:22,
5656:11, 5656:13,
5657:14, 5657:21,
5657:22, 5658:7,
5658:13, 5658:14,
5677:25, 5707:18,
5707:21, 5707:24,
5708:4, 5708:23,
5709:14, 5709:19,
5709:21, 5710:3,
5727:11
**LI**........................ [1] -
5558:7
**license** [8] - 5571:20,
5571:21, 5571:24,
5572:1, 5572:2,
5572:6, 5572:8,
5573:6
**licenses** [1] - 5573:3
**life** [15] - 5584:2,
5584:3, 5584:7,
5665:19, 5679:20,
5679:22, 5680:17,
5691:5, 5698:4,
5720:22, 5721:20,

5722:20, 5723:7,
5723:23
**LIFE** [1] - 5551:15
**Lifeboat** [1] - 5584:1
**lifeboat** [6] - 5691:6,
5698:14, 5719:10,
5719:12, 5719:19,
5721:21
**lifeboats** [10] -
5583:24, 5583:25,
5584:1, 5584:7,
5698:5, 5699:3,
5720:1, 5720:2,
5720:5, 5724:15
**lifejackets** [1] - 5698:2
**lifesaving** [4] -
5578:22, 5659:2,
5679:18, 5698:1
**lift** [1] - 5584:4
**lifted** [1] - 5582:3
**lifts** [2] - 5581:22,
5581:23
**light** [2] - 5609:8,
5611:14
**lighting** [1] - 5581:11
**lights** [3] - 5569:13,
5569:14, 5593:20
**likewise** [1] - 5561:19
**limit** [4] - 5564:13,
5568:17, 5606:24,
5649:3
**Lindner** [1] - 5564:15
**line** [9] - 5594:2,
5608:25, 5619:23,
5620:7, 5677:16,
5678:9, 5679:17,
5698:3, 5711:12
**lined** [1] - 5678:11
**lingered** [1] - 5591:19
**link** [2] - 5592:4,
5723:15
**LISKOW** [1] - 5554:15
**list** [12] - 5559:23,
5560:9, 5560:11,
5560:23, 5561:1,
5561:10, 5561:19,
5561:21, 5562:16,
5564:16, 5569:4,
5665:21
**listed** [4] - 5559:21,
5560:4, 5654:3,
5679:14
**listen** [1] - 5611:9
**literally** [3] - 5597:7,
5635:2, 5717:9
**LITIGATION** [1] -
5553:16
**live** [2] - 5564:9,
5564:17
**lives** [2] - 5700:25,

5726:7
**LLC** [1] - 5555:3
**Lloyd** [1] - 5695:5
**Lloyd's** [6] - 5695:2,
5695:8, 5695:10,
5695:13, 5695:17
**load** [3] - 5698:9,
5698:10, 5720:22
**loaded** [2] - 5582:24,
5722:10
**loading** [1] - 5698:7
**loads** [3] - 5581:10,
5582:2
**local** [1] - 5628:7
**localized** [1] - 5613:18
**locally** [1] - 5646:4
**located** [4] - 5581:1,
5583:24, 5584:9,
5607:1
**location** [24] -
5574:19, 5574:23,
5580:20, 5582:8,
5585:14, 5590:14,
5591:2, 5594:18,
5601:20, 5601:22,
5609:1, 5610:11,
5618:4, 5624:7,
5629:7, 5632:17,
5645:7, 5645:20,
5649:3, 5649:22,
5698:20, 5698:22,
5707:12, 5707:19
**locations** [12] -
5574:22, 5586:25,
5587:14, 5587:19,
5594:14, 5606:25,
5622:5, 5622:21,
5661:10, 5698:21,
5707:9, 5707:25
**Locker** [2] - 5629:21,
5725:1
**locker** [2] - 5629:22,
5716:1
**locking** [1] - 5638:22
**lockout/tagout** [3] -
5638:18, 5639:3
**lockout/tagouts** [1] -
5599:19
**log** [2] - 5632:16,
5639:3, 5661:3
**logbook** [1] - 5669:23
**logged** [2] - 5639:5,
5669:23
**logger** [1] - 5592:13
**logging** [1] - 5592:13
**logic** [3] - 5631:10,
5631:11, 5637:16
**long-term** [3] -
5579:5, 5604:10,
5676:12

**look** [69] - 5563:5,
5565:3, 5565:13,
5567:21, 5568:1,
5578:9, 5578:10,
5578:13, 5578:17,
5578:22, 5586:13,
5586:17, 5586:23,
5586:25, 5587:13,
5587:14, 5587:19,
5600:19, 5604:19,
5608:12, 5617:7,
5617:8, 5618:5,
5618:11, 5618:25,
5619:14, 5633:17,
5635:21, 5644:4,
5647:1, 5650:3,
5650:4, 5652:16,
5653:6, 5655:23,
5656:19, 5660:8,
5662:23, 5662:24,
5667:21, 5669:1,
5669:18, 5672:2,
5672:5, 5672:22,
5675:11, 5675:22,
5676:20, 5677:9,
5677:14, 5678:5,
5678:19, 5679:6,
5679:19, 5684:13,
5684:16, 5687:7,
5688:15, 5688:16,
5689:9, 5689:13,
5689:23, 5691:19,
5699:13, 5700:3,
5703:22, 5713:2,
5713:9, 5725:4
**looked** [6] - 5565:12,
5622:8, 5648:14,
5705:3, 5717:13
**looking** [24] - 5578:16,
5585:8, 5586:6,
5593:23, 5593:25,
5616:17, 5617:23,
5661:18, 5683:15,
5683:17, 5683:18,
5684:5, 5684:7,
5685:8, 5705:6,
5705:19, 5707:22,
5708:12, 5712:9,
5713:6, 5713:11,
5713:15, 5713:23
**looks** [5] - 5579:25,
5585:9, 5589:20,
5610:25, 5650:14
**loose** [1] - 5644:1
**LOS** [1] - 5555:16
**lose** [2] - 5601:16,
5655:7
**lost** [3] - 5713:3,
5714:2, 5714:3
**loud** [3] - 5608:2,

5711:10, 5711:15
**louder** [1] - 5711:13
**loudest** [1] - 5711:14
**Louis** [1] - 5659:19
**LOUISIANA** [4] -
5550:2, 5550:8,
5554:3, 5554:5
**Louisiana** [2] -
5728:5, 5728:6
**low** [3] - 5606:24,
5637:10, 5678:12
**lower** [3] - 5627:4,
5650:17, 5722:13
**lowered** [1] - 5722:25
**lowering** [1] - 5722:25
**Luis** [1] - 5570:11
**LUIS** [1] - 5555:15
**lunch** [2] - 5727:17
**LUNCHEON** [1] -
5558:8
**luncheon** [1] -
5727:22
**LUTHER** [1] - 5553:22

# M

**ma'am** [1] - 5687:13
**machine** [1] - 5664:5
**machinery** [2] -
5575:6, 5580:7
**Macondo** [1] - 5598:2
**MAGAZINE** [1] -
5552:18
**magenta** [3] -
5608:19, 5608:21,
5610:18
**MAHTOOK** [1] -
5555:18
**mail** [8] - 5563:14,
5672:23, 5673:15,
5673:16, 5683:5,
5683:14, 5684:18
**mailbox** [1] - 5673:24
**mails** [3] - 5567:16,
5704:14, 5704:15
**MAIN** [1] - 5552:11
**main** [10] - 5580:12,
5580:23, 5582:24,
5586:6, 5586:7,
5591:21, 5591:25,
5706:23, 5716:6,
5722:23
**maintain** [4] - 5575:3,
5645:19, 5669:4,
5697:22
**maintained** [1] -
5682:22
**maintaining** [3] -
5584:6, 5664:21,

5725:12
**maintenance** [47] -
5577:16, 5578:3,
5578:7, 5578:20,
5578:21, 5579:6,
5579:7, 5620:7,
5627:22, 5657:23,
5657:24, 5658:16,
5658:19, 5658:20,
5659:1, 5659:13,
5659:23, 5660:1,
5660:5, 5660:12,
5661:22, 5662:2,
5662:8, 5662:19,
5663:15, 5663:24,
5664:1, 5664:7,
5664:11, 5667:12,
5668:20, 5668:21,
5670:14, 5670:18,
5672:17, 5679:7,
5679:16, 5681:13,
5682:4, 5682:7,
5683:8, 5683:12,
5687:4, 5689:20,
5691:16, 5702:11,
5720:8
**majority** [1] - 5592:21
**maker** [1] - 5677:11
**malfunction** [1] -
5683:16
**MALINDA** [1] -
5553:12
**man** [2] - 5627:24,
5628:13
**manage** [1] - 5681:19
**management** [3] -
5589:5, 5597:17,
5597:20
**manager** [4] - 5565:5,
5567:25, 5625:15,
5661:25
**managers** [2] -
5662:22, 5695:25
**manifests** [1] - 5671:2
**manned** [1] - 5662:10
**manning** [2] -
5688:17, 5691:7
**manual** [9] - 5612:25,
5613:12, 5615:13,
5619:6, 5625:4,
5637:2, 5638:5,
5638:9, 5648:8
**manually** [3] - 5636:3,
5637:25, 5638:3
**manuals** [1] - 5584:15
**manufacturer** [1] -
5684:17
**map** [1] - 5629:6
**MARCH** [2] - 5550:9,
5559:2

**March** [3] - 5559:19,
5560:10, 5674:24
**marine** [11] - 5577:15,
5595:16, 5625:13,
5650:17, 5651:5,
5659:4, 5673:19,
5673:20, 5674:25,
5675:25, 5676:5
**Maritime** [1] -
5571:18, 5572:12
**maritime** [2] -
5571:24, 5572:10
**master** [29] - 5571:12,
5579:12, 5579:15,
5583:3, 5619:4,
5619:8, 5619:10,
5619:20, 5619:23,
5620:2, 5623:3,
5623:10, 5623:19,
5623:22, 5623:25,
5624:7, 5624:10,
5625:9, 5625:13,
5627:22, 5628:25,
5629:2, 5634:3,
5634:6, 5634:12,
5634:15, 5651:22,
5725:2
**master's** [4] - 5572:7,
5619:12, 5620:1,
5627:25
**masters** [1] - 5624:19
**Mate** [9] - 5606:9,
5653:23, 5657:24,
5658:18, 5664:17,
5666:8, 5673:23,
5681:3, 5687:10
**mate** [18] - 5573:20,
5575:10, 5575:11,
5576:14, 5576:16,
5577:5, 5577:12,
5577:14, 5577:17,
5583:3, 5595:13,
5595:15, 5617:15,
5653:13, 5653:14,
5683:10, 5696:15
**mate's** [7] - 5571:20,
5571:21, 5572:2,
5572:3, 5572:6,
5573:6, 5575:11
**mate's/master's** [1] -
5572:5
**mates** [1] - 5573:3
**matrix** [1] - 5646:5,
5698:20
**matter** [3] - 5597:5,
5689:11, 5728:9
**matters** [1] - 5559:12
**MATTHEW** [1] -
5554:24
**maximum** [1] -

5568:17
**Mayfield** [5] - 5717:23,
5718:1, 5718:10,
5718:13, 5718:20
**MAZE** [1] - 5553:22
**McCLELLAN** [1] -
5553:10
**McKay** [2] - 5566:4,
5570:1
**McKay's** [1] - 5566:19
**MCKINNEY** [1] -
5556:10
**mean** [17] - 5583:14,
5584:16, 5602:2,
5610:20, 5619:9,
5624:3, 5638:20,
5642:10, 5643:1,
5646:16, 5681:18,
5685:2, 5685:4,
5710:8, 5712:8,
5712:24, 5712:25
**meaning** [2] -
5626:20, 5684:19
**means** [6] - 5596:23,
5598:10, 5603:16,
5647:5, 5648:4,
5648:22
**measurements** [1] -
5683:21
**MECHANICAL** [1] -
5557:7
**mechanisms** [1] -
5589:11
**medical** [2] - 5699:1,
5699:2
**meet** [4] - 5672:8,
5686:15, 5688:4,
5690:20
**meeting** [11] -
5604:14, 5605:18,
5671:7, 5674:12,
5701:16, 5702:1,
5702:23, 5702:25,
5703:2, 5706:5
**meetings** [2] -
5603:24, 5605:18
**MEINHART** [1] -
5558:5
**Meinhart** [3] - 5568:8,
5569:18, 5569:20
**member** [6] - 5617:2,
5636:1, 5636:5,
5640:13, 5651:16,
5696:9
**members** [8] -
5572:21, 5603:7,
5657:1, 5687:4,
5689:20, 5691:16,
5716:11, 5719:19
**men** [1] - 5659:16

**mention** [2] - 5674:2,
5705:10
**mentioned** [16] -
5560:8, 5560:17,
5561:6, 5561:17,
5561:25, 5562:11,
5562:21, 5573:15,
5608:6, 5649:24,
5664:10, 5688:19,
5688:24, 5700:16,
5708:6, 5712:15
**merchant** [2] - 5573:2,
5573:5, 5635:19
**Merit** [2] - 5728:4,
5728:15
**MERIT** [1] - 5557:4
**merits** [1] - 5611:23
**messy** [1] - 5675:8
**met** [2] - 5652:6,
5693:13
**meter** [1] - 5677:10
**MEXICO** [1] - 5550:6
**mic** [1] - 5571:4
**MICHAEL** [3] -
5552:22, 5555:14,
5558:4
**Michael** [1] - 5569:15
**MICHELLE** [1] -
5553:11
**microphone** [1] -
5590:2
**middle** [4] - 5641:18,
5697:19, 5705:23,
5712:6
**might** [18] - 5595:2,
5597:11, 5597:13,
5604:13, 5609:10,
5610:25, 5612:15,
5615:1, 5617:21,
5630:20, 5637:17,
5637:18, 5647:2,
5668:17, 5680:22,
5685:15, 5699:10
**Mike** [3] - 5670:6,
5715:22, 5716:13,
5717:23, 5718:1,
5718:10, 5718:13,
5718:15
**military** [3] - 5572:17,
5572:18, 5572:22
**Millennium** [1] -
5576:18
**MILLER** [1] - 5555:6
**million** [1] - 5677:10
**mind** [2] - 5565:2,
5642:6
**minimum** [2] -
5688:17, 5691:7
**minute** [2] - 5714:10,
5714:16

**minutes** [3] - 5568:18, 5727:18, 5727:20
**miscalibrated** [1] - 5668:17
**misleading** [1] - 5666:10
**MMS** [7] - 5692:16, 5692:17, 5692:19, 5692:20, 5692:23, 5693:1, 5693:3
**MOBILE** [1] - 5551:12
**mobile** [2] - 5574:20, 5635:20
**mode** [11] - 5630:12, 5630:13, 5631:1, 5631:4, 5633:2, 5641:2, 5667:16, 5670:9, 5670:11, 5704:1
**model** [1] - 5574:17
**modes** [1] - 5703:24
**MODU** [11] - 5573:13, 5577:22, 5580:13, 5618:9, 5618:10, 5619:19, 5619:22, 5624:9, 5644:13, 5644:22, 5644:25
**MODU's** [2] - 5624:9, 5644:14
**module** [4] - 5652:22, 5653:2, 5653:15, 5653:24
**ModuSpec** [13] - 5665:3, 5665:5, 5666:8, 5666:10, 5666:21, 5667:3, 5667:9, 5667:18, 5694:11, 5694:15, 5694:18, 5694:21, 5694:23
**moment** [7] - 5614:20, 5628:18, 5633:20, 5644:16, 5696:14, 5714:6, 5714:8
**moments** [1] - 5720:16
**MONDAY** [2] - 5550:9, 5559:2
**monitor** [10] - 5587:3, 5587:6, 5587:8, 5587:10, 5593:11, 5593:12, 5593:14, 5708:10, 5708:12, 5708:18
**monitoring** [2] - 5591:7, 5617:3
**MONTGOMERY** [1] - 5553:24
**month** [5] - 5578:9, 5661:11, 5674:3,

5682:15
**monthly** [3] - 5578:8, 5660:6, 5668:25
**months** [2] - 5671:4, 5678:15
**morning** [22] - 5559:8, 5559:9, 5560:11, 5560:20, 5560:21, 5561:8, 5562:4, 5562:14, 5562:25, 5563:9, 5564:3, 5565:4, 5568:8, 5568:20, 5570:11, 5571:2, 5571:3, 5572:20, 5658:3, 5661:16, 5678:23, 5679:4
**MORNING** [1] - 5550:20
**motors** [1] - 5580:22
**mouse** [1] - 5587:14
**move** [21] - 5562:8, 5583:14, 5592:23, 5597:25, 5606:4, 5614:16, 5615:5, 5618:10, 5642:5, 5647:16, 5651:11, 5657:21, 5657:23, 5670:20, 5675:16, 5701:3, 5709:18, 5709:19, 5709:21, 5716:24, 5717:15
**moved** [6] - 5572:3, 5575:10, 5576:9, 5582:3, 5583:5, 5721:10
**moving** [5] - 5580:20, 5581:23, 5596:21, 5658:4, 5719:8
**MR** [96] - 5558:7, 5559:13, 5560:3, 5560:9, 5560:20, 5562:20, 5562:4, 5562:13, 5562:14, 5562:23, 5563:6, 5563:8, 5563:23, 5564:10, 5565:1, 5565:5, 5565:10, 5565:16, 5565:19, 5565:22, 5567:7, 5567:22, 5567:23, 5568:14, 5568:22, 5568:23, 5569:7, 5569:10, 5569:17, 5569:22, 5570:4, 5570:7, 5570:9, 5570:11, 5571:1, 5571:4, 5571:6, 5602:25, 5603:1, 5616:20, 5616:24,

5617:1, 5622:9, 5622:10, 5634:5, 5634:14, 5634:18, 5634:22, 5634:25, 5635:6, 5635:8, 5635:11, 5635:15, 5635:16, 5641:20, 5641:21, 5641:22, 5641:23, 5647:16, 5647:22, 5651:1, 5651:6, 5651:10, 5651:14, 5651:15, 5655:13, 5655:18, 5655:21, 5655:22, 5656:4, 5656:11, 5656:13, 5657:11, 5657:14, 5657:16, 5657:21, 5657:22, 5658:7, 5658:13, 5658:14, 5677:15, 5677:22, 5677:25, 5707:18, 5707:21, 5707:24, 5708:4, 5708:16, 5708:23, 5709:6, 5709:14, 5709:19, 5709:21, 5710:3, 5727:11, 5727:15
**MS** [3] - 5561:8, 5561:19, 5562:2
**mud** [3] - 5632:5, 5712:22, 5713:5
**multiple** [3] - 5587:19, 5596:25, 5658:23
**MUNGER** [1] - 5555:13
**must** [5] - 5566:14, 5566:15, 5636:3, 5685:14
**muster** [26] - 5611:15, 5612:7, 5612:10, 5612:11, 5612:12, 5621:10, 5622:5, 5629:7, 5629:13, 5629:14, 5629:17, 5629:18, 5698:23, 5698:24, 5699:2, 5699:3, 5699:6, 5699:22, 5715:15, 5715:16, 5715:17, 5719:10, 5722:23, 5724:13
**mustered** [3] - 5697:18, 5698:23, 5724:14
**mustering** [2] - 5636:6, 5654:19
**musters** [2] - 5697:25, 5724:17

**N**

**name** [5] - 5570:22, 5570:23, 5573:21, 5573:24, 5606:19
**named** [1] - 5644:19
**NATHANIEL** [1] - 5553:6
**NATURAL** [1] - 5553:3
**nature** [1] - 5567:15
**naval** [1] - 5571:19
**navigate** [4] - 5585:12, 5588:15, 5614:9, 5614:18
**navigating** [2] - 5611:6, 5624:18
**Navigation** [1] - 5633:25
**navigation** [1] - 5725:13
**Navy** [1] - 5652:14
**near** [1] - 5723:13
**necessarily** [3] - 5617:19, 5617:25, 5639:13
**necessary** [3] - 5597:23, 5600:14, 5625:12
**need** [23] - 5565:6, 5571:25, 5586:13, 5586:23, 5607:25, 5612:13, 5614:18, 5615:1, 5624:21, 5629:23, 5643:9, 5647:19, 5652:6, 5653:1, 5654:23, 5655:7, 5663:25, 5665:23, 5671:9, 5682:22, 5684:19, 5685:2, 5685:7
**needed** [29] - 5572:5, 5574:5, 5574:8, 5579:1, 5580:19, 5582:3, 5585:18, 5599:9, 5605:11, 5613:17, 5629:16, 5662:2, 5662:13, 5662:15, 5664:8, 5665:2, 5671:8, 5671:11, 5672:1, 5672:2, 5672:5, 5674:10, 5682:8, 5682:15, 5683:25, 5685:10, 5697:10, 5706:4, 5716:19
**needs** [5] - 5574:18, 5660:19, 5661:21, 5665:18, 5665:25
**never** [5] - 5567:16,

5602:17, 5641:19, 5641:25, 5682:12
**NEW** [10] - 5550:8, 5551:8, 5551:16, 5551:23, 5552:18, 5554:11, 5554:17, 5555:7, 5556:5, 5557:5
**new** [5] - 5566:17, 5598:10, 5676:22, 5700:10, 5703:25
**New** [2] - 5571:18, 5572:12
**newer** [1] - 5665:19
**Newman** [1] - 5623:23
**next** [27] - 5569:9, 5569:23, 5576:13, 5587:6, 5590:3, 5591:13, 5604:15, 5604:16, 5609:16, 5609:20, 5609:22, 5609:23, 5610:13, 5612:3, 5640:1, 5661:16, 5669:19, 5704:12, 5705:4, 5706:7, 5706:17, 5714:17, 5714:21, 5717:4, 5718:21, 5722:2, 5724:6
**nice** [2] - 5559:10, 5707:22
**night** [5] - 5641:10, 5708:21, 5726:7, 5726:11, 5726:14
**NINTH** [1] - 5552:7
**NO** [3] - 5550:8, 5550:12, 5550:14
**noise** [6] - 5594:4, 5607:25, 5608:1, 5608:2, 5711:7, 5714:7
**noises** [1] - 5711:14
**none** [2] - 5560:16, 5562:10
**nonessential** [1] - 5699:3
**NONJURY** [1] - 5550:21
**NORFOLK** [1] - 5555:23
**normal** [4] - 5625:14, 5664:4, 5664:6, 5711:19
**normally** [1] - 5678:12
**NORTH** [1] - 5554:6
**note** [5] - 5579:3, 5644:12, 5661:4, 5661:21, 5667:15
**noted** [1] - 5661:4
**notes** [2] - 5667:14,

5685:5
**nothing** [3] - 5570:15, 5605:15, 5705:18
**notice** [1] - 5661:20
**noticed** [3] - 5712:14, 5713:2, 5713:3
**noticing** [1] - 5603:18
**notifications** [1] - 5655:9
**notwithstanding** [1] - 5645:24
**number** [14] - 5559:15, 5564:12, 5571:23, 5585:1, 5608:23, 5608:24, 5631:18, 5632:17, 5642:18, 5650:12, 5651:20, 5659:3, 5675:11, 5684:11
**Number** [10] - 5629:21, 5676:23, 5678:2, 5681:16, 5681:23, 5681:25, 5682:2, 5682:5, 5708:25, 5715:15
**numbered** [1] - 5728:9
**numbers** [4] - 5674:6, 5681:8, 5681:9
**NVIC** [2] - 5633:23, 5633:24
**NW** [1] - 5554:20

# O

**o'clock** [4] - 5702:19, 5703:3, 5703:4, 5703:6
**O'KEEFE** [1] - 5551:8
**O'ROURKE** [1] - 5553:4
**oath** [1] - 5570:20
**object** [6] - 5567:9, 5634:5, 5635:11, 5656:4, 5677:15, 5709:13
**objection** [22] - 5559:25, 5560:1, 5560:6, 5560:7, 5560:12, 5560:15, 5561:4, 5561:5, 5561:12, 5561:16, 5561:21, 5562:9, 5564:20, 5565:11, 5616:20, 5635:14, 5655:13, 5655:20, 5677:23, 5708:17, 5709:6, 5709:7
**objections** [7] - 5561:14, 5561:23,

5562:8, 5562:18, 5562:19, 5564:25, 5569:6
**obligations** [2] - 5634:6, 5634:11
**observations** [1] - 5603:6
**observe** [1] - 5603:8
**obstructed** [1] - 5718:2, 5718:4
**obstruction** [1] - 5678:9
**obtaining** [1] - 5680:16
**obvious** [1] - 5606:12
**obviously** [10] - 5563:20, 5565:8, 5565:15, 5579:18, 5579:23, 5580:6, 5584:20, 5613:8, 5706:24, 5714:6
**occasion** [1] - 5615:14
**occasionally** [1] - 5617:7
**occasions** [1] - 5642:18
**occurred** [1] - 5623:8
**Ocean** [1] - 5574:4
**ocean** [6] - 5575:1, 5585:4, 5585:9, 5585:24, 5586:1, 5586:4
**Odom** [1] - 5565:25
**OF** [14] - 5550:2, 5550:6, 5550:13, 5550:15, 5550:21, 5552:21, 5553:3, 5553:9, 5553:15, 5553:21, 5554:3, 5554:4, 5554:5
**off-loaded** [1] - 5582:24
**offer** [4] - 5559:23, 5560:13, 5561:12, 5561:21
**offered** [4] - 5559:22, 5560:25, 5634:5, 5656:5
**offering** [1] - 5559:20
**office** [5] - 5570:9, 5663:10, 5680:11, 5710:14, 5710:18
**OFFICE** [5] - 5551:4, 5553:13, 5553:21, 5554:3, 5554:7
**officer** [7] - 5573:3, 5575:5, 5575:25, 5623:5, 5651:22, 5653:10, 5724:22

**officers** [1] - 5652:25
**Official** [2] - 5728:5, 5728:15
**OFFICIAL** [1] - 5557:3
**officials** [2] - 5702:9, 5702:10
**offs** [1] - 5572:2
**offshore** [2] - 5573:4, 5635:20
**OFFSHORE** [1] - 5555:4
**often** [12] - 5566:13, 5600:25, 5615:16, 5615:17, 5630:22, 5630:23, 5643:18, 5661:14, 5662:6, 5662:12, 5668:21, 5704:1
**oftentimes** [1] - 5639:25
**OIL** [2] - 5550:5
**oil** [1] - 5573:5
**OIM** [13] - 5619:3, 5619:10, 5619:23, 5620:5, 5623:7, 5624:6, 5624:10, 5627:22, 5628:25, 5629:2, 5673:23, 5725:10
**OIM's** [2] - 5618:13, 5628:3
**OIMs** [2] - 5624:14, 5624:16
**OJT** [2] - 5652:20, 5653:2
**old** [2] - 5571:14, 5645:18
**older** [1] - 5684:15
**OLSON** [1] - 5555:13
**ON** [1] - 5550:6
**on-desk** [3] - 5590:11, 5591:2, 5591:4
**on-scene** [1] - 5696:21
**on-the-job** [10] - 5572:1, 5651:25, 5652:2, 5652:4, 5652:7, 5652:8, 5652:12, 5652:25, 5657:5, 5657:9
**onboard** [25] - 5619:22, 5621:9, 5623:23, 5652:9, 5659:15, 5660:1, 5662:10, 5664:12, 5665:2, 5669:22, 5671:3, 5671:4, 5671:10, 5680:10, 5680:15, 5680:19, 5686:13, 5686:16,

5688:17, 5691:9, 5691:10, 5697:12, 5701:25, 5702:3, 5702:5
**once** [22] - 5568:5, 5576:6, 5596:10, 5612:5, 5620:24, 5629:8, 5632:8, 5661:15, 5671:3, 5674:17, 5678:12, 5698:14, 5713:2, 5715:13, 5716:21, 5718:6, 5718:13, 5719:22, 5722:4, 5723:8, 5724:5, 5724:12
**one** [94] - 5559:23, 5564:7, 5565:24, 5566:4, 5567:4, 5568:15, 5568:23, 5569:1, 5570:1, 5580:12, 5580:20, 5582:6, 5583:13, 5586:15, 5587:4, 5587:6, 5589:20, 5590:12, 5590:17, 5590:18, 5590:20, 5590:22, 5591:13, 5591:14, 5591:23, 5591:24, 5591:25, 5592:4, 5593:1, 5603:23, 5607:20, 5609:12, 5609:13, 5612:22, 5612:24, 5613:15, 5616:7, 5616:9, 5616:12, 5617:12, 5618:1, 5618:13, 5618:16, 5618:17, 5618:18, 5619:7, 5621:21, 5624:7, 5624:18, 5630:19, 5631:15, 5631:16, 5634:8, 5637:6, 5638:2, 5639:23, 5640:13, 5640:19, 5641:14, 5646:6, 5646:7, 5650:8, 5650:12, 5655:4, 5675:3, 5675:6, 5676:1, 5676:13, 5679:3, 5679:4, 5679:16, 5679:17, 5679:18, 5681:21, 5681:23, 5682:13, 5684:4, 5693:15, 5701:15, 5703:14, 5707:18, 5707:24, 5711:4, 5711:14, 5715:18, 5716:12, 5720:14, 5721:2, 5721:25,

5722:12, 5725:11, 5727:19
**ONE** [2] - 5554:16, 5556:9
**ones** [7] - 5564:14, 5567:19, 5593:10, 5622:21, 5682:22, 5685:22, 5686:16
**onshore** [1] - 5565:6
**open** [16] - 5662:15, 5663:9, 5663:11, 5663:15, 5664:1, 5664:4, 5666:13, 5666:16, 5666:21, 5675:4, 5675:11, 5676:8, 5676:10, 5676:21, 5677:9, 5689:12
**operate** [2] - 5678:12, 5725:16
**operates** [1] - 5575:6
**operating** [2] - 5652:20, 5665:24
**operation** [3] - 5624:17, 5669:13, 5673:8
**operations** [12] - 5581:14, 5592:10, 5595:16, 5598:1, 5624:5, 5624:6, 5624:15, 5624:16, 5625:4, 5625:8, 5697:19, 5711:19
**operator** [16] - 5575:25, 5576:1, 5576:2, 5576:7, 5576:15, 5576:16, 5580:12, 5582:5, 5609:5, 5627:24, 5652:20, 5654:1, 5657:5, 5657:9, 5716:16, 5725:15
**operators** [1] - 5590:9
**opine** [1] - 5634:11
**opinion** [6] - 5634:19, 5635:4, 5635:6, 5635:12, 5664:3, 5726:18
**opinions** [1] - 5634:8
**opportunity** [6] - 5602:3, 5602:7, 5603:8, 5604:16, 5632:10, 5647:8
**opposed** [1] - 5614:14
**optic** [2] - 5574:1, 5574:2
**optimum** [1] - 5703:23
**option** [1] - 5637:23
**options** [1] - 5619:21
**order** [18] - 5614:16,

5647:13, 5652:6, 5653:1, 5653:10, 5660:10, 5660:22, 5667:13, 5669:5, 5669:6, 5669:7, 5669:19, 5674:5, 5674:6, 5683:15, 5721:12, 5721:15

**ORDER** [1] - 5559:4

**ordered** [1] - 5634:7

**ordering** [1] - 5683:20

**orders** [2] - 5660:9, 5688:15

**ordinarily** [1] - 5641:5

**ordinary** [1] - 5659:10

**organize** [4] - 5578:23, 5665:1, 5671:10, 5702:6

**organizing** [2] - 5658:25, 5724:16

**orient** [1] - 5587:20

**orientated** [1] - 5671:3

**orientation** [2] - 5671:5, 5671:6

**oriented** [1] - 5585:6

**originally** [3] - 5637:21, 5709:15, 5709:23

**ORLEANS** [10] - 5550:8, 5551:8, 5551:16, 5551:23, 5552:18, 5554:11, 5554:17, 5555:7, 5556:5, 5557:5

**otherwise** [1] - 5670:10

**ourselves** [1] - 5656:9

**out-of-service** [7] - 5663:20, 5665:7, 5665:22, 5666:2, 5683:18, 5701:20, 5701:23

**outline** [1] - 5610:17

**output** [2] - 5631:10, 5633:9

**outputs** [4] - 5612:19, 5631:8, 5633:5

**outside** [7] - 5574:15, 5711:19, 5713:21, 5715:18, 5716:5, 5721:5, 5721:14

**overall** [6] - 5579:16, 5628:1, 5661:18, 5665:17, 5681:19, 5725:5

**overboard** [3] - 5614:13, 5708:25, 5709:2

**overdue** [1] - 5680:5

**overhanging** [1] -

5585:21

**overhead** [1] - 5717:11

**overlap** [1] - 5564:2

**overly** [1] - 5705:18

**overridden** [1] - 5633:19

**override** [16] - 5594:13, 5633:2, 5633:4, 5633:5, 5633:11, 5633:12, 5633:14, 5636:15, 5638:16, 5639:5, 5641:1, 5641:5, 5641:7, 5646:22

**overriding** [6] - 5623:14, 5623:18, 5624:22, 5625:10, 5633:15, 5638:15

**overrule** [1] - 5677:23

**oversight** [2] - 5658:20, 5658:24

**overview** [4] - 5577:8, 5606:5, 5610:10, 5622:4

**own** [4] - 5581:4, 5605:17, 5605:18, 5616:3

## P

**P.A** [1] - 5612:6

**p.m** [3] - 5701:6, 5702:20, 5702:21

**P.O** [1] - 5553:7

**PA** [3] - 5590:2, 5629:9, 5715:11

**Pacific** [1] - 5574:4

**package** [2] - 5581:10, 5650:17

**packet** [2] - 5622:3

**page** [9] - 5563:1, 5593:21, 5602:25, 5608:16, 5610:4, 5612:19, 5612:21, 5625:5, 5669:19

**PAGE** [2] - 5558:2, 5558:13

**pages** [5] - 5559:21, 5567:9, 5612:22

**paint** [3] - 5577:16, 5659:1, 5659:3

**painter** [3] - 5723:12, 5723:15

**PALMINTIER** [1] - 5552:10

**PAN** [1] - 5551:15

**panel** [11] - 5607:11, 5608:15, 5609:7,

5610:24, 5631:5, 5636:24, 5668:13, 5708:14, 5715:4, 5715:5, 5715:8

**Panel** [1] - 5707:14

**panels** [8] - 5587:1, 5587:2, 5607:12, 5607:17, 5607:19, 5646:5, 5646:6, 5646:8

**panicking** [3] - 5712:11, 5712:12, 5712:13

**paperwork** [1] - 5592:19

**parachute** [1] - 5698:3

**paragraph** [1] - 5635:24

**paragraphs** [1] - 5667:10

**Parker** [1] - 5659:19

**part** [12] - 5564:7, 5598:16, 5625:24, 5653:9, 5664:19, 5667:2, 5681:10, 5681:18, 5686:2, 5697:12, 5700:6, 5727:7

**participate** [1] - 5697:4

**participated** [1] - 5603:7

**particular** [17] - 5567:19, 5575:3, 5591:20, 5600:11, 5600:20, 5601:9, 5602:14, 5630:24, 5632:13, 5633:15, 5633:22, 5645:14, 5654:6, 5655:16, 5664:25, 5700:12, 5707:25

**parties** [4] - 5564:6, 5616:10, 5688:25, 5689:2

**parts** [7] - 5578:14, 5653:5, 5663:19, 5674:5, 5676:25, 5677:10, 5684:7

**party** [2] - 5563:20, 5564:7

**pass** [1] - 5727:11

**passed** [2] - 5710:14, 5723:20

**passengers** [1] - 5636:7

**passing** [2] - 5598:14, 5676:1

**passive** [12] - 5630:10, 5630:12,

5630:13, 5630:14, 5630:17, 5630:20, 5630:25, 5639:4, 5667:15, 5670:9, 5670:11, 5682:8

**past** [3] - 5707:1, 5709:18, 5710:14

**PAUL** [2] - 5551:14, 5558:5

**Paul** [6] - 5564:20, 5565:5, 5567:8, 5568:19, 5569:20, 5682:1

**Paul's** [1] - 5568:16

**pause** [1] - 5593:2

**PENNSYLVANIA** [1] - 5554:20

**people** [69] - 5567:16, 5579:16, 5582:1, 5596:3, 5597:14, 5597:24, 5598:12, 5599:6, 5599:10, 5600:2, 5601:18, 5602:4, 5603:9, 5603:17, 5603:18, 5603:20, 5605:12, 5612:7, 5612:13, 5613:9, 5613:10, 5613:21, 5616:2, 5617:18, 5621:11, 5629:17, 5629:19, 5634:9, 5639:15, 5640:1, 5641:14, 5652:9, 5653:5, 5655:16, 5659:12, 5660:10, 5671:8, 5671:11, 5695:22, 5696:1, 5697:20, 5698:1, 5698:10, 5699:3, 5699:6, 5699:7, 5701:1, 5701:11, 5702:6, 5705:22, 5716:2, 5716:17, 5716:18, 5716:19, 5717:21, 5718:23, 5720:1, 5720:10, 5722:5, 5722:8, 5722:11, 5723:3, 5724:10, 5724:13, 5724:14, 5724:16, 5724:18, 5726:10, 5727:7

**people's** [4] - 5602:5, 5602:12, 5726:11, 5726:14

**PEPPER** [1] - 5557:3

**Pepper** [3] - 5728:3, 5728:13, 5728:14

**per** [2] - 5562:23, 5677:10

**percentage** [1] - 5668:8

**perform** [2] - 5645:1, 5660:16

**performance** [1] - 5662:22

**performed** [2] - 5618:24, 5650:15

**perhaps** [1] - 5708:19

**period** [8] - 5663:20, 5663:23, 5665:7, 5666:3, 5674:3, 5683:18, 5701:20, 5701:23

**periodically** [1] - 5660:5

**periods** [3] - 5665:22, 5683:18

**Perkin** [5] - 5559:17, 5559:19, 5560:4, 5568:24, 5569:2

**permanent** [1] - 5576:19

**permission** [1] - 5654:24

**permit** [2] - 5599:25, 5639:4

**permitted** [1] - 5566:12

**person** [32] - 5575:5, 5590:12, 5600:7, 5603:13, 5624:1, 5624:4, 5624:10, 5624:22, 5632:17, 5636:4, 5638:23, 5639:23, 5653:14, 5653:15, 5655:10, 5664:21, 5674:18, 5687:21, 5690:12, 5692:13, 5693:4, 5694:5, 5694:24, 5695:14, 5715:16, 5715:22, 5719:1, 5721:23, 5722:7, 5722:10, 5723:18, 5724:19

**personal** [2] - 5657:20, 5685:19

**personality** [1] - 5685:3

**personally** [9] - 5604:25, 5615:7, 5671:21, 5672:8, 5680:16, 5686:15, 5687:17, 5688:4, 5714:23

**personnel** [11] - 5581:24, 5612:9, 5619:22, 5627:12, 5639:20, 5671:1,

5697:3, 5702:24, 5703:15, 5712:2

**perspective** [1] - 5566:10

**PETITION** [1] - 5550:13

**PHILLIP** [1] - 5556:4

**philosophy** [6] - 5642:14, 5644:5, 5644:10, 5644:14, 5645:6, 5646:21

**phone** [6] - 5589:20, 5611:10, 5618:2, 5626:7, 5631:24, 5714:12

**physical** [4] - 5597:7, 5597:13, 5597:24, 5632:22

**physically** [3] - 5614:8, 5718:18, 5718:20

**pick** [3] - 5583:11, 5583:13, 5626:6

**picture** [1] - 5584:3

**piece** [11] - 5593:3, 5600:11, 5605:12, 5638:19, 5638:24, 5650:22, 5660:13, 5664:24, 5675:13, 5675:17, 5678:9

**pieces** [6] - 5578:17, 5593:9, 5649:4, 5649:23, 5652:10, 5684:12

**PIGMAN** [1] - 5556:3

**pipe** [17] - 5581:16, 5582:9, 5582:10, 5582:13, 5582:18, 5582:19, 5582:22, 5582:25, 5583:4, 5583:8, 5583:17, 5583:18, 5599:16, 5599:18, 5599:20, 5650:22, 5709:1

**place** [16] - 5575:3, 5590:8, 5592:8, 5596:23, 5597:6, 5597:11, 5599:9, 5599:11, 5600:3, 5600:13, 5624:20, 5633:6, 5661:20, 5663:23, 5674:10, 5696:24

**places** [1] - 5621:17

**PLAINTIFFS** [1] - 5551:3

**plan** [10] - 5596:5, 5599:1, 5599:2, 5599:3, 5599:5, 5600:9, 5600:11,

5671:15, 5696:21

**planned** [11] - 5578:7, 5578:21, 5579:5, 5579:6, 5597:22, 5601:4, 5660:4, 5663:22, 5668:20, 5668:21, 5679:16

**planning** [5] - 5592:19, 5598:25, 5600:23, 5666:2, 5696:17

**plant** [1] - 5646:15

**plants** [1] - 5573:1

**play** [13] - 5563:9, 5563:11, 5564:4, 5564:6, 5564:7, 5564:19, 5567:4, 5568:8, 5569:11, 5569:17, 5569:23, 5615:7, 5688:20

**played** [4] - 5565:15, 5568:10, 5569:16, 5569:21

**PLC** [1] - 5554:15

**Pleasant** [4] - 5711:1, 5711:4, 5717:1, 5717:20

**plot** [1] - 5588:7

**plotting** [1] - 5588:13

**PM** [2] - 5660:6, 5660:7

**pneumatic** [2] - 5638:21

**pockets** [1] - 5613:18

**Point** [4] - 5583:7, 5589:15, 5589:16

**point** [38] - 5564:10, 5579:21, 5579:22, 5585:13, 5585:17, 5596:18, 5602:1, 5612:4, 5624:19, 5635:1, 5638:14, 5641:15, 5655:14, 5668:15, 5685:18, 5687:10, 5704:14, 5705:25, 5713:9, 5713:15, 5715:2, 5716:12, 5718:2, 5718:22, 5720:5, 5720:13, 5720:14, 5721:2, 5721:5, 5721:10, 5721:15, 5721:17, 5722:12, 5723:9, 5723:11, 5724:1, 5724:10, 5725:11

**pointed** [1] - 5718:11

**pointer** [3] - 5579:21, 5587:2, 5708:7

**pointing** [2] - 5630:19,

5700:7

**pollution** [1] - 5625:11

**pontoons** [2] - 5580:5, 5580:16

**port** [11] - 5581:20, 5582:12, 5584:10, 5585:4, 5585:7, 5585:24, 5614:6, 5654:15, 5715:15, 5715:17, 5721:21

**portals** [1] - 5581:6

**portion** [14] - 5566:5, 5566:19, 5567:1, 5578:17, 5580:11, 5586:18, 5599:8, 5600:5, 5622:6, 5653:24, 5696:21, 5696:23, 5697:21, 5715:9

**portions** [7] - 5563:21, 5577:20, 5586:7, 5586:21, 5586:23, 5646:11

**position** [23] - 5564:12, 5567:5, 5572:3, 5574:14, 5575:8, 5575:11, 5576:9, 5576:13, 5580:13, 5583:21, 5590:14, 5636:1, 5652:6, 5652:20, 5653:1, 5653:2, 5653:11, 5653:22, 5655:3, 5655:5, 5655:7, 5681:2, 5687:9

**positioned** [1] - 5644:13

**positioning** [20] - 5574:10, 5574:12, 5575:5, 5575:13, 5575:25, 5576:6, 5576:15, 5576:16, 5590:6, 5590:15, 5613:23, 5651:21, 5652:25, 5653:9, 5653:25, 5657:5, 5657:9, 5673:9, 5725:13, 5725:15

**positions** [2] - 5595:10, 5651:20

**possibilities** [1] - 5617:16

**possibility** [2] - 5602:12, 5654:16

**possible** [7] - 5644:24, 5649:11, 5649:14, 5654:14, 5701:22, 5701:23, 5703:19

**possibly** [2] - 5665:19, 5678:9

**post** [1] - 5600:16

**POST** [3] - 5551:4, 5553:13, 5554:7

**post-job** [1] - 5600:16

**posted** [4] - 5621:15, 5621:18, 5621:22, 5621:24

**poster** [1] - 5622:19

**power** [21] - 5564:16, 5573:1, 5580:22, 5581:9, 5581:11, 5589:4, 5594:17, 5601:16, 5638:20, 5638:21, 5645:19, 5646:15, 5654:13, 5654:15, 5654:17, 5703:22, 5713:3, 5714:1, 5714:2, 5714:3

**powered** [3] - 5580:21, 5589:20, 5594:16

**POYDRAS** [4] - 5551:15, 5554:16, 5555:7, 5557:4

**practice** [6] - 5620:14, 5670:17, 5697:14, 5698:7, 5698:16, 5700:16

**practices** [2] - 5603:15, 5603:16

**precise** [2] - 5574:22, 5709:11

**prefer** [1] - 5564:6

**preference** [1] - 5564:23

**prejob** [1] - 5605:18

**preliminary** [1] - 5559:12

**prepare** [2] - 5701:1, 5707:8

**prepared** [2] - 5635:10, 5635:18

**preparing** [1] - 5716:10

**preplan** [1] - 5701:21

**present** [4] - 5560:5, 5686:12, 5688:2, 5690:18

**pressed** [1] - 5714:12

**pressure** [8] - 5599:20, 5637:10, 5676:3, 5705:11, 5710:25, 5711:11, 5711:16, 5714:7

**pressured** [2] - 5599:18, 5599:25

**pressures** [1] - 5600:3

**pressurized** [1] - 5599:16

**pretour** [1] - 5604:16

**pretty** [9] - 5580:1, 5584:21, 5606:12, 5662:12, 5700:19, 5700:20, 5711:15, 5719:4

**prevent** [2] - 5596:23, 5597:6

**prevention** [1] - 5625:11

**preventive** [1] - 5578:20

**previously** [1] - 5569:2

**pride** [1] - 5701:17

**primary** [1] - 5612:12

**print** [5] - 5660:9, 5660:22, 5686:21, 5689:9, 5689:15

**printers** [2] - 5592:12, 5592:14

**priority** [3] - 5605:23, 5606:2, 5683:22

**problematic** [2] - 5684:2, 5684:14

**problems** [2] - 5661:22, 5661:23

**Procedure** [2] - 5600:22, 5601:10

**procedure** [1] - 5648:7

**procedures** [3] - 5616:11, 5619:6, 5619:13

**Procedures** [2] - 5600:21, 5601:4

**PROCEEDINGS** [3] - 5550:21, 5557:7, 5559:1

**proceedings** [1] - 5728:9

**process** [8] - 5597:4, 5597:8, 5632:7, 5676:8, 5676:12, 5676:15, 5680:14, 5683:15

**produce** [2] - 5686:19, 5689:5

**PRODUCED** [1] - 5557:8

**PRODUCTION** [3] - 5550:15, 5554:14, 5554:14

**professional** [2] - 5688:6, 5690:22

**Program** [1] - 5603:3

**program** [3] - 5598:21, 5598:22, 5603:2

**project** [4] - 5578:13,

5587:12, 5644:18, 5644:20

**projects** [6] - 5577:16, 5579:6, 5579:7, 5579:10, 5659:1, 5659:3

**promise** [1] - 5656:11

**promoted** [2] - 5576:11, 5576:15

**promotions** [1] - 5651:21

**propelled** [1] - 5625:12

**proper** [9] - 5566:22, 5567:11, 5568:4, 5568:5, 5601:17, 5681:14, 5698:2, 5699:8, 5699:11

**properly** [8] - 5565:7, 5566:8, 5567:2, 5638:22, 5640:14, 5660:14, 5680:1, 5688:23

**proposal** [3] - 5564:11, 5564:17

**propose** [2] - 5566:18, 5566:24

**proposed** [1] - 5635:5

**proposing** [1] - 5564:13

**propulsion** [1] - 5646:15

**protect** [1] - 5619:21

**provide** [6] - 5566:24, 5567:3, 5580:19, 5604:23, 5635:18, 5696:4

**provided** [4] - 5568:1, 5568:7, 5569:3, 5686:25

**provides** [1] - 5580:11

**PSC** [3] - 5559:14, 5568:10, 5568:16

**PSC's** [1] - 5564:12

**public** [1] - 5622:21

**pull** [34] - 5574:7, 5579:19, 5582:19, 5582:22, 5596:12, 5596:13, 5615:9, 5615:18, 5621:4, 5622:23, 5622:25, 5624:25, 5625:19, 5625:23, 5627:9, 5628:5, 5628:10, 5629:5, 5630:4, 5636:11, 5641:16, 5642:12, 5643:23, 5646:9, 5660:9, 5667:4, 5672:3, 5672:4, 5680:24,

5683:4, 5719:24, 5722:4, 5724:8

**pull-out** [1] - 5622:25

**pulled** [13] - 5622:25, 5625:5, 5711:12, 5716:1, 5718:10, 5719:2, 5719:23, 5721:2, 5721:5, 5721:9, 5722:20, 5724:7, 5724:10

**pulling** [4] - 5582:18, 5601:20, 5719:7, 5723:19

**pulse** [1] - 5695:21

**pump** [7] - 5637:10, 5676:23, 5676:24, 5678:1, 5678:7, 5678:10, 5678:13

**pumped** [1] - 5678:11

**pumps** [3] - 5580:9, 5677:4, 5677:5

**purport** [1] - 5634:11

**purpose** [7] - 5602:18, 5614:13, 5635:9, 5635:12, 5635:18, 5665:16, 5701:14

**purposes** [1] - 5604:10

**purview** [2] - 5651:4, 5651:12

**push** [2] - 5612:25, 5646:14

**pushing** [1] - 5722:9

**put** [33] - 5563:10, 5582:1, 5582:23, 5583:21, 5585:18, 5596:23, 5597:10, 5599:9, 5600:3, 5600:13, 5600:17, 5605:13, 5622:20, 5622:21, 5630:13, 5630:16, 5630:20, 5630:25, 5631:14, 5631:17, 5631:22, 5632:16, 5637:22, 5639:4, 5663:10, 5674:18, 5680:20, 5682:8, 5706:10, 5719:5, 5719:10, 5720:22, 5721:4

**putting** [6] - 5597:5, 5597:11, 5603:11, 5619:12, 5702:6, 5717:25

## Q

**qualified** [1] - 5677:22

**quarterly** [1] - 5660:6

**questioning** [1] - 5677:16

**questions** [7] - 5564:20, 5567:18, 5568:4, 5672:13, 5677:18, 5695:4, 5709:12

**quick** [2] - 5626:18, 5707:21

**quicker** [2] - 5605:19, 5717:21

**quickly** [9] - 5579:20, 5581:13, 5589:19, 5594:10, 5613:3, 5616:7, 5693:8, 5697:14, 5700:20

**Quirk** [1] - 5561:1

**quote** [2] - 5640:25, 5670:9

**quote/unquote** [1] - 5630:8

## R

**RACHEL** [2] - 5553:6, 5555:10

**racker** [1] - 5581:16

**radar** [3] - 5587:7, 5587:8, 5590:1

**radars** [2] - 5589:23, 5591:8

**radio** [11] - 5589:21, 5589:25, 5627:23, 5706:10, 5711:22, 5711:23, 5713:8, 5713:19, 5715:13, 5716:4

**radios** [1] - 5594:19

**raft** [26] - 5680:21, 5691:5, 5720:22, 5720:23, 5721:14, 5721:20, 5721:22, 5721:24, 5722:4, 5722:7, 5722:10, 5722:11, 5722:12, 5722:16, 5722:24, 5722:25, 5723:1, 5723:7, 5723:8, 5723:11, 5723:13, 5723:19, 5723:21, 5723:23, 5724:10

**rafts** [11] - 5584:2, 5584:3, 5584:4, 5584:7, 5679:20, 5679:22, 5680:15, 5680:17, 5698:4, 5721:25

**raise** [1] - 5570:13

**raised** [1] - 5680:25

**raises** [1] - 5602:12

**ram** [2] - 5650:10, 5650:18

**rams** [2] - 5650:14, 5650:15

**ran** [11] - 5678:7, 5678:10, 5706:12, 5715:14, 5715:18, 5715:22, 5717:1, 5717:2, 5717:9, 5717:20, 5717:22

**Randy** [2] - 5722:6, 5727:4

**rather** [4] - 5564:7, 5587:25, 5601:1, 5727:16

**Ravi** [1] - 5563:2

**RBS8D** [3] - 5644:13, 5644:16, 5646:12

**RE** [2] - 5550:5, 5550:12

**reach** [1] - 5661:10

**reaches** [1] - 5698:12

**react** [5] - 5601:16, 5602:5, 5602:8, 5607:21, 5653:20

**reaction** [3] - 5602:5, 5613:6, 5639:15

**read** [28] - 5563:4, 5605:10, 5616:8, 5618:15, 5619:18, 5625:6, 5626:3, 5634:20, 5634:23, 5635:17, 5635:24, 5644:10, 5646:11, 5646:22, 5648:9, 5653:17, 5655:15, 5656:3, 5656:8, 5656:9, 5656:14, 5656:20, 5657:19, 5667:10, 5667:24, 5674:1, 5681:1, 5681:8

**reading** [1] - 5656:5

**ready** [6] - 5634:11, 5683:20, 5710:16, 5711:23, 5715:25, 5716:2

**real** [2] - 5580:1, 5639:18

**realistic** [1] - 5700:19

**realize** [1] - 5604:6

**really** [8] - 5586:19, 5592:9, 5598:13, 5632:5, 5633:14, 5685:1, 5717:10, 5721:8, 5722:13

**Realtime** [2] - 5728:3, 5728:14

**REALTIME** [1] -

5557:3

**reason** [6] - 5601:19, 5638:2, 5662:10, 5666:7, 5667:18, 5673:13

**reasons** [2] - 5567:2, 5631:18

**reassess** [1] - 5597:22, 5598:10

**rebuttal** [1] - 5566:22

**receive** [2] - 5576:24, 5680:10, 5716:10

**received** [5] - 5560:11, 5561:21, 5562:7, 5563:24, 5703:4

**recess** [4] - 5658:4, 5658:6, 5658:9, 5727:23

**RECESS....................
..................** [1] -
5558:8

**recitation** [1] - 5573:15

**recognize** [3] - 5615:10, 5667:5, 5669:2

**reconstruction** [1] - 5677:17

**record** [14] - 5559:24, 5560:14, 5569:3, 5570:22, 5602:25, 5604:10, 5604:22, 5638:25, 5660:16, 5671:24, 5689:5, 5708:17, 5709:14, 5728:8

**RECORDED** [1] - 5557:7

**records** [11] - 5566:15, 5667:12, 5670:15, 5670:18, 5671:19, 5671:21, 5676:16, 5685:17, 5686:24, 5689:14, 5689:16

**red** [3] - 5609:15, 5611:14, 5650:10

**redactions** [3] - 5559:16, 5560:3, 5560:4

**REDDEN** [1] - 5556:7

**redundancy** [1] - 5587:11

**redundant** [2] - 5594:24, 5648:11

**reference** [3] - 5574:16, 5587:5, 5601:20

**reflected** [1] - 5625:20

**refuse** [1] - 5696:7

**reg** [1] - 5634:1
**REGAN** [6] - 5554:24, 5641:20, 5641:22, 5657:11, 5657:16, 5708:16
**regarding** [2] - 5568:15, 5658:18
**regardless** [1] - 5634:18
**regards** [1] - 5617:8
**register** [2] - 5639:6, 5675:13
**REGISTERED** [1] - 5557:4
**Registered** [1] - 5728:4
**registered** [1] - 5728:15
**regular** [5] - 5589:20, 5601:7, 5671:6, 5698:23, 5706:10
**Regulation** [1] - 5636:2
**regulations** [1] - 5641:8
**regulator** [1] - 5684:1
**regulatory** [6] - 5643:11, 5643:12, 5665:14, 5688:16, 5691:4, 5691:8
**relate** [7] - 5655:24, 5656:20, 5667:22, 5675:24, 5678:6, 5679:15, 5684:1
**related** [2] - 5590:13, 5667:8
**relates** [1] - 5677:10
**RELATES** [1] - 5550:11
**relating** [2] - 5606:9, 5662:19
**relation** [4] - 5605:5, 5707:25, 5708:10, 5723:25
**relationship** [2] - 5662:5, 5662:6
**relatively** [1] - 5580:14
**release** [6] - 5654:24, 5656:16, 5710:25, 5711:10, 5711:16
**releasing** [1] - 5714:8
**relief** [1] - 5683:10
**reluctance** [2] - 5598:15, 5598:19
**relying** [1] - 5620:20
**remain** [1] - 5697:21
**remaining** [3] - 5561:23, 5569:5, 5674:4
**remember** [14] -

5609:12, 5636:17, 5643:17, 5648:16, 5648:19, 5650:25, 5662:7, 5686:13, 5686:16, 5686:17, 5720:11, 5720:12, 5720:13, 5720:14
**removed** [1] - 5670:11
**RENAISSANCE** [1] - 5556:16
**renewal** [1] - 5680:5
**reoffering** [1] - 5561:2
**repair** [2] - 5574:1, 5574:6
**repaired** [1] - 5678:15
**repairs** [2] - 5574:8, 5661:21
**repeater** [1] - 5587:7
**repetitive** [1] - 5656:5
**rephrase** [2] - 5635:15, 5649:13
**replace** [5] - 5630:16, 5683:16, 5683:22, 5685:2, 5685:10
**replaced** [3] - 5684:4, 5684:19, 5685:8
**replacing** [3] - 5683:24, 5684:13, 5685:9
**Report** [2] - 5559:16, 5560:4
**report** [18] - 5560:24, 5562:23, 5566:18, 5578:24, 5611:12, 5612:9, 5627:12, 5629:22, 5641:17, 5641:22, 5641:24, 5659:11, 5678:23, 5679:1, 5679:12, 5689:16, 5725:2, 5725:10
**Reporter** [7] - 5728:3, 5728:4, 5728:5, 5728:14, 5728:15, 5728:15
**REPORTER** [3] - 5557:3, 5557:3, 5557:4
**REPORTER'S** [1] - 5728:1
**reports** [10] - 5605:12, 5662:17, 5662:24, 5686:18, 5686:19, 5686:21, 5688:18, 5688:20, 5689:6, 5689:7
**represent** [1] - 5650:10
**representative** [1] - 5620:10

**representatives** [1] - 5619:24
**representing** [1] - 5709:16
**request** [4] - 5568:16, 5568:20, 5625:11, 5688:14
**require** [1] - 5663:13
**required** [8] - 5638:3, 5660:17, 5666:17, 5678:15, 5688:16, 5691:8, 5691:9, 5698:5
**requirements** [1] - 5652:6
**requires** [1] - 5581:11
**rescue** [8] - 5723:16, 5723:17, 5723:18, 5723:20, 5723:22, 5724:7, 5724:9
**resolve** [1] - 5563:16
**resort** [1] - 5619:20
**RESOURCES** [1] - 5553:3
**resources** [2] - 5671:9, 5671:10
**respect** [11] - 5563:17, 5564:5, 5564:12, 5567:14, 5568:24, 5625:11, 5626:5, 5626:9, 5679:21, 5692:19, 5693:20
**respected** [1] - 5689:2
**respond** [1] - 5634:14
**response** [8] - 5615:13, 5619:6, 5628:1, 5628:4, 5639:16, 5648:8, 5653:8, 5725:8
**responses** [1] - 5644:12
**responsibilities** [13] - 5577:13, 5578:5, 5595:15, 5606:9, 5618:13, 5628:3, 5628:6, 5657:25, 5658:2, 5658:18, 5664:14, 5664:17, 5696:16
**responsibility** [10] - 5579:16, 5599:10, 5604:25, 5605:5, 5625:8, 5625:10, 5629:24, 5666:13, 5685:19, 5716:6
**responsible** [27] - 5577:15, 5584:6, 5599:6, 5615:6, 5628:21, 5632:18, 5636:4, 5658:20,

5658:24, 5659:2, 5664:20, 5673:19, 5679:7, 5679:22, 5680:16, 5680:18, 5681:2, 5681:3, 5681:5, 5681:7, 5681:16, 5681:21, 5681:24, 5682:4, 5682:6, 5682:7, 5696:16
**rest** [13] - 5576:19, 5588:12, 5592:4, 5604:23, 5617:17, 5620:16, 5684:6, 5685:10, 5704:18, 5706:11, 5710:12, 5710:18, 5724:14
**restrain** [1] - 5718:18
**restrained** [1] - 5718:20
**restricted** [1] - 5640:20
**result** [1] - 5646:22
**Revette** [4] - 5704:24, 5705:16, 5726:3, 5727:9
**review** [4] - 5599:14, 5605:8, 5657:17, 5667:12
**reviewed** [8] - 5601:5, 5615:14, 5642:18, 5656:24, 5657:14, 5666:21, 5707:8
**RICHARD** [1] - 5555:18
**Richard** [1] - 5560:22
**Richards** [1] - 5659:19
**RIG** [1] - 5550:5
**rig** [106] - 5565:5, 5567:25, 5569:18, 5573:8, 5573:10, 5574:15, 5574:19, 5574:23, 5575:2, 5579:20, 5580:6, 5580:11, 5580:19, 5585:22, 5586:13, 5586:22, 5588:9, 5596:8, 5606:20, 5607:1, 5610:5, 5613:22, 5613:23, 5614:2, 5614:7, 5618:19, 5620:9, 5621:15, 5621:19, 5626:23, 5626:24, 5627:1, 5627:3, 5632:24, 5633:1, 5633:10, 5636:21, 5641:4, 5643:13, 5645:10, 5645:15, 5645:21, 5645:25,

5646:18, 5646:25, 5652:8, 5659:4, 5660:1, 5661:14, 5661:17, 5661:21, 5661:25, 5662:12, 5662:16, 5662:17, 5662:22, 5664:2, 5664:4, 5665:6, 5665:9, 5665:17, 5665:19, 5665:23, 5666:8, 5666:11, 5666:25, 5670:18, 5670:21, 5670:25, 5671:4, 5671:5, 5671:6, 5672:17, 5674:14, 5676:6, 5678:17, 5683:8, 5684:15, 5687:2, 5689:18, 5691:14, 5694:8, 5694:11, 5695:22, 5695:23, 5695:25, 5696:1, 5701:7, 5701:19, 5704:16, 5704:19, 5704:21, 5712:23, 5714:2, 5716:20, 5717:3, 5719:18, 5721:24, 5723:6, 5723:25, 5724:2, 5724:3, 5726:20, 5726:25
**rig-wide** [5] - 5626:23, 5626:24, 5627:1, 5633:10, 5641:4
**rigging** [3] - 5720:22, 5721:14, 5721:22
**right-hand** [2] - 5627:4, 5659:16
**rigs** [3] - 5573:5, 5579:18, 5625:13
**rise** [3] - 5559:7, 5658:8, 5727:21
**riser** [1] - 5650:17
**risk** [4] - 5596:10, 5596:11, 5596:12, 5603:11
**risks** [1] - 5600:10
**RMR** [2] - 5557:3, 5728:14
**RMS** [17] - 5578:9, 5659:24, 5659:25, 5660:15, 5661:3, 5662:23, 5663:13, 5672:2, 5674:6, 5678:23, 5679:1, 5680:5, 5680:8, 5680:13, 5686:19, 5688:15, 5689:6
**ROBERT** [2] - 5551:11, 5554:20

# S

**Robert** [2] - 5683:6, 5683:7
**Roberts** [1] - 5562:4
**ROBERTS** [4] - 5555:10, 5556:9, 5562:4, 5562:13
**Rodriguez** [4] - 5672:10, 5672:25, 5673:2, 5693:13
**role** [2] - 5615:7, 5688:20
**roles** [1] - 5616:3
**roof** [1] - 5587:24
**ROOM** [2] - 5552:23, 5557:4
**room** [22] - 5584:12, 5607:19, 5607:20, 5608:8, 5608:9, 5621:20, 5632:4, 5632:7, 5645:11, 5646:7, 5648:23, 5653:20, 5653:21, 5654:5, 5654:7, 5654:14, 5655:5, 5704:20, 5706:11, 5710:14, 5710:19, 5714:11
**rooms** [5] - 5608:10, 5621:23, 5646:20, 5654:21, 5681:11
**rope** [2] - 5723:23, 5724:5
**rotate** [2] - 5614:8, 5615:1
**rotated** [1] - 5668:24
**ROUGE** [2] - 5552:11, 5554:7
**round** [1] - 5661:21
**Roussel** [1] - 5567:14
**route** [1] - 5720:2
**ROV** [1] - 5586:6
**ROY** [11] - 5551:3, 5551:3, 5616:20, 5634:5, 5634:18, 5635:11, 5651:1, 5655:13, 5656:4, 5709:6, 5727:15
**Roy** [2] - 5635:4, 5727:13
**rulings** [1] - 5567:13
**run** [6] - 5580:22, 5582:7, 5602:4, 5645:22, 5645:23, 5686:21
**runs** [1] - 5582:20
**rush** [2] - 5604:5, 5604:7
**RUSNAK** [1] - 5552:13
**rust** [1] - 5684:9

# S

**s/Cathy** [1] - 5728:13
**sack** [1] - 5632:4
**safe** [10] - 5595:16, 5596:13, 5597:2, 5600:8, 5603:15, 5603:16, 5664:23, 5688:17, 5691:7
**safely** [8] - 5596:20, 5597:25, 5599:2, 5599:10, 5600:15, 5600:17, 5605:25, 5660:24
**safer** [1] - 5645:20
**safety** [26] - 5579:16, 5595:19, 5595:24, 5597:4, 5598:2, 5598:6, 5598:12, 5598:14, 5598:17, 5603:12, 5603:24, 5604:8, 5604:14, 5605:21, 5605:22, 5619:21, 5623:20, 5625:11, 5642:14, 5660:23, 5660:24, 5696:14, 5696:17, 5700:25, 5701:17, 5702:13
**SAN** [1] - 5552:24
**sat** [1] - 5714:11
**save** [1] - 5718:15
**saved** [2] - 5700:25, 5726:7
**saver** [1] - 5645:15
**saw** [20] - 5563:14, 5596:3, 5603:10, 5607:13, 5620:23, 5639:20, 5640:15, 5704:3, 5704:11, 5705:10, 5708:11, 5709:4, 5710:18, 5713:5, 5713:14, 5714:8, 5716:13, 5716:17, 5718:13, 5720:8
**scan** [1] - 5680:10
**SCBA's** [1] - 5699:11
**scenario** [5] - 5601:17, 5602:4, 5613:2, 5613:3, 5613:4
**scenarios** [2] - 5596:25, 5704:2
**scene** [2] - 5696:21, 5720:18
**schedule** [2] - 5670:24, 5671:17
**scheduled** [2] -

5660:7, 5706:2
**school** [1] - 5572:16
**scope** [2] - 5566:11, 5578:10
**SCOTT** [1] - 5553:5
**screen** [28] - 5587:8, 5590:20, 5591:17, 5591:20, 5593:10, 5593:19, 5593:22, 5593:23, 5593:25, 5594:5, 5595:5, 5608:14, 5608:16, 5609:22, 5610:13, 5611:6, 5611:7, 5611:13, 5612:18, 5630:5, 5637:1, 5637:3, 5648:15, 5689:13, 5708:20, 5708:25, 5713:1, 5713:3
**screens** [20] - 5587:13, 5588:17, 5588:20, 5590:17, 5591:12, 5591:22, 5591:23, 5607:13, 5608:7, 5608:8, 5608:15, 5610:22, 5610:23, 5616:18, 5617:6, 5617:7, 5705:6, 5708:22, 5712:9, 5713:4
**sea** [8] - 5571:22, 5571:25, 5572:7, 5572:15, 5723:11, 5723:12, 5723:15
**seal** [1] - 5678:1
**sealed** [1] - 5650:18
**seamanship** [1] - 5572:14
**seamen** [1] - 5659:10
**seas** [1] - 5655:6
**Seas** [2] - 5571:11, 5573:11
**seat** [1] - 5570:21
**seated** [2] - 5559:10, 5658:11
**seawater** [3] - 5676:22, 5676:24, 5677:5
**second** [28] - 5564:10, 5572:3, 5575:11, 5577:25, 5606:4, 5607:6, 5607:12, 5609:4, 5609:6, 5615:5, 5618:18, 5619:7, 5623:4, 5630:3, 5637:4, 5660:18, 5668:20, 5670:20, 5674:7, 5675:11, 5682:17,

5685:12, 5687:24, 5711:6, 5717:2, 5720:6, 5722:6
**secondary** [1] - 5612:12
**seconds** [3] - 5610:23, 5635:2, 5714:10
**SECREST** [1] - 5556:7
**SECTION** [2] - 5553:4, 5553:16
**section** [13] - 5619:5, 5619:15, 5619:17, 5627:15, 5635:22, 5653:16, 5655:24, 5667:8, 5668:16, 5700:7
**securing** [2] - 5628:21, 5638:20
**see** [77] - 5567:5, 5580:3, 5583:9, 5583:12, 5585:3, 5585:4, 5585:24, 5586:1, 5586:3, 5586:4, 5586:5, 5586:7, 5586:8, 5586:18, 5586:19, 5586:20, 5586:21, 5587:1, 5593:14, 5593:15, 5593:20, 5593:23, 5594:4, 5595:2, 5596:16, 5596:17, 5598:15, 5602:7, 5602:16, 5604:1, 5608:14, 5611:13, 5617:9, 5626:10, 5629:6, 5632:25, 5663:10, 5673:22, 5687:14, 5688:10, 5689:13, 5690:3, 5691:1, 5691:5, 5692:6, 5692:22, 5693:23, 5696:6, 5696:9, 5696:12, 5702:1, 5702:2, 5702:5, 5702:6, 5703:12, 5704:3, 5708:24, 5710:1, 5710:2, 5712:20, 5712:21, 5713:7, 5713:10, 5713:12, 5713:16, 5715:1, 5719:17, 5720:14, 5721:8, 5724:22, 5725:11, 5725:12, 5725:15, 5725:17
**seeing** [8] - 5604:17, 5605:17, 5686:17,

5709:2, 5718:14, 5718:25, 5720:11, 5720:15
**seem** [5] - 5604:4, 5688:6, 5688:8, 5690:22, 5690:24
**sees** [1] - 5626:6
**segregated** [1] - 5581:5
**select** [2] - 5587:19, 5612:11
**selected** [1] - 5590:19
**self** [2] - 5625:12, 5653:5
**self-propelled** [1] - 5625:12
**self-study** [1] - 5653:5
**send** [4] - 5611:11, 5636:22, 5660:11, 5680:11
**sending** [1] - 5680:18
**senior** [8] - 5576:9, 5576:11, 5576:16, 5576:25, 5619:24, 5627:22, 5627:23, 5628:14
**sense** [2] - 5564:8, 5566:2
**sensor** [17] - 5607:6, 5607:10, 5613:7, 5630:14, 5630:18, 5630:19, 5630:20, 5630:25, 5631:15, 5631:16, 5631:17, 5632:17, 5632:18, 5645:18, 5668:5, 5670:10
**sensors** [15] - 5589:1, 5606:15, 5606:19, 5606:20, 5606:22, 5606:24, 5606:25, 5607:4, 5630:5, 5632:12, 5668:3, 5669:10, 5669:22, 5670:9
**sent** [6] - 5560:11, 5562:25, 5564:10, 5608:10, 5636:23, 5716:13
**sentence** [3] - 5618:15, 5656:3, 5656:14
**September** [1] - 5642:25
**Sepulvado** [1] - 5564:15
**sequence** [5] - 5647:24, 5648:3, 5648:24, 5649:7, 5656:21

**series** [1] - 5677:18
**serious** [1] - 5693:18
**seriously** [3] -
5639:21, 5688:8,
5690:24
**service** [10] - 5663:20,
5664:25, 5665:7,
5665:22, 5666:2,
5670:11, 5680:20,
5683:18, 5701:20,
5701:23
**SERVICES** [1] -
5556:13
**SESSION** [1] -
5550:20
**set** [20] - 5583:10,
5598:9, 5609:2,
5614:24, 5621:1,
5634:17, 5635:1,
5636:9, 5637:24,
5638:3, 5638:9,
5640:8, 5640:23,
5643:4, 5670:9,
5670:10, 5672:20,
5704:21, 5706:22,
5724:20
**setting** [3] - 5630:7,
5630:10, 5638:5
**settings** [1] - 5577:9
**settle** [1] - 5632:6
**setup** [1] - 5588:10
**seven** [4] - 5670:1,
5675:2, 5677:5
**seventh** [1] - 5678:5
**shack** [8] - 5593:2,
5608:7, 5648:14,
5648:16, 5704:22,
5704:23, 5706:8,
5706:13
**Shack** [1] - 5607:15
**shaft** [1] - 5678:1
**shakers** [1] - 5613:18
**shape** [1] - 5583:11
**SHARON** [1] - 5553:12
**SHAW** [1] - 5551:21
**shear** [4] - 5650:10,
5650:14, 5650:15,
5650:18
**SHELL** [1] - 5554:16
**shift** [3] - 5598:13,
5701:5, 5702:19
**ship** [26] - 5573:16,
5574:19, 5577:23,
5585:15, 5589:11,
5589:15, 5590:24,
5606:15, 5614:9,
5614:14, 5614:17,
5614:21, 5615:1,
5619:25, 5620:25,
5622:1, 5659:6,

5664:7, 5692:1,
5697:15, 5699:20,
5699:21, 5721:12,
5721:15, 5721:17,
5723:13
**Ship** [1] - 5573:23
**shipping** [2] - 5573:2,
5573:4
**ships** [6] - 5571:22,
5573:5, 5573:19,
5573:20, 5574:20,
5594:22
**shipyard** [5] -
5663:21, 5663:23,
5665:22, 5683:17,
5701:21
**shockingly** [1] -
5668:17
**shore** [1] - 5661:23
**short** [9] - 5566:19,
5566:20, 5567:20,
5569:11, 5569:17,
5579:6, 5684:18,
5706:19, 5708:2
**short-term** [1] -
5579:6
**shorter** [1] - 5567:20
**shortly** [1] - 5563:13
**shot** [1] - 5636:20
**shoulder** [1] - 5689:10
**show** [9] - 5607:18,
5622:7, 5627:10,
5631:6, 5671:19,
5671:21, 5694:8,
5708:7, 5709:16
**showed** [4] - 5653:15,
5667:12, 5716:2,
5721:5
**showing** [3] - 5610:2,
5668:13, 5707:9
**shown** [4] - 5609:15,
5646:13, 5709:8,
5709:17
**shows** [3] - 5610:16,
5707:18, 5707:24
**Shushan** [1] - 5634:7
**shut** [18] - 5614:21,
5614:24, 5618:22,
5620:9, 5637:18,
5637:19, 5645:3,
5645:11, 5645:12,
5645:13, 5645:14,
5645:17, 5645:22,
5646:1, 5646:7,
5646:19, 5647:7,
5649:5
**shutdown** [11] -
5633:10, 5642:6,
5642:11, 5644:5,
5644:11, 5644:23,

5644:25, 5645:25,
5646:10, 5646:23,
5669:11
**shutdowns** [3] -
5637:14, 5646:15,
5699:8
**SHUTLER** [1] -
5553:12
**shuts** [1] - 5645:23
**shutting** [2] - 5637:11,
5637:12
**side** [23] - 5581:3,
5582:12, 5582:14,
5585:7, 5586:7,
5595:16, 5609:18,
5613:22, 5614:6,
5615:2, 5627:4,
5654:15, 5654:16,
5674:25, 5712:21,
5713:6, 5713:13,
5713:23, 5714:19,
5716:23, 5722:4
**sight** [1] - 5595:2
**sign** [4] - 5572:2,
5622:2, 5653:14,
5688:22
**sign-offs** [1] - 5572:2
**signal** [7] - 5626:9,
5627:1, 5636:22,
5636:23, 5653:19,
5654:3, 5699:21
**signals** [3] - 5588:25,
5608:10, 5626:25
**signed** [2] - 5674:22,
5691:6
**similar** [3] - 5572:18,
5601:2, 5613:4
**similarly** [1] - 5567:14
**simple** [1] - 5646:12
**Simrad** [9] - 5588:23,
5589:9, 5590:20,
5593:12, 5593:19,
5594:5, 5595:5,
5608:6, 5608:8
**simulate** [4] -
5696:20, 5700:21,
5703:18, 5703:21
**simulating** [1] -
5700:13
**simulator** [7] -
5703:16, 5703:17,
5703:18, 5703:21,
5704:12, 5708:6,
5708:8
**SINCLAIR** [1] -
5553:23
**single** [7] - 5608:2,
5630:13, 5644:22,
5646:14, 5646:16,
5646:20

**single-tone** [1] -
5608:2
**sinks** [1] - 5596:16
**site** [3] - 5599:23,
5600:17, 5660:25
**sits** [2] - 5582:5,
5582:6
**sitting** [2] - 5616:17,
5689:11
**situation** [24] -
5601:15, 5615:5,
5615:21, 5615:23,
5616:10, 5616:13,
5617:12, 5618:6,
5618:14, 5619:11,
5620:11, 5620:19,
5620:24, 5621:11,
5623:1, 5628:22,
5629:12, 5636:6,
5703:23, 5705:20,
5711:24, 5716:5,
5716:7, 5717:8
**situations** [3] -
5602:8, 5602:13,
5629:20
**six** [14] - 5564:13,
5564:18, 5564:19,
5568:17, 5581:2,
5581:4, 5581:12,
5655:8, 5659:14,
5671:4, 5681:1,
5701:6
**sixth** [2] - 5677:14,
5678:1
**size** [4] - 5622:15,
5622:19, 5721:6
**skate** [3] - 5582:19,
5582:22, 5582:25
**SLIDELL** [1] - 5552:8
**slow** [2] - 5604:6,
5718:24
**smoke** [9] - 5606:24,
5607:7, 5607:10,
5611:19, 5631:20,
5640:6, 5640:11,
5640:12, 5682:6
**smoking** [1] - 5618:22
**smoothly** [1] -
5701:22
**sniffer** [2] - 5613:14,
5613:16
**society** [1] - 5643:3
**SOLAS** [1] - 5636:2
**solemnly** [1] - 5570:14
**solid** [1] - 5609:14
**someone** [3] -
5640:25, 5670:8,
5696:4
**sometime** [2] -
5563:5, 5565:3

**sometimes** [15] -
5571:12, 5581:25,
5582:1, 5583:13,
5584:13, 5605:11,
5613:17, 5637:6,
5637:7, 5639:24,
5643:8, 5643:18,
5648:1, 5689:11,
5698:24
**somewhat** [1] -
5727:17
**soon** [2] - 5596:13,
5715:18
**sorry** [6] - 5587:22,
5602:11, 5627:19,
5669:10, 5702:4,
5702:10
**sort** [19] - 5563:18,
5566:16, 5580:3,
5588:7, 5591:19,
5591:24, 5592:5,
5592:16, 5597:3,
5606:4, 5610:5,
5613:3, 5615:4,
5621:25, 5635:5,
5636:14, 5638:8,
5650:11, 5659:16
**sorts** [5] - 5575:2,
5601:6, 5691:12
**sound** [14] - 5589:20,
5594:16, 5607:10,
5607:18, 5611:20,
5612:4, 5612:5,
5626:15, 5641:11,
5692:1, 5699:21,
5711:9, 5711:17,
5714:7
**sound-powered** [2] -
5589:20, 5594:16
**sounded** [11] - 5627:1,
5627:3, 5629:8,
5635:25, 5636:4,
5641:19, 5641:25,
5710:25, 5711:2,
5711:7, 5711:10
**sounds** [4] - 5571:5,
5711:1, 5711:8,
5711:12
**source** [3] - 5578:14,
5645:8, 5645:9
**sources** [1] - 5644:24
**SOUTH** [1] - 5555:15
**space** [23] - 5610:17,
5611:12, 5611:17,
5611:18, 5613:9,
5613:11, 5613:13,
5613:15, 5613:16,
5613:20, 5631:19,
5631:20, 5631:25,
5654:8, 5654:10,

**staged** [1] - 5719:12
**stainless** [1] - 5684:6
**stairs** [3] - 5603:21,
5704:21, 5706:22
**stamp** [3] - 5642:20,
5642:22, 5643:1
**stanchions** [1] -
5582:11
**standard** [3] - 5643:4,
5643:5
**standing** [3] -
5572:14, 5572:15,
5705:4
**standpipe** [2] -
5706:12, 5706:15
**stands** [1] - 5650:9
**starboard** [22] -
5581:20, 5582:14,
5585:7, 5586:3,
5586:4, 5586:5,
5586:6, 5586:7,
5586:8, 5586:14,
5609:4, 5609:18,
5610:9, 5614:6,
5654:16, 5712:21,
5713:6, 5713:13,
5713:23, 5714:18,
5716:23, 5717:4
**START** [8] - 5603:3,
5603:6, 5603:12,
5604:21, 5605:1,
5605:6, 5605:8,
5605:13
**start** [9] - 5559:18,
5565:19, 5602:15,
5611:10, 5650:8,
5658:15, 5671:7,
5683:20, 5720:22
**start-up** [1] - 5671:7
**started** [13] - 5575:10,
5575:23, 5575:24,
5631:23, 5707:17,
5715:24, 5717:25,
5718:1, 5720:4,
5721:14, 5721:21,
5722:11, 5723:19
**starting** [6] - 5589:5,
5601:5, 5632:1,
5683:15, 5684:13,
5709:9
**state** [4] - 5570:21,
5621:23, 5665:20,
5696:1
**State** [1] - 5728:5
**STATE** [3] - 5553:21,
5554:3, 5554:5
**States** [2] - 5728:6,
5728:16
**states** [2] - 5609:25,
5641:18

**STATES** [4] - 5550:1,
5550:15, 5550:23,
5552:21
**static** [1] - 5676:2
**stating** [1] - 5647:6
**STATION** [1] -
5553:18
**station** [41] - 5575:3,
5588:3, 5588:4,
5588:5, 5589:4,
5590:3, 5590:4,
5590:5, 5590:6,
5590:16, 5590:19,
5591:1, 5591:9,
5591:10, 5591:13,
5621:2, 5621:6,
5621:7, 5621:8,
5621:14, 5622:7,
5622:12, 5622:24,
5625:20, 5625:24,
5627:5, 5632:3,
5654:3, 5703:14,
5707:14, 5714:19,
5715:15, 5715:16,
5715:17, 5719:10,
5721:20, 5721:21,
5724:21, 5725:18,
5725:20, 5726:12
**stations** [12] -
5612:10, 5612:11,
5612:12, 5621:10,
5627:16, 5628:24,
5629:4, 5629:7,
5629:13, 5629:14,
5698:23, 5698:25
**status** [9] - 5598:5,
5611:12, 5617:8,
5620:6, 5620:8,
5649:5, 5649:22,
5697:22, 5703:8
**stay** [2] - 5576:6,
5583:22
**staying** [1] - 5703:25
**steel** [2] - 5684:6
**steer** [1] - 5588:12
**STENOGRAPHY** [1] -
5557:7
**step** [4] - 5597:22,
5599:5, 5599:6,
5599:24
**Stephanie** [2] -
5569:4, 5569:13
**STEPHEN** [1] - 5551:7
**steps** [7] - 5596:7,
5599:23, 5601:2,
5601:4, 5601:24,
5624:20, 5660:23
**STERBCOW** [2] -
5551:14, 5551:14
**Sterbcow** [5] -

5563:15, 5564:1,
5564:10, 5566:1,
5566:22
**STERNBERG** [1] -
5556:19
**Steve** [2] - 5659:19,
5720:9
**STEVEN** [2] - 5553:4,
5555:10
**Steven** [1] - 5623:23
**sticking** [1] - 5616:12
**still** [27] - 5571:23,
5593:25, 5610:2,
5610:3, 5631:4,
5631:5, 5631:6,
5631:7, 5631:23,
5632:1, 5632:2,
5647:8, 5663:15,
5666:16, 5678:11,
5678:12, 5680:13,
5683:1, 5697:24,
5712:2, 5718:12,
5718:22, 5720:16,
5722:23, 5723:11,
5723:14
**STONE** [1] - 5556:3
**stood** [3] - 5705:12,
5705:14, 5705:23
**stop** [16] - 5595:18,
5595:20, 5596:6,
5596:13, 5597:22,
5604:2, 5604:3,
5604:6, 5607:12,
5644:16, 5658:3,
5711:6, 5714:6,
5714:12, 5714:14,
5717:2
**stopped** [2] - 5596:3,
5598:5, 5598:9,
5710:19, 5710:20
**stopping** [1] - 5589:5
**stops** [1] - 5644:23
**stored** [1] - 5582:10
**straightens** [1] -
5583:23
**straightforward** [1] -
5566:21
**STRANGE** [1] -
5553:22
**STREET** [18] - 5551:4,
5551:11, 5551:15,
5551:19, 5551:22,
5552:7, 5552:11,
5552:18, 5554:6,
5554:11, 5554:16,
5555:7, 5555:11,
5555:19, 5556:4,
5556:10, 5556:16,
5557:4
**stretcher** [4] - 5719:5,

5719:23, 5722:8,
5722:9
**stricken** [1] - 5567:20
**strike** [1] - 5649:13
**struck** [1] - 5567:15
**structural** [1] -
5643:20
**structure** [1] - 5646:13
**structures** [1] - 5580:4
**study** [1] - 5653:5
**stuff** [25] - 5574:21,
5577:10, 5578:15,
5580:9, 5580:10,
5581:17, 5582:21,
5588:13, 5590:10,
5592:14, 5603:25,
5613:19, 5641:18,
5651:12, 5662:14,
5662:23, 5663:19,
5671:8, 5672:2,
5672:3, 5699:9,
5702:8, 5711:2,
5712:22, 5717:5
**style** [1] - 5572:17
**subject** [1] - 5651:8
**submit** [4] - 5564:21,
5567:1, 5570:5,
5655:14
**subpoena** [1] -
5564:16
**subsea** [4] - 5628:14,
5710:14, 5710:15,
5714:8
**successfully** [2] -
5650:18, 5674:23
**suggestion** [2] -
5685:13, 5685:16
**suit** [2] - 5613:12,
5716:2
**SUITE** [11] - 5551:4,
5551:15, 5551:19,
5552:4, 5554:17,
5555:7, 5555:11,
5555:23, 5556:10,
5556:16, 5556:20
**suiting** [1] - 5718:1
**sulfide** [1] - 5656:1
**SULLIVAN** [1] -
5553:11
**summary** [3] - 5657:1,
5657:14, 5657:17
**Sundays** [2] - 5697:2,
5698:16
**SUNY** [1] - 5572:12
**supervisor** [5] -
5627:22, 5628:14,
5653:3, 5683:8,
5720:8
**supervisors** [5] -
5619:23, 5620:7,

5654:13, 5654:24,
5676:1, 5677:3,
5699:4, 5699:9
**spaces** [6] - 5621:18,
5627:2, 5639:14,
5654:9, 5671:11,
5681:12
**span** [1] - 5668:12
**spark** [1] - 5618:23
**speaker** [1] - 5627:2
**speaking** [5] -
5584:18, 5645:16,
5663:14, 5670:23,
5700:9
**special** [2] - 5563:18,
5591:20
**specific** [12] -
5608:24, 5616:3,
5626:20, 5631:14,
5631:15, 5631:17,
5635:1, 5638:16,
5652:8, 5667:2,
5685:22, 5689:7
**Specific** [4] - 5600:21,
5600:22, 5601:3,
5601:9
**specifically** [4] -
5634:9, 5686:13,
5720:19, 5721:13
**specifics** [1] - 5615:22
**speculative** [1] -
5567:12
**spell** [1] - 5570:21
**spend** [5] - 5592:18,
5592:20, 5592:25,
5595:11, 5685:17
**spent** [3] - 5576:18,
5579:18, 5706:24
**SPILL** [1] - 5550:5
**SPIRO** [1] - 5553:17
**splice** [1] - 5574:7
**spoken** [1] - 5566:1
**spot** [3] - 5579:3,
5639:12, 5661:7
**spot-check** [2] -
5639:12, 5661:7
**spray** [1] - 5640:12
**spread** [1] - 5654:11
**spreadsheet** [2] -
5674:7, 5674:9
**sprinkler** [3] - 5637:9,
5637:10, 5679:17
**SQUARE** [1] - 5554:16
**stability** [2] - 5580:11,
5591:16
**stable** [2] - 5580:13,
5698:14
**staff** [2] - 5568:7,
5659:9
**stage** [1] - 5621:1

5687:4, 5689:20, 5691:16

**supplemental** [1] - 5569:4

**supplied** [2] - 5580:22, 5581:12

**supply** [6] - 5581:8, 5581:9, 5581:25, 5582:24, 5585:14

**support** [3] - 5625:9, 5662:13, 5662:16

**supported** [1] - 5583:23

**suppose** [1] - 5567:23

**supposed** [8] - 5626:10, 5628:15, 5628:17, 5631:10, 5634:16, 5663:22, 5699:22, 5725:19

**surprise** [1] - 5692:16

**survey** [2] - 5667:9, 5695:2

**surveyor** [3] - 5690:1, 5690:8, 5690:11

**surveyors** [1] - 5690:4

**surveys** [2] - 5687:25, 5688:2

**sustain** [2] - 5635:14, 5655:19

**SUTHERLAND** [1] - 5555:9

**SVC** [27] - 5588:20, 5588:22, 5589:4, 5589:6, 5589:9, 5590:11, 5590:13, 5591:12, 5591:13, 5591:20, 5591:21, 5591:22, 5593:11, 5607:11, 5607:12, 5607:17, 5608:15, 5632:3, 5636:23, 5637:3, 5646:8, 5648:15, 5681:14, 5712:17, 5713:3

**swear** [1] - 5570:14

**swim** [2] - 5723:22, 5723:23

**swing** [1] - 5722:3

**switch** [4] - 5595:9, 5654:13, 5654:15, 5698:24

**switched** [1] - 5573:24

**sworn** [1] - 5570:19

**system** [91] - 5574:13, 5576:22, 5576:25, 5577:2, 5577:3, 5577:6, 5577:8, 5577:18, 5587:5, 5588:25, 5589:3, 5589:4, 5589:5,

5589:9, 5589:10, 5589:13, 5589:22, 5590:10, 5590:13, 5590:15, 5591:21, 5591:23, 5592:1, 5592:3, 5594:13, 5599:25, 5601:21, 5606:10, 5606:13, 5606:23, 5609:2, 5612:6, 5629:9, 5630:7, 5630:15, 5631:11, 5636:8, 5636:15, 5637:16, 5637:21, 5639:5, 5639:7, 5639:13, 5640:23, 5641:1, 5642:14, 5644:6, 5644:11, 5645:16, 5645:25, 5646:12, 5646:23, 5652:24, 5653:22, 5654:22, 5658:22, 5660:1, 5660:2, 5660:12, 5663:1, 5663:4, 5664:18, 5664:20, 5667:8, 5667:19, 5667:23, 5668:23, 5671:13, 5671:14, 5673:9, 5674:6, 5675:5, 5675:7, 5675:8, 5676:14, 5679:17, 5680:9, 5683:12, 5687:21, 5690:13, 5692:14, 5693:5, 5694:6, 5694:25, 5695:15, 5703:19, 5715:9, 5725:16

**System** [1] - 5617:3

**systems** [24] - 5574:16, 5576:21, 5577:19, 5577:20, 5577:21, 5580:8, 5587:5, 5589:2, 5589:7, 5589:8, 5590:23, 5630:3, 5635:1, 5645:11, 5648:15, 5648:18, 5652:11, 5658:23, 5668:21, 5668:22

---

**T**

---

**Table** - 5646:13

**table** [1] - 5588:14

**tabletop** [3] - 5601:14, 5602:2, 5602:14

**tag** [5] - 5608:23, 5608:24, 5609:8, 5632:17, 5638:16

**tagging** [1] - 5638:22

**talk-back** [1] - 5594:13

**tank** [4] - 5637:10, 5678:11, 5678:12, 5678:13

**tanks** [2] - 5580:10, 5717:5

**taping** [1] - 5597:14

**task** [2] - 5578:7, 5599:4

**Task** [4] - 5600:21, 5600:22, 5601:3, 5601:9

**tasks** [2] - 5578:21

**taught** [1] - 5653:5

**Team** [2] - 5629:21, 5668:6

**team** [7] - 5600:12, 5628:11, 5628:15, 5639:23, 5660:19, 5664:22, 5720:4

**team's** [1] - 5627:11

**teams** [3] - 5654:19, 5698:23, 5699:2

**teamwork** [1] - 5615:25

**technician** [1] - 5670:5

**teeing** [1] - 5565:16

**Telecommunications** [1] - 5573:22

**telephone** [1] - 5589:21

**telephones** [2] - 5594:12, 5594:16

**television** [1] - 5591:17

**ten** [4] - 5647:17, 5659:14, 5727:18, 5727:19

**tend** [3] - 5573:1, 5604:4, 5624:14

**tended** [1] - 5578:14

**tensioner** [1] - 5711:7

**tensioners** [1] - 5711:2

**term** [17] - 5579:5, 5579:6, 5588:22, 5597:3, 5597:4, 5597:17, 5602:2, 5604:10, 5619:9, 5623:14, 5624:1, 5624:3, 5626:19, 5631:1, 5633:2, 5642:8, 5676:12

**terms** [1] - 5566:16

**test** [10] - 5613:13, 5613:16, 5640:8, 5640:9, 5668:3, 5668:8, 5668:9,

5668:11, 5669:5, 5669:11

**tested** [1] - 5669:21

**testified** [2] - 5570:20, 5668:16

**testify** [1] - 5657:17

**testimony** [6] - 5560:10, 5566:23, 5567:15, 5570:14, 5633:18, 5635:4

**testing** [1] - 5638:22

**THE** [81] - 5550:5, 5550:5, 5550:12, 5550:22, 5551:3, 5552:21, 5553:21, 5554:3, 5554:4, 5559:7, 5559:8, 5559:10, 5559:25, 5560:6, 5560:15, 5560:19, 5560:21, 5561:4, 5561:14, 5561:23, 5562:3, 5562:9, 5562:19, 5563:4, 5563:7, 5563:19, 5564:8, 5564:24, 5565:2, 5565:9, 5565:12, 5565:17, 5565:21, 5567:6, 5567:21, 5568:13, 5568:21, 5569:5, 5569:8, 5569:13, 5569:19, 5570:3, 5570:5, 5570:8, 5570:13, 5570:17, 5570:21, 5570:23, 5571:5, 5616:23, 5616:25, 5634:19, 5634:23, 5635:3, 5635:7, 5635:14, 5647:19, 5647:20, 5647:21, 5651:3, 5651:8, 5651:11, 5655:19, 5656:7, 5657:18, 5658:3, 5658:8, 5658:10, 5658:11, 5677:21, 5677:23, 5707:17, 5707:20, 5707:22, 5708:3, 5709:3, 5709:17, 5709:20, 5727:12, 5727:16, 5727:21

**themselves** [6] - 5596:4, 5596:16, 5596:17, 5596:18, 5596:21, 5603:11

**therefore** [1] - 5566:16

**they've** [1] - 5596:4

**thinking** [4] - 5617:24, 5654:7, 5654:8,

5654:22

**thinks** [1] - 5565:14

**THIRD** [1] - 5554:6

**third** [11] - 5571:20, 5571:21, 5572:2, 5573:5, 5573:20, 5575:10, 5623:6, 5675:22, 5688:25, 5689:2, 5723:17

**THIS** [1] - 5550:11

**THOMAS** [1] - 5552:7

**THORNHILL** [2] - 5552:6, 5552:7

**three** [25] - 5563:1, 5581:3, 5584:4, 5590:17, 5590:18, 5595:12, 5602:25, 5605:20, 5618:5, 5618:6, 5619:1, 5619:2, 5622:17, 5650:7, 5679:14, 5681:3, 5682:9, 5683:1, 5683:2, 5700:1, 5707:2, 5713:10

**three-page** [1] - 5563:1

**threw** [1] - 5718:10

**throughout** [3] - 5607:1, 5621:19, 5636:21

**throwing** [3] - 5679:18, 5698:3, 5715:24

**thrown** [1] - 5626:19

**thruster** [1] - 5682:11

**thrusters** [8] - 5580:16, 5580:21, 5581:9, 5588:11, 5589:6, 5601:19, 5646:20, 5682:3

**Tiano** [2] - 5683:6, 5683:7

**tidying** [1] - 5675:6

**tie** [1] - 5696:3

**tier** [1] - 5646:13

**tight** [1] - 5631:20

**timing** [1] - 5710:8

**Timothy** [1] - 5561:1

**title** [1] - 5577:11

**TO** [2] - 5550:11, 5559:4

**today** [5] - 5563:5, 5634:10, 5701:12, 5727:3, 5727:8

**TOFS** [1] - 5595:21

**together** [2] - 5604:16, 5714:11

**toggle** [4] - 5587:18, 5589:10, 5590:23,

5610:21

**TOLLES** [1] - 5555:13

**ton** [1] - 5592:25

**tone** [2] - 5607:23, 5608:2

**took** [4] - 5572:4, 5658:9, 5673:6, 5707:23

**tool** [18] - 5596:24, 5598:7, 5598:9, 5598:25, 5600:6, 5600:23, 5601:25, 5602:10, 5602:19, 5649:3, 5649:22, 5649:24, 5649:25, 5650:9, 5650:14, 5650:21, 5695:25, 5704:20

**toolpusher** [3] - 5627:22, 5628:12, 5725:23

**tools** [3] - 5599:7, 5600:7, 5604:8

**top** [9] - 5581:17, 5593:21, 5594:2, 5605:23, 5608:14, 5609:15, 5610:3, 5622:24, 5644:22

**topic** [3] - 5595:9, 5642:5, 5647:17

**TORTS** [2] - 5552:22, 5553:10

**touch** [1] - 5593:1

**tour** [3] - 5627:23, 5703:16, 5710:16

**toward** [1] - 5594:15

**towards** [11] - 5586:13, 5706:9, 5710:13, 5711:5, 5711:22, 5713:11, 5713:20, 5715:19, 5719:17, 5721:10, 5724:10

**TOWER** [2] - 5555:19, 5556:16

**towers** [1] - 5580:4

**town** [1] - 5620:11

**track** [8] - 5632:12, 5632:18, 5659:23, 5660:21, 5663:4, 5663:12, 5673:17, 5676:14

**tracked** [3] - 5574:21, 5663:7, 5674:6

**tracking** [5] - 5603:16, 5604:11, 5605:9, 5680:18, 5681:21

**traffic** [2] - 5585:14, 5591:8

**tragedy** [2] - 5670:15,

5677:20

**Trahan** [3] - 5701:11, 5704:7, 5719:1

**train** [9] - 5603:17, 5603:22, 5640:1, 5652:10, 5698:1, 5698:10, 5699:6, 5699:7, 5704:2

**trained** [4] - 5575:15, 5576:21, 5604:8, 5649:6, 5673:8, 5698:6

**trainee** [1] - 5655:10

**trainees** [1] - 5639:25

**training** [26] - 5572:1, 5576:4, 5576:24, 5577:2, 5601:25, 5602:19, 5651:21, 5651:22, 5651:25, 5652:3, 5652:4, 5652:7, 5652:8, 5652:12, 5652:25, 5655:24, 5656:17, 5656:21, 5657:1, 5657:5, 5657:10, 5657:13, 5703:24, 5726:6, 5726:15, 5726:16

**trans** [1] - 5574:3

**trans-Atlantic** [1] - 5574:3

**TRANSCRIPT** [2] - 5550:21, 5557:7

**transcript** [5] - 5564:21, 5566:6, 5566:7, 5567:10, 5728:7

**transcripts** [2] - 5564:24, 5570:5

**transfers** [1] - 5581:24

**transit** [1] - 5676:16

**transits** [5] - 5675:25, 5676:5, 5676:9

**Transocean** [24] - 5560:22, 5561:4, 5563:8, 5565:5, 5566:14, 5569:9, 5569:10, 5569:18, 5570:12, 5571:9, 5573:8, 5575:17, 5575:21, 5575:23, 5623:22, 5651:20, 5652:3, 5652:12, 5652:21, 5694:11, 5701:11, 5702:24, 5703:15, 5709:9

**TRANSOCEAN** [3] - 5555:3, 5555:3, 5555:5

**Transocean's** [3] -

5666:17, 5670:18, 5726:18

**Transoceanic** [1] - 5573:22

**transoceanic** [1] - 5574:3

**trash** [1] - 5678:9

**trend** [3] - 5603:21, 5604:18, 5605:17

**trends** [1] - 5603:18

**TREX-1118.1.1** [1] - 5642:12

**TREX-1118.13.2** [1] - 5646:9

**TREX-1119.1.1** [1] - 5633:17

**TREX-1119.2.1** [2] - 5635:21, 5638:4

**TREX-1449.235.1** [1] - 5604:19

**TREX-1832.1.1** [1] - 5672:22

**TREX-1832.10.1** [1] - 5675:23

**TREX-1832.11.1** [1] - 5676:21

**TREX-1832.13.1** [1] - 5677:9

**TREX-1832.14.1** [1] - 5677:14

**TREX-1832.15.1** [1] - 5678:5

**TREX-1832.8.1** [1] - 5675:3

**TREX-1832.9.1** [1] - 5675:12

**TREX-22700.1.1** [1] - 5641:16

**TREX-26011** [2] - 5558:15, 5560:2

**TREX-3403.8.1** [1] - 5680:24

**TREX-4140.1.1** [1] - 5669:1

**TREX-4459.1** [1] - 5652:16

**TREX-4459.31.1** [1] - 5656:19

**TREX-4459.6.1** [1] - 5655:23

**TREX-4644.1** [1] - 5615:9

**TREX-4644.264.1** [1] - 5619:14

**TREX-4644.277.1** [1] - 5648:5

**TREX-4644.76.1** [1] - 5615:18

**TREX-4644.78.1** [1] - 5618:11

**TREX-4644.78.2** [1] - 5618:25

**TREX-50335.3.1** [1] - 5699:13

**TREX-50335.7.1** [1] - 5700:3

**TREX-52658.20.1** [1] - 5656:23

**TREX-52658.24.1** [1] - 5657:7

**TREX-5295.1.1** [1] - 5683:4

**TREX-53401** [1] - 5600:19

**TREX-664.1** [1] - 5678:19

**TREX-664.7.1** [1] - 5679:6

**TREX-671.1** [1] - 5624:25

**TREX-88.91.1** [1] - 5667:4

**TREX-88.93.1** [1] - 5667:21

**triage** [1] - 5724:19

**trial** [3] - 5563:13, 5563:22, 5726:17

**TRIAL** [1] - 5550:12

**trick** [3] - 5667:18, 5672:16, 5672:19

**triggered** [8] - 5607:7, 5607:8, 5607:10, 5608:24, 5610:19, 5612:20, 5633:7, 5633:8

**TRITON** [1] - 5550:13

**trouble** [1] - 5596:22

**troubleshooting** [3] - 5577:4, 5577:10, 5678:8

**true** [1] - 5728:7

**truth** [3] - 5570:15

**try** [8] - 5563:16, 5596:15, 5616:23, 5661:15, 5672:16, 5672:19, 5675:16, 5718:6

**trying** [5] - 5564:3, 5583:16, 5678:13, 5680:13, 5716:3

**TSTP** [2] - 5601:13, 5601:25

**tunnel** [1] - 5718:12

**turn** [12] - 5569:13, 5593:1, 5602:15, 5614:11, 5617:21, 5625:3, 5625:5, 5646:17, 5656:23, 5657:7, 5675:3, 5725:22

**turned** [4] - 5711:18, 5713:19, 5716:24, 5717:18

**turnover** [1] - 5685:5

**two** [24] - 5568:7, 5568:25, 5569:22, 5570:6, 5576:18, 5588:11, 5590:17, 5611:3, 5622:17, 5633:9, 5639:24, 5646:13, 5650:17, 5659:19, 5667:10, 5676:2, 5678:15, 5683:2, 5701:10, 5702:23, 5704:6, 5715:6, 5720:21, 5724:15

**two-tier** [1] - 5646:13

**TX** [6] - 5552:15, 5555:11, 5555:23, 5556:10, 5556:17, 5556:20

**Tyco** [5] - 5573:22, 5573:24, 5575:8, 5575:10, 5575:12

**Tycom** [1] - 5573:23

**type** [6] - 5594:17, 5621:13, 5640:5, 5644:25, 5696:19, 5698:25

**types** [7] - 5589:2, 5596:25, 5637:2, 5637:15, 5650:1, 5654:9, 5654:19

**typically** [1] - 5697:1

## U

**U.S** [4] - 5552:21, 5553:3, 5553:9, 5553:15

**ultimately** [3] - 5595:13, 5681:2, 5681:18

**uncontrollable** [2] - 5619:3, 5626:15

**uncontrolled** [4] - 5618:6, 5626:14, 5644:24

**under** [4] - 5577:17, 5592:15, 5596:7, 5676:2

**UNDERHILL** [1] - 5552:22

**underneath** [6] - 5580:4, 5580:16, 5584:11, 5722:12, 5722:13, 5724:2

**undertake** [1] - 5599:4

**underway** [7] - 5585:13, 5588:6, 5588:10, 5588:11, 5616:11, 5624:7, 5624:18
**unfortunate** [1] - 5564:9
**unfortunately** [2] - 5563:12, 5632:24
**unhelpful** [1] - 5657:18
**uniforms** [2] - 5572:19, 5572:20
**unique** [1] - 5652:12
**unit** [2] - 5619:4, 5636:22
**UNITED** [4] - 5550:1, 5550:15, 5550:23, 5552:21
**United** [2] - 5728:5, 5728:16
**units** [1] - 5635:20
**unless** [1] - 5709:3
**unsafe** [7] - 5596:3, 5603:16, 5605:15, 5664:2, 5666:24, 5678:17, 5702:17
**unusual** [4] - 5624:11, 5666:19, 5682:25, 5683:3
**up** [116] - 5564:21, 5564:22, 5565:16, 5572:3, 5574:7, 5578:12, 5579:9, 5579:19, 5579:21, 5582:13, 5582:19, 5582:20, 5583:10, 5583:11, 5583:13, 5584:10, 5587:8, 5589:18, 5591:6, 5591:8, 5592:14, 5599:12, 5604:3, 5604:17, 5606:8, 5607:18, 5608:21, 5609:2, 5609:15, 5610:3, 5613:12, 5614:24, 5615:9, 5615:18, 5621:4, 5622:23, 5624:25, 5625:19, 5625:23, 5626:7, 5627:9, 5628:5, 5628:10, 5629:5, 5629:15, 5630:4, 5632:5, 5634:17, 5635:1, 5636:9, 5636:11, 5637:24, 5638:3, 5640:8, 5640:23, 5641:16, 5642:12, 5643:22, 5646:9,

5650:9, 5651:22, 5660:5, 5660:7, 5660:8, 5661:16, 5661:18, 5662:12, 5662:25, 5663:23, 5667:4, 5667:13, 5668:13, 5671:7, 5672:3, 5672:4, 5672:5, 5672:20, 5673:24, 5675:6, 5678:11, 5680:24, 5683:4, 5696:3, 5698:24, 5699:5, 5701:16, 5703:7, 5703:9, 5703:12, 5704:7, 5704:16, 5704:21, 5706:4, 5706:21, 5707:22, 5710:6, 5713:9, 5713:24, 5716:2, 5717:2, 5717:22, 5718:1, 5719:4, 5719:6, 5719:25, 5720:6, 5720:13, 5720:20, 5722:3, 5723:16, 5723:19, 5724:19, 5724:20
**upcoming** [1] - 5701:20
**updating** [1] - 5680:12
**upgrade** [3] - 5571:24, 5572:5, 5665:18
**upgraded** [1] - 5572:6
**upstairs** [1] - 5593:15
**usable** [1] - 5567:2
**uses** [1] - 5574:15

---

**V**

**VA** [1] - 5551:19
**valve** [1] - 5658:22
**valves** [1] - 5682:1
**vantage** [1] - 5585:17
**various** [28] - 5586:25, 5587:14, 5587:18, 5589:1, 5590:16, 5590:23, 5594:10, 5602:19, 5615:20, 5616:2, 5621:10, 5626:25, 5636:20, 5637:1, 5637:15, 5639:14, 5648:22, 5649:4, 5649:23, 5650:7, 5657:1, 5663:19, 5685:14, 5698:5, 5698:21, 5707:9, 5707:12, 5709:11
**vendor** [1] - 5685:9
**vent** [3] - 5614:2,

5615:1, 5618:3
**vented** [1] - 5614:13
**ventilate** [1] - 5613:17
**ventilation** [9] - 5613:20, 5614:5, 5637:14, 5645:10, 5645:16, 5645:23, 5654:9, 5669:11, 5699:8
**venting** [1] - 5613:22
**verification** [1] - 5669:7
**verify** [3] - 5600:2, 5640:13, 5669:13
**version** [4] - 5566:25, 5579:25, 5584:23, 5622:11
**vessel** [21] - 5579:17, 5588:15, 5588:23, 5589:9, 5590:20, 5591:8, 5593:12, 5593:19, 5594:5, 5595:5, 5595:16, 5608:6, 5608:8, 5620:13, 5623:20, 5623:23, 5634:3, 5643:9, 5643:22, 5651:5, 5658:21
**Vessel** [1] - 5633:25
**vessels** [4] - 5589:24, 5625:14, 5635:20, 5643:5
**VHF** [2] - 5589:21, 5594:18
**video** [5] - 5564:13, 5567:8, 5567:20, 5568:17, 5569:11
**videos** [1] - 5570:6
**videotape** [2] - 5569:15, 5569:20
**VIDEOTAPE................** [1] - 5558:5
**VIDEOTAPE................** [1] - 5558:4
**videotapes** [4] - 5563:10, 5563:12, 5563:16, 5569:22
**view** [2] - 5585:14, 5592:23
**VIP** [1] - 5702:9
**VIP's** [3] - 5701:24, 5702:23, 5704:6
**VIRGINIA** [1] - 5551:19
**vision** [2] - 5585:20, 5718:12
**visit** [1] - 5701:14
**visual** [4] - 5594:4, 5626:11, 5636:25, 5669:13

**VOICES** [1] - 5559:9
**voluntary** [4] - 5665:14, 5665:15, 5665:16, 5695:17
**volute** [1] - 5676:22
**VON** [1] - 5556:19

---

**W**

**wait** [3] - 5655:19
**waited** [1] - 5705:24
**waiting** [5] - 5617:20, 5663:19, 5663:20, 5676:25, 5705:13
**walk** [9] - 5579:20, 5589:19, 5593:2, 5594:10, 5661:14, 5684:24, 5687:2, 5689:18, 5691:14
**walked** [1] - 5711:4
**WALKER** [1] - 5551:18
**walking** [2] - 5593:5, 5661:17
**walks** [1] - 5661:9
**wallet** [1] - 5621:25
**WALTER** [1] - 5551:22
**WALTHER** [1] - 5556:3
**wants** [1] - 5647:18
**warrants** [1] - 5636:6
**WAS** [1] - 5558:15
**WASHINGTON** [4] - 5553:7, 5553:13, 5553:19, 5554:21
**watch** [10] - 5572:14, 5572:15, 5590:11, 5591:2, 5591:4, 5636:4, 5691:21, 5714:6, 5714:12, 5714:14
**watched** [1] - 5714:14
**water** [9] - 5677:11, 5698:12, 5698:15, 5716:18, 5720:22, 5722:14, 5723:8, 5723:9, 5724:2
**watertight** [5] - 5658:21, 5668:22, 5675:25, 5681:24
**watertightness** [1] - 5669:23
**ways** [2] - 5583:1, 5612:24
**weak** [1] - 5723:15
**weather** [3] - 5617:22, 5655:4, 5703:20
**Webster** [2] - 5566:9, 5641:21

**Webster's** [1] - 5641:24
**week** [6] - 5560:25, 5562:24, 5578:9, 5578:22, 5603:20, 5670:15
**weekend** [3] - 5559:11, 5563:16, 5568:19
**weekly** [2] - 5660:6, 5696:25
**weepy** [1] - 5677:1
**weighing** [1] - 5632:5
**weight** [2] - 5698:11, 5698:13
**welcome** [3] - 5568:22, 5622:3
**welding** [4] - 5631:19, 5631:21, 5631:23, 5638:14
**wellhead** [2] - 5601:23, 5645:1
**Wheeler** [3] - 5719:13, 5720:23, 5722:24
**WHEREUPON** [12] - 5560:2, 5560:8, 5560:17, 5561:6, 5561:17, 5561:25, 5562:11, 5562:21, 5569:15, 5569:20, 5658:9, 5727:22
**white** [1] - 5610:6
**WHITELEY** [1] - 5554:9
**whole** [7] - 5559:21, 5570:15, 5586:19, 5638:17, 5652:24, 5713:13, 5718:2
**wide** [5] - 5626:23, 5626:24, 5627:1, 5633:10, 5641:4
**wife** [1] - 5704:15
**Williams** [7] - 5568:9, 5568:11, 5569:12, 5569:15, 5670:6, 5715:22, 5716:13
**WILLIAMS** [3] - 5552:3, 5552:3, 5558:4
**WILLIAMSON** [2] - 5552:13, 5552:14
**wind** [5] - 5575:1, 5614:4, 5617:23, 5629:16, 5655:6
**window** [3] - 5713:7, 5713:11, 5713:15
**windows** [4] - 5585:3, 5586:11, 5586:15, 5713:10
**WINFIELD** [1] -

5553:23

**Winslow** [2] -
5701:11, 5704:6

**wiring** [3] - 5675:5,
5675:6, 5675:8

**withdrawing** [1] -
5569:2

**withdrew** [1] - 5569:1

**witness** [19] - 5569:9,
5569:23, 5570:19,
5616:23, 5623:12,
5634:10, 5641:17,
5641:20, 5657:12,
5657:16, 5657:19,
5668:15, 5668:16,
5677:16, 5688:21,
5709:3, 5709:5,
5709:12, 5727:11

**WITNESS** [3] -
5570:17, 5570:23,
5647:20

**witnesses** [5] -
5564:13, 5651:13,
5656:6, 5656:8,
5709:9

**WITTMANN** [2] -
5556:3, 5556:4

**Wolfe** [5] - 5563:12,
5563:17, 5564:14,
5709:24

**word** [5] - 5563:25,
5682:25, 5683:1,
5703:4, 5716:15

**workers** [1] - 5592:2

**works** [3] - 5577:6,
5636:15, 5643:10

**worse** [1] - 5618:2

**worth** [4] - 5571:25,
5572:4, 5572:7,
5585:19

**WRIGHT** [1] - 5551:3

**write** [3] - 5601:2,
5684:24, 5685:1

**written** [2] - 5632:16,
5643:8

**wrote** [1] - 5685:4

**Wyman** [8] - 5719:13,
5719:22, 5719:23,
5720:23, 5722:8,
5722:10, 5722:24,
5724:18

**Y**

**Y-O-U-N-G** [1] -
5570:24

**Yancy** [19] - 5591:1,
5591:9, 5591:10,
5657:8, 5704:4,

5708:11, 5708:23,
5712:1, 5712:15,
5715:1, 5715:5,
5720:9, 5721:23,
5722:21, 5723:4,
5725:12, 5726:19,
5726:20

**year** [7] - 5575:19,
5576:8, 5576:10,
5660:7, 5686:4,
5690:16

**year's** [3] - 5571:25,
5572:4, 5572:6

**yearly** [1] - 5682:12

**years** [9] - 5595:12,
5605:20, 5681:3,
5682:9, 5683:1,
5683:2, 5686:6,
5686:10, 5707:2

**yellow** [3] - 5566:25,
5570:2, 5674:5

**yesterday** [1] -
5560:11

**YOAKUM** [1] -
5552:14

**York** [2] - 5571:18,
5572:12

**YOUNG** [2] - 5553:18,
5570:18

**young** [3] - 5570:10,
5571:2, 5571:7

**Young** [11] - 5563:10,
5569:24, 5570:23,
5571:14, 5595:10,
5622:11, 5636:8,
5642:1, 5658:15,
5700:24, 5726:17

**YOUNG....................
....................** [1] -
5558:6

**yourself** [4] - 5571:8,
5590:16, 5596:5,
5683:6

**Z**

**zone** [3] - 5609:24,
5610:1, 5637:16

**zones** [1] - 5668:24

**zoom** [8] - 5584:18,
5588:3, 5588:16,
5590:3, 5592:24,
5593:8, 5595:1,
5708:9

**"**

**"MIKE"** [1] - 5554:20