1                     UNITED STATES DISTRICT COURT

2                     EASTERN DISTRICT OF LOUISIANA

3

4      ****************************************************************

5      IN RE:  OIL SPILL BY THE OIL
       RIG *DEEPWATER HORIZON* IN THE
6      GULF OF MEXICO ON APRIL 20,
       2010
7

8                               CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
9                               TUESDAY, MARCH 26, 2013, 8:00 A.M.

10

11     THIS DOCUMENT RELATES TO:

12     CASE NO. 2:10-CV-02771,
       *IN RE:  THE COMPLAINT AND*
13     *PETITION OF TRITON ASSET*
       *LEASING GmbH, ET AL*
14
       CASE NO. 2:10-CV-4536,
15     *UNITED STATES OF AMERICA V.*
       *BP EXPLORATION & PRODUCTION,*
16     *INC., ET AL*

17     ****************************************************************

18

19

20                      **DAY 18  MORNING SESSION**

21              TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22          HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                  UNITED STATES DISTRICT JUDGE

24

25

                          **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES:

2

3    FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:   JAMES P. ROY, ESQ.
4                           556 JEFFERSON STREET, SUITE 500
                            POST OFFICE BOX 3668
5                           LAFAYETTE, LA  70502

6

7                           HERMAN HERMAN & KATZ
                            BY:   STEPHEN J. HERMAN, ESQ.
8                           820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
9

10                          CUNNINGHAM BOUNDS
11                          BY:   ROBERT T. CUNNINGHAM, ESQ.
                            1601 DAUPHIN STREET
12                          MOBILE, AL  36604

13

14                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:   PAUL M. STERBCOW, ESQ.
15                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
16                          NEW ORLEANS, LA  70130

17

18                          BREIT DRESCHER IMPREVENTO & WALKER
                            BY:   JEFFREY A. BREIT, ESQ.
19                          600 22ND STREET, SUITE 402
                            VIRGINIA BEACH, VA  23451
20

21

22                          LEGER & SHAW
                            BY:   WALTER J. LEGER, JR., ESQ.
                            600 CARONDELET STREET, 9TH FLOOR
23                          NEW ORLEANS, LA  70130

24

25


                        OFFICIAL TRANSCRIPT
```

5898

1    APPEARANCES CONTINUED:

2

3                                   WILLIAMS LAW GROUP
                                    BY:  CONRAD S. P. WILLIAMS, ESQ.
4                                   435 CORPORATE DRIVE, SUITE 101
                                    HOUMA, LA  70360
5

6
                                    THORNHILL LAW FIRM
7                                   BY:  THOMAS THORNHILL, ESQ.
                                    1308 NINTH STREET
8                                   SLIDELL, LA  70458

9

10                                  DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                                    BY:  JOHN W. DEGRAVELLES, ESQ.
11                                  618 MAIN STREET
                                    BATON ROUGE, LA 70801
12

13
                                    WILLIAMSON & RUSNAK
14                                  BY:  JIMMY WILLIAMSON, ESQ.
                                    4310 YOAKUM BOULEVARD
15                                  HOUSTON, TX  77006

16

17                                  IRPINO LAW FIRM
                                    BY:  ANTHONY IRPINO, ESQ.
18                                  2216 MAGAZINE STREET
                                    NEW ORLEANS, LA  70130
19

20

21   FOR THE UNITED STATES
     OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
22                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQ.
23                           450 GOLDEN GATE AVENUE
                             7TH FLOOR, ROOM 5395
24                           SAN FRANCISCO, CA  94102

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              U.S. DEPARTMENT OF JUSTICE
                               ENVIRONMENT & NATURAL RESOURCES DIVISION
4                              ENVIRONMENTAL ENFORCEMENT SECTION
                               BY:  STEVEN O'ROURKE, ESQ.
5                                   SCOTT CERNICH, ESQ.
                                    DEANNA CHANG, ESQ.
6                                   RACHEL HANKEY, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
7                              P.O. BOX 7611
                               WASHINGTON, DC  20044
8

9                              U.S. DEPARTMENT OF JUSTICE
10                             TORTS BRANCH, CIVIL DIVISION
                               BY:  JESSICA McCLELLAN, ESQ.
11                                  MICHELLE DELEMARRE, ESQ.
                                    JESSICA SULLIVAN, ESQ.
12                                  SHARON SHUTLER, ESQ.
                                    MALINDA LAWRENCE, ESQ.
13                             POST OFFICE BOX 14271
                               WASHINGTON, DC  20044
14

15                             U.S. DEPARTMENT OF JUSTICE
16                             FRAUD SECTION
                               COMMERCIAL LITIGATION BRANCH
17                             BY:  DANIEL SPIRO, ESQ.
                                    KELLEY HAUSER, ESQ.
18                                  ELIZABETH YOUNG, ESQ.
                               BEN FRANKLIN STATION
19                             WASHINGTON, DC  20044

20

21   FOR THE STATE OF
     ALABAMA:                  ALABAMA ATTORNEY GENERAL'S OFFICE
22                             BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                    COREY L. MAZE, ESQ.
23                                  WINFIELD J. SINCLAIR, ESQ.
                               500 DEXTER AVENUE
24                             MONTGOMERY, AL  36130

25

                         **OFFICIAL TRANSCRIPT**

1     APPEARANCES CONTINUED:

2

3     FOR THE STATE OF
      LOUISIANA OFFICE
4     OF THE ATTORNEY
      GENERAL:
5                                   STATE OF LOUISIANA
                                    BY:  JAMES D.  CALDWELL,
6                                   ATTORNEY GENERAL
                                    1885 NORTH THIRD STREET
7                                   POST OFFICE BOX 94005
                                    BATON ROUGE, LA  70804
8

9                                   KANNER & WHITELEY
10                                  BY:  ALLAN KANNER, ESQ.
                                         DOUGLAS R. KRAUS, ESQ.
11                                  701 CAMP STREET
                                    NEW ORLEANS, LA  70130
12

13    FOR BP EXPLORATION &
      PRODUCTION INC.,
14    BP AMERICA PRODUCTION
15    COMPANY, BP PLC:             LISKOW & LEWIS
                                    BY:  DON K. HAYCRAFT, ESQ.
16                                  ONE SHELL SQUARE
                                    701 POYDRAS STREET
17                                  SUITE 5000
                                    NEW ORLEANS, LA  70139
18

19                                  COVINGTON & BURLING
20                                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                    1201 PENNSYLVANIA AVENUE, NW
21                                  WASHINGTON, DC  20004

22

23                                  KIRKLAND & ELLIS
                                    BY:  J. ANDREW LANGAN, ESQ.
24                                       HARIKLIA "CARRIE" KARIS, ESQ.
                                         MATTHEW T. REGAN, ESQ.
25                                  300 N. LASALLE
                                    CHICAGO, IL  60654

                                    **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
4    OFFSHORE DEEPWATER
     DRILLING INC., AND
5    TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
6                             BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
7                             1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
8

9
                              SUTHERLAND ASBILL & BRENNAN
10                            BY:  STEVEN L. ROBERTS, ESQ.
                                   RACHEL G. CLINGMAN, ESQ.
11                            1001 FANNIN STREET, SUITE 3700
                              HOUSTON, TX  77002
12

13
                              MUNGER TOLLES & OLSON
14                            BY:  MICHAEL R. DOYEN, ESQ.
                                   BRAD D. BRIAN, ESQ.
15                                 LUIS LI, ESQ.
                              355 SOUTH GRAND AVENUE, 35TH FLOOR
16                            LOS ANGELES, CA  90071

17

18                            MAHTOOK & LAFLEUR
                              BY:  RICHARD J. HYMEL, ESQ.
19                            1000 CHASE TOWER
                              600 JEFFERSON STREET
20                            LAFAYETTE, LA  70502

21

22                            HUGHES ARRELL KINCHEN
                              BY:  JOHN KINCHEN, ESQ.
23                            2211 NORFOLK, SUITE 1110
                              HOUSTON, TX  77098
24

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR CAMERON INTERNATIONAL
     CORPORATION:                 STONE PIGMAN WALTHER WITTMANN
4                                 BY:  PHILLIP A. WITTMANN, ESQ.
                                  546 CARONDELET STREET
5                                 NEW ORLEANS, LA 70130

6

7                                 BECK REDDEN & SECREST
                                  BY:  DAVID J. BECK, ESQ.
8                                      DAVID W. JONES, ESQ.
                                       GEOFFREY GANNAWAY, ESQ.
9                                      ALEX B. ROBERTS, ESQ.
                                  ONE HOUSTON CENTER
10                                1221 MCKINNEY STREET, SUITE 4500
                                  HOUSTON, TX  77010

11

12

13   FOR HALLIBURTON
     ENERGY SERVICES,
14   INC.:                        GODWIN LEWIS
                                  BY:  DONALD E. GODWIN, ESQ.
15                                FLOYD R. HARTLEY, JR., ESQ.
                                       GAVIN HILL, ESQ.
16                                  RENAISSANCE TOWER
                                  1201 ELM STREET, SUITE 1700
17                                DALLAS, TX  75270.

18

19                                GODWIN LEWIS
                                  BY:  JERRY C. VON STERNBERG, ESQ.
20                                1331 LAMAR, SUITE 1665
                                  HOUSTON, TX  77010.

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
4                               REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
5                               NEW ORLEANS, LA  70130
                                (504) 589-7779
6                               Cathy_Pepper@laed.uscourts.gov

7

8    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        **OFFICIAL TRANSCRIPT**

# I N D E X

EXAMINATIONS                                                    PAGE

**BILLY DEAN AMBROSE**...................................5912

DIRECT EXAMINATION BY MS. CLINGMAN...................5912

LUNCHEON RECESS.....................................6062

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

**P-R-O-C-E-E-D-I-N-G-S**

TUESDAY, MARCH 26, 2013

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

07:29:10  5
07:29:10  6

08:04:20  7        THE DEPUTY CLERK:  All rise.

08:04:38  8        THE COURT:  Good morning, everyone.

08:04:38  9        VOICES:  Good morning, Your Honor.

08:04:40 10        THE COURT:  Please be seated.

08:04:44 11            All right.  Do we have any preliminary matters

08:04:46 12    before we resume testimony?

08:04:48 13        MR. REGAN:  Yes, Your Honor.  Good morning, Matt Regan

08:04:51 14    on behalf of BP.

08:04:52 15            I would like to present the exhibits that were

08:04:54 16    marked yesterday in the examination of Mr. Young.

08:04:57 17        THE COURT:  All right.  Any objections?

08:04:59 18            Hearing none, those are admitted.

08:04:59 19        (WHEREUPON, the above-mentioned exhibits were

08:05:01 20    admitted.)

08:05:01 21        MR. REGAN:  Thank you, Your Honor.

08:05:02 22        MR. GODWIN:  Good morning, Judge.  Don Godwin for

08:05:05 23    Halliburton, Your Honor.

08:05:06 24            I have our exhibits that were used in the

08:05:08 25    cross-examination of David Young.  They've been circulated,

**OFFICIAL TRANSCRIPT**

08:05:10 1   and, to my knowledge, no objections, Judge.

08:05:12 2        THE COURT:  All right.  Any remaining objections?

08:05:15 3        All right.  Without objection, those are

08:05:17 4   admitted.

08:05:17 5        (WHEREUPON, the above-mentioned exhibits were

08:05:17 6   admitted.)

08:05:17 7        MR. GODWIN:  Thank you, Your Honor.

08:05:18 8        THE COURT:  Sure.

08:05:20 9        MR. IRPINO:  Good morning, Your Honor.  Anthony Irpino

08:05:23 10  for the PSC.

08:05:24 11       We still are going to circulate our exhibits for

08:05:27 12  Mr. Childs [verbatim].  We wanted to just put on the record

08:05:29 13  that we are doing that, and that will be done later this

08:05:32 14  afternoon.

08:05:32 15       THE COURT:  Okay.  Thank you.

08:05:38 16       All right.  I'll just state for the record that

08:05:46 17  we've given counsel a heads-up that I've reviewed the

08:05:50 18  submissions relating to the disputed portions of Mr. McKay's

08:05:57 19  deposition video clips.  I have decided that I'm going to not

08:06:03 20  allow Transocean to add to the previously submitted and

08:06:09 21  designated deposition bundles.

08:06:15 22       The written motion that Transocean filed is

08:06:17 23  Record Document 9002, 9-0-0-2.  The reason for my ruling is

08:06:29 24  essentially the reasons set forth in the plaintiffs'

08:06:33 25  opposition.

**OFFICIAL TRANSCRIPT**

08:06:34  1          As I stated yesterday, I do not want to open the

08:06:40  2   door to a situation where other parties would likely then be

08:06:47  3   able to come in -- there would be no principle basis to deny

08:06:51  4   other parties their right to add during this trial to the

08:06:56  5   previously designated deposition bundles, and I don't want to

08:07:02  6   get into that situation.

08:07:04  7          I've also looked at the issue relating to

08:07:13  8   Halliburton's expert, Dr. Kris Ravi, R-A-V-I.  I guess it's

08:07:24  9   pronounced Ravi.

08:07:26 10          MR. GODWIN:  Ravi, Judge.

08:07:28 11          THE COURT:  Ravi.

08:07:28 12          MR. GODWIN:  Yes, sir.

08:07:29 13          THE COURT:  I went back, again, to understand the

08:07:32 14   history of this and looked at what Judge Shushan had done and

08:07:38 15   how this came about.

08:07:40 16          It's pretty clear to me that it was only after

08:07:55 17   Judge Shushan allowed BP to substitute Mr. Crook as an expert,

08:08:11 18   as a cement expert, that in response to that, Halliburton

08:08:18 19   requested permission to add a rebuttal expert, that being

08:08:25 20   Dr. Kris Ravi, and that was allowed.

08:08:29 21          If you'll look at Dr. Ravi's report, it's

08:08:36 22   explicitly even entitled, "Rebuttal Expert Report of Dr. Kris

08:08:40 23   Ravi to the Report of Ronald J. Crook regarding Cement Issues."

08:08:45 24          I read the report last night, and Dr. Ravi just

08:08:48 25   goes point by point to attempt to rebut opinions stated by

**OFFICIAL TRANSCRIPT**

08:08:54 1    Mr. Crook.

08:08:56 2              So, clearly, there would have been no need or no

08:09:10 3    order by the Court to allow Halliburton to add Dr. Ravi but for

08:09:14 4    the fact that BP had been allowed to substitute Mr. Crook.

08:09:18 5              So the issue comes down to this:  If BP does not

08:09:23 6    call Mr. Crook, there is nothing for Dr. Ravi to rebut.  So my

08:09:30 7    ruling is that Dr. Ravi will be allowed to testify only in

08:09:36 8    rebuttal to testimony, if there is testimony in this trial,

08:09:41 9    from Mr. Crook.

08:09:43 10             Since, according to our order of proof,

08:09:48 11   Halliburton is going before BP, I'm going to allow Halliburton,

08:09:52 12   if it wishes, to hold its case open for the limited purpose of

08:09:57 13   calling Dr. Ravi, should BP call Mr. Crook in its case.

08:10:06 14             All right.  I think we're awaiting the opposition

08:10:21 15   by Halliburton to the motion for sanctions.  That's due today

08:10:25 16   sometime or tonight.

08:10:26 17        MR. GODWIN:  Don Godwin for Halliburton, Your Honor.

08:10:31 18             You said to file it by five today, and it will be

08:10:34 19   filed this afternoon, later, Judge.

08:10:35 20        THE COURT:  That's fine.

08:10:35 21             Once I get all of that briefing, I'll look at

08:10:38 22   that.

08:10:39 23             I did see that it looked like, in addition to

08:10:44 24   BP's motion, the PSC had made a submission on that; not a

08:10:50 25   separate motion, they just called it *PSC submission regarding*

**OFFICIAL TRANSCRIPT**

08:10:53  1   *Halliburton's spoliation issues.*   The United States had filed a

08:10:58  2   response.

08:10:58  3            I have not seen anything filed by the states.

08:11:01  4   Did you file something, Mr. Maze?

08:11:04  5        MR. MAZE:  Yes, Your Honor, we did file it on Saturday

08:11:06  6   morning.  I think we copied Ben on it.  It was Saturday at

08:11:10  7   about noon.

08:11:11  8            It is not a duplicative motion for sanctions.

08:11:15  9   Like the PSC and the United States, we leave it up to

08:11:18 10   Your Honor's discretion and just wrote a brief stating our

08:11:21 11   position.

08:11:21 12        THE COURT:  All right.  I'm sure I just overlooked it.

08:11:24 13   I just glanced at the docket sheet early this morning, and I

08:11:27 14   didn't see it, but I'm sure it's there.

08:11:29 15            Ben, you can find that for me, and we'll look at

08:11:32 16   that.

08:11:34 17        MR. ROY:  Your Honor, may I address that point?

08:11:34 18        MR. KANNER:  Louisiana joined in that motion,

08:11:37 19   Your Honor.

08:11:37 20        THE COURT:  Okay.

08:11:38 21            Go ahead.

08:11:38 22        MR. ROY:  Jim Roy.  May I address that point briefly?

08:11:41 23        THE COURT:  Sure.

08:11:41 24        MR. ROY:  From the PSC's standpoint, I don't know that

08:11:43 25   we made it clear in our papers, but, to be abundantly clear, we

**OFFICIAL TRANSCRIPT**

08:11:46  1   are not asking the Court to interrupt the trial or take up the
08:11:50  2   matter at this point in time by any means.
08:11:53  3           In fact, to the contrary, at least it's our
08:11:55  4   belief, I don't know of the other parties, that it's something
08:11:59  5   that could be carried to the end of the trial, for that matter;
08:12:01  6   but, obviously, that's up to Your Honor.
08:12:02  7           THE COURT:  You mean the whole issue of sanctions?
08:12:05  8           MR. ROY:  Exactly.
08:12:06  9           THE COURT:  I'm not certain that I'm going to make any
08:12:10 10   ruling on it in the middle of the trial.  It may be that it's
08:12:14 11   something I consider in connection with deciding the case.  I
08:12:17 12   don't know that.
08:12:18 13           I wanted to wait until I get all the briefing,
08:12:21 14   and then I'll take a look at it and either decide to decide
08:12:25 15   something now or decide to defer until later, okay.
08:12:29 16           Does anybody have any other preliminary matters
08:12:32 17   before we begin?
08:12:33 18           MR. IRPINO:  Yes, Your Honor.  Anthony Irpino.
08:12:38 19           Sorry.  I misspoke earlier.  I said Childs.  I
08:12:41 20   meant our exhibits in connection with Mr. Young's testimony is
08:12:45 21   what we're going to be submitting later.
08:12:46 22           THE COURT:  All right.  Very well.
08:12:46 23           Transocean.  We're still on Transocean's case.
08:12:49 24           MS. CLINGMAN:  Yes, Your Honor.  We call
08:12:53 25   Mr. Bill Ambrose.

**OFFICIAL TRANSCRIPT**

08:12:54  1          THE COURT:  Mr. Ambrose.  Okay.

08:13:09  2          THE DEPUTY CLERK:  Please raise your right hand.  Do

3  you solemnly swear that the testimony you are about to give is

4  the truth, the whole truth and nothing but the truth, so help

5  you God?

6          THE WITNESS:  I do.

7                        **BILLY DEAN AMBROSE**

8   was called as a witness and, after being first duly sworn by

9   the Clerk, was examined and testified on his oath as follows:

08:13:14 10          THE DEPUTY CLERK:  Take a seat.  If you will state your

08:13:16 11  name and spell it for the record.

08:13:16 12                        DIRECT EXAMINATION

08:13:16 13  BY MS. CLINGMAN:

08:13:25 14  Q.   Good morning, Mr. Ambrose.

08:13:27 15  A.   Good morning.

08:13:27 16  Q.   Will you adjust your microphone so it's a little closer to

08:13:31 17  your mouth.

08:13:32 18          Mr. Ambrose, where do you live?

08:13:33 19  A.   I think I need to state my name.  Billy Dean Ambrose.

08:13:38 20  B-I-L-L-Y, D-E-A-N, A-M-B-R-O-S-E.  I live in Houston.

08:13:43 21  Q.   Where did you go to school?

08:13:47 22  A.   I have an undergrad in -- from University of Texas A&M in

08:13:53 23  ocean engineering, a Master's in mechanical engineering from

08:13:57 24  the University of Virginia Tech, and then an MBA from Texas.

08:14:03 25  Q.   What is ocean engineering, your degree from Texas A&M?

                        **OFFICIAL TRANSCRIPT**

5913

08:14:07  1    A.    It's a bit of a broad area of study.  You can do a lot of

08:14:11  2    different things with it.  It has coastal engineering, so

08:14:13  3    waterways, levees, dikes; but, you can also do things like

08:14:17  4    naval architecture, offshore structures, rig design, that sort

08:14:20  5    of thing.

08:14:21  6    Q.    What was your focus after you graduated?

08:14:25  7    A.    I went into the offshore industry.  I joined a small

08:14:30  8    company doing naval architecture work called *David Tein*

08:14:37  9    *Consulting Engineers*, doing some naval architecture work,

08:14:41 10    marine riser analysis, mooring analysis, dynamic positioning

08:14:47 11    studies for some of the drilling contractors.

08:14:47 12              THE REPORTER:  For?

08:14:47 13              THE WITNESS:  The drilling contractors.

08:14:51 14    BY MS. CLINGMAN:

08:14:51 15    Q.    You see, I'm not the only one that doesn't understand all

08:14:58 16    of the technical things that you said.  Let's go a little

08:15:01 17    slower.

08:15:01 18              You did some naval architecture consulting for

08:15:04 19    David Tein Consulting?

08:15:06 20    A.    Yes.

08:15:06 21    Q.    Did you work for any drilling contractors after coming out

08:15:10 22    of your degrees?

08:15:13 23    A.    About two years later, I joined R&B Falcon, drilling

08:15:18 24    contractor.

08:15:18 25    Q.    You work for Transocean today.  What is your current

                              **OFFICIAL TRANSCRIPT**

08:15:23  1    position?

08:15:23  2    A.    I am the vice-president for major capital projects.

08:15:27  3    Q.    Generally, high level, what is that?

08:15:31  4    A.    Any time we build new rigs, I oversee the design and

08:15:36  5    construction of those new rigs.

08:15:38  6          Any time we bring a rig in for a major out-of-service

08:15:42  7    period, I'm in charge of making sure that those things go well

08:15:45  8    and plan.

08:15:47  9    Q.    When did you join Transocean?

08:15:49 10    A.    Originally, back in 1999, when I joined R&B Falcon, one of

08:15:55 11    the predecessor companies.

08:15:57 12    Q.    So let's walk, Mr. Ambrose, a little through your history

08:15:59 13    and experience at the company, again, staying at a fairly high

08:16:03 14    level.

08:16:04 15          When you started at Reading & Bates, now Transocean,

08:16:07 16    what was your first position?

08:16:08 17    A.    The first title was project manager for naval architecture

08:16:12 18    for the new build construction group.

08:16:14 19    Q.    What type of rig did you oversee construction for in new

08:16:20 20    builds?

08:16:20 21    A.    Several of them.  I did the basic engineering work for the

08:16:23 22    naval architecture for the Pathfinder series of rigs, so it was

08:16:28 23    *Deepwater Pathfinder*, *Frontier*, *Millennium* and *Discovery*.  They

08:16:32 24    were all drillships.

08:16:33 25          Then, also, the *Deepwater Nautilus*, which was a

**OFFICIAL TRANSCRIPT**

08:16:36 1   sister rig to the *Horizon*, and then the *Deepwater Horizon*.

08:16:40 2   Q.   Is the *Deepwater Horizon* what you would call *a fifth*

08:16:44 3   *generation rig*?

08:16:45 4   A.   It is.

08:16:45 5   Q.   After leaving new builds, did you have any other jobs at

08:16:52 6   the company dealing with the construction, oversight and

08:16:55 7   structural integrity of deepwater drilling rigs?

08:16:59 8   A.   Periodically through my career I've had different

08:17:01 9   engineering jobs.  The next one was I went to the engineering

08:17:04 10  group, did structural motion analysis, riser analysis.

08:17:08 11       Then, later, now doing -- the vice-president of major

08:17:12 12  capital projects, we do some of that work as well.

08:17:15 13  Q.   Have you had positions as well in the company,

08:17:18 14  Mr. Ambrose, in which you had personal involvement in rig

08:17:21 15  maintenance at more of a rig or local level?

08:17:23 16  A.   Sure.  I've held -- I was an ops engineer for a while.

08:17:29 17  That's a position that assists the rig manager and deals a lot

08:17:32 18  with maintenance on the rig, different projects that are going

08:17:35 19  on while we're working.

08:17:37 20       I also held the position of acting rig manager, so I

08:17:40 21  saw it from that level.

08:17:41 22  Q.   On April 20, 2010, Mr. Ambrose, what was your position at

08:17:46 23  Transocean?

08:17:47 24  A.   I was the director of maintenance and technical support.

08:17:50 25  So it was a position that was a worldwide position to oversee

**OFFICIAL TRANSCRIPT**

08:17:55  1  all of our maintenance programs for the fleet.

08:17:56  2  Q.   Was that at the corporate level, companywide?

08:17:59  3  A.   Yes.

08:17:59  4  Q.   How did you hear about the April 20th incident on the

08:18:04  5  *Deepwater Horizon*?

08:18:05  6  A.   It was early morning of the 21st.  My wife came in and

08:18:11  7  told me.  She saw it on TV.

08:18:13  8  Q.   Were you asked to lead a team, Mr. Ambrose, into the

08:18:20  9  incident?

08:18:20 10  A.   I was.

08:18:21 11  Q.   Did you accept that request?

08:18:26 12  A.   I did.

08:18:27 13  Q.   Did that come directly to you on behalf of the CEO,

08:18:33 14  Steven Newman?

08:18:33 15  A.   Yes.  Arnaud Bobillier called me about a couple days

08:18:41 16  after.  He was our executive vice-president of assets at the

08:18:44 17  time.  He called me and asked me to come and talk about taking

08:18:47 18  on the investigation.

08:18:47 19  Q.   Were you eager, Mr. Ambrose, to lead the investigation of

08:18:54 20  an incident like this for the company?

08:18:56 21  A.   No, ma'am.

08:18:56 22  Q.   Why did you agree to take this on?

08:19:01 23  A.   Steven asked.

08:19:03 24  Q.   Did you feel like you could do it?

08:19:06 25  A.   I had the background for it.  I'm not an expert in

**OFFICIAL TRANSCRIPT**

08:19:10 1   everything about it, but I have the background.

08:19:11 2   Q.   How did you go about setting up the investigation on

08:19:17 3   behalf of Transocean?

08:19:20 4   A.   That was a process.  We had never done anything like this

08:19:23 5   before, so I had to -- I had to recruit some people internally

08:19:26 6   and look external for experts that we don't have inside the

08:19:30 7   company.

08:19:31 8          It took a couple weeks to identify everybody, set up

08:19:34 9   a space and get going on it.

08:19:35 10  Q.   How many people did you ultimately have on your

08:19:38 11  investigation team?

08:19:40 12  A.   It varied.  It probably peaked around 70 at one point, but

08:19:44 13  more like 50 most of the time.

08:19:45 14  Q.   Did you work together in one physical location, or were

08:19:50 15  you spread out?

08:19:50 16  A.   No, we found some office space, and we set up an isolated

08:19:55 17  area where we could look at everything together.

08:19:58 18  Q.   Did that team work full time?

08:20:01 19  A.   Yes.

08:20:02 20  Q.   Was it a full-time job for you?

08:20:03 21  A.   It was.

08:20:03 22  Q.   Were you given financial resources?  You mentioned

08:20:08 23  external experts.  Were you given financial resources by the

08:20:11 24  company to retain external experts as needed?

08:20:13 25  A.   I was given anything I needed.

**OFFICIAL TRANSCRIPT**

5918

08:20:15 1   Q.   Did the company impose any monetary restrictions on your

08:20:20 2   investigation?

08:20:20 3   A.   Absolutely none.

08:20:21 4   Q.   What access did you have to people within Transocean who

08:20:25 5   might have relevant information or expertise?

08:20:27 6   A.   I had anything I wanted.

08:20:29 7   Q.   How long did it take, Mr. Ambrose, to conclude the

08:20:34 8   investigation that you led?

08:20:36 9   A.   Well, we started -- it was harder at the beginning to get

08:20:39 10  information.  It took some time.

08:20:42 11         It took about 14 months before we issued the report,

08:20:45 12  from start to finish.

08:20:46 13  Q.   Your report was issued in June 2011?

08:20:50 14  A.   It was.

08:20:50 15  Q.   What was your primary goal in investigating?

08:20:55 16  A.   Find the truth.  That's all Newman asked for.

08:20:58 17  Q.   What were you told by Steven Newman?

08:21:01 18  A.   That was it, find the truth.  He wanted to know what

08:21:06 19  happened.

08:21:06 20  Q.   Mr. Ambrose, let's talk for a moment about the condition

08:21:11 21  of the *Deepwater Horizon* and its maintenance.

08:21:14 22         You've seen maintenance, as you've said, from both

08:21:17 23  managing a single rig and being an operations manager to being

08:21:21 24  a director of North America and overall corporate director of

08:21:25 25  maintenance.

**OFFICIAL TRANSCRIPT**

08:21:25  1    A.    Yes, ma'am.

08:21:25  2    Q.    What information would give you the best and the most

08:21:30  3    complete view of the condition of this rig on April 20, 2010?

08:21:37  4    A.    There were a few things, but one of the most transparent

08:21:41  5    was there was a rig condition assessment done in April that

08:21:44  6    year, of 2010.

08:21:44  7              That's a team that specializes in going out and

08:21:47  8    looking at equipment on the rig.  So that was one of the first

08:21:50  9    things we looked at.

08:21:51 10              The second, we started talking to the people that

08:21:55 11    were on the rig to understand what the condition of the rig was

08:21:58 12    through our interviews.

08:22:00 13              Then the third is we had some information from the

08:22:03 14    maintenance system, RMS.  So we used that morning report from

08:22:07 15    the 19th to look into.

08:22:08 16    Q.    Were those reports pretty detailed, the rig condition

08:22:15 17    assessment and the Transocean maintenance system?

08:22:17 18    A.    Yes, they are.

08:22:18 19    Q.    Have you reviewed those reports?

08:22:21 20    A.    I have.

08:22:21 21    Q.    You said you also conducted interviews with people who

08:22:24 22    have actually set foot on the rig?

08:22:26 23    A.    Yes, we did.

08:22:26 24    Q.    Close in time to the incident?

08:22:28 25    A.    We interviewed quite a few of the crew.  Mainly, we

**OFFICIAL TRANSCRIPT**

08:22:32  1    started with the ones that were not on the rig that night.

08:22:35  2             It took a little over a month and a half or maybe

08:22:38  3    even up to two months to interview everybody.

08:22:40  4    Q.   What was the condition of the *Deepwater Horizon* on

08:22:42  5    April 20, 2010?

08:22:44  6    A.   Our opinion, it was in good condition.  It's a

08:22:50  7    nine-year-old rig, so it's not flawless; but, overall, it was

08:22:53  8    in really good shape.

08:22:54  9    Q.   Were there any safety-critical items outstanding?

08:22:59 10    A.   There was nothing that we saw that would, you know,

08:23:00 11    prevent operations.  It was -- you know, there is a couple

08:23:03 12    things outstanding, but nothing significant.

08:23:05 13    Q.   Mr. Webster looked at the rig and said it was in a

08:23:09 14    condition of gross neglect.  Do you agree with that, having

08:23:15 15    reviewed the records and interviewed members of the crew?

08:23:15 16    A.   I don't agree with that at all.

08:23:17 17    Q.   As a company, Mr. Ambrose, does Transocean allocate

08:23:25 18    appropriate resources for maintenance of its rigs?

08:23:27 19    A.   Sure.  We provide quite a bit of resources for our rigs'

08:23:30 20    maintenance.

08:23:30 21    Q.   When you served as the corporate director of maintenance

08:23:34 22    company wide, did you face any budgetary constraints in 2009

08:23:37 23    and 2010?

08:23:38 24    A.   No, I did not.

08:23:38 25    Q.   Dropping to your roles as rig manager and operations

**OFFICIAL TRANSCRIPT**

08:23:41 1  manager, did anyone from rigs that you supervised come to you

08:23:47 2  with requests for more maintenance resources or more funding?

08:23:49 3  A.    Yeah, all the time.

08:23:50 4  Q.    Can you give us an example and tell us how you would

08:23:53 5  respond.

08:23:53 6  A.    Well, you know, we don't have expertise in everything

08:23:55 7  because we buy equipment from people.

08:23:57 8          So, you know, there are times where we need the

08:24:00 9  original equipment manufacturer to come out and help do

08:24:02 10 maintenance on items.  So we'll send people out to do that.

08:24:05 11         There are busy periods called *rig moves*.  So between

08:24:08 12 wells, we'll take a rig from one location to the next.  It's an

08:24:12 13 opportunity to do maintenance on certain items that -- like the

08:24:16 14 BOP, that are not -- you know, they are subsea when we're

08:24:19 15 operating, so when they come up.

08:24:21 16         We have S.W.A.T. teams that we have in the company

08:24:24 17 that go out, specialists in subsea that go help do that work.

08:24:29 18 Q.    How important is maintaining assets to your business?

08:24:32 19 A.    It's core to what we do.

08:24:35 20 Q.    Why?  Why is good asset management and maintenance so

08:24:40 21 important to Transocean?

08:24:41 22 A.    We have two things; we have people, and we have the

08:24:43 23 equipment.

08:24:44 24         So we have to have really good people that understand

08:24:47 25 what they are doing, and they are skilled at what they do, and

**OFFICIAL TRANSCRIPT**

08:24:50 1    they know how to do things safely.

08:24:53 2          We also have equipment.  If it's not working, we're

08:24:56 3    not -- we're not a profitable business.  It has to be working;

08:25:00 4    and, if it's not working most of the time, our reputation as a

08:25:04 5    drilling contractor is not too good.

08:25:06 6          So it makes sense for us to keep things running.

08:25:08 7    Q.   Do you have any incentive to, in the words of some, run it

08:25:13 8    till it breaks?

08:25:14 9    A.   No, none at all.

08:25:14 10   Q.   Let me look briefly, Mr. Ambrose, at the corporate

08:25:21 11   structure.

08:25:21 12         Let's look at TREX-52536.1.

08:25:26 13         Mr. Ambrose, on April 20, 2010, who was your

08:25:30 14   employer?

08:25:30 15   A.   I worked for Transocean Offshore Deepwater Drilling,

08:25:34 16   Incorporated.

08:25:34 17   Q.   This is the August 12th asset sale of the rig by Triton

08:25:42 18   Hungary Asset Management, LLC, to Triton Asset Leasing GmbH.

08:25:47 19         Was Triton Asset Leasing GmbH the owner of the

08:25:51 20   *Deepwater Horizon* vessel as of April 20, 2010?

08:25:53 21   A.   Yes, it was.

08:25:54 22   Q.   Let's look next at TREX-52536.70, cull-out one.

08:26:03 23         Mr. Ambrose, this is the August 17, 2009, Assignment

08:26:07 24   of Bareboat Charter from Triton Hungary Asset Management, LLC,

08:26:15 25   to Triton Asset Leasing GmbH.

**OFFICIAL TRANSCRIPT**

08:26:18 1          Was Triton Asset Leasing GmbH the bareboat charterer
08:26:23 2 of this vessel as of April 20, 2010?
08:26:25 3 A.    Yes, it was.
08:26:26 4 Q.    Looking at your role in the corporate structure, as
08:26:31 5 director of maintenance what support structure do you have?
08:26:34 6 A.    I had a team of people that numbered over 130 at one
08:26:38 7 point.  Several primary areas:  The system management, so the
08:26:43 8 maintenance system itself; the software; the content.
08:26:47 9          I had the rig condition assessment team, the same
08:26:49 10 team that was out there in April doing the assessment.  They
08:26:52 11 reported in to me.
08:26:53 12          We had a strategy group looking at how do we improve
08:26:57 13 and what should we do next.
08:26:59 14          Then there was one more.  I forget at this point.
08:27:04 15 Q.    We won't tell that person.
08:27:07 16          Can we see demonstrative 6735-A.
08:27:11 17          Mr. Ambrose, looking at this, can you explain the
08:27:14 18 organization of people primarily responsible for maintenance in
08:27:18 19 the North American division.  You just described corporate.
08:27:20 20 Looking at North American division, what does this reflect?
08:27:24 21 A.    This org chart -- we were structured in divisions, and so
08:27:27 22 the divisions responsible for execution -- and this is the
08:27:31 23 operations structure of a division, in particular the
08:27:33 24 North America division -- so you have the managing director,
08:27:36 25 who oversees everything.

                         **OFFICIAL TRANSCRIPT**

08:27:38  1          Now we're showing the operations manager here, so

08:27:41  2     that's the general manager that has all the operations

08:27:44  3     reporting in to him.  There are other functions that are report

08:27:46  4     to the managing director as well, HR, finance, legal.

08:27:51  5     Q.    So this just pulls out from North America the operations

08:27:55  6     and maintenance?

08:27:56  7     A.    Yes.

08:27:56  8     Q.    Have you held that position, managing director of

08:28:03  9     North America, that is listed as Keelan Adamson?

08:28:07 10     A.    Yes, I have.

08:28:07 11     Q.    Was Mr. Adamson in that position on April 20, 2010, while

08:28:11 12     you were director of maintenance corporate?

08:28:13 13     A.    Yes, he was.

08:28:14 14     Q.    Looking down at operations manager, we have Daun Winslow

08:28:18 15     and Buddy Trahan.  Have you held that position with the

08:28:19 16     company?

08:28:19 17     A.    I've held the operations manager asset position before,

08:28:22 18     when I was in India.

08:28:23 19     Q.    How many rigs did you manage?

08:28:25 20     A.    Twelve rigs.  I had eight jackups operating on the

08:28:30 21     West Coast and four floaters, deepwater rigs, working on the

08:28:35 22     East Coast.

08:28:35 23     Q.    Mr. Ambrose, in your experience, in looking at the job of

08:28:38 24     Daun Winslow and Buddy Trahan, what is the job of an operations

08:28:42 25     manager at Transocean?

**OFFICIAL TRANSCRIPT**

08:28:42 1    A.   Basically, they manage the rig managers, so they support

08:28:46 2    them, and forward planning for the rigs.  The operations

08:28:50 3    manager asset has a focus on maintaining the asset or equipment

08:28:55 4    and the maintenance crews on the rigs.

08:28:57 5    Q.   Do you know Daun Winslow and Buddy Trahan?

08:29:02 6    A.   I do.

08:29:02 7    Q.   How were they as asset operations managers?

08:29:06 8    A.   Well, Daun, I saw him back in 2003.  I worked with him

08:29:10 9    when he was a rig manager.  I was an office engineer.  So I saw

08:29:13 10   him more as a rig manager than I did as an operations manager.

08:29:17 11   Really solid, knows drilling well kind of person.

08:29:21 12        Buddy, Buddy's an interesting guy.  He came from the

08:29:25 13   rigs.  He was a maintenance supervisor at one point, I believe.

08:29:29 14   He's this great mix of high expectations for the people that

08:29:32 15   worked for him, and he's not afraid to let you know it.  So

08:29:36 16   he's one of those people that is really good about telling you

08:29:40 17   exactly what he thinks.

08:29:42 18   Q.   As operations managers, did Daun Winslow and Buddy Trahan

08:29:50 19   visit the rig, *Deepwater Horizon*, to work with the rig team and

08:29:53 20   the crew?

08:29:53 21   A.   I'm sure they did on a regular basis, and I know they were

08:29:56 22   out there that day.

08:29:56 23   Q.   Let's expand the org chart to 6735-D.

08:30:04 24        Does Transocean also have anyone dedicated

08:30:07 25   exclusively to the *Deepwater Horizon*?

**OFFICIAL TRANSCRIPT**

08:30:07  1    A.    Those are the rig managers to performance and asset.

08:30:13  2    Q.    Let's look at C for a moment.

08:30:15  3          Was it true of Transocean that there were two

08:30:18  4    dedicated people onshore overseeing the maintenance and

08:30:22  5    performance of each of the Gulf of Mexico Transocean rigs?

08:30:25  6    A.    Yes.  You can see that here, so there were multiple rigs

08:30:28  7    under each ops manager.  There are multiple rigs under each ops

08:30:35  8    manager, but each rig has a dedicated asset and performance

08:30:41  9    manager.

08:30:41 10    Q.    Let's go back to D.  Thank you.

08:30:43 11          Looking at the direct rig management, you said you

08:30:45 12    have been in the position of the Paul Johnson, James Kent.  At

08:30:50 13    that point, Mr. Ambrose, what was your rig?

08:30:53 14    A.    I had the Transocean *Marianas*.  I was an acting rig

08:30:57 15    manager.  I never actually filled that role for very long.

08:31:02 16    Q.    How does the *Marianas* compare to the *Deepwater Horizon*?

08:31:06 17    Did you say earlier she was a sister rig, or is that the

08:31:09 18    *Nautilus*?

08:31:10 19    A.    No, the *Nautilus* is a sister rig.  The *Marianas* was a rig

08:31:14 20    built in the '70s.  She was converted into a drilling rig that

08:31:18 21    used to be what was called a *multiservice vessel* operating the

08:31:22 22    North Sea.  So she was converted, I think, in 1997 to a

08:31:26 23    drilling rig working in the Gulf of Mexico.

08:31:27 24    Q.    I think, if I'm not wrong, it's 2013 today, so that rig is

08:31:35 25    30-some years old?

**OFFICIAL TRANSCRIPT**

08:31:36  1    A.    Yes.

08:31:36  2    Q.    Still working today?

08:31:38  3    A.    She is.  She's over in West Africa, I believe.

08:31:39  4    Q.    Is that typical of rig life?

08:31:42  5    A.    Yes.  We build our rigs to work somewhere 35 years to

08:31:47  6    40 years.

08:31:47  7    Q.    Are the regulatory standards, Mr. Ambrose, for rig life

08:31:51  8    major inspections?

08:31:53  9    A.    Yes, there are.

08:31:54 10    Q.    How closely do the rig managers in the position that you

08:31:59 11    had, or as acting, or Paul Johnson and James Kent, how closely

08:32:03 12    did they work with the maintenance crews on the rig?

08:32:06 13    A.    It's a daily interaction for the asset manager.  That's

08:32:08 14    the role of that function.  As well as the performance manager

08:32:12 15    has to coordinate when we do major maintenance with the

08:32:15 16    operation, so it's a regular, routine thing.

08:32:18 17    Q.    Have you worked, sir, with Paul Johnson and James Kent,

08:32:22 18    the two rig managers for the *Deepwater Horizon*?

08:32:25 19    A.    James was in India with me.  He was a rig manager asset.

08:32:29 20    He reported to me over there, so I know him pretty well.

08:32:31 21          And Paul Johnson, I didn't work with him when he was

08:32:34 22    a rig manager.  But he was one of the operations managers in

08:32:38 23    North America when I was the managing director of

08:32:41 24    North America, so I got to know him there.

08:32:44 25          THE COURT:  Let me ask you this:  Explain to me, I'm

**OFFICIAL TRANSCRIPT**

08:32:46  1    not sure I'm exactly clear on the difference between the

08:32:50  2    performance rig manager and an asset rig manager, what are

08:32:54  3    their different functions or responsibilities?

08:32:56  4         THE WITNESS:  The performance manager really dealt with

08:32:58  5    the customer, so that was the focal point, to the customer.

08:33:02  6    And they dealt with the overall performance of drilling the

08:33:06  7    wells, the rig, safety aspects of the rig.  Everybody has a

08:33:11  8    role in safety, but if there was special training of the crews,

08:33:15  9    oversaw all of that aspect of the operation.

08:33:18 10         The asset manager really focused on maintaining

08:33:21 11    the asset, so less of interaction necessarily with the

08:33:26 12    customer, but more focus with the maintenance crew.  And the

08:33:30 13    maintenance supervisor actually had a reporting on to the asset

08:33:33 14    manager, and so they could make sure they had all the support

08:33:35 15    necessary to do the maintenance offshore.

08:33:38 16         THE COURT:  So if someone in the drilling crew had a

08:33:42 17    question, an operational question, they would call the

08:33:44 18    performance manager?

08:33:46 19         THE WITNESS:  Yes, sir.

08:33:46 20         THE COURT:  Okay.  Thank you.

08:33:46 21    BY MS. CLINGMAN:

08:33:50 22    Q.   Let's expand this to add in the crew onboard the

08:33:54 23    *Deepwater Horizon*.  I think that's E on the org chart.

08:33:58 24         Now, Mr. Ambrose, the Court knows a number of people

08:34:01 25    lived and worked on the *Deepwater Horizon*, but what I would

**OFFICIAL TRANSCRIPT**

08:34:05  1    like you to expand upon is, who did maintenance on the rig?

08:34:09  2    A.    Okay.  Well, there is different levels of maintenance.

08:34:12  3    There is what you kind of call *the daily maintenance*, and so

08:34:16  4    anybody that operates equipment is responsible for that daily

08:34:20  5    maintenance.  It's simple stuff, visually checking the

08:34:23  6    equipment before you use it to make sure that it's in good

08:34:25  7    working order; maybe greasing, a lot of the equipment has

08:34:29  8    grease points, making sure it's lubricated and greased.  Things

08:34:32  9    like that, that are relatively simple.

08:34:34  10         The more intrusive maintenance is done by qualified

08:34:38  11   people, electricians, mechanics, or marine crews.  And so, for

08:34:42  12   instance, on this organizational chart it's showing the

08:34:48  13   maintenance supervisor, which could also hold a chief

08:34:50  14   engineer's license.

08:34:50  15        And underneath that person we have mechanical

08:34:53  16   disciplines, which also have the motormen's, mechanics,

08:34:57  17   engineers, and welders that report to them.  So they can do

08:35:01  18   some of the heavy lifting on mechanical-related things.

08:35:05  19        We have electronic positions on the rig, so we

08:35:08  20   separate that in kind two pieces.  There are the people that

08:35:11  21   you kind of call *sparkies*.  They're good with the electrical

08:35:15  22   equipment themselves.  And then the people that are good at the

08:35:18  23   software, which are called *electronic techs*, so they can help

08:35:23  24   with troubleshooting software-related things.  So we have some

08:35:26  25   people like that on board.

08:35:28  1          Then we have the subsea discipline, which, you know,
08:35:31  2   again, has supervisors and trainees underneath it, so it's a
08:35:35  3   group of people that manage the subsea-related aspects of what
08:35:38  4   we do, including the well control equipment on the surface.
08:35:43  5   Q.   So subsea is a dedicated group to the blowout preventer
08:35:47  6   equipment?
08:35:47  7   A.   It is.
08:35:48  8   Q.   I just noticed what I think might be mistake, Mr. Ambrose.
08:35:50  9   Steve Bertone is a maintenance supervisor.  Did he have a
08:35:53 10   relief?
08:35:53 11   A.   He did.
08:35:54 12   Q.   Who was that?
08:35:55 13   A.   Robert Tiano, I believe.
08:35:57 14   Q.   So they would switch off hitches, one or the other?
08:36:01 15   A.   Yes.  Somebody was always on board.
08:36:03 16   Q.   All of these positions we see in the chart that's shaded
08:36:07 17   with a blue background, are these people that live, work,
08:36:10 18   sleep, eat on the rig?
08:36:11 19   A.   Yes.
08:36:12 20   Q.   Now, let's expand this a little.  You mentioned the marine
08:36:17 21   crew, and I think it's F.
08:36:20 22          With respect to maintenance, we put up, I believe,
08:36:25 23   the hierarchy, the top persons in the marine crew.  What was
08:36:27 24   the marine crew's responsibility for maintenance apart from the
08:36:32 25   dedicated maintenance group we see on the left?

**OFFICIAL TRANSCRIPT**

08:36:34 1    A.    Well, all of our vessels, since they are offshore rigs,

08:36:38 2    they are classed as marine vessels.  So we have, particularly

08:36:42 3    for the dynamic positioning rigs, we have maritime captains.

08:36:47 4    So Captain Kuchta was the master on the rig, and we have

08:36:50 5    underneath him a structure of marine support.

08:36:54 6          These guys would be responsible for all the

08:36:57 7    lifesaving equipment, the vessel systems, bilge valve systems,

08:37:05 8    lifeboats, firefighting systems, so all of the marine aspect of

08:37:08 9    the rig would come under the captain and the chief mate.

08:37:11 10   Q.    And if it were heavy maintenance, if they found that some

08:37:17 11   heavy maintenance were needed on the marine side, would that be

08:37:19 12   done by the marine crew or back to the dedicated maintenance

08:37:22 13   group?

08:37:22 14   A.    It depends on what it is.  If they needed some electrical

08:37:25 15   support to, you know, make a change or fix something, then they

08:37:31 16   can go ask for assistance from the electrical group or the

08:37:34 17   welder or what have you.  So it's a joint effort to do whatever

08:37:38 18   they need to do, but they are responsible for it.

08:37:41 19   Q.    Mr. Ambrose, in addition to this group of personnel who

08:37:45 20   live on the rig and the shore-based team that we just went over

08:37:49 21   a moment ago, are there any other resources available offshore

08:37:54 22   for maintenance?

08:37:57 23   A.    Again, we can bring out original equipment manufacturers

08:38:02 24   anytime they need it.  And we had technical field support as

08:38:05 25   part of the company.  It was under me when I was the director

08:38:08  1    of maintenance and technical support.  We had a group of, I

08:38:11  2    think it was 80 or 90 people at the time, that would go out and

08:38:14  3    help with different things that came up for the rig crews.

08:38:20  4    Q.    Do we have one that shows both corporate and rig?  I don't

08:38:24  5    know if we do or not.

08:38:26  6          Mr. Ambrose, having held the many position that you

08:38:29  7    have had in working with these men and their people onshore,

08:38:33  8    are these the kind of people who would blow off maintenance?

08:38:35  9    A.    No, they are not.

08:38:38 10    Q.    Are these the kind of men who would cut corners on

08:38:42 11    safety-critical equipment?

08:38:44 12    A.    No.  These guys lived there.  There is no incentive to do

08:38:48 13    that kind of thing.

08:38:48 14    Q.    Are these people who would, as implied by Mr. Webster, lie

08:38:53 15    about maintenance or cheat the regulators?

08:38:55 16    A.    No.  I should say that, you know, the U.S. Coast Guard has

08:39:03 17    actually commended us at times for our transparency on

08:39:07 18    reporting during their inspections.

08:39:08 19    Q.    Speaking of the Coast Guard, let's look briefly at

08:39:15 20    certifications.  I believe the Court has already heard this, so

08:39:19 21    let's do this at a very quick level.

08:39:21 22          Was the *Deepwater Horizon* required to have official

08:39:23 23    certifications to operate in the waters of the Gulf of Mexico?

08:39:26 24    A.    Yes.  Several.

08:39:26 25    Q.    Let's look at TREX-52668.

**OFFICIAL TRANSCRIPT**

08:39:30  1            And, Mr. Ambrose, this is a summary.  What does the

08:39:35  2   summary reflect or summarize?

08:39:36  3   A.   This shows all the certifications that the

08:39:38  4   *Deepwater Horizon* held as of April 20th.

08:39:42  5   Q.   Current, they are current as of April 20th?

08:39:45  6   A.   Yes.

08:39:45  7   Q.   Did you review all of the underlying documents that are

08:39:48  8   referred to and cited in the summary?

08:39:50  9   A.   I did.

08:39:50 10   Q.   Is this summary accurate?

08:39:51 11   A.   Yes, it is.

08:39:52 12   Q.   Were each of these inspections and certifications,

08:39:56 13   Mr. Ambrose, based on a physical visit and inspection of the

08:39:59 14   rig by the surveyors or inspectors?

08:40:02 15   A.   Yes.  We had routine visits from all of these

08:40:06 16   organizations to come to the rig and do the inspections.

08:40:08 17   Q.   What relationship does this stack of certifications of the

08:40:12 18   rig have to condition and maintenance of the rig?

08:40:14 19   A.   Well, every time somebody from the Coast Guard or MMS or

08:40:21 20   DNV, ABS come out to rig, they will walk around, they will look

08:40:25 21   at things.  A lot of these are intrusive.  They'll ask us to

08:40:29 22   take something apart and look at it, so they are looking at the

08:40:31 23   equipment and they are into our maintenance system.  It's part

08:40:34 24   of a lot of the regulations to look at what we have been doing.

08:40:38 25   Q.   Okay.  Thank you.

**OFFICIAL TRANSCRIPT**

08:40:41  1          Let's also look -- and, again, to move at a high

08:40:44  2     level -- we've prepared another summary.  Let's look at

08:40:48  3     TREX-52666, page 1.

08:40:51  4          Mr. Ambrose, have you seen this summary of audits and

08:40:54  5     inspections of the *Deepwater Horizon* by, let's see, what is it,

08:40:59  6     Coast Guard, MMS, the American Bureau of Shipping, DNV,

08:41:03  7     etcetera, over the last five years?

08:41:05  8     A.    Yes, I have.

08:41:05  9     Q.    Cull out a little bit more.

08:41:10 10          Did you review, Mr. Ambrose, the underlying documents

08:41:13 11     that are supporting this summary?

08:41:14 12     A.    I did.

08:41:14 13     Q.    Is this summary accurate?

08:41:19 14     A.    It is.

08:41:19 15     Q.    If we look at the *Inspector Name* column, the fifth column,

08:41:27 16     what does that reflect?

08:41:29 17     A.    Those are the names of the people that actually attended

08:41:31 18     on the *Deepwater Horizon* for the inspections.

08:41:33 19     Q.    *Boots on the rig*, as they say?

08:41:36 20     A.    Yes.

08:41:37 21     Q.    Thank you.

08:41:41 22          Have you been involved personally with

08:41:44 23     American Bureau of Shipping, or ABS, class surveys?

08:41:47 24     A.    Yes.  Back when I was an office engineer on the Transocean

08:41:53 25     *Marianas*, I ran the 2003 specials periodic survey, SPS.

**OFFICIAL TRANSCRIPT**

08:41:59 1   Q.   Do you know any of the American Bureau of Shipping

08:42:02 2   inspectors who are listed as inspecting the *Deepwater Horizon*?

08:42:03 3   A.   I noticed Martin Gee's name.  He was the same guy that I

08:42:09 4   did that survey with back in 2003.  G-E-E.

08:42:16 5   Q.   Based on your experience with Mr. Gee for the ABS years

08:42:20 6   earlier on your rig, how thorough was he as an ABS inspector?

08:42:24 7   A.   We walked every space.  So it took quite a while to go

08:42:28 8   through everything.

08:42:29 9   Q.   Looked at maintenance records?

08:42:30 10   A.   Yes.

08:42:31 11   Q.   Looked at actual equipment?

08:42:32 12   A.   Yes.

08:42:32 13   Q.   We could probably spend an hour on the scope of an ABS

08:42:38 14   inspection.  The Court has heard some of that before, so let's

08:42:42 15   just get right to the heart of it.

08:42:43 16        Do the ABS inspectors, in your personal experience on

08:42:45 17   your rig, and by mandate, specifically look at the hull and

08:42:50 18   marine integrity?

08:42:50 19   A.   Yes.  It's a part of the surveys.

08:42:52 20   Q.   Automation systems, like the dynamic positioning and

08:42:55 21   thrusters?

08:42:55 22   A.   Yes.  They certify that.

08:42:57 23   Q.   Safety systems, including fire and gas alarms?

08:43:00 24   A.   Yes.  They review that both for class and for flag.

08:43:03 25   Q.   And that was your personal experience when you worked with

**OFFICIAL TRANSCRIPT**

08:43:06 1   Mr. Gee?

08:43:06 2   A.   Yes.

08:43:06 3   Q.   Mr. Webster admitted that ABS visited the rig more than

08:43:11 4   20 times over the five years before the incident, and that they

08:43:15 5   conducted annual inspections to ensure that the

08:43:18 6   *Deepwater Horizon* met all of the requirements as a condition to

08:43:23 7   classification as an A1 drilling unit.  Is he correct on that?

08:43:28 8   A.   I think it was about 20 times, yes.

08:43:30 9   Q.   Do you also agree with Mr. Webster that each time the

08:43:33 10   American Bureau of Shipping did one of these inspections, the

08:43:37 11   possibility certainly existed that they could withdraw the

08:43:40 12   rig's classification and put the *Deepwater Horizon* out of

08:43:42 13   service?

08:43:42 14   A.   Sure.  That's why they are there.  They can pull the class

08:43:46 15   for the rig, and they can pull the flag state for the rig.

08:43:49 16   Q.   In fact, if an ABS surveyor like Martin Gee found that the

08:43:53 17   rig was in any way out of compliance, would he have an

08:43:57 18   obligation to withdraw the certificate?

08:44:00 19   A.   Yes.

08:44:00 20   Q.   Did the *Deepwater Horizon* always meet its class of

08:44:05 21   statutory requirements, according to the ABS, in each of these

08:44:08 22   more than 20 inspections?

08:44:09 23   A.   It did.

08:44:09 24   Q.   Okay.  Let's touch briefly on the Coast Guard, only

08:44:17 25   because Mr. Webster had some comments about this, so let's look

**OFFICIAL TRANSCRIPT**

08:44:21 1    at the most recent inspection, the inspection dated July 27,

08:44:25 2    2009, which is TREX-5571, page 1.

08:44:32 3            Mr. Ambrose, in the most recent Coast Guard

08:44:35 4    certification of the *Horizon* -- if you can cull out the bottom,

08:44:38 5    please.  Thank you so much -- in the most recent Coast Guard

08:44:42 6    certification, what is the date?

08:44:44 7    A.    It was issued the 27 of July, 2009.

08:44:47 8    Q.    Who was the lead inspector for the Coast Guard?

08:44:51 9    A.    It looks like Lieutenant Commander Odom, O-D-O-M.

08:44:56 10   Q.    When Lieutenant Commander Odom and his team inspected the

08:45:02 11   *Deepwater Horizon* in 2009, what was the setting of the rig's

08:45:05 12   general alarm?

08:45:07 13   A.    We operate the general alarm in a two-minute manual mode.

08:45:11 14   Q.    Was the general alarm on the *Deepwater Horizon* in that

08:45:14 15   two-minute manual mode every time the United States Coast Guard

08:45:18 16   certified the rig as being in compliance with regulations?

08:45:21 17   A.    Yes.  It's a requirement by the U.S. Coast Guard to

08:45:24 18   operate it that way.

08:45:24 19   Q.    Do you agree with the following statement from Mr. Webster

08:45:28 20   about the work of Lieutenant Commander Odom:  "He, obviously,

08:45:33 21   did a cursory inspection.  He just walked around the main deck,

08:45:37 22   probably looked at a few things"?

08:45:38 23   A.    In my experience with the U.S. Coast Guard, they are very

08:45:43 24   professional.  They absolutely know marine vessels, and they

08:45:46 25   get into the details, so I don't believe that that would be a

**OFFICIAL TRANSCRIPT**

5938

08:45:48 1 true statement at all.

08:45:49 2 Q.   Let's look at this certificate of inspection, if we can go

08:45:54 3 down to page 4 of this exhibit.   Cull-out one.

08:45:58 4        I believe the certificate itself indicates what

08:46:02 5 Lieutenant Commander Odom and his team reviewed.   Again, we

08:46:05 6 won't go over all of it, but I've highlighted a few things.   In

08:46:08 7 reviewing all applicable licenses, would that include the

08:46:11 8 licenses of the bridge crew?

08:46:12 9 A.   Yes, it would.

08:46:12 10 Q.   It says, "Examine all lifesaving gear:  All sat," which I

08:46:17 11 assume is satisfactory.

08:46:20 12        What does that include?

08:46:21 13 A.   That would be everything from the lifeboats to the

08:46:24 14 life preservers, life rafts, fast rescue crafts, those types of

08:46:32 15 things.

08:46:32 16 Q.   He reviewed "records related to PMS and testing of

08:46:36 17 shutdowns."

08:46:38 18        Was it common for inspectors to actually evaluate rig

08:46:42 19 maintenance records?

08:46:42 20 A.   Yes.   That's a part of the scope for most of the

08:46:44 21 inspectors.

08:46:44 22 Q.   A couple more.   "Remote ventilation shutdowns were tested

08:46:48 23 without incident."

08:46:50 24        Do Coast Guard inspectors actually do testing on

08:46:53 25 rigs?

**OFFICIAL TRANSCRIPT**

08:46:54 1    A.    They can ask for anything they would like.  And it looks

08:46:57 2    like in this particular case, they were testing the dampers.

08:47:00 3    Q.    So these are dampers?

08:47:02 4    A.    Yes.

08:47:02 5    Q.    "Fire and abandon drills were completed satisfactorily."

08:47:08 6          Do Coast Guard inspectors actually conduct drills on

08:47:11 7    board with the drill crew?

08:47:12 8    A.    They can ask us to do one and witness it to make sure that

08:47:16 9    it's according to requirements.

08:47:19 10   Q.    Last one.  "Check fire boundary doors and ensure proper

08:47:27 11   operation."

08:47:27 12         What are fire boundary doors?  What does that mean?

08:47:27 13   A.    Well, a rig design, we have sort of compartmentation

08:47:30 14   requirements and design for the bulkheads and the doors.  So

08:47:32 15   this particular rig, they have different ratings, I think they

08:47:39 16   were A60-rated fire doors.  They need to close correctly

08:47:43 17   without getting jammed.  They need to have a good seal around

08:47:48 18   them, so that's probably what he was checking.

08:47:50 19   Q.    What was the final finding of Lieutenant Commander Odom

08:47:55 20   and his Coast Guard team?

08:47:56 21   A.    They found no deficiencies, and nothing remained

08:48:00 22   outstanding after the visit.

08:48:03 23   Q.    Thank you.

08:48:08 24         How often did the MMS inspect the *Deepwater Horizon*?

08:48:11 25   A.    MMS is probably one of the most often visitors we have.

**OFFICIAL TRANSCRIPT**

08:48:14  1   They come out about monthly.

08:48:16  2   Q.   At a high level did MMS inspectors regularly physically

08:48:23  3   inspect equipment?

08:48:24  4   A.   Yes, they do.

08:48:25  5   Q.   Including do they look at documents and maintenance

08:48:29  6   histories, paperwork, computer records?

08:48:31  7   A.   Yes, they will.

08:48:32  8   Q.   Crew training?

08:48:33  9   A.   Yes.

08:48:33 10   Q.   Do they, like the Coast Guard, actually conduct drills

08:48:36 11   with the rig crew?

08:48:38 12   A.   Yes, they will.  They'll typically do unplanned drills, so

08:48:42 13   when they land on the rig, as they are walking around, they can

08:48:46 14   do some unplanned well control drills with the drill crew.

08:48:50 15   Q.   What do you mean, *unplanned well control drills*?

08:48:51 16   A.   Basically, not tell the driller that they are about to do

08:48:56 17   a drill and see if he catches the indication of flow by moving

08:49:00 18   a paddle, which is a flow indicator.

08:49:02 19   Q.   So the MMS inspectors are sufficiently familiar with the

08:49:05 20   rig and well control to simulate a well control event and then

08:49:09 21   test the drill crew?

08:49:09 22   A.   Yeah.  They will walk around with one of our toolpushers

08:49:11 23   and they will do those kinds of tests.

08:49:13 24   Q.   Do they test the functionality of alarms?

08:49:17 25   A.   Yes, they can.

**OFFICIAL TRANSCRIPT**

08:49:18  1    Q.    If there is a noncompliance, what happens?

08:49:20  2    A.    If a noncompliance is found, then they'll issue what's

08:49:24  3    called an *issue of noncompliance*.  That's typically referred to

08:49:29  4    as an *INC*, I-N-C.

08:49:30  5    Q.    On the last MMS inspection, April 1, 2010, were any INCs

08:49:36  6    issued for the *Deepwater Horizon*?

08:49:37  7    A.    No, there were not.

08:49:38  8    Q.    Mr. Ambrose, looking at all of these auditors together,

08:49:41  9    and knowing some of them personally as you do, are these

08:49:45 10    auditors required to actually evaluate the condition of the rig

08:49:48 11    and equipment?

08:49:50 12    A.    That's a piece of what they do, yes.

08:49:51 13    Q.    Are they required to look at the maintenance records of

08:49:53 14    equipment?

08:49:54 15    A.    They are.

08:49:54 16    Q.    Does Transocean hide information from the regulators?

08:49:59 17    A.    No, we do not.

08:49:59 18    Q.    What about the men on the rig, David Young, Tiano, Ezell,

08:50:05 19    Kuchta, would they fail to provide full and accurate

08:50:08 20    information to auditors and inspectors?

08:50:10 21    A.    I know a couple of those guys, and I don't think they

08:50:12 22    would at all.

08:50:12 23    Q.    If Mr. Webster were right, Mr. Ambrose, and this rig was

08:50:20 24    unseaworthy for years, what would that mean for

08:50:24 25    Lieutenant Commander Odom and the others who inspected and

**OFFICIAL TRANSCRIPT**

08:50:26  1   certified the rig?

08:50:26  2   A.   If I was inspecting rigs for years and passing them when

08:50:30  3   they shouldn't have, I would be fired, I'm sure.  So I imagine

08:50:33  4   something similar might happen to him.

08:50:35  5   Q.   Let's turn to BP for a moment, Mr. Ambrose.

08:50:39  6            What's the role of the operator with respect to

08:50:41  7   maintenance of a rig?

08:50:43  8   A.   The operator was -- kind of two ways to look at it.  If a

08:50:47  9   new rig is delivered to an operator, they'll do on-hire

08:50:50 10   surveys.  They'll be involved in some of the design and

08:50:53 11   specification of the rig.  So they'll need to check that and

08:50:55 12   make sure that it's good, so there is that piece of initially

08:50:59 13   establishing the maintenance.

08:51:00 14            But then all of our operators, our customers

08:51:04 15   typically do due diligence-type surveys, either annually or

08:51:09 16   biannually, where they bring a team out and they get into the

08:51:12 17   details of maintenance and equipment condition.

08:51:14 18   Q.   What opportunities does BP have to fully understand the

08:51:21 19   condition of the *Deepwater Horizon* equipment and the condition

08:51:24 20   of maintenance?

08:51:26 21        MS. KARIS:  Your Honor, I object to foundation.  I

08:51:29 22   don't know that Mr. Ambrose has established any foundation for

08:51:32 23   BP's inspection of the *Deepwater Horizon*.

08:51:33 24        THE COURT:  Let see if he does or doesn't.  Let's see.

08:51:38 25            Why don't you lay a foundation to that.

OFFICIAL TRANSCRIPT

08:51:41 1          MS. CLINGMAN:  Absolutely.  Absolutely.

08:51:41 2  BY MS. CLINGMAN:

08:51:42 3  Q.    Mr. Ambrose, do you know the structure at BP that is the

08:51:45 4  parallel structure to that of Transocean with respect to the

08:51:48 5  *Deepwater Horizon* and Macondo?

08:51:50 6  A.    The management structure onshore?

08:51:53 7  Q.    Yes.

08:51:53 8  A.    I think David Sims was the equivalent to our ops manager,

08:51:57 9  and John Guide was the equivalent to our rig manager.

08:52:01 10  Q.    Are you familiar with the business relationship between

08:52:04 11  Transocean and BP with respect to this rig?

08:52:08 12  A.    I was familiar back in the 2003 time frame.  Probably not

08:52:12 13  so much in between then and 2010, but a lot of processes are

08:52:15 14  the same.

08:52:16 15  Q.    Are you familiar with the BP staffing, persons for BP that

08:52:23 16  are full time, living, eating, sleeping on the

08:52:26 17  *Deepwater Horizon*?

08:52:27 18  A.    I don't know them personally, but I know the -- you know,

08:52:30 19  those positions, the equivalent company men are well site

08:52:35 20  leader.  I've interacted with those type of positions and

08:52:39 21  people before in my past.

08:52:40 22  Q.    Have you personally confirmed and heard statements as you

08:52:46 23  investigated that BP did, in fact, have a well site leader, a

08:52:51 24  company man, on the *Deepwater Horizon* 24/7 at all times of

08:52:53 25  operation?

**OFFICIAL TRANSCRIPT**

08:52:54  1    A.    Yeah.  That's standard practice.

08:52:56  2    Q.    Have you personally also seen extensive audits conducted,

08:53:00  3    at least every two years, by BP of this specific rig?

08:53:04  4    A.    Yes.

08:53:04  5    Q.    Have you reviewed those audits?

08:53:06  6    A.    I have.

08:53:06  7    Q.    Are they extensive?

08:53:08  8    A.    Yes.

08:53:08  9    Q.    What opportunities did BP have to fully understand the

08:53:11 10    conditions of the rig equipment and the condition of rig

08:53:14 11    maintenance?

08:53:15 12         MS. KARIS:  I'm going to renew my objection,

08:53:17 13    Your Honor.  He can speak to what's in the audit, but in terms

08:53:20 14    of what opportunity BP had in conducting the audit, he just

08:53:23 15    said --

08:53:23 16         THE COURT:  Yes, I sustain the objection to the

08:53:25 17    question as it's phrased.

08:53:27 18         MS. CLINGMAN:  Thank you.

08:53:27 19    BY MS. CLINGMAN:

08:53:29 20    Q.    Let's just establish this, Mr. Ambrose.  BP has personnel

08:53:31 21    on the rig in charge 24/7, right?

08:53:33 22    A.    Yes.

08:53:34 23    Q.    And you just described the onshore managers that are the

08:53:39 24    counterparts to your managers onshore for this specific rig and

08:53:42 25    this specific well?

                         **OFFICIAL TRANSCRIPT**

08:53:44  1     A.    Yes.

08:53:44  2     Q.    Are there any MMS requirements for the operator to make

08:53:51  3     facility and maintenance records available for a rig for MMS

08:53:54  4     inspections?

08:53:54  5     A.    We have to make all of our records available to the MMS,

08:53:57  6     if they ask.

08:53:58  7     Q.    If a rig in Gulf of Mexico does not produce maintenance

08:54:03  8     records upon request to the MMS, what happens?

08:54:08  9     A.    I imagine an INC would be issued, what we talked about

08:54:12 10     earlier.

08:54:12 11     Q.    Would that INC go to Transocean?

08:54:15 12     A.    No.  It would go to the operator.

08:54:17 13     Q.    Did that ever happen?  Did BP ever receive a notice of

08:54:23 14     noncompliance because *Deepwater Horizon* maintenance record were

08:54:26 15     not available or were not produced by the crew in response to

08:54:29 16     requests for MMS inspectors?

08:54:32 17     A.    No.  I don't believe they did.

08:54:33 18     Q.    What access did Transocean provide to BP to the

08:54:39 19     maintenance systems and the records when BP audited the rig?

08:54:42 20     A.    Just from the reports I read, it seemed like they

08:54:46 21     interrogated our maintenance systems, so they had access to see

08:54:49 22     what they needed to see during those audits.

08:54:51 23     Q.    Let's look at one of the BP technical rig audits.  We'll

08:54:56 24     start in 2008, which TREX-4680.

08:55:00 25           Do you recognize this?

                              **OFFICIAL TRANSCRIPT**

08:55:01  1    A.    Yes.  It's the 2008 technical rig audit from BP on the

08:55:07  2    *Horizon*.

08:55:07  3    Q.    And looking at the lower left, this was prepared and

08:55:12  4    approved by whom?

08:55:14  5    A.    Looks like Kevan Davies and Norman Wong.

08:55:21  6    Q.    Are those employees of BP?

08:55:22  7    A.    They are.

08:55:22  8    Q.    Let's look at the top of the document, and there is a

08:55:24  9    distribution list.

08:55:25 10          To whom was the BP technical audit distributed?

08:55:28 11    A.    Dave Sims, John Guide, and then looks like a central file.

08:55:35 12    Q.    Are those the two individuals you mentioned just a moment

08:55:38 13    ago as being the parallel to our rig and ops managers --

08:55:38 14    A.    Yes.

08:55:40 15    Q.    -- at BP?

08:55:40 16    A.    Yes.

08:55:41 17    Q.    Let's go to page 8 of BP technical audit, 4680, page 8,

08:55:48 18    cull-out one.

08:55:50 19          And what does it say about BP's access to and review

08:55:54 20    of the Transocean maintenance system and records for the

08:55:57 21    *Deepwater Horizon*?

08:55:59 22    A.    It states, "Empac maintenance management system was

08:56:02 23    rigorously interrogated with focus on maintenance of the

08:56:07 24    safety-critical equipment and systems."

08:56:08 25    Q.    Is this consistent with your experience regarding the

5947

08:56:12 1    access BP had to Transocean's maintenance records?

08:56:15 2    A.    Yes.  We would give any of our customers this access if

08:56:20 3    they asked for it.

08:56:20 4    Q.    Is rigorous interrogation of the maintenance system

08:56:24 5    consistent with your experience with BP audits?

08:56:26 6    A.    Yes.

08:56:27 7    Q.    Why the focus on safety-critical equipment and systems?

08:56:33 8    A.    Well, the maintenance system is pretty large.  There are

08:56:37 9    some, what we would say, low-critical items in there, and you

08:56:41 10   need to prioritize and focus in on an audit like this, I would

08:56:46 11   image, so they picked the things that were most important, the

08:56:48 12   safety-critical items, to start with or to focus on.

08:56:51 13   Q.    Thank you.

08:56:53 14         Looking at the scope of maintenance, as you just

08:56:55 15   mentioned, there are a number of items, some of which are not

08:56:58 16   as high priority as others.  Can we take a brief look at the

08:57:02 17   scope of maintenance and how it's structured.  Let's start with

08:57:05 18   D-6753, looking at the *Deepwater Horizon*.

08:57:09 19         Now, Mr. Ambrose, we looked at the people, right, the

08:57:12 20   onshore and offshore Transocean team?

08:57:14 21         Let's look briefly at how the equipment is structured

08:57:20 22   for maintenance.  How many systems on the *Deepwater Horizon* are

08:57:24 23   assessed, scheduled and maintained?

08:57:26 24   A.    I think the *Horizon* had about 52 systems on board.

08:57:32 25   Q.    Look at D-6755.

**OFFICIAL TRANSCRIPT**

5948

08:57:35  1        Are the cranes a, quote/unquote, system of the

08:57:39  2    *Deepwater Horizon*?

08:57:39  3    A.   Yes.

08:57:39  4    Q.   How many cranes are there?

08:57:41  5    A.   There were five cranes.  There is one not shown here,

08:57:45  6    which should be the BOP crane.  It's in that house next to the

08:57:49  7    derrick.

08:57:50  8    Q.   Let's look at 6761.

08:57:56  9        How many engines are onboard the *Deepwater Horizon*?

08:57:59 10    A.   The *Horizon* had six engines.

08:58:01 11    Q.   Are they specifically numbered?

08:58:03 12    A.   Yes.  It went from port to starboard, one to six.

08:58:08 13    Q.   So is an engine a system?

08:58:11 14    A.   No.  The power generation is the system, and an engine is

08:58:15 15    a component of that system.

08:58:16 16    Q.   So one engine is one component?

08:58:20 17    A.   Yes.

08:58:20 18    Q.   How many components were tracked and scheduled for

08:58:25 19    maintenance on the *Deepwater Horizon*?

08:58:26 20    A.   I don't know the exact number.  It was over 2,000.

08:58:27 21    Q.   What's the size of these things?

08:58:32 22    A.   You might get two in the courtroom here.

08:58:34 23    Q.   On a self-propelled MODU, is the engine critical

08:58:40 24    equipment?

08:58:41 25    A.   Yes, it is.  They keep you on station.

**OFFICIAL TRANSCRIPT**

08:58:42 1   Q.   Does the *Deepwater Horizon* have redundancy?

08:58:45 2   A.   Yeah.  It's an interesting design, this one.  Most -- this

08:58:48 3   is a dynamic position 3 class rig, so it's the highest class

08:58:52 4   rig.  Normally those rigs would have two or three engine rooms.

08:58:57 5        This one was specifically designed with six, to

08:58:59 6   compartmentalize each engine so you only ever maybe lost one

08:59:04 7   according to the rules.  So it was pretty redundant.

08:59:06 8   Q.   What was the impact of redundancy?  How many engines did

08:59:10 9   you need at a time?

08:59:11 10  A.   Well, the Gulf of Mexico isn't an extremely harsh

08:59:14 11  environment, unless a hurricane is coming through.  So

08:59:17 12  typically, on an average day, drilling loads, plus to stay on

08:59:21 13  station, they had two engines online.

08:59:23 14  Q.   Two?

08:59:23 15  A.   Two.

08:59:24 16  Q.   Of the six?

08:59:24 17  A.   Of the six.

08:59:25 18  Q.   Could the crew take one engine offline for repair and rely

08:59:29 19  on the others easily?

08:59:30 20  A.   Yes, that's part of the design.

08:59:32 21  Q.   If one engine were offline, would that have any impact on

08:59:37 22  rig operations or safety?

08:59:37 23  A.   No.  This rig could hold station in a minor hurricane with

08:59:43 24  five engines.

08:59:44 25  Q.   With respect to thrusters, 6763, we've heard a lot about

**OFFICIAL TRANSCRIPT**

08:59:50  1   thrusters.  Just briefly, what do they do?

08:59:52  2   A.   So, thrusters, you kind of get a feel for the size of the

08:59:55  3   thruster here, these were -- I think the props were about 12 or

08:59:59  4   13 feet tall.

08:59:59  5          Thrusters keep you on location, so you put power to

09:00:02  6   them.  It's just like a propellor except they will turn

09:00:07  7   automatically based on the computer system that keeps the rig

09:00:10  8   where it should be, and then it will adjust the rpm.  So they

09:00:14  9   basically provide the thrust to counteract the environment.

09:00:16  10  Q.   Are these always underwater?

09:00:18  11  A.   Yes, they are.

09:00:18  12  Q.   Is there redundancy?

09:00:20  13  A.   Again, the *Horizon*, a bit unique in her design, had more

09:00:25  14  installed thruster power than the engines could actually

09:00:27  15  provide.  There was 44 megawatts of thrusters and 42 megawatts

09:00:33  16  of engine power.

09:00:34  17         It was designed that way because thrusters operate

09:00:36  18  more efficiently at about 80 percent load.

09:00:38  19         So you could take one of these offline and -- or even

09:00:45  20  two, and this rig would do just fine in pretty harsh

09:00:48  21  environments.

09:00:48  22  Q.   How would you do preventive maintenance on a thruster?  Do

09:00:50  23  you have to go underwater?

09:00:51  24  A.   For parts of it, yes.

09:00:53  25         The thruster -- you're seeing what we would call *the*

**OFFICIAL TRANSCRIPT**

09:00:55  1   *lower unit* here.  That would attach to the hull.  You can see

09:00:58  2   that in the picture on the right.

09:01:00  3          Then, on the inside of the hull are the electric

09:01:03  4   drive motors.  So you could maintain the electric drive motors

09:01:06  5   and those types of things; but, the lower unit, you would

09:01:09  6   either need divers to make some maybe minor repairs, but if you

09:01:14  7   had to do anything significant to it, you would take it off.

09:01:17  8   Q.   That's what we see on the left.

09:01:20  9          Can you use a dry dock to do this?  Would this be a

09:01:23 10   dry dock task?

09:01:24 11   A.   No.  Actually, in order to remove the thrusters, you need

09:01:26 12   to have about 200 feet of water because we do what's called *a*

09:01:32 13   *keel haul operation*, where we will drop the thruster down and

09:01:37 14   then swing it out with a crane barge and then pull it out.

09:01:41 15   Then we'll put another one in.

09:01:41 16   Q.   Can that be done in dry dock?

09:01:42 17   A.   No.

09:01:42 18   Q.   6725, the sensors.

09:01:44 19          Mr. Ambrose, how many alarm sensors, fire, smoke,

09:01:50 20   heat, are there on the *Deepwater Horizon*?

09:01:51 21   A.   My recollection is there is well over 400.

09:01:53 22   Q.   What does this image represent?

09:01:57 23   A.   We were looking at it, and each one of these little dots

09:02:00 24   is the location of a particular sensor on the rig.

09:02:02 25   Q.   You were involved, you said, in the design and engineering

**OFFICIAL TRANSCRIPT**

09:02:07  1   of this and other rigs.  How would you describe the deepwater

09:02:11  2   conferring (spelled phonetically) system, the fire and gas

09:02:14  3   system on this rig?

09:02:14  4   A.    It was the most modern at the time we put it on the rig.

09:02:17  5   Q.    What are the maintenance challenges in maintaining a

09:02:20  6   rig-wide system with that many sensors?

09:02:24  7   A.    Well, you've got to take into mind what is a sensor.  It's

09:02:27  8   a little piece of electronics.  We putting them into really

09:02:31  9   harsh environments to measure things, so sometimes you have to

09:02:34 10   replace them and repair them.

09:02:36 11         With that many particular sensors, you're constantly

09:02:39 12   having to do checks.  Typically, you'll find a few that need to

09:02:41 13   be replaced or maintained.

09:02:42 14         So it's not uncommon to find one or two or -- every

09:02:46 15   time you're checking it that need to be repaired or replaced.

09:02:49 16   Q.    Is the fire and gas system a critical system on the

09:02:54 17   *Deepwater Horizon*?

09:02:55 18   A.    Yes, it is.

09:02:56 19   Q.    What level of redundancy is built into that system?

09:02:59 20   A.    Most spaces have different two signals or sensors within

09:03:02 21   it, so you have redundancy in spaces.

09:03:06 22         The critical spaces maybe have more than that.

09:03:08 23   Q.    Let's look at one more system briefly, which is 6756, the

09:03:13 24   top drive.

09:03:17 25         Is this a video from the sister ship, the *Nautilus*,

**OFFICIAL TRANSCRIPT**

09:03:20  1   showing the top drive, and if you can tell us what the function

09:03:23  2   is of the top drive?

09:03:25  3   A.    The top drive -- this is back in the '80s, we -- this was

09:03:29  4   a new piece of equipment back then, when basically made the

09:03:35  5   rotary table obsolete.  So we drill with the top drive.  It

09:03:36  6   rotates the drill string.

09:03:38  7   Q.    What are we seeing here in the video?

09:03:39  8   A.    So the top drive is the yellow thing at the very top of

09:03:44  9   the video there.  What you're seeing is drill pipe connected to

09:03:47 10   it, and they're doing what's called *breaking it out*.

09:03:49 11         You see the mud just fall out of the top drive

09:03:53 12   because the mud comes up to the top drive through those hoses

09:03:56 13   on the side.

09:03:56 14         So they are basically breaking out a connection.

09:03:59 15   Based on the height of that tool joint, which you can see at

09:04:03 16   the very top of the drill string, they are drilling, so they

09:04:06 17   pulled up off bottom, and they are about to make a connection.

09:04:09 18   Q.    Who is operating this equipment?

09:04:13 19   A.    The driller.  You see the top drive is moving upwards, so

09:04:17 20   he's operating the top drive and the drawworks.  So he's

09:04:20 21   pulling that up and then latching the elevators, which are

09:04:22 22   those red things you saw.

09:04:23 23         The assistant driller is running this thing you see

09:04:29 24   coming out right here called *a raised back-up system*.

09:04:31 25         You'll see another very tall yellow thing here in

**OFFICIAL TRANSCRIPT**

09:04:33  1   just a second on the right, which is called *a pipe racking*

09:04:37  2   *system*.

09:04:37  3          So the assistant driller is running all the pipe

09:04:40  4   handling equipment, while the driller is running the top drive.

09:04:43  5   Q.   The driller and the assistant driller are doing that from

09:04:46  6   the drill shack?

09:04:48  7   A.   Yes.  You can see it in the background when it comes back

09:04:51  8   down.  Just behind the drill pipe there, you can see the very

09:04:54  9   top of the shack right now.

09:04:56 10   Q.   What are we about to see here with the pipe?

09:05:01 11   A.   So you see they just moved the pipe over.  They are about

09:05:03 12   to stab it into the pipe that's in the rotary.

09:05:08 13          Those two big sections are called *tool joints*.  The

09:05:11 14   reason they are called *tool joints* is we put the tools, which

09:05:14 15   is that big yellow thing, around them to hold it while we make

09:05:19 16   up torque on those connections.

09:05:20 17          So they are very thick pieces of steel that we can

09:05:25 18   grab and torque on.

09:05:27 19   Q.   Is that at the bottom the rotary table?

09:05:31 20   A.   You see two things.  The piece that's raised up a little

09:05:33 21   bit is called *the slips*.  They are automated slips that are

09:05:37 22   operated by the driller.  They open and close, and they hold

09:05:40 23   the pipe in place while we're running pipe into the hole or

09:05:43 24   pulling it out.

09:05:44 25          Then what it sits on is called *the rotary table*,

**OFFICIAL TRANSCRIPT**

09:05:47 1    which is flat or flush with the drill floor right there.

09:05:49 2    Q.   We've seen a number of maintenance items regarding the

09:05:54 3    rotary table.   What does it do?

09:05:55 4    A.   Well, it rotates.   That's its primary job.

09:06:02 5              But once top drives were designed and we started

09:06:03 6    using them in the drilling industry back in the late '80s and

09:06:07 7    '90s, rotary tables basically became obsolete.

09:06:09 8              We used to actually drill with them.   I'm too young

09:06:13 9    to even see an old kelly system.   I never even witnessed one

09:06:17 10   operating because we always used top drives.

09:06:20 11             So today those are really used just to do minor

09:06:23 12   alignment, rotate it a couple degrees to line up riser joints

09:06:28 13   to be able to stab stuff.

09:06:29 14   Q.   Is a rotary table on a modern rig like this safety

09:06:33 15   critical equipment?

09:06:33 16   A.   No, it doesn't have a major function anymore.

09:06:35 17   Q.   Is it needed for drilling operations?

09:06:38 18   A.   No, it's not.

09:06:38 19   Q.   So all of those examples you gave, those are systems?

09:06:44 20   A.   They are all components of a system.

09:06:45 21   Q.   I'm sorry, I mean top drive, engines, alarms, are those

09:06:50 22   the systems on the *Deepwater Horizon*?

09:06:51 23   A.   Those are some of the major ones, yes.

09:06:53 24   Q.   Then, within each system, there are numerous components?

09:06:56 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

09:06:56  1    Q.    Getting us up to over 2,000?

09:06:58  2    A.    Yes.

09:06:59  3    Q.    Then, within those, I assume there are ten of thousands of

09:07:03  4    parts?

09:07:03  5    A.    At least.

09:07:04  6    Q.    So given the scope, given the complexity of the equipment,

09:07:10  7    the number of systems and items, how do you take care of the

09:07:14  8    equipment and keep it operating safely?  How do you tackle

09:07:19  9    maintenance of that scope?

09:07:19 10    A.    Well, in order to keep track of it, you really have to

09:07:22 11    have a computer-based system; so, for us that's RMS, Rig

09:07:25 12    Management System, II.

09:07:28 13          So we track that.  We have preventive maintenance

09:07:31 14    schemes and jobs that come out in order to maintain that

09:07:35 15    equipment.

09:07:35 16    Q.    Tell me a little bit about preventive maintenance.  Can

09:07:41 17    you give us an example of a preventive maintenance task?  For

09:07:44 18    that, we just looked engines, take an engine.

09:07:48 19    A.    Engines, the original equipment manufacturer will

09:07:51 20    recommend a period of overhaul.

09:07:53 21          So on these, I think it was about 24,000 hours.  So

09:07:57 22    you have -- at 24,000 hours of operation on that engine, you

09:08:01 23    would have a major overhaul; but, up to that point, you would

09:08:05 24    have additional checks.

09:08:07 25          I think this was about every four and eight thousand

**OFFICIAL TRANSCRIPT**

hours of operation, you would have another check, which is more
minor in nature, just to see how things were going with that
engine before the major.

Q.   So simple, in my terms, for a car, you might have the
manufacturer's owner's manual.  What are you using as a company
for Transocean to set the maintenance programs for all of your
offshore drilling systems?

A.   Well, we start with the OEM recommendations on a new piece
of equipment.

But then we have some experience, and we can see the
condition, because sometimes it's not used all in the same way
everywhere.

So we can look into the condition with certain
maintenance inspections and then adjust as necessary that
maintenance program to meet more completely what's needed for
that rig.

Q.   Is there an industry name for a maintenance plan that
adjusts the plan for a specific piece of equipment based on its
performance and capabilities?

A.   Yes.  It's called *condition-based maintenance*.

Q.   Is condition-based maintenance a proprietary theory of
Transocean?

A.   No, a lot of people use it.

Q.   Like what?

A.   Mining industries, any major power plant facility will

**OFFICIAL TRANSCRIPT**

09:09:21 1   probably do inspections like that to see the condition.  I know

09:09:26 2   the airlines use it quite a bit.  So those are some.

09:09:31 3   Q.   Does using condition-based maintenance, Mr. Ambrose, mean

09:09:36 4   that Transocean would ignore OEM, or original equipment

09:09:41 5   manufacturer, recommendations and suggestions?

09:09:44 6   A.   No.  It does not.

09:09:44 7   Q.   Does condition-based maintenance work?

09:09:47 8   A.   Yeah.  The whole point is to look for failures before they

09:09:50 9   happen and take action on that.  So that's what condition-based

09:09:53 10  maintenance is for, and that -- yeah, I think it does.

09:09:55 11  Q.   Would you rather get on a plane whose engines are

09:09:59 12  maintained on a condition basis or one maintained on a calendar

09:10:03 13  schedule?

09:10:06 14       MR. DEGRAVELLES:  Let me object, Your Honor.  I think

09:10:08 15  that's totally out of this witness' realm of expertise or

09:10:12 16  whatever he's purporting to testify about.

09:10:14 17       THE COURT:  I sustain the objection.

09:10:14 18  BY MS. CLINGMAN:

09:10:16 19  Q.   Let's talk about PMAA for a moment, Mr. Ambrose.  Does

09:10:20 20  Transocean proactively audit its own rigs to make sure all of

09:10:23 21  this planning we've discussed is being executed at the rig

09:10:26 22  level?

09:10:26 23  A.   Yes, we do.

09:10:27 24  Q.   What is the purpose of a PMAA?  What is a PMAA?

09:10:33 25  A.   PMAA is one of our internal audits.  So it's basically we

**OFFICIAL TRANSCRIPT**

5959

09:10:38  1    send a team out --

09:10:39  2         I should say what it is, Performance Monitoring Audit

09:10:43  3    and Assessment.  So that's an acronym for it, PMAA.

09:10:48  4         We send an internal team out to look at all aspects

09:10:52  5    of a vessel, a rig, as far as maintenance, procedures,

09:10:57  6    policies, training.  They look at everything.

09:11:00  7    Q.   That's solely internal to Transocean?

09:11:04  8    A.   It's an internal requirement, yes.

09:11:05  9    Q.   Is a PMAA audit by Transocean -- how extensive is that?

09:11:11 10    A.   It looks at everything from policies and procedures to

09:11:14 11    maintenance, training.  Like I said, it's extensive.

09:11:17 12    Q.   That's something Transocean is doing voluntarily to assess

09:11:21 13    how its rigs are implementing corporate policies?

09:11:25 14    A.   Yes, it's our eyes on how things are going on the rig.

09:11:29 15    Q.   When was this last PMAA done on the *Deepwater Horizon*; do

09:11:29 16    you know?

09:11:33 17    A.   I think it was in mid 2009.

09:11:34 18    Q.   And overall, Mr. Ambrose, what's the grade?  How is the

09:11:38 19    rig doing at implementing the maintenance policies you've

09:11:41 20    discussed?

09:11:42 21    A.   The report showed good.  To the best of my recollection,

09:11:47 22    it was a good finding.

09:11:48 23    Q.   Did you find any gaps?  Tell the Judge, did you find any

09:11:57 24    gaps between maintenance policy and the actual implementation

09:12:00 25    on the rig?

**OFFICIAL TRANSCRIPT**

A.   I can't remember specifically for this rig.  It's been a while since I've seen that report.

        I can say overall, I mean, I've seen PMAA reports in the past, and, you know, you find gaps.  That's what audits are for.  So I'm sure in this case, as well as some others, we found some gaps.

        There is a couple of different ways people don't meet the intent of what we're doing.  You can have people misunderstanding a policy or procedure or what it requires; so there is kind of good intent, but they misunderstand what they should do.  That's one thing we've seen in those kind of reports before.

        The other is people not applying the policies and procedures.  We've seen that in the past.

        Then, from a maintenance standpoint, we see people that, you know, sometimes, you know, are doing the maintenance, but maybe not in the right way, or not to the right schedules. We have to make corrections into the schedules.

        We see some people that haven't done the maintenance and, you know, close some things out.  I would say that's lesser of any of the other things, but we've seen that.

        So we have to take actions on those types of things.

Q.   Focusing on that for just a moment, so Transocean audits have found that some crews have closed out maintenance tasks in the computer without actually doing that work?

**OFFICIAL TRANSCRIPT**

09:13:14  1    A.    I've found that in the past, yes.

09:13:16  2    Q.    How widespread have you found that to be?

09:13:18  3    A.    It's not the majority.  It's the minority.  It usually

09:13:22  4    comes down to a few individuals, and you have to take actions

09:13:24  5    on those individuals.

09:13:26  6    Q.    Did Transocean policies allow for that?  Did they allow

09:13:29  7    people to check a box without doing the task?

09:13:31  8    A.    No, that's against the policy.

09:13:32  9    Q.    So what are you doing about that violation?

09:13:35 10    A.    You take corrective actions with those individuals, up to

09:13:38 11    and including termination.

09:13:39 12    Q.    You have done that in your personal experience?

09:13:44 13    A.    I have.

09:13:44 14    Q.    Is that why you're auditing in the first place, to

09:13:47 15    identify and then correct that behavior?

09:13:48 16    A.    That's what audits are all about.

09:13:50 17    Q.    It's a constant process?

09:13:52 18    A.    Yes.

09:13:53 19    Q.    Overall, not withstanding the rogue players, how would you

09:14:00 20    describe compliance with maintenance policies at Transocean?

09:14:04 21    A.    I think overall they are good.  People do their best to

09:14:07 22    make what we're asking come true, and they do their best to do

09:14:11 23    it.

09:14:11 24    Q.    There has been some focus on the number, just the raw

09:14:17 25    number of outstanding maintenance items.

                              **OFFICIAL TRANSCRIPT**

09:14:19  1          You've told us -- let's look at the numbers -- from

09:14:21  2     what you've already told us, there are 52 systems, more than

09:14:25  3     2,000 components, and tens of thousands of individual parts.

09:14:29  4          Taking all those systems and components and parts in

09:14:32  5     this marine environment, do you know how many maintenance tasks

09:14:36  6     are generated by RMS for one single year for a rig like this?

09:14:41  7     A.   For this one, it was over 13,000.

09:14:44  8     Q.   Generally, what percentage of maintain that you do --

09:14:47  9     that's done by Transocean is preventive maintenance?

09:14:51 10     A.   Preventive maintenance accounts for about 80 percent,

09:14:54 11     roughly, of the type of -- of all the different maintenance

09:14:57 12     tasks we do on the rig.

09:14:58 13     Q.   Do preventive tasks include things such as check the

09:15:02 14     equipment, as you were mentioning the crew does?

09:15:04 15     A.   Some of it's as minor as checks and inspections.  Some of

09:15:08 16     it's a little bit more intrusive.

09:15:11 17     Q.   Does an overdue preventive maintenance entry mean that

09:15:12 18     something is broken or out of service?

09:15:13 19     A.   No.  It does not.

09:15:14 20     Q.   What does an overdue preventive maintenance entry mean

09:15:18 21     about safe operations?

09:15:21 22     A.   It depends on what it is, but it doesn't necessarily have

09:15:24 23     anything to do with safe or unsafe operations.

09:15:26 24     Q.   Do you represent preventive maintenance as PM?

09:15:30 25     A.   Yes, that's our acronym for it, PM.

**OFFICIAL TRANSCRIPT**

09:15:33  1    Q.    What other types of maintenance are done and recorded in

09:15:36  2    your maintenance management system other than PM, preventive

09:15:40  3    maintenance?

09:15:40  4    A.    Okay.  We categorize it in kind of four buckets.

09:15:44  5          So the preventive maintenance, which is about

09:15:46  6    80 percent of what we do.

09:15:47  7          We have corrective maintenance.  We operate

09:15:50  8    equipment.  Sometimes it's going to break unexpectedly.  So we

09:15:55  9    correct whatever that is.  We call it *corrective maintenance*.

09:15:58 10          Sometimes people also order parts on a corrective

09:16:04 11    maintenance job because the crew can actually enter those.

09:16:07 12    Preventive maintenance tasks come from the corporate level.

09:16:11 13          We have upgrade maintenance.  So if we're making a

09:16:14 14    modification on the rig, we track it through what we call *an*

09:16:17 15    *upgrade maintenance task.*

09:16:20 16          Then we have a bit of a catch-all, what they call

09:16:24 17    *other*.  So if we have -- if an operator has somebody come out

09:16:27 18    to the rig with a new mud shack or a new ROV shack and we need

09:16:33 19    to install that, our teams will, you know, integrate that into

09:16:40 20    the rig system.  So we call that other stuff, *other*

09:16:42 21    *maintenance.*

09:16:42 22    Q.    Overall, you said 80 percent of the numbers of the

09:16:44 23    maintenance items are preventive.  What percent are corrective?

09:16:47 24    A.    It ranges.  14 to 18 percent, somewhere in there.

09:16:50 25    Q.    Okay.  Then upgrade and other seems like would be a very

09:16:55 1  small percentage?

09:16:56 2  A.   Yeah, they're usually 1 to 2 percent each.

09:16:57 3  Q.   Looking at the more than 13,000 maintenance tasks in a

09:17:03 4  year, how many maintenance tasks might be pending on any given

09:17:07 5  day?  What's a good ballpark?

09:17:09 6  A.   It's difficult to say what the actual range is, but 3,

09:17:14 7  4 percent of the total for the year.

09:17:15 8  Q.   You would do that to me.  3, 4 percent is how many items?

09:17:22 9  A.   I'd take it, two, three hundred, somewhere in there.

09:17:24 10 Three hundred, four hundred, depending on the criticality of

09:17:28 11 them.

09:17:28 12 Q.   How does an audit -- or preparing for a major maintenance

09:17:31 13 time period impact the number of items in the RMS system?

09:17:35 14 A.   Any time you go through an audit, the new RMS system,

09:17:39 15 which is what the *Horizon* would have been rolled on to

09:17:43 16 recently, you'll see an up-tick as we put that -- those

09:17:45 17 corrective actions into the maintenance system.  So there may

09:17:48 18 be an up-tick for that.

09:17:49 19 Q.   Well, on April 20, there were 222 total overdue

09:17:54 20 maintenance tasks on the *Deepwater Horizon*.  By my math, which

09:17:58 21 you are welcome to challenge, that's less than 2 percent.  How

09:18:02 22 is that in your experience?

09:18:04 23 A.   It's -- that's actually a good number.  You know, they are

09:18:08 24 keeping control of the maintenance.

09:18:09 25      The way the RMS system works, as soon as something

**OFFICIAL TRANSCRIPT**

09:18:12 1    comes due, it's overdue.  There is no allowance for time to

09:18:16 2    actually have done it.  So a lot of those are kind of immediate

09:18:19 3    things coming overdue.

09:18:20 4    Q.   Mr. Webster told the Court that the figures of 222 overdue

09:18:25 5    maintenance items show gross neglect and a failure to maintain.

09:18:32 6    What do you think about that?

09:18:33 7    A.   Well, I reviewed those items, and I completely disagree

09:18:37 8    with what he said.

09:18:39 9    Q.   If a company is truly following a proactive preventive

09:18:44 10   maintenance program, would you expect to find a rig without

09:18:47 11   maintenance items pending?

09:18:49 12   A.   It's unlikely because there is a lot coming, and you have

09:18:53 13   to prioritize.  Sometime -- you do the major things first, and

09:18:56 14   you do the lower priority things later.  Sometimes you have to

09:18:59 15   make those decisions.  So it's unlikely.

09:19:02 16   Q.   Did the *Deepwater Horizon* have an active maintenance list

09:19:06 17   even as it left the shipyard?

09:19:08 18   A.   Sure.  Every rig does.

09:19:09 19   Q.   Are there any standards that forbid overdue maintenance?

09:19:14 20   A.   No.

09:19:14 21   Q.   Does overdue maintenance preclude the MODU from being fit

09:19:19 22   for service?

09:19:19 23   A.   No, it does not.

09:19:20 24   Q.   From being safe?

09:19:22 25   A.   No.

**OFFICIAL TRANSCRIPT**

09:19:22 1    Q.    You say maintenance is always pending.  Does it surprise

09:19:26 2    you that customers, auditors, regulators, came out to this rig

09:19:31 3    and gave it thumbs up certification?

09:19:33 4    A.    No, it doesn't.

09:19:35 5    Q.    Why does that not surprise you?

09:19:38 6    A.    Again, when I looked at what these records were and what

09:19:40 7    was overdue, a lot of them were minor things, orders for parts

09:19:47 8    and stuff that, you know, they were just waiting for.

09:19:49 9          So, again, it's a small percentage of the total.

09:19:54 10   There was nothing, you know, major that was pending.  So I

09:19:59 11   don't think they would find anything wrong with it.

09:20:02 12   Q.    If a maintenance issue does impact the ability of a rig to

09:20:05 13   operate safely, what happens?

09:20:09 14   A.    That's where we have an obligation to stop what's going on

09:20:11 15   and fix it before we continue.

09:20:13 16   Q.    Any question on that?

09:20:14 17   A.    No, there is no question in our company --

09:20:15 18   Q.    What if a maintenance issue is even likely to impact safe

09:20:20 19   operations, then what?

09:20:20 20   A.    Then you have that discussion, and you stop the operation

09:20:25 21   and you fix it.

09:20:26 22   Q.    In your experience, do these professional and licensed

09:20:29 23   auditors, Coast Guard class, ISM, do they make an actual

09:20:34 24   qualitative analysis of the impact of pending maintenance, or

09:20:38 25   are they just looking at the numbers?

**OFFICIAL TRANSCRIPT**

09:20:39  1    A.    I'm sure they are experienced inspectors, and they look at

09:20:44  2    the criticality of any maintenance task because you have to

09:20:47  3    look at the criticality to really understand what's overdue and

09:20:50  4    how serious that may or may not be.

09:20:53  5    Q.    Now, Mr. Ambrose, if you cut out your preventive

09:20:57  6    maintenance, and you stop daily checks and daily greasing and

09:21:00  7    replacing things ahead of time, and you only scheduled

09:21:02  8    corrective maintenance when something was actually out of

09:21:05  9    service or needed repair, would that decrease the number of

09:21:08 10    maintenance items in RMS?

09:21:10 11    A.    Sure, it would go down by about 80 percent, but then our

09:21:14 12    corrective maintenance would shoot through the roof because

09:21:15 13    we're not taking care of stuff.

09:21:17 14    Q.    Reducing the quantity of outstanding items by that much,

09:21:20 15    what impact would that have on the actual quality of the

09:21:23 16    equipment on the rig?

09:21:24 17    A.    We'd have breakdowns all the time.

09:21:26 18    Q.    Briefly, Mr. Ambrose, if preventive maintenance is

09:21:32 19    designed to maintain and continue operations, are there other

09:21:35 20    steps that the industry takes to maintain ongoing operations?

09:21:41 21    For example, do you have redundancy?

09:21:42 22    A.    Yes.  I mean, the engines are a good example of that on

09:21:46 23    this ring.  You could take one down at any given time and still

09:21:50 24    have ample power according to the system to the operate the

09:21:54 25    rig.  Same with thrusters.  You know, with pipe racking

OFFICIAL TRANSCRIPT

5968

09:21:58  1    systems, we had two on this rig.

09:22:00  2             So we design things around having redundancy.

09:22:03  3    Q.    Are those redundant systems and redundancies also

09:22:09  4    maintained and included in the preventive maintenance program?

09:22:11  5    A.    Yes, you account for that, so you can have one down and do

09:22:14  6    maintenance and still continue on.

09:22:16  7    Q.    Do you keep spare parts onboard?

09:22:18  8    A.    Yes, we do.

09:22:19  9    Q.    Any challenges to spare parts?

09:22:23 10    A.    Yes.  As you can imagine, there is a limited amount of

09:22:27 11    space on a rig.  You can't hold everything.  Otherwise, you

09:22:30 12    would have a second rig there.

09:22:31 13             So you have to make your choices about what you keep

09:22:33 14    on the rig and what you may keep onshore.

09:22:36 15             Again, you can't have everything.  You can't know

09:22:39 16    everything you may need.

09:22:40 17             So we do our best to stock usually a few million

09:22:44 18    dollars worth of stuff in our warehouses on the rig.  Then we

09:22:47 19    have some additional warehouses onshore at one of our

09:22:50 20    facilities in the Gulf Coast here.  Then we, you know, send

09:22:54 21    things to the rigs as we need them.

09:22:59 22             Sometimes you have one of stuff that you just have to

09:23:03 23    have custom made.

09:23:04 24    Q.    There are some items, OEM items, where you go back to the

09:23:08 25    original manufacturer and have to put in an order and wait for

**OFFICIAL TRANSCRIPT**

09:23:11 1    a particular part?

09:23:12 2    A.    Sure.

09:23:12 3    Q.    Does Transocean have an established method, Mr. Ambrose,

09:23:16 4    to prioritize what can be deferred and what needs to be done on

09:23:20 5    a priority basis?

09:23:20 6    A.    Yes.  RMS has a system called *the total risk number*.  So

09:23:26 7    we look at any given piece of equipment, and we assign a rating

09:23:30 8    for an environmental factor, a safety factor and an operational

09:23:36 9    factor.

09:23:37 10          Those three, culmination of those three things gives

09:23:40 11   it a number, and that number gives it a rating, high, medium or

09:23:44 12   low, for criticality.

09:23:46 13   Q.    So to be sure we understand, if something has a very low,

09:23:50 14   as you call it, *criticality rating*, but is a hundred days

09:23:54 15   overdue, is that less important than something that has a high

09:23:59 16   critical rating and is not even due yet or is due, a day

09:24:00 17   overdue?

09:24:00 18   A.    It would have a lesser.  You would focus on the high

09:24:03 19   criticality things first.

09:24:06 20   Q.    You also have a system to evaluate requesting the rig to

09:24:10 21   officially defer certain maintenance?

09:24:12 22   A.    Yes, it's a deferral process which was implemented

09:24:18 23   formally within RMS.

09:24:20 24          So, you know, there is a given time frame where the

09:24:25 25   maintenance supervisor on the rig has the ability to schedule

**OFFICIAL TRANSCRIPT**

09:24:27 1   things.  So he has to make decisions on what to do first,

09:24:30 2   second or third.

09:24:31 3           So they have 14 to 30 days, depending on the

09:24:33 4   criticality of that job.  Once you get past that period of

09:24:37 5   time, then it steps to the rig manager to have any deferral

09:24:40 6   past that.

09:24:41 7           Then it can go as high as vice-president for, you

09:24:44 8   know, significant and long-term issues.

09:24:46 9   Q.   Are those deferrals based on the criticality rating that

09:24:50 10  you just indicated?

09:24:50 11  A.   Yes, they are.

09:24:51 12  Q.   Are they always granted?

09:24:53 13  A.   No, they're not.

09:24:53 14  Q.   Talk about tracking in your maintenance management system

09:24:59 15  for a moment.

09:25:00 16          Has there always be a computerized maintenance

09:25:03 17  management system on the *Deepwater Horizon* since it started

09:25:05 18  operations?

09:25:05 19  A.   Yes.

09:25:06 20  Q.   Does that track all critical systems?

09:25:11 21  A.   Yes, it would.

09:25:11 22  Q.   Including the BOP?

09:25:12 23  A.   Yes.

09:25:12 24  Q.   What system do you use?

09:25:14 25  A.   Original, it was EMPAC, E-M-P-A-C.  But that was converted

**OFFICIAL TRANSCRIPT**

09:25:20  1    to RMS in 2009.

09:25:23  2    Q.   Okay.  How does the crew on the rig keep track of the work

09:25:29  3    they are doing every day?

09:25:30  4    A.   Well, it's a mix, actually.  It's a -- you know, when

09:25:32  5    you're out working on the deck, you have logbooks, tally books

09:25:36  6    and stuff.  People keep notes in those.

09:25:38  7         They have boards and spreadsheets.

09:25:41  8         We were moving -- you know, we were making the move

09:25:42  9    to make sure all of that was in RMS.  So it's a blend.

09:25:47 10         Then you have the corporate computer system, which is

09:25:50 11    RMS, and that houses a lot of the records.

09:25:53 12    Q.   How are you doing at implementing that and moving all of

09:25:58 13    the data from the crews' worksheets and spreadsheets and notes

09:26:00 14    into the corporate shore system?

09:26:02 15    A.   It's a challenge.  I mean, you know, it's a behavior

09:26:07 16    change that you have to go through.  At the time, we were early

09:26:09 17    into it.

09:26:10 18         So RMS had more flexibility than the prior system to

09:26:14 19    put those kinds of notes and things in it, and so we were in

09:26:17 20    that process of converting.

09:26:18 21    Q.   Does the ISM Code regulate and set requirements for the

09:26:25 22    maintenance management system?

09:26:26 23    A.   It does.

09:26:26 24    Q.   Are you familiar with ISM Code Section 10?

09:26:30 25    A.   I am.

**OFFICIAL TRANSCRIPT**

09:26:30  1   Q.    Have you been part of Transocean's compliance with ISM?

09:26:35  2         Let's look at TREX-938, page 23, cull-out ten.

09:26:35  3         I'm going to show you the International Safety

09:26:42  4   Management Code Section 10, Mr. Ambrose.  My question to you

09:26:44  5   is, have you personally played a role in Transocean's

09:26:47  6   compliance with this ISM provision?

09:26:49  7   A.    Yes, I have.

09:26:50  8   Q.    Are EMPAC and RMS, the systems you just mentioned, are

09:26:54  9   they designed to satisfy items one, two, three and four, which

09:26:59 10   is all of the items, in Section 10.2 of the ISM Code?

09:27:05 11   A.    Yes, the systems are designed to do each of these four

09:27:08 12   things.

09:27:08 13   Q.    When did Transocean move from EMPAC to RMS?

09:27:17 14   A.    We started designing the move in early -- or late 2008,

09:27:23 15   and we started implementing in the middle of 2009.

09:27:27 16   Q.    What was your role in the upgrade from EMPAC to RMS?

09:27:33 17   A.    I was the director of maintenance and technical support,

09:27:38 18   so I was responsible -- you know, after the database conversion

09:27:41 19   piece, I was responsible for the implementation going forward

09:27:45 20   from that point and any issues that arose.

09:27:47 21   Q.    Why did Transocean make that conversion and switch from

09:27:51 22   EMPAC monitoring to RMS for the system?

09:27:53 23   A.    We had rigs operating on two separate systems because of

09:27:57 24   legacy companies and what have you, so we decided to move to

09:28:00 25   one platform.

**OFFICIAL TRANSCRIPT**

09:28:01  1          About 60 of the rigs had been using RMS since the

09:28:06  2   early 2000s.  It's just a more flexible system.  It was easier

09:28:10  3   to use.  The user interface was better than EMPAC.  The ability

09:28:14  4   to capture notes, registers of equipment was better.

09:28:15  5          So we made the election to move the rest of the fleet

09:28:18  6   to that program.

09:28:19  7   Q.   It couldn't have been easy to transfer those databases.

09:28:26  8   Did you run into some issues with duplication and

09:28:30  9   recordkeeping?

09:28:30 10   A.   It was a huge challenge to move from one system to the

09:28:33 11   next because they are not -- they are not identical, the way

09:28:37 12   that they operate.

09:28:39 13          So we went through a process of that conversion.  It

09:28:42 14   was hard.  You know, it didn't make a lot of people happy, but

09:28:47 15   we needed to do it to gain a consistency across the company.

09:28:51 16          Database moves are tough.

09:28:52 17   Q.   What are some of the differences in the systems,

09:28:56 18   Mr. Ambrose, and their content that impacted the

09:28:59 19   *Deepwater Horizon* maintenance records in the end of 2009, early

09:29:03 20   2010?

09:29:04 21   A.   So one of the things that we wanted to do -- EMPAC used to

09:29:08 22   allow the maintenance supervisor to input some rig specific

09:29:14 23   maintenance, so, in addition to corporate-level maintenance

09:29:17 24   that would have been in the system.  We didn't want to lose

09:29:19 25   anything, and we were very conservative in the way we converted

                          **OFFICIAL TRANSCRIPT**

09:29:23 1    the two programs.

09:29:24 2            We basically brought everything over.  Within RMS

09:29:27 3    itself, it had the new set of corporate standard preventive

09:29:29 4    maintenance tasks, and so at times when you bring that over,

09:29:32 5    now you have to -- it forces a review by the rig crew to say

09:29:36 6    what we want to keep or not, because there are duplicates in

09:29:39 7    the system, so that process was going to take several months.

09:29:43 8            But we felt it was more appropriate to bring

09:29:45 9    everything over and have that review than potentially miss

09:29:49 10   something that was left out of the conversion.

09:29:50 11   Q.    When was that kind of duplication an issue for the

09:29:55 12   *Deepwater Horizon*?

09:29:57 13   A.    The conversion started, I think, in early September, so

09:30:00 14   they would have seen the issue in September all the way through

09:30:04 15   December and probably January.

09:30:05 16   Q.    To be very clear, when you said we moved that over and we

09:30:08 17   were being conservative, was the issue that you were having

09:30:13 18   both the rig specific and the corporate, and so one task might

09:30:17 19   be queued up twice based on the rig program and the corporate

09:30:22 20   program?

09:30:23 21   A.    Yes, that's right.

09:30:23 22   Q.    Can you give us an example of that.

09:30:25 23   A.    Top drive is probably a good one.  So the top drive has an

09:30:28 24   electrical motor on it, and in the corporate task you will have

09:30:30 25   a check for that top drive motor that happens about every

**OFFICIAL TRANSCRIPT**

09:30:35 1   30 days.  You'll have a corporate level tasks that asks for

09:30:37 2   that top drive motor to be checked every 30 days.  And there

09:30:41 3   was probably a rig specific task in for that same thing.

09:30:45 4        So whenever -- every 30 days when that comes up,

09:30:49 5   you'll have two things that come out of the system in RMS until

09:30:52 6   that duplication is taken care of.

09:30:56 7   Q.   But in doing that the intent was to get both sets of

09:31:01 8   maintenance requirements as opposed to just going straight to

09:31:04 9   corporate and losing what the rig had or keeping what the rig

09:31:07 10   had and losing corporate?

09:31:07 11   A.   That was the dilemma, and so we chose the more

09:31:11 12   conservative route.

09:31:12 13   Q.   Now, we'll look at the BP audit a little more later, but

09:31:16 14   there is a single line item for 390 overdue maintenance items

09:31:21 15   as of that audit, which was September 2009, which is, I think,

09:31:24 16   the time frame you're talking about.

09:31:25 17        Is that in part a high number because of the upgrade

09:31:29 18   to RMS and the fact that many entries appeared twice?

09:31:33 19   A.   Yes.  A significant part of those are just that reason.

09:31:35 20   Q.   Did Transocean report that to BP in September 2009?

09:31:39 21   A.   I saw it as part of the audit, yes.

09:31:41 22   Q.   Was that documented at the time?

09:31:42 23   A.   Yes.

09:31:43 24   Q.   Let's look at TREX-47180, which --

09:31:51 25        Mr. Ambrose, after a BP audit, is it common to have

**OFFICIAL TRANSCRIPT**

09:31:52 1    communication between Transocean and BP to close-out, to review

09:31:56 2    the audit findings?

09:31:57 3    A.    That's normal, yes.

09:31:58 4    Q.    This is an e-mail dated -- if we can -- actually, let's go

09:32:01 5    to the original e-mail.

09:32:08 6          Who is this to, Mr. Ambrose?

09:32:11 7    A.    Looks like it's to John Guide and Brett Cocales,

09:32:16 8    Kevan Davies.

09:32:18 9    Q.    Is this the BP Macondo team, at least the initial shore

09:32:22 10   base?

09:32:22 11   A.    It all looks like BP personnel, yes.

09:32:24 12   Q.    And the subject?

09:32:28 13   A.    "*Deepwater Horizon* rig audit."

09:32:29 14   Q.    Let's scroll down on page 2.

09:32:31 15         MS. CLINGMAN:  And, Your Honor, I'm going to represent

09:32:35 16   to you the underlined text is Transocean's interlineated

09:32:41 17   response to the BP e-mail.  The original, I believe, had that

09:32:43 18   in blue.  But the TREX has it just in this bold font.

09:32:43 19   BY MS. CLINGMAN:

09:32:47 20   Q.    So, Mr. Ambrose, is this an e-mail that BP forwarded to

09:32:51 21   Transocean and then Paul Johnson typed his answer back in and

09:32:56 22   sent it back to BP?

09:32:57 23   A.    Yes, it is.

09:32:57 24   Q.    So in response to the BP entry, which was:  "Overdue

09:33:01 25   maintenance in excess of 30 days currently totals 390 jobs and

**OFFICIAL TRANSCRIPT**

09:33:06 1    amounts to 3545 man-hours, Transocean to communicate forward

09:33:10 2    plan," what did Transocean respond and interlineate back to BP?

09:33:17 3    A.    It says, "Transocean to communicate forward plan.  This

09:33:20 4    excessive overdue PM is due to falling behind during the UWILD

09:33:25 5    and the conversion to Empac to RMS.  This is the first rig to

09:33:29 6    include GSF PMs along with TOI corporate and rig specific PMs.

09:33:38 7    In addition, the clock starts on the PM the day RMS is

09:33:44 8    installed."

09:33:44 9    Q.    I want to understand what he's saying here.  This is all

09:33:47 10   about, these 390, is all about preventive maintenance, PM?

09:33:51 11   A.    I believe they were, yes.  All of them.

09:33:51 12   Q.    Not corrective maintenance?

09:33:53 13   A.    No, they were preventive.

09:33:54 14   Q.    "Conversion of Empac to RMS," is that what you are talking

09:33:59 15   about, that's the system conversion?

09:34:00 16   A.    Yes, that was the system conversion we did about that

09:34:03 17   time.

09:34:03 18   Q.    "This is the first rig to include GSF preventive

09:34:08 19   maintenance along with corporate and rig specific preventive

09:34:11 20   maintenance," is that what you were speaking about earlier?  We

09:34:14 21   put them together and it doubled a lot of the entries?

09:34:17 22   A.    Yes, it is.

09:34:17 23   Q.    And the last sentence, the "In addition, the clock starts

09:34:20 24   on the preventive maintenance the day RMS is installed," what

09:34:25 25   does that mean?

**OFFICIAL TRANSCRIPT**

09:34:26 1    A.   Well, one of the -- one of the challenges of the

09:34:28 2    conversion is to know when to schedule certain tasks based on

09:34:34 3    when they were last done.  So we would schedule immediately

09:34:37 4    everything due on the day that the conversion started.  So a

09:34:41 5    lot of things immediately came overdue.  And we would put

09:34:44 6    somebody on the rig then, to work with the rig crews to

09:34:48 7    reschedule those based on when that last PM was done.

09:34:52 8         So that -- again, that's just immediately you have a

09:34:54 9    lot of things that are overdue.  And then we put out what we

09:34:57 10   call a *super user* at the time of RMS on board to make those

09:35:02 11   changes, to help the crew reschedule based on when the last

09:35:04 12   date was they had done that type of job in the past.

09:35:05 13   Q.   I'm sorry, I didn't hear the last thing you said.  You put

09:35:07 14   a what on the rig?

09:35:08 15   A.   One of our team from the corporate team, and we sent a

09:35:12 16   person to the rig.  We called them a *super user* of RMS,

09:35:16 17   somebody that really knows how to use it.  Because these guys

09:35:19 18   were learning it.  It was a new system to them.  And then he

09:35:23 19   would help them reschedule based on their records of when they

09:35:25 20   last did some of those jobs, and then get the maintenance

09:35:27 21   schedule going from that point forward.

09:35:29 22   Q.   So go back to the example you gave of greasing the top

09:35:35 23   drive, it showing up every ten days on one system and every

09:35:38 24   11 days on the other system, and it's duplicated.  What does

09:35:41 25   the super user do?

**OFFICIAL TRANSCRIPT**

09:35:43 1    A.    So if he saw the duplication, he would remove the old one

09:35:47 2    after a check was done to make sure all the steps were

09:35:50 3    consistent with what was on the new one, so he would take away

09:35:53 4    the old one.  You would remove the duplication and you would

09:35:56 5    schedule it for the right day going forward.

09:35:57 6    Q.    Now, Mr. Webster read some lines from a long e-mail that

09:36:08 7    Stephen Bertone sent to shore during the conversion, right

09:36:09 8    after this conversion.  You indicated Stephen Bertone was one

09:36:11 9    of the two maintenance supervisors on the rig?

09:36:12 10   A.    Yes, he was.

09:36:13 11   Q.    Looking at October 2009, what was the context in which

09:36:19 12   Mr. Bertone's e-mail was sent from the rig?

09:36:23 13         MR. DEGRAVELLES:  I object, Your Honor, there's no

09:36:26 14   foundation.

09:36:28 15         THE COURT:  Sustained.

09:36:28 16   BY MS. CLINGMAN:

09:36:30 17   Q.    Mr. Ambrose, looking at the conversion and what was

09:36:32 18   happening in terms of maintenance, what things would have

09:36:35 19   impacted, in terms of the maintenance programming, the position

09:36:38 20   of a maintenance supervisor on the *Deepwater Horizon* in

09:36:41 21   October 2009?

09:36:43 22   A.    Well, there was a lot going on in September.  The rig had

09:36:46 23   stopped to conduct an underwater inspection in lieu of drydock,

09:36:50 24   so that's an ABS required stop to check the hull.  And during

09:36:54 25   that same time they were doing a lot of other major maintenance

OFFICIAL TRANSCRIPT

09:36:57  1    on the rig.  We tend to do that during those periods of time.

09:37:00  2             And so you have that as well as you had BP conducting

09:37:04  3    an audit, and the audit finding coming out at the same time, so

09:37:09  4    there were kind of three major things going on all in the same

09:37:12  5    time frame.

09:37:12  6    Q.   In your role, did you received complaints from rig

09:37:18  7    maintenance supervisors about the change from Empac to RMS and

09:37:21  8    the duplication it created?

09:37:23  9    A.   Sure.  I mean, this was -- like I said earlier, this was

09:37:26 10    not an easy process, and there was no way to make it easy.  It

09:37:30 11    was going to require a lot of extra work, particularly on the

09:37:33 12    part of the maintenance supervisors, to work through the

09:37:36 13    conversion and make sure we had it set up correctly.

09:37:38 14    Q.   And what did you do to help the rig crew doing that?  You

09:37:42 15    said you sent a super user to live on the rig and help.  What

09:37:46 16    else?

09:37:47 17    A.   It was a conversion process.  So it started -- you know,

09:37:50 18    months out from the actual conversion date, we sent, you know,

09:37:54 19    spreadsheets, if you will, to the rig to gain information to

09:37:57 20    make the conversion as easy as possible.

09:38:00 21             We also did training into the system for all the

09:38:03 22    people before it went live.

09:38:05 23             And then we also sent -- afterwards we sent people

09:38:08 24    out to the rig to help the -- kind of the aftermath of the

09:38:11 25    conversion, to get things lined back up where they needed to

09:38:15  1   be.  As well as we established a team in corporate to make sure

09:38:18  2   those things were processed relatively quickly.

09:38:24  3   Q.    You mentioned UWILD, and it was actually mentioned in the

09:38:28  4   e-mail we just saw back and forth with BP over the maintenance

09:38:32  5   items.  You mentioned also earlier that maintenance is done

09:38:35  6   constantly while the rig is operating?

09:38:36  7   A.    Yes.

09:38:39  8   Q.    Is there also kind of a typical rig life that has

09:38:42  9   out-of-use periods that can be dedicated to maintenance?

09:38:45 10   A.    Yes.  We have numerous things.  A lot of the times it's

09:38:49 11   the special periodic surveys.  Those happen about every

09:38:54 12   five years, or it happened every five years.

09:38:56 13         And then UWILDs, underwater inspections in lieu of

09:39:00 14   drydock, happened about every two and a half years.

09:39:02 15         And then we also have rig moves.  So between wells

09:39:06 16   when you're moving from one to the next, you have access to

09:39:09 17   equipment and you can do maintenance during those periods.

09:39:11 18   Q.    Let's look at -- I think we put a chart together of that.

09:39:14 19   Let's look at demonstrative 6739.

09:39:18 20         Does this represent the major periods of maintenance

09:39:21 21   for a rig for about the first 25 years, for the

09:39:24 22   *Deepwater Horizon*?

09:39:26 23   A.    Yes.  This is the first full 25 years, and you can see the

09:39:30 24   different class society requirements and what was done.

09:39:34 25   Q.    Let's review these briefly.  The blue icon at the upper

**OFFICIAL TRANSCRIPT**

09:39:41 1    right, it shows a little rig, those are rig moves.  What

09:39:45 2    happens during a rig move?

09:39:47 3    A.    So the very top bar is we were identifying rig moves.  So

09:39:50 4    you would have anywhere from seven days up to 14 days, maybe a

09:39:54 5    little bit longer, where you stop drilling on one well, you

09:39:59 6    pull the BOP back to surface, and you're moving the rig to the

09:40:02 7    new well before you run it.

09:40:03 8         So during that period of time, you have access to the

09:40:06 9    BOP.  You do maintenance on the BOP.  You do maintenance on a

09:40:09 10   lot of the drill floor equipment, the top drive that we saw

09:40:13 11   earlier, the drawworks, which is moving it up and down.  Things

09:40:17 12   that you have less access to prior.

09:40:21 13        The next line down there is the UWILD.

09:40:24 14   Q.    Before you get to that, on the rig move, is the blowout

09:40:28 15   preventer always brought to surface during a rig move?

09:40:30 16   A.    Yes.

09:40:31 17   Q.    Is maintenance always done on the blowout preventer during

09:40:33 18   rig moves?

09:40:34 19   A.    It is.

09:40:35 20   Q.    And when did the *Deepwater Horizon* have its last rig move?

09:40:41 21   A.    It moved in late January and arrived on Macondo in early

09:40:45 22   February.

09:40:45 23   Q.    Have you seen records and reviewed records that

09:40:49 24   maintenance was performed during that rig move?

09:40:51 25   A.    Yes.  I've seen a rig move work list that they had, and

OFFICIAL TRANSCRIPT

09:40:54 1    that was the total of maintenance they were doing on that rig

09:40:58 2    move.

09:40:59 3    Q.   Did that include the BOP maintenance?

09:41:02 4    A.   Yes, it did.

09:41:02 5    Q.   Look at the next two lines where we see UWILD and special

09:41:07 6    periodic surveys.  And UWILD is what you have been referencing.

09:41:10 7    And please tell the judge, what does the ABS require for hull

09:41:14 8    inspections of the vessel?  So the marine inspections, what is

09:41:17 9    the ABS requirements?

09:41:18 10   A.   So every two -- about two and a half years, you're

09:41:20 11   required to do a major inspection of the hull.  The rules state

09:41:24 12   you can either do that in a drydock, so physically take the rig

09:41:28 13   to a dock and drain the water out so you can see the pontoons,

09:41:32 14   or you can it with divers and ROVs, remotely operated vehicles,

09:41:39 15   in what's called a *UWILD*, underwater inspection in lieu of

09:41:43 16   drydock.

09:41:43 17        You do that about every two and a half years.  At the

09:41:46 18   five-year point, that UWILD lines up with an SPS period where

09:41:50 19   you do more -- more equipment inspections and kind of top side

09:41:55 20   inspections as well.

09:41:57 21   Q.   Was the Transocean *Deepwater Horizon* current on its

09:42:00 22   underwater inspections in lieu of drydock, UWILD?

09:42:04 23   A.   Yes, it was.

09:42:05 24   Q.   Mr. Webster told the Court that Transocean, as an

09:42:09 25   operator, could not possibly have properly maintained the

**OFFICIAL TRANSCRIPT**

09:42:12 1    equipment and safety systems on board the vessel and subsea

09:42:16 2    without the required drydock and shipyard overhaul period.  Is

09:42:19 3    he right?

09:42:20 4    A.    He's completely wrong.

09:42:22 5    Q.    Let's look at the actual ABS rules for the MODU code --

09:42:27 6    ABS rules for MODU, TREX-44070, I think this is on page 147.

09:42:32 7          What does the ABS say with respect to drydocking?

09:42:37 8    A.    Basically, this is what I was just talking about.  It

09:42:40 9    says, "Underwater inspections by diver equivalent to a drydock

09:42:45 10   survey may be carried out at each drydocking survey up to

09:42:51 11   Special Survey Number 4."

09:42:52 12         So Special Survey Number 4 is about a 20-year point.

09:42:53 13   So every five years you go through a special survey, and they

09:42:57 14   just number them one to five plus.

09:42:59 15         So at the fourth one, which is about 20 years, by the

09:43:03 16   next one, the fifth one, the idea is to go to a drydock with a

09:43:08 17   hull like this.  So it's 20 plus years before you really

09:43:12 18   actually have to take it to a drydock because we have alternate

09:43:16 19   inspection mechanisms.

09:43:16 20   Q.    With respect to rig equipment maintenance, is there any

09:43:20 21   difference between drydock and UWILD?

09:43:23 22   A.    No, there is not.

09:43:23 23   Q.    With respect to the blowout preventer, is there any

09:43:27 24   difference between UWILD and drydock?

09:43:31 25   A.    No, there's no difference.

**OFFICIAL TRANSCRIPT**

09:43:31  1    Q.    Why not?

09:43:33  2    A.    The blowout preventer is on the rig between rig moves and

09:43:35  3    we maintain it at that point.  We don't need to go to a

09:43:39  4    shipyard to maintain a blowout preventer.

09:43:41  5    Q.    We can go back to our timeline then.  Given that she was

09:43:42  6    nine years old in 2010, what was the proper schedule for the

09:43:47  7    *Deepwater Horizon* to be actually lifted up and drydocked under

09:43:50  8    ABS rules?

09:43:51  9    A.    It wouldn't happen for least another ten, maybe even

09:43:54 10    15 years.

09:43:54 11    Q.    Is that consistent with your other experience, designing

09:43:57 12    and overseeing deepwater rigs?

09:44:00 13    A.    This is the typical scenario for every offshore drilling

09:44:04 14    rig.

09:44:04 15    Q.    When was the most recent underwater, what is it,

09:44:08 16    underwater --

09:44:09 17    A.    -- inspection in lieu of drydock.

09:44:11 18    Q.    Underwater inspection in lieu of drydock, when was the

09:44:14 19    most recent for the *Deepwater Horizon*?

09:44:18 20    A.    It was September of 2009.

09:44:18 21    Q.    Was she scheduled for a special periodic survey?

09:44:21 22    A.    That was scheduled for 2011.

09:44:23 23    Q.    You told us that significant maintenance is done during

09:44:27 24    every rig move.  Do you also do maintenance during the

09:44:31 25    underwater inspections in lieu of drydock?

**OFFICIAL TRANSCRIPT**

09:44:33 1   A.   Yes, we do.

09:44:34 2   Q.   Let's look at TREX-36031, the cover page.

09:44:42 3        And I can ask you, Mr. Ambrose, what this is?

09:44:44 4        36031.  There we go.

09:44:50 5        What's this?

09:44:52 6   A.   It's looks like the *Horizon*'s UWILD in between well

09:44:57 7   maintenance plan for Kodiak, which was the well prior to

09:45:00 8   Macondo.

09:45:00 9   Q.   In the interest of time, we will not go through the detail

09:45:05 10  of the rig move maintenance or the SPS maintenance.  Let's just

09:45:11 11  take a look and focus on the UWILD, since this was one of the

09:45:15 12  most recent things for the *Deepwater Horizon*.  And let's go to

09:45:18 13  page 2.

09:45:21 14       Does this accurately reflect the work performed on

09:45:25 15  the blowout preventer during the most recent underwater in lieu

09:45:29 16  of drydock survey of the *Deepwater Horizon*?

09:45:30 17  A.   Yes.  I think there were some more items as well on the

09:45:36 18  other pages, but, yes, this is kind of things you would do to a

09:45:40 19  BOP that's routine between well maintenance.

09:45:42 20  Q.   What is Item Number 2 mean?

09:45:44 21  A.   So when we bring a BOP back to surface, before we start

09:45:51 22  taking it apart for maintenance, we do what's called a *full*

09:45:54 23  *function test* to see if there are any issues while it's on the

09:45:57 24  surface, and then address those issues during that maintenance

09:46:00 25  period as well.

**OFFICIAL TRANSCRIPT**

09:46:00 1  Q.   How, if at all, is the OEM, original equipment

09:46:09 2  manufacturer, involved in this kind of evaluation of the

09:46:12 3  blowout preventer?

09:46:12 4  A.   At times we'll bring them out to do some of the work,

09:46:15 5  particularly if we need to make a correction to the software or

09:46:19 6  some other major change.  They may have been out on this period

09:46:23 7  to do some of the -- just assist with some of the maintenance.

09:46:25 8  Q.   Item 4, "Dry fired EDS," what does that mean?

09:46:35 9  A.   Dry fired means they put the signals to it so that it

09:46:37 10 would go through the EDS sequence, the emergency disconnect

09:46:41 11 sequence, to make sure all the solenoids that were suppose to

09:46:45 12 fire during that sequence fired.

09:46:47 13 Q.   All right.  And, "Opened and inspected rams and replaced

09:46:52 14 all rubber goods."

09:46:54 15      MR. DEGRAVELLES:  Your Honor, let me object.  We have

09:46:57 16 gone into BOP issues.  And Transocean had a witness,

09:47:02 17 Greg Childs, who spent a day and a half talking about every

09:47:05 18 aspect of the BOP, including BOP maintenance.  This is

09:47:08 19 cumulative.  And we object.

09:47:10 20      THE COURT:  I think we are getting to an area that's

09:47:13 21 fairly cumulative of what we heard before in this case.  So I'm

09:47:17 22 going to sustain the objection.

09:47:21 23      MS. CLINGMAN:  Absolutely, Your Honor.

09:47:21 24 BY MS. CLINGMAN:

09:47:27 25 Q.   Mr. Ambrose, let's skip, then, to -- let's take a quick

**OFFICIAL TRANSCRIPT**

09:47:31 1    look at the special periodic survey.

09:47:33 2          Let me ask you this, though, during the UWILD, we

09:47:35 3    were looking at the BOP maintenance, are the other systems also

09:47:38 4    subject to maintenance during the UWILD period?

09:47:41 5    A.   Sure.  We'll have access to a lot of the equipment, and

09:47:44 6    we'll do the major maintenance during those periods of time.

09:47:47 7    Q.   Just reviewing those briefly, then, we won't go into

09:47:53 8    detail, at that time, the marine integrity of the vessel

09:47:55 9    assessed?

09:47:56 10   A.   Yes.  It's part of the ABS survey.  They'll look at skin

09:48:02 11   valves and other things with regards to the marine systems

09:48:05 12   during that period.

09:48:05 13   Q.   Engines and power generators?

09:48:09 14   A.   That would be part of the annual certificate survey.  I

09:48:12 15   can't remember if it was exactly done during the UWILD, but

09:48:15 16   that's an annual survey.

09:48:15 17   Q.   DP systems and thrusters?

09:48:20 18   A.   Yes.

09:48:20 19   Q.   Going back to our timeline, the bottom row -- I believe

09:48:23 20   this is demonstrative 6739 -- what does the bottom row reflect?

09:48:30 21   A.   The bottom row is the international safety management

09:48:33 22   certificate that we -- every year you're audited for the ISM

09:48:39 23   code, and so those are the annual certificates for those.

09:48:41 24   Q.   And I believe -- I was not in the courtroom yet.  I

09:48:46 25   believe David Young testified about audits of the ISM code and

**OFFICIAL TRANSCRIPT**

5989

09:48:50  1    auditors, so let's not go through that in detail.

09:48:53  2            Let me ask you if you know any of the official DNV

09:48:58  3    ISM inspectors?

09:48:59  4    A.    I've met Dave McKay before.

09:49:01  5    Q.    He interviewed you as part Transocean's ISM compliance?

09:49:07  6    A.    Yes, he did.

09:49:07  7    Q.    How did you find David McKay to be as an auditor?

09:49:11  8    A.    He asked really good questions and gets into some depth.

09:49:13  9    Q.    Was the *Deepwater Horizon* compliant with the ISM code

09:49:17 10    throughout her life?

09:49:17 11    A.    Yes.

09:49:23 12    Q.    Thank you.  You may take that down.

09:49:26 13            You testified earlier that the best evidence of the

09:49:28 14    rig condition would be the people who were on board and then

09:49:32 15    the records of ModuSpec assessment and the RMS report; is that

09:49:36 16    right?

09:49:36 17    A.    Yes.

09:49:37 18    Q.    Looking first at ModuSpec, I believe you said they came in

09:49:43 19    at the request of Transocean independently to evaluate the

09:49:46 20    condition of the *Deepwater Horizon*.

09:49:48 21    A.    Yes.  We asked them to do of that.

09:49:50 22    Q.    And what drove the timing?  Why was ModuSpec inspecting

09:49:55 23    the rig in April 2010?

09:49:57 24    A.    Well, she was scheduled to go to an SPS in 2011, so that's

09:50:03 25    a pretty extensive period where we shut the rig down and we do

**OFFICIAL TRANSCRIPT**

09:50:07 1    maintenance.  We typically like to do that audit about a year

09:50:11 2    out so that we could see if there was anything we need to

09:50:13 3    address more significant than maybe what's in our preventive

09:50:16 4    maintenance system.

09:50:17 5    Q.    Let's look at TREX-3285, pages 3 to 6.

09:50:26 6          Mr. Ambrose, in going into an audit like this, is

09:50:28 7    your intention to be very thorough, to identify anything that

09:50:32 8    can be maintained at the upcoming period?

09:50:33 9    A.    Yes.  It's a in-depth inspection where we actually open

09:50:37 10   equipment to take measurements and really look at things.

09:50:40 11   Q.    If I were to highlight each of these pages of the table of

09:50:43 12   contents in the scope of the audit, would we see that this was

09:50:47 13   a top-to-bottom audit of the *Deepwater Horizon* and all of her

09:50:51 14   systems?

09:50:51 15   A.    Yes.  The only thing that wouldn't be in this is the hull,

09:50:55 16   so every equipment, all the top sides, all the drilling

09:51:00 17   equipment, marine systems, would be except for the structure.

09:51:05 18   Q.    Now, Mr. Webster relied on only a few findings of this

09:51:11 19   report, so I want to address those for the Court.  And first --

09:51:14 20   you can take that down.  Thank you so much.

09:51:16 21         First, let's look at the riser recoil system.  What

09:51:19 22   is the riser recoil system?

09:51:22 23   A.    You can view it as a shock absorber.  So if you conduct an

09:51:27 24   emergency disconnect, you're pulling tension on the riser to

09:51:30 25   keep it straight and so there is stored energy, and when you

5991

09:51:35 1   let go with the LMRP, the emergency disconnect, the whole thing

09:51:36 2   is going to want to move up pretty quick.  So the recoil system

09:51:41 3   prevents that recoil from hitting -- closing the slip joint and

09:51:45 4   hitting the bottom of the rig.

09:51:46 5   Q.   Mr. Ezell mentioned that EDS could harm someone in the

09:51:51 6   moon pool.  Is that what you're talking about, that recoil?

09:51:55 7   A.   Yes.  It could damage some things in the moon pool.

09:51:57 8   Q.   Would an issue with the riser recoil -- what do you call

09:52:01 9   it, *tensioner*?

09:52:03 10  A.   The tensioner is closing and hitting the --

09:52:05 11  Q.   Would an issue with that affect whether the rig crew could

09:52:09 12  perform an emergency disconnect?

09:52:11 13  A.   No, it wouldn't stop an emergency disconnect from

09:52:15 14  happening.

09:52:15 15  Q.   If we can look at TREX-3285, page 45, cull-out 1.

09:52:20 16        This is the finding that Mr. Webster showed the

09:52:23 17  Court.  He said, and the finding itself says at the outset, "It

09:52:25 18  is a critical system used to slow the ascent of the riser and

09:52:29 19  prevent damage to the rig, riser and LMRP."

09:52:32 20        Do you agree with that?

09:52:33 21  A.   That's the intent of the system, yes.

09:52:35 22  Q.   I'm sorry.  Can we see that one more time.

09:52:39 23        And the issue is, "Some of the tensioner rods have

09:52:43 24  been changed out with new rods without machined grooves, which

09:52:47 25  in turn have disabled the automatic function."

**OFFICIAL TRANSCRIPT**

09:52:49 1          Now we can take it down.

09:52:51 2          Mr. Webster testified this was a major deficiency.

09:52:55 3     Is that correct?

09:52:56 4     A.   We want these systems to work.  This particular one, if

09:53:01 5     recollection -- because I was involved in design of it, had

09:53:04 6     grooves in the rods.  The rods had some coating issues over the

09:53:07 7     years, so they were replacing them with a better coating design

09:53:10 8     and some of the rods didn't have those grooves so.

09:53:14 9          You need two out of six rods to have those grooves

09:53:18 10    for the system to work with the automatic valves that would

09:53:22 11    choke flow off.  They would just turn based on the stroke of

09:53:26 12    the tensioners.

09:53:26 13         But there was a backup orifice that would prevent

09:53:30 14    fluid from flowing too fast and giving a secondary cushion, if

09:53:34 15    necessary, if those valves didn't work for whatever reason.  So

09:53:37 16    there was a backup within that system.  The automatic may have

09:53:41 17    needed to be corrected.

09:53:41 18    Q.   When you were an engineer at Transocean earlier on, did

09:53:47 19    you do any work with risers, in the capacity of risers?

09:53:50 20    A.   I did riser design and analysis for five or six years.

09:53:52 21    Q.   Did you also do riser design and analysis specifically for

09:53:59 22    the *Deepwater Horizon*?

09:53:59 23    A.   I did.

09:53:59 24    Q.   Did the riser tensioners have anything to do with the

09:54:03 25    incident of April 20?

**OFFICIAL TRANSCRIPT**

09:54:03 1    A.    No, they didn't.

09:54:05 2    Q.    Mr. Webster also looked at spare ram blocks, and let's

09:54:09 3    look at that.  TREX-3285, page 45, cull-out 3, which I think is

09:54:14 4    the PSC cull out.

09:54:17 5          He also based his opinion about the condition of the

09:54:20 6    rig on some spare ram blocks.  And just briefly, are these

09:54:24 7    blocks in use?

09:54:24 8    A.    No.  They would be stored somewhere on the rig.

09:54:28 9    Q.    Is this work internal or external to the blowout

09:54:33 10   preventer?

09:54:33 11   A.    It's external.  They are not on the BOP.

09:54:35 12   Q.    What's the issue?

09:54:38 13   A.    It looks like they had the rams stored somewhere in the

09:54:41 14   weather, and so the inspectors were saying they needed to move

09:54:45 15   them under protective cover and then coat them.

09:54:48 16   Q.    There are spares by definition.  Were they in use on the

09:54:54 17   *Deepwater Horizon*?

09:54:54 18   A.    No.

09:54:54 19   Q.    Mr. Webster said that having these spares in need of

09:54:59 20   painting was a violation of the ISM code.  Is that correct?

09:55:02 21   A.    No, that's not correct.

09:55:03 22   Q.    Mr. Webster also relied upon the panel purge function

09:55:06 23   finding of the ModuSpec audit report.  What is the purpose of

09:55:09 24   the purge air system on the blowout preventer control panel?

09:55:14 25   A.    Rigs have different categories of areas, explosion-proof

**OFFICIAL TRANSCRIPT**

09:55:17  1    and non-explosion-proof areas, and so the zone -- the drill

09:55:23  2    floor is a hazardous zone for gas.  And so you have to have

09:55:26  3    electrical components that have purge in them.  You pull air

09:55:30  4    from a safe area and you push it into the panel so there is

09:55:33  5    always positive air come out and gas can't get in and create an

09:55:38  6    explosion with the electronics.

09:55:39  7          So, in the case, the BOP panel -- it was a bit of a

09:55:42  8    redundancy because the BOP panel itself was in the drill shack,

09:55:47  9    and the drill shack itself is a purged area, a safe zone.

09:55:50 10          There were other electronic devices within that area

09:55:55 11    that were non-EX, non-explosion proof, because the drill shack

09:55:59 12    itself is a purged zone.  You had kind of a redundancy here of

09:56:04 13    the BOP panel being in.

09:56:05 14    Q.   Let's look at what Mr. Webster relied on.  It's TREX-3285,

09:56:07 15    page 50, cull-out 1.

09:56:11 16          Is this what you were just speaking about?

09:56:12 17    A.   Yes.  What we saw when we looked at the records is that

09:56:16 18    they were actually fixing this.  It's not something you wanted

09:56:20 19    to open up and repair while the BOP is subsea, because if you

09:56:23 20    make a mistake, you can black the BOP out.  And you don't want

09:56:28 21    to do that while you're operating.

09:56:30 22          So it was working.  They need to repair the door seal

09:56:33 23    and looked like the pump that was in the purge.  But again, the

09:56:36 24    drill shack itself was purged, so there was no safety issue

09:56:39 25    with regards to this.

**OFFICIAL TRANSCRIPT**

09:56:40  1    Q.    Would that issue have impacted the ability to operate the

09:56:45  2    blowout preventer subsea?

09:56:47  3    A.    No.

09:56:47  4    Q.    What is the diverter assembly?

09:56:51  5    A.    The diverter, view it like a big donut that closes

09:56:56  6    underneath the rig floor, and there are lines that go out.  If

09:56:59  7    you have a blowout or gas coming up your riser, it will divert

09:57:03  8    flow to the sides of the rig or to the mud-gas separator.

09:57:06  9    Q.    Mr. Webster culled out this issue with the diverter

09:57:11 10    assembly, TREX-3285, page 54, cull-out 1.

09:57:18 11          Does this reflect that the diverter assembly was,

09:57:23 12    during the ModuSpec inspection function test, that it closed?

09:57:26 13    A.    Yes.

09:57:27 14    Q.    Is the close time appropriate?

09:57:29 15    A.    Sixteen seconds is normal.

09:57:30 16    Q.    What is the issue flagged with respect to the diverter

09:57:34 17    assembly?

09:57:37 18    A.    It had nothing to do with diverter itself functioning.

09:57:40 19    It's when you lined the diverter up to go -- line the flow line

09:57:44 20    either to go to the trip tank, which is a way you can measure

09:57:47 21    the well returns, or to go down to shakers, the light was --

09:57:51 22    seems like it was miswired or backwards or showing incorrect.

09:57:55 23    So they needed to fix that.  It had nothing to do with the

09:57:58 24    function of the diverter itself.

09:57:59 25    Q.    Was the diverter assembly used during the incident of

**OFFICIAL TRANSCRIPT**

09:58:02  1   April 20?

09:58:03  2   A.    It was.

09:58:04  3   Q.    Did it function?

09:58:05  4   A.    It did.

09:58:06  5   Q.    Let's to go that same page -- same document, 3285,

09:58:12  6   page 55, cull-out 1.

09:58:14  7           This is actually the same document, and what does it

09:58:17  8   say about the diverter?

09:58:20  9   A.    It says the diverter was in good condition.

09:58:23  10  Q.    Is that consistent with what you found?

09:58:27  11  A.    Yes.  It functioned that night.

09:58:30  12  Q.    Before I move on from this report that was made the month

09:58:34  13  of the incident, I want to ask you about something that

09:58:37  14  Mr. Webster did not highlight.  Let's look at TREX-3285,

09:58:42  15  page 88, cull-out 1.

09:58:43  16          This is a review of the gas detection system.

09:58:50  17          "Gas detection system was visually inspected in

09:58:53  18  combination with the fire detection system.  It was found to be

09:59:03  19  well maintained and in good condition.  The mimic pages were

09:59:08  20  reviewed and there were no detectors either in fault or

09:59:12  21  inhibited condition other than units being serviced.  A review

09:59:16  22  of maintenance indicates the gas system was being tested

09:59:19  23  regularly and calibrated with excellent work order noted being

09:59:19  24  recorded."

09:59:23  25          Did you also find the gas detection system on the

OFFICIAL TRANSCRIPT

09:59:26 1   *Deepwater Horizon* to be in good condition?

09:59:28 2   A.   During the course of the investigation, we looked to this

09:59:32 3   document to verify what was the condition, and it says that

09:59:35 4   they tested it.  It said that they looked into the screens,

09:59:39 5   that's what the mimic screens are, so they went to the bridge

09:59:42 6   and looked at the screens and they didn't see any inhibits

09:59:46 7   except for those sensors that are being maintained.

09:59:48 8        As I said earlier, you're going to have some that

09:59:50 9   you're maintaining at all times.  You need the inhibit those so

09:59:54 10  you don't get false alarms while you are maintaining them.

09:59:56 11       It looked to us like it was in good order.  And we

09:59:59 12  know form witness statements that night that the system

10:00:01 13  identified and functioned.

10:00:02 14  Q.   We spoke earlier about RMS report, that's the printout

10:00:16 15  from the maintenance system as it existed on April 19, 2010,

10:00:19 16  right?

10:00:19 17  A.   Yes.

10:00:20 18  Q.   That's the one that identified the 222 maintenance items?

10:00:26 19  A.   Yes.

10:00:26 20  Q.   Let's look at TREX-664.

10:00:35 21       You understand this as well as anyone.  Overall -- I

10:00:39 22  think you might have already said.  Have you reviewed this

10:00:42 23  report from April 19, 2010?

10:00:43 24  A.   Yes, I did.

10:00:44 25  Q.   Is this specific to the *Deepwater Horizon*?

**OFFICIAL TRANSCRIPT**

10:00:45 1    A.    Yes.  It's the morning before.

10:00:47 2    Q.    What does it tell you?  What does it show?

10:00:50 3    A.    It basically gives you a list of all the work that was

10:00:53 4    done that day on the 19th, then what items were overdue, any

10:00:57 5    bulletins or alerts that needed to be addressed.

10:01:06 6          Again, it gives you a snapshot picture of the

10:01:06 7    maintenance system.

10:01:06 8    Q.    Did you review the 222 outstanding maintenance items?

10:01:07 9    A.    I did.

10:01:08 10   Q.    We will not go through them.

10:01:11 11         Let me ask you to tell the Court generally what you

10:01:12 12   found with respect to the 222 pending maintenance items?

10:01:16 13   A.    We looked each one.  To really understand them, you have

10:01:21 14   to go through the notes, and you have to understand the

10:01:23 15   criticality of the different systems that they were

10:01:25 16   representing.

10:01:26 17         We found that about 10 percent of them, if you looked

10:01:28 18   through the notes, the work had actually been done.  They were

10:01:31 19   waiting on some documentation to close them out, which is

10:01:34 20   normal.  So the work was done, but not -- but not closed yet.

10:01:38 21         A little less than 30 percent of them were parts that

10:01:43 22   they had ordered or things that they had actually sent to town

10:01:47 23   to be overhauled by an OEM.

10:01:49 24         So they were corrective type orders, things that

10:01:52 25   weren't on the rig, or parts that they thought they might need,

**OFFICIAL TRANSCRIPT**

10:01:55  1   so they had ordered some things.

10:01:56  2          Then the balance were -- you had about 10 percent,

10:01:59  3   which is what we would call *critical items* -- or *safety items*

10:02:03  4   that they needed to address.  Those in themselves weren't --

10:02:08  5   they weren't something you would stop the rig for, if that

10:02:14  6   makes sense.  They were smaller items.

10:02:16  7   Q.   But they were important?

10:02:17  8   A.   Yes.

10:02:17  9   Q.   I think you might have missed one of the percentages.  Let

10:02:21 10   me add them up.

10:02:23 11          You said 30 percent, parts orders for equipment not

10:02:26 12   in use, not on the rig; 10 percent, done but not closed out in

10:02:30 13   the system; 10 percent, safety items needing repairs, but not

10:02:34 14   needed for safe operations.

10:02:37 15          That leaves 50 percent.

10:02:38 16   A.   The balance is what we'd call *low priority items*, things

10:02:41 17   that are not major.

10:02:42 18   Q.   Mr. Webster used a demonstrate, 3098, to discuss this

10:02:49 19   report.  He showed up at the top the 222 out of 13,000

10:02:54 20   maintenance tasks in the RMS, do you see that?

10:02:56 21   A.   Yes.

10:02:57 22   Q.   Can we cull out the language?

10:02:59 23          Do you see that?

10:03:01 24   A.   Yes.

10:03:02 25   Q.   All right.  Then Mr. Webster represented that there were

**OFFICIAL TRANSCRIPT**

10:03:06  1    additional jobs awaiting parts of 115; is that correct?

10:03:08  2    A.    No.  The 115 were a subset of the 222.  They are not --

10:03:14  3    you don't add them together.  It's -- one is a subset of the

10:03:17  4    other.

10:03:17  5    Q.    That 115 are what you described as the either orders for

10:03:22  6    parts or low priority items?

10:03:24  7    A.    A lot of them were, yes.

10:03:26  8    Q.    Can you give us a couple examples of what you consider to

10:03:30  9    be a low priority item that were on the RMS spreadsheet for

10:03:35 10    April 19th?

10:03:36 11    A.    Sure.  Yeah, there are things -- there were several jobs

10:03:37 12    for the welder, for instance, to make some brackets to hang

10:03:39 13    some stuff on a wall.

10:03:40 14          There was a vacuum system on one of the toilets that

10:03:44 15    needed to be repaired in one of the state rooms.

10:03:47 16          So there were some things like that on there, minor

10:03:49 17    stuff.

10:03:49 18    Q.    Do you have an example of parts orders for equipment not

10:03:53 19    in use?

10:03:53 20    A.    They had sent to shore some things to be overhauled.  I

10:03:58 21    think one of them was the governors for the engines.  They had

10:04:03 22    a unit exchange program going on; so, some things were sent to

10:04:07 23    shore to be overhauled by the OEM, and they would come back to

10:04:09 24    rig.

10:04:09 25    Q.    Do you have an example of something where the work had

**OFFICIAL TRANSCRIPT**

10:04:16  1    been done, but the actual computer or corporate computer entry

10:04:20  2    had not been closed out?

10:04:21  3    A.    There was two line items in there.  One was for the

10:04:25  4    24,000-hour engine overhaul.  They had ordered the initial

10:04:27  5    parts off of that job to do the 24,000-hour engine overhaul.

10:04:32  6            There was another line item that was part of that job

10:04:35  7    order, where a Wartsila engineer was brought out to do the

10:04:38  8    work.  Those two hadn't been closed.

10:04:41  9            Our best -- we know that they were closed from an

10:04:43 10    audit finding, and they were signed off as having been done.

10:04:47 11    They were done in March.  They were likely waiting for the

10:04:50 12    close-out paperwork from Wartsila in order to close out the job

10:04:57 13    in the system.

10:04:57 14    Q.    So without taking the Court through all of the items

10:05:12 15    individually, what generally did you find?

10:05:14 16    A.    For the most part, it was low priority items, so you have

10:05:19 17    to understand that when you look at number of 222, or were

10:05:24 18    things that were pending close-out just for some paperwork.

10:05:26 19            Nothing I saw on that list would say stop this rig.

10:05:30 20    There was nothing major along those lines.

10:05:33 21    Q.    Did any of the 222 items play a role in the incident of

10:05:38 22    April 20?

10:05:38 23    A.    No, they did not.

10:05:42 24    Q.    Okay.  Let's switch topics.  You said that those two

10:05:51 25    documents we just went through are the best indication of the

**OFFICIAL TRANSCRIPT**

10:05:54  1    rig's condition at the time.

10:05:57  2          Mr. Webster also went back in time and pulled some

10:06:00  3    entries from the stacks of maintenance records, so I'd like to

10:06:05  4    track his thinking for a moment and have you explain some of

10:06:07  5    the things to the Judge.

10:06:08  6          So let's go to the beginning.  When you were in new

10:06:12  7    builds in naval architecture, how long did it take to build the

10:06:17  8    *Deepwater Horizon*?

10:06:18  9          For this, we can look at demonstrative 6736.

10:06:24 10          Bill, can you tell us how long it took to build this

10:06:26 11    rig?

10:06:29 12          I think this is going to animate.

10:06:30 13    A.    From engineering all the way to the completion was two and

10:06:34 14    a half, maybe even closer to three years.  It's a pretty

10:06:37 15    extensive process.

10:06:38 16          The pictures you see here, you saw the pontoons next

10:06:42 17    to the upper hull.  It was the heaviest lift in the world.

10:06:47 18    They had to jack the hull up.  It was like 13,000 tons, where

10:06:52 19    they had lifted the hull and placed it on top of pontoons, so a

10:06:55 20    pretty mammoth task.

10:06:55 21    Q.    Was the customer involved in the process?

10:06:57 22    A.    Uh-huh (affirmative response), absolutely, all the way.

10:06:59 23    Q.    Did the operator specify the configuration of the blowout

10:07:03 24    preventer stack?

10:07:03 25    A.    Yes.  It was Vastar at the time.  Subsequently, BP.  But

**OFFICIAL TRANSCRIPT**

10:07:08  1  there were sign-off documents on all the rig systems and the

10:07:12  2  design of those systems.

10:07:13  3  Q.    Did the customer specifically inspect and approve the

10:07:20  4  *Horizon*?

10:07:20  5  A.    Yes.

10:07:20  6  Q.    What process did the customer use to do that?

10:07:23  7  A.    When the rig arrived in the Gulf of Mexico in 2001, there

10:07:27  8  was an on-hire survey, just our name for it, but there was an

10:07:32  9  audit done of the rig to make sure that it was ready to go to

10:07:35 10  work.

10:07:35 11  Q.    TREX-6164.

10:07:37 12         I believe this is the BP integrated acceptance audit.

10:07:42 13  Is this the customer rig acceptance audit?

10:07:47 14  A.    Yes, it was.

10:07:47 15  Q.    What is the purpose of a rig acceptance audit?

10:07:49 16  A.    It's their due diligence to make sure that the rig is

10:07:53 17  ready to go to work for a new-build rig.

10:07:59 18  Q.    Let's look at page 2, cull-out 1.

10:08:00 19         Is there a team of BP auditors that came out to the

10:08:04 20  *Deepwater Horizon*?

10:08:07 21  A.    Yes, this is the list of them.  You can see Norman Wong

10:08:11 22  was there.  He's the guy that runs their inspection, rig

10:08:14 23  inspection group.

10:08:14 24  Q.    Did BP accept the rig and put it to work?

10:08:18 25  A.    Yes, the rig went to work a few weeks later.

**OFFICIAL TRANSCRIPT**

10:08:21  1    Q.    Mr. Webster looked at TREX-6164, page 5, cull-out 1.

10:08:26  2          This was before the rig went into operation, right?

10:08:30  3    A.    Yes.

10:08:30  4    Q.    He was concerned about the fire and gas system because of

10:08:34  5    this statement in the audit.  You mentioned earlier this

10:08:41  6    detection system worked on April 20th.

10:08:43  7          Is Mr. Webster correct that this 2001 audit revealed

10:08:48  8    some deficiency with the alarm system on the rig?

10:08:52  9    A.    I would say no.  One, it was a long time ago, so it's not

10:08:56 10    really a representation of what the rig was like during -- at

10:08:58 11    the time of the incident.

10:09:00 12          Two, any time you come out of -- you know, build a

10:09:03 13    rig, you're going to have things you need to address to get the

10:09:05 14    systems all up and running.

10:09:07 15          This rig was still going through its commissioning

10:09:09 16    period, so this is kind of an expected finding, something you

10:09:13 17    need to clean up before you go to work.

10:09:15 18    Q.    Then the last sentence -- or second to last sentence:

10:09:19 19    "The system should be fully operational and functioning in

10:09:22 20    accordance with the design cause and effect philosophy prior to

10:09:26 21    the engineer's departure."

10:09:27 22          Was it common to have OEM engineers onboard during

10:09:32 23    this, I guess, final close-out before a rig goes to work?

10:09:35 24    A.    Yes.  We would -- typically, we would have a lot of the

10:09:36 25    OEMs ride with the rig all the way to the Gulf of Mexico to

**OFFICIAL TRANSCRIPT**

10:09:39  1    close out items as we were -- you know, fine tune and close out

10:09:43  2    items as we were getting ready to go to work.

10:09:45  3    Q.    That's the only thing that Mr. Webster highlighted from

10:09:48  4    BP's acceptance audit.

10:09:50  5          Let's look briefly at TREX-6164, page 3, cull-out 1.

10:09:57  6          The summary, generally, to the rig:  "It's been a

10:09:59  7    pleasure to be on a rig on which the complete crew have strived

10:10:04  8    to become familiar with how their rig operates and worked hard

10:10:07  9    to make things operate so the complete package could progress

10:10:11  10   through integrated acceptance."

10:10:13  11         Did the document itself show that this was still in

10:10:14  12   preparation for launching operations?

10:10:15  13   A.    Yes.  This was a period right before we went to work.

10:10:19  14   Q.    Another document Mr. Webster relied on was the

10:10:26  15   West Engineering well control equipment testing.

10:10:30  16         Did West Engineering also do specific evaluation of

10:10:35  17   the blowout preventer and well control system before the rig

10:10:38  18   was ever put into operation?

10:10:39  19   A.    Yes.

10:10:40  20   Q.    Let's look at TREX-7691.

10:10:45  21         Are you familiar with this document?

10:10:48  22   A.    I am.

10:10:49  23   Q.    Who requested this report?

10:10:52  24   A.    Transocean did.

10:10:52  25   Q.    Do you know when it was prepared?

**OFFICIAL TRANSCRIPT**

10:10:56  1    A.    April of 2001.

10:10:57  2    Q.    Why at that time did Transocean request an assessment of

10:11:03  3    the BOP stack?

10:11:05  4          MR. DEGRAVELLES:  Objection.  We're going back into the

10:11:07  5    BOP again, and this was covered extensively by Mr. Childs.

10:11:10  6          THE COURT:  It was.  I sustain the objection.

10:11:10  7    BY MS. CLINGMAN:

10:11:23  8    Q.    Let me just ask you this.  The criticism that Mr. Webster

10:11:26  9    relied on from that, was that at a time, again, that the rig

10:11:28 10    was before transport to the Gulf and in operations?

10:11:32 11    A.    Yes, it was well before we ever put the rig in operations

10:11:37 12    and several months before it was going to arrive in the Gulf of

10:11:39 13    Mexico.

10:11:39 14    Q.    Let's move to 2002.

10:11:44 15          Mr. Webster also pulled up the DNV Deep W Horizon

10:11:50 16    Design Risk Assessment.  Let's looks at that, TREX-3134,

10:11:56 17    page 1.

10:11:56 18          Are you familiar with this document?

10:11:57 19    A.    Yes.

10:11:58 20    Q.    What was the purpose of this audit?

10:12:02 21    A.    This was to look to see what would it take to move the rig

10:12:05 22    over to the UK or Norway operating area.

10:12:07 23    Q.    Let's look at page 37, cull-out 1.

10:12:14 24          Mr. Ambrose, is it clear from the document itself

10:12:15 25    that this is regarding Norwegian law and Norwegian regulations?

**OFFICIAL TRANSCRIPT**

A.    Yes, it calls out North Sea and operations off the coast of Norway.  It refers to the Norwegian Petroleum Directorate. That's with the acronym NPD stands for.

Q.    Are there commonly known operational differences between the North Sea and the Gulf of Mexico?

A.    Yes, they have a different set of regulations.

Q.    Do Norwegian regulations have anything to do with drilling operations in the Gulf of Mexico?

A.    No.

Q.    Was Mr. Webster correct to be concerned about recommendations for compliance with Norwegian law?

A.    No, he was not correct.

Q.    I believe that takes us to 2005 in Mr. Webster's time line.

        Let's put this in context.  By 2005, do you know how many wells the *Deepwater Horizon* had drilled?

A.    I don't know.  Probably 25 or 30 or so.

Q.    It had worked for how many years?

A.    2005, it would have been four years old at that point.

Q.    Had the crew and the rig developed a reputation within Transocean?

A.    They were known as a very good rig inside the company.

Q.    Let's look at 2005, there was a BHP Billiton report, TREX-81, page 1.

        Mr. Webster testified that the rig was unseaworthy at

10:13:44 1  this time in 2005.  So we'll look at something that does have

10:13:46 2  detail in 2005.  What is this?

10:13:50 3  A.    The rig drilled a well for BHP.  So they -- that's another

10:13:53 4  customer of ours.  So they did their own due diligence survey

10:13:58 5  of the safety equipment on the rig before it went to work for

10:14:02 6  them.

10:14:02 7  Q.    Who did BHP Billiton rely on before they accepted the

10:14:07 8  *Deepwater Horizon* for service for BHP?

10:14:07 9  A.    ModuSpec.

10:14:11 10 Q.    Let's look at the scope, which is TREX-81, page seven,

10:14:14 11 cull-out 1.

10:14:14 12         What was the -- well, I'll just read it to you:  "The

10:14:18 13 purpose of the survey was to evaluate the condition of safety

10:14:22 14 critical equipment and review the management systems.  The

10:14:26 15 condition of safety-critical equipment was observed through

10:14:28 16 visual inspection, function testing and the PMS system as per

10:14:32 17 the available opportunities."

10:14:34 18         After the ModuSpec inspection for BHP in 2005, did

10:14:45 19 BHP accept this rig for work?

10:14:47 20 A.    Yes, it did.

10:14:48 21 Q.    Let's go to the next paragraph, TREX-81, page seven,

10:14:54 22 cull-out 2.  Oh, sorry, that is the cull out.

10:14:55 23         Did the ModuSpec inspectors have the access they

10:14:59 24 needed?

10:14:59 25 A.    I would assume, yes.  It says that they interrogated quite

**OFFICIAL TRANSCRIPT**

10:15:04 1   a bit and did -- you know, walked the rig and --

10:15:06 2   Q.   Mr. Webster's issue here was whether the auditors who came

10:15:09 3   out would have access to maintenance records.   So he implied

10:15:12 4   that BHP only accepted the rig because the rig crew did not

10:15:12 5   disclose maintenance records.

10:15:21 6          So let's look at the document itself with respect to

10:15:21 7   that concern of Mr. Webster.

10:15:21 8          We'll go to TREX-81, page eight, cull-out 1.

10:15:30 9          "The maintenance management system was based on

10:15:33 10  company-wide EMPAC software.   During this survey, we conducted

10:15:38 11  spot-checks and limited function testing of the equipment, with

10:15:42 12  random auditing of the maintenance management system."

10:15:45 13         Was EMPAC the system that the *Deepwater Horizon* was

10:15:47 14  operating at the time?

10:15:47 15  A.   Yes, it was.

10:15:48 16  Q.   Does it surprise you that the operator -- I mean, the

10:15:52 17  auditor, sorry, the ModuSpec auditor had access to the rig's

10:15:56 18  maintenance system?

10:15:56 19  A.   No, that's a normal part of audits.

10:15:59 20  Q.   Mr. Webster called out one specific finding from this

10:16:02 21  audit, which is TREX-81, page 11, cull-out one.

10:16:07 22         This refers to PM.   Again, preventive maintenance,

10:16:11 23  right?

10:16:11 24  A.   Yes.

10:16:11 25  Q.   What is this requesting?

**OFFICIAL TRANSCRIPT**

6010

10:16:16  1    A.    It appeared that they wanted to test the fire and gas

10:16:19  2    system prior to the maintenance period, the due date.

10:16:22  3    Q.    Was that closed out?

10:16:25  4    A.    Yes, it was.

10:16:26  5    Q.    Did the audit reach an overall conclusion about the rig?

10:16:30  6          Let's look at TREX-81, page eight, cull-out 2.

10:16:36  7          "We would like to thank rig management for their

10:16:39  8    extended cooperation in allowing access to the documentation

10:16:43  9    systems that made it possible to conduct a meaningful survey

10:16:46 10    within the scope.  Judging from the teamwork and attitude in

10:16:50 11    maintain" -- I assume that's maintaining -- "the rig, we were

10:16:52 12    confident that the crew will perform the job for BHP in the

10:16:57 13    safest possible manner."

10:16:59 14          After completing the survey, did BHP accept the rig

10:17:03 15    for service?

10:17:05 16    A.    Yes, it did.

10:17:05 17    Q.    After that well, did BP accept the rig to return back to

10:17:06 18    service for BP?

10:17:07 19    A.    Yes, it went back to service for BP.

10:17:08 20    Q.    Was the fire and gas detection system about which

10:17:11 21    Mr. Webster was concerned also separately inspected and audited

10:17:14 22    in 2005?

10:17:15 23    A.    It was.

10:17:15 24    Q.    Let's look at TREX-1192, page 30, cull-out 1.

10:17:20 25          This is a Transocean inspection maintenance audit.

**OFFICIAL TRANSCRIPT**

10:17:23 1    What was the results of the evaluation of the fire and gas

10:17:26 2    systems?

10:17:27 3    A.    They had a good rating, a three.

10:17:29 4    Q.    Okay.

10:17:36 5         THE COURT:  Is this a good time to take a break?

10:17:39 6         MS. CLINGMAN:  Sure.

10:17:40 7         THE COURT:  I mean, I don't know how much more you have

10:17:42 8    to go.

10:17:42 9         MS. CLINGMAN:  Pardon?

10:17:44 10        THE COURT:  Are you almost finished, or do you have a

10:17:47 11   ways to go?

10:17:47 12        MS. CLINGMAN:  I will finish before noon.  I am not

10:17:50 13   almost finished.

10:17:51 14        THE COURT:  Before noon?  We'll take a break.

10:17:55 15        THE DEPUTY CLERK:  All rise.

10:18:45 16        (WHEREUPON, at 10:18 a.m., the Court took a recess.)

10:39:38 17        THE DEPUTY CLERK:  All rise.

10:39:52 18        THE COURT:  Please be seated, everyone.

10:39:52 19           Okay.

10:39:52 20        MS. CLINGMAN:  Thank you.

10:39:52 21   BY MS. CLINGMAN:

10:39:55 22   Q.    Very quickly, I skipped an exhibit, Mr. Ambrose, I needed

10:39:58 23   to ask you about.  It's TREX-5102, an e-mail from Robert Tiano,

10:40:03 24   maintenance supervisor you referenced earlier.

10:40:05 25           Is this, rig move February 2010, is this attachment a

**OFFICIAL TRANSCRIPT**

10:40:14 1  spreadsheet of the maintenance done during the rig move to the

10:40:17 2  Macondo well?

10:40:17 3  A.   Yes, it was.

10:40:18 4  Q.   So we didn't go through that in detail, but you said this

10:40:22 5  maintenance was done during the rig move?

10:40:23 6  A.   Yes.

10:40:23 7  Q.   Thank you.

10:40:27 8       One other issue I forgot to ask you when we were

10:40:30 9  going through the organization chart onshore was the HSE

10:40:34 10 function.

10:40:34 11      So, very quickly, do you know Jerry Canducci?

10:40:39 12 A.   I do.

10:40:39 13 Q.   Are you familiar with Jerry Canducci's role as the

10:40:45 14 designated person for the *Deepwater Horizon* under the ISM Code?

10:40:49 15 A.   Yes.

10:40:50 16 Q.   What does he do as the designated person for the rig under

10:40:52 17 the ISM Code?

10:40:54 18 A.   ISM Code requires you to have somebody that is the focal

10:40:56 19 point that anybody in the company, offshore or onshore, can go

10:40:59 20 to, to have a direct link with senior management, if there are

10:41:02 21 issues.

10:41:03 22 Q.   Was he part of your organization when you were the

10:41:04 23 director of North America for Transocean?

10:41:06 24 A.   Yes.

10:41:07 25 Q.   Have you ever called on him about ISM issues?

**OFFICIAL TRANSCRIPT**

A.   He ran our ISM internal compliance audits.  So, yeah, I talked with him quite a bit with regards to those items each year.

Q.   Did he have access to the highest levels -- direct access to the highest levels of management?

A.   Yes.

Q.   Did the persons onboard the rig have access to Jerry Canducci, as the ISM designated person?

A.   Yes, they did.

Q.   How?

A.   Well, Jerry's picture was posted all over the rigs as the ISM designated person.  We also had an alternate.

So it was pretty well known who that person was, as well as he had a team that went regularly to the rigs and interacted with the rig safety training coordinators.  So, you know, there was a lot of interaction.

Q.   Just his picture, or also some contact information?

A.   All the contact details were there as well.

Q.   I just wanted to make sure.

Back to Mr. Webster.  Let's look at something else that Mr. Webster culled out from the 2005 ModuSpec.  It is TREX-75, page 13, cull-out 1.

Now, this is a little bit complicated.  Take us through the issue that relates to the setting for the combustible gas alarms.  They are set at 20 percent,

**OFFICIAL TRANSCRIPT**

10:42:29  1    60 percent, and it's recommended that they go to 20 percent,

10:42:35  2    40 percent.  What does this mean?

10:42:38  3    A.   First, let's talk about what does LEL mean.

10:42:42  4         LEL stands for lower explosion limit.  So when you

10:42:45  5    have a concentration of gas that reaches that limit, that's the

10:42:50  6    limit where it could actually explode.

10:42:51  7         Then the percentages are just 20 percent of the

10:42:53  8    weight of that, 60 percent of the weight of that.

10:42:56  9         So, by class rules, we set those limits.  Then we

10:43:00 10    test to those limits whenever we test the system.

10:43:03 11    Q.   Okay.  Do ABS rules govern these settings and set those

10:43:13 12    percentages?

10:43:14 13    A.   Yes.  In the ABS codes for building and classing MODU's,

10:43:18 14    it specifies -- I think at the time this rig was built, it was

10:43:21 15    25/60 were the two limits, 25 percent lower, and high high was

10:43:27 16    60 percent.

10:43:27 17    Q.   Let's look at the ABS rule briefly, which is TREX-44068,

10:43:33 18    page 35, cull-out 1, from the Rules for Building and Classing

10:43:38 19    MODU's.

10:43:40 20         What was the ABS standard on the setting of the fire

10:43:46 21    and gas sensors with respect to the LEL?

10:43:48 22    A.   There it is.  It's what I just was saying.  It's

10:43:51 23    25 percent and 60 percent.

10:43:52 24    Q.   So the ModuSpec recommendation would be to take that down

10:43:59 25    to 20/60 instead of 25/60, right?

**OFFICIAL TRANSCRIPT**

A.   They were recommending lowering the upper one down to

40 percent, I think, instead of 50 --

Q.   You're right.

A.   -- instead of 60.

          We think this really centered around -- to test the

sensors, you go around with a canister that has a certain mix

of gas, and you spay the sensors to see if they alarm.

          So we think the mix they were using was 50 percent

mix, and they were recommending lowering the upper limit to

that level of test gas.

Q.   So to be clear, we're looking at the ABS rule, which is

25/60, right?

A.   Yes.

Q.   Let's go back to the ModuSpec recommendation, TREX-75,

page 13.

          Looking at the first sentence, what were the

combustible gas levels set when ModuSpec reviewed them?

A.   20 percent and 60 percent.

Q.   Did that match the ABS requirement?

A.   Yes.  It's actually slightly conservative on the

20 percent instead of 25.

Q.   Mr. Webster said this was a very dangerous thing to lower

the limit.  Was the *Deepwater Horizon* within compliance with

the ABS setting?

A.   Yes.  I think he misunderstood what the issue was here,

**OFFICIAL TRANSCRIPT**

10:45:23 1    but they were within the rules.  They were looking at, should

10:45:29 2    they lower it for test gas reasons -- not increase, but go the

10:45:33 3    other direction and decrease.

10:45:34 4    Q.    Okay.  Now, ModuSpec, being a well respected auditor,

10:45:40 5    after they suggested a lower setting, do you know what

10:45:45 6    happened, if anything, at Transocean?

10:45:48 7    A.    We discovered, through the ModuSpec audit, that the

10:45:53 8    settings at the time of the incident were 20 percent and

10:45:55 9    50 percent, I believe, were the two numbers.  So they had

10:45:58 10   lowered down the upper range to the 50 percent.

10:46:00 11   Q.    So they had adjusted to something more conservative than

10:46:06 12   the required ABS setting?

10:46:11 13   A.    Yes.

10:46:11 14   Q.    What were the settings of these LEL percentages on

10:46:17 15   April 20, 2010?

10:46:17 16   A.    20 percent for the lower and 50 percent for the upper.

10:46:21 17   Q.    Setting the settings themselves aside, did you find

10:46:29 18   evidence that the alarms sounded on April 20, 2010?

10:46:33 19   A.    During the course of the investigation, we interviewed a

10:46:36 20   lot of people.  The witness statements are that most everybody

10:46:41 21   acknowledged that a general alarm went off and that alarms were

10:46:45 22   sounding on panels.

10:46:46 23   Q.    We have a demonstrative for which request I do not know

10:46:50 24   the number.

10:46:50 25             I think, Mr. Ambrose, did you review statements given

**OFFICIAL TRANSCRIPT**

10:46:53 1   by people within the first 24 hours after the incident?

10:46:58 2   A.    Yes, we did.   There were statements taken while people

10:47:01 3   were on the *Damon Bankston*.

10:47:03 4   Q.    What does this demonstrative represent?

10:47:08 5   A.    As part of the investigation, we were putting people --

10:47:10 6   identifying where people were on the rig at the time of the

10:47:12 7   incident.   So this demonstrative shows you, the dots indicate

10:47:16 8   where people were located.

10:47:17 9         The forward section of the rig is the accommodations

10:47:20 10  module.   It was at night, so a lot of people were in their

10:47:23 11  accommodations.

10:47:24 12        The yellow dots are people that voluntarily, when

10:47:29 13  asked, you know, what happened, acknowledged that they heard

10:47:33 14  general alarms and acknowledged -- some on the bridge,

10:47:36 15  obviously, saw alarms going off on the panels.

10:47:40 16  Q.    The green dots represent other persons onboard who gave a

10:47:46 17  statement but didn't mention alarms?

10:47:47 18  A.    Correct.

10:47:48 19  Q.    In the review and your internal investigation, did you

10:47:53 20  talk to additional people beyond these 27 listed who heard the

10:48:00 21  alarms?

10:48:00 22  A.    We talked to a lot of people.   I can't remember the exact

10:48:03 23  number, but the majority said that they heard alarms and heard

10:48:06 24  the general alarm.

10:48:07 25  Q.    Thank you.

**OFFICIAL TRANSCRIPT**

10:48:14 1          Mr. Webster only had one other grave concern in 2005,

10:48:18 2     which was this, TREX-1192, page 12, cull-out 2, from the

10:48:27 3     *Deepwater Horizon* rig assessment.

10:48:30 4          He raised this issue that there has been saltwater

10:48:35 5     intrusion into the thrusters, which is manageable, but three,

10:48:39 6     four, six are at or above the manufacturer's maximum allow

10:48:44 7     moisture content in the past.

10:48:47 8          Mr. Webster said to the Court that this could cause

10:48:51 9     oil to leak out and be a very dangerous situation.  Is that

10:48:56 10    right?

10:48:57 11    A.   No.  He's mistaken.  Oil won't actually leak out.  The

10:49:02 12    issue is that seawater can leak in.

10:49:04 13         You saw the propeller on the thruster in the one

10:49:07 14    picture.  It's the lip seal on the front face of that, that

10:49:10 15    causes this to happen.

10:49:12 16         You can get wave action that changes the pressure of

10:49:15 17    the thrusters.  It acts like a bit of a pumping action and

10:49:19 18    pushes seawater slightly into the gearbox.

10:49:22 19         So we do regular oil checks of that gear system and

10:49:26 20    filter seawater out of that gear system.

10:49:29 21         You know, I used to manage, as part of my maintenance

10:49:33 22    and technical support organization, a group of people that were

10:49:35 23    responsible for doing the unit exchange program for thrusters

10:49:35 24    worldwide.

10:49:40 25         I've never seen a thruster fail because of that lip

**OFFICIAL TRANSCRIPT**

10:49:42 1   seal with a minor amount of water coming in.  That's just not

10:49:46 2   something that happens.  So this was not a major issue.

10:49:47 3   Q.    Would it be repaired?

10:49:50 4   A.    Sure, we would have repaired that one at the next UWILD,

10:49:53 5   when we would take the thrusters off and do unit exchange at

10:49:57 6   the 10-year mark for the rig.

10:49:58 7   Q.    Okay.  Still looking at what Mr. Webster told the Court,

10:50:07 8   let's turn to the 2007 audit done by BP.

10:50:11 9        In doing this, I'm going to save time by skipping

10:50:15 10   largely the 2005 audit; but, let me ask you generally the

10:50:17 11   process for BP audits.

10:50:20 12        How often were they?

10:50:22 13   A.    They were pretty much annually.  I think they came out

10:50:25 14   about every 12 months.

10:50:26 15   Q.    Was there a process by which, after BP did the audit,

10:50:35 16   Transocean would have the opportunity to respond and then work

10:50:38 17   together with BP to close items that were found in the audit?

10:50:43 18   A.    Sure.  There was usually a tracking spreadsheet that was

10:50:46 19   put together after an audit that would have all the findings

10:50:49 20   and then who is responsible for doing what.

10:50:51 21        It also allowed a column where we could clarify.  So

10:50:54 22   if we think that the auditors misunderstood something that they

10:50:57 23   saw, we could -- we could pose a challenge to that particular

10:51:01 24   item to better explain what it was and whether or not we should

10:51:05 25   take any action on it.

**OFFICIAL TRANSCRIPT**

10:51:05 1      So that tracking spreadsheet is what was used until

10:51:09 2  all those items were then closed out.

10:51:12 3  Q.   Have you looked at the BP 2007 audit of the

10:51:14 4  *Deepwater Horizon* --

10:51:15 5  A.   I did.

10:51:16 6  Q.   -- and the tracking spreadsheet you just mentioned?

10:51:19 7  A.   Yes.

10:51:19 8  Q.   Would it surprise you that Mr. Webster told the Court that

10:51:23 9  the observations in that audit showed the rig to be in

10:51:26 10  deplorable condition?

10:51:27 11  A.   Yes.

10:51:27 12  Q.   Why?

10:51:30 13  A.   Again, in general, you're going to find things in audits;

10:51:33 14  but, a lot of these things, you can't look at just the audit.

10:51:38 15  You have to look at was it closed out.

10:51:39 16      I don't know that he ever looked at, you know, the

10:51:43 17  close-outs, but a lot of those items were taken care of, and

10:51:45 18  they needed to be; otherwise, you know, we would have stopped

10:51:47 19  the rig after the audit was done.

10:51:49 20  Q.   Let's take a look at the actual documents.  There are

10:51:55 21  several because we have the audit report and then the

10:51:57 22  spreadsheet.  Let's walk through them.

10:51:59 23      Let's start with TREX-3404.2.1.

10:52:04 24      This is BP's explanation of the documents:  "The

10:52:12 25  marine assurance audit was captured in the Common Marine

**OFFICIAL TRANSCRIPT**

10:52:15 1   Inspection Document, CMID, and a CMID annex.  As these reports

10:52:23 2   do not contain recommendations, any recommendations from the

10:52:27 3   marine assurance audit are recorded in this report.  A member

10:52:32 4   of the rig audit group will contact David Sims to discuss

10:52:37 5   progress on closing out the marine recommendations."

10:52:39 6            So, Mr. Ambrose, starting at the end, is this

10:52:42 7   consistent with what you described as there being a month or

10:52:45 8   two process to close out items?

10:52:47 9   A.    Yes.

10:52:47 10  Q.    Looking above, is this common that they would have a

10:52:53 11  marine inspection audit and a technical audit?

10:52:56 12  A.    Yes, they would do two separate audits.

10:52:58 13  Q.    Does this say that the requirements for both of those are

10:53:02 14  contained in the spreadsheet?

10:53:04 15  A.    Yes.

10:53:05 16  Q.    Let's look at those documents.  Let's look at TREX-3404.

10:53:21 17        What is this?

10:53:23 18  A.    This is the marine assurance audit by BP of the

10:53:26 19  *Deepwater Horizon*.

10:53:26 20  Q.    So 3404 is the audit itself.  This is given to Transocean?

10:53:33 21  A.    Yes.

10:53:34 22  Q.    All right.  Let's look at 3403, TREX-3403.

10:53:40 23        What is this?

10:53:41 24  A.    This is what was referred to previously as the Common

10:53:43 25  Marine Inspection Document.

**OFFICIAL TRANSCRIPT**

10:53:45 1   Q.   So 3403 is the CMID that we just read a moment ago in BP's

10:53:53 2   own report, that those are then combined into one?

10:53:56 3   A.   Yes.

10:53:56 4   Q.   Now, is there also the spreadsheet that you mentioned that

10:54:01 5   BP prepares to track of all the recommendations?

10:54:04 6   A.   Yes.

10:54:04 7   Q.   Let's look at 3404, page 19.

10:54:10 8          Is this the spreadsheet from BP that's in the audit

10:54:12 9   report?

10:54:14 10  A.   Yes.   That's the spreadsheet.

10:54:16 11  Q.   Okay.   Did you find that Transocean and BP, working off

10:54:22 12  this spreadsheet in the audit, worked together to close out and

10:54:26 13  track items?

10:54:28 14  A.   Yes, they did.

10:54:28 15  Q.   Let's look at TREX-47568.

10:54:36 16         What is this?

10:54:37 17  A.   This is the tracking sheet.   You can see the observation,

10:54:42 18  and it includes now the recommendation, and then any comments

10:54:44 19  that Transocean had, and the status of that item.

10:54:47 20  Q.   Is this the compilation spreadsheet that Transocean and BP

10:54:53 21  used to track each item, observation or recommendation and

10:54:57 22  track progress?

10:54:58 23  A.   Yes.

10:54:58 24  Q.   Let's explain quickly how this is used.

10:55:02 25         If we look at the first two columns on the left-hand

**OFFICIAL TRANSCRIPT**

10:55:08  1   side, what do these represent, ref, R-E-F, and area?

10:55:13  2   A.   So this is combining several different reports.  So it's a

10:55:17  3   reference number back to the original.

10:55:18  4         I think the area is the report that it's coming from.

10:55:20  5   Q.   What are different areas?

10:55:24  6   A.   The marine inspection, the technical inspection, and then

10:55:27  7   the HSE audit.

10:55:28  8   Q.   Let's go to the next columns, the next two.

10:55:32  9         What are the next two columns?

10:55:36 10   A.   This would be the observation and then the recommendation

10:55:40 11   for that observation, what needed to be done to correct it.

10:55:42 12   Q.   Actually, looking at the one you just pulled up.  Can you

10:55:47 13   highlight that again.

10:55:51 14         Fire dampers and fire dampers, is this one finding

10:55:54 15   we're looking at or two?

10:55:57 16   A.   It's one finding.

10:56:00 17   Q.   Let's go to the next two columns in the spreadsheet.

10:56:02 18   There is a due and an overdue.  What does that represent?

10:56:08 19   A.   It looks like the agreed due date to have that issue

10:56:12 20   rectified, and then whether or not it's done or if it's past

10:56:15 21   that due date.

10:56:15 22   Q.   So we see -- one, two, three, four, five -- there's six

10:56:20 23   green are done.  The yes in red means what?

10:56:23 24   A.   That particular item was overdue at that date.

10:56:27 25   Q.   Let's look at the next two columns, the last columns.

**OFFICIAL TRANSCRIPT**

10:56:29  1    What do these last columns in the tracking

10:56:38  2  spreadsheet represent?

10:56:39  3  A.    It's a status of what the plan is, the actual completion

10:56:42  4  date, and then who did it.

10:56:43  5  Q.    Again, is this the normal practice with BP and Transocean

10:56:49  6  with respect to the audit?

10:56:50  7  A.    Yes.

10:56:50  8  Q.    Is this document, the one with the bright colors, kind of

10:56:56  9  the final, the last series in the audit?

10:56:58 10  A.    I think it combines everything to one tracking document,

10:57:02 11  yes.

10:57:02 12  Q.    So using -- picking one of Mr. Webster's complaints as an

10:57:08 13  example, let's walk the court through what he represented with

10:57:11 14  respect to fire dampers.

10:57:12 15    What are fire dampers?

10:57:15 16  A.    Dampers are louvers on openings.  So any time you pull air

10:57:24 17  into a space, it comes through a damper.

10:57:26 18    Then they can be closed if there is gas in the area,

10:57:30 19  to block off gas from coming into a space.

10:57:34 20    So they are mechanical -- view them as window shade

10:57:38 21  type devices.

10:57:39 22  Q.    How many are there on the *Deepwater Horizon*?

10:57:41 23  A.    There were over 140.

10:57:45 24  Q.    Where are they?

10:57:46 25  A.    They're basically all over the rig:  Accommodations, all

**OFFICIAL TRANSCRIPT**

10:57:49   1   the critical spaces, anywhere you pull air into the rig.

10:57:53   2   Q.   What was the maintenance like for fire dampers?

10:57:57   3   A.   Dampers are a challenge because they are mechanical

10:58:00   4   devices, and they are in a saltwater environment.

10:58:04   5        So it's a continuous process to go through and verify

10:58:07   6   them, make sure they work, make any corrections that need to be

10:58:10   7   made.

10:58:11   8        So it's more of a continuous process, where every

10:58:14   9   month you're going through a certain percent of them to get

10:58:18  10   through them all in about a year.

10:58:20  11   Q.   Are you surprised to see a certain number of dampers

10:58:23  12   needing repair at any given day or any given audit?

10:58:26  13   A.   No.   Just, again, from the sheer numbers and the

10:58:29  14   environment that they are in, you're going to have some that

10:58:32  15   may not close that last little eighth of an inch to hit the

10:58:35  16   switch that shows that they are closed, or some that won't

10:58:38  17   reopen.

10:58:40  18        So, you know, there are various issues with them,

10:58:42  19   but, again, it's just you have to maintain them on a kind of

10:58:45  20   constant basis.

10:58:45  21   Q.   Okay.   Now, let's look at the BP CMID, one of the two

10:58:53  22   audit documents.   This is 3403, where we looked at that

10:58:57  23   earlier, the CMID.

10:58:59  24        Let's go to page 8, finding 7 -- or page 8, cull-out

10:59:06  25   7, I guess.

**OFFICIAL TRANSCRIPT**

10:59:09  1          "Significant number of fire dampers in the engine

10:59:11  2   rooms and other machinery spaces found nonoperational during

10:59:14  3   testing."

10:59:15  4          Is that the observation in the CMID?

10:59:18  5   A.   Yes.

10:59:18  6   Q.   So let's keep that document and move forward to page 39 of

10:59:25  7   the same document.  Do you see that?

10:59:33  8          There we go.  I think it's -- sorry, it's 3403.39.3.

10:59:44  9          So farther down in the document, Mr. Webster cited

10:59:48 10   again, other equipment defective during the audit period

10:59:51 11   include, and he's talking about, again, the fire dampers in the

10:59:56 12   engine room, right?

10:59:56 13   A.   Yes.  Same issue.

10:59:57 14   Q.   You can take that down.

11:00:00 15          Are those two cull-outs from the same document,

11:00:05 16   3404 -- 3403, the CMID?

11:00:08 17   A.   Yes, they are.

11:00:08 18   Q.   Mr. Webster's quote from the trial testimony was:  "Here,

11:00:13 19   we see it again.  Numerous fire dampers, engine supply,

11:00:18 20   etcetera, safety-critical issues."

11:00:22 21          Is this, again, actually the same issue in the same

11:00:26 22   document?

11:00:27 23   A.   Those were identical incidents, so it was just a repeat.

11:00:30 24   It's like saying the same thing twice.

11:00:32 25   Q.   Now, we saw that the CMID that we just looked at,

                          **OFFICIAL TRANSCRIPT**

11:00:41  1    TREX-3403, is combining findings, also, from the audit report.

11:00:47  2              Let's look at that.  3404, cull-out 1 -- or page 1.

11:00:51  3              There is the BP audit report.  Again, this is 3404,

11:00:58  4    the partner document.

11:00:59  5              Let's go to page 4, 3404.1.

11:01:03  6              Is this raising the issue again?

11:01:08  7    A.   Yes.  This is, again, the same time frame, same issue,

11:01:15  8    just reported in a separate document.

11:01:17  9    Q.   Did any time pass between the issuance of this 3404, the

11:01:25 10    official audit, and it's companion document, 3403, the CMID?

11:01:30 11    A.   No.

11:01:30 12    Q.   But Mr. Webster said to the Court:  "These show up again.

11:01:36 13    The item had not been taken care of since the last time."

11:01:41 14              Let's go one more time into what he relied upon.

11:01:45 15    Let's look at the spreadsheet.

11:01:48 16              You said there was a tracking spreadsheet within

11:01:52 17    3404, the audit.  That's 3404.19.2.

11:02:02 18              Mr. Webster read to the Court that significant fire

11:02:06 19    dampers in the engine rooms, etcetera, and the recommendations

11:02:09 20    that they be made operational.

11:02:11 21              Do you see the reference number on the far left?

11:02:13 22    A.   Yes.

11:02:13 23    Q.   What is it?

11:02:15 24    A.   1.4.1.

11:02:18 25    Q.   Is that the same reference number that we looked at

**OFFICIAL TRANSCRIPT**

11:02:20  1    earlier in the BP audit and the CMID?

11:02:23  2    A.    Yes.

11:02:23  3    Q.    Are these, again, all at the same time?

11:02:27  4    A.    It's all the same issue.  It's just reported three times.

11:02:30  5    Q.    Let's to go the audit close-out spreadsheet, TREX-47568,

11:02:40  6    page 1, cull-out 1.

11:02:47  7            As we read earlier, this tracks both the CMID and the

11:02:51  8    audit, right?

11:02:51  9    A.    Yes.

11:02:52 10    Q.    So were the recommendations and observations from the CMID

11:02:57 11    and the audit repeated in this document?

11:02:59 12    A.    Yes.  It was a literally a copy and paste, I think, into

11:03:07 13    this document.

11:03:07 14    Q.    Was there a response by Transocean?

11:03:09 15    A.    Yes.  We basically tested every 30 days.  It looks like

11:03:17 16    they also started changing out to a new style of damper,

11:03:21 17    stainless steel, see if they can improve it.

11:03:24 18    Q.    What is the categorization -- we looked at the due,

11:03:29 19    overdue.  What is the categorization by BP with respect to the

11:03:36 20    fire dampers in the engine room?

11:03:38 21    A.    It's showing done.

11:03:39 22    Q.    Now, BP did a follow-up audit, let's look at TREX-4680, in

11:03:48 23    the first part of January.

11:03:53 24            If we can, let's go to 4680, page 46, cull-out 2.

11:04:02 25            This again, repeats.  Is this an exact copy of the

**OFFICIAL TRANSCRIPT**

11:04:07 1  earlier tracking spreadsheet?

11:04:08 2  A.    Yes.  This is a repeat again of that same issue.

11:04:13 3  Q.    What is the reference number for this audit finding?

11:04:17 4  A.    1.4.1.

11:04:19 5  Q.    So we're looking at the same thing again?

11:04:21 6  A.    Yes.

11:04:22 7  Q.    Let's go to the close-out spreadsheet for that, 2008,

11:04:30 8  TREX-26019.2.

11:04:36 9         This is the close-out spreadsheet for that audit.  Do

11:04:47 10 you see, again, the reference 1.4.1?

11:04:50 11 A.    Yes.

11:04:50 12 Q.    Do you see, again, the cut and paste of the fire dampers

11:04:54 13 in the engine room and the recommendation that they all be made

11:04:59 14 operational and maintained?

11:05:00 15 A.    Yes.

11:05:00 16 Q.    What is the status as of the follow-up audit?

11:05:03 17 A.    It looks like they've changed out 35 of the 40 that they

11:05:06 18 were planning on changing at this point.

11:05:08 19        So it's a few months later, but it's the same issue,

11:05:10 20 and they are progressing that.

11:05:12 21 Q.    What is the report by them of the engine room fire

11:05:17 22 dampers?

11:05:17 23 A.    They are all made operational.

11:05:21 24 Q.    Mr. Webster was asked:

11:05:26 25        "Question:  This isn't the first time we've seen the

**OFFICIAL TRANSCRIPT**

11:05:28 1   fire damper issue, is it?

11:05:30 2            "Answer:  No, we have seen it several times now.

11:05:33 3            "Question:  Over a period of several years, correct?

11:05:38 4            "Answer:  That is correct."

11:05:38 5            Is that correct, Mr. Ambrose?

11:05:40 6   A.    In this case, no.  These were all the same issue, the same

11:05:44 7   finding.  It was just repeated multiple times in reports.

11:05:48 8   Q.    In looking at the documents, is it documented at the time

11:05:52 9   that it was addressed both immediately in 2007 and, again, in

11:05:56 10  2008, at which point engine dampers were good?

11:06:01 11  A.    We believe they were, yes.

11:06:02 12  Q.    Okay.  I think that's the most cumbersome of the exchanges

11:06:12 13  with the documents.  Let's look at a couple other items.

11:06:15 14          Mr. Webster also talked about smoke detectors.

11:06:17 15  Remind us, how many detectors on the *Deepwater Horizon*?

11:06:20 16  A.    Smoke alone, I'm not sure.  It was probably well over a

11:06:25 17  hundred.  Total was well over four hundred.

11:06:27 18  Q.    Did they give out?

11:06:30 19  A.    Again, smoke detectors are just like any other detector.

11:06:34 20  You're going to have to maintain them and change them out

11:06:38 21  periodically, yes.

11:06:38 22  Q.    Let's look at TREX-3403.4, cull-out 6.

11:06:46 23          Mr. Webster highlighted this finding to the Court.

11:06:52 24  3403.8, cull-out 6:  "Eleven smoke detectors disabled or

11:06:52 25  passive because of defects and spares not available."

**OFFICIAL TRANSCRIPT**

1    Let's look at the follow-up spreadsheet, 47568,

2  page 2, cull-out 1.

3    Did the rig crew correct the sensors?

4  A.   Yes, they replaced all of them.

5  Q.   What's the status of review by BP in closing this out?

6  A.   It looks like they've closed it out on -- I don't have the

7  date in front of me, but it's done.

8    Then they increased the inventory to address the

9  issue of making sure they had some on hand to change out as

10 they were inspecting and testing.

11 Q.   Mr. Webster does not believe that the rig-wide alarm

12 should ever be inhibited or put in manual mode.

13    What, in your experience, is the standard about

14 sounding and setting alarms?

15 A.   Well, I think we need to first clarify, it's putting it in

16 override, so an output is put into override.

17    So the general alarm has an override for two minutes,

18 and that required by US Coast Guard.  So the rig was operated

19 in that way.

20    So after two minutes, if no acknowledgment of alarm

21 was going off -- or was made, then the general alarm would

22 sound.

23 Q.   Let's look at one of Mr. Webster's cull-outs, which is

24 TREX-3404, page 31, cull-out 2.

25    "The procedures state that the cause and effects

**OFFICIAL TRANSCRIPT**

11:08:44  1   output will be tested and verified" -- so that's the

11:08:48  2   procedure -- "but outputs are inhibited during periodic

11:08:53  3   calibration and testing of the gas detector heads."

11:08:58  4        Now, Mr. Webster found this inhibition during

11:09:01  5   calibration and testing to be safety critical; is that correct?

11:09:05  6   A.   No.  That's normal.  So when you're testing the fire and

11:09:09  7   gas system, it can take days.  This is not a short job.

11:09:14  8        So you have teams going around and doing all the

11:09:17  9   testing with all the sensors.  So the last thing you want is

11:09:19 10   for the general alarm to be going off constantly every time

11:09:22 11   they set off a sensor with the equipment to test the feedback

11:09:26 12   of that sensor.  You don't want the general alarm going off for

11:09:29 13   three or four days straight waking the crews up.

11:09:32 14        So, I mean, it's normal to override the general alarm

11:09:35 15   while you're doing the testing.

11:09:36 16   Q.   So are they actually going sensor to sensor and putting

11:09:41 17   smoke or heat or gas on the sensor?

11:09:42 18   A.   Yes.

11:09:43 19   Q.   Then when that happens, how do we know if the sensor works

11:09:49 20   if we turned off the alarm?

11:09:50 21   A.   So you'll receive a feedback then into the vessel

11:09:53 22   management system, which is on the bridge.  You'll see that

11:09:55 23   that sensor is telling you that it's an alarm state.

11:09:58 24        Then the response to that is then the general alarm

11:10:01 25   would go off in two minutes if not overridden during those

11:10:05   1    tests.

11:10:05   2              So we purposely override it so it doesn't go off

11:10:10   3    while we're testing the system, but you'll see the sensor on

11:10:13   4    the screen.

11:10:13   5    Q.   So this sounds like me trying to flip my breaker switches.

11:10:18   6    Somebody is out there holding something up to a sensor, and

11:10:19   7    someone else is making sure that on the panel that lights up?

11:10:20   8    A.   Yes.

11:10:21   9    Q.   But you're not running the general alarm?

11:10:23  10    A.   No.

11:10:23  11    Q.   With respect to functioning of the general alarm, are

11:10:26  12    those sounded during weekly fire and abandon drills?

11:10:31  13    A.   Yes, they are.

11:10:31  14    Q.   Knowing what you do about that maintenance philosophy and

11:10:46  15    what happened on the night of the incident, do you question

11:10:50  16    your philosophy on alarms and that requirement of human

11:10:53  17    intervention?

11:10:54  18    A.   No.  It's been a practice for a long time to do it that

11:10:58  19    way for good reason.

11:10:59  20              If you have false alarms and too many of them, people

11:11:04  21    aren't going to pay attention to that general alarm.  What you

11:11:06  22    want is people to get out of bed and take action when they hear

11:11:09  23    it.  So you don't want alarm fatigue for that long.

11:11:13  24    Q.   Let's talk for a moment about rig savers.  What is a rig

11:11:20  25    saver?

**OFFICIAL TRANSCRIPT**

11:11:20 1   A.    A rig saver is an air shutoff device that's on an engine

11:11:26 2   that prevents it from over speeding, shuts the engine down.

11:11:30 3   Q.    Let's look at Mr. Webster's cull-out, TREX-47568, page 2,

11:11:36 4   cull-out 2.

11:11:38 5         All right.  Rig savers on main engine Number 2 failed

11:11:42 6   to close when ESD was initiated.

11:11:48 7         First, what was the action taken in response?

11:11:52 8   A.    It looks like there is an air line that actuates those

11:11:55 9   devices.  It looks like that was repaired and then retested,

11:11:58 10  and it worked.

11:11:59 11  Q.    Item closed?

11:12:01 12  A.    Yes.

11:12:01 13  Q.    By the way, the green is Transocean close-out, not BP,

11:12:06 14  right?

11:12:06 15  A.    I believe so.

11:12:07 16  Q.    I think I misstated that earlier.  That's a Transocean

11:12:09 17  close-out.

11:12:12 18        Let's look at TREX-3403, page 1, from the BP CMID.

11:12:22 19  Let's go to page 8, which Mr. Webster culled out.  I think it

11:12:26 20  has a number of just remaining issues.

11:12:29 21        So 3403, page 8, cull-out 1.

11:12:37 22        We already talked about one and six.  So let's look

11:12:45 23  really quickly at the remainder.

11:12:47 24        Two, fuel oil quick closing supply; three, three

11:12:53 25  watertight dampers; four, bilge valves in the pump room; three,

**OFFICIAL TRANSCRIPT**

11:13:02  1  thruster five-year replacement -- five-year -- yeah, five-year

11:13:09  2  replacement of components.

11:13:11  3           Now, let's to go the close-out spreadsheet.  47568,

11:13:16  4  page 1, cull-out 2.

11:13:19  5           Fuel oil systems.  What was done?

11:13:22  6  A.   It looks like they lubricated those valves, and they were

11:13:26  7  working and functional at that point.

11:13:27  8  Q.   Closed?

11:13:28  9  A.   Yes.

11:13:28 10  Q.   47568, cull-out 3.

11:13:40 11           Watertight dampers.  Do you see that?

11:13:44 12  A.   Yes.

11:13:44 13  Q.   If Mr. Webster had looked at the close-out spreadsheet,

11:13:48 14  what's the status?

11:13:49 15  A.   It looks like the crew made those operational again.

11:13:52 16  Then, for these particular watertight dampeners, instead of

11:13:56 17  ventilation dampeners, added a weekly checklist.  So they

11:14:01 18  increased the level of maintenance they were doing on them.

11:14:01 19  Q.   Two more.  Cull-out 4.

11:14:05 20           Bilge valve.  Status?

11:14:06 21  A.   They were repaired.

11:14:08 22  Q.   Last one, cull out -- next page, page 5, cull-out 1.

11:14:11 23           Thruster drives?

11:14:16 24  A.   Yeah, it looks like they were in process of making those

11:14:18 25  repairs as well.

**OFFICIAL TRANSCRIPT**

6036

Q.   Look at that.  Thruster drives, five-year overhaul

overdue.  Plan:  Drives, five-year overhaul, plan is being

developed?

A.   Yes.

Q.   Overall, looking at the --

        You can take that down.

        Overall, looking at the BP 2005 audit, even though

that was five years before the incident, looking at the things

that Mr. Webster relied upon, did you find anything that was,

in his -- as he stated, safety-critical or made the rig in a

quote, unquote deplorable condition?

A.   No.  I mean, a lot of these are just as you check things,

as you do preventive maintenance, you find things that you need

to repair.  A lot of these were in that kind of category.

        I've already said dampers are -- they require a lot

of maintenance.  Sensors require a lot of maintenance.  We have

to -- you know, it's a continuous process to check those and

make sure that they are working.

        So those types of things, they need to work, and we

need to take corrective actions to make sure they are working,

and that's what the crew did.

Q.   Let's look at the overall summary from David Sims,

TREX-7088, page 1, cull-out 1.

        David Sims, BP team that you mentioned, right?

A.   Yes.

**OFFICIAL TRANSCRIPT**

11:15:37 1    Q.    Date on this is what?

11:15:38 2    A.    July 17, 2007.

11:15:42 3    Q.    After the audit?

11:15:43 4    A.    Yes, I believe it was after the audit.

11:15:44 5    Q.    "Transocean *Horizon* performance remains excellent with the

11:15:48 6    current well.  Passed recent marine assurance audit and FMEA

11:15:56 7    handily with few significant findings, all of which have been

11:15:58 8    cleared up.  No loss of station keeping.  Culture on the

11:16:03 9    *Horizon* is proactive, no victims, do it safely and efficiently,

11:16:08 10   recover quickly, watch out for each other.  Excellent

11:16:11 11   reporting, investigation, learning culture in place."

11:16:17 12           Was that the final feedback after the close-out of

11:16:20 13   the 2007 BP audit?

11:16:23 14   A.    It looks like it was, yes.

11:16:41 15   Q.    Let's look at some of the audits from the items from the

11:16:44 16   2009 BP audit, again tracking Mr. Webster.

11:16:47 17           Let's put up the documents.

11:16:48 18           Now, I think we're familiar with them.  So do we,

11:16:51 19   again, have an audit report, a CMID and tracking spreadsheets?

11:16:58 20   A.    Yes.

11:16:58 21   Q.    Let's look at TREX-1372, page 1, cull-out 1.

11:17:21 22           I think the easiest way to track these quickly for

11:17:24 23   the Court would be to look at the reference number.

11:17:27 24           So this is an e-mail summarizing open audit findings

11:17:30 25   from the 2009 audit.  Do you see the tracking number and the

**OFFICIAL TRANSCRIPT**

11:17:36 1    description that Mr. Webster culled out?

11:17:37 2    A.    Yes.

11:17:38 3    Q.    What's the reference number?

11:17:40 4    A.    10.11.

11:17:42 5    Q.    This is regarding an emergency drill?

11:17:50 6    A.    Yes.

11:17:51 7    Q.    Let's go to the spreadsheet close-out, which is 1832,

11:17:57 8    page 4, cull-out 1.

11:18:03 9         Do we see -- what is the reference number on this

11:18:05 10   line?

11:18:09 11   A.    It's 10.11.

11:18:10 12   Q.    The same one, right?  The same one as we just saw on the

11:18:15 13   other?

11:18:15 14   A.    Yes.

11:18:16 15   Q.    Then down below -- scrolling down the column, what is the

11:18:19 16   status?

11:18:21 17   A.    It's complete.

11:18:22 18   Q.    In the far right, it was confirmed during

11:18:27 19   Angel Rodriguez's visit on March 29, 2010?

11:18:29 20   A.    Yes.

11:18:29 21   Q.    Who actually had responsibility for running the drill?

11:18:32 22   A.    Transocean.

11:18:33 23   Q.    Right, but what position?  Chief mate?

11:18:37 24   A.    Chief mate, yes.

11:18:38 25   Q.    So that would have been David Young's position ran the

**OFFICIAL TRANSCRIPT**

11:18:41  1    drill, and it was confirmed by BP?

11:18:42  2    A.    Yes.

11:18:43  3    Q.    Let's go to TREX-1372, page 1, cull-out 2.  Let's focus on

11:18:54  4    this number, 11.6.

11:18:57  5          Do you see that?

11:18:58  6    A.    Yes.

11:18:59  7    Q.    Mr. Webster represented to the Court that there were

11:19:02  8    outstanding damper issues.

11:19:04  9          Let's go to the close-out spreadsheet, TREX-1832,

11:19:08 10    page 4, cull-out 2.

11:19:10 11          Do you see the reference number, 11.6?

11:19:13 12    A.    Yes.

11:19:14 13    Q.    Is that closed?

11:19:16 14    A.    Yes, it is.

11:19:17 15    Q.    Confirmed by Angel Rodriguez?

11:19:20 16    A.    Yes.

11:19:20 17    Q.    Let's to go the next one.  1372, page 1, cull-out 3.

11:19:28 18          What's the reference number?

11:19:29 19    A.    11.8.

11:19:30 20    Q.    Let's to go the BP close-out spreadsheet, 1832, page 5,

11:19:36 21    cull-out 1.

11:19:38 22          Do you see the reference number, 11.8?

11:19:40 23    A.    Yes.

11:19:41 24    Q.    Is that completed?

11:19:44 25    A.    It is.

**OFFICIAL TRANSCRIPT**

11:19:45  1    Q.    Confirmed by BP, Angel Rodriguez?

11:19:48  2    A.    Yes.

11:19:48  3    Q.    A couple more.  Let's look at TREX-1372, page 1, cull-out

11:19:48  4    4.

11:19:57  5          What's the reference number?

11:20:00  6    A.    13.3.

11:20:01  7    Q.    Let's go to TREX-1382, page 5, cull-out 2.

11:20:06  8          It looks like 13.3 exploded into a number of

11:20:14  9    different items.  With watertight doors, does that make sense?

11:20:17 10    A.    They probably separated them into different areas of

11:20:20 11    responsibilities.

11:20:20 12    Q.    What does every single one of the breakout entries say

11:20:24 13    with respect to status?

11:20:25 14    A.    They are complete.

11:20:25 15    Q.    Were all of them confirmed during Angel Rodriguez's visit

11:20:30 16    on March 29, 2010?

11:20:32 17    A.    Yes.

11:20:32 18    Q.    Mr. Webster also represented there were overdue issues

11:20:42 19    with the bilge system.  Let's look at TREX-1372, page 1,

11:20:47 20    cull-out 5.

11:20:47 21          What is the bilge system?

11:20:49 22    A.    Basically, it's smaller pumps that, if water gets into a

11:20:53 23    space, you pump the water out with those bilge pumps.

11:20:56 24    Q.    That was reference number 15.7.

11:20:59 25          Let's go to the close-out spreadsheet, 1832, page 1,

**OFFICIAL TRANSCRIPT**

11:21:04 1    cull-out 1.

11:21:08 2         Do you see 15.7, again, broken into two items related

11:21:13 3    to the bilge pumps?

11:21:14 4    A.    Yes.

11:21:14 5    Q.    Were they repaired?

11:21:16 6    A.    They were.

11:21:16 7    Q.    Complete?

11:21:17 8    A.    Yes.

11:21:17 9    Q.    Confirmed by BP?

11:21:19 10   A.    Yes.

11:21:20 11   Q.    1832, page 7, cull-out 1.

11:21:31 12        I think that might be the one we just saw.  That's

11:21:34 13   the one we just saw.

11:21:36 14        All right.  Let's look at TREX-13 -- 1832, page 4,

11:21:44 15   cull-out 3.

11:21:47 16        Do you see the reference number?

11:21:48 17   A.    11.2.

11:21:49 18   Q.    Let's to go the follow-up spreadsheet, 1832, page 10,

11:21:58 19   cull-out 2.

11:22:02 20        Are those completed?

11:22:05 21   A.    This item was complete, yes.

11:22:06 22   Q.    Confirmed by Angel Rodriguez?

11:22:08 23   A.    Yes.

11:22:09 24   Q.    We have a number of specific items we can put into the

11:22:41 25   record.

**OFFICIAL TRANSCRIPT**

11:22:41  1            I think, for purposes of time, Mr. Ambrose, let's do

11:22:46  2    a couple and then do the overall tracking spreadsheet and put

11:22:50  3    that in the record.

11:22:51  4            Let's look at TREX-3405, page 24, cull-out 1.

11:23:01  5            Is there a reference number on this?  I don't see it.

11:23:08  6            ESD fault.  Let's to go the tracking spreadsheet.

11:23:11  7    Oh, there we go.

11:23:15  8            What's the reference number on this?

11:23:17  9    A.    2.1.11.

11:23:20 10    Q.    Let's go to the tracking spreadsheet, 1381, page 2,

11:23:24 11    cull-out 2.  I don't see the number again, but it's the ESD

11:23:31 12    fault.

11:23:32 13            Was that closed off?

11:23:34 14    A.    It's the same item; and, yes, it was closed.

11:23:36 15    Q.    Mr. Webster also relied on the BP audit document to

11:23:50 16    represent to the Court that there is a condition in the driller

11:23:53 17    Simrad panel that was an outstanding issue.

11:23:59 18            Let's look at TREX-3405, page 42, cull-out 1.

11:24:03 19            Do you see that?  Driller's cabin, fire and gas

11:24:07 20    panel?

11:24:08 21    A.    Yes.

11:24:08 22    Q.    Let's go to the BP tracking spreadsheet, TREX-1381,

11:24:15 23    page 4, cull-out 1.

11:24:16 24            Was that closed out?

11:24:18 25    A.    Yes, it was.

                              **OFFICIAL TRANSCRIPT**

11:24:18  1    Q.   Let's look at demonstrative 6747.

11:24:30  2         What is this, Mr. Ambrose?  If we add all of these

11:24:34  3    up, what is this?

11:24:35  4    A.   It's basically a summary of the status for each one of the

11:24:38  5    items from that 2009 audit.  So of the 188, 14 remain open, and

11:24:44  6    18 remain in progress.

11:24:45  7    Q.   So this is an compilation from the documents we saw, the

11:24:52  8    audit, the CMID, and the spreadsheets?

11:24:54  9    A.   Yes.

11:24:54 10    Q.   We have 188 items flagged.  How many were open as of April

11:25:00 11    2010?

11:25:00 12    A.   14 plus the 18.

11:25:02 13    Q.   Did you review each of those 32 items?

11:25:08 14    A.   I reviewed them, yes.

11:25:09 15    Q.   Did any have any relation to the incident on April 20?

11:25:13 16    A.   No.

11:25:14 17    Q.   Did any require immediate action?

11:25:17 18    A.   No.  It would have been agreed on an earlier date if they

11:25:20 19    had.  These were lower priority items.

11:25:23 20    Q.   What would the *Deepwater Horizon* crew have done if BP

11:25:28 21    audit flagged a safety hazard that posed an immediate threat?

11:25:31 22    A.   We would stop, and we'd get it repaired.  Both BP and

11:25:34 23    Transocean would want that to happen before we went into

11:25:36 24    operations.

11:25:36 25    Q.   After reviewing all of these observations in the

**OFFICIAL TRANSCRIPT**

11:25:42  1   documents, do you believe the rig was not maintained?

11:25:45  2   A.   No, I do not.

11:25:45  3   Q.   With respect to the condition on April 20, 2010, are you

11:25:51  4   familiar --

11:25:52  5          We can take that down.

11:25:53  6          -- were you familiar with the visit by BP and

11:25:57  7   Transocean shore managers out to the rig on April 20?

11:25:59  8   A.   Yes, I knew they were out there.

11:26:01  9   Q.   Do you know why they went to this rig?

11:26:04 10   A.   They were going to give them a commendation for their

11:26:08 11   safety performance for the last few years and the performance

11:26:11 12   they had that year.

11:26:15 13   Q.   Let's look at TREX-51134, page 3.

11:26:23 14          This was a PowerPoint prepared in advance of visiting

11:26:26 15   the *Deepwater Horizon* reflecting hallmarks of the team.  I

11:26:33 16   believe the Court may have seen this before.

11:26:35 17          My question to you is, is this consistent with what

11:26:38 18   you found about the crew diligence and maintenance on the

11:26:42 19   *Deepwater Horizon*?

11:26:43 20   A.   From our investigation, yes.

11:26:54 21          MS. CLINGMAN:  Your Honor, my last topic is the

11:26:56 22   Transocean internal investigation.

11:26:56 23   BY MS. CLINGMAN:

11:26:57 24   Q.   Mr. Ambrose, I know the Court has had a lot of testimony

11:27:00 25   about different investigations and has the benefit of experts

**OFFICIAL TRANSCRIPT**

11:27:03  1    specifically dedicated to this case, so let's review at a high

11:27:09  2    level the Transocean internal investigation that you were asked

11:27:11  3    to lead.

11:27:11  4         You said earlier that you brought in technical

11:27:14  5    expertise, both from Transocean and from outside Transocean.

11:27:18  6         For the benefit of the Court, can you reference some

11:27:20  7    of the external experts that you brought in that assisted in

11:27:24  8    preparing the Transocean report?

11:27:26  9    A.   Sure.

11:27:27 10         So, first, we have no expertise in cement inside the

11:27:32 11    company, so we went out to a gentleman named George Birch, who

11:27:37 12    had been with Schlumberger for, I think, over 35 years and

11:27:40 13    retired, and brought him in for his expertise to deal with some

11:27:43 14    of the cementing issues, to help us work through some of that.

11:27:47 15         A guy named Perrin Roller, who had been a company man

11:27:55 16    offshore, worked for Chevron and other major oil companies for

11:27:59 17    14-plus years and with well over 30 years experience, so had

11:28:03 18    seen it from the operator's side in drilling wells and those

11:28:07 19    types of issues.

11:28:07 20         We brought in Stress Engineering, who is a well-known

11:28:12 21    engineering company in the oil and gas industry, to look at the

11:28:18 22    hydraulics and the well analysis, as well as the buckling

11:28:21 23    analysis for the drill pipe and the BOP.

11:28:23 24         So those were three of the key individuals we brought

11:28:26 25    in from outside, as well as others for high-end flow analysis

**OFFICIAL TRANSCRIPT**

11:28:31  1    for gas dispersion.

11:28:33  2    Q.   Was there also someone on your team who was a former

11:28:36  3    master?

11:28:37  4    A.   Yes.  He was internal to Transocean.  Derek Hart came from

11:28:41  5    our UK operations.  He was a former master.  He was a manager

11:28:45  6    of our QHSE group and had done investigations, working

11:28:50  7    investigations in the past.

11:28:50  8    Q.   Did you also have someone who was a naval architect?

11:28:53  9    A.   Internal, Dan Farr came in.  He's been building rigs --

11:28:59 10    well, as long as I've known him, since like 1998.  He's been

11:29:02 11    building new rigs.  He has a masters in naval architecture, I

11:29:06 12    think, and ex-U.S. Coast Guard.

11:29:08 13    Q.   Do you have the internal report with you?

11:29:10 14    A.   I do.

11:29:11 15    Q.   Will you show it to the Court.

11:29:12 16    A.   (Indicating.)

11:29:20 17    Q.   How long did it take the team to prepare that report?

11:29:24 18    A.   It was about 14 months from time we started --

11:29:26 19    Q.   Were you with the team that entire time, through the whole

11:29:30 20    process?

11:29:31 21    A.   No.  We did a lot of the work from Mary until November.

11:29:35 22    We had figured out most of the well-related items.

11:29:39 23         At that time, I was asked to move to the managing

11:29:42 24    director position in North America.  The outstanding piece of

11:29:46 25    it was the BOP, because that was at Michoud at that point being

OFFICIAL TRANSCRIPT

11:29:51  1   forensics analysis by DNV.  So it was a bit out of our -- the

11:29:54  2   time frame was a bit out of our control.

11:29:56  3          So I handed it over to Dan Farr, who was running that

11:30:00  4   piece of the investigation.

11:30:01  5          Then I came back in May to help with the close-out of

11:30:06  6   the investigation report and issued the report in June.

11:30:09  7   Q.   To identify the report, TREX-4248.

11:30:19  8          Is this the report you just showed to the Court?

11:30:21  9   A.   Yes.

11:30:21 10   Q.   Let's go 4248, the table of contents, page 2.

11:30:27 11          Can you just describe -- we won't go through the

11:30:30 12   table of contents.  Can you just describe at a high level the

11:30:34 13   four primary sections of your report, what you were trying

11:30:36 14   to -- how you were trying to organize it?

11:30:36 15   A.   Sure.  Chapter one is just an explanation of who was

11:30:39 16   involved and what were their roles.

11:30:41 17          Chapter two, we did our best to put together a

11:30:44 18   chronology of the events.  So it's just a narrative of what we

11:30:47 19   think happened and when, based on the interviews we did and the

11:30:50 20   evidence we collected.

11:30:51 21          Then chapter three is really the meat of the whole

11:30:54 22   thing.  It's the analysis of all those events and the evidence

11:30:57 23   that we were looking at.

11:30:59 24          Then chapter four is our key findings.

11:31:01 25   Q.   Let's to go the next page, table of contents.

**OFFICIAL TRANSCRIPT**

11:31:07  1              What is this?

11:31:11  2      A.    To support all of the analysis work, there were volumes of

11:31:14  3      other reports by people that we brought in to help us.

11:31:18  4              So this is an appendix of either external companies

11:31:21  5      that helped us or internal people that wrote more description

11:31:26  6      around some of those items, so extensive --

11:31:28  7      Q.    So is each of these -- these are appendices to the report,

11:31:33  8      and each of these is, in and of itself, a report on this

11:31:35  9      subject?

11:31:35 10      A.    Yes.

11:31:36 11      Q.    Were some of these prepared by the -- largely by the

11:31:39 12      external experts you brought in to Transocean?

11:31:42 13      A.    A lot of them, yes.

11:31:43 14      Q.    Let's look at TREX-4248, page 196.1.

11:31:52 15              You said chapter four was your setting forth of the

11:31:55 16      findings.  I would like you to briefly take the Court through

11:31:59 17      those.  I think many are consistent with the general

11:32:01 18      understanding.

11:32:02 19              What did you find about the cement at Macondo?

11:32:06 20      A.    So all of these first three kind of are interrelated, but

11:32:11 21      one -- you know, a long string was run which required a very

11:32:17 22      precise cement job to be able to isolate the formations.

11:32:21 23              It was a very small quantity of cement in order not

11:32:26 24      to fracture the formations.  It was a nitrogen injected.

11:32:30 25              So that decision, in order not to fracture the

                          **OFFICIAL TRANSCRIPT**

11:32:32 1    formations and get the cement in place, made it really complex.

11:32:34 2    That was the first piece of that decision was running the long

11:32:34 3    string.

11:32:38 4         We don't think that cement was adequately tested

11:32:41 5    based on the records we saw.  So I think a lot of that has

11:32:44 6    already been discussed, but the next piece was converting the

11:32:49 7    float collar.  The float collar is what holds the cement in

11:32:53 8    place once you're finished pumping.

11:32:55 9         There were three -- there were nine times that an

11:32:57 10   attempt was made to convert it.  Our testing of that, we had

11:33:00 11   something -- bought an identical one, and we did some testing.

11:33:04 12   That showed to us we don't think that that converted.  Heavy

11:33:12 13   pressure was put on that device to get it to convert, but we

11:33:15 14   don't think it did.

11:33:16 15        Then the last piece, the cement, you know, that had

11:33:18 16   to have been the precipitating cause of the blowout because,

11:33:21 17   based on the evidence at the wellhead when it was recovered,

11:33:25 18   all the damage and erosion happened on the inside of the

11:33:28 19   wellhead, not on the outside.  So the flow didn't come up the

11:33:31 20   annulus.  It came up through the center of the casing.

11:33:34 21        So, you know, we ruled that the cement is what

11:33:37 22   allowed that to happen and to fail and flow hydrocarbons into

11:33:43 23   the casing.

11:33:44 24   Q.   You said you couldn't get the actual float collar.  What

11:33:48 25   did you say you did to test the float collar?

**OFFICIAL TRANSCRIPT**

11:33:51 1    A.   We basically purchased two of them that were identical to
11:33:54 2    the collar that was being used.  We gave those to Stress, and
11:33:58 3    we ran several tests on them.
11:33:59 4         What really concluded it for us is -- we ran multiple
11:34:06 5    tests to see how it would fail at different pressures, to
11:34:07 6    determine if we could see a similar mechanism of failure that
11:34:11 7    may have happened and repeat those pressures.
11:34:13 8         We think that it was clogged with debris because the
11:34:16 9    well had not been circulated clean completely before the cement
11:34:20 10   job, and that pressure was clearing debris.
11:34:24 11        We did what was called a *backflow test* on the unit we
11:34:30 12   had.  So you close the flaps of that float collar, and we put
11:34:34 13   over 3,000 psi of back pressure on it.  So even those it's not
11:34:39 14   a well control device, it actually held quite a bit of
11:34:41 15   pressure.
11:34:41 16        So we think that if it had closed, likely it would
11:34:44 17   have prevented the kick based on the pressures in the well at
11:34:48 18   the time.
11:34:48 19   Q.   Let's move to TREX-4248, page 198.1, which is your next
11:34:57 20   finding, 4.4.
11:34:59 21        At a high level, what generally was your finding
11:35:03 22   about the temporary abandonment procedure?
11:35:07 23   A.   Well, basically, the big thing, it was changing quite a
11:35:11 24   bit.  So about from the 14th of April until even the morning of
11:35:14 25   and the afternoon of, the procedure changed.  There were about

6051

11:35:17 1    six procedures over that period of time.

11:35:20 2    Q.   Let's look at TREX -- let's scroll down to page 80 of this

11:35:23 3    document, so it will reflect what you're saying.

11:35:26 4         Is this a page of the internal report?

11:35:29 5    A.   Yes.  It's kind of hard to tell from this.  It's a hard

11:35:31 6    thing to represent one way or the other.

11:35:33 7         But each column is a version of the plan.  What we

11:35:37 8    were looking at is, well, what is the risk of that plan.

11:35:40 9         Based on -- is it testing -- there is a negative

11:35:47 10   pressure test that's involved in that procedure, testing what

11:35:49 11   the displacement depth would be.  So that's how the risk is

11:35:52 12   rated.

11:35:52 13        So you can see the very first one, I can remember

11:35:54 14   that one didn't actually have a negative pressure test.  It was

11:35:58 15   corrected the next day, which was the most safe procedure

11:36:01 16   because the mud hat would not be removed before another cement

11:36:07 17   plug would be put in.

11:36:08 18        Then it just continued to change by setting the plug

11:36:12 19   in seawater, which meant you were underbalancing the well

11:36:17 20   before you set another barrier.  Then, again, changed when the

11:36:18 21   spacer -- finally, the spacer was added as a -- the two lost

11:36:22 22   circulation pills were added as a spacer at that last procedure

11:36:26 23   on the afternoon of the 20th.

11:36:28 24   Q.   The next finding, 4.5, which is page 98.2.

11:36:37 25        Generally, what did you find about the final

**OFFICIAL TRANSCRIPT**

11:36:42 1    displacement?

11:36:44 2    A.    Basically, it didn't do what it was supposed to do.

11:36:47 3    That's really what it comes down to.

11:36:49 4    Q.    That's a high level.

11:36:50 5    A.    There were several things when we started looking into the

11:36:54 6    details.

11:36:55 7         The first was that the volume calculated for how much

11:36:58 8    we would need to pump volume-wise in order to displace.  The

11:37:02 9    goal was to put the spacer above the BOP.

11:37:05 10        That volume calculation was wrong, by some notes that

11:37:10 11   we found -- I can't remember who it was from at the time; it's

11:37:13 12   in the report -- by 35 barrels or so.  So just there, you're

11:37:18 13   going to be short getting it above.

11:37:21 14        The second, we noticed that the mud pumps themselves

11:37:26 15   dropped in efficiency.  So when you look at how much you're

11:37:28 16   pumping in, you take the volume of each piston in a pump, and

11:37:32 17   you multiply an efficiency factor on it.

11:37:35 18        The day before, they were operating at a normal

11:37:38 19   efficiency factor when they pumped the cement job.  But we

11:37:41 20   think because of the spacer material, that high viscose lost

11:37:47 21   circulation material, that the pumps lost efficiency while we

11:37:50 22   were pumping into the hole.

11:37:51 23        That went unnoticed, and we lost that volume that we

11:37:54 24   were expecting to be putting into the hole.  So that, again, we

11:37:58 25   lost some volume and didn't move the spacer where it should

**OFFICIAL TRANSCRIPT**

1   have been.

2          Combined with the fact that, you know, they were

3   off-loading to the *Damon Bankston* at this time, which made it

4   really difficult to track how much fluid was coming out of the

5   hole at the time because there were transfers going to the

6   *Bankston*, as well.

7          So the fluid tracking wasn't what it should have been

8   in order to see where things were in the well.

9          The last piece of it is when they closed the annular,

10  it didn't close tight enough to hold the mud that was in the

11  riser, the spacer and mud that was in the riser.  Because when

12  you close it, you isolate that column, and it's overbalanced to

13  what's below it.

14         So then it allowed mud to go through the annular and

15  below the BOP.  So, essentially, it contaminated that lower --

16  below the BOP, contaminated the annulus space.

17         So the overall finding is when you have that heavy

18  fluid below the BOP in this particular case, your kill line

19  monitoring path is contaminated.  It doesn't have seawater all

20  the way through.  That's fundamentally what put in it a bad

21  spot.

22  Q.   As a result of that, Mr. Ambrose, would it have been

23  possible to do a valid test on the kill line?

24  A.   No, not in the condition that it was in.  You couldn't do

25  it.

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:39:24 | 1 |

Q.    Would it have been possible to do a valid test on the
drill pipe?

A.    In this case, yes, because you pump the water down the
drill string.  So after they've tightened the annular up the
second time and isolated the riser, as long as you have water
to the bottom of your drill string, that's an equivalent
negative pressure test of the test step.  So it was a valid
setup on the drill pipe, just not on the kill line.

Q.    The next conclusion which relates to that, page 198.3,
finding 4.6.

        The Judge has heard a great deal about the failure of
the negative pressure test and the misinterpretation.  What I
want to ask you is did the team reach any conclusion as to
whether that failure of the test should have been understood at
the time on the rig?

A.    Yes.  Everyone on the rig should have understood that that
was the -- that test failed.

Q.    Actually, at the time of your report, in the second
paragraph:  "Anomalous pressure on the drill pipe during the
test should have alerted all those monitoring the well to the
fact that the cement barrier was not effective, that pressure
was being transmitted past the cement and float equipment, and
that the well was in communication with the formation."

        Was that the conclusion of the team?

A.    Yes.

**OFFICIAL TRANSCRIPT**

11:40:47 1   Q.   When it says, "all those monitoring the well," does that

11:40:52 2   include the Transocean crew?

11:40:54 3   A.   Yes, it does.

11:40:54 4   Q.   Does it include the BP well site leader?

11:40:57 5   A.   Yes.

11:40:58 6   Q.   Now, are you aware that since the issuance of this report,

11:41:02 7   Mr. Ambrose, are you aware that the company has pled guilty to

11:41:05 8   a misdemeanor related to the negative pressure test?

11:41:09 9   A.   Yes.

11:41:10 10   Q.   Is that action consistent with your finding that that

11:41:12 11   anomalous pressure should have alerted those monitoring the

11:41:15 12   well to pursue the problem?

11:41:16 13   A.   Yes.

11:41:17 14   Q.   Let's look at the next paragraph, if we can, under this

11:41:26 15   section.

11:41:27 16         Does this go back to -- at the time, you said,

11:41:32 17   "central to the misinterpretation was the decision to monitor

11:41:37 18   the kill line instead of the drill pipe."  Is that what you

11:41:39 19   said a moment ago, that the drill pipe test in this

11:41:42 20   configuration would have successfully revealed communication

11:41:46 21   with the formation?

11:41:47 22   A.   Yes.  When we looked at the information available to us,

11:41:52 23   it never stopped flowing.  Every time they opened the drill

11:41:56 24   pipe, it kept flowing.  So that in itself is a failure of the

11:42:00 25   test.

**OFFICIAL TRANSCRIPT**

11:42:00 1        What we think happened is when the monitoring path

11:42:05 2   was moved, the kill line, that it just went unacknowledged that

11:42:10 3   that mud underneath the BOP was going to make that an invalid

11:42:15 4   test.

11:42:15 5        So when opening the kill line, and you have a path

11:42:19 6   that's not underbalanced to the formation necessarily, and so

11:42:23 7   it's going to be an invalid test.

11:42:24 8        So that's the -- what was -- what was not

11:42:28 9   acknowledged during that change.

11:42:29 10  Q.   Let's look at finding 4.7, which is on page 199.2.

11:42:36 11       "Post-incident analysis indicated a change in the

11:42:39 12  flow path from the well during final displacement masked

11:42:43 13  influxes into the wellbore."

11:42:44 14       What does this conclusion mean?

11:42:49 15  A.   Basically, when you're displacing a well, you have

11:42:53 16  oil-based mud coming out.  Then you arrive at the spacer, which

11:42:58 17  is a water-based material.

11:42:59 18       So when you -- when you get to that point, you're

11:43:03 19  allowed, then, to discharge overboard the water-based materials

11:43:06 20  after you've collected all the oil-based materials.

11:43:09 21       So at this point in the procedure, it says, as soon

11:43:13 22  as the pumps shut down, change the flow path.  So what the

11:43:18 23  shaker hand would have done is gone over and turned a valve

11:43:21 24  which was right in front of the gumbo box that comes down the

11:43:25 25  chute from the riser.  When he turned that valve it would put

**OFFICIAL TRANSCRIPT**

11:43:28  1   flow around the back of the gumbo box and then overboard.

11:43:33  2          So if somebody was looking with the -- there was a

11:43:36  3   closed circuit camera that watches the entrance to the gumbo

11:43:40  4   box from the flow line.  If somebody was looking at that camera

11:43:43  5   after that valve had been closed, then, you know, they wouldn't

11:43:46  6   see flow because the flow is being directed in another

11:43:49  7   direction.

11:43:49  8          So if for whatever reason as soon as those pumps are

11:43:53  9   off somebody looked at the camera and said, okay, that's no

11:43:56 10   flow, and not acknowledging that that valve had been changed,

11:43:59 11   they would have had a false indication that there was no flow.

11:44:02 12          The other piece of this is a sheen test was done, and

11:44:07 13   we know that there was a sample taken, and the weight of that

11:44:11 14   sample showed that it was somewhere between the 14-pound

11:44:13 15   oil-based mud and the 16-pound spacer.

11:44:16 16          So, with that about 30 percent mud content, it

11:44:21 17   shouldn't have passed the sheen test either, because the spacer

11:44:24 18   wasn't all the way back yet.  They were behind on the

11:44:27 19   displacement.  The pressures in the well tell you that as well.

11:44:29 20          So there were kind of two false positives here that

11:44:33 21   there was no flow, and there was a sheen test that said the

11:44:36 22   spacer was back, and neither one were correct.

11:44:38 23   Q.    Did your team study the data on pressure and flow for the

11:44:45 24   last hour on the *Deepwater Horizon*?

11:44:46 25   A.    We did.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 11:44:47 | 1 | Q.    In post-incident analysis, did you identify anomalies? |
| 11:44:52 | 2 | A.    We did. |
| 11:44:52 | 3 | Q.    Did you disclose those fully in your formal report? |
| 11:44:56 | 4 | A.    Yes, they're all in the report. |
| 11:44:58 | 5 | Q.    We're not going to look at the 15-plus charts of |
| 11:45:03 | 6 | Sperry data, but I do want to ask you this.  When you used |
| 11:45:06 | 7 | Sperry data charts in your report, were you representing that |
| 11:45:09 | 8 | that was the actual data seen by Dewey Revette and Stephen |
| 11:45:15 | 9 | Curtis on the rig? |
| 11:45:16 | 10 | A.    No, we don't have any idea exactly what they were looking |
| 11:45:18 | 11 | at.  Those records were lost with the rig. |
| 11:45:21 | 12 | Q.    Were there differences in scale, appearance and |
| 11:45:25 | 13 | orientation between what the HiTec System would display on the |
| 11:45:29 | 14 | rig and the manner in which the Sperry data appears on the rig? |
| 11:45:32 | 15 | A.    Yes, they are two separate systems.  One is a bunch of bar |
| 11:45:38 | 16 | graphs for pressures, and you can do trends. |
| 11:45:40 | 17 |        But the Sperry data, depending on how it was set up, |
| 11:45:43 | 18 | it was a very flexible system.  You could set it up to see |
| 11:45:46 | 19 | anything you'd really like.  It would be scrolling in a |
| 11:45:49 | 20 | vertical arrangement usually on a screen over to the left of |
| 11:45:52 | 21 | the driller. |
| 11:45:52 | 22 | Q.    Let's look at TREX-4248, 199.3. |
| 11:46:04 | 23 |        Just following up on what you just said, looking at |
| 11:46:07 | 24 | 9:30, it's not known what the drill crew was monitoring or why |
| 11:46:12 | 25 | they did not detect an anomaly. |

11:46:17   1          What do you mean by the last sentence, "The actions
11:46:22   2     taken indicate behaviors consistent with a belief that the well
11:46:25   3     was secure and a plug existed in the well"?
11:46:30   4     A.   So we saw this really weird trend with the kill line, to
11:46:34   5     be honest.  You have to back up in time a little bit.  They had
11:46:38   6     blown a relief valve on mud pump Number 2.  They had shut pumps
11:46:42   7     down, and they had been ramping pumps back up again, up towards
11:46:47   8     the time of 9:27.
11:46:48   9          After they had found out which relief valve needed to
11:46:50  10     be repaired, they had changed the lineup.  They opened a valve
11:46:55  11     on the kill line that now allows you to see pressure.  You see
11:46:59  12     this gradual increase in pressure on the kill line, and then it
11:47:00  13     flattens out -- I can't remember the exact number -- about
11:47:02  14     800 psi or something.
11:47:04  15          It's far away from where they are with the drill pipe
11:47:07  16     pressure; but, at this point, they should have been much closer
11:47:10  17     together.
11:47:10  18          So at about 9:27 is when that discussion happened
11:47:13  19     with the anomaly.  You see then the pumps turn off in what's
11:47:17  20     called *a stop/resume fashion*.  You hit a button like cruise
11:47:21  21     control in your car, and the pumps ramp down for two minutes.
11:47:24  22          So after about two minutes, the pressure was flat,
11:47:27  23     and then it began to build, and it got flat again, meaning --
11:47:31  24     usually meaning static.
11:47:32  25          So what we think they were looking at -- and this

OFFICIAL TRANSCRIPT

was, I think, at about 9:34 -- was a constant pressure on the
drill pipe and a constant -- well, it's still declining a
little bit, but a near constant pressure on the kill line.
That usually means nothing is moving in the well, and you have
maybe a plug.

They did a bleed-off, which you can see that on the
drill pipe they brought the pressure all the way down to the
kill line and held it for a minute or so, and then shut the
drill pipe again, and it came back up slightly less than what
it was before.

That's a consistent behavior of a bleed-off.  That's
not something you would do if you thought the well was flowing.
That's just -- that behavior is consistent with thinking you
have a plug in the well.

Q.   Did your investigative team find any evidence that the
crew was given information about the quality of the cement
slurry or that it was unlikely to work?

A.   No.

Q.   Did you find any evidence that the crew was told before
the blowout that onshore engineers for BP had concluded, as you
did, that this test result in the negative pressure test was
not possible?

A.   No.

MS. CLINGMAN:  Your Honor, his next finding relates to
the blowout preventer.  I did not have the benefit of being

**OFFICIAL TRANSCRIPT**

11:48:49 1    here during Mr. Childs.  If I could take a quick break to

11:48:49 2    confer with my team --

11:48:54 3           THE COURT:  We've probably heard enough about blowout

11:48:56 4    preventers.

11:48:58 5           MS. CLINGMAN:  I do have some factual information from

11:49:00 6    his side that I believe is relevant and not covered by

11:49:03 7    Greg Childs.  That's what I was going to confirm.

11:49:05 8               But the factual review that he did, I would

11:49:08 9    propose to put into the record, unless I'm overruled.

11:49:11 10          THE COURT:  You're overruled.

11:49:15 11          MS. CLINGMAN:  So be it.

11:49:15 12   BY MS. CLINGMAN:

11:49:16 13   Q.   Let's put up 4248, 199.4.

11:49:25 14              Let's skip that one.  Let's go to the final finding,

11:49:32 15   after all of those pages of BOP questions, the last cull-out is

11:49:41 16   4248.200.1.

11:49:44 17              Mr. Ambrose, what was the last finding of your

11:49:47 18   report, 4.9?

11:49:48 19   A.   That, basically, the evacuation worked, training worked,

11:49:53 20   115 people made it off.

11:49:55 21              You know, you look at what happened, that was an

11:49:56 22   amazing event.  I'm proud of our crew for getting those people

11:50:03 23   off that rig, really proud.

11:50:09 24          MS. CLINGMAN:  Your Honor, I have nothing further of

11:50:11 25   the witness.

**OFFICIAL TRANSCRIPT**

11:50:12  1        THE COURT:  All right.  Let's go ahead and recess for

11:50:15  2   lunch.  It's about 10 minutes till.  So we will come back at

11:50:21  3   1 o'clock.

11:50:23  4        THE DEPUTY CLERK:  All rise.

11:50:26  5        (WHEREUPON, at 11:50 a.m., the Court was in luncheon

6   recess.)

7                              *    *    *

8

9

10                       REPORTER'S CERTIFICATE

11

12        I, Cathy Pepper, Certified Realtime Reporter, Registered

13   Merit Reporter, Certified Court Reporter of the State of

14   Louisiana, Official Court Reporter for the United States

15   District Court, Eastern District of Louisiana, do hereby

16   certify that the foregoing is a true and correct transcript to

17   the best of my ability and understanding from the record of the

18   proceedings in the above-entitled and numbered matter.

19

20

21              *s/Cathy Pepper*

22              Cathy Pepper, CRR, RMR, CCR
                Certified Realtime Reporter
23              Registered Merit Reporter
                Official Court Reporter
24              United States District Court
                Cathy_Pepper@laed.uscourts.gov
25

**OFFICIAL TRANSCRIPT**

'

**'70s** [1] - 5926:20
**'80s** [2] - 5953:3, 5955:6
**'90s** [1] - 5955:7

## 1

**1** [46] - 5934:3, 5937:2, 5941:5, 5964:2, 5991:15, 5994:15, 5995:10, 5996:6, 5996:15, 6003:18, 6004:1, 6005:5, 6006:17, 6006:23, 6007:24, 6008:11, 6009:8, 6010:24, 6013:22, 6014:18, 6027:2, 6028:6, 6031:2, 6034:18, 6034:21, 6035:4, 6035:22, 6036:23, 6037:21, 6038:8, 6039:3, 6039:17, 6039:21, 6040:3, 6040:19, 6040:25, 6041:1, 6041:11, 6042:4, 6042:18, 6042:23, 6062:3
**1.4.1** [3] - 6027:24, 6029:4, 6029:10
**10** [8] - 5971:24, 5972:4, 5998:17, 5999:2, 5999:12, 5999:13, 6041:18, 6062:2
**10-MD-2179** [1] - 5896:8
**10-year** [1] - 6019:6
**10.11** [2] - 6038:4, 6038:11
**10.2** [1] - 5972:10
**1000** [1] - 5901:19
**1001** [1] - 5901:11
**101** [1] - 5898:4
**10:18** [1] - 6011:16
**11** [2] - 5978:24, 6009:21
**11.2** [1] - 6041:17
**11.6** [2] - 6039:4, 6039:11
**11.8** [2] - 6039:19, 6039:22
**1100** [1] - 5901:7
**1110** [1] - 5901:23
**115** [4] - 6000:1, 6000:2, 6000:5, 6061:20

**11:50** [1] - 6062:5
**12** [3] - 5950:3, 6018:2, 6019:14
**1201** [2] - 5900:20, 5902:16
**1221** [1] - 5902:10
**12th** [1] - 5922:17
**13** [3] - 5950:4, 6013:22, 6015:15
**13,000** [4] - 5962:7, 5964:3, 5999:19, 6002:18
**13.3** [2] - 6040:6, 6040:8
**130** [1] - 5923:6
**1308** [1] - 5898:7
**1331** [1] - 5902:20
**1372** [1] - 6039:17
**1381** [1] - 6042:10
**14** [7] - 5918:11, 5963:24, 5970:3, 5982:4, 6043:5, 6043:12, 6046:18
**14-plus** [1] - 6045:17
**14-pound** [1] - 6057:14
**140** [1] - 6024:23
**14271** [1] - 5899:13
**147** [1] - 5984:6
**14th** [1] - 6050:24
**15** [1] - 5985:10
**15-plus** [1] - 6058:5
**15.7** [2] - 6040:24, 6041:2
**16-pound** [1] - 6057:15
**1601** [1] - 5897:11
**1665** [1] - 5902:20
**17** [2] - 5922:23, 6037:2
**1700** [1] - 5902:16
**18** [4] - 5896:20, 5963:24, 6043:6, 6043:12
**1832** [6] - 6038:7, 6039:20, 6040:25, 6041:11, 6041:14, 6041:18
**188** [2] - 6043:5, 6043:10
**1885** [1] - 5900:6
**19** [3] - 5997:15, 5997:23, 6022:7
**196.1** [1] - 6048:14
**198.1** [1] - 6050:19
**198.3** [1] - 6054:9
**199.2** [1] - 6056:10
**199.3** [1] - 6058:22
**199.4** [1] - 6061:13
**1997** [1] - 5926:22

**1998** [1] - 6046:10
**1999** [1] - 5914:10
**19th** [3] - 5919:15, 5998:4, 6000:10

## 2

**2** [24] - 5964:2, 5964:21, 5976:14, 5986:13, 5986:20, 6003:18, 6008:22, 6010:6, 6018:2, 6028:24, 6031:2, 6031:24, 6034:3, 6034:4, 6034:5, 6035:4, 6039:3, 6039:10, 6040:7, 6041:19, 6042:10, 6042:11, 6047:10, 6059:6
**2,000** [3] - 5948:20, 5956:1, 5962:3
**2.1.11** [1] - 6042:9
**20** [29] - 5896:6, 5915:22, 5919:3, 5920:5, 5922:13, 5922:20, 5923:2, 5924:11, 5936:4, 5936:8, 5936:22, 5964:19, 5984:15, 5984:17, 5992:25, 5996:1, 6001:22, 6013:25, 6014:1, 6014:7, 6015:18, 6015:21, 6016:8, 6016:15, 6016:16, 6016:18, 6043:15, 6044:3, 6044:7
**20-year** [1] - 5984:12
**20/60** [1] - 6014:25
**200** [1] - 5951:12
**20004** [1] - 5900:21
**2000s** [1] - 5973:2
**2001** [3] - 6003:7, 6004:7, 6006:1
**2002** [1] - 6006:14
**2003** [4] - 5925:8, 5934:25, 5935:4, 5943:12
**20044** [3] - 5899:7, 5899:13, 5899:19
**2005** [12] - 6007:13, 6007:15, 6007:19, 6007:23, 6008:1, 6008:2, 6008:18, 6010:22, 6013:21, 6018:1, 6019:10, 6036:7
**2007** [5] - 6019:8,

6020:3, 6030:9, 6037:2, 6037:13
**2008** [5] - 5945:24, 5946:1, 5972:14, 6029:7, 6030:10
**2009** [17] - 5920:22, 5922:23, 5937:2, 5937:7, 5937:11, 5959:17, 5971:1, 5972:15, 5973:19, 5975:15, 5975:20, 5979:11, 5979:21, 5985:20, 6037:16, 6037:25, 6043:5
**2010** [24] - 5896:6, 5915:22, 5919:3, 5919:6, 5920:5, 5920:23, 5922:13, 5922:20, 5923:2, 5924:11, 5941:5, 5943:13, 5973:20, 5985:6, 5989:23, 5997:15, 5997:23, 6011:25, 6016:15, 6016:18, 6038:19, 6040:16, 6043:11, 6044:3
**2011** [3] - 5918:13, 5985:22, 5989:24
**2013** [3] - 5896:9, 5906:2, 5926:24
**20th** [5] - 5916:4, 5933:4, 5933:5, 6004:6, 6051:23
**21st** [1] - 5916:6
**2211** [1] - 5901:23
**2216** [1] - 5898:18
**222** [9] - 5964:19, 5965:4, 5997:18, 5998:8, 5998:12, 5999:19, 6000:2, 6001:17, 6001:21
**22ND** [1] - 5897:19
**23** [1] - 5972:2
**23451** [1] - 5897:19
**24** [2] - 6017:1, 6042:4
**24,000** [2] - 5956:21, 5956:22
**24,000-hour** [2] - 6001:4, 6001:5
**24/7** [2] - 5943:24, 5944:21
**25** [6] - 5981:21, 5981:23, 6007:17, 6014:15, 6014:23, 6015:21
**25/60** [3] - 6014:15, 6014:25, 6015:12
**26** [2] - 5896:9, 5906:2
**2615** [1] - 5897:15

**27** [3] - 5937:1, 5937:7, 6017:20
**29** [2] - 6038:19, 6040:16
**2:10-CV-02771** [1] - 5896:12
**2:10-CV-4536** [1] - 5896:14

## 3

**3** [10] - 5949:3, 5964:6, 5964:8, 5990:5, 5993:3, 6005:5, 6035:10, 6039:17, 6041:15, 6044:13
**3,000** [1] - 6050:13
**30** [12] - 5970:3, 5975:1, 5975:2, 5975:4, 5976:25, 5998:21, 5999:11, 6007:17, 6010:24, 6028:15, 6045:17, 6057:16
**30-some** [1] - 5926:25
**300** [1] - 5900:25
**3098** [1] - 5999:18
**31** [1] - 6031:24
**32** [1] - 6043:13
**3285** [1] - 5996:5
**3403** [6] - 6021:22, 6022:1, 6025:22, 6026:16, 6027:10, 6034:21
**3403.39.3** [1] - 6026:8
**3403.8** [1] - 6030:24
**3404** [7] - 6021:20, 6022:7, 6026:16, 6027:2, 6027:3, 6027:9, 6027:17
**3404.1** [1] - 6027:5
**3404.19.2** [1] - 6027:17
**35** [5] - 5927:5, 6014:18, 6029:17, 6045:12, 6052:12
**3545** [1] - 5977:1
**355** [1] - 5901:15
**35TH** [1] - 5901:15
**36031** [1] - 5986:4
**36130** [1] - 5899:24
**36604** [1] - 5897:12
**3668** [1] - 5897:4
**37** [1] - 6006:23
**3700** [2] - 5901:7, 5901:11
**39** [1] - 6026:6
**390** [3] - 5975:14, 5976:25, 5977:10

**4**

**4** [13] - 5938:3, 5964:7, 5964:8, 5984:11, 5984:12, 5987:8, 6027:5, 6035:19, 6038:8, 6039:10, 6040:4, 6041:14, 6042:23
**4.4** [1] - 6050:20
**4.5** [1] - 6051:24
**4.6** [1] - 6054:10
**4.7** [1] - 6056:10
**4.9** [1] - 6061:18
**40** [4] - 5927:6, 6014:2, 6015:2, 6029:17
**400** [1] - 5951:21
**402** [1] - 5897:19
**42** [2] - 5950:15, 6042:18
**4248** [2] - 6047:10, 6061:13
**4248.200.1** [1] - 6061:16
**4310** [1] - 5898:14
**435** [1] - 5898:4
**44** [1] - 5950:15
**45** [2] - 5991:15, 5993:3
**450** [1] - 5898:23
**4500** [1] - 5902:10
**46** [1] - 6028:24
**4680** [2] - 5946:17, 6028:24
**47568** [3] - 6031:1, 6035:3, 6035:10

**5**

**5** [5] - 6004:1, 6035:22, 6039:20, 6040:7, 6040:20
**50** [8] - 5917:13, 5994:15, 5999:15, 6015:2, 6015:8, 6016:9, 6016:10, 6016:16
**500** [3] - 5897:4, 5899:23, 5903:4
**5000** [1] - 5900:17
**504** [1] - 5903:5
**52** [2] - 5947:24, 5962:2
**5395** [1] - 5898:23
**54** [1] - 5995:10
**546** [1] - 5902:4
**55** [1] - 5996:6

**556** [1] - 5897:4
**589-7779** [1] - 5903:5
**5912** [2] - 5904:4, 5904:5

**6**

**6** [3] - 5990:5, 6030:22, 6030:24
**60** [7] - 5973:1, 6014:1, 6014:8, 6014:16, 6014:23, 6015:4, 6015:18
**600** [3] - 5897:19, 5897:22, 5901:19
**601** [1] - 5897:15
**6062** [1] - 5904:6
**60654** [1] - 5900:25
**618** [1] - 5898:11
**6725** [1] - 5951:18
**6735-A** [1] - 5923:16
**6735-D** [1] - 5925:23
**6736** [1] - 6002:9
**6739** [2] - 5981:19, 5988:20
**6747** [1] - 6043:1
**6756** [1] - 5952:23
**6761** [1] - 5948:8
**6763** [1] - 5949:25

**7**

**7** [3] - 6025:24, 6025:25, 6041:11
**70** [1] - 5917:12
**701** [2] - 5900:11, 5900:16
**70113** [1] - 5897:8
**70130** [6] - 5897:16, 5897:23, 5898:18, 5900:11, 5902:5, 5903:5
**70139** [1] - 5900:17
**70163** [1] - 5901:7
**70360** [1] - 5898:4
**70458** [1] - 5898:8
**70502** [2] - 5897:5, 5901:20
**70801** [1] - 5898:11
**70804** [1] - 5900:7
**75270** [1] - 5902:17
**7611** [1] - 5899:7
**77002** [1] - 5901:11
**77006** [1] - 5898:15
**77010** [2] - 5902:10, 5902:20
**77098** [1] - 5901:23
**7TH** [1] - 5898:23

**8**

**8** [6] - 5946:17, 6025:24, 6034:19, 6034:21
**80** [7] - 5932:2, 5950:18, 5962:10, 5963:6, 5963:22, 5967:11, 6051:2
**800** [1] - 6059:14
**820** [1] - 5897:8
**88** [1] - 5996:15
**8:00** [1] - 5896:9

**9**

**9-0-0-2** [1] - 5907:23
**90** [1] - 5932:2
**9002** [1] - 5907:23
**90071** [1] - 5901:16
**94005** [1] - 5900:7
**94102** [1] - 5898:24
**98.2** [1] - 6051:24
**9:27** [2] - 6059:8, 6059:18
**9:30** [1] - 6058:24
**9:34** [1] - 6060:1
**9TH** [1] - 5897:22

**A**

**A&M** [2] - 5912:22, 5912:25
**A-M-B-R-O-S-E** [1] - 5912:20
**A.M** [1] - 5896:9
**a.m** [2] - 6011:16, 6062:5
**A1** [1] - 5936:7
**A60-rated** [1] - 5939:16
**abandon** [2] - 5939:5, 6033:12
**abandonment** [1] - 6050:22
**ability** [5] - 5966:12, 5969:25, 5973:3, 5995:1, 6062:17
**able** [3] - 5908:3, 5955:13, 6048:22
**above-entitled** [1] - 6062:18
**above-mentioned** [2] - 5906:19, 5907:5
**ABRAMSON** [1] - 5897:14
**ABS** [25] - 5933:20, 5934:23, 5935:5,

5935:6, 5935:13, 5935:16, 5936:3, 5936:16, 5936:21, 5979:24, 5983:7, 5983:9, 5984:5, 5984:6, 5984:7, 5985:8, 5988:10, 6014:11, 6014:13, 6014:17, 6014:20, 6015:11, 6015:19, 6015:24, 6016:12
**absolutely** [6] - 5918:3, 5937:24, 5943:1, 5987:23, 6002:22
**absorber** [1] - 5990:23
**abundantly** [1] - 5910:25
**accept** [5] - 5916:11, 6003:24, 6008:19, 6010:14, 6010:17
**acceptance** [5] - 6003:12, 6003:13, 6003:15, 6005:4, 6005:10
**accepted** [2] - 6008:7, 6009:4
**access** [17] - 5918:4, 5945:18, 5945:21, 5946:19, 5947:1, 5947:2, 5981:16, 5982:8, 5982:12, 5988:5, 6008:23, 6009:3, 6009:17, 6010:8, 6013:4, 6013:7
**accommodations** [3] - 6017:9, 6017:11, 6024:25
**accordance** [1] - 6004:20
**according** [5] - 5909:10, 5936:21, 5939:9, 5949:7, 5967:24
**account** [1] - 5968:5
**accounts** [1] - 5962:10
**accurate** [3] - 5933:10, 5934:13, 5941:19
**accurately** [1] - 5986:14
**acknowledged** [4] - 6016:21, 6017:13, 6017:14, 6056:9
**acknowledging** [1] - 6057:10
**acknowledgment** [1] - 6031:20

**acronym** [3] - 5959:3, 5962:25, 6007:3
**acting** [3] - 5915:20, 5926:14, 5927:11
**action** [8] - 5958:9, 6018:16, 6018:17, 6019:25, 6033:22, 6034:7, 6043:17, 6055:10
**ACTION** [1] - 5896:8
**actions** [6] - 5960:22, 5961:4, 5961:10, 5964:17, 6036:20, 6059:1
**active** [1] - 5965:16
**acts** [1] - 6018:17
**actual** [12] - 5935:11, 5959:24, 5964:6, 5966:23, 5967:15, 5980:18, 5984:5, 6001:1, 6020:20, 6024:3, 6049:24, 6058:8
**actuates** [1] - 6034:8
**Adamson** [2] - 5924:9, 5924:11
**add** [8] - 5907:20, 5908:4, 5908:19, 5909:3, 5928:22, 5999:10, 6000:3, 6043:2
**added** [3] - 6035:17, 6051:21, 6051:22
**addition** [5] - 5909:23, 5931:19, 5973:23, 5977:7, 5977:23
**additional** [4] - 5956:24, 5968:19, 6000:1, 6017:20
**address** [8] - 5910:17, 5910:22, 5986:24, 5990:3, 5990:19, 5999:4, 6004:13, 6031:8
**addressed** [2] - 5998:5, 6030:9
**adequately** [1] - 6049:4
**adjust** [3] - 5912:16, 5950:8, 5957:14
**adjusted** [1] - 6016:11
**adjusts** [1] - 5957:18
**admitted** [5] - 5906:18, 5906:20, 5907:4, 5907:6, 5936:3
**advance** [1] - 6044:14
**affect** [1] - 5991:11
**afraid** [1] - 5925:15
**Africa** [1] - 5927:3

**aftermath** [1] - 5980:24
**afternoon** [4] - 5907:14, 5909:19, 6050:25, 6051:23
**afterwards** [1] - 5980:23
**ago** [5] - 5931:21, 5946:13, 6004:9, 6022:1, 6055:19
**agree** [6] - 5916:22, 5920:14, 5920:16, 5936:9, 5937:19, 5991:20
**agreed** [2] - 6023:19, 6043:18
**ahead** [3] - 5910:21, 5967:7, 6062:1
**air** [7] - 5993:24, 5994:3, 5994:5, 6024:16, 6025:1, 6034:1, 6034:8
**airlines** [1] - 5958:2
**AL** [4] - 5896:13, 5896:16, 5897:12, 5899:24
**ALABAMA** [2] - 5899:21
**alarm** [22] - 5937:12, 5937:13, 5937:14, 5951:19, 6004:8, 6015:7, 6016:21, 6017:24, 6031:11, 6031:17, 6031:20, 6031:21, 6032:10, 6032:12, 6032:14, 6032:20, 6032:23, 6032:24, 6033:9, 6033:11, 6033:21, 6033:23
**alarms** [15] - 5935:23, 5940:24, 5955:21, 5997:10, 6013:25, 6016:18, 6016:21, 6017:14, 6017:15, 6017:17, 6017:21, 6017:23, 6031:14, 6033:16, 6033:20
**alerted** [2] - 6054:20, 6055:11
**alerts** [1] - 5998:5
**ALEX** [1] - 5902:9
**alignment** [1] - 5955:12
**ALLAN** [1] - 5900:10
**allocate** [1] - 5920:17
**allow** [7] - 5907:20, 5909:3, 5909:11, 5961:6, 5973:22, 6018:6

**allowance** [1] - 5965:1
**allowed** [8] - 5908:17, 5908:20, 5909:4, 5909:7, 6019:21, 6049:22, 6053:14, 6056:19
**allowing** [1] - 6010:8
**allows** [1] - 6059:11
**almost** [2] - 6011:10, 6011:13
**alone** [1] - 6030:16
**alternate** [2] - 5984:18, 6013:12
**amazing** [1] - 6061:22
**Ambrose** [63] - 5911:25, 5912:1, 5912:14, 5912:18, 5912:19, 5914:12, 5915:14, 5915:22, 5916:8, 5916:19, 5918:7, 5918:20, 5920:17, 5922:10, 5922:13, 5922:23, 5923:17, 5924:23, 5926:13, 5927:7, 5928:24, 5930:8, 5931:19, 5932:6, 5933:1, 5933:13, 5934:4, 5934:10, 5937:3, 5941:8, 5941:23, 5942:5, 5942:22, 5943:3, 5944:20, 5947:19, 5951:19, 5958:3, 5958:19, 5959:18, 5967:5, 5967:18, 5969:3, 5972:4, 5973:18, 5975:25, 5976:6, 5976:20, 5979:17, 5986:3, 5987:25, 5990:6, 6006:24, 6011:22, 6016:25, 6021:6, 6030:5, 6042:1, 6043:2, 6044:24, 6053:22, 6055:7, 6061:17
**AMBROSE** [1] - 5912:7
**AMBROSE**................
..................... [1] - 5904:4
**AMERICA** [3] - 5896:15, 5898:21, 5900:14
**America** [8] - 5918:24, 5923:24, 5924:5, 5924:9, 5927:23, 5927:24, 6012:23, 6046:24

**AMERICAN** [1] - 5897:15
**American** [6] - 5923:19, 5923:20, 5934:6, 5934:23, 5935:1, 5936:10
**amount** [2] - 5968:10, 6019:1
**amounts** [1] - 5977:1
**ample** [1] - 5967:24
**analysis** [15] - 5913:10, 5915:10, 5966:24, 5992:20, 5992:21, 6045:22, 6045:23, 6045:25, 6047:1, 6047:22, 6048:2, 6056:11, 6058:1
**AND** [2] - 5896:12, 5901:4
**ANDREW** [1] - 5900:23
**Angel** [5] - 6038:19, 6039:15, 6040:1, 6040:15, 6041:22
**ANGELES** [1] - 5901:16
**animate** [1] - 6002:12
**annex** [1] - 6021:1
**annual** [4] - 5936:5, 5988:14, 5988:16, 5988:23
**annually** [2] - 5942:15, 6019:13
**annular** [3] - 6053:9, 6053:14, 6054:4
**annulus** [2] - 6049:20, 6053:16
**anomalies** [1] - 6058:1
**anomalous** [2] - 6054:19, 6055:11
**anomaly** [2] - 6058:25, 6059:19
**Answer** [2] - 6030:2, 6030:4
**answer** [1] - 5976:21
**ANTHONY** [1] - 5898:17
**Anthony** [2] - 5907:9, 5911:18
**anytime** [1] - 5931:24
**apart** [3] - 5930:24, 5933:22, 5986:22
**appearance** [1] - 6058:12
**APPEARANCES** [7] - 5897:1, 5898:1, 5899:1, 5900:1, 5901:1, 5902:1,

5903:1
**appeared** [2] - 5975:18, 6010:1
**appendices** [1] - 6048:7
**appendix** [1] - 6048:4
**applicable** [1] - 5938:7
**applying** [1] - 5960:13
**appropriate** [3] - 5920:18, 5974:8, 5995:14
**approve** [1] - 6003:3
**approved** [1] - 5946:4
**April** [30] - 5915:22, 5916:4, 5919:3, 5919:5, 5920:5, 5922:13, 5922:20, 5923:2, 5923:10, 5924:11, 5933:4, 5933:5, 5941:5, 5964:19, 5989:23, 5992:25, 5996:1, 5997:15, 5997:23, 6000:10, 6001:22, 6004:6, 6006:1, 6016:15, 6016:18, 6043:10, 6043:15, 6044:3, 6044:7, 6050:24
**APRIL** [1] - 5896:6
**architect** [1] - 6046:8
**architecture** [8] - 5913:4, 5913:8, 5913:9, 5913:18, 5914:17, 5914:22, 6002:7, 6046:11
**area** [10] - 5913:1, 5917:17, 5987:20, 5994:4, 5994:9, 5994:10, 6006:22, 6023:1, 6023:4, 6024:18
**areas** [5] - 5923:7, 5993:25, 5994:1, 6023:5, 6040:10
**Arnaud** [1] - 5916:15
**arose** [1] - 5972:20
**arrangement** [1] - 6058:20
**ARRELL** [1] - 5901:22
**arrive** [2] - 6006:12, 6056:16
**arrived** [2] - 5982:21, 6003:7
**ASBILL** [1] - 5901:9
**ascent** [1] - 5991:18
**aside** [1] - 6016:17
**aspect** [3] - 5928:9, 5931:8, 5987:18

**aspects** [3] - 5928:7, 5930:3, 5959:4
**assembly** [5] - 5995:4, 5995:10, 5995:11, 5995:17, 5995:25
**assess** [1] - 5959:12
**assessed** [2] - 5947:23, 5988:9
**assessment** [7] - 5919:5, 5919:17, 5923:9, 5923:10, 5989:15, 6006:2, 6018:3
**Assessment** [2] - 5959:3, 6006:16
**Asset** [6] - 5922:18, 5922:19, 5922:24, 5922:25, 5923:1
**ASSET** [1] - 5896:13
**asset** [14] - 5921:20, 5922:17, 5924:17, 5925:3, 5925:7, 5926:1, 5926:8, 5927:13, 5927:19, 5928:2, 5928:10, 5928:11, 5928:13
**assets** [2] - 5916:16, 5921:18
**assign** [1] - 5969:7
**Assignment** [1] - 5922:23
**assist** [1] - 5987:7
**assistance** [1] - 5931:16
**assistant** [3] - 5953:23, 5954:3, 5954:5
**assisted** [1] - 6045:7
**assists** [1] - 5915:17
**assume** [4] - 5938:11, 5956:3, 6008:25, 6010:11
**assurance** [4] - 6020:25, 6021:3, 6021:18, 6037:6
**attach** [1] - 5951:1
**attachment** [1] - 6011:25
**attempt** [2] - 5908:25, 6049:10
**attended** [1] - 5934:17
**attention** [1] - 6033:21
**attitude** [1] - 6010:10
**ATTORNEY** [4] - 5899:21, 5899:22, 5900:4, 5900:6
**Audit** [1] - 5959:2
**audit** [86] - 5944:13, 5944:14, 5946:1, 5946:10, 5946:17,

5947:10, 5958:20, 5959:9, 5964:12, 5964:14, 5975:13, 5975:15, 5975:21, 5975:25, 5976:2, 5976:13, 5980:3, 5990:1, 5990:6, 5990:12, 5990:13, 5993:23, 6001:10, 6003:9, 6003:12, 6003:13, 6003:15, 6004:5, 6004:7, 6005:4, 6006:20, 6009:21, 6010:5, 6010:25, 6016:7, 6019:8, 6019:10, 6019:15, 6019:17, 6019:19, 6020:3, 6020:9, 6020:14, 6020:19, 6020:21, 6020:25, 6021:3, 6021:4, 6021:11, 6021:18, 6021:20, 6022:8, 6022:12, 6023:7, 6024:6, 6024:9, 6025:12, 6025:22, 6026:10, 6027:1, 6027:3, 6027:10, 6027:17, 6028:1, 6028:5, 6028:8, 6028:11, 6028:22, 6029:3, 6029:9, 6029:16, 6036:7, 6037:3, 6037:4, 6037:6, 6037:13, 6037:16, 6037:19, 6037:24, 6037:25, 6042:15, 6043:5, 6043:8, 6043:21

**audited** [3] - 5945:19, 5988:22, 6010:21

**auditing** [2] - 5961:14, 6009:12

**auditor** [4] - 5989:7, 6009:17, 6016:4

**auditors** [9] - 5941:8, 5941:10, 5941:20, 5966:2, 5966:23, 5989:1, 6003:19, 6009:2, 6019:22

**audits** [17] - 5934:4, 5944:2, 5944:5, 5945:22, 5945:23, 5947:5, 5958:25, 5960:4, 5960:23, 5961:16, 5988:25, 6009:19, 6013:1, 6019:11, 6020:13, 6021:12, 6037:15

**August** [2] - 5922:17, 5922:23

**automated** [1] - 5954:21

**automatic** [3] - 5991:25, 5992:10, 5992:16

**automatically** [1] - 5950:7

**automation** [1] - 5935:20

**available** [7] - 5931:21, 5945:3, 5945:5, 5945:15, 6008:17, 6030:25, 6055:22

**AVENUE** [5] - 5897:8, 5898:23, 5899:23, 5900:20, 5901:15

**average** [1] - 5949:12

**awaiting** [2] - 5909:14, 6000:1

**aware** [2] - 6055:6, 6055:7

# B

**back-up** [1] - 5953:24

**backflow** [1] - 6050:11

**background** [4] - 5916:25, 5917:1, 5930:17, 5954:7

**backup** [2] - 5992:13, 5992:16

**backwards** [1] - 5995:22

**bad** [1] - 6053:20

**balance** [2] - 5999:2, 5999:16

**ballpark** [1] - 5964:5

**Bankston** [3] - 6017:3, 6053:3, 6053:6

**bar** [2] - 5982:3, 6058:15

**BARBIER** [1] - 5896:22

**Bareboat** [3] - 5922:24

**bareboat** [1] - 5923:1

**barge** [1] - 5951:14

**barrels** [1] - 6052:12

**barrier** [2] - 6051:20, 6054:21

**base** [1] - 5976:10

**based** [31] - 5931:20, 5933:13, 5935:5, 5950:7, 5953:15, 5956:11, 5957:18, 5957:20, 5957:21, 5958:3, 5958:7,

5958:9, 5970:9, 5974:19, 5978:2, 5978:7, 5978:11, 5978:19, 5992:11, 5993:5, 6009:9, 6047:19, 6049:5, 6049:17, 6050:17, 6051:9, 6056:16, 6056:17, 6056:19, 6056:20, 6057:15

**basic** [1] - 5914:21

**basis** [5] - 5908:3, 5925:21, 5958:12, 5969:5, 6025:20

**Bates** [1] - 5914:15

**BATON** [2] - 5898:11, 5900:7

**BEACH** [1] - 5897:19

**became** [1] - 5955:7

**BECK** [2] - 5902:7, 5902:7

**become** [1] - 6005:8

**bed** [1] - 6033:22

**BEFORE** [1] - 5896:22

**began** [1] - 6059:23

**begin** [1] - 5911:17

**beginning** [2] - 5918:9, 6002:6

**behalf** [3] - 5906:14, 5916:13, 5917:3

**behavior** [4] - 5961:15, 5971:15, 6060:11, 6060:13

**behaviors** [1] - 6059:2

**behind** [3] - 5954:8, 5977:4, 6057:18

**belief** [2] - 5911:4, 6059:2

**below** [5] - 6038:15, 6053:13, 6053:15, 6053:16, 6053:18

**BEN** [1] - 5899:18

**Ben** [2] - 5910:6, 5910:15

**benefit** [3] - 6044:25, 6045:6, 6060:25

**Bertone** [3] - 5930:9, 5979:7, 5979:8

**Bertone's** [1] - 5979:12

**best** [10] - 5919:2, 5959:21, 5961:21, 5961:22, 5968:17, 5989:13, 6001:9, 6001:25, 6047:17, 6062:17

**better** [4] - 5973:3, 5973:4, 5992:7, 6019:24

**between** [16] -

5921:11, 5928:1, 5943:10, 5943:13, 5959:24, 5976:1, 5981:15, 5984:21, 5984:24, 5985:2, 5986:6, 5986:19, 6007:4, 6027:9, 6057:14, 6058:13

**beyond** [1] - 6017:20

**BHP** [9] - 6007:23, 6008:3, 6008:7, 6008:8, 6008:18, 6008:19, 6009:4, 6010:12, 6010:14

**biannually** [1] - 5942:16

**big** [4] - 5954:13, 5954:15, 5995:5, 6050:23

**bilge** [7] - 5931:7, 6034:25, 6035:20, 6040:19, 6040:21, 6040:23, 6041:3

**Bill** [2] - 5911:25, 6002:10

**Billiton** [2] - 6007:23, 6008:7

**BILLY** [3] - 5904:4, 5912:7, 5912:20

**Billy** [1] - 5912:19

**Birch** [1] - 6045:11

**bit** [21] - 5913:1, 5920:19, 5934:9, 5950:13, 5954:21, 5956:16, 5958:2, 5962:16, 5963:16, 5982:5, 5994:7, 6009:1, 6013:2, 6013:23, 6018:17, 6047:1, 6047:2, 6050:14, 6050:24, 6059:5, 6060:3

**black** [1] - 5994:20

**bleed** [2] - 6060:6, 6060:11

**bleed-off** [2] - 6060:6, 6060:11

**blend** [1] - 5971:9

**block** [1] - 6024:19

**blocks** [2] - 5993:2, 5993:6, 5993:7

**blow** [1] - 5932:8

**blown** [1] - 6059:6

**blowout** [18] - 5930:5, 5982:14, 5982:17, 5984:23, 5985:2, 5985:4, 5986:15, 5987:3, 5993:9, 5993:24, 5995:2, 5995:7, 6002:23,

6005:17, 6049:16, 6060:20, 6060:25, 6061:3

**blue** [3] - 5930:17, 5976:18, 5981:25

**board** [7] - 5929:25, 5930:15, 5939:7, 5947:24, 5978:10, 5984:1, 5989:14

**boards** [1] - 5971:7

**Bobillier** [1] - 5916:15

**bold** [1] - 5976:18

**books** [1] - 5971:5

**boots** [1] - 5934:19

**BOP** [29] - 5921:14, 5948:6, 5970:22, 5982:6, 5982:9, 5983:3, 5986:19, 5986:21, 5987:16, 5987:18, 5988:3, 5993:11, 5994:7, 5994:8, 5994:13, 5994:19, 5994:20, 6006:3, 6006:5, 6045:23, 6046:25, 6052:9, 6053:15, 6053:16, 6053:18, 6056:3, 6061:15

**bottom** [9] - 5937:4, 5953:17, 5954:19, 5988:19, 5988:20, 5988:21, 5990:13, 5991:4, 6054:6

**bought** [1] - 6049:11

**BOULEVARD** [1] - 5898:14

**boundary** [2] - 5939:10, 5939:12

**BOUNDS** [1] - 5897:10

**box** [4] - 5961:7, 6056:24, 6057:1, 6057:4

**BOX** [4] - 5897:4, 5899:7, 5899:13, 5900:7

**BP** [86] - 5896:15, 5900:13, 5900:14, 5900:15, 5906:14, 5908:17, 5909:4, 5909:5, 5909:11, 5909:13, 5942:5, 5942:18, 5943:3, 5943:11, 5943:15, 5943:23, 5944:3, 5944:9, 5944:14, 5944:20, 5945:13, 5945:18, 5945:19, 5945:23, 5946:1, 5946:6, 5946:10,

5946:15, 5946:17, 5947:1, 5947:5, 5975:13, 5975:20, 5975:25, 5976:1, 5976:9, 5976:11, 5976:17, 5976:20, 5976:22, 5976:24, 5977:2, 5980:2, 5981:4, 6002:25, 6003:12, 6003:19, 6003:24, 6010:17, 6010:18, 6010:19, 6019:8, 6019:11, 6019:15, 6019:17, 6020:3, 6021:18, 6022:5, 6022:8, 6022:11, 6022:20, 6024:5, 6025:21, 6027:3, 6028:1, 6028:19, 6028:22, 6031:5, 6034:13, 6034:18, 6036:7, 6036:24, 6037:13, 6037:16, 6039:1, 6039:20, 6040:1, 6041:9, 6042:15, 6042:22, 6043:20, 6043:22, 6044:6, 6055:4, 6060:20

**BP's** [6] - 5909:24, 5942:23, 5946:19, 6005:4, 6020:24, 6022:1

**brackets** [1] - 6000:12

**BRAD** [1] - 5901:14

**BRANCH** [3] - 5898:22, 5899:10, 5899:16

**break** [4] - 5963:8, 6011:5, 6011:14, 6061:1

**breakdowns** [1] - 5967:17

**breaker** [1] - 6033:5

**breaking** [2] - 5953:10, 5953:14

**breakout** [1] - 6040:12

**breaks** [1] - 5922:8

**BREIT** [2] - 5897:18, 5897:18

**BRENNAN** [1] - 5901:9

**Brett** [1] - 5976:7

**BRIAN** [1] - 5901:14

**bridge** [4] - 5938:8, 5997:5, 6017:14, 6032:22

**brief** [2] - 5910:10, 5947:16

**briefing** [2] - 5909:21,

5911:13

**briefly** [14] - 5910:22, 5922:10, 5932:19, 5936:24, 5947:21, 5950:1, 5952:23, 5967:18, 5981:25, 5988:7, 5993:6, 6005:5, 6014:17, 6048:16

**bright** [1] - 6024:8

**bring** [7] - 5914:6, 5931:23, 5942:16, 5974:4, 5974:8, 5986:21, 5987:4

**broad** [1] - 5913:1

**BROCK** [1] - 5900:20

**broken** [2] - 5962:18, 6041:2

**brought** [11] - 5974:2, 5982:15, 6001:7, 6045:4, 6045:7, 6045:13, 6045:20, 6045:24, 6048:3, 6048:12, 6060:7

**buckets** [1] - 5963:4

**buckling** [1] - 6045:22

**Buddy** [5] - 5924:15, 5924:24, 5925:5, 5925:12, 5925:18

**Buddy's** [1] - 5925:12

**budgetary** [1] - 5920:22

**build** [8] - 5914:4, 5914:18, 5927:5, 6002:7, 6002:10, 6003:17, 6004:12, 6059:23

**BUILDING** [1] - 5897:15

**building** [3] - 6014:13, 6046:9, 6046:11

**Building** [1] - 6014:18

**builds** [3] - 5914:20, 5915:5, 6002:7

**built** [3] - 5926:20, 5952:19, 6014:14

**bulkheads** [1] - 5939:14

**bulletins** [1] - 5998:5

**bunch** [1] - 6058:15

**bundles** [2] - 5907:21, 5908:5

**Bureau** [4] - 5934:6, 5934:23, 5935:1, 5936:10

**BURLING** [1] - 5900:19

**business** [3] - 5921:18, 5922:3, 5943:10

**busy** [1] - 5921:11

**button** [1] - 6059:20

**buy** [1] - 5921:7

**BY** [46] - 5896:5, 5897:3, 5897:7, 5897:11, 5897:14, 5897:18, 5897:22, 5898:3, 5898:7, 5898:10, 5898:14, 5898:22, 5899:4, 5899:10, 5899:17, 5899:22, 5900:5, 5900:10, 5900:15, 5900:20, 5900:23, 5901:6, 5901:10, 5901:14, 5901:18, 5901:22, 5902:4, 5902:7, 5902:14, 5902:19, 5903:7, 5903:8, 5904:5, 5912:13, 5913:14, 5928:21, 5943:2, 5944:19, 5958:18, 5976:19, 5979:16, 5987:24, 6006:7, 6011:21, 6044:23, 6061:12

---

## C

**CA** [2] - 5898:24, 5901:16

**cabin** [1] - 6042:19

**calculated** [1] - 6052:7

**calculation** [1] - 6052:10

**CALDWELL** [1] - 5900:5

**calendar** [1] - 5958:12

**calibrated** [1] - 5996:23

**calibration** [2] - 6032:3, 6032:5

**CALLED** [1] - 5906:4

**camera** [3] - 6057:3, 6057:4, 6057:9

**CAMERON** [1] - 5902:3

**CAMP** [1] - 5900:11

**Canducci** [2] - 6012:11, 6013:8

**Canducci's** [1] - 6012:13

**canister** [1] - 6015:6

**capabilities** [1] - 5957:19

**capacity** [1] - 5992:19

**capital** [2] - 5914:2,

5915:12

**Captain** [1] - 5931:4

**captain** [1] - 5931:9

**captains** [1] - 5931:3

**capture** [1] - 5973:4

**captured** [1] - 6020:25

**car** [2] - 5957:4, 6059:21

**care** [5] - 5956:7, 5967:13, 5975:6, 6020:17, 6027:13

**career** [1] - 5915:8

**CARL** [1] - 5896:22

**CARONDELET** [2] - 5897:22, 5902:4

**CARRIE** [1] - 5900:24

**carried** [2] - 5911:5, 5984:10

**CASE** [2] - 5896:12, 5896:14

**case** [12] - 5909:12, 5909:13, 5911:11, 5911:23, 5939:2, 5960:5, 5987:21, 5994:7, 6030:6, 6045:1, 6053:18, 6054:3

**casing** [2] - 6049:20, 6049:23

**catch** [1] - 5963:16

**catch-all** [1] - 5963:16

**catches** [1] - 5940:17

**categories** [1] - 5993:25

**categorization** [2] - 6028:18, 6028:19

**categorize** [1] - 5963:4

**category** [1] - 6036:14

**Cathy** [2] - 6062:12, 6062:22

**CATHY** [1] - 5903:3

**Cathy_Pepper@laed .uscourts.gov** [1] - 6062:24

**cathy_Pepper@laed. uscourts.gov** [1] - 5903:6

**causes** [1] - 6018:15

**CCR** [2] - 5903:3, 6062:22

**cement** [16] - 5908:18, 6045:10, 6048:19, 6048:22, 6048:23, 6049:1, 6049:4, 6049:7, 6049:15, 6049:21, 6050:9, 6051:16, 6052:19, 6054:21, 6054:22, 6060:16

**Cement** [1] - 5908:23

**cementing** [1] - 6045:14

**center** [1] - 6049:20

**CENTER** [1] - 5902:9

**centered** [1] - 6015:5

**central** [2] - 5946:11, 6055:17

**CENTRE** [1] - 5901:6

**CEO** [1] - 5916:13

**CERNICH** [1] - 5899:5

**certain** [8] - 5911:9, 5921:13, 5957:13, 5969:21, 5978:2, 6015:6, 6025:9, 6025:11

**certainly** [1] - 5936:11

**CERTIFICATE** [1] - 6062:10

**certificate** [5] - 5936:18, 5938:2, 5938:4, 5988:14, 5988:22

**certificates** [1] - 5988:23

**certification** [3] - 5937:4, 5937:6, 5966:3

**certifications** [5] - 5932:20, 5932:23, 5933:3, 5933:12, 5933:17

**CERTIFIED** [1] - 5903:3

**Certified** [3] - 6062:12, 6062:13, 6062:22

**certified** [2] - 5937:16, 5942:1

**certify** [2] - 5935:22, 6062:16

**CHAKERES** [1] - 5899:6

**challenge** [5] - 5964:21, 5971:15, 5973:10, 6019:23, 6025:3

**challenges** [3] - 5952:5, 5968:9, 5978:1

**CHANG** [1] - 5899:5

**change** [10] - 5931:15, 5971:16, 5980:7, 5987:6, 6030:20, 6031:9, 6051:18, 6056:9, 6056:11, 6056:22

**changed** [6] - 5991:24, 6029:17, 6050:25, 6051:20,

6057:10, 6059:10
**changes** [2] -
5978:11, 6018:16
**changing** [3] -
6028:16, 6029:18,
6050:23
**chapter** [5] - 6047:15,
6047:17, 6047:21,
6047:24, 6048:15
**charge** [2] - 5914:7,
5944:21
**chart** [7] - 5923:21,
5925:23, 5928:23,
5929:12, 5930:16,
5981:18, 6012:9
**Charter** [1] - 5922:24
**charterer** [1] - 5923:1
**charts** [2] - 6058:5,
6058:7
**CHASE** [1] - 5901:19
**cheat** [1] - 5932:15
**check** [9] - 5942:11,
5957:1, 5961:7,
5962:13, 5974:25,
5979:2, 5979:24,
6036:12, 6036:17
**Check** [1] - 5939:10
**checked** [1] - 5975:2
**checking** [3] - 5929:5,
5939:18, 5952:15
**checklist** [1] - 6035:17
**checks** [6] - 5952:12,
5956:24, 5962:15,
5967:6, 6009:11,
6018:19
**Chevron** [1] - 6045:16
**CHICAGO** [1] -
5900:25
**chief** [4] - 5929:13,
5931:9, 6038:23,
6038:24
**Childs** [5] - 5907:12,
5911:19, 5987:17,
6006:5, 6061:1,
6061:7
**choices** [1] - 5968:13
**choke** [1] - 5992:11
**chose** [1] - 5975:11
**chronology** [1] -
6047:18
**chute** [1] - 6056:25
**circuit** [1] - 6057:3
**circulate** [1] - 5907:11
**circulated** [2] -
5906:25, 6050:9
**circulation** [2] -
6051:22, 6052:21
**cited** [2] - 5933:8,
6026:9
**CIVIL** [3] - 5896:8,

5898:22, 5899:10
**clarify** [2] - 6019:21,
6031:15
**class** [9] - 5934:23,
5935:24, 5936:14,
5936:20, 5949:3,
5966:23, 5981:24,
6014:9
**classed** [1] - 5931:2
**classification** [2] -
5936:7, 5936:12
**classing** [1] - 6014:13
**Classing** [1] - 6014:18
**clean** [2] - 6004:17,
6050:9
**clear** [7] - 5908:16,
5910:25, 5928:1,
5974:16, 6006:24,
6015:11
**cleared** [1] - 6037:8
**clearing** [1] - 6050:10
**clearly** [1] - 5909:2
**CLERK** [6] - 5906:7,
5912:2, 5912:10,
6011:15, 6011:17,
6062:4
**Clerk** [1] - 5912:9
**CLINGMAN** [28] -
5901:10, 5911:24,
5912:13, 5913:14,
5928:21, 5943:1,
5943:2, 5944:18,
5944:19, 5958:18,
5976:15, 5976:19,
5979:16, 5987:23,
5987:24, 6006:7,
6011:6, 6011:9,
6011:12, 6011:20,
6011:21, 6044:21,
6044:23, 6060:24,
6061:5, 6061:11,
6061:12, 6061:24
**CLINGMAN................**
**...** [1] - 5904:5
**clips** [1] - 5907:19
**clock** [2] - 5977:7,
5977:23
**clogged** [1] - 6050:8
**close** [35] - 5919:24,
5939:16, 5954:22,
5960:20, 5976:1,
5995:14, 5998:19,
6001:12, 6001:18,
6004:23, 6005:1,
6019:17, 6020:17,
6021:8, 6022:12,
6025:15, 6028:5,
6029:7, 6029:9,
6034:6, 6034:13,
6034:17, 6035:3,

6035:13, 6037:12,
6038:7, 6039:9,
6039:20, 6040:25,
6047:5, 6050:12,
6053:10, 6053:12
**close-out** [17] -
5976:1, 6001:12,
6001:18, 6004:23,
6028:5, 6029:7,
6029:9, 6034:13,
6034:17, 6035:3,
6035:13, 6037:12,
6038:7, 6039:9,
6039:20, 6040:25,
6047:5
**close-outs** [1] -
6020:17
**closed** [23] - 5960:24,
5995:12, 5998:20,
5999:12, 6001:2,
6001:8, 6001:9,
6010:3, 6020:2,
6020:15, 6024:18,
6025:16, 6031:6,
6034:11, 6035:8,
6039:13, 6042:13,
6042:14, 6042:24,
6050:16, 6053:9,
6057:3, 6057:5
**closely** [2] - 5927:10,
5927:11
**closer** [3] - 5912:16,
6002:14, 6059:16
**closes** [1] - 5995:5
**closing** [5] - 5991:3,
5991:10, 6021:5,
6031:5, 6034:24
**CMID** [1] - 6021:1,
6022:1, 6025:21,
6025:23, 6026:4,
6026:16, 6026:25,
6027:10, 6028:1,
6028:7, 6028:10,
6034:18, 6037:19,
6043:8
**coast** [1] - 6007:1
**Coast** [21] - 5924:21,
5924:22, 5932:16,
5932:19, 5933:19,
5934:6, 5936:24,
5937:3, 5937:5,
5937:8, 5937:15,
5937:17, 5937:23,
5938:24, 5939:6,
5939:20, 5940:10,
5966:23, 5968:20,
6031:18, 6046:12
**coastal** [1] - 5913:2
**coat** [1] - 5993:15
**coating** [2] - 5992:6,

5992:7
**Cocales** [1] - 5976:7
**code** [5] - 5984:5,
5988:23, 5988:25,
5989:9, 5993:20
**Code** [7] - 5971:21,
5971:24, 5972:4,
5972:10, 6012:14,
6012:17, 6012:18
**codes** [1] - 6014:13
**collar** [6] - 6049:7,
6049:24, 6049:25,
6050:2, 6050:12
**collected** [2] -
6047:20, 6056:20
**colors** [1] - 6024:8
**column** [6] - 5934:15,
6019:21, 6038:15,
6051:7, 6053:12
**columns** [7] -
6022:25, 6023:8,
6023:9, 6023:17,
6023:25, 6024:1
**combination** [1] -
5996:18
**combined** [2] -
6022:2, 6053:2
**combines** [1] -
6024:10
**combining** [2] -
6023:2, 6027:1
**combustible** [2] -
6013:25, 6015:17
**coming** [12] - 5913:21,
5949:11, 5953:24,
5965:3, 5965:12,
5980:3, 5995:7,
6019:1, 6023:4,
6024:19, 6053:4,
6056:16
**Commander** [6] -
5937:9, 5937:10,
5937:20, 5938:5,
5939:19, 5941:25
**commendation** [1] -
6044:10
**commended** [1] -
5932:17
**comments** [2] -
5936:25, 6022:18
**COMMERCIAL** [1] -
5899:16
**commissioning** [1] -
6004:15
**common** [4] -
5938:18, 5975:25,
6004:22, 6021:10
**Common** [2] -
6020:25, 6021:24
**commonly** [1] -

6007:4
**communicate** [2] -
5977:1, 5977:3
**communication** [3] -
5976:1, 6054:23,
6055:20
**companies** [4] -
5914:11, 5972:24,
6045:16, 6048:4
**companion** [1] -
6027:10
**COMPANY** [1] -
5900:15
**company** [26] -
5913:8, 5914:13,
5915:6, 5915:13,
5916:20, 5917:7,
5917:24, 5918:1,
5920:17, 5920:22,
5921:16, 5924:16,
5931:25, 5943:19,
5943:24, 5957:5,
5965:9, 5966:17,
5973:15, 6007:22,
6009:10, 6012:19,
6045:11, 6045:15,
6045:21, 6055:7
**company-wide** [1] -
6009:10
**companywide** [1] -
5916:2
**compare** [1] - 5926:16
**compartmentalize** [1]
- 5949:6
**compartmentation** [1]
- 5939:13
**compilation** [2] -
6022:20, 6043:7
**COMPLAINT** [1] -
5896:12
**complaints** [2] -
5980:6, 6024:12
**complete** [7] - 5919:3,
6005:7, 6005:9,
6038:17, 6040:14,
6041:7, 6041:21
**completed** [3] -
5939:5, 6039:24,
6041:20
**completely** [4] -
5957:15, 5965:7,
5984:4, 6050:9
**completing** [1] -
6010:14
**completion** [2] -
6002:13, 6024:3
**complex** [1] - 6049:1
**complexity** [1] -
5956:6
**compliance** [9] -

5936:17, 5937:16, 5961:20, 5972:1, 5972:6, 5989:5, 6007:11, 6013:1, 6015:23
**compliant** [1] - 5989:9
**complicated** [1] - 6013:23
**component** [2] - 5948:15, 5948:16
**components** [7] - 5948:18, 5955:20, 5955:24, 5962:3, 5962:4, 5994:3, 6035:2
**computer** [7] - 5940:6, 5950:7, 5956:11, 5960:25, 5971:10, 6001:1
**COMPUTER** [1] - 5903:8
**computer-based** [1] - 5956:11
**computerized** [1] - 5970:16
**concentration** [1] - 6014:5
**concern** [2] - 6009:7, 6018:1
**concerned** [3] - 6004:4, 6007:10, 6010:21
**conclude** [1] - 5918:7
**concluded** [2] - 6050:4, 6060:20
**conclusion** [5] - 6010:5, 6054:9, 6054:13, 6054:24, 6056:14
**condition** [41] - 5918:20, 5919:3, 5919:5, 5919:11, 5919:16, 5920:4, 5920:6, 5920:14, 5923:9, 5933:18, 5936:6, 5941:10, 5942:17, 5942:19, 5944:10, 5957:11, 5957:13, 5957:20, 5957:21, 5958:1, 5958:3, 5958:7, 5958:9, 5958:12, 5989:14, 5989:20, 5993:5, 5996:9, 5996:19, 5996:21, 5997:1, 5997:3, 6002:1, 6008:13, 6008:15, 6020:10, 6036:11, 6042:16, 6044:3, 6053:24

**condition-based** [5] - 5957:20, 5957:21, 5958:3, 5958:7, 5958:9
**conditions** [1] - 5944:21
**conduct** [5] - 5939:6, 5940:10, 5979:23, 5990:23, 6010:9
**conducted** [4] - 5919:21, 5936:5, 5944:2, 6009:10
**conducting** [2] - 5944:14, 5980:2
**confer** [1] - 6061:2
**conferring** [1] - 5952:2
**confident** [1] - 6010:12
**configuration** [2] - 6002:23, 6055:20
**confirm** [1] - 6061:7
**confirmed** [8] - 5943:22, 6038:18, 6039:1, 6039:15, 6040:1, 6040:15, 6041:9, 6041:22
**connected** [1] - 5953:9
**connection** [4] - 5911:11, 5911:20, 5953:14, 5953:17
**connections** [1] - 5954:16
**CONRAD** [1] - 5898:3
**conservative** [5] - 5973:25, 5974:17, 5975:12, 6015:20, 6016:11
**consider** [2] - 5911:11, 6000:8
**consistency** [1] - 5973:15
**consistent** [12] - 5946:25, 5947:5, 5979:3, 5985:11, 5996:10, 6021:7, 6044:17, 6048:17, 6055:10, 6059:2, 6060:11, 6060:13
**constant** [5] - 5961:17, 6025:20, 6060:1, 6060:2, 6060:3
**constantly** [3] - 5952:11, 5981:6, 6032:10
**constraints** [1] - 5920:22
**construction** [4] -

5914:5, 5914:18, 5914:19, 5915:6
**Consulting** [2] - 5913:9, 5913:19
**consulting** [1] - 5913:18
**contact** [3] - 6013:17, 6013:18, 6021:4
**contain** [1] - 6021:2
**contained** [1] - 6021:14
**contaminated** [3] - 6053:15, 6053:16, 6053:19
**content** [4] - 5923:8, 5973:18, 6018:7, 6057:16
**contents** [4] - 5990:12, 6047:10, 6047:12, 6047:25
**context** [2] - 5979:11, 6007:15
**continue** [3] - 5966:15, 5967:19, 5968:6
**CONTINUED** [6] - 5898:1, 5899:1, 5900:1, 5901:1, 5902:1, 5903:1
**continued** [1] - 6051:18
**continuous** [3] - 6025:5, 6025:8, 6036:17
**contractor** [2] - 5913:24, 5922:5
**contractors** [3] - 5913:11, 5913:13, 5913:21
**contrary** [1] - 5911:3
**control** [12] - 5930:4, 5940:14, 5940:15, 5940:20, 5964:24, 5993:24, 6005:15, 6005:17, 6047:2, 6050:14, 6059:21
**conversion** [19] - 5972:18, 5972:21, 5973:13, 5974:10, 5974:13, 5977:5, 5977:14, 5977:15, 5977:16, 5978:2, 5978:4, 5979:7, 5979:8, 5979:17, 5980:13, 5980:17, 5980:18, 5980:20, 5980:25
**convert** [2] - 6049:10, 6049:13
**converted** [5] -

5926:20, 5926:22, 5970:25, 5973:25, 6049:12
**converting** [2] - 5971:20, 6049:6
**cooperation** [1] - 6010:8
**coordinate** [1] - 5927:15
**coordinators** [1] - 6013:15
**copied** [1] - 5910:6
**copy** [2] - 6028:12, 6028:25
**core** [1] - 5921:19
**COREY** [1] - 5899:22
**corners** [1] - 5932:10
**corporate** [25] - 5916:2, 5918:24, 5920:21, 5922:10, 5923:4, 5923:19, 5924:12, 5932:4, 5959:13, 5963:12, 5971:10, 5971:14, 5973:23, 5974:3, 5974:18, 5974:19, 5974:24, 5975:1, 5975:9, 5975:10, 5977:6, 5977:19, 5978:15, 5981:1, 6001:1
**CORPORATE** [1] - 5898:4
**corporate-level** [1] - 5973:23
**CORPORATION** [1] - 5902:3
**correct** [19] - 5936:7, 5961:15, 5963:9, 5992:3, 5993:20, 5993:21, 6000:1, 6004:7, 6007:10, 6007:12, 6017:18, 6023:11, 6030:3, 6030:4, 6030:5, 6031:3, 6032:5, 6057:22, 6062:16
**corrected** [2] - 5992:17, 6051:15
**correction** [1] - 5987:5
**corrections** [2] - 5960:18, 6025:6
**corrective** [11] - 5961:10, 5963:7, 5963:9, 5963:10, 5963:23, 5964:17, 5967:8, 5967:12, 5977:12, 5998:24, 6036:20
**correctly** [2] -

5939:16, 5980:13
**counsel** [1] - 5907:17
**counteract** [1] - 5950:9
**counterparts** [1] - 5944:24
**couple** [11] - 5916:15, 5917:8, 5920:11, 5938:22, 5941:21, 5955:12, 5960:7, 6000:8, 6030:13, 6040:3, 6042:2
**course** [2] - 5997:2, 6016:19
**COURT** [36] - 5896:1, 5903:3, 5906:4, 5906:8, 5906:10, 5906:17, 5907:2, 5907:8, 5907:15, 5908:11, 5908:13, 5909:20, 5910:12, 5910:20, 5910:23, 5911:7, 5911:9, 5911:22, 5912:1, 5927:25, 5928:16, 5928:20, 5942:24, 5944:16, 5958:17, 5979:15, 5987:20, 6006:6, 6011:5, 6011:7, 6011:10, 6011:14, 6011:18, 6061:3, 6061:10, 6062:1
**court** [1] - 6024:13
**Court** [33] - 5909:3, 5911:1, 5928:24, 5932:20, 5935:14, 5965:4, 5983:24, 5990:19, 5991:17, 5998:11, 6001:14, 6011:16, 6018:8, 6019:7, 6020:8, 6027:12, 6027:18, 6030:23, 6037:23, 6039:7, 6042:16, 6044:16, 6044:24, 6045:6, 6046:15, 6047:8, 6048:16, 6062:5, 6062:13, 6062:14, 6062:15, 6062:23, 6062:24
**courtroom** [2] - 5948:22, 5988:24
**cover** [2] - 5986:2, 5993:15
**covered** [2] - 6006:5, 6061:6
**COVINGTON** [1] - 5900:19
**crafts** [1] - 5938:14

**crane** [2] - 5948:6, 5951:14
**cranes** [3] - 5948:1, 5948:4, 5948:5
**create** [1] - 5994:5
**created** [1] - 5980:8
**crew** [38] - 5919:25, 5920:15, 5925:20, 5928:12, 5928:16, 5928:22, 5930:21, 5930:23, 5931:12, 5938:8, 5939:7, 5940:8, 5940:11, 5940:14, 5940:21, 5945:15, 5949:18, 5962:14, 5963:11, 5971:2, 5974:5, 5978:11, 5980:14, 5991:11, 6005:7, 6007:20, 6009:4, 6010:12, 6031:3, 6035:15, 6036:21, 6043:20, 6044:18, 6055:2, 6058:24, 6060:16, 6060:19, 6061:22
**crew's** [1] - 5930:24
**crews** [8] - 5925:4, 5927:12, 5928:8, 5929:11, 5932:3, 5960:24, 5978:6, 6032:13
**crews'** [1] - 5971:13
**critical** [20] - 5920:9, 5932:11, 5946:24, 5947:7, 5947:9, 5947:12, 5948:23, 5952:16, 5952:22, 5955:15, 5969:16, 5970:20, 5991:18, 5999:3, 6008:14, 6008:15, 6025:1, 6026:20, 6032:5, 6036:10
**criticality** [9] - 5964:10, 5967:2, 5967:3, 5969:12, 5969:14, 5969:19, 5970:4, 5970:9, 5998:15
**criticism** [1] - 6006:8
**Crook** [7] - 5908:17, 5908:23, 5909:1, 5909:4, 5909:6, 5909:9, 5909:13
**cross** [1] - 5906:25
**cross-examination** [1] - 5906:25
**CRR** [2] - 5903:3, 6062:22

**cruise** [1] - 6059:20
**cull** [65] - 5922:22, 5934:9, 5937:4, 5938:3, 5946:18, 5972:2, 5991:15, 5993:3, 5993:4, 5994:15, 5995:10, 5996:6, 5996:15, 5999:22, 6003:18, 6004:1, 6005:5, 6006:23, 6008:11, 6008:22, 6009:8, 6009:21, 6010:6, 6010:24, 6013:22, 6014:18, 6018:2, 6025:24, 6026:15, 6027:2, 6028:6, 6028:24, 6030:22, 6030:24, 6031:2, 6031:23, 6031:24, 6034:3, 6034:4, 6034:21, 6035:4, 6035:10, 6035:19, 6035:22, 6036:23, 6037:21, 6038:8, 6039:3, 6039:10, 6039:17, 6039:21, 6040:3, 6040:7, 6040:20, 6041:1, 6041:11, 6041:15, 6041:19, 6042:4, 6042:11, 6042:18, 6042:23, 6061:15
**cull-out** [57] - 5922:22, 5938:3, 5946:18, 5972:2, 5991:15, 5993:3, 5994:15, 5995:10, 5996:6, 5996:15, 6003:18, 6004:1, 6005:5, 6006:23, 6008:11, 6008:22, 6009:8, 6009:21, 6010:6, 6010:24, 6013:22, 6014:18, 6018:2, 6025:24, 6027:2, 6028:6, 6028:24, 6030:22, 6030:24, 6031:2, 6031:23, 6034:3, 6034:4, 6034:21, 6035:4, 6035:10, 6035:19, 6035:22, 6036:23, 6037:21, 6038:8, 6039:3, 6039:10, 6039:17, 6039:21, 6040:3, 6040:7, 6040:20, 6041:1, 6041:11, 6041:15, 6041:19, 6042:4, 6042:11, 6042:18,

6042:23, 6061:15
**cull-outs** [2] - 6026:15, 6031:23
**culled** [4] - 5995:9, 6013:21, 6034:19, 6038:1
**culmination** [1] - 5969:10
**culture** [2] - 6037:8, 6037:11
**cumbersome** [1] - 6030:12
**cumulative** [2] - 5987:19, 5987:21
**CUNNINGHAM** [2] - 5897:10, 5897:11
**current** [5] - 5913:25, 5933:5, 5983:21, 6037:6
**cursory** [1] - 5937:21
**Curtis** [1] - 6058:9
**cushion** [1] - 5992:14
**custom** [1] - 5968:23
**customer** [8] - 5928:5, 5928:12, 6002:21, 6003:3, 6003:6, 6003:13, 6008:4
**customers** [3] - 5942:14, 5947:2, 5966:2
**cut** [3] - 5932:10, 5967:5, 6029:12

# D

**D-6753** [1] - 5947:18
**D-6755** [1] - 5947:25
**daily** [5] - 5927:13, 5929:3, 5929:4, 5967:6
**DALLAS** [1] - 5902:17
**damage** [3] - 5991:7, 5991:19, 6049:18
**Damon** [2] - 6017:3, 6053:3
**dampeners** [2] - 6035:16, 6035:17
**damper** [4] - 6024:17, 6028:16, 6030:1, 6039:8
**dampers** [21] - 5939:2, 5939:3, 6023:14, 6024:14, 6024:15, 6024:16, 6025:2, 6025:3, 6025:11, 6026:1, 6026:11, 6026:19, 6027:19, 6028:20, 6029:12, 6029:22, 6030:10,

6042:23, 6061:15
**cull-outs** [2] - 6026:15, 6031:23
6036:15
**Dan** [2] - 6046:9, 6047:3
**dangerous** [2] - 6015:22, 6018:9
**DANIEL** [1] - 5899:17
**data** [7] - 5971:13, 6057:23, 6058:6, 6058:7, 6058:8, 6058:14, 6058:17
**database** [2] - 5972:18, 5973:16
**databases** [1] - 5973:7
**date** [11] - 5937:6, 5978:12, 5980:18, 6010:2, 6023:19, 6023:21, 6023:24, 6024:4, 6031:7, 6037:1, 6043:18
**dated** [2] - 5937:1, 5976:4
**Daun** [5] - 5924:14, 5924:24, 5925:5, 5925:8, 5925:18
**DAUPHIN** [1] - 5897:11
**Dave** [2] - 5946:11, 5989:4
**DAVID** [2] - 5902:7, 5902:8
**David** [11] - 5906:25, 5913:8, 5913:19, 5941:18, 5943:8, 5988:25, 5989:7, 6021:4, 6036:22, 6036:24, 6038:25
**Davies** [2] - 5946:5, 5976:8
**DAY** [1] - 5896:20
**days** [14] - 5916:15, 5969:14, 5970:3, 5975:1, 5975:2, 5975:4, 5976:25, 5978:23, 5978:24, 5982:4, 6028:15, 6032:7, 6032:13
**DC** [4] - 5899:7, 5899:13, 5899:19, 5900:21
**deal** [2] - 6045:13, 6054:11
**dealing** [1] - 5915:6
**deals** [1] - 5915:17
**dealt** [2] - 5928:4, 5928:6
**DEAN** [3] - 5904:4, 5912:7, 5912:20
**Dean** [1] - 5912:19
**DEANNA** [1] - 5899:5

**debris** [2] - 6050:8, 6050:10
**December** [1] - 5974:15
**decide** [3] - 5911:14, 5911:15
**decided** [2] - 5907:19, 5972:24
**deciding** [1] - 5911:11
**decision** [3] - 6048:25, 6049:2, 6055:17
**decisions** [2] - 5965:15, 5970:1
**deck** [2] - 5937:21, 5971:5
**declining** [1] - 6060:2
**decrease** [2] - 5967:9, 6016:3
**dedicated** [8] - 5925:24, 5926:4, 5926:8, 5930:5, 5930:25, 5931:12, 5981:9, 6045:1
**Deep** [1] - 6006:15
**DEEPWATER** [3] - 5896:5, 5901:4, 5901:5
**Deepwater** [81] - 5914:23, 5914:25, 5915:1, 5915:2, 5916:5, 5918:21, 5920:4, 5922:15, 5922:20, 5925:19, 5925:25, 5926:16, 5927:18, 5928:23, 5928:25, 5932:22, 5933:4, 5934:18, 5935:2, 5936:6, 5936:12, 5936:20, 5937:11, 5937:14, 5939:24, 5941:6, 5942:19, 5942:23, 5943:5, 5943:17, 5943:24, 5945:14, 5946:21, 5947:18, 5947:22, 5948:2, 5948:9, 5948:19, 5949:1, 5951:20, 5952:17, 5955:22, 5959:15, 5964:20, 5965:16, 5970:17, 5973:19, 5974:12, 5976:13, 5979:20, 5981:22, 5982:20, 5983:21, 5985:7, 5985:19, 5986:12, 5986:16, 5989:9, 5989:20, 5990:13, 5992:22,

5993:17, 5997:1, 5997:25, 6002:8, 6003:20, 6007:16, 6008:8, 6009:13, 6012:14, 6015:23, 6018:3, 6020:4, 6021:19, 6024:22, 6030:15, 6043:20, 6044:15, 6044:19, 6057:24

**deepwater** [4] - 5915:7, 5924:21, 5952:1, 5985:12

**defective** [1] - 6026:10

**defects** [1] - 6030:25

**defer** [2] - 5911:15, 5969:21

**deferral** [2] - 5969:22, 5970:5

**deferrals** [1] - 5970:9

**deferred** [1] - 5969:4

**deficiencies** [1] - 5939:21

**deficiency** [2] - 5992:2, 6004:8

**definition** [1] - 5993:16

**DEGRAVELLES** [6] - 5898:10, 5898:10, 5958:14, 5979:13, 5987:15, 6006:4

**degree** [1] - 5912:25

**degrees** [2] - 5913:22, 5955:12

**DELEMARRE** [1] - 5899:11

**delivered** [1] - 5942:9

**demonstrate** [1] - 5999:18

**demonstrative** [8] - 5923:16, 5981:19, 5988:20, 6002:9, 6016:23, 6017:4, 6017:7, 6043:1

**deny** [1] - 5908:3

**DEPARTMENT** [4] - 5898:21, 5899:3, 5899:9, 5899:15

**departure** [1] - 6004:21

**deplorable** [2] - 6020:10, 6036:11

**deposition** [3] - 5907:19, 5907:21, 5908:5

**depth** [3] - 5989:8, 5990:9, 6051:11

**DEPUTY** [6] - 5906:7, 5912:2, 5912:10, 6011:15, 6011:17,

6062:4

**Derek** [1] - 6046:4

**derrick** [1] - 5948:7

**describe** [4] - 5952:1, 5961:20, 6047:11, 6047:12

**described** [4] - 5923:19, 5944:23, 6000:5, 6021:7

**description** [2] - 6038:1, 6048:5

**Design** [1] - 6006:16

**design** [16] - 5913:4, 5914:4, 5939:13, 5939:14, 5942:10, 5949:2, 5949:20, 5950:13, 5951:25, 5968:2, 5992:5, 5992:7, 5992:20, 5992:21, 6003:2, 6004:20

**designated** [6] - 5907:21, 5908:5, 6012:14, 6012:16, 6013:8, 6013:12

**designed** [6] - 5949:5, 5950:17, 5955:5, 5967:19, 5972:9, 5972:11

**designing** [2] - 5972:14, 5985:11

**detail** [5] - 5986:9, 5988:8, 5989:1, 6008:2, 6012:4

**detailed** [1] - 5919:16

**details** [4] - 5937:25, 5942:17, 6013:18, 6052:6

**detect** [1] - 6058:25

**detection** [6] - 5996:16, 5996:17, 5996:18, 5996:25, 6004:6, 6010:20

**detector** [2] - 6030:19, 6032:3

**detectors** [5] - 5996:20, 6030:14, 6030:15, 6030:19, 6030:24

**determine** [1] - 6050:6

**developed** [2] - 6007:20, 6036:3

**device** [3] - 6034:1, 6049:13, 6050:14

**devices** [4] - 5994:10, 6024:21, 6025:4, 6034:9

**Dewey** [1] - 6058:8

**DEXTER** [1] - 5899:23

**difference** [4] -

5928:1, 5984:21, 5984:24, 5984:25

**differences** [3] - 5973:17, 6007:4, 6058:12

**different** [20] - 5913:2, 5915:8, 5915:18, 5928:3, 5929:2, 5932:3, 5939:15, 5952:20, 5960:7, 5962:11, 5981:24, 5993:25, 5998:15, 6007:6, 6023:2, 6023:5, 6040:9, 6040:10, 6044:25, 6050:5

**difficult** [2] - 5964:6, 6053:4

**dikes** [1] - 5913:3

**dilemma** [1] - 5975:11

**diligence** [4] - 5942:15, 6003:16, 6008:4, 6044:18

**diligence-type** [1] - 5942:15

**direct** [3] - 5926:11, 6012:20, 6013:4

**DIRECT** [2] - 5904:5, 5912:12

**directed** [1] - 6057:6

**direction** [2] - 6016:3, 6057:7

**directly** [1] - 5916:13

**director** [14] - 5915:24, 5918:24, 5920:21, 5923:5, 5923:24, 5924:4, 5924:8, 5924:12, 5927:23, 5931:25, 5972:17, 6012:23, 6046:24

**Directorate** [1] - 6007:2

**disabled** [2] - 5991:25, 6030:24

**disagree** [1] - 5965:7

**discharge** [1] - 6056:19

**discipline** [1] - 5930:1

**disciplines** [1] - 5929:16

**disclose** [2] - 6009:5, 6058:3

**disconnect** [5] - 5987:10, 5990:24, 5991:1, 5991:12, 5991:13

**discovered** [1] - 6016:7

**Discovery** [1] -

5914:23

**discretion** [1] - 5910:10

**discuss** [2] - 5999:18, 6021:4

**discussed** [3] - 5958:21, 5959:20, 6049:6

**discussion** [2] - 5966:20, 6059:18

**dispersion** [1] - 6046:1

**displace** [1] - 6052:8

**displacement** [4] - 6051:11, 6052:1, 6056:12, 6057:19

**displacing** [1] - 6056:15

**display** [1] - 6058:13

**disputed** [1] - 5907:18

**distributed** [1] - 5946:10

**distribution** [1] - 5946:9

**District** [3] - 6062:15, 6062:24

**DISTRICT** [3] - 5896:1, 5896:2, 5896:23

**diver** [1] - 5984:9

**divers** [2] - 5951:6, 5983:14

**divert** [1] - 5995:7

**diverter** [8] - 5995:4, 5995:5, 5995:9, 5995:11, 5995:16, 5995:18, 5995:19, 5995:24, 5995:25, 5996:8, 5996:9

**DIVISION** [3] - 5898:22, 5899:3, 5899:10

**division** [4] - 5923:19, 5923:20, 5923:23, 5923:24

**divisions** [2] - 5923:21, 5923:22

**DNV** [5] - 5933:20, 5934:6, 5989:2, 6006:15, 6047:1

**dock** [4] - 5951:9, 5951:10, 5951:16, 5983:13

**docket** [1] - 5910:13

**Document** [3] - 5907:23, 6021:1, 6021:25

**document** [24] - 5946:8, 5996:10, 5996:7, 5997:3, 6005:11, 6005:14,

6005:21, 6006:18, 6006:24, 6009:6, 6024:8, 6024:10, 6026:6, 6026:7, 6026:9, 6026:15, 6026:22, 6027:4, 6027:8, 6027:10, 6028:11, 6028:13, 6042:15, 6051:3

**DOCUMENT** [1] - 5896:11

**documentation** [2] - 5998:19, 6010:8

**documented** [2] - 5975:22, 6030:8

**documents** [14] - 5933:7, 5934:10, 5940:5, 6001:25, 6003:1, 6020:20, 6020:24, 6021:16, 6025:22, 6030:8, 6030:13, 6037:17, 6043:7, 6044:1

**dollars** [1] - 5968:18

**DOMENGEAUX** [1] - 5897:3

**Don** [2] - 5906:22, 5909:17

**DON** [1] - 5900:15

**DONALD** [1] - 5902:14

**done** [45] - 5907:13, 5908:14, 5917:4, 5919:5, 5929:10, 5931:12, 5951:16, 5959:15, 5960:19, 5961:12, 5962:9, 5963:1, 5965:2, 5969:4, 5978:3, 5978:7, 5978:12, 5979:2, 5981:5, 5981:24, 5982:17, 5985:23, 5988:15, 5998:4, 5998:18, 5998:20, 5999:12, 6001:1, 6001:10, 6001:11, 6003:9, 6012:1, 6012:5, 6019:8, 6020:19, 6023:11, 6023:20, 6023:23, 6028:21, 6031:7, 6035:5, 6043:20, 6046:6, 6056:23, 6057:12

**donut** [1] - 5995:5

**door** [2] - 5908:2, 5994:22

**doors** [5] - 5939:10, 5939:12, 5939:14, 5939:16, 6040:9

**dots** [4] - 5951:23,

6017:7, 6017:12, 6017:16
**doubled** [1] - 5977:21
**DOUGLAS** [1] - 5900:10
**down** [35] - 5909:5, 5924:14, 5938:3, 5951:13, 5954:8, 5961:4, 5967:11, 5967:23, 5968:5, 5976:14, 5982:11, 5982:13, 5989:12, 5989:25, 5990:20, 5992:1, 5995:21, 6014:24, 6015:1, 6016:10, 6026:9, 6026:14, 6034:2, 6036:6, 6038:15, 6044:5, 6051:2, 6052:3, 6054:3, 6056:22, 6056:24, 6059:7, 6059:21, 6060:7
**DOYEN** [1] - 5901:14
**DP** [1] - 5988:17
**Dr** [9] - 5908:8, 5908:20, 5908:21, 5908:22, 5908:24, 5909:3, 5909:6, 5909:7, 5909:13
**drain** [1] - 5983:13
**drawworks** [2] - 5953:20, 5982:11
**DRESCHER** [1] - 5897:18
**drill** [35] - 5939:7, 5940:14, 5940:17, 5940:21, 5953:5, 5953:6, 5953:9, 5953:16, 5954:6, 5954:8, 5955:1, 5955:8, 5982:10, 5994:1, 5994:8, 5994:9, 5994:11, 5994:24, 6038:5, 6038:21, 6039:1, 6045:23, 6054:2, 6054:4, 6054:6, 6054:8, 6054:19, 6055:18, 6055:19, 6055:23, 6058:24, 6059:15, 6060:2, 6060:7, 6060:9
**drilled** [2] - 6007:16, 6008:3
**driller** [10] - 5940:16, 5953:19, 5953:23, 5954:3, 5954:4, 5954:5, 5954:22, 6042:16, 6058:21

**driller's** [1] - 6042:19
**DRILLING** [1] - 5901:4
**drilling** [22] - 5913:11, 5913:13, 5913:21, 5913:23, 5915:7, 5922:5, 5925:11, 5926:20, 5926:23, 5928:6, 5928:16, 5936:7, 5949:12, 5953:16, 5955:6, 5955:17, 5957:7, 5982:5, 5985:13, 5990:16, 6007:7, 6045:18
**Drilling** [1] - 5922:15
**drills** [7] - 5939:5, 5939:6, 5940:10, 5940:12, 5940:14, 5940:15, 6033:12
**drillships** [1] - 5914:24
**drive** [20] - 5951:4, 5952:24, 5953:1, 5953:2, 5953:3, 5953:5, 5953:8, 5953:11, 5953:12, 5953:19, 5953:20, 5954:4, 5955:21, 5974:23, 5974:25, 5975:2, 5978:23, 5982:10
**DRIVE** [1] - 5898:4
**drives** [5] - 5955:5, 5955:10, 6035:23, 6036:1, 6036:2
**drop** [1] - 5951:13
**dropped** [1] - 6052:15
**dropping** [1] - 5920:25
**drove** [1] - 5989:22
**dry** [4] - 5951:9, 5951:10, 5951:16, 5987:9
**Dry** [1] - 5987:8
**drydock** [15] - 5979:23, 5981:14, 5983:12, 5983:16, 5983:22, 5984:2, 5984:9, 5984:16, 5984:18, 5984:21, 5984:24, 5985:17, 5985:18, 5985:25, 5986:16
**drydocked** [1] - 5985:7
**drydocking** [2] - 5984:7, 5984:10
**due** [14] - 5909:15, 5942:15, 5965:1, 5969:16, 5977:4,

5978:4, 6003:16, 6008:4, 6010:2, 6023:18, 6023:19, 6023:21, 6028:18
**duly** [1] - 5912:8
**duplicated** [1] - 5978:24
**duplicates** [1] - 5974:6
**duplication** [6] - 5973:8, 5974:11, 5975:6, 5979:1, 5979:4, 5980:8
**duplicative** [1] - 5910:8
**during** [44] - 5908:4, 5932:18, 5945:22, 5977:4, 5979:7, 5979:24, 5980:1, 5981:17, 5982:2, 5982:8, 5982:15, 5982:17, 5982:24, 5985:23, 5985:24, 5986:15, 5986:24, 5987:12, 5988:2, 5988:4, 5988:6, 5988:12, 5988:15, 5995:12, 5995:25, 5997:2, 6004:10, 6004:22, 6006:10, 6012:1, 6012:5, 6016:19, 6026:2, 6026:10, 6032:2, 6032:4, 6032:25, 6033:12, 6038:18, 6040:15, 6054:19, 6056:9, 6056:12, 6061:1
**dynamic** [4] - 5913:10, 5931:3, 5935:20, 5949:3

## E

**E-M-P-A-C** [1] - 5970:25
**e-mail** [9] - 5976:4, 5976:5, 5976:17, 5976:20, 5979:6, 5979:12, 5981:4, 6011:23, 6037:24
**eager** [1] - 5916:19
**early** [8] - 5910:13, 5916:6, 5971:16, 5972:14, 5973:2, 5973:19, 5974:13, 5982:21
**easier** [1] - 5973:2
**easiest** [1] - 6037:22
**easily** [1] - 5949:19

**East** [1] - 5924:22
**EASTERN** [1] - 5896:2
**Eastern** [1] - 6062:15
**easy** [4] - 5973:7, 5980:10, 5980:20
**eat** [1] - 5930:18
**eating** [1] - 5943:16
**EDS** [3] - 5987:8, 5987:10, 5991:5
**EDWARDS** [1] - 5897:3
**effect** [1] - 6004:20
**effective** [1] - 6054:21
**effects** [1] - 6031:25
**efficiency** [4] - 6052:15, 6052:17, 6052:19, 6052:21
**efficiently** [2] - 5950:18, 6037:9
**effort** [1] - 5931:17
**eight** [4] - 5924:20, 5956:25, 6009:8, 6010:6
**eighth** [1] - 6025:15
**either** [9] - 5911:14, 5942:15, 5951:6, 5983:12, 5995:20, 5996:20, 6000:5, 6048:4, 6057:17
**election** [1] - 5973:5
**electric** [2] - 5951:3, 5951:4
**electrical** [5] - 5929:21, 5931:14, 5931:16, 5974:24, 5994:3
**electricians** [1] - 5929:11
**electronic** [3] - 5929:19, 5929:23, 5994:10
**electronics** [2] - 5952:8, 5994:6
**elevators** [1] - 5953:21
**Eleven** [1] - 6030:24
**ELIZABETH** [1] - 5899:18
**ELLIS** [1] - 5900:23
**ELM** [1] - 5902:16
**emergency** [6] - 5987:10, 5990:24, 5991:1, 5991:12, 5991:13, 6038:5
**EMPAC** [9] - 5970:25, 5972:8, 5972:13, 5972:16, 5972:22, 5973:3, 5973:21, 6009:10, 6009:13
**Empac** [4] - 5946:22,

5977:5, 5977:14, 5980:7
**employees** [1] - 5946:6
**employer** [1] - 5922:14
**end** [4] - 5911:5, 5973:19, 6021:6, 6045:25
**energy** [1] - 5990:25
**ENERGY** [2] - 5901:6, 5902:13
**ENFORCEMENT** [1] - 5899:4
**engine** [25] - 5948:13, 5948:14, 5948:16, 5948:23, 5949:4, 5949:6, 5949:18, 5949:21, 5950:16, 5956:18, 5956:22, 5957:3, 6001:4, 6001:5, 6026:1, 6026:12, 6026:19, 6027:19, 6028:20, 6029:13, 6029:21, 6030:10, 6034:1, 6034:2, 6034:5
**engineer** [5] - 5915:16, 5925:9, 5934:24, 5992:18, 6001:7
**engineer's** [2] - 5929:14, 6004:21
**Engineering** [3] - 6005:15, 6005:16, 6045:20
**engineering** [10] - 5912:23, 5912:25, 5913:2, 5914:21, 5915:9, 5951:25, 6002:13, 6045:21
**Engineers** [1] - 5913:9
**engineers** [3] - 5929:17, 6004:22, 6060:20
**engines** [13] - 5948:9, 5948:10, 5949:8, 5949:13, 5949:24, 5950:14, 5955:21, 5956:18, 5956:19, 5958:11, 5967:22, 5988:13, 6000:21
**ensure** [2] - 5936:5, 5939:10
**enter** [1] - 5963:11
**entire** [1] - 6046:19
**entitled** [2] - 5908:22, 6062:18
**entrance** [1] - 6057:3
**entries** [4] - 5975:18,

5977:21, 6002:3, 6040:12

**entry** [4] - 5962:17, 5962:20, 5976:24, 6001:1

**environment** [5] - 5949:11, 5950:9, 5962:5, 6025:4, 6025:14

**ENVIRONMENT** [1] - 5899:3

**environmental** [1] - 5969:8

**ENVIRONMENTAL** [1] - 5899:4

**environments** [2] - 5950:21, 5952:9

**equipment** [63] - 5919:8, 5921:7, 5921:9, 5921:23, 5922:2, 5925:3, 5929:4, 5929:6, 5929:7, 5929:22, 5930:4, 5930:6, 5931:7, 5931:23, 5932:11, 5933:23, 5935:11, 5940:3, 5941:11, 5941:14, 5942:17, 5942:19, 5944:10, 5946:24, 5947:7, 5947:21, 5948:24, 5953:4, 5953:18, 5954:4, 5955:15, 5956:6, 5956:8, 5956:15, 5956:19, 5957:9, 5957:18, 5958:4, 5962:14, 5963:8, 5967:16, 5969:7, 5973:4, 5981:17, 5982:10, 5983:19, 5984:1, 5984:20, 5987:1, 5988:5, 5990:10, 5990:16, 5990:17, 5999:11, 6000:18, 6005:15, 6008:5, 6008:14, 6008:15, 6009:11, 6026:10, 6032:11, 6054:22

**equivalent** [5] - 5943:8, 5943:9, 5943:19, 5984:9, 6054:6

**erosion** [1] - 6049:18

**ESD** [3] - 6034:6, 6042:6, 6042:11

**ESQ** [51] - 5897:3, 5897:7, 5897:11, 5897:14, 5897:18,

5897:22, 5898:3, 5898:7, 5898:10, 5898:14, 5898:17, 5898:22, 5899:4, 5899:5, 5899:5, 5899:6, 5899:6, 5899:10, 5899:11, 5899:11, 5899:12, 5899:12, 5899:17, 5899:17, 5899:18, 5899:22, 5899:23, 5900:10, 5900:10, 5900:15, 5900:20, 5900:23, 5900:24, 5900:24, 5901:6, 5901:10, 5901:10, 5901:14, 5901:14, 5901:15, 5901:18, 5901:22, 5902:4, 5902:7, 5902:8, 5902:8, 5902:9, 5902:14, 5902:15, 5902:15, 5902:19

**essentially** [2] - 5907:24, 6053:15

**establish** [1] - 5944:20

**established** [3] - 5942:22, 5969:3, 5981:1

**establishing** [1] - 5942:13

**ET** [2] - 5896:13, 5896:16

**etcetera** [3] - 5934:7, 6026:20, 6027:19

**evacuation** [1] - 6061:19

**evaluate** [5] - 5938:18, 5941:10, 5969:20, 5989:19, 6008:13

**evaluation** [3] - 5987:2, 6005:16, 6011:1

**event** [2] - 5940:20, 6061:22

**events** [2] - 6047:18, 6047:22

**everywhere** [1] - 5957:12

**evidence** [7] - 5989:13, 6016:18, 6047:20, 6047:22, 6049:17, 6060:15, 6060:19

**EX** [1] - 5994:11

**ex** [1] - 6046:12

**ex-U.S** [1] - 6046:12

**exact** [4] - 5948:20, 6017:22, 6028:25,

6059:13

**exactly** [5] - 5911:8, 5925:17, 5928:1, 5988:15, 6058:10

**EXAMINATION** [2] - 5904:5, 5912:12

**examination** [2] - 5906:16, 5906:25

**EXAMINATIONS** [1] - 5904:2

**Examine** [1] - 5938:10

**examined** [1] - 5912:9

**example** [9] - 5921:4, 5956:17, 5967:21, 5967:22, 5974:22, 5978:22, 6000:18, 6000:25, 6024:13

**examples** [2] - 5955:19, 6000:8

**excellent** [3] - 5996:23, 6037:5, 6037:10

**except** [3] - 5950:6, 5990:17, 5997:7

**excess** [1] - 5976:25

**excessive** [1] - 5977:4

**exchange** [3] - 6000:22, 6018:23, 6019:5

**exchanges** [1] - 6030:12

**exclusively** [1] - 5925:25

**executed** [1] - 5958:21

**execution** [1] - 5923:22

**executive** [1] - 5916:16

**exhibit** [2] - 5938:3, 6011:22

**exhibits** [6] - 5906:15, 5906:19, 5906:24, 5907:5, 5907:11, 5911:20

**existed** [3] - 5936:11, 5997:15, 6059:3

**expand** [4] - 5925:23, 5928:22, 5929:1, 5930:20

**expect** [1] - 5965:10

**expectations** [1] - 5925:14

**expected** [1] - 6004:16

**expecting** [1] - 6052:24

**experience** [15] - 5914:13, 5924:23, 5935:5, 5935:16, 5935:25, 5937:23, 5946:25, 5947:5,

5957:10, 5961:12, 5964:22, 5966:22, 5985:11, 6031:13, 6045:17

**experienced** [1] - 5967:1

**expert** [5] - 5908:8, 5908:17, 5908:18, 5908:19, 5916:25

**Expert** [1] - 5908:22

**expertise** [6] - 5918:5, 5921:6, 5958:15, 6045:5, 6045:10, 6045:13

**experts** [6] - 5917:6, 5917:23, 5917:24, 6044:25, 6045:7, 6048:12

**explain** [5] - 5923:17, 5927:25, 6002:4, 6019:24, 6022:24

**explanation** [2] - 6020:24, 6047:15

**explicitly** [1] - 5908:22

**explode** [1] - 6014:6

**exploded** [1] - 6040:8

**EXPLORATION** [2] - 5896:15, 5900:13

**explosion** [5] - 5993:25, 5994:1, 5994:6, 5994:11, 6014:4

**explosion-proof** [1] - 5993:25

**extended** [1] - 6010:8

**extensive** [7] - 5944:2, 5944:7, 5959:9, 5959:11, 5989:25, 6002:15, 6048:6

**extensively** [1] - 6006:5

**external** [8] - 5917:6, 5917:23, 5917:24, 5993:9, 5993:11, 6045:7, 6048:4, 6048:12

**extra** [1] - 5980:11

**extremely** [1] - 5949:10

**eyes** [1] - 5959:14

**Ezell** [3] - 5941:18, 5991:5

5957:25

**fact** [7] - 5909:4, 5911:3, 5936:16, 5943:23, 5975:18, 6053:2, 6054:21

**factor** [5] - 5969:8, 5969:9, 6052:17, 6052:19

**factual** [2] - 6061:5, 6061:8

**fail** [4] - 5941:19, 6018:25, 6049:22, 6050:5

**failed** [3] - 6034:5, 6054:17

**failure** [5] - 5965:5, 6050:6, 6054:11, 6054:14, 6055:24

**failures** [1] - 5958:8

**fairly** [2] - 5914:13, 5987:21

**Falcon** [2] - 5913:23, 5914:6

**fall** [1] - 5953:11

**falling** [1] - 5977:4

**false** [4] - 5997:10, 6033:20, 6057:11, 6057:20

**familiar** [12] - 5940:19, 5943:10, 5943:12, 5943:15, 5971:24, 6005:8, 6005:21, 6006:18, 6012:13, 6037:18, 6044:4, 6044:6

**FANNIN** [1] - 5901:11

**far** [4] - 5959:5, 6027:21, 6038:18, 6059:15

**Farr** [2] - 6046:9, 6047:3

**fashion** [1] - 6059:20

**fast** [2] - 5938:14, 5992:14

**fatigue** [1] - 6033:23

**fault** [3] - 5996:20, 6042:6, 6042:12

**February** [2] - 5982:22, 6011:25

**feedback** [3] - 6032:11, 6032:21, 6037:12

**feet** [2] - 5950:4, 5951:12

**felt** [1] - 5974:8

**few** [12] - 5919:4, 5919:25, 5937:22, 5938:6, 5952:12, 5961:4, 5968:17, 5990:18, 6003:25,

---

**F**

**face** [2] - 5920:22, 6018:14

**facilities** [1] - 5968:20

**facility** [2] - 5945:3,

6029:19, 6037:7, 6044:11

**field** [1] - 5931:24

**fifth** [3] - 5915:2, 5934:15, 5984:16

**figured** [1] - 6046:22

**figures** - 5965:4

**file** [4] - 5909:18, 5910:4, 5910:5, 5946:11

**filed** [4] - 5907:22, 5909:19, 5910:1, 5910:3

**filled** [1] - 5926:15

**filter** [1] - 6018:20

**final** [7] - 5939:19, 6004:23, 6024:9, 6037:12, 6051:25, 6056:12, 6061:14

**finally** [1] - 6051:21

**finance** [1] - 5924:4

**financial** [2] - 5917:22, 5917:23

**findings** [8] - 5976:2, 5990:18, 6019:19, 6027:1, 6037:7, 6037:24, 6047:24, 6048:16

**fine** [3] - 5909:20, 5950:20, 6005:1

**finish** [2] - 5918:12, 6011:12

**finished** [3] - 6011:10, 6011:13, 6049:8

**fire** [31] - 5935:23, 5939:5, 5939:10, 5939:12, 5939:16, 5951:19, 5952:2, 5952:16, 5987:12, 5996:18, 6004:4, 6010:1, 6010:20, 6011:1, 6014:20, 6023:14, 6024:14, 6024:15, 6025:2, 6026:1, 6026:11, 6026:19, 6027:18, 6028:20, 6029:12, 6029:21, 6030:1, 6032:6, 6033:12, 6042:19

**fired** [4] - 5942:3, 5987:8, 5987:9, 5987:12

**firefighting** [1] - 5931:8

**FIRM** [2] - 5898:6, 5898:17

**first** [28] - 5912:8, 5914:16, 5914:17, 5919:8, 5961:14,

5965:13, 5969:19, 5970:1, 5977:5, 5977:18, 5981:21, 5981:23, 5989:18, 5990:19, 5990:21, 6014:3, 6015:16, 6017:1, 6022:25, 6028:23, 6029:25, 6031:15, 6034:7, 6045:10, 6048:20, 6049:2, 6051:13, 6052:7

**fit** [1] - 5965:21

**five** [18] - 5909:18, 5934:7, 5936:4, 5948:5, 5949:24, 5981:12, 5983:18, 5984:13, 5984:14, 5992:20, 6023:22, 6035:1, 6036:1, 6036:2, 6036:8

**five-year** [6] - 5983:18, 6035:1, 6036:1, 6036:2

**fix** [4] - 5931:15, 5966:15, 5966:21, 5995:23

**fixing** [1] - 5994:18

**flag** [2] - 5935:24, 5936:15

**flagged** [3] - 5995:16, 6043:10, 6043:21

**flaps** [1] - 6050:12

**flat** [3] - 5955:1, 6059:22, 6059:23

**flattens** [1] - 6059:13

**flawless** [1] - 5920:7

**fleet** [2] - 5916:1, 5973:5

**flexibility** [1] - 5971:18

**flexible** [2] - 5973:2, 6058:18

**flip** [1] - 6033:5

**float** [6] - 6049:7, 6049:24, 6049:25, 6050:12, 6054:22

**floaters** [1] - 5924:21

**floor** [4] - 5955:1, 5982:10, 5994:2, 5995:6

**FLOOR** [3] - 5897:22, 5898:23, 5901:15

**flow** [18] - 5940:17, 5940:18, 5992:11, 5995:8, 5995:19, 6045:25, 6049:19, 6049:22, 6056:12, 6056:22, 6057:1, 6057:4, 6057:6, 6057:10, 6057:11,

6057:21, 6057:23

**flowing** [4] - 5992:14, 6055:23, 6055:24, 6060:12

**FLOYD** [1] - 5902:15

**fluid** [4] - 5992:14, 6053:4, 6053:7, 6053:18

**flush** [1] - 5955:1

**FMEA** [1] - 6037:6

**focal** [2] - 5928:5, 6012:18

**focus** [11] - 5913:6, 5925:3, 5928:12, 5946:23, 5947:7, 5947:10, 5947:12, 5961:24, 5969:18, 5986:11, 6039:3

**focused** [1] - 5928:10

**focusing** [1] - 5960:23

**follow** [4] - 6028:22, 6029:16, 6031:1, 6041:18

**follow-up** [4] - 6028:22, 6029:16, 6031:1, 6041:18

**following** [3] - 5937:19, 5965:9, 6058:23

**follows** [1] - 5912:9

**font** [1] - 5976:18

**foot** [1] - 5919:22

**FOR** [8] - 5897:3, 5898:21, 5899:21, 5900:3, 5900:13, 5901:3, 5902:3, 5902:13

**forbid** [1] - 5965:19

**forces** [1] - 5974:5

**foregoing** [1] - 6062:16

**forensics** [1] - 6047:1

**forget** [1] - 5923:14

**forgot** [1] - 6012:8

**form** [1] - 5997:12

**formal** [1] - 6058:3

**formally** [1] - 5969:23

**formation** [3] - 6054:23, 6055:21, 6056:6

**formations** [3] - 6048:22, 6048:24, 6049:1

**former** [2] - 6046:2, 6046:5

**forth** [3] - 5907:24, 5981:4, 6048:15

**forward** [8] - 5925:2, 5972:19, 5977:1, 5977:3, 5978:21,

5979:5, 6017:9, 6026:6

**forwarded** [1] - 5976:20

**foundation** [4] - 5942:21, 5942:22, 5942:25, 5979:14

**four** [15] - 5924:21, 5956:25, 5963:4, 5964:10, 5972:9, 5972:11, 6007:19, 6018:6, 6023:22, 6030:17, 6032:13, 6034:25, 6047:13, 6047:24, 6048:15

**fourth** [1] - 5984:15

**fracture** [2] - 6048:24, 6048:25

**frame** [3] - 5943:12, 5969:24, 5975:16, 5980:5, 6027:7, 6047:2

**FRANCISCO** [1] - 5898:24

**FRANKLIN** [1] - 5899:18

**FRAUD** [1] - 5899:16

**FRILOT** [1] - 5901:5

**front** [3] - 6018:14, 6031:7, 6056:24

**Frontier** [1] - 5974:23

**FRUGE** [1] - 5898:10

**fuel** [2] - 6034:24, 6035:5

**full** [6] - 5917:18, 5917:20, 5941:19, 5943:16, 5981:23, 5986:22

**full-time** [1] - 5917:20

**fully** [4] - 5942:18, 5944:9, 6004:19, 6058:3

**function** [12] - 5927:14, 5953:1, 5955:16, 5986:23, 5991:25, 5993:22, 5995:12, 5995:24, 5996:3, 6008:16, 6009:11, 6012:10

**functional** [1] - 6035:7

**functionality** [1] - 5940:24

**functioned** [2] - 5996:11, 5997:13

**functioning** [3] - 5995:18, 6004:19, 6033:11

**functions** [2] - 5924:3, 5928:3

**fundamentally** [1] -

6053:20

**funding** [1] - 5921:2

## G

**G-E-E** [1] - 5935:4

**gain** [2] - 5973:15, 5980:19

**GANNAWAY** [1] - 5902:8

**gaps** [4] - 5959:23, 5959:24, 5960:4, 5960:6

**gas** [30] - 5935:23, 5952:2, 5952:16, 5994:2, 5994:5, 5995:7, 5995:8, 5996:16, 5996:17, 5996:22, 5996:25, 6004:4, 6010:1, 6010:20, 6011:1, 6013:25, 6014:5, 6014:21, 6015:7, 6015:10, 6015:17, 6016:2, 6024:18, 6024:19, 6032:3, 6032:7, 6032:17, 6042:19, 6045:21, 6046:1

**GATE** [1] - 5898:23

**GAVIN** [1] - 5902:15

**gear** [2] - 5938:10, 6018:19, 6018:20

**gearbox** [1] - 6018:18

**gee** [2] - 5935:5, 5936:1

**Gee** [1] - 5936:16

**Gee's** [1] - 5935:3

**GENERAL** [3] - 5899:22, 5900:4, 5900:6

**general** [18] - 5924:2, 5937:12, 5937:13, 5937:14, 6016:21, 6017:14, 6017:24, 6020:13, 6031:17, 6031:21, 6032:10, 6032:12, 6032:14, 6032:24, 6033:9, 6033:11, 6033:21, 6048:17

**GENERAL'S** [1] - 5899:21

**generally** [8] - 5914:3, 5962:8, 5998:11, 6001:15, 6005:6, 6019:10, 6050:21, 6051:25

**generated** [1] - 5962:6

generation [2] - 5915:3, 5948:14
generators [1] - 5988:13
gentleman [1] - 6045:11
GEOFFREY [1] - 5902:8
George [1] - 6045:11
given [16] - 5907:17, 5917:22, 5917:23, 5917:25, 5956:6, 5964:4, 5967:23, 5969:7, 5969:24, 5985:5, 6016:25, 6021:20, 6025:12, 6060:16
glanced [1] - 5910:13
GmbH [5] - 5896:13, 5922:18, 5922:19, 5922:25, 5923:1
goal [2] - 5918:15, 6052:9
God [1] - 5912:5
Godwin [2] - 5906:22, 5909:17
GODWIN [8] - 5902:14, 5902:14, 5902:19, 5906:22, 5907:7, 5908:10, 5908:12, 5909:17
GOLDEN [1] - 5898:23
goods [1] - 5987:14
govern [1] - 6014:11
governors [1] - 6000:21
grab [1] - 5954:18
grade [1] - 5959:17
gradual [1] - 6059:12
graduated [1] - 5913:6
GRAND [1] - 5901:15
granted [1] - 5970:12
graphs [1] - 6058:16
grave [1] - 6018:1
grease [1] - 5929:8
greased [1] - 5929:8
greasing [3] - 5929:7, 5967:6, 5978:22
great [2] - 5925:14, 6054:11
green [3] - 6017:16, 6023:23, 6034:13
Greg [2] - 5987:17, 6061:7
grooves [4] - 5991:24, 5992:6, 5992:8, 5992:9
gross [2] - 5920:14, 5965:5
group [14] - 5914:18,

5915:10, 5923:12, 5930:3, 5930:5, 5930:25, 5931:13, 5931:16, 5931:19, 5932:1, 6003:23, 6018:22, 6021:4, 6046:6
GROUP [1] - 5898:3
GSF [2] - 5977:6, 5977:18
Guard [18] - 5932:16, 5932:19, 5933:19, 5934:6, 5936:24, 5937:3, 5937:5, 5937:8, 5937:15, 5937:17, 5937:23, 5938:24, 5939:6, 5939:20, 5940:10, 5966:23, 6031:18, 6046:12
guess [3] - 5908:8, 6004:23, 6025:25
Guide [3] - 5943:9, 5946:11, 5976:7
guilty [1] - 6055:7
GULF [1] - 5896:6
Gulf [12] - 5926:5, 5926:23, 5932:23, 5945:7, 5949:10, 5968:20, 6003:7, 6004:25, 6006:10, 6006:12, 6007:5, 6007:8
gumbo [3] - 6056:24, 6057:1, 6057:3
guy [4] - 5925:12, 5935:3, 6003:22, 6045:15
guys [4] - 5931:6, 5932:12, 5941:21, 5978:17

# H

half [6] - 5920:2, 5981:14, 5983:10, 5983:17, 5987:17, 6002:14
Halliburton [7] - 5906:23, 5908:18, 5909:3, 5909:11, 5909:15, 5909:17
HALLIBURTON [1] - 5902:13
Halliburton's [2] - 5908:8, 5910:1
hallmarks [1] - 6044:15
hand [4] - 5912:2,

6022:25, 6031:9, 6056:23
handed [1] - 6047:3
handily [1] - 6037:7
handling [1] - 5954:4
hang [1] - 6000:12
HANKEY [1] - 5899:6
happy [1] - 5973:14
hard [4] - 5973:14, 6005:8, 6051:5
harder [1] - 5918:9
HARIKLIA [1] - 5900:24
harm [1] - 5991:5
harsh [3] - 5949:10, 5950:20, 5952:9
Hart [1] - 6046:4
HARTLEY [1] - 5902:15
hat [1] - 6051:16
haul [1] - 5951:13
HAUSER [1] - 5899:17
HAYCRAFT [1] - 5900:15
hazard [1] - 6043:21
hazardous [1] - 5994:2
HB406 [1] - 5903:4
heads [2] - 5907:17, 6032:3
heads-up [1] - 5907:17
hear [4] - 5916:4, 5978:13, 6033:22
HEARD [1] - 5896:22
heard [11] - 5932:20, 5935:14, 5943:22, 5949:25, 5987:21, 6017:13, 6017:20, 6017:23, 6054:11, 6061:3
hearing [1] - 5906:18
heart [1] - 5935:15
heat [2] - 5951:20, 6032:17
heaviest [1] - 6002:17
heavy [5] - 5929:18, 5931:10, 5931:11, 6049:12, 6053:17
height [1] - 5953:15
held [9] - 5915:16, 5915:20, 5924:8, 5924:15, 5924:17, 5932:6, 5933:4, 6050:14, 6060:8
help [13] - 5912:4, 5921:9, 5921:17, 5929:23, 5932:3, 5978:11, 5978:19, 5980:14, 5980:15,

5980:24, 6045:14, 6047:5, 6048:3
helped [1] - 6048:5
hereby [1] - 6062:15
HERMAN [3] - 5897:7, 5897:7
hide [1] - 5941:16
hierarchy [1] - 5930:23
high [19] - 5914:3, 5914:13, 5925:14, 5934:1, 5940:2, 5947:16, 5969:11, 5969:15, 5969:18, 5970:7, 5975:17, 6014:15, 6045:1, 6045:25, 6047:12, 6050:21, 6052:4, 6052:20
high-end [1] - 6045:25
highest [3] - 5949:3, 6013:4, 6013:5
highlight [3] - 5990:11, 5996:14, 6023:13
highlighted [3] - 5938:6, 6005:3, 6030:23
HILL [1] - 5902:15
hire [2] - 5942:9, 6003:8
histories [1] - 5940:6
history [2] - 5908:14, 5914:12
hit [2] - 6025:15, 6059:20
hitches [1] - 5930:14
HiTec [1] - 6058:13
hitting [3] - 5991:3, 5991:4, 5991:10
hold [7] - 5909:12, 5929:13, 5949:23, 5954:15, 5954:22, 5968:11, 6053:10
holding [1] - 6033:6
HOLDINGS [1] - 5901:3
holds [1] - 6049:7
hole [4] - 5954:23, 6052:22, 6052:24, 6053:23
HOLTHAUS [1] - 5898:10
honest [1] - 6059:5
Honor [23] - 5906:9, 5906:13, 5906:21, 5906:23, 5907:7, 5907:9, 5909:17, 5910:5, 5910:17, 5910:19, 5911:6,

5911:18, 5911:24, 5942:21, 5944:13, 5958:14, 5976:15, 5979:13, 5987:15, 5987:23, 6044:21, 6060:24, 6061:24
Honor's [1] - 5910:10
HONORABLE [1] - 5896:22
Horizon [89] - 5915:1, 5915:2, 5916:5, 5918:21, 5920:4, 5922:20, 5925:19, 5925:25, 5926:16, 5927:18, 5928:23, 5928:25, 5932:22, 5933:4, 5934:5, 5934:18, 5935:2, 5936:6, 5936:12, 5936:20, 5937:4, 5937:11, 5937:14, 5939:24, 5941:6, 5942:19, 5942:23, 5943:5, 5943:17, 5943:24, 5945:14, 5946:2, 5946:21, 5947:18, 5947:22, 5947:24, 5948:2, 5948:9, 5948:10, 5948:19, 5949:1, 5950:13, 5951:20, 5952:17, 5955:22, 5959:15, 5964:15, 5964:20, 5965:16, 5970:17, 5973:19, 5974:12, 5976:13, 5979:20, 5981:22, 5982:20, 5983:21, 5985:7, 5985:19, 5986:12, 5986:16, 5989:9, 5989:20, 5990:13, 5992:22, 5993:17, 5997:1, 5997:25, 6002:8, 6003:4, 6003:20, 6006:15, 6007:16, 6008:8, 6009:13, 6012:14, 6015:23, 6018:3, 6020:4, 6021:19, 6024:22, 6030:15, 6037:5, 6037:9, 6043:20, 6044:15, 6044:19, 6057:24
HORIZON [1] - 5896:5
Horizon's [1] - 5986:6
hoses [1] - 5953:12
HOUMA [1] - 5898:4
hour [2] - 5935:13, 6057:24

**hours** [5] - 5956:21, 5956:22, 5957:1, 5977:1, 6017:1
**house** [1] - 5948:6
**houses** [1] - 5971:11
**Houston** [1] - 5912:20
**HOUSTON** [6] - 5898:15, 5901:11, 5901:23, 5902:9, 5902:10, 5902:20
**HR** [1] - 5924:4
**HSE** [2] - 6012:9, 6023:7
**huge** [1] - 5973:10
**HUGHES** [1] - 5901:22
**hull** [11] - 5935:17, 5951:1, 5951:3, 5979:24, 5983:7, 5983:11, 5984:17, 5990:15, 6002:17, 6002:18, 6002:19
**human** [1] - 6033:16
**hundred** [6] - 5964:9, 5964:10, 5969:14, 6030:17
**Hungary** [2] - 5922:18, 5922:24
**hurricane** [2] - 5949:11, 5949:23
**hydraulics** [1] - 6045:22
**hydrocarbons** [1] - 6049:22
**HYMEL** [1] - 5901:18

## I

**I-N-C** [1] - 5941:4
**icon** [1] - 5981:25
**idea** [2] - 5984:16, 6058:10
**identical** [4] - 5973:11, 6026:23, 6049:11, 6050:1
**identified** [2] - 5997:13, 5997:18
**identify** [5] - 5917:8, 5961:15, 5990:7, 6047:7, 6058:1
**identifying** [2] - 5982:3, 6017:6
**ignore** [1] - 5958:4
**II** [1] - 5956:12
**IL** [1] - 5900:25
**image** [2] - 5947:11, 5951:22
**imagine** [3] - 5942:3, 5945:9, 5968:10
**immediate** [3] -

**including** [6] - 5930:4, 5935:23, 5940:5, 5961:11, 5970:22, 5987:18
**Incorporated** [1] - 5922:16
**incorrect** [1] - 5995:22
**increase** [2] - 6016:2, 6059:12
**increased** [2] - 6013:8, 6035:18
**INCs** [1] - 5941:5
**independently** [1] - 5989:19
**India** [2] - 5924:18, 5927:19
**indicate** [2] - 6017:7, 6059:2
**indicated** [3] - 5970:10, 5979:8, 6056:11
**indicates** [2] - 5938:4, 5996:22
**indicating** [1] - 6046:16
**indication** [3] - 5940:17, 6001:25, 6057:11
**indicator** [1] - 5940:18
**individual** [1] - 5962:3
**individually** [1] - 6001:15
**individuals** [1] - 5946:12, 5961:4, 5961:5, 5961:10, 6045:24
**industries** [1] - 5957:25
**industry** [5] - 5913:7, 5955:6, 5957:17, 5967:20, 6045:21
**influxes** [1] - 6056:13
**information** [11] - 5918:5, 5918:10, 5919:2, 5919:13, 5941:16, 5941:20, 5980:19, 6013:17, 6055:22, 6060:16, 6061:5
**inhibit** [1] - 5997:9
**inhibited** [3] - 5996:21, 6031:12, 6032:2
**inhibition** [1] - 6032:4
**inhibits** [1] - 5997:6
**initial** [2] - 5976:9, 6001:4
**initiated** [1] - 6034:6
**injected** [1] - 6048:24
**input** [1] - 5973:22

**inside** [5] - 5917:6, 5951:3, 6007:22, 6045:10, 6049:18
**inspect** [3] - 5939:24, 5940:3, 6003:3
**inspected** [5] - 5937:10, 5941:25, 5987:13, 5996:17, 6010:21
**inspecting** [4] - 5935:2, 5942:2, 5989:22, 6031:10
**inspection** [24] - 5933:13, 5935:14, 5937:1, 5937:21, 5938:2, 5941:5, 5942:23, 5979:23, 5983:11, 5983:15, 5984:19, 5985:17, 5985:18, 5990:9, 5995:12, 6003:22, 6003:23, 6008:16, 6008:18, 6010:25, 6021:11, 6023:6
**Inspection** [2] - 6021:1, 6021:25
**inspections** [21] - 5927:8, 5932:18, 5933:12, 5933:16, 5934:5, 5934:18, 5936:5, 5936:10, 5936:22, 5945:4, 5957:14, 5958:1, 5962:15, 5981:13, 5983:8, 5983:19, 5983:20, 5983:22, 5984:9, 5985:25
**inspector** [2] - 5935:6, 5937:8
**Inspector** [1] - 5934:15
**inspectors** [15] - 5933:14, 5935:2, 5935:16, 5938:18, 5938:21, 5938:24, 5939:6, 5940:2, 5940:19, 5941:20, 5945:16, 5967:1, 5989:3, 5993:14, 6008:23
**install** [1] - 5963:19
**installed** [3] - 5950:14, 5977:8, 5977:24
**instance** [2] - 5929:12, 6000:12
**instead** [6] - 6014:25, 6015:2, 6015:4, 6015:21, 6035:16, 6055:18

**integrate** [1] - 5963:19
**integrated** [2] - 6003:12, 6005:10
**integrity** [3] - 5915:7, 5935:18, 5988:8
**intent** [4] - 5960:8, 5960:10, 5975:7, 5991:21
**intention** [1] - 5990:7
**interacted** [2] - 5943:20, 6013:15
**interaction** [3] - 5927:13, 5928:11, 6013:16
**interest** [1] - 5986:9
**interesting** [2] - 5925:12, 5949:2
**interface** [1] - 5973:3
**interlineate** [1] - 5977:2
**interlineated** [1] - 5976:16
**internal** [14] - 5958:25, 5959:4, 5959:7, 5959:8, 5993:9, 6013:1, 6017:19, 6044:22, 6045:2, 6046:4, 6046:9, 6046:13, 6048:5, 6051:4
**internally** [1] - 5917:5
**INTERNATIONAL** [1] - 5902:3
**international** [1] - 5988:21
**International** [1] - 5972:3
**interrelated** [1] - 6048:20
**interrogated** [3] - 5945:21, 5946:23, 6008:25
**interrogation** [1] - 5947:4
**interrupt** [1] - 5911:1
**intervention** [1] - 6033:17
**interview** [1] - 5920:3
**interviewed** [4] - 5919:25, 5920:15, 5989:5, 6016:19
**interviews** [3] - 5919:12, 5919:21, 6047:19
**intrusion** [1] - 6018:5
**intrusive** [3] - 5929:10, 5933:21, 5962:16
**invalid** [2] - 6056:3, 6056:7

**impact** [7] - 5949:8, 5949:21, 5964:13, 5966:12, 5966:18, 5966:24, 5967:15
**impacted** [3] - 5973:18, 5979:19, 5995:1
**implementation** [2] - 5959:24, 5972:19
**implemented** [1] - 5969:22
**implementing** [4] - 5959:13, 5959:19, 5971:12, 5972:15
**implied** [2] - 5932:14, 6009:3
**important** [5] - 5921:18, 5921:21, 5947:11, 5969:15, 5999:7
**impose** [1] - 5918:1
**IMPREVENTO** [1] - 5897:18
**improve** [2] - 5923:12, 6028:17
**IN** [3] - 5896:5, 5896:5, 5896:12
**in-depth** [1] - 5990:9
**INC** [8] - 5896:16, 5900:14, 5901:4, 5901:5, 5902:14, 5941:4, 5945:9, 5945:11
**incentive** [2] - 5922:7, 5932:12
**inch** [1] - 6025:15
**incident** [19] - 5916:4, 5916:9, 5916:20, 5919:24, 5936:4, 5938:23, 5992:25, 5995:25, 5996:13, 6001:21, 6004:11, 6016:8, 6017:1, 6017:7, 6033:15, 6036:8, 6043:15, 6056:11, 6058:1
**incidents** [1] - 6026:23
**include** [9] - 5938:7, 5938:12, 5962:13, 5977:6, 5977:18, 5983:3, 6026:11, 6056:2, 6055:4
**included** [1] - 5968:4
**includes** [1] - 6022:18

**immediately** [4] - 5978:3, 5978:5, 5978:8, 6030:9

**incident**... 

**hours**...

**including**...

**1965:2, 6043:17, 6043:21**

**inventory** [1] - 6031:8
**investigated** [1] - 5943:23
**investigating** [1] - 5918:15
**investigation** [16] - 5916:18, 5916:19, 5917:2, 5917:11, 5918:2, 5918:8, 5997:2, 6016:19, 6017:5, 6017:19, 6037:11, 6044:20, 6044:22, 6045:2, 6047:4, 6047:6
**investigations** [3] - 6044:25, 6046:6, 6046:7
**investigative** [1] - 6060:15
**involved** [8] - 5934:22, 5942:10, 5951:25, 5987:2, 5992:5, 6002:21, 6047:16, 6051:10
**involvement** [1] - 5915:14
**Irpino** [2] - 5907:9, 5911:18
**IRPINO** [4] - 5898:17, 5898:17, 5907:9, 5911:18
**ISM** [19] - 5966:23, 5971:21, 5971:24, 5972:1, 5972:6, 5972:10, 5988:22, 5988:25, 5989:3, 5989:5, 5989:9, 5993:20, 6012:14, 6012:17, 6012:18, 6012:25, 6013:1, 6013:8, 6013:12
**isolate** [2] - 6048:22, 6053:12
**isolated** [2] - 5917:16, 6054:5
**issuance** [2] - 6027:9, 6055:6
**issue** [37] - 5908:7, 5909:5, 5911:7, 5941:2, 5941:3, 5966:12, 5966:18, 5974:11, 5974:14, 5974:17, 5991:8, 5991:11, 5991:23, 5993:12, 5994:24, 5995:1, 5995:9, 5995:16, 6009:2, 6012:8, 6013:24, 6015:25, 6018:4, 6018:12, 6019:2,

6023:19, 6026:13, 6026:21, 6027:6, 6027:7, 6028:4, 6029:2, 6029:19, 6030:1, 6030:6, 6031:9, 6042:17
**issued** [6] - 5918:11, 5918:13, 5937:7, 5941:6, 5945:9, 6047:6
**Issues** [1] - 5908:23
**issues** [17] - 5910:1, 5970:8, 5972:20, 5973:8, 5986:23, 5986:24, 5987:16, 5992:6, 6012:21, 6012:25, 6025:18, 6026:20, 6034:20, 6039:8, 6040:18, 6045:14, 6045:19
**item** [12] - 5975:14, 5987:8, 6000:9, 6001:6, 6019:24, 6022:19, 6022:21, 6023:24, 6027:13, 6034:11, 6041:21, 6042:14
**Item** [1] - 5986:20
**items** [57] - 5920:9, 5921:10, 5921:13, 5947:9, 5947:12, 5947:15, 5955:2, 5956:7, 5961:25, 5963:23, 5964:8, 5964:13, 5965:5, 5965:7, 5965:11, 5967:10, 5967:14, 5968:24, 5972:9, 5972:10, 5975:14, 5981:5, 5986:17, 5997:18, 5998:4, 5998:8, 5998:12, 5999:3, 5999:6, 5999:13, 5999:16, 6000:6, 6001:3, 6001:14, 6001:16, 6001:21, 6005:1, 6005:2, 6013:2, 6019:17, 6020:2, 6020:17, 6021:8, 6022:13, 6030:13, 6037:15, 6040:9, 6041:2, 6041:24, 6043:5, 6043:10, 6043:13, 6043:19, 6046:22, 6048:6
**itself** [16] - 5923:8, 5938:4, 5974:3, 5991:17, 5994:8, 5994:9, 5994:12,

5994:24, 5995:18, 5995:24, 6005:11, 6006:24, 6009:6, 6021:20, 6048:8, 6055:24

## J

**jack** [1] - 6002:18
**jackups** [1] - 5924:20
**JAMES** [2] - 5897:3, 5900:5
**James** [4] - 5926:12, 5927:11, 5927:17, 5927:19
**jammed** [1] - 5939:17
**January** [3] - 5974:15, 5982:21, 6028:23
**JEFFERSON** [2] - 5897:4, 5901:19
**JEFFREY** [1] - 5917:18
**JERRY** [1] - 5902:19
**Jerry** [3] - 6012:11, 6012:13, 6013:8
**Jerry's** [1] - 6013:11
**JESSICA** [2] - 5899:10, 5899:11
**Jim** [1] - 5910:22
**JIMMY** [1] - 5898:14
**job** [15] - 5917:20, 5924:23, 5924:24, 5955:4, 5963:11, 5970:4, 5978:12, 6001:5, 6001:6, 6001:12, 6010:12, 6032:7, 6048:22, 6050:10, 6052:19
**jobs** [7] - 5915:5, 5915:9, 5956:14, 5976:25, 5978:20, 6000:1, 6000:11
**John** [3] - 5943:9, 5946:11, 5976:7
**JOHN** [2] - 5898:10, 5901:22
**Johnson** [5] - 5926:12, 5927:11, 5927:17, 5927:21, 5976:21
**join** [1] - 5914:9
**joined** [4] - 5910:18, 5913:7, 5913:23, 5913:3, 3060:8
**joint** [3] - 5931:17, 5953:15, 5991:3
**joints** [3] - 5954:13, 5954:14, 5955:12
**JONES** [1] - 5902:8

**JR** [2] - 5897:22, 5902:15
**judge** [1] - 5983:7
**JUDGE** [1] - 5896:23
**Judge** [9] - 5906:22, 5907:1, 5908:10, 5908:14, 5908:17, 5909:19, 5959:23, 6002:5, 6054:11
**judging** [1] - 6010:10
**July** [3] - 5937:1, 5937:7, 6037:2
**June** [2] - 5918:13, 6047:6
**JUSTICE** [4] - 5898:21, 5899:3, 5899:9, 5899:15

## K

**KANNER** [3] - 5900:9, 5900:10, 5910:18
**KARIS** [3] - 5900:24, 5942:21, 5944:12
**KATZ** [1] - 5897:7
**keel** [1] - 5951:13
**Keelan** [1] - 5924:9
**keep** [13] - 5922:6, 5948:25, 5950:5, 5956:8, 5956:10, 5968:7, 5968:13, 5968:14, 5971:2, 5971:6, 5974:6, 5990:25, 6026:6
**keeping** [3] - 5964:24, 5975:9, 6037:8
**keeps** [1] - 5950:7
**KELLEY** [1] - 5899:17
**kelly** [1] - 5955:9
**Kent** [3] - 5926:12, 5927:11, 5927:17
**kept** [1] - 6055:24
**KERRY** [1] - 5901:6
**Kevan** [2] - 5946:5, 5976:8
**key** [2] - 6045:24, 6047:24
**kick** [1] - 6050:17
**kill** [11] - 6053:18, 6053:23, 6054:8, 6055:18, 6056:2, 6056:5, 6059:4, 6059:11, 6059:12, 6060:3, 6060:8
**KINCHEN** [2] - 5901:22, 5901:22
**kind** [28] - 5925:11, 5929:3, 5929:20, 5929:21, 5932:8,

5932:10, 5932:13, 5942:8, 5950:2, 5960:10, 5960:11, 5963:4, 5965:2, 5974:11, 5980:4, 5980:24, 5981:8, 5983:19, 5986:18, 5987:2, 5994:12, 6004:16, 6024:8, 6025:19, 6036:14, 6048:20, 6051:5, 6057:20
**kinds** [2] - 5940:23, 5971:19
**KIRKLAND** [1] - 5900:23
**knowing** [2] - 5941:9, 6033:14
**knowledge** [1] - 5907:1
**known** [6] - 6007:4, 6007:22, 6013:13, 6045:20, 6046:10, 6058:24
**knows** [3] - 5925:11, 5928:24, 5978:17
**Kodiak** [1] - 5986:7
**KRAUS** [1] - 5900:10
**Kris** [3] - 5908:8, 5908:20, 5908:22
**Kuchta** [2] - 5931:4, 5941:19
**KULLMAN** [1] - 5897:14

## L

**LA** [15] - 5897:5, 5897:8, 5897:16, 5897:23, 5898:4, 5898:8, 5898:11, 5898:18, 5900:7, 5900:11, 5900:17, 5901:7, 5901:20, 5902:5, 5903:5
**LAFAYETTE** [2] - 5897:5, 5901:20
**LAFLEUR** [1] - 5901:18
**LAMAR** [1] - 5902:20
**land** [1] - 5940:13
**LANGAN** [1] - 5900:23
**language** [1] - 5999:22
**large** [1] - 5947:8
**largely** [2] - 6019:10, 6048:11
**LASALLE** [1] - 5900:25

last [30] - 5908:24, 5934:7, 5939:10, 5941:5, 5959:15, 5977:23, 5978:3, 5978:7, 5978:11, 5978:13, 5978:20, 5982:20, 6004:18, 6023:25, 6024:1, 6024:9, 6025:15, 6027:13, 6032:9, 6035:22, 6044:11, 6044:21, 6049:15, 6051:22, 6053:9, 6057:24, 6059:1, 6061:15, 6061:17
latching [1] - 5953:21
late [3] - 5955:6, 5972:14, 5982:21
launching [1] - 6005:12
LAW [3] - 5898:3, 5898:6, 5898:17
law [2] - 6006:25, 6007:11
LAWRENCE [1] - 5899:12
lay [1] - 5942:25
lead [4] - 5916:8, 5916:19, 5937:8, 6045:3
leader [3] - 5943:20, 5943:23, 6055:4
leak [3] - 6018:9, 6018:11, 6018:12
learning [2] - 5978:18, 6037:11
LEASING [1] - 5896:13
Leasing [4] - 5922:18, 5922:19, 5922:25, 5923:1
least [5] - 5911:3, 5944:3, 5956:5, 5976:9, 5985:9
leave [1] - 5910:9
leaves [1] - 5999:15
leaving [1] - 5915:5
led [1] - 5918:8
left [8] - 5930:25, 5946:3, 5951:8, 5965:17, 5974:10, 6022:25, 6027:21, 6058:20
left-hand [1] - 6022:25
legacy [1] - 5972:24
legal [1] - 5924:4
LEGER [2] - 5897:21, 5897:22
LEL [4] - 6014:3, 6014:4, 6014:21,

6016:14
less [6] - 5928:11, 5964:21, 5969:15, 5982:12, 5998:21, 6060:9
lesser [2] - 5960:21, 5969:18
levees [1] - 5913:3
level [19] - 5914:3, 5914:14, 5915:15, 5915:21, 5916:2, 5932:21, 5934:2, 5940:2, 5952:19, 5958:22, 5963:12, 5973:23, 5975:1, 6015:10, 6035:18, 6045:2, 6047:12, 6050:21, 6052:4
levels [4] - 5929:2, 6013:4, 6013:5, 6015:17
LEWIS [4] - 5897:14, 5900:15, 5902:14, 5902:19
LI [1] - 5901:15
license [1] - 5929:14
licensed [1] - 5966:22
licenses [2] - 5938:7, 5938:8
lie [1] - 5932:14
lieu [8] - 5979:23, 5981:13, 5983:15, 5983:22, 5985:17, 5985:18, 5985:25, 5986:15
Lieutenant [6] - 5937:9, 5937:10, 5937:20, 5938:5, 5939:19, 5941:25
life [6] - 5927:4, 5927:7, 5938:14, 5981:8, 5989:10
LIFE [1] - 5897:15
lifeboats [2] - 5931:8, 5938:13
lifesaving [2] - 5931:7, 5938:10
lift [1] - 6002:17
lifted [2] - 5985:7, 6002:19
lifting [1] - 5929:18
light [1] - 5995:21
lights [1] - 6033:7
likely [4] - 5908:2, 5966:18, 6001:11, 6050:16
limit [5] - 6014:4, 6014:5, 6014:6, 6015:9, 6015:23
limited [3] - 5909:12,

5968:10, 6009:11
limits [3] - 6014:9, 6014:10, 6014:15
line [22] - 5955:12, 5975:14, 5982:13, 5995:19, 6001:3, 6001:6, 6007:14, 6034:8, 6038:10, 6053:18, 6053:23, 6054:8, 6055:18, 6056:2, 6056:5, 6057:4, 6059:4, 6059:11, 6059:12, 6060:3, 6060:8
lined [2] - 5980:25, 5995:19
lines [5] - 5979:6, 5983:5, 5983:18, 5995:6, 6001:20
lineup [1] - 6059:10
link [1] - 6012:20
lip [2] - 6018:14, 6018:25
LISKOW [1] - 5900:15
list [6] - 5946:9, 5965:16, 5982:25, 5998:3, 6001:19, 6003:21
listed [3] - 5924:9, 5935:2, 6017:20
literally [1] - 6028:12
LITIGATION [1] - 5899:16
live [6] - 5912:18, 5912:20, 5930:17, 5931:20, 5980:15, 5980:22
lived [2] - 5928:25, 5932:12
living [1] - 5943:16
LLC [3] - 5901:3, 5922:18, 5922:24
LMRP [2] - 5991:1, 5991:19
load [1] - 5950:18
loading [1] - 6053:3
loads [1] - 5949:12
local [1] - 5915:15
located [1] - 6017:8
location [4] - 5917:14, 5921:12, 5950:5, 5951:24
logbooks [1] - 5971:5
long-term [1] - 5970:8
look [116] - 5908:21, 5909:21, 5910:15, 5911:14, 5917:6, 5917:17, 5919:15, 5922:10, 5922:12, 5922:22, 5926:2,

5932:19, 5932:25, 5933:20, 5933:22, 5933:24, 5934:1, 5934:2, 5934:15, 5935:17, 5936:25, 5938:2, 5940:5, 5941:13, 5942:8, 5945:23, 5946:8, 5947:16, 5947:21, 5947:25, 5948:8, 5952:23, 5957:13, 5958:8, 5959:4, 5959:6, 5962:1, 5967:1, 5967:3, 5969:7, 5972:2, 5975:13, 5975:24, 5981:18, 5981:19, 5983:5, 5984:5, 5986:2, 5986:11, 5988:1, 5988:10, 5990:5, 5990:10, 5990:21, 5991:15, 5993:3, 5994:14, 5996:14, 5997:20, 6001:17, 6002:9, 6003:18, 6005:5, 6005:20, 6006:21, 6006:23, 6007:23, 6008:1, 6008:10, 6009:6, 6010:6, 6010:24, 6013:20, 6014:17, 6020:14, 6020:15, 6020:20, 6021:16, 6021:22, 6022:7, 6022:15, 6022:25, 6023:25, 6025:21, 6027:2, 6027:15, 6028:22, 6030:13, 6030:22, 6031:1, 6031:23, 6034:3, 6034:18, 6034:22, 6036:1, 6036:22, 6037:15, 6037:21, 6037:23, 6040:3, 6040:19, 6041:14, 6042:4, 6042:18, 6043:1, 6044:13, 6045:21, 6048:14, 6051:2, 6052:15, 6055:14, 6056:10, 6058:5, 6058:22, 6061:21
looked [30] - 5908:7, 5908:14, 5909:23, 5919:9, 5920:13, 5935:9, 5935:11, 5937:22, 5947:19, 5956:18, 5966:6, 5993:2, 5994:17, 5994:23, 5997:2, 5997:4, 5997:6,

5997:11, 5998:13, 5998:17, 6004:1, 6020:3, 6020:16, 6025:22, 6026:25, 6027:25, 6028:18, 6035:13, 6055:22, 6057:9
looking [40] - 5919:8, 5923:4, 5923:12, 5923:17, 5923:20, 5924:14, 5924:23, 5926:11, 5933:22, 5941:8, 5946:3, 5947:14, 5947:18, 5951:23, 5964:3, 5966:25, 5979:11, 5979:17, 5988:3, 5989:18, 6015:11, 6015:16, 6016:1, 6019:7, 6021:10, 6023:12, 6023:15, 6029:5, 6030:8, 6036:5, 6036:7, 6036:8, 6047:23, 6051:8, 6052:5, 6057:2, 6057:4, 6058:10, 6058:23, 6059:25
looks [21] - 5937:9, 5939:1, 5946:5, 5946:11, 5959:10, 5976:7, 5976:11, 5986:6, 5993:13, 6006:16, 6023:19, 6028:15, 6029:17, 6031:6, 6034:8, 6034:9, 6035:6, 6035:15, 6035:24, 6037:14, 6040:8
LOS [1] - 5901:16
lose [1] - 5973:24
losing [2] - 5975:9, 5975:10
loss [1] - 6037:8
lost [7] - 5949:6, 6051:21, 6052:20, 6052:21, 6052:23, 6052:25, 6058:11
Louisiana [3] - 5910:18, 6062:14, 6062:15
LOUISIANA [4] - 5896:2, 5896:8, 5900:3, 5900:5
louvers [1] - 6024:16
low [7] - 5947:9, 5969:12, 5969:13, 5999:16, 6000:6, 6000:9, 6001:16
low-critical [1] -

5947:9
**lower** [12] - 5946:3,
5951:1, 5951:5,
5965:14, 6014:4,
6014:15, 6015:22,
6016:2, 6016:5,
6016:16, 6043:19,
6053:15
**lowered** [1] - 6016:10
**lowering** [2] - 6015:1,
6015:9
**lubricated** [2] -
5929:8, 6035:6
**LUIS** [1] - 5901:15
**lunch** [1] - 6062:2
**LUNCHEON** [1] -
5904:6
**luncheon** [1] - 6062:5
**LUTHER** [1] - 5899:22

# M

**ma'am** [2] - 5916:21,
5919:1
**machined** [1] -
5991:24
**machinery** [1] -
6026:2
**Macondo** [6] - 5943:5,
5976:9, 5982:21,
5986:8, 6012:2,
6048:19
**MAGAZINE** [1] -
5898:18
**MAHTOOK** [1] -
5901:18
**mail** [9] - 5976:4,
5976:5, 5976:17,
5976:20, 5979:6,
5979:12, 5981:4,
6011:23, 6037:24
**main** [2] - 5937:21,
6034:5
**MAIN** [1] - 5898:11
**maintain** [11] - 5951:4,
5956:14, 5962:8,
5965:5, 5967:19,
5967:20, 5985:3,
5985:4, 6010:11,
6025:19, 6030:20
**maintained** [11] -
5947:23, 5952:13,
5958:12, 5968:4,
5983:25, 5990:8,
5996:19, 5997:7,
6029:14, 6044:1
**maintaining** [7] -
5921:18, 5925:3,
5928:10, 5952:5,

5997:9, 5997:10,
6010:11
**maintenance** [222] -
5915:15, 5915:18,
5915:24, 5916:1,
5918:21, 5918:22,
5918:25, 5919:14,
5919:17, 5920:18,
5920:20, 5920:21,
5921:2, 5921:10,
5921:13, 5921:20,
5923:5, 5923:8,
5923:18, 5924:6,
5924:12, 5925:4,
5925:13, 5926:4,
5927:12, 5927:15,
5928:12, 5928:13,
5928:15, 5929:1,
5929:2, 5929:3,
5929:5, 5929:10,
5929:13, 5930:9,
5930:22, 5930:24,
5930:25, 5931:10,
5931:11, 5931:12,
5931:22, 5932:1,
5932:8, 5932:15,
5933:18, 5933:23,
5935:9, 5938:19,
5940:5, 5941:13,
5942:7, 5942:13,
5942:17, 5942:20,
5944:11, 5945:3,
5945:7, 5945:14,
5945:19, 5945:21,
5946:20, 5946:22,
5946:23, 5947:1,
5947:4, 5947:8,
5947:14, 5947:17,
5947:22, 5948:19,
5950:22, 5952:5,
5955:2, 5956:9,
5956:13, 5956:16,
5956:17, 5957:6,
5957:14, 5957:15,
5957:17, 5957:20,
5957:21, 5958:3,
5958:7, 5958:10,
5959:5, 5959:11,
5959:19, 5959:24,
5960:15, 5960:16,
5960:19, 5960:24,
5961:20, 5961:25,
5962:5, 5962:9,
5962:10, 5962:11,
5962:17, 5962:20,
5962:24, 5963:1,
5963:2, 5963:3,
5963:5, 5963:7,
5963:9, 5963:11,
5963:12, 5963:13,
5963:15, 5963:21,

5963:23, 5964:3,
5964:4, 5964:12,
5964:17, 5964:20,
5964:24, 5965:5,
5965:10, 5965:11,
5965:16, 5965:19,
5965:21, 5966:1,
5966:12, 5966:18,
5966:24, 5967:2,
5967:6, 5967:8,
5967:10, 5967:12,
5967:18, 5968:4,
5968:6, 5969:21,
5969:25, 5970:14,
5970:16, 5971:22,
5972:17, 5973:19,
5973:22, 5973:23,
5974:4, 5975:8,
5975:14, 5976:25,
5977:10, 5977:12,
5977:19, 5977:20,
5977:24, 5978:20,
5979:9, 5979:18,
5979:19, 5979:20,
5979:25, 5980:7,
5980:12, 5981:4,
5981:5, 5981:9,
5981:17, 5981:20,
5982:9, 5982:17,
5982:24, 5983:1,
5983:3, 5984:20,
5985:23, 5985:24,
5986:7, 5986:10,
5986:19, 5986:22,
5986:24, 5987:7,
5987:18, 5988:3,
5988:4, 5988:6,
5990:1, 5990:4,
5996:22, 5997:15,
5997:18, 5998:7,
5998:8, 5998:12,
5999:20, 6002:3,
6009:3, 6009:5,
6009:9, 6009:12,
6009:18, 6009:22,
6010:2, 6010:25,
6011:24, 6012:1,
6012:5, 6018:21,
6025:2, 6033:14,
6035:18, 6036:13,
6036:16, 6044:18
**major** [24] - 5914:2,
5914:6, 5915:11,
5927:8, 5927:15,
5955:16, 5955:23,
5956:23, 5957:3,
5957:25, 5964:12,
5965:13, 5966:10,
5979:25, 5980:4,
5981:20, 5983:11,
5987:6, 5988:6,

5992:2, 5999:17,
6001:20, 6019:2,
6045:16
**majority** [2] - 5961:3,
6017:23
**MALINDA** [1] -
5899:12
**mammoth** [1] -
6002:20
**man** [3] - 5943:24,
5977:1, 6045:15
**man-hours** [1] -
5977:1
**manage** [4] - 5924:19,
5925:1, 5930:3,
6018:21
**manageable** [1] -
6018:5
**management** [17] -
5921:20, 5923:7,
5926:11, 5943:6,
5946:22, 5963:2,
5970:14, 5970:17,
5971:22, 5988:21,
6008:14, 6009:9,
6009:12, 6010:7,
6012:20, 6013:5,
6032:22
**Management** [4] -
5922:18, 5922:24,
5956:12, 5972:4
**manager** [33] -
5914:17, 5915:17,
5915:20, 5918:23,
5920:25, 5921:1,
5924:1, 5924:2,
5924:14, 5924:17,
5924:25, 5925:3,
5925:9, 5925:10,
5926:7, 5926:8,
5926:9, 5926:15,
5927:13, 5927:14,
5927:19, 5927:22,
5928:2, 5928:4,
5928:10, 5928:14,
5928:18, 5943:8,
5943:9, 5970:5,
6046:5
**managers** [11] -
5925:1, 5925:7,
5925:18, 5926:1,
5927:10, 5927:18,
5927:22, 5944:23,
5944:24, 5946:13,
6044:7
**managing** [6] -
5918:23, 5923:24,
5924:4, 5924:8,
5927:23, 6046:23
**mandate** [1] - 5935:17

**manner** [2] - 6010:13,
6058:14
**manual** [4] - 5937:13,
5937:15, 5957:5,
6031:12
**manufacturer** [5] -
5921:9, 5956:19,
5958:5, 5968:25,
5987:2
**manufacturer's** [2] -
5957:5, 6018:6
**manufacturers** [1] -
5931:23
**March** [3] - 6001:11,
6038:19, 6040:16
**MARCH** [2] - 5896:9,
5906:2
**Marianas** [4] -
5926:14, 5926:16,
5926:19, 5934:25
**Marine** [2] - 6020:25,
6021:25
**marine** [24] - 5913:10,
5929:11, 5930:20,
5930:23, 5930:24,
5931:2, 5931:5,
5931:8, 5931:11,
5931:12, 5935:18,
5937:24, 5962:5,
5983:8, 5988:8,
5988:11, 5990:17,
6020:25, 6021:3,
6021:5, 6021:11,
6021:18, 6023:6,
6037:6
**maritime** [1] - 5931:3
**mark** [1] - 6019:6
**marked** [1] - 5906:16
**Martin** [2] - 5935:3,
5936:16
**Mary** [1] - 6046:21
**masked** [1] - 6056:12
**master** [3] - 5931:4,
6046:3, 6046:5
**Master's** [1] - 5912:23
**masters** [1] - 6046:11
**match** [1] - 6015:19
**mate** [3] - 5931:9,
6038:23, 6038:24
**material** [3] - 6052:20,
6052:21, 6056:17
**materials** [2] -
6056:19, 6056:20
**math** [1] - 5964:20
**Matt** [1] - 5906:13
**matter** [3] - 5911:2,
5911:5, 6062:18
**matters** [2] - 5906:11,
5911:16
**MATTHEW** [1] -

5900:24

**maximum** [1] - 6018:6

**MAZE** [2] - 5899:22, 5910:5

**Maze** [1] - 5910:4

**MBA** [1] - 5912:24

**McCLELLAN** [1] - 5899:10

**McKay** [2] - 5989:4, 5989:7

**McKay's** [1] - 5907:18

**MCKINNEY** [1] - 5902:10

**mean** [23] - 5911:7, 5939:12, 5940:15, 5941:24, 5955:21, 5958:3, 5960:3, 5962:17, 5962:20, 5967:22, 5971:15, 5977:25, 5980:9, 5986:20, 5987:8, 6009:16, 6011:7, 6014:2, 6014:3, 6032:14, 6036:12, 6056:14, 6059:1

**meaning** [2] - 6059:23, 6059:24

**meaningful** [1] - 6010:9

**means** [4] - 5911:2, 5987:9, 6023:23, 6060:4

**meant** [2] - 5911:20, 6051:19

**measure** [2] - 5952:9, 5995:20

**measurements** [1] - 5990:10

**meat** [1] - 6047:21

**mechanical** [5] - 5912:23, 5929:15, 5929:18, 6024:20, 6025:3

**MECHANICAL** [1] - 5903:7

**mechanical-related** [1] - 5929:18

**mechanics** [2] - 5929:11, 5929:16

**mechanism** [1] - 6050:6

**mechanisms** [1] - 5984:19

**medium** [1] - 5969:11

**meet** [3] - 5936:20, 5957:15, 5960:7

**megawatts** [2] - 5950:15

**member** [1] - 6021:3

**members** [1] -

5920:15

**men** [4] - 5932:7, 5932:10, 5941:18, 5943:19

**mention** [1] - 6017:17

**mentioned** [15] - 5906:19, 5907:5, 5917:22, 5930:20, 5946:12, 5947:15, 5972:8, 5981:3, 5981:5, 5991:5, 6004:5, 6020:6, 6022:4, 6036:24

**mentioning** [1] - 5962:14

**MERIT** [1] - 5903:4

**Merit** [2] - 6062:13, 6062:23

**met** [2] - 5936:6, 5989:4

**method** [1] - 5969:3

**MEXICO** [1] - 5896:6

**Mexico** [15] - 5926:5, 5926:23, 5932:23, 5945:7, 5949:10, 6003:7, 6004:25, 6006:13, 6007:5, 6007:8

**MICHAEL** [2] - 5898:22, 5901:14

**MICHELLE** [1] - 5899:11

**Michoud** [1] - 6046:25

**microphone** [1] - 5912:16

**mid** [1] - 5959:17

**middle** [2] - 5911:10, 5972:15

**might** [11] - 5918:5, 5930:8, 5942:4, 5948:22, 5957:4, 5964:4, 5974:18, 5997:22, 5998:25, 5999:9, 6041:12

**Millennium** [1] - 5914:23

**MILLER** [1] - 5901:6

**million** [1] - 5968:17

**mimic** [2] - 5996:19, 5997:5

**mind** [1] - 5952:7

**mining** [1] - 5957:25

**minor** [8] - 5949:23, 5951:6, 5955:11, 5957:2, 5962:15, 5966:7, 6000:16, 6019:1

**minority** [1] - 5961:3

**minute** [3] - 5937:13, 5937:15, 6060:8

**minutes** [6] - 6031:17, 6031:20, 6032:25, 6059:21, 6059:22, 6062:2

**misdemeanor** [1] - 6055:8

**misinterpretation** [2] - 6054:12, 6055:17

**miss** [1] - 5974:9

**missed** [1] - 5999:9

**misspoke** [1] - 5911:19

**misstated** [1] - 6034:16

**mistake** [2] - 5930:8, 5994:20

**mistaken** [1] - 6018:11

**misunderstand** [1] - 5960:10

**misunderstanding** [1] - 5960:9

**misunderstood** [2] - 6015:25, 6019:22

**miswired** [1] - 5995:22

**mix** [5] - 5925:14, 5971:4, 6015:6, 6015:8, 6015:9

**MMS** [12] - 5933:19, 5934:6, 5939:24, 5939:25, 5940:2, 5940:19, 5941:5, 5945:2, 5945:3, 5945:5, 5945:8, 5945:16

**MOBILE** [1] - 5897:12

**mode** [3] - 5937:13, 5937:15, 6031:12

**modern** [2] - 5952:4, 5955:14

**modification** [1] - 5963:14

**MODU** [4] - 5948:23, 5965:21, 5984:5, 5984:6

**MODU's** [2] - 6014:13, 6014:19

**module** [1] - 6017:10

**ModuSpec** [15] - 5989:15, 5989:18, 5989:22, 5993:23, 5995:12, 6008:9, 6008:18, 6008:23, 6009:17, 6013:21, 6014:24, 6015:14, 6015:17, 6016:4, 6016:7

**moisture** [1] - 6018:7

**moment** [12] - 5918:20, 5926:2,

5931:21, 5942:5, 5946:12, 5958:19, 5960:23, 5970:15, 6002:4, 6022:1, 6033:24, 6055:19

**monetary** [1] - 5918:1

**monitor** [1] - 6055:17

**monitoring** [7] - 5972:22, 6053:19, 6054:20, 6055:1, 6055:11, 6056:1, 6058:24

**Monitoring** [1] - 5959:2

**MONTGOMERY** [1] - 5899:24

**month** [4] - 5920:2, 5996:12, 6021:7, 6025:9

**monthly** [1] - 5940:1

**months** [8] - 5918:11, 5920:3, 5974:7, 5980:18, 6006:12, 6019:14, 6029:19, 6046:18

**moon** [2] - 5991:6, 5991:7

**mooring** [1] - 5913:10

**MORNING** [1] - 5896:20

**morning** [13] - 5906:8, 5906:9, 5906:13, 5906:22, 5907:9, 5910:6, 5910:13, 5912:14, 5912:15, 5916:6, 5919:14, 5998:1, 6050:24

**most** [22] - 5917:13, 5919:2, 5919:4, 5922:4, 5937:1, 5937:3, 5937:5, 5938:20, 5939:25, 5947:11, 5949:2, 5952:4, 5952:20, 5985:15, 5985:19, 5986:12, 5986:15, 6001:16, 6016:20, 6030:12, 6046:22, 6051:15

**motion** [7] - 5907:22, 5909:15, 5909:24, 5909:25, 5910:8, 5910:18, 5915:10

**motor** [3] - 5974:24, 5974:25, 5975:2

**motormen's** [1] - 5929:16

**motors** [2] - 5951:4

**mouth** [1] - 5912:17

**move** [28] - 5934:1,

5971:8, 5972:13, 5972:14, 5972:24, 5973:5, 5973:10, 5982:2, 5982:14, 5982:15, 5982:20, 5982:24, 5982:25, 5983:2, 5985:24, 5986:10, 5991:2, 5993:14, 5996:12, 6006:14, 6006:21, 6011:25, 6012:1, 6012:5, 6026:6, 6046:23, 6050:19, 6052:25

**moved** [4] - 5954:11, 5974:16, 5982:21, 6056:2

**moves** [7] - 5921:11, 5973:16, 5981:15, 5982:1, 5982:3, 5982:18, 5985:2

**moving** [8] - 5940:17, 5953:19, 5971:8, 5971:12, 5981:16, 5982:6, 5982:11, 6060:4

**MR** [19] - 5906:13, 5906:21, 5906:22, 5907:7, 5907:9, 5908:10, 5908:12, 5909:17, 5910:5, 5910:17, 5910:18, 5910:22, 5910:24, 5911:8, 5911:18, 5958:14, 5979:13, 5987:15, 6006:4

**MS** [30] - 5904:5, 5911:24, 5912:13, 5913:14, 5928:21, 5942:21, 5943:1, 5943:2, 5944:12, 5944:18, 5944:19, 5958:18, 5976:15, 5976:19, 5979:16, 5987:23, 5987:24, 6006:7, 6011:6, 6011:9, 6011:20, 6011:21, 6044:21, 6044:23, 6060:24, 6061:5, 6061:11, 6061:12, 6061:24

**mud** [14] - 5953:11, 5953:12, 5963:18, 5995:8, 6051:16, 6052:14, 6053:10, 6053:11, 6053:14, 6056:3, 6056:16, 6057:15, 6057:16, 6059:6

**mud-gas** [1] - 5995:8
**multiple** [4] - 5926:6,
5926:7, 6030:7,
6050:4
**multiply** [1] - 6052:17
**multiservice** [1] -
5926:21
**MUNGER** [1] -
5901:13

**N**

**name** [5] - 5912:11,
5912:19, 5935:3,
5957:17, 6003:8
**Name** [1] - 5934:15
**named** [2] - 6045:11,
6045:15
**names** [1] - 5934:17
**narrative** [1] - 6047:18
**NATHANIEL** [1] -
5899:6
**NATURAL** [1] - 5899:3
**nature** [1] - 5957:2
**Nautilus** [4] - 5914:25,
5926:18, 5926:19,
5952:25
**naval** [9] - 5913:4,
5913:8, 5913:9,
5913:18, 5914:17,
5914:22, 6002:7,
6046:8, 6046:11
**near** [1] - 6060:3
**necessarily** [3] -
5928:11, 5962:22,
6056:6
**necessary** [3] -
5928:15, 5957:14,
5992:15
**need** [33] - 5909:2,
5912:19, 5921:8,
5931:18, 5931:24,
5939:16, 5939:17,
5942:11, 5947:10,
5949:9, 5951:6,
5951:11, 5952:12,
5952:15, 5963:18,
5968:16, 5968:21,
5985:3, 5987:5,
5990:2, 5992:9,
5993:19, 5994:22,
5997:9, 5998:25,
6004:13, 6004:17,
6025:6, 6031:15,
6036:13, 6036:19,
6036:20, 6052:8
**needed** [22] - 5917:24,
5917:25, 5931:11,
5931:14, 5945:22,

5955:17, 5957:15,
5967:9, 5973:15,
5980:25, 5992:17,
5993:14, 5995:23,
5998:5, 5999:4,
5999:14, 6000:15,
6008:24, 6011:22,
6020:18, 6023:11,
6059:9
**needing** [2] - 5999:13,
6025:12
**needs** [1] - 5969:4
**negative** [6] - 6051:9,
6051:14, 6054:7,
6054:12, 6055:8,
6060:21
**neglect** [2] - 5920:14,
5965:5
**never** [5] - 5917:4,
5926:15, 5955:9,
6018:25, 6055:23
**NEW** [10] - 5896:8,
5897:8, 5897:16,
5897:23, 5898:18,
5900:11, 5900:17,
5901:7, 5902:5,
5903:5
**new** [20] - 5914:4,
5914:5, 5914:18,
5914:19, 5915:5,
5942:9, 5953:4,
5957:8, 5963:18,
5964:14, 5974:3,
5978:18, 5979:3,
5982:7, 5991:24,
6002:6, 6003:17,
6028:16, 6046:11
**new-build** [1] -
6003:17
**Newman** [3] -
5916:14, 5918:16,
5918:17
**next** [28] - 5915:9,
5921:12, 5922:22,
5923:13, 5948:6,
5973:11, 5981:16,
5982:13, 5983:5,
5984:16, 6002:16,
6008:21, 6019:4,
6023:8, 6023:9,
6023:17, 6023:25,
6035:22, 6039:17,
6047:25, 6049:6,
6050:19, 6051:15,
6051:24, 6054:9,
6055:14, 6060:24
**night** [6] - 5908:24,
5920:1, 5996:11,
5997:12, 6017:10,
6033:15

**nine** [3] - 5920:7,
5985:6, 6049:9
**nine-year-old** [1] -
5920:7
**NINTH** [1] - 5898:7
**nitrogen** [1] - 6048:24
**NO** [3] - 5896:8,
5896:12, 5896:14
**non** [3] - 5994:1,
5994:11
**non-EX** [1] - 5994:11
**non-explosion** [1] -
5994:11
**non-explosion-proof**
[1] - 5994:1
**noncompliance** [4] -
5941:1, 5941:2,
5941:3, 5945:14
**none** [3] - 5906:18,
5918:3, 5922:9
**NONJURY** [1] -
5896:21
**nonoperational** [1] -
6026:2
**noon** [3] - 5910:7,
6011:12, 6011:14
**NORFOLK** [1] -
5901:23
**normal** [8] - 5976:3,
5995:15, 5998:20,
6009:19, 6024:5,
6032:6, 6032:14,
6052:18
**normally** [1] - 5949:4
**Norman** [2] - 5946:5,
6003:21
**NORTH** [1] - 5900:6
**North** [13] - 5918:24,
5923:19, 5923:20,
5923:24, 5924:5,
5924:9, 5926:22,
5927:23, 5927:24,
6007:1, 6007:5,
6012:23, 6046:24
**Norway** [2] - 6006:22,
6007:2
**Norwegian** [5] -
6006:25, 6007:2,
6007:7, 6007:11
**noted** [1] - 5996:23
**notes** [7] - 5971:6,
5971:13, 5971:19,
5973:4, 5998:14,
5998:18, 6052:10
**nothing** [12] - 5909:6,
5912:4, 5920:10,
5920:12, 5939:21,
5966:10, 5995:18,
5995:23, 6001:19,
6001:20, 6060:4,

6061:24
**notice** [1] - 5945:13
**noticed** [3] - 5930:8,
5935:3, 6052:14
**November** [1] -
6046:21
**NPD** [1] - 6007:3
**Number** [5] - 5984:11,
5984:12, 5986:20,
6034:5, 6059:6
**number** [42] -
5928:24, 5947:15,
5948:20, 5955:2,
5956:7, 5961:24,
5961:25, 5964:13,
5964:23, 5967:9,
5969:6, 5969:11,
5975:17, 5984:14,
6001:17, 6016:24,
6017:23, 6023:3,
6025:11, 6026:1,
6027:21, 6027:25,
6029:3, 6034:20,
6037:23, 6037:25,
6038:3, 6038:9,
6039:4, 6039:11,
6039:18, 6039:22,
6040:5, 6040:8,
6040:24, 6041:16,
6041:24, 6042:5,
6042:8, 6042:11,
6059:13
**numbered** [3] -
5923:6, 5948:11,
6062:18
**numbers** [5] - 5962:1,
5963:22, 5966:25,
6016:9, 6025:13
**numerous** [3] -
5955:24, 5981:10,
6026:19
**NW** [1] - 5900:20

**O**

**o'clock** [1] - 6062:3
**O'KEEFE** [1] - 5897:8
**O'ROURKE** [1] -
5899:4
**O-D-O-M** [1] - 5937:9
**oath** [1] - 5912:9
**object** [5] - 5942:21,
5958:14, 5979:13,
5987:15, 5987:19
**objection** [7] - 5907:3,
5944:12, 5944:16,
5958:17, 5987:22,
6006:4, 6006:6
**objections** [3] -

5906:17, 5907:1,
5907:2
**obligation** [2] -
5936:18, 5966:14
**observation** [5] -
6022:17, 6022:21,
6023:10, 6023:11,
6026:4
**observations** [3] -
6020:9, 6028:10,
6043:25
**observed** [1] -
6008:15
**obsolete** [2] - 5953:5,
5955:7
**obviously** [3] -
5911:6, 5937:20,
6017:15
**ocean** [2] - 5912:23,
5912:25
**October** [2] - 5979:11,
5979:21
**Odom** [6] - 5937:9,
5937:10, 5937:20,
5938:5, 5939:19,
5941:25
**OEM** [7] - 5957:8,
5958:4, 5968:24,
5987:1, 5998:23,
6000:23, 6004:22
**OEMs** [1] - 6004:25
**OF** [14] - 5896:2,
5896:6, 5896:13,
5896:15, 5896:21,
5898:21, 5899:3,
5899:9, 5899:15,
5899:21, 5900:3,
5900:4, 5900:5
**off-loading** [1] -
6053:3
**OFFICE** [5] - 5897:4,
5899:13, 5899:21,
5900:3, 5900:7
**office** [3] - 5917:16,
5925:9, 5934:24
**official** [3] - 5932:22,
5989:2, 6027:10
**OFFICIAL** [1] - 5903:3
**Official** [2] - 6062:14,
6062:23
**officially** [1] - 5969:21
**offline** [3] - 5949:18,
5949:21, 5950:19
**OFFSHORE** [1] -
5901:4
**Offshore** [1] - 5922:15
**offshore** [10] - 5913:4,
5913:7, 5928:15,
5931:1, 5931:21,
5947:20, 5957:7,

5985:13, 6012:19,
6045:16

**often** [3] - 5939:24,
5939:25, 6019:12

**OIL** [2] - 5896:5

**oil** [10] - 6018:9,
6018:11, 6018:19,
6034:24, 6035:5,
6045:16, 6045:21,
6056:16, 6056:20,
6057:15

**oil-based** [3] -
6056:16, 6056:20,
6057:15

**old** [7] - 5920:7,
5926:25, 5955:9,
5979:1, 5979:4,
5985:6, 6007:19

**OLSON** [1] - 5901:13

**ON** [1] - 5896:6

**on-hire** [2] - 5942:9,
6003:8

**onboard** [6] - 5928:22,
5948:9, 5968:7,
6004:22, 6013:7,
6017:16

**once** [4] - 5909:21,
5955:5, 5970:4,
6049:8

**one** [116] - 5913:15,
5914:10, 5915:9,
5917:12, 5917:14,
5919:4, 5919:8,
5921:12, 5922:22,
5923:6, 5923:14,
5925:13, 5925:16,
5927:22, 5930:14,
5932:4, 5936:10,
5938:3, 5939:8,
5939:10, 5939:25,
5940:22, 5945:23,
5946:18, 5948:5,
5948:12, 5948:16,
5949:2, 5949:5,
5949:6, 5949:18,
5949:21, 5950:19,
5951:15, 5951:23,
5952:14, 5952:23,
5955:9, 5958:12,
5958:25, 5960:11,
5962:6, 5962:7,
5967:23, 5968:5,
5968:19, 5968:22,
5972:9, 5972:25,
5973:10, 5973:21,
5974:18, 5974:23,
5978:1, 5978:15,
5978:23, 5979:1,
5979:3, 5979:4,
5979:8, 5981:16,

5982:5, 5984:14,
5984:15, 5984:16,
5986:11, 5991:22,
5992:4, 5997:18,
5998:13, 5999:9,
6000:3, 6000:14,
6000:15, 6000:21,
6001:3, 6009:4,
6009:20, 6009:21,
6012:8, 6015:1,
6018:1, 6018:13,
6019:4, 6022:2,
6023:12, 6023:14,
6023:16, 6023:22,
6024:8, 6024:10,
6024:12, 6025:21,
6027:14, 6031:23,
6034:22, 6035:22,
6038:12, 6039:17,
6040:12, 6041:12,
6041:13, 6043:4,
6047:15, 6048:21,
6049:11, 6051:6,
6051:13, 6051:14,
6057:22, 6058:15,
6061:14

**ONE** [2] - 5900:16,
5902:9

**ones** [2] - 5920:1,
5955:23

**ongoing** [1] - 5967:20

**online** [1] - 5949:13

**onshore** [11] - 5926:4,
5932:7, 5943:6,
5944:23, 5944:24,
5947:20, 5968:14,
5968:19, 6012:9,
6012:19, 6060:20

**open** [8] - 5908:1,
5909:12, 5954:22,
5990:9, 5994:19,
6037:24, 6043:5,
6043:10

**opened** [2] - 6055:23,
6059:10

**Opened** [1] - 5987:13

**opening** [1] - 6056:5

**openings** [1] -
6024:16

**operate** [10] - 5932:23,
5937:13, 5937:18,
5950:17, 5963:7,
5966:13, 5967:24,
5973:12, 5995:1,
6005:9

**operated** [3] -
5954:22, 5983:14,
6031:18

**operates** [2] - 5929:4,
6005:8

**operating** [13] -
5921:15, 5924:20,
5926:21, 5953:18,
5953:20, 5955:10,
5956:8, 5972:23,
5981:6, 5994:21,
6006:22, 6009:14,
6052:18

**operation** [10] -
5927:16, 5928:9,
5939:11, 5943:25,
5951:13, 5956:22,
5957:1, 5966:20,
6004:2, 6005:18

**operational** [8] -
5928:17, 5969:8,
6004:19, 6007:4,
6027:20, 6029:14,
6029:23, 6035:15

**operations** [31] -
5918:23, 5920:11,
5920:25, 5923:23,
5924:1, 5924:2,
5924:5, 5924:14,
5924:17, 5924:24,
5925:2, 5925:7,
5925:10, 5925:18,
5927:22, 5949:22,
5955:17, 5962:21,
5962:23, 5966:19,
5967:19, 5967:20,
5970:18, 5999:14,
6005:12, 6006:10,
6006:11, 6007:1,
6007:8, 6043:24,
6046:5

**operator** [9] - 5942:6,
5942:8, 5942:9,
5945:2, 5945:12,
5963:17, 5983:25,
6002:23, 6009:16

**operator's** [1] -
6045:18

**operators** [1] -
5942:14

**opinion** [2] - 5920:6,
5993:5

**opinions** [1] - 5908:25

**opportunities** [3] -
5942:18, 5944:9,
6008:17

**opportunity** [3] -
5921:13, 5944:14,
6019:16

**opposed** [1] - 5975:8

**opposition** [2] -
5907:25, 5909:14

**ops** [5] - 5915:16,
5926:7, 5943:8,
5946:13

**order** [16] - 5909:3,
5909:10, 5929:7,
5951:11, 5956:10,
5956:14, 5963:10,
5968:25, 5996:23,
5997:11, 6001:7,
6001:12, 6048:23,
6048:25, 6052:8,
6053:8

**ORDER** [1] - 5906:4

**ordered** [3] - 5998:22,
5999:1, 6001:4

**orders** [5] - 5966:7,
5998:24, 5999:11,
6000:5, 6000:18

**org** [3] - 5923:21,
5925:23, 5928:23

**organization** [4] -
5923:18, 6012:9,
6012:22, 6018:22

**organizational** [1] -
5929:12

**organizations** [1] -
5933:16

**organize** [1] - 6047:14

**orientation** [1] -
6058:13

**orifice** [1] - 5992:13

**original** [10] - 5921:9,
5931:23, 5956:19,
5958:4, 5968:25,
5970:25, 5976:5,
5976:17, 5987:1,
6023:3

**originally** [1] -
5914:10

**ORLEANS** [10] -
5896:8, 5897:8,
5897:16, 5897:23,
5898:18, 5900:11,
5900:17, 5901:7,
5902:5, 5903:5

**otherwise** [2] -
5968:11, 6020:18

**out-of-service** [1] -
5914:6

**out-of-use** [1] -
5981:9

**output** [2] - 6031:16,
6032:1

**outputs** [1] - 6032:2

**outs** [3] - 6020:17,
6026:15, 6031:23

**outset** [1] - 5991:17

**outside** [3] - 6045:5,
6045:25, 6049:19

**outstanding** [9] -
5920:9, 5920:12,
5939:22, 5961:25,
5967:14, 5998:8,

6039:8, 6042:17,
6046:24

**overall** [15] - 5918:24,
5920:7, 5928:6,
5959:18, 5960:3,
5961:19, 5961:21,
5963:22, 5997:21,
6010:5, 6036:5,
6036:7, 6036:22,
6042:2, 6053:17

**overbalanced** [1] -
6053:12

**overboard** [2] -
6056:19, 6057:1

**overdue** [23] -
5962:17, 5962:20,
5964:19, 5965:1,
5965:3, 5965:4,
5965:19, 5965:21,
5966:7, 5967:3,
5969:15, 5969:17,
5975:14, 5976:24,
5977:4, 5978:5,
5978:9, 5998:4,
6023:18, 6023:24,
6028:19, 6036:2,
6040:18

**overhaul** [7] -
5956:20, 5956:23,
5984:2, 6001:4,
6001:5, 6036:1,
6036:2

**overhauled** [3] -
5998:23, 6000:20,
6000:23

**overlooked** [1] -
5910:12

**overridden** [1] -
6032:25

**override** [5] - 6031:16,
6031:17, 6032:14,
6033:2

**overruled** [2] - 6061:9,
6061:10

**oversaw** [1] - 5928:9

**oversee** [3] - 5914:4,
5914:19, 5915:25

**overseeing** [2] -
5926:4, 5985:12

**oversees** [1] - 5923:25

**oversight** [1] - 5915:6

**own** [3] - 5958:20,
6008:4, 6022:2

**owner** [1] - 5922:19

**owner's** [1] - 5957:5


**P**


**P.O** [1] - 5899:7

**package** [1] - 6005:9
**paddle** [1] - 5940:18
**PAGE** [1] - 5904:2
**page** [78] - 5934:3,
5937:2, 5938:3,
5946:17, 5972:2,
5976:14, 5984:6,
5986:2, 5986:13,
5991:15, 5993:3,
5994:15, 5995:10,
5996:5, 5996:6,
5996:15, 6003:18,
6004:1, 6005:5,
6006:17, 6006:23,
6007:24, 6008:10,
6008:21, 6009:8,
6009:21, 6010:6,
6010:24, 6013:22,
6014:18, 6015:15,
6018:2, 6022:7,
6025:24, 6026:6,
6027:2, 6027:5,
6028:6, 6028:24,
6031:2, 6031:24,
6034:3, 6034:18,
6034:19, 6034:21,
6035:4, 6035:22,
6036:23, 6037:21,
6038:8, 6039:3,
6039:10, 6039:17,
6039:20, 6040:3,
6040:7, 6040:19,
6040:25, 6041:11,
6041:14, 6041:18,
6042:4, 6042:10,
6042:18, 6042:23,
6044:13, 6047:10,
6047:25, 6048:14,
6050:19, 6051:2,
6051:4, 6051:24,
6054:9, 6056:10
**pages** [5] - 5986:18,
5990:5, 5990:11,
5996:19, 6061:15
**painting** [1] - 5993:20
**PALMINTIER** [1] -
5898:10
**PAN** [1] - 5897:15
**panel** [9] - 5993:22,
5993:24, 5994:4,
5994:7, 5994:8,
5994:13, 6033:7,
6042:17, 6042:20
**panels** [2] - 6016:22,
6017:15
**papers** [1] - 5910:25
**paperwork** [1] -
5940:6, 6001:12,
6001:18
**paragraph** [3] -

6008:21, 6054:19,
6055:14
**parallel** [2] - 5943:4,
5946:13
**Pardon** [1] - 6011:9
**part** [21] - 5931:25,
5933:23, 5935:19,
5938:20, 5949:20,
5969:1, 5972:1,
5975:17, 5975:19,
5975:21, 5980:12,
5988:10, 5988:14,
5989:5, 6001:6,
6001:16, 6009:19,
6012:22, 6017:5,
6018:21, 6028:23
**particular** [11] -
5923:23, 5939:2,
5939:15, 5951:24,
5952:11, 5969:1,
5992:4, 6019:23,
6023:24, 6035:16,
6053:18
**particularly** [3] -
5931:2, 5980:11,
5987:5
**parties** [3] - 5908:2,
5908:4, 5911:4
**partner** [1] - 6027:4
**parts** [15] - 5950:24,
5956:4, 5962:3,
5962:4, 5963:10,
5966:7, 5968:7,
5968:9, 5998:21,
5998:25, 5999:11,
6000:1, 6000:6,
6000:18, 6001:5
**pass** [1] - 6027:9
**passed** [2] - 6037:6,
6057:17
**passing** [1] - 5942:2
**passive** [1] - 6030:25
**past** [11] - 5943:21,
5960:4, 5960:14,
5961:1, 5970:4,
5970:6, 5978:12,
6018:7, 6023:20,
6046:7, 6054:22
**paste** [2] - 6028:12,
6029:12
**path** [5] - 6053:19,
6056:1, 6056:5,
6056:12, 6056:22
**Pathfinder** [2] -
5914:22, 5914:23
**Paul** [5] - 5926:12,
5927:11, 5927:17,
5927:21, 5976:21
**PAUL** [1] - 5897:14
**pay** [1] - 6033:21

**peaked** [1] - 5917:12
**pending** [7] - 5964:4,
5965:11, 5966:1,
5966:10, 5966:24,
5998:12, 6001:18
**PENNSYLVANIA** [1] -
5900:20
**people** [59] - 5917:5,
5917:10, 5918:4,
5919:10, 5919:21,
5921:7, 5921:10,
5921:22, 5921:24,
5923:6, 5923:18,
5925:14, 5925:16,
5926:4, 5928:24,
5929:11, 5929:20,
5929:22, 5929:25,
5930:3, 5930:17,
5932:2, 5932:7,
5932:8, 5932:14,
5934:17, 5943:21,
5947:19, 5957:23,
5960:7, 5960:8,
5960:13, 5960:15,
5960:19, 5961:7,
5961:21, 5963:10,
5971:6, 5973:14,
5980:22, 5980:23,
5989:14, 6016:20,
6017:1, 6017:2,
6017:5, 6017:6,
6017:8, 6017:10,
6017:12, 6017:20,
6017:22, 6018:22,
6033:20, 6033:22,
6048:3, 6048:5,
6061:20, 6061:22
**PEPPER** [1] - 5903:3
**Pepper** [3] - 6062:12,
6062:21, 6062:22
**per** [1] - 6008:16
**percent** [40] - 5950:18,
5962:10, 5963:6,
5963:22, 5963:23,
5963:24, 5964:2,
5964:7, 5964:8,
5964:21, 5967:11,
5998:17, 5998:21,
5999:2, 5999:11,
5999:12, 5999:13,
5999:15, 6013:25,
6014:1, 6014:2,
6014:7, 6014:8,
6014:15, 6014:16,
6014:23, 6015:2,
6015:8, 6015:18,
6015:21, 6016:8,
6016:9, 6016:10,
6016:16, 6025:9,
6057:16

**percentage** [3] -
5962:8, 5964:1,
5966:9
**percentages** [4] -
5999:9, 6014:7,
6014:12, 6016:14
**perform** [2] - 5991:12,
6010:12
**Performance** [1] -
5959:2
**performance** [12] -
5926:1, 5926:5,
5926:8, 5927:14,
5928:2, 5928:4,
5928:6, 5928:18,
5957:19, 6037:5,
6044:11
**performed** [2] -
5982:24, 5986:14
**period** [19] - 5914:7,
5956:20, 5964:13,
5970:4, 5982:8,
5983:18, 5984:2,
5986:25, 5987:6,
5988:4, 5988:12,
5989:25, 5990:8,
6004:16, 6005:13,
6010:2, 6026:10,
6030:3, 6051:1
**periodic** [6] - 5934:25,
5981:11, 5983:6,
5985:21, 5988:1,
6032:2
**periodically** [2] -
5915:8, 6030:21
**periods** [6] - 5921:11,
5980:1, 5981:9,
5981:17, 5981:20,
5988:6
**permission** [1] -
5908:19
**Perrin** [1] - 6045:15
**person** [9] - 5923:15,
5925:11, 5929:15,
5978:16, 6012:14,
6012:16, 6013:8,
6013:12, 6013:13
**personal** [4] -
5915:14, 5935:16,
5935:25, 5961:12
**personally** [6] -
5934:22, 5941:9,
5943:18, 5943:22,
5944:2, 5972:5
**personnel** [3] -
5931:19, 5944:20,
5976:11
**persons** [4] - 5930:23,
5943:15, 6013:7,
6017:16

**PETITION** [1] -
5896:13
**Petroleum** [1] - 6007:2
**PHILLIP** [1] - 5902:4
**philosophy** [3] -
6004:20, 6033:14,
6033:16
**phonetically** [1] -
5952:2
**phrased** [1] - 5944:17
**physical** [2] - 5917:14,
5933:13
**physically** [2] -
5940:2, 5983:12
**picked** [1] - 5947:11
**picking** [1] - 6024:12
**picture** [5] - 5951:2,
5998:6, 6013:11,
6013:17, 6018:14
**pictures** [1] - 6002:16
**piece** [16] - 5941:12,
5942:12, 5952:8,
5953:4, 5954:20,
5957:8, 5957:18,
5969:7, 5972:19,
6046:24, 6047:4,
6049:2, 6049:6,
6049:15, 6053:9,
6057:12
**pieces** [2] - 5929:20,
5954:17
**PIGMAN** [1] - 5902:3
**pills** [1] - 6051:22
**pipe** [21] - 5953:9,
5954:1, 5954:3,
5954:8, 5954:10,
5954:11, 5954:12,
5954:23, 5967:25,
6045:23, 6054:2,
6054:8, 6054:19,
6055:18, 6055:19,
6055:24, 6059:15,
6060:2, 6060:7,
6060:9
**piston** [1] - 6052:16
**place** [5] - 5954:23,
5961:14, 6037:11,
6049:1, 6049:8
**placed** [1] - 6002:19
**PLAINTIFFS** [1] -
5897:3
**plaintiffs'** [1] -
5907:24
**plan** [11] - 5914:8,
5957:17, 5957:18,
5977:2, 5977:3,
5986:7, 6024:3,
6036:2, 6051:7,
6051:8
**plane** [1] - 5958:11

**planning** [3] - 5925:2, 5958:21, 6029:18
**plant** [1] - 5957:25
**platform** [1] - 5972:25
**play** [1] - 6001:21
**played** [1] - 5972:5
**players** [1] - 5961:19
**PLC** [1] - 5900:15
**pleasure** [1] - 6005:7
**pled** [1] - 6055:7
**plug** [5] - 6051:17, 6051:18, 6059:3, 6060:5, 6060:14
**plus** [4] - 5949:12, 5984:14, 5984:17, 6043:12
**PM** [8] - 5962:24, 5962:25, 5963:2, 5977:4, 5977:7, 5977:10, 5978:7, 6009:22
**PMAA** [8] - 5958:19, 5958:24, 5958:25, 5959:3, 5959:9, 5959:15, 5960:3
**PMS** [2] - 5938:16, 6008:16
**PMs** [2] - 5977:6
**point** [27] - 5908:25, 5910:17, 5910:22, 5911:2, 5917:12, 5923:7, 5923:14, 5925:13, 5926:13, 5928:5, 5956:23, 5958:8, 5972:20, 5978:21, 5983:18, 5984:12, 5985:3, 6007:19, 6012:19, 6029:18, 6030:10, 6035:7, 6046:25, 6056:18, 6056:21, 6059:16
**points** [1] - 5929:8
**policies** [7] - 5959:6, 5959:10, 5959:13, 5959:19, 5960:13, 5961:6, 5961:20
**policy** [3] - 5959:24, 5960:9, 5961:8
**pontoons** [3] - 5983:13, 6002:16, 6002:19
**pool** [2] - 5991:6, 5991:7
**port** [1] - 5948:12
**portions** [1] - 5907:18
**pose** [1] - 6019:23
**posed** [1] - 6043:21
**position** [20] - 5910:11, 5914:1,

5914:16, 5915:17, 5915:20, 5915:22, 5915:25, 5924:8, 5924:11, 5924:15, 5924:17, 5926:12, 5927:10, 5932:6, 5949:3, 5979:19, 6038:23, 6038:25, 6046:24
**positioning** [3] - 5913:10, 5931:3, 5935:20
**positions** [5] - 5915:13, 5929:19, 5930:16, 5943:19, 5943:20
**positive** [1] - 5994:5
**positives** [1] - 6057:20
**possibility** [1] - 5936:11
**possible** [6] - 5980:20, 6010:9, 6010:13, 6053:23, 6054:1, 6060:22
**possibly** [1] - 5983:25
**POST** [3] - 5897:4, 5899:13, 5900:7
**post** [2] - 6056:11, 6058:1
**post-incident** [2] - 6056:11, 6058:1
**posted** [1] - 6013:11
**potentially** [1] - 5974:9
**power** [7] - 5948:14, 5950:5, 5950:14, 5950:16, 5957:25, 5967:24, 5988:13
**PowerPoint** [1] - 6044:14
**POYDRAS** [4] - 5897:15, 5900:16, 5901:7, 5903:4
**practice** [3] - 5944:1, 6024:5, 6033:18
**precipitating** [1] - 6049:16
**precise** [1] - 6048:22
**preclude** [1] - 5965:21
**predecessor** [1] - 5914:11
**preliminary** [2] - 5906:11, 5911:16
**preparation** [1] - 6005:12
**prepare** [1] - 6046:17
**prepared** [5] - 5934:2, 5946:3, 6005:25, 6044:14, 6048:11
**prepares** [1] - 6022:5

**preparing** [2] - 5964:12, 6045:8
**present** [1] - 5906:15
**preservers** [1] - 5938:14
**president** [4] - 5914:2, 5915:11, 5916:16, 5970:7
**pressure** [22] - 6018:16, 6049:13, 6050:10, 6050:13, 6050:15, 6051:10, 6051:14, 6054:7, 6054:12, 6054:19, 6054:21, 6055:8, 6055:11, 6057:23, 6059:11, 6059:12, 6059:16, 6059:22, 6060:1, 6060:3, 6060:7, 6060:21
**pressures** [5] - 6050:5, 6050:7, 6050:17, 6057:19, 6058:16
**pretty** [12] - 5908:16, 5919:16, 5927:20, 5947:8, 5949:7, 5950:20, 5989:25, 5991:2, 6002:14, 6002:20, 6013:13, 6019:13
**prevent** [3] - 5920:11, 5991:19, 5992:13
**prevented** [1] - 6050:17
**preventer** [14] - 5930:5, 5982:15, 5982:17, 5984:23, 5985:2, 5985:4, 5986:15, 5987:3, 5993:10, 5993:24, 5995:2, 6002:24, 6005:17, 6060:25
**preventers** [1] - 6061:4
**preventive** [27] - 5950:22, 5956:13, 5956:16, 5956:17, 5962:9, 5962:10, 5962:13, 5962:17, 5962:20, 5962:24, 5963:2, 5963:5, 5963:12, 5963:23, 5965:9, 5967:5, 5967:18, 5968:4, 5974:3, 5977:10, 5977:13, 5977:18, 5977:19, 5977:24, 5990:3, 6009:22, 6036:13

**prevents** [2] - 5991:3, 6034:2
**previously** [3] - 5907:20, 5908:5, 6021:24
**primarily** [1] - 5923:18
**primary** [4] - 5918:15, 5923:7, 5955:4, 6047:13
**principle** [1] - 5908:3
**printout** [1] - 5997:14
**prioritize** [3] - 5947:10, 5965:13, 5969:4
**priority** [8] - 5947:16, 5965:14, 5969:5, 5999:16, 6000:6, 6000:9, 6001:16, 6043:19
**proactive** [2] - 5965:9, 6037:9
**proactively** [1] - 5958:20
**problem** [1] - 6055:12
**procedure** [8] - 5960:9, 6032:2, 6050:22, 6050:25, 6051:10, 6051:15, 6051:22, 6056:21
**procedures** [5] - 5959:5, 5959:10, 5960:14, 6031:25, 6051:1
**PROCEEDINGS** [3] - 5896:21, 5903:7, 5906:1
**proceedings** [1] - 6062:18
**process** [19] - 5917:4, 5961:17, 5969:22, 5971:20, 5973:13, 5974:7, 5980:10, 5980:17, 6002:15, 6002:21, 6003:6, 6019:11, 6019:15, 6021:8, 6025:5, 6025:8, 6035:24, 6036:17, 6046:20
**processed** [1] - 5981:2
**processes** [1] - 5943:13
**produce** [1] - 5945:7
**PRODUCED** [1] - 5903:8
**produced** [1] - 5945:15
**PRODUCTION** [3] - 5896:15, 5900:14, 5900:14

**professional** [2] - 5937:24, 5966:22
**profitable** [1] - 5922:3
**program** [8] - 5957:15, 5965:10, 5968:4, 5973:6, 5974:19, 5974:20, 6000:22, 6018:23
**programming** [1] - 5979:19
**programs** [3] - 5916:1, 5957:6, 5974:1
**progress** [4] - 6005:9, 6021:5, 6022:22, 6043:6
**progressing** [1] - 6029:20
**project** [1] - 5914:17
**projects** [3] - 5914:2, 5915:12, 5915:18
**pronounced** [1] - 5908:9
**proof** [4] - 5909:10, 5993:25, 5994:1, 5994:11
**propelled** [1] - 5948:23
**propeller** [1] - 6018:13
**propellor** [1] - 5950:6
**proper** [2] - 5939:10, 5985:6
**properly** [1] - 5983:25
**propose** [1] - 6061:9
**proprietary** [1] - 5957:21
**props** [1] - 5950:3
**protective** [1] - 5993:15
**proud** [2] - 6061:22, 6061:23
**provide** [5] - 5920:19, 5941:19, 5945:18, 5950:9, 5950:15
**provision** [1] - 5972:6
**PSC** [5] - 5907:10, 5909:24, 5909:25, 5910:9, 5993:4
**PSC's** [1] - 5910:24
**psi** [2] - 6050:13, 6059:14
**pull** [7] - 5936:14, 5936:15, 5951:14, 5982:6, 5994:3, 6024:16, 6025:1
**pulled** [4] - 5953:17, 6002:2, 6006:15, 6023:12
**pulling** [3] - 5953:21, 5954:24, 5990:24
**pulls** [1] - 5924:5

**pump** [7] - 5994:23, 6034:25, 6040:23, 6052:8, 6052:16, 6054:3, 6059:6
**pumped** [1] - 6052:19
**pumping** [4] - 6018:17, 6049:8, 6052:16, 6052:22
**pumps** [11] - 6040:22, 6040:23, 6041:3, 6052:14, 6052:21, 6056:22, 6057:8, 6059:6, 6059:7, 6059:19, 6059:21
**purchased** [1] - 6050:1
**purge** [4] - 5993:22, 5993:24, 5994:3, 5994:23
**purged** [3] - 5994:9, 5994:12, 5994:24
**purporting** [1] - 5958:16
**purpose** [6] - 5909:12, 5958:24, 5993:23, 6003:15, 6006:20, 6008:13
**purposely** [1] - 6033:2
**purposes** [1] - 6042:1
**pursue** [1] - 6055:12
**push** [1] - 5994:4
**pushes** [1] - 6018:18
**put** [35] - 5907:12, 5930:22, 5936:12, 5950:5, 5951:15, 5952:4, 5954:14, 5964:16, 5968:25, 5971:19, 5977:21, 5978:5, 5978:9, 5978:13, 5981:18, 5987:9, 6003:24, 6005:18, 6006:11, 6007:15, 6019:19, 6031:12, 6031:16, 6037:17, 6041:24, 6042:2, 6047:17, 6049:13, 6050:12, 6051:17, 6052:9, 6053:20, 6056:25, 6061:9, 6061:13
**putting** [5] - 5952:8, 6017:5, 6031:15, 6032:16, 6052:24

## Q

**QHSE** [1] - 6046:6
**qualified** [1] - 5929:10
**qualitative** [1] -

5966:24
**quality** [2] - 5967:15, 6060:16
**quantity** [1] - 5967:14, 6048:23
**questions** [2] - 5989:8, 6061:15
**queued** [1] - 5974:19
**quick** [5] - 5932:21, 5987:25, 5991:2, 6034:24, 6061:1
**quickly** [7] - 5981:2, 6011:22, 6012:11, 6022:24, 6034:23, 6037:10, 6037:22
**quite** [8] - 5919:25, 5920:19, 5935:7, 5958:2, 6008:25, 6013:2, 6050:14, 6050:23
**quote** [2] - 6026:18, 6036:11
**quote/unquote** [1] - 5948:1

## R

**R&B** [2] - 5913:23, 5914:10
**R-A-V-I** [1] - 5908:8
**RACHEL** [2] - 5899:6, 5901:10
**racking** [2] - 5954:1, 5967:25
**rafts** [1] - 5938:14
**raise** [1] - 5912:2
**raised** [3] - 5953:24, 5954:20, 6018:4
**raising** [1] - 6027:6
**ram** [2] - 5993:2, 5993:6
**ramp** [1] - 6059:21
**ramping** [1] - 6059:7
**rams** [2] - 5987:13, 5993:13
**ran** [5] - 5934:25, 6013:1, 6038:25, 6050:3, 6050:4
**random** [1] - 6009:12
**range** [2] - 5964:6, 6016:10
**ranges** [1] - 5963:24
**rated** [1] - 6051:12
**rather** [1] - 5958:11
**rating** [6] - 5969:7, 5969:11, 5969:14, 5969:16, 5970:9, 6011:3
**ratings** [1] - 5939:15

**Ravi** [11] - 5908:8, 5908:9, 5908:10, 5908:11, 5908:20, 5908:23, 5908:24, 5909:3, 5909:6, 5909:7, 5909:13
**Ravi's** [1] - 5908:21
**raw** [1] - 5961:24
**RE** [1] - 5896:5, 5896:12
**reach** [2] - 6010:5, 6054:13
**reaches** [1] - 6014:5
**read** [7] - 5908:24, 5945:20, 5979:6, 6008:12, 6022:1, 6027:18, 6028:7
**Reading** [1] - 5914:15
**ready** [3] - 6003:9, 6003:17, 6005:2
**really** [26] - 5907:8, 5921:24, 5925:11, 5925:16, 5928:4, 5928:10, 5952:8, 5955:11, 5956:10, 5967:3, 5978:17, 5984:17, 5989:8, 5990:10, 5998:13, 6004:10, 6015:5, 6034:23, 6047:21, 6049:1, 6050:4, 6052:3, 6053:4, 6058:19, 6059:4, 6061:23
**realm** [1] - 5958:15
**Realtime** [2] - 6062:12, 6062:22
**REALTIME** [1] - 5903:3
**reason** [6] - 5907:23, 5954:14, 5975:19, 5992:15, 6033:19, 6057:8
**reasons** [2] - 5907:24, 6016:2
**rebut** [2] - 5908:25, 5909:6
**rebuttal** [2] - 5908:19, 5909:8
**Rebuttal** [1] - 5908:22
**receive** [2] - 5945:13, 6032:21
**received** [1] - 5980:6
**recent** [8] - 5937:1, 5937:3, 5937:5, 5985:15, 5985:19, 5986:12, 5986:15, 6037:6
**recently** [1] - 5964:16
**recess** [3] - 6011:16,

6062:1, 6062:6
**RECESS.................**
**..................** [1] -
5904:6
**recognize** [1] -
5945:25
**recoil** [6] - 5990:21, 5990:22, 5991:2, 5991:3, 5991:6, 5991:8
**recollection** [3] - 5951:21, 5959:21, 5992:5
**recommend** [1] - 5956:20
**recommendation** [6] - 6014:24, 6015:14, 6022:18, 6022:21, 6023:10, 6029:13
**recommendations** [9] - 5957:8, 5958:5, 6007:11, 6021:2, 6021:5, 6022:5, 6027:19, 6028:10
**recommended** [1] - 6014:1
**recommending** [2] - 6015:1, 6015:9
**record** [8] - 5907:12, 5907:16, 5912:11, 5945:14, 6041:25, 6042:3, 6061:9, 6062:17
**Record** [1] - 5907:23
**RECORDED** [1] - 5903:7
**recorded** [3] - 5963:1, 5996:24, 6021:3
**recordkeeping** [1] - 5973:9
**records** [25] - 5920:15, 5935:9, 5938:16, 5938:19, 5940:6, 5941:13, 5945:3, 5945:5, 5945:8, 5945:19, 5946:20, 5947:1, 5966:6, 5971:11, 5973:19, 5978:19, 5982:23, 5989:15, 5994:17, 6002:3, 6009:3, 6009:5, 6049:5, 6058:11
**recover** [1] - 6037:10
**recovered** [1] - 6049:17
**recruit** [1] - 5917:5
**rectified** [1] - 6023:20
**red** [2] - 5953:22, 6023:23

**REDDEN** [1] - 5902:7
**reducing** [1] - 5967:14
**redundancies** [1] - 5968:3
**redundancy** [9] - 5949:1, 5949:8, 5950:12, 5952:19, 5952:21, 5967:21, 5968:2, 5994:8, 5994:12
**redundant** [2] - 5949:7, 5968:3
**ref** [1] - 6023:1
**REF** [1] - 6023:1
**reference** [17] - 6023:3, 6027:21, 6027:25, 6029:3, 6029:10, 6037:23, 6038:3, 6038:9, 6039:11, 6039:18, 6039:22, 6040:5, 6040:24, 6041:16, 6042:5, 6042:8, 6045:6
**referenced** [1] - 6011:24
**referencing** [1] - 5983:6
**referred** [3] - 5933:8, 5941:3, 6021:24
**refers** [2] - 6007:2, 6009:22
**reflect** [7] - 5923:20, 5933:2, 5934:16, 5986:14, 5988:20, 5995:11, 6051:3
**reflecting** [1] - 6044:15
**Regan** [1] - 5906:13
**REGAN** [3] - 5900:24, 5906:13, 5906:21
**regarding** [6] - 5908:23, 5909:25, 5946:25, 5955:2, 6006:25, 6038:5
**regards** [3] - 5988:11, 5994:25, 6013:2
**REGISTERED** [1] - 5903:4
**Registered** [1] - 6062:12
**registered** [1] - 6062:23
**registers** [1] - 5973:4
**regular** [3] - 5925:21, 5927:16, 6018:19
**regularly** [3] - 5940:2, 5996:23, 6013:14
**regulate** [1] - 5971:21
**regulations** [5] -

5933:24, 5937:16, 6006:25, 6007:6, 6007:7

**regulators** [3] - 5932:15, 5941:16, 5966:2

**regulatory** [1] - 5927:7

**related** [7] - 5929:18, 5929:24, 5930:3, 5938:16, 6041:2, 6046:22, 6055:8

**relates** [3] - 6013:24, 6054:9, 6060:24

**RELATES** [1] - 5896:11

**relating** [2] - 5907:18, 5908:7

**relation** [1] - 6043:15

**relationship** [2] - 5933:17, 5943:10

**relatively** [2] - 5929:9, 5981:2

**relevant** [2] - 5918:5, 6061:6

**relied** [8] - 5990:18, 5993:22, 5994:14, 6005:14, 6006:9, 6027:14, 6036:9, 6042:15

**relief** [3] - 5930:10, 6059:6, 6059:9

**rely** [2] - 5949:18, 6008:7

**remain** [2] - 6043:5, 6043:6

**remainder** [1] - 6034:23

**remained** [1] - 5939:21

**remaining** [2] - 5907:2, 6034:20

**remains** [1] - 6037:5

**remember** [6] - 5960:1, 5988:15, 6017:22, 6051:13, 6052:11, 6059:13

**remind** [1] - 6030:15

**remote** [1] - 5938:22

**remotely** [1] - 5983:14

**remove** [3] - 5951:11, 5979:1, 5979:4

**removed** [1] - 6051:16

**RENAISSANCE** [1] - 5902:16

**renew** [1] - 5944:12

**reopen** [1] - 6025:17

**repair** [7] - 5949:18, 5952:10, 5967:9, 5994:19, 5994:22, 6025:12, 6036:14

**repaired** [9] - 5952:15, 6000:15, 6019:3, 6019:4, 6034:9, 6035:21, 6041:5, 6043:22, 6059:10

**repairs** [3] - 5951:6, 5999:13, 6035:25

**repeat** [3] - 6026:23, 6029:2, 6050:7

**repeated** [2] - 6028:11, 6030:7

**repeats** [1] - 6028:25

**replace** [1] - 5952:10

**replaced** [4] - 5952:13, 5952:15, 5987:13, 6031:4

**replacement** [2] - 6035:1, 6035:2

**replacing** [2] - 5967:7, 5992:7

**report** [46] - 5908:21, 5908:24, 5918:11, 5918:13, 5919:14, 5924:3, 5929:17, 5959:21, 5960:2, 5975:20, 5989:15, 5990:19, 5993:23, 5996:12, 5997:14, 5997:23, 5999:19, 6005:23, 6007:23, 6020:21, 6021:3, 6022:2, 6022:9, 6023:4, 6027:1, 6027:3, 6029:21, 6037:19, 6045:8, 6046:13, 6046:17, 6047:6, 6047:7, 6047:8, 6047:13, 6048:7, 6048:8, 6051:4, 6052:12, 6054:18, 6055:6, 6058:3, 6058:4, 6058:7, 6061:18

**Report** [2] - 5908:22, 5908:23

**reported** [4] - 5923:11, 5927:20, 6027:8, 6028:4

**Reporter** [7] - 6062:12, 6062:13, 6062:14, 6062:22, 6062:23, 6062:23

**REPORTER** [4] - 5903:3, 5903:3, 5903:4, 5913:12

**REPORTER'S** [1] - 6062:10

**reporting** [4] - 5924:3, 5928:13, 5932:18, 6037:11

**reports** [9] - 5919:16, 5919:19, 5945:20, 5960:3, 5960:12, 6021:1, 6023:2, 6030:7, 6048:3

**represent** [11] - 5951:22, 5962:24, 5976:15, 5981:20, 6017:4, 6017:16, 6023:1, 6023:18, 6024:2, 6042:16, 6051:6

**representation** [1] - 6004:10

**represented** [4] - 5999:25, 6024:13, 6039:7, 6040:18

**representing** [2] - 5998:16, 6058:7

**reputation** [2] - 5922:4, 6007:20

**request** [5] - 5916:11, 5945:8, 5989:19, 6006:2, 6016:23

**requested** [2] - 5908:19, 6005:23

**requesting** [2] - 5969:20, 6009:25

**requests** [2] - 5921:2, 5945:16

**require** [5] - 5980:11, 5983:7, 6036:15, 6036:16, 6043:17

**required** [9] - 5932:22, 5941:10, 5941:13, 5979:24, 5983:11, 5984:2, 6016:12, 6031:18, 6048:21

**requirement** [4] - 5937:17, 5959:8, 6015:19, 6033:16

**requirements** [10] - 5936:6, 5936:21, 5939:9, 5939:14, 5945:2, 5971:21, 5975:8, 5981:24, 5983:9, 6021:13

**requires** [2] - 5960:9, 6012:18

**reschedule** [3] - 5978:7, 5978:11, 5978:19

**rescue** [1] - 5938:14

**resources** [6] - 5917:22, 5917:23, 5920:18, 5920:19, 5921:2, 5931:21

**RESOURCES** [1] - 5899:3

**respect** [18] - 5930:22,

5942:6, 5943:4, 5943:11, 5949:25, 5984:7, 5984:20, 5984:23, 5995:16, 5998:12, 6009:6, 6014:21, 6024:6, 6024:14, 6028:19, 6033:11, 6040:13, 6044:3

**respected** [1] - 6016:4

**respond** [3] - 5921:5, 5977:2, 6019:16

**response** [9] - 5908:18, 5910:2, 5945:15, 5976:17, 5976:24, 6002:22, 6028:14, 6032:24, 6034:7

**responsibilities** [2] - 5928:3, 6040:11

**responsibility** [2] - 5930:24, 6038:21

**responsible** [9] - 5923:18, 5923:22, 5929:4, 5931:6, 5931:18, 5972:18, 5972:19, 6018:23, 6019:20

**rest** [1] - 5973:5

**restrictions** [1] - 5918:1

**result** [2] - 6053:22, 6060:21

**results** [1] - 6011:1

**resume** [1] - 5906:12

**retain** [1] - 5917:24

**retested** [1] - 6034:9

**retired** [1] - 6045:13

**return** [1] - 6010:17

**returns** [1] - 5995:21

**revealed** [2] - 6004:7, 6055:20

**Revette** [1] - 6058:8

**review** [18] - 5933:7, 5934:10, 5935:24, 5946:19, 5974:5, 5974:9, 5976:1, 5981:25, 5996:16, 5996:21, 5998:8, 6008:14, 6016:25, 6017:19, 6031:5, 6043:13, 6045:1, 6061:8

**reviewed** [12] - 5907:17, 5919:19, 5920:15, 5938:5, 5938:16, 5944:5, 5965:7, 5982:23, 5996:20, 5997:22, 6015:17, 6043:14

**reviewing** [3] - 5938:7, 5988:7, 6043:25

**RICHARD** [1] - 5901:18

**ride** [1] - 6004:25

**Rig** [1] - 5956:11

**RIG** [1] - 5896:5

**rig** [274] - 5913:4, 5914:6, 5914:19, 5915:1, 5915:3, 5915:14, 5915:15, 5915:17, 5915:18, 5915:20, 5918:23, 5919:3, 5919:5, 5919:8, 5919:11, 5919:16, 5919:22, 5920:1, 5920:7, 5920:13, 5920:25, 5921:11, 5921:12, 5922:17, 5923:9, 5925:1, 5925:9, 5925:10, 5925:19, 5926:1, 5926:8, 5926:11, 5926:13, 5926:14, 5926:17, 5926:19, 5926:20, 5926:23, 5926:24, 5927:4, 5927:7, 5927:10, 5927:12, 5927:18, 5927:19, 5927:22, 5928:2, 5928:7, 5929:1, 5929:19, 5930:18, 5931:4, 5931:9, 5931:20, 5932:3, 5932:4, 5933:14, 5933:16, 5933:18, 5933:20, 5934:19, 5935:6, 5935:17, 5936:3, 5936:15, 5936:17, 5937:16, 5938:18, 5939:13, 5939:15, 5940:11, 5940:13, 5940:20, 5941:10, 5941:18, 5941:23, 5942:1, 5942:7, 5942:9, 5942:11, 5943:9, 5943:11, 5944:3, 5944:10, 5944:21, 5944:24, 5945:3, 5945:7, 5945:19, 5945:23, 5946:1, 5946:13, 5949:3, 5949:4, 5949:22, 5949:23, 5950:7, 5950:20, 5951:24, 5952:3, 5952:4, 5952:6, 5955:14,

5957:16, 5958:21, 5959:5, 5959:14, 5959:19, 5959:25, 5960:1, 5962:6, 5962:12, 5963:14, 5963:18, 5963:20, 5965:10, 5965:18, 5966:2, 5966:12, 5967:16, 5967:25, 5968:1, 5968:11, 5968:12, 5968:14, 5968:18, 5969:20, 5969:25, 5970:5, 5971:2, 5973:22, 5974:5, 5974:18, 5974:19, 5975:3, 5975:9, 5976:13, 5977:5, 5977:6, 5977:18, 5977:19, 5978:6, 5978:14, 5978:16, 5979:9, 5979:12, 5979:22, 5980:1, 5980:6, 5980:14, 5980:15, 5980:19, 5980:24, 5981:6, 5981:8, 5981:15, 5981:21, 5982:1, 5982:2, 5982:3, 5982:6, 5982:14, 5982:15, 5982:18, 5982:20, 5982:24, 5982:25, 5983:1, 5983:12, 5984:20, 5985:2, 5985:14, 5985:24, 5986:10, 5989:14, 5989:23, 5989:25, 5991:4, 5991:11, 5991:19, 5993:6, 5993:8, 5995:6, 5995:8, 5998:25, 5999:5, 5999:12, 6000:24, 6001:19, 6002:11, 6003:1, 6003:7, 6003:9, 6003:13, 6003:15, 6003:16, 6003:17, 6003:22, 6003:24, 6003:25, 6004:2, 6004:8, 6004:10, 6004:13, 6004:15, 6004:23, 6004:25, 6005:6, 6005:7, 6005:8, 6005:17, 6006:9, 6006:11, 6006:21, 6007:20, 6007:22, 6007:25, 6008:3, 6008:5, 6008:19, 6009:1, 6009:4, 6010:5, 6010:7, 6010:11,

6010:14, 6010:17, 6011:25, 6012:1, 6012:5, 6012:16, 6013:7, 6013:15, 6014:14, 6017:6, 6017:9, 6018:3, 6019:6, 6020:9, 6020:19, 6021:4, 6024:25, 6025:1, 6031:3, 6031:11, 6031:18, 6033:24, 6034:1, 6034:5, 6036:10, 6044:1, 6044:7, 6044:9, 6054:15, 6054:16, 6058:9, 6058:11, 6058:14, 6061:23

**rig's** [4] - 5936:12, 5937:11, 6002:1, 6009:17

**rig-wide** [2] - 5952:6, 6031:11

**rigorous** [1] - 5947:4

**rigorously** [1] - 5946:23

**rigs** [33] - 5914:4, 5914:5, 5914:22, 5915:7, 5920:18, 5921:1, 5924:19, 5924:20, 5924:21, 5925:2, 5925:4, 5925:13, 5926:5, 5926:6, 5926:7, 5927:5, 5931:1, 5931:3, 5938:25, 5942:2, 5949:4, 5952:1, 5958:20, 5959:13, 5968:21, 5972:23, 5973:1, 5985:12, 5993:25, 6013:11, 6013:14, 6046:9, 6046:11

**rigs'** [1] - 5920:19

**ring** [1] - 5967:23

**rise** [4] - 5906:7, 6011:15, 6011:17, 6062:4

**riser** [17] - 5913:10, 5915:10, 5955:12, 5990:21, 5990:22, 5990:24, 5991:8, 5991:18, 5991:19, 5992:20, 5992:21, 5992:24, 5995:7, 6053:11, 6054:5, 6056:25

**risers** [2] - 5992:19

**Risk** [1] - 6006:16

**risk** [3] - 5969:6, 6051:8, 6051:11

**RMR** [2] - 5903:3, 6062:22

**RMS** [32] - 5919:14, 5956:11, 5962:6, 5964:13, 5964:14, 5964:25, 5967:10, 5969:6, 5969:23, 5971:1, 5971:9, 5971:11, 5971:18, 5972:8, 5972:13, 5972:16, 5972:22, 5973:1, 5974:2, 5975:5, 5975:18, 5977:5, 5977:7, 5977:14, 5977:24, 5978:10, 5978:16, 5980:7, 5989:15, 5997:14, 5999:20, 6000:9

**ROBERT** [2] - 5897:11, 5900:20

**Robert** [2] - 5930:13, 6011:23

**ROBERTS** [2] - 5901:10, 5902:9

**Rodriguez** [3] - 6039:15, 6040:1, 6041:22

**Rodriguez's** [2] - 6038:19, 6040:15

**rods** [6] - 5991:23, 5991:24, 5992:6, 5992:8, 5992:9

**rogue** [1] - 5961:19

**role** [10] - 5923:4, 5926:15, 5927:14, 5928:8, 5942:6, 5972:5, 5972:16, 5980:6, 6001:21, 6012:13

**roles** [2] - 5920:25, 6047:16

**rolled** [1] - 5964:15

**Roller** [1] - 6045:15

**Ronald** [1] - 5908:23

**roof** [1] - 5967:12

**room** [5] - 6026:12, 6028:20, 6029:13, 6029:21, 6034:25

**ROOM** [2] - 5898:23, 5903:4

**rooms** [4] - 5949:4, 6000:15, 6026:2, 6027:19

**rotary** [7] - 5953:5, 5954:12, 5954:19, 5954:25, 5955:3, 5955:7, 5955:14

**rotate** [1] - 5955:12

**rotates** [2] - 5953:6,

5955:4

**ROUGE** [2] - 5898:11, 5900:7

**roughly** [1] - 5962:11

**route** [1] - 5975:12

**routine** [3] - 5927:16, 5933:15, 5986:19

**ROV** [1] - 5963:18

**ROVs** [1] - 5983:14

**row** [3] - 5988:19, 5988:20, 5988:21

**ROY** [6] - 5897:3, 5897:3, 5910:17, 5910:22, 5910:24, 5911:8

**Roy** [1] - 5910:22

**rpm** [1] - 5950:8

**rubber** [1] - 5987:14

**rule** [2] - 6014:17, 6015:11

**ruled** [1] - 6049:21

**rules** [8] - 5949:7, 5983:11, 5984:5, 5984:6, 5985:8, 6014:9, 6014:11, 6016:1

**Rules** [1] - 6014:18

**ruling** [3] - 5907:23, 5909:7, 5911:10

**run** [4] - 5922:7, 5973:8, 5982:7, 6048:21

**running** [10] - 5922:6, 5953:23, 5954:3, 5954:4, 5954:23, 6004:14, 6033:9, 6038:21, 6047:3, 6049:2

**runs** [1] - 6003:22

**RUSNAK** [1] - 5898:13

# S

**S.W.A.T** [1] - 5921:16

**s/Cathy** [1] - 6062:21

**safe** [8] - 5962:21, 5962:23, 5965:24, 5966:18, 5994:4, 5994:9, 5999:14, 6051:15

**safely** [4] - 5922:1, 5956:8, 5966:13, 6037:9

**safest** [1] - 6010:13

**Safety** [1] - 5972:3

**safety** [25] - 5920:9, 5928:7, 5928:8, 5932:11, 5935:23, 5946:24, 5947:7,

5947:12, 5949:22, 5955:14, 5969:8, 5984:1, 5988:21, 5994:24, 5999:3, 5999:13, 6008:5, 6008:13, 6008:15, 6013:15, 6026:20, 6032:5, 6036:10, 6043:21, 6044:11

**safety-critical** [8] - 5920:9, 5932:11, 5946:24, 5947:7, 5947:12, 6008:15, 6026:20, 6036:10

**sale** [1] - 5922:17

**saltwater** [2] - 6018:4, 6025:4

**sample** [2] - 6057:13, 6057:14

**SAN** [1] - 5898:24

**sanctions** [3] - 5909:15, 5910:8, 5911:7

**sat** [1] - 5938:10

**satisfactorily** [1] - 5939:5

**satisfactory** [1] - 5938:11

**satisfy** [1] - 5972:9

**Saturday** [2] - 5910:5, 5910:6

**save** [1] - 6019:9

**saver** [2] - 6033:25, 6034:1

**savers** [2] - 6033:24, 6034:5

**saw** [23] - 5915:21, 5916:7, 5920:10, 5925:8, 5925:9, 5953:22, 5975:21, 5979:1, 5981:4, 5982:10, 5994:17, 6001:19, 6002:16, 6017:15, 6018:13, 6019:23, 6026:25, 6038:12, 6041:12, 6041:13, 6043:7, 6049:5, 6059:4

**scale** [1] - 6058:12

**scenario** [1] - 5985:13

**schedule** [7] - 5958:13, 5969:25, 5978:2, 5978:3, 5978:21, 5979:5, 5985:6

**scheduled** [6] - 5947:23, 5948:18, 5967:7, 5985:21, 5985:22, 5989:24

**schedules** [2] -

5960:17, 5960:18
**schemes** [1] - 5956:14
**Schlumberger** [1] - 6045:12
**school** [1] - 5912:21
**scope** [9] - 5935:13, 5938:20, 5947:14, 5947:17, 5956:6, 5956:9, 5990:12, 6008:10, 6010:10
**SCOTT** [1] - 5899:5
**screen** [2] - 6033:4, 6058:20
**screens** [3] - 5997:4, 5997:5, 5997:6
**scroll** [2] - 5976:14, 6051:2
**scrolling** [2] - 6038:15, 6058:19
**Sea** [3] - 5926:22, 6007:1, 6007:5
**seal** [4] - 5939:17, 5994:22, 6018:14, 6019:1
**seat** [1] - 5912:10
**seated** [2] - 5906:10, 6011:18
**seawater** [5] - 6018:12, 6018:18, 6018:20, 6051:19, 6053:19
**second** [8] - 5919:10, 5954:1, 5968:12, 5970:2, 6004:18, 6052:14, 6054:5, 6054:18
**secondary** [1] - 5992:14
**seconds** [1] - 5995:15
**SECREST** [1] - 5902:7
**SECTION** [2] - 5899:4, 5899:16
**Section** [3] - 5971:24, 5972:4, 5972:10
**section** [2] - 6017:9, 6055:15
**sections** [2] - 5954:13, 6047:13
**secure** [1] - 6059:3
**see** [78] - 5909:23, 5910:14, 5913:15, 5923:16, 5926:6, 5930:16, 5930:25, 5934:5, 5940:17, 5942:24, 5945:21, 5945:22, 5951:1, 5951:8, 5953:11, 5953:15, 5953:19, 5953:23, 5953:25, 5954:7, 5954:8,

5954:10, 5954:11, 5954:20, 5955:9, 5957:2, 5957:10, 5958:1, 5960:15, 5960:19, 5964:16, 5981:23, 5983:5, 5983:13, 5986:23, 5990:2, 5990:12, 5991:22, 5997:6, 5999:20, 5999:23, 6002:16, 6003:21, 6006:21, 6015:7, 6022:17, 6023:22, 6025:11, 6026:7, 6026:19, 6027:21, 6028:17, 6029:10, 6029:12, 6032:22, 6033:3, 6035:11, 6037:25, 6038:9, 6039:5, 6039:11, 6039:22, 6041:2, 6041:16, 6042:5, 6042:11, 6042:19, 6050:5, 6050:6, 6051:13, 6053:8, 6057:6, 6058:18, 6059:11, 6059:19, 6060:6
**seeing** [3] - 5950:25, 5953:7, 5953:9
**self** [1] - 5948:23
**self-propelled** [1] - 5948:23
**send** [4] - 5921:10, 5959:1, 5959:4, 5968:20
**senior** [1] - 6012:20
**sense** [3] - 5922:6, 5999:6, 6040:9
**sensor** [11] - 5951:24, 5952:7, 6032:11, 6032:12, 6032:16, 6032:17, 6032:19, 6032:23, 6033:3, 6033:6
**sensors** [12] - 5951:18, 5951:19, 5952:6, 5952:11, 5952:20, 5997:7, 6014:21, 6015:6, 6015:7, 6031:3, 6032:9, 6036:16
**sent** [4] - 5976:22, 5978:15, 5979:7, 5979:12, 5980:15, 5980:18, 5980:23, 5998:22, 6000:20, 6000:22
**sentence** [5] - 5977:23, 6004:18,

6015:16, 6059:1
**separate** [6] - 5909:25, 5929:20, 5972:23, 6021:12, 6027:8, 6058:15
**separated** [1] - 6040:10
**separately** [1] - 6010:21
**separator** [1] - 5995:8
**September** [6] - 5974:13, 5974:14, 5975:15, 5975:20, 5979:22, 5985:20
**sequence** [3] - 5987:10, 5987:11, 5987:12
**series** [2] - 5914:22, 6024:9
**serious** [1] - 5967:4
**served** [1] - 5920:21
**service** [9] - 5914:6, 5936:13, 5962:18, 5965:22, 5967:9, 6008:8, 6010:15, 6010:18, 6010:19
**serviced** [1] - 5996:21
**SERVICES** [1] - 5902:13
**SESSION** [1] - 5896:20
**set** [17] - 5907:24, 5917:8, 5917:16, 5919:22, 5957:6, 5971:21, 5974:3, 5980:13, 6007:6, 6013:25, 6014:9, 6014:11, 6015:17, 6032:11, 6051:20, 6058:17, 6058:18
**sets** [1] - 5975:7
**setting** [11] - 5917:2, 5937:11, 6013:24, 6014:20, 6015:24, 6016:5, 6016:12, 6016:17, 6031:14, 6048:15, 6051:18
**settings** [4] - 6014:11, 6016:8, 6016:14, 6016:17
**setup** [1] - 6054:8
**seven** [3] - 5982:4, 6008:10, 6008:21
**several** [12] - 5914:21, 5923:7, 5932:24, 5974:7, 6000:11, 6006:12, 6020:21, 6023:2, 6030:2, 6030:3, 6050:3, 6052:5

**shack** [8] - 5954:6, 5954:9, 5963:18, 5994:8, 5994:9, 5994:11, 5994:24
**shade** [1] - 6024:20
**shaded** [1] - 5930:16
**shaker** [1] - 6056:23
**shakers** [1] - 5995:21
**shape** [1] - 5920:8
**SHARON** [1] - 5899:12
**SHAW** [1] - 5907:21
**sheen** [3] - 6057:12, 6057:17, 6057:21
**sheer** [1] - 6025:13
**sheet** [2] - 5910:13, 6022:17
**SHELL** [1] - 5900:16
**ship** [1] - 5952:25
**Shipping** [4] - 5934:6, 5934:23, 5935:1, 5936:10
**shipyard** [3] - 5965:17, 5984:2, 5985:4
**shock** [1] - 5990:23
**shoot** [1] - 5967:12
**shore** [7] - 5931:20, 5971:14, 5976:9, 5979:7, 6000:20, 6000:23, 6044:7
**shore-based** [1] - 5931:20
**short** [2] - 6032:7, 6052:13
**show** [6] - 5965:5, 5972:3, 5998:2, 6005:11, 6027:12, 6046:15
**showed** [7] - 5959:21, 5991:16, 5999:19, 6020:9, 6047:8, 6049:12, 6057:14
**showing** [6] - 5924:1, 5929:12, 5953:1, 5978:23, 5995:22, 6028:21
**shown** [1] - 5948:5
**shows** [5] - 5932:4, 5933:3, 5982:1, 6017:7, 6025:16
**Shushan** [2] - 5908:14, 5908:17
**shut** [4] - 5989:25, 6056:22, 6059:6, 6060:8
**shutdowns** [2] - 5938:17, 5938:22
**SHUTLER** [1] - 5899:12
**shutoff** [1] - 6034:1

**shuts** [1] - 6034:2
**side** [6] - 5931:11, 5953:13, 5983:19, 6023:1, 6045:18, 6061:6
**sides** [2] - 5990:16, 5995:8
**sign** [1] - 6003:1
**sign-off** [1] - 6003:1
**signals** [2] - 5952:20, 5987:9
**signed** [1] - 6001:10
**significant** [9] - 5920:12, 5951:7, 5970:8, 5975:19, 5985:23, 5990:3, 6026:1, 6027:18, 6037:7
**similar** [2] - 5942:4, 6050:6
**simple** [3] - 5929:5, 5929:9, 5957:4
**Simrad** [1] - 6042:17
**Sims** [5] - 5943:8, 5946:11, 6021:4, 6036:22, 6036:24
**simulate** [1] - 5940:20
**SINCLAIR** [1] - 5899:23
**single** [4] - 5918:23, 5962:6, 5975:14, 6040:12
**sister** [4] - 5915:1, 5926:17, 5926:19, 5952:25
**site** [3] - 5943:19, 5943:23, 6055:4
**sits** [1] - 5954:25
**situation** [3] - 5908:2, 5908:6, 6018:9
**six** [11] - 5948:10, 5948:12, 5949:5, 5949:16, 5949:17, 5992:9, 5992:20, 6018:6, 6023:22, 6034:22, 6051:1
**Sixteen** [1] - 5995:15
**size** [2] - 5948:21, 5950:2
**skilled** [1] - 5921:25
**skin** [1] - 5988:10
**skip** [2] - 5987:25, 6061:14
**skipped** [1] - 6011:22
**skipping** [1] - 6019:9
**sleep** [1] - 5930:18
**sleeping** [1] - 5943:16
**SLIDELL** [1] - 5898:8
**slightly** [3] - 6015:20, 6018:18, 6060:9

**slip** [1] - 5991:3
**slips** [2] - 5954:21
**slow** [1] - 5991:18
**slower** [1] - 5913:17
**slurry** [1] - 6060:17
**small** [4] - 5913:7, 5964:1, 5966:9, 6048:23
**smaller** [2] - 5999:6, 6040:22
**smoke** [6] - 5951:19, 6030:14, 6030:16, 6030:19, 6030:24, 6032:17
**snapshot** [1] - 5998:6
**society** [1] - 5981:24
**software** [5] - 5923:8, 5929:23, 5929:24, 5987:5, 6009:10
**software-related** [1] - 5929:24
**solely** [1] - 5959:7
**solemnly** [1] - 5912:3
**solenoids** [1] - 5987:11
**solid** [1] - 5925:11
**someone** [5] - 5928:16, 5991:5, 6033:7, 6046:2, 6046:8
**sometime** [2] - 5909:16, 5965:13
**sometimes** [7] - 5952:9, 5957:11, 5960:16, 5963:8, 5963:10, 5965:14, 5968:22
**somewhere** [6] - 5927:5, 5963:24, 5964:9, 5993:8, 5993:13, 6057:14
**soon** [3] - 5964:25, 6056:21, 6057:8
**sorry** [7] - 5911:19, 5955:21, 5978:13, 5991:22, 6008:22, 6009:17, 6026:8
**sort** [2] - 5913:4, 5939:13
**sound** [1] - 6031:22
**sounded** [2] - 6016:18, 6033:12
**sounding** [2] - 6016:22, 6031:14
**sounds** [1] - 6033:5
**SOUTH** [1] - 5901:15
**space** [8] - 5917:9, 5917:16, 5935:7, 5968:11, 6024:17, 6024:19, 6040:23,

6053:16
**spacer** [11] - 6051:21, 6051:22, 6052:9, 6052:20, 6052:25, 6053:11, 6056:16, 6057:15, 6057:17, 6057:22
**spaces** [5] - 5952:20, 5952:21, 5952:22, 6025:1, 6026:2
**spare** [4] - 5968:7, 5968:9, 5993:2, 5993:6
**spares** [3] - 5993:16, 5993:19, 6030:25
**sparkies** [1] - 5929:21
**spay** [1] - 6015:7
**speaking** [3] - 5932:19, 5977:20, 5994:16
**special** [5] - 5928:8, 5981:11, 5983:5, 5984:13, 5985:21, 5988:1
**Special** [2] - 5984:11, 5984:12
**specialists** [1] - 5921:17
**specializes** [1] - 5919:7
**specials** [1] - 5934:25
**specific** [13] - 5944:3, 5944:24, 5944:25, 5957:18, 5973:22, 5974:18, 5975:3, 5977:6, 5977:19, 5997:25, 6005:16, 6009:20, 6041:24
**specifically** [7] - 5935:17, 5948:11, 5949:5, 5960:1, 5992:21, 6003:3, 6045:1
**specification** [1] - 5942:11
**specifies** [1] - 6014:14
**specify** [1] - 6002:23
**speeding** [1] - 6034:2
**spell** [1] - 5912:11
**spelled** [1] - 5952:2
**spend** [1] - 5935:13
**spent** [1] - 5987:17
**Sperry** [4] - 6058:6, 6058:7, 6058:14, 6058:17
**SPILL** [1] - 5896:5
**SPIRO** [1] - 5899:17
**spoliation** [1] - 5910:1
**spot** [2] - 6009:11, 6053:21

**spot-checks** [1] - 6009:11
**spread** [1] - 5917:15
**spreadsheet** [32] - 6000:9, 6012:1, 6019:18, 6020:1, 6020:6, 6020:22, 6021:14, 6022:4, 6022:8, 6022:10, 6022:12, 6022:20, 6023:17, 6024:2, 6027:15, 6027:16, 6028:5, 6029:1, 6029:7, 6029:9, 6031:1, 6035:3, 6035:13, 6038:7, 6039:9, 6039:20, 6040:25, 6041:18, 6042:2, 6042:6, 6042:10, 6042:22
**spreadsheets** [5] - 5971:7, 5971:13, 5980:19, 6037:19, 6043:8
**SPS** [4] - 5934:25, 5983:18, 5986:10, 5989:24
**SQUARE** [1] - 5900:16
**stab** [2] - 5954:12, 5955:13
**stack** [3] - 5933:17, 6002:24, 6006:3
**stacks** [1] - 6002:3
**staffing** [1] - 5943:15
**stainless** [1] - 6028:17
**standard** [4] - 5944:1, 5974:3, 6014:20, 6031:13
**standards** [2] - 5927:7, 5965:19
**standpoint** [2] - 5910:24, 5960:15
**stands** [2] - 6007:3, 6014:4
**starboard** [1] - 5948:12
**start** [7] - 5918:12, 5945:24, 5947:12, 5947:17, 5957:8, 5986:21, 6020:23
**started** [14] - 5914:15, 5918:9, 5919:10, 5920:1, 5955:5, 5970:17, 5972:14, 5972:15, 5974:13, 5978:4, 5980:17, 6028:16, 6046:18, 6052:5
**starting** [1] - 6021:6
**starts** [2] - 5977:7,

5977:23
**state** [8] - 5907:16, 5912:10, 5912:19, 5936:15, 5983:11, 6000:15, 6031:25, 6032:23
**State** [1] - 6062:13
**STATE** [3] - 5899:21, 5900:3, 5900:5
**statement** [4] - 5937:19, 5938:1, 6004:5, 6017:17
**statements** [5] - 5943:22, 5997:12, 6016:20, 6016:25, 6017:2
**States** [5] - 5910:1, 5910:9, 5937:15, 6062:14, 6062:24
**STATES** [4] - 5896:1, 5896:15, 5896:23, 5898:21
**states** [2] - 5910:3, 5946:22
**static** [1] - 6059:24
**stating** [1] - 5910:10
**station** [4] - 5948:25, 5949:13, 5949:23, 6037:8
**STATION** [1] - 5899:18
**status** [9] - 6022:19, 6024:3, 6029:16, 6031:5, 6035:14, 6035:20, 6038:16, 6040:13, 6043:4
**statutory** [1] - 5936:21
**stay** [1] - 5949:12
**staying** [1] - 5914:13
**steel** [2] - 5954:17, 6028:17
**STENOGRAPHY** [1] - 5903:7
**step** [1] - 6054:7
**Stephen** [3] - 5979:7, 5979:8, 6058:8
**STEPHEN** [1] - 5897:7
**steps** [3] - 5967:20, 5970:5, 5979:2
**STERBCOW** [2] - 5897:14, 5897:14
**STERNBERG** [1] - 5902:19
**Steve** [1] - 5930:9
**Steven** [3] - 5916:14, 5916:23, 5918:17
**STEVEN** [2] - 5899:4, 5901:10
**still** [9] - 5907:11, 5911:23, 5927:2,

5967:23, 5968:6, 6004:15, 6005:11, 6019:7, 6060:2
**stock** [1] - 5968:17
**STONE** [1] - 5902:3
**stop** [9] - 5966:14, 5966:20, 5967:6, 5979:24, 5982:5, 5991:13, 5999:5, 6001:19, 6043:22
**stop/resume** [1] - 6059:20
**stopped** [3] - 5979:23, 6020:18, 6055:23
**stored** [3] - 5990:25, 5993:8, 5993:13
**straight** [3] - 5975:8, 5990:25, 6032:13
**STRANGE** [1] - 5899:22
**strategy** [1] - 5923:12
**STREET** [18] - 5897:4, 5897:11, 5897:15, 5897:19, 5897:22, 5898:7, 5898:11, 5898:18, 5900:6, 5900:11, 5900:16, 5901:7, 5901:11, 5901:19, 5902:4, 5902:10, 5902:16, 5903:4
**Stress** [2] - 6045:20, 6050:2
**string** [6] - 5953:6, 5953:16, 6048:21, 6049:3, 6054:4, 6054:6
**strived** [1] - 6005:7
**stroke** [1] - 5992:11
**structural** [2] - 5915:7, 5915:10
**structure** [9] - 5922:11, 5923:4, 5923:5, 5923:23, 5931:5, 5943:3, 5943:4, 5943:6, 5990:17
**structured** [3] - 5923:21, 5947:17, 5947:21
**structures** [1] - 5913:4
**studies** [1] - 5913:11
**study** [2] - 5913:1, 6057:23
**stuff** [10] - 5929:5, 5955:13, 5963:20, 5966:8, 5967:13, 5968:18, 5968:22, 5971:6, 6000:13, 6000:17

**style** [1] - 6028:16
**subject** [3] - 5976:12, 5988:4, 6048:9
**submission** [2] - 5909:24, 5909:25
**submissions** [1] - 5907:18
**submitted** [1] - 5907:20
**submitting** [1] - 5911:21
**subsea** [8] - 5921:14, 5921:17, 5930:1, 5930:3, 5930:5, 5984:1, 5994:19, 5995:2
**subsea-related** [1] - 5930:3
**subsequently** [1] - 6002:25
**subset** [2] - 6000:2, 6000:3
**substitute** [2] - 5908:17, 5909:4
**successfully** [1] - 6055:20
**sufficiently** [1] - 5940:19
**suggested** [1] - 6016:5
**suggestions** [1] - 5958:5
**SUITE** [11] - 5897:4, 5897:15, 5897:19, 5898:4, 5900:17, 5901:7, 5901:11, 5901:23, 5902:10, 5902:16, 5902:20
**SULLIVAN** [1] - 5899:11
**summarize** [1] - 5933:2
**summarizing** [1] - 6037:24
**summary** [11] - 5933:1, 5933:2, 5933:8, 5933:10, 5934:2, 5934:4, 5934:11, 5934:13, 6005:6, 6036:22, 6043:4
**super** [4] - 5978:10, 5978:16, 5978:25, 5980:15
**supervised** [1] - 5921:1
**supervisor** [8] - 5925:13, 5928:13, 5929:13, 5930:9, 5969:25, 5973:22,

5979:20, 6011:24
**supervisors** [4] - 5930:2, 5979:9, 5980:7, 5980:12
**supply** [2] - 6026:19, 6034:24
**support** [11] - 5915:24, 5923:5, 5925:1, 5928:14, 5931:5, 5931:15, 5931:24, 5932:1, 5972:17, 6018:22, 6048:2
**supporting** [1] - 5934:11
**suppose** [1] - 5987:11
**supposed** [1] - 6052:2
**surface** [5] - 5930:4, 5982:6, 5982:15, 5986:21, 5986:24
**surprise** [4] - 5966:1, 5966:5, 6009:16, 6020:8
**surprised** [1] - 6025:11
**Survey** [2] - 5984:11, 5984:12
**survey** [11] - 5934:25, 5935:4, 5984:10, 5984:13, 5985:21, 5986:16, 5988:1, 5988:10, 5988:14, 5988:16, 6003:8, 6008:4, 6008:13, 6009:10, 6010:9, 6010:14
**surveyor** [1] - 5936:16
**surveyors** [1] - 5933:14
**surveys** [6] - 5934:23, 5935:19, 5942:10, 5942:15, 5981:11, 5983:6
**sustain** [4] - 5944:16, 5958:17, 5987:22, 6006:6
**sustained** [1] - 5979:15
**SUTHERLAND** [1] - 5901:9
**swear** [1] - 5912:3
**swing** [1] - 5951:14
**switch** [4] - 5930:14, 5972:21, 6001:24, 6025:16
**switches** [1] - 6033:5
**sworn** [1] - 5912:8
**System** [2] - 5956:12, 6058:13
**system** [96] - 5919:14,

5919:17, 5923:7, 5923:8, 5933:23, 5946:20, 5946:22, 5947:4, 5947:8, 5948:1, 5948:13, 5948:14, 5948:15, 5950:7, 5952:2, 5952:3, 5952:6, 5952:16, 5952:19, 5952:23, 5953:24, 5954:2, 5955:9, 5955:20, 5955:24, 5956:11, 5963:2, 5963:20, 5964:13, 5964:14, 5964:17, 5964:25, 5967:24, 5969:6, 5969:20, 5970:14, 5970:17, 5970:24, 5971:10, 5971:14, 5971:18, 5971:22, 5972:22, 5973:2, 5973:10, 5973:24, 5974:7, 5975:5, 5977:15, 5977:16, 5978:18, 5978:23, 5978:24, 5980:21, 5990:4, 5990:21, 5990:22, 5991:2, 5991:18, 5991:21, 5992:10, 5992:16, 5993:24, 5996:16, 5996:17, 5996:18, 5996:22, 5996:25, 5997:12, 5997:15, 5998:7, 5999:13, 6000:14, 6001:13, 6004:4, 6004:6, 6004:8, 6004:19, 6005:17, 6008:16, 6009:9, 6009:12, 6009:13, 6009:18, 6010:2, 6010:20, 6014:10, 6018:19, 6018:20, 6032:7, 6032:22, 6033:3, 6040:19, 6040:21, 6058:18
**systems** [40] - 5931:7, 5931:8, 5935:20, 5935:23, 5945:19, 5945:21, 5946:24, 5947:7, 5947:22, 5947:24, 5955:19, 5955:22, 5956:7, 5957:7, 5962:2, 5962:4, 5968:1, 5968:3, 5970:20, 5972:8, 5972:11, 5972:23, 5973:17, 5984:1, 5988:3, 5988:11, 5988:17,

5990:14, 5990:17, 5992:4, 5998:15, 6003:1, 6003:2, 6004:14, 6008:14, 6010:9, 6011:2, 6035:5, 6058:15

**T**

**table** [9] - 5953:5, 5954:19, 5954:25, 5955:3, 5955:14, 5990:11, 6047:10, 6047:12, 6047:25
**tables** [1] - 5955:7
**tackle** [1] - 5956:8
**tall** [2] - 5950:4, 5953:25
**tally** [1] - 5971:5
**tank** [1] - 5995:20
**task** [9] - 5951:10, 5956:17, 5961:7, 5963:15, 5967:2, 5974:18, 5974:24, 5975:3, 6002:20
**tasks** [12] - 5960:24, 5962:5, 5962:12, 5962:13, 5963:12, 5964:3, 5964:4, 5964:20, 5974:4, 5975:1, 5978:2, 5999:20
**team** [32] - 5916:8, 5917:11, 5917:18, 5919:7, 5923:6, 5923:9, 5923:10, 5925:19, 5931:20, 5937:10, 5938:5, 5939:20, 5942:16, 5947:20, 5959:1, 5959:4, 5976:9, 5978:15, 5981:1, 6003:19, 6013:14, 6036:24, 6044:15, 6046:2, 6046:17, 6046:19, 6054:13, 6054:24, 6057:23, 6060:15, 6061:2
**teams** [3] - 5921:16, 5963:19, 6032:8
**teamwork** [1] - 6010:10
**Tech** [1] - 5912:24
**technical** [13] - 5913:16, 5915:24, 5931:24, 5932:1, 5945:23, 5946:1, 5946:10, 5946:17, 5972:17, 6018:22, 6021:11, 6023:6,

6045:4
**techs** [1] - 5929:23
**Tein** [2] - 5913:8, 5913:19
**temporary** [1] - 6050:22
**ten** [4] - 5956:3, 5972:2, 5978:23, 5985:9
**tend** [1] - 5980:1
**tens** [1] - 5962:3
**tension** [1] - 5990:24
**tensioner** [3] - 5991:9, 5991:10, 5991:23
**tensioners** [2] - 5992:12, 5992:24
**term** [1] - 5970:8
**termination** [1] - 5961:11
**terms** [4] - 5944:13, 5957:4, 5979:18, 5979:19
**test** [33] - 5940:21, 5940:24, 5986:23, 5995:12, 6010:1, 6014:10, 6015:5, 6015:10, 6016:2, 6032:11, 6049:25, 6050:11, 6051:10, 6051:14, 6053:23, 6054:1, 6054:7, 6054:12, 6054:14, 6054:17, 6054:20, 6055:8, 6055:19, 6055:25, 6056:4, 6056:7, 6057:12, 6057:17, 6057:21, 6060:21
**tested** [6] - 5938:22, 5996:22, 5997:4, 6028:15, 6032:1, 6049:4
**testified** [5] - 5912:9, 5988:25, 5989:13, 5992:2, 6007:25
**testify** [2] - 5909:7, 5958:16
**testimony** [7] - 5906:12, 5909:8, 5911:20, 5912:3, 6026:18, 6044:24
**testing** [18] - 5938:16, 5938:24, 5939:2, 6005:15, 6008:16, 6009:11, 6026:3, 6031:10, 6032:3, 6032:5, 6032:6, 6032:9, 6032:15, 6033:3, 6049:10, 6049:11, 6051:9,

**OFFICIAL TRANSCRIPT**

6051:10

**tests** [4] - 5940:23, 6033:1, 6050:3, 6050:5

**Texas** [3] - 5912:22, 5912:24, 5912:25

**text** [1] - 5976:16

**THE** [53] - 5896:5, 5896:5, 5896:12, 5896:22, 5897:3, 5898:21, 5899:21, 5900:3, 5900:4, 5906:7, 5906:8, 5906:10, 5906:17, 5907:2, 5907:8, 5907:15, 5908:11, 5908:13, 5909:20, 5910:12, 5910:20, 5910:23, 5911:7, 5911:9, 5911:22, 5912:1, 5912:2, 5912:6, 5912:10, 5913:12, 5913:13, 5927:25, 5928:4, 5928:16, 5928:19, 5928:20, 5942:24, 5944:16, 5958:17, 5979:15, 5987:20, 6006:6, 6011:5, 6011:7, 6011:10, 6011:14, 6011:15, 6011:17, 6011:18, 6061:3, 6061:10, 6062:1, 6062:4

**themselves** [4] - 5929:22, 5999:4, 6016:17, 6052:14

**theory** [1] - 5957:21

**they've** [4] - 5906:25, 6029:17, 6031:6, 6054:4

**thick** [1] - 5954:17

**thinking** [2] - 6002:4, 6060:13

**thinks** [1] - 5925:17

**third** [2] - 5919:13, 5970:2

**THIRD** [1] - 5900:6

**THIS** [1] - 5896:11

**THOMAS** [1] - 5898:7

**THORNHILL** [2] - 5898:6, 5898:7

**thorough** [2] - 5935:6, 5990:7

**thousand** [1] - 5956:25

**thousands** [2] - 5956:3, 5962:3

**threat** [1] - 6043:21

**three** [20] - 5949:4,

5964:9, 5964:10, 5969:10, 5972:9, 5980:4, 6002:14, 6011:3, 6018:5, 6023:22, 6028:4, 6032:13, 6034:24, 6034:25, 6045:24, 6047:21, 6048:20, 6049:9

**throughout** [1] - 5989:10

**thrust** [1] - 5950:9

**thruster** [10] - 5950:3, 5950:14, 5950:22, 5950:25, 5951:13, 6018:13, 6018:25, 6035:1, 6035:23, 6036:1

**thrusters** [14] - 5935:21, 5949:25, 5950:1, 5950:2, 5950:5, 5950:15, 5950:17, 5951:11, 5967:25, 5988:17, 6018:5, 6018:17, 6018:23, 6019:5

**thumbs** [1] - 5966:3

**Tiano** [3] - 5930:13, 5941:18, 6011:23

**tick** [2] - 5964:16, 5964:18

**tight** [1] - 6053:10

**tightened** [1] - 6054:4

**timeline** [2] - 5985:5, 5988:19

**timing** [1] - 5989:22

**title** [1] - 5914:17

**TO** [2] - 5896:11, 5906:4

**today** [6] - 5909:15, 5909:18, 5913:25, 5926:24, 5927:2, 5955:11

**together** [11] - 5917:14, 5917:17, 5941:8, 5977:21, 5981:18, 6000:3, 6019:17, 6019:19, 6022:12, 6047:17, 6059:17

**TOI** [1] - 5977:6

**toilets** [1] - 6000:14

**TOLLES** [1] - 5901:13

**tonight** [1] - 5909:16

**tons** [1] - 6002:18

**took** [7] - 5917:8, 5918:10, 5918:11, 5920:2, 5935:7, 6002:10, 6011:16

**tool** [3] - 5953:15,

5954:13, 5954:14

**toolpushers** [1] - 5940:22

**tools** [1] - 5954:14

**top** [31] - 5930:23, 5946:8, 5952:24, 5953:1, 5953:2, 5953:3, 5953:5, 5953:8, 5953:11, 5953:12, 5953:16, 5953:19, 5953:20, 5954:4, 5954:9, 5955:5, 5955:10, 5955:21, 5974:23, 5974:25, 5975:2, 5978:22, 5982:3, 5982:10, 5983:19, 5990:13, 5990:16, 5999:19, 6002:19

**top-to-bottom** [1] - 5990:13

**topic** [1] - 6044:21

**topics** [1] - 6001:24

**torque** [2] - 5954:16, 5954:18

**TORTS** [2] - 5898:22, 5899:10

**total** [6] - 5964:7, 5964:19, 5966:9, 5969:6, 5983:1, 6030:17

**totally** [1] - 5958:15

**totals** [1] - 5976:25

**touch** [1] - 5936:24

**tough** [1] - 5973:16

**towards** [1] - 6059:7

**TOWER** [2] - 5901:19, 5902:16

**town** [1] - 5998:22

**track** [12] - 5956:10, 5956:13, 5963:14, 5970:20, 5971:2, 6002:4, 6022:5, 6022:13, 6022:21, 6022:22, 6037:22, 6053:4

**tracked** [1] - 5948:18

**tracking** [17] - 5970:14, 6019:18, 6020:1, 6020:6, 6022:17, 6024:1, 6024:10, 6027:16, 6029:1, 6037:16, 6037:19, 6037:25, 6042:2, 6042:6, 6042:10, 6042:22, 6053:7

**tracks** [1] - 6028:7

**Trahan** [4] - 5924:15, 5924:24, 5925:5,

5925:18

**trainees** [1] - 5930:2

**training** [7] - 5928:8, 5940:8, 5959:6, 5959:11, 5980:21, 6013:15, 6061:19

**TRANSCRIPT** [2] - 5896:21, 5903:7

**transcript** [1] - 6062:16

**transfer** [1] - 5973:7

**transfers** [1] - 6053:5

**transmitted** [1] - 6054:22

**TRANSOCEAN** [3] - 5901:3, 5901:3, 5901:5

**Transocean** [78] - 5907:20, 5907:22, 5911:23, 5913:25, 5914:9, 5914:15, 5915:23, 5917:3, 5918:4, 5919:17, 5920:17, 5921:21, 5922:15, 5924:25, 5925:24, 5926:3, 5926:5, 5926:14, 5934:24, 5941:16, 5943:4, 5943:11, 5945:11, 5945:18, 5946:20, 5947:20, 5957:6, 5957:22, 5958:4, 5958:20, 5959:7, 5959:9, 5959:12, 5960:23, 5961:6, 5961:20, 5962:9, 5969:3, 5972:13, 5972:21, 5975:20, 5976:1, 5976:21, 5977:1, 5977:2, 5977:3, 5983:21, 5983:24, 5987:16, 5989:19, 5992:18, 6005:24, 6006:2, 6007:21, 6010:25, 6012:23, 6016:6, 6019:16, 6021:20, 6022:11, 6022:19, 6022:20, 6024:5, 6028:14, 6034:13, 6034:16, 6037:5, 6038:22, 6043:23, 6044:7, 6044:22, 6045:2, 6045:5, 6045:8, 6046:4, 6048:12, 6055:2

**Transocean's** [6] - 5911:23, 5947:1, 5972:1, 5972:5,

5976:16, 5989:5

**transparency** [1] - 5932:17

**transparent** [1] - 5919:4

**transport** [1] - 6006:10

**trend** [1] - 6059:4

**trends** [1] - 6058:16

**TREX** [2] - 5976:18, 6051:2

**TREX-1192** [2] - 6010:24, 6018:2

**TREX-13** [1] - 6041:14

**TREX-1372** [4] - 6037:21, 6039:3, 6040:3, 6040:19

**TREX-1381** [1] - 6042:22

**TREX-1382** [1] - 6040:7

**TREX-1832** [1] - 6039:9

**TREX-26019.2** [1] - 6029:8

**TREX-3134** [1] - 6006:16

**TREX-3285** [6] - 5990:5, 5991:15, 5993:3, 5994:14, 5995:10, 5996:14

**TREX-3403** [3] - 6021:22, 6027:1, 6034:18

**TREX-3403.4** [1] - 6030:22

**TREX-3404** [2] - 6021:16, 6031:24

**TREX-3404.2.1** [1] - 6020:23

**TREX-3405** [2] - 6042:4, 6042:18

**TREX-36031** [1] - 5986:2

**TREX-4248** [4] - 6047:7, 6048:14, 6050:19, 6058:22

**TREX-44068** [1] - 6014:17

**TREX-44070** [1] - 5984:6

**TREX-4680** [2] - 5945:24, 6028:22

**TREX-47180** [1] - 5975:24

**TREX-47568** [3] - 6022:15, 6028:5, 6034:3

**TREX-5102** [1] - 6011:23

**TREX-51134** [1] - 6044:13
**TREX-52536.1** [1] - 5922:12
**TREX-52536.70** [1] - 5922:22
**TREX-52666** [1] - 5934:3
**TREX-52668** [1] - 5932:25
**TREX-5571** [1] - 5937:2
**TREX-6164** [3] - 6003:11, 6004:1, 6005:5
**TREX-664** [1] - 5997:20
**TREX-7088** [1] - 6036:23
**TREX-75** [2] - 6013:22, 6015:14
**TREX-7691** [1] - 6005:20
**TREX-81** [6] - 6007:24, 6008:10, 6008:21, 6009:8, 6009:21, 6010:6
**TREX-938** [1] - 5972:2
**trial** [6] - 5908:4, 5909:8, 5911:1, 5911:5, 5911:10, 6026:18
**TRIAL** [1] - 5896:21
**trip** [1] - 5995:20
**Triton** [6] - 5922:17, 5922:18, 5922:19, 5922:24, 5922:25, 5923:1
**TRITON** [1] - 5896:13
**troubleshooting** [1] - 5929:24
**true** [4] - 5926:3, 5938:1, 5961:22, 6062:16
**truly** [1] - 5965:9
**truth** [5] - 5912:4, 5918:16, 5918:18
**trying** [3] - 6033:5, 6047:13, 6047:14
**TUESDAY** [2] - 5896:9, 5906:2
**tune** [1] - 6005:1
**turn** [6] - 5942:5, 5950:6, 5991:25, 5992:11, 6019:8, 6059:19
**turned** [1] - 6032:20, 6056:23, 6056:25
**TV** [1] - 5916:7
**twelve** [1] - 5924:20

**twice** [3] - 5974:19, 5975:18, 6026:24
**two** [65] - 5913:23, 5920:3, 5921:22, 5926:3, 5927:18, 5929:20, 5937:13, 5937:15, 5942:8, 5944:3, 5946:12, 5948:22, 5949:4, 5949:13, 5949:14, 5949:15, 5950:20, 5952:14, 5952:20, 5954:13, 5954:20, 5964:9, 5968:1, 5972:9, 5972:23, 5974:1, 5975:5, 5979:9, 5981:14, 5983:5, 5983:10, 5983:17, 5992:9, 6001:3, 6001:8, 6001:24, 6002:13, 6004:12, 6014:15, 6016:9, 6021:8, 6021:12, 6022:25, 6023:8, 6023:9, 6023:15, 6023:17, 6023:22, 6023:25, 6025:21, 6026:15, 6031:17, 6031:20, 6032:25, 6034:24, 6035:19, 6041:2, 6047:17, 6050:1, 6051:21, 6057:20, 6058:15, 6059:21, 6059:22
**two-minute** [2] - 5937:13, 5937:15
**TX** [6] - 5898:15, 5901:11, 5901:23, 5902:10, 5902:17, 5902:20
**type** [7] - 5914:19, 5942:15, 5943:20, 5962:11, 5978:12, 5998:24, 6024:21
**typed** [1] - 5976:21
**types** [6] - 5938:14, 5951:5, 5960:22, 5963:1, 6036:19, 6045:19
**typical** [3] - 5927:4, 5981:8, 5985:13
**typically** [7] - 5940:12, 5941:3, 5942:15, 5949:12, 5952:12, 5990:1, 6004:24

**U**

**U.S** [8] - 5898:21,

5899:3, 5899:9, 5899:15, 5932:16, 5937:17, 5937:23, 6046:12
**UK** [2] - 6006:22, 6046:5
**ultimately** [1] - 5917:10
**unacknowledged** [1] - 6056:2
**uncommon** [1] - 5952:14
**under** [9] - 5926:7, 5931:9, 5931:25, 5985:7, 5993:15, 6012:14, 6012:16, 6055:14
**underbalanced** [1] - 6056:6
**underbalancing** [1] - 6051:19
**undergrad** [1] - 5912:22
**UNDERHILL** [1] - 5898:22
**underlined** [1] - 5976:16
**underlying** [2] - 5933:7, 5934:10
**underneath** [5] - 5929:15, 5930:2, 5931:5, 5995:6, 6056:3
**understood** [2] - 6054:14, 6054:16
**underwater** [11] - 5950:10, 5950:23, 5979:23, 5981:13, 5983:15, 5983:22, 5985:15, 5985:16, 5985:18, 5985:25, 5986:15
**Underwater** [1] - 5984:9
**unexpectedly** [1] - 5963:8
**unique** [1] - 5950:13
**unit** [7] - 5936:7, 5951:1, 5951:5, 6000:22, 6018:23, 6019:5, 6050:11
**United** [5] - 5910:1, 5910:9, 5937:15, 6062:14, 6062:24
**UNITED** [4] - 5896:1, 5896:15, 5896:23, 5898:21
**units** [1] - 5996:21
**University** [2] - 5912:22, 5912:24

**unless** [2] - 5949:11, 6061:9
**unlikely** [3] - 5965:12, 5965:15, 6060:17
**unnoticed** [1] - 6052:23
**unplanned** [3] - 5940:12, 5940:14, 5940:15
**unquote** [1] - 6036:11
**unsafe** [1] - 5962:23
**unseaworthy** [2] - 5941:24, 6007:25
**up** [67] - 5907:17, 5910:9, 5911:1, 5911:6, 5917:2, 5917:8, 5917:16, 5920:3, 5921:15, 5930:22, 5932:3, 5953:12, 5953:17, 5953:21, 5953:24, 5954:16, 5954:20, 5955:12, 5956:1, 5956:23, 5961:10, 5964:16, 5964:18, 5966:3, 5974:19, 5975:4, 5978:23, 5980:13, 5980:25, 5982:4, 5982:11, 5983:18, 5984:10, 5985:7, 5991:2, 5994:19, 5995:7, 5995:19, 5999:10, 5999:19, 6002:18, 6004:14, 6004:17, 6006:15, 6023:12, 6027:12, 6028:22, 6029:16, 6031:1, 6032:13, 6033:6, 6037:7, 6037:8, 6037:17, 6041:18, 6043:3, 6049:19, 6049:20, 6054:4, 6058:17, 6058:18, 6058:23, 6059:5, 6059:7, 6060:9, 6061:13
**up-tick** [2] - 5964:16, 5964:18
**upcoming** [1] - 5990:8
**upgrade** [5] - 5963:13, 5963:15, 5963:25, 5972:16, 5975:17
**upper** [6] - 5981:25, 6002:17, 6015:1, 6015:9, 6016:10, 6016:16
**upwards** [1] - 5953:19
**US** [1] - 6031:18
**user** [5] - 5973:3,

5978:10, 5978:16, 5978:25, 5980:15
**UWILD** [16] - 5977:4, 5981:3, 5982:13, 5983:5, 5983:6, 5983:15, 5983:18, 5983:22, 5984:21, 5984:24, 5986:6, 5986:11, 5988:2, 5988:4, 5988:15, 6019:4
**UWILDs** [1] - 5981:13

**V**

**VA** [1] - 5897:19
**vacuum** [1] - 6000:14
**valid** [3] - 6053:23, 6054:1, 6054:7
**valve** [9] - 5931:7, 6035:20, 6056:23, 6056:25, 6057:5, 6057:10, 6059:6, 6059:9, 6059:10
**valves** [5] - 5988:11, 5992:10, 5992:15, 6034:25, 6035:6
**varied** [1] - 5917:12
**various** [1] - 6025:18
**Vastar** [1] - 6002:25
**vehicles** [1] - 5983:14
**ventilation** [2] - 5938:22, 6035:17
**verbatim]** [1] - 5907:12
**verified** [1] - 6032:1
**verify** [2] - 5997:3, 6025:5
**version** [1] - 6051:7
**vertical** [1] - 6058:20
**vessel** [9] - 5922:20, 5923:2, 5926:21, 5931:7, 5959:5, 5963:8, 5984:1, 5988:8, 6032:21
**vessels** [3] - 5931:1, 5931:2, 5937:24
**vice** [4] - 5914:2, 5915:11, 5916:16, 5970:7
**vice-president** [4] - 5914:2, 5915:11, 5916:16, 5970:7
**victims** [1] - 6037:9
**video** [4] - 5907:19, 5952:25, 5953:7, 5953:9
**view** [4] - 5919:3, 5990:23, 5995:5,

6024:20
**violation** [2] - 5961:9, 5993:20
**Virginia** [1] - 5912:24
**VIRGINIA** [1] - 5897:19
**viscose** [1] - 6052:20
**visit** [6] - 5925:19, 5933:13, 5939:22, 6038:19, 6040:15, 6044:6
**visited** [1] - 5936:3
**visiting** [1] - 6044:14
**visitors** [1] - 5939:25
**visits** [1] - 5933:15
**visual** [1] - 6008:16
**visually** [2] - 5929:5, 5996:17
**VOICES** [1] - 5906:9
**volume** [6] - 6052:7, 6052:8, 6052:10, 6052:16, 6052:23, 6052:25
**volume-wise** [1] - 6052:8
**volumes** [1] - 6048:2
**voluntarily** [2] - 5959:12, 6017:12
**VON** [1] - 5902:19

### W

**wait** [2] - 5911:13, 5968:25
**waiting** [3] - 5966:8, 5998:19, 6001:11
**waking** [1] - 6032:13
**walk** [5] - 5914:12, 5933:20, 5940:22, 6020:22, 6024:13
**walked** [3] - 5935:7, 5937:21, 6009:1
**WALKER** [1] - 5897:18
**walking** [1] - 5940:13
**wall** [1] - 6000:13
**WALTER** [1] - 5897:22
**WALTHER** [1] - 5902:3
**warehouses** [2] - 5968:18, 5968:19
**Wartsila** [2] - 6001:7, 6001:12
**WASHINGTON** [4] - 5899:7, 5899:13, 5899:19, 5900:21
**watch** [1] - 6037:10
**watches** [1] - 6057:3
**water** [9] - 5951:12,

5983:13, 6019:1, 6040:22, 6040:23, 6054:3, 6054:5, 6056:17, 6056:19
**water-based** [2] - 6056:17, 6056:19
**waters** [1] - 5932:23
**watertight** [4] - 6034:25, 6035:11, 6035:16, 6040:9
**waterways** [1] - 5913:3
**wave** [1] - 6018:16
**ways** [3] - 5942:8, 5960:7, 6011:11
**weather** [1] - 5993:14
**Webster** [56] - 5920:13, 5932:14, 5936:3, 5936:9, 5936:25, 5937:19, 5941:23, 5965:4, 5979:6, 5983:24, 5990:18, 5991:16, 5992:2, 5993:2, 5993:19, 5993:22, 5994:14, 5995:9, 5996:14, 5999:18, 5999:25, 6002:2, 6004:1, 6004:7, 6005:3, 6005:14, 6006:8, 6006:15, 6007:10, 6007:25, 6009:7, 6009:20, 6010:21, 6013:20, 6013:21, 6015:22, 6018:1, 6018:8, 6019:7, 6020:8, 6026:9, 6027:12, 6027:18, 6029:24, 6030:14, 6030:23, 6031:11, 6032:4, 6034:19, 6035:13, 6036:9, 6037:16, 6038:1, 6039:7, 6040:18, 6042:15
**Webster's** [6] - 6007:13, 6009:2, 6024:12, 6026:18, 6031:23, 6034:3
**weekly** [2] - 6033:12, 6035:17
**weeks** [2] - 5917:8, 6003:25
**weight** [3] - 6014:8, 6057:13
**weird** [1] - 6059:4
**welcome** [1] - 5964:21
**welder** [2] - 5931:17, 6000:12
**welders** [1] - 5929:17

**well-known** [1] - 6045:20
**well-related** [1] - 6046:22
**wellbore** [1] - 6056:13
**wellhead** [2] - 6049:17, 6049:19
**wells** [5] - 5921:12, 5928:7, 5981:15, 6007:16, 6045:18
**West** [4] - 5924:21, 5927:3, 6005:15, 6005:16
**WHEREUPON** [4] - 5906:19, 5907:5, 6011:16, 6062:5
**WHITELEY** [1] - 5900:9
**whole** [6] - 5911:7, 5912:4, 5958:8, 5991:1, 6046:19, 6047:21
**wide** [4] - 5920:22, 5952:6, 6009:10, 6031:11
**widespread** [1] - 5961:2
**wife** [1] - 5916:6
**WILLIAMS** [2] - 5898:3, 5898:3
**WILLIAMSON** [2] - 5898:13, 5898:14
**window** [1] - 6024:20
**WINFIELD** [1] - 5899:23
**Winslow** [4] - 5924:14, 5924:24, 5925:5, 5925:18
**wise** [1] - 6052:8
**wishes** [1] - 5909:12
**withdraw** [2] - 5936:11, 5936:18
**withstanding** [1] - 5961:19
**WITNESS** [4] - 5912:6, 5913:13, 5928:4, 5928:19
**witness** [6] - 5912:8, 5939:8, 5987:16, 5997:12, 6016:20, 6061:25
**witness'** [1] - 5958:15
**witnessed** [1] - 5955:9
**WITTMANN** [2] - 5902:3, 5902:4
**Wong** [2] - 5946:5, 6003:21
**words** [2] - 5922:7
**works** [2] - 5964:25, 6032:19

**worksheets** [1] - 5971:13
**world** [1] - 6002:17
**worldwide** [2] - 5915:25, 6018:24
**worth** [1] - 5968:18
**WRIGHT** [1] - 5897:3
**written** [1] - 5907:22
**wrote** [2] - 5910:10, 6048:5

### Y

**year** [16] - 5919:6, 5920:7, 5962:6, 5964:4, 5964:7, 5983:18, 5988:22, 5990:1, 6013:3, 6025:10, 6035:1, 6036:1, 6036:2, 6044:12
**years** [33] - 5913:23, 5926:25, 5927:5, 5927:6, 5934:7, 5935:5, 5936:4, 5941:24, 5942:2, 5944:3, 5981:12, 5981:14, 5981:21, 5981:23, 5983:10, 5983:17, 5984:13, 5984:15, 5984:17, 5985:6, 5985:10, 5992:7, 5992:20, 6002:14, 6007:18, 6007:19, 6030:3, 6036:8, 6044:11, 6045:12, 6045:17
**yellow** [4] - 5953:8, 5953:25, 5954:15, 6017:12
**yesterday** [2] - 5906:16, 5908:1
**YOAKUM** [1] - 5898:14
**young** [2] - 5906:16, 5955:8
**Young** [3] - 5906:25, 5941:18, 5988:25
**YOUNG** [1] - 5899:18
**Young's** [1] - 6038:25
**young's** [1] - 5911:20

### Z

**zone** [4] - 5994:1, 5994:2, 5994:9, 5994:12

"
**"MIKE"** [1] - 5900:20