1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG    *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE           *
5    GULF OF MEXICO ON APRIL 20, 2010    *   Section J
                                         *
6    Applies to:                         *   New Orleans, Louisiana
                                         *
7    Docket 10-CV-02771,                 *   March 26, 2013
     *IN RE:   THE COMPLAINT AND*         *
8    *PETITION OF TRITON ASSET*           *
     *LEASING GmbH, et al*                *
9                                        *
     Docket 10-CV-4536,                  *
10   *UNITED STATES OF AMERICA v.*        *
     *BP EXPLORATION & PRODUCTION,*       *
11   *INC., et al*                        *
                                         *
12   * * * * * * * * * * * * * * * * * *

13

14               DAY 18, AFTERNOON SESSION
                TRANSCRIPT OF NONJURY TRIAL
15         BEFORE THE HONORABLE CARL J. BARBIER
                UNITED STATES DISTRICT JUDGE
16

17   Appearances:

18

19   For the Plaintiffs:        Domengeaux Wright Roy
                                   & Edwards, LLC
20                              BY:  JAMES P. ROY, ESQ.
                                556 Jefferson Street, Suite 500
21                              Post Office Box 3668
                                Lafayette, Louisiana 70502
22

23   For the Plaintiffs:        Herman Herman & Katz, LLC
                                BY:  STEPHEN J. HERMAN, ESQ.
24                              820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
25

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For the Plaintiffs:          Cunningham Bounds, LLC
 3                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 Dauphin Street
 4                                Mobile, Alabama 36604

 5
     For the Plaintiffs:          Lewis Kullman Sterbcow & Abramson
 6                                BY:  PAUL M. STERBCOW, ESQ.
                                  601 Poydras Street, Suite 2615
 7                                New Orleans, Louisiana 70130

 8
     For the Plaintiffs:          Breit Drescher Imprevento
 9                                  & Walker, PC
                                  BY:  JEFFREY A. BREIT, ESQ.
10                                600 22nd Street, Suite 402
                                  Virginia Beach, Virginia 23451
11

12   For the Plaintiffs:          Leger & Shaw
                                  BY:  WALTER J. LEGER JR., ESQ.
13                                600 Carondelet Street, 9th Floor
                                  New Orleans, Louisiana 70130
14

15   For the Plaintiffs:          Williams Law Group, LLC
                                  BY:  CONRAD "DUKE" WILLIAMS, ESQ.
16                                435 Corporate Drive, Suite 101
                                  Houma, Louisiana 70360
17

18   For the Plaintiffs:          Thornhill Law Firm
                                  BY:  TOM THORNHILL, ESQ.
19                                1308 Ninth Street
                                  Slidell, Louisiana 70458
20

21   For the Plaintiffs:          deGravelles Palmintier Holthaus
                                    & Frugé, LLP
22                                BY:  JOHN W. DEGRAVELLES, ESQ.
                                  618 Main Street
23                                Baton Rouge, Louisiana 70801

24

25
```

```
 1    Appearances:

 2
      For the Plaintiffs:          Williamson & Rusnak
 3                                 BY:  JIMMY WILLIAMSON, ESQ.
                                   4310 Yoakum Boulevard
 4                                 Houston, Texas 77006

 5
      For the Plaintiffs:          Irpino Law Firm
 6                                 BY:  ANTHONY IRPINO, ESQ.
                                   2216 Magazine Street
 7                                 New Orleans, Louisiana 70130

 8
      For the United States        U.S. Department of Justice
 9    of America:                  Torts Branch, Civil Division
                                   BY:  R. MICHAEL UNDERHILL, ESQ.
10                                 450 Golden Gate Avenue
                                   7-5395 Federal Bldg., Box 36028
11                                 San Francisco, California 94102

12
      For the United States        U.S. Department of Justice
13    of America:                  Environment & Natural Resources
                                   Environmental Enforcement Section
14                                 BY:  STEVEN O'ROURKE, ESQ.
                                        SCOTT CERNICH, ESQ.
15                                      DEANNA CHANG, ESQ.
                                        RACHEL HANKEY, ESQ.
16                                      A. NATHANIEL CHAKERES, ESQ.
                                   Post Office Box 7611
17                                 Washington, D.C. 20044

18
      For the United States        U.S. Department of Justice
19    of America:                  Torts Branch, Civil Division
                                   BY:  JESSICA McCLELLAN, ESQ.
20                                      MICHELLE DELEMARRE, ESQ.
                                        JESSICA SULLIVAN, ESQ.
21                                      SHARON SHUTLER, ESQ.
                                        MALINDA LAWRENCE, ESQ.
22                                 Post Office Box 14271
                                   Washington, D.C. 20004
23

24

25
```

OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2
      For the United States      U.S. Department of Justice
 3    of America:                Fraud Section
                                 Commercial Litigation Branch
 4                               BY:  DANIEL SPIRO, ESQ.
                                      KELLEY HAUSER, ESQ.
 5                                    ELIZABETH YOUNG, ESQ.
                                 Ben Franklin Station
 6                               Washington, D.C. 20044

 7
      For the State of           Attorney General of Alabama
 8    Alabama:                   BY:  LUTHER STRANGE, ESQ.
                                      COREY L. MAZE, ESQ.
 9                                    WINFIELD J. SINCLAIR, ESQ.
                                 500 Dexter Avenue
10                               Montgomery, Alabama 36130

11
      For the State of           Attorney General of Louisiana
12    Louisiana:                 BY:  JAMES D. CALDWELL, ESQ.
                                 1885 North Third Street
13                               Post Office Box 94005
                                 Baton Rouge, Louisiana 70804
14

15    For the State of           Kanner & Whiteley, LLC
      Louisiana:                 BY:  ALLAN KANNER, ESQ.
16                                    DOUGLAS R. KRAUS, ESQ.
                                 701 Camp Street
17                               New Orleans, Louisiana 70130

18
      For BP Exploration &       Liskow & Lewis, APLC
19    Production Inc.,           BY:  DON K. HAYCRAFT, ESQ.
      BP America Production      701 Poydras Street, Suite 5000
20    Company, BP PLC:           New Orleans, Louisiana 70139

21
      For BP Exploration &       Kirkland & Ellis, LLP
22    Production Inc.,           BY:  J. ANDREW LANGAN, ESQ.
      BP America Production           HARIKLIA "CARRIE" KARIS, ESQ.
23    Company, BP PLC:                MATTHEW T. REGAN, ESQ.
                                 300 N. Lasalle
24                               Chicago, Illinois 60654

25
```

1  Appearances:

2

3  For BP Exploration &          Covington & Burling, LLP
   Production Inc.,              BY:  ROBERT C. "MIKE" BROCK, ESQ.
   BP America Production        1201 Pennsylvania Avenue, NW
4  Company, BP PLC:             Washington, D.C. 20004

5

6  For Transocean Holdings       Frilot, LLC
   LLC, Transocean Offshore     BY:  KERRY J. MILLER, ESQ.
   Deepwater Drilling Inc.,     1100 Poydras Street, Suite 3700
7  Transocean Deepwater Inc.:   New Orleans, Louisiana 70163

8

9  For Transocean Holdings       Sutherland Asbill & Brennan, LLP
   LLC, Transocean Offshore     BY:  STEVEN L. ROBERTS, ESQ.
   Deepwater Drilling Inc.,          RACHEL G. CLINGMAN, ESQ.
10 Transocean Deepwater Inc.:   1001 Fannin Street, Suite 3700
                                Houston, Texas 77002
11

12 For Transocean Holdings       Munger Tolles & Olson, LLP
   LLC, Transocean Offshore     BY:  MICHAEL R. DOYEN, ESQ.
13 Deepwater Drilling Inc.,          BRAD D. BRIAN, ESQ.
   Transocean Deepwater Inc.:        LUIS LI, ESQ.
14                              355 S. Grand Avenue, 35th Floor
                                Los Angeles, California 90071
15

16 For Transocean Holdings       Mahtook & Lafleur
   LLC, Transocean Offshore     BY:  RICHARD J. HYMEL, ESQ.
17 Deepwater Drilling Inc.,     600 Jefferson Street, Suite 1000
   Transocean Deepwater Inc.:   Post Office Box 3089
18                              Lafayette, Louisiana 70501

19

20 For Transocean Holdings       Hughes Arrell Kinchen, LLP
   LLC, Transocean Offshore     BY:  JOHN KINCHEN, ESQ.
   Deepwater Drilling Inc.,     2211 Norfolk, Suite 1110
21 Transocean Deepwater Inc.:   Houston, Texas 77098

22

23 For Cameron International     Stone Pigman Walther Wittmann, LLC
   Corporation:                 BY:  PHILLIP A. WITTMANN, ESQ.
                                546 Carondelet Street
24                              New Orleans, Louisiana 70130

25

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For Cameron International      Beck Redden & Secrest, LLP
     Corporation:                  BY:   DAVID J. BECK, ESQ.
                                          DAVID W. JONES, ESQ.
4                                         GEOFFREY GANNAWAY, ESQ.
                                          ALEX B. ROBERTS, ESQ.
5                                  1221 McKinney Street, Suite 4500
                                   Houston, Texas 77010
6

7    For Halliburton Energy        Godwin Lewis, PC
     Services, Inc.:               BY:   DONALD E. GODWIN, ESQ.
8                                         BRUCE W. BOWMAN JR., ESQ.
                                          FLOYD R. HARTLEY JR., ESQ.
9                                         GAVIN HILL, ESQ.
                                   1201 Elm Street, Suite 1700
10                                 Dallas, Texas 75270

11

12   For Halliburton Energy:       Godwin Lewis, PC
     Services, Inc.:               BY:   JERRY C. VON STERNBERG, ESQ.
13                                 1331 Lamar, Suite 1665
                                   Houston, Texas 77010

14

15   Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                   500 Poydras Street, Room HB-406
16                                 New Orleans, Louisiana 70130
                                   (504) 589-7778
17                                 Toni_Tusa@laed.uscourts.gov

18

19

20
     Proceedings recorded by mechanical stenography using
21   computer-aided transcription software.

22

23

24

25

OFFICIAL TRANSCRIPT

1                    <u>I N D E X</u>

2                                                <u>Page</u>

3   Bill Ambrose
        Cross-Examination By Mr. deGravelles      6071
4       Cross-Examination By Mr. Hill             6155
        Cross-Examination By Ms. Karis            6182
5       Cross-Examination By Mr. Beck             6251
        Redirect Examination By Ms. Clingman      6264
6

7   Paul Johnson (Video Deposition)               6268

8

9   David McKay (Video Deposition)                6269

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
| | 1 |

12:43

**AFTERNOON SESSION**

**(March 26, 2013)**

**THE COURT:**  Please be seated everyone.

**MS. CLINGMAN:**  Your Honor, given the Court's ruling at the break, I need to make one very brief proffer.

Mr. Ambrose would testify to one point about the blowout preventer that is not cumulative, is a fact question and therefore was not addressed by Mr. Childs.  Specifically, he would testify that the internal investigation team found that (1) until about 2007, there was an annual reminder in the EMPAC computer maintenance system to change the batteries on each BOP pod every year, (2) in mid-2007, BOP maintenance was divided between the subsea and the electrical crafts, and at that time the annual reminder was inadvertently dropped from the EMPAC maintenance system, (3) the scheduled annual reminder was reinstated with the RMS system for each of the three pods on the BOP of the *Deepwater Horizon*, (4) the prompt in the RMS system had come due for two of the pods, but the prompt for the third pod, it appears that that scheduled reminder had not yet come due.

That concludes our proffer.

**THE COURT:**  All right.  Mr. deGravelles.

**MR. DEGRAVELLES:**  Good afternoon, Your Honor.

**BILL AMBROSE,**

having been duly sworn, testified as follows:

CROSS-EXAMINATION

BY MR. DEGRAVELLES:

**Q.**   Good afternoon, Mr. Ambrose.  I think I can get along without the portable mic.

My name is John deGravelles, Mr. Ambrose, and I represent the Plaintiffs' Steering Committee and I'm going to be asking you some questions on cross-examination.

**A.**   Okay.

**Q.**   First of all, I know that the --

**THE COURT:**  Why aren't you using the portable mic?

**MR. DEGRAVELLES:**  I didn't need it last time.  Do I need it, Judge?

**THE COURT:**  Well, not for me, but sometimes we get complaints from the people -- I don't even know if we have people still in overflow rooms.  We do?  Sometimes they complain that they can't hear you-all.  So if you could use it, it would probably be helpful.

**MR. DEGRAVELLES:**  All right.

BY MR. DEGRAVELLES:

**Q.**   I know that different investigations did different time lines on when certain things happened.  Correct?

**A.**   Yes.  I haven't read them all, but I'm --

**Q.**   You understand that Bly had a certain time line and you guys had a certain time line, true?

**A.**   Are you talking about for the investigation report or

**BILL AMBROSE - CROSS**

| | | |
|---|---|---|
| 13:08 | 1 | the -- |
| 13:08 | 2 | **Q.**   Yes, the investigation reports. |
| 13:08 | 3 | **A.**   Yes. |
| 13:08 | 4 | **Q.**   And according to your time line, the Transocean |
| 13:08 | 5 | investigation time line, the mud hit the floor at 9:45.  Is |
| 13:08 | 6 | that true, sir? |
| 13:08 | 7 | **A.**   I would have to go back and look specifically at the |
| 13:08 | 8 | report for the exact minute, but it sounds correct. |
| 13:08 | 9 | **Q.**   All right.  And the general alarm went off after 9:49, |
| 13:08 | 10 | some four minutes plus later, correct, sir? |
| 13:09 | 11 | **A.**   I would have to look at the exact time stamp, but it was |
| 13:09 | 12 | after the explosion. |
| 13:09 | 13 | **Q.**   All right.  And that's the important point I was going to |
| 13:09 | 14 | make here.  The alarm, the general alarm sounded, but it |
| 13:09 | 15 | sounded after the explosion, correct? |
| 13:09 | 16 | **A.**   I believe that's what we have in the report, yes. |
| 13:09 | 17 | **Q.**   That's a little late for the folks that were involved in |
| 13:09 | 18 | the explosion, wouldn't you agree, sir? |
| 13:09 | 19 | **A.**   Well, I don't know that the situation had been assessed |
| 13:09 | 20 | completely until that point, but for certain people died, sir. |
| 13:09 | 21 | **Q.**   Well, exactly my point, sir.  When you push the general |
| 13:09 | 22 | alarm after the explosion goes off, the general alarm doesn't |
| 13:09 | 23 | help the people that were killed in the explosion, right? |
| 13:09 | 24 | **A.**   The general alarm went off after and we lost some people. |
| 13:09 | 25 | **Q.**   Did you understand my question, sir? |

**BILL AMBROSE - CROSS**

13:09  1   **A.**   I'm saying we lost people.

13:09  2   **Q.**   That's not the question.  The question is:  When the

13:09  3   person pushes the general alarm after the explosion, that's too

13:09  4   late to help the people who got killed in the explosion, true?

13:09  5           **MS. CLINGMAN:**  Your Honor, I object on speculation

13:09  6   and asked and answered.

13:10  7           **THE COURT:**  Overruled.

13:10  8           **THE WITNESS:**  We lost the people, yes.

13:10  9   BY MR. DEGRAVELLES:

13:10  10  **Q.**   Sir, I didn't ask you that.  We know that we lost

13:10  11  11 people.  That's not the question that I'm asking you.  Let

13:10  12  me ask it one more time.

13:10  13          When a person presses the general alarm after the

13:10  14  explosion, the general alarm can't help the people who were

13:10  15  killed in the explosion, true?

13:10  16  **A.**   That is true.

13:10  17  **Q.**   All right.  Now, let's talk a little bit about the

13:10  18  inspections and the maintenance.  You mentioned that MMS,

13:10  19  Coast Guard, DNV, ABS all do inspections at various times of

13:10  20  the rigs, true?

13:10  21  **A.**   Yes.

13:10  22  **Q.**   But with respect to the *Deepwater Horizon*, you were not

13:10  23  present for any of those inspections, true, sir?

13:10  24  **A.**   No, I have not attended any of those inspections.

13:10  25  **Q.**   All right.  One of the things that these agencies do when

BILL AMBROSE - CROSS

13:10    1    they come on the vessel is to look at the maintenance records,

13:10    2    correct?

13:10    3    A.    Yes, that's true.

13:10    4    Q.    Since they are relying on these records in rendering their

13:11    5    reports as to whether there's compliance or noncompliance, it's

13:11    6    important for those records to be accurate; isn't that true,

13:11    7    sir?

13:11    8    A.    Yes.  We want accurate records of our equipment.

13:11    9         MR. DEGRAVELLES:  If you could then pull up, Carl,

13:11   10    TREX-6166.  And then go to page 9, please.

13:11   11    BY MR. DEGRAVELLES:

13:11   12    Q.    All right.  I'm going to read this to you and ask your

13:11   13    comment.  This is from the January 2008 technical rig audit.

13:11   14    Do you recognize that?  I think you talked about it in your

13:11   15    direct exam.  Correct?

13:11   16    A.    Yes.

13:11   17    Q.    All right.  I'm going to read this.

13:11   18         "Despite some improvement regarding completion of

13:11   19    maintenance notes, significant improvement for many disciplines

13:11   20    is still required.  All too frequently maintenance history

13:11   21    notes do not indicate the extent of the work performed or

13:11   22    record readings requested in the maintenance procedure, and as

13:12   23    such, they are all too frequently inconclusive."

13:12   24         Did I read that correctly?

13:12   25    A.    That's what it states.

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

13:12  1    **Q.**   All right.   You have no reason to dispute that, sir?

13:12  2             **MS. CLINGMAN:**   Your Honor, I believe the witness is

13:12  3    being cut off.   If we can allow him time to answer.

13:12  4             **MR. DEGRAVELLES:**   I didn't think I was cutting him

13:12  5    off.

13:12  6             But if you have something else to add --

13:12  7             **THE COURT:**   Go ahead and finish your answer, sir.

13:12  8             **THE WITNESS:**   This is when it was in the EMPAC

13:12  9    system.   The vessel was still using the EMPAC maintenance

13:12 10    system.   It did require a lot of extra effort to put

13:12 11    information into the EMPAC system at the time.   One of the

13:12 12    reasons why we were switching to the RMS program, because it

13:12 13    was a lot easier to do that and capture that kind of

13:12 14    information.

13:12 15    **BY MR. DEGRAVELLES:**

13:12 16    **Q.**   Thank you, sir.

13:12 17             **MR. DEGRAVELLES:**   If we could then go to the next

13:12 18    call-out, which is the next paragraph.

13:12 19    **BY MR. DEGRAVELLES:**

13:12 20    **Q.**   "Although raised during previous audits, there is still a

13:12 21    tendency to close out maintenance routines even though not all

13:12 22    tasks or sometimes no tasks have been completed.   Ongoing

13:12 23    operations are sometimes quoted as the reasons for this, but in

13:12 24    most cases it comes down to not completing all maintenance

13:13 25    procedure tasks.   Critical checks and inspections are

**BILL AMBROSE - CROSS**

13:13   1   consequently being missed."

13:13   2            Did I read that correctly?

13:13   3   **A.**   Yes.  This is what I had talked about earlier, that at

13:13   4   times we can find this and we have to take actions on it.

13:13   5   **Q.**   What this is saying, sir, is that the audit finds that the

13:13   6   records show that people are doing the maintenance, but they

13:13   7   are not actually doing the maintenance, correct?

13:13   8   **A.**   If that specifically occurs, yes.

13:13   9   **Q.**   Well, that's what this says, isn't it?

13:13   10  **A.**   I'm taking the auditor for face value that, yes, that's

13:13   11  what they found.

13:13   12  **Q.**   Well, you told us about how great these auditors were,

13:13   13  right?  In the direct testimony you said how wonderful these

13:13   14  people that come on to the ship and do these audits are,

13:13   15  correct?

13:13   16  **A.**   Yes.

13:13   17  **Q.**   You've had no reason to doubt that this is true, correct?

13:13   18  **A.**   That's what I'm saying, I agree with the auditor.

13:13   19  **Q.**   And you have -- there's an old saying in computer land,

13:13   20  "garbage in, garbage out," right?

13:13   21  **A.**   I've heard that.

13:13   22  **Q.**   If you lie or you fudge or you don't tell the truth about

13:14   23  some -- having done something when you didn't really do it, you

13:14   24  can't really rely on that when you are an auditor.  Isn't that

13:14   25  true, sir?

**BILL AMBROSE - CROSS**

13:14  1          Isn't it true?

13:14  2  A.   I'm not sure I follow.  Can you say that again?

13:14  3  Q.   If the maintenance people are saying that they did

13:14  4  something on the records but they didn't really do it and the

13:14  5  auditor is relying on the maintenance records to say you did a

13:14  6  good job, then that's not proper reliance, is it, sir?

13:14  7  A.   I think that it shows, and I think that's why this auditor

13:14  8  found that finding.  If he didn't do a thorough inspection of

13:14  9  this particular rig and the equipment that it's relating to, he

13:14  10  wouldn't have been able to find that in this audit.  So that's

13:14  11  why we do audits, to see if this is happening and to root it

13:14  12  out.

13:14  13  Q.   I think you mentioned in direct exam that there's some bad

13:14  14  apples that do this.  Correct?  "Rogues," I think, is the word

13:14  15  that counsel used.  Is that right?

13:14  16  A.   I don't remember the word that she used.

13:14  17  Q.   What word did you use?  The people that did this kind of

13:14  18  thing just don't have a place at Transocean, right,

13:15  19  Mr. Ambrose?

13:15  20  A.   I said that we need to take actions to stop that from

13:15  21  happening and that could be up to termination.

13:15  22  Q.   So how many people did you fire as a result of this, sir?

13:15  23  A.   I wasn't in charge of this rig at the time.

13:15  24  Q.   So you don't know that anybody was fired, correct, sir?

13:15  25  A.   I wasn't associated with the management team of this rig,

6078

BILL AMBROSE - CROSS

13:15   1   so I don't know the answer to that.

13:15   2   Q.   But surely somebody should have had heads rolling,

13:15   3   correct?

13:15   4   A.   I don't know the extent of it.  I can't say.

13:15   5        MR. DEGRAVELLES:  All right.  Let's go, then, to

13:15   6   3405, TREX-3405.

13:15   7   BY MR. DEGRAVELLES:

13:15   8   Q.   Do you recognize that this is the September 2009 audit,

13:15   9   which is about a year and nine months after the January 2008

13:15   10  audit?  Do you see that?

13:15   11  A.   September 2009, yes.

13:15   12  Q.   If we could go to page 2, the first bullet point.

13:16   13       "Findings of particular note were the following:

13:16   14  Closing out of the last audit recommendations had no apparent

13:16   15  verification by BP.  Consequently, a number of the

13:16   16  recommendations that Transocean had indicated as closed out had

13:16   17  either deteriorated again or not been suitably addressed in the

13:16   18  first instance."

13:16   19       Did I read that correctly?

13:16   20  A.   That's what it states.

13:16   21  Q.   Absolutely the same thing that we saw in January of 2008,

13:16   22  correct?

13:16   23  A.   I would have to go back.  It seems to be worded

13:16   24  differently.

13:16   25  Q.   Well, it may be worded differently, but it's the same

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

13:16    1    substance, that is to say, people are saying they were doing

13:16    2    stuff and it wasn't really being done, true?

13:16    3    A.    Or the deterioration --

13:16    4    Q.    Or the deterioration, okay, one or the other.

13:16    5            MR. DEGRAVELLES:  Let's go, then, to page 18.  If you

13:16    6    could enlarge that.

13:16    7    BY MR. DEGRAVELLES:

13:16    8    Q.    This is 1.1.6:  "The rigour concerning close out of the

13:17    9    previous audit findings has generally been unsatisfactory.

13:17   10    There has been little sign of BP involvement evident and

13:17   11    consequently, many of the recommendations reported as closed

13:17   12    out could not be adequately demonstrated to the audit team

13:17   13    during this visit."

13:17   14            Did I read that correctly?

13:17   15    A.    Yes, that's what it states.

13:17   16    Q.    Again, Mr. Ambrose, what we are talking about is the audit

13:17   17    is finding that -- although the record says something was done,

13:17   18    the audit shows that it wasn't done, correct, sir?

13:17   19    A.    That's what this states.

13:17   20    Q.    Okay.  And so these records upon which MMS, Coast Guard,

13:17   21    DNV, and American Bureau of Shipping, ABS, are relying upon are

13:17   22    unreliable; isn't that true, sir?

13:17   23    A.    This is a different record than those, so I'm not sure I

13:17   24    can relate the two.

13:17   25    Q.    But in any event, insofar as these records are concerned,

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

13:17  1   we know that the maintenance is not being done, at least in
13:17  2   some instances, when the records show that it is being done,
13:18  3   correct, sir?
13:18  4   A.   That was an audit finding in 2008.
13:18  5   Q.   And it was also an audit finding in January of 2008 and
13:18  6   September of 2009, correct?
13:18  7   A.   That's what this says, yes, sir.
13:18  8   Q.   All right.  Again, you have no reason to doubt that?
13:18  9   A.   No.
13:18  10          MR. DEGRAVELLES:  Let's go to TREX-5618.  If you
13:18  11  could draw up the bottom e-mail from *DWH* maintenance
13:18  12  superintendent *Deepwater Horizon*.
13:18  13  BY MR. DEGRAVELLES:
13:18  14  Q.   Do you know who that was in October, late October 2009?
13:18  15  A.   This was Mr. Steve Bertone, I believe.
13:18  16  Q.   Steve Bertone.  Okay.  I'm going to read this and ask you
13:18  17  for some comment.
13:18  18          Now, this is after the September 2009 audit that we
13:18  19  just talked about, correct?  This would have been the following
13:18  20  month?
13:18  21  A.   Yeah, right around the UWILD time.  Yes.
13:18  22  Q.   "The issues that the *Deepwater Horizon* is currently
13:19  23  experiencing, in my opinion, is a lack of proper maintenance on
13:19  24  the equipment for many years.  The drive behind this has been
13:19  25  from a performance-induced standpoint.  Historically, the rig

BILL AMBROSE - CROSS

13:19  1   has been a top performer that has traded performance and
13:19  2   staying in operation rather than maintaining the equipment."
13:19  3        Have I read that correctly?
13:19  4   A.   It states that.
13:19  5   Q.   "When the rig does receive maintenance time, that time is
13:19  6   generally taken up by repairing the equipment that was broke or
13:19  7   just limping along until we got to the maintenance period, thus
13:19  8   hindering the much-needed maintenance checks on the rest of the
13:19  9   equipment.  This eventually results in other equipment failing
13:19  10  due to lack of proper maintenance to the equipment.
13:19  11       "I cannot rule out that the proper planning and
13:19  12  management did not have an adverse effect on this, as I am sure
13:19  13  there have been many bad decisions made in the past and present
13:19  14  on where to focus maintenance time, resources, and personnel
13:19  15  on.
13:20  16       "I cannot rule out as well that personnel over the
13:20  17  years have been, for a lack of better words, lazy and not very
13:20  18  motivated to contribute to the success of the *Horizon* team,
13:20  19  which, in turn, increases the workload on others that do care,
13:20  20  as well as hinder much needed maintenance on equipment when the
13:20  21  opportunity presents itself."
13:20  22       Did I read that correctly?
13:20  23  A.   That's what it states.
13:20  24  Q.   Now, Mr. Bertone -- you said that when you live on the
13:20  25  rig, you take care of that rig, correct?

6082

**BILL AMBROSE - CROSS**

| | | |
|---|---|---|
| 13:20 | 1 | **A.** Yes. |
| 13:20 | 2 | **Q.** Mr. Bertone lived on this rig, correct? |
| 13:20 | 3 | **A.** He did. |
| 13:20 | 4 | **Q.** And the people that he is talking about in this paragraph |
| 13:20 | 5 | lived on the rig, didn't they? |
| 13:20 | 6 | **A.** Some of them, yes. |
| 13:20 | 7 | **MR. DEGRAVELLES:** Let's read the next sentence, and |
| 13:20 | 8 | highlight that, if you would, and bring it out, beginning with |
| 13:20 | 9 | "Currently." |
| 13:20 | 10 | **BY MR. DEGRAVELLES:** |
| 13:20 | 11 | **Q.** "Currently, on the *Deepwater Horizon*" -- |
| 13:20 | 12 | **MS. CLINGMAN:** Your Honor -- |
| 13:20 | 13 | **MR. DEGRAVELLES:** I'm sorry? |
| 13:20 | 14 | **MS. CLINGMAN:** Your Honor, this was the document to |
| 13:21 | 15 | which plaintiffs objected to me questioning Ambrose about |
| 13:21 | 16 | because he didn't receive this or in the chain of command, and |
| 13:21 | 17 | there was no foundation. That was sustained. |
| 13:21 | 18 | I now object to reading the entirety of it into |
| 13:21 | 19 | the record, as I was not able to -- |
| 13:21 | 20 | **THE COURT:** This e-mail? |
| 13:21 | 21 | **MS. CLINGMAN:** Yes, sir. |
| 13:21 | 22 | **MR. DEGRAVELLES:** Here's the response, Judge. The |
| 13:21 | 23 | point is that he did not get it. This is the man that should |
| 13:21 | 24 | have been told about this and wasn't told about it. |
| 13:21 | 25 | **THE COURT:** Okay. So what are you going to ask him |

BILL AMBROSE - CROSS

13:21    1    about it?

13:21    2              MR. DEGRAVELLES:  Just this next sentence --

13:21    3              THE COURT:  Go ahead.  I overrule the objection.

13:21    4    BY MR. DEGRAVELLES:

13:21    5    Q.    "Currently on the *Deepwater Horizon*, we are running casing

13:21    6    and, once again, limping along with equipment failures and

13:21    7    everyone doing their best to repair the equipment that we are

13:21    8    able to work on or at least come up with ideas that would allow

13:21    9    us to continue to operate."

13:21   10              Did I read that correctly?

13:21   11    A.    That's what it states.

13:21   12    Q.    You did not get this, did you, sir?

13:21   13    A.    No.  I wouldn't have.

13:21   14    Q.    You had no idea that this was going on, did you, sir?

13:21   15    A.    It's something that would have been handled in our

13:21   16    division because this rig crew, as we showed on the work charts

13:21   17    earlier, they report to a division operation structure, rig

13:22   18    managers, operations managers.  And those are the accountable

13:22   19    people for making sure that the execution of our maintenance

13:22   20    plans and programs are in place.

13:22   21              THE COURT:  Wait a minute.  Remind me again.  This is

13:22   22    dated October 29, 2009, correct?

13:22   23              THE WITNESS:  Yes, sir.

13:22   24              THE COURT:  What was your position at that time?

13:22   25              THE WITNESS:  I was director of maintenance and

BILL AMBROSE - CROSS

13:22   1   technical support for Worldwide.

13:22   2           THE COURT:  Located where?

13:22   3           THE WITNESS:  In Houston.

13:22   4   BY MR. DEGRAVELLES:

13:22   5   Q.   And the guy that wrote this, Mr. Bertone, was the

13:22   6   maintenance superintendent on the *Deepwater Horizon*, correct,

13:22   7   sir?

13:22   8   A.   Yes.

13:22   9   Q.   Let me ask you a question.  You were asked in direct

13:22  10   examination --

13:22  11           MR. DEGRAVELLES:  You can take that down, Carl.

13:22  12   BY MR. DEGRAVELLES:

13:22  13   Q.   You were asked on direct examination about the rotary

13:22  14   table and the top drive, correct?

13:22  15   A.   Yes.

13:22  16   Q.   And it was your testimony that it was no big deal that the

13:22  17   rotary drive had not been fixed for years because nobody used

13:22  18   the rotary table; is that true?

13:23  19   A.   I don't think that I said it was no big deal.  I said it

13:23  20   was something that was not used very often anymore and it

13:23  21   didn't have the function it had 20 years ago.

13:23  22   Q.   So it wasn't really important to fix it in a timely

13:23  23   fashion.  Is that the message we were to get from your

13:23  24   testimony?

13:23  25   A.   No.  Actually, when we looked into that particular issue,

OFFICIAL TRANSCRIPT

**BILL AMBROSE - CROSS**

13:23  1  they had been working very hard to fix that over a long period

13:23  2  of time, and they had the OEM and everybody involved.  And

13:23  3  there was some control system issue with it, and they couldn't

13:23  4  quite get it to turn like it should have.  But they had been

13:23  5  consistently working with the OEM to fix that.

13:23  6  **Q.**   Do you concede, sir, that the rotary table -- despite the

13:23  7  presence of the top drive, that the rotary table was an

13:23  8  important working part of the rig?

13:23  9  **A.**   It's not very often used, so it's not an essential key

13:23  10  piece of equipment anymore on ultra-deepwater rigs.

13:23  11  **Q.**   Do you know who Ron Sepulvado is, sir?

13:23  12  **A.**   I believe that's the name of the well site leader.

13:23  13  **Q.**   For the *Deepwater Horizon*.

13:23  14        **MR. DEGRAVELLES:**  If we could go to TREX-25188.  No,

13:24  15  it's not -- yes, this is Volume 2.  Go to page 492 and pull

13:24  16  out, if you would, lines 14 to line 10 on 493, if you can do

13:24  17  that, Carl.

13:24  18  **BY MR. DEGRAVELLES:**

13:24  19  **Q.**   (Reading):

13:24  20        "QUESTION:  There were some discussions yesterday

13:24  21     about the rotary table being out of service and waiting on

13:24  22     parts for an extended period of time.  You were then asked

13:24  23     if the rotary table was a pretty important piece of

13:24  24     equipment, and you said it was.

13:24  25        "The *Deepwater Horizon* had a top drive; is that

**BILL AMBROSE - CROSS**

13:24   1   correct?

13:24   2   "ANSWER:  Yes, they did.

13:24   3   "QUESTION:  If you have a rig that has a top drive,

13:24   4   do you even need a rotary table?

13:24   5   "ANSWER:  Yes, you do.

13:24   6   "QUESTION:  For what?

13:24   7   "ANSWER:  Sometimes you may have to torque pipe up

13:24   8   with tongs, and you need the rotary table to hold as a

13:24   9   backup.  And sometimes you need to take a bit off,

13:24   10   breaking the bit out, and that's a problem.

13:24   11   "QUESTION:  Were you able to do those jobs without

13:24   12   the rotary table?

13:25   13   "ANSWER:  Yes, we could.  It just made the job a lot

13:25   14   longer and a lot unsafer."

13:25   15   Did I read that correctly?

13:25   16   **A.**   That's what it states.

13:25   17   **Q.**   You disagree with the well site leader on the

13:25   18   *Deepwater Horizon*?

13:25   19   **A.**   I just think that you can do those jobs safely without the

13:25   20   rotary table if you plan them well and use the risk assessment

13:25   21   process that we use.

13:25   22   **Q.**   Mr. Ambrose, to answer my question, you disagree with

13:25   23   Mr. Sepulvado, though, the well site leader, correct?

13:25   24   **A.**   Regarding that "safer" piece, yes.

13:25   25   **Q.**   Let's talk about the investigation that Transocean did.

BILL AMBROSE - CROSS

13:25  1        First of all, you were asked to lead that

13:25  2  investigation, were you not?

13:25  3  A.   Yes.

13:25  4  Q.   When you gave your deposition on July 18, 2011, you were

13:25  5  testifying as a corporate representative of the Transocean

13:25  6  defendants, were you not?

13:25  7  A.   Yes, I did.

13:25  8        MR. DEGRAVELLES:   If we could, Carl, pull up

13:25  9  TREX-4246.

13:25  10 BY MR. DEGRAVELLES:

13:25  11 Q.   That is a copy of the notice of deposition for the

13:26  12 corporation, the Transocean defendants, correct?  Do you

13:26  13 recognize that document?

13:26  14 A.   Yes.

13:26  15 Q.   You were -- when you gave your testimony, you were doing

13:26  16 so as a designated representative of Transocean defendants,

13:26  17 correct?

13:26  18 A.   I had some topics, yes.

13:26  19       MR. DEGRAVELLES:   Let's, if you could, pull up

13:26  20 TREX-3808.6.1.

13:26  21 BY MR. DEGRAVELLES:

13:26  22 Q.   This is in the executive summary, is it not, sir, from the

13:26  23 executive summary of the Transocean investigation?

13:26  24 A.   Yes.

13:26  25 Q.   I'm going to read the highlighted portion.

**BILL AMBROSE - CROSS**

13:26    1            "The Macondo incident was the result of a succession
13:26    2    of interrelated well design, construction, and temporary
13:26    3    abandonment decisions that compromised the integrity of the
13:26    4    well and compounded the risk of its failure."
13:27    5            Did I read that correctly?
13:27    6    **A.**   That's what it states.
13:27    7    **Q.**   That is a central -- was a central finding of the
13:27    8    Transocean investigation, correct?
13:27    9    **A.**   Yes.
13:27   10    **Q.**   When you say that these decisions "compounded the risk of
13:27   11    failure," you're saying in another way that these decisions
13:27   12    increased the risk of failure, correct?
13:27   13    **A.**   The combination of them, yes.
13:27   14    **Q.**   These decisions not only increased the risk of failure of
13:27   15    the well, but they also increased the risk of a blowout, of
13:27   16    deaths, and pollution, correct?
13:27   17    **A.**   They could, yes.
13:27   18    **Q.**   All of the decisions that you refer to in the executive
13:27   19    summary -- well design, construction, temporary abandonment --
13:27   20    all of these decisions that increase the risk -- blowout,
13:27   21    death, and pollution -- all of those were made by BP, correct,
13:27   22    sir?
13:27   23    **A.**   I would have to read the full first page, but a lot of
13:27   24    those decisions were, yes.
13:27   25    **Q.**   Let's see if we can refresh your memory.

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 13:28 | 1 | MR. DEGRAVELLES:  Go to his deposition at page 753, |
| 13:28 | 2 | lines 11 to 18.  753, lines 11 to 18. |
| 13:28 | 3 | MS. CLINGMAN:  Your Honor, I'm sorry to interrupt. |
| 13:28 | 4 | Just briefly. |
| 13:28 | 5 | Mr. Ambrose was deposed both as a corporate |
| 13:28 | 6 | representative and in his individual capacity.  I do not |
| 13:28 | 7 | believe this current Q&A that is about to be cited was in his |
| 13:28 | 8 | corporate capacity.  The question is fine, but I didn't want |
| 13:28 | 9 | the implication that this was as a corporate representative on |
| 13:28 | 10 | the topic on behalf of Transocean. |
| 13:28 | 11 | MR. DEGRAVELLES:  Judge, I have read that very long |
| 13:28 | 12 | deposition.  It's impossible to say what is -- |
| 13:28 | 13 | THE COURT:  Were there two separate depositions? |
| 13:28 | 14 | MR. DEGRAVELLES:  No, sir. |
| 13:28 | 15 | THE COURT:  It's all one deposition? |
| 13:28 | 16 | MR. DEGRAVELLES:  It's all one long deposition. |
| 13:28 | 17 | THE COURT:  Well, then, you know, we will go forward. |
| 13:28 | 18 | Ms. Clingman, you can either try to bring out |
| 13:28 | 19 | your point on redirect or in your post-trial briefings, I |
| 13:29 | 20 | suppose. |
| 13:29 | 21 | MR. DEGRAVELLES:  If we could just bring up 753, |
| 13:29 | 22 | lines 11 to 18. |
| 13:29 | 23 | It's Volume 2.  You don't have Volume 2?  Okay. |
| 13:29 | 24 | BY MR. DEGRAVELLES: |
| 13:29 | 25 | Q.   You are not denying, sir, that when you made that |

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 13:29 | 1 | statement -- or that when Transocean made that statement, that |
| 13:29 | 2 | they were talking about BP decisions and not Transocean |
| 13:29 | 3 | decisions? |
| 13:29 | 4 | A.   Are you talking about the previous . . . |
| 13:29 | 5 | Q.   Yes. |
| 13:29 | 6 | A.   Yes.  Those decisions we were talking about there were |
| 13:29 | 7 | relating to decisions that would have been made by BP. |
| 13:29 | 8 | Q.   And not Transocean -- that's the only point I'm trying to |
| 13:29 | 9 | make -- correct? |
| 13:29 | 10 | A.   Yes. |
| 13:29 | 11 | Q.   All of these decisions made by BP, as summarized in that |
| 13:30 | 12 | executive summary, gave rise to the catastrophic emergency on |
| 13:30 | 13 | the *Deepwater Horizon* on April 20, 2010; isn't that true, sir? |
| 13:30 | 14 | A.   It contributed to it, yes. |
| 13:30 | 15 | Q.   And the Transocean investigation concluded that these |
| 13:30 | 16 | risks that BP took were unnecessary risks, correct, sir? |
| 13:30 | 17 | A.   Yes. |
| 13:30 | 18 | Q.   All right.  Let's go to some of the specifics of the well |
| 13:30 | 19 | design and construction decisions that BP made. |
| 13:30 | 20 | First of all, BP had exclusive responsibility and |
| 13:30 | 21 | control over where to drill, correct? |
| 13:30 | 22 | A.   Yes.  We would go where they needed to. |
| 13:30 | 23 | Q.   BP retained full authority over the drilling operations |
| 13:30 | 24 | and casing decisions, correct? |
| 13:30 | 25 | A.   Yes. |

**BILL AMBROSE - CROSS**

13:30  1   **Q.**   BP had exclusive access to the information -- or

13:30  2   predictions, I should say, of downhole conditions, correct?

13:30  3   **A.**   Yes.

13:30  4   **Q.**   There was something called a Tiger Team.  Do you remember

13:30  5   the Tiger Team?

13:30  6   **A.**   I remember that from the investigation, yes.

13:31  7   **Q.**   It was a group of geologists, petrophysicists,

13:31  8   geophysicists whose job it was to take the data, interpret the

13:31  9   data, and then give that data to the drilling team, correct?

13:31  10  **A.**   I don't know their full role.  I just -- I remember that

13:31  11  they were on the rig at times, particularly looking at pore

13:31  12  pressures and looking for kicks.

13:31  13  **Q.**   Do you remember that their job was to give this data to

13:31  14  the drilling team so that the drilling team could avoid getting

13:31  15  into trouble and getting -- with kicks and losses?  Do you

13:31  16  agree with that?

13:31  17  **A.**   I believe that was their role, yes, sir.

13:31  18          **MR. DEGRAVELLES:**  If we could pull up TREX-3808.6.3.

13:31  19  **BY MR. DEGRAVELLES:**

13:31  20  **Q.**   "While drilling the Macondo well, BP experienced both lost

13:31  21  circulation events and kicks and stopped short of its planned

13:31  22  total depth because of an increasingly narrow margin between

13:31  23  pore pressure and fracture gradients."

13:31  24          Did I read that correctly?

13:31  25  **A.**   Yes.

BILL AMBROSE - CROSS

13:31  1        MR. DEGRAVELLES:  If you could go to D-3126.

13:31  2    BY MR. DEGRAVELLES:

13:32  3    Q.   Do you know, Mr. Ambrose, that there were people on the

13:32  4    rig that called the Macondo well "The Well From Hell"?  Had you

13:32  5    heard that?

13:32  6    A.   I had.

13:32  7    Q.   Does this document, D-3126, TREX-2294, summarize the kicks

13:32  8    and mud losses that occurred during the course of the drilling

13:32  9    of the Macondo well?

13:32  10   A.   I recognize some of them.  I couldn't tell you if that's

13:32  11   all of them or not or if it's comprehensive, but I recognize

13:32  12   some of them.

13:32  13   Q.   All right.  And in any event, did Transocean in its

13:32  14   investigation attempt to estimate the total number of barrels

13:32  15   of drilling fluids which were lost at one time or another

13:33  16   during this operation?

13:33  17   A.   No.

13:33  18   Q.   Had you heard in your investigation estimates as high as

13:33  19   15,000 barrels?

13:33  20   A.   No.  We didn't look at that.

13:33  21   Q.   Now, over the course of the drilling operation, BP made a

13:33  22   number of changes to its original drilling plan, did it not?

13:33  23   A.   Yes.

13:33  24        MR. DEGRAVELLES:  If you could, pull up D-3157, which

13:33  25   is TREX-22955.

OFFICIAL TRANSCRIPT

**BILL AMBROSE - CROSS**

13:33   1   BY MR. DEGRAVELLES:

13:33   2   Q.   If you could -- I will represent to you that this is a

13:33   3   demonstrative that was -- shows the "Planned" on the left and

13:33   4   the "Actual" on the right.

13:33   5       MR. DEGRAVELLES:   If you could, Carl, go down to the

13:33   6   bottom and pull out the depth of -- the planned depth and then

13:33   7   the actual depth.   It's still a little small.

13:33   8   BY MR. DEGRAVELLES:

13:33   9   Q.   But did you understand from your own investigation that

13:33   10   the planned depth was 19,550 feet?   Do you recall that?

13:34   11   A.   I remember it being over 19,000.   I can't remember the

13:34   12   exact.

13:34   13   Q.   Do you recall that the actual depths, when total depth was

13:34   14   declared, was 18,360 feet?

13:34   15   A.   This chart is a little different from that, but that's

13:34   16   approximately what the depth was, yes.

13:34   17   Q.   Over a thousand feet shorter than planned, correct?

13:34   18   A.   Yes.

13:34   19   Q.   Did you also understand that during the course of the

13:34   20   drilling operation over 1800 feet of collapsed or lost hole

13:34   21   occurred?

13:34   22   A.   I do remember a sidetrack, yes.

13:34   23   Q.   In addition to the other changes, one of the things that

13:34   24   occurred was that they had to add an additional casing string.

13:34   25   Do you remember that, Mr. Ambrose?

BILL AMBROSE - CROSS

13:34   1   **A.**   I believe that's the case, yes.

13:34   2   **Q.**   So that at the bottom of the hole, rather than having 9

13:34   3   and 3/8-inch casing, which was the planned casing, they had

13:35   4   7-inch in diameter casing.  Do you recall that?

13:35   5   **A.**   I think that was the long string, yes.

13:35   6   **Q.**   Do you recall that because of the smaller diameter casing

13:35   7   at the bottom of the hole, there was greater circulating

13:35   8   pressure in a formation which had essentially no safe drilling

13:35   9   margin?

13:35   10   **A.**   Say that last piece one more time.

13:35   11   **Q.**   Sure.  Do you recall that because of the smaller casing at

13:35   12   the bottom of the hole, that meant there would be greater

13:35   13   circulating pressure in a formation which had essentially no

13:35   14   safe drilling margin?

13:35   15   **A.**   Are you talking about while they were drilling ahead, or

13:35   16   are you talking about while they were running and circulating

13:35   17   casing --

13:35   18   **Q.**   I'm talking about when they got to total death.

13:35   19   **A.**   I knew it collapsed in on them.  I couldn't tell you the

13:35   20   exact reason why.  It sounds -- I mean, when you drill that

13:35   21   deep in the formation, you know, if they don't have the

13:36   22   strength you think they do, that margin between pore pressure

13:36   23   frac gradient is smaller.

13:36   24   **Q.**   In fact, there was essentially no safe drilling margin at

13:36   25   the bottom after they had declared total depth; isn't that

BILL AMBROSE - CROSS

13:36    1    true, sir?  They were in a fragile formation.

13:36    2    A.    I think they were under .5 pounds per gallon.

13:36    3    Q.    You do agree, though, that when you have a -- the smaller

13:36    4    of the casing at the bottom of the hole, the greater the

13:36    5    circulating pressure, correct?  You agree with that principle?

13:36    6    A.    It would depend on the pump speed you're using.  So it

13:36    7    depends on the decisions for how fast you're pumping, how fast

13:36    8    you are drilling.  That affects the --

13:36    9    Q.    You have a 9 3/8 and you have a 7-inch and the pump speed

13:36   10    is the same, the smaller casing is going to have a higher

13:36   11    circulating pressure, correct?

13:36   12    A.    Under that condition, yes.

13:36   13    Q.    All right.  And because of that, it was a factor in

13:36   14    driving some of the decisions you believe increased the risk of

13:36   15    a blowout and were contributing factors to the blowout,

13:36   16    correct?

13:37   17    A.    Primarily, it was regarding how fast to pump the cement

13:37   18    and, you know, the height you would have to pump it and the

13:37   19    pressures that would put on the formation.

13:37   20    Q.    In terms of those factors that you talked about, one of

13:37   21    them was using a lower circulating rate, correct?

13:37   22    A.    That would help, actually, yes.

13:37   23    Q.    That was one of the decisions that were made as a result

13:37   24    of having a small casing in a very fragile formation and using

13:37   25    long string rather than liner, correct?

BILL AMBROSE - CROSS

13:37  1   A.   Which part of the operation are you talking about?

13:37  2   Q.   I'm talking about in the final days, after total depth was

13:37  3   declared.

13:37  4   A.   I'm having a hard time -- your question is about

13:37  5   circulating rates, but specifically which piece of the

13:37  6   operation?

13:37  7        MR. DEGRAVELLES:  Let's go to tab 3808.196.6.

13:44  8   BY MR. DEGRAVELLES:

13:44  9   Q.   Do you recall that part of the -- when you were talking

13:38  10  about changes that had a contributory role in what happened on

13:38  11  April 20?

13:38  12  A.   Right.

13:38  13  Q.   "Using a lower circulating rate than the parameters

13:38  14  specified to convert the float collar"; correct?

13:38  15  A.   Right.  That's what the clarification -- while converting

13:38  16  the float collar, it was a lower rate than what was required by

13:38  17  the manufacturer.

13:38  18  Q.   Another one of those factors that increased the risk was

13:38  19  "Reducing the cement density with nitrogen foam."

13:38  20        That's the next item on this list, correct?

13:38  21  A.   Yes.

13:38  22  Q.   (As read):  "Using a lesser quality of cement than that

13:38  23  specified in BP procedures"; correct?

13:38  24  A.   "Quantity" not "quality."

13:38  25  Q.   Okay.

**BILL AMBROSE - CROSS**

13:38    1            And "Deciding not to perform a complete bottoms-up

13:38    2    circulation before cementing"; correct?

13:38    3    **A.**    Yes.

13:39    4    **Q.**    Now, also, BP decided not to do a cement bond log,

13:39    5    correct?

13:39    6    **A.**    That's correct.

13:39    7    **Q.**    And a cement bond log is a procedure to test the integrity

13:39    8    of the cement.  Is that true?

13:39    9    **A.**    Over the formations where you could see it, yes.

13:39   10    **Q.**    In fact, BP had done a cement bond log on the previous

13:39   11    three sections, correct?

13:39   12    **A.**    I can't remember the records prior to that day, but -- I'm

13:39   13    not certain.

13:39   14    **Q.**    BP had on the rig a Schlumberger crew that was there to do

13:39   15    a cement bond log, correct?

13:39   16    **A.**    There was one on board, yes.

13:39   17    **Q.**    BP sent them home, correct?

13:39   18    **A.**    I remember they did, yes.

13:39   19    **Q.**    That saved BP time and money, didn't it?

13:39   20    **A.**    I can't qualify the amount of time or money that it saved.

13:39   21    I know that they couldn't see the lower part of the formation

13:39   22    because of where the float was, so they could only see the very

13:39   23    top of the cement.

13:39   24    **Q.**    While you may not be able to quantify the amount of time

13:39   25    and money that it saved BP, sending the Schlumberger crew home

BILL AMBROSE - CROSS

13:39   1   saved BP time and money, didn't it?

13:40   2   A.   It took a step out of the program.

13:40   3   Q.   To answer my question, it saved them time and money.

13:40   4   Correct, sir?

13:40   5   A.   It would have, yes.

13:40   6   Q.   The resulting cement program was minimal in volume,

13:40   7   technically complex, difficult to execute, and left little to

13:40   8   no margin for error, correct?

13:40   9   A.   That's what we found, yes.

13:40   10   Q.   The compromised cement job that you've talked about in

13:40   11   some detail failed and allowed the kick and the blowout; isn't

13:40   12   that correct?

13:40   13   A.   We believe that, yes.

13:40   14   Q.   In fact, you believe the Transocean investigation found

13:40   15   that the precipitating cause of the blowout was the failure of

13:40   16   the cement, correct?

13:40   17   A.   Yes, sir.

13:40   18   Q.   Another point that's made in the investigation is that the

13:40   19   cement was pumped without having a test in hand that showed the

13:40   20   cement was stable, correct?

13:40   21   A.   We couldn't find the compressive strength test.  Yes,

13:40   22   that's correct.

13:40   23   Q.   And so you would agree with me, sir, that it is -- it was

13:41   24   irresponsible on the part of BP to pump the cement on this

13:41   25   final cement job and not have a test result in hand that showed

BILL AMBROSE - CROSS

13:41  1  the cement was stable.  Would you agree with me?

13:41  2  **A.**   I would expect that that test should have been run, sir.

13:41  3  **Q.**   So you agree with my statement that it would be

13:41  4  irresponsible -- it was irresponsible for BP to do it without

13:41  5  the test in hand.  Correct?

13:41  6  **A.**   I don't know irresponsible or not.  They should have had

13:41  7  the test.

13:41  8  **Q.**   It was unacceptable, correct?

13:41  9  **A.**   I believe so, yes.

13:41  10  **Q.**   And it was unacceptable for Halliburton to participate in

13:41  11  pumping the cement without a test result in hand showing that

13:41  12  the cement was stable, correct?

13:41  13  **A.**   I would expect that they would know what was being pumped

13:41  14  downhole, sir.

13:41  15  **Q.**   You would agree with me it is unacceptable -- or it was

13:41  16  unacceptable for Halliburton to participate in the cement job

13:41  17  without there being a test in hand that showed that the cement

13:41  18  was stable, correct?

13:41  19  **A.**   I would agree with that.

13:41  20  **Q.**   Let's talk about the March 8 kick.  This is not just a

13:42  21  kick, but you mentioned earlier it involved a collapsed hole,

13:42  22  correct?

13:42  23  **A.**   I can't remember if it was at that time or not.

13:42  24  **Q.**   There was an event --

13:42  25  **A.**   There was a March 8 kick, yes.

BILL AMBROSE - CROSS

13:42    1    **Q.**   Yeah.  March 8 kick, collapsed hole, stuck pipe bypass,
13:42    2    correct?
13:42    3    **A.**   There you go.
13:42    4    **Q.**   One of the points that you make on the Transocean
13:42    5    investigation is that you believe BP failed to communicate
13:42    6    important information that you thought Transocean ought to have
13:42    7    been made aware of.  Isn't that true?
13:42    8    **A.**   Yes, on some things.
13:42    9           **MR. DEGRAVELLES:**  I would like you to pull up, if you
13:42   10    could, TREX-1072.  And if we could go to the bottom e-mail.
13:44   11    **BY MR. DEGRAVELLES:**
13:44   12    **Q.**   This is an e-mail, sir, from Jonathon Bellow to Stuart
13:42   13    Lacy and others, including John Guide, Mark Hafle, Brian Morel,
13:42   14    and members of the Tiger Team.
13:43   15           Have you seen this e-mail before?
13:43   16    **A.**   I can't recall.  I would have to read more detail.
13:43   17    **Q.**   I will try to refresh your memory.
13:43   18           **MR. DEGRAVELLES:**  If you can, Carl, go to the first
13:43   19    two lines there.
13:44   20    **BY MR. DEGRAVELLES:**
13:44   21    **Q.**   Mr. Jonathon Bellow writes -- and this is on March 12 --
13:43   22    remember our March 8 kick.  We are now four days later, on
13:43   23    March 12.
13:43   24           "As we have some time while we recover from the
13:43   25    Macondo stuck pipe and kick event, I want to spend some time

OFFICIAL TRANSCRIPT

**BILL AMBROSE - CROSS**

13:43  1    reevaluating how we manage real time pore pressure detection

13:43  2    for Macondo-type wells."

13:43  3         Did I read that correctly?

13:43  4    **A.**   Yes.

13:43  5         **MR. DEGRAVELLES:**  If you could go, Carl, in that same

13:43  6    e-mail, the subject area.

13:43  7         **MS. KARIS:**  Your Honor, I'm going to object to

13:43  8    foundation on the use of this document with this witness

13:43  9    without having established he has ever seen it before.  And

13:43  10   this witness has previously testified he has not monitored or

13:43  11   followed any of the depositions or the use of these documents.

13:43  12   So there's no foundation for testifying about these documents.

13:43  13   He's not copied on them.  It's an internal BP document.  He has

13:44  14   no basis for speaking to what these people are talking about.

13:44  15        **MR. DEGRAVELLES:**  My whole point, Judge, is this is

13:44  16   exactly the kind of thing that BP should have told.  He didn't

13:44  17   get it.  That's the point.

13:44  18        **THE COURT:**  What was the date of this e-mail?

13:44  19        **MR. DEGRAVELLES:**  This is March 12, 2010.

13:44  20        **THE COURT:**  I overrule the objection.

13:44  21   BY MR. DEGRAVELLES:

13:44  22   **Q.**   It is true, is it not, that the subject is "Some thoughts

13:44  23   and help requested, PP detection Macondo"?

13:44  24        Did I read that correctly?

13:44  25   **A.**   Yes.

BILL AMBROSE - CROSS

13:44    1           MR. DEGRAVELLES:  If we could go to the top of that

13:44    2    same exhibit, TREX-1072.

13:44    3    BY MR. DEGRAVELLES:

13:44    4    Q.   Do you see --

13:44    5           MS. KARIS:  Your Honor, I'm going to renew my

13:44    6    objection.  I don't think this witness knows whether Transocean

13:44    7    got this document.  This definitely isn't one of the documents

13:44    8    he speaks to in his report.

13:44    9           THE COURT:  I'm going to renew my overruling of your

13:44   10    objection.

13:44   11           MS. KARIS:  Fair enough.  Thank you.

13:44   12    BY MR. DEGRAVELLES:

13:44   13    Q.   Do you see that Mr. Lacy, on the same date, March 12,

13:44   14    2010, responds to Mr. Bellow?  Do you see that?  Same subject

13:45   15    line, same document?

13:45   16    A.   Yes.

13:45   17           MR. DEGRAVELLES:  If you could put up the highlighted

13:45   18    portion to that e-mail.

13:44   19    BY MR. DEGRAVELLES:

13:44   20    Q.   Mr. Lacy says:  "Likewise, drilling like a bat out of hell

13:45   21    in these PP narrow-window wells is perhaps not wise, especially

13:45   22    considering the drilling is a relatively low percentage of the

13:45   23    total time of these wells."

13:45   24           Did I did read that correctly?

13:45   25    A.   It states that.

BILL AMBROSE - CROSS

13:45   1   Q.   Do you believe, sir, that it would have been important for
13:45   2   Transocean to know that at least from the point of view of this
13:45   3   geologist on the Tiger Team, that BP was "drilling like a bat
13:45   4   out of hell" in pore pressure narrow-window -- this pore
13:45   5   pressure narrow-window well?
13:45   6   A.   You have to know how fast you are supposed to drill in
13:46   7   order to prevent things like that from happening.  So that's
13:46   8   good information to have.
13:46   9   Q.   That would have been something that would have been good
13:46  10   for Transocean to know, correct, sir?
13:46  11   A.   Yes.
13:46  12          MR. DEGRAVELLES:  Let's go, then, to TREX-214.  And
13:46  13   if you could highlight the . . .
13:44  14   BY MR. DEGRAVELLES:
13:44  15   Q.   Do you see that this is an e-mail from Robert Bodek dated
13:46  16   March 18, 2010, to Mr. Bellow, Mr. Lacy, and the same folks
13:46  17   that were on the earlier e-mail?  Do you see that?
13:46  18   A.   Yes.
13:46  19          MR. DEGRAVELLES:  Then if you could highlight the
13:46  20   text of that e-mail.
13:44  21   BY MR. DEGRAVELLES:
13:44  22   Q.   "I've collated the responses to John's original e-mail
13:46  23   below.  Please browse the attached lessons learned/plan forward
13:46  24   document and provide feedback should you feel obliged."
13:46  25          Did I read that correctly?

BILL AMBROSE - CROSS

13:46    1    **A.**   It states that.

13:46    2           **MR. DEGRAVELLES:**   If you could go to the next page.

13:44    3    **BY MR. DEGRAVELLES:**

13:44    4    **Q.**   Do you see that he attaches lessons learned and path

13:46    5    forward:  Macondo subsurface NPT events.

13:47    6           Do you see that?

13:47    7    **A.**   Yes.

13:47    8           **MR. DEGRAVELLES:**   If you could go to the next page,

13:47    9    and specifically Item 3.

13:44    10    **BY MR. DEGRAVELLES:**

13:44    11    **Q.**   "The application of some traditional exploration drilling

13:47    12    practices needs to be considered.  In wells with narrow

13:47    13    drilling margins, drilling techniques such as drilling at

13:47    14    reduced ROP, only having one connection in the hole at one

13:47    15    time, simulating connections, performing flow checks when a

13:47    16    sand interval is cut, and circulating to manage ECD should be

13:47    17    employed."

13:47    18           Did I read that correctly?

13:47    19    **A.**   That's what it states.

13:47    20    **Q.**   And with respect to that first suggestion where it says

13:47    21    "drilling techniques such as drilling at reduced ROP," ROP is

13:47    22    rate of penetration?

13:47    23    **A.**   That's correct.

13:47    24    **Q.**   That is a measure of drilling speed, correct, sir?

13:47    25    **A.**   Yes.

BILL AMBROSE - CROSS

13:47 1 **Q.** What he is suggesting is that BP needs to slow down its

13:47 2 drilling, isn't he, sir?

13:47 3 **A.** In conditions for tight ECD margins, that's what it's

13:47 4 suggesting, yes.

13:47 5 **Q.** This is a well with tight ECD margins, correct, sir?

13:48 6 **A.** It was.

13:48 7 MR. DEGRAVELLES: If we could go to item -- the next

13:48 8 item.

13:44 9 BY MR. DEGRAVELLES:

13:44 10 **Q.** "I would like to propose the following for the remainder

13:48 11 of the Macondo well."

13:48 12 MR. DEGRAVELLES: Then go to the next page, which is

13:48 13 6.

13:44 14 BY MR. DEGRAVELLES:

13:44 15 **Q.** "Rate of penetration is such that all aforementioned

13:48 16 indicators can be adequately evaluated in realtime."

13:48 17 Do you see that?

13:48 18 **A.** Yes.

13:48 19 **Q.** What he is saying here, is he not, sir, is that you need

13:48 20 to slow down the drilling so that our Tiger Team can have time

13:48 21 to interpret the data and give you that data in time for you to

13:48 22 use it to avoid kicks and losses. Correct, sir?

13:48 23 **A.** I believe that's the direction this is recommending, yes.

13:48 24 **Q.** Do you know who Martin Albertin is?

13:48 25 **A.** No, sir.

6106

BILL AMBROSE - CROSS

13:48  1   **Q.**   A member of the Tiger Team, a geophysicist.  You have not

13:48  2   heard that name?

13:48  3   **A.**   I do not know him.

13:49  4   **Q.**   We are going to pass on Mr. Albertin, then.

13:49  5          You noticed that when Mr. Bodek sent that e-mail out,

13:49  6   he sent it to a number of people asking for feedback, correct?

13:49  7   Do you remember that?

13:49  8   **A.**   There were several people on it, yes.

13:49  9          **MR. DEGRAVELLES:**  If you could go to TREX-1136.  If

13:49  10  we could go to the section on top.

13:44  11  **BY MR. DEGRAVELLES:**

13:44  12  **Q.**   This is from Kate Paine, an independent consultant who is

13:49  13  a member of the Tiger Team, in an e-mail dated March 19.

13:49  14  "Subject:  Lesson learned/plan forward, Macondo."

13:49  15         Have you seen this before, sir?

13:49  16  **A.**   I don't remember that I have seen this.

13:49  17         **MR. DEGRAVELLES:**  In response to the feedback

13:49  18  requested by Mr. Bodek, could you please pull out the

13:49  19  highlight, Carl.

13:53  20  **BY MR. DEGRAVELLES:**

13:49  21  **Q.**   "After deciding to drill ahead, we encountered the losses.

13:49  22  We were aware of the upper limit of the ECD and exceeded it

13:50  23  because we didn't believe the MWD LOT values.  I'm not sure it

13:50  24  was a lack of communication or awareness as much as a 'we can

13:50  25  get away with this' attitude."

**BILL AMBROSE - CROSS**

13:50    1             Did I read that correctly?

13:50    2    **A.**    That's what it states.

13:50    3    **Q.**    Do you think Transocean would have wanted to know that BP

13:50    4    was drilling like a bat out of hell in a narrow-margin well

13:50    5    because of a "we can get away with it" attitude?

13:50    6    **A.**    If you are proceeding too fast it's a good thing to know,

13:50    7    sir.

13:50    8    **Q.**    That information would have been important for Transocean

13:50    9    to know, correct?

13:50   10    **A.**    Yes.

13:50   11    **Q.**    This is not information -- until I just shared it with

13:50   12    you -- that you had ever seen, correct, as part of your

13:50   13    investigation?

13:50   14    **A.**    I don't personally remember seeing it.  Others in my

13:50   15    investigation team may have, but I don't remember seeing it.

13:50   16    **Q.**    All right.  Let's go and talk about the temporary

13:50   17    abandonment decisions for a minute.

13:50   18             BP devised five temporary abandonment plans between

13:51   19    April 14 and April 20 without assessing the increasing risks.

13:51   20    Isn't that true, sir?

13:51   21    **A.**    That's what we found.

13:51   22    **Q.**    You believe that the final temporary abandonment plan

13:51   23    contained unnecessary risks that were not subject to a formal

13:51   24    risk assessment.  Isn't that true?

13:51   25    **A.**    Yes.

BILL AMBROSE - CROSS

13:51   1         MR. DEGRAVELLES:  If we could pull up

13:51   2    TREX-3808.66.13.

13:53   3    BY MR. DEGRAVELLES:

13:53   4    Q.   From your report, sir, it says:  "The following outlines

13:51   5    the investigation team's finding that BP's final temporary

13:51   6    abandonment plan contributed to the cause of this incident.  In

13:51   7    summary:"

13:51   8              And I'm going to go through one by one and ask you

13:51   9    some specific questions.

13:51   10              First bullet point:  "Confusion existed among BP

13:51   11   personnel as to the proper design of the temporary abandonment

13:51   12   plan."

13:51   13              That was the finding that your investigation

13:51   14   had, correct?

13:51   15   A.   It was.

13:52   16   Q.   This confusion was one of the things that you believed, or

13:52   17   your investigation concluded, was a cause of the incident,

13:52   18   correct?

13:52   19   A.   Yes.  Some things got out of order in the procedure.

13:52   20   Q.   All right.  We are going to come back to that in a moment.

13:52   21              The second bullet point:  "The operator did not

13:52   22   inform its own well site leader or the drill crew of the final

13:52   23   temporary abandonment plan until after the work had commenced;

13:52   24   there is no evidence that the associated risks were

13:52   25   communicated to the drill crew."

**BILL AMBROSE - CROSS**

13:52   1          Correct?

13:52   2   **A.**    Yes.

13:52   3   **Q.**    That is unacceptable behavior for an operator in the oil

13:52   4   and gas field in the Gulf of Mexico, is it not, sir?

13:52   5   **A.**    We need to know what the plan is before we go.

13:52   6   **Q.**    Next bullet point:  "Risk resulting from the questionable

13:52   7   cement operations and float collar conversion were not

13:52   8   adequately accounted for by the operator."

13:52   9          Correct?

13:52   10  **A.**    Yes.  That's what it states.

13:52   11  **Q.**    That was a contributing factor?

13:52   12  **A.**    Yes.

13:52   13  **Q.**    Next one:  "The decision to displace and set a surface

13:52   14  cement plug in seawater rather than heavy drilling mud exposed

13:52   15  the well to an underbalanced state prior to the installation of

13:53   16  a secondary cement barrier."

13:53   17          That was a finding of the investigation?

13:53   18  **A.**    It was.

13:53   19  **Q.**    That is irresponsible and unacceptable, isn't it, sir?

13:53   20  **A.**    It was something that we believe was missed in assessing

13:53   21  risk of changing those procedures.

13:53   22  **Q.**    It should have been done, correct?

13:53   23  **A.**    A second barrier, we believe, should have been in place.

13:53   24  **Q.**    And was not done, was it?

13:53   25  **A.**    No, it was not.

6110

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 13:53 | 1 | **Q.**   Next bullet point:  "The underbalance was magnified |
| 13:53 | 2 | significantly by the decision to place the plug 3300 feet below |
| 13:53 | 3 | the mud line." |
| 13:53 | 4 | That was a finding of your investigation? |
| 13:53 | 5 | **A.**   Yes, sir. |
| 13:53 | 6 | **Q.**   And you found it to be a contributing factor to the |
| 13:53 | 7 | blowout? |
| 13:53 | 8 | **A.**   The magnitude, yes, sir. |
| 13:53 | 9 | **Q.**   Next bullet point:  "The final procedure was never |
| 13:53 | 10 | approved by MMS." |
| 13:53 | 11 | That was a finding of the Transocean investigation, |
| 13:53 | 12 | correct, sir? |
| 13:53 | 13 | **A.**   Based on the evidence available to us, yes. |
| 13:53 | 14 | **Q.**   That's not only irresponsible, that's illegal, isn't it, |
| 13:53 | 15 | sir? |
| 13:53 | 16 | **A.**   I don't know the legalities of it. |
| 13:53 | 17 | **MS. KARIS:**  Object to form and foundation. |
| 13:53 | 18 | **THE COURT:**  I sustain the objection. |
| 13:53 | 19 | BY MR. DEGRAVELLES: |
| 13:53 | 20 | **Q.**   Next item is:  "The final 'procedure' was merely a |
| 13:53 | 21 | bullet-point outline with minimal detail, as denoted by its |
| 13:54 | 22 | title:  'Quick Ops Note.'" |
| 13:54 | 23 | Did I read it correctly? |
| 13:54 | 24 | **A.**   Yes, sir. |
| 13:54 | 25 | **Q.**   That was a finding that you believe -- or that Transocean |

OFFICIAL TRANSCRIPT

**BILL AMBROSE - CROSS**

13:54   1   believed was a contributing factor, correct?

13:54   2   **A.**   Yes, sir.

13:54   3   **Q.**   Then the last bullet point:  "The team found no evidence

13:54   4   that formal risk assessments were conducted on the viability,

13:54   5   safety, and alternative approaches to the various plans."

13:54   6         Did I read that correctly?

13:54   7   **A.**   That's correct.

13:54   8   **Q.**   Now, do you know who Greg Walz was?

13:54   9   **A.**   I'm sorry.  Say that name again.

13:54   10   **Q.**   Greg Walz, W-A-L-Z.

13:54   11   **A.**   It's a familiar name.  I'm sure I've heard it before.

13:54   12   **Q.**   Were you aware that Mr. Walz was the DP drilling

13:54   13   engineering team leader for the Macondo well?

13:54   14   **A.**   I remember him being a BP employee.  I don't know his -- I

13:54   15   can't remember his position.

13:54   16   **Q.**   Were you aware that Mr. Walz told BP investigators that he

13:54   17   had been concerned about the last-minute changes that your

13:54   18   investigation found to have been made?

13:55   19   **A.**   I believe I remember reading some things along those

13:55   20   lines.

13:55   21         **MR. DEGRAVELLES:**  If you could, pull up

13:55   22   TREX-1694.1.1.

13:57   23   **BY MR. DEGRAVELLES:**

13:57   24   **Q.**   You talked about confusion among the engineers.  I want to

13:55   25   direct your attention to an e-mail dated April 17, 2010, from

BILL AMBROSE - CROSS

```
13:55    1   John Guide to David Sims.
13:55    2           I'm going to read pertinent portions of this, and
13:55    3   then I'm going to ask you some questions about it, Mr. Ambrose.
13:55    4           "David, over the past four days there has been
13:55    5   so many last-minute changes to the operation that the WSLs have
13:55    6   finally come to their wits' end.  The quote is 'flying by the
13:55    7   seat of our pants' . . . . Brian has called me numerous times
13:55    8   trying to make sense out of all of this insanity.
13:55    9           "What is my authority?  With the separation of
13:55   10   engineering and operations I do not know what I can and can't
13:55   11   do.  The operation is not going to succeed if we continue in
13:55   12   this manner."
13:56   13           Did I read this correctly?
13:56   14   A.   Yes.
13:56   15   Q.   Had you seen this one before?
13:56   16   A.   I've seen this before.
13:56   17   Q.   Is this part of the foundation for the opinion of the
13:56   18   Transocean investigation that there was confusion among the
13:56   19   engineers in the last days prior to this blowout?
13:56   20   A.   It's a piece of it, yes.
13:56   21   Q.   Is this something that you believed Transocean should have
13:56   22   been aware of, was the kind of dysfunction that we see
13:56   23   reflected in this e-mail?
13:56   24   A.   I don't know that we would necessarily need to understand
13:56   25   the inner workings of BP, but I think we should have at least
```

BILL AMBROSE - CROSS

13:56  1    understood some of the decisions and some of the concerns that

13:56  2    people had about cement or the procedure or those types of

13:56  3    things.  It helps to understand what the overall situation is.

13:56  4              MR. DEGRAVELLES:  If we could go to TREX-126.1.1.

13:57  5              This is a different one, Carl.  This is an

13:57  6    e-mail.

13:57  7              Yeah.  First of all, go into the -- who wrote

13:57  8    the e-mail, the bottom e-mail, if you can.

13:57  9              This is an e-mail from Brian Morel to Richard

13:57  10   Miller dated April 14, 2010.

13:57  11             If you could pull out the last sentence of that

13:57  12   e-mail.

13:57  13   BY MR. DEGRAVELLES:

13:57  14   Q.   Do you see in the last sentence, sir, that Mr. Morel says,

13:57  15   "Sorry for the late notice.  This has been a nightmare well

13:57  16   which has everyone all over the place"?

13:58  17             Did I read that correctly?

13:58  18   A.   That's what it states.

13:58  19   Q.   This is also, I assume, a part of the foundation for your

13:58  20   conclusion or Transocean's conclusion that we had confusion

13:58  21   among the engineers, correct?

13:58  22   A.   Ours was more geared towards the change of that procedure.

13:58  23   I don't know that we based it on this particular e-mail.

13:58  24   Q.   All right.  Well, then go to the one next above it from

13:58  25   Richard Miller back to Brian Morel in response.  He says:  "We

**BILL AMBROSE - CROSS**

13:58   1   have flipped the design parameters around to the point that I
13:58   2   got nervous."
13:58   3          Did I read that correctly?
13:58   4   A.   Yes.
13:58   5   Q.   That certainly supports the concern that you had as
13:58   6   expressed in the Transocean investigation about the confusion
13:58   7   among the engineers, correct?
13:58   8   A.   It would.
13:58   9   Q.   Then if you could go to that last from Hafle to Richard
13:58  10   Miller.  "Thanks, Rich.  This has been a crazy well for sure."
13:58  11          Do you see that?
13:58  12   A.   Yes.
13:58  13   Q.   Let's talk about -- I know that there was a good bit of
13:58  14   discussion in the investigation about the issue of long strings
13:59  15   versus liner, correct?
13:59  16   A.   Yes, there was.
13:59  17   Q.   You are aware that over the course of four days, BP
13:59  18   flipped its decision three different times as to whether they
13:59  19   were going to use long string or liner?
13:59  20   A.   I know there were several decision points that went back
13:59  21   and forth.
13:59  22   Q.   You're aware that BP did not involve Transocean in any of
13:59  23   those decisions; is that correct?
13:59  24   A.   No.  That's not a decision that we would normally be
13:59  25   involved in from a well design standpoint.

BILL AMBROSE - CROSS

13:59  1        MR. DEGRAVELLES:  All right.  If we could go to
13:59  2   TREX-3808.34.16.
13:59  3   BY MR. DEGRAVELLES:
13:59  4   Q.   Now, this is a part of your report in which you state:
13:59  5   "The advantages of running a liner over a conventional
13:59  6   long-string casing."
13:59  7        Correct?
13:59  8   A.   Yes.
13:59  9   Q.   I'm not going to go into each of these, but there is a
13:59 10   catalog of, looks like, six different points of advantage of
13:59 11   running the liner over the long string, correct?
14:00 12   A.   Yes, about six.
14:00 13   Q.   Did I count six?
14:00 14   A.   Yes, six.  Sorry, I had to count.
14:00 15   Q.   No problem.  Don't trust me.  Verify it.
14:00 16        MR. DEGRAVELLES:  Let's go to then TREX-3808.35.17.
14:00 17   BY MR. DEGRAVELLES:
14:00 18   Q.   "The use of the design, however, drove other plan
14:00 19   departures that ultimately increased risk and contributed to
14:00 20   the incident."
14:00 21        You're talking about the long string versus the
14:00 22   liner, correct?
14:00 23   A.   Yes, sir.
14:00 24   Q.   It increased the risk and contributed to the incident,
14:00 25   correct?

BILL AMBROSE - CROSS

14:00 1    A.   Yes.

14:00 2    Q.   Were you aware, sir, that the decision to go with long

14:00 3    string rather than liner saved BP 7 to $10 million?

14:00 4    A.   I have heard that number before.

14:00 5         MR. DEGRAVELLES:  If we could go to TREX-1693.2.1.

14:01 6    BY MR. DEGRAVELLES:

14:01 7    Q.   This is from a memorandum of change analysis that was

14:01 8    done.  Have you seen this document before?

14:01 9    A.   Yes.

14:01 10   Q.   All right.  It does say:  "The liner, if required, is also

14:01 11   an acceptable option but will add an additional 7 to

14:01 12   $10 million to the completion cost."

14:01 13        Did I read that correctly?

14:01 14   A.   It's blurry, but I think that's what it says.

14:01 15   Q.   BP's decision to use long-string production casing led to

14:01 16   the need for a more complex cement job with little room for

14:01 17   error; isn't that true?

14:01 18   A.   That's what we found, yes.

14:01 19        MR. DEGRAVELLES:  Take that one down.

14:01 20   BY MR. DEGRAVELLES:

14:01 21   Q.   And let's just talk for a minute about the centralization

14:01 22   of the well.

14:01 23        Without regard to the question of whether 21 or 6 or

14:01 24   what other number should have been used for centralizers, did

14:01 25   the Transocean investigation conclude that centralization above

BILL AMBROSE - CROSS

14:01   1    the production formations was poor and, therefore, gave an
14:01   2    increased probability of channeling contamination?
14:02   3    A.   We found that there was likely a contaminate or channeling
14:02   4    above where the centralizers were.
14:02   5    Q.   And specifically, though -- and I'm reading from -- if I
14:02   6    need to pull it up, it's 3808.35.18.  "Centralization above the
14:02   7    production formations was poor and, therefore, gave an
14:02   8    increased probability of channeling contamination."
14:02   9         Did I read that correctly?
14:02   10   A.   Yes, that's correct.
14:02   11   Q.   That was a finding of the Transocean investigation,
14:02   12   correct?
14:02   13   A.   Yes.
14:02   14        MR. DEGRAVELLES:  You can take that down, Carl.
14:02   15   BY MR. DEGRAVELLES:
14:02   16   Q.   You are also aware that on the night when they were doing
14:02   17   the displacement, there were a number of simultaneous
14:02   18   operations going on, correct?
14:02   19   A.   Before the negative test, yes.
14:02   20        MR. DEGRAVELLES:  If you could pull up -- I believe
14:02   21   it's a Halliburton Exhibit 8167.1.  D-8167.1.
14:03   22   BY MR. DEGRAVELLES:
14:03   23   Q.   If you would take a moment and see if you agree with me
14:03   24   that during displacement the items listed on this document
14:03   25   were, in fact, going on.

BILL AMBROSE - CROSS

14:03  1    **A.**   I would say all of these items were done that day, but
14:03  2    they were not all going on at the same time.  A lot of them
14:03  3    were sequential.  So it's not really correct to put them all
14:03  4    together like that.
14:03  5    **Q.**   Were they going on during displacement, sir?
14:03  6    **A.**   Not all of them, no.
14:03  7    **Q.**   Why don't you tell me which ones were going on at the same
14:03  8    time then.
14:03  9    **A.**   Let's go in order here.  So before the negative tests,
14:03  10   they were transferring between pits and going to the banks, and
14:04  11   that's really the period of time when there was what we call
14:04  12   simultaneous operations.
14:04  13        Things like emptying of the sand traps during
14:04  14   displacement, we found that that was actually done while they
14:04  15   were waiting for the negative pressure test.  We don't think
14:04  16   that that was done during that final displacement from our --
14:04  17   the best of my recollection of our records.
14:04  18        The divert fluids overboard, bypassing Sperry's
14:04  19   sensor, they actually shut down pumping operations, then made
14:04  20   that change, then began pumping again, which was the standard
14:04  21   sequential sequence there.
14:04  22        Crane operations go on on the rig all the time.  So,
14:04  23   I mean, in our terms that's not simultaneous operations.
14:04  24   That's more normal operations, and sometimes you have to ask
14:04  25   the crane to stop, but that's a normal type of operation on the

BILL AMBROSE - CROSS

14:04    1    rig.

14:04    2              I don't know the basis for the last bullet point.

14:04    3    Q.   All right.  Let's go then -- let's talk about --

14:05    4              MR. DEGRAVELLES:  If you pull that one down.

14:05    5    BY MR. DEGRAVELLES:

14:05    6    Q.   Let's talk about cumulative lack of barriers to flow.

14:05    7              Did your investigation find that a significant

14:05    8    deficiency in the final plan was the cumulative lack of

14:05    9    barriers to flow?

14:05   10    A.   Again, there were not two barriers in place, that's

14:05   11    correct.

14:05   12    Q.   That was a significant deficiency, correct?

14:05   13    A.   We should -- there should have been two barriers in place.

14:05   14    Q.   To answer my question, that was a significant deficiency,

14:05   15    correct?

14:05   16    A.   Yes.

14:05   17    Q.   The final plan required displacing the drilling mud to a

14:05   18    depth of 8367 feet, which was about 3300 feet below the mud

14:05   19    line, correct?

14:05   20    A.   Yes.  That was the change that really removed that second

14:05   21    barrier.  Your primary barrier is the mud, and when they

14:05   22    decided to displace before setting the cement plug, that's when

14:05   23    the barrier order changed.

14:05   24    Q.   That was much greater than the normal displacement depth

14:05   25    of between zero to 1000 feet below the mud line, correct?

BILL AMBROSE - CROSS

14:06  1   **A.**   Yes, that's correct.

14:06  2   **Q.**   In addition, the plan removed the mud before testing the

14:06  3   cement barrier with a negative pressure test and before setting

14:06  4   the cement -- surface cement plug, correct?

14:06  5   **A.**   Yes, that's correct.

14:06  6   **Q.**   The result of that is that there was no secondary barrier

14:06  7   in place during the negative pressure test and displacement,

14:06  8   correct?

14:06  9   **A.**   That's correct.

14:06  10  **Q.**   Now, that, sir, is unacceptable oil field practice.  Isn't

14:06  11  it true, sir?

14:06  12  **A.**   You needed to have two barriers, sir.

14:06  13  **Q.**   To answer my question, that's unacceptable, correct?

14:06  14  **A.**   By our requirements, yes, it's unacceptable.

14:06  15          **MR. DEGRAVELLES:**  If we could then go to pull up

14:06  16  D-2445, which is TREX-20001.020.

14:06  17  **BY MR. DEGRAVELLES:**

14:06  18  **Q.**   I'm going to tell you that this is a graph made as a part

14:06  19  of a report by Dr. Bob Bea.  I want to go through these items

14:06  20  and see if you agree with -- I think you probably talked about

14:06  21  some of these things already -- where he says these are

14:07  22  decisions that were made by BP which increase risks and also

14:07  23  saved time and money for BP.

14:07  24          Do you agree that not using the correct number of

14:07  25  centralizers increased risk and saved time and money on the

BILL AMBROSE - CROSS

14:07  1    part of BP?

14:07  2    **A.**   It would have increased the chance of channeling, so yes.

14:07  3    **Q.**   So it did increase risk?

14:07  4    **A.**   Yes.

14:07  5    **Q.**   It did save time and money, correct?

14:07  6    **A.**   By not having to run them, it did save some hours, yes.

14:07  7    **Q.**   Not waiting for foam stability test increased the risk and

14:07  8    saved time and money, did it not?

14:07  9    **A.**   That would increase the risk by not knowing what you

14:07  10   pumped in the hole.  Proceeding ahead saved some time.

14:07  11   **Q.**   Not running the cement bond log increased the risk and

14:07  12   saved time and money, did it not?

14:07  13   **A.**   This one, maybe not so much the risk, because they

14:07  14   couldn't really see the formations because of the location of

14:07  15   the float collar.  They couldn't get deep enough with that

14:08  16   tool.  Time and money, it did take some steps out of the

14:08  17   program.

14:08  18   **Q.**   Displacing the riser before the cement plug -- I'm sorry,

14:08  19   skipped one.

14:08  20          Using spacer made from lost circulation materials

14:08  21   increased risk and saved time and money, did it not?

14:08  22   **A.**   We think it did increase the risk some because of the way

14:08  23   the pressures behaved in the well.  As far as the time,

14:08  24   probably not; but the money for the disposal, yes.

14:08  25   **Q.**   Displacing the riser before setting the cement plug

**BILL AMBROSE - CROSS**

14:08  1  increased risk and saved time and money, did it not?

14:08  2  **A.**   The risk part, yes; time and money, maybe not.  I don't

14:08  3  know that you can equate that to an increase in time.

14:08  4  **Q.**   Not sure about that one?

14:08  5  **A.**   No.

14:08  6  **Q.**   Not installing additional physical barriers during

14:08  7  temporary abandonment increased risk and saved time and money,

14:08  8  correct?

14:09  9  **A.**   Yes.  We think this was more of a misunderstanding of what

14:09  10  constitutes a barrier, but not having that second barrier

14:09  11  increased the risk.  Not having to make the trip to put it into

14:09  12  the hole would be saving the time to do that.

14:09  13  **Q.**   Not circulating bottoms-up prior to cement job increased

14:09  14  risk and saved BP time and money, did it not?

14:09  15  **A.**   From the standpoint of the hole wasn't conditioned and

14:09  16  cleaned before that, yes.  On the risk part, it made a more

14:09  17  risky cement job, but -- and it would reduce the time.

14:09  18  **Q.**   Using long string casing instead of liner increased the

14:09  19  risk and saved BP time and money, did it not?

14:09  20  **A.**   I remember the decision point presentations, and I

14:09  21  remember it calling out savings and money.

14:09  22  **Q.**   $7 to $10 million?

14:09  23  **A.**   Yes.

14:09  24  **Q.**   I think you disagreed with the simultaneous operations

14:09  25  being performed that evening, but converting the lower ram on

BILL AMBROSE - CROSS

14:09  1  the BOP to a test ram, that was BP's choice, was it not, sir?

14:10  2  A.   It was.

14:10  3  Q.   That increased risk and saved time and money, did it not?

14:10  4  A.   I don't think that that increased risk.  It does save time

14:10  5  in the drilling process, but we still met regulatory

14:10  6  requirements when you had to do that and that change didn't

14:10  7  affect that risk.

14:10  8       MR. DEGRAVELLES:  If we could go to TREX-6120.

14:10  9  BY MR. DEGRAVELLES:

14:10  10  Q.   And do you see --

14:10  11       MR. DEGRAVELLES:  Pull up the top of that so we can

14:10  12  see.

14:10  13  BY MR. DEGRAVELLES:

14:10  14  Q.   This is a letter from Transocean to BP America Production

14:10  15  dated October 11, 2004.  Do you see that?

14:10  16  A.   Yes.

14:10  17  Q.   Do you see that the subject is "Letter agreement for

14:10  18  conversion of a VBR to a test ram"?

14:10  19       MS. KARIS:  Your Honor, I'm going to object to

14:10  20  questions about the BOP.

14:10  21       MR. DEGRAVELLES:  I withdraw the question.

14:10  22       THE COURT:  All right.

14:10  23  BY MR. DEGRAVELLES:

14:11  24  Q.   Thank you, sir.

14:11  25       Let's talk about the day of the accident.  Transocean

BILL AMBROSE - CROSS

14:11     1     had no written policies or procedures for negative pressure
14:11     2     testing, correct?
14:11     3     A.   No, we did not.
14:11     4     Q.   Transocean acknowledges that its employees misinterpreted
14:11     5     the negative pressure tests, correct?
14:11     6     A.   Yes, they misinterpreted it.
14:11     7     Q.   Jason Anderson came up with the notion of "bladder
14:11     8     effect," correct?
14:11     9     A.   We never ran that to ground because we couldn't talk to
14:11    10     the people that were on the drill floor that night.  We have
14:11    11     heard that term, but nobody that we talked to had heard that
14:11    12     term.
14:11    13     Q.   If it was Jason Anderson or anybody else who came up with
14:11    14     the notion of bladder effect, that simply doesn't exist, does
14:11    15     it, sir?
14:11    16     A.   We couldn't find any reference to that term.
14:11    17     Q.   With respect to monitoring the well, Transocean identifies
14:11    18     the driller as the person responsible for monitoring the well
14:11    19     at all times, identifying when the well is to be shut in, and
14:11    20     shutting in the well quickly and safely, correct?
14:11    21     A.   Yes, sir.
14:11    22     Q.   By Transocean's own calculation, this well had flowed
14:12    23     500 barrels into the wellbore by the time that this kick was
14:12    24     detected, correct?
14:12    25     A.   That was the number, yes.

**BILL AMBROSE - CROSS**

14:12  1  **Q.**   There have been other estimates as high as a thousand

14:12  2  barrels, correct?

14:12  3  **A.**   I think you're referring to the BP report, but yes.

14:12  4  **Q.**   I'm just saying, you may not agree with it, but there are

14:12  5  estimates as high as a thousand barrels before the kick was

14:12  6  detected?

14:12  7  **A.**   I have seen that, yes.

14:12  8  **Q.**   You admit that the failure -- Transocean's failure to shut

14:12  9  in the well quickly was a contributing cause to the blowout,

14:12  10  correct?

14:12  11  **A.**   We admit they missed signs during that last hour of

14:12  12  anomalies that should have been acted on.

14:12  13  **Q.**   All right.  But my question is, you admit that the failure

14:12  14  to shut in quickly was a contributing cause to the blowout,

14:12  15  correct?

14:12  16  **A.**   By having not shut in before the hydrocarbons hit the

14:12  17  riser, that's what released the blowout, so yes.

14:12  18  **Q.**   Was that a contributing cause to the blowout?

14:13  19  **A.**   Yes.

14:13  20  **Q.**   Then let's talk about the diversion.  Transocean's well

14:13  21  control handbook states that if gas is expanding in the riser,

14:13  22  then you must divert overboard, correct?

14:13  23  **A.**   It does.

14:13  24  **Q.**   That's to vent the flow safely away from the rig and

14:13  25  personnel, correct?

**BILL AMBROSE - CROSS**

14:13  1  **A.**   Yes.

14:13  2  **Q.**   Although there was a rapid expansion of gas in the riser,

14:13  3  the driller on the *Deepwater Horizon* did not divert overboard,

14:13  4  but rather diverted to the mud-gas separator, correct?

14:13  5  **A.**   We believe that they did divert to the mud-gas separator

14:13  6  by all the evidence that we looked at.

14:13  7  **Q.**   You admit that by diverting to the mud-gas separator, the

14:13  8  Transocean crew created an unsafe situation by venting gas

14:13  9  directly onto the rig.  Isn't that true?

14:13  10  **A.**   Well, it happened relatively quickly, and when they

14:13  11  initially saw a decreasing pressure there towards the end, they

14:13  12  went through the normal responses of closing in the well.  They

14:13  13  closed the upper annular.  And when that -- it didn't capture

14:14  14  the initial gas that went past the BOPs.  So as it started

14:14  15  coming up, they may have thought they had caught it and they

14:14  16  diverted then to the mud-gas separator.

14:14  17       They had done a flow check at that point, because we

14:14  18  saw signals coming in -- fluid coming into the trip tank on the

14:14  19  Sperry data; and unfortunately, that flow rate they saw was

14:14  20  underneath the limit for the mud-gas separator, so they may

14:14  21  have thought it was okay.  We don't know.

14:14  22       But he -- they did go to the mud-gas separator, and

14:14  23  it did exceed the limit of the mud-gas separator.

14:14  24  **Q.**   You admit that by diverting it to the mud-gas separator,

14:14  25  the Transocean crew created an unsafe situation, correct, sir?

BILL AMBROSE - CROSS

14:14  1    A.   By definition of the incident, sir, it was unsafe.

14:14  2    Q.   I'm not talking about the incident, the incident was

14:14  3    unsafe.  I'm talking, do you admit that by diverting to the

14:14  4    mud-gas separator, the Transocean crew created an unsafe

14:14  5    situation?

14:14  6    A.   In this case it should have gone overboard, and it was an

14:15  7    unsafe condition.

14:15  8    Q.   Do you agree that it created an unsafe situation?

14:15  9    A.   I just said it created an unsafe condition.

14:15  10   Q.   Thank you, sir.

14:15  11        You agree that diverting to the mud-gas separator was

14:15  12   a precipitating cause of this accident, do you not?

14:15  13   A.   To the explosion, yes; but to the blowout, no.

14:15  14   Q.   Let's talk about the investigation itself.  I think you

14:15  15   said that you were asked early on, within the first week, to

14:15  16   head this investigation.  True?

14:15  17   A.   Yes.

14:15  18   Q.   The investigation was to gather, review, and analyze the

14:15  19   facts and information surrounding the incident to determine its

14:15  20   causes, correct?

14:15  21   A.   That sounds correct, yes.

14:15  22   Q.   You would agree with me that an investigation into the

14:15  23   causes of an accident this serious, this complex, you would

14:15  24   have to consider all of the causes, not just the immediate

14:15  25   causes, correct?

BILL AMBROSE - CROSS

14:15  1    A.    Yes.  We looked at the facts around the case and what

14:15  2    caused it.

14:15  3    Q.    Not just immediate causes, but underlying causes and root

14:16  4    causes, correct?

14:16  5    A.    That's what we were looking for.

14:16  6    Q.    Indeed, that's what Transocean's health and safety

14:16  7    policies and procedure manuals requires in any Level 1

14:16  8    accident, correct?

14:16  9    A.    Yes.

14:16  10   Q.    Despite that fact, Transocean never looked at process

14:16  11   safety causes, did they, sir?  I'm talking about Transocean's.

14:16  12   I know you looked at BP's process safety.  But Transocean never

14:16  13   looked at Transocean's process safety problems, did they, sir?

14:16  14   A.    I wouldn't say it was excluded.  I'm not certain what

14:16  15   particular part you are talking about that we did not look at.

14:16  16   Q.    I'm talking about I looked at that long report, and I

14:16  17   didn't see any discussion whatsoever about Transocean's process

14:16  18   safety.  Did I miss something, Mr. Ambrose?

14:16  19   A.    Well, we did look at maintenance.  We did look at the BOP,

14:16  20   the fire and gas system, the sensors and did they work, did

14:17  21   they sound the general alarm.  Those are the kinds of pieces of

14:17  22   process safety that we are responsible for, and we did look

14:17  23   into that.

14:17  24   Q.    You did not look at Transocean's systemic problems and

14:17  25   whether they played a contributing role in this accident, did

BILL AMBROSE - CROSS

14:17   1   you, sir?

14:17   2   A.   I'm sure we looked at a lot of things.

14:17   3   Q.   You didn't look at that, though, did you, Mr. Ambrose?

14:17   4   A.   Systemic problems?

14:17   5   Q.   Yes, sir.

14:17   6   A.   If you can give me an example of what you are talking

14:17   7   about.

14:17   8   Q.   I intend to in a moment, but let's just ask this next

14:17   9   question.  There was no examination of whether Transocean's

14:17  10   management failures made any kind of contributing role in this

14:17  11   accident; isn't that true?

14:17  12   A.   No.  We didn't limit ourselves to just what happened on

14:17  13   the rig.  We looked at training.  All the rig crew had all

14:17  14   their training.  There was one or two junior crew levels that

14:17  15   didn't have a well control certificate, but they weren't in

14:17  16   charge of anything.  We didn't see anything with regards to the

14:18  17   management system that had an impact here.

14:18  18        I wish I could point to one thing that we could say

14:18  19   that's it and we could fix it, but we couldn't.  We did make --

14:18  20   Q.   I'm sorry.  Go ahead.

14:18  21   A.   We looked at these kind of incidents.  We want to make a

14:18  22   few changes or improvements, and we did do that with regards to

14:18  23   giving guidelines to people with negative pressure tests

14:18  24   because we realized we didn't have guidelines.  So in the

14:18  25   absence of somebody giving us those guidelines, now we have

BILL AMBROSE - CROSS

14:18  1   firm guidelines for those negative pressure test procedures.
14:18  2   We have clarified exactly what can and cannot be constituted as
14:18  3   a barrier.
14:18  4        So we have looked at those things, but they are all
14:18  5   pieces that were already in our management system that we have
14:18  6   now clarified further, but they were all there.  So there's
14:18  7   just not one thing that I can point to.
14:18  8   **Q.**  So it was the conclusion of the Transocean investigation
14:18  9   that there were no management failures that contributed to this
14:18  10  accident; is that true, sir?
14:18  11       **MS. CLINGMAN:**  Your Honor, I object.  It's been asked
14:18  12  and answered.
14:19  13       **THE COURT:**  Overruled.
14:19  14       **THE WITNESS:**  We didn't find any.
14:19  15  BY MR. DEGRAVELLES:
14:19  16  **Q.**  You found no significant systemic safety problems that
14:19  17  played any contributing role in this accident, correct?
14:19  18  **A.**  No, sir.
14:19  19       **MR. DEGRAVELLES:**  Let's go to TREX-5479.  Pull into
14:19  20  the top there, Carl.
14:19  21  BY MR. DEGRAVELLES:
14:19  22  **Q.**  This is an e-mail that went to, among others, you,
14:19  23  correct, dated May 20, 2009; is that correct?
14:19  24  **A.**  It looks like it, yes.
14:19  25  **Q.**  The subject is -- even though this is a May 20, 2009

BILL AMBROSE - CROSS

14:19  1  e-mail, its subject is a "2004 Task Planning and Risk

14:19  2  Management Survey Questionnaire."  Do you see that?

14:19  3  A.  Yes.

14:19  4  Q.  This actually attached to the e-mail a December 2004

14:19  5  survey of how task planning and risk management is being

14:20  6  conducted on rigs globally, did it not, sir?

14:20  7  A.  I can't remember what was attached to it.  It was a long

14:20  8  time ago.

14:20  9        MR. DEGRAVELLES:  If you could then go to the second

14:20  10  page at the top.  Just enlarge that.

14:20  11  BY MR. DEGRAVELLES:

14:20  12  Q.  Do you see the first paragraph says, "As you know, in

14:20  13  December 2004 we carried out a survey of how task planning and

14:20  14  risk management is being conducted on our rigs globally"?

14:20  15        Then you say in the second paragraph:  "Please ensure

14:20  16  that the attached results of the survey are distributed within

14:20  17  your unit."

14:20  18        Do you see that?

14:20  19  A.  Yes.

14:20  20  Q.  So does that refresh your recollection that in this e-mail

14:20  21  from Mr. Cabucio to you and others, the 2004 survey

14:21  22  questionnaire was attached?

14:21  23  A.  Yes.

14:21  24        MR. DEGRAVELLES:  Let's go back to page 1 and pull up

14:21  25  the first paragraph.

BILL AMBROSE - CROSS

14:21    1    BY MR. DEGRAVELLES:

14:21    2    Q.    These are a bunch of acronyms, and the judge has already

14:21    3    expressed some unhappiness about acronyms, so we have to get

14:21    4    you to interpret as we go through this first paragraph.

14:21    5             "During the recent Q1 PMAA conference call, the TSTPs

14:21    6    and THINK plans were noted to be of mixed quality, and the use

14:21    7    of the SLT was in some instances not progressing as well as it

14:21    8    could."

14:21    9             Did I read that correctly?

14:21   10    A.    That's what it states.

14:21   11    Q.    Can you interpret what all those letters mean.

14:21   12    A.    PMAA is our performance monitoring audit and assessment

14:21   13    process, so that was a conference call to discuss that, it

14:22   14    looks like.

14:22   15    Q.    Uh-huh.

14:22   16    A.    TSTPs are task-specific THINK plans.  And THINK is our

14:22   17    acronym for risk assessment.

14:22   18    Q.    He notes the conference call you had showed that the TSTPs

14:22   19    and the THINK plans were of mixed quality.

14:22   20             He goes on to say:  "I had a moment of déjà vu while

14:22   21    listening to each of you provide feedback in these areas.

14:22   22             "In late 2004, we carried out a survey with the OIMs

14:22   23    related to these very same topics.  Bob Scott and Steve Newman

14:22   24    at the time were frustrated with our results, and we recognized

14:22   25    the difficulties we were experiencing with the task planning

6133

**BILL AMBROSE - CROSS**

| | | |
|---|---|---|
| 14:22 | 1 | and risk management." |
| 14:22 | 2 |       Did I read that correctly? |
| 14:22 | 3 | **A.**   That's what it states. |
| 14:22 | 4 | **Q.**   Do you remember that e-mail? |
| 14:22 | 5 | **A.**   Honestly, I don't, sir. |
| 14:22 | 6 | **Q.**   Do you remember -- who is Mr. Cabucio? |
| 14:22 | 7 | **A.**   At the time I believe he was our director of QHSE.  I |
| 14:23 | 8 | can't remember his exact title. |
| 14:23 | 9 | **Q.**   That's health, safety, and environment? |
| 14:23 | 10 | **A.**   Yes. |
| 14:23 | 11 | **Q.**   Is that sort of another acronym for the head safety guy? |
| 14:23 | 12 | **A.**   He wasn't the vice president of QHSE, but he was our |
| 14:23 | 13 | director. |
| 14:23 | 14 | **Q.**   Safety director above you, correct? |
| 14:23 | 15 | **A.**   No, I didn't report to him. |
| 14:23 | 16 | **Q.**   In any event, let's go on, then. |
| 14:23 | 17 |       "The results of the 2004 survey were the topic of a |
| 14:23 | 18 | division manager's meeting earlier in 2005. |
| 14:23 | 19 |       "I thought I would share these results with you today |
| 14:23 | 20 | in 2009, since the recent Q1 PMAA results resonated to me of |
| 14:23 | 21 | many of the same results noted in 2005. |
| 14:23 | 22 |       "The definition of insanity - Doing the same things |
| 14:23 | 23 | over and over and expecting a different result." |
| 14:23 | 24 |       Did I read that correctly? |
| 14:23 | 25 | **A.**   It does state that. |

BILL AMBROSE - CROSS

14:23   1   Q.   It is true, sir, that he is expressing in May of 2009 that
14:23   2   for four years before that, there have been problems in risk
14:24   3   management that are essentially the same in 2009 that were
14:24   4   there in 2004 and 2005?  Correct, sir?
14:24   5   A.   Yes.
14:24   6        You have to understand the history here.  They had
14:24   7   rolled out a new risk assessment process, which was the THINK
14:24   8   process.  I can't remember the exact year they rolled it out.
14:24   9   So the first couple of years it was a challenge, and then they
14:24   10  had these new SLT, safety leadership training, courses that
14:24   11  they were starting to put all the crews through so they could
14:24   12  train them on this process.  So I think that's what this is
14:24   13  referring to.
14:24   14  Q.   It's referring to the fact that between 2004 and 2009 --
14:24   15  we are talking about five years, it's a moment of déjà vu.
14:24   16  Insanity is doing the same thing over and over and expecting a
14:24   17  different result, correct?
14:24   18  A.   That's what it states.
14:24   19  Q.   About the same time that that questionnaire was
14:24   20  circulating, in August of 2004 there was a blowout on
14:25   21  Transocean semisubmersible *Jim Cunningham*, resulting in a fire;
14:25   22  isn't that true?
14:25   23  A.   I do remember that incident, yes.
14:25   24  Q.   You do remember that?
14:25   25  A.   I remember the *Cunningham*.

BILL AMBROSE - CROSS

14:25  1      MR. DEGRAVELLES:  If you could pull up
14:25  2  TREX-7134.12.1.
14:25  3  BY MR. DEGRAVELLES:
14:25  4  Q.   Do you see, sir, that under the supporting facts in that
14:25  5  investigation it showed that procedures were not set up to
14:25  6  effectively detect kicks?  Do you see that?
14:25  7  A.   That's what it states.
14:25  8      MR. DEGRAVELLES:  If you could then go on to
14:25  9  7134.16.2.
14:25  10 BY MR. DEGRAVELLES:
14:25  11 Q.   "The team did not heed warnings in the drilling program."
14:25  12 Do you see that?
14:25  13 A.   That's what it states.
14:25  14 Q.   And then in the next call-out, which is .3:  "The team did
14:26  15 not use disciplined coordinated procedures to monitor for well
14:26  16 influxes."
14:26  17      Did I read that correctly?
14:26  18 A.   That's what it states.
14:26  19 Q.   You also know that in March of 2008, Mr. Larry McMahan,
14:26  20 Transocean vice president of performance, wrote a memo to TO
14:26  21 management, Transocean management.
14:26  22      MR. DEGRAVELLES:  Can you pull up TREX-2189.1.1.
14:26  23          Can you pull back and show the whole e-mail.
14:26  24 BY MR. DEGRAVELLES:
14:26  25 Q.   This is an e-mail dated March 18, 2008, with the subject

BILL AMBROSE - CROSS

14:26  1   of "Loss of Control Events."  Have you seen that before today,
14:26  2   sir?
14:26  3   A.   I don't remember seeing it.
14:26  4          MS. CLINGMAN:  Your Honor, I don't believe
14:26  5   Mr. Ambrose is copied on this.  Mr. Newman is.  And I believe
14:27  6   this is cumulative.  I will object on that basis.  I believe
14:27  7   this was gone into extensively with Steven Newman as the
14:27  8   witness.
14:27  9          MR. DEGRAVELLES:  Of course, here's the point, Judge.
14:27  10  This is the guy that conducted the Transocean investigation
14:27  11  supposedly looking into systemic programs, and he is not aware
14:27  12  of this?  I think this is an important point.
14:27  13         THE COURT:  Overruled.
14:27  14         MR. DEGRAVELLES:  Thank you, Judge.
14:27  15  BY MR. DEGRAVELLES:
14:27  16  Q.   You don't remember getting -- but let me read this to you,
14:27  17  sir.  He says:  "We cannot ignore what has happened in the area
14:27  18  of loss of control.  This is very concerning to me."
14:27  19         This is the first time you have seen this document,
14:27  20  sir?
14:27  21  A.   I've not seen this document.  I guess what I would say is
14:27  22  it's not that we didn't look at similar events.  In this
14:27  23  particular case, if I remember from just looking now at that
14:27  24  one e-mail, they were boosting the risers.  They were tripping
14:27  25  out of the hole.  And that's something -- that's something --

BILL AMBROSE - CROSS

14:27  1   that's not what happened on the *Horizon*, so it really wasn't a

14:27  2   similar event.

14:27  3          We did look at some of these events to say, "Are they

14:27  4   similar or interrelated?" and we didn't see that because

14:28  5   specifically it was a different type of operation and it was a

14:28  6   different cause.

14:28  7   Q.   All right.  Well, that's not really the question I asked.

14:28  8          The question I asked was:  This is the first time you

14:28  9   have seen this document, isn't it, sir?

14:28  10  A.   This particular one, yes.

14:28  11  Q.   You have seen other documents similar to this one?

14:28  12  A.   I don't know what that means.

14:28  13  Q.   Well, you said "not this one," suggesting that there

14:28  14  perhaps was another one like this one.

14:28  15  A.   I haven't seen this document.

14:28  16         MR. DEGRAVELLES:  Then let's pull up the next

14:28  17  call-out from this e-mail.

14:28  18  BY MR. DEGRAVELLES:

14:28  19  Q.   Which is:  "The problem is that we are having events at a

14:28  20  rate that is overwhelming."

14:28  21         First time you have seen that, true?

14:28  22  A.   Is this a different e-mail or the --

14:28  23  Q.   The same e-mail.

14:28  24  A.   I haven't seen this e-mail before.

14:28  25         MR. DEGRAVELLES:  Then let's go on to the next

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

14:28    1    call-out.

14:28    2    BY MR. DEGRAVELLES:

14:28    3    Q.    "We would be better off investing that time in the

14:29    4    prevention side and more effective risk assessments as well as

14:29    5    adherence to procedure."

14:29    6          That's what it says?

14:29    7    A.    Yes.

14:29    8    Q.    The last call-out:  "My bottom line is that we are better

14:29    9    than what these incidents reveal, and if we do not change the

14:29   10    way we operate, we will continue to have these train wrecks."

14:29   11          Did I read that correctly?

14:29   12    A.    Yes, that's what it states.

14:29   13    Q.    You don't know what he is talking about, do you, sir,

14:29   14    because you didn't consider it as a part of your investigation,

14:29   15    correct?

14:29   16    A.    We did look across it.  I'm just saying I haven't seen

14:29   17    this document.

14:29   18    Q.    You don't know what he is talking about when he says

14:29   19    "these incidents reveal . . . and if we do not change the way

14:29   20    we operate, we will continue to have train wrecks," correct?

14:29   21    A.    As I said, I have not looked at this e-mail before.  So I

14:29   22    don't know what he was meaning by that.

14:29   23    Q.    In February of 2009, there was a well control event aboard

14:30   24    the *MG Hulme*, correct, sir?

14:30   25    A.    Yes, I have heard of that.

BILL AMBROSE - CROSS

14:30  1        MR. DEGRAVELLES:  If we could go to 5650.14.1.
14:30  2  BY MR. DEGRAVELLES:
14:30  3  Q.   It found, did it not, in its investigation, that there was
14:30  4  "no specific training given for handling a kick in the riser
14:30  5  and a lack of explanation about the proper use of the
14:30  6  diverter"?
14:30  7        Do you see that?
14:30  8  A.   It states that.
14:30  9  Q.   It's not something you considered in your investigation,
14:30  10  is it, sir?
14:30  11  A.   We looked at what was in the well control manual and, you
14:30  12  know, it's consistent with what we train our drillers to do
14:30  13  with regard to kicks and getting gas into the riser.  So what's
14:30  14  in the manual we looked at, and that's what we did.
14:30  15        This case, if memory serves, I think there was a
14:30  16  training deficiency of the person that was on the drill floor
14:30  17  of this particular case, and that was one of the big issues.
14:31  18  That wasn't really the case on the *Horizon*; everybody had all
14:31  19  the training that we would provide, and they were very well
14:31  20  trained.
14:31  21  Q.   Let's go then to October 21, 2009 -- I'm sorry, the
14:31  22  December of 2009 with the *Sedco 711*.  Are you familiar with
14:31  23  that?
14:31  24  A.   Yes.
14:31  25  Q.   A well control event?

BILL AMBROSE - CROSS

14:31   1   A.   Yes, I am.

14:31   2   Q.   You have an uncontrolled release of hydrocarbons onto the

14:31   3   drill floor, correct?

14:31   4        MR. DEGRAVELLES:  Let's go to TREX-17.60.2.1.

14:31   5   BY MR. DEGRAVELLES:

14:31   6   Q.   And a failure to notice kick indicators, correct?

14:31   7   A.   Yes, that's what it stated.

14:31   8        We looked at this one as well.  The results of this

14:31   9   were basically covered in our policies and procedures, and so

14:31   10  there were no real new learnings.  I know there was an alert

14:32   11  that came out after this, and we looked at that and how it was

14:32   12  transmitted.  It didn't make it to the *Horizon*; we know that.

14:32   13       When we looked at it, we said, "Would they have used

14:32   14  it?  Would that alert or that" -- it was actually an advisory;

14:32   15  it wasn't even an alert.  Alerts are our highest level.  This

14:32   16  was an advisory.

14:32   17       We said, "Would they have used that in the *Horizon*

14:32   18  incident?"  So that's the way we looked at that particular

14:32   19  incident when we were doing the investigation.  And in this

14:32   20  case it was a completion operation, which is different than

14:32   21  drilling operation.  And I'm not saying there weren't some

14:32   22  similarities; I think there were.  But the fact was it was a

14:32   23  downhole valve, a mechanical valve that failed; it wasn't a

14:32   24  cement barrier.

14:32   25       When we went back and we looked at two days before

BILL AMBROSE - CROSS

14:32  1   the incident, on the 18th, at their drill crew safety meeting
14:32  2   they actually reviewed not this advisory; they reviewed an
14:32  3   advisory about a cement barrier failure.  This is what we ask
14:32  4   people to do at the safety events -- at their safety meetings
14:33  5   each week.
14:33  6          So from that standpoint, in the mind-set of a drill
14:33  7   crew, would this have applied to what they were about to go in
14:33  8   and do, we don't think it would have because it was related to
14:33  9   completion operations on a totally different failure mode from
14:33  10  what they were about to do.
14:33  11  Q.   Was there a discussion -- again, I have read it and maybe
14:33  12  I missed it.  Was there a discussion anywhere in your
14:33  13  Transocean investigation of any of these events?
14:33  14  A.   Again, we didn't find a relationship to what we thought
14:33  15  happened on the *Horizon*.  So we didn't write up everything we
14:33  16  looked at.  This was just something we did discuss but we just
14:33  17  didn't include because we didn't find a link.
14:33  18         MR. DEGRAVELLES:  Let's go to 3505A, TREX-3505A.
14:33  19  BY MR. DEGRAVELLES:
14:33  20  Q.   E-mail from Mr. Neil Clyne to Ed Moro regarding the *711*
14:34  21  well control incident.
14:34  22         Second paragraph:  "Our mind-set is certainly less
14:34  23  vigilant regarding well control preparedness during the
14:34  24  completion phase of the well compared to the drilling phase."
14:34  25         That certainly applies to the *Deepwater Horizon*,

BILL AMBROSE - CROSS

14:34  1   doesn't it, sir?

14:34  2   A.   No, they weren't completing the well.  Completions is a

14:34  3   whole separate operation, where you purposely underbalance the

14:34  4   well to make it flow.

14:34  5   Q.   They were not in the drilling phase, though, were they,

14:34  6   sir?

14:34  7   A.   Yes, they were.  Until the rig came off this well, it's

14:34  8   the drilling phase.

14:34  9          Completion is coming back with a whole different set

14:34  10  of tools, running them in the hole, getting the well ready to

14:34  11  flow back and produce.  That's a completely different

14:34  12  operation.

14:34  13         MR. DEGRAVELLES:  Let's go to 5486.17.1.

14:34  14  BY MR. DEGRAVELLES:

14:34  15  Q.   Are you familiar with a health and safety environmental

14:34  16  meeting at Transocean engineering and technical support that

14:35  17  was done in December of 2009?

14:35  18  A.   I'm sorry?  I don't know what --

14:35  19         MR. DEGRAVELLES:  Go back to the first page, if you

14:35  20  could, the cover page, Carl.

14:35  21  BY MR. DEGRAVELLES:

14:35  22  Q.   Engineering and technical support, HSE meeting,

14:35  23  December 2009.  Is that a document that you looked at in

14:35  24  connection with your investigation?

14:35  25  A.   I don't remember looking at this, no.

6143

BILL AMBROSE - CROSS

14:35   1        MR. DEGRAVELLES:  Could we go to TREX-5486.17.1.
14:35   2   BY MR. DEGRAVELLES:
14:35   3   Q.   "What you said" -- this is in December, maybe six months
14:35   4   before the *Deepwater Horizon* explosion:  "First:  admit that we
14:35   5   have lost our safety culture.  There is no quick fix; we have
14:35   6   to rebuild it!"
14:35   7        Did you see that and did you take that into account,
14:35   8   sir?
14:35   9   A.   I don't remember seeing this during the course of the
14:35  10   investigation.  I don't know the background for this document
14:35  11   and who put it together.
14:35  12   Q.   Do you know who Larry McMahan is, sir?
14:36  13   A.   Yes.
14:36  14        MR. DEGRAVELLES:  If you could go to 5486.6.2.
14:36  15   BY MR. DEGRAVELLES:
14:36  16   Q.   Do you know who Jimmy Moore is?
14:36  17   A.   Yes, I do.
14:36  18   Q.   Who is Jimmy Moore, sir?
14:36  19   A.   He was in our QHSE department at the time.
14:36  20   Q.   Larry McMahan, vice president of performance?
14:36  21   A.   I think that was his title at the time, yes.
14:36  22   Q.   Do you see that they gave presentations at this meeting
14:36  23   and wish -- they said there was a lost safety culture?  Did you
14:36  24   see that, sir?
14:36  25   A.   Talking about the quote on the previous page?

BILL AMBROSE - CROSS

| | |
|---|---|
| 14:36 | 1 |
| 14:36 | 2 |
| 14:36 | 3 |
| 14:36 | 4 |
| 14:36 | 5 |
| 14:36 | 6 |
| 14:36 | 7 |
| 14:36 | 8 |
| 14:37 | 9 |
| 14:37 | 10 |
| 14:37 | 11 |
| 14:37 | 12 |
| 14:37 | 13 |
| 14:37 | 14 |
| 14:37 | 15 |
| 14:37 | 16 |
| 14:37 | 17 |
| 14:37 | 18 |
| 14:37 | 19 |
| 14:37 | 20 |
| 14:37 | 21 |
| 14:37 | 22 |
| 14:37 | 23 |
| 14:37 | 24 |
| 14:37 | 25 |

1   Q.   Yes, sir.

2   A.   Yes, I saw that.

3   Q.   Do you want to go back to it?

4   A.   I said, yes, I saw that.

5        MR. DEGRAVELLES:  Let's go then to TREX-26052.

6   BY MR. DEGRAVELLES:

7   Q.   It's dated October 21, 2009.  I assume you got this e-mail

8   from Mr. Newman on October 21, 2009?

9   A.   Yes, I believe I did.

10  Q.   You have some hesitancy.  Is there some doubt that you got

11  it or didn't get it?

12  A.   I was just reading it, sorry, just seeing what it was.

13  Q.   "In less than four months four of our friends and

14  colleagues . . . died while at work on different Transocean

15  rigs."

16       Do you see that?

17  A.   Yes, I remember that.

18  Q.   Second paragraph:  "We are deeply concerned about these

19  fatalities as well as the nature and increasing number of

20  high-potential incidents and personnel injuries we are

21  experiencing across our fleet."

22       Do you see that?

23  A.   Yes.

24  Q.   "This tells us something's not right.  We're clearly not

25  executing our safety processes as well as we once thought - and

**BILL AMBROSE - CROSS**

| | | |
|---|---|---|
| 14:37 | 1 | we need to find out why.  It is vital that we learn from these |
| 14:37 | 2 | recent experiences so that no one else is injured or killed." |
| 14:37 | 3 | Do you see that? |
| 14:37 | 4 | A.   Yes. |
| 14:38 | 5 | Q.   Then two paragraphs down, "We must learn why we cannot |
| 14:38 | 6 | seem to operate without serious incidents and injury to our |
| 14:38 | 7 | people"; correct? |
| 14:38 | 8 | A.   Yes. |
| 14:38 | 9 | Q.   And this is six, seven months before the |
| 14:38 | 10 | *Deepwater Horizon*, correct? |
| 14:38 | 11 | A.   October, yeah, about seven months. |
| 14:38 | 12 | Q.   This is not a document that you considered in your |
| 14:38 | 13 | Transocean investigation, is it, sir? |
| 14:38 | 14 | A.   We didn't specifically look at this document, no. |
| 14:38 | 15 | Q.   You didn't specifically look at the increasing number of |
| 14:38 | 16 | high potential incidents, did you, sir?  That you were |
| 14:38 | 17 | experiencing across your fleet? |
| 14:38 | 18 | A.   Well, I remember this period of time. |
| 14:38 | 19 | Q.   Could you answer my question, and then you can explain. |
| 14:38 | 20 | You didn't consider the high potential serious |
| 14:38 | 21 | incident, did you sir? |
| 14:38 | 22 | MS. CLINGMAN:  Your Honor, I ask that the witness be |
| 14:38 | 23 | allowed to give his answer. |
| 14:38 | 24 | MR. DEGRAVELLES:  If he can answer and then explain, |
| 14:38 | 25 | Judge. |

BILL AMBROSE - CROSS

14:38   1          THE COURT:  If you can answer his question and then,
14:39   2   if you want to explain, go ahead.
14:39   3          THE WITNESS:  Okay.  Can you --
14:39   4   BY MR. DEGRAVELLES:
14:39   5   Q.   Sure.  You did not, as a part of your Transocean
14:39   6   investigation, consider the increasing number of high potential
14:39   7   incidents that Mr. Newman is referring to, did you, sir?
14:39   8   A.   We didn't look at these particular incidents because what
14:39   9   they are referring to are primarily dropped object-type events.
14:39   10  We suffered a period where we lost four people and it was a
14:39   11  very bad time and we needed to raise awareness and get people
14:39   12  refocused.  That's what a lot of these e-mails are, people
14:39   13  overreacting, which they very well should have and did, to get
14:39   14  back on track with personal safety-related issues that were
14:39   15  happening in the company.
14:39   16          This particular period of time -- and they are
14:39   17  talking about dropped objects, people having cut fingers or
14:39   18  things that are personal safety in nature, and that's what a
14:39   19  lot of this was geared -- a lot of this was about.
14:40   20          So did we look at things like that in relation to a
14:40   21  major blowout?  We didn't.
14:40   22  Q.   Let me make sure the judge understands your testimony,
14:40   23  sir.  You are saying that when Mr. Newman, seriously concerned
14:40   24  about high potential incidents, he is talking about dropped
14:40   25  objects, right?

BILL AMBROSE - CROSS

14:40   1   **A.**   To my best of my recollection, in this period of time
14:40   2   that's what a lot of these types of incidents were.  We call
14:40   3   those "high potential incidents."
14:40   4   **Q.**   You also called this an "overreaction," correct, sir?
14:40   5   **A.**   I'm saying we necessarily overreacted.
14:40   6   **Q.**   I see.
14:40   7   **A.**   That's what you do in these kind of things.
14:40   8   **Q.**   How many of those four fatalities were dropped objects,
14:40   9   sir?
14:40   10   **A.**   I can't remember the number, sir.
14:40   11   **Q.**   In addition to all of this, we have -- between December of
14:40   12   2008 and December of 2009 -- six separate riser unloading
14:40   13   events, do we not, sir?
14:40   14   **A.**   I don't remember the number, but there were some.
14:40   15   **Q.**   Do you remember anything about riser events between
14:41   16   December 2008 and December 2009?
14:41   17   **A.**   Yes.  We just talked about two or three of them.
14:41   18   **Q.**   You didn't look at the *Well Control Events and Statistics*
14:41   19   publication from 2005 to 2009 as a part of your investigation
14:41   20   into this event, did you, sir?
14:41   21   **A.**   I didn't personally, but I know that some people on the
14:41   22   team looked at that document.
14:41   23   **Q.**   It certainly is not included anywhere in the discussion of
14:41   24   any of the many pages of that investigation, correct, sir?
14:41   25   **A.**   No.  If there had been a similarity, we would have

BILL AMBROSE - CROSS

14:41  1    included it, but we didn't see any.

14:41  2                MR. DEGRAVELLES:  Let's pull up TREX-36070.7.1.

14:41  3    BY MR. DEGRAVELLES:

14:41  4    Q.   "The frequency of riser unloading events is the biggest

14:41  5    concern with six separate instances recorded between

14:41  6    December 2008 and December 2009.  These can be avoided through

14:41  7    the application of fundamental well control practices such as

14:42  8    treating every positive indicator as a kick, shutting in

14:42  9    quickly, and taking returns through the choke whenever in any

14:42  10   doubt whatsoever."

14:42  11               Did I read that correctly?

14:42  12   A.   That's what it states.

14:42  13   Q.   The *Deepwater Horizon* was a riser unloading event, was it

14:42  14   not, sir?

14:42  15   A.   It was, and it manifested itself in a different way than,

14:42  16   you know, some of these others.

14:42  17   Q.   But you didn't know that because you didn't look at this

14:42  18   document; isn't that true, sir?

14:42  19   A.   I didn't look at this specific document, but some of my

14:42  20   team members had looked at some of these events.

14:42  21   Q.   So what you are telling us is that you headed this

14:42  22   investigation and you saw absolutely no connection between the

14:42  23   system-wide safety problem that we have just been talking about

14:42  24   and what happened on the *Deepwater Horizon*; is that true, sir?

14:42  25   A.   Which are we talking about?  These six events or the --

BILL AMBROSE - CROSS

14:43   1   Q.   Talking about -- I'll tell you exactly what I'm talking
14:43   2   about.  I'm talking about the total loss of safety culture
14:43   3   identified in December of 2009 at the health, safety, and
14:43   4   environment meeting.
14:43   5           You saw no connection between what happened on
14:43   6   April 20 and that, correct, sir?
14:43   7   A.   I will say it again:  No, we did not find -- that was a
14:43   8   different set of issues that was happening in the company than
14:43   9   what we found in this.
14:43   10  Q.   Well, you don't know what he was talking about when he
14:43   11  said "lost safety culture," sir, do you?
14:43   12  A.   I'm just talking about what I remember in that period of
14:43   13  time and what these incidents were about, sir.
14:43   14  Q.   But you have no idea what the man was talking about.
14:43   15  That's the first time you saw that document; isn't that true,
14:43   16  Mr. Ambrose?
14:43   17  A.   I don't remember seeing that specific document before.
14:43   18  Q.   You made no connection between the increasing number of
14:43   19  high potential incidents referred to by Steve Newman in October
14:43   20  of 2009 and what happened on April 20; isn't that true, sir?
14:43   21  A.   Just from my recollection, I will say it again:  Those
14:43   22  were different types of incidents than what we are talking
14:44   23  about with the particular *Horizon* incident.
14:44   24  Q.   You saw no connection between the loss of control events
14:44   25  occurring -- in Mr. McMahon's words, "at an overwhelming rate,"

**BILL AMBROSE - CROSS**

14:44  1    in his March of '08 e-mail; isn't that true, sir?

14:44  2    A.   I'm sorry, which e-mail are you talking about again?

14:44  3    Q.   The March of '08 e-mail when Mr. McMahon talks about "loss

14:44  4    of control events occurring at an overwhelming rate."  You saw

14:44  5    no connection between that and April 20, 2010, right, sir?

14:44  6    A.   Again, I don't know the basis for that specific e-mail, so

14:44  7    I -- no.

14:44  8    Q.   So you didn't look into it?

14:44  9    A.   No.

14:44  10   Q.   And you didn't make any connection between the four

14:44  11   fatalities in four months and what happened on

14:44  12   October [*sic*] 20, 2010; isn't that true, sir?

14:44  13   A.   I just say that we knew of that, but no, we did not use

14:44  14   that with regards to the *Horizon* -- finding out the facts of

14:44  15   what happened on the *Horizon*.

14:44  16   Q.   You made no connection between what happened on the

14:44  17   *Jim Cunningham*, the *M.G. Hulme* and the *Sedco 711* and what

14:45  18   happened on April 20, 2010; isn't that true, sir?

14:45  19   A.   As I explained to you, we did look at those.  We did not

14:45  20   see any similarities that would cause us to look at a systemic

14:45  21   type of issue with regards to those events and the *Horizon*.

14:45  22   Q.   You saw no connection between the déjà vu moment by

14:45  23   Mr. Cabucio when, for five years, there is no improvement.  And

14:45  24   the definition of insanity is doing the same thing over and

14:45  25   over again and expecting a different result, correct?

BILL AMBROSE - CROSS

14:45    1   A.    I repeat, I -- again, we were rolling out initially a new

14:45    2   program, and we recognized that we needed to continue that

14:45    3   training; and they were rolling out a new safety leadership

14:45    4   training program that year to reinforce that and improve it.

14:45    5   Q.    Five years to roll it out?

14:45    6   A.    It does take some time, sir, to roll out new programs.

14:45    7   Q.    Thank you, sir.

14:45    8            MR. DEGRAVELLES:  I pass the witness.

14:45    9            THE COURT:  All right.  Let's take about a 15-minute

14:45   10   recess.

14:45   11            THE DEPUTY CLERK:  All rise.

14:45   12            (Recess.)

15:04   13            THE COURT:  Please be seated.

15:04   14            MR. BAAY:  Your Honor, David Baay for Transocean.  At

15:04   15   this time I would just like to quickly offer the exhibits and

15:04   16   demonstratives used for Greg Childs' direct examination into

15:04   17   evidence.

15:04   18            THE COURT:  Any objection to Transocean's exhibits?

15:04   19                Without objection, they're admitted.

15:04   20            MR. BAAY:  Thank you, Your Honor.

15:04   21            MR. LI:  Your Honor, Luis Li on behalf of Transocean.

15:04   22   I would like to offer the exhibits of David Young that we used

15:04   23   yesterday.

15:04   24            THE COURT:  Any objections?

15:04   25                Hearing none, those are admitted.

| | |
|---|---|
| 15:04 | 1 |
| 15:04 | 2 |
| 15:04 | 3 |
| 15:04 | 4 |
| 15:04 | 5 |
| 15:04 | 6 |
| 15:05 | 7 |
| 15:05 | 8 |
| 15:05 | 9 |
| 15:05 | 10 |
| 15:05 | 11 |
| 15:05 | 12 |
| 15:05 | 13 |
| 15:05 | 14 |
| 15:05 | 15 |
| 15:05 | 16 |
| 15:05 | 17 |
| 15:05 | 18 |
| 15:05 | 19 |
| 15:05 | 20 |
| 15:05 | 21 |
| 15:05 | 22 |
| 15:05 | 23 |
| 15:05 | 24 |
| 15:05 | 25 |

1       **MR. HERMAN:**  Steve Herman for the plaintiffs,

2  Your Honor.  There are some bundles for people that were on

3  live witness lists that now are not going to appear live, and

4  some of them were conditionally admitted.

5              We would like to unconditionally offer, file,

6  and introduce the bundles of Lindner, Meinhart, Neal, Murry

7  Sepulvado, Daun Winslow, and Larry McMahan.

8       **THE COURT:**  Any objection?

9       **MR. BRIAN:**  Brad Brian for Transocean, Your Honor.  I

10  think the only person we would raise an issue with would be

11  Daun Winslow.  I think -- we are not going to call Mr. Winslow,

12  but I think BP is considering calling him.  We are still in

13  discussions with that.  So I think until that's resolved, I

14  would suggest that --

15       **THE COURT:**  We'll reserve that, and I will admit the

16  others.  Okay?

17       **MR. BRIAN:**  And I guess the other was -- I think that

18  no one is calling Larry McMahan.  We have no objection, subject

19  to that.

20       **MR. BROCK:**  We reserved on McMahan.

21       **THE COURT:**  I will withhold ruling on those two, but

22  other than that, those are -- the others I admit.

23       **MR. BRIAN:**  Your Honor, Brad Brian for Transocean.  I

24  have here what I think is a thumb drive.  I'm not a very

25  electronic person.  But this is for the videotapes we played

OFFICIAL TRANSCRIPT

15:05  1  yesterday of Mr. Williams, Mr. Meinhart, Mr. Wolfe, Mr. Odom,
15:05  2  and Mr. Neal.  I need to offer this in evidence.
15:05  3       THE COURT:  Those are admitted.
15:06  4       MR. BRIAN:  Finally, Your Honor, we circulated
15:06  5  earlier today by e-mail a list of exhibits we would offer from
15:06  6  Mr. Wolfe's expert report, including his report and rebuttal
15:06  7  report.  I don't know that all counsel had a chance to review
15:06  8  those or not.  I would offer them, but they were circulated
15:06  9  probably about noon or 1:00.
15:06  10       THE COURT:  Why don't we hold off until tomorrow
15:06  11  morning.  It looks like somebody was going to comment.  So we
15:06  12  will give everyone until tomorrow morning.  Reraise that in the
15:06  13  morning.
15:06  14       MR. BRIAN:  I will provide Ben and your clerk with
15:06  15  the list and also the four demonstratives that are contained in
15:06  16  it that I showed yesterday.
15:06  17       THE COURT:  Why don't you hold off giving that to us
15:06  18  until everybody has looked at it.
15:06  19       MR. BRIAN:  That's fine, Your Honor.
15:06  20       MR. IRPINO:  Anthony Irpino for the PSC, Your Honor.
15:06  21  We are going to send our exhibits around, for Young, in a
15:06  22  little bit.  So we will introduce those tomorrow morning as we
15:06  23  come back in.
15:06  24       THE COURT:  One other matter.  Someone raised earlier
15:07  25  whether we will have or should have an exhibit marshaling

15:07   1   conference tomorrow afternoon since we are not working Thursday
15:07   2   of this week.  I think there was some sense by at least some
15:07   3   parties that perhaps it would make sense just to defer that and
15:07   4   do it all next week together.
15:07   5            Anybody want to say anything else on that?  If
15:07   6   that's the consensus, that's fine with me.
15:07   7            Okay.  We will just say we will not have a
15:07   8   marshaling conference this week, and I'm sure Judge Shushan
15:07   9   will be happy to get back next week and have something to do
15:07  10   since she is still not answering my e-mails.
15:07  11            MR. BRIAN:  Brad Brian again for Transocean.  I know
15:07  12   you were kind enough to give us off this Thursday and Friday.
15:07  13   Do you know what time we are going to go to until tomorrow?  I
15:07  14   ask that because since you said we are off on Thursday and
15:07  15   Friday, I've got a flight at 7:30.  Would you consider ending
15:08  16   at 5:30 instead of 6:00?
15:08  17            THE COURT:  It's always dangerous to make flight
15:08  18   plans when you don't know what time --
15:08  19            MR. BRIAN:  I was expecting some applause, by the
15:08  20   way, from that --
15:08  21            MS. KARIS:  That's the "ask for forgiveness" rather
15:08  22   than "permission" mentality.
15:08  23            THE COURT:  After the fact.  So your motion is that
15:08  24   we recess at 5:30 tomorrow?
15:08  25            MR. BRIAN:  I would probably describe it as an

15:08   1   unopposed motion, Your Honor, but I have lost unopposed motions

15:08   2   before.

15:08   3           THE COURT:  All right.  If there's no opposition to

15:08   4   that motion, I will grant that.

15:08   5           MR. BRIAN:  Thank you.

15:08   6           THE COURT:  Anybody have anything else?

15:08   7               Who is up next?  United States have any

15:08   8   questions for this witness?

15:08   9           MS. HANKEY:  No questions.

15:08   10           THE COURT:  Alabama?

15:08   11           MR. MAZE:  No questions.

15:08   12           THE COURT:  Louisiana?

15:08   13           MR. KANNER:  No questions, Your Honor.

15:08   14           THE COURT:  So we are to Halliburton?

15:09   15           MR. HILL:  Thank you, Your Honor.  May I proceed?

15:09   16               Gavin Hill for Halliburton, and I have

15:09   17   Mr. Ambrose on cross-examination.

15:09   18                     **CROSS-EXAMINATION**

15:09   19   BY MR. HILL:

15:09   20   Q.   Good afternoon, Mr. Ambrose.

15:09   21   A.   Hello.

15:09   22   Q.   I have a very narrow subject matter from your report that

15:09   23   I'd like to talk to you about and just a few items in response

15:09   24   to questions that you were asked before.

15:09   25               Let me just ask you, first of all, you don't consider

BILL AMBROSE - CROSS

15:09  1   yourself an expert in cementing, do you?

15:10  2   **A.**   No, sir.

15:10  3   **Q.**   You're not -- don't have any expertise in cement

15:10  4   chemistry, right?

15:10  5   **A.**   No, sir.

15:10  6   **Q.**   You don't have any cement -- or expertise in cement slurry

15:10  7   design, do you?

15:10  8   **A.**   No, sir.

15:10  9   **Q.**   You have no cementing expertise in slurry testing,

15:10  10  correct?

15:10  11  **A.**   No, sir.

15:10  12  **Q.**   That's correct?

15:10  13  **A.**   That's correct.

15:10  14  **Q.**   You have no cementing -- or any expertise in modeling

15:10  15  cement jobs through a program such as OptiCem and some of the

15:10  16  programs we have heard about in court, right?

15:10  17  **A.**   I do not.

15:10  18  **Q.**   In fact, to the extent that there are opinions about

15:10  19  cement in your report, you relied primarily on the work of

15:10  20  George Birch, correct?

15:10  21  **A.**   That's correct.

15:10  22  **Q.**   And as far as you know, George Birch has not been

15:10  23  designated as an expert in this case?

15:10  24  **A.**   That's correct.

15:10  25  **Q.**   A couple of things I want to touch on with respect to

BILL AMBROSE - CROSS

15:10    1    something you said in response to -- I believe it was

15:10    2    plaintiffs' counsel's questioning about the CBL.  Do you recall

15:10    3    being asked about the cement bond log?

15:10    4    A.   Yes.

15:10    5    Q.   I think you had testified that the cement bond log,

15:11    6    because of the location of the float collar, was not capable of

15:11    7    actually seeing, for lack of a better word, the entire

15:11    8    formation.  Correct?

15:11    9    A.   Correct.

15:11   10    Q.   However, regardless of the location of the float collar,

15:11   11    you would agree that a cement bond log had the opportunity to

15:11   12    see and evaluate the top of cement in the annulus, correct?

15:11   13    A.   Yes, it would have been able to see the top.

15:11   14    Q.   You would agree that the top of cement -- or evaluation of

15:11   15    the top of cement can tell you, just as a matter of common

15:11   16    sense, about whether or not there were any issues with the

15:11   17    placement of cement after cement displacement, correct?

15:11   18    A.   Yes, you can see that.

15:11   19    Q.   I also want to confirm that you -- when your team did its

15:11   20    investigation at Transocean, your team did not have the benefit

15:11   21    of reviewing all of the MDL deposition transcripts, correct?

15:11   22    A.   No, sir.

15:11   23    Q.   So to the extent that there is testimony in the MDL that's

15:11   24    inconsistent with some of the factual things that your team

15:11   25    came up with while reviewing documents, you would agree that

**BILL AMBROSE - CROSS**

15:12  1   there's a legitimate dispute, correct?

15:12  2   A.   That would make sense.

15:12  3   Q.   Well, let me give you an example.  We'll save that for the

15:12  4   end, if it's even necessary.

15:12  5          Well, let's talk about -- what I want to talk to you

15:12  6   about is the float collar.  And did you participate in the

15:12  7   drafting of the section of the report, Chapter 3, that talked

15:12  8   about the float collar and whether or not -- in Transocean's

15:12  9   findings with respect to whether it converted?

15:12  10  A.   Yes.

15:12  11  Q.   So you're familiar generally with the function of a float

15:12  12  collar, correct?

15:12  13  A.   Yes, sir.

15:12  14  Q.   And its purpose?

15:12  15  A.   Yes, sir.

15:12  16  Q.   You are familiar with the Transocean findings with respect

15:12  17  for the float collar, correct?

15:12  18  A.   Yes, sir.

15:12  19         MR. HILL:  Why don't we start by bringing up

15:12  20  Transocean's report, TREX-4248.  And let's go to page 213,

15:12  21  please.

15:12  22         Can we bring out this paragraph right here, the

15:13  23  last paragraph of Section 4.2.

15:13  24  BY MR. HILL:

15:13  25  Q.   In your Transocean report it says:  "The investigation

BILL AMBROSE - CROSS

15:13  1   team found it likely that debris in the wellbore may have
15:13  2   plugged the shoe track assembly and float collar and blocked
15:13  3   circulation during the first eight attempts to convert the
15:13  4   float collar.  The increase to 3142 psi may have cleared debris
15:13  5   from the system without converting the float collar.  If the
15:13  6   float collar failed to convert, the cement program may have
15:13  7   been further compromised."
15:13  8           That was a finding in the Transocean report, correct?
15:13  9   A.   Yes.
15:13  10  Q.   What I would like to do is just ask you some questions
15:13  11  that kind of break that down a little bit about how you came to
15:13  12  that conclusion.  Okay?
15:13  13  A.   Okay.
15:13  14           MR. HILL:  To assist us, can we bring up
15:13  15  Demonstrative 8015, please.
15:13  16  BY MR. HILL:
15:13  17  Q.   This is a demonstrative that Halliburton has prepared, and
15:14  18  it is obviously the casing already set at total depth.
15:14  19           For the Court's benefit, would you agree with me, in
15:14  20  explaining how it gets to this situation, that that casing is
15:14  21  lowered down to the bottom; and when it's set at the bottom,
15:14  22  that's when you begin this operation of attempting to convert
15:14  23  the float collar?  Correct?
15:14  24  A.   Yes, you have the casing in place.
15:14  25  Q.   This right here where it's identified as a float collar --

**BILL AMBROSE - CROSS**

15:14  1   we're going to get a better picture of it -- but that's the

15:14  2   float collar that's located at the top of the shoe track,

15:14  3   correct?

15:14  4   A.   Yes.

15:14  5   Q.   Down at the bottom, this reamer shoe is the bottom of the

15:14  6   shoe track, correct?

15:14  7   A.   Yes.

15:14  8   Q.   In between, that distance from the float collar down to

15:14  9   the bottom of the casing, that is typically called the shoe

15:14  10  track.  Fair?

15:14  11  A.   Yes.

15:14  12  Q.   Now, when this casing is run into the hole, that float

15:14  13  collar is in what they call an unconverted or an untripped

15:14  14  condition.  Fair?

15:14  15  A.   Yes.

15:14  16  Q.   At least with respect to the operation that was run at

15:14  17  Macondo, right?

15:14  18  A.   Yes.

15:15  19  Q.   You would agree with me that what that essentially does is

15:15  20  allow the mud, the drilling mud that's in the hole, to pass

15:15  21  through these skirts at the bottom of the reamer shoe, pass

15:15  22  through the float collar, and on up the casing as the casing is

15:15  23  being descended, correct?

15:15  24  A.   Yes.

15:15  25          MR. HILL:  Can we get Demonstrative 8036, please.

BILL AMBROSE - CROSS

15:15  1   BY MR. HILL:
15:15  2   Q.   What I have put up here, Mr. Ambrose, is the Weatherford
15:15  3   float collar, the M45AP, which was the specific float collar
15:15  4   that was used at Macondo, correct?
15:15  5   A.   I believe this is it, yes.
15:15  6   Q.   Your report cites it as this, correct?
15:15  7   A.   Yes.
15:15  8   Q.   So that the Court understands exactly what the internal
15:15  9   guts or the functioning parts of the float collar are, there
15:15  10  are two flapper valves right here, correct?
15:15  11  A.   Yes.
15:15  12  Q.   Those flapper valves are locked open in the open position
15:15  13  by the insertion of this auto-fill tube, correct?
15:15  14  A.   That's correct.
15:15  15  Q.   As it's being run into the hole in the manner that we just
15:15  16  discussed.  That is the tube through which this drilling mud
15:16  17  flows, correct?
15:16  18  A.   It is.
15:16  19  Q.   Once it's set in place, this ball down here falls to the
15:16  20  bottom, correct?
15:16  21  A.   Yes, the ball's down at the bottom.
15:16  22  Q.   And there are two little ports next to the ball.  Fair?
15:16  23  A.   Yes.
15:16  24  Q.   I would like to explain to the Court this process of
15:16  25  converting the float collar and what is supposed to happen.

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 15:16 | 1 | Okay?  This is something that your team, your investigative |
| 15:16 | 2 | team looked at with respect to the operations at Macondo, |
| 15:16 | 3 | right? |
| 15:16 | 4 | A.   Yes. |
| 15:16 | 5 | Q.   When you circulate mud through this, the mud goes through |
| 15:16 | 6 | those two little holes above the ball and creates a pressure |
| 15:16 | 7 | differential, correct? |
| 15:16 | 8 | A.   That's correct. |
| 15:16 | 9 | Q.   Do you know, is there a -- does Weatherford provide |
| 15:16 | 10 | specifications about how to convert this float collar? |
| 15:16 | 11 | A.   Yes, it does. |
| 15:16 | 12 | Q.   Do you recall what they are? |
| 15:16 | 13 | A.   I think this was 4- to 8-barrels-per-minute flow rates. |
| 15:16 | 14 | MR. HILL:  Why don't we pull up TREX-2562. |
| 15:16 | 15 | BY MR. HILL: |
| 15:17 | 16 | Q.   I am not trying to ask you -- this isn't a memory quiz. |
| 15:17 | 17 | There are places in your report I could point you to, but I'm |
| 15:17 | 18 | trying to move it along in the interest of time. |
| 15:17 | 19 | Have you seen the Weatherford specifications |
| 15:17 | 20 | themselves? |
| 15:17 | 21 | A.   I think we had this as part of our investigation, yes. |
| 15:17 | 22 | MR. HILL:  Could we please pull up that line right |
| 15:17 | 23 | there, "5 to 8." |
| 15:17 | 24 | BY MR. HILL: |
| 15:17 | 25 | Q.   In order to activate this float collar, Weatherford |

BILL AMBROSE - CROSS

15:17  1   specifies that you need to generate 5 to 8 barrels per minute

15:17  2   of flow, and that is supposed to generate 500 to 700 psi of

15:17  3   pressure, correct?

15:17  4   A.   That's correct.

15:17  5   Q.   So would you agree with me that the way Weatherford says

15:17  6   you are supposed to trip or activate this float collar is to

15:17  7   circulate at anywhere from 5 to 8 barrels per minute in order

15:17  8   to create a pressure differential of between 500 and 700 psi?

15:17  9   A.   That's correct.

15:17  10           MR. HILL:   Now, if we could go back to D-8036.

15:33  11   BY MR. HILL:

15:33  12   Q.   Mr. Ambrose, when your team investigated this, you know

15:18  13   that if you achieve that pressure differential, that

15:18  14   essentially shears the pins off right here, holding this

15:18  15   autofill tube in, correct?

15:18  16   A.   That's right.

15:18  17   Q.   This autofill and this actuator ball fall to the bottom of

15:18  18   the casing, correct?

15:18  19   A.   Yes, they would.

15:18  20   Q.   What happens to the valves?

15:18  21   A.   The two flaps then close.

15:18  22   Q.   They're spring-loaded, correct?

15:18  23   A.   Yes.

15:18  24   Q.   That essentially creates a one-way valve out of what used

15:18  25   to be a two-way valve when the tube was inserted, correct?

**BILL AMBROSE - CROSS**

15:18    1    **A.**   Correct.

15:18    2    **Q.**   The purpose of actually going through this process of

15:18    3    converting the float collar is to set up for the cement job,

15:18    4    right?

15:18    5    **A.**   You would do it before the cement job, yes.

15:18    6    **Q.**   Can you explain to the Court why that's necessary?  What

15:18    7    is its relation to the cement job?

15:18    8    **A.**   Normally what you would have is a heavier cement.  So when

15:18    9    you pushed it to the annulus side, it would -- you would have a

15:18   10    lift pressure which would want to move the cement back into the

15:19   11    wellbore.

15:19   12        So they would call that lift pressure, viewed as a

15:19   13    balance scale.  You want it heavier on the annulus side so the

15:19   14    floats would close, and then they wouldn't be able to move back

15:19   15    into the casing.

15:19   16    **Q.**   Right.  So basically, after you have pumped the cement

15:19   17    into place it prevents the U-tubing of the cement and any other

15:19   18    fluids back up past the float collar.  Fair?

15:19   19    **A.**   Correct.

15:19   20    **Q.**   Did your investigation look into whether or that

15:19   21    activation actually occurred at Macondo?

15:19   22    **A.**   We tested the -- the identical, actually, float collar.

15:19   23    **Q.**   You got some of these M45AP float collars and actually

15:19   24    conducted a series of tests on them, didn't you?

15:19   25    **A.**   We did.

BILL AMBROSE - CROSS

15:19  1    **Q.**   I'm going to talk to you about a couple of those.  But
15:19  2    before we do that, you learned a few things about the way this
15:19  3    operation went at Macondo.  You learned that BP didn't follow
15:19  4    Weatherford specifications for float collar conversion,
15:19  5    correct?
15:19  6    **A.**   No, it didn't convert at the -- the rate wasn't right and
15:19  7    it didn't convert the pressure.
15:19  8    **Q.**   In fact, when BP attempted to actually circulate in order
15:20  9    to convert the float collar they could not achieve any
15:20  10   circulation at all, could they?
15:20  11   **A.**   Initially, no.  Correct.
15:20  12   **Q.**   In fact, they had to pressure up nine times prior to
15:20  13   actually getting any circulation to occur, right?
15:20  14   **A.**   The ninth time is when we believe, you know, something
15:20  15   happened.
15:20  16   **Q.**   Do you recall what the pressure reading was -- or what the
15:20  17   static pressure was on the ninth attempt?
15:20  18   **A.**   3100-something psi.  3140?  I can't remember.
15:20  19   **Q.**   3142 psi?
15:20  20   **A.**   Yes.
15:20  21   **Q.**   Does that sound right?
15:20  22   **A.**   Yes.
15:20  23   **Q.**   This float collar was designed to be converted by
15:20  24   flow-rate-induced pressure differential, correct?
15:20  25   **A.**   Correct.

BILL AMBROSE - CROSS

15:20   1   **Q.**   But since BP could not obtain any circulation at all
15:20   2   through it, they built up nine times, with nine peaks of static
15:20   3   pressure, up to 3142 psi, correct?
15:20   4   **A.**   That's correct.
15:20   5   **Q.**   On that ninth attempt it broke circulation, it all gave
15:20   6   way, and they were able to get circulation, correct?
15:20   7   **A.**   That's correct.
15:20   8   **Q.**   Every time that they asked the rig crew to pump in order
15:21   9   to achieve these nine attempts, they never asked them to pump
15:21  10   more than two barrels per minute, correct?
15:21  11   **A.**   That's right.   On one attempt it was two barrels.   The
15:21  12   rest were at one barrel per minute.
15:21  13   **Q.**   Those are definitely below the five to eight barrels per
15:21  14   minute that is specified in the Weatherford specifications for
15:21  15   conversion, correct?
15:21  16   **A.**   That's correct.
15:21  17   **Q.**   Even after circulation was obtained, BP then circulated
15:21  18   mud, correct?
15:21  19   **A.**   Yeah.   I believe they did, yes.
15:21  20   **Q.**   We can go to the drilling reports.   But you would agree
15:21  21   with me that what they actually did was circulate up to maybe
15:21  22   four barrels per minute but never in the range of five to
15:21  23   eight.   Correct?
15:21  24   **A.**   I don't remember the numbers after they converted.   We
15:21  25   would have to look at that.

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

| | |
|---|---|
| 15:21 | 1 |
| 15:33 | 2 |
| 15:33 | 3 |
| 15:21 | 4 |
| 15:21 | 5 |
| 15:33 | 6 |
| 15:33 | 7 |
| 15:22 | 8 |
| 15:22 | 9 |
| 15:22 | 10 |
| 15:22 | 11 |
| 15:22 | 12 |
| 15:22 | 13 |
| 15:22 | 14 |
| 15:22 | 15 |
| 15:33 | 16 |
| 15:22 | 17 |
| 15:33 | 18 |
| 15:22 | 19 |
| 15:22 | 20 |
| 15:22 | 21 |
| 15:22 | 22 |
| 15:22 | 23 |
| 15:22 | 24 |
| 15:23 | 25 |

1    MR. HILL:  Can you bring up TREX-1455, please.

2  BY MR. HILL:

3  Q.   Now, this is the --

4    MR. HILL:  If you can pull that out up there at the

5  top, just the whole top header.

6  BY MR. HILL:

7  Q.   This is the April 19 daily drilling -- or April 19 Daily

8  Drilling Report 2010.

9    Do you see that date up there?

10  A.   Yes.

11  Q.   That was the date that they attempted this operation to

12  convert the float collar, correct?

13  A.   Yes, it was.

14    MR. HILL:  Can you go to the second page please,

15  Bates ending in 6941.  Let's just pull this up right here.

16    I know this is really small print.  Is there any way

17  to make it bigger?

18  BY MR. HILL:

19  Q.   And you have that in front of you on the screen.

20    Does this identify the nine pressure attempts, up to

21  3142 psi, that BP used to attempt to convert the float collar?

22  A.   It looks like that period of time and that conversion in

23  the nine attempts, yes.

24  Q.   I would like you to look at the last four or five lines in

25  the noted entry here and tell me if, after obtaining

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

15:23   1   circulation after the ninth attempt, BP ever circulated

15:23   2   anything above four barrels per minute.

15:23   3   A.   It looks like four was the most.

15:23   4   Q.   Four barrels per minute is less than the five to eight

15:23   5   recommended by Weatherford to convert, correct?

15:23   6   A.   That's right.

15:23   7   Q.   In fact, you would agree that at no time during this

15:23   8   operation did BP request that the mud that's being pumped be

15:23   9   pumped at a rate that achieved the specified conversion rate

15:23   10   that Weatherford gave them.  Correct?

15:23   11   A.   That's correct.

15:23   12   Q.   Now, your team also looked at why BP may have had trouble

15:23   13   converting the float collar, right?

15:24   14   A.   Yes, we did.

15:24   15   Q.   One of the things you found, that there was likely debris

15:24   16   in the wellbore as they brought this casing down with the

15:24   17   open -- with the float collar in its untripped mode, correct?

15:24   18   A.   Yes.

15:24   19   Q.   That debris came up into the casing and likely got into

15:24   20   the float collar equipment and/or reamer shoe.  Fair?

15:24   21   A.   That's our theory, yes.

15:24   22   Q.   In fact, you know the purpose of conducting a bottoms-up

15:24   23   circulation, correct?

15:24   24   A.   Condition the hole to get ready for a cement job.

15:24   25   Q.   One of the things the bottoms-up circulation does is clean

BILL AMBROSE - CROSS

15:24  1    the hole of this debris, right?

15:24  2    A.   Yes.  It would get the cuttings out of the hole.

15:24  3    Q.   If this operation took place on April 19, do you know the

15:24  4    last time prior to this time that BP actually conducted a full

15:24  5    bottoms-up circulation in the Macondo well?

15:24  6    A.   You know, I don't remember the exact date.  It was several

15:24  7    days before, I think, or more.  I can't remember.

15:24  8              MR. HILL:  Can you bring up TREX-60465, please.

15:33  9    BY MR. HILL:

15:33  10   Q.   This is a Daily Drilling Report from April 16.  And you

15:25  11   can see the date right there, correct?

15:25  12   A.   Yes.

15:25  13             MR. HILL:  If you would go to the second page,

15:25  14   please.  Let's pull up this item right here, starting at 4:30.

15:25  15             Let's also pull up the one down below starting

15:25  16   at 12:00 noon.  Stack them together.

15:33  17   BY MR. HILL:

15:33  18   Q.   At 4:30 on the 16th, until 12:00 noon, for a period of

15:25  19   approximately 7 1/2 hours, BP circulated -- BP did a high

15:25  20   viscous sweep and circulated bottoms-up.

15:25  21             Do you see that?

15:25  22   A.   Yes.

15:25  23   Q.   That operation continued from noon until 2:00.  So you add

15:25  24   another two hours, it took nine and a half hours to conduct a

15:25  25   full bottoms-up circulation, right?

BILL AMBROSE - CROSS

15:26   1   A.   Looks like it, yes.

15:26   2   Q.   When Transocean investigated this operation, did they find

15:26   3   any other time that BP had circulated bottoms-up in order to

15:26   4   clean debris out of the wellbore between April 16 and the time

15:26   5   they attempted to convert the float collar on April 19?

15:26   6   A.   I don't remember seeing that in the IADC reports, but I

15:26   7   would have to go back and really check, to be honest.

15:26   8   Q.   I assume we'll hear about it if I'm wrong.  All right.

15:26   9        Now, one of the things -- and just to make sure we

15:26   10  are on the same page.

15:26   11       MR. HILL:  Can we bring up D-8038, please.

15:33   12  BY MR. HILL:

15:33   13  Q.   This is another demonstrative that Halliburton has

15:26   14  produced.  And this is -- while I understand this is not your

15:26   15  graphic, do you agree this is consistent with the type of

15:26   16  debris that you were talking about and that the Transocean

15:26   17  investigation team considered likely to have blocked the float

15:26   18  collar conversion, specifically up in the float collar assembly

15:27   19  area and down in the reamer shoe area?

15:27   20  A.   That's our theory, it was one of those two places, yes.

15:27   21  Q.   Could it have been both?

15:27   22  A.   Yes.

15:27   23  Q.   All we know is something was plugged, right?

15:27   24  A.   Yes.

15:27   25  Q.   Let me ask you, Mr. Ambrose --

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

15:27    1          MR. HILL:  You can take that down --

15:33    2    BY MR. HILL:

15:33    3    Q.   -- did your team at Transocean look at documents that

15:27    4    looked at BP's reaction to what happened when they achieved

15:27    5    circulation at 3142 psi?

15:27    6    A.   We did.

15:27    7          MR. HILL:  Can you bring up 4457, please.  Pull that

15:27    8    up right there, please.

15:33    9    BY MR. HILL:

15:33   10    Q.   This is an e-mail, on top, to Mark Hafle to -- I will

15:27   11    admit I don't know who that is.

15:27   12          But on April 9 Mark Hafle sent an e-mail saying

15:28   13    "shifted at 3140 psi.  Or we hope so."

15:28   14          Did you see -- have you seen this document before?

15:28   15    A.   It looks familiar.  I think I've seen something like it

15:28   16    before.

15:28   17    Q.   In your report you actually acknowledge that based on the

15:28   18    documents that you reviewed, there was concern expressed at BP

15:28   19    from documents as to whether or not what they had actually done

15:28   20    when they achieved circulation at 3140 psi, correct?

15:28   21    A.   Yes.  There were some questions, I think, in some of the

15:28   22    e-mail traffic about whether or not it converted.

15:28   23    Q.   This e-mail was consistent with that, correct?

15:28   24    A.   Yes.

15:28   25          MR. HILL:  Can you bring up TREX-2584, please.  Bring

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 15:28 | 1 | up this right here, please, and the one above it. |
| 15:33 | 2 | BY MR. HILL: |
| 15:33 | 3 | Q.   Have you seen this e-mail exchange between Brian Morel and |
| 15:28 | 4 | Bryan Clawson at Weatherford? |
| 15:28 | 5 | A.   I think I've seen this before. |
| 15:29 | 6 | Q.   So on April 19, the same day of the float collar |
| 15:29 | 7 | operation, Mr. Morel writes to Bryan Clawson at Weatherford and |
| 15:29 | 8 | said:  "Yah, we blew it at 3140.  Still not sure what we blew |
| 15:29 | 9 | yet." |
| 15:29 | 10 |         Is this a document that you reviewed? |
| 15:29 | 11 | A.   I believe I've seen this before, yes. |
| 15:29 | 12 | Q.   Is this a document that supports your conclusion that |
| 15:29 | 13 | expressed -- that concern was expressed by BP after obtaining |
| 15:29 | 14 | circulation on the ninth attempt? |
| 15:29 | 15 | A.   Yes. |
| 15:29 | 16 | Q.   One of the things I noted that you relied on in this |
| 15:29 | 17 | section quite a bit was Mr. Bob Kaluza's interview notes. |
| 15:29 | 18 | Right? |
| 15:29 | 19 | A.   Yes. |
| 15:29 | 20 | Q.   Have you seen those interview notes? |
| 15:29 | 21 | A.   I read them a long time ago, yes. |
| 15:29 | 22 |         MR. HILL:  Can we bring up TREX-3188, please. |
| 15:33 | 23 | BY MR. HILL: |
| 15:33 | 24 | Q.   One of the things your team also noted was that |
| 15:29 | 25 | immediately after obtaining circulation by pressuring up to |

**BILL AMBROSE - CROSS**

15:29    1    3140 psi, that BP noticed another anomaly, correct?

15:30    2    **A.**    You have to refresh my memory.  Which one is it?

15:30    3    **Q.**    Sure.  Did you note that BP thought that it was anomalous

15:30    4    that there was a low circulating pressure after having -- after

15:30    5    circulation broke?

15:30    6    **A.**    Yes.  I think it was low by 100 or maybe 150 psi.

15:30    7            **MR. HILL:**  Let's actually bring up Mr. Kaluza's

15:30    8    interview notes at TREX-3188.  Let's bring up from here to

15:30    9    here.  You can bring that down.

15:33   10    BY MR. HILL:

15:33   11    **Q.**    You note at the top that these are Mr. Bob Kaluza's

15:30   12    interview notes from Wednesday, April 28, 2010, which I will

15:30   13    represent to you are interview notes conducted in association

15:30   14    with the Bly investigation.  Okay?

15:30   15    **A.**    Yes.

15:30   16    **Q.**    In describing this operation, Mr. Kaluza talked about

15:30   17    "after shearing, kept going at one barrel per minute and had

15:31   18    128 psi.  My opinion is that after it sheared, the flow came

15:31   19    back real quick.  I said, 'Wow.  Look at how much fluid we got

15:31   20    back.'

15:31   21            "Halliburton had modeled at four barrels per minute,

15:31   22    min pressure should be 570 psi."  Correct?

15:31   23    **A.**    Yes.

15:31   24    **Q.**    Does that refresh your recollection of what the model

15:31   25    circulating pressure should have been?

**BILL AMBROSE - CROSS**

15:31    1    **A.**    Yes. And I've seen this.

15:31    2    **Q.**    They ramped up in one-barrel increments to get up to four

15:31    3    barrels per minute, and they were only able to read 350 psi

15:31    4    circulating pressure, correct?

15:31    5    **A.**    That's correct.

15:31    6    **Q.**    That's a difference of, what, 225 psi, right?

15:31    7    **A.**    Yes.

15:31    8    **Q.**    And this includes, then, in the interview, "I said, 'this

15:31    9    is odd, you guys. This is very low.'" Correct?

15:31    10    **A.**    Yes.

15:31    11    **Q.**    Now, Mr. Kaluza then discussed this with John Guide and

15:31    12    Keith Daigle. "John said, 'pump cement.'" Correct?

15:31    13    **A.**    Yes, it says that.

15:32    14    **Q.**    You don't have to be an expert. It's just common sense.

15:32    15    If your circulating pressures are low and you're pumping it

15:32    16    through a pressurized system, a lower circulating pressure

15:32    17    indicates that something has opened up in a larger geometry

15:32    18    than what you expected, correct?

15:32    19    **A.**    Yes, that's true.

15:32    20    **Q.**    Did you at Transocean do anything to discount the

15:32    21    possibility or to rule out that there could have been an

15:32    22    opening in the casing after this operation?

15:32    23    **A.**    As far as the casing goes, we looked at -- there was a

15:32    24    test done at 11:30 that morning of the 20th. It was a positive

15:32    25    casing pressure test that we would have done before. And it

BILL AMBROSE - CROSS

15:32    1    was a good test.  It passed.

15:32    2    **Q.**   That positive pressure test actually pressures up from the

15:32    3    plugs on top of the float collar up to the BOP, correct?

15:32    4    **A.**   That's correct.

15:32    5    **Q.**   That does not look at what happened below the float collar

15:32    6    in the area of the shoe track, does it?

15:32    7    **A.**   That's correct.

15:32    8    **Q.**   So did you at Transocean do anything to rule out the

15:32    9    possibility that something opened up below the float collar

15:33    10    after the attempt to convert the negative -- the attempt to

15:33    11    convert the float collar?

15:33    12    **A.**   Open up, as far as the shoe track, you mean?

15:33    13    **Q.**   Yes, sir.

15:33    14    **A.**   No.  There's no way for us to have known that one.

15:33    15    **Q.**   It's possible, isn't it, that something opened up below

15:33    16    the float collar?

15:33    17    **MS. KARIS:**  Objection, calls for speculation.  The

15:33    18    witness just said there's no way to know.

15:33    19    **THE COURT:**  Sustained.

15:33    20    BY MR. HILL:

15:33    21    **Q.**   Let's talk --

15:33    22    **MR. HILL:**  About let's go back to demonstrative

15:33    23    D-8036, please.

15:33    24    BY MR. HILL:

15:33    25    **Q.**   One of the conclusions that the Transocean investigative

BILL AMBROSE - CROSS

15:33   1   team came up -- came to was that they believe that because BP
15:33   2   pressurized up to 3142 psi without circulation, that they
15:34   3   likely shot that actuator ball out of the bottom of the tube.
15:34   4   Correct?
15:34   5   A.   Yes, that's one option.
15:34   6   Q.   So to understand what that means, if the ball is shot out
15:34   7   of the actuator tube, the autofill tube actually stays in place
15:34   8   and keeps those flapper valves open, correct?
15:34   9   A.   That's correct.
15:34   10  Q.   You had done some -- your team, I should say -- has done
15:34   11  some testing on actual float collars, correct?
15:34   12  A.   Yes, we did.
15:34   13  Q.   You guys actually applied pressure to that ball to find
15:34   14  out what pressures it would take to push it out of the autoflow
15:34   15  tube, correct?
15:34   16  A.   We did it mechanically, then converted it back to a
15:34   17  pressure.  Yes, we did that test.
15:34   18  Q.   Understood.  So you -- basically what that means is you
15:34   19  had to calculate what the psi would be based from that test,
15:34   20  correct?
15:34   21  A.   You got it.  Yes.
15:34   22  Q.   You found out that in one of those tests you shot that
15:34   23  ball out of the tube at a pressure of 1477 psi, correct?
15:34   24  A.   I believe that's the number, yes.
15:34   25  Q.   We can look at page 53 of your report, if you are

BILL AMBROSE - CROSS

15:35   1   comfortable.

15:35   2   **A.**   You're in the ballpark.  I think one was at 1300-something

15:35   3   and one was at 1400-something.

15:35   4   **Q.**   One was at 1477, according to your report, and one of them

15:35   5   was at 1840 psi.  Okay?

15:35   6   **A.**   Yes.

15:35   7   **Q.**   Those two numbers are clearly lower than 3142 psi,

15:35   8   correct?

15:35   9   **A.**   They are.

15:35   10  **Q.**   In fact, your investigative team concluded that the likely

15:35   11  failure of the float collar was due to the fact that that high

15:35   12  pressure on the ninth attempt actually shot that ball out of

15:35   13  the tube and left the tube in place, correct?

15:35   14  **A.**   That's our theory, yes.

15:35   15  **Q.**   The effect of that is that the float collar never

15:35   16  converted?

15:35   17  **A.**   Yes.

15:35   18  **Q.**   And it retained its capacity of being a two-way valve,

15:35   19  essentially, right?

15:35   20  **A.**   It would, yes.

15:35   21  **Q.**   It wasn't converted to a one-way valve, correct?

15:35   22  **A.**   That's correct.

15:35   23  **Q.**   I noted you also previously testified that the fact that

15:35   24  during the negative pressure test that there was communication

15:35   25  with the wellbore or pressure being communicated from the

BILL AMBROSE - CROSS

15:36    1    formation is pretty good evidence that that float collar never
15:36    2    did convert.
15:36    3    A.   Yes.  In the testing we did, we closed the flaps on one
15:36    4    test just to see what kind of back pressure it could hold.  I
15:36    5    believe the number was over 3000 psi.
15:36    6    Q.   You would agree with me that the whole purpose of having
15:36    7    the shoe track is to be a gateway, or to help regulate
15:36    8    placement of the cement during the cement job.  Correct?
15:36    9    A.   That's what this is for, yes.
15:36   10    Q.   You would agree with me that if you lose integrity of the
15:36   11    shoe track, you lose the ability to predict where you're
15:36   12    placing cement.  Correct?
15:36   13    A.   It could be somewhere other than where you think it is.
15:36   14    It could come back up into your casing.
15:36   15    Q.   In fact, if the CBL had been -- if BP had chosen to do a
15:36   16    CBL and looked at the top of the cement, we would have an
15:36   17    indication of whether placement was compromised, right?
15:36   18    A.   It would be an indication, yes.
15:37   19    Q.   There's just one other thing I need to clean up.  Okay?
15:37   20         In your report, if you had cited something -- let me
15:37   21    ask you, if you had -- you put appendices and you put end notes
15:37   22    and you put footnotes citing to support for some of the factual
15:37   23    things that you were relying on in your investigative report,
15:37   24    correct?
15:37   25    A.   Yes.

BILL AMBROSE - CROSS

15:37  1        **MR. HILL:**  Can we bring up --
15:33  2    **BY MR. HILL:**
15:33  3    **Q.**   There's a difference in one aspect that I want to talk to
15:37  4    you about, and it's between page 52 and page 213.
15:37  5        **MR. HILL:**  Can you bring up page 52 of TREX-4248?
15:37  6        **THE COURT:**  It's page 40 on the screen.
15:38  7        **MR. HILL:**  It goes by the page number of the report,
15:38  8    Your Honor, up there on the left-hand corner.
15:38  9        **THE COURT:**  That doesn't help our record.  You need
15:38  10   to have the exhibit number.
15:38  11       **MR. HILL:**  The exhibit number is TREX-4248.
15:38  12       **THE COURT:**  Page 40 or .40 or whatever you all are
15:38  13   calling it.
15:38  14       **MR. HILL:**  Honestly, I don't know why that is.
15:38  15   There's no Bates number on it.
15:38  16       **THE COURT:**  I'm looking at the top of the screen.
15:38  17   That's what it has on it.
15:38  18       **MR. HILL:**  Okay.  We'll call it out as TREX-4248,
15:38  19   page 40 on the file, and the actual page, though, that
15:38  20   Transocean drafted is page 52 of the report.  Fair?
15:38  21            Bring up the bottom paragraph, please.
15:38  22   **BY MR. HILL:**
15:38  23   **Q.**   Now, in the Transocean investigative report, after
15:38  24   noticing these low circulating pressures that we have been
15:38  25   talking about, your team wrote, "The BP well site leader

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

15:39  1    discussed the concerns over low pressure with BP onshore well

15:39  2    management, but they ultimately decided to proceed with

15:39  3    cementing"; correct?

15:39  4    A.   It states that, yes.

15:39  5    Q.   There is a citation there of 32 and what you relied on was

15:39  6    Brian Kaluza's notes.  Okay?  I can show you that, or do you

15:39  7    want to take my word for it?

15:39  8    A.   Okay.

15:39  9    Q.   These are the same notes that we just looked at.  All

15:39  10   right?  And I would like to bring that up and ask you if

15:39  11   anywhere in those notes does it show that the BP well site

15:39  12   leader actually discussed this with any Halliburton cement

15:39  13   engineer?  Okay?

15:39  14        MR. HILL:  Can you please bring back up TREX-3188.

15:39  15   Bring up the bottom half, please.

15:39  16   BY MR. HILL:

15:39  17   Q.   I'll give you a minute to review that.  What I want to

15:39  18   know is -- according to Mr. Kaluza when he gave this interview

15:39  19   that you have cited -- for this proposition, whether Mr. Kaluza

15:40  20   ever went and discussed this with any Halliburton cement

15:40  21   engineer.

15:40  22        MS. KARIS:  I object to foundation.  He can certainly

15:40  23   speak to whether the notes contain such a conversation --

15:40  24        MR. HILL:  Fair.

15:40  25        MS. KARIS:  -- but whether Kaluza went and spoke to

**BILL AMBROSE - CROSS**

15:40   1   somebody from Halliburton --

15:40   2           MR. HILL:  I can rephrase.

15:40   3           THE COURT:  All right.  Go ahead.

15:40   4   BY MR. HILL:

15:40   5   Q.   According to your review of these notes, do these notes

15:40   6   reflect that Mr. Kaluza ever spoke to any Halliburton cement

15:40   7   engineer about the low circulating pressures?

15:40   8   A.   The notes don't indicate that.

15:40   9   Q.   Later in your report, there is almost the --

15:40  10           MR. HILL:  Bring that back down.  Why don't we go to

15:40  11   page 213.  TREX-4248.  So this is TREX-4248.197, and on the

15:40  12   document it's page 213 of the Transocean investigative report.

15:40  13   Can you please bring up this part right here, the bottom of

15:40  14   that first paragraph.  No, the bottom of the first paragraph

15:40  15   please.  That's good.

15:40  16   BY MR. HILL:

15:40  17   Q.   Right here, it says:  "The BP well-site leader expressed

15:41  18   concern about the issue, took steps to investigate it, and

15:41  19   discussed the question of whether the float collar had

15:41  20   converted with the Halliburton cementing engineer and BP's

15:41  21   shore team."

15:41  22           There is no citation for that, and I was wondering if

15:41  23   you could please tell us the basis for that conversation or the

15:41  24   basis for this factual assertion in the report?

15:41  25   A.   I don't know that I could remember exactly where that came

6182

**BILL AMBROSE - CROSS**

15:41  1    from, so I would have to ask the member of the team that wrote

15:41  2    this section.

15:41  3    **Q.**   Fair enough.

15:41  4         Mr. Ambrose, I think you indicated that you didn't

15:41  5    have the benefit of reading deposition testimony in the MDL

15:41  6    proceeding.  Correct?

15:41  7    **A.**   Yes.  I did not.

15:41  8    **Q.**   You did not.

15:41  9         So to the extent the Halliburton engineer who was

15:41  10   actually there testified that he never spoke to Kaluza, but he

15:41  11   actually spoke to Halliburton onshore after observing it, you

15:41  12   would have no basis to dispute that, would you?

15:42  13   **A.**   I wouldn't know.

15:42  14        **MR. HILL:**  That's all the questions I have.  Thank

15:42  15   you.

15:42  16        **THE COURT:**  BP.

15:43  17        **MS. KARIS:**  May I proceed, Your Honor?

15:43  18        **THE COURT:**  Yes.

15:43  19                  **CROSS-EXAMINATION**

15:43  20   **BY MS. KARIS:**

15:43  21   **Q.**   Good afternoon, Mr. Ambrose.  Hariklia Karis conducting

15:43  22   your cross-examination on behalf of BP.

15:43  23        You testified earlier this morning that you

15:43  24   investigated this incident over a 14-month period; is that

15:43  25   fair?

BILL AMBROSE - CROSS

15:43  1   **A.**   Yes, it was conducted over that period.

15:43  2   **Q.**   There were 50 to 70 different members to your team from

15:43  3   various disciplines and expertise, correct?

15:43  4   **A.**   Yes.

15:43  5   **Q.**   That included some cement experts?

15:44  6   **A.**   A cement expert.

15:44  7   **Q.**   A cement expert, excuse me.

15:44  8          A drilling engineering expert?

15:44  9   **A.**   Yes.

15:44  10  **Q.**   And then a variety of other disciplines.  Fair enough?

15:44  11  **A.**   Yes.

15:44  12  **Q.**   Is it accurate to say that after 14 months of

15:44  13  investigation, the question you were asked to answer is to find

15:44  14  the truth -- I think you told us this morning -- as to what

15:44  15  happened, correct?

15:44  16  **A.**   Yes.

15:44  17  **Q.**   That's what Mr. Newman charged you with:  Find the truth

15:44  18  as to what happened?

15:44  19  **A.**   Yes.

15:44  20  **Q.**   Is it correct that after all that work the truth that you

15:44  21  found is that this incident involved multiple actions by

15:44  22  numerous parties or mistakes that were made to lead to the

15:44  23  Macondo blowout?

15:44  24  **A.**   We did find multiple causes, yes.

15:44  25  **Q.**   So is it correct that you didn't identify any single

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 15:44 | 1 | action or inaction that caused this incident? |
| 15:45 | 2 | A.   There were several things that contributed to it. |
| 15:45 | 3 | Q.   The multiple companies and work teams and circumstances |
| 15:45 | 4 | that were involved included Transocean, BP, and Halliburton? |
| 15:45 | 5 | A.   Those were all the involved parties. |
| 15:45 | 6 | Q.   So the truth that you found is that Halliburton, |
| 15:45 | 7 | Transocean, and BP's conduct combined on the evening of |
| 15:45 | 8 | April 20 to cause this horrific event? |
| 15:45 | 9 | A.   We found areas for -- you know, that everybody was |
| 15:45 | 10 | involved in. |
| 15:45 | 11 | Q.   Now, is it correct to say that you did not look at how the |
| 15:45 | 12 | conduct -- strike that. |
| 15:45 | 13 | You talked about some design decisions that you |
| 15:45 | 14 | looked at, well design decisions, well construction decisions. |
| 15:45 | 15 | Do you recall that? |
| 15:45 | 16 | A.   Yes. |
| 15:45 | 17 | Q.   Is it correct that you did not look to see how BP's |
| 15:45 | 18 | decisions with respect to the Macondo well compared to industry |
| 15:46 | 19 | practice? |
| 15:46 | 20 | A.   We did consider options that are typical industry |
| 15:46 | 21 | practices. |
| 15:46 | 22 | Q.   You considered industry practice, but you didn't look at |
| 15:46 | 23 | how BP's conduct compared to the standard of care, if you will, |
| 15:46 | 24 | in the industry, correct? |
| 15:46 | 25 | A.   We didn't look at the conduct, no. |

BILL AMBROSE - CROSS

15:46  1    **Q.**   So with respect to the issue of how conduct compared to
15:46  2    the standard of care that the industry applies, that's
15:46  3    something that your team didn't undertake; you left that to
15:46  4    others?
15:46  5    **A.**   We didn't look at that.
15:46  6    **Q.**   Now, you did work a little with Mr. Barnhill.  Do you know
15:46  7    who Mr. Barnhill is?  Calvin Barnhill?
15:46  8    **A.**   I know Calvin, yes.
15:46  9    **Q.**   You would consider him to be somebody who has extensive
15:46  10   expertise and experience in the area of drilling engineering,
15:46  11   including well design and construction?
15:46  12   **A.**   He is, yes.
15:46  13   **Q.**   So you would defer to him with respect to the issue of
15:46  14   whether BP's conduct met the standard of care in the industry
15:47  15   for various things, including things you looked at like
15:47  16   temporary abandonment, well design, and construction?
15:47  17   **A.**   He wasn't part of our investigation team, so I don't know
15:47  18   what his opinions are on that.
15:47  19   **Q.**   Now, you were asked several questions about what
15:47  20   communication or information was provided to BP -- or by BP to
15:47  21   Transocean, and I want to follow up a little bit on that.
15:47  22        First, is it correct to say that in the course of
15:47  23   drilling the Macondo well BP did provide Transocean with
15:47  24   information regarding various features of the well?
15:47  25   **A.**   Various features?

BILL AMBROSE - CROSS

15:47  1  **Q.**    Yes.
15:47  2  **A.**    They would have to know certain things, yes.
15:47  3  **Q.**    And that information that BP provides regarding the well
15:47  4  design begins with the pre-spud meeting before the
15:47  5  *Deepwater Horizon* ever begins any activity at the Macondo well,
15:47  6  correct?
15:47  7  **A.**    That's usually a starting point for a well.
15:48  8  **Q.**    In fact, Transocean has a policy.
15:48  9          **MS. KARIS:**  If we can bring up 1454.9.3, please.
15:48  10  BY MS. KARIS:
15:48  11  **Q.**    You're familiar with Transocean's well control handbook
15:48  12  and policy, correct?
15:48  13  **A.**    Yes.
15:48  14  **Q.**    These are procedures that Transocean requires.
15:48  15          "Prior to spudding, it is the responsibility of the
15:48  16  Rig Manager Performance, in conjunction with the OIM, to review
15:48  17  the well program and ensure that well control issues have been
15:48  18  addressed."
15:48  19          That's what Transocean requires, correct?
15:48  20  **A.**    Yes.
15:48  21  **Q.**    And that rig manager performance, that would be
15:48  22  Mr. Johnson, Paul Johnson, correct?
15:48  23  **A.**    Yes.
15:48  24  **Q.**    And the OIM here, one of them was Jimmy Harrell and the
15:48  25  other one was Rodney Ryan?

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 15:48 | 1 | **A.**   Yes. |
| 15:48 | 2 | **Q.**   So at least pursuant to Transocean's policy before the |
| 15:48 | 3 | *Deepwater Horizon* ever began, these individuals -- Mr. Johnson |
| 15:49 | 4 | as well as Mr. Harrell and Mr. Ryan -- were required to ensure |
| 15:49 | 5 | that well control issues could be addressed and that they had |
| 15:49 | 6 | reviewed the well program, correct? |
| 15:49 | 7 | **A.**   Yes. |
| 15:49 | 8 | **Q.**   Did you look at the information that BP provided as |
| 15:49 | 9 | required by Transocean's policy here? |
| 15:49 | 10 | **A.**   Thinking back, I think we did see the original well plan |
| 15:49 | 11 | that was given to Paul Johnson. |
| 15:49 | 12 | **Q.**   Okay. |
| 15:49 | 13 |      **MS. KARIS:**   If we can turn to 3324.1.1, please. |
| 15:49 | 14 | **BY MS. KARIS:** |
| 15:49 | 15 | **Q.**   January 30, 2010, that's about the time that the |
| 15:49 | 16 | *Deepwater Horizon* was going to spud at the Macondo well, |
| 15:49 | 17 | correct?  About six days before? |
| 15:49 | 18 | **A.**   Well, they weren't spudded because they were coming back |
| 15:50 | 19 | on a well that was already drilled -- |
| 15:50 | 20 | **Q.**   Fair enough. |
| 15:50 | 21 |      Before they were going to splash the BOP and actually |
| 15:50 | 22 | begin activities? |
| 15:50 | 23 | **A.**   That's right. |
| 15:50 | 24 | **Q.**   This is information that BP provided or communicated to |
| 15:50 | 25 | Transocean prior to any activity beginning by the |

OFFICIAL TRANSCRIPT

6188

**BILL AMBROSE - CROSS**

15:50   1    *Deepwater Horizon* on the Macondo well for BP, correct?

15:50   2    **A.**   I haven't reviewed in particular that, but it looks like

15:50   3    it's a drilling program.

15:50   4    **Q.**   You see there where it references -- let me see if I can

15:50   5    get this to work.

15:50   6          Do you see where it says "Macondo Drilling Program"?

15:50   7    Do you see that?

15:50   8    **A.**   Yes.

15:50   9    **Q.**   Attached to this --

15:50   10         **MS. KARIS:**   If we can go to 3324.2.1 please.

15:50   11   **BY MS. KARIS:**

15:50   12   **Q.**   That shows the permit to drill a new well that had been

15:50   13   approved by the MMS in May of 2009, when this design was

15:50   14   originally put together, correct?   If you know.

15:50   15   **A.**   I'm just looking for a date.

15:51   16   **Q.**   So am I.

15:51   17         I will represent to you that this is dated May 2009.

15:51   18   Does that sound about the time that this well was originally

15:51   19   designed and approved by the MMS?

15:51   20   **A.**   Yeah, I remember an APD was in 2009.

15:51   21   **Q.**   We were talking about what information BP provides as part

15:51   22   of the pre-spud materials.

15:51   23         **MS. KARIS:**   So if we can go to 41208.2.2.

15:51   24   **BY MS. KARIS:**

15:51   25   **Q.**   Have you seen BP's well design plan that it provided to

BILL AMBROSE - CROSS

15:51  1    Transocean prior to splashing at this well?

15:51  2    A.    I looked at it a long time ago, yes.

15:51  3    Q.    Just to summarize, some of the information that's provided

15:51  4    here would include pore pressure curve; it would include

15:51  5    formation tops and other seismic information, correct?

15:51  6    A.    Yes, it would.

15:51  7    Q.    You have no reason to doubt that BP provided this to

15:52  8    Mr. Johnson and Mr. Harrell for their review, correct?

15:52  9    A.    I believe we saw that they did.

15:52  10   Q.    Now, if we can look at some of the specific information

15:52  11   that was provided with one of the drilling programs at?

15:52  12         MS. KARIS:  7685.1.4, please.

15:52  13   BY MS. KARIS:

15:52  14   Q.    Do you see the bottom e-mail here?  This is from Murry

15:52  15   Sepulvado -- he was one of the well site leaders at the Macondo

15:52  16   well on the *Deepwater Horizon* -- on February 12 and he is

15:52  17   forwarding a final signed Macondo drilling program.  Do you see

15:52  18   that?

15:52  19   A.    Yes.

15:52  20   Q.    He is forwarding it to the *Deepwater Horizon* OIM, who then

15:52  21   goes on to forward it to Mr. Johnson.  Do you see that?

15:52  22   A.    Yes.

15:52  23   Q.    This would have been February 13, 2010, well before any of

15:52  24   the activities that you spoke about today regarding production

15:53  25   casing was run or tight pore pressure, fracture gradient, or

BILL AMBROSE - CROSS

15:53   1   foam cement being pumped, or any of that, correct?

15:53   2   A.   That's correct.

15:53   3        MS. KARIS:   Now, if we can turn to 291.58.4.

15:53   4   BY MS. KARIS:

15:53   5   Q.   Mr. deGravelles asked you about some changes in decisions

15:53   6   regarding the production casing.

15:53   7        Mr. Ambrose, you know from your review of this file

15:53   8   that it was always BP's plan and intention to run a long-string

15:53   9   production casing interval for the final string here, correct?

15:53   10  A.   I can't remember what the original design was.

15:53   11  Q.   Well, the 9 7/8-inch casing interval that we have up here,

15:53   12  that would be the final production string, correct?

15:53   13  A.   That's what was run.

15:53   14  Q.   It says, "The objective of this interval is drill through

15:53   15  the production interval and set 9 7/8-inch long string at

15:53   16  19,650 MD/TVD" -- total vertical depth -- "if a thick enough

15:54   17  productive sand is found," correct?

15:54   18  A.   It states that.

15:54   19  Q.   So fair to say that no later than February of 2010

15:54   20  Transocean was aware that it was BP's plan to run a production

15:54   21  long string for the final interval?

15:54   22  A.   That's in the document, yes.

15:54   23  Q.   You were asked some questions about whether you would have

15:54   24  liked to know about the tight pore pressure/frac gradient

15:54   25  margin.  Mr. deGravelles asked you some questions about that

BILL AMBROSE - CROSS

15:54    1    and put up some documents.

15:54    2              MS. KARIS:  If we can call out the section right

15:54    3    here, which is 291.58.1.

15:54    4    BY MS. KARIS:

15:54    5    Q.   From the same document, same paragraph, BP tells

15:54    6    Transocean in this drilling plan, "As with all sections of this

15:55    7    well, the fracture and pore pressure margins are tight.

15:55    8    Therefore, mud weights and ECD should be managed to permit

15:55    9    drilling as deep as possible without requiring any extra

15:55   10    strings of casing"; correct?

15:55   11    A.   It states that.

15:55   12    Q.   Now, would you agree with me that narrow pore pressures

15:55   13    and fracture gradients are common in deepwater wells in the

15:55   14    Gulf of Mexico?

15:55   15    A.   In some, yeah.

15:55   16    Q.   That's a common occurrence, as you have previously told

15:55   17    us, correct?

15:55   18    A.   Yes.

15:55   19    Q.   So there was nothing unusual about operating in this

15:55   20    environment in the Gulf of Mexico, where they have a tight pore

15:55   21    pressure/fracture gradient margin, correct?

15:55   22    A.   That's correct.

15:55   23    Q.   In this document, it goes on to identify some concerns or

15:55   24    hazards as part of a risk assessment, correct?

15:55   25              MS. KARIS:  If we can look at 291.58.2.

6192

BILL AMBROSE - CROSS

15:56    1    BY MS. KARIS:
15:56    2    Q.    You were asked about BP conducting risk assessments.  The
15:56    3    same document that was forwarded in February of 2010, BP
15:56    4    identifies, under "Concerns or Hazards," pore pressure and
15:56    5    fracture gradients, correct?
15:56    6    A.    Yes.
15:56    7    Q.    That's what you would expect to see in a risk assessment,
15:56    8    a hazard identified and then a mitigation plan put in place,
15:56    9    correct?
15:56   10    A.    That's what you would do.
15:56   11    Q.    That's what prudent practice is, identify your hazard and
15:56   12    then put a plan in place?
15:56   13    A.    Yes.
15:56   14    Q.    The plan that's put in place here, under "Mitigation of
15:56   15    Concerns/Hazards" -- if we can call out this second
15:56   16    paragraph -- includes "Well site leaders, toolpushers,
15:56   17    drillers, and crews are responsible for monitoring drilling
15:57   18    trends and will have an active role in ECD management";
15:57   19    correct?
15:57   20    A.    Yes.
15:57   21    Q.    ECD management is equivalent circulating density
15:57   22    management, correct?
15:57   23    A.    Yes, that's what it means.
15:57   24    Q.    That's basically controlling your mud weights?
15:57   25    A.    Mud weights plus your pressure from pumping.

BILL AMBROSE - CROSS

15:57   1   **Q.**   Fair enough.

15:57   2         Your mud weights plus your pressure from pumping, and

15:57   3   that's the mitigation plan in place that was communicated to

15:57   4   Transocean in February of 2010 in connection with the Macondo

15:57   5   well, correct?

15:57   6   **A.**   Yes.

15:57   7   **Q.**   Now, is it fair to say through the entire investigation

15:57   8   that you conducted over 14 months you found no evidence that

15:57   9   any employee from Transocean raised any concerns to BP about

15:57   10   the drilling plan or program that had been communicated here?

15:57   11   **A.**   I know that on the morning of, there were some concerns

15:57   12   from the OIM, but that's the instance that we found.

15:58   13   **Q.**   We will get to those discussions the morning of, and that

15:58   14   would be Mr. Harrell's conversation with Mr. Kaluza the morning

15:58   15   of, correct?

15:58   16   **A.**   Yes.

15:58   17   **Q.**   We will get to that.

15:58   18         Is it fair to say if Mr. Harrell was not comfortable

15:58   19   proceeding, he had not only the authority but the

15:58   20   responsibility to stop the job?

15:58   21   **A.**   Yes.

15:58   22   **Q.**   Unless he was comfortable proceeding, his obligation as

15:58   23   the senior-most member of that crew was to not proceed with any

15:58   24   operations, correct?

15:58   25   **A.**   That's correct.

BILL AMBROSE - CROSS

15:58   1   **Q.**   Nobody could make him proceed.  The well site leader

15:58   2   couldn't make him proceed if he thought there was an unsafe

15:58   3   environment or condition, correct?

15:58   4   **A.**   That's correct.

15:58   5   **Q.**   You know Mr. Harrell.  You don't think he's somebody that

15:58   6   would allow BP to tell him to proceed if he thought it was

15:58   7   unsafe?

15:58   8   **A.**   I don't know Mr. Harrell, but I would assume that.

15:58   9   **Q.**   Right.  Would you expect of any Transocean OIM, if they

15:58   10  had a concern about safety, that they would not proceed with

15:58   11  operations?

15:58   12  **A.**   That's the expectation.

15:59   13  **Q.**   Now, in addition to talking about tight pore pressure

15:59   14  fracture gradients -- margins, I should say, as well as the

15:59   15  production casing, this plan also disclosed that it was

15:59   16  intended to pump foam cement for the final production interval,

15:59   17  correct?

15:59   18  **A.**   I can't remember what the original document says.

15:59   19  **Q.**   Sure.  Let's take a look at it.  291.68.1, please.

15:59   20       This is the plan circulated in February of 2010 for

15:59   21  the Macondo well for the 9 7/8 casing interval.  And you see

15:59   22  here under 10.5.3 for cementing that casing, what's identified

15:59   23  is to "mix and pump foam cement (per Halliburton's detailed

15:59   24  program)," correct?

15:59   25  **A.**   It states that.

BILL AMBROSE - CROSS

16:00    1    **Q.**   Again, if anybody had any concerns about using foam

16:00    2    cement, because it requires precision and carefulness, if

16:00    3    anybody from Transocean had those concerns, they certainly

16:00    4    could have raised them, correct?

16:00    5    **A.**   Yes.

16:00    6    **Q.**   You saw no evidence that anybody raised any concern about

16:00    7    using a production long string and a foam cement to achieve the

16:00    8    cementing of that casing string, correct?

16:00    9    **A.**   We did not see any.

16:00   10    **Q.**   Now, I recognize that this information was circulated in

16:00   11    February, several months before they ran the production casing.

16:00   12    But you would agree with me that after Transocean receives this

16:00   13    plan, they receive on a daily basis ongoing operational

16:00   14    information in a variety of different forms and formats?

16:00   15    **A.**   Yes.

16:00   16    **Q.**   And some of that includes what's called the five-day

16:00   17    planner.  Are you familiar with the five-day planner?

16:01   18    **A.**   I've seen that, yes.

16:01   19    **Q.**   What a five-day planner does is it's distributed by BP's

16:01   20    well site leader to many members of the Transocean crew, as

16:01   21    well as third-party contractors like Halliburton, that

16:01   22    discusses what the critical operations are coming forward for

16:01   23    the next five days, correct?

16:01   24    **A.**   Yes.

16:01   25    **Q.**   You have no reason to think -- strike that.

6196

**BILL AMBROSE - CROSS**

| | | |
|---|---|---|
| 16:01 | 1 | Do you have any reason to believe that BP didn't |
| 16:01 | 2 | continue distributing these five-day planners through the |
| 16:01 | 3 | morning of April 20? |
| 16:01 | 4 | **A.** I don't remember seeing one.  I don't know if they did or |
| 16:01 | 5 | didn't. |
| 16:01 | 6 | **Q.** Certainly nobody ever told you, "We didn't get any |
| 16:01 | 7 | five-day planners," correct? |
| 16:01 | 8 | **A.** No, I did not hear that. |
| 16:01 | 9 | **Q.** You talked to a number of Transocean's drilling team as |
| 16:01 | 10 | well as several other folks who have survived this incident in |
| 16:01 | 11 | your interviews, correct? |
| 16:01 | 12 | **A.** Yes.  I don't know if we were asking that question. |
| 16:01 | 13 | **Q.** Let's look at TREX-540.2.4.  This is a forward plan. |
| 16:02 | 14 | Do you recognize this as the type of document that BP |
| 16:02 | 15 | would circulate to Transocean's crew as well as others, along |
| 16:02 | 16 | with the five-day planner? |
| 16:02 | 17 | **A.** I'm not familiar with this. |
| 16:02 | 18 | **Q.** Well, this is some of the information.  You talked about |
| 16:02 | 19 | communication that BP provided or didn't provide. |
| 16:02 | 20 | You would agree with me that on April 16 -- this is |
| 16:02 | 21 | part of a five-day plan that BP provided.  And what's |
| 16:02 | 22 | communicated here, if I can get the pointer in order -- let's |
| 16:02 | 23 | try another one.  If at first you don't succeed, what do they |
| 16:02 | 24 | say, try and try again. |
| 16:02 | 25 | April 16, "circulate B/U."  Do you know what that is? |

OFFICIAL TRANSCRIPT

**BILL AMBROSE - CROSS**

16:02   1    A.   Bottoms-up.

16:03   2    Q.   And so at least from April 16, it's known what the

16:03   3    circulate bottoms-up, pump 100 barrels, high viscosity pill,

16:03   4    after ECD level out.  Do you see that?

16:03   5    A.   Yes.

16:03   6    Q.   Then keep ECD below 14.4 pounds, correct?

16:03   7    A.   Yes.

16:03   8    Q.   So that fact was known to anybody that received this

16:03   9    forward plan through no later than April 16, correct?

16:03   10   A.   Yes, it looks like that's that day's plan.

16:03   11   Q.   We will come back to bottoms-up.  But I know there was

16:03   12   some questioning about whether or not bottoms-up had any effect

16:03   13   here, so I wanted to make sure we were on the same page.

16:03   14          This information was communicated by April 16,

16:03   15   correct?

16:03   16   A.   I believe that job was done on April 16, yes.

16:03   17   Q.   That's the last time they circulated this bottoms-up,

16:03   18   correct?

16:03   19   A.   I believe so.

16:03   20   Q.   Now, if we can go to 540.3.2, again, same part of this

16:04   21   five-day plan.  And you see here on what -- what is noted is --

16:04   22   in the plan BP circulates, they say:  "Remember the BP 8 golden

16:04   23   rules of safety in your jobs."

16:04   24          Then at the bottom it says:  "Take time out for

16:04   25   safety.  Stop the job."

BILL AMBROSE - CROSS

16:04    1          Do you see that?

16:04    2    **A.**   Yes.

16:04    3    **Q.**   That would be a reminder to anybody receiving this plan

16:04    4    that if they have any questions or concerns about the plan,

16:04    5    they can certainly take time out for safety and stop the job?

16:04    6    **A.**   It would.

16:04    7    **Q.**   You agree with me that that's prudent practice for an

16:04    8    operator, to remind folks to stop the job if they have any

16:04    9    concerns or feel they don't have any information they need?

16:04   10    **A.**   Yes.

16:05   11    **Q.**   Without going through all the details in that five-day

16:05   12    plan, you have no reason to think that anyone stopped the job

16:05   13    or raised any concerns with what was in that five-day plan that

16:05   14    BP circulated on April 16, correct?

16:05   15    **A.**   I think that it was a one-day plan.  I didn't see the rest

16:05   16    of it.

16:05   17    **Q.**   All right.  Let me help you here.

16:05   18          **MS. KARIS:**   If we can go to TREX-41139.20.2.

16:05   19    BY MS. KARIS:

16:05   20    **Q.**   We certainly won't go through all of these.  But do you

16:05   21    see where it starts on the top on the 15th and goes through the

16:05   22    18th, and it actually goes farther down?  Is this what a

16:05   23    five-day plan would look like?

16:05   24    **A.**   It covers five days, yes.

16:05   25    **Q.**   So it's got "run the casing" there.

**BILL AMBROSE - CROSS**

16:05 1        If you look at the very bottom, it says, "Perform
16:05 2  foam cement job," on the 18th of April at 2300 hours.
16:05 3        Do you see that?
16:05 4  A.   Yes.
16:05 5  Q.   So this would be the five-day plan that communicated
16:06 6  information of what was to transpire over the next five days.
16:06 7  And if anybody had any concerns, BP reminded them they should
16:06 8  stop the job or take a timeout for safety, correct?
16:06 9  A.   Yes.
16:06 10 Q.   Do you know who Micah Burgess is?
16:06 11 A.   I remember the name, but I can't place it.
16:06 12 Q.   He is one of Transocean's drillers who was on the
16:06 13 *Deepwater Horizon* that evening.  Do you recall that?
16:06 14 A.   Yes.
16:06 15 Q.   He was on the day tour, so he was --
16:06 16 A.   Sleeping, yeah.
16:06 17 Q.   -- sleeping at the time of the incident.
16:06 18       Are you aware that Mr. Burgess has acknowledged -- or
16:06 19 did you interview Mr. Burgess?
16:06 20 A.   I can't remember if we did or didn't, because there were a
16:06 21 lot of people we interviewed.
16:06 22 Q.   Fair enough.  Do you have any reason to doubt -- if
16:06 23 Mr. Burgess said he received this five-day plan plus the cement
16:06 24 procedures for cementing the production interval, do you have
16:06 25 any reason to doubt that?

BILL AMBROSE - CROSS

16:07    1    A.   I don't know if he did or didn't, what information was
16:07    2    given to him.
16:07    3    Q.   Fair enough.  Fair enough.
16:07    4         MS. KARIS:  In the interest of time, if we could put
16:07    5    up D-4369.
16:07    6    BY MS. KARIS:
16:07    7    Q.   This is in response to the questions you were asked about
16:07    8    information being communicated by BP to Transocean,
16:07    9    Halliburton, and other contractors about operational decisions.
16:07   10         Did your team look at the various meetings that took
16:07   11    place throughout the course of a single day in which BP
16:07   12    communicated information to Transocean about operational
16:07   13    decisions, including the ones you were evaluating in your
16:07   14    report?
16:07   15    A.   We didn't look at specifically the onboard communication.
16:08   16    It was more the communication from in town.
16:08   17    Q.   You are aware that on board on the rig is actually where a
16:08   18    lot of the communication takes place where BP tells --
16:08   19    communicates to Transocean's OIM, senior toolpusher, or
16:08   20    toolpusher what the operational plan is going to be, correct?
16:08   21    A.   Sure.  A lot of communication happens on the rig every
16:08   22    day.
16:08   23    Q.   Fair enough.  I don't mean to quibble with you.  I just
16:08   24    want to confirm that a lot of communication takes place on the
16:08   25    rig every day where people speak to each other.  So just

**BILL AMBROSE - CROSS**

16:08  1  because there's no written document doesn't suggest that folks

16:08  2  hadn't communicated on what the plan was, correct?

16:08  3  **A.**   I agree with you.

16:08  4  **Q.**   You don't know whether this represents all the meetings

16:08  5  that take place throughout the day?

16:08  6  **A.**   I'm not certain on the *Deepwater Horizon* exactly.

16:08  7  **Q.**   Fair enough.  Do you know, based on your own experience,

16:08  8  whether it is the practice to have multiple meetings a day

16:08  9  where the operator communicates with the contractor about

16:09  10  operational decisions?

16:09  11  **A.**   It's typical to have a morning meeting and maybe an

16:09  12  evening shift handover meeting.

16:09  13  **Q.**   There was nothing in your investigation that led you to

16:09  14  conclude that wasn't occurring on the *Deepwater Horizon*,

16:09  15  correct?

16:09  16  **A.**   No.  It was occurring.

16:09  17  **Q.**   In fact, quite the opposite.  You know that it was

16:09  18  occurring, correct?

16:09  19  **A.**   Yes.  We know it was occurring.

16:09  20  **Q.**   We are going to come back to temporary abandonment in a

16:09  21  short while.  But do you know whether the temporary abandonment

16:09  22  procedure, including the negative pressure test that was

16:09  23  performed on the evening of April 20, was discussed in one of

16:09  24  these daily meetings or in at least one of these daily

16:09  25  meetings?

## BILL AMBROSE - CROSS

16:09  1   **A.**   We don't know if it's discussed.  We couldn't talk with

16:10  2   some of those individuals.

16:10  3   **Q.**   How about Mr. Harrell?  Did you speak with him?

16:10  4   **A.**   No, ma'am.

16:10  5   **Q.**   Did you speak with Mr. Ezell?

16:10  6   **A.**   Previously, but I can't remember the topic of that one.

16:10  7   **Q.**   If Mr. Ezell says the temporary abandonment procedure was

16:10  8   discussed with him, do you have any reason to doubt that?

16:10  9   **A.**   No.

16:10  10  **Q.**   You were asked some questions about the long string, and

16:10  11  you talked about when BP communicated to Transocean its

16:10  12  intention to use a long string.  But I want to follow up now

16:11  13  with respect to the decision to use the long string.

16:11  14          Your team did evaluate the decision to use long

16:11  15  string at the Macondo well, correct?

16:11  16  **A.**   Yes.

16:11  17  **Q.**   The conclusion of your team was that the production long

16:11  18  string at Macondo did, in fact, have integrity to serve its

16:11  19  purpose and function, correct?

16:11  20  **A.**   Structurally it was sound, yes.

16:11  21  **Q.**   Your team's conclusion was that the investigation

16:11  22  confirmed that BP's long string line design met the loading

16:11  23  conditions that were experienced prior to and during the well

16:11  24  control incident, correct?

16:11  25  **A.**   Yes.

BILL AMBROSE - CROSS

16:11  1   Q.   Now, in assessing the decision to use the production long
16:11  2   string, did you look at how -- strike that.
16:12  3        In assessing the decision to use the long string, did
16:12  4   you determine how often production long string casing is used
16:12  5   in the Gulf of Mexico where, as you told us, tight pore
16:12  6   pressure frac gradient margins are not uncommon?
16:12  7   A.   I can't remember if we put a number to that.
16:12  8   Q.   Did you look at the internal investigation report
16:12  9   conducted by BP, now come to be known as the Bly report?
16:12  10  A.   I did.
16:12  11  Q.   Did you see Appendix O of that report where Mr. Bly and
16:12  12  his team did look at how often a long string -- production long
16:12  13  string is used in the Gulf of Mexico in similar environments?
16:12  14  A.   I don't remember that section.
16:12  15      MS. KARIS:   If we can go to 4743.1.1, please.
16:12  16  BY MS. KARIS:
16:12  17  Q.   Does this refresh your memory that Appendix O of the
16:13  18  internal investigation report for BP, the Bly report, has an
16:13  19  industry comparison of data on long string casing and casing
16:13  20  liners in the Macondo well area?  Does this refresh your
16:13  21  memory?
16:13  22  A.   I don't remember specifically reading this appendix of it,
16:13  23  but it's there, obviously.
16:13  24  Q.   You read the whole Bly report and its appendices, correct?
16:13  25  A.   I read the main text.  I don't know that I read every

6204

**BILL AMBROSE - CROSS**

16:13  1    appendices.

16:13  2    **Q.**   Fair enough.  You see in Appendix O where BP's

16:13  3    investigation team did look at this issue of how does the long

16:13  4    string compare to the industry.  What they concluded is that

16:13  5    long strings were installed in 57 percent of the wells in the

16:13  6    Gulf of Mexico in the region they looked at, while 36 percent

16:13  7    used liners or liners with tiebacks, correct?

16:13  8    **A.**   That's what it states.

16:13  9    **Q.**   You have no evidence to dispute the accuracy of that.

16:13  10   That's not something your team looked at, correct?

16:13  11   **A.**   No, we did not.

16:13  12   **Q.**   Is it fair to say that whatever the challenges were with

16:14  13   running a long string that you identified in your report,

16:14  14   nobody from Transocean, Halliburton, or any other company to

16:14  15   your knowledge ever raised any concerns with running that long

16:14  16   string?

16:14  17   **A.**   I don't remember any.

16:14  18   **Q.**   Certainly you have no evidence of anybody stopping the job

16:14  19   or elevating to any level of management concerns or even

16:14  20   communicating to BP any concerns about running that design,

16:14  21   correct?

16:14  22   **A.**   No.

16:14  23   **Q.**   Is my statement correct?  We have a double negative.

16:14  24   **A.**   I don't remember.

16:14  25   **Q.**   Fair enough.  Enough about the long string.  Let's talk

BILL AMBROSE - CROSS

16:14  1    about the cement.

16:14  2            You told us earlier today, and then again when

16:14  3    Mr. Hill questioned you, that you did have a cementing expert

16:15  4    on your investigation team, correct?

16:15  5    A.   Yes.

16:15  6    Q.   He was a gentleman from Schlumberger?

16:15  7    A.   He retired.

16:15  8    Q.   Retired.  How many years had he been with Schlumberger; do

16:15  9    you know?

16:15  10   A.   I don't know the exact.  I think over 35.

16:15  11   Q.   Over 35 years.  Was he somebody who had experience in

16:15  12   evaluating slurry designs such as the one Halliburton

16:15  13   recommended and pumped at Macondo?

16:15  14   A.   He had pretty extensive experience in various cement jobs.

16:15  15   Q.   Based on your investigation, would you agree that

16:15  16   Halliburton was fully involved in the cementing design

16:15  17   decisions at -- that took place at Macondo?

16:15  18   A.   I don't know that I'm in a position to say they were fully

16:15  19   involved.

16:15  20   Q.   Fair enough.  Would you certainly say that Halliburton

16:15  21   recommended the cement slurry that was pumped at Macondo based

16:15  22   on whatever information your team reviewed?

16:15  23   A.   We saw communications going back and forth between BP and

16:15  24   Halliburton in some of the documents.  I wouldn't say we had it

16:16  25   all, by the way.

OFFICIAL TRANSCRIPT

6206

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 16:16 | 1 | **Q.** Understood. |
| 16:16 | 2 | **A.** We saw recommendations going both directions. |
| 16:16 | 3 | **Q.** Okay.  Based on your experience in the industry, is |
| 16:16 | 4 | Halliburton recognized as a leader in the area of cementing? |
| 16:16 | 5 | **A.** They are. |
| 16:16 | 6 | **Q.** Based on your experience again, does Halliburton have |
| 16:16 | 7 | experience in designing and executing foam slurry on cement |
| 16:16 | 8 | jobs? |
| 16:16 | 9 | **A.** They do. |
| 16:16 | 10 | **Q.** Based on your review of the file in this case, whatever |
| 16:16 | 11 | information you looked at, you would agree that Halliburton |
| 16:16 | 12 | provided the cementing products and cementing expertise at the |
| 16:16 | 13 | Macondo well? |
| 16:16 | 14 | **A.** I believe that's why you hired them, yes.  BP hired them. |
| 16:16 | 15 | **Q.** Correct.  You agree that Halliburton, as a cementing |
| 16:16 | 16 | contractor was aware of what cement testing it had performed? |
| 16:16 | 17 | **A.** I would assume. |
| 16:16 | 18 | **Q.** Right.  And based on your review, again, of the materials |
| 16:17 | 19 | in this case and the investigation you conducted over |
| 16:17 | 20 | 14 months, you agree that Halliburton controlled the testing |
| 16:17 | 21 | that it ran? |
| 16:17 | 22 | **A.** They conducted the testing. |
| 16:17 | 23 | **Q.** Did you become aware that Halliburton canceled certain |
| 16:17 | 24 | tests? |
| 16:17 | 25 | **A.** Again, that was a piece that we didn't -- knowingly we |

BILL AMBROSE - CROSS

16:17   1   didn't have all the communications.  So I couldn't tell you if
16:17   2   they did or didn't cancel tests.
16:17   3   Q.   All right.
16:17   4        MS. KARIS:  If we can pull up TREX-713.8.1, please.
16:17   5   BY MS. KARIS:
16:17   6   Q.   As part of the materials that you reviewed, did you review
16:17   7   Halliburton's post-job report for the production casing, the
16:17   8   9 7/8 production casing?
16:17   9   A.   Yes.  I think we had this.
16:17   10  Q.   That's what we are looking at, right?  This is the report
16:18   11  that Halliburton created after it pumped the job at Macondo.
16:18   12  And one of the pages identifies significant points.
16:18   13       Do you see that?
16:18   14  A.   Yes.
16:18   15  Q.   They report that the cement job was pumped as planned,
16:18   16  correct?
16:18   17  A.   Yes.
16:18   18  Q.   A couple bullets down, that full returns were seen
16:18   19  throughout the entire job, correct?
16:18   20  A.   Yes.
16:18   21  Q.   They report the lift pressures being estimated at 100 psi,
16:18   22  correct?
16:18   23  A.   Yes.
16:18   24  Q.   And then they report that the "floats held after job,"
16:18   25  correct?

BILL AMBROSE - CROSS

16:18    1    **A.**    That's what it states.

16:18    2    **Q.**    Those would be the floats from the float collar?

16:18    3    **A.**    Yes.

16:18    4    **Q.**    We will get back to the float collar.  But it's fair to

16:18    5    say that what Halliburton told BP, after the job was pumped,

16:18    6    was that the floats held, correct?

16:18    7    **A.**    Yes.

16:19    8           **THE COURT:**  What is that document, Ms. Karis?

16:19    9           **MS. KARIS:**  I'm sorry.  I should have called up -- if

16:19    10    we could call up Exhibit 708, please.

16:19    11    **BY MS. KARIS:**

16:19    12    **Q.**    This is an e-mail from Mr. Nathaniel Chaisson, of

16:19    13    Halliburton, dated April 20, at 5:45 -- at least that's the

16:19    14    stamp on the top -- to Jesse Gagliano.  So it's an internal

16:19    15    BP -- I mean, strike that -- internal Halliburton e-mail.

16:19    16           And it says -- I guess we should go through it.

16:19    17           "Jesse" --

16:19    18           **THE COURT:**  Wait, wait, wait.  What you had up on the

16:19    19    screen is what?

16:19    20           **MS. KARIS:**  It's attached to this.  It's part of

16:19    21    Exhibit 708.

16:19    22           **THE COURT:**  Oh, it's an attachment?  Okay.  That's

16:19    23    all I need to know.  Thank you.

16:19    24           **MS. KARIS:**  Let me back up.  My fault for not

16:19    25    establishing this properly.

BILL AMBROSE - CROSS

16:25   1   BY MS. KARIS:

16:19   2   Q.   Mr. Chaisson, he's with Halliburton, correct?

16:19   3   A.   I believe so, yes.

16:19   4   Q.   He was on the rig and one of the cement specialists that

16:19   5   Halliburton had on *Deepwater Horizon* on the evening of

16:19   6   April 20.  He was involved in the cement job, correct?

16:19   7   A.   I believe he was, yes.

16:20   8   Q.   You know who Mr. Gagliano is.  He was Halliburton's cement

16:20   9   specialist that worked in Houston with BP's drilling engineers,

16:20   10  correct?

16:20   11  A.   Yes.

16:20   12  Q.   He sends a report on April 20, after the cement job is

16:20   13  pumped, for the 9 7/8-inch casing production job.  And he

16:20   14  attaches the results of that job, correct?

16:20   15  A.   Yes.

16:20   16  Q.   He says:  "Jesse, we have completed the job, and it went

16:20   17  well.  Full returns were observed throughout, and I estimated

16:20   18  about 100 psi of lift pressure before we bumped the plug."

16:20   19         Do you see that?

16:20   20  A.   It states that, yes.

16:20   21  Q.   Right.  So what Mr. Chaisson is doing is he is reporting

16:20   22  internal to Halliburton how he believed this cement job went.

16:20   23  And he reports that those floats held, correct, as we

16:20   24  previously saw?

16:21   25  A.   Yes, on the report.

BILL AMBROSE - CROSS

16:21  1    **Q.**   Yes.

16:21  2         **MS. KARIS:**   And I'll represent that 713.8.1 that we

16:21  3    previously looked at is found at page 5 of the post-job report

16:21  4    attached to this e-mail.

16:25  5    **BY MS. KARIS:**

16:21  6    **Q.**   You were asked about cement bond logs.  Do you know

16:21  7    whether lift pressures and bumping plugs, having proper lift

16:21  8    pressures and bumping your plugs on time, are two of the

16:21  9    criteria that BP's well team used in making a decision as to

16:21  10   whether they would run a cement bond log?

16:21  11   **A.**   I can't recall all of the decision points.

16:21  12   **Q.**   Do you know whether, in the industry, those are two

16:21  13   criteria that are typically used as an operator is deciding

16:21  14   whether or not to run a cement bond log; that is, whether they

16:21  15   bump their plugs on time and what kind of lift pressures they

16:22  16   achieve in the course of this operation?

16:22  17   **A.**   To be honest, I'm not an expert in this area, so I

16:22  18   couldn't tell you what the decision points are.

16:22  19   **Q.**   Okay.  We will ask the cement experts.  But I'm just

16:22  20   wondering, in connection with the CBL decisions, cement bond

16:22  21   log decisions, whether you know if those were two criteria

16:22  22   used.

16:22  23   **A.**   I can't remember.

16:22  24   **Q.**   Fair enough.  Now back to the cement.

16:22  25         We were talking about the evaluation by your team of

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 16:22 | 1 | the Halliburton cement job. |
| 16:22 | 2 | MS. KARIS:  If we can go to 4248.44.1, please. |
| 16:25 | 3 | BY MS. KARIS: |
| 16:25 | 4 | Q.   Again, this is from your report where you are talking well |
| 16:22 | 5 | design.  You note here:  "To achieve this" -- and that would be |
| 16:22 | 6 | cementing the production interval -- "Halliburton proposed a |
| 16:23 | 7 | program that used a nitrified cement slurry to obtain the |
| 16:23 | 8 | desired density; thus, increasing technical complexity." |
| 16:23 | 9 | Correct? |
| 16:23 | 10 | A.   That's what we state, yes. |
| 16:23 | 11 | Q.   You found in your investigation that Halliburton included |
| 16:23 | 12 | an antifoaming agent in the design of the cement slurry, and |
| 16:23 | 13 | that that was not compatible with the foam cement, correct? |
| 16:23 | 14 | A.   That's correct. |
| 16:23 | 15 | MS. KARIS:  If we can look at 4248.44.2, please. |
| 16:25 | 16 | BY MS. KARIS: |
| 16:25 | 17 | Q.   Again, from your report, what you concluded with the |
| 16:23 | 18 | assistance of the former Schlumberger cementing expert, is that |
| 16:23 | 19 | "Anti-foaming agents are not compatible with foamed cement, as |
| 16:23 | 20 | they can act as a destabilizing agent." |
| 16:23 | 21 | Correct? |
| 16:23 | 22 | A.   That's correct. |
| 16:23 | 23 | Q.   You go on to say:  "There is no evidence that use of D-Air |
| 16:23 | 24 | products in foamed cement is recommended by Halliburton in its |
| 16:24 | 25 | Foam Cementing Operations Manual.  Therefore, the anti-foaming |

BILL AMBROSE - CROSS

16:24   1    agent (D-Air 3000) should not have been included in the slurry
16:24   2    without performing extensive laboratory testing."
16:24   3              That was the conclusion of your team, correct?
16:24   4    A.   Yes, it was.
16:24   5    Q.   And in evaluating the -- your team did evaluate the
16:24   6    stability of Halliburton's foam cement job, correct?
16:24   7    A.   We had to rely on the work that was done by the
16:24   8    President's Commission with Chevron, because we had no access
16:24   9    to that kind of information.
16:24   10   Q.   So you relied on some of the Chevron testing.  You also
16:24   11   looked at some of the testing that CSI had performed on behalf
16:24   12   of the Bly team, correct?
16:24   13   A.   Yes.
16:24   14   Q.   In evaluating both Chevron testing as well as the testing
16:24   15   that had been done on behalf of the Presidential Commission,
16:24   16   your team reached a conclusion regarding the stability of the
16:24   17   foam cement that was pumped at the Macondo well, correct?
16:25   18   A.   We did.
16:25   19   Q.   What was your conclusion as to whether that cement slurry
16:25   20   was stable or not?
16:25   21             MR. HILL:  Your Honor, I have an objection.  He has
16:25   22   already identified that he's not an expert in foam.  He has
16:25   23   relied on the work of someone who is not a designated expert.
16:25   24   And he has obviously testified that he doesn't know how to
16:25   25   evaluate cement slurry testing already on the stand.

BILL AMBROSE - CROSS

16:25   1          MS. KARIS:  Your Honor, I'm asking him about the work
16:25   2   that his team did and --
16:25   3          THE COURT:  I'm going to allow him to testify.  We
16:25   4   have had a lot of this from Mr. Bly and from this witness about
16:25   5   what the team found or didn't find, and understanding that he's
16:25   6   not the expert in this area.
16:25   7          MS. KARIS:  Thank you, Your Honor.  Let me re-ask the
16:25   8   question.
16:25   9   BY MS. KARIS:
16:25   10  Q.    After your team evaluated the foam cement job that was
16:25   11  recommended and pumped by Halliburton, based on testing that
16:25   12  had been done by the Presidential Commission, as well as
16:26   13  testing that had been done by CSI, what was the conclusion of
16:26   14  your team regarding the stability of that foam cement?
16:26   15  A.    It was likely unstable.
16:26   16         MS. KARIS:  If we can look at 4248.5.0.
16:25   17  BY MS. KARIS:
16:25   18  Q.    Is this where you state, "Evidence from post-incident
16:26   19  testing performed by CSI Technologies, on behalf of BP, suggest
16:26   20  that the defoamer had a negative effect on the foam stability"?
16:26   21         Then you go on to say at the end of that "Evidence
16:26   22  presented by Chevron from tests using representative samples
16:26   23  confirmed that the slurry designed by Halliburton was
16:26   24  unstable."
16:26   25         That was your team's conclusion, correct?

BILL AMBROSE - CROSS

16:26  1   **A.**   That's correct.

16:26  2   **Q.**   We won't go through the evaluation that you did, all the

16:26  3   evaluations.  But your report contains an evaluation of the

16:27  4   rheology testing that was performed, the compressive strength

16:27  5   testing and a variety of other static gel strength testing and

16:27  6   a variety of other testing performed, correct?

16:27  7   **A.**   Yes, that's correct.

16:27  8   **Q.**   After evaluating all of that testing, does this line that

16:27  9   we have up here about the slurry designed by Halliburton being

16:27  10  unstable, is that the conclusion of your team?

16:27  11  **A.**   It is.

16:27  12  **Q.**   Mr. Ambrose, is it correct that your team concluded that

16:27  13  the precipitating cause of the Macondo incident was the failure

16:27  14  of the cement designed by Halliburton in the shoe track and

16:27  15  across the production formation?

16:27  16  **A.**   The failure of the cement was a precipitating cause.

16:27  17  **Q.**   That failed cement allowed hydrocarbons to flow into the

16:27  18  well on the evening of April 20 to set off a series of events

16:28  19  we have seen here, correct?

16:28  20  **A.**   Yes.

16:28  21  **Q.**   There's been a lot of testimony already about what the

16:28  22  flow track was, so I'm not going to go -- flow path, excuse me.

16:28  23  I'm not going to go back into it, except Mr. Hill asked you

16:28  24  about whether you evaluated if the production casing gave way

16:28  25  to allow flow somehow to be compromised and come up the annulus

OFFICIAL TRANSCRIPT

**BILL AMBROSE - CROSS**

16:28  1  as well as the center of the wellbore.

16:28  2          So can you just tell us, after 14 months of

16:28  3  investigation, what was your team's conclusion regarding the

16:28  4  flow path for hydrocarbons to get to the rig floor on the

16:28  5  *Deepwater Horizon* on the evening of April 20?

16:28  6  **A.**   Through the casing wellbore, not the casing annulus.

16:29  7  **Q.**   You spoke about the float collar.  And again, just

16:29  8  briefly, you were asked several questions both by

16:29  9  Mr. deGravelles and Mr. Hill about the float collar.

16:29  10         I believe you testified that in your team's opinion,

16:29  11 the float collar did not convert.

16:29  12 **A.**   That's our theory, yes.

16:29  13 **Q.**   That's your theory.  Are you aware that Stress

16:29  14 Engineering, an entity you told us you respected and relied on,

16:29  15 conducted testing of the M45AP float collar after the incident?

16:29  16 **A.**   I believe that they were doing that for BP, yes.

16:29  17 **Q.**   The M45AP float collar is the same type of float collar

16:29  18 that was used at the Macondo well, correct?

16:29  19 **A.**   I think that's the number, yes.

16:29  20         **MS. KARIS:**  If we can pull up 3308.1.1.

16:25  21 BY MS. KARIS:

16:25  22 **Q.**   Before we get into the results of Stress Engineering's

16:30  23 work on the float collar, you yourself relied on Stress

16:30  24 Engineering for a variety of different opinions and conclusions

16:30  25 in Transocean's investigation report, correct?

BILL AMBROSE - CROSS

16:30    1    A.    Yes, that's correct.
16:30    2    Q.    We have here what is Exhibit 3308 and call-out 3308.1.1.
16:30    3    This is the report from that testing that Stress Engineering
16:30    4    performed for BP on the float collar, correct?
16:30    5    A.    It looks like that, yes.
16:30    6    Q.    You're aware that the purpose of this testing was to
16:30    7    assess whether the float collar converted?
16:30    8    A.    I believe that was the goal.
16:30    9         MS. KARIS:    If we can look at the executive summary,
16:30   10    3308.6.1, please.
16:25   11    BY MS. KARIS:
16:25   12    Q.    Reading from the executive summary, it says:  "Stress
16:30   13    Engineering Services was contracted by BP America, Inc., to
16:31   14    conduct various performance tests on the Weatherford 7-inch
16:31   15    model M45AP float collar with dual valve seats and an auto-fill
16:31   16    tube.
16:31   17         "The objective of the test program is to evaluate the
16:31   18    performance and design limits of various aspects of the float
16:31   19    collar and to document its performance under conditions similar
16:31   20    (according to information provided to SES) to those downhole in
16:31   21    the Macondo well before, during, and after the cementing
16:31   22    operation."
16:31   23         Correct?
16:31   24    A.    That's what it states.
        25

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 16:31 | 1 | MS. KARIS:  Now, if we can look at what the results |
| 16:31 | 2 | showed, 33.8.1 -- I'm sorry, 3308.8.1. |
| 16:25 | 3 | BY MS. KARIS: |
| 16:25 | 4 | Q.   When Weatherford tested these float collars, what it found |
| 16:32 | 5 | is that "The performance tests consisted of flow endurance |
| 16:32 | 6 | tests, steady-state flow conversion tests, flow-surge |
| 16:32 | 7 | conversion tests, flow-surge tests on converted float collars, |
| 16:32 | 8 | and mechanical failure tests on auto-fill tubes.  The |
| 16:32 | 9 | flow-surge test represented the sudden clearance of a blockage |
| 16:32 | 10 | in the flow path, such as a blockage at the reamer shoe." |
| 16:32 | 11 | Correct? |
| 16:32 | 12 | A.   That's what it states. |
| 16:32 | 13 | MS. KARIS:  And then if we can go to 3308.2.2, which |
| 16:32 | 14 | is just at the bottom of the same page. |
| 16:25 | 15 | BY MS. KARIS: |
| 16:25 | 16 | Q.   Based on all that testing, what Stress Engineering |
| 16:32 | 17 | concluded with respect to the float collar was that they found |
| 16:32 | 18 | that, quote, For all test scenarios executed in this program |
| 16:32 | 19 | conversion of the float collar occurred. |
| 16:32 | 20 | Correct? |
| 16:32 | 21 | A.   That's what it states. |
| 16:32 | 22 | Q.   So the testing that Stress Engineering performed for BP on |
| 16:33 | 23 | the float collar that was used at Macondo -- the same type of |
| 16:33 | 24 | float collar, to be clear, that was used at Macondo -- was that |
| 16:33 | 25 | there was no damage or anomalies to the float collar when they |

BILL AMBROSE - CROSS

16:33   1   pumped it up to a certain pressure and, in fact, it converted,
16:33   2   correct?
16:33   3   A.   I'm not sure I see that wording here, so . . .
16:33   4   Q.   Well, what they found is "for all test scenarios executed,
16:33   5   conversion of the float collar occurred," correct?
16:33   6   A.   Yes, it states that.
16:33   7   Q.   Do you know who Mr. Calvert is?  Is that somebody who is
16:33   8   familiar to you?
16:33   9   A.   No.
16:33   10   Q.   So I won't ask you about his opinions.
16:33   11          Now, in addition to Weatherford, with -- after the
16:33   12   incident testing concluding that the float collars converted,
16:33   13   Halliburton had reported to BP that the float collars had
16:34   14   converted and held, as we saw in the prior document, correct,
16:34   15   as part of this post-job report?
16:34   16   A.   Yes.
16:34   17   Q.   We won't look at that again, but you are aware that
16:34   18   Transocean also reports what occurred with respect to these
16:34   19   float collars and the cement job as part of their daily
16:34   20   drilling report, correct?
16:34   21   A.   They would log it on the daily drilling reports.
16:34   22          MS. KARIS:  And if we can look at 820.2.1, please.
16:25   23   BY MS. KARIS:
16:25   24   Q.   This is from the April 20 daily report.  It's reported
16:34   25   here that "plug with 750 psi over circulating pressure, bled

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

16:34    1    pressure off, bled back 5 barrels, floats holding."
16:34    2         Do you see that?
16:34    3    A.   Yes, I see that.
16:34    4    Q.   That would be the equivalent of saying that the float has
16:34    5    converted and it's holding?
16:34    6    A.   And they likely relied on the cementer or somebody for
16:35    7    that information.
16:35    8    Q.   Fair enough.  Somebody else was communicating that
16:35    9    information to them?
16:35   10    A.   Yes.
16:35   11    Q.   So what had been reported by the cementer who had
16:35   12    performed this job was that the floats had held and that's what
16:35   13    Transocean was documenting?
16:35   14    A.   That's correct.
16:35   15    Q.   Now, you testified earlier this morning that you yourself
16:35   16    had some testing performed on the float collar.  Do you recall
16:35   17    that?
16:35   18    A.   Yes.
16:35   19    Q.   I may have misheard.  Did you testify that the collar you
16:35   20    used was identical to the one that was used at Macondo?
16:35   21    A.   I believe it was the same model, yes.
16:35   22    Q.   Same model, but there certainly were differences between
16:35   23    the float collar that you tested and the one that was used at
16:35   24    Macondo, correct?
16:35   25    A.   We had the same model number.

**BILL AMBROSE - CROSS**

16:35   1   **Q.**   Well, let's see if we can talk about some of the

16:35   2   differences.  You had the same model number.

16:35   3            Are you aware that the float collar that was tested

16:36   4   by Transocean differed from the float collars used at Macondo

16:36   5   in the following respects?

16:36   6            First, the float collar that you used had -- there

16:36   7   was one flow port on the test auto-fill tube versus two flow

16:36   8   ports that were on the Macondo well's float collar.  Were you

16:36   9   aware of that?

16:36   10  **A.**   Yes.  You can take off the opening on the other one, and

16:36   11  then it's identical to the one that was used with two flow

16:36   12  ports.

16:36   13  **Q.**   One of the effects of using the one-flow versus the

16:36   14  two-flow port is it reduces the conversion flow rate from five

16:36   15  to eight barrels down to two to four barrels.  It changes that

16:36   16  feature of it, doesn't it?

16:36   17  **A.**   It does.

16:36   18  **Q.**   Another feature that was different is that the float

16:36   19  collar that you tested had different connections.  You used an

16:36   20  LTC connection as opposed to the Hydril 513 that was used at

16:36   21  Macondo, correct?

16:36   22  **A.**   I think that's the outer connection to the casing you're

16:36   23  talking about?

16:37   24  **Q.**   Correct.

16:37   25  **A.**   It doesn't change the internals.

BILL AMBROSE - CROSS

16:37  1   **Q.**   Was it different, is my question.
16:37  2   **A.**   It's just the connection to the casing that's different.
16:37  3   **Q.**   One of the other differences, a third difference, if you
16:37  4   will, is that the float collar you used had a different grade
16:37  5   of steel that was used.  You used a P110 grade of steel versus
16:37  6   the Q125 grade that was used at Macondo, correct?
16:37  7   **A.**   I would have to go back and check that.
16:37  8   **Q.**   Do you know whether using a different grade of steel
16:37  9   affects the collapse, the burst, and the tensile ratings?
16:37 10   **A.**   It depends on which component that was in.  My
16:37 11   understanding is the internal components were the same.
16:37 12   **Q.**   Did you yourself perform that testing?
16:37 13   **A.**   No.  We hired Stress.
16:37 14   **Q.**   Were you aware that Stress had already performed testing
16:37 15   for BP?
16:37 16   **A.**   I didn't know at the time.
16:37 17   **Q.**   Do you now know that Stress performed testing for BP which
16:38 18   used the same model with the same features, same connections,
16:38 19   same number of ports, same steel type, and concluded that the
16:38 20   float converted?
16:38 21   **A.**   I'm aware of that now.
16:38 22   **Q.**   We didn't talk about a fourth feature, just to put it out
16:38 23   there, that the float collar you used had three shear screws
16:38 24   secured to the auto-fill tube rather than four that were on the
16:38 25   Macondo well, correct?

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 16:38 | 1 | Macondo well's float collar, to be clear. |
| 16:38 | 2 | A.   There's a difference, but you can -- again, it's an |
| 16:38 | 3 | adjustable float collar, so you can make it like the same. |
| 16:38 | 4 | Q.   You can make it like the same, but it's not identical? |
| 16:38 | 5 | A.   Just the outer casing is different. |
| 16:38 | 6 | Q.   One of the things these different -- the different number |
| 16:38 | 7 | of shear screws results in is that it changes the shear rating |
| 16:38 | 8 | for the autofill tube, correct?  It changes it from 500 to |
| 16:38 | 9 | 700 psi versus 300 to 400 psi, correct? |
| 16:39 | 10 | A.   That's correct. |
| 16:39 | 11 | Q.   So those, at least, would be some differences in the float |
| 16:39 | 12 | collar that you had Stress Engineering test, correct? |
| 16:39 | 13 | A.   Yes. |
| 16:39 | 14 | THE COURT:  Let me see if I understand.  Stress |
| 16:39 | 15 | Engineering did your testing on the float collar? |
| 16:39 | 16 | THE WITNESS:  Yes, they did. |
| 16:39 | 17 | THE COURT:  They also did BP's? |
| 16:39 | 18 | MS. KARIS:  They did. |
| 16:39 | 19 | THE COURT:  They came up with different results? |
| 16:39 | 20 | MS. KARIS:  They tested different types of float |
| 16:39 | 21 | collars, that's -- |
| 16:39 | 22 | THE WITNESS:  They were two separate teams. |
| 16:39 | 23 | MS. KARIS:  Not doing a good job of communicating |
| 16:39 | 24 | that. |
| 16:39 | 25 | THE COURT:  I understand that. |

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 16:39 | 1 | **MS. KARIS:** They came up with different results on |
| 16:39 | 2 | different float collars. |
| 16:39 | 3 | **MR. REGAN:** I think they got paid for both. |
| 16:39 | 4 | **MS. KARIS:** More to come on the float collars, I |
| 16:39 | 5 | promise, but not today. |
| 16:39 | 6 | **THE COURT:** I can't wait. |
| 16:39 | 7 | **MS. KARIS:** You and me both, Your Honor. |
| 16:39 | 8 | BY MS. KARIS: |
| 16:39 | 9 | Q.   Okay.  Is it fair to say, Mr. Ambrose, that there's at |
| 16:39 | 10 | least a dispute, based on what you have read in the Bly report |
| 16:40 | 11 | and from various other reports, including Stress' report, as to |
| 16:40 | 12 | whether those float collars did, in fact, convert? |
| 16:40 | 13 | A.   Sure.  I mean, that's the whole -- nobody knows for |
| 16:40 | 14 | certain whether or not they did or did not convert. |
| 16:40 | 15 | Q.   Enough about float collars, because I know everybody is |
| 16:40 | 16 | looking forward to what's coming on those.  Let's talk about |
| 16:40 | 17 | bottoms-up. |
| 16:40 | 18 | You saw previously that some information had been |
| 16:40 | 19 | communicated with respect to the plan for conducting |
| 16:40 | 20 | bottoms-up, correct?  Communicated from BP to Transocean and |
| 16:40 | 21 | whoever else received that critical path forward document? |
| 16:41 | 22 | A.   It looked like it, yes. |
| 16:41 | 23 | Q.   And as part of your investigation, did you investigate |
| 16:41 | 24 | whether Transocean's crew had performed other jobs or was |
| 16:41 | 25 | involved in running other production strings where no |

BILL AMBROSE - CROSS

16:41   1   bottoms-up had been performed immediately prior to running the
16:41   2   production casing?
16:41   3   A.   I don't know that we looked at that.
16:41   4   Q.   Did you look at whether anyone from Transocean's crew --
16:41   5   after learning at whatever point in time that they weren't
16:41   6   going to run a full bottoms-up immediately prior to running a
16:41   7   production casing -- whether anyone from Transocean expressed
16:41   8   any concerns about that decision?
16:41   9   A.   I don't know.
16:41   10  Q.   You would agree with me, though, if anybody did have a
16:41   11  concern, they had the obligation and the responsibility to stop
16:41   12  that job?
16:41   13  A.   Yes, they would.
16:41   14  Q.   And they certainly knew that the plan was to not run a
16:41   15  full bottoms-up immediately prior to the production casing --
16:42   16  running the production casing as we saw in that document,
16:42   17  correct?
16:42   18  A.   They would have known that, yes.
16:42   19  Q.   They would have known that several days prior to actually
16:42   20  running the casing, correct?
16:42   21  A.   I don't know when that decision was made.  I can't
16:42   22  remember.
16:42   23  Q.   Well, we know, at least by April 16, they have a document
16:42   24  that demonstrates what the plan is, correct?
16:42   25  A.   I can't remember what that document said, if it was full

BILL AMBROSE - CROSS

16:42   1    bottoms-up or if it was the abbreviated bottom.

16:42   2    **Q.**    Now, is it correct that you are not aware of any

16:42   3    circulation being performed -- or any drilling being performed,

16:42   4    I should say, after April 16?  Let's start with that.

16:42   5    **A.**    I can't remember.  I don't think there was.

16:42   6    **Q.**    You're not aware of any new cuttings being generated by

16:42   7    any process or procedure after April 16, correct?

16:42   8    **A.**    No, I don't believe they did any drilling.

16:42   9    **Q.**    But you do know that on April 16, a full bottoms-up was

16:42  10    performed?

16:43  11    **A.**    Yes.

16:43  12    **Q.**    So after performing a full bottoms-up on April 16, you're

16:43  13    not aware of anything that would have generated new cuttings or

16:43  14    debris, correct?

16:43  15    **A.**    No.

16:43  16    **Q.**    Is my statement correct?

16:43  17    **A.**    That's correct.

16:43  18    **Q.**    Thank you.

16:43  19            Did you look at what the industry practice is for

16:43  20    whether you would perform bottoms-up when you have concern

16:43  21    about the downhole conditions and potentially deteriorating

16:43  22    your downhole?

16:43  23    **A.**    By "deteriorating," what do you mean?

16:43  24    **Q.**    By causing any further losses.

16:43  25    **A.**    We were circulating, so you could still circulate.

**BILL AMBROSE - CROSS**

16:43    1    **Q.**   Did you look at what the industry practice is as to

16:43    2    whether they would have run bottoms-up in this circumstance?

16:43    3    **A.**   I can't recall.  We had several people looking at that.  I

16:44    4    don't know if they did or did not.

16:44    5    **Q.**   That's not something you are aware of, sitting here now?

16:44    6    **A.**   No, I can't remember.

16:44    7    **Q.**   I want to talk to you a little bit about the negative

16:44    8    pressure test.  But before we get to the negative pressure

16:44    9    test, you would agree with me that regardless of what the

16:44   10    individual decision was with respect to well design with

16:44   11    production casing or cementing, Transocean's drilling crew was

16:44   12    required to monitor the well at all times?

16:44   13    **A.**   That's in our policies.

16:44   14    **Q.**   So none of the decisions --

16:44   15         **MS. CLINGMAN:**  Your Honor, I object to this as

16:44   16    cumulative.  All he said about the negative pressure test is,

16:44   17    "This is our conclusion, and we accept multi-fault

16:44   18    responsibility."

16:44   19         **THE COURT:**  So what's your question for him?

16:44   20         **MS. KARIS:**  My question started with whether or

16:44   21    not -- there was some testimony, and certainly testimony

16:44   22    elicited by Mr. deGravelles about communications of information

16:45   23    from BP with respect to well design, production casing, and

16:45   24    cement.  And my question --

16:45   25         **THE COURT:**  I overrule the objection.

BILL AMBROSE - CROSS

16:45  1          MS. KARIS:  Thank you.
16:45  2    BY MS. KARIS:
16:45  3    Q.    None of the decisions with respect to well design,
16:45  4    production casing, or cementing in any way changed that
16:45  5    responsibility, if you will, to monitor the well, correct?
16:45  6    A.    No.
16:45  7    Q.    I know there's been a lot said about the negative pressure
16:45  8    test and I will promise to move as quickly as I can, but there
16:45  9    has been some questions elicited about it.
16:45  10          The purpose of the negative -- let's back up.
16:45  11          We talked about the temporary abandonment procedure
16:45  12   and the fact that there were multiple -- or you saw at least
16:45  13   multiple iterations of a temporary abandonment procedure,
16:45  14   correct?
16:45  15   A.    Yes.
16:45  16   Q.    And the temporary abandonment procedure is where you would
16:45  17   find the negative pressure test being listed, correct?
16:45  18   A.    Yes.
16:45  19   Q.    So the purpose of a negative pressure test is to simulate
16:46  20   the condition of the well that would exist after the riser and
16:46  21   the BOP are disconnected from the well, correct?
16:46  22   A.    That's correct.
16:46  23   Q.    So whatever negative pressure tests you are going to
16:46  24   conduct, you wanted to simulate those conditions so that you
16:46  25   can confirm that the well has integrity before you unlatch your

6228

**BILL AMBROSE - CROSS**

16:46   1   BOP?

16:46   2   **A.**   That's correct.

16:46   3   **Q.**   You agree that there is no industry standard for how to

16:46   4   run a negative test?

16:46   5   **A.**   At the time, no, there was not.

16:46   6   **Q.**   At least as of April 20, there was no industry standard.

16:46   7   That's something you guys looked at and you concluded there was

16:46   8   no established industry standard?

16:46   9   **A.**   That's correct.

16:46   10   **Q.**   There were a variety of different ways to perform a

16:46   11   negative test, correct?

16:46   12   **A.**   There were.

16:46   13   **Q.**   And you know that Transocean's crew had, in fact,

16:46   14   performed negative pressure tests using a variety of different

16:47   15   ways?

16:47   16   **A.**   They had.

16:47   17   **Q.**   Transocean's crew was experienced in both performing

16:47   18   negative pressure tests and interpreting the negative pressure

16:47   19   tests, correct?

16:47   20   **A.**   They had done them before, yes.

16:47   21   **Q.**   And the same is true of BP's crew, well site leaders that

16:47   22   were on the rig that night, they were experienced in

16:47   23   interpreting negative pressure tests, correct?

16:47   24   **A.**   Through experience, but they are not engineers, they

16:47   25   wouldn't necessarily know the end results.

BILL AMBROSE - CROSS

16:47  1   **Q.**   The end result of the negative pressure test that was

16:47  2   performed on the evening of April 20 is several individuals

16:47  3   with over 100 years of collective experience made a mistake in

16:47  4   how they interpreted the results of that negative pressure

16:47  5   test?

16:47  6   **A.**   We believe they misinterpreted it.

16:47  7   **Q.**   Unfortunately, they concluded that that test was

16:47  8   successful when, in fact, it wasn't?

16:47  9   **A.**   That's what we believe, yes.

16:48  10  **Q.**   Now, you testified about the setting up the test on the

16:48  11  kill line versus the drill pipe, and I want to follow up a

16:48  12  little bit on that.

16:48  13       First of all, you agree with me, regardless of

16:48  14  whether you set up the test on the drill pipe or the kill line,

16:48  15  that test can certainly be conducted in a way that answers the

16:48  16  question of whether your well has integrity?

16:48  17  **A.**   Yes.

16:48  18  **Q.**   In fact, on the evening of April 20, when the test was set

16:48  19  up initially on the drill pipe and then stopped and set up on

16:48  20  the kill line, that test answered the question of whether the

16:48  21  well had integrity, correct?

16:48  22  **A.**   I'm not sure I follow you.

16:48  23  **Q.**   The test that was conducted indicated that there was

16:48  24  1400 psi on the drill pipe and zero on the kill line, correct?

16:49  25  **A.**   Yes, that's where it was.

BILL AMBROSE - CROSS

16:49   1   **Q.**   And what that tells you is the well does not have
16:49   2   integrity?
16:49   3   **A.**   That's correct.
16:49   4   **Q.**   So there was nothing about the way the test was performed
16:49   5   that didn't reveal that you have pressure on your drill pipe
16:49   6   and no pressure on your kill line and, therefore, your well
16:49   7   doesn't have integrity?
16:49   8   **A.**   Can you say that again.
16:49   9   **Q.**   Sure.  That was a bad question.
16:49   10          What I'm trying to get at is:  Regardless of how this
16:49   11   test was set up or performed -- because you talked about
16:49   12   setting it up on the drill pipe versus the kill line -- the
16:49   13   test answered the question; it was just misinterpreted?
16:49   14   **A.**   Yes, that's what we state.
16:49   15   **Q.**   Now, you talked about when they were setting up the test,
16:49   16   that the crew performed some displacement calculations.  Do you
16:49   17   recall that?
16:49   18   **A.**   For the displacement prior to the negative test?
16:50   19   **Q.**   Yes.
16:50   20   **A.**   Yes.
16:50   21   **Q.**   Prior to conducting the negative pressure test, the crew
16:50   22   had to displace mud to seawater as part of the test procedure?
16:50   23   **A.**   Yes.
16:50   24   **Q.**   And your conclusion was that there was a mistake made in
16:50   25   that displacement procedure, correct?

BILL AMBROSE - CROSS

16:50    1    A.    Yes.

16:50    2    Q.    And the displacement was erroneously calculated, I think

16:50    3    is the word you used?

16:50    4    A.    From the M-I SWACO engineer -- I think it was the M-I

16:50    5    engineer that was on board -- that's what the calculation

16:50    6    confirmed.

16:50    7    Q.    But the displacement figures are actually performed by the

16:50    8    assistant driller or the driller of Transocean's crew, correct?

16:50    9    A.    Yes, they would have likely been confirmed.

16:50   10           MS. KARIS:    If we can pull up 7532.4.2.

16:50   11    BY MS. KARIS:

16:50   12    Q.    Was there a gentleman by the name of Bob Scott on your

16:51   13    investigation team?

16:51   14    A.    Yes.

16:51   15           MS. KARIS:    Can we go to the first page, please.

16:51   16    BY MS. KARIS:

16:51   17    Q.    Do you see these are the interview notes of Mr. Wheeler,

16:51   18    who was the toolpusher on the rig on the evening of April 20?

16:51   19    A.    Yes.

16:51   20    Q.    He was one of the people your team interviewed in

16:51   21    connection with reaching your opinions and conclusions in this

16:51   22    case, correct?

16:51   23    A.    Yes.

16:51   24           MS. KARIS:    Now, if we can go back to 7532.4.2.

16:51   25

6232

**BILL AMBROSE - CROSS**

16:51  1  **BY MS. KARIS:**
16:51  2  **Q.**   In connection with looking at how this displacement was
16:51  3  calculated, at least according to these notes, Mr. Scott, Bob,
16:51  4  asked Wyman, quote, Who calculates the displacement figures?
16:51  5       And Wyman said:  "We all do . . . the AD" -- that
16:51  6  would be assistant driller, correct?
16:51  7  **A.**   Yes.
16:51  8  **Q.**   -- "the driller, and I do, and everyone agrees."
16:51  9       Correct?
16:51  10  **A.**   Right.  The number we found was in a tally book for the
16:51  11  mud engineer, and we think that was probably checked but
16:52  12  erroneously accepted.
16:52  13  **Q.**   So to the extent the test was erroneously set up because
16:52  14  of the displacement calculations, those would have been
16:52  15  calculations that would have been performed by Transocean's
16:52  16  crew?
16:52  17  **A.**   Probably verified by, yes.
16:52  18  **Q.**   Now, Mr. Ambrose, after interviewing a number of
16:52  19  individuals who were on the rig that evening, is it correct to
16:52  20  say that to the best of your knowledge, everyone that evening
16:52  21  involved in the test thought that they had achieved a
16:52  22  successful negative pressure test?
16:53  23  **A.**   We believe that, yes.
16:53  24  **Q.**   And that included information that had been communicated
16:53  25  to Mr. Ezell and Mr. Harrell on the evening of the incident,

BILL AMBROSE - CROSS

16:53   1   correct?

16:53   2   **A.**   I don't know what information was communicated, but they

16:53   3   were all -- they all accepted it was a positive test.

16:53   4   **MS. KARIS:**   Let's look at 50296.3.1, please.   First,

16:53   5   if we can go to the cover of this.

16:53   6   **BY MS. KARIS:**

16:53   7   **Q.**   Again, these are interview notes from your team of

16:53   8   Mr. Ezell.   Do you the recognize this document?

16:53   9   **A.**   Yes.

16:53  10   **Q.**   He was one of the individuals you guys interviewed on

16:53  11   May 28, 2010?

16:53  12   **A.**   Correct.

16:53  13   **MS. KARIS:**   Now, if we can go to the call-out again.

16:53  14   **BY MS. KARIS:**

16:53  15   **Q.**   "He made a call to Jason Anderson" -- "he" being Randy

16:53  16   Ezell -- "made a call to Jason Anderson at approximately

16:53  17   9:20 p.m. and then asked how the negative test went.   Jason

16:54  18   said they had a full stop and would discuss and figure how to

16:54  19   proceed.   Jason told Randy that the negative test went great.

16:54  20   He was told that they bled down and observed for 30 minutes and

16:54  21   had no flow."   Correct?

16:54  22   **A.**   That's what it states, yes.

16:54  23   **Q.**   That's the most accurate or recent information we have of

16:54  24   what Mr. Anderson said on the evening of April 20 with respect

16:54  25   to the negative pressure test, correct?

BILL AMBROSE - CROSS

16:54   1   **A.**   That's the most accurate information we had as an

16:54   2   investigation team.

16:54   3   **Q.**   So at least this indicates that Jason Anderson felt fully

16:54   4   comfortable and confident with the results of those tests?

16:54   5   **A.**   That's what Randy is implying here, yes.

16:54   6   **Q.**   He goes on to say at the end:  "Randy asked Jason how the

16:54   7   displacement did, and Jason replied 'good' and that the spacer

16:55   8   would be back soon.  He asked Jason if he needed help, and

16:55   9   Jason replied that he did not need any."

16:55   10          Correct?

16:55   11  **A.**   That's what it states.

16:55   12  **Q.**   I asked you previously if you interviewed Mr. Harrell.  Do

16:55   13  you recall that?

16:55   14  **A.**   I do.

16:55   15       **MS. KARIS:**  If we can look at 30025.2.2, please.  The

16:55   16  cover, please, first.  Sorry.

16:55   17  **BY MS. KARIS:**

16:55   18  **Q.**   Again, these are the interview notes from Mr. Harrell on

16:55   19  April -- excuse me, May 20 to your team.  Were you aware they

16:55   20  interviewed Mr. Harrell?

16:55   21  **A.**   You know, I had forgotten they had before all the legal

16:55   22  stuff happened.

16:55   23  **Q.**   Understood.  I know lots of people were interviewed.

16:55   24  **A.**   Yes.

16:55   25  **Q.**   Does this indicate to you, though, that Mr. Harrell was,

BILL AMBROSE - CROSS

16:55   1   in fact, interviewed?

16:55   2   A.   Yes.

16:55   3   Q.   He was the offshore installation manager on the

16:55   4   *Deepwater Horizon* or the OIM?

16:56   5   A.   Yes.

16:56   6        MS. KARIS:   If we can now go to 30025.2.2.

16:56   7   BY MS. KARIS:

16:56   8   Q.   Mr. Harrell says:  "At about 2140, checked in with the

16:56   9   night toolpusher, Randy Ezell, to see if everything was okay on

16:56   10  the rig floor operation.  He advised me that the negative test

16:56   11  had been good after being held static for 30 minutes, and that

16:56   12  they were now shut down circulating to take a sheen test.  If

16:56   13  that was okay, they would then continue with the T&A as

16:56   14  planned."

16:56   15       Correct?

16:56   16  A.   Yes, that's what it states.

16:56   17  Q.   Now, you agree with me that if anyone on Transocean's

16:56   18  crew, Mr. Harrell, Mr. Ezell, Mr. Anderson, Mr. Revette, or

16:56   19  anyone else, had any concerns about the results of the negative

16:56   20  pressure test, BP could not make them move forward with

16:57   21  displacement?

16:57   22  A.   No.  They would stop.

16:57   23  Q.   I apologize if I asked you this before, but I want to turn

16:57   24  to the temporary abandonment procedure.  And to be clear, you

16:57   25  did not evaluate as part of your work whether the temporary

6236

**BILL AMBROSE - CROSS**

16:57  1   abandonment procedure that was used at the Macondo well met the

16:57  2   standard of care for temporary abandonment procedures, correct?

16:58  3   **A.**   I'm not sure what you mean by the term, so . . .

16:58  4   **Q.**   You didn't compare it to how the industry sets up and

16:58  5   performs temporary abandonment procedures, correct?

16:58  6   **A.**   We did compare it to regular or normal depths of negative

16:58  7   tests and surface plugs.

16:58  8   **Q.**   Okay.  Now, Mr. Barnhill, I will represent to you,

16:58  9   testified that the temporary abandonment procedure met the

16:58  10  standard of care for an operator in the way the negative test

16:58  11  is written and was performed.  Do you have any reason to

16:58  12  disagree with that?

16:58  13  **A.**   For the "negative test" piece?

16:58  14  **Q.**   Yes, let's start first with the negative test.

16:58  15  **A.**   I would agree with that.

16:58  16  **Q.**   Likewise, he testified that with respect to the temporary

16:58  17  abandonment procedure, "Do you have any criticism of the

16:58  18  temporary abandonment procedure that was used?"

16:58  19           And he said, no.  I believe it was interpreted

16:58  20  correctly" -- I'm sorry.

16:59  21           **MS. KARIS:**  Let's put it up so I'm not paraphrasing

16:59  22  here.  5015.1.

16:59  23  **BY MS. KARIS:**

16:59  24  **Q.**   (Reading):

16:59  25           **"QUESTION:**  "If the negative test had been

BILL AMBROSE - CROSS

16:59  1      interpreted correctly" -- and you nodded -- "would you

16:59  2      have any criticism of the temporary abandonment procedure

16:59  3      that was used?  Do you see that?"

16:59  4           He is being shown his testimony.

16:59  5           "ANSWER:  I do.

16:59  6           "QUESTION:  And your answer is 'No,' correct?

16:59  7      Because I believe if it had been interpreted correctly, we

16:59  8      wouldn't be here.

16:59  9           "ANSWER:  Correct.  That's what I think I said."

16:59  10           Do you see that?

16:59  11  A.   I see that's what it says.

16:59  12  Q.   What I started to ask was, Mr. Barnhill had no criticism

16:59  13  of the temporary abandonment procedure and testified that it

16:59  14  met the standard of care.  Would you disagree with that?

16:59  15  A.   Well, this is a different question.  It's saying, if the

16:59  16  negative test had been interpreted correctly, then there would

16:59  17  have been remedial actions on the well.

17:00  18  Q.   Do you see where it says, "Would you have any criticism of

17:00  19  the temporary abandonment procedure?"

17:00  20  A.   Again, I don't know the whole sequence of -- it's assuming

17:00  21  that the test is accurate, which means the cement is set and

17:00  22  then would it work.  The answer is yes.  And I agree with that

17:00  23  piece of it, but this is very weirdly worded, let me just say

17:00  24  that.

17:00  25  Q.   We will let Mr. Brock resolve that.  Let's put this to the

BILL AMBROSE - CROSS

17:00  1  side.

17:00  2         Is it correct to say that after reviewing the

17:00  3  temporary abandonment procedure as performed -- even though you

17:00  4  said you liked a different one better -- that the temporary

17:00  5  abandonment procedure as written and performed, if interpreted

17:00  6  correctly, would have achieved its purpose?

17:00  7  A.   If the plan itself was interpreted or the negative test?

17:00  8  Q.   The negative test in the plan.

17:00  9  A.   If the negative test was interpreted correctly, then the

17:01  10  operations would have stopped at that point and a remedial

17:01  11  cement job would have been done.

17:01  12        MS. KARIS:  Let's go to 97.1.1 to see if I can

17:01  13  clarify this.

17:01  14  BY MS. KARIS:

17:01  15  Q.   Are you familiar with this document?  This is from

17:01  16  Exhibit 97.

17:01  17  A.   Yes, I've seen this.

17:01  18  Q.   This is what's called the "ops" note or the operations

17:01  19  note for the temporary abandonment procedure sent from

17:01  20  Mr. Morel to the rig on the morning of April 20 at 10:43 --

17:01  21  actually, Mr. Morel was on the rig at that time.  Do you see

17:01  22  that?

17:01  23  A.   Yes.

17:01  24  Q.   Is this the temporary abandonment procedure that was in

17:01  25  place and followed later that day?

6239

**BILL AMBROSE - CROSS**

17:01  1   **A.**   No.

17:01  2   **Q.**   Tell me what wasn't followed.

17:01  3   **A.**   The spacer was added after this.  The spacer is not

17:01  4   included in this plan.  The viscous spacer was put in and the

17:02  5   two lost circulation pills were added after this.

17:02  6   **Q.**   Okay.

17:02  7   **A.**   And we know that was done.  I think there's another plan

17:02  8   that came after this one.

17:02  9   **Q.**   There's a separate procedure for that, M-I SWACO's

17:02  10  procedure, correct?

17:02  11  **A.**   That's incorporated into this, yes.

17:02  12  **Q.**   Correct.  So SWACO's procedure called for the viscous

17:02  13  spacer, and then this set out the rest of the steps for the

17:02  14  temporary abandonment procedure; is that accurate?

17:02  15  **A.**   There's is a step in between one of those, after number 2.

17:02  16  **Q.**   You told me earlier that there was a discussion about this

17:02  17  plan at the 11:00 meeting that morning.  Do you recall that?

17:02  18  **A.**   Yes.

17:02  19  **Q.**   That was a discussion between whom?

17:02  20  **A.**   I believe it was the OIM and -- I can't remember if it was

17:02  21  Kaluza or Vidrine.

17:03  22  **Q.**   So there was a discussion after this plan was circulated

17:03  23  for the ops note, for the temporary abandonment.  There was a

17:03  24  conversation between Mr. Kaluza, or one of the BP well site

17:03  25  leaders, and Mr. Harrell, the OIM, correct?

BILL AMBROSE - CROSS

17:03  1    A.    Yes.  We know there was a conversation.

17:03  2    Q.    Would you agree with me that if Mr. Harrell had any

17:03  3    concerns about this temporary abandonment procedure performed

17:03  4    in this way, he would have raised those -- he had a

17:03  5    responsibility to raise those concerns with BP's well site

17:03  6    leader?

17:03  7    A.    Yes, he should have.

17:03  8    Q.    And if he had any concerns about performing this

17:03  9    procedure, he certainly had the authority to stop the job,

17:03  10   correct?

17:03  11   A.    Yes, he would.

17:03  12   Q.    And if he had any confusion about how this is supposed to

17:03  13   take place, likewise, he had authority to stop the job?

17:03  14   A.    Yes, he did.

17:03  15   Q.    Mr. Ezell testified that he was at that meeting, and you

17:03  16   know that from your interview of him, correct?

17:04  17   A.    I believe that was in there, yes.

17:04  18   Q.    Same thing.  If Mr. Ezell had any concerns, he could have

17:04  19   stopped the job.  And you are not aware of anyone who did,

17:04  20   correct?

17:04  21   A.    That's correct.

17:04  22         MS. KARIS:  Just to be clear, if we can pull up

17:04  23   567.1.12, is this the displacement procedure that you were

17:04  24   referencing?

       25

BILL AMBROSE - CROSS

17:04   1   BY MS. KARIS:

17:04   2   Q.   Do you see where it says "No. 5.  Build 525 [*sic*]

17:04   3   barrels"?

17:04   4   A.   Yes.  I think this is it.

17:04   5   Q.   So this procedure was also -- you know from your

17:04   6   investigation this procedure was put together and circulated

17:04   7   among BP's well site leaders, among the SWACO engineers, as

17:04   8   well as amongst Transocean's drilling crew, correct?

17:04   9   A.   I don't know if we saw all of those communication paths,

17:04   10  because we didn't have access to a lot of that e-mail at the

17:04   11  time we were doing this.

17:04   12  Q.   Do you know whether this procedure was part of the morning

17:04   13  discussion?

17:04   14  A.   I don't.

17:04   15  Q.   You have no criticism, though, that this was not

17:05   16  communicated to Transocean?

17:05   17  A.   It had to have been at some point because this is what

17:05   18  they did.

17:05   19  Q.   Exactly.  Transocean's crew actually had to execute this,

17:05   20  correct?

17:05   21  A.   Yes.

17:05   22  Q.   You see at the beginning of this procedure where it says,

17:05   23  "Before displacing to seawater, conduct a THINK drill with

17:05   24  all"?

17:05   25  A.   Yes.

**BILL AMBROSE - CROSS**

17:05  1  **Q.**   What is a THINK drill that needed to be conducted before

17:05  2  displacing to seawater for the negative pressure test?

17:05  3  **A.**   It's basically a job risk assessment.

17:05  4  **Q.**   I'm sorry.

17:05  5  **A.**   A job risk assessment.

17:05  6  **Q.**   What is that?  What is a job risk assessment under

17:05  7  Transocean's policy?

17:05  8  **A.**   So they would look at how are they going to set up the

17:05  9  valves, how are they going to line up, what do they need to

17:05  10  mix, what do they need to move, and assess what are the risks

17:05  11  of doing that particular job in setting those things up.

17:05  12  **Q.**   If anybody had any concern about using a 425-barrel spacer

17:05  13  as part of this procedure, that would be something that would

17:05  14  be discussed in the THINK drill, correct?

17:06  15  **A.**   Probably not.  Not from our end, at least, because our

17:06  16  guys wouldn't have known necessarily the materials or

17:06  17  properties of that spacer.  Those kinds of risks would have to

17:06  18  be assessed by somebody else.

17:06  19  **Q.**   But clearly if anyone had any concern about any risks

17:06  20  posed, one of the purposes of a THINK drill is to identify any

17:06  21  concerns or hazards with upcoming operations, correct?

17:06  22  **A.**   It is.  Again, I don't know that they would have the

17:06  23  background to know that.

17:06  24  **Q.**   You're not aware of anyone, after receiving this procedure

17:06  25  and conducting the THINK drill, raising any concerns about that

BILL AMBROSE - CROSS

17:06   1   spacer; is that correct?

17:06   2   A.   I don't know of any.

17:06   3   Q.   You are aware that M-I SWACO -- they were the mud

17:06   4   engineers that were out there that recommended this

17:06   5   displacement procedure?

17:06   6   A.   I'm not sure who recommended it.  I just know that this

17:06   7   was the procedure that was used.

17:06   8   Q.   Do you know who Mr. Lindner is?  Leo Lindner?

17:06   9   A.   Yeah.  I believe he was the mud engineer on the rig.

17:06  10   Q.   And did you have an opportunity to speak to Mr. Lindner?

17:07  11   A.   No, we did not.

17:07  12   Q.   Do you know whether Mr. Lindner, who wrote this

17:07  13   displacement procedure, had any concerns on behalf of the mud

17:07  14   engineer with proceeding with using this 425-barrel spacer?

17:07  15   A.   We weren't able to talk to him.  I don't know what he

17:07  16   had -- his opinion is.

17:07  17   Q.   But you're not aware of anyone, at least, that said

17:07  18   Mr. Lindner had any concerns with this procedure that he put

17:07  19   together?

17:07  20   A.   I don't know.

17:07  21   Q.   You don't know either way?

17:07  22   A.   No.

17:07  23   Q.   Enough of the negative pressure test.  Let's go to the

17:07  24   last hour.

17:07  25           You offered some testimony, both in connection to

BILL AMBROSE - CROSS

| | | |
|---|---|---|
| 17:07 | 1 | Ms. Clingman's questions this morning as well as subsequent |
| 17:07 | 2 | questions about the actions that the drill crew was to take -- |
| 17:08 | 3 | or did take, I should say. |
| 17:08 | 4 | Is it correct that one of the questions that you set |
| 17:08 | 5 | out to answer is, what actions did the drill crew take on the |
| 17:08 | 6 | evening of April 20? |
| 17:08 | 7 | A.   Yes. |
| 17:08 | 8 | Q.   In fact, that's specifically in your report as one of the |
| 17:08 | 9 | critical questions you were trying to assess? |
| 17:08 | 10 | A.   Yes. |
| 17:08 | 11 | Q.   In answering the question of what actions did the drill |
| 17:08 | 12 | crew take, did you review Transocean's policies with respect to |
| 17:08 | 13 | well control? |
| 17:08 | 14 | A.   That was a piece of the investigation, yes. |
| 17:08 | 15 | Q.   In the course of reviewing those policies, do you agree |
| 17:08 | 16 | with me that Transocean communicates to its drill crew that if |
| 17:08 | 17 | there's any doubt whatsoever as to whether a kick is occurring, |
| 17:08 | 18 | they should shut in the well? |
| 17:08 | 19 | A.   Yes, that's the policy. |
| 17:09 | 20 | Q.   This is made clear in Transocean's handbook as well as a |
| 17:09 | 21 | variety of other Transocean documents for the drilling crew, |
| 17:09 | 22 | correct? |
| 17:09 | 23 | A.   Yes, it is. |
| 17:09 | 24 | Q.   We can look at -- did you look to the question of who has |
| 17:09 | 25 | responsibility for shutting in that well and detecting the |

BILL AMBROSE - CROSS

17:09   1   kick -- monitoring, detecting, and then shutting in?

17:09   2   A.   The driller.

17:09   3   Q.   So that's a question you looked at, correct?

17:09   4   A.   Yes.  From the Transocean side, it's the driller for

17:09   5   shutting in.

17:09   6        MS. KARIS:  If we can go to 1454.18.5, please.

17:09   7   BY MS. KARIS:

17:09   8   Q.   This is from Transocean's well control manual.  That's

17:09   9   what makes clear in the very first bullet, "The driller is

17:10   10  responsible for monitoring the well at all times, identifying

17:10   11  when the well is to be shut in, and shutting in the well

17:10   12  quickly and safely"; correct?

17:10   13  A.   Yes.

17:10   14  Q.   I don't want to belabor the point, but Transocean has

17:10   15  multiple documents that say the driller has 100 percent

17:10   16  responsibility for that action.  Correct?

17:10   17  A.   They are talking about our crew, yes.

17:10   18  Q.   You say -- talking about your crew, are you aware that

17:10   19  Transocean's policy is that you don't rely on the company man

17:10   20  for purposes of shutting in -- detecting a kick and shutting in

17:10   21  the well?

17:10   22  A.   No.  I'm saying the monitoring piece.  There are other

17:10   23  people that monitor the well.  You asked about shutting in.  We

17:10   24  have the responsibility to shut in and we have the

17:10   25  responsibility to monitor.

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

17:10  1  **Q.**   Who else has responsibility for monitoring?

17:11  2  **A.**   There are screens all over the rig.  You have the mud

17:11  3  engineer, and the company man could do it as well.

17:11  4  **Q.**   It's one thing to say who has screens, but who is charged

17:11  5  with.  What's your understanding, when conducting this

17:11  6  investigation, who was charged with the responsibility of 24/7

17:11  7  monitoring that well?

17:11  8  **A.**   The driller.

17:11  9  **Q.**   And is it also true that Sperry-Sun has a mud logger who

17:11  10  has that responsibility?

17:11  11  **A.**   Yes, they would.

17:11  12  **Q.**   You have testified earlier about some of the kick

17:11  13  indicators that were seen the morning of, and I want to follow

17:12  14  up on some of that testimony.

17:12  15       Do you agree that trends and signals are an important

17:12  16  part of monitoring well parameters?

17:12  17  **A.**   Yes.

17:12  18  **Q.**   Trends and signals can occur over a few minutes and give

17:12  19  you the most meaningful indications of a well control event,

17:12  20  correct?

17:12  21  **A.**   Yes.

17:12  22  **Q.**   Your investigation report concluded that on the evening of

17:12  23  April 20, there were several indications of a kick during the

17:12  24  final displacement operations, correct?

17:12  25  **A.**   Yes, there were.

BILL AMBROSE - CROSS

17:12  1    Q.   Let's look at a couple of those indications.

17:12  2               MS. KARIS:   If we can pull up D-4319, please.

17:12  3    BY MS. KARIS:

17:12  4    Q.   Is it correct that the first indicator that your

17:13  5    investigation team identified was an anomaly between what you

17:13  6    called 9:02 to 9:07?  I know this has different times, but just

17:13  7    to orient us.

17:13  8    A.   Yes.  We believe the well went underbalanced about

17:13  9    8:50 p.m.

17:13  10   Q.   Between 9:02 and 9:07, when the trend line began being

17:13  11   flat or down -- when it should have been going flat or down, it

17:13  12   was actually rising, correct?

17:13  13   A.   Yes, there was a slight increase in pressure.

17:13  14   Q.   What you concluded --

17:13  15              MS. CLINGMAN:   Your Honor, I'm going to object that

17:13  16   it's outside the scope.  We did not go through the numerous

17:13  17   Sperry charts and Sperry data in the report.  We just read the

17:13  18   conclusion and left that to Mr. Barnhill.

17:13  19              THE COURT:   Overruled.  But we have been through

17:13  20   this.  I have seen this chart numerous times in this trial.  So

17:14  21   let's . . .

17:14  22              MS. KARIS:   I promise to move along.

17:14  23   BY MS. KARIS:

17:14  24   Q.   Mr. Ambrose, just to be clear, what your investigation

17:14  25   concluded as the first indicator of a kick was at 9:02 to 9:07;

**BILL AMBROSE - CROSS**

17:14  1    is that correct?

17:14  2    **A.**   No.  I believe we said that a kick came in prior to that,

17:14  3    when they were dumping the trip tank.  That's when the first

17:14  4    indication was.  The flow was a little bit masked?

17:14  5         And the interesting thing is the flow came back down

17:14  6    to where it should have been after the trip tank was complete.

17:14  7    That's one of the reasons why it was missed.  But there was a

17:14  8    time prior to the period that you just said.

17:14  9    **Q.**   What you have seen from 9:02 to 9:07 is that a period when

17:14  10   the drill pipe pressure should be going down, instead, it

17:14  11   actually starts increasing, correct?

17:14  12   **A.**   Yes, there was a slight increase.  This exaggerates it a

17:14  13   bit, but yes.

17:14  14   **Q.**   That's an indicator of a kick?

17:14  15   **A.**   Yeah.  It's interesting.  It's an indication of an

17:14  16   anomaly.  Kicks tend to go down in pressure versus up when you

17:15  17   are drilling.  So, you know, it's not your normal kick

17:15  18   indicator, but it is a sign there is something going on.

17:15  19   **Q.**   Just to move past this pretty quickly, you identified

17:15  20   another indicator of a kick from 9:08 to 9:13, correct?

17:15  21   **A.**   That was when they were shut down for the sheen test.

17:15  22   **Q.**   Right.

17:15  23   **A.**   Another really strange nuance of that is the pumps shut

17:15  24   down but the pressure was actually flat for about 30 seconds

17:15  25   and then slowly started to build.  And so the end of that flow

**BILL AMBROSE - CROSS**

17:15   1   check -- it's an interesting anomaly that there was constant
17:15   2   pressure there for a little bit.  But yes, there was about
17:15   3   180-psi increase.
17:15   4   **Q.**   What you saw between 9:08 -- 9:09 and 9:13 was an
17:15   5   indication of a kick, correct?
17:15   6   **A.**   It could have been a kick or it could have been something
17:15   7   else.  It was an anomaly that should have been investigated,
17:15   8   yes.
17:15   9   **Q.**   Look at page 428, line 7 to 11 of your deposition.
17:16  10           "**QUESTION:**  Now, the next indicator of a kick is at
17:16  11       9:08 to 9:13, when the pumps are shut off for the sheen
17:16  12       test, correct?
17:16  13           "**ANSWER:**  That's an indication there as well, yes."
17:16  14           Correct?
17:16  15   **A.**   Sure.  And I'm speaking with 20/20 hindsight, knowing it
17:16  16   was a kick.  From a driller's point of view, it's an anomaly
17:16  17   and it could be a kick.  I'm just saying that.
17:16  18   **Q.**   Is it fair to say that if there's an anomaly, what should
17:16  19   be done is you should stop, shut in, and then investigate?
17:16  20   **A.**   I don't know if that's exactly the steps, but stop, flow
17:16  21   check -- that would be what our procedure says -- and then shut
17:16  22   in, if you would need to, because the well is flowing.
17:16  23   **Q.**   So it's your testimony that your well control procedure is
17:16  24   to flow-check before you shut in?
17:16  25   **A.**   I believe the step is flow-check, then shut in.

BILL AMBROSE - CROSS

17:16  1  **Q.**   How long does it take to flow-check?

17:16  2  **A.**   It would depend.  It could take a minute or less.

17:17  3  **Q.**   A minute or less.  That's something you can do pretty

17:17  4  quickly, correct?

17:17  5  **A.**   Yes.

17:17  6  **Q.**   Once you do a flow check, then you should shut in if you

17:17  7  see an anomaly and can't figure out what it is, correct?

17:17  8  **A.**   That's correct.

17:17  9  **Q.**   Without going through all these indications, is it fair to

17:17  10  say that over the course of that last hour, there were multiple

17:17  11  indications of a kick that went undetected?

17:17  12  **A.**   There were several.

17:17  13       **MS. KARIS:**  Your Honor, if I can have just one

17:17  14  minute.

17:18  15  **BY MS. KARIS:**

17:18  16  **Q.**   Mr. Ambrose, I think I have two more questions for you and

17:18  17  I'm done.  I know those are famous last words.

17:18  18       Mr. Ambrose, is it fair to say that over the

17:19  19  14 months that you investigated this incident, you did not see

17:19  20  any actions by anyone involved in this operation that you

17:19  21  thought were taken intentionally compromising the safety?

17:19  22  **A.**   I don't think anybody had any intent for this to happen.

17:19  23  **Q.**   You didn't see any actions that you believed were made to

17:19  24  save time and money at the expense of safety, correct?

17:20  25  **A.**   I don't think so, no.

BILL AMBROSE - CROSS

17:20    1           **MS. KARIS:**  I have nothing further.  Thank you.

17:20    2           **THE COURT:**  All right.  Cameron.

17:20    3           **MR. BECK:**  May it please the Court.  David Beck for

17:20    4    Cameron.

17:20    5                        **CROSS-EXAMINATION**

17:20    6    BY MR. BECK:

17:20    7    **Q.**   I know it's been a long day.  I don't have many questions,

17:21    8    but the bad news is I have a few.

17:21    9           Let me begin by focusing on the drill contract

17:21   10    between Vastar and R&B Falcon.  The Court has already heard

17:21   11    that you were with R&B Falcon back in 1999; is that correct?

17:21   12    **A.**   Yes, sir.

17:21   13           **MR. BECK:**  Could we bring up, please, 1356A .2.1.

17:21   14    1356A .2.1, Paul.

17:21   15    BY MR. BECK:

17:21   16    **Q.**   You see at the top of the page it has RBS-8D.  Do you see

17:21   17    that, sir?

17:21   18    **A.**   Yes.

17:21   19    **Q.**   That eventually became the *Deepwater Horizon*, did it not?

17:21   20    **A.**   Once the vessel had a name, yes.

17:21   21    **Q.**   Pardon me?

17:21   22    **A.**   Once we named the vessel, yes.

17:21   23    **Q.**   Correct.  The Court has already heard that Vastar was

17:22   24    acquired by BP, R&B Falcon was acquired by Transocean.  So when

17:22   25    I refer to these documents, do you mind, for simplicity sake,

BILL AMBROSE - CROSS

17:22  1    if I refer to Transocean and BP?

17:22  2    **A.**   Works for me.

17:22  3        **MR. BECK:**  Let's bring up 1356A.2.1.

17:22  4    **BY MR. BECK:**

17:22  5    **Q.**   Just to refresh your recollection, this is the -- 15.2 of

17:22  6    the drilling contract between BP and Transocean.  Okay, sir?

17:22  7    Just so you can get oriented.

17:22  8    **A.**   Okay.

17:22  9    **Q.**   All right.  You see that in Section 15.2, it specifically

17:22  10   says:  "Contractor," which would be Transocean, "shall use the

17:22  11   blowout prevention equipment specified in Exhibit B hereof on

17:22  12   all strings of casing unless otherwise directed by the

17:22  13   company."

17:22  14       Do you see that, sir?

17:23  15       **MS. CLINGMAN:**  Your Honor, I believe we have a ruling

17:23  16   that we are not discussing the BOP equipment and testing with

17:23  17   this witness.  So I will object it is beyond the scope of

17:23  18   direct pursuant to the Court's instructions.

17:23  19       **MR. DEGRAVELLES:**  I join in that objection.

17:23  20       **MR. BECK:**  Your Honor, I'm not asking him anything

17:23  21   about testing.  I'm just asking him what the original documents

17:23  22   provided.

17:23  23       **THE COURT:**  I'll overrule the objection.

17:23  24   **BY MR. BECK:**

17:23  25   **Q.**   Do you see that, sir, 15.2?

BILL AMBROSE - CROSS

17:23  1   **A.**   Yes.

17:23  2   **Q.**   Then there's a reference in there to Exhibit B.  Do you

17:23  3   see that?

17:23  4   **A.**   Yes.

17:23  5   **Q.**   Exhibit B is the material equipment list, is it not?

17:23  6   **A.**   It usually is.

17:23  7        **MR. BECK:**  Let's bring up 1356A.48.1.

17:23  8   **BY MR. BECK:**

17:23  9   **Q.**   Do you see at the top it says, "Exhibit B-2 Material

17:23  10  Equipment List"?

17:23  11  **A.**   Yes.

17:23  12  **Q.**   Then if you scroll down a little bit, there's a Section E

17:23  13  that says "Well Control/Subsea Equipment."

17:24  14        Do you see that, sir?

17:24  15  **A.**   Yes.

17:24  16  **Q.**   That would necessarily include the BOP, would it not?

17:24  17  **A.**   Yes.

17:24  18  **Q.**   And so that the Court might know, this contract is dated

17:24  19  December 9, 1998, is it not?

17:24  20  **A.**   I don't see the date on this page.  I didn't --

17:24  21  **Q.**   If the record shows that's the date, then you wouldn't

17:24  22  dispute that?

17:24  23  **A.**   Sure.

17:24  24  **Q.**   That would, of course, be before anybody ordered the BOP

17:24  25  stack from Cameron or anyone, correct?

BILL AMBROSE - CROSS

17:24  1    A.   I don't know the dates of order versus the dates of this
17:24  2    document, sir, so I can't confirm that.
17:24  3    Q.   I'll show you a document in just a moment.
17:24  4         But in any event, let's look at 1356A.86.1.  I am
17:24  5    going to go through this very quickly, but it specifies the
17:24  6    type of equipment to be used on the BOP that eventually was
17:24  7    going to end up on what eventually became the
17:24  8    *Deepwater Horizon*; is that correct, sir?
17:25  9    A.   It would, yes.
17:25  10        MS. CLINGMAN:  Your Honor, I object again.  If we
17:25  11   want to go into the specifications and the performance of the
17:25  12   blowout preventer, we can, but we were precluded from doing
17:25  13   that both in our case and in the DF crosses so far.
17:25  14        MR. BECK:  Judge, again, I'm not going into
17:25  15   performance.  I'm just showing what the contract specified.
17:25  16        MS. CLINGMAN:  We were -- he already showed the
17:25  17   design and everything else, and the topic area was precluded.
17:25  18        THE COURT:  I overrule the objection.
17:25  19   BY MR. BECK:
17:25  20   Q.   You see that there are various items that are prescribed
17:25  21   and specified.  You see that, sir?
17:25  22   A.   Yes.
17:25  23   Q.   For example, there's been some testimony in this case
17:25  24   about the hose reels and the moon pool.  Do you see that?
17:25  25   A.   I see they are listed.

BILL AMBROSE - CROSS

17:25   1    **Q.**    It specifies the location, too, does it not?

17:25   2    **A.**    Yes.

17:25   3    **Q.**    The MUX cables, so that the Court might know, are the

17:25   4    electrical and communication cables that go from the rig to the

17:25   5    BOP; is that correct?

17:25   6    **A.**    Yes.

17:25   7    **Q.**    And the contract specifies -- or the material equipment,

17:25   8    Exhibit B, which is part of the contract, specifies they shall

17:26   9    be located in the moon pool, correct?

17:26   10   **A.**    Yes.

17:26   11   **Q.**    That's where they were ultimately installed; is that not

17:26   12   right?

17:26   13   **A.**    Yes, they would have been.

17:26   14   **Q.**    There is also a contract specification that calls for a

17:26   15   hotline in the moon pool, correct?

17:26   16   **A.**    Yes.

17:26   17   **Q.**    That is a hydraulic line that goes from the rig to the

17:26   18   BOP, right?

17:26   19   **A.**    Yes.

17:26   20   **Q.**    That is where it was installed on the BOP on the

17:26   21   *Deepwater Horizon*, correct?  There was a hotline located in the

17:26   22   moon pool?

17:26   23   **A.**    It was installed in the moon pool, not on the BOP.

17:26   24   **Q.**    Yes, sir.

17:26   25   **A.**    Yes.

BILL AMBROSE - CROSS

17:26  1          MR. BECK:  Now, let's turn quickly to Section E.12,
17:26  2   and that's 1356A.86.2.
17:26  3              There's been some evidence in this case about an
17:26  4   acoustic emergency BOP control.
17:27  5              If we could blow that up.
17:27  6   BY MR. BECK:
17:27  7   Q.   You see where it says acoustic emergency BOP control and
17:27  8   you see where it says N/A?
17:27  9   A.   Yes.
17:27  10  Q.   That means "not applicable," does it not?
17:27  11  A.   Yes, it does.
17:27  12  Q.   In other words, an acoustic emergency BOP control system
17:27  13  was not specified in the contract, correct?
17:27  14  A.   It does not look like it was.
17:27  15  Q.   Now, so that the Court might know, an acoustic system
17:27  16  could have been included in the BOP if it were specified in the
17:27  17  contract, correct?
17:27  18  A.   It could have been, yes.
17:27  19  Q.   Based on -- it also could have been included if it was
17:27  20  required by regulation, correct?
17:27  21  A.   Yes.
17:27  22  Q.   Now, based -- the Court has already heard that your
17:27  23  deposition was taken for two reasons.  You were being asked
17:27  24  questions based on your personal knowledge and also as the
17:27  25  corporate representative of Transocean.  You recall that?

BILL AMBROSE - CROSS

17:28  1   A.   Yes.
17:28  2   Q.   In order to prepare for your corporate rep deposition, you
17:28  3   had to do certain research to familiarize yourself with certain
17:28  4   facts, right?
17:28  5   A.   Yes.
17:28  6   Q.   Now, based on your research, you're not aware of any
17:28  7   request for an acoustic system for the *Deepwater Horizon* all
17:28  8   the way up through April 20, 2010, correct?
17:28  9   A.   That was two years ago.  I don't remember anything --
17:28  10  Q.   Okay.  Fine.
17:28  11        MR. BECK:  Let's go to 1356A.78.1.
17:28  12  BY MR. BECK:
17:28  13  Q.   You see that this is a specification, which is part of the
17:28  14  drilling contract, for the primary BOP stack.  Do you see that?
17:28  15  A.   Yes.
17:28  16  Q.   It prescribes such things as working pressure and H2S
17:28  17  service.  Do you see that, sir?
17:28  18  A.   Yes.
17:28  19  Q.   So what that tells you is that the equipment must be
17:28  20  capable of being used in an H2S environment, right?
17:29  21  A.   That's correct.
17:29  22  Q.   We all know H2S is hydrogen sulfide, which is a colorless
17:29  23  gas?
17:29  24  A.   Right.
17:29  25  Q.   Smells like rotten eggs?

6258

**BILL AMBROSE - CROSS**

17:29  1   **A.**   It does.

17:29  2   **Q.**   It's very poisonous and corrosive, is it not, sir?

17:29  3   **A.**   Yes, it is.

17:29  4   **Q.**   Not all BOP components are suitable for use when you

17:29  5   expect to encounter sour grass [verbatim] that might include

17:29  6   hydrogen sulfide?

17:29  7   **A.**   Not all metals are good for that, that's correct.

17:29  8           **MR. BECK:**   Now, let's look at 1356A.79.1.

17:29  9   **BY MR. BECK:**

17:29  10  **Q.**   This is a specification which is part of the drilling

17:29  11  contract that provides for the ram type preventers.  Do you see

17:29  12  that?

17:29  13  **A.**   Yes.

17:29  14  **Q.**   Some rigs have BOPs with two sets of blind shear rams,

17:29  15  correct?

17:29  16  **A.**   Some are equipped that way, yes.

17:29  17  **Q.**   Some Transocean rigs are equipped that way?

17:30  18  **A.**   Yes.

17:30  19  **Q.**   In fact, Transocean, they've had rigs operating with two

17:30  20  sets of blind shear rams for years, have they not?

17:30  21  **A.**   Years, yes.

17:30  22  **Q.**   Now, the contract specifications for this BOP was to have

17:30  23  one set of blind shear rams.  Is that not reflected on this

17:30  24  document here?

17:30  25  **A.**   It is.

**BILL AMBROSE - CROSS**

17:30  1   **Q.**   There is no reason why more than one set of blind shear

17:30  2   rams could not have been included in the contract

17:30  3   specification, is there?

17:30  4   **A.**   No.

17:30  5        **MR. BECK:**  Let's bring up TREX-5094.

17:30  6   **BY MR. BECK:**

17:30  7   **Q.**   You have seen a number of these.  I think you identified a

17:30  8   number of them in your deposition.  This is a technical

17:30  9   position paper.  Do you see that, sir, Vastar *Deepwater Horizon*

17:31  10  BOP stack design?

17:31  11  **A.**   Yes.

17:31  12  **Q.**   This is a document in which Vastar and, I guess, BP and

17:31  13  Transocean, outlined various requirements for the BOP, correct?

17:31  14  **A.**   Yes.

17:31  15        **MR. BECK:**  If we could pull up 5094.1.1.

17:31  16  **BY MR. BECK:**

17:31  17  **Q.**   It expressly says that the issue is the "Overall design of

17:31  18  the BOP stack for the *Deepwater Horizon*," correct?

17:31  19  **A.**   Yes.

17:31  20  **Q.**   If we go to 5094.9.1, we see that it is signed, correct?

17:31  21  **A.**   It is.

17:31  22  **Q.**   It is signed by a Mr. Metcalf on behalf of Vastar, right?

17:31  23  **A.**   Yes.

17:31  24  **Q.**   Mr. Dan Welch on behalf of Vastar?

17:31  25  **A.**   Yes.

BILL AMBROSE - CROSS

17:31  1    **Q.**   Mr. Don Weisinger on behalf of Vastar?

17:31  2    **A.**   Yes.

17:31  3    **Q.**   Mr. Kevin Wink as rig manager on behalf of R&B Falcon?

17:31  4    **A.**   Yes.

17:31  5    **Q.**   There is no signature block for Cameron, is there?

17:32  6    **A.**   No, there's not.

17:32  7    **Q.**   Like the drilling contract, this technical position paper

17:32  8    specifies that there will be five ram preventers in the BOP.

17:32  9          **MR. BECK:**  We can turn the page, please.  Let's go to

17:32  10   5094.2.1.

17:32  11   **BY MR. BECK:**

17:32  12   **Q.**   You see where at the top it talks about the "Lower Stack

17:32  13   Configuration (Bottom to Top)"?

17:32  14   **A.**   I see that.

17:32  15   **Q.**   Now, I want to ask you whether or not that when Cameron

17:32  16   originally quoted or made a bid on the BOP to what was then

17:32  17   R&B Falcon, it offered both shearing blind rams and DVS rams.

17:33  18   Do you recall that?

17:33  19   **A.**   I remember that issue in my deposition, but I don't recall

17:33  20   it from the time.

17:33  21   **Q.**   Let me refresh your recollection.

17:33  22          **MR. BECK:**  Let's bring up 4276, please.

17:33  23   **BY MR. BECK:**

17:33  24   **Q.**   Do you see where this talks about "Attachment 1.2A -

17:33  25   Pricing Format"?

6261

BILL AMBROSE - CROSS

17:33   1    **A.**   Yes.

17:33   2    **Q.**   And it says in the first sentence, "Note:  Your bid must

17:33   3    be submitted in the following format."

17:33   4         Do you see that, sir?

17:33   5    **A.**   Yes.

17:33   6         **MR. BECK:**  Then if we can go to page 9 of this

17:33   7    exhibit, Paul.

17:33   8    **BY MR. BECK:**

17:33   9    **Q.**   This is a letter from Cameron dated March 1, 1999, to what

17:33  10    was then R&B Falcon.  Do you see that?

17:33  11    **A.**   Yes.

17:33  12    **Q.**   That's almost three months after the drilling contract had

17:34  13    been executed by the parties?

17:34  14    **A.**   Yes.

17:34  15    **Q.**   "The parties" being R&B Falcon and Vastar, right?

17:34  16    **A.**   Yes.

17:34  17         **MR. BECK:**  Then if we can go scroll down, Paul, to

17:34  18    4276.9.1.

17:34  19    **BY MR. BECK:**

17:34  20    **Q.**   It says:  "We have enclosed technical and commercial

17:34  21    information within our proposal for your consideration."

17:34  22         Then it goes on to page 62, which is 4276.62.1, and

17:34  23    it provides a description of the types of rams included within

17:34  24    the information.  Do you see that?

17:34  25    **A.**   Yes.

BILL AMBROSE - CROSS

17:34  1   **Q.**   We first start with what Cameron calls shearing blind

17:34  2   rams.  A lot of people call them blind shear rams, but Cameron

17:34  3   refers to them as shearing blind rams.

17:35  4           Now, it talks about some of the features of these

17:35  5   shearing blind rams, does it not?

17:35  6   **A.**   Yes, it does.

17:35  7   **Q.**   We talked about the hydrogen sulfide earlier, and you see

17:35  8   that one of the features of the shearing blind rams are that

17:35  9   they have replaceable blade inserts for H2S compatibility and

17:35 10   suitable for H2S service.  Do you see that, sir?

17:35 11   **A.**   Yes.

17:35 12   **Q.**   Then if we go to the next page, 4276.63.1, there's a

17:35 13   description of Cameron DVS shear rams.  Do you see those

17:35 14   features?

17:35 15   **A.**   This is the same, isn't it?

17:35 16   **Q.**   No, sir, a little bit different.

17:35 17           **MR. BECK:**  Excuse me.  Paul, we need to go to the

17:35 18   next one, which is 4276.63.1.

17:36 19   BY MR. BECK:

17:36 20   **Q.**   Those are the DVS shear rams.  Do you see those?

17:36 21   **A.**   Yes.

17:36 22   **Q.**   And without going through all these, in the interest of

17:36 23   time, you will note that unlike the shearing blind rams, the

17:36 24   DVS rams do not state that they were suitable for H2S service,

17:36 25   do they?

OFFICIAL TRANSCRIPT

BILL AMBROSE - CROSS

17:36  1   **A.**   No, they do not.

17:36  2   **Q.**   One of the other features is that it has a large blade

17:36  3   width to fit within existing ram bores, right?

17:36  4   **A.**   Yes.

17:36  5   **Q.**   It has two V-blades for more effective shearing.  Do you

17:36  6   see that?

17:36  7   **A.**   I'm not sure.  Where is that?

17:36  8   **Q.**   First sentence.

17:36  9   **A.**   Oh.  Yes.

17:36  10  **Q.**   The point being that information was furnished back in

17:36  11  1999 that talked about the features of the shearing blind rams

17:37  12  and the DVS rams, correct?

17:37  13  **A.**   Yes, it was.

17:37  14  **Q.**   Now, the shearing blind rams were ordered, were they not?

17:37  15  **A.**   Yes.  That's what was outfitted, I believe.

17:37  16  **Q.**   The DVS rams were not ordered, were they?

17:37  17  **A.**   To the best of my recollection, I don't think they were,

17:37  18  because that's not what was in the --

17:37  19  **Q.**   I take it based upon all the research you have done to

17:37  20  prepare for your deposition, prepare for trial, do you have any

17:37  21  idea who made that decision?

17:37  22  **A.**   No.  I wasn't part of that team doing that.

17:37  23          **MR. BECK:**  That's all I have, Your Honor.  Thank you.

17:37  24          **THE COURT:**  Back to Transocean.

17:37  25          **MS. CLINGMAN:**  Redirect, Your Honor.

**REDIRECT EXAMINATION**

BY MS. CLINGMAN:

Q.    Mr. Ambrose, let me jump around a bit and cover just a few things.

But to clarify, who specified the configuration of the BOP in the drilling contract?

A.    It was requested by Vastar at the time.

Q.    The operator?

A.    Yes.

Q.    When the operator later requested modifications to the BOP, in terms of replacing rams and things, did Transocean comply with the operator's request?

A.    Yes.  We would change the rams out to meet whatever the well requirements were.

Q.    If the operator had specified different configurations, would Transocean comply with that request?

A.    Certainly, as long as it met regulations and it was prudent to do that.

Q.    Let me turn briefly to displacement calculations.

Do you remember that series of questions?  Transocean employees, as you have testified, do have the authority and the obligation to stop work if they see something that is unsafe or risky, right?

A.    That's correct.

Q.    With respect to displacement calculations and proceeding

BILL AMBROSE - REDIRECT

17:39    1    with displacement, they could stop work, but they could not go

17:39    2    forward without approval from the BP well site leader; is that

17:39    3    correct?

17:39    4    A.    That's true.

17:39    5    Q.    The PSC quoted the BP 2009 audit, one entry from that,

17:39    6    Mr. Ambrose.  But again, I don't think the Court saw the

17:39    7    close-out spreadsheet, so just one entry there about closing

17:40    8    out tags in a computer but not doing the work.

17:40    9          Do you remember that discussion about maintenance

17:40   10    items?

17:40   11    A.    Yes.

17:40   12    Q.    You said it was not widespread.  Whatever it was, it was

17:40   13    enough that both Transocean and BP audited well enough to

17:40   14    figure that out; is that right?

17:40   15    A.    Yes.

17:40   16    Q.    You were asked about the BP audit.

17:40   17          MS. CLINGMAN:  I don't have the item number, but

17:40   18    let's look at the close-out spreadsheet, document

17:40   19    TREX-1381.3.2.

17:40   20    BY MS. CLINGMAN:

17:40   21    Q.    Did BP also find, as you indicated, that it was not

17:40   22    widespread, but it was evident that some maintenance routines

17:40   23    were being closed out with the tasks not being performed?

17:40   24    A.    Yes.

17:40   25    Q.    Was it noted as the practice of closing incomplete

OFFICIAL TRANSCRIPT

**BILL AMBROSE - REDIRECT**

17:40   1   maintenance work orders?

17:41   2   **A.**   Yes.

17:41   3   **Q.**   You were asked -- Mr. Ambrose, when you said that the

17:41   4   company forbid this and took this seriously, you were asked if

17:41   5   you had ever fired anyone personally on the *Deepwater Horizon*.

17:41   6         And you said no, right?

17:41   7   **A.**   Correct.

17:41   8   **Q.**   If you look at the close-out spreadsheet, did Transocean

17:41   9   accept this finding and state that "all departments notified

17:41   10   that this would not be tolerated"?

17:41   11   **A.**   They did.

17:41   12   **Q.**   Is this entire document, the BP 2009 audit and the

17:41   13   close-out spreadsheet, related solely to the *Deepwater Horizon*?

17:41   14   **A.**   It is.

17:41   15   **Q.**   Is this signed off on by Steve Bertone, the maintenance --

17:41   16   one of the maintenance supervisors on the *Deepwater Horizon*?

17:41   17   **A.**   It is.

17:41   18   **Q.**   Thank you.

17:41   19         Mr. Ambrose, you were asked about Stress Engineering,

17:42   20   and I just want to clarify.

17:42   21         Stress is a leading industry expert in a number of

17:42   22   areas; is that right?

17:42   23   **A.**   Yes, they are.

17:42   24   **Q.**   Did you know that they had been hired by both BP and

17:42   25   Transocean for some of the complex engineering analysis in this

**BILL AMBROSE - REDIRECT**

17:42  1  case?

17:42  2  A.   We were aware that they were doing some work for BP.  We

17:42  3  also didn't know the topic.  They made it clear that they would

17:42  4  make sure that there was no conflict.

17:42  5  Q.   They also declined, though, to be testifying experts for

17:42  6  anyone, didn't they?

17:42  7  A.   Yes, they did.

17:42  8  Q.   Did Stress Engineering produce a report for you and your

17:42  9  internal team on flow analysis and fluid dynamics?

17:42  10  A.   Yes, they did.

17:42  11  Q.   Did you rely on that report?

17:42  12  A.   We did.

17:42  13  Q.   Is that Stress report attached to your Transocean report?

17:42  14  A.   It is.

17:42  15       MS. CLINGMAN:  Your Honor, we have nothing further.

17:42  16       THE COURT:  All right.  You are done, sir.

17:42  17       THE WITNESS:  Thank you.

17:42  18       THE COURT:  Thank you.

17:43  19       Transocean, any further witnesses or evidence?

17:43  20       MS. CLINGMAN:  I think we do not.  I will hand this

17:43  21  over to Brad.  I think we probably have some administrative

17:43  22  evidentiary matters.

17:43  23       THE COURT:  All right.

17:43  24       MS. CLINGMAN:  May Mr. Ambrose be excused?

17:43  25       THE COURT:  Sure.

```
17:43    1           MR. BRIAN:  Brad Brian for Transocean.
17:43    2                 We are now going to play two short depo clips.
17:43    3    The first will be Paul Johnson, and the other one will be a man
17:43    4    named David McKay.  I keep pronouncing it McKay.  I think he
17:43    5    actually may pronounce it David McKay.  He's Scottish,
17:43    6    Your Honor.
17:43    7                 And I would offer into evidence the thumb drive
17:43    8    that will contain the two videos we are playing today, on the
17:43    9    26th.
17:43   10           THE COURT:  How long will these take?
17:44   11           MR. BRIAN:  I think they are a total of about 12 or
17:44   12    13 minutes, Your Honor.
17:44   13           THE COURT:  Okay.
17:44   14           MR. BRIAN:  If I may approach, I will show you -- I
17:44   15    will produce the excerpts we are playing, Your Honor.
17:44   16                 Here's Mr. Johnson.
17:44   17           (Paul Johnson testified by video deposition.)
17:52   18           MR. BRIAN:  Now we are going to play the David McKay,
17:53   19    if I may approach, Your Honor, and pass out the short excerpts
17:53   20    of that.
17:53   21           THE COURT:  Sure.  This is McKay, spelled like McKay?
17:53   22           MR. BRIAN:  I've always been pronouncing it McKay,
17:53   23    Your Honor.
17:53   24           THE COURT:  I just wanted to make sure this is the
17:53   25    one we --
```

17:53  1          **MR. BRIAN:**  It is, and I've removed -- per

17:53  2     Your Honor's ruling, I removed the highlighted excerpts that

17:53  3     you had ruled would not be included.

17:53  4          **THE COURT:**  Thank you.

17:53  5          (David McKay testified by video Deposition.)

18:00  6          **THE COURT:**  We are not going to identify all those

18:00  7     voices on there.

18:00  8          **MR. BRIAN:**  I was going to propose a stipulation that

18:00  9     there was an error in the transcript when he said he was

18:00 10     educated in Oslo.  I think he said Glasgow, which seemed

18:01 11     apparent from his accent.

18:01 12               Your Honor, we have no further witnesses to

18:01 13     call, either live or by video clip.  We cannot formally rest

18:01 14     yet.  We need to keep the record open.  We have 28 deposition

18:01 15     bundles that, my understanding from Carter Williams, were going

18:01 16     to be offered tomorrow during the marshaling conference.

18:01 17     There's no marshaling conference, so we want to discuss whether

18:01 18     you want to set aside time to do that tomorrow or do it next

18:01 19     week.  That's up to the Court.

18:01 20          **THE COURT:**  You can do it next week.  You might want

18:01 21     to just submit a list of what you plan to introduce, and then

18:01 22     we can take care of the formal introduction next week.

18:01 23          **MR. BRIAN:**  One party, Cameron, has objected with

18:01 24     respect to two of the bundles, so we are trying to work that

18:01 25     out with them today.

18:01  1         In addition, of course, we have to offer the

18:01  2  exhibits through for Mr. Wolfe -- we are discussing that with

18:01  3  the PSC -- and Mr. Ambrose.

18:01  4         In addition, Your Honor, I think all parties

18:01  5  have talked about whether we should agree upon a set of core

18:01  6  exhibits.  I know Your Honor has expressed a strong preference,

18:02  7  and we've tried to comply with it, of using call-outs in a

18:02  8  particular case.  But there may be some exhibits that we want

18:02  9  to go back where we've offered a page or call-out where it's

18:02  10  appropriate to offer the full exhibit.

18:02  11         So with those caveats, we are not putting any

18:02  12  more evidence on, but we do need to keep the record open to

18:02  13  complete that.

18:02  14      **THE COURT:**  You want to clutter up the record with

18:02  15  thousands of pages of stuff that I will not be asked to look

18:02  16  at?

18:02  17      **MR. BRIAN:**  No, we don't want to clutter it up.  We

18:02  18  want to make sure we haven't missed something, Your Honor.

18:02  19      **THE COURT:**  You have to understand, if it's not

18:02  20  something that's pointed out, I'm not going to go root through

18:02  21  hundreds of thousands of pages looking for something.  I hope

18:02  22  everybody understands that.

18:02  23      **MR. BRIAN:**  We do understand, Your Honor, and that's

18:02  24  the process we have tried to adhere to as well.

18:02  25      **THE COURT:**  Very well.  So with those caveats,

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 18:02 | 1 | Transocean has basically wrapped up its case. |
| 18:02 | 2 | You have no more witnesses, correct? |
| 18:02 | 3 | MR. BRIAN:  That's correct, Your Honor. |
| 18:02 | 4 | THE COURT:  Let's talk about HESI's -- Halliburton's |
| 18:03 | 5 | lineup for tomorrow. |
| 18:03 | 6 | MR. GODWIN:  Yes, Your Honor.  Don Godwin for |
| 18:03 | 7 | Halliburton. |
| 18:03 | 8 | Judge, we will begin tomorrow morning with |
| 18:03 | 9 | Mr. Nathaniel Chaisson.  We anticipate, Judge -- we would think |
| 18:03 | 10 | that with our direct examination and with the cross, it would |
| 18:03 | 11 | be a half-a-day witness.  Of course, we have no way of knowing |
| 18:03 | 12 | what the cross is going to be.  They have been lengthy thus |
| 18:03 | 13 | far, but we would hope that he would be on and off in a half a |
| 18:03 | 14 | day. |
| 18:03 | 15 | We will follow up with Mr. Richard Strickland. |
| 18:03 | 16 | We would think that he should be a half a day.  He may go into |
| 18:03 | 17 | Tuesday, Judge.  But we, of course, are going to move our part |
| 18:03 | 18 | forward, but he will be our second witness tomorrow.  We don't |
| 18:03 | 19 | think we will get to a third one. |
| 18:03 | 20 | THE COURT:  If you did, who would it be? |
| 18:03 | 21 | MR. GODWIN:  If we did, Your Honor, the next one |
| 18:03 | 22 | would be Mr. Glen Stevick, S-T-E-V-I-C-K. |
| 18:03 | 23 | And we will send out a list tomorrow by noon, |
| 18:03 | 24 | your Honor, of our witnesses for next week, as required. |
| 18:03 | 25 | THE COURT:  All right.  Very well. |

| | | |
|---|---|---|
| 18:03 | 1 | **MR. GODWIN:**  Thank you, Judge. |
| 18:03 | 2 | **THE COURT:**  Anybody have anything else?  If not, we |
| 18:03 | 3 | will see everyone at 8:00 in the morning. |
| 18:04 | 4 | Have a good evening. |
| 18:04 | 5 | (Proceedings adjourned.) |
| 13:57 | 6 | * * * |
| | 7 | <u>**CERTIFICATE**</u> |
| | 8 | I, Toni Doyle Tusa, CCR, FCRR, Official Court |
| | 9 | Reporter for the United States District Court, Eastern District |
| | 10 | of Louisiana, do hereby certify that the foregoing is a true |
| | 11 | and correct transcript, to the best of my ability and |
| | 12 | understanding, from the record of the proceedings in the |
| | 13 | above-entitled matter. |
| | 14 | |
| | 15 | |
| | 16 | _s/ Toni Doyle Tusa_ |
| | 17 | Toni Doyle Tusa, CCR, FCRR<br>Official Court Reporter |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

OFFICIAL TRANSCRIPT

**$**

$10 [3] 6116/3 6116/12 6122/22
$10 million [3] 6116/3 6116/12 6122/22
$7 [1] 6122/22

**'**

'08 [2] 6150/1 6150/3
'flying [1] 6112/6
'good' [1] 6234/7
'No,' [1] 6237/6
'procedure' [1] 6110/20
'pump [1] 6174/12
'Quick [1] 6110/22
'this [1] 6174/8
'we [1] 6106/24
'Wow [1] 6173/19

**.**

.2.1 [2] 6251/13 6251/14
.3 [1] 6135/14
.40 [1] 6179/12
.5 [1] 6095/2

**0**

02771 [1] 6063/7

**1**

1.1.6 [1] 6079/8
1.2A [1] 6260/24
10 [1] 6085/16
10-CV-02771 [1] 6063/7
10-CV-4536 [1] 6063/9
10-MD-2179 [1] 6063/4
10.5.3 [1] 6194/22
100 [2] 6173/6 6229/3
100 barrels [1] 6167/3
100 percent [1] 6245/15
100 psi [2] 6207/21 6209/18
1000 [2] 6067/17 6119/25
1001 [1] 6067/10
101 [1] 6064/16
1072 [2] 6100/10 6102/2
10:43 [1] 6238/20
11 [5] 6089/2 6089/2 6089/22 6123/15 6249/9
11 people [1] 6073/11
1100 [1] 6067/6
1110 [1] 6067/20
1136 [1] 6106/9
11:00 meeting [1] 6239/17
11:30 [1] 6174/24
12 [6] 6100/21 6100/23 6101/19 6102/13 6189/16 6268/11
1201 [2] 6067/3 6068/9
1221 [1] 6068/5
126.1.1 [1] 6113/4
128 psi [1] 6173/18
12:00 [1] 6169/18
12:00 noon [1] 6169/16
13 [1] 6189/23
13 minutes [1] 6268/12
1300-something [1] 6177/2
1308 [1] 6064/19
1331 [1] 6068/12
1356A [2] 6251/13 6251/14
1356A.2.1 [1] 6252/3
1356A.48.1 [1] 6253/7
1356A.78.1 [1] 6257/11
1356A.79.1 [1] 6258/8
1356A.86.1 [1] 6254/4
1356A.86.2 [1] 6256/2
1381.3.2 [1] 6265/19

14 [6] 6085/16 6107/19 6113/10 6183/12 6193/6 6215/1
14 months [2] 6206/20 6250/19
14-month [1] 6182/24
14.4 pounds [1] 6197/6
1400 psi [1] 6229/24
1400-something [1] 6177/3
14271 [1] 6065/22
1454.18.5 [1] 6245/6
1454.9.3 [1] 6186/9
1455 [1] 6167/1
1477 [1] 6177/4
1477 psi [1] 6176/23
15,000 barrels [1] 6092/19
15-minute [1] 6151/9
15.2 [3] 6252/5 6252/9 6252/25
150 psi [1] 6173/6
15th [1] 6198/21
16 [14] 6169/10 6170/4 6196/20 6196/25 6197/2 6197/9 6197/14 6197/16 6198/14 6224/23 6225/4 6225/7 6225/9 6225/12
1601 [1] 6064/3
1665 [1] 6068/12
1693.2.1 [1] 6116/5
1694.1.1 [1] 6111/22
16th [1] 6169/18
17 [1] 6111/25
17.60.2.1 [1] 6140/4
1700 [1] 6068/9
18 [8] 6063/14 6079/5 6087/4 6089/2 6089/2 6089/22 6103/16 6135/25
18,360 feet [1] 6093/14
180-psi [1] 6249/3
1800 feet [1] 6093/20
1840 psi [1] 6177/5
1885 [1] 6066/12
18th [3] 6141/1 6198/22 6199/2
19 [6] 6106/13 6167/7 6167/7 6169/3 6170/5 6172/6
19,000 [1] 6093/11
19,550 feet [1] 6093/10
19,650 [1] 6190/16
1998 [1] 6253/19
1999 [3] 6251/11 6261/9 6263/11
1:00 [1] 6153/9

**2**

20 [31] 6063/5 6090/13 6096/11 6107/19 6130/23 6130/25 6149/6 6149/20 6150/5 6150/12 6150/18 6184/8 6196/3 6201/23 6208/13 6209/6 6209/12 6214/18 6215/5 6218/24 6228/6 6229/2 6229/18 6231/18 6233/24 6234/19 6238/20 6244/6 6246/23 6249/15 6257/8
20 years [1] 6084/21
20/20 [1] 6249/15
20001.020 [1] 6120/16
20004 [2] 6065/22 6067/4
2004 [10] 6123/15 6131/1 6131/4 6131/13 6131/21 6132/22 6133/17 6134/4 6134/14 6134/20
20044 [2] 6065/17 6066/6
2005 [4] 6133/18 6133/21 6134/4 6147/19
2007 [2] 6070/10 6070/12
2008 [10] 6074/13 6078/9 6078/21 6080/4 6080/5 6135/19 6135/25 6147/12 6147/16 6148/6
2009 [30] 6078/8 6078/11 6080/6 6080/14 6080/18 6083/22 6130/23 6130/25 6133/20 6134/1 6134/3 6134/14 6138/23 6139/21 6139/22 6142/17 6142/23 6144/7 6144/8 6147/12 6147/16

6147/19 6148/6 6149/4 6149/3 6149/20 6188/13 6188/17 6198/20 6255/6 6255/12
2010 [20] 6063/5 6090/13 6101/19 6102/14 6103/16 6111/25 6113/10 6150/5 6150/12 6150/18 6167/8 6173/12 6187/15 6189/23 6190/19 6192/3 6193/4 6194/20 6233/11 6257/8
2011 [1] 6087/4
2013 [2] 6063/7 6070/2
20th [1] 6174/24
21 [4] 6116/23 6139/21 6144/7 6144/8
213 [4] 6126/20 6179/4 6181/11 6181/12
214 [1] 6103/12
2140 [1] 6235/8
2179 [1] 6063/4
2189.1.1 [1] 6135/22
2211 [1] 6067/20
2216 [1] 6065/6
225 psi [1] 6174/6
2294 [1] 6092/7
22955 [1] 6092/25
22nd [1] 6064/10
2300 [1] 6199/2
23451 [1] 6064/10
24/7 [1] 6246/6
2445 [1] 6120/16
25188 [1] 6085/14
2562 [1] 6162/14
2584 [1] 6171/25
26 [2] 6063/7 6070/2
26052 [1] 6144/5
2615 [1] 6064/6
26th [1] 6268/9
28 [3] 6173/12 6233/11 6269/14
29 [1] 6083/22
291.58.1 [1] 6191/3
291.58.2 [1] 6191/25
291.58.4 [1] 6190/3
291.68.1 [1] 6194/19
2:00 [1] 6169/23

**3**

3/8 [1] 6095/9
3/8-inch [1] 6094/3
30 [2] 6187/15 6235/11
30 minutes [1] 6233/20
30 seconds [1] 6248/24
300 [2] 6066/23 6222/9
3000 [1] 6212/1
3000 psi [1] 6178/5
30025.2.2 [2] 6234/15 6235/6
3089 [1] 6067/17
3100-something [1] 6165/18
3126 [2] 6092/1 6092/7
3140 [2] 6165/18 6172/8
3140 psi [3] 6171/13 6171/20 6173/1
3142 [1] 6167/21
3142 psi [6] 6159/4 6165/9 6166/3 6171/5 6176/2 6177/7
3157 [1] 6092/24
3188 [3] 6172/22 6173/8 6180/14
32 [1] 6180/5
33.8.1 [1] 6217/2
3300 feet [2] 6110/2 6119/19
3308 [1] 6216/2
3308.1.1 [2] 6215/20 6216/2
3308.2.2 [1] 6217/13
3308.6.1 [1] 6216/10
3308.8.1 [1] 6217/2
3324.1.1 [1] 6187/13
3324.2.1 [1] 6188/10
3405 [2] 6078/6 6078/6
35 [2] 6205/10 6205/11

**3**

350 psi [1] 6174/3
3505A [2] 6141/18 6141/18
355 [1] 6067/14
35th [1] 6067/14
36 percent [1] 6204/6
36028 [1] 6065/10
36070.7.1 [1] 6148/2
36130 [1] 6066/10
36604 [1] 6064/4
3668 [1] 6063/20
3700 [2] 6067/6 6067/10
3808.196.6 [1] 6096/7
3808.34.16 [1] 6115/2
3808.35.17 [1] 6115/16
3808.35.18 [1] 6117/6
3808.6.1 [1] 6087/20
3808.6.3 [1] 6091/18
3808.66.13 [1] 6108/2

**4**

4.2 [1] 6158/23
40 [3] 6179/6 6179/12 6179/19
400 psi [1] 6222/9
402 [1] 6064/10
406 [1] 6068/15
41139.20.2 [1] 6198/18
41208.2.2 [1] 6188/23
4246 [1] 6087/9
4248 [5] 6158/20 6179/5 6179/11
 6179/18 6181/11
4248.197 [1] 6181/11
4248.44.1 [1] 6211/2
4248.44.2 [1] 6211/15
4248.5.0 [1] 6213/16
425-barrel [2] 6242/12 6243/14
4276 [1] 6260/22
4276.62.1 [1] 6261/22
4276.63.1 [2] 6262/12 6262/18
4276.9.1 [1] 6261/18
428 [1] 6249/9
4310 [1] 6065/3
4319 [1] 6247/2
435 [1] 6064/16
4369 [1] 6200/5
4457 [1] 6171/7
450 [1] 6065/10
4500 [1] 6068/5
4536 [1] 6063/9
4743.1.1 [1] 6203/15
492 [1] 6085/15
493 [1] 6085/16
4:30 [2] 6169/14 6169/18

**5**

50 [1] 6183/2
500 [6] 6063/20 6066/9 6068/15 6163/2
 6163/8 6222/8
500 barrels [1] 6124/23
5000 [1] 6066/19
5015.1 [1] 6236/22
50296.3.1 [1] 6233/4
504 [1] 6068/16
5094 [1] 6259/5
5094.1.1 [1] 6259/8
5094.2.1 [1] 6260/10
5094.9.1 [1] 6259/20
513 [1] 6220/20
52 [3] 6179/4 6179/5 6179/20
525 [1] 6241/2
53 [1] 6176/25
5395 [1] 6065/10

540.2.4 [1] 6196/13
540.1 [1] 6197/20
546 [1] 6067/23
5479 [1] 6130/19
5486.17.1 [2] 6142/13 6143/1
5486.6.2 [1] 6143/14
556 [1] 6063/20
5618 [1] 6080/10
5650.14.1 [1] 6139/1
567.1.12 [1] 6240/23
57 percent [1] 6204/5
570 psi [1] 6173/22
589-7778 [1] 6068/16
5:30 [2] 6154/16 6154/24
5:45 [1] 6208/13

**6**

600 [3] 6064/10 6064/13 6067/17
601 [1] 6064/6
60465 [1] 6169/8
60654 [1] 6066/24
6120 [1] 6123/8
6166 [1] 6074/10
618 [1] 6064/22
62 [1] 6261/22
6268 [1] 6069/7
6269 [1] 6069/8
6941 [1] 6167/15
6:00 [1] 6154/16

**7**

7 1/2 [1] 6169/19
7-5395 [1] 6065/10
7-inch [3] 6094/4 6095/9 6216/14
7/8-inch [1] 6190/12
70 [1] 6183/2
700 psi [3] 6163/2 6163/8 6222/9
701 [2] 6066/16 6066/19
70113 [1] 6063/24
70130 [6] 6064/7 6064/13 6065/7
 6066/17 6067/24 6068/15
70139 [1] 6066/20
70163 [1] 6067/7
70360 [1] 6064/16
70458 [1] 6064/19
70501 [1] 6067/18
70502 [1] 6063/21
708 [2] 6208/10 6208/21
70801 [1] 6064/23
70804 [1] 6066/13
711 [3] 6139/22 6141/20 6150/17
713.8.1 [2] 6207/4 6210/2
7134.12.1 [1] 6135/2
7134.16.2 [1] 6135/9
750 psi [1] 6218/25
75270 [1] 6068/10
753 [3] 6089/1 6089/2 6089/21
7532.4.2 [2] 6231/10 6231/24
7611 [1] 6065/16
7685.1.4 [1] 6189/12
77002 [1] 6067/10
77006 [1] 6065/4
77010 [2] 6068/5 6068/13
77098 [1] 6067/21
7778 [1] 6068/16
7:30 [1] 6154/15

**8**

8 barrels [2] 6163/1 6163/7
8-barrels-per-minute [1] 6162/13
8015 [1] 6159/15
8036 [3] 6160/25 6163/10 6175/23
8038 [1] 6170/11

8167.1 [2] 6117/21 6117/21
820.1 [1] 6063/23
820.2.1 [1] 6218/22
8367 feet [1] 6119/18
8:00 in [1] 6272/3
8:50 p.m [1] 6247/9
8D [1] 6251/16

**9**

9 7/8 [2] 6194/21 6207/8
9 7/8-inch [2] 6190/11 6209/13
90071 [1] 6067/14
94005 [1] 6066/13
94102 [1] 6065/11
97 [1] 6238/16
97.1.1 [1] 6238/12
9:02 [4] 6247/6 6247/10 6247/25 6248/9
9:07 [4] 6247/6 6247/10 6247/25 6248/9
9:08 [3] 6248/20 6249/4 6249/11
9:09 [1] 6249/4
9:13 [3] 6248/20 6249/4 6249/11
9:20 p.m [1] 6233/17
9:45 [1] 6072/5
9:49 [1] 6072/9
9th [1] 6064/13

**A**

abandonment [33] 6088/3 6088/19
 6107/17 6107/18 6107/22 6108/6
 6108/11 6108/23 6122/7 6185/16
 6201/20 6201/21 6202/7 6227/11
 6227/13 6227/16 6235/24 6236/1 6236/2
 6236/5 6236/9 6236/17 6236/18 6237/2
 6237/13 6237/19 6238/3 6238/5 6238/19
 6238/24 6239/14 6239/23 6240/3
abbreviated [1] 6225/1
ability [2] 6178/11 6272/11
able [10] 6077/10 6082/19 6083/8
 6086/11 6097/24 6157/13 6164/14
 6166/6 6174/3 6243/15
aboard [1] 6138/23
about [206] 6070/6 6070/10 6071/25
 6073/17 6074/14 6076/3 6076/12
 6076/22 6078/9 6079/16 6080/19 6082/4
 6082/15 6082/24 6082/24 6083/1
 6084/13 6085/21 6086/25 6089/7 6090/2
 6090/4 6090/6 6094/15 6094/16 6094/18
 6095/20 6096/1 6096/2 6096/4 6096/10
 6098/10 6099/20 6101/12 6101/14
 6107/16 6111/17 6111/24 6112/3 6113/2
 6114/6 6114/13 6114/14 6115/12
 6115/21 6116/21 6119/3 6119/6 6119/18
 6120/20 6122/4 6123/20 6123/25
 6125/20 6127/2 6127/14 6128/11
 6128/15 6128/16 6128/17 6129/7 6132/3
 6134/15 6134/19 6138/13 6138/18
 6139/5 6141/3 6141/7 6141/10 6143/25
 6144/18 6145/11 6146/17 6146/19
 6146/24 6146/24 6147/15 6147/17
 6148/23 6148/25 6149/1 6149/2 6149/2
 6149/10 6149/12 6149/13 6149/14
 6149/23 6150/2 6150/3 6151/9 6153/9
 6155/23 6156/16 6156/18 6157/2 6157/3
 6157/16 6158/5 6158/6 6158/8 6161/15
 6162/10 6165/1 6165/2 6170/8 6170/16
 6171/22 6173/16 6175/22 6179/4
 6179/25 6181/7 6181/18 6184/13
 6185/19 6187/15 6187/17 6188/4 6189/8
 6188/21 6189/24 6190/5 6190/23
 6190/24 6190/25 6191/19 6192/2 6193/9
 6194/10 6194/13 6195/1 6195/6 6196/18
 6197/12 6198/4 6200/7 6200/9 6200/12
 6201/9 6202/3 6202/10 6202/11 6204/20

about... [62] 6204/25 6205/1 6209/18 6210/6 6210/25 6213/1 6213/4 6214/9 6214/21 6214/24 6215/7 6215/9 6218/10 6220/1 6220/23 6221/22 6223/15 6223/16 6224/8 6225/21 6226/7 6226/16 6226/22 6227/9 6227/11 6229/10 6230/4 6230/11 6230/15 6235/8 6235/19 6239/16 6240/3 6240/8 6240/12 6242/12 6242/19 6242/25 6244/2 6245/17 6245/18 6245/23 6246/12 6247/8 6248/24 6249/2 6252/21 6254/24 6256/3 6260/12 6260/24 6262/4 6262/7 6263/11 6265/7 6265/9 6265/16 6266/19 6268/11 6270/5 6271/4
above [9] 6113/24 6116/25 6117/4 6117/6 6133/14 6162/6 6168/2 6172/1 6272/13
above-entitled [1] 6272/13
Abramson [1] 6064/5
ABS [2] 6073/19 6079/21
absence [1] 6129/25
absolutely [2] 6078/21 6148/22
accent [1] 6269/11
accept [2] 6226/17 6266/9
acceptable [1] 6116/11
accepted [2] 6232/12 6233/3
access [3] 6091/1 6212/8 6241/10
accident [8] 6123/25 6127/12 6127/23 6128/8 6128/25 6129/11 6130/10 6130/17
according [6] 6072/4 6177/4 6180/18 6181/5 6216/20 6232/3
account [1] 6143/7
accountable [1] 6083/18
accounted [1] 6109/8
accuracy [1] 6204/9
accurate [6] 6074/6 6074/8 6183/12 6233/23 6234/1 6237/21 6239/14
achieve [6] 6163/13 6165/9 6166/9 6195/7 6210/16 6211/5
achieved [5] 6168/9 6171/4 6171/20 6232/21 6238/6
acknowledge [1] 6171/17
acknowledged [1] 6199/18
acknowledges [1] 6124/4
acoustic [5] 6254/4 6256/7 6256/12 6256/15 6257/7
acquired [2] 6251/24 6251/24
acronym [2] 6132/17 6133/11
acronyms [2] 6132/2 6132/3
across [4] 6138/16 6144/21 6145/17 6214/15
act [1] 6211/20
acted [1] 6125/12
action [2] 6184/1 6245/16
actions [9] 6076/4 6077/20 6183/21 6237/17 6244/2 6244/5 6244/11 6250/20 6250/23
activate [2] 6162/25 6163/6
activation [1] 6164/21
active [1] 6192/18
activities [2] 6187/22 6189/24
activity [2] 6186/5 6187/25
actual [5] 6093/4 6093/7 6093/13 6176/11 6179/19
actually [38] 6076/7 6084/25 6095/22 6118/14 6118/19 6131/4 6140/14 6141/2 6157/7 6164/2 6164/21 6164/22 6164/23 6165/8 6165/13 6166/21 6169/4 6171/17 6171/19 6173/7 6175/2 6176/7 6176/13 6177/12 6180/12 6182/10 6182/11

6187/21 6198/22 6200/17 6224/19 6231/20 6240/21 6242/16 6247/12 6248/11 6248/24 6268/5
actuator [3] 6163/17 6176/3 6176/7
AD [1] 6232/5
add [4] 6075/6 6093/24 6116/1 6169/23
added [2] 6239/3 6239/5
addition [7] 6093/23 6120/2 6147/11 6194/13 6218/11 6270/1 6270/4
additional [3] 6093/24 6116/11 6122/6
addressed [4] 6070/8 6078/17 6186/18 6187/5
adequately [3] 6079/12 6105/16 6109/8
adhere [1] 6270/24
adherence [1] 6138/5
adjourned [1] 6272/5
adjustable [1] 6222/3
administrative [1] 6267/21
admit [10] 6125/8 6125/11 6125/13 6126/7 6126/24 6127/3 6143/4 6152/15 6152/22 6171/11
admitted [5] 6151/19 6151/25 6152/4 6153/3
advantage [1] 6115/10
advantages [1] 6115/5
adverse [1] 6081/12
advised [1] 6235/10
advisory [4] 6140/14 6140/16 6141/2 6141/3
affect [1] 6123/7
affects [2] 6095/8 6221/9
aforementioned [1] 6105/15
after [61] 6072/9 6072/12 6072/15 6072/22 6072/24 6073/7 6073/13 6078/9 6080/18 6094/25 6096/2 6106/21 6108/23 6140/11 6154/23 6157/17 6164/16 6166/17 6166/24 6167/25 6168/1 6172/13 6172/25 6173/4 6173/4 6173/17 6173/18 6174/22 6175/10 6179/23 6182/11 6183/12 6183/20 6195/12 6197/4 6207/11 6207/24 6208/5 6209/12 6213/10 6214/8 6215/2 6215/15 6216/21 6218/11 6224/5 6225/4 6225/7 6225/12 6227/20 6232/18 6235/11 6238/2 6239/3 6239/5 6239/8 6239/15 6239/22 6242/24 6248/6 6261/12
afternoon [3] 6063/14 6070/1 6070/23 6071/3 6154/1 6155/20 6182/21
again [39] 6077/2 6078/17 6079/16 6080/8 6083/6 6083/21 6111/9 6118/20 6119/10 6141/11 6141/14 6149/7 6149/21 6150/2 6150/6 6150/25 6151/1 6154/11 6195/1 6196/24 6197/20 6205/2 6206/6 6206/18 6206/25 6211/4 6211/17 6215/7 6218/17 6222/2 6230/8 6233/7 6233/13 6234/18 6237/20 6242/22 6254/14 6254/6 6265/6
agencies [1] 6073/25
agent [3] 6211/12 6211/20 6212/1
agents [1] 6211/19
ago [5] 6084/21 6131/8 6172/21 6189/2 6257/9
agree [48] 6072/18 6076/18 6091/16 6095/3 6095/5 6098/23 6099/1 6099/3 6099/15 6099/19 6117/23 6120/20 6120/24 6125/4 6127/8 6127/11 6127/22 6157/11 6157/14 6157/25 6159/19 6160/19 6163/5 6166/20 6168/7 6170/15 6178/6 6178/10 6191/12 6195/12 6196/20 6198/7 6201/3 6205/15 6206/11 6206/15 6206/20 6224/10 6226/9 6228/3 6229/13 6235/17 6236/15 6237/22 6240/2 6244/15 6246/15 6270/5

agreement [1] 6123/17
agrees [1] 6082/11
ahead [8] 6075/7 6083/3 6094/15 6106/21 6121/10 6129/20 6146/2 6181/3
aided [1] 6068/21
Air [2] 6211/23 6212/1
al [2] 6063/8 6063/11
Alabama [5] 6064/4 6066/7 6066/8 6066/10 6155/10
alarm [10] 6072/9 6072/14 6072/14 6072/22 6072/22 6072/22 6072/24 6073/3 6073/13 6073/14 6128/21
Albertin [2] 6105/24 6106/4
alert [3] 6140/10 6140/14 6140/15
Alerts [1] 6140/15
ALEX [1] 6068/4
all [121] 6070/22 6071/9 6071/16 6071/18 6071/22 6072/9 6072/13 6073/17 6073/19 6073/25 6074/2 6074/17 6074/20 6074/23 6075/1 6075/21 6075/24 6078/5 6080/8 6087/1 6088/18 6088/20 6088/21 6089/15 6089/16 6090/11 6090/18 6090/20 6092/11 6092/13 6095/13 6105/15 6107/16 6108/20 6112/8 6113/7 6113/16 6113/24 6115/1 6116/10 6118/1 6118/2 6118/3 6118/6 6118/22 6119/3 6123/22 6124/19 6125/13 6126/6 6127/24 6129/13 6129/13 6130/4 6130/6 6132/11 6134/11 6137/7 6139/18 6147/11 6151/9 6151/1 6153/7 6154/4 6155/3 6155/25 6157/21 6165/10 6166/1 6166/5 6170/8 6170/23 6179/12 6180/9 6181/3 6182/14 6183/20 6184/5 6191/6 6198/11 6198/17 6198/20 6201/4 6205/25 6207/1 6207/3 6208/23 6210/11 6214/2 6214/8 6217/16 6217/18 6218/4 6226/12 6226/16 6229/13 6232/5 6233/3 6233/3 6234/21 6241/9 6241/24 6245/10 6246/2 6250/9 6251/2 6252/9 6252/12 6257/7 6257/22 6258/4 6258/7 6262/22 6263/19 6263/23 6266/9 6267/16 6267/23 6269/6 6270/4 6271/25
ALLAN [1] 6066/15
allow [6] 6075/3 6083/8 6160/20 6194/6 6213/3 6214/25
allowed [3] 6098/11 6145/23 6214/17
almost [2] 6181/9 6261/12
along [7] 6071/3 6081/7 6083/6 6111/19 6162/18 6196/15 6247/22
already [13] 6120/21 6130/5 6132/2 6159/18 6187/19 6212/22 6212/25 6214/21 6221/14 6251/10 6251/23 6254/16 6256/22
also [28] 6080/5 6088/15 6093/19 6097/4 6113/19 6116/10 6117/16 6120/22 6135/19 6147/4 6153/15 6157/19 6168/12 6169/15 6172/24 6177/23 6194/15 6212/10 6218/18 6222/17 6241/5 6246/9 6255/14 6256/19 6256/24 6265/21 6267/2 6267/5
alternative [1] 6111/5
although [3] 6075/20 6079/17 6126/2
always [3] 6154/17 6190/8 6268/22
am [5] 6081/12 6140/1 6162/16 6188/16 6254/4
Ambrose [36] 6070/6 6070/24 6071/3 6071/5 6077/9 6079/16 6082/15 6086/22 6089/5 6092/3 6093/25 6112/3 6128/18 6129/3 6136/5 6149/16 6155/17 6155/20 6161/12 6170/25 6182/4 6182/17 6190/7 6214/12 6223/9 6232/18 6247/24 6250/16 6250/18 6264/3 6265/6

Ambrose... [4]  6266/3 6266/19 6267/24 6270/3
AMERICA [10]  6063/10 6065/9 6065/13 6065/19 6066/3 6066/19 6066/22 6067/3 6123/14 6216/13
American [1]  6079/21
among [8]  6108/10 6111/24 6112/18 6113/21 6114/7 6130/22 6241/7 6241/7
amongst [1]  6241/8
amount [2]  6097/20 6097/24
analysis [3]  6116/7 6266/25 6267/9
analyze [1]  6127/18
and/or [1]  6168/20
Anderson [7]  6124/7 6124/13 6233/15 6233/16 6233/24 6234/3 6235/18
ANDREW [1]  6066/22
Angeles [1]  6067/14
annual [3]  6070/10 6070/14 6070/15
annular [1]  6126/13
annulus [5]  6157/12 6164/9 6164/13 6214/25 6215/6
anomalies [2]  6125/12 6217/25
anomalous [6]  6173/3
anomaly [8]  6173/1 6247/5 6248/16 6249/1 6249/7 6249/16 6249/18 6250/7
another [14]  6088/11 6092/15 6096/18 6098/18 6133/11 6137/14 6169/24 6170/13 6173/1 6196/23 6220/18 6239/7 6248/20 6248/23
answer [15]  6075/3 6075/7 6078/1 6086/22 6098/3 6119/14 6120/13 6145/19 6145/23 6145/24 6146/1 6183/13 6237/2 6237/22 6244/5
answered [4]  6073/6 6130/12 6229/20 6230/13
answering [2]  6154/10 6244/11
answers [1]  6229/15
ANTHONY [2]  6065/6 6153/20
anti [2]  6211/19 6211/25
anti-foaming [2]  6211/19 6211/25
anticipate [1]  6271/9
antifoaming [1]  6211/12
any [100]  6073/23 6073/24 6079/25 6092/13 6101/11 6114/22 6124/16 6128/7 6128/17 6129/10 6130/14 6130/17 6133/16 6141/13 6147/24 6148/1 6148/9 6150/10 6150/20 6151/18 6151/24 6152/8 6155/7 6156/3 6156/6 6156/14 6157/16 6164/17 6165/9 6165/13 6166/1 6167/16 6170/3 6180/12 6180/20 6181/6 6183/25 6186/5 6187/25 6189/23 6190/1 6191/9 6193/9 6193/9 6193/23 6194/9 6195/1 6195/6 6195/9 6196/1 6196/6 6197/12 6198/4 6198/8 6198/9 6198/13 6199/7 6199/22 6199/25 6202/8 6204/14 6204/15 6204/17 6204/19 6204/20 6224/8 6225/2 6225/3 6225/6 6225/7 6225/8 6225/24 6227/4 6234/9 6235/19 6236/11 6236/17 6237/2 6237/18 6240/2 6240/8 6240/12 6240/18 6242/12 6242/19 6242/19 6242/20 6242/25 6243/2 6243/13 6243/18 6244/17 6250/20 6250/22 6250/23 6254/4 6257/6 6263/20 6267/19 6270/11
anybody [16]  6077/24 6124/13 6154/5 6155/6 6195/1 6195/3 6195/6 6197/8 6198/3 6199/7 6204/18 6224/10 6242/12 6250/22 6253/24 6272/2
anymore [2]  6084/20 6085/10
anyone [13]  6198/12 6224/4 6224/7 6235/17 6235/19 6240/19 6242/19

6242/24 6243/17 6250/20 6253/25 6260/6 6261/1
anything [12]  6129/16 6129/16 6147/15 6154/5 6155/6 6168/2 6174/20 6175/8 6225/13 6252/20 6257/9 6272/2
anywhere [4]  6141/12 6147/23 6163/7 6180/11
APD [1]  6188/20
APLC [1]  6066/18
apologize [1]  6235/23
apparent [2]  6078/14 6269/11
appear [1]  6152/3
Appearances [6]  6063/17 6064/1 6065/1 6066/1 6067/1 6068/1
appears [1]  6152/4
appendices [3]  6178/21 6203/24 6204/1
appendix [4]  6203/11 6203/17 6203/22 6204/2
Appendix O [2]  6203/17 6204/2
applause [1]  6154/19
apples [1]  6077/14
applicable [1]  6256/10
application [2]  6104/11 6148/7
applied [2]  6141/7 6176/13
applies [3]  6063/6 6141/25 6185/2
approach [2]  6268/14 6268/19
approaches [1]  6111/5
appropriate [2]  6270/10
approval [1]  6265/2
approved [3]  6110/10 6188/13 6188/19
approximately [3]  6093/16 6169/19 6233/16
APRIL [52]  6063/5 6090/13 6096/11 6107/19 6107/19 6111/25 6113/10 6149/6 6149/20 6150/5 6150/18 6167/7 6167/7 6169/3 6169/10 6170/4 6170/5 6171/12 6172/6 6173/12 6184/8 6196/3 6196/20 6196/25 6197/2 6197/9 6197/14 6197/16 6198/14 6199/2 6201/23 6208/13 6209/6 6209/12 6214/18 6215/5 6218/24 6224/23 6225/4 6225/7 6225/9 6225/12 6228/6 6229/22 6229/18 6231/18 6233/24 6234/19 6238/20 6244/6 6246/23 6257/8
April 14 [2]  6107/19 6113/10
April 16 [13]  6169/10 6170/4 6196/20 6196/25 6197/2 6197/9 6197/16 6198/14 6224/23 6225/4 6225/7 6225/9 6225/12
April 17 [1]  6111/25
April 19 [5]  6167/7 6167/7 6169/3 6170/5 6172/6
April 20 [23]  6090/13 6096/11 6107/19 6149/6 6149/20 6150/18 6184/8 6196/3 6201/23 6208/13 6209/6 6209/12 6214/18 6215/5 6218/24 6228/6 6229/2 6229/18 6233/24 6238/20 6244/6 6246/23 6257/8
April 28 [1]  6173/12
April 9 [1]  6171/12
are [165]  6071/25 6074/4 6074/23 6075/23 6075/25 6076/6 6076/7 6076/14 6076/24 6077/3 6079/1 6079/16 6079/21 6079/25 6082/25 6083/5 6083/7 6083/18 6083/20 6089/25 6090/4 6094/15 6094/16 6095/8 6096/1 6100/22 6101/14 6103/6 6106/4 6107/6 6108/20 6114/17 6117/16 6120/21 6125/4 6128/15 6128/21 6128/22 6129/6 6130/4 6131/16 6132/2 6132/16 6134/3 6134/15 6137/3 6137/19 6138/8 6139/22 6140/15 6142/15 6144/18 6144/20 6146/9 6146/9 6146/12 6146/16 6146/18 6146/23 6150/2

6151/25 6152/2 6152/3 6152/11 6152/12 6152/22 6153/25 6154/9 6154/1 6154/13 6154/14 6155/14 6156/18 6158/16 6161/9 6161/10 6161/12 6161/22 6162/12 6162/17 6163/6 6166/13 6170/10 6173/11 6173/13 6174/15 6176/25 6177/7 6177/9 6179/12 6180/9 6184/20 6185/18 6186/14 6191/7 6191/13 6192/17 6195/17 6195/22 6199/18 6200/17 6201/20 6203/6 6206/5 6207/10 6210/8 6210/12 6210/13 6210/18 6211/4 6211/19 6215/13 6218/17 6220/3 6225/2 6226/5 6227/21 6227/23 6228/24 6231/7 6231/17 6233/7 6234/18 6238/15 6240/19 6242/8 6242/9 6242/10 6243/3 6245/17 6245/18 6245/22 6246/2 6246/6 6248/15 6248/17 6249/11 6250/17 6252/16 6254/20 6254/20 6254/25 6255/3 6258/4 6258/7 6258/16 6258/17 6262/8 6262/20 6266/23 6267/16 6268/2 6268/8 6268/11 6268/15 6268/18 6269/6 6269/24 6270/2 6270/11 6271/17
area [11]  6101/6 6136/17 6170/19 6170/19 6175/6 6185/10 6203/20 6206/4 6210/17 6213/6 6254/17
areas [3]  6132/21 6184/9 6266/22
aren't [1]  6071/10
around [5]  6080/21 6114/1 6128/1 6153/21 6264/3
Arrell [1]  6067/19
as [165]  6070/25 6074/5 6074/22 6075/23 6077/22 6078/16 6079/11 6079/25 6081/12 6081/16 6081/20 6081/20 6082/19 6083/16 6086/8 6087/5 6087/16 6089/5 6089/9 6090/11 6092/18 6092/18 6095/23 6096/22 6100/24 6104/13 6104/21 6106/24 6106/24 6107/12 6108/11 6110/21 6114/5 6114/18 6120/18 6121/23 6121/23 6124/18 6125/1 6125/1 6125/5 6125/5 6126/14 6130/2 6131/12 6132/4 6132/7 6132/7 6136/7 6138/4 6138/4 6138/14 6138/21 6140/8 6144/19 6144/19 6144/25 6144/25 6146/5 6147/19 6148/7 6148/8 6150/19 6153/22 6154/25 6156/15 6156/22 6156/22 6156/23 6157/15 6159/25 6160/22 6161/6 6161/15 6162/21 6164/12 6168/16 6175/12 6179/18 6183/14 6183/18 6187/4 6187/4 6187/8 6188/21 6191/6 6191/9 6191/9 6191/16 6191/24 6193/22 6194/14 6194/14 6195/20 6195/21 6196/9 6196/10 6196/14 6196/15 6196/15 6203/5 6203/9 6205/12 6206/4 6206/15 6207/6 6207/15 6209/23 6210/9 6210/13 6211/9 6211/20 6212/14 6212/14 6212/12 6213/12 6213/12 6215/1 6215/1 6217/10 6218/14 6218/15 6218/19 6220/20 6223/11 6223/23 6224/16 6226/1 6226/7 6227/8 6227/8 6228/6 6230/22 6234/1 6235/13 6235/25 6238/3 6238/5 6241/7 6241/8 6242/13 6244/1 6244/1 6244/8 6244/17 6244/20 6244/20 6246/3 6247/3 6247/25 6249/13 6256/24 6257/16 6260/3 6262/3 6264/17 6264/17 6264/21 6265/21 6265/25 6270/24 6271/24
Asbill [1]  6067/8
aside [1]  6269/18
ask [26]  6073/10 6073/12 6074/12 6080/16 6082/25 6084/9 6108/8 6112/3

## A

ask... [18] 6118/24 6129/8 6141/3
6145/22 6154/14 6154/21 6155/25
6159/10 6162/16 6170/25 6178/21
6180/10 6182/1 6210/19 6213/7 6218/10
6237/12 6260/15
asked [37] 6073/6 6084/9 6084/13
6085/22 6087/1 6127/15 6130/11 6137/7
6137/8 6155/24 6157/3 6166/8 6166/9
6183/13 6185/19 6190/5 6190/23
6190/25 6192/2 6200/7 6202/10 6210/6
6214/23 6215/8 6232/4 6233/17 6234/6
6234/8 6234/12 6235/23 6245/23
6256/23 6265/16 6266/3 6266/4 6266/19
6270/15
asking [7] 6071/7 6073/11 6106/6
6196/12 6213/1 6252/20 6252/21
aspect [1] 6179/3
aspects [1] 6216/18
assembly [2] 6159/2 6170/18
assertion [1] 6181/24
assess [3] 6216/7 6242/10 6244/9
assessed [2] 6072/19 6242/18
assessing [4] 6107/19 6109/20 6203/1
6203/3
assessment [10] 6086/20 6107/24
6132/12 6132/17 6134/7 6191/24 6192/7
6242/3 6242/5 6242/6
assessments [3] 6111/4 6138/4 6192/2
ASSET [1] 6063/3
assist [1] 6159/14
assistance [1] 6211/18
assistant [2] 6231/8 6232/6
associated [2] 6077/25 6108/24
association [1] 6173/13
assume [5] 6113/19 6144/7 6170/8
6194/8 6206/17
assuming [1] 6237/20
at [274]
attached [9] 6103/23 6131/4 6131/7
6131/16 6131/22 6188/9 6208/20 6210/4
6267/13
attaches [2] 6104/4 6209/14
attachment [2] 6208/22 6260/24
attempt [10] 6092/14 6165/17 6166/5
6166/11 6167/21 6168/1 6172/14
6175/10 6175/10 6177/12
attempted [3] 6165/8 6167/11 6170/5
attempting [1] 6159/22
attempts [4] 6159/3 6166/9 6167/20
6167/23
attended [1] 6073/24
attention [1] 6111/25
attitude [2] 6106/25 6107/5
Attorney [2] 6066/7 6066/11
audit [17] 6074/13 6076/5 6077/10
6078/8 6078/10 6078/14 6079/9 6079/12
6079/16 6079/18 6080/4 6080/5 6080/18
6132/12 6265/5 6265/16 6266/12
audited [1] 6265/13
auditor [5] 6076/10 6076/18 6076/24
6077/5 6077/7
auditors [1] 6076/12
audits [3] 6075/20 6076/14 6077/11
August [1] 6134/20
authority [6] 6090/23 6112/9 6193/19
6240/9 6240/13 6264/21
auto [5] 6161/13 6216/15 6217/8 6220/7
6221/24
auto-fill [5] 6161/13 6216/15 6217/8
6220/7 6221/24
autofill [5] 6163/15 6163/17 6176/7
6222/8
6222/10 6175/22 6202/4
available [1] 6110/13
Avenue [5] 6063/23 6065/10 6066/9
6067/3 6067/14
avoid [2] 6091/14 6105/22
avoided [1] 6148/6
aware [34] 6100/7 6106/22 6111/12
6111/16 6112/22 6114/17 6114/22
6116/2 6117/16 6136/11 6190/20
6199/18 6200/17 6206/16 6206/23
6215/13 6216/6 6218/17 6220/3 6220/9
6221/14 6221/21 6225/2 6225/6 6225/13
6226/5 6234/19 6240/19 6242/24 6243/3
6243/17 6245/18 6257/6 6257/2
awareness [2] 6106/24 6146/11
away [3] 6106/25 6107/5 6125/24

## B

B Falcon [1] 6260/17
B/U [1] 6190/25
Baay [1] 6151/14
back [46] 6072/7 6078/23 6108/20
6113/25 6114/20 6131/24 6135/23
6140/25 6142/9 6142/11 6142/19 6144/3
6146/14 6153/23 6154/9 6163/10
6164/10 6164/14 6164/18 6170/7
6173/19 6175/22 6176/16 6178/4
6178/14 6180/14 6181/10 6187/10
6187/18 6197/11 6201/20 6205/23
6208/4 6208/24 6210/24 6214/23 6219/1
6221/7 6227/10 6231/24 6234/8 6248/5
6251/11 6263/10 6263/24 6270/9
back.' [1] 6173/20
background [2] 6143/10 6242/23
backup [1] 6086/9
bad [5] 6077/13 6081/13 6146/11 6230/9
6251/8
balance [1] 6164/13
ball [9] 6161/19 6161/22 6162/6 6163/17
6176/3 6176/6 6176/13 6176/23 6177/12
ball's [1] 6161/21
ballpark [1] 6177/2
banks [1] 6118/10
BARBIER [1] 6063/15
Barnhill [6] 6185/6 6185/7 6185/7 6236/8
6237/12 6247/18
barrel [5] 6166/12 6173/17 6174/2
6242/12 6243/14
barrels [21] 6092/14 6092/19 6124/23
6125/2 6125/5 6162/13 6163/1 6163/7
6166/10 6166/11 6166/13 6166/22
6168/2 6168/4 6173/21 6174/3 6197/3
6219/1 6220/15 6220/15 6241/3
barrier [12] 6109/16 6109/23 6119/21
6119/21 6119/23 6120/3 6120/6 6122/10
6122/10 6130/3 6140/24 6141/3
barriers [6] 6119/6 6119/9 6119/10
6119/13 6120/12 6122/6
based [19] 6110/13 6113/23 6171/17
6176/19 6201/7 6205/15 6205/21 6206/3
6206/6 6206/10 6206/18 6213/11
6217/16 6223/10 6256/19 6256/22
6256/24 6257/6 6262/13 6271/1
basically [6] 6140/9 6164/16 6176/18
6192/24 6242/3 6271/1
basis [8] 6101/14 6119/2 6136/6 6150/6
6181/23 6181/24 6182/12 6195/13
bat [3] 6102/20 6103/3 6107/4
Bates [2] 6167/15 6179/15
Baton [2] 6064/23 6066/13
batteries [1] 6070/11
be [95] 6070/3 6071/7 6071/17 6074/6
6077/21 6078/23 6078/25 6079/12
6104/16 6105/16 6110/6 6114/24
6122/12 6124/19 6130/2 6132/6 6138/3
6145/22 6148/6 6151/13 6152/10 6154/9
6163/25 6164/14 6166/23 6168/8 6170/7
6173/22 6174/14 6176/19 6178/7
6178/13 6178/18 6185/9 6186/21 6187/5
6190/12 6191/8 6193/14 6198/3 6199/5
6200/20 6203/9 6208/2 6210/17 6211/5
6214/25 6217/24 6219/4 6222/1 6222/11
6229/15 6232/6 6234/8 6235/24 6237/8
6240/22 6242/1 6242/13 6242/14
6242/18 6245/11 6247/24 6248/10
6249/17 6249/19 6249/21 6252/10
6253/24 6254/6 6255/9 6257/19 6260/8
6261/3 6266/10 6267/5 6267/24 6268/3
6268/3 6269/3 6269/16 6270/8 6270/15
6271/11 6271/12 6271/13 6271/16
6271/18 6271/20 6271/22
Bea [1] 6196/19
Beach [1] 6064/10
became [2] 6251/19 6254/7
because [40] 6075/12 6082/16 6083/16
6084/17 6091/22 6094/6 6094/11
6095/13 6097/22 6106/23 6107/5
6121/13 6121/14 6121/22 6124/9
6126/17 6129/24 6137/4 6138/14 6141/8
6141/17 6146/8 6148/17 6154/14 6157/6
6176/1 6187/18 6195/2 6199/20 6201/1
6212/8 6223/15 6230/11 6232/13 6237/7
6241/10 6241/17 6242/15 6249/22
6263/18
Beck [3] 6068/2 6068/3 6251/3
become [1] 6206/23
been [92] 6070/25 6072/19 6075/22
6077/10 6078/17 6079/9 6079/10
6080/19 6080/24 6081/1 6081/13
6081/17 6082/24 6083/15 6084/17
6085/1 6085/4 6090/7 6099/2 6100/7
6103/1 6103/9 6103/9 6107/8 6109/22
6109/23 6111/17 6111/18 6112/4
6112/22 6113/15 6114/10 6116/24
6119/13 6125/1 6125/12 6130/11 6134/2
6147/25 6148/23 6156/22 6157/13
6159/7 6170/21 6173/25 6174/21
6178/15 6179/24 6186/17 6188/12
6189/23 6193/10 6205/8 6212/1 6212/15
6213/12 6213/13 6214/21 6219/11
6223/18 6224/1 6227/7 6227/9 6231/9
6232/14 6232/15 6232/24 6235/11
6236/25 6237/7 6237/16 6237/17
6238/11 6241/17 6247/11 6247/19
6248/6 6249/6 6249/6 6249/7 6251/7
6254/23 6255/13 6256/3 6256/16
6256/18 6256/19 6259/2 6261/13
6266/24 6268/22 6271/12
before [57] 6063/5 6097/2 6100/15
6101/9 6106/15 6109/5 6111/1 6112/15
6112/16 6116/4 6116/8 6117/19 6118/9
6119/22 6120/2 6120/3 6121/18 6121/25
6122/16 6125/5 6126/14 6134/2 6136/1
6137/24 6138/21 6140/25 6143/4 6145/9
6149/17 6155/2 6155/24 6164/5 6165/2
6169/7 6171/14 6171/16 6172/5 6172/11
6174/25 6186/4 6187/2 6187/17 6187/21
6189/23 6195/11 6209/18 6215/22
6216/21 6226/8 6227/25 6228/20
6234/21 6235/23 6241/23 6242/1
6249/24 6253/24
began [4] 6118/20 6187/3 6247/10
begin [4] 6159/22 6187/22 6251/9
6271/8

beginning [3]  6082/8 6187/25 6241/22
begins [2]  6186/4 6186/5
behalf [11]  6089/10 6151/21 6182/22
6212/11 6212/15 6213/19 6243/13
6259/22 6259/24 6260/1 6260/3
behaved [1]  6121/23
behavior [1]  6109/3
behind [1]  6080/24
being [37]  6075/3 6076/1 6079/2 6080/1
6080/2 6085/21 6093/11 6099/13
6099/17 6111/14 6122/25 6131/5
6131/14 6157/3 6160/23 6161/15 6168/8
6177/18 6177/25 6190/1 6200/8 6207/21
6214/9 6225/3 6225/3 6225/5 6227/17
6233/15 6235/11 6237/4 6247/10
6256/23 6257/20 6261/15 6263/10
6265/23 6265/23
belabor [1]  6245/14
believe [60]  6072/16 6075/2 6080/15
6085/12 6089/7 6091/17 6094/1 6095/14
6098/13 6098/14 6099/9 6100/5 6103/1
6105/23 6106/23 6107/22 6109/20
6109/23 6110/25 6111/19 6117/20
6126/5 6133/7 6136/4 6136/5 6136/6
6144/9 6157/1 6161/5 6165/14 6166/19
6172/11 6176/1 6176/24 6178/5 6189/9
6196/1 6197/16 6197/19 6206/14 6209/3
6209/7 6215/10 6215/16 6216/8 6219/21
6225/8 6229/6 6229/9 6232/23 6236/19
6237/7 6239/20 6240/17 6243/9 6247/8
6248/2 6249/25 6252/15 6263/15
believed [5]  6108/16 6111/1 6112/21
6209/22 6250/23
Bellow [4]  6100/12 6100/21 6102/14
6103/16
below [10]  6103/23 6110/2 6119/18
6119/25 6166/13 6169/15 6175/5 6175/9
6175/15 6197/6
Ben [2]  6066/5 6153/14
benefit [3]  6157/20 6159/19 6182/5
Bertone [6]  6080/15 6080/16 6081/24
6082/2 6084/5 6266/15
best [6]  6083/7 6118/17 6147/1 6232/20
6263/17 6272/11
better [6]  6081/17 6138/3 6138/8 6157/7
6160/1 6238/4
between [33]  6070/13 6091/22 6094/22
6107/18 6118/10 6119/25 6134/14
6147/11 6147/15 6148/5 6148/22 6149/5
6149/18 6149/24 6150/5 6150/10
6150/16 6150/22 6160/8 6163/8 6170/4
6172/3 6179/4 6205/23 6219/22 6239/15
6239/19 6239/24 6247/5 6247/10 6249/4
6251/10 6252/6
beyond [1]  6252/17
bid [2]  6260/16 6261/2
big [3]  6084/16 6084/19 6139/17
bigger [1]  6167/17
biggest [1]  6148/4
BILL [1]  6070/24
Birch [2]  6156/20 6156/22
bit [16]  6073/17 6086/9 6086/10 6114/13
6153/22 6159/11 6172/17 6185/21
6226/7 6229/12 6248/4 6248/13 6249/2
6253/12 6262/16 6264/3
bladder [2]  6124/7 6124/14
blade [2]  6262/9 6263/2
blades [1]  6263/5
Bldg [1]  6065/10
bled [3]  6218/25 6219/1 6233/20
blew [2]  6172/8 6172/8

blind [13]  6258/14 6258/20 6258/23
6259/6 6260/1 6261/1 6261/2 6262/1
6262/5 6262/8 6262/23 6263/11 6263/14
block [1]  6260/5
blockage [2]  6217/9 6217/10
blocked [2]  6159/2 6170/17
blow [1]  6256/5
blowout [19]  6070/7 6088/15 6088/20
6095/15 6095/15 6098/11 6098/15
6110/7 6112/19 6125/9 6125/14 6125/17
6125/18 6127/13 6134/20 6146/21
6183/23 6252/11 6254/12
blurry [1]  6116/14
Bly [9]  6071/23 6173/14 6203/9 6203/11
6203/18 6203/24 6212/12 6213/4
6223/10
board [5]  6097/16 6200/17 6231/5
Bob [6]  6120/19 6132/23 6172/17
6173/11 6211/12 6232/3
Bodek [3]  6103/15 6106/5 6106/18
bond [12]  6097/4 6097/7 6097/10
6097/15 6121/11 6157/3 6157/5 6157/11
6210/6 6210/10 6210/14 6210/20
book [1]  6232/10
boosting [1]  6136/24
BOP [32]  6070/12 6070/12 6070/17
6123/1 6123/20 6128/19 6175/3 6187/21
6227/21 6228/1 6252/16 6253/16
6253/24 6254/6 6255/5 6255/18 6255/20
6255/23 6256/4 6256/9 6256/12 6256/16
6257/14 6258/4 6258/22 6259/10
6259/13 6259/18 6260/8 6260/16 6264/6
6264/11
BOPs [2]  6126/14 6258/14
bores [1]  6095/3
both [14]  6089/5 6091/20 6170/21
6206/2 6212/14 6215/8 6223/3 6223/7
6228/17 6243/25 6254/13 6260/17
6265/13 6266/24
bottom [30]  6080/11 6093/6 6094/2
6094/7 6094/12 6094/25 6095/4 6100/10
6113/8 6138/8 6159/21 6159/21 6160/5
6160/5 6160/9 6160/21 6161/20 6161/21
6163/17 6176/3 6179/21 6180/15
6181/13 6181/14 6189/14 6197/24
6199/1 6217/14 6225/1 6260/13
bottoms [23]  6097/1 6122/13 6168/22
6168/25 6169/5 6169/20 6169/25 6170/3
6197/1 6197/3 6197/11 6197/12 6197/17
6223/17 6223/20 6224/1 6224/6 6224/15
6225/1 6225/9 6225/12 6225/20 6226/2
bottoms-up [23]  6097/1 6122/13 6168/22
6168/25 6169/5 6169/20 6169/25 6170/3
6197/1 6197/3 6197/11 6197/12 6197/17
6223/17 6223/20 6224/1 6224/6 6224/15
6225/1 6225/9 6225/12 6225/20 6226/2
Boulevard [1]  6065/3
Bounds [1]  6064/2
BOWMAN [1]  6068/8
Box [6]  6063/20 6065/10 6065/16
6065/22 6066/13 6067/17
BP [137]  6063/10 6066/18 6066/19
6066/20 6066/21 6066/22 6066/23
6067/2 6067/3 6067/4 6078/15 6079/10
6088/21 6090/2 6090/7 6090/11 6090/16
6090/19 6090/20 6090/23 6091/1
6091/20 6092/21 6096/23 6097/4
6097/10 6097/14 6097/17 6097/19
6097/25 6098/1 6098/24 6099/4 6100/5
6101/13 6101/16 6103/3 6105/1 6107/3
6107/18 6108/10 6111/14 6111/16
6112/25 6114/17 6114/22 6116/3
6120/22 6120/23 6121/1 6122/14

6122/19 6123/14 6125/3 6152/12 6165/3
6165/8 6166/1 6166/5 6166/15 6168/1
6168/8 6168/12 6169/4 6169/19 6169/19
6170/3 6171/18 6172/13 6173/1 6173/3
6176/1 6178/15 6179/25 6180/1 6180/11
6181/17 6182/16 6182/22 6184/4
6185/20 6185/20 6185/23 6186/3 6187/8
6187/24 6188/1 6188/21 6189/7 6191/5
6192/2 6192/3 6193/9 6194/6 6196/1
6196/14 6196/19 6196/21 6197/22
6197/22 6198/14 6199/7 6200/8 6200/11
6200/18 6202/11 6203/9 6203/18
6204/20 6205/23 6206/14 6208/5
6208/15 6213/19 6215/16 6216/4
6216/13 6217/22 6218/13 6221/15
6221/17 6223/20 6226/23 6235/20
6239/24 6251/24 6252/1 6252/6 6259/12
6265/2 6265/5 6265/13 6265/16 6265/21
6266/12 6266/24 6267/2
BP's [22]  6108/5 6116/15 6123/1
6128/12 6171/4 6181/20 6184/7 6184/17
6184/23 6185/14 6188/25 6190/8
6190/20 6195/19 6202/22 6204/2 6209/9
6210/9 6222/17 6228/21 6240/5 6241/7
BRAD [6]  6067/13 6152/9 6152/23
6154/11 6267/21 6268/1
Branch [3]  6065/9 6065/19 6066/3
break [2]  6070/5 6159/11
breaking [1]  6086/10
Breit [2]  6064/8 6064/9
Brennan [1]  6067/8
BRIAN [11]  6067/13 6100/13 6112/7
6113/9 6113/25 6152/9 6152/23 6154/11
6172/3 6180/6 6268/1
brief [1]  6070/5
briefings [1]  6089/19
briefly [3]  6089/4 6215/8 6264/19
bring [29]  6082/8 6089/18 6089/21
6158/22 6159/14 6167/1 6169/8 6170/11
6171/7 6171/25 6171/25 6172/22 6173/7
6173/8 6173/9 6179/1 6179/5 6179/21
6180/10 6180/14 6180/15 6181/10
6181/13 6186/9 6251/13 6252/3 6253/7
6259/5 6260/22
bringing [1]  6158/19
BROCK [2]  6067/3 6237/25
broke [3]  6081/6 6166/5 6173/5
brought [1]  6168/16
browse [1]  6103/23
BRUCE [1]  6068/8
Bryan [2]  6172/4 6172/7
build [2]  6241/2 6248/25
built [1]  6166/2
bullet [10]  6078/12 6108/10 6108/21
6109/6 6110/1 6110/9 6110/21 6111/3
6119/2 6245/9
bullet-point [1]  6110/21
bullets [1]  6207/19
bump [1]  6210/15
bumped [1]  6209/18
bumping [2]  6210/7 6210/8
bunch [1]  6132/2
bundles [4]  6152/2 6152/6 6269/15
6269/24
Bureau [1]  6079/21
Burgess [4]  6199/10 6199/18 6199/19
6199/23
Burling [1]  6067/2
burst [1]  6221/9
but [137]  6070/18 6071/13 6071/22
6072/8 6072/11 6072/14 6072/20
6073/22 6075/6 6075/23 6076/6 6077/4
6078/2 6078/25 6079/25 6085/4 6088/15

**B**

but... [120] 6088/23 6089/8 6092/11
6093/9 6093/15 6096/5 6097/12 6099/21
6107/15 6112/25 6115/9 6116/11
6116/14 6118/1 6118/25 6121/24
6122/10 6122/17 6122/25 6123/5
6124/11 6125/3 6125/4 6125/13 6126/4
6126/22 6127/13 6128/3 6128/12 6129/8
6129/15 6129/19 6130/4 6130/6 6133/12
6136/16 6140/22 6141/16 6147/14
6147/21 6148/17 6148/19
6149/14 6150/13 6152/12 6152/21
6152/25 6153/8 6155/1 6160/1 6162/17
6165/1 6166/1 6166/20 6166/22 6170/6
6171/12 6180/2 6180/25 6182/10
6184/22 6188/2 6193/12 6193/19 6194/8
6195/12 6197/11 6198/20 6199/11
6201/21 6202/6 6202/12 6203/23 6208/4
6210/19 6214/3 6218/17 6219/22 6222/2
6222/4 6223/5 6225/9 6226/8 6227/8
6228/24 6231/7 6232/11 6233/2 6235/23
6237/23 6242/19 6243/17 6245/14
6246/4 6247/6 6247/19 6248/7 6248/13
6248/18 6248/24 6249/2 6249/20 6251/8
6254/4 6254/5 6254/12 6260/19 6262/2
6264/5 6265/1 6265/6 6265/8 6265/17
6265/22 6270/8 6270/12 6271/13
6271/17 6271/18
bypass [1] 6100/1
bypassing [1] 6118/18

**C**

cables [2] 6255/3 6255/4
Cabucio [3] 6131/21 6133/6 6150/23
calculate [1] 6176/19
calculated [2] 6231/2 6232/3
calculates [1] 6232/4
calculation [2] 6124/22 6231/5
calculations [5] 6230/16 6232/14
6232/15 6264/19 6264/25
CALDWELL [1] 6066/12
California [2] 6065/11 6067/14
call [25] 6075/18 6118/11 6132/5
6132/13 6132/18 6135/14 6137/17
6138/1 6138/8 6147/2 6152/11 6160/13
6164/12 6179/18 6191/2 6192/15
6208/10 6216/2 6233/13 6233/15
6233/16 6262/2 6269/13 6270/7 6270/9
call-out [8] 6075/18 6135/14 6137/17
6138/1 6138/8 6216/2 6233/13 6270/9
call-outs [1] 6270/7
called [10] 6091/4 6092/4 6112/7 6147/4
6160/9 6195/16 6208/9 6238/18 6239/12
6247/6
calling [4] 6122/21 6152/12 6152/18
6179/13
calls [3] 6175/17 6255/14 6262/1
Calvert [1] 6218/7
Calvin [2] 6185/7 6185/8
came [16] 6124/7 6124/13 6140/11
6142/7 6157/25 6159/11 6168/19
6173/18 6176/1 6176/1 6181/25 6222/19
6223/1 6239/8 6248/2 6248/5
Cameron [12] 6067/22 6068/2 6251/2
6251/4 6253/25 6260/15 6261/9
6262/1 6262/2 6262/13 6269/23
Camp [1] 6066/16
can [114] 6071/3 6075/3 6076/4 6077/2
6079/24 6084/11 6085/16 6086/19
6088/25 6089/18 6100/18 6105/16
6105/20 6106/24 6107/5 6112/10 6113/8
6117/14 6122/3 6123/11 6129/6 6130/2

6130/7 6132/11 6135/22 6135/23
6140/21 6142/16 6147/6 6147/23
6157/15 6157/18 6158/22 6159/14
6160/25 6164/6 6166/20 6167/1 6167/4
6167/14 6169/8 6169/11 6170/11 6171/1
6171/7 6171/25 6172/22 6173/9 6176/25
6179/1 6179/5 6180/6 6180/14 6180/22
6181/2 6181/13 6186/9 6187/13 6188/4
6188/10 6188/23 6189/10 6190/3 6191/2
6191/25 6192/15 6196/22 6197/20
6198/5 6198/18 6203/15 6207/4 6211/2
6211/15 6211/20 6213/16 6215/2
6215/20 6216/9 6217/1 6217/13 6218/22
6220/1 6220/10 6222/2 6222/3 6222/4
6227/8 6227/25 6229/15 6230/8 6231/10
6231/15 6231/24 6233/5 6233/13
6234/15 6235/6 6238/12 6240/22
6244/24 6245/6 6246/18 6247/2 6250/3
6250/13 6252/7 6254/12 6260/9 6261/6
6261/17 6269/20 6269/22
can't [34] 6071/16 6073/14 6076/24
6078/4 6093/11 6097/12 6097/20
6099/23 6100/16 6111/15 6112/10
6131/7 6133/8 6134/8 6147/10 6165/18
6169/7 6190/10 6194/18 6199/11
6199/20 6202/6 6203/7 6210/11 6210/23
6223/6 6224/2 6224/25 6225/5 6226/3
6226/6 6239/20 6250/7 6254/2
cancel [1] 6207/2
canceled [1] 6206/23
cannot [6] 6081/11 6081/16 6130/2
6136/17 6145/5 6269/13
capable [3] 6157/6 6257/20
capacity [3] 6089/6 6089/8 6177/18
capture [2] 6075/13 6126/13
care [9] 6081/19 6081/25 6184/23
6185/2 6185/14 6236/2 6236/10 6237/14
6269/22
carefulness [1] 6195/2
CARL [13] 6063/15 6074/9 6084/11
6085/17 6087/8 6093/5 6100/18 6101/5
6106/19 6113/5 6117/14 6130/20
6142/20
Carondelet [2] 6064/13 6067/23
CARRIE [1] 6066/22
carried [2] 6131/13 6132/22
Carter [1] 6269/15
case [18] 6094/1 6127/6 6128/1 6136/23
6139/15 6139/17 6139/18 6140/20
6156/23 6206/10 6206/19 6231/22
6254/13 6254/23 6256/3 6267/1 6270/8
6271/1
cases [1] 6075/24
casing [62] 6083/5 6090/24 6093/24
6094/3 6094/4 6094/6 6094/11
6094/17 6095/4 6095/10 6095/24 6115/6
6116/15 6122/18 6159/18 6159/20
6159/24 6160/9 6160/12 6160/22
6160/22 6163/18 6164/15 6168/16
6168/19 6174/22 6174/23 6174/25
6178/14 6189/25 6190/6 6190/9 6190/11
6191/10 6194/15 6194/21 6194/22
6195/8 6195/11 6198/25 6203/4 6203/19
6203/19 6207/7 6207/8 6209/13 6214/24
6215/6 6215/6 6220/22 6221/2 6222/5
6224/2 6224/7 6224/15 6224/16 6224/20
6226/11 6226/23 6227/4 6252/12
catalog [1] 6115/10
catastrophic [1] 6090/12
caught [1] 6126/15
cause [5] 6098/15 6108/6 6108/17
6125/9 6125/14 6125/18 6127/12 6137/6
6150/20 6184/8 6214/13 6214/16

caused [2] 6128/2 6184/1
causes [9] 6127/9 6187/9 6127/24
6127/25 6128/3 6128/3 6128/4 6128/11
6183/24
causing [1] 6225/24
caveats [2] 6270/11 6270/25
CBL [4] 6157/2 6178/15 6178/16
6210/20
CCR [3] 6068/14 6272/8 6272/16
cement [112] 6095/17 6096/19 6096/22
6097/4 6097/7 6097/8 6097/10 6097/15
6097/23 6098/6 6098/18 6098/19
6098/19 6098/20 6098/24 6098/25
6099/1 6099/11 6099/12 6099/16
6099/17 6109/9 6109/14 6109/16 6113/2
6116/16 6119/22 6120/3 6120/4 6120/4
6121/11 6121/18 6121/25 6122/13
6122/17 6140/24 6141/3 6156/3 6156/6
6156/6 6156/15 6156/19 6157/3 6157/5
6157/11 6157/12 6157/14 6157/15
6157/17 6157/17 6159/6 6164/3 6164/5
6164/7 6164/8 6164/10 6164/16 6164/17
6168/24 6178/8 6178/8 6178/12 6178/16
6180/12 6180/20 6181/6 6183/5 6183/6
6183/7 6190/1 6194/16 6194/23 6195/2
6195/7 6199/2 6199/23 6205/1 6205/14
6205/21 6206/7 6206/16 6207/15 6209/4
6209/6 6209/8 6209/12 6209/22 6210/6
6210/10 6210/14 6210/19 6210/20
6210/24 6211/1 6211/7 6211/12 6211/13
6211/19 6211/24 6212/6 6212/17
6214/14 6214/16 6214/17 6218/19
6226/24 6237/21 6238/11
cement.' [1] 6174/12
cementer [2] 6219/6 6219/11
cementing [21] 6097/2 6156/1 6156/9
6156/14 6180/3 6181/20 6194/22 6195/8
6199/24 6205/3 6205/16 6206/4 6206/12
6206/12 6206/15 6211/6 6211/18
6211/25 6216/21 6226/11 6227/4
center [1] 6215/1
central [2] 6088/7 6088/7
centralization [3] 6116/21 6116/25
6117/6
centralizers [3] 6116/24 6117/4 6120/25
CERNICH [1] 6065/14
certain [13] 6071/21 6071/23 6071/24
6072/20 6097/13 6128/14 6186/2 6201/6
6206/23 6218/1 6223/14 6257/3 6257/3
certainly [6] 6114/5 6141/22 6141/25
6147/23 6180/22 6195/3 6196/6 6198/5
6198/20 6204/18 6205/20 6219/22
6224/14 6226/21 6229/15 6240/9
6264/17
certificate [2] 6129/15 6272/7
certify [1] 6272/10
chain [1] 6082/16
Chaisson [4] 6208/12 6209/2 6209/21
6271/9
CHAKERES [1] 6065/16
challenge [1] 6134/9
challenges [1] 6204/12
chance [2] 6121/2 6153/7
CHANG [1] 6065/15
change [10] 6070/11 6113/22 6116/7
6118/20 6119/20 6123/6 6138/9 6138/19
6220/25 6264/13
changed [2] 6119/23 6227/4
changes [10] 6092/22 6093/23 6096/10
6111/17 6112/5 6129/22 6190/5 6220/15
6222/7 6222/8
changing [1] 6109/21

C

channeling [4] 6117/2 6117/3 6117/8 6121/2
Chapter [1] 6158/7
Chapter 3 [1] 6158/7
charge [2] 6077/23 6129/16
charged [3] 6183/17 6246/4 6246/6
chart [2] 6093/15 6247/20
charts [2] 6083/16 6247/17
check [9] 6126/17 6170/7 6221/7 6249/1 6249/21 6249/24 6249/25 6250/1 6250/6
checked [2] 6232/11 6235/8
checks [3] 6075/25 6081/8 6104/15
chemistry [1] 6156/4
Chevron [4] 6212/8 6212/10 6212/14 6213/22
Chicago [1] 6066/24
Childs [1] 6070/8
Childs' [1] 6151/16
choice [1] 6123/1
choke [1] 6148/9
chosen [1] 6178/15
circulate [8] 6162/5 6163/7 6165/8 6166/21 6196/15 6196/25 6197/3 6225/25
circulated [13] 6153/4 6153/8 6166/17 6168/1 6169/19 6169/20 6170/3 6194/20 6195/10 6197/17 6198/14 6239/22 6241/6
circulates [1] 6197/22
circulating [22] 6094/7 6094/13 6094/16 6095/5 6095/11 6095/21 6096/5 6096/13 6104/16 6122/13 6134/20 6173/4 6173/25 6174/4 6174/15 6174/16 6179/24 6181/7 6192/21 6218/25 6225/25 6235/12
circulation [23] 6091/21 6097/2 6121/20 6159/3 6165/10 6165/13 6166/1 6166/5 6166/6 6166/17 6168/1 6168/23 6168/25 6169/5 6169/25 6171/5 6171/20 6172/14 6172/25 6173/5 6176/2 6225/3 6239/5
circumstance [1] 6226/2
circumstances [1] 6184/3
citation [2] 6180/5 6181/22
cited [3] 6089/7 6178/20 6180/19
cites [1] 6161/6
citing [1] 6178/22
Civil [2] 6065/9 6065/19
clarification [1] 6096/15
clarified [2] 6130/2 6130/6
clarify [3] 6238/13 6264/5 6266/20
Clawson [2] 6172/4 6172/7
clean [3] 6168/25 6170/4 6178/19
cleaned [1] 6122/16
clear [8] 6217/24 6222/1 6235/24 6240/22 6244/20 6245/9 6247/24 6267/3
clearance [1] 6217/9
cleared [1] 6159/4
clearly [3] 6144/24 6177/7 6242/19
clerk [1] 6153/14
CLINGMAN [2] 6067/9 6089/18
Clingman's [1] 6244/1
clip [1] 6269/13
clips [1] 6268/2
close [8] 6075/21 6079/8 6163/21 6164/14 6265/7 6265/18 6266/8 6266/13
close-out [4] 6265/7 6265/18 6266/8 6266/13
closed [5] 6078/16 6079/11 6126/13 6178/3 6265/23
closing [1] 6078/14 6126/12 6265/7 6265/25

clutter [2] 6270/14 6270/17
Clyne [1] 6114/21
Coast [2] 6073/19 6079/20
Coast Guard [2] 6073/19 6079/20
collapse [1] 6221/9
collapsed [4] 6093/20 6094/19 6099/21 6100/1
collar [83] 6096/14 6096/16 6109/7 6121/15 6157/6 6157/10 6158/6 6158/8 6158/12 6158/17 6159/2 6159/4 6159/5 6159/6 6159/23 6159/25 6160/2 6160/8 6160/13 6160/22 6161/3 6161/3 6161/9 6161/25 6162/10 6162/25 6163/6 6164/3 6164/18 6164/22 6165/4 6165/9 6165/23 6167/12 6167/21 6168/13 6168/17 6168/20 6170/5 6170/18 6170/18 6172/6 6175/3 6175/5 6175/9 6175/11 6175/16 6177/11 6177/15 6178/1 6181/19 6208/2 6208/4 6215/7 6215/9 6215/11 6215/15 6215/17 6215/17 6215/23 6216/4 6216/7 6216/15 6216/19 6217/17 6217/19 6217/23 6217/24 6217/25 6218/5 6219/16 6219/19 6219/23 6220/3 6220/6 6220/8 6220/19 6221/4 6221/23 6222/1 6222/3 6222/12 6222/15
collars [13] 6164/23 6176/11 6217/4 6217/7 6218/12 6218/13 6218/19 6220/4 6222/21 6223/2 6223/4 6223/12 6223/15
collated [1] 6103/22
colleagues [1] 6144/14
collective [1] 6229/3
colorless [1] 6257/22
combination [1] 6088/13
combined [1] 6184/7
come [14] 6070/18 6070/20 6074/1 6076/14 6083/8 6108/20 6112/6 6153/23 6178/14 6197/11 6201/20 6203/9 6214/25 6223/4
comes [1] 6075/24
comfortable [4] 6177/1 6193/18 6193/22 6234/4
coming [7] 6126/15 6126/18 6126/18 6142/9 6187/18 6195/22 6223/16
command [1] 6082/16
commenced [1] 6108/23
comment [3] 6074/13 6080/17 6153/11
commercial [2] 6066/3 6261/20
Commission [3] 6212/8 6212/15 6213/12
Committee [1] 6071/6
common [6] 6157/15 6174/14 6191/13 6191/16
communicate [1] 6100/5
communicated [7] 6108/25 6177/25 6187/24 6193/3 6193/10 6196/22 6197/14 6199/5 6200/8 6200/12 6201/2 6202/11 6223/19 6223/20 6232/24 6233/2 6241/16
communicates [3] 6200/19 6201/9 6244/16
communicating [3] 6204/20 6219/8 6222/23
communication [11] 6106/24 6177/24 6185/20 6196/19 6200/15 6200/16 6200/18 6200/21 6200/24 6249/19 6255/4
communications [3] 6205/23 6207/1 6226/22
companies [1] 6184/3
company [10] 6066/20 6066/23 6067/4 6146/15 6149/8 6204/14 6245/19 6246/3 6252/13 6266/4
compare [3] 6204/4 6236/4 6236/6
compared [6] 6141/24 6184/18 6184/23 6185/1

comparison [1] 6203/19
compatible [1] 6268/22
compatible [2] 6211/13 6211/19
complain [1] 6071/16
COMPLAINT [1] 6063/7
complaints [1] 6071/14
complete [3] 6097/1 6248/6 6270/13
completed [2] 6075/22 6209/16
completely [2] 6072/20 6142/1
completing [2] 6207/24 6142/2
completion [6] 6074/18 6116/12 6140/20 6141/9 6141/24 6142/2
Completions [1] 6142/2
complex [4] 6098/7 6116/16 6127/23 6266/25
complexity [1] 6211/8
compliance [1] 6074/5
comply [3] 6264/12 6264/16 6270/7
component [1] 6221/10
components [2] 6221/11 6258/4
compounded [2] 6088/4 6088/10
comprehensive [1] 6092/11
compressive [2] 6098/21 6214/4
compromised [5] 6088/3 6098/10 6159/7 6178/17 6214/25
compromising [1] 6250/21
computer [4] 6068/21 6070/11 6076/19 6265/8
computer-aided [1] 6068/21
concede [1] 6085/6
concern [11] 6114/5 6148/5 6171/18 6172/13 6181/18 6194/10 6195/6 6224/11 6225/20 6242/12 6242/19
concerned [4] 6079/25 6111/17 6144/18 6146/23
concerning [2] 6079/8 6136/18
concerns [26] 6113/1 6180/1 6191/23 6192/4 6192/15 6193/9 6193/11 6195/1 6195/3 6198/4 6198/9 6198/13 6199/7 6204/15 6204/19 6204/20 6224/8 6235/19 6240/3 6240/5 6240/8 6240/18 6242/21 6242/25 6243/13 6243/18
Concerns/Hazards [1] 6192/15
conclude [2] 6116/25 6201/14
concluded [13] 6090/15 6108/17 6177/10 6204/4 6211/17 6214/12 6217/17 6221/19 6228/7 6229/7 6246/22 6247/14 6247/25
concludes [1] 6070/21
concluding [1] 6218/12
conclusion [17] 6113/20 6113/20 6130/8 6159/12 6172/12 6202/17 6202/21 6212/3 6212/16 6212/19 6213/13 6213/25 6214/10 6215/3 6226/17 6230/24 6247/18
conclusions [3] 6175/25 6215/24 6231/21
condition [7] 6095/12 6127/7 6127/9 6160/14 6168/24 6194/3 6227/20
conditionally [1] 6152/4
conditioned [1] 6122/15
conditions [6] 6091/2 6105/3 6202/23 6216/19 6225/21 6227/24
conduct [10] 6169/24 6184/7 6184/12 6184/23 6184/25 6185/1 6185/14 6216/14 6227/24 6241/23
conducted [16] 6111/4 6131/6 6131/14 6136/10 6164/24 6169/4 6173/4 6173/13 6183/1 6193/8 6203/9 6206/19 6206/22 6215/15 6229/15 6229/23 6242/1
conducting [7] 6168/22 6182/21 6192/2 6223/19 6230/21 6242/25 6246/5
conference [7] 6132/5 6132/13 6132/18

**C**

conference... [4] 6154/1 6154/8 6269/16 6269/17
confident [1] 6234/4
configuration [2] 6260/13 6264/5
configurations [1] 6264/15
confirm [4] 6157/19 6200/24 6227/25 6254/2
confirmed [4] 6202/22 6213/23 6231/6 6231/9
conflict [1] 6267/4
confusion [7] 6108/10 6108/16 6111/24 6112/18 6113/20 6114/6 6240/12
conjunction [1] 6186/16
connection [18] 6104/14 6142/24 6148/22 6149/5 6149/18 6149/24 6150/5 6150/10 6150/16 6150/22 6193/4 6210/20 6220/20 6220/22 6221/2 6231/21 6232/2 6243/25
connections [3] 6104/15 6220/19 6221/18
CONRAD [1] 6064/15
consensus [1] 6154/6
consequently [3] 6076/1 6078/15 6079/11
consider [8] 6127/24 6138/14 6145/20 6146/6 6154/15 6155/25 6184/20 6185/9
consideration [1] 6261/21
considered [5] 6104/12 6139/9 6145/12 6170/17 6184/22
considering [2] 6102/22 6152/12
consisted [1] 6217/5
consistent [3] 6139/12 6170/15 6171/23
consistently [1] 6085/5
constant [1] 6249/1
constituted [1] 6130/2
constitutes [1] 6122/10
construction [6] 6088/2 6088/19 6090/19 6184/14 6185/11 6185/16
consultant [1] 6106/12
contain [2] 6180/23 6268/8
contained [2] 6107/23 6153/15
contains [1] 6214/3
contaminate [1] 6117/3
contamination [2] 6117/2 6117/8
continue [7] 6083/9 6112/11 6138/10 6138/20 6151/2 6196/2 6235/13
continued [1] 6169/23
contract [16] 6251/9 6252/6 6253/18 6254/15 6255/7 6255/8 6255/14 6256/13 6256/17 6257/14 6258/11 6258/22 6259/2 6260/7 6261/12 6264/6
contracted [1] 6216/13
contractor [2] 6201/9 6206/16 6252/10
contractors [2] 6195/21 6200/9
contribute [1] 6081/18
contributed [6] 6090/14 6108/6 6115/19 6115/24 6130/9 6184/2
contributing [10] 6095/15 6109/11 6110/6 6111/1 6125/9 6125/14 6125/18 6128/25 6129/10 6130/17
contributory [1] 6096/10
control [27] 6085/3 6090/21 6125/21 6129/15 6136/1 6136/18 6138/23 6139/11 6139/25 6141/21 6141/23 6147/18 6148/7 6149/24 6150/4 6186/11 6186/17 6187/5 6202/24 6244/13 6245/8 6246/19 6249/23 6253/13 6256/4 6256/7 6256/12
Control/Subsea [1] 6253/13
controlled [1] 6206/20
controlling [1] 6192/24

conventional [1] 6115/5
conversation [6] 6197/16 6198/23 6193/14 6239/24 6240/1
conversion [12] 6109/7 6123/18 6165/4 6166/15 6167/22 6168/9 6170/18 6217/6 6217/7 6217/19 6218/5 6220/14
convert [18] 6096/14 6159/3 6159/6 6159/22 6162/10 6165/6 6165/7 6165/9 6167/12 6167/21 6168/5 6170/5 6175/10 6175/11 6178/2 6215/11 6223/12 6223/14
converted [15] 6158/9 6165/23 6166/24 6171/22 6176/16 6177/16 6177/21 6181/20 6216/7 6217/7 6218/1 6218/12 6218/14 6219/5 6222/20
converting [6] 6096/15 6122/25 6159/5 6161/25 6164/3 6168/13
coordinated [1] 6135/15
copied [2] 6101/13 6136/5
copy [1] 6087/11
core [1] 6270/5
COREY [1] 6066/8
corner [1] 6179/8
corporate [7] 6064/16 6087/5 6089/5 6089/8 6089/9 6256/25 6257/2
corporation [3] 6067/23 6068/3 6087/12
correct [430]
correctly [35] 6074/24 6076/2 6078/19 6079/14 6081/3 6081/22 6083/10 6086/15 6088/5 6091/24 6101/3 6101/24 6102/24 6103/25 6104/18 6107/1 6110/23 6111/6 6112/13 6113/17 6114/3 6116/13 6117/9 6132/9 6133/2 6133/24 6135/17 6138/11 6148/11 6236/20 6237/1 6237/7 6237/16 6238/6 6238/9
corrosive [1] 6258/2
cost [1] 6116/12
could [93] 6071/16 6074/9 6075/17 6077/21 6078/12 6079/6 6079/12 6080/11 6085/14 6086/13 6087/8 6087/19 6088/17 6089/21 6091/14 6091/18 6092/1 6092/24 6093/2 6093/5 6097/9 6097/22 6100/10 6100/10 6101/5 6102/1 6102/17 6103/13 6103/19 6104/2 6104/8 6105/7 6106/9 6106/10 6106/18 6108/1 6111/21 6113/4 6113/11 6114/9 6115/1 6116/5 6117/20 6120/15 6123/8 6129/18 6129/18 6129/19 6131/9 6132/8 6134/11 6135/1 6135/8 6139/1 6142/20 6143/1 6143/14 6145/19 6162/17 6162/22 6163/10 6165/9 6165/10 6166/1 6170/21 6174/21 6178/4 6178/13 6178/14 6181/23 6181/25 6187/5 6194/1 6195/4 6200/4 6208/10 6225/25 6235/20 6240/18 6246/3 6249/6 6249/17 6250/2 6251/13 6256/5 6256/16 6256/18 6256/19 6259/2 6259/15 6265/1 6265/1
couldn't [14] 6085/3 6092/10 6094/19 6097/21 6098/21 6121/14 6121/15 6124/9 6124/16 6129/19 6194/2 6202/1 6207/1 6210/18
counsel [2] 6077/15 6153/7
counsel's [1] 6157/2
count [21] 6115/13 6115/14
couple [5] 6134/9 6156/25 6165/1 6207/18 6247/1
course [15] 6092/8 6092/21 6093/19 6114/17 6136/9 6143/9 6185/2 6200/11 6210/16 6244/15 6250/10 6253/24 6270/1 6271/11 6271/17
courses [1] 6134/10
court [18] 6063/1 6068/14 6156/16 6161/8 6161/24 6164/6 6251/3 6251/10

6251/23 6253/18 6255/3 6256/15 6259/22 6265/6 6269/14 6272/8 6272/9 6272/17
Court's [3] 6070/4 6159/19 6252/18
cover [4] 6142/20 6233/5 6234/16 6264/3
covered [1] 6140/9
covers [1] 6198/24
Covington [1] 6067/2
crafts [1] 6070/13
crane [2] 6118/22 6118/25
crazy [1] 6114/10
create [1] 6163/8
created [6] 6126/8 6126/25 6127/4 6127/8 6127/9 6207/11
creates [2] 6162/6 6163/24
crew [36] 6083/16 6097/14 6097/25 6108/22 6108/25 6126/8 6126/25 6127/4 6129/13 6129/14 6141/1 6141/7 6166/8 6193/23 6195/20 6196/15 6223/24 6224/4 6226/11 6228/13 6228/17 6228/21 6230/16 6230/21 6231/8 6232/16 6235/18 6241/8 6241/19 6244/2 6244/5 6244/12 6244/16 6244/21 6245/17 6245/18
crews [2] 6134/11 6192/17
criteria [3] 6210/9 6210/13 6210/21
critical [4] 6075/25 6195/22 6223/21 6244/9
criticism [5] 6236/17 6237/2 6237/12 6237/18 6241/15
cross [9] 6071/1 6071/7 6155/17 6155/18 6182/19 6182/22 6251/5 6271/10 6271/12
cross-examination [7] 6071/1 6071/7 6155/17 6155/18 6182/19 6182/22 6251/5
crosses [1] 6254/13
CSI [3] 6212/11 6213/13 6213/19
culture [4] 6143/5 6143/23 6149/2 6149/11
cumulative [5] 6070/7 6119/6 6119/8 6136/6 6226/16
Cunningham [5] 6064/2 6064/3 6134/21 6134/25 6150/17
current [1] 6089/7
currently [4] 6080/22 6082/9 6082/11 6083/5
curve [1] 6189/4
cut [3] 6075/3 6104/16 6146/17
cutting [1] 6075/4
cuttings [3] 6169/2 6225/6 6225/13
CV [2] 6063/7 6063/9

**D**

D-2445 [1] 6120/16
D-3126 [2] 6092/1 6092/7
D-3157 [1] 6092/24
D-4319 [1] 6247/2
D-4369 [1] 6200/5
D-8036 [2] 6163/10 6175/23
D-8038 [1] 6170/11
D-8167.1 [1] 6117/21
D-Air [1] 6211/23
D-Air 3000 [1] 6212/1
D.C [4] 6065/17 6065/22 6066/6 6067/4
Daigle [1] 6174/12
daily [9] 6167/7 6167/7 6169/10 6195/13 6201/24 6201/24 6218/19 6218/21 6218/24
Dallas [1] 6068/10
damage [1] 6217/25
Dan [1] 6259/24

Case 2:10-md-02179-CJB-DPC Document 29743 Filed 04/23/25 Page 1210 of 1245

D

dangerous [1] 6154/17
DANIEL [1] 6066/4
data [9] 6091/8 6091/9 6091/9 6091/13
 6105/21 6105/21 6126/19 6203/19
 6247/17
date [9] 6101/18 6102/14 6167/9
 6167/11 6169/6 6169/11 6188/15
 6253/20 6253/21
dated [13] 6083/22 6103/15 6106/13
 6111/25 6113/10 6123/15 6130/23
 6135/25 6144/7 6188/17 6208/13
 6253/18 6261/9
dates [2] 6254/1 6254/1
Daun [2] 6152/7 6152/11
Dauphin [1] 6064/3
DAVID [12] 6068/3 6068/3 6069/8
 6112/1 6112/4 6151/14 6151/22 6251/3
 6268/4 6268/5 6268/18 6269/5
day [30] 6063/14 6097/12 6118/1
 6123/25 6172/6 6195/16 6195/17
 6195/19 6196/2 6196/7 6196/16 6196/21
 6197/21 6198/11 6198/13 6198/15
 6198/23 6199/5 6199/15 6199/23
 6200/11 6200/22 6200/25 6201/5 6201/8
 6238/25 6251/7 6271/11 6271/14
 6271/16
day's [1] 6197/10
days [12] 6096/2 6100/22 6112/4
 6112/19 6114/17 6140/25 6169/7
 6187/17 6195/23 6198/24 6199/6
 6224/19
deal [2] 6084/16 6084/19
DEANNA [1] 6065/15
death [2] 6088/21 6094/18
deaths [1] 6088/16
debris [8] 6159/1 6159/4 6168/15
 6168/19 6169/1 6170/4 6170/16 6225/14
December [14] 6131/4 6131/13 6139/22
 6142/17 6142/23 6143/3 6147/11
 6147/12 6147/16 6147/16 6148/6 6148/6
 6149/3 6253/19
December 2004 [2] 6131/4 6131/13
December 2008 [2] 6147/16 6148/6
December 2009 [3] 6142/23 6147/16
 6148/6
December 9 [1] 6253/19
decided [2] 6097/4 6119/22 6180/2
deciding [3] 6097/1 6106/21 6210/13
decision [19] 6109/13 6110/2 6114/18
 6114/20 6114/24 6116/2 6116/15
 6122/20 6202/13 6202/14 6203/1 6203/3
 6210/9 6210/11 6210/18 6224/8 6224/21
 6226/10 6263/21
decisions [35] 6081/13 6088/3 6088/10
 6088/11 6088/14 6088/18 6088/20
 6088/24 6090/2 6090/3 6090/6 6090/7
 6090/11 6090/19 6090/24 6095/7
 6095/14 6095/23 6107/17 6113/1
 6114/23 6120/22 6184/13 6184/14
 6184/14 6184/18 6190/5 6200/9 6200/13
 6201/10 6205/17 6210/20 6210/21
 6226/14 6227/3
declared [3] 6093/14 6094/25 6096/3
declined [1] 6267/5
decreasing [1] 6126/11
deep [3] 6094/21 6121/15 6191/9
deeply [1] 6144/18
deepwater [51] 6063/4 6067/6 6067/7
 6067/9 6067/10 6067/13 6067/15
 6067/17 6067/17 6067/20 6067/21
 6070/17 6073/22 6080/12 6080/22

6082/11 6083/5 6084/6 6085/10 6085/13
6085/25 6086/11 6090/25 6091/16
6141/25 6143/4 6145/10 6148/13
6148/24 6186/5 6187/3 6187/16 6188/1
6189/16 6189/20 6191/13 6199/13
6201/6 6201/14 6209/5 6215/5 6235/4
6251/19 6254/8 6255/21 6257/7 6259/9
6259/18 6266/5 6266/13 6266/16
Deepwater Horizon [37] 6070/17
6073/22 6080/22 6082/11 6083/5 6084/6
6085/13 6085/25 6086/18 6090/13
6126/3 6141/25 6143/4 6145/10 6148/13
6148/24 6186/5 6187/3 6187/16 6188/1
6201/14 6189/20 6199/13 6201/6
6201/14 6209/5 6215/5 6235/4 6251/19
6254/8 6255/21 6257/7 6259/9 6259/18
6266/5 6266/13 6266/16
defendants [3] 6087/6 6087/12 6087/16
defer [2] 6154/3 6185/13
deficiency [4] 6119/8 6119/12 6119/14
 6139/16
definitely [2] 6102/7 6166/13
definition [3] 6127/1 6133/22 6150/24
defoamer [1] 6213/20
deGravelles [9] 6064/21 6064/22 6069/3
 6070/22 6071/5 6190/5 6190/25 6215/9
 6226/22
DELEMARRE [1] 6065/20
demonstrated [1] 6079/12
demonstrates [1] 6224/24
demonstrative [6] 6093/3 6159/15
 6159/17 6160/25 6170/13 6175/22
demonstratives [2] 6151/16 6153/15
denoted [1] 6110/21
density [3] 6096/19 6192/21 6211/8
denying [1] 6089/25
department [5] 6065/8 6065/12 6065/18
 6066/2 6143/19
departments [1] 6266/9
departures [1] 6115/19
depend [2] 6095/6 6250/2
depends [2] 6095/7 6221/10
depo [1] 6268/2
deposed [1] 6089/5
deposition [19] 6069/7 6069/8 6087/4
 6087/11 6089/1 6089/12 6089/15
 6089/16 6157/21 6182/5 6249/9 6256/23
 6257/2 6259/8 6260/19 6263/20 6268/17
 6269/5 6269/14
depositions [2] 6089/13 6101/11
depth [13] 6091/22 6093/6 6093/6
 6093/7 6093/10 6093/13 6093/16
 6094/25 6096/2 6119/18 6119/24
 6159/18 6190/16
depths [2] 6093/13 6236/6
descended [1] 6160/23
describe [1] 6154/25
describing [1] 6173/16
description [2] 6261/23 6262/13
design [28] 6088/2 6088/19 6090/19
 6108/11 6114/1 6114/25 6115/18 6156/7
 6184/13 6184/14 6185/11 6185/16
 6186/4 6188/13 6188/25 6190/10
 6202/22 6204/20 6205/16 6211/5
 6211/12 6216/18 6226/10 6226/23
 6227/3 6254/17 6259/10 6259/17
designated [3] 6087/16 6156/23 6212/23
designed [5] 6165/23 6188/19 6213/23
 6214/9 6214/14
designing [1] 6206/7
designs [1] 6205/12
desired [1] 6211/8
despite [3] 6074/18 6085/6 6128/10

destabilizing [1] 6211/20
detail [3] 6191/2 6202/10 6210/21
detailed [1] 6194/23
details [1] 6198/11
detect [1] 6135/6
detected [2] 6124/24 6125/6
detecting [3] 6244/25 6245/1 6245/20
detection [2] 6101/1 6101/23
deteriorated [1] 6078/17
deteriorating [2] 6225/21 6225/23
deterioration [2] 6079/3 6079/4
determine [2] 6127/19 6203/4
devised [1] 6107/18
Dexter [1] 6066/9
DF [1] 6254/13
diameter [2] 6094/4 6094/6
did [217]
didn't [78] 6071/11 6073/10 6075/4
 6076/23 6077/4 6077/8 6082/5 6082/16
 6084/21 6089/8 6092/20 6097/19 6098/1
 6101/16 6106/23 6123/6 6126/13
 6128/17 6129/3 6129/12 6129/15
 6129/16 6129/24 6130/14 6133/15
 6136/22 6137/4 6138/14 6140/12
 6141/14 6141/15 6141/17 6141/17
 6144/11 6145/14 6145/15 6145/20
 6146/8 6146/21 6147/18 6147/21 6148/1
 6148/17 6148/17 6148/19 6150/8
 6150/10 6164/24 6165/3 6165/6 6165/7
 6182/4 6183/25 6184/22 6184/25 6185/3
 6185/5 6196/1 6196/5 6196/6 6196/19
 6198/15 6199/20 6200/1 6200/15
 6206/25 6207/1 6207/2 6213/5 6221/16
 6221/22 6230/5 6236/4 6241/10 6250/23
 6253/20 6267/3 6267/6
died [6] 6072/20 6144/14
differed [1] 6220/4
difference [4] 6174/6 6179/3 6221/3
 6222/2
differences [4] 6219/22 6220/2 6221/3
 6222/11
different [44] 6071/20 6071/20 6079/23
 6093/15 6113/5 6114/18 6115/10
 6133/23 6134/17 6137/5 6137/6 6137/22
 6140/20 6141/9 6142/9 6142/11 6144/14
 6148/15 6149/8 6149/22 6150/25 6183/2
 6195/14 6215/24 6220/18 6220/19
 6221/1 6221/2 6221/4 6221/8 6222/5
 6222/6 6222/6 6222/19 6222/20 6223/1
 6223/2 6228/10 6228/14 6237/15 6238/4
 6247/6 6262/16 6264/15
differential [4] 6162/7 6163/8 6163/13
 6165/24
differently [2] 6078/24 6078/25
difficult [1] 6098/7
difficulties [1] 6132/25
direct [9] 6074/15 6076/13 6077/13
 6084/9 6084/13 6111/25 6151/16
 6252/18 6271/10
directed [1] 6252/12
direction [2] 6105/23
directions [1] 6206/2
directly [1] 6126/9
director [4] 6083/25 6133/7 6133/13
 6133/14
disagree [4] 6086/17 6086/22 6236/12
 6237/14
disagreed [1] 6222/24
disciplined [1] 6135/15
disciplines [3] 6074/19 6183/3 6183/10
disclosed [1] 6194/15
disconnected [1] 6227/21
discount [1] 6174/20

**D**

discuss [4]  6132/13 6141/16 6233/18
6269/17
discussed [10]  6161/16 6174/11 6180/1
6180/12 6180/20 6181/19 6201/23
6202/1 6202/8 6242/14
discusses [1]  6195/22
discussing [2]  6252/16 6270/2
discussion [10]  6114/14 6128/17
6141/11 6141/12 6147/23 6239/16
6239/19 6239/22 6241/13 6265/9
discussions [3]  6085/20 6152/13
6193/13
displace [3]  6109/13 6119/22 6230/22
displacement [25]  6117/17 6117/24
6118/5 6118/14 6118/16 6119/24 6120/7
6157/17 6230/16 6230/18 6230/25
6231/2 6231/7 6232/2 6232/4 6232/14
6234/7 6235/21 6240/23 6243/5 6243/13
6246/24 6264/19 6264/25 6265/1
displacing [5]  6119/17 6121/18 6121/25
6241/23 6242/2
disposal [1]  6121/24
dispute [6]  6075/1 6158/1 6182/12
6204/9 6223/10 6253/22
distance [1]  6160/8
distributed [2]  6131/16 6195/19
distributing [1]  6196/2
DISTRICT [5]  6063/1 6063/2 6063/15
6272/9 6272/9
diversion [1]  6125/20
divert [4]  6118/18 6125/22 6126/3
6126/5
diverted [2]  6126/4 6126/16
diverter [1]  6139/6
diverting [4]  6126/7 6126/24 6127/3
6127/11
divided [1]  6070/13
division [5]  6065/9 6065/19 6083/16
6083/17 6133/18
DNV [2]  6073/19 6079/21
do [222]
Docket [3]  6063/4 6063/7 6063/9
document [50]  6082/14 6087/13 6092/7
6101/8 6101/13 6102/7 6102/15 6103/24
6116/8 6117/24 6136/19 6136/21 6137/9
6137/15 6138/17 6142/23 6143/10
6145/12 6145/14 6147/22 6148/18
6148/19 6149/15 6149/17 6171/14
6172/10 6172/12 6181/12 6190/22
6191/5 6191/23 6192/3 6194/18 6196/14
6201/1 6208/8 6216/19 6218/14 6223/21
6224/16 6224/23 6224/25 6233/8
6238/15 6254/2 6254/3 6258/24 6259/12
6265/18 6266/12
documenting [1]  6219/13
documents [14]  6101/11 6101/12 6102/7
6137/11 6157/25 6171/3 6171/18
6171/19 6191/1 6205/24 6244/21
6245/15 6251/25 6252/21
does [37]  6081/5 6092/7 6116/10 6123/4
6124/14 6125/23 6131/20 6133/25
6151/6 6160/19 6162/9 6162/11 6165/21
6167/20 6168/25 6173/24 6175/5 6175/6
6180/11 6188/18 6195/19 6203/17
6203/20 6204/3 6206/6 6214/8 6220/17
6230/1 6234/25 6250/1 6255/1 6256/10
6256/11 6256/14 6258/1 6262/5 6262/6
doesn't [9]  6072/22 6124/14 6142/1
6179/9 6201/1 6212/24 6220/16 6220/25
6230/7
doing [19]  6076/6 6076/7 6079/1 6083/7

6087/15 6117/16 6133/22 6134/16
6140/20 6161/24 6213/25 6214/18
6222/23 6241/11 6242/11 6254/12
6263/22 6265/8 6267/2
Domengeaux [1]  6063/18
DON [3]  6066/19 6260/1 6271/6
don't [112]  6071/14 6072/19 6076/22
6077/16 6077/18 6077/24 6078/1 6078/4
6084/19 6089/23 6091/10 6094/21
6099/6 6102/6 6106/16 6107/14 6107/15
6110/16 6111/14 6112/24 6113/23
6115/15 6118/7 6118/15 6119/2 6122/2
6123/4 6126/21 6133/5 6136/3 6136/4
6136/16 6137/12 6138/13 6138/18
6138/22 6141/8 6142/18 6142/25 6143/9
6143/10 6147/14 6149/10 6149/17
6150/6 6153/7 6153/10 6153/17 6154/18
6155/25 6156/3 6156/6 6158/19 6162/14
6166/24 6169/6 6170/6 6171/11 6174/14
6179/14 6181/8 6181/10 6181/25
6185/17 6194/5 6194/8 6196/4 6196/4
6196/12 6196/23 6198/9 6200/1 6200/23
6201/4 6202/1 6203/14 6203/22 6203/25
6204/17 6204/24 6205/10 6205/18
6224/3 6224/9 6224/21 6225/5 6225/8
6226/4 6233/2 6237/20 6241/9 6241/14
6242/22 6243/2 6243/15 6243/20
6243/21 6245/14 6245/19 6249/20
6250/22 6250/25 6251/7 6253/20 6254/1
6257/9 6260/19 6263/17 6265/6 6265/17
6270/17 6271/18
DONALD [1]  6068/7
done [32]  6076/23 6079/2 6079/17
6079/18 6080/1 6080/2 6097/10 6109/22
6109/24 6116/8 6118/1 6118/14 6118/16
6126/17 6142/17 6171/19 6174/24
6174/25 6176/10 6176/10 6197/16
6212/7 6212/15 6213/12 6213/13
6228/20 6238/11 6239/7 6249/19
6250/17 6263/19 6267/16
double [1]  6204/23
doubt [9]  6076/17 6080/8 6144/10
6148/10 6189/7 6199/22 6199/25 6202/8
6244/17
DOUGLAS [1]  6066/16
down [36]  6075/24 6084/11 6093/5
6105/1 6105/20 6116/19 6117/14
6118/19 6119/4 6145/5 6159/11 6159/21
6160/5 6160/8 6161/19 6161/21 6168/16
6169/15 6170/19 6171/1 6173/9 6181/10
6198/22 6207/18 6220/15 6233/20
6235/12 6247/11 6247/11 6248/5
6248/10 6248/16 6248/21 6248/24
6253/12 6261/17
downhole [6]  6091/2 6099/14 6140/23
6216/20 6225/21 6225/22
DOYEN [1]  6067/12
Doyle [4]  6068/14 6272/8 6272/16
6272/16
DP [1]  6111/12
Dr. [1]  6120/19
Dr. Bob [1]  6120/19
drafted [1]  6179/20
drafting [1]  6158/7
draw [1]  6080/11
Drescher [1]  6064/8
drill [30]  6090/21 6094/20 6103/6
6106/21 6108/22 6108/25 6124/10
6139/16 6140/3 6141/1 6141/6 6188/12
6190/14 6229/11 6229/14 6229/19
6229/24 6230/5 6230/12 6241/23 6242/1
6242/14 6242/20 6242/25 6244/2 6244/5
6244/11 6244/16 6248/10 6251/9

drilled [1]  6187/19
driller [1]  6187/11 6187/11 6231/8
6231/8 6232/6 6232/8 6245/2 6245/4
6245/9 6245/15 6246/8
driller's [1]  6249/16
drillers [3]  6139/12 6192/17 6199/12
drilling [75]  6067/6 6067/9 6067/13
6067/17 6067/20 6090/23 6091/9
6091/14 6091/14 6091/20 6092/8
6092/15 6092/21 6092/22 6093/20
6094/8 6094/14 6094/15 6094/24 6095/8
6102/20 6102/22 6103/3 6104/11
6104/13 6104/13 6104/13 6104/21
6104/21 6104/24 6105/2 6105/20 6107/4
6109/14 6111/12 6119/17 6123/5
6135/11 6140/21 6141/24 6142/5 6142/8
6160/20 6161/16 6166/20 6167/7 6167/8
6169/10 6183/8 6185/10 6185/23 6188/3
6188/6 6189/11 6189/10 6191/17 6191/6 6191/9
6192/17 6193/10 6196/9 6209/9 6218/20
6218/21 6225/3 6225/8 6226/11 6241/8
6244/21 6248/17 6252/6 6257/14
6258/10 6260/7 6261/12 6264/6
drive [9]  6064/16 6080/24 6084/14
6084/17 6085/7 6085/25 6086/3 6152/24
6268/7
driving [1]  6095/14
dropped [5]  6070/14 6146/9 6146/17
6146/24 6147/8
drove [1]  6115/18
dual [1]  6216/15
due [4]  6070/18 6070/20 6081/10
6177/11
DUKE [1]  6064/15
duly [1]  6070/25
dumping [1]  6248/3
during [23]  6075/20 6079/13 6092/8
6092/16 6093/19 6117/24 6118/5
6118/13 6118/16 6120/7 6122/6 6125/11
6132/5 6141/23 6143/9 6159/3 6168/7
6177/24 6178/8 6202/23 6216/21
6246/23 6269/16
DVS [6]  6260/17 6262/13 6262/20
6262/24 6263/12 6263/16
DWH [1]  6080/11
dynamics [1]  6267/9
dysfunction [1]  6112/22
déjà [3]  6132/20 6134/15 6150/22
déjà vu [1]  6150/22

**E**

e-mail [52]  6080/11 6082/20 6100/10
6100/12 6100/15 6101/6 6101/18
6102/18 6103/15 6103/17 6103/20
6103/22 6106/5 6106/13 6111/25
6112/23 6113/6 6113/8 6113/8 6113/9
6113/12 6113/23 6130/22 6131/1 6131/4
6131/20 6133/4 6135/23 6135/25
6136/24 6137/17 6137/22 6137/23
6137/24 6138/21 6141/20 6144/7 6150/1
6150/2 6150/3 6150/6 6153/5 6171/10
6171/12 6171/22 6171/23 6175/2
6189/14 6208/12 6208/15 6210/4
6241/10
e-mails [2]  6146/12 6154/10
E.12 [1]  6256/1
each [6]  6070/12 6070/16 6115/9
6132/21 6141/5 6200/25
earlier [13]  6076/3 6083/17 6099/21
6103/17 6133/18 6153/5 6153/24
6182/23 6205/2 6219/15 6239/16
6246/12 6262/7
early [1]  6127/15

E

easier [1] 6075/13
EASTERN [1] 6063/2 6272/9
ECD [9] 6104/16 6105/3 6105/5 6106/22
6191/8 6192/18 6192/21 6197/4 6197/6
Ed [1] 6141/20
educated [1] 6269/10
Edwards [1] 6063/19
effect [6] 6081/12 6124/8 6124/14
6177/15 6197/12 6213/20
effective [2] 6138/4 6263/5
effectively [1] 6135/6
effects [1] 6220/13
effort [1] 6075/10
eggs [1] 6257/25
eight [5] 6159/3 6166/13 6166/23 6168/4
6220/15
either [4] 6078/17 6089/18 6243/21
6269/13
electrical [2] 6070/13 6255/4
electronic [1] 6152/25
elevating [1] 6204/19
elicited [2] 6226/22 6227/9
ELIZABETH [1] 6066/5
Ellis [1] 6066/21
Elm [1] 6068/9
else [13] 6075/6 6124/13 6145/2 6154/5
6155/6 6219/8 6223/21 6235/19 6242/18
6246/1 6249/7 6254/17 6272/2
emergency [4] 6090/12 6256/4 6256/7
6256/12
EMPAC [5] 6070/11 6070/15 6075/8
6075/9 6075/11
employed [1] 6104/17
employee [2] 6111/14 6193/9
employees [2] 6124/4 6264/21
emptying [1] 6118/13
enclosed [1] 6261/20
encounter [1] 6258/5
encountered [1] 6106/21
end [11] 6112/6 6126/11 6158/4 6178/21
6213/21 6228/25 6229/1 6234/6 6242/15
6248/25 6254/7
ending [2] 6154/15 6167/15
endurance [1] 6217/9
Energy [2] 6068/7 6068/11
Enforcement [1] 6065/13
engineer [11] 6180/13 6180/21 6181/7
6181/20 6182/9 6231/4 6231/5 6232/11
6243/9 6243/14 6246/3
engineering [17] 6111/13 6112/10
6142/16 6142/22 6183/8 6185/10
6215/14 6215/24 6216/3 6216/13
6217/16 6217/22 6222/12 6222/15
6266/19 6266/25 6267/8
Engineering's [1] 6215/22
engineers [8] 6111/24 6112/19 6113/21
6114/7 6209/9 6228/24 6241/7 6243/4
enlarge [1] 6079/6 6131/10
enough [23] 6102/11 6121/15 6154/12
6182/3 6183/10 6187/20 6190/16 6193/1
6199/22 6200/3 6200/3 6200/23 6201/7
6204/2 6204/25 6204/25 6205/20
6210/24 6219/8 6223/15 6243/23
6265/13 6265/13
ensure [3] 6131/15 6186/17 6187/4
entire [4] 6157/7 6193/7 6207/19
6266/12
entirety [1] 6082/18
entitled [1] 6217/2
entity [1] 6215/14
entry [3] 6167/25 6265/5 6265/7

environment [6] 6065/13 6133/9 6149/4
6191/20 6194/24 6257/16
environmental [2] 6065/13 6142/15
environments [1] 6203/13
equate [1] 6122/3
equipment [22] 6074/8 6077/9 6080/24
6081/2 6081/6 6081/9 6081/9 6081/10
6081/20 6083/6 6083/7 6085/10 6085/24
6168/20 6252/11 6252/16 6253/5
6253/10 6253/13 6254/6 6255/7 6257/19
equipped [2] 6258/16 6258/17
equivalent [2] 6192/21 6214/9
erroneously [3] 6231/2 6232/12 6232/13
error [3] 6098/8 6116/17 6269/9
especially [1] 6102/21
ESQ [54] 6063/19 6063/23 6064/3
6064/6 6064/9 6064/9 6064/12 6064/15 6064/18
6064/22 6065/3 6065/6 6065/9 6065/14
6065/14 6065/15 6065/15 6065/16
6065/19 6065/20 6065/20 6065/21
6065/21 6066/4 6066/4 6066/5 6066/8
6066/8 6066/9 6066/12 6066/15 6066/16
6066/19 6066/22 6066/22 6066/23
6067/3 6067/6 6067/9 6067/9 6067/12
6067/13 6067/13 6067/16 6067/20
6067/23 6068/3 6068/3 6068/4 6068/4
6068/7 6068/8 6068/8 6068/9 6068/12
essential [1] 6085/9
essentially [8] 6094/8 6094/13 6094/24
6134/3 6160/19 6163/14 6163/24
6177/19
established [2] 6101/9 6228/8
establishing [1] 6208/25
estimate [1] 6092/14
estimated [2] 6207/21 6209/17
estimates [3] 6092/18 6125/1 6125/5
et [2] 6063/8 6063/11
evaluate [6] 6157/12 6202/14 6212/5
6212/25 6216/17 6235/25
evaluated [3] 6105/16 6213/10 6214/24
evaluating [5] 6200/13 6205/12 6212/5
6212/14 6214/8
evaluation [4] 6157/14 6210/25 6214/2
6214/3
evaluations [1] 6214/3
even [9] 6071/14 6075/21 6086/4
6130/25 6140/15 6158/4 6166/17
6204/19 6238/3
evening [18] 6122/25 6184/7 6199/13
6201/12 6201/23 6209/5 6214/18 6215/5
6229/2 6229/18 6231/18 6232/19
6232/20 6232/25 6233/24 6244/6
6246/22 6272/4
event [13] 6079/25 6092/13 6099/24
6100/25 6133/16 6137/2 6138/23
6139/25 6147/20 6148/13 6184/8
6246/19 6254/4
events [19] 6091/21 6104/5 6136/1
6136/22 6137/3 6137/19 6141/4 6141/13
6146/9 6147/13 6147/15 6147/18 6148/4
6148/20 6148/25 6149/24 6150/4
6150/21 6214/18
eventually [4] 6081/9 6251/19 6254/6
6254/7
ever [10] 6101/9 6107/12 6168/1
6180/20 6181/6 6186/5 6187/3 6196/6
6204/15 6266/5
every [6] 6070/12 6148/8 6166/8
6200/21 6200/25 6203/25
everybody [6] 6085/2 6139/18 6153/18
6184/9 6223/15 6270/22
everyone [7] 6070/3 6083/7 6113/16
6153/12 6232/8 6232/20 6272/3

everything [3] 6141/15 6235/9 6254/17
evidence [18] 6122/9 6123/3 6111/3
6126/6 6151/17 6153/2 6178/1 6193/8
6195/6 6204/9 6204/18 6211/23 6213/18
6213/21 6256/3 6267/19 6268/7 6270/12
evident [2] 6079/10 6265/22
evidentiary [1] 6267/22
exact [8] 6072/8 6072/11 6093/12
6094/20 6133/8 6134/8 6169/6 6205/10
exactly [9] 6072/21 6101/16 6130/2
6149/1 6161/8 6181/25 6201/6 6241/19
6249/20
exaggerates [1] 6248/12
exam [2] 6074/15 6077/13
examination [13] 6071/1 6071/7 6084/10
6084/13 6129/9 6151/16 6155/17
6155/18 6182/19 6182/22 6251/5 6264/1
6271/10
example [3] 6129/6 6158/3 6254/23
exceed [1] 6126/23
exceeded [1] 6106/22
except [1] 6214/23
excerpts [3] 6268/15 6268/19 6269/2
exchange [1] 6172/3
excluded [1] 6128/14
exclusive [2] 6090/20 6091/1
excuse [4] 6183/7 6214/22 6234/19
6262/17
excused [1] 6267/24
execute [2] 6098/7 6241/19
executed [2] 6217/18 6218/4 6261/13
executing [2] 6144/25 6206/7
execution [1] 6083/19
executive [6] 6087/22 6087/23 6088/18
6090/12 6216/9 6216/12
exhibit [16] 6102/2 6117/21 6153/25
6179/10 6179/11 6208/10 6208/21
6216/2 6238/16 6252/11 6253/2 6253/5
6253/9 6255/8 6261/7 6270/10
Exhibit 3308 [1] 6216/2
Exhibit 708 [1] 6208/10
Exhibit 97 [1] 6238/16
Exhibit B [4] 6252/11 6253/2 6253/5
6255/8
Exhibit B-2 [1] 6253/9
exhibits [8] 6151/15 6151/18 6151/22
6153/5 6153/21 6270/2 6270/6 6270/8
exist [2] 6124/14 6227/20
existed [1] 6108/10
existing [1] 6263/3
expanding [1] 6125/21
expansion [1] 6126/2
expect [5] 6099/2 6099/13 6192/7
6194/9 6258/5
expectation [1] 6194/12
expected [1] 6174/18
expecting [4] 6133/23 6134/16 6150/25
6154/19
expense [1] 6250/24
experience [9] 6185/10 6201/7 6205/11
6205/14 6206/3 6206/6 6206/7 6228/24
6229/3
experienced [4] 6091/20 6202/23
6228/17 6228/22
experiences [1] 6145/2
experiencing [4] 6080/23 6132/25
6144/21 6145/17
expert [14] 6153/6 6156/1 6156/23
6174/14 6183/6 6183/7 6183/8 6205/3
6210/17 6211/18 6212/22 6212/23
6213/6 6266/21
expertise [7] 6156/3 6156/6 6156/9
6156/14 6183/3 6185/10 6206/12

**E**

experts [3]  6183/5 6210/19 6267/5
explain [2]  6145/19 6145/24 6146/2 6161/24 6164/6
explained [1]  6150/19
explaining [1]  6159/20
explanation [1]  6139/5
exploration [5]  6063/10 6066/18 6066/21 6067/2 6104/11
explosion [6]  6072/12 6072/15 6072/18 6072/22 6072/23 6073/3 6073/4 6073/14 6073/15 6127/13 6143/4
exposed [1]  6109/14
expressed [8]  6114/6 6132/3 6171/18 6172/13 6172/13 6181/17 6224/7 6270/6
expressing [1]  6134/1
expressly [1]  6259/17
extended [1]  6085/22
extensive [3]  6185/9 6205/14 6212/2
extensively [1]  6136/7
extent [6]  6074/21 6078/4 6156/18 6157/23 6182/9 6232/13
extra [2]  6075/10 6191/9
Ezell [9]  6202/5 6202/7 6232/25 6233/8 6233/16 6235/9 6235/18 6240/15 6240/18

**F**

face [1]  6076/10
fact [31]  6070/7 6094/24 6097/10 6098/14 6117/25 6128/10 6134/14 6140/22 6154/23 6156/18 6165/8 6165/12 6168/7 6168/22 6177/10 6177/11 6177/23 6178/15 6186/8 6197/8 6201/17 6202/18 6218/1 6223/12 6227/12 6228/13 6229/8 6229/18 6235/1 6244/8 6258/19
factor [4]  6095/13 6109/11 6110/6 6111/1
factors [3]  6095/15 6095/20 6096/18
facts [5]  6127/19 6128/1 6135/4 6150/14 6257/4
factual [3]  6157/24 6178/22 6181/24
failed [5]  6098/11 6100/5 6140/23 6159/6 6214/17
failing [1]  6081/9
failure [15]  6084/4 6088/11 6088/12 6088/14 6098/15 6125/8 6125/8 6125/13 6140/6 6141/3 6141/9 6177/11 6214/13 6214/16 6217/8
failures [3]  6083/6 6129/10 6130/9
fair [32]  6102/11 6160/10 6160/14 6161/22 6164/18 6168/20 6179/20 6180/24 6182/3 6182/25 6183/10 6187/20 6190/19 6193/1 6193/7 6193/18 6199/22 6200/3 6200/3 6200/23 6201/7 6204/2 6204/12 6204/25 6205/20 6208/4 6210/24 6219/8 6223/9 6249/18 6250/9 6250/18
Falcon [7]  6251/10 6251/11 6251/24 6260/3 6260/17 6261/10 6261/15
fall [1]  6163/17
falls [1]  6161/19
familiar [11]  6111/11 6139/22 6142/15 6158/11 6158/16 6171/15 6186/11 6195/17 6196/17 6218/8 6238/15
familiarize [1]  6257/3
famous [1]  6250/17
Fannin [1]  6067/10
far [6]  6121/23 6156/22 6174/23 6175/12 6254/13 6271/13
farther [1]  6198/22

fashion [1]  6084/23
fast [5]  6085/2 6095/7 6085/17 6108/19 6107/6
fatalities [3]  6144/19 6147/8 6150/11
fault [2]  6208/24 6226/17
FCRR [1]  6068/14 6272/8 6272/16
feature [3]  6220/16 6220/18 6221/22
features [8]  6185/24 6185/25 6221/18 6262/4 6262/8 6262/14 6263/2 6263/11
February [8]  6138/23 6189/16 6189/23 6190/19 6192/3 6193/4 6194/20 6195/11
February 12 [1]  6189/16
February 13 [1]  6189/23
Federal [1]  6065/10
feedback [4]  6103/24 6106/6 6106/17 6132/21
feel [2]  6103/24 6198/9
feet [8]  6093/10 6093/14 6093/17 6093/20 6110/2 6119/18 6119/18 6119/25
felt [1]  6234/3
few [6]  6129/22 6155/23 6165/2 6246/18 6251/8 6264/3
field [2]  6109/4 6120/10
figure [3]  6233/18 6250/7 6265/14
figures [2]  6231/7 6232/4
file [4]  6152/5 6179/19 6190/7 6206/10
fill [5]  6161/13 6216/15 6217/8 6220/7 6221/24
final [16]  6096/2 6098/25 6107/22 6108/5 6108/22 6110/9 6110/20 6118/16 6119/8 6119/17 6189/17 6190/9 6190/12 6190/21 6194/16 6246/24
finally [2]  6112/6 6153/4
find [18]  6076/4 6077/10 6098/21 6119/7 6124/16 6130/14 6141/14 6141/17 6145/1 6149/7 6170/2 6176/13 6183/13 6183/17 6183/24 6213/5 6227/17 6265/21
finding [15]  6077/8 6079/17 6080/4 6080/5 6088/7 6108/5 6108/13 6109/17 6110/4 6110/11 6110/25 6117/11 6150/14 6159/8 6266/9
findings [4]  6078/13 6079/9 6158/9 6158/16
finds [1]  6076/5
fine [4]  6089/8 6153/19 6154/6 6257/10
fingers [1]  6147/17
finish [1]  6075/7
fire [3]  6077/22 6128/20 6134/21
fired [2]  6077/24 6266/5
firm [3]  6064/18 6065/5 6130/1
first [41]  6079/1 6078/12 6078/18 6087/1 6088/23 6090/20 6100/18 6104/20 6108/10 6113/7 6127/15 6131/12 6131/21 6132/4 6134/9 6136/19 6137/8 6137/21 6142/19 6143/4 6149/15 6155/25 6159/3 6181/14 6181/14 6185/22 6196/23 6220/6 6229/13 6231/15 6233/4 6234/16 6236/14 6245/9 6247/4 6247/25 6248/3 6261/2 6262/1 6263/8 6268/3
fit [1]  6263/3
five [26]  6107/18 6134/15 6150/23 6151/5 6166/13 6166/22 6167/24 6168/4 6195/16 6195/17 6195/19 6195/23 6196/2 6196/7 6196/16 6196/21 6197/21 6198/11 6198/13 6198/23 6198/24 6199/5 6199/6 6199/23 6220/14 6260/8
five-day [13]  6195/16 6195/17 6195/19 6196/2 6196/7 6196/16 6196/21 6197/21 6198/11 6198/13 6198/23 6199/5 6199/23

fix [5]  6084/22 6085/1 6085/5 6129/15
fixed [1]  6084/17
flapper [3]  6161/10 6161/12 6176/8
flaps [2]  6163/21 6178/3
flat [3]  6247/11 6247/11 6248/24
fleet [3]  6144/21 6145/17
flight [2]  6154/15 6154/17
flipped [2]  6114/1 6114/18
float [98]  6096/14 6096/16 6097/22 6109/7 6121/15 6157/6 6157/10 6158/6 6158/8 6158/11 6158/12 6159/2 6159/4 6159/5 6159/6 6159/23 6159/25 6160/2 6160/8 6160/12 6160/22 6161/3 6161/3 6161/9 6161/25 6162/10 6162/25 6163/6 6164/3 6164/18 6164/22 6164/23 6165/4 6165/9 6165/23 6167/12 6167/21 6168/13 6168/17 6168/20 6170/5 6170/17 6170/18 6172/6 6175/3 6175/5 6175/9 6175/11 6175/16 6176/11 6177/11 6177/15 6178/1 6181/19 6208/2 6208/4 6215/7 6215/9 6215/11 6215/15 6215/17 6215/17 6215/23 6216/4 6216/7 6216/15 6216/18 6217/4 6217/7 6217/17 6217/19 6217/23 6217/24 6217/25 6218/5 6218/12 6218/13 6218/19 6219/4 6219/16 6219/23 6220/3 6220/4 6220/6 6220/8 6220/18 6221/4 6221/20 6221/23 6222/1 6222/3 6222/11 6222/15 6222/20 6223/2 6223/14 6223/15
floats [7]  6164/14 6207/24 6208/2 6208/6 6209/23 6219/1 6219/12
floor [8]  6064/13 6067/14 6072/5 6124/10 6139/16 6140/3 6215/4 6235/10
flow [39]  6104/15 6116/9 6119/9 6125/24 6126/17 6126/19 6142/4 6142/11 6162/13 6163/2 6165/24 6173/18 6214/17 6214/22 6214/22 6214/25 6215/4 6217/5 6217/6 6217/6 6217/7 6217/9 6217/10 6220/7 6220/7 6220/11 6220/13 6220/14 6220/14 6233/21 6248/4 6248/5 6248/25 6249/20 6249/24 6249/25 6250/1 6250/6 6267/9
flow-check [2]  6249/24 6249/25 6250/1
flow-rate-induced [1]  6165/24
flow-surge [1]  6217/6 6217/7 6217/9
flowed [1]  6124/22
flowing [1]  6249/22
flows [1]  6161/17
FLOYD [1]  6068/8
fluid [3]  6126/18 6173/19 6267/9
fluids [3]  6092/15 6118/18 6164/18
foam [17]  6096/19 6121/7 6190/1 6194/16 6194/23 6195/1 6195/7 6199/2 6206/7 6211/13 6211/25 6212/6 6212/17 6212/22 6213/10 6213/14 6213/20
foamed [2]  6211/19 6211/24
foaming [1]  6211/9 6211/25
focus [1]  6081/14
focusing [1]  6251/9
folks [5]  6072/17 6103/16 6196/10 6198/8 6201/1
follow [8]  6077/2 6165/3 6185/21 6202/12 6229/11 6229/22 6246/13 6271/15
followed [3]  6101/11 6238/25 6239/2
following [6]  6078/13 6080/19 6105/10 6108/4 6220/5 6261/3
follows [1]  6070/25
footnotes [1]  6178/22
forbid [1]  6266/4
foregoing [1]  6272/10
forgiveness [1]  6154/21

**F**

forgotten [1] 6234/21
form [1] 6110/17
formal [3] 6107/23 6111/4 6269/22
formally [1] 6269/13
format [2] 6260/25 6261/3
formation [11] 6094/8 6094/13 6094/21
6095/1 6095/19 6095/24 6097/21 6157/8
6178/1 6189/5 6214/15
formations [4] 6097/9 6117/1 6117/7
6121/14
formats [1] 6195/14
former [1] 6211/18
forms [1] 6195/14
forth [2] 6114/21 6205/23
forward [13] 6089/17 6103/23 6104/5
6106/14 6189/21 6195/22 6196/13
6197/9 6223/16 6223/21 6235/20 6265/2
6271/18
forwarded [1] 6192/3
forwarding [2] 6189/17 6189/20
found [31] 6070/9 6076/11 6077/8
6098/9 6098/14 6107/21 6110/6 6111/3
6111/18 6116/18 6117/3 6118/14
6130/16 6139/3 6149/9 6159/1 6168/15
6176/22 6183/21 6184/6 6184/9 6190/17
6193/8 6193/12 6203/13 6211/11 6213/5
6217/4 6217/17 6218/4 6232/10
foundation [7] 6082/17 6101/8 6101/12
6110/17 6112/17 6113/19 6180/22
four [21] 6072/10 6100/22 6112/4
6114/17 6134/2 6144/13 6144/13
6146/10 6147/8 6150/10 6150/11
6153/15 6166/22 6167/24 6168/2 6168/3
6168/4 6173/21 6174/2 6220/15 6221/24
fourth [1] 6221/22
frac [3] 6094/23 6190/24 6203/6
fracture [7] 6091/23 6189/25 6191/7
6191/13 6191/21 6192/5 6194/14
fragile [2] 6095/1 6095/24
Francisco [2] 6065/11
Franklin [1] 6066/5
Fraud [1] 6066/3
frequency [1] 6148/4
frequently [2] 6074/20 6074/23
Friday [2] 6154/12 6154/15
friends [1] 6144/13
Frilot [1] 6067/5
front [1] 6167/19
Frugé [1] 6064/21
frustrated [1] 6132/24
fudge [1] 6076/22
full [14] 6088/23 6090/23 6091/10
6169/4 6169/25 6207/18 6209/17 6224/6
6224/15 6224/25 6225/9 6225/12
6233/18 6270/10
fully [3] 6205/16 6205/18 6234/3
function [5] 6084/21 6158/11 6202/19
functioning [1] 6161/9
fundamental [2] 6148/7
furnished [1] 6263/10
further [7] 6130/6 6159/7 6225/24 6251/1
6267/15 6267/19 6269/12

**G**

Gagliano [2] 6208/14 6209/8
gallon [1] 6095/2
GANNAWAY [1] 6068/4
garbage [2] 6076/20 6076/20
gas [18] 6109/4 6125/21 6126/2 6126/4
6126/5 6126/7 6126/8 6126/14 6126/16
6126/20 6126/22 6126/23 6126/24

6127/4 6127/11 6128/20 6139/13
6250/20
Gate [1] 6065/10
gateway [1] 6178/7
gather [1] 6127/18
gave [10] 6087/4 6087/15 6090/12
6117/1 6117/7 6143/22 6166/5 6168/10
6180/18 6214/24
GAVIN [2] 6068/9 6155/16
geared [2] 6113/22 6146/19
gel [1] 6214/5
general [11] 6066/7 6066/11 6072/9
6072/14 6072/21 6072/22 6072/24
6073/3 6073/13 6073/14 6128/21
generally [3] 6079/9 6081/6 6158/11
generate [2] 6163/1 6163/2
generated [2] 6225/6 6225/13
gentleman [2] 6205/6 6231/12
GEOFFREY [1] 6068/4
geologist [1] 6103/3
geologists [1] 6091/7
geometry [1] 6174/17
geophysicist [1] 6106/1
geophysicists [1] 6091/8
George [2] 6156/20 6156/22
get [33] 6073/3 6071/13 6082/23
6083/12 6084/23 6085/4 6101/17
6106/25 6107/5 6121/15 6132/3 6144/11
6146/11 6146/13 6154/9 6160/1 6160/25
6166/6 6168/24 6169/2 6174/2 6188/5
6193/13 6193/17 6196/6 6196/22 6208/4
6215/4 6215/22 6226/8 6230/10 6252/7
6271/19
gets [1] 6159/20
getting [6] 6091/14 6091/15 6136/16
6139/13 6142/10 6165/13
give [10] 6091/9 6091/13 6105/21
6129/6 6145/23 6153/12 6154/12 6158/3
6180/17 6246/18
given [4] 6070/4 6139/4 6187/11 6200/2
giving [3] 6129/23 6129/25 6153/17
Glasgow [1] 6269/10
Glen [1] 6271/22
globally [2] 6131/6 6131/14
GmbH [1] 6063/8
go [19] 6072/7 6074/10 6075/7 6075/17
6078/5 6078/12 6078/23 6079/5 6080/10
6083/3 6085/14 6085/15 6089/1 6089/17
6090/18 6090/22 6092/1 6093/5 6096/7
6100/3 6100/10 6100/18 6101/5 6102/1
6103/12 6104/2 6104/8 6105/7 6105/12
6106/9 6106/10 6107/16 6108/8 6109/5
6113/4 6113/7 6113/24 6114/9 6115/1
6115/9 6115/16 6116/2 6116/5 6118/9
6118/22 6119/3 6120/5 6120/19 6123/8
6126/22 6129/20 6130/19 6131/9
6131/24 6132/4 6133/16 6135/8 6137/25
6139/1 6139/21 6140/4 6141/7 6141/18
6142/13 6142/19 6143/1 6143/14 6144/3
6144/5 6146/2 6154/13 6158/20 6163/10
6166/20 6167/14 6169/13 6170/7
6175/22 6181/3 6181/10 6188/10
6188/23 6197/20 6198/18 6198/20
6203/15 6208/16 6211/2 6211/23
6213/21 6214/2 6214/22 6214/23
6217/13 6221/7 6231/15 6231/24 6233/5
6233/13 6235/6 6238/12 6243/23 6245/6
6247/16 6248/16 6254/5 6254/11 6255/4
6257/11 6259/20 6260/9 6261/6 6261/17
6262/12 6262/17 6265/1 6270/9 6270/20
6271/16
goal [1] 6216/8
Godwin [4] 6068/7 6068/7 6068/11

6271/6
goes [3] 6112/6 6123/22 6138/22
6174/23 6179/7 6189/21 6191/23
6198/21 6198/22 6234/6 6255/17
6261/22
going [68] 6071/6 6072/13 6074/12
6074/17 6080/16 6082/25 6083/14
6087/25 6095/10 6101/7 6102/5 6102/9
6106/4 6108/8 6108/20 6112/2 6112/3
6112/11 6114/19 6115/9 6117/18
6117/25 6118/2 6118/5 6118/7 6118/10
6120/18 6123/9 6152/3 6152/11
6153/11 6153/21 6154/13 6160/1 6164/2
6165/1 6173/17 6187/16 6187/21
6198/11 6200/20 6201/20 6205/23
6206/2 6213/3 6214/22 6214/23 6224/6
6227/23 6242/8 6242/9 6247/11 6247/15
6248/10 6248/18 6250/9 6254/5 6254/7
6254/14 6262/22 6268/2 6268/18 6269/6
6269/8 6269/15 6270/20 6271/12
6271/17
golden [2] 6065/10 6197/22
gone [2] 6127/6 6136/7
good [16] 6070/23 6071/3 6077/6 6103/8
6103/9 6107/6 6114/13 6155/20 6175/1
6178/1 6181/15 6182/21 6222/23
6235/11 6258/7 6272/4
got [15] 6073/4 6081/7 6094/18 6102/7
6108/19 6114/2 6144/7 6144/10 6154/15
6164/23 6168/19 6173/19 6176/21
6198/25 6223/3
grade [4] 6221/4 6221/5 6221/6 6221/8
gradient [5] 6094/23 6189/25 6190/24
6191/21 6203/6
gradients [4] 6091/23 6191/13 6192/5
6194/14
Grand [1] 6067/14
grant [1] 6155/4
graph [1] 6120/18
graphic [1] 6170/15
grass [1] 6258/5
great [2] 6076/12 6233/19
greater [4] 6094/7 6094/12 6095/4
6119/24
Greg [3] 6111/8 6111/10 6151/16
ground [1] 6124/9
group [2] 6064/15 6091/7
Guard [2] 6073/19 6079/20
guess [4] 6136/21 6152/17 6208/16
6259/12
Guide [3] 6100/13 6112/1 6174/11
guidelines [4] 6129/23 6129/24 6129/25
6130/1
GULF [7] 6063/5 6109/4 6191/14
6191/20 6203/5 6203/13 6204/6
guts [1] 6161/9
guy [3] 6084/5 6133/11 6136/10
guys [6] 6071/24 6174/9 6176/13 6228/7
6233/10 6242/16

**H**

H2S [6] 6257/16 6257/20 6257/22
6262/9 6262/10 6262/24
had [159] 6070/18 6070/19 6071/23
6071/24 6072/19 6076/3 6076/17 6078/2
6078/14 6078/16 6078/17 6083/14
6084/17 6084/21 6085/1 6085/2 6085/4
6085/25 6087/18 6090/20 6091/1 6092/4
6092/6 6092/18 6093/24 6094/3 6094/8
6094/13 6094/25 6096/10 6097/10
6097/14 6099/6 6107/23 6108/3 6108/12
6108/23 6111/17 6112/15 6113/2
6113/20 6114/5 6115/14 6123/6 6124/1

had... [115]  6124/11 6124/22 6126/15
6126/17 6129/13 6129/17 6132/18
6132/20 6134/6 6134/10 6139/18
6147/25 6148/20 6153/7 6157/5 6157/11
6162/21 6165/12 6168/12 6170/3
6171/19 6173/17 6173/21 6176/10
6176/19 6178/15 6178/15 6178/20
6178/21 6181/19 6187/5 6188/12
6193/10 6193/19 6194/10 6195/1 6195/3
6197/12 6199/7 6205/8 6205/11 6205/14
6205/24 6206/16 6207/9 6208/18 6209/5
6212/7 6212/8 6212/11 6212/15 6213/4
6213/12 6213/13 6213/20 6218/13
6218/13 6219/11 6219/11 6219/12
6219/16 6219/25 6220/2 6220/6 6220/19
6221/4 6221/14 6221/23 6222/12
6223/18 6223/24 6224/1 6224/11 6226/3
6228/13 6228/16 6228/20 6229/21
6230/22 6232/21 6232/24 6233/18
6233/21 6234/1 6234/21 6234/21
6235/11 6235/19 6236/25 6237/7
6237/12 6237/16 6240/2 6240/4 6240/8
6240/9 6240/12 6240/13 6240/18
6241/17 6241/19 6242/12 6242/19
6243/13 6243/16 6243/18 6250/22
6251/20 6257/3 6258/19 6261/12
6264/15 6266/5 6266/24 6269/3
hadn't [1]  6201/2
Hafle [4]  6100/13 6114/9 6171/10
6171/12
half [5]  6169/24 6180/15 6271/11
6271/13 6271/16
half-a-day [1]  6271/11
Halliburton [49]  6068/7 6068/11 6099/10
6099/16 6117/21 6155/14 6155/16
6159/17 6170/13 6173/21 6180/12
6180/20 6181/1 6181/6 6181/20 6182/9
6182/11 6184/4 6184/6 6195/21 6200/9
6204/14 6205/12 6205/16 6205/20
6205/24 6206/4 6206/6 6206/11 6206/15
6206/20 6206/23 6207/11 6208/5
6208/13 6208/15 6209/2 6209/5 6209/22
6211/1 6211/6 6211/11 6211/24 6213/11
6213/23 6214/9 6214/14 6218/13 6271/7
Halliburton's [5]  6194/23 6207/7 6209/8
6212/6 6271/4
hand [7]  6098/19 6098/25 6099/5
6099/11 6099/17 6179/18 6267/20
handbook [3]  6125/21 6186/11 6244/20
handled [1]  6083/15
handling [1]  6139/4
handover [1]  6201/12
HANKEY [1]  6065/15
happen [2]  6161/25 6250/22
happened [20]  6071/21 6096/10 6126/10
6129/12 6136/17 6137/1 6141/15
6148/24 6149/5 6149/20 6150/1
6150/15 6150/16 6150/18 6165/15
6171/4 6175/5 6183/15 6183/18 6234/22
happening [5]  6077/11 6077/21 6103/7
6146/15 6149/8
happens [2]  6163/20 6200/21
happy [1]  6154/9
hard [2]  6085/1 6096/4
HARIKLIA [2]  6066/22 6182/21
Harrell [6]  6186/24 6187/4 6189/8
6193/18 6194/5 6194/8 6202/3 6232/25
6234/12 6234/18 6234/20 6234/25
6235/8 6235/18 6239/25 6240/2
Harrell's [1]  6193/14
HARTLEY [1]  6068/8

has [52]  6079/9 6079/10 6080/24 6081/1
6081/6 6086/8 6091/2 6091/17 6098/12
6101/13 6112/4 6112/7 6113/15 6113/16
6114/10 6132/2 6136/17 6153/18
6156/22 6159/17 6170/13 6174/17
6176/10 6179/17 6185/9 6186/8 6199/18
6203/18 6212/21 6212/22 6212/24
6219/4 6227/9 6227/25 6229/16 6244/24
6245/14 6245/15 6246/1 6246/4 6246/9
6246/10 6247/6 6251/10 6251/16
6251/23 6256/22 6263/2 6263/5 6269/23
6270/6 6271/1
HAUSER [1]  6066/4
have [283]
haven't [6]  6071/22 6137/15 6137/24
6138/16 6188/2 6270/18
having [17]  6070/25 6076/23 6094/2
6095/24 6096/4 6098/19 6101/9 6104/14
6121/6 6122/10 6122/11 6125/16
6137/19 6146/17 6173/4 6178/6 6210/7
HAYCRAFT [1]  6066/19
hazard [2]  6192/8 6192/11
hazards [4]  6191/24 6192/4 6192/15
6242/21
HB [1]  6068/15
HB-406 [1]  6068/15
he [114]  6070/9 6077/8 6077/9 6082/3
6082/4 6082/16 6082/23 6101/9 6101/10
6101/13 6101/16 6102/8 6104/4 6105/1
6105/2 6105/19 6105/19 6106/6 6111/16
6113/25 6120/21 6126/22 6132/18
6132/20 6133/7 6133/12 6133/12 6134/1
6136/11 6136/17 6138/13 6138/18
6138/18 6138/22 6143/19 6145/24
6146/24 6149/10 6149/10 6180/18
6180/22 6182/10 6182/10 6185/12
6185/17 6185/19 6189/16 6189/20
6193/19 6193/22 6194/2 6194/6 6199/12
6199/15 6199/15 6199/23 6200/1 6205/6
6205/7 6205/8 6205/11 6205/14 6209/4
6209/6 6209/7 6209/8 6209/12 6209/13
6209/16 6209/21 6209/22 6209/23
6212/21 6212/22 6212/24 6212/24
6226/16 6231/20 6233/10 6233/15
6233/15 6233/20 6234/6 6234/8 6234/8
6234/9 6235/3 6235/10 6236/16 6236/19
6237/4 6240/4 6240/4 6240/7 6240/8
6240/14 6240/15 6240/18 6243/9
6243/15 6243/18 6254/16 6268/4 6269/9
6269/9 6269/10 6271/3 6271/16
6271/16 6271/18
he's [6]  6101/13 6194/5 6209/2 6212/22
6213/5 6268/5
head [2]  6127/16 6133/11
headed [1]  6148/21
header [1]  6167/5
heads [1]  6078/2
health [4]  6126/8 6133/9 6142/15 6149/3
hear [3]  6071/16 6170/8 6196/8
heard [13]  6076/21 6092/5 6092/18
6106/2 6111/11 6116/4 6124/11 6124/11
6138/25 6156/16 6251/10 6251/23
6256/22
Hearing [1]  6151/25
heavier [2]  6164/8 6164/13
heavy [1]  6109/14
heed [1]  6135/11
height [1]  6095/18
held [6]  6207/24 6208/6 6209/23
6218/14 6219/12 6235/11
hell [4]  6092/4 6102/20 6103/4 6107/4
Hello [1]  6155/21

help [9]  6072/23 6073/4 6073/14
6073/23 6138/5 6168/9 6193/2 6198/17
6234/8
helpful [1]  6071/17
helps [1]  6113/3
here [45]  6072/14 6105/19 6118/9
6129/17 6134/6 6152/24 6158/22
6159/25 6161/2 6161/10 6161/19
6163/14 6167/15 6167/25 6169/14
6172/1 6173/8 6173/9 6181/13 6181/17
6186/24 6187/9 6189/4 6189/14 6190/9
6190/11 6191/3 6192/14 6193/10
6194/22 6196/22 6197/13 6197/21
6198/17 6211/5 6214/9 6214/19 6216/2
6218/3 6218/25 6226/5 6234/5 6236/22
6237/8 6258/24
here's [3]  6082/22 6136/9 6268/16
hereby [1]  6272/10
hereof [1]  6252/11
Herman [4]  6063/22 6063/22 6063/23
6152/1
HESI's [1]  6271/4
hesitancy [1]  6144/10
high [13]  6092/18 6125/1 6125/5
6144/20 6145/16 6145/20 6146/6
6146/24 6147/3 6149/19 6169/19
6177/11 6197/3
high-potential [1]  6144/20
higher [1]  6095/10
highest [1]  6140/15
highlight [4]  6082/8 6103/13 6103/19
6106/19
highlighted [3]  6087/25 6102/17 6269/2
HILL [5]  6068/9 6155/16 6205/3 6214/23
6215/9
him [22]  6075/3 6075/4 6082/25 6106/3
6111/14 6133/15 6152/12 6185/9
6185/13 6194/1 6194/2 6194/6 6200/2
6202/3 6202/8 6213/1 6213/3 6226/19
6240/16 6243/15 6252/20 6252/21
hinder [1]  6081/20
hindering [1]  6081/8
hindsight [1]  6249/15
hired [4]  6206/14 6206/14 6221/13
6266/24
his [20]  6081/1 6089/6 6089/7 6102/8
6111/14 6111/15 6133/8 6143/21
6145/23 6146/1 6150/1 6153/6 6185/18
6193/22 6203/12 6213/2 6218/10 6237/4
6243/16 6269/11
Historically [1]  6080/25
history [2]  6074/20 6134/6
hit [2]  6072/5 6125/16
hold [4]  6086/8 6153/10 6153/17 6178/4
holding [3]  6163/14 6219/1 6219/5
Holdings [5]  6067/5 6067/8 6067/12
6067/16 6067/19
hole [19]  6093/20 6094/2 6094/7
6094/12 6095/4 6099/21 6100/1 6104/14
6121/10 6122/12 6122/15 6136/25
6142/10 6160/12 6160/20 6161/15
6168/24 6169/1 6169/2
holes [1]  6162/6
Holthaus [1]  6064/21
home [2]  6097/17 6097/25
honest [2]  6170/7 6210/17
Honestly [1]  6133/5 6179/14
Honor [54]  6070/4 6070/23 6073/5
6075/2 6082/12 6082/14 6089/3 6101/7
6102/5 6123/19 6130/11 6136/4 6145/22
6151/14 6151/20 6151/21 6152/2 6152/9
6152/23 6153/4 6153/19 6153/20 6155/1
6155/13 6155/15 6179/8 6182/17

**H**

Honor... [27] 6212/21 6213/1 6213/7
6223/7 6226/15 6247/15 6250/13
6252/15 6252/20 6254/10 6263/23
6263/25 6267/15 6268/6 6268/12
6268/15 6268/19 6268/23 6269/12
6270/4 6270/18 6270/23 6271/3
6271/6 6271/21 6271/24
Honor's [1] 6269/2
HONORABLE [1] 6063/15
hope [3] 6171/13 6270/21 6271/13
HORIZON [49] 6063/4 6070/17 6073/22
6080/12 6080/22 6081/18 6082/11
6083/5 6084/6 6085/13 6085/25 6086/18
6090/13 6126/3 6137/1 6139/18 6140/12
6140/17 6141/15 6141/25 6143/4
6145/10 6148/13 6148/24 6149/23
6150/14 6150/15 6150/21 6186/5 6187/3
6187/16 6188/1 6189/16 6189/20
6199/13 6201/6 6201/14 6209/5 6215/5
6235/4 6251/19 6254/8 6255/21 6257/7
6259/9 6259/18 6266/5 6266/13 6266/16
horrific [1] 6184/8
hose [1] 6254/24
hotline [2] 6255/15 6255/21
Houma [1] 6064/16
hour [3] 6125/11 6243/24 6250/10
hours [5] 6121/6 6169/19 6169/24
6169/24 6199/2
Houston [7] 6065/4 6067/10 6067/21
6068/5 6068/13 6084/3 6209/9
how [41] 6076/12 6076/13 6077/22
6095/7 6095/17 6095/17 6101/1 6103/6
6131/5 6131/13 6140/11 6147/8 6159/11
6159/20 6162/10 6173/19 6184/11
6184/17 6184/23 6185/1 6202/3 6203/2
6203/4 6203/12 6204/3 6205/8 6209/22
6212/24 6228/3 6229/4 6230/10 6232/2
6233/17 6233/18 6234/6 6236/4 6240/12
6242/8 6242/9 6250/1 6268/10
however [2] 6115/18 6157/10
HSE [1] 6142/22
Hughes [1] 6067/19
huh [1] 6132/15
Hulme [2] 6138/24 6150/17
hundreds [1] 6270/21
hydraulic [1] 6255/17
Hydril [1] 6220/20
hydrocarbons [4] 6125/16 6140/2
6214/17 6215/4
hydrogen [3] 6257/22 6258/6 6262/7
HYMEL [1] 6067/16

**I**

I'd [1] 6155/23
I'll [5] 6149/1 6180/17 6210/2 6252/23
6254/3
I'm [88] 6071/4 6071/22 6073/1 6073/11
6074/12 6074/17 6076/10 6076/18
6077/2 6079/23 6080/16 6082/13
6087/25 6089/3 6090/8 6094/18 6096/2
6096/4 6097/12 6101/7 6102/5 6102/9
6106/23 6108/8 6111/9 6111/11 6112/2
6112/3 6115/9 6117/5 6120/18 6121/18
6123/19 6125/4 6127/2 6127/3 6128/11
6128/14 6128/16 6129/2 6129/20
6138/16 6139/21 6140/21 6142/18
6147/5 6149/1 6149/2 6149/12 6150/2
6152/24 6154/8 6162/17 6165/1 6170/8
6179/16 6188/15 6196/17 6201/6
6205/18 6208/9 6210/17 6210/19 6213/1
6213/3 6214/22 6214/23 6217/2 6218/3

6221/21 6229/22 6230/10 6236/3
6236/6 6240/4 6240/8 6245/22 6247/8
6247/15 6249/15 6249/17 6250/17
6252/20 6252/21 6254/14 6254/15
6263/7 6270/20
I've [14] 6076/21 6103/22 6111/11
6112/16 6136/21 6154/15 6171/15
6172/5 6172/11 6174/1 6195/18 6238/17
6268/22 6269/1
IADC [1] 6170/6
idea [3] 6083/14 6149/14 6263/21
ideas [1] 6083/8
identical [4] 6164/22 6219/20 6220/11
6222/4
identified [9] 6149/3 6159/25 6192/8
6194/22 6204/13 6212/22 6247/5
6248/19 6259/7
identifies [3] 6124/17 6192/4 6207/12
identify [6] 6167/20 6183/25 6191/23
6192/11 6242/20 6269/6
identifying [2] 6124/19 6245/10
if [220]
ignore [1] 6136/17
illegal [1] 6110/14
Illinois [1] 6066/24
immediate [2] 6127/24 6128/3
immediately [4] 6172/25 6224/1 6224/6
6224/15
impact [1] 6129/17
implication [1] 6089/9
implying [1] 6234/5
important [10] 6072/13 6074/6 6084/22
6085/8 6085/23 6100/6 6103/1 6107/8
6136/12 6246/15
impossible [1] 6089/12
Imprevento [1] 6064/8
improve [1] 6151/4
improvement [3] 6074/18 6074/19
6150/23
improvements [1] 6129/22
in [487]
inaction [1] 6184/1
inadvertently [1] 6070/14
INC [17] 6063/11 6066/19 6066/22
6067/3 6067/6 6067/7 6067/9 6067/10
6067/13 6067/13 6067/17 6067/17
6067/20 6067/21 6068/7 6068/12
6216/13
inch [7] 6094/3 6094/4 6095/9 6190/11
6190/15 6209/13 6216/14
incident [28] 6088/1 6108/6 6108/17
6115/20 6115/24 6127/1 6127/2 6127/2
6127/19 6134/23 6140/18 6140/19
6141/1 6141/21 6145/21 6149/23
6182/24 6183/21 6184/1 6196/10
6199/17 6202/24 6213/18 6214/13
6215/15 6218/12 6232/25 6250/19
incidents [14] 6129/21 6138/9 6138/19
6144/20 6145/6 6145/16 6146/7 6146/8
6146/24 6147/2 6147/3 6149/13 6149/19
6149/22
include [5] 6141/17 6189/4 6189/4
6253/16 6258/5
included [13] 6147/23 6148/1 6183/5
6184/4 6211/11 6212/1 6232/24 6239/4
6256/16 6256/19 6259/2 6261/23 6269/3
includes [3] 6174/8 6192/16 6195/16
including [7] 6110/13 6153/6 6185/11
6185/15 6200/13 6201/22 6223/11
incomplete [1] 6265/25
inconclusive [1] 6074/23
inconsistent [1] 6157/24
incorporated [1] 6239/11

increase [10] 6088/20 6120/22 6121/3
6121/9 6122/8 6125/5 6231/25 6247/13
6248/12 6249/3
increased [21] 6088/12 6088/14 6088/15
6095/14 6096/18 6115/19 6115/24
6117/2 6117/8 6120/25 6121/2 6121/7
6121/11 6121/21 6122/1 6122/7 6122/11
6122/13 6122/18 6123/3 6123/4
increases [1] 6081/19
increasing [5] 6107/19 6144/19 6145/15
6146/6 6149/18 6211/8 6248/11
increasingly [1] 6091/22
increments [1] 6174/2
Indeed [1] 6128/6
independent [1] 6106/12
indicate [3] 6074/21 6181/8 6234/25
indicated [4] 6078/16 6182/4 6229/23
6265/21
indicates [2] 6174/17 6234/3
indication [6] 6178/17 6178/18 6248/4
6248/15 6249/8 6250/4
indications [5] 6246/19 6246/23 6247/1
6250/9 6250/11
indicator [5] 6148/8 6247/4 6247/25
6248/14 6248/18 6248/20 6249/10
indicators [3] 6105/16 6140/6 6246/13
individual [2] 6089/6 6226/10
individuals [5] 6187/3 6202/2 6229/2
6232/19 6233/10
induced [2] 6080/25 6165/24
industry [17] 6184/18 6184/20 6184/22
6184/24 6185/2 6185/14 6203/19 6204/4
6206/3 6210/12 6225/19 6226/1 6228/3
6228/6 6228/8 6236/4 6266/21
influxes [1] 6135/16
inform [1] 6108/22
information [41] 6075/11 6075/14 6091/1
6100/6 6103/8 6107/8 6107/11 6127/19
6185/20 6185/24 6186/3 6187/8 6187/24
6188/21 6189/3 6189/5 6189/10 6195/10
6195/14 6196/18 6197/14 6198/9 6199/6
6200/1 6200/8 6200/12 6205/22 6206/11
6212/9 6216/20 6219/7 6219/9 6223/18
6226/22 6232/24 6233/2 6233/23 6234/1
6261/21 6261/24 6263/10
initial [1] 6126/14
initially [4] 6126/11 6151/1 6165/11
6229/19
injured [1] 6145/2
injuries [1] 6144/20
injury [1] 6145/6
inner [1] 6112/25
insanity [4] 6112/8 6133/22 6134/16
6150/24
inserted [1] 6163/25
insertion [1] 6161/13
inserts [1] 6262/9
insofar [1] 6079/25
inspection [1] 6077/8
inspections [5] 6073/18 6073/19 6073/23
6073/24 6075/25
installation [2] 6109/15 6235/3
installed [4] 6204/5 6255/11 6255/20
6255/23
installing [1] 6122/6
instance [2] 6078/18 6193/12
instances [3] 6080/2 6132/7 6148/5
instead [3] 6122/18 6154/16 6248/10
instructions [1] 6252/18
integrity [9] 6088/3 6097/7 6178/10
6202/18 6227/25 6229/16 6229/21
6230/2 6230/7
intend [1] 6129/8

## I

intended [1] 6194/16
intent [1] 6250/22
intention [2] 6190/8 6202/12
intentionally [1] 6250/21
interest [3] 6162/18 6200/4 6262/22
interesting [3] 6248/5 6248/15 6249/1
internal [10] 6070/9 6101/13 6161/8
6203/8 6203/18 6208/14 6208/15
6209/22 6221/11 6267/9
internals [1] 6220/25
International [2] 6067/22 6068/2
interpret [4] 6091/8 6105/21 6132/4
6132/11
interpreted [8] 6229/4 6236/19 6237/1
6237/7 6237/16 6238/5 6238/7 6238/9
interpreting [2] 6228/18 6228/23
interrelated [2] 6088/2 6137/4
interrupt [1] 6089/3
interval [10] 6104/16 6190/9 6190/11
6190/14 6190/15 6190/21 6194/16
6194/21 6199/24 6211/6
interview [12] 6172/17 6172/20 6173/8
6173/12 6173/13 6174/8 6180/18
6199/19 6231/17 6233/7 6234/18
6240/16
interviewed [7] 6199/21 6231/20 6233/10
6234/12 6234/20 6234/23 6235/1
interviewing [1] 6232/18
interviews [1] 6196/11
into [36] 6075/11 6082/18 6084/25
6091/15 6113/7 6115/9 6122/11 6124/23
6126/18 6127/22 6128/23 6130/19
6136/7 6136/11 6139/13 6143/7 6147/20
6150/8 6151/16 6160/12 6161/15
6164/10 6164/15 6164/17 6164/20
6168/19 6168/19 6178/14 6214/17
6214/23 6215/22 6239/11 6254/11
6254/14 6268/7 6271/16
introduce [3] 6152/6 6153/22 6269/21
introduction [1] 6269/22
investigate [3] 6181/18 6223/23 6249/19
investigated [5] 6163/12 6170/2 6182/24
6249/7 6250/19
investigation [79] 6070/9 6071/25 6072/2
6072/5 6086/25 6087/2 6087/23 6088/8
6090/15 6091/6 6092/14 6092/18 6093/9
6098/14 6098/18 6100/5 6107/13
6107/15 6108/13 6108/17
6109/17 6110/4 6110/11 6111/18
6112/18 6114/6 6114/14 6116/25
6117/11 6119/7 6127/14 6127/16
6127/18 6127/22 6130/8 6135/5 6136/10
6138/14 6139/3 6139/9 6140/19 6141/13
6142/24 6143/10 6145/13 6146/6
6147/19 6147/24 6148/22 6157/20
6158/25 6162/21 6164/20 6170/17
6173/14 6183/13 6185/17 6193/7
6201/13 6202/21 6203/8 6203/18 6204/3
6205/4 6205/15 6206/19 6211/11 6215/3
6215/25 6223/23 6231/13 6234/2 6241/6
6244/14 6246/6 6246/22 6247/5 6247/24
investigations [1] 6071/20
investigative [6] 6162/1 6175/25 6177/10
6178/23 6179/23 6181/12
investigators [1] 6111/16
investing [1] 6138/3
involve [1] 6114/22
involved [14] 6072/17 6085/2 6099/21
6114/25 6183/21 6184/4 6184/5 6184/10
6205/16 6205/19 6209/6 6223/25
6232/21 6250/20
involvement [1] 6079/10
involving [3] 6065/5 6087/16 6153/4
irresponsible [6] 6098/24 6099/4 6099/4
6099/6 6109/19 6110/14
is [470]
isn't [30] 6074/6 6076/9 6076/24 6077/1
6079/22 6090/13 6094/25 6098/11
6100/7 6102/7 6105/2 6107/20 6107/24
6109/19 6110/14 6116/17 6120/10
6126/9 6129/11 6134/22 6137/9 6148/18
6149/15 6149/20 6150/1 6150/12
6150/18 6162/16 6175/15 6262/15
issue [11] 6084/25 6085/3 6114/14
6150/21 6152/10 6181/18 6185/1
6185/13 6204/3 6259/17 6260/19
issues [7] 6080/22 6139/17 6146/14
6149/8 6157/16 6186/17 6187/5
it [555]
it's [76] 6074/5 6077/9 6078/25 6083/15
6085/9 6085/9 6085/15 6089/12 6089/15
6089/16 6089/23 6092/11 6093/7
6101/13 6105/3 6107/6 6111/11 6112/20
6116/14 6117/6 6117/21 6118/3 6120/14
6130/11 6134/14 6134/15 6136/22
6139/9 6139/12 6142/7 6144/7 6154/17
6158/4 6159/21 6159/25 6161/15
6161/19 6174/14 6175/15 6179/4 6179/6
6181/12 6188/3 6195/19 6197/2 6198/25
6201/11 6202/1 6203/23 6208/4 6208/14
6208/20 6208/20 6208/22 6218/24
6219/5 6220/11 6221/2 6222/2 6222/4
6237/15 6237/20 6242/3 6245/4 6246/4
6247/16 6248/15 6248/15 6248/17
6249/1 6249/16 6249/23 6251/7 6258/2
6270/9 6270/19
item [7] 6096/20 6104/9 6105/7 6105/8
6110/20 6169/14 6265/17
Item 3 [1] 6104/9
items [6] 6117/24 6118/1 6120/19
6155/23 6254/20 6265/10
iterations [1] 6227/13
its [25] 6088/4 6091/21 6092/13 6092/22
6105/1 6108/22 6110/21 6114/18 6124/4
6127/19 6131/1 6139/3 6157/19 6158/14
6164/7 6168/17 6177/18 6202/11
6202/18 6203/24 6211/24 6216/19
6238/6 6244/16 6271/1
itself [4] 6081/21 6127/14 6148/15
6238/7

## J

JAMES [2] 6063/19 6066/12
January [5] 6074/13 6078/9 6078/21
6080/5 6187/15
January 2008 [2] 6074/13 6078/9
January 30 [1] 6187/15
Jason [11] 6124/7 6124/13 6233/15
6233/16 6233/17 6233/19 6234/3 6234/6
6234/7 6234/8 6234/9
Jefferson [2] 6063/20 6067/17
JEFFREY [1] 6064/9
JERRY [1] 6068/12
Jesse [3] 6208/14 6208/17 6209/16
JESSICA [2] 6065/19 6065/20
Jim [2] 6134/21 6150/17
Jim Cunningham [1] 6150/17
JIMMY [4] 6065/3 6143/16 6143/18
6186/24
job [53] 6077/6 6086/13 6091/8 6091/13
6098/10 6098/25 6099/16 6116/16
6122/13 6122/17 6164/3 6164/5 6164/7
6168/24 6178/8 6193/20 6197/16
6197/25 6198/5 6198/8 6198/12 6199/2
6199/8 6204/18 6207/7 6207/11 6207/15
6207/19 6207/25 6209/6 6209/12
6209/13 6209/14 6209/16 6209/22
6210/3 6211/1 6212/6 6213/10 6218/15
6218/19 6219/12 6222/23 6224/12
6238/11 6240/9 6240/13 6240/19 6242/3
6242/5 6242/6 6242/11
jobs [7] 6081/16 6086/19 6156/15
6197/23 6205/14 6206/8 6223/24
JOHN [7] 6064/22 6067/20 6071/5
6100/13 6112/1 6174/11 6174/12
John's [1] 6103/22
Johnson [10] 6069/7 6186/22 6186/22
6187/3 6187/11 6189/8 6189/21 6268/3
6266/18 6268/17
join [1] 6252/19
Jonathon [2] 6100/12 6100/21
JONES [1] 6068/3
JR [3] 6064/12 6068/8 6068/8
judge [16] 6063/15 6071/12 6082/22
6089/11 6101/15 6132/2 6136/9 6136/14
6145/25 6146/22 6154/8 6254/14 6271/8
6271/9 6271/17 6272/1
Judge Shushan [1] 6154/8
July [1] 6087/4
July 18 [1] 6087/4
jump [1] 6264/3
junior [1] 6219/14
just [79] 6077/14 6080/19 6081/7 6083/2
6086/13 6086/19 6088/9 6089/21
6091/10 6099/20 6107/11 6116/21
6125/4 6127/9 6127/24 6128/3 6129/8
6129/12 6130/7 6131/10 6136/23
6138/16 6141/16 6141/16 6144/12
6144/12 6147/17 6148/23 6149/12
6149/21 6150/13 6151/15 6154/3 6154/7
6155/23 6155/25 6157/15 6159/10
6161/15 6167/5 6167/15 6170/9 6174/14
6175/18 6178/4 6178/19 6180/9 6188/15
6189/3 6200/23 6200/25 6210/19 6215/2
6215/7 6217/14 6221/2 6221/22 6222/5
6230/13 6237/23 6240/22 6243/6 6247/6
6247/17 6247/24 6248/8 6248/19
6249/17 6250/13 6252/5 6252/7 6252/21
6254/3 6254/15 6264/3 6265/7 6266/20
6268/24 6269/21
Justice [4] 6065/8 6065/12 6065/18
6066/2

## K

Kaluza [10] 6173/16 6174/11 6180/18
6180/19 6180/25 6181/6 6182/10
6193/14 6239/21 6239/24
Kaluza's [4] 6172/17 6173/7 6173/11
6180/6
Kanner [2] 6066/15 6066/15
KARIS [3] 6066/22 6182/21 6208/8
Kate [1] 6106/12
Katz [1] 6063/22
keep [4] 6197/6 6268/4 6269/14 6270/12
keeps [1] 6176/8
Keith [1] 6174/12
KELLEY [1] 6066/4
kept [1] 6173/17
KERRY [1] 6067/6
Kevin [1] 6260/3
key [1] 6085/9
kick [28] 6098/11 6099/20 6099/21
6099/25 6100/1 6100/22 6100/25
6124/23 6125/5 6139/4 6140/6 6148/8
6244/17 6245/12 6245/20 6246/12
6246/23 6247/25 6248/2 6248/14
6248/17 6248/20 6249/5 6249/6 6249/10

## K

kick... [3]  6249/16 6249/17 6250/11
kicks [8]  6091/12 6091/15 6091/21
  6092/7 6105/22 6135/6 6139/13 6248/16
kill [6]  6229/11 6229/14 6229/20 6229/24
  6230/6 6230/12
killed [4]  6072/23 6073/4 6073/15 6145/2
Kinchen [2]  6067/19 6067/20
kind [12]  6075/13 6077/17 6101/16
  6112/22 6129/10 6129/21 6147/7
  6154/12 6159/11 6178/4 6210/15 6212/9
kinds [2]  6128/21 6242/17
Kirkland [1]  6066/21
knew [3]  6094/19 6150/13 6224/14
know [156]  6071/9 6071/14 6071/20
  6072/19 6073/10 6077/24 6078/1 6078/4
  6080/1 6080/14 6085/11 6089/17
  6091/10 6092/3 6094/21 6095/18
  6097/21 6099/6 6099/13 6103/2 6103/6
  6103/10 6105/24 6106/3 6107/3 6107/6
  6107/9 6109/5 6110/16 6111/8 6111/14
  6112/10 6112/24 6113/23 6114/13
  6114/20 6119/2 6122/3 6126/21 6128/12
  6131/12 6135/19 6137/12 6138/13
  6138/18 6138/22 6139/12 6140/10
  6140/12 6142/18 6143/10 6143/12
  6143/16 6147/21 6148/16 6148/17
  6149/10 6150/6 6153/7 6154/11 6154/13
  6154/18 6156/22 6162/9 6163/12
  6165/14 6167/16 6168/22 6169/3 6169/6
  6170/23 6171/11 6175/18 6179/14
  6180/18 6181/25 6182/13 6184/9 6185/6
  6185/8 6185/17 6186/2 6188/14 6190/7
  6190/24 6193/11 6194/5 6194/8 6196/4
  6196/12 6196/25 6197/11 6199/10
  6200/1 6201/4 6201/7 6201/17 6201/19
  6201/21 6202/1 6203/25 6205/9 6205/10
  6205/18 6208/23 6209/8 6210/6 6210/12
  6210/21 6212/24 6218/7 6221/8 6221/16
  6221/17 6223/15 6224/3 6224/9 6224/17
  6224/23 6225/9 6226/4 6227/7 6228/13
  6228/25 6233/2 6234/21 6234/23
  6237/20 6239/7 6240/1 6240/16 6241/5
  6241/9 6241/12 6242/22 6242/23 6243/2
  6243/6 6243/8 6243/12 6243/15 6243/20
  6243/21 6247/6 6248/17 6249/20
  6250/17 6251/7 6253/18 6254/1 6255/3
  6256/15 6257/22 6266/24 6267/3 6270/6
knowing [3]  6121/9 6249/15 6271/11
knowingly [1]  6206/25
knowledge [3]  6204/15 6232/20 6256/24
known [7]  6175/14 6197/2 6197/8 6203/9
  6224/18 6224/19 6242/16
knows [2]  6102/6 6223/13
KRAUS [1]  6066/16
Kullman [1]  6064/5

## L

laboratory [1]  6212/2
lack [8]  6080/23 6081/10 6081/17
  6106/24 6119/6 6139/8 6139/5 6157/7
Lacy [4]  6100/13 6102/13 6102/20
  6103/16
laed.uscourts.gov [1]  6068/16
Lafayette [2]  6063/21 6067/18
Lafleur [1]  6067/16
Lamar [1]  6068/12
land [1]  6076/19
LANGAN [1]  6066/22
large [1]  6263/2
larger [1]  6174/17
Larry [5]  6135/19 6143/12 6143/20

6152/7 6152/18
Lasalle [1]  6068/21
last [20]  6071/11 6078/14 6094/10
  6111/3 6111/17 6112/5 6112/19 6111/11
  6113/14 6114/9 6119/2 6125/11 6138/8
  6158/23 6167/24 6169/4 6197/17
  6243/24 6250/10 6250/17
last-minute [2]  6111/17 6112/5
late [5]  6072/17 6073/4 6080/14 6113/15
  6132/22
later [7]  6072/10 6100/22 6181/9
  6190/19 6197/9 6238/25 6264/10
Law [3]  6064/15 6064/18 6065/5
LAWRENCE [1]  6065/21
lazy [1]  6081/17
lead [2]  6087/1 6183/22
leader [13]  6085/12 6086/17 6086/23
  6108/22 6111/13 6179/25 6180/12
  6181/17 6194/1 6195/20 6206/4 6240/6
  6265/2
leaders [3]  6189/15 6192/16 6228/21
  6239/25 6241/7
leadership [2]  6134/10 6151/3
leading [1]  6266/21
learn [2]  6145/1 6145/5
learned [5]  6103/23 6104/4 6106/14
  6165/2 6165/3
learned/plan [2]  6103/23 6106/14
learning [1]  6224/5
learnings [1]  6140/10
LEASING [1]  6063/8
least [19]  6080/1 6083/8 6103/2 6112/25
  6154/2 6160/16 6187/2 6197/2 6201/24
  6208/13 6222/11 6223/10 6224/23
  6227/12 6228/6 6232/3 6234/3 6242/15
  6243/17
led [2]  6116/15 6201/13
left [6]  6093/3 6098/7 6177/13 6179/8
  6185/3 6247/18
left-hand [1]  6179/8
legal [1]  6234/21
legalities [1]  6110/16
Leger [2]  6064/12 6064/12
legitimate [1]  6158/1
lengthy [1]  6271/12
Leo [1]  6066/18
less [5]  6141/22 6144/13 6168/4 6250/2
  6250/3
lesser [1]  6096/22
Lesson [1]  6106/14
lessons [2]  6103/23 6104/4
let [19]  6073/11 6084/9 6136/16 6146/22
  6155/25 6158/3 6170/25 6178/20 6188/4
  6198/17 6208/24 6213/7 6222/14
  6237/23 6237/25 6251/9 6260/21 6264/3
  6264/19
let's [72]  6073/17 6078/5 6079/5 6080/10
  6082/7 6086/25 6087/19 6088/25
  6090/18 6096/7 6099/20 6103/12
  6107/16 6114/13 6115/16 6116/21
  6118/9 6119/3 6119/3 6119/6 6123/25
  6125/20 6127/14 6129/8 6130/19
  6131/24 6133/16 6137/16 6137/25
  6139/21 6140/4 6141/18 6142/13 6144/5
  6148/2 6151/9 6158/5 6158/20 6167/15
  6169/14 6169/15 6173/7 6173/8 6175/21
  6175/22 6194/19 6196/13 6196/22
  6204/25 6220/1 6223/16 6225/4 6227/10
  6233/4 6236/14 6236/21 6237/25
  6238/12 6243/23 6247/1 6247/21 6252/3
  6253/7 6254/4 6256/1 6257/11 6258/8
  6259/5 6260/9 6260/22 6265/18 6271/4
letter [3]  6123/14 6123/17 6261/9

letters [1]  6132/11
Level 1 [1]  6128/7
levels [1]  6129/14
Lewis [4]  6064/5 6066/18 6068/7
  6068/11
LI [2]  6067/13 6151/21
lie [1]  6076/22
lift [7]  6164/10 6164/12 6207/21 6209/18
  6210/7 6210/7 6210/15
like [40]  6085/4 6100/9 6102/20 6103/3
  6103/7 6105/10 6107/4 6115/10 6118/4
  6118/13 6130/24 6132/14 6137/14
  6146/20 6151/15 6151/22 6152/5
  6153/11 6155/23 6159/10 6161/24
  6167/22 6167/24 6168/3 6170/1 6171/15
  6180/10 6185/15 6188/2 6195/21
  6197/10 6198/23 6216/5 6222/3 6222/4
  6223/22 6256/14 6257/25 6260/7
  6268/21
liked [2]  6190/24 6238/4
likely [10]  6117/3 6159/1 6168/15
  6168/19 6170/17 6176/3 6177/10
  6213/15 6219/6 6231/9
likewise [6]  6102/20 6236/16 6240/13
limit [4]  6106/22 6126/20 6126/23
  6129/12
limits [1]  6216/18
limping [2]  6081/7 6083/6
Lindner [6]  6152/6 6243/8 6243/8
  6243/10 6243/12 6243/18
line [23]  6071/23 6071/24 6072/4 6072/5
  6085/16 6112/25 6110/3 6119/19
  6119/25 6138/8 6162/22 6202/22 6214/8
  6229/11 6229/14 6229/20 6229/24
  6230/6 6230/12 6242/9 6247/10 6249/9
  6255/17
liner [9]  6095/25 6114/15 6114/19
  6115/5 6115/11 6115/22 6116/3 6116/10
  6122/18
liners [3]  6203/20 6204/7 6204/7
lines [8]  6071/21 6088/16 6089/2 6089/2
  6089/22 6100/19 6111/20 6167/24
lineup [1]  6271/5
link [1]  6141/17
Liskow [1]  6066/18
list [7]  6096/20 6153/5 6153/15 6253/5
  6253/10 6269/21 6271/23
listed [10]  6117/24 6227/17 6254/25
listening [1]  6132/21
lists [1]  6152/3
Litigation [1]  6066/3
little [19]  6072/17 6073/17 6079/10
  6093/7 6093/15 6098/7 6116/16 6153/22
  6159/11 6161/22 6162/6 6185/6 6185/21
  6226/7 6229/12 6248/4 6249/2 6253/12
  6262/16
live [4]  6081/24 6152/3 6152/3 6269/13
lived [2]  6082/2 6082/5
LLC [12]  6063/19 6063/22 6064/2
  6064/15 6066/15 6067/5 6067/6 6067/9
  6067/12 6067/16 6067/20 6067/22
LLP [7]  6064/21 6066/21 6067/2 6067/8
  6067/12 6067/19 6068/2
loaded [1]  6163/22
loading [1]  6202/22
located [4]  6084/2 6160/2 6255/9
  6255/21
location [4]  6121/14 6157/6 6157/10
  6255/1
locked [1]  6161/12
log [12]  6097/4 6097/7 6097/10 6097/15
  6121/11 6157/3 6157/5 6157/11 6210/10

**L**

log... [3]  6210/14 6210/21 6218/21
logger [1]  6246/9
logs [1]  6210/6
long [42]  6085/1 6089/11 6089/16
6094/5 6095/25 6114/14 6114/19 6115/6
6115/11 6115/21 6116/2 6116/15
6122/18 6128/16 6131/7 6172/21 6189/2
6190/8 6190/15 6190/21 6195/7 6202/10
6202/12 6202/13 6202/14 6202/17
6202/22 6203/1 6203/3 6203/4 6203/12
6203/12 6203/19 6204/3 6204/5 6204/13
6204/15 6204/25 6250/1 6251/7 6264/17
6268/10
long-string [3]  6115/6 6116/15 6190/8
longer [1]  6086/14
look [70]  6072/7 6072/11 6074/1
6092/20 6128/15 6128/19 6128/19
6128/22 6128/24 6129/3 6136/22 6137/3
6138/16 6145/14 6145/15 6146/8
6146/20 6147/18 6148/17 6148/19
6150/8 6150/19 6150/20 6164/20
6166/25 6167/24 6171/3 6173/19 6175/5
6176/25 6184/11 6184/17 6184/22
6184/25 6185/5 6187/8 6189/10 6191/25
6194/19 6196/13 6198/23 6199/1
6200/10 6200/15 6203/2 6203/8 6203/12
6204/3 6211/15 6213/16 6216/9 6217/1
6218/17 6218/22 6224/4 6225/19 6226/1
6233/4 6234/15 6242/8 6244/24 6244/24
6247/1 6249/9 6254/4 6256/14 6258/8
6265/18 6266/8 6270/15
looked [42]  6084/25 6126/6 6128/1
6128/10 6128/12 6128/13 6128/16
6129/2 6129/13 6129/21 6130/4 6138/21
6139/11 6139/24 6140/4 6140/11
6140/13 6140/18 6140/25 6141/16
6142/23 6147/22 6148/20 6153/18
6162/2 6168/12 6171/4 6174/23 6178/16
6180/9 6184/14 6185/15 6189/2 6204/6
6204/10 6206/11 6210/3 6212/11
6223/22 6224/3 6228/7 6245/3
looking [13]  6091/11 6091/12 6128/5
6136/11 6136/23 6142/25 6179/16
6188/15 6207/10 6223/16 6226/3 6232/2
6270/21
looks [11]  6115/10 6130/24 6132/14
6153/11 6167/22 6168/3 6170/1 6171/15
6188/2 6197/10 6216/5
Los [1]  6067/14
lose [2]  6178/10 6178/11
loss [5]  6136/1 6136/18 6149/2 6149/24
6150/3
losses [5]  6091/15 6092/8 6105/22
6106/21 6225/24
lost [14]  6072/24 6073/1 6073/8 6073/10
6091/20 6092/15 6093/20 6121/20
6143/5 6143/23 6146/10 6149/11 6155/11
6239/5
lot [21]  6075/10 6075/13 6086/13
6086/14 6088/23 6106/23 6118/2 6129/2
6146/12 6146/19 6146/19 6147/2
6199/21 6200/18 6200/21 6200/24
6213/4 6214/21 6227/7 6241/10 6262/2
lots [1]  6234/23
LOUISIANA [22]  6063/2 6063/6 6063/21
6063/24 6064/7 6064/13 6064/16
6064/19 6064/23 6065/7 6066/11
6066/12 6066/13 6066/15 6066/17
6066/20 6067/7 6067/18 6067/24
6068/15 6155/12 6272/10
low [7]  6102/22 6173/4 6173/6 6174/15
6179/24 6180/1 6181/7
low... [1]  6177/4
lower [8]  6095/21 6096/13 6096/16
6097/21 6122/25 6174/16 6177/7
6260/12
lowered [1]  6159/21
LTC [1]  6220/20
LUIS [2]  6067/13 6151/21
LUTHER [1]  6066/8

**M**

M-I [1]  6231/4
M-I SWACO [2]  6231/4 6243/3
M-I SWACO's [1]  6239/9
M.G [1]  6150/17
M45AP [5]  6161/3 6164/23 6215/15
6215/17 6216/15
ma'am [1]  6202/4
Macondo [51]  6088/1 6091/20 6092/4
6092/9 6100/25 6101/2 6101/23 6104/5
6105/11 6106/14 6111/13 6160/17
6161/4 6162/2 6164/21 6165/3 6169/5
6183/23 6184/18 6185/23 6186/5
6187/16 6188/1 6188/6 6189/15 6189/17
6193/4 6194/21 6202/15 6202/18
6203/20 6205/13 6205/17 6205/21
6206/13 6207/11 6212/17 6214/13
6215/18 6216/21 6217/23 6217/24
6219/20 6219/24 6220/4 6220/8 6220/21
6221/6 6221/25 6222/1 6236/1
Macondo-type [1]  6101/2
made [32]  6081/13 6086/13 6088/21
6089/25 6090/1 6090/7 6090/11 6090/19
6092/21 6095/23 6098/18 6100/7
6111/18 6119/19 6120/18 6120/22
6121/20 6122/16 6129/10 6149/18
6150/16 6183/22 6224/21 6229/3
6230/24 6233/15 6233/16 6244/20
6250/23 6260/16 6263/21 6267/3
Magazine [1]  6065/6
magnified [1]  6110/1
magnitude [1]  6110/8
Mahtook [1]  6067/16
mail [52]  6081/22 6082/20 6100/10
6100/12 6100/15 6101/6 6101/18
6102/18 6103/15 6103/17 6103/20
6103/22 6106/5 6106/13 6111/25
6112/23 6113/6 6113/8 6113/8 6113/9
6113/12 6113/23 6130/22 6131/1 6131/4
6131/20 6133/4 6135/23 6135/25
6136/24 6137/17 6137/22 6137/23
6137/24 6138/21 6141/20 6144/7 6150/1
6150/2 6150/3 6150/6 6153/5 6171/10
6171/12 6171/22 6171/23 6172/3
6189/14 6208/12 6208/15 6210/4
6241/10
mails [2]  6146/12 6154/10
main [2]  6064/22 6203/25
maintaining [1]  6081/2
maintenance [33]  6070/11 6070/12
6070/15 6073/18 6074/1 6074/19
6074/20 6074/22 6075/9 6075/21
6075/24 6076/6 6076/7 6077/3 6077/5
6080/1 6080/11 6080/23 6081/5 6081/7
6081/8 6081/10 6081/14 6081/20
6083/19 6083/25 6084/6 6128/19 6265/9
6265/22 6266/1 6266/15 6266/16
major [1]  6146/21
make [26]  6070/5 6072/14 6090/9
6100/4 6112/8 6122/11 6129/19 6129/21
6140/12 6142/4 6146/22 6150/10 6154/3
6154/17 6158/2 6167/17 6170/9 6194/1
6194/2 6197/13 6222/3 6222/4 6235/20
6267/4 6268/24 6270/18
making [2]  6083/19 6210/9
MALINDA [1]  6065/21
man [5]  6082/23 6149/14 6245/19
6246/3 6268/3
manage [2]  6101/1 6104/16
managed [1]  6191/8
management [18]  6077/25 6081/12
6129/10 6129/17 6130/5 6130/9 6131/2
6131/5 6131/14 6133/1 6134/3 6135/21
6135/21 6180/2 6192/18 6192/21
6192/22 6204/19
manager [4]  6186/16 6186/21 6235/3
6260/3
manager's [1]  6133/18
managers [2]  6083/18 6083/18
manifested [1]  6148/15
manner [2]  6112/12 6161/15
manual [4]  6139/11 6139/14 6211/25
6245/8
manuals [1]  6128/7
manufacturer [1]  6096/17
many [12]  6074/19 6077/22 6079/11
6080/24 6081/13 6112/5 6133/21 6147/8
6147/24 6195/20 6205/8 6251/7
March [17]  6063/7 6070/2 6099/20
6099/25 6100/1 6100/21 6100/22
6100/23 6101/19 6102/13 6103/16
6106/13 6135/19 6135/25 6150/1 6150/3
6261/9
March 1 [1]  6261/9
March 12 [4]  6100/21 6100/23 6101/19
6102/13
March 18 [2]  6103/16 6135/25
March 19 [1]  6106/13
March 8 [4]  6099/20 6099/25 6100/1
6100/22
March of [1]  6150/3
margin [9]  6091/22 6094/9 6094/14
6094/22 6094/24 6098/8 6107/4 6190/25
6191/21
margins [6]  6104/13 6105/3 6105/5
6191/7 6194/14 6203/6
Mark [3]  6100/13 6171/10 6171/12
marshaling [4]  6153/25 6154/8 6269/16
6269/17
Martin [1]  6105/24
masked [1]  6248/4
material [3]  6253/5 6253/9 6255/7
materials [5]  6121/20 6188/22 6206/18
6207/6 6242/16
matter [4]  6153/24 6155/22 6157/15
6272/13
matters [1]  6267/22
MATTHEW [1]  6066/23
may [28]  6078/25 6086/7 6097/24
6107/15 6125/4 6126/15 6126/20
6130/23 6130/25 6134/1 6155/15 6159/1
6159/4 6159/6 6168/12 6182/17 6188/13
6188/17 6219/19 6233/11 6234/19
6251/3 6267/24 6268/5 6268/14 6268/19
6270/8 6271/16
May 20 [3]  6130/3 6130/25 6234/19
May 2009 [1]  6188/17
May 28 [1]  6233/11
maybe [7]  6121/13 6122/2 6141/11
6143/3 6166/21 6173/6 6201/11
MAZE [1]  6066/8
McCLELLAN [1]  6065/19
McKay [9]  6069/8 6268/4 6268/4 6268/5
6268/18 6268/21 6268/21 6268/22
6269/5

M

McKinney [1] 6068/5
McMahan [6] 6135/19 6143/12 6143/20
 6152/7 6152/18 6152/20
McMahon [1] 6150/3
McMahon's [1] 6149/25
MD [2] 6063/4 6190/16
MD/TVD [1] 6190/16
MDL [3] 6157/21 6157/23 6182/5
me [60] 6071/13 6073/12 6082/15
 6083/21 6084/9 6098/23 6099/1 6099/15
 6112/7 6115/15 6117/23 6118/7 6127/22
 6129/6 6133/20 6136/16 6136/18
 6146/22 6154/6 6155/25 6158/3 6159/19
 6160/19 6163/5 6166/21 6167/25
 6170/25 6178/6 6178/10 6178/20 6183/7
 6188/4 6191/12 6195/12 6196/20 6198/7
 6198/17 6208/24 6213/7 6214/22
 6222/14 6223/7 6224/10 6226/9 6229/13
 6234/19 6235/10 6235/17 6237/23
 6239/2 6239/16 6240/2 6244/16 6251/9
 6251/21 6252/2 6260/21 6262/17 6264/3
 6264/19
mean [9] 6094/20 6118/23 6132/11
 6175/12 6200/23 6208/15 6223/13
 6225/23 6236/3
meaning [1] 6138/22
meaningful [1] 6246/19
means [6] 6137/12 6176/6 6176/18
 6192/23 6237/21 6256/10
meant [1] 6094/12
measure [1] 6104/24
mechanical [3] 6068/20 6140/23 6217/8
mechanically [1] 6176/16
meet [1] 6264/13
meeting [11] 6133/18 6141/1 6142/16
 6142/22 6143/22 6149/4 6186/4 6201/11
 6201/12 6239/17 6240/15
meetings [6] 6141/4 6200/10 6201/4
 6201/8 6201/24 6201/25
Meinhart [2] 6152/6 6153/1
member [4] 6106/1 6106/13 6182/1
 6193/23
members [4] 6100/14 6148/20 6183/2
 6195/20
memo [1] 6135/20
memorandum [1] 6116/7
memory [7] 6088/25 6100/17 6139/15
 6162/16 6173/2 6203/17 6203/21
mentality [1] 6154/22
mentioned [3] 6073/18 6077/15 6099/21
merely [1] 6110/20
message [1] 6084/23
met [7] 6123/5 6185/14 6202/22 6236/1
 6236/9 6237/14 6264/17
metals [1] 6258/7
Metcalf [1] 6259/22
MEXICO [7] 6063/5 6109/4 6191/14
 6191/20 6203/5 6203/13 6204/6
MG [1] 6138/24
MG Hulme [1] 6138/24
mic [2] 6071/4 6071/10
Micah [1] 6199/10
MICHAEL [2] 6065/9 6067/12
MICHELLE [1] 6065/20
mid [1] 6070/12
mid-2007 [1] 6070/12
might [5] 6253/18 6255/3 6256/15
 6258/5 6269/20
MIKE [1] 6067/3
MILLER [4] 6067/6 6113/10 6113/25
 6114/10

million [2] 6116/3 6116/12 6122/22
min [1] 6230/21
mind [3] 6141/6 6141/22 6251/25
mind-set [2] 6141/6 6141/22
minimal [2] 6098/6 6110/21
minute [23] 6072/8 6083/21 6107/17
 6111/17 6112/5 6116/21 6151/9 6162/13
 6163/1 6163/7 6166/10 6166/12 6166/14
 6166/22 6168/2 6168/4 6173/17 6173/21
 6174/3 6180/17 6250/2 6250/3 6250/14
minutes [5] 6072/10 6233/20 6235/11
 6246/18 6268/12
misheard [1] 6219/19
misinterpreted [4] 6124/4 6124/6 6229/6
 6230/13
miss [1] 6128/18
missed [6] 6067/6 6109/20 6125/11
 6141/12 6248/7 6270/18
mistake [2] 6229/3 6230/24
mistakes [1] 6183/22
misunderstanding [1] 6122/9
mitigation [3] 6192/8 6192/14 6193/3
mix [2] 6194/23 6242/10
mixed [2] 6132/6 6132/19
MMS [5] 6073/18 6079/20 6110/10
 6188/13 6188/19
Mobile [1] 6064/4
mode [2] 6141/9 6168/17
model [7] 6173/24 6216/15 6219/21
 6219/22 6219/25 6220/2 6221/18
modeled [1] 6173/21
modeling [1] 6156/14
modifications [1] 6264/10
moment [7] 6108/20 6117/23 6129/8
 6132/20 6134/15 6150/22 6254/3
money [21] 6097/19 6097/20 6097/25
 6098/1 6098/3 6120/23 6120/25 6121/5
 6121/8 6121/12 6121/16 6121/21
 6121/24 6122/1 6122/2 6122/7 6122/14
 6122/19 6122/21 6123/3 6250/24
monitor [5] 6135/15 6226/12 6227/5
 6245/23 6245/25
monitored [1] 6101/10
monitoring [10] 6124/17 6124/18
 6132/12 6192/17 6245/1 6245/10
 6245/22 6246/1 6246/7 6246/16
Montgomery [1] 6066/10
month [2] 6080/20 6182/24
months [13] 6078/9 6143/3 6144/13
 6145/9 6145/11 6150/11 6183/12 6193/8
 6195/11 6206/20 6215/2 6250/19
 6261/12
moon [5] 6254/24 6255/9 6255/15
 6255/22 6255/23
Moore [2] 6143/16 6143/18
more [18] 6073/12 6094/10 6100/16
 6113/22 6116/16 6118/24 6122/9
 6122/16 6138/4 6166/10 6169/7 6200/16
 6223/4 6250/16 6259/1 6263/5 6270/12
 6271/2
Morel [8] 6100/13 6113/9 6113/14
 6113/25 6172/3 6172/7 6230/20 6238/21
morning [20] 6153/11 6153/12 6153/13
 6153/22 6174/24 6182/23 6183/14
 6193/11 6193/13 6193/14 6196/3
 6201/11 6219/15 6238/20 6239/17
 6241/12 6244/1 6246/13 6271/8 6272/3
Moro [1] 6141/20
most [6] 6075/24 6168/3 6193/23
 6233/23 6234/1 6246/19
motion [3] 6154/23 6155/1 6155/4
motions [1] 6155/1
motivated [1] 6081/18

move [9] 6162/18 6164/10 6164/14
 6212/18 6226/20 6230/10 6245/1
 6248/19 6271/17
Mr [8] 6069/3 6153/1 6153/1 6153/1
 6153/2 6181/6 6182/21 6226/22
Mr. [147] 6070/6 6070/8 6070/22 6071/3
 6071/5 6077/19 6079/16 6080/15
 6081/24 6082/2 6084/5 6086/22 6086/23
 6089/5 6092/3 6093/25 6100/21 6102/13
 6102/14 6102/20 6103/16 6103/16
 6106/4 6106/5 6106/18 6111/12 6111/16
 6112/3 6113/14 6128/18 6129/3 6131/21
 6133/6 6135/19 6136/5 6136/5 6141/20
 6144/8 6146/7 6146/23 6149/16 6149/25
 6150/3 6150/23 6152/11 6153/1 6153/6
 6155/17 6155/20 6161/2 6163/12
 6170/25 6172/7 6172/17 6173/7 6173/11
 6173/16 6174/11 6180/18 6180/19
 6182/4 6183/17 6185/6 6185/7 6186/22
 6187/3 6187/4 6187/4 6189/8 6189/8
 6189/21 6190/5 6190/7 6190/25 6193/14
 6193/14 6193/18 6194/5 6194/8 6199/18
 6199/19 6199/23 6202/3 6202/5 6202/7
 6203/11 6205/3 6208/12 6209/2 6209/8
 6209/21 6213/4 6214/12 6214/23 6215/9
 6215/9 6218/7 6223/9 6231/17 6232/3
 6232/18 6232/25 6232/25 6233/8
 6233/24 6234/12 6234/18 6234/20
 6234/25 6235/8 6235/18 6235/18
 6235/18 6235/18 6236/8 6237/12
 6237/25 6238/20 6238/21 6239/24
 6239/25 6240/2 6240/15 6240/18 6243/8
 6243/10 6243/12 6243/18 6247/18
 6247/24 6250/16 6250/18 6259/22
 6259/24 6260/1 6260/3 6264/3 6265/6
 6266/3 6266/19 6267/24 6268/16 6270/2
 6270/3 6271/9 6271/15 6271/22
Mr. Albertin [1] 6106/4
Mr. Ambrose [33] 6070/6 6071/3 6071/5
 6077/19 6079/16 6086/22 6089/5 6092/3
 6093/25 6112/3 6128/18 6129/3 6136/5
 6149/16 6155/17 6155/20 6161/2
 6163/12 6170/25 6182/4 6190/7 6214/12
 6223/9 6232/18 6247/24 6250/16
 6250/18 6264/3 6265/6 6266/3 6266/19
 6267/24 6270/3
Mr. Anderson [2] 6233/24 6235/18
Mr. Barnhill [5] 6185/6 6185/7 6236/8
 6237/12 6247/18
Mr. Bellow [2] 6102/14 6103/16
Mr. Bertone [2] 6081/24 6082/2 6084/5
Mr. Bly [2] 6203/11 6213/4
Mr. Bob [2] 6172/17 6173/11
Mr. Bodek [2] 6106/5 6106/18
Mr. Brock [1] 6237/25
Mr. Burgess [3] 6199/18 6199/19
 6199/23
Mr. Cabucio [3] 6131/21 6133/6 6150/23
Mr. Calvert [1] 6218/7
Mr. Chaisson [2] 6209/2 6209/21
Mr. Childs [1] 6070/8
Mr. Dan [1] 6259/24
Mr. deGravelles [4] 6070/22 6190/5
 6190/25 6215/9
Mr. Don [1] 6260/1
Mr. Ezell [7] 6202/5 6202/7 6232/25
 6233/8 6235/18 6240/15 6240/18
Mr. Gagliano [1] 6209/8
Mr. Glen [1] 6271/22
Mr. Harrell [15] 6187/4 6189/8 6193/18
 6194/5 6194/8 6202/3 6232/25 6234/12
 6234/18 6234/20 6234/25 6235/8
 6235/18 6239/25 6240/2

**M**

Mr. Harrell's [1] 6193/14
Mr. Hill [3] 6205/3 6214/23 6215/9
Mr. Johnson [5] 6186/22 6187/3 6189/8 6189/21 6268/16
Mr. Jonathon [1] 6100/21
Mr. Kaluza [6] 6173/16 6174/11 6180/18 6180/19 6193/14 6239/24
Mr. Kaluza's [1] 6173/7
Mr. Kevin [1] 6260/3
Mr. Lacy [3] 6102/13 6102/20 6103/16
Mr. Larry [1] 6135/19
Mr. Lindner [4] 6243/8 6243/10 6243/12 6243/18
Mr. McMahon [1] 6150/3
Mr. McMahon's [1] 6149/25
Mr. Metcalf [1] 6259/22
Mr. Morel [4] 6113/14 6172/7 6238/20 6238/21
Mr. Nathaniel [2] 6208/12 6271/9
Mr. Neil [1] 6141/20
Mr. Newman [5] 6136/5 6144/8 6146/7 6146/23 6183/17
Mr. Revette [1] 6235/18
Mr. Richard [1] 6271/15
Mr. Ryan [1] 6187/4
Mr. Scott [1] 6232/3
Mr. Sepulvado [1] 6086/23
Mr. Steve [1] 6080/15
Mr. Walz [2] 6111/12 6111/16
Mr. Wheeler [1] 6231/17
Mr. Williams [1] 6153/1
Mr. Winslow [1] 6152/11
Mr. Wolfe [1] 6270/2
Mr. Wolfe's [1] 6153/6
Ms [1] 6208/8
Ms. [2] 6089/18 6244/1
Ms. Clingman [1] 6089/18
Ms. Clingman's [1] 6244/1
much [6] 6081/8 6081/20 6106/24 6119/24 6121/13 6173/19
much-needed [1] 6081/8
mud [37] 6072/5 6092/8 6109/14 6110/3 6119/17 6119/18 6119/21 6119/25 6120/2 6126/4 6126/5 6126/7 6126/16 6126/20 6126/22 6126/23 6126/24 6127/4 6127/11 6160/20 6160/20 6161/16 6162/5 6162/5 6166/18 6168/8 6191/8 6192/24 6192/25 6193/2 6230/22 6232/11 6243/3 6243/9 6243/13 6246/2 6246/9
mud-gas [10] 6126/4 6126/5 6126/7 6126/16 6126/20 6126/22 6126/23 6126/24 6127/4 6127/11
multi [1] 6226/17
multi-fault [1] 6226/17
multiple [8] 6183/21 6183/24 6184/3 6201/8 6227/12 6227/13 6245/15 6250/10
Munger [1] 6067/12
Murry [2] 6152/6 6189/14
must [4] 6125/22 6145/5 6257/19 6261/2
MUX [1] 6255/3
MWD [1] 6106/23
my [37] 6071/5 6072/21 6072/25 6080/23 6086/22 6098/3 6099/3 6101/15 6102/5 6102/9 6102/19 6112/9 6118/17 6119/14 6120/13 6125/13 6138/8 6145/19 6147/1 6147/1 6148/19 6149/21 6154/10 6173/2 6173/18 6180/7 6204/23 6208/24 6221/1 6221/10 6225/16 6226/20 6226/24 6260/19 6263/17

**N**

6269/15 6272/11
N/A [1] 6256/8
name [8] 6071/5 6085/12 6106/2 6111/9 6111/11 6199/11 6231/12 6251/20
named [2] 6251/22 6268/4
narrow [8] 6091/22 6102/21 6103/4 6103/5 6104/12 6107/4 6155/22 6191/12
narrow-margin [1] 6107/4
narrow-window [3] 6102/21 6103/4 6103/5
NATHANIEL [3] 6065/16 6208/12 6271/9
Natural [1] 6065/13
nature [2] 6144/19 6146/18
Neal [2] 6152/6 6153/2
necessarily [5] 6112/24 6147/5 6228/25 6242/16 6253/16
necessary [2] 6158/4 6164/6
need [26] 6070/5 6071/11 6071/12 6077/20 6086/4 6086/8 6086/9 6105/19 6109/5 6112/24 6116/16 6117/6 6145/1 6153/2 6163/1 6178/19 6179/9 6198/9 6208/23 6234/9 6242/9 6242/10 6249/22 6262/17 6269/14 6270/12
needed [8] 6081/8 6081/20 6090/22 6120/12 6146/11 6151/2 6234/8 6242/1
needs [2] 6104/12 6105/1
negative [49] 6117/19 6118/9 6118/15 6120/3 6120/7 6124/1 6124/5 6129/23 6130/1 6175/10 6177/24 6201/22 6204/23 6213/20 6226/7 6226/8 6226/16 6227/7 6227/10 6227/17 6227/19 6227/23 6228/4 6228/11 6228/14 6228/18 6228/18 6228/23 6229/1 6229/4 6230/18 6230/21 6232/22 6233/17 6233/19 6233/25 6235/10 6235/19 6236/6 6236/10 6236/13 6236/14 6236/25 6237/16 6238/7 6238/8 6238/9 6242/2 6243/23
Neil [1] 6141/20
nervous [1] 6114/2
never [9] 6110/9 6124/9 6128/10 6128/12 6166/9 6166/22 6177/15 6178/1 6182/10
new [19] 6063/6 6063/24 6064/7 6064/13 6065/7 6066/17 6066/20 6067/7 6067/24 6068/15 6134/7 6134/10 6140/10 6151/1 6151/3 6151/6 6188/12 6225/6 6225/13
Newman [8] 6132/23 6136/5 6136/7 6144/8 6146/7 6146/23 6149/19 6183/17
news [1] 6251/8
next [33] 6075/17 6075/18 6082/7 6083/2 6096/20 6104/2 6104/8 6105/7 6105/12 6109/6 6109/13 6110/1 6110/9 6110/20 6113/24 6129/8 6135/14 6137/16 6137/25 6154/4 6154/9 6155/7 6161/22 6195/23 6199/6 6249/10 6262/12 6262/18 6269/18 6269/20 6269/22 6271/21 6271/24
night [4] 6117/16 6124/10 6228/22 6235/9
nightmare [1] 6113/15
nine [8] 6078/9 6165/12 6166/2 6166/2 6166/9 6167/20 6167/23 6169/24
ninth [7] 6064/19 6165/14 6165/17 6166/5 6168/1 6172/14 6177/12
nitrified [1] 6211/7
nitrogen [1] 6096/19
no [143] 6073/24 6075/1 6075/22 6076/17 6078/14 6080/8 6080/9 6082/17 6083/13 6083/14 6084/16 6084/19

**O**

6084/25 6085/14 6089/14 6092/17 6094/20 6096/18 6098/13 6099/24 6098/8 6101/12 6101/14 6105/25 6108/24 6109/25 6111/3 6114/24 6115/15 6118/6 6120/6 6122/5 6124/1 6124/3 6127/13 6129/9 6129/12 6130/9 6130/16 6130/18 6133/15 6139/4 6140/10 6142/2 6142/25 6143/5 6145/2 6145/14 6147/25 6148/22 6149/5 6149/7 6149/14 6149/18 6149/24 6150/5 6150/7 6150/9 6150/13 6150/16 6150/22 6150/23 6152/18 6152/18 6155/3 6155/9 6155/11 6155/13 6156/2 6156/5 6156/8 6156/9 6156/11 6156/14 6157/22 6165/6 6165/11 6168/7 6175/14 6175/14 6175/18 6179/15 6181/14 6181/22 6182/12 6184/25 6189/7 6190/19 6193/8 6195/6 6195/25 6196/8 6197/9 6198/12 6201/1 6201/16 6202/4 6202/9 6204/9 6204/11 6204/18 6204/22 6211/23 6212/8 6217/25 6218/9 6221/13 6223/25 6225/5 6225/15 6226/6 6227/6 6228/3 6228/5 6228/6 6228/8 6230/6 6233/21 6235/22 6236/19 6237/12 6239/1 6241/2 6241/15 6243/11 6243/22 6245/22 6248/2 6250/25 6259/1 6259/4 6260/5 6260/6 6262/16 6263/1 6263/22 6266/6 6267/4 6269/12 6269/17 6270/17 6271/2 6271/11
nobody [6] 6084/17 6124/11 6194/1 6196/6 6204/14 6223/13
nodded [1] 6237/1
noncompliance [1] 6074/5
none [6] 6151/25 6226/14 6227/3
NONJURY [1] 6063/14
noon [5] 6153/9 6169/16 6169/18 6169/23 6271/23
Norfolk [1] 6067/20
normal [6] 6118/24 6118/25 6119/24 6126/12 6236/6 6248/17
normally [2] 6114/24 6164/8
North [1] 6066/12
not [265]
note [9] 6078/13 6173/3 6173/11 6211/5 6238/18 6238/19 6239/23 6261/2 6262/23
Note.' [1] 6110/22
noted [8] 6132/6 6133/21 6167/25 6172/16 6172/24 6177/23 6197/21 6265/25
notes [20] 6074/19 6074/21 6132/18 6172/17 6172/20 6173/8 6173/12 6173/13 6178/21 6180/6 6180/9 6180/11 6180/23 6181/5 6181/5 6181/8 6231/17 6232/3 6233/7 6234/18
nothing [5] 6191/19 6201/13 6230/4 6251/1 6267/15
notice [3] 6087/11 6113/15 6140/6
noticed [2] 6106/5 6173/1
noticing [1] 6179/24
notified [1] 6266/9
notion [2] 6124/7 6124/14
now [63] 6073/17 6080/18 6081/24 6082/18 6092/21 6097/4 6100/22 6111/8 6115/4 6120/10 6129/25 6130/6 6136/23 6152/3 6160/12 6163/10 6167/3 6168/12 6170/9 6174/11 6179/23 6184/11 6185/6 6185/19 6189/10 6190/3 6191/12 6193/7 6194/13 6195/10 6197/20 6202/12 6203/1 6203/9 6210/24 6217/1 6218/11 6219/15 6221/17 6221/21 6225/2 6226/5 6229/10 6230/15 6231/24 6232/18 6233/13 6235/6 6235/12 6235/17 6236/8 6249/10 6256/1 6256/15 6256/22 6257/6

**N**

now... [7] 6258/8 6258/22 6260/15
6262/4 6263/14 6268/2 6268/18
NPT [1] 6104/5
nuance [1] 6248/23
number [35] 6078/15 6092/14 6092/22
6106/6 6116/4 6116/24 6117/17 6120/24
6124/25 6144/19 6145/15 6146/6
6147/10 6147/14 6149/18 6176/24
6178/5 6179/7 6179/10 6179/11 6179/15
6196/9 6203/7 6215/19 6219/25 6220/2
6221/19 6222/6 6232/10 6232/18
6239/15 6259/7 6259/8 6265/17 6266/21
numbers [2] 6166/24 6177/7
numerous [4] 6112/7 6183/22 6247/16
6247/20
NW [1] 6067/3

**O**

O'Keefe [1] 6063/23
O'ROURKE [1] 6065/14
object [13] 6073/5 6082/18 6101/7
6110/17 6123/19 6130/11 6136/6 6146/9
6180/22 6226/15 6247/15 6252/17
6254/10
object-type [1] 6146/9
objected [2] 6082/15 6269/23
objection [15] 6083/3 6101/20 6102/6
6102/10 6110/18 6151/18 6151/19
6152/8 6152/18 6175/17 6212/21
6226/25 6252/19 6252/23 6254/18
objections [1] 6151/24
objective [2] 6190/14 6216/17
objects [3] 6146/17 6146/25 6147/8
obligation [3] 6193/22 6224/11 6264/22
obliged [1] 6103/24
observed [2] 6209/17 6233/20
observing [1] 6182/11
obtain [2] 6166/1 6211/7
obtained [1] 6166/17
obtaining [3] 6167/25 6172/13 6172/25
obviously [3] 6159/18 6203/23 6212/24
occur [2] 6165/13 6246/18
occurred [7] 6092/8 6093/21 6093/24
6164/21 6217/19 6218/5 6218/18
occurrence [1] 6191/16
occurring [7] 6149/25 6150/4 6201/14
6201/16 6201/18 6201/19 6244/17
occurs [1] 6076/8
October [10] 6080/14 6080/14 6083/22
6123/15 6139/21 6144/7 6144/8 6145/11
6149/19 6150/12
October 11 [1] 6123/15
October 2009 [1] 6080/14
October 21 [3] 6139/21 6144/7 6144/8
October 29 [1] 6083/22
odd [1] 6174/9
Odom [1] 6153/1
OEM [2] 6085/2 6085/5
off [19] 6072/9 6072/22 6072/24 6075/3
6075/5 6086/9 6133/8 6142/7 6153/10
6153/17 6154/12 6154/14 6163/14
6214/18 6219/1 6220/10 6249/11
6266/15 6271/13
offer [9] 6151/15 6151/22 6152/5 6153/2
6153/5 6153/8 6268/7 6270/1 6270/10
offered [4] 6243/25 6260/17 6269/16
6270/9
Office [5] 6063/20 6065/16 6065/22
6066/13 6067/17
Official [3] 6068/14 6272/8 6272/17
offshore [6] 6067/6 6067/9 6067/12

6067/16 6067/20 6235/3
often [2] 6096/21 6257/16
Oh [2] 6208/22 6263/9
oil [4] 6063/4 6063/4 6109/3 6120/10
OIM [9] 6186/16 6186/24 6189/20
6193/12 6194/9 6200/19 6235/4 6239/20
6239/25
OIMs [1] 6132/22
okay [34] 6071/8 6079/4 6079/20
6080/16 6082/25 6089/23 6096/25
6126/21 6146/3 6152/16 6154/7 6159/12
6159/13 6162/1 6173/14 6177/5 6178/19
6179/18 6180/6 6180/8 6180/13 6187/12
6206/3 6208/22 6210/19 6223/9 6235/9
6235/13 6236/8 6239/6 6252/6 6252/8
6257/10 6268/13
old [1] 6076/19
Olson [1] 6067/12
on [305]
onboard [1] 6200/15
once [6] 6083/6 6144/25 6161/19 6250/6
6251/20 6251/22
one [119] 6070/5 6070/6 6073/12
6073/25 6075/11 6079/4 6089/15
6089/16 6092/15 6093/23 6094/10
6095/20 6095/23 6096/18 6097/16
6100/4 6102/7 6104/14 6104/14 6108/8
6108/8 6108/16 6109/13 6112/15 6113/5
6113/24 6116/19 6119/4 6121/13
6121/19 6122/4 6129/14 6129/18 6130/7
6136/24 6137/10 6137/11 6137/13
6137/14 6137/14 6139/17 6140/8 6145/2
6152/18 6153/24 6163/24 6166/11
6166/12 6168/15 6168/25 6169/15
6170/9 6170/20 6172/1 6172/16 6172/24
6173/2 6173/17 6174/2 6175/14 6175/25
6176/5 6176/22 6177/2 6177/3 6177/4
6177/4 6177/21 6178/3 6178/19 6179/3
6186/24 6186/25 6189/11 6189/15
6196/4 6196/23 6198/15 6199/12
6201/23 6201/24 6202/6 6205/12
6207/12 6209/4 6219/20 6219/23 6220/7
6220/10 6220/11 6220/13 6220/13
6221/3 6222/6 6231/20 6233/10 6238/4
6239/8 6239/15 6239/24 6242/20 6244/4
6244/8 6246/4 6248/7 6250/13 6258/23
6259/1 6262/8 6262/18 6263/2 6265/5
6265/7 6266/16 6268/3 6268/25 6269/23
6271/19 6271/21
one-barrel [1] 6174/2
one-day [1] 6198/15
one-flow [1] 6220/13
one-way [2] 6163/24 6177/21
ones [2] 6118/7 6200/13
ongoing [2] 6075/22 6195/13
only [8] 6088/14 6090/8 6097/22
6104/14 6110/14 6152/10 6174/3
6193/19
onshore [1] 6180/1 6182/11
onto [2] 6126/9 6140/2
open [7] 6161/12 6161/12 6168/17
6175/12 6176/8 6269/14 6270/12
opened [3] 6174/17 6175/9 6175/15
opening [2] 6174/22 6220/10
operate [4] 6083/9 6138/10 6138/20
6145/6
operating [2] 6191/19 6258/19
operation [30] 6081/2 6083/17 6092/16
6092/21 6093/20 6096/1 6096/6 6112/5
6112/11 6118/25 6137/5 6140/20
6140/21 6142/3 6142/12 6159/22
6160/16 6165/3 6167/11 6168/8 6169/3
6169/23 6170/2 6172/7 6173/16 6174/22

6210/16 6216/22 6235/10 6250/20
operations [2] 6235/21 6244/5 6200/12
6200/20 6201/10
operations [22] 6075/23 6083/18
6090/23 6109/7 6112/10 6117/18
6118/12 6118/19 6118/22 6118/23
6118/24 6122/24 6141/9 6162/2 6193/24
6194/11 6195/22 6211/25 6238/10
6238/18 6242/21 6246/24
operator [10] 6108/21 6109/3 6109/8
6198/8 6201/9 6210/13 6236/10 6264/8
6264/10 6264/15
operator's [1] 6264/12
opinion [5] 6080/23 6112/17 6173/18
6215/10 6243/16
opinions [5] 6156/18 6185/18 6215/24
6218/10 6231/21
opportunity [3] 6081/21 6157/11 6243/10
opposed [1] 6220/20
opposite [1] 6201/17
opposition [1] 6155/3
ops [3] 6110/22 6238/18 6239/23
OptiCem [1] 6156/15
option [2] 6116/11 6176/5
options [1] 6184/20
or [153] 6071/25 6074/5 6074/21
6075/22 6076/22 6076/22 6078/17
6079/3 6079/4 6079/4 6080/4 6082/16
6083/8 6089/19 6090/1 6091/1 6092/11
6092/11 6092/15 6093/20 6094/15
6097/20 6099/6 6099/15 6099/23
6101/10 6101/11 6106/24 6108/16
6108/22 6110/25 6113/2 6113/2 6113/20
6114/19 6116/23 6116/23 6117/3 6124/1
6124/13 6129/14 6129/22 6137/4
6137/22 6140/14 6144/11 6145/2
6146/17 6147/17 6148/25 6153/8 6153/9
6153/25 6156/6 6156/14 6157/14
6157/16 6158/8 6160/13 6161/9 6163/6
6164/20 6165/16 6167/7 6167/24
6168/20 6169/7 6171/13 6171/19
6171/22 6173/6 6174/21 6177/25 6178/7
6179/12 6179/12 6180/6 6181/23
6183/22 6184/1 6185/20 6185/20
6187/24 6189/25 6189/25 6190/1
6191/23 6192/4 6193/10 6194/3 6196/4
6196/19 6197/12 6198/4 6198/9 6198/13
6199/8 6199/18 6199/20 6200/1 6200/19
6201/24 6204/7 6204/14 6204/19
6204/19 6207/2 6210/14 6212/20 6213/5
6217/25 6219/6 6223/14 6223/14
6223/24 6225/1 6225/3 6225/7 6225/13
6226/4 6226/11 6226/20 6227/4 6227/12
6229/14 6230/11 6231/8 6233/23 6235/4
6235/18 6236/6 6238/7 6238/18 6239/21
6239/24 6242/16 6242/21 6244/3
6247/11 6247/11 6249/6 6250/2 6250/3
6253/25 6255/7 6260/15 6260/16
6264/22 6267/19 6268/11 6269/13
6269/18 6270/9
order [12] 6103/7 6108/19 6118/9
6119/23 6162/25 6163/7 6165/8 6166/8
6170/3 6196/22 6254/1 6257/2
ordered [3] 6253/24 6263/14 6263/16
orders [1] 6266/1
orient [1] 6247/7
oriented [1] 6252/7
original [6] 6092/2 6103/22 6187/10
6190/10 6194/18 6252/21
originally [3] 6188/14 6188/18 6260/16
Orleans [10] 6063/6 6063/24 6064/7
6064/13 6065/7 6066/17 6066/20 6067/7
6067/24 6068/15

**Q**

Oslo [1] 6269/10
other [33] 6079/4 6081/9 6093/23
6115/18 6116/24 6125/1 6137/11
6152/17 6152/22 6153/24 6164/17
6170/3 6178/13 6178/19 6183/10
6186/25 6189/5 6196/10 6200/9 6204/6
6204/14 6214/5 6214/6 6220/10 6221/3
6223/11 6223/24 6223/25 6244/21
6245/22 6256/12 6263/2 6268/3
others [10] 6081/19 6100/13 6107/14
6130/22 6131/21 6148/16 6152/16
6152/22 6185/4 6196/15
otherwise [1] 6252/12
ought [1] 6100/6
our [48] 6070/21 6074/8 6083/15
6083/19 6100/22 6105/20 6112/7
6118/16 6118/17 6118/23 6120/14
6130/5 6131/14 6132/12 6132/16
6132/24 6133/7 6133/12 6139/12 6140/9
6140/15 6141/22 6143/5 6143/19
6144/13 6144/21 6144/25 6145/6
6153/21 6162/21 6168/21 6170/20
6177/14 6179/9 6185/17 6215/12
6226/13 6226/17 6242/15 6242/15
6245/17 6249/21 6254/13 6261/21
6271/10 6271/17 6271/18 6271/24
Ours [1] 6113/22
ourselves [1] 6129/12
out [83] 6075/18 6075/21 6076/20
6077/12 6078/14 6078/16 6079/8
6079/12 6081/11 6081/16 6082/8
6085/16 6085/21 6086/10 6089/18
6093/6 6098/2 6102/20 6103/4 6106/5
6106/18 6107/4 6108/19 6112/8 6113/11
6121/16 6122/21 6131/13 6132/22
6134/7 6134/8 6135/14 6136/25 6137/17
6138/1 6138/8 6140/11 6145/1 6150/14
6151/1 6151/3 6151/5 6151/6 6158/22
6163/24 6167/4 6169/2 6170/4 6174/21
6175/8 6176/3 6176/6 6176/14 6176/14
6176/22 6176/23 6177/12 6179/18
6191/2 6192/15 6197/4 6197/24 6198/5
6216/2 6221/22 6233/13 6239/13 6243/4
6244/5 6250/7 6264/13 6265/7 6265/8
6265/14 6265/18 6265/23 6266/8
6266/13 6268/19 6269/25 6270/9
6270/20 6271/23
outer [2] 6220/22 6222/5
outfitted [1] 6263/15
outline [1] 6110/21
outlined [1] 6259/13
outlines [1] 6108/4
outs [1] 6270/7
outside [1] 6247/16
over [36] 6081/16 6085/1 6090/21
6090/23 6092/21 6093/11 6093/17
6093/20 6097/9 6112/4 6113/16 6114/17
6115/5 6115/11 6133/23 6133/23
6134/16 6134/16 6150/24 6150/25
6178/5 6180/1 6182/24 6183/1 6193/8
6199/6 6205/10 6205/11 6206/19
6218/25 6229/3 6246/2 6246/18 6250/10
6250/18 6267/21
overall [2] 6113/3 6259/17
overboard [4] 6118/18 6125/22 6126/3
6127/6
overflow [1] 6071/15
overreacted [1] 6147/5
overreacting [1] 6146/13
overreaction [1] 6147/4
overrule [5] 6083/3 6101/20 6226/25

6252/23 6254/18
Overruled [4] 6073/12 6140/13 6186/13
6247/19
overruling [1] 6102/9
overwhelming [3] 6137/20 6149/25
6150/4
own [4] 6093/9 6108/22 6124/22 6201/7

**P**

p.m [2] 6233/17 6247/9
P110 [1] 6221/5
page [43] 6069/2 6074/10 6078/12
6079/5 6085/15 6088/23 6089/1 6104/2
6104/8 6105/12 6131/10 6131/24
6142/19 6142/20 6143/25 6158/20
6167/14 6169/13 6170/10 6176/25
6179/4 6179/4 6179/5 6179/6 6179/7
6179/12 6179/19 6179/19 6179/20
6181/11 6181/12 6197/13 6210/3
6217/14 6231/15 6249/9 6251/16
6253/20 6260/9 6261/6 6261/22 6262/12
6270/9
page 9 [2] 6074/10 6261/6
pages [4] 6147/24 6207/12 6270/15
6270/21
paid [1] 6223/3
Paine [1] 6106/12
Palmintier [1] 6064/21
pants' [1] 6112/7
paper [2] 6259/9 6260/7
paragraph [15] 6075/18 6082/4 6131/12
6131/15 6131/25 6132/4 6141/22
6144/18 6158/22 6158/23 6179/21
6181/14 6181/14 6191/5 6192/16
paragraphs [1] 6145/5
parameters [3] 6096/13 6114/1 6246/16
paraphrasing [1] 6236/21
Pardon [1] 6251/21
part [39] 6085/8 6096/1 6096/9 6097/21
6098/24 6107/12 6112/17 6113/19
6115/4 6120/18 6121/1 6122/2 6122/16
6128/15 6138/14 6146/5 6147/19
6162/21 6181/13 6185/17 6188/21
6191/24 6196/21 6197/20 6207/6
6208/20 6218/15 6218/19 6223/23
6230/22 6235/25 6241/12 6242/13
6246/16 6255/8 6257/13 6258/10
6263/22 6271/17
participate [3] 6099/10 6099/16 6158/6
particular [15] 6077/9 6078/13 6084/25
6113/23 6128/15 6136/23 6137/10
6139/17 6140/18 6146/8 6146/16
6149/23 6188/2 6242/11 6270/8
particularly [1] 6091/11
parties [6] 6154/3 6183/22 6184/5
6261/13 6261/15 6270/4
parts [2] 6085/22 6161/9
party [2] 6195/21 6269/23
pass [5] 6106/4 6151/8 6160/20 6160/21
6268/19
passed [1] 6175/1
past [5] 6081/13 6112/4 6126/14
6164/18 6248/19
path [5] 6104/4 6214/22 6215/4 6217/10
6223/21
paths [1] 6241/9
PAUL [10] 6064/6 6069/7 6186/22
6187/11 6251/14 6261/7 6261/17
6262/17 6268/3 6268/17
PC [3] 6064/9 6068/7 6068/11
peaks [1] 6166/2
penetration [2] 6104/22 6105/15
Pennsylvania [1] 6067/3

people [40] 6071/14 6071/15 6072/20
6072/23 6072/25 6073/4 6073/8
6073/11 6073/14 6076/6 6076/14 6077/3
6077/17 6077/22 6079/1 6082/4 6083/19
6092/3 6101/14 6106/6 6106/8 6113/2
6124/10 6129/23 6141/4 6145/7 6146/10
6146/11 6146/12 6146/17 6147/21
6152/2 6199/21 6200/25 6226/3 6231/20
6234/23 6245/23 6262/2
per [15] 6095/2 6162/13 6163/1 6163/7
6166/10 6166/12 6166/13 6166/22
6168/2 6168/4 6173/17 6173/21 6174/3
6194/23 6269/1
percent [3] 6204/5 6204/6 6245/15
percentage [1] 6102/22
perform [5] 6097/1 6199/1 6221/12
6225/20 6228/10
performance [13] 6080/25 6081/1
6132/12 6135/20 6143/20 6186/16
6186/21 6216/14 6216/18 6216/19
6217/5 6254/11 6254/15
performance-induced [1] 6080/25
performed [31] 6074/21 6122/25 6201/23
6206/16 6212/11 6213/19 6214/4 6214/6
6216/4 6217/22 6219/12 6219/16
6221/14 6221/17 6223/24 6224/1 6225/3
6225/3 6225/10 6228/14 6229/2 6230/4
6230/11 6230/16 6231/6 6231/7 6232/15
6236/11 6238/3 6238/5 6240/3 6265/23
performer [1] 6081/1
performing [5] 6104/15 6212/2 6225/12
6228/17 6240/8
performs [1] 6236/5
perhaps [3] 6102/21 6137/14 6154/3
period [15] 6081/7 6085/1 6085/22
6118/11 6145/18 6146/10 6146/16
6147/1 6149/12 6167/22 6169/19
6182/24 6183/1 6248/8 6248/9
permission [1] 6154/22
permit [2] 6188/12 6191/8
person [6] 6073/3 6073/13 6124/18
6139/16 6152/10 6152/25
personal [3] 6146/14 6146/18 6256/24
personally [3] 6107/14 6147/21 6266/5
personnel [5] 6081/14 6081/16 6108/11
6125/25 6144/20
pertinent [1] 6112/2
PETITION [1] 6063/8
petrophysicists [1] 6091/7
phase [4] 6141/24 6141/24 6142/5
6142/8
PHILLIP [1] 6067/23
physical [1] 6122/6
picture [1] 6160/1
piece [11] 6085/10 6085/23 6086/24
6094/10 6096/5 6112/20 6206/25
6236/13 6237/23 6244/14 6245/22
pieces [2] 6128/21 6130/5
Pigman [1] 6067/22
pill [1] 6197/3
pills [1] 6239/5
pins [1] 6163/14
pipe [10] 6086/7 6100/1 6100/25
6229/1 6229/14 6229/19 6229/24
6230/5 6230/12 6248/10
pits [1] 6118/10
place [26] 6077/18 6083/20 6109/23
6110/2 6113/16 6119/10 6119/13 6120/7
6159/24 6161/19 6164/17 6169/3 6176/7
6177/13 6192/8 6192/12 6192/14 6193/3
6199/11 6200/11 6200/18 6200/24
6201/5 6205/17 6238/25 6240/13
placement [3] 6157/17 6178/8 6178/17

P
places [2] 6162/17 6170/20
placing [1] 6178/12
plaintiffs [13] 6063/18 6063/22 6064/2
6064/5 6064/8 6064/12 6064/15 6064/18
6064/21 6065/2 6065/5 6082/15 6152/1
plaintiffs' [2] 6071/6 6157/2
plan [52] 6086/20 6092/22 6103/23
6106/14 6107/22 6108/6 6108/12
6108/23 6109/5 6115/18 6119/8 6119/17
6120/2 6187/10 6188/25 6190/8 6190/20
6191/6 6192/8 6192/12 6192/14 6193/3
6193/10 6194/15 6194/20 6195/13
6196/13 6196/21 6197/9 6197/10
6197/21 6197/22 6198/3 6198/4 6198/12
6198/13 6198/15 6198/23 6199/5
6199/23 6200/20 6201/2 6223/19
6224/14 6224/24 6238/7 6238/8 6239/4
6239/7 6239/17 6239/22 6269/21
planned [8] 6091/21 6093/3 6093/6
6093/10 6093/17 6094/3 6207/15
6235/14
planner [4] 6195/17 6195/17 6195/19
6196/16
planners [2] 6196/2 6196/7
planning [5] 6081/11 6131/1 6131/5
6131/13 6132/25
plans [7] 6083/20 6107/18 6111/5
6132/6 6132/16 6132/19 6154/18
play [2] 6268/2 6268/18
played [3] 6128/25 6130/17 6152/25
playing [2] 6268/8 6268/15
PLC [3] 6066/20 6066/23 6067/4
please [49] 6070/3 6074/10 6103/23
6106/18 6131/15 6151/13 6158/21
6159/15 6160/25 6162/22 6167/1
6167/14 6169/8 6169/14 6170/11 6171/7
6171/8 6171/25 6172/1 6172/22 6175/23
6179/21 6180/14 6180/15 6181/13
6181/15 6181/23 6186/9 6187/13
6188/10 6189/12 6194/19 6203/15
6207/4 6208/10 6211/2 6211/15 6216/10
6218/22 6231/15 6233/4 6234/15
6234/16 6245/6 6247/2 6251/3 6251/13
6260/9 6260/22
plug [8] 6109/14 6110/2 6119/22 6120/4
6121/18 6121/25 6209/18 6218/25
plugged [2] 6159/2 6170/23
plugs [5] 6175/3 6210/7 6210/8 6210/15
6236/7
plus [4] 6072/10 6192/25 6193/2
6199/23
PMAA [3] 6132/5 6132/12 6133/20
pod [2] 6070/12 6070/19
pods [2] 6070/16 6070/18
point [35] 6070/6 6072/13 6072/20
6072/21 6078/12 6082/23 6089/19
6090/8 6098/18 6101/15 6101/17 6103/2
6108/10 6108/21 6109/6 6110/1 6110/9
6110/21 6111/3 6114/1 6119/2 6122/20
6126/17 6129/18 6130/7 6136/9 6136/12
6162/17 6186/7 6224/5 6238/10 6241/17
6245/14 6249/16 6263/10
pointed [1] 6270/20
pointer [1] 6196/22
points [6] 6100/4 6114/20 6115/10
6207/12 6210/11 6210/18
poisonous [1] 6258/2
policies [6] 6124/1 6128/7 6140/9
6226/13 6244/12 6244/15
policy [7] 6186/8 6186/12 6187/2 6187/9
6242/7 6244/19 6245/19

pollution [2] 6088/16 6088/21
pool [3] 6255/24 6255/24 6255/18
6255/22 6255/23
poor [2] 6117/1 6117/7
pore [15] 6091/11 6091/23 6094/22
6101/1 6103/4 6103/4 6189/4 6189/25
6190/24 6191/7 6191/12 6191/20 6192/4
6194/13 6203/5
port [2] 6220/7 6220/14
portable [2] 6071/4 6071/10
portion [2] 6087/25 6102/18
portions [1] 6112/2
ports [4] 6161/22 6220/8 6220/12
6221/19
posed [1] 6242/20
position [6] 6083/24 6111/15 6161/12
6205/18 6259/9 6260/7
positive [4] 6148/8 6174/24 6175/2
6233/3
possibility [2] 6174/21 6175/9
possible [2] 6175/15 6191/9
post [10] 6063/20 6065/16 6065/22
6066/13 6067/17 6089/19 6207/7 6210/3
6213/18 6218/15
post-incident [1] 6213/18
post-job [3] 6207/7 6210/3 6218/15
post-trial [1] 6089/19
potential [7] 6144/20 6145/16 6145/20
6146/6 6146/24 6147/3 6149/19
potentially [1] 6225/21
pounds [2] 6095/2 6197/6
Poydras [4] 6064/6 6066/19 6067/6
6068/15
PP [2] 6101/23 6102/21
practice [9] 6120/10 6184/19 6184/22
6192/11 6198/7 6201/8 6225/19 6226/1
6265/25
practices [3] 6104/12 6148/7 6184/21
pre [2] 6186/4 6188/22
pre-spud [1] 6186/4 6188/22
precipitating [4] 6098/15 6127/12
6214/13 6214/16
precision [1] 6195/2
precluded [2] 6254/12 6254/17
predict [1] 6178/11
predictions [1] 6091/2
preference [1] 6270/6
prepare [3] 6257/2 6263/20 6263/20
prepared [1] 6159/17
preparedness [1] 6141/23
prescribed [1] 6254/20
prescribes [1] 6257/16
presence [1] 6085/7
present [2] 6073/23 6081/13
presentations [2] 6122/20 6143/22
presented [1] 6213/22
presents [1] 6081/21
president [3] 6133/12 6135/20 6143/20
President's [1] 6212/8
Presidential [2] 6212/15 6213/12
presses [1] 6073/13
pressure [87] 6091/23 6094/8 6094/13
6094/22 6095/5 6095/11 6101/1 6103/4
6103/5 6118/15 6120/3 6120/7 6124/1
6124/5 6126/11 6129/23 6130/1 6162/6
6163/3 6163/8 6163/13 6164/10 6164/12
6165/7 6165/12 6165/16 6165/17
6165/24 6166/3 6167/20 6173/4 6173/22
6173/25 6174/4 6174/16 6174/25 6175/2
6176/13 6176/17 6176/23 6177/12
6177/24 6177/25 6188/4 6188/10 6189/4
6189/25 6190/24 6191/7 6191/21 6192/4
6192/25 6193/2 6194/13 6201/22 6203/6

6209/18 6218/1 6218/25 6219/1 6226/8
6220/18 6226/15 6227/6 6227/17 6227/19
6227/23 6228/14 6228/18 6228/18
6228/23 6229/1 6229/4 6230/5 6230/6
6230/21 6232/22 6233/25 6235/20
6242/2 6243/23 6247/13 6248/10
6248/16 6248/24 6249/2 6257/16
pressure/frac [1] 6190/24
pressure/fracture [1] 6191/21
pressures [13] 6091/12 6095/19 6121/23
6174/15 6175/2 6176/14 6179/24 6181/7
6191/12 6207/21 6210/7 6210/8 6210/15
pressuring [1] 6172/25
pressurized [2] 6174/16 6176/2
pretty [5] 6085/23 6178/1 6205/14
6248/19 6250/3
prevent [1] 6103/7
preventer [2] 6070/7 6254/12
preventers [2] 6258/11 6260/8
prevention [2] 6138/4 6252/11
prevents [1] 6164/17
previous [5] 6075/20 6079/9 6090/4
6097/10 6143/25
previously [8] 6101/10 6177/23 6191/16
6202/6 6209/24 6210/3 6223/18 6234/12
Pricing [1] 6260/25
primarily [4] 6095/17 6146/9 6156/19
primary [2] 6119/21 6257/14
principle [1] 6095/5
print [1] 6167/16
prior [19] 6097/12 6109/15 6112/19
6122/13 6165/12 6169/4 6186/15
6187/25 6189/1 6202/23 6218/14 6224/1
6224/6 6224/15 6224/19 6230/18
6230/21 6248/2 6248/8
probability [2] 6117/2 6117/8
probably [9] 6071/17 6120/20 6121/24
6153/9 6154/25 6232/11 6232/17
6242/15 6267/21
problem [4] 6086/10 6115/15 6137/19
6148/23
problems [5] 6128/13 6128/24 6129/4
6130/16 6134/2
procedure [48] 6074/22 6075/25 6097/7
6108/19 6110/9 6113/2 6113/22 6128/7
6138/5 6201/22 6202/7 6225/7 6227/11
6227/13 6227/16 6230/22 6230/25
6235/24 6236/1 6236/9 6236/17 6236/18
6237/2 6237/13 6237/19 6238/3 6238/5
6238/19 6238/24 6239/9 6239/10
6239/12 6239/14 6240/3 6240/9 6240/23
6241/5 6241/6 6241/12 6241/22 6242/13
6242/24 6243/5 6243/7 6243/13 6243/18
6249/21 6249/23
procedures [11] 6096/23 6109/21 6124/1
6130/1 6135/5 6135/15 6140/9 6186/14
6199/24 6236/2 6236/5
proceed [9] 6155/15 6180/2 6182/17
6193/23 6194/1 6194/2 6194/6 6194/10
6233/19
proceeding [7] 6107/6 6121/10 6182/6
6193/19 6193/22 6243/14 6264/25
proceedings [3] 6068/20 6272/5 6272/12
process [15] 6086/21 6123/5 6128/10
6128/12 6128/13 6128/17 6128/22
6132/13 6134/7 6134/8 6134/12 6161/24
6164/2 6225/7 6270/24
processes [1] 6144/25
produce [3] 6142/11 6267/8 6268/15
produced [1] 6170/14
production [40] 6063/10 6066/19
6066/19 6066/22 6066/22 6067/3 6067/3
6116/15 6117/1 6117/7 6123/14 6189/24

**P**

production... [28] 6190/6 6190/9 6190/12
6190/15 6190/20 6194/15 6194/16
6195/7 6195/11 6199/24 6202/17 6203/1
6203/4 6203/12 6207/7 6207/8 6209/13
6211/6 6214/15 6214/24 6223/25 6224/2
6224/7 6224/15 6224/16 6226/11
6226/23 6227/4
productive [1] 6190/17
products [2] 6206/12 6211/24
proffer [2] 6070/5 6070/21
program [19] 6075/12 6098/2 6098/6
6121/17 6135/11 6151/2 6151/4 6156/15
6159/6 6186/17 6187/6 6188/3 6188/6
6189/17 6193/10 6194/24 6211/7
6216/17 6217/18
programs [5] 6083/20 6136/11 6151/6
6156/16 6189/11
progressing [1] 6132/7
promise [3] 6223/5 6227/8 6247/22
prompt [2] 6070/17 6070/18
pronounce [1] 6268/5
pronouncing [2] 6268/4 6268/22
proper [6] 6077/6 6080/23 6081/10
6081/11 6108/11 6139/5 6210/7
properly [1] 6208/25
properties [1] 6242/17
proposal [1] 6261/21
propose [2] 6105/10 6269/8
proposed [1] 6211/6
proposition [1] 6180/19
provide [7] 6103/24 6132/21 6139/19
6153/14 6162/9 6185/23 6196/19
provided [12] 6185/20 6187/8 6187/24
6188/25 6189/3 6189/7 6189/11 6196/19
6196/21 6206/12 6216/20 6252/22
provides [4] 6186/3 6188/21 6258/11
6261/23
prudent [3] 6192/11 6198/7 6264/18
PSC [3] 6153/20 6265/5 6270/3
psi [29] 6159/4 6163/2 6163/8 6165/18
6165/19 6166/3 6167/21 6171/5 6171/13
6171/20 6173/1 6173/6 6173/18 6173/22
6174/3 6174/6 6176/2 6176/19 6176/23
6177/5 6177/7 6178/5 6207/21 6209/18
6218/25 6222/7 6222/9 6229/24 6249/3
publication [1] 6147/19
pull [37] 6074/9 6085/15 6087/8 6087/19
6091/18 6092/24 6093/6 6100/9 6106/18
6108/1 6111/21 6113/11 6117/6 6117/20
6119/4 6120/15 6123/11 6130/19
6131/24 6135/1 6135/22 6135/23
6137/16 6148/2 6162/14 6162/22 6167/4
6167/15 6169/14 6169/15 6171/7 6207/4
6215/20 6231/10 6240/22 6247/2
6259/15
pump [10] 6095/6 6095/9 6095/17
6095/18 6098/24 6166/8 6166/9 6194/16
6194/23 6197/3
pumped [16] 6098/19 6099/13 6121/10
6164/16 6168/8 6168/9 6190/1 6205/13
6205/21 6207/11 6207/15 6208/5
6209/13 6212/17 6213/11 6218/1
pumping [7] 6095/7 6099/11 6118/19
6118/20 6174/15 6192/25 6193/2
pumps [2] 6248/23 6249/11
purpose [9] 6158/14 6164/2 6168/22
6178/6 6202/19 6216/6 6227/10 6227/19
6238/6
purposely [1] 6142/3
purposes [2] 6242/20 6245/20
pursuant [2] 6187/2 6252/18

push [2] 6072/21 6176/14
pushed [1] 6174/21
pushes [1] 6073/3
put [24] 6075/10 6095/19 6102/17
6118/3 6122/11 6134/11 6143/11 6161/2
6178/21 6178/21 6178/22 6188/14
6191/1 6192/8 6192/12 6192/14 6200/4
6203/7 6221/22 6236/21 6237/25 6239/4
6241/6 6243/18
putting [1] 6270/11

**Q**

Q1 [2] 6132/5 6133/20
Q1 PMAA [2] 6132/5 6133/20
Q125 [1] 6221/6
QHSE [3] 6133/7 6133/12 6143/19
qualify [1] 6097/20
quality [4] 6096/22 6096/24 6132/6
6132/19
quantify [1] 6097/24
Quantity [1] 6096/24
question [36] 6070/7 6072/25 6073/2
6073/2 6073/11 6084/9 6086/22 6089/8
6096/4 6098/3 6116/23 6119/14 6120/13
6123/21 6125/13 6129/9 6137/7 6137/8
6145/19 6146/1 6180/3 6183/13
6196/12 6213/8 6221/1 6226/19 6226/20
6226/24 6229/16 6229/20 6230/9
6230/13 6237/15 6244/11 6244/24
6245/3
questionable [1] 6109/6
questioned [1] 6205/3
questioning [3] 6082/15 6157/2 6197/12
questionnaire [3] 6131/2 6131/22
6134/19
questions [28] 6071/7 6108/9 6112/3
6123/20 6155/8 6155/9 6155/11 6155/13
6155/24 6159/10 6171/21 6182/14
6185/19 6190/23 6190/25 6198/4 6200/7
6202/10 6215/8 6227/9 6244/1 6244/2
6244/4 6244/9 6250/16 6251/7 6256/24
6264/20
quibble [1] 6200/23
quick [2] 6143/5 6173/19
quickly [12] 6124/20 6125/9 6125/14
6126/10 6148/9 6151/15 6227/8 6245/12
6248/19 6250/4 6254/5 6256/1
quite [3] 6085/4 6172/17 6201/17
quiz [1] 6162/16
quote [4] 6112/6 6143/25 6217/18
6232/4
quoted [3] 6075/23 6260/16 6265/5

**R**

RACHEL [2] 6065/15 6067/9
raise [3] 6146/11 6152/10 6240/5
raised [8] 6075/20 6153/24 6193/9
6195/4 6195/6 6198/13 6204/15 6240/4
raising [1] 6242/25
ram [6] 6122/25 6123/1 6123/18 6258/11
6260/8 6263/3
ramped [1] 6174/2
rams [22] 6258/14 6258/20 6258/23
6259/2 6260/17 6260/17 6261/21 6262/4
6262/2 6262/3 6262/5 6262/8 6262/13
6262/20 6262/23 6262/24 6263/11
6263/12 6263/14 6263/16 6264/11
6264/13
ran [3] 6124/9 6195/11 6206/21
Randy [5] 6233/15 6233/19 6234/5
6234/6 6235/9
range [1] 6166/22
rapid [1] 6126/2

rate [14] 6095/21 6096/13 6096/16
6096/20 6096/22 6149/25 6196/5 6196/7/20
6149/25 6150/4 6165/6 6165/24 6168/9
6168/9 6220/14
rates [2] 6096/5 6162/13
rather [8] 6081/2 6094/2 6095/25
6109/14 6116/3 6126/4 6154/21 6221/24
rating [1] 6222/7
ratings [1] 6221/9
RBS [1] 6251/16
RBS-8D [1] 6251/16
re [3] 6063/4 6063/7 6213/7
re-ask [1] 6213/7
reached [1] 6212/16
reaching [1] 6231/21
reaction [1] 6171/4
read [49] 6071/22 6074/12 6074/17
6074/24 6076/2 6078/19 6079/14
6080/16 6081/3 6081/22 6082/7 6083/10
6086/15 6087/25 6088/5 6088/23
6089/11 6091/24 6096/22 6100/16
6101/3 6101/24 6102/24 6103/25
6104/18 6107/1 6110/23 6111/6 6112/2
6112/13 6113/17 6114/3 6116/13 6117/9
6132/9 6133/2 6133/24 6135/17 6136/16
6138/11 6141/11 6148/11 6172/21
6174/3 6203/24 6203/25 6203/25
6223/10 6247/17
reading [10] 6082/18 6085/19 6111/19
6117/5 6144/12 6165/16 6182/5 6203/22
6216/12 6236/24
readings [1] 6074/22
ready [2] 6142/10 6168/24
real [3] 6101/1 6140/10 6173/19
real time [1] 6101/1
realized [1] 6129/24
really [15] 6076/23 6076/24 6077/4
6079/2 6084/22 6118/3 6118/11 6119/20
6121/14 6137/1 6137/7 6139/18 6167/16
6170/7 6248/23
realtime [1] 6105/16
reamer [5] 6160/5 6160/21 6168/20
6170/19 6217/10
reason [5] 6075/1 6076/17 6080/8
6094/20 6189/7 6195/25 6196/1 6198/12
6199/22 6199/25 6202/8 6236/11 6259/1
reasons [4] 6075/12 6075/23 6248/7
6256/23
rebuild [1] 6143/6
rebuttal [1] 6153/6
recall [21] 6093/10 6093/13 6094/4
6094/6 6094/11 6096/9 6100/16 6157/2
6162/12 6165/16 6184/15 6199/13
6210/11 6219/16 6226/3 6230/17
6234/13 6239/17 6256/25 6260/18
6260/19
receive [3] 6081/5 6082/16 6195/13
received [8] 6197/6 6199/23 6223/21
receives [1] 6195/12
receiving [2] 6198/3 6242/24
recent [4] 6132/5 6133/20 6145/2
6233/23
recess [3] 6151/10 6151/12 6154/24
recognize [8] 6074/14 6078/8 6087/13
6092/10 6092/11 6195/10 6196/14
6233/8
recognized [3] 6132/24 6151/2 6206/4
recollection [8] 6118/17 6131/20 6147/1
6149/21 6173/24 6252/5 6260/21
6263/17
recommendations [4] 6078/14 6078/14
6079/11 6206/2
recommended [7] 6168/5 6205/13

recommended... [5] 6205/21 6211/24
6213/11 6243/4 6243/6
recommending [1] 6105/23
record [10] 6074/22 6079/17 6079/23
6082/19 6179/9 6253/21 6269/14
6270/12 6270/14 6272/12
recorded [2] 6068/20 6148/5
records [12] 6074/1 6074/4 6074/6
6074/8 6076/6 6077/4 6077/5 6079/20
6079/25 6080/2 6097/12 6118/17
recover [1] 6100/24
Redden [1] 6068/2
redirect [3] 6089/19 6263/25 6264/1
reduce [1] 6122/17
reduced [2] 6104/14 6104/21
reduces [1] 6220/14
Reducing [1] 6096/19
reels [1] 6254/24
reevaluating [1] 6101/1
refer [3] 6088/18 6251/25 6252/1
reference [2] 6124/16 6253/2
references [1] 6188/4
referencing [1] 6240/24
referred [1] 6149/19
referring [5] 6125/3 6134/13 6134/14
6146/7 6146/9
refers [1] 6262/3
reflect [1] 6181/6
reflected [2] 6112/23 6258/23
refocused [1] 6146/12
refresh [9] 6088/25 6100/17 6131/20
6173/2 6173/24 6203/17 6203/20 6252/5
6260/21
REGAN [1] 6066/23
regard [2] 6116/23 6139/13
regarding [12] 6074/18 6086/24 6095/17
6141/20 6141/23 6185/24 6186/3
6189/24 6190/6 6212/16 6213/14 6215/3
regardless [4] 6157/10 6226/9 6229/13
6230/10
regards [4] 6129/16 6129/22 6150/14
6150/21
region [1] 6204/6
regular [1] 6236/6
regulate [1] 6178/7
regulation [1] 6256/20
regulations [1] 6264/17
regulatory [1] 6123/5
reinforce [1] 6151/4
reinstated [1] 6070/16
relate [1] 6079/24
related [4] 6132/23 6141/8 6146/14
6266/13
relating [2] 6077/9 6090/7
relation [2] 6146/20 6164/7
relationship [1] 6141/14
relatively [2] 6102/22 6126/10
release [1] 6140/2
released [1] 6125/17
reliance [1] 6077/6
relied [8] 6156/19 6172/16 6180/5
6212/10 6212/23 6215/14 6215/23
6219/6
rely [4] 6076/24 6212/7 6245/19 6267/11
relying [4] 6074/4 6077/5 6079/21
6178/23
remainder [1] 6105/10
remedial [2] 6237/17 6238/10
remember [71] 6076/16 6091/4 6091/6
6091/10 6091/13 6093/11 6093/11
6093/22 6093/25 6097/12 6097/18

6099/23 6100/22 6106/7 6106/16
6100/14 6110/17 6111/2 6111/3 6111/16
6111/19 6122/20 6122/21 6131/7 6133/4
6133/6 6133/8 6134/8 6134/23 6134/24
6134/25 6136/3 6136/16 6136/23
6142/25 6143/9 6144/17 6145/18
6147/10 6147/14 6147/15 6149/12
6149/17 6165/18 6166/24 6169/6 6169/7
6170/6 6181/25 6188/20 6190/10
6194/18 6196/4 6197/22 6199/11
6199/20 6202/6 6203/7 6203/14 6203/22
6204/17 6204/24 6210/23 6224/22
6224/25 6225/5 6226/6 6239/20 6257/3
6260/19 6264/20 6265/9
remind [2] 6083/21 6198/8
reminded [1] 6199/7
reminder [5] 6070/10 6070/14 6070/15
6070/19 6198/3
removed [4] 6119/20 6120/2 6269/1
6269/2
rendering [1] 6074/4
renew [2] 6102/5 6102/9
rep [1] 6257/2
repair [1] 6083/7
repairing [1] 6081/6
repeat [1] 6151/1
rephrase [1] 6181/2
replaceable [1] 6262/9
replacing [1] 6264/11
replied [2] 6234/7 6234/9
report [68] 6071/25 6072/8 6072/16
6083/17 6102/8 6108/4 6115/4 6120/19
6125/3 6128/16 6133/15 6153/6 6153/6
6153/7 6155/22 6156/19 6158/7 6158/20
6158/25 6159/8 6161/6 6162/17 6167/8
6169/10 6171/17 6176/25 6177/4
6178/20 6178/23 6179/7 6179/20
6179/23 6181/9 6181/12 6181/24
6200/14 6203/8 6203/9 6203/11 6203/18
6203/18 6203/24 6204/13 6207/7
6207/10 6207/15 6207/21 6207/24
6209/12 6209/25 6210/3 6211/4 6211/17
6214/3 6215/25 6216/3 6218/15 6218/20
6218/24 6223/10 6223/11 6244/8
6246/22 6247/17 6267/8 6267/11
6267/13 6267/13
reported [4] 6079/11 6218/13 6218/24
6219/11
Reporter [3] 6068/14 6272/9 6272/17
reporting [1] 6209/21
reports [8] 6072/2 6074/5 6166/20
6170/6 6209/23 6218/18 6218/21
6223/11
represent [6] 6071/6 6093/2 6173/13
6188/17 6210/2 6236/8
representative [6] 6087/5 6087/16
6089/6 6089/9 6213/22 6256/25
represented [1] 6217/9
represents [1] 6201/4
request [4] 6168/8 6257/7 6264/12
6264/16
requested [5] 6074/22 6101/23 6106/18
6264/7 6264/10
require [1] 6262/9
required [9] 6074/20 6096/16 6116/10
6119/17 6187/4 6187/9 6226/12 6256/20
6271/24
requirements [4] 6120/14 6123/6
6259/13 6264/14
requires [4] 6128/7 6186/14 6186/19
6195/2
requiring [1] 6191/9
Reraise [1] 6153/12

research [3] 6257/3 6257/6 6263/19
reserve [1] 6262/19
reserved [1] 6152/20
resolve [1] 6237/25
resolved [1] 6152/13
resonated [1] 6133/20
resources [2] 6065/13 6081/14
respect [23] 6073/22 6104/20 6124/17
6156/25 6158/9 6158/16 6160/16 6162/2
6184/18 6185/1 6185/13 6202/13
6217/17 6218/18 6223/19 6226/10
6226/23 6227/3 6233/24 6236/16
6244/12 6264/25 6269/24
respected [1] 6215/14
respects [1] 6220/5
responds [1] 6102/14
response [6] 6082/22 6106/17 6113/25
6155/23 6157/1 6200/7
responses [2] 6103/22 6126/12
responsibility [14] 6090/20 6186/15
6193/20 6224/11 6226/18 6227/5 6240/5
6244/25 6245/16 6245/24 6245/25
6246/1 6246/6 6246/10
responsible [4] 6124/18 6128/22
6192/17 6245/10
rest [5] 6081/8 6166/12 6198/15 6239/13
6269/13
result [10] 6097/22 6088/1 6095/23
6098/25 6099/11 6120/6 6133/23
6134/17 6150/25 6229/1
resulting [3] 6098/6 6109/6 6134/21
results [18] 6081/9 6131/16 6132/24
6133/17 6133/19 6133/20 6133/21
6140/8 6209/14 6215/22 6217/1 6222/7
6222/19 6223/1 6228/25 6229/4 6234/4
6235/19
retained [2] 6090/23 6177/18
retired [2] 6205/7 6205/8
returns [3] 6148/9 6207/18 6209/17
reveal [3] 6138/9 6138/19 6230/5
Revette [1] 6235/18
review [11] 6127/18 6153/7 6180/17
6181/5 6186/16 6189/8 6190/7 6206/10
6206/18 6207/6 6244/12
reviewed [8] 6141/2 6141/2 6171/18
6172/10 6187/6 6188/2 6205/22 6207/6
reviewing [4] 6157/21 6157/25 6238/2
6244/15
rheology [1] 6214/4
Rich [1] 6114/10
RICHARD [5] 6067/16 6113/9 6113/25
6114/9 6271/15
rig [44] 6063/4 6074/13 6077/9 6077/23
6077/25 6080/25 6081/5 6081/25
6081/25 6082/2 6082/5 6083/16 6083/17
6085/8 6086/3 6091/11 6092/4 6097/14
6118/22 6119/1 6125/24 6126/9 6129/13
6129/13 6142/7 6166/8 6186/16 6186/21
6200/17 6200/21 6200/25 6209/4 6215/4
6228/22 6231/18 6232/19 6235/10
6238/20 6238/21 6243/9 6246/2 6255/4
6255/17 6260/3
right [99] 6070/22 6071/18 6072/9
6072/13 6072/23 6073/17 6073/25
6074/12 6074/17 6075/1 6076/13
6076/20 6077/15 6077/18 6078/5 6080/8
6080/21 6090/18 6092/13 6093/4
6095/13 6096/12 6096/15 6107/16
6108/20 6113/24 6115/1 6116/10 6119/3
6123/22 6125/13 6137/7 6144/24
6146/25 6150/5 6151/9 6155/3 6156/4
6156/16 6158/22 6159/25 6160/17
6161/10 6162/3 6162/22 6163/14

**R**

right... [53] 6163/16 6164/4 6164/16 6165/6 6165/13 6165/21 6166/11 6167/15 6168/6 6168/13 6169/1 6169/11 6169/14 6169/25 6170/8 6170/23 6171/8 6172/1 6172/18 6174/6 6177/19 6178/17 6180/10 6181/3 6181/13 6181/17 6187/23 6191/2 6194/9 6198/17 6206/18 6207/3 6207/10 6209/21 6232/10 6248/22 6252/1 6252/9 6255/12 6255/18 6257/4 6257/20 6257/24 6259/22 6261/15 6263/3 6264/23 6265/14 6266/6 6266/22 6267/16 6267/23 6271/25
rigour [1] 6079/8
rigs [8] 6073/20 6085/10 6131/6 6131/14 6144/15 6258/14 6258/17 6258/19
rise [2] 6090/12 6151/11
riser [12] 6121/18 6121/25 6125/17 6125/21 6126/2 6139/4 6139/13 6147/12 6147/15 6148/4 6148/13 6227/20
risers [1] 6136/24
rising [1] 6247/12
risk [47] 6086/20 6088/4 6088/10 6088/12 6088/14 6088/15 6088/20 6095/14 6096/18 6107/24 6109/6 6109/21 6111/4 6115/19 6115/24 6120/25 6121/3 6121/7 6121/9 6121/11 6121/13 6121/21 6121/22 6122/1 6122/2 6122/7 6122/11 6122/14 6122/16 6122/19 6123/3 6123/4 6123/7 6131/1 6131/5 6131/14 6132/17 6133/1 6134/2 6134/7 6138/4 6191/24 6192/2 6192/7 6242/3 6242/5 6242/6
risks [9] 6090/16 6090/16 6107/19 6107/23 6108/24 6120/22 6242/10 6242/17 6242/19
risky [2] 6122/17 6264/23
RMS [3] 6070/16 6070/17 6075/12
ROBERT [3] 6064/3 6067/3 6103/15
ROBERTS [2] 6067/9 6068/4
Rodney [1] 6186/25
Rogues [1] 6077/14
role [7] 6091/10 6091/17 6096/10 6128/25 6129/10 6130/17 6192/18
roll [2] 6151/5 6151/6
rolled [2] 6134/7 6134/8
rolling [3] 6078/2 6151/1 6151/3
Ron [1] 6085/11
room [2] 6068/15 6116/16
rooms [1] 6071/15
root [3] 6077/11 6128/3 6270/20
ROP [3] 6104/14 6104/21 6104/21
rotary [11] 6084/13 6084/17 6084/18 6085/6 6085/7 6085/21 6085/23 6086/4 6086/8 6086/12 6086/20
rotten [1] 6257/25
Rouge [2] 6064/23 6066/13
routines [2] 6075/21 6265/22
Roy [2] 6063/18 6063/19
rule [4] 6081/11 6081/16 6174/21 6175/8
ruled [1] 6269/3
rules [1] 6197/23
ruling [4] 6070/4 6152/21 6252/15 6269/2
run [16] 6099/2 6121/6 6160/12 6160/16 6161/15 6189/25 6190/8 6190/13 6190/20 6198/22 6210/2 6210/14 6224/6 6224/14 6226/2 6228/4
running [14] 6083/5 6094/16 6115/5 6115/11 6121/11 6142/10 6204/13 6204/15 6204/20 6223/25 6224/1 6224/6 6224/16 6224/20

Rusnak [1] 6065/2
Ryan [2] 6106/25 6127/16

**S**

S-T-E-V-I-C-K [1] 6271/22
safe [3] 6094/8 6094/14 6094/24
safely [4] 6086/19 6124/20 6125/24 6245/12
safer [1] 6086/24
safety [33] 6111/5 6128/6 6128/11 6128/12 6128/13 6128/18 6128/22 6130/16 6133/9 6133/11 6133/14 6134/10 6141/1 6141/4 6141/4 6142/15 6143/5 6143/23 6144/25 6146/14 6146/18 6148/23 6149/2 6149/3 6149/11 6151/3 6154/10 6197/23 6197/25 6198/5 6199/8 6250/21 6250/24
safety-related [1] 6146/14
said [41] 6076/13 6077/20 6081/24 6084/19 6084/19 6085/24 6127/9 6127/15 6137/13 6138/21 6140/13 6140/17 6143/3 6143/23 6144/4 6149/11 6154/14 6157/1 6172/8 6173/19 6174/8 6174/12 6175/18 6199/23 6224/25 6226/16 6227/7 6232/5 6233/18 6233/24 6236/19 6237/9 6238/4 6243/17 6248/2 6248/8 6265/12 6266/3 6266/6 6269/9 6269/10
sake [1] 6251/25
same [45] 6078/21 6078/25 6095/10 6101/5 6102/2 6102/13 6102/14 6102/15 6103/16 6118/2 6118/7 6132/23 6133/21 6133/22 6134/3 6134/16 6134/19 6137/23 6150/24 6170/10 6172/6 6180/9 6191/5 6191/5 6192/3 6197/13 6197/20 6215/17 6217/14 6217/23 6219/21 6219/22 6219/25 6220/2 6221/11 6221/18 6221/18 6221/18 6221/19 6221/19 6222/3 6222/4 6228/21 6240/18 6262/15
samples [1] 6213/22
San [1] 6065/11
sand [3] 6104/16 6118/13 6190/17
save [5] 6121/5 6121/6 6123/4 6158/3 6250/24
saved [17] 6097/19 6097/20 6097/25 6098/1 6098/3 6116/3 6120/23 6120/25 6121/8 6121/10 6121/12 6121/21 6122/1 6122/7 6122/14 6122/19 6123/3
saving [1] 6122/12
savings [1] 6122/21
saw [24] 6078/21 6126/11 6126/18 6126/19 6144/2 6144/4 6148/22 6149/5 6149/15 6149/24 6150/4 6150/22 6189/9 6195/6 6205/23 6206/2 6209/24 6218/14 6223/18 6224/16 6227/12 6241/9 6249/4 6265/6
say [53] 6077/2 6077/5 6078/4 6079/1 6088/10 6089/12 6091/2 6094/10 6111/9 6116/10 6118/1 6128/14 6129/18 6131/15 6132/20 6136/21 6137/3 6149/7 6149/21 6150/13 6154/5 6154/7 6176/10 6183/12 6184/11 6185/22 6190/19 6193/7 6193/18 6194/14 6196/24 6197/22 6204/12 6205/18 6205/20 6205/24 6208/5 6211/23 6213/21 6223/9 6225/4 6230/8 6232/20 6234/6 6237/23 6238/2 6244/3 6245/15 6245/18 6246/4 6249/18 6250/10 6250/18
saying [18] 6073/1 6076/5 6076/18 6076/19 6077/3 6079/1 6088/11 6105/19 6125/4 6138/16 6140/21 6146/23 6147/5 6171/12 6219/4 6237/15 6245/22

6249/17
6076/2 6079/17 6080/7 6102/20 6104/20 6108/4 6113/14 6113/25 6116/14 6120/21 6131/12 6136/17 6138/6 6138/18 6158/25 6163/5 6174/13 6181/17 6186/6 6190/14 6194/18 6197/24 6199/1 6202/7 6208/16 6209/16 6216/12 6235/8 6237/11 6237/18 6241/2 6241/22 6249/21 6252/10 6253/9 6253/13 6256/7 6256/8 6259/17 6261/2 6261/20
scale [1] 6164/13
scenarios [2] 6217/18 6218/4
scheduled [2] 6070/15 6070/19
Schlumberger [5] 6097/14 6097/25 6205/6 6205/8 6211/18
scope [2] 6247/16 6252/17
SCOTT [4] 6065/14 6132/23 6231/12 6232/3
Scottish [1] 6268/5
screen [4] 6167/19 6179/6 6179/16 6208/19
screens [2] 6246/2 6246/4
screws [2] 6221/23 6222/7
scroll [2] 6253/12 6261/17
seat [1] 6112/7
seated [2] 6070/3 6151/13
seats [2] 6217/1 6216/15
seawater [4] 6109/14 6230/22 6241/23 6242/2
second [12] 6108/21 6109/23 6119/20 6122/10 6131/9 6131/15 6141/22 6144/18 6167/14 6169/13 6192/15 6271/18
secondary [2] 6109/16 6120/6
seconds [1] 6248/24
Secrest [1] 6068/2
section [13] 6063/5 6065/13 6066/3 6106/10 6158/7 6158/23 6172/17 6182/2 6191/2 6203/14 6252/9 6253/12 6256/1
Section 15.2 [1] 6252/9
Section E [1] 6253/12
Section E.12 [1] 6256/1
sections [2] 6097/11 6191/6
secured [1] 6221/24
Sedco [2] 6139/22 6150/17
Sedco 711 [1] 6139/22 6150/17
see [125] 6077/11 6078/10 6088/25 6097/9 6097/21 6097/22 6102/4 6102/13 6102/14 6103/15 6103/17 6104/4 6104/6 6105/17 6112/22 6113/14 6114/11 6117/23 6120/20 6121/14 6123/10 6123/12 6123/15 6123/17 6128/17 6129/16 6131/2 6131/12 6131/18 6135/4 6135/6 6135/12 6137/4 6139/7 6143/7 6143/22 6143/24 6144/16 6144/22 6145/3 6147/6 6148/1 6150/20 6157/12 6157/13 6157/18 6167/9 6169/1 6169/21 6171/14 6178/4 6184/17 6187/10 6188/4 6188/4 6188/6 6188/7 6189/14 6189/17 6189/21 6192/7 6194/21 6195/9 6197/4 6197/21 6198/1 6198/15 6198/21 6199/3 6203/11 6204/2 6207/13 6209/19 6218/3 6219/2 6219/3 6220/1 6222/14 6231/17 6235/9 6237/3 6237/10 6237/11 6237/18 6238/12 6238/14 6241/2 6241/22 6250/7 6250/19 6250/23 6251/16 6251/16 6252/9 6252/14 6252/25 6253/1 6253/9 6253/9 6253/14 6253/20 6254/20 6254/21 6254/24 6254/25 6256/8 6257/13 6257/14 6257/17 6258/11 6259/9 6259/20 6260/12 6260/14 6260/24 6261/4

S

see... [9] 6261/10 6261/24 6262/7
6262/10 6262/13 6262/20 6263/6
6264/22 6272/3
seeing [9] 6107/14 6107/15 6136/3
6143/9 6144/12 6149/17 6157/7 6170/6
6196/4
seem [1] 6145/6
seemed [1] 6269/10
seems [1] 6078/23
seen [35] 6100/15 6101/9 6106/15
6106/16 6107/12 6112/15 6112/16
6116/8 6125/7 6136/1 6136/19 6136/21
6137/9 6137/11 6137/15 6137/21
6137/24 6138/16 6162/19 6171/14
6171/15 6172/3 6172/5 6172/11 6172/20
6174/1 6188/25 6195/18 6207/18
6214/19 6238/17 6246/13 6247/20
6248/9 6259/7
seismic [1] 6189/5
semisubmersible [1] 6134/21
send [2] 6153/21 6271/23
sending [1] 6097/25
sends [1] 6209/12
senior [2] 6193/23 6200/19
senior-most [1] 6193/23
sense [6] 6112/8 6154/2 6154/3 6157/16
6158/2 6174/14
sensor [1] 6118/19
sensors [1] 6128/20
sent [5] 6097/17 6106/5 6106/6 6171/12
6238/19
sentence [6] 6082/7 6083/2 6113/11
6113/14 6261/2 6263/8
separate [6] 6089/13 6142/3 6147/12
6148/5 6222/22 6239/9
separation [1] 6112/9
separator [10] 6126/4 6126/5 6126/7
6126/16 6126/20 6126/22 6126/23
6126/24 6127/4 6127/17
September [4] 6078/8 6078/11 6080/6
6080/18
September 2009 [3] 6078/8 6078/11
6080/18
Sepulvado [4] 6085/11 6086/23 6152/7
6189/15
sequence [2] 6118/21 6237/20
sequential [2] 6118/3 6118/21
series [3] 6164/24 6214/18 6264/20
serious [3] 6127/23 6145/6 6145/20
seriously [2] 6146/23 6266/4
serve [1] 6202/18
serves [1] 6139/15
service [4] 6085/21 6257/17 6262/10
6262/24
Services [3] 6068/7 6068/12 6216/13
SES [1] 6216/20
SESSION [2] 6063/14 6070/1
set [25] 6109/13 6135/5 6141/6 6141/22
6142/9 6149/8 6159/18 6159/21 6161/19
6164/3 6190/15 6214/18 6224/18
6229/18 6229/19 6230/11 6232/13
6237/21 6239/13 6242/8 6244/4 6258/23
6259/1 6269/18 6270/5
sets [3] 6236/4 6258/14 6258/20
setting [7] 6119/22 6120/3 6121/25
6229/10 6230/12 6230/15 6242/11
seven [2] 6145/9 6145/11
several [13] 6106/8 6114/20 6169/6
6184/2 6185/19 6195/11 6196/10 6215/8
6224/19 6226/3 6229/2 6246/23 6250/12
shall [2] 6252/10 6255/8

share [1] 6133/19
shared [1] 6121/15
SHARON [1] 6065/21
Shaw [1] 6064/12
she [2] 6077/16 6154/10
shear [10] 6221/23 6222/7 6222/7
6258/14 6258/20 6258/23 6259/1 6262/2
6262/13 6262/20
sheared [1] 6173/18
shearing [3] 6173/17 6260/17 6262/1
6262/3 6262/5 6262/8 6262/23 6263/5
6263/11 6263/14
shears [1] 6163/14
sheen [3] 6235/12 6248/21 6249/11
shift [1] 6201/12
shifted [1] 6171/13
ship [1] 6076/14
Shipping [1] 6079/21
shoe [14] 6159/2 6160/2 6160/5 6160/6
6160/9 6160/21 6168/20 6170/19 6175/6
6175/12 6178/7 6178/11 6214/14
6217/10
shore [1] 6181/21
short [4] 6091/21 6201/21 6268/2
6268/19
shorter [1] 6093/17
shot [4] 6176/3 6176/6 6176/22 6177/12
should [42] 6078/2 6082/23 6085/4
6091/2 6099/2 6099/6 6101/16 6103/24
6104/16 6109/22 6109/23 6112/21
6112/25 6116/24 6119/13 6119/13
6125/12 6127/6 6146/13 6153/25
6173/22 6173/25 6176/10 6191/8
6194/14 6199/7 6208/9 6208/16 6212/1
6225/4 6240/7 6244/3 6244/18 6247/11
6248/6 6248/10 6249/7 6249/18 6249/19
6250/6 6270/5 6271/16
show [7] 6076/6 6080/2 6135/23 6180/6
6180/11 6254/3 6268/14
showed [9] 6083/16 6098/19 6098/25
6099/17 6132/18 6135/5 6153/16 6217/2
6254/16
showing [2] 6099/11 6254/15
shown [5] 6237/4
shows [5] 6077/7 6079/18 6093/3
6188/12 6253/21
Shushan [1] 6154/8
shut [17] 6119/18 6124/19 6125/8
6125/14 6125/16 6235/12 6244/18
6245/11 6245/24 6248/21 6248/23
6249/11 6249/19 6249/21 6249/24
6249/25 6250/6
SHUTLER [1] 6065/21
shutting [9] 6124/20 6148/8 6244/25
6245/1 6245/5 6245/11 6245/20 6245/20
6245/23
sic [2] 6150/12 6241/2
side [5] 6138/4 6164/9 6164/13 6238/1
6245/4
sidetrack [1] 6093/22
sign [2] 6079/10 6248/18
signals [3] 6126/18 6246/15 6246/18
signature [1] 6260/5
signed [4] 6189/17 6259/20 6259/22
6266/15
significant [6] 6074/19 6119/7 6119/12
6119/14 6130/16 6207/12
significantly [1] 6110/2
signs [1] 6125/11
similar [6] 6136/22 6137/2 6137/4
6137/11 6203/13 6216/19
similarities [2] 6140/22 6150/20
similarity [1] 6147/25

simplicity [1] 6251/25
Sims [1] 6112/1
simulate [2] 6227/19 6227/24
simulating [1] 6104/15
simultaneous [4] 6117/17 6118/12
6118/23 6122/24
since [6] 6074/4 6133/20 6154/1 6154/10
6154/14 6166/1
SINCLAIR [1] 6066/9
single [5] 6183/25 6200/11
sir [151] 6072/6 6072/10 6072/18
6072/20 6072/21 6072/25 6073/10
6073/23 6074/7 6075/1 6075/7 6075/16
6076/5 6076/25 6077/6 6077/22 6077/24
6079/18 6079/22 6080/3 6080/7 6082/21
6083/12 6083/14 6083/23 6084/7 6085/6
6085/11 6087/22 6088/22 6089/14
6089/25 6090/13 6090/16 6091/17
6095/1 6098/4 6098/17 6098/23 6099/2
6099/14 6100/12 6103/1 6103/10
6104/24 6105/2 6105/5 6105/19 6105/22
6105/25 6106/15 6107/7 6107/20 6108/4
6109/4 6109/19 6110/5 6110/8 6110/12
6110/15 6110/24 6111/2 6113/14
6115/23 6116/2 6118/5 6120/10 6120/11
6120/12 6123/1 6123/24 6124/15
6124/21 6126/25 6127/1 6127/10
6128/11 6128/13 6129/1 6129/5 6130/10
6130/18 6131/6 6133/5 6134/1 6134/4
6135/4 6136/2 6136/17 6136/20 6137/9
6138/13 6138/24 6139/10 6142/1 6142/6
6143/8 6143/12 6143/18 6143/24 6144/1
6145/13 6145/16 6145/21 6146/7
6146/23 6147/4 6147/9 6147/10 6147/13
6147/20 6147/24 6148/14 6148/18
6148/24 6149/6 6149/11 6149/13
6149/20 6150/1 6150/5 6150/12 6150/18
6151/6 6151/7 6156/2 6156/5 6156/8
6156/11 6157/22 6158/13 6158/15
6158/18 6175/13 6251/12 6251/17
6252/6 6252/14 6252/25 6253/14 6254/2
6254/8 6254/21 6255/24 6257/17 6258/2
6259/9 6261/4 6262/10 6262/16 6267/16
site [16] 6085/12 6086/17 6086/23
6108/22 6179/25 6180/11 6181/17
6189/15 6192/16 6194/1 6195/20
6228/21 6239/24 6240/5 6241/7 6265/2
sitting [1] 6226/5
situation [7] 6072/19 6113/3 6126/8
6126/25 6127/5 6127/8 6159/20
six [10] 6115/10 6115/12 6115/13
6115/14 6143/3 6145/9 6147/12 6148/5
6148/25 6187/17
skipped [1] 6121/19
skirts [1] 6160/21
sleeping [2] 6199/16 6199/17
Slidell [1] 6064/19
slight [2] 6247/13 6248/12
slow [2] 6105/1 6105/20
slowly [1] 6248/25
SLT [2] 6132/7 6134/10
slurry [12] 6156/6 6156/9 6205/12
6205/21 6206/7 6211/7 6211/12 6212/1
6212/19 6212/25 6213/23 6214/9
small [3] 6093/7 6095/24 6167/16
smaller [5] 6094/6 6094/11 6094/23
6095/3 6095/10
Smells [1] 6257/25
so [144] 6071/16 6077/10 6077/22
6077/24 6078/1 6079/20 6079/23
6082/25 6084/22 6085/9 6087/16
6091/14 6094/2 6095/6 6097/22 6098/23

**S**

so... [128] 6099/3 6099/9 6101/12
6103/7 6105/20 6112/5 6118/3 6118/9
6118/22 6121/2 6121/3 6121/13 6123/11
6125/17 6126/14 6126/20 6129/24
6130/4 6130/6 6130/8 6131/20 6132/3
6132/13 6134/9 6134/11 6134/12 6137/1
6138/21 6139/13 6140/9 6140/18 6141/6
6141/15 6145/2 6146/20 6148/21 6150/6
6150/8 6152/13 6153/11 6153/22
6154/23 6155/14 6157/23 6158/11
6161/8 6163/5 6164/8 6164/12 6164/13
6164/16 6169/23 6171/13 6172/6 6175/8
6176/6 6176/18 6181/11 6182/1 6182/9
6183/25 6184/6 6185/1 6185/13 6185/17
6187/2 6188/16 6188/23 6190/19
6191/19 6197/2 6197/8 6197/13 6197/19
6198/25 6199/5 6199/15 6200/25 6207/1
6208/14 6209/3 6209/21 6210/17
6212/10 6214/22 6215/2 6217/22 6218/3
6218/10 6219/11 6222/3 6222/11
6225/12 6225/25 6226/14 6226/19
6227/19 6227/23 6227/24 6230/4
6232/13 6234/3 6236/3 6236/21 6239/12
6239/22 6241/5 6242/8 6245/3 6247/20
6248/17 6248/25 6249/23 6250/25
6251/24 6252/7 6252/17 6253/18 6254/2
6254/13 6253/5 6256/15 6257/19 6265/7
6269/17 6269/24 6270/11 6270/25
software [1] 6068/21
solely [1] 6266/13
some [100] 6071/7 6072/10 6072/24
6074/18 6076/23 6077/13 6080/2
6080/17 6082/6 6085/3 6085/20 6087/18
6090/18 6092/10 6092/12 6095/14
6098/11 6100/8 6100/24 6100/25
6101/22 6104/11 6108/9 6108/19
6111/19 6112/3 6113/1 6113/1 6120/21
6121/6 6121/10 6121/16 6121/22 6132/3
6132/7 6137/3 6140/21 6144/10 6144/10
6147/14 6147/21 6148/16 6148/19
6148/20 6151/6 6152/2 6152/4 6154/2
6154/2 6154/19 6156/15 6157/24
6159/10 6164/23 6171/21 6171/21
6176/10 6176/11 6178/22 6183/5
6184/13 6189/3 6189/10 6190/5 6190/23
6190/25 6191/1 6191/15 6191/23
6193/11 6195/16 6196/18 6197/12
6202/2 6202/10 6205/24 6212/10
6212/11 6219/16 6220/1 6222/11
6223/18 6226/21 6227/9 6230/16
6241/17 6243/25 6246/12 6246/14
6254/23 6256/3 6258/14 6258/16
6258/17 6262/4 6265/22 6266/25 6267/2
6267/21 6270/8
somebody [11] 6078/2 6129/25 6153/11
6181/1 6185/9 6194/5 6205/11 6218/7
6219/6 6219/8 6242/18
somehow [1] 6214/25
someone [2] 6153/24 6212/23
something [40] 6075/6 6076/23 6077/4
6079/17 6083/15 6084/20 6091/4 6103/9
6109/20 6112/21 6128/18 6136/25
6136/25 6139/9 6141/16 6154/9 6157/1
6162/1 6165/14 6165/18 6170/23
6171/15 6174/17 6175/9 6175/15 6177/2
6177/3 6178/20 6185/3 6204/10 6226/5
6228/7 6242/13 6248/18 6249/6 6250/3
6264/22 6270/18 6270/20 6270/21
something's [1] 6214/24
sometimes [7] 6071/13 6071/15 6075/22
6075/23 6086/7 6086/9 6118/24

somewhere [1] 6178/13
soon [1] 6091/7
sorry [16] 6082/13 6089/3 6111/9
6113/15 6115/14 6121/18 6129/20
6139/21 6142/18 6144/12 6150/2 6208/9
6217/2 6234/16 6236/20 6242/4
sort [1] 6133/11
sound [4] 6128/21 6165/21 6188/18
6202/20
sounded [2] 6072/14 6072/15
sounds [3] 6072/8 6094/20 6127/21
sour [1] 6258/5
spacer [10] 6121/20 6234/7 6239/3
6239/3 6239/4 6239/13 6242/12 6242/17
6243/1 6243/14
speak [5] 6180/23 6200/25 6202/3
6202/5 6243/10
speaking [2] 6101/14 6249/15
speaks [1] 6102/8
specialist [1] 6209/9
specialists [1] 6209/4
specific [8] 6108/9 6132/16 6139/4
6148/19 6149/17 6150/6 6161/3 6189/10
specifically [14] 6070/8 6072/7 6076/8
6096/5 6104/9 6117/5 6137/5 6145/14
6145/15 6170/18 6200/15 6203/22
6244/8 6252/9
specification [4] 6255/14 6257/13
6258/10 6259/3
specifications [6] 6162/10 6162/19
6165/4 6166/14 6254/11 6258/22
specifics [1] 6090/18
specified [15] 6096/14 6096/23 6166/14
6168/9 6252/11 6254/15 6254/21
6256/13 6256/16 6264/5 6264/15
specifies [6] 6163/1 6254/5 6255/1
6255/7 6255/8 6260/8
speculation [2] 6073/5 6175/17
speed [3] 6095/6 6095/9 6104/24
spelled [1] 6268/21
spend [1] 6100/25
Sperry [4] 6126/19 6246/9 6247/17
6247/17
Sperry's [1] 6118/18
Sperry-Sun [1] 6246/9
SPILL [1] 6063/4
SPIRO [1] 6066/4
splash [1] 6187/21
splashing [1] 6189/1
spoke [6] 6180/25 6116/6 6182/10
6182/11 6189/24 6215/7
spreadsheet [4] 6265/7 6265/18 6266/8
6266/13
spring [1] 6163/22
spring-loaded [1] 6163/22
spud [3] 6186/4 6187/16 6188/22
spudded [1] 6187/18
spudding [1] 6186/15
stability [5] 6121/7 6212/6 6212/16
6213/14 6213/20
stable [5] 6098/20 6099/1 6099/12
6099/18 6212/20
stack [6] 6169/16 6253/25 6257/14
6259/10 6259/18 6260/12
stamp [2] 6072/11 6208/14
stand [1] 6212/25
standard [10] 6118/20 6184/23 6185/2
6185/14 6228/3 6228/6 6228/8 6236/2
6236/10 6237/14
standpoint [4] 6080/25 6114/25 6122/15
6141/6
start [4] 6158/19 6225/4 6236/14 6262/1
started [4] 6126/14 6226/20 6237/12

6248/25
starting [1] 6141/21 6169/15
6186/7
starts [2] 6198/21 6248/11
state [12] 6066/7 6066/11 6066/15
6109/15 6115/4 6133/25 6211/10
6213/18 6217/6 6230/14 6262/24 6266/9
stated [1] 6140/7
statement [5] 6090/1 6090/1 6099/3
6204/23 6225/16
states [48] 6063/1 6063/10 6063/15
6065/8 6065/12 6065/18 6066/2 6074/25
6078/20 6079/15 6079/19 6081/4
6081/23 6083/11 6086/16 6088/6
6102/25 6104/1 6104/19 6107/2 6109/10
6113/18 6125/21 6132/10 6133/3
6134/18 6135/7 6135/13 6135/18
6138/12 6139/8 6148/12 6155/7 6180/4
6190/18 6191/11 6194/25 6204/8 6208/1
6209/20 6216/24 6217/12 6217/21
6218/6 6233/22 6234/11 6235/16 6272/9
static [4] 6165/17 6166/2 6214/5 6235/11
Station [1] 6066/5
Statistics [1] 6147/18
staying [1] 6081/2
stays [1] 6176/7
steady [1] 6217/6
steady-state [1] 6217/6
steel [4] 6221/5 6221/5 6221/8 6221/19
Steering [1] 6071/6
stenography [1] 6068/20
step [3] 6098/2 6239/15 6249/25
STEPHEN [1] 6063/23
steps [4] 6121/16 6181/18 6239/13
6249/20
Sterbcow [2] 6064/5 6064/6
STERNBERG [1] 6068/12
Steve [6] 6080/15 6080/16 6132/23
6149/19 6152/1 6266/15
STEVEN [3] 6065/14 6067/9 6136/7
Stevick [1] 6271/22
still [10] 6071/15 6074/20 6075/9
6075/20 6093/7 6123/5 6152/12 6154/10
6172/8 6225/25
stipulation [1] 6269/8
Stone [1] 6067/22
stop [16] 6077/20 6118/25 6193/20
6197/25 6198/5 6198/9 6199/8 6224/11
6233/18 6235/22 6240/9 6240/13
6249/19 6249/20 6264/22 6265/1
stopped [5] 6091/21 6198/12 6229/19
6238/10 6240/19
stopping [1] 6204/18
strange [2] 6066/8 6248/23
Street [18] 6063/20 6064/3 6064/6
6064/10 6064/13 6064/19 6064/22
6065/6 6066/12 6066/16 6066/19 6067/6
6067/10 6067/17 6067/23 6068/5 6068/9
6068/15
strength [4] 6094/22 6098/21 6214/4
6214/5
Stress [16] 6215/13 6215/22 6215/23
6216/3 6216/12 6217/16 6217/22
6221/13 6221/14 6221/17 6222/12
6222/14 6266/19 6266/21 6267/8
6267/13
Stress' [1] 6223/11
Strickland [1] 6271/15
strike [4] 6184/12 6195/25 6203/2
6208/15
string [33] 6093/24 6094/5 6095/25
6114/19 6115/6 6115/11 6115/21 6116/3
6116/15 6122/18 6190/8 6190/9 6190/12

**S**

string... [20]  6190/15 6190/21 6195/7
6195/8 6202/10 6202/12 6202/13
6202/15 6202/18 6202/22 6203/2 6203/3
6203/4 6203/12 6203/13 6203/19 6204/4
6204/13 6204/16 6204/25
strings [5]  6114/14 6191/10 6204/5
6223/25 6252/12
strong [1]  6270/6
Structurally [1]  6202/20
structure [1]  6083/17
Stuart [1]  6100/12
stuck [2]  6100/1 6100/25
stuff [3]  6079/2 6234/22 6270/15
subject [11]  6101/6 6101/22 6102/14
6106/14 6107/23 6123/17 6130/25
6131/1 6135/25 6152/18 6155/22
submit [1]  6269/21
submitted [1]  6261/3
subsea [2]  6070/13 6253/13
subsequent [1]  6244/1
substance [1]  6079/1
subsurface [1]  6104/5
succeed [2]  6112/11 6196/23
success [1]  6081/18
successful [2]  6229/8 6232/22
succession [1]  6088/1
such [10]  6074/23 6104/13 6104/21
6105/15 6148/7 6156/15 6180/23
6205/12 6217/10 6257/16
sudden [1]  6217/9
suffered [1]  6146/10
suggest [3]  6152/14 6201/1 6213/19
suggesting [3]  6105/1 6105/4 6137/13
suggestion [1]  6104/20
suitable [3]  6258/4 6262/10 6262/24
suitably [1]  6078/17
Suite [12]  6063/20 6064/6 6064/10
6064/16 6066/19 6067/6 6067/10
6067/17 6067/20 6068/5 6068/9 6068/12
sulfide [3]  6257/22 6258/6 6262/7
SULLIVAN [1]  6065/20
summarize [2]  6092/7 6189/3
summarized [1]  6090/11
summary [7]  6087/22 6087/23 6088/19
6090/12 6108/7 6216/9 6216/12
Sun [1]  6246/9
superintendent [2]  6080/12 6084/6
supervisors [1]  6266/16
support [4]  6084/1 6142/16 6142/22
6178/22
supporting [1]  6135/4
supports [2]  6114/5 6172/12
suppose [1]  6089/20
supposed [5]  6103/6 6161/25 6163/2
6163/6 6240/12
supposedly [1]  6136/11
sure [33]  6077/2 6079/23 6081/12
6083/19 6094/11 6106/23 6111/11
6114/10 6122/4 6129/2 6146/5 6146/22
6154/8 6170/9 6172/8 6173/3 6194/19
6197/13 6200/21 6218/3 6223/13
6229/22 6230/9 6236/3 6243/6 6249/15
6253/23 6263/7 6267/4 6267/25 6268/21
6268/24 6270/18
surely [1]  6078/2
surface [3]  6109/13 6120/4 6236/7
surge [3]  6217/6 6217/7 6217/9
surrounding [1]  6127/19
survey [7]  6131/2 6131/5 6131/13
6131/16 6131/21 6132/22 6133/17
survived [1]  6196/10
sustain [1]  6110/18
sustained [2]  6110/11 6110/12
Sutherland [1]  6067/8
SWACO [3]  6231/4 6241/7 6243/3
SWACO's [2]  6239/9 6239/12
sweep [1]  6169/20
switching [1]  6075/12
sworn [1]  6075/8
system [17]  6070/11 6070/15 6070/16
6070/18 6075/9 6075/10 6075/11 6085/3
6128/20 6129/17 6130/5 6148/23 6159/5
6174/16 6256/12 6256/15 6257/7
system-wide [1]  6148/23
systemic [5]  6128/24 6129/4 6130/16
6136/11 6150/20

**T**

tab [1]  6096/7
table [1]  6084/14 6084/18 6085/6
6085/7 6085/21 6085/23 6086/4 6086/8
6086/12 6086/20
tags [1]  6265/8
take [33]  6076/4 6077/20 6081/25
6084/11 6086/9 6091/8 6116/19 6117/14
6117/23 6121/16 6143/7 6151/6 6151/9
6171/1 6176/14 6180/7 6194/19 6197/24
6198/5 6199/8 6201/5 6220/10 6235/12
6240/13 6244/2 6244/3 6244/5 6244/12
6250/1 6250/2 6263/19 6268/10 6269/22
taken [3]  6202/21 6256/21 6256/23
takes [2]  6200/18 6200/24
taking [2]  6076/10 6148/9
talk [26]  6073/17 6086/25 6099/20
6107/16 6114/13 6116/21 6119/3 6119/6
6123/25 6124/9 6125/20 6127/14
6155/23 6158/5 6158/5 6165/1 6175/21
6179/3 6202/1 6204/25 6220/1 6221/22
6223/16 6226/7 6243/15 6271/4
talked [21]  6074/14 6076/3 6080/19
6095/20 6098/10 6111/24 6120/20
6124/11 6147/17 6158/7 6173/16
6184/13 6196/9 6196/18 6202/11
6227/11 6230/11 6230/15 6262/7
6263/11 6270/5
talking [45]  6071/25 6079/16 6082/4
6090/2 6090/4 6090/6 6094/15 6094/16
6094/18 6096/1 6096/2 6096/9 6101/14
6115/21 6127/2 6127/3 6128/11 6128/15
6128/16 6129/6 6134/15 6138/13
6138/18 6143/25 6146/17 6146/24
6148/23 6148/25 6149/1 6149/1 6149/2
6149/10 6149/12 6149/14 6149/22
6150/2 6170/16 6179/25 6188/21
6194/13 6210/25 6211/4 6220/23
6245/17 6245/18
talks [4]  6150/3 6260/12 6260/24 6262/4
tally [1]  6232/10
tank [3]  6126/18 6248/3 6248/6
task [5]  6131/1 6131/5 6131/13 6132/16
6132/25
task-specific [1]  6132/16
tasks [4]  6075/22 6075/22 6075/25
6265/23
team [70]  6076/9 6077/25 6079/12
6081/18 6091/4 6091/5 6091/9 6091/14
6091/14 6100/14 6103/3 6105/20 6106/1
6106/13 6107/15 6111/3 6111/13
6135/11 6135/14 6147/22 6148/20
6157/19 6157/20 6157/24 6159/1 6162/1
6162/2 6163/12 6168/12 6170/17 6171/3
6172/24 6176/1 6176/10 6177/10
6179/25 6181/21 6182/1 6183/2 6185/3
6185/17 6196/9 6200/10 6202/14
6202/17 6203/12 6204/3 6204/10 6205/4
6205/22 6210/25 6211/6 6212/5 6212/5
6212/12 6212/16 6213/2 6213/5 6213/10
6213/14 6214/10 6214/12 6231/13
6231/20 6233/7 6234/2 6234/19 6247/5
6263/22 6267/9
team's [5]  6108/5 6202/21 6213/25
6215/3 6215/10
teams [2]  6184/3 6222/22
technical [8]  6074/13 6084/1 6142/16
6142/22 6211/8 6259/8 6260/7 6261/20
technically [1]  6098/7
techniques [2]  6104/13 6104/21
Technologies [1]  6213/19
tell [14]  6076/22 6092/10 6094/19
6118/7 6120/18 6149/1 6157/15 6167/25
6181/23 6194/6 6207/1 6210/18 6215/2
6239/2
telling [1]  6148/21
tells [5]  6144/24 6191/5 6200/18 6230/1
6257/19
temporary [33]  6088/2 6088/19 6107/16
6107/18 6107/22 6108/5 6108/11
6108/23 6122/7 6185/16 6201/20
6201/21 6202/7 6227/11 6227/13
6227/16 6235/24 6235/25 6236/2 6236/5
6236/9 6236/16 6236/18 6237/2 6237/13
6237/19 6238/4 6238/4 6238/19 6238/24
6239/14 6239/23 6240/3
tend [1]  6248/16
tendency [1]  6075/21
tensile [1]  6221/9
term [4]  6124/11 6124/12 6124/16
6236/3
termination [1]  6077/21
terms [3]  6095/20 6118/23 6264/11
test [79]  6097/7 6098/19 6098/21
6098/25 6099/2 6099/5 6099/7 6099/11
6099/17 6117/19 6118/15 6120/3 6120/7
6121/7 6123/1 6123/18 6130/1 6174/24
6174/25 6175/1 6175/2 6176/17 6176/19
6177/24 6178/4 6201/22 6216/17 6217/9
6217/18 6218/4 6220/7 6222/12 6226/8
6226/9 6226/16 6227/8 6227/17 6227/19
6228/4 6228/11 6229/1 6229/5 6229/7
6229/10 6229/14 6229/15 6229/18
6229/20 6229/23 6230/4 6230/11
6230/13 6230/15 6230/18 6230/21
6230/22 6232/13 6232/21 6232/22
6233/3 6233/17 6233/19 6233/25
6235/10 6235/12 6235/20 6236/10
6236/13 6236/14 6236/25 6237/16
6237/21 6238/7 6238/8 6238/9 6242/2
6243/23 6248/21 6249/12
tested [6]  6164/22 6217/4 6219/23
6220/3 6220/19 6222/20
testified [18]  6070/25 6101/10 6157/5
6177/23 6182/10 6182/23 6212/24
6215/10 6219/15 6229/10 6236/9
6236/16 6237/13 6240/15 6246/12
6264/21 6268/17 6269/5
testify [4]  6070/6 6070/9 6213/3 6219/19
testifying [3]  6087/5 6101/12 6267/5
testimony [15]  6076/13 6084/16 6084/24
6087/15 6146/22 6157/23 6182/5
6214/21 6226/21 6226/21 6237/4
6243/25 6246/14 6249/23 6254/23
testing [35]  6120/2 6124/2 6156/9
6176/11 6178/3 6206/16 6206/20
6206/22 6212/2 6212/10 6212/11
6212/14 6212/14 6212/25 6213/11
6213/13 6213/19 6214/4 6214/5 6214/5
6214/6 6214/8 6215/15 6216/3 6216/6

testing... [10]  6217/16 6217/22 6218/12
6219/16 6221/12 6221/14 6221/17
6222/15 6252/16 6252/21
tests [22]  6118/9 6124/5 6129/23
6164/24 6176/22 6206/24 6207/2
6213/22 6216/14 6217/5 6217/6 6217/6
6217/7 6217/7 6217/8 6227/23 6228/14
6228/18 6228/19 6228/23 6234/4 6236/7
Texas [6]  6065/4 6067/10 6067/21
6068/5 6068/10 6068/13
text [2]  6103/20 6203/25
than [28]  6079/23 6081/2 6093/17
6094/2 6095/25 6096/13 6096/16
6096/22 6109/14 6116/3 6119/24 6138/9
6140/20 6144/13 6148/15 6149/8
6149/22 6152/22 6154/22 6166/10
6168/4 6174/18 6177/7 6178/13 6190/19
6197/9 6221/24 6259/1
Thank [21]  6075/16 6102/11 6123/24
6127/10 6136/14 6151/7 6151/20 6155/5
6155/15 6182/14 6208/23 6213/7
6225/18 6227/1 6251/1 6263/23 6266/18
6267/17 6267/18 6269/4 6272/1
Thanks [1]  6114/10
that [1283]
that's [233]
their [12]  6074/4 6083/7 6091/10
6091/13 6091/17 6112/6 6129/14 6141/1
6141/4 6189/8 6210/15 6218/19
them [39]  6071/22 6082/6 6086/20
6088/13 6092/10 6092/11 6092/12
6094/19 6095/21 6097/17 6098/3
6101/13 6118/2 6118/3 6118/6 6121/6
6134/12 6142/10 6147/17 6152/4 6153/8
6164/24 6166/9 6168/10 6169/16
6172/21 6177/4 6186/24 6195/4 6199/7
6206/14 6206/14 6219/9 6228/20
6235/20 6259/8 6262/2 6262/3 6269/25
themselves [1]  6162/20
then [81]  6074/9 6074/10 6075/17
6077/6 6078/5 6079/5 6085/22 6089/17
6091/9 6093/6 6103/12 6103/19 6105/12
6106/4 6111/3 6112/3 6113/24 6114/9
6115/16 6118/8 6118/19 6118/20 6119/3
6120/15 6125/20 6125/22 6126/16
6131/9 6131/15 6133/16 6134/9 6135/8
6135/14 6137/16 6137/25 6139/21
6144/5 6145/5 6145/19 6145/24 6146/1
6163/21 6164/14 6166/17 6174/8
6174/11 6176/16 6183/10 6189/20
6192/8 6192/12 6197/6 6197/24 6205/2
6207/24 6213/21 6217/13 6220/11
6229/19 6233/17 6235/13 6237/16
6237/22 6238/9 6239/13 6245/1 6248/25
6249/19 6249/21 6249/25 6250/6 6253/2
6253/12 6253/21 6260/16 6261/6
6261/10 6261/17 6261/22 6262/12
6269/21
theory [5]  6168/21 6170/20 6177/14
6215/12 6215/13
there [157]  6070/10 6075/20 6079/10
6081/13 6082/17 6085/3 6085/20
6089/13 6090/6 6091/4 6092/3 6094/7
6094/12 6094/24 6097/14 6097/16
6099/17 6099/24 6099/25 6100/3
6100/19 6106/8 6108/24 6112/4 6112/18
6114/13 6114/16 6114/20 6115/9 6117/3
6117/17 6118/11 6118/21 6119/10
6119/13 6120/6 6125/1 6125/4 6126/2
6126/11 6129/9 6129/14 6130/6 6130/9
6130/20 6134/2 6134/4 6134/20 6137/13

6138/23 6139/3 6139/15 6140/10
6140/20 6140/25 6140/25 6141/4
6141/12 6143/5 6143/23 6144/10
6147/14 6147/25 6150/23 6152/2 6154/2
6156/18 6157/16 6157/23 6161/9
6161/22 6162/9 6162/17 6162/23 6167/4
6167/9 6167/16 6168/15 6169/11 6171/8
6171/18 6171/21 6173/4 6174/21
6174/23 6177/24 6179/8 6180/5 6180/5
6181/9 6181/22 6182/10 6183/2 6184/2
6188/4 6191/19 6193/11 6194/2 6197/11
6198/25 6199/20 6201/13 6203/23
6211/23 6217/25 6219/22 6220/6
6221/23 6225/5 6226/21 6227/8 6227/12
6228/3 6228/5 6228/6 6228/7 6228/10
6228/12 6229/23 6230/4 6230/24
6231/12 6237/16 6239/16 6239/22
6239/23 6240/1 6240/17 6243/4 6245/22
6246/2 6246/23 6246/25 6247/13 6248/7
6248/12 6248/18 6249/1 6249/2 6249/2
6249/13 6250/10 6250/12 6253/2
6254/20 6255/14 6255/21 6259/1 6259/3
6260/5 6260/5 6260/8 6265/7 6267/4
6269/7 6269/9 6270/8
there's [29]  6074/5 6076/19 6077/13
6101/12 6130/6 6155/3 6158/1 6175/14
6175/18 6178/19 6179/3 6179/15 6201/1
6214/21 6222/2 6223/9 6227/7 6239/7
6239/9 6239/15 6244/17 6249/18 6253/2
6253/12 6254/23 6256/3 6260/6 6262/12
6269/17
therefore [6]  6070/8 6117/1 6117/7
6191/8 6211/25 6230/6
these [72]  6073/25 6074/4 6076/12
6076/13 6076/14 6079/20 6079/25
6088/10 6088/11 6088/14 6088/20
6090/11 6090/15 6101/11 6101/12
6101/14 6102/21 6102/23 6115/9 6118/1
6120/19 6121/20 6120/21 6129/21
6132/2 6132/21 6132/23 6133/19
6134/10 6137/3 6138/9 6138/10 6138/19
6141/13 6144/18 6145/1 6146/8 6146/12
6147/2 6147/7 6148/6 6148/16 6148/20
6148/25 6149/13 6160/21 6164/23
6166/9 6173/11 6179/24 6180/9 6181/5
6181/5 6186/14 6187/3 6196/2 6198/20
6201/24 6201/24 6217/4 6218/18 6222/6
6231/17 6232/3 6233/7 6234/18 6250/9
6251/25 6259/7 6262/4 6262/22 6268/10
they [243]
they're [2]  6151/19 6163/22
they've [1]  6258/19
thick [1]  6190/16
thing [12]  6077/18 6078/21 6101/16
6107/6 6129/18 6130/7 6134/16 6150/24
6178/19 6240/18 6246/4 6248/5
things [35]  6071/21 6073/25 6093/23
6100/8 6103/7 6108/16 6108/19 6111/19
6113/3 6118/13 6120/21 6129/2 6130/4
6133/22 6146/18 6146/20 6147/7
6156/25 6157/24 6165/2 6168/15
6168/25 6170/9 6172/6 6174/25 6176/2
6178/23 6184/2 6185/15 6185/15 6186/2
6222/6 6242/11 6257/16 6264/4 6264/11
think [91]  6071/3 6074/14 6075/4 6077/7
6077/7 6077/13 6077/14 6084/19
6086/19 6094/5 6094/22 6095/2 6102/6
6107/3 6112/25 6116/14 6118/15
6120/20 6121/22 6122/9 6122/24 6123/4
6125/3 6127/14 6132/6 6132/16 6132/16
6132/19 6134/7 6134/12 6136/12
6139/15 6140/22 6141/8 6143/21
6152/11 6152/11 6152/12 6152/13

6152/17 6152/24 6154/2 6157/5 6162/13
6167/10 6172/5 6172/11 6172/11 6172/5
6173/6 6177/2 6178/13 6182/4 6183/14
6187/10 6194/5 6195/25 6198/12
6198/15 6205/10 6207/9 6215/19
6220/22 6223/3 6225/5 6231/2 6231/4
6232/11 6237/9 6239/7 6241/4 6241/23
6242/1 6242/14 6242/20 6242/25
6250/16 6250/22 6250/25 6259/7
6263/17 6265/6 6267/20 6267/21 6268/4
6268/11 6269/10 6270/4 6271/9 6271/16
6271/19
Thinking [1]  6187/10
third [5]  6066/12 6070/19 6195/21
6221/3 6271/19
third-party [1]  6195/21
this [425]
this' [1]  6106/25
Thornhill [2]  6064/18 6064/18
thorough [1]  6077/8
those [72]  6073/23 6073/24 6074/6
6079/23 6083/18 6086/11 6086/19
6088/21 6088/24 6090/6 6095/20
6096/18 6109/21 6111/19 6113/2
6114/23 6128/21 6129/25 6130/1 6130/4
6132/11 6147/3 6147/8 6149/21 6150/19
6150/21 6151/25 6152/21 6152/22
6153/3 6153/8 6153/22 6161/12 6162/6
6165/1 6166/13 6170/20 6172/20 6176/8
6176/22 6177/7 6180/11 6184/5 6193/13
6195/3 6202/2 6208/2 6209/23 6210/12
6210/21 6216/20 6222/11 6223/12
6223/16 6227/24 6232/14 6234/4
6239/15 6240/4 6240/5 6241/9 6242/11
6242/17 6244/15 6247/1 6250/17
6262/13 6262/20 6262/20 6269/6
6270/11 6270/25
though [16]  6075/21 6086/23 6095/3
6117/5 6129/3 6130/25 6142/5 6179/19
6224/10 6234/25 6238/3 6241/15 6267/5
thought [11]  6100/6 6126/15 6126/21
6133/19 6141/14 6144/25 6173/3 6194/2
6194/6 6232/21 6250/21
thoughts [1]  6101/22
thousand [3]  6093/17 6125/1 6125/5
thousands [2]  6270/15 6270/21
three [6]  6070/16 6097/11 6114/18
6147/17 6221/23 6261/12
through [35]  6108/8 6120/19 6126/12
6132/4 6134/11 6148/6 6148/9 6156/15
6160/21 6160/22 6161/16 6162/5 6162/5
6164/2 6166/2 6174/16 6190/14 6193/7
6196/2 6197/9 6198/11 6198/20 6198/21
6208/16 6214/2 6215/6 6228/24 6247/16
6247/19 6250/9 6254/5 6257/8 6262/22
6270/2 6270/20
throughout [4]  6200/11 6201/5 6207/19
6209/17
thumb [2]  6152/24 6268/7
Thursday [3]  6154/1 6154/12 6154/14
thus [3]  6081/7 6211/8 6271/12
tiebacks [1]  6204/7
Tiger [7]  6091/4 6091/5 6100/14 6103/3
6105/20 6106/1 6106/11
Tiger Team [5]  6091/4 6091/5 6100/14
6103/3 6105/20 6106/1 6106/13
tight [8]  6105/3 6105/5 6189/25 6190/24
6191/7 6191/20 6194/13 6203/5
time [110]  6070/14 6071/11 6071/20
6071/23 6071/24 6072/4 6072/5 6072/11
6073/12 6073/5 6075/11 6077/23
6080/21 6081/5 6081/5 6081/4 6083/24
6085/2 6085/22 6092/15 6094/10 6096/4

time... [88]  6097/19 6097/20 6097/24
6098/1 6098/3 6099/23 6100/24 6100/25
6101/1 6102/23 6104/15 6105/20
6105/21 6118/2 6118/8 6118/11 6118/22
6120/23 6120/25 6121/5 6121/8 6121/10
6121/12 6121/16 6121/21 6121/23
6122/1 6122/2 6122/3 6122/7 6122/12
6122/14 6122/17 6122/19 6123/3 6123/4
6124/23 6131/8 6132/24 6133/7 6134/19
6136/19 6137/8 6137/21 6138/3 6143/19
6143/21 6145/18 6146/11 6146/16
6147/1 6149/13 6149/15 6151/6 6151/15
6154/13 6154/18 6162/18 6165/14
6166/8 6167/22 6168/7 6169/4 6169/4
6170/3 6170/4 6172/21 6187/15 6188/18
6189/2 6197/17 6197/24 6198/5 6199/17
6200/4 6210/8 6210/15 6221/16 6224/5
6228/5 6238/21 6241/11 6248/8 6250/24
6260/20 6262/23 6264/7 6269/18
timely [1]  6084/22
timeout [1]  6199/8
times [12]  6073/19 6076/4 6091/11
6112/7 6114/18 6124/19 6165/12 6166/2
6226/12 6245/10 6247/6 6247/20
title [3]  6110/22 6133/8 6143/21
today [8]  6133/19 6136/1 6153/5
6189/24 6205/2 6223/5 6268/8 6269/25
together [7]  6118/4 6143/11 6154/4
6169/16 6188/14 6241/6 6243/19
told [15]  6076/12 6082/24 6082/24
6101/16 6111/16 6183/14 6191/16
6196/6 6203/5 6205/2 6208/5 6215/14
6233/19 6233/20 6239/16
tolerated [1]  6266/10
Tolles [1]  6067/12
TOM [1]  6064/18
tomorrow [12]  6153/10 6153/12 6153/22
6154/1 6154/13 6154/24 6269/16
6269/18 6271/5 6271/8 6271/18 6271/23
tongs [1]  6086/8
Toni [5]  6068/14 6068/16 6272/8
6272/16 6272/16
too [5]  6073/3 6074/20 6074/23 6107/6
6255/1
took [8]  6090/16 6098/2 6169/3 6169/24
6181/18 6200/10 6205/17 6266/4
tool [1]  6121/16
toolpusher [4]  6200/19 6200/20 6231/18
6235/9
toolpushers [1]  6192/16
tools [1]  6142/10
top [29]  6081/1 6084/14 6085/7 6085/25
6086/3 6097/23 6102/1 6106/10 6123/11
6130/20 6131/10 6157/12 6157/13
6157/14 6157/15 6160/2 6167/5 6167/5
6171/10 6173/11 6175/3 6178/16
6179/16 6188/21 6208/14 6251/16
6253/9 6260/12 6260/13
topic [5]  6089/10 6133/17 6202/6
6254/17 6267/3
topics [2]  6087/18 6132/23
tops [1]  6189/5
torque [1]  6086/7
Torts [2]  6065/9 6065/19
total [11]  6091/22 6092/14 6093/13
6094/18 6094/25 6096/2 6102/23 6149/2
6159/18 6190/16 6268/11
totally [1]  6141/9
touch [2]  6156/25
tour [1]  6199/15
towards [2]  6113/22 6126/11

town [1]  6200/16
track [1]  6156/6
trade [1]  6124/21
6160/10 6175/6 6175/12 6178/7 6178/11
6214/14 6214/22
traded [1]  6081/1
traditional [1]  6104/11
traffic [1]  6171/22
train [4]  6134/12 6138/10 6138/20
6139/12
trained [1]  6139/20
training [8]  6129/13 6129/14 6134/10
6139/4 6139/14 6139/19 6151/3 6151/4
transcript [3]  6063/14 6269/9 6272/11
transcription [1]  6068/21
transcripts [1]  6157/21
transferring [1]  6118/10
transmitted [1]  6140/12
Transocean [133]  6067/5 6067/6 6067/7
6067/8 6067/9 6067/10 6067/12 6067/12
6067/13 6067/16 6067/16 6067/17
6067/19 6067/20 6067/21 6072/4
6077/18 6078/16 6086/25 6087/5
6087/12 6087/16 6087/23 6088/8
6089/10 6090/1 6090/2 6090/8 6090/15
6092/13 6098/14 6100/4 6100/6 6102/6
6103/2 6103/10 6107/3 6107/8 6110/11
6110/25 6112/18 6112/21 6114/6
6114/22 6116/25 6117/11 6123/14
6123/25 6124/4 6124/17 6126/8 6126/25
6127/4 6128/10 6128/12 6130/8 6134/21
6135/20 6135/21 6136/10 6141/13
6142/16 6144/14 6145/13 6146/5
6151/14 6151/21 6152/9 6152/23
6154/11 6157/20 6158/16 6158/25
6159/8 6170/2 6170/16 6171/3 6174/20
6175/8 6175/25 6179/20 6179/23
6181/12 6184/4 6184/7 6185/15 6185/23
6186/8 6186/14 6186/19 6187/25 6189/1
6190/20 6191/6 6193/4 6193/9 6194/9
6195/3 6195/12 6195/20 6200/8 6200/12
6202/11 6204/14 6218/18 6219/13
6220/4 6223/20 6224/7 6241/16 6244/16
6244/21 6245/4 6245/14 6251/24 6252/1
6252/6 6252/10 6256/25 6258/17
6258/19 6259/13 6263/24 6264/11
6264/16 6264/20 6265/13 6266/8
6266/25 6267/13 6267/19 6268/1 6271/1
Transocean's [36]  6113/20 6124/22
6125/8 6125/20 6128/6 6128/11 6128/13
6128/17 6128/24 6129/9 6151/18 6158/8
6158/20 6186/11 6187/2 6187/9 6196/9
6196/15 6199/12 6200/19 6215/25
6223/24 6224/4 6226/11 6228/13
6228/17 6231/8 6232/15 6235/17 6241/8
6241/19 6242/7 6244/12 6244/20 6245/8
6245/19
transpire [1]  6199/6
traps [1]  6118/13
treating [1]  6148/8
trend [1]  6247/10
trends [3]  6192/18 6246/15 6246/18
TREX [47]  6074/10 6078/6 6080/10
6085/14 6087/9 6087/20 6091/18 6092/7
6092/25 6100/10 6102/2 6103/12 6106/9
6108/2 6111/22 6113/4 6115/2 6115/16
6116/5 6120/16 6123/8 6130/19 6135/2
6135/22 6140/4 6141/18 6143/1 6144/5
6148/2 6158/20 6162/14 6167/1 6169/8
6171/25 6172/22 6173/8 6179/5 6179/11
6179/18 6180/14 6181/11 6181/11
6196/13 6198/18 6207/4 6259/5 6265/19
TREX-1072 [2]  6100/10 6102/2
TREX-1136 [1]  6106/9

TREX-126.1.1 [1]  6113/4
TREX-14 [1]  6140/4
TREX-1455 [1]  6167/1
TREX-1693.2.1 [1]  6116/5
TREX-1694.1.1 [1]  6111/22
TREX-17.60.2.1 [1]  6140/4
TREX-20001.020 [1]  6120/16
TREX-214 [1]  6103/12
TREX-2189.1.1 [1]  6135/22
TREX-2294 [1]  6092/7
TREX-22955 [1]  6092/25
TREX-25188 [1]  6085/14
TREX-2562 [1]  6162/14
TREX-2584 [1]  6171/25
TREX-26052 [1]  6144/5
TREX-3188 [3]  6172/22 6173/8 6180/14
TREX-3405 [1]  6078/6
TREX-3505A [1]  6141/18
TREX-36070.7.1 [1]  6148/2
TREX-3808.34.16 [1]  6115/2
TREX-3808.35.17 [1]  6115/16
TREX-3808.6.1 [1]  6087/20
TREX-3808.6.3 [1]  6091/18
TREX-3808.66.13 [1]  6108/2
TREX-41139.20.2 [1]  6198/18
TREX-4246 [1]  6087/9
TREX-4248 [5]  6158/20 6179/5 6179/11
6179/18 6181/11
TREX-4248.197 [1]  6181/11
TREX-5094 [1]  6259/5
TREX-540.2.4 [1]  6196/13
TREX-5479 [1]  6130/19
TREX-5486.17.1 [1]  6143/1
TREX-5618 [1]  6080/10
TREX-60465 [1]  6169/8
TREX-6120 [1]  6123/8
TREX-6166 [1]  6074/10
TREX-713.8.1 [1]  6207/4
TREX-7134.12.1 [1]  6135/2
trial [4]  6063/14 6089/19 6247/20
6263/20
tried [2]  6270/7 6270/24
trip [5]  6122/11 6126/18 6163/6 6248/3
6248/6
tripping [1]  6136/24
TRITON [1]  6063/8
trouble [2]  6091/15 6168/12
true [43]  6071/24 6072/6 6073/4 6073/15
6073/16 6073/20 6073/23 6074/3 6074/6
6076/17 6076/25 6077/1 6079/2 6079/22
6084/18 6090/13 6095/1 6097/8 6100/7
6101/22 6107/20 6107/24 6116/17
6120/11 6126/9 6127/16 6129/11
6130/10 6134/1 6134/22 6137/21
6148/18 6148/24 6149/15 6149/20
6150/1 6150/12 6150/18 6174/19
6228/21 6246/9 6265/4 6272/10
trust [1]  6115/15
truth [5]  6076/22 6183/14 6183/17
6183/20 6184/6
try [5]  6089/16 6100/17 6196/23 6196/24
6196/24
trying [7]  6090/8 6112/8 6162/16
6162/18 6230/10 6244/9 6269/24
TSTPs [3]  6132/5 6132/16 6132/18
tube [15]  6161/13 6161/16 6163/15
6163/25 6176/3 6176/7 6176/7 6176/15
6176/23 6177/13 6177/13 6216/16
6220/7 6221/24 6222/8
tubes [1]  6217/8
tubing [1]  6164/17
Tuesday [1]  6271/17
turn [8]  6081/19 6085/4 6187/13 6190/3

Case 2:10-md-02179-CJB-DPC    Document ...    Filed 04/28/...    Page 243 of 245

**T**

turn... [4]  6235/23 6256/1 6260/9
6264/19
Tusa [5]  6068/14 6068/16 6272/8
6272/16 6272/16
TVD [1]  6190/16
two [13]  6070/18 6079/24 6089/13
6100/19 6119/10 6119/13 6120/12
6129/14 6140/25 6145/5 6147/17
6152/21 6161/10 6161/22 6162/6
6163/21 6163/25 6166/10 6166/11
6169/24 6170/20 6177/7 6177/18 6210/8
6210/12 6210/21 6220/7 6220/11
6220/14 6220/15 6222/22 6239/5
6250/16 6256/23 6257/9 6258/14
6258/19 6263/5 6268/2 6268/8 6269/24
two-flow [1]  6220/14
two-way [2]  6163/25 6177/18
type [12]  6101/2 6118/25 6137/5 6146/9
6150/21 6170/15 6196/14 6215/17
6217/23 6221/19 6254/6 6258/11
types [5]  6113/2 6147/2 6149/22
6222/20 6261/23
typical [2]  6184/20 6201/11
typically [2]  6160/9 6210/13

**U**

U-tubing [1]  6164/17
U.S [4]  6065/15 6065/12 6065/18 6066/2
Uh [1]  6132/15
Uh-huh [1]  6132/15
ultimately [3]  6115/19 6180/2 6255/11
ultra [1]  6085/10
ultra-deepwater [1]  6085/10
unacceptable [9]  6099/8 6099/10
6099/15 6099/16 6109/3 6109/19
6120/10 6120/13 6120/14
uncommon [1]  6203/6
unconditionally [1]  6152/5
uncontrolled [1]  6140/2
unconverted [1]  6160/13
under [8]  6095/2 6095/12 6135/4 6192/4
6192/14 6194/22 6216/19 6242/6
underbalance [2]  6110/1 6142/3
underbalanced [2]  6109/15 6247/8
UNDERHILL [1]  6065/9
underlying [1]  6128/3
underneath [1]  6126/20
understand [13]  6071/23 6072/25 6093/9
6093/19 6112/24 6113/3 6134/6 6170/14
6176/6 6222/14 6222/25 6270/19
6270/23
understanding [5]  6213/5 6221/11
6246/5 6269/15 6272/12
understands [3]  6146/22 6161/8 6270/22
understood [4]  6113/1 6176/18 6206/1
6234/23
undertake [1]  6185/3
undetected [1]  6250/11
unfortunately [2]  6126/19 6229/7
unhappiness [1]  6132/3
unit [1]  6131/17
UNITED [9]  6063/1 6063/10 6063/15
6065/8 6065/12 6065/18 6066/2 6155/7
6272/9
United States [1]  6155/7
unlatch [1]  6227/25
unless [2]  6193/22 6252/12
unlike [1]  6262/23
unloading [3]  6147/12 6148/4 6148/13
unnecessary [2]  6090/16 6107/23
unopposed [2]  6155/1 6155/1

unreliable [1]  6079/22
unsafe [2]  6099/9 6127/25
unsafe... [4]  6127/3 6127/4 6127/7 6127/8 6127/9
6194/2 6194/7 6264/22
unsafer [1]  6086/14
unsatisfactory [1]  6079/9
unstable [3]  6213/15 6213/24 6214/10
until [13]  6070/10 6072/20 6081/7
6107/11 6108/23 6142/7 6152/13
6153/10 6153/12 6153/18 6154/13
6169/18 6169/23
untripped [2]  6160/13 6168/17
unusual [1]  6191/19
up [156]  6074/9 6077/21 6080/11 6081/6
6083/8 6086/7 6087/8 6087/19 6089/21
6091/18 6092/24 6097/1 6100/9 6102/17
6108/1 6111/21 6117/6 6117/20 6120/15
6122/13 6123/11 6124/7 6124/13
6126/15 6131/24 6135/1 6135/5 6135/22
6137/16 6141/15 6148/2 6155/7 6157/25
6158/19 6159/14 6160/22 6161/2
6162/14 6162/22 6164/3 6164/18
6165/12 6166/2 6166/3 6166/21 6167/1
6167/4 6167/9 6167/15 6167/20 6168/19
6168/22 6168/25 6169/5 6169/8 6169/14
6169/15 6169/20 6169/25 6170/3
6170/11 6170/18 6171/7 6171/8 6171/25
6172/1 6172/22 6172/25 6173/7 6173/8
6174/2 6174/2 6174/17 6175/2 6175/3
6175/9 6175/12 6175/15 6176/1 6176/2
6178/14 6178/19 6179/1 6179/5 6179/8
6179/21 6180/10 6180/14 6180/15
6181/13 6185/21 6186/9 6190/11 6191/1
6197/1 6197/3 6197/11 6197/12 6197/17
6200/5 6202/12 6207/4 6208/9 6208/10
6208/18 6208/24 6214/9 6214/25
6215/20 6218/1 6222/19 6223/1 6223/17
6223/20 6224/1 6224/6 6224/15 6225/1
6225/9 6225/12 6225/20 6226/2 6227/10
6229/10 6229/11 6229/14 6229/19
6229/19 6230/11 6230/12 6230/15
6231/10 6232/13 6236/4 6236/21
6240/22 6242/8 6242/9 6242/11 6246/14
6247/2 6248/16 6251/13 6252/3 6253/7
6254/7 6256/5 6257/8 6259/5 6259/15
6260/22 6269/19 6270/14 6270/17
6271/1 6271/15
upcoming [1]  6242/21
upon [4]  6079/20 6079/21 6263/19
6270/5
upper [2]  6106/22 6126/13
us [19]  6076/12 6083/9 6110/13 6129/25
6144/24 6148/21 6150/20 6153/17
6154/12 6159/14 6175/14 6181/23
6183/14 6191/17 6203/5 6205/2 6215/2
6215/14 6247/7
use [22]  6071/16 6077/17 6086/20
6086/21 6101/8 6101/11 6105/22
6114/19 6115/18 6116/15 6132/6
6135/15 6139/5 6150/13 6202/12
6202/13 6202/14 6203/1 6203/3 6211/23
6252/10 6258/4
used [44]  6077/15 6077/16 6084/17
6084/20 6085/9 6116/24 6140/13
6140/17 6151/16 6151/22 6161/4
6163/24 6167/21 6203/4 6203/13 6204/7
6210/9 6210/13 6210/22 6211/7 6215/18
6217/23 6217/24 6219/20 6219/20
6219/23 6220/4 6220/6 6220/11 6220/19
6220/20 6221/4 6221/5 6221/5 6221/6
6221/18 6221/23 6231/3 6236/1 6236/18
6237/3 6243/7 6254/6 6257/20
using [20]  6068/20 6071/10 6075/9

6095/6 6095/21 6095/24 6096/13
6195/1 6195/7 6213/22 6220/13 6221/8
6228/14 6242/12 6243/14 6270/7
usually [2]  6186/7 6253/6
UWILD [1]  6080/21

**V**

V-blades [1]  6263/5
value [1]  6076/10
values [1]  6106/23
valve [2]  6140/23 6140/23 6163/24
6163/25 6177/18 6177/21 6216/15
valves [5]  6161/10 6161/12 6163/20
6176/8 6242/9
variety [8]  6183/10 6195/14 6214/5
6214/6 6215/24 6228/10 6228/14
6244/21
various [11]  6073/19 6111/5 6183/3
6185/15 6185/24 6185/25 6200/10
6205/14 6216/14 6216/18 6223/11
6254/20 6259/13
Vastar [9]  6251/10 6251/23 6259/9
6259/12 6259/22 6259/24 6260/1
6261/15 6264/7
VBR [1]  6123/18
vent [1]  6125/24
venting [1]  6126/8
verbatim [1]  6258/5
verification [1]  6078/15
verified [1]  6232/17
Verify [1]  6115/15
versus [10]  6114/15 6115/21 6220/7
6220/13 6221/5 6222/9 6229/11 6230/12
6248/16 6254/1
vertical [1]  6190/16
very [23]  6070/5 6081/17 6084/20
6085/1 6085/9 6089/11 6095/24 6097/22
6132/23 6136/18 6139/19 6146/11
6146/13 6152/24 6155/22 6174/9 6199/1
6237/23 6245/9 6254/5 6258/2 6270/25
6271/25
vessel [4]  6074/1 6075/9 6251/20
6251/22
viability [1]  6111/4
vice [3]  6133/12 6135/20 6143/20
video [5]  6069/7 6069/8 6268/17 6269/5
6269/13
videos [1]  6268/8
videotapes [1]  6152/25
Vidrine [1]  6239/21
view [2]  6103/2 6249/16
viewed [1]  6164/12
vigilant [1]  6141/23
Virginia [2]  6064/10 6064/10
viscosity [1]  6197/3
viscous [3]  6169/20 6239/4 6239/12
visit [1]  6079/13
vital [1]  6145/1
voices [1]  6269/7
volume [4]  6085/15 6089/23 6089/23
6098/6
Volume 2 [2]  6085/15 6089/23
VON [1]  6068/12
vu [3]  6132/20 6134/15 6150/22

**W**

W-A-L-Z [1]  6111/10
wait [5]  6083/21 6208/18 6208/18
6208/18 6223/6
waiting [3]  6085/21 6118/15 6121/7
Walker [1]  6064/9
WALTER [1]  6064/12

Walther [1] 6067/22

Walz [4] 6111/8 6111/10 6111/12 6111/16

want [35] 6074/8 6089/8 6100/25 6111/24 6120/19 6129/21 6144/3 6146/2 6154/5 6156/25 6157/19 6158/5 6164/10 6164/13 6179/3 6180/7 6180/17 6185/21 6200/24 6202/12 6226/7 6229/11 6235/23 6245/14 6246/13 6254/11 6260/15 6266/20 6269/17 6269/18 6269/20 6270/8 6270/14 6270/17 6270/18

wanted [4] 6107/3 6197/13 6227/24 6268/24

warnings [1] 6135/11

was [483]

Washington [4] 6065/17 6065/22 6066/6 6067/4

wasn't [19] 6077/23 6077/25 6079/2 6079/18 6082/24 6084/22 6122/15 6133/12 6137/1 6139/18 6140/15 6140/23 6165/6 6177/21 6185/17 6201/14 6229/8 6239/2 6263/22

way [29] 6074/18 6121/22 6138/10 6138/19 6140/18 6148/15 6154/20 6163/5 6163/24 6163/25 6165/2 6166/6 6167/16 6175/14 6175/18 6177/18 6177/21 6205/25 6214/24 6227/4 6229/15 6230/4 6236/10 6240/4 6243/21 6257/8 6258/16 6258/17 6271/11

ways [2] 6228/10 6228/15

we [457]

we'll [4] 6152/15 6158/3 6170/8 6179/18

we're [2] 6144/24 6160/1

we've [2] 6270/7 6270/9

Weatherford [14] 6161/2 6162/9 6162/19 6162/25 6163/5 6165/4 6166/14 6168/5 6168/10 6172/4 6172/7 6216/14 6217/4 6218/11

Wednesday [1] 6173/12

week [10] 6127/15 6141/5 6154/2 6154/4 6154/8 6154/9 6269/19 6269/20 6269/22 6271/24

weights [4] 6191/8 6192/24 6192/25 6193/2

weirdly [1] 6237/23

Weisinger [1] 6260/1

Welch [1] 6259/24

well [181] 6071/13 6072/19 6072/21 6076/9 6076/12 6078/25 6081/16 6081/20 6085/12 6086/17 6086/20 6086/23 6088/2 6088/4 6088/15 6088/19 6089/17 6090/18 6091/20 6092/4 6092/4 6092/9 6103/5 6105/5 6105/11 6107/4 6108/22 6109/15 6111/13 6113/15 6113/24 6114/10 6114/25 6116/22 6121/23 6124/17 6124/18 6124/19 6124/20 6124/22 6125/9 6125/20 6126/10 6126/12 6128/19 6129/15 6132/7 6135/15 6137/7 6137/13 6138/4 6138/23 6139/11 6139/19 6139/25 6140/8 6141/21 6141/23 6141/24 6142/2 6142/4 6142/7 6142/10 6144/19 6144/25 6145/18 6146/13 6147/18 6148/7 6149/10 6158/3 6158/5 6169/5 6179/25 6180/1 6180/11 6181/17 6184/14 6184/14 6184/18 6185/11 6185/16 6185/23 6185/24 6186/3 6186/5 6186/7 6186/11 6186/16 6186/17 6187/4 6187/5 6187/6 6187/10 6187/16 6187/18 6187/19 6188/1 6188/12 6188/18

6188/25 6189/1 6189/15 6189/16 6189/20 6190/4 6191/7 6192/19 6193/17 6194/1 6194/14 6194/21 6195/20 6195/21 6196/10 6196/15 6196/18 6202/15 6202/23 6203/20 6206/13 6209/17 6210/9 6211/4 6212/14 6212/17 6213/12 6214/18 6215/1 6215/18 6216/21 6218/4 6220/1 6221/25 6224/23 6226/10 6226/12 6226/23 6227/3 6227/5 6227/20 6227/21 6227/25 6228/21 6229/16 6229/21 6230/1 6230/6 6236/1 6237/15 6237/17 6239/24 6240/5 6241/7 6241/8 6244/1 6244/13 6244/18 6244/20 6244/25 6245/8 6245/10 6245/11 6245/11 6245/21 6245/23 6246/3 6246/7 6246/16 6246/19 6247/8 6249/13 6249/22 6249/23 6253/13 6264/14 6265/2 6265/13 6270/24 6270/25 6271/25

well's [2] 6220/8 6222/1

well-site [1] 6181/17

wellbore [8] 6124/23 6159/1 6164/11 6168/16 6170/4 6177/25 6215/1 6215/6

wells [6] 6101/2 6102/21 6102/23 6104/12 6191/13 6204/5

went [16] 6072/9 6072/24 6114/20 6126/12 6126/14 6130/22 6140/25 6165/3 6180/20 6180/25 6209/16 6209/22 6233/17 6233/19 6247/8 6250/11

were [195] 6072/17 6072/23 6073/14 6073/22 6075/12 6076/12 6078/13 6079/1 6084/9 6084/13 6084/23 6085/20 6085/22 6086/11 6087/1 6087/2 6087/4 6087/6 6087/15 6087/15 6088/21 6088/24 6089/13 6090/2 6090/6 6090/6 6090/16 6091/11 6092/3 6092/15 6094/15 6094/16 6095/1 6095/2 6095/15 6095/23 6096/9 6103/17 6106/8 6106/22 6107/23 6108/24 6109/7 6111/4 6111/12 6111/16 6114/19 6114/20 6116/2 6117/4 6117/16 6117/17 6117/25 6118/1 6118/2 6118/3 6118/5 6118/7 6118/10 6118/15 6119/10 6120/22 6124/10 6127/15 6128/5 6130/5 6130/6 6130/9 6132/6 6132/19 6132/24 6132/25 6133/17 6134/3 6134/11 6135/5 6136/24 6136/24 6139/19 6140/9 6140/10 6140/19 6140/22 6141/7 6141/10 6142/5 6142/5 6142/7 6145/16 6146/14 6147/2 6147/8 6147/14 6149/13 6149/22 6151/1 6151/3 6152/2 6152/4 6153/8 6154/12 6155/24 6157/16 6166/6 6166/12 6170/16 6171/21 6174/3 6178/23 6183/2 6183/13 6183/22 6184/2 6184/4 6184/5 6185/19 6187/4 6187/18 6187/21 6188/21 6190/23 6192/2 6193/11 6196/12 6197/13 6199/20 6200/7 6200/13 6202/10 6202/23 6204/5 6204/12 6205/18 6207/18 6209/17 6210/6 6210/21 6210/25 6215/8 6215/16 6219/22 6220/8 6220/8 6221/11 6221/14 6221/17 6222/12 6225/25 6227/12 6228/10 6228/12 6228/22 6228/22 6230/15 6232/19 6233/3 6234/19 6234/23 6235/12 6239/5 6240/23 6241/11 6243/3 6243/4 6244/9 6246/13 6246/23 6246/25 6248/3 6248/21 6250/10 6250/12 6250/21 6250/23 6251/11 6254/12 6254/16 6255/11 6256/16 6256/23 6262/24 6263/14 6263/14 6263/16 6263/16 6263/17 6264/14 6265/16 6265/23 6266/3 6266/4

6266/19 6267/2 6267/2 6269/15 6269/16 6269/21 6269/21 6270/24 6270/25 6271/16 6271/19 6271/21 6271/25 6272/11 6272/18 6272/22 6272/23 6282/22 6142/2 6187/18 6224/5 6243/15

what [250]

what's [8] 6139/13 6194/22 6195/16 6196/21 6221/23 6226/19 6238/18 6246/5

whatever [8] 6179/12 6204/12 6205/22 6206/10 6224/5 6227/23 6264/13 6265/12

whatsoever [3] 6128/17 6148/10 6244/17

Wheeler [1] 6231/17

when [82] 6071/21 6072/21 6073/2 6073/13 6073/25 6075/8 6076/23 6076/24 6080/2 6081/5 6081/20 6081/24 6084/25 6087/4 6087/15 6088/10 6089/25 6090/1 6093/13 6094/18 6094/20 6095/3 6096/9 6104/15 6106/5 6117/16 6118/11 6119/21 6119/22 6123/6 6124/19 6126/10 6126/13 6138/18 6140/13 6140/19 6140/25 6146/23 6149/10 6150/3 6150/23 6154/18 6157/19 6159/21 6159/22 6160/12 6162/5 6163/12 6163/25 6164/8 6165/8 6165/14 6170/2 6171/4 6171/20 6180/18 6188/13 6202/11 6205/2 6217/4 6217/25 6224/21 6225/20 6229/8 6229/18 6230/15 6245/11 6246/5 6247/10 6247/11 6248/3 6248/3 6248/9 6248/16 6248/21 6249/11 6251/24 6258/4 6260/15 6264/10 6266/3 6269/9

whenever [1] 6148/9

where [44] 6081/14 6084/2 6090/21 6090/22 6097/9 6097/22 6104/20 6117/4 6120/21 6142/3 6146/10 6159/25 6178/11 6178/13 6181/25 6188/4 6188/6 6191/20 6198/21 6200/17 6200/18 6200/25 6201/9 6203/5 6203/11 6204/2 6211/4 6213/18 6223/25 6227/16 6229/25 6237/18 6241/2 6241/22 6248/6 6255/11 6255/20 6256/7 6256/8 6260/12 6260/24 6263/7 6270/9 6270/9

whether [52] 6074/5 6102/6 6114/18 6116/23 6128/25 6129/9 6153/25 6157/16 6158/8 6158/9 6164/20 6171/9 6171/22 6178/17 6180/19 6180/22 6180/25 6181/19 6185/14 6190/23 6197/12 6201/4 6201/8 6201/21 6210/7 6210/10 6210/12 6210/14 6210/14 6210/21 6212/19 6214/24 6216/7 6221/8 6223/12 6223/14 6223/24 6224/4 6224/7 6225/20 6226/2 6226/20 6229/14 6229/16 6229/20 6235/25 6241/12 6243/12 6244/17 6260/15 6269/17 6270/5

which [47] 6075/18 6078/9 6079/20 6081/19 6082/15 6092/15 6092/24 6094/3 6094/8 6094/13 6096/1 6096/5 6105/12 6113/16 6115/4 6118/7 6118/20 6119/18 6120/16 6120/22 6134/7 6135/14 6137/19 6140/20 6146/13 6148/25 6150/2 6161/3 6161/16 6164/10 6173/2 6173/12 6191/3 6200/11 6217/13 6221/10 6221/17 6237/21 6252/10 6255/8 6257/13 6257/22 6258/10 6259/12 6261/22 6262/18 6269/10

while [13] 6091/20 6094/15 6094/16 6096/15 6097/24 6100/24 6118/14 6132/20 6144/14 6157/25 6170/14 6201/21 6204/6

Whiteley [1] 6066/15

who [45] 6073/4 6073/14 6080/14 6085/11 6105/24 6106/12 6111/8 6113/7

# W

who... [37] 6124/13 6133/6 6143/11
6143/12 6143/16 6143/18 6155/7
6171/11 6182/9 6185/7 6185/9 6189/20
6196/10 6199/10 6199/12 6205/11
6209/8 6212/23 6218/7 6218/7 6219/11
6231/18 6232/4 6232/19 6240/19 6243/6
6243/8 6243/12 6244/24 6246/1 6246/4
6246/4 6246/6 6246/9 6263/21 6264/5
6271/20
whoever [1] 6223/21
whole [9] 6101/15 6135/23 6142/3
6142/9 6167/5 6178/6 6203/24 6223/13
6237/20
whom [1] 6239/19
whose [1] 6091/8
why [19] 6071/10 6075/12 6077/7
6077/11 6094/20 6118/7 6145/1 6145/5
6153/10 6153/17 6158/19 6162/14
6164/6 6168/12 6179/14 6181/10
6206/14 6248/7 6259/1
wide [1] 6148/23
widespread [2] 6265/12 6265/22
width [1] 6263/3
will [51] 6089/17 6093/2 6100/17
6116/11 6136/6 6138/10 6138/20 6149/7
6149/21 6152/15 6152/21 6153/12
6153/14 6153/22 6153/25 6154/7 6154/7
6154/9 6155/4 6171/10 6173/12 6184/23
6188/17 6192/18 6193/13 6193/17
6197/11 6208/4 6210/19 6221/4 6227/5
6227/8 6236/8 6237/25 6252/17 6260/8
6262/23 6267/20 6268/3 6268/3 6268/8
6268/10 6268/14 6268/15 6270/15
6271/8 6271/15 6271/18 6271/19
6271/23 6272/3
Williams [4] 6064/15 6064/15 6153/1
6269/15
Williamson [2] 6065/2 6065/3
window [3] 6102/21 6103/4 6103/5
WINFIELD [1] 6066/9
Wink [1] 6260/3
Winslow [3] 6152/7 6152/11 6152/11
wise [1] 6102/21
wish [2] 6129/18 6143/23
withdraw [1] 6123/21
withhold [1] 6152/21
within [5] 6127/15 6131/16 6261/21
6261/23 6263/3
without [20] 6071/4 6086/11 6086/19
6098/19 6099/4 6099/11 6099/17 6101/9
6107/19 6116/23 6145/6 6151/19 6159/5
6176/2 6191/9 6198/11 6212/2 6250/9
6262/22 6265/2
witness [14] 6075/2 6101/8 6101/10
6102/6 6136/8 6145/22 6151/8 6152/3
6155/8 6175/18 6213/4 6252/17 6271/11
6271/18
witnesses [4] 6267/19 6269/12 6271/2
6271/24
wits' [1] 6112/6
Wittmann [2] 6067/22 6067/23
Wolfe [2] 6153/1 6270/2
Wolfe's [1] 6153/6
won't [4] 6198/20 6214/2 6218/10
6218/17
wonderful [1] 6076/13
wondering [2] 6181/22 6210/20
word [6] 6077/14 6077/16 6077/17
6157/7 6180/7 6231/3
worded [3] 6078/23 6078/25 6237/23
wording [1] 6218/3

words [4] 6081/17 6149/25 6250/17
6250/20
work [23] 6074/21 6083/8 6083/16
6108/23 6128/20 6144/14 6156/19
6183/20 6184/3 6185/6 6188/5 6212/7
6212/23 6213/1 6215/23 6235/25
6237/22 6264/22 6265/1 6265/8 6266/1
6267/2 6269/4
worked [1] 6209/9
working [5] 6085/1 6085/5 6085/8 6154/1
6257/16
workings [1] 6112/25
workload [1] 6081/19
Works [1] 6252/2
Worldwide [1] 6084/1
would [200] 6070/6 6070/9 6071/17
6072/7 6072/11 6078/23 6080/19 6082/8
6083/8 6083/15 6085/16 6088/23 6090/7
6090/22 6094/12 6095/6 6095/18
6095/19 6095/22 6098/5 6098/23 6099/1
6099/2 6099/3 6099/13 6099/13 6099/15
6099/19 6100/9 6100/16 6103/1 6103/9
6103/9 6105/10 6107/3 6107/8 6112/24
6114/8 6114/24 6117/23 6118/1 6121/2
6121/9 6122/12 6122/17 6127/22
6127/23 6133/19 6136/21 6138/3
6139/19 6140/13 6140/14 6140/17
6141/7 6141/8 6147/25 6150/20 6151/15
6151/22 6152/5 6152/10 6152/10
6152/14 6153/5 6153/8 6154/3 6154/15
6154/25 6157/11 6157/13 6157/14
6157/25 6158/2 6159/10 6159/19
6160/19 6161/24 6163/5 6163/19 6164/5
6164/8 6164/9 6164/9 6164/10 6164/12
6164/14 6166/20 6166/25 6167/24
6168/7 6169/2 6169/13 6170/7 6174/25
6176/14 6176/19 6177/20 6178/6
6178/10 6178/16 6178/18 6180/10
6182/1 6182/12 6182/12 6185/9 6185/13
6186/2 6186/21 6189/4 6189/4 6189/6
6189/23 6190/12 6190/23 6191/12
6192/7 6192/10 6193/14 6194/6 6194/8
6194/9 6194/10 6195/12 6196/15
6196/20 6198/3 6198/6 6198/23 6199/5
6205/15 6205/20 6206/11 6206/17
6208/2 6210/10 6215/1 6218/21 6219/4
6221/7 6222/11 6224/10 6224/13
6224/18 6224/19 6225/13 6225/20
6226/2 6226/9 6227/16 6227/20 6231/9
6232/6 6232/14 6232/15 6233/18 6234/8
6235/13 6235/22 6236/15 6237/1
6237/14 6237/16 6237/18 6237/22
6238/6 6238/10 6238/11 6240/2 6240/4
6240/11 6242/8 6242/13 6242/13
6242/17 6242/22 6246/11 6249/21
6249/22 6250/2 6252/10 6253/16
6253/16 6253/24 6254/9 6255/13
6264/13 6264/16 6266/10 6267/3 6268/7
6269/3 6271/9 6271/10 6271/13 6271/13
6271/16 6271/20 6271/22
wouldn't [11] 6072/18 6077/10 6083/13
6128/14 6164/14 6182/13 6205/24
6228/25 6237/8 6242/16 6253/21
wrapped [1] 6271/1
wrecks [2] 6138/10 6138/20
Wright [1] 6063/18
write [1] 6141/15
writes [2] 6100/21 6172/7
written [4] 6124/1 6201/1 6236/11
6238/5
wrong [1] 6170/8
wrote [6] 6084/5 6113/7 6135/20
6179/25 6182/1 6243/12

WSLs [1] 6112/5
Wyman [2] 6232/4 6232/5

# Y

Yah [1] 6172/8
yeah [10] 6080/21 6100/1 6113/7
6145/11 6166/19 6188/20 6191/15
6199/16 6243/9 6248/15
year [4] 6070/12 6078/9 6134/8 6151/4
years [15] 6080/24 6081/17 6084/17
6084/21 6134/2 6134/9 6134/15 6150/23
6151/5 6205/8 6205/11 6229/3 6257/9
6258/20 6258/21
yes [444]
yesterday [4] 6085/20 6151/23 6153/1
6153/16
yet [3] 6070/19 6172/9 6269/14
Yoakum [1] 6065/3
you [880]
you're [19] 6088/11 6095/6 6095/7
6114/22 6115/21 6125/3 6156/3 6158/11
6174/15 6177/2 6178/11 6186/11 6216/6
6220/22 6225/6 6225/12 6242/24
6257/4 6257/6
you've [2] 6076/17 6098/10
you-all [1] 6071/16
YOUNG [3] 6066/5 6151/22 6153/21
your [216]
Your Honor [33] 6070/4 6073/5 6075/2
6082/12 6089/3 6101/7 6123/19 6136/4
6151/20 6152/2 6152/9 6153/4 6153/20
6155/1 6155/13 6155/15 6182/17 6213/1
6213/7 6223/7 6226/15 6247/15 6250/13
6252/15 6254/10 6263/23 6267/15
6268/6 6268/12 6268/15 6269/12 6270/6
6271/3
Your Honor's [1] 6269/2
yourself [5] 6156/1 6215/23 6219/15
6221/12 6257/3

# Z

zero [2] 6119/25 6229/24