1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    *****************************************************************

5   IN RE:  OIL SPILL BY THE OIL
    RIG *DEEPWATER HORIZON* IN THE
6   GULF OF MEXICO ON APRIL 20,
    2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              WEDNESDAY, MARCH 27, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*
14
     CASE NO. 2:10-CV-4536,
15   *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*
16   *INC., ET AL*

17   *****************************************************************

18

19

20              **DAY 19  MORNING SESSION**

21        TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22     HEARD BEFORE THE HONORABLE CARL J. BARBIER

23           UNITED STATES DISTRICT JUDGE

24

25

                    **OFFICIAL TRANSCRIPT**

1    APPEARANCES:

2

3    FOR THE PLAINTIFFS:     DOMENGEAUX WRIGHT ROY & EDWARDS
                             BY:  JAMES P. ROY, ESQ.
4                            556 JEFFERSON STREET, SUITE 500
                             POST OFFICE BOX 3668
5                            LAFAYETTE, LA  70502

6

7                            HERMAN HERMAN & KATZ
                             BY:  STEPHEN J. HERMAN, ESQ.
8                            820 O'KEEFE AVENUE
                             NEW ORLEANS, LA  70113
9

10                           CUNNINGHAM BOUNDS
11                           BY:  ROBERT T. CUNNINGHAM, ESQ.
                             1601 DAUPHIN STREET
12                           MOBILE, AL  36604

13

14                           LEWIS, KULLMAN, STERBCOW & ABRAMSON
                             BY:  PAUL M. STERBCOW, ESQ.
15                           PAN AMERICAN LIFE BUILDING
                             601 POYDRAS STREET, SUITE 2615
16                           NEW ORLEANS, LA  70130

17

18                           BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQ.
19                           600 22ND STREET, SUITE 402
                             VIRGINIA BEACH, VA  23451
20

21                           LEGER & SHAW
22                           BY:  WALTER J. LEGER, JR., ESQ.
                             600 CARONDELET STREET, 9TH FLOOR
23                           NEW ORLEANS, LA  70130

24

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              WILLIAMS LAW GROUP
                              BY:  CONRAD S. P. WILLIAMS, ESQ.
4                              435 CORPORATE DRIVE, SUITE 101
                              HOUMA, LA  70360
5

6
                              THORNHILL LAW FIRM
7                              BY:  THOMAS THORNHILL, ESQ.
                              1308 NINTH STREET
8                              SLIDELL, LA  70458

9

10                              DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                              BY:  JOHN W. DEGRAVELLES, ESQ.
11                              618 MAIN STREET
                              BATON ROUGE, LA 70801
12

13
                              WILLIAMSON & RUSNAK
14                              BY:  JIMMY WILLIAMSON, ESQ.
                              4310 YOAKUM BOULEVARD
15                              HOUSTON, TX  77006

16

17                              IRPINO LAW FIRM
                              BY:  ANTHONY IRPINO, ESQ.
18                              2216 MAGAZINE STREET
                              NEW ORLEANS, LA  70130
19

20

21    FOR THE UNITED STATES
      OF AMERICA:             U.S. DEPARTMENT OF JUSTICE
22                              TORTS BRANCH, CIVIL DIVISION
                              BY:  R. MICHAEL UNDERHILL, ESQ.
23                              450 GOLDEN GATE AVENUE
                              7TH FLOOR, ROOM 5395
24                              SAN FRANCISCO, CA  94102

25

                         **OFFICIAL TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3                                  U.S. DEPARTMENT OF JUSTICE
                                   ENVIRONMENT & NATURAL RESOURCES DIVISION
4                                  ENVIRONMENTAL ENFORCEMENT SECTION
                                   BY:  STEVEN O'ROURKE, ESQ.
5                                       SCOTT CERNICH, ESQ.
                                        DEANNA CHANG, ESQ.
6                                       RACHEL HANKEY, ESQ.
                                        A. NATHANIEL CHAKERES, ESQ.
7                                  P.O. BOX 7611
                                   WASHINGTON, DC  20044
8

9                                  U.S. DEPARTMENT OF JUSTICE
10                                 TORTS BRANCH, CIVIL DIVISION
                                   BY:  JESSICA McCLELLAN, ESQ.
11                                      MICHELLE DELEMARRE, ESQ.
                                        JESSICA SULLIVAN, ESQ.
12                                      SHARON SHUTLER, ESQ.
                                        MALINDA LAWRENCE, ESQ.
13                                 POST OFFICE BOX 14271
                                   WASHINGTON, DC  20044
14

15                                 U.S. DEPARTMENT OF JUSTICE
16                                 FRAUD SECTION
                                   COMMERCIAL LITIGATION BRANCH
17                                 BY:  DANIEL SPIRO, ESQ.
                                        KELLEY HAUSER, ESQ.
18                                      ELIZABETH YOUNG, ESQ.
                                   BEN FRANKLIN STATION
19                                 WASHINGTON, DC  20044

20

21  FOR THE STATE OF
    ALABAMA:                       ALABAMA ATTORNEY GENERAL'S OFFICE
22                                 BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                        COREY L. MAZE, ESQ.
23                                      WINFIELD J. SINCLAIR, ESQ.
                                   500 DEXTER AVENUE
24                                 MONTGOMERY, AL  36130

25

                          **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     LOUISIANA OFFICE
4    OF THE ATTORNEY
     GENERAL:
5                               STATE OF LOUISIANA
                                BY:  JAMES D.  CALDWELL,
6                               ATTORNEY GENERAL
                                1885 NORTH THIRD STREET
7                               POST OFFICE BOX 94005
                                BATON ROUGE, LA  70804
8

9                               KANNER & WHITELEY
10                              BY:  ALLAN KANNER, ESQ.
                                     DOUGLAS R. KRAUS, ESQ.
11                              701 CAMP STREET
                                NEW ORLEANS, LA  70130
12

13
     FOR BP EXPLORATION &
14   PRODUCTION INC.,
     BP AMERICA PRODUCTION
15   COMPANY, BP PLC:           LISKOW & LEWIS
                                BY:  DON K. HAYCRAFT, ESQ.
16                              ONE SHELL SQUARE
                                701 POYDRAS STREET
17                              SUITE 5000
                                NEW ORLEANS, LA  70139
18

19                             COVINGTON & BURLING
20                              BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                1201 PENNSYLVANIA AVENUE, NW
21                              WASHINGTON, DC  20004

22

23                              KIRKLAND & ELLIS
                                BY:  J. ANDREW LANGAN, ESQ.
24                                   HARIKLIA "CARRIE" KARIS, ESQ.
                                     MATTHEW T. REGAN, ESQ.
25                              300 N. LASALLE
                                CHICAGO, IL  60654

                                **OFFICIAL TRANSCRIPT**

 1    APPEARANCES CONTINUED:

 2

 3    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 4    OFFSHORE DEEPWATER
      DRILLING INC., AND
 5    TRANSOCEAN DEEPWATER
      INC.:                     FRILOT
 6                              BY:  KERRY J. MILLER, ESQ.
                                ENERGY CENTRE
 7                              1100 POYDRAS STREET, SUITE 3700
                                NEW ORLEANS, LA   70163
 8

 9
                                SUTHERLAND ASBILL & BRENNAN
10                              BY:  STEVEN L. ROBERTS, ESQ.
                                     RACHEL G. CLINGMAN, ESQ.
11                              1001 FANNIN STREET, SUITE 3700
                                HOUSTON, TX   77002
12

13
                                MUNGER TOLLES & OLSON
14                              BY:  MICHAEL R. DOYEN, ESQ.
                                     BRAD D. BRIAN, ESQ.
15                                   LUIS LI, ESQ.
                                355 SOUTH GRAND AVENUE, 35TH FLOOR
16                              LOS ANGELES, CA   90071

17

18                              MAHTOOK & LAFLEUR
                                BY:  RICHARD J. HYMEL, ESQ.
19                              1000 CHASE TOWER
                                600 JEFFERSON STREET
20                              LAFAYETTE, LA   70502

21

22                              HUGHES ARRELL KINCHEN
                                BY:  JOHN KINCHEN, ESQ.
23                              2211 NORFOLK, SUITE 1110
                                HOUSTON, TX   77098
24

25

                          **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR CAMERON INTERNATIONAL
      CORPORATION:                 STONE PIGMAN WALTHER WITTMANN
 4                                 BY:  PHILLIP A. WITTMANN, ESQ.
                                   546 CARONDELET STREET
 5                                 NEW ORLEANS, LA 70130


 6


 7                                 BECK REDDEN & SECREST
                                   BY:  DAVID J. BECK, ESQ.
 8                                      DAVID W. JONES, ESQ.
                                        GEOFFREY GANNAWAY, ESQ.
 9                                      ALEX B. ROBERTS, ESQ.
                                   ONE HOUSTON CENTER
10                                 1221 MCKINNEY STREET, SUITE 4500
                                   HOUSTON, TX  77010
11


12


13    FOR HALLIBURTON
      ENERGY SERVICES,
14    INC.:                        GODWIN LEWIS
                                   BY:  DONALD E. GODWIN, ESQ.
15                                 FLOYD R. HARTLEY, JR., ESQ.
                                        GAVIN HILL, ESQ.
16                                    RENAISSANCE TOWER
                                   1201 ELM STREET, SUITE 1700
17                                 DALLAS, TX  75270.


18


19                                 GODWIN LEWIS
                                   BY:  JERRY C. VON STERNBERG, ESQ.
20                                 1331 LAMAR, SUITE 1665
                                   HOUSTON, TX  77010.
21


22


23


24


25


                          OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
4                                 REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM HB406
5                                 NEW ORLEANS, LA   70130
                                  (504) 589-7779
6                                 Cathy_Pepper@laed.uscourts.gov

7

8    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                            **OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2

3       EXAMINATIONS                                      PAGE

4       **NATHANIEL CHAISSON**...................................6288

5       DIRECT EXAMINATION BY MR. BOWMAN....................6289

6       CROSS-EXAMINATION BY MR. BREIT......................6330

7       CROSS-EXAMINATION BY MR. UNDERHILL.................6341

8       CROSS-EXAMINATION  BY MR. LI.......................6354

9       CROSS-EXAMINATION BY MR. BROCK.....................6364

10      REDIRECT EXAMINATION BY MR. BOWMAN.................6403

11      **RICHARD STRICKLAND, Ph.D.**...........................6409

12      VOIR DIRE EXAMINATION BY MR. HILL..................6410

13      DIRECT EXAMINATION BY MR. HILL.....................6418

14

15

16                            **E X H I B I T S**

17

18      DESCRIPTION                                       PAGE

19

20      EXHIBITS TREX-51133, TREX-1144, TREX-4514,     6284

21      TREX-52664, AND TREX-4112 WERE ADMITTED.............

22      EXHIBIT TREX-60083 WAS ADMITTED....................6422

23

24

25

                            **OFFICIAL TRANSCRIPT**

|  |  |  |
|--|--|--|
|  | 1 | **P-R-O-C-E-E-D-I-N-G-S** |
|  | 2 | WEDNESDAY, MARCH 27, 2013 |
|  | 3 | M O R N I N G   S E S S I O N |
|  | 4 | (COURT CALLED TO ORDER) |
|  | 5 |  |
|  | 6 |  |
| 08:05:55 | 7 | THE DEPUTY CLERK:  All rise. |
| 08:05:56 | 8 | THE COURT:  Good morning, everyone. |
| 08:06:17 | 9 | VOICES:  Good morning, Your Honor. |
| 08:06:20 | 10 | THE COURT:  Please be seated. |
| 08:06:20 | 11 | All right.  Do we have any preliminary matters? |
| 08:06:22 | 12 | MR. BRIAN:  We do, Your Honor. |
| 08:06:23 | 13 | Brad Brian for Transocean. |
| 08:06:24 | 14 | I have two thumb drives that I would offer and |
| 08:06:28 | 15 | file and ask to be admitted. |
| 08:06:30 | 16 | The first, Your Honor, is dated -- it says, "TO |
| 08:06:32 | 17 | Video Played 3/20/2013, 3/21/2013."  Those were the depo clips |
| 08:06:39 | 18 | for Leo Lindner, Buddy Trahan, and Murray Sepulvado. |
| 08:06:52 | 19 | May those be admitted, Your Honor? |
| 08:06:53 | 20 | THE COURT:  These are the clips that have been played |
| 08:06:56 | 21 | already, correct? |
| 08:06:57 | 22 | MR. BRIAN:  Yes. |
| 08:06:58 | 23 | THE COURT:  Okay, those are admitted. |
| 08:06:58 | 24 | (WHEREUPON, the above-mentioned exhibits were |
| 08:07:02 | 25 | admitted.) |

**OFFICIAL TRANSCRIPT**

08:07:02  1       MR. BRIAN:  The second one, Your Honor, that I would

08:07:04  2   offer, file and ask to be admitted, the thumb drive states, "TO

08:07:10  3   Video Played 3/26/2013."  That's yesterday.  That's the one

08:07:14  4   that contains Mr. McKay and Mr. Johnson.

08:07:18  5           They were subject to the rulings Your Honor made,

08:07:21  6   so they were redacted per Your Honor's ruling.

08:07:24  7           So I would ask that they be admitted.

08:07:26  8       THE COURT:  Very well.  Those are admitted.

08:07:26  9       (WHEREUPON, the above-mentioned exhibits were

08:07:29 10   admitted.)

08:07:29 11       MR. BRIAN:  Secondly, Your Honor, we took your

08:07:34 12   admonition to heart.  We went back last night, and we looked at

08:07:39 13   our exhibits to see if we would offer any complete exhibits,

08:07:43 14   and we have -- well, we circulated a list of five documents.

08:07:47 15   They are TREX-51133, TREX-1144, TREX-4514, TREX-52664, and

08:07:58 16   TREX-4112.

08:08:01 17           Two of those -- well, three of those are -- one

08:08:06 18   of them is a signed statement, which we used as a cull out of

08:08:10 19   Mr. Vidrine and Mr. Kaluza.  I understand there is no objection

08:08:15 20   to that.  That's 51133.

08:08:17 21           The next two, TREX-1144 and 4514, are the

08:08:22 22   Mr. Guide e-mail that has been displayed several times and the

08:08:24 23   Mr. Cocales e-mail.  We just couldn't see that they had been

08:08:28 24   admitted.

08:08:29 25       THE COURT:  Are any of those voluminous?

**OFFICIAL TRANSCRIPT**

08:08:32  1          MR. BRIAN:  No.  The only one -- you had asked --

08:08:35  2     TREX-4112 that was used with Mr. Perkin on cross-examination,

08:08:39  3     it's 20 pages of a multi-length contract, so we excerpted the

08:08:44  4     20 pages.  So none of these would be voluminous.

08:08:46  5          THE COURT:  That's fine.  I don't like to put in a

08:08:49  6     voluminous document of hundreds of pages, where only a handful

08:08:53  7     of pages are necessary or used during the trial.  That's all.

08:08:57  8          MR. BRIAN:  I think there were some manuals and stuff

08:08:59  9     that would come in with the bundling, Your Honor, but we had

08:09:03 10     your admonition in mind.

08:09:07 11               So I would move those five exhibits in.

08:09:07 12          THE COURT:  Very well.  Those are admitted.

08:07:48 13               (WHEREUPON, Exhibits TREX-51133, TREX-1144, TREX-4514,

08:07:55 14     TREX-52664, and TREX-4112 were admitted.)

08:09:17 15          MR. BRIAN:  Finally, Your Honor, last evening, late

08:09:20 16     last evening we circulated our exhibits to offer for

08:09:23 17     Mr. Ambrose and a revised list for Mr. Wolfe, after meeting and

08:09:27 18     conferring with the PSC.

08:09:29 19               I think those are still under consideration by

08:09:30 20     the parties.  We were not able to get that out until pretty

08:09:34 21     late.

08:09:34 22               I know that the PSC has offered some exhibits,

08:09:38 23     which we're still conferring on, with respect to Mr. Young,

08:09:43 24     their cross-exam of Mr. Young.

08:09:45 25               So, subject to our offering the exhibits from

**OFFICIAL TRANSCRIPT**

08:09:48 1   Mr. Wolfe and Mr. Ambrose, we would rest -- we would like to

08:09:51 2   keep the record open for that purpose; but, subject to that, we

08:09:55 3   would rest our case.

08:09:55 4           THE COURT:  Very well, thank you.

08:09:57 5           MS. KARIS:  Good morning, Your Honor.

08:09:57 6           THE COURT:  Good morning.

08:10:00 7           MS. KARIS:  Hariklia Karis on behalf of BP.

08:10:02 8               We have circulated and not received any

08:10:03 9   objections to the exhibits that we used with Mr. Ambrose, and

08:10:07 10  so we would tender that list and offer them into the record.

08:10:09 11          THE COURT:  All right.  Any objections?

08:10:10 12              Without objection, those are admitted.

08:10:10 13          (WHEREUPON, the above-mentioned exhibits were

08:10:13 14  admitted.)

08:10:13 15          MS. KARIS:  Thank you, Your Honor.

08:10:14 16          THE COURT:  Sure.

08:10:15 17          MR. IRPINO:  Good morning, Your Honor.  Anthony Irpino

08:10:19 18  for the PSC.

08:10:19 19              The same.  We have our list of exhibits used in

08:10:21 20  connection with our examination of Mr. Ambrose yesterday.  We

08:10:25 21  have circulated that list and have received no objections.

08:10:30 22          MR. BRIAN:  I'm informed we're fine.  We have no

08:10:33 23  objection, Your Honor.

08:10:33 24          THE COURT:  Any other objections?

08:10:35 25              Without objection, those are admitted.

**OFFICIAL TRANSCRIPT**

08:10:35  1          (WHEREUPON, the above-mentioned exhibits were

08:10:37  2  admitted.)

08:10:37  3          MR. IRPINO:  We are still meeting and conferring with

08:10:42  4  Transocean on Mr. Young's list.  We had three or four exhibits.

08:10:44  5  We should be able to do that after the break.

08:10:47  6          MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

08:10:50  7  Halliburton.

08:10:50  8               We have our exhibits, as well, that were used in

08:10:52  9  the cross-examination of Mr. Bill Ambrose.  We have circulated

08:10:55 10  those, Judge, and to my knowledge, no objections.  We'd offer

08:10:58 11  them at this time.

08:10:59 12          THE COURT:  Any objections?

08:11:00 13               All right.  Without objection, those are

08:11:02 14  admitted.

08:11:02 15          (WHEREUPON, the above-mentioned exhibits were

08:11:02 16  admitted.)

08:11:02 17          MR. GODWIN:  Thank you, Judge.

08:11:03 18          MR. BROCK:  Good morning, Your Honor.

08:11:03 19          THE COURT:  Good morning.

08:11:05 20          MR. BROCK:  We, as Your Honor knows, now have briefed

08:11:11 21  in response to our motion for sanctions positions taken by the

08:11:18 22  United States, the states and the PSC.

08:11:20 23               We wanted to ask permission to file a short, five

08:11:25 24  pages or less, response to the various submissions to address a

08:11:31 25  few substantive points.

                              **OFFICIAL TRANSCRIPT**

08:11:32 1          THE COURT:  I'll allow that.  How much time do you

08:11:34 2     need?

08:11:36 3          MR. BROCK:  5 o'clock today.

08:11:37 4          THE COURT:  Fine.

08:11:38 5          MR. BROCK:  Thank you.

08:11:39 6          MR. GODWIN:  Judge, if I might briefly --

08:11:41 7               This is Don Godwin.

08:11:43 8               -- just since Mike has brought that up, we join

08:11:45 9     in the PSC's request of Your Honor that this matter not

08:11:51 10    interrupt the trial, that it be carried --

08:11:53 11         THE COURT:  I don't plan to let it interrupt the trial,

08:11:55 12    so you can be assured of that.

08:11:58 13         MR. GODWIN:  In terms of a hearing or whatever, we'd

08:12:00 14    ask that it be carried to the end, Your Honor.

08:12:01 15         THE COURT:  I have not decided how I'm going to

08:12:04 16    proceed.  I wanted to wait to allow everyone to weigh in first,

08:12:07 17    and then I'll consider it.

08:12:08 18              This will allow me time over this extended break

08:12:12 19    to at least, you know, consider how to go forward, and then

08:12:18 20    we'll talk about it next week.

08:12:19 21         MR. GODWIN:  Okay, Judge.  Thank you, sir.

08:12:21 22         THE COURT:  All right.  Anything else?

08:12:26 23              Let's see, where are we?

08:12:33 24         MR. BOWMAN:  I think we're at our first witness.  I'm

08:12:33 25    trying to get hooked up here.

                              **OFFICIAL TRANSCRIPT**

08:12:33 1        THE COURT:  Right.  Who is your first witness?

08:12:38 2        MR. BOWMAN:  Bruce Bowman for Halliburton on direct

08:12:40 3   calling Nathaniel Chaisson.

08:12:55 4        THE DEPUTY CLERK:  Please raise your right hand.  Do

5   you solemnly swear that the testimony you are about to give is

6   the truth, the whole truth and nothing but the truth, so help

7   you God?

8        THE WITNESS:  I do.

9                       **NATHANIEL CHAISSON**

10   was called as a witness and, after being first duly sworn by

11   the Clerk, was examined and testified on his oath as follows:

12        THE DEPUTY CLERK:  Please take a seat, and if you'd

13   state and spell your name for the record.

08:13:03 14       THE WITNESS:  Nathaniel, N-A-T-H-A-N-I-E-L, James,

08:13:07 15   J-A-M-E-S, Chaisson, C-H-A-I-S-S-O-N.

08:13:12 16       THE COURT:  Mr. Bowman, I thought it was Chaisson, not

08:13:15 17   Chaisson, okay.

08:13:15 18       MR. BOWMAN:  Okay.

08:13:17 19       THE COURT:  I wanted to hear it from him, though, to

08:13:18 20   make sure.  That's how I would pronounce it.

08:13:22 21       MR. BOWMAN:  I believe both of you two can pronounce it

08:13:25 22   much better than I can.

08:13:27 23            With your permission, can I call you Nate?

08:13:31 24       THE COURT:  Okay.

08:13:32 25       MR. BOWMAN:  Okay.

                       **OFFICIAL TRANSCRIPT**

08:13:34  1            Your Honor, what we're going to try to do is to
08:13:37  2    have Nate say what he was supposed to do out there, what he
08:13:42  3    did, and then the results.
08:13:43  4            THE COURT:  That's fine.
08:13:43  5                        DIRECT EXAMINATION
08:13:43  6    BY MR. BOWMAN:
08:13:44  7    Q.   Now, again, you just stated your name.
08:13:46  8            Where do you live?
08:13:47  9    A.   Currently living in Church Point, Louisiana.
08:13:50 10    Q.   Who do you work for?
08:13:51 11    A.   Halliburton.
08:13:52 12    Q.   What do you do?
08:13:54 13    A.   I'm currently a cementing service coordinator.
08:13:55 14    Q.   What does that mean?
08:13:59 15    A.   Basically, I monitor day-to-day operations of various
08:14:02 16    offshore rigs and platforms and coordinate the movement of
08:14:07 17    personnel, materials, and equipment to location.
08:14:11 18    Q.   Going back to the April 20, 2010, time period, what were
08:14:15 19    you doing?
08:14:16 20    A.   I was currently a -- well, then I was a technical
08:14:20 21    professional for Halliburton, which is essentially a cementing
08:14:25 22    engineer.  I was in charge of designing cement slurries and
08:14:29 23    testing, going out on the various jobs and monitoring jobs to
08:14:32 24    ensure that they were executed as designed.
08:14:35 25    Q.   Okay.  Now, as far as this particular slurry and this

**OFFICIAL TRANSCRIPT**

08:14:40  1    particular job, you did not design it, right?

08:14:43  2    A.    No, I did not.

08:14:44  3    Q.    You were supposed to be doing what with it?

08:14:47  4    A.    Going out to the rig and, once again, ensuring that the

08:14:50  5    job was performed and executed as it has been -- as it had been

08:14:54  6    designed.

08:14:54  7    Q.    Okay.  By the way, how did you get the educational

08:14:59  8    background, how did you learn how to do something like that?

08:15:02  9    A.    Well, most of it came from on-the-job training.  I do have

08:15:06 10    a degree in civil engineering, which aided me in converting

08:15:11 11    over to the petroleum side; but, most of it was on-the-job

08:15:15 12    training and training within Halliburton.

08:15:17 13    Q.    How long did that go on before you actually went out to

08:15:21 14    the *Horizon* in April?

08:15:26 15    A.    Let's see.  That was in 2010.  I believe I started with

08:15:30 16    Halliburton midway through '07, give or take.  But the actual

08:15:36 17    training period was plus or minus a year.

08:15:39 18    Q.    Okay.  Where did you grow up?  Are you from Louisiana?

08:15:45 19    A.    I'm from Lafayette, born and raised, yes.

08:15:48 20    Q.    You say you have a civil engineering degree.  Where did

08:15:51 21    you get that from?

08:15:51 22    A.    The University of Louisiana at Lafayette.

08:15:54 23    Q.    All right.  Now, what were you supposed to do on the

08:16:01 24    Macondo well?

08:16:02 25    A.    I was going out, once again, to monitor the execution of

**OFFICIAL TRANSCRIPT**

08:16:06 1    the job, ensure that the proper chemicals and cement volumes

08:16:12 2    were pumped.

08:16:14 3           Basically, as I stated previously, just ensure that

08:16:16 4    the job was pumped as designed.

08:16:18 5    Q.   Okay.  How many other -- how many people were there?  In

08:16:25 6    other words, you weren't going to do this all by yourself?

08:16:28 7    A.   No.

08:16:29 8    Q.   So kind of tell the Judge, if you would, the process, how

08:16:32 9    many people were going to be involved.

08:16:33 10   A.   Okay.  Well, as far as Halliburton personnel?

08:16:36 11   Q.   Yes, sir.

08:16:36 12   A.   There were two cementers on location, which, I believe we

08:16:40 13   have two cementers on location at all times.

08:16:43 14          There was myself, a foam team leader.  There was also

08:16:49 15   two individuals in control of the nitrogen equipment as well.

08:16:52 16          So it was a team effort, basically.

08:16:54 17   Q.   Okay.  Do you recall about when you first arrived?

08:16:59 18   A.   I arrived on the 16th, about 8:00 a.m., if I remember

08:17:05 19   correctly.

08:17:05 20   Q.   April 16th?

08:17:07 21   A.   Yes, sir.

08:17:07 22   Q.   We're going to show you your tally book in a minute and go

08:17:11 23   through some stuff --

08:17:11 24          By the way, what is a tally book?

08:17:13 25   A.   My tally book is somewhat of a personal journal, I guess,

**OFFICIAL TRANSCRIPT**

08:17:18 1    would be the best way to describe it.  I use it just to jot

08:17:22 2    down notes as the days progress out on the rig, capture any

08:17:28 3    modifications or deviations from the plan, capture any

08:17:30 4    significant points that I may witness.

08:17:33 5    Q.    As far as the execution of the job, was there a plan --

08:17:40 6    A.    Yes.

08:17:40 7    Q.    -- a written plan?

08:17:45 8          Rob, can you go to TREX-00737 and Bates numbers, last

08:17:53 9    three, 303.

08:18:03 10         Now, Nate, you have seen this before, have you not?

08:18:06 11   A.    Yes, I have.

08:18:07 12   Q.    What did you have to do with it?

08:18:10 13   A.    Well, I typed up this particular document.

08:18:14 14   Q.    So you actually typed this document?

08:18:15 15   A.    Yes, sir.

08:18:16 16   Q.    And how did you know what to put down?

08:18:22 17   A.    This was a combination of the -- actually, the plan I had

08:18:27 18   received from Jesse Gagliano, the cement procedure, as well as

08:18:32 19   a meeting that had taken place on the night of the 17th, I

08:18:34 20   believe, to discuss the cement job out on the rig.

08:18:36 21   Q.    A meeting.  Who was at that meeting?

08:18:42 22   A.    Various BP personnel.  Company man, who would have been

08:18:48 23   Bob Kaluza.  I believe Brian Morel was also present, a BP

08:18:54 24   Drilling Engineer.  Myself.  Foam team leader, Paul Anderson.

08:19:00 25   The nitrogen personnel were there, as well, Jack Abey and --

**OFFICIAL TRANSCRIPT**

08:19:03 1    I'm sorry, I can't remember the second individual's name.

08:19:06 2             There were some TO personnel present, as well.  I'm

08:19:10 3    not sure who those individuals were.

08:19:11 4    Q.    What was the purpose of that meeting?

08:19:14 5    A.    To discuss the execution of the cement job.

08:19:17 6    Q.    It was discussed, I presume?

08:19:19 7    A.    Yes, it was.

08:19:20 8    Q.    Well, do you remember -- let's go to -- you see Item

08:19:34 9    Number 2?  It talks about how much is going to be circulated.

08:19:36 10   Do you see that?

08:19:37 11   A.    Yes, sir.

08:19:37 12   Q.    All right.  Now, when it says, "per company man," why did

08:19:44 13   you insert that?

08:19:48 14   A.    Well, if you read this particular line item, with rig

08:19:51 15   pumps, pump and circulate 1100 barrels at one barrel per

08:19:55 16   minute, and then 150 barrels at four barrels per minute, that

08:20:00 17   was specifically dictated to myself and the other individuals

08:20:03 18   in the room by Bob Kaluza, who was the BP company man on

08:20:08 19   location.

08:20:09 20   Q.    Did you know that was nowhere close to being at

08:20:14 21   bottoms-up?

08:20:14 22   A.    Yes.  Correct.  This was not -- based upon Halliburton's

08:20:19 23   recommendation, this is not sufficient, correct.

08:20:20 24   Q.    Was there some discussion at this meeting as to whether

08:20:24 25   there would be a bottoms-up or just do this?

**OFFICIAL TRANSCRIPT**

6294

08:20:26  1    A.    Yes, there was some discussion.  It was brought up that

08:20:31  2    this particular volume did not meet Halliburton's best practice

08:20:34  3    of to bottoms-up.

08:20:37  4          Once again, the company man, who was Bob Kaluza at

08:20:39  5    the time, stated, this is what we're going to circulate, and

08:20:42  6    this is what we're going to move forward with.

08:20:44  7    Q.    All right.  Pump rates, where did the pump rates come

08:20:53  8    from?

08:20:54  9    A.    This was also dictated by Bob Kaluza.

08:20:55 10    Q.    All right.  Just generally, for Your Honor's benefit, if

08:21:04 11    you pump faster versus slower, does that have any effect on the

08:21:09 12    quality of what you're pumping down?

08:21:12 13    A.    It does have an effect on the cement job, yes.

08:21:15 14    Q.    How?

08:21:18 15    A.    Basically, the faster you circulate a fluid or the faster

08:21:22 16    you pump, the more -- I guess you can say the closer you get to

08:21:27 17    turbulent flow in the annulus, which helps clean out the

08:21:30 18    wellbore, helps remove some of the mud that's been in the

08:21:33 19    annulus, so that the cement can be placed correctly or placed

08:21:39 20    efficiently.

08:21:39 21    Q.    Just like if you're squirting something -- you have some

08:21:45 22    mud on, say, the wall, and you squirt it very lightly, it might

08:21:49 23    not knock it off; but if you squirt it really fast, it will

08:21:52 24    knock it off?  Is that a decent analogy?

08:21:55 25    A.    That's a good analogy, yes.

**OFFICIAL TRANSCRIPT**

08:21:57  1    Q.    You're kind of squinting, so maybe it's not too good.

08:22:00  2          Well, going one step further, what's the purpose,

08:22:05  3    what does a bottoms-up do a versus a few hundred barrels?

08:22:10  4    A.    It allows you to, once again, remove some of the mud

08:22:13  5    that's been built up in the annulus.

08:22:17  6          As we all know, fluid will take the path of least

08:22:21  7    resistance.  So it's in your best interest or it's in the best

08:22:24  8    interest of the cement job to remove any mud that's been

08:22:27  9    sitting there in the annulus and gelling up over time.

08:22:30 10          The faster you circulate, the more -- or closer to

08:22:36 11    turbulent flow you can achieve, and better mud displacement

08:22:39 12    you'll achieve.

08:22:40 13          By displacing that mud, you allow your cement to be

08:22:43 14    placed correctly and hopefully not contaminated.

08:22:48 15    Q.    I'm following the words.  I want to make sure that I

08:22:52 16    understand it and, more importantly, the Judge does.

08:22:53 17          So you clean it out.  When you say you want the

08:23:00 18    cement hopefully not to be contaminated, what are you saying?

08:23:02 19    A.    Hopefully, you remove all of the previous gel mud, which

08:23:06 20    will allow your cement to be placed without being contaminated

08:23:09 21    by any of that mud that's been left in the annulus.

08:23:13 22          Not only are you concerned with contamination, but as

08:23:16 23    well as channel.  As I stated, fluid will take the path of

08:23:19 24    least resistance.  So, if there is mud remaining in the

08:23:23 25    wellbore, in the annulus, it's a possibility that cement will

**OFFICIAL TRANSCRIPT**

08:23:25 1   just simply pump around it, which in case will not allow you to

08:23:30 2   achieve zonal isolation, which is ultimately the goal of a

08:23:34 3   cement job.

08:23:35 4   Q.   I understand.  Now, if there had been a bottoms-up, full

08:23:40 5   bottoms-up or cleaning on, I think, the 16th or something of

08:23:44 6   April, why would you also need to do it before the cement job

08:23:47 7   on the 19th?

08:23:50 8   A.   Simply because of the time period.  That mud has been

08:23:53 9   sitting in the annulus over a matter of days or hours.  As mud

08:23:59 10  sits static, it begins to gel.  As those gels increase, it's

08:24:03 11  just that much harder to remove that mud from the annulus.

08:24:05 12  Q.   Why don't we now go to TREX-00718, starting at page 515.

08:24:32 13       Now, you recognize this document?

08:24:35 14  A.   Yes, I do.  This is from my tally book -- or this is my

08:24:39 15  tally book.

08:24:39 16  Q.   This is your tally book.

08:24:43 17       It shows, 4/16, arrive on rig.  Is that when you

08:24:51 18  arrived?

08:24:51 19  A.   Yes, sir.  8 o'clock a.m.

08:24:53 20  Q.   All right.  Now, right below that, when it says rig is

08:25:02 21  currently -- what does that say right here?

08:25:07 22  A.   Rig is currently on bottom -- that's abbreviated, BTTM --

08:25:13 23  circulating, getting gas back.

08:25:15 24  Q.   What does it mean, getting gas back?

08:25:17 25  A.   That means that as they are circulating and the mud is

**OFFICIAL TRANSCRIPT**

08:25:19  1    being brought back to surface, there is some encapsulated gas

08:25:24  2    in that mud.  That typically comes from the formation.

08:25:29  3    Q.   Why did you then think it was important enough to write it

08:25:33  4    down?

08:25:34  5    A.   At this particular time, I happened to walk into the

08:25:37  6    company man's office.  I was just going through orientation and

08:25:42  7    introducing myself to him.  I heard this being mentioned, and I

08:25:46  8    just jotted it down, just as a side note.

08:25:49  9    Q.   Okay.  I understand.

08:25:51 10         Let's go to the other side of the page, over here.  I

08:25:57 11    think this will be all the people.

08:26:00 12         Why did you write these names?

08:26:03 13    A.   Honestly, it's because I got in the habit of doing this on

08:26:07 14    every job.  I'm not real well with remembering names, so just

08:26:13 15    as a personal benefit to myself.  I just jot down the name of

08:26:17 16    every individual that I need to familiarize myself with for

08:26:21 17    that particular job.

08:26:22 18    Q.   Okay.  Company men, Don Vidrine and Bob Kaluza.  Had you

08:26:30 19    ever met them before?

08:26:30 20    A.   No, I have not.

08:26:31 21    Q.   But you obviously met them --

08:26:31 22    A.   Had not.

08:26:34 23    Q.   --- when you were out there, right?

08:26:35 24    A.   Yes.

08:26:35 25    Q.   Cementers, Mr. Tabler, Mr. Cupit, had you met them before?

**OFFICIAL TRANSCRIPT**

08:26:42  1    A.    No, I had not.

08:26:43  2    Q.    Had not.  First time.

08:26:44  3          Then we have Mr. Jack Elmo.  Is that the person you

08:26:49  4    couldn't remember his name?

08:26:50  5    A.    Yes, Elmo is the second nitrogen operator.

08:26:53  6    Q.    Mr. Paul Anderson, what was his job?

08:26:56  7    A.    He was the foam team leader, abbreviated FTO.

08:27:00  8    Q.    What does it mean to be the foam team leader?

08:27:03  9    A.    The foam team leader is the lead on location of that

08:27:06 10    particular operation.  He oversees the execution of all facets

08:27:13 11    of that particular job.

08:27:14 12    Q.    He's the one sort of in charge to make sure that the foam

08:27:20 13    gets foamed and down the hole?

08:27:22 14    A.    Correct.  He may also help out with the actual cementing

08:27:26 15    equipment, nitrogen equipment.  Those guys tend to have a

08:27:29 16    knowledge of all facets of that job.

08:27:31 17    Q.    All right.  Then we have Mr. Jesse Gagliano.

08:27:36 18    A.    Yes.

08:27:36 19    Q.    You had both his cell and his home number?

08:27:40 20    A.    Correct.

08:27:40 21    Q.    Had you worked with him before?

08:27:43 22    A.    I honestly don't recall if I had worked with Jesse prior

08:27:51 23    to this job.  I don't remember working with Jesse, but I'm not

08:27:56 24    sure if I had met him prior to this job.

08:27:58 25    Q.    You had worked with him, but not sure you had met him?

**OFFICIAL TRANSCRIPT**

08:28:02 1    A.    I'm not sure I had worked with him, but I had met him

08:28:06 2    before.

08:28:06 3    Q.    What's this last thing mean?

08:28:08 4    A.    This says, "BP engineer, Brian."

08:28:10 5    Q.    Brian, is that Brian Morel?

08:28:13 6    A.    Yes.

08:28:13 7    Q.    Is that the first time you met him?

08:28:15 8    A.    Yes.

08:28:16 9    Q.    Can we now go to 516.  And if we can focus in on this

08:28:32 10   first item right there.

08:28:33 11          The Dril-Quip tool, what does that mean?  What are

08:28:38 12   you saying there?

08:28:40 13   A.    "Dril-Quip tool didn't shear properly.  Have to RIH," run

08:28:45 14   in hole, it's an abbreviation, "and retrieve."

08:28:48 15   Q.    All right.  And why did you put that down?

08:28:54 16   A.    This is a 7:00 a.m. entry.  That's typically the 7:00 a.m.

08:28:58 17   morning meeting.  It's something that may have been mentioned

08:29:01 18   in the morning meeting that I noted.

08:29:05 19   Q.    As far as you know, that got resolved?

08:29:08 20   A.    To my knowledge, yes.

08:29:09 21   Q.    Now, let's go to 517.  And focus on this entry.

08:29:29 22          How do you know what to write down in your book, by

08:29:33 23   the way?

08:29:34 24   A.    Once again, it's -- every engineer will typically have

08:29:39 25   different ways of documenting in the tally book.  I tend to

**OFFICIAL TRANSCRIPT**

08:29:45  1    write down anything that's significant in my mind.

08:29:49  2    Q.    This entry at 1800, what's that, 6 o'clock at night?

08:29:56  3    A.    Yes.

08:29:57  4    Q.    "May have retrieved part of Dril-Quip assembly that was

08:30:04  5    left in the hole."

08:30:06  6          What's that all about?

08:30:07  7    A.    Apparently I had heard that they had retrieved what was

08:30:13  8    left in the hole, whatever part of the tool had not sheared

08:30:17  9    properly.  And POOH is a abbreviation for pull out of hole.

08:30:22  10   Q.    All right.  These things just normally happen during

08:30:28  11   cement jobs or is this a little unusual?  Why did you write

08:30:31  12   this down?

08:30:31  13   A.    This is prior to the cement job.  Actually, the days prior

08:30:37  14   to the job, myself and the rest of the Halliburton team, we're

08:30:41  15   preparing for the actual pumping of the cement, so we're

08:30:43  16   testing equipment and checking calibrations.  And as I hear any

08:30:50  17   significant points that may be going on with the well, I'll jot

08:30:54  18   them down.

08:30:54  19   Q.    Let's now go to 518 of the same exhibit.

08:31:04  20         And you'll notice this date is 4/18.  I want to ask

08:31:09  21   you about what's above, so what are these figures?

08:31:18  22   A.    Those seem to be mud volumes.  Those are significant

08:31:24  23   during displacement.  I was jotting those down.  It seems like

08:31:28  24   I was doing calculations on when pressure indications may be

08:31:32  25   seen.

**OFFICIAL TRANSCRIPT**

6301

08:31:33 1          "120 barrels to diverter plus 9 barrels to DTD,"
08:31:38 2   diverter test device, "plus an additional 9 barrels to the
08:31:41 3   plug."
08:31:44 4   Q.   All right.  By the way, do you know at this time if you
08:31:48 5   knew whether y'all were going with eight or nine gallons of
08:31:50 6   retarder?
08:31:53 7   A.   I would say no, simply because of the note I have with an
08:31:56 8   asterisk right on top, longer pump time.
08:31:59 9   Q.   Yeah.  What does that indicate?
08:32:01 10  A.   If I put an asterisk by something, that's a bit of
08:32:05 11  information I don't have at that particular time, something I
08:32:08 12  need to discuss with someone or get a clear answer on.
08:32:11 13  Q.   Let's now go to 520.
08:32:23 14          And this stars on 4/19.  Is this the day that you
08:32:27 15  actually did the cement job?
08:32:29 16  A.   Yes.
08:32:29 17  Q.   Now, there is -- if we come down to the right here, this
08:32:43 18  is, what, 13 -- what does that say, 1390?
08:32:50 19  A.   Looks like 1340.
08:32:54 20  Q.   1340.  What are you talking about right there?
08:32:58 21  A.   "Landed casing at 18,218 feet," which would have been
08:33:05 22  measured.  Took a 10K -- "Took 10K," which basically means took
08:33:10 23  10,000 pounds of weight.
08:33:12 24  Q.   What does that mean?
08:33:14 25  A.   It means you may have bumped into something.  Just

**OFFICIAL TRANSCRIPT**

08:33:20 1    basically means the casing is seeing some resistance to hitting

08:33:25 2    bottom.

08:33:25 3    Q.   And this is a casing that is coming down from the top that

08:33:28 4    you're eventually going to be cementing around?

08:33:31 5    A.   Yes, sir.

08:33:31 6    Q.   So as that casing is coming down, it bumps into something

08:33:37 7    that cause it to take a 10K?

08:33:40 8          MR. BROCK:  Your Honor, I'm going to object to that on

08:33:42 9    foundation.  He's not been tendered as an expert, and I don't

08:33:45 10   think a foundation has been established on this.

08:33:48 11         MR. BOWMAN:  I'll rephrase it.

08:33:48 12         THE COURT:  Okay.

08:33:48 13   BY MR. BOWMAN:

08:33:51 14   Q.   As the casing is coming down, when you wrote "10K," what

08:33:54 15   did that mean?

08:33:55 16   A.   It means that it took an additional 10,000 pounds of

08:33:58 17   weight to get the casing to continue or get the casing to where

08:34:03 18   it needed to be.

08:34:04 19         THE COURT:  Let me ask, one thing I'm not clear on,

08:34:08 20   Mr. Chaisson, is this something you're -- with this note here,

08:34:12 21   for example, you're being told or you're hearing somebody else

08:34:15 22   say or is this something you're doing yourself or what?

08:34:19 23         THE WITNESS:  This particular note I would have heard

08:34:21 24   someone say this.  I did not witness this actual event.

08:34:26 25         THE COURT:  Okay.

                                    **OFFICIAL TRANSCRIPT**

08:34:31 1    BY MR. BOWMAN:

08:34:31 2    Q.    Do you know who you would have heard it from?

08:34:33 3    A.    No.  I do not recall.

08:34:33 4    Q.    Now, let's go back to this whole page at 520, and without

08:34:43 5    zeroing in, we have a one, we have a two, and we go on to the

08:34:48 6    next page, which is 521, then we have a series of numbers going

08:34:54 7    up through nine.  What does all that represent?

08:34:59 8    A.    Okay, I was actually up on the rig floor at this

08:35:03 9    particular time.

08:35:03 10   Q.    What time is that?

08:35:04 11   A.    And this is previous to the cement job.  Myself and the

08:35:09 12   rest of the Halliburton team, and all the individuals involved

08:35:12 13   in the cement job, had been called up to the rig floor for

08:35:15 14   what's called a *pre-job safety meeting*.

08:35:18 15          And we walked up to the rig floor.  At that

08:35:25 16   particular time, they were going into -- attempting to convert

08:35:29 17   the float collar.  And what you see here, one through nine, are

08:35:34 18   the nine various attempts of trying -- attempting to convert

08:35:40 19   that float collar while we're on the rig floor.

08:35:47 20   Q.    So you were actually physically on the rig floor watching

08:35:50 21   who?

08:35:50 22   A.    Yes, we were on the rig floor.  And there was TO personnel

08:35:54 23   operating the rig, and there was also -- Bob Kaluza was on the

08:35:56 24   rig floor as well.

08:35:57 25   Q.    All right.  So all of this information that you're writing

**OFFICIAL TRANSCRIPT**

08:36:02  1   down, where did you get that from?

08:36:07  2   A.   This is information that I'm hearing.  It's being read

08:36:11  3   from the various monitors and sensors in the actual drill shack

08:36:17  4   on the rig floor.

08:36:18  5   Q.   All right.  And I think the judge certainly realizes that

08:36:28  6   it took nine attempts to convert the collar, right?

08:36:32  7   A.   Right.

08:36:32  8   Q.   Did you have anything to do with actually converting the

08:36:35  9   collar or were you just watching?

08:36:37 10   A.   I was just watching.

08:36:37 11   Q.   All right.  Let's go to page 522, which, unfortunately, is

08:36:43 12   hard to read, but I think if we can blow up this part right

08:36:50 13   here, that says what?

08:36:56 14        THE COURT:  Can I ask, does he have his actual book

08:36:59 15   here?

08:37:02 16        MR. BOWMAN:  I don't believe so, Your Honor, sorry.

08:37:04 17        THE COURT:  I was just going to suggest it might be

08:37:05 18   easier for him to read.

08:37:07 19        MR. BOWMAN:  I think this is the only page like this,

08:37:09 20   Your Honor.

08:37:10 21   BY MR. BOWMAN:

08:37:10 22   Q.   And the entry right there has what, 1621?

08:37:15 23   A.   Correct.

08:37:18 24   Q.   And that says, "Floats converted."

08:37:25 25        Now, why did you write down, "Floats converted"?

**OFFICIAL TRANSCRIPT**

08:37:28  1    A.    It seems at 1621 everyone was under the impression that

08:37:31  2    the floats had converted and the rig was able to circulate

08:37:36  3    fluid, circulate mud.

08:37:37  4    Q.    How did you hear that?

08:37:38  5    A.    Once again, just sitting -- standing back on the rig floor

08:37:43  6    and monitoring and listening to what's going on and jotting

08:37:47  7    down notes.

08:37:48  8    Q.    All right.  Now, did you hear anyone talk about, after the

08:38:04  9    conversion, anything unusual?

08:38:06  10   A.    Yes.  It was noted that the circulating pressure, once the

08:38:11  11   floats had converted, or once the rig was able to circulate,

08:38:15  12   circulating pressure seemed to be low.

08:38:19  13          And I heard Bob Kaluza mention after witnessing --

08:38:28  14   after monitoring the circulating pressure, he made the

08:38:31  15   statement that, you know, "I need to make a phone call.  We may

08:38:35  16   have blown something higher up in the casing."

08:38:37  17   Q.    Now, was he asking you that or is that something you just

08:38:45  18   heard?

08:38:45  19   A.    That was just something I heard.

08:38:47  20   Q.    And so what happened after that?

08:38:53  21   A.    At that time, there were phone calls made.  The

08:38:58  22   circulating pressure continued to be monitored at various

08:39:02  23   rates.  At one point they switched mud pumps, from one rig pump

08:39:07  24   to the other, monitored pressure as well at various rates.  And

08:39:10  25   more phone calls were made.

**OFFICIAL TRANSCRIPT**

6306

08:39:14  1        Ultimately, walked back up on the rig floor and we

08:39:19  2   were told, "Hey, let's move forward with the cement job.  We're

08:39:23  3   going to circulate and move forward with the cement job."

08:39:25  4   Q.   Can we put this whole page back up for a second.  And I

08:39:32  5   think we can blow this up.

08:39:39  6        Different pump?

08:39:40  7   A.   Yes.

08:39:40  8   Q.   That's an indication of what you were just telling the

08:39:43  9   judge that --

08:39:43 10   A.   Correct.

08:39:44 11   Q.   -- everybody was trying to see if they went to a different

08:39:47 12   pump if the pressure would be higher?

08:39:49 13   A.   Correct.  At that point in time, they attempted to use --

08:39:53 14   to circulate with a different rig pump and monitored and

08:39:57 15   recorded pressures and rates to see if it would be any

08:40:00 16   different from the original rig pump they used.

08:40:02 17   Q.   Did it make any difference?

08:40:07 18   A.   Not -- not much of a difference, as I recall.

08:40:09 19   Q.   All right.  Did you call anybody during this period of

08:40:13 20   time?

08:40:14 21   A.   I did speak with Jesse Gagliano at some point in time in

08:40:19 22   this process.

08:40:19 23   Q.   What did you tell him?

08:40:24 24   A.   Just informed him of what was going on, just to keep him

08:40:28 25   in the loop of activities prior to the cement job.

**OFFICIAL TRANSCRIPT**

08:40:30 1   Q.   And what did he tell you?

08:40:33 2   A.   Basically just, "Okay, just keep me informed.  Continue to

08:40:38 3   document what's going on.  If anything else drastic occurs, you

08:40:44 4   know, just give me a call."

08:40:45 5   Q.   All right.  Let's go to page 523.

08:40:59 6        Is this when you start the cement job?

08:41:04 7   A.   This is the circulation prior to the cement job.

08:41:07 8   Q.   Circulation prior to it.  All right.

08:41:13 9        And who told you to circulate?

08:41:17 10  A.   Well, Halliburton didn't actually perform the circulation.

08:41:20 11  After phone calls had been made, or in the process of, I'm

08:41:24 12  assuming, company men and Brian Morel making phone calls,

08:41:30 13  myself and the rest of the Halliburton team walked off the rig

08:41:32 14  floor for a minute.

08:41:35 15       Upon returning to the rig floor, I was told by

08:41:39 16  Don Vidrine, "Look, we're going to circulate 110 barrels, and

08:41:43 17  then we're going to go into performing the cement job."

08:41:47 18  Q.   So Mr. Vidrine is the one that told you, you were going to

08:41:52 19  be doing the job?

08:41:53 20  A.   Correct.

08:41:53 21       THE COURT:  Mr. Bowman, it's just been noted that

08:41:58 22  you've been -- you're calling out, apparently, the Bates page

08:42:02 23  numbers.

08:42:02 24       MR. BOWMAN:  What I've been calling out is, yes,

08:42:06 25  Your Honor, the last three digits.

**OFFICIAL TRANSCRIPT**

08:42:08  1          THE COURT:  The problem is, that's not the way we have

08:42:10  2   been doing it.  We're trying to be consistent throughout this

08:42:13  3   trial.  I think it's better if you use the TREX number and --

08:42:18  4   that one that's on the screen now appears to be TREX-718-009.

08:42:29  5          MR. BOWMAN:  Yes.

08:42:29  6          THE COURT:  So it might be helpful to use that.  If you

08:42:30  7   also want to refer to the Bates number, that's fine, but we

08:42:32  8   have to go back and retrace our steps here.

08:42:36  9          MR. BOWMAN:  All right.  Okay.  Thank you, Your Honor.

08:42:44 10   BY MR. BOWMAN:

08:42:44 11   Q.   So now, you're staring -- when do you actually start the

08:42:50 12   cement job?

08:42:53 13   A.   I would have to look at the -- later on in the tally book.

08:42:57 14   Q.   All right.  Can we show the whole page.  See if that helps

08:43:09 15   you.

08:43:09 16   A.   It seems near 1928, third entry.

08:43:17 17   Q.   Here?

08:43:22 18   A.   We're blowing through nitrogen lines to pressure test

08:43:25 19   nitrogen lines.  Typically the official start of a cement job

08:43:29 20   is with a pressure test of lines, so I would say 1928 would be

08:43:32 21   the -- officially the start of the cement job.

08:43:34 22   Q.   All right.  There is a -- can we go back to the page, full

08:43:42 23   page.

08:43:43 24          And there is indication about bumping a plug.  Do you

08:43:57 25   see that?

**OFFICIAL TRANSCRIPT**

08:43:57  1    A.    No, this is actually, once again, attempting to pressure

08:44:01  2    test the nitrogen lines.  On the first attempt, there was a --

08:44:07  3    the line was plugged somehow, so they broke the line down,

08:44:10  4    cleared it out and pressure tested again to 5,000 psi.

08:44:16  5    Q.    Okay.  Let's go to -- Rob, if you can give me 526, and

08:44:23  6    I'll call out the correct number.  This is TREX-00718-012.

08:44:42  7          If we go to an entry, 29, what does that say?

08:44:53  8    A.    Here I'm documenting the actual pumping of mud to displace

08:45:00  9    the cement.  And here at 029, this entry says, "Bump bottom

08:45:07 10    plug."

08:45:07 11    Q.    What does that mean?

08:45:08 12    A.    This means that the bottom plug -- we're assuming the

08:45:12 13    bottom plug has landed onto the float collar.

08:45:14 14    Q.    How do you know that?

08:45:16 15    A.    By pressure indication.

08:45:17 16    Q.    So show the whole page again, if you would.

08:45:22 17          And at 019, it says, "Got returns."

08:45:29 18          How do you know that?

08:45:29 19    A.    Any information on returns I would have had to have

08:45:33 20    received from another individual because my equipment doesn't

08:45:38 21    have the capability of monitoring mud returns.

08:45:40 22    Q.    So who would have told you that?

08:45:43 23    A.    That would have either come from the person working for

08:45:51 24    Sperry, who was Cathleenia Williams.  Or during the cement job,

08:45:58 25    everyone has radios, basically walkie-talkies, and there is one

**OFFICIAL TRANSCRIPT**

08:46:03 1   on the rig floor, and on occasion I would call to the rig floor

08:46:05 2   and ask, "Hey, are you guys getting returns?  Are you seeing

08:46:09 3   full returns?"  And I would get a response.  Can't be certain

08:46:12 4   who was on the other side of the radio, but the radio was on

08:46:15 5   rig floor.

08:46:15 6   Q.   All right.  And I forgot to ask you one other item.  Let's

08:46:21 7   to go the whole page again.

08:46:23 8        And right here, what does this say?  "Bump top plug."

08:46:32 9   A.   "Bump top plug."

08:46:32 10  Q.   What that does that mean?

08:46:34 11  A.   Once again, a pressure indication that the top plug has

08:46:37 12  landed on the float collar, which is, for all intents and

08:46:40 13  purposes, the end of the cement job.

08:46:42 14  Q.   What time was that?

08:46:43 15  A.   This is -- I don't know.  I need you to display the full

08:46:53 16  tally book again.

08:46:57 17       It seems to be between 037 and 043.

08:47:03 18  Q.   All right.  So, basically, that's the end of the cement

08:47:10 19  job?

08:47:11 20  A.   Correct.  The cement is in place.  You can no longer

08:47:14 21  circulate through the casing and up the annulus at this point.

08:47:17 22  Q.   And what do you do then?

08:47:21 23  A.   Depending on the job type, this particular job, if it's a

08:47:26 24  liner, then you go through the process of pulling the running

08:47:30 25  tool and circulating, etcetera.

**OFFICIAL TRANSCRIPT**

08:47:32  1    Q.   Let's go to page 527, which is TREX-00718-013.

08:47:46  2         And this is the -- seems to be the last entry.  What

08:47:50  3    does this say?

08:47:51  4    A.   This is the last entry at 0730.  This is at the morning

08:47:56  5    meeting of that particular morning.  It says -- I jotted down a

08:48:01  6    note here that the rig is going to be testing casing at

08:48:04  7    9:15 a.m.  They're saying that's the 500 psi time on cement.

08:48:09  8    Q.   Who told you that?

08:48:11  9    A.   This was just said in the particular meeting.  I'm not

08:48:15 10    sure who made the comment.

08:48:16 11    Q.   You didn't make the comment, did you?

08:48:18 12    A.   No, I did not.

08:48:19 13    Q.   So who was at this meeting?

08:48:22 14    A.   The morning meetings typically included the company men,

08:48:26 15    the BP engineer, Brian Morel, TO personnel, Halliburton

08:48:30 16    personnel, and also individuals on the call.  They would call

08:48:36 17    in to this meeting from town.  I'm not sure who would call in.

08:48:40 18    Q.   All right.  So do you know who actually made this -- who

08:48:49 19    actually said 500 psi by 9:15?

08:48:53 20    A.   No, I do not.

08:48:54 21    Q.   We know it wasn't you?

08:48:55 22    A.   Correct.

08:48:55 23    Q.   And you don't remember it being anyone else with

08:48:59 24    Halliburton, do you?

08:48:59 25    A.   No, sir.

**OFFICIAL TRANSCRIPT**

08:48:59 1    Q.    By the way, did anyone, Mr. Morel, Mr. Kaluza, anyone ever
08:49:13 2    ask you how long they should wait on cement?
08:49:15 3    A.    No.   They did not, no.
08:49:16 4    Q.    Did you ever hear them asking anyone from Halliburton how
08:49:20 5    long they should wait on cement?
08:49:21 6    A.    No, I did not.
08:49:22 7    Q.    Did you ever hear that discussed at all?
08:49:24 8    A.    No, sir.
08:49:31 9    Q.    Now, later on -- and this is, what, 7:30 meeting in the
08:49:34 10   morning of the 20th?
08:49:36 11   A.    Yes.
08:49:37 12   Q.    And what did you do later that day?
08:49:43 13   A.    After this particular meeting, I went back into the room,
08:49:49 14   continued to pack my bag and wait on the helicopter flight to
08:49:53 15   fly back in.
08:49:54 16   Q.    And you got on a helicopter flight so you were not on the
08:49:58 17   rig when it exploded.
08:49:59 18   A.    Correct.   If I recall correctly, we flew out sometime
08:50:05 19   around noon, and we were back home for -- about 1:00 p.m. that
08:50:09 20   day on the 20th.
08:50:10 21   Q.    Were there Schlumberger people that were going to run the
08:50:15 22   CDL on the same flight that you were on?
08:50:17 23   A.    I don't recall.
08:50:17 24   Q.    You don't recall?
08:50:18 25   A.    No, sir.

**OFFICIAL TRANSCRIPT**

08:50:23  1    Q.    Actually, before the cement job, was there ever any

08:50:26  2    discussion with anyone on the rig about centralizers?

08:50:34  3    A.    Yes.

08:50:34  4    Q.    And who was that discussion with?

08:50:39  5    A.    I personally had a discussion with Brian Morel and

08:50:45  6    Don Vidrine.

08:50:45  7    Q.    Concerning what about centralizers?

08:50:48  8    A.    In this case, the decision not to run 21 centralizers.  I

08:50:56  9    was under the impression going out to the rig that there were

08:50:57 10    to be 21 centralizers on the casing.  I later learned, while

08:51:03 11    being on the rig, that a decision had been made not to

08:51:10 12    run 15 additional centralizers and only run six.

08:51:12 13    Q.    Did that concern you?

08:51:14 14    A.    Yes, it did.

08:51:15 15    Q.    All right.  And did you voice that concern to someone from

08:51:20 16    BP?

08:51:22 17    A.    I did have a conversation with Brian and Don Vidrine, yes.

08:51:25 18    Q.    What did they tell you?

08:51:27 19    A.    They simply informed me that, yes, that decision had been

08:51:30 20    made not to run the 15 additional centralizers, and they were

08:51:35 21    going to move forward with only six.

08:51:37 22    Q.    And did you let anyone know that decision?

08:51:41 23    A.    Yes.  I did make a call to Jesse Gagliano.

08:51:44 24    Q.    And what did he say?

08:51:46 25    A.    He seemed a bit upset about the decision.  He said there

**OFFICIAL TRANSCRIPT**

08:51:50  1    had been some previous talks during the design phase of the

08:51:55  2    job, and that individuals within BP were aware of, I guess, the

08:52:01  3    impact on the cement job.

08:52:02  4    Q.    And what's the possible impact when you say *impact*?

08:52:07  5          MR. BROCK:  Your Honor, I'm going to object to this as

08:52:09  6    being hearsay.  I think Mr. Gagliano will be appearing, I

08:52:13  7    think, next week to testify and we can hear what he said at

08:52:17  8    that point.

08:52:17  9          THE COURT:  You're asking this witness to say what

08:52:21 10    Mr. Gagliano said to somebody else?

08:52:24 11          MR. BOWMAN:  No.  The question, I think, was:  What

08:52:26 12    would be the effect of not having the right number of

08:52:29 13    centralizers?

08:52:30 14          MR. BROCK:  On that one he said that he does not have

08:52:32 15    an opinion on that for this particular job because he was not

08:52:35 16    involved in that, so I object on foundation.

08:52:37 17          MR. BOWMAN:  That's not what he said at all.

08:52:39 18          THE COURT:  Go ahead and reask the question, and let's

08:52:42 19    see what it is.

08:52:42 20    BY MR. BOWMAN:

08:52:43 21    Q.    All right.  Nate, what would the effect of not having the

08:52:47 22    21 centralizers have been on this job?

08:52:50 23          MR. BROCK:  I object on foundation.

08:52:52 24          THE WITNESS:  On this particular job, based solely upon

08:52:58 25    looking at the simulations with and without the additional

**OFFICIAL TRANSCRIPT**

08:53:03  1    centralizers, without the additional centralizers or the lack

08:53:05  2    of the additional 15 centralizers, would result in channeling.

08:53:18  3    BY MR. BOWMAN:

08:53:18  4    Q.   If we go to TREX-00717-421, then I'll call out the correct

08:53:46  5    number.  And this is TREX-00717.

08:53:50  6         All right.  And have you seen this before?

08:53:57  7    A.   Yes, I have.

08:53:58  8    Q.   And what is it?

08:54:01  9    A.   This is an e-mail which was sent out by Jesse Gagliano

08:54:08  10   that contained lab tests and an ISM report.

08:54:15  11   Q.   We will look at those lab tests and the ISM report.  Can

08:54:20  12   we blow up all of this.  Make it a little bigger.

08:54:32  13        All right.  Now, first one is Anthony Cupit,

08:54:49  14   Brett Cocales.

08:54:49  15        Do you know who Brett Cocales is?

08:54:50  16   A.   No, I do not.

08:54:51  17   Q.   Don Vidrine, you know who he was, right?

08:54:53  18   A.   Yes, sir.

08:54:54  19   Q.   John Guide, do you know who John Guide was?

08:54:57  20   A.   No, I did not.

08:54:58  21   Q.   Murray Sepulvado, do you know who he was?

08:55:03  22   A.   I did not know at the time.  No, I did not.

08:55:05  23   Q.   And Ronald Sepulvado?

08:55:08  24   A.   No, I did not.

08:55:09  25   Q.   Mark Hafle, do you know who he was?

**OFFICIAL TRANSCRIPT**

08:55:13 1   A.   No.

08:55:13 2   Q.   Greg Walz?

08:55:18 3   A.   No.

08:55:18 4   Q.   Let's look at the next page, which is 467, and this is

08:55:32 5   TREX-00717-002.

08:55:41 6            And what is this?

08:55:44 7   A.   This is a lab test.

08:55:45 8   Q.   Lab test.  Okay.  So this was sent to you and all those

08:55:50 9   other people, right?

08:55:50 10  A.   Correct.

08:55:51 11  Q.   And the date of the e-mail, of course, was April 18th, on

08:56:00 12  Sunday, right?

08:56:01 13  A.   Correct.

08:56:01 14  Q.   And this lab test is actually two pages, the next page

08:56:07 15  being 467, which is TREX-00717-003.

08:56:22 16           And that lab test shows a series of tests on the

08:56:27 17  particular slurry, right?

08:56:28 18  A.   That is correct.

08:56:28 19  Q.   And can we go back to 002.

08:56:56 20           And this shows a nine-gallon retarder.  Do you see

08:56:59 21  that?

08:57:00 22  A.   Yes.  Nine gallons of SCR-100L, which is the retarder

08:57:08 23  used.

08:57:08 24  Q.   Do you recall when it was that you learned that it would

08:57:13 25  be nine versus eight gallons?

**OFFICIAL TRANSCRIPT**

08:57:15  1    A.    No.  I do not recall the specific date.  I want to say it

08:57:19  2    was the 17th or 18th.

08:57:21  3    Q.    How did you find out?

08:57:26  4    A.    I remember Brian Morel having some question about the pump

08:57:31  5    time and he didn't feel comfortable with the amount of pump

08:57:35  6    time on the eight-gallon test, so he asked about a nine-gallon

08:57:37  7    test.

08:57:38  8    Q.    Did he tell you then they were going to use the

08:57:41  9    nine gallons?

08:57:43  10   A.    I did, at some point, find out that nine gallons of

08:57:50  11   SCR-100L was going to be used on this particular job, yes.

08:57:55  12   Q.    And this particular page has a thickening time.  You don't

08:58:00  13   need to blow it up.  You can see that thickening time.

08:58:04  14         What is thickening time for the Court?

08:58:06  15   A.    That is the time in which the cement is no longer deemed

08:58:09  16   pumpable.  It's ultimately the longest time period you have to

08:58:16  17   get the cement in place.

08:58:17  18   Q.    That's the 7:37?

08:58:21  19   A.    That is correct, 7 hours and 37 minutes.

08:58:23  20   Q.    All right.  Now, I notice -- let's go to the second page

08:58:33  21   now, which is 003, and it shows a series of tests.

08:58:42  22         Then, unfortunately, it has a graph that is not

08:58:45  23   legible right now.  Do you remember what that graph was?

08:58:49  24   A.    Yes.  This seems to be the thickening time test.  The

08:58:56  25   graph of the actual -- of the actual pump time test itself.

**OFFICIAL TRANSCRIPT**

08:59:00  1    Q.   And let's go to the next page.  That would be 004.  That's

08:59:10  2    another graph.  This one you can actually read a little bit.

08:59:14  3              What's this graph?

08:59:15  4    A.   This is the graph of the compressive strength test, the

08:59:20  5    UCA chart --

08:59:20  6    Q.   Yes, sir.

08:59:23  7    A.   -- as we call it.  It shows the compressive strength

08:59:26  8    development over time of this particular cement slurry.

08:59:28  9    Q.   All right.  So could you read this graph?

08:59:35 10    A.   I could make it out.  I can't read it.

08:59:37 11    Q.   When you actually received it, was it in a form that you

08:59:41 12    could read?

08:59:41 13    A.   Yes.

08:59:42 14    Q.   Now, what's the importance of a UCA test?

08:59:47 15    A.   Once again, it shows the compressive strength development

08:59:50 16    over time of the cement slurry being pumped.

08:59:53 17    Q.   All right.  Now, I noticed that there is not -- you have

08:59:57 18    all these tests here.  There is not a foam stability test, is

09:00:03 19    there?

09:00:03 20    A.   No, there is not.

09:00:03 21    Q.   So all the people receiving this showed these tests, but

09:00:08 22    no foam stability test.

09:00:10 23    A.   Correct.

09:00:10 24    Q.   You knew this was a foam job.  Did you ask anybody about a

09:00:14 25    foam test?

**OFFICIAL TRANSCRIPT**

09:00:15  1    A.    No, I did not.

09:00:16  2    Q.    Why was that?

09:00:18  3    A.    I relied on Jesse Gagliano's testing, and I assumed that

09:00:23  4    he had tested for foam stability.  That's typically the first

09:00:27  5    test that is performed when pumping a foam job.

09:00:31  6    Q.    Okay, let's go now to 005.  What is it?

09:00:45  7    A.    This is OptiCem report, a simulation report.

09:00:50  8    Q.    Yes, sir.  That was attached to this e-mail, also.  Did

09:00:54  9    you look at it?

09:00:55 10    A.    Yes, I did.

09:00:56 11    Q.    Can we go to Bates Number 434.

09:01:15 12          MR. BROCK:  Can you call a page on that, also?

09:01:17 13          MR. BOWMAN:  Page 18.

09:01:19 14          MR. BROCK:  Thank you.

09:01:19 15    BY MR. BOWMAN:

09:01:19 16    Q.    This is TREX-00717-008 -- no, let's see.  Let's go to --

09:01:26 17    it's 434, sorry.  You know, I'm looking at it -- I have a lot

09:01:44 18    of 434's here.  Sorry, Rob.

09:01:53 19          Well, let's look at this.  One place in that is on

09:01:57 20    page 18, there is something that shows gas flow potential.

09:02:08 21          739.18, thank you.  Let's try that, Rob.

09:02:21 22          Okay, you see that?

09:02:23 23    A.    Yes.

09:02:24 24    Q.    It shows a 10.29.  What does that mean to you?

09:02:31 25    A.    10.29 gas flow potential means that it's in a severe range

**OFFICIAL TRANSCRIPT**

09:02:38 1   of the probability of gas or hydrocarbon being able to flow

09:02:42 2   through the cement once it's in place.

09:02:45 3   Q.    Is foam cement used in part when you want to try to

09:02:51 4   control a high gas flow potential?

09:02:54 5   A.    Yes.  It is.

09:02:55 6   Q.    Did this particular OptiCem also show a high likelihood of

09:03:05 7   channeling, do you recall?

09:03:10 8   A.    Is this the particular OptiCem with the six centralizers?

09:03:15 9   Q.    This is one of the --

09:03:15 10  A.    I believe it is, yes.  Yes, with the high gas flow

09:03:17 11  potential.  Yes, this OptiCem does show channeling.

09:03:24 12  Q.    You got this right before the cement job, correct?

09:03:29 13  A.    Correct.

09:03:29 14  Q.    Mr. Vidrine, Mr. Sepulvado and all those other people

09:03:39 15  would have received it at the same time, as far as you know?

09:03:41 16  A.    As far as I know, yes.

09:03:42 17  Q.    Of course, Mr. Vidrine is the one that told you, go ahead

09:03:46 18  and pump the job, right?

09:03:48 19  A.    That is correct.

09:03:50 20  Q.    Now, after the job, what do you do?  Or is that too open a

09:03:54 21  question?  What are you supposed to do after the job?

09:03:57 22  A.    Immediately after a cement job is done, I'll complete the

09:04:01 23  post-job report.  I'll then send it to the Account Rep, who was

09:04:06 24  Jesse Gagliano in this case.  He reviews it and makes changes

09:04:11 25  and sends it on to his customer.

**OFFICIAL TRANSCRIPT**

09:04:15  1            At that point, you know, the job is complete.

09:04:17  2    Q.    Okay.  We'll look at the post-job report in just a second.

09:04:22  3            You actually did two here?

09:04:24  4    A.    Yes.

09:04:24  5    Q.    Explain to the Court why.

09:04:26  6    A.    Well, the first version of the post-job report was done

09:04:30  7    prior to me leaving the rig on the 20th.

09:04:33  8            The second version occurred, I believe, on the 21st.

09:04:39  9            I was called back into the office to -- really not

09:04:43 10    make modifications, but make an addition to my job log because

09:04:48 11    of the event, the blowout.

09:04:51 12            The blowout had taken place.  My supervisor,

09:04:53 13    Michael Serio, asked me to come in and include every detail

09:04:59 14    from my tally book that I could possibly include in the

09:05:02 15    post-job report.

09:05:03 16    Q.    I'm just going to ask you about the -- I'll say the second

09:05:07 17    one.  Someone else can ask you about the first, if they want.

09:05:10 18            Can we go to TREX-00713.

09:05:30 19            This is an e-mail from you to Jesse Gagliano and

09:05:35 20    Mr. Serio.  You just mentioned Mr. Serio.  Who was he?

09:05:38 21    A.    Michael Serio was the lead technical professional in

09:05:42 22    Lafayette at the time.  He was my manager at that time.

09:05:43 23    Q.    All right.  Let's go to page 646.

09:06:27 24            This is your event, right?  You're writing down --

09:06:34 25    what all are you writing down there?

                        **OFFICIAL TRANSCRIPT**

09:06:35  1    A.    Yes, this is my job log, basically writing down
09:06:40  2    significant points.
09:06:43  3             It tends to pretty match up with -- it tends to match
09:06:46  4    up pretty much with the tally book.  It's just significant
09:06:50  5    points throughout each day and things that pertain to the
09:06:53  6    cement job.
09:06:53  7    Q.    All right.
09:07:01  8             MR. BOWMAN:  Your Honor, may I have one second to
09:07:05  9    confer with my videographer because we have a lot of duplicate
09:07:09 10    numbers here?
09:07:10 11             MR. BROCK:  I was going to mention, they all have
09:07:11 12    646 --
09:07:14 13             MR. BOWMAN:  That's what I just noticed.
09:07:14 14             MR. BROCK:  -- but call the page number.
09:07:20 15             MR. BOWMAN:  That's what I just noticed.
09:07:20 16             THE AUDIO/VIDEO TECHNICIAN:  Just call the page number.
09:07:20 17    BY MR. BOWMAN:
09:07:25 18    Q.    Okay, so let's go to page 2.
09:07:37 19             All right.  Now, I want to ask you, first of all,
09:07:39 20    what is this whole page supposed to indicate?
09:07:43 21    A.    Here, it's just a -- I guess, a -- just a sheet filled
09:07:49 22    with data of fluids being pumped, wellbore geometry
09:07:56 23    information, circulation data, etcetera.
09:08:01 24    Q.    Let me ask you about this one thing.  It says, estimated
09:08:05 25    TOC.  That's top of cement?

**OFFICIAL TRANSCRIPT**

09:08:07 1    A.    Yes, estimated top of cement.

09:08:09 2    Q.    Why does it say estimated?

09:08:12 3    A.    This is the planned top of cement based upon the planned

09:08:15 4    job in the proposal.

09:08:16 5    Q.    All right.  Because is there any way you can actually know

09:08:19 6    what the top of cement is?

09:08:22 7    A.    In this particular case, no.  It's estimated based on

09:08:26 8    fluids being pumped, volumes being pumped.

09:08:28 9    Q.    In other words, if it was all pumped the way it was

09:08:32 10   supposed to, it would come all the way down, then it would go

09:08:35 11   up the annulus, and it would go up to that height?

09:08:38 12   A.    Correct.  That's assuming it pumps out the bottom of the

09:08:41 13   casing, up the annulus.

09:08:42 14         This is assuming you have a perfectly gauged -- I

09:08:49 15   guess, a perfect hole size, hole diameter, one hole diameter.

09:08:54 16   This is assuming you've estimated the correct excess amount.

09:08:58 17   It's an estimated calculation.

09:08:59 18   Q.    All right.  There is no way -- well, is there any way you

09:09:05 19   can actually know for sure how high the cement was?

09:09:07 20   A.    Yes.

09:09:07 21   Q.    How do you know?

09:09:09 22   A.    You'd have to perform a cement bond log to do so.

09:09:12 23   Q.    We all know one wasn't performed.  So was there any way,

09:09:17 24   without performing one, anyone would know actually how high the

09:09:21 25   cement was?

**OFFICIAL TRANSCRIPT**

09:09:21 1    A.    Not to my knowledge, no.

09:09:22 2    Q.    Let's go to page 6.  Could we just blow this up.

09:09:22 3          MR. BROCK:  Could we read the number into the record?

09:09:47 4          MR. BOWMAN:  This is 00713-007, Your Honor.

09:09:47 5    BY MR. BOWMAN:

09:09:57 6    Q.    This is looking like it's pretty close to the end of the

09:10:00 7    job; is it?

09:10:00 8    A.    Yes.  This is on the 20th, correct.  The morning of the

09:10:05 9    20th.

09:10:05 10   Q.    This is where you say, bottom plug bumped, top plug

09:10:11 11   bumped, right?

09:10:11 12   A.    Correct.

09:10:11 13   Q.    We've already seen those notations in your tally book?

09:10:15 14   A.    That is correct.

09:10:17 15   Q.    This last entry says, "check floats, bled back five

09:10:21 16   barrels, floats held."

09:10:23 17         Now, what does it mean, bled back five barrels?

09:10:27 18   A.    In order to check the floats -- after the top plug bumps,

09:10:33 19   you still have -- you're holding -- and the rig's holding

09:10:36 20   pressure on the casing, that pressure is bled back, released.

09:10:39 21         In releasing that pressure, you're going to get some

09:10:43 22   flow back of volume.  That flow back is typically taken back to

09:10:47 23   the cementing unit into the measuring tanks, where that volume

09:10:50 24   can be measured.

09:10:52 25         In this particular case, five barrels was measured

**OFFICIAL TRANSCRIPT**

09:10:55 1   back to the cementing measuring tanks.  It was then deemed that

09:11:00 2   the floats were holding as they were supposed to, and the

09:11:04 3   cement job was done.

09:11:05 4   Q.   Now, how was it deemed the floats were holding?  Did you

09:11:09 5   go look at them?

09:11:09 6   A.   No, I did not witness this event.  No, I did not.

09:11:12 7   Q.   Who did?

09:11:16 8   A.   Outside of the -- I can't be certain who was up there

09:11:19 9   because I was not in the cementing room when that occurred.

09:11:22 10  Q.   That's what someone told you; is that basically it?

09:11:28 11  A.   Yes.

09:11:28 12  Q.   Let's now go to page 7, which is TREX-00713-008.

09:11:42 13       Is this basically your conclusion?

09:11:43 14  A.   Yes, it is.  It's significant points from the job.

09:11:48 15  Q.   Okay.  It was pumped as planned.  Full returns.

09:11:59 16       That says full returns.  Were you measuring returns?

09:12:02 17  A.   No, I was not.  I would have --

09:12:03 18  Q.   Who was looking at that?

09:12:05 19  A.   I would have gotten this data, once again, from

09:12:08 20  Cathleenia, who works for Sperry, as well as individuals on the

09:12:12 21  rig floor who were monitoring returns.

09:12:15 22  Q.   When you say individuals on the rig floor, who are you

09:12:18 23  talking about, what are you talking about?

09:12:20 24  A.   Like I said, during the cement job, we hand out radios to

09:12:26 25  communicate, various locations on the rig.

**OFFICIAL TRANSCRIPT**

6326

09:12:28  1          There was a rig [verbatim] left on the rig floor, and

09:12:31  2    throughout the job I'll call up to the rig floor.

09:12:35  3          I'm not sure who the particular individual was, but

09:12:37  4    they had the capability, obviously, to monitor the returns.

09:12:40  5    They have sensors -- the rig has sensors, and that can be seen

09:12:44  6    up in the drill shack.

09:12:46  7          So I would call up to the rig floor and ask, hey, are

09:12:49  8    we still getting full returns?  How is it looking up there?  I

09:12:53  9    would get the reply, yes, we're still getting full returns.

09:12:56 10    Q.    So somebody in the drill shack was telling you full

09:12:59 11    returns --

09:12:59 12    A.    Yes.

09:13:00 13    Q.    -- is that fair?

09:13:07 14          Estimated 100 psi of lift pressure, how did you do

09:13:11 15    that?

09:13:11 16    A.    I just basically looked at the circulating pressure at the

09:13:16 17    time the bottom plug bumped and compared it to the circulating

09:13:20 18    pressure at the time the top plug bumped and subtracted the

09:13:25 19    two.  It's just a rough calculation.

09:13:26 20    Q.    Can we go to page 12, 00713-013.

09:13:49 21          Now, what graph are we looking at here?

09:13:54 22    A.    This is displacement of the cement by the rig pumps.  What

09:14:01 23    you're seeing here is a pressure reading, surface pressure

09:14:06 24    monitored during the displacement of the cement.

09:14:10 25    Q.    You say you estimated 100 psi lift pressure.  Is that this

**OFFICIAL TRANSCRIPT**

09:14:19  1    little -- well, I'll say little upswing right here?

09:14:21  2    A.    Yes.

09:14:21  3    Q.    So if this was perfectly straight, you would have no lift

09:14:25  4    pressure, but the way it went up, it showed about a hundred

09:14:29  5    psi?

09:14:29  6    A.    Yes.

09:14:29  7    Q.    Was that high, normal, or how would you describe that lift

09:14:35  8    pressure?

09:14:38  9    A.    It totally depends on the job.  You can't really give it a

09:14:43 10    category as being high or low.  It's relative to densities of

09:14:49 11    fluids in the wellbore and what's being pumped.

09:14:51 12    Q.    Did anybody tell you what the lift pressure was supposed

09:14:53 13    to be?

09:14:56 14    A.    No.

09:14:56 15    Q.    No?

09:14:57 16    A.    No.

09:14:58 17    Q.    So from your standpoint, you didn't know if this was high,

09:15:01 18    low or indifferent?

09:15:05 19    A.    In comparison to what it was supposed to be, correct.

09:15:08 20    Q.    Yes, sir.

09:15:08 21    A.    Yes.  I can't say that it was high, low or indifferent.

09:15:13 22    Q.    Because you didn't know what it was supposed to be; is

09:15:16 23    that fair?

09:15:16 24    A.    I can't recall what it was supposed to be.

09:15:18 25    Q.    Going back to page 7, which is 713-008, the very last

**OFFICIAL TRANSCRIPT**

09:15:37 1    things, floats held after job, I think we remember, but is
09:15:43 2    that -- how did you know that?
09:15:47 3    A.    Once again, I would have received this information from
09:15:49 4    someone who was up at the cement unit monitoring the flow back
09:15:53 5    once pressure was bled off.
09:15:55 6    Q.    As far as you were concerned, how did the cement job go?
09:16:02 7    A.    From an operational standpoint, flawless.
09:16:07 8    Q.    Flawlessly.
09:16:12 9          I didn't ask you one thing as far as height of
09:16:16 10   cement.  Why is it important for the height of cement?
09:16:21 11   A.    Typically, height of cement, in my experience, is --
09:16:25 12   that's determined based upon where your high pressure zones
09:16:32 13   are.
09:16:32 14         The point of -- the point of a cement job is to
09:16:35 15   achieve zonal isolation.  You must first know where your zones
09:16:39 16   are, and then you plan from there your height of cement.
09:16:44 17   Q.    Finally, I think you described this, but in calculating
09:16:53 18   the height of cement, you're doing what; theoretically, if the
09:16:58 19   cement goes down the way it's supposed to go and come back up,
09:17:03 20   right?
09:17:03 21   A.    That is correct, through the bottom of the casing and up
09:17:06 22   the annulus.
09:17:06 23   Q.    Is there any way you can tell while you're doing the
09:17:10 24   cement job from looking at anything if that cement is actually
09:17:12 25   going where it's supposed to be going?

**OFFICIAL TRANSCRIPT**

09:17:14 1    A.    No, not to my knowledge, no.

09:17:16 2    Q.    So if there was a hole in the casing, and it's just coming

09:17:21 3    down and going through the hole in the casing, would there be

09:17:25 4    any way you could determine that one way or the other?

09:17:28 5          MR. BROCK:  Your Honor, objection.  That's a

09:17:30 6    hypothetical question to a nonexpert.

09:17:32 7          THE COURT:  Sustained.

09:17:34 8    BY MR. BOWMAN:

09:17:34 9    Q.    Likewise, if it was flowing down and going into the

09:17:39 10   formation, is there any way you could tell?

09:17:43 11         MR. BROCK:  Same objection.

09:17:44 12         THE COURT:  Sustained.

09:17:45 13         MR. BOWMAN:  Well, I'm not asking for his opinion as

09:17:48 14   to whether it happened or not --

09:17:48 15         THE COURT:  It sounds like you were asking for an

09:17:51 16   opinion.  What else could that be?

09:17:53 17         MR. BOWMAN:  Well, what I'm trying to ask, and maybe

09:17:56 18   I'm doing it not very well, is can he tell from the cement job

09:17:59 19   if any of these things would be happening; not were they

09:18:02 20   happening, but is it -- can he actually be able to tell one way

09:18:06 21   or the other.

09:18:07 22         THE COURT:  I think he already answered that, that he

09:18:09 23   can't.

09:18:09 24               Right, sir?  You can't monitor that sometimes.

09:18:13 25         THE WITNESS:  The hole in the casing, no, I cannot.

**OFFICIAL TRANSCRIPT**

09:18:15  1          The question about is it going to the formation,
09:18:17  2   then I can't monitor it, but it could possibly be determined
09:18:22  3   based on returns.
09:18:23  4          That would be monitored by, once again, Sperry or
09:18:27  5   anyone on the rig floor.
09:18:27  6   BY MR. BOWMAN:
09:18:29  7   Q.   Which gets back to the no returns that was reported?
09:18:34  8   A.   Correct.
09:18:35  9        MR. BOWMAN:  Thank you.  I'll pass the witness.
09:18:44 10        THE COURT:  Plaintiffs?
09:18:45 11        MR. BREIT:  One second, Your Honor.
09:18:45 12            Okay, Your Honor.
09:18:45 13        THE COURT:  Go ahead.
09:19:12 14        MR. BREIT:  Jeffrey Breit for the Plaintiffs' Steering
09:19:16 15   Committee, and I have Mr. Chaisson on cross-examination.
09:19:16 16                     CROSS-EXAMINATION
09:19:16 17   BY MR. BREIT:
09:19:19 18   Q.   Good morning, Mr. Chaisson.
09:19:21 19   A.   Good morning.
09:19:21 20   Q.   You learned two days before you went out that you were
09:19:28 21   going to be going out to the *Deepwater Horizon*?
09:19:30 22   A.   A day or two, that's correct.
09:19:31 23   Q.   The two other engineers who were on the board in front of
09:19:35 24   you were unavailable, so you were next in line?
09:19:39 25   A.   That is correct.

                            **OFFICIAL TRANSCRIPT**

09:19:41 1    Q.    Now, you said earlier on direct examination that you

09:19:45 2    relied on Jesse Gagliano for purposes of the testing of this

09:19:49 3    cement and the design of the cement?

09:19:52 4    A.    Yes.

09:19:53 5    Q.    You didn't have any idea whether or not this cement was

09:19:55 6    stable; you relied totally on him?

09:19:56 7    A.    That is correct.

09:19:59 8    Q.    Earlier in this trial, the vice-president of Halliburton

09:20:03 9    indicated that this particular cement had a very low

09:20:07 10   probability of success.  Were you aware of that at any time?

09:20:11 11   A.    No, I was not.

09:20:12 12   Q.    If you had been aware of the fact that this particular

09:20:15 13   cement slurry had a low probability of success, you would not

09:20:20 14   have pumped it, would you?

09:20:25 15   A.    I would have raised some red flags.  It would have raised

09:20:28 16   a flag in my mind, yes.

09:20:29 17   Q.    You would have wanted to meet and discuss with your other

09:20:32 18   Halliburton people whether or not this cement should go down

09:20:35 19   the hole; is that right?

09:20:37 20   A.    I would have had some discussions with Jesse Gagliano and

09:20:40 21   maybe other individuals, that is correct.

09:20:41 22   Q.    Was there ever a meeting that you had with Jesse Gagliano

09:20:46 23   and with any other people at Halliburton to discuss your

09:20:51 24   concerns about channeling, about centralizers, about the low

09:20:59 25   pumping pressure?

**OFFICIAL TRANSCRIPT**

09:21:00  1      Did you ever have those kind of safety meetings where
09:21:03  2  Halliburton sat down and discussed these issues that you were
09:21:05  3  concerned with?
09:21:07  4  A.   I did have a phone call with Jesse Gagliano to discuss the
09:21:11  5  centralizers.  I also informed him of the low circulating
09:21:15  6  pressure.
09:21:15  7  Q.   Other than phone calls with Jesse, did Halliburton, as a
09:21:21  8  team, ever get together and discuss the concerns, the safety
09:21:28  9  concerns that you had or Jesse had with regard to channeling,
09:21:35 10  low pressure, centralizers, or any of these kinds of safety
09:21:39 11  concerns, as a group, to determine whether or not we should
09:21:42 12  take a different direction or whether we should stop the job?
09:21:46 13      You didn't have those discussions, did you?
09:21:47 14  A.   Well, there was no discussion and there was no safety
09:21:52 15  concern about either of those topics you just mentioned.
09:21:56 16  Q.   Was there ever a risk assessment meeting where you all
09:22:00 17  discussed the risks of those things that you were concerned
09:22:02 18  with?
09:22:04 19  A.   Not that I have taken part in.  No, there was no risk
09:22:08 20  assessment meeting.
09:22:09 21  Q.   You saw those concerns as a red flag, didn't you, and you
09:22:12 22  brought that up to Jesse?
09:22:13 23  A.   I saw those concerns as a red flag in regards to the
09:22:17 24  cement placement, correct.  Once again, no safety concerns.
09:22:22 25  Q.   A red flag concern, but not a safety concern?

09:22:25  1    A.    Correct.  A red flag as in proper placement of the cement.

09:22:29  2    Q.    Well, you were concerned about the channeling as it

09:22:33  3    relates to whether or not you could get adequate zonal

09:22:36  4    isolation, weren't you?

09:22:38  5    A.    Yes, I would say that's fair.

09:22:40  6    Q.    But there was no discussion about that other than your

09:22:43  7    phone call with Jesse, was there?

09:22:46  8    A.    Not that I had taken part in.

09:22:48  9    Q.    The last OptiCem report that you received, one that was

09:22:55 10    shown to you by Halliburton counsel, indicated that there was a

09:22:58 11    severe gas flow potential with the particular design of this

09:23:05 12    cement pumping, wasn't there?

09:23:08 13    A.    Yes.

09:23:08 14    Q.    Ever have any kind of group discussion, risk analysis, of

09:23:14 15    whether or not that severe gas flow could cause problems with

09:23:18 16    your cement job?

09:23:20 17    A.    There was no meeting or discussion that I had taken place

09:23:23 18    in.

09:23:27 19          In regards to the actual cement design itself, just

09:23:29 20    from my background, I know that foam cement is used just for

09:23:34 21    this purpose -- or as -- can be used for this purpose.

09:23:37 22    Q.    When you use foam cement for this purpose, it's important,

09:23:43 23    isn't it, to have a foam stability results in your hand before

09:23:49 24    you do the pumping; isn't that true?

09:23:52 25    A.    It's important that it is -- it's tested, and, yes, you do

OFFICIAL TRANSCRIPT

09:23:55 1   know that your cement is table.

09:23:57 2   Q.   But the tests themselves, those particular foam stability

09:24:02 3   tests, you would like to see them before you do the pumping,

09:24:02 4   wouldn't you?

09:24:06 5   A.   The individual in charge of testing, yes, would like to

09:24:08 6   see those.

09:24:09 7   Q.   Well, you never saw the foam stability test results before

09:24:15 8   you pumped, did you?

09:24:16 9   A.   No, I did not.  As I stated before, the individual

09:24:19 10  performing the testing should look at those.  In this

09:24:23 11  particular case, I was not performing any of the testing.

09:24:25 12  Q.   You agree that you would want to have those final results

09:24:29 13  for foam stability tests before pumping, and you do not know

09:24:35 14  whether those final results were ever produced before the

09:24:38 15  pumping, do you?

09:24:39 16  A.   I do not know when those results were produced, no.

09:24:43 17  Q.   You didn't tell Brian Morel on the rig that you did not

09:24:47 18  have the foam stability results before you pumped the cement,

09:24:47 19  did you?

09:24:52 20  A.   I was never asked by Brian Morel for those, nor did I

09:24:55 21  inform Brian Morel that I had not seen those.

09:24:58 22  Q.   Now, you were aware of the fact that when you received

09:25:01 23  those OptiCem, the last OptiCem reports prior to pumping the

09:25:07 24  cement, that the compressive strength test, that there would

09:25:14 25  have been zero compressive strength on this particular cement

**OFFICIAL TRANSCRIPT**

09:25:18  1    slurry after 24 hours; do you remember that?

09:25:24  2         MR. BOWMAN:  Objection, Your Honor.  That's not what

09:25:25  3    the results show.

09:25:25  4    BY MR. BREIT:

09:25:29  5    Q.    Did you look at the results?

09:25:29  6    A.    I did look at the results.

09:25:31  7    Q.    If I could look at TREX-00708.1.

09:25:47  8         Well, first of all, on the bottom, the compressive

09:25:49  9    strength is not completed.  It currently has 34 hours.  That's

09:25:52 10    an e-mail from Jesse Gagliano to a group of people which

09:25:56 11    included you, correct?

09:25:57 12    A.    That is correct.

09:26:00 13    Q.    Did you testify any time prior to today that based on the

09:26:06 14    compressive strength tests of the foam slurry provided prior to

09:26:11 15    pumping the cement, there would have been zero compressive

09:26:13 16    strength after 24 hours on the early morning of April 20th;

09:26:20 17    have you ever said that before?

09:26:21 18    A.    I don't recall if I said that particular statement.

09:26:24 19    Q.    Can I see TREX-26145, please, page 290 of the deposition,

09:26:31 20    lines 15 through 25, as well as page 291.

09:26:42 21         Can we pull 290 and 291 side by side.  Thank you.

09:26:49 22         On the left-hand side, you'll see right here:

09:26:57 23         "QUESTION:  At 12 hours, there is an indication that

09:27:01 24    the strength is zero, right?  What does that mean?

09:27:02 25         "ANSWER:  That means at 12 hours the sample has

**OFFICIAL TRANSCRIPT**

09:27:05 1    developed zero compressive strength.

09:27:07 2            "QUESTION:  When you say sample, the crushed

09:27:08 3    compressive strength, are you testing the foam?

09:27:11 4            "ANSWER:  Yes.

09:27:11 5            "QUESTION:  It is the foam cement sample?

09:27:13 6            "ANSWER:  Yes.

09:27:13 7            "QUESTION:  And it's my understanding that the UCA is

09:27:16 8    not testing the foam; is that correct?

09:27:19 9            "ANSWER:  The UCA tests the foam -- tests the base

09:27:23 10   unfoamed slurry, that is correct."

09:27:28 11           "QUESTION:  So the crushed compressive strength tests

09:27:28 12   the foam portion of the slurry?

09:27:29 13           "ANSWER:  Yes."

09:27:29 14           At 16:

09:27:30 15           "QUESTION:  At times two, which is indicated at

09:27:32 16   24 hours, the strength is indicated as zero?

09:27:38 17           "ANSWER:  That is correct.

09:27:41 18           "QUESTION:  There is no crushed compressive strength

09:27:43 19   at 24 hours on this foam slurry according to these results?

09:27:46 20           "ANSWER:  That is correct."

09:27:48 21           Does that refresh your memory?

09:27:50 22   A.    Yes, it does.

09:27:51 23   Q.    Thank you.

09:27:52 24           Now, there were last minute changes from .08 to

09:27:58 25   .09 on the retarder.  If you had been in charge of this job,

                              **OFFICIAL TRANSCRIPT**

09:28:04  1    you would have told the customer that they are going to need to

09:28:07  2    wait one or two days for you to test that particular retarder

09:28:10  3    with this particular cement slurry; isn't that right?

09:28:14  4          MR. BROCK:  Your Honor, again, this is a hypothetical

09:28:16  5    question posed to the witness about circumstances that he did

09:28:18  6    not address when he was on the rig.

09:28:20  7          THE COURT:  Reask the question.

09:28:20  8    BY MR. BREIT:

09:28:33  9    Q.   You were concerned, were you not, about the changing of

09:28:37  10   the .08 to the .09 retarder at such a late date without a

09:28:43  11   complete battery of tests done on the slurry with that .09,

09:28:49  12   weren't you?

09:28:53  13   A.   I was not concerned in regards to changing of the retarder

09:28:58  14   for that particular reason.  I was concerned with the changing

09:29:01  15   of the retarder simply from an operational standpoint in

09:29:05  16   preparing to execute the job.

09:29:06  17   Q.   In preparing to execute the job, you would have wanted

09:29:10  18   more time; and, if it had been your call, you would have wanted

09:29:16  19   to tell BP or whomever that you need a day or two to make sure

09:29:19  20   that you have the appropriate tests on that particular

09:29:23  21   retarder?

09:29:24  22         MR. BROCK:  Again, objection.  That's the hypothetical

09:29:26  23   again.

09:29:26  24         THE COURT:  Sustained.

09:29:26  25   BY MR. BREIT:

**OFFICIAL TRANSCRIPT**

09:29:28  1   Q.   Let me ask you a question.  D-2023 with regard to the

09:29:34  2   pumping of this particular cement train.

09:29:41  3          This is a diagram of the cement train that was

09:29:46  4   used -- that you used actually in doing the cement for this

09:29:51  5   particular job.  Does this accurately depict the cement slurry

09:29:56  6   placement as you remember it in the order of things?

09:30:06  7   A.   I can't say that it does or doesn't.  I'd need more time

09:30:10  8   just to analyze it.

09:30:11  9   Q.   Well, do you remember that there had been an arrangement

09:30:14 10   of a base oil spacer, a cap cement, a foam cement, synthetic

09:30:20 11   oil-based mud and a tail cement?

09:30:25 12   A.   That is correct.

09:30:25 13   Q.   The synthetic oil-based mud at the bottom of the column is

09:30:29 14   lighter than the tail cement above it, isn't it?

09:30:32 15   A.   That is correct.

09:30:32 16   Q.   When you were taught by Halliburton how to design a cement

09:30:35 17   job, you were taught not to put lighter fluids below heavier

09:30:41 18   fluids, weren't you?

09:30:43 19   A.   Yes.

09:30:43 20   Q.   In fact, you were taught to place lighter fluids above the

09:30:47 21   heavier fluids in a density hierarchy, weren't you?

09:30:52 22   A.   That is correct.

09:30:52 23   Q.   The reason is because of the potential for the fluid swap

09:30:58 24   or inversion that might be caused when the heavier fluids are

09:31:04 25   placed above the lighter fluids?

**OFFICIAL TRANSCRIPT**

09:31:04 1    A.    There is a potential, yes.

09:31:05 2    Q.    Did you recognize that potential as you sat there about to

09:31:08 3    do the pumping of this particular cement slurry?

09:31:11 4    A.    No, I did not.

09:31:12 5    Q.    Did you have a discussion with anyone at Halliburton about

09:31:17 6    what you had been trained to know, which was that there would

09:31:20 7    be a heavier cement above a lighter slurry that may cause

09:31:25 8    inversion?

09:31:27 9    A.    There was no discussion as I was not aware of the fact.

09:31:31 10   Q.    All right.  Finally, let me ask you some -- a few

09:31:35 11   questions about what happened at the end of this particular

09:31:38 12   job.

09:31:39 13         You did a final report, which was your normal

09:31:41 14   standard, correct?

09:31:42 15   A.    That is correct.

09:31:42 16   Q.    Then there came a point in time where there had been the

09:31:47 17   explosion or something had happened on the rig; is that right?

09:31:50 18   A.    That is correct.

09:31:50 19   Q.    After that had happened, you were brought into a room by

09:31:55 20   someone from Halliburton to discuss your final report?

09:32:00 21   A.    I was contacted by Mike Serio.

09:32:02 22   Q.    So you were contacted by telephone?

09:32:04 23   A.    By telephone, correct.

09:32:05 24   Q.    At that point in time, he wanted you, based on some

09:32:09 25   discussion with some other people, I believe, to do a more

**OFFICIAL TRANSCRIPT**

09:32:13  1    thorough report, a more detailed report going back in time; is

09:32:13  2    that right?

09:32:18  3    A.   I'm not sure if there was or was not a discussion that

09:32:23  4    Mike had with other individuals.

09:32:25  5          The phone call that I received simply informed me

09:32:28  6    that there was a blowout on the rig.  He asked me, hey, was

09:32:34  7    your post job completed and turned in?  I said, yes, it was.

09:32:37  8          He said, well, make sure that you include everything

09:32:40  9    possible from your tally book because of, obviously, the

09:32:44 10    significance of the event that had taken place.

09:32:46 11          So --

09:32:46 12    Q.   Well -- I'm sorry, I didn't mean to interrupt you.

09:32:49 13    A.   So I simply went in and added all events prior to the

09:32:52 14    actual pumping of the cement job in the job log.

09:32:56 15    Q.   All right.  Well, one of the things that I was wondering

09:32:58 16    about is that you didn't write down in your log anything about

09:33:04 17    the conversations that you were asked about by counsel

09:33:09 18    involving whether we may have blown something out; that wasn't

09:33:12 19    in your log, was it?

09:33:14 20    A.   Well, there wasn't any conversation had.

09:33:16 21    Q.   Well, you said you heard it?

09:33:17 22    A.   Yes.  That was a comment I heard while on the rig floor

09:33:21 23    while they were circulating after converting the float.

09:33:25 24    Q.   You wrote down comments from other people in your log,

09:33:29 25    right?

**OFFICIAL TRANSCRIPT**

09:33:29 1    A.    That is correct.

09:33:30 2    Q.    That comment you didn't write down in the log, correct?

09:33:34 3    A.    Not to my knowledge, no, I did not.

09:33:36 4    Q.    Then, afterwards, after you had finished your first final

09:33:40 5    report, you were asked to make sure you put in anything

09:33:43 6    significant in your second final report.

09:33:47 7          You didn't put it in that second final report either,

09:33:47 8    did you?

09:33:52 9    A.    No, not to my knowledge.  No, I did not.

09:33:54 10   Q.    In fact, when you sent an e-mail with your second final

09:33:57 11   report, you even added a couple of things that you had left out

09:34:03 12   of your second final report that you wanted to alert them

09:34:07 13   about; isn't that right?

09:34:08 14   A.    Yes, there were one or two comments.

09:34:11 15   Q.    One or two comments.

09:34:13 16         But you didn't add as one of the third comments at

09:34:17 17   any time anything about what you say you heard on the rig

09:34:19 18   having to do with, we may have blown something out?

09:34:22 19         That didn't make it in the final, second final or the

09:34:26 20   e-mail or the e-mail comments section, did it?

09:34:29 21   A.    No, it did not.

09:34:31 22         MR. BREIT:  Nothing further, Your Honor.

09:34:35 23         THE COURT:  United States.

09:34:38 24         MR. UNDERHILL:  Thank you, Your Honor.

09:34:38 25                     CROSS-EXAMINATION

**OFFICIAL TRANSCRIPT**

09:34:38   1   BY MR. UNDERHILL:

09:35:06   2   Q.    Good morning.

09:35:07   3   A.    Good morning.

09:35:07   4   Q.    I have to tell you, you folks keep confusing me.

09:35:12   5         Judge Barbier taught me how to say mee-shoo, instead

09:35:16   6   of mee-show.  The locals have told me it's ber-GUN-dee instead

09:35:22   7   of BER-gun-dee.  So I had you for a chay-son.

09:35:24   8         So I won't call you Nate, I don't know you that well,

09:35:25   9   and I'll try to get your name right, okay.

09:35:27  10         I have very few questions.

09:35:34  11         MR. UNDERHILL:  One second.

09:35:34  12   BY MR. UNDERHILL:

09:35:40  13   Q.    Dawn, could we have up TREX-718, please.

09:35:49  14         Mr. Chaisson --

09:35:49  15   A.    Yes.

09:35:49  16   Q.    I got it right?

09:35:51  17   A.    That's fine.

09:35:51  18   Q.    Thank you.

09:35:52  19         -- what did you call this?  You called this your

09:35:54  20   field notes; is that correct?

09:35:55  21   A.    Field notes, tally book, it's about the same.

09:35:58  22   Q.    Made contemporaneously; when you observed these things on

09:36:03  23   the rig, you wrote them down in this book; is that correct?

09:36:05  24   A.    For the most part, yes.

09:36:06  25   Q.    Thank you.

**OFFICIAL TRANSCRIPT**

09:36:07 1          If we could have the next one, Dawn, which is, I
09:36:10 2   believe, 718.6.1.US.
09:36:16 3          We're going to run through this very fast,
09:36:18 4   Mr. Chaisson.
09:36:19 5          The highlighted part we have there, you have a circle
09:36:22 6   one, a circle two.  Are those the various observations you made
09:36:27 7   in your field notes about when the folks on the rig pressured
09:36:34 8   up to try to convert the float collar?
09:36:37 9   A.    That's correct.
09:36:37 10  Q.    If we could have the next one, which is TREX-718.7.3.US.
09:36:46 11         I've highlighted down here some more of these
09:36:49 12  circles.  I'm not going to have you read them all.  I think
09:36:52 13  these are fairly legible.
09:36:53 14         All in all, sir, you observed and wrote down in your
09:36:56 15  field notes nine separate attempts to convert the float collar,
09:37:00 16  correct?
09:37:00 17  A.    That is correct.
09:37:02 18  Q.    Each successive attempt pressured up to a higher pressure
09:37:07 19  number; is that also correct?
09:37:08 20  A.    As I recall, yes.
09:37:10 21  Q.    Had you ever seen that process before, having to pressure
09:37:12 22  up nine times, in your experience, to convert a float collar?
09:37:15 23  A.    No, I have not.
09:37:16 24  Q.    Could we have the next exhibit, Dawn, which is 713.1.2.US.
09:37:28 25         THE COURT:  One second now, Mr. Underhill.

**OFFICIAL TRANSCRIPT**

09:37:28  1    BY MR. UNDERHILL:

09:38:45  2    Q.    Mr. Chaisson, we've put up TREX-713.

09:38:47  3          Is this an e-mail that you wrote to Jesse Gagliano on

09:38:52  4    Wednesday, April 21st, 2010?

09:38:54  5    A.    Yes.  It is.

09:38:55  6    Q.    I have, I think, one question on this.

09:38:57  7          If we could go, Dawn, to the next slide, which is

09:39:00  8    TREX-713.5.2.US.  This is an attachment.

09:39:08  9          This is an attachment to your e-mail to Mr. Gagliano;

09:39:14 10    is that right, sir?

09:39:15 11    A.    This looks like the post-job report, yes.

09:39:16 12    Q.    I'd only like to focus on the first one there.  The time

09:39:19 13    is 1621 hours.  Do you see that?

09:39:22 14    A.    Yes, I do.

09:39:22 15    Q.    Could you tell the Court, please, how many -- what was the

09:39:27 16    psi they pressured up to finally in order to attempt to convert

09:39:31 17    the float collar?

09:39:32 18    A.    They had planned to increase to 3500 psi, and it looks

09:39:38 19    like it broke back at 3142.

09:39:41 20    Q.    Is that the point when the well site leaders, whomever

09:39:45 21    they were -- in fact, good point.  Was the well site leader at

09:39:51 22    this time Mr. Vidrine or Mr. Kaluza, if you know?

09:39:53 23    A.    I do not recall.

09:39:54 24    Q.    In any event, there was a BP well site leader on the

09:39:58 25    scene?

**OFFICIAL TRANSCRIPT**

6345

09:39:58  1    A.    Yes, there was.  At one point, it was only Mr. Bob Kaluza,

09:40:02  2    as Mr. Vidrine was in bed at the time, I believe.

09:40:05  3           Somewhere within this process, Mr. Vidrine was pulled

09:40:10  4    out of bed and came up to the rig floor.

09:40:12  5    Q.    In terms of the decision there, you have floats converted,

09:40:16  6    is that something that -- was that your decision to turn around

09:40:20  7    to the rig crew and say, I, Nat Chaisson, say the float is

09:40:26  8    hereby converted; is that your job?

09:40:27  9    A.    No, sir.

09:40:28  10   Q.    Whose job was that?

09:40:29  11   A.    That's ultimately up to BP.

09:40:31  12   Q.    Specifically the well site leader?

09:40:35  13   A.    Yes.

09:40:36  14   Q.    Had you ever seen a float having to pressure up to

09:40:39  15   3142 psi to try to convert it?

09:40:43  16   A.    Not that I can remember, no.

09:40:44  17   Q.    You indicated that a gentleman onboard the rig with BP,

09:40:51  18   Brian Morel -- you saw him aboard the rig, correct?

09:40:53  19   A.    Yes, I did.

09:40:54  20   Q.    You've testified already, I won't go over it, about what

09:40:58  21   Mr. Kaluza said about something blowing up.

09:41:01  22          Did Mr. Morel tell you that he also -- and there is

09:41:06  23   an e-mail to establish this, shown yesterday, I believe -- did

09:41:10  24   Mr. Morel tell you that he also expressed the opinion that -- I

09:41:13  25   think, the quote is, "Yeah, I think we blew something, not sure

OFFICIAL TRANSCRIPT

09:41:18  1    what yet."  Did he tell you that?

09:41:19  2    A.    No, he did not.

09:41:20  3    Q.    You can put that down, please.

09:41:27  4          We're almost done.  Home stretch.

09:41:32  5          After the float is converted, I think you've

09:41:36  6    indicated you attended a meeting, was it the next morning,

09:41:39  7    where the positive pressure test was being discussed?

09:41:41  8    A.    Yes.  It would have been the morning of the 20th.

09:41:45  9    Q.    Got you.  Let's see if we can draw just a very brief word

09:41:51 10    picture for the Court.

09:41:53 11          The positive pressure test, that would be testing the

09:41:57 12    security of the casing and the cement in the casing above the

09:42:01 13    wiper plugs; is that right?

09:42:04 14    A.    It would have been testing the casing; not particularly

09:42:06 15    the cement, but the casing, yes.

09:42:09 16    Q.    Very good.  But, in any event, the casing above the wiper

09:42:13 17    plugs, correct?

09:42:14 18    A.    Correct.

09:42:14 19    Q.    Both the float collar and the cement that Halliburton was

09:42:19 20    involved in for this production casing, both the float collar

09:42:23 21    and the cement are below the wiper plugs, correct?

09:42:25 22    A.    That is correct.

09:42:25 23    Q.    So the positive pressure test would not be testing either

09:42:29 24    the float collar or the cement; is that right?

09:42:34 25    A.    That was the plan, yes.  Correct.

**OFFICIAL TRANSCRIPT**

09:42:36  1    Q.    After the floats were declared converted by whichever BP

09:42:42  2    well site leader or leaders it was, are you aware of any

09:42:46  3    further diagnostic tests of either the float collar or the

09:42:51  4    cement job of the production casing until the negative pressure

09:42:55  5    test that was performed later on in the afternoon and evening

09:42:58  6    of April 20th?

09:43:02  7    A.    The only test that would have been conducted on the float

09:43:07  8    would have been the actual -- when they bled off pressure after

09:43:11  9    the cement job and deemed that the floats were holding, after

09:43:14 10    they bled back five barrels.

09:43:17 11          From that point on, no, I'm not aware of any test on

09:43:20 12    the float collar or cement up until the negative test was

09:43:25 13    performed.

09:43:25 14    Q.    What you just described -- thank you very much.

09:43:28 15          What you just described, the bleed back process, is

09:43:31 16    that called you're looking for lift pressure?

09:43:33 17          If I'm misstating it, please tell me how you folks

09:43:36 18    would term it.

09:43:37 19    A.    No.    Actually, the lift pressure occurs during -- during

09:43:40 20    the cement job.

09:43:41 21          The bleed back is, you're simply just releasing the

09:43:45 22    pressure that's been built up after bumping the plug.

09:43:49 23          After seeing lift pressure and bumping the plug, that

09:43:52 24    pressure is then bled off.    Some volume will return back to the

09:43:56 25    cementing unit, and it's measured.

**OFFICIAL TRANSCRIPT**

09:43:58  1          That volume simply comes back due to expansion or

09:44:03  2   compression of fluids, etcetera.  That volume is measured, and

09:44:08  3   if the volume continues or if there is an excessive volume

09:44:12  4   returning to the rig floor, it's deemed that the floats aren't

09:44:17  5   holding.

09:44:18  6          In a roundabout way, that volume is somewhat tied to

09:44:22  7   lift pressure, yes.

09:44:23  8   Q.   We're going to have a fair amount of expert testimony on

09:44:26  9   that process you just described.  So from that point on, after

09:44:31 10   this bleed back process you've described, from then until the

09:44:37 11   negative pressure test was performed on the afternoon and

09:44:39 12   evening of April 20th, was there any further diagnostic test

09:44:44 13   performed on either the float collar or the cement of the

09:44:47 14   production casing?

09:44:48 15   A.   Not to my knowledge, no.

09:44:50 16          MR. UNDERHILL:  Thank you very much.  That's all I

09:44:52 17   have.

09:44:52 18          THE COURT:  Alabama?

09:44:53 19          MR. MAZE:  No questions from Alabama, Your Honor.

09:44:58 20          THE COURT:  Louisiana?

09:44:58 21          MR. KANNER:  Thank you, nothing further from this

09:45:01 22   witness.

09:45:02 23          THE COURT:  Transocean?

09:45:05 24          MR. LI:  Thank you, Your Honor.

09:45:07 25          THE COURT:  Well, let's take a 15-minute recess, and

                              **OFFICIAL TRANSCRIPT**

09:45:10  1    we'll come back.

09:45:12  2            THE DEPUTY CLERK:  All rise.

09:45:25  3            (WHEREUPON, at 9:45 a.m., the Court took a recess.)

10:05:25  4            THE DEPUTY CLERK:  All rise.

10:05:25  5            THE COURT:  Please be seated, everyone.

10:05:38  6            MR. BRIAN:  Your Honor, very quickly before we start

10:05:41  7    Transocean's cross, I mentioned this yesterday but forgot to

10:05:44  8    mention it this morning.

10:05:45  9            In light of the fact we're not having a

10:05:47 10    marshalling conference this afternoon, we need to offer, before

10:05:49 11    we rest our case in chief, our 28 deposition bundles.

10:05:53 12            We recirculated the list last night, as you

10:05:56 13    indicated.  Cameron has as objection, which they are going to

10:05:59 14    lodge, to Mr. Kennedy and Mr. Thompson.  But subject to that,

10:06:04 15    we'll put on the record, we would offer the 28 deposition

10:06:07 16    bundles that I would hand up to the Court and ask that those be

10:06:11 17    admitted.

10:06:11 18            THE COURT:  Let me ask, I'm a little confused about the

10:06:14 19    deposition bundles in this respect:  Before trial, there were,

10:06:24 20    I think, something like 165 deposition bundles that were

10:06:31 21    tendered or filed with the Court.  Were those all the

10:06:33 22    plaintiffs?

10:06:35 23            MR. HERMAN:  Yes, Your Honor.  There were 126, and

10:06:38 24    those were the plaintiffs.

10:06:38 25            THE COURT:  Did you start with 165 and come down to 120

                              **OFFICIAL TRANSCRIPT**

10:06:43  1    or something like that, I forget the exact numbers, something

10:06:46  2    on that order?

10:06:47  3              MR. HERMAN:  Yes, Your Honor.

10:06:47  4              THE COURT:  So you ended up with 120 --

10:06:47  5              MR. HERMAN:  -- 6.

10:06:50  6              THE COURT:  126, and those have been introduced

10:06:52  7    already, correct?

10:06:53  8              MR. HERMAN:  Correct.

10:06:54  9              THE COURT:  Then I saw something, again, before trial,

10:07:01 10    I think, I don't know if it was just BP or defendants in

10:07:04 11    general, another batch of deposition bundles that were

10:07:08 12    submitted to the Court.  I'm talking about in advance of the

10:07:13 13    trial, not formally admitted yet.

10:07:15 14              What I'm trying to understand is, are these part

10:07:17 15    of those or is this something in addition or new or what are we

10:07:17 16    talking about?

10:07:20 17              MR. BRIAN:  I'm going to ask Mr. Miller to address the

10:07:23 18    Court.

10:07:23 19              MR. MILLER:  Your Honor, I'm not quite sure exactly --

10:07:25 20    Kerry Miller for Transocean -- what you're referring to, but

10:07:29 21    the process that Magistrate Shushan hammered out for us in

10:07:31 22    terms of admitting deposition bundles into the court record was

10:07:35 23    that the plaintiffs would admit -- the joint plaintiffs would

10:07:38 24    admit their 126 the first Thursday of the week of trial, which

10:07:43 25    is what they did, and the Court admitted those.

**OFFICIAL TRANSCRIPT**

10:07:46  1                 And then as each party presented its case to the

10:07:50  2     Court, they would admit on a Thursday, during a marshalling

10:07:54  3     conference, whatever bundles went above and beyond the 126,

10:07:57  4     because when you took the 126, you took everybody's

10:08:00  5     designations.

10:08:02  6                 These 28 are brand-new.  And I suspect

10:08:04  7     Halliburton will have a handful more, and BP a handful more.

10:08:07  8             THE COURT:  These are additional witnesses, not just

10:08:10  9     additional designations from the same witnesses?

10:08:13 10             MR. MILLER:  It's a completely different set of

10:08:14 11     witnesses.

10:08:15 12             THE COURT:  They are bundled the same way?  They have

10:08:18 13     everyone's designations, and we're getting the summaries and

10:08:20 14     all of that?

10:08:21 15             MR. MILLER:  Yes.  It's going in the same way the

10:08:23 16     plaintiffs went in.  These are just a different 28.

10:08:26 17                 Like I said, I suspect Halliburton and BP will do

10:08:26 18     the same thing.

10:08:29 19             MR. BRIAN:  The reason I was bringing it to your

10:08:31 20     attention today, because we're having no marshalling conference

10:08:33 21     today and we're not having it Thursday.  I'm happy to wait

10:08:36 22     until next week, but I would offer these 28 today if that's

10:08:40 23     easier.

10:08:41 24             THE COURT:  Which two are in dispute?

10:08:42 25             MR. BRIAN:  Mr. Kenney, who is sixth on the list, and

                                    **OFFICIAL TRANSCRIPT**

10:08:47 1   Mr. Thompson, who is eight.

10:08:49 2           What I would propose is to have them admitted

10:08:50 3   subject to the objections, which Cameron is going to file with

10:08:52 4   the Court, so that's part of the record.

10:08:54 5       MR. ROBERTS:  That's correct, Your Honor.  Alex Roberts

10:08:55 6   for Cameron.  Mr. Kenney and Dr. Thompson are the investigation

10:09:01 7   leads or DNV for the BOP investigation out at Michoud.

10:09:04 8   Your Honor issued limiting orders excluding certain parts of

10:09:08 9   their testimony.

10:09:08 10          We just wanted to preserve the record that those

10:09:11 11  objections we made and you ruled on are preserved in connection

10:09:14 12  with the bundles.  The bundles also contain the DNV reports

10:09:19 13  themselves, so -- as exhibits.  So we wanted to make sure that,

10:09:21 14  as these are submitted to the Court, the objections are

10:09:23 15  contained with them.

10:09:25 16      THE COURT:  Okay.  Well, with that understanding, I'll

10:09:27 17  go ahead and admit -- subject to those objections, I admit

10:09:30 18  these.  And they can be taken up next week with Judge Shushan

10:09:37 19  at the marshalling conference.

10:09:37 20          (WHEREUPON, the above-mentioned exhibits were

10:09:37 21  admitted.)

10:09:38 22      MR. BRIAN:  Thank you.  And I'll hand these up to your

10:09:40 23  staff.

10:09:42 24      MR. ROBERTS:  Your Honor, I'll hand the objections that

10:09:45 25  were made up as well.

**OFFICIAL TRANSCRIPT**

10:09:46  1        THE COURT:  Stephanie.

10:09:52  2            We need to -- I'm not -- I don't know the

10:09:55  3    mechanics of it, but last time when the depositions were filed,

10:09:58  4    the bundles, somehow they get loaded on to my computer.  I'm

10:10:04  5    not sure who does that or how that gets done, but they

10:10:07  6    magically appeared on my computer.

10:10:10  7        MR. MILLER:  Your Honor, I think the process is Indata

10:10:14  8    is responsible for bringing a black box or an electronic hard

10:10:17  9    drive to your chambers, and that's the way that it gets on to

10:10:22 10    your computer.  So Indata is going to do that, probably not

10:10:24 11    today, but next week.

10:10:25 12        THE COURT:  That's fine.  As long as they get there so

10:10:26 13    that I can access them when I need to.

10:10:29 14        MR. BRIAN:  One further clarification, I mentioned that

10:10:32 15    we're still working on the Ambrose and Wolfe exhibits.  I

10:10:36 16    suspect we may have the Wolfe exhibits resolved before the end

10:10:38 17    of the day.

10:10:39 18            The Ambrose exhibits we circulated the TREX

10:10:41 19    numbers and demonstratives last night.  We're still working on

10:10:43 20    the cull outs.  There were a lot of cull outs.  We're going to

10:10:46 21    try to get that list out to counsel this afternoon, if

10:10:49 22    possible.

10:10:49 23        THE COURT:  Very well.

10:10:52 24        MR. IRPINO:  Your Honor, Anthony Irpino for the PSC.

10:10:55 25    We have our list of exhibits and demonstratives used in

**OFFICIAL TRANSCRIPT**

10:11:00 1    connection with David Young's testimony.  We are still in

10:11:01 2    discussions with Transocean about three of the pages from his

10:11:05 3    deposition, so we're excluding that from the list, and if we

10:11:11 4    are going to file those later, we'll supplement.

10:11:14 5              But for right now we have a final list that has

10:11:18 6    been sent around to the parties, and the ones on this list are

10:11:20 7    not objected to.

10:11:21 8              So the PSC offers, files and introduces those

10:11:25 9    exhibits and demonstratives on this list in connection with

10:11:28 10   David Young's testimony of March 25th.

10:11:29 11             THE COURT:  Any objection?  Without objection --

10:11:32 12             MR. LI:  Your Honor, we haven't had a chance to review

10:11:34 13   it closely, but I'm sure there isn't going to be an objection.

10:11:37 14   But we'll take a look.  Subject to us catching something that

10:11:39 15   might be a problem, which we don't think so --

10:11:39 16             THE COURT:  Let's try to resolve that by this

10:11:41 17   afternoon.

10:11:41 18             MR. LI:  Yes, Your Honor.

10:11:43 19             THE COURT:  Okay.  Anything else?

10:11:49 20             MR. LI:  No, Your Honor.

10:11:50 21             THE COURT:  We'll resume testimony.

10:11:54 22             MR. LI:  Thank you, Your Honor.

10:11:54 23                       CROSS-EXAMINATION

10:11:55 24   BY MR. LI:

10:11:55 25   Q.    Luis Li on behalf of Transocean.  Good morning,

**OFFICIAL TRANSCRIPT**

6355

10:11:57 1    Mr. Chaisson.

10:11:58 2    A.    Good morning.

10:11:58 3    Q.    Did I get it right?

10:11:59 4    A.    Close.

10:12:01 5         THE COURT:  It's close.

10:12:01 6    BY MR. LI:

10:12:03 7    Q.    I go through life as a Chinese guy named Luis, so I want

10:12:08 8    to get it right.

10:12:08 9    A.    It's chass-sonn.

10:12:13 10   Q.    Chass-sonn.  Got it.

10:12:15 11        I've gone through a lot of that in my life, so I want

10:12:18 12   do my best to get it right with you.

10:12:20 13        Now, you were onboard the *Deepwater Horizon* in

10:12:24 14   April 2010?

10:12:25 15   A.    Yes.  I arrived on the 16th.

10:12:27 16   Q.    And after you arrived, you were given a safety briefing,

10:12:32 17   correct?

10:12:32 18   A.    Correct.

10:12:34 19   Q.    And, in fact, you participated in two separate safety

10:12:37 20   drills while you were on the *Deepwater Horizon*?

10:12:41 21   A.    I don't recall, but that may have been possible.

10:12:43 22   Q.    An abandon ship drill?

10:12:47 23   A.    I don't recall that.  It may have been possible.

10:12:48 24   Q.    And a fire drill.

10:12:49 25        Okay.  So you don't recall.

**OFFICIAL TRANSCRIPT**

10:12:50 1        Would it help refresh your recollection if I showed

10:12:52 2    you a document, TREX-50335.1 -- or .3.1.

10:13:03 3        So just take my representation that this is a record

10:13:06 4    that records an abandon ship drill.

10:13:08 5        And if you can take a look at TREX-50335.4.1.

10:13:16 6        And there is your name up there.  Does that refresh

10:13:19 7    your recollection that you participated --

10:13:21 8    A.    It may have been possible.  Yes, it's possible.

10:13:22 9    Q.    There was also a fire drill.  I'm not going to run through

10:13:25 10   the same drill with you, but there was also a fire drill that

10:13:28 11   you participated in?

10:13:31 12   A.    It's possible, yes.  Honestly, I just do not remember.

10:13:34 13   Q.    I'll show you another exhibit, 50335.7.1.

10:13:41 14       Here is a record relating to a fire drill on

10:13:45 15   April 18, 2010.  You were on the *Deepwater Horizon* on April 18,

10:13:49 16   2010?

10:13:49 17   A.    That is correct.

10:13:50 18   Q.    Okay.  And if you could take a look at 50335.8.1.

10:13:58 19       Again, there is your name.

10:14:01 20   A.    That is correct.

10:14:01 21   Q.    So when you were on the *Deepwater Horizon*, it appears you

10:14:05 22   participated in two safety drills, correct?

10:14:07 23   A.    That's correct.

10:14:08 24   Q.    And was there -- I mean, the folks on the

10:14:12 25   *Deepwater Horizon*, they treated these safety drills seriously,

**OFFICIAL TRANSCRIPT**

10:14:15 1    didn't they?

10:14:15 2    A.    I don't recall that -- every drill that I've taken part in

10:14:23 3    has been taken seriously, yes.

10:14:24 4    Q.    You didn't think anyone on the *Deepwater Horizon* was

10:14:26 5    indifferent to your safety, did you?

10:14:29 6    A.    No.

10:14:32 7    Q.    Now, I think in your direct testimony you testified that

10:14:38 8    zonal isolation is the ultimate goal of a cement job, correct?

10:14:41 9    A.    That's correct.

10:14:42 10   Q.    And would you agree that poor zonal isolation could

10:14:48 11   possibly result in fluid migration from high pressure to low

10:14:52 12   pressure zones, such as a freshwater zone, or migrate

10:14:56 13   completely to the surface causing a major environmental hazard,

10:15:00 14   would you agree with that?

10:15:01 15         MR. BOWMAN:  Your Honor, I am going to object.  That's

10:15:03 16   a hypothetical.  He has not been listed as an expert witness.

10:15:08 17         THE COURT:  I sustain the objection.

10:15:08 18   BY MR. LI:

10:15:10 19   Q.    You would agree that the cement that was poured down the

10:15:15 20   hole at Macondo was intended to achieve zonal isolation?

10:15:20 21   A.    I would agree to that, yes.

10:15:21 22   Q.    You would agree that in order for the cement to achieve

10:15:23 23   zonal isolation, it would have to set?

10:15:26 24   A.    Yes, I would agree to that.

10:15:29 25   Q.    If we could have TREX-718.13.1.

**OFFICIAL TRANSCRIPT**

10:15:45  1          Now, Mr. Chaisson, this is from your tally book,

10:15:45  2    correct?

10:15:56  3    A.    That is correct.

10:15:56  4    Q.    And it indicates that the positive pressure test, the

10:16:00  5    casing test, will take place at 9:15 a.m.

10:16:03  6    A.    That is correct.

10:16:05  7    Q.    And just so we understand, a positive pressure test or a

10:16:09  8    casing test is essentially blowing air down the pipe and

10:16:15  9    holding it at a certain amount of pressure, correct?

10:16:17 10    A.    You're pumping mud pressured up, yes.

10:16:19 11    Q.    Thank you.

10:16:20 12          You're pumping mud down there and you're creating a

10:16:23 13    certain amount of pressure and you're holding it there?

10:16:25 14    A.    Correct.

10:16:25 15    Q.    And what you're trying to see is if the pipe leaks?

10:16:28 16    A.    Correct.

10:16:28 17    Q.    Now, you would agree, would you not, that this casing test

10:16:36 18    was going to take place about eight and a half hours after the

10:16:40 19    cement job had been finished.

10:16:43 20    A.    I'm not sure on the -- on the time -- time period from end

10:16:49 21    of cement job to 9:15, I'm not sure how many hours that was.

10:16:53 22    Q.    On direct you testified that the cement job finished

10:16:57 23    between 0037 and 0043.  Do you recall that?

10:17:03 24    A.    Okay.  Yes.

10:17:04 25    Q.    And if the casing test is going to take place at 9:15,

                              **OFFICIAL TRANSCRIPT**

6359

10:17:09  1    that's about eight and a half, 8 hours and 45 minutes, give or

10:17:14  2    take?

10:17:14  3    A.    That's correct.

10:17:15  4    Q.    So that's about right, that the casing test was going to

10:17:18  5    take place in about -- between eight and nine hours?

10:17:20  6    A.    Yes, that is correct.

10:17:21  7    Q.    Now, are you familiar with the term *wait on cement*?

10:17:25  8    A.    Yes, I am.

10:17:26  9    Q.    What does that mean to you?

10:17:28 10    A.    It's a period of time, after cement is in place, necessary

10:17:31 11    for the cement to gain compressive strength.

10:17:34 12    Q.    And there are -- typically, you want to wait till the

10:17:38 13    cement has gained about 500 psi before you conduct operations

10:17:42 14    that might vibrate the pipe or do other things, correct?

10:17:44 15    A.    That's a rule of thumb, yes.

10:17:46 16    Q.    And it's one you would follow, correct?

10:17:48 17    A.    Yes.

10:17:48 18    Q.    Now, if I could take a look at TREX-983.102.1.  This is

10:17:57 19    from Halliburton's cementing manual.

10:17:59 20          There are two tests that you all use at Halliburton

10:18:04 21    to determine the compressive strength of cement, correct?

10:18:07 22    A.    That is correct.

10:18:07 23    Q.    And one is the crush or destructive strength test?

10:18:11 24    A.    Yes.

10:18:13 25    Q.    And that test is used -- you can use that on foam cement,

**OFFICIAL TRANSCRIPT**

10:18:13 1    correct?

10:18:17 2    A.    That is correct.

10:18:17 3    Q.    And essentially it is pouring cement, foam cement -- let's

10:18:22 4    use foam cement as an example, pouring it into a tube and then

10:18:27 5    waiting a certain amount of time and then physically crushing

10:18:30 6    it?

10:18:30 7    A.    That is correct.

10:18:31 8    Q.    And the usual time frames are 12 hours, 24 hours, and

10:18:35 9    48 hours?

10:18:37 10   A.    That is correct.

10:18:38 11   Q.    Now, the second test you use there is called the

10:18:41 12   ultrasonic cement analyzer test, the UCA test, correct?

10:18:47 13   A.    Correct.

10:18:47 14   Q.    You can't run the UCA test on foam cement, can you?

10:18:50 15   A.    No, you cannot.

10:18:51 16   Q.    That's just because -- something about the physical

10:18:53 17   properties of foam cement doesn't allow you to use ultrasound

10:18:57 18   in it, right?

10:18:58 19   A.    Correct.  Foam cement is compressible.  The UCA test

10:19:02 20   utilizes pressure to simulate downhole pressure -- downhole

10:19:07 21   conditions.  You would then compress the actual foam sample and

10:19:10 22   you wouldn't have a representative test.

10:19:11 23   Q.    So you can't use on it on foam cement?

10:19:14 24   A.    Correct.

10:19:05 25   Q.    Now, just so we're clear, this manual here from

**OFFICIAL TRANSCRIPT**

10:19:11  1   Halliburton doesn't say that the crush or destructive strength

10:19:16  2   test is a meaningless test, does it?

10:19:18  3   A.   No, it does not.

10:19:19  4   Q.   It's a real test, isn't it?

10:19:21  5   A.   It is a test, yes.

10:19:22  6   Q.   It's a test that you would rely on as somebody in the

10:19:26  7   field, isn't it?

10:19:27  8   A.   It can be utilized to gain information, yes.  Is it -- can

10:19:33  9   it -- is it completely representative of downhole conditions,

10:19:36 10   no, it is not.

10:19:37 11   Q.   I'm just saying, it's a real test, it's not a joke?

10:19:40 12   A.   It is a test, yes.

10:19:41 13   Q.   If we could have TREX-717.1.1.

10:19:52 14        This is an e-mail.  It's kind of hard to read, but

10:19:55 15   this is the one Halliburton's counsel showed you.  It's from

10:19:58 16   Jesse Gagliano to a number of folks, and encloses the test

10:20:02 17   results.

10:20:02 18        Do you remember discussing this on direct exam?

10:20:05 19   A.   Yes, I do.

10:20:05 20   Q.   You are one of the people on the list?

10:20:07 21   A.   Yes, I am.

10:20:08 22   Q.   You reviewed the test results that were attached to this

10:20:11 23   e-mail, correct?

10:20:12 24   A.   That's correct.

10:20:12 25   Q.   Now, this test related to the actual cement -- or was the

10:20:20 1  last set of tests that Mr. Gagliano sent the BP engineers

10:20:28 2  before the cement was pumped, correct?

10:20:30 3  A.   I am not sure if it was or was not.

10:20:32 4  Q.   You don't know of any one after, though, do you?

10:20:35 5  A.   Not to my knowledge.

10:20:35 6  Q.   It's Sunday, April 18th, at about almost nine o'clock,

10:20:39 7  right?

10:20:39 8  A.   That is correct.

10:20:42 9  Q.   Now, if we could take a look at TREX-717.3.1.

10:20:51 10         This is one of the test results that counsel showed

10:20:54 11 you -- or a page, anyway.

10:20:57 12         This is the crush compressive strength test results,

10:21:01 13 correct?

10:21:01 14 A.   That is correct.

10:21:02 15 Q.   You would agree with me, would you not, that at 12 hours,

10:21:06 16 the crush compressive strength for this cement slurry was

10:21:11 17 zero psi?

10:21:12 18 A.   That is correct.

10:21:13 19 Q.   This is the foam cement slurry that was pumped down the

10:21:17 20 Macondo well, correct?

10:21:18 21 A.   As noted, yes, foam to 14.5 pound per gallon, correct.

10:21:24 22 Q.   If we could take a look at TREX-717.3.2.

10:21:32 23         Now, this is the test results at 24 hours, correct?

10:21:35 24 A.   That is correct.

10:21:36 25 Q.   At 24 hours, the crush compressive strength for this

**OFFICIAL TRANSCRIPT**

6363

10:21:42  1    slurry is what?

10:21:43  2    A.    Zero psi.

10:21:44  3    Q.    In fact, I'm not going to call it out, but you can see it

10:21:49  4    takes 48 hours before -- before there is crush compressive

10:21:55  5    strength on this test, correct?

10:21:57  6    A.    That is incorrect.

10:21:58  7    Q.    Okay.  Well, then --

10:21:59  8    A.    We're -- that's making an assumption.

10:22:01  9    Q.    Yes, sir.  I apologize.

10:22:04 10          Let me just say this.  With respect to this

10:22:05 11    particular test, you have zero at 12, correct?

10:22:09 12    A.    Correct.

10:22:09 13    Q.    You have zero at 24, correct?

10:22:11 14    A.    That is correct.

10:22:12 15    Q.    Then they tested again at 48 hours, and it's 14 or 1590,

10:22:18 16    correct?

10:22:18 17    A.    That is correct.

10:22:18 18    Q.    There might have been sometime between 24 hours and

10:22:22 19    48 hours in which it had additional crush compressive strength?

10:22:25 20    A.    That is correct.  With this particular test, there is no

10:22:27 21    way of knowing in that time period between 24 and 48 hours when

10:22:34 22    strength actually start to develop.

10:22:36 23    Q.    Fair enough.  But you would agree with me that no strength

10:22:40 24    appeared at 12 hours or at 24 hours?

10:22:43 25    A.    That is correct.

**OFFICIAL TRANSCRIPT**

10:22:44 1    Q.    That the only strength that would have appeared would have

10:22:47 2    had to have taken place after 24 hours, correct?

10:22:48 3    A.    That is correct.

10:22:49 4    Q.    Now, sir, Transocean, who I have the privilege to

10:22:56 5    represent, did not design the cement slurry, correct?

10:23:01 6    A.    Not to my knowledge.

10:23:02 7    Q.    Right.  The drillers don't --

10:23:05 8    A.    Correct.

10:23:05 9    Q.    -- as I understand it, right?

10:23:06 10         To your knowledge, Transocean didn't have anything to

10:23:09 11   do with the testing of the cement, right?

10:23:11 12   A.    Not to my knowledge, no, sir.

10:23:14 13         MR. LI:  Thank you.  I pass the witness.

10:23:18 14         THE COURT:  BP?

10:23:18 15                      CROSS-EXAMINATION

10:23:18 16   BY MR. BROCK:

10:24:18 17   Q.    Mr. Chaisson, I'm Mike Brock, and I represent BP, and I

10:24:22 18   have you on cross-examination.  I just need to say that for the

10:24:24 19   record.

10:24:24 20         The crush compressive strength that test that you

10:24:28 21   were referring to just a minute ago, is it calculated based on

10:24:34 22   downhole pressure?

10:24:36 23   A.    No, sir.

10:24:37 24   Q.    Is it calculated based on downhole temperature?

10:24:42 25   A.    Yes, it is.

10:24:43  1    Q.   But not on pressure?

10:24:45  2    A.   Not on pressure.

10:24:46  3    Q.   So the results that you were looking at would not be

10:24:49  4    representative of downhole conditions?

10:24:51  5    A.   No, they are not.

10:24:51  6    Q.   Now, I want to just go back to a few issues on background.

10:25:00  7         When you arrived on the rig on April 16th, you were

10:25:04  8    not familiar with the well conditions that had been experienced

10:25:08  9    by BP, Transocean and Halliburton engineering and operations

10:25:14 10    folks that may have affected cement design decisions, correct?

10:25:19 11    A.   No, I was not.

10:25:20 12    Q.   You were asked some questions about bottoms-up.  You were

10:25:27 13    not involved in the decision about whether or not to run a full

10:25:31 14    bottoms-up, correct?

10:25:34 15    A.   I was not involved in that decision-making, no.

10:25:36 16    Q.   You were aware that on April the 16th, the day that you

10:25:42 17    arrived, a full bottoms-up was performed at the Macondo well?

10:25:47 18    A.   I was not aware of that.

10:25:48 19    Q.   So in terms of well conditions, that was not something

10:25:54 20    that you were aware of when you were -- when you were out there

10:25:57 21    on the rig, that a full bottoms-up had been conducted on

10:26:00 22    April the 16th?

10:26:01 23    A.   Correct.  I was not aware.

10:26:02 24    Q.   One of the issues that you've talked about a little bit

10:26:13 25    today is Exhibit 708, if we could pull that up quickly.

**OFFICIAL TRANSCRIPT**

10:26:23  1          I'm sorry.  I've got the wrong exhibit.  Just one

10:26:28  2     second.  713.  I apologize.

10:26:34  3          This is the note that you were asked some questions

10:26:44  4     about that is the note that you prepared the day after the

10:26:54  5     incident, correct?

10:26:54  6     A.   That is correct.

10:26:57  7     Q.   You were actually asked to come in and to make additions

10:27:00  8     to the report, and you have described that for us today?

10:27:02  9     A.   Correct.

10:27:03 10     Q.   In this report, you note two additional items, which is --

10:27:08 11     the first being, "The rig was circulating and getting gas back

10:27:12 12     when we arrived on April 16, 2010," correct?

10:27:17 13     A.   Correct.

10:27:17 14     Q.   As to that matter, you had come in to one of the meetings,

10:27:27 15     and someone noted that there was some gas coming back on

10:27:32 16     April 16th, correct?

10:27:32 17     A.   Yes.  This actually wasn't at a meeting.  I believe I had

10:27:38 18     walked into the company man's office at that point, just to get

10:27:41 19     acquainted with him, and heard this being mentioned.

10:27:44 20     Q.   Your recollection was that certain units of gas had been

10:27:49 21     called back, but it was nothing that you could recall as being

10:27:51 22     a major issue, correct?

10:27:52 23     A.   Correct.

10:27:52 24     Q.   So basically what you did is that when you were asked to

10:27:57 25     amend your report, this is one of the things that you

**OFFICIAL TRANSCRIPT**

10:28:00  1    remembered, and you went back and noted that, correct?

10:28:02  2    A.    That is correct.

10:28:03  3    Q.    You did not consider this a safety issue in any shape,

10:28:07  4    form or fashion, did you?

10:28:09  5    A.    I did not.

10:28:10  6    Q.    Then the other matter that you noted was the issue about

10:28:14  7    the Dril-Quip tool.  Just one quick question on that.

10:28:19  8          Again, you were just reporting facts that you had

10:28:22  9    heard while you were on the rig, correct?

10:28:24 10    A.    That is correct.

10:28:24 11    Q.    You were not making a judgment as to whether this posed

10:28:29 12    any risk to the conduct of the cement job or as a safety issue

10:28:35 13    in general, correct?

10:28:36 14    A.    That is correct.

10:28:37 15    Q.    So for both of the things that you added, you weren't

10:28:42 16    noting things that you believed to be safety issues in terms of

10:28:47 17    the cement job, correct?

10:28:49 18    A.    Correct.

10:28:49 19    Q.    You were asked some questions about volume and pumping.

10:29:07 20    You don't have a basis for saying how the decision was made as

10:29:13 21    to the volume of cement that would be used at the Macondo well,

10:29:13 22    correct?

10:29:17 23    A.    No, I did not know how that volume was determined.

10:29:20 24    Q.    You don't have an opinion about whether the volume was

10:29:26 25    adequate because you were not involved in the design phase of

10:29:29 1    the job?

10:29:30 2    A.    That is correct.

10:29:36 3    Q.    You were also asked some questions about pump rate, but

10:29:39 4    you don't have an opinion about whether the pump rates were too

10:29:44 5    low because you didn't have information about the wellbore

10:29:47 6    geometry, friction or ECD issues, correct?

10:29:51 7    A.    Correct.

10:29:52 8          In general, we like to pump as fast as the well will

10:29:55 9    allow us to.  In this particular job, I was not involved with

10:29:59 10   that predesign process, so no, I had no opinion.

10:30:02 11   Q.    Thank you.

10:30:04 12         You weren't responsible or involved in generating the

10:30:13 13   OptiCem reports that you've talked about here today, correct?

10:30:17 14   A.    No, I was not.

10:30:19 15   Q.    In terms of what information was communicated to BP, you

10:30:22 16   don't -- other than the things you've described today, you

10:30:26 17   don't have a basis for knowing what information Jesse Gagliano

10:30:31 18   conveyed to BP about the tests that were conducted by

10:30:35 19   Halliburton?

10:30:36 20   A.    No, I do not.

10:30:37 21   Q.    You've described this.  During your work on the

10:30:47 22   *Deepwater Horizon*, you were the Halliburton technical

10:30:50 23   professional that was there to assist with the cement job?

10:30:53 24   A.    That is correct.

10:30:59 25   Q.    As the Halliburton cement engineer on the rig, you were

**OFFICIAL TRANSCRIPT**

responsible for assisting in the preparation of the cement procedure?

A.    That is correct.

Q.    You were also responsible on behalf of Halliburton to ensure that the cement job was pumped as planned?

A.    That is correct.

Q.    It's your view that the cement job was pumped as planned?

A.    That is correct.

Q.    You were also responsible for capturing some realtime data while you were there on the rig?

A.    Yes.

Q.    Then you would be responsible for documenting any occurrences that were significant to the cement job, correct, sir?

A.    Yes.

Q.    Then, as part of your responsibilities in terms of noting significant events, you would be responsible to prepare a post-job report.  We'll get into that in just a minute, but that was one of your responsibilities also?

A.    Correct.

Q.    The protocol at Halliburton is that you would forward that post-job report to Jesse Gagliano, and then he would be responsible for submitting that to the client, BP?

A.    Yes.

Q.    Now, while you were on the rig, one of the things that you

OFFICIAL TRANSCRIPT

10:32:21 1    would be responsible to do would be to attend the morning

10:32:24 2    meetings, correct, sir?

10:32:25 3    A.    Yes.  Myself and the rest of the Halliburton team, we did

10:32:30 4    our best to attend every morning meeting that we possibly can,

10:32:34 5    yes, sir.

10:32:34 6    Q.    The morning meetings are held for the purpose of reviewing

10:32:37 7    the activities that have occurred on the rig in the last

10:32:40 8    24 hours and then discussing upcoming operations, correct?

10:32:42 9    A.    For the most part, yes.

10:32:44 10   Q.    The attendees at those meetings include BP and the various

10:32:51 11   contractors' representatives who would be on the rig, as well

10:32:55 12   as the Transocean crew?

10:32:57 13   A.    Correct.

10:32:57 14   Q.    During those meetings, anyone can speak up if they have a

10:33:03 15   concern about any operation that is planned to take place in

10:33:10 16   the upcoming days?

10:33:12 17   A.    In my experience, yes.

10:33:13 18   Q.    Is it the practice of Halliburton to have its onshore

10:33:23 19   people participate in those morning calls?

10:33:25 20   A.    Onshore people?

10:33:27 21   Q.    Yes.  Morning meetings?

10:33:29 22   A.    Not in my experience, no.

10:33:31 23   Q.    Do you recall whether or not Jesse Gagliano participated

10:33:37 24   by telephone in any of the morning meetings that were conducted

10:33:40 25   on the *Deepwater Horizon* in the days that you were there

**OFFICIAL TRANSCRIPT**

10:33:44 1  between the 16th and the 20th?

10:33:46 2  A.   I'm not sure if he was or was not.

10:33:49 3       Let me -- your previous question, in some cases I've

10:33:54 4  seen where the account reps will call in, and in some cases

10:33:58 5  they do not.  It varies depending on custom.

10:34:03 6  Q.   One of your responsibilities as Halliburton's

10:34:07 7  representative on the rig would be to relay information that BP

10:34:10 8  provides to you that are significant to the cement job?

10:34:13 9  A.   Yes.

10:34:15 10 Q.   In fact, and you've talked about this a little bit today,

10:34:23 11 you did inform Mr. Gagliano of some of the significant things

10:34:28 12 that you'd learned while you were on the rig?

10:34:29 13 A.   Correct.

10:34:29 14 Q.   I want to turn to the issue of foam cement now, okay.

10:34:37 15      Is it correct that when designing a cement job,

10:34:41 16 Halliburton is responsible for identifying risk to the

10:34:45 17 operator, including how to manage the risk?

10:34:49 18      MR. BOWMAN:  Your Honor, I'm going to object.  Again,

10:34:51 19 this is a hypothetical that should be asked of an expert

10:34:54 20 witness.  He has not been designated as an expert witness.

10:34:57 21      THE COURT:  I'll overrule the objection.

10:35:01 22      Do you remember the question, sir?

10:35:03 23      THE WITNESS:  Can you repeat the question, please?

10:35:03 24 BY MR. BROCK:

10:35:05 25 Q.   All right.  Is one of the things that Halliburton does, in

OFFICIAL TRANSCRIPT

10:35:09 1   terms of its work, to identify risk to the operator, including

10:35:16 2   how to manage the risk?

10:35:17 3   A.    I would say in conjunction with the operator, Halliburton

10:35:23 4   would perform risk analysis and in conjunction help mitigate

10:35:28 5   those risks, if at all possible.

10:35:29 6   Q.    Okay.  I want to talk to you just a minute about the issue

10:35:34 7   of gas flow.  Okay.  You've been asked some questions about

10:35:37 8   that today.  I've got just a few questions for you with regard

10:35:40 9   to that issue.

10:35:41 10         I think you've mentioned this today, but just to

10:35:46 11   confirm, Halliburton recommends foam cement as a mitigation for

10:35:58 12   gas flow potential, correct?

10:36:00 13   A.    That's correct.

10:36:01 14   Q.    If we could look at TREX-5823.3.1.

10:36:11 15         See, this is just a cull out of annular gas

10:36:17 16   migrations, solutions to annular gas flow.  Do you see that?

10:36:19 17   A.    Yes, I do.

10:36:20 18   Q.    Do you remember you were asked some questions about this

10:36:22 19   in your deposition?

10:36:23 20   A.    Yes.

10:36:23 21   Q.    You said you would have seen this presentation at some

10:36:26 22   point in your training?

10:36:27 23   A.    Correct.

10:36:27 24   Q.    Now, if we look at 5823.31.1 out of this document, you see

10:36:40 25   that we have here the scale of gas flow potential factors that

**OFFICIAL TRANSCRIPT**

10:36:47  1    can be identified in the Halliburton modeling programs,

10:36:47  2    correct?

10:36:54  3    A.    That's correct.

10:36:54  4    Q.    Just to be sure that we're on the same page, gas flow

10:37:04  5    potential is the potential for gas to come from the formation

10:37:10  6    during the period of time when the cement is setting, correct?

10:37:14  7    A.    Correct.

10:37:14  8    Q.    It is, as it says here, the potential for inflow, correct?

10:37:20  9    A.    That is correct.

10:37:21 10    Q.    Now, if we look at the next cull out, which is 5823.41, do

10:37:38 11    we see here that if the flow condition is severe, that

10:37:44 12    Halliburton recommends foam cement as the appropriate solution?

10:37:50 13    A.    It is one of the options, yes.

10:37:51 14    Q.    Halliburton teaches its cement engineers that foam cement

10:37:57 15    is a solution for severe gas flow potential?

10:38:02 16    A.    That is correct.

10:38:03 17    Q.    Now, if we look at -- now, moving to a different document

10:38:14 18    the same subject, TREX-2129.1.1.  Could you do the -- pull the

10:38:25 19    cull-out out, and let me just have the big page first.

10:38:29 20          I'm not sure if you've seen this document before.  If

10:38:31 21    you haven't, you can tell me.  I'll probably still just ask you

10:38:34 22    a question about it.  But I'll just ask you, have you seen this

10:38:36 23    before?

10:38:38 24    A.    I don't believe I have, no.  No, sir.

10:38:39 25    Q.    Let me just ask you quickly about a statement in here and

**OFFICIAL TRANSCRIPT**

10:38:43  1    see if you agree.

10:38:45  2              Now, if we can go back to the cull out.

10:38:48  3          MR. BOWMAN:  Your Honor, since he hadn't seen this

10:38:50  4    document before, I'm going to object to him having to answer

10:38:53  5    questions about it and interpret it.

10:38:54  6          THE COURT:  What do you plan to ask him about it?

10:38:58  7          MR. BROCK:  I'm going to ask him about the

10:39:00  8    advantages --

10:39:00  9          THE COURT:  What is the document?

10:39:02 10          MR. BROCK:  It's a Halliburton --

10:39:02 11          THE COURT:  A Halliburton document?

10:39:03 12          MR. BROCK:  -- promotional piece, yes, sir.

10:39:04 13          THE COURT:  I'll see where it goes.  I'll overrule

10:39:06 14    right now.

10:39:06 15    BY MR. BROCK:

10:39:08 16    Q.    Just if we look at the title, "Foam Cement Delivers

10:39:11 17    Long-Term Zonal Isolation and Decreases Remedial Costs," that's

10:39:16 18    one of the things you're taught about foam cement, correct,

10:39:19 19    sir?

10:39:20 20    A.    Yes.

10:39:20 21    Q.    Then, down in the bottom right-hand corner:  "Advantages:

10:39:25 22    Helps improve mud displacement, prevents gas migration and

10:39:29 23    protect the formation," do you see that?

10:39:31 24    A.    Yes, I do.

10:39:31 25    Q.    Now, let's take -- do you agree with that statement?

**OFFICIAL TRANSCRIPT**

10:39:37  1    A.    I would say yes, foam cement can help aid in all of these.

10:39:42  2    Q.    When we talk about improving mud displacement, we're

10:39:47  3    talking about the cement displacing the mud from the area

10:39:53  4    that's desired to be cemented, correct?

10:39:55  5    A.    That is correct.

10:39:55  6    Q.    Foam cement is promoted by Halliburton as being a

10:40:06  7    mitigation for the risk of not completely displacing the mud?

10:40:12  8    A.    That is correct.

10:40:13  9          Typically, a cement engineer wouldn't design for this

10:40:17  10   particular purpose, however -- typically, a spacer is used to

10:40:23  11   do just that, displace the mud; but, in the event the spacer

10:40:27  12   does not because of the rheological properties of foam cement,

10:40:35  13   it can help in mud displacement.

10:40:36  14   Q.    It helps improve mud displacement; that's one of its

10:40:41  15   advantages?

10:40:41  16   A.    Correct.

10:40:41  17   Q.    That would mean that it improves displacement efficiency,

10:40:41  18   correct?

10:40:49  19   A.    It can, yes.

10:40:51  20   Q.    Well, Halliburton promotes this product to do that, does

10:40:51  21   it not?

10:40:55  22   A.    I would say yes, we do.

10:40:57  23   Q.    Now, I want to ask you just a few questions about the

10:41:07  24   actual pumping of the cement job, if I could, please, sir.

10:41:12  25         First of all, who are the people from Halliburton

**OFFICIAL TRANSCRIPT**

10:41:17   1    that are involved in pumping the cement job?  I'm referring

10:41:24   2    specifically to that activity that took place on the evening of

10:41:27   3    the 19th and early morning hours of the 20th, please.

10:41:31   4    A.    Cementers on board would have been Vincent Tabler and

10:41:36   5    Anthony Cupit.  Those guys are actually running the cementing,

10:41:41   6    mixing and pumping equipment.

10:41:41   7    Q.    All right.

10:41:43   8    A.    The nitrogen equipment was operated by Jack Abey and a

10:41:50   9    gentleman who's first name is Elmo, I'm not sure what his last

10:41:53  10    name is.

10:41:53  11            THE REPORTER:  How do you spell Abey?

10:41:53  12            THE WITNESS:  A-B-E-Y, if I'm --

10:41:53  13            THE REPORTER:  Thank you.

10:41:57  14    BY MR. BROCK:

10:41:57  15    Q.    Thank you.  Would you please spell Anthony's name for us,

10:42:01  16    also?  His last name, if you could?

10:42:01  17    A.    Cupit?

10:42:01  18    Q.    Yes.

10:42:05  19    A.    I think it's C-U-P-I-T.

10:42:06  20    Q.    You've mentioned today Mr. Anderson.  Did he have a role

10:42:15  21    in the pumping of the cement job?

10:42:18  22    A.    He basically oversaw the entire operation, yes.

10:42:21  23    Q.    So you had Mr. Anderson, who oversaw the entire operation.

10:42:29  24    Tell me what Mr. Tabler's role was.

10:42:32  25    A.    Vincent Stabler --

**OFFICIAL TRANSCRIPT**

10:42:32  1    Q.    Tabler, I'm sorry.

10:42:35  2    A.    -- he is the cementer.  He is actually performing the

10:42:38  3    mixing of cement and water and pumping it downhole with our

10:42:43  4    Halliburton equipment.

10:42:44  5    Q.    Who is responsible for running the nitrogen injection

10:42:50  6    equipment during the cement job?

10:42:51  7    A.    The actual injection equipment?

10:42:54  8    Q.    Yes.  Yes.

10:42:54  9    A.    That would have been Paul Anderson.

10:42:56 10    Q.    Now, during the performance of the cement job, where were

10:43:08 11    you located?

10:43:08 12    A.    I was located in a -- what was referred to as a cement

10:43:13 13    shack.  It was basically a little portable building set up on

10:43:17 14    the deck where the cementer's computer and cementer's paperwork

10:43:23 15    is usually held.  I set up my station in there as well with my

10:43:29 16    laptop.

10:43:29 17    Q.    Where is that in relation to the pumping units?

10:43:33 18    A.    If I recall correctly, it's right outside of the cement

10:43:37 19    room where the pumping unit is held.

10:43:40 20    Q.    Now, the things that have to occur before you pump the

10:43:45 21    cement downhole is that you have to take your slurry, and you

10:43:50 22    have to mix it in a tank, and then you pump it over to where

10:43:58 23    the foam generator is located, correct?

10:44:02 24    A.    That is pretty much correct.  The pumping equipment is

10:44:05 25    located in one area, where the actually mixing of cement and

10:44:09  1    water take place, as well as liquid additives.

10:44:12  2         That cement is then pumped up to the rig floor, where

10:44:15  3    the nitrogen manifold is held.  At that point, nitrogen is

10:44:20  4    injected into the cement.

10:44:21  5    Q.    Do you know the size of the tank in which the cement is

10:44:29  6    mixed?

10:44:31  7    A.    That should be a 25-barrel RCM --

10:44:34  8    Q.    RCM III mixer?

10:44:37  9    A.    Yes.

10:44:38 10    Q.    Is that cement mixed in the RCM mixer for about 13 minutes

10:44:45 11    before it's pumped to the foam generator?

10:44:48 12    A.    I'm not certain on the time.  That's totally dependent

10:44:51 13    upon what your mixing and pumping rate are set at.

10:44:55 14    Q.    Would it be correct that the cement, before being pumped

10:45:01 15    downhole, is not conditioned for an hour and a half, two hours

10:45:09 16    or three hours?

10:45:10 17    A.    Before being pumped downhole?

10:45:12 18    Q.    Yes.

10:45:12 19    A.    That is correct.

10:45:13 20    Q.    In other words, it's not conditioned where it's mixed,

10:45:17 21    made more viscous, and by being done under a high temperature;

10:45:23 22    that's not done before it pumped downhole, is it?

10:45:26 23    A.    It's not done before it's pumped downhole.  That's more

10:45:30 24    indicative of what happens while it's being pumped downhole.

10:45:32 25    Q.    So my question is a little more specific.  There is no

**OFFICIAL TRANSCRIPT**

10:45:37 1    conditioning of the cement on the rig before it's pumped

10:45:41 2    downhole, correct?

10:45:42 3    A.    That is correct, not in this case.

10:45:47 4    Q.    All right.  The mixing on the rig is a continuous mix and

10:45:54 5    pump process, correct?

10:45:56 6    A.    Correct.

10:45:56 7    Q.    The mixing on the rig is done at ambient temperature?

10:46:03 8    A.    That is correct.

10:46:04 9          Typically, mixing cement, cement tends to be

10:46:08 10   somewhere in the 95, 90-degree range.  It tends to heat up a

10:46:14 11   little bit during the mixing process.

10:46:15 12   Q.    But it's not heated up to 135 or 210 or anything like

10:46:19 13   that; it's not -- you don't apply heat to the cement as your

10:46:23 14   mixing it?

10:46:24 15   A.    Not as it's mixing on surface, no.

10:46:24 16         (WHEREUPON, at this point in the proceedings, we went

10:46:24 17   off the record.)

10:46:24 18         THE COURT REPORTER:  I'm ready.  I apologize.

10:51:15 19         MR. BROCK:  (Addressing the court reporter) That's real

10:51:16 20   pressure having to get it back going again with everyone here.

10:51:20 21   You've done great.  Thank you.

10:51:20 22   BY MR. BROCK:

10:51:23 23   Q.    One more question on conditioning.  The cement that is

10:51:29 24   pumped downhole is not conditioned before it goes to the

10:51:33 25   nitrogen manifold for foaming, correct?

**OFFICIAL TRANSCRIPT**

6380

10:51:37 1    A.    That is correct.  There is some mixing that occurs in that

10:51:42 2    short span, but outside of that, no.

10:51:48 3    Q.    Okay.  Thank you.

10:51:49 4          You're familiar with the idea of conditioning that

10:51:51 5    takes place in the lab when cement tests are conducted?

10:51:54 6    A.    Yes, I am.

10:51:54 7    Q.    The kind of conditioning that takes place on the rig

10:51:58 8    before the cement is sent to the nitrogen manifold is not that

10:52:03 9    kind of conditioning?

10:52:04 10   A.    Not in this case, no.

10:52:05 11   Q.    I want to ask you now a few questions about the

10:52:12 12   centralizer, okay.  Just trying to prompt you so you don't

10:52:19 13   think I'm coming out of the blue.

10:52:21 14         When you arrived on the evening of April 16th, you

10:52:24 15   learned then that a decision had been made not to run the

10:52:31 16   additional 15 centralizers on the production casing?

10:52:36 17   A.    That's correct.  I arrived the morning of the 16th, and I

10:52:39 18   believe I became aware the evening of the 16.

10:52:41 19   Q.    Right.  Thank you for correcting me on that.

10:52:43 20         Came in in the morning.  Then on the evening of the

10:52:45 21   16th, you spoke with Don Vidrine and Brian Morel, and they

10:52:52 22   confirmed for you that BP had made the decision not to run the

10:53:01 23   15 additional centralizers?

10:53:02 24   A.    That is correct.

10:53:09 25   Q.    As the Halliburton representative on the rig, you reported

**OFFICIAL TRANSCRIPT**

1  that to Jesse Gagliano to let him know of that, correct?

2  A.    That is correct.  I did place a phone call to Jesse.

3  Q.    You've described your job with regard to the centralizers

4  was simply to gather the information, inform the in-house

5  account representative, Jesse Gagliano, who was in charge at

6  that time of the design of the job?

7  A.    That is correct.

8  Q.    You didn't raise this as a safety issue to Jesse or to

9  anyone on the rig, did you?

10  A.    No.  This was not a safety issue.

11  Q.    That was going to be my next question.  This was not a

12  safety issue, was it?

13  A.    No, it was not.

14  Q.    Just to make this clear for the record, if we could see

15  quickly D-4620, please.  I actually put this in a cull out

16  because it's a little difficult to read.

17          But does this document your conversation with

18  Jesse Gagliano on April 16th, where you informed him that BP

19  had decided not to run more centralizers?

20  A.    Correct.  This is from my tally book.

21  Q.    Correct.  Correct.

22          Now, there was a morning meeting that took place on

23  April 17, 2010, that you attended, correct?

24  A.    I may have attended that morning meeting, yes.

25  Q.    We can look quickly just to refresh you on this at D-4621,

**OFFICIAL TRANSCRIPT**

10:55:16   1   which is a 7:00 a.m. entry from your tally book.

10:55:21   2          Do you see that there?

10:55:22   3   A.   Yes, I do.

10:55:24   4   Q.   This is the reference that we talked about earlier in the

10:55:28   5   exam about the Dril-Quip load didn't shear properly.  That's

10:55:33   6   where you made the note that you added to your post-job report

10:55:38   7   on April 21st?

10:55:40   8   A.   That is correct.

10:55:40   9   Q.   Now you didn't raise on the morning of April 17th any

10:55:50  10   issues about BP's decision not to run the additional

10:55:54  11   centralizers, correct?

10:55:54  12   A.   No, I did not.

10:55:55  13   Q.   From April 16th, when you learned that BP was not going to

10:56:07  14   run -- well, let me rephrase that.

10:56:11  15          From April 16th, when you learned that BP was going

10:56:13  16   to run six centralizers through April 20th, did you ever file

10:56:19  17   an objection or state an objection to BP's use of the six

10:56:24  18   centralizers?

10:56:26  19   A.   I did not, outside of a phone call to Jesse Gagliano.

10:56:30  20   Q.   Thank you.

10:56:31  21          You didn't raise with anyone on the rig any concerns

10:56:34  22   about using six centralizers, did you?

10:56:36  23   A.   No, I did not.

10:56:38  24   Q.   And even after the job was finished on April 20, and

10:56:44  25   April 21, the next day when you were back onshore, you did not

**OFFICIAL TRANSCRIPT**

10:56:49  1    communicate with anyone from BP about any concern with running

10:56:53  2    six centralizers, did you?

10:56:54  3    A.    No, I did not.

10:56:55  4    Q.    You didn't add that to your post job report as a matter of

10:57:01  5    significance, did you?

10:57:02  6    A.    Not that I can recall, no.

10:57:06  7    Q.    The document will speak for itself.

10:57:09  8          You don't recall adding that to the list of

10:57:13  9    significant events in the amended post-job report of

10:57:18 10    April 21st?

10:57:19 11    A.    No.   No, sir.

10:57:19 12    Q.    As you've said, that's because you didn't have any

10:57:25 13    concerns, safety concerns or issues with the number of

10:57:30 14    centralizers that were being used?

10:57:30 15    A.    Correct.   There was no safety concern.   I was completely

10:57:33 16    aware of the effect it may potentially have on the cement job,

10:57:38 17    but there were no safety concerns.

10:57:39 18    Q.    Good.   Thank you.

10:57:41 19          Now, if we could look quickly at TREX-711.1.2.

10:58:06 20          Do you see that this is your note to Jesse speaking

10:58:14 21    to the issue of the casing was currently being run and

10:58:18 22    projecting the cement job for around lunchtime on the 19th; do

10:58:23 23    you see that?

10:58:23 24    A.    Yes.

10:58:24 25    Q.    It says:  "We had a meeting yesterday to discuss the job,

**OFFICIAL TRANSCRIPT**

10:58:30  1   and I have attached the job procedure which should be final.

10:58:36  2   The BP engineer Brian is considering going with a longer pump

10:58:41  3   time.  He will make a decision once we have 24-hour strengths

10:58:47  4   for this slurry."

10:58:48  5          Do you see that?

10:58:48  6   A.   Yes.

10:58:48  7   Q.   The longer pump time that's referenced here refers to the

10:58:54  8   issue of whether to use eight gallons of retarder versus nine

10:59:03  9   gallons of retarder, correct?

10:59:04 10   A.   That is correct.

10:59:05 11   Q.   Now, by this point in time, April the 18th, you would have

10:59:24 12   been planning the job that would be conducted the next day,

10:59:27 13   correct?

10:59:27 14   A.   That is correct.

10:59:29 15   Q.   Did you have sufficient time to plan that job?

10:59:38 16   A.   I would say yes, for the most part.

10:59:39 17   Q.   All right.  Let's look at TREX-711.2 -- 4.2, please.

10:59:56 18          Now, do you see that this is a cull out of the cement

11:00:01 19   procedure?

11:00:01 20   A.   Yes.

11:00:03 21   Q.   Is this a procedure that you would have prepared?

11:00:08 22   A.   Correct.

11:00:09 23   Q.   This is talking about lead cement, foam cement, and

11:00:16 24   unfoamed tail and shoe cement.  Do you see that?

11:00:19 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

11:00:20  1   Q.   We're going to talk about this in just a minute, but this
11:00:24  2   refers to the three components that would be pumped down into
11:00:27  3   the Macondo well:  The lead cement going first, followed by the
11:00:31  4   foam cement, followed by the tail cement, correct?
11:00:36  5   A.   Correct.
11:00:36  6   Q.   So at this point, of course, you were fully aware of what
11:00:44  7   the volume was going to be in terms of what was being pumped?
11:00:48  8   A.   That's correct.
11:00:48  9   Q.   Now, if we look at TREX-711.2.4, this sets out in detail
11:01:00 10   the pump rates that will be used for the fluids that are being
11:01:08 11   pumped into the well, correct?
11:01:09 12   A.   That is correct.
11:01:10 13   Q.   This is also part of the same document we looked at, but
11:01:22 14   this is something that you would have helped to prepare?
11:01:27 15   A.   I did type this up, correct.
11:01:27 16   Q.   You had some input from BP as to pump rates on this, I
11:01:35 17   think you testified earlier?
11:01:36 18   A.   Yes.
11:01:36 19   Q.   In the e-mail of April 18th that we were looking at just a
11:01:47 20   minute ago, TREX-711.1.2, you did not express any concerns or
11:01:55 21   reservations about any aspect of the job in this note to
11:01:59 22   Mr. Chaisson, did you?
11:02:00 23   A.   To Mr. Gagliano?
11:02:03 24   Q.   I mean -- I'm sorry, I apologize.  Let me reask it.
11:02:09 25        Mr. Chaisson, you did not express any concerns or

**OFFICIAL TRANSCRIPT**

11:02:16 1   reservations to Mr. Gagliano about the cement job in this

11:02:21 2   transmittal of April the 18th?

11:02:23 3   A.    No, I did not.

11:02:24 4   Q.    I believe what you described earlier was you just needed

11:02:39 5   to know what amount of retarder would be placed -- or utilized

11:02:45 6   in the job, so that you could make arrangements to have the

11:02:51 7   cement mixed in the right way, correct?

11:02:54 8   A.    Yes, I needed the concentration of retarder confirmed so

11:03:01 9   that we could plan the execution of the job properly.

11:03:04 10  Q.    As you've testified today, you received that information

11:03:06 11  in time to successfully pump the job from an operational

11:03:11 12  standpoint, correct?

11:03:12 13  A.    That is correct.  There was no delay in executing the job.

11:03:15 14  Q.    Thank you.

11:03:27 15        Is it correct that one of the things that BP was

11:03:30 16  waiting on was some test results about -- about the

11:03:35 17  formulations?  Were they waiting on some information before

11:03:38 18  they made the final decision?

11:03:40 19  A.    I believe, as stated in this e-mail, Brian may have been

11:03:43 20  waiting on compressive strength results to make his decision.

11:03:47 21  Q.    I think the sentence we read is:  "Brian is considering

11:03:51 22  going with the longer pump time.  He will make a decision once

11:03:54 23  we have the 24-hour strengths."  Do you see that?

11:03:57 24  A.    Yes, I do.

11:03:58 25  Q.    Okay.  Thank you.

**OFFICIAL TRANSCRIPT**

11:04:10  1          Now, I want to ask a few questions now about

11:04:22  2   Halliburton's proposal to proceed with the cement job.

11:04:27  3          If we could look at 717.1.5, please.  I don't know if

11:04:36  4   we can make that bigger, but I think we looked at this one.

11:04:43  5   That's a little better.

11:04:44  6          So this is from Jesse Gagliano to a number of people

11:04:49  7   that you were asked about, and you said you knew some of them

11:04:52  8   and some you didn't.  Remember that?

11:04:54  9   A.   Yes.

11:04:54 10   Q.   Now, this is the document that contains Halliburton's

11:05:01 11   recommended procedure for cementing the production interval at

11:05:06 12   the Macondo well, correct?

11:05:07 13   A.   Yes, it does seem that the Halliburton proposal is

11:05:13 14   attached to this e-mail.

11:05:16 15   Q.   If we look at TREX-717.39.1, you see that this document

11:05:23 16   says that:  "Enclosed is our recommended procedure for

11:05:27 17   cementing the casing strings in the referenced well."

11:05:30 18          Do you see that?

11:05:30 19   A.   Yes, I do.

11:05:31 20   Q.   This proposal that's being made on the 18th is made with

11:05:40 21   the understanding that the plan will be to run the job with six

11:05:48 22   centralizers, not to do a full bottoms-up, to use a long string

11:05:54 23   casing, and with full knowledge of the volumes and pump rates,

11:06:00 24   correct?

11:06:00 25          MR. BOWMAN:  Your Honor, I'm going to plan.  Whatever

                              **OFFICIAL TRANSCRIPT**

the plan is speaks for itself.  This witness doesn't need to interpret it.

THE COURT:  All right.  I overrule the objection.

THE WITNESS:  I would be making an assumption to say that, to agree to that statement.

This document was created by Jesse Gagliano.  I'm not aware of what -- I'm not aware of everything that he knew and did not know at the time.

BY MR. BROCK:

Q.    Okay.  Fair enough.  You would have known at least about -- you personally would have known at least about the idea of running with six centralizers.  You would have known cement volume.  You would have known pump rates.  By the time you pumped, you would have known about the decision to go with .09 gallons per sack of retarder.

You would have known at least those things?

A.    That is correct.

Q.    You also knew that this was a long string casing, didn't you?

A.    I was aware of the wellbore geometry, correct.

Q.    Now, you would agree that it was your view on April 20th, after the cement was poured, that as an engineer onsite, the engineering design was a safe one?

A.    I would say that the job in itself was performed in a safe manner.  I didn't see any safety issues.

**OFFICIAL TRANSCRIPT**

11:07:26  1          In regards to the engineering design, I really didn't

11:07:30  2   have an opinion of the engineering design at that time.

11:07:32  3   Q.   Would you agree that you did not see any inherent danger

11:07:36  4   on this job?

11:07:38  5   A.   I would agree.

11:07:38  6   Q.   That you did not object in any way to moving forward with

11:07:46  7   the job?

11:07:47  8   A.   From a safety standpoint, no, I did not.

11:07:49  9   Q.   Now, let me ask you to look quickly at -- I'm going to

11:08:06 10   move on to see if I can keep us going.

11:08:09 11          Let me ask you a few questions about the float collar

11:08:17 12   conversion, okay.

11:08:19 13          You made the statement earlier today that everyone on

11:08:24 14   the rig floor agreed that the float was converted.  Do you

11:08:28 15   remember saying that?

11:08:28 16   A.   I don't recall saying that, but I may have.

11:08:31 17   Q.   Okay.  Is that true, that everyone on the rig floor agreed

11:08:36 18   that the float was converted?

11:08:38 19   A.   It was an agreement -- I mean, we all agreed that they

11:08:43 20   were now able to circulate fluid, making the assumption that

11:08:46 21   the float had converted.

11:08:57 22   Q.   Can you tell me just your best recollection of the names

11:08:58 23   and positions of the folks who came to that agreement, please?

11:09:02 24   A.   I can't tell you who the TO individuals were who were

11:09:07 25   sitting at the driller stands operating the rig.

**OFFICIAL TRANSCRIPT**

11:09:11  1          At one point, Bob Kaluza was on the rig floor.

11:09:18  2          Very briefly, Brian Morel was on the rig floor, but

11:09:21  3    I'm not sure if he was there during the actual converting of

11:09:27  4    the float.

11:09:28  5          That's about the best I can do.  I'm sorry.

11:09:30  6    Q.    That's fine.  I know it's been a while ago.

11:09:33  7          There would have been representatives of Transocean

11:09:37  8    who would have participated in this discussion and agreed that

11:09:41  9    the floats had converted?

11:09:45 10    A.    There really wasn't a discussion that took place.  There

11:09:48 11    wasn't a meeting of any type.

11:09:51 12          There were nine previous attempts to circulate.

11:09:55 13    Pressured up every time.

11:09:57 14          On the ninth attempt, they were able to circulate

11:10:00 15    after reaching -- I believe it was 3150 psi, plus or minus.

11:10:06 16          It was just a consensus that, hey, finally the float

11:10:11 17    has converted.  There really wasn't a meeting or discussion

11:10:13 18    that took place.

11:10:13 19    Q.    All right.  Was it your impression from being there that

11:10:15 20    the representatives of Transocean, Halliburton and BP were in

11:10:21 21    agreement that the floats had converted?

11:10:24 22    A.    I wouldn't say -- I wouldn't say that, no.

11:10:28 23    Q.    In terms of the floats converting, what was your basis for

11:10:36 24    believing that the floats converted?

11:10:38 25    A.    The capability to circulate mud.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 11:10:40 | 1 | Q.    All right.  I mean, one of the things that you would have |
| 11:10:45 | 2 | to record in your post-job report -- or that you record in your |
| 11:10:49 | 3 | post-job report concerned the float collar, correct? |
| 11:10:54 | 4 | A.    Correct. |
| 11:10:54 | 5 | Q.    I believe the part of the report refers to the floats |
| 11:11:03 | 6 | holding, correct? |
| 11:11:04 | 7 | A.    That is correct. |
| 11:11:04 | 8 | Q.    So that takes place at a later point in time? |
| 11:11:08 | 9 | A.    That is at the end of the cement job -- |
| 11:11:09 | 10 | Q.    Right. |
| 11:11:09 | 11 | A.    -- correct. |
| 11:11:10 | 12 | Q.    You would also need in your report to record if the floats |
| 11:11:14 | 13 | had converted; that would be a significant event? |
| 11:11:17 | 14 | A.    I would say so, yes. |
| 11:11:21 | 15 |          If the floats don't convert, there is basically not a |
| 11:11:27 | 16 | way to perform a cement job -- |
| 11:11:27 | 17 | Q.    Right. |
| 11:11:27 | 18 | A.    -- so there probably would not have been a post-job |
| 11:11:31 | 19 | report. |
| 11:11:31 | 20 | Q.    If you can't convert to floats, you can't circulate, |
| 11:11:31 | 21 | correct? |
| 11:11:34 | 22 |          MR. UNDERHILL:  Objection, Your Honor.  Misstates the |
| 11:11:40 | 23 | evidence and assumes facts not in foundation. |
| 11:11:42 | 24 |          THE COURT:  Overruled. |
| 11:11:42 | 25 | BY MR. BROCK: |

**OFFICIAL TRANSCRIPT**

11:11:44 1    Q.    If the floats are not converted, you cannot circulate the
11:11:48 2    cement, can you?
11:11:48 3    A.    Not to my knowledge, no.
11:11:54 4    Q.    We'll look at it in a minute, but in this particular case,
11:11:58 5    you were able to pump the cement, and from your perspective you
11:12:04 6    were able to do so successfully?
11:12:06 7    A.    From an operational standpoint, yes.
11:12:08 8    Q.    Mr. Tabler has shared with us that he personally observed
11:12:34 9    the cementing unit during the float check.  I believe it'd be
11:12:41 10   coming from his testimony or through his deposition.
11:12:42 11         Do you have a basis for saying one way or the other
11:12:46 12   whether or not Mr. Tabler was involved in assessing the float
11:12:54 13   check?
11:12:55 14   A.    No, I do not.
11:13:13 15   Q.    Has he ever said to you that he did not have any concerns
11:13:16 16   about the multiple attempts to convert the float collar?
11:13:21 17   A.    No, he has not.
11:13:22 18   Q.    If he had concerns about those multiple attempts, would
11:13:26 19   you expect that he would stop the job or to raise that issue to
11:13:32 20   folks with BP, Transocean, and with you?
11:13:35 21         MR. BOWMAN:  Your Honor, I object.  That's speculative.
11:13:37 22         THE COURT:  Sustained.
11:13:37 23   BY MR. BROCK:
11:13:41 24   Q.    Now, you described for us that you had, as part of the
11:13:47 25   float check, five barrels of bleed back?

**OFFICIAL TRANSCRIPT**

A.    That is correct.

Q.    Is five barrels of bleed back an appropriate amount for this well?

A.    I would be making an assumption to say so.  I was -- a volume was dictated by Bob Kaluza during that meeting on the 17th, and it's in the procedure.  I believe it was six barrels maximum.

Q.    So if you came back at five, you would be within the standard that you were looking for?

A.    According to Bob Kaluza, yes.

Q.    I want to talk to you now for a few minutes about your -- about the cement procedure and the post-job report, okay.

      Is it right that from your perspective on the rig there are three primary indicators of a successful cement job?

      I'll list the ones I want to talk about.

A.    Yeah, can you state --

Q.    Okay.  So are full returns, lift pressure, and bumping the plugs the three primary indicators that you look at during the pumping of the job to determine whether or not you've been successful from an operational standpoint?

A.    Those are some indicators.  I guess I'd need you to clarify a successful cement job, because neither of those actually test cement, the cement job within itself.

      Those are indicators that things are going as planned, but neither of those events actually test the cement

11:15:36 1    job.

11:15:37 2    Q.    So would it be fair to say that when you look at the

11:15:41 3    outcome of the cement job and report to Jesse about the outcome

11:15:48 4    in terms of whether or not it was successful or not, these are

11:15:53 5    three of the important indicators that you look at?

11:15:56 6    A.    Correct.  Yes.

11:15:57 7    Q.    Now, full returns is when the volume of the mud returning

11:16:06 8    from the well equals the volume of fluids, spacer cement and

11:16:10 9    mud that are pumped into the well, correct?

11:16:12 10   A.    That is correct.

11:16:12 11   Q.    To determine if you have full returns, the cementing crew

11:16:20 12   will monitor tank volumes, correct?

11:16:25 13   A.    Cementing crew does not monitor that, no.

11:16:27 14   Q.    Does the drilling crew monitor the tank volumes during the

11:16:33 15   conduct of the test?

11:16:34 16   A.    In my experience, yes, the rig personnel monitors that.

11:16:38 17   Q.    Good communication between the rig personnel and the

11:16:42 18   cementing crew and others is important during the test so that

11:16:48 19   you know if you are experiencing full returns?

11:16:53 20   A.    I'm sorry, you said during the test.  During the pumping

11:16:55 21   of the cement.

11:16:55 22   Q.    During the pumping.

11:16:57 23   A.    Yes.  That is correct.

11:16:57 24   Q.    I'm sorry, during the pumping of the job.

11:17:03 25         Is it correct that if your fluid in, that is, the

**OFFICIAL TRANSCRIPT**

11:17:10  1   cement, the mud, the spacer that you pump into the well, equals

11:17:15  2   the fluid out, that is, what's coming back, that it signifies

11:17:22  3   that the well is behaving as a closed and a leak-free system?

11:17:27  4   A.   I would say yes.

11:17:28  5   Q.   If flow out is less than flow in, you would put that in

11:17:37  6   the category of a lost circulation or lost returns type of

11:17:43  7   event, correct?

11:17:44  8   A.   That is correct.

11:17:45  9   Q.   On the Macondo well, on the afternoon of the 19th, the

11:17:50 10   evening of the 19th and the morning of the 20th, that didn't

11:17:53 11   occur; you had full returns during the pumping of the cement

11:17:57 12   job?

11:17:58 13   A.   Based on information I received, yes.

11:17:59 14   Q.   Of course, you have to rely on others to convey

11:18:06 15   information to you, but that's the way the business is

11:18:10 16   conducted on the rig.  You can't be everywhere at the same

11:18:13 17   time, so you have to take information from others and rely on

11:18:17 18   that information in terms of evaluating the job and preparing

11:18:21 19   your report?

11:18:22 20   A.   Correct.

11:18:22 21   Q.   Now, lift pressure is a steady increase that takes place

11:18:34 22   in pump pressure that begins when the cement flows out of the

11:18:39 23   bottom of the well casing and turns to flow against upward

11:18:47 24   gravity, correct?

11:18:48 25   A.   That is correct.

**OFFICIAL TRANSCRIPT**

11:18:48  1    Q.    The pressure increase, or the signal that you're looking

11:18:52  2    for, occurs because the cement is heavier than the mud that

11:18:57  3    it's displacing?

11:18:58  4    A.    Correct.

11:18:58  5    Q.    What you're looking for is an increase in pressure at the

11:19:04  6    appropriate time?

11:19:06  7    A.    Correct.

11:19:06  8    Q.    In other words, you know the volume of the wellbore, you

11:19:13  9    know your pump rate, you know your volumes, and so you can

11:19:16 10    estimate when that should occur?

11:19:18 11    A.    That is correct.

11:19:21 12    Q.    You're looking to see if it happens at the right time?

11:19:25 13    A.    Typically, I'm looking for it right after the bottom plug

11:19:30 14    bumps.

11:19:30 15    Q.    Sure.

11:19:30 16    A.    Because I know all of my cement is right behind the bottom

11:19:33 17    plug.

11:19:33 18    Q.    That's fair.  You know where things are once the bottom

11:19:36 19    plug bumps?

11:19:37 20    A.    Correct.

11:19:37 21    Q.    That gives you a time frame to look for, for the lift

11:19:42 22    pressure, correct?

11:19:42 23    A.    That is correct.

11:19:42 24    Q.    If this occurs at the right time, in the right time frame

11:19:49 25    in terms of what you're looking for, it tells you that you are

**OFFICIAL TRANSCRIPT**

11:19:53 1  not losing material to the formation, you don't have lost

11:19:58 2  circulation, correct?

11:19:59 3  A.   I wouldn't say if it's occurs at the right time.  You're

11:20:06 4  expecting to see it after the bottom plug bumps.

11:20:09 5       Now, it is possible that your bottom plug can bump

11:20:13 6  early or bump late as far as time is concerned, but you're

11:20:16 7  looking for that pressure increase after the bottom plug bumps.

11:20:19 8  Q.   Right.  Okay.  That's fair.  Thank you.

11:20:23 9       Now, on bumping the plugs, what you're doing is

11:20:26 10 you're watching the pressure gauges and looking to see when the

11:20:37 11 plugs that separate the cement from the mud have landed, that

11:20:42 12 is, are they landing on the float collar, right?

11:20:46 13 A.   Correct.

11:20:46 14 Q.   When that occurs, there is a change in pressure?

11:20:49 15 A.   That is correct.

11:20:52 16 Q.   And can you use the volume that's inside the well and the

11:20:56 17 rate you are pumping to predict when the bottom plug and the

11:21:00 18 top plug should arrive at the float collar?

11:21:04 19 A.   Yes, you can.

11:21:04 20 Q.   Now, let me ask you to look at D-4647.  I just have a few

11:21:25 21 questions for you that follow up on what we've just talked

11:21:29 22 about.

11:21:29 23       And just for the Court's convenience, and just for

11:21:33 24 discussion purposes, I have on the left there a rough model of

11:21:40 25 the cement as it was being pumped downhole.

**OFFICIAL TRANSCRIPT**

11:21:45 1          Do you see that?  Can you see that?

11:21:47 2    A.   Yes, I can see it.

11:21:49 3          MR. BOWMAN:  Your Honor, I'm going to object to this

11:21:51 4    particular demonstrative.  There is a couple more like it.

11:21:54 5    Because the right part of it, there is no problem as it comes,

11:21:58 6    but the left part of it is some type of depiction, and I'm not

11:22:01 7    sure that this particular witness can recognize it or describe

11:22:07 8    it.

11:22:07 9          If he can, that's fine.  But until he has some

11:22:10 10   familiarity with it, I don't think it's appropriate to ask him

11:22:12 11   about it.

11:22:13 12         THE COURT:  Well, I thought he just said he understood

11:22:16 13   it.  If not, I'm sure he'll tell us.

11:22:23 14         THE WITNESS:  It looks like a picture of a wellbore and

11:22:25 15   a casing.  I can't say that it depicts what was actually on the

11:22:29 16   Macondo, but...

11:22:29 17   BY MR. BROCK:

11:22:31 18   Q.   I'm not asking you that right now.

11:22:33 19         Just in terms of the concept of what you would be

11:22:35 20   pumping downhole, you would have a bottom plug, which is

11:22:40 21   indicated by the red there at the very bottom, the cap cement

11:22:48 22   is just above that, and then at the top, you have the top plug.

11:22:51 23   So I'm just identifying where the plugs are, correct?

11:22:55 24   A.   Okay.

11:22:55 25   Q.   Is that fair?

**OFFICIAL TRANSCRIPT**

11:22:57  1    A.    Fair.

11:22:57  2    Q.    And then on the right-hand side we have the chart that you

11:23:05  3    were shown earlier by your counsel that reflects pressure

11:23:11  4    that's being -- that's being seen, correct?

11:23:14  5    A.    That is correct.

11:23:14  6    Q.    Now, the two items that are shown here are a pressure

11:23:24  7    spike where there is a bump of the bottom plug.

11:23:29  8          Do you see that?

11:23:29  9    A.    I do.

11:23:30 10    Q.    And for you, that pressure spike was an indication that

11:23:37 11    the cement job was going well, correct?

11:23:41 12    A.    That was an indication that the bottom plug had landed on

11:23:45 13    the float collar.

11:23:45 14    Q.    And this is what you would expect and want to see in a

11:23:52 15    cement job that is going well?

11:23:55 16    A.    That's what -- that's what I expect to see in a cement

11:23:57 17    job, yes, if you're plugs have been displaced as planned.

11:24:01 18    Q.    Would you agree that this pressure spike that you see here

11:24:11 19    on the bumping of the bottom plug is a positive indication

11:24:17 20    during the cement job?

11:24:20 21    A.    I would say yes.

11:24:21 22    Q.    And is the same true for the bumping of the top plug?

11:24:28 23    A.    Yes.

11:24:29 24    Q.    And in terms of the time when these are occurring, one in

11:24:34 25    relation to the other, do those look like positive signs in

**OFFICIAL TRANSCRIPT**

11:24:38  1  terms of obtaining a successful cement job?

11:24:44  2  A.   I don't recall what the exact volume difference was

11:24:46  3  between the two, so I can't answer as to if the time is

11:24:51  4  correct.  I just don't recall.

11:24:53  5  Q.   If you had seen -- I didn't mean to cut you off.

11:24:57  6  A.   I was going to say, but both are positive indications that

11:25:01  7  the plugs are landing as planned.

11:25:03  8  Q.   If you had seen something at the time that was abnormal,

11:25:06  9  that would have been something you would have recorded as a

11:25:09 10  significant event?

11:25:10 11  A.   Yes.  Typically I do.

11:25:12 12  Q.   Now, if we could look quickly at -- well, we can just do

11:25:22 13  it with this one, I think.

11:25:25 14       Let's look at 4649, please.

11:25:33 15       Now, I've identified here on this exhibit, I've moved

11:25:38 16  the cement down a little bit, and you can see that the plug has

11:25:49 17  bumped, and the cement is, just in terms of just a graphic

11:25:55 18  presentation, turning the corner up into the annulus.

11:26:00 19       Do you see that?

11:26:00 20  A.   I do.

11:26:01 21       MR. BOWMAN:  Your Honor, again, I'm going to object if

11:26:02 22  this is trying to be portrayed as the actual schematic of the

11:26:06 23  Macondo.  If it's just being used for purposes of an example,

11:26:10 24  then it would be fine.

11:26:12 25       MR. BROCK:  That's all I am doing.

**OFFICIAL TRANSCRIPT**

6401

11:26:12 1       THE COURT:  Yes, I don't think this is intended to be

11:26:17 2    an actual depiction of what occurred on this well.  It's a

11:26:24 3    demonstrative.

11:26:25 4       MR. BOWMAN:  Then that would be fine.

11:26:25 5    BY MR. BROCK:

11:26:27 6    Q.   So you would be looking for an increase in pressure when

11:26:33 7    the cement turned the corner as we talked about -- talked about

11:26:37 8    earlier, correct?

11:26:38 9    A.   That is correct.

11:26:38 10   Q.   For this job, you saw an appropriate increase in pressure?

11:26:47 11   A.   I did see an increase in pressure, correct.

11:26:50 12   Q.   And you noted in your post-job report that you had

11:26:55 13   observed lift pressure, and in that report you didn't note that

11:27:02 14   there was anything seen related to that that was abnormal or

11:27:05 15   that was worrisome, correct?

11:27:08 16   A.   Correct.

11:27:08 17   Q.   Seeing this lift pressure here is a positive indication

11:27:19 18   for the Macondo cement job, that it was going well?

11:27:24 19   A.   I would say yes.

11:27:53 20       MR. BROCK:  Just one second, I apologize.

11:27:55 21   BY MR. BROCK:

11:27:55 22   Q.   If we could see Exhibit 708, please.  And just highlight

11:28:07 23   the first paragraph there.

11:28:15 24       Now, this e-mail reflects the facts that we just

11:28:19 25   looked at, does it not?

**OFFICIAL TRANSCRIPT**

11:28:25 1    A.    Yes, it does.

11:28:25 2    Q.    Full returns were observed throughout, estimated 100 psi

11:28:31 3    of lift pressure before we bumped the plug.  And you attached

11:28:36 4    the post-job report that we have been talking about, correct?

11:28:40 5    A.    That is correct.

11:28:41 6    Q.    And if we look at page 5 of Exhibit 708, it's the

11:28:54 7    significant points page, Bates 11214, please.

11:29:06 8          These are the significant points that you noted to

11:29:12 9    Jesse Gagliano with the expectation that he would convey this

11:29:15 10   to BP, correct?

11:29:16 11   A.    Yes, that is correct.

11:29:18 12   Q.    And in this post-job report, you stated that, in addition

11:29:27 13   to the things we've just talked about, "Cement job pumped as

11:29:30 14   planned.  Rig completed displacement and both plugs were

11:29:36 15   bumped.  Full returns seen."

11:29:39 16         We don't need to do lift pressure again.  We've done

11:29:44 17   that.

11:29:44 18         And you report that the floats held after the job

11:29:48 19   correct?

11:29:48 20   A.    That is correct.

11:29:48 21   Q.    And when you filed your amended report on April 21st, you

11:29:56 22   said again that the floats held after the job, didn't you?

11:29:59 23   A.    That is correct.

11:29:59 24   Q.    In fact, you didn't change any of the significant points

11:30:05 25   that are listed here, did you?

**OFFICIAL TRANSCRIPT**

11:30:06  1    A.   Not to my knowledge.  Not that I can recall, no.

11:30:08  2    Q.   You didn't see any safety risk with the design and the

11:30:37  3    execution of the cement job at the Macondo well, did you?

11:30:40  4    A.   No, I did not.

11:30:45  5         MR. BROCK:  Thank you for your time.

11:30:47  6         THE WITNESS:  Thank you.

11:30:48  7         THE COURT:  Cameron?

11:30:53  8         MR. BECK:  We have no questions, Your Honor.

11:30:54  9         THE COURT:  Halliburton?

11:30:56 10         MR. BOWMAN:  May it please the Court, just a few

11:31:24 11    things.

11:31:24 12                    REDIRECT EXAMINATION

11:31:24 13    BY MR. BOWMAN:

11:31:26 14    Q.   You were asked about, just a minute ago, no safety

11:31:30 15    concerns, and that's true, right?

11:31:31 16    A.   That's correct.

11:31:32 17    Q.   Let's explore that a little bit.  You did have concerns

11:31:36 18    over the centralizers, right?

11:31:38 19    A.   Yes, I did.

11:31:39 20    Q.   Bottoms up?

11:31:41 21    A.   Correct.

11:31:41 22    Q.   Other matters.

11:31:43 23         Why did that not equate to a safety concern with you?

11:31:47 24    A.   Well, lack of centralization or lack of circulating mud,

11:31:53 25    it may result in channeling.  It may possibly result in

**OFFICIAL TRANSCRIPT**

11:31:58  1    remedial cement work having to be done.  None of which are

11:32:03  2    safety concerns.

11:32:04  3    Q.    What do you mean by *remedial cement work*?

11:32:09  4    A.    Remedial or secondary squeeze cementing where you may have

11:32:15  5    to go in and perforate the casing and pump more cement around

11:32:17  6    to actually achieve the zonal isolation that you were

11:32:19  7    attempting to achieve to begin with.

11:32:22  8          But, as I previously stated, lack of centralization

11:32:26  9    or lack of circulating mud, those do not correlate to a safety

11:32:30  10   issue.  Those correlate to channeling, remedial cement work,

11:32:37  11   but that's about it.

11:32:37  12   Q.    Thank you.

11:32:41  13         You were asked by someone about swapping, a little

11:32:46  14   bit about swapping.  If it swaps, it goes into, what, something

11:32:50  15   called a shoe track?

11:32:51  16   A.    Correct.

11:32:51  17   Q.    And what is the purpose of a shoe track?

11:32:54  18   A.    A shoe track is used to contain contaminated cement that's

11:32:58  19   being wiped down by the top plug.

11:33:00  20   Q.    Thank you.

11:33:04  21         You were also asked about a crushed compressive

11:33:09  22   strength test.

11:33:10  23         Do you remember that?

11:33:10  24   A.    Correct.

11:33:11  25   Q.    And a UCA test, right?

**OFFICIAL TRANSCRIPT**

11:33:14 1   A.   Correct.

11:33:14 2   Q.   Now, let try to clear that up a little bit.

11:33:20 3           This was a foam job, and when you're doing a foam

11:33:25 4   job, which test do you really look at to determine when there

11:33:28 5   is going to be sufficient setting time for the cement?

11:33:31 6   A.   The UCA test.

11:33:33 7   Q.   Even though it's not foamed?

11:33:34 8   A.   Even though it's not foamed.

11:33:36 9   Q.   And why is that?

11:33:39 10  A.   Because the crush test, as I stated earlier, it doesn't

11:33:45 11  portray what actually happens downhole.  It's not tested under

11:33:50 12  downhole conditions.  It's tested at surface pressure, which

11:33:54 13  cement is -- reacts to temperature and pressure.  Those two

11:33:58 14  have a huge bearing on your compression strength development.

11:34:01 15          The UCA test is tested under pressure, and it's used

11:34:06 16  to correlate what your actual foam strengths are going to be.

11:34:09 17  Q.   Do you remember receiving the graph we talked a little bit

11:34:16 18  about from Jesse Gagliano a little bit before the cement job

11:34:18 19  was pumped, I guess, showing a compressive strength test, UCA

11:34:24 20  test, even though it wasn't fully run, that it was partially

11:34:27 21  run?

11:34:27 22  A.   Yes.

11:34:27 23  Q.   Do you remember that it showed it was getting strength?

11:34:31 24  A.   Correct.

11:34:31 25  Q.   Now, you were asked about zonal isolation in cement.  If

**OFFICIAL TRANSCRIPT**

11:34:41  1   the cement is not pumped so it is over the hydrocarbon bearing

11:34:50  2   zones, you're not going to get zonal isolation, are you, even

11:34:54  3   though the cement is perfect in every way?

11:34:56  4   A.   No, you will not.

11:34:56  5   Q.   You were asked briefly about some material from

11:35:04  6   Halliburton, talking about foam cement being good to try

11:35:09  7   control gas flow.

11:35:10  8           Do you remember that?

11:35:11  9   A.   Yes.

11:35:12 10   Q.   And does that Halliburton material assume that you're

11:35:16 11   going to have proper conditioning of the well, in other words,

11:35:18 12   you're going to be following the best practice of Halliburton

11:35:20 13   before you do the foam cement?

11:35:21 14   A.   Yes.

11:35:22 15   Q.   Of course, we know one of the best practices is

11:35:25 16   circulating out -- one or two bottoms up?

11:35:28 17   A.   Two.

11:35:28 18   Q.   You were asked a little bit by BP about the cement, it was

11:35:37 19   not conditioned three hours or two hours on the well before

11:35:40 20   it's pumped.

11:35:41 21           Do you remember that?

11:35:41 22   A.   Yes, I do.

11:35:42 23   Q.   But what is the purpose of conditioning in a lab?

11:35:47 24   A.   It simulates the cement being mixed on surface as well as

11:35:51 25   pumped into place.  So it simulates the job placement time of

**OFFICIAL TRANSCRIPT**

11:35:56  1    the cement, not actually just the mixing of cement on the

11:35:59  2    surface.

11:35:59  3    Q.    So that cement, once it starts being pumped, doesn't just

11:36:03  4    immediately get on the bottom, does it?

11:36:05  5    A.    No, it does not.

11:36:06  6    Q.    It takes a period of time for it to get on the bottom?

11:36:08  7    A.    Correct.  And that time is based upon your displacement

11:36:12  8    rate, how fast you're mixing it and pumping it.

11:36:14  9    Q.    Is that what the conditioning in the lab is trying to

11:36:17 10    simulate?

11:36:18 11    A.    Yes.

11:36:18 12    Q.    You were also asked briefly about the floats, whether they

11:36:31 13    were converted or not, and that you couldn't pump cement unless

11:36:34 14    the plug converted.

11:36:38 15          Do you remember that?

11:36:38 16    A.    Yes.

11:36:38 17    Q.    If the plug was blown out, you could still pump, could you

11:36:43 18    not?

11:36:43 19          MR. BROCK:  I object.  That's a hypothetical.  It's not

11:36:45 20    established by this witness that that had occurred.

11:36:46 21          THE COURT:  I sustain the objection.

11:36:48 22          MR. BOWMAN:  I pass the witness.

11:36:52 23          THE COURT:  We pass him out.

11:36:55 24          You're finished, sir.  Thank you, sir.

11:36:57 25          THE WITNESS:  Thank you.

**OFFICIAL TRANSCRIPT**

11:37:01 1          THE COURT:  All right.  Next witness for Halliburton.

11:37:03 2          MR. GODWIN:  Your Honor, we'll call

11:37:06 3 Dr. Richard Strickland at this time.

11:37:13 4          MR. REGAN:  Your Honor, Matt Regan on behalf of BP.

11:37:17 5 There are some issues with respect to Dr. Strickland that I

11:37:20 6 would like to bring at this point in time before we start

11:37:22 7 examination.

11:37:22 8          THE COURT:  Go ahead.

11:37:26 9          MR. REGAN:  Your Honor, there is a couple things I want

11:37:28 10 to address, but first I would like to address the *Daubert*

11:37:31 11 motion that we filed with respect to Dr. Strickland.  This is

11:37:34 12 Record No. 5434.

11:37:37 13          As we set forth in that motion, this witness,

11:37:39 14 Dr. Strickland, has opinions about a particular two-foot

11:37:44 15 hydrocarbon zone that expressly says that he has no opinion

11:37:47 16 that that zone was a causal factor with respect to the blowout.

11:37:51 17          He says it's possible that that zone could flow,

11:37:53 18 but he has no opinion that it did flow.  And he expressly says

11:37:57 19 that he has no opinion as to whether or not that zone affected

11:38:00 20 any operations.  He says it could affect, but he also says, in

11:38:04 21 terms of his opinions, that he has no opinion that it, in fact,

11:38:08 22 did affect.

11:38:09 23          As we set forth in our motion, Your Honor, under

11:38:12 24 the *Pipitone case,* 288 F.3d 239 (5th Cir. 2003), a perfectly

11:38:19 25 equivocal opinion does not make any fact more or less probable

**OFFICIAL TRANSCRIPT**

11:38:23  1    and is irrelevant under the Federal Rules of Evidence.

11:38:25  2            We do not think Dr. Strickland's testimony or his

11:38:28  3    report are helpful to the inquiry given the fact that he's made

11:38:32  4    quite clear where his opinions are and where they aren't.

11:38:34  5        THE COURT:  I've looked at your motion, and I'm going

11:38:38  6    to let him testify.  I'll take all of that into account.  Of

11:38:42  7    course, you'll have a chance to cross-examine him.

11:38:44  8        MR. REGAN:  Your Honor, there is a rebuttal report that

11:38:47  9    Dr. Strickland filed that is in rebuttal to an expert who was

11:38:51 10    then excluded by the Court.

11:38:53 11        THE COURT:  Who is that?

11:38:54 12        MR. REGAN:  Fred Sabins.

11:38:57 13            So I don't know if they are going to offer his

11:38:59 14    rebuttal report or not, but in terms of --

11:39:01 15        THE COURT:  That's another issue.  We'll see.

11:39:05 16        MR. HILL:  Your Honor, can I address that?

11:39:17 17        THE COURT:  No.  Let's just start with his testimony.

18    THE DEPUTY CLERK:  Would you please raise your right

19    hand.  Do you solemnly swear that the testimony which you are

20    about to give will be the truth, the whole truth and nothing

21    but the truth, so help you God?

22        THE WITNESS:  I do.

23            **RICHARD STRICKLAND, Ph.D.**

24     was called as a witness and, after being first duly sworn by

25     the Clerk, was examined and testified on his oath as follows:

**OFFICIAL TRANSCRIPT**

1          THE DEPUTY CLERK:  Please state and spell your name for

2     the record.

11:39:28   3          THE WITNESS:  My name is Richard Strickland,

11:39:32   4     R-I-C-H-A-R-D, Strickland, S-T-R-I-C-K-L-A-N-D.

11:39:43   5          MR. HILL:  Your Honor, Gavin Hill for Halliburton.  And

11:39:46   6     I will have Mr. Strickland on direct examination.  May I

11:39:50   7     proceed, Your Honor?

11:39:51   8          THE COURT:  Yes.

11:39:51   9                    VOIR DIRE EXAMINATION

11:39:51  10     BY MR. HILL:

11:39:52  11     Q.   Good morning, Dr. Strickland.

11:39:53  12     A.   Good morning.

11:39:53  13     Q.   Why don't we start off by telling us what is your -- what

11:40:00  14     college degrees do you have?

11:40:02  15     A.   I have a bachelor of science, a master of science, and a

11:40:07  16     Ph.D. in petroleum engineering.  All degrees from Texas A&M

11:40:12  17     University.

11:40:12  18     Q.   And did you say they were all in petroleum engineering?

11:40:15  19     A.   Yes.

11:40:15  20     Q.   When did you get your Ph.D., sir?

11:40:17  21     A.   1976.

11:40:18  22     Q.   Can we bring up TREX-22581, please.

11:40:24  23          I've got up here for reference as you need it, I know

11:40:27  24     it's a rather lengthy CV, so maybe if we just touch some things

11:40:30  25     briefly, but should you need to refer to it, you can do so.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 11:40:33 | 1 | Could you please tell the Court by whom you are |
| 11:40:35 | 2 | employed, sir? |
| 11:40:36 | 3 | A.   I'm employed by the Strickland Group. |
| 11:40:39 | 4 | Q.   What is your position with the Strickland Group? |
| 11:40:41 | 5 | A.   I'm the president of the company. |
| 11:40:43 | 6 | Q.   What is the business of the Strickland Group?  What do you |
| 11:40:46 | 7 | do? |
| 11:40:46 | 8 | A.   We are petroleum consultants.  We provide reservoir |
| 11:40:52 | 9 | engineering, geological services to the petroleum industry. |
| 11:40:55 | 10 | Q.   When you do -- or provide these reservoir and geological |
| 11:40:58 | 11 | services in engineering, do you conduct field studies? |
| 11:41:01 | 12 | A.   I do. |
| 11:41:02 | 13 | Q.   Can you tell the Court what field studies are? |
| 11:41:04 | 14 | A.   Field studies are an engineering and geological analysis |
| 11:41:10 | 15 | of an entire field.  Sometimes a field is just one well, but |
| 11:41:15 | 16 | many times it's hundreds of wells.  So we use a study to |
| 11:41:20 | 17 | determine the setting of the field, what is there, how it is |
| 11:41:24 | 18 | performing, how that future performance might be enhanced or to |
| 11:41:30 | 19 | discover future opportunities or problems that are occurring in |
| 11:41:35 | 20 | the field. |
| 11:41:35 | 21 | Q.   Okay.  So more to the point of why you're here to testify |
| 11:41:39 | 22 | today, when you conduct these field studies, do you have |
| 11:41:43 | 23 | occasion to review and interpret petrophysical logs that help |
| 11:41:47 | 24 | identify the properties of subsurface sands? |
| 11:41:51 | 25 | A.   I do. |

**OFFICIAL TRANSCRIPT**

11:41:51 1   Q.   Does that include the use of these petrophysical logs to

11:41:55 2   identify hydrocarbon bearing sands?

11:41:57 3   A.   Yes, it does.

11:41:58 4   Q.   Can you give the Court an idea of who some of your clients

11:42:00 5   are?

11:42:01 6   A.   My clients are major companies, major oil companies, such

11:42:06 7   as Exxon, Chevron, Texaco.  I've worked for BP in the past,

11:42:11 8   large independent oil companies like Chesapeake, Anadarko,

11:42:18 9   MOEX.

11:42:18 10  Q.   Do you ever do any work for government agencies?

11:42:22 11  A.   I do.

11:42:22 12  Q.   Can you give us an example or two of the government

11:42:27 13  agencies for whom you provide services?

11:42:28 14  A.   I've worked for the United States Government on several

11:42:32 15  occasions.  And I've worked for other foreign national

11:42:34 16  governments, former Soviet Union countries.

11:42:37 17  Q.   How many field studies -- if you could estimate, how many

11:42:41 18  field studies you have done over the course of your career?

11:42:45 19  A.   300, 400, something like that maybe.

11:42:49 20  Q.   What geographical areas?

11:42:53 21  A.   All over the world.

11:42:54 22  Q.   Have you done them in the Gulf of Mexico?

11:42:55 23  A.   Yes.

11:42:56 24  Q.   With a degree in petroleum engineering, can you explain to

11:43:03 25  us how -- the relationship between petroleum engineering and

**OFFICIAL TRANSCRIPT**

11:43:06 1   petrophysics?

11:43:08 2   A.   Petroleum engineering can be divided into three general

11:43:11 3   categories, and that's:  Reservoir engineering, drilling, and

11:43:16 4   operations, under the umbrella of petroleum engineering.

11:43:23 5           Beneath reservoir engineering -- well, petrophysics

11:43:29 6   is a course that's taught in every undergraduate curriculum,

11:43:32 7   but the use and practice of it falls more into reservoir

11:43:36 8   engineering than in drilling and operations, although it's

11:43:40 9   there also, but it's primarily, especially in the quantitative

11:43:46 10  part of petrophysics.

11:43:49 11  Q.   Dr. Strickland, do you consider yourself to be a

11:43:51 12  petrophysicist?

11:43:52 13  A.   I do.

11:43:53 14  Q.   Have you ever taught in the area of petroleum engineering?

11:43:54 15  A.   I have.

11:43:55 16  Q.   Do we need to go to your CV?  Is that experience and the

11:43:59 17  coursework that you've taught actually reflected in your CV,

11:44:03 18  which is TREX-22581?

11:44:04 19  A.   It is.

11:44:04 20  Q.   Have you ever taught any industry school in petroleum

11:44:11 21  engineering?

11:44:11 22  A.   I do -- I have, yes.

11:44:12 23  Q.   About how many?

11:44:13 24  A.   70, 75, something like that.

11:44:16 25  Q.   When you teach, who are the people that come listen to

**OFFICIAL TRANSCRIPT**

6414

11:44:19  1    your instruction?

11:44:19  2    A.   Usually it's employees of major oil companies or large

11:44:23  3    independents.

11:44:24  4    Q.   Turn to page 2 of this, please.  Can you pull out

11:44:33  5    professional affiliations and professional memberships, please.

11:44:37  6         Dr. Strickland, does this CV accurately reflect the

11:44:40  7    affiliations you have in professional engineering

11:44:44  8    organizations?

11:44:44  9    A.   It does.

11:44:44 10    Q.   Can you please identify maybe the first three?

11:44:46 11    A.   At the top there is:  Society of Petroleum Engineers, the

11:44:49 12    Texas Society Of Professional Engineers, the National Society

11:44:53 13    of Professional Engineers.

11:44:54 14    Q.   I see down here under *Professional Committee Membership*,

11:44:58 15    there are a couple of entries associated with something called

11:45:03 16    ABET.

11:45:03 17         Can you tell the Court, what is ABET?

11:45:06 18    A.   ABET is the accrediting board for engineering and

11:45:11 19    technology.  It is the agency that accredits engineering

11:45:15 20    educational programs at universities, and it's the only

11:45:22 21    organization that does so for engineering.  It has a

11:45:26 22    subdivision called the Engineering Accreditation Commission.

11:45:30 23    Q.   Can you briefly tell the Court what your involvement has

11:45:35 24    been with ABET?

11:45:36 25    A.   Yes.  I had a long history with ABET.  I was nominated by

**OFFICIAL TRANSCRIPT**

11:45:41  1   the Society of Petroleum Engineers to serve on the Engineering

11:45:48  2   Accreditation Commission where I went around the United States

11:45:49  3   and accredited various petroleum engineering programs.

11:45:54  4        Later on, I continued my work there and was part of

11:45:58  5   the board of directors of ABET, and in that capacity I also

11:46:05  6   went to universities as the team leader to accredit the entire

11:46:11  7   college of engineering.

11:46:12  8   Q.   Thank you, Doctor Strickland.

11:46:14  9        Beginning at the bottom of page 2 -- you can take

11:46:18 10   that off.

11:46:18 11        Beginning at the bottom of page 2 where it says

11:46:21 12   *Publications And Presentations*, continuing over to page 3 of

11:46:24 13   your curriculum vitae, there are 21 articles listed there.  Are

11:46:28 14   these articles -- I'm sorry, publications or presentations, I

11:46:30 15   should clarify.

11:46:32 16        Are these 21 publications and presentations authored

11:46:35 17   or coauthored by you in the field of petroleum engineering?

11:46:39 18   A.   Yes, they are.

11:46:39 19   Q.   And is that an accurate representation in your CV of your

11:46:42 20   presentations and publications?

11:46:44 21   A.   Yes.

11:46:44 22   Q.   If you could go to page 7 of the curriculum vitae, please.

11:46:51 23        There is a listing of cases -- last two pages,

11:46:57 24   please.  Yes.

11:46:59 25        There is a listing of cases on the last two pages of

**OFFICIAL TRANSCRIPT**

1   your curriculum vitae, starting in 2004, in which you have

2   testified as an expert, correct?

3   A.   That's correct.

4   Q.   Does this accurately reflect cases in which you have

5   testified as an expert in the field of petroleum engineering?

6   A.   Yes.   There is an additional one that should be added to

7   that, I guess.

8   Q.   What case is that?

9   A.   I just completed a hearing before the regulatory agency in

10  Texas concerning a field study I did on a large gas field

11  there.

12  Q.   Did that just conclude?

13  A.   Yes, it did.

14  Q.   In what forums have you testified before?

15  A.   State courts, federal courts, administrative bodies,

16  international arbitrations.

17  Q.   In any of these proceedings, Dr. Strickland, have any of

18  your opinions in those cases ever been excluded because of a

19  *Daubert* challenge?

20  A.   No.

21  Q.   Have you ever been rejected or denied as an expert in the

22  field of petroleum engineering in any of the cases in which you

23  were engaged to testify?

24  A.   I have not.

25  Q.   Now, have you recently conducted a petrophysical analysis

**OFFICIAL TRANSCRIPT**

1   not reflected in your CV?

2   A.   Yes.   I don't list in my CV all the projects and jobs that

3   I do.

4   Q.   Can you explain to the Court what you just finished doing?

5   A.   I just finished a quite complex petrophysical analysis of

6   a brand-new shale gas plate in Turkey.   I'm part of a team that

7   is trying to develop that new shale gas plate.

8   Q.   And did that engagement require you to interpret

9   petrophysical logs for the purpose of identifying subsea

10  geological formations?

11  A.   Yes.

12  Q.   Did you have to help identify hydrocarbon bearing sands?

13  A.   Well, it's a shale, so it's the hydrocarbon that can

14  produce gas or liquid hydrocarbons out of this rather large

15  shale.

16  Q.   Thank you, sir.

17       MR. HILL:   Your Honor, at this time we would tender

18  Dr. Strickland on behalf of Halliburton as an expert and as one

19  who would assist the Court in understanding some of the

20  relevant issues -- being around the petrophysical analysis

21  relevant to the cement job.

22       THE COURT:   I'm going to let him testify and -- subject

23  to the *Daubert* motion, and I'll consider it after I hear all of

24  the testimony.   Okay.

25       MR. REGAN:   Your Honor, would you have me hold my

**OFFICIAL TRANSCRIPT**

11:49:19 1    questions for cross-examination, the voir dire questions?

11:49:22 2              THE COURT:  Yes.  That makes sense.

11:49:22 3                         DIRECT EXAMINATION

11:49:22 4    BY MR. HILL:

11:49:24 5    Q.    You can take down the CV, please.

11:49:28 6              Now, in order to orient the Court, Dr. Strickland, to

11:49:41 7    why you are testifying here today, I would like to ask that

11:49:44 8    TREX-5845 be brought up, please.

11:49:48 9              And as will be apparent to everybody, this is a

11:49:51 10   copy of a federal regulation, 30 CFR Section 250.421.

11:49:59 11             Have you seen this regulation before,

11:50:00 12   Dr. Strickland?

11:50:01 13   A.    I have.

11:50:01 14   Q.    And what is your understanding of what it requires with

11:50:05 15   respect to the cementing of production casing?

11:50:08 16             MR. REGAN:  Your Honor, I object to the witness being

11:50:10 17   an expert on a regulation.  I don't think that's in the scope

11:50:12 18   of his report.

11:50:13 19             MR. HILL:  Your Honor, I'm not asking him -- I'm asking

11:50:15 20   him to put this in context for the Court as to why he's

11:50:18 21   actually here testifying.  Your Honor can interpret the plain

11:50:21 22   language of the regulation himself.

11:50:22 23             MR. REGAN:  The question was, what is his understanding

11:50:24 24   of the regulation?

11:50:26 25             MR. HILL:  Well, perhaps we can just read it and let

                              **OFFICIAL TRANSCRIPT**

11:50:29  1   Your Honor understand it.

11:50:29  2            THE COURT:  Why don't you do that.

11:50:32  3            MR. HILL:  Can you go to the second page and bring

11:50:34  4   up (e), Subsection (e).  Let's pull that out.

11:50:38  5                 In this regulation, with respect to production

11:50:47  6   casing, there are certain requirements, Your Honor, in the far

11:50:51  7   right-hand column.  And one of the things it says is:

11:50:54  8                 "As a minimum, you must cement the annular space

11:50:58  9   at least 500 feet above the casing shoe and 500 feet above the

11:51:03 10   uppermost hydrocarbon-bearing zone."

11:51:04 11                 Your Honor, I read that solely for purposes of

11:51:07 12   putting Mr. -- Dr. Strickland's testimony until context today.

11:51:10 13            THE COURT:  That's already been talked about.  That was

11:51:12 14   on the drilling permit, as I recall.

11:51:18 15            MR. HILL:  That's correct, Your Honor.

11:51:18 16            THE COURT:  Okay.

11:51:18 17   BY MR. HILL:

11:51:19 18   Q.   Can you bring up demonstrative 8015, please.

11:51:29 19                 Dr. Strickland, could you tell Judge Barbier why you

11:51:34 20   are here?  What have you been asked to do in this case?

11:51:37 21   A.   I've been asked to do two things:  One was to look at the

11:51:41 22   open hole interval and come to opinions about the highest

11:51:45 23   hydrocarbon-bearing zone in that open hole interval.

11:51:49 24   Q.   Have you done that work?

11:51:50 25   A.   I have.

**OFFICIAL TRANSCRIPT**

11:51:51  1    Q.    Have you formed opinions relevant to the scope of work?

11:51:53  2    A.    I have.

11:51:53  3    Q.    What documents generally have you reviewed?  I understand

11:51:57  4    you may have reviewed thousands, but just generally could you

11:52:00  5    give us the categories of the documents you reviewed for

11:52:03  6    purposes of your analysis?

11:52:04  7    A.    The primary ones are the well logs that were obtained

11:52:12  8    during the drilling and the logging of the Macondo well, along

11:52:17  9    with analysis by a lot of parties, some of which date

11:52:24  10   pre-blowout and some is post-blowout.

11:52:28  11   Q.    Have you reviewed internal documents at BP regarding the

11:52:32  12   characterization of the M57B sand?

11:52:32  13   A.    I have.

11:52:35  14   Q.    Have you reviewed the deposition transcripts of BP

11:52:39  15   employees, Halliburton employees, Schlumberger employees, those

11:52:42  16   who speak to this issue?

11:52:43  17   A.    Yes.

11:52:43  18   Q.    Have you reviewed the expert reports of Mr. Lee and

11:52:50  19   Mr. Colson, who are experts of BP in this case?

11:52:55  20   A.    I have.

11:52:55  21   Q.    Have you independently conducted analysis to reach your

11:52:57  22   opinions?

11:52:57  23   A.    Yes.

11:52:57  24   Q.    Are those opinions that you have reached contained in your

11:53:01  25   expert report?

**OFFICIAL TRANSCRIPT**

11:53:01 1    A.    They are.

11:53:02 2    Q.    Before we offer it for admission, can you just give a

11:53:06 3    brief summary of what your opinions are in this case?

11:53:08 4    A.    Yes.  I have two projects.  The first project, identify

11:53:15 5    the highest hydrocarbon-bearing zone, in my opinion.

11:53:18 6          That is -- that zone is titled the M57B zone.  It

11:53:24 7    occurs at 17,467 measure depth by wireline.

11:53:30 8    Q.    Do you have a laser pointer up there, sir?  If not, I can

11:53:34 9    hand you one.

11:53:34 10   A.    Yes, I do.  I have one.

11:53:38 11   Q.    Do you want to make sure it reaches?

11:53:43 12   A.    Yes.

11:53:43 13   Q.    Does that help?

11:53:43 14   A.    Yes, it does.

11:53:44 15   Q.    Now, if you would like to use this demonstrative to help

11:53:46 16   clarify what your position is to the Court, feel free to do so.

11:53:49 17         So can you identify where the M57B sand would be on

11:53:52 18   this demonstrative?

11:53:53 19   A.    Yes.  It is shaded in red, and it's labeled the M57B.  The

11:54:01 20   depth is 17467.

11:54:03 21   Q.    Based on your analysis, can you please identify what BP

11:54:06 22   identified as the highest hydrocarbon-bearing zone?

11:54:11 23   A.    BP's pick of the highest hydrocarbon zone was the other

11:54:16 24   red horizontal line titled the M56A zone at 17,804 measure

11:54:27 25   depth.

**OFFICIAL TRANSCRIPT**

11:54:27  1    Q.    Thank you, sir.

11:54:27  2          Now, were you also asked to calculate the pore

11:54:30  3    pressure of the M57B sand?

11:54:33  4    A.    I was.

11:54:33  5    Q.    Did you do that?

11:54:34  6    A.    I did.

11:54:34  7    Q.    Is that an accurate representation of the pore pressure

11:54:37  8    that you calculated in association with the M57B sand?

11:54:42  9    A.    Yeah.  In my report, I put it in terms of psia, but

11:54:44 10    that's -- if you want -- the equivalent pound-per-gallon

11:54:50 11    density of mud to equal that pore pressure would be about

11:54:54 12    14.15.

11:54:55 13    Q.    Thank you, sir.

11:54:56 14          Now, you were also asked, I believe, or you expressed

11:55:00 15    opinions in your report as to whether BP should have been able

11:55:04 16    to have identified M57B as the highest hydrocarbon-bearing sand

11:55:10 17    in the open hole, correct?

11:55:11 18    A.    Yes.

11:55:11 19    Q.    Is that opinion expressed in your report?

11:55:14 20    A.    It is.

11:55:15 21          MR. HILL:  Your Honor, we would tender -- or we would

11:55:17 22    move for admission of Dr. Strickland's report, which is

11:55:21 23    identified as TREX-60083.

11:55:26 24          THE COURT:  All right.  That's admitted.

11:55:26 25          (WHEREUPON, Exhibit TREX-60083 was admitted.)

**OFFICIAL TRANSCRIPT**

11:55:26  1          MR. HILL:  Your Honor, there is one issue --

11:55:29  2          THE COURT:  This is the original report, right?

11:55:30  3          MR. HILL:  That is the initial report.

11:55:32  4              There is a rebuttal report, and I'm happy to --

11:55:34  5     because I actually seek guidance from the Court on the rebuttal

11:55:37  6     report, as well.

11:55:39  7              So if this is a good time to discuss it, I

11:55:41  8     actually have a proposal, if you're interested in hearing it.

11:55:46  9          THE COURT:  Go ahead.

11:55:47 10          MR. HILL:  The issue with Dr. Strickland's rebuttal

11:55:50 11     report is it was expressly done --

11:55:51 12          THE COURT:  It was issued to rebut what?

11:55:54 13          MR. HILL:  It was issued expressly to rebut an opinion

11:55:57 14     of Mr. Sabins about whether or not hydrocarbons can flow

11:56:01 15     through permeable cement.  Dr. Strickland did calculations in

11:56:05 16     rebuttal to that.

11:56:06 17              Our concern, Your Honor, you know, candidly, is

11:56:09 18     that while Mr. Sabins has been stricken as an expert in this

11:56:12 19     case, if they do call another expert that picks up the torch of

11:56:16 20     this theory and tries to carry it, such as Mr. Crook, then the

11:56:18 21     rebuttal, the substance of the rebuttal stands.

11:56:21 22          THE COURT:  Well, let's find out.

11:56:22 23              Is BP intending to call Mr. Crook to testify as

11:56:26 24     to that?

11:56:27 25          MR. REGAN:  I don't think it's in Mr. Crook's report.

**OFFICIAL TRANSCRIPT**

1  So if Mr. Crook testifies, it will be consistent with what's in

2  his report.

3          MR. HILL:  Your Honor, we would like to reserve the

4  right to actually offer that opinion in rebuttal if that expert

5  or any expert actually testifies on this issue.

6          THE COURT:  Okay, we'll reserve ruling on that.

7                  But for now, we're only going to look at the

8  original report, okay.

9          MR. HILL:  Understood, Your Honor.

10  BY MR. HILL:

11  Q.    Before we get into the substance of your opinions,

12  Dr. Strickland, let's talk a little bit about the basic

13  concepts, because this is an area that I found confusing.  I

14  imagine a lot of people will.

15              Can you explain what a wireline tool is?

16  A.    Yes.  A wireline tool is after the drilling has been

17  completed and total depth has been reached, the bit and the

18  drill collars and the drill pipe are all pulled out of the

19  hole.  Then instruments are lowered into the hole on a

20  wireline, hence, the term "wireline," and those instruments

21  record various properties of the formations.

22              As those instruments pass by the formations, they

23  record conductivity, converting to resistivity.  They record

24  the natural gamma ray, the density.  A wide number of

25  recordings are made.  We call those the -- sometimes they're

**OFFICIAL TRANSCRIPT**

11:57:53  1   called open hole logs or just the well logs.

11:57:58  2   Q.   Okay.  In relation, so we can kind of put a time line

11:58:02  3   together for it, let's talk about when the wireline operations

11:58:04  4   are conducted in relationship to drilling the hole and putting

11:58:10  5   production casing in the hole.  Okay?

11:58:12  6   A.   Well, the first -- first set of logs are actually obtained

11:58:15  7   during the drilling process.

11:58:17  8   Q.   What are those logs called?

11:58:19  9   A.   LWD logs, logging while drilling.  Or MWD, measurement

11:58:26 10   while drilling.

11:58:28 11        So that happens as the drill pipe -- as the bit

11:58:32 12   passes formations, and those readings are made from instruments

11:58:35 13   contained in the drill string.

11:58:40 14        I'm sorry, I've lost your question now.

11:58:41 15   Q.   So we've got logging while drilling, actually while the

11:58:44 16   bit is drilling through formations.

11:58:46 17   A.   Yes.

11:58:46 18   Q.   We've reached total depth.

11:58:46 19   A.   Yes.

11:58:48 20   Q.   You've got an open hole, correct?

11:58:49 21   A.   Correct.

11:58:49 22   Q.   At what point is wireline logging done?

11:58:51 23   A.   Right after the -- when the open hole is completed, you've

11:58:56 24   reached total depth, pull out the drill string out, the bits

11:59:00 25   out, collars out, and then you log.

**OFFICIAL TRANSCRIPT**

1    In this instance, they made six or seven trips in

2  with wireline logs to make measurements, take core samples,

3  take fluid samples.

4  Q.   When does that happen in relation to when the casing is

5  actually run and then cemented?

6  A.   That happens -- the casing is run after all of this is

7  completed.  It takes a number of days to run all those logs.

8  After that, then we lower the production casing.

9  Q.   Now, you talked about the measurements that are taken by

10  these wireline tools.

11  A.   Yes.

12  Q.   So let's talk about a couple of those that the Court's

13  going to hear about.

14    THE COURT:  If you are moving into something that's

15  going to take a few minutes, let's just break for lunch, okay.

16    MR. HILL:  That's fine with me, Your Honor.

17    THE COURT:  Obviously, we're not going to finish the

18  witness before lunch.

19    MR. HILL:  No problem.

20    THE COURT:  We'll recess now until 1:15.

21    THE DEPUTY CLERK:  All rise.

22    (WHEREUPON, at 11:59 a.m., the Court was in luncheon

23  recess.)

24    *   *   *

25

**OFFICIAL TRANSCRIPT**

1                              REPORTER'S CERTIFICATE

2

3            I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                              _s/Cathy Pepper_____

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

'

**'07** [1] - 6290:16

**0**

**002** [1] - 6316:19
**003** [1] - 6317:21
**0037** [1] - 6358:23
**004** [1] - 6318:1
**0043** [1] - 6358:23
**005** [1] - 6319:6
**00713-007** [1] - 6324:4
**00713-013** [1] - 6326:20
**019** [1] - 6309:17
**029** [1] - 6309:9
**037** [1] - 6310:17
**043** [1] - 6310:17
**0730** [1] - 6311:4
**08** [2] - 6336:24, 6337:10
**09** [4] - 6336:25, 6337:10, 6337:11, 6388:15

**1**

**10,000** [2] - 6301:23, 6302:16
**10-MD-2179** [1] - 6273:8
**10.29** [2] - 6319:24, 6319:25
**100** [3] - 6326:14, 6326:25, 6402:2
**1000** [1] - 6278:19
**1001** [1] - 6278:11
**101** [1] - 6275:4
**10K** [4] - 6301:22, 6302:7, 6302:14
**110** [1] - 6307:16
**1100** [2] - 6278:7, 6293:15
**1110** [1] - 6278:23
**11214** [1] - 6402:7
**11:59** [1] - 6426:22
**12** [7] - 6326:20, 6335:23, 6335:25, 6360:8, 6362:15, 6363:11, 6363:24
**120** [3] - 6301:1, 6349:25, 6350:4
**1201** [2] - 6277:20, 6279:16
**1221** [1] - 6279:10
**126** [5] - 6349:23, 6350:6, 6350:24,

6351:3, 6351:4
**13** [2] - 6301:18, 6378:10
**1308** [1] - 6275:7
**1331** [1] - 6279:20
**1340** [2] - 6301:19, 6301:20
**135** [1] - 6379:12
**1390** [1] - 6301:18
**14** [1] - 6363:15
**14.15** [1] - 6422:12
**14.5** [1] - 6362:21
**14271** [1] - 6276:13
**15** [6] - 6313:12, 6313:20, 6315:2, 6335:20, 6380:16, 6380:23
**15-minute** [1] - 6348:25
**150** [1] - 6293:16
**1590** [1] - 6363:15
**16** [3] - 6336:14, 6366:12, 6380:18
**1601** [1] - 6274:11
**1621** [3] - 6304:22, 6305:1, 6344:13
**165** [2] - 6349:20, 6349:25
**1665** [1] - 6279:20
**16th** [15] - 6291:18, 6291:20, 6296:5, 6355:15, 6365:7, 6365:16, 6365:22, 6366:16, 6371:1, 6380:14, 6380:17, 6380:21, 6381:18, 6382:13, 6382:15
**17** [1] - 6381:23
**17,467** [1] - 6421:7
**17,804** [1] - 6421:24
**1700** [1] - 6279:16
**17467** [1] - 6421:20
**17th** [4] - 6292:19, 6317:2, 6382:9, 6393:6
**18** [4] - 6319:13, 6319:20, 6356:15
**18,218** [1] - 6301:21
**1800** [1] - 6300:2
**1885** [1] - 6277:6
**18th** [7] - 6316:11, 6317:2, 6362:6, 6384:11, 6385:19, 6386:2, 6387:20
**19** [1] - 6273:20
**1928** [2] - 6308:16, 6308:20
**1976** [1] - 6410:21
**19th** [5] - 6296:7, 6376:3, 6383:22,

6395:9, 6395:10
**1:00** [1] - 6312:19
**1:15** [1] - 6426:20

**2**

**2** [5] - 6293:9, 6322:18, 6414:4, 6415:9, 6415:11
**20** [5] - 6273:6, 6284:3, 6284:4, 6382:24
**20004** [1] - 6277:21
**2003** [1] - 6408:24
**2004** [1] - 6416:1
**20044** [3] - 6276:7, 6276:13, 6276:19
**2010** [9] - 6273:6, 6289:18, 6290:15, 6344:4, 6355:14, 6356:15, 6356:16, 6366:12, 6381:23
**2013** [2] - 6273:9, 6282:2
**20th** [14] - 6312:10, 6312:20, 6321:7, 6324:8, 6324:9, 6335:16, 6346:8, 6347:6, 6348:12, 6371:1, 6376:3, 6382:16, 6388:21, 6395:10
**21** [6] - 6313:8, 6313:10, 6314:22, 6382:25, 6415:13, 6415:16
**210** [1] - 6379:12
**21st** [5] - 6321:8, 6344:4, 6382:7, 6383:10, 6402:21
**2211** [1] - 6278:23
**2216** [1] - 6275:18
**22ND** [1] - 6274:19
**23451** [1] - 6274:19
**239** [1] - 6408:24
**24** [13] - 6335:1, 6335:16, 6336:16, 6336:19, 6360:8, 6362:23, 6362:25, 6363:13, 6363:18, 6363:21, 6363:24, 6364:2, 6370:8
**24-hour** [2] - 6384:3, 6386:23
**25** [1] - 6335:20
**25-barrel** [1] - 6378:7
**250.421** [1] - 6418:10
**25th** [1] - 6354:10
**2615** [1] - 6274:15

**27** [2] - 6273:9, 6282:2
**28** [5] - 6349:11, 6349:15, 6351:6, 6351:16, 6351:22
**288** [1] - 6408:24
**29** [1] - 6309:7
**290** [2] - 6335:19, 6335:21
**291** [2] - 6335:20, 6335:21
**2:10-CV-02771** [1] - 6273:12
**2:10-CV-4536** [1] - 6273:14

**3**

**3** [1] - 6415:12
**3.1** [1] - 6356:2
**3/20/2013** [1] - 6282:17
**3/21/2013** [1] - 6282:17
**3/26/2013** [1] - 6283:3
**30** [1] - 6418:10
**300** [2] - 6277:25, 6412:19
**303** [1] - 6292:9
**3142** [2] - 6344:19, 6345:15
**3150** [1] - 6390:15
**34** [1] - 6335:9
**3500** [1] - 6344:18
**355** [1] - 6278:15
**35TH** [1] - 6278:15
**36130** [1] - 6276:24
**36604** [1] - 6274:12
**3668** [1] - 6274:4
**37** [1] - 6317:19
**3700** [2] - 6278:7, 6278:11

**4**

**4.2** [1] - 6384:17
**4/16** [1] - 6296:17
**4/18** [1] - 6300:20
**4/19** [1] - 6301:14
**400** [1] - 6412:19
**402** [1] - 6274:19
**4310** [1] - 6275:14
**434** [2] - 6319:11, 6319:17
**434's** [1] - 6319:18
**435** [1] - 6275:4
**45** [1] - 6359:1
**450** [1] - 6275:23
**4500** [1] - 6279:10

**4514** [1] - 6283:21
**4649** [1] - 6400:14
**467** [2] - 6316:4, 6316:15
**48** [5] - 6360:9, 6363:4, 6363:15, 6363:19, 6363:21

**5**

**5** [2] - 6287:3, 6402:6
**5,000** [1] - 6309:4
**500** [8] - 6274:4, 6276:23, 6280:4, 6311:7, 6311:19, 6359:13, 6419:9
**5000** [1] - 6277:17
**50335.7.1** [1] - 6356:13
**50335.8.1** [1] - 6356:18
**504** [1] - 6280:5
**51133** [1] - 6283:20
**515** [1] - 6296:12
**516** [1] - 6299:9
**517** [1] - 6299:21
**518** [1] - 6300:19
**520** [2] - 6301:13, 6303:4
**521** [1] - 6303:6
**522** [1] - 6304:11
**523** [1] - 6307:5
**526** [1] - 6309:5
**527** [1] - 6311:1
**5395** [1] - 6275:23
**5434** [1] - 6408:12
**546** [1] - 6279:4
**556** [1] - 6274:4
**5823.31.1** [1] - 6372:24
**5823.41** [1] - 6373:10
**589-7779** [1] - 6280:5
**5th** [1] - 6408:24

**6**

**6** [3] - 6300:2, 6324:2, 6350:5
**600** [2] - 6274:19, 6274:22, 6278:19
**601** [1] - 6274:15
**60654** [1] - 6277:25
**618** [1] - 6275:11
**6284** [1] - 6281:20
**6288** [1] - 6281:4
**6289** [1] - 6281:5
**6330** [1] - 6281:6
**6341** [1] - 6281:7

**6354** [1] - 6281:8
**6364** [1] - 6281:9
**6403** [1] - 6281:10
**6409** [1] - 6281:11
**6410** [1] - 6281:12
**6418** [1] - 6281:13
**6422** [1] - 6281:22
**646** [2] - 6321:23, 6322:12

---

**7**

**7** [4] - 6317:19, 6325:12, 6327:25, 6415:22
**70** [1] - 6413:24
**701** [2] - 6277:11, 6277:16
**70113** [1] - 6274:8
**70130** [6] - 6274:16, 6274:23, 6275:18, 6277:11, 6279:5, 6280:5
**70139** [1] - 6277:17
**70163** [1] - 6278:7
**70360** [1] - 6275:4
**70458** [1] - 6275:8
**70502** [2] - 6274:5, 6278:20
**708** [3] - 6365:25, 6401:22, 6402:6
**70801** [1] - 6275:11
**70804** [1] - 6277:7
**713** [1] - 6366:2
**713-008** [1] - 6327:25
**713.1.2.US** [1] - 6343:24
**717.1.5** [1] - 6387:3
**718.6.1.US** [1] - 6343:2
**739.18** [1] - 6319:21
**75** [1] - 6413:24
**75270** [1] - 6279:17
**7611** [1] - 6276:7
**77002** [1] - 6278:11
**77006** [1] - 6275:15
**77010** [2] - 6279:10, 6279:20
**77098** [1] - 6278:23
**7:00** [3] - 6299:16, 6382:1
**7:30** [1] - 6312:9
**7:37** [1] - 6317:18
**7TH** [1] - 6275:23

---

**8**

**8** [2] - 6296:19, 6359:1

---

**8015** [1] - 6419:18
**820** [1] - 6274:8
**8:00** [2] - 6273:9, 6291:18

---

**9**

**9** [2] - 6301:1, 6301:2
**90-degree** [1] - 6379:10
**90071** [1] - 6278:16
**94005** [1] - 6277:7
**94102** [1] - 6275:24
**95** [1] - 6379:10
**9:15** [5] - 6311:7, 6311:19, 6358:5, 6358:21, 6358:25
**9:45** [1] - 6349:3
**9TH** [1] - 6274:22

---

**A**

**A&M** [1] - 6410:16
**A.M** [1] - 6273:9
**a.m** [9] - 6291:18, 6296:19, 6299:16, 6311:7, 6349:3, 6358:5, 6382:1, 6426:22
**abandon** [2] - 6355:22, 6356:4
**abbreviated** [2] - 6296:22, 6298:7
**abbreviation** [2] - 6299:14, 6300:9
**ABET** [6] - 6414:16, 6414:17, 6414:18, 6414:24, 6414:25, 6415:5
**ABEY** [1] - 6376:12
**Abey** [3] - 6292:25, 6376:8, 6376:11
**ability** [1] - 6427:8
**able** [11] - 6284:20, 6286:5, 6305:2, 6305:11, 6320:1, 6329:20, 6389:20, 6390:14, 6392:5, 6392:6, 6422:15
**abnormal** [2] - 6400:8, 6401:14
**aboard** [1] - 6345:18
**above-entitled** [1] - 6427:9
**above-mentioned** [6] - 6282:24, 6283:9, 6285:13, 6286:1, 6286:15, 6352:20
**ABRAMSON** [1] -

---

6274:14
**access** [1] - 6353:13
**according** [2] - 6336:19, 6393:10
**Account** [1] - 6320:23
**account** [3] - 6371:4, 6381:5, 6409:6
**accredit** [1] - 6415:6
**Accreditation** [2] - 6414:22, 6415:2
**accredited** [1] - 6415:3
**accrediting** [1] - 6414:18
**accredits** [1] - 6414:19
**accurate** [2] - 6415:19, 6422:7
**accurately** [1] - 6338:5, 6414:6, 6416:4
**achieve** [8] - 6295:11, 6295:12, 6296:2, 6328:15, 6357:20, 6357:22, 6404:6, 6404:7
**acquainted** [1] - 6366:19
**ACTION** [1] - 6273:8
**activities** [2] - 6306:25, 6370:7
**activity** [1] - 6376:2
**actual** [20] - 6290:16, 6298:14, 6300:15, 6302:24, 6304:3, 6304:14, 6308:9, 6317:25, 6333:19, 6340:14, 6347:8, 6360:21, 6361:25, 6375:24, 6377:7, 6390:3, 6400:22, 6401:2, 6405:16
**add** [2] - 6341:16, 6383:4
**added** [5] - 6340:13, 6341:11, 6367:15, 6382:6, 6416:6
**adding** [1] - 6383:8
**addition** [3] - 6321:10, 6350:15, 6402:12
**additional** [5] - 6301:2, 6302:16, 6313:12, 6313:20, 6314:25, 6315:1, 6315:2, 6351:8, 6351:9, 6363:19, 6366:10, 6380:16, 6380:23, 6382:10, 6416:6
**additions** [1] - 6366:7

---

**additives** [1] - 6378:1
**address** [6] - 6286:24, 6337:6, 6350:17, 6408:10, 6409:16
**Addressing** [1] - 6379:19
**adequate** [2] - 6333:3, 6367:25
**administrative** [1] - 6416:15
**admission** [2] - 6421:2, 6422:22
**admit** [4] - 6350:23, 6350:24, 6351:2, 6352:17
**admitted** [24] - 6282:15, 6282:19, 6282:23, 6282:25, 6283:2, 6283:7, 6283:8, 6283:10, 6283:24, 6284:12, 6284:14, 6285:12, 6285:14, 6285:25, 6286:2, 6286:14, 6286:16, 6349:17, 6350:13, 6350:25, 6352:2, 6352:21, 6422:24, 6422:25
**ADMITTED............** [1] - 6281:21
**ADMITTED.............** [1] - 6281:22
**admitting** [1] - 6350:22
**admonition** [2] - 6283:12, 6284:10
**advance** [1] - 6350:12
**advantages** [3] - 6374:8, 6374:21, 6375:15
**affect** [2] - 6408:20, 6408:22
**affected** [2] - 6365:10, 6408:19
**affiliations** [2] - 6414:5, 6414:7
**afternoon** [6] - 6347:5, 6348:11, 6349:10, 6353:21, 6354:17, 6395:9
**afterwards** [1] - 6341:4
**agencies** [2] - 6412:10, 6412:13
**agency** [2] - 6414:19, 6416:9
**ago** [4] - 6364:21, 6385:20, 6390:6, 6403:14
**agree** [17] - 6334:12,

---

6357:10, 6357:14, 6357:19, 6357:21, 6357:22, 6357:24, 6358:17, 6362:15, 6363:23, 6374:1, 6374:25, 6388:5, 6388:21, 6389:3, 6389:5, 6399:18
**agreed** [4] - 6389:14, 6389:17, 6389:19, 6390:8
**agreement** [3] - 6389:19, 6389:23, 6390:21
**ahead** [6] - 6314:18, 6320:17, 6330:13, 6352:17, 6408:8, 6423:9
**aid** [1] - 6375:1
**aided** [1] - 6290:10
**air** [1] - 6358:8
**AL** [4] - 6273:13, 6273:16, 6274:12, 6276:24
**Alabama** [2] - 6348:18, 6348:19
**ALABAMA** [2] - 6276:21
**alert** [1] - 6341:12
**Alex** [1] - 6352:5
**ALEX** [1] - 6279:9
**ALLAN** [1] - 6277:10
**allow** [8] - 6287:1, 6287:16, 6287:18, 6295:13, 6295:20, 6296:1, 6360:17, 6368:9
**allows** [1] - 6295:4
**almost** [2] - 6346:4, 6362:6
**ambient** [1] - 6379:7
**Ambrose** [7] - 6284:17, 6285:1, 6285:9, 6285:20, 6286:9, 6353:15, 6353:18
**amend** [1] - 6366:25
**amended** [2] - 6383:9, 6402:21
**AMERICA** [3] - 6273:15, 6275:21, 6277:14
**AMERICAN** [1] - 6274:15
**amount** [8] - 6317:5, 6323:16, 6348:8, 6358:9, 6358:13, 6360:5, 6386:5, 6393:2
**Anadarko** [1] - 6412:8

**analogy** [2] - 6294:24, 6294:25
**analysis** [10] - 6333:14, 6372:4, 6411:16, 6416:25, 6417:5, 6417:20, 6420:6, 6420:9, 6420:21, 6421:21
**analyze** [1] - 6338:8
**analyzer** [1] - 6360:12
**AND** [3] - 6273:12, 6278:4, 6281:21
**Anderson** [5] - 6292:24, 6298:6, 6376:20, 6376:23, 6377:9
**ANDREW** [1] - 6277:23
**ANGELES** [1] - 6278:16
**annular** [3] - 6372:15, 6372:16, 6419:8
**annulus** [13] - 6294:17, 6294:19, 6295:5, 6295:9, 6295:21, 6295:25, 6296:9, 6296:11, 6310:21, 6323:11, 6323:13, 6328:22, 6400:18
**ANSWER** [7] - 6335:25, 6336:4, 6336:6, 6336:9, 6336:13, 6336:17, 6336:20
**answer** [3] - 6301:12, 6374:4, 6400:3
**answered** [1] - 6329:22
**ANTHONY** [1] - 6275:17
**Anthony** [4] - 6285:17, 6315:13, 6353:24, 6376:5
**Anthony's** [1] - 6376:15
**anyway** [1] - 6362:11
**apologize** [5] - 6363:9, 6366:2, 6379:18, 6385:24, 6401:20
**apparent** [1] - 6418:9
**APPEARANCES** [7] - 6274:1, 6275:1, 6276:1, 6277:1, 6278:1, 6279:1, 6280:1
**appeared** [3] - 6353:6, 6363:24, 6364:1
**appearing** [1] - 6314:6

**apply** [1] - 6379:13
**appropriate** [6] - 6337:20, 6373:12, 6393:2, 6396:6, 6398:10, 6401:10
**April** [34] - 6289:18, 6290:14, 6291:20, 6296:6, 6316:11, 6335:16, 6344:4, 6347:6, 6348:12, 6355:14, 6356:15, 6362:6, 6365:7, 6365:16, 6365:22, 6366:12, 6366:16, 6380:14, 6381:18, 6381:23, 6382:7, 6382:9, 6382:13, 6382:15, 6382:16, 6382:24, 6382:25, 6383:10, 6384:11, 6385:19, 6386:2, 6388:21, 6402:21
**APRIL** [1] - 6273:6
**arbitrations** [1] - 6416:16
**area** [4] - 6375:3, 6377:25, 6413:14, 6424:13
**areas** [1] - 6412:20
**arrangement** [1] - 6338:9
**arrangements** [1] - 6386:6
**ARRELL** [1] - 6278:22
**arrive** [2] - 6296:17, 6397:18
**arrived** [10] - 6291:17, 6291:18, 6296:18, 6355:15, 6355:16, 6365:7, 6365:17, 6366:12, 6380:14, 6380:17
**articles** [2] - 6415:13, 6415:14
**ASBILL** [1] - 6278:9
**aspect** [1] - 6385:21
**assembly** [1] - 6300:4
**assessing** [1] - 6392:12
**assessment** [2] - 6332:16, 6332:20
**ASSET** [1] - 6273:13
**assist** [2] - 6368:23, 6417:19
**assisting** [1] - 6369:1
**associated** [1] - 6414:15
**association** [1] - 6422:8
**assume** [1] - 6406:10

**assumed** [1] - 6319:3
**assumes** [1] - 6391:23
**assuming** [5] - 6307:12, 6309:12, 6323:12, 6323:14, 6323:16
**assumption** [4] - 6363:8, 6388:4, 6389:20, 6393:4
**assured** [1] - 6287:12
**asterisk** [2] - 6301:8, 6301:10
**attached** [5] - 6319:8, 6361:22, 6384:1, 6387:14, 6402:3
**attachment** [2] - 6344:8, 6344:9
**attempt** [4] - 6309:2, 6343:18, 6344:16, 6390:14
**attempted** [1] - 6306:13
**attempting** [4] - 6303:16, 6303:18, 6309:1, 6404:7
**attempts** [6] - 6303:18, 6304:6, 6343:15, 6390:12, 6392:16, 6392:18
**attend** [2] - 6370:1, 6370:4
**attended** [3] - 6346:6, 6381:23, 6381:24
**attendees** [1] - 6370:10
**attention** [1] - 6351:20
**ATTORNEY** [4] - 6276:21, 6276:22, 6277:4, 6277:6
**AUDIO/VIDEO** [1] - 6322:16
**authored** [1] - 6415:16
**AVENUE** [5] - 6274:8, 6275:23, 6276:23, 6277:20, 6278:15
**aware** [17] - 6314:2, 6331:10, 6331:12, 6334:22, 6339:9, 6347:2, 6347:11, 6365:16, 6365:18, 6365:20, 6365:23, 6380:18, 6383:16, 6385:6, 6388:7, 6388:20

**B**

**bachelor** [1] - 6410:15
**background** [3] -

6290:8, 6333:20, 6365:6
**bag** [1] - 6312:14
**Barbier** [2] - 6342:5, 6419:19
**BARBIER** [1] - 6273:22
**barrel** [1] - 6293:15
**barrels** [15] - 6293:15, 6293:16, 6295:3, 6301:1, 6301:2, 6307:16, 6324:16, 6324:17, 6324:25, 6347:10, 6392:25, 6393:2, 6393:6
**base** [2] - 6336:9, 6338:10
**based** [5] - 6293:22, 6314:24, 6323:3, 6323:7, 6328:12, 6330:3, 6335:13, 6338:11, 6338:13, 6339:24, 6364:21, 6364:24, 6395:13, 6407:7, 6421:21
**basic** [1] - 6424:12
**basis** [4] - 6367:20, 6368:17, 6390:23, 6392:11
**batch** [1] - 6350:11
**Bates** [5] - 6292:8, 6307:22, 6308:7, 6319:11, 6402:7
**BATON** [2] - 6275:11, 6277:7
**battery** [1] - 6337:11
**BEACH** [1] - 6274:19
**bearing** [9] - 6405:14, 6406:1, 6412:2, 6417:12, 6419:10, 6419:23, 6421:5, 6421:22, 6422:16
**became** [1] - 6380:18
**BECK** [3] - 6279:7, 6279:7, 6403:8
**bed** [2] - 6345:2, 6345:4
**BEFORE** [1] - 6273:22
**begin** [1] - 6404:7
**beginning** [2] - 6415:9, 6415:11
**begins** [2] - 6296:10, 6395:22
**behalf** [5] - 6285:7, 6354:25, 6369:4, 6408:4, 6417:18
**behaving** [1] - 6395:3
**behind** [1] - 6396:16
**below** [3] - 6296:20, 6338:17, 6346:21

**BEN** [1] - 6276:18
**beneath** [1] - 6413:5
**benefit** [2] - 6294:10, 6297:15
**ber** [1] - 6342:6
**BER** [1] - 6342:7
**ber-GUN-dee** [1] - 6342:6
**BER-gun-dee** [1] - 6342:7
**best** [11] - 6292:1, 6294:2, 6295:7, 6355:12, 6370:4, 6389:22, 6390:5, 6406:12, 6406:15, 6427:8
**better** [4] - 6288:22, 6295:11, 6308:3, 6387:5
**between** [9] - 6310:17, 6358:23, 6359:5, 6363:18, 6363:21, 6371:1, 6394:17, 6400:3, 6412:25
**beyond** [1] - 6351:3
**big** [1] - 6373:19
**bigger** [2] - 6315:12, 6387:4
**Bill** [1] - 6286:9
**bit** [17] - 6301:10, 6313:25, 6318:2, 6365:24, 6371:10, 6379:11, 6400:16, 6403:17, 6404:14, 6405:2, 6405:17, 6405:18, 6406:18, 6424:12, 6424:17, 6425:11, 6425:16
**bits** [1] - 6425:24
**black** [1] - 6353:8
**bled** [7] - 6324:15, 6324:17, 6324:20, 6328:5, 6347:8, 6347:10, 6347:24
**bleed** [5] - 6347:15, 6347:21, 6348:10, 6392:25, 6393:2
**blew** [1] - 6345:25
**blow** [5] - 6304:12, 6306:5, 6315:12, 6317:13, 6324:2
**blowing** [3] - 6308:18, 6345:21, 6358:8
**blown** [4] - 6305:16, 6340:18, 6341:18, 6407:17
**blowout** [6] - 6321:11, 6321:12, 6340:6, 6408:16, 6420:10
**blue** [1] - 6380:13

**board** [4] - 6330:23, 6376:4, 6414:18, 6415:5
**Bob** [11] - 6292:23, 6293:18, 6294:4, 6294:9, 6297:18, 6303:23, 6305:13, 6345:1, 6390:1, 6393:5, 6393:10
**bodies** [1] - 6416:15
**bond** [1] - 6323:22
**book** [20] - 6291:22, 6291:24, 6291:25, 6296:14, 6296:15, 6296:16, 6299:22, 6299:25, 6304:14, 6308:13, 6310:16, 6321:14, 6322:4, 6324:13, 6340:9, 6342:21, 6342:23, 6358:1, 6381:20, 6382:1
**BOP** [1] - 6352:7
**born** [1] - 6290:19
**bottom** [29] - 6296:22, 6302:2, 6309:9, 6309:12, 6309:13, 6323:12, 6324:10, 6326:17, 6328:21, 6335:8, 6338:13, 6374:21, 6395:23, 6396:13, 6396:16, 6396:18, 6397:4, 6397:5, 6397:7, 6397:17, 6398:20, 6398:21, 6399:7, 6399:12, 6399:19, 6407:4, 6407:6, 6415:9, 6415:11
**bottoms** [13] - 6293:21, 6293:25, 6294:3, 6295:3, 6296:4, 6296:5, 6365:12, 6365:14, 6365:17, 6365:21, 6387:22, 6403:20, 6406:16
**bottoms-up** [11] - 6293:21, 6293:25, 6294:3, 6295:3, 6296:4, 6296:5, 6365:12, 6365:14, 6365:17, 6365:21, 6387:22
**BOULEVARD** [1] - 6275:14
**BOUNDS** [1] - 6274:10
**BOWMAN** [45] - 6287:24, 6288:2,

6288:18, 6288:21, 6288:25, 6289:6, 6302:11, 6302:13, 6303:1, 6304:16, 6304:19, 6304:21, 6307:24, 6308:5, 6308:9, 6308:10, 6314:11, 6314:17, 6314:20, 6315:3, 6319:13, 6319:15, 6322:8, 6322:13, 6322:15, 6322:17, 6324:4, 6324:5, 6329:8, 6329:13, 6329:17, 6330:6, 6330:9, 6335:2, 6357:15, 6371:18, 6374:3, 6387:25, 6392:21, 6398:3, 6400:21, 6401:4, 6403:10, 6403:13, 6407:22
**Bowman** [3] - 6288:2, 6288:16, 6307:21
**BOWMAN..................**
..[1] - 6281:10
**BOWMAN..................**
..[1] - 6281:5
**box** [1] - 6353:8
**BOX** [4] - 6274:4, 6276:7, 6276:13, 6277:7
**BP** [49] - 6273:15, 6277:13, 6277:14, 6277:15, 6285:7, 6292:22, 6292:23, 6293:18, 6299:4, 6311:15, 6313:16, 6314:2, 6337:19, 6344:24, 6345:11, 6345:17, 6347:1, 6350:10, 6351:7, 6351:17, 6362:1, 6364:14, 6364:17, 6365:9, 6368:15, 6368:18, 6369:23, 6370:10, 6371:7, 6380:22, 6381:18, 6382:13, 6382:15, 6383:1, 6384:2, 6385:16, 6386:15, 6390:20, 6392:20, 6402:10, 6406:18, 6408:4, 6412:7, 6420:11, 6420:14, 6420:19, 6421:21, 6422:15, 6423:23
**BP's** [3] - 6382:10, 6382:17, 6421:23
**BRAD** [1] - 6278:14

**Brad** [1] - 6282:13
**BRANCH** [3] - 6275:22, 6276:10, 6276:16
**brand** [2] - 6351:6, 6417:6
**brand-new** [2] - 6351:6, 6417:6
**break** [3] - 6286:5, 6287:18, 6426:15
**Breit** [1] - 6330:14
**BREIT** [9] - 6274:18, 6274:18, 6330:11, 6330:14, 6330:17, 6335:4, 6337:8, 6337:25, 6341:22
**BREIT..................**
[1] - 6281:9
**BRENNAN** [1] - 6278:9
**Brett** [2] - 6315:14, 6315:15
**Brian** [19] - 6282:13, 6292:23, 6299:4, 6299:5, 6307:12, 6311:15, 6313:5, 6313:17, 6317:4, 6334:17, 6334:20, 6334:21, 6345:18, 6380:21, 6384:2, 6386:19, 6386:21, 6390:2
**BRIAN** [49] - 6278:14, 6282:12, 6282:22, 6283:1, 6283:11, 6284:1, 6284:8, 6284:15, 6285:22, 6349:6, 6350:17, 6351:19, 6351:25, 6352:22, 6353:14
**brief** [2] - 6346:9, 6421:3
**briefed** [1] - 6286:20
**briefing** [1] - 6355:16
**briefly** [6] - 6287:6, 6390:2, 6406:5, 6407:12, 6410:25, 6414:23
**bring** [4] - 6408:6, 6410:22, 6419:3, 6419:18
**bringing** [2] - 6351:19, 6353:8
**Brock** [1] - 6364:17
**BROCK** [37] - 6277:20, 6286:18, 6286:20, 6287:3, 6287:5, 6302:6, 6314:5, 6314:14, 6314:23, 6319:12,

6319:14, 6322:11, 6322:14, 6324:3, 6329:5, 6329:11, 6337:4, 6337:22, 6364:16, 6371:24, 6374:7, 6374:10, 6374:12, 6374:15, 6376:14, 6379:19, 6379:22, 6388:9, 6391:25, 6392:23, 6398:17, 6400:25, 6401:5, 6401:20, 6401:21, 6403:5, 6407:19
**BROCK..................**
..[1] - 6281:9
**broke** [2] - 6309:3, 6344:19
**brought** [6] - 6287:8, 6294:1, 6297:1, 6332:22, 6339:19, 6418:8
**Bruce** [1] - 6288:2
**BTTM** [1] - 6296:22
**Buddy** [1] - 6282:18
**BUILDING** [1] - 6274:15
**building** [1] - 6377:13
**built** [2] - 6295:5, 6347:22
**bump** [5] - 6310:8, 6310:9, 6397:5, 6397:6, 6399:9
**Bump** [1] - 6309:9
**bumped** [8] - 6301:25, 6324:10, 6324:11, 6326:17, 6326:18, 6400:17, 6402:3, 6402:15
**bumping** [7] - 6308:24, 6347:22, 6347:23, 6393:17, 6397:9, 6399:19, 6399:22
**bumps** [6] - 6302:6, 6324:18, 6396:14, 6396:19, 6397:4, 6397:7
**bundled** [1] - 6351:12
**bundles** [10] - 6349:11, 6349:16, 6349:19, 6349:20, 6350:11, 6350:22, 6351:3, 6352:12, 6353:4
**bundling** [1] - 6284:9
**BURLING** [1] - 6277:19
**business** [2] - 6395:15, 6411:6

**but..** [1] - 6398:16
**BY** [79] - 6273:5, 6274:3, 6274:7, 6274:11, 6274:14, 6274:18, 6274:22, 6275:3, 6275:7, 6275:10, 6275:14, 6275:17, 6275:22, 6276:4, 6276:10, 6276:17, 6276:22, 6277:5, 6277:10, 6277:15, 6277:20, 6277:23, 6278:6, 6278:10, 6278:14, 6278:18, 6278:22, 6279:4, 6279:7, 6279:14, 6279:19, 6280:7, 6280:8, 6281:5, 6281:6, 6281:7, 6281:8, 6281:9, 6281:10, 6281:12, 6281:13, 6289:6, 6302:13, 6303:1, 6304:21, 6308:10, 6314:20, 6315:3, 6319:15, 6322:17, 6324:5, 6329:8, 6330:6, 6330:17, 6335:4, 6337:8, 6337:25, 6342:1, 6342:12, 6344:1, 6354:24, 6355:6, 6357:18, 6364:16, 6371:24, 6374:15, 6376:14, 6379:22, 6388:9, 6391:25, 6392:23, 6398:17, 6401:5, 6401:21, 6403:13, 6410:10, 6418:4, 6419:17, 6424:10

**C**

**C-H-A-I-S-S-O-N** [1] - 6288:15
**C-U-P-I-T** [1] - 6376:19
**CA** [2] - 6275:24, 6278:16
**calculate** [1] - 6422:2
**calculated** [3] - 6364:21, 6364:24, 6422:8
**calculating** [1] - 6328:17
**calculation** [2] - 6323:17, 6326:19
**calculations** [2] - 6300:24, 6423:15
**CALDWELL** [1] -

6277:5
**calibrations** [1] - 6300:16
**CALLED** [1] - 6282:4
**Cameron** [4] - 6349:13, 6352:3, 6352:6, 6403:7
**CAMERON** [1] - 6279:3
**CAMP** [1] - 6277:11
**candidly** [1] - 6423:17
**cannot** [3] - 6329:25, 6360:15, 6392:1
**cap** [2] - 6338:10, 6398:21
**capability** [3] - 6309:21, 6326:4, 6390:25
**capacity** [1] - 6415:2
**capture** [2] - 6292:2, 6292:3
**capturing** [1] - 6369:9
**career** [1] - 6412:18
**CARL** [1] - 6273:22
**CARONDELET** [2] - 6274:22, 6279:4
**CARRIE** [1] - 6277:24
**carried** [2] - 6287:10, 6287:14
**carry** [1] - 6423:20
**case** [18] - 6285:3, 6296:1, 6313:8, 6320:24, 6323:7, 6324:25, 6334:11, 6349:11, 6351:1, 6379:3, 6380:10, 6392:4, 6408:24, 6416:8, 6419:20, 6420:19, 6421:3, 6423:19
**CASE** [2] - 6273:12, 6273:14
**cases** [7] - 6371:3, 6371:4, 6415:23, 6415:25, 6416:4, 6416:18, 6416:22
**casing** [45] - 6301:21, 6302:1, 6302:3, 6302:6, 6302:14, 6302:17, 6305:16, 6310:21, 6311:6, 6313:10, 6323:13, 6324:20, 6328:21, 6329:2, 6329:3, 6329:25, 6346:12, 6346:14, 6346:15, 6346:16, 6346:20, 6347:4, 6348:14, 6358:5, 6358:8, 6358:17, 6358:25,

6359:4, 6380:16, 6383:21, 6387:17, 6387:23, 6388:18, 6395:23, 6398:15, 6404:5, 6418:15, 6419:6, 6419:9, 6425:5, 6426:4, 6426:6, 6426:8
**catching** [1] - 6354:14
**categories** [2] - 6413:3, 6420:5
**category** [2] - 6327:10, 6395:6
**Cathleenia** [2] - 6309:24, 6325:20
**CATHY** [1] - 6280:3
**Cathy** [2] - 6427:3, 6427:13
**Cathy_Pepper@laed .uscourts.gov** [1] - 6427:15
**cathy_Pepper@laed. uscourts.gov** [1] - 6280:6
**causal** [1] - 6408:16
**caused** [1] - 6338:24
**causing** [1] - 6357:13
**CCR** [2] - 6280:3, 6427:13
**CDL** [1] - 6312:22
**cell** [1] - 6298:19
**cement** [252] - 6289:22, 6291:1, 6292:18, 6292:20, 6293:5, 6294:13, 6294:19, 6295:8, 6295:13, 6295:18, 6295:20, 6295:25, 6296:3, 6296:6, 6300:11, 6300:13, 6300:15, 6301:15, 6303:11, 6303:13, 6306:2, 6306:3, 6306:25, 6307:6, 6307:7, 6307:17, 6308:12, 6308:19, 6308:21, 6309:9, 6309:24, 6310:13, 6310:18, 6310:20, 6311:7, 6312:2, 6312:5, 6313:1, 6314:3, 6317:15, 6317:17, 6318:8, 6318:16, 6320:2, 6320:3, 6320:12, 6320:22, 6322:6, 6322:25, 6323:1, 6323:3, 6323:6, 6323:19, 6323:22, 6323:25, 6325:3,

6325:24, 6326:22, 6326:24, 6328:4, 6328:6, 6328:10, 6328:11, 6328:14, 6328:16, 6328:18, 6328:19, 6328:24, 6329:18, 6331:3, 6331:5, 6331:9, 6331:13, 6331:18, 6332:24, 6333:1, 6333:12, 6333:16, 6333:19, 6333:20, 6333:22, 6334:1, 6334:18, 6334:24, 6334:25, 6335:15, 6336:5, 6337:3, 6338:2, 6338:3, 6338:4, 6338:5, 6338:10, 6338:11, 6338:14, 6338:16, 6339:3, 6339:7, 6340:14, 6346:12, 6346:15, 6346:19, 6346:21, 6346:24, 6347:4, 6347:9, 6347:12, 6347:20, 6348:13, 6357:8, 6357:19, 6357:22, 6358:19, 6358:21, 6358:22, 6359:7, 6359:10, 6359:11, 6359:13, 6359:21, 6359:25, 6360:3, 6360:4, 6360:12, 6360:14, 6360:17, 6360:19, 6360:23, 6361:25, 6362:2, 6362:16, 6362:19, 6364:5, 6364:11, 6365:10, 6367:12, 6367:17, 6367:21, 6368:23, 6368:25, 6369:1, 6369:5, 6369:7, 6369:13, 6371:8, 6371:14, 6371:15, 6372:11, 6373:6, 6373:12, 6373:14, 6374:18, 6375:1, 6375:3, 6375:6, 6375:9, 6375:12, 6375:24, 6376:1, 6376:21, 6377:3, 6377:6, 6377:10, 6377:12, 6377:18, 6377:21, 6377:25, 6378:2, 6378:4, 6378:5, 6378:10, 6378:14, 6379:1, 6379:9, 6379:13, 6379:23, 6380:5, 6380:8,

6383:16, 6383:22, 6384:18, 6384:23, 6384:24, 6385:3, 6385:4, 6386:1, 6386:7, 6387:2, 6388:13, 6388:22, 6391:9, 6391:16, 6392:2, 6392:5, 6393:12, 6393:14, 6393:22, 6393:23, 6393:25, 6394:3, 6394:8, 6394:21, 6395:1, 6395:11, 6395:22, 6396:2, 6396:16, 6397:11, 6397:25, 6398:21, 6399:11, 6399:15, 6399:16, 6399:20, 6400:1, 6400:16, 6400:17, 6401:7, 6401:18, 6403:3, 6404:1, 6404:3, 6404:5, 6404:10, 6404:18, 6405:5, 6405:13, 6405:18, 6405:25, 6406:1, 6406:3, 6406:6, 6406:13, 6406:18, 6406:24, 6407:1, 6407:3, 6407:13, 6417:21, 6419:8, 6423:15
**Cement** [2] - 6374:16, 6402:13
**cemented** [2] - 6375:4, 6426:5
**cementer** [1] - 6377:2
**cementer's** [2] - 6377:14
**cementers** [4] - 6291:12, 6291:13, 6297:25, 6376:4
**cementing** [18] - 6289:13, 6289:21, 6298:14, 6302:4, 6324:23, 6325:1, 6325:9, 6347:25, 6359:19, 6376:5, 6387:11, 6387:17, 6392:9, 6394:11, 6394:13, 6394:18, 6404:4, 6418:15
**CENTER** [1] - 6279:9
**centralization** [2] - 6403:24, 6404:8
**centralizer** [1] - 6380:12
**centralizers** [28] - 6313:2, 6313:7, 6313:8, 6313:10,

6313:12, 6313:20, 6314:13, 6314:22, 6315:1, 6315:2, 6320:8, 6331:24, 6332:5, 6332:10, 6380:16, 6380:23, 6381:3, 6381:19, 6382:11, 6382:16, 6382:18, 6382:22, 6383:2, 6383:14, 6387:22, 6388:12, 6403:18
**CENTRE** [1] - 6278:6
**CERNICH** [1] - 6276:5
**certain** [9] - 6310:3, 6325:8, 6352:8, 6358:9, 6358:13, 6360:5, 6366:20, 6378:12, 6419:6
**certainly** [1] - 6304:5
**CERTIFICATE** [1] - 6427:1
**CERTIFIED** [1] - 6280:3
**Certified** [3] - 6427:3, 6427:4, 6427:13
**certify** [1] - 6427:7
**CFR** [2] - 6418:10
**Chaisson** [16] - 6288:3, 6288:15, 6288:16, 6288:17, 6302:20, 6330:15, 6330:18, 6342:14, 6343:4, 6344:2, 6345:7, 6355:1, 6358:1, 6364:17, 6385:22, 6385:25
**CHAISSON** [1] - 6288:9
**CHAISSON...............
.................** [1] - 6281:4
**CHAKERES** [1] - 6276:6
**challenge** [1] - 6416:19
**chambers** [1] - 6353:9
**chance** [2] - 6354:12, 6409:7
**CHANG** [1] - 6276:5
**change** [2] - 6397:14, 6402:24
**changes** [2] - 6320:24, 6336:24
**changing** [2] - 6337:9, 6337:13, 6337:14
**channel** [1] - 6295:23
**channeling** [8] - 6315:2, 6320:7, 6320:11, 6331:24,

6332:9, 6333:2, 6403:25, 6404:10
**characterization** [1] - 6420:12
**charge** [5] - 6289:22, 6298:12, 6334:5, 6336:25, 6381:5
**chart** [2] - 6318:5, 6399:2
**CHASE** [1] - 6278:19
**chass** [1] - 6355:9
**Chass** [1] - 6355:10
**chass-sonn** [1] - 6355:9
**Chass-Sonn** [1] - 6355:10
**chay** [1] - 6342:7
**chay-son** [1] - 6342:7
**check** [5] - 6324:15, 6324:18, 6392:9, 6392:13, 6392:25
**checking** [1] - 6300:16
**chemicals** [1] - 6291:1
**Chesapeake** [1] - 6412:8
**Chevron** [1] - 6412:7
**CHICAGO** [1] - 6277:25
**chief** [1] - 6349:11
**Chinese** [1] - 6355:7
**Church** [1] - 6289:9
**Cir** [1] - 6408:24
**circle** [2] - 6343:5, 6343:6
**circles** [1] - 6343:12
**circulate** [18] - 6293:15, 6294:5, 6294:15, 6295:10, 6305:2, 6305:3, 6305:11, 6306:3, 6306:14, 6307:9, 6307:16, 6310:21, 6389:20, 6390:12, 6390:14, 6390:25, 6391:20, 6392:1
**circulated** [7] - 6283:14, 6284:16, 6285:8, 6285:21, 6286:9, 6293:9, 6353:18
**circulating** [15] - 6296:23, 6296:25, 6305:10, 6305:12, 6305:14, 6305:22, 6310:25, 6326:16, 6326:17, 6332:5, 6340:23, 6366:11, 6403:24, 6404:9, 6406:16

**circulation** [6] - 6307:7, 6307:8, 6307:10, 6322:23, 6395:6, 6397:2
**circumstances** [1] - 6337:5
**CIVIL** [3] - 6273:8, 6275:22, 6276:10
**civil** [2] - 6290:10, 6290:20
**clarification** [1] - 6353:14
**clarify** [3] - 6393:22, 6415:15, 6421:16
**clean** [2] - 6294:17, 6295:17
**cleaning** [1] - 6296:5
**clear** [6] - 6301:12, 6302:19, 6360:25, 6381:14, 6405:2, 6409:4
**cleared** [1] - 6309:4
**CLERK** [8] - 6282:7, 6288:4, 6288:12, 6349:2, 6349:4, 6349:18, 6410:1, 6426:21
**Clerk** [2] - 6288:11, 6409:25
**client** [1] - 6369:23
**clients** [2] - 6412:4, 6412:6
**CLINGMAN** [1] - 6278:10
**clips** [2] - 6282:17, 6282:20
**close** [4] - 6293:20, 6324:6, 6355:4, 6355:5
**closed** [1] - 6395:3
**closely** [1] - 6354:13
**closer** [2] - 6294:16, 6295:10
**coauthored** [1] - 6415:17
**Cocales** [3] - 6283:23, 6315:14, 6315:15
**collar** [22] - 6303:17, 6303:19, 6304:6, 6304:9, 6309:13, 6310:12, 6343:8, 6343:15, 6343:22, 6344:17, 6346:19, 6346:20, 6346:24, 6347:3, 6347:12, 6348:13, 6389:11, 6391:3, 6392:16, 6397:12, 6397:18, 6399:13
**collars** [2] - 6424:18,

6425:25
**college** [2] - 6410:14, 6415:7
**Colson** [1] - 6420:19
**column** [2] - 6338:13, 6419:7
**combination** [1] - 6292:17
**comfortable** [1] - 6317:5
**coming** [8] - 6302:3, 6302:6, 6302:14, 6329:2, 6366:15, 6380:13, 6392:10, 6395:2
**comment** [4] - 6311:10, 6311:11, 6340:22, 6341:2
**comments** [5] - 6340:24, 6341:14, 6341:15, 6341:16, 6341:20
**COMMERCIAL** [1] - 6276:16
**Commission** [2] - 6414:22, 6415:2
**Committee** [2] - 6330:15, 6414:14
**communicate** [2] - 6325:25, 6383:1
**communicated** [1] - 6368:15
**communication** [1] - 6394:17
**companies** [4] - 6412:6, 6412:8, 6414:2
**company** [10] - 6292:22, 6293:12, 6293:18, 6294:4, 6297:6, 6297:18, 6307:12, 6311:14, 6366:18, 6411:5
**COMPANY** [1] - 6277:15
**compared** [1] - 6326:17
**comparison** [1] - 6327:19
**COMPLAINT** [1] - 6273:12
**complete** [4] - 6283:13, 6320:22, 6321:1, 6337:11
**completed** [7] - 6335:9, 6340:7, 6402:14, 6416:9, 6424:17, 6425:23, 6426:7
**completely** [5] -

6351:10, 6357:13, 6361:9, 6375:7, 6383:15
**complex** [1] - 6417:5
**components** [1] - 6385:2
**compress** [1] - 6360:21
**compressible** [1] - 6360:19
**compression** [2] - 6348:2, 6405:14
**compressive** [23] - 6318:4, 6318:7, 6318:15, 6334:24, 6334:25, 6335:8, 6335:14, 6335:15, 6336:1, 6336:3, 6336:11, 6336:18, 6359:11, 6359:21, 6362:12, 6362:16, 6362:25, 6363:4, 6363:19, 6364:20, 6386:20, 6404:21, 6405:19
**computer** [4] - 6353:4, 6353:6, 6353:10, 6377:14
**COMPUTER** [1] - 6280:8
**concentration** [1] - 6386:8
**concept** [1] - 6398:19
**concepts** [1] - 6424:13
**concern** [10] - 6313:13, 6313:15, 6332:15, 6332:25, 6370:15, 6383:1, 6383:15, 6403:23, 6423:17
**concerned** [10] - 6295:22, 6328:6, 6332:3, 6332:17, 6333:2, 6337:9, 6337:13, 6337:14, 6391:3, 6397:6
**concerning** [2] - 6313:7, 6416:10
**concerns** [18] - 6331:24, 6332:8, 6332:9, 6332:11, 6332:21, 6332:23, 6332:24, 6382:21, 6383:13, 6383:17, 6385:20, 6385:25, 6392:15, 6392:18, 6403:15, 6403:17, 6404:2
**conclude** [1] -

6416:12
**conclusion** [1] - 6325:13
**condition** [1] - 6373:11
**conditioned** [4] - 6378:15, 6378:20, 6379:24, 6406:19
**conditioning** [8] - 6379:1, 6379:23, 6380:4, 6380:7, 6380:9, 6406:11, 6406:23, 6407:9
**conditions** [6] - 6360:21, 6361:9, 6365:4, 6365:8, 6365:19, 6405:12
**conduct** [5] - 6359:13, 6367:12, 6394:15, 6411:11, 6411:22
**conducted** [10] - 6347:7, 6365:21, 6368:18, 6370:24, 6380:5, 6384:12, 6395:16, 6416:25, 6420:21, 6425:4
**conductivity** [1] - 6424:23
**confer** [1] - 6322:9
**conference** [4] - 6349:10, 6351:3, 6351:20, 6352:19
**conferring** [5] - 6284:18, 6284:23, 6286:3
**confirm** [1] - 6372:11
**confirmed** [2] - 6380:22, 6386:8
**confused** [1] - 6349:18
**confusing** [2] - 6342:4, 6424:13
**conjunction** [2] - 6372:3, 6372:4
**connection** [4] - 6285:20, 6352:11, 6354:1, 6354:9
**CONRAD** [1] - 6275:3
**consensus** [1] - 6390:16
**consider** [5] - 6287:17, 6287:19, 6367:3, 6413:11, 6417:23
**consideration** [1] - 6284:19
**considering** [2] - 6384:2, 6386:21
**consistent** [2] - 6308:2, 6424:1

**consultants** [1] - 6411:8
**contacted** [2] - 6339:21, 6339:22
**contain** [2] - 6352:12, 6404:18
**contained** [4] - 6315:10, 6352:15, 6420:24, 6425:13
**contains** [2] - 6283:4, 6387:10
**contaminated** [4] - 6295:14, 6295:18, 6295:20, 6404:18
**contamination** [1] - 6295:22
**contemporaneously** [1] - 6342:22
**context** [2] - 6418:20, 6419:12
**continue** [2] - 6302:17, 6307:2
**CONTINUED** [6] - 6275:1, 6276:1, 6277:1, 6278:1, 6279:1, 6280:1
**continued** [3] - 6305:22, 6312:14, 6415:4
**continues** [1] - 6348:3
**continuing** [1] - 6415:12
**continuous** [1] - 6379:4
**contract** [1] - 6284:3
**contractors'** [1] - 6370:11
**control** [3] - 6291:15, 6320:4, 6406:7
**convenience** [1] - 6397:23
**conversation** [3] - 6313:17, 6340:20, 6381:17
**conversations** [1] - 6340:17
**conversion** [2] - 6305:9, 6389:12
**convert** [11] - 6303:16, 6303:18, 6304:6, 6343:8, 6343:15, 6343:22, 6344:16, 6345:15, 6391:15, 6391:20, 6392:16
**converted** [19] - 6304:24, 6304:25, 6305:2, 6305:11, 6345:5, 6345:8, 6346:5, 6347:1, 6389:14, 6389:18,

6389:21, 6390:9, 6390:17, 6390:21, 6390:24, 6391:13, 6392:1, 6407:13, 6407:14
**converting** [6] - 6290:10, 6304:8, 6340:23, 6390:3, 6390:23, 6424:23
**convey** [2] - 6395:14, 6402:9
**conveyed** [1] - 6368:18
**coordinate** [1] - 6289:16
**coordinator** [1] - 6289:13
**copy** [1] - 6418:10
**core** [1] - 6426:2
**COREY** [1] - 6276:22
**corner** [3] - 6374:21, 6400:18, 6401:7
**CORPORATE** [1] - 6275:4
**CORPORATION** [1] - 6279:3
**correct** [268] - 6282:21, 6293:22, 6293:23, 6298:14, 6298:20, 6304:23, 6306:10, 6306:13, 6307:20, 6309:6, 6310:20, 6311:22, 6312:18, 6315:4, 6316:13, 6316:18, 6317:19, 6318:23, 6320:12, 6320:13, 6320:19, 6323:12, 6323:16, 6324:8, 6324:12, 6324:14, 6327:19, 6328:21, 6330:8, 6330:22, 6330:25, 6331:7, 6331:21, 6332:24, 6333:1, 6335:11, 6335:12, 6336:8, 6336:10, 6336:17, 6336:20, 6338:12, 6338:15, 6338:22, 6339:14, 6339:15, 6339:18, 6339:23, 6341:1, 6341:2, 6342:20, 6342:23, 6343:9, 6343:16, 6343:17, 6343:19, 6345:18, 6346:17, 6346:18, 6346:21, 6346:22, 6346:25, 6350:7, 6350:8, 6352:5, 6355:17,

6355:18, 6356:17, 6356:20, 6356:22, 6356:23, 6357:8, 6357:9, 6358:2, 6358:3, 6358:6, 6358:9, 6358:14, 6358:16, 6359:3, 6359:6, 6359:14, 6359:16, 6359:21, 6359:22, 6360:1, 6360:2, 6360:7, 6360:10, 6360:12, 6360:13, 6360:19, 6360:24, 6361:23, 6361:24, 6362:2, 6362:8, 6362:13, 6362:14, 6362:18, 6362:20, 6362:21, 6362:23, 6362:24, 6363:5, 6363:11, 6363:12, 6363:13, 6363:14, 6363:16, 6363:17, 6363:20, 6363:25, 6364:2, 6364:3, 6364:5, 6364:8, 6365:10, 6365:14, 6365:23, 6366:5, 6366:6, 6366:9, 6366:12, 6366:13, 6366:16, 6366:22, 6366:23, 6367:1, 6367:2, 6367:9, 6367:10, 6367:13, 6367:14, 6367:17, 6367:18, 6367:22, 6368:2, 6368:6, 6368:7, 6368:13, 6368:24, 6369:3, 6369:6, 6369:8, 6369:13, 6369:20, 6370:2, 6370:8, 6370:13, 6371:13, 6371:15, 6372:12, 6372:13, 6372:23, 6373:2, 6373:3, 6373:6, 6373:7, 6373:8, 6373:9, 6373:16, 6374:18, 6375:4, 6375:5, 6375:8, 6375:16, 6375:18, 6377:23, 6377:24, 6378:14, 6378:19, 6379:2, 6379:3, 6379:5, 6379:6, 6379:8, 6379:25, 6380:1, 6380:17, 6380:24, 6381:1, 6381:2, 6381:7, 6381:20, 6381:21, 6381:23, 6382:8,

6382:11, 6383:15, 6384:9, 6384:10, 6384:13, 6384:14, 6384:22, 6385:4, 6385:5, 6385:8, 6385:11, 6385:12, 6385:15, 6386:7, 6386:12, 6386:13, 6386:15, 6387:12, 6387:24, 6388:17, 6388:20, 6391:3, 6391:4, 6391:6, 6391:7, 6391:11, 6391:21, 6393:1, 6394:6, 6394:9, 6394:10, 6394:12, 6394:23, 6394:25, 6395:7, 6395:8, 6395:20, 6395:24, 6395:25, 6396:4, 6396:7, 6396:11, 6396:20, 6396:22, 6396:23, 6397:2, 6397:13, 6397:15, 6398:23, 6399:4, 6399:5, 6399:11, 6400:4, 6401:8, 6401:9, 6401:11, 6401:15, 6401:16, 6402:4, 6402:5, 6402:10, 6402:11, 6402:19, 6402:20, 6402:23, 6403:16, 6403:21, 6404:16, 6404:24, 6405:1, 6405:24, 6407:7, 6416:2, 6416:3, 6419:15, 6422:17, 6425:20, 6425:21, 6427:7
**Correct** [1] - 6316:10
**correcting** [1] - 6380:19
**correctly** [5] - 6291:19, 6294:19, 6295:14, 6312:18, 6377:18
**correlate** [3] - 6404:9, 6404:10, 6405:16
**Costs** [1] - 6374:17
**counsel** [6] - 6333:10, 6340:17, 6353:21, 6361:15, 6362:10, 6399:3
**countries** [1] - 6412:16
**couple** [5] - 6341:11, 6398:4, 6408:9, 6414:15, 6426:12
**course** [8] - 6316:11,

6320:17, 6385:6, 6395:14, 6406:15, 6409:7, 6412:18, 6413:6
**coursework** [1] - 6413:17
**court** [2] - 6350:22, 6379:19
**Court** [32] - 6317:14, 6321:5, 6344:15, 6346:10, 6349:3, 6349:16, 6349:21, 6350:12, 6350:18, 6350:25, 6351:2, 6352:4, 6352:14, 6403:10, 6409:10, 6411:1, 6411:13, 6412:4, 6414:17, 6414:23, 6417:4, 6417:19, 6418:6, 6418:20, 6421:16, 6423:5, 6426:22, 6427:4, 6427:5, 6427:6, 6427:14, 6427:15
**COURT** [108] - 6273:1, 6280:3, 6282:4, 6282:8, 6282:10, 6282:20, 6282:23, 6283:8, 6283:25, 6284:5, 6284:12, 6285:4, 6285:6, 6285:11, 6285:16, 6285:24, 6286:12, 6286:19, 6287:1, 6287:4, 6287:11, 6287:15, 6287:22, 6288:1, 6288:16, 6288:19, 6288:24, 6302:12, 6302:19, 6302:25, 6304:14, 6304:17, 6307:21, 6308:1, 6308:6, 6314:9, 6314:18, 6329:7, 6329:12, 6329:15, 6329:22, 6330:10, 6330:13, 6337:7, 6337:24, 6341:23, 6343:25, 6348:18, 6348:20, 6348:23, 6348:25, 6349:5, 6349:18, 6349:25, 6350:4, 6350:6, 6350:9, 6351:8, 6351:12, 6351:24, 6352:16, 6353:1, 6353:12, 6353:23, 6354:11, 6354:16, 6354:19, 6354:21, 6355:5, 6357:17,

6364:14, 6371:21, 6374:6, 6374:9, 6374:11, 6374:13, 6379:18, 6388:3, 6391:24, 6392:22, 6398:12, 6401:1, 6403:7, 6403:9, 6407:21, 6407:23, 6408:1, 6408:8, 6409:5, 6409:11, 6409:15, 6409:17, 6410:8, 6417:22, 6418:2, 6419:2, 6419:13, 6419:16, 6422:24, 6423:2, 6423:9, 6423:12, 6423:22, 6424:6, 6426:14, 6426:17, 6426:20
**Court's** [2] - 6397:23, 6426:12
**courts** - 6416:15
**COVINGTON** [1] - 6277:19
**created** [1] - 6388:6
**creating** [1] - 6358:12
**crew** [6] - 6345:7, 6370:12, 6394:11, 6394:13, 6394:14, 6394:18
**Crook** [3] - 6423:20, 6423:23, 6424:1
**Crook's** [1] - 6423:25
**CROSS** [8] - 6281:6, 6281:7, 6281:8, 6281:9, 6330:16, 6341:25, 6354:23, 6364:15
**cross** [8] - 6284:2, 6284:24, 6286:9, 6330:15, 6349:7, 6364:18, 6409:7, 6418:1
**cross-exam** [1] - 6284:24
**CROSS-EXAMINATION** [8] - 6281:6, 6281:7, 6281:8, 6281:9, 6330:16, 6341:25, 6354:23, 6364:15
**cross-examination** [5] - 6284:2, 6286:9, 6330:15, 6364:18, 6418:1
**cross-examine** [1] - 6409:7
**CRR** [2] - 6280:3, 6427:13
**crush** [9] - 6359:23,

6361:1, 6362:12, 6362:16, 6362:25, 6363:4, 6363:19, 6364:20, 6405:10
**crushed** [4] - 6336:2, 6336:11, 6336:18, 6404:21
**crushing** [1] - 6360:5
**cull** [9] - 6283:18, 6353:20, 6372:15, 6373:10, 6373:19, 6374:2, 6381:15, 6384:18
**cull-out** [1] - 6373:19
**CUNNINGHAM** [2] - 6274:10, 6274:11
**Cupit** [4] - 6297:25, 6315:13, 6376:5, 6376:17
**curriculum** [4] - 6413:6, 6415:13, 6415:22, 6416:1
**custom** [1] - 6371:5
**customer** [2] - 6320:25, 6337:1
**cut** [1] - 6400:5
**CV** [8] - 6410:24, 6413:16, 6413:17, 6414:6, 6415:19, 6417:1, 6417:2, 6418:5

**D**

**D-2023** [1] - 6338:1
**D-4620** [1] - 6381:15
**D-4621** [1] - 6381:25
**D-4647** [1] - 6397:20
**DALLAS** [1] - 6279:17
**danger** [1] - 6389:3
**DANIEL** [1] - 6276:17
**data** [4] - 6322:22, 6322:23, 6325:19, 6369:9
**date** [5] - 6300:20, 6316:11, 6317:1, 6337:10, 6420:9
**dated** [1] - 6282:16
**Daubert** [3] - 6408:10, 6416:19, 6417:23
**DAUPHIN** [1] - 6274:11
**DAVID** [2] - 6279:7, 6279:8
**David** [2] - 6354:1, 6354:10
**Dawn** [3] - 6342:13, 6343:1, 6343:24, 6344:7

**DAY** [1] - 6273:20
**day-to-day** [1] - 6289:15
**days** [8] - 6292:2, 6296:9, 6300:13, 6330:20, 6337:2, 6370:16, 6370:25, 6426:7
**DC** [4] - 6276:7, 6276:13, 6276:19, 6277:21
**DEANNA** [1] - 6276:5
**decent** [1] - 6294:24
**decided** [2] - 6287:15, 6381:19
**decision** [18] - 6313:8, 6313:11, 6313:19, 6313:22, 6313:25, 6345:5, 6345:6, 6365:13, 6365:15, 6367:20, 6380:15, 6380:22, 6382:10, 6384:3, 6386:18, 6386:20, 6386:22, 6388:14
**decision-making** [2] - 6365:15
**decisions** [1] - 6365:10
**deck** [1] - 6377:14
**declared** [1] - 6347:1
**Decreases** [1] - 6377:10
**dee** [2] - 6342:6, 6342:7
**deemed** [5] - 6317:15, 6325:1, 6325:4, 6347:9, 6348:4
**Deepwater** [9] - 6330:21, 6355:13, 6355:20, 6356:15, 6356:21, 6356:25, 6357:4, 6368:22, 6370:25
**DEEPWATER** [9] - 6273:5, 6278:4, 6278:5
**defendants** [1] - 6350:10
**DEGRAVELLES** [2] - 6275:10, 6275:10
**degree** [3] - 6290:10, 6290:20, 6412:24
**degrees** [2] - 6410:14, 6410:16
**delay** [1] - 6386:13
**DELEMARRE** [1] - 6273:11
**Delivers** [1] - 6374:16
**demonstrative** [5] -

6398:4, 6401:3, 6419:18, 6421:15, 6421:18
**demonstratives** [3] - 6353:19, 6353:25, 6354:9
**denied** [1] - 6416:21
**densities** [1] - 6327:10
**density** [3] - 6338:21, 6422:11, 6424:24
**DEPARTMENT** [4] - 6275:21, 6276:3, 6276:9, 6276:15
**dependent** [1] - 6378:12
**depict** [1] - 6338:5
**depiction** [2] - 6398:6, 6401:2
**depicts** [1] - 6398:15
**depo** [1] - 6282:17
**deposition** [11] - 6335:19, 6349:11, 6349:15, 6349:19, 6349:20, 6350:11, 6350:22, 6354:3, 6372:19, 6392:10, 6420:14
**depositions** [1] - 6353:3
**depth** [6] - 6421:7, 6421:20, 6421:25, 6424:17, 6425:18, 6425:24
**DEPUTY** [8] - 6282:7, 6288:4, 6288:12, 6349:2, 6349:4, 6409:18, 6410:1, 6426:21
**describe** [3] - 6292:1, 6327:7, 6398:7
**described** [11] - 6328:17, 6347:14, 6347:15, 6348:9, 6348:10, 6366:8, 6368:16, 6368:21, 6381:3, 6386:4, 6392:24
**DESCRIPTION** [1] - 6281:18
**design** [15] - 6290:1, 6314:1, 6331:3, 6333:11, 6333:19, 6338:16, 6364:5, 6365:10, 6367:25, 6375:9, 6381:6, 6388:23, 6389:1, 6389:2, 6403:2
**designated** [1] - 6371:20

**designations** [3] - 6351:5, 6351:9, 6351:13
**designed** [3] - 6289:24, 6290:6, 6291:4
**designing** [2] - 6289:22, 6371:15
**desired** [1] - 6375:4
**destructive** [2] - 6359:23, 6361:1
**detail** [2] - 6321:13, 6385:9
**detailed** [1] - 6340:1
**determine** [7] - 6329:4, 6332:11, 6359:21, 6393:19, 6394:11, 6405:4, 6411:17
**determined** [3] - 6328:12, 6330:2, 6367:23
**develop** [2] - 6363:22, 6417:7
**developed** [1] - 6336:1
**development** [3] - 6318:8, 6318:15, 6405:14
**deviations** [1] - 6292:3
**device** [1] - 6301:2
**DEXTER** [1] - 6276:23
**diagnostic** [2] - 6347:3, 6348:12
**diagram** [1] - 6338:3
**diameter** [2] - 6323:15
**dictated** [3] - 6293:17, 6294:9, 6393:5
**difference** [3] - 6306:17, 6306:18, 6400:2
**different** [9] - 6299:25, 6306:6, 6306:11, 6306:14, 6306:16, 6332:12, 6351:10, 6351:16, 6373:17
**difficult** [1] - 6381:16
**digits** [1] - 6307:25
**DIRE** [2] - 6281:12, 6410:9
**dire** [1] - 6418:1
**direct** [6] - 6288:2, 6331:1, 6357:7, 6358:22, 6361:18, 6410:6
**DIRECT** [4] - 6281:5, 6281:13, 6289:5, 6418:3
**direction** [1] - 6332:12

**directors** [1] - 6415:5
**discover** [1] - 6411:19
**discuss** [10] -
6292:20, 6293:5,
6301:12, 6331:17,
6331:23, 6332:4,
6332:8, 6339:20,
6383:25, 6423:7
**discussed** [5] -
6293:6, 6312:7,
6332:2, 6332:17,
6346:7
**discussing** [2] -
6361:18, 6370:8
**discussion** [17] -
6293:24, 6294:1,
6313:2, 6313:4,
6313:5, 6332:14,
6333:6, 6333:14,
6333:17, 6339:5,
6339:9, 6339:25,
6340:3, 6390:8,
6390:10, 6390:17,
6397:24
**discussions** [3] -
6331:20, 6332:13,
6354:2
**displace** [2] - 6309:8,
6375:11
**displaced** [1] -
6399:17
**displacement** [11] -
6295:11, 6300:23,
6326:22, 6326:24,
6374:22, 6375:2,
6375:13, 6375:14,
6375:17, 6402:14,
6407:7
**displacing** [4] -
6295:13, 6375:3,
6375:7, 6396:3
**display** [1] - 6310:15
**displayed** [1] -
6283:22
**dispute** [1] - 6351:24
**District** [3] - 6427:6,
6427:15
**DISTRICT** [3] - 6273:1,
6273:2, 6273:23
**diverter** [2] - 6301:1,
6301:2
**divided** [1] - 6413:2
**DIVISION** [3] -
6275:22, 6276:3,
6276:10
**DNV** [2] - 6352:7,
6352:12
**Doctor** [1] - 6415:8
**document** [18] -
6284:6, 6292:13,

6292:14, 6296:13,
6307:3, 6356:2,
6372:24, 6373:17,
6373:20, 6374:4,
6374:9, 6374:11,
6381:17, 6383:7,
6385:13, 6387:10,
6387:15, 6388:6
**DOCUMENT** [1] -
6273:11
**documenting** [3] -
6299:25, 6309:8,
6369:12
**documents** [4] -
6283:14, 6420:3,
6420:5, 6420:11
**DOMENGEAUX** [1] -
6274:3
**Don** [8] - 6286:6,
6287:7, 6297:18,
6307:16, 6313:6,
6313:17, 6315:17,
6380:21
**DON** [1] - 6277:15
**DONALD** [1] - 6279:14
**done** [18] - 6320:22,
6321:6, 6325:3,
6337:11, 6346:4,
6353:5, 6378:21,
6378:22, 6378:23,
6379:7, 6379:21,
6402:16, 6404:1,
6412:18, 6412:22,
6419:24, 6423:11,
6425:22
**DOUGLAS** [1] -
6277:10
**down** [49] - 6292:2,
6292:16, 6294:12,
6297:4, 6297:8,
6297:15, 6298:13,
6299:15, 6299:22,
6300:1, 6300:12,
6300:18, 6300:23,
6301:17, 6302:3,
6302:6, 6302:14,
6304:1, 6304:25,
6305:7, 6309:3,
6311:5, 6321:24,
6321:25, 6322:1,
6323:10, 6328:19,
6329:3, 6329:9,
6331:18, 6332:2,
6340:16, 6340:24,
6341:2, 6342:23,
6343:11, 6343:14,
6346:3, 6349:25,
6357:19, 6358:8,
6358:12, 6362:19,
6374:21, 6385:2,

6400:16, 6404:19,
6414:14, 6418:5
**downhole** [19] -
6360:20, 6361:9,
6364:22, 6364:24,
6365:4, 6377:3,
6377:21, 6378:15,
6378:17, 6378:22,
6378:23, 6378:24,
6379:2, 6379:24,
6397:25, 6398:20,
6405:11, 6405:12
**DOYEN** [1] - 6278:14
**Dr** [20] - 6352:6,
6408:3, 6408:5,
6408:11, 6408:14,
6409:2, 6409:9,
6410:11, 6413:11,
6414:6, 6416:17,
6417:18, 6418:6,
6418:12, 6419:12,
6419:19, 6422:22,
6423:10, 6423:15,
6424:12
**drastic** [1] - 6307:3
**draw** [1] - 6346:9
**DRESCHER** [1] -
6274:18
**Dril** [5] - 6299:11,
6299:13, 6300:4,
6367:7, 6382:5
**Dril-Quip** [5] -
6299:11, 6299:13,
6300:4, 6367:7,
6382:5
**drill** [16] - 6304:3,
6326:6, 6326:10,
6355:22, 6355:24,
6356:4, 6356:9,
6356:10, 6356:14,
6357:2, 6424:18,
6425:11, 6425:13,
6425:24
**driller** [1] - 6389:25
**drillers** [1] - 6364:7
**DRILLING** [1] - 6278:4
**Drilling** [1] - 6292:24
**drilling** [12] - 6394:14,
6413:3, 6413:8,
6419:14, 6420:8,
6424:16, 6425:4,
6425:7, 6425:9,
6425:10, 6425:15,
6425:16
**drills** [3] - 6355:20,
6356:22, 6356:25
**drive** [2] - 6283:2,
6353:9
**DRIVE** [1] - 6275:4
**drives** [1] - 6282:14

**DTD** [1] - 6301:1
**due** [1] - 6348:1
**duly** [2] - 6288:10,
6409:24
**duplicate** [1] - 6322:9
**during** [31] - 6284:7,
6300:10, 6300:23,
6306:19, 6309:24,
6314:1, 6325:24,
6326:24, 6347:19,
6351:2, 6368:21,
6370:14, 6373:6,
6377:6, 6377:10,
6379:11, 6390:3,
6392:9, 6393:5,
6393:18, 6394:14,
6394:18, 6394:20,
6394:22, 6394:24,
6395:11, 6399:20,
6420:8, 6425:7

## E

**e)** [1] - 6419:4
**e-mail** [19] - 6283:22,
6283:23, 6315:9,
6316:11, 6319:8,
6321:19, 6335:10,
6341:10, 6341:20,
6344:3, 6344:9,
6345:23, 6361:14,
6361:23, 6385:19,
6386:19, 6387:14,
6401:24
**early** [3] - 6335:16,
6376:3, 6397:6
**easier** [2] - 6304:18,
6351:23
**EASTERN** [1] - 6273:2
**Eastern** [1] - 6427:6
**ECD** [1] - 6368:6
**educational** [2] -
6290:7, 6414:20
**EDWARDS** [1] -
6274:3
**effect** [5] - 6294:11,
6294:13, 6314:12,
6314:21, 6383:16
**efficiency** [1] -
6375:17
**efficiently** [1] -
6294:20
**effort** [1] - 6291:16
**eight** [8] - 6301:5,
6316:25, 6317:6,
6352:1, 6358:18,
6359:1, 6359:5,
6384:8
**eight-gallon** [1] -

6317:6
**either** [6] - 6309:23,
6332:15, 6341:7,
6346:23, 6347:3,
6348:13
**electronic** [1] - 6353:8
**ELIZABETH** [1] -
6276:18
**ELLIS** [1] - 6277:23
**ELM** [1] - 6279:16
**Elmo** [3] - 6298:3,
6298:5, 6376:9
**employed** [2] -
6411:2, 6411:3
**employees** [4] -
6414:2, 6420:15
**encapsulated** [1] -
6297:1
**enclosed** [1] -
6387:16
**encloses** [1] - 6361:16
**end** [8] - 6287:14,
6310:13, 6310:18,
6324:6, 6339:11,
6353:16, 6358:20,
6391:9
**ended** [1] - 6350:4
**ENERGY** [2] - 6278:6,
6279:13
**ENFORCEMENT** [1] -
6276:4
**engaged** [1] - 6416:23
**engagement** [1] -
6417:8
**engineer** [8] -
6289:22, 6299:4,
6299:24, 6311:15,
6368:25, 6375:9,
6384:2, 6388:22
**Engineer** [1] - 6292:24
**Engineering** [2] -
6414:22, 6415:1
**engineering** [29] -
6290:10, 6290:20,
6365:9, 6388:23,
6389:1, 6389:2,
6410:16, 6410:18,
6411:9, 6411:11,
6411:14, 6412:24,
6412:25, 6413:2,
6413:3, 6413:4,
6413:5, 6413:8,
6413:14, 6413:21,
6414:7, 6414:18,
6414:19, 6414:21,
6415:3, 6415:7,
6415:17, 6416:5,
6416:22
**engineers** [3] -
6330:23, 6362:1,

6373:14
**Engineers** [4] - 6414:11, 6414:12, 6414:13, 6415:1
**enhanced** [1] - 6411:18
**ensure** [4] - 6289:24, 6291:1, 6291:3, 6369:5
**ensuring** [1] - 6290:4
**entire** [4] - 6376:22, 6376:23, 6411:15, 6415:6
**entitled** [1] - 6427:9
**entries** [1] - 6414:15
**entry** [11] - 6299:16, 6299:21, 6300:2, 6304:22, 6308:16, 6309:7, 6309:9, 6311:2, 6311:4, 6324:15, 6382:17
**ENVIRONMENT** [1] - 6276:3
**environmental** [1] - 6357:13
**ENVIRONMENTAL** [1] - 6276:4
**equal** [1] - 6422:11
**equals** [2] - 6394:8, 6395:1
**equate** [1] - 6403:23
**equipment** [12] - 6289:17, 6291:15, 6298:15, 6300:16, 6309:20, 6376:6, 6376:8, 6377:4, 6377:6, 6377:7, 6377:24
**equivalent** [1] - 6422:10
**equivocal** [1] - 6408:25
**especially** [1] - 6413:9
**ESQ** [51] - 6274:3, 6274:7, 6274:11, 6274:14, 6274:18, 6274:22, 6275:3, 6275:7, 6275:10, 6275:14, 6275:17, 6275:22, 6276:4, 6276:5, 6276:5, 6276:6, 6276:6, 6276:10, 6276:11, 6276:11, 6276:12, 6276:12, 6276:17, 6276:17, 6276:18, 6276:22, 6276:23, 6277:10, 6277:10, 6277:15, 6277:20, 6277:23, 6277:24,

6277:24, 6278:6, 6278:10, 6278:10, 6278:14, 6278:14, 6278:15, 6278:18, 6278:22, 6279:4, 6279:7, 6279:8, 6279:8, 6279:9, 6279:14, 6279:15, 6279:15, 6279:19
**essentially** [3] - 6289:21, 6358:8, 6360:3
**establish** [1] - 6345:23
**established** [2] - 6302:10, 6407:20
**estimate** [2] - 6396:10, 6412:17
**estimated** [9] - 6322:24, 6323:1, 6323:2, 6323:7, 6323:16, 6323:17, 6326:14, 6326:25, 6402:2
**ET** [2] - 6273:13, 6273:16
**etcetera** [3] - 6310:25, 6322:23, 6348:2
**evaluating** [1] - 6395:18
**evening** [9] - 6284:15, 6284:16, 6347:5, 6348:12, 6376:2, 6380:14, 6380:18, 6380:20, 6395:10
**event** [11] - 6302:24, 6321:11, 6321:24, 6325:6, 6340:10, 6344:24, 6346:16, 6375:11, 6391:13, 6395:7, 6400:10
**events** [4] - 6340:13, 6369:17, 6383:9, 6393:25
**eventually** [1] - 6302:4
**everywhere** [1] - 6395:16
**Evidence** [1] - 6409:1
**evidence** [1] - 6391:23
**exact** [2] - 6350:1, 6400:2
**exactly** [1] - 6350:19
**exam** [3] - 6284:24, 6361:18, 6382:5
**examination** [9] - 6284:2, 6285:20, 6286:9, 6330:15, 6331:1, 6364:18, 6408:7, 6410:6, 6418:1

**EXAMINATION** [16] - 6281:5, 6281:6, 6281:7, 6281:8, 6281:9, 6281:10, 6281:12, 6281:13, 6289:5, 6330:16, 6341:25, 6354:23, 6364:15, 6403:12, 6410:9, 6418:3
**EXAMINATIONS** [1] - 6281:2
**examine** [1] - 6409:7
**examined** [2] - 6288:11, 6409:25
**example** [4] - 6302:21, 6360:4, 6400:23, 6412:12
**excerpted** [1] - 6284:3
**excess** [1] - 6323:16
**excessive** [1] - 6348:3
**excluded** [2] - 6409:10, 6416:18
**excluding** [2] - 6352:8, 6354:3
**execute** [2] - 6337:16, 6337:17
**executed** [2] - 6289:24, 6290:5
**executing** [1] - 6386:13
**execution** [6] - 6290:25, 6292:5, 6293:5, 6298:10, 6386:9, 6403:3
**Exhibit** [4] - 6365:25, 6401:22, 6402:6, 6422:25
**exhibit** [5] - 6300:19, 6343:24, 6356:13, 6366:1, 6400:15
**EXHIBIT** [1] - 6281:22
**EXHIBITS** [1] - 6281:20
**Exhibits** [1] - 6284:13
**exhibits** [22] - 6282:24, 6283:9, 6283:13, 6284:11, 6284:16, 6284:22, 6284:25, 6285:9, 6285:13, 6285:19, 6286:1, 6286:4, 6286:8, 6286:15, 6352:13, 6352:20, 6353:15, 6353:16, 6353:18, 6353:25, 6354:9
**expansion** [1] - 6348:1
**expect** [3] - 6392:19, 6399:14, 6399:16

**expectation** [1] - 6402:9
**expecting** [1] - 6397:4
**experience** [6] - 6328:11, 6343:22, 6370:17, 6370:22, 6394:16, 6413:16
**experienced** [1] - 6365:8
**experiencing** [1] - 6394:19
**expert** [17] - 6302:9, 6348:8, 6357:16, 6371:19, 6371:20, 6409:9, 6416:2, 6416:5, 6416:10, 6417:18, 6418:17, 6420:18, 6420:25, 6423:18, 6423:19, 6424:4, 6424:5
**experts** [1] - 6420:19
**explain** [4] - 6321:5, 6412:24, 6417:4, 6424:15
**exploded** [1] - 6312:17
**EXPLORATION** [2] - 6273:15, 6277:13
**explore** [1] - 6403:17
**explosion** [1] - 6339:17
**express** [2] - 6385:20, 6385:25
**expressed** [3] - 6345:24, 6422:14, 6422:19
**expressly** [4] - 6408:15, 6408:18, 6423:11, 6423:13
**extended** [1] - 6287:18
**Exxon** [1] - 6412:7

# F

**F.3d** [1] - 6408:24
**facets** [2] - 6298:10, 6298:16
**fact** [14] - 6331:12, 6334:22, 6338:20, 6339:9, 6341:10, 6344:21, 6349:9, 6355:19, 6363:3, 6371:10, 6402:24, 6408:21, 6408:25, 6409:3
**factor** [1] - 6408:16
**factors** [1] - 6372:25
**facts** [3] - 6367:8,

6391:23, 6401:24
**fair** [11] - 6326:13, 6327:23, 6333:5, 6348:8, 6363:23, 6388:10, 6394:2, 6396:18, 6397:8, 6398:25, 6399:1
**fairly** [1] - 6343:13
**falls** [1] - 6413:7
**familiar** [3] - 6359:7, 6365:8, 6380:4
**familiarity** [1] - 6398:10
**familiarize** [1] - 6297:16
**FANNIN** [1] - 6278:11
**far** [10] - 6289:25, 6291:10, 6292:5, 6299:19, 6320:15, 6320:16, 6328:6, 6328:9, 6397:6, 6419:6
**fashion** [1] - 6367:4
**fast** [4] - 6294:23, 6343:3, 6368:8, 6407:8
**faster** [4] - 6294:11, 6294:15, 6295:10
**Federal** [1] - 6409:1
**federal** [2] - 6416:15, 6418:10
**feet** [3] - 6301:21, 6419:9
**few** [14] - 6286:25, 6295:3, 6339:10, 6342:10, 6365:6, 6372:8, 6375:23, 6380:11, 6387:1, 6389:11, 6393:11, 6397:20, 6403:10, 6426:15
**field** [20] - 6342:20, 6342:21, 6343:7, 6343:15, 6361:7, 6411:11, 6411:13, 6411:14, 6411:15, 6411:17, 6411:20, 6411:22, 6412:17, 6412:18, 6415:17, 6416:5, 6416:10, 6416:22
**figures** [1] - 6300:21
**file** [6] - 6282:15, 6283:2, 6286:23, 6352:3, 6354:4, 6382:16
**filed** [5] - 6349:21, 6353:3, 6402:21, 6408:11, 6409:9
**files** [1] - 6354:8

filled [1] - 6322:21
final [14] - 6334:12,
6334:14, 6339:13,
6339:20, 6341:4,
6341:6, 6341:7,
6341:10, 6341:12,
6341:19, 6354:5,
6384:1, 6386:18
finally [5] - 6284:15,
6328:17, 6339:10,
6344:16, 6390:16
fine [12] - 6284:5,
6285:22, 6287:4,
6289:4, 6308:7,
6342:17, 6353:12,
6390:6, 6398:9,
6400:24, 6401:4,
6426:16
finish [1] - 6426:17
finished [7] - 6341:4,
6358:19, 6358:22,
6382:24, 6407:24,
6417:4, 6417:5
fire [4] - 6355:24,
6356:9, 6356:10,
6356:14
FIRM [2] - 6275:6,
6275:17
first [32] - 6282:16,
6287:16, 6287:24,
6288:1, 6288:10,
6291:17, 6298:2,
6299:7, 6299:10,
6309:2, 6315:13,
6319:4, 6321:6,
6321:17, 6322:19,
6328:15, 6335:8,
6341:4, 6344:12,
6350:24, 6366:11,
6373:19, 6375:25,
6376:9, 6385:3,
6401:23, 6408:10,
6409:24, 6414:10,
6421:4, 6425:6
five [10] - 6283:14,
6284:11, 6286:23,
6324:15, 6324:17,
6324:25, 6347:10,
6392:25, 6393:2,
6393:8
flag [5] - 6331:16,
6332:21, 6332:23,
6332:25, 6333:1
flags [1] - 6331:15
flawless [1] - 6328:7
flawlessly [1] - 6328:8
flew [1] - 6312:18
flight [3] - 6312:14,
6312:16, 6312:22
float [33] - 6303:17,

6303:19, 6309:13,
6310:12, 6340:23,
6343:8, 6343:15,
6343:22, 6344:17,
6345:7, 6345:14,
6346:5, 6346:19,
6346:20, 6346:24,
6347:3, 6347:7,
6347:12, 6348:13,
6389:11, 6389:14,
6389:18, 6389:21,
6390:4, 6390:16,
6391:3, 6392:9,
6392:12, 6392:16,
6392:25, 6397:12,
6397:18, 6399:13
Floats [2] - 6304:24,
6304:25
floats [24] - 6305:2,
6305:11, 6324:15,
6324:16, 6324:18,
6325:2, 6325:4,
6328:1, 6345:5,
6347:1, 6347:9,
6348:4, 6390:9,
6390:21, 6390:23,
6390:24, 6391:5,
6391:12, 6391:15,
6391:20, 6392:1,
6402:18, 6402:22,
6407:12
FLOOR [3] - 6274:22,
6275:23, 6278:15
floor [29] - 6303:8,
6303:13, 6303:15,
6303:19, 6303:20,
6303:22, 6303:24,
6304:4, 6305:5,
6306:1, 6307:14,
6307:15, 6310:1,
6310:5, 6325:21,
6325:22, 6326:1,
6326:2, 6326:7,
6330:5, 6340:22,
6345:4, 6348:4,
6378:2, 6389:14,
6389:17, 6390:1,
6390:2
flow [26] - 6294:17,
6295:11, 6319:20,
6319:25, 6320:1,
6320:4, 6320:10,
6324:22, 6328:4,
6333:11, 6333:15,
6372:7, 6372:12,
6372:16, 6372:25,
6373:4, 6373:11,
6373:15, 6395:5,
6395:23, 6406:7,
6408:17, 6408:18,

6423:14
flowing [1] - 6329:9
flows [1] - 6395:22
FLOYD [1] - 6279:15
fluid [10] - 6294:15,
6295:6, 6295:23,
6305:3, 6338:23,
6357:11, 6389:20,
6394:25, 6395:2,
6426:3
fluids [12] - 6322:22,
6323:8, 6327:11,
6338:17, 6338:18,
6338:20, 6338:21,
6338:24, 6338:25,
6348:2, 6385:10,
6394:8
fly [1] - 6312:15
foam [55] - 6291:14,
6292:24, 6298:7,
6298:8, 6298:9,
6298:12, 6318:18,
6318:22, 6318:24,
6318:25, 6319:4,
6319:5, 6320:3,
6333:20, 6333:22,
6333:23, 6334:2,
6334:7, 6334:13,
6334:18, 6335:14,
6336:3, 6336:5,
6336:8, 6336:9,
6336:12, 6336:19,
6338:10, 6359:25,
6360:3, 6360:4,
6360:14, 6360:17,
6360:19, 6360:21,
6360:23, 6362:19,
6362:21, 6371:14,
6372:11, 6373:12,
6373:14, 6374:18,
6375:1, 6375:6,
6375:12, 6377:23,
6378:11, 6384:23,
6385:4, 6405:3,
6405:16, 6406:6,
6406:13
Foam [1] - 6374:16
foamed [3] - 6298:13,
6405:7, 6405:8
foaming [1] - 6379:25
focus [3] - 6299:9,
6299:21, 6344:12
folks [8] - 6342:4,
6343:7, 6347:17,
6356:24, 6361:16,
6365:10, 6389:23,
6392:20
follow [2] - 6359:16,
6397:21
followed [2] - 6385:3,

6385:4
following [2] -
6295:15, 6406:12
follows [2] - 6288:11,
6409:25
foot [1] - 6408:14
FOR [8] - 6274:3,
6275:21, 6276:21,
6277:3, 6277:13,
6278:3, 6279:3,
6279:13
foregoing [1] - 6427:7
foreign [1] - 6412:15
forget [1] - 6350:1
forgot [2] - 6310:6,
6349:7
form [2] - 6318:11,
6367:4
formally [1] - 6350:13
formation [6] -
6297:2, 6329:10,
6330:1, 6373:5,
6374:23, 6397:1
formations [5] -
6417:10, 6424:21,
6424:22, 6425:12,
6425:16
formed [1] - 6420:1
former [1] - 6412:16
formulations [1] -
6386:17
forth [2] - 6408:13,
6408:23
forums [1] - 6416:14
forward [7] - 6287:19,
6294:6, 6306:2,
6306:3, 6313:21,
6369:21, 6389:6
foundation [5] -
6302:9, 6302:10,
6314:16, 6314:23,
6391:23
four [2] - 6286:4,
6293:16
frame [2] - 6396:21,
6396:24
frames [1] - 6360:8
FRANCISCO [1] -
6275:24
FRANKLIN [1] -
6276:18
FRAUD [1] - 6276:16
Fred [1] - 6409:12
free [2] - 6395:3,
6421:16
freshwater [1] -
6357:12
friction [1] - 6368:6
FRILOT [1] - 6278:5
front [1] - 6330:23

6385:4
following [2] -
6295:15, 6406:12
follows [2] - 6288:11,
6409:25
foot [1] - 6408:14
FOR [8] - 6274:3,
6275:21, 6276:21,
6277:3, 6277:13,
6278:3, 6279:3,
6279:13
foregoing [1] - 6427:7
foreign [1] - 6412:15
forget [1] - 6350:1
forgot [2] - 6310:6,
6349:7
form [2] - 6318:11,
6367:4
formally [1] - 6350:13
formation [6] -
6297:2, 6329:10,
6330:1, 6373:5,
6374:23, 6397:1
formations [5] -
6417:10, 6424:21,
6424:22, 6425:12,
6425:16
formed [1] - 6420:1
former [1] - 6412:16
formulations [1] -
6386:17
forth [2] - 6408:13,
6408:23
forums [1] - 6416:14
forward [7] - 6287:19,
6294:6, 6306:2,
6306:3, 6313:21,
6369:21, 6389:6
foundation [5] -
6302:9, 6302:10,
6314:16, 6314:23,
6391:23
four [2] - 6286:4,
6293:16
frame [2] - 6396:21,
6396:24
frames [1] - 6360:8
FRANCISCO [1] -
6275:24
FRANKLIN [1] -
6276:18
FRAUD [1] - 6276:16
Fred [1] - 6409:12
free [2] - 6395:3,
6421:16
freshwater [1] -
6357:12
friction [1] - 6368:6
FRILOT [1] - 6278:5
front [1] - 6330:23

FRUGE [1] - 6275:10
FTO [1] - 6298:7
full [21] - 6296:4,
6308:22, 6310:3,
6310:15, 6325:15,
6325:16, 6326:8,
6326:9, 6326:10,
6365:13, 6365:17,
6365:21, 6387:22,
6387:23, 6393:17,
6394:7, 6394:11,
6394:19, 6395:11,
6402:2, 6402:15
fully [2] - 6385:6,
6405:20
future [2] - 6411:18,
6411:19

## G

Gagliano [32] -
6292:18, 6298:17,
6306:21, 6313:23,
6314:6, 6314:10,
6315:9, 6320:24,
6321:19, 6331:2,
6331:20, 6331:22,
6332:4, 6335:10,
6344:3, 6344:9,
6361:16, 6362:1,
6368:17, 6369:22,
6370:23, 6371:11,
6381:1, 6381:5,
6381:18, 6382:19,
6385:23, 6386:1,
6387:6, 6388:6,
6402:9, 6405:18
Gagliano's [1] -
6319:3
gain [2] - 6359:11,
6361:8
gained [1] - 6359:13
gallon [5] - 6316:20,
6317:6, 6362:21,
6422:10
gallons [8] - 6301:5,
6316:22, 6316:25,
6317:9, 6317:10,
6384:8, 6384:9,
6388:15
gamma [1] - 6424:24
GANNAWAY [1] -
6279:8
gas [27] - 6296:23,
6296:24, 6297:1,
6319:20, 6319:25,
6320:1, 6320:4,
6320:10, 6333:11,
6333:15, 6366:11,
6366:15, 6366:20,

6372:7, 6372:12, 6372:15, 6372:16, 6372:25, 6373:4, 6373:5, 6373:15, 6374:22, 6406:7, 6416:10, 6417:6, 6417:7, 6417:14

**GATE** [1] - 6275:23

**gather** [1] - 6381:4

**gauged** [1] - 6323:14

**gauges** [1] - 6397:10

**Gavin** [1] - 6410:5

**GAVIN** [1] - 6279:15

**gel** [2] - 6295:19, 6296:10

**gelling** [1] - 6295:9

**gels** [1] - 6296:10

**GENERAL** [3] - 6276:22, 6277:4, 6277:6

**general** [4] - 6350:11, 6367:13, 6368:8, 6413:2

**GENERAL'S** [1] - 6276:21

**generally** [3] - 6294:10, 6420:3, 6420:4

**generating** [1] - 6368:12

**generator** [2] - 6377:23, 6378:11

**gentleman** [2] - 6345:17, 6376:9

**GEOFFREY** [1] - 6279:8

**geographical** [1] - 6412:20

**geological** [4] - 6411:9, 6411:10, 6411:14, 6417:10

**geometry** [3] - 6322:22, 6368:6, 6388:20

**given** [2] - 6355:16, 6409:3

**GmbH** [1] - 6273:13

**goal** [2] - 6296:2, 6357:8

**God** [2] - 6288:7, 6409:21

**Godwin** [2] - 6286:6, 6287:7

**GODWIN** [9] - 6279:14, 6279:14, 6279:19, 6286:6, 6286:17, 6287:6, 6287:13, 6287:21, 6408:2

**GOLDEN** [1] - 6275:23

**government** [2] - 6412:10, 6412:12

**Government** [1] - 6412:14

**governments** [1] - 6412:16

**GRAND** [1] - 6278:15

**graph** [9] - 6317:22, 6317:23, 6317:25, 6318:2, 6318:3, 6318:9, 6326:21, 6405:17

**graphic** [1] - 6400:17

**gravity** [1] - 6395:24

**great** [1] - 6379:21

**Greg** [1] - 6316:2

**GROUP** [1] - 6275:3

**Group** [3] - 6411:3, 6411:4, 6411:6

**group** [3] - 6332:11, 6333:14, 6335:10

**grow** [1] - 6290:18

**guess** [8] - 6291:25, 6294:16, 6314:2, 6322:21, 6323:15, 6393:21, 6405:19, 6416:7

**guidance** [1] - 6423:5

**guide** [1] - 6283:22

**Guide** [2] - 6315:19

**Gulf** [1] - 6412:22

**GULF** [1] - 6273:6

**GUN** [1] - 6342:6

**gun** [1] - 6342:7

**guy** [1] - 6355:7

**guys** [3] - 6298:15, 6310:2, 6376:5

---

**H**

**habit** [1] - 6297:13

**Hafle** [1] - 6315:25

**half** [3] - 6358:18, 6359:1, 6378:15

**Halliburton** [60] - 6286:7, 6288:2, 6289:11, 6289:21, 6290:12, 6290:16, 6291:10, 6300:14, 6303:12, 6307:10, 6307:13, 6311:15, 6311:24, 6312:4, 6331:8, 6331:18, 6331:23, 6332:2, 6332:7, 6333:10, 6338:16, 6339:5, 6339:20, 6346:19, 6351:7, 6351:17, 6359:20, 6361:1,

6365:9, 6368:19, 6368:22, 6368:25, 6369:4, 6369:21, 6370:3, 6370:18, 6371:16, 6371:25, 6372:3, 6372:11, 6373:1, 6373:12, 6373:14, 6374:10, 6374:11, 6375:6, 6375:20, 6375:25, 6377:4, 6380:25, 6387:13, 6390:20, 6403:9, 6406:6, 6406:10, 6406:12, 6408:1, 6410:5, 6417:18, 6420:15

**HALLIBURTON** [1] - 6279:13

**Halliburton's** [7] - 6293:22, 6294:2, 6359:19, 6361:14, 6371:6, 6387:2, 6387:10

**hammered** [1] - 6350:21

**hand** [12] - 6288:4, 6325:24, 6333:23, 6335:22, 6349:16, 6352:22, 6352:24, 6374:21, 6399:2, 6409:19, 6419:7, 6421:9

**handful** [3] - 6284:6, 6351:7

**HANKEY** [1] - 6276:6

**happy** [2] - 6351:21, 6423:4

**hard** [3] - 6304:12, 6353:8, 6361:14

**harder** [1] - 6296:11

**HARIKLIA** [1] - 6277:24

**Hariklia** [1] - 6285:7

**HARTLEY** [1] - 6279:15

**HAUSER** [1] - 6276:17

**HAYCRAFT** [1] - 6277:15

**hazard** [1] - 6357:13

**HB406** [1] - 6280:4

**hear** [9] - 6288:19, 6300:16, 6305:4, 6305:8, 6312:4, 6312:7, 6314:7, 6417:23, 6426:13

**HEARD** [1] - 6273:22

**heard** [12] - 6297:7, 6300:7, 6302:23, 6303:2, 6305:13, 6305:18, 6305:19,

6340:21, 6340:22, 6341:17, 6366:19, 6367:9

**hearing** [5] - 6287:13, 6302:21, 6304:2, 6416:9, 6423:8

**hearsay** [1] - 6314:6

**heart** [1] - 6283:12

**heat** [2] - 6379:10, 6379:13

**heated** [1] - 6379:12

**heavier** [5] - 6338:17, 6338:21, 6338:24, 6339:7, 6396:2

**height** [6] - 6323:11, 6328:9, 6328:10, 6328:11, 6328:16, 6328:18

**held** [8] - 6324:16, 6328:1, 6370:6, 6377:15, 6377:19, 6378:3, 6402:18, 6402:22

**helicopter** [2] - 6312:14, 6312:16

**help** [11] - 6288:6, 6298:14, 6356:1, 6372:4, 6375:1, 6375:13, 6409:21, 6411:23, 6417:12, 6421:13, 6421:15

**helped** [1] - 6385:14

**helpful** [2] - 6308:6, 6409:3

**helps** [4] - 6294:17, 6294:18, 6308:14, 6375:14

**Helps** [1] - 6374:22

**hence** [1] - 6424:20

**hereby** [2] - 6345:8, 6427:6

**HERMAN** [7] - 6274:7, 6274:7, 6349:23, 6350:3, 6350:5, 6350:8

**hierarchy** [1] - 6338:21

**high** [12] - 6320:4, 6320:6, 6320:10, 6323:19, 6323:24, 6327:7, 6327:10, 6327:17, 6327:21, 6328:12, 6357:11, 6378:21

**higher** [3] - 6305:16, 6306:12, 6343:18

**highest** [5] - 6419:22, 6421:5, 6421:22, 6421:23, 6422:16

**highlight** [1] - 6401:22

**highlighted** [2] - 6343:5, 6343:11

**HILL** [21] - 6279:15, 6409:16, 6410:5, 6410:10, 6417:17, 6418:4, 6418:19, 6418:25, 6419:3, 6419:15, 6419:17, 6422:21, 6423:1, 6423:3, 6423:10, 6423:13, 6424:3, 6424:9, 6424:10, 6426:16, 6426:19

**Hill** [1] - 6410:5

**HILL**................... [1] - 6281:12

**HILL**..................... [1] - 6281:13

**himself** [1] - 6418:22

**history** [1] - 6414:25

**hitting** [1] - 6302:1

**hold** [1] - 6417:25

**holding** [9] - 6324:19, 6325:2, 6325:4, 6347:9, 6348:5, 6358:9, 6358:13, 6391:6

**HOLDINGS** [1] - 6278:3

**hole** [23] - 6298:13, 6299:14, 6300:5, 6300:8, 6300:9, 6323:15, 6329:2, 6329:3, 6329:25, 6331:19, 6357:20, 6419:22, 6419:23, 6422:17, 6424:19, 6425:1, 6425:4, 6425:5, 6425:20, 6425:23

**HOLTHAUS** [1] - 6275:10

**home** [3] - 6298:19, 6312:19, 6346:4

**honestly** [3] - 6297:13, 6298:22, 6356:12

**Honor** [81] - 6282:9, 6282:12, 6282:16, 6282:19, 6283:1, 6283:5, 6283:11, 6284:9, 6284:15, 6285:5, 6285:15, 6285:17, 6285:23, 6286:6, 6286:18, 6286:20, 6287:9, 6287:14, 6289:1, 6302:8, 6304:16, 6304:20, 6307:25, 6308:9, 6314:5,

---

6322:8, 6324:4, 6329:5, 6330:11, 6330:12, 6335:2, 6337:4, 6341:22, 6341:24, 6348:19, 6348:24, 6349:6, 6349:23, 6350:3, 6350:19, 6352:5, 6352:8, 6352:24, 6353:7, 6353:24, 6354:12, 6354:18, 6354:20, 6354:22, 6357:15, 6371:18, 6374:3, 6387:25, 6391:22, 6392:21, 6398:3, 6400:21, 6403:8, 6408:2, 6408:4, 6408:9, 6408:23, 6409:8, 6409:16, 6410:5, 6410:7, 6417:17, 6417:25, 6418:16, 6418:19, 6418:21, 6419:1, 6419:6, 6419:11, 6419:15, 6422:21, 6423:1, 6423:17, 6424:3, 6424:9, 6426:16

**Honor's** [2] - 6283:6, 6294:10

**HONORABLE** [1] - 6273:22

**hooked** [1] - 6287:25

**hopefully** [3] - 6295:14, 6295:18, 6295:19

**Horizon** [10] - 6290:14, 6330:21, 6355:13, 6355:20, 6356:15, 6356:21, 6356:25, 6357:4, 6368:22, 6370:25

**HORIZON** [1] - 6273:5

**horizontal** [1] - 6421:24

**HOUMA** [1] - 6275:4

**hour** [1] - 6378:15

**hours** [34] - 6296:9, 6317:19, 6335:1, 6335:9, 6335:16, 6335:23, 6335:25, 6336:16, 6336:19, 6344:13, 6358:18, 6358:21, 6359:1, 6359:5, 6360:8, 6360:9, 6362:15, 6362:23, 6362:25, 6363:4, 6363:15, 6363:18, 6363:19, 6363:21, 6363:24,

6364:2, 6370:8, 6376:3, 6378:15, 6378:16, 6406:19

**house** [1] - 6381:4

**HOUSTON** [6] - 6275:15, 6278:11, 6278:23, 6279:9, 6279:10, 6279:20

**huge** [1] - 6405:14

**HUGHES** [1] - 6278:22

**hundred** [2] - 6295:3, 6327:4

**hundreds** [2] - 6284:6, 6411:16

**hydrocarbon** [12] - 6320:1, 6406:1, 6408:15, 6412:2, 6417:12, 6417:13, 6419:10, 6419:23, 6421:5, 6421:22, 6421:23, 6422:16

**hydrocarbon-bearing** [5] - 6419:10, 6419:23, 6421:5, 6421:22, 6422:16

**hydrocarbons** [2] - 6417:14, 6423:14

**HYMEL** [1] - 6278:18

**hypothetical** [6] - 6329:6, 6337:4, 6337:22, 6357:16, 6371:19, 6407:19

---

**I**

**idea** [4] - 6331:5, 6380:4, 6388:12, 6412:4

**identified** [5] - 6373:1, 6400:15, 6421:22, 6422:16, 6422:23

**identify** [8] - 6372:1, 6411:24, 6412:2, 6414:10, 6417:12, 6421:4, 6421:17, 6421:21

**identifying** [3] - 6371:16, 6398:23, 6417:9

**III** [1] - 6378:8

**IL** [1] - 6277:25

**imagine** [1] - 6424:14

**immediately** [2] - 6320:22, 6407:4

**impact** [2] - 6314:3, 6314:4

**importance** [1] - 6318:14

**important** [6] - 6297:3, 6328:10, 6333:22, 6333:25, 6394:5, 6394:18

**importantly** [1] - 6295:16

**impression** [3] - 6305:1, 6313:9, 6390:19

**IMPREVENTO** [1] - 6274:18

**improve** [2] - 6374:22, 6375:14

**improves** [1] - 6375:17

**improving** [1] - 6375:2

**IN** [3] - 6273:5, 6273:5, 6273:12

**in-house** [1] - 6381:4

**INC** [5] - 6273:16, 6277:14, 6278:4, 6278:5, 6279:14

**incident** [1] - 6366:5

**include** [5] - 6321:13, 6321:14, 6340:8, 6370:10, 6412:1

**included** [2] - 6311:14, 6335:11

**including** [2] - 6371:17, 6372:1

**incorrect** [1] - 6363:6

**increase** [9] - 6296:10, 6344:18, 6395:21, 6396:1, 6396:5, 6397:7, 6401:6, 6401:10, 6401:11

**Indata** [2] - 6353:7, 6353:10

**independent** [1] - 6412:8

**independently** [1] - 6420:21

**independents** [1] - 6414:3

**indicate** [2] - 6301:9, 6322:20

**indicated** [8] - 6331:9, 6333:10, 6336:15, 6336:16, 6345:17, 6346:6, 6349:13, 6398:21

**indicates** [1] - 6358:4

**indication** [9] - 6306:8, 6308:24, 6309:15, 6310:11, 6335:23, 6399:10, 6399:12, 6399:19, 6401:17

**indications** [2] - 6300:24, 6400:6

**indicative** [1] - 6378:24

**indicators** [5] - 6393:14, 6393:18, 6393:21, 6393:24, 6394:5

**indifferent** [3] - 6327:18, 6327:21, 6357:5

**individual** [5] - 6297:16, 6309:20, 6326:3, 6334:5, 6334:9

**individual's** [1] - 6293:1

**individuals** [11] - 6291:15, 6293:3, 6293:17, 6303:12, 6311:16, 6314:2, 6325:20, 6325:22, 6331:21, 6340:4, 6389:24

**industry** [2] - 6411:9, 6413:20

**inflow** [1] - 6373:8

**inform** [3] - 6334:21, 6371:11, 6381:4

**information** [18] - 6301:11, 6303:25, 6304:2, 6309:19, 6322:23, 6328:3, 6361:8, 6368:5, 6368:15, 6368:17, 6371:7, 6381:4, 6386:10, 6386:17, 6395:13, 6395:15, 6395:17, 6395:18

**informed** [7] - 6285:22, 6306:24, 6307:2, 6313:19, 6332:5, 6340:5, 6381:18

**inherent** [1] - 6389:3

**initial** [1] - 6423:3

**injected** [1] - 6378:4

**injection** [2] - 6377:5, 6377:7

**input** [1] - 6385:16

**inquiry** [1] - 6409:3

**insert** [1] - 6293:13

**inside** [1] - 6397:16

**instance** [1] - 6426:1

**instead** [2] - 6342:5, 6342:6

**instruction** [1] - 6414:1

**instruments** [4] - 6424:19, 6424:20, 6424:22, 6425:12

**intended** [2] -

**indicative** [1] -

6357:20, 6401:1

**intending** [1] - 6423:23

**intents** [1] - 6310:12

**interest** [2] - 6295:7, 6295:8

**interested** [1] - 6423:8

**internal** [1] - 6420:11

**international** [1] - 6416:16

**INTERNATIONAL** [1] - 6279:3

**interpret** [5] - 6374:5, 6388:2, 6411:23, 6417:8, 6418:21

**interrupt** [3] - 6287:10, 6287:11, 6340:12

**interval** [3] - 6387:11, 6419:22, 6419:23

**introduced** [1] - 6350:6

**introduces** [1] - 6354:8

**introducing** [1] - 6297:7

**inversion** [2] - 6338:24, 6339:8

**investigation** [2] - 6352:6, 6352:7

**involved** [11] - 6291:9, 6303:12, 6314:16, 6346:20, 6365:13, 6365:15, 6367:25, 6368:9, 6368:12, 6376:1, 6392:12

**involvement** [1] - 6414:23

**involving** [1] - 6340:18

**IRPINO** [5] - 6275:17, 6275:17, 6285:17, 6286:3, 6353:24

**Irpino** [2] - 6285:17, 6353:24

**irrelevant** [1] - 6409:1

**ISM** [2] - 6315:10, 6315:11

**isolation** [10] - 6296:2, 6328:15, 6333:4, 6357:8, 6357:10, 6357:20, 6357:23, 6404:6, 6405:25, 6406:2

**Isolation** [1] - 6374:17

**issue** [19] - 6366:22, 6367:3, 6367:6, 6367:12, 6371:14, 6372:6, 6372:9, 6381:8, 6381:10,

6381:12, 6383:21, 6384:8, 6392:19, 6404:10, 6409:15, 6420:16, 6423:1, 6423:10, 6424:5

**issued** [3] - 6352:8, 6423:12, 6423:13

**issues** [10] - 6332:2, 6365:6, 6365:24, 6367:16, 6368:6, 6382:10, 6383:13, 6388:25, 6408:5, 6417:20

**it'd** [1] - 6392:9

**Item** [1] - 6293:8

**item** [3] - 6293:14, 6299:10, 6310:6

**items** [2] - 6366:10, 6399:6

**itself** [6] - 6317:25, 6333:19, 6383:7, 6388:1, 6388:24, 6393:23

## J

**Jack** [3] - 6292:25, 6298:3, 6376:8

**James** [1] - 6288:14

**JAMES** [3] - 6274:3, 6277:5, 6288:15

**JEFFERSON** [2] - 6274:4, 6278:19

**Jeffrey** [1] - 6330:14

**JEFFREY** [1] - 6274:18

**JERRY** [1] - 6279:19

**Jesse** [36] - 6292:18, 6298:17, 6298:22, 6298:23, 6306:21, 6313:23, 6315:9, 6319:3, 6320:24, 6321:19, 6331:2, 6331:20, 6331:22, 6332:4, 6332:7, 6332:9, 6332:22, 6333:7, 6335:10, 6344:3, 6361:16, 6368:17, 6369:22, 6370:23, 6381:1, 6381:2, 6381:5, 6381:8, 6381:18, 6382:19, 6383:20, 6387:6, 6388:6, 6394:3, 6402:9, 6405:18

**JESSICA** [2] - 6276:10, 6276:11

**JIMMY** [1] - 6275:14

**job** [172] - 6290:1, 6290:4, 6290:5, 6290:9, 6290:11, 6291:1, 6291:4, 6292:5, 6292:20, 6293:5, 6294:13, 6295:8, 6296:3, 6296:6, 6297:14, 6297:17, 6298:6, 6298:11, 6298:16, 6298:23, 6298:24, 6300:13, 6300:14, 6301:15, 6303:11, 6303:13, 6303:14, 6306:2, 6306:3, 6306:25, 6307:6, 6307:7, 6307:17, 6307:19, 6308:12, 6308:19, 6308:21, 6309:24, 6310:13, 6310:19, 6310:23, 6313:1, 6314:2, 6314:3, 6314:15, 6314:22, 6314:24, 6317:11, 6318:24, 6319:5, 6320:12, 6320:18, 6320:20, 6320:21, 6320:22, 6320:23, 6321:1, 6321:2, 6321:6, 6321:10, 6321:15, 6322:1, 6322:6, 6323:4, 6324:7, 6325:3, 6325:14, 6325:24, 6326:2, 6327:9, 6328:1, 6328:6, 6328:14, 6328:24, 6329:18, 6332:12, 6333:16, 6336:25, 6337:16, 6337:17, 6338:5, 6338:17, 6339:12, 6340:7, 6340:14, 6344:11, 6345:8, 6345:10, 6347:4, 6347:9, 6347:20, 6357:8, 6358:19, 6358:21, 6358:22, 6367:12, 6367:17, 6368:1, 6368:9, 6368:23, 6369:5, 6369:7, 6369:13, 6369:18, 6369:22, 6371:8, 6371:15, 6375:24, 6376:1, 6376:21, 6377:6, 6377:10, 6381:3, 6381:6, 6382:6, 6382:24, 6383:4, 6383:9, 6383:16, 6383:22, 6383:25,

6384:1, 6384:12, 6384:15, 6385:21, 6386:1, 6386:6, 6386:9, 6386:11, 6386:13, 6387:2, 6387:21, 6388:24, 6389:4, 6389:7, 6391:2, 6391:3, 6391:9, 6391:16, 6391:18, 6392:19, 6393:12, 6393:14, 6393:19, 6393:22, 6393:23, 6394:1, 6394:3, 6394:24, 6395:12, 6395:18, 6399:11, 6399:15, 6399:17, 6399:20, 6400:1, 6401:10, 6401:12, 6401:18, 6402:4, 6402:12, 6402:13, 6402:18, 6402:22, 6403:3, 6405:3, 6405:4, 6405:18, 6406:25, 6417:21

**jobs** [4] - 6289:23, 6300:11, 6417:2

**John** [2] - 6315:19

**JOHN** [2] - 6275:10, 6278:22

**Johnson** [1] - 6283:4

**join** [1] - 6287:8

**joint** [1] - 6350:23

**joke** [1] - 6361:11

**JONES** [1] - 6279:8

**jot** [3] - 6292:1, 6297:15, 6300:17

**jotted** [2] - 6297:8, 6311:5

**jotting** [2] - 6300:23, 6305:6

**journal** [1] - 6291:25

**JR** [2] - 6274:22, 6279:15

**JUDGE** [1] - 6273:23

**Judge** [8] - 6286:10, 6286:17, 6287:21, 6291:8, 6295:16, 6342:5, 6352:18, 6419:19

**judge** [3] - 6287:6, 6304:5, 6306:9

**judgment** [1] - 6367:11

**JUSTICE** [4] - 6275:21, 6276:3, 6276:9, 6276:15

## K

**Kaluza** [15] - 6283:19, 6292:23, 6293:18, 6294:4, 6294:9, 6297:18, 6303:23, 6305:13, 6312:1, 6344:22, 6345:1, 6345:21, 6390:1, 6393:5, 6393:10

**KANNER** [3] - 6277:9, 6277:10, 6348:21

**Karis** [1] - 6285:7

**KARIS** [4] - 6277:24, 6285:5, 6285:7, 6285:15

**KATZ** [1] - 6274:7

**keep** [5] - 6285:2, 6306:24, 6307:2, 6342:4, 6389:10

**KELLEY** [1] - 6276:17

**Kennedy** [1] - 6349:14

**Kenney** [2] - 6351:25, 6352:6

**KERRY** [1] - 6278:6

**Kerry** [1] - 6350:20

**KINCHEN** [2] - 6278:22, 6278:22

**kind** [6] - 6291:8, 6295:1, 6332:1, 6333:14, 6361:14, 6380:7, 6380:9, 6425:2

**kinds** [1] - 6332:10

**KIRKLAND** [1] - 6277:23

**knock** [2] - 6294:23, 6294:24

**knowing** [2] - 6363:21, 6368:17

**knowledge** [15] - 6286:10, 6296:16, 6299:20, 6324:1, 6329:1, 6341:3, 6341:9, 6348:15, 6362:5, 6364:6, 6364:10, 6364:12, 6387:23, 6392:3, 6403:1

**known** [6] - 6388:10, 6388:11, 6388:12, 6388:13, 6388:14, 6388:16

**knows** [1] - 6286:20

**KRAUS** [1] - 6277:10

**KULLMAN** [1] - 6274:14

## L

**LA** [15] - 6274:5, 6274:8, 6274:16, 6274:23, 6275:4, 6275:8, 6275:11, 6275:18, 6277:7, 6277:11, 6277:17, 6278:7, 6278:20, 6279:5, 6280:5

**lab** [9] - 6315:10, 6315:11, 6316:7, 6316:8, 6316:14, 6316:16, 6380:5, 6406:23, 6407:9

**labeled** [1] - 6421:19

**lack** [5] - 6315:1, 6403:24, 6404:8, 6404:9

**Lafayette** [3] - 6290:19, 6290:22, 6321:22

**LAFAYETTE** [2] - 6274:5, 6278:20

**LAFLEUR** [1] - 6278:18

**LAMAR** [1] - 6279:20

**landed** [5] - 6301:21, 6309:13, 6310:12, 6397:11, 6399:12

**landing** [2] - 6397:12, 6400:7

**LANGAN** [1] - 6277:23

**language** [1] - 6418:22

**laptop** [1] - 6377:16

**large** [4] - 6412:8, 6414:2, 6416:10, 6417:14

**LASALLE** [1] - 6277:25

**laser** [1] - 6421:8

**last** [22] - 6283:12, 6284:15, 6284:16, 6292:8, 6299:3, 6307:25, 6311:2, 6311:4, 6324:15, 6327:25, 6333:9, 6334:23, 6336:24, 6349:12, 6353:3, 6353:19, 6362:1, 6370:7, 6376:9, 6376:16, 6415:23, 6415:25

**late** [4] - 6284:15, 6284:21, 6337:10, 6397:6

**LAW** [3] - 6275:3, 6275:6, 6275:17

**LAWRENCE** [1] - 6276:12

**lead** [4] - 6298:9, 6321:21, 6384:23, 6385:3

**leader** [10] - 6291:14, 6292:24, 6298:7, 6298:8, 6298:9, 6344:21, 6344:24, 6345:12, 6347:2, 6415:6

**leaders** [2] - 6344:20, 6347:2

**leads** [1] - 6352:7

**leak** [1] - 6395:3

**leak-free** [1] - 6395:3

**leaks** [1] - 6358:15

**learn** [1] - 6290:8

**learned** [7] - 6313:10, 6316:24, 6330:20, 6371:12, 6380:15, 6382:13, 6382:15

**LEASING** [1] - 6273:13

**least** [7] - 6287:19, 6295:6, 6295:24, 6388:10, 6388:11, 6388:16, 6419:9

**leaving** [1] - 6321:7

**Lee** [1] - 6420:18

**left** [8] - 6295:21, 6300:5, 6300:8, 6326:1, 6335:22, 6341:11, 6397:24, 6398:6

**left-hand** [1] - 6335:22

**LEGER** [2] - 6274:21, 6274:22

**legible** [2] - 6317:23, 6343:13

**length** [1] - 6284:3

**lengthy** [1] - 6410:24

**Leo** [1] - 6282:18

**less** [3] - 6286:24, 6395:5, 6408:25

**LEWIS** [4] - 6274:14, 6277:15, 6279:14, 6279:19

**LI** [10] - 6278:15, 6348:24, 6354:12, 6354:18, 6354:20, 6354:22, 6354:24, 6355:6, 6357:18, 6364:13

**Li** [1] - 6354:25

**LI.....................** [1] - 6281:8

**LIFE** [1] - 6274:15

**life** [2] - 6355:7, 6355:11

**lift** [16] - 6326:14, 6326:25, 6327:3, 6327:7, 6327:12, 6347:16, 6347:19, 6347:23, 6348:7, 6393:17, 6395:21, 6396:21, 6401:13, 6401:17, 6402:3, 6402:16

**light** [1] - 6349:9

**lighter** [5] - 6338:14, 6338:17, 6338:20, 6338:25, 6339:7

**lightly** [1] - 6294:22

**likelihood** [1] - 6320:6

**likewise** [1] - 6329:9

**limiting** [1] - 6352:8

**Lindner** [1] - 6282:18

**line** [6] - 6293:14, 6309:3, 6330:24, 6421:24, 6425:2

**liner** [1] - 6310:24

**lines** [5] - 6308:18, 6308:19, 6308:20, 6309:2, 6335:20

**liquid** [2] - 6378:1, 6417:14

**LISKOW** [1] - 6277:15

**list** [18] - 6283:14, 6284:17, 6285:10, 6285:19, 6285:21, 6286:4, 6349:12, 6351:25, 6353:21, 6353:25, 6354:3, 6354:5, 6354:6, 6354:9, 6361:20, 6383:8, 6393:15, 6417:2

**listed** [3] - 6357:16, 6402:25, 6415:13

**listen** [1] - 6413:25

**listening** [1] - 6305:6

**listing** [2] - 6415:23, 6415:25

**LITIGATION** [1] - 6276:16

**live** [1] - 6289:8

**living** [1] - 6289:9

**LLC** [1] - 6278:3

**load** [1] - 6382:5

**loaded** [1] - 6353:4

**locals** [1] - 6342:6

**located** [4] - 6377:11, 6377:12, 6377:23, 6377:25

**location** [5] - 6289:17, 6291:12, 6291:13, 6293:19, 6298:9

**locations** [1] - 6325:25

**lodge** [1] - 6349:14

**log** [9] - 6321:10, 6322:1, 6323:22, 6340:14, 6340:16, 6340:19, 6340:24, 6341:2, 6425:25

**logging** [4] - 6420:8, 6425:9, 6425:15, 6425:22

**logs** [11] - 6411:23, 6412:1, 6417:9, 6420:7, 6425:1, 6425:6, 6425:8, 6425:9, 6426:2, 6426:7

**Long-Term** [1] - 6374:17

**longest** [1] - 6374:17

**Look** [1] - 6307:16

**look** [42] - 6308:13, 6315:11, 6316:4, 6319:9, 6319:19, 6321:2, 6325:5, 6334:10, 6335:5, 6335:6, 6335:7, 6354:14, 6356:5, 6356:18, 6359:18, 6362:9, 6362:22, 6372:14, 6372:24, 6373:10, 6373:17, 6374:16, 6381:25, 6383:19, 6384:17, 6385:9, 6387:3, 6387:15, 6389:9, 6392:4, 6393:18, 6394:2, 6394:5, 6396:21, 6397:20, 6399:25, 6400:12, 6400:14, 6402:6, 6405:4, 6419:21, 6424:7

**looked** [6] - 6283:12, 6326:16, 6385:13, 6387:4, 6401:25, 6409:5

**looking** [19] - 6314:25, 6319:17, 6324:6, 6325:18, 6326:8, 6326:21, 6328:24, 6347:16, 6365:3, 6385:19, 6393:9, 6396:1, 6396:5, 6396:12, 6396:13, 6396:25, 6397:7, 6397:10, 6401:6

**looks** [4] - 6301:19, 6344:11, 6344:18, 6398:14

**loop** [1] - 6306:25

**LOS** [1] - 6278:16

**losing** [1] - 6397:1

**lost** [4] - 6395:6, 6397:1, 6425:14

**Louisiana** [6] - 6289:9, 6290:18, 6290:22, 6348:20, 6427:5, 6427:6

**LOUISIANA** [4] - 6273:2, 6273:8, 6277:3, 6277:5

**low** [1] - 6305:12, 6327:10, 6327:18, 6327:21, 6331:9, 6331:13, 6331:24, 6332:5, 6332:10, 6357:11, 6368:15

**lower** [1] - 6426:8

**lowered** [1] - 6424:19

**LUIS** [1] - 6278:15

**Luis** [2] - 6354:25, 6355:7

**lunch** [2] - 6426:15, 6426:18

**luncheon** [1] - 6426:22

**lunchtime** [1] - 6383:22

**LUTHER** [1] - 6276:22

**LWD** [1] - 6425:9

### M

**M56A** [1] - 6421:24

**M57B** [7] - 6420:12, 6421:6, 6421:17, 6421:19, 6422:3, 6422:8, 6422:16

**Macondo** [13] - 6290:24, 6357:20, 6362:20, 6365:17, 6367:21, 6385:3, 6387:12, 6395:9, 6398:16, 6400:23, 6401:18, 6403:3, 6420:8

**MAGAZINE** [1] - 6275:18

**magically** [1] - 6353:6

**Magistrate** [1] - 6350:21

**MAHTOOK** [1] - 6278:18

**mail** [19] - 6283:22, 6283:23, 6315:9, 6316:11, 6319:8, 6321:19, 6335:10, 6341:10, 6341:20, 6344:3, 6344:9, 6345:23, 6361:14,

**6361:23, 6385:19, 6386:19, 6387:14, 6401:24

**MAIN** [1] - 6275:11

**major** [5] - 6357:13, 6366:22, 6412:6, 6414:2

**MALINDA** [1] - 6276:12

**man** [4] - 6292:22, 6293:12, 6293:18, 6294:4

**man's** [2] - 6297:6, 6366:18

**manage** [2] - 6371:17, 6372:2

**manager** [1] - 6321:22

**manifold** [3] - 6378:3, 6379:25, 6380:8

**manner** [1] - 6388:25

**manual** [2] - 6359:19, 6360:25

**manuals** [1] - 6284:8

**March** [1] - 6354:10

**MARCH** [2] - 6273:9, 6282:2

**Mark** [1] - 6315:25

**marshalling** [4] - 6349:10, 6351:2, 6351:20, 6352:19

**master** [1] - 6410:15

**match** [2] - 6322:3

**material** [3] - 6397:1, 6406:5, 6406:10

**materials** [1] - 6289:17

**Matt** [1] - 6408:4

**matter** [6] - 6287:9, 6296:9, 6366:14, 6367:6, 6383:4, 6427:9

**matters** [2] - 6282:11, 6403:22

**MATTHEW** [1] - 6277:24

**maximum** [1] - 6393:7

**MAZE** [2] - 6276:22, 6348:19

**McCLELLAN** [1] - 6276:10

**McKay** [1] - 6283:4

**MCKINNEY** [1] - 6279:10

**mean** [21] - 6289:14, 6296:24, 6298:8, 6299:3, 6299:11, 6301:24, 6302:15, 6309:11, 6310:10, 6319:24, 6324:17, 6335:24, 6340:12,

6356:24, 6359:9,
6375:17, 6385:24,
6389:19, 6391:1,
6400:5, 6404:3
**meaningless** [1] -
6361:2
**means** [8] - 6296:25,
6301:22, 6301:25,
6302:1, 6302:16,
6309:12, 6319:25,
6335:25
**measure** [2] - 6421:7,
6421:24
**measured** [5] -
6301:22, 6324:24,
6324:25, 6347:25,
6348:2
**measurement** [1] -
6425:9
**measurements** [2] -
6426:2, 6426:9
**measuring** [3] -
6324:23, 6325:1,
6325:16
**MECHANICAL** [1] -
6280:7
**mechanics** [1] -
6353:3
**mee** [2] - 6342:5,
6342:6
**mee-shoo** [1] - 6342:5
**mee-show** [1] -
6342:6
**meet** [2] - 6294:2,
6331:17
**meeting** [29] -
6284:17, 6286:3,
6292:19, 6292:21,
6293:4, 6293:24,
6299:17, 6299:18,
6303:14, 6311:5,
6311:9, 6311:13,
6311:17, 6312:9,
6312:13, 6331:22,
6332:16, 6332:20,
6333:17, 6346:6,
6366:17, 6370:4,
6381:22, 6381:24,
6383:25, 6390:11,
6390:17, 6393:5
**meetings** [9] -
6311:14, 6332:1,
6366:14, 6370:2,
6370:6, 6370:10,
6370:14, 6370:21,
6370:24
**Membership** [1] -
6414:14
**memberships** [1] -
6414:5

**memory** [1] - 6336:21
**men** [3] - 6297:18,
6307:12, 6311:14
**mention** [3] - 6305:13,
6322:11, 6349:8
**mentioned** [5] -
6282:24, 6283:9,
6285:13, 6286:1,
6286:15, 6297:7,
6299:17, 6321:20,
6325:13, 6349:7,
6352:20, 6353:14,
6366:19, 6372:10,
6376:20
**MERIT** [1] - 6280:4
**Merit** [2] - 6427:4,
6427:14
**met** [7] - 6297:19,
6297:21, 6297:25,
6298:24, 6298:25,
6299:1, 6299:7
**Mexico** [1] - 6412:22
**MEXICO** [1] - 6273:6
**Michael** [2] - 6321:13,
6321:21
**MICHAEL** [2] -
6275:22, 6278:14
**MICHELLE** [1] -
6276:11
**Michoud** [1] - 6352:7
**midway** [1] - 6290:16
**might** [9] - 6287:6,
6294:22, 6304:17,
6308:6, 6338:24,
6354:15, 6359:14,
6363:18, 6411:18
**migrate** [1] - 6357:12
**migration** [2] -
6357:11, 6374:22
**migrations** [1] -
6372:16
**Mike** [4] - 6287:8,
6339:21, 6340:4,
6364:17
**MILLER** [5] - 6278:6,
6350:19, 6351:10,
6351:15, 6353:7
**Miller** [2] - 6350:17,
6350:20
**mind** [3] - 6284:10,
6300:1, 6331:16
**minimum** [1] - 6419:8
**minus** [2] - 6290:17,
6390:15
**minute** [12] - 6291:22,
6293:16, 6307:14,
6336:24, 6364:21,
6369:18, 6372:6,
6385:1, 6385:20,
6392:4, 6403:14

**minutes** [5] - 6317:19,
6359:1, 6378:10,
6393:11, 6426:15
**misstates** [1] -
6391:22
**misstating** [1] -
6347:17
**mitigate** [1] - 6372:4
**mitigation** [2] -
6372:11, 6375:7
**mix** [2] - 6377:22,
6379:4
**mixed** [5] - 6378:6,
6378:10, 6378:20,
6386:7, 6406:24
**mixer** [2] - 6378:8,
6378:10
**mixing** [13] - 6376:6,
6377:3, 6377:25,
6378:13, 6379:4,
6379:7, 6379:9,
6379:11, 6379:14,
6379:15, 6380:1,
6407:1, 6407:8
**MOBILE** [1] - 6274:12
**model** [1] - 6397:24
**modeling** [1] - 6373:1
**modifications** [2] -
6292:3, 6321:10
**MOEX** [1] - 6412:9
**monitor** [8] - 6289:15,
6290:25, 6326:4,
6329:24, 6330:2,
6394:12, 6394:13,
6394:14
**monitored** [5] -
6305:22, 6305:24,
6306:14, 6326:24,
6330:4
**monitoring** [6] -
6289:23, 6305:6,
6305:14, 6309:21,
6325:21, 6328:4
**monitors** [2] - 6304:3,
6394:16
**MONTGOMERY** [1] -
6276:24
**Morel** [15] - 6292:23,
6299:5, 6307:12,
6311:15, 6312:1,
6313:5, 6317:4,
6334:17, 6334:20,
6334:21, 6345:18,
6345:22, 6345:24,
6380:21, 6390:2
**MORNING** [1] -
6273:20
**morning** [40] - 6282:8,
6282:9, 6285:5,
6285:6, 6285:17,

6286:6, 6286:18,
6286:19, 6299:17,
6299:18, 6311:4,
6311:5, 6311:14,
6312:10, 6324:8,
6330:18, 6330:19,
6335:16, 6342:2,
6342:3, 6346:6,
6346:8, 6349:8,
6354:25, 6355:2,
6370:1, 6370:4,
6370:6, 6370:19,
6370:21, 6370:24,
6376:3, 6380:17,
6380:20, 6381:22,
6381:24, 6382:9,
6395:10, 6410:11,
6410:12
**most** [5] - 6290:9,
6290:11, 6342:24,
6370:9, 6384:16
**motion** [6] - 6286:21,
6408:11, 6408:13,
6408:23, 6409:5,
6417:23
**move** [7] - 6284:11,
6294:6, 6306:2,
6306:3, 6313:21,
6389:10, 6422:22
**moved** [1] - 6400:15
**movement** [1] -
6289:16
**moving** [3] - 6373:17,
6389:6, 6426:14
**MR** [176] - 6281:5,
6281:6, 6281:7,
6281:8, 6281:9,
6281:10, 6281:12,
6281:13, 6282:12,
6282:22, 6283:1,
6283:11, 6284:1,
6284:8, 6284:15,
6285:17, 6285:22,
6286:3, 6286:6,
6286:17, 6286:18,
6286:20, 6287:3,
6287:5, 6287:6,
6287:13, 6287:21,
6287:24, 6288:2,
6288:18, 6288:21,
6288:25, 6289:6,
6302:8, 6302:11,
6302:13, 6303:1,
6304:16, 6304:19,
6304:21, 6307:24,
6308:5, 6308:9,
6308:10, 6314:5,
6314:11, 6314:14,
6314:17, 6314:20,
6314:23, 6315:3,

6319:12, 6319:13,
6319:14, 6319:15,
6322:8, 6322:11,
6322:13, 6322:14,
6322:15, 6322:17,
6324:3, 6324:4,
6324:5, 6329:5,
6329:8, 6329:11,
6329:13, 6329:17,
6330:6, 6330:9,
6330:11, 6330:14,
6330:17, 6335:2,
6335:4, 6337:4,
6337:8, 6337:22,
6337:25, 6341:22,
6341:24, 6342:1,
6342:11, 6342:12,
6344:1, 6348:16,
6348:19, 6348:21,
6348:24, 6349:6,
6349:23, 6350:3,
6350:5, 6350:8,
6350:17, 6350:19,
6351:10, 6351:15,
6351:19, 6351:25,
6352:5, 6352:22,
6352:24, 6353:7,
6353:14, 6353:24,
6354:12, 6354:18,
6354:20, 6354:22,
6354:24, 6355:6,
6357:15, 6357:18,
6364:13, 6364:16,
6371:18, 6371:24,
6374:3, 6374:7,
6374:10, 6374:12,
6374:15, 6376:14,
6379:19, 6379:22,
6387:25, 6388:9,
6391:22, 6391:25,
6392:21, 6392:23,
6398:3, 6398:17,
6400:21, 6400:25,
6401:4, 6401:5,
6401:20, 6401:21,
6403:5, 6403:8,
6403:10, 6403:13,
6407:19, 6407:22,
6408:2, 6408:4,
6408:9, 6409:8,
6409:12, 6409:16,
6410:5, 6410:10,
6417:17, 6417:25,
6418:4, 6418:16,
6418:19, 6418:23,
6418:25, 6419:3,
6419:15, 6419:17,
6422:21, 6423:1,
6423:3, 6423:10,
6423:13, 6423:25,
6424:3, 6424:9,

6424:10, 6426:16, 6426:19
**MS** [3] - 6285:5, 6285:7, 6285:15
**mud** [39] - 6294:18, 6294:22, 6295:4, 6295:8, 6295:11, 6295:13, 6295:19, 6295:21, 6295:24, 6296:8, 6296:9, 6296:11, 6296:25, 6297:2, 6300:22, 6305:3, 6305:23, 6309:8, 6309:21, 6338:11, 6338:13, 6358:10, 6358:12, 6374:22, 6375:2, 6375:3, 6375:7, 6375:11, 6375:13, 6375:14, 6390:25, 6394:7, 6394:9, 6395:1, 6396:2, 6397:11, 6403:24, 6404:9, 6422:11
**multi** [1] - 6284:3
**multi-length** [1] - 6284:3
**multiple** [2] - 6392:16, 6392:18
**MUNGER** [1] - 6278:13
**Murray** [2] - 6282:18, 6315:21
**must** [2] - 6328:15, 6419:8
**MWD** [1] - 6425:9

## N

**name** [14] - 6288:13, 6289:7, 6293:1, 6297:15, 6298:4, 6342:9, 6356:6, 6356:19, 6376:9, 6376:10, 6376:15, 6376:16, 6410:1, 6410:3
**named** [1] - 6355:7
**names** [3] - 6297:12, 6297:14, 6389:22
**Nat** [1] - 6345:7
**Nate** [5] - 6288:23, 6289:2, 6292:10, 6314:21, 6342:8
**NATHANIEL** [4] - 6276:6, 6281:4, 6288:9, 6288:14
**Nathaniel** [2] - 6288:3, 6288:14

**national** [1] - 6412:15
**National** [1] - 6414:12
**natural** [1] - 6424:24
**NATURAL** [1] - 6276:3
**near** [1] - 6308:16
**necessary** [2] - 6284:7, 6359:10
**need** [21] - 6287:2, 6296:6, 6297:16, 6301:12, 6305:15, 6310:15, 6317:13, 6337:1, 6337:19, 6338:7, 6349:10, 6353:2, 6353:13, 6364:18, 6388:1, 6391:12, 6393:21, 6402:16, 6410:23, 6410:25, 6413:16
**needed** [3] - 6302:18, 6386:4, 6386:8
**negative** [3] - 6347:4, 6347:12, 6348:11
**never** [2] - 6334:7, 6334:20
**NEW** [10] - 6273:8, 6274:8, 6274:16, 6274:23, 6275:18, 6277:11, 6277:17, 6278:7, 6279:5, 6280:5
**new** [4] - 6350:15, 6351:6, 6417:6, 6417:7
**next** [21] - 6283:21, 6287:20, 6303:6, 6314:7, 6316:4, 6316:14, 6318:1, 6330:24, 6343:1, 6343:10, 6343:24, 6344:7, 6346:6, 6351:22, 6352:18, 6353:11, 6373:10, 6381:11, 6382:25, 6384:12, 6408:1
**night** [5] - 6283:12, 6292:19, 6300:2, 6349:12, 6353:19
**nine** [17] - 6301:5, 6303:7, 6303:17, 6303:18, 6304:6, 6316:20, 6316:22, 6316:25, 6317:6, 6317:9, 6317:10, 6343:15, 6343:22, 6359:5, 6362:6, 6384:8, 6390:12
**nine-gallon** [2] - 6316:20, 6317:6
**NINTH** [1] - 6275:7
**ninth** [1] - 6390:14

**nitrogen** [13] - 6291:15, 6292:25, 6298:5, 6298:15, 6308:18, 6308:19, 6309:2, 6376:8, 6377:5, 6378:3, 6379:25, 6380:8
**NO** [3] - 6273:8, 6273:12, 6273:14
**nominated** [1] - 6411:26
**none** [2] - 6284:4, 6404:1
**nonexpert** [1] - 6329:6
**NONJURY** [1] - 6273:21
**noon** [1] - 6312:19
**NORFOLK** [1] - 6278:23
**normal** [2] - 6327:7, 6339:13
**normally** [1] - 6300:10
**NORTH** [1] - 6277:6
**notations** [1] - 6324:13
**note** [12] - 6297:8, 6301:7, 6302:20, 6302:23, 6311:6, 6366:3, 6366:4, 6366:10, 6382:6, 6383:20, 6385:21, 6401:13
**noted** [9] - 6299:18, 6305:10, 6307:21, 6362:21, 6366:15, 6367:1, 6367:6, 6401:12, 6402:8
**notes** [6] - 6292:2, 6305:7, 6342:20, 6342:21, 6343:7, 6343:15
**nothing** [5] - 6288:6, 6341:22, 6348:21, 6366:21, 6409:20
**notice** [2] - 6300:20, 6317:20
**noticed** [3] - 6318:17, 6322:13, 6322:15
**noting** [2] - 6367:16, 6369:16
**nowhere** [1] - 6293:20
**number** [15] - 6298:19, 6308:3, 6308:7, 6309:6, 6314:12, 6315:5, 6322:14, 6322:16, 6324:3, 6343:19, 6361:16, 6383:13, 6387:6, 6424:24, 6426:7

**Number** [2] - 6293:9, 6319:11
**numbered** [1] - 6427:9
**numbers** [6] - 6292:8, 6303:6, 6307:23, 6322:10, 6350:1, 6353:19
**NW** [1] - 6277:20

## O

**o'clock** [4] - 6287:3, 6296:19, 6300:2, 6362:6
**O'KEEFE** [1] - 6274:8
**O'ROURKE** [1] - 6276:4
**oath** [2] - 6288:11, 6409:25
**object** [13] - 6302:8, 6314:5, 6314:16, 6314:23, 6357:15, 6371:18, 6374:4, 6389:6, 6392:21, 6398:3, 6400:21, 6407:19, 6418:16
**objected** [1] - 6354:7
**objection** [20] - 6283:19, 6285:12, 6285:23, 6285:25, 6286:13, 6329:5, 6329:11, 6335:2, 6337:22, 6349:13, 6354:11, 6354:13, 6357:17, 6371:21, 6382:17, 6388:3, 6391:22, 6407:21
**objections** [11] - 6285:9, 6285:10, 6285:21, 6285:24, 6286:10, 6286:12, 6352:3, 6352:11, 6352:14, 6352:17, 6352:24
**observations** [1] - 6343:6
**observed** [5] - 6342:22, 6343:14, 6392:8, 6401:13, 6402:2
**obtained** [2] - 6420:7, 6425:6
**obtaining** [1] - 6400:1
**obviously** [4] - 6297:21, 6326:4, 6340:9, 6426:17
**occasion** [2] - 6310:1, 6411:23
**occasions** [1] -

6412:15
**occur** [3] - 6377:20, 6395:11, 6396:10
**occurred** [6] - 6321:8, 6325:9, 6370:7, 6401:2, 6407:20
**occurrences** [1] - 6369:13
**occurring** [2] - 6399:24, 6411:19
**occurs** [8] - 6307:3, 6347:19, 6380:1, 6396:2, 6396:24, 6397:3, 6397:14, 6421:7
**OF** [14] - 6273:2, 6273:6, 6273:13, 6273:15, 6273:21, 6275:21, 6276:3, 6276:9, 6276:15, 6276:21, 6277:3, 6277:4, 6277:5
**offer** [12] - 6282:14, 6283:2, 6283:13, 6284:16, 6285:10, 6286:10, 6349:10, 6349:15, 6351:22, 6409:13, 6421:2, 6424:4
**offered** [1] - 6284:22
**offering** [1] - 6284:25
**offers** [1] - 6354:8
**OFFICE** [5] - 6274:4, 6276:13, 6276:21, 6277:3, 6277:7
**office** [2] - 6297:6, 6321:9, 6366:18
**Official** [2] - 6427:5, 6427:14
**official** [1] - 6308:19
**OFFICIAL** [1] - 6280:3
**officially** [1] - 6308:21
**offshore** [1] - 6289:16
**OFFSHORE** [1] - 6278:4
**oil** [6] - 6338:10, 6338:11, 6338:13, 6412:6, 6412:8, 6414:2
**OIL** [2] - 6273:5
**oil-based** [2] - 6338:11, 6338:13
**OLSON** [1] - 6278:13
**ON** [1] - 6273:6
**on-the-job** [2] - 6290:9, 6290:11
**onboard** [2] - 6345:17, 6355:13
**once** [21] - 6290:4, 6290:25, 6294:4,

6295:4, 6299:24, 6305:5, 6305:10, 6305:11, 6309:1, 6310:11, 6318:15, 6320:2, 6325:19, 6328:3, 6328:5, 6330:4, 6332:24, 6384:3, 6386:22, 6396:18, 6407:3

**one** [86] - 6283:1, 6283:3, 6283:17, 6284:1, 6293:15, 6295:2, 6298:12, 6302:19, 6303:5, 6303:17, 6305:23, 6307:18, 6308:4, 6309:25, 6310:6, 6314:14, 6315:13, 6318:2, 6319:19, 6320:9, 6320:17, 6321:17, 6322:8, 6322:24, 6323:15, 6323:23, 6323:24, 6328:9, 6329:4, 6329:20, 6330:11, 6333:9, 6337:2, 6340:15, 6341:14, 6341:15, 6341:16, 6342:11, 6343:1, 6343:6, 6343:10, 6343:25, 6344:6, 6344:12, 6345:1, 6353:14, 6359:16, 6359:23, 6361:15, 6361:20, 6362:4, 6362:10, 6365:24, 6366:1, 6366:14, 6366:25, 6367:7, 6369:19, 6369:25, 6371:6, 6371:25, 6373:13, 6374:18, 6375:14, 6377:25, 6379:23, 6386:15, 6387:4, 6388:23, 6390:1, 6391:1, 6392:11, 6399:24, 6400:13, 6401:20, 6406:15, 6406:16, 6411:15, 6416:6, 6417:18, 6419:7, 6419:21, 6421:9, 6421:10, 6423:1

**ONE** [2] - 6277:16, 6279:9

**ones** [3] - 6354:6, 6393:15, 6420:7

**onshore** [3] - 6370:18, 6370:20, 6382:25

**onsite** [1] - 6388:22

**open** [8] - 6285:2,

6320:20, 6419:22, 6419:23, 6422:17, 6425:1, 6425:20, 6425:23

**operated** [1] - 6376:8

**operating** [2] - 6303:23, 6389:25

**operation** [4] - 6298:10, 6370:15, 6376:22, 6376:23

**operational** [5] - 6328:7, 6337:15, 6386:11, 6392:7, 6393:20

**operations** [8] - 6289:15, 6359:13, 6365:9, 6370:8, 6408:20, 6413:4, 6413:8, 6425:3

**operator** [4] - 6298:5, 6371:17, 6372:1, 6372:3

**opinion** [17] - 6314:15, 6329:13, 6329:16, 6345:24, 6367:24, 6368:4, 6368:10, 6389:2, 6408:15, 6408:18, 6408:19, 6408:21, 6408:25, 6421:5, 6422:19, 6423:13, 6424:4

**opinions** [11] - 6408:14, 6408:21, 6409:4, 6416:18, 6419:22, 6420:1, 6420:22, 6420:24, 6421:3, 6422:15, 6424:11

**opportunities** [1] - 6411:19

**OptiCem** [8] - 6319:7, 6320:6, 6320:8, 6320:11, 6333:9, 6334:23, 6368:13

**options** [1] - 6373:13

**order** [6] - 6324:18, 6338:6, 6344:16, 6350:2, 6357:22, 6418:6

**ORDER** [1] - 6282:4

**orders** [1] - 6352:8

**organization** [1] - 6414:21

**organizations** [1] - 6414:8

**orient** [1] - 6418:6

**orientation** [1] - 6297:6

**original** [3] - 6306:16,

6423:2, 6424:8

**ORLEANS** [10] - 6273:8, 6274:8, 6274:16, 6274:23, 6275:18, 6277:11, 6277:17, 6278:7, 6279:5, 6280:5

**outcome** [1] - 6394:3

**outs** [2] - 6353:20

**outside** [4] - 6325:8, 6377:18, 6380:2, 6382:19

**overrule** [3] - 6371:21, 6374:13, 6388:3

**overruled** [1] - 6391:24

**oversaw** [2] - 6376:22, 6376:23

**oversees** [1] - 6298:10

**P**

**p.m** [1] - 6312:19

**P.O** [1] - 6276:7

**pack** [1] - 6312:14

**page** [45] - 6296:12, 6297:10, 6303:4, 6303:6, 6304:11, 6304:19, 6306:4, 6307:5, 6307:22, 6308:14, 6308:22, 6308:23, 6309:16, 6310:7, 6311:1, 6316:4, 6316:14, 6317:12, 6317:20, 6318:1, 6319:12, 6319:13, 6319:20, 6321:23, 6322:14, 6322:16, 6322:18, 6322:20, 6324:2, 6325:12, 6326:20, 6327:25, 6335:19, 6335:20, 6362:11, 6373:4, 6373:19, 6402:6, 6402:7, 6414:4, 6415:9, 6415:11, 6415:12, 6415:22, 6419:3

**PAGE** [2] - 6281:2, 6281:18

**pages** [9] - 6284:3, 6284:4, 6284:6, 6284:7, 6286:24, 6316:14, 6354:2, 6415:23, 6415:25

**PALMINTIER** [1] - 6275:10

**PAN** [1] - 6274:15

**paperwork** [1] -

6377:14

**paragraph** [1] - 6401:23

**part** [22] - 6300:4, 6300:8, 6304:12, 6320:3, 6332:19, 6333:8, 6342:24, 6343:5, 6350:14, 6352:4, 6357:2, 6369:16, 6370:9, 6384:16, 6385:13, 6391:5, 6392:24, 6398:5, 6398:6, 6413:10, 6415:4, 6417:6

**partially** [1] - 6405:20

**participate** [1] - 6370:19

**participated** [6] - 6355:19, 6356:7, 6356:11, 6356:22, 6370:23, 6390:8

**particular** [51] - 6289:25, 6290:1, 6292:13, 6293:14, 6294:2, 6297:5, 6297:17, 6298:10, 6298:11, 6301:11, 6302:23, 6303:9, 6303:16, 6310:23, 6311:5, 6311:9, 6312:13, 6314:15, 6314:24, 6316:17, 6317:11, 6317:12, 6318:8, 6320:6, 6320:8, 6323:7, 6324:25, 6326:3, 6331:9, 6331:12, 6333:11, 6334:2, 6334:11, 6334:25, 6335:18, 6337:2, 6337:3, 6337:14, 6337:20, 6338:2, 6338:5, 6339:3, 6339:11, 6363:11, 6363:20, 6368:9, 6375:10, 6392:4, 6398:4, 6398:7, 6408:14

**particularly** [1] - 6346:14

**parties** [3] - 6284:20, 6354:6, 6420:9

**parts** [1] - 6352:8

**party** [1] - 6351:1

**pass** [5] - 6330:9, 6364:13, 6407:22, 6407:23, 6424:22

**passes** [1] - 6425:12

**past** [1] - 6412:7

**path** [2] - 6295:6, 6295:23

**PAUL** [1] - 6274:14

**Paul** [3] - 6292:24, 6298:6, 6377:9

**PENNSYLVANIA** [1] - 6277:20

**people** [19] - 6291:5, 6291:9, 6297:11, 6312:21, 6316:9, 6318:21, 6320:14, 6331:18, 6331:23, 6335:10, 6339:25, 6340:24, 6361:20, 6370:19, 6370:20, 6375:25, 6387:6, 6413:25, 6424:14

**Pepper** [3] - 6427:3, 6427:12, 6427:13

**PEPPER** [1] - 6280:3

**per** [7] - 6283:6, 6293:12, 6293:15, 6293:16, 6362:21, 6388:15, 6422:10

**perfect** [2] - 6323:15, 6406:3

**perfectly** [3] - 6323:14, 6327:3, 6408:24

**perforate** [1] - 6404:5

**perform** [4] - 6307:10, 6323:22, 6372:4, 6391:16

**performance** [2] - 6377:10, 6411:18

**performed** [9] - 6290:5, 6319:5, 6323:23, 6347:5, 6347:13, 6348:11, 6348:13, 6365:17, 6388:24

**performing** [6] - 6307:17, 6323:24, 6334:10, 6334:11, 6377:2, 6411:18

**perhaps** [1] - 6418:25

**period** [10] - 6289:18, 6290:17, 6296:8, 6306:19, 6317:16, 6358:20, 6359:10, 6363:21, 6373:6, 6407:6

**Perkin** [1] - 6284:2

**permeable** [1] - 6423:15

**permission** [2] - 6286:23, 6288:23

**permit** [1] - 6419:14

**person** [2] - 6298:3, 6309:23

**personal** [2] - 6291:25, 6297:15
**personally** [3] - 6313:5, 6388:11, 6392:8
**personnel** [10] - 6289:17, 6291:10, 6292:22, 6292:25, 6293:2, 6303:22, 6311:15, 6311:16, 6394:16, 6394:17
**perspective** [2] - 6392:5, 6393:13
**pertain** [1] - 6322:5
**PETITION** [1] - 6273:13
**petroleum** [15] - 6290:11, 6410:16, 6410:18, 6411:8, 6411:9, 6412:24, 6412:25, 6413:2, 6413:4, 6413:14, 6413:20, 6415:3, 6415:17, 6416:5, 6416:22
**Petroleum** [2] - 6414:11, 6415:1
**petrophysical** [6] - 6411:23, 6412:1, 6416:25, 6417:5, 6417:9, 6417:20
**petrophysicist** [1] - 6413:12
**petrophysics** [3] - 6413:1, 6413:5, 6413:10
**Ph.D** [3] - 6409:23, 6410:16, 6410:20
**Ph.D** ............................
.. [1] - 6281:11
**phase** [2] - 6314:1, 6367:25
**PHILLIP** [1] - 6279:4
**phone** [11] - 6305:15, 6305:21, 6305:25, 6307:11, 6307:12, 6332:4, 6332:7, 6333:7, 6340:5, 6381:2, 6382:19
**physical** [1] - 6360:16
**physically** [2] - 6303:20, 6360:5
**pick** [1] - 6421:23
**picks** [1] - 6423:19
**picture** [2] - 6346:10, 6398:14
**piece** [1] - 6374:12
**PIGMAN** [1] - 6279:3
**pipe** [5] - 6358:8, 6358:15, 6359:14,

6424:18, 6425:11
**Pipitone** [1] - 6408:24
**place** [27] - 6292:19, 6310:20, 6317:17, 6319:19, 6320:2, 6321:12, 6333:17, 6338:20, 6340:10, 6358:5, 6358:18, 6358:25, 6359:5, 6359:10, 6364:2, 6370:15, 6376:2, 6378:1, 6380:5, 6380:7, 6381:2, 6381:22, 6390:10, 6390:18, 6391:8, 6395:21, 6406:25
**placed** [6] - 6294:19, 6295:14, 6295:20, 6338:25, 6386:5
**placement** [4] - 6332:24, 6333:1, 6338:6, 6406:25
**plain** [1] - 6418:21
**plaintiffs** [6] - 6330:10, 6349:22, 6349:24, 6350:23, 6351:16
**PLAINTIFFS** [1] - 6274:3
**Plaintiffs'** [1] - 6330:14
**plan** [13] - 6287:11, 6292:3, 6292:5, 6292:7, 6292:17, 6328:16, 6346:25, 6374:6, 6384:15, 6386:9, 6387:21, 6387:25, 6388:1
**planned** [11] - 6323:3, 6325:15, 6344:18, 6369:5, 6369:7, 6370:15, 6393:25, 6399:17, 6400:7, 6402:14
**planning** [1] - 6384:12
**plate** [2] - 6417:6, 6417:7
**platforms** [1] - 6289:16
**Played** [2] - 6282:17, 6283:3
**played** [1] - 6282:20
**PLC** [1] - 6277:15
**plug** [34] - 6301:3, 6308:24, 6309:10, 6309:12, 6309:13, 6310:8, 6310:9, 6310:11, 6324:10, 6324:18, 6326:17, 6326:18, 6347:22,

6347:23, 6396:13, 6396:17, 6396:19, 6397:4, 6397:5, 6397:7, 6397:17, 6397:18, 6398:20, 6398:22, 6399:7, 6399:12, 6399:19, 6399:22, 6400:16, 6402:3, 6404:19, 6407:14, 6407:17
**plugged** [1] - 6309:3
**plugs** [10] - 6346:13, 6346:17, 6346:21, 6393:18, 6397:9, 6397:11, 6398:23, 6399:17, 6400:7, 6402:14
**plus** [4] - 6290:17, 6301:1, 6301:2, 6390:15
**point** [27] - 6305:23, 6306:13, 6306:21, 6310:21, 6314:8, 6317:10, 6321:1, 6328:14, 6339:16, 6339:24, 6344:20, 6344:21, 6345:1, 6347:11, 6348:9, 6366:18, 6372:22, 6378:3, 6379:16, 6384:11, 6385:6, 6390:1, 6391:8, 6408:6, 6411:21, 6425:22
**Point** [1] - 6289:19
**pointer** [1] - 6421:8
**points** [9] - 6286:25, 6292:4, 6300:17, 6322:2, 6322:5, 6325:14, 6402:7, 6402:8, 6402:24
**POOH** [1] - 6300:9
**poor** [1] - 6357:10
**pore** [3] - 6422:2, 6422:7, 6422:11
**portable** [1] - 6377:13
**portion** [1] - 6336:12
**portray** [1] - 6405:11
**portrayed** [1] - 6400:22
**posed** [2] - 6337:5, 6367:11
**position** [2] - 6411:4, 6421:16
**positions** [2] - 6286:21, 6389:23
**positive** [9] - 6346:7, 6346:11, 6346:23, 6358:4, 6358:7, 6399:19, 6399:25,

6400:6, 6401:17
**possibility** [1] - 6295:25
**possible** [11] - 6314:4, 6340:9, 6353:22, 6355:21, 6355:23, 6356:8, 6356:12, 6372:5, 6397:5, 6408:17
**possibly** [5] - 6321:14, 6330:2, 6357:11, 6370:4, 6403:25
**POST** [2] - 6274:4, 6276:13, 6277:7
**post** [19] - 6320:23, 6321:2, 6321:6, 6321:15, 6340:7, 6344:11, 6369:18, 6369:22, 6382:6, 6383:4, 6383:9, 6391:2, 6391:3, 6391:18, 6393:12, 6401:12, 6402:4, 6402:12, 6420:10
**post-blowout** [1] - 6420:10
**post-job** [16] - 6320:23, 6321:2, 6321:6, 6321:15, 6344:11, 6369:18, 6369:22, 6382:6, 6383:9, 6391:2, 6391:3, 6391:18, 6393:12, 6401:12, 6402:4, 6402:12
**potential** [14] - 6319:20, 6319:25, 6320:4, 6320:11, 6333:11, 6338:23, 6339:1, 6339:2, 6372:12, 6372:25, 6373:5, 6373:8, 6373:15
**potentially** [1] - 6383:16
**pound** [2] - 6362:21, 6422:10
**pound-per-gallon** [1] - 6422:10
**pounds** [2] - 6301:23, 6302:16
**poured** [2] - 6357:19, 6388:22
**pouring** [2] - 6360:3, 6360:4
**POYDRAS** [4] - 6274:15, 6277:16, 6278:7, 6280:4
**practice** [4] - 6294:2, 6370:18, 6406:12,

6413:7
**practices** [1] - 6406:15
**pre** [2] - 6303:14, 6420:10
**pre-blowout** [1] - 6420:10
**pre-job** [1] - 6303:14
**predesign** [1] - 6368:10
**predict** [1] - 6397:17
**preliminary** [1] - 6282:11
**preparation** [1] - 6369:1
**prepare** [2] - 6369:17, 6385:14
**prepared** [2] - 6366:4, 6384:21
**preparing** [4] - 6300:15, 6337:16, 6337:17, 6395:18
**present** [2] - 6292:23, 6293:2
**presentation** [2] - 6372:21, 6400:18
**Presentations** [1] - 6415:12
**presentations** [3] - 6415:14, 6415:16, 6415:20
**presented** [1] - 6351:1
**preserve** [1] - 6352:10
**preserved** [1] - 6352:11
**president** [2] - 6331:8, 6411:5
**pressure** [83] - 6300:24, 6305:10, 6305:12, 6305:14, 6305:22, 6305:24, 6306:12, 6308:18, 6308:20, 6309:1, 6309:4, 6309:15, 6310:11, 6324:20, 6324:21, 6326:14, 6326:16, 6326:18, 6326:23, 6326:25, 6327:4, 6327:8, 6327:12, 6328:5, 6328:12, 6331:25, 6332:6, 6332:10, 6343:18, 6343:21, 6345:14, 6346:7, 6346:11, 6346:23, 6347:4, 6347:8, 6347:16, 6347:19, 6347:22, 6347:23, 6347:24, 6348:7, 6348:11, 6357:11,

6357:12, 6358:4,
6358:7, 6358:9,
6358:13, 6360:20,
6364:22, 6365:1,
6365:2, 6379:20,
6393:17, 6395:21,
6395:22, 6396:1,
6396:5, 6396:22,
6397:7, 6397:10,
6397:14, 6399:3,
6399:6, 6399:10,
6399:18, 6401:6,
6401:10, 6401:11,
6401:13, 6401:17,
6402:3, 6402:16,
6405:12, 6405:13,
6405:15, 6422:3,
6422:7, 6422:11
**pressured** [5] -
6343:7, 6343:18,
6344:16, 6358:10,
6390:13
**pressures** [1] -
6306:15
**presume** [1] - 6293:6
**pretty** [5] - 6284:20,
6322:3, 6322:4,
6324:6, 6377:24
**prevents** [1] - 6374:22
**previous** [5] -
6295:19, 6303:11,
6314:1, 6371:3,
6390:12
**previously** [2] -
6291:3, 6404:8
**primarily** [1] - 6413:9
**primary** [3] - 6393:14,
6393:18, 6420:7
**privilege** [1] - 6364:4
**probability** [3] -
6320:1, 6331:10,
6331:13
**probable** [1] - 6408:25
**problem** [4] - 6308:1,
6354:15, 6398:5,
6426:19
**problems** [2] -
6333:15, 6411:19
**procedure** [9] -
6292:18, 6369:2,
6384:1, 6384:19,
6384:21, 6387:11,
6387:16, 6393:6,
6393:12
**proceed** [3] - 6287:16,
6387:2, 6410:7
**PROCEEDINGS** [3] -
6273:21, 6280:7,
6282:1
**proceedings** [3] -

6379:16, 6416:17,
6427:9
**process** [15] - 6291:8,
6306:22, 6307:11,
6310:24, 6343:21,
6345:3, 6347:15,
6348:9, 6348:10,
6350:21, 6353:7,
6368:10, 6379:5,
6379:11, 6425:7
**produce** [1] - 6417:14
**PRODUCED** [1] -
6280:8
**produced** [2] -
6334:14, 6334:16
**product** [1] - 6375:20
**PRODUCTION** [3] -
6273:15, 6277:14,
6277:14
**production** [9] -
6346:20, 6347:4,
6348:14, 6380:16,
6387:11, 6418:15,
6419:5, 6425:5,
6426:8
**professional** [6] -
6289:21, 6321:21,
6368:23, 6414:5,
6414:7
**Professional** [3] -
6414:12, 6414:13,
6414:14
**programs** [3] - 6373:1,
6414:20, 6415:3
**progress** [1] - 6292:2
**project** [1] - 6421:4
**projecting** [1] -
6383:22
**projects** [2] - 6417:2,
6421:4
**promoted** [1] - 6375:6
**promotes** [1] -
6375:20
**promotional** [1] -
6374:12
**prompt** [1] - 6380:12
**pronounce** [2] -
6288:20, 6288:21
**proper** [3] - 6291:1,
6333:1, 6406:11
**properly** [4] - 6299:13,
6300:9, 6382:5,
6386:9
**properties** [4] -
6360:17, 6375:12,
6411:24, 6424:21
**proposal** [5] - 6323:4,
6387:2, 6387:13,
6387:20, 6423:8
**propose** [1] - 6352:2

**protect** [1] - 6374:23
**protocol** [1] - 6369:21
**provide** [3] - 6411:8,
6411:10, 6412:13
**provided** [1] - 6335:14
**provides** [1] - 6371:8
**PSC** [6] - 6284:18,
6284:22, 6285:18,
6286:22, 6353:24,
6354:8
**PSC's** [1] - 6287:9
**psi** [14] - 6309:4,
6311:7, 6311:19,
6326:14, 6326:25,
6327:5, 6344:16,
6344:18, 6345:15,
6359:13, 6362:17,
6363:2, 6390:15,
6402:2
**psia** [1] - 6422:9
**Publications** [1] -
6415:12
**publications** [3] -
6415:14, 6415:16,
6415:20
**pull** [7] - 6300:9,
6335:21, 6365:25,
6373:18, 6414:4,
6419:4, 6425:24
**pulled** [2] - 6345:3,
6424:18
**pulling** [1] - 6310:24
**pump** [37] - 6293:15,
6294:7, 6294:11,
6294:16, 6296:1,
6301:8, 6305:23,
6306:6, 6306:12,
6306:14, 6306:16,
6317:4, 6317:5,
6317:25, 6320:18,
6368:3, 6368:4,
6368:8, 6377:20,
6377:22, 6379:5,
6384:2, 6384:7,
6385:10, 6385:16,
6386:11, 6386:22,
6387:23, 6388:13,
6392:5, 6395:1,
6395:22, 6396:9,
6404:5, 6407:13,
6407:17
**pumpable** [1] -
6317:16
**pumped** [37] - 6291:2,
6291:4, 6318:16,
6322:22, 6323:8,
6323:9, 6325:15,
6327:11, 6331:14,
6334:8, 6334:18,
6362:2, 6362:19,

6369:5, 6369:7,
6378:2, 6378:11,
6378:14, 6378:17,
6378:22, 6378:23,
6378:24, 6379:1,
6379:24, 6385:2,
6385:7, 6385:11,
6388:14, 6394:9,
6397:25, 6402:13,
6405:19, 6406:1,
6406:20, 6406:25,
6407:3
**pumping** [35] -
6294:12, 6300:15,
6309:8, 6319:5,
6331:25, 6333:12,
6333:24, 6334:3,
6334:13, 6334:15,
6334:23, 6335:15,
6338:2, 6339:3,
6340:14, 6358:10,
6358:12, 6367:19,
6375:24, 6376:1,
6376:6, 6376:21,
6377:3, 6377:17,
6377:19, 6377:24,
6378:13, 6393:19,
6394:20, 6394:22,
6394:24, 6395:11,
6397:17, 6398:20,
6407:8
**pumps** [4] - 6293:15,
6305:23, 6323:12,
6326:22
**purpose** [5] - 6285:2,
6293:4, 6295:2,
6333:21, 6333:22,
6370:6, 6375:10,
6404:17, 6406:23,
6417:9
**purposes** [6] -
6310:13, 6331:2,
6397:24, 6400:23,
6419:11, 6420:6
**put** [16] - 6284:5,
6292:16, 6299:15,
6301:10, 6306:4,
6338:17, 6341:5,
6341:7, 6344:2,
6346:3, 6349:15,
6381:15, 6395:5,
6418:20, 6422:9,
6425:2
**putting** [2] - 6419:12,
6425:4

**Q**

**quality** [1] - 6294:12
**quantitative** [1] -

6413:9
**QUESTION** [7] -
6335:23, 6336:2,
6336:5, 6336:7,
6336:11, 6336:15,
6336:18
**questions** [19] -
6339:11, 6342:10,
6348:19, 6365:12,
6366:3, 6367:19,
6368:3, 6372:7,
6372:8, 6372:18,
6374:5, 6375:23,
6380:11, 6387:1,
6389:11, 6397:21,
6403:8, 6418:1
**quick** [1] - 6367:7
**quickly** [6] - 6349:6,
6365:25, 6373:25,
6381:15, 6381:25,
6383:19, 6389:9,
6400:12
**Quip** [5] - 6299:11,
6299:13, 6300:4,
6367:7, 6382:5
**quite** [3] - 6350:19,
6409:4, 6417:5
**quote** [1] - 6345:25

**R**

**RACHEL** [2] - 6276:6,
6278:10
**radio** [2] - 6310:4
**radios** [3] - 6309:25,
6325:24
**raise** [6] - 6288:4,
6381:8, 6382:9,
6382:21, 6392:19,
6409:18
**raised** [3] - 6290:19,
6331:15
**range** [2] - 6319:25,
6379:10
**rate** [5] - 6368:3,
6378:13, 6396:9,
6397:17, 6407:8
**rates** [10] - 6294:7,
6305:23, 6305:24,
6306:15, 6368:4,
6385:10, 6385:16,
6387:23, 6388:13
**rather** [2] - 6410:24,
6417:14
**ray** [1] - 6424:24
**RCM** [3] - 6378:7,
6378:8, 6378:10
**RE** [2] - 6273:5,
6273:12

**reach** [1] - 6420:21
**reached** [4] - 6420:24, 6424:17, 6425:18, 6425:24
**reaches** [1] - 6421:11
**reaching** [1] - 6390:15
**reacts** [1] - 6405:13
**read** [15] - 6293:14, 6304:2, 6304:12, 6304:18, 6318:2, 6318:9, 6318:10, 6318:12, 6324:3, 6343:12, 6361:14, 6381:16, 6386:21, 6418:25, 6419:11
**reading** [1] - 6326:23
**readings** [1] - 6425:12
**ready** [1] - 6379:18
**real** [4] - 6297:14, 6361:4, 6361:11, 6379:19
**realizes** [1] - 6304:5
**really** [7] - 6294:23, 6321:9, 6327:9, 6389:1, 6390:10, 6390:17, 6405:4
**realtime** [1] - 6369:9
**Realtime** [2] - 6427:3, 6427:13
**REALTIME** [1] - 6280:3
**reask** [3] - 6314:18, 6337:7, 6385:24
**reason** [3] - 6337:14, 6338:23, 6351:19
**rebut** [2] - 6423:12, 6423:13
**rebuttal** [10] - 6409:8, 6409:9, 6409:14, 6423:4, 6423:5, 6423:10, 6423:16, 6423:21, 6424:4
**received** [12] - 6285:8, 6285:21, 6292:18, 6309:20, 6318:11, 6320:15, 6328:3, 6333:9, 6334:22, 6340:5, 6386:10, 6395:13
**receiving** [2] - 6318:21, 6405:17
**recently** [1] - 6416:25
**recess** [4] - 6348:25, 6349:3, 6426:20, 6426:23
**recirculated** [1] - 6349:12
**recognize** [3] - 6296:13, 6339:2, 6398:7

**recollection** [4] - 6356:1, 6356:7, 6366:20, 6389:22
**recommendation** [1] - 6293:23
**recommended** [2] - 6387:11, 6387:16
**recommends** [2] - 6372:11, 6373:12
**record** [21] - 6285:2, 6285:10, 6288:13, 6324:3, 6349:15, 6350:22, 6352:4, 6352:10, 6356:3, 6356:14, 6364:19, 6379:17, 6381:14, 6391:2, 6391:12, 6410:2, 6424:21, 6424:23, 6427:8
**Record** [1] - 6408:12
**recorded** [2] - 6306:15, 6400:9
**RECORDED** [1] - 6280:7
**recordings** [1] - 6424:25
**records** [1] - 6356:4
**red** [8] - 6331:15, 6332:21, 6332:23, 6332:25, 6333:1, 6398:21, 6421:19, 6421:24
**redacted** [1] - 6283:6
**REDDEN** [1] - 6279:7
**REDIRECT** [2] - 6281:10, 6403:12
**refer** [2] - 6308:7, 6410:25
**reference** [2] - 6382:4, 6410:23
**referenced** [2] - 6384:7, 6387:17
**referred** [1] - 6377:12
**referring** [3] - 6350:20, 6364:21, 6376:1
**refers** [3] - 6384:7, 6385:2, 6391:5
**reflect** [2] - 6414:6, 6416:4
**reflected** [2] - 6413:17, 6417:1
**reflects** [2] - 6399:3, 6401:24
**refresh** [4] - 6336:21, 6356:1, 6356:6, 6381:25
**REGAN** [9] - 6277:24, 6408:4, 6408:9, 6409:8, 6409:12,

6417:25, 6418:16, 6418:23, 6423:25
**Regan** [1] - 6408:4
**regard** [4] - 6332:9, 6338:1, 6372:8, 6381:3
**regarding** [1] - 6420:11
**regards** [4] - 6332:23, 6333:19, 6337:13, 6389:1
**Registered** [1] - 6427:3
**registered** [1] - 6427:14
**REGISTERED** [1] - 6280:4
**regulation** [6] - 6418:10, 6418:11, 6418:17, 6418:22, 6418:24, 6419:5
**regulatory** [1] - 6416:9
**rejected** [1] - 6416:21
**related** [2] - 6361:25, 6401:14
**relates** [1] - 6333:3
**RELATES** [1] - 6273:11
**relating** [1] - 6356:14
**relation** [4] - 6377:17, 6399:25, 6425:2, 6426:4
**relationship** [2] - 6412:25, 6425:4
**relative** [1] - 6327:10
**relay** [1] - 6371:7
**released** [1] - 6324:20
**releasing** [2] - 6324:21, 6347:21
**relevant** [3] - 6417:20, 6417:21, 6420:1
**relied** [3] - 6319:3, 6331:2, 6331:6
**rely** [3] - 6361:6, 6395:14, 6395:17
**remaining** [1] - 6295:24
**Remedial** [1] - 6374:17
**remedial** [4] - 6404:1, 6404:3, 6404:4, 6404:10
**remember** [25] - 6291:18, 6293:1, 6293:8, 6298:4, 6298:23, 6311:23, 6317:4, 6317:23, 6328:1, 6335:1, 6338:6, 6338:9, 6345:16, 6356:12,

6361:18, 6371:22, 6372:18, 6387:8, 6389:15, 6404:23, 6405:17, 6405:23, 6406:8, 6406:21, 6407:15
**remembered** [1] - 6367:1
**remembering** [1] - 6297:14
**remove** [5] - 6294:18, 6295:4, 6295:8, 6295:19, 6296:11
**RENAISSANCE** [1] - 6279:16
**Rep** [1] - 6320:23
**repeat** [1] - 6371:23
**rephrase** [2] - 6302:11, 6382:14
**reply** [1] - 6326:9
**report** [58] - 6315:10, 6315:11, 6319:7, 6320:23, 6321:2, 6321:6, 6321:15, 6333:9, 6339:13, 6339:20, 6340:1, 6341:5, 6341:6, 6341:7, 6341:11, 6341:12, 6344:11, 6366:8, 6366:10, 6366:25, 6369:18, 6369:22, 6382:6, 6383:4, 6383:9, 6391:2, 6391:3, 6391:5, 6391:12, 6391:19, 6393:12, 6394:3, 6395:19, 6401:12, 6401:13, 6402:4, 6402:12, 6402:18, 6402:21, 6409:3, 6409:8, 6409:14, 6418:18, 6420:25, 6422:9, 6422:15, 6422:19, 6422:22, 6423:2, 6423:3, 6423:4, 6423:6, 6423:11, 6423:25, 6424:2, 6424:8
**reported** [2] - 6330:7, 6380:25
**reporter** [1] - 6379:19
**REPORTER** [5] - 6280:3, 6280:3, 6280:4, 6376:11, 6376:13, 6379:18
**Reporter** [7] - 6427:3, 6427:4, 6427:5, 6427:13, 6427:14, 6427:14

6361:18, 6371:22, ... (continued)

**REPORTER'S** [1] - 6427:1
**reporting** [1] - 6367:8
**reports** [4] - 6334:23, 6352:12, 6368:13, 6420:18
**represent** [3] - 6303:7, 6364:5, 6364:17
**representation** [3] - 6356:3, 6415:19, 6422:7
**representative** [6] - 6360:22, 6361:9, 6365:4, 6371:7, 6380:25, 6381:5
**representatives** [3] - 6370:11, 6390:7, 6390:20
**reps** [1] - 6371:4
**request** [1] - 6287:9
**require** [1] - 6417:8
**requirements** [1] - 6419:6
**requires** [1] - 6418:14
**reservations** [2] - 6385:21, 6386:1
**reserve** [2] - 6424:3, 6424:6
**reservoir** [5] - 6411:8, 6411:10, 6413:3, 6413:5, 6413:7
**resistance** [3] - 6295:7, 6295:24, 6302:1
**resistivity** [1] - 6424:23
**resolve** [1] - 6354:16
**resolved** [2] - 6299:19, 6353:16
**RESOURCES** [1] - 6276:3
**respect** [8] - 6284:23, 6349:19, 6363:10, 6408:5, 6408:11, 6408:16, 6418:15, 6419:5
**response** [3] - 6286:21, 6286:24, 6310:3
**responsibilities** [3] - 6369:16, 6369:19, 6371:6
**responsible** [11] - 6353:8, 6368:12, 6369:1, 6369:4, 6369:9, 6369:12, 6369:17, 6369:23, 6370:1, 6371:16, 6377:5
**rest** [7] - 6285:1,

6285:3, 6300:14, 6303:12, 6307:13, 6349:11, 6370:3
**result** [4] - 6315:2, 6357:11, 6403:25
**results** [19] - 6289:3, 6333:23, 6334:7, 6334:12, 6334:14, 6334:16, 6334:18, 6335:3, 6335:5, 6335:6, 6336:19, 6361:17, 6361:22, 6362:10, 6362:12, 6362:23, 6365:3, 6386:16, 6386:20
**resume** [1] - 6354:21
**retarder** [14] - 6301:6, 6316:20, 6316:22, 6336:25, 6337:2, 6337:10, 6337:13, 6337:15, 6337:21, 6384:8, 6384:9, 6386:5, 6386:8, 6388:15
**retrace** [1] - 6308:8
**retrieve** [1] - 6299:14
**retrieved** [2] - 6300:4, 6300:7
**return** [1] - 6347:24
**returning** [3] - 6307:15, 6348:4, 6394:7
**returns** [23] - 6309:17, 6309:19, 6309:21, 6310:2, 6310:3, 6325:15, 6325:16, 6325:21, 6326:4, 6326:8, 6326:9, 6326:11, 6330:3, 6330:7, 6393:17, 6394:7, 6394:11, 6394:19, 6395:6, 6395:11, 6402:2, 6402:15
**review** [2] - 6354:12, 6411:23
**reviewed** [7] - 6361:22, 6420:3, 6420:4, 6420:5, 6420:11, 6420:14, 6420:18
**reviewing** [1] - 6370:6
**reviews** [1] - 6320:24
**revised** [1] - 6284:17
**rheological** [1] - 6375:12
**RICHARD** [4] - 6278:18, 6281:11, 6409:23, 6410:4
**Richard** - 6408:3,

6410:3
**RIG** [1] - 6273:5
**rig** [85] - 6292:2, 6292:20, 6293:14, 6296:17, 6296:20, 6296:22, 6303:8, 6303:13, 6303:15, 6303:19, 6303:20, 6303:22, 6303:23, 6303:24, 6304:4, 6305:2, 6305:5, 6305:11, 6305:23, 6306:1, 6306:14, 6306:16, 6307:13, 6307:15, 6310:1, 6310:5, 6311:6, 6312:17, 6313:2, 6313:9, 6313:11, 6321:7, 6325:21, 6325:22, 6325:25, 6326:1, 6326:2, 6326:5, 6326:7, 6326:22, 6333:5, 6334:17, 6337:6, 6339:17, 6340:6, 6340:22, 6341:17, 6342:23, 6343:7, 6345:4, 6345:7, 6345:17, 6345:18, 6348:4, 6365:7, 6365:21, 6366:11, 6367:9, 6368:25, 6369:10, 6369:25, 6370:7, 6370:11, 6371:7, 6371:12, 6378:2, 6379:1, 6379:4, 6379:7, 6380:7, 6380:25, 6381:9, 6382:21, 6389:14, 6389:17, 6389:25, 6390:1, 6390:2, 6393:13, 6394:16, 6394:17, 6395:16, 6402:14
**rig's** [1] - 6324:19
**right-hand** [3] - 6374:21, 6399:2, 6419:7
**rigs** [1] - 6289:16
**RIH** [1] - 6299:13
**rise** [4] - 6282:7, 6349:2, 6349:4, 6426:21
**risk** [11] - 6332:16, 6332:19, 6333:14, 6367:12, 6371:16, 6371:17, 6372:1, 6372:2, 6372:4, 6375:7, 6403:2
**risks** [2] - 6332:17,

6372:5
**RMR** [2] - 6280:3, 6427:13
**Rob** [4] - 6292:8, 6309:5, 6319:18, 6319:21
**ROBERT** [2] - 6274:11, 6277:20
**Roberts** [1] - 6352:5
**ROBERTS** [4] - 6278:10, 6279:9, 6352:5, 6352:24
**role** [2] - 6376:20, 6376:24
**Ronald** [1] - 6315:23
**room** [5] - 6293:18, 6312:13, 6325:9, 6339:19, 6377:19
**ROOM** [2] - 6275:23, 6280:4
**ROUGE** [2] - 6275:11, 6277:7
**rough** [2] - 6326:19, 6397:24
**roundabout** [1] - 6348:6
**ROY** [2] - 6274:3, 6274:3
**rule** [1] - 6359:15
**ruled** [1] - 6352:11
**Rules** [1] - 6409:1
**ruling** [2] - 6283:6, 6424:6
**rulings** [1] - 6283:5
**run** [23] - 6299:13, 6312:21, 6313:8, 6313:12, 6313:20, 6343:3, 6356:9, 6360:14, 6365:13, 6380:15, 6380:22, 6381:19, 6382:10, 6382:14, 6382:16, 6383:21, 6387:21, 6405:20, 6405:21, 6426:5, 6426:6, 6426:7
**running** [5] - 6310:24, 6376:5, 6377:5, 6383:1, 6388:12
**RUSNAK** [1] - 6275:13

**S**

**S-T-R-I-C-K-L-A-N-D**
[1] - 6410:4
**s/Cathy** [1] - 6427:12
**Sabins** [3] - 6409:12, 6423:14, 6423:18
**sack** [1] - 6388:15

**safe** [2] - 6388:23, 6388:24
**safety** [28] - 6303:14, 6332:1, 6332:8, 6332:10, 6332:14, 6332:24, 6332:25, 6355:16, 6355:19, 6356:22, 6356:25, 6357:5, 6367:3, 6367:12, 6367:16, 6381:8, 6381:10, 6381:12, 6383:13, 6383:15, 6383:17, 6388:25, 6389:8, 6403:2, 6403:14, 6403:23, 6404:2, 6404:9
**sample** [4] - 6335:25, 6336:2, 6336:5, 6360:21
**samples** [2] - 6426:2, 6426:3
**SAN** [1] - 6275:24
**sanctions** [1] - 6286:21
**sand** [5] - 6420:12, 6421:17, 6422:3, 6422:8, 6422:16
**sands** [3] - 6411:24, 6412:2, 6417:12
**sat** [2] - 6332:2, 6339:2
**saw** [6] - 6332:21, 6332:23, 6334:7, 6345:18, 6350:9, 6401:10
**scale** [1] - 6372:25
**scene** [1] - 6344:25
**schematic** [1] - 6400:22
**Schlumberger** [2] - 6312:21, 6420:15
**school** [1] - 6413:20
**science** [2] - 6410:15
**scope** [2] - 6418:17, 6420:1
**SCOTT** [1] - 6276:5
**SCR-100L** [2] - 6316:22, 6317:11
**screen** [1] - 6308:4
**seat** [1] - 6288:12
**seated** [2] - 6282:10, 6349:5
**second** [21] - 6283:1, 6293:1, 6298:5, 6306:4, 6317:20, 6321:2, 6321:8, 6321:16, 6322:8, 6330:11, 6341:6, 6341:7, 6341:10,

6341:12, 6341:19, 6342:11, 6343:25, 6360:11, 6366:2, 6401:20, 6419:3
**secondary** [1] - 6404:4
**secondly** [1] - 6283:11
**SECREST** [1] - 6279:7
**SECTION** [2] - 6276:4, 6276:16
**section** [1] - 6341:20
**Section** [1] - 6418:10
**security** [1] - 6346:12
**see** [61] - 6283:13, 6283:23, 6287:23, 6290:15, 6293:8, 6293:10, 6303:17, 6306:11, 6306:15, 6308:14, 6308:25, 6314:19, 6316:20, 6317:13, 6319:16, 6319:22, 6334:3, 6334:6, 6335:19, 6335:22, 6344:13, 6346:9, 6358:15, 6363:3, 6372:15, 6372:16, 6372:24, 6373:11, 6374:1, 6374:13, 6374:23, 6381:14, 6382:2, 6383:20, 6383:23, 6384:5, 6384:18, 6384:24, 6386:23, 6387:15, 6387:18, 6388:25, 6389:3, 6389:10, 6396:12, 6397:4, 6397:10, 6398:1, 6398:2, 6399:8, 6399:14, 6399:16, 6399:18, 6400:16, 6400:19, 6401:11, 6401:22, 6403:2, 6409:15, 6414:14
**seeing** [5] - 6302:1, 6310:2, 6326:23, 6347:23, 6401:17
**seek** [1] - 6423:5
**seem** [2] - 6300:22, 6387:13
**send** [1] - 6320:23
**sends** [1] - 6320:25
**sense** [1] - 6418:2
**sensors** [3] - 6304:3, 6326:5
**sent** [6] - 6315:9, 6316:8, 6341:10, 6354:6, 6362:1, 6380:8
**sentence** [1] - 6386:21

**separate** [3] - 6343:15, 6355:19, 6397:11
**Sepulvado** [4] - 6282:18, 6315:21, 6315:23, 6320:14
**series** [3] - 6303:6, 6316:16, 6317:21
**Serio** [5] - 6321:13, 6321:20, 6321:21, 6339:21
**seriously** [2] - 6356:25, 6357:3
**serve** [1] - 6415:1
**service** - 6289:13
**SERVICES** [1] - 6279:13
**services** [3] - 6411:9, 6411:11, 6412:13
**SESSION** [1] - 6273:20
**set** [9] - 6351:10, 6357:23, 6362:1, 6377:13, 6377:15, 6378:13, 6408:13, 6408:23, 6425:6
**sets** [1] - 6385:9
**setting** [3] - 6373:6, 6405:5, 6411:17
**seven** [1] - 6426:1
**several** [2] - 6283:22, 6412:14
**severe** [5] - 6319:25, 6333:11, 6333:15, 6373:11, 6373:15
**shack** [4] - 6304:3, 6326:6, 6326:10, 6377:13
**shaded** [1] - 6421:19
**shale** [4] - 6417:6, 6417:7, 6417:13, 6417:15
**shape** [1] - 6367:3
**shared** [1] - 6392:8
**SHARON** [1] - 6276:12
**SHAW** [1] - 6274:21
**shear** [2] - 6299:13, 6382:5
**sheared** [1] - 6300:8
**sheet** [1] - 6322:21
**SHELL** [1] - 6277:16
**ship** [2] - 6355:22, 6356:4
**shoe** [5] - 6384:24, 6404:15, 6404:17, 6404:18, 6419:9
**shoo** [1] - 6342:5
**short** [2] - 6286:23, 6380:2
**show** [8] - 6291:22,

6308:14, 6309:16, 6320:6, 6320:11, 6335:3, 6342:6, 6356:13
**showed** [6] - 6318:21, 6327:4, 6356:1, 6361:15, 6362:10, 6405:23
**showing** [1] - 6405:19
**shown** [4] - 6333:10, 6345:23, 6399:3, 6399:6
**shows** [8] - 6296:17, 6316:16, 6316:20, 6317:21, 6318:7, 6318:15, 6319:20, 6319:24
**Shushan** [2] - 6350:21, 6352:18
**SHUTLER** [1] - 6276:12
**side** [8] - 6290:11, 6297:8, 6297:10, 6310:4, 6335:21, 6335:22, 6399:2
**signal** [1] - 6396:1
**signed** [1] - 6283:18
**significance** [2] - 6340:10, 6383:5
**significant** [18] - 6292:4, 6300:1, 6300:17, 6300:22, 6322:2, 6322:4, 6325:14, 6341:6, 6369:13, 6369:17, 6371:8, 6371:11, 6383:9, 6391:13, 6400:10, 6402:7, 6402:8, 6402:24
**signifies** [1] - 6395:2
**signs** [1] - 6399:25
**simply** [10] - 6296:1, 6296:8, 6301:7, 6313:19, 6337:15, 6340:5, 6340:13, 6347:21, 6348:1, 6381:4
**simulate** [2] - 6360:20, 6407:10
**simulates** [2] - 6406:24, 6406:25
**simulation** [1] - 6319:7
**simulations** [1] - 6314:25
**SINCLAIR** [1] - 6276:23
**site** [6] - 6344:20, 6344:21, 6344:24, 6345:12, 6347:2

**sits** [1] - 6296:10
**sitting** [4] - 6295:9, 6296:9, 6305:5, 6389:25
**six** [11] - 6313:12, 6313:21, 6320:8, 6382:16, 6382:17, 6382:22, 6383:2, 6387:21, 6388:12, 6393:6, 6426:1
**sixth** [1] - 6351:25
**size** [2] - 6323:15, 6378:5
**slide** [1] - 6344:7
**SLIDELL** [1] - 6275:8
**slower** [1] - 6294:11
**slurries** [1] - 6289:22
**slurry** [21] - 6289:25, 6316:17, 6318:8, 6318:16, 6331:13, 6335:1, 6335:14, 6336:10, 6336:12, 6336:19, 6337:3, 6337:11, 6338:5, 6339:3, 6339:7, 6362:16, 6362:19, 6363:1, 6364:5, 6377:21, 6384:4
**society** [1] - 6414:11
**Society** [3] - 6414:12, 6414:12, 6415:1
**solely** [2] - 6314:24, 6419:11
**solemnly** [2] - 6288:5, 6409:19
**solution** [2] - 6373:12, 6373:15
**solutions** [1] - 6372:16
**someone** [9] - 6301:12, 6302:24, 6313:15, 6321:17, 6325:10, 6328:4, 6339:20, 6366:15, 6404:13
**sometime** [2] - 6312:18, 6363:18
**sometimes** [3] - 6329:24, 6411:15, 6424:25
**somewhat** [2] - 6291:25, 6348:6
**somewhere** [2] - 6345:3, 6379:10
**son** [1] - 6342:7
**sonn** [2] - 6355:9, 6355:10
**sorry** [13] - 6293:1, 6304:16, 6319:17, 6319:18, 6340:12,

6366:1, 6377:1, 6385:24, 6390:5, 6394:20, 6394:24, 6415:14, 6425:14
**sort** [1] - 6298:12
**sounds** [1] - 6329:15
**SOUTH** [1] - 6278:15
**Soviet** [1] - 6412:16
**space** [1] - 6419:8
**spacer** [5] - 6338:10, 6375:10, 6375:11, 6394:8, 6395:1
**span** [1] - 6380:2
**speaking** [1] - 6383:20
**speaks** [1] - 6388:1
**specific** [2] - 6317:1, 6378:25
**specifically** [3] - 6293:17, 6345:12, 6376:2
**speculative** [1] - 6392:21
**spell** [4] - 6288:13, 6376:11, 6376:15, 6410:1
**Sperry** [3] - 6309:24, 6325:20, 6330:4
**spike** [5] - 6399:7, 6399:10, 6399:18
**SPILL** [1] - 6273:5
**SPIRO** [1] - 6276:17
**SQUARE** [1] - 6277:16
**squeeze** [1] - 6404:4
**squinting** [1] - 6295:1
**squirt** [2] - 6294:22, 6294:23
**squirting** [1] - 6294:21
**stability** [8] - 6318:18, 6318:22, 6319:4, 6333:23, 6334:2, 6334:7, 6334:13, 6334:18
**stable** [1] - 6331:6
**Stabler** [1] - 6376:25
**staff** [1] - 6352:23
**standard** [2] - 6339:14, 6393:9
**standing** [1] - 6305:5
**standpoint** [7] - 6327:17, 6328:7, 6337:15, 6386:12, 6389:8, 6392:7, 6393:20
**stands** [2] - 6389:25, 6423:21
**staring** [1] - 6308:11
**stars** [1] - 6301:14
**start** [10] - 6307:6, 6308:11, 6308:19,

6308:21, 6349:6, 6349:25, 6363:22, 6408:6, 6409:17, 6410:13
**started** [1] - 6290:15
**starting** [2] - 6296:12, 6416:1
**starts** [1] - 6407:3
**State** [1] - 6427:4
**state** [5] - 6288:13, 6382:17, 6393:16, 6410:1, 6416:15
**STATE** [2] - 6276:21, 6277:3, 6277:5
**statement** [7] - 6283:18, 6305:15, 6335:18, 6373:25, 6374:25, 6388:5, 6389:13
**States** [6] - 6286:22, 6341:23, 6412:14, 6415:2, 6427:5, 6427:15
**STATES** [4] - 6273:1, 6273:15, 6273:23, 6275:21
**states** [2] - 6283:2, 6286:22
**static** [1] - 6296:10
**station** [1] - 6377:15
**STATION** [1] - 6276:18
**steady** [1] - 6395:21
**Steering** [1] - 6330:14
**STENOGRAPHY** [1] - 6280:7
**step** [1] - 6295:2
**Stephanie** [1] - 6353:1
**STEPHEN** [1] - 6274:7
**steps** [1] - 6308:8
**STERBCOW** [2] - 6274:14, 6274:14
**STERNBERG** [1] - 6279:19
**STEVEN** - 6276:4, 6278:10
**still** [11] - 6284:19, 6284:23, 6286:3, 6324:19, 6326:8, 6326:9, 6353:15, 6353:19, 6354:1, 6373:21, 6407:17
**STONE** [1] - 6279:3
**stop** [2] - 6332:12, 6392:19
**straight** [1] - 6327:3
**STRANGE** [1] - 6276:22
**STREET** [18] - 6274:4, 6274:11, 6274:15,

6274:19, 6274:22, 6275:7, 6275:11, 6275:18, 6277:6, 6277:11, 6277:16, 6278:7, 6278:11, 6278:19, 6279:4, 6279:10, 6279:16, 6280:4

**strength** [32] - 6318:4, 6318:7, 6318:15, 6334:24, 6334:25, 6335:9, 6335:14, 6335:16, 6335:24, 6336:1, 6336:3, 6336:11, 6336:16, 6336:18, 6359:11, 6359:21, 6359:23, 6361:1, 6362:12, 6362:16, 6362:25, 6363:5, 6363:19, 6363:22, 6363:23, 6364:1, 6364:20, 6386:20, 6404:22, 6405:14, 6405:19, 6405:23

**strengths** [3] - 6384:3, 6386:23, 6405:16

**stretch** [1] - 6346:4

**stricken** [1] - 6423:18

**Strickland** [22] - 6408:3, 6408:5, 6408:11, 6408:14, 6409:9, 6410:3, 6410:4, 6410:6, 6410:11, 6411:3, 6411:4, 6411:6, 6413:11, 6414:6, 6415:8, 6416:17, 6417:18, 6418:6, 6418:12, 6419:19, 6423:15, 6424:12

**STRICKLAND** [2] - 6281:11, 6409:23

**Strickland's** [4] - 6409:2, 6419:12, 6422:22, 6423:10

**string** [4] - 6387:22, 6388:18, 6425:13, 6425:24

**strings** [1] - 6387:17

**studies** [6] - 6411:11, 6411:13, 6411:14, 6411:22, 6412:17, 6412:18

**study** [2] - 6411:16, 6416:10

**stuff** [2] - 6284:8, 6291:23

**subdivision** [1] - 6414:22

**subject** [9] - 6283:5, 6284:25, 6285:2, 6349:14, 6352:3, 6352:17, 6354:14, 6373:18, 6417:22

**submissions** [1] - 6286:24

**submitted** [2] - 6350:12, 6352:14

**submitting** [1] - 6369:23

**subsea** [1] - 6417:9

**Subsection** [1] - 6419:4

**substance** [2] - 6423:21, 6424:11

**substantive** [1] - 6286:25

**subsurface** [1] - 6411:24

**subtracted** [1] - 6326:18

**success** [2] - 6331:10, 6331:13

**successful** [5] - 6393:14, 6393:20, 6393:22, 6394:4, 6400:1

**successfully** [2] - 6386:11, 6392:6

**successive** [1] - 6343:18

**sufficient** [3] - 6293:23, 6384:15, 6405:5

**suggest** [1] - 6304:17

**SUITE** [11] - 6274:4, 6274:15, 6274:19, 6275:4, 6277:17, 6278:7, 6278:11, 6278:23, 6279:10, 6279:16, 6279:20

**SULLIVAN** [1] - 6276:11

**summaries** [1] - 6351:13

**summary** [1] - 6421:3

**Sunday** [2] - 6316:12, 6362:6

**supervisor** [1] - 6321:12

**supplement** [1] - 6354:4

**supposed** [13] - 6289:2, 6290:3, 6290:23, 6320:21, 6322:20, 6323:10, 6325:2, 6327:12, 6327:19, 6327:22, 6327:24, 6328:19,

6328:25

**surface** [7] - 6297:1, 6326:23, 6357:13, 6379:15, 6405:12, 6406:24, 6407:2

**suspect** [3] - 6351:6, 6351:17, 6353:16

**sustain** [2] - 6357:17, 6407:21

**sustained** [4] - 6329:7, 6329:12, 6337:24, 6392:22

**SUTHERLAND** [1] - 6278:9

**swap** [1] - 6338:23

**swapping** [2] - 6404:13, 6404:14

**swaps** [1] - 6404:14

**swear** [2] - 6288:5, 6409:19

**switched** [1] - 6305:23

**sworn** [2] - 6288:10, 6409:24

**synthetic** [2] - 6338:10, 6338:13

**system** [1] - 6395:3

---

# T

**table** [1] - 6334:1

**Tabler** [5] - 6297:25, 6376:4, 6377:1, 6392:8, 6392:12

**Tabler's** [1] - 6376:24

**tail** [4] - 6338:11, 6338:14, 6384:24, 6385:4

**talkies** [1] - 6309:25

**talks** [2] - 6293:9, 6314:1

**tally** [17] - 6291:22, 6291:24, 6291:25, 6296:14, 6296:15, 6296:16, 6299:25, 6308:13, 6310:16, 6321:14, 6322:4, 6324:13, 6340:9, 6342:21, 6358:1, 6381:20, 6382:1

**tank** [4] - 6377:22, 6378:5, 6394:12, 6394:14

**tanks** [2] - 6324:23, 6325:1

**taught** [9] - 6338:16, 6338:17, 6338:20, 6342:5, 6374:18, 6413:6, 6413:14, 6413:17, 6413:20

**teach** [1] - 6413:22

**teaches** [1] - 6373:14

**team** [13] - 6291:14, 6291:16, 6292:24, 6298:7, 6298:8, 6298:9, 6300:14, 6303:12, 6307:13, 6332:8, 6370:3, 6415:6, 6417:6

**technical** [3] - 6289:20, 6321:21, 6368:22

**TECHNICIAN** [1] - 6322:16

**technology** [1] - 6414:19

**telephone** [3] - 6339:22, 6339:23, 6370:24

**temperature** [4] - 6364:24, 6378:21, 6379:7, 6405:13

**tend** [2] - 6298:15, 6299:25

**tender** [3] - 6285:10, 6417:17, 6422:21

**tendered** [2] - 6302:9, 6349:21

**tends** [4] - 6322:3, 6379:9, 6379:10

**term** [3] - 6347:18, 6359:7, 6424:20

**Term** [1] - 6374:17

**terms** [20] - 6287:13, 6345:5, 6350:22, 6365:19, 6367:16, 6368:15, 6369:16, 6372:1, 6385:7, 6390:23, 6394:4, 6395:18, 6396:25, 6398:19, 6399:24, 6400:1, 6400:17, 6408:21, 6409:14, 6422:9

**test** [76] - 6301:2, 6308:18, 6308:20, 6309:2, 6316:7, 6316:8, 6316:14, 6316:16, 6317:6, 6317:7, 6317:24, 6317:25, 6318:4, 6318:14, 6318:18, 6318:22, 6318:25, 6319:5, 6334:7, 6334:24, 6337:2, 6346:7, 6346:11, 6346:23, 6347:5, 6347:7, 6347:11, 6347:12, 6348:11, 6348:12, 6358:4,

6358:5, 6358:7, 6358:8, 6358:17, 6358:25, 6359:4, 6359:23, 6359:25, 6360:11, 6360:12, 6360:14, 6360:19, 6360:22, 6361:2, 6361:4, 6361:5, 6361:6, 6361:11, 6361:12, 6361:16, 6361:22, 6361:25, 6362:10, 6362:12, 6362:23, 6363:5, 6363:11, 6363:20, 6364:20, 6386:16, 6393:23, 6393:25, 6394:15, 6394:18, 6394:20, 6404:22, 6404:25, 6405:4, 6405:6, 6405:10, 6405:15, 6405:19, 6405:20

**tested** [7] - 6309:4, 6319:4, 6333:25, 6363:15, 6405:11, 6405:12, 6405:15

**testified** [10] - 6288:11, 6345:20, 6357:7, 6358:22, 6385:17, 6386:10, 6409:25, 6416:2, 6416:5, 6416:14

**testifies** [2] - 6424:1, 6424:5

**testify** [7] - 6314:7, 6335:13, 6409:6, 6411:21, 6416:23, 6417:22, 6423:23

**testifying** [2] - 6418:7, 6418:21

**testimony** [13] - 6288:5, 6348:8, 6352:9, 6354:1, 6354:10, 6354:21, 6357:7, 6392:10, 6409:2, 6409:17, 6409:19, 6417:24, 6419:12

**testing** [14] - 6289:23, 6300:16, 6311:6, 6319:3, 6331:2, 6334:5, 6334:10, 6334:11, 6336:3, 6336:8, 6346:11, 6346:14, 6346:23, 6364:11

**tests** [20] - 6315:10, 6315:11, 6316:16, 6317:21, 6318:18, 6318:21, 6334:2,

6334:3, 6334:13, 6335:14, 6336:9, 6336:11, 6337:11, 6337:20, 6347:3, 6359:20, 6362:1, 6368:18, 6380:5
**Texaco** [1] - 6412:7
**Texas** [3] - 6410:16, 6414:12, 6416:10
**THE** [138] - 6273:5, 6273:5, 6273:12, 6273:22, 6274:3, 6275:21, 6276:21, 6277:3, 6277:4, 6282:7, 6282:8, 6282:10, 6282:20, 6282:23, 6283:8, 6283:25, 6284:5, 6284:12, 6285:4, 6285:6, 6285:11, 6285:16, 6285:24, 6286:12, 6286:19, 6287:1, 6287:4, 6287:11, 6287:15, 6287:22, 6288:1, 6288:4, 6288:8, 6288:12, 6288:14, 6288:16, 6288:19, 6288:24, 6289:4, 6302:12, 6302:19, 6302:23, 6302:25, 6304:14, 6304:17, 6307:21, 6308:1, 6308:6, 6314:9, 6314:18, 6314:24, 6322:16, 6329:7, 6329:12, 6329:15, 6329:22, 6329:25, 6330:10, 6330:13, 6337:7, 6337:24, 6341:23, 6343:25, 6348:18, 6348:20, 6348:23, 6348:25, 6349:2, 6349:4, 6349:5, 6349:18, 6349:25, 6350:4, 6350:6, 6350:9, 6351:8, 6351:12, 6351:24, 6352:16, 6353:1, 6353:12, 6353:23, 6354:11, 6354:16, 6354:19, 6354:21, 6355:5, 6357:17, 6364:14, 6371:21, 6371:23, 6374:6, 6374:9, 6374:11, 6374:13, 6376:11, 6376:12, 6376:13, 6379:18, 6388:3, 6388:4, 6391:24, 6392:22,

6398:12, 6398:14, 6401:1, 6403:6, 6403:7, 6403:9, 6407:21, 6407:23, 6407:25, 6408:1, 6408:8, 6409:5, 6409:11, 6409:15, 6409:17, 6409:18, 6409:22, 6410:1, 6410:3, 6410:8, 6417:22, 6418:2, 6419:2, 6419:13, 6419:16, 6422:24, 6423:2, 6423:9, 6423:12, 6423:22, 6424:6, 6426:14, 6426:17, 6426:20, 6426:21
**themselves** [2] - 6334:2, 6352:13
**theoretically** [1] - 6328:18
**theory** [1] - 6423:20
**thickening** [4] - 6317:12, 6317:13, 6317:14, 6317:24
**THIRD** [1] - 6277:6
**third** [2] - 6308:16, 6341:16
**THIS** [1] - 6273:11
**THOMAS** [1] - 6275:7
**Thompson** [3] - 6349:14, 6352:1, 6352:6
**THORNHILL** [2] - 6275:6, 6275:7
**thorough** [1] - 6340:1
**thousands** [1] - 6420:4
**three** [13] - 6283:17, 6286:4, 6292:9, 6307:25, 6354:2, 6378:16, 6385:2, 6393:14, 6393:18, 6394:5, 6406:19, 6413:2, 6414:10
**throughout** [4] - 6308:2, 6322:5, 6326:2, 6402:2
**thumb** [3] - 6282:14, 6283:2, 6359:15
**Thursday** [3] - 6350:24, 6351:2, 6351:21
**tied** [1] - 6348:6
**title** [1] - 6374:16
**titled** [2] - 6421:6, 6421:24
**TO** [8] - 6273:11, 6282:4, 6282:16,

6283:2, 6293:2, 6303:22, 6311:15, 6389:24
**TOC** [1] - 6322:25
**today** [19] - 6287:3, 6335:13, 6351:20, 6351:21, 6351:22, 6353:11, 6365:25, 6366:8, 6368:13, 6368:16, 6371:10, 6372:8, 6372:10, 6376:20, 6386:10, 6389:13, 6411:22, 6418:7, 6419:12
**together** [2] - 6332:8, 6425:3
**TOLLES** [1] - 6278:13
**Took** [1] - 6301:22
**took** [12] - 6283:11, 6301:22, 6302:16, 6304:6, 6343:4, 6351:4, 6376:2, 6381:22, 6390:10, 6390:18
**tool** [7] - 6299:11, 6299:13, 6300:8, 6310:25, 6367:7, 6424:15, 6424:16
**tools** [1] - 6426:10
**top** [18] - 6301:8, 6302:3, 6310:8, 6310:9, 6310:11, 6322:25, 6323:1, 6323:3, 6323:6, 6324:10, 6324:18, 6326:18, 6397:18, 6398:22, 6399:22, 6404:19, 6414:11
**topics** [1] - 6332:15
**torch** [1] - 6423:19
**TORTS** [2] - 6275:22, 6276:10
**total** [3] - 6424:17, 6425:18, 6425:24
**totally** [3] - 6327:9, 6331:6, 6378:12
**touch** [1] - 6410:24
**TOWER** [2] - 6278:19, 6279:16
**town** [1] - 6311:17
**track** [3] - 6404:15, 6404:17, 6404:18
**Trahan** [1] - 6282:18
**train** [2] - 6338:2, 6338:3
**trained** [1] - 6339:6
**training** [5] - 6290:9, 6290:12, 6290:17, 6372:22
**transcript** [1] - 6427:7

**TRANSCRIPT** [2] - 6273:21, 6280:7
**transcripts** [1] - 6420:14
**transmittal** [1] - 6386:2
**Transocean** [13] - 6282:13, 6286:4, 6348:23, 6350:20, 6354:2, 6354:25, 6364:4, 6364:10, 6365:9, 6370:12, 6390:7, 6390:20, 6392:20
**TRANSOCEAN** [3] - 6278:3, 6278:3, 6278:5
**Transocean's** [1] - 6349:7
**treated** [1] - 6356:25
**TREX** [2] - 6308:3, 6353:18
**TREX-00708.1** [1] - 6335:7
**TREX-00713** [1] - 6321:18
**TREX-00713-008** [1] - 6325:12
**TREX-00717** [1] - 6315:5
**TREX-00717-002** [1] - 6316:5
**TREX-00717-003** [1] - 6316:15
**TREX-00717-008** [1] - 6319:16
**TREX-00717-421** [1] - 6315:4
**TREX-00718** [1] - 6296:12
**TREX-00718-012** [1] - 6309:6
**TREX-00718-013** [1] - 6311:1
**TREX-00737** [1] - 6292:8
**TREX-1144** [4] - 6281:20, 6283:15, 6283:21, 6284:13
**TREX-2129.1.1** [1] - 6373:18
**TREX-22581** [2] - 6410:22, 6413:18
**TREX-26145** [1] - 6335:19
**TREX-4112** [4] - 6281:21, 6283:16, 6284:2, 6284:14
**TREX-4514** [3] - 6281:20, 6283:15,

6284:13
**TREX-50335.1** [1] - 6356:2
**TREX-50335.4.1** [1] - 6356:5
**TREX-51133** [3] - 6281:20, 6283:15, 6284:13
**TREX-52664** [3] - 6281:21, 6283:15, 6284:14
**TREX-5823.3.1** [1] - 6372:14
**TREX-5845** [1] - 6418:8
**TREX-60083** [3] - 6281:22, 6422:23, 6422:25
**TREX-711.1.2** [2] - 6383:19, 6385:20
**TREX-711.2** [1] - 6384:17
**TREX-711.2.4** [1] - 6385:9
**TREX-713** [1] - 6344:2
**TREX-713.5.2.US** [1] - 6344:8
**TREX-717.1.1** [1] - 6361:13
**TREX-717.3.1** [1] - 6362:9
**TREX-717.3.2** [1] - 6362:22
**TREX-717.39.1** [1] - 6387:15
**TREX-718** [1] - 6342:13
**TREX-718-009** [1] - 6308:4
**TREX-718.13.1** [1] - 6357:25
**TREX-718.7.3.US** [1] - 6343:10
**TREX-983.102.1** [1] - 6359:18
**trial** [9] - 6284:7, 6287:10, 6287:11, 6308:3, 6331:8, 6349:19, 6350:9, 6350:13, 6350:24
**TRIAL** [1] - 6273:21
**tries** [1] - 6423:20
**trips** [1] - 6426:1
**TRITON** [1] - 6273:13
**true** [5] - 6333:24, 6389:17, 6399:22, 6403:15, 6427:7
**truth** [6] - 6288:6, 6409:20, 6409:21
**try** [10] - 6289:1,

6319:21, 6320:3,
6342:9, 6343:8,
6345:15, 6353:21,
6354:16, 6405:2,
6406:6
**trying** [11] - 6287:25,
6303:18, 6306:11,
6308:2, 6329:17,
6350:14, 6358:15,
6380:12, 6400:22,
6407:9, 6417:7
**tube** [1] - 6360:4
**turbulent** [2] -
6294:17, 6295:11
**Turkey** [1] - 6417:6
**turn** [3] - 6345:6,
6371:14, 6414:4
**turned** [2] - 6340:7,
6401:7
**turning** [1] - 6400:18
**turns** [1] - 6395:23
**two** [38] - 6282:14,
6283:17, 6283:21,
6288:21, 6291:12,
6291:13, 6291:15,
6303:5, 6316:14,
6321:3, 6326:19,
6330:20, 6330:22,
6330:23, 6336:15,
6337:2, 6337:19,
6341:14, 6341:15,
6343:6, 6351:24,
6355:19, 6356:22,
6359:20, 6366:10,
6378:15, 6399:6,
6400:3, 6405:13,
6406:16, 6406:17,
6406:19, 6408:14,
6412:12, 6415:23,
6415:25, 6419:21,
6421:4
**two-foot** [1] - 6408:14
**TX** [6] - 6275:15,
6278:11, 6278:23,
6279:10, 6279:17,
6279:20
**type** [5] - 6310:23,
6385:15, 6390:11,
6395:6, 6398:6
**typed** [2] - 6292:13,
6292:14
**typically** [14] - 6297:2,
6299:16, 6299:24,
6308:19, 6311:14,
6319:4, 6324:22,
6328:11, 6359:12,
6375:9, 6375:10,
6379:9, 6396:13,
6400:11

## U

**U.S** [4] - 6275:21,
6276:3, 6276:9,
6276:15
**UCA** [11] - 6318:5,
6318:14, 6336:7,
6336:9, 6360:12,
6360:14, 6360:19,
6404:25, 6405:6,
6405:15, 6405:19
**ultimate** [1] - 6357:8
**ultimately** [4] -
6296:2, 6306:1,
6317:16, 6345:11
**ultrasonic** [1] -
6360:12
**ultrasound** [1] -
6360:17
**umbrella** [1] - 6413:4
**unavailable** [1] -
6330:24
**under** [10] - 6284:19,
6305:1, 6313:9,
6378:21, 6405:11,
6405:15, 6408:23,
6409:1, 6413:4,
6414:14
**undergraduate** [1] -
6413:6
**Underhill** [1] -
6343:25
**UNDERHILL** [8] -
6275:22, 6341:24,
6342:1, 6342:11,
6342:12, 6344:1,
6348:16, 6391:22
**UNDERHILL..............
....** [1] - 6281:7
**understood** [2] -
6398:12, 6424:9
**unfoamed** [2] -
6336:10, 6384:24
**unfortunately** [2] -
6304:11, 6317:22
**Union** [1] - 6412:16
**unit** [5] - 6324:23,
6328:4, 6347:25,
6377:19, 6392:9
**United** [6] - 6286:22,
6341:23, 6412:14,
6415:2, 6427:5,
6427:15
**UNITED** [4] - 6273:1,
6273:15, 6273:23,
6275:21
**units** [2] - 6366:20,
6377:17
**universities** [2] -

**University** [2] -
6290:22, 6410:17
**unless** [1] - 6407:13
**unusual** [2] - 6300:11,
6305:9
**up** [86] - 6287:8,
6287:25, 6290:18,
6292:13, 6293:21,
6293:25, 6294:1,
6294:3, 6295:3,
6295:5, 6295:9,
6296:4, 6296:5,
6303:7, 6303:8,
6303:13, 6303:15,
6304:12, 6305:16,
6306:1, 6306:4,
6306:5, 6310:21,
6315:12, 6317:13,
6322:3, 6322:4,
6323:11, 6323:13,
6324:2, 6325:8,
6326:2, 6326:6,
6326:7, 6326:8,
6327:4, 6328:4,
6328:19, 6328:21,
6332:22, 6342:13,
6343:8, 6343:18,
6343:22, 6344:2,
6344:16, 6345:4,
6345:11, 6345:14,
6345:21, 6347:12,
6347:22, 6349:16,
6350:4, 6352:18,
6352:22, 6352:25,
6356:6, 6358:10,
6365:12, 6365:14,
6365:17, 6365:21,
6365:25, 6370:14,
6377:13, 6377:15,
6378:2, 6379:10,
6379:12, 6385:15,
6387:22, 6390:13,
6397:21, 6400:18,
6403:20, 6405:2,
6406:16, 6410:22,
6410:23, 6418:8,
6419:4, 6419:18,
6421:8, 6423:19
**upcoming** [2] -
6370:8, 6370:16
**uppermost** [1] -
6419:10
**upset** [1] - 6313:25
**upswing** [1] - 6327:1
**upward** [1] - 6395:23
**usual** [1] - 6360:8
**utilized** [2] - 6361:8,
6386:5
**utilizes** [1] - 6360:20

## V

**VA** [1] - 6274:19
**varies** [1] - 6371:5
**various** [1] - 6286:24,
6289:15, 6289:23,
6292:22, 6303:18,
6304:3, 6305:22,
6305:24, 6325:25,
6343:6, 6370:10,
6415:3, 6424:21
**verbatim** [1] - 6326:1
**version** [2] - 6321:6,
6321:8
**versus** [4] - 6294:11,
6295:3, 6316:25,
6384:8
**vibrate** [1] - 6359:14
**vice** [1] - 6331:8
**vice-president** [1] -
6331:8
**Video** [2] - 6282:17,
6283:3
**videographer** [1] -
6322:9
**Vidrine** [13] - 6283:19,
6297:18, 6307:16,
6307:18, 6313:6,
6313:17, 6315:17,
6320:14, 6320:17,
6344:22, 6345:2,
6345:3, 6380:21
**view** [2] - 6369:7,
6388:21
**Vincent** [2] - 6376:4,
6376:25
**VIRGINIA** [1] -
6274:19
**viscous** [1] - 6378:21
**vitae** [3] - 6415:13,
6415:22, 6416:1
**voice** [1] - 6313:15
**VOICES** [1] - 6282:9
**VOIR** [2] - 6281:12,
6410:9
**voir** [1] - 6418:1
**volume** [21] - 6294:2,
6324:22, 6324:23,
6347:24, 6348:1,
6348:2, 6348:3,
6348:6, 6367:19,
6367:21, 6367:23,
6367:24, 6385:7,
6388:13, 6393:5,
6394:7, 6394:8,
6396:8, 6397:16,
6400:2
**volumes** [2] - 6291:1,
6300:22, 6323:8,

6387:23, 6394:12,
6394:14, 6396:9
**voluminous** [3] -
6283:25, 6284:4,
6284:6
**VON** [1] - 6279:19

## W

**wait** [8] - 6287:16,
6312:2, 6312:5,
6312:14, 6337:2,
6351:21, 6359:7,
6359:12
**waiting** [4] - 6360:5,
6386:16, 6386:17,
6386:20
**walk** [1] - 6297:5
**walked** [4] - 6303:15,
6306:1, 6307:13,
6366:18
**WALKER** [1] -
6274:18
**walkie** [1] - 6309:25
**walkie-talkies** [1] -
6309:25
**wall** [1] - 6294:22
**WALTER** [1] - 6274:22
**WALTHER** [1] -
6279:3
**Walz** [1] - 6316:2
**WAS** [1] - 6281:22
**WASHINGTON** [4] -
6276:7, 6276:13,
6276:19, 6277:21
**watching** [4] -
6303:20, 6304:9,
6304:10, 6397:10
**water** [2] - 6377:3,
6378:1
**ways** [1] - 6299:25
**Wednesday** [1] -
6344:4
**WEDNESDAY** [2] -
6273:9, 6282:2
**week** [6] - 6287:20,
6314:7, 6350:24,
6351:22, 6352:18,
6353:11
**weigh** [1] - 6287:16
**weight** [2] - 6301:23,
6302:17
**wellbore** [8] -
6294:18, 6295:25,
6322:22, 6327:11,
6368:5, 6368:20,
6396:8, 6398:14
**wells** [1] - 6411:16
**WERE** [1] - 6281:21

**WHEREUPON** [11] - 6282:24, 6283:9, 6284:13, 6285:13, 6286:1, 6286:15, 6349:3, 6352:20, 6379:16, 6422:25, 6426:22
**whichever** [1] - 6347:1
**WHITELEY** [1] - 6277:9
**whole** [8] - 6288:6, 6303:4, 6306:4, 6308:14, 6309:16, 6310:7, 6322:20, 6409:20
**wide** [1] - 6424:24
**Williams** [1] - 6309:24
**WILLIAMS** [2] - 6275:3, 6275:3
**WILLIAMSON** [2] - 6275:13, 6275:14
**WINFIELD** [1] - 6276:23
**wiped** [1] - 6404:19
**wiper** [3] - 6346:13, 6346:16, 6346:21
**wireline** [9] - 6421:7, 6424:15, 6424:16, 6424:20, 6425:3, 6425:22, 6426:2, 6426:10
**witness** [23] - 6287:24, 6288:1, 6288:10, 6292:4, 6302:24, 6314:9, 6325:6, 6330:9, 6337:5, 6348:22, 6357:16, 6364:13, 6371:20, 6388:1, 6398:7, 6407:20, 6407:22, 6408:1, 6408:13, 6409:24, 6418:16, 6426:18
**WITNESS** [13] - 6288:8, 6288:14, 6302:23, 6314:24, 6329:25, 6371:23, 6376:12, 6388:4, 6398:14, 6403:6, 6407:25, 6409:22, 6410:3
**witnesses** [3] - 6351:8, 6351:9, 6351:11
**witnessing** [1] - 6305:13
**WITTMANN** [2] - 6279:3, 6279:4
**Wolfe** [4] - 6284:17, 6285:1, 6353:15,

6353:16
**wondering** [1] - 6340:15
**word** [1] - 6346:9
**words** [6] - 6291:6, 6295:15, 6323:9, 6378:20, 6396:8, 6406:11
**works** [1] - 6325:20
**world** [1] - 6412:21
**worrisome** [1] - 6401:15
**WRIGHT** [1] - 6274:3
**write** [8] - 6297:3, 6297:12, 6299:22, 6300:1, 6300:11, 6304:25, 6340:16, 6341:2
**writing** [4] - 6303:25, 6321:24, 6321:25, 6322:1
**written** [1] - 6292:7
**wrote** [5] - 6302:14, 6340:24, 6342:23, 6343:14, 6344:3

## Y

**y'all** [1] - 6301:5
**year** [1] - 6290:17
**yesterday** [5] - 6283:3, 6285:20, 6345:23, 6349:7, 6383:25
**YOAKUM** [1] - 6275:14
**young** [2] - 6284:23, 6284:24
**YOUNG** [1] - 6276:18
**Young's** [2] - 6354:1, 6354:10
**young's** [1] - 6286:4
**yourself** [3] - 6291:6, 6302:22, 6413:11

## Z

**zero** [9] - 6334:25, 6335:15, 6335:24, 6336:1, 6336:16, 6362:17, 6363:2, 6363:11, 6363:13
**zeroing** [1] - 6303:5
**Zonal** [1] - 6374:17
**zonal** [10] - 6296:2, 6328:15, 6333:3, 6357:8, 6357:10, 6357:20, 6357:23, 6404:6, 6405:25,

6406:2
**zone** [13] - 6357:12, 6408:15, 6408:16, 6408:17, 6408:19, 6419:10, 6419:23, 6421:5, 6421:6, 6421:22, 6421:23, 6421:24
**zones** [4] - 6328:12, 6328:15, 6357:12, 6406:2

"

**"MIKE"** [1] - 6277:20