UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | Judge Barbier |
| Applies to: *All Actions* | Magistrate Judge Shushan |

## ORDER

**[Regarding Motion of Claimants to Enforce Settlement Release (Rec. doc. 12707)]**

On March 26, 2014, the motion of certain claimants to enforce releases (Rec. doc. 12577) was denied.  Rec. doc. 12594.

For the reasons stated in the March 26, 2014 order, the motion of Claimants 100165456, 100170329, and 100170357 to enforce settlement release (Rec. doc. 12707) is denied.  **Any Claimants seeking similar relief shall refrain from filing such motions.**

New Orleans, Louisiana, this  28th day of April, 2014.

_____
CARL J. BARBIER
United States District Judge