IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to Nos. 12-970 and 13-492. | * * * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |
| | * * | |

Considering the foregoing *Ex Parte* Motion to Withdraw Counsel of Record,

**IT IS ORDERED** that the motion be and hereby is **GRANTED**.  Gina M. Palermo, Esq.

and Patrick H. Fourroux, Esq., of Stanley, Reuter, Ross, Thornton & Alford, L.L.C., are hereby

withdrawn as counsel of record for the Claims Administrator and the Settlement Program.

New Orleans, Louisiana this 28th day of April, 2014.

_____
United States District Judge