UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | * | |
|     GULF OF MEXICO, on | * | SECTION J |
|     APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** | * | |
| No. 12-00311 | * | **JURY TRIAL DEMANDED** |

## LIBERTY INSURANCE UNDERWRITERS, INC.'S REQUEST FOR ORAL ARGUMENT ON ITS MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Defendant Liberty Insurance Underwriters, Inc. ("LIU") requests oral argument under Local Rule 78.1 on its Motion for Partial Summary Judgment Concerning Cameron International Corporation's Forfeiture of Coverage (Rec. Doc. No. 12580) and its Motion for Partial Summary Judgment on Cameron's § 541 Claim (Rec. Doc. No. 12578). Oral argument will better enable the parties and the Court to address the facts, law, and issues presented in the motions.

LIU also asks the Court to schedule the hearing on its two motions and Cameron's pending summary judgment motion (Rec. Doc. No. 12440) *after* the hearing on LIU's Motion for Partial Summary Judgment concerning Cameron International Corporation's Texas Insurance Code Claims (Rec. Doc. No. 12050), filed in December 2013 (the "December MSJ"). The Court's February 21, 2014 Order contemplated multiple hearings, stating that the Court "may hold _hearings_ on the summary judgment motions on _dates_ set by the Court." Rec. Doc. No. 12388 (emphasis added). The December MSJ, filed months before Cameron's and LIU's other motions, essentially presents narrow legal issues regarding whether a Texas bad faith claim

1

requires an independent injury, which does not include attorney fees, and whether LIU must indemnify Cameron for defense costs.  Judicial economy and efficiency favor hearing this narrow motion first because, if granted, it would eliminate the need to consider LIU's other motion related to bad faith (Rec. Doc. No. 12578) and a portion of Cameron's motion.  For these reasons, LIU requests that the Court hear the December MSJ *before* the parties' later-filed summary judgment motions.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty Insurance
  Underwriters, Inc.

958383_1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of April, 2014.

/s/ Judy Y. Barrasso