1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4   ****************************************************************

5     IN RE:  OIL SPILL BY THE OIL
      RIG *DEEPWATER HORIZON* IN THE
6     GULF OF MEXICO ON APRIL 20,
      2010
7

8                        CIVIL ACTION NO. 10-MD-2179 "J"
                         NEW ORLEANS, LOUISIANA
9                        Wednesday, April 3, 2013

10

11    THIS DOCUMENT RELATES TO:

12    CASE NO. 2:10-CV-02771,
      *IN RE:  THE COMPLAINT AND*
13    *PETITION OF TRITON ASSET*
      *LEASING GmbH, ET AL*
14
      CASE NO. 2:10-CV-4536,
15    *UNITED STATES OF AMERICA V.*
      *BP EXPLORATION & PRODUCTION,*
16    *INC., ET AL*

17
   ****************************************************************
18

19

20              **DAY 21 - AFTERNOON SESSION**

21        TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22     HEARD BEFORE THE HONORABLE CARL J. BARBIER

23              UNITED STATES DISTRICT JUDGE

24

25

───────────────── OFFICIAL TRANSCRIPT ─────────────────

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                   BY:  JAMES P. ROY, ESQ.
 4                                 556 JEFFERSON STREET, SUITE 500
                                   POST OFFICE BOX 3668
 5                                 LAFAYETTE, LA  70502

 6                                 HERMAN HERMAN & KATZ
                                   BY:  STEPHEN J. HERMAN, ESQ.
 7                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA  70113
 8
                                   CUNNINGHAM BOUNDS
 9                                 BY:  ROBERT T. CUNNINGHAM, ESQ.
                                   1601 DAUPHIN STREET
10                                 MOBILE, AL  36604

11                                 LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                   BY:  PAUL M. STERBCOW, ESQ.
12                                 PAN AMERICAN LIFE BUILDING
                                   601 POYDRAS STREET, SUITE 2615
13                                 NEW ORLEANS, LA  70130

14                                 BREIT DRESCHER IMPREVENTO & WALKER
                                   BY:  JEFFREY A. BREIT, ESQ.
15                                 600 22ND STREET, SUITE 402
                                   VIRGINIA BEACH, VA  23451
16
                                   LEGER & SHAW
17                                 BY:  WALTER J. LEGER, JR., ESQ.
                                   600 CARONDELET STREET, 9TH FLOOR
18                                 NEW ORLEANS, LA  70130

19                                 WILLIAMS LAW GROUP
                                   BY:  CONRAD S. P. WILLIAMS, ESQ.
20                                 435 CORPORATE DRIVE, SUITE 101
                                   HOUMA, LA  70360
21
                                   THORNHILL LAW FIRM
22                                 BY:  THOMAS THORNHILL, ESQ.
                                   1308 NINTH STREET
23                                 SLIDELL, LA  70458

24

25
```

```
 1                              DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                               BY:  JOHN W. DEGRAVELLES, ESQ.
 2                             618 MAIN STREET
                               BATON ROUGE, LA 70801
 3

 4                             WILLIAMSON & RUSNAK
                               BY:  JIMMY WILLIAMSON, ESQ.
 5                             4310 YOAKUM BOULEVARD
                               HOUSTON, TX  77006
 6
                               IRPINO LAW FIRM
 7                             BY:  ANTHONY IRPINO, ESQ.
                               2216 MAGAZINE STREET
 8                             NEW ORLEANS, LA  70130

 9

10    FOR THE UNITED STATES
      OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
11                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQ.
12                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
13                             SAN FRANCISCO, CA  94102

14                             U.S. DEPARTMENT OF JUSTICE
                               ENVIRONMENT & NATURAL RESOURCES DIVISION
15                             ENVIRONMENTAL ENFORCEMENT SECTION
                               BY:  STEVEN O'ROURKE, ESQ.
16                                  SCOTT CERNICH, ESQ.
                                    DEANNA CHANG, ESQ.
17                                  RACHEL HANKEY, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
18                             P.O. BOX 7611
                               WASHINGTON, DC  20044
19
                               U.S. DEPARTMENT OF JUSTICE
20                             TORTS BRANCH, CIVIL DIVISION
                               BY:  JESSICA McCLELLAN, ESQ.
21                                  MICHELLE DELEMARRE, ESQ.
                                    JESSICA SULLIVAN, ESQ.
22                                  SHARON SHUTLER, ESQ.
                                    MALINDA LAWRENCE, ESQ.
23                             POST OFFICE BOX 14271
                               WASHINGTON, DC  20044
24

25
```

```
 1                                  U.S. DEPARTMENT OF JUSTICE
                                    FRAUD SECTION
 2                                  COMMERCIAL LITIGATION BRANCH
                                    BY:  DANIEL SPIRO, ESQ.
 3                                       KELLEY HAUSER, ESQ.
                                         ELIZABETH YOUNG, ESQ.
 4                                  BEN FRANKLIN STATION
                                    WASHINGTON, DC  20044
 5

 6     FOR THE STATE OF
       ALABAMA:                     ALABAMA ATTORNEY GENERAL'S OFFICE
 7                                  BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                         COREY L. MAZE, ESQ.
 8                                       WINFIELD J. SINCLAIR, ESQ.
                                    500 DEXTER AVENUE
 9                                  MONTGOMERY, AL  36130

10

11     FOR THE STATE OF
       LOUISIANA OFFICE
12     OF THE ATTORNEY
       GENERAL:
13                                  STATE OF LOUISIANA
                                    BY:  JAMES D.  CALDWELL,
14                                  ATTORNEY GENERAL
                                    1885 NORTH THIRD STREET
15                                  POST OFFICE BOX 94005
                                    BATON ROUGE, LA  70804
16
                                    KANNER & WHITELEY
17                                  BY:  ALLAN KANNER, ESQ.
                                         DOUGLAS R. KRAUS, ESQ.
18                                  701 CAMP STREET
                                    NEW ORLEANS, LA  70130
19

20
       FOR BP EXPLORATION &
21     PRODUCTION INC.,
       BP AMERICA PRODUCTION
22     COMPANY, BP PLC:            LISKOW & LEWIS
                                    BY:  DON K. HAYCRAFT, ESQ.
23                                  ONE SHELL SQUARE
                                    701 POYDRAS STREET
24                                  SUITE 5000
                                    NEW ORLEANS, LA  70139
25
```

OFFICIAL TRANSCRIPT

```
 1
                              COVINGTON & BURLING
 2                            BY:  ROBERT C. "MIKE" BROCK, ESQ.
                              1201 PENNSYLVANIA AVENUE, NW
 3                            WASHINGTON, DC  20004

 4                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQ.
 5                                 HARIKLIA "CARRIE" KARIS, ESQ.
                                   MATTHEW T. REGAN, ESQ.
 6                            300 N. LASALLE
                              CHICAGO, IL  60654
 7

 8   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 9   OFFSHORE DEEPWATER
     DRILLING INC., AND
10   TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
11                            BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
12                            1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
13
                              SUTHERLAND ASBILL & BRENNAN
14                            BY:  STEVEN L. ROBERTS, ESQ.
                                   RACHEL G. CLINGMAN, ESQ.
15                            1001 FANNIN STREET, SUITE 3700
                              HOUSTON, TX  77002
16
                              MUNGER TOLLES & OLSON
17                            BY:  MICHAEL R. DOYEN, ESQ.
                                   BRAD D. BRIAN, ESQ.
18                                 LUIS LI, ESQ.
                              335 SOUTH GRAND AVENUE, 35TH FLOOR
19                            LOS ANGELES, CA  90071

20                            MAHTOOK & LAFLEUR
                              BY:  RICHARD J. HYMEL, ESQ.
21                            1000 CHASE TOWER
                              600 JEFFERSON STREET
22                            LAFAYETTE, LA  70502

23                            HUGHES ARRELL KINCHEN
                              BY:  JOHN KINCHEN, ESQ.
24                            2211 NORFOLK, SUITE 1110
                              HOUSTON, TX  77098
25
```

```
 1
    FOR CAMERON INTERNATIONAL
 2  CORPORATION:                    STONE PIGMAN WALTHER WITTMANN
                                    BY:  PHILLIP A. WITTMANN, ESQ.
 3                                  546 CARONDELET STREET
                                    NEW ORLEANS, LA 70130
 4
                                    BECK REDDEN & SECREST
 5                                  BY:  DAVID J. BECK, ESQ.
                                         DAVID W. JONES, ESQ.
 6                                       GEOFFREY GANNAWAY, ESQ.
                                         ALEX B. ROBERTS, ESQ.
 7                                  ONE HOUSTON CENTER
                                    1221 MCKINNEY STREET, SUITE 4500
 8                                  HOUSTON, TX  77010

 9
    FOR HALLIBURTON
10  ENERGY SERVICES,
    INC.:                           GODWIN LEWIS
11                                  BY:  DONALD E. GODWIN, ESQ.
                                         FLOYD R. HARTLEY, JR., ESQ.
12                                       GAVIN HILL, ESQ.
                                    RENAISSANCE TOWER
13                                  1201 ELM STREET, SUITE 1700
                                    DALLAS, TX  75270
14
                                    GODWIN LEWIS
15                                  BY:  JERRY C. VON STERNBERG, ESQ.
                                    1331 LAMAR, SUITE 1665
16                                  HOUSTON, TX  77010

17
    FOR M-I L.L.C.:                 MORGAN, LEWIS & BOCKIUS
18                                  BY:  HUGH E. TANNER, ESQ.
                                         DENISE SCOFIELD, ESQ.
19                                       JOHN C. FUNDERBURK, ESQ.
                                    1000 LOUISIANA STREET, SUITE 4000
20                                  HOUSTON, TX  77002

21
    OFFICIAL COURT REPORTER:        KAREN A. IBOS, CRR, RMR, CCR
22                                  500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA  70130
23                                  (504) 589-7776
                                    Karen_Ibos@laed.uscourts.gov
24

25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
```

OFFICIAL TRANSCRIPT

1                          I N D E X

2

3    WITNESS:                                    PAGE/LINE:

4

5    DR. FREDERICK "GENE" BECK

6

7      Direct Examination by Ms. Hill              7103/8

8

9      Cross-Examination by Mr. Roy                7164/22

10

11     Cross-Examination by Mr. Underhill          7184/22

12

13     Cross-Examination by Mr. Brian              7200/22

14

15

16

17

18

19

20

21

22

23

24

25

```
                         P-R-O-C-E-E-D-I-N-G-S
1
                    WEDNESDAY, APRIL 3, 2013
2
                  A F T E R N O O N   S E S S I O N
3

4
13:21:20  5      (OPEN COURT.)
13:21:20  6           THE COURT:  Please, be seated everyone.  Any preliminary
13:21:24  7      matters before we resume testimony?
13:21:30  8           MS. SULLIVAN:  Your Honor, Jessica Sullivan for the
13:21:34  9      United States.  I would like to offer into evidence the exhibits
13:21:36 10      that we used with Mr. Gagliano.  We circulated the list and no one
13:21:40 11      objected.
13:21:40 12           THE COURT:  Any exhibits to the United States exhibits --
13:21:43 13      any objection to the United States exhibits from Mr. Gagliano?
13:21:47 14      Without objection, those are admitted.
13:21:49 15           MS. SULLIVAN:  Thank you, your Honor.
13:21:52 16           MR. O'ROURKE:  Also, for the United States, your Honor,
13:21:54 17      Steve O'Rourke.  I have to replace the exhibit list for Dr. Huffman
13:21:57 18      from the first week of trial.  Judge Shushan had told us we were
13:22:01 19      permitted but not required to do the call-outs because we didn't
13:22:05 20      have a standardized call-out system at the beginning.  These are
13:22:08 21      those standardized call-outs using standardized numbers similar to
13:22:12 22      what Mr. Godwin did the other day.  The parties have these and
13:22:15 23      there were no objections.
13:22:16 24           THE COURT:  Very well.  Without objection, those are
13:22:19 25      admitted.
```

13:22:21  1          MR. O'ROURKE:  Thank you.

13:22:21  2          MR. BECK:  David Beck for Cameron.  Your Honor, as your

13:22:24  3   Honor well knows, after the close of the plaintiffs and the

13:22:27  4   claimants case, we told the Court we were going to file a written

13:22:31  5   motion, a Rule 52(c) motion, with respect to the claims asserted

13:22:35  6   against Cameron.  We did that about a week ago, and I talked to

13:22:39  7   Mr. Roy and I think he's agreed that we can orally present this to

13:22:44  8   the Court, subject to your permission obviously.

13:22:46  9          THE COURT:  All right.  Very well.  I'll take that up

13:22:50 10   right now.

13:22:51 11          I have, obviously, read your motion, and I'll entertain

13:22:58 12   any response or comments that anyone else would care to make at

13:23:03 13   this time to Cameron's motion.

13:23:07 14          MR. GODWIN:  Don Godwin for Halliburton, your Honor.

13:23:09 15   Halliburton has no objection to the motion, your Honor.

13:23:11 16          THE COURT:  All right.  Thank you.

13:23:13 17          MR. GODWIN:  You're welcome.

13:23:14 18          THE COURT:  Anyone else?

13:23:16 19          MR. ROY:  Jim Roy, your Honor, for the PSC.  While we do

13:23:21 20   not join the motion, we do oppose it.  We, nevertheless, agree that

13:23:26 21   it can be taken up orally and trust the sound discretion of the

13:23:31 22   Court.  It is a bench trial and the record of evidence, so it is

13:23:35 23   known to all.  I understand that both the State of Louisiana for

13:23:40 24   Mr. Kanner and the State of Alabama through Mr. Maze concur with

13:23:45 25   this position.

13:23:46  1          MR. MAZE:  We do.

13:23:47  2          MR. KANNER:  We do.

13:23:48  3          THE COURT:  All right.  Anyone else?

13:23:52  4          MR. MILLER:  Your Honor, Kerry Miller for Transocean.  We

13:23:56  5   have no objection to Mr. Beck's motion.

13:23:59  6          MR. REGAN:  No objection from BP, your Honor.

13:24:00  7          THE COURT:  Okay.  All right.  Obviously, I am not only

13:24:06  8   familiar with the motion, but I am familiar with the evidence in

13:24:09  9   this case having sat through the trial, now, which is into its

13:24:14 10   sixth week, and I am going to grant Cameron's motion.

13:24:27 11          The complaint or the claims against Cameron, essentially,

13:24:37 12   are based on maritime product liability and negligence.  Frankly,

13:24:47 13   I've heard no evidence during this trial or seen no evidence to

13:24:51 14   support a finding of negligence against Cameron that could have in

13:24:56 15   any way caused or contributed to the accident, to the casualty.

13:25:00 16          With respect to the product liability claim, the

13:25:16 17   admiralty law, essentially, adopts the restatement; and under the

13:25:25 18   restatement there must be -- although negligence is not necessarily

13:25:29 19   required, there is a requirement that there be a showing or

13:25:35 20   evidence of a defect in the product, either in its construction or

13:25:41 21   design, or manufacture.  To the extent there have been issues or

13:25:50 22   evidence in this case, in this trial with respect to the blowout

13:25:54 23   preventer which Cameron -- and that's Cameron's only role in this

13:25:57 24   case as I appreciate it, it was the manufacturer and selling of the

13:26:02 25   blowout preventer.

13:26:02  1        MR. BECK:  That is correct.

13:26:04  2        THE COURT:  With respect to the evidence as to the

13:26:06  3   blowout preventer, in my view all -- to the extent there have been

13:26:15  4   complaints, I guess, about the operation or nonoperation of the

13:26:19  5   blowout preventer with respect to what caused this casualty, it

13:26:23  6   appears that those -- the evidence is directed not at Cameron

13:26:28  7   itself but rather at Cameron's customers in this case, and those

13:26:35  8   would be BP as the operator and lessor of the *Deepwater Horizon* and

13:26:45  9   Transocean, of course, as the owner of the *Deepwater Horizon*, and

13:26:49 10   also, the owner of the blowout preventer itself.

13:26:53 11        The evidence is that there were -- these are obviously

13:27:00 12   sophisticated customers.  They specified and selected the type of

13:27:10 13   blowout preventer, the components, the arrangement of the

13:27:14 14   components and made decisions; whether those decisions in the end

13:27:23 15   were right or wrong or proper or not, they made decisions as to how

13:27:31 16   this blowout preventer would be configured and arranged and its

13:27:37 17   capacity and so forth.  And also made decisions as to whether and

13:27:41 18   when to upgrade the blowout preventer to include later developed

13:27:47 19   technology, which might have been available and feasible.

13:27:52 20        So for those reasons, in the absence of any evidence,

13:28:00 21   again, directed to Cameron on those issues, I am going to grant

13:28:04 22   Cameron's motion.

13:28:06 23        MR. BECK:  Thank you, your Honor.  As a housekeeping

13:28:08 24   matter, there were two cross actions, one by Halliburton and one by

13:28:12 25   Transocean, which I assume the parties have agreed can also be

```
13:28:15  1    dismissed.
13:28:18  2              THE COURT:  There's not contractual issues in any of
13:28:21  3    them?
13:28:21  4              MR. BECK:  No.
13:28:22  5              MR. GODWIN:  No, your Honor.  Halliburton, we agreed to
13:28:25  6    dismiss the action as I've informed Mr. Beck.
13:28:28  7              THE COURT:  And TO also?
13:28:30  8              MR. MILLER:  Yes, I think Mr. Beck was referring to the
13:28:31  9    14(c) tender and so that would --
13:28:34 10              THE COURT:  So unless I hear otherwise, I'm going to rule
13:28:38 11    that my order is -- completely dismisses Cameron -- and of course,
13:28:45 12    this would encompass -- I never issued any actual reasons, I guess,
13:28:50 13    orally or otherwise with respect to your earlier motion on punitive
13:28:54 14    damages; but obviously, this dismissal includes the plaintiffs'
13:28:58 15    claim for punitive damages also, okay.
13:29:00 16              MR. BECK:  Good.
13:29:01 17              THE COURT:  All right.
13:29:02 18              MR. BECK:  Your Honor, thank you very much.  May I go
13:29:05 19    home?
13:29:05 20              THE COURT:  Yes, you may.  I guess we have a couple more
13:29:07 21    seats available, huh?  Nobody made you trade those off.
13:29:11 22              MR. BECK:  Not yet.  Thank you, your Honor, very much.
13:29:13 23              THE COURT:  Where is Mr. Roberts?  He usually trades off
13:29:17 24    the seats, you know.
13:29:21 25              Okay.  All right.  Any other preliminary matters before
```

13:29:26  1   we resume testimony?

13:29:49  2            MR. HILL:  Good afternoon, your Honor.  Gavin Hill for

13:29:51  3   Halliburton.  Continuing with the direct examination of Dr. Beck.

13:29:54  4   May I proceed?

13:29:54  5            THE COURT:  Sure.

13:29:55  6            MR. HILL:  Thank you.

13:29:55  7                        DIRECT EXAMINATION

13:29:57  8   BY MR. HILL:

13:29:57  9   Q.  Dr. Beck, before we took the break, we were discussing another

13:30:01  10  one of those decision points on the Macondo well; specifically,

13:30:04  11  BP's decision to run six centralizers and not 21.  Do you recall

13:30:07  12  that?

13:30:08  13  A.  Yes, I do.

13:30:08  14  Q.  And I am not going to go over what we had talked about before,

13:30:11  15  but I am going to jump off right where we left off, which I had

13:30:14  16  asked you if you were aware of documents in your review in

13:30:19  17  preparation for your -- providing opinions in this case that

13:30:23  18  reflected an appreciation for the risk associated with not running

13:30:28  19  the requisite number of centralizers.  Do you recall that?

13:30:30  20  A.  Yes.

13:30:30  21            MR. HILL:  I am going to ask that TREX-1517 be brought

13:30:35  22  up, please.  And let's go to, let's go to Bates ending 3081,

13:30:46  23  please.

13:30:46  24  BY MR. HILL.

13:30:47  25  Q.  First of all, let me go back to that first page.  Is this an

13:30:54  1    e-mail that you have in front of you on the screen?  Is this the

13:30:58  2    e-mail that you were referencing?

13:31:01  3    A.  (WITNESS READS DOCUMENT.)

13:31:10  4    Q.  Why don't you go to the second page, please.

13:31:12  5    A.  I did reference this one.  I just had to refresh my memory on

13:31:16  6    it.

13:31:16  7    Q.  Sure.

13:31:17  8            MR. HILL:  Maybe let's look right here, blow that up

13:31:22  9    (INDICATING).

13:31:22 10    BY MR. HILL:

13:31:23 11    Q.  Now, prior to this in the e-mail chain there is a discussion

13:31:27 12    between Brian Morel and Brett Cocales on April 16th regarding

13:31:32 13    centralizers, correct?

13:31:33 14    A.  Correct.

13:31:33 15    Q.  Do you recall Brian Morel had expressed the opinion that he

13:31:37 16    didn't understand Jesse's centralizers requirements and he says,

13:31:41 17    "You can see from the plot that we aren't moving much in terms of

13:31:44 18    footage over long intervals," right?  Do you recall that?  I am

13:31:47 19    just trying to speed this along.  We can go to that part of the

13:31:50 20    e-mail chain.

13:31:51 21    A.  Yes, up in the prior reference.

13:31:53 22    Q.  In response to that e-mail Brett Cocales writes back and he

13:31:56 23    says, "Even if the hole is perfectly straight, a straight piece of

13:31:59 24    pipe even in tension will not seek the perfect center of the hole

13:32:03 25    unless it has something to centralize it."

7105

13:32:05  1          Do you agree with that opinion as expressed in this

13:32:08  2   e-mail?

13:32:08  3   A.  I don't have any objections to it.  I've never actually thought

13:32:14  4   about any way pipe hanging in the hole except centralized, so.

13:32:21  5   Q.  In the second paragraph it says, "But, who cares?  It's done,

13:32:25  6   end of story.  Will probably be fine and we'll get a good cement

13:32:29  7   job.  I would rather have to squeeze than get stuck above the

13:32:32  8   wellhead, so Guide is right on the risk/reward equation."  Did I

13:32:38  9   read that correctly?

13:32:38 10   A.  Yes.

13:32:38 11   Q.  In your opinion, what does this -- does this e-mail reflect an

13:32:42 12   appreciation for the risk associated with not properly centralizing

13:32:47 13   production casing?

13:32:47 14   A.  I think so.  I think this was the e-mail that I looked at that

13:32:52 15   gave me a hint that there were other concerns about centralizing

13:32:55 16   the pipe.  And they're -- obviously, in this e-mail, they're

13:33:02 17   concerned about the mechanical aspects of the centralization,

13:33:05 18   getting hung up in the well while they run the casing.

13:33:08 19          On the other hand, the risk of not centralizing it being

13:33:13 20   potentially having to do a remedial cement job.

13:33:16 21   Q.  Based on your review of this document and others you've

13:33:18 22   reviewed, do you think that BP -- is it your opinion that BP fully

13:33:22 23   appreciated the risk of not fully centralizing the production

13:33:25 24   casing?

13:33:25 25   A.  I think they understood that if -- the fewer centralizers that

13:33:28  1  they ran the more chance they were going to have of a remedial job.

13:33:32  2  Q.  Let's turn to a different decision point on the Macondo well.

13:33:35  3  Let's talk about the conversion of the float collar.  When you

13:33:38  4  reviewed BP's DWOP, did you find any instruction to BP's engineers

13:33:45  5  about when to convert the auto-fill float?

13:33:47  6  A.  Yes, I did.

13:33:48  7          MR. HILL:  Can we bring up TREX-6121, please.  Let's go

13:34:00  8  to section 15.2.5 -- I'm sorry.  I called it out wrong.  15.2.15.

13:34:20  9  Next page.  Let's blow that up (INDICATING).

13:34:20  10 BY MR. HILL:

13:34:28  11 Q.  Can you read to the Court what BP's internal technical guidance

13:34:32  12 instructs its engineers to do when running float equipment in a

13:34:35  13 well?

13:34:36  14 A.  It says, "Auto fill float equipment shall be tripped prior to

13:34:40  15 running through any hydrocarbon bearing zone."  And by "tripped"

13:34:44  16 that means converted into conventional float equipment.

13:34:48  17 Q.  That was actually one of my questions.  So was auto-fill float

13:34:51  18 equipment run on the production casing in the Macondo well?

13:34:53  19 A.  Yes, it was.

13:34:54  20 Q.  How did BP run it into the open hole?

13:34:58  21 A.  They did not convert it until casing was fully in place at the

13:35:03  22 bottom of well.

13:35:04  23 Q.  Is that consistent with the instruction provided here in this

13:35:07  24 DWOP?

13:35:07  25 A.  No, it's not.

13:35:08  1    Q.  How was it inconsistent?

13:35:10  2    A.  Well, the auto-fill float equipment was left unconverted as the

13:35:13  3    casing was lowered into the well.  And this gives clear

13:35:16  4    instructions that before you run through any hydrocarbon bearing

13:35:20  5    zone, basically your production interval, that you stop and make

13:35:24  6    sure that your float equipment is working correctly, it's converted

13:35:28  7    and working.

13:35:28  8    Q.  Is converting auto-fill float equipment prior to running into a

13:35:34  9    hydrocarbon bearing zone a good practice in your opinion?

13:35:36  10   A.  Yes, it is.

13:35:37  11   Q.  Why?

13:35:38  12   A.  Well, the float equipment in this situation, by converting the

13:35:42  13   float equipment, you're going to stop flow from coming up the

13:35:47  14   inside of the casing.  That'll do two things.  I think one of the

13:35:50  15   risks of not converting a float equipment is that that mud which

13:35:54  16   carries debris with it at almost all times, particularly in this

13:35:58  17   type of environment, that has an opportunity to plug up the float

13:36:03  18   equipment if that debris settles out and it will also stop mud and

13:36:07  19   other fluids from entering the casing and it'll stop hydrocarbons

13:36:11  20   from entering in the casing and kicking up the casing.

13:36:15  21   Q.  Okay.

13:36:16  22   A.  Which is fairly difficult to handle in a lot of situations.

13:36:20  23   Q.  So when, in review of the documents here, did you gain an

13:36:24  24   appreciation as to why BP did not trip the float equipment until

13:36:29  25   after it had landed out the casing?

13:36:30  1    A.  I think that they were very concerned about the ability to get

13:36:34  2    the casing to the bottom of the well without exceeding the fracture

13:36:40  3    gradient in the rock and pushing mud away into the formation, so

13:36:44  4    essentially, they didn't trip the float equipment to make sure that

13:36:48  5    they minimized the ECD in the well.

13:36:51  6    Q.  Tying this back to something you already testified about, this

13:36:55  7    option BP had of setting a liner and running another smaller

13:36:59  8    production casing.  Had they selected that option, would this have

13:37:03  9    helped ameliorate this issue?

13:37:04  10   A.  Well, one of the reasons that you do run a liner in lieu of a

13:37:08  11   long string or instead of a long string is there's less pressure on

13:37:14  12   the well as you lower that liner into the well because there's

13:37:17  13   physically less casing being lowered into the well.  And that would

13:37:22  14   reduce the ECD pressure on the well and potentially give you an

13:37:29  15   opportunity to go ahead and convert the float equipment before

13:37:33  16   lowering it in the hole on a liner and still lower it successfully

13:37:37  17   into the well.

13:37:38  18   Q.  I would like to talk to you specifically about the operation to

13:37:43  19   converting float collar.  I think the Court has heard some of this,

13:37:46  20   but I would like to talk to you and your opinions about it, okay?

13:37:49  21          Have you prepared a number of demonstratives that

13:37:53  22   identify the float collar, the way it's supposed to convert and

13:37:56  23   then the way you think it converted or was attempted to be

13:38:00  24   converted at the Macondo well?

13:38:01  25   A.  Yes, I have.

7109

13:38:01  1   Q.  I am going to use those demonstratives as we walk through.

13:38:05  2            MR. HILL:  Can we bring up TREX-2582, please.

13:38:05  3   BY MR. HILL:

13:38:13  4   Q.  This is the Weatherford publication that identifies the float

13:38:18  5   collar used in the Macondo, correct?

13:38:19  6   A.  Correct.

13:38:19  7   Q.  Does this identify the specifications for converting a float

13:38:23  8   collar?

13:38:23  9   A.  Yes, it does.

13:38:24  10           MR. HILL:  Can we bring that up (INDICATING)?

13:38:24  11  BY MR. HILL:

13:38:25  12  Q.  Can you tell the Court how Weatherford, who creates this float

13:38:32  13  collar, who manufacturers it, specifies it is supposed to be

13:38:36  14  converted?

13:38:36  15  A.  Well, the key specification is the five to eight

13:38:41  16  barrel-per-minute deactivation flow rate with the expectation that

13:38:44  17  that would generate 500 to 700 psi in the float collar.

13:38:48  18  Q.  So that we're clear, pressures come in varieties, right?  You

13:38:52  19  have static and you have got dynamic or flow induced pressure,

13:38:57  20  fair?

13:38:57  21  A.  Right.

13:38:58  22  Q.  The specification here is to achieve 500 to 700 psi

13:39:05  23  differential to convert by achieving a particular flow rate,

13:39:07  24  correct?

13:39:08  25  A.  That's correct.

7110

13:39:08   1   Q.   The flow rate of five to eight barrels-per-minute varies based

13:39:12   2   on density of the fluid, correct?

13:39:14   3   A.   Correct.  And probably a little uncertainty in the computations

13:39:17   4   that they're using to make that calculation, so.

13:39:19   5   Q.   And the documents you reviewed, including the daily drilling

13:39:23   6   reports, did you ever see BP direct pumping of the mud and anything

13:39:30   7   above four barrels-per-minute?

13:39:32   8   A.   No, I did not.

13:39:34   9          MR. HILL:  So that the Court understands, can you bring

13:39:38   10   up Demonstrative 8036, please.  Sorry, 8037, my fault.

13:39:38   11   BY MR. HILL:

13:39:55   12   Q.   Could you explain to the Court, using this demonstrative, what

13:39:58   13   is intended to happen to properly convert a float collar?

13:40:01   14   A.   Well, basically, so when the float equipment is --

13:40:05   15   Q.   I'm sorry, I don't mean to interrupt you, but you can use your

13:40:08   16   laser pointer.

13:40:09   17   A.   Okay.  When the float equipment is assembled and installed in

13:40:11   18   the casing string and initially run into the well, the purpose

13:40:19   19   of -- this is called -- I call it the auto-fill tube, I think that

13:40:23   20   is consistent with Weatherford's description.  This tube is latched

13:40:26   21   into place across these valves blocking these valves open with the

13:40:33   22   intent that, then, as mud flows up the casing, it flows through

13:40:37   23   this tube with very little restriction.

13:40:39   24          Floating in that tube is a ball that's free to float up

13:40:42   25   and down in that tube.  There is a restriction or a shoulder at the

13:40:47  1   bottom of the tube that the ball sits on, and there is a

13:40:50  2   restriction at the top to keep the ball from going all the way out

13:40:53  3   of the top.  So while you're running the casing in the hole, the

13:40:56  4   flow is free to come up through this tube and enter the casing

13:40:59  5   above the float collar.

13:41:01  6       When you stop and you start circulating and start moving

13:41:06  7   fluid down the casing, the ball is going to seat on the bottom

13:41:09  8   collar and all of the flow is going to go through two very small

13:41:14  9   circulation ports that are at the bottom of that flow tube; so that

13:41:18 10   lets you circulate down that flow tube and the flow through those

13:41:22 11   circulation ports creates a pressure.

13:41:25 12       The pressure, as it pushes on that ball, is, then,

13:41:27 13   intended to extrude or push the flow tube out of the float

13:41:33 14   equipment where it's free to fall down into the wellbore.  And more

13:41:36 15   importantly, then these valves go from a locked open position to a

13:41:41 16   closed position, and all flow up the casing would be stopped.

13:41:45 17   Q.  So a couple of follow-ups.  In the fully converted mode, these

13:41:49 18   valves -- is there a one-way or two-way flow?

13:41:53 19   A.  In a fully converted mode, it's one way.  The only way to go,

13:41:56 20   then, is down through to push these valves open and circulate down

13:41:59 21   the casing.

13:42:00 22   Q.  And what is the purpose of actually trying to convert the float

13:42:04 23   collar prior to running the cement?

13:42:06 24   A.  Well, the primary function of the float collar is to trap the

13:42:10 25   cement in the shoe track below the float collar, so these valves

7112

13:42:15  1   close after you pump cement past them and the cement, then, tries

13:42:18  2   to come from the outside of the casing to the inside of the casing;

13:42:22  3   and when it sits against the valve, it can't move any further.  So

13:42:25  4   it's trapped into a static condition then.

13:42:28  5   Q.  Now, you testified a few minutes ago that when you run an

13:42:32  6   auto-fill for float equipment in the open mode or unconverted mode

13:42:36  7   into the wellbore, there is the potential for debris to come into

13:42:39  8   the casing, correct?

13:42:39  9   A.  Correct.

13:42:40 10   Q.  Do you believe that that had any impact at Macondo on the

13:42:44 11   ability to convert the float collar using this procedure that we

13:42:48 12   just went through?

13:42:48 13   A.  Yes, I do.

13:42:50 14          MR. HILL:  Can we bring up TREX-8038, please.

13:42:50 15   BY MR. HILL:

13:42:52 16   Q.  Turning to what you think happened with respect to the float

13:43:05 17   collar conversion at Macondo, can you explain to the Court what you

13:43:19 18   believe happened at Macondo with reference to this document?

13:43:23 19   A.  So as this float equipment was lowered into the well and

13:43:29 20   nearing the bottom of the well, it's evident to me that debris

13:43:35 21   entered the casing through the guide shoe and then, in my opinion,

13:43:42 22   would have continued up the wellbore through the float equipment.

13:43:46 23   And once it got above the float equipment and the casing was in

13:43:49 24   place, that debris would be free to settle back down in the flow

13:43:54 25   tube and into the guide shoe.

7113

13:43:56  1    Q.  With respect to the debris down here, what does the debris

13:44:00  2    there represent?

13:44:01  3    A.  Well, the debris there would act to potentially plug the guide

13:44:06  4    shoe up which would prevent circulation of the well.  In the same

13:44:11  5    manner, debris in this flow tube would do the same thing.  It would

13:44:15  6    plug that flow tube up and prevent circulation.

13:44:17  7    Q.  So when BP attempted to convert the float collar at Macondo,

13:44:22  8    could they achieve circulation?

13:44:23  9    A.  No.  The first -- when the first attempt to circulate the well

13:44:27 10    was made, there was no circulation.  They weren't able to circulate

13:44:33 11    at all, which is the first indication that there was a problem with

13:44:38 12    something being plugged inside the casing.

13:44:41 13    Q.  Fair enough.

13:44:42 14              MR. HILL:  Can you bring up D-8039, please.

13:44:45 15    BY MR. HILL:

13:44:46 16    Q.  Now, turning to how BP ultimately achieved circulation, can you

13:44:51 17    explain to the Court -- and I put this Demonstrative D-8039 up

13:44:55 18    there for your use if it's helpful.  This is one that's used in

13:44:58 19    your report, correct, this demonstrative?

13:45:01 20    A.  That's correct.

13:45:01 21    Q.  How is circulation actually achieved?

13:45:03 22    A.  Well, what happened is when they first lowered the casing down

13:45:08 23    and they started pumping mud down the casing, they did not get any

13:45:13 24    return mud back to the surface indicating -- and in addition to

13:45:17 25    that, the pressure on the casing started increasing which indicates

13:45:21  1  that without circulation, you're pumping mud into the well.  There

13:45:24  2  is no circulation.  Something is plugged up.

13:45:27  3       So they attempted to achieve circulation, did not achieve

13:45:34  4  it.  Attempted a second time, all the way through eight attempts

13:45:40  5  without any circulation being achieved.  And each attempt with an

13:45:44  6  increase in the amount of pressure that was placed on the well.

13:45:47  7  Q.  At what pressure did circulation finally break on the ninth

13:45:50  8  attempt?

13:45:51  9  A.  Well, on the ninth attempt -- and you can see it marked right

13:45:54 10  here, the pressure peaked at 3,142 psi.

13:45:58 11  Q.  So for comparison purposes, the Weatherford specifications say

13:46:03 12  that conversion should be flow induced at a pressure differential

13:46:07 13  of between five and 700 psi, correct?

13:46:10 14  A.  Correct.

13:46:10 15  Q.  This chart demonstrates that circulation was actually achieved,

13:46:14 16  it broke at 3,142 psi, correct?

13:46:16 17  A.  Correct.

13:46:17 18  Q.  In your opinion, Dr. Beck, what happened when circulation broke

13:46:31 19  at 3,142 psi?

13:46:33 20  A.  Well, when I look at the signatures right here of pressuring up

13:46:38 21  the well and bleeding the pressure off, pressuring up, bleeding it

13:46:42 22  off, what I find rather remarkable is on this final attempt when

13:46:46 23  the pressure went all the way over 3,000 psi and circulation was

13:46:51 24  established, the pressure rapidly -- I mean, instantly -- dropped

13:46:56 25  off all the way down here, which looks to be about 200 -- 150 to

13:47:01 1   200 psi.

13:47:06 2         I find that to not be a signature that I would have

13:47:07 3   expected from something -- from a shoe track that was merely

13:47:14 4   plugged at the guide shoe.

13:47:15 5   Q.  All right.  So this rapid depressurization from 3,142 psi down

13:47:19 6   to about 200 psi, what does that indicate to you occurred?

13:47:23 7   A.  Well, I think that there was a mechanical failure at that

13:47:27 8   point.

13:47:27 9   Q.  And can you tell the Court where you think the mechanical

13:47:30 10  failure is?

13:47:30 11  A.  Well, I think the mechanical failure was in the float equipment

13:47:36 12  in the auto-fill tube.  I think that the ball in the auto-fill tube

13:47:40 13  was actually extruded out of the tube without the tube coming out

13:47:44 14  of the float equipment.  And I think that this may also be an

13:47:47 15  indication that there was a failure in the shoe track below the

13:47:52 16  float equipment.

13:47:52 17  Q.  Okay.  Let's talk about the ball first.  You prepared a

13:47:55 18  demonstrative to assist in understanding that particular piece of

13:47:59 19  your opinion, correct?

13:47:59 20  A.  Correct.

13:48:02 21        MR. HILL:  Can we turn to Demonstrative 8040, please.

13:42:02 22  BY MR. HILL:

13:48:10 23  Q.  Can you explain to the Court what you mean by "the ball

13:48:13 24  failed"?

13:48:13 25  A.  Okay.  So when the ball -- as I explained awhile ago, when the

13:48:18  1  ball is sitting in this flow tube, so here's a -- I hope I am not

13:48:24  2  blinding anybody with this laser pointer here.  When the ball is

13:48:26  3  sitting in the flow tube, it is sitting on a seat that is pinned in

13:48:31  4  place.

13:48:33  5        So if these pins fail, that allows the ball to be

13:48:36  6  extruded from that flow tube, which would then allow unrestricted

13:48:40  7  flow in either direction through that flow tube.

13:48:44  8  Q.  So if the ball seat fails and ball is shot out the bottom of

13:48:48  9  the auto-fill tube, what happens to the auto-fill tube?

13:48:51  10  A.  The auto-fill tube is then damaged.  It's not going to -- the

13:48:55  11  tube stays in place, excuse me.  The float equipment basically

13:49:00  12  becomes a useless piece of equipment that allows flow in and out of

13:49:04  13  the well in either direction.

13:49:06  14  Q.  So if the tube stays in place, do the flapper valves ever close

13:49:10  15  and convert to a one-way valve?

13:49:11  16  A.  That's correct.

13:49:12  17  Q.  Do they?

13:49:13  18  A.  If the tube stays in -- if the tube stays in place, those

13:49:17  19  valves can't close.

13:49:18  20  Q.  And would you consider that to leave the float collar in an

13:49:23  21  unconverted state?

13:49:24  22  A.  Yes.

13:49:24  23  Q.  And that unconverted state, does it allow communication between

13:49:28  24  the area of the shoe track and what's above the float collar?

13:49:31  25  A.  Yes, it does.

13:49:32  1    Q.  Into the casing?

13:49:33  2    A.  Yes, it does.

13:49:36  3    Q.  Now, what support do you have that the static pressure of over

13:49:41  4    3,000 psi could actually push that ball out --

13:49:45  5    A.  Well, I did --

13:49:45  6    Q.  Sorry.

13:49:46  7            -- without converting float equipment?

13:49:48  8    A.  I did look at some testing performed by Transocean to look at

13:49:53  9    the pressures that are required, both to push the flow tube out and

13:50:00  10   to extrude the ball out of the bottom of the flow tube.

13:50:03  11           MR. HILL:  Can we bring up TREX-22257, please.  Let's go

13:50:13  12   to the page ending Bates 7502.

13:42:02  13   BY MR. HILL:

13:50:27  14   Q.  Is this the testing that you reviewed and considered in forming

13:50:31  15   your opinions?

13:50:32  16   A.  Yes, it is.

13:50:33  17           MR. HILL:  Can we please turn to two pages in, Bates

13:50:36  18   ending in 7504.  Blow this up right here, please (INDICATING).

13:42:02  19   BY MR. HILL:

13:50:44  20   Q.  And can you please read the second sentence to the Court there

13:50:48  21   starting with, "The equivalent pressure."

13:50:50  22   A.  Says, "The equivalent pressure required to fail the seat at the

13:50:54  23   end of the tube was 1,477 psi for float one and 1,840 psi for float

13:51:02  24   two."

13:51:02  25   Q.  Can you explain to the Court what this represents, based on

13:51:05  1   your understanding of the testing performed by stress engineering?

13:51:09  2   A.  This tells me the pressure that would be required to extrude

13:51:13  3   the ball out of the end of the flow tube.

13:51:17  4   Q.  Are both of those values lower than 3,142 psi?

13:51:21  5   A.  Yes, they are.

13:51:22  6   Q.  This pressure response that you spoke about where there's a

13:51:33  7   rapid depressurization from 3,142 psi down to 200, all right, does

13:51:39  8   that, in your experience, look like the normal conversion of a

13:51:43  9   float collar?

13:51:44 10   A.  No, it does not because the 3,142 psi was so abnormal, so a

13:51:53 11   normal conversion of a float collar where there was no plugging

13:51:58 12   should have happened at a much lower pressure where you were

13:52:00 13   actually circulating fluid in the well and achieved 500 to 600 psi

13:52:05 14   on the well and then you would see a drop-off in the pressure.

13:52:08 15   Q.  All right.  Did you review documents that showed the reaction

13:52:14 16   of BP drilling engineers to this rapid depressurization?

13:52:17 17   A.  Yes, I did.

13:52:26 18         MR. HILL:  Can we bring up TREX-2584, please.  Let's

13:52:42 19   bring up right there (INDICATING).  Can we get the header

13:52:47 20   information above it as well, those two e-mails.

13:42:02 21   BY MR. HILL:

13:52:52 22   Q.  Here is an e-mail from Bryan Clawson at the Weatherford, who

13:52:56 23   manufactured the float collar, dated April 19th, 2010, at 5:30 P.M.

13:53:01 24   to Brian Morel, and the subject is "Circulation," which is what

13:53:04 25   they were trying to achieve during the float collar operation,

13:53:07  1   correct?

13:53:07  2   A.  Yes.

13:53:07  3   Q.  He asked Brian, "Any progress," to which Brian Morel responds

13:53:12  4   what?

13:53:12  5   A.  He says, "Yah, we blew it at 3140, but still not sure what we

13:53:16  6   blew yet."

13:53:17  7   Q.  Did you see any other documents that indicated concern about

13:53:19  8   what BP may have blown when they attempted to convert the float

13:53:22  9   collar?

13:53:22  10  A.  Yes, I did.

13:53:23  11          MR. HILL:  Would you bring up TREX-4457.

13:42:02  12  BY MR. HILL:

13:53:37  13  Q.  In response to a request -- in response to an e-mail from

13:53:42  14  VHG3@aol.com, Mark Hafle responds on April 19th, 2010, what?

13:53:50  15  A.  He said, "Shifted at 3140," which I interpret and take as

13:53:56  16  meaning converted the float equipment at 3,140 psi, or so we hope

13:54:03  17  so.  He wasn't positive that they had actually converted the float

13:54:08  18  equipment at that point.

13:54:11  19  Q.  Did you review any other data that was consistent with this

13:54:15  20  idea that this rapid depressurization either damaged the float

13:54:19  21  collar or opened up a breach below the float collar?

13:54:22  22  A.  Yes, I did.

13:54:23  23  Q.  Can you tell me what that is?

13:54:25  24  A.  You have to let me collect my thoughts here for a second,

13:54:34  25  Gavin.

7120

13:54:34  1    Q.  Sure.

13:54:35  2    A.  I do remember seeing other e-mails.  I saw an e-mail from the

13:54:39  3    drill site supervisor that indicated the same concern, that he's

13:54:45  4    not sure what blew up when they shifted the float equipment.

13:54:50  5              MR. HILL:  Can we bring up TREX-7, please.  Just go to

13:54:54  6    the first page.  Right here where it says, "Difficulty converting

13:55:10  7    Weatherford float equipment," can we bring that up.

13:42:02  8    BY MR. HILL:

13:55:13  9    Q.  These are Brian Morel's transcribed interview notes from

13:55:17 10    April 27th, 2010.  Have you seen these before?

13:55:19 11    A.  Yes, I have.

13:55:20 12    Q.  It says, "Difficulty converting Weatherford float equipment,

13:55:25 13    but Weatherford rep was not on the rig, so the Alloman rep

13:55:29 14    recommended procedures to convert.  Called Houston (J. Guide)

13:55:34 15    thinking the reamer shoe was plugged so staged up pumping to clear

13:55:38 16    the shoe."

13:55:39 17              This idea that the reamer shoe itself was plugged at the

13:55:43 18    bottom of the casing is consistent with your own opinion, correct?

13:55:46 19    A.  Correct.  The reamer shoe and/or the flow shoe itself were

13:55:52 20    plugged at that point.

13:55:53 21    Q.  Now, right below that it says, "One-barrel per minute showed

13:55:56 22    125 psi, four-barrels per minute showed 400 psi, which seemed low

13:56:01 23    versus the models pressures"?

13:56:03 24    A.  Correct.

13:56:03 25    Q.  Do you have an understanding or appreciation for what is being

13:56:06  1    discussed here?

13:56:06  2    A.  I think that when you look at the float collar in a converted

13:56:11  3    mode, you can model the pressure response that you would expect in

13:56:15  4    the wellbore.  And I think that that was modelled.  I believe I saw

13:56:21  5    Halliburton with an OptiCem model model what they thought the

13:56:26  6    pressure was supposed to be following conversion.

13:56:28  7    Q.  Well, let's go to those figures, what the modeling figures

13:56:31  8    were.

13:56:31  9              MR. HILL:  Can we go to TREX-3188, please, starting here

13:56:40  10   where it says "to shear out" and bring it down to right here

13:56:43  11   (INDICATING).  There you go.

13:42:02  12   BY MR. HILL:

13:56:46  13   Q.  Dr. Beck, these are Bob -- transcribed interview notes from Bob

13:56:50  14   Kaluza from an interview dated Wednesday, April 28th, 2010, one day

13:56:54  15   after the interview notes were transcribed for the interview with

13:56:58  16   Mr. Morel.  In explaining this, he says, "To shear out we had to

13:57:02  17   gradually ramp up - I called town as I wasn't sure how high to go

13:57:06  18   (Weatherford said 7 to 800 psi).  I called 2 times and spoke to

13:57:10  19   John Guide.  Got the OK to go higher.  Went to 3000 then sheared

13:57:15  20   out at 3142 psi."  Right?

13:57:18  21   A.  Right.

13:57:19  22   Q.  Does that indicate to you that what's being discussed here is

13:57:22  23   exactly what we're discussing about the float collar conversion?

13:57:25  24   A.  Correct.

13:57:27  25   Q.  Right here it says, "Halliburton had modelled that a

13:57:31  1    four-barrel per minute pressure should be 570 psi," correct?

13:57:35  2    A.  Correct.

13:57:36  3    Q.  What was it that was actually seen at four-barrels per minute

13:57:40  4    on the circulated pressure on the rig?

13:57:41  5    A.  It was seen 350 psi.

13:57:44  6    Q.  So that's a difference of 220 psi between what was modelled

13:57:48  7    versus what actually occurred, correct?

13:57:50  8    A.  Correct.

13:57:50  9    Q.  What do these lower than expected circulating pressures

13:57:54 10    indicate to you?

13:57:54 11    A.  Well, it's a surprise to me that -- going back to the figure

13:57:59 12    where I talked about how rapid the pressure dropped down -- that if

13:58:04 13    you had a guide shoe that was plugged up that there was debris

13:58:07 14    inside the guide shoe, there's debris outside the casing as well

13:58:12 15    because that's where the debris came from, in my experience that

13:58:16 16    when you establish circulation in that situation, the pressure

13:58:21 17    starts off extremely high, and it takes a long time to drop down

13:58:27 18    and to clear the debris out of the way to reduce the pressure in

13:58:30 19    the well.

13:58:31 20    Q.  So when you put those two pieces together, the rapidity of the

13:58:35 21    depressurization with the resulting low circulating pressures after

13:58:38 22    that depressurization, does that indicate to you that there is a

13:58:41 23    geometry that's opened up below the float collar?

13:58:45 24    A.  What it indicates to me is that I don't think that the flow was

13:58:49 25    going through the guide shoe following the immediate pressure

7123

13:58:53 1    reduction from 3,142 to 150 or 200 psi.  I think that the debris in

13:59:00 2    the wellbore had been bypassed at that point.  That's why there was

13:59:04 3    such free circulation, and that's why they were surprised at the

13:59:08 4    low circulation rates -- or, excuse me, circulation pressures that

13:59:11 5    they encountered.

13:59:12 6    Q.  And if you're not circulating through the reamer shoe, what can

13:59:15 7    you be circulating through?

13:59:16 8    A.  Well, that's one of the indications I think that we have that

13:59:22 9    we had a breach in the shoe track below the float collar.

13:59:25 10   Q.  Let's move to another decision point.  There is -- there's been

13:59:38 11   testimony in this case about BP's decision to circulate less than a

13:59:41 12   full bottoms up, okay?  What did you learn about BP's decision

13:59:45 13   regarding the volumes to circulate prior to commencing the cement

13:59:48 14   job?

13:59:52 15   A.  They did not circulate a bottoms up prior to this cement job.

13:59:55 16   Q.  Do you remember about how much they circulated?

13:59:57 17   A.  The number that's in my head is 350 to 360 barrels.

14:00:01 18   Q.  For comparison purposes, a full bottoms up would circulate

14:00:06 19   about how many barrels?

14:00:07 20   A.  It will be approaching 2,000 barrels in a situation.

14:00:10 21   Q.  So not even half of bottoms up, correct?

14:00:12 22   A.  No, not close.

14:00:13 23   Q.  Why is a bottoms-up circulation, and we've heard some testimony

14:00:18 24   about it, but to you, why is it recommended that you actually

14:00:21 25   conduct a full bottoms-up circulation prior to trying to displace

7124

14:00:27 1   cement?

14:00:27 2   A.  Well, there are several reasons for doing it.  The first and

14:00:31 3   foremost reason in my mind is to make sure the well is cleared of

14:00:35 4   any gas that would have seeped into the well while you're running

14:00:39 5   casing.

14:00:40 6   Q.  Okay.  Explain that.  How does that happen?

14:00:43 7   A.  Well, I can demonstrate it that in -- that there was a trip

14:00:49 8   made into the wellbore before they ran casing to clean the wellbore

14:00:53 9   out.  In the process of circulating that wellbore out, even though

14:00:57 10  there was no direct flow from the wellbore, wellbores have high

14:01:02 11  pressure, seep gas into them very slowly.  Even if you're

14:01:07 12  overbalanced, gas is lighter than mud and the density difference

14:01:10 13  between gas and mud allows that gas to basically to bubble into the

14:01:15 14  wellbore.

14:01:15 15       The trip -- the clean-out run trip had a lot of gas in

14:01:19 16  the mud when they circulated the well clean, and I expect that

14:01:24 17  there was still a lot of gas in that mud after running the casing

14:01:28 18  because the well had not been circulated for quite some time at

14:01:31 19  that point.

14:01:31 20  Q.  If you want to see how much gas is actually in that mud and get

14:01:35 21  it out -- of course, that's two different questions.  How do you

14:01:38 22  find out how much gas is in the mud?

14:01:40 23  A.  Basically the only way to how to find it out is to pump the mud

14:01:43 24  out of the wellbore back to the surface, and when it reaches the

14:01:46 25  surface, there are gas meters that record the amount of gas that's

14:01:49  1    in the mud.  And you can relatively tell how much mud -- how much

14:01:53  2    gas is in the mud, and you compare that from trip to trip to trip.

14:01:57  3    Q.  So to assess how much gas is actually in the mud, you actually

14:02:01  4    have to pump at least one full bottoms-up back to the rig?

14:02:04  5    A.  You have to pump the well to get the gas out of the well.  So

14:02:08  6    that's one reason for doing it.

14:02:10  7         Another reason for doing it, then, is in the context of a

14:02:12  8    long period of noncirculation, you want to get the density in the

14:02:16  9    well balanced.  You want the density that you're pumping down the

14:02:19  10   drill string to balance with the density of the fluid coming out of

14:02:22  11   the well.

14:02:23  12        And so as that mud sits in the well for a long period of

14:02:26  13   time, it's going to have density anomalies in it.  It might have

14:02:30  14   some heavy spots, it might have some light spots, and you want to

14:02:33  15   make sure you circulate those out so that you know you have

14:02:37  16   equilibrium in your wellbore before you start your cement job.

14:02:41  17   Q.  And if you -- sorry.

14:02:43  18   A.  And then the final reason for circulating the well, you

14:02:48  19   obviously want to get debris out of the wellbore, okay, out of the

14:02:53  20   open hole section to where -- and you want to take the mud and pump

14:02:59  21   enough on it to where it thins down to where it accepts the cement

14:03:03  22   into the open hole section with the least chance of contaminating

14:03:07  23   it.

14:03:07  24   Q.  Two quick follow-ups on this topic.  Those things that you just

14:03:11  25   identified -- gas in the mud, a lack of uniformity of mud density

7126

14:03:16  1    and debris in the mud -- can those three things comprise the cement

14:03:22  2    job that's coming right behind it?

14:03:23  3    A.  Yes, they can.

14:03:24  4    Q.  How?

14:03:24  5    A.  Well, they can contaminate -- they can work to contaminate the

14:03:30  6    cement.  If you've planned -- particularly in a case like this,

14:03:35  7    where there was not a lot of density difference between the mud and

14:03:39  8    the cement, having small changes in the mud weight, in the mud

14:03:44  9    that's in the annulus, so outside the casing, can lead to

14:03:48 10    instability of the cement.  Okay.  I mean instability where it's

14:03:52 11    not setting in place, not necessarily trying to flow back against

14:03:56 12    the float collars.  Okay.  So you have that.

14:03:59 13          If you don't circulate the well enough you can have

14:04:02 14    gelation in the mud, thickening of the mud, and that makes that

14:04:07 15    mud -- when the mud gets thick, it's hard to displace out of the

14:04:11 16    way.  The more you circulate on it and the higher rate you

14:04:14 17    circulate on it, the more of this thick mud you get out of the way.

14:04:17 18          Both of those things are -- you know, removing the thick

14:04:20 19    mud and removing gas from the well and balancing the density allow

14:04:25 20    the cement to get into place and sit static.

14:04:29 21    Q.  Now, you indicated that you learned that BP circulated in the

14:04:33 22    neighborhood of 350 to 360 barrels prior to the cement job,

14:04:36 23    correct?

14:04:37 24    A.  Correct.

14:04:37 25    Q.  Have you -- you reviewed the data that showed the volumes that

7127

14:04:40  1    they circulated, correct?

14:04:41  2    A.  Yes.

14:04:42  3    Q.  As well as the pressure response?

14:04:43  4    A.  Yes.

14:04:44  5    Q.  In your opinion, was there any reason why BP could not have

14:04:48  6    continued to circulate beyond 300 and some odd barrels?

14:04:54  7    A.  I don't see any reason that they couldn't have continued

14:04:57  8    circulating at that point.

14:04:58  9    Q.  In the limited circulation that they did, did you see any

14:05:01  10   evidence of fracturing in the formation?

14:05:03  11   A.  No.

14:05:03  12   Q.  Let's turn to one final decision point on the Macondo well

14:05:11  13   before we change directions completely, all right?

14:05:14  14        This situation has to deal with BP's decision not to run a

14:05:18  15   CBL, okay?  And the Court has heard lots of testimony that at end

14:05:22  16   of the cement job, there was a decision point as to whether or not

14:05:25  17   the to run the CBL.  Have you read provisions of BP's technical

14:05:34  18   practices that speak to how BP is to determine zonal isolation?

14:05:37  19   A.  Yes.

14:05:39  20        MR. HILL:  Can we bring up TREX-184, please.

13:42:02  21   BY MR. HILL:

14:05:49  22   Q.  Can you identify this -- is this one of the documents you

14:05:51  23   reviewed?

14:05:51  24   A.  Yes.

14:05:51  25   Q.  Can you identify for the Court what it is?

14:05:53  1    A.  It's a group practice, which means an engineering practice,

14:06:00  2    that specifies how zonal isolation, what practices will be

14:06:06  3    followed, particularly for cement jobs.  Zonal isolation and cement

14:06:10  4    jobs basically mean the same thing.

14:06:12  5              MR. HILL:  Let's go to section 5.3.1 entitled

14:06:15  6    "Determining Zonal Isolation" and it's on a page ending in Bates

14:06:20  7    9668.  Let's blow up both of these two, please (INDICATING).

13:42:02  8    BY MR. HILL:

14:06:29  9    Q.  5.3.1 is entitled "Cement evaluation logs."  Can you please

14:06:33 10    read for the Court what BP's guidance to its own engineers is as to

14:06:38 11    how to accurately -- or confirm top of cement?

14:06:41 12    A.  Well, it says, 'To accurately assess TOC and zonal isolation

14:06:46 13    cement sonic and ultrasonic logs should be used."  The sonic and

14:06:52 14    ultrasonic are more specific terms for the cement bond logs.

14:06:57 15    Q.  That was going to be my next question.  Thank you.

14:07:00 16              And down below there is a reference -- there is a section

14:07:03 17    5.3.2, and it says, "Cement column backpressure."  This one talks

14:07:09 18    about estimating top of cement.  Do you see that?

14:07:13 19    A.  Yeah.  "The simplest way of estimating TOC is to determine the

14:07:17 20    cement column hydrostatic by slowing the pumps down immediately

14:07:20 21    prior to bumping the plug."

14:07:22 22    Q.  So with respect to estimating top of cement, what do you

14:07:25 23    understand this to be in reference to?  What type of operation or

14:07:29 24    indication are you looking for to estimate the top of cement?

14:07:32 25    A.  This is another way of saying -- it's commonly referred to as

14:07:38  1  lift pressure.  So basically when you pump your cement and you go

14:07:42  2  to bump the plug, you slow your pumps down.  There will still be

14:07:47  3  pressure on the pumps, and that pressure on the pumps is in

14:07:51  4  hydrostatic response to the heavier cement that has been lifted up

14:07:55  5  into the back of the wellbore.

14:07:56  6  Q.  And there's actually a caution here as well, correct?

14:07:58  7  A.  Yes.

14:07:59  8  Q.  What type of estimate does lift pressure give?

14:08:02  9  A.  It's a very coarse estimate.  It's a rough estimate.

14:08:05  10  Q.  That estimate is even more coarse when there is an equilibrium

14:08:10  11  or close to an equilibrium density in the fluids in the annulus and

14:08:13  12  fluids in the casing, correct?

14:08:15  13  A.  Right, it's a better estimate.  You get a better idea of it,

14:08:18  14  first, the bigger the wellbore that you're cementing and, two, the

14:08:21  15  bigger the difference between your mud weight and your cement

14:08:24  16  density is.

14:08:24  17  Q.  So with that as background, let's go forward a page and go to

14:08:29  18  section 5.1.3, and that is page ending in Bates 9667.

14:08:36  19          MR. HILL:  And let's pull that up.

13:42:02  20  BY MR. HILL:

14:08:49  21  Q.  Based on what we read, Dr. Beck, did BP try to estimate top of

14:08:53  22  cement or did it try to determine top of cement with a proven

14:08:58  23  cement evaluation technique?

14:08:59  24  A.  I think they only estimated top of cement.

14:09:01  25  Q.  Relying on lift pressure, correct?

7130

14:09:03  1    A.  Relying on lift pressure.

14:09:05  2    Q.  And I guess full returns, correct?

14:09:06  3    A.  Yeah, they relied on the fact that they did not note any losses

14:09:10  4    during the cement job and that they observed what they thought to

14:09:14  5    correct the pressure was supposed to be.

14:09:16  6    Q.  Did you identify in your review any provision that said that

14:09:19  7    full returns was a way to accurately assess top of cement?

14:09:21  8    A.  No.

14:09:22  9    Q.  In your opinion, is it?

14:09:23  10   A.  No.

14:09:25  11   Q.  With respect to obtaining zonal isolation criteria that go into

14:09:30  12   planning the cement job, this provision speaks about two different

14:09:34  13   situations, one in which you're estimating the top of cement and

14:09:37  14   one in which you're determining top of cement through a proven

14:09:40  15   cement evaluation technique, correct?

14:09:41  16   A.  Correct.

14:09:42  17   Q.  What is it -- can you tell the Court what BP's technical

14:09:46  18   practices say about where top of cement should be if you're not

14:09:50  19   going to run the cement bond log?

14:09:52  20   A.  If you're not going to run the bond log, the top of the cement

14:09:55  21   needs to be planned to be 1,000 feet above the shallowest permeable

14:09:59  22   zone.

14:09:59  23   Q.  Where did BP plan top of cement in Macondo well?

14:10:02  24   A.  The documents that I reviewed showed that their cement plan was

14:10:06  25   top of cement 500 feet above the identified shallowest permeable

14:10:12  1    zone.

14:10:12  2    Q.  Based on your review, did what BP do comply with this section

14:10:16  3    of the DWOP?

14:10:17  4    A.  No, I don't think it did.

14:10:19  5    Q.  Let's talk about -- just to understand this in context, there's

14:10:29  6    a decision point about whether the cement bond log is going to be

14:10:33  7    run after the cement job, okay?  What -- in your opinion, can you

14:10:36  8    help identify for the Court what BP knows about what has occurred

14:10:39  9    up until this point in time?  What has happened with respect to

14:10:44  10   centralizers?

14:10:44  11   A.  Well --

14:10:45  12        MR. REGAN:  Your Honor, I think this may be a form

14:10:47  13   objection, but I think the extent of asking what BP knows generally

14:10:51  14   is a little broad.

14:10:53  15        MR. HILL:  I can change it.

14:10:54  16        THE COURT:  Rephrase your question.

14:10:55  17   BY MR. HILL:

14:10:56  18   Q.  Based on your review of the documents, let's talk about what

14:10:58  19   you learned was the situation that BP faced at this point in time,

14:11:01  20   at the time that they needed to decide whether to run a cement bond

14:11:05  21   log, okay?

14:11:06  22   A.  Correct.

14:11:06  23   Q.  What was the situation with respect to centralizers?

14:11:09  24   A.  Well, in this situation there were fewer than desired

14:11:16  25   centralizers run.  For their reasons, but that were potentially

7132

14:11:21 1  going to compromise the top of cement, based on the lack of

14:11:26 2  centralization could lead to the channelling of the cement slurry

14:11:33 3  through the mud.

14:11:34 4  Q.  Did BP experience difficulties converting the float collar?

14:11:38 5  A.  Yes, they did.  We talked about that extensively.

14:11:41 6  Q.  Were there questions about whether or not the float collar had

14:11:44 7  actually converted?

14:11:45 8  A.  Yes, there were.

14:11:46 9  Q.  There was not a full bottoms-up circulation, was there?

14:11:48 10  A.  No, there was not.

14:11:49 11  Q.  There was this rapid depressurization after obtaining

14:11:53 12  circulation after pressuring up the 9th time to 3,142 psi, correct?

14:11:58 13  A.  Correct.

14:11:58 14  Q.  And after circulation was established, the circulating

14:12:03 15  pressures were lower than expected, correct?

14:12:05 16  A.  Correct.

14:12:05 17  Q.  These are all things we just talked about?

14:12:07 18  A.  Correct.

14:12:07 19  Q.  Given what was known at this time, do you believe in your

14:12:11 20  opinion that these things lean more in favor of running a CBL than

14:12:18 21  not?

14:12:19 22  A.  My opinion is that this would have been a very good time to run

14:12:23 23  a CBL, to take time, catch your breath after a very complex cement

14:12:29 24  job that had its difficulties, and let's go down and measure to the

14:12:32 25  best that we can to see what we actually achieved.

14:12:34  1   Q.  Now, I would like to shift directions and talk about

14:12:38  2   specifically what you think happened.

14:12:42  3            MR. HILL:  And, Your Honor, Dr. Beck has assisted in

14:12:44  4   preparation of some animations for this purpose.  With your

14:12:47  5   permission, I would like to play that, but I'd like to introduce it

14:12:50  6   first.

14:12:51  7   A.  Gavin, can I back up for just a second?  There is one point

14:12:54  8   that I think is very critical to make with the float collar

14:12:56  9   conversion.

13:42:02  10  BY MR. HILL:

13:42:02  11  Q.  Sure.

14:12:59  12  A.  When you go through that process and you see difficulty, you

14:13:04  13  really don't follow the procedure to convert the float equipment.

14:13:08  14  You see these anomalous pressures, there is a choice that can be

14:13:13  15  made right there to take -- you know, a repair -- or to undergo

14:13:21  16  repair on that float collar.  You can actually take the time to go

14:13:25  17  install another check valve in the casing, which would replace that

14:13:28  18  float collar and put the well -- to put another check valve in the

14:13:34  19  casing for you to successfully do your cement job with.

14:13:36  20  Q.  Based on your review of the documents, have you seen any

14:13:39  21  indication that that was actually considered by BP?

14:13:41  22  A.  No.

14:13:42  23            THE COURT:  Let me ask one more question.  Going back to

14:13:46  24  your opinion that considering these factors that you just mentioned

14:13:51  25  a minute ago that, as I understood you to say, you would have

14:13:56  1   recommended they run CBL, right?

14:13:59  2            THE WITNESS:  Correct.

14:13:59  3            THE COURT:  Do you have an understanding as to why that

14:14:01  4   was not done?  What was the decision?

14:14:05  5            THE WITNESS:  There was a decision made that if we saw

14:14:09  6   lift pressure and we saw full circulation, that they would forego

14:14:14  7   the cement bond log.  So they had prethought out that decision.

14:14:17  8   And when they saw those two items -- you know, the full circulation

14:14:22  9   and lift pressure -- they decided that that was evidence that they

14:14:26 10   were going to have ample top of cement and they would go ahead and

14:14:29 11   run it --

14:14:30 12            THE COURT:  Okay.  Thank you.

14:14:32 13            THE WITNESS:  -- or not run it, excuse me.

14:14:33 14            THE COURT:  Thank you.

14:14:37 15            MR. HILL:  Does that answer Your Honor's question?

14:14:39 16            THE COURT:  Yes.

14:14:40 17   BY MR. HILL:

14:14:41 18   Q.  All right.  Dr. Beck, on page 84 of your report you cite to a

14:14:48 19   couple of buckling analyses that were requested by BP prior to

14:14:54 20   running the casing, correct?

14:14:55 21   A.  Correct.

14:14:55 22   Q.  And in that part of your report, you opined that buckling

14:15:00 23   possibly occurred under the conditions in which the casing was

14:15:03 24   actually run into the hole, correct?

14:15:04 25   A.  Correct.

14:15:05  1    Q.  I would like to look at those buckling analyses and then I'm

14:15:07  2    going to look at conditions under which it was -- under which they

14:15:10  3    were run.

14:15:10  4              MR. HILL:  So could you please bring up TREX-4515.  Let's

14:15:26  5    read this up from the second page up, okay.

13:42:02  6    BY MR. HILL:

14:15:33  7    Q.  Are you familiar with this e-mail chain?

14:15:35  8    A.  Yes.

14:15:35  9    Q.  Can you tell the Court what it's about?

14:15:38  10   A.  Well, this was a request by one of the BP drilling engineers to

14:15:42  11   Halliburton to model the possibility or to identify the conditions

14:15:51  12   under which buckling would be a concern in the well.

14:15:54  13   Q.  And who was that BP drilling engineer?

14:15:56  14   A.  The drilling engineer was Brian Morel.

14:15:58  15   Q.  And on April 16th Brian Morel e-mails -- I apologize for

14:16:05  16   butchering the name, but it's Preeti Paikattu, which is a Landmark

14:16:10  17   Halliburton employee, correct?

14:16:10  18   A.  Correct.

14:16:11  19   Q.  He asked, "Preeti, can you model the torque and drag/buckling

14:16:16  20   for our production string?  Attached is the casing tally and float

14:16:19  21   collar.  I don't have the shoe information, but is a reamer shoe.

14:16:22  22   This is a dual plug job.  I need this today if possible."  Right?

14:16:26  23   A.  Correct.

14:16:27  24   Q.  Now, in response Ms. Preeti asks a follow-up question up

14:16:34  25   here -- I'm sorry, Brian asked a follow-up question:  "Anyway to

14:16:40   1   have it tell you how much weight you can set down before bucking?"

14:16:44   2   Given that there's references of buckling, we're going to assume

14:16:48   3   that there's a missing L in that word, okay?

14:16:50   4   A.  Correct.

14:16:50   5   Q.  Can you tell the Court, what is -- is it apparent to you what

14:16:56   6   BP is requesting here and why?

14:16:57   7   A.  I think the drilling engineer was actually doing a job of

14:17:00   8   foreseeing conditions in the wellbore, and he was being prudent and

14:17:04   9   asking for help running buckling calculations so that he could give

14:17:08  10   some direction to his supervisors at the rig site that says, "You

14:17:14  11   know what, if you start seeing X numbers of pounds, 10,000, 20,000,

14:17:19  12   30,000 pounds of down weight on the casing, that I want to know if

14:17:24  13   I need to be concerned with the casing buckling or not."

14:17:27  14           MR. HILL:  Can we go to the first page, please.  Let's

14:17:32  15   pull this up right here (INDICATING).

13:42:02  16   BY MR. HILL:

14:17:35  17   Q.  In this e-mail chain back and forth between Mr. Morel and

14:17:39  18   Preeti, which is her first name because I can't pronounce the

14:17:42  19   second name, Mr. Morel actually asked, "I want to know if I am not

14:17:48  20   18,200 feet and set down on something, how much weight can I slack

14:17:52  21   off before I start to see buckling?"

14:17:54  22           Generally in what area of the well is 18,200 feet?

14:18:00  23   A.  That's the bottom of the well.

14:18:01  24   Q.  And he is asking how much weight can be set down on an

14:18:05  25   obstruction before buckling can occur, correct?

14:18:08  1    A.  Correct.

14:18:11  2            MR. HILL:  Go to the top e-mail, please.

13:42:02  3    BY MR. HILL:

14:18:14  4    Q.  And in response Preeti says, "Brian, when I have 30 kips at the

14:18:20  5    bottom (at the shoe at 18304 feet) the slack off at the top is

14:18:26  6    644.3 kips and the helocal buckling exists from 18117 feet

14:18:32  7    downwards to the shoe," correct?

14:18:33  8    A.  Correct.

14:18:34  9    Q.  What is 30 kips?

14:18:35  10   A.  Thirty kips is 30,000 pounds of compression put into the pipe.

14:18:39  11   Q.  If, based on this analysis, the buckling -- or the weight of

14:18:46  12   30 kips is applied to the casing at -- what is it that you would

14:18:51  13   expect to see based on this modelling in terms of buckling?

14:18:54  14           MR. REGAN:  Your Honor, my objection is he can read the

14:18:57  15   words on the page.  But this expert has not done an analysis other

14:19:01  16   than read an e-mail.  He has not done any independent modeling of

14:19:04  17   the phenomenon.  He cites an e-mail and he can read it, but he

14:19:07  18   hasn't done any of this work.

14:19:09  19           MR. HILL:  Your Honor, he actually has done analysis on a

14:19:11  20   data set that was on his existing reliance document and it's going

14:19:15  21   to be --

14:19:15  22           THE COURT:  Why don't you lay a foundation for that,

14:19:18  23   then.

14:19:18  24           MR. HILL:  Okay.  Your Honor, that's part of the

14:19:21  25   animation.  What I wanted to show is what he reviewed about what BP

14:19:25  1    knew about buckling analysis, and we can move past this and right

14:19:28  2    into the animation if you like.

14:19:29  3            MR. REGAN:  I am going to have an objection to the

14:19:31  4    animation for this reason:  There has been a depiction that has

14:19:34  5    been created by lawyers that is not found in his report, and it was

14:19:36  6    not something that was presented in his report or at his

14:19:39  7    deposition, and I think that it is a mischaracterization of the

14:19:42  8    evidence.

14:19:43  9            So if there's a foundation to be laid, my objection is I

14:19:46 10    think we need to hear it now before we see any animations.

14:19:51 11            MR. HILL:  Your Honor, on page 84 of Mr. Beck's report,

14:19:55 12    he expresses the opinion that based on this buckling analysis, he

14:19:59 13    believes buckling is possible in the open hole while the casing is

14:20:06 14    being run under the conditions in this well.  The conditions in the

14:20:06 15    well are set forth in the Sperry data which has been on his

14:20:08 16    reliance document, and he is going to show how that data actually

14:20:11 17    shows what conditions existed that induced buckling.

14:20:22 18            THE COURT:  Page 84 you said of his report?

14:20:26 19            MR. HILL:  Yes, sir.

14:20:35 20            THE COURT:  I am trying to find it.  Okay.  I think I see

14:20:38 21    it.

14:20:39 22            MR. HILL:  It starts with, "Brian Morel requested that

14:20:41 23    Halliburton personnel perform a buckling analysis," and there's a

14:20:44 24    comment --

14:20:45 25            THE COURT:  Wait.  Let me read it first.

14:20:47  1          MR. HILL:  Okay.

14:21:06  2          THE COURT:  So what are you -- he is relating what Brian

14:21:12  3  Morel said or did?

14:21:15  4          MR. HILL:  His opinion is in the last part of the

14:21:18  5  sentence, your Honor.

14:21:19  6          MR. REGAN:  If you'll note, the very last sentence of

14:21:21  7  that paragraph says his conclusion is illustrated in Figure 16.

14:21:25  8  His Figure 16 is on page 85.  It shows the casing broken in half.

14:21:29  9  If he wants to put that picture up and explain his basis for that

14:21:32 10  opinion, I have no objection.  But there have been other animations

14:21:36 11  that have been produced, and I think shown in opening, that are not

14:21:38 12  found in this report that show casing moving and casing in

14:21:42 13  different dimensions.  I strongly object to that because this is a

14:21:45 14  picture, Figure 16.  If he wants to explain it.  He thinks the

14:21:49 15  casing broke in half, he can do it and we can cross examine him on

14:21:53 16  it.

14:21:53 17          MR. HILL:  Your Honor, may I respond?

14:21:54 18          THE COURT:  If this was a jury trial, I would remove the

14:21:57 19  jury and I'd look at animation and make a decision, but since this

14:22:00 20  is a bench trial, I have to look at it one way or the other.  I

14:22:03 21  don't have enough understanding of where this is going to know

14:22:06 22  whether it's -- should be admitted or considered or not.  So I am

14:22:09 23  going to let him -- we'll look at the animation and see where it

14:22:13 24  goes.  You can object and you can cross-examine him on it, okay?

14:22:17 25          MR. HILL:  Fair enough, your Honor.  Thank you.

14:22:23  1   BY MR. HILL:

14:22:24  2   Q.  I think what I would like to do with that introduction is have

14:22:26  3   you go to the animation.  Have you helped -- have you assisted in

14:22:29  4   preparing --

14:22:30  5            THE COURT:  Just tell me first, what is the animation?

14:22:32  6   This is the animation you prepared?

14:22:35  7            THE WITNESS:  I've worked, of course I am not a computer

14:22:37  8   programmer, but I worked on the concept.

14:22:39  9            THE COURT:  You helped in it?

14:22:41 10            THE WITNESS:  Yes.

14:22:42 11            THE COURT:  What is it intended to show?

14:22:44 12            THE WITNESS:  Your Honor, if I can back up just a minute

14:22:47 13   to explain where this is coming from.

14:22:48 14            THE COURT:  Go ahead.

14:22:49 15            THE WITNESS:  There is certain unexplained data in this

14:22:52 16   well that is very confusing.  The rapidity with which the blowout

14:22:57 17   happened.  This blowout happened very, very, quickly.  It indicates

14:23:02 18   to me that there was not much restriction in the flow from the

14:23:06 19   formation into the casing up to the surface.

14:23:10 20            I cannot come up with a rectification that the flow was

14:23:16 21   coming out of the formation, down the outside of the casing,

14:23:20 22   through cement that would have been there, up the middle of the

14:23:23 23   shoe track through cement that would be there unrestricted to the

14:23:27 24   surface.  So in the context of developing this report, I realized

14:23:34 25   that one of the situations that would explain almost all of the

14:23:37  1   anomalies that we see would be that there was some type of rupture

14:23:42  2   in the shoe track, that the casing ruptured.  Whether it fully

14:23:46  3   parted or just split open, I can't tell you.

14:23:50  4           THE COURT:  That the casing ruptured?

14:23:52  5           THE WITNESS:  That the casing would have ruptured.  And

14:23:55  6   so for the casing to rupture, of course, there has to be some

14:23:58  7   fairly extreme stresses placed on the casing.  And so I looked

14:24:04  8   originally at the report, and I considered buckling as this

14:24:08  9   document said.  What this document basically says is that the

14:24:11 10   casing is going to be very simple to buckle.  It's not going to

14:24:15 11   take a lot of weight to make the casing buckle.  The consequences

14:24:19 12   of buckling the casing are that you're not only putting this

14:24:24 13   additional compression in the casing, you're bending it which

14:24:27 14   increases the stress on the casing as well.

14:24:29 15           THE COURT:  Is there some analysis or calculation or

14:24:32 16   testing that you did or is this an hypothesis based on reading

14:24:39 17   these reports?

14:24:40 18           THE WITNESS:  Oh, no, sir.  I went back and early on I

14:24:44 19   looked at the Sperry data.  I don't have to calculate enough -- I

14:24:48 20   mean, I live with buckling every day of my life in the job that I

14:24:51 21   have.  I know the magnitudes of buckling.  I know what causes

14:24:55 22   buckling, how much compression causing buckling.  I was looking at

14:24:59 23   the Sperry data for any evidence that I could see that said, "Was

14:25:03 24   there extreme compression put on this casing?"

14:25:05 25           And I admit, the first time I looked at it in the context

14:25:09  1   of this report, when I looked at the data, I didn't see that -- I

14:25:14  2   didn't see that I thought buckling was that big of an issue.  But

14:25:17  3   as I went back and looked over the Sperry data over and over and

14:25:21  4   over, I began to focus on a piece of it that I had ignored before.

14:25:25  5   So I went back and reviewed the Sperry data in detail, and I think

14:25:31  6   that I have a very good explanation for a loading on the casing

14:25:37  7   that occurred that has, up to now, been unknown.

14:25:41  8           THE COURT:  Is this explanation stated in your report?

14:25:44  9           THE WITNESS:  The explanation -- no, sir, it's not.  All

14:25:48 10   that my report states is that I feel like there was some type of

14:25:53 11   failure in the shoe track, and at the time of the report, I hadn't

14:25:57 12   figured out what that failure was yet.

14:26:00 13           MR. HILL:  Your Honor, he also indicated that buckling

14:26:02 14   was a possibility.

14:26:03 15           MR. REGAN:  We have a rule in this case about the four

14:26:06 16   corners --

14:26:08 17           THE COURT:  I am going to sustain the objection.

14:26:10 18           MR. REGAN:  Thank you, your Honor.

14:26:22 19   BY MR. HILL:

14:26:22 20   Q.  Let's wrap up this way then.  Based on what you reviewed and

14:26:26 21   those things that were -- the things that you identified before,

14:26:30 22   can you explain to the Court the evidence that you looked at that

14:26:33 23   indicate to you that there was a rupture or a breach below the

14:26:39 24   FLOAT collar?

14:26:39 25   A.  So the first piece of evidence that I see is the conversion of

14:26:45  1   the FLOAT collar, the sudden drop in pressure from over 3,000 to

14:26:49  2   under 200 psi.  That looks like a failure, like a rupture to me.

14:26:54  3   And then the second piece of evidence that I have is that the

14:27:00  4   rapidity with which the blowout happened, that there was

14:27:03  5   unrestricted flow, in my opinion, into this wellbore.  And the

14:27:07  6   third piece of evidence that I have to try to explain is that when

14:27:12  7   the well was re-entered and the upper casing string was perforated,

14:27:18  8   there was no evidence of hydrocarbon in that upper annular section.

14:27:23  9   Q.  What does that indicate to you?

14:27:25 10   A.  That tells me that at some point there had to be some type of

14:27:29 11   isolation in the annulus.  The only way to get that isolation would

14:27:32 12   have been through cement being placed in the annulus and setting

14:27:36 13   up.  So I have a real hard time understanding how the cement in the

14:27:41 14   annulus can set up yet there would be cement in the shoe track and

14:27:47 15   in the lower part of the annulus that didn't set up.

14:27:50 16          MR. HILL:  Let's bring up demonstrative 8015, please.

14:27:50 17   BY MR. HILL:

14:28:00 18   Q.  And here is the wellbore schematic that the Court has seen

14:28:03 19   numerous times.  If there was, in fact, a rupture in the casing

14:28:07 20   below the FLOAT collar, can you explain to His Honor what -- where

14:28:12 21   the cement would go when the cement is actually pushed -- when the

14:28:15 22   cement is actually staged and the cementing operation is actually

14:28:19 23   done?

14:28:19 24   A.  I would really like to look at a different demonstrative that I

14:28:23 25   have that actually -- let's go ahead and look at the picture of the

7144

14:28:27   1    casing where it fell off the bottom.  I think that's --

14:28:31   2              MR. REGAN:  Page 85 of your report.

14:28:33   3              THE WITNESS:  Correct.

14:28:34   4              MR. HILL:  Thanks.

14:28:37   5              MR. REGAN:  Got it right here.

14:28:38   6              MR. HILL:  Bring up demonstrative 8041, please.

14:28:48   7              THE WITNESS:  So this demonstrative is showing what the

14:28:53   8    condition of the bottom of the casing would look like if there was

14:28:56   9    a rupture.  Now, the diagram showing a complete dropping of the

14:29:02  10    shoe track -- separation of the shoe track, that can be a

14:29:07  11    separation, it could be a split, it could be the pipe cracking

14:29:12  12    open.  It's irrelevant really whether the pipe fell down or not.

14:29:17  13    What it's really saying is a broach shallow in the shoe track near

14:29:21  14    the FLOAT collar, and most particularly, opposite one of the

14:29:25  15    hydrocarbon bearing zones.

14:29:26  16    BY MR. HILL:

14:29:26  17    Q.  Let's stop there for a second and just unpack that for a little

14:29:29  18    bit.

14:29:29  19              You know what, I've counted four or five places in your

14:29:34  20    report where you talk about debris plugging the reamer shoe.  If

14:29:39  21    there was debris plugging this reamer shoe, would you see this drop

14:29:43  22    off of this distance?

14:29:44  23    A.  No.  I mean, if there was debris in the reamer shoe, I think

14:29:48  24    that means you lowered the casing into debris in the bottom of the

14:29:52  25    well.  And in that situation, that would act to do two things:  It

14:29:57  1    would stop the casing from moving down, it would start applying

14:30:00  2    compression on the casing, and then from a rupture standpoint,

14:30:05  3    there wouldn't be a very big drop of the casing in the well.

14:30:07  4    Q.  If the casing had been run into debris or fill and those

14:30:13  5    compressional forces were applied, what would the affect, if any,

14:30:17  6    be on the strength of that casing below the float collar?

14:30:21  7         MR. REGAN:  Outside the scope of his report.  I mean, he

14:30:24  8    uses the word "buckling" as referenced from an e-mail, but he

14:30:28  9    doesn't go into any analysis of what the strength or impact would

14:30:31 10    be on this type of casing, given its compression, given its

14:30:35 11    buckling capacities, so forth.

14:30:38 12         THE COURT:  Is this in your report, this opinion?

14:30:40 13         THE WITNESS:  The opinion, your Honor, is around the

14:30:45 14    realization that a rupture in the casing explains a lot of the

14:30:50 15    other observations that I see in the well.

14:30:53 16         MR. REGAN:  The objection is that there is a very

14:30:55 17    specific field of study about the rupture loads, collapse loads of

14:30:59 18    this brand of casing with these characteristics, made out of this

14:31:02 19    material.  People have done that.  One of the experts Halliburton

14:31:05 20    has who they wanted to testify claims to have done that.  Dr. Beck

14:31:09 21    didn't do that.

14:31:10 22         MR. HILL:  Your Honor, Dr. Beck has approached this by

14:31:12 23    actually looking at the Sperry data which is on the reliance

14:31:15 24    exhibit of every drilling engineer expert in this case, and he can

14:31:18 25    actually show you data that supports in the event that there is a

7146

14:31:21  1   compressional load here.  If the Court doesn't want to see that, I

14:31:24  2   understand that, but he is ready to show you if you would like to

14:31:27  3   see it.

14:31:27  4          THE COURT:  I will allow him to testify.

14:31:29  5          MR. HILL:  Your Honor, that's exactly what the animation

14:31:32  6   shows; so I don't know if you would like us to use the animation.

14:31:35  7          THE COURT:  I thought that was a different question.

14:31:37  8          MR. HILL:  Not really.

14:31:38  9          MR. REGAN:  The issue here is also timeframe.  We're

14:31:40 10   hearing the witness at that one point he had one view, and then he

14:31:43 11   looked at it some more and had a different view.  We have his

14:31:46 12   report and we are looking at it on the screen.  That was disclosed

14:31:49 13   and I don't object to questions about it.  I do object if he, then,

14:31:53 14   tries to analyze how he figured that out because there is some

14:31:57 15   sophisticated math you can do to determine whether that casing of

14:32:00 16   that load, this high collapse casing, could ever do that given the

14:32:03 17   loads that were put in this well.

14:32:05 18          MR. HILL:  That's cross-examination.

14:32:07 19          THE COURT:  All right.  We are not going to the

14:32:09 20   animation.

14:32:10 21          MR. HILL:  Okay.  But you will allow him to testify about

14:32:13 22   what he thinks happened?

14:32:14 23          THE COURT:  Yes.  Yeah, I thought he was doing that.

14:32:17 24   BY MR. HILL:

14:32:17 25   Q.  When the casing is run, if there is -- do you believe that

7147

14:32:20 1   there was debris and fill in the bottom of this hole?

14:32:22 2   A.  Well, I am virtually certain that there was, because when we

14:32:26 3   went to -- when they went to convert the float collar, something

14:32:30 4   was plugged up.  The way it was plugged up is because there was

14:32:32 5   debris in the well.

14:32:33 6   Q.  And what would that do in terms of the compressional load as

14:32:36 7   you continue to drive casing into that fill?

14:32:39 8   A.  So if there's debris on the bottom of the well and you're

14:32:43 9   trying to go ahead and lower the casing into the well, you would

14:32:48 10  put a compressional load on the casing and very small compressional

14:32:53 11  loads would, then, translate to helical buckling of the casing; all

14:32:58 12  of which are magnifying the stresses on the casing.

14:33:00 13  Q.  We had reviewed a buckling analysis that BP had requested on

14:33:03 14  April 16th that identified helical buckling occurring at the bottom

14:33:07 15  of the well with a load of 30 klbs or 30,000 pounds, correct?

14:33:12 16  A.  Correct.

14:33:13 17  Q.  Did you look at data that identifies what the compressive load

14:33:16 18  is or was at Macondo when they ran the casing in the bottom?

14:33:19 19  A.  Yes.  When I look at the Sperry log and look specifically at

14:33:24 20  the last few minutes of landing the casing, I see an anomaly.

14:33:28 21  Q.  What is that anomaly?

14:33:29 22  A.  The anomaly is the rate at which the hook load changes as you

14:33:35 23  slack the casing off in the well.  And at that point in the well if

14:33:39 24  there's no debris, if there's no compression being formed, the rate

14:33:42 25  that you slack the casing off and the rate that the hook load drops

7148

14:33:47   1   off should both be constant.

14:33:49   2   Q.  Are you able to quantify, even in ranges, what the klb load was

14:33:53   3   in the data that you looked at when they landed the case at

14:33:57   4   Macondo?

14:33:57   5   A.  Without doing any calculations at all, I can look at the Sperry

14:34:00   6   data and I can see a signature on the log that says there may have

14:34:04   7   been as much as 140,000 klbs.

14:34:07   8   Q.  So BP internal analysis said there will be helical buckling at

14:34:12   9   30 klbs, you've identified a compressive load or how many klbs were

14:34:17  10   actually applied?

14:34:18  11   A.  I identify off the log 140,000 klbs applied to the casing.

14:34:23  12          MR. REGAN:  Just move to strike as not in his report,

14:34:27  13   your Honor.  I don't mean to be continuing objecting, but we really

14:34:30  14   are getting into something that was not disclosed.

14:34:35  15          MR. HILL:  I'll move on.

14:34:37  16          THE COURT:  I think we keep veering into stuff.  If it's

14:34:40  17   not in his report, it's not fair to be talking about it here.

14:34:44  18          MR. HILL:  Understood, your Honor.  With respect, we

14:34:46  19   disagree that it's not in his report, but I can move on at this

14:34:49  20   point.

14:34:50  21          THE COURT:  Okay.  Let's move on.  I sustain that

14:34:52  22   objection.

14:34:52  23   BY MR. HILL:

14:34:56  24   Q.  So if there is a breach below the float collar, what affect, if

14:35:01  25   any, does that have on the cement?

7149

14:35:03 1  A.  So if there is a breach in the float collar, then the cement as

14:35:07 2  it traverses the casing and comes down the casing, it's going to

14:35:11 3  turn right here and go up the annulus, so that there would be no

14:35:15 4  cement in this lower part of the wellbore.  There would be no

14:35:18 5  cement in the lower part of the shoe track at all.  And then you

14:35:22 6  would end up with uncemented formation, hydrocarbon bearing

14:35:26 7  formation opposite the breach that would be free to flow

14:35:31 8  unrestricted into the wellbore.

14:35:32 9  Q.  Now, that's kind of obvious based on this diagram when you have

14:35:36 10  this large separation between the casing and the detached part of

14:35:40 11  the shoe track.  What if there's just a breach and not a full

14:35:44 12  separation?  Will cement flow through that breach point?

14:35:48 13  A.  Any kind of rupture would allow a significant amount of flow,

14:35:52 14  and if the rupture was more than, say, one square inch in diameter,

14:35:59 15  virtually 100 percent of the flow would go through that rupture.

14:36:02 16  Q.  And why is that?

14:36:03 17  A.  It's just taking the path of least resistance at that point.

14:36:07 18  Q.  So at this point, if there is a rupture -- with a rupture below

14:36:11 19  the float collar, is there any cement providing zonal isolation

14:36:15 20  below that rupture point?

14:36:16 21  A.  No, there would not be.  All of the cement would be above the

14:36:20 22  rupture point, and so there would be no barrier, no zonal isolation

14:36:24 23  below the rupture point.

14:36:25 24  Q.  Dr. Beck, a breach below the float collar, you've said that

14:36:52 25  that is consistent with the pressure response you saw on the rapid

14:36:57  1   depressurization during the float collar conversion attempt,

14:37:00  2   correct?

14:37:00  3   A.  Correct.

14:37:01  4   Q.  You said it explains the low circulating pressures, correct?

14:37:03  5   A.  Correct.

14:37:03  6   Q.  Is there any other evidence or in your opinion does that fit

14:37:07  7   with any of the other information that you reviewed in this case

14:37:11  8   regarding the nature of the blowout?

14:37:12  9   A.  Well, it's consistent with what I said before.  The evidence

14:37:16 10   that there was some type of zonal isolation in the annulus

14:37:21 11   protecting the upper annulus from hydrocarbons, it would be

14:37:25 12   consistent with cement being put into place and successfully

14:37:29 13   isolating the hydrocarbon zones at that point, and it's very

14:37:35 14   consistent with the unrestricted flow path to the surface.

14:37:39 15   Q.  So we can't use the animation so we're going to have to talk

14:37:44 16   through this.  As you're linking these chain of events in your

14:37:47 17   causal opinion, we come to the point where there is cement, the

14:37:51 18   cementing operation is done and, I think, you indicated that if

14:37:55 19   cementing was done through a breach in the shoe track, what, if

14:37:59 20   anything, what type of control, if any, does that give for

14:38:02 21   placement of the cement, if there is a breach in the shoe track?

14:38:05 22   A.  Well, it keeps the cement from being placed in the shoe track.

14:38:11 23   Q.  In this situation, we now know there was a time period between

14:38:14 24   the cement operation and the conduct of the negative test, and I

14:38:17 25   know the Court has heard a lot about the negative pressure test.

7151

14:38:20  1   So can we briefly walk through your opinion as to what occurred

14:38:24  2   during the negative test.  We won't drill down on it deeply, but

14:38:29  3   just in order to keep your causal chain?

14:38:31  4   A.   The negative pressure test was -- then, this goes back to the

14:38:35  5   original statement that I made.  This whole task was installing a

14:38:40  6   barrier system in the well, a barrier in a well.  The barrier

14:38:44  7   consists of cement and casing.  And the negative pressure test was

14:38:49  8   testing the effectiveness of that installation of that casing.

14:38:53  9        As conducted, the negative pressure test clearly failed.  I

14:39:00  10  would never accept that as a successful negative pressure test, and

14:39:04  11  in all of the review of information that I've seen, I haven't seen

14:39:08  12  anybody that says that was a successful test.  I think everybody

14:39:13  13  agrees with that.  So the consequence becomes what do you do when

14:39:17  14  you see the failed negative pressure test?

14:39:19  15  Q.   What occurred here?

14:39:20  16  A.   So what occurred here, you know, what happened, even after the

14:39:27  17  negative pressure test, the failed test, you know, BP proceeded to

14:39:34  18  continue to remove its primary barrier from the well, being the

14:39:39  19  drilling mud, without having first proven that they had replaced

14:39:44  20  that barrier in the form of cement and casing.

14:39:47  21  Q.   So after misinterpreting the results of the negative test, BP

14:39:52  22  proceeds into what operation?

14:39:53  23  A.   They continued the displacement of the well to seawater.

14:39:59  24  Q.   With your Honor's permission, I don't think buckling is on that

14:40:04  25  particular part of that animation, but would it assist you to

7152

14:40:08  1  explain the displacement procedure with the use of the animation?

14:40:12  2  A.  Yeah.  I think there's one particular key piece that I think is

14:40:18  3  unique to my opinion.

14:40:20  4       MR. HILL:  Can we bring up the displacement animation,

14:40:23  5  please?  Your Honor, may I take one minute?

14:40:50  6       THE COURT:  While we're doing that, let me remind

14:40:53  7  everyone when we take our afternoon recess probably somewhere

14:40:55  8  between three and 3:15.  When we come back, we probably will have

14:41:00  9  our Tulane law students here, and I am going to ask if everyone

14:41:05  10 could help us out by letting them have the second and third row on

14:41:10  11 that side of the courtroom, right behind the press row.  I think

14:41:14  12 there are plenty of enough seats in the courtroom, so we shouldn't

14:41:19  13 be evicting anybody.

14:41:31  14      MR. HILL:  I'm sorry, your Honor.  I feel like I missed

14:41:33  15 an important announcement.

14:41:35  16      THE COURT:  You didn't miss anything.  As long as you're

14:41:39  17 not sitting back on the second or third row.

14:41:41  18      MR. HILL:  Okay.  Can you please go ahead and pause it?

14:41:41  19 BY MR. HILL:

14:41:45  20 Q.  Can you explain to the judge what we're going to see with this

14:41:49  21 animation?

14:41:49  22 A.  We're going to take up the condition of the wellbore following

14:41:52  23 the negative pressure test as the remaining mud and spacer fluid

14:41:59  24 was displaced from the well and the conditions in the wellbore that

14:42:05  25 led to the kick.

14:42:07 1          MR. HILL:  So what I would like to do, your Honor, is run

14:42:08 2     this animation.

14:42:08 3     BY MR. HILL:

14:42:09 4     Q.  And Dr. Beck I would ask you to narrate as you deem fit.  You

14:42:13 5     can ask us to pause the animation and use your laser pointer, okay.

14:42:17 6          MR. REGAN:  I just say, your Honor, I just quickly looked

14:42:20 7     at this exhibit and it imbeds the earlier animation, this picture

14:42:24 8     of casing that has no basis in the report.  I don't know if there's

14:42:28 9     a way to do the examination on the displacement without the

14:42:31 10    animation, but it's the same thing.

14:42:32 11         MR. HILL:  Your Honor, I think you know that we think

14:42:35 12    that there was a buckling.  There's a small strip of buckled casing

14:42:39 13    down in the lower corner.  What I want to show for your Honor's

14:42:43 14    benefit is what happens in the big pane.  The other thing is a

14:42:47 15    static depiction of small buckling down at the bottom of the

14:42:51 16    casing, but that's not what we're going to be discussing.

14:42:54 17         THE COURT:  All right.  Let's go.

14:43:01 18    BY MR. HILL:

14:43:01 19    Q.  Go ahead.

14:43:02 20    A.  So following the negative pressure test, there was still oil

14:43:06 21    based mud and spacer fluid, oil based mud at the surface, spacer

14:43:12 22    fluid below it.  There was seawater and the drill pipe down to the

14:43:17 23    end of the drill pipe in the well.  And you can see as the

14:43:19 24    displacement occurred -- would you pause it, please, right here.

14:43:23 25    As the displacement occurred and the oil mud was removed from the

14:43:27  1    well, so the 14.2 mud was removed from the well.  At that point in

14:43:32  2    time, then, is when the pressure started reducing in the wellbore

14:43:37  3    heading towards the pressure at the bottom of the hole, and the

14:43:41  4    lowest pressure at the bottom of the hole is 12.6 pounds per

14:43:46  5    gallon.

14:43:46  6            So this is showing that as the mud was removed from the

14:43:50  7    well that the well was becoming underbalanced.  But even late into

14:43:54  8    the displacement, right before the spacer got to the surface, the

14:44:00  9    well had not yet started flowing.

14:44:07 10    Q.  Do you want to proceed?

14:44:08 11    A.  Proceed.  I am just going to let it run --

14:44:10 12    Q.  Let me ask to pause it and ask you a question.  What does this

14:44:15 13    line right here 12.6 represent, the 14.2 and 12.6?

14:44:19 14    A.  So the 14.2 is really the basic mud weight that was in the

14:44:22 15    well, so that would be the pressure conditions with a flow column

14:44:27 16    of 14.2 in the well.  The 12.6 is simply the pressure opposite the

14:44:32 17    formation.  Once the pressure in the wellbore -- the black line is

14:44:36 18    representative of the pressure in the wellbore, and once the

14:44:39 19    pressure falls below the 12.6, the well is underbalanced, so it has

14:44:44 20    the potential to flow.

14:44:45 21    Q.  And your graph there, No. 1, indicates that it's underbalanced

14:44:50 22    at 21:08?

14:44:55 23    A.  Yes.  Based on right here that the point that I saw that the

14:44:59 24    well go underbalanced was just before when the sheen test was

14:45:05 25    performed at 21:08.

14:45:07  1    Q.  So underbalanced, does that mean hydrocarbons are on the way?

14:45:11  2    A.  That means the well is starting to flow, has the ability to

14:45:15  3    flow, and is almost certainly flowing at that point.

14:45:18  4    Q.  Go ahead.

14:45:20  5    A.  I want to make the final comment because up to this point, this

14:45:25  6    is the last opportunity -- I'm sorry, my pointer is acting up.

14:45:32  7            MR. HILL:  Your Honor, may I approach?

14:45:43  8            THE WITNESS:  So this is the last opportunity -- with the

14:45:44  9    spacer at the surface, this is the last opportunity to see any

14:45:48  10   fluid coming into the pits.  From this point forward, all of the

14:45:52  11   flow is diverted overboard so there was no more monitoring capacity

14:45:56  12   on the rig in the pits.

14:45:58  13   BY MR. HILL:

14:45:59  14   Q.  Why do you say that?  As the spacer gets to the surface if

14:46:01  15   that's the last opportunity?

14:46:02  16   A.  Well, because, from that point on, the geometry of the surface

14:46:07  17   piping was changed to send the spacer overboard.  So nothing was

14:46:11  18   going into the pits from that point forward.

14:46:14  19   Q.  Okay.

14:46:16  20   A.  And I think one of the key aspects of this blowout was this was

14:46:19  21   a very brief time period, right, from this point until the well

14:46:23  22   actually blew out, the bulk of the quick, the vast majority of

14:46:28  23   kick, as I said in my report, happened after the well was diverted

14:46:34  24   overboard.

14:46:35  25   Q.  And how do you know that?

14:46:36  1    A.  Well, I did pit analysis that I referred to in my report, that

14:46:44  2    when I looked at the pits in detail, I can see the point that, in

14:46:52  3    my opinion, is right when the well started to flow.  And it's

14:46:56  4    consistent with the Sperry data when you look at it.

14:46:59  5    Q.  Have you prepared a demonstrative today to help the Court

14:47:02  6    understand what you said in your report about pit volume analysis?

14:47:05  7    A.  I do have just a simple little graph that shows basically the

14:47:11  8    rate that the fluid was coming out of the well so that when you see

14:47:15  9    a change in the rate coming out of the well, you can identify the

14:47:17 10    kick.

14:47:18 11    Q.  We'll turn to that as soon as you finish explaining your

14:47:21 12    animation.

14:47:21 13    A.  Right.  So at this point, with the spacer at surface, the well

14:47:24 14    is underbalanced, it's free to flow.  If we continue to run the

14:47:29 15    animation, basically, it only gets worse from there, right.  The

14:47:33 16    pressure continues to drop as you drive the weighted spacer out of

14:47:37 17    the well, you know.  The well becomes fully underbalanced reaching

14:47:43 18    a point that when the pumps were shutdown and finally the rams were

14:47:47 19    closed on the well, the well was substantially underbalanced

14:47:51 20    because, of course, it had removed 8,000 feet of mud from the

14:47:58 21    wellbore at that point in time.

14:47:59 22    Q.  Okay.

14:48:01 23         MR. HILL:  Shut that down and let's bring up

14:48:03 24    Demonstrative 8249, please.

14:48:03 25    BY MR. HILL:

14:48:10   1    Q.  Is this the demonstrative that you prepared for today?

14:48:13   2    A.  Yes, that's correct.  And in the context of doing -- preparing

14:48:19   3    my report, I spent a lot of time wondering where the kick

14:48:23   4    indicators were, you know.  A lot is said about kick indicators,

14:48:28   5    but one of the basic things you have to find, you have to find

14:48:31   6    where the fluid came out of the well and into the pits.  Any other

14:48:35   7    rate determinations have to be justified by the volume in the pit.

14:48:39   8    Q.  So you conducted an analysis of the pit volumes over time,

14:48:45   9    correct?

14:48:45  10    A.  That's correct.

14:48:46  11    Q.  And does this graph reflect what you found out or what you

14:48:51  12    learned doing that analysis?

14:48:52  13    A.  Yeah.  And it's reasonably simple to look at.  There's two sets

14:48:59  14    of curve here.  The upper curve is the computed flow into the well.

14:49:03  15    And the only reason I am showing it is to show that when there's

14:49:09  16    straight line segments of the flow in, the pumps are running at a

14:49:12  17    constant speed.  So during the flow in period, the pump is running

14:49:16  18    at a constant speed, the pump is adjusted, it's running at a

14:49:20  19    constant speed.  Here, towards the end, the pump is running at a

14:49:24  20    constant speed.  So while the pump is running at a constant speed,

14:49:27  21    the rate of fluid coming out of the well should also be -- if the

14:49:30  22    well is not kicking, the rate of fluid coming out of the well

14:49:34  23    should be coming out at a constant rate.  So this is a conventional

14:49:39  24    flow in versus flow out, but the flow out is computed directly from

14:49:44  25    the volume of fluid going into the mud pit.

14:49:47 1    Q.  And what does your analysis show with respect to when there was
14:49:50 2    actually flow into the pits indicating a kick?
14:49:53 3    A.  So what you're looking for for any indication that there's a
14:49:58 4    kick is an increase in one of these flow out slopes.  And if you
14:50:03 5    look right here -- I know my hand is not quite steady right there,
14:50:08 6    but right about 2105, right there, there is a deviation --
14:50:14 7    Q.  Would it help if we expand it?
14:50:16 8    A.  No, I think it's actually easier to see when you have the whole
14:50:19 9    graph in your head right here.  So you can see a straight line
14:50:23 10   portion right here that's consistent with the pump speed, but while
14:50:29 11   the pumps were running at constant speed, right there there is a
14:50:33 12   deviation in the return flow from the well.  And my opinion is
14:50:37 13   that's the first evidence that we have in the pits, okay, which you
14:50:44 14   have to agree with the pit data, that's the first evidence in the
14:50:47 15   pits that there was an abnormality in the well or a kick in the
14:50:52 16   wellbore.
14:50:52 17   Q.  And about what time does that occur?
14:50:54 18   A.  Well, that occurs, if you follow the time scale down, 21 --
14:51:06 19   Q.  You can look at it in front of you.
14:51:08 20   A.  Let me look at it in front of me because I am struggling with
14:51:13 21   my eyes right here.  2105, so this is 2105, 24, you can see that's
14:51:22 22   right about when that little deviation occurs.
14:51:24 23          THE COURT:  Tell me where the deviation is.
14:51:27 24          THE WITNESS:  It's a change --
14:51:29 25          THE COURT:  Are you talking about how the lines diverge?

OFFICIAL TRANSCRIPT

14:51:32  1          THE WITNESS:  We're talking about how this line has a

14:51:34  2     change in slope in it right there, and it's important because the

14:51:38  3     change in slope is upward.  If it's a change in slope that went

14:51:41  4     downward, it would mean we were losing returns in the well, but

14:51:44  5     it's a change in the slope upward that --

14:51:47  6          THE COURT:  You're talking about between 2105 to 2107, up

14:51:52  7     in that area?

14:51:54  8          THE WITNESS:  Correct, very subtle.

14:51:56  9          THE COURT:  You're not referencing the -- what I call the

14:52:01 10     separation between the upper line and the lower line.

14:52:04 11          THE WITNESS:  No, I am not.  The only purpose of the

14:52:06 12     upper line is to show that the pumps were running at a constant

14:52:10 13     speed.  So the lines change slope when the pump speeds were

14:52:16 14     changed, so every time a pump speed is changed, the lines change

14:52:21 15     slope and the outflow changes slope.

14:52:23 16          THE COURT:  Okay.

14:52:26 17          MR. HILL:  Okay?

14:52:27 18          THE COURT:  Yes.

14:52:28 19     BY MR. HILL:

14:52:29 20     Q.  One last area I would like to talk to you about.  During your

14:52:33 21     analysis, were you able to review OptiCems that had been prepared

14:52:38 22     preincident, the April 18th OptiCem, for example, that Jesse

14:52:43 23     Gagliano prepared and sent out to BP and others on April 18th,

14:52:47 24     2010?

14:52:47 25     A.  Yes, I've seen that OptiCem.

14:52:49  1    Q.  You also reference a document in OptiCem in your report that's

14:52:55  2    TREX-8149.

14:52:57  3              MR. HILL:  Can we bring that up, please.

13:42:02  4    BY MR. HILL:

14:53:09  5    Q.  Can you explain to the Court what this is?

14:53:11  6    A.  Well, this is an OptiCem report, it says on the 9-7/8 by 7-inch

14:53:19  7    production casing on the Macondo #1 well.

14:53:23  8    Q.  Now, there's notations on the front that identify review of a

14:53:26  9    reservoir zone depth 17,468, and there's been testimony in this

14:53:31 10    case previously that the M57B was at 17,467 to 17,468.  Can you

14:53:38 11    explain why you reference or what you discussed about this in your

14:53:41 12    report?

14:53:42 13              MR. REGAN:  Just a foundational objection as to who the

14:53:45 14    author of this was.

14:53:48 15    BY MR. HILL:

14:53:49 16    Q.  Do you know who provided it?

14:53:51 17    A.  This was run by Mr. Gagliano, I believe, at Halliburton.

14:53:55 18    Q.  The original one was, right?

14:53:56 19    A.  The original one.  I believe this was run by him in response to

14:54:04 20    the change in centralizer placement and the recognition that there

14:54:11 21    was a shallower hydrocarbon zone, and he wanted to see what the

14:54:14 22    effect of the shallower hydrocarbon zone would be on gas flow

14:54:18 23    protected.

14:54:19 24    Q.  Have you reviewed the OptiCem reflecting the input of M57B?

14:54:24 25    A.  Yes, I have.

7161

14:54:25  1    Q.  Can you tell the Court with the OptiCem --

14:54:29  2              THE COURT:  This is something, some analysis done after

14:54:33  3    the accident, right?

14:54:34  4              THE WITNESS:  Correct.

14:54:35  5              MR. HILL:  Yes, Your Honor, it's the April 18th OptiCem

14:54:38  6    as it was but inputting only the M57B zone in the pore pressure

14:54:43  7    profile.

14:54:43  8              THE COURT:  Performed in July of 2011?

14:54:45  9              MR. HILL:  Yes, Your Honor.

14:54:45 10              MR. REGAN:  I may incorrect but -- I'm not sure -- I

14:54:47 11    think this was done by an expert that's a different expert.  And so

14:54:51 12    from the standpoint of -- that's what my foundation objection is,

14:54:56 13    whether we're just adding inferences on inference in terms of this

14:54:58 14    is not Mr. Beck's work, but the work of someone else.

14:55:00 15              MR. HILL:  Your Honor, I think we can get around it.

14:55:03 16    Regardless of who did it, it's basically somebody put in an input

14:55:08 17    and otherwise left the original OptiCem all intact.

14:55:09 18              THE COURT:  I thought you said this was something done by

14:55:11 19    Mr. Gagliano.

13:42:02 20    BY MR. HILL:

13:42:02 21    Q.  Did you --

14:55:12 22    A.  Well, I apologize if my memory is bad on who performed the

14:55:15 23    work.

14:55:16 24    Q.  You didn't, right?

14:55:17 25    A.  No, I did not run the OptiCem.

14:55:19  1          MR. REGAN:  I guess I may be more clear about my

14:55:21  2    objection.  This is a document created for the litigation by a

14:55:24  3    different expert, I believe.  I may be incorrect, but I believe a

14:55:28  4    different expert created this, not Mr. Beck.  So it's not something

14:55:30  5    that actually occurred that's relevant to cause what it's done by a

14:55:35  6    different expert.  My objection is I don't think we should be

14:55:38  7    trying to get it through Mr. Beck if they're not calling the

14:55:42  8    author.

14:55:42  9          MR. HILL:  Your Honor, I'll just withdraw it.  That's

14:55:44 10    fine.

14:55:44 11          THE COURT:  All right.

14:55:45 12          MR. HILL:  And with that I will tender the witness.

14:55:47 13    Thank you.

14:55:50 14          THE COURT:  Plaintiffs.

14:55:52 15          MR. ROY:  Your honor, we are going to have about a half

14:55:54 16    hour if that influences on when you want to break.  I'm ready.

14:55:58 17    It's up to you.

14:55:59 18          THE COURT:  You're ready for a break or you're ready to

14:56:02 19    go?

14:56:02 20          MR. ROY:  I will accept either willingly.

14:56:05 21          THE COURT:  All right.  Let's go ahead and break.  I am

14:56:08 22    trying to time this to get the Tulane students in here during the

14:56:11 23    break.  But we will break now and then we will probably come back

14:56:14 24    about 3:15, okay.

14:56:17 25          THE DEPUTY CLERK:  All rise.

14:56:18  1         (WHEREUPON, A RECESS WAS TAKEN.)

15:22:34  2         (OPEN COURT.)

15:22:34  3              THE COURT:  All right.  Please be seated, everyone.

15:22:39  4              MR. LI:  Thank you, Your Honor.  Just one quick thing.

15:22:42  5              THE COURT:  Yes.

15:22:42  6              MR. LI:  Mr. Li on behalf of Transocean.  We've offered,

15:22:44  7    filed, and have introduced the exhibits used in Transocean's cross

15:22:46  8    of Jesse Gagliano yesterday.  The list was circulated and I've had

15:22:50  9    no objections.

15:22:50 10              THE COURT:  Any remaining objection to Transocean's

15:22:52 11    exhibits with respect to Mr. Gagliano?  Hearing none, those

15:22:57 12    exhibits are admitted.

15:22:58 13              MR. LI:  Thank you, Your Honor.

15:23:00 14              MR. LANGAN:  Your Honor, Andy Langan for BP.  Quick

15:23:04 15    question of clarification.  When Your Honor handled the Rule 52

15:23:08 16    motion by Cameron, Your Honor made some comments about BP's role,

15:23:13 17    and I think the term was "operator," and I think -- I just want to

15:23:18 18    clarify one thing.  I don't think BP has any question we were the

15:23:22 19    operator of the Macondo well, the facility.

15:23:24 20              THE COURT:  That's the term I used.

15:23:26 21              MR. LANGAN:  Well, I think you may have referred to us as

15:23:28 22    being the operator of the *Deepwater Horizon*, and I don't think you

15:23:31 23    meant that, and maybe I've got it wrong, but...

15:23:33 24              THE COURT:  Throughout this whole trial BP has been

15:23:36 25    referred to as the operator, and I think we all know what that

15:23:39  1   means.

15:23:39  2              MR. LANGAN:  Right.

15:23:40  3              THE COURT:  And Transocean as the owner and operator of

15:23:43  4   the vessel.

15:23:44  5              MR. LANGAN:  Correct.

15:23:46  6              THE COURT:  And I think we all know what the other roles

15:23:49  7   are.  If I said anything that led you to believe that I meant

15:23:52  8   something beyond that, I did not.

15:23:54  9              MR. LANGAN:  Your Honor, it's possible that I misheard

15:23:57 10   Your Honor, but I just wanted to make sure because there's,

15:23:59 11   obviously, legal implications to that and we didn't want there to

15:24:02 12   be any question.

15:24:03 13              THE COURT:  And beyond my findings and rulings with

15:24:05 14   respect to Cameron's liability, nothing that I've said made any

15:24:09 15   findings with respect to any other party.

15:24:12 16              MR. LANGAN:  Thank you, Your Honor.

15:24:13 17              THE COURT:  Okay.  Any other preliminary matters before

15:24:18 18   we resume testimony?

15:24:22 19              All right.  Mr. Roy.

15:24:23 20              MR. ROY:  Thank you, Your Honor.

15:24:26 21                            CROSS-EXAMINATION

15:24:26 22   BY MR. ROY:

15:24:27 23   Q.  Dr. Beck, I am Jim Roy from Lafayette.  I'm going to be

15:24:30 24   cross-examining you on behalf of the PSC.  I want to talk about --

15:24:34 25              THE COURT:  Let me just say this, since we have some

15:24:37  1    guests here now.

15:24:39  2            Professor Sherman, welcome, you and your class.  And just

15:24:44  3    so you all will know where we are in the trial, we are in the

15:24:48  4    middle or -- or actually near the end of Halliburton's case, and

15:24:55  5    the witness on the stand is Dr. Gene Beck, who is an expert called

15:24:59  6    by Halliburton, okay?

15:25:00  7            All right.  Go ahead Mr. Roy.

15:25:05  8            MR. ROY:  Yes, sir.  Thank you.

15:25:05  9    BY MR. ROY:

15:25:08 10    Q.  Dr. Beck, in looking at TREX-22571 in your -- looking at your

15:25:13 11    CV, you have three degrees, undergraduate degrees, masters, and

15:25:18 12    Ph.D., all from LSU.  And you set forth your academic career and

15:25:25 13    what not quite thoroughly.  I want to talk a little bit more detail

15:25:29 14    about your real world experience after you spent your years of well

15:25:36 15    control research that you did at LSU and what not.

15:25:40 16            First of all, when you were with Tenneco Oil in Lafayette

15:25:44 17    you were a reservoir engineer, is that correct?

15:25:46 18    A.  Yes, sir, that was a summer internship.

15:25:49 19    Q.  And then you became a drilling engineer and a rig supervisor

15:25:53 20    for ARCO Alaska for a period of about six years, correct?

15:25:57 21    A.  Correct.

15:25:59 22    Q.  And then a drilling consultant for Nabors Alaska, right?

15:26:08 23    A.  Correct.

15:26:08 24    Q.  And then a vice-president of Nabors Drilling U.S.A. for about

15:26:08 25    five years where you developed and implemented company-wide well

7166

15:26:10  1   control projects and company-wide drilling policies, correct?

15:26:15  2   A.  Correct.

15:26:15  3   Q.  You then became the vice-president of drilling operations at

15:26:20  4   Gastar, G-A-S-T-A-R, Exploration from '02 to 2011 where you were

15:26:29  5   responsible for drilling and completion engineering and operation

15:26:33  6   supervision, correct?

15:26:33  7   A.  Correct.

15:26:34  8   Q.  And on many of those wells that were deep water, high

15:26:40  9   pressure -- not deep water.  High pressure, high temperature deep

15:26:44 10   wells?

15:26:46 11   A.  Correct.

15:26:46 12   Q.  You're now teaching petroleum engineering at Texas A&M at the

15:26:58 13   petroleum engineering department, right?

15:26:59 14   A.  No, sir.  I left that job in August of 2012.

15:27:03 15   Q.  Are you still a drilling consultant for another oil and gas

15:27:06 16   company?

15:27:06 17   A.  I've actually taken a full-time job for another oil and gas

15:27:10 18   company.  The one that I was a consultant for.

15:27:13 19   Q.  So bottom line is, for decades, you've had real world practical

15:27:18 20   experience involving high temperature, high pressure, deep oil and

15:27:25 21   gas wells?

15:27:26 22   A.  That's correct.

15:27:27 23   Q.  And the risk associated with them at each stage, true?

15:27:32 24   A.  True.

15:27:33 25   Q.  And ways to mitigate or ameliorate those risks, true?

15:27:38  1    A.  True.

15:27:38  2    Q.  Stated differently, you're an experienced hand with high

15:27:44  3    temperature, high pressure, deep oil and gas wells that can be

15:27:50  4    risky, right?

15:27:51  5    A.  I am afraid I have to agree with you on that, sir.

15:27:53  6    Q.  Fair enough.  Let's first start -- and this may be the only

15:28:00  7    question I ask you about cementing.  But I do want to clarify.  Do

15:28:09  8    you recall a discussion wherein Jesse Gagliano claimed that about

15:28:18  9    8 hours and 40 minutes and 500 degrees was enough time for cement

15:28:22 10    to cure on a job like this?

15:28:24 11    A.  I recall somewhat.  You would have to show me the document to

15:28:27 12    make sure.

15:28:28 13    Q.  I am just looking for context.  Do you remember the general

15:28:31 14    discussion?

15:28:31 15    A.  Yes, I do.

15:28:32 16    Q.  Do you remember that you told us in your deposition that you

15:28:37 17    almost always wait at least three times that, 24 hours, to let your

15:28:43 18    concrete set, your cement set in the well?

15:28:45 19    A.  That is correct.

15:28:46 20    Q.  And that's your professional opinion of how long cement should

15:28:53 21    be allowed to set in a well like Macondo, correct?

15:28:57 22    A.  Well, it's my opinion that if a situation of high pressure,

15:29:02 23    high temperature, a complex well situation that you're a lot better

15:29:08 24    off erring to the safe side than trying to press far too soon with

15:29:12 25    your operations.  And I typically would wait 24 hours on production

15:29:17  1    casing.

15:29:17  2    Q.  You almost always wait at least 24 hours?

15:29:20  3    A.  Correct.

15:29:21  4    Q.  You learned the hard way not to do it differently, right?

15:29:24  5    A.  I watched some other people learn the hard way, too.

15:29:27  6    Q.  Fair enough.  Now, toward the end of your examination by

15:29:34  7    Halliburton counsel, there was a discussion about the first

15:29:39  8    evidence of the well flowing at 2105 when you had the demonstrative

15:29:46  9    up with the pit volume analysis.  Do you recall that?

15:29:48  10   A.  Yes, sir.

15:29:49  11   Q.  Is my understanding correct that it's your belief that

15:29:56  12   9:05 P.M. was the time of the first visible signs of well flow?

15:30:03  13   A.  That is my opinion.

15:30:04  14   Q.  That's all I'm asking for, your opinion.  Now, do you have an

15:30:10  15   opinion as to who, if anyone, should have observed that at that

15:30:19  16   time?

15:30:19  17   A.  Well, at that time, when you look at the rig operations that

15:30:22  18   were going on, there were some masking of those signals that

15:30:27  19   weren't clear.  We were just getting into the time where there were

15:30:32  20   several signals coming out of the well.  The signal that I

15:30:36  21   identified was a post incident analysis, so I had to work pretty

15:30:41  22   hard to get to the point where I could see the first evidence of

15:30:46  23   the kick.  So when you start looking at the data, it's pretty hard

15:30:52  24   to see it; particularly, since, in that same timeframe, there were

15:30:57  25   some fluid transfers going on on the rig that masked that first

7169

15:31:01 1    incident.

15:31:01 2    Q.  Well, I just want to be clear.  Are you expressing an opinion

15:31:05 3    or not as to a time that someone on the rig should have seen the

15:31:13 4    well beginning to flow?

15:31:14 5    A.  I think my opinion on that -- no, sir.  It's just I am

15:31:18 6    expressing an opinion on when do you first start looking for

15:31:23 7    evidence.  That's the first time anybody would have been able to

15:31:25 8    see anything.  Now, whether -- I didn't really express an opinion

15:31:28 9    on should they have been able to see that.

15:31:30 10   Q.  Fair enough.  That's all I'm trying to explore.  You expressed

15:31:34 11   no opinion as to what time someone should have seen signs of flow?

15:31:40 12   A.  That's correct.

15:31:41 13   Q.  That's all I wanted to clarify.  Now, I want to touch base on

15:31:47 14   just a few things that are either directly out of your report or

15:31:52 15   paraphrasing your report.  If you have any questions and you want

15:31:54 16   to see a page, you say, "Jim, show it to me on the board," and I'll

15:31:58 17   pull it up.  Fair enough?

15:32:00 18   A.  Fair enough.

15:32:01 19   Q.  It is your opinion that BP's well design was unreasonably risky

15:32:06 20   for Macondo, correct?

15:32:07 21   A.  In my opinion, yes.

15:32:08 22   Q.  And that's primarily because it provided little or no drilling

15:32:14 23   margin for well completion and control, and because it required the

15:32:17 24   use of excessively heavy drilling mud and cementing the lower

15:32:23 25   portion of the wellbore resulting in little or no drilling margin,

15:32:26  1    true?

15:32:27  2    A.  True.

15:32:28  3    Q.  Add to that an additional risk was that the bottom most

15:32:34  4    formations in the well were fragile, true?

15:32:41  5    A.  Yes, sir.

15:32:41  6    Q.  It's also your opinion that margin cannot be maintained --

15:32:51  7    excuse me, that if margin cannot be maintained, a prudent operator

15:33:00  8    should suspend their drilling operations and remedy the situation?

15:33:04  9    A.  That is my opinion.

15:33:05 10    Q.  You also believe that that is the law as enunciated at 30 CFR

15:33:15 11    250.427, correct, Code of Federal Regulations?

15:33:18 12    A.  I am going to be very careful about answering about the law.

15:33:23 13    When I read the code as a practicing engineer, that's my

15:33:26 14    interpretation of the code.

15:33:26 15    Q.  And that's all.  I am not asking you to interpret it, but

15:33:31 16    merely as you as an engineer feel it's supposed to be applied?

15:33:35 17    A.  That was my interpretation when I read that code.

15:33:38 18    Q.  And that was true for April 20th, 2010?

15:33:40 19    A.  That was true, yes, sir, and in the days prior to that when

15:33:44 20    they drilled in to the bottom some.

15:33:46 21    Q.  So stated differently, at what point in time do you believe BP,

15:33:53 22    as a prudent operator, should have suspended its operations and

15:33:58 23    taken remedial measures on this well?

15:34:00 24    A.  In my opinion, the time to do that would have been when they

15:34:04 25    drilled into the bottom zone, began losing fluid to that zone and

7171

15:34:08  1    realized that they had drilled into a pressure regression.  That

15:34:11  2    would have been the point in time to take corrective action.

15:34:14  3    Q.  And that's when -- at the very beginning of your testimony, one

15:34:17  4    of the things you suggested would have been a prudent thing would

15:34:21  5    have been to come on with the additional casing, correct?

15:34:23  6    A.  That's correct.

15:34:24  7    Q.  It's also your opinion that the narrow margins created an

15:34:37  8    extremely unstable and unsafe wellbore that was unsuitable for the

15:34:43  9    reliable installation of casing and the placement of cement, true?

15:34:47 10    A.  True.

15:34:48 11    Q.  In fact, the Macondo well, in your opinion, as drilled was

15:34:54 12    dangerously unstable.  Your words, true?

15:34:56 13    A.  I agree.

15:34:57 14    Q.  Their well design, in your opinion, was unreasonably risky,

15:35:03 15    correct?

15:35:03 16    A.  I agree.

15:35:04 17    Q.  Their well design was overly risky and resulted in repeated

15:35:11 18    violations of the regulations we spoke of?

15:35:14 19    A.  As I read the regulations.

15:35:16 20    Q.  That's your opinion?

15:35:18 21    A.  Yes, sir.

15:35:18 22    Q.  It's also your opinion that BP disregarded risks when choosing

15:35:24 23    the long-string design?

15:35:28 24    A.  I agree with that.

15:35:28 25    Q.  It's also your opinion from what you have seen that you believe

15:35:35  1   there is clear evidence that BP recognized that using a liner would

15:35:39  2   be safer?

15:35:39  3   A.  I would want to go back and review a statement to justify that

15:35:49  4   they saw evidence that it would be safer.  The primary evidence I

15:35:53  5   saw relative to the liner that it would cost more to install.

15:35:57  6   Q.  In your report -- and I'll be glad to take you to the page and

15:36:03  7   the statements made -- BP considered using a liner instead of a

15:36:07  8   long string recognizing that a liner would result in a lower

15:36:10  9   equivalent circulating density and would thus be safer.  Does that

15:36:17 10   refresh your memory?

15:36:17 11   A.  That refreshes my memory in the report.  But, sir, I can't

15:36:21 12   state to the document that I read.  I would have to go back and

15:36:25 13   look at the document.

15:36:26 14   Q.  Is the phrase that I just read still your opinion?

15:36:28 15   A.  I think so, yes, sir.

15:36:29 16   Q.  Fair enough.  Now, BP was making these well design decisions

15:36:35 17   and changes on the fly in those last days prior to the disaster, is

15:36:40 18   that true?

15:36:40 19   A.  That is true.

15:36:41 20   Q.  And you saw e-mails such as TREX-126 from Morel to Miller

15:36:50 21   talking about we flipped design parameters around to the point that

15:36:54 22   I got nervous.  And TREX-795 from John Guide talking about the

15:37:00 23   operations not going to succeed if we continue in this manner, and

15:37:04 24   other documents that satisfied you that the pace of things was

15:37:10 25   moving very, very, quickly?

15:37:12  1    A.  I thought that the well proceeded ahead on several occasions

15:37:20  2    when there were opportunities to remedy the problems in the well

15:37:24  3    and that it proceeded to try to install -- to drill the well and

15:37:33  4    install the -- or complete the well as originally planned.

15:37:38  5    Q.  To you, as a prudent petroleum engineer and manager in the

15:37:42  6    capacities you've been, would you agree, sir, that these were all

15:37:48  7    signs or warnings, if you will, that a risk analysis should be

15:37:55  8    done, a time out taken to analyze just exactly what are we doing?

15:37:59  9    A.  Well, my opinion I think is fairly clear in my report that I

15:38:02 10    thought that there were several instances, and we went over several

15:38:07 11    of them today, where there is an opportunity to stop and fix a

15:38:12 12    problem or an opportunity versus just simply proceeding.  And I

15:38:17 13    didn't see any evidence where any problems that were identified

15:38:21 14    were ever stopped and repaired.

15:38:25 15    Q.  So you agree with the question I posed to you that BP should

15:38:33 16    have stopped and done a risk analysis along the way as these

15:38:40 17    warning signs should have been recognized?

15:38:43 18    A.  I don't know that they didn't do a risk analysis, sir, but they

15:38:49 19    should have recognized that there were repeated warnings in the

15:38:53 20    well that were begging you to stop and reconsider the process that

15:38:56 21    you're going through and do something; primarily, to restore the

15:39:02 22    drilling margin in the well and most specifically to, you know,

15:39:08 23    repair the potential damage that was done on the casing

15:39:11 24    installation and the damage that was identified on the negative

15:39:20 25    pressure test.  I mean, the most critical time to stop and analyze

7174

15:39:23  1  what was going on, of course, was the negative pressure test.

15:39:31  2  Q.  I won't dwell on it, but there is a section in your report,

15:39:34  3  TREX-8140.50 and thereafter, where you talk about BP's

15:39:41  4  misidentification of hydrocarbon bearing zone causing them to place

15:39:51  5  only 167 feet of cement over that zone.  Do you recall what I'm

15:39:55  6  talking about?

15:39:56  7  A.  Yes, sir.

15:39:56  8  Q.  The report is in evidence and speaks for itself.  I just want

15:40:02  9  to hit one point.  In your professional opinion and experience, it

15:40:06  10  is your opinion that that regulation in question, 250.421, is

15:40:13  11  directed at safety and not royalty consideration in terms of the

15:40:18  12  ability of the zone to produce.

15:40:21  13  A.  That is --

15:40:22  14        MR. REGAN:  Object to the question.  This is subject to

15:40:24  15  the Daubert and also outside the scope of his professional

15:40:27  16  expertise.

15:40:30  17        THE COURT:  I'll overrule the objection.  Go ahead, sir.

15:40:32  18        THE WITNESS:  So the presence of that sand, okay, the

15:40:40  19  commercialbility of hydrocarbon zone is not reflective of its

15:40:46  20  ability to be an unsafe zone in a well.  So I think you have to

15:40:50  21  recognize all of the zones that have potential to actually flow

15:40:53  22  whether it be commercial or not into the wellbore.

15:40:55  23  BY MR. ROY:

15:40:56  24  Q.  The issue is can flow affect safety, not whether will the flow

15:41:02  25  be commercially producible?

OFFICIAL TRANSCRIPT

15:41:04  1    A.  I agree with that.

15:41:05  2    Q.  It's your opinion, sir, if I understand it correctly, that BP

15:41:17  3    repeatedly failed to follow its own written practices when

15:41:22  4    operating the Macondo well; is that true?

15:41:23  5    A.  That's true.

15:41:24  6    Q.  Including the temporary abandonment operation, true?

15:41:28  7    A.  True.

15:41:29  8    Q.  I'm sorry, I couldn't hear you?

15:41:35  9    A.  True.

15:41:35  10   Q.  Specifically, BP failed to follow DWOP 3.1.1 when it did not

15:41:42  11   manage risks to the lowest level possible, true?

15:41:44  12   A.  True.

15:41:45  13   Q.  Same thing, different section, different DWOP, BP failed to

15:41:54  14   follow when it did not install two independently tested barriers,

15:41:59  15   true?

15:41:59  16   A.  True.

15:41:59  17   Q.  BP, in your opinion, also failed to follow its own internal

15:42:06  18   policy when it decided not to run a cement bond log, true?

15:42:11  19   A.  True.

15:42:12  20   Q.  And it's your opinion that BP's pattern of conduct rendered the

15:42:19  21   Macondo well a high risk and dangerous well that was described by

15:42:26  22   BP's own engineers as a nightmare, true?

15:42:30  23   A.  True.

15:42:31  24   Q.  It's your opinion that the negative pressure test results

15:42:39  25   indicated with certainty that the well was in communication with

7176

15:42:44  1   the reservoir?

15:42:45  2   A.  And my opinion with certainty, yes, sir.

15:42:49  3   Q.  And it's your opinion that you cannot imagine any circumstance

15:42:54  4   that justified acceptance of the negative pressure test?

15:42:58  5   A.  That is my opinion.

15:42:59  6   Q.  And that a blowout is a known and reasonably foreseeable risk

15:43:09  7   of such reckless disregard of a negative pressure test, correct?

15:43:13  8   A.  I agree with that, yes, sir.

15:43:14  9   Q.  It's also your opinion that both BP and Transocean recklessly

15:43:21 10   attributed the increase in pressure on the drill pipe to the

15:43:25 11   so-called bladder effect?

15:43:28 12        MR. BRIAN:  Objection; calls for legal conclusion, your

15:43:31 13   Honor.

15:43:31 14        THE COURT:  Well, overrule the objection, but the

15:43:35 15   understanding that when the question is posed this is not asking

15:43:39 16   for a legal conclusion.  I am assuming you're going to respond from

15:43:44 17   your engineering standpoint, correct?

15:43:49 18        THE WITNESS:  Correct.

15:43:50 19        THE COURT:  I'll let you answer now.

15:43:52 20        THE WITNESS:  So I don't know.  I don't know what a

15:43:55 21   bladder effect is.  I have never heard of a description of a

15:43:57 22   bladder effect.  I don't believe that there is such a phenomenon in

15:44:03 23   our business, and so accepting the explanation that a bladder

15:44:08 24   effect caused a pressure anomaly I think was totally inappropriate.

15:44:08 25   BY MR. ROY:

15:44:13  1    Q.  Well, my question to you is a little bit different.  Let me

15:44:17  2    explain it a little bit further.  In your profession and in your

15:44:23  3    experience, you have come to judge the competency, good or bad,

15:44:32  4    minimal or great, of company men, correct?

15:44:36  5    A.  Correct.

15:44:36  6    Q.  Of drillers?

15:44:39  7    A.  Correct.

15:44:40  8    Q.  Of various drilling personnel, including supervisors?

15:44:45  9    A.  Correct.

15:44:46  10   Q.  And drilling engineers?

15:44:47  11   A.  Correct.

15:44:48  12   Q.  True?  Is it your opinion that, based on your experience, the

15:44:58  13   attribution of the increase of pressure on the drill pipe on this

15:45:03  14   rig on April 20th to the so-called bladder effect was reckless on

15:45:09  15   the part of Transocean and BP?

15:45:12  16   A.  I think that accepting the bladder effect as an explanation for

15:45:17  17   the pressure anomaly, I can't understand it.  I don't understand

15:45:22  18   how a person could get to that point.  And it's my opinion that the

15:45:26  19   person in control of the rig, who would be the company man, has to

15:45:30  20   have the ability to know that that was not a technically viable

15:45:40  21   explanation of the pressure response that they were looking at.

15:45:43  22   Q.  In your report don't you say, "In performing the negative

15:45:49  23   pressure test, BP and Transocean recklessly attributed the increase

15:45:52  24   in pressure on the drill pipe to the so-called bladder effect"?

15:45:56  25   A.  I think I probably said both of those together.  I think my

15:46:00  1    recollection now is that, of course, Transocean used that, that

15:46:06  2    explanation of the phenomenon, but it's, in my opinion, directly

15:46:12  3    incumbent upon the company man to make the final decision.  And who

15:46:19  4    really bears the responsibility, in my opinion, is the company man

15:46:22  5    that accepted that explanation of what happened at the negative

15:46:26  6    pressure test.

15:46:26  7    Q.  Do I need to pull that page up from your report?  You're not

15:46:31  8    denying that you said --

15:46:33  9    A.  I am not denying that I said it.  I just want a clarification

15:46:37  10   that I do think that there's still a differentiation that there is

15:46:40  11   a higher level of responsibility at the company man level.  They're

15:46:45  12   there to make that decision.

15:46:46  13   Q.  But in your report you apply it to both, TO and BP?

15:46:50  14   A.  I think in other parts of my report, though, I do use the term

15:46:54  15   to a lesser extent when referring to Transocean, and that's because

15:46:59  16   I hold the company man to the highest standards for making the

15:47:03  17   interpretations.

15:47:03  18   Q.  But regardless, you still applied the term "reckless" to both

15:47:07  19   in your report?

15:47:08  20   A.  I did.

15:47:09  21   Q.  Fair enough.  Now, is it also your opinion that once the

15:47:16  22   displacement proceeded after the negative pressure test, that the

15:47:18  23   risk and eventual certainty of a blowout increased dramatically on

15:47:24  24   a minute by minute basis?

15:47:25  25   A.  I don't remember using the term "certainty," but I definitely

15:47:28  1   the risk.  And I apologize, if it's in my report, I'll stand behind

15:47:31  2   it.  But the risk of a blowout increased rapidly once the

15:47:37  3   displacement continued after the negative pressure test because the

15:47:41  4   well, then, started flowing shortly thereafter.  And every minute

15:47:46  5   that that well flowed, the higher the risk of a blowout.

15:47:49  6   Q.  Fair enough.

15:47:50  7        MR. ROY:  Carl, pull up TREX-8140.103, please.

15:47:50  8   BY MR. ROY:

15:47:58  9   Q.  Read the sentence that's highlighted from your report, would

15:48:01 10   you?

15:48:01 11   A.  Says, "Once the displacement proceeded following the negative

15:48:04 12   pressure test, the risk and eventual certainty of a blowout

15:48:07 13   increased dramatically on a minute-by-minute basis."

15:48:10 14   Q.  We can agree that's the statement you used in your report?

15:48:14 15   A.  If I had a chance to word doctor it, I probably -- the

15:48:21 16   certainty piece might be backed off of a little bit.

15:48:23 17   Q.  But that's what you said in the report?

15:48:24 18   A.  I did say that in the report.

15:48:25 19   Q.  And you felt it was true when you wrote the report?

15:48:28 20   A.  I did, yes.

15:48:29 21   Q.  Fair enough.  BP's decision to displace to seawater after a

15:48:34 22   failed negative pressure test, in your opinion, was also reckless?

15:48:41 23   A.  I agree.

15:48:43 24   Q.  That decision was especially reckless because BP could have

15:48:50 25   displaced with 17 PPG drilling mud instead of seawater?

7180

15:48:56  1   A.  My report does present the fact that it's not necessary to

15:49:04  2   underbalance the well to seawater in this condition, that you can

15:49:09  3   place heavy mud in the well, prevent it from ever being

15:49:12  4   underbalanced, and being a much safer condition to proceed with the

15:49:17  5   temporary abandonment.

15:49:19  6   Q.  Is there any reason, from an engineering standpoint, a

15:49:23  7   petroleum engineering standpoint, that, had BP chosen to do so, it

15:49:31  8   could not have temporarily abandoned the well, displaced with

15:49:38  9   drilling mud instead of with saltwater?

15:49:42  10  A.  There is no reason that that was unachievable.  That operation

15:49:46  11  could have been performed.

15:49:47  12  Q.  Is it your understanding from what you've seen that the reason

15:49:52  13  why BP chose to underbalance the well during the temporary

15:49:58  14  abandonment procedure with saltwater was to save time and money

15:50:03  15  when they came back to produce the well?

15:50:08  16  A.  I think the savings --

15:50:10  17  Q.  Complete the well, I apologize.

15:50:12  18  A.  I think that the operations -- I think the savings were both

15:50:19  19  the day of the blowout trying to move forward with abandonment

15:50:24  20  procedure and with the expectation when they got back on the well

15:50:27  21  they would be able to deal with any problems at that point in time.

15:50:30  22          MR. ROY:  Let's pull up D-2445, Carl.

15:50:30  23  BY MR. ROY:

15:50:36  24  Q.  This is a demonstrative that's been used at least once or twice

15:50:40  25  in the course of this trial.  And in your report, TREX-8140, at

OFFICIAL TRANSCRIPT

7181

15:50:50  1    8140.26.27 and .28 you list about 14 changes BP made without using

15:50:59  2    its management of change process.  Do you recall that in your

15:51:02  3    report?

15:51:02  4    A.  Yes, sir.

15:51:03  5    Q.  I don't want to go to all 14 of them, but I do want to focus on

15:51:10  6    this more condensed version, this demonstrative that we've earlier

15:51:15  7    used.  First, let's rule out, at the very bottom, converting lower

15:51:20  8    ram on the BOP to the test ram.  You express no opinions whatsoever

15:51:23  9    on the BOP or that particular topic?

15:51:25 10    A.  That is correct.

15:51:26 11          MR. ROY:  So can we take that off, Carl or is that asking

15:51:31 12    too much?  Cool.

15:51:31 13    BY MR. ROY:

15:51:33 14    Q.  So we have ten items up here remaining on this Demonstrative

15:51:38 15    2445.  Take a moment to look through them.  I don't believe you're

15:51:42 16    a stranger to any of them from your own report.  They're just

15:51:46 17    restated in a bit different fashion.  Let's start with the first.

15:51:51 18    Can we agree not using the number of centralizers, I believe, it

15:52:00 19    was 21 that was recommended that that increased the risk -- using a

15:52:06 20    fewer number increased the risk on the Macondo?

15:52:10 21    A.  I agree with that.

15:52:11 22    Q.  When I say "increased risk," every time I use that, I mean in

15:52:16 23    the context of a well control event or even possibly a blowout.

15:52:22 24    You understand that?

15:52:23 25    A.  And I need to make sure that when we talk about risk that when

15:52:29  1    I say it increased the risk, you can increase the risk without

15:52:34  2    having a negative outcome from increasing the risk.

15:52:37  3    Q.  Sure.

15:52:38  4    A.  It just becomes more likelihood of something going wrong.

15:52:42  5    Q.  Right, it's a risk balancing issue, right?

15:52:45  6    A.  So when we talk about risk, when you're trying to manage your

15:52:48  7    risk on a drilling rig, there's nothing ever certain on a drilling

15:52:52  8    rig.  Even the most simple operations out there, we're always

15:52:57  9    managing risks, and you're trying to push it in your favor.  So

15:53:01 10    when you look at choosing the number of centralizers, the more

15:53:03 11    centralizers that you do run, the better chance you do have of

15:53:08 12    having a good cement job.

15:53:10 13    Q.  Maybe a better way to do this is, let's go through all ten of

15:53:16 14    these.  The first is not using the correct number of centralizers.

15:53:21 15    The second is not waiting for a foam stability test.  The third is

15:53:26 16    not running a cement bond log.  The fourth is using a spacer made

15:53:31 17    from lost circulation materials.  The fifth is displacing the riser

15:53:37 18    before setting the cement plug.  Displacing the well to over

15:53:43 19    3,000 feet below the mudline.  Not installing additional physical

15:53:46 20    barriers during temporary abandonment.  Next, not circulating

15:53:52 21    bottoms up prior to the cement job.  Next, using long-string casing

15:53:57 22    instead of a liner.  And next, performing simultaneous operations

15:54:02 23    during displacement.  You agree I have read all ten of these?

15:54:06 24    A.  You have read all ten of those, yes.

15:54:09 25    Q.  Do you agree together these ten things increased the risk of

7183

15:54:18  1    loss of well control on the Macondo?

15:54:20  2    A.  I think the only one that I would reserve an opinion on is the

15:54:25  3    second one about not waiting for the foam stability test.  I don't

15:54:28  4    really remember issuing any kind of opinion on that particularly in

15:54:33  5    my report.

15:54:33  6    Q.  Fair enough.

15:54:35  7         MR. ROY:  Carl, can we remove the second one, not waiting

15:54:38  8    for foam stability test?

15:54:38  9    BY MR. ROY:

15:54:40  10   Q.  Other than that, the nine items listed on D-2445 after removing

15:54:48  11   the BOP one and removing the foam stability, do you agree and is it

15:54:55  12   a fair statement of your opinions that together these decisions

15:54:59  13   increased the risk of a blowout on the Macondo well?

15:55:03  14   A.  I believe that those items individually and as a whole did

15:55:10  15   increase the risk of a blowout, yes.

15:55:12  16   Q.  And when we talk about risk, materially increased the risk,

15:55:17  17   correct?

15:55:17  18   A.  It changed the likelihood of a blowout event happening on the

15:55:24  19   well.

15:55:25  20   Q.  To make it more likely?

15:55:27  21   A.  And made it more likely.

15:55:29  22   Q.  And that each of these decisions not only increased the risk of

15:55:33  23   a blowout making it more likely, but each of these decisions also

15:55:40  24   saved BP time or money in your professional opinion?

15:55:54  25   A.  I mean, in each event that -- in each event the decision that

7184

15:56:01  1    was made did result in a time and cost savings.

15:56:09  2                    MR. ROY:  I have no further questions.  Thank you, sir.

15:56:11  3                    THE COURT:  All right.  United States.

15:56:16  4                    MR. REGAN:  Your Honor, I don't think there's any

15:56:18  5    adversity between the U.S. and Halliburton.

15:56:21  6                    MR. UNDERHILL:  There is a bit of adversity between the

15:56:24  7    United States and BP and that's where I am going.

15:56:26  8                    MR. REGAN:  Understood, but I thought we were going to

15:56:28  9    have one direct exam and cross and that's the issue is --

15:56:32  10                   THE COURT:  The issue is, I think we went through this on

15:56:35  11   the very first witness maybe in the trial, that first couple of

15:56:40  12   witnesses somewhere along the line, that there's not -- there's not

15:56:44  13   complete alignment between -- any longer between the United States

15:56:48  14   and the other plaintiffs in the case.

15:56:50  15                   MR. REGAN:  Right, but on this issue, your Honor, there

15:56:53  16   is.  There is alignment with respect to this.

15:56:56  17                   THE COURT:  Regardless, I am going to let Mr. Underhill

15:56:59  18   ask questions.

15:57:03  19                   MR. UNDERHILL:  We're happy to change our differences,

15:57:05  20   but it hasn't happened yet.

15:57:10  21                            CROSS-EXAMINATION

15:57:10  22   BY MR. UNDERHILL:

15:57:11  23   Q.  Dr. Beck, good afternoon.

15:57:12  24   A.  Hi.

15:57:12  25   Q.  Dr. Beck, following your own attorney, Mr. Hill and Mr. Roy,

7185

15:57:17  1    it's sort of like Tulane law students arriving to the banquet.

15:57:22  2    After they've been through.  There's not much left for me to ask

15:57:26  3    which will please my colleagues at BP and the Court as well.  And

15:57:30  4    we welcome our Tulane law students.

15:57:32  5         Dr. Beck, I am going to focus exclusively on the FLOAT

15:57:35  6    collar.  That's the only place I am going to go and Mr. Hill took

15:57:38  7    care of most of my questions for me, so I think I can be brief.

15:57:41  8         As an overview, have you read the Bly report put out by BP's

15:57:46  9    internal investigation?

15:57:47 10    A.  Yes, I have.

15:57:47 11    Q.  And just a wild stab here.  Are you familiar with their, what

15:57:51 12    we've colloquially called, the Swiss cheese model on page 32 of

15:57:57 13    their report?

15:57:58 14    A.  Yes.

15:57:58 15    Q.  And I am going to be talking about that second part, that

15:58:01 16    second slice of that model.  That's the FLOAT collar, got me?

15:58:03 17    A.  Okay.

15:58:04 18         MR. UNDERHILL:  Ms. Miller, could you kindly put up our

15:58:08 19    first demonstrative, which is TREX-8140.68.1.U.S.

13:42:02 20    BY MR. UNDERHILL:

15:58:14 21    Q.  And this is going to be familiar to you, sir.  This is actually

15:58:19 22    from your report, it's figure 12.  Very brief questions.  If I

15:58:25 23    understood your testimony --

15:58:27 24         MR. REGAN:  I think we're getting cumulative.  I think

15:58:29 25    we've seen the exact chart.

15:58:32 1          MR. UNDERHILL:  I can probably ask the questions faster

15:58:35 2   than the objections.

15:58:36 3          THE COURT:  The chart we've seen before, but I don't know

15:58:38 4   if we've heard the question before since I haven't heard it yet.

15:58:42 5          MR. REGAN:  Fair enough.

15:58:43 6          MR. UNDERHILL:  Thank you.

15:58:44 7   BY MR. UNDERHILL:

15:58:45 8   Q.  Just go to the one on the right.  In order to convert the float

15:58:48 9   collar and allow it to function as it was designed, the pressure

15:58:53 10  had to reach, I think your testimony was, five- to eight-barrels a

15:58:59 11  minute and circulating from 5 to 700 psi, correct?

15:59:07 12  A.  That's right.  In an undisturbed situation and an as-designed

15:59:10 13  situation, that float collar was designed to circulate through

15:59:13 14  those ports.  The pressure, built across the ball by flowing

15:59:17 15  through those ports, would pump or force that tube out.  So you

15:59:23 16  would need to meet the flow rate -- primarily the flow rate and the

15:59:30 17  corresponding pressure that was achieved at the flow rate.  And the

15:59:34 18  flow rate lets you achieve the pressure.  The pressure forces the

15:59:37 19  tube out of the float collar.

15:59:39 20  Q.  So to jump way ahead, when BP's well site leader or well site

15:59:43 21  leaders, whether it was one or two or both of them, when they

15:59:46 22  declared the float collar converted and they proceeded to pump the

15:59:51 23  cement job and the production casing, they were aware of the fact

15:59:55 24  that they had not achieved either the pump rate or the volume that

16:00:00 25  was necessary, according to Weatherford's specifications, to

16:00:04 1    convert that float collar, correct?

16:00:06 2    A.  That's my opinion, yes.

16:00:08 3    Q.  And, in fact, I'm not going to put it up unless you need to see

16:00:12 4    it, I believe that those numbers you cited for both the barrels

16:00:15 5    needed to circulate and the pressure you needed to have, those

16:00:20 6    actually came from Weatherford's specifications, the manufacturer

16:00:24 7    of that float collar, correct?

16:00:26 8    A.  That is correct.

16:00:26 9    Q.  So that didn't come from an expert that was hired by anybody,

16:00:29 10   it didn't come from an expert hired by BP or, for that matter, the

16:00:33 11   United States or the PSC, that came from the people that

16:00:37 12   manufactured that piece of equipment, correct?

16:00:39 13   A.  That is correct.

16:00:42 14             MR. UNDERHILL:  You can probably keep -- actually, take

16:00:43 15   that down.  If you could put up, please, Ms. Miller,

16:00:48 16   TREX-08140.71.5.U.S., please.

13:42:02 17   BY MR. UNDERHILL:

16:00:57 18   Q.  We're going to be looking at it now from a little bit different

16:01:00 19   perspective, not what it would take to convert it, but what it

16:01:04 20   might take to break it, okay?

16:01:13 21             This is a page from your report.  Are you familiar with

16:01:16 22   that, sir?

16:01:17 23   A.  Yes.

16:01:17 24   Q.  And for the record, could you read it, please?

16:01:20 25   A.  Says, "Clawson checked with Weatherford engineering and told

16:01:24 1   Morel that BP could pressure up as high as 6,800 psi; however,

16:01:30 2   Clawson also stated that the ball would pass through the auto-fill

16:01:34 3   tube without converting the floats at 1,300 psi.  Despite this

16:01:39 4   warning, BP continued its risky brute force attempts to convert the

16:01:44 5   float collar."

16:01:44 6   Q.  Are you aware that the Morel that's spoken of there, are you

16:01:48 7   aware that he's a BP employee, or he was at that time?

16:01:50 8   A.  Yes.

16:01:50 9   Q.  And are you aware that when he was having that conversation

16:01:54 10  with Clawson, who's from Weatherford, that Morel was actually on

16:01:58 11  the rig at that time?

16:01:59 12  A.  I'm aware of that.

16:02:00 13  Q.  Having that knowledge, having that knowledge, did they ever

16:02:08 14  nevertheless to try to proceed or declare the float collar

16:02:11 15  converted?

16:02:11 16  A.  Yes, they did.

16:02:13 17  Q.  And I am not going to put up it up unless you need it, but in

16:02:19 18  addition to Mr. Morel, in fact, there's a Morel e-mail that says, I

16:02:21 19  believe it's quoted, "Yah, we blew it at 3140, still not sure what

16:02:25 20  we blew yet."  Do you remember that one?

16:02:26 21  A.  I do.

16:02:27 22  Q.  That's the same Mr. Morel, is it not?

16:02:30 23  A.  Yes, sir.

16:02:30 24  Q.  You also had another exhibit up.  I won't put it up unless you

16:02:32 25  need it.  This was from Mr. Hafle, "Shifted out at 3140 psi or so

16:02:37  1    we hope."  Do you remember that?

16:02:38  2    A.  I do.

16:02:38  3    Q.  Are you aware that Mr. Hafle was shoreside for BP, and he's the

16:02:43  4    senior drilling engineer, the senior drilling engineer on this

16:02:47  5    project, Macondo?  Are you aware of that?

16:02:48  6    A.  Yes.

16:02:49  7    Q.  Were you aware that Mr. Kaluza, I believe --

16:02:52  8             Were you here for Mr. Chaisson's testimony last week?

16:02:56  9    A.  No, I was not.

16:02:57  10   Q.  Are you aware that Mr. Chaisson testified that Kaluza said to

16:03:00  11   people on the rig floor, when they were doing this process, that he

16:03:02  12   also said that he feared they blew something?  Are you aware of

16:03:05  13   that?

16:03:06  14   A.  I am not aware that he said that in testimony last week, but I

16:03:09  15   did see e-mails where he said -- made a similar statement.

16:03:12  16   Q.  So despite the fact that the data that they all had before them

16:03:17  17   that they had not achieved the pressure or the pump rate to convert

16:03:20  18   it, despite the fact that Morel had been told by the manufacturer

16:03:25  19   of the equipment that you could blow the tube out the bottom at

16:03:29  20   1,300 psi, and despite the fact that they were all aware if they

16:03:33  21   pressured up to 3,142 psi, they, nevertheless, made the decision to

16:03:40  22   say "float collar converted," correct?

16:03:43  23            MR. REGAN:  Object to that, Your Honor, as argumentative

16:03:44  24   and also misstates.

16:03:46  25            THE COURT:  Overruled.  Do you remember the question?

16:03:51  1          THE WITNESS:  No, I've forgotten it already.

16:03:54  2          MR. UNDERHILL:  Probably means it's too long.

16:03:57  3   BY MR. UNDERHILL:

16:03:58  4   Q.  First of all, they were aware that they hadn't achieved the

16:04:01  5   pump and circulation rates to convert the float collar according to

16:04:04  6   Weatherford specs, right?

16:04:05  7   A.  Yes.

16:04:06  8   Q.  Second, they knew -- or at least Morel knew that he had been

16:04:10  9   told that they could blow the ball out of the bottom of the tube at

16:04:13 10   1,300 psi; they were also aware that they had actually pressured up

16:04:16 11   to 3,142 psi, correct?

16:04:19 12   A.  Correct.

16:04:19 13   Q.  Despite that knowledge, despite that data, they nevertheless

16:04:24 14   proceeded, one or two or both of them, well site leaders, to

16:04:28 15   declare the float collar converted?

16:04:30 16   A.  That's correct.

16:04:30 17   Q.  In other words, they --

16:04:34 18          THE COURT:  Let me ask something here because it reminded

16:04:38 19   me I wanted to ask this earlier.

16:04:38 20          MR. UNDERHILL:  Sure.

16:04:40 21          THE COURT:  Dr. Beck, you mentioned -- I want to make

16:04:42 22   sure I understand something you said, I think on direct

16:04:45 23   examination.  That, in your opinion, there was a -- I am not sure

16:04:50 24   whether you meant or whether you said there was a different type of

16:04:55 25   float collar or valve that could have been used or a different

16:04:59  1  method or time in which it could have been converted or should have

16:05:03  2  been converted.  Can you explain that to me?

16:05:08  3           THE WITNESS:  So there was a different time at which it

16:05:11  4  could have been converted.  It could have been converted prior to

16:05:14  5  the casing being run into the bottom portion of the well, what we

16:05:17  6  call the open hole section, the section that had just been drilled.

16:05:21  7  You can stop before you enter the open hole with the casing and

16:05:28  8  effect the conversion at that point.

16:05:31  9           THE COURT:  And there would have been some advantage to

16:05:33 10  that, in your opinion?

16:05:34 11           THE WITNESS:  Well, when you do that, you can actually

16:05:35 12  take the opportunity to check to see if the float equipment is

16:05:39 13  actually working.  There's a fairly simple procedure you can run

16:05:43 14  through to see if the float equipment is working.

16:05:45 15           THE COURT:  Okay.  Thank you.

16:05:47 16           MR. UNDERHILL:  Thank you.

16:05:48 17  BY MR. UNDERHILL:

16:05:49 18  Q.  And you've also seen this -- I have a little bit different tack

16:05:52 19  than taken than Mr. Hill.  It's your figure 15, which is the

16:05:55 20  tube -- or I should say the ball blowing out the bottom of the

16:06:00 21  tube.

16:06:00 22           Now, at least one of the bases that the BP well site leaders

16:06:06 23  used to determine they had, in fact, converted the float collar is

16:06:10 24  that they established circulation, correct?

16:06:12 25  A.  Correct.

7192

16:06:12 1    Q.  Now, in other words, they had this blockage that caused them to

16:06:17 2    ramp up nine different times to the ultimate pressure of 3,142,

16:06:21 3    correct?

16:06:21 4    A.  Correct.

16:06:22 5    Q.  And then when that pressure broke, or however you want to

16:06:25 6    phrase it, they determined they now had circulation, that was

16:06:29 7    consistent with float collar having converted, right?  I mean, that

16:06:35 8    was their understanding?

16:06:36 9    A.  Their interpretation was that they were circulating at

16:06:39 10   four-barrels a minute, that since the pressure had dropped from

16:06:45 11   3,100 to, you know, just a few hundred psi.  By proceeding at that

16:06:50 12   point in time, never changing the flow rate, I mean, I have to read

16:06:54 13   into it that they assumed that the float collar had converted.

16:06:59 14   Q.  But now that same observation they had, that they now achieved

16:07:03 15   circulation, that's also consistent, is it not -- and I think this

16:07:07 16   is in your report -- with what's on the screen there, with the ball

16:07:10 17   having blown out the bottom of the tube?  That would also establish

16:07:14 18   circulation, correct?

16:07:14 19   A.  Yes, sir, that's correct.  And it all comes down to where the

16:07:21 20   casing was plugged.  Was it plugged at the float collar?  Was it

16:07:25 21   plugged at the guide shoe?  Was it plugged at both?  And my

16:07:32 22   opinion, reading the responses of the BP people, the basic

16:07:38 23   assumption was that the plugging was at the guide shoe, and I'm not

16:07:42 24   sure that they ever really conceived that the plugging could have

16:07:47 25   been someplace else in the well.

16:07:49  1   Q.  In any event, their determination, if that's what it was, that

16:07:53  2   they achieved circulation, at least another possibility for

16:07:56  3   achieving circulation would be the ball having blown out the bottom

16:08:00  4   of the tube?

16:08:01  5   A.  Exactly.

16:08:01  6   Q.  And I think we calculated, I think in your report I think it's

16:08:04  7   page 74, you calculated, and I'm quoting, 375 psi is consistent

16:08:10  8   with circulation through a nonconverted float collar with a tube in

16:08:15  9   place, but with the ball and ball seat blown out, correct?

16:08:19 10   A.  Correct.

16:08:20 11   Q.  Got it.  Now, they also, I think -- if I am correct, they also

16:08:26 12   used another -- I don't know if you want to call it a test or what,

16:08:30 13   a bleedback of pressure to try to determine whether the float

16:08:34 14   collar converted.  Do you recall that?

16:08:36 15   A.  Correct, yes.

16:08:37 16   Q.  It was unclear to me -- I think I got it from your report --

16:08:40 17   but try and educate me again and the Court if you would, what that

16:08:44 18   test was, how you do it.

16:08:45 19   A.  So following a cement job when your cement is pumped into

16:08:49 20   place, cement generally is heavier than the drilling fluid on a

16:08:55 21   typical well.  So the process that you would follow on a standard

16:09:00 22   well would be to pump the cement into place, the cement would be

16:09:04 23   trapped below the float collar, and it would be lifted up -- far up

16:09:09 24   the annulus above the float collar so that that cement is

16:09:13 25   generating a pressure back against the float collar.

16:09:16   1          So if you bleed -- if you open your drill pipe up or
16:09:19   2    where you open your casing up, if the floats are holding, you won't
16:09:24   3    get any results of opening the casing up.  All you're going to do
16:09:27   4    is bleed a little bit of mud out that was associated with
16:09:30   5    compressing the mud as you pumped it.  But the cement is not going
16:09:34   6    to be flowing backwards through the float collar.  So when you do
16:09:37   7    the process called checking the floats, I think that's what you're
16:09:41   8    quizzing me on --
16:09:42   9    Q.  Yes.
16:09:43  10    A.  -- so the process of quizzing the float is very simply to open
16:09:46  11    the inside of the casing up and look to see if the well is flowing
16:09:50  12    back up the casing.
16:09:51  13    Q.  Thank you very much.  That was good.
16:09:53  14          In order for that testing process to work out, to give
16:09:56  15    you a valid result, there has to be a sufficient differential
16:10:02  16    pressure?  That is, the pressure exerting from the reservoir and
16:10:06  17    the annulus, the back side, down, up around the corner, up through
16:10:09  18    the casing has to be greater than the hydrostatic pressure putting
16:10:14  19    down on the wiper plugs, right --
16:10:15  20    A.  Correct.
16:10:16  21    Q.  -- in order for that process to occur?
16:10:17  22    A.  Correct.  Now, in this situation, I just want to correct one
16:10:21  23    term you used.  You said pressure coming from the reservoir.  That
16:10:25  24    should have nothing to do at this point in time.  In the context of
16:10:28  25    the cement job, the pressure in the wellbore has balanced or

16:10:32  1   overbalanced the pressure in the reservoir, so there is no flow

16:10:34  2   occurring.  All of the pressure is hydrostatic pressure from the

16:10:37  3   outside of the casing balancing the hydrostatic pressure on the

16:10:41  4   inside of the casing.

16:10:41  5   Q.  If that's the only mistake I make today, I will call it a good

16:10:45  6   day.  Okay.  Probably have some more coming.  Thank you.

16:10:48  7          Now, let's look at -- and I think you have this in your

16:10:51  8   report, if I am not mistaken, at page 79.  The pressures that

16:10:56  9   existed on the well when they were performing this bleed-back test,

16:11:00 10   were the differential pressures sufficient to give the test any

16:11:05 11   validity as a way of determining conclusively that, in fact, the

16:11:09 12   float collar had converted and the checked valves were holding?

16:11:13 13   A.  It was my opinion in the report that as designed -- that if

16:11:17 14   everything was intact, that as designed when the cement was placed

16:11:20 15   in the wellbore, the standard process of checking the floats would

16:11:27 16   not have been sufficient to indicate whether the floats had,

16:11:30 17   indeed, been engaged.

16:11:32 18   Q.  And are you aware that your opinion is shared by United States'

16:11:38 19   cement expert, Mr. Benge, and -- and also shared by my colleague's

16:11:45 20   BP's expert, Dr. Calvert, are you aware that he shares that same

16:11:49 21   opinion, that is, that the differential pressure was not sufficient

16:11:52 22   to give that test validity to try to determine that, in fact, the

16:11:57 23   floats had converted and the check valves were functioning

16:12:00 24   properly?

16:12:00 25   A.  Well, I am not sure that I remember that everybody agreed with

16:12:03  1    me on that, but I'm sure glad to hear it right now, so...

16:12:08  2    Q.  And I won't bore you with their testimony, you have it, but

16:12:12  3    Dr. Benge's is in and Dr. Calvert's report is in, and I'm sure if

16:12:16  4    somebody challenges me, we will figure out a way to resolve that.

16:12:20  5            Now, let's look at solutions.  They declared the float

16:12:23  6    collar converted.  Eventually something, we know, didn't work out

16:12:28  7    right.  We're here today, after all.  If they instead -- "they"

16:12:33  8    being the well site leaders for BP -- said, "Look, we don't know if

16:12:38  9    this thing is working right or not, maybe it converted, maybe it

16:12:42 10    didn't, maybe it's broken, maybe it's not, but I am going to assume

16:12:49 11    the worst case scenario and assume that it isn't working properly,"

16:12:52 12    okay?

16:12:52 13            One, I think, solution that Judge Barbier asked you a

16:12:59 14    question about a moment ago, one solution would have been to run an

16:13:01 15    additional check valve down the casing?  That's one solution they

16:13:04 16    could have followed, right?

16:13:05 17    A.  That is correct.

16:13:07 18    Q.  There are some other things they can do too, and I think this

16:13:10 19    is in your report, page 79.  They could pump mud back into the

16:13:14 20    casing, rebump the plugs, achieve basically a state of equilibrium,

16:13:22 21    the hydrostatic pressure pushing down on the wiper plugs and the

16:13:25 22    hydrostatic pressure pushing back from the back side of the annulus

16:13:29 23    up, and basically held it there, held the cement through that

16:13:33 24    pressure balance for a period of time to allow the cement to cure,

16:13:37 25    right?

16:13:37 1    A.  That is the standard cure for a failed float shoe or float

16:13:43 2    collar.  So when float collars do fail and you see flow back

16:13:47 3    through the casing, the standard cure is to go ahead and rebump the

16:13:54 4    plug and put pressure on the well and wait a period of time for the

16:13:57 5    cement to harden.

16:13:57 6    Q.  Now, I think you expressed an opinion in your report as to how

16:14:02 7    long you felt at least industry standards would dictate that they

16:14:07 8    would allow this state of equilibrium to exist to allow the cement

16:14:10 9    to harden, to set up.  Do you recall what that figure was?

16:14:13 10   A.  Yeah.  I'm almost positive in my report I said 24 to 48 hours

16:14:18 11   because when you have a problem with your float equipment and your

16:14:23 12   floats didn't hold, you want to make very certain that you wait

16:14:28 13   long enough for the cement to set up because you're counting on it

16:14:31 14   as a barrier in that situation.

16:14:33 15   Q.  So if we assume that hypothetically that we had a problem with

16:14:36 16   our cement and it wasn't getting hard fast enough, wasn't setting

16:14:40 17   up fast enough, if we assume hypothetically that our float collar

16:14:45 18   hadn't converted and wasn't functioning to serve its designated

16:14:48 19   purpose, the process you've described would have given them at

16:14:52 20   least 24 hours, if they waited that long, or I think you said up to

16:14:55 21   48 hours, to let the cement do what it's supposed to do, which is

16:15:00 22   set up, provide a barrier to hydrocarbons entering into the annulus

16:15:04 23   and eventually the well casing and eventually blowing up in the

16:15:08 24   rig, right?

16:15:09 25   A.  Correct.

16:15:09  1    Q.  But they didn't do that, did they?

16:15:12  2    A.  No, they did not.

16:15:13  3    Q.  And I think you indicated in your report you felt in your

16:15:16  4    opinion that what they did there was they, by not waiting that

16:15:19  5    length of time, perhaps there were other reasons, but they saved

16:15:23  6    time and more importantly they saved money, correct?

16:15:30  7    A.  I'm certain I expressed that opinion in my report, yes, sir.

16:15:34  8    Q.  Almost done.  I believe, then, in your direct testimony with

16:15:41  9    Mr. Hill, I believe you actually expressed the opinion that the

16:15:45 10    float collar broke or was damaged somehow.  I want you to leave

16:15:50 11    that opinion aside, okay?  I am not going to ask you whether the

16:15:54 12    float collar broke, whether it was damaged, whether the ball blew

16:16:00 13    out the bottom or what.

16:16:02 14         I want you to take that opinion as to whether it broke or

16:16:05 15    not, put it in a bucket, take that bucket, open the back door, put

16:16:09 16    it on the porch.  Somebody else wants to pick it up and bring it

16:16:12 17    back in the house, they're more than welcome to do it.  You got me

16:16:16 18    so far?  That's outside the door.

16:16:18 19         MR. REGAN:  I think I might have lost you.

16:16:21 20         MR. UNDERHILL:  It's -- the back door is that way, screen

16:16:24 21    door first.

16:16:25 22         MR. REGAN:  We've had a lot of buckets in this case.

16:16:28 23         THE WITNESS:  There's a lot of buckets in this case.

16:16:34 24         MR. GODWIN:  That's enough about buckets, Judge.

16:16:37 25         MR. UNDERHILL:  You be quiet, you're almost done.

16:16:37  1          THE COURT:  I don't think Mr. Godwin wants to talk about

16:16:41  2    buckets.

16:16:41  3          MR. GODWIN:  No, I don't want to talk about buckets.  I

16:16:43  4    was just hoping nobody else did today.  I've kept my head down

16:16:48  5    today, Judge.

16:16:48  6          THE COURT:  I noticed that.

16:16:50  7    BY MR. UNDERHILL:

16:16:50  8    Q.  So whether it's in the bucket or lying on the floor or

16:16:51  9    whatever, why don't you leave that opinion aside.  But, instead,

16:16:52 10    what I want to ask you is if you have an opinion as to whether, in

16:16:57 11    view of the data that BP's well site leaders had at the time when

16:17:02 12    they declared the float collar converted -- for example, the pump

16:17:06 13    rates, the pressures, the concerns expressed by Mr. Kaluza,

16:17:11 14    expressed by Mr. Hafle, the concerns expressed by Mr. Morel -- in

16:17:17 15    view of that data and those facts, do you have opinion as to

16:17:22 16    whether a prudent operator such as BP should have assumed that the

16:17:27 17    float collar had converted and then proceeded almost immediately

16:17:33 18    with cementing of the production casing and, within 10 hours,

16:17:38 19    conducting the positive pressure test and, within 16 hours of the

16:17:42 20    job, conducting the negative pressure test?  Do you have an opinion

16:17:46 21    as to whether that would be a prudent action or not?

16:17:50 22    A.  I mean, my opinion -- and I stated it I think fairly clearly in

16:17:55 23    my report or very clearly in my report -- was that that was an

16:18:00 24    opportunity to take some time, investigate whether or not the float

16:18:04 25    equipment had converted to the best of your knowledge, and at the

16:18:07 1   very least be cautious after the cement job and during the

16:18:12 2   subsequent testing of the well, be aware that any anomalies could

16:18:17 3   support the conclusion that there was a problem with the float

16:18:22 4   collar conversion and a potential problem in the wellbore.

16:18:27 5           You have to raise your awareness -- even if you proceed

16:18:30 6   and you follow your path, when you come to the testing phase of the

16:18:34 7   well, you have to be aware of all of the things that had raised

16:18:39 8   issues just prior to this and be cognizant of that when you're

16:18:44 9   conducting the test.

16:18:45 10  Q.  And the test you're talking about is what?

16:18:47 11  A.  The negative pressure test.

16:18:49 12          MR. UNDERHILL:  That's all the questions I have, sir.

16:18:52 13  Thank you very much.

16:18:53 14          THE WITNESS:  Thank you.

16:18:53 15          THE COURT:  Alabama?

16:18:57 16          MR. SINCLAIR:  Alabama has no questions.

16:18:58 17          THE COURT:  Louisiana.

16:18:59 18          MR. KANNER:  Thank you, Your Honor, we have nothing

16:19:01 19  additional.

16:19:01 20          THE COURT:  All right.  Transocean.

16:19:37 21                      CROSS-EXAMINATION

16:19:37 22  BY MR. BRIAN:

16:19:37 23  Q.  Good morning, Dr. Beck.  My name is Brad Brian.  I represent

16:19:40 24  Transocean and this is cross-examination.

16:19:42 25          You testified in response to your counsel's questions to

7201

16:19:45  1   a number of risky decisions made by BP.  Do you recall that

16:19:48  2   testimony generally?

16:19:49  3   A.  Yes, sir.

16:19:49  4   Q.  And it's true, is it not, that a number of contractors worked

16:19:54  5   on Macondo well as well as BP, correct?

16:19:56  6   A.  Correct.

16:19:57  7   Q.  But it is your opinion that all of them operated under the

16:20:01  8   control of BP as the operator of the well; isn't that true?

16:20:04  9   A.  That is true.

16:20:05  10  Q.  And that's because BP was -- I will get my words exactly

16:20:08  11  right -- was the only party fully aware of the flow potential of

16:20:13  12  the subsurface hydrocarbon-bearing formations, unquote?  That's

16:20:17  13  true is it not?

16:20:17  14  A.  That is directly from my report, yes, sir.

16:20:19  15  Q.  Now, you also said in your report you criticized BP for

16:20:23  16  withholding from Halliburton certain information about the actual

16:20:28  17  uppermost hydrocarbon-bearing sand, correct?

16:20:32  18  A.  Correct.

16:20:32  19  Q.  You would agree, would you not, that it is critical for the

16:20:36  20  operator on the Macondo well to provide accurate and full

16:20:41  21  information to its contractors so they can perform their services,

16:20:45  22  correct?

16:20:45  23  A.  I agree with that.

16:20:46  24  Q.  You would agree that that is good oil field practice, right?

16:20:49  25  A.  Yes, sir.

16:20:50 1   Q.  Because if they don't provide their contractors with critical
16:20:53 2   important information, it's going be harder for the contractors to
16:20:56 3   do their jobs right; isn't that true?
16:20:59 4   A.  I agree with you.
16:21:00 5   Q.  Now, one of the BP decisions that you talked about in your
16:21:07 6   report, but you didn't talk about on direct, so let me just talk
16:21:11 7   about it very briefly, was its temporary abandonment procedures.
16:21:15 8   Do you recall covering that in your report, sir?
16:21:16 9   A.  Yes, sir.
16:21:16 10  Q.  You would agree with me, would you not, that BP repeatedly
16:21:20 11  changed its temporary abandonment procedures?
16:21:22 12  A.  I agree.
16:21:22 13  Q.  It shifted back and forth regularly over the weeks before the
16:21:26 14  April 20th event, did it not?
16:21:28 15  A.  Yes, it did.
16:21:29 16  Q.  And ultimately it arrived at what you view as an unorthodox
16:21:33 17  procedure; isn't that true?
16:21:34 18  A.  That is true.
16:21:35 19  Q.  And that procedure had the effect of saving time and money, but
16:21:39 20  at the expense of safety, correct?
16:21:41 21  A.  I agree with that, yes.
16:21:42 22  Q.  And as part of that unorthodox procedure, BP's procedure did
16:21:48 23  not call for setting a second upper cement plug prior to displacing
16:21:54 24  the riser and the well to seawater, did it?
16:21:56 25  A.  No, it did not.

7203

16:21:57 1   Q.  And this substantially underbalanced the well, didn't it, sir?

16:22:01 2   A.  Yes, sir.

16:22:03 3   Q.  They also decided, as part of this unorthodox procedure, to use

16:22:08 4   this lost circulation material as some sort of spacer during the

16:22:12 5   abandonment process, didn't they?

16:22:14 6   A.  Yes.

16:22:14 7   Q.  That's not a common practice, is it, sir?

16:22:16 8   A.  Not in my experience, no, sir.

16:22:18 9   Q.  And the stuff they used had been used to plug formation in --

16:22:22 10  well, gaps in the formation, hadn't they?

16:22:23 11  A.  Yes, it had.

16:22:25 12  Q.  And as far as you know, to your knowledge, they did not do any

16:22:29 13  analysis before deciding to do this, no risk assessment analysis

16:22:33 14  whatsoever to determine whether or not the use of this material

16:22:37 15  might plug either the drill pipe or the kill line, did they?

16:22:41 16  A.  I do not recall seeing any evidence that they made that risk

16:22:44 17  assessment.

16:22:45 18  Q.  Now, you offered a little bit of testimony on negative pressure

16:22:50 19  tests so let me ask you some questions about that.  Judge Barbier

16:22:54 20  has heard a lot about it, so I want to ask you some basic questions

16:22:58 21  and then ask you some more specific questions.

16:23:02 22      First, would you agree with me that BP is responsible for

16:23:07 23  describing the negative test procedures in whatever it submits to

16:23:12 24  the MMS?

16:23:12 25  A.  Yes.

7204

16:23:13  1  Q.  Would you agree with me that BP was responsible for monitoring

16:23:17  2  the test and for making the final determination of whether that

16:23:21  3  test is a pass or a fail?

16:23:22  4  A.  Yes.

16:23:25  5  Q.  And would you agree, also, that BP was responsible for deciding

16:23:30  6  whether to continue operations after the negative pressure test?

16:23:33  7  A.  Yes.

16:23:34  8  Q.  It's a fact, is it not, that the well is actually shut in

16:23:38  9  during the negative pressure test, right?

16:23:40 10  A.  That is correct.

16:23:41 11  Q.  So to decide to continue the operations, BP has to actually

16:23:46 12  tell the -- give the order to bring that well back up, don't they?

16:23:51 13  A.  Yes, sir, they would have to give the order to open the well

16:23:55 14  back up.

16:23:56 15  Q.  And in your opinion -- and you state it in your report at

16:24:01 16  page 103, and I quote, "The decision to proceed with the

16:24:04 17  displacement to seawater despite the failed negative pressure test

16:24:08 18  was BP's and BP's alone to make."  That's your opinion, correct?

16:24:14 19  A.  Yes, sir.

16:24:14 20  Q.  Now, Mr. Roy asked you whether or not you had said in your

16:24:23 21  report that both BP and Transocean were reckless.  Do you recall

16:24:28 22  that line of questioning?

16:24:29 23  A.  Yes, sir.

16:24:34 24  Q.  And I think you testified words to the effect that, in your

16:24:37 25  opinion, BP was reckless in accepting the bladder effect rationale

7205

16:24:41  1   and Transocean was responsible to a lesser extent, or words to that

16:24:45  2   effect, correct?

16:24:46  3   A.  Correct.

16:24:47  4   Q.  Now, Mr. Roy did not show you your actual report, did he?

16:24:51  5   A.  I think in that case --

16:24:53  6   Q.  I just want to know, did he show you your report?

16:24:56  7   A.  No.

16:24:57  8        MR. BRIAN:  I want to pull up 81 -- TREX-8140.17.1.

13:42:02  9   BY MR. BRIAN:

16:25:08  10  Q.  Actually, this is an excerpt from your report, is it not?

16:25:11  11  A.  Yes, sir.

16:25:12  12  Q.  And you see in the second sentence actually not highlighted

16:25:17  13  where you say, "It is also my finding that BP's reckless failure to

16:25:22  14  maintain control of the well," you wrote that, did you not?

16:25:24  15  A.  Yes, sir.

16:25:24  16  Q.  And that's your opinion, right?

16:25:25  17  A.  Yes, sir.

16:25:25  18  Q.  And to a lesser extent, Transocean's conduct, you wrote that

16:25:29  19  too, correct --

16:25:30  20  A.  Yes, sir.

16:25:30  21  Q.  -- caused the blowout, the tragic loss of 11 lives and the oil

16:25:35  22  spill?  What's what you wrote, did you not?

16:25:38  23  A.  I wrote that, yes, sir.

13:42:02  24        MR. BRIAN:  You can take that down now.

13:42:02  25  BY MR. BRIAN:

7206

16:25:39 1   Q.  So let me ask you a few questions about the -- the way the

16:25:45 2   negative pressure test went down.  You understand that on

16:25:48 3   April 20th the Transocean crew originally set up the test on the

16:25:51 4   drill pipe; you understand that, do you not?

16:25:53 5   A.  I don't know that I recall that particular fact, that it was

16:25:58 6   set up on the drill pipe.  To be honest with you, I spent much more

16:26:03 7   of my time looking at the outcome of the negative pressure test.

16:26:07 8   Once I was convinced that the basic setup was correct, I'm more

16:26:11 9   interested in the result.

16:26:12 10  Q.  Fair enough.  Is it your understanding that the BP company man

16:26:16 11  instructed the Transocean crew to then do the test on the kill line

16:26:20 12  and to look for flow?

16:26:22 13  A.  I think I remember that in one of the communications that I

16:26:24 14  looked at, yes, sir.

16:26:25 15  Q.  And you agree, do you not, that a flow check is the gold

16:26:31 16  standard of kick detection, is it not?

16:26:33 17  A.  In my opinion it is, yes.  That's one thing you have to look

16:26:37 18  for to see if the well is actually flowing to confirm your

16:26:41 19  interpretations.

16:26:41 20  Q.  And if the well is flowing, you would expect to see flow when

16:26:46 21  you do a flow check, wouldn't you?

16:26:48 22  A.  Yes, you would.

16:26:49 23  Q.  And in your opinion, the crew didn't see flow here because that

16:26:54 24  lost circulation material plugged the kill line; isn't that your

16:26:58 25  opinion?

16:26:58   1   A.  I don't completely hold -- I think my report, as I recall right

16:27:04   2   now, stated that that was one of the possibilities.  I didn't

16:27:09   3   overrationalize why what happened during the test.  I really

16:27:13   4   focused on the fact that the drill pipe pressure kept responding,

16:27:17   5   kept building back up, and it clearly indicated an anomaly in the

16:27:23   6   well.

16:27:23   7           MR. BRIAN:  Let's pull up TREX-8140.102.3.TO.

13:42:02   8   BY MR. BRIAN:

16:27:32   9   Q.  This is your excerpt from your report on page 102, is it not?

16:27:36  10   A.  Yes, sir.

16:27:37  11   Q.  And you wrote, did you not, that "BP's use of this uncommon

16:27:42  12   lost circulation material as a spacer was inappropriate"?  You

16:27:45  13   wrote that, correct?

16:27:46  14   A.  Yes, sir.

16:27:46  15   Q.  And you also wrote in the second part I highlighted that "This

16:27:52  16   likely narrowed or clogged the kill line used during the negative

16:27:57  17   pressure testing"?  You wrote that as well, did you not?

16:27:59  18   A.  Right, and the key word being "likely."

16:28:01  19   Q.  Now, we know, and I am not going to argue with you -- we know

16:28:04  20   that the negative pressure test was misinterpreted, correct?

16:28:06  21   A.  I know that, yes.

16:28:08  22   Q.  And we all I think in this courtroom know that.

16:28:11  23   A.  Okay.

16:28:11  24   Q.  Would you agree with me that, in and of itself, pressure does

16:28:16  25   not automatically mean there's a kick?  It means you have to

7208

16:28:21  1   investigate it further, correct?

16:28:22  2   A.  I agree with that, yes.

16:28:23  3   Q.  And there was nothing wrong with the crew, the Transocean crew,

16:28:29  4   following the instructions of the BP company man to do the negative

16:28:35  5   pressure test on the kill line, was there?

16:28:36  6   A.  If they followed his instructions, that would be their expected

16:28:42  7   act.  That's what you would expect them to do.

16:28:44  8   Q.  Now, in your report you mentioned this phone call that

16:28:48  9   His Honor has heard a lot about at approximately 8:52 p.m. that

16:28:53 10   night between Mark Hafle on the shore and the Don Vidrine, the

16:28:58 11   company man.  You mentioned that your report, did you not?

16:28:59 12   A.  Yes, sir.

16:29:00 13   Q.  In your opinion, Mark Hafle was in a particularly unique job to

16:29:06 14   understand that getting that information from Mr. Vidrine, he

16:29:11 15   should have shut in the well right then, correct?

16:29:13 16   A.  That is my opinion, yes, that he should have made the call that

16:29:17 17   something was anomalous, and he should have stopped operations

16:29:21 18   right there.

16:29:22 19   Q.  It's true, is it not, that in everything you reviewed --

16:29:26 20   depositions, interviews of the Bly team, the Bly report -- in

16:29:31 21   everything you reviewed, you found no evidence that Mr. Vidrine or

16:29:37 22   Mr. Hafle told the Transocean crew about that conversation?  You

16:29:42 23   found no evidence of that, did you?

16:29:43 24   A.  I did not find any evidence of that conversation -- of such a

16:29:46 25   conversation.

16:29:47  1   Q.  What we do know, though, is that Mr. Vidrine, after that

16:29:52  2   conversation, went to the rig floor and instructed the crew to

16:29:57  3   continue with their displacement operations.  We know that, don't

16:30:00  4   we, sir?

16:30:01  5   A.  Yes, sir.

16:30:01  6   Q.  And that was wrong, wasn't it?

16:30:03  7   A.  It's my opinion that it was totally wrong, yes.

16:30:06  8   Q.  You offered some testimony today -- I think you talked about it

16:30:15  9   in your report -- about the so-called bladder effect.  Do you have

16:30:18  10  that in mind?

16:30:19  11  A.  Yes, sir.

16:30:20  12  Q.  I think you also said before, and I'll just ask you to confirm

16:30:23  13  it's your opinion, that you didn't find any evidence that led you

16:30:26  14  to conclude that the Transocean crew intentionally or maliciously

16:30:30  15  interpreted the negative pressure test, did you, sir?

16:30:32  16  A.  No, sir.

16:30:33  17  Q.  Now, you say in your report that this discussion of the bladder

16:30:42  18  effect originated with the Transocean crew, specifically with Jason

16:30:45  19  Anderson.  Do you recall that?

16:30:46  20  A.  Yes, sir.

16:30:47  21  Q.  Now, Mr. Anderson, of course, sadly died in the explosion that

16:30:52  22  night.  We know that, don't we, sir?

16:30:55  23  A.  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

16:30:56  24  Q.  That's yes?

16:30:57  25  A.  Yes, sir.

16:30:57  1   Q.  Are you aware, Dr. Beck, that no -- not a single Transocean

16:31:04  2   employee recalls Mr. Anderson using the phrase "bladder effect"

16:31:10  3   either that night or any other night to describe pressure

16:31:15  4   differentials on the *Deepwater Horizon*?  Are you aware of that?

16:31:18  5   A.  I am not fully aware of that.  What I am aware of is that the

16:31:22  6   documentation that I saw reference to the bladder effect, I think,

16:31:27  7   was from an interview of Mr. Vidrine at some point after the

16:31:31  8   blowout.

16:31:31  9   Q.  So you don't know whether my Transocean employees recall

16:31:34  10  Mr. Anderson ever using that term?  You don't know one way or the

16:31:38  11  other?

16:31:38  12  A.  I don't know that, and I don't believe I addressed that in my

16:31:41  13  report.

16:31:41  14  Q.  Okay.  So is it true that the only people that you know of who

16:31:47  15  attribute that to Mr. Anderson are Don Vidrine?  He is one,

16:31:52  16  correct?

16:31:52  17  A.  Yes, sir.

16:31:53  18  Q.  Robert Kaluza, a second?

16:31:56  19  A.  Yes, sir.

16:31:57  20  Q.  And Lee Lambert a third, right?

16:32:00  21  A.  I would have to recall whether Lee Lambert, you know.  I

16:32:08  22  haven't looked at his testimony in quite some time.

16:32:08  23  Q.  But as you sit here today, you can't recall anyone else who

16:32:10  24  attributes that to Mr. Anderson, can you, sir?

16:32:13  25  A.  No, sir.  I directly remember Mr. Kaluza and Mr. Vidrine

7211

16:32:17  1   referring to the bladder effect.

16:32:18  2   Q.  And both of them were the BP company men that night, correct?

16:32:23  3   A.  Correct.

16:32:24  4   Q.  Both of them, to your knowledge, have asserted the Fifth

16:32:28  5   Amendment and are not available to testify; is that correct?

16:32:30  6   A.  That's to my knowledge, yes, sir.

16:32:32  7   Q.  So that leaves Mr. Lambert.  And you reviewed Mr. Lambert's

16:32:38  8   deposition, did you not?

16:32:39  9   A.  I did.  I have to admit it's been a long time since I've

16:32:42  10  actually read it.

16:32:43  11          THE COURT:  Remind me, who is Mr. Lambert?

16:32:47  12  BY MR. BRIAN:

16:32:47  13  Q.  I'll ask that question.  Mr. Lambert was a trainee, a BP

16:32:50  14  trainee who happened to be on the *Deepwater Horizon* being trained

16:32:53  15  on the evening of April 20th, was he not?

16:32:55  16  A.  That is my recollection, yes.

16:32:57  17          MR. BRIAN:  Does that answer your question?

16:32:59  18          THE COURT:  Trainee well site leader?

16:33:01  19          MR. REGAN:  Yes, your Honor, he was a well site leader

16:33:04  20  trainee.

16:33:07  21          MR. BRIAN:  So if we could pull up Mr. Lambert's

16:33:09  22  deposition, Dennis, page 558, lines 10 through 15.  If we could

16:33:24  23  enlarge that.

16:33:24  24  BY MR. BRIAN:

16:33:27  25  Q.  Question was asked of Mr. Lambert:

OFFICIAL TRANSCRIPT

16:33:29  1          "QUESTION:  Okay.  But you're not sure whether
16:33:31  2  Mr. Anderson used it, correct?"
16:33:34  3          "ANSWER:  I'm not sure who brought up the phrase to begin
16:33:37  4  with, no."
16:33:38  5          Do you recall that testimony from Mr. Lambert?
16:33:40  6  A.  I don't recall reading that, I'm sorry.
16:33:42  7  Q.  Do you know whether anyone showed you that testimony before you
16:33:45  8  prepared your report?
16:33:46  9  A.  I've looked at his report.  It's just been a long time since I
16:33:50 10  read that.  That wasn't a critical piece of the information I
16:33:55 11  looked at in preparing my report, so I'm sorry for not remembering.
16:33:59 12  Q.  You remember that Mr. Kaluza very shortly after the incident
16:34:02 13  sent an e-mail to someone onshore in which he discussed the bladder
16:34:06 14  effect.  Do you remember that?
16:34:07 15  A.  I do remember that.
16:34:07 16  Q.  Let's pull up -- I am not sure I have the document.  I can't
16:34:24 17  read the number.  What number is it?  8140.98.2.  Mr. Kaluza to
16:34:38 18  John Guide and Keith Daigle.  "Please consider this suggestion to
16:34:42 19  the analysis about how this happened.  I believe there is a bladder
16:34:45 20  effect on the mud below an annular preventer as we discussed.  As
16:34:50 21  we know the pressure differential was approximately 1400 - 1500 psi
16:34:55 22  across an 18 3/4" rubber annular preventer, 14 SOEM (VERBATIM) plus
16:35:03 23  16.0 ppg Spacer in the riser, seawater and SOBM below the annular
16:35:09 24  bladder.  Due to a bladder effect, pressure can and will build
16:35:13 25  below the annular bladder due to the differential pressure but can

16:35:18 1    not flow -- the bladder prevents flow, but we see differential

16:35:22 2    pressure on the other side of the bladder."  Do you recall looking

16:35:25 3    at that e-mail?

16:35:26 4    A.  Yes, sir, I do.

16:35:27 5    Q.  And you would agree with me, would you not, that in

16:35:33 6    Mr. Kaluza's discussion of the bladder effect on Sunday April 25th,

16:35:36 7    five days after the event, nowhere does he attribute this to Jason

16:35:41 8    Anderson, does he, sir?

16:35:42 9    A.  No, he does not.

16:35:43 10   Q.  He says, "I believe there is a bladder effect," doesn't he?

16:35:46 11   A.  Yes, he does.

16:35:47 12   Q.  Now, in your report and in specifically -- you wrote an

16:35:55 13   appendix to your report on mud logging activities, did you not?

16:36:00 14   A.  Yes, sir.

16:36:00 15   Q.  Let me ask you just a few questions about that because that

16:36:03 16   report and the appendix have been offered in evidence as your

16:36:07 17   direct testimony, and I will try be to be brief, though.

16:36:10 18           What you talk about in your report is that the

16:36:15 19   simultaneous operations that BP ordered during this -- the last

16:36:19 20   couple of hours, interfered with the mudlogger Joseph Keith's

16:36:24 21   ability to do his job monitoring the well.  Essentially, you say

16:36:27 22   that, correct?

16:36:28 23   A.  That's correct.  That's a fair phrase of it.

16:36:30 24   Q.  You say that, in part, is that it is your opinion that the

16:36:35 25   mudlogger, while he is trained to look for pressure as one of the

7214

16:36:39 1    indicators to -- of kicks, that's not his primary source of

16:36:44 2    information, right?

16:36:45 3    A.  I think during the drilling of the well, he is looking at a lot

16:36:52 4    of different parameters, right, while you're drilling the well.

16:36:56 5    And drill pipe pressure at that point in time is one of the

16:37:00 6    parameters that he does look at.  I think in the displacement phase

16:37:05 7    of the well that, you know, your primary looking at the volumes

16:37:10 8    coming out of the wellbore.  That's what you want to be able to

16:37:14 9    track most completely.

16:37:15 10   Q.  Okay.  And there are meters that allow him to look at the

16:37:19 11   volumes, correct?

16:37:19 12   A.  Correct.

16:37:20 13   Q.  And he can do computation based on pump rates, can't he?

16:37:24 14   A.  He can.

16:37:24 15   Q.  And he can look at the drill pipe pressure as well, can he not?

16:37:27 16   A.  He can.

16:37:28 17   Q.  And he has monitors, screens up in the mudlogger's shack that

16:37:32 18   display all of this information, correct?

16:37:34 19   A.  Correct.

16:37:35 20   Q.  Now, we've heard a lot about the mudloggers well monitoring

16:37:41 21   responsibilities, but the mudlogger has other responsibilities

16:37:43 22   besides monitoring the well, does he not?

16:37:46 23   A.  He does, yes.

16:37:47 24   Q.  Once you got to displacement of the Macondo well, all of those

16:37:54 25   other responsibilities were done, weren't they?

7215

16:37:56 1    A.  Not throughout the whole displacement.  Through the early part

16:38:01 2    of the displacement he is definitely trying to track volumes.  He

16:38:05 3    is trying to assess whether his sensors are working correctly.

16:38:10 4    Those things, so he is still monitoring a number of parameters.

16:38:13 5    Q.  From about 8:52 P.M. onward, the only thing he has to do really

16:38:18 6    is monitor the well, isn't that true?

16:38:21 7    A.  He is in his shack monitoring the well from that point in time.

16:38:28 8    Q.  And that's what his principle responsibility from 8:52 P.M. on

16:38:33 9    is to monitor the well, correct?

16:38:35 10   A.  Well, I think if you go back to Mr. Keith's testimony, he

16:38:40 11   indicates that part of his responsibilities are to continue to

16:38:45 12   track the volumes and look at what has happened during the

16:38:50 13   displacement and track volumes and rectify the amount of mud that

16:38:57 14   came out of the well, the amount of mud that was returned for

16:38:59 15   storage.  I don't call that well monitoring.  I think he had some

16:39:02 16   tracking responsibilities for mud volumes that he was trying to

16:39:06 17   keep up with at that time, too.

16:39:08 18   Q.  Were you present in the courtroom when Mr. Keith testified?

16:39:11 19   A.  I was not.

16:39:11 20   Q.  Have you read his testimony?

16:39:12 21   A.  Not from this trial, no, sir.

16:39:14 22   Q.  Let's pull up his trial testimony at 3490, lines nine through

16:39:19 23   21.

16:39:28 24        "QUESTION:  On late afternoon and evening of April 20th,

16:39:31 25   your responsibility was to monitor data and well conditions that

16:39:34  1    came into your mudlogger shack; is that true?

16:39:38  2            "ANSWER:  Correct.  Yes, sir.

16:39:40  3            "QUESTION:  If you saw any anomalies, anything unusual,

16:39:44  4    anything strange, anything that raised any questions in your mind,

16:39:48  5    your duty was to report that to the well site leader and to the rig

16:39:53  6    floor; is that true?

16:39:55  7            "ANSWER:  The rig floor first, yes, sir.

16:39:57  8            "QUESTION:  Rig floor first?

16:39:59  9            "ANSWER:  Correct.

16:40:00 10            "QUESTION:  And then follow to the well site leader?

16:40:03 11            "ANSWER:  Correct."

16:40:05 12            You agree that Mr. Keith correctly stated his

16:40:09 13    obligations, did he not?

16:40:10 14    A.  It's hard to argue when he says those were his obligations.  I

16:40:18 15    think what's confusing me a little bit is that you had used the

16:40:22 16    term "sole" obligation, his sole duties at that point in time.

16:40:26 17    Q.  Fair enough.

16:40:27 18    A.  I don't see him saying that that was the only thing that he was

16:40:30 19    doing right there.

16:40:30 20    Q.  Strike the word "sole."  Would you agree that one of his

16:40:34 21    responsibilities was to do what he described, as I read it -- as I

16:40:38 22    read his trial testimony?  Would you agree with that?

16:40:40 23    A.  Yes.

16:40:41 24    Q.  And are you aware that Mr. Keith testified at trial, and I

16:40:45 25    quote, that nothing on the rig the night of April 20th affected his

16:40:50  1   ability to do his job, unquote.  Are you aware of that?

16:40:53  2   A.  I would have to see -- I would have to see that comment

16:40:58  3   directly, please.

16:40:59  4           MR. BRIAN:  Let's pull, please, his trial testimony, page

16:41:03  5   3625, lines two through seven.

16:41:09  6           "QUESTION:  So your testimony has been and is that there

16:41:13  7   was nothing on the rig the night of April 20th that affected your

16:41:17  8   ability to do your job, correct, Mr. Keith?

16:41:20  9           "ANSWER:  I was able to perform my job.

16:41:22 10           "QUESTION:  Fully and capably, right?

16:41:26 11           "ANSWER:  Fully and capably, yes, sir."

16:41:26 12   BY MR. BRIAN:

16:41:35 13   Q.  Now, you testified earlier this afternoon that in your opinion

16:41:38 14   the well became underbalanced at about 9:05 P.M., is that right?

16:41:43 15   A.  That is correct.

16:41:43 16   Q.  You're aware, are you not, that Mr. Keith did a flow check at

16:41:50 17   about 9:08 P.M. that night?

16:41:51 18   A.  I am aware of that, yes.

16:41:53 19   Q.  And he saw that the flow from the well decreased and then

16:41:58 20   stopped, right?

16:41:59 21   A.  Yes, sir.

16:42:01 22   Q.  And in your opinion, that meant either that the well was not

16:42:07 23   yet underbalanced at the time he did the flow check, or it was not

16:42:13 24   detected because the returns were being diverted overboard, one or

16:42:17 25   the other, correct?

16:42:17  1   A.  That's correct.  It's in my report.

16:42:20  2   Q.  Now, in your rebuttal report you say, do you not, that

16:42:25  3   Transocean improperly diverted returns overboard before the sheen

16:42:30  4   test was conducted?  That's what you say, right?

16:42:34  5   A.  I would -- I'll take your word that it's in my report, but I'm

16:42:40  6   sure you could show it to me if I ask for it, right.

16:42:43  7   Q.  It's true that diverted overboard was part of the displacement

16:42:47  8   procedure that was prepared and recommended by M-I SWACO and

16:42:52  9   approved by the BP company man, right?

16:42:54  10  A.  I agree, yes.

16:42:55  11  Q.  Now, there's been testimony in this trial about three pressure

16:43:05  12  anomalies in that last 47 minutes.  One at 9:01, one between 9:08

16:43:12  13  and 9:14, and one at 9:30.  You're familiar generally with that

16:43:16  14  testimony?

16:43:16  15  A.  Yes.

16:43:20  16          MR. BRIAN:  Let's pull up TREX-620, please.

16:43:20  17  BY MR. BRIAN:

16:43:29  18  Q.  Now, this is the Sperry Sun data that appears on the monitor in

16:43:35  19  the mudlogger shack.  Are you familiar with this generally?

16:43:37  20  A.  Yes, sir.

16:43:38  21  Q.  And this is some of the data that Mr. Keith would have had

16:43:43  22  available to him that night, correct?

16:43:44  23  A.  That is correct.

16:43:45  24          MR. BRIAN:  Let's put up D-6652.6.  It's a little bit

16:43:52  25  easier to see.  It's an enlargement of this exhibit.

OFFICIAL TRANSCRIPT

BY MR. BRIAN:

Q.  That easier to follow?

A.  Much.

Q.  You read Mr. Keith's deposition, have you not?

A.  Yes, I have.

Q.  Now, the first anomaly that there's been testimony about was approximately a 100 psi increase beginning about 9:01.  Do you recall that, sir?

A.  Yeah.  It always helps me if I can physically see it on the log and refresh my memory of it, so I am looking for it right now.

Q.  Okay.  And are you aware that at his deposition Mr. Keith testified that he did not notice this slight increase of 100 psi?

A.  I do remember that as part of his deposition, yes.

Q.  Are you aware that at trial, though, he testified that he did notice it?  Are you aware of that?

A.  I am not aware of that, no, sir.

        MR. BRIAN:  Let's put up his deposition first, page 103, lines two through 15.

        "QUESTION:  Did you see any data or any indication in the data that you were monitoring on the night of the blowout that showed that from 9:01 to 9:08 P.M. the drill pipe pressure increased 100 psi at a constant pump rate?

        "ANSWER:  No, I did not.

        "QUESTION:  You never saw that?

        "ANSWER:  No.  No, sir.

16:45:23  1          "QUESTION:  That would have been information that was

16:45:25  2  displayed on your monitor, though, isn't it?

16:45:28  3          "ANSWER:  Correct.  To me, it matched.  All the curves

16:45:33  4  matched."

16:45:33  5  BY MR. BRIAN:

16:45:33  6  Q.  That was the deposition testimony you read and were familiar

16:45:35  7  with, correct?

16:45:37  8  A.  Yes.

16:45:38  9          MR. BRIAN:  Now, let's put, please, his trial testimony

16:45:40 10  at 3547, lines 18 to 21.

16:45:49 11          "QUESTION:  So we see a rise of 100 psi at this point,

16:45:53 12  don't we?

16:45:54 13          "ANSWER:  Yes, sir.

16:45:55 14          "QUESTION:  You never saw this hundred psi rise, did you,

16:45:58 15  sir?

16:45:58 16          "ANSWER:  I think I did, yes, sir."

16:45:58 17  BY MR. BRIAN:

16:46:00 18  Q.  That was his trial testimony, sir.  Have you talked with

16:46:04 19  Mr. Keith since his trial testimony and asked him why he changed

16:46:10 20  his mind, why he changed his testimony?

16:46:13 21  A.  No, I have not.

16:46:14 22  Q.  Based on the two testimonies that he gave, it appears either

16:46:20 23  that he missed this slight increase in pressure at this time or he

16:46:27 24  saw it and didn't tell the drill crew, correct?  One or the other?

16:46:31 25  A.  Well, I think the third option in there is that he saw it and

7221

16:46:35  1  he didn't attribute it to a significant event that he felt like he

16:46:40  2  needed to report.

16:46:42  3  Q.  Because it wasn't that much?

16:46:43  4  A.  Yeah, because he didn't have it in his head that it was

16:46:47  5  meaningful.  He didn't understand it to be meaningful.

16:46:49  6  Q.  But either way, you're not aware of any evidence that Mr. --

16:46:53  7  and I am not faulting Mr. Keith -- you are not aware of any

16:46:56  8  evidence that Mr. Keith conveyed to the drill crew that he saw

16:47:01  9  100 psi increase, are you?

16:47:01  10  A.  No, I haven't seen any evidence that he made that call, no,

16:47:04  11  sir.

16:47:04  12  Q.  Now, let's talk about the second anomaly.

16:47:07  13         MR. BRIAN:  Maybe we can put up D-6652.8.

16:47:07  14  BY MR. BRIAN:

16:47:15  15  Q.  This is the one that takes place between 9:08 and 9:14 P.M.;

16:47:22  16  and on this one, Mr. Keith testified both in his deposition and at

16:47:27  17  trial that he didn't see this one.  Do you recall that deposition

16:47:30  18  testimony, correct?

16:47:31  19  A.  Yes, sir.

16:47:31  20  Q.  And are you aware that at trial he initially testified that he

16:47:45  21  didn't see this because his monitor went black.  Do you recall

16:47:48  22  that?  Are you aware of that?

16:47:50  23  A.  No, sir.  I have not seen Mr. Keith's trial testimony, I'm

16:47:54  24  sorry.

16:47:55  25  Q.  And then later he corrected that and said he was confused

7222

16:47:58   1   because it went black later, of course, when the power went off.

16:48:01   2          But whatever the story is, it is a fact, is it not, that

16:48:06   3   the increases were not significant enough that Mr. Keith either

16:48:13   4   detected them or, as you say, saw that there was something unusual

16:48:17   5   about them, right?

16:48:18   6   A.  That's the conclusion that I reached from reading his original

16:48:25   7   testimony is that he didn't see it, and either he didn't see it --

16:48:31   8   he didn't see it or he didn't attribute significance to it.

16:48:36   9   Q.  Now, a couple of final questions.  You never worked as a

16:48:42   10  mudlogger, have you, sir?

16:48:44   11  A.  No, sir, I have not.

16:48:45   12  Q.  You never actually been in a mudlogger's cabin on a deep water

16:48:49   13  MODU, have you?

16:48:50   14  A.  No, sir, not offshore.

16:48:51   15  Q.  And you've never addressed negative test procedures in any

16:48:55   16  courses you've taught, have you?

16:48:56   17  A.  Not in any drilling course I've taught, no.

16:49:01   18  Q.  Now, in your report, I think, you rendered an opinion that

16:49:10   19  Halliburton and Sperry Sun, quote, did not in any way cause and are

16:49:15   20  not responsible for the blowout, unquote.  You said that, didn't

16:49:18   21  you?

16:49:18   22  A.  Yes, sir.

16:49:18   23  Q.  You're not an expert in cement slurry, are you?

16:49:21   24  A.  No, sir.

16:49:21   25  Q.  You're not an expert on cement design or cement testing, are

16:49:26  1   you?

16:49:26  2   A.  From -- I would say in some circumstances design.  I know a lot

16:49:32  3   about cement design from a well planning standpoint.  But slurry

16:49:37  4   design, I am not a slurry expert.

16:49:39  5   Q.  You didn't -- you weren't asked to form any opinions in this

16:49:43  6   case about the cement design, testing or practice of Halliburton,

16:49:46  7   were you, sir?

16:49:47  8   A.  No, I was not.

16:49:48  9   Q.  So when you say that Halliburton did not cause in any way the

16:49:51  10  response, you sort of the exclude from that all of the cementing?

16:49:54  11  A.  Well, from the information that I looked at in the context of

16:49:58  12  the information that I was looking at.

16:50:00  13            MR. BRIAN:  Nothing further.  Pass the witness,

16:50:02  14  Your Honor.

16:50:02  15            THE COURT:  All right.

16:50:04  16            BP.  How long do you expect?  Do you expect to be a

16:50:12  17  while?

16:50:12  18            MR. REGAN:  Yes, sir.

16:50:13  19            THE COURT:  Give me some kind of estimate.

16:50:14  20            MR. REGAN:  I think I definitely have past 6 o'clock, so

16:50:17  21  I'm going to need --

16:50:17  22            THE COURT:  Let's take about a ten-minute recess and try

16:50:19  23  to keep it at ten minutes and come back.

16:50:22  24            MR. REGAN:  Thank you, Your Honor.

16:50:24  25            THE DEPUTY CLERK:  All rise.

16:50:25  1          (WHEREUPON, A RECESS WAS TAKEN.)

16:51:44  2          (OPEN COURT.)

17:07:15  3              THE COURT:  Please be seated, everyone.

17:07:21  4              MR. BRIAN:  Your Honor, Brad Brian for Transocean.  I

17:07:23  5      wanted to bring to your attention I made a mistake during my

17:07:26  6      cross-examination that Jim Roy properly brought to my attention.  I

17:07:28  7      want to bring it to the Court's attention.

17:07:30  8              THE COURT:  All right.

17:07:31  9              MR. BRIAN:  When I was cross-examining the witness with

17:07:33 10      respect to his report and whether he had attributed recklessness to

17:07:37 11      Transocean, I showed him a part of the report.  There is a section

17:07:40 12      of the report that uses that word and attributes it to Transocean.

17:07:43 13      It's on 8140.95, page 95.  It's on the screen now.

17:07:48 14              I apologize for my mistake.  I wasn't -- I don't mean to

17:07:52 15      have suggested that Mr. Roy was trying to pull a fast one when he

17:07:56 16      wasn't.  Anyway, that's the point and I apologize to the Court for

17:07:58 17      my error.

17:07:59 18              THE COURT:  All right.  Thank you.

17:08:03 19              What's your estimate for your -- if you can tell me for

17:08:07 20      your total cross-examination?

17:08:08 21              MR. REGAN:  Yes, Your Honor, I would estimate that I

17:08:11 22      have --

17:08:11 23              THE COURT:  I'm not trying to put a limit.  I'm just

17:08:13 24      asking.

17:08:13 25              MR. REGAN:  No, I don't think --

7225

```
17:08:13   1         I estimate probably about two and a half hours.
17:08:16   2         THE COURT:  I'm just thinking whether -- since we're not
17:08:18   3    going to finish here today anyway, whether it would make more sense
17:08:20   4    to just recess now and come back in the morning.
17:08:23   5         MR. REGAN:  It would be shorter if we do that.
17:08:32   6         THE COURT:  Kind of reminds me of what Abraham Lincoln
17:08:36   7    said, "If I'd more time to think about it, this letter would have
17:08:39   8    been a lot shorter."  Do you need more time to think about your
17:08:43   9    cross, it might be a lot shorter, huh?
17:08:45  10         MR. REGAN:  Well, I mean, I can incorporate the questions
17:08:46  11    that have already been done.
17:08:48  12         THE COURT:  Well, I mean, if we were going to finish
17:08:50  13    around six, we would just continue on, but since we obviously are
17:08:54  14    not going to finish by six and this is Halliburton's last --
17:08:57  15         And this will be our last witness for the week, right?
17:09:00  16         MR. GODWIN:  Yes, Your Honor.
17:09:00  17         THE COURT:  And since we have to come back in the morning
17:09:03  18    anyway, I think it makes sense just to -- let's just recess the
17:09:06  19    trial now.  It's about 5:10.  And if that's okay with you,
17:09:11  20    Mr. Regan?
17:09:12  21         MR. REGAN:  It's fine with me.  I've heard some grumbling
17:09:16  22    from others.
17:09:16  23         MR. CUNNINGHAM:  No, you didn't.
17:09:18  24         MR. REGAN:  No, that would work just fine with me.  We
17:09:20  25    will see you at eight o'clock tomorrow.
```

17:09:22  1            THE COURT:  No one seems to be grumbling.  We will recess

17:09:24  2    the trial now and come back at 8:00 A.M. in the morning, okay.

17:09:29  3            THE DEPUTY CLERK:  All rise.

17:09:30  4        (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

5

6                        *  *  *  *  *  *

7

8                    REPORTER'S CERTIFICATE

9

10        I, Karen A. Ibos, CCR, Official Court Reporter, United

11    States District Court, Eastern District of Louisiana, do hereby

12    certify that the foregoing is a true and correct transcript, to the

13    best of my ability and understanding, from the record of the

14    proceedings in the above-entitled and numbered matter.

15

16

17    _____

18        Karen A. Ibos, CCR, RPR, CRR, RMR

19        Official Court Reporter

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

**'**

**'02** [1] - 7166:4
**'To** [1] - 7128:12

**1**

**1** [2] - 7154:21, 7160:7
**1,000** [1] - 7130:21
**1,300** [3] - 7188:3, 7189:20, 7190:10
**1,477** [1] - 7117:23
**1,840** [1] - 7117:23
**10** [2] - 7199:18, 7211:22
**10,000** [1] - 7136:11
**10-MD-2179** [1] - 7091:8
**100** [6] - 7149:15, 7219:7, 7219:12, 7219:22, 7220:11, 7221:9
**1000** [2] - 7095:21, 7096:19
**1001** [1] - 7095:15
**101** [1] - 7092:20
**102** [1] - 7207:9
**103** [2] - 7204:16, 7219:17
**11** [1] - 7205:21
**1100** [1] - 7095:12
**1110** [1] - 7095:24
**12** [1] - 7185:22
**12.6** [5] - 7154:4, 7154:13, 7154:16, 7154:19
**1201** [2] - 7095:2, 7096:13
**1221** [1] - 7096:7
**125** [1] - 7120:22
**1308** [1] - 7092:22
**1331** [1] - 7095:24
**14** [3] - 7181:1, 7181:5, 7212:22
**14(c** [1] - 7102:9
**14.2** [4] - 7154:1, 7154:13, 7154:14, 7154:16
**140,000** [2] - 7148:7, 7148:11
**1400** [1] - 7212:21
**14271** [1] - 7093:23
**15** [3] - 7191:19, 7211:22, 7219:18
**15.2.15** [1] - 7106:8
**15.2.5** [1] - 7106:8
**150** [2] - 7114:25,

7123:1
**1500** [1] - 7212:21
**16** [4] - 7139:7, 7139:8, 7139:14, 7199:19
**16.0** [1] - 7212:23
**1601** [1] - 7092:9
**1665** [1] - 7096:15
**167** [1] - 7174:5
**16th** [3] - 7104:12, 7135:15, 7147:14
**17** [1] - 7179:25
**17,467** [1] - 7160:10
**17,468** [2] - 7160:9, 7160:10
**1700** [1] - 7096:13
**18** [2] - 7212:22, 7220:10
**18,200** [2] - 7136:20, 7136:22
**18117** [1] - 7137:6
**18304** [1] - 7137:5
**1885** [1] - 7094:14
**18th** [3] - 7159:22, 7159:23, 7161:5
**19th** [2] - 7118:23, 7119:14

**2**

**2** [1] - 7121:18
**2,000** [1] - 7123:20
**20** [1] - 7091:6
**20,000** [1] - 7136:11
**200** [6] - 7114:25, 7115:1, 7115:6, 7118:7, 7123:1, 7143:2
**20004** [1] - 7095:3
**20044** [3] - 7093:18, 7093:23, 7094:4
**2010** [7] - 7091:6, 7118:23, 7119:14, 7120:10, 7121:14, 7159:24, 7170:18
**2011** [2] - 7161:8, 7166:4
**2012** [1] - 7166:14
**2013** [2] - 7091:9, 7098:2
**20th** [8] - 7170:18, 7177:14, 7202:14, 7206:3, 7211:15, 7215:24, 7216:25, 7217:7
**21** [6] - 7091:20, 7103:11, 7158:18, 7181:19, 7215:23, 7220:10

**2105** [5] - 7158:6, 7158:21, 7159:6, 7168:8
**2107** [1] - 7159:6
**21:08** [2] - 7154:22, 7154:25
**220** [1] - 7122:6
**2211** [1] - 7095:24
**2216** [1] - 7093:7
**22ND** [1] - 7092:15
**23451** [1] - 7092:15
**24** [6] - 7158:21, 7167:17, 7167:25, 7168:2, 7197:10, 7197:20
**2445** [1] - 7181:15
**250.421** [1] - 7174:10
**250.427** [1] - 7170:11
**25th** [1] - 7213:6
**2615** [1] - 7092:12
**27th** [1] - 7120:10
**28** [1] - 7181:1
**28th** [1] - 7121:14
**2:10-CV-02771** [1] - 7091:12
**2:10-CV-4536** [1] - 7091:14

**3**

**3** [2] - 7091:9, 7098:2
**3,000** [4] - 7114:23, 7117:4, 7143:1, 7182:19
**3,100** [1] - 7192:11
**3,140** [1] - 7119:16
**3,142** [12] - 7114:10, 7114:16, 7114:19, 7115:5, 7118:4, 7118:7, 7118:10, 7123:1, 7132:12, 7189:21, 7190:11, 7192:2
**3.1.1** [1] - 7175:10
**3/4** [1] - 7212:22
**30** [6] - 7137:4, 7137:9, 7137:12, 7147:15, 7148:9, 7170:10
**30,000** [3] - 7136:12, 7137:10, 7147:15
**300** [2] - 7095:6, 7127:6
**3000** [1] - 7121:19
**3081** [1] - 7103:22
**3140** [4] - 7119:5, 7119:15, 7188:19, 7188:25
**3142** [1] - 7121:20

**32** [1] - 7185:12
**335** [1] - 7095:18
**3490** [1] - 7215:22
**350** [3] - 7122:5, 7123:17, 7126:22
**3547** [1] - 7220:10
**35TH** [1] - 7095:18
**360** [2] - 7123:17, 7126:22
**36130** [1] - 7094:9
**3625** [1] - 7217:5
**36604** [1] - 7092:10
**3668** [1] - 7092:4
**3700** [2] - 7095:12, 7095:15
**375** [1] - 7193:7
**3:15** [2] - 7152:8, 7162:24

**4**

**40** [1] - 7167:9
**400** [1] - 7120:22
**4000** [1] - 7096:19
**402** [1] - 7092:15
**4310** [1] - 7093:5
**435** [1] - 7092:20
**450** [1] - 7093:12
**4500** [1] - 7096:7
**47** [1] - 7218:12
**48** [2] - 7197:10, 7197:21

**5**

**5** [1] - 7186:11
**5.1.3** [1] - 7129:18
**5.3.1** [2] - 7128:5, 7128:9
**5.3.2** [1] - 7128:17
**500** [8] - 7092:4, 7094:8, 7096:22, 7109:17, 7109:22, 7118:13, 7130:25, 7167:9
**5000** [1] - 7094:24
**504** [1] - 7096:23
**52** [1] - 7163:15
**52(c** [1] - 7099:5
**5395** [1] - 7093:12
**546** [1] - 7096:3
**556** [1] - 7092:4
**558** [1] - 7211:22
**570** [1] - 7122:1
**589-7776** [1] - 7096:23
**5:10** [1] - 7225:19
**5:30** [1] - 7118:23

**6**

**6** [1] - 7223:20
**6,800** [1] - 7188:1
**600** [4] - 7092:15, 7092:17, 7095:21, 7118:13
**601** [1] - 7092:12
**60654** [1] - 7095:6
**618** [1] - 7093:2
**644.3** [1] - 7137:6

**7**

**7** [1] - 7121:18
**7-inch** [1] - 7160:6
**700** [4] - 7109:17, 7109:22, 7114:13, 7186:11
**701** [2] - 7094:18, 7094:23
**70113** [1] - 7092:7
**70130** [6] - 7092:13, 7092:18, 7093:8, 7094:18, 7096:3, 7096:22
**70139** [1] - 7094:24
**70163** [1] - 7095:12
**70360** [1] - 7092:20
**70458** [1] - 7092:23
**70502** [2] - 7092:5, 7095:22
**70801** [1] - 7093:3
**70804** [1] - 7094:15
**7103/8** [1] - 7097:7
**7164/22** [1] - 7097:9
**7184/22** [1] - 7097:11
**7200/22** [1] - 7097:13
**74** [1] - 7193:7
**7502** [1] - 7117:12
**7504** [1] - 7117:18
**75270** [1] - 7096:13
**7611** [1] - 7093:18
**77002** [2] - 7095:15, 7096:20
**77006** [1] - 7093:5
**77010** [2] - 7096:8, 7096:16
**77098** [1] - 7095:24
**79** [2] - 7195:8, 7196:19
**7TH** [1] - 7093:12

**8**

**8** [1] - 7167:9
**8,000** [1] - 7156:20

**800** [1] - 7121:18
**8015** [1] - 7143:16
**8036** [1] - 7110:10
**8037** [1] - 7110:10
**8040** [1] - 7115:21
**8041** [1] - 7144:6
**81** [1] - 7205:8
**8140.26.27** [1] - 7181:1
**8140.95** [1] - 7224:13
**8140.98.2** [1] - 7212:17
**820** [1] - 7092:7
**8249** [1] - 7156:24
**84** [3] - 7134:18, 7138:11, 7138:18
**85** [2] - 7139:8, 7144:2
**8:00** [1] - 7226:2
**8:52** [1] - 7208:9, 7215:5, 7215:8

## 9

**9-7/8** [1] - 7160:6
**90071** [1] - 7095:19
**94005** [1] - 7094:15
**94102** [1] - 7093:13
**95** [1] - 7224:13
**9667** [1] - 7129:18
**9668** [1] - 7128:7
**9:01** [3] - 7218:12, 7219:7, 7219:21
**9:05** [2] - 7168:12, 7217:14
**9:08** [4] - 7217:17, 7218:12, 7219:21, 7221:15
**9:14** [2] - 7218:13, 7221:15
**9:30** [1] - 7218:13
**9TH** [1] - 7092:17
**9th** [1] - 7132:12

## A

**A&M** [1] - 7166:12
**A.M** [1] - 7226:2
**abandoned** [1] - 7180:8
**abandonment** [8] - 7175:6, 7180:5, 7180:14, 7180:19, 7182:20, 7202:7, 7202:11, 7203:5
**ability** [10] - 7108:1, 7112:11, 7155:2, 7174:12, 7174:20,

7177:20, 7213:21, 7217:1, 7217:8, 7226:13
**able** [8] - 7113:10, 7148:2, 7159:21, 7169:7, 7169:9, 7180:21, 7214:8, 7217:9
**abnormal** [1] - 7118:10
**abnormality** [1] - 7158:15
**above** [11] - 7105:7, 7110:7, 7111:5, 7112:23, 7116:24, 7118:20, 7130:21, 7130:25, 7149:21, 7193:24, 7226:14
**above-entitled** [1] - 7226:14
**Abraham** [1] - 7225:6
**ABRAMSON** [1] - 7092:11
**absence** [1] - 7101:20
**academic** [1] - 7165:12
**accept** [2] - 7151:10, 7162:20
**acceptance** [1] - 7176:4
**accepted** [1] - 7178:5
**accepting** [3] - 7176:23, 7177:16, 7204:25
**accepts** [1] - 7125:21
**accident** [2] - 7100:15, 7161:3
**according** [2] - 7186:25, 7190:5
**accurate** [1] - 7201:20
**accurately** [3] - 7128:11, 7128:12, 7130:7
**achieve** [7] - 7109:22, 7113:8, 7114:3, 7118:25, 7186:18, 7196:20
**achieved** [12] - 7113:16, 7113:21, 7114:5, 7114:15, 7118:13, 7132:25, 7186:17, 7186:24, 7189:17, 7190:4, 7192:14, 7193:2
**achieving** [2] -

7109:23, 7193:3
**across** [3] - 7110:21, 7186:14, 7212:22
**act** [3] - 7113:3, 7144:25, 7208:7
**acting** [1] - 7155:6
**action** [3] - 7102:6, 7171:2, 7199:21
**ACTION** [1] - 7091:8
**actions** [1] - 7101:24
**activities** [1] - 7213:13
**actual** [3] - 7102:12, 7201:16, 7205:4
**actually** [54] - 7105:3, 7106:17, 7111:22, 7113:21, 7114:15, 7115:13, 7117:4, 7118:13, 7119:17, 7122:3, 7122:7, 7123:24, 7124:20, 7125:3, 7129:6, 7132:7, 7132:25, 7133:16, 7133:21, 7134:24, 7136:7, 7136:19, 7137:19, 7138:16, 7143:21, 7143:22, 7143:25, 7145:23, 7145:25, 7148:10, 7155:22, 7158:2, 7158:8, 7162:5, 7165:4, 7166:17, 7174:21, 7185:21, 7187:6, 7187:14, 7188:10, 7190:10, 7191:11, 7191:13, 7198:9, 7204:8, 7204:11, 7205:10, 7205:12, 7206:18, 7211:10, 7222:12
**add** [1] - 7170:3
**adding** [1] - 7161:13
**addition** [2] - 7113:24, 7188:18
**additional** [6] - 7141:13, 7170:3, 7171:5, 7182:19, 7196:15, 7200:19
**addressed** [2] - 7210:12, 7222:15
**adjusted** [1] - 7157:18
**admiralty** [1] - 7100:17
**admit** [2] - 7141:25, 7211:9
**admitted** [4] - 7098:14, 7098:25, 7139:22, 7163:12

**adopts** [1] - 7100:17
**advantage** [1] - 7191:9
**adversity** [2] - 7184:5, 7184:6
**affect** [3] - 7145:5, 7148:24, 7174:24
**affected** [2] - 7216:25, 7217:7
**AFFIRMATIVE** [1] - 7209:23
**afraid** [1] - 7167:5
**after** [28] - 7099:3, 7107:25, 7112:1, 7121:15, 7122:21, 7124:17, 7131:7, 7132:11, 7132:12, 7132:14, 7132:23, 7151:16, 7151:21, 7155:23, 7161:2, 7165:14, 7178:22, 7179:3, 7179:21, 7183:10, 7185:2, 7196:7, 7200:1, 7204:6, 7209:1, 7210:7, 7212:12, 7213:7
**AFTERNOON** [1] - 7091:20
**afternoon** [5] - 7103:2, 7152:7, 7184:23, 7215:24, 7217:13
**again** [2] - 7101:21, 7193:17
**against** [6] - 7099:6, 7100:11, 7100:14, 7112:3, 7126:11, 7193:25
**ago** [5] - 7099:6, 7112:5, 7115:25, 7133:25, 7196:14
**agree** [36] - 7099:20, 7105:1, 7158:14, 7167:5, 7171:13, 7171:16, 7171:24, 7173:6, 7173:15, 7175:1, 7176:8, 7179:14, 7179:23, 7181:18, 7181:21, 7182:23, 7182:25, 7183:11, 7201:19, 7201:23, 7201:24, 7202:4, 7202:10, 7202:12, 7202:21, 7203:22, 7204:1, 7204:5, 7206:15, 7207:24, 7208:2, 7213:5, 7216:12, 7216:20, 7216:22,

7218:10
**agreed** [4] - 7099:7, 7101:25, 7102:5, 7195:25
**agrees** [1] - 7151:13
**ahead** [14] - 7108:15, 7134:10, 7140:14, 7143:25, 7147:9, 7152:18, 7153:19, 7155:4, 7162:21, 7165:7, 7173:1, 7174:17, 7186:20, 7197:3
**AL** [4] - 7091:13, 7091:16, 7092:10, 7094:9
**ALABAMA** [2] - 7094:6
**Alabama** [3] - 7099:24, 7200:15, 7200:16
**Alaska** [2] - 7165:20, 7165:22
**ALEX** [1] - 7096:6
**alignment** [2] - 7184:13, 7184:16
**all** [77] - 7099:9, 7099:16, 7099:23, 7100:3, 7100:7, 7101:3, 7102:17, 7102:25, 7103:25, 7107:16, 7111:2, 7111:8, 7111:16, 7113:11, 7114:4, 7114:23, 7114:25, 7115:5, 7118:7, 7118:15, 7127:13, 7132:17, 7134:18, 7140:25, 7142:9, 7146:19, 7147:11, 7148:5, 7149:5, 7149:21, 7151:11, 7153:17, 7155:10, 7161:17, 7162:11, 7162:21, 7162:25, 7163:3, 7163:25, 7164:6, 7164:19, 7165:3, 7165:7, 7165:12, 7165:16, 7168:14, 7169:10, 7169:13, 7170:15, 7173:6, 7174:21, 7181:5, 7182:13, 7182:23, 7182:24, 7184:3, 7189:16, 7189:20, 7190:4, 7192:19, 7194:3, 7195:2, 7196:7, 7200:7, 7200:12, 7200:20, 7201:7,

7207:22, 7214:18, 7214:24, 7220:3, 7223:10, 7223:15, 7223:25, 7224:8, 7224:18, 7226:3
**ALLAN** [1] - 7094:17
**Alloman** [1] - 7120:13
**allow** [11] - 7116:6, 7116:23, 7126:19, 7146:4, 7146:21, 7149:13, 7186:9, 7196:24, 7197:8, 7214:10
**allowed** [1] - 7167:21
**allows** [3] - 7116:5, 7116:12, 7124:13
**almost** [9] - 7107:16, 7140:25, 7155:3, 7167:17, 7168:2, 7197:10, 7198:8, 7198:25, 7199:17
**alone** [1] - 7204:18
**along** [3] - 7104:19, 7173:16, 7184:12
**already** [3] - 7108:6, 7190:1, 7225:11
**also** [40] - 7098:16, 7101:10, 7101:17, 7101:25, 7102:7, 7102:15, 7107:18, 7115:14, 7142:13, 7146:9, 7157:21, 7160:1, 7170:6, 7170:10, 7171:7, 7171:22, 7171:25, 7174:15, 7175:17, 7176:9, 7178:21, 7179:22, 7183:23, 7188:2, 7188:24, 7189:12, 7189:24, 7190:10, 7191:18, 7192:15, 7192:17, 7193:11, 7195:19, 7201:15, 7203:3, 7204:5, 7205:13, 7207:15, 7209:12
**although** [1] - 7100:18
**always** [4] - 7167:17, 7168:2, 7182:8, 7219:9
**ameliorate** [2] - 7108:9, 7166:25
**Amendment** [1] - 7211:5
**AMERICA** [3] - 7091:15, 7093:10, 7094:21
**AMERICAN** [1] -

7092:12
**amount** [5] - 7114:6, 7124:25, 7149:13, 7215:13, 7215:14
**ample** [1] - 7134:10
**analyses** [2] - 7134:19, 7135:1
**analysis** [25] - 7137:11, 7137:15, 7137:19, 7138:1, 7138:12, 7138:23, 7141:15, 7145:9, 7147:13, 7148:8, 7156:1, 7156:6, 7157:8, 7157:12, 7158:1, 7159:21, 7161:2, 7168:9, 7168:21, 7173:7, 7173:16, 7173:18, 7203:13, 7212:19
**analyze** [3] - 7146:14, 7173:8, 7173:25
**AND** [2] - 7091:12, 7095:9
**and/or** [1] - 7120:19
**Anderson** [8] - 7209:19, 7209:21, 7210:2, 7210:10, 7210:15, 7210:24, 7212:2, 7213:8
**ANDREW** [1] - 7095:4
**Andy** [1] - 7163:14
**ANGELES** [1] - 7095:19
**animation** [22] - 7137:25, 7138:2, 7138:4, 7139:19, 7139:23, 7140:3, 7140:5, 7140:6, 7146:5, 7146:6, 7146:20, 7150:15, 7151:25, 7152:1, 7152:4, 7152:21, 7153:2, 7153:5, 7153:7, 7153:10, 7156:12, 7156:15
**animations** [3] - 7133:4, 7138:10, 7139:10
**announcement** [1] - 7152:15
**annular** [5] - 7143:8, 7212:20, 7212:22, 7212:23, 7212:25
**annulus** [13] - 7126:9, 7129:11, 7143:11, 7143:12, 7143:14, 7143:15,

7149:3, 7150:10, 7150:11, 7193:24, 7194:17, 7196:22, 7197:22
**anomalies** [5] - 7125:13, 7141:1, 7200:2, 7216:3, 7218:12
**anomalous** [2] - 7133:14, 7208:17
**anomaly** [8] - 7147:20, 7147:21, 7147:22, 7176:24, 7177:17, 7207:5, 7219:6, 7221:12
**another** [12] - 7103:9, 7108:7, 7123:10, 7125:7, 7128:25, 7133:17, 7133:18, 7166:15, 7166:17, 7188:24, 7193:2, 7193:12
**ANSWER** [12] - 7212:3, 7216:2, 7216:7, 7216:9, 7216:11, 7217:9, 7217:11, 7219:23, 7219:25, 7220:3, 7220:13, 7220:16
**answer** [3] - 7134:15, 7176:19, 7211:17
**answering** [1] - 7170:12
**ANTHONY** [1] - 7093:7
**Any** [1] - 7119:3
**any** [80] - 7098:6, 7098:12, 7098:13, 7099:12, 7101:15, 7101:20, 7102:2, 7102:12, 7102:25, 7105:3, 7105:4, 7106:4, 7106:15, 7107:4, 7112:3, 7112:10, 7113:23, 7114:5, 7119:7, 7119:19, 7124:4, 7127:5, 7127:7, 7127:9, 7130:3, 7130:6, 7133:20, 7137:16, 7137:18, 7138:10, 7141:23, 7145:5, 7145:9, 7148:5, 7148:25, 7149:13, 7149:19, 7150:6, 7150:7, 7150:20, 7155:9, 7157:6, 7158:3, 7163:10, 7163:18,

7164:12, 7164:14, 7164:15, 7164:17, 7169:15, 7173:13, 7176:3, 7180:6, 7180:21, 7181:16, 7183:4, 7184:4, 7184:13, 7193:1, 7194:3, 7195:10, 7200:2, 7203:12, 7203:16, 7208:24, 7209:13, 7210:3, 7216:3, 7216:4, 7219:19, 7221:6, 7221:7, 7221:10, 7222:15, 7222:17, 7222:19, 7223:5, 7223:9
**anybody** [5] - 7116:2, 7151:12, 7152:13, 7169:7, 7187:9
**anyone** [6] - 7099:12, 7099:18, 7100:3, 7168:15, 7210:23, 7212:7
**anything** [8] - 7110:6, 7150:20, 7152:16, 7164:7, 7169:8, 7216:3, 7216:4
**anyway** [4] - 7135:25, 7224:16, 7225:3, 7225:18
**apologize** [6] - 7135:15, 7161:22, 7179:1, 7180:17, 7224:14, 7224:16
**apparent** [1] - 7136:5
**APPEARANCES** [1] - 7092:1
**appears** [3] - 7101:6, 7218:18, 7220:22
**appendix** [2] - 7213:13, 7213:16
**applied** [6] - 7137:12, 7145:5, 7148:10, 7148:11, 7170:16, 7178:18
**apply** [1] - 7178:13
**applying** [1] - 7145:1
**appreciate** [1] - 7100:24
**appreciated** [1] - 7105:23
**appreciation** [4] - 7103:18, 7105:12, 7107:24, 7120:25
**approach** [1] - 7155:7
**approached** [1] -

7145:22
**approaching** [1] - 7123:20
**approved** [1] - 7218:9
**approximately** [3] - 7208:9, 7212:21, 7219:7
**APRIL** [2] - 7091:6, 7098:2
**April** [20] - 7091:9, 7104:12, 7118:23, 7119:14, 7120:10, 7121:14, 7135:15, 7147:14, 7159:22, 7159:23, 7161:5, 7170:18, 7177:14, 7202:14, 7206:3, 7211:15, 7213:6, 7215:24, 7216:25, 7217:7
**ARCO** [1] - 7165:20
**are** [75] - 7098:14, 7098:20, 7098:24, 7100:12, 7101:11, 7111:9, 7117:9, 7118:4, 7118:5, 7120:9, 7121:13, 7124:2, 7124:25, 7126:18, 7128:14, 7128:24, 7132:17, 7135:7, 7138:15, 7139:2, 7139:11, 7141:12, 7146:12, 7146:19, 7147:12, 7148:2, 7148:14, 7152:12, 7155:1, 7157:16, 7158:25, 7162:15, 7163:12, 7164:7, 7165:3, 7166:15, 7169:2, 7169:14, 7173:8, 7185:11, 7187:21, 7188:6, 7188:9, 7189:3, 7189:5, 7189:10, 7189:12, 7194:2, 7195:18, 7195:20, 7196:18, 7210:1, 7210:4, 7210:15, 7211:5, 7214:10, 7215:3, 7215:11, 7216:24, 7217:1, 7217:16, 7218:19, 7219:11, 7219:14, 7219:15, 7221:7, 7221:9, 7221:20, 7221:22, 7222:19, 7222:23, 7222:25, 7225:13
**area** [4] - 7116:24,

7136:22, 7159:7, 7159:20

**aren't** [1] - 7104:17

**argue** [2] - 7207:19, 7216:14

**argumentative** [1] - 7189:23

**around** [5] - 7145:13, 7161:15, 7172:21, 7194:17, 7225:13

**arranged** [1] - 7101:16

**arrangement** [1] - 7101:13

**ARRELL** [1] - 7095:23

**arrived** [1] - 7202:16

**arriving** [1] - 7185:1

**as-designed** [1] - 7186:12

**ASBILL** [1] - 7095:13

**aside** [2] - 7198:11, 7199:9

**ask** [23] - 7103:21, 7133:23, 7152:9, 7153:4, 7153:5, 7154:12, 7167:7, 7184:18, 7185:2, 7186:1, 7190:18, 7190:19, 7198:11, 7199:10, 7203:19, 7203:20, 7203:21, 7206:1, 7209:12, 7211:13, 7213:15, 7218:6

**asked** [10] - 7103:16, 7119:3, 7135:19, 7135:25, 7136:19, 7196:13, 7204:20, 7211:25, 7220:19, 7223:5

**asking** [8] - 7131:13, 7136:9, 7136:24, 7168:14, 7170:15, 7176:15, 7181:11, 7224:24

**asks** [1] - 7135:24

**aspects** [2] - 7105:17, 7155:20

**assembled** [1] - 7110:17

**asserted** [2] - 7099:5, 7211:4

**assess** [4] - 7125:3, 7128:12, 7130:7, 7215:3

**assessment** [2] - 7203:13, 7203:17

**ASSET** [1] - 7091:13

**assist** [2] - 7115:18,

7151:25

**assisted** [2] - 7133:3, 7140:3

**associated** [4] - 7103:18, 7105:12, 7166:23, 7194:4

**assume** [6] - 7101:25, 7136:2, 7196:10, 7196:11, 7197:15, 7197:17

**assumed** [2] - 7192:13, 7199:16

**assuming** [1] - 7176:16

**assumption** [1] - 7192:23

**at** [215] - 7098:20, 7099:12, 7101:6, 7101:7, 7105:14, 7106:21, 7107:16, 7108:24, 7110:25, 7111:2, 7111:9, 7112:10, 7112:17, 7112:18, 7113:7, 7113:11, 7114:7, 7114:10, 7114:12, 7114:16, 7114:19, 7114:20, 7115:4, 7115:7, 7117:8, 7117:22, 7118:12, 7118:22, 7118:23, 7119:5, 7119:15, 7119:16, 7119:18, 7120:17, 7120:20, 7121:2, 7121:20, 7122:3, 7123:2, 7123:3, 7124:18, 7125:4, 7127:8, 7127:15, 7131:19, 7131:20, 7132:19, 7135:1, 7135:2, 7136:10, 7137:4, 7137:5, 7137:12, 7138:6, 7139:19, 7139:20, 7139:23, 7141:8, 7141:19, 7141:22, 7141:25, 7142:1, 7142:11, 7142:22, 7143:10, 7143:24, 7143:25, 7145:23, 7146:10, 7146:11, 7146:12, 7147:14, 7147:17, 7147:18, 7147:19, 7147:22, 7147:23, 7148:3, 7148:5, 7148:8, 7148:19, 7149:5, 7149:17, 7149:18, 7150:13, 7153:7, 7153:15,

7153:21, 7154:1, 7154:3, 7154:4, 7154:22, 7154:25, 7155:3, 7155:9, 7156:2, 7156:4, 7156:13, 7156:21, 7157:13, 7157:16, 7157:18, 7157:19, 7157:20, 7157:23, 7158:11, 7158:19, 7158:20, 7159:12, 7160:10, 7160:17, 7165:10, 7165:15, 7166:3, 7166:12, 7166:23, 7167:17, 7168:2, 7168:8, 7168:15, 7168:17, 7168:23, 7170:10, 7170:21, 7171:3, 7172:13, 7174:11, 7177:21, 7178:5, 7178:11, 7180:21, 7180:24, 7180:25, 7181:7, 7182:10, 7185:3, 7186:17, 7187:18, 7188:3, 7188:7, 7188:11, 7188:19, 7188:25, 7189:19, 7190:8, 7190:9, 7191:3, 7191:8, 7191:21, 7192:9, 7192:11, 7192:20, 7192:21, 7192:23, 7193:2, 7194:24, 7195:7, 7195:8, 7196:5, 7197:7, 7197:19, 7199:11, 7199:25, 7202:16, 7202:20, 7204:15, 7206:7, 7206:14, 7208:9, 7210:7, 7210:22, 7212:9, 7212:11, 7213:3, 7214:3, 7214:7, 7214:10, 7214:15, 7215:12, 7215:17, 7215:22, 7216:16, 7216:24, 7217:14, 7217:16, 7217:23, 7218:12, 7218:13, 7219:11, 7219:14, 7219:22, 7220:10, 7220:11, 7220:23, 7221:16, 7221:20, 7223:11, 7223:12, 7223:23, 7225:25, 7226:2

**attached** [1] - 7135:20

**attempt** [6] - 7113:9,

7114:5, 7114:8, 7114:9, 7114:22, 7150:1

**attempted** [5] - 7108:23, 7113:7, 7114:3, 7114:4, 7119:8

**attempts** [2] - 7114:4, 7188:4

**attention** [3] - 7224:5, 7224:6, 7224:7

**attorney** [1] - 7184:25

**ATTORNEY** [4] - 7094:6, 7094:7, 7094:12, 7094:14

**attribute** [4] - 7210:15, 7213:7, 7221:1, 7222:8

**attributed** [3] - 7176:10, 7177:23, 7224:10

**attributes** [2] - 7210:24, 7224:12

**attribution** [1] - 7177:13

**August** [1] - 7166:14

**author** [2] - 7160:14, 7162:8

**Auto** [1] - 7106:14

**auto** [12] - 7106:5, 7106:17, 7107:2, 7107:8, 7110:19, 7112:6, 7115:12, 7116:9, 7116:10, 7188:2

**auto-fill** [12] - 7106:5, 7106:17, 7107:2, 7107:8, 7110:19, 7112:6, 7115:12, 7116:9, 7116:10, 7188:2

**automatically** [1] - 7207:25

**available** [4] - 7101:19, 7102:21, 7211:5, 7218:22

**AVENUE** [5] - 7092:7, 7093:12, 7094:8, 7095:2, 7095:18

**aware** [36] - 7103:16, 7186:23, 7188:6, 7188:7, 7188:9, 7188:12, 7189:3, 7189:5, 7189:7, 7189:10, 7189:12, 7189:14, 7189:20, 7190:4, 7190:10,

7195:18, 7195:20, 7200:2, 7200:7, 7201:11, 7210:1, 7210:4, 7210:5, 7216:24, 7217:1, 7217:16, 7217:18, 7219:11, 7219:14, 7219:15, 7219:16, 7221:6, 7221:7, 7221:20, 7221:22

**awareness** [1] - 7200:5

**away** [1] - 7108:3

**awhile** [1] - 7115:25

---

# B

**B** [1] - 7096:6

**back** [45] - 7103:25, 7104:22, 7108:6, 7112:24, 7113:24, 7122:11, 7124:24, 7125:4, 7126:11, 7129:5, 7133:7, 7133:23, 7136:17, 7140:12, 7141:18, 7142:3, 7142:5, 7151:4, 7152:8, 7152:17, 7162:23, 7172:3, 7172:12, 7180:15, 7180:20, 7193:25, 7194:12, 7194:17, 7195:9, 7196:19, 7196:22, 7197:2, 7198:15, 7198:17, 7198:20, 7202:13, 7204:12, 7204:14, 7207:5, 7215:10, 7223:23, 7225:4, 7225:17, 7226:2

**backed** [1] - 7179:16

**background** [1] - 7129:17

**backpressure** [1] - 7128:17

**backwards** [1] - 7194:6

**bad** [2] - 7161:22, 7177:3

**balance** [2] - 7125:10, 7196:24

**balanced** [2] - 7125:9, 7194:25

**balancing** [3] - 7126:19, 7182:5, 7195:3

**ball** [26] - 7110:24, 7111:1, 7111:2, 7111:7, 7111:12,

7115:12, 7115:17, 7115:23, 7115:25, 7116:1, 7116:2, 7116:5, 7116:8, 7117:4, 7117:10, 7118:3, 7186:14, 7188:2, 7190:9, 7191:20, 7192:16, 7193:3, 7193:9, 7198:12

**banquet** [1] - 7185:1

**Barbier** [2] - 7196:13, 7203:19

**BARBIER** [1] - 7091:22

**barrel** [3] - 7109:16, 7120:21, 7122:1

**barrel-per-minute** [1] - 7109:16

**barrels** [12] - 7110:1, 7110:7, 7120:22, 7122:3, 7123:17, 7123:19, 7123:20, 7126:22, 7127:6, 7186:10, 7187:4, 7192:10

**barrels-per-minute** [2] - 7110:1, 7110:7

**barrier** [8] - 7149:22, 7151:6, 7151:18, 7151:20, 7197:14, 7197:22

**barriers** [2] - 7175:14, 7182:20

**base** [1] - 7169:13

**based** [21] - 7100:12, 7105:21, 7110:1, 7117:25, 7129:21, 7131:2, 7131:18, 7132:1, 7133:20, 7137:11, 7137:13, 7138:12, 7141:16, 7142:20, 7149:9, 7153:21, 7154:23, 7177:12, 7214:13, 7220:22

**bases** [1] - 7191:22

**basic** [5] - 7154:14, 7157:5, 7192:22, 7203:20, 7206:8

**basically** [13] - 7107:5, 7110:14, 7116:11, 7124:13, 7124:23, 7128:4, 7129:1, 7141:9, 7156:7, 7156:15, 7161:16, 7196:20, 7196:23

**basis** [4] - 7139:9, 7153:8, 7178:24,

7179:13

**Bates** [5] - 7103:22, 7117:12, 7117:17, 7128:6, 7129:18

**BATON** [2] - 7093:3, 7094:15

**be** [128] - 7098:6, 7099:21, 7100:18, 7100:19, 7101:8, 7101:16, 7101:25, 7103:21, 7105:6, 7106:14, 7108:23, 7109:13, 7111:16, 7112:24, 7114:12, 7114:25, 7115:2, 7115:14, 7116:5, 7118:2, 7121:6, 7122:1, 7123:7, 7123:20, 7128:2, 7128:13, 7128:15, 7128:23, 7129:2, 7130:5, 7130:18, 7130:21, 7131:6, 7131:12, 7133:14, 7135:12, 7136:13, 7136:24, 7137:21, 7138:9, 7139:22, 7140:23, 7141:1, 7141:6, 7141:10, 7143:10, 7143:14, 7144:10, 7144:11, 7145:3, 7145:6, 7145:10, 7148:1, 7148:8, 7148:13, 7148:17, 7149:3, 7149:4, 7149:7, 7149:21, 7149:22, 7150:11, 7152:13, 7153:16, 7154:15, 7157:7, 7157:21, 7157:23, 7160:22, 7162:1, 7162:3, 7162:6, 7163:3, 7164:12, 7164:23, 7167:3, 7167:6, 7167:21, 7169:2, 7170:6, 7170:7, 7170:12, 7170:16, 7172:2, 7172:4, 7172:6, 7172:9, 7173:7, 7174:20, 7174:22, 7174:25, 7177:19, 7179:16, 7180:21, 7185:7, 7185:15, 7185:21, 7187:18, 7193:3, 7193:22, 7193:23, 7194:6, 7194:15, 7194:18, 7198:25, 7199:21, 7200:1, 7200:2, 7200:7,

7200:8, 7202:2, 7206:6, 7208:6, 7211:14, 7213:17, 7214:8, 7221:5, 7223:16, 7224:3, 7225:5, 7225:9, 7225:15, 7226:1

**BEACH** [1] - 7092:15

**bearing** [8] - 7106:15, 7107:4, 7107:9, 7144:15, 7149:6, 7174:4, 7201:12, 7201:17

**bears** [1] - 7178:4

**became** [3] - 7165:19, 7166:3, 7217:14

**because** [33] - 7098:19, 7108:12, 7118:10, 7122:15, 7124:18, 7136:18, 7139:13, 7146:14, 7147:2, 7147:4, 7155:5, 7155:16, 7156:20, 7158:20, 7159:2, 7164:10, 7169:22, 7169:23, 7178:15, 7179:9, 7179:24, 7190:18, 7197:11, 7197:13, 7201:10, 7202:1, 7206:23, 7213:15, 7217:24, 7221:3, 7221:4, 7221:21, 7222:1

**BECK** [10] - 7096:4, 7096:5, 7097:5, 7099:2, 7101:1, 7101:23, 7102:4, 7102:16, 7102:18, 7102:22

**Beck** [25] - 7099:2, 7102:6, 7102:8, 7103:3, 7103:9, 7114:18, 7121:13, 7129:21, 7133:3, 7134:18, 7145:20, 7145:22, 7149:24, 7153:4, 7162:4, 7162:7, 7164:23, 7165:5, 7165:10, 7184:23, 7184:25, 7185:5, 7190:21, 7200:23, 7210:1

**Beck's** [3] - 7100:5, 7138:11, 7161:14

**becomes** [4] - 7116:12, 7151:13, 7156:17, 7182:4

**becoming** [1] -

7154:7

**been** [56] - 7100:21, 7101:3, 7101:19, 7123:2, 7123:10, 7124:18, 7129:4, 7132:22, 7138:4, 7138:5, 7138:15, 7139:10, 7139:11, 7140:22, 7142:7, 7143:12, 7145:4, 7148:7, 7159:21, 7160:9, 7163:24, 7169:7, 7169:9, 7170:24, 7171:2, 7171:4, 7171:5, 7173:6, 7173:17, 7180:11, 7180:24, 7185:2, 7189:18, 7190:8, 7190:25, 7191:1, 7191:2, 7191:4, 7191:6, 7191:9, 7192:25, 7195:16, 7195:17, 7196:14, 7203:9, 7211:9, 7212:9, 7213:16, 7217:6, 7218:11, 7219:6, 7220:1, 7222:12, 7225:8, 7225:11

**before** [30] - 7098:7, 7102:25, 7103:9, 7103:14, 7107:4, 7108:15, 7120:10, 7124:8, 7125:16, 7127:13, 7136:1, 7136:21, 7136:25, 7138:10, 7142:4, 7142:21, 7150:9, 7154:8, 7154:24, 7164:17, 7182:18, 7186:3, 7186:4, 7189:16, 7191:7, 7202:13, 7203:13, 7209:12, 7212:7, 7218:3

**BEFORE** [1] - 7091:22

**began** [2] - 7142:4, 7170:25

**begging** [1] - 7173:20

**begin** [1] - 7212:3

**beginning** [4] - 7098:20, 7169:4, 7171:3, 7219:7

**behalf** [2] - 7163:6, 7164:24

**behind** [3] - 7126:2, 7152:11, 7179:1

**being** [21] - 7105:19,

7108:13, 7113:12, 7114:5, 7120:25, 7121:22, 7136:8, 7138:14, 7143:12, 7147:24, 7150:12, 7150:22, 7151:18, 7163:22, 7180:3, 7180:4, 7191:5, 7196:8, 7207:18, 7211:14, 7217:24

**belief** [1] - 7168:11

**believe** [25] - 7112:10, 7112:18, 7121:4, 7132:19, 7146:25, 7160:17, 7160:19, 7162:3, 7164:7, 7170:10, 7170:21, 7171:25, 7176:22, 7181:15, 7181:18, 7183:14, 7187:4, 7188:19, 7189:7, 7198:8, 7198:9, 7210:12, 7212:19, 7213:10

**believes** [1] - 7138:13

**below** [22] - 7111:25, 7115:15, 7119:21, 7120:21, 7122:23, 7123:9, 7128:16, 7142:23, 7143:20, 7145:6, 7148:24, 7149:18, 7149:20, 7149:23, 7149:24, 7153:22, 7154:19, 7182:19, 7193:23, 7212:20, 7212:23, 7212:25

**BEN** [1] - 7094:4

**bench** [2] - 7099:22, 7139:20

**bending** [1] - 7141:13

**benefit** [1] - 7153:14

**Benge** [1] - 7195:19

**Benge's** [1] - 7196:3

**besides** [1] - 7214:22

**best** [3] - 7132:25, 7199:25, 7226:13

**better** [5] - 7129:13, 7167:23, 7182:11, 7182:13

**between** [20] - 7104:12, 7114:13, 7116:23, 7122:6, 7124:13, 7126:7, 7129:15, 7136:17, 7149:10, 7150:23, 7152:8, 7159:6,

7159:10, 7184:5,
7184:6, 7184:13,
7208:10, 7218:12,
7221:15

**beyond** [3] - 7127:6,
7164:8, 7164:13

**big** [3] - 7142:2,
7145:3, 7153:14

**bigger** [2] - 7129:14,
7129:15

**bit** [13] - 7144:18,
7165:13, 7177:1,
7177:2, 7179:16,
7181:17, 7184:6,
7187:18, 7191:18,
7194:4, 7203:18,
7216:15, 7218:24

**black** [3] - 7154:17,
7221:21, 7222:1

**bladder** [22] -
7176:11, 7176:21,
7176:22, 7176:23,
7177:14, 7177:16,
7177:24, 7204:25,
7209:9, 7209:17,
7210:2, 7210:6,
7211:1, 7212:13,
7212:19, 7212:24,
7212:25, 7213:1,
7213:2, 7213:6,
7213:10

**bleed** [3] - 7194:1,
7194:4, 7195:9

**bleed-back** [1] -
7195:9

**bleedback** [1] -
7193:13

**bleeding** [2] -
7114:21

**blew** [8] - 7119:5,
7119:6, 7120:4,
7155:22, 7188:19,
7188:20, 7189:12,
7198:12

**blinding** [1] - 7116:2

**blockage** [1] -
7192:1

**blocking** [1] -
7110:21

**blow** [6] - 7104:8,
7106:9, 7117:18,
7128:7, 7189:19,
7190:9

**blowing** [2] -
7191:20, 7197:23

**blown** [4] - 7119:8,
7192:17, 7193:3,
7193:9

**blowout** [28] -
7100:22, 7100:25,

7101:3, 7101:5,
7101:10, 7101:13,
7101:16, 7101:18,
7140:16, 7140:17,
7143:4, 7150:8,
7155:20, 7176:6,
7178:23, 7179:2,
7179:5, 7179:12,
7180:19, 7181:23,
7183:13, 7183:15,
7183:18, 7183:23,
7205:21, 7210:8,
7219:20, 7222:20

**Bly** [3] - 7185:8,
7208:20

**board** [1] - 7169:16

**Bob** [2] - 7121:13

**BOCKIUS** [1] -
7096:17

**bond** [8] - 7128:14,
7130:19, 7130:20,
7131:6, 7131:20,
7134:7, 7175:18,
7182:16

**BOP** [3] - 7181:8,
7181:9, 7183:11

**bore** [1] - 7196:2

**both** [19] - 7099:23,
7117:9, 7118:4,
7126:18, 7128:7,
7148:1, 7176:9,
7177:25, 7178:13,
7178:18, 7180:18,
7186:21, 7187:4,
7190:14, 7192:21,
7204:21, 7211:2,
7211:4, 7221:16

**bottom** [33] -
7106:22, 7108:2,
7111:1, 7111:7,
7111:9, 7112:20,
7116:8, 7117:10,
7120:18, 7136:23,
7137:5, 7144:1,
7144:8, 7144:24,
7147:1, 7147:8,
7147:14, 7147:18,
7153:15, 7154:3,
7154:4, 7166:19,
7170:3, 7170:20,
7170:25, 7181:7,
7189:19, 7190:9,
7191:5, 7191:20,
7192:17, 7193:3,
7198:13

**bottoms** [9] -
7123:12, 7123:15,
7123:18, 7123:21,
7123:23, 7123:25,
7125:4, 7132:9,

7182:21

**bottoms-up** [4] -
7123:23, 7123:25,
7125:4, 7132:9

**BOULEVARD** [1] -
7093:5

**BOUNDS** [1] -
7092:8

**BOX** [4] - 7092:4,
7093:18, 7093:23,
7094:15

**BP** [90] - 7091:15,
7094:20, 7094:21,
7094:22, 7100:6,
7101:8, 7105:22,
7106:20, 7107:24,
7108:7, 7110:6,
7113:7, 7113:16,
7118:16, 7119:8,
7126:21, 7127:5,
7127:18, 7129:21,
7130:23, 7131:2,
7131:8, 7131:13,
7131:19, 7132:4,
7133:21, 7134:19,
7135:10, 7135:13,
7136:6, 7137:25,
7147:13, 7148:8,
7151:17, 7151:21,
7159:23, 7163:14,
7163:18, 7163:24,
7170:21, 7171:22,
7172:1, 7172:7,
7172:16, 7173:15,
7175:2, 7175:10,
7175:13, 7175:17,
7176:9, 7177:15,
7177:23, 7178:13,
7179:24, 7180:7,
7180:13, 7181:1,
7183:24, 7184:7,
7185:3, 7187:10,
7188:1, 7188:4,
7188:7, 7189:3,
7191:22, 7192:22,
7196:8, 7199:16,
7201:1, 7201:5,
7201:8, 7201:10,
7201:15, 7202:5,
7202:10, 7203:22,
7204:1, 7204:5,
7204:11, 7204:21,
7204:25, 7206:10,
7208:4, 7211:2,
7211:13, 7213:19,
7218:9, 7223:16

**BP's** [25] - 7103:11,
7106:4, 7106:11,
7123:11, 7123:12,
7127:14, 7127:17,

7128:10, 7130:17,
7163:16, 7169:19,
7174:3, 7175:20,
7175:22, 7179:21,
7185:8, 7186:20,
7195:20, 7199:11,
7202:22, 7204:18,
7205:13, 7207:11

**BRAD** [1] - 7095:17

**Brad** [2] - 7200:23,
7224:4

**BRANCH** [3] -
7093:11, 7093:20,
7094:2

**brand** [1] - 7145:18

**breach** [11] -
7119:21, 7123:9,
7142:23, 7148:24,
7149:1, 7149:7,
7149:11, 7149:12,
7149:24, 7150:19,
7150:21

**break** [8] - 7103:9,
7114:7, 7162:16,
7162:18, 7162:21,
7162:23, 7187:20

**breath** [1] - 7132:23

**BREIT** [2] - 7092:14,
7092:14

**BRENNAN** [1] -
7095:13

**Brett** [2] - 7104:12,
7104:22

**BRIAN** [28] -
7095:17, 7176:12,
7200:22, 7205:8,
7205:9, 7205:24,
7205:25, 7207:7,
7207:8, 7211:12,
7211:17, 7211:21,
7211:24, 7217:4,
7217:12, 7218:16,
7218:17, 7218:24,
7219:1, 7219:17,
7220:5, 7220:9,
7220:17, 7221:13,
7221:14, 7223:13,
7224:4, 7224:9

**Brian** [15] - 7097:13,
7104:12, 7104:15,
7118:24, 7119:3,
7120:9, 7135:14,
7135:15, 7135:25,
7137:4, 7138:22,
7139:2, 7200:23,
7224:4

**brief** [4] - 7155:21,
7185:7, 7185:22,
7213:17

**briefly** [2] - 7151:1,

7202:7

**bring** [24] - 7106:7,
7109:2, 7109:10,
7110:9, 7112:14,
7113:14, 7117:11,
7118:18, 7118:19,
7119:11, 7120:5,
7120:7, 7121:10,
7127:20, 7135:4,
7143:16, 7144:6,
7152:4, 7156:23,
7160:3, 7198:16,
7204:12, 7224:5,
7224:7

**broach** [1] - 7144:13

**broad** [1] - 7131:14

**BROCK** [1] - 7095:2

**broke** [7] - 7114:16,
7114:18, 7139:15,
7192:5, 7198:10,
7198:12, 7198:14

**broken** [2] - 7139:8,
7196:10

**brought** [3] -
7103:21, 7212:3,
7224:6

**brute** [1] - 7188:4

**Bryan** [1] - 7118:22

**bubble** [1] - 7124:13

**bucket** [3] - 7198:15,
7199:8

**buckets** [5] -
7198:22, 7198:23,
7198:24, 7199:2,
7199:3

**bucking** [1] - 7136:1

**buckle** [2] - 7141:10,
7141:11

**buckled** [1] -
7153:12

**buckling** [34] -
7134:19, 7134:22,
7135:1, 7135:12,
7136:2, 7136:9,
7136:13, 7136:21,
7136:25, 7137:6,
7137:11, 7137:13,
7138:1, 7138:12,
7138:13, 7138:17,
7138:23, 7141:8,
7141:12, 7141:20,
7141:21, 7141:22,
7142:2, 7142:13,
7145:8, 7145:11,
7147:11, 7147:13,
7147:14, 7148:8,
7151:24, 7153:12,
7153:15

**build** [1] - 7212:24

**building** [1] - 7207:5

**BUILDING** [1] - 7092:12
  **built** [1] - 7186:14
  **bulk** [1] - 7155:22
  **bump** [1] - 7129:2
  **bumping** [1] - 7128:21
**BURLING** [1] - 7095:1
  **business** [1] - 7176:23
  **but** [86] - 7098:19, 7100:8, 7101:7, 7102:14, 7103:15, 7108:20, 7110:15, 7119:5, 7120:13, 7123:24, 7131:13, 7131:25, 7133:5, 7135:16, 7135:21, 7137:15, 7137:17, 7139:10, 7139:19, 7140:8, 7142:2, 7145:8, 7146:2, 7146:21, 7148:13, 7148:19, 7151:2, 7151:25, 7153:10, 7153:16, 7154:7, 7157:5, 7157:24, 7158:6, 7158:10, 7159:4, 7161:6, 7161:10, 7161:14, 7162:3, 7162:23, 7164:10, 7167:7, 7170:15, 7172:11, 7173:18, 7174:2, 7176:14, 7178:2, 7178:13, 7178:18, 7178:25, 7179:2, 7179:17, 7181:5, 7183:23, 7184:8, 7184:15, 7184:20, 7186:3, 7187:19, 7188:17, 7189:14, 7192:14, 7193:9, 7193:17, 7194:5, 7196:1, 7196:2, 7196:10, 7198:1, 7198:5, 7199:9, 7201:7, 7202:6, 7202:19, 7210:23, 7212:1, 7212:25, 7213:1, 7214:21, 7218:5, 7221:6, 7222:2, 7223:3, 7225:13
  **But** [1] - 7105:5
  **but..** [1] - 7163:23
  **butchering** [1] - 7135:16
  **by** [49] - 7097:7,

7097:9, 7097:11, 7097:13, 7101:24, 7106:15, 7107:12, 7109:23, 7115:23, 7117:8, 7118:1, 7128:20, 7133:21, 7134:19, 7135:10, 7138:5, 7145:22, 7152:10, 7157:7, 7160:6, 7160:17, 7160:19, 7161:11, 7161:18, 7162:2, 7162:5, 7163:16, 7165:6, 7168:6, 7175:21, 7178:24, 7179:13, 7185:8, 7186:14, 7187:9, 7187:10, 7189:18, 7192:11, 7195:18, 7195:19, 7198:4, 7199:13, 7199:14, 7201:1, 7218:8, 7218:9, 7225:14
  **BY** [101] - 7091:5, 7092:3, 7092:6, 7092:9, 7092:11, 7092:14, 7092:17, 7092:19, 7092:22, 7093:2, 7093:4, 7093:7, 7093:11, 7093:15, 7093:20, 7094:2, 7094:7, 7094:13, 7094:17, 7094:22, 7095:2, 7095:4, 7095:11, 7095:14, 7095:17, 7095:20, 7095:23, 7096:2, 7096:5, 7096:11, 7096:15, 7096:18, 7096:25, 7096:25, 7103:8, 7103:24, 7104:10, 7106:10, 7109:3, 7109:11, 7110:11, 7112:15, 7113:15, 7115:22, 7117:13, 7117:19, 7118:21, 7119:12, 7120:8, 7121:12, 7127:21, 7128:8, 7129:20, 7131:17, 7133:10, 7134:17, 7135:6, 7136:16, 7137:3, 7140:1, 7142:19, 7143:17, 7144:16, 7146:24, 7148:23, 7152:19, 7153:3, 7153:18, 7155:13, 7156:25, 7159:19, 7160:4, 7160:15, 7161:20, 7164:22,

7165:9, 7174:23, 7176:25, 7179:8, 7180:23, 7181:13, 7183:9, 7184:22, 7185:20, 7186:7, 7187:17, 7190:3, 7191:17, 7199:7, 7200:22, 7205:9, 7205:25, 7207:8, 7211:12, 7211:24, 7217:12, 7218:17, 7219:1, 7220:5, 7220:17, 7221:14
  **bypassed** [1] - 7123:2

# C

**C** [3] - 7095:2, 7096:15, 7096:19
**CA** [2] - 7093:13, 7095:19
  **cabin** [1] - 7222:12
  **calculate** [1] - 7141:19
  **calculated** [2] - 7193:6, 7193:7
  **calculation** [2] - 7110:4, 7141:15
  **calculations** [2] - 7136:9, 7148:5
**CALDWELL** [1] - 7094:13
  **call** [13] - 7098:19, 7098:20, 7098:21, 7110:19, 7159:9, 7191:6, 7193:12, 7195:5, 7202:23, 7208:8, 7208:16, 7215:15, 7221:10
  **call-out** [1] - 7098:20
  **call-outs** [2] - 7098:19, 7098:21
  **called** [12] - 7106:8, 7110:19, 7120:14, 7121:17, 7121:18, 7165:5, 7176:11, 7177:14, 7177:24, 7185:12, 7194:7, 7209:9
  **calling** [1] - 7162:7
  **calls** [1] - 7176:12
**Calvert** [1] - 7195:20
**Calvert's** [1] - 7196:3
  **came** [7] - 7122:15, 7157:6, 7180:15, 7187:6, 7187:11, 7215:14, 7216:1
  **Cameron** [9] -

7099:2, 7099:6, 7100:11, 7100:14, 7100:23, 7101:6, 7101:21, 7102:11, 7163:16
**CAMERON** [1] - 7096:1
  **Cameron's** [6] - 7099:13, 7100:10, 7100:23, 7101:7, 7101:22, 7164:14
  **CAMP** [1] - 7094:18
  **can** [122] - 7097:9, 7099:21, 7101:25, 7104:17, 7104:19, 7106:7, 7106:11, 7109:2, 7109:10, 7109:12, 7110:9, 7110:15, 7112:14, 7112:17, 7113:14, 7113:16, 7114:9, 7115:9, 7115:21, 7115:23, 7117:11, 7117:17, 7117:20, 7117:25, 7118:18, 7118:19, 7119:23, 7120:5, 7120:7, 7121:3, 7121:9, 7123:6, 7124:7, 7125:1, 7126:1, 7126:3, 7126:5, 7126:9, 7126:13, 7127:20, 7127:22, 7127:25, 7128:9, 7130:17, 7131:7, 7131:15, 7132:25, 7133:7, 7133:14, 7133:16, 7135:9, 7135:19, 7136:1, 7136:5, 7136:14, 7136:20, 7136:24, 7136:25, 7137:14, 7137:17, 7138:1, 7139:15, 7139:24, 7140:12, 7142:22, 7143:14, 7143:20, 7144:10, 7145:24, 7146:15, 7148:5, 7148:6, 7148:19, 7151:1, 7152:4, 7152:18, 7152:20, 7153:5, 7153:23, 7156:2, 7156:9, 7158:9, 7158:19, 7158:21, 7160:3, 7160:5, 7160:10, 7161:1, 7161:15, 7167:3, 7174:24, 7179:14, 7180:2, 7181:11, 7181:18, 7182:1, 7183:7,

7185:7, 7186:1, 7187:14, 7191:2, 7191:7, 7191:11, 7191:13, 7196:18, 7201:21, 7205:24, 7210:24, 7212:24, 7212:25, 7214:13, 7214:14, 7214:15, 7214:16, 7219:9, 7221:13, 7224:19, 7225:10
  **can't** [10] - 7112:3, 7116:19, 7136:18, 7141:3, 7150:15, 7172:11, 7177:17, 7210:23, 7212:16, 7214:13
  **cannot** [4] - 7140:20, 7170:6, 7170:7, 7176:3
  **capably** [2] - 7217:10, 7217:11
  **capacities** [2] - 7145:11, 7173:6
  **capacity** [2] - 7101:17, 7155:11
  **care** [2] - 7099:12, 7185:7
  **career** [1] - 7165:12
  **careful** [1] - 7170:12
  **cares** [1] - 7105:5
  **Carl** [4] - 7179:7, 7180:22, 7181:11, 7183:7
  **CARL** [1] - 7091:22
**CARONDELET** [2] - 7092:17, 7096:3
**CARRIE** [1] - 7095:5
  **carries** [1] - 7107:16
**CASE** [2] - 7091:12, 7091:14
  **case** [20] - 7099:4, 7100:9, 7100:22, 7100:24, 7101:7, 7103:17, 7123:11, 7126:6, 7142:15, 7145:24, 7148:3, 7150:7, 7160:10, 7165:4, 7184:14, 7196:11, 7198:22, 7198:23, 7205:5, 7223:6
  **casing** [122] - 7105:13, 7105:18, 7105:24, 7106:18, 7106:21, 7107:3, 7107:14, 7107:19, 7107:20, 7107:25, 7108:2, 7108:8, 7108:13, 7110:18,

7110:22, 7111:3,
7111:4, 7111:7,
7111:16, 7111:21,
7112:2, 7112:8,
7112:21, 7112:23,
7113:12, 7113:22,
7113:23, 7113:25,
7117:1, 7120:18,
7122:14, 7124:5,
7124:8, 7124:17,
7126:9, 7129:12,
7133:17, 7133:19,
7134:20, 7134:23,
7135:20, 7136:12,
7136:13, 7137:12,
7138:13, 7139:8,
7139:12, 7139:15,
7140:19, 7140:21,
7141:2, 7141:4,
7141:5, 7141:6,
7141:7, 7141:10,
7141:11, 7141:12,
7141:13, 7141:14,
7141:24, 7142:6,
7143:7, 7143:19,
7144:1, 7144:8,
7144:24, 7145:1,
7145:2, 7145:3,
7145:4, 7145:6,
7145:10, 7145:14,
7145:18, 7146:15,
7146:16, 7146:25,
7147:7, 7147:9,
7147:10, 7147:11,
7147:12, 7147:18,
7147:20, 7147:23,
7147:25, 7148:11,
7149:2, 7149:10,
7151:7, 7151:8,
7151:20, 7153:8,
7153:12, 7153:16,
7160:7, 7168:1,
7171:5, 7171:9,
7173:23, 7182:21,
7186:23, 7191:5,
7191:7, 7192:20,
7194:2, 7194:3,
7194:11, 7194:12,
7194:18, 7195:3,
7195:4, 7196:15,
7196:20, 7197:3,
7197:23, 7199:18
  **casualty** [2] -
7100:15, 7101:5
  **catch** [1] - 7132:23
  **causal** [2] - 7150:17,
7151:3
  **cause** [3] - 7162:5,
7222:19, 7223:9
  **caused** [5] -

7100:15, 7101:5,
7176:24, 7192:1,
7205:21
  **causes** [1] - 7141:21
  **causing** [2] -
7141:22, 7174:4
  **caution** [1] - 7129:6
  **cautious** [1] - 7200:1
  **CBL** [5] - 7127:15,
7127:17, 7132:20,
7132:23, 7134:1
  **CCR** [3] - 7096:21,
7226:10, 7226:18
  **cement** [112] -
7105:6, 7105:20,
7111:23, 7111:25,
7112:1, 7123:13,
7123:15, 7124:1,
7125:16, 7125:21,
7126:1, 7126:6,
7126:8, 7126:10,
7126:20, 7126:22,
7127:16, 7128:3,
7128:11, 7128:13,
7128:14, 7128:18,
7128:20, 7128:22,
7128:24, 7129:1,
7129:4, 7129:15,
7129:22, 7129:23,
7129:24, 7130:4,
7130:7, 7130:12,
7130:13, 7130:14,
7130:15, 7130:18,
7130:19, 7130:20,
7130:23, 7130:24,
7130:25, 7131:6,
7131:7, 7131:20,
7132:1, 7132:2,
7132:23, 7133:19,
7134:7, 7134:10,
7140:22, 7140:23,
7143:12, 7143:13,
7143:14, 7143:21,
7143:22, 7148:25,
7149:1, 7149:4,
7149:5, 7149:12,
7149:19, 7149:21,
7150:12, 7150:17,
7150:21, 7150:22,
7150:24, 7151:7,
7151:20, 7167:9,
7167:18, 7167:20,
7171:9, 7174:5,
7175:18, 7182:12,
7182:16, 7182:18,
7182:21, 7186:23,
7193:19, 7193:20,
7193:22, 7193:24,
7194:5, 7194:25,
7195:14, 7195:19,

7196:23, 7196:24,
7197:5, 7197:8,
7197:13, 7197:16,
7197:21, 7200:1,
7202:23, 7222:23,
7222:25, 7223:3,
7223:6
  **Cement** [2] - 7128:9,
7128:17
  **cementing** [8] -
7129:14, 7143:22,
7150:18, 7150:19,
7167:7, 7169:24,
7199:18, 7223:10
  **CENTER** [1] - 7096:7
  **center** [1] - 7104:24
  **centralization** [2] -
7105:17, 7132:2
  **centralize** [1] -
7104:25
  **centralized** [1] -
7105:4
  **centralizer** [1] -
7160:20
  **centralizers** [12] -
7103:11, 7103:19,
7104:13, 7104:16,
7105:25, 7131:10,
7131:23, 7131:25,
7181:18, 7182:10,
7182:11, 7182:14
  **centralizing** [4] -
7105:12, 7105:15,
7105:19, 7105:23
  **CENTRE** [1] -
7095:11
  **CERNICH** [1] -
7093:16
  **certain** [6] - 7140:15,
7147:2, 7182:7,
7197:12, 7198:7,
7201:16
  **certainly** [1] - 7155:3
  **certainty** [6] -
7175:25, 7176:2,
7178:23, 7178:25,
7179:12, 7179:16
  **CERTIFICATE** [1] -
7226:8
  **certify** [1] - 7226:12
  **CFR** [1] - 7170:10
  **chain** [6] - 7104:11,
7104:20, 7135:7,
7136:17, 7150:16,
7151:3
  **Chaisson** [1] -
7189:10
  **Chaisson's** [1] -
7189:8
  **CHAKERES** [1] -

7093:17
  **challenges** [1] -
7196:4
  **chance** [4] - 7106:1,
7125:22, 7179:15,
7182:11
  **CHANG** [1] - 7093:16
  **change** [13] -
7127:13, 7131:15,
7156:9, 7158:24,
7159:2, 7159:3,
7159:5, 7159:13,
7159:14, 7160:20,
7181:2, 7184:19
  **changed** [7] -
7155:17, 7159:14,
7183:18, 7202:11,
7220:19, 7220:20
  **changes** [5] -
7126:8, 7147:22,
7159:15, 7172:17,
7181:1
  **changing** [1] -
7192:12
  **channelling** [1] -
7132:2
  **characteristics** [1] -
7145:18
  **chart** [3] - 7114:15,
7185:25, 7186:3
  **CHASE** [1] - 7095:21
  **check** [9] - 7133:17,
7133:18, 7191:12,
7195:23, 7196:15,
7206:15, 7206:21,
7217:16, 7217:23
  **checked** [2] -
7187:25, 7195:12
  **checking** [2] -
7194:7, 7195:15
  **cheese** [1] - 7185:12
  **CHICAGO** [1] -
7095:6
  **choice** [1] - 7133:14
  **choosing** [2] -
7171:22, 7182:10
  **chose** [1] - 7180:13
  **chosen** [1] - 7180:7
  **circulate** [15] -
7111:10, 7111:20,
7113:9, 7113:10,
7123:11, 7123:13,
7123:15, 7123:18,
7125:15, 7126:13,
7126:16, 7126:17,
7127:6, 7186:13,
7187:5
  **circulated** [8] -
7098:10, 7122:4,
7123:16, 7124:16,

7124:18, 7126:21,
7127:1, 7163:8
  **circulating** [15] -
7111:6, 7118:13,
7122:9, 7122:21,
7123:6, 7123:7,
7124:9, 7125:18,
7127:8, 7132:14,
7150:4, 7172:9,
7182:20, 7186:11,
7192:9
  **Circulation** [1] -
7118:24
  **circulation** [40] -
7111:9, 7111:11,
7113:4, 7113:6,
7113:8, 7113:10,
7113:16, 7113:21,
7114:1, 7114:2,
7114:3, 7114:5,
7114:7, 7114:15,
7114:18, 7114:23,
7122:16, 7123:3,
7123:4, 7123:23,
7123:25, 7127:9,
7132:9, 7132:12,
7132:14, 7134:6,
7134:8, 7182:17,
7190:5, 7191:24,
7192:9, 7192:15,
7192:18, 7193:2,
7193:3, 7193:8,
7203:4, 7206:24,
7207:12
  **circumstance** [1] -
7176:3
  **circumstances** [1] -
7223:2
  **cite** [1] - 7134:18
  **cited** [1] - 7187:4
  **cites** [1] - 7137:17
  **CIVIL** [3] - 7091:8,
7093:11, 7093:20
  **claim** [2] - 7100:16,
7102:15
  **claimants** [1] -
7099:4
  **claimed** [1] - 7167:8
  **claims** [3] - 7099:5,
7100:11, 7145:20
  **clarification** [2] -
7163:15, 7178:9
  **clarify** [1] - 7163:18,
7167:7, 7169:13
  **class** [1] - 7165:2
  **Clawson** [4] -
7118:22, 7187:25,
7188:2, 7188:10
  **clean** [3] - 7124:8,
7124:15, 7124:16

clean-out [1] - 7124:15
clear [9] - 7107:3, 7109:18, 7120:15, 7122:18, 7162:1, 7168:19, 7169:2, 7172:1, 7173:9
cleared [1] - 7124:3
clearly [4] - 7151:9, 7199:22, 7199:23, 7207:5
CLERK [3] - 7162:25, 7223:25, 7226:3
CLINGMAN [1] - 7095:14
clogged [1] - 7207:16
close [6] - 7099:3, 7112:1, 7116:14, 7116:19, 7123:22, 7129:11
closed [2] - 7111:16, 7156:19
coarse [2] - 7129:9, 7129:10
Cocales [2] - 7104:12, 7104:22
Code [1] - 7170:12
code [3] - 7170:13, 7170:14, 7170:17
cognizant [1] - 7200:8
collapse [2] - 7145:17, 7146:16
collar [79] - 7106:3, 7108:19, 7108:22, 7109:5, 7109:8, 7109:13, 7109:17, 7110:13, 7111:5, 7111:8, 7111:23, 7111:24, 7111:25, 7112:11, 7112:17, 7113:7, 7116:20, 7116:24, 7118:9, 7118:11, 7118:23, 7118:25, 7119:9, 7119:21, 7121:2, 7121:23, 7122:23, 7123:9, 7132:4, 7132:6, 7133:8, 7133:16, 7133:18, 7135:21, 7142:24, 7143:1, 7143:20, 7144:14, 7145:6, 7147:3, 7148:24, 7149:1, 7149:19, 7149:24, 7150:1, 7185:6, 7185:16, 7186:9, 7186:13,

7186:19, 7186:22, 7187:1, 7187:7, 7188:5, 7188:14, 7189:22, 7190:5, 7190:15, 7190:25, 7191:23, 7192:7, 7192:13, 7192:20, 7193:8, 7193:14, 7193:23, 7193:24, 7193:25, 7194:6, 7195:12, 7196:6, 7197:2, 7197:17, 7198:10, 7198:12, 7199:12, 7199:17, 7200:4
collars [2] - 7126:12, 7197:2
colleague's [1] - 7195:19
colleagues [1] - 7185:3
collect [1] - 7119:24
colloquially [1] - 7185:12
column [3] - 7128:17, 7128:20, 7154:15
come [17] - 7109:18, 7111:4, 7112:2, 7112:7, 7140:20, 7150:17, 7152:8, 7162:23, 7171:5, 7177:3, 7187:9, 7187:10, 7200:6, 7223:23, 7225:4, 7225:17, 7226:2
comes [2] - 7149:2, 7192:19
coming [16] - 7107:13, 7115:13, 7125:10, 7126:2, 7140:13, 7140:21, 7155:10, 7156:8, 7156:9, 7157:21, 7157:22, 7157:23, 7168:20, 7194:23, 7195:6, 7214:8
commencing [1] - 7123:13
comment [3] - 7138:24, 7155:5, 7217:2
comments [2] - 7099:12, 7163:16
commercial [1] - 7174:22
COMMERCIAL [1] - 7094:2
commercialbility [1] - 7174:19

commercially [1] - 7174:25
common [1] - 7203:7
commonly [1] - 7128:25
communication [2] - 7116:23, 7175:25
communications [1] - 7206:13
COMPANY [1] - 7094:22
company [15] - 7165:25, 7166:1, 7166:16, 7166:18, 7177:4, 7177:19, 7178:3, 7178:4, 7178:11, 7178:16, 7206:10, 7208:4, 7208:11, 7211:2, 7218:9
company-wide [2] - 7165:25, 7166:1
compare [1] - 7125:2
comparison [2] - 7114:11, 7123:18
competency [1] - 7177:3
COMPLAINT [1] - 7091:12
complaint [1] - 7100:11
complaints [1] - 7101:4
complete [4] - 7144:9, 7173:4, 7180:17, 7184:13
completely [4] - 7102:11, 7127:13, 7207:1, 7214:9
completion [2] - 7166:5, 7169:23
complex [2] - 7132:23, 7167:23
comply [1] - 7131:2
components [2] - 7101:13, 7101:14
compressing [1] - 7194:5
compression [7] - 7137:10, 7141:13, 7141:22, 7141:24, 7145:2, 7145:10, 7147:24
compressional [5] - 7145:5, 7146:1, 7147:6, 7147:10
compressive [2] - 7147:17, 7148:9
comprise [1] - 7126:1

compromise [1] - 7132:1
computation [1] - 7214:13
computations [1] - 7110:3
computed [2] - 7157:14, 7157:24
COMPUTER [1] - 7096:25
computer [1] - 7140:7
conceived [1] - 7192:24
concept [1] - 7140:8
concern [3] - 7119:7, 7120:3, 7135:12
concerned [2] - 7105:17, 7108:1, 7136:13
concerns [3] - 7105:15, 7199:13, 7199:14
conclude [1] - 7209:14
CONCLUDED [1] - 7226:4
conclusion [5] - 7139:7, 7176:12, 7176:16, 7200:3, 7222:6
conclusively [1] - 7195:11
concrete [1] - 7167:18
concur [1] - 7099:24
condensed [1] - 7181:6
condition [5] - 7112:4, 7144:8, 7152:22, 7180:2, 7180:4
conditions [10] - 7134:23, 7135:2, 7135:11, 7136:8, 7138:14, 7138:17, 7152:24, 7154:15, 7215:25
conduct [4] - 7123:25, 7150:24, 7175:20, 7205:18
conducted [3] - 7151:9, 7157:8, 7218:4
conducting [3] - 7199:19, 7199:20, 7200:9
configured [1] - 7101:16
confirm [3] -

7128:11, 7206:18, 7209:12
confused [1] - 7221:25
confusing [2] - 7140:16, 7216:15
CONRAD [1] - 7092:19
consequence [1] - 7151:13
consequences [1] - 7141:11
consider [2] - 7116:20, 7212:18
consideration [1] - 7174:11
considered [5] - 7117:14, 7133:21, 7139:22, 7141:8, 7172:7
considering [1] - 7133:24
consistent [13] - 7106:23, 7110:20, 7119:19, 7120:18, 7149:25, 7150:9, 7150:12, 7150:14, 7156:4, 7158:10, 7192:7, 7192:15, 7193:7
consists [1] - 7151:7
constant [10] - 7148:1, 7157:17, 7157:18, 7157:19, 7157:20, 7157:23, 7158:11, 7159:12, 7219:22
construction [1] - 7100:20
consultant [3] - 7165:22, 7166:15, 7166:18
contaminate [2] - 7126:5
contaminating [1] - 7125:22
context [9] - 7125:7, 7131:5, 7140:24, 7141:25, 7157:2, 7167:13, 7181:23, 7194:24, 7223:11
continue [9] - 7147:7, 7151:18, 7156:14, 7172:23, 7204:6, 7204:11, 7209:3, 7215:11, 7225:13
continued [6] - 7112:22, 7127:6, 7127:7, 7151:23,

7179:3, 7188:4

**continues** [1] -
7156:16

**continuing** [2] -
7103:3, 7148:13

**contractors** [4] -
7201:4, 7201:21,
7202:1, 7202:2

**contractual** [1] -
7102:2

**contributed** [1] -
7100:15

**control** [9] - 7150:20,
7165:15, 7166:1,
7169:23, 7177:19,
7181:23, 7183:1,
7201:8, 7205:14

**conventional** [2] -
7106:16, 7157:23

**conversation** [5] -
7188:9, 7208:22,
7208:24, 7208:25,
7209:2

**conversion** [12] -
7106:3, 7112:17,
7114:12, 7118:8,
7118:11, 7121:6,
7121:23, 7133:9,
7142:25, 7150:1,
7191:8, 7200:4

**convert** [20] -
7106:5, 7106:21,
7108:15, 7108:22,
7109:23, 7110:13,
7111:22, 7112:11,
7113:7, 7116:15,
7119:8, 7120:14,
7133:13, 7147:3,
7186:8, 7187:1,
7187:19, 7188:4,
7189:17, 7190:5

**converted** [31] -
7106:16, 7107:6,
7108:23, 7108:24,
7109:14, 7111:17,
7111:19, 7119:16,
7119:17, 7121:2,
7132:7, 7186:22,
7188:15, 7189:22,
7190:15, 7191:1,
7191:2, 7191:4,
7191:23, 7192:7,
7192:13, 7193:14,
7195:12, 7195:23,
7196:6, 7196:9,
7197:18, 7199:12,
7199:17, 7199:25

**converting** [11] -
7107:8, 7107:12,
7107:15, 7108:19,

7109:7, 7117:7,
7120:6, 7120:12,
7132:4, 7181:7,
7188:3

**conveyed** [1] -
7221:8

**convinced** [1] -
7206:8

**cool** [1] - 7181:12

**COREY** [1] - 7094:7

**corner** [2] - 7153:13,
7194:17

**corners** [1] - 7142:16

**CORPORATE** [1] -
7092:20

**CORPORATION** [1] -
7096:2

**correct** [171] -
7101:1, 7104:13,
7104:14, 7109:5,
7109:6, 7109:24,
7109:25, 7110:2,
7110:3, 7112:8,
7112:9, 7113:19,
7113:20, 7114:13,
7114:14, 7114:16,
7114:17, 7115:19,
7115:20, 7116:16,
7119:1, 7120:18,
7120:19, 7120:24,
7121:24, 7122:1,
7122:2, 7122:7,
7122:8, 7123:21,
7126:23, 7126:24,
7127:1, 7129:6,
7129:12, 7129:25,
7130:2, 7130:5,
7130:15, 7130:16,
7131:22, 7132:12,
7132:13, 7132:15,
7132:16, 7132:18,
7134:2, 7134:20,
7134:21, 7134:24,
7134:25, 7135:17,
7135:18, 7135:23,
7136:4, 7136:25,
7137:1, 7137:7,
7137:8, 7144:3,
7147:15, 7147:16,
7150:2, 7150:3,
7150:4, 7150:5,
7157:2, 7157:9,
7157:10, 7159:8,
7161:4, 7164:5,
7165:17, 7165:20,
7165:21, 7165:23,
7166:1, 7166:2,
7166:6, 7166:7,
7166:11, 7166:22,
7167:19, 7167:21,

7168:3, 7168:11,
7169:12, 7169:20,
7170:11, 7171:5,
7171:6, 7171:15,
7176:7, 7176:17,
7176:18, 7177:4,
7177:5, 7177:7,
7177:9, 7177:11,
7181:10, 7182:14,
7183:17, 7186:11,
7187:1, 7187:7,
7187:8, 7187:12,
7187:13, 7189:22,
7190:11, 7190:12,
7190:16, 7191:24,
7191:25, 7192:3,
7192:4, 7192:18,
7192:19, 7193:9,
7193:10, 7193:11,
7193:15, 7194:20,
7194:22, 7196:17,
7197:25, 7198:6,
7201:5, 7201:6,
7201:17, 7201:18,
7201:22, 7202:20,
7204:10, 7204:18,
7205:2, 7205:3,
7205:19, 7206:8,
7207:13, 7207:20,
7208:1, 7208:15,
7210:16, 7211:2,
7211:3, 7211:5,
7212:2, 7213:22,
7213:23, 7214:11,
7214:12, 7214:18,
7214:19, 7215:9,
7216:2, 7216:9,
7216:11, 7217:8,
7217:15, 7217:25,
7218:1, 7218:22,
7218:23, 7220:3,
7220:7, 7220:24,
7221:18, 7226:12

**corrected** [1] -
7221:25

**corrective** [1] -
7171:2

**correctly** [5] -
7105:9, 7107:6,
7175:2, 7215:3,
7216:12

**corresponding** [1] -
7186:17

**cost** [2] - 7172:5,
7184:1

**could** [35] - 7100:14,
7110:12, 7113:8,
7117:4, 7127:5,
7132:2, 7135:4,
7136:9, 7141:23,

7144:11, 7146:16,
7152:10, 7168:22,
7177:18, 7179:24,
7180:8, 7180:11,
7185:18, 7187:15,
7187:24, 7188:1,
7189:19, 7190:9,
7190:25, 7191:1,
7191:4, 7192:24,
7196:16, 7196:19,
7200:2, 7211:21,
7211:22, 7218:6

**couldn't** [2] - 7127:7,
7175:8

**counsel** [1] - 7168:7

**counsel's** [1] -
7200:25

**counted** [1] -
7144:19

**counting** [1] -
7197:13

**couple** [6] - 7102:20,
7111:17, 7134:19,
7184:11, 7213:20,
7222:9

**course** [12] - 7101:9,
7102:11, 7124:21,
7140:7, 7141:6,
7156:20, 7174:1,
7178:1, 7180:25,
7209:21, 7222:1,
7222:17

**courses** [1] -
7222:16

**COURT** [105] -
7091:1, 7096:21,
7098:5, 7098:6,
7098:12, 7098:24,
7099:9, 7099:16,
7099:18, 7100:3,
7100:7, 7101:2,
7102:2, 7102:7,
7102:10, 7102:17,
7102:20, 7102:23,
7103:5, 7131:16,
7133:23, 7134:3,
7134:12, 7134:14,
7134:16, 7137:22,
7138:18, 7138:20,
7138:25, 7139:2,
7139:18, 7140:5,
7140:9, 7140:11,
7140:14, 7141:4,
7141:15, 7142:8,
7142:17, 7145:12,
7146:4, 7146:7,
7146:19, 7146:23,
7148:16, 7148:21,
7152:6, 7152:16,
7153:17, 7158:23,

7158:25, 7159:6,
7159:9, 7159:16,
7159:18, 7161:2,
7161:8, 7161:18,
7162:11, 7162:14,
7162:18, 7162:21,
7163:2, 7163:3,
7163:5, 7163:10,
7163:20, 7163:24,
7164:3, 7164:6,
7164:13, 7164:17,
7164:25, 7174:17,
7176:14, 7176:19,
7184:3, 7184:10,
7184:17, 7186:3,
7189:25, 7190:18,
7190:21, 7191:9,
7191:15, 7199:1,
7199:6, 7200:15,
7200:17, 7200:20,
7211:11, 7211:18,
7223:15, 7223:19,
7223:22, 7224:2,
7224:3, 7224:8,
7224:18, 7224:23,
7225:2, 7225:6,
7225:12, 7225:17,
7226:1

**Court** [34] - 7099:4,
7099:8, 7099:22,
7106:11, 7108:19,
7109:12, 7110:9,
7110:12, 7112:17,
7113:17, 7115:9,
7115:23, 7117:20,
7117:25, 7127:15,
7127:25, 7128:10,
7130:17, 7131:8,
7135:9, 7136:5,
7142:22, 7143:18,
7146:1, 7150:25,
7156:5, 7160:5,
7161:1, 7185:3,
7193:17, 7224:16,
7226:10, 7226:11,
7226:19

**Court's** [1] - 7224:7

**courtroom** [4] -
7152:11, 7152:12,
7207:22, 7215:18

**covering** [1] - 7202:8

**COVINGTON** [1] -
7095:1

**cracking** [1] -
7144:11

**created** [4] - 7138:5,
7162:2, 7162:4,
7171:7

**creates** [2] -
7109:12, 7111:11

crew [11] - 7206:3, 7206:11, 7206:23, 7208:3, 7208:22, 7209:2, 7209:14, 7209:18, 7220:24, 7221:8
criteria [1] - 7130:11
critical [5] - 7133:8, 7173:25, 7201:19, 7202:1, 7212:10
criticized [1] - 7201:15
cross [12] - 7101:24, 7139:15, 7139:24, 7146:18, 7163:7, 7164:24, 7184:9, 7200:24, 7224:6, 7224:9, 7224:20, 7225:9
Cross [3] - 7097:9, 7097:11, 7097:13
CROSS [3] - 7164:21, 7184:21, 7200:21
cross-examination [4] - 7146:18, 7200:24, 7224:6, 7224:20
Cross-Examination [3] - 7097:9, 7097:11, 7097:13
CROSS-EXAMINATION [3] - 7164:21, 7184:21, 7200:21
cross-examine [1] - 7139:24
cross-examining [2] - 7164:24, 7224:9
CRR [2] - 7096:21, 7226:18
cumulative [1] - 7185:24
CUNNINGHAM [3] - 7092:8, 7092:9, 7225:23
cure [4] - 7167:10, 7196:24, 7197:1, 7197:3
curve [1] - 7157:14
curves [1] - 7220:3
customers [2] - 7101:7, 7101:12
CV [1] - 7165:11

# D

D [3] - 7094:13, 7095:17, 7097:1
D-2445 [2] - 7180:22,
7183:10
D-6652.6 [1] - 7218:24
D-6652.8 [1] - 7221:13
D-8039 [2] - 7113:14, 7113:17
Daigle [1] - 7212:18
daily [1] - 7110:5
DALLAS [1] - 7096:13
damage [2] - 7173:23, 7173:24
damaged [4] - 7116:10, 7119:20, 7198:10, 7198:12
damages [2] - 7102:14, 7102:15
dangerous [1] - 7175:21
dangerously [1] - 7171:12
DANIEL [1] - 7094:2
data [28] - 7119:19, 7126:25, 7137:20, 7138:15, 7138:16, 7140:15, 7141:19, 7141:23, 7142:1, 7142:3, 7142:5, 7145:23, 7145:25, 7147:17, 7148:3, 7148:6, 7156:4, 7158:14, 7168:23, 7189:16, 7190:13, 7199:11, 7199:15, 7215:25, 7218:18, 7218:21, 7219:19, 7219:20
dated [2] - 7118:23, 7121:14
Daubert [1] - 7174:15
DAUPHIN [1] - 7092:9
David [1] - 7099:2
DAVID [2] - 7096:5, 7096:5
DAY [1] - 7091:20
day [5] - 7098:22, 7121:14, 7141:20, 7180:19, 7195:6
days [3] - 7170:19, 7172:17, 7213:7
DC [4] - 7093:18, 7093:23, 7094:4, 7095:3
deactivation [1] - 7109:16
deal [2] - 7127:14, 7180:21

DEANNA [1] - 7093:16
debris [25] - 7107:16, 7107:18, 7112:7, 7112:20, 7112:24, 7113:1, 7113:3, 7113:5, 7122:13, 7122:14, 7122:15, 7122:18, 7123:1, 7125:19, 7126:1, 7144:20, 7144:21, 7144:23, 7144:24, 7145:4, 7147:1, 7147:5, 7147:8, 7147:24
decades [1] - 7166:19
decide [2] - 7131:20, 7204:11
decided [3] - 7134:9, 7175:18, 7203:3
deciding [2] - 7203:13, 7204:5
decision [21] - 7103:10, 7103:11, 7106:2, 7123:10, 7123:11, 7123:12, 7127:12, 7127:14, 7127:16, 7131:6, 7134:4, 7134:5, 7134:7, 7139:19, 7178:3, 7178:12, 7179:21, 7179:24, 7183:25, 7189:21, 7204:16
decisions [10] - 7101:14, 7101:15, 7101:17, 7172:16, 7183:12, 7183:22, 7183:23, 7201:1, 7202:5
declare [2] - 7188:14, 7190:15
declared [3] - 7186:22, 7196:5, 7199:12
decreased [1] - 7217:19
deem [1] - 7153:4
deep [6] - 7166:8, 7166:9, 7166:20, 7167:3, 7222:12
deeply [1] - 7151:2
Deepwater [5] - 7101:8, 7101:9, 7163:22, 7210:4, 7211:14
DEEPWATER [3] - 7091:5, 7095:9, 7095:10

defect [1] - 7100:20
definitely [3] - 7178:25, 7215:2, 7223:20
DEGRAVELLES [2] - 7093:1, 7093:2
degrees [2] - 7165:11, 7167:9
DELEMARRE [1] - 7093:21
demonstrate [1] - 7124:7
demonstrates [1] - 7114:15
Demonstrative [5] - 7110:10, 7113:17, 7115:21, 7156:24, 7181:14
demonstrative [13] - 7110:12, 7113:19, 7115:18, 7143:16, 7143:24, 7144:6, 7144:7, 7156:5, 7157:1, 7168:8, 7180:24, 7181:6, 7185:19
demonstratives [2] - 7108:21, 7109:1
DENISE [1] - 7096:18
Dennis [1] - 7211:22
density [12] - 7110:2, 7124:12, 7125:8, 7125:9, 7125:10, 7125:13, 7125:25, 7126:7, 7126:19, 7129:11, 7129:16, 7172:9
denying [2] - 7178:8, 7178:9
department [1] - 7166:13
DEPARTMENT [4] - 7093:10, 7093:14, 7093:19, 7094:1
depiction [2] - 7138:4, 7153:15
deposition [11] - 7138:7, 7167:16, 7211:8, 7211:22, 7219:4, 7219:11, 7219:13, 7219:17, 7220:6, 7221:16, 7221:17
depositions [1] - 7208:20
depressurization [8] - 7115:5, 7118:7, 7118:16, 7119:20, 7122:21, 7122:22,

7132:11, 7150:1
depth [1] - 7160:9
DEPUTY [3] - 7162:25, 7223:25, 7226:3
describe [1] - 7210:3
described [3] - 7175:21, 7197:19, 7216:21
describing [1] - 7203:23
description [2] - 7110:20, 7176:21
design [12] - 7100:21, 7169:19, 7171:14, 7171:17, 7171:23, 7172:16, 7172:21, 7222:25, 7223:2, 7223:3, 7223:4, 7223:6
designated [1] - 7197:18
designed [5] - 7186:9, 7186:12, 7186:13, 7195:13, 7195:14
desired [1] - 7131:24
despite [7] - 7188:3, 7189:16, 7189:18, 7189:20, 7190:13, 7204:17
detached [1] - 7149:10
detail [3] - 7142:5, 7156:2, 7165:13
detected [2] - 7217:24, 7222:4
detection [1] - 7206:16
determination [2] - 7193:1, 7204:2
determinations [1] - 7157:7
determine [8] - 7127:18, 7128:19, 7129:22, 7146:15, 7191:23, 7193:13, 7195:22, 7203:14
determined [1] - 7192:6
determining [2] - 7130:14, 7195:11
Determining [1] - 7128:6
developed [2] - 7101:18, 7165:25
developing [1] - 7140:24
deviation [4] - 7158:6, 7158:12,

7158:22, 7158:23
**DEXTER** [1] - 7094:8
**diagram** [2] - 7144:9, 7149:9
**diameter** [1] - 7149:14
**dictate** [1] - 7197:7
**did** [91] - 7098:22, 7099:6, 7104:5, 7105:8, 7106:4, 7106:6, 7106:20, 7106:21, 7107:23, 7107:24, 7110:6, 7110:8, 7113:23, 7114:3, 7114:7, 7117:5, 7117:8, 7118:15, 7118:17, 7119:7, 7119:10, 7119:19, 7119:22, 7123:12, 7123:15, 7127:9, 7129:21, 7129:22, 7130:3, 7130:6, 7130:23, 7131:2, 7131:4, 7132:4, 7132:5, 7139:3, 7141:16, 7147:17, 7156:1, 7161:16, 7161:21, 7161:25, 7164:8, 7165:15, 7175:10, 7175:14, 7178:20, 7179:18, 7179:20, 7183:14, 7184:1, 7188:13, 7188:16, 7189:15, 7198:1, 7198:2, 7198:4, 7199:4, 7202:14, 7202:15, 7202:22, 7202:24, 7202:25, 7203:12, 7203:15, 7205:4, 7205:6, 7205:14, 7205:22, 7207:11, 7207:17, 7208:11, 7208:23, 7208:24, 7209:15, 7211:8, 7211:9, 7213:13, 7216:13, 7217:16, 7217:23, 7219:12, 7219:14, 7219:19, 7219:23, 7220:14, 7220:16, 7222:19, 7223:9
**didn't** [38] - 7098:19, 7104:16, 7108:4, 7142:1, 7142:2, 7143:15, 7145:21, 7152:16, 7161:24, 7164:11, 7169:8, 7173:13, 7173:18, 7187:9, 7187:10,

7196:6, 7196:10, 7197:12, 7198:1, 7202:6, 7203:1, 7203:5, 7206:23, 7207:2, 7209:13, 7220:24, 7221:1, 7221:4, 7221:5, 7221:17, 7221:21, 7222:7, 7222:8, 7222:20, 7223:5, 7225:23
**died** [1] - 7209:21
**difference** [4] - 7122:6, 7124:12, 7126:7, 7129:15
**differences** [1] - 7184:19
**different** [22] - 7106:2, 7124:21, 7130:12, 7139:13, 7143:24, 7146:7, 7146:11, 7161:11, 7162:3, 7162:4, 7162:6, 7175:13, 7177:1, 7181:17, 7187:18, 7190:24, 7190:25, 7191:3, 7191:18, 7192:2, 7214:4
**differential** [8] - 7109:23, 7114:12, 7194:15, 7195:10, 7195:21, 7212:21, 7212:25, 7213:1
**differentials** [1] - 7210:4
**differentiation** [1] - 7178:10
**differently** [3] - 7167:2, 7168:4, 7170:21
**difficult** [1] - 7107:22
**difficulties** [2] - 7132:4, 7132:24
**Difficulty** [2] - 7120:6, 7120:12
**difficulty** [1] - 7133:12
**dimensions** [1] - 7139:13
**Direct** [1] - 7097:7
**direct** [8] - 7103:3, 7110:6, 7124:10, 7184:9, 7190:22, 7198:8, 7202:6, 7213:17
**DIRECT** [1] - 7103:7
**directed** [3] - 7101:6, 7101:21, 7174:11
**direction** [3] -

7116:7, 7116:13, 7136:10
**directions** [2] - 7127:13, 7133:1
**directly** [6] - 7157:24, 7169:14, 7178:2, 7201:14, 7210:25, 7217:3
**disagree** [1] - 7148:19
**disaster** [1] - 7172:17
**disclosed** [2] - 7146:12, 7148:14
**discretion** [1] - 7099:21
**discussed** [5] - 7121:1, 7121:22, 7160:11, 7212:13, 7212:20
**discussing** [3] - 7103:9, 7121:23, 7153:16
**discussion** [6] - 7104:11, 7167:8, 7167:14, 7168:7, 7209:17, 7213:6
**dismiss** [1] - 7102:6
**dismissal** [1] - 7102:14
**dismissed** [1] - 7102:1
**dismisses** [1] - 7102:11
**displace** [3] - 7123:25, 7126:15, 7179:21
**displaced** [3] - 7152:24, 7179:25, 7180:8
**displacement** [19] - 7151:23, 7152:1, 7152:4, 7153:9, 7153:24, 7153:25, 7154:8, 7178:22, 7179:3, 7179:11, 7182:23, 7204:17, 7209:3, 7214:6, 7214:24, 7215:1, 7215:2, 7215:13, 7218:7
**displacing** [3] - 7182:17, 7182:18, 7202:23
**display** [1] - 7214:18
**displayed** [1] - 7220:2
**disregard** [1] - 7176:7
**disregarded** [1] -

7171:22
**distance** [1] - 7144:22
**District** [2] - 7226:11
**DISTRICT** [3] - 7091:1, 7091:2, 7091:23
**diverge** [1] - 7158:25
**diverted** [5] - 7155:11, 7155:23, 7217:24, 7218:3, 7218:7
**DIVISION** [3] - 7093:11, 7093:14, 7093:20
**doctor** [1] - 7179:15
**document** [12] - 7105:21, 7112:18, 7137:20, 7138:16, 7141:9, 7160:1, 7162:2, 7167:11, 7172:12, 7172:13, 7212:16
**DOCUMENT** [2] - 7091:11, 7104:3
**documentation** [1] - 7210:6
**documents** [10] - 7103:16, 7107:23, 7110:5, 7118:15, 7119:7, 7127:22, 7130:24, 7131:18, 7133:20, 7172:24
**does** [36] - 7105:11, 7109:7, 7109:9, 7113:1, 7115:6, 7116:23, 7116:25, 7117:2, 7118:7, 7118:10, 7121:22, 7122:22, 7124:6, 7129:8, 7134:15, 7143:9, 7148:25, 7150:6, 7150:20, 7154:12, 7155:1, 7157:11, 7158:1, 7158:17, 7172:9, 7180:1, 7207:24, 7211:17, 7213:7, 7213:8, 7213:9, 7213:11, 7214:6, 7214:22, 7214:23
**doesn't** [3] - 7145:9, 7146:1, 7213:10
**doing** [12] - 7124:2, 7125:6, 7125:7, 7136:7, 7146:23, 7148:5, 7152:6, 7157:2, 7157:12, 7173:8, 7189:11, 7216:19

**DOMENGEAUX** [1] - 7092:3
**DON** [1] - 7094:22
**Don** [3] - 7099:14, 7208:10, 7210:15
**don't** [53] - 7104:4, 7105:3, 7110:15, 7122:24, 7126:13, 7127:7, 7131:4, 7133:13, 7135:21, 7137:22, 7139:21, 7141:19, 7146:6, 7146:13, 7148:13, 7151:24, 7153:8, 7162:6, 7163:18, 7163:22, 7173:18, 7176:20, 7176:22, 7177:17, 7177:22, 7178:25, 7181:5, 7181:15, 7183:3, 7184:4, 7186:3, 7193:12, 7196:8, 7199:1, 7199:3, 7199:9, 7202:1, 7204:12, 7206:5, 7207:1, 7209:3, 7209:22, 7210:9, 7210:10, 7210:12, 7212:6, 7215:15, 7216:18, 7220:22, 7224:14, 7224:25
**DONALD** [1] - 7096:11
**done** [22] - 7105:5, 7134:4, 7137:15, 7137:16, 7137:18, 7137:19, 7143:23, 7145:19, 7145:20, 7150:18, 7150:19, 7161:2, 7161:11, 7161:18, 7162:5, 7173:8, 7173:16, 7173:23, 7198:8, 7198:25, 7214:25, 7225:11
**door** [4] - 7198:15, 7198:18, 7198:20, 7198:21
**DOUGLAS** [1] - 7094:17
**down** [45] - 7110:25, 7111:7, 7111:10, 7111:14, 7111:20, 7112:24, 7113:1, 7113:22, 7113:23, 7114:25, 7115:5, 7118:7, 7121:10, 7122:12, 7122:17, 7125:9, 7125:21, 7128:16, 7128:20,

7129:2, 7132:24,
7136:1, 7136:12,
7136:20, 7136:24,
7140:21, 7144:12,
7145:1, 7149:2,
7151:2, 7153:13,
7153:15, 7153:22,
7156:23, 7158:18,
7187:15, 7192:19,
7194:17, 7194:19,
7196:15, 7196:21,
7199:4, 7205:24,
7206:2
  **downward** [1] -
7159:4
  **downwards** [1] -
7137:7
  **DOYEN** [1] - 7095:17
  **DR** [1] - 7097:5
  **Dr** [24] - 7098:17,
7103:3, 7103:9,
7114:18, 7121:13,
7129:21, 7133:3,
7134:18, 7145:20,
7145:22, 7149:24,
7153:4, 7164:23,
7165:5, 7165:10,
7184:23, 7184:25,
7185:5, 7190:21,
7195:20, 7196:3,
7200:23, 7210:1
  **drag/buckling** [1] -
7135:19
  **dramatically** [2] -
7178:23, 7179:13
  **DRESCHER** [1] -
7092:14
  **drill** [19] - 7120:3,
7125:10, 7151:2,
7153:22, 7153:23,
7173:3, 7176:10,
7177:13, 7177:24,
7194:1, 7203:15,
7206:4, 7206:6,
7207:4, 7214:5,
7214:15, 7219:21,
7220:24, 7221:8
  **drilled** [5] - 7170:20,
7170:25, 7171:1,
7171:11, 7191:6
  **drillers** [1] - 7177:6
  **DRILLING** [1] -
7095:9
  **drilling** [31] - 7110:5,
7118:16, 7135:10,
7135:13, 7135:14,
7136:7, 7145:24,
7151:19, 7165:19,
7165:22, 7166:1,
7166:3, 7166:5,

7166:15, 7169:22,
7169:24, 7169:25,
7170:8, 7173:22,
7177:8, 7177:10,
7179:25, 7180:9,
7182:7, 7189:4,
7193:20, 7214:3,
7214:4, 7222:17
  **Drilling** [1] - 7165:24
  **DRIVE** [1] - 7092:20
  **drive** [2] - 7147:7,
7156:16
  **drop** [6] - 7118:14,
7122:17, 7143:1,
7144:21, 7145:3,
7156:16
  **drop-off** [1] -
7118:14
  **dropped** [3] -
7114:24, 7122:12,
7192:10
  **dropping** [1] -
7144:9
  **drops** [1] - 7147:25
  **dual** [1] - 7135:22
  **due** [2] - 7212:24,
7212:25
  **during** [20] -
7100:13, 7118:25,
7130:4, 7150:1,
7151:2, 7157:17,
7159:20, 7162:22,
7180:13, 7182:20,
7182:23, 7200:1,
7203:4, 7204:9,
7207:3, 7207:16,
7213:19, 7214:3,
7215:12, 7224:5
  **duties** [1] - 7216:16
  **duty** [1] - 7216:5
  **dwell** [1] - 7174:2
  **DWOP** [5] - 7106:4,
7106:24, 7131:3,
7175:10, 7175:13
  **dynamic** [1] -
7109:19


**E**


  **E** [5] - 7096:11,
7096:18, 7097:1,
7098:3
  **e** [26] - 7104:1,
7104:2, 7104:11,
7104:20, 7104:22,
7105:2, 7105:11,
7105:14, 7105:16,
7118:20, 7118:22,
7119:13, 7120:2,

7135:7, 7135:15,
7136:17, 7137:2,
7137:16, 7137:17,
7145:8, 7172:20,
7188:18, 7189:15,
7212:13, 7213:3
  **e-mail** [21] - 7104:1,
7104:2, 7104:11,
7104:20, 7104:22,
7105:2, 7105:11,
7105:14, 7105:16,
7118:22, 7119:13,
7120:2, 7135:7,
7136:17, 7137:2,
7137:16, 7137:17,
7145:8, 7188:18,
7212:13, 7213:3
  **e-mails** [5] -
7118:20, 7120:2,
7135:15, 7172:20,
7189:15
  **each** [6] - 7114:5,
7166:23, 7183:22,
7183:23, 7183:25
  **earlier** [5] - 7102:13,
7153:7, 7181:6,
7190:19, 7217:13
  **early** [2] - 7141:18,
7215:1
  **easier** [1] - 7158:8,
7218:25, 7219:2
  **EASTERN** [1] -
7091:2
  **Eastern** [1] - 7226:11
  **ECD** [2] - 7108:5,
7108:14
  **educate** [1] -
7133:17
  **EDWARDS** [1] -
7092:3
  **effect** [23] - 7160:22,
7176:11, 7176:21,
7176:22, 7176:24,
7177:14, 7177:16,
7177:24, 7191:8,
7202:19, 7204:24,
7204:25, 7205:2,
7209:9, 7209:18,
7210:2, 7210:6,
7211:1, 7212:14,
7212:20, 7212:24,
7213:6, 7213:10
  **effectiveness** [1] -
7151:8
  **eight** [5] - 7109:15,
7110:1, 7114:4,
7186:10, 7225:25
  **eight-barrels** [1] -
7186:10
  **either** [14] - 7100:20,

7116:7, 7116:13,
7119:20, 7162:20,
7169:14, 7186:24,
7203:15, 7210:3,
7217:22, 7220:22,
7221:6, 7222:3,
7222:7
  **ELIZABETH** [1] -
7094:3
  **ELLIS** [1] - 7095:4
  **ELM** [1] - 7096:13
  **else** [8] - 7099:12,
7099:18, 7100:3,
7161:14, 7192:25,
7198:16, 7199:4,
7210:23
  **employee** [3] -
7135:17, 7188:7,
7210:2
  **employees** [1] -
7210:9
  **encompass** [1] -
7102:12
  **encountered** [1] -
7123:5
  **end** [10] - 7101:14,
7105:6, 7117:23,
7118:3, 7127:15,
7149:6, 7153:23,
7157:19, 7165:4,
7168:6
  **ending** [5] - 7103:22,
7117:12, 7117:18,
7128:6, 7129:18
  **ENERGY** [2] -
7095:11, 7096:10
  **ENFORCEMENT** [1]
- 7093:15
  **engaged** [1] -
7195:17
  **engineer** [11] -
7135:13, 7135:14,
7136:7, 7145:24,
7165:17, 7165:19,
7170:13, 7170:16,
7173:5, 7189:4
  **engineering** [9] -
7118:1, 7128:1,
7166:5, 7166:12,
7166:13, 7176:17,
7180:6, 7180:7,
7187:25
  **engineers** [7] -
7106:4, 7106:12,
7118:16, 7128:10,
7135:10, 7175:22,
7177:10
  **enlarge** [1] - 7211:23
  **enlargement** [1] -
7218:25

  **enough** [26] -
7113:13, 7125:21,
7126:13, 7139:21,
7139:25, 7141:19,
7152:12, 7167:6,
7167:9, 7168:6,
7169:10, 7169:17,
7169:18, 7172:16,
7178:21, 7179:6,
7179:21, 7183:6,
7186:5, 7197:13,
7197:16, 7197:17,
7198:24, 7206:10,
7216:17, 7222:3
  **enter** [2] - 7111:4,
7191:7
  **entered** [2] -
7112:21, 7143:7
  **entering** [3] -
7107:19, 7107:20,
7197:22
  **entertain** [1] -
7099:11
  **entitled** [3] - 7128:5,
7128:9, 7226:14
  **enunciated** [1] -
7170:10
  **environment** [1] -
7107:17
  **ENVIRONMENT** [1] -
7093:14
  **ENVIRONMENTAL**
[1] - 7093:15
  **equation** [1] - 7105:8
  **equilibrium** [5] -
7125:16, 7129:10,
7129:11, 7196:20,
7197:8
  **equipment** [39] -
7106:12, 7106:14,
7106:16, 7106:18,
7107:2, 7107:6,
7107:8, 7107:12,
7107:13, 7107:15,
7107:18, 7107:24,
7108:4, 7108:15,
7110:14, 7110:17,
7111:14, 7112:6,
7112:19, 7112:22,
7112:23, 7115:11,
7115:14, 7115:16,
7116:11, 7116:12,
7117:7, 7119:16,
7119:18, 7120:4,
7120:7, 7120:12,
7133:13, 7187:12,
7189:19, 7191:12,
7191:14, 7197:11,
7199:25
  **equivalent** [3] -

7117:21, 7117:22, 7172:9
**erring** [1] - 7167:24
**error** [1] - 7224:17
**especially** [1] - 7179:24
**ESQ** [54] - 7092:3, 7092:6, 7092:9, 7092:11, 7092:14, 7092:17, 7092:19, 7092:22, 7093:2, 7093:4, 7093:7, 7093:11, 7093:15, 7093:16, 7093:16, 7093:17, 7093:17, 7093:20, 7093:21, 7093:21, 7093:22, 7093:22, 7094:2, 7094:3, 7094:3, 7094:7, 7094:8, 7094:17, 7094:17, 7094:22, 7095:2, 7095:4, 7095:5, 7095:5, 7095:11, 7095:14, 7095:14, 7095:17, 7095:17, 7095:18, 7095:20, 7095:23, 7096:2, 7096:5, 7096:5, 7096:6, 7096:6, 7096:11, 7096:11, 7096:12, 7096:15, 7096:18, 7096:18, 7096:19
**essentially** [4] - 7100:11, 7100:17, 7108:4, 7213:21
**establish** [2] - 7122:16, 7192:17
**established** [3] - 7114:24, 7132:14, 7191:24
**estimate** [11] - 7128:24, 7129:8, 7129:9, 7129:10, 7129:13, 7129:21, 7223:19, 7224:19, 7224:21, 7225:1
**estimated** [1] - 7129:24
**estimating** [4] - 7128:18, 7128:19, 7128:22, 7130:13
**ET** [2] - 7091:13, 7091:16
**evaluation** [3] - 7128:9, 7129:23, 7130:15
**Even** [1] - 7104:23
**even** [11] - 7104:24,

7123:21, 7124:9, 7124:11, 7129:10, 7148:2, 7151:16, 7154:7, 7181:23, 7182:8, 7200:5
**evening** [2] - 7211:15, 7215:24
**event** [9] - 7145:25, 7181:23, 7183:18, 7183:25, 7193:1, 7202:14, 7213:7, 7221:1
**events** [1] - 7150:16
**eventual** [2] - 7178:23, 7179:12
**eventually** [3] - 7196:6, 7197:23
**ever** [9] - 7110:6, 7116:14, 7146:16, 7173:14, 7180:3, 7182:7, 7188:13, 7192:24, 7210:10
**every** [5] - 7147:10, 7145:24, 7159:14, 7179:4, 7181:22
**everybody** [2] - 7151:12, 7195:25
**everyone** [5] - 7098:6, 7152:7, 7152:9, 7163:3, 7224:3
**everything** [3] - 7195:14, 7208:19, 7208:21
**evicting** [1] - 7152:13
**evidence** [41] - 7098:9, 7099:22, 7100:8, 7100:13, 7100:20, 7100:22, 7101:2, 7101:6, 7101:11, 7101:20, 7127:10, 7134:9, 7138:8, 7141:23, 7142:22, 7142:25, 7143:3, 7143:6, 7143:8, 7150:6, 7150:9, 7158:13, 7158:14, 7168:8, 7168:22, 7169:7, 7172:1, 7172:4, 7173:13, 7174:8, 7203:16, 7208:21, 7208:23, 7208:24, 7209:13, 7213:16, 7221:6, 7221:8, 7221:10
**evident** [1] - 7112:20
**exact** [1] - 7185:25
**exactly** [5] - 7121:23,

7146:5, 7173:8, 7193:5, 7201:10
**exam** [1] - 7184:9
**Examination** [4] - 7097:7, 7097:9, 7097:11, 7097:13
**examination** [8] - 7103:3, 7146:18, 7153:9, 7168:6, 7190:23, 7200:24, 7224:6, 7224:20
**EXAMINATION** [4] - 7103:7, 7164:21, 7184:21, 7200:21
**examine** [2] - 7139:15, 7139:24
**examining** [2] - 7164:24, 7224:9
**example** [2] - 7159:22, 7199:12
**exceeding** [1] - 7108:2
**except** [1] - 7105:4
**excerpt** [2] - 7205:10, 7207:9
**excessively** [1] - 7169:24
**exclude** [1] - 7223:10
**exclusively** [1] - 7185:5
**excuse** [4] - 7116:11, 7123:4, 7134:13, 7170:7
**exerting** [1] - 7194:16
**exhibit** [5] - 7098:17, 7145:24, 7153:7, 7188:24, 7218:25
**exhibits** [7] - 7098:9, 7098:12, 7098:13, 7163:7, 7163:11, 7163:12
**exist** [1] - 7197:8
**existed** [2] - 7138:17, 7195:9
**existing** [1] - 7137:20
**exists** [1] - 7137:6
**expand** [1] - 7158:7
**expect** [7] - 7121:3, 7124:16, 7137:13, 7206:20, 7208:7, 7223:16
**expectation** [2] - 7109:16, 7180:20
**expected** [4] - 7115:3, 7122:9, 7132:15, 7208:6
**expense** [1] -

7202:20
**experience** [9] - 7118:8, 7122:15, 7132:4, 7165:14, 7166:20, 7174:9, 7177:3, 7177:12, 7203:8
**experienced** [1] - 7167:2
**expert** [15] - 7137:15, 7145:24, 7161:11, 7162:3, 7162:4, 7162:6, 7165:5, 7187:9, 7187:10, 7195:19, 7195:20, 7222:23, 7222:25, 7223:4
**expertise** [1] - 7174:16
**experts** [1] - 7145:19
**explain** [19] - 7110:12, 7112:17, 7113:17, 7115:23, 7117:25, 7124:6, 7139:9, 7139:14, 7140:13, 7140:25, 7142:22, 7143:6, 7143:20, 7152:1, 7152:20, 7160:5, 7160:11, 7177:2, 7191:2
**explained** [1] - 7115:25
**explaining** [2] - 7121:16, 7156:11
**explains** [2] - 7145:14, 7150:4
**explanation** [8] - 7142:6, 7142:8, 7142:9, 7176:23, 7177:16, 7177:21, 7178:2, 7178:5
**Exploration** [1] - 7166:4
**EXPLORATION** [2] - 7091:15, 7094:20
**explore** [1] - 7169:10
**explosion** [1] - 7209:21
**express** [2] - 7169:8, 7181:8
**expressed** [9] - 7104:15, 7105:1, 7169:10, 7197:6, 7198:7, 7198:9, 7199:13, 7199:14
**expresses** [1] - 7138:12
**expressing** [2] - 7169:2, 7169:6

extensively [1] - 7132:5
**extent** [6] - 7100:21, 7101:3, 7131:13, 7178:15, 7205:1, 7205:18
**extreme** [2] - 7141:7, 7141:24
**extremely** [2] - 7122:17, 7171:8
**extrude** [3] - 7111:13, 7117:10, 7118:2
**extruded** [2] - 7115:13, 7116:6
**eyes** [1] - 7158:21

**F**

**F** [1] - 7098:3
**faced** [1] - 7131:19
**facility** [1] - 7163:19
**fact** [17] - 7130:3, 7143:19, 7171:11, 7180:1, 7186:23, 7187:3, 7188:18, 7189:16, 7189:18, 7189:20, 7191:23, 7195:11, 7195:22, 7204:8, 7206:5, 7207:4, 7222:2
**factors** [1] - 7133:24
**facts** [1] - 7199:15
**fail** [4] - 7116:5, 7117:22, 7197:2, 7204:3
**failed** [11] - 7115:24, 7151:9, 7151:14, 7151:17, 7175:3, 7175:10, 7175:13, 7175:17, 7179:22, 7197:1, 7204:17
**fails** [1] - 7116:8
**failure** [11] - 7115:7, 7115:10, 7115:11, 7115:15, 7142:11, 7142:12, 7143:2, 7205:13
**fair** [19] - 7109:20, 7113:13, 7139:25, 7148:17, 7167:6, 7168:6, 7169:10, 7169:17, 7169:18, 7172:16, 7178:21, 7179:6, 7179:21, 7183:6, 7183:12, 7186:5, 7206:10, 7213:23, 7216:17
**fairly** [5] - 7107:22,

7141:7, 7173:9,
7191:13, 7199:22
**fall** [1] - 7111:14
**falls** [1] - 7154:19
**familiar** [9] - 7100:8,
7135:7, 7185:11,
7185:21, 7187:21,
7218:13, 7218:19,
7220:6
**FANNIN** [1] -
7095:15
**far** [4] - 7167:24,
7193:23, 7198:18,
7203:12
**fashion** [1] - 7181:17
**fast** [3] - 7197:16,
7197:17, 7224:15
**faster** [1] - 7186:1
**fault** [1] - 7110:10
**faulting** [1] - 7221:7
**favor** [2] - 7132:20,
7182:9
**feared** [1] - 7189:12
**feasible** [1] -
7101:19
**Federal** [1] - 7170:11
**feel** [3] - 7142:10,
7152:14, 7170:16
**feet** [9] - 7130:21,
7130:25, 7136:20,
7136:22, 7137:5,
7137:6, 7156:20,
7174:5, 7182:19
**fell** [2] - 7144:1,
7144:12
**felt** [4] - 7179:19,
7197:7, 7198:3,
7221:1
**few** [6] - 7112:5,
7147:20, 7169:14,
7192:11, 7206:1,
7213:15
**fewer** [3] - 7105:25,
7131:24, 7181:20
**field** [2] - 7145:17,
7201:24
**fifth** [1] - 7182:17
**Fifth** [1] - 7211:4
**figure** [5] - 7122:11,
7185:22, 7191:19,
7196:4, 7197:9
**Figure** [3] - 7139:7,
7139:8, 7139:14
**figured** [2] - 7142:12,
7146:14
**figures** [2] - 7121:7
**file** [1] - 7099:4
**filed** [1] - 7163:7
**fill** [16] - 7106:5,
7106:14, 7106:17,

7107:2, 7107:8,
7110:19, 7112:6,
7115:12, 7116:9,
7116:10, 7145:4,
7147:1, 7147:7,
7188:2
**final** [7] - 7114:22,
7125:18, 7127:12,
7155:5, 7178:3,
7204:2, 7222:9
**finally** [2] - 7114:7,
7156:18
**find** [10] - 7106:4,
7114:22, 7115:2,
7124:22, 7124:23,
7138:20, 7157:5,
7208:24, 7209:13
**finding** [2] - 7100:14,
7205:13
**findings** [2] -
7164:13, 7164:15
**fine** [4] - 7105:6,
7162:10, 7225:21,
7225:24
**finish** [4] - 7156:11,
7225:3, 7225:12,
7225:14
**FIRM** [2] - 7092:21,
7093:6
**first** [42] - 7098:18,
7103:25, 7113:9,
7113:11, 7113:22,
7115:17, 7120:6,
7124:2, 7129:14,
7133:6, 7136:14,
7136:18, 7138:25,
7140:5, 7141:25,
7142:25, 7151:19,
7158:13, 7158:14,
7165:16, 7167:6,
7168:7, 7168:12,
7168:22, 7168:25,
7169:6, 7169:7,
7181:7, 7181:17,
7182:14, 7184:11,
7185:19, 7190:4,
7198:21, 7203:22,
7216:7, 7216:8,
7219:6, 7219:17
**fit** [2] - 7150:6,
7153:4
**five** [7] - 7109:15,
7101:1, 7114:13,
7144:19, 7165:25,
7186:10, 7213:7
**fix** [1] - 7173:11
**flapper** [1] - 7116:14
**flipped** [1] - 7172:21
**FLOAT** [6] - 7142:24,
7143:1, 7143:20,

7144:14, 7185:5,
7185:16
**float** [116] - 7106:3,
7106:5, 7106:12,
7106:14, 7106:16,
7106:17, 7107:2,
7107:6, 7107:8,
7107:12, 7107:13,
7107:15, 7107:17,
7107:24, 7108:4,
7108:15, 7108:19,
7108:22, 7109:4,
7109:7, 7109:12,
7109:17, 7110:13,
7110:14, 7110:17,
7110:24, 7111:5,
7111:13, 7111:22,
7111:24, 7111:25,
7112:6, 7112:11,
7112:16, 7112:19,
7112:22, 7112:23,
7113:7, 7115:11,
7115:14, 7115:16,
7116:11, 7116:20,
7116:24, 7117:7,
7117:23, 7118:9,
7118:11, 7118:23,
7118:25, 7119:8,
7119:16, 7119:17,
7119:20, 7119:21,
7120:4, 7120:7,
7120:12, 7121:2,
7121:23, 7122:23,
7123:9, 7126:12,
7132:4, 7132:6,
7133:8, 7133:13,
7133:16, 7133:18,
7135:20, 7145:6,
7147:3, 7148:24,
7149:1, 7149:19,
7149:24, 7150:1,
7186:8, 7186:13,
7186:19, 7186:22,
7187:1, 7187:7,
7188:5, 7188:14,
7189:22, 7190:5,
7190:15, 7190:25,
7191:12, 7191:14,
7191:23, 7192:7,
7192:13, 7192:20,
7193:8, 7193:13,
7193:23, 7193:24,
7193:25, 7194:6,
7194:10, 7195:12,
7196:5, 7197:1,
7197:2, 7197:11,
7197:17, 7198:10,
7198:12, 7199:12,
7199:17, 7199:24,
7200:3
**floating** [1] - 7110:24

**floats** [7] - 7188:3,
7194:2, 7194:7,
7195:15, 7195:16,
7195:23, 7197:12
**FLOOR** [3] -
7092:17, 7093:12,
7095:18
**floor** [6] - 7189:11,
7199:8, 7209:2,
7216:6, 7216:7,
7216:8
**flow** [79] - 7107:13,
7109:16, 7109:19,
7109:23, 7110:1,
7111:4, 7111:8,
7111:9, 7111:10,
7111:13, 7111:16,
7111:18, 7112:24,
7113:5, 7113:6,
7114:12, 7116:1,
7116:3, 7116:6,
7116:7, 7116:12,
7117:9, 7117:10,
7118:3, 7120:19,
7122:24, 7124:10,
7126:11, 7140:18,
7140:20, 7143:5,
7149:7, 7149:12,
7149:13, 7149:15,
7150:14, 7154:15,
7154:20, 7155:2,
7155:3, 7155:11,
7156:3, 7156:14,
7157:14, 7157:16,
7157:17, 7157:24,
7158:2, 7158:4,
7158:12, 7160:22,
7168:12, 7169:4,
7169:11, 7174:21,
7174:24, 7186:16,
7186:17, 7186:18,
7192:12, 7195:1,
7197:2, 7201:11,
7206:12, 7206:15,
7206:20, 7206:21,
7206:23, 7213:1,
7217:16, 7217:19,
7217:23
**flowed** [1] - 7179:5
**flowing** [9] - 7154:9,
7155:3, 7168:8,
7179:4, 7186:14,
7194:6, 7194:11,
7206:18, 7206:20
**flows** [2] - 7110:22
**FLOYD** [1] - 7096:11
**fluid** [10] - 7110:2,
7111:7, 7118:13,
7125:10, 7152:23,
7153:21, 7153:22,

7155:10, 7156:8,
7157:6, 7157:21,
7157:22, 7157:25,
7168:25, 7170:25,
7193:20
**fluids** [3] - 7107:19,
7129:11, 7129:12
**fly** [1] - 7172:17
**foam** [4] - 7182:15,
7183:3, 7183:8,
7183:11
**focus** [3] - 7142:4,
7181:5, 7185:5
**focused** [1] - 7207:4
**follow** [14] - 7111:17,
7125:24, 7133:13,
7135:24, 7135:25,
7158:18, 7175:3,
7175:10, 7175:14,
7175:17, 7193:21,
7200:6, 7216:10,
7219:2
**follow-up** [2] -
7135:24, 7135:25
**follow-ups** [2] -
7111:17, 7125:24
**followed** [3] -
7128:3, 7196:16,
7208:6
**following** [8] -
7121:6, 7122:25,
7152:22, 7153:20,
7179:11, 7184:25,
7193:19, 7208:4
**footage** [1] - 7104:18
**FOR** [9] - 7092:3,
7093:10, 7094:6,
7094:11, 7094:20,
7095:8, 7096:1,
7096:9, 7096:17
**for** [125] - 7098:8,
7098:16, 7098:17,
7099:2, 7099:14,
7099:19, 7099:23,
7100:4, 7101:20,
7102:15, 7103:2,
7103:17, 7103:18,
7105:12, 7109:7,
7112:6, 7112:7,
7113:18, 7114:11,
7117:23, 7119:24,
7120:25, 7121:15,
7123:18, 7124:2,
7124:18, 7125:6,
7125:7, 7125:12,
7125:18, 7127:25,
7128:3, 7128:10,
7128:14, 7128:24,
7131:8, 7131:25,
7133:4, 7133:7,

7133:19, 7135:15,
7135:20, 7136:9,
7137:22, 7138:4,
7139:9, 7141:6,
7141:23, 7142:6,
7144:17, 7150:20,
7153:13, 7157:1,
7158:3, 7159:22,
7162:2, 7162:18,
7163:14, 7165:20,
7165:22, 7165:24,
7166:5, 7166:15,
7166:17, 7166:18,
7166:19, 7167:9,
7167:13, 7168:14,
7169:6, 7169:20,
7169:23, 7170:18,
7171:8, 7174:8,
7176:12, 7176:16,
7177:16, 7178:16,
7182:15, 7183:3,
7183:8, 7185:2,
7185:7, 7187:4,
7187:10, 7187:24,
7189:3, 7189:8,
7193:2, 7194:14,
7194:21, 7196:8,
7196:24, 7197:1,
7197:4, 7197:13,
7199:12, 7201:15,
7201:19, 7202:2,
7202:23, 7203:22,
7204:1, 7204:2,
7204:5, 7206:12,
7206:18, 7212:11,
7213:25, 7215:14,
7215:16, 7218:6,
7219:10, 7222:20,
7224:4, 7224:14,
7224:16, 7224:19,
7225:15

**force** [2] - 7186:15,
7188:4

**forces** [2] - 7145:5,
7186:18

**forego** [1] - 7134:6

**foregoing** [1] -
7226:12

**foremost** [1] -
7124:3

**foreseeable** [1] -
7176:6

**foreseeing** [1] -
7136:8

**forgotten** [1] -
7190:1

**form** [3] - 7131:12,
7151:20, 7223:5

**formation** [9] -
7108:3, 7127:10,

7140:19, 7140:21,
7149:6, 7149:7,
7154:17, 7203:9,
7203:10

**formations** [2] -
7170:4, 7201:12

**formed** [1] - 7147:24

**forming** [1] -
7117:14

**forth** [6] - 7101:17,
7136:17, 7138:15,
7145:11, 7165:12,
7202:13

**forward** [4] -
7129:17, 7155:10,
7155:18, 7180:19

**found** [5] - 7138:5,
7139:12, 7157:11,
7208:21, 7208:23

**foundation** [3] -
7137:22, 7138:9,
7161:12

**foundational** [1] -
7160:13

**four** [7] - 7110:7,
7120:22, 7122:1,
7122:3, 7142:15,
7144:19, 7192:10

**four-barrel** [1] -
7122:1

**four-barrels** [3] -
7120:22, 7122:3,
7192:10

**fourth** [1] - 7182:16

**fracture** [1] - 7108:2

**fracturing** [1] -
7127:10

**fragile** [1] - 7170:4

**FRANCISCO** [1] -
7093:13

**FRANKLIN** [1] -
7094:4

**frankly** [1] - 7100:12

**FRAUD** [1] - 7094:1

**FREDERICK** [1] -
7097:5

**free** [7] - 7110:24,
7111:4, 7111:14,
7112:24, 7123:3,
7149:7, 7156:14

**FRILOT** [1] - 7095:10

**from** [101] - 7098:13,
7098:18, 7100:6,
7104:17, 7107:13,
7107:19, 7107:20,
7111:2, 7111:15,
7112:2, 7115:3,
7115:5, 7116:6,
7118:7, 7118:22,
7119:13, 7120:2,

7120:9, 7121:13,
7121:14, 7122:15,
7123:1, 7124:10,
7125:2, 7126:19,
7135:5, 7137:6,
7140:13, 7140:18,
7143:1, 7145:1,
7145:2, 7145:8,
7150:11, 7150:22,
7151:18, 7152:24,
7153:25, 7154:1,
7154:6, 7155:10,
7155:16, 7155:18,
7155:21, 7156:15,
7156:20, 7157:24,
7158:12, 7161:12,
7164:23, 7165:12,
7166:4, 7171:25,
7172:20, 7172:22,
7176:16, 7178:7,
7179:9, 7180:3,
7180:6, 7180:12,
7181:16, 7182:2,
7182:17, 7185:22,
7186:11, 7187:6,
7187:9, 7187:10,
7187:11, 7187:18,
7187:21, 7188:10,
7188:25, 7192:10,
7193:16, 7194:16,
7194:23, 7195:2,
7196:22, 7201:14,
7201:16, 7205:10,
7207:9, 7208:14,
7210:7, 7212:5,
7215:5, 7215:7,
7215:8, 7215:21,
7217:19, 7219:21,
7222:6, 7223:2,
7223:3, 7223:10,
7223:11, 7225:22,
7226:13

**front** [4] - 7104:1,
7158:19, 7158:20,
7160:8

**FRUGE** [1] - 7093:1

**full** [12] - 7123:12,
7123:18, 7123:25,
7125:4, 7130:2,
7130:7, 7132:9,
7134:6, 7134:8,
7149:11, 7166:17,
7201:20

**full-time** [1] -
7166:17

**fully** [11] - 7105:22,
7105:23, 7106:21,
7111:17, 7111:19,
7141:2, 7156:17,
7201:11, 7210:5,

7217:10, 7217:11

**function** [2] -
7111:24, 7186:9

**functioning** [2] -
7195:23, 7197:18

**FUNDERBURK** [1] -
7096:19

**further** [5] - 7112:3,
7177:2, 7184:2,
7208:1, 7223:13


**G**


**G** [1] - 7095:14

**Gagliano** [8] -
7098:10, 7098:13,
7159:23, 7160:17,
7161:19, 7163:8,
7163:11, 7167:8

**gain** [1] - 7107:23

**gallon** [1] - 7154:5

**GANNAWAY** [1] -
7096:6

**gaps** [1] - 7203:10

**gas** [21] - 7124:4,
7124:11, 7124:12,
7124:13, 7124:15,
7124:17, 7124:20,
7124:22, 7124:25,
7125:2, 7125:3,
7125:5, 7125:25,
7126:19, 7160:22,
7166:15, 7166:17,
7166:21, 7167:3

**Gastar** [1] - 7166:4

**GASTAR** [1] - 7166:4

**GATE** [1] - 7093:12

**gave** [2] - 7105:15,
7220:22

**GAVIN** [1] - 7096:12

**Gavin** [3] - 7103:2,
7119:25, 7133:7

**gelation** [1] -
7126:14

**GENE** [1] - 7097:5

**Gene** [1] - 7165:5

**general** [1] - 7167:13

**GENERAL** [3] -
7094:7, 7094:12,
7094:14

**GENERAL'S** [1] -
7094:6

**generally** [6] -
7131:13, 7136:22,
7193:20, 7201:2,
7218:13, 7218:19

**generate** [1] -
7109:17

**generating** [1] -

7193:25

**GEOFFREY** [1] -
7096:6

**geometry** [2] -
7122:23, 7155:16

**get** [20] - 7105:6,
7105:7, 7108:1,
7113:23, 7118:19,
7124:20, 7125:5,
7125:8, 7125:19,
7126:17, 7126:20,
7129:13, 7143:11,
7161:15, 7162:7,
7162:22, 7168:22,
7177:18, 7194:3,
7201:10

**gets** [3] - 7126:15,
7155:14, 7156:15

**getting** [6] - 7105:18,
7148:14, 7168:19,
7185:24, 7197:16,
7208:14

**give** [10] - 7108:14,
7129:8, 7136:9,
7150:20, 7194:14,
7195:10, 7195:22,
7204:12, 7204:13,
7223:19

**given** [6] - 7132:19,
7136:2, 7145:10,
7146:16, 7197:19

**gives** [1] - 7107:3

**glad** [2] - 7172:6,
7196:1

**GmbH** [1] - 7091:13

**go** [55] - 7102:18,
7103:14, 7103:22,
7103:25, 7104:4,
7104:19, 7106:7,
7106:15, 7111:8,
7111:15, 7111:19,
7117:11, 7120:5,
7121:7, 7121:9,
7121:11, 7121:17,
7121:19, 7128:5,
7129:1, 7129:17,
7130:11, 7132:24,
7133:12, 7133:16,
7134:10, 7136:14,
7137:2, 7140:3,
7140:14, 7143:21,
7143:25, 7145:9,
7147:9, 7149:3,
7149:15, 7152:18,
7153:17, 7153:19,
7154:24, 7155:4,
7162:19, 7162:21,
7165:7, 7172:3,
7172:12, 7174:17,
7181:5, 7182:13,

7185:6, 7186:8,
7197:3, 7215:10
**Godwin** [3] -
7098:22, 7099:14,
7199:1
**GODWIN** [9] -
7096:10, 7096:11,
7096:14, 7099:14,
7099:17, 7102:5,
7198:24, 7199:3,
7225:16
**goes** [2] - 7139:24,
7151:4
**going** [74] - 7099:4,
7100:10, 7101:21,
7102:10, 7103:14,
7103:15, 7103:21,
7106:1, 7107:13,
7109:1, 7111:2,
7111:7, 7111:8,
7116:10, 7122:11,
7122:25, 7125:13,
7128:15, 7130:19,
7130:20, 7131:6,
7132:1, 7133:23,
7134:10, 7135:2,
7136:2, 7137:20,
7138:3, 7138:16,
7139:21, 7139:23,
7141:10, 7142:17,
7146:19, 7149:2,
7150:15, 7152:9,
7152:20, 7152:22,
7153:16, 7154:11,
7155:18, 7157:25,
7162:15, 7164:23,
7168:18, 7168:25,
7170:12, 7172:23,
7173:21, 7174:1,
7176:16, 7182:4,
7184:7, 7184:8,
7184:17, 7185:5,
7185:6, 7185:15,
7185:21, 7187:3,
7187:18, 7188:17,
7194:3, 7194:5,
7196:10, 7198:11,
7202:2, 7207:19,
7223:21, 7225:3,
7225:12, 7225:14
**gold** [1] - 7206:15
**GOLDEN** [1] -
7093:12
**good** [13] - 7102:16,
7103:2, 7105:6,
7107:9, 7132:22,
7142:6, 7177:3,
7182:12, 7184:23,
7194:13, 7195:5,
7200:23, 7201:24

**got** [13] - 7109:19,
7112:23, 7121:19,
7144:5, 7154:8,
7163:23, 7172:22,
7180:20, 7185:16,
7193:11, 7193:16,
7198:17, 7214:24
**gradient** [1] - 7108:3
**gradually** [1] -
7121:17
**GRAND** [1] - 7095:18
**grant** [2] - 7100:10,
7101:21
**graph** [4] - 7154:21,
7156:7, 7157:11,
7158:9
**great** [1] - 7177:4
**greater** [1] - 7194:18
**group** [1] - 7128:1
**GROUP** [1] - 7092:19
**grumbling** [2] -
7225:21, 7226:1
**guess** [5] - 7101:4,
7102:12, 7102:20,
7130:2, 7162:1
**guests** [1] - 7165:1
**guidance** [2] -
7106:11, 7128:10
**Guide** [5] - 7105:8,
7120:14, 7121:19,
7172:22, 7212:18
**guide** [9] - 7112:21,
7112:25, 7113:3,
7115:4, 7122:13,
7122:14, 7122:25,
7192:21, 7192:23
**GULF** [1] - 7091:6

# H

**had** [70] - 7098:18,
7103:14, 7103:15,
7104:5, 7104:15,
7107:25, 7108:7,
7108:8, 7112:10,
7119:17, 7121:16,
7121:25, 7122:13,
7123:2, 7123:9,
7124:15, 7124:18,
7132:6, 7132:24,
7134:7, 7142:4,
7143:10, 7145:4,
7146:10, 7146:11,
7147:13, 7151:19,
7154:9, 7156:20,
7159:21, 7163:8,
7166:19, 7168:8,
7168:21, 7171:1,
7179:15, 7180:7,

7186:10, 7186:24,
7188:24, 7189:16,
7189:17, 7189:18,
7190:8, 7190:10,
7191:6, 7191:23,
7192:1, 7192:6,
7192:10, 7192:13,
7192:14, 7195:12,
7195:16, 7195:23,
7197:15, 7198:22,
7199:11, 7199:17,
7199:25, 7200:7,
7202:19, 7203:9,
7203:11, 7204:20,
7215:15, 7216:15,
7218:21, 7224:10
**hadn't** [4] - 7142:11,
7190:4, 7197:18,
7203:10
**Hafle** [7] - 7119:14,
7188:25, 7189:3,
7199:14, 7208:10,
7208:13, 7208:22
**half** [5] - 7123:21,
7139:8, 7139:15,
7162:15, 7225:1
**HALLIBURTON** [1] -
7096:9
**Halliburton** [19] -
7099:14, 7099:15,
7101:24, 7102:5,
7103:3, 7121:5,
7121:25, 7135:11,
7135:17, 7138:23,
7145:19, 7160:17,
7165:6, 7168:7,
7184:5, 7201:16,
7222:19, 7223:6,
7223:9
**Halliburton's** [2] -
7165:4, 7225:14
**hand** [3] - 7105:19,
7158:5, 7167:2
**handle** [1] - 7107:22
**handled** [1] -
7163:15
**hanging** [1] - 7105:4
**HANKEY** [1] -
7093:17
**happen** [2] -
7110:13, 7124:6
**happened** [19] -
7112:16, 7112:18,
7113:22, 7114:18,
7118:12, 7131:9,
7133:2, 7140:17,
7143:4, 7146:22,
7151:16, 7155:23,
7178:5, 7184:20,
7207:3, 7211:14,

7212:19, 7215:12
**happening** [1] -
7183:18
**happens** [2] -
7116:9, 7153:14
**happy** [1] - 7184:19
**hard** [8] - 7126:15,
7143:13, 7168:4,
7168:5, 7168:22,
7168:23, 7197:16,
7216:14
**harden** [2] - 7197:5,
7197:9
**harder** [1] - 7202:2
**HARIKLIA** [1] -
7095:5
**HARTLEY** [1] -
7096:11
**has** [41] - 7099:15,
7104:25, 7107:17,
7108:19, 7127:14,
7127:15, 7129:4,
7131:8, 7131:9,
7133:3, 7137:15,
7137:16, 7137:19,
7138:4, 7138:15,
7141:6, 7142:7,
7143:18, 7145:20,
7145:22, 7150:25,
7153:8, 7154:19,
7155:2, 7159:1,
7163:18, 7163:24,
7177:19, 7194:15,
7194:18, 7194:25,
7200:16, 7203:20,
7204:11, 7208:9,
7214:17, 7214:21,
7215:5, 7215:12,
7217:6
**hasn't** [2] - 7137:18,
7184:20
**HAUSER** [1] - 7094:3
**have** [192] - 7098:17,
7098:20, 7098:22,
7099:11, 7100:5,
7100:14, 7100:21,
7101:3, 7101:19,
7101:25, 7102:20,
7104:1, 7105:3,
7105:7, 7106:1,
7108:8, 7108:21,
7108:25, 7109:19,
7112:22, 7115:2,
7117:3, 7118:12,
7119:8, 7119:24,
7120:10, 7120:11,
7120:25, 7123:8,
7124:4, 7124:10,
7125:4, 7125:5,
7125:13, 7125:14,

7125:15, 7126:12,
7126:13, 7126:25,
7127:5, 7127:7,
7127:17, 7132:22,
7133:20, 7133:25,
7134:3, 7134:10,
7135:21, 7136:1,
7137:4, 7138:3,
7139:10, 7139:11,
7139:20, 7139:21,
7140:2, 7140:3,
7140:22, 7141:5,
7141:19, 7141:21,
7142:6, 7142:15,
7143:3, 7143:6,
7143:12, 7143:13,
7143:25, 7145:19,
7145:20, 7146:11,
7148:6, 7148:25,
7149:9, 7150:15,
7152:8, 7152:10,
7156:5, 7156:7,
7157:5, 7157:7,
7158:8, 7158:13,
7158:14, 7160:24,
7160:25, 7162:15,
7163:7, 7163:21,
7164:25, 7165:11,
7167:5, 7167:11,
7168:14, 7168:15,
7169:3, 7169:7,
7169:9, 7169:11,
7169:15, 7170:22,
7170:24, 7171:2,
7171:4, 7171:5,
7171:25, 7172:12,
7173:16, 7173:17,
7173:19, 7174:20,
7174:21, 7176:21,
7177:3, 7177:20,
7179:24, 7180:8,
7180:11, 7181:14,
7182:11, 7182:23,
7182:24, 7184:2,
7184:9, 7185:8,
7185:10, 7187:5,
7190:25, 7191:1,
7191:4, 7191:9,
7191:18, 7192:12,
7192:24, 7194:24,
7195:6, 7195:7,
7195:16, 7196:2,
7196:14, 7196:16,
7197:11, 7197:19,
7198:19, 7199:10,
7199:15, 7199:16,
7199:20, 7200:5,
7200:7, 7200:12,
7200:18, 7204:13,
7206:17, 7207:25,
7208:15, 7208:16,

7208:17, 7209:9, 7210:21, 7211:4, 7211:9, 7212:16, 7213:16, 7215:20, 7217:2, 7218:21, 7219:4, 7219:5, 7220:1, 7220:18, 7220:21, 7221:4, 7221:23, 7222:10, 7222:11, 7222:13, 7222:16, 7223:20, 7224:15, 7224:22, 7225:7, 7225:11, 7225:17

**haven't** [4] - 7151:11, 7186:4, 7210:22, 7221:10

**having** [12] - 7100:9, 7105:20, 7126:8, 7151:19, 7182:2, 7182:12, 7188:9, 7188:13, 7192:7, 7192:17, 7193:3

**HAYCRAFT** [1] - 7094:22

**HB406** [1] - 7096:22

**he's** [4] - 7099:7, 7120:3, 7188:7, 7189:3

**head** [4] - 7123:17, 7158:9, 7199:4, 7221:4

**HEAD** [1] - 7209:23

**header** [1] - 7118:19

**heading** [1] - 7154:3

**hear** [4] - 7102:10, 7138:10, 7175:8, 7196:1

**heard** [12] - 7100:13, 7108:19, 7123:23, 7127:15, 7150:25, 7176:21, 7186:4, 7203:20, 7208:9, 7214:20, 7225:21

**HEARD** [1] - 7091:22

**hearing** [2] - 7146:10, 7163:11

**heavier** [2] - 7129:4, 7193:20

**heavy** [3] - 7125:14, 7169:24, 7180:3

**held** [2] - 7196:23

**helical** [3] - 7147:11, 7147:14, 7148:8

**helocal** [1] - 7137:6

**help** [5] - 7131:8, 7136:9, 7152:10, 7156:5, 7158:7

**helped** [3] - 7108:9, 7140:3, 7140:9

---

**helpful** [1] - 7113:18

**helps** [1] - 7219:9

**her** [1] - 7136:18

**here** [50] - 7104:8, 7106:23, 7107:23, 7109:22, 7113:1, 7114:10, 7114:20, 7114:25, 7116:2, 7117:18, 7118:22, 7119:24, 7120:6, 7121:1, 7121:9, 7121:10, 7121:22, 7121:25, 7129:6, 7135:25, 7136:6, 7136:15, 7143:18, 7144:5, 7146:1, 7146:9, 7148:17, 7149:3, 7151:15, 7151:16, 7152:9, 7153:24, 7154:13, 7154:23, 7157:14, 7157:19, 7158:5, 7158:9, 7158:10, 7158:21, 7162:22, 7165:1, 7181:14, 7185:11, 7189:8, 7190:18, 7196:7, 7206:23, 7210:23, 7225:3

**here's** [1] - 7116:1

**hereby** [1] - 7226:11

**HERMAN** [3] - 7092:6, 7092:6

**hi** [1] - 7184:24

**high** [15] - 7121:17, 7122:17, 7124:10, 7146:16, 7166:8, 7166:9, 7166:20, 7167:2, 7167:3, 7167:22, 7167:23, 7175:21, 7188:1

**higher** [4] - 7121:19, 7126:16, 7178:11, 7179:5

**highest** [1] - 7178:16

**highlighted** [3] - 7179:9, 7205:12, 7207:15

**HILL** [101] - 7096:12, 7103:2, 7103:6, 7103:8, 7103:21, 7103:24, 7104:8, 7104:10, 7106:7, 7106:10, 7109:2, 7109:3, 7109:10, 7109:11, 7110:9, 7110:11, 7112:14, 7112:15, 7113:14, 7113:15, 7115:21, 7115:22, 7117:11,

---

7117:13, 7117:17, 7117:19, 7118:18, 7118:21, 7119:11, 7119:12, 7120:5, 7120:8, 7121:9, 7121:12, 7127:20, 7127:21, 7128:5, 7128:8, 7129:19, 7129:20, 7131:15, 7131:17, 7133:3, 7133:10, 7134:15, 7134:17, 7135:4, 7135:6, 7136:14, 7136:16, 7137:2, 7137:3, 7137:19, 7137:24, 7138:11, 7138:19, 7138:22, 7139:1, 7139:4, 7139:17, 7139:25, 7140:1, 7142:13, 7142:19, 7143:16, 7143:17, 7144:4, 7144:6, 7144:16, 7145:22, 7146:5, 7146:8, 7146:18, 7146:21, 7146:24, 7148:15, 7148:18, 7148:23, 7152:4, 7152:14, 7152:18, 7152:19, 7153:1, 7153:3, 7153:11, 7153:18, 7155:7, 7155:13, 7156:23, 7155:26, 7159:17, 7159:19, 7160:3, 7160:4, 7160:15, 7161:5, 7161:9, 7161:15, 7161:20, 7162:9, 7162:12

**hill** [4] - 7184:25, 7185:6, 7191:19, 7198:9

**Hill** [2] - 7097:7, 7103:2

**him** [11] - 7139:15, 7139:23, 7139:24, 7146:4, 7146:21, 7160:19, 7214:10, 7216:18, 7218:22, 7220:19, 7224:11

**hint** [1] - 7105:15

**hired** [2] - 7187:9, 7187:10

**his** [49] - 7136:10, 7137:20, 7138:5, 7138:6, 7138:15, 7138:18, 7139:4, 7139:7, 7139:8, 7139:9, 7145:7, 7146:11, 7148:12,

---

7148:17, 7148:19, 7174:15, 7208:6, 7210:22, 7212:9, 7213:21, 7214:1, 7215:3, 7215:7, 7215:8, 7215:11, 7215:20, 7215:22, 7216:12, 7216:14, 7216:16, 7216:20, 7216:22, 7216:25, 7217:1, 7217:4, 7219:11, 7219:13, 7219:17, 7220:9, 7220:18, 7220:19, 7220:20, 7221:4, 7221:16, 7221:21, 7222:6, 7224:10

**His** [2] - 7143:20, 7208:9

**hit** [1] - 7174:9

**hold** [3] - 7178:16, 7197:12, 7207:1

**holding** [2] - 7194:2, 7195:12

**HOLDINGS** [1] - 7095:8

**hole** [15] - 7104:23, 7104:24, 7105:4, 7106:20, 7108:16, 7111:3, 7125:20, 7125:22, 7134:24, 7138:13, 7147:1, 7154:3, 7154:4, 7191:6, 7191:7

**HOLTHAUS** [1] - 7093:1

**home** [1] - 7102:19

**honest** [1] - 7206:6

**Honor** [64] - 7098:8, 7098:15, 7098:16, 7099:2, 7099:3, 7099:14, 7099:15, 7099:19, 7100:4, 7100:6, 7101:23, 7102:5, 7102:18, 7102:22, 7103:2, 7131:12, 7133:3, 7137:14, 7137:19, 7137:24, 7138:11, 7139:5, 7139:17, 7139:25, 7140:12, 7142:13, 7142:18, 7143:20, 7145:13, 7145:22, 7146:5, 7148:13, 7148:18, 7152:5, 7152:14, 7153:1, 7153:6, 7153:11, 7155:7, 7161:5, 7161:9, 7161:15, 7162:9,

---

7163:4, 7163:13, 7163:14, 7163:15, 7163:16, 7164:9, 7164:10, 7164:16, 7164:20, 7176:13, 7184:4, 7184:15, 7189:23, 7200:18, 7208:9, 7211:19, 7223:14, 7223:24, 7224:4, 7224:21, 7225:16

**honor** [1] - 7162:15

**Honor's** [3] - 7134:15, 7151:24, 7153:13

**HONORABLE** [1] - 7091:22

**hook** [2] - 7147:22, 7147:25

**hope** [3] - 7116:1, 7119:16, 7189:1

**hoping** [1] - 7199:4

**Horizon** [5] - 7101:8, 7101:9, 7163:22, 7210:4, 7211:14

**HORIZON** [1] - 7091:5

**HOUMA** [1] - 7092:20

**hour** [1] - 7162:16

**hours** [11] - 7167:9, 7167:17, 7167:25, 7168:2, 7197:10, 7197:20, 7197:21, 7199:18, 7199:19, 7213:20, 7225:1

**house** [1] - 7198:17

**housekeeping** [1] - 7101:23

**Houston** [1] - 7120:14

**HOUSTON** [7] - 7093:5, 7095:15, 7095:24, 7096:7, 7096:8, 7096:16, 7096:20

**however** [2] - 7188:1, 7192:5

**Huffman** [1] - 7098:17

**HUGH** [1] - 7096:18

**HUGHES** [1] - 7095:23

**huh** [2] - 7102:21, 7225:9

**hundred** [2] - 7192:11, 7220:14

**hung** [1] - 7105:18

**hydrocarbon** [13] - 7106:15, 7107:4,

7107:9, 7143:8,
7144:15, 7149:6,
7150:13, 7160:21,
7160:22, 7174:4,
7174:19, 7201:12,
7201:17
   **hydrocarbon-
bearing** [2] - 7201:12,
7201:17
   **hydrocarbons** [4] -
7107:19, 7150:11,
7155:1, 7197:22
   **hydrostatic** [7] -
7128:20, 7129:4,
7194:18, 7195:2,
7195:3, 7196:21,
7196:22
   **HYMEL** [1] - 7095:20
   **hypothesis** [1] -
7141:16
   **hypothetically** [2] -
7197:15, 7197:17


# I


   **I** [564] - 7097:1,
7098:3, 7098:9,
7098:17, 7099:6,
7099:7, 7099:11,
7099:23, 7100:7,
7100:8, 7100:10,
7100:24, 7101:4,
7101:21, 7101:25,
7102:8, 7102:10,
7102:12, 7102:18,
7102:20, 7103:4,
7103:13, 7103:14,
7103:15, 7103:21,
7104:5, 7104:18,
7105:3, 7105:7,
7105:8, 7105:14,
7105:25, 7106:6,
7106:8, 7107:14,
7108:1, 7108:18,
7108:19, 7108:20,
7108:25, 7109:1,
7110:8, 7110:15,
7110:19, 7112:13,
7113:17, 7114:20,
7114:22, 7114:24,
7115:2, 7115:7,
7115:11, 7115:12,
7115:14, 7115:25,
7116:1, 7117:5,
7117:8, 7118:17,
7119:10, 7119:15,
7119:22, 7120:2,
7120:11, 7121:2,
7121:4, 7121:17,
7121:18, 7122:12,

7122:24, 7123:1,
7123:8, 7124:7,
7124:16, 7126:10,
7127:7, 7129:24,
7130:2, 7130:24,
7131:4, 7131:12,
7131:13, 7131:15,
7133:1, 7133:5,
7133:7, 7133:8,
7133:25, 7135:1,
7135:15, 7135:21,
7135:22, 7136:7,
7136:12, 7136:13,
7136:18, 7136:19,
7136:20, 7136:21,
7137:4, 7137:25,
7138:3, 7138:7,
7138:9, 7138:20,
7139:10, 7139:11,
7139:13, 7139:17,
7139:18, 7139:20,
7139:22, 7140:2,
7140:7, 7140:8,
7140:12, 7140:20,
7140:24, 7141:3,
7141:7, 7141:8,
7141:18, 7141:19,
7141:20, 7141:21,
7141:22, 7141:23,
7141:25, 7142:1,
7142:2, 7142:3,
7142:4, 7142:5,
7142:6, 7142:10,
7142:11, 7142:17,
7142:25, 7143:3,
7143:6, 7143:13,
7143:24, 7144:1,
7144:23, 7145:7,
7145:15, 7146:1,
7146:4, 7146:6,
7146:7, 7146:13,
7146:23, 7147:2,
7147:19, 7147:20,
7148:5, 7148:6,
7148:11, 7148:13,
7148:16, 7148:19,
7148:21, 7150:9,
7150:18, 7150:24,
7151:5, 7151:9,
7151:11, 7151:12,
7151:24, 7152:2,
7152:5, 7152:9,
7152:11, 7152:14,
7153:1, 7153:4,
7153:6, 7153:8,
7153:11, 7153:13,
7154:11, 7154:23,
7155:5, 7155:7,
7155:20, 7155:23,
7156:1, 7156:2,
7156:7, 7157:3,

7157:15, 7158:5,
7158:8, 7158:20,
7159:9, 7159:11,
7159:20, 7160:17,
7160:19, 7160:25,
7161:10, 7161:15,
7161:18, 7161:22,
7161:25, 7162:1,
7162:3, 7162:6,
7162:12, 7162:20,
7162:21, 7163:17,
7163:18, 7163:20,
7163:21, 7163:22,
7163:25, 7164:6,
7164:7, 7164:8,
7164:9, 7164:10,
7164:23, 7164:24,
7165:13, 7166:14,
7166:18, 7167:5,
7167:7, 7167:11,
7167:13, 7167:15,
7167:25, 7168:5,
7168:20, 7168:21,
7168:22, 7169:2,
7169:5, 7169:8,
7169:13, 7170:12,
7170:13, 7170:15,
7170:17, 7171:13,
7171:16, 7171:19,
7171:24, 7172:3,
7172:4, 7172:11,
7172:12, 7172:14,
7172:15, 7172:22,
7173:1, 7173:9,
7173:12, 7173:15,
7173:18, 7173:25,
7174:2, 7174:8,
7174:20, 7175:1,
7175:2, 7175:8,
7176:8, 7176:16,
7176:20, 7176:21,
7176:22, 7176:24,
7177:16, 7177:17,
7177:25, 7178:7,
7178:9, 7178:10,
7178:14, 7178:16,
7178:20, 7178:25,
7179:1, 7179:15,
7179:18, 7179:20,
7179:23, 7180:16,
7180:17, 7180:18,
7181:5, 7181:15,
7181:18, 7181:21,
7181:22, 7181:25,
7182:1, 7182:23,
7183:2, 7183:3,
7183:14, 7183:25,
7184:2, 7184:4,
7184:7, 7184:8,
7184:10, 7184:17,
7185:5, 7185:6,

7185:7, 7185:10,
7185:15, 7185:22,
7185:24, 7186:1,
7186:3, 7186:4,
7186:10, 7187:4,
7188:17, 7188:18,
7188:21, 7188:24,
7189:2, 7189:7,
7189:9, 7189:14,
7190:19, 7190:21,
7190:22, 7190:23,
7191:18, 7191:20,
7192:7, 7192:12,
7192:15, 7193:6,
7193:11, 7193:12,
7193:16, 7194:7,
7194:22, 7195:5,
7195:7, 7195:8,
7195:25, 7196:2,
7196:10, 7196:13,
7196:18, 7197:6,
7197:10, 7197:20,
7198:3, 7198:7,
7198:8, 7198:9,
7198:10, 7198:11,
7198:14, 7198:19,
7199:1, 7199:3,
7199:6, 7199:10,
7199:22, 7200:12,
7200:23, 7201:10,
7201:23, 7202:4,
7202:12, 7202:21,
7203:16, 7203:20,
7204:16, 7204:24,
7205:5, 7205:6,
7205:8, 7205:23,
7206:5, 7206:6,
7206:8, 7206:13,
7207:1, 7207:2,
7207:3, 7207:15,
7207:19, 7207:21,
7207:22, 7208:2,
7208:24, 7209:8,
7209:12, 7210:5,
7210:6, 7210:12,
7210:21, 7210:25,
7211:9, 7212:6,
7212:9, 7212:10,
7212:15, 7212:16,
7212:19, 7213:4,
7213:10, 7213:17,
7214:3, 7214:6,
7215:10, 7215:15,
7215:19, 7216:14,
7216:18, 7216:21,
7216:24, 7217:2,
7217:9, 7217:18,
7218:5, 7218:6,
7218:10, 7219:5,
7219:9, 7219:10,
7219:13, 7219:16,

7219:23, 7220:16,
7220:21, 7220:25,
7221:7, 7221:10,
7221:23, 7222:6,
7222:11, 7222:18,
7223:2, 7223:4,
7223:8, 7223:11,
7223:12, 7223:20,
7224:4, 7224:5,
7224:6, 7224:9,
7224:11, 7224:14,
7224:16, 7224:21,
7224:25, 7225:1,
7225:10, 7225:12,
7225:18, 7226:10
   **I'd** [3] - 7133:5,
7139:19, 7225:7
   **I'll** [12] - 7099:9,
7099:11, 7148:15,
7162:9, 7169:16,
7172:6, 7174:17,
7176:19, 7179:1,
7209:12, 7211:13,
7218:5
   **I'm** [32] - 7102:10,
7106:8, 7110:15,
7135:1, 7135:25,
7152:14, 7155:6,
7161:10, 7162:16,
7164:23, 7168:14,
7169:10, 7174:5,
7175:8, 7187:3,
7188:12, 7192:23,
7193:7, 7196:1,
7196:3, 7197:10,
7198:7, 7206:8,
7212:3, 7212:6,
7212:11, 7218:5,
7221:23, 7223:21,
7224:23, 7225:2
   **I've** [17] - 7100:13,
7102:6, 7105:3,
7140:7, 7144:19,
7151:11, 7159:25,
7163:8, 7163:23,
7164:14, 7166:17,
7190:1, 7199:4,
7211:9, 7212:9,
7222:17, 7225:21
   **IBOS** [1] - 7096:21
   **Ibos** [2] - 7226:10,
7226:18
   **idea** [3] - 7119:20,
7120:17, 7129:13
   **identified** [8] -
7125:25, 7130:25,
7142:21, 7147:14,
7148:9, 7168:21,
7173:13, 7173:24
   **identifies** [2] -

7109:4, 7147:17

**identify** [10] -
7108:22, 7109:7,
7127:22, 7127:25,
7130:6, 7131:8,
7135:11, 7148:11,
7156:9, 7160:8

**if** [118] - 7103:16,
7104:23, 7105:25,
7107:18, 7113:18,
7116:5, 7116:8,
7116:14, 7116:18,
7122:12, 7123:6,
7124:11, 7124:20,
7125:17, 7126:6,
7126:13, 7130:18,
7130:20, 7134:5,
7135:22, 7136:11,
7136:12, 7136:19,
7137:11, 7138:2,
7138:9, 7139:6,
7139:9, 7139:14,
7139:18, 7140:12,
7143:19, 7144:8,
7144:20, 7144:23,
7145:4, 7145:5,
7146:1, 7146:2,
7146:6, 7146:13,
7146:25, 7147:8,
7147:23, 7147:24,
7148:16, 7148:24,
7149:1, 7149:11,
7149:14, 7149:18,
7150:18, 7150:19,
7150:20, 7150:21,
7152:9, 7153:8,
7155:14, 7156:14,
7157:21, 7158:4,
7158:7, 7158:18,
7159:3, 7161:22,
7162:7, 7162:16,
7164:7, 7167:22,
7168:15, 7169:15,
7170:7, 7172:23,
7173:7, 7175:2,
7179:1, 7179:15,
7185:22, 7186:4,
7187:15, 7189:20,
7191:12, 7191:14,
7193:1, 7193:11,
7193:12, 7193:17,
7194:1, 7194:2,
7194:11, 7195:5,
7195:8, 7195:13,
7196:3, 7196:7,
7196:8, 7197:15,
7197:17, 7197:20,
7199:10, 7200:5,
7202:1, 7206:18,
7206:20, 7208:6,
7211:21, 7211:22,

7215:10, 7216:3,
7218:6, 7219:9,
7224:19, 7225:5,
7225:12, 7225:19

**If** [1] - 7225:7

**ignored** [1] - 7142:4

**IL** [1] - 7095:6

**illustrated** [1] -
7139:7

**imagine** [1] - 7176:3

**imbeds** [1] - 7153:7

**immediate** [1] -
7122:25

**immediately** [2] -
7128:20, 7199:17

**impact** [2] - 7112:10,
7145:9

**implemented** [1] -
7165:25

**implications** [1] -
7164:11

**important** [3] -
7152:15, 7159:2,
7202:2

**importantly** [2] -
7111:15, 7198:6

**IMPREVENTO** [1] -
7092:14

**improperly** [1] -
7218:3

**IN** [4] - 7091:5,
7091:5, 7091:12,
7209:23

**In** [1] - 7177:22

**in** [489] - 7100:8,
7100:14, 7100:20,
7100:22, 7100:23,
7101:3, 7101:7,
7101:14, 7101:20,
7102:2, 7103:16,
7103:17, 7104:1,
7104:11, 7104:17,
7104:21, 7104:22,
7104:24, 7105:1,
7105:4, 7105:5,
7105:11, 7105:16,
7105:18, 7106:12,
7106:18, 7106:21,
7106:23, 7107:9,
7107:12, 7107:16,
7107:20, 7107:22,
7107:23, 7108:3,
7108:5, 7108:10,
7108:16, 7109:5,
7109:17, 7109:18,
7110:3, 7110:17,
7110:24, 7110:25,
7111:3, 7111:17,
7111:19, 7111:25,
7112:6, 7112:21,

7112:23, 7112:24,
7113:4, 7113:5,
7113:18, 7113:24,
7114:6, 7114:18,
7115:11, 7115:12,
7115:15, 7115:18,
7116:1, 7116:3,
7116:7, 7116:11,
7116:12, 7116:13,
7116:14, 7116:18,
7116:20, 7117:14,
7117:17, 7117:18,
7118:8, 7118:13,
7118:14, 7119:13,
7121:2, 7121:3,
7121:16, 7122:15,
7122:16, 7122:18,
7123:1, 7123:9,
7123:11, 7123:17,
7123:20, 7124:3,
7124:7, 7124:9,
7124:15, 7124:17,
7124:20, 7124:22,
7125:1, 7125:2,
7125:3, 7125:7,
7125:8, 7125:12,
7125:13, 7125:16,
7125:25, 7126:1,
7126:6, 7126:8,
7126:9, 7126:11,
7126:14, 7126:21,
7127:5, 7127:9,
7127:10, 7128:6,
7128:23, 7129:3,
7129:11, 7129:12,
7129:18, 7130:6,
7130:9, 7130:13,
7130:14, 7130:23,
7131:5, 7131:7,
7131:9, 7131:19,
7131:24, 7132:19,
7132:20, 7133:3,
7133:17, 7133:18,
7134:22, 7134:23,
7135:12, 7135:24,
7136:3, 7136:8,
7136:17, 7136:22,
7137:4, 7137:13,
7138:5, 7138:6,
7138:13, 7138:14,
7138:15, 7139:4,
7139:7, 7139:8,
7139:11, 7139:12,
7139:15, 7140:3,
7140:9, 7140:15,
7140:18, 7140:24,
7141:2, 7141:13,
7141:20, 7141:25,
7142:5, 7142:8,
7142:11, 7142:15,
7143:1, 7143:5,

7143:8, 7143:11,
7143:12, 7143:13,
7143:14, 7143:15,
7143:19, 7144:13,
7144:19, 7144:23,
7144:24, 7144:25,
7145:3, 7145:12,
7145:14, 7145:15,
7145:24, 7145:25,
7146:17, 7147:1,
7147:5, 7147:6,
7147:18, 7147:23,
7148:2, 7148:3,
7148:12, 7148:17,
7148:19, 7149:1,
7149:4, 7149:5,
7149:14, 7150:6,
7150:7, 7150:10,
7150:16, 7150:19,
7150:21, 7150:22,
7150:23, 7151:3,
7151:6, 7151:11,
7151:20, 7152:12,
7152:24, 7153:8,
7153:13, 7153:14,
7153:23, 7154:1,
7154:2, 7154:14,
7154:16, 7154:17,
7154:18, 7155:12,
7155:23, 7156:1,
7156:2, 7156:6,
7156:9, 7156:21,
7157:2, 7157:7,
7157:16, 7157:17,
7157:24, 7158:4,
7158:9, 7158:12,
7158:13, 7158:14,
7158:15, 7158:19,
7158:20, 7159:2,
7159:3, 7159:4,
7159:5, 7159:7,
7160:1, 7160:9,
7160:11, 7160:19,
7160:20, 7161:6,
7161:8, 7161:13,
7161:16, 7162:22,
7163:7, 7165:3,
7165:10, 7165:16,
7166:14, 7167:16,
7167:18, 7167:21,
7168:24, 7169:21,
7169:25, 7170:4,
7170:19, 7170:20,
7170:21, 7170:24,
7171:2, 7171:11,
7171:14, 7171:17,
7172:6, 7172:8,
7172:11, 7172:17,
7172:23, 7173:2,
7173:5, 7173:9,
7173:19, 7173:22,

7174:2, 7174:8,
7174:9, 7174:10,
7174:11, 7174:20,
7175:17, 7175:25,
7176:10, 7176:22,
7177:2, 7177:19,
7177:22, 7177:24,
7178:2, 7178:4,
7178:13, 7178:14,
7178:19, 7179:1,
7179:14, 7179:17,
7179:18, 7179:22,
7180:2, 7180:3,
7180:21, 7180:25,
7181:2, 7181:17,
7181:22, 7182:9,
7183:4, 7183:24,
7183:25, 7184:1,
7184:11, 7184:14,
7186:8, 7186:12,
7187:3, 7188:17,
7188:18, 7189:14,
7190:17, 7190:23,
7191:1, 7191:10,
7191:23, 7192:1,
7192:12, 7192:16,
7192:25, 7193:1,
7193:6, 7193:8,
7194:14, 7194:21,
7194:22, 7194:24,
7194:25, 7195:1,
7195:7, 7195:11,
7195:13, 7195:15,
7195:22, 7196:3,
7196:19, 7197:6,
7197:10, 7197:14,
7197:23, 7198:3,
7198:7, 7198:8,
7198:15, 7198:17,
7198:22, 7198:23,
7199:8, 7199:10,
7199:14, 7199:22,
7199:23, 7200:4,
7200:25, 7201:15,
7202:5, 7202:8,
7203:8, 7203:9,
7203:10, 7203:23,
7204:8, 7204:15,
7204:20, 7204:24,
7204:25, 7205:5,
7205:12, 7206:9,
7206:13, 7206:17,
7206:23, 7207:5,
7207:15, 7207:22,
7207:24, 7208:8,
7208:13, 7208:15,
7208:19, 7208:20,
7209:9, 7209:10,
7209:17, 7209:21,
7210:12, 7210:22,
7212:11, 7212:13,

7212:23, 7213:5,
7213:12, 7213:16,
7213:18, 7213:24,
7214:5, 7214:6,
7214:17, 7215:7,
7215:18, 7216:4,
7216:16, 7217:13,
7217:22, 7218:1,
7218:2, 7218:5,
7218:11, 7218:12,
7218:18, 7219:19,
7220:23, 7220:25,
7221:4, 7221:16,
7222:12, 7222:15,
7222:17, 7222:18,
7222:19, 7222:23,
7223:2, 7223:5,
7223:9, 7223:11,
7225:4, 7225:17,
7226:2, 7226:14
  **inappropriate** [2] -
7176:24, 7207:12
  **INC** [5] - 7091:16,
7094:21, 7095:9,
7095:10, 7096:10
  **inch** [1] - 7149:14
  **incident** [3] -
7168:21, 7169:1,
7212:12
  **include** [1] - 7101:18
  **includes** [1] -
7102:14
  **including** [3] -
7110:5, 7175:6,
7177:8
  **inconsistent** [1] -
7107:1
  **incorporate** [1] -
7225:10
  **incorrect** [2] -
7161:10, 7162:3
  **increase** [11] -
7114:6, 7158:4,
7176:10, 7177:13,
7177:23, 7182:1,
7183:15, 7219:7,
7219:12, 7220:23,
7221:9
  **increased** [12] -
7178:23, 7179:2,
7179:13, 7181:19,
7181:20, 7181:22,
7182:1, 7182:25,
7183:13, 7183:16,
7183:22, 7219:22
  **increases** [2] -
7141:14, 7222:3
  **increasing** [2] -
7113:25, 7182:2
  **incumbent** [1] -

7178:3
  **indeed** [1] - 7195:17
  **independent** [1] -
7137:16
  **independently** [1] -
7175:14
  **indicate** [7] - 7115:6,
7121:22, 7122:10,
7122:22, 7142:23,
7143:9, 7195:16
  **indicated** [8] -
7119:7, 7120:3,
7126:21, 7142:13,
7150:18, 7175:25,
7198:3, 7207:5
  **indicates** [5] -
7113:25, 7122:24,
7140:17, 7154:21,
7215:11
  **INDICATING** [1] -
7109:10
  **indicating** [2] -
7113:24, 7158:2
  **INDICATING** [7] -
7104:9, 7106:9,
7117:18, 7118:19,
7121:11, 7128:7,
7136:15
  **indication** [6] -
7113:11, 7115:15,
7128:24, 7133:21,
7158:3, 7219:19
  **indications** [1] -
7123:8
  **indicators** [3] -
7157:4, 7214:1
  **individually** [1] -
7183:14
  **induced** [3] -
7109:19, 7114:12,
7138:17
  **industry** [1] - 7197:7
  **inference** [1] -
7161:13
  **inferences** [1] -
7161:13
  **influences** [1] -
7162:16
  **information** [14] -
7118:20, 7135:21,
7150:7, 7151:11,
7201:16, 7201:21,
7202:2, 7208:14,
7212:10, 7214:2,
7214:18, 7220:1,
7223:11, 7223:12
  **informed** [1] -
7102:6
  **initially** [2] -
7110:18, 7221:20

**input** [2] - 7160:24,
7161:16
  **inputting** [1] -
7161:6
  **inside** [6] - 7107:14,
7112:2, 7113:12,
7122:14, 7194:11,
7195:4
  **instability** [2] -
7126:10
  **install** [5] - 7133:17,
7172:5, 7173:3,
7173:4, 7175:14
  **installation** [3] -
7151:8, 7171:9,
7173:24
  **installed** [1] -
7110:17
  **installing** [2] -
7151:5, 7182:19
  **instances** [1] -
7173:10
  **instantly** [1] -
7114:24
  **instead** [7] -
7108:11, 7172:7,
7179:25, 7180:9,
7182:22, 7196:7,
7199:9
  **instructed** [2] -
7206:11, 7209:2
  **instruction** [2] -
7106:4, 7106:23
  **instructions** [3] -
7107:4, 7208:4,
7208:6
  **instructs** [1] -
7106:12
  **intact** [2] - 7161:17,
7195:14
  **intended** [3] -
7110:13, 7111:13,
7140:11
  **intent** [1] - 7110:22
  **intentionally** [1] -
7209:14
  **interested** [1] -
7206:9
  **interfered** [1] -
7213:20
  **internal** [4] -
7106:11, 7148:8,
7175:17, 7185:9
  **INTERNATIONAL** [1]
- 7096:1
  **internship** [1] -
7165:18
  **interpret** [2] -
7119:15, 7170:15
  **interpretation** [3] -

7170:14, 7170:17,
7192:9
  **interpretations** [2] -
7178:17, 7206:19
  **interpreted** [1] -
7209:15
  **interrupt** [1] -
7110:15
  **interval** [1] - 7107:5
  **intervals** [1] -
7104:18
  **interview** [6] -
7120:9, 7121:13,
7121:14, 7121:15,
7210:7
  **interviews** [1] -
7208:20
  **into** [61] - 7098:9,
7100:9, 7106:16,
7106:20, 7107:3,
7107:8, 7108:3,
7108:12, 7108:13,
7108:17, 7110:18,
7110:21, 7111:14,
7112:4, 7112:7,
7112:19, 7112:25,
7114:1, 7117:1,
7124:4, 7124:8,
7124:11, 7124:13,
7125:22, 7126:20,
7129:5, 7130:11,
7134:24, 7137:10,
7138:2, 7140:19,
7143:5, 7144:24,
7145:4, 7145:9,
7147:7, 7147:9,
7148:14, 7148:16,
7149:8, 7150:12,
7151:22, 7154:7,
7155:10, 7155:18,
7157:6, 7157:14,
7157:25, 7158:2,
7168:19, 7170:25,
7171:1, 7174:22,
7191:5, 7192:13,
7193:19, 7193:22,
7196:19, 7197:22,
7216:1
  **introduce** [1] -
7133:5
  **introduced** [1] -
7163:7
  **introduction** [1] -
7140:2
  **investigate** [2] -
7199:24, 7208:1
  **investigation** [1] -
7185:9
  **involving** [1] -
7166:20

  **IRPINO** [2] - 7093:6,
7093:7
  **irrelevant** [1] -
7144:12
  **isn't** [7] - 7196:11,
7201:8, 7202:3,
7202:17, 7206:24,
7215:6, 7220:2
  **isolating** [1] -
7150:13
  **isolation** [10] -
7127:18, 7128:2,
7128:3, 7128:12,
7130:11, 7143:11,
7149:19, 7149:22,
7150:10
  **Isolation** [1] - 7128:6
  **issue** [8] - 7108:9,
7142:2, 7146:9,
7174:24, 7182:5,
7184:9, 7184:10,
7184:15
  **issued** [1] - 7102:12
  **issues** [4] - 7100:21,
7101:21, 7102:2,
7200:8
  **issuing** [1] - 7183:4
  **It** [1] - 7205:13
  **it** [330] - 7099:20,
7099:21, 7099:22,
7100:24, 7101:5,
7104:6, 7104:25,
7105:3, 7105:5,
7105:19, 7105:22,
7106:8, 7106:14,
7106:19, 7106:20,
7106:21, 7107:1,
7107:10, 7107:16,
7107:18, 7107:25,
7108:16, 7108:20,
7108:23, 7109:9,
7109:13, 7110:19,
7110:22, 7111:12,
7112:3, 7112:23,
7113:5, 7114:4,
7114:9, 7114:16,
7114:21, 7116:3,
7116:23, 7116:25,
7117:2, 7117:16,
7118:10, 7118:20,
7119:5, 7120:6,
7120:12, 7120:21,
7121:10, 7121:25,
7122:3, 7122:5,
7122:17, 7122:24,
7123:20, 7123:24,
7124:2, 7124:7,
7124:21, 7124:23,
7124:24, 7125:6,
7125:7, 7125:13,

7125:14, 7125:21, 7125:23, 7126:2, 7126:16, 7126:17, 7127:25, 7128:12, 7128:17, 7129:13, 7129:22, 7130:9, 7130:17, 7131:4, 7131:15, 7133:5, 7134:11, 7134:13, 7135:2, 7136:1, 7136:5, 7137:12, 7137:17, 7138:5, 7138:7, 7138:10, 7138:20, 7138:21, 7138:22, 7138:25, 7139:8, 7139:14, 7139:15, 7139:16, 7139:20, 7139:23, 7139:24, 7140:9, 7140:11, 7140:17, 7141:2, 7141:13, 7141:25, 7142:4, 7144:1, 7144:5, 7144:11, 7144:25, 7145:1, 7146:3, 7146:11, 7146:12, 7146:13, 7147:4, 7148:17, 7149:2, 7150:4, 7150:11, 7150:22, 7151:2, 7151:25, 7152:18, 7153:7, 7153:22, 7153:24, 7154:11, 7154:12, 7154:19, 7156:4, 7156:15, 7156:20, 7157:15, 7158:7, 7158:19, 7158:20, 7159:2, 7159:4, 7160:6, 7160:16, 7161:6, 7161:15, 7161:16, 7162:7, 7162:9, 7163:23, 7168:4, 7168:24, 7169:16, 7169:17, 7169:19, 7169:22, 7169:23, 7170:15, 7172:4, 7172:5, 7173:3, 7174:2, 7174:9, 7174:22, 7175:2, 7175:10, 7175:14, 7175:18, 7177:2, 7177:12, 7177:17, 7178:9, 7178:13, 7178:21, 7179:2, 7179:15, 7179:19, 7180:3, 7180:7, 7180:12, 7181:18, 7182:1, 7182:4, 7182:9, 7183:11, 7183:18, 7183:20,

7183:21, 7183:23, 7184:20, 7186:4, 7186:9, 7186:21, 7187:3, 7187:4, 7187:10, 7187:18, 7187:19, 7187:20, 7187:24, 7188:17, 7188:19, 7188:22, 7188:24, 7188:25, 7189:18, 7190:1, 7190:18, 7191:1, 7191:3, 7191:4, 7192:6, 7192:13, 7192:15, 7192:19, 7192:20, 7192:21, 7193:1, 7193:11, 7193:12, 7193:16, 7193:18, 7193:23, 7194:5, 7195:5, 7195:13, 7196:1, 7196:2, 7196:9, 7196:11, 7196:23, 7197:13, 7197:16, 7198:12, 7198:14, 7198:15, 7198:16, 7198:17, 7199:22, 7201:4, 7201:7, 7201:13, 7201:19, 7202:7, 7202:13, 7202:14, 7202:15, 7202:16, 7202:24, 7202:25, 7203:1, 7203:7, 7203:11, 7203:20, 7203:23, 7204:8, 7204:15, 7205:10, 7206:5, 7206:10, 7206:16, 7206:17, 7207:5, 7207:9, 7207:25, 7208:1, 7208:19, 7209:6, 7209:7, 7209:8, 7210:14, 7211:10, 7212:2, 7212:17, 7213:23, 7213:24, 7216:21, 7217:23, 7218:6, 7219:9, 7219:10, 7219:15, 7220:2, 7220:3, 7220:22, 7220:24, 7220:25, 7221:1, 7221:3, 7221:4, 7221:5, 7222:1, 7222:2, 7222:7, 7222:8, 7223:23, 7224:7, 7224:12, 7225:3, 7225:5, 7225:7, 7225:9, 7225:18
**it'll** [1] - 7107:19
**it's** [100] - 7105:5, 7106:25, 7107:6,

7108:22, 7111:14, 7111:19, 7112:4, 7112:20, 7113:18, 7116:10, 7122:11, 7125:13, 7126:10, 7126:15, 7128:1, 7128:6, 7128:25, 7129:9, 7129:13, 7135:9, 7135:16, 7137:20, 7139:22, 7141:10, 7142:9, 7144:12, 7144:13, 7148:16, 7148:17, 7148:19, 7149:2, 7149:17, 7150:9, 7150:13, 7153:10, 7154:21, 7156:3, 7156:14, 7157:13, 7157:18, 7158:8, 7158:24, 7159:2, 7159:3, 7159:5, 7161:5, 7161:16, 7162:4, 7162:5, 7162:17, 7164:9, 7167:22, 7168:11, 7168:23, 7169:5, 7170:6, 7170:16, 7171:7, 7171:22, 7171:25, 7175:2, 7175:20, 7175:24, 7176:3, 7176:9, 7177:18, 7178:2, 7179:1, 7180:1, 7182:5, 7185:1, 7185:22, 7188:19, 7190:2, 7191:19, 7193:6, 7196:10, 7197:21, 7198:20, 7199:8, 7201:4, 7202:2, 7204:8, 7208:19, 7209:7, 7209:13, 7211:9, 7212:9, 7216:14, 7218:1, 7218:5, 7218:7, 7218:24, 7224:13, 7225:19, 7225:21
**items** [4] - 7134:8, 7181:14, 7183:10, 7183:14
**its** [19] - 7100:9, 7100:20, 7101:16, 7106:12, 7128:10, 7132:24, 7145:10, 7151:18, 7170:22, 7174:19, 7175:3, 7175:17, 7181:2, 7188:4, 7197:18, 7201:21, 7202:7, 7202:11
**itself** [6] - 7101:7,

7101:10, 7120:17, 7120:19, 7174:8, 7207:24

## J

**J** [10] - 7091:8, 7091:22, 7092:6, 7092:17, 7094:8, 7095:4, 7095:11, 7095:20, 7096:5, 7120:14
**JAMES** [2] - 7092:3, 7094:13
**Jason** [2] - 7209:18, 7213:7
**JEFFERSON** [2] - 7092:4, 7095:21
**JEFFREY** [1] - 7092:14
**JERRY** [1] - 7096:15
**Jesse** [3] - 7159:22, 7163:8, 7167:8
**Jesse's** [1] - 7104:16
**JESSICA** [2] - 7093:20, 7093:21
**Jessica** [1] - 7098:8
**Jim** [4] - 7099:19, 7164:23, 7169:16, 7224:6
**JIMMY** [1] - 7093:4
**job** [32] - 7105:7, 7105:20, 7106:1, 7123:14, 7123:15, 7125:16, 7126:2, 7126:22, 7127:16, 7130:4, 7130:12, 7131:7, 7132:24, 7133:19, 7135:22, 7136:7, 7141:20, 7166:14, 7166:17, 7167:10, 7182:12, 7182:21, 7186:23, 7193:19, 7194:25, 7199:20, 7200:1, 7208:13, 7213:21, 7217:1, 7217:8, 7217:9
**jobs** [3] - 7128:3, 7128:4, 7202:3
**John** [3] - 7121:19, 7172:22, 7212:18
**JOHN** [3] - 7093:2, 7095:23, 7096:19
**join** [1] - 7099:20
**JONES** [1] - 7096:5
**Joseph** [1] - 7213:20
**JR** [2] - 7092:17, 7096:11

**Judge** [4] - 7196:13, 7198:24, 7199:5, 7203:19
**JUDGE** [1] - 7091:23
**judge** [3] - 7098:18, 7152:20, 7177:3
**July** [1] - 7161:8
**jump** [2] - 7103:15, 7186:20
**jury** [2] - 7139:18, 7139:19
**just** [61] - 7104:5, 7104:19, 7112:12, 7120:5, 7125:24, 7131:5, 7132:17, 7133:7, 7133:24, 7140:5, 7140:12, 7141:3, 7144:17, 7148:12, 7149:11, 7149:17, 7151:3, 7153:6, 7154:11, 7154:24, 7156:7, 7160:13, 7161:13, 7162:9, 7163:4, 7163:17, 7164:10, 7164:25, 7165:2, 7167:13, 7168:19, 7169:2, 7169:5, 7169:14, 7172:14, 7173:8, 7173:12, 7174:8, 7178:9, 7181:16, 7182:4, 7185:11, 7186:8, 7191:6, 7192:11, 7194:22, 7199:4, 7200:8, 7202:6, 7205:6, 7209:12, 7212:9, 7213:15, 7224:23, 7225:2, 7225:4, 7225:13, 7225:18, 7225:24
**JUSTICE** [4] - 7093:10, 7093:14, 7093:19, 7094:1
**justified** [2] - 7157:7, 7176:4
**justify** [1] - 7172:3

## K

**K** [1] - 7094:22
**Kaluza** [8] - 7121:14, 7189:7, 7189:10, 7199:13, 7210:18, 7210:25, 7212:12, 7212:17
**Kaluza's** [1] - 7213:6
**KANNER** [4] - 7094:16, 7094:17, 7100:2, 7200:18

**Kanner** [1] - 7099:24
**Karen** [2] - 7226:10, 7226:18
**KAREN** [1] - 7096:21
**karen_lbos@laed. uscourts.gov** [1] - 7096:23
**KARIS** [1] - 7095:5
**KATZ** [1] - 7092:6
**keep** [6] - 7111:2, 7148:16, 7151:3, 7187:14, 7215:17, 7223:23
**keeps** [1] - 7150:22
**Keith** [13] - 7212:18, 7215:18, 7216:12, 7216:24, 7217:8, 7217:16, 7218:21, 7219:11, 7220:19, 7221:7, 7221:8, 7221:16, 7222:3
**Keith's** [4] - 7213:20, 7215:10, 7219:4, 7221:23
**KELLEY** [1] - 7094:3
**kept** [3] - 7199:4, 7207:4, 7207:5
**Kerry** [1] - 7100:4
**KERRY** [1] - 7095:11
**key** [4] - 7109:15, 7152:2, 7155:20, 7207:18
**kick** [11] - 7152:25, 7155:23, 7156:10, 7157:3, 7157:4, 7158:2, 7158:4, 7158:15, 7168:23, 7206:16, 7207:25
**kicking** [2] - 7107:20, 7157:22
**kicks** [1] - 7214:1
**kill** [5] - 7203:15, 7206:11, 7206:24, 7207:16, 7208:5
**KINCHEN** [2] - 7095:23, 7095:23
**kind** [5] - 7149:9, 7149:13, 7183:4, 7223:19, 7225:6
**kindly** [1] - 7185:18
**kips** [5] - 7137:4, 7137:6, 7137:9, 7137:10, 7137:12
**KIRKLAND** [1] - 7095:4
**klb** [1] - 7148:2
**klbs** [5] - 7147:15, 7148:7, 7148:9, 7148:11
**knew** [3] - 7138:1,

7190:8
**know** [56] - 7102:24, 7125:15, 7126:18, 7133:15, 7134:8, 7136:11, 7136:12, 7136:19, 7139:21, 7141:21, 7144:19, 7146:6, 7150:23, 7150:25, 7151:16, 7151:17, 7153:8, 7153:11, 7155:25, 7156:17, 7157:4, 7158:5, 7160:16, 7163:25, 7164:6, 7165:3, 7173:18, 7173:22, 7176:20, 7177:20, 7186:3, 7192:11, 7193:12, 7196:6, 7196:8, 7203:12, 7205:6, 7206:5, 7207:19, 7207:21, 7207:22, 7209:1, 7209:3, 7209:22, 7210:9, 7210:10, 7210:12, 7210:14, 7210:21, 7212:7, 7212:21, 7214:7, 7223:2
**knowledge** [7] - 7188:13, 7190:13, 7199:25, 7203:12, 7211:4, 7211:6
**known** [3] - 7099:23, 7132:19, 7176:6
**knows** [3] - 7099:3, 7131:8, 7131:13
**KRAUS** [1] - 7094:17
**KULLMAN** [1] - 7092:11

## L

**L** [3] - 7094:7, 7095:14, 7136:3
**L.L.C** [1] - 7096:17
**LA** [15] - 7092:5, 7092:7, 7092:13, 7092:18, 7092:20, 7092:23, 7093:3, 7093:8, 7094:15, 7094:18, 7094:24, 7095:12, 7095:22, 7096:3, 7096:22
**lack** [2] - 7125:25, 7132:1
**Lafayette** [2] - 7164:23, 7165:16
**LAFAYETTE** [2] - 7092:5, 7095:22
**LAFLEUR** [1] -

7095:20
**laid** [1] - 7138:9
**LAMAR** [1] - 7096:15
**Lambert** [7] - 7210:20, 7210:21, 7211:7, 7211:11, 7211:13, 7211:25, 7212:5
**Lambert's** [2] - 7211:7, 7211:21
**landed** [2] - 7107:25, 7148:3
**landing** [1] - 7147:20
**Landmark** [1] - 7135:16
**LANGAN** [7] - 7095:4, 7163:14, 7163:21, 7164:2, 7164:5, 7164:9, 7164:16
**Langan** [1] - 7163:14
**large** [1] - 7149:10
**LASALLE** [1] - 7095:6
**laser** [3] - 7110:16, 7116:2, 7153:5
**last** [15] - 7139:4, 7139:6, 7147:20, 7155:6, 7155:8, 7155:9, 7155:15, 7159:20, 7172:17, 7189:8, 7189:14, 7213:19, 7218:12, 7225:14, 7225:15
**latched** [1] - 7110:20
**late** [2] - 7154:7, 7215:24
**later** [3] - 7101:18, 7221:25, 7222:1
**law** [6] - 7100:17, 7152:9, 7170:10, 7170:12, 7185:1, 7185:4
**LAW** [3] - 7092:19, 7092:21, 7093:6
**LAWRENCE** [1] - 7093:22
**lawyers** [1] - 7138:5
**lay** [1] - 7137:22
**lead** [2] - 7126:9, 7132:2
**leader** [5] - 7186:20, 7211:18, 7211:19, 7216:5, 7216:10
**leaders** [5] - 7186:21, 7190:14, 7191:22, 7196:8, 7199:11
**lean** [1] - 7132:20
**learn** [2] - 7123:12,

7168:5
**learned** [4] - 7126:21, 7131:19, 7157:12, 7168:4
**LEASING** [1] - 7091:13
**least** [12] - 7125:4, 7125:22, 7149:17, 7167:17, 7168:2, 7180:24, 7190:8, 7191:22, 7193:2, 7197:7, 7197:20, 7200:1
**leave** [3] - 7116:20, 7198:10, 7199:9
**leaves** [1] - 7211:7
**led** [3] - 7152:25, 7164:7, 7209:13
**Lee** [2] - 7210:20, 7210:21
**left** [5] - 7103:15, 7107:2, 7161:17, 7166:14, 7185:2
**legal** [3] - 7164:11, 7176:12, 7176:16
**LEGER** [2] - 7092:16, 7092:17
**length** [1] - 7198:5
**less** [3] - 7108:11, 7108:13, 7123:11
**lesser** [3] - 7178:15, 7205:1, 7205:18
**lessor** [1] - 7101:8
**let** [20] - 7103:25, 7119:24, 7133:23, 7138:25, 7139:23, 7152:6, 7154:11, 7154:12, 7158:20, 7164:25, 7167:17, 7176:19, 7177:1, 7184:17, 7190:18, 7197:21, 7202:6, 7203:19, 7206:1, 7213:15
**let's** [48] - 7103:22, 7104:8, 7106:2, 7106:3, 7106:7, 7106:9, 7115:17, 7117:11, 7118:18, 7121:7, 7123:10, 7127:12, 7128:5, 7128:7, 7129:17, 7129:19, 7131:5, 7131:18, 7132:24, 7135:4, 7136:14, 7142:20, 7143:16, 7143:25, 7144:17, 7148:21, 7153:17, 7156:23, 7162:21, 7167:6, 7180:22,

7181:7, 7181:17, 7182:13, 7195:7, 7196:5, 7207:7, 7212:16, 7215:22, 7217:4, 7218:16, 7218:24, 7219:17, 7220:9, 7221:12, 7223:22, 7225:18
**lets** [2] - 7111:10, 7186:18
**letter** [1] - 7225:7
**letting** [1] - 7152:10
**level** [3] - 7175:11, 7178:11
**LEWIS** [5] - 7092:11, 7094:22, 7096:10, 7096:14, 7096:17
**Li** [1] - 7163:6
**LI** [4] - 7095:18, 7163:4, 7163:6, 7163:13
**liability** [3] - 7100:12, 7100:16, 7164:14
**lieu** [1] - 7108:10
**LIFE** [1] - 7092:12
**life** [1] - 7141:20
**lift** [6] - 7129:1, 7129:8, 7129:25, 7130:1, 7134:6, 7134:9
**lifted** [2] - 7129:4, 7193:23
**light** [1] - 7125:14
**lighter** [1] - 7124:12
**like** [25] - 7098:9, 7108:18, 7108:20, 7118:8, 7126:6, 7133:1, 7133:5, 7135:1, 7138:2, 7140:2, 7142:10, 7143:2, 7143:24, 7144:8, 7146:2, 7146:6, 7152:14, 7153:1, 7159:20, 7167:10, 7167:21, 7185:1, 7221:1
**likelihood** [2] - 7182:4, 7183:18
**likely** [5] - 7183:20, 7183:21, 7183:23, 7207:16, 7207:18
**limit** [1] - 7224:23
**limited** [1] - 7127:9
**Lincoln** [1] - 7225:6
**line** [16] - 7154:13, 7154:17, 7157:16, 7158:9, 7159:1, 7159:10, 7159:12, 7166:19, 7184:12,

7203:15, 7204:22, 7206:11, 7206:24, 7207:16, 7208:5

**liner** [9] - 7108:7, 7108:10, 7108:12, 7108:16, 7172:1, 7172:5, 7172:7, 7172:8, 7182:22

**lines** [8] - 7158:25, 7159:13, 7159:14, 7211:22, 7215:22, 7217:5, 7219:18, 7220:10

**linking** [1] - 7150:16

**LISKOW** [1] - 7094:22

**list** [4] - 7098:10, 7098:17, 7163:8, 7181:1

**listed** [1] - 7183:10

**LITIGATION** [1] - 7094:2

**litigation** [1] - 7162:2

**little** [18] - 7110:3, 7110:23, 7131:14, 7144:17, 7156:7, 7158:22, 7165:13, 7169:22, 7169:25, 7177:1, 7177:2, 7179:16, 7187:18, 7191:18, 7194:4, 7203:18, 7216:15, 7218:24

**live** [1] - 7141:20

**lives** [1] - 7205:21

**LLC** [1] - 7095:8

**load** [10] - 7146:1, 7146:16, 7147:6, 7147:10, 7147:15, 7147:17, 7147:22, 7147:25, 7148:2, 7148:9

**loading** [1] - 7142:6

**loads** [4] - 7145:17, 7146:17, 7147:11

**locked** [1] - 7111:15

**log** [11] - 7130:19, 7130:20, 7131:6, 7131:21, 7134:7, 7147:19, 7148:6, 7148:11, 7175:18, 7182:16, 7219:9

**logging** [1] - 7213:13

**logs** [3] - 7128:9, 7128:13, 7128:14

**long** [18] - 7104:18, 7108:11, 7122:17, 7125:8, 7125:12, 7152:16, 7167:20, 7171:23, 7172:8,

7182:21, 7190:2, 7197:7, 7197:13, 7197:20, 7211:9, 7212:9, 7223:16

**long-string** [2] - 7171:23, 7182:21

**longer** [1] - 7184:13

**Look** [1] - 7196:8

**look** [37] - 7104:8, 7114:20, 7117:8, 7118:8, 7121:2, 7135:1, 7135:2, 7139:19, 7139:20, 7139:23, 7143:24, 7143:25, 7144:8, 7147:17, 7147:19, 7148:5, 7156:4, 7157:13, 7158:5, 7158:19, 7158:20, 7168:17, 7172:13, 7181:15, 7182:10, 7194:11, 7195:7, 7196:5, 7206:12, 7206:17, 7213:25, 7214:6, 7214:10, 7214:15, 7215:12

**looked** [16] - 7105:14, 7141:7, 7141:19, 7141:25, 7142:1, 7142:3, 7142:22, 7146:11, 7148:3, 7153:6, 7156:2, 7206:14, 7210:22, 7212:9, 7212:11, 7223:11

**looking** [18] - 7128:24, 7141:22, 7145:23, 7146:12, 7158:3, 7165:10, 7167:13, 7168:23, 7169:6, 7177:21, 7187:18, 7206:7, 7213:2, 7214:3, 7214:7, 7219:10, 7223:12

**looks** [2] - 7114:25, 7143:2

**LOS** [1] - 7095:19

**losing** [2] - 7159:4, 7170:25

**loss** [2] - 7183:1, 7205:21

**losses** [1] - 7130:3

**lost** [5] - 7182:17, 7198:19, 7203:4, 7206:24, 7207:12

**lot** [19] - 7107:22, 7124:15, 7124:17, 7126:7, 7141:11, 7145:14, 7150:25,

7157:3, 7157:4, 7167:23, 7198:22, 7198:23, 7203:20, 7208:9, 7214:3, 7214:20, 7223:2, 7225:8, 7225:9

**lots** [1] - 7127:15

**Louisiana** [3] - 7099:23, 7200:17, 7226:11

**LOUISIANA** [5] - 7091:2, 7091:8, 7094:11, 7094:13, 7096:19

**low** [4] - 7120:22, 7122:21, 7123:4, 7150:4

**lower** [15] - 7108:12, 7108:16, 7118:4, 7118:12, 7122:9, 7132:15, 7143:15, 7147:9, 7149:4, 7149:5, 7153:13, 7159:10, 7169:24, 7172:8, 7181:7

**lowered** [5] - 7107:3, 7108:13, 7112:19, 7113:22, 7144:24

**lowering** [1] - 7108:16

**lowest** [2] - 7154:4, 7175:11

**LSU** [2] - 7165:12, 7165:15

**LUIS** [1] - 7095:18

**LUTHER** [1] - 7094:7

**lying** [1] - 7199:8

## M

**M** [1] - 7092:11

**M57B** [3] - 7160:10, 7160:24, 7161:6

**Macondo** [27] - 7103:10, 7106:2, 7106:18, 7108:24, 7109:5, 7112:10, 7112:17, 7112:18, 7113:7, 7127:12, 7130:23, 7147:18, 7148:4, 7160:7, 7163:19, 7167:21, 7169:20, 7171:11, 7175:4, 7175:21, 7181:20, 7183:1, 7183:13, 7189:5, 7201:5, 7201:20, 7214:24

**made** [24] - 7101:14, 7101:15, 7101:17,

7102:21, 7113:10, 7124:8, 7133:15, 7134:5, 7145:18, 7151:5, 7163:16, 7164:14, 7172:7, 7181:1, 7182:16, 7183:21, 7184:1, 7189:15, 7189:21, 7201:1, 7203:16, 7208:16, 7221:10, 7224:5

**MAGAZINE** [1] - 7093:7

**magnifying** [1] - 7147:12

**magnitudes** [1] - 7141:21

**MAHTOOK** [1] - 7095:20

**mail** [21] - 7104:1, 7104:2, 7104:11, 7104:20, 7104:22, 7105:2, 7105:11, 7105:14, 7105:16, 7118:22, 7119:13, 7120:2, 7135:7, 7136:17, 7137:2, 7137:16, 7137:17, 7145:8, 7188:18, 7212:13, 7213:3

**mails** [5] - 7118:20, 7120:2, 7135:15, 7172:20, 7189:15

**MAIN** [1] - 7093:2

**maintain** [1] - 7205:14

**maintained** [2] - 7170:6, 7170:7

**majority** [1] - 7155:22

**make** [21] - 7099:12, 7107:5, 7108:4, 7110:4, 7124:3, 7125:15, 7133:8, 7139:19, 7141:11, 7155:5, 7164:10, 7167:12, 7178:3, 7178:12, 7181:25, 7183:20, 7190:21, 7195:5, 7197:12, 7204:18, 7225:3

**makes** [2] - 7126:14, 7225:18

**making** [4] - 7172:16, 7178:16, 7183:23, 7204:2

**maliciously** [1] - 7209:14

**MALINDA** [1] - 7093:22

**man** [9] - 7177:19, 7178:3, 7178:4, 7178:11, 7178:16, 7206:10, 7208:4, 7208:11, 7218:9

**manage** [2] - 7175:11, 7182:6

**management** [1] - 7181:2

**manager** [1] - 7173:5

**managing** [1] - 7182:9

**manner** [2] - 7113:5, 7172:23

**manufacture** [1] - 7100:21

**manufactured** [2] - 7118:23, 7187:12

**manufacturer** [3] - 7100:24, 7187:6, 7189:18

**manufacturers** [1] - 7109:13

**many** [3] - 7123:19, 7148:9, 7166:8

**margin** [5] - 7169:23, 7169:25, 7170:6, 7170:7, 7173:22

**margins** [1] - 7171:7

**maritime** [1] - 7100:12

**Mark** [3] - 7119:14, 7208:10, 7208:13

**marked** [1] - 7114:9

**masked** [1] - 7168:25

**masking** [1] - 7168:18

**masters** [1] - 7165:11

**matched** [2] - 7220:3, 7220:4

**material** [5] - 7145:19, 7203:4, 7203:14, 7206:24, 7207:12

**materially** [1] - 7183:16

**materials** [1] - 7182:17

**math** [1] - 7146:15

**matter** [3] - 7101:24, 7187:10, 7226:14

**matters** [3] - 7098:7, 7102:25, 7164:17

**MATTHEW** [1] - 7095:5

**may** [15] - 7102:18, 7102:20, 7103:4, 7115:14, 7119:8,

7131:12, 7139:17,
7148:6, 7152:5,
7155:7, 7161:10,
7162:1, 7162:3,
7163:21, 7167:6
**maybe** [9] - 7104:8,
7163:23, 7182:13,
7184:11, 7196:9,
7196:10, 7221:13
**MAZE** [2] - 7094:7,
7100:1
**maze** [1] - 7099:24
**McCLELLAN** [1] -
7093:20
**MCKINNEY** [1] -
7096:7
**me** [58] - 7103:25,
7105:15, 7112:20,
7116:11, 7118:2,
7119:23, 7119:24,
7122:11, 7122:24,
7123:4, 7133:23,
7134:13, 7138:25,
7140:5, 7140:18,
7143:2, 7143:10,
7152:6, 7154:12,
7158:20, 7158:23,
7164:25, 7167:11,
7169:16, 7170:7,
7177:1, 7185:2,
7185:7, 7185:16,
7190:18, 7190:19,
7191:2, 7193:16,
7193:17, 7194:8,
7196:1, 7196:4,
7198:17, 7202:6,
7202:10, 7203:19,
7203:22, 7204:1,
7206:1, 7207:24,
7211:11, 7213:5,
7213:15, 7216:15,
7218:6, 7219:9,
7220:3, 7223:19,
7224:19, 7225:6,
7225:21, 7225:24
**mean** [21] - 7110:15,
7114:24, 7115:23,
7126:10, 7128:4,
7141:20, 7144:23,
7145:7, 7148:13,
7155:1, 7159:4,
7173:25, 7181:22,
7183:25, 7192:7,
7192:12, 7199:22,
7207:25, 7224:14,
7225:10, 7225:12
**meaning** [1] -
7119:16
**meaningful** [2] -
7221:5

**means** [7] - 7106:16,
7128:1, 7144:24,
7155:2, 7164:1,
7190:2, 7207:25
**meant** [4] - 7163:23,
7164:7, 7190:24,
7217:22
**measure** [1] -
7132:24
**measures** [1] -
7170:23
**mechanical** [4] -
7105:17, 7115:7,
7115:9, 7115:11
**MECHANICAL** [1] -
7096:25
**meet** [1] - 7186:16
**memory** [5] - 7104:5,
7161:22, 7172:10,
7172:11, 7219:10
**men** [2] - 7177:4,
7211:2
**mentioned** [4] -
7133:24, 7190:21,
7208:8, 7208:11
**merely** [2] - 7115:3,
7170:16
**meters** [2] - 7124:25,
7214:10
**method** [1] - 7191:1
**MEXICO** [1] - 7091:6
**MI** [2] - 7096:17,
7218:8
**MICHAEL** [2] -
7093:11, 7095:17
**MICHELLE** [1] -
7093:21
**middle** [2] - 7140:22,
7165:4
**might** [8] - 7101:19,
7125:13, 7125:14,
7179:16, 7187:20,
7198:19, 7203:15,
7225:9
**MILLER** [3] -
7095:11, 7100:4,
7102:8
**Miller** [4] - 7100:4,
7172:20, 7185:18,
7187:15
**mind** [4] - 7124:3,
7209:10, 7216:4,
7220:20
**minimal** [1] - 7177:4
**minimized** [1] -
7108:5
**minute** [18] -
7109:16, 7110:1,
7110:7, 7120:21,
7120:22, 7122:1,

7122:3, 7133:25,
7140:12, 7152:5,
7178:24, 7179:4,
7179:13, 7186:11,
7192:10, 7223:22
**minute-by-minute**
[1] - 7179:13
**minutes** [5] - 7112:5,
7147:20, 7167:9,
7218:12, 7223:23
**mischaracterizatio
n** [1] - 7138:7
**misheard** [1] -
7164:9
**misidentification** [1]
- 7174:4
**misinterpreted** [1] -
7207:20
**misinterpreting** [1] -
7151:21
**miss** [1] - 7152:16
**missed** [2] -
7152:14, 7220:23
**missing** [1] - 7136:3
**misstates** [1] -
7189:24
**mistake** [3] - 7195:5,
7224:5, 7224:14
**mistaken** [1] -
7195:8
**mitigate** [1] -
7166:25
**MMS** [1] - 7203:24
**MOBILE** [1] -
7092:10
**mode** [5] - 7111:17,
7111:19, 7112:6,
7121:3
**model** [7] - 7121:3,
7121:5, 7135:11,
7135:19, 7185:12,
7185:16
**modeling** [2] -
7121:7, 7137:16
**modelled** [3] -
7121:4, 7121:25,
7122:6
**modelling** [1] -
7137:13
**models** [1] - 7120:23
**MODU** [1] - 7222:13
**moment** [2] -
7181:15, 7196:14
**money** [4] - 7180:14,
7183:24, 7198:6,
7202:19
**monitor** [6] - 7215:6,
7215:9, 7215:25,
7218:18, 7220:2,
7221:21

**monitoring** [9] -
7155:11, 7204:1,
7213:21, 7214:20,
7214:22, 7215:4,
7215:7, 7215:15,
7219:20
**monitors** [1] -
7214:17
**MONTGOMERY** [1] -
7094:9
**more** [30] - 7102:20,
7106:1, 7111:14,
7126:16, 7126:17,
7128:14, 7129:10,
7132:20, 7133:23,
7146:11, 7149:14,
7155:11, 7162:1,
7165:13, 7172:5,
7181:6, 7182:4,
7182:10, 7183:20,
7183:21, 7183:23,
7195:6, 7198:6,
7198:17, 7203:21,
7206:6, 7206:8,
7225:3, 7225:7,
7225:8
**Morel** [21] - 7104:12,
7104:15, 7118:24,
7119:3, 7121:16,
7135:14, 7135:15,
7136:17, 7136:19,
7138:22, 7139:3,
7172:20, 7188:1,
7188:6, 7188:10,
7188:18, 7188:22,
7189:18, 7190:8,
7199:14
**Morel's** [1] - 7120:9
**MORGAN** [1] -
7096:17
**morning** [4] -
7200:23, 7225:4,
7225:17, 7226:2
**most** [7] - 7144:14,
7170:3, 7173:22,
7173:25, 7182:8,
7185:7, 7214:9
**motion** [12] - 7099:5,
7099:11, 7099:13,
7099:15, 7099:20,
7100:5, 7100:8,
7100:10, 7101:22,
7102:13, 7163:16
**move** [8] - 7112:3,
7123:10, 7138:1,
7148:12, 7148:15,
7148:19, 7148:21,
7180:19
**moving** [5] -
7104:17, 7111:6,

7139:12, 7145:1,
7172:25
**Mr** [87] - 7097:9,
7097:11, 7097:13,
7098:10, 7098:13,
7098:22, 7099:7,
7099:24, 7100:5,
7102:6, 7102:8,
7102:23, 7121:16,
7136:17, 7136:19,
7138:11, 7160:17,
7161:14, 7161:19,
7162:4, 7162:7,
7163:6, 7163:11,
7164:19, 7165:7,
7184:17, 7184:25,
7185:6, 7188:18,
7188:22, 7188:25,
7189:3, 7189:7,
7189:8, 7189:10,
7191:19, 7195:19,
7198:9, 7199:1,
7199:13, 7199:14,
7204:20, 7205:4,
7208:14, 7208:21,
7208:22, 7209:1,
7209:21, 7210:2,
7210:7, 7210:10,
7210:15, 7210:24,
7210:25, 7211:7,
7211:11, 7211:13,
7211:21, 7211:25,
7212:2, 7212:5,
7212:12, 7212:17,
7213:6, 7215:10,
7215:18, 7216:12,
7216:24, 7217:8,
7217:16, 7218:21,
7219:4, 7219:11,
7220:19, 7221:6,
7221:7, 7221:8,
7221:16, 7221:23,
7222:3, 7224:15,
7225:20
**MR** [231] - 7098:16,
7099:1, 7099:2,
7099:14, 7099:17,
7099:19, 7100:1,
7100:2, 7100:4,
7100:6, 7101:1,
7101:23, 7102:4,
7102:5, 7102:8,
7102:16, 7102:18,
7102:22, 7103:2,
7103:6, 7103:8,
7103:21, 7103:24,
7104:8, 7104:10,
7106:7, 7106:10,
7109:2, 7109:3,
7109:10, 7109:11,
7110:9, 7110:11,

7112:14, 7112:15, 7113:14, 7113:15, 7115:21, 7115:22, 7117:11, 7117:13, 7117:17, 7117:19, 7118:18, 7118:21, 7119:11, 7119:12, 7120:5, 7120:8, 7121:9, 7121:12, 7127:20, 7127:21, 7128:5, 7128:8, 7129:19, 7129:20, 7131:12, 7131:15, 7131:17, 7133:3, 7133:10, 7134:15, 7134:17, 7135:4, 7135:6, 7136:14, 7136:16, 7137:2, 7137:3, 7137:14, 7137:19, 7137:24, 7138:3, 7138:11, 7138:19, 7138:22, 7139:1, 7139:4, 7139:6, 7139:17, 7139:25, 7140:1, 7142:13, 7142:15, 7142:18, 7142:19, 7143:16, 7143:17, 7144:2, 7144:4, 7144:5, 7144:6, 7144:16, 7145:7, 7145:16, 7145:22, 7146:5, 7146:8, 7146:9, 7146:18, 7146:21, 7146:24, 7148:12, 7148:15, 7148:18, 7148:23, 7152:4, 7152:14, 7152:18, 7152:19, 7153:1, 7153:3, 7153:6, 7153:11, 7153:18, 7155:7, 7155:13, 7156:23, 7156:25, 7159:17, 7159:19, 7160:3, 7160:4, 7160:13, 7160:15, 7161:5, 7161:9, 7161:10, 7161:15, 7161:20, 7162:1, 7162:9, 7162:12, 7162:15, 7162:20, 7163:4, 7163:6, 7163:13, 7163:14, 7163:21, 7164:2, 7164:5, 7164:9, 7164:16, 7164:20, 7164:22, 7165:8, 7165:9, 7174:14, 7174:23, 7176:12, 7176:25, 7179:7, 7179:8,

7180:22, 7180:23, 7181:11, 7181:13, 7183:7, 7183:9, 7184:2, 7184:4, 7184:6, 7184:8, 7184:15, 7184:19, 7184:22, 7185:18, 7185:20, 7185:24, 7186:1, 7186:5, 7186:6, 7186:7, 7187:14, 7187:17, 7189:23, 7190:2, 7190:3, 7190:20, 7191:16, 7191:17, 7198:19, 7198:20, 7198:22, 7198:24, 7198:25, 7199:3, 7199:7, 7200:12, 7200:16, 7200:18, 7200:22, 7205:8, 7205:9, 7205:24, 7205:25, 7207:7, 7207:8, 7211:12, 7211:17, 7211:19, 7211:21, 7211:24, 7217:4, 7217:12, 7218:16, 7218:17, 7218:24, 7219:1, 7219:17, 7220:5, 7220:9, 7220:17, 7221:13, 7221:14, 7223:13, 7223:18, 7223:20, 7223:24, 7224:4, 7224:9, 7224:21, 7224:25, 7225:5, 7225:10, 7225:16, 7225:21, 7225:23, 7225:24

**Ms** [4] - 7097:7, 7135:24, 7185:18, 7187:15

**MS** [2] - 7098:8, 7098:15

**much** [24] - 7102:18, 7102:22, 7104:17, 7118:12, 7123:16, 7124:20, 7124:22, 7125:1, 7125:3, 7136:1, 7136:20, 7136:24, 7140:18, 7141:22, 7148:7, 7180:4, 7181:12, 7185:2, 7194:13, 7200:13, 7206:6, 7219:3, 7221:3

**mud** [57] - 7107:15, 7107:18, 7108:3, 7110:6, 7110:22, 7113:23, 7113:24, 7114:1, 7124:12, 7124:13, 7124:16,

7124:17, 7124:20, 7124:22, 7124:23, 7125:1, 7125:2, 7125:3, 7125:12, 7125:20, 7125:25, 7126:1, 7126:7, 7126:8, 7126:14, 7126:15, 7126:17, 7126:19, 7129:15, 7132:3, 7151:19, 7152:23, 7153:21, 7153:25, 7154:1, 7154:6, 7154:14, 7156:20, 7157:25, 7169:24, 7179:25, 7180:3, 7180:9, 7194:4, 7194:5, 7196:19, 7212:20, 7213:13, 7215:13, 7215:14, 7215:16

**mudline** [1] - 7182:19

**mudlogger** [6] - 7213:20, 7213:25, 7214:21, 7216:1, 7218:19, 7222:10

**mudlogger's** [2] - 7214:17, 7222:12

**mudloggers** [1] - 7214:20

**MUNGER** [1] - 7095:16

**must** [1] - 7100:18

**my** [90] - 7101:3, 7102:11, 7104:5, 7106:17, 7110:10, 7112:21, 7119:24, 7122:15, 7123:17, 7124:3, 7128:15, 7132:22, 7137:14, 7138:9, 7141:20, 7142:10, 7143:5, 7152:3, 7155:6, 7155:23, 7156:1, 7156:3, 7157:3, 7158:5, 7158:12, 7158:21, 7161:12, 7161:22, 7162:1, 7162:6, 7164:13, 7167:22, 7168:11, 7168:13, 7169:5, 7169:21, 7170:9, 7170:13, 7170:17, 7170:24, 7172:11, 7173:9, 7176:2, 7176:5, 7177:1, 7177:18, 7177:25, 7178:2, 7178:4, 7178:14, 7179:1, 7180:1, 7183:5,

7185:3, 7185:7, 7187:2, 7192:21, 7195:13, 7195:19, 7197:10, 7198:7, 7199:4, 7199:22, 7199:23, 7200:23, 7201:10, 7201:14, 7203:8, 7205:13, 7206:7, 7206:17, 7207:1, 7208:16, 7209:7, 7210:9, 7210:12, 7211:6, 7211:16, 7212:11, 7217:9, 7218:1, 7218:5, 7219:10, 7224:5, 7224:6, 7224:14, 7224:17, 7226:13

# N

**N** [5] - 7095:6, 7097:1, 7098:3

**Nabors** [2] - 7165:22, 7165:24

**name** [4] - 7135:16, 7136:18, 7136:19, 7200:23

**narrate** [1] - 7153:4

**narrow** [1] - 7171:7

**narrowed** [1] - 7207:16

**NATHANIEL** [1] - 7093:17

**NATURAL** [1] - 7093:14

**nature** [1] - 7150:8

**near** [2] - 7144:13, 7165:4

**nearing** [1] - 7112:20

**necessarily** [2] - 7100:18, 7126:11

**necessary** [2] - 7180:1, 7186:25

**need** [11] - 7135:22, 7136:13, 7138:10, 7178:7, 7181:25, 7186:16, 7187:3, 7188:17, 7188:25, 7223:21, 7225:8

**needed** [4] - 7131:20, 7187:5, 7221:2

**needs** [1] - 7130:21

**negative** [38] - 7150:24, 7150:25, 7151:2, 7151:4, 7151:7, 7151:9, 7151:10, 7151:14,

7151:17, 7151:21, 7152:23, 7153:20, 7173:24, 7174:1, 7175:24, 7176:4, 7176:7, 7177:22, 7178:5, 7178:22, 7179:3, 7179:11, 7179:22, 7182:2, 7199:20, 7200:11, 7203:18, 7203:23, 7204:6, 7204:9, 7204:17, 7206:2, 7206:7, 7207:16, 7207:20, 7208:4, 7209:15, 7222:15

**negligence** [3] - 7100:12, 7100:14, 7100:18

**neighborhood** [1] - 7126:22

**nervous** [1] - 7172:22

**never** [10] - 7102:12, 7105:3, 7151:10, 7176:21, 7192:12, 7219:24, 7220:14, 7222:9, 7222:12, 7222:15

**nevertheless** [4] - 7099:20, 7188:14, 7189:21, 7190:13

**NEW** [10] - 7091:8, 7092:7, 7092:13, 7092:18, 7093:8, 7094:18, 7094:24, 7095:12, 7096:3, 7096:22

**next** [5] - 7106:9, 7128:15, 7182:20, 7182:21, 7182:22

**night** [10] - 7208:10, 7209:22, 7210:3, 7211:2, 7216:25, 7217:7, 7217:17, 7218:22, 7219:20

**nightmare** [1] - 7175:22

**nine** [3] - 7183:10, 7192:2, 7215:22

**ninth** [2] - 7114:7, 7114:9

**NINTH** [1] - 7092:22

**no** [85] - 7098:10, 7098:23, 7099:15, 7100:5, 7100:6, 7100:13, 7102:4, 7102:5, 7106:25, 7110:8, 7113:9, 7113:10, 7114:2, 7118:10, 7118:11,

7123:22, 7124:10, 7127:11, 7130:8, 7130:10, 7131:4, 7132:10, 7133:22, 7139:10, 7141:18, 7142:9, 7143:8, 7144:23, 7147:24, 7149:3, 7149:4, 7149:21, 7149:22, 7153:8, 7155:11, 7158:8, 7159:11, 7161:25, 7163:9, 7166:14, 7169:5, 7169:11, 7169:22, 7169:25, 7180:10, 7181:8, 7184:2, 7189:9, 7190:1, 7195:1, 7198:2, 7199:3, 7200:16, 7202:25, 7203:8, 7203:13, 7205:7, 7208:21, 7208:23, 7209:16, 7210:1, 7210:25, 7212:4, 7213:9, 7215:21, 7219:16, 7219:23, 7219:25, 7220:21, 7221:10, 7221:23, 7222:11, 7222:14, 7222:17, 7222:24, 7223:8, 7224:25, 7225:23, 7225:24, 7226:1

**No** [1] - 7154:21

**NO** [3] - 7091:8, 7091:12, 7091:14

**nobody** [2] - 7102:21, 7199:4

**NODS** [1] - 7209:23

**noncirculation** [1] - 7125:8

**nonconverted** [1] - 7193:8

**none** [1] - 7163:11

**NONJURY** [1] - 7091:21

**nonoperation** [1] - 7101:4

**NORFOLK** [1] - 7095:24

**normal** [2] - 7118:8, 7118:11

**NORTH** [1] - 7094:14

**not** [221] - 7098:19, 7099:20, 7100:7, 7100:18, 7101:6, 7101:15, 7102:2, 7102:22, 7103:11, 7103:14, 7103:18, 7104:24, 7105:12,

7105:19, 7105:23, 7106:21, 7106:25, 7107:15, 7107:24, 7110:8, 7113:23, 7114:3, 7115:2, 7116:1, 7116:10, 7118:10, 7119:5, 7120:4, 7120:13, 7123:6, 7123:15, 7123:21, 7123:22, 7124:18, 7126:7, 7126:11, 7127:5, 7127:14, 7127:16, 7130:3, 7130:18, 7130:20, 7132:6, 7132:9, 7132:10, 7132:21, 7134:4, 7134:13, 7136:13, 7136:19, 7137:15, 7137:16, 7138:5, 7138:6, 7139:11, 7139:22, 7140:7, 7140:18, 7141:10, 7141:12, 7142:9, 7144:12, 7146:8, 7146:19, 7148:12, 7148:14, 7148:17, 7148:19, 7149:11, 7149:21, 7152:17, 7153:16, 7154:9, 7157:22, 7158:5, 7159:9, 7159:11, 7161:10, 7161:14, 7161:25, 7162:4, 7162:7, 7164:8, 7165:13, 7165:15, 7166:9, 7168:4, 7169:3, 7170:15, 7172:23, 7174:11, 7174:19, 7174:22, 7174:24, 7175:10, 7175:14, 7175:18, 7176:15, 7177:20, 7178:7, 7178:9, 7180:1, 7180:8, 7181:18, 7182:14, 7182:15, 7182:16, 7182:19, 7182:20, 7183:3, 7183:7, 7183:22, 7184:12, 7185:2, 7186:24, 7187:3, 7187:19, 7188:17, 7188:19, 7188:22, 7189:9, 7189:14, 7189:17, 7190:23, 7192:15, 7192:23, 7194:5, 7195:8, 7195:16, 7195:21, 7195:25, 7196:9, 7196:10, 7198:2, 7198:4,

7198:11, 7198:15, 7199:21, 7199:24, 7201:4, 7201:13, 7201:19, 7202:10, 7202:14, 7202:23, 7202:25, 7203:7, 7203:8, 7203:12, 7203:14, 7203:16, 7204:8, 7204:20, 7205:4, 7205:10, 7205:12, 7205:14, 7205:22, 7206:4, 7206:15, 7206:16, 7207:9, 7207:11, 7207:17, 7207:19, 7207:25, 7208:11, 7208:19, 7208:24, 7210:1, 7210:5, 7211:5, 7211:8, 7211:15, 7212:1, 7212:3, 7212:17, 7212:16, 7213:1, 7213:5, 7213:9, 7213:13, 7214:1, 7214:15, 7214:22, 7215:1, 7215:19, 7215:21, 7216:13, 7217:16, 7217:22, 7217:23, 7218:2, 7219:4, 7219:12, 7219:16, 7219:23, 7220:21, 7221:6, 7221:7, 7221:23, 7222:2, 7222:3, 7222:11, 7222:14, 7222:17, 7222:19, 7222:20, 7222:23, 7222:25, 7223:4, 7223:8, 7223:9, 7224:23, 7225:2, 7225:14

**notations** [1] - 7160:8

**note** [2] - 7130:3, 7139:6

**notes** [3] - 7120:9, 7121:13, 7121:15

**nothing** [9] - 7155:17, 7164:14, 7182:7, 7194:24, 7200:18, 7208:3, 7216:25, 7217:7, 7223:13

**notice** [2] - 7219:12, 7219:15

**noticed** [1] - 7199:6

**now** [66] - 7099:10, 7100:9, 7104:11, 7112:5, 7113:16, 7117:3, 7120:21,

7126:21, 7133:1, 7135:24, 7138:10, 7142:7, 7144:9, 7149:9, 7150:23, 7160:8, 7162:23, 7165:1, 7166:12, 7168:6, 7168:14, 7169:8, 7169:13, 7172:16, 7176:19, 7178:1, 7178:21, 7187:18, 7191:22, 7192:1, 7192:6, 7192:14, 7193:11, 7194:22, 7195:7, 7196:1, 7196:5, 7197:6, 7201:15, 7202:5, 7203:18, 7204:20, 7205:4, 7205:24, 7207:2, 7207:19, 7208:8, 7209:17, 7209:21, 7213:12, 7214:20, 7217:13, 7218:2, 7218:11, 7218:18, 7219:6, 7219:10, 7220:9, 7221:12, 7222:9, 7222:18, 7224:13, 7225:4, 7225:19, 7226:2

**nowhere** [1] - 7213:7

**number** [12] - 7103:19, 7108:21, 7123:17, 7181:18, 7181:20, 7182:10, 7182:14, 7201:1, 7201:4, 7212:17, 7215:4

**numbered** [1] - 7226:14

**numbers** [3] - 7098:21, 7136:11, 7187:4

**numerous** [1] - 7143:19

**NW** [1] - 7095:2

# O

**O** [3] - 7098:3

**o'clock** [2] - 7223:20, 7225:25

**O'KEEFE** [1] - 7092:7

**O'ROURKE** [3] - 7093:15, 7098:16, 7099:1

**O'Rourke** [1] - 7098:17

**object** [6] - 7139:13, 7139:24, 7146:13,

7174:14, 7189:23

**objected** [1] - 7098:11

**objecting** [1] - 7148:13

**objection** [22] - 7098:13, 7098:14, 7098:24, 7099:15, 7100:5, 7100:6, 7131:13, 7137:14, 7138:3, 7138:9, 7139:10, 7142:17, 7145:16, 7148:22, 7160:13, 7161:12, 7162:2, 7162:6, 7163:10, 7174:17, 7176:12, 7176:14

**objections** [4] - 7098:23, 7105:3, 7163:9, 7186:2

**obligation** [1] - 7216:16

**obligations** [2] - 7216:13, 7216:14

**observation** [1] - 7192:14

**observations** [1] - 7145:15

**observed** [2] - 7130:4, 7168:15

**obstruction** [1] - 7136:25

**obtaining** [2] - 7130:11, 7132:11

**obvious** [1] - 7149:9

**obviously** [9] - 7099:8, 7099:11, 7100:7, 7101:11, 7102:14, 7105:16, 7125:19, 7164:11, 7225:13

**occasions** [1] - 7173:1

**occur** [3] - 7136:25, 7158:17, 7194:21

**occurred** [11] - 7115:6, 7122:7, 7131:8, 7134:23, 7142:7, 7151:1, 7151:15, 7151:16, 7153:24, 7153:25, 7162:5

**occurring** [2] - 7147:14, 7195:2

**occurs** [2] - 7158:18, 7158:22

**odd** [1] - 7127:6

**OF** [14] - 7091:2, 7091:6, 7091:13, 7091:15, 7091:21,

7093:10, 7093:14,
7093:19, 7094:1,
7094:6, 7094:11,
7094:12, 7094:13
  **of** [563] - 7098:18,
7099:3, 7099:21,
7099:22, 7099:23,
7099:24, 7100:14,
7100:20, 7100:24,
7101:4, 7101:8,
7101:9, 7101:10,
7101:12, 7101:13,
7101:20, 7102:2,
7102:11, 7103:3,
7103:10, 7103:16,
7103:19, 7103:25,
7104:1, 7104:17,
7104:19, 7104:23,
7104:24, 7105:6,
7105:17, 7105:19,
7105:21, 7105:23,
7106:1, 7106:3,
7106:17, 7106:22,
7107:14, 7107:15,
7107:17, 7107:22,
7107:23, 7108:2,
7108:7, 7108:10,
7108:11, 7108:19,
7108:21, 7110:1,
7110:2, 7110:6,
7110:19, 7111:1,
7111:3, 7111:8,
7111:9, 7111:13,
7111:17, 7111:22,
7111:24, 7112:2,
7112:20, 7113:4,
7114:6, 7114:13,
7114:20, 7115:13,
7115:14, 7115:18,
7116:8, 7116:12,
7116:24, 7117:3,
7117:10, 7117:23,
7118:1, 7118:3,
7118:4, 7118:8,
7118:11, 7118:16,
7120:18, 7122:6,
7122:18, 7122:20,
7123:8, 7123:21,
7124:3, 7124:9,
7124:15, 7124:17,
7124:21, 7124:24,
7124:25, 7125:5,
7125:7, 7125:8,
7125:10, 7125:12,
7125:19, 7125:22,
7125:25, 7126:7,
7126:10, 7126:14,
7126:15, 7126:17,
7126:18, 7126:22,
7127:10, 7127:15,
7127:16, 7127:17,

7127:22, 7128:7,
7128:11, 7128:18,
7128:19, 7128:22,
7128:23, 7128:24,
7128:25, 7129:5,
7129:8, 7129:13,
7129:21, 7129:22,
7129:24, 7130:7,
7130:13, 7130:14,
7130:18, 7130:20,
7130:23, 7130:25,
7131:3, 7131:13,
7131:18, 7132:1,
7132:2, 7132:20,
7133:4, 7133:20,
7134:10, 7134:18,
7134:19, 7134:22,
7135:10, 7136:2,
7136:7, 7136:11,
7136:12, 7136:22,
7136:23, 7137:10,
7137:11, 7137:13,
7137:16, 7137:18,
7137:24, 7138:7,
7138:11, 7138:18,
7139:4, 7139:6,
7139:21, 7140:7,
7140:21, 7140:22,
7140:24, 7140:25,
7141:1, 7141:6,
7141:11, 7141:12,
7141:20, 7141:21,
7142:1, 7142:2,
7142:4, 7142:10,
7142:11, 7142:25,
7143:3, 7143:6,
7143:8, 7143:10,
7143:15, 7143:25,
7144:2, 7144:8,
7144:9, 7144:10,
7144:14, 7144:22,
7144:24, 7145:3,
7145:6, 7145:7,
7145:9, 7145:10,
7145:14, 7145:17,
7145:18, 7145:19,
7145:24, 7146:15,
7147:1, 7147:6,
7147:8, 7147:11,
7147:12, 7147:15,
7147:20, 7149:4,
7149:5, 7149:9,
7149:10, 7149:13,
7149:15, 7149:17,
7149:21, 7150:7,
7150:8, 7150:10,
7150:16, 7150:20,
7150:21, 7150:24,
7151:7, 7151:8,
7151:11, 7151:20,
7151:21, 7151:23,

7151:25, 7152:1,
7152:11, 7152:12,
7152:22, 7153:8,
7153:12, 7153:15,
7153:23, 7154:3,
7154:4, 7154:16,
7154:18, 7155:10,
7155:16, 7155:20,
7155:22, 7156:8,
7156:9, 7156:16,
7156:20, 7157:2,
7157:3, 7157:5,
7157:6, 7157:8,
7157:14, 7157:16,
7157:21, 7157:22,
7157:25, 7158:4,
7158:19, 7158:20,
7159:11, 7160:8,
7160:14, 7160:22,
7160:24, 7161:8,
7161:12, 7161:13,
7161:14, 7161:16,
7163:6, 7163:8,
7163:15, 7163:19,
7163:22, 7164:3,
7164:24, 7165:4,
7165:14, 7165:16,
7165:20, 7165:24,
7166:3, 7166:8,
7166:14, 7167:20,
7167:22, 7168:6,
7168:8, 7168:12,
7168:18, 7168:20,
7168:22, 7169:11,
7169:14, 7169:24,
7169:25, 7170:11,
7170:14, 7171:3,
7171:4, 7171:9,
7171:18, 7172:7,
7172:24, 7173:11,
7174:1, 7174:4,
7174:5, 7174:11,
7174:12, 7174:15,
7174:18, 7174:19,
7174:21, 7175:20,
7176:4, 7176:7,
7176:21, 7177:4,
7177:6, 7177:8,
7177:13, 7177:15,
7177:19, 7177:21,
7177:25, 7178:1,
7178:2, 7178:5,
7178:11, 7178:14,
7178:23, 7179:2,
7179:5, 7179:12,
7179:16, 7179:25,
7180:9, 7180:19,
7180:25, 7181:2,
7181:5, 7181:16,
7181:18, 7181:23,
7182:4, 7182:10,

7182:11, 7182:13,
7182:14, 7182:22,
7182:23, 7182:24,
7182:25, 7183:1,
7183:4, 7183:12,
7183:13, 7183:15,
7183:18, 7183:22,
7183:23, 7184:6,
7184:11, 7185:1,
7185:7, 7185:12,
7185:16, 7186:19,
7186:21, 7186:23,
7187:7, 7187:12,
7188:6, 7188:12,
7189:5, 7189:12,
7189:19, 7190:4,
7190:9, 7190:14,
7190:24, 7191:5,
7191:20, 7191:22,
7192:2, 7192:17,
7192:22, 7193:4,
7193:13, 7194:3,
7194:4, 7194:10,
7194:11, 7194:24,
7195:2, 7195:3,
7195:4, 7195:11,
7195:15, 7196:20,
7196:22, 7196:24,
7197:4, 7197:8,
7198:5, 7198:22,
7198:23, 7199:11,
7199:15, 7199:18,
7199:19, 7199:25,
7200:2, 7200:6,
7200:7, 7200:8,
7201:1, 7201:4,
7201:7, 7201:8,
7201:11, 7202:5,
7202:19, 7202:20,
7202:22, 7203:3,
7203:4, 7203:14,
7203:18, 7204:2,
7204:22, 7205:14,
7205:21, 7206:7,
7206:13, 7206:16,
7207:2, 7207:11,
7207:24, 7208:4,
7208:20, 7208:23,
7208:24, 7209:17,
7209:21, 7210:4,
7210:5, 7210:7,
7210:14, 7211:2,
7211:4, 7211:15,
7211:25, 7212:10,
7213:2, 7213:6,
7213:20, 7213:23,
7213:25, 7214:1,
7214:3, 7214:4,
7214:5, 7214:7,
7214:8, 7214:18,
7214:24, 7215:2,

7215:4, 7215:11,
7215:13, 7215:14,
7215:24, 7216:20,
7216:25, 7217:1,
7217:7, 7217:18,
7218:7, 7218:21,
7218:25, 7219:10,
7219:12, 7219:13,
7219:15, 7219:16,
7219:20, 7220:11,
7221:6, 7221:7,
7221:22, 7222:1,
7222:9, 7223:6,
7223:10, 7223:11,
7223:19, 7224:11,
7224:12, 7225:6,
7226:11, 7226:13
  **off** [21] - 7102:21,
7102:23, 7103:15,
7114:21, 7114:22,
7114:25, 7118:14,
7122:17, 7136:21,
7137:5, 7144:1,
7144:22, 7147:23,
7147:25, 7148:1,
7148:11, 7167:24,
7179:16, 7181:11,
7222:1
  **offer** [1] - 7098:9
  **offered** [4] - 7163:6,
7203:18, 7209:8,
7213:16
  **OFFICE** [5] - 7092:4,
7093:23, 7094:6,
7094:11, 7094:15
  **Official** [2] - 7226:10,
7226:19
  **OFFICIAL** [1] -
7096:21
  **OFFSHORE** [1] -
7095:9
  **offshore** [1] -
7222:14
  **oh** [1] - 7141:18
  **oil** [9] - 7153:20,
7153:21, 7153:25,
7166:15, 7166:17,
7166:20, 7167:3,
7201:24, 7205:21
  **Oil** [1] - 7165:16
  **OIL** [2] - 7091:5
  **OK** [1] - 7121:19
  **okay** [49] - 7100:7,
7102:15, 7102:25,
7107:21, 7108:20,
7110:17, 7115:17,
7115:25, 7123:12,
7124:6, 7125:19,
7126:10, 7126:12,
7127:15, 7131:7,

7131:21, 7134:12,
7135:5, 7136:3,
7137:24, 7138:20,
7139:1, 7139:24,
7146:21, 7148:21,
7152:18, 7153:5,
7155:19, 7156:22,
7158:13, 7159:16,
7159:17, 7162:24,
7164:17, 7165:6,
7174:18, 7185:17,
7187:20, 7191:15,
7195:6, 7196:12,
7198:11, 7207:23,
7210:14, 7212:1,
7214:10, 7219:11,
7225:19, 7226:2
    **OLSON** [1] - 7095:16
    **on** [212] - 7100:12,
7101:21, 7102:13,
7103:10, 7104:1,
7104:5, 7104:12,
7105:8, 7105:19,
7105:21, 7106:2,
7106:18, 7108:11,
7108:14, 7108:16,
7110:2, 7111:1,
7111:7, 7111:12,
7112:10, 7113:25,
7114:6, 7114:7,
7114:9, 7114:22,
7116:3, 7117:25,
7118:14, 7119:14,
7120:13, 7122:4,
7125:21, 7125:24,
7126:16, 7126:17,
7127:12, 7128:6,
7129:3, 7129:21,
7129:25, 7130:1,
7130:3, 7131:2,
7131:18, 7132:1,
7133:16, 7133:20,
7134:18, 7135:15,
7136:12, 7136:20,
7136:24, 7137:11,
7137:13, 7137:15,
7137:19, 7137:20,
7138:11, 7138:12,
7138:15, 7139:8,
7139:15, 7139:24,
7140:8, 7141:7,
7141:14, 7141:16,
7141:18, 7141:24,
7142:4, 7142:6,
7142:20, 7145:2,
7145:6, 7145:10,
7145:23, 7146:12,
7147:8, 7147:10,
7147:12, 7147:13,
7148:6, 7148:15,
7148:19, 7148:21,

7148:25, 7149:9,
7149:25, 7151:2,
7151:24, 7152:10,
7152:17, 7153:9,
7154:23, 7155:1,
7155:12, 7155:16,
7156:19, 7159:23,
7160:6, 7160:7,
7160:8, 7160:22,
7161:13, 7161:22,
7162:16, 7163:6,
7164:24, 7165:5,
7166:8, 7167:5,
7167:10, 7167:25,
7168:18, 7168:25,
7169:3, 7169:5,
7169:6, 7169:9,
7169:13, 7169:16,
7170:23, 7171:5,
7172:17, 7173:1,
7173:23, 7173:24,
7174:1, 7174:2,
7176:10, 7177:12,
7177:13, 7177:14,
7177:24, 7178:23,
7179:13, 7180:20,
7181:5, 7181:8,
7181:9, 7181:14,
7181:20, 7182:7,
7183:1, 7183:2,
7183:4, 7183:10,
7183:13, 7183:18,
7184:10, 7184:15,
7185:5, 7185:12,
7186:8, 7188:10,
7189:4, 7189:11,
7190:22, 7192:16,
7193:20, 7193:21,
7194:8, 7194:19,
7195:3, 7195:9,
7196:1, 7196:21,
7197:4, 7197:13,
7198:16, 7199:8,
7201:5, 7201:20,
7202:6, 7203:18,
7206:2, 7206:3,
7206:6, 7206:11,
7207:4, 7207:9,
7208:5, 7208:10,
7210:4, 7211:14,
7211:15, 7212:20,
7213:2, 7213:6,
7213:13, 7214:13,
7215:8, 7215:24,
7216:25, 7217:7,
7218:18, 7219:9,
7219:20, 7220:2,
7220:22, 7221:16,
7222:12, 7222:25,
7224:13, 7225:13
    **ON** [1] - 7091:6

    **once** [8] - 7112:23,
7154:17, 7154:18,
7178:21, 7179:2,
7180:24, 7206:8,
7214:24
    **Once** [1] - 7179:11
    **One** [1] - 7120:21
    **one** [78] - 7098:10,
7101:24, 7103:10,
7104:5, 7106:17,
7107:14, 7108:10,
7111:18, 7111:19,
7113:18, 7116:15,
7117:23, 7121:14,
7123:8, 7125:4,
7125:6, 7127:12,
7127:22, 7128:17,
7130:13, 7130:14,
7133:7, 7133:23,
7135:10, 7139:20,
7140:25, 7144:14,
7145:19, 7146:10,
7149:14, 7152:2,
7152:5, 7155:20,
7157:5, 7158:4,
7159:20, 7160:18,
7160:19, 7163:4,
7163:18, 7166:18,
7171:3, 7174:9,
7183:2, 7183:3,
7183:7, 7183:11,
7184:9, 7186:8,
7186:21, 7188:20,
7190:14, 7191:22,
7194:22, 7196:13,
7196:14, 7196:15,
7202:5, 7206:13,
7206:17, 7207:2,
7210:10, 7210:15,
7213:25, 7214:5,
7216:20, 7217:24,
7218:12, 7218:13,
7220:24, 7221:15,
7221:16, 7221:17,
7224:15, 7226:1
    **ONE** [2] - 7094:23,
7096:7
    **One-barrel** [1] -
7120:21
    **one-way** [2] -
7111:18, 7116:15
    **only** [21] - 7100:7,
7100:23, 7111:19,
7124:23, 7129:24,
7141:12, 7143:11,
7156:15, 7157:15,
7159:11, 7161:6,
7167:6, 7174:5,
7183:2, 7183:22,
7185:6, 7195:5,

7201:11, 7210:14,
7215:5, 7216:18
    **onshore** [1] -
7212:13
    **onward** [1] - 7215:5
    **open** [17] - 7106:20,
7110:21, 7111:15,
7111:20, 7112:6,
7125:20, 7125:22,
7138:13, 7141:3,
7144:12, 7191:6,
7191:7, 7194:1,
7194:2, 7194:10,
7198:15, 7204:13
    **OPEN** [3] - 7098:5,
7163:2, 7224:2
    **opened** [2] -
7119:21, 7122:23
    **opening** [2] -
7139:11, 7194:3
    **operated** [1] - 7201:7
    **operating** [1] -
7175:4
    **operation** [11] -
7101:4, 7108:18,
7118:25, 7128:23,
7143:22, 7150:18,
7150:24, 7151:22,
7166:5, 7175:6,
7180:10
    **operations** [14] -
7166:3, 7167:25,
7168:17, 7170:8,
7170:22, 7172:23,
7180:18, 7182:8,
7182:22, 7204:6,
7204:11, 7208:17,
7209:3, 7213:19
    **operator** [11] -
7101:8, 7163:17,
7163:19, 7163:22,
7163:25, 7164:3,
7170:7, 7170:22,
7199:16, 7201:8,
7201:20
    **opined** [1] - 7134:22
    **opinion** [103] -
7104:15, 7105:1,
7105:11, 7105:22,
7107:9, 7112:21,
7114:18, 7115:19,
7120:18, 7127:5,
7130:9, 7131:7,
7132:20, 7132:22,
7133:24, 7138:12,
7139:4, 7139:10,
7143:5, 7145:12,
7145:13, 7150:6,
7150:17, 7151:1,
7152:3, 7156:3,

7158:12, 7167:20,
7167:22, 7168:13,
7168:14, 7168:15,
7169:2, 7169:5,
7169:6, 7169:8,
7169:11, 7169:19,
7169:21, 7170:6,
7170:9, 7170:24,
7171:7, 7171:11,
7171:14, 7171:20,
7171:22, 7171:25,
7172:14, 7173:9,
7174:9, 7174:10,
7175:2, 7175:17,
7175:20, 7175:24,
7176:2, 7176:3,
7176:5, 7176:9,
7177:12, 7177:18,
7178:2, 7178:4,
7178:21, 7179:22,
7183:2, 7183:4,
7183:24, 7187:2,
7190:23, 7191:10,
7192:22, 7195:13,
7195:18, 7195:21,
7197:6, 7198:4,
7198:7, 7198:9,
7198:11, 7198:14,
7199:9, 7199:10,
7199:15, 7199:20,
7199:22, 7201:7,
7204:15, 7204:18,
7204:25, 7205:16,
7206:17, 7206:23,
7206:25, 7208:13,
7208:16, 7209:7,
7209:13, 7213:24,
7217:13, 7217:22,
7222:18
    **opinions** [6] -
7103:17, 7108:20,
7117:15, 7181:8,
7183:12, 7223:5
    **opportunities** [1] -
7173:2
    **opportunity** [10] -
7107:17, 7108:15,
7155:6, 7155:8,
7155:9, 7155:15,
7173:11, 7173:12,
7191:12, 7199:24
    **oppose** [1] - 7099:20
    **opposite** [3] -
7144:14, 7149:7,
7154:16
    **OptiCem** [10] -
7121:5, 7159:22,
7159:25, 7160:1,
7160:6, 7160:24,
7161:1, 7161:5,

7161:17, 7161:25
**OptiCems** [1] -
7159:21
**option** [3] - 7108:7,
7108:8, 7220:25
**or** [131] - 7099:12,
7100:11, 7100:13,
7100:15, 7100:19,
7100:20, 7100:21,
7101:4, 7101:15,
7102:13, 7108:11,
7108:23, 7109:19,
7110:25, 7111:13,
7111:18, 7112:6,
7119:16, 7119:21,
7120:25, 7123:1,
7123:4, 7127:16,
7128:11, 7128:23,
7129:11, 7129:22,
7132:6, 7133:15,
7134:13, 7135:11,
7136:13, 7137:11,
7138:6, 7139:3,
7139:20, 7139:22,
7141:3, 7141:15,
7141:16, 7142:23,
7144:12, 7144:19,
7145:4, 7145:9,
7147:15, 7147:18,
7148:9, 7150:6,
7152:17, 7157:11,
7158:15, 7160:11,
7162:18, 7165:4,
7166:25, 7169:3,
7169:14, 7169:22,
7169:25, 7173:4,
7173:7, 7173:12,
7174:22, 7177:3,
7177:4, 7180:24,
7181:9, 7181:11,
7181:23, 7183:24,
7186:15, 7186:20,
7186:21, 7186:24,
7187:10, 7187:11,
7188:7, 7188:14,
7188:25, 7189:17,
7190:8, 7190:14,
7190:24, 7190:25,
7191:1, 7191:20,
7192:5, 7193:12,
7194:1, 7194:25,
7196:9, 7197:1,
7197:20, 7198:10,
7198:13, 7198:14,
7199:8, 7199:21,
7199:23, 7199:24,
7203:14, 7203:15,
7204:3, 7204:20,
7205:1, 7207:16,
7208:21, 7209:14,
7210:3, 7210:10,

7217:23, 7217:24,
7219:19, 7220:23,
7220:24, 7222:4,
7222:8, 7222:25,
7223:6
**orally** [3] - 7099:7,
7099:21, 7102:13
**order** [7] - 7102:11,
7151:3, 7186:8,
7194:14, 7194:21,
7204:12, 7204:13
**ordered** [1] -
7213:19
**original** [5] - 7151:5,
7160:18, 7160:19,
7161:17, 7222:6
**originally** [3] -
7141:8, 7173:4,
7206:3
**originated** [1] -
7209:18
**ORLEANS** [10] -
7091:8, 7092:7,
7092:13, 7092:18,
7093:8, 7094:18,
7094:24, 7095:12,
7096:3, 7096:22
**other** [35] - 7098:22,
7102:25, 7105:15,
7105:19, 7107:19,
7119:7, 7119:19,
7120:2, 7137:15,
7139:10, 7139:20,
7145:15, 7150:6,
7150:7, 7153:14,
7157:6, 7164:6,
7164:15, 7164:17,
7168:5, 7172:24,
7178:14, 7183:10,
7184:14, 7190:17,
7192:1, 7196:18,
7198:5, 7210:3,
7210:11, 7213:2,
7214:21, 7214:25,
7217:25, 7220:24
**others** [3] - 7105:21,
7159:23, 7225:22
**otherwise** [3] -
7102:10, 7102:13,
7161:17
**our** [10] - 7135:20,
7152:7, 7152:9,
7176:23, 7184:19,
7185:4, 7185:18,
7197:16, 7197:17,
7225:15
**out** [73] - 7098:20,
7106:8, 7107:18,
7107:25, 7111:2,
7111:13, 7115:13,

7116:8, 7116:12,
7117:4, 7117:9,
7117:10, 7118:3,
7121:10, 7121:16,
7121:20, 7122:18,
7124:9, 7124:15,
7124:21, 7124:22,
7124:23, 7124:24,
7125:5, 7125:10,
7125:15, 7125:19,
7126:15, 7126:17,
7134:7, 7140:21,
7142:12, 7145:18,
7146:14, 7152:10,
7155:22, 7156:8,
7156:9, 7156:16,
7157:6, 7157:11,
7157:21, 7157:22,
7157:23, 7157:24,
7158:4, 7159:23,
7168:20, 7169:14,
7173:8, 7181:7,
7182:8, 7185:8,
7186:15, 7186:19,
7188:25, 7189:19,
7190:9, 7191:20,
7192:17, 7193:3,
7193:9, 7194:4,
7194:14, 7196:4,
7196:6, 7198:13,
7214:8, 7215:14
**outcome** [2] -
7182:2, 7206:7
**outflow** [1] - 7159:15
**outs** [2] - 7098:19,
7098:21
**outside** [8] - 7112:2,
7122:14, 7126:9,
7140:21, 7145:7,
7174:15, 7195:3,
7198:18
**over** [14] - 7103:14,
7104:18, 7114:23,
7117:3, 7142:3,
7142:4, 7143:1,
7157:8, 7173:10,
7174:5, 7182:18,
7202:13
**overbalanced** [2] -
7124:12, 7195:1
**overboard** [6] -
7155:11, 7155:17,
7155:24, 7217:24,
7218:3, 7218:7
**overly** [1] - 7171:17
**overrationalize** [1] -
7207:3
**overrule** [2] -
7174:17, 7176:14
**overruled** [1] -

7189:25
**overview** [1] - 7185:8
**own** [7] - 7120:18,
7128:10, 7175:3,
7175:17, 7175:22,
7181:16, 7184:25
**owner** [3] - 7101:9,
7101:10, 7164:3

**P**

**P** [2] - 7092:3,
7092:19
**P.M** [8] - 7118:23,
7168:12, 7215:5,
7215:8, 7217:14,
7217:17, 7219:21,
7221:15
**p.m** [1] - 7208:9
**P.O** [1] - 7093:18
**pace** [1] - 7172:24
**page** [30] - 7103:25,
7104:4, 7106:9,
7117:12, 7120:6,
7128:6, 7129:17,
7129:18, 7134:18,
7135:5, 7136:14,
7137:15, 7138:11,
7138:18, 7139:8,
7144:2, 7169:16,
7172:6, 7178:7,
7185:12, 7187:21,
7193:7, 7195:8,
7196:19, 7204:16,
7207:9, 7211:22,
7217:4, 7219:17,
7224:13
**PAGE/LINE** [1] -
7097:3
**pages** [1] - 7117:17
**Paikattu** [1] -
7135:16
**PALMINTIER** [1] -
7093:1
**PAN** [1] - 7092:12
**pane** [1] - 7153:14
**paragraph** [2] -
7105:5, 7139:7
**parameters** [4] -
7172:21, 7214:4,
7214:6, 7215:4
**paraphrasing** [1] -
7169:15
**part** [20] - 7104:19,
7134:22, 7137:24,
7139:4, 7143:15,
7149:4, 7149:5,
7149:10, 7151:25,
7177:15, 7185:15,

7202:22, 7203:3,
7207:15, 7213:24,
7215:1, 7215:11,
7218:7, 7219:13,
7224:11
**parted** [1] - 7141:3
**particular** [6] -
7109:23, 7115:18,
7151:25, 7152:2,
7181:9, 7206:5
**particularly** [7] -
7107:16, 7126:6,
7128:3, 7144:14,
7168:24, 7183:4,
7208:13
**parties** [2] - 7098:22,
7101:25
**parts** [1] - 7178:14
**party** [2] - 7164:15,
7201:11
**pass** [3] - 7188:2,
7204:3, 7223:13
**past** [3] - 7112:1,
7138:1, 7223:20
**path** [3] - 7149:17,
7150:14, 7200:6
**pattern** [1] - 7175:20
**PAUL** [1] - 7092:11
**pause** [4] - 7152:18,
7153:5, 7153:24,
7154:12
**peaked** [1] - 7114:10
**PENNSYLVANIA** [1]
- 7095:2
**people** [6] - 7145:19,
7168:5, 7187:11,
7189:11, 7192:22,
7210:14
**per** [8] - 7109:16,
7110:1, 7110:7,
7120:21, 7120:22,
7122:1, 7122:3,
7154:4
**percent** [1] - 7149:15
**perfect** [1] - 7104:24
**perfectly** [1] -
7104:23
**perforated** [1] -
7143:7
**perform** [3] -
7138:23, 7201:21,
7217:9
**performed** [6] -
7117:8, 7118:1,
7154:25, 7161:8,
7161:22, 7180:11
**performing** [3] -
7177:22, 7182:22,
7195:9
**perhaps** [1] - 7198:5

**period** [8] - 7125:8,
7125:12, 7150:23,
7155:21, 7157:17,
7165:20, 7196:24,
7197:4
**permeable** [2] -
7130:21, 7130:25
**permission** [3] -
7099:8, 7133:5,
7151:24
**permitted** [1] -
7098:19
**person** [2] - 7177:18,
7177:19
**personnel** [2] -
7138:23, 7177:8
**perspective** [1] -
7187:19
**PETITION** [1] -
7091:13
**petroleum** [4] -
7166:12, 7166:13,
7173:5, 7180:7
**Ph.D** [1] - 7165:12
**phase** [2] - 7200:6,
7214:6
**phenomenon** [3] -
7137:17, 7176:22,
7178:2
**PHILLIP** [1] - 7096:2
**phone** [1] - 7208:8
**phrase** [5] - 7172:14,
7192:6, 7210:2,
7212:3, 7213:23
**physical** [1] -
7182:19
**physically** [2] -
7108:13, 7219:9
**pick** [1] - 7198:16
**picture** [4] - 7139:9,
7139:14, 7143:25,
7153:7
**piece** [11] - 7104:23,
7115:18, 7116:12,
7142:4, 7142:25,
7143:3, 7143:6,
7152:2, 7179:16,
7187:12, 7212:10
**pieces** [1] - 7122:20
**PIGMAN** [1] - 7096:2
**pinned** [1] - 7116:3
**pins** [1] - 7116:5
**pipe** [19] - 7104:24,
7105:4, 7105:16,
7137:10, 7144:11,
7144:12, 7153:22,
7153:23, 7176:10,
7177:13, 7177:24,
7194:1, 7203:15,
7206:4, 7206:6,

7207:4, 7214:5,
7214:15, 7219:21
**piping** [1] - 7155:17
**pit** [7] - 7156:1,
7156:6, 7157:7,
7157:8, 7157:25,
7158:14, 7168:9
**pits** [8] - 7155:10,
7155:12, 7155:18,
7156:2, 7157:6,
7158:2, 7158:13,
7158:15
**place** [17] - 7106:21,
7110:21, 7112:24,
7116:4, 7116:11,
7116:14, 7116:18,
7126:11, 7126:20,
7150:12, 7174:4,
7180:3, 7185:6,
7193:9, 7193:20,
7193:22, 7221:15
**placed** [5] - 7114:6,
7141:7, 7143:12,
7150:22, 7195:14
**placement** [3] -
7150:21, 7160:20,
7171:9
**places** [1] - 7144:19
**PLAINTIFFS** [1] -
7092:3
**plaintiffs** [3] -
7099:3, 7162:14,
7184:14
**plaintiffs'** [1] -
7102:14
**plan** [2] - 7130:23,
7130:24
**planned** [3] - 7126:6,
7130:21, 7173:4
**planning** [2] -
7130:12, 7223:3
**play** [1] - 7133:5
**PLC** [1] - 7094:22
**please** [42] - 7098:6,
7103:22, 7103:23,
7104:4, 7106:7,
7109:2, 7110:10,
7112:14, 7113:14,
7115:21, 7117:11,
7117:17, 7117:18,
7117:20, 7118:18,
7120:5, 7121:9,
7127:20, 7128:7,
7128:9, 7135:4,
7136:14, 7137:2,
7143:16, 7144:6,
7152:5, 7152:18,
7153:24, 7156:24,
7160:3, 7163:3,
7179:7, 7185:3,

7187:15, 7187:16,
7187:24, 7212:18,
7217:3, 7217:4,
7218:16, 7220:9,
7224:3
**plenty** [1] - 7152:12
**plot** [1] - 7104:17
**plug** [11] - 7107:17,
7113:3, 7113:6,
7128:21, 7129:2,
7135:22, 7182:18,
7197:4, 7202:23,
7203:9, 7203:15
**plugged** [14] -
7113:12, 7114:2,
7115:4, 7120:15,
7120:17, 7120:20,
7122:13, 7147:4,
7192:20, 7192:21,
7206:24
**plugging** [5] -
7118:11, 7144:20,
7144:21, 7192:23,
7192:24
**plugs** [3] - 7194:19,
7196:20, 7196:21
**plus** [1] - 7212:22
**point** [54] - 7106:2,
7115:8, 7119:18,
7120:20, 7123:2,
7123:10, 7124:19,
7127:8, 7127:12,
7127:16, 7131:6,
7131:9, 7131:19,
7133:7, 7143:10,
7146:10, 7147:23,
7148:20, 7149:12,
7149:17, 7149:18,
7149:20, 7149:22,
7149:23, 7150:13,
7150:17, 7154:1,
7154:23, 7155:3,
7155:5, 7155:10,
7155:16, 7155:18,
7155:21, 7156:2,
7156:13, 7156:18,
7156:21, 7168:22,
7170:21, 7171:2,
7172:21, 7174:9,
7177:18, 7180:21,
7191:8, 7192:12,
7194:24, 7210:7,
7214:5, 7215:7,
7216:16, 7220:11,
7224:16
**pointer** [4] - 7110:16,
7116:2, 7153:5,
7155:6
**points** [1] - 7103:10
**policies** [1] - 7166:1

**policy** [1] - 7175:18
**porch** [1] - 7198:16
**pore** [1] - 7161:6
**portion** [3] -
7158:10, 7169:25,
7191:5
**ports** [4] - 7111:9,
7111:11, 7186:14,
7186:15
**posed** [2] - 7173:15,
7176:15
**position** [3] -
7099:25, 7111:15,
7111:16
**positive** [3] -
7119:17, 7197:10,
7199:19
**possibilities** [1] -
7207:2
**possibility** [3] -
7135:11, 7142:14,
7193:2
**possible** [4] -
7135:22, 7138:13,
7164:9, 7175:11
**possibly** [2] -
7134:23, 7181:23
**post** [1] - 7168:21
**POST** [3] - 7092:4,
7093:23, 7094:15
**potential** [6] -
7112:7, 7154:20,
7173:23, 7174:21,
7200:4, 7201:11
**potentially** [4] -
7105:20, 7108:14,
7113:3, 7131:25
**pounds** [5] -
7136:11, 7136:12,
7137:10, 7147:15,
7154:4
**power** [1] - 7222:1
**POYDRAS** [4] -
7092:12, 7094:23,
7095:12, 7096:22
**PPG** [1] - 7179:25
**ppg** [1] - 7212:23
**practical** [1] -
7166:19
**practice** [6] - 7107:9,
7128:1, 7201:24,
7203:7, 7223:6
**practices** [4] -
7127:18, 7128:2,
7130:18, 7175:3
**practicing** [1] -
7170:13
**Preeti** [5] - 7135:16,
7135:19, 7135:24,
7136:18, 7137:4

**preincident** [1] -
7159:22
**preliminary** [3] -
7098:6, 7102:25,
7164:17
**preparation** [2] -
7103:17, 7133:4
**prepared** [9] -
7108:21, 7115:17,
7140:6, 7156:5,
7157:1, 7159:21,
7159:23, 7212:8,
7218:8
**preparing** [3] -
7140:4, 7157:2,
7212:11
**presence** [1] -
7174:18
**present** [3] - 7099:7,
7180:1, 7215:18
**presented** [2] -
7138:6
**president** [2] -
7165:24, 7166:3
**press** [2] - 7152:11,
7167:24
**pressure** [136] -
7108:11, 7108:14,
7109:19, 7111:11,
7111:12, 7113:25,
7114:6, 7114:7,
7114:10, 7114:12,
7114:21, 7114:23,
7114:24, 7117:3,
7117:21, 7117:22,
7118:2, 7118:6,
7118:12, 7118:14,
7121:3, 7121:6,
7122:1, 7122:4,
7122:12, 7122:16,
7122:18, 7122:25,
7124:11, 7127:3,
7129:1, 7129:3,
7129:8, 7129:25,
7130:1, 7130:5,
7134:6, 7134:9,
7143:1, 7149:25,
7150:25, 7151:4,
7151:7, 7151:9,
7151:10, 7151:14,
7151:17, 7152:23,
7153:20, 7154:2,
7154:3, 7154:4,
7154:15, 7154:16,
7154:17, 7154:18,
7154:19, 7156:16,
7161:6, 7166:9,
7166:20, 7167:3,
7167:22, 7171:1,
7173:25, 7174:1,

7175:24, 7176:4,
7176:7, 7176:10,
7176:24, 7177:13,
7177:17, 7177:21,
7177:23, 7177:24,
7178:6, 7178:22,
7179:3, 7179:12,
7179:22, 7186:9,
7186:14, 7186:17,
7186:18, 7187:5,
7188:1, 7189:17,
7192:2, 7192:5,
7192:10, 7193:13,
7193:25, 7194:16,
7194:18, 7194:23,
7194:25, 7195:1,
7195:2, 7195:3,
7195:21, 7196:21,
7196:22, 7196:24,
7197:4, 7199:19,
7199:20, 7200:11,
7203:18, 7204:6,
7204:9, 7204:17,
7206:2, 7206:7,
7207:4, 7207:17,
7207:20, 7207:24,
7208:5, 7209:15,
7210:3, 7212:21,
7212:24, 7212:25,
7213:2, 7213:25,
7214:5, 7214:15,
7218:11, 7219:21,
7220:23

**pressured** [2] -
7189:21, 7190:10
**pressures** [12] -
7109:18, 7117:9,
7120:23, 7122:9,
7122:21, 7123:4,
7132:15, 7133:14,
7150:4, 7195:8,
7195:10, 7199:13
**pressuring** [3] -
7114:20, 7114:21,
7132:12
**prethought** [1] -
7134:7
**pretty** [2] - 7168:21,
7168:23
**prevent** [3] - 7113:4,
7113:6, 7180:3
**preventer** [10] -
7100:23, 7100:25,
7101:3, 7101:5,
7101:10, 7101:13,
7101:16, 7101:18,
7212:20, 7212:22
**prevents** [1] - 7213:1
**previously** [1] -
7160:10

**primarily** [3] -
7169:22, 7173:21,
7186:16
**primary** [5] -
7111:24, 7151:18,
7172:4, 7214:1,
7214:7
**principle** [1] - 7215:8
**prior** [17] - 7104:11,
7104:21, 7106:14,
7107:8, 7111:23,
7123:13, 7123:15,
7123:25, 7126:22,
7128:21, 7134:19,
7170:19, 7172:17,
7182:21, 7191:4,
7200:8, 7202:23
**probably** [12] -
7105:6, 7110:3,
7152:7, 7152:8,
7162:23, 7177:25,
7179:15, 7186:1,
7187:14, 7190:2,
7195:6, 7225:1
**problem** [6] -
7113:11, 7173:12,
7197:11, 7197:15,
7200:3, 7200:4
**problems** [3] -
7173:2, 7173:13,
7180:21
**procedure** [12] -
7112:11, 7133:13,
7152:1, 7180:14,
7180:20, 7191:13,
7202:17, 7202:19,
7202:22, 7203:3,
7218:8
**procedures** [5] -
7120:14, 7202:7,
7202:11, 7203:23,
7222:15
**proceed** [7] - 7103:4,
7154:10, 7154:11,
7180:4, 7188:14,
7200:5, 7204:16
**proceeded** [8] -
7151:17, 7173:1,
7173:3, 7178:22,
7179:11, 7186:22,
7190:14, 7199:17
**proceeding** [2] -
7173:12, 7192:11
**PROCEEDINGS** [4] -
7091:21, 7096:25,
7098:1, 7226:4
**proceedings** [1] -
7226:14
**proceeds** [1] -
7151:22

**process** [13] -
7124:9, 7133:12,
7173:20, 7181:2,
7189:11, 7193:21,
7194:7, 7194:10,
7194:14, 7194:21,
7195:15, 7197:19,
7203:5
**produce** [2] -
7174:12, 7180:15
**produced** [1] -
7139:11
**PRODUCED** [1] -
7096:25
**producible** [1] -
7174:25
**product** [3] -
7100:12, 7100:16,
7100:20
**production** [10] -
7105:13, 7105:23,
7106:18, 7107:5,
7108:8, 7135:20,
7160:7, 7167:25,
7186:23, 7199:18
**PRODUCTION** [3] -
7091:15, 7094:21,
7094:21
**profession** [1] -
7177:2
**professional** [4] -
7167:20, 7174:9,
7174:15, 7183:24
**professor** [1] -
7165:2
**profile** [1] - 7161:7
**programmer** [1] -
7140:8
**progress** [1] -
7119:3
**project** [1] - 7189:5
**projects** [1] - 7166:1
**pronounce** [1] -
7136:18
**proper** [1] - 7101:15
**properly** [5] -
7105:12, 7110:13,
7195:24, 7196:11,
7224:6
**protected** [1] -
7160:23
**protecting** [1] -
7150:11
**proven** [3] - 7129:22,
7130:14, 7151:19
**provide** [3] -
7197:22, 7201:20,
7202:1
**provided** [3] -
7106:23, 7160:16,

7169:22
**providing** [2] -
7103:17, 7149:19
**provision** [2] -
7130:6, 7130:12
**provisions** [1] -
7127:17
**prudent** [7] - 7136:8,
7170:7, 7170:22,
7171:4, 7173:5,
7199:16, 7199:21
**PSC** [3] - 7099:19,
7164:24, 7187:11
**psi** [44] - 7109:17,
7109:22, 7114:10,
7114:13, 7114:16,
7114:19, 7114:23,
7115:1, 7115:5,
7115:6, 7117:4,
7117:23, 7118:4,
7118:7, 7118:10,
7118:13, 7119:16,
7120:22, 7121:20,
7122:1, 7122:5,
7122:6, 7123:1,
7132:12, 7143:2,
7186:11, 7188:1,
7188:3, 7188:25,
7189:20, 7189:21,
7190:10, 7190:11,
7192:11, 7193:7,
7212:21, 7219:7,
7219:12, 7219:22,
7220:11, 7220:14,
7221:9
**psi)** [1] - 7121:18
**publication** [1] -
7109:4
**pull** [14] - 7129:19,
7136:15, 7169:17,
7178:7, 7179:7,
7180:22, 7205:8,
7207:7, 7211:21,
7212:16, 7215:22,
7217:4, 7218:16,
7224:15
**pump** [23] - 7112:1,
7124:23, 7125:4,
7125:5, 7125:20,
7129:1, 7157:17,
7157:18, 7157:19,
7157:20, 7158:10,
7159:13, 7159:14,
7186:15, 7186:22,
7186:24, 7189:17,
7190:5, 7193:22,
7196:19, 7199:12,
7214:13, 7219:22
**pumped** [2] -
7193:19, 7194:5

**pumping** [5] -
7110:6, 7113:23,
7114:1, 7120:15,
7125:9
**pumps** [8] - 7128:20,
7129:2, 7129:3,
7156:18, 7157:16,
7158:11, 7159:12
**punitive** [2] -
7102:13, 7102:15
**purpose** [5] -
7110:18, 7111:22,
7133:4, 7159:11,
7197:19
**purposes** [2] -
7114:11, 7123:18
**push** [5] - 7111:13,
7111:20, 7117:4,
7117:9, 7182:9
**pushed** [1] - 7143:21
**pushes** [1] - 7111:12
**pushing** [3] - 7108:3,
7196:21, 7196:22
**put** [25] - 7113:17,
7122:20, 7133:18,
7137:10, 7139:9,
7141:24, 7146:17,
7147:10, 7150:12,
7161:16, 7185:8,
7185:18, 7187:3,
7187:15, 7188:17,
7188:24, 7197:4,
7198:15, 7218:24,
7219:17, 7220:9,
7221:13, 7224:23
**putting** [2] - 7141:12,
7194:18

# Q

**quantify** [1] - 7148:2
**QUESTION** [12] -
7212:1, 7215:24,
7216:3, 7216:8,
7216:10, 7217:6,
7217:10, 7219:19,
7219:24, 7220:1,
7220:11, 7220:14
**question** [23] -
7128:15, 7131:16,
7133:23, 7134:15,
7135:24, 7135:25,
7146:7, 7154:12,
7163:15, 7163:18,
7164:12, 7167:7,
7173:15, 7174:10,
7174:14, 7176:15,
7177:1, 7186:4,
7189:25, 7196:14,
7211:13, 7211:17,

7211:25
**questioning** [1] - 7204:22
**questions** [21] - 7106:17, 7124:21, 7132:6, 7146:13, 7169:15, 7184:2, 7184:18, 7185:7, 7185:22, 7186:1, 7200:12, 7200:16, 7200:25, 7203:19, 7203:20, 7203:21, 7206:1, 7213:15, 7216:4, 7222:9, 7225:10
**quick** [4] - 7125:24, 7155:22, 7163:4, 7163:14
**quickly** [3] - 7140:17, 7153:6, 7172:25
**quiet** [1] - 7198:25
**quite** [4] - 7124:18, 7158:5, 7165:13, 7210:22
**quizzing** [2] - 7194:8, 7194:10
**quote** [3] - 7204:16, 7216:25, 7222:19
**quoted** [1] - 7188:19
**quoting** [1] - 7193:7

# R

**R** [5] - 7093:11, 7094:17, 7095:17, 7096:11, 7098:3
**RACHEL** [2] - 7093:17, 7095:14
**raise** [1] - 7200:5
**raised** [2] - 7200:7, 7216:4
**ram** [2] - 7181:8
**ramp** [2] - 7121:17, 7192:2
**rams** [1] - 7156:18
**ran** [3] - 7106:1, 7124:8, 7147:18
**ranges** [1] - 7148:2
**rapid** [7] - 7115:5, 7118:7, 7118:16, 7119:20, 7122:12, 7132:11, 7149:25
**rapidity** [3] - 7122:20, 7140:16, 7143:4
**rapidly** [2] - 7114:24, 7179:2
**rate** [21] - 7109:16,

7109:23, 7110:1, 7126:16, 7147:22, 7147:24, 7147:25, 7156:8, 7156:9, 7157:7, 7157:21, 7157:22, 7157:23, 7186:16, 7186:17, 7186:18, 7186:24, 7189:17, 7192:12, 7219:22
**rates** [4] - 7123:4, 7190:5, 7199:13, 7214:13
**rather** [3] - 7101:7, 7105:7, 7114:22
**rationale** [1] - 7204:25
**re** [1] - 7143:7
**RE** [2] - 7091:5, 7091:12
**re-entered** [1] - 7143:7
**reach** [1] - 7186:10
**reached** [1] - 7222:6
**reaches** [1] - 7124:24
**reaching** [1] - 7156:17
**reaction** [1] - 7118:15
**read** [31] - 7099:11, 7105:9, 7106:11, 7117:20, 7127:17, 7128:10, 7129:21, 7135:5, 7137:14, 7137:16, 7137:17, 7138:25, 7170:13, 7170:17, 7171:19, 7172:12, 7172:14, 7179:9, 7182:23, 7182:24, 7185:8, 7187:24, 7192:12, 7211:10, 7212:10, 7212:17, 7215:20, 7216:21, 7216:22, 7219:4, 7220:6
**reading** [4] - 7141:16, 7192:22, 7212:6, 7222:6
**READS** [1] - 7104:3
**ready** [4] - 7146:2, 7162:16, 7162:18
**real** [2] - 7143:13, 7165:14, 7166:19
**realization** [1] - 7145:14
**realized** [2] - 7140:24, 7171:1
**really** [13] - 7133:13, 7143:24, 7144:12,

7144:13, 7146:8, 7148:13, 7154:14, 7169:8, 7178:4, 7183:4, 7192:24, 7207:3, 7215:5
**reamer** [8] - 7120:15, 7120:17, 7120:19, 7123:6, 7135:21, 7144:20, 7144:21, 7144:23
**reason** [11] - 7124:3, 7125:6, 7125:7, 7125:18, 7127:5, 7127:7, 7138:4, 7157:15, 7180:6, 7180:10, 7180:12
**reasonably** [2] - 7157:13, 7176:6
**reasons** [6] - 7101:20, 7102:12, 7108:10, 7124:2, 7131:25, 7198:5
**rebump** [2] - 7196:20, 7197:3
**rebuttal** [1] - 7218:2
**recall** [27] - 7103:11, 7103:19, 7104:15, 7104:18, 7167:8, 7167:11, 7168:9, 7174:5, 7181:2, 7193:14, 7197:9, 7201:1, 7202:8, 7203:16, 7204:21, 7206:5, 7207:1, 7209:19, 7210:9, 7210:21, 7210:23, 7212:5, 7212:6, 7213:2, 7219:8, 7221:17, 7221:21
**recalls** [1] - 7210:2
**recess** [5] - 7152:7, 7223:22, 7225:4, 7225:18, 7226:1
**RECESS** [2] - 7163:1, 7224:1
**reckless** [8] - 7176:7, 7177:14, 7178:18, 7179:22, 7179:24, 7204:21, 7204:25, 7205:13
**recklessly** [2] - 7176:9, 7177:23
**recklessness** [1] - 7224:10
**recognition** [1] - 7160:20
**recognize** [1] - 7174:21
**recognized** [3] - 7172:1, 7173:17,

7173:19
**recognizing** [1] - 7172:8
**recollection** [2] - 7178:1, 7211:16
**recommended** [5] - 7120:14, 7123:24, 7134:1, 7181:19, 7218:8
**reconsider** [1] - 7173:20
**record** [4] - 7099:22, 7124:25, 7187:24, 7226:13
**RECORDED** [1] - 7096:25
**rectification** [1] - 7140:20
**rectify** [1] - 7215:13
**REDDEN** [1] - 7096:4
**reduce** [2] - 7108:14, 7122:18
**reducing** [1] - 7154:2
**reduction** [1] - 7123:1
**reference** [8] - 7104:5, 7104:21, 7112:18, 7128:16, 7128:23, 7160:1, 7160:11, 7210:6
**referenced** [1] - 7145:8
**references** [1] - 7136:2
**referencing** [2] - 7104:2, 7159:9
**referred** [4] - 7128:25, 7156:1, 7163:21, 7163:25
**referring** [3] - 7102:8, 7178:15, 7211:1
**reflect** [2] - 7105:11, 7157:11
**reflected** [1] - 7103:18
**reflecting** [1] - 7160:24
**reflective** [1] - 7174:19
**refresh** [3] - 7104:5, 7172:10, 7219:10
**refreshes** [1] - 7172:11
**REGAN** [37] - 7095:5, 7100:6, 7131:12, 7137:14, 7138:3, 7139:6, 7142:15, 7142:18, 7144:2, 7144:5,

7145:7, 7145:16, 7146:9, 7148:12, 7153:6, 7160:13, 7161:10, 7162:1, 7174:14, 7184:4, 7184:8, 7184:15, 7185:24, 7186:5, 7189:23, 7198:19, 7198:22, 7211:19, 7223:18, 7223:20, 7223:24, 7224:21, 7224:25, 7225:5, 7225:10, 7225:21, 7225:24
**Regan** [1] - 7225:20
**regarding** [3] - 7104:12, 7123:13, 7150:8
**regardless** [3] - 7161:16, 7178:18, 7184:17
**regression** [1] - 7171:1
**regularly** [1] - 7202:13
**regulation** [1] - 7174:10
**Regulations** [1] - 7170:11
**regulations** [2] - 7171:18, 7171:19
**RELATES** [1] - 7091:11
**relating** [1] - 7139:2
**relative** [1] - 7172:5
**relatively** [1] - 7125:1
**relevant** [1] - 7162:5
**reliable** [1] - 7171:9
**reliance** [3] - 7137:20, 7138:16, 7145:23
**relied** [1] - 7130:3
**relying** [2] - 7129:25, 7130:1
**remaining** [3] - 7152:23, 7163:10, 7181:14
**remarkable** [1] - 7114:22
**remedial** [3] - 7105:20, 7106:1, 7170:23
**remedy** [2] - 7170:8, 7173:2
**remember** [16] - 7120:2, 7123:16, 7167:13, 7167:16, 7178:25, 7183:4, 7188:20, 7189:1,

7189:25, 7195:25,
7206:13, 7210:25,
7212:12, 7212:14,
7212:15, 7219:13
  **remembering** [1] -
7212:11
  **remind** [2] - 7152:6,
7211:11
  **reminded** [1] -
7190:18
  **reminds** [1] - 7225:6
  **remove** [3] -
7139:18, 7151:18,
7183:7
  **removed** [4] -
7153:25, 7154:1,
7154:6, 7156:20
  **removing** [4] -
7126:18, 7126:19,
7183:10, 7183:11
  **RENAISSANCE** [1] -
7096:12
  **rendered** [2] -
7175:20, 7222:18
  **rep** [2] - 7120:13
  **repair** [3] - 7133:15,
7133:16, 7173:23
  **repaired** [1] -
7173:14
  **repeated** [2] -
7171:17, 7173:19
  **repeatedly** [2] -
7175:3, 7202:10
  **rephrase** [1] -
7131:16
  **replace** [2] -
7098:17, 7133:17
  **replaced** [1] -
7151:19
  **report** [103] -
7113:19, 7134:18,
7134:22, 7138:5,
7138:6, 7138:11,
7138:18, 7139:12,
7140:24, 7141:8,
7142:1, 7142:8,
7142:10, 7142:11,
7144:2, 7144:20,
7145:7, 7145:12,
7146:12, 7148:12,
7148:17, 7148:19,
7153:8, 7155:23,
7156:1, 7156:6,
7157:3, 7160:1,
7160:6, 7160:12,
7169:14, 7169:15,
7172:6, 7172:11,
7173:9, 7174:2,
7174:8, 7177:22,
7178:7, 7178:13,

7178:14, 7178:19,
7179:1, 7179:9,
7179:14, 7179:17,
7179:18, 7179:19,
7180:1, 7180:25,
7181:3, 7181:16,
7183:5, 7185:8,
7185:13, 7185:22,
7187:21, 7192:16,
7193:6, 7193:16,
7195:8, 7195:13,
7196:3, 7196:19,
7197:6, 7197:10,
7198:3, 7198:7,
7199:23, 7201:14,
7201:15, 7202:6,
7202:8, 7204:15,
7204:21, 7205:4,
7205:6, 7205:10,
7207:1, 7207:9,
7208:8, 7208:11,
7208:20, 7209:9,
7209:17, 7210:13,
7212:8, 7212:9,
7212:11, 7213:12,
7213:13, 7213:16,
7213:18, 7216:5,
7218:1, 7218:2,
7218:5, 7221:2,
7222:18, 7224:10,
7224:11, 7224:12
  **Reporter** [2] -
7226:10, 7226:19
  **REPORTER** [1] -
7096:21
  **REPORTER'S** [1] -
7226:8
  **reports** [2] - 7110:6,
7141:17
  **represent** [2] -
7113:2, 7154:13,
7200:23
  **representative** [1] -
7154:18
  **represents** [1] -
7117:25
  **request** [2] -
7119:13, 7135:10
  **requested** [3] -
7134:19, 7138:22,
7147:13
  **requesting** [1] -
7136:6
  **required** [6] -
7098:19, 7100:19,
7117:9, 7117:22,
7118:2, 7169:23
  **requirement** [1] -
7100:19
  **requirements** [1] -

7104:16
  **requisite** [1] -
7103:19
  **research** [1] -
7165:15
  **reserve** [1] - 7183:2
  **reservoir** [6] -
7160:9, 7165:17,
7176:1, 7194:16,
7194:23, 7195:1
  **resistance** [1] -
7149:17
  **resolve** [1] - 7196:4
  **RESOURCES** [1] -
7093:14
  **respect** [19] - 7099:5,
7100:16, 7100:22,
7101:2, 7101:5,
7102:13, 7112:16,
7113:1, 7128:22,
7130:11, 7131:9,
7131:23, 7148:18,
7158:1, 7163:11,
7164:14, 7164:15,
7184:16, 7224:10
  **respond** [2] -
7139:17, 7176:16
  **responding** [1] -
7207:4
  **responds** [2] -
7119:3, 7119:14
  **response** [15] -
7099:12, 7104:22,
7118:6, 7119:13,
7121:3, 7127:3,
7129:4, 7135:24,
7137:4, 7149:25,
7160:19, 7177:21,
7200:25, 7223:10
  **responses** [1] -
7192:22
  **responsibilities** [6] -
7214:21, 7214:25,
7215:11, 7215:16,
7216:21
  **responsibility** [4] -
7178:4, 7178:11,
7215:8, 7215:25
  **responsible** [6] -
7166:5, 7203:22,
7204:1, 7204:5,
7205:1, 7222:20
  **restated** [1] -
7181:17
  **restatement** [2] -
7100:17, 7100:18
  **restore** [1] - 7173:21
  **restriction** [4] -
7110:23, 7110:25,
7111:2, 7140:18

  **result** [4] - 7172:8,
7184:1, 7194:15,
7206:9
  **resulted** [1] -
7171:17
  **resulting** [2] -
7122:21, 7169:25
  **results** [3] - 7151:21,
7175:24, 7194:3
  **resume** [3] - 7098:7,
7103:1, 7164:18
  **return** [2] - 7113:24,
7158:12
  **returned** [1] -
7215:14
  **returns** [5] - 7130:2,
7130:7, 7159:4,
7217:24, 7218:3
  **review** [13] -
7103:16, 7105:21,
7107:23, 7118:15,
7119:19, 7130:6,
7131:2, 7131:18,
7133:20, 7151:11,
7159:21, 7160:8,
7172:3
  **reviewed** [16] -
7105:22, 7106:4,
7110:5, 7117:14,
7126:25, 7127:23,
7130:24, 7137:25,
7142:5, 7142:20,
7147:13, 7150:7,
7160:24, 7208:19,
7208:21, 7211:7
  **RICHARD** [1] -
7095:20
  **RIG** [1] - 7091:5
  **rig** [22] - 7120:13,
7122:4, 7125:4,
7136:10, 7155:12,
7165:19, 7168:17,
7168:25, 7169:3,
7177:14, 7177:19,
7182:7, 7182:8,
7188:11, 7189:11,
7197:24, 7209:2,
7216:5, 7216:7,
7216:8, 7216:25,
7217:7
  **right** [113] - 7099:9,
7099:10, 7099:16,
7100:3, 7100:7,
7101:15, 7102:17,
7102:25, 7103:15,
7104:8, 7104:18,
7105:8, 7109:18,
7109:21, 7114:9,
7114:20, 7115:5,
7117:18, 7118:7,

7118:15, 7118:19,
7120:6, 7120:21,
7121:10, 7121:20,
7121:21, 7121:25,
7126:2, 7127:13,
7129:13, 7133:15,
7134:1, 7134:18,
7135:22, 7136:15,
7138:1, 7144:5,
7146:19, 7149:3,
7152:11, 7153:17,
7153:24, 7154:8,
7154:13, 7154:23,
7155:21, 7156:3,
7156:13, 7156:15,
7158:5, 7158:6,
7158:9, 7158:10,
7158:11, 7158:21,
7158:22, 7159:2,
7160:18, 7161:3,
7161:24, 7162:11,
7162:21, 7163:3,
7164:2, 7164:19,
7165:7, 7165:22,
7166:13, 7167:4,
7168:4, 7182:5,
7184:3, 7184:15,
7186:8, 7186:12,
7190:6, 7192:7,
7194:19, 7196:1,
7196:7, 7196:9,
7196:16, 7196:25,
7197:24, 7200:20,
7201:11, 7201:24,
7202:3, 7204:9,
7205:16, 7207:1,
7207:18, 7208:15,
7208:18, 7210:20,
7214:2, 7214:4,
7216:19, 7217:10,
7217:14, 7217:20,
7218:4, 7218:6,
7218:9, 7219:10,
7222:5, 7223:15,
7224:8, 7224:18,
7225:15
  **rise** [5] - 7162:25,
7220:11, 7220:14,
7223:25, 7226:3
  **riser** [3] - 7182:17,
7202:24, 7212:23
  **risk** [34] - 7103:18,
7105:12, 7105:19,
7105:23, 7166:23,
7170:3, 7173:7,
7173:16, 7173:18,
7175:21, 7176:6,
7178:23, 7179:1,
7179:2, 7179:5,
7179:12, 7181:19,
7181:20, 7181:22,

7181:25, 7182:1,
7182:2, 7182:5,
7182:6, 7182:7,
7182:25, 7183:13,
7183:15, 7183:16,
7183:22, 7203:13,
7203:16
  **risk/reward** [1] -
7105:8
  **risks** [5] - 7107:15,
7166:25, 7171:22,
7175:11, 7182:9
  **risky** [6] - 7167:4,
7169:19, 7171:14,
7171:17, 7188:4,
7201:1
  **RMR** [2] - 7096:21,
7226:18
  **ROBERT** [2] -
7092:9, 7095:2
  **Robert** [1] - 7210:18
  **ROBERTS** [2] -
7095:14, 7096:6
  **Roberts** [1] -
7102:23
  **rock** [1] - 7108:3
  **role** [2] - 7100:23,
7163:16
  **roles** [1] - 7164:6
  **ROOM** [2] - 7093:12,
7096:22
  **ROUGE** [2] - 7093:3,
7094:15
  **rough** [1] - 7129:9
  **row** [3] - 7152:10,
7152:11, 7152:17
  **Roy** [11] - 7097:9,
7099:7, 7099:19,
7164:19, 7164:23,
7165:7, 7184:25,
7204:20, 7205:4,
7224:6, 7224:15
  **ROY** [20] - 7092:3,
7092:3, 7099:19,
7162:15, 7162:20,
7164:20, 7164:22,
7165:8, 7165:9,
7174:23, 7176:25,
7179:7, 7179:8,
7180:22, 7180:23,
7181:11, 7181:13,
7183:7, 7183:9,
7184:2
  **royalty** [1] - 7174:11
  **RPR** [1] - 7226:18
  **rubber** [1] - 7212:22
  **rule** [3] - 7102:10,
7142:15, 7181:7
  **Rule** [2] - 7099:5,
7163:15

  **rulings** [1] - 7164:13
  **run** [36] - 7103:11,
7105:18, 7106:18,
7106:20, 7107:4,
7108:10, 7110:18,
7112:5, 7124:15,
7127:14, 7127:17,
7130:19, 7130:20,
7131:7, 7131:20,
7131:25, 7132:22,
7134:1, 7134:11,
7134:13, 7134:24,
7135:3, 7138:14,
7145:4, 7146:25,
7153:1, 7154:11,
7154:14, 7160:17,
7160:19, 7161:25,
7175:18, 7182:11,
7191:5, 7191:13,
7196:14
  **running** [20] -
7103:18, 7106:12,
7106:15, 7107:8,
7108:7, 7111:3,
7111:23, 7124:4,
7124:17, 7132:20,
7134:20, 7136:9,
7157:16, 7157:17,
7157:18, 7157:19,
7157:20, 7158:11,
7159:12, 7182:16
  **rupture** [17] - 7141:1,
7141:6, 7142:23,
7143:2, 7143:19,
7144:9, 7145:2,
7145:14, 7145:17,
7149:13, 7149:14,
7149:15, 7149:18,
7149:20, 7149:22,
7149:23
  **ruptured** [3] -
7141:2, 7141:4,
7141:5
  **RUSNAK** [1] - 7093:4

## S

  **S** [4] - 7092:19,
7098:3
  **sadly** [1] - 7209:21
  **safe** [1] - 7167:24
  **safer** [4] - 7172:2,
7172:4, 7172:9,
7180:4
  **safety** [3] - 7174:11,
7174:24, 7202:20
  **said** [37] - 7119:15,
7121:18, 7130:6,
7138:18, 7139:3,
7141:9, 7141:23,

7148:8, 7149:24,
7150:4, 7150:9,
7155:23, 7156:6,
7157:4, 7161:18,
7164:7, 7164:14,
7177:25, 7178:8,
7178:9, 7179:17,
7189:10, 7189:12,
7189:14, 7189:15,
7190:22, 7190:24,
7194:23, 7196:8,
7197:10, 7197:20,
7201:15, 7204:20,
7209:12, 7221:25,
7222:20, 7225:7
  **saltwater** [2] -
7180:9, 7180:14
  **same** [10] - 7113:4,
7113:5, 7120:3,
7128:4, 7153:10,
7168:24, 7175:13,
7188:22, 7192:14,
7195:20
  **SAN** [1] - 7093:13
  **sand** [2] - 7174:18,
7201:17
  **sat** [1] - 7100:9
  **satisfied** [1] -
7172:24
  **save** [1] - 7180:14
  **saved** [3] - 7183:24,
7198:5, 7198:6
  **saving** [1] - 7202:19
  **savings** [3] -
7180:16, 7180:18,
7184:1
  **saw** [19] - 7120:2,
7121:4, 7134:5,
7134:6, 7134:8,
7149:25, 7154:23,
7172:4, 7172:5,
7172:20, 7210:6,
7216:3, 7217:19,
7219:24, 7220:14,
7220:24, 7220:25,
7221:8, 7222:4
  **say** [23] - 7114:11,
7130:18, 7133:25,
7149:14, 7153:6,
7155:14, 7164:25,
7169:16, 7177:22,
7179:18, 7181:22,
7182:1, 7189:22,
7191:20, 7205:13,
7209:17, 7213:21,
7213:24, 7218:2,
7218:4, 7222:4,
7223:2, 7223:9
  **saying** [3] - 7128:25,
7144:13, 7216:18

  **says** [26] - 7104:16,
7104:23, 7105:5,
7106:14, 7117:22,
7119:5, 7120:6,
7120:12, 7120:21,
7121:10, 7121:16,
7121:25, 7128:12,
7128:17, 7136:10,
7137:4, 7139:7,
7141:9, 7148:6,
7151:12, 7160:6,
7179:11, 7187:25,
7188:18, 7213:10,
7216:14
  **scale** [1] - 7158:18
  **scenario** [1] -
7196:11
  **schematic** [1] -
7143:18
  **SCOFIELD** [1] -
7096:18
  **scope** [2] - 7145:7,
7174:15
  **SCOTT** [1] - 7093:16
  **screen** [5] - 7104:1,
7146:12, 7192:16,
7198:20, 7224:13
  **screens** [1] -
7214:17
  **seat** [5] - 7111:7,
7116:3, 7116:8,
7117:22, 7193:9
  **seated** [3] - 7098:6,
7163:3, 7224:3
  **seats** [3] - 7102:21,
7102:24, 7152:12
  **seawater** [8] -
7151:23, 7153:22,
7179:21, 7179:25,
7180:2, 7202:24,
7204:17, 7212:23
  **second** [23] - 7104:4,
7105:5, 7114:4,
7117:20, 7119:24,
7133:7, 7135:5,
7136:19, 7143:3,
7144:17, 7152:10,
7152:17, 7182:15,
7183:3, 7183:7,
7185:15, 7185:16,
7190:8, 7202:23,
7205:12, 7207:15,
7210:18, 7221:12
  **SECREST** [1] -
7096:4
  **SECTION** [2] -
7093:15, 7094:1
  **section** [3] - 7106:8,
7125:20, 7125:22,
7128:5, 7128:16,

7129:18, 7131:2,
7143:8, 7174:2,
7175:13, 7191:6,
7224:11
  **see** [68] - 7104:17,
7110:6, 7114:9,
7118:14, 7119:7,
7124:20, 7127:7,
7127:9, 7128:18,
7132:25, 7133:12,
7133:14, 7136:21,
7137:13, 7138:10,
7138:20, 7139:23,
7141:1, 7141:23,
7142:1, 7142:2,
7142:25, 7144:21,
7145:15, 7146:1,
7146:3, 7147:20,
7148:6, 7151:14,
7152:20, 7153:23,
7155:9, 7156:2,
7156:8, 7158:8,
7158:9, 7158:21,
7160:21, 7168:22,
7168:24, 7169:8,
7169:9, 7169:16,
7173:13, 7187:3,
7189:15, 7191:12,
7191:14, 7194:11,
7197:2, 7205:12,
7206:18, 7206:20,
7206:23, 7213:1,
7216:18, 7217:2,
7218:25, 7219:9,
7219:19, 7220:11,
7221:17, 7221:21,
7222:7, 7222:8,
7225:25
  **seeing** [3] - 7120:2,
7136:11, 7203:16
  **seek** [1] - 7104:24
  **seemed** [1] -
7120:22
  **seems** [1] - 7226:1
  **seen** [18] - 7100:13,
7120:10, 7122:3,
7122:5, 7133:20,
7143:18, 7151:11,
7159:25, 7169:3,
7169:11, 7171:25,
7180:12, 7185:25,
7186:3, 7191:18,
7221:10, 7221:23
  **seep** [1] - 7124:11
  **seeped** [1] - 7124:4
  **segments** [1] -
7157:16
  **selected** [2] -
7101:12, 7108:8
  **selling** [1] - 7100:24

**send** [1] - 7155:17
**senior** [2] - 7189:4
**sense** [2] - 7225:3, 7225:18
**sensors** [1] - 7215:3
**sent** [2] - 7159:23, 7212:13
**sentence** [5] - 7117:20, 7139:5, 7139:6, 7179:9, 7205:12
**separation** [5] - 7144:10, 7144:11, 7149:10, 7149:12, 7159:10
**serve** [1] - 7197:18
**SERVICES** [1] - 7096:10
**services** [1] - 7201:21
**SESSION** [1] - 7091:20
**set** [16] - 7136:1, 7136:20, 7136:24, 7137:20, 7138:15, 7143:14, 7143:15, 7165:12, 7167:18, 7167:21, 7197:9, 7197:13, 7197:22, 7206:3, 7206:6
**sets** [1] - 7157:13
**setting** [6] - 7108:7, 7126:11, 7143:12, 7182:18, 7197:16, 7202:23
**settle** [1] - 7112:24
**settles** [1] - 7107:18
**setup** [1] - 7206:8
**seven** [1] - 7217:5
**several** [5] - 7124:2, 7168:20, 7173:1, 7173:10
**shack** [4] - 7214:17, 7215:7, 7216:1, 7218:19
**shall** [1] - 7106:14
**shallow** [1] - 7144:13
**shallower** [2] - 7160:21, 7160:22
**shallowest** [2] - 7130:21, 7130:25
**shared** [2] - 7195:18, 7195:19
**shares** [1] - 7195:20
**SHARON** [1] - 7093:22
**SHAW** [1] - 7092:16
**shear** [2] - 7121:10, 7121:16
**sheared** [1] -

7121:19
**sheen** [2] - 7154:24, 7218:3
**SHELL** [1] - 7094:23
**Sherman** [1] - 7165:2
**shift** [1] - 7133:1
**Shifted** [2] - 7119:15, 7188:25
**shifted** [2] - 7120:4, 7202:13
**shoe** [40] - 7111:25, 7112:21, 7112:25, 7113:4, 7115:3, 7115:4, 7115:15, 7116:24, 7120:15, 7120:16, 7120:17, 7120:19, 7122:13, 7122:14, 7122:25, 7123:6, 7123:9, 7135:21, 7137:5, 7137:7, 7140:23, 7141:2, 7142:11, 7143:14, 7144:10, 7144:13, 7144:20, 7144:21, 7144:23, 7149:5, 7149:11, 7150:19, 7150:21, 7150:22, 7192:21, 7192:23, 7197:1
**shore** [1] - 7208:10
**shoreside** [1] - 7189:3
**shorter** [3] - 7225:5, 7225:8, 7225:9
**shortly** [2] - 7179:4, 7212:12
**shot** [1] - 7116:8
**should** [28] - 7114:12, 7118:12, 7122:1, 7128:13, 7130:18, 7139:22, 7148:1, 7157:21, 7157:23, 7162:6, 7167:20, 7168:15, 7169:3, 7169:9, 7169:11, 7170:8, 7170:22, 7173:7, 7173:15, 7173:17, 7173:19, 7191:1, 7191:20, 7194:24, 7199:16, 7208:15, 7216:8, 7208:17
**shoulder** [1] - 7110:25
**shouldn't** [1] - 7152:12
**show** [15] - 7137:25, 7138:16, 7139:12, 7140:11, 7145:25,

7146:2, 7153:13, 7157:15, 7158:1, 7159:12, 7167:11, 7169:16, 7205:4, 7205:6, 7218:6
**showed** [8] - 7118:15, 7120:21, 7120:22, 7126:25, 7130:24, 7212:7, 7219:21, 7224:11
**showing** [5] - 7100:19, 7144:7, 7144:9, 7154:6, 7157:15
**shown** [1] - 7139:11
**shows** [4] - 7138:17, 7139:8, 7146:6, 7156:7
**Shushan** [1] - 7098:18
**shut** [3] - 7156:23, 7204:8, 7208:15
**shutdown** [1] - 7156:18
**SHUTLER** [1] - 7093:22
**side** [5] - 7152:11, 7167:24, 7194:17, 7196:22, 7213:2
**signal** [1] - 7168:20
**signals** [2] - 7168:18, 7168:20
**signature** [2] - 7115:2, 7148:6
**signatures** [1] - 7114:20
**significance** [1] - 7222:8
**significant** [3] - 7149:13, 7221:1, 7222:3
**signs** [4] - 7168:12, 7169:11, 7173:7, 7173:17
**similar** [2] - 7098:21, 7189:15
**simple** [5] - 7141:10, 7156:7, 7157:13, 7182:8, 7191:13
**simplest** [1] - 7128:19
**simply** [3] - 7154:16, 7173:12, 7194:10
**simultaneous** [2] - 7182:22, 7213:19
**since** [11] - 7139:19, 7164:25, 7168:24, 7186:4, 7192:10, 7211:9, 7212:9, 7220:19, 7225:2,

7225:13, 7225:17
**SINCLAIR** [2] - 7094:8, 7200:16
**single** [1] - 7210:1
**sir** [89] - 7138:19, 7141:18, 7142:9, 7165:8, 7165:18, 7166:14, 7167:5, 7168:10, 7169:5, 7170:5, 7170:19, 7171:21, 7172:11, 7172:15, 7173:6, 7173:18, 7174:7, 7174:17, 7175:2, 7176:2, 7176:8, 7181:4, 7184:2, 7185:21, 7187:22, 7188:23, 7192:19, 7198:7, 7200:12, 7201:3, 7201:14, 7201:25, 7202:8, 7202:9, 7203:1, 7203:2, 7203:7, 7203:8, 7204:13, 7204:19, 7204:23, 7205:11, 7205:15, 7205:17, 7205:20, 7205:23, 7206:14, 7207:10, 7207:14, 7208:12, 7209:4, 7209:5, 7209:11, 7209:15, 7209:16, 7209:20, 7209:22, 7209:25, 7210:17, 7210:19, 7210:24, 7210:25, 7211:6, 7213:4, 7213:8, 7213:14, 7215:21, 7216:2, 7216:7, 7217:11, 7217:21, 7218:20, 7219:8, 7219:16, 7219:25, 7220:13, 7220:15, 7220:16, 7220:18, 7221:11, 7221:19, 7221:23, 7222:10, 7222:11, 7222:14, 7222:22, 7222:24, 7223:7, 7223:18
**sit** [2] - 7126:20, 7210:23
**site** [12] - 7120:3, 7136:10, 7186:20, 7190:14, 7191:22, 7196:8, 7199:11, 7211:18, 7211:19, 7216:5, 7216:10
**sits** [3] - 7111:1, 7112:3, 7125:12
**sitting** [4] - 7116:1,

7116:3, 7152:17
**situation** [16] - 7107:12, 7122:16, 7123:20, 7127:14, 7131:19, 7131:23, 7131:24, 7144:25, 7150:23, 7167:22, 7167:23, 7170:8, 7186:12, 7186:13, 7194:22, 7197:14
**situations** [3] - 7107:22, 7130:13, 7140:25
**six** [4] - 7103:11, 7165:20, 7225:13, 7225:14
**sixth** [1] - 7100:10
**slack** [4] - 7136:20, 7137:5, 7147:23, 7147:25
**slice** [1] - 7185:16
**SLIDELL** [1] - 7092:23
**slight** [2] - 7219:12, 7220:23
**slope** [7] - 7159:2, 7159:3, 7159:5, 7159:13, 7159:15
**slopes** [1] - 7158:4
**slow** [1] - 7129:2
**slowing** [1] - 7128:20
**slowly** [1] - 7124:11
**slurry** [4] - 7132:2, 7222:23, 7223:3, 7223:4
**small** [5] - 7111:8, 7126:8, 7147:10, 7153:12, 7153:15
**smaller** [1] - 7108:7
**so-called** [4] - 7176:11, 7177:14, 7177:24, 7209:9
**so..** [1] - 7196:1
**SOBM** [1] - 7212:23
**SOEM** [1] - 7212:22
**sole** [3] - 7216:16, 7216:20
**solution** [3] - 7196:13, 7196:14, 7196:15
**solutions** [1] - 7196:5
**some** [41] - 7108:19, 7117:8, 7123:23, 7124:18, 7125:14, 7127:6, 7133:4, 7136:10, 7141:1, 7141:6, 7141:15, 7142:10, 7143:10,

7146:11, 7146:14,
7150:10, 7161:2,
7163:16, 7164:25,
7168:5, 7168:18,
7168:25, 7170:20,
7191:9, 7195:6,
7196:18, 7199:24,
7203:4, 7203:19,
7203:20, 7203:21,
7209:8, 7210:7,
7210:22, 7215:15,
7218:21, 7223:2,
7223:19, 7225:21
  **somebody** [3] -
7161:16, 7196:4,
7198:16
  **somehow** [1] -
7198:10
  **someone** [4] -
7161:14, 7169:3,
7169:11, 7212:13
  **someplace** [1] -
7192:25
  **something** [21] -
7104:25, 7108:6,
7113:12, 7114:2,
7115:3, 7136:20,
7138:6, 7147:3,
7148:14, 7161:2,
7161:18, 7162:4,
7164:8, 7173:21,
7182:4, 7189:12,
7190:18, 7190:22,
7196:6, 7208:17,
7222:4
  **somewhat** [1] -
7167:11
  **somewhere** [2] -
7152:7, 7184:12
  **sonic** [2] - 7128:13
  **soon** [2] - 7156:11,
7167:24
  **sophisticated** [2] -
7101:12, 7146:15
  **sorry** [12] - 7106:8,
7110:10, 7110:15,
7117:6, 7125:17,
7135:25, 7152:14,
7155:6, 7175:8,
7212:6, 7212:11,
7221:24
  **sort** [3] - 7185:1,
7203:4, 7223:10
  **sound** [1] - 7099:21
  **source** [1] - 7214:1
  **SOUTH** [1] - 7095:18
  **Spacer** [1] - 7212:23
  **spacer** [12] -
7152:23, 7153:21,
7154:8, 7155:9,

7155:14, 7155:17,
7156:13, 7156:16,
7182:16, 7203:4,
7207:12
  **speak** [1] - 7127:18
  **speaks** [2] - 7130:12,
7174:8
  **specific** [3] -
7128:14, 7145:17,
7203:21
  **specifically** [8] -
7103:10, 7108:18,
7133:2, 7147:19,
7173:22, 7175:10,
7209:18, 7213:12
  **specification** [2] -
7109:15, 7109:22
  **specifications** [4] -
7109:7, 7114:11,
7186:25, 7187:6
  **specified** [1] -
7101:12
  **specifies** [2] -
7109:13, 7128:2
  **specs** [1] - 7190:6
  **speed** [10] - 7104:19,
7157:17, 7157:18,
7157:19, 7157:20,
7158:10, 7158:11,
7159:13, 7159:14
  **speeds** [1] - 7159:13
  **spent** [3] - 7157:3,
7165:14, 7206:6
  **Sperry** [11] -
7138:15, 7141:19,
7141:23, 7142:3,
7142:5, 7145:23,
7147:19, 7148:5,
7156:4, 7218:18,
7222:19
  **SPILL** [1] - 7091:5
  **spill** [1] - 7205:22
  **SPIRO** [1] - 7094:2
  **split** [2] - 7141:3,
7144:11
  **spoke** [3] - 7118:6,
7121:18, 7171:18
  **spoken** [1] - 7188:6
  **spots** [2] - 7125:14
  **SQUARE** [1] -
7094:23
  **square** [1] - 7149:14
  **squeeze** [1] - 7105:7
  **stab** [1] - 7185:11
  **stability** [4] -
7182:15, 7183:3,
7183:8, 7183:11
  **stage** [1] - 7166:23
  **staged** [2] - 7120:15,
7143:22

  **stand** [2] - 7165:5,
7179:1
  **standard** [5] -
7193:21, 7195:15,
7197:1, 7197:3,
7206:16
  **standardized** [3] -
7098:20, 7098:21
  **standards** [2] -
7178:16, 7197:7
  **standpoint** [6] -
7145:2, 7161:12,
7176:17, 7180:6,
7180:7, 7223:3
  **start** [10] - 7111:6,
7125:16, 7136:11,
7136:21, 7145:1,
7167:6, 7168:23,
7169:6, 7181:17
  **started** [6] - 7113:23,
7113:25, 7154:2,
7154:9, 7156:3,
7179:4
  **starting** [3] -
7117:21, 7121:9,
7155:2
  **starts** [2] - 7122:17,
7138:22
  **STATE** [3] - 7094:6,
7094:11, 7094:13
  **State** [2] - 7099:23,
7099:24
  **state** [6] - 7116:21,
7116:23, 7172:12,
7196:20, 7197:8,
7204:15
  **stated** [7] - 7142:8,
7167:2, 7170:21,
7188:2, 7199:22,
7207:2, 7216:12
  **statement** [5] -
7151:5, 7172:3,
7179:14, 7183:12,
7189:15
  **statements** [1] -
7172:7
  **STATES** [4] - 7091:1,
7091:15, 7091:23,
7093:10
  **States** [9] - 7098:9,
7098:12, 7098:13,
7098:16, 7184:3,
7184:7, 7184:13,
7187:11, 7226:11
  **states** [1] - 7142:10
  **States'** [1] - 7195:18
  **static** [5] - 7109:19,
7112:4, 7117:3,
7126:20, 7153:15
  **STATION** [1] -

7094:4
  **stays** [4] - 7116:11,
7116:14, 7116:18
  **steady** [1] - 7158:5
  **STENOGRAPHY** [1]
- 7096:25
  **STEPHEN** [1] -
7092:6
  **STERBCOW** [2] -
7092:11, 7092:11
  **STERNBERG** [1] -
7096:15
  **Steve** [1] - 7098:17
  **STEVEN** [2] -
7093:15, 7095:14
  **still** [11] - 7108:16,
7119:5, 7124:17,
7129:2, 7153:20,
7166:15, 7172:14,
7178:10, 7178:18,
7188:19, 7215:4
  **STONE** [1] - 7096:2
  **stop** [11] - 7107:5,
7107:13, 7107:18,
7107:19, 7111:6,
7144:17, 7145:1,
7173:11, 7173:20,
7173:25, 7191:7
  **stopped** [2] -
7111:16, 7173:14,
7173:16, 7208:17,
7217:20
  **storage** [1] - 7215:15
  **story** [2] - 7105:6,
7222:2
  **straight** [4] -
7104:23, 7157:16,
7158:9
  **STRANGE** [1] -
7094:7
  **strange** [1] - 7216:4
  **stranger** [1] -
7181:16
  **STREET** [19] -
7092:4, 7092:9,
7092:12, 7092:15,
7092:17, 7092:22,
7093:2, 7093:7,
7094:14, 7094:18,
7094:23, 7095:12,
7095:15, 7095:21,
7096:3, 7096:7,
7096:13, 7096:19,
7096:22
  **strength** [2] -
7145:6, 7145:9
  **stress** [2] - 7118:1,
7141:14
  **stresses** [2] -
7141:7, 7147:12

  **strike** [2] - 7148:12,
7216:20
  **string** [9] - 7108:11,
7110:18, 7125:10,
7135:20, 7143:7,
7171:23, 7172:8,
7182:21
  **strip** [1] - 7153:12
  **strongly** [1] -
7139:13
  **struggling** [1] -
7158:20
  **stuck** [1] - 7105:7
  **students** [4] -
7152:9, 7162:22,
7185:1, 7185:4
  **study** [1] - 7145:17
  **stuff** [2] - 7148:16,
7203:9
  **subject** [3] - 7099:8,
7178:24, 7174:14
  **submits** [1] -
7203:23
  **subsequent** [1] -
7200:2
  **substantially** [2] -
7156:19, 7203:1
  **subsurface** [1] -
7201:12
  **subtle** [1] - 7159:8
  **succeed** [1] -
7172:23
  **successful** [2] -
7151:10, 7151:12
  **successfully** [3] -
7108:16, 7133:19,
7150:12
  **such** [6] - 7123:3,
7172:20, 7176:7,
7176:22, 7199:16,
7208:24
  **sudden** [1] - 7143:1
  **sufficient** [4] -
7194:15, 7195:10,
7195:16, 7195:21
  **suggested** [2] -
7171:4, 7224:15
  **suggestion** [1] -
7212:18
  **SUITE** [12] - 7092:4,
7092:12, 7092:15,
7092:20, 7094:24,
7095:12, 7095:15,
7095:24, 7096:7,
7096:13, 7096:15,
7096:19
  **Sullivan** [1] - 7098:8
  **SULLIVAN** [3] -
7093:21, 7098:8,
7098:15

# T

**summer** [1] - 7165:18

**Sun** [2] - 7218:18, 7222:19

**Sunday** [1] - 7213:6

**supervision** [1] - 7166:6

**supervisor** [2] - 7120:3, 7165:19

**supervisors** [2] - 7136:10, 7177:8

**support** [3] - 7100:14, 7117:3, 7200:3

**supports** [1] - 7145:25

**supposed** [6] - 7108:22, 7109:13, 7121:6, 7130:5, 7170:16, 7197:21

**sure** [28] - 7103:5, 7104:7, 7107:6, 7108:4, 7119:5, 7120:1, 7120:4, 7121:17, 7124:3, 7125:15, 7133:11, 7161:10, 7164:10, 7167:12, 7181:25, 7182:3, 7188:19, 7190:20, 7190:22, 7190:23, 7192:24, 7195:25, 7196:1, 7196:3, 7212:1, 7212:3, 7212:16, 7218:6

**surface** [12] - 7113:24, 7124:24, 7124:25, 7140:19, 7140:24, 7150:14, 7153:21, 7154:8, 7155:9, 7155:14, 7155:16, 7156:13

**surprise** [1] - 7122:11

**surprised** [1] - 7123:3

**suspend** [1] - 7170:8

**suspended** [1] - 7170:22

**sustain** [2] - 7142:17, 7148:21

**SUTHERLAND** [1] - 7095:13

**SWACO** [1] - 7218:8

**Swiss** [1] - 7185:12

**system** [2] - 7098:20, 7151:6

**T** [3] - 7092:9, 7095:5, 7098:3

**tack** [1] - 7191:18

**take** [24] - 7099:9, 7119:15, 7125:20, 7132:23, 7133:15, 7133:16, 7141:11, 7152:5, 7152:7, 7152:22, 7171:2, 7172:6, 7181:11, 7181:15, 7187:14, 7187:19, 7187:20, 7191:12, 7198:14, 7198:15, 7199:24, 7205:24, 7218:5, 7223:22

**TAKEN** [2] - 7163:1, 7224:1

**taken** [5] - 7099:21, 7166:17, 7170:23, 7173:8, 7191:19

**takes** [2] - 7122:17, 7221:15

**taking** [1] - 7149:17

**talk** [22] - 7106:3, 7108:18, 7108:20, 7115:17, 7131:5, 7131:18, 7133:1, 7144:20, 7150:15, 7159:20, 7164:24, 7165:13, 7174:3, 7181:25, 7182:6, 7183:16, 7199:1, 7199:3, 7202:6, 7213:18, 7221:12

**talked** [8] - 7099:6, 7103:14, 7122:12, 7132:5, 7132:17, 7202:5, 7209:8, 7220:18

**talking** [9] - 7148:17, 7158:25, 7159:1, 7159:6, 7172:21, 7172:22, 7174:6, 7185:15, 7200:10

**talks** [1] - 7128:17

**tally** [1] - 7135:20

**TANNER** [1] - 7096:18

**task** [1] - 7151:5

**taught** [2] - 7222:16, 7222:17

**teaching** [1] - 7166:12

**team** [1] - 7208:20

**technical** [3] - 7106:11, 7127:17,

7130:17

**technically** [1] - 7177:20

**technique** [2] - 7129:23, 7130:15

**technology** [1] - 7101:19

**tell** [15] - 7109:12, 7115:9, 7119:23, 7125:1, 7130:17, 7135:9, 7136:1, 7136:5, 7140:5, 7141:3, 7158:23, 7161:1, 7204:12, 7220:24, 7224:19

**tells** [2] - 7118:2, 7143:10

**temperature** [4] - 7166:9, 7166:20, 7167:3, 7167:23

**temporarily** [1] - 7180:8

**temporary** [6] - 7175:6, 7180:5, 7180:13, 7182:20, 7202:7, 7202:11

**ten** [7] - 7181:14, 7182:13, 7182:23, 7182:24, 7182:25, 7223:22, 7223:23

**ten-minute** [1] - 7223:22

**tender** [2] - 7102:9, 7162:12

**Tenneco** [1] - 7165:16

**tension** [1] - 7104:24

**term** [8] - 7163:17, 7163:20, 7178:14, 7178:18, 7178:25, 7194:23, 7210:10, 7216:16

**terms** [6] - 7104:17, 7128:14, 7137:13, 7147:6, 7161:13, 7174:11

**test** [56] - 7150:24, 7150:25, 7151:2, 7151:4, 7151:7, 7151:9, 7151:10, 7151:12, 7151:14, 7151:17, 7151:21, 7152:23, 7153:20, 7154:24, 7173:25, 7174:1, 7175:24, 7176:4, 7176:7, 7177:23, 7178:6, 7178:22, 7179:3, 7179:12, 7179:22, 7181:8, 7182:15,

7183:3, 7183:8, 7193:12, 7193:18, 7195:9, 7195:10, 7195:22, 7199:19, 7199:20, 7200:9, 7200:10, 7200:11, 7203:23, 7204:2, 7204:3, 7204:6, 7204:9, 7204:17, 7206:2, 7206:3, 7206:7, 7206:11, 7207:3, 7207:20, 7208:5, 7209:15, 7218:4, 7222:15

**tested** [1] - 7175:14

**testified** [12] - 7108:6, 7112:5, 7189:10, 7200:25, 7204:24, 7215:18, 7216:24, 7217:13, 7219:12, 7219:14, 7221:16, 7221:20

**testify** [4] - 7145:20, 7146:4, 7146:21, 7211:5

**testimonies** [1] - 7220:22

**testimony** [38] - 7098:7, 7103:1, 7123:11, 7123:23, 7127:15, 7160:9, 7164:18, 7171:3, 7185:23, 7186:10, 7189:8, 7189:14, 7196:2, 7198:8, 7201:2, 7203:18, 7209:8, 7210:22, 7212:5, 7212:7, 7213:17, 7215:10, 7215:20, 7215:22, 7216:22, 7217:4, 7217:6, 7218:11, 7218:14, 7219:6, 7220:6, 7220:9, 7220:18, 7220:19, 7220:20, 7221:18, 7221:23, 7222:7

**testing** [11] - 7117:8, 7117:14, 7118:1, 7141:16, 7151:8, 7194:14, 7200:2, 7200:6, 7207:17, 7222:25, 7223:6

**tests** [1] - 7203:19

**Texas** [1] - 7166:12

**than** [18] - 7105:7, 7118:4, 7122:9, 7123:11, 7124:12, 7131:24, 7132:15, 7132:20, 7137:16,

7149:14, 7167:24, 7183:10, 7186:2, 7191:19, 7193:20, 7194:18, 7198:17

**Thank** [1] - 7099:1

**thank** [28] - 7098:15, 7099:16, 7101:23, 7102:18, 7102:22, 7103:6, 7128:15, 7134:12, 7134:14, 7139:25, 7142:18, 7162:13, 7163:4, 7163:13, 7164:16, 7164:20, 7165:8, 7184:2, 7186:6, 7191:15, 7191:16, 7194:13, 7195:6, 7200:13, 7200:14, 7200:18, 7223:24, 7224:18

**thanks** [1] - 7144:4

**that** [977] - 7098:10, 7099:6, 7099:7, 7099:9, 7099:12, 7099:20, 7099:23, 7100:14, 7100:19, 7101:1, 7101:6, 7101:11, 7102:9, 7102:11, 7103:12, 7103:17, 7103:19, 7103:21, 7103:25, 7104:1, 7104:2, 7104:8, 7104:15, 7104:17, 7104:18, 7104:19, 7104:22, 7105:1, 7105:9, 7105:14, 7105:15, 7105:22, 7105:25, 7106:9, 7106:16, 7106:17, 7106:23, 7107:4, 7107:5, 7107:6, 7107:15, 7107:17, 7107:18, 7108:1, 7108:4, 7108:8, 7108:10, 7108:12, 7108:13, 7108:21, 7109:4, 7109:10, 7109:16, 7109:17, 7109:18, 7110:4, 7110:9, 7110:19, 7110:22, 7110:24, 7110:25, 7111:1, 7111:9, 7111:10, 7111:12, 7112:5, 7112:10, 7112:11, 7112:20, 7112:24, 7113:6, 7113:11, 7113:25, 7114:1, 7114:6, 7114:12, 7114:15, 7115:2, 7115:3,

| | | | | |
|---|---|---|---|---|
| 7115:6, 7115:7, | 7137:22, 7138:4, | 7153:11, 7153:12, | 7173:23, 7173:24, | 7191:22, 7191:24, |
| 7115:12, 7115:14, | 7138:5, 7138:6, | 7154:1, 7154:6, | 7174:5, 7174:10, | 7192:1, 7192:5, |
| 7115:15, 7115:18, | 7138:7, 7138:12, | 7154:7, 7154:14, | 7174:13, 7174:18, | 7192:6, 7192:7, |
| 7116:3, 7116:5, | 7138:16, 7138:17, | 7154:15, 7154:21, | 7174:21, 7175:1, | 7192:9, 7192:10, |
| 7116:6, 7116:7, | 7138:22, 7139:7, | 7154:23, 7155:1, | 7175:2, 7175:4, | 7192:11, 7192:13, |
| 7116:12, 7116:20, | 7139:9, 7139:11, | 7155:2, 7155:3, | 7175:20, 7175:21, | 7192:14, 7192:17, |
| 7116:23, 7117:3, | 7139:12, 7139:13, | 7155:14, 7155:16, | 7175:24, 7175:25, | 7192:23, 7192:24, |
| 7117:4, 7117:9, | 7140:2, 7140:16, | 7155:18, 7155:25, | 7176:3, 7176:4, | 7193:1, 7193:14, |
| 7117:14, 7118:2, | 7140:18, 7140:20, | 7156:1, 7156:2, | 7176:5, 7176:6, | 7193:17, 7193:21, |
| 7118:6, 7118:8, | 7140:22, 7140:23, | 7156:7, 7156:8, | 7176:8, 7176:9, | 7193:24, 7194:4, |
| 7118:15, 7119:7, | 7140:25, 7141:1, | 7156:15, 7156:18, | 7176:15, 7176:22, | 7194:13, 7194:14, |
| 7119:17, 7119:18, | 7141:2, 7141:4, | 7156:21, 7156:23, | 7176:23, 7177:12, | 7194:16, 7194:21, |
| 7119:19, 7119:20, | 7141:5, 7141:9, | 7157:1, 7157:12, | 7177:16, 7177:18, | 7194:23, 7195:8, |
| 7119:23, 7120:3, | 7141:12, 7141:16, | 7157:15, 7158:3, | 7177:20, 7177:21, | 7195:11, 7195:13, |
| 7120:7, 7120:17, | 7141:20, 7141:23, | 7158:13, 7158:15, | 7178:1, 7178:5, | 7195:14, 7195:18, |
| 7120:20, 7120:21, | 7142:1, 7142:2, | 7158:17, 7158:18, | 7178:7, 7178:8, | 7195:20, 7195:21, |
| 7121:2, 7121:3, | 7142:4, 7142:6, | 7158:22, 7159:3, | 7178:9, 7178:10, | 7195:22, 7195:25, |
| 7121:4, 7121:22, | 7142:7, 7142:10, | 7159:5, 7159:7, | 7178:12, 7178:21, | 7196:1, 7196:4, |
| 7121:25, 7122:3, | 7142:12, 7142:13, | 7159:12, 7159:21, | 7178:22, 7179:5, | 7196:11, 7196:13, |
| 7122:11, 7122:12, | 7142:21, 7142:22, | 7159:22, 7159:25, | 7179:18, 7179:24, | 7196:17, 7196:23, |
| 7122:13, 7122:15, | 7142:23, 7142:25, | 7160:3, 7160:8, | 7180:1, 7180:2, | 7197:1, 7197:7, |
| 7122:16, 7122:22, | 7143:2, 7143:3, | 7160:10, 7160:20, | 7180:7, 7180:10, | 7197:9, 7197:12, |
| 7122:24, 7123:1, | 7143:4, 7143:6, | 7162:5, 7162:12, | 7180:12, 7180:18, | 7197:14, 7197:15, |
| 7123:2, 7123:4, | 7143:8, 7143:9, | 7162:16, 7163:23, | 7180:21, 7181:2, | 7197:17, 7197:20, |
| 7123:8, 7123:24, | 7143:10, 7143:11, | 7163:25, 7164:7, | 7181:6, 7181:9, | 7198:1, 7198:4, |
| 7124:4, 7124:6, | 7143:15, 7143:18, | 7164:8, 7164:9, | 7181:10, 7181:11, | 7198:7, 7198:9, |
| 7124:7, 7124:9, | 7143:24, 7143:25, | 7164:11, 7164:14, | 7181:19, 7181:21, | 7198:11, 7198:14, |
| 7124:13, 7124:16, | 7144:10, 7144:17, | 7165:15, 7165:17, | 7181:22, 7181:24, | 7198:15, 7198:20, |
| 7124:17, 7124:19, | 7144:24, 7144:25, | 7165:18, 7166:8, | 7181:25, 7182:11, | 7199:6, 7199:9, |
| 7124:20, 7124:25, | 7145:6, 7145:14, | 7166:14, 7166:18, | 7183:2, 7183:4, | 7199:11, 7199:15, |
| 7125:2, 7125:9, | 7145:15, 7145:16, | 7167:3, 7167:5, | 7183:10, 7183:12, | 7199:16, 7199:21, |
| 7125:12, 7125:15, | 7145:19, 7145:20, | 7167:8, 7167:16, | 7183:14, 7183:22, | 7199:23, 7200:2, |
| 7125:24, 7126:12, | 7145:21, 7145:25, | 7167:17, 7167:19, | 7183:25, 7184:11, | 7200:3, 7200:7, |
| 7126:14, 7126:21, | 7146:1, 7146:2, | 7167:22, 7167:23, | 7184:12, 7185:15, | 7200:8, 7201:1, |
| 7126:25, 7127:7, | 7146:7, 7146:10, | 7168:9, 7168:11, | 7185:16, 7186:13, | 7201:4, 7201:7, |
| 7127:8, 7127:9, | 7146:12, 7146:14, | 7168:13, 7168:15, | 7186:15, 7186:17, | 7201:8, 7201:9, |
| 7127:15, 7127:18, | 7146:15, 7146:16, | 7168:17, 7168:18, | 7186:24, 7187:1, | 7201:14, 7201:19, |
| 7128:2, 7128:15, | 7146:17, 7146:23, | 7168:20, 7168:24, | 7187:4, 7187:7, | 7201:23, 7201:24, |
| 7128:18, 7129:3, | 7146:25, 7147:2, | 7168:25, 7169:3, | 7187:8, 7187:9, | 7202:3, 7202:5, |
| 7129:4, 7129:10, | 7147:6, 7147:7, | 7169:5, 7169:9, | 7187:10, 7187:11, | 7202:8, 7202:10, |
| 7129:14, 7129:17, | 7147:13, 7147:14, | 7169:14, 7169:19, | 7187:12, 7187:13, | 7202:17, 7202:18, |
| 7129:18, 7129:19, | 7147:17, 7147:21, | 7170:3, 7170:6, | 7187:15, 7187:22, | 7202:19, 7202:21, |
| 7130:3, 7130:4, | 7147:23, 7147:25, | 7170:7, 7170:9, | 7188:1, 7188:2, | 7202:22, 7203:16, |
| 7130:6, 7130:11, | 7148:3, 7148:6, | 7170:10, 7170:17, | 7188:6, 7188:7, | 7203:19, 7203:22, |
| 7130:24, 7131:19, | 7148:14, 7148:19, | 7170:18, 7170:19, | 7188:9, 7188:10, | 7204:1, 7204:2, |
| 7131:20, 7131:25, | 7148:21, 7148:25, | 7170:24, 7170:25, | 7188:11, 7188:12, | 7204:5, 7204:8, |
| 7132:5, 7132:20, | 7149:3, 7149:7, | 7171:1, 7171:7, | 7188:13, 7188:18, | 7204:10, 7204:12, |
| 7132:22, 7132:24, | 7149:12, 7149:15, | 7171:8, 7171:22, | 7188:20, 7189:1, | 7204:21, 7204:22, |
| 7132:25, 7133:5, | 7149:16, 7149:17, | 7171:24, 7171:25, | 7189:3, 7189:5, | 7204:24, 7205:1, |
| 7133:8, 7133:12, | 7149:20, 7149:24, | 7172:1, 7172:3, | 7189:7, 7189:10, | 7205:5, 7205:13, |
| 7133:14, 7133:16, | 7149:25, 7150:6, | 7172:4, 7172:5, | 7189:11, 7189:12, | 7205:14, 7205:18, |
| 7133:17, 7133:21, | 7150:7, 7150:10, | 7172:8, 7172:9, | 7189:13, 7189:14, | 7205:23, 7205:24, |
| 7133:24, 7133:25, | 7150:13, 7150:18, | 7172:11, 7172:12, | 7189:16, 7189:17, | 7206:2, 7206:4, |
| 7134:3, 7134:5, | 7150:20, 7151:5, | 7172:14, 7172:18, | 7189:18, 7189:19, | 7206:5, 7206:8, |
| 7134:6, 7134:7, | 7151:8, 7151:10, | 7172:19, 7172:21, | 7189:20, 7189:23, | 7206:10, 7206:13, |
| 7134:9, 7134:15, | 7151:11, 7151:12, | 7172:24, 7173:1, | 7190:4, 7190:8, | 7206:15, 7206:23, |
| 7134:19, 7134:22, | 7151:13, 7151:19, | 7173:3, 7173:6, | 7190:9, 7190:10, | 7206:24, 7207:2, |
| 7135:13, 7136:2, | 7151:20, 7151:24, | 7173:7, 7173:9, | 7190:13, 7190:23, | 7207:4, 7207:11, |
| 7136:3, 7136:9, | 7151:25, 7152:2, | 7173:10, 7173:13, | 7190:25, 7191:2, | 7207:13, 7207:15, |
| 7136:10, 7136:12, | 7152:6, 7152:11, | 7173:15, 7173:18, | 7191:6, 7191:8, | 7207:17, 7207:20, |
| 7137:12, 7137:20, | 7152:24, 7153:8, | 7173:19, 7173:20, | 7191:10, 7191:11, | 7207:21, 7207:22, |

7207:24, 7208:2,
7208:6, 7208:8,
7208:9, 7208:11,
7208:14, 7208:16,
7208:19, 7208:21,
7208:22, 7208:23,
7208:24, 7209:1,
7209:3, 7209:6,
7209:7, 7209:10,
7209:13, 7209:14,
7209:17, 7209:19,
7209:21, 7209:22,
7210:1, 7210:3,
7210:4, 7210:5,
7210:6, 7210:10,
7210:12, 7210:14,
7210:15, 7210:24,
7211:2, 7211:5,
7211:7, 7211:13,
7211:16, 7211:17,
7211:23, 7212:5,
7212:6, 7212:7,
7212:10, 7212:12,
7212:14, 7212:15,
7213:3, 7213:5,
7213:15, 7213:18,
7213:19, 7213:22,
7213:24, 7214:5,
7214:6, 7214:7,
7214:10, 7214:17,
7215:6, 7215:7,
7215:11, 7215:13,
7215:14, 7215:15,
7215:16, 7215:17,
7215:25, 7216:1,
7216:4, 7216:5,
7216:6, 7216:12,
7216:15, 7216:16,
7216:18, 7216:20,
7216:22, 7216:24,
7216:25, 7217:1,
7217:2, 7217:6,
7217:7, 7217:13,
7217:14, 7217:15,
7217:16, 7217:17,
7217:18, 7217:19,
7217:22, 7218:2,
7218:5, 7218:7,
7218:8, 7218:12,
7218:13, 7218:18,
7218:21, 7218:22,
7218:23, 7219:2,
7219:6, 7219:8,
7219:11, 7219:12,
7219:13, 7219:14,
7219:15, 7219:16,
7219:20, 7219:21,
7219:24, 7220:1,
7220:6, 7220:18,
7220:22, 7220:23,
7220:25, 7221:1,

7221:3, 7221:4,
7221:6, 7221:8,
7221:10, 7221:15,
7221:17, 7221:20,
7221:22, 7221:25,
7222:2, 7222:3,
7222:4, 7222:6,
7222:7, 7222:18,
7222:20, 7223:9,
7223:10, 7223:11,
7223:12, 7224:6,
7224:12, 7224:15,
7224:21, 7225:5,
7225:11, 7225:24,
7226:12
   **that'll** [1] - 7107:14
   **that's** [94] - 7100:23,
7109:25, 7110:24,
7113:18, 7113:20,
7116:16, 7122:6,
7122:15, 7122:23,
7123:2, 7123:3,
7123:8, 7123:17,
7124:21, 7124:25,
7125:6, 7126:2,
7126:9, 7136:23,
7137:24, 7144:1,
7146:5, 7146:18,
7149:9, 7153:16,
7155:15, 7157:2,
7157:10, 7158:10,
7158:13, 7158:14,
7158:21, 7160:1,
7161:11, 7161:12,
7162:5, 7162:9,
7163:20, 7166:22,
7167:20, 7168:14,
7169:7, 7169:10,
7169:12, 7169:13,
7169:22, 7170:13,
7170:15, 7171:3,
7171:6, 7171:20,
7175:5, 7178:15,
7179:9, 7179:14,
7179:17, 7180:24,
7184:7, 7184:9,
7185:6, 7185:16,
7186:12, 7187:2,
7188:6, 7188:22,
7190:16, 7192:15,
7192:19, 7193:1,
7194:7, 7195:5,
7196:15, 7198:18,
7198:24, 7200:12,
7201:10, 7201:12,
7203:7, 7204:18,
7205:16, 7206:17,
7208:7, 7209:24,
7211:6, 7213:23,
7214:1, 7214:8,
7215:8, 7218:1,

7218:4, 7222:6,
7224:16, 7225:19
   **THE** [141] - 7091:5,
7091:5, 7091:12,
7091:22, 7092:3,
7093:10, 7094:6,
7094:11, 7094:12,
7098:6, 7098:12,
7098:24, 7099:9,
7099:16, 7099:18,
7100:3, 7100:7,
7101:2, 7102:2,
7102:7, 7102:10,
7102:17, 7102:20,
7102:23, 7103:5,
7131:16, 7133:23,
7134:2, 7134:3,
7134:5, 7134:12,
7134:13, 7134:14,
7134:16, 7137:22,
7138:18, 7138:20,
7138:25, 7139:2,
7139:18, 7140:5,
7140:7, 7140:9,
7140:10, 7140:11,
7140:12, 7140:14,
7140:15, 7141:4,
7141:5, 7141:15,
7141:18, 7142:8,
7142:9, 7142:17,
7144:3, 7144:7,
7145:12, 7145:13,
7146:4, 7146:7,
7146:19, 7146:23,
7148:16, 7148:21,
7152:6, 7152:16,
7153:17, 7155:8,
7158:23, 7158:24,
7158:25, 7159:1,
7159:6, 7159:9,
7159:9, 7159:11,
7159:16, 7159:18,
7161:2, 7161:4,
7161:8, 7161:18,
7162:11, 7162:14,
7162:18, 7162:21,
7162:25, 7163:3,
7163:5, 7163:10,
7163:20, 7163:24,
7164:3, 7164:6,
7164:13, 7164:17,
7164:25, 7174:17,
7174:18, 7176:14,
7176:18, 7176:19,
7176:20, 7184:3,
7184:10, 7184:17,
7186:3, 7189:25,
7190:1, 7190:18,
7190:21, 7191:3,
7191:9, 7191:11,
7191:15, 7198:23,

7199:1, 7199:6,
7200:14, 7200:15,
7200:17, 7200:20,
7209:23, 7211:11,
7211:18, 7223:15,
7223:19, 7223:22,
7223:25, 7224:3,
7224:8, 7224:18,
7224:23, 7225:2,
7225:6, 7225:12,
7225:17, 7226:1,
7226:3, 7226:4
   **their** [16] - 7130:24,
7131:25, 7170:8,
7171:14, 7171:17,
7185:11, 7185:13,
7192:8, 7192:9,
7193:1, 7196:2,
7201:21, 7202:1,
7202:3, 7208:6,
7209:3
   **there's** [37] - 7102:2,
7108:11, 7108:12,
7118:6, 7122:14,
7123:10, 7129:6,
7131:5, 7136:2,
7136:3, 7138:9,
7138:23, 7147:8,
7147:24, 7149:11,
7152:2, 7153:8,
7153:12, 7157:13,
7157:15, 7158:3,
7160:8, 7160:9,
7164:10, 7178:10,
7182:7, 7184:4,
7184:12, 7185:2,
7188:18, 7191:13,
7198:23, 7207:25,
7218:11, 7219:6
   **thereafter** [2] -
7174:3, 7179:4
   **these** [32] - 7098:20,
7098:22, 7101:11,
7110:21, 7111:15,
7111:17, 7111:20,
7111:25, 7116:5,
7120:9, 7120:10,
7121:13, 7122:9,
7128:7, 7132:17,
7132:20, 7133:14,
7133:24, 7141:17,
7145:18, 7150:16,
7158:4, 7172:16,
7173:6, 7173:16,
7182:14, 7182:23,
7182:25, 7183:12,
7183:22, 7183:23
   **they're** [7] - 7105:16,
7110:4, 7162:7,
7178:11, 7181:16,

7198:17
   **they've** [1] - 7185:2
   **thick** [3] - 7126:15,
7126:17, 7126:18
   **thickening** [1] -
7126:14
   **thing** [12] - 7113:5,
7128:4, 7153:10,
7153:14, 7163:4,
7163:18, 7171:4,
7175:13, 7196:9,
7206:17, 7215:5,
7216:18
   **things** [17] -
7107:14, 7125:24,
7126:1, 7126:18,
7132:17, 7132:20,
7142:21, 7144:25,
7157:5, 7169:14,
7171:4, 7172:24,
7182:25, 7196:18,
7200:7, 7215:4
   **think** [116] - 7099:7,
7102:8, 7105:14,
7105:22, 7105:25,
7107:14, 7108:1,
7108:19, 7108:23,
7110:19, 7112:16,
7115:7, 7115:9,
7115:11, 7115:12,
7115:14, 7121:2,
7121:4, 7122:24,
7123:1, 7123:8,
7129:24, 7131:4,
7131:12, 7131:13,
7133:2, 7133:8,
7136:7, 7138:7,
7138:10, 7138:20,
7139:11, 7140:2,
7142:5, 7144:1,
7144:23, 7148:16,
7150:18, 7151:12,
7151:24, 7152:2,
7152:11, 7153:11,
7155:20, 7158:8,
7161:11, 7161:15,
7162:6, 7163:17,
7163:18, 7163:21,
7163:22, 7163:25,
7164:6, 7169:5,
7172:15, 7173:9,
7174:20, 7176:24,
7177:16, 7177:25,
7178:10, 7178:14,
7180:16, 7180:18,
7183:2, 7184:4,
7185:10, 7185:7,
7185:24, 7186:10,
7190:22, 7192:15,
7193:6, 7193:11,

7193:16, 7194:7,
7195:7, 7196:13,
7196:18, 7197:6,
7197:20, 7198:3,
7198:19, 7199:1,
7199:22, 7204:24,
7205:5, 7206:13,
7207:1, 7207:22,
7209:8, 7209:12,
7210:6, 7214:3,
7214:6, 7215:10,
7215:15, 7216:15,
7220:16, 7220:25,
7222:18, 7223:20,
7224:25, 7225:7,
7225:8, 7225:18
  **thinking** [2] -
7120:15, 7225:2
  **thinks** [2] - 7139:14,
7146:22
  **thins** [1] - 7125:21
  **third** [6] - 7143:6,
7152:10, 7152:17,
7182:15, 7210:20,
7220:25
  **THIRD** [1] - 7094:14
  **thirty** [1] - 7137:10
  **THIS** [1] - 7091:11
  **this** [257] - 7099:7,
7099:13, 7099:25,
7100:9, 7100:13,
7100:22, 7100:23,
7101:5, 7101:7,
7101:16, 7102:12,
7102:14, 7103:17,
7103:25, 7104:1,
7104:5, 7104:11,
7104:19, 7105:1,
7105:11, 7105:14,
7105:16, 7105:21,
7106:23, 7107:3,
7107:12, 7107:16,
7108:6, 7108:8,
7108:9, 7108:19,
7109:4, 7109:7,
7109:12, 7110:12,
7110:19, 7110:20,
7110:23, 7111:4,
7112:11, 7112:18,
7112:19, 7113:5,
7113:17, 7113:18,
7113:19, 7114:15,
7114:22, 7115:5,
7115:14, 7116:1,
7116:2, 7117:14,
7117:18, 7117:25,
7118:2, 7118:6,
7118:16, 7119:19,
7119:20, 7120:17,
7121:16, 7123:11,

7123:15, 7125:24,
7126:6, 7126:17,
7127:14, 7127:22,
7128:17, 7128:23,
7128:25, 7130:12,
7131:2, 7131:5,
7131:9, 7131:12,
7131:19, 7131:24,
7132:11, 7132:19,
7132:22, 7133:4,
7135:5, 7135:7,
7135:10, 7135:22,
7136:15, 7136:17,
7137:11, 7137:13,
7137:15, 7137:18,
7138:1, 7138:4,
7138:12, 7138:14,
7139:12, 7139:13,
7139:18, 7139:19,
7139:21, 7140:6,
7140:13, 7140:15,
7140:17, 7140:24,
7141:8, 7141:9,
7141:12, 7141:16,
7141:24, 7142:1,
7142:8, 7142:15,
7142:20, 7143:5,
7144:7, 7144:21,
7144:22, 7145:10,
7145:12, 7145:18,
7145:22, 7145:24,
7146:16, 7146:17,
7147:1, 7148:19,
7149:4, 7149:9,
7149:10, 7149:18,
7150:7, 7150:16,
7150:23, 7151:4,
7151:5, 7152:20,
7153:2, 7153:7,
7154:6, 7154:12,
7155:5, 7155:8,
7155:9, 7155:10,
7155:20, 7155:21,
7156:13, 7157:1,
7157:11, 7157:23,
7158:21, 7159:1,
7160:5, 7160:6,
7160:9, 7160:11,
7160:14, 7160:17,
7160:19, 7161:2,
7161:11, 7161:13,
7161:18, 7162:2,
7162:4, 7162:22,
7163:24, 7164:25,
7167:6, 7167:10,
7170:23, 7172:23,
7174:14, 7176:15,
7177:13, 7180:2,
7180:24, 7180:25,
7181:6, 7181:14,
7182:13, 7184:10,

7184:15, 7184:16,
7185:21, 7187:21,
7188:3, 7188:25,
7189:4, 7189:11,
7190:19, 7191:18,
7192:1, 7192:15,
7194:22, 7194:24,
7195:7, 7195:9,
7196:9, 7196:18,
7197:8, 7198:22,
7198:23, 7200:8,
7200:24, 7203:1,
7203:3, 7203:4,
7203:13, 7203:14,
7205:10, 7207:9,
7207:11, 7207:22,
7208:8, 7209:17,
7212:18, 7212:19,
7213:7, 7213:19,
7214:18, 7215:21,
7217:13, 7218:11,
7218:18, 7218:19,
7218:21, 7218:25,
7219:12, 7220:11,
7220:14, 7220:23,
7221:15, 7221:16,
7221:17, 7221:21,
7223:5, 7225:7,
7225:14, 7225:15
  **This** [1] - 7207:15
  **THOMAS** [1] -
7092:22
  **THORNHILL** [2] -
7092:21, 7092:22
  **thoroughly** [1] -
7165:13
  **those** [41] - 7098:14,
7098:21, 7098:24,
7101:6, 7101:7,
7101:14, 7101:20,
7101:21, 7102:21,
7103:10, 7109:1,
7110:4, 7116:18,
7118:4, 7118:20,
7121:7, 7122:20,
7125:15, 7125:24,
7126:1, 7126:18,
7134:8, 7135:1,
7142:21, 7145:4,
7163:11, 7166:8,
7166:25, 7168:18,
7172:17, 7177:25,
7182:24, 7183:14,
7186:14, 7186:15,
7187:4, 7187:5,
7199:15, 7214:24,
7215:4, 7216:14
  **though** [6] - 7124:9,
9178:14, 7209:1,
7213:17, 7219:14,

7220:2
  **thought** [10] -
7105:3, 7121:5,
7130:4, 7142:2,
7146:7, 7146:23,
7161:18, 7173:1,
7173:10, 7184:8
  **thoughts** [1] -
7119:24
  **three** [5] - 7126:1,
7152:8, 7165:11,
7167:17, 7218:11
  **through** [49] -
7099:24, 7100:9,
7106:15, 7107:4,
7109:1, 7110:22,
7111:4, 7111:8,
7111:10, 7111:20,
7112:12, 7112:21,
7112:22, 7114:4,
7116:7, 7122:25,
7123:6, 7123:7,
7130:14, 7132:3,
7133:12, 7140:22,
7140:23, 7143:12,
7149:12, 7149:15,
7150:16, 7150:19,
7151:1, 7162:7,
7173:21, 7181:15,
7182:13, 7184:10,
7185:2, 7186:13,
7186:15, 7188:2,
7191:14, 7193:8,
7194:6, 7194:17,
7196:23, 7197:3,
7211:22, 7215:1,
7215:22, 7217:5,
7219:18
  **throughout** [2] -
7163:24, 7215:1
  **thus** [1] - 7172:9
  **time** [70] - 7099:13,
7114:4, 7122:17,
7124:18, 7125:13,
7131:9, 7131:19,
7131:20, 7132:12,
7132:19, 7132:22,
7132:23, 7133:16,
7141:25, 7142:11,
7143:13, 7150:23,
7154:2, 7155:21,
7156:21, 7157:3,
7157:8, 7158:17,
7158:18, 7159:14,
7162:22, 7166:17,
7167:9, 7168:12,
7168:16, 7168:17,
7168:19, 7169:3,
7169:7, 7169:11,
7170:21, 7170:24,

7171:2, 7173:8,
7173:25, 7180:14,
7180:21, 7181:22,
7183:24, 7184:1,
7188:7, 7188:11,
7191:1, 7191:3,
7192:12, 7194:24,
7196:24, 7197:4,
7198:5, 7198:6,
7199:11, 7199:24,
7202:19, 7206:7,
7210:22, 7211:9,
7212:9, 7214:5,
7215:7, 7215:17,
7216:16, 7217:23,
7220:23, 7225:7,
7225:8
  **timeframe** [2] -
7146:9, 7168:24
  **times** [5] - 7107:16,
7121:18, 7143:19,
7167:17, 7192:2
  **TO** [3] - 7091:11,
7102:7, 7178:13
  **TOC** [2] - 7128:12,
7128:19
  **today** [11] - 7135:22,
7156:5, 7157:1,
7173:11, 7195:5,
7196:7, 7199:4,
7199:5, 7209:8,
7210:23, 7225:3
  **together** [4] -
7122:20, 7177:25,
7182:25, 7183:12
  **told** [7] - 7098:18,
7099:4, 7167:16,
7187:25, 7189:18,
7190:9, 7208:22
  **TOLLES** [1] -
7095:16
  **tomorrow** [1] -
7225:25
  **too** [7] - 7167:24,
7168:5, 7181:12,
7190:2, 7196:18,
7205:19, 7215:17
  **took** [2] - 7103:9,
7185:6
  **top** [20] - 7111:2,
7111:3, 7128:11,
7128:18, 7128:22,
7128:24, 7129:21,
7129:22, 7129:24,
7130:7, 7130:13,
7130:14, 7130:18,
7130:20, 7130:23,
7130:25, 7132:1,
7134:10, 7137:2,
7137:5

**topic** [2] - 7125:24,
7181:9
**torque** [1] - 7135:19
**TORTS** [2] - 7093:11,
7093:20
**total** [1] - 7224:20
**totally** [2] - 7176:24,
7209:7
**touch** [1] - 7169:13
**toward** [1] - 7168:6
**towards** [2] - 7154:3,
7157:19
**TOWER** [2] -
7095:21, 7096:12
**town** [1] - 7121:17
**track** [21] - 7111:25,
7115:3, 7115:15,
7116:24, 7123:9,
7140:23, 7141:2,
7142:11, 7143:14,
7144:10, 7144:13,
7149:5, 7149:11,
7150:19, 7150:21,
7150:22, 7214:9,
7215:2, 7215:12,
7215:13
**tracking** [1] -
7215:16
**trade** [1] - 7102:21
**trades** [1] - 7102:23
**tragic** [1] - 7205:21
**trained** [2] - 7211:14,
7213:25
**trainee** [4] - 7211:13,
7211:14, 7211:18,
7211:20
**transcribed** [3] -
7120:9, 7121:13,
7121:15
**TRANSCRIPT** [2] -
7091:21, 7096:25
**transcript** [1] -
7226:12
**transfers** [1] -
7168:25
**translate** [1] -
7147:11
**TRANSOCEAN** [3] -
7095:8, 7095:8,
7095:10
**Transocean** [27] -
7100:4, 7101:9,
7101:25, 7117:8,
7163:6, 7164:3,
7176:9, 7177:15,
7177:23, 7178:1,
7178:15, 7200:20,
7200:24, 7204:21,
7205:1, 7206:3,
7206:11, 7208:3,

7208:22, 7209:14,
7209:18, 7210:1,
7210:9, 7218:3,
7224:4, 7224:11,
7224:12
**Transocean's** [3] -
7163:7, 7163:10,
7205:18
**trap** [1] - 7111:24
**trapped** [2] - 7112:4,
7193:23
**traverses** [1] -
7149:2
**TREX-08140.71.5.U
.S** [1] - 7187:16
**TREX-126** [1] -
7172:20
**TREX-1517** [1] -
7103:21
**TREX-184** [1] -
7127:20
**TREX-22257** [1] -
7117:11
**TREX-22571** [1] -
7165:10
**TREX-2582** [1] -
7109:2
**TREX-2584** [1] -
7118:18
**TREX-3188** [1] -
7121:9
**TREX-4457** [1] -
7119:11
**TREX-4515** [1] -
7135:4
**TREX-6121** [1] -
7106:7
**TREX-620** [1] -
7218:16
**TREX-7** [1] - 7120:5
**TREX-795** [1] -
7172:22
**TREX-8038** [1] -
7112:14
**TREX-8140** [1] -
7180:25
**TREX-8140.102.3.
TO** [1] - 7207:7
**TREX-8140.103** [1] -
7179:7
**TREX-8140.17.1** [1] -
7205:8
**TREX-8140.50** [1] -
7174:3
**TREX-8140.68.1.U.
S** [1] - 7185:19
**TREX-8149** [1] -
7160:2
**trial** [26] - 7098:18,
7099:22, 7100:9,

7100:13, 7100:22,
7139:18, 7139:20,
7163:24, 7165:3,
7180:25, 7184:11,
7215:21, 7215:22,
7216:22, 7216:24,
7217:4, 7218:11,
7219:14, 7220:9,
7220:18, 7220:19,
7221:17, 7221:20,
7221:23, 7225:19,
7226:2
**TRIAL** [1] - 7091:21
**tries** [2] - 7112:1,
7146:14
**trip** [8] - 7107:24,
7108:4, 7124:7,
7124:15, 7125:2
**tripped** [2] - 7106:14,
7106:15
**TRITON** [1] - 7091:13
**true** [43] - 7166:23,
7166:24, 7166:25,
7167:1, 7170:1,
7170:2, 7170:4,
7170:18, 7170:19,
7171:9, 7171:10,
7171:12, 7172:18,
7172:19, 7175:4,
7175:5, 7175:6,
7175:7, 7175:9,
7175:11, 7175:12,
7175:15, 7175:16,
7175:18, 7175:19,
7175:22, 7175:23,
7177:12, 7179:19,
7201:4, 7201:8,
7201:9, 7201:13,
7202:3, 7202:17,
7202:18, 7209:19,
7210:14, 7215:6,
7216:1, 7216:6,
7218:7, 7226:12
**trust** [1] - 7099:21
**try** [10] - 7129:21,
7129:22, 7143:6,
7173:3, 7188:14,
7193:13, 7193:17,
7195:22, 7213:17,
7223:22
**trying** [19] - 7104:19,
7111:22, 7118:25,
7123:25, 7126:11,
7138:20, 7147:9,
7162:7, 7162:22,
7167:24, 7169:10,
7180:19, 7182:6,
7182:9, 7215:2,
7215:3, 7215:16,
7224:15, 7224:23

**tube** [42] - 7110:19,
7110:20, 7110:23,
7110:24, 7110:25,
7111:1, 7111:4,
7111:9, 7111:10,
7111:13, 7112:25,
7113:5, 7113:6,
7115:12, 7115:13,
7116:1, 7116:3,
7116:6, 7116:7,
7116:9, 7116:10,
7116:11, 7116:14,
7116:18, 7117:9,
7117:10, 7117:23,
7118:3, 7186:15,
7186:19, 7188:3,
7189:19, 7190:9,
7191:20, 7191:21,
7192:17, 7193:4,
7193:8
**Tulane** [4] - 7152:9,
7162:22, 7185:1,
7185:4
**turn** [6] - 7106:2,
7115:21, 7117:17,
7127:12, 7149:3,
7156:11
**turning** [2] -
7112:16, 7113:16
**twice** [1] - 7180:24
**two** [23] - 7101:24,
7107:14, 7111:8,
7111:18, 7117:17,
7117:24, 7118:20,
7122:20, 7124:21,
7125:24, 7128:7,
7129:14, 7130:12,
7134:8, 7144:25,
7157:13, 7175:14,
7186:21, 7190:14,
7217:5, 7219:18,
7220:22, 7225:1
**two-way** [1] -
7111:18
**TX** [7] - 7093:5,
7095:15, 7095:24,
7096:4, 7096:13,
7096:16, 7096:20
**tying** [1] - 7108:6
**type** [11] - 7101:12,
7107:17, 7128:23,
7129:8, 7141:1,
7142:10, 7143:10,
7145:10, 7150:10,
7150:20, 7190:24
**typical** [1] - 7193:21
**typically** [1] -
7167:25

**U**

**U.S** [5] - 7093:10,
7093:14, 7093:19,
7094:1, 7184:5
**U.S.A** [1] - 7165:24
**ultimate** [1] - 7192:2
**ultimately** [2] -
7113:16, 7202:16
**ultrasonic** [2] -
7128:13, 7128:14
**unachievable** [1] -
7180:10
**uncemented** [1] -
7149:6
**uncertainty** [1] -
7110:3
**unclear** [1] - 7193:16
**uncommon** [1] -
7207:11
**unconverted** [4] -
7107:2, 7112:6,
7116:21, 7116:23
**under** [8] - 7100:17,
7134:23, 7135:2,
7135:12, 7138:14,
7143:2, 7201:7
**underbalance** [2] -
7180:2, 7180:13
**underbalanced** [12] -
7154:7, 7154:19,
7154:21, 7154:24,
7155:1, 7156:14,
7156:17, 7156:19,
7180:4, 7203:1,
7217:14, 7217:23
**undergo** [1] -
7133:15
**undergraduate** [1] -
7165:11
**Underhill** [2] -
7097:11, 7184:17
**UNDERHILL** [20] -
7093:11, 7184:6,
7184:19, 7184:22,
7185:18, 7185:20,
7186:1, 7186:6,
7186:7, 7187:14,
7187:17, 7190:2,
7190:3, 7190:20,
7191:16, 7191:17,
7198:20, 7198:25,
7199:7, 7200:12
**understand** [15] -
7099:23, 7104:16,
7128:23, 7131:5,
7146:2, 7156:6,
7175:2, 7177:17,
7181:24, 7190:22,

7206:2, 7206:4, 7208:14, 7221:5

**understanding** [12] - 7115:18, 7118:1, 7120:25, 7134:3, 7139:21, 7143:13, 7168:11, 7176:15, 7180:12, 7192:8, 7206:10, 7226:13

**understands** [1] - 7110:9

**understood** [5] - 7105:25, 7133:25, 7148:18, 7184:8, 7185:23

**undisturbed** [1] - 7186:12

**unexplained** [1] - 7140:15

**uniformity** [1] - 7125:25

**unique** [2] - 7152:3, 7208:13

**UNITED** [4] - 7091:1, 7091:15, 7091:23, 7093:10

**United** [10] - 7098:9, 7098:12, 7098:13, 7098:16, 7184:3, 7184:7, 7184:13, 7187:11, 7195:18, 7226:10

**unknown** [1] - 7142:7

**unless** [5] - 7102:10, 7104:25, 7187:3, 7188:17, 7188:24

**unorthodox** [3] - 7202:16, 7202:22, 7203:3

**unpack** [1] - 7144:17

**unquote** [3] - 7201:12, 7217:1, 7222:20

**unreasonably** [2] - 7169:19, 7171:14

**unrestricted** [5] - 7116:6, 7140:23, 7143:5, 7149:8, 7150:14

**unsafe** [2] - 7171:8, 7174:20

**unstable** [2] - 7171:8, 7171:12

**unsuitable** [1] - 7171:8

**until** [4] - 7106:21, 7107:24, 7131:9, 7155:21

**unusual** [2] - 7216:3,

7222:4

**up** [138] - 7099:9, 7099:21, 7103:22, 7104:8, 7104:21, 7105:18, 7106:7, 7106:9, 7107:13, 7107:17, 7107:20, 7109:2, 7109:10, 7110:10, 7110:22, 7110:24, 7111:4, 7111:16, 7112:14, 7112:22, 7113:4, 7113:6, 7113:14, 7113:17, 7114:2, 7114:20, 7114:21, 7117:11, 7117:18, 7118:18, 7118:19, 7119:11, 7119:21, 7120:4, 7120:5, 7120:7, 7120:15, 7121:17, 7122:13, 7122:23, 7123:12, 7123:15, 7123:18, 7123:21, 7123:23, 7123:25, 7125:4, 7127:20, 7128:7, 7129:4, 7129:19, 7131:9, 7132:9, 7132:12, 7133:7, 7135:4, 7135:5, 7135:24, 7135:25, 7136:15, 7139:9, 7140:12, 7140:19, 7140:20, 7140:22, 7142:7, 7142:20, 7143:13, 7143:14, 7143:15, 7143:16, 7144:6, 7147:4, 7149:3, 7149:6, 7152:4, 7152:22, 7155:5, 7155:6, 7156:23, 7159:6, 7160:3, 7162:17, 7168:9, 7169:17, 7178:7, 7179:7, 7180:22, 7181:14, 7182:21, 7185:18, 7187:3, 7187:15, 7188:1, 7188:17, 7188:24, 7189:21, 7190:10, 7192:2, 7193:23, 7194:1, 7194:2, 7194:3, 7194:11, 7194:12, 7194:17, 7196:23, 7197:9, 7197:13, 7197:17, 7197:20, 7197:22, 7197:23, 7198:16, 7204:12, 7204:14, 7205:8, 7206:3, 7206:6,

7207:5, 7207:7, 7211:21, 7212:3, 7212:16, 7214:17, 7215:17, 7215:22, 7218:16, 7218:24, 7219:17, 7221:13

**upgrade** [1] - 7101:18

**upon** [1] - 7178:3

**upper** [7] - 7143:7, 7143:8, 7150:11, 7157:14, 7159:10, 7159:12, 7202:23

**uppermost** [1] - 7201:17

**ups** [2] - 7111:17, 7125:24

**upward** [2] - 7159:3, 7159:5

**us** [6] - 7098:18, 7146:6, 7152:10, 7153:5, 7163:21, 7167:16

**use** [13] - 7109:1, 7110:15, 7113:18, 7146:6, 7150:15, 7152:1, 7153:5, 7169:24, 7178:14, 7181:22, 7203:3, 7203:14, 7207:11

**used** [19] - 7098:10, 7109:5, 7113:18, 7128:13, 7163:7, 7163:20, 7178:1, 7179:14, 7180:24, 7181:7, 7190:25, 7191:23, 7193:12, 7194:23, 7203:9, 7207:16, 7212:2, 7216:15

**useless** [1] - 7116:12

**uses** [2] - 7145:8, 7224:12

**using** [15] - 7098:21, 7110:4, 7110:12, 7112:11, 7172:1, 7172:7, 7178:25, 7181:1, 7181:18, 7181:19, 7182:14, 7182:16, 7182:21, 7210:2, 7210:10

**usually** [1] - 7102:23

---

**V**

**V** [1] - 7091:15
**VA** [1] - 7092:15
**valid** [1] - 7194:15
**validity** [2] - 7195:11,

7195:22

**values** [1] - 7118:4

**valve** [6] - 7112:3, 7116:15, 7133:17, 7133:18, 7190:25, 7196:15

**valves** [10] - 7110:21, 7111:15, 7111:18, 7111:20, 7111:25, 7116:14, 7116:19, 7195:12, 7195:23

**varies** [1] - 7110:1

**varieties** [1] - 7109:18

**various** [1] - 7177:8

**vast** [1] - 7155:22

**veering** [1] - 7148:16

**VERBATIM** [1] - 7212:22

**version** [1] - 7181:6

**versus** [4] - 7120:23, 7122:7, 7157:24, 7173:12

**very** [39] - 7098:24, 7099:9, 7102:18, 7102:22, 7108:1, 7110:23, 7111:8, 7124:11, 7129:9, 7132:22, 7132:23, 7133:8, 7139:6, 7140:16, 7140:17, 7141:10, 7142:6, 7145:3, 7145:16, 7147:10, 7150:13, 7155:21, 7159:8, 7170:12, 7171:3, 7172:25, 7181:7, 7184:11, 7185:22, 7194:10, 7194:13, 7197:12, 7199:23, 7200:1, 7200:13, 7202:7, 7212:12

**vessel** [1] - 7164:4

**VHG3@aol.com** [1] - 7119:14

**viable** [1] - 7177:20

**vice** [2] - 7165:24, 7166:3

**vice-president** [2] - 7165:24, 7166:3

**Vidrine** [7] - 7208:10, 7208:14, 7208:21, 7209:1, 7210:7, 7210:15, 7210:25

**view** [6] - 7101:3, 7146:10, 7146:11, 7199:11, 7199:15, 7202:16

**violations** [1] -

7171:18

**VIRGINIA** [1] - 7092:15

**virtually** [2] - 7147:2, 7149:15

**visible** [1] - 7168:12

**volume** [5] - 7156:6, 7157:7, 7157:25, 7168:9, 7186:24

**volumes** [9] - 7123:13, 7126:25, 7157:8, 7214:7, 7214:11, 7215:2, 7215:12, 7215:13, 7215:16

**VON** [1] - 7096:15

---

**W**

**W** [2] - 7093:2, 7096:5

**wait** [6] - 7138:25, 7167:17, 7167:25, 7168:2, 7197:4, 7197:12

**waited** [1] - 7197:20

**waiting** [4] - 7182:15, 7183:3, 7183:7, 7198:4

**walk** [2] - 7109:1, 7151:1

**WALKER** [1] - 7092:14

**WALTER** [1] - 7092:17

**WALTHER** [1] - 7096:2

**want** [40] - 7124:20, 7125:8, 7125:9, 7125:14, 7125:19, 7125:20, 7136:12, 7136:19, 7146:1, 7153:13, 7154:10, 7155:5, 7162:16, 7163:17, 7164:11, 7164:24, 7165:3, 7167:7, 7169:2, 7169:13, 7169:15, 7172:3, 7174:8, 7178:9, 7181:5, 7190:21, 7192:5, 7193:12, 7194:22, 7197:12, 7198:10, 7198:14, 7199:3, 7199:10, 7203:20, 7205:6, 7205:8, 7214:8, 7224:7

**wanted** [7] - 7137:25, 7145:20, 7160:21, 7164:10,

7169:13, 7190:19, 7224:5

**wants** [4] - 7139:9, 7139:14, 7198:16, 7199:1

**warning** [2] - 7173:17, 7188:4

**warnings** [2] - 7173:7, 7173:19

**WAS** [2] - 7163:1, 7224:1

**WASHINGTON** [4] - 7093:18, 7093:23, 7094:4, 7095:3

**wasn't** [10] - 7119:17, 7121:17, 7197:16, 7197:18, 7209:6, 7212:10, 7221:3, 7224:14, 7224:16

**watched** [1] - 7168:5

**water** [3] - 7166:8, 7166:9, 7222:12

**way** [39] - 7100:15, 7105:4, 7108:22, 7108:23, 7111:2, 7111:18, 7111:19, 7114:4, 7114:23, 7114:25, 7116:15, 7122:18, 7124:23, 7126:16, 7126:17, 7128:19, 7128:25, 7130:7, 7139:20, 7142:20, 7143:11, 7147:4, 7153:9, 7155:1, 7168:4, 7168:5, 7173:16, 7182:13, 7186:20, 7195:11, 7196:4, 7198:20, 7206:1, 7210:10, 7221:6, 7222:19, 7223:9

**ways** [1] - 7166:25

**we** [149] - 7098:7, 7098:10, 7098:18, 7098:19, 7099:4, 7099:6, 7099:7, 7099:19, 7099:20, 7100:1, 7100:2, 7100:4, 7102:5, 7102:20, 7103:1, 7103:9, 7103:14, 7103:15, 7104:17, 7104:19, 7106:7, 7109:1, 7109:2, 7109:10, 7112:11, 7112:14, 7115:21, 7117:11, 7117:17, 7118:18, 7118:19, 7119:5, 7119:16,

7120:5, 7120:7, 7121:9, 7121:16, 7123:8, 7123:9, 7127:13, 7127:20, 7129:21, 7132:5, 7132:17, 7132:25, 7134:5, 7134:6, 7136:14, 7138:1, 7138:10, 7139:15, 7141:1, 7142:15, 7146:11, 7146:12, 7146:19, 7147:2, 7147:13, 7148:13, 7148:16, 7148:18, 7150:15, 7150:17, 7150:23, 7151:1, 7151:2, 7152:4, 7152:7, 7152:8, 7152:12, 7153:11, 7156:14, 7158:7, 7158:13, 7159:4, 7160:3, 7161:15, 7162:6, 7162:15, 7162:23, 7163:18, 7163:25, 7164:6, 7164:11, 7164:18, 7164:25, 7165:3, 7168:19, 7171:18, 7172:21, 7172:23, 7173:8, 7173:10, 7179:14, 7181:11, 7181:14, 7181:18, 7181:25, 7182:6, 7183:7, 7183:16, 7184:8, 7184:10, 7185:4, 7188:19, 7188:20, 7189:1, 7191:5, 7193:6, 7196:4, 7196:6, 7196:8, 7197:15, 7197:17, 7200:18, 7207:19, 7207:22, 7209:1, 7209:3, 7209:4, 7209:22, 7211:21, 7211:22, 7212:20, 7212:21, 7213:1, 7220:11, 7220:12, 7221:13, 7225:13, 7225:17, 7225:24, 7226:1

**we'll** [3] - 7105:6, 7139:23, 7156:11

**we're** [17] - 7109:18, 7121:23, 7136:2, 7146:9, 7150:15, 7152:6, 7152:20, 7152:22, 7153:16, 7159:1, 7161:13, 7182:8, 7184:19, 7185:24, 7187:18,

7196:7, 7225:2

**we've** [9] - 7123:23, 7163:6, 7181:6, 7185:12, 7185:25, 7186:3, 7186:4, 7198:22, 7214:20

**Weatherford** [11] - 7109:4, 7109:12, 7114:11, 7118:22, 7120:7, 7120:12, 7120:13, 7121:18, 7187:25, 7188:10, 7190:6

**Weatherford's** [3] - 7110:20, 7186:25, 7187:6

**Wednesday** [2] - 7091:9, 7121:14

**WEDNESDAY** [1] - 7098:2

**week** [6] - 7098:18, 7099:6, 7100:10, 7189:8, 7189:14, 7225:15

**weeks** [1] - 7202:13

**weight** [9] - 7126:8, 7129:15, 7136:1, 7136:12, 7136:20, 7136:24, 7137:11, 7141:11, 7154:14

**weighted** [1] - 7156:16

**welcome** [4] - 7099:17, 7165:2, 7185:4, 7198:17

**well** [245] - 7098:24, 7099:3, 7099:9, 7103:10, 7105:18, 7106:2, 7106:13, 7106:18, 7106:22, 7107:2, 7107:3, 7107:12, 7108:2, 7108:5, 7108:10, 7108:12, 7108:13, 7108:14, 7108:17, 7108:24, 7109:15, 7110:14, 7110:18, 7111:24, 7112:19, 7112:20, 7113:3, 7113:4, 7113:9, 7113:22, 7114:1, 7114:6, 7114:9, 7114:20, 7114:21, 7115:7, 7115:11, 7116:13, 7117:5, 7118:13, 7118:14, 7118:20, 7121:7, 7122:11, 7122:14, 7122:19, 7123:8, 7124:2, 7124:3,

7124:4, 7124:7, 7124:16, 7124:18, 7125:5, 7125:9, 7125:11, 7125:12, 7125:18, 7126:5, 7126:13, 7126:19, 7127:3, 7127:12, 7128:12, 7129:6, 7130:23, 7131:11, 7131:24, 7133:18, 7135:10, 7135:12, 7136:22, 7136:23, 7138:14, 7138:15, 7140:16, 7141:14, 7143:7, 7144:25, 7145:3, 7145:15, 7146:17, 7147:2, 7147:5, 7147:8, 7147:9, 7147:15, 7147:23, 7150:9, 7150:22, 7151:6, 7151:18, 7151:23, 7152:24, 7153:23, 7154:1, 7154:7, 7154:9, 7154:15, 7154:16, 7154:19, 7154:24, 7155:2, 7155:16, 7155:21, 7155:23, 7156:1, 7156:3, 7156:8, 7156:9, 7156:13, 7156:17, 7156:19, 7157:6, 7157:14, 7157:21, 7157:22, 7158:12, 7158:15, 7158:18, 7159:4, 7160:6, 7160:7, 7161:22, 7163:19, 7163:21, 7165:14, 7165:25, 7167:18, 7167:21, 7167:22, 7167:23, 7168:8, 7168:12, 7168:17, 7168:20, 7169:2, 7169:4, 7169:19, 7169:23, 7170:4, 7170:23, 7171:11, 7171:14, 7171:17, 7172:16, 7173:1, 7173:2, 7173:3, 7173:4, 7173:9, 7173:20, 7173:22, 7174:20, 7175:4, 7175:21, 7175:25, 7176:14, 7177:1, 7179:4, 7179:5, 7180:2, 7180:3, 7180:8, 7180:13, 7180:15, 7180:17, 7180:20, 7181:23, 7182:18, 7183:1,

7183:13, 7183:19, 7185:3, 7186:20, 7190:14, 7191:5, 7191:11, 7191:22, 7192:25, 7193:21, 7193:22, 7194:11, 7195:9, 7195:25, 7196:8, 7197:4, 7197:23, 7199:11, 7200:2, 7200:7, 7201:5, 7201:8, 7201:20, 7202:24, 7203:1, 7203:10, 7204:8, 7204:12, 7204:13, 7205:14, 7206:18, 7206:20, 7207:6, 7207:17, 7208:15, 7211:18, 7211:19, 7213:21, 7214:3, 7214:4, 7214:7, 7214:15, 7214:20, 7214:22, 7214:24, 7215:6, 7215:7, 7215:9, 7215:10, 7215:14, 7215:15, 7215:25, 7216:5, 7216:10, 7217:14, 7217:19, 7217:22, 7220:25, 7223:3, 7223:11, 7225:10, 7225:12

**wellbore** [34] - 7111:14, 7112:7, 7112:22, 7121:4, 7123:2, 7124:8, 7124:9, 7124:10, 7124:14, 7124:24, 7125:16, 7125:19, 7129:5, 7129:14, 7136:8, 7143:5, 7143:18, 7149:4, 7149:8, 7152:22, 7152:24, 7154:2, 7154:17, 7154:18, 7156:21, 7158:16, 7169:25, 7171:8, 7174:22, 7194:25, 7195:15, 7200:4, 7214:8

**wellbores** [1] - 7124:10

**wellhead** [1] - 7105:8

**wells** [4] - 7166:8, 7166:10, 7166:21, 7167:3

**went** [16] - 7112:12, 7114:23, 7121:19, 7141:18, 7142:3, 7142:5, 7147:3, 7159:3, 7173:10,

7184:10, 7206:2, 7209:2, 7221:21, 7222:1

**WERE** [1] - 7226:4

**weren't** [4] - 7113:10, 7168:19, 7214:25, 7223:5

**what's** [6] - 7116:24, 7121:22, 7192:16, 7205:22, 7216:15, 7224:19

**whatever** [3] - 7199:9, 7203:23, 7222:2

**whatsoever** [2] - 7181:8, 7203:14

**wherein** [1] - 7167:8

**WHEREUPON** [3] - 7163:1, 7224:1, 7226:4

**whether** [40] - 7101:14, 7101:17, 7127:16, 7131:6, 7131:20, 7132:6, 7139:22, 7141:2, 7144:12, 7146:10, 7161:13, 7169:8, 7174:22, 7174:24, 7186:21, 7190:24, 7193:13, 7195:16, 7198:11, 7198:12, 7198:14, 7199:8, 7199:10, 7199:16, 7199:21, 7199:24, 7203:14, 7204:2, 7204:6, 7204:20, 7210:9, 7210:21, 7212:1, 7212:7, 7215:3, 7224:10, 7225:2, 7225:3

**which** [41] - 7100:9, 7100:23, 7101:19, 7101:25, 7103:15, 7107:15, 7107:22, 7113:4, 7113:11, 7113:25, 7114:25, 7119:3, 7119:15, 7120:22, 7128:1, 7130:13, 7130:14, 7133:17, 7134:23, 7135:2, 7135:12, 7135:16, 7136:18, 7138:15, 7140:16, 7141:13, 7143:4, 7145:23, 7147:12, 7147:22, 7158:13, 7185:3, 7185:19, 7191:1, 7191:3, 7191:19, 7197:21,

7212:13

**while** [11] - 7099:19, 7105:18, 7111:3, 7124:4, 7138:13, 7152:6, 7157:20, 7158:10, 7213:25, 7214:4, 7223:17

**WHITELEY** [1] - 7094:16

**who's** [1] - 7188:10

**whole** [5] - 7151:5, 7158:8, 7163:24, 7183:14, 7215:1

**wide** [2] - 7165:25, 7166:1

**wild** [1] - 7185:11

**will** [27] - 7104:24, 7105:6, 7107:18, 7123:20, 7128:2, 7129:2, 7146:4, 7146:21, 7148:8, 7149:12, 7152:8, 7162:12, 7162:20, 7162:23, 7165:3, 7173:7, 7174:24, 7185:3, 7195:5, 7196:4, 7201:10, 7212:24, 7213:17, 7225:15, 7225:25, 7226:1

**WILLIAMS** [2] - 7092:19, 7092:19

**WILLIAMSON** [2] - 7093:4, 7093:4

**willingly** [1] - 7162:20

**WINFIELD** [1] - 7094:8

**wiper** [2] - 7194:19, 7196:21

**with** [153] - 7098:10, 7099:5, 7099:24, 7100:8, 7100:16, 7100:22, 7101:2, 7101:5, 7102:13, 7103:3, 7103:18, 7105:1, 7105:12, 7106:23, 7107:16, 7109:16, 7110:20, 7110:21, 7110:23, 7112:16, 7112:18, 7113:1, 7113:11, 7114:5, 7116:2, 7117:21, 7119:19, 7120:18, 7121:5, 7121:15, 7122:21, 7125:10, 7125:22, 7127:14, 7128:22, 7129:17, 7129:22, 7130:11, 7131:2,

7131:9, 7131:23, 7133:4, 7133:8, 7133:19, 7135:7, 7136:13, 7138:22, 7140:2, 7140:16, 7140:20, 7141:20, 7143:4, 7145:18, 7147:15, 7148:18, 7149:6, 7149:18, 7149:25, 7150:7, 7150:9, 7150:12, 7150:14, 7151:13, 7151:24, 7152:1, 7152:20, 7154:15, 7155:8, 7156:4, 7156:13, 7158:1, 7158:10, 7158:14, 7158:20, 7161:1, 7162:12, 7163:11, 7164:13, 7164:15, 7165:16, 7166:23, 7167:2, 7167:5, 7167:24, 7168:9, 7171:5, 7171:24, 7173:15, 7175:1, 7175:25, 7176:2, 7176:8, 7179:25, 7180:4, 7180:8, 7180:9, 7180:14, 7180:19, 7180:20, 7180:21, 7181:17, 7181:21, 7184:16, 7185:11, 7187:21, 7187:25, 7188:10, 7191:7, 7192:7, 7192:16, 7193:8, 7193:9, 7194:4, 7195:25, 7196:2, 7197:11, 7197:15, 7198:8, 7199:18, 7200:3, 7201:23, 7202:1, 7202:4, 7202:10, 7202:21, 7203:22, 7204:1, 7204:16, 7206:6, 7207:19, 7207:24, 7208:2, 7208:3, 7209:3, 7209:18, 7212:4, 7213:5, 7213:20, 7215:17, 7216:22, 7218:13, 7218:19, 7220:7, 7220:18, 7224:9, 7225:19, 7225:21, 7225:24

**withdraw** [1] - 7162:9

**withholding** [1] - 7201:16

**within** [2] - 7199:18, 7199:19

**without** [13] - 7098:14, 7098:24, 7108:2, 7114:1, 7114:5, 7115:13, 7117:7, 7148:5, 7151:19, 7153:9, 7181:1, 7182:1, 7188:3

**WITNESS** [30] - 7097:3, 7104:3, 7134:2, 7134:5, 7134:13, 7140:7, 7140:10, 7140:12, 7140:15, 7141:5, 7141:18, 7142:9, 7144:3, 7144:7, 7145:13, 7155:8, 7158:24, 7159:1, 7159:8, 7159:11, 7161:4, 7174:18, 7176:18, 7176:20, 7190:1, 7191:3, 7191:11, 7198:23, 7200:14, 7209:23

**witness** [7] - 7146:10, 7162:12, 7165:5, 7184:11, 7223:13, 7224:9, 7225:15

**witnesses** [1] - 7184:12

**WITTMANN** [2] - 7096:2, 7096:2

**won't** [5] - 7151:2, 7174:2, 7188:24, 7194:2, 7196:2

**wondering** [1] - 7157:3

**word** [7] - 7136:3, 7145:8, 7179:15, 7207:18, 7216:20, 7218:5, 7224:12

**words** [7] - 7137:15, 7171:12, 7190:17, 7192:1, 7201:10, 7204:24, 7205:1

**work** [9] - 7126:5, 7137:18, 7161:14, 7161:23, 7168:21, 7194:14, 7196:6, 7225:24

**worked** [4] - 7140:7, 7140:8, 7201:4, 7222:9

**working** [7] - 7107:6, 7107:7, 7191:13, 7191:14, 7196:9, 7196:11, 7215:3

**world** [2] - 7165:14, 7166:19

**worse** [1] - 7156:15

**worst** [1] - 7196:11

**would** [149] - 7098:9, 7099:12, 7101:8, 7101:16, 7102:9, 7102:12, 7105:7, 7108:8, 7108:13, 7108:18, 7108:20, 7109:17, 7111:16, 7112:22, 7112:24, 7113:3, 7113:4, 7113:5, 7115:2, 7116:6, 7116:20, 7118:2, 7118:14, 7119:11, 7121:3, 7123:18, 7124:4, 7132:22, 7133:1, 7133:5, 7133:17, 7133:25, 7134:6, 7134:10, 7135:1, 7135:12, 7137:12, 7139:18, 7140:2, 7140:22, 7140:23, 7140:25, 7141:1, 7141:5, 7143:11, 7143:14, 7143:21, 7143:24, 7144:8, 7144:21, 7144:25, 7145:1, 7145:5, 7145:9, 7146:2, 7146:6, 7147:6, 7147:9, 7147:11, 7149:3, 7149:4, 7149:6, 7149:7, 7149:13, 7149:15, 7149:21, 7149:22, 7150:11, 7151:10, 7151:25, 7153:1, 7153:4, 7153:24, 7154:15, 7158:7, 7159:4, 7159:20, 7160:22, 7167:11, 7167:25, 7169:7, 7170:24, 7171:2, 7171:4, 7172:1, 7172:3, 7172:4, 7172:5, 7172:8, 7172:9, 7172:12, 7173:6, 7177:19, 7179:9, 7180:21, 7183:2, 7186:15, 7186:16, 7187:19, 7188:2, 7191:9, 7192:17, 7193:3, 7193:17, 7193:21, 7193:22, 7193:23, 7195:15, 7196:14, 7197:7, 7197:8, 7197:19, 7199:21, 7201:19, 7201:24, 7202:10, 7203:22,

7204:1, 7204:5,
7204:13, 7206:20,
7206:22, 7207:24,
7208:6, 7208:7,
7210:21, 7213:5,
7216:20, 7216:22,
7217:2, 7218:5,
7218:21, 7220:1,
7223:2, 7224:21,
7225:3, 7225:5,
7225:7, 7225:13,
7225:24
  **wouldn't** [2] -
7145:3, 7206:21
  **wrap** [1] - 7142:20
  **WRIGHT** [1] - 7092:3
  **writes** [1] - 7104:22
  **written** [2] - 7099:4,
7175:3
  **wrong** [7] - 7101:15,
7106:8, 7163:23,
7182:4, 7208:3,
7209:6, 7209:7
  **wrote** [10] - 7179:19,
7205:14, 7205:18,
7205:22, 7205:23,
7207:11, 7207:13,
7207:15, 7207:17,
7213:12

## X

  **X** [2] - 7097:1,
7136:11

## Y

  **Yah** [2] - 7119:5,
7188:19
  **yeah** [8] - 7128:19,
7130:3, 7146:23,
7152:2, 7157:13,
7197:10, 7219:9,
7221:4
  **years** [3] - 7165:14,
7165:20, 7165:25
  **Yes** [1] - 7161:9
  **yes** [135] - 7102:8,
7102:20, 7103:13,
7103:20, 7104:21,
7105:10, 7106:6,
7106:19, 7107:10,
7108:25, 7109:9,
7112:13, 7116:22,
7116:25, 7117:2,
7117:16, 7118:5,
7118:17, 7119:2,
7119:10, 7119:22,
7120:11, 7126:3,

7127:2, 7127:4,
7127:19, 7127:24,
7129:7, 7132:5,
7132:8, 7134:16,
7135:8, 7138:19,
7140:10, 7146:23,
7147:19, 7154:23,
7157:2, 7159:18,
7159:25, 7160:25,
7161:5, 7163:5,
7165:8, 7165:18,
7167:15, 7168:10,
7169:21, 7170:5,
7170:19, 7171:21,
7172:15, 7174:7,
7176:2, 7176:8,
7179:20, 7181:4,
7182:24, 7183:15,
7185:10, 7185:14,
7187:2, 7187:23,
7188:8, 7188:16,
7188:23, 7189:6,
7190:7, 7192:19,
7193:15, 7194:9,
7198:7, 7201:3,
7201:14, 7201:25,
7202:9, 7202:15,
7202:21, 7203:2,
7203:6, 7203:11,
7203:25, 7204:4,
7204:7, 7204:13,
7204:19, 7204:23,
7205:11, 7205:15,
7205:17, 7205:20,
7205:23, 7206:14,
7206:17, 7206:22,
7207:10, 7207:14,
7207:21, 7208:2,
7208:12, 7208:16,
7209:5, 7209:7,
7209:11, 7209:20,
7209:24, 7209:25,
7210:17, 7210:19,
7211:6, 7211:16,
7211:19, 7213:4,
7213:11, 7213:14,
7214:23, 7216:2,
7216:7, 7216:23,
7217:11, 7217:18,
7217:21, 7218:10,
7218:15, 7218:20,
7219:5, 7219:13,
7220:8, 7220:13,
7220:16, 7221:19,
7222:22, 7223:18,
7224:21, 7225:16
  **yesterday** [1] -
7163:8
  **yet** [9] - 7102:22,
7119:6, 7142:12,
7143:14, 7154:9,

7184:20, 7186:4,
7188:20, 7217:23
  **YOAKUM** [1] -
7093:5
  **you** [629] - 7098:15,
7099:1, 7099:16,
7101:23, 7102:18,
7102:20, 7102:21,
7102:22, 7102:24,
7103:6, 7103:11,
7103:16, 7103:19,
7104:1, 7104:2,
7104:4, 7104:15,
7104:18, 7105:1,
7105:22, 7106:3,
7106:4, 7106:11,
7107:4, 7107:5,
7107:23, 7108:6,
7108:10, 7108:12,
7108:14, 7108:18,
7108:20, 7108:21,
7108:23, 7109:12,
7109:18, 7109:19,
7110:5, 7110:6,
7110:9, 7110:12,
7110:15, 7111:6,
7111:10, 7112:1,
7112:5, 7112:10,
7112:16, 7112:17,
7113:14, 7113:16,
7114:9, 7115:6,
7115:9, 7115:17,
7115:23, 7116:20,
7117:3, 7117:14,
7117:20, 7117:25,
7118:6, 7118:12,
7118:14, 7118:15,
7119:7, 7119:11,
7119:19, 7119:23,
7119:24, 7120:10,
7120:25, 7121:2,
7121:3, 7121:11,
7121:22, 7122:10,
7122:13, 7122:16,
7122:20, 7122:22,
7123:7, 7123:12,
7123:16, 7123:24,
7124:20, 7124:21,
7125:1, 7125:2,
7125:3, 7125:5,
7125:8, 7125:9,
7125:14, 7125:15,
7125:16, 7125:17,
7125:18, 7125:20,
7125:24, 7126:12,
7126:13, 7126:16,
7126:17, 7126:18,
7126:21, 7126:25,
7127:9, 7127:17,
7127:22, 7127:25,
7128:9, 7128:15,

7128:18, 7128:22,
7128:24, 7129:1,
7129:2, 7129:13,
7130:6, 7130:17,
7131:7, 7131:19,
7132:19, 7133:2,
7133:12, 7133:14,
7133:15, 7133:16,
7133:19, 7133:20,
7133:24, 7133:25,
7134:3, 7134:8,
7134:12, 7134:14,
7134:18, 7134:22,
7135:4, 7135:7,
7135:9, 7135:19,
7136:1, 7136:5,
7136:11, 7137:12,
7137:22, 7138:2,
7138:18, 7139:2,
7139:24, 7139:25,
7140:3, 7140:6,
7140:9, 7141:3,
7141:16, 7142:18,
7142:20, 7142:21,
7142:22, 7142:23,
7143:9, 7143:20,
7144:19, 7144:20,
7144:21, 7144:24,
7145:25, 7146:2,
7146:6, 7146:15,
7146:21, 7146:25,
7147:7, 7147:9,
7147:17, 7147:22,
7147:25, 7148:2,
7148:3, 7149:5,
7149:9, 7149:25,
7150:4, 7150:7,
7150:18, 7151:13,
7151:14, 7151:16,
7151:17, 7151:25,
7152:16, 7152:18,
7152:20, 7153:4,
7153:11, 7153:23,
7153:24, 7154:10,
7154:12, 7155:14,
7155:25, 7156:4,
7156:5, 7156:6,
7156:8, 7156:9,
7156:11, 7156:16,
7156:17, 7157:1,
7157:4, 7157:5,
7157:8, 7157:11,
7158:4, 7158:8,
7158:9, 7158:13,
7158:18, 7158:19,
7158:21, 7158:25,
7159:20, 7159:21,
7160:1, 7160:5,
7160:10, 7160:11,
7160:16, 7160:24,
7161:1, 7161:18,

7161:21, 7161:24,
7162:13, 7162:16,
7162:17, 7163:4,
7163:13, 7163:21,
7163:22, 7164:7,
7164:16, 7164:20,
7164:24, 7165:2,
7165:3, 7165:8,
7165:11, 7165:12,
7165:14, 7165:15,
7165:16, 7165:17,
7165:19, 7165:25,
7166:3, 7166:4,
7166:15, 7167:5,
7167:7, 7167:8,
7167:11, 7167:13,
7167:16, 7168:2,
7168:4, 7168:8,
7168:9, 7168:14,
7168:17, 7168:23,
7169:2, 7169:6,
7169:10, 7169:15,
7169:16, 7170:10,
7170:15, 7170:16,
7170:21, 7171:4,
7171:25, 7172:6,
7172:20, 7172:24,
7173:5, 7173:6,
7173:7, 7173:15,
7173:20, 7173:22,
7174:3, 7174:5,
7174:20, 7175:8,
7176:3, 7176:19,
7177:1, 7177:3,
7177:22, 7178:8,
7178:13, 7178:18,
7179:10, 7179:14,
7179:17, 7179:19,
7180:2, 7181:1,
7181:2, 7181:8,
7181:24, 7182:1,
7182:10, 7182:11,
7182:23, 7182:24,
7182:25, 7183:11,
7184:2, 7185:8,
7185:11, 7185:18,
7185:21, 7186:6,
7186:15, 7186:18,
7187:3, 7187:4,
7187:5, 7187:14,
7187:15, 7187:21,
7187:24, 7188:6,
7188:9, 7188:17,
7188:20, 7188:24,
7189:1, 7189:3,
7189:5, 7189:7,
7189:8, 7189:10,
7189:12, 7189:19,
7189:25, 7190:21,
7190:22, 7190:24,
7191:2, 7191:7,

7191:11, 7191:13, 7191:15, 7191:16, 7192:5, 7192:11, 7193:7, 7193:12, 7193:14, 7193:17, 7193:18, 7193:21, 7194:1, 7194:2, 7194:5, 7194:6, 7194:13, 7194:15, 7194:23, 7195:6, 7195:7, 7195:18, 7195:20, 7196:2, 7196:13, 7197:2, 7197:6, 7197:7, 7197:9, 7197:11, 7197:12, 7197:20, 7198:3, 7198:9, 7198:10, 7198:11, 7198:14, 7198:17, 7198:19, 7198:25, 7199:9, 7199:10, 7199:15, 7199:20, 7200:5, 7200:6, 7200:7, 7200:13, 7200:14, 7200:18, 7200:25, 7201:1, 7201:15, 7201:19, 7201:24, 7202:4, 7202:5, 7202:6, 7202:8, 7202:10, 7202:16, 7203:12, 7203:18, 7203:19, 7203:20, 7203:21, 7203:22, 7204:1, 7204:5, 7204:15, 7204:20, 7204:21, 7204:24, 7205:4, 7205:6, 7205:12, 7205:13, 7205:14, 7205:18, 7205:22, 7205:24, 7206:1, 7206:2, 7206:4, 7206:6, 7206:15, 7206:17, 7206:20, 7206:21, 7206:22, 7207:11, 7207:12, 7207:15, 7207:17, 7207:19, 7207:24, 7207:25, 7208:7, 7208:8, 7208:11, 7208:19, 7208:21, 7208:22, 7208:23, 7209:8, 7209:9, 7209:12, 7209:13, 7209:15, 7209:17, 7209:19, 7210:1, 7210:4, 7210:9, 7210:10, 7210:14, 7210:21, 7210:23, 7210:24, 7211:7, 7211:8, 7212:5,

7212:7, 7212:12, 7212:14, 7213:2, 7213:5, 7213:12, 7213:13, 7213:15, 7213:18, 7213:21, 7213:24, 7214:7, 7214:8, 7214:24, 7215:10, 7215:18, 7215:20, 7216:3, 7216:12, 7216:15, 7216:20, 7216:22, 7216:24, 7217:1, 7217:13, 7217:16, 7218:2, 7218:4, 7218:6, 7218:19, 7219:4, 7219:7, 7219:11, 7219:14, 7219:15, 7219:19, 7219:20, 7219:24, 7220:6, 7220:14, 7220:18, 7221:7, 7221:9, 7221:17, 7221:20, 7221:21, 7221:22, 7222:4, 7222:9, 7222:10, 7222:12, 7222:13, 7222:16, 7222:18, 7222:20, 7222:21, 7222:23, 7223:1, 7223:5, 7223:7, 7223:9, 7223:10, 7223:16, 7223:24, 7224:18, 7224:19, 7225:8, 7225:19, 7225:23, 7225:25
**You** [2] - 7104:17, 7136:10
**you'll** [1] - 7139:6
**you're** [45] - 7099:17, 7107:13, 7111:3, 7114:1, 7123:6, 7124:4, 7124:11, 7125:9, 7129:14, 7130:13, 7130:14, 7130:18, 7130:20, 7141:12, 7141:13, 7147:8, 7150:16, 7152:16, 7158:3, 7159:6, 7159:9, 7162:18, 7166:12, 7167:2, 7167:23, 7173:21, 7176:16, 7178:7, 7181:15, 7182:6, 7182:9, 7194:3, 7194:7, 7197:13, 7198:25, 7200:8, 7200:10, 7212:1, 7214:4, 7217:16, 7218:13, 7221:6, 7222:23, 7222:25

**you've** [11] - 7105:21, 7126:6, 7148:9, 7149:24, 7166:19, 7173:6, 7180:12, 7191:18, 7197:19, 7222:15, 7222:16
**YOUNG** [1] - 7094:3
**your** [244] - 7098:8, 7098:15, 7098:16, 7099:2, 7099:8, 7099:11, 7099:14, 7099:15, 7099:19, 7100:4, 7100:6, 7101:23, 7102:5, 7102:13, 7102:18, 7102:22, 7103:2, 7103:16, 7103:17, 7105:11, 7105:21, 7105:22, 7107:5, 7107:6, 7107:9, 7108:20, 7110:15, 7113:18, 7113:19, 7114:18, 7115:19, 7117:15, 7118:1, 7118:8, 7120:18, 7125:16, 7127:5, 7129:1, 7129:2, 7129:15, 7130:6, 7130:9, 7131:2, 7131:7, 7131:12, 7131:16, 7131:18, 7132:19, 7132:23, 7133:4, 7133:19, 7133:20, 7133:24, 7134:18, 7134:22, 7137:14, 7137:19, 7137:24, 7138:11, 7139:5, 7139:17, 7139:25, 7140:12, 7142:8, 7142:13, 7142:18, 7144:2, 7144:19, 7145:12, 7145:13, 7145:22, 7146:5, 7148:13, 7148:18, 7150:6, 7150:16, 7151:1, 7151:3, 7151:24, 7152:5, 7152:14, 7153:1, 7153:5, 7153:6, 7153:11, 7153:13, 7154:21, 7155:7, 7156:6, 7156:11, 7158:1, 7158:9, 7159:20, 7160:1, 7160:11, 7161:15, 7162:9, 7163:14, 7165:2, 7165:10, 7165:12, 7165:14, 7167:16, 7167:17, 7167:18,

7167:20, 7167:25, 7168:6, 7168:11, 7168:14, 7169:14, 7169:15, 7169:19, 7170:6, 7171:3, 7171:7, 7171:11, 7171:12, 7171:14, 7171:20, 7171:22, 7171:25, 7172:6, 7172:10, 7172:14, 7174:2, 7174:9, 7174:10, 7175:2, 7175:17, 7175:20, 7175:24, 7176:3, 7176:9, 7176:12, 7176:17, 7177:2, 7177:12, 7177:22, 7178:7, 7178:13, 7178:19, 7178:21, 7179:9, 7179:14, 7179:22, 7180:12, 7180:25, 7181:2, 7181:16, 7182:6, 7182:9, 7183:12, 7183:24, 7184:4, 7184:15, 7184:25, 7185:22, 7185:23, 7186:10, 7187:21, 7190:23, 7191:10, 7191:19, 7192:16, 7193:6, 7193:16, 7193:19, 7194:1, 7194:2, 7195:7, 7195:18, 7196:19, 7197:6, 7197:11, 7198:3, 7198:8, 7199:25, 7200:5, 7200:6, 7200:25, 7201:7, 7201:15, 7202:5, 7202:8, 7203:12, 7204:15, 7204:18, 7204:20, 7204:24, 7205:4, 7205:6, 7205:10, 7205:16, 7206:10, 7206:18, 7206:23, 7206:24, 7207:9, 7208:8, 7208:11, 7208:13, 7209:9, 7209:13, 7209:17, 7211:4, 7211:17, 7211:19, 7212:8, 7213:12, 7213:13, 7213:16, 7213:18, 7213:24, 7214:7, 7215:25, 7216:1, 7216:4, 7216:5, 7217:6, 7217:7, 7217:8, 7217:13, 7217:22, 7218:2, 7218:5, 7220:2,

7222:18, 7224:5, 7224:19, 7224:20, 7225:8
**Your** [20] - 7133:3, 7134:15, 7161:5, 7161:9, 7162:15, 7163:4, 7163:13, 7163:15, 7163:16, 7164:9, 7164:10, 7164:16, 7164:20, 7189:23, 7200:18, 7223:14, 7223:24, 7224:4, 7224:21, 7225:16

---

## Z

**zonal** [8] - 7127:18, 7128:2, 7128:3, 7128:12, 7130:11, 7149:19, 7149:22, 7150:10
**Zonal** [1] - 7128:6
**zone** [16] - 7106:15, 7107:5, 7107:9, 7130:22, 7131:1, 7160:9, 7160:21, 7160:22, 7161:6, 7170:25, 7174:4, 7174:5, 7174:12, 7174:19, 7174:20
**zones** [3] - 7144:15, 7150:13, 7174:21

---

"

---

**"MIKE"** [1] - 7095:2