UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| | * | |
| **No. 10-1768 & 10-2454** | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |

## ORDER

IT IS ORDERED that Transocean Offshore Deepwater Drilling Inc.'s Motion for Leave to Answer the Amended Complaint (Rec. Doc. 12696) is hereby GRANTED. The clerk is instructed to file Transocean's answer (Exhibit A to Motion) into the record.

Signed in New Orleans, Louisiana, this 28th day of April, 2014.

_____
United States District Judge