1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              MONDAY, APRIL 8, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*
14
     CASE NO. 2:10-CV-4536,
15   *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*
16   *INC., ET AL*

17   ****************************************************************

18

19

20            **DAY 23  MORNING SESSION**

21        TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22     HEARD BEFORE THE HONORABLE CARL J. BARBIER

23            UNITED STATES DISTRICT JUDGE

24

25

               **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES:

 2


 3    FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                             BY:  JAMES P. ROY, ESQ.
 4                           556 JEFFERSON STREET, SUITE 500
                             POST OFFICE BOX 3668
 5                           LAFAYETTE, LA  70502

 6


 7                           HERMAN HERMAN & KATZ
                             BY:  STEPHEN J. HERMAN, ESQ.
 8                           820 O'KEEFE AVENUE
                             NEW ORLEANS, LA  70113
 9


10                           CUNNINGHAM BOUNDS
11                           BY:  ROBERT T. CUNNINGHAM, ESQ.
                             1601 DAUPHIN STREET
12                           MOBILE, AL  36604

13


14                           LEWIS, KULLMAN, STERBCOW & ABRAMSON
                             BY:  PAUL M. STERBCOW, ESQ.
15                           PAN AMERICAN LIFE BUILDING
                             601 POYDRAS STREET, SUITE 2615
16                           NEW ORLEANS, LA  70130

17


18                           BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQ.
19                           600 22ND STREET, SUITE 402
                             VIRGINIA BEACH, VA  23451
20


21                           LEGER & SHAW
22                           BY:  WALTER J. LEGER, JR., ESQ.
                             600 CARONDELET STREET, 9TH FLOOR
23                           NEW ORLEANS, LA  70130

24


25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              WILLIAMS LAW GROUP
                               BY:  CONRAD S. P. WILLIAMS, ESQ.
4                              435 CORPORATE DRIVE, SUITE 101
                               HOUMA, LA  70360
5

6
                               THORNHILL LAW FIRM
7                              BY:  THOMAS THORNHILL, ESQ.
                               1308 NINTH STREET
8                              SLIDELL, LA  70458

9

10                             DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                               BY:  JOHN W. DEGRAVELLES, ESQ.
11                             618 MAIN STREET
                               BATON ROUGE, LA 70801
12

13
                               WILLIAMSON & RUSNAK
14                             BY:  JIMMY WILLIAMSON, ESQ.
                               4310 YOAKUM BOULEVARD
15                             HOUSTON, TX  77006

16

17                             IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQ.
18                             2216 MAGAZINE STREET
                               NEW ORLEANS, LA  70130
19

20

21   FOR THE UNITED STATES
     OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
22                            TORTS BRANCH, CIVIL DIVISION
                              BY:  R. MICHAEL UNDERHILL, ESQ.
23                            450 GOLDEN GATE AVENUE
                              7TH FLOOR, ROOM 5395
24                            SAN FRANCISCO, CA  94102

25

                            **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              U.S. DEPARTMENT OF JUSTICE
                               ENVIRONMENT & NATURAL RESOURCES DIVISION
4                              ENVIRONMENTAL ENFORCEMENT SECTION
                               BY:  STEVEN O'ROURKE, ESQ.
5                                   SCOTT CERNICH, ESQ.
                                    DEANNA CHANG, ESQ.
6                                   RACHEL HANKEY, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
7                              P.O. BOX 7611
                               WASHINGTON, DC  20044
8

9                              U.S. DEPARTMENT OF JUSTICE
10                             TORTS BRANCH, CIVIL DIVISION
                               BY:  JESSICA McCLELLAN, ESQ.
11                                  MICHELLE DELEMARRE, ESQ.
                                    JESSICA SULLIVAN, ESQ.
12                                  SHARON SHUTLER, ESQ.
                                    MALINDA LAWRENCE, ESQ.
13                             POST OFFICE BOX 14271
                               WASHINGTON, DC  20044
14

15                             U.S. DEPARTMENT OF JUSTICE
16                             FRAUD SECTION
                               COMMERCIAL LITIGATION BRANCH
17                             BY:  DANIEL SPIRO, ESQ.
                                    KELLEY HAUSER, ESQ.
18                                  ELIZABETH YOUNG, ESQ.
                               BEN FRANKLIN STATION
19                             WASHINGTON, DC  20044

20

21   FOR THE STATE OF
     ALABAMA:                  ALABAMA ATTORNEY GENERAL'S OFFICE
22                             BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                    COREY L. MAZE, ESQ.
23                                  WINFIELD J. SINCLAIR, ESQ.
                               500 DEXTER AVENUE
24                             MONTGOMERY, AL  36130

25

                         **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR THE STATE OF
      LOUISIANA OFFICE
 4    OF THE ATTORNEY
      GENERAL:
 5                              STATE OF LOUISIANA
                                BY:  JAMES D.  CALDWELL,
 6                              ATTORNEY GENERAL
                                1885 NORTH THIRD STREET
 7                              POST OFFICE BOX 94005
                                BATON ROUGE, LA  70804
 8

 9
                                KANNER & WHITELEY
10                              BY:  ALLAN KANNER, ESQ.
                                     DOUGLAS R. KRAUS, ESQ.
11                              701 CAMP STREET
                                NEW ORLEANS, LA  70130
12

13
      FOR BP EXPLORATION &
14    PRODUCTION INC.,
      BP AMERICA PRODUCTION
15    COMPANY, BP PLC:          LISKOW & LEWIS
                                BY:  DON K. HAYCRAFT, ESQ.
16                              ONE SHELL SQUARE
                                701 POYDRAS STREET
17                              SUITE 5000
                                NEW ORLEANS, LA  70139
18

19
                                COVINGTON & BURLING
20                              BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                1201 PENNSYLVANIA AVENUE, NW
21                              WASHINGTON, DC  20004

22

23                              KIRKLAND & ELLIS
                                BY:  J. ANDREW LANGAN, ESQ.
24                                   HARIKLIA "CARRIE" KARIS, ESQ.
                                     MATTHEW T. REGAN, ESQ.
25                              300 N. LASALLE
                                CHICAGO, IL  60654
                                OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 4    OFFSHORE DEEPWATER
      DRILLING INC., AND
 5    TRANSOCEAN DEEPWATER
      INC.:                    FRILOT
 6                             BY:  KERRY J. MILLER, ESQ.
                               ENERGY CENTRE
 7                             1100 POYDRAS STREET, SUITE 3700
                               NEW ORLEANS, LA  70163
 8

 9
                               SUTHERLAND ASBILL & BRENNAN
10                             BY:  STEVEN L. ROBERTS, ESQ.
                                    RACHEL G. CLINGMAN, ESQ.
11                             1001 FANNIN STREET, SUITE 3700
                               HOUSTON, TX  77002
12

13
                               MUNGER TOLLES & OLSON
14                             BY:  MICHAEL R. DOYEN, ESQ.
                                    BRAD D. BRIAN, ESQ.
15                                  LUIS LI, ESQ.
                               355 SOUTH GRAND AVENUE, 35TH FLOOR
16                             LOS ANGELES, CA  90071

17

18                             MAHTOOK & LAFLEUR
                               BY:  RICHARD J. HYMEL, ESQ.
19                             1000 CHASE TOWER
                               600 JEFFERSON STREET
20                             LAFAYETTE, LA  70502

21

22                             HUGHES ARRELL KINCHEN
                               BY:  JOHN KINCHEN, ESQ.
23                             2211 NORFOLK, SUITE 1110
                               HOUSTON, TX  77098
24

25
```

**OFFICIAL TRANSCRIPT**

```
 1      APPEARANCES CONTINUED:

 2


 3      FOR HALLIBURTON
        ENERGY SERVICES,
 4      INC.:                   GODWIN LEWIS
                                BY:  DONALD E. GODWIN, ESQ.
 5                                   FLOYD R. HARTLEY, JR., ESQ.
                                     GAVIN HILL, ESQ.
 6                                   RENAISSANCE TOWER
                                1201 ELM STREET, SUITE 1700
 7                              DALLAS, TX  75270.

 8


 9                              GODWIN LEWIS
                                BY:  JERRY C. VON STERNBERG, ESQ.
10                              1331 LAMAR, SUITE 1665
                                HOUSTON, TX  77010.
11


12


13      OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
14                                 REGISTERED MERIT REPORTER
                                   500 POYDRAS STREET, ROOM HB406
15                                 NEW ORLEANS, LA  70130
                                   (504) 589-7779
16                                 Cathy_Pepper@laed.uscourts.gov

17

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
18      PRODUCED BY COMPUTER.

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2

3   EXAMINATIONS                                        PAGE

4

5   **GREGORY WALZ VIDEOTAPED DEPOSITION**.................. 7425

6   **ADAM THEODORE BOURGOYNE, JR.**......................... 7427

7   VOIR DIRE EXAMINATION BY MR. BROCK................... 7428

8   DIRECT EXAMINATION BY MR. BROCK..................... 7439

9   LUNCHEON RECESS..................................... 7541

10

11

12                          E X H I B I T S

13

14   DESCRIPTION                                        PAGE

15

16   EXHIBITS 8173 AND 8174 WERE ADMITTED................ 7441

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

MONDAY, APRIL 8, 2013

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

07:54AM

08:02AM

08:02AM    THE DEPUTY CLERK:  All rise.

08:02AM    THE COURT:  Good morning, everyone.

08:02AM    VOICES:  Good morning, Judge.

08:02AM    THE COURT:  Any preliminary matters before we resume

08:02AM testimony?

08:02AM    MR. IRPINO:  Yes, Your Honor.  Anthony Irpino for the

08:02AM PSC.

08:02AM         I have our list of exhibits and demonstratives

08:03AM used in connection with our cross-examination of Mr. Stevick --

08:03AM Dr. Stevick.

08:03AM         We have circulated that around.  We have

08:03AM received no objections.  We offer, file and introduce those

08:03AM exhibits and demonstratives into the record.

08:03AM    THE COURT:  Any remaining objections?

08:03AM         Without hearing any, those are admitted.

08:03AM    (WHEREUPON, the above mentioned exhibits were

08:03AM admitted.)

08:03AM    MR. IRPINO:  Thank you.

08:03AM    MR. GODWIN:  Good morning, Judge.  Don Godwin for

08:03AM 1    Halliburton.

08:03AM 2              Your Honor, we also have our exhibits for

08:03AM 3    Dr. Glen Stevick.  There was an objection by TO to

08:03AM 4    demonstrative 8169.  We have, by agreement, removed that

08:03AM 5    demonstrative, so we are fine there.

08:03AM 6              There was a cull out that we had -- there was a

08:03AM 7    transpo in the type.  It was 50941.1.  We've corrected -- it

08:03AM 8    was 59041.1.  We've corrected it, Your Honor, per someone's

08:03AM 9    note, to 50941.1.

08:03AM 10             With that, we have no other objections, to my

08:03AM 11   knowledge, Judge.  We would offer these exhibits for

08:03AM 12   Dr. Glen Stevick at this time.

08:03AM 13        THE COURT:  Any remaining objections to Halliburton's

08:04AM 14   exhibits?

08:04AM 15             Hearing none, those are admitted.

08:04AM 16        (WHEREUPON, the above mentioned exhibits were

08:04AM 17   admitted.)

08:04AM 18        MR. GODWIN:  Judge, one last thing this morning.

08:04AM 19             With regard to Dr. Gene Beck, we have our list

08:04AM 20   of exhibits here that we have circulated.  To my knowledge, no

08:04AM 21   objections.  We will offer those as well this morning.

08:04AM 22        MR. BRIAN:  Your Honor, Brad Brian on behalf of

08:04AM 23   Transocean.

08:04AM 24             We just got those last evening.  I have someone

08:04AM 25   looking at them literally right now.  Could I ask that all the

08:04AM 1    Beck exhibits be put off until after the lunch break,

08:04AM 2    Your Honor?

08:04AM 3            THE COURT:  Very well.  We'll reserve those until after

08:04AM 4    lunch.

08:04AM 5            MR. GODWIN:  Thank you, Judge.

08:04AM 6            MS. KARIS:  Good morning, Your Honor.  Hariklia Karis

08:04AM 7    on behalf of BP.

08:04AM 8                    I have a list of the exhibits that we used with

08:04AM 9    Dr. Stevick, as well.  We've circulated those and have not

08:04AM 10   received any objections.

08:04AM 11           THE COURT:  All right.  Any remaining objections to

08:04AM 12   BP's exhibits?

08:04AM 13                   Hearing none, those are admitted.

08:04AM 14           (WHEREUPON, the above mentioned exhibits were

08:04AM 15   admitted.)

08:04AM 16           MS. KARIS:  Thank you, Your Honor.

08:04AM 17           MR. DOYEN:  Good morning, Your Honor.  Michael Doyen

08:04AM 18   for Transocean.

08:04AM 19                   We have here our list which we've circulated

08:04AM 20   for the exhibits used with Glen Stevick.

08:04AM 21                   There was an objection to TREX-3338, which

08:05AM 22   we've agreed to withdraw from the list.  Otherwise, there have

08:05AM 23   been no objections.

08:05AM 24           THE COURT:  Any objections with Transocean's exhibits?

08:05AM 25                   Without objection, those are admitted.

08:05AM  1          (WHEREUPON, the above mentioned exhibits were

08:05AM  2     admitted.)

08:05AM  3          MR. UNDERHILL:  Good morning, Your Honor.

08:05AM  4     Mike Underhill, U.S.

08:05AM  5               We have the single cull out we used for

08:05AM  6     Dr. Beck's examination.  No objections from the parties.

08:05AM  7          THE COURT:  Any objections?

08:05AM  8               Without objection, that is admitted.

08:05AM  9          (WHEREUPON, the above mentioned exhibit was admitted.)

08:05AM 10          THE COURT:  I understand that Halliburton is going to

08:05AM 11     go ahead and play Mr. Walz's deposition; is that correct?

08:05AM 12          MR. GODWIN:  Yes, it's a very short clip, Judge.

08:05AM 13          THE COURT:  You're going to do that now?

08:05AM 14          MR. GODWIN:  With your permission.

08:05AM 15          THE COURT:  BP has decided you're not calling Mr. Walz

08:05AM 16     in your case.

08:05AM 17          MR. BROCK:  Correct.

08:05AM 18          THE COURT:  So we have agreed that you could play that

08:05AM 19     now.

08:05AM 20          MR. GODWIN:  Thank you, Judge.

08:05AM 21               Your Honor, I have the hard copies here of the

08:05AM 22     actual parts we're going to play.  I also have the flash drive.

08:06AM 23               Judge, could I offer the flash drive into

08:06AM 24     evidence at this time?  I'm not aware of any objections anybody

08:06AM 25     has.

08:06AM 1               We circulated the clip.  We would offer it at
08:06AM 2    this time.  Thank you, Judge.
08:06AM 3          (WHEREUPON, the above mentioned exhibit was admitted.)
08:06AM 4          MR. BROCK:  I was just going to mention, Your Honor,
08:06AM 5    also, while they were setting up --
08:06AM 6               Mike Brock for BP.
08:06AM 7               -- that we did circulate to the parties last
08:06AM 8    night, consistent with our discussion Thursday afternoon, a
08:06AM 9    revised witness list.
08:06AM 10              The only -- I think the only change for
08:06AM 11   Your Honor in terms of preparing for or reading expert reports
08:06AM 12   in advance of testimony would be that we have put
08:06AM 13   Arthur Zatarain on the list.
08:06AM 14              I suspect we will not reach him this week, but
08:06AM 15   I just wanted to put him on there in an abundance of caution,
08:06AM 16   in case we needed another witness --
08:06AM 17        THE COURT:  Remind me which of these.  I know
08:06AM 18   Bourgoyne, Emilsen --
08:06AM 19        MR. BROCK:  Bourgoyne is an expert.  Emilsen is an
08:07AM 20   expert.  Steve Robinson is a mixed expert and fact.  Neil Shaw
08:07AM 21   is fact.  Lee Lambert is fact.  Azar is expert.  Lirette is
08:07AM 22   expert and fact.  Lewis and Zatarain are experts.
08:07AM 23        THE COURT:  Very well.  Thank you.
08:07AM 24              We'll turn down the lights.  You can play
08:07AM 25   Mr. Walz's deposition.

08:07AM 1        MR. GODWIN:  Thank you, Your Honor.  I appreciate that.

08:07AM 2        THE COURT:  So we're still in Halliburton's case.

08:07AM 3        (WHEREUPON, the videotaped deposition of Gregory Walz

08:07AM 4   was played.)

08:09AM 5        THE COURT:  That was a very short 13 minutes.

08:20AM 6        (WHEREUPON, the videotape continues.)

08:20AM 7        MR. GODWIN:  Judge, that concludes Mr. Walz's

08:20AM 8   examination.

08:20AM 9             Your Honor, at this point, subject to your

08:21AM 10  approval, Your Honor, we would rest at this time.

08:21AM 11            You had said the other day that, following

08:21AM 12  Mr. Walz, I could go back and do it again.

08:21AM 13       THE COURT:  Yes.

08:21AM 14       MR. GODWIN:  I did take out that fifth one on there,

08:21AM 15  the subject to that neither you nor I understood.

08:21AM 16            Would you like for me to restate briefly to

08:21AM 17  Your Honor the --

08:21AM 18       THE COURT:  If you would like to.

08:21AM 19       MR. GODWIN:  I'll be happy to, Judge.  Thank you, sir.

08:21AM 20            Judge, with Your Honor's permission, at this

08:21AM 21  time, Halliburton would rest its case subject to the following

08:21AM 22  conditions:

08:21AM 23            Number one, Halliburton reserves the right to

08:21AM 24  call Dr. Kris Ravi as a rebuttal expert witness in the event BP

08:21AM 25  calls Ron Crook as an expert witness in its case in chief.

08:21AM 1                We were informed last evening, Your Honor, that

08:21AM 2     BP has said they will not call Dr. Crook.  If they change their

08:21AM 3     mind by the time the case is over, we would ask your permission

08:21AM 4     to allow us to have Dr. Ravi testify.

08:21AM 5                Number two, Your Honor, Halliburton will submit

08:22AM 6     a list of deposition bundles that we request be admitted into

08:22AM 7     evidence at the April 11, 2013, marshalling conference with

08:22AM 8     Judge Shushan.

08:22AM 9                Number three, Judge, Halliburton has

08:22AM 10    conditionally tendered a video deposition cut from the

08:22AM 11    deposition of Greg Walz that we played this morning with your

08:22AM 12    permission --

08:22AM 13               THE COURT:  That's moot now.

08:22AM 14               MR. GODWIN:  That's moot, Judge.

08:22AM 15               Then the last one is, Your Honor, Halliburton

08:22AM 16    reserves the right to move for admission of any trial exhibits

08:22AM 17    used with its witnesses but not yet formally admitted.

08:22AM 18               We're undertaking to make sure there are none

08:22AM 19    of those.

08:22AM 20               THE COURT:  You can deal with that by Thursday's

08:22AM 21    marshalling conference.

08:22AM 22               MR. GODWIN:  We will, Judge.

08:22AM 23               THE COURT:  Very well.

08:22AM 24               MR. GODWIN:  Subject to that, Judge, Halliburton rests.

08:22AM 25    We appreciate your time.

08:22AM  1          THE COURT:  Thank you.

08:22AM  2          MR. GODWIN:  You're welcome.

08:22AM  3          THE COURT:  BP can call its first witness.

08:22AM  4          MR. BROCK:  Thank you, Your Honor.

        5          THE DEPUTY CLERK:  Please raise your right hand.  Do

        6  you solemnly swear that the testimony you are about to give

        7  will be the truth, the whole truth and nothing but the truth,

        8  so help you God?

        9          THE WITNESS:  I do.

       10                 **ADAM THEODORE BOURGOYNE, JR.**

       11  was called as a witness and, after being first duly sworn by

       12   the Clerk, was examined and testified on his oath as follows:

       13          THE DEPUTY CLERK:  Be seated, please.  Spell and state

       14  your name for the record.

08:23AM 15          MR. BROCK:  Your Honor, Mike Brock for BP.

08:23AM 16              Our first witness is Dr. Ted Bourgoyne.

08:23AM 17          THE COURT:  You're going to have to pull yourself up,

08:23AM 18  or you can move that microphone where it's a few inches away

08:23AM 19  from you, not right on top of it, but fairly close, so we can

08:24AM 20  hear you, okay.

08:24AM 21          THE WITNESS:  Okay, Judge.

08:24AM 22          THE COURT:  You can bend that thing and pull it towards

08:24AM 23  you.  There you go.

08:24AM 24          MR. BROCK:  We're good to proceed?

08:24AM 25          THE COURT:  Yes.

                              VOIR DIRE EXAMINATION

08:24AM  2        BY MR. BROCK:

08:24AM  3   Q.   Dr. Bourgoyne, would you state your full name for the

08:24AM  4   record and tell the Court where you live and work.

08:24AM  5   A.   My name is Adam Theodore Bourgoyne, Jr., nickname Ted.  I

08:24AM  6   live at 6006 Boone Drive, Baton Rouge, Louisiana.

08:24AM  7   Q.   Thank you.

08:24AM  8        I'd like to start by talking a little bit about your

08:24AM  9   background, specifically starting with your education.

08:24AM 10        If we could see 8173.71.2, please.

08:24AM 11        Dr. Bourgoyne, would you just describe for the Court your

08:24AM 12   background in terms of your formal education, please.

08:24AM 13   A.   Yes.  I received my BS and MS degrees in petroleum

08:24AM 14   engineering from LSU, BS in 1966 and MS in 1977.

08:25AM 15        I got a Ph.D. in petroleum engineering from the University

08:25AM 16   of Texas at Austin in 1969.

08:25AM 17   Q.   Have you been recognized by LSU and by Texas in terms of

08:25AM 18   the work that you have done in the field of petroleum

08:25AM 19   engineering?

08:25AM 20   A.   Yes.  I was honored and inducted into the Engineering Hall

08:25AM 21   of Distinction at LSU in 2006.  Before that, I was recognized

08:25AM 22   as a distinguished engineering graduate in 2001 from the

08:25AM 23   University of Texas.

08:25AM 24   Q.   Thank you.

08:25AM 25        Dr. Bourgoyne, how long have you been involved in the oil

7429

08:25AM 1    and gas industry in the Gulf of Mexico?

08:25AM 2    A.   I guess I started in 1964, working in the summer, working

08:25AM 3    as a person offshore.  Roustabout, I guess, was my first

08:26AM 4    experience.

08:26AM 5    Q.   These would be jobs that you held while you were obtaining

08:26AM 6    your formal education, during the summers?

08:26AM 7    A.   Yes.  I always took summer internships to get as much

08:26AM 8    industry experience as I could.

08:26AM 9    Q.   Just in terms of your background, did you work as a

08:26AM 10   roustabout both on and offshore during that period of time?

08:26AM 11   A.   Yes, I did.  I worked onshore here in Louisiana, and then

08:26AM 12   offshore out of Cameron.

08:26AM 13        Then, as my education progressed, I worked as, you know,

08:26AM 14   engineering aides and engineering assistants and did some go

08:26AM 15   engineering trainee program work in the summer, too, that was

08:26AM 16   in the Gulf of Mexico and out of Cameron and Morgan City.

08:26AM 17   Q.   We're going to talk a little bit in your examination about

08:26AM 18   detecting and controlling kicks.  When did you see your first

08:26AM 19   kick as an oilfield worker?

08:26AM 20   A.   I guess, as a summer intern in, I guess, probably 1966.

08:27AM 21        I can remember walking up on the rig floor and getting a

08:27AM 22   good look at what they meant by kick, with mud being kicked out

08:27AM 23   of the bell nipple.

08:27AM 24   Q.   Thank you.

08:27AM 25        Now, you completed your formal education in 1969.  Did you

08:27AM 1    go to work after that with the Continental Oil Company?

08:27AM 2    A.    Yes, I worked in Conoco's -- what they call their

08:27AM 3    production engineering services group there in Houston.

08:27AM 4    Q.    Let's look at TREX-8173.72.3, please.

08:27AM 5          Just a couple of things here.  During that work

08:27AM 6    experience, did you work with drilling data acquisition and

08:27AM 7    abnormal pressure detection?

08:27AM 8    A.    Yes, that was one of my major projects.  That was when

08:27AM 9    realtime data acquisition was first coming into practice.  I

08:28AM 10   worked on Conoco's first system and used the data for abnormal

08:28AM 11   pressure detection type development work.

08:28AM 12   Q.    Then in 1971, did you have a change of employment?

08:28AM 13   A.    Yes.  I took a job back in Baton Rouge at LSU, in the

08:28AM 14   tenured professorship track at LSU.

08:28AM 15   Q.    Let's look at TREX-8173.72.1, please.

08:28AM 16         Now, first of all, Dr. Bourgoyne, for how long did you

08:28AM 17   serve as an active teacher and professor at LSU?

08:28AM 18   A.    It was about 29 years.  I think when I retired I had

08:28AM 19   30 years of credit, you know, with leave time and so forth.

08:28AM 20         Of course, I'm still a little active.  I'm still a member

08:28AM 21   of the graduate faculty.  I still serve on graduate committees

08:29AM 22   and things like that, but, you know, that's just occasional.

08:29AM 23   Q.    So since your retirement from full-time teaching and

08:29AM 24   academic work, you've continued to serve, as you show here, as

08:29AM 25   professor emeritus of petroleum engineering for LSU?

08:29AM 1    A.    Right.

08:29AM 2    Q.    What does that work involve?

08:29AM 3    A.    Primarily, what I do is work with the graduate students

08:29AM 4    and advise them on their research and serve on their

08:29AM 5    committees, make occasional presentations.

08:29AM 6          THE COURT:  If you will, pull that microphone a little

08:29AM 7    bit closer to you.  There you go.  That's good.  Thank you.

08:29AM 8          MR. BROCK:  It will pull on over, if you're

08:29AM 9    uncomfortable leaning forward.  Just get it how you're

08:29AM 10   comfortable.

08:29AM 11         THE WITNESS:  I'm good.

08:29AM 12         BY MR. BROCK:

08:29AM 13   Q.    All right.  When you left LSU as a full-time professor and

08:29AM 14   teacher in late '99, early 2000, what was your position with

08:29AM 15   LSU at that time?

08:29AM 16   A.    I was Dean of the College of Engineering at the time of my

08:29AM 17   retirement.

08:29AM 18   Q.    Now, you would have been a full-time teacher and

08:30AM 19   researcher during the period of time that you served at LSU?

08:30AM 20   A.    Yes.

08:30AM 21   Q.    Let me just ask you about some of the work that you did

08:30AM 22   there that is pertinent to this case.

08:30AM 23         If we could look at 8173.85.4.

08:30AM 24         I've put up on the screen here from your CV some of the

08:30AM 25   short courses that you reference in that document.  Do you see

7432

08:30AM 1    those there?

08:30AM 2    A.   Yes.

08:30AM 3    Q.   Can you tell the Court about your work with the LSU

08:30AM 4    blowout prevention training.

08:30AM 5    A.   Yes.  When I first went to LSU, shortly after that, I

08:30AM 6    worked with one of the senior faculty members,

08:30AM 7    Professor Bill Hise, and we decided to set up a well control

08:31AM 8    training center that had one of the old wells in the university

08:31AM 9    field that was converted for hands-on type training, where you

08:31AM 10   could put kick into the bottom of the well and then have the

08:31AM 11   actual pumps and chokes and well control equipment to pump it

08:31AM 12   out.

08:31AM 13       We had seen a similar facility that Exxon had here in

08:31AM 14   New Orleans.  We developed a curriculum in a facility that was

08:31AM 15   just generally open to any of the drilling contractors, oil

08:31AM 16   companies and so forth.

08:31AM 17       We were able to put together the funding with a lot of

08:31AM 18   help from industry and the various suppliers, equipment

08:31AM 19   suppliers and so forth, and start that type of training.

08:31AM 20   Q.   So you had the ability, actually, to induce a kick in the

08:32AM 21   well?

08:32AM 22   A.   Yes.

08:32AM 23   Q.   Then you would bring people in for training in detecting

08:32AM 24   the kick and the procedures that would be necessary to shut in

08:32AM 25   the well?

08:32AM 1    A.   Right.  Of course, we built a curriculum with a lot of

08:32AM 2    lecture material.

08:32AM 3         This was extremely important in that I was seeing senior

08:32AM 4    people, the engineers, the well site advisors, the toolpushers,

08:32AM 5    the drillers in the classroom and having discussions, really,

08:32AM 6    over many years and in many different classes on a number of

08:32AM 7    well control topics.

08:32AM 8         It turned out that we were just starting to move into

08:32AM 9    deepwater, and there was some challenges with respect to

08:32AM 10   deepwater well control.

08:32AM 11        So I decided to set up a facility dedicated to deepwater

08:32AM 12   well control, and that got started, I guess, around 1980.

08:33AM 13        There was a dry hole that had been drilled on the edge of

08:33AM 14   the LSU campus.

08:33AM 15   Q.   Let me just stop you just one second, just so that we're

08:33AM 16   clear on this.

08:33AM 17        So the first segment that we were talking about was the

08:33AM 18   original work that was done with Dr. Hise in terms of setting

08:33AM 19   up the well for kick detection and shutting in and the

08:33AM 20   coursework, correct?

08:33AM 21   A.   Right.

08:33AM 22   Q.   Then, in about 1980, you participated in the establishment

08:33AM 23   of a well facility that was specifically for deepwater well

08:33AM 24   control operations.

08:33AM 25   A.   Right.

7434

08:33AM 1    Q.    All right.  Now, describe that, please.

08:33AM 2    A.    Basically, I went to industry, again, for support and got

08:33AM 3    generous support.  I also went to -- it was MMS at that time

08:33AM 4    with a proposal, and got funding from MMS, also, to do this

08:34AM 5    work.

08:34AM 6          From '80 -- I guess, about 15 years, we had continuous

08:34AM 7    support from MMS for various topics.

08:34AM 8          We would do research and training and have periodic

08:34AM 9    workshops, where we -- had well control workshops, where MMS

08:34AM 10   people from all the different regions and districts would come

08:34AM 11   to the workshop, along with the experts from industry.

08:34AM 12         We would, you know, discuss various problems and have

08:34AM 13   presentations on the research and, you know, get some advice on

08:34AM 14   some additional projects to do.

08:34AM 15         So, I mean, we just had sort of a long-term, evolving

08:34AM 16   program in both well control training and well control research

08:34AM 17   at this facility.

08:34AM 18   Q.    What work were you doing during that period of time to

08:35AM 19   understand some of the specific challenges and issues related

08:35AM 20   to well control in the deepwater environment?

08:35AM 21   A.    We worked on procedures that had to do with the long

08:35AM 22   skinny choke and kill lines going down to the BOP stack,

08:35AM 23   developed some special procedures for better handling that.

08:35AM 24         We did research on diverters, on diverter erosion, on

08:35AM 25   being able to predict pressure peaks, if you put a well on the

08:35AM 1    diverter.

08:35AM 2        We did studies on the effect of gas solubility in

08:35AM 3    oil-based muds.

08:35AM 4        We -- in that period, Amoco went to the drilling engineers

08:35AM 5    association and secured funding to drill another well at this

08:35AM 6    same facility that was dedicated more toward the oil-based mud

08:35AM 7    research.

08:35AM 8        So, I mean, it evolved over a number of years and was a

08:36AM 9    multimillion-dollar type of facility and program.

08:36AM 10   Q.   What number of students came through, or what number of

08:36AM 11   oilfield workers and others came through this program,

08:36AM 12   Dr. Bourgoyne?

08:36AM 13   A.   When we first started, we were the only public available

08:36AM 14   facility.  I think there were a company or two that had their

08:36AM 15   own, but we were always booked up.  You know, we would see 20,

08:36AM 16   30 people a week, maybe 30 weeks out of the year, and we did

08:36AM 17   that for a number of years.

08:36AM 18       Then, of course, as we began to specialize more in the

08:36AM 19   deepwater, probably the numbers went down because there wasn't

08:36AM 20   as many rigs; but, we did special schools for a number of

08:36AM 21   companies.

08:36AM 22       I remember when Amoco decided to drill on the East Coast,

08:36AM 23   they sent all their people that were going to be involved in

08:36AM 24   that for special training.

08:36AM 25       Zapata did all their training at LSU.  Phillips, for a

08:37AM  1    number of years, did all of their training at LSU.

08:37AM  2    Q.    So during that time, you would have trained well site

08:37AM  3    leaders from major oil companies?

08:37AM  4    A.    Yes.

08:37AM  5    Q.    Drillers?

08:37AM  6    A.    Yes.

08:37AM  7    Q.    Toolpushers?

08:37AM  8    A.    Yes.

08:37AM  9    Q.    Assistant drillers?

08:37AM 10    A.    Yes.

08:37AM 11    Q.    All right.  Let's turn our attention now to a couple of

08:37AM 12    publications that might be relevant to our discussion.

08:37AM 13          I want to talk first about 8173.78.1.

08:37AM 14          This is from your CV, and it shows applied drilling

08:37AM 15    engineering, do you see that?

08:37AM 16    A.    Yes.

08:37AM 17    Q.    Then, if we go to 41559.1.1.

08:37AM 18          Dr. Bourgoyne, just briefly share with the Court what we

08:37AM 19    have depicted here on the screen, how this book came to be

08:37AM 20    developed and whether or not it's still in use today.

08:38AM 21    A.    Yes, the Society of Petroleum Engineers decided to assist

08:38AM 22    the petroleum engineering programs around the world in

08:38AM 23    developing some better textbooks.

08:38AM 24          It was determined that a drilling textbook was probably

08:38AM 25    the most critical need.  I was fortunate to be selected to do

08:38AM 1    the SPE textbook on drilling engineering.

08:38AM 2        This book has been widely accepted.  It's been on the

08:38AM 3    bestseller list for SPE, you know, from when it first came out

08:38AM 4    in '86, and I think it's probably still on the bestsellers

08:38AM 5    list.

08:38AM 6    Q.    Still in circulation today?

08:38AM 7    A.    Still in circulation today.

08:38AM 8    Q.    All right.  Briefly, now, if we could go to a few things

08:38AM 9    from your CV in terms of publications on a few of the issues

08:38AM 10   that we'll be talking about today.

08:38AM 11       8173.76.1.

08:39AM 12       I'm not going to go into detail with these, but I'll just

08:39AM 13   ask you if these are articles that relate both to the issues of

08:39AM 14   safe drilling margin, as well as well control.

08:39AM 15       You see we have here an article from '74, A *Multiple*

08:39AM 16   *Regression Approach to Optimal Drilling and Abnormal Pressure*;

08:39AM 17   from '85, *An Experimental Study of Well Control Procedures for*

08:39AM 18   *Deepwater Operations*.

08:39AM 19       If we go to Page 8, *Fracture Gradient Predictions for*

08:39AM 20   *Offshore Wells*; *How to Handle a Gas Kick Moving Up a Shut-in*

08:39AM 21   *Well*.

08:39AM 22       Come down a bit.  *Failure of Wellbores During Well Control*

08:39AM 23   *Operations*; *A Computer Assisted Well Control Safety System*.

08:39AM 24       If we go to the next page, *New Model to Analyze Non-Linear*

08:39AM 25   *Leak-Off Test Behavior*.

08:39AM 1     Page 79, several more articles there on porosity pressure

08:40AM 2 logs, well control procedures.

08:40AM 3     I think we'll just leave it at that.  There are several

08:40AM 4 others that are included in your CV, correct?

08:40AM 5 A.   Yes.  I guess my main area of publication has been in the

08:40AM 6 drilling and well control and in deepwater well control kind of

08:40AM 7 as a subspecialty under that.

08:40AM 8 Q.   Mr. Bourgoyne, I'll just ask you briefly, if you would,

08:40AM 9 we're going to be talking today about issues of pore pressures

08:40AM 10 and frac gradients, safe drilling margin and well control.

08:40AM 11 Would you just briefly describe for the Court your

08:40AM 12 qualifications to address those issues.

08:40AM 13 A.   Well, I've spent most of my career studying the problems

08:40AM 14 associated with that.

08:40AM 15     I've also worked as a drilling engineer, I guess, since

08:40AM 16 being retired from LSU for Pennington Oil and Gas.  We've

08:40AM 17 drilled a number of deep wells in the Tuscaloosa Trend north of

08:41AM 18 Baton Rouge, which are very challenging, high temperature, high

08:41AM 19 pressure wells.

08:41AM 20     I've written the procedures and supervised some of the

08:41AM 21 operations involved in those wells.

08:41AM 22     MR. BROCK:  Thank you for that.

08:41AM 23         Your Honor, at this time BP would tender

08:41AM 24 Dr. Bourgoyne as an expert in petroleum engineering, drilling

08:41AM 25 operations, well monitoring and well control.

08:41AM 1          THE WITNESS:  One thing I might mention that is also, I

08:41AM 2     think, very relevant is, I guess, all of last year I was

08:41AM 3     selected by a major to look at some alternative well procedures

08:41AM 4     for drilling in deepwater.

08:41AM 5               I was nominated to serve as the certified

08:41AM 6     verification agent on that project.  BSEE did accept my

08:42AM 7     nomination, and I did look at their alternative procedures.

08:42AM 8               They're deepwater related and, you know, with a

08:42AM 9     major.  I completed that report and turned that in to BSEE

08:42AM 10    early this year.

08:42AM 11              So I spent a year looking at one major's

08:42AM 12    procedures and having to decide if the new technology was as

08:42AM 13    safe or safer than current technology.

08:42AM 14         MR. BROCK:  Thank you.

08:42AM 15         THE COURT:  All right.  Any objections?

08:42AM 16              He's accepted.

08:42AM 17         MR. BROCK:  Thank you, Your Honor.

08:42AM 18                    DIRECT EXAMINATION

08:42AM 19    BY MR. BROCK:

08:42AM 20    Q.   Dr. Bourgoyne, let me just begin by asking the question,

08:42AM 21    what were you asked to do in this case?

08:42AM 22    A.   I was asked to do a number of things.  I was asked to look

08:42AM 23    at the -- at the accident, review the records, get familiar

08:43AM 24    with it, and study primarily, you know, the procedures that

08:43AM 25    were followed.

08:43AM 1      I guess I didn't get into the equipment analysis and

08:43AM 2  things like that; but, from a procedure standpoint, to go

08:43AM 3  through everything that happened.

08:43AM 4      I was also asked to go back and look at the drilling of

08:43AM 5  the well.  There was some testimony, I guess, that had come

08:43AM 6  about that there was some problems with some leak-off tests

08:43AM 7  that they had run.

08:43AM 8      I was asked to do independent analysis of a couple of

08:43AM 9  formation integrity tests, and to just look at the course of

08:43AM 10  the drilling of the well and determine if normal industry

08:43AM 11  practice had been used in the drilling of the well.

08:43AM 12      Although that had nothing to do with the accident, they

08:43AM 13  did ask me to go back and go through that, since it was being

08:43AM 14  brought up.

08:43AM 15  Q.   We'll come back to that.

08:44AM 16      Let me show you a demonstrative, 8173.1.2.

08:44AM 17      Do you see here that we have put on the screen your

08:44AM 18  opening report dated October 17, 2011, and your rebuttal report

08:44AM 19  dated November 7, 2011?

08:44AM 20  A.   Yes.

08:44AM 21  Q.   Are these the two reports that you prepared with regard to

08:44AM 22  your work on this case?

08:44AM 23  A.   Yes, that's correct.

08:44AM 24      MR. BROCK:  Your Honor, at this point we would offer

08:44AM 25  8173 and 8174.

08:44AM 1          THE COURT:  All right.  Those will be admitted.

08:44AM 2          (WHEREUPON, Exhibits 8173 and 8174 were admitted.)

08:44AM 3      BY MR. BROCK:

08:44AM 4  Q.   Now, Dr. Bourgoyne, I want to turn our attention to

08:44AM 5  something you mentioned just a moment ago, which is the issue

08:44AM 6  of drilling margin, okay.

08:45AM 7          I would like to ask you to turn to your opinions regarding

08:45AM 8  the safe drilling margin and how the *Deepwater Horizon* drilled

08:45AM 9  the Macondo well.

08:45AM 10         If we could look at D 4842.1.

08:45AM 11         I've just placed up there for your reference and the

08:45AM 12 Court's a summary of your opinions in this area, but I would

08:45AM 13 just like to ask you to give us, please, a short narrative of

08:45AM 14 your opinions with regard to the drilling of the well, and then

08:45AM 15 we'll get into some of the details of that.

08:45AM 16 A.   I found that the drilling of the well was done safely and

08:45AM 17 successfully and consistent with the range of industry

08:45AM 18 practices that I'm familiar with.

08:45AM 19         I found that they used industry practices in conducting

08:45AM 20 the formation integrity tests, interpreting those tests, and

08:45AM 21 then also in properly managing their mud weight to safely drill

08:46AM 22 each interval.

08:46AM 23 Q.   One of the things you mentioned just a moment ago was that

08:46AM 24 they had drilled the well to total depth.  Do you remember that

08:46AM 25 comment?

08:46AM  1    A.    Yes.  Yes, they did drill the well to total depth.

08:46AM  2    Q.    Let me, just briefly, just pull up 8173, page 10, please.

08:46AM  3    A.    It probably wasn't the total depth that they had initially

08:46AM  4    stated, I guess, in their APD --

08:46AM  5    Q.    Right.

08:46AM  6    A.    -- but they did find the pay zone that was the target they

08:46AM  7    were looking at, so --

08:46AM  8    Q.    Would you pull out the last sentence of that, please,

08:46AM  9    Donnie, at the very bottom.  Just the last sentence.

08:46AM 10          In your report, you say:  "A critical review of the

08:46AM 11    planning decisions must recognize that the well was

08:47AM 12    successfully drilled, the production casing was successfully

08:47AM 13    run to the bottom, and cement was circulated into the well as

08:47AM 14    planned."

08:47AM 15          Do you see that?

08:47AM 16    A.    I see that.

08:47AM 17    Q.    Is that what you are referring to when you say the well

08:47AM 18    was successfully drilled?

08:47AM 19    A.    Yes.

08:47AM 20          You know, there was not even any losses during circulating

08:47AM 21    the cement, which, you know, is pretty unusual on a lot of

08:47AM 22    these deepwater wells.

08:47AM 23    Q.    Thank you.

08:47AM 24          So let me just ask this question, Dr. Bourgoyne.  Is it

08:47AM 25    your opinion that the crew of the *Deepwater Horizon* working

7443

08:47AM 1    with BP safely drilled the Macondo well?

08:47AM 2    A.    Yes.  I think, from what I could tell, the crew and the BP

08:47AM 3    people followed normal industry practice throughout and really

08:48AM 4    did a good job except for this temporary abandonment procedure

08:48AM 5    that they had the problems with.

08:48AM 6    Q.    Dr. Bourgoyne, I know you're aware that Dr. Huffman has

08:48AM 7    testified that the well was drilled unsafely, outside of

08:48AM 8    industry standards.  Do you agree with that?

08:48AM 9    A.    No.  I totally disagree with that.

08:48AM 10   Q.    Just in summary form, why do you think the well was

08:48AM 11   drilled safely?

08:48AM 12   A.    I think the well was drilled safely basically because

08:48AM 13   standard industry practices were followed.  There was no -- you

08:48AM 14   know, there were no major problems that weren't properly

08:48AM 15   handled.  The proper mud weights and so forth were used

08:48AM 16   throughout each interval.

08:48AM 17        I even noted that they were taking extreme care to follow

08:49AM 18   all the safety procedures with respect to reporting little

08:49AM 19   minor things that happened, like washers falling out of

08:49AM 20   derricks and people hanging up their finger in going down the

08:49AM 21   handrails.

08:49AM 22        There was a number of safety-related investigations

08:49AM 23   conducted that was documented in the records.

08:49AM 24   Q.    One of the things that Dr. Huffman suggested was that the

08:49AM 25   way that the drilling margin was managed presented dangers,

08:49AM 1    extreme danger to the men and women onboard the

08:49AM 2    *Deepwater Horizon*.  Do you agree with that?

08:49AM 3    A.   No, I don't agree with that at all.

08:49AM 4    Q.   Dr. Bourgoyne, you may have mentioned this, but is there

08:49AM 5    anything about the drilling margin allegations that have been

08:49AM 6    made that, in your opinion, have anything to do with the

08:49AM 7    blowout?

08:50AM 8    A.   No.  I don't think that it's related at all.

08:50AM 9    Q.   Why is that?

08:50AM 10   A.   Because the well had been finished and casing had been run

08:50AM 11   and cemented, and they were in a different operation.  They

08:50AM 12   were in, more or less, a routine operation of doing a temporary

08:50AM 13   abandonment procedure when the blowout happened.

08:50AM 14   Q.   Let's turn now to the details of the safe drilling margin

08:50AM 15   issue, just in general.  If we could have 1558.1.1, please.

08:50AM 16        Is this, Mr. Bourgoyne, the requirements for a pressure

08:50AM 17   integrity test in the regulations that we'll be discussing

08:50AM 18   today?

08:50AM 19   A.   Yes.

08:50AM 20   Q.   To your understanding, given your background in the

08:50AM 21   industry, can you explain to the Court what safe drilling

08:51AM 22   margin in the regulations mean?

08:51AM 23   A.   I think the safe drilling margin is referring to this

08:51AM 24   pressure integrity test that you conduct, that you determine

08:51AM 25   the pressure that the casing shoe, or the bottom of the casing,

08:51AM 1    is able to withstand.

08:51AM 2        The safe drilling margin has to do with how close you let

08:51AM 3    the mud weight get to this shoe test while drilling; that,

08:51AM 4    basically, you want to protect the weaker sediments above the

08:51AM 5    shoe that you've covered with casing.

08:51AM 6        The safe drilling margin is set up to allow for dynamic

08:51AM 7    effects.  The safe drilling margin is kind of a well planning

08:51AM 8    criteria that just looks at static mud weights, or mud weights

08:51AM 9    in the tank; but, of course, drilling is a much more dynamic

08:52AM 10   condition.

08:52AM 11   Q.   So in the context of how you use the terminology of "safe

08:52AM 12   drilling margin" as you look at the regulations, you are

08:52AM 13   focused on the shoe test?

08:52AM 14   A.   You're focused on the shoe test.

08:52AM 15       You know, the regulations don't provide a lot of detail

08:52AM 16   about prescribing exactly how you do the shoe test or how you

08:52AM 17   interpret the shoe test.  It leaves it up to the operator to

08:52AM 18   use procedures that they think are appropriate, but you do need

08:52AM 19   to report it.

08:52AM 20       The thing that they do prescribe is that you have to drill

08:52AM 21   out at least 10 feet, but no more than 50 feet; and, that you

08:52AM 22   must test either to leak-off pressure or to an equivalent

08:52AM 23   drilling fluid weight that has been identified in an approved

08:52AM 24   APD.

08:52AM 25   Q.   One of the things that we have heard during this trial

08:53AM 1    from Dr. Huffman is that safe drilling margin as it relates to

08:53AM 2    the regulation is not between the shoe test and mud weight,

08:53AM 3    but, rather, it's between the weakest point in the open hole

08:53AM 4    and mud weight.

08:53AM 5         Do you understand that that has been advanced in this

08:53AM 6    case?

08:53AM 7    A.    I understand he's advanced that.

08:53AM 8    Q.    Do you agree with what?

08:53AM 9    A.    I totally disagree with that.  That goes against all of my

08:53AM 10   working experience and training experience with respect to

08:53AM 11   filling out kill sheets and filling out various forms.  It's

08:53AM 12   always the shoe test that people refer to in doing the many

08:53AM 13   calculations.

08:53AM 14   Q.    The definition that you have shared with the Court here

08:53AM 15   today, is that a new definition in the context of the work that

08:53AM 16   you've done over the past 45 years?

08:53AM 17   A.    No.  The -- you know, the shoe test clearly is a test

08:54AM 18   that's conducted to make sure that the cement on the outside of

08:54AM 19   the casing that has cemented the casing does not leak and that

08:54AM 20   you know at what pressure you can go to before either that

08:54AM 21   cement will leak or a fracture will open up that could let

08:54AM 22   fluids get on the outside of the casing and move up into the

08:54AM 23   weaker sediments that you've already cemented away -- off

08:54AM 24   behind pipe.

08:54AM 25   Q.    You've helped us create some demonstratives that will

08:54AM 1    be -- that we'll be able to show to Judge Barbier that
08:54AM 2    demonstrate what some of those complications are that we'll
08:54AM 3    look at in a few minutes, right?
08:54AM 4    A.   Right.
08:54AM 5    Q.   First I want to look at and ask you the question, have you
08:54AM 6    written in the peer-reviewed literature what you've just
08:54AM 7    described, that is, that the test is concerned with the values
08:54AM 8    that you find at the shoe?
08:54AM 9    A.   I'm sure I have, yes.
08:54AM 10   Q.   Let's look at 8185.1.1.
08:55AM 11       And do you see that this is an article authored by you and
08:55AM 12   others as far back as June of 1999?
08:55AM 13   A.   Yes.
08:55AM 14   Q.   And we've just highlighted a piece here that says:  "After
08:55AM 15   cementing each casing string, the Leak-Off Test is run to
08:55AM 16   verify that the casing, cement and formation below the casing
08:55AM 17   seat can withstand the wellbore pressure required to drill for
08:55AM 18   the next casing string safely."
08:55AM 19       Do you see that?
08:55AM 20   A.   Yes.
08:55AM 21   Q.   And is that what you have been describing?
08:55AM 22   A.   Yes.
08:55AM 23   Q.   All right.  Let's turn now to some of the details of the
08:55AM 24   drilling margin issue.  And I think, first, let's start with
08:55AM 25   the issue of pore pressure and get your perspective on that,

7448

08:55AM 1    and then we'll move to a couple of other topics.

08:56AM 2        If we look at 4117A, and I think, Dr. Bourgoyne, you have

08:56AM 3    a pointer there, a laser pointer, and you also have the

08:56AM 4    ability, I think, to tap on the screen and create an arrow.

08:56AM 5    You might try that as we go through this.

08:56AM 6        But I want to start with the issue of formation of

08:56AM 7    pore pressure.  This is a slide that you created to help us

08:56AM 8    explain some of these issues to the judge, correct?

08:56AM 9    A.   That's correct.

08:56AM 10   Q.   All right.  Now, if you would just walk through with us

08:56AM 11   now, Dr. Bourgoyne, what it is, what is important about this

08:56AM 12   slide and what we need to understand as we think about safely

08:56AM 13   drilling and having the right mud weight in relation to

08:56AM 14   pressures.

08:56AM 15   A.   Yes.  Well, pore pressure is the pressure of the fluid

08:56AM 16   that's in the pore spaces of the rock as shown up here.  And

08:57AM 17   sandstones is where the pore spaces are large enough and

08:57AM 18   interconnected enough to allow the formations to flow.

08:57AM 19       So that it would be primarily in the sandstones that you

08:57AM 20   could have flow that could either go into the wellbore or --

08:57AM 21   let's see, how do you undo here.

08:57AM 22   Q.   Better just leave it there.

08:57AM 23       THE COURT:  You can undo it.  It should say undo.  Just

08:57AM 24   tap it on the screen right up in that area, it should undo it.

08:57AM 25   It will undo one at a time.

08:57AM 1             THE WITNESS:  Okay.

08:57AM 2    BY MR. BROCK:

08:57AM 3    Q.    I think you're the first one to have achieved getting the

08:57AM 4    arrow off, so thank you.

08:58AM 5    A.    And, you know, you also have pore pressure in very

08:58AM 6    fine-grain rocks, like shales.

08:58AM 7          Let me go back to the pointer since it looks kind of

08:58AM 8    awkward to use the blue arrow.

08:58AM 9          If you're in shale, you can have pore pressure but the

08:58AM 10   fluids cannot flow, they can't flow into the wellbore.  The

08:58AM 11   rock grains are so fine that the fluid is locked in place.

08:58AM 12   Q.    What's the difference in terms of ability to flow between

08:58AM 13   sand and shale?

08:58AM 14   A.    It about a million times difference.  When you're talking

08:58AM 15   about sands, you're talking about millidarcies, and when you're

08:58AM 16   talking about shale, you talk about nanodarcies.  They are

08:58AM 17   essentially impermeable.

08:58AM 18   Q.    All right.

08:58AM 19   A.    In drilling, you know, we're circulating mud in the system

08:58AM 20   and we control the pore pressure in the permeable zones by

08:58AM 21   increasing the mud weight.

08:58AM 22         What we want to do is always maintain some overbalance

08:59AM 23   between the mud weight and the pore pressure.  If we get

08:59AM 24   underbalanced, then, of course, we can take a kick, which we'll

08:59AM 25   talk about a little later.

08:59AM  1        But in an overbalanced condition, you will have some

08:59AM  2   filtrate move from the mud out into the pore -- formation that

08:59AM  3   is permeable.  And as that filtrate goes into the rock, it

08:59AM  4   leaves behind the solids in the mud that have been designed to

08:59AM  5   make a thin impermeable mud cake and then greatly reduce the

08:59AM  6   rate at which filtration will go from the base fluid that the

08:59AM  7   mud is made of, either water or oil.  Offshore it's going to be

08:59AM  8   this soluble synthetic oil material.

08:59AM  9   Q.    Okay.

08:59AM 10   A.    So this synthetic oil base can move out a little bit, but

08:59AM 11   then the mud cake will shut it off.

09:00AM 12        So that's basically, you know, how the mud helps to drill

09:00AM 13   through these porous sands without losing too much fluid.

09:00AM 14   Q.    All right.  Thank you.

09:00AM 15        Let's go quickly to D-4118A, and just focus on two things

09:00AM 16   in this slide for us, Dr. Bourgoyne, if you would.  First, the

09:00AM 17   mud balance or the mud weight that you're showing at the top.

09:00AM 18   And then you have also here shown us --

09:00AM 19        Go back.  Go to the one before, please.  Did I do that?

09:00AM 20   You probably shouldn't have given me this one.

09:00AM 21        This is showing, right here, pressure while drilling

09:00AM 22   sensor.  I would like for you to address that, the mud balance

09:00AM 23   here.  And then we're going to introduce the concept here of

09:01AM 24   the shoe.

09:01AM 25        So if you would just briefly sort of walk through these

09:01AM 1    three points on this slide and why these are important, please,

09:01AM 2    Dr. Bourgoyne.

09:01AM 3    A.    Well, the bottom of the casing is called the shoe.  And

09:01AM 4    usually the drilling engineers will show it with a little

09:01AM 5    triangle down here.

09:01AM 6        The bottom of the casing, after it's put in, you pump

09:01AM 7    cement to form the seal between the old open hole, which is a

09:01AM 8    bigger diameter than the casing, and then you drill out new

09:01AM 9    formations and, of course, you would be encountering some

09:01AM 10   permeable zones as you drill down.

09:01AM 11       The mud is what's used to control the pressure in the well

09:01AM 12   to keep it a little higher than the pressure in the permeable

09:01AM 13   zones.

09:01AM 14       And you measure the density of the mud with a mud balance,

09:01AM 15   which is used to catch a sample of the mud from the tank that

09:01AM 16   you're pumping.  And, basically, you just put the sample in the

09:01AM 17   cup, and make sure there is no air in there, and wipe off

09:02AM 18   excess mud and so forth; and then you could get a balance

09:02AM 19   point.  And read that generally to the nearest tenth of a pound

09:02AM 20   per gallon, or overseas sometimes they use grams per cc,

09:02AM 21   .01 grams per cc, but that's close to the same resolution.

09:02AM 22       So that mud balance has been used as long as I've been

09:02AM 23   associated with the oil field for measuring mud weights and

09:02AM 24   keeping up with what's being pumped into the well.

09:02AM 25   Q.    Dr. Bourgoyne, this pressure while drilling sensor, is

09:02AM 1    this data that you have reviewed in coming to your opinion that

09:02AM 2    safe drilling margin was maintained while this well was being

09:02AM 3    drilled?

09:02AM 4    A.    Yes.  The PWD is the pressure while drilling sensor, and

09:02AM 5    this was used on some of these deepwater -- well, they are

09:02AM 6    pretty much used on all deepwater wells now.  It's this new

09:02AM 7    technology, very expensive technology, but it works quite well

09:02AM 8    in that you can you can measure the pressure down in the

09:03AM 9    annulus, very close to the bit, and this pressure information

09:03AM 10   can be transmitted to the surface.

09:03AM 11        Basically, they encode it and modulated in pressure

09:03AM 12   pulses, so you listen to these pulses at the top and you can

09:03AM 13   decode the information that has been measured.

09:03AM 14        And it also records the information in the tool.  And

09:03AM 15   later when you pull the bit back to the surface, you can

09:03AM 16   download very detailed information about what pressures and

09:03AM 17   other logging-type parameters.  It's not just pressure that

09:03AM 18   you're getting downhole, but pressure is a very important one.

09:03AM 19        So you can calculate the effective mud weight on bottom

09:03AM 20   basically by going to static conditions where you're not

09:03AM 21   pumping, you're not moving anything, and see what that sensor

09:03AM 22   tells you.

09:03AM 23   Q.    Do you have a judgment about whether or not Dr. Huffman

09:04AM 24   reviewed this data in formulating his opinions?

09:04AM 25   A.    Well, he said he didn't in his report, as I recall.

7453

09:04AM 1    Q.    Now, let's go to -- quickly to 4730.

09:04AM 2          And we've mentioned just a moment ago the casing shoe.

09:04AM 3    And let me just ask you, please, to tell us what is a pressure

09:04AM 4    integrity test or a shoe test, and you might just mention to

09:04AM 5    the Court here briefly, also, so what is a fracture and how is

09:04AM 6    a fracture caused?  I'm trying to put that together with this,

09:04AM 7    please.

09:04AM 8    A.    Okay.  Well, basically, a shoe test is a pressure test.

09:04AM 9    You just increase the pressure down here.  You drill ahead a

09:04AM 10   short distance below the shoe into new formation and you apply

09:05AM 11   pressure to this new hole drilled below the bottom of the

09:05AM 12   casing and you verify that mud of a specified density would not

09:05AM 13   be able to leak either through the cement or cause a fracture

09:05AM 14   that could come around and get up into one of these weaker

09:05AM 15   zones that you've now protected by having run casing.

09:05AM 16         So it's basically a test that you run just below the shoe

09:05AM 17   to make sure the shoe is going to be strong enough to protect

09:05AM 18   weaker zones above you that you've -- that you've now put

09:05AM 19   behind pipe.

09:05AM 20   Q.    One question here that -- one issue I would like to

09:05AM 21   introduce here.  Is this pressure integrity test and the casing

09:05AM 22   shoe test the same thing?

09:05AM 23   A.    Yes, that's the same thing.  And, you know, there is

09:05AM 24   various ways of running the test and so forth.

09:05AM 25   Q.    All right.  So let's look at 4363.1.

09:06AM 1          And this is a demonstrative that we have used with other

09:06AM 2     witnesses, but I'll just use it to ask you to -- this question:

09:06AM 3     Was a casing integrity test conducted at each interval at the

09:06AM 4     Macondo well?

09:06AM 5     A.    Yes.  Of course, all except the -- you know, the final

09:06AM 6     casing string, because that was the last one that was not

09:06AM 7     drilled out.  But, yes, each -- well, some of the earlier ones

09:06AM 8     up top, like the 36-inch and 28-inch, the sediments are so weak

09:06AM 9     up there that you can't -- you can't test them.  And you can't

09:06AM 10    put a riser on and you can't put mud weight on them.  It's very

09:06AM 11    fragile up there in deep water, so those are not tested.  But

09:06AM 12    from the 22-inch on down, they were tested.

09:06AM 13    Q.    Did your review indicate that BP conducted an

09:07AM 14    appropriate -- an appropriate pressure integrity test at each

09:07AM 15    interval where it should be conducted?

09:07AM 16    A.    Yes, they did.

09:07AM 17    Q.    Now, I want to talk just for a minute about surface mud

09:07AM 18    weight, the ESD and the ECDs, and how these can be different.

09:07AM 19          So if we can look at 4726.

09:07AM 20          And let me just direct you to a couple of things.  Does

09:07AM 21    this slide represent that -- the available operating range of

09:07AM 22    mud weights that fall between the pore pressure and the

09:07AM 23    fracture pressure gradient?  Is that what this shows?

09:07AM 24    A.    Right.  We're showing basically what they call the

09:07AM 25    drilling window, which is between the pore pressure and the

09:07AM 1    shoe test.  And then, generally, we allow some margins and we

09:08AM 2    keep the mud weight within bounds in that we don't allow it to

09:08AM 3    go all the way down to the pore pressure because you have

09:08AM 4    dynamic effects in the well that can move the effective mud

09:08AM 5    weight around when you're pumping or when you're pulling pipe

09:08AM 6    or inserting pipe or drilling ahead.  All this really affects

09:08AM 7    the effective dynamic downhole mud weight.

09:08AM 8        So to provide a cushion, we talk about these margins

09:08AM 9    that -- from the shoe test down to some amount, typically a

09:08AM 10   half a pound per gallon, I think is the number that's been used

09:08AM 11   in this case quite a bit.

09:08AM 12   Q.   What does the yellow dot and the green dot help us with in

09:08AM 13   terms of understanding drilling margin?

09:08AM 14   A.   Well, the yellow dot would be the current mud weight that

09:08AM 15   you have at some point in time that this would be representing.

09:09AM 16   You want your yellow dot to stay in this green box and not

09:09AM 17   infringe upon the margins that you've allowed, both the safe

09:09AM 18   fracture or ECD margin on the high side or the safe kick swab

09:09AM 19   margin on the low side.

09:09AM 20       Now, with pressure while drilling equipment, you could

09:09AM 21   also calculate the true effective mud weight, which with these

09:09AM 22   synthetic oil muds, they are going to be a little higher,

09:09AM 23   because the oil is affected by the temperature and pressure.

09:09AM 24   The pressure makes it compress a little bit.  It gets a little

09:09AM 25   heavier.

09:09AM 1    So your effective downhole mud weights are a little higher

09:09AM 2 than the mud weight in the tank.  And when you take the static

09:09AM 3 measurement and convert it back to an equivalent mud weight on

09:09AM 4 bottom, you're going to get a little higher number.

09:09AM 5    So some people work with a drilling window defined in

09:10AM 6 terms of these PWD static conditions.  And BSEE will let you go

09:10AM 7 either way, just not to mix them.  More people stick with the

09:10AM 8 traditional surface weights because that's what's available on

09:10AM 9 all rigs.  And PWD is primarily just used on the real ultra

09:10AM 10 expensive deepwater wells.

09:10AM 11 Q.   Does this show us that even with mud weight that stays the

09:10AM 12 same, that is, showing the surface mud weight there, that the

09:10AM 13 downhole mud weights can fluctuate broadly depending on the

09:10AM 14 operations that are being conducted?

09:10AM 15 A.   Yeah, well, downhole, under static conditions this is what

09:10AM 16 you have, but as soon as you turn the pump on, this green point

09:10AM 17 can move to the left and move to the right by quite a bit.

09:10AM 18    So these margins are defined in terms of kind of an

09:11AM 19 oversimplified situation that you use for your preliminary well

09:11AM 20 design, but you have to keep in mind that downhole the dynamic

09:11AM 21 mud weights can go back and forth by quite a bit, that when you

09:11AM 22 turn the pump on, you could get into this margin.

09:11AM 23    In fact, there is no reason, if you pumped at too high a

09:11AM 24 rate or drilled at too high a rate, you could even go outside

09:11AM 25 of this safe window, and still be within the static margin at

09:11AM 1    the surface, which is what the regulations address.

09:11AM 2         So, you know, the operator needs to look at a lot more

09:11AM 3    than just the so-called safe drilling margins defined in terms

09:11AM 4    of a static mud weight or a surface mud weight.

09:11AM 5    Q.   Okay.  Thank you for that.

09:11AM 6         Let's talk just a minute about kicks.  What conditions are

09:11AM 7    needed for a kick to occur?

09:12AM 8    A.   Well, basically, for a kick to occur, if you're dynamic

09:12AM 9    mud weight gets below the pore pressure of an exposed zone that

09:12AM 10   has permeability, then you can take a kick.  And similarly, you

09:12AM 11   can lose returns and cause a fracture if your mud weight

09:12AM 12   gets -- your dynamic mud weight gets beyond the fracture

09:12AM 13   pressure of one of the exposed formations.

09:12AM 14   Q.   All right.  In the Gulf of Mexico, if we look at that as a

09:12AM 15   specific issue, can you tell us about drilling margins that are

09:12AM 16   generally experienced in the Gulf of Mexico?

09:12AM 17   A.   In terms of the overall window, it's very narrow.  And,

09:12AM 18   you know, this also tends to make your drilling margins

09:12AM 19   sometimes need to be more narrow than on land.

09:12AM 20   Q.   How do operators address narrow drilling margins in the

09:13AM 21   planning phase?

09:13AM 22   A.   Well, basically, in the planning phase you look at what

09:13AM 23   your predrill pore pressure and frac gradient is, and that's

09:13AM 24   really Dr. Huffman's area.  He is very experienced and has high

09:13AM 25   expertise in looking at seismic data, looking at well logs and

09:13AM 1   things like that, and -- from nearby wells and coming up with

09:13AM 2   predrill estimates of pore pressure and frac gradient.

09:13AM 3       So you use those predrill estimates, along with your

09:13AM 4   margins that you're allowing for static conditions, to take

09:13AM 5   into account some of the dynamic conditions.  And then you can

09:13AM 6   pick your casing points.  And you wind up with a good many

09:13AM 7   casings as a result of the narrow margins.

09:14AM 8   Q.   Let's look at D-4363.1.

09:14AM 9       And you looked at the casings that were utilized at the

09:14AM 10  Macondo well, correct?

09:14AM 11  A.   That's correct.

09:14AM 12  Q.   And is the number of casing strings here, shown here,

09:14AM 13  consistent with your understanding of industry standard and how

09:14AM 14  wells were drilled in the Gulf of Mexico?

09:14AM 15  A.   Yes, it was.

09:14AM 16  Q.   I want to turn our attention back now to the issue of the

09:14AM 17  shoe test for a little more detail in terms of what we were

09:14AM 18  talking about when we spoke to the issue of the definition.

09:14AM 19  And we want to address now the reason why the safe drilling

09:14AM 20  margin is between the shoe test and the mud weight.

09:14AM 21      And if we could see D-4731.

09:15AM 22      I'd like you to use this example here, Dr. Bourgoyne, to

09:15AM 23  tell the Court why you're concerned about the strength of the

09:15AM 24  wellbore at the shoe; that is, at the place where you have set

09:15AM 25  your last casing.

09:15AM 1    A.    Yes, this is a hypothetical-type situation to kind of

09:15AM 2    explain the general ideas of shoe strength and wellbore

09:15AM 3    failure.

09:15AM 4        I've shown the frac gradients over here.  And the gray

09:15AM 5    zone are the shales, and periodically you get a sand.  That's

09:15AM 6    sort of typical.  As you drill down, it's going to be mostly

09:15AM 7    shale, mostly impermeable rock, but occasionally you'll drill

09:15AM 8    into a sand.

09:15AM 9        And you can see as you go deeper, the frac gradients go

09:15AM 10   up.  That's the normal trend, because as you go deeper you have

09:16AM 11   more sediments above you that's creating a higher overburden

09:16AM 12   that tends to hold the grains together, they are going to be

09:16AM 13   more compressed due to the weight of the stuff above you.

09:16AM 14       So for every increment you drill, it gets a little

09:16AM 15   stronger in terms of frac gradient, except that the sands tend

09:16AM 16   to be weaker than the shales.  Typically a half a pound per

09:16AM 17   gallon to three-quarters of a pound per gallon, you might have

09:16AM 18   an initial breakdown in the sand that is less than what you

09:16AM 19   would have in the shales.

09:16AM 20   Q.    Dr. Bourgoyne, you call, right here, the casing shoe, the

09:16AM 21   "critical link."  I'll just ask you, is this showing a

09:16AM 22   breakdown that is occurring at the casing shoe; that is, at the

09:16AM 23   critical link?

09:16AM 24   A.    Right.  We call it the critical link because this is the

09:16AM 25   area that's protecting mud from getting up into these weaker

09:16AM 1   sands up here that -- or any weaker formation that's already

09:17AM 2   behind pipe.

09:17AM 3   Q.   Let's look at 4732.

09:17AM 4        And does this demonstrate, this slide demonstrate or help

09:17AM 5   the Court to understand what can happen if you breach the

09:17AM 6   critical link at the casing shoe?

09:17AM 7   A.   Right.  In this scenario, what we're looking at is, with

09:17AM 8   dynamic effects while drilling ahead, we've broken down here at

09:17AM 9   the shoe, and as it breaks down, it's going to tend to move up

09:17AM 10  into weaker and weaker sediments.

09:17AM 11       And it will generally do that until it finds a sand, and

09:17AM 12  the sands are so much weaker than the shale above, and the

09:17AM 13  fracture will generally move out into the sand.  And the mud

09:17AM 14  weight that you can hold when you're in this situation is

09:17AM 15  basically the frac pressure of the zone that's breaking down.

09:17AM 16  Q.   What are the consequences now of pumping at a weight -- if

09:18AM 17  this situation developed, if you pump at a weight greater than

09:18AM 18  13.8, what are the consequences of that to well control?

09:18AM 19  A.   Well, the mud is just going to fall down the hole.  At

09:18AM 20  this point, the well would only hold a 13.8.

09:18AM 21       We started with a 14.5 mud, but with dynamic effects and

09:18AM 22  ECD, we had exceeded the frac gradient at the shoe.  And then

09:18AM 23  once it moves up, now it's an unstable situation, because the

09:18AM 24  mud weight that you can support now is only a 13.8 in this

09:18AM 25  example as opposed to the 14.5 that you started with.

09:18AM 1       Once it gets behind pipe, too, you can move up the cement,

09:18AM 2   top of the cement may be breached.  You could have a cascading

09:18AM 3   type of failure where it would continue to move up into some

09:18AM 4   additional sands.

09:18AM 5   Q.    What are the consequences to a cascading-type event and

09:19AM 6   how does that relate to the casing shoe being the critical link

09:19AM 7   to the pressure integrity test?

09:19AM 8   A.    Well, that's it.  It's -- a cascading type of event is a

09:19AM 9   very bad event in that your mud weight is going down, down,

09:19AM 10  down, and the chances of taking a kick are going up, up, up,

09:19AM 11  because the mud weight that the hole will withstand is going

09:19AM 12  down.

09:19AM 13      So the shoe is the critical link that's protecting these

09:19AM 14  known weak zones that are uphole.

09:19AM 15  Q.    Just one more on this series, 4733.

09:19AM 16      Does this show how severe the issue can get when you get

09:19AM 17  into a casing shoe that is overcome?

09:19AM 18  A.    What it shows is that once you reach a -- kind of an

09:19AM 19  equilibrium, the fracture has moved out into the sand and you

09:19AM 20  begin losing a lot of filtrate through the sand face because

09:20AM 21  now you've got thousands of square feet of surface area for

09:20AM 22  filtration to go on.

09:20AM 23      So, you know, you're losing mud at a high rate and

09:20AM 24  basically you're going to have a hard time recovering from this

09:20AM 25  situation.  You're probably going to wind up losing most of the

09:20AM 1    well.  Certainly probably a couple of casing strings will have

09:20AM 2    to be cemented up and redrilled.

09:20AM 3    Q.    Is this kind of failure common in the Gulf of Mexico?

09:20AM 4    A.    It's not extremely common, but it does happen from time to

09:20AM 5    time.  I think more commonly the failure is confined to the

09:20AM 6    open bore hole and not allowed to get past the shoe, because we

09:20AM 7    use the shoe as a critical link and try to protect that to the

09:20AM 8    extent that we can.

09:20AM 9    Q.    That's what I was going to ask you.  Is it -- the fact

09:20AM 10   that you're using this casing shoe test as the critical link,

09:21AM 11   one of the factors that keeps this kind of event from

09:21AM 12   occurring?

09:21AM 13   A.    Right.  And that's why you see the shoe test on all the

09:21AM 14   well control worksheets and spreadsheets and daily drilling

09:21AM 15   reports, and it's always the shoe that's written down and

09:21AM 16   carried and people are trained in how to use that in their

09:21AM 17   considerations.

09:21AM 18   Q.    Now, I want to show you quickly something that Dr. Huffman

09:21AM 19   testified to in this court, and then get your reaction to it.

09:21AM 20         Trial transcript 662.1, please.

09:21AM 21         This is Dr. Huffman's testimony.

09:21AM 22         "In the Gulf, is this margin between the fracture gradient

09:21AM 23   and the mud weight or between the pore pressure and the mud

09:21AM 24   weight?"

09:21AM 25         And he testified that, "It is between the mud weight, the

09:21AM 1    heaviest mud weight used to drill in the open hole and the

09:21AM 2    weakest fracture gradient in the open hole."

09:21AM 3         I just want to ask you, Dr. Bourgoyne, do you agree with

09:22AM 4    this statement?

09:22AM 5    A.   You know, in terms of safe drilling margin, I think BSEE

09:22AM 6    uses that terminology, and it kind of has a regulatory

09:22AM 7    implication.

09:22AM 8         But they use it to mean that the safe drilling margin on

09:22AM 9    both, the high side and on the low side, the difference between

09:22AM 10   the mud weight and the pore pressure on one side, and they also

09:22AM 11   use it in a different regulation talking about the difference

09:22AM 12   between the shoe test and the mud weight.

09:22AM 13   Q.   Okay.  Let's look at D-4735.

09:22AM 14   A.   And it certainly doesn't refer to the weakest zone in the

09:22AM 15   open hole.

09:22AM 16   Q.   That was the question I was asking.  I thought you said

09:22AM 17   that.

09:22AM 18   A.   Yeah, it's the shoe test on the high side, but they also

09:22AM 19   talk about the pore pressure as the margin on the low side.

09:23AM 20   Q.   Thank you for that clarification.

09:23AM 21        In D-4735, can you describe for the Court what this shows

09:23AM 22   in terms of the relationship of a loss circulation event to the

09:23AM 23   casing shoe.

09:23AM 24   A.   Basically, what we're showing here is the more typical

09:23AM 25   situation that you get into, that in drilling ahead with

7464

09:23AM 1    dynamic effects and, say, an ECD of 14.9 or something that

09:23AM 2    would cause a breakdown, when you have the breakdown and you

09:23AM 3    begin to lose returns and you stop drilling, if the fracture is

09:23AM 4    confined to the open hole, in other words, if this zone was

09:23AM 5    weaker than the shoe -- and it often happens that you have a

09:23AM 6    sand not too far down from the shoe will be the one that will

09:24AM 7    breakdown initially -- as the fracture moves out, the mud

09:24AM 8    weight that it will support is controlled by the fracture

09:24AM 9    pressure of that zone.

09:24AM 10        So in this sample, if the zone would initially break down

09:24AM 11   at a 14.5, then the mud weight that the well can sustain will

09:24AM 12   be stable at a 14.5.  It won't be going down to a 13.8 or a

09:24AM 13   13.3, as we saw in the previous example.  The fracture will be

09:24AM 14   confined here to this sand.

09:24AM 15        It will start off at a 14.5.  Might go a little less when

09:24AM 16   it initially breaks down; but, then you can go into, you know,

09:24AM 17   your standard lost returns mode.

09:24AM 18   Q.   That's what I wanted to ask you next.  So what are the

09:24AM 19   mitigations for this situation, and how do they differ from the

09:24AM 20   mitigations when you breach the casing shoe and you get up into

09:25AM 21   a zone where the mud weight that the zone will tolerate is

09:25AM 22   less?

09:25AM 23   A.   You know, as long as you're still in good shape with your

09:25AM 24   shoe strength here, then -- and this is the general

09:25AM 25   situation -- the sand is broken down, so you can do something

09:25AM 1     to reduce the dynamic effects.

09:25AM 2          You can cut the ECD down.  You could even cut the mud

09:25AM 3     weight down if the pore pressure will allow it.

09:25AM 4          You can also use wellbore strengthening material.  That's

09:25AM 5     kind of the standard thing that you wind up going to almost all

09:25AM 6     the time.

09:25AM 7          We have this whole new area of technology called wellbore

09:25AM 8     strengthening that's directed at increasing the fracture

09:25AM 9     resistance of a sand that has broken down.

09:25AM 10         Quite often, you can increase this by going ahead and

09:26AM 11    treating with your LCM materials and wellbore strengthening

09:26AM 12    treatments.

09:26AM 13    Q.   Let me turn now to D-4736.

09:26AM 14         Does this demonstrate a weak zone below the casing shoe

09:26AM 15    critical link where wellbore strengthening materials have been

09:26AM 16    utilized to cure or to heal the well?

09:26AM 17    A.   Right.  What you're looking at here is that they're

09:26AM 18    applying their wellbore strengthening treatment to the

09:26AM 19    fracture.

09:26AM 20         Of course, there are various levels of doing this.

09:26AM 21    Sometimes you just put a little LCM in the mud and circulate it

09:26AM 22    around.

09:26AM 23         But if it's a severe case, then you go to some of these

09:26AM 24    polymers that -- people think of it like driving a wedge into

09:26AM 25    the wall of the wellbore where the crack is.  You're kind of

09:26AM 1    wedging it off.  You're stopping it up.

09:27AM 2         In addition, you're increasing the stress that's in the

09:27AM 3    circumference of the wellbore.  You're kind of stiffening it

09:27AM 4    up.  Again, it's much like driving a wedge into the crack.

09:27AM 5         In many instances, you can stop the loss and begin to

09:27AM 6    increase the strength of the zone.  Quite often, you can get it

09:27AM 7    up to the confining layer.

09:27AM 8         So once you get it up to, in this case, around 15, which

09:27AM 9    is the shale above, you probably couldn't do any more than

09:27AM 10   that.

09:27AM 11        The people that sell this stuff sometimes call it liquid

09:27AM 12   casing.  I think that's a bit of an oversell; but, you can

09:27AM 13   strengthen the formations quite a bit with the wellbore

09:27AM 14   strengthening type materials.

09:27AM 15   Q.   Well, they are no longer here, so there won't be an

09:27AM 16   objection on that one, okay.

09:27AM 17        All right.  So this takes into account using the wellbore

09:27AM 18   strengthening to cure or heal the well.

09:28AM 19        Then, does that permit you to continue with your drilling

09:28AM 20   program?

09:28AM 21   A.   Right.

09:28AM 22        Of course, you take all of this into account.  Especially

09:28AM 23   when you have PWD data, you will have logged this hole

09:28AM 24   interval.  You will know pretty much where the permeable zones

09:28AM 25   are.  You can take view taps and find out what their

09:28AM 1    pore pressures are.

09:28AM 2        You use all of this information together; but, normally,

09:28AM 3    once you can reestablish returns, you will continue drilling at

09:28AM 4    the very minimum to get through any sands that you might be in.

09:28AM 5    Q.   Why do you want to get through the sands?

09:28AM 6    A.   Because before you set pipe again, you want to be in a

09:28AM 7    shale.  You're going to have a much stronger shoe if you can

09:28AM 8    get into a shale, get a much better cement job.  This is just

09:28AM 9    standard drilling engineering.

09:28AM 10   Q.   If your wellbore strengthening doesn't achieve a healing

09:28AM 11   of the well or allowing you to increase your mud weight so that

09:28AM 12   you can manage the conditions of the well, what are the options

09:29AM 13   that are available to the operator?

09:29AM 14   A.   Well, you know, if you can't get returns back to where you

09:29AM 15   can drill ahead and get through the sand, then you're going to

09:29AM 16   have to, you know, set pipe at some other point.

09:29AM 17       You can plug back, you can pump cement, do things likes

09:29AM 18   that; or, you can just set some heavy material in the well and

09:29AM 19   set a casing maybe a little above that.

09:29AM 20       But it's not a good situation if you can't get it to heal.

09:29AM 21   It's not that you can't recover from it, but it's probably

09:29AM 22   going to cost you an extra casing string.

09:29AM 23   Q.   Now, is what you have just described in terms of using

09:29AM 24   wellbore healing material and evaluating the situation as you

09:29AM 25   go, is that standard industry practice?

09:29AM   1    A.    Yes, that's standard industry practice.

09:29AM   2          Of course, knowing the pore pressure of what you're

09:30AM   3    drilling in, if you're in a sand, since the pores communicate,

09:30AM   4    the pressure cannot go up, the pore pressure gradient cannot go

09:30AM   5    up while you're in that sand; so, getting to the bottom of that

09:30AM   6    sand is always the safe thing to do.

09:30AM   7    Q.    Many of the operators and drillers would have procedures

09:30AM   8    on how to sequence through these options, correct?

09:30AM   9    A.    Pretty much, they all do.  They are covered in their

09:30AM   10   training.  You see it a lot of times in their training

09:30AM   11   material.

09:30AM   12         I noticed Transocean had a fairly detailed write-up, for

09:30AM   13   example.

09:30AM   14   Q.    Let's look at D-4675, and see if I have what you're

09:30AM   15   referring to there.

09:30AM   16   A.    Right.

09:30AM   17   Q.    This is the probably going to be a little hard for you to

09:30AM   18   read on your copy; but, if we can just -- is it possible to

09:30AM   19   blow up the part right there at the top.

09:30AM   20         Maybe without the testimony.  There we go.

09:31AM   21         It's still probably hard to see.  Just a little more.

09:31AM   22   Right there, yeah.

09:31AM   23         So this is showing if you're having losses while drilling.

09:31AM   24   Do you see that there is a flow chart?  Where you go over to

09:31AM   25   the right, some of these things you have discussed already, you

09:31AM  1   adjust the flow rate, the mud parameters, you observe while

09:31AM  2   circulating.

09:31AM  3        Come on down a little bit.

09:31AM  4        Then I want to ask you about the diamond-shaped box there.

09:31AM  5   It says, if the losses are less than three barrels a minute --

09:31AM  6   less than -- well, I'll just go with that.  What does that

09:31AM  7   mean?

09:31AM  8   A.   It's .3 barrels per minute.

09:31AM  9   Q.   Yeah, .3 barrels.

09:31AM 10   A.   That's about 20 barrels per hour.

09:31AM 11        What they are looking at, are these losses kind of in the

09:31AM 12   seepage loss category, or are they major losses.

09:31AM 13        If it's seepage losses, then drilling ahead would be, you

09:31AM 14   know, more of an option than if it's --

09:31AM 15   Q.   All right.  Come on down to the bottom of this one, then,

09:31AM 16   if you could.

09:31AM 17        So if you achieve seepage losses, then you continue your

09:32AM 18   operation with action to avoid further losses; in other words,

09:32AM 19   you continue drilling?

09:32AM 20   A.   Right.  That's what's shown in this spreadsheet.  That

09:32AM 21   would be a common practice.

09:32AM 22        But, of course, you always have to temper this with, you

09:32AM 23   know, what are the conditions of the hole.  You have no hard

09:32AM 24   and fast rule; but, these types of decision trees are commonly

09:32AM 25   used in the training and industry.

09:32AM 1    Transocean works for many operators, so, you know, theirs

09:32AM 2    tend to be more the general the industry standard than, you

09:32AM 3    know, what one particular company's might be.

09:32AM 4    Q.   We won't go through this on detail; but, on the other side

09:32AM 5    of that chart, if formation pressures are known, then they walk

09:32AM 6    through a sequence of curing losses with LCM, observe while

09:32AM 7    circulating.

09:32AM 8        If you can get your losses to seepage losses, then you go

09:33AM 9    on this line that says, yes, back over to continuing

09:33AM 10   operations, right?

09:33AM 11   A.   That's correct.

09:33AM 12   Q.   Then there is actually, if you come on down just a little

09:33AM 13   bit, you can see that there is a loop there, consider option

09:33AM 14   with onshore base; in other words, you can call shore.

09:33AM 15       But if you haven't achieved the ability to circulate, you

09:33AM 16   have the option of going back and trying to cure losses with

09:33AM 17   LCM, again, and you put yourself back in the loop there, don't

09:33AM 18   you?

09:33AM 19   A.   Right.  Often, with LCM's, you know, once you drive that

09:33AM 20   first wedge into the wellbore wall, sometimes another crack

09:33AM 21   will open up, so you'll have to drive another wedge into it.

09:33AM 22       So it may take several treatments before you can

09:33AM 23   successfully get it to where you need it.  But it's common in

09:33AM 24   these low pore pressure frac gradient window type operating

09:33AM 25   environments like deepwater that you would have lots of LCM

09:33AM 1    material on hand.

09:33AM 2        I even noticed that BP was careful that they had M-I

09:34AM 3    maintaining quite a bit of it in the warehouse as well.

09:34AM 4    Q.   Right.

09:34AM 5        You've also reviewed a BP policy that is similar to this

09:34AM 6    one in terms of setting out a flow?

09:34AM 7    A.   Yes, BP has similar types of decision trees.

09:34AM 8        You know, like I said, other operators that I've reviewed

09:34AM 9    their work, I've seen all that in their manuals, as well.

09:34AM 10       We've covered this type of stuff in our well control

09:34AM 11   training.

09:34AM 12   Q.   Thank you.

09:34AM 13       Now, we've look at a number of -- you've looked at a

09:34AM 14   number of documents with regard to the MMS and the definition

09:34AM 15   of safe drilling margin.

09:34AM 16       Have you seen any documents from the MMS that refers to

09:34AM 17   the safe drilling margin being between the mud weight and the

09:34AM 18   weakest point in the wellbore?

09:34AM 19   A.   No.  You know, I looked at all of their written

09:34AM 20   regulations.

09:35AM 21       Regulations is something that we talk about in well

09:35AM 22   control training.  You know, we've had many, many sessions with

09:35AM 23   many different groups over the years.

09:35AM 24       You know, I've never seen anything or heard any discussion

09:35AM 25   like that up until Dr. Huffman proposed that.

09:35AM 1    Q.   Thank you.

09:35AM 2         Now, I want to turn, Dr. Bourgoyne, to two of the pressure

09:35AM 3    integrity tests that were discussed by Dr. Huffman in his

09:35AM 4    testimony.

09:35AM 5         You're aware, I know, that Dr. Huffman has given the

09:35AM 6    opinion that two of the integrity tests that were conducted

09:35AM 7    were invalid tests, right?

09:35AM 8    A.   That's correct.

09:35AM 9    Q.   Do you agree with Dr. Huffman?

09:35AM 10   A.   Not at all.

09:35AM 11   Q.   Let's look at D-4363.2.

09:35AM 12        This is just for reference in our discussion, that one of

09:36AM 13   the tests that Dr. Huffman says was invalid is the one at the

09:36AM 14   13-and-5/8-inch shoe.  Do you see that?

09:36AM 15   A.   Yes.

09:36AM 16   Q.   You're aware of that?  You're aware that he alleges that?

09:36AM 17   A.   Yes.

09:36AM 18   Q.   Then, if we look at 4363.3, he has a similar opinion about

09:36AM 19   the test that was conducted at the 9-and-7/8-inch shoe.  Do you

09:36AM 20   see that?

09:36AM 21   A.   That's correct.

09:36AM 22   Q.   All right.  That's what we want to discuss now.

09:36AM 23        I want to ask you, first of all, Dr. Bourgoyne, what

09:36AM 24   materials did you review -- well, let me step back.

09:36AM 25        Did you form the opinion that the 13th-and-5/8-inch shoe

09:36AM 1    test and the 9-and-7/8-inch shoe test at the Macondo well were

09:36AM 2    valid tests?

09:36AM 3    A.    I did.  I looked at the information and concluded that

09:36AM 4    they were valid.

09:36AM 5    Q.    All right.

09:36AM 6    A.    I did my own independent review of that.

09:36AM 7    Q.    I want to turn your attention to D-4848.

09:37AM 8          I've just put there some of the information that I believe

09:37AM 9    you reviewed in coming to this conclusion; but, if you would

09:37AM 10   just share briefly with us what you looked at and how you -- I

09:37AM 11   want to not get to all the detail of how you came to the

09:37AM 12   conclusion, but what you looked at right here.

09:37AM 13   A.    This is a fairly inclusive list.

09:37AM 14         You know, I looked at all of the predrill information and

09:37AM 15   prediction materials as what they were expecting for

09:37AM 16   pore pressures and frac gradients and so forth.

09:37AM 17         I looked very carefully at all the operational records,

09:37AM 18   including the morning reports, operations reports, the IADC's,

09:37AM 19   various other reports that field people had in the record.

09:37AM 20         I looked at the BP procedure.  There's a very detailed

09:37AM 21   procedure spelled out.  They have a pressure integrity test

09:37AM 22   workbook that the field people fill out when they're evaluating

09:38AM 23   the pressure integrity test.

09:38AM 24   Q.    Can I stop you right there on that one because I've got a

09:38AM 25   point that I think we haven't mentioned.  That is, does the MMS

09:38AM 1    allow for a range of tests that can be used to determine

09:38AM 2    pressure integrity at the shoe?

09:38AM 3    A.    Yes.  They don't tell you how to do it.  Operators I have

09:38AM 4    observed do vary quite a bit, both in how they run the test and

09:38AM 5    how they interpret the test.

09:38AM 6          But BSEE allows the operators to use what they think is

09:38AM 7    appropriate and then document what they do.  Then --

09:38AM 8    Q.    Did you find that BP's testing protocol was an appropriate

09:38AM 9    procedure?

09:38AM 10   A.    Yes, I found BP's testing protocol fell well within the

09:38AM 11   range of what I've seen done in the Gulf of Mexico --

09:38AM 12   Q.    Thank you.  Please continue?

09:38AM 13   A.    -- by other operators.

09:38AM 14         The spreadsheets, also, that I looked at were those that

09:39AM 15   were filled out that contained all the data.

09:39AM 16         Before I wrote the report, I didn't have all the

09:39AM 17   Halliburton records from the cementing units, but I have had a

09:39AM 18   chance to review them since writing the report.

09:39AM 19         So there is some Halliburton digital data that was

09:39AM 20   obtained during the pressure integrity test.

09:39AM 21         I also looked at the downhole data, the PWD, the MWD data

09:39AM 22   that was collected, the mud log records and so forth, both the

09:39AM 23   downhole records and the surface drilling data records that

09:39AM 24   were being collected during the time of the -- the tests were

09:39AM 25   run.

09:39AM 1    Q.    I think --

09:39AM 2    A.    I looked at the mud logs, as well.

09:39AM 3    Q.    I didn't mean to interrupt you.  I'm sorry.

09:39AM 4          We referenced earlier that Dr. Huffman did not look at the

09:39AM 5    PWD data.  Do you know whether or not he looked at the

09:39AM 6    Halliburton records from the cementing unit?

09:40AM 7    A.    No.  But, basically, the Halliburton records do show, you

09:40AM 8    know, the same basic information that is in the spreadsheets.

09:40AM 9    Q.    So they're confirmatory of what you see in other places?

09:40AM 10   A.    Yes.

09:40AM 11   Q.    All right.

09:40AM 12         Now, Dr. Huffman spent a fair amount of time talking about

09:40AM 13   e-mails that were being sent back and forth during the period

09:40AM 14   of time that these tests were being conducted.

09:40AM 15         Did you review the e-mail traffic that was taking place

09:40AM 16   around the times of these tests?

09:40AM 17   A.    I did review the e-mails.  Most of the e-mails, of course,

09:40AM 18   was from the pore pressure frac gradient team, that it's their

09:40AM 19   job to predict what the frac gradients and pore pressures are

09:40AM 20   going to be.

09:40AM 21         So, of course, they're very much interested in getting

09:40AM 22   data that they can use to calibrate their models.

09:40AM 23   Q.    What's the significance of that in terms of this case?

09:41AM 24   A.    Well, you know, the purpose of a shoe tests is a pressure

09:41AM 25   test to show that the shoe is strong enough to proceed to the

09:41AM 1    next section.

09:41AM 2         The pore pressure frac gradient team are also looking

09:41AM 3    beyond that.  They would like to see data that tells them about

09:41AM 4    the stress in the earth that they can use to calibrate their

09:41AM 5    equations with.

09:41AM 6         But in general I think, you know Honor, there was some

09:41AM 7    discussion because the results weren't agreeing with what they

09:41AM 8    were calculating.  They were kind of exploring why that might

09:41AM 9    be.

09:41AM 10        I did look at that, but I looked at the data.  I relied on

09:41AM 11   the data, not on e-mails.

09:41AM 12   Q.   Are you aware of testimony from representatives of BP

09:41AM 13   where comment is made on whether or not the tests were valid?

09:41AM 14   A.   I've looked at some of that, yes.

09:42AM 15   Q.   Let's look at D-4849.

09:42AM 16        You see here we have Marty Albertin, a geophysical

09:42AM 17   advisor.

09:42AM 18        Did he testify that:  "The results of the tests for those,

09:42AM 19   the two shoes, we deemed the formation strength to be higher

09:42AM 20   than overburden"?

09:42AM 21        Do you see that?

09:42AM 22   A.   I see that.

09:42AM 23   Q.   He says:  "We had discussions about it, but after

09:42AM 24   discussions we felt the tests were valid."

09:42AM 25        Do you see that?

09:42AM 1    A.   Yes, I had seen that.

09:42AM 2    Q.   Do you agree that after looking at the data, that the

09:42AM 3    tests were valid?

09:42AM 4    A.   Yes.

09:42AM 5    Q.   Likewise, did you look at the testimony "Pinky" Vinson at

09:42AM 6    Demonstrative 4850?

09:42AM 7    A.   Yes.

09:42AM 8    Q.   Is this one of the depositions you considered, and did you

09:42AM 9    see that he didn't personally see any evidence in the test that

09:42AM 10   would tell him that it was an erroneous test?  Do you see that?

09:42AM 11   A.   I see that.

09:42AM 12        You know, when I reviewed the concerns that people were

09:43AM 13   raising about the pressures being higher than expected, you

09:43AM 14   know, I read what they said, and I took that in consideration

09:43AM 15   when I did my detailed investigation.

09:43AM 16        I was able to verify that, indeed, new formation was

09:43AM 17   drilled, pressure was applied at the proper place, and that the

09:43AM 18   tests were valid.

09:43AM 19   Q.   Let me show you just one of the e-mails, just by way of

09:43AM 20   example, and see if this helps us to understand the

09:43AM 21   relationship between e-mails and the actual data.

09:43AM 22   TREX-1343.1.2.

09:43AM 23        Do you see that this is an e-mail that relates to the

09:43AM 24   9-and-7/8-inch Leak-Off Test?  Do you see that?

09:43AM 25   A.   Yes.

7478

09:43AM 1    Q.   If we could come down and highlight just this part right

09:43AM 2    here -- well, which I expect is much lower than this FIT

09:44AM 3    suggests, possible explanations, and then it has four things

09:44AM 4    listed there.  Do you see those?

09:44AM 5    A.   Yes.

09:44AM 6    Q.   In terms of the outcome of the work on the 9-and-7/8-inch

09:44AM 7    test, are these appropriate considerations to be making in

09:44AM 8    terms of understanding the test?

09:44AM 9    A.   Well, they were exploring different possible explanations

09:44AM 10   for why their predictions were -- you know, were not met and

09:44AM 11   why the results were higher than expected.

09:44AM 12        They included tectonic stresses, increasing horizontal

09:44AM 13   stresses.  That's definitely a possible reason.

09:44AM 14        High formation tensile strength, I think that's entirely a

09:44AM 15   possible reason.  In fact, that's one that I attributed to the

09:44AM 16   reasons that the test results were high.

09:44AM 17        Of course, they say they are more likely to see this when

09:44AM 18   a small section is exposed beneath the shoe.  That's true

09:45AM 19   because when you see the effect of tensile strength is when you

09:45AM 20   are testing rock that doesn't have a preexisting crack in it.

09:45AM 21        Most rock in the earth is pretty well cracked up.  But,

09:45AM 22   you know, if you're only drilling 10 or 15 feet, sometimes you

09:45AM 23   will hit a section that doesn't have any natural flaws for a

09:45AM 24   crack to get started.  Then, before you can break it apart, you

09:45AM 25   have to overcome its tensile strength.

09:45AM  1      Rock does have tensile strength.  It's much stronger in

09:45AM  2  compression than tension, but it does have some tensile

09:45AM  3  strength if it's not already broken.

09:45AM  4  Q.   Donnie, can we look at this sentence right here:  "I think

09:45AM  5  the most likely explanation is that we have tested a shale with

09:45AM  6  very high tensile strength or we have tested cement casing."

09:45AM  7      Do you see that?

09:45AM  8  A.   Yes.  I think that's what they were worried about, that,

09:45AM  9  you know, it's either a shale that has a high tensile strength,

09:46AM 10  that's one possibility; or, the driller didn't know where he

09:46AM 11  was, and he didn't drill out of the shoe, and they were testing

09:46AM 12  inside a casing.

09:46AM 13      That's what he's suggesting are the two likely

09:46AM 14  explanations.

09:46AM 15  Q.   Now --

09:46AM 16  A.   Of course, I looked at both of them, and I know that the

09:46AM 17  first one is correct -- or at least the second one I've proven

09:46AM 18  is not correct.

09:46AM 19  Q.   So right here where he says, "we have tested cement

09:46AM 20  casing," did you look at the data to rule that out as a

09:46AM 21  possibility?

09:46AM 22  A.   Yes, I did.  I looked very extensively at the detail data.

09:46AM 23  Q.   All right.  Thank you for that.

09:46AM 24      Now, let's go to -- back to 1558.1.1.

09:46AM 25      Dr. Bourgoyne, this is the regulation that we looked at

09:46AM 1    earlier.  I'll just ask you, are the safe drilling regulations

09:47AM 2    that were utilized back at this point in time under the

09:47AM 3    requirements for pressure integrity tests?

09:47AM 4    A.    Yes.  I think, you know, with respect to the safe drilling

09:47AM 5    margin in terms of fracture gradient, it's part of the

09:47AM 6    requirements for the pressure integrity test is where it's

09:47AM 7    discussed, but it refers back to the pressure integrity tests.

09:47AM 8          I think that's the way every one that I know of interprets

09:47AM 9    it, that the safe drilling margin is with respect to the shoe

09:47AM 10   test.

09:47AM 11   Q.    Now, I want to turn our attention to how BP conducted its

09:47AM 12   test at the Macondo well.

09:47AM 13         If we could start, please, with D-4737.

09:48AM 14         I think, Dr. Bourgoyne, probably the best thing to do is

09:48AM 15   just to orient the Court to the casing test on the left, and

09:48AM 16   begin by describing what that is.

09:48AM 17         Then, this plot here, what it represents and whether or

09:48AM 18   not it is in the range of what you would be looking for in a

09:48AM 19   casing test at the shoe.

09:48AM 20   A.    Yes.  I used the 13-and-5/8-inch pressure integrity test

09:48AM 21   as an example to kind of make it clear, Judge, exactly what's

09:48AM 22   involved in this type of test.

09:48AM 23         This is a schematic of the Macondo well at the time of the

09:48AM 24   casing test on the 13 and 5/8 shoe.

09:48AM 25         Basically, what you see is that this new casing is a

09:48AM 1    little piece down here at the bottom that has been cemented in,

09:48AM 2    and the cement has not been drilled out yet.

09:49AM 3    Q.   It's hard to see, but is the new casing this red right

09:49AM 4    here that we see?

09:49AM 5    A.   Right.

09:49AM 6    Q.   It's been cemented in.

09:49AM 7    A.   Yes.

09:49AM 8    Q.   You've got the casing shoe is right there.

09:49AM 9    A.   Right, and the shoe has not been drilled out.

09:49AM 10        So, basically, yes, we have, you know, the casing that

09:49AM 11   we're testing has been run, and it goes all the way down to

09:49AM 12   13,150.

09:49AM 13        We've cemented it up, and we have cement in the annulus.

09:49AM 14   We also have cement in the bottom of the casing that has not

09:49AM 15   yet been drilled out.

09:49AM 16        So all this orange that we see is mud that we're going to

09:49AM 17   pressurize in order to test the casing.  We pressurize it by

09:49AM 18   pumping down the kill line with the blowout preventers closed.

09:49AM 19        What they are doing here is they are testing the BOPs and

09:49AM 20   testing the casing at the same time, by pressurizing everything

09:49AM 21   between the BOPs and the casing.  That's the way you get the

09:49AM 22   pressure applied down here.

09:49AM 23   Q.   Is this the test results from the test that's actually

09:50AM 24   conducted with the plot that demonstrates the response in terms

09:50AM 25   of the test?

09:50AM 1    A.    Yes.   The BP protocol calls for testing the casing in the

09:50AM 2    same way that you're going to do the leak-off, that is, in this

09:50AM 3    case, pumping a half a barrel a minute at a constant pump rate,

09:50AM 4    and then write down the pressures every minute as it goes up.

09:50AM 5         What this does, this gives us a base slope line here as to

09:50AM 6    how much the pressure goes up for so many barrels pumped.

09:50AM 7         As you can imagine, this depends on the volume of mud that

09:50AM 8    you're having to compress over here.   It's kind of like pumping

09:50AM 9    up a tire; the bigger the tire, the more you're going to have

09:50AM 10   to pump into it to get the pressure to go up.

09:50AM 11        So they do this kind of in preparation for running this

09:50AM 12   test in that they see what this normal behavior should look

09:50AM 13   like.

09:51AM 14        Then, once they get to a high enough pressure, they turn

09:51AM 15   the pump off.   You get an immediate drop in pressure when you

09:51AM 16   turn the pump off because now you're no longer having

09:51AM 17   frictional losses in this long, mile-long kill line that you're

09:51AM 18   pumping through in order to pressurize the casing.

09:51AM 19        So you record your instantaneous shut-in pressure.   Then,

09:51AM 20   observe it for 30 minutes, and if the pressure doesn't go down

09:51AM 21   more than 10 percent, then that's generally a passed test.

09:51AM 22   Q.    Is this an appropriately set up test here?

09:51AM 23   A.    This is very appropriate for casing tests.   That's the way

09:51AM 24   most people do it.

09:51AM 25   Q.    It's a good test?

09:51AM  1    A.    Kind of standard practice.

09:51AM  2          This is a good test.  It passed the test.

09:51AM  3    Q.    Now, for --

09:51AM  4    A.    But the yellow portion corresponds, Judge, to when the

09:51AM  5    pump is off.  So you pump up over here on the left side, and

09:51AM  6    then when you pump off, or when you turn the pump off, this

09:51AM  7    part of the graph where the pressure goes down, you're no

09:52AM  8    longer pumping.

09:52AM  9    Q.    Then, if we move over to the pressure integrity test, or

09:52AM 10    the Leak-Off Test, are we showing here that we have now drilled

09:52AM 11    out this cement that's down in the -- we've drilled out the

09:52AM 12    cement, and we've come down to a deeper depth, another 10 feet

09:52AM 13    or so --

09:52AM 14    A.    Right.

09:52AM 15    Q.    -- below the casing shoe?

09:52AM 16    A.    You've drilled out the shoe, and then you drill ahead

09:52AM 17    another 10 feet into the formation.

09:52AM 18          Notice, you've got a smaller hole down here.  Now you're

09:52AM 19    drilling with a smaller bit than what you had drilled when you

09:52AM 20    were drilling a hole big enough to run this casing in.  So this

09:52AM 21    is a different BHA.

09:52AM 22          But you drill ahead.  Then you repressurize the whole

09:52AM 23    system.  You can see now you're testing to see whether the

09:52AM 24    cement is going to hold and whether the formation might begin

09:52AM 25    to fracture.

09:52AM 1   Q.   This line here shows as you're pumping up with additional

09:52AM 2   barrels according to the protocol; then, here you're showing

09:52AM 3   the period of time with the pumps off?

09:53AM 4   A.   Right.

09:53AM 5        You notice, just before they turn the pump off, that the

09:53AM 6   pressure broke over, that it quit going up; that it indicates,

09:53AM 7   you know, there is a leak or something breaking down there,

09:53AM 8   that the formation is taking mud.

09:53AM 9        So this is an indication that you've created a small

09:53AM 10  fracture.  That's what you do in a Leak-Off Test, is you

09:53AM 11  purposefully make a small crack -- or if there is a fracture

09:53AM 12  already there, you pump it up just a little bit and then quit.

09:53AM 13       So the BP protocol says stop pumping when you get two

09:53AM 14  points at the same value or the pressure starts going down.

09:53AM 15  Then you stop pumping and then record what your shut-in period

09:53AM 16  looks like, and then you go to your interpretation.

09:53AM 17       Of course, with their spreadsheet, it's kind of an

09:53AM 18  automatic interpretation.

09:53AM 19  Q.   This data is recorded on the rig, both automatically and

09:53AM 20  people are also watching it and reporting?

09:53AM 21  A.   Right.

09:53AM 22       Also, the PWD tool down here is recording it.

09:53AM 23       Now, they don't have the detailed PWD data while they're

09:54AM 24  recording it; but, later, when they pull the bit and dump it --

09:54AM 25  Q.   They get the data back.

09:54AM 1   A.    -- they get the data back.  I had that data available to

09:54AM 2   help verify that this was a proper test.

09:54AM 3   Q.    In terms of the pressure integrity test that was conducted

09:54AM 4   on the 13-and-5/8-inch shoe, that is, the Leak-Off Test, was it

09:54AM 5   conducted and interpreted in an appropriate way by BP?

09:54AM 6   A.    Yes, I think so.

09:54AM 7   Q.    Now, I want to turn your attention, if I could, on the

09:54AM 8   13 and 5/8, to a demonstrative that you have created to help

09:54AM 9   the Court.  It is D-155A, and this relates to 13 and 5/8.

09:54AM 10        Can you walk us through quickly, Dr. Bourgoyne, what this

09:54AM 11  slide is and how it helps you to understand that this is a

09:54AM 12  valid test.

09:54AM 13  A.    Well, basically, this was my independent analysis of the

09:54AM 14  Leak-Off Test results.  So I took the data from the

09:55AM 15  spreadsheet, and I plotted it myself.

09:55AM 16        You know, you've got your casing test, which is the blue

09:55AM 17  points, and the blue line shows a straight line trend.

09:55AM 18        The red points was the Leak-Off Test.  I put the straight

09:55AM 19  line trend in there so I could see when it departed from the

09:55AM 20  trend.

09:55AM 21        Another sort of standard technique that a lot of operators

09:55AM 22  use is when the curve does break over, you put a straight line

09:55AM 23  through the first two or three points, after it breaks over,

09:55AM 24  and then where those two lines intersect would be what you

09:55AM 25  would interpret as the fracture initiation.

09:55AM  1          But in this case, the initiation and the propagation for

09:55AM  2     that short period of time that they were pumping was basically

09:55AM  3     the same.  So I got the same number they did in terms of

09:55AM  4     equivalent mud weight.

09:55AM  5          Now, I did go a little further and I analyzed the data on

09:56AM  6     pressure versus time, which is another procedure that you see

09:56AM  7     in the literature.  And you do get a different number for

09:56AM  8     fractured closure in this case.

09:56AM  9          Again, you look sort of for a break in the curve here of

09:56AM 10     pressure versus time, where this one is pressure versus volume,

09:56AM 11     so we took that previous data, and instead of plotting it

09:56AM 12     versus time, we now plot it versus barrels pumped.

09:56AM 13     Q.   How does this support your conclusion, Dr. Bourgoyne, that

09:56AM 14     this was a properly conducted and interpreted test?

09:56AM 15     A.   Well, again, I get the same results.  I see that the slope

09:56AM 16     is appropriately the same as the casing pressure test, because

09:56AM 17     we're pumping up about the same amount of mud, and we're not

09:56AM 18     seeing any leakage until we initiate the fracture, so, you

09:56AM 19     know, it looks perfectly normal, other than the fact that the

09:56AM 20     results were high.

09:56AM 21     Q.   Okay.

09:57AM 22     A.   But it's still a valid test and it's showing a valid

09:57AM 23     strong shoe.

09:57AM 24     Q.   Is the shape of the curve that you show here consistent

09:57AM 25     with a valid test?

09:57AM 1    A.    Yes.  If you had cement leakage, typically you'll have a

09:57AM 2    much lesser slope, and it will be less linear in this type of

09:57AM 3    rock.

09:57AM 4         You also look at the flow back that you get.  When you

09:57AM 5    release the pressure at the end of the test, you look at how

09:57AM 6    many barrels that you get back compared to how many that you

09:57AM 7    pumped, and all that looked consistent.

09:57AM 8    Q.    And then over here, how do you use this information?

09:57AM 9    A.    Over here, what you're doing, again, is you're looking for

09:57AM 10   fracture closure, so you look for the break in the trend

09:57AM 11   when -- as the pressure decreases.

09:57AM 12        So what you kind of are envisioning here is the crack

09:58AM 13   closes up and then, once it's closed, then the pressure tends

09:58AM 14   to start leveling off, or at least decrease at a lesser rate.

09:58AM 15   Q.    Is there anything about the work that you did, that is,

09:58AM 16   independently looking at the 13 5/8 inch shoe, that suggests or

09:58AM 17   indicates to you that the test was an invalid test?

09:58AM 18   A.    No.  I think it was a valid test.  And I would have also

09:58AM 19   reported the information based on this initial break-over.  A

09:58AM 20   lot of people don't trust the fracture closure numbers when

09:58AM 21   it's measured in mud.  They use them a lot in this new shale

09:58AM 22   fracking technology where you're fracking with clear fluids.

09:58AM 23   But where you have mud that can gel up, most people don't rely

09:58AM 24   on this.

09:58AM 25        I went ahead and checked it, and either way, both numbers

09:58AM 1   are high enough that you have a strong enough shoe to go ahead.

09:58AM 2   Q.    Thank you.

09:58AM 3         Now, let's look at the same information for the 9 7/8 inch

09:59AM 4   pressure integrity test.  We won't go through the whole conduct

09:59AM 5   of the procedure.

09:59AM 6         If we can look at D-4157A.

09:59AM 7         Dr. Bourgoyne, did you do the same work for the formation

09:59AM 8   integrity test for the 9 7/8 inch shoe?

09:59AM 9   A.    Right, I did.  And we've got an additional curve on here

09:59AM 10  that I've added since my report.  I was shown an additional

09:59AM 11  second casing pressure test that I didn't have when I did my

09:59AM 12  report.  But the main curve I had, which was the pressure

09:59AM 13  integrity test data itself, this red curve.

09:59AM 14        And it -- my analysis agrees fully with what BP's was.  It

09:59AM 15  shows an equivalent mud weight of 16 pounds per gallon for the

09:59AM 16  fracture integrity test.

09:59AM 17        Now, in this case, we didn't break down anything.  They

09:59AM 18  just stopped the test.  And this is perfectly okay.  BP does

10:00AM 19  this in some cases when they get to a high enough pressure that

10:00AM 20  they know they can drill the section, they don't have to go all

10:00AM 21  the way to leak-off.

10:00AM 22        In this case, they had only tested the casing a little bit

10:00AM 23  higher, so they pretty much had to terminate the test at this

10:00AM 24  value.

10:00AM 25        This is the pressure versus time afterwards that shows no

10:00AM 1    decline, and it shows that it's a very impermeable 10 feet of

10:00AM 2    formation there that has been drilled.

10:00AM 3    Q.    Your opinion is that the 9 7/8 inch test was an

10:00AM 4    appropriate test and properly interpreted by BP?

10:00AM 5    A.    Yes.

10:00AM 6    Q.    Now, I want to look at a table that we've created now for

10:00AM 7    indicators of a valid shoe test, and we'll talk about these

10:00AM 8    factors, Dr. Bourgoyne, as quickly as we can in terms of the

10:01AM 9    tests that were conducted.

10:01AM 10        I'll just ask you, have we shown here on the screen the

10:01AM 11   four factors that you believe are important to the

10:01AM 12   determination of whether a shoe test is valid?

10:01AM 13   A.    Yes.  I think that first one was the one that was the most

10:01AM 14   in question in the minds of some people, some of the

10:01AM 15   pore pressure frac gradient team.

10:01AM 16        Did they drill and test new formation, or were they

10:01AM 17   drilling -- still inside a steel casing when they did the test?

10:01AM 18   So that's the first question.

10:01AM 19   Q.    Did you independently look at that?  Are you ready to talk

10:01AM 20   about that?

10:01AM 21   A.    I looked at that extensively.  So that was the first thing

10:01AM 22   that -- and most important thing.

10:01AM 23        The other things on this list, you know:  Were the

10:01AM 24   pressure gauges accurate?  Did the crew follow an appropriate

10:01AM 25   procedure?  Did the curve have linear buildup consistent with

10:01AM 1    the successful test?  This was all true.

10:02AM 2        I was able to verify the gauges with PWD data.  The crew

10:02AM 3    followed the BP procedure, the BP protocol, which was entirely

10:02AM 4    appropriate.  I went very carefully through their procedure,

10:02AM 5    and it definitely falls within the range of what industry does.

10:02AM 6        And does the curve have the buildup consistent with a

10:02AM 7    successful test on the casing?  And they all do.

10:02AM 8    Q.   I want to just go through just a few of the details that

10:02AM 9    you've mentioned, and if we could turn quickly to the issue of

10:02AM 10   drilling new formation.

10:02AM 11       How did you evaluate whether the Transocean crew working

10:02AM 12   with BP had drilled new formation to test as part of the

10:02AM 13   Leak-Off Test?

10:02AM 14   A.   I looked carefully at the daily operations report as to

10:03AM 15   what they wrote down in there, as to what they were doing.

10:03AM 16   Q.   Can I stop you right there, just to keep us going, if I

10:03AM 17   could.  I don't mean to interrupt.  But I'm going to pull up

10:03AM 18   the exhibit I think you want to reference here, 41053.1.10.

10:03AM 19       And this would be a daily drilling report dated March 22,

10:03AM 20   2010?

10:03AM 21   A.   Yes.

10:03AM 22   Q.   And then if we look at the entry there, TREX-41053.2.5, do

10:03AM 23   you see in the daily drilling report that they record:

10:03AM 24   "Drill 10 feet of new formation from 13,150 to 13,160"?

10:03AM 25   A.   Yes.  That's correct.

10:03AM 1    Q.   In your experience, when experienced drillers, like those

10:03AM 2    of Transocean, report that they have drilled ten new feet of

10:03AM 3    new formation, do they usually know what they have done?

10:04AM 4    A.   Yes.  I mean, that's their job.  They are very good at it.

10:04AM 5    And there is a lot more detail in some of the other reports,

10:04AM 6    you know, that you can follow exactly where they are.  They

10:04AM 7    could tell when they were drilling the flow collars out and the

10:04AM 8    shoes and things like that.  I mean, they were recording

10:04AM 9    information that indicated they knew what they were doing.

10:04AM 10   Q.   Okay.

10:04AM 11   A.   And you would normally expect that a driller knows when

10:04AM 12   he's drilling in the new formation.

10:04AM 13   Q.   Correct.

10:04AM 14        D-4742 is a demonstrative that you have helped us create,

10:04AM 15   I believe, to talk about this case.

10:04AM 16        Can you describe for the Court the information that you

10:04AM 17   can pick up from the gamma ray that tells you that new

10:04AM 18   formation is being drilled there below the shoe?

10:04AM 19   A.   Yes.  This is the mud log for the interval.  And looking

10:05AM 20   first at the lithology, you can see that it's shale, and shale

10:05AM 21   has some natural radioactivity to it that's normally used to

10:05AM 22   determine when you're in shale.

10:05AM 23        So we're in a consistent formation.  What we see is that

10:05AM 24   the gamma ray response, when you're inside a casing and inside

10:05AM 25   its larger O hole, is attenuated.  You're getting fewer gamma

10:05AM 1    rays measured, having to go through this steel and this cement,

10:05AM 2    versus the gamma ray response when you're at -- down here in

10:05AM 3    new formation with a smaller hole.  The gamma ray recorder is

10:05AM 4    closer to the shale, so to speak, and the reading is not being

10:05AM 5    attenuated.

10:05AM 6        And you can see this, what we call the *shale baseline* on

10:05AM 7    your gamma ray readings is consistent and shows up right where

10:06AM 8    it's supposed to as far as moving into new formation.

10:06AM 9        So this clearly shows where the bottom of the casing is,

10:06AM 10   and then when you're in new formation.  It shows up clearly on

10:06AM 11   your gamma ray response.

10:06AM 12   Q.   Does this help you understand, Dr. Bourgoyne, that you're

10:06AM 13   not testing cement and casing?

10:06AM 14   A.   Right.  It clearly shows that you're in the new hole.

10:06AM 15   Q.   I believe you've said that, let me just look quickly, you

10:06AM 16   did this work also for the 9 7/8 inch shoe, the lower shoe?

10:06AM 17   A.   I did.  Yes.

10:06AM 18   Q.   If we could look at D-7 -- D-4744.

10:06AM 19   A.   I looked at more than this, but, you know, this was one of

10:06AM 20   the critical ones that demonstrates a new hole.

10:06AM 21   Q.   You looked at the drilling chart data also?

10:06AM 22   A.   Yeah.  I looked at penetration rate.  I looked at torque.

10:06AM 23   I looked at a lot of things, and it all confirmed it.

10:06AM 24   Q.   Okay.

10:06AM 25   A.   But again, you can see the shale baseline down here, and

10:07AM 1    you can see that we're in the new formation in that we have a

10:07AM 2    different line up here when we're inside a casing and cement.

10:07AM 3    Q.   Dr. Bourgoyne, from your independent review of the work

10:07AM 4    that was done on the Macondo well, is there any doubt in your

10:07AM 5    mind that the drilling crew properly drilled new formations

10:07AM 6    before the 9 7/8 inch and the 13 5/8 inch shoe test?

10:07AM 7    A.   None at all.

10:07AM 8    Q.   I think you've mentioned that the -- that you went back

10:07AM 9    and you looked and you did conclude that the pressure gauges

10:07AM 10   were accurate?

10:07AM 11   A.   Yes.  You could look at the PWD data, which those gauges

10:07AM 12   downhole are probably the most accurate gauges we have on the

10:07AM 13   rig.  They have a very high resolution.  And they did confirm

10:07AM 14   what was recorded at the surface.

10:07AM 15       And they also showed a small decrease on the 9 7/8 shoe

10:08AM 16   test.  I think that was one of the things that Dr. Huffman had

10:08AM 17   pointed out that made it invalid, is because the pressure

10:08AM 18   didn't go down at all.

10:08AM 19       Of course, I disagree that it would have made it invalid,

10:08AM 20   but in reality, if you look at the downhole data, it did go

10:08AM 21   down some.

10:08AM 22   Q.   All right.  I want to just go through now quickly -- if we

10:08AM 23   could put our demonstrative 4764.6 back up.  4764.6.

10:08AM 24       Dr. Bourgoyne, I want to ask you, did the curve that you

10:08AM 25   saw at 13 5/8 and 9 7/8 have a linear build consistent with a

10:08AM   1    successful casing test?

10:08AM   2    A.    Yes.   In both cases.

10:09AM   3    Q.    Now, I want to turn briefly to Dr. Huffman's criticisms of

10:09AM   4    these tests and ask you to respond.

10:09AM   5          If we look at TREX-7510.36.2 --

10:09AM   6          THE COURT:  Let me ask you, Mr. Brock.  Is this a good

10:09AM   7    time to take 15 minutes?

10:09AM   8          MR. BROCK:  Yes, sir.

10:09AM   9          THE COURT:  Let's take about a 15-minute recess.

10:09AM  10          THE DEPUTY CLERK:  All rise.

10:09AM  11          (WHEREUPON, at 10:09 a.m., the Court took a recess.)

10:29AM  12          THE DEPUTY CLERK:  All rise.

10:29AM  13          THE COURT:  Please be seated.

10:29AM  14               Mr. Brock, you may resume.

10:29AM  15          MR. BROCK:  Thank you, Your Honor.

10:29AM  16          BY MR. BROCK:

10:29AM  17    Q.    Dr. Bourgoyne, I want to take a quick look at

10:29AM  18    TREX-4533.26.6.

10:29AM  19          One of the opinions that you've offered is that the

10:29AM  20    pressure integrity tests were conducted in an appropriate way.

10:29AM  21          Can you describe what this chart is and how it helps you

10:29AM  22    to understand whether or not this test was conducted within

10:29AM  23    industry standard?

10:29AM  24    A.    Well, basically, this is an Excel worksheet that is in an

10:30AM  25    Excel workbook that corresponds to BP's pressure integrity test

10:30AM 1   workbook.  It's opened to the page for -- looks like maybe the

10:30AM 2   13 and 5/8 -- let's see if I can --

10:30AM 3   Q.    Yes, sir.

10:30AM 4   A.    -- yeah, 13-and-5/8-inch sheet.  Kind of blurry here.

10:30AM 5   Q.    It is 13 and 5/8.

10:30AM 6   A.    But, you know, basically, this tells you what the pressure

10:30AM 7   integrity test worksheet -- the pressure integrity test plot

10:30AM 8   looks like.

10:30AM 9        The red points come on up on a straight line, and then

10:30AM 10  they break over.  Then, here is your casing tests in blue.  You

10:31AM 11  can see that the slopes are somewhat similar.  Might be a

10:31AM 12  little bit less, but, you know, that's okay.

10:31AM 13       What you don't want is a curve that builds up at a much

10:31AM 14  less slope and is more not linear.  Then the breakover over

10:31AM 15  here, where you depart from the straight line, is also a normal

10:31AM 16  type of behavior.

10:31AM 17  Q.    Okay.  Was that showing up on your screen when you were

10:31AM 18  pointing at it?

10:31AM 19  A.    Some small dots showed up just now on yours.

10:31AM 20  Q.    All right.

10:31AM 21  A.    Let me try it.  Yeah, I'll just press a little harder.

10:31AM 22  Q.    So in terms of the relationship between the two curves

10:31AM 23  that you see there on the 13-and-5/8-inch test, does that tell

10:31AM 24  you that this is a good test or a bad test?  What does it tell

10:31AM 25  you?

10:31AM 1    A.    You know, it tells you a test that you can interpret,

10:31AM 2    that -- you know, it would indicate that it's a good test, if

10:32AM 3    the pressure is applied in the correct spot and the pressure

10:32AM 4    gauges are accurate, you know.

10:32AM 5          So yes, it's part of the indication that leads to the

10:32AM 6    conclusion it's a valid test.

10:32AM 7    Q.    You looked at the issue of applying pressure in the right

10:32AM 8    spot and in the right amount?

10:32AM 9    A.    That's correct.

10:32AM 10   Q.    Now, let's look at 4:533.28, which is the same page for

10:32AM 11   the 9-and-7/8-inch test, I think?

10:32AM 12   A.    Basically, what these workbook sheets are showing are the

10:32AM 13   actual raw data over here in the columns that were copied down

10:32AM 14   during the test.

10:32AM 15   Q.    Similarly, does this reflect to you that the test was

10:32AM 16   conducted and interpreted in the appropriate way?

10:32AM 17   A.    Yes.  You know, the data and the plotting of the data,

10:33AM 18   it's appropriate.  The test looks valid.  The procedures that

10:33AM 19   were followed were appropriate for the BP protocol.

10:33AM 20         You know, I looked at all of the other things that you

10:33AM 21   need -- that need to go with this to make sure it's valid.

10:33AM 22   Q.    All right.  Thank you for that.

10:33AM 23         Now, back to the issue of Dr. Huffman's criticisms of the

10:33AM 24   test.  I want to look at 13-and-5/8-inch first.

10:33AM 25         I'm going to put on the screen 7510.36.2.  Thank you.

7497

10:33AM 1          So here are Dr. Huffman's criticisms.  I want to walk

10:33AM 2     through these and then have you respond to them.

10:33AM 3          Leak-off pressurization curve suspiciously similar in

10:34AM 4     slope to the slope of the casing integrity test.  Small

10:34AM 5     difference between the apparent leak-off pressure and the

10:34AM 6     fracture propagation pressure.  Initial shut-in pressure lower

10:34AM 7     than one would expect, and an anomalously steep decline in

10:34AM 8     pressure during the shut-in period.

10:34AM 9          I'll just ask you, Dr. Bourgoyne, do these criticisms have

10:34AM 10    merit?

10:34AM 11    A.    No.

10:34AM 12    Q.    Will you briefly describe why not?

10:34AM 13    A.    Well, you know, the first one, he's saying that because

10:34AM 14    the slope of the pressure integrity test was the same or nearly

10:34AM 15    the same as the slope of the casing integrity test, that he

10:34AM 16    finds that a reason that the test might be invalid.

10:34AM 17         Of course, you would fully expect the two slopes to be the

10:34AM 18    same when you look at the amount of mud that's being

10:34AM 19    pressurized and the amount of open hole that has been opened.

10:35AM 20         Looking at the orange material that I showed on the

10:35AM 21    example, it's about 1700 barrels that's being pressurized in

10:35AM 22    both cases.

10:35AM 23         So, you know, I didn't think that was valid at all.

10:35AM 24         The small difference between the apparent leak-off and the

10:35AM 25    propagation pressure, in other words, he's saying that when it

10:35AM 1   started to leak, it just kind of moved sideways.  I've seen

10:35AM 2   that on a lot of tests.  You know, that's a -- that's a very

10:35AM 3   common behavior.

10:35AM 4        I've even seen it published as some example leak-off tests

10:35AM 5   in some of the leak-off test literature.  So, you know, I don't

10:35AM 6   think that's valid either.

10:35AM 7        An initial shut-in pressure that was lower than one would

10:35AM 8   expect relative to the apparent leak-off pressure, I think he's

10:35AM 9   talking about this instantaneous shut-in pressure up here when

10:36AM 10  you first turn the pump off, basically that -- in that area

10:36AM 11  right there.

10:36AM 12       That, too, was found to be appropriate.  If you looked at

10:36AM 13  similar data for the casing test when they were pumping down

10:36AM 14  the kill line, the reason the pressure falls is because you're

10:36AM 15  pumping down a choke line or a kill line or down drill pipe,

10:36AM 16  and it takes a certain amount of frictional pressure to move

10:36AM 17  the fluid down when you're pumping.

10:36AM 18       When you turn the pumps off, that frictional pressure

10:36AM 19  needed to drive the fluid down goes away, and so the pressure

10:36AM 20  falls by that amount.

10:36AM 21       The amount that it fell for the pressure integrity test

10:36AM 22  was just a little less than what it was for the casing test,

10:36AM 23  which was appropriate because in the pressure integrity test

10:36AM 24  you were pumping down both the drill pipe and the kill line.

10:36AM 25       So, you know, I found that that behavior is exactly what I

10:37AM 1    expected.

10:37AM 2         Then the anomalously steep decline in pressure during the

10:37AM 3    shut-in, you see this from time to time.  It could be that

10:37AM 4    fracture closure was happening at a lower pressure.

10:37AM 5         I've seen that, also, in some of the example plots shown

10:37AM 6    in the literature.  So I don't think this means that the

10:37AM 7    Leak-Off Test was invalid.

10:37AM 8    Q.   Let's look at the 9-and-7/8-inch test.  If we could pull

10:37AM 9    of 4746, D-4746.

10:37AM 10        I would for you, if you would, Dr. Bourgoyne, just to take

10:37AM 11   these one by one and respond to Dr. Huffman's criticisms of the

10:37AM 12   9-and-7/8-inch test.

10:37AM 13   A.   Looking at the first one, he says that the slope of the

10:37AM 14   buildup for the pressure integrity test, again, was very close

10:37AM 15   to the slope of the casing pressure test buildup.

10:38AM 16        He said what you would expect would be more what you saw

10:38AM 17   with the 16-inch shoe test, where you had more of a difference

10:38AM 18   in slope between the casing test and the pressure buildup test.

10:38AM 19        Well, the conditions of the 16-inch test were much

10:38AM 20   different than the 9 and 7/8.

10:38AM 21   Q.   All right.  I'm going to stop you right there on bullet

10:38AM 22   point Number 1.  Then, I have a demonstrative here that I think

10:38AM 23   that you helped us with that will help understand that.

10:38AM 24        So let's look at 4855.

10:38AM 25        Is this comparing the 9-and-7/8-inch and the 16-inch

7500

10:38AM 1   casing, and will this be helpful to you in explaining to the

10:38AM 2   Court what you're saying here?

10:38AM 3   A.   Yes.

10:38AM 4       With the 16-inch test, notice that the amount of orange

10:38AM 5   that you have over here is a good bit less because we're closer

10:38AM 6   to the BOP stack up at the surface.

10:39AM 7       Let me go back to my pointer over here.

10:39AM 8       You see the distance between the BOP and the bottom of the

10:39AM 9   casing when you're doing the casing test is much shorter.  Not

10:39AM 10   only that, but the amount of open hole now is much greater

10:39AM 11   because casing was not set on bottom, and they drilled out and

10:39AM 12   broke through the cement before they did the pressure integrity

10:39AM 13   test.

10:39AM 14       So now, you've got 760-some-odd feet of open hole below,

10:39AM 15   so you have a much bigger volume below and a much smaller

10:39AM 16   volume for the casing test.

10:39AM 17       Since you have a much taller open hole section below,

10:39AM 18   there is more chances of finding some permeability, where you

10:39AM 19   can get some filtrate losses during the test.

10:39AM 20       So you would expect the slope to change more between the

10:39AM 21   casing test and the formation integrity test on the 16-inch

10:40AM 22   than over here where you had virtually the same amount of mud

10:40AM 23   that you were pressurizing for both tests.

10:40AM 24       The amount of new hole down here, you know, is like a

10:40AM 25   line's width compared to the amount that you're having to

10:40AM 1   pressurize during the casing test.

10:40AM 2   Q.   So you're seeing exactly what you would expect to see?

10:40AM 3   A.   I'm seeing exactly what I would expect to see.

10:40AM 4   Q.   All right.  Let's look at the other three criticisms that

10:40AM 5   Dr. Huffman has of the 9 and 7/8, if we go back to 4746.

10:40AM 6        If you could just walk through the last three very

10:40AM 7   briefly, Dr. Bourgoyne, in terms of why you disagree with

10:40AM 8   Dr. Huffman.

10:40AM 9   A.   He said that the pressure did not decrease during the

10:40AM 10  shut-in period below the instantaneous pressure over the

10:40AM 11  18-minute period, and he made a big issue out of that.  I think

10:40AM 12  he said not a single psi.

10:40AM 13       You know, sometimes this can happen.  It is unusual, but

10:41AM 14  you also have to keep in mind the resolution of the surface

10:41AM 15  gauges, you know, are not a psi or a fraction of a psi in many

10:41AM 16  cases.

10:41AM 17       I did look at the downhole PWD data during this same

10:41AM 18  period, and it shows a five psi decline downhole, when you look

10:41AM 19  at the more accurate gauge that was actually at the bottom of

10:41AM 20  the hole where the test was being conducted.

10:41AM 21       So I didn't see that as a valid criticism at all.

10:41AM 22       The lithology report indicate that cement cuttings were

10:41AM 23  still being recovered when drilling new formation.

10:41AM 24       Well, this is not at all unusual.  You drill up a bunch of

10:41AM 25  cement when you drill out the bottom of the casing.  You've got

7502

10:41AM 1    casing in the shoe joints.  So you have, you know, sometimes a

10:41AM 2    couple hundred feet of cement that you're going to drill up.

10:41AM 3         Those cement particles, the chips from breaking up the

10:42AM 4    cement and getting pumped to the surface, have to go through

10:42AM 5    the marine riser, which is a very large diameter pipe that has

10:42AM 6    a low lifting velocity.

10:42AM 7         With all the dynamic effects, the cuttings tend to get

10:42AM 8    spread out quite a bit, so it makes it extremely hard to

10:42AM 9    properly lag what depth did this cutting from when it shows up

10:42AM 10   at the surface.

10:42AM 11        So it's not at all unusual to see cement after drilling

10:42AM 12   out cement for some distance.

10:42AM 13        It was not reported on the mud log, it's interesting,

10:42AM 14   that -- you know, that -- they don't show any cement cuttings

10:42AM 15   here, where they had showed them on the previous test, which I

10:42AM 16   didn't find unusual on the previous test either.

10:42AM 17        As far as reporting cement, they were still reporting

10:42AM 18   cement well down, you know, after they had drilled ahead a

10:42AM 19   significant number of feet.

10:42AM 20   Q.   So that one didn't concern you?

10:43AM 21   A.   That one didn't concern me.  I fully expected that.

10:43AM 22   Q.   Take the last one, if you would.

10:43AM 23   A.   The fracture gradient indicated by the test was higher

10:43AM 24   than expected and higher than the overburden stress computed

10:43AM 25   from the logs.

10:43AM 1          That was true.

10:43AM 2    Q.   Let me just stop you on this one, if I could.

10:43AM 3    A.   Yes.

10:43AM 4    Q.   Let me ask you to describe for the Court what overburden

10:43AM 5    is, and did you consider that in your evaluation, and did it

10:43AM 6    concern you?

10:43AM 7    A.   Yes, I did consider it in the evaluation.  Again, that

10:43AM 8    made me look closely at all the other things.

10:43AM 9          But you do see shoe tests higher than overburden, I

10:43AM 10   wouldn't say often, but a significant number of times.  You see

10:43AM 11   it reported in the literature.  You saw it on the relief wells,

10:43AM 12   for example, that they drilled.

10:43AM 13         When you're doing your shoe test, if you don't encounter a

10:44AM 14   natural fracture, and you have to actually break the rock, the

10:44AM 15   rock does have some tensile strength, and you do have stress

10:44AM 16   concentrations around the bore hole.

10:44AM 17         So, if you're dealing with a short section of open hole

10:44AM 18   below the shoe, like you are in a shoe test, then sometimes you

10:44AM 19   get data like this.

10:44AM 20         It doesn't mean that it's invalid.  In fact, it's good

10:44AM 21   news.  It means that you have a strong shoe.

10:44AM 22         The purpose of the shoe test is to test the strength of

10:44AM 23   the shoe.  It's just a pressure test.

10:44AM 24   Q.   You mentioned that this is phenomenon that is seen in

10:44AM 25   research.  I'm going to direct your attention to D-4162.

7504

10:44AM 1      Is this some of your research that relates to leak-off

10:44AM 2  test results often being higher than expected?

10:44AM 3  A.   Yes.   This is a presentation that was made by one of my

10:44AM 4  Ph.D. students and I at one of the LSU MMS well control

10:44AM 5  workshops that we had there at LSU, where we had people come in

10:45AM 6  from MMS, from all their regional offices and district offices,

10:45AM 7  and also had a lot of industry people there to look over our

10:45AM 8  research and look at our results and, you know, make

10:45AM 9  recommendations for new research and that sort of thing.

10:45AM 10      One of the things that we had gotten interested in was

10:45AM 11  leak-off tests in deepwater.   We had collected from a number of

10:45AM 12  operators, mostly in the Gulf of Mexico, but also from other

10:45AM 13  areas of the world.

10:45AM 14      Dr. Rocha was from Brazil, so we also had extensive data

10:45AM 15  from where they drill in deepwater in Brazil.

10:45AM 16      Now, this particular slide was for the Green Canyon area

10:45AM 17  of the Gulf of Mexico.   It shows three different frac gradient

10:45AM 18  correlations that you can use to calculate what you would

10:45AM 19  want -- what you would expect the leak-off test to be by

10:46AM 20  calculation.

10:46AM 21  Q.   So on this line here, which side of the line is

10:46AM 22  overburden?

10:46AM 23  A.   Well, overburden would be to the right.

10:46AM 24      In other words, if the dot falls to the right of this

10:46AM 25  line, then the leak-off test is higher than you would expect

10:46AM 1   from calculation.

10:46AM 2        You've got three different calculation methods here that

10:46AM 3   we're looking at.  That's what the three graphs are.

10:46AM 4        I'm picking the middle one because this is

10:46AM 5   Professor Constant and I published this correlation sometime in

10:46AM 6   the past.

10:46AM 7        But you can see, you know, for example, here the predicted

10:46AM 8   was 15, and you got some 16's, 17's, and all the way up to 18's

10:46AM 9   shown in the leak-off test data that we were collecting.

10:46AM 10  Q.   Just like what we see here?

10:46AM 11  A.   Yeah.

10:46AM 12       Now, this is -- of course, you've got many different

10:46AM 13  operators, more -- multiple procedures.  So there is more

10:46AM 14  variations in the data; but, you know, seeing variations is

10:47AM 15  extremely common.

10:47AM 16  Q.   Now, you mentioned that was Green Canyon.  Is there also

10:47AM 17  data from Mississippi Canyon that shows higher than expected

10:47AM 18  for overburden?

10:47AM 19  A.   Yes, we also had similar data for Mississippi Canyon.  We

10:47AM 20  didn't show that in this particular publication, but it -- the

10:47AM 21  Mississippi Canyon even is better known for being higher than

10:47AM 22  overburden in some of the more recent publications I've seen

10:47AM 23  from other people that are currently doing work in this area.

10:47AM 24  Q.   Let me show you D-4163.

10:47AM 25       Can you describe for the Court what this is and how it

10:47AM 1    relates to the overburden issue.

10:47AM 2    A.    This is a comparison of the BP predicted fracture gradient

10:47AM 3    and the pressure integrity test results for their Macondo area

10:47AM 4    there, the 252 area.

10:48AM 5          If you look at this dark red line right here, that's what

10:48AM 6    BP calculated at different depths what they expected the

10:48AM 7    leak-off test or frac gradient to be, the pressure integrity

10:48AM 8    test to be.

10:48AM 9          The points that you see are what the tests were.  You see

10:48AM 10   where I've labeled the 13-and-5/8-inch shoe, you see, is higher

10:48AM 11   than expected.  The 9-and-7/8-inch shoe over here is higher

10:48AM 12   than expected.

10:48AM 13         In terms of overburden, this red dashed line is what BP

10:48AM 14   calculated the overburden stress to be based on their well

10:48AM 15   logs.

10:48AM 16         Now, the well logs don't actually measure overburden

10:48AM 17   pressure.  They don't even measure the density of the

10:48AM 18   sediments.  They measure things like velocity of sound, or you

10:48AM 19   bombard the formation with neutrons and measure some type of

10:48AM 20   nuclear response.  From that you calculate formation density,

10:49AM 21   and from that you calculate overburden stress.

10:49AM 22         So this is very much a calculated type of number.  But,

10:49AM 23   you know, it's -- that's the way we do it.  That's the data

10:49AM 24   that we have.

10:49AM 25         You also see other of these relief wells in the Macondo

7507

10:49AM 1    area also coming above overburden.  You see one here that's

10:49AM 2    low, that they stopped the test without going all the way to

10:49AM 3    leak-off.

10:49AM 4         This formation strength here was high enough to drill the

10:49AM 5    next interval, so they didn't test any higher.

10:49AM 6    Q.   So these are tests on the relief wells right there in the

10:49AM 7    same area --

10:49AM 8    A.   Right, so --

10:49AM 9    Q.   -- and showing overburden?

10:49AM 10   A.   Right.  So this is all the local data.  It also shows

10:49AM 11   situation variation in higher than expected results.

10:49AM 12   Q.   So just to recap where we are now, Dr. Bourgoyne, do you

10:49AM 13   think that BP acted reasonably in using the pressure integrity

10:49AM 14   tests as data points during their drilling operations?

10:50AM 15   A.   Yes, I do.  I think it demonstrated that they had a high

10:50AM 16   enough shoe strength and that they could proceed with drilling.

10:50AM 17   Q.   Now, I want to turn our attention to the drilling of the

10:50AM 18   last interval, okay.

10:50AM 19        Dr. Bourgoyne, you analyzed the drilling operations and

10:50AM 20   the drilling data for the entire well, correct?

10:50AM 21   A.   Yes.

10:50AM 22   Q.   Dr. Huffman, in his testimony to the Court, either said or

10:50AM 23   left the impression, I think, that the drilling in this

10:50AM 24   interval was egregious or even outrageous.  Do you agree with

10:50AM 25   that?

10:50AM 1    A.    No, not at all.

10:50AM 2    Q.    Why not?

10:50AM 3    A.    Because I went through it very carefully, and what I saw

10:50AM 4    was that they were following normal industry practice in the

10:50AM 5    decisions they were making and what -- how they were moving

10:50AM 6    forward.

10:50AM 7    Q.    Dr. Huffman shared that he thought that the drilling for

10:51AM 8    the final interval made the well unstable and dangerous.  Do

10:51AM 9    you agree with that?

10:51AM 10   A.    No, I don't agree with that.

10:51AM 11         They were able to run pipe.  They were able to get cement

10:51AM 12   in place without even having any losses during the cement job,

10:51AM 13   which, you know, is a good accomplishment in this type of well.

10:51AM 14   Q.    Okay.  Let's look at some of the details of that opinion.

10:51AM 15         If we could go to D-4750.

10:51AM 16         We're looking at a period of time that begins on April the

10:51AM 17   1st.  I would just like to direct you to some of the entries,

10:51AM 18   Dr. Bourgoyne, that you have put together here to help the

10:51AM 19   Court understand the drilling activity that took place with

10:51AM 20   regard to the last interval.

10:51AM 21         First of all, on April 1st, you show there that the MMS

10:51AM 22   inspected the rig.  I'll just -- I would just like to ask you,

10:51AM 23   what's the significance of that to your opinion that the last

10:51AM 24   interval was drilled safely?

10:52AM 25   A.    Well, I think the significance is that they went over the

10:52AM 1    records, and the inspector looked at whatever he wanted to look

10:52AM 2    at.  He did not issue any incidents of non-compliance.

10:52AM 3         So, you know, I think that's a positive indication.

10:52AM 4    It's -- you know, it's a fairly common thing that INC's are

10:52AM 5    issued in the Gulf of Mexico.

10:52AM 6    Q.   Now, if we look at April 2, 2010, you show that they

10:52AM 7    conducted a FIT, and it came back at 16, and drilled to 17.634,

10:52AM 8    weighting up to 14.5 pounds per gallon.  Do you see that there?

10:52AM 9    A.   Yes, I think the pore pressure and frac gradient team on

10:52AM 10   the rig were indicating that they expected the pore pressure to

10:52AM 11   go up.  So they increased the mud weight, so that if they did

10:53AM 12   drill into a permeable zone, they would be prepared.

10:53AM 13        So they were -- you know, they were responding to their

10:53AM 14   recommended pore pressure frac gradient group's calculations.

10:53AM 15   Q.   Did the drilling activity on April 2nd put the lives of

10:53AM 16   the men and women on the *Deepwater Horizon* at risk?

10:53AM 17   A.   No.  I think they are operating in, you know, a standard

10:53AM 18   that that's the way we proceed in drilling a section like this.

10:53AM 19   This is all normal standard drilling operations.

10:53AM 20   Q.   Let's look at April 3rd.  You note that they drilled to

10:53AM 21   17,761 with 14-pound mud.

10:53AM 22        Then, if we come down a little bit, you see a 134-barrel

10:53AM 23   mud loss.  You refer to hole ballooning was indicated, and they

10:53AM 24   began treating with lost circulation material.

10:53AM 25        So can you please, Dr. Bourgoyne, comment on this entry

10:54AM 1    and share with the Court your opinion as to whether or not the

10:54AM 2    BP and Transocean folks are proceeding in the appropriate way.

10:54AM 3    A.    Yes.  You know, hole ballooning is a common phenomena that

10:54AM 4    you get into.  Normally, the first thing you do when

10:54AM 5    experiencing hole ballooning, where you lose a little mud while

10:54AM 6    the pumps are on and you get a little mud back when you turn

10:54AM 7    the pumps off, is to begin to treat with LCM.

10:54AM 8         The total mud loss for the day was around 233 barrels.

10:54AM 9    That's over a 24-hour period, which is definitely in the

10:54AM 10   seepage type range.

10:54AM 11   Q.    Now, you also note on April 3rd, they measured the

10:54AM 12   pore pressure using GeoTap.  Then it goes on to say, drill to

10:54AM 13   17,835.

10:54AM 14        What's the significance of that, Dr. Bourgoyne, to your

10:55AM 15   understanding of the drilling of the last interval?

10:55AM 16   A.    Well, the fact that they had experienced hole ballooning

10:55AM 17   and they are operating on calculated pore pressures, they

10:55AM 18   decided they wanted to measure pore pressure.

10:55AM 19        So they logged with their MWD equipment.  They drilled

10:55AM 20   down and then pulled back up logging, and then picked the spot

10:55AM 21   that they thought had enough permeability, they could check

10:55AM 22   what the pore pressure was.

10:55AM 23        Took a GeoTap, and it came back that the pore pressure was

10:55AM 24   equivalent to a surface mud weight of a little higher than

10:55AM 25   13.9.  It was a downhole static measurement of 14.16, is what

10:55AM  1    was reported.

10:55AM  2         The indicated permeability was low.  This kind of agreed

10:55AM  3    with what you would see looking at the well log, that it was in

10:55AM  4    a fairly shaley sand.

10:55AM  5    Q.   Let's go to 4751.

10:56AM  6         We're going forward in time now to April 4th.

10:56AM  7    A.   Right.

10:56AM  8         Well, you have a little more April the 3rd.  They did cut

10:56AM  9    the mud weight back after getting the GeoTap.  They could see,

10:56AM 10    well, we don't need the full 14.5.

10:56AM 11    Q.   Was that appropriate?

10:56AM 12    A.   That was entirely appropriate.

10:56AM 13         They checked for flow.  They still had a little bit of

10:56AM 14    ballooning indicated, but not much.  The well was static after

10:56AM 15    an hour.  So they treated again with LCM, which is the normal

10:56AM 16    thing that you would do.  This is standard drilling operations.

10:56AM 17         They drilled to 17,909 with no mud loss reported.  So, you

10:56AM 18    know, what they had done had cleared up the ballooning issue.

10:56AM 19    Q.   Okay.  Then, just to the right of there, you see daily mud

10:56AM 20    loss was 214?

10:56AM 21    A.   Right.  Again, that's clearly in the seepage category.

10:57AM 22    Q.   Then, on the 4th, which was what I was coming to, they

10:57AM 23    drilled to 18,195, with a 14.3 mud.  Was that appropriate,

10:57AM 24    given the conditions of the well at that time?

10:57AM 25    A.   Yes.  They are drilling ahead.

10:57AM 1    They go and they drill through, it turns out, the major
10:57AM 2  pay sands down there.  They've drilled all the way now to
10:57AM 3  17,185.
10:57AM 4    So, you know, if you look -- sometime this thing makes a
10:57AM 5  big arrow, and sometimes it makes a little arrow, but, anyway.
10:57AM 6  Q.    Probably better use your pointer.
10:57AM 7  A.    Down here, you can see we've drilled all the way down to
10:57AM 8  here.
10:57AM 9    What I've shown on the left is a schematic of just the
10:57AM 10 last hole section.  This is the casing shoe up here.
10:58AM 11 Q.    Starting at the shoe that we have been talking about here.
10:58AM 12 A.    Right.  The 9 7/8 inch shoe all the way down to the bottom
10:58AM 13 of the hole.
10:58AM 14    What you see on the left here is their MWD log.  And we've
10:58AM 15 already talked about gamma ray so we know when it goes to low
10:58AM 16 gamma ray counts to the left that that's a non-shale.  And the
10:58AM 17 lithology, when it's green, that's shaley, so we see a lot of
10:58AM 18 green in there.
10:58AM 19    And the other curve that's on here is resistivity, which,
10:58AM 20 generally, if that moves to the right, it's indicating that
10:58AM 21 you're not in saltwater, you're in something resistive, like
10:58AM 22 hydrocarbons.
10:58AM 23    So, you know, at this point, they have drilled through the
10:58AM 24 main pay zone, they've taken a GeoTap, and instead of the
10:58AM 25 pore pressures going up, they're going down quite dramatically.

10:58AM 1    They are down to a 12.6 downhole or a 12.4 surface mud weight.

10:59AM 2    So now they are in a much lower pore pressure environment

10:59AM 3    downhole.

10:59AM 4    Q.   So if we look now over to -- let me just ask this

10:59AM 5    question.  Through the activity of April 4th, did you find that

10:59AM 6    the actions of BP, in terms of managing mud weight and

10:59AM 7    drilling, were appropriate within industry standard?

10:59AM 8    A.   Yes.

10:59AM 9    Q.   Was there any risk, that you know of, to the environment

10:59AM 10   or to the people on the rig based on the activity that you see

10:59AM 11   through April 4th?

10:59AM 12   A.   No.  I think what they were doing fell within, you know,

10:59AM 13   the normal practice.  That's what I would have done if I was

10:59AM 14   there.

10:59AM 15   Q.   All right.  Thank you.

10:59AM 16        Let's look at the period of time April 5th through

10:59AM 17   April 9th.  I believe by April 4th they are about 100 feet from

10:59AM 18   what the total final depth will be, and at that point they are

11:00AM 19   taking some losses?

11:00AM 20   A.   On April 4th --

11:00AM 21   Q.   April 5th.  I'm sorry.

11:00AM 22   A.   I think that's right.

11:00AM 23   Q.   Let's look at, I'm sorry, D-4753.  Sorry about that.

11:00AM 24   A.   Right.  Yeah.

11:00AM 25        MR. SPIRO:  Your Honor, I would object on the basis of

11:00AM  1    scope.  I've not objected on the issues of the pressure

11:00AM  2    integrity tests --

11:00AM  3         THE COURT:  Speak into the microphone so everybody can

11:00AM  4    hear you.

11:00AM  5         MR. SPIRO:  Excuse me.  I have not objected on the

11:00AM  6    issues of the pressure integrity test because there was a lot

11:00AM  7    of detail on the original reports.

11:00AM  8              On these issues there were two paragraphs in

11:00AM  9    the rebuttal reports, on page 14, and maybe two lines on page

11:00AM 10    15, that dealt with the facts between April 4th and April 9th,

11:00AM 11    and so I would object on the issue of the four corners of the

11:00AM 12    report, because I think we're about to hear a narrative.

11:00AM 13         MR. BROCK:  This is within the four corners of his

11:00AM 14    report.  He's talked about -- he's studied all of the data.

11:00AM 15    He's looked at all of the data.  He's cited the data.  He does

11:01AM 16    reference this on page 14.

11:01AM 17         THE COURT:  I'll overrule the objection.

11:01AM 18         MR. BROCK:  Thank you, Your Honor.

11:01AM 19    BY MR. BROCK:

11:01AM 20    Q.   I just want to reference a couple of things on this

11:01AM 21    demonstrative, which is 4753.  You see two lines from the

11:01AM 22    bottom, "Begin cutting mud weight back to 14 pounds per gallon

11:01AM 23    while treating with a 100 barrels of LCM."

11:01AM 24         Do you see that?

11:01AM 25    A.   Yes.

11:01AM 1    Q.   Now, just briefly describe what that indicates to you

11:01AM 2    about the actions of BP and Transocean in terms of managing

11:01AM 3    this situation.

11:01AM 4    A.   Well, when they lost returns, they did what you normally

11:01AM 5    do, is they let the fracture heal.  They let it take mud.  They

11:01AM 6    lost all of their returns.  But then they -- as the fracture

11:02AM 7    closed up, they got in position to do the wellbore

11:02AM 8    strengthening treatment, so that's what they are getting into

11:02AM 9    there.

11:02AM 10        They are cutting their mud weight back, letting the

11:02AM 11   formation heal, and they are preparing LCM, lost circulation

11:02AM 12   material.

11:02AM 13   Q.   Then if we go forward to -- is this what you would expect

11:02AM 14   of the operator and of the drilling contractor in terms of

11:02AM 15   response to this issue?

11:02AM 16   A.   Absolutely.  You know, that's what you -- you see written

11:02AM 17   up in the manuals as sort of typical operations.

11:02AM 18   Q.   Then we see on the 6th, April 6th, they pumped a

11:02AM 19   300 barrel FORM-A-SET/FORM-A-SQUEEZE LCM with 14 pound per

11:02AM 20   gallon mud, correct?

11:02AM 21   A.   Right.  And that's when they started getting the loss to

11:02AM 22   respond.  After that treatment, they were down to seepage-type

11:02AM 23   losses.

11:02AM 24        And then they mixed another LCM pill, and on the next day

11:03AM 25   they pumped that and started getting returns back and

11:03AM 1    monitoring the well.  The well was static.  They circulated

11:03AM 2    with 14-pound mud, no loss.  They flow checked, well static.

11:03AM 3        So then they came on out the hole.  And, basically, the

11:03AM 4    reason they are coming out the hole is to get a new bit because

11:03AM 5    the old bit is worn.

11:03AM 6        And what they are trying to do is, now that they've found

11:03AM 7    this big pay sand down there, they are trying to get through

11:03AM 8    the sand and into a good shale that they can set pipe, which is

11:03AM 9    entirely appropriate and what I would have done.

11:03AM 10   Q.   If we look at 4754, there is a place on this under

11:03AM 11   April 9th, it says, "Washed and reamed to 18,234."

11:04AM 12       What does that refer to?

11:04AM 13   A.   Well, basically, after they came out and they picked up a

11:04AM 14   new drilling assembly, they found out, yes, indeed, their

11:04AM 15   underreamer was worn out, so that's why it quit drilling.  And

11:04AM 16   they only needed to go another 100 feet, but anyway, they

11:04AM 17   needed a new bit to do it.

11:04AM 18       So in going back in the hole -- now, this hole has been

11:04AM 19   treated with LCM -- they are not drilling.  They are pumping.

11:04AM 20   They are washing.  They are pumping down the drill pipe and

11:04AM 21   through the jets and the bit, and the bit is spinning, so they

11:04AM 22   are reaming, so they are knocking the material off the borehole

11:04AM 23   walls.

11:04AM 24       And so when they ream down into this porous permeable sand

11:04AM 25   down here, and this is quite an impressive formation, several

11:04AM 1    hundred feet of beautiful pay, and, you know, when you knock

11:04AM 2    the mud cake and the LCM material off the borehole walls,

11:05AM 3    you're going to establish seepage losses again.

11:05AM 4         And that's what they saw, is when back reaming, flow out

11:05AM 5    decreased a little bit, so they stopped and monitored the well.

11:05AM 6    And they noted that the loss rate started at six barrels an

11:05AM 7    hour, which was seepage, and went down to 1.2 barrels an hour,

11:05AM 8    which is seepage.

11:05AM 9    Q.   And then we come on down and we see they pumped

11:05AM 10   172 barrels of 84 pound per barrel, I guess --

11:05AM 11   A.   LCM, right.

11:05AM 12   Q.   -- LCM, and displaced with full returns.  What's the

11:05AM 13   significance of that to the operation?

11:05AM 14   A.   Well, there's no more losses.  They've recoated the

11:05AM 15   borehole wall now, and, you know, they are into their wellbore

11:05AM 16   strengthening phase here.  The formation has healed up to some

11:05AM 17   extent.  And, generally, with time, it will continue to heal as

11:05AM 18   it's treated with additional mud cake and so forth.

11:05AM 19   Q.   Dr. Bourgoyne, on what day did they drill ahead to 18,360?

11:05AM 20   A.   On 4/19/2010, after they pumped the LCM pill, they went

11:06AM 21   ahead and drilled the last little bit.

11:06AM 22   Q.   Was the well static before they drilled ahead?

11:06AM 23   A.   Yes.

11:06AM 24   Q.   Was the drilling of the final 100 feet on April 9th

11:06AM 25   consistent with industry standards?

11:06AM 1    A.    Yes.  And you can see, if you look carefully at the gamma

11:06AM 2    ray log over here, that they weren't sure if they were all the

11:06AM 3    way through the sand, and as soon as they got back to the shale

11:06AM 4    baseline, they quit.  They said, "Okay.  We're now out of this

11:06AM 5    sand."

11:06AM 6         They know the pore pressure is not going to increase in

11:06AM 7    the sand, because, you know, the fluid can communicate within

11:06AM 8    the pores, and its well known that in a hydrocarbon-bearing

11:06AM 9    sand, as you go down in the sand, the pore pressure gradient is

11:07AM 10   decreasing, just like we saw in the data.

11:07AM 11   Q.    Did the drilling of that last 100 feet raise any concerns

11:07AM 12   to you at all?

11:07AM 13   A.    No.  I think they did, again, what I would have done.

11:07AM 14   They got through this zone to set pipe.  They are doing what

11:07AM 15   they are supposed to do.  They had some borehole observations

11:07AM 16   of losses and they cured those losses.  And they said, "Okay.

11:07AM 17   We need to stop and set pipe," which is what you do when you

11:07AM 18   have borehole observations.

11:07AM 19        They also observed that this zone up here that had the

11:07AM 20   14.12 downhole gradient, or 13.9 surface gradient, that they

11:07AM 21   got the downhole pressure well below 13.9, and it didn't flow

11:07AM 22   on several occasions.

11:07AM 23        So they had some additional observations that they didn't

11:07AM 24   need to be as concerned about that zone as they was initially

11:07AM 25   when they thought the pore pressure was going up and not down.

11:07AM   1   Q.   Dr. Bourgoyne, in your opinion, was the well always within

11:08AM   2   the safe drilling margin during the final production interval?

11:08AM   3   A.   Yes.  Because, in my opinion, the safe drilling margin is

11:08AM   4   always defined in terms of the shoe test.  Because if you can

11:08AM   5   confine any losses to the open hole and apply your wellbore

11:08AM   6   strengthening, then, you know, you're within that regulation

11:08AM   7   with respect to the safe drilling margin.

11:08AM   8        That's always the way that I have interpreted the

11:08AM   9   information and what I've seen other people do in my forty

11:08AM  10   something years of experience in the oil field, in the Gulf of

11:08AM  11   Mexico.

11:08AM  12   Q.   And then in terms of the pore pressures in the wellbore

11:08AM  13   during the period of time April 9th to April 19th, was there

11:08AM  14   anything about pore pressures that existed during that period

11:09AM  15   of time that placed the men and women on the rig or the

11:09AM  16   environment at risk?

11:09AM  17   A.   No.  The pore pressure was going down.  The mud weight was

11:09AM  18   way higher than the pore pressure, so there was virtually no

11:09AM  19   chance of the well kicking in that last interval that they

11:09AM  20   drilled, to get through the sand to get in position to set

11:09AM  21   pipe.

11:09AM  22        So they were responding properly to the borehole

11:09AM  23   observations that they were seeing.  The well was talking to

11:09AM  24   them, and from everything I saw, they were listening.

11:09AM  25   Q.   Thank you, Dr. Bourgoyne.

11:09AM 1        One last short section on drilling margin.  I want to ask

11:09AM 2   you a couple questions about the 16-inch interval, if I can

11:09AM 3   draw your attention to that.

11:09AM 4        And with regard to that interval, Dr. Huffman has alleged

11:09AM 5   that BP drilled unsafely because they rounded the FIT at the

11:09AM 6   16-inch shoe from 12.55 to 12.6 and drilled with a 12.3 mud.

11:09AM 7        Do you understand that that's the assertion that he has

11:10AM 8   made?

11:10AM 9   A.   Yes.

11:10AM 10  Q.   Do you agree with Dr. Huffman, that that reflects unsafe

11:10AM 11  drilling?

11:10AM 12  A.   No.  I disagree.

11:10AM 13       I think the point that he was trying to make is that they

11:10AM 14  were outside their safe drilling margins that they had given

11:10AM 15  the BSEE people.

11:10AM 16       Normally you round to the nearest tenth of a pound per

11:10AM 17  gallon, so rounding from 12.55 to 12.6, I think, was entirely

11:10AM 18  appropriate.  A .05 pound per gallon change is really not a

11:10AM 19  significant thing in terms of the dynamic effects downhole.

11:10AM 20       You know, when you turn the pump on, when you turn the

11:10AM 21  rotary speed up, when you drill ahead, when you move pipe, all

11:10AM 22  these things have much bigger effects than .05 pounds per

11:11AM 23  gallon.

11:11AM 24       So it was kind of a regulatory issue, but I think rounding

11:11AM 25  is normally done, you know, and was appropriate.  And they

11:11AM 1   called MMS and gave them some basic information, and got

11:11AM 2   approval to go ahead.

11:11AM 3   Q.    Thank you, Dr. Bourgoyne.

11:11AM 4       I want to turn our attention now to a new topic, and that

11:11AM 5   is in the area of the day of the event, April 20, 2010.  And I

11:11AM 6   would like to talk first about the negative test.  Okay.

11:11AM 7   A.    Okay.

11:11AM 8   Q.    First of all, Dr. Bourgoyne, could you tell the Court your

11:11AM 9   opinion regarding the negative test that was conducted on this

11:11AM 10  well.  And I'll pull up 4842.2, just in case you would like to

11:12AM 11  reference it, but it's fine to do a narrative if you would like

11:12AM 12  to.

11:12AM 13  A.    Well, just in general, the negative test was a problem

11:12AM 14  because it was not properly understood.  It was misinterpreted.

11:12AM 15  They called it a pass when it was a fail.  It was very

11:12AM 16  surprising that they called it a pass.  I think the data was

11:12AM 17  clearly there.

11:12AM 18      I don't think, you know, it was anything intentional about

11:12AM 19  it.  From everything I saw, the people on the rig discussed it

11:12AM 20  as a group, the Transocean people, the BP people got together,

11:12AM 21  talked about it at length.  And, you know, it's unfortunate

11:12AM 22  someone brought up a possible explanation for the drill pipe

11:12AM 23  pressure, other than the fact the test had failed, and

11:12AM 24  everybody bought into it.

11:12AM 25      With what they normally are taught in well control schools

11:13AM 1    and so forth, this is very surprising to me, but it happened.

11:13AM 2         And I think it was a group decision.  They had a lot of

11:13AM 3    confidence in one another, and once they made the decision,

11:13AM 4    they were convinced they were right.

11:13AM 5    Q.   Thank you.

11:13AM 6         Dr. Bourgoyne, we've heard a lot of testimony about the

11:13AM 7    negative pressure test, and I don't want to cover ground that

11:13AM 8    we've already looked at.  But I do want to put up D-4755 to

11:13AM 9    address the point of the intent or the goal of the negative

11:13AM 10   test in terms of what you're trying to understand about the

11:13AM 11   well.  And will this temporary abandonment, starting

11:13AM 12   configuration and final configuration help you to explain that?

11:13AM 13   A.   Yes.  What you're looking at on the left is basically the

11:13AM 14   situation that you have when you start where you've got the

11:13AM 15   well full of 14-pound mud all the way to the surface and you've

11:14AM 16   got the marine riser on the well.  And where you want to get to

11:14AM 17   is you want to move the rig, so you want to set a plug, have

11:14AM 18   seawater above the plug, and, of course, you've got hydrostatic

11:14AM 19   pressure of seawater on top of the wellhead.

11:14AM 20        So what you want to do is test the well before you begin

11:14AM 21   removing the mud and lowering the pressure.  You want to test

11:14AM 22   it to the same downhole pressure that you're going to end up

11:14AM 23   with in this new configuration.

11:14AM 24        So that's the purpose of the negative test, is check --

11:14AM 25   check before you do it and make sure that nothing will break

7523

11:14AM 1    down.

11:14AM 2        We've already done a positive test on the casing.  We know

11:14AM 3    you can pressure up on the inside, but sometimes, even when you

11:14AM 4    pass the positive test, if you reduce the pressure on the

11:14AM 5    inside, then you can get a failure and flow will come in after

11:14AM 6    cementing.

11:14AM 7        Flow after cementing is one of the most serious well

11:14AM 8    control issues we've had to deal with in the Gulf.

11:15AM 9    Q.   Now, Dr. Bourgoyne, based on your 45 years in the

11:15AM 10   industry, including training lots of well site leaders and

11:15AM 11   toolpushers and drillers, would you expect that the BP and

11:15AM 12   Transocean personnel on the rig would understand the

11:15AM 13   significance of seeing pressure on the drill pipe?

11:15AM 14   A.   I would have expected that they would have, that they

11:15AM 15   would have fully understood, you know, the situation, but,

11:15AM 16   unfortunately, they didn't.  They came up with an explanation

11:15AM 17   that they bought into that was incorrect.

11:15AM 18   Q.   If we could look quickly at 4756, D-4756.

11:15AM 19       And we just have a few points here.  The first one being:

11:15AM 20   "The negative pressure differential must equate to full amount

11:15AM 21   of planned underbalance to be seen by the cement shoe at the

11:16AM 22   base of the well."

11:16AM 23       And I think that's what you have described for us just a

11:16AM 24   moment ago.

11:16AM 25   A.   Right.  And you can see that the way the test was

1   configured, that when they were going to run the test, they
2   were going to have seawater down the drill pipe all the way to
3   the point where the cement plug was going to be placed.  And
4   then when they closed the blowout preventers, they would also
5   have seawater in the annulus, was the plan, and then up in the
6   kill line on the outside.
7       So they would have two seawater paths from the surface
8   down that that point that they could use to then bleed off the
9   pressure to zero, and see if it flows.  And then you're going
10  to be in the same condition that you will be at the end of the
11  temporary abandonment.
12  Q.   Let's look at TREX-547.1.1).
13      Dr. Bourgoyne, this is the ops note that was sent out on
14  April 20th.  And I'll just ask you, sir, is this an appropriate
15  procedure for the conduct of a negative pressure test and in
16  accordance with industry practice?
17  A.   Yes.  I think this test would accomplish the goal of the
18  negative test, which is to see if when you put the pressure the
19  same down at the bottom of the hole, will the well flow?  So
20  this procedure would have accomplished that.
21  Q.   Let me show you trial testimony 2219.3.
22      We ask the expert for the United States of America about
23  this test here at trial, and I'll focus here on the second
24  question.
25      "Let me ask a really straight question and let's see if

11:18AM 1    you agree with this.  BP met the standard of care for an

11:18AM 2    operator in the way the negative test is written?"

11:18AM 3         And Mr. Heenan said, "Yes."

11:18AM 4         Do you agree with Mr. Heenan's conclusion that this test,

11:18AM 5    as written, met the standard of care?

11:18AM 6    A.   Yes.  I think it's falls within the range of operations

11:18AM 7    that, you know, would correspond to the drilling industrial in

11:18AM 8    that environment.

11:18AM 9    Q.   Let's look at TREX-8173.52.1.

11:18AM 10        This is an excerpt of your report, Dr. Bourgoyne, and I

11:18AM 11   just want to focus on a couple of statements here.

11:18AM 12        The rig crew, and I'll say there the rig crew and the

11:18AM 13   folks at BP, would you agree, should know not to let a

11:18AM 14   significant influx of fluid into the well?

11:18AM 15   A.   Yes.  I think that's true.  I think, you know, pretty much

11:19AM 16   everyone on the rig is trained to know the dangers.

11:19AM 17   Q.   Let me -- I'm going to come back to this one in a minute.

11:19AM 18   Let me see 8173.52.1.  It's the second paragraph, the rig crew

11:19AM 19   should know.

11:19AM 20        No, that's not it.

11:19AM 21        Yep.  Okay.  Thank you.

11:19AM 22        The statement here is:  The rig crew does not have to be

11:19AM 23   told how to run a negative test.  This should be a routine

11:19AM 24   operation that fits within their training.  A typical procedure

11:19AM 25   sent to the rig," and then you go ahead and describe that.

11:19AM 1          And then you say, "The operator's representative and the
11:19AM 2     rig crew would be expected to know how -- to know the proper
11:20AM 3     procedure for running the test."
11:20AM 4          Do you see that?
11:20AM 5     A.   Yes.
11:20AM 6     Q.   And I guess I'll just ask you, in your experience, does
11:20AM 7     the rig crew have the training to set up and interpret a
11:20AM 8     negative pressure test?
11:20AM 9     A.   Yes.  This is one of the routine operations that they are
11:20AM 10    trained to do.  You know, they have meetings.  They have
11:20AM 11    worksheets.  They have risk analysis-type tables that they fill
11:20AM 12    out.  All having to do with variations of different procedure
11:20AM 13    that they can use to conduct negative tests, especially before
11:20AM 14    a displacement like this.
11:20AM 15    Q.   This would apply to the operator's representative and to
11:20AM 16    the rig crew?
11:20AM 17    A.   And to the rig crew.  You can see lots of Transocean
11:20AM 18    records where they've explored different procedures and done
11:21AM 19    drills and so forth associated with them.
11:21AM 20    Q.   Are the concepts behind a negative pressure test taught in
11:21AM 21    well control school?
11:21AM 22    A.   Yes.  I mean, it's pretty much just simple hydrostatics,
11:21AM 23    which is what -- probably 80 percent of well control problems
11:21AM 24    that you work have to do with hydrostatic.
11:21AM 25    Q.   Dr. Bourgoyne, I want to turn your attention to another

7527

11:21AM  1    statement made by Mr. Heenan in this trial and see if you agree
11:21AM  2    with this.
11:21AM  3         This is trial testimony 223. --  lines 2 through 15.  I
11:21AM  4    think it's trial testimony record 223 -- 2223.1.  I'm sorry.
11:21AM  5         Of Mr. Heenan, the question was asked:  "Consistent with
11:22AM  6    that, you don't believe that Don Vidrine would have put his
11:22AM  7    life at risk, or the lives of the people that he was out there
11:22AM  8    working with on the rig, if he believed that there was a
11:22AM  9    problem with the negative test?"
11:22AM 10         "I don't believe he would have intentionally put his life,
11:22AM 11    or anyone else's, in danger."
11:22AM 12         Do you agree with Mr. Heenan from the United States?
11:22AM 13    A.   Absolutely.
11:22AM 14    Q.   "Do you believe that the men of Transocean, who also
11:22AM 15    thought the test passed and who believed that there was an
11:22AM 16    explanation for that, do you believe that, to their way of
11:22AM 17    thinking, the test was a good test?"
11:22AM 18         "I believe that's what they thought."
11:22AM 19         Do you agree with that?
11:22AM 20    A.   Absolutely.  It's very clear.
11:22AM 21    Q.   Did you see any evidence that the men and women on the
11:22AM 22    rig, or the men on the rig who were involved in the conduct of
11:22AM 23    the test, did not care about the safety of one another or did
11:23AM 24    not care about the outcome?
11:23AM 25    A.   No.  From what I saw, the rig crew really worked well

11:23AM 1    together.  They cared for each other.  They were proud.  They

11:23AM 2    were a top-of-the-line crew on a top-of-the-line rig.  There

11:23AM 3    was a lot of esprit de corps.  And they really got along well.

11:23AM 4    They worked as a team.

11:23AM 5    Q.   Thank you, Dr. Bourgoyne.

11:23AM 6         I want to turn our attention now to the issue of well

11:23AM 7    monitoring.  Dr. Bourgoyne, your opinion in your opening report

11:23AM 8    is that Transocean and Sperry-Sun failed to adequately monitor

11:23AM 9    the well on the night of April 20th.

11:23AM 10        Let me ask you to look at 4842.3.  And is this a summary

11:23AM 11   of the opinions from your report, sir?

11:23AM 12   A.   Yes, that's correct.

11:24AM 13   Q.   So let's focus, first, on the monitoring issues, and then,

11:24AM 14   second, on some activities that took place after recognition.

11:24AM 15        Dr. Bourgoyne, let me just do this quickly, because it's

11:24AM 16   been covered by a number of witnesses in the case, is it your

11:24AM 17   view that the primary responsibility to monitor the well at all

11:24AM 18   times rests with the driller?

11:24AM 19   A.   Yes.

11:24AM 20   Q.   And who has secondary responsibility for monitoring the

11:24AM 21   well?

11:24AM 22   A.   That would be the mud logger who provides that secondarily

11:24AM 23   line of defense.

11:24AM 24   Q.   Does the BP well site leader, in your opinion, have

11:24AM 25   responsibility for continuously monitoring the well?

11:24AM 1    A.    No.  His responsibility was to hire and make sure that

11:24AM 2    they had people on board to do it, that, you know, you were

11:24AM 3    trained to do it.  And I think that the people that were there

11:24AM 4    clearly had the credentials, the well control training and so

11:25AM 5    forth.

11:25AM 6    Q.    Dr. Bourgoyne, did you independently model the wellbore

11:25AM 7    conditions during the kick on April 20, 2010?

11:25AM 8    A.    I did a fairly simplified type of analysis that you can do

11:25AM 9    kind of on the back of an envelope, or with a calculator, where

11:25AM 10   you assume there is no mixing between the interfaces between

11:25AM 11   the various fluids in the well, and you can kind of move them

11:25AM 12   according to the geometry.

11:25AM 13   Q.    Let me ask that we pull up D-420A.  And I really would

11:25AM 14   like to focus here on your evaluation of the time period in

11:25AM 15   which the well began to flow.  Can you use this diagram to

11:25AM 16   explain to the Court your conclusions from your independent

11:26AM 17   analysis about that?

11:26AM 18   A.    This is a third schematic here, would be April 20, 2010,

11:26AM 19   at 2030.  With a piston-like displacement, you would get the

11:26AM 20   fluids in a position as shown here, with the spacer on its way

11:26AM 21   out.  And you have now removed enough mud from the top of the

11:26AM 22   well, and also including a little bit of annular friction, I

11:26AM 23   think the friction due to movement was calculated to be about a

11:26AM 24   100 pounds.

11:26AM 25        At that point you would get the first underbalanced

11:26AM 1    condition on bottom.

11:26AM 2        So to me, this says that the kick could not have started

11:26AM 3    before 2030 because all the different, more complicating

11:26AM 4    factors that you can think of, you know, like mixing or reduced

11:26AM 5    pump efficiency and stuff like that, all that would make it

11:27AM 6    happen later by a little bit.

11:27AM 7        So this gives you a good rough estimate of the soonest

11:27AM 8    that the flow could have occurred.

11:27AM 9    Q.   You have also cited here at 2052 an OLGA model.  What's

11:27AM 10   the significance of that citation?

11:27AM 11   A.   An OLGA model is a computer simulator that takes into

11:27AM 12   account a whole bunch of things, and it's a well-respected

11:27AM 13   computer model, I think.  You know, I've done a bunch of work

11:27AM 14   with Wild Well Control, who -- blowout control is their

11:27AM 15   business.  I think they rely on the OLGA model.  I know a lot

11:27AM 16   of the industry relies on it as the model of choice for

11:27AM 17   simulating well control in blowout situations.

11:27AM 18       And it was run, and it was indicated 2052 was the time

11:27AM 19   that the flow started.

11:27AM 20   Q.   Now, over here, you have an entry of April 20, 2010, 2138,

11:27AM 21   and you're showing a pit gain in the 650-barrel range.  What is

11:28AM 22   the significance of that, Dr. Bourgoyne?

11:28AM 23   A.   Well, that's showing that at that time, the signature that

11:28AM 24   you get on the pressures are indicating that hydrocarbons have

11:28AM 25   now gone through the blowout preventer and are into the marine

11:28AM 1   riser, so now even if you do close the blowout preventer,

11:28AM 2   you're going to have a pretty dangerous situation to contend

11:28AM 3   with because you have a bunch of hydrocarbons now in this

11:28AM 4   low-pressure container that doesn't have an ability to, you

11:28AM 5   know, withstand a high shut-in pressure.

11:28AM 6   Q.   In terms of your work in training folks in deepwater well

11:28AM 7   control, what's the general standard in which you would expect

11:28AM 8   a kick to be detected?

11:28AM 9   A.   I think, normally, if you take more than a 50-barrel kick,

11:28AM 10  that's considered a very serious event.

11:28AM 11      I know that I served as an independent review for Diamond

11:29AM 12  Offshore one time when they took something of the order of a

11:29AM 13  hundred barrels and made a report to their management.

11:29AM 14      It's generally considered very serious when a crew misses

11:29AM 15  a kick, you know, of something of fifty to a hundred barrels.

11:29AM 16      Really, this size kick is almost unheard of that -- it's

11:29AM 17  the biggest one I've ever heard of, anyway.

11:29AM 18  Q.   All right.  Thank you.

11:29AM 19      Let's turn to Exhibit 4205-A.

11:29AM 20      I'll ask you, Dr. Bourgoyne, is this a series of two

11:29AM 21  charts that you prepared as part of your work in this case?

11:29AM 22  A.   Yes.  I was looking for the first clear indications that

11:29AM 23  were not detected.

11:29AM 24      I think, you know, it shows up here in both of these.  You

11:30AM 25  can see where flow out jumps up and exceeds flow in on this

11:30AM 1    chart.  The red being the flow in.  I've got two different flow

11:30AM 2    in calculations, one that has the boost pump in it and one that

11:30AM 3    doesn't.

11:30AM 4         Then the flow out jumps above flow in.  So, I mean, that's

11:30AM 5    the normal thing people look for.

11:30AM 6         I think this was caught by the mud logger.  He checked,

11:30AM 7    and it turned out that, well, they were dumping the trip tank

11:30AM 8    about this same time, and it was about the right volume that

11:30AM 9    would explain this first discrepancy you see at that point in

11:30AM 10   time.

11:30AM 11        However, you have an additional indicator that the pump

11:30AM 12   pressure is increasing with essentially a constant pump rate.

11:30AM 13   This is at a time when you're removing mud from the riser at

11:30AM 14   the surface.

11:30AM 15        So, thinking about what the pump is seeing, it's seeing

11:31AM 16   that it has to lift less and less of this heavy mud, so its job

11:31AM 17   is the getting easier and easier.  Its pressure should be going

11:31AM 18   down.  To see it turn around and go up is something that I

11:31AM 19   think should have been picked up.

11:31AM 20   Q.   Let me talk to you just a little bit about some time

11:31AM 21   frames.

11:31AM 22        If we focus on the period of time of 2101 to 2108, was

11:31AM 23   there a pressure increase of approximately a hundred psi during

11:31AM 24   that period of time?

11:31AM 25   A.   Yes, that shows up over here on the chart.  You know, if

11:31AM 1    you just look at the digital data, you can see it as well.

11:31AM 2    Q.    I want to see if we have some consensus about this

11:31AM 3    particular time frame.

11:31AM 4        Again, I want to go to the well control expert for the

11:31AM 5    United States, and see if we have agreement, TT 2198.1

11:31AM 6    [Verbatim].

11:32AM 7        Talking to Mr. Heenan about this period of time, it

11:32AM 8    reflects precisely what I've just said.

11:32AM 9        "As stated by Transocean, scales selected determine how

11:32AM 10   obvious the trend is, but the increasing trend is apparent on

11:32AM 11   the full scale, 0 to 7500 psi, HiTec displayed proposed by

11:32AM 12   Transocean.  Do you see that?"

11:32AM 13       He says:  "I see that."

11:32AM 14       "Question:  So what you're conveying there is, even on the

11:32AM 15   scale proposed by Transocean, you see this as evidence that

11:32AM 16   would have been observed by a diligent crew?"

11:32AM 17       He says:  "Yes, sir."

11:32AM 18       "Question:  Now you agree that the pressure increase from

11:32AM 19   2101 to 2108 was most likely due to an influx from the

11:32AM 20   formation?"

11:32AM 21       And he says:  "Yes."

11:32AM 22       Do you see that?

11:32AM 23   A.    Yes.

11:32AM 24   Q.    Do you agree with Mr. Heenan, the expert for the

11:32AM 25   United States of America, in terms of a kick that was underway

11:33AM 1    and detectable during that period of time?

11:33AM 2    A.   Yes, I think it was detectable at that point in time.

11:33AM 3    Q.   Now, let's look, if we could, please, at the period of

11:33AM 4    time 2108 to 2114.

11:33AM 5         What indicators are present during this period of time

11:33AM 6    that indicate whether or not there is a kick underway?

11:33AM 7    A.   Well, you have more serious indicators here, in that now

11:33AM 8    you see we're no longer draining out of the trip tank.  That's

11:33AM 9    this brown box.

11:33AM 10        So we get an increase in flow from the trip tank into the

11:33AM 11   system, and then that trip tank drainage stops.

11:33AM 12        But now, flow out is still higher than flow in by a good

11:33AM 13   bit.  So, I mean, that's getting to be a pretty strong

11:33AM 14   indication right here.

11:33AM 15        Now, unfortunately, at about this time or shortly

11:33AM 16   thereafter, while this is going on, it appears they diverted

11:34AM 17   the flow overboard at that time, so that the Sperry flow-out

11:34AM 18   sensor was bypassed.

11:34AM 19        But, of course, they still had the Transocean HiTec

11:34AM 20   flow-out sensor that they were going through, and they should

11:34AM 21   have been watching that.  So it's -- this is still, you know, a

11:34AM 22   period where that should have been picked up.

11:34AM 23        This is during the sheen test.  We see -- with the pumps

11:34AM 24   completely off, we see pump pressure increasing at a steady

11:34AM 25   clip.  I mean, this is -- this is really telling you something

11:34AM 1   is moving, you know.

11:34AM 2        Everything is turned off.  We have seawater in the drill

11:34AM 3   pipe, supposedly.  We've got seawater almost to the surface in

11:34AM 4   the annulus, just a little bit more spacer up there.  So

11:34AM 5   everything should stop; but, instead, we see pump pressure

11:34AM 6   increasing at a steady clip.  So, I mean, that's really a big

11:35AM 7   indicator.

11:35AM 8        Not only that, it's a fairly simple calculation to know

11:35AM 9   what the magnitude of this pressure ought to be with the pumps

11:35AM 10  off.  That's just simple hydrostatics.

11:35AM 11       They knew they had about 1400 feet of spacer.  They knew

11:35AM 12  the weight of the spacer, the weight of the seawater.

11:35AM 13       You multiply three numbers together, and it tells you, you

11:35AM 14  should be seeing 500 psi here, not a thousand.

11:35AM 15       So, you know, to me, that was clearly detectable and was

11:35AM 16  missed.

11:35AM 17  Q.   Who would have primary and secondary responsibility for

11:35AM 18  detecting the indications of the kick that we've just

11:35AM 19  discussed, that is, the one from 2101 to 2108, and the second

11:35AM 20  one from 2108 to 2114?

11:35AM 21  A.   Well, the Transocean crew, you know, is checking.  They

11:35AM 22  are, you know, trying to observe whether it's flowing and that

11:35AM 23  sort of thing.

11:36AM 24       The driller and the mud logger, you know, should be

11:36AM 25  watching.  So, you know, there is a whole host of people that

11:36AM 1    are missing this.

11:36AM 2    Q.    During the period of time 2108 to 2114, do you believe

11:36AM 3    that if a proper flow check had been conducted, that flow out

11:36AM 4    of the well would have been detected?

11:36AM 5    A.    Yes, I think it's clear that the well is flowing at that

11:36AM 6    time.  The pressure signature says it has to be, and they are

11:36AM 7    reporting no flow.  So, you know, you there is something wrong

11:36AM 8    there.  The flow out should have been seen.

11:36AM 9    Q.    Now, at around 2130, did your review of the records

11:36AM 10   reflect that there was discussion going on in the drill shack

11:37AM 11   concerning an anomaly?

11:37AM 12   A.    Yes, I do seem to recall that.

11:37AM 13   Q.    In the event of a pressure anomaly at 21:30, given what

11:37AM 14   had been seen, would the appropriate actions of the drill crew

11:37AM 15   have been to shut in the well?

11:37AM 16   A.    Absolutely.

11:37AM 17         You know, I mean, even if they had detected this pump

11:37AM 18   pressure increase with the pumps off and recognized the

11:37AM 19   significance of it, there was really no reason not to just go

11:37AM 20   ahead and close in the well and investigate.

11:37AM 21         Because, normally, you hesitate to close the blowout

11:37AM 22   preventers in a drilling situation because you have to stop the

11:37AM 23   pipe movement, and then you can get stuck with the bottom hole

11:37AM 24   assembly in the open hole, and you might wind up losing that

11:38AM 25   section of the hole.

11:38AM 1      So there is some hesitancy there.  You're a little more

11:38AM 2   careful before you close a blowout preventer.

11:38AM 3      But, here, you're in casing.  All you have is seawater.

11:38AM 4   You know, closing the blowout preventers, there's really no

11:38AM 5   risks associated with that.

11:38AM 6   Q.   Let me see Exhibit 8173 at page 10, please.

11:38AM 7      If we could focus in the first full paragraph beginning

11:38AM 8   with the sentence, "The ability to detect," and go down

11:38AM 9   through, "before taking other steps."

11:38AM 10  A.   "The ability to detect an influx of formation fluids of

11:38AM 11  less than 30 barrels is an expected normal response, and

11:38AM 12  numerous drills are generally conducted while drilling to test

11:39AM 13  this response."

11:39AM 14  Q.   Then, if we come down a little more, we talk about the

11:39AM 15  600 barrels, which we won't go back through that again.

11:39AM 16     I want to focus on the sentence:  "If the situation was

11:39AM 17  such that the rig pumps were shut down at 9:30."  That's the

11:39AM 18  sentence I want to focus on now.

11:39AM 19  A.   "If the situation was such that the rig pumps were shut

11:39AM 20  down at 9:30, standard well control would dictate the well be

11:39AM 21  checked for flow and shut in if flowing before taking any other

11:39AM 22  steps.  Both a driller and a toolpusher were evaluating the

11:39AM 23  well at that time."

11:39AM 24  Q.   So do you believe that at 9:30, that a flow check was,

11:39AM 25  again, indicated, and that had a flow check been conducted, a

11:39AM 1    flowing well would have been detected, such that the well could

11:39AM 2    be safely shut in?

11:39AM 3    A.    Yes.

11:39AM 4    Q.    I want to turn now to the issue of gas flow potential.

11:40AM 5         Dr. Bourgoyne, we've heard a good bit in this case about

11:40AM 6    OptiCem calculations and gas flow potential.

11:40AM 7         Have you examined the gas flow potential for the

11:40AM 8    production interval of the Macondo well?

11:40AM 9    A.    Yes.  I recall doing that as part of my review of

11:40AM 10   Gene Beck's comments, in my rebuttal to some of his comments.

11:40AM 11   Q.    There are a number of inputs that go into that gas flow

11:40AM 12   potential determination.  We've heard that the pore pressure

11:40AM 13   value is the most significant.

11:41AM 14        Do you have familiarity with the Halliburton flow

11:41AM 15   potential model?

11:41AM 16   A.    Yes.  Flow after cementing, like I said, is one of the

11:41AM 17   more serious well control problems we've had in the Gulf of

11:41AM 18   Mexico.

11:41AM 19        Part of our LSU MMS research that was conducted was in the

11:41AM 20   area of gas flow after cementing operations.  You know, we had

11:41AM 21   professors and students look at the gas flow potential stuff.

11:41AM 22        We had presentations from Halliburton.  We've read the

11:41AM 23   papers.

11:41AM 24        The concept is really quite simple.  The equation is

11:41AM 25   really quite simple.  The only thing that makes it involved is

11:41AM 1   the geometry that you have and where the cement is; but, the

11:41AM 2   overbalanced part of it is just the denominator in the

11:41AM 3   equation.

11:41AM 4   Q.   Did you recalculate the gas flow potential of the

11:41AM 5   Macondo well using an input of a correct pore pressure?

11:42AM 6   A.   Yes.  If you take the gas flow potential that OptiCem

11:42AM 7   calculates, and you then multiply by the ratio of the

11:42AM 8   overbalanced pressure that they used in the computer run

11:42AM 9   divided by the correct overbalanced pressure, then that

11:42AM 10   corrects the gas flow potential to the correct formation

11:42AM 11   pore pressure.

11:42AM 12   Q.   Let look at TREX-8174.18.1.

11:42AM 13   I want to focus beginning on the sentence that says:  "I

11:42AM 14   found."

11:42AM 15   "I found that the input data for pore pressure to be

11:42AM 16   incorrect in the Halliburton Calculation.  The pore pressure

11:42AM 17   entered for the sand at 18,200 feet was 13,200 psi, which was

11:42AM 18   equivalent to 13.9 per gallon gradient.  The true pore pressure

11:42AM 19   of the sand at this depth was shown to be about 18,900" --

11:43AM 20   A.   11,900.

11:43AM 21   Q.   11,900, I'm sorry.  Oh, I looked up.

11:43AM 22   -- "11,900" -- thank you -- "from downhole measurements

11:43AM 23   made using both Modular Formation Dynamics Tester and GeoTap."

11:43AM 24   Do you see that?

11:43AM 25   A.   Yes.

11:43AM 1    Q.    Is this the calculation that you have been referring us

11:43AM 2    to?

11:43AM 3    A.    Yes, uh-huh (affirmative response).

11:43AM 4    Q.    Is this something you do on your calculator?  You don't

11:43AM 5    have a program you plug it into; you just do the math?

11:43AM 6    A.    Yes, I just did the math on a calculator.

11:43AM 7    Q.    So when you inputted the correct pore pressure, given your

11:43AM 8    understanding of the model, what did that do to gas flow

11:43AM 9    potential under the model?

11:43AM 10   A.    You change it from 10.2 to 1.4.  So, instead of the flow

11:43AM 11   condition being ranked as major, it says minor.  So it made a

11:44AM 12   big difference.

11:44AM 13   Q.    Let's look at TREX-8174.25.1.

11:44AM 14         This is cull out from your rebuttal report?

11:44AM 15   A.    Right.  That gives a little of the background on gas flow

11:44AM 16   potential and the gas flow potential equation and the gas flow

11:44AM 17   potential scale that Halliburton published.  This is right out

11:44AM 18   of a Halliburton paper.

11:44AM 19   Q.    Is this the model and the formula that you used to adjust

11:44AM 20   for -- to adjust for the right input on pore pressure?

11:44AM 21   A.    Right.  You can see that OBP, the overbalanced pressure,

11:44AM 22   is in the denominator.

11:44AM 23         MR. BROCK:  Dr. Bourgoyne, thank you.  I think that's

11:44AM 24   all I have.

11:44AM 25         THE COURT:  We're going to recess in about five or

11:44AM 1    10 minutes, so I don't know if you want to start now or take a

11:44AM 2    lunch break.

11:45AM 3         MR. ROY:  It's your pleasure, Your Honor.  I think if

11:45AM 4    you're going to break in five or 10 minutes, I would just as

11:45AM 5    soon wait.  It's up to you.

11:45AM 6         THE COURT:  I have a meeting over lunch during the noon

11:45AM 7    hour, so we'll come back at 1:15, okay.

11:45AM 8         THE DEPUTY CLERK:  All rise.

11:45AM 9         (WHEREUPON, at 11:45 a.m., the Court was in luncheon

10    recess.)

11                          *    *    *

12

13                      REPORTER'S CERTIFICATE

14         I, Cathy Pepper, Certified Realtime Reporter,
      Registered Merit Reporter, Certified Court Reporter of the
15    State of Louisiana, Official Court Reporter for the United
      States District Court, Eastern District of Louisiana, do hereby
16    certify that the foregoing is a true and correct transcript to
      the best of my ability and understanding from the record of the
17    proceedings in the above-entitled and numbered matter.

18                          *s/Cathy Pepper*
                          Cathy Pepper, CRR, RMR, CCR
19                        Certified Realtime Reporter
                          Registered Merit Reporter
20                        Official Court Reporter
                          United States District Court
21                        Cathy_Pepper@laed.uscourts.gov

22

23

24

25

**'**

'74 [1] - 7437:15
'80 [1] - 7434:6
'85 [1] - 7437:17
'86 [1] - 7437:4
'99 [1] - 7431:14

**0**

0 [1] - 7533:11
01 [1] - 7451:21
05 [2] - 7520:18, 7520:22

**1**

1 [1] - 7499:22
1.2 [1] - 7517:7
1.4 [1] - 7540:10
10 [11] - 7442:2, 7445:21, 7478:22, 7482:21, 7483:12, 7483:17, 7489:1, 7490:24, 7537:6, 7541:1, 7541:4
10-MD-2179 [1] - 7412:8
10.2 [1] - 7540:10
100 [6] - 7513:17, 7514:23, 7516:16, 7517:24, 7518:11, 7529:24
1000 [1] - 7417:19
1001 [1] - 7417:11
101 [1] - 7414:4
10:09 [1] - 7494:11
11 [1] - 7426:7
11,900 [3] - 7539:20, 7539:21, 7539:22
1100 [1] - 7417:7
1110 [1] - 7417:23
11:45 [1] - 7541:9
12.3 [1] - 7520:6
12.4 [1] - 7513:1
12.55 [2] - 7520:6, 7520:17
12.6 [3] - 7513:1, 7520:6, 7520:17
1201 [2] - 7416:20, 7418:6
13 [9] - 7425:5, 7480:24, 7485:8, 7485:9, 7487:16, 7493:6, 7493:25, 7495:2, 7495:5
13,150 [2] - 7481:12, 7490:24

13,160 [1] - 7490:24
13,200 [1] - 7539:17
13-and-5/8-inch [7] - 7472:14, 7480:20, 7485:4, 7495:4, 7495:23, 7496:24, 7506:10
13.3 [1] - 7464:13
13.8 [4] - 7460:18, 7460:20, 7460:24, 7464:12
13.9 [4] - 7510:25, 7518:20, 7518:21, 7539:18
1308 [1] - 7414:7
1331 [1] - 7418:10
134-barrel [1] - 7509:22
13th-and-5/8-inch [1] - 7472:25
14 [4] - 7514:9, 7514:16, 7514:22, 7515:19
14-pound [3] - 7509:21, 7516:2, 7522:15
14.12 [1] - 7518:20
14.16 [1] - 7510:25
14.3 [1] - 7511:23
14.5 [7] - 7460:21, 7460:25, 7464:11, 7464:12, 7464:15, 7509:8, 7511:10
14.9 [1] - 7464:1
1400 [1] - 7535:11
14271 [1] - 7415:13
15 [7] - 7434:6, 7466:8, 7478:22, 7494:7, 7505:8, 7514:10, 7527:3
15-minute [1] - 7494:9
1558.1.1 [2] - 7444:15, 7479:24
16 [2] - 7488:15, 7509:7
16's [1] - 7505:8
16-inch [7] - 7499:17, 7499:19, 7499:25, 7500:4, 7500:21, 7520:2, 7520:6
1601 [1] - 7413:11
1665 [1] - 7418:10
17 [1] - 7440:18
17's [1] - 7505:8
17,185 [1] - 7512:3
17,761 [1] - 7509:21
17,835 [1] - 7510:13
17,909 [1] - 7511:17
17.634 [1] - 7509:7
1700 [2] - 7418:6,

7497:21
172 [1] - 7517:10
18's [1] - 7505:8
18,195 [1] - 7511:23
18,200 [1] - 7539:17
18,234 [1] - 7516:11
18,360 [1] - 7517:19
18,900 [1] - 7539:19
18-minute [1] - 7501:11
1885 [1] - 7416:6
1964 [1] - 7429:2
1966 [2] - 7428:14, 7429:20
1969 [2] - 7428:16, 7429:25
1971 [1] - 7430:12
1977 [1] - 7428:14
1980 [2] - 7433:12, 7433:22
1991 [1] - 7447:12
19th [1] - 7519:13
1:15 [1] - 7541:7
1st [2] - 7508:17, 7508:21

**2**

2 [2] - 7509:6, 7527:3
20 [7] - 7412:6, 7435:15, 7469:10, 7521:5, 7529:7, 7529:18, 7530:20
2000 [1] - 7431:14
20004 [1] - 7416:21
2001 [1] - 7428:22
20044 [3] - 7415:7, 7415:13, 7415:19
2006 [1] - 7428:21
2010 [7] - 7412:6, 7490:20, 7509:6, 7521:5, 7529:7, 7529:18, 7530:20
2011 [2] - 7440:18, 7440:19
2013 [3] - 7412:9, 7420:2, 7426:7
2030 [2] - 7529:19, 7530:3
2052 [2] - 7530:9, 7530:18
20th [2] - 7524:14, 7528:9
2101 [3] - 7532:22, 7533:19, 7535:19
2108 [6] - 7532:22, 7533:19, 7534:4, 7535:19, 7535:20, 7536:2

2114 [3] - 7534:4, 7535:20, 7536:2
2130 [1] - 7536:9
2138 [1] - 7530:20
214 [1] - 7511:20
2198.1 [1] - 7533:5
21:30 [1] - 7536:13
22 [1] - 7490:19
22-inch [1] - 7454:12
2211 [1] - 7417:23
2216 [1] - 7414:18
2219.3 [1] - 7524:21
2223.1 [1] - 7527:4
223 [2] - 7527:3, 7527:4
22ND [1] - 7413:19
23 [1] - 7412:20
233 [1] - 7510:8
23451 [1] - 7413:19
24-hour [1] - 7510:9
252 [1] - 7506:4
2615 [1] - 7413:15
28-inch [1] - 7454:8
29 [1] - 7430:18
2:10-CV-02771 [1] - 7412:12
2:10-CV-4536 [1] - 7412:14
2nd [1] - 7509:15

**3**

3 [2] - 7469:8, 7469:9
30 [5] - 7430:19, 7435:16, 7482:20, 7537:11
300 [2] - 7416:25, 7515:19
355 [1] - 7417:15
35TH [1] - 7417:15
36-inch [1] - 7454:8
36130 [1] - 7415:24
36604 [1] - 7413:12
3668 [1] - 7413:4
3700 [2] - 7417:7, 7417:11
3rd [3] - 7509:20, 7510:11, 7511:8

**4**

4/19/2010 [1] - 7517:20
402 [1] - 7413:19
41053.1.10 [1] - 7490:18
4117A [1] - 7448:2
41559.1.1 [1] -

7436:17
4205-A [1] - 7531:19
4310 [1] - 7414:14
435 [1] - 7414:4
4363.1 [1] - 7453:25
4363.3 [1] - 7472:18
45 [2] - 7446:16, 7523:9
450 [1] - 7414:23
4726 [1] - 7454:19
4730 [1] - 7453:1
4732 [1] - 7460:3
4733 [1] - 7461:15
4746 [2] - 7499:9, 7501:5
4751 [1] - 7511:5
4753 [1] - 7514:21
4754 [1] - 7516:10
4756 [1] - 7523:18
4764.6 [2] - 7493:23
4842.1 [1] - 7441:10
4842.2 [1] - 7521:10
4842.3 [1] - 7528:10
4850 [1] - 7477:6
4855 [1] - 7499:24
4:533.28 [1] - 7496:10
4th [7] - 7511:6, 7511:22, 7513:5, 7513:11, 7513:17, 7513:20, 7514:10

**5**

5/8 [8] - 7480:24, 7485:8, 7485:9, 7487:16, 7493:6, 7493:25, 7495:2, 7495:5
50 [1] - 7445:21
50-barrel [1] - 7531:9
500 [3] - 7413:4, 7415:23, 7418:14, 7535:14
5000 [1] - 7416:17
504 [1] - 7418:15
50941.1 [2] - 7421:7, 7421:9
5395 [1] - 7414:23
556 [1] - 7413:4
589-7779 [1] - 7418:15
59041.1 [1] - 7421:8
5th [2] - 7513:16, 7513:21

**6**

600 [4] - 7413:19, 7413:22, 7417:19,

7537:15

**6006** [1] - 7428:6
**601** [1] - 7413:15
**60654** [1] - 7416:25
**618** [1] - 7414:11
**650-barrel** [1] -
7530:21
**662.1** [1] - 7462:20
**6th** [2] - 7515:18

### 7

**7** [1] - 7440:19
**7/8** [10] - 7488:3,
7488:8, 7489:3,
7492:16, 7493:6,
7493:15, 7493:25,
7499:20, 7501:5,
7512:12
**701** [2] - 7416:11,
7416:16
**70113** [1] - 7413:8
**70130** [5] - 7413:16,
7413:23, 7414:18,
7416:11, 7418:15
**70139** [1] - 7416:17
**70163** [1] - 7417:7
**70360** [1] - 7414:4
**70458** [1] - 7414:8
**70502** [2] - 7413:5,
7417:20
**70801** [1] - 7414:11
**70804** [1] - 7416:7
**7425** [1] - 7419:5
**7427** [1] - 7419:6
**7428** [1] - 7419:7
**7439** [1] - 7419:8
**7441** [1] - 7419:16
**7500** [1] - 7533:11
**7510.36.2** [1] -
7496:25
**75270** [1] - 7418:7
**7541** [1] - 7419:9
**760-some-odd** [1] -
7500:14
**7611** [1] - 7415:7
**77002** [1] - 7417:11
**77006** [1] - 7414:15
**77010** [1] - 7418:10
**77098** [1] - 7417:23
**79** [1] - 7438:1
**7TH** [1] - 7414:23

### 8

**8** [3] - 7412:9, 7420:2,
7437:19
**80** [1] - 7526:23

**8169** [1] - 7421:4
**8173** [5] - 7419:16,
7440:25, 7441:2,
7442:2, 7537:6
**8173.1.2** [1] - 7440:16
**8173.52.1** [1] -
7525:18
**8173.71.2** [1] -
7428:10
**8173.76.1** [1] -
7437:11
**8173.78.1** [1] -
7436:13
**8173.85.4** [1] -
7431:23
**8174** [3] - 7419:16,
7440:25, 7441:2
**8185.1.1** [1] - 7447:10
**820** [1] - 7413:8
**84** [1] - 7517:10
**8:00** [1] - 7412:9

### 9

**9** [10] - 7488:3, 7488:8,
7489:3, 7492:16,
7493:6, 7493:15,
7493:25, 7499:20,
7501:5, 7512:12
**9-and-7/8-inch** [9] -
7472:19, 7473:1,
7477:24, 7478:6,
7496:11, 7499:8,
7499:12, 7499:25,
7506:11
**90071** [1] - 7417:16
**94005** [1] - 7416:7
**94102** [1] - 7414:24
**9:30** [3] - 7537:17,
7537:20, 7537:24
**9TH** [1] - 7413:22
**9th** [9] - 7513:17,
7514:10, 7516:11,
7517:24, 7519:13

### A

**a.m** [2] - 7494:11,
7541:9
**A.M** [1] - 7412:9
**abandonment** [4] -
7443:4, 7444:13,
7522:11, 7524:11
**ability** [8] - 7432:20,
7448:4, 7449:12,
7470:15, 7531:4,
7537:8, 7537:10,
7541:16
**able** [9] - 7432:17,

7434:25, 7445:1,
7447:1, 7453:13,
7477:16, 7490:2,
7508:11
**Abnormal** [1] -
7437:16
**abnormal** [2] - 7430:7,
7430:10
**above-entitled** [1] -
7541:16
**ABRAMSON** [1] -
7413:14
**absolutely** [4] -
7515:16, 7527:13,
7527:20, 7536:16
**abundance** [1] -
7424:15
**academic** [1] -
7430:24
**accept** [1] - 7439:6
**accepted** [2] - 7437:2,
7439:16
**accident** [2] -
7439:23, 7440:12
**accomplish** [1] -
7524:17
**accomplished** [1] -
7524:20
**accomplishment** [1] -
7508:13
**accordance** [1] -
7524:16
**according** [2] -
7484:2, 7529:12
**account** [4] - 7458:5,
7466:17, 7466:22,
7530:12
**accurate** [5] -
7489:24, 7493:10,
7493:12, 7496:4,
7501:19
**achieve** [2] - 7467:10,
7469:17
**achieved** [2] - 7449:3,
7470:15
**acquisition** [2] -
7430:6, 7430:9
**acted** [1] - 7507:13
**ACTION** [1] - 7412:8
**action** [1] - 7469:18
**actions** [3] - 7513:6,
7515:2, 7536:14
**active** [2] - 7430:17,
7430:20
**activities** [1] - 7528:14
**activity** [4] - 7508:19,
7509:15, 7513:5,
7513:10
**actual** [4] - 7423:22,
7432:11, 7477:21,

7496:13
**ADAM** [2] - 7419:6,
7427:10
**Adam** [1] - 7428:5
**added** [1] - 7488:10
**addition** [1] - 7466:2
**additional** [8] -
7434:14, 7461:4,
7484:1, 7488:9,
7488:10, 7517:18,
7518:23, 7532:11
**address** [6] - 7438:12,
7450:22, 7457:1,
7457:20, 7458:19,
7522:9
**adequately** [1] -
7528:8
**adjust** [3] - 7469:1,
7540:19, 7540:20
**admission** [1] -
7426:16
**admitted** [15] -
7420:21, 7420:23,
7421:15, 7421:17,
7422:13, 7422:15,
7422:25, 7423:2,
7423:8, 7423:9,
7424:3, 7426:6,
7426:17, 7441:1,
7441:2
**ADMITTED...............**
[1] - 7419:16
**advance** [1] - 7424:12
**advanced** [2] - 7446:5,
7446:7
**advice** [1] - 7434:13
**advise** [1] - 7431:4
**advisor** [1] - 7476:17
**advisors** [1] - 7433:4
**affected** [1] - 7455:23
**affects** [1] - 7455:6
**afternoon** [1] - 7424:8
**afterwards** [1] -
7488:25
**agent** [1] - 7439:6
**ago** [4] - 7441:5,
7441:23, 7453:2,
7523:24
**agree** [19] - 7443:8,
7444:2, 7444:3,
7446:8, 7463:3,
7472:9, 7477:2,
7507:24, 7508:9,
7508:10, 7520:10,
7525:1, 7525:4,
7525:13, 7527:1,
7527:12, 7527:19,
7533:18, 7533:24
**agreed** [3] - 7422:22,
7423:18, 7511:2

**agreeing** [1] - 7476:7
**agreement** [2] -
7421:4, 7533:5
**agrees** [1] - 7488:14
**ahead** [21] - 7423:11,
7453:9, 7455:6,
7460:8, 7463:25,
7465:10, 7467:15,
7469:13, 7483:16,
7483:22, 7487:25,
7488:1, 7502:18,
7511:25, 7517:19,
7517:21, 7517:22,
7520:21, 7521:2,
7525:25, 7536:20
**aides** [1] - 7429:14
**air** [1] - 7451:17
**AL** [7] - 7412:13,
7412:16, 7413:12,
7415:24
**ALABAMA** [2] -
7415:21
**Albertin** [1] - 7476:16
**ALLAN** [1] - 7416:10
**allegations** [1] -
7444:5
**alleged** [1] - 7520:4
**alleges** [1] - 7472:16
**allow** [7] - 7426:4,
7445:6, 7448:18,
7455:1, 7455:2,
7465:3, 7474:1
**allowed** [2] - 7455:17,
7462:6
**allowing** [2] - 7458:4,
7467:11
**allows** [1] - 7474:6
**almost** [3] - 7465:5,
7531:16, 7535:3
**alternative** [2] -
7439:3, 7439:7
**America** [2] - 7524:22,
7533:25
**AMERICA** [3] -
7412:15, 7414:21,
7416:14
**AMERICAN** [1] -
7413:15
**Amoco** [2] - 7435:4,
7435:22
**amount** [15] - 7455:9,
7475:12, 7486:17,
7496:8, 7497:18,
7497:19, 7498:16,
7498:20, 7498:21,
7500:4, 7500:10,
7500:22, 7500:24,
7500:25, 7523:20
**analysis** [7] - 7440:1,
7440:8, 7485:13,

7488:14, 7526:11, 7529:8, 7529:17
**analysis-type** [1] - 7526:11
**Analyze** [1] - 7437:24
**analyzed** [2] - 7486:5, 7507:19
**AND** [3] - 7412:12, 7417:4, 7419:16
**ANDREW** [1] - 7416:23
**ANGELES** [1] - 7417:16
**annular** [1] - 7529:22
**annulus** [4] - 7452:9, 7481:13, 7524:5, 7535:4
**anomalously** [2] - 7497:7, 7499:2
**anomaly** [2] - 7536:11, 7536:13
**Anthony** [1] - 7420:12
**ANTHONY** [1] - 7414:17
**anyway** [3] - 7512:5, 7516:16, 7531:17
**apart** [1] - 7478:24
**APD** [2] - 7442:4, 7445:24
**apparent** [4] - 7497:5, 7497:24, 7498:8, 7533:10
**APPEARANCES** [6] - 7413:1, 7414:1, 7415:1, 7416:1, 7417:1, 7418:1
**applied** [4] - 7436:14, 7477:17, 7481:22, 7496:3
**apply** [3] - 7453:10, 7519:5, 7526:15
**applying** [2] - 7465:18, 7496:7
**appreciate** [2] - 7425:1, 7426:25
**Approach** [1] - 7437:16
**appropriate** [27] - 7445:18, 7454:14, 7474:7, 7474:8, 7478:7, 7482:23, 7485:5, 7489:4, 7489:24, 7490:4, 7494:20, 7496:16, 7496:18, 7496:19, 7498:12, 7498:23, 7510:2, 7511:11, 7511:12, 7511:23, 7513:7, 7516:9, 7520:18, 7520:25,

7524:14, 7536:14
**appropriately** [2] - 7482:22, 7486:16
**approval** [2] - 7425:10, 7521:2
**approved** [1] - 7445:23
**APRIL** [3] - 7412:6, 7412:9, 7420:2
**April** [29] - 7426:7, 7508:16, 7508:21, 7509:6, 7509:15, 7509:20, 7510:11, 7511:6, 7511:8, 7513:5, 7513:11, 7513:16, 7513:17, 7513:20, 7513:21, 7514:10, 7515:18, 7516:11, 7517:24, 7519:13, 7521:5, 7524:14, 7528:9, 7529:7, 7529:18, 7530:20
**area** [16] - 7438:5, 7441:12, 7448:24, 7457:24, 7459:25, 7461:21, 7465:7, 7498:10, 7504:16, 7505:23, 7506:3, 7506:4, 7507:1, 7507:7, 7521:5, 7538:20
**areas** [1] - 7504:13
**ARRELL** [1] - 7417:22
**arrow** [5] - 7448:4, 7449:4, 7449:8, 7512:5
**Arthur** [1] - 7424:13
**article** [2] - 7437:15, 7447:11
**articles** [2] - 7437:13, 7438:1
**ASBILL** [1] - 7417:9
**assembly** [2] - 7516:14, 7536:24
**assertion** [1] - 7520:7
**ASSET** [1] - 7412:13
**assist** [1] - 7436:21
**assistant** [1] - 7436:9
**assistants** [1] - 7429:14
**Assisted** [1] - 7437:23
**associated** [4] - 7438:14, 7451:23, 7526:19, 7537:5
**association** [1] - 7435:5
**assume** [1] - 7529:10
**attention** [12] - 7436:11, 7441:4,

7458:16, 7473:7, 7480:11, 7485:7, 7503:25, 7507:17, 7520:3, 7521:4, 7526:25, 7528:6
**attenuated** [2] - 7491:25, 7492:5
**ATTORNEY** [4] - 7415:21, 7415:22, 7416:4, 7416:6
**attributed** [1] - 7478:15
**Austin** [1] - 7428:16
**authored** [1] - 7447:11
**automatic** [1] - 7484:18
**automatically** [1] - 7484:19
**available** [5] - 7435:13, 7454:21, 7456:8, 7467:13, 7485:1
**AVENUE** [3] - 7413:8, 7414:23, 7415:23, 7416:20, 7417:15
**avoid** [1] - 7469:18
**aware** [6] - 7423:24, 7443:6, 7472:5, 7472:16, 7476:12
**awkward** [1] - 7449:8
**Azar** [1] - 7424:21

## B

**background** [5] - 7428:9, 7428:12, 7429:9, 7444:20, 7540:15
**bad** [2] - 7461:9, 7495:24
**balance** [5] - 7450:17, 7450:22, 7451:14, 7451:18, 7451:22
**ballooning** [6] - 7509:23, 7510:3, 7510:5, 7510:16, 7511:14, 7511:18
**Barbier** [1] - 7447:1
**BARBIER** [1] - 7412:22
**barrel** [3] - 7482:3, 7515:19, 7517:10
**barrels** [18] - 7469:5, 7469:8, 7469:9, 7469:10, 7482:6, 7484:2, 7486:12, 7487:6, 7497:21, 7510:8, 7514:23, 7517:6, 7517:7,

7517:10, 7531:13, 7531:15, 7537:11, 7537:15
**base** [5] - 7450:6, 7450:10, 7470:14, 7482:5, 7523:22
**based** [6] - 7435:3, 7435:6, 7487:19, 7506:14, 7513:10, 7523:9
**baseline** [3] - 7492:6, 7492:25, 7518:4
**basic** [2] - 7475:8, 7521:1
**basis** [1] - 7513:25
**BATON** [2] - 7414:11, 7416:7
**Baton** [3] - 7428:6, 7430:13, 7438:18
**BEACH** [1] - 7413:19
**bearing** [1] - 7518:8
**beautiful** [1] - 7517:1
**Beck** [2] - 7421:19, 7422:1
**Beck's** [2] - 7423:6, 7538:10
**BEFORE** [1] - 7412:22
**began** [3] - 7435:18, 7509:24, 7529:15
**begin** [8] - 7439:20, 7461:20, 7464:3, 7466:5, 7480:16, 7483:24, 7510:7, 7522:20
**Begin** [1] - 7514:22
**beginning** [2] - 7537:7, 7539:13
**begins** [1] - 7508:16
**behalf** [2] - 7421:22, 7422:7
**behavior** [4] - 7482:12, 7495:16, 7498:3, 7498:25
**Behavior** [1] - 7437:25
**behind** [6] - 7446:24, 7450:4, 7453:19, 7460:2, 7461:1, 7526:20
**bell** [1] - 7429:23
**below** [14] - 7447:16, 7453:10, 7453:11, 7453:16, 7457:9, 7465:14, 7483:15, 7491:18, 7500:14, 7500:15, 7500:17, 7501:10, 7503:18, 7518:21
**BEN** [1] - 7415:18
**bend** [1] - 7427:22
**beneath** [1] - 7478:18

**best** [2] - 7480:14, 7541:16
**bestseller** [1] - 7437:3
**bestsellers** [1] - 7437:4
**better** [5] - 7434:23, 7436:23, 7448:22, 7467:8, 7505:21, 7512:6
**between** [25] - 7446:2, 7446:3, 7449:12, 7449:23, 7451:7, 7454:22, 7454:25, 7458:20, 7462:22, 7462:23, 7462:25, 7463:9, 7463:12, 7471:17, 7477:21, 7481:21, 7495:22, 7497:5, 7497:24, 7499:18, 7500:8, 7500:20, 7514:10, 7529:10
**beyond** [2] - 7457:12, 7476:3
**BHA** [1] - 7483:21
**big** [6] - 7483:20, 7501:11, 7512:5, 7516:7, 7535:6, 7540:12
**bigger** [4] - 7451:8, 7482:9, 7500:15, 7520:22
**biggest** [1] - 7531:17
**Bill** [1] - 7432:7
**bit** [39] - 7428:8, 7429:17, 7431:7, 7437:22, 7450:10, 7452:9, 7452:15, 7455:11, 7455:24, 7456:17, 7466:21, 7466:12, 7466:13, 7469:3, 7470:13, 7471:3, 7474:4, 7483:19, 7484:12, 7484:24, 7488:22, 7495:12, 7500:5, 7502:8, 7509:22, 7511:13, 7516:4, 7516:5, 7516:17, 7516:21, 7517:5, 7517:21, 7529:22, 7530:6, 7532:20, 7534:13, 7535:4, 7538:5
**bleed** [1] - 7524:8
**blow** [1] - 7468:19
**blowout** [12] - 7432:4, 7444:7, 7444:13, 7481:18, 7524:4, 7530:14, 7530:17,

7530:25, 7531:1,
7536:21, 7537:2,
7537:4
**blue** [4] - 7449:8,
7485:16, 7485:17,
7495:10
**blurry** [1] - 7495:4
**board** [1] - 7529:2
**bombard** [1] - 7506:19
**book** [2] - 7436:19,
7437:2
**booked** [1] - 7435:15
**Boone** [1] - 7428:6
**boost** [1] - 7532:2
**BOP** [3] - 7434:22,
7500:6, 7500:8
**BOPs** [2] - 7481:19,
7481:21
**bore** [2] - 7462:6,
7503:16
**borehole** [6] -
7516:22, 7517:2,
7517:15, 7518:10,
7518:18, 7519:22
**bottom** [23] - 7432:10,
7442:9, 7442:13,
7444:25, 7451:3,
7451:6, 7452:19,
7453:11, 7456:4,
7468:5, 7469:15,
7481:1, 7481:14,
7492:9, 7500:8,
7500:11, 7501:19,
7501:25, 7512:12,
7514:22, 7524:19,
7530:1, 7536:23
**bought** [2] - 7521:24,
7523:17
**BOULEVARD** [1] -
7414:14
**BOUNDS** [1] -
7413:10
**bounds** [1] - 7455:2
**Bourgoyne** [64] -
7424:18, 7424:19,
7427:16, 7428:3,
7428:5, 7428:11,
7428:25, 7430:16,
7435:12, 7436:18,
7438:8, 7438:24,
7439:20, 7441:4,
7442:24, 7443:6,
7444:4, 7444:16,
7448:2, 7448:11,
7450:16, 7451:2,
7451:25, 7458:22,
7459:20, 7463:3,
7472:2, 7472:23,
7479:25, 7480:14,
7485:10, 7486:13,

7488:7, 7489:8,
7492:12, 7493:3,
7493:24, 7494:17,
7497:9, 7499:10,
7501:7, 7507:12,
7507:19, 7508:18,
7509:25, 7510:14,
7517:19, 7519:1,
7519:25, 7521:3,
7521:8, 7522:6,
7523:9, 7524:13,
7525:10, 7526:25,
7528:5, 7528:7,
7528:15, 7529:6,
7530:22, 7531:20,
7538:5, 7540:23
**BOURGOYNE** [2] -
7419:6, 7427:10
**BOX** [4] - 7413:4,
7415:7, 7415:13,
7416:7
**box** [3] - 7455:16,
7469:4, 7534:9
**BP** [43] - 7412:15,
7416:13, 7416:14,
7416:15, 7422:7,
7423:15, 7424:6,
7425:24, 7426:2,
7427:3, 7427:15,
7438:23, 7443:1,
7443:2, 7454:13,
7471:2, 7471:5,
7471:7, 7473:20,
7476:12, 7480:11,
7482:1, 7484:13,
7485:5, 7488:18,
7489:4, 7490:3,
7490:12, 7496:19,
7506:2, 7506:6,
7506:13, 7507:13,
7510:2, 7513:6,
7515:2, 7520:5,
7521:20, 7523:11,
7525:1, 7525:13,
7528:24
**BP's** [5] - 7422:12,
7474:8, 7474:10,
7488:14, 7494:25
**BRAD** [1] - 7417:14
**Brad** [1] - 7421:22
**BRANCH** [3] -
7414:22, 7415:10,
7415:16
**Brazil** [2] - 7504:14,
7504:15
**breach** [2] - 7460:5,
7464:20
**breached** [1] - 7461:2
**break** [13] - 7422:1,
7464:10, 7478:24,

7485:22, 7486:9,
7487:10, 7487:19,
7488:17, 7495:10,
7503:14, 7522:25,
7541:2, 7541:4
**break-over** [1] -
7487:19
**breakdown** [5] -
7459:18, 7459:22,
7464:2, 7464:7
**breaking** [3] -
7460:15, 7484:7,
7502:3
**breakover** [1] -
7495:14
**breaks** [3] - 7460:9,
7464:16, 7485:23
**BREIT** [2] - 7413:18,
7413:18
**BRENNAN** [1] -
7417:9
**BRIAN** [2] - 7417:14,
7421:22
**Brian** [1] - 7421:22
**briefly** [13] - 7425:16,
7436:18, 7437:8,
7438:8, 7438:11,
7442:2, 7450:25,
7453:5, 7473:10,
7494:3, 7497:12,
7501:7, 7515:1
**bring** [1] - 7432:23
**broadly** [1] - 7456:13
**BROCK** [24] -
7416:20, 7423:17,
7424:4, 7424:19,
7427:4, 7427:15,
7427:24, 7428:2,
7431:8, 7431:12,
7438:22, 7439:14,
7439:17, 7439:19,
7440:24, 7441:3,
7449:2, 7494:8,
7494:15, 7494:16,
7514:13, 7514:18,
7514:19, 7540:23
**Brock** [4] - 7424:6,
7427:15, 7494:6,
7494:14
**BROCK**.................. [1]
- 7419:7
**BROCK**....................
[1] - 7419:8
**broke** [2] - 7484:6,
7500:12
**broken** [4] - 7460:8,
7464:25, 7465:9,
7479:3
**brought** [2] - 7440:14,
7521:22

**brown** [1] - 7534:9
**BS** [2] - 7428:13,
7428:14
**BSEE** [6] - 7439:6,
7439:9, 7456:6,
7463:5, 7474:6,
7520:15
**build** [1] - 7493:25
**BUILDING** [1] -
7413:15
**builds** [1] - 7495:13
**buildup** [5] - 7489:25,
7490:6, 7499:14,
7499:15, 7499:18
**built** [1] - 7433:1
**bullet** [1] - 7499:21
**bunch** [4] - 7501:24,
7530:12, 7530:13,
7531:3
**bundles** [1] - 7426:6
**BURLING** [1] -
7416:19
**business** [1] -
7530:15
**BY** [39] - 7412:5,
7413:3, 7413:7,
7413:11, 7413:14,
7413:18, 7413:22,
7414:3, 7414:7,
7414:10, 7414:14,
7414:22, 7415:4,
7415:10, 7415:17,
7415:22, 7416:5,
7416:10, 7416:15,
7416:20, 7416:23,
7417:6, 7417:10,
7417:14, 7417:18,
7417:22, 7418:4,
7418:9, 7418:17,
7418:18, 7419:7,
7419:8, 7428:2,
7431:12, 7439:19,
7441:3, 7449:2,
7494:16, 7514:19
**bypassed** [1] -
7534:18

**C**

**CA** [2] - 7414:24,
7417:16
**cake** [4] - 7450:5,
7450:11, 7517:2,
7517:18
**calculate** [5] -
7452:19, 7455:21,
7504:18, 7506:20,
7506:21
**calculated** [5] -

7506:6, 7506:14,
7506:22, 7510:17,
7529:23
**calculates** [1] - 7539:7
**calculating** [1] -
7476:8
**calculation** [5] -
7504:20, 7505:1,
7505:2, 7535:8,
7540:1
**Calculation** [1] -
7539:16
**calculations** [4] -
7446:13, 7509:14,
7532:2, 7538:6
**calculator** [3] -
7529:9, 7540:4,
7540:6
**CALDWELL** [1] -
7416:5
**calibrate** [2] -
7475:22, 7476:4
**CALLED** [1] - 7420:4
**Cameron** [2] -
7429:12, 7429:16
**CAMP** [1] - 7416:11
**campus** [1] - 7433:14
**cannot** [3] - 7449:10,
7468:4
**Canyon** [5] - 7504:16,
7505:16, 7505:17,
7505:19, 7505:21
**care** [5] - 7443:17,
7525:1, 7525:5,
7527:23, 7527:24
**cared** [1] - 7528:1
**career** [1] - 7438:13
**careful** [2] - 7471:2,
7537:2
**carefully** [5] -
7473:17, 7490:4,
7490:14, 7508:3,
7518:1
**CARL** [1] - 7412:22
**CARONDELET** [1] -
7413:22
**CARRIE** [1] - 7416:24
**carried** [1] - 7462:16
**cascading** [3] -
7461:2, 7461:5,
7461:8
**cascading-type** [1] -
7461:5
**CASE** [2] - 7412:12,
7412:14
**case** [24] - 7423:16,
7424:16, 7425:2,
7425:21, 7425:25,
7426:3, 7431:22,
7439:21, 7440:22,

7446:6, 7455:11, 7465:23, 7466:8, 7475:23, 7482:3, 7486:1, 7486:8, 7488:17, 7488:22, 7491:15, 7521:10, 7528:16, 7531:21, 7538:5

**cases** [4] - 7488:19, 7494:2, 7497:22, 7501:16

**casing** [86] - 7442:12, 7444:10, 7444:25, 7445:5, 7446:19, 7446:22, 7447:15, 7447:16, 7447:18, 7451:3, 7451:6, 7451:8, 7453:2, 7453:12, 7453:15, 7453:21, 7454:3, 7454:6, 7458:6, 7458:12, 7458:25, 7459:20, 7459:22, 7460:6, 7461:6, 7461:17, 7462:1, 7462:10, 7463:23, 7464:20, 7465:14, 7466:12, 7467:19, 7467:22, 7479:6, 7479:12, 7479:20, 7480:15, 7480:19, 7480:24, 7480:25, 7481:3, 7481:8, 7481:10, 7481:14, 7481:17, 7481:20, 7481:21, 7482:1, 7482:18, 7482:23, 7483:15, 7483:20, 7485:16, 7486:16, 7488:11, 7488:22, 7489:17, 7490:7, 7491:24, 7492:9, 7492:13, 7493:2, 7494:1, 7495:10, 7497:4, 7497:15, 7498:13, 7498:22, 7499:15, 7499:18, 7500:1, 7500:9, 7500:11, 7500:16, 7500:21, 7501:1, 7501:25, 7502:1, 7512:10, 7523:2, 7537:3

**casings** [2] - 7458:7, 7458:9

**catch** [1] - 7451:15

**category** [2] - 7469:12, 7511:21

**CATHY** [1] - 7418:13

**Cathy** [2] - 7541:13,

7541:18

**Cathy_Pepper@laed .uscourts.gov** [1] - 7541:21

**cathy_Pepper@laed. uscourts.gov** [1] - 7418:16

**caught** [1] - 7532:6

**caused** [1] - 7453:6

**caution** [1] - 7424:15

**cc** [2] - 7451:20, 7451:21

**CCR** [2] - 7418:13, 7541:18

**cement** [39] - 7442:13, 7442:21, 7446:18, 7446:21, 7447:16, 7451:7, 7453:13, 7461:1, 7461:2, 7467:8, 7467:17, 7479:6, 7479:19, 7481:2, 7481:13, 7481:14, 7483:11, 7483:12, 7483:24, 7487:1, 7492:1, 7492:13, 7493:2, 7500:12, 7501:22, 7501:25, 7502:2, 7502:3, 7502:4, 7502:11, 7502:12, 7502:14, 7502:17, 7502:18, 7508:11, 7508:12, 7523:21, 7524:3, 7539:1

**cemented** [7] - 7444:11, 7446:19, 7446:23, 7462:2, 7481:1, 7481:6, 7481:13

**cementing** [7] - 7447:15, 7474:17, 7475:6, 7523:6, 7523:7, 7538:16, 7538:20

**center** [1] - 7432:8

**CENTRE** [1] - 7417:6

**CERNICH** [1] - 7415:5

**certain** [1] - 7498:16

**certainly** [2] - 7462:1, 7463:14

**CERTIFICATE** [1] - 7541:12

**CERTIFIED** [1] - 7418:13

**Certified** [3] - 7541:13, 7541:14, 7541:19

**certified** [1] - 7439:5

**certify** [1] - 7541:15

**CHAKERES** [1] -

7415:6

**challenges** [2] - 7433:9, 7434:19

**challenging** [1] - 7438:18

**chance** [2] - 7474:18, 7519:19

**chances** [2] - 7461:10, 7500:18

**CHANG** [1] - 7415:5

**change** [6] - 7424:10, 7426:2, 7430:12, 7500:20, 7520:18, 7540:10

**chart** [6] - 7468:24, 7470:5, 7492:21, 7494:21, 7532:1, 7532:25

**charts** [1] - 7531:21

**CHASE** [1] - 7417:19

**check** [6] - 7510:21, 7522:24, 7522:25, 7536:3, 7537:24, 7537:25

**checked** [5] - 7487:25, 7511:13, 7516:2, 7532:6, 7537:21

**checking** [1] - 7535:21

**CHICAGO** [1] - 7416:25

**chief** [1] - 7425:25

**chips** [1] - 7502:3

**choice** [1] - 7530:16

**choke** [2] - 7434:22, 7498:15

**chokes** [1] - 7432:11

**circulate** [3] - 7424:7, 7465:21, 7470:15

**circulated** [7] - 7420:17, 7421:20, 7422:9, 7422:19, 7424:1, 7442:13, 7516:1

**circulating** [4] - 7442:20, 7449:19, 7469:2, 7470:7

**circulation** [5] - 7437:6, 7437:7, 7463:22, 7509:24, 7515:11

**circumference** [1] - 7466:3

**citation** [1] - 7530:10

**cited** [2] - 7514:15, 7530:9

**City** [1] - 7429:16

**CIVIL** [3] - 7412:8, 7414:22, 7415:10

**clarification** [1] -

7463:20

**classes** [1] - 7433:6

**classroom** [1] - 7433:5

**clear** [6] - 7433:16, 7480:21, 7487:22, 7527:20, 7531:22, 7536:5

**cleared** [1] - 7511:18

**clearly** [8] - 7446:17, 7492:9, 7492:10, 7492:14, 7511:21, 7521:17, 7529:4, 7535:15

**CLERK** [6] - 7420:7, 7427:5, 7427:13, 7494:10, 7494:12, 7541:8

**Clerk** [1] - 7427:12

**CLINGMAN** [1] - 7417:10

**clip** [4] - 7423:12, 7424:1, 7534:25, 7535:6

**close** [9] - 7427:19, 7445:2, 7451:21, 7452:9, 7499:14, 7531:1, 7536:20, 7536:21, 7537:2

**closed** [4] - 7481:18, 7487:13, 7515:7, 7524:4

**closely** [1] - 7503:8

**closer** [3] - 7431:7, 7492:4, 7500:5

**closes** [1] - 7487:13

**closing** [1] - 7537:4

**closure** [4] - 7486:8, 7487:10, 7487:20, 7499:4

**Coast** [1] - 7435:22

**collars** [1] - 7491:7

**collected** [3] - 7474:22, 7474:24, 7504:11

**collecting** [1] - 7505:9

**College** [1] - 7431:10

**columns** [1] - 7496:13

**comfortable** [1] - 7431:10

**coming** [7] - 7430:9, 7452:1, 7458:1, 7473:9, 7507:1, 7511:22, 7516:4

**comment** [3] - 7441:25, 7476:13, 7509:25

**comments** [2] - 7538:10

**COMMERCIAL** [1] -

7415:16

**committees** [2] - 7430:21, 7431:5

**common** [8] - 7462:3, 7462:4, 7469:21, 7470:23, 7498:3, 7505:15, 7509:4, 7510:3

**commonly** [2] - 7462:5, 7469:24

**communicate** [2] - 7468:3, 7518:7

**companies** [3] - 7432:16, 7435:21, 7436:3

**COMPANY** [1] - 7416:15

**company** [1] - 7435:14

**Company** [1] - 7430:1

**company's** [1] - 7470:3

**compared** [2] - 7487:6, 7500:25

**comparing** [1] - 7499:25

**comparison** [1] - 7506:2

**COMPLAINT** [1] - 7412:12

**completed** [2] - 7429:25, 7439:9

**completely** [1] - 7534:24

**compliance** [1] - 7509:2

**complicating** [1] - 7530:3

**complications** [1] - 7447:2

**compress** [2] - 7455:24, 7482:8

**compressed** [1] - 7459:13

**compression** [1] - 7479:2

**computed** [1] - 7502:24

**computer** [3] - 7530:11, 7530:13, 7539:8

**Computer** [1] - 7437:23

**COMPUTER** [1] - 7418:18

**concentrations** [1] - 7503:16

**concept** [2] - 7450:23, 7538:24

**concepts** [1] -

7526:20
**concern** [3] - 7502:20, 7502:21, 7503:6
**concerned** [3] - 7447:7, 7458:23, 7518:24
**concerning** [1] - 7536:11
**concerns** [2] - 7477:12, 7518:11
**conclude** [1] - 7493:9
**concluded** [1] - 7473:3
**concludes** [1] - 7425:7
**conclusion** [5] - 7473:9, 7473:12, 7486:13, 7496:6, 7525:4
**conclusions** [1] - 7529:16
**condition** [5] - 7445:10, 7450:1, 7524:10, 7530:1, 7540:11
**conditionally** [1] - 7426:10
**conditions** [12] - 7425:22, 7452:20, 7456:6, 7456:15, 7457:6, 7458:4, 7458:5, 7467:12, 7469:23, 7499:19, 7511:24, 7529:7
**conduct** [5] - 7444:24, 7488:4, 7524:15, 7526:13, 7527:22
**conducted** [25] - 7443:23, 7446:18, 7454:3, 7454:13, 7454:15, 7456:14, 7472:6, 7472:19, 7475:14, 7480:11, 7481:24, 7485:3, 7485:5, 7486:14, 7489:9, 7494:20, 7494:22, 7496:16, 7501:20, 7509:7, 7521:9, 7536:3, 7537:12, 7537:25, 7538:19
**conducting** [1] - 7441:19
**conference** [2] - 7426:7, 7426:21
**confidence** [1] - 7522:3
**configuration** [3] - 7522:12, 7522:23
**configured** [1] -

7524:1
**confine** [1] - 7519:5
**confined** [3] - 7462:5, 7464:4, 7464:14
**confining** [1] - 7466:7
**confirm** [1] - 7493:13
**confirmatory** [1] - 7475:9
**confirmed** [1] - 7492:23
**connection** [1] - 7420:15
**Conoco's** [2] - 7430:2, 7430:10
**CONRAD** [1] - 7414:3
**consensus** [1] - 7533:2
**consequences** [3] - 7460:16, 7460:18, 7461:5
**consider** [3] - 7470:13, 7503:5, 7503:7
**consideration** [1] - 7477:14
**considerations** [2] - 7462:17, 7478:7
**considered** [3] - 7477:8, 7531:10, 7531:14
**consistent** [12] - 7424:8, 7441:17, 7458:13, 7486:24, 7487:7, 7489:25, 7490:6, 7491:23, 7492:7, 7493:25, 7517:25, 7527:5
**constant** [2] - 7482:3, 7532:12
**Constant** [1] - 7505:5
**contained** [1] - 7474:15
**container** [1] - 7531:4
**contend** [1] - 7531:2
**context** [2] - 7445:11, 7446:15
**Continental** [1] - 7430:1
**continue** [7] - 7461:3, 7466:19, 7467:3, 7469:17, 7469:19, 7474:12, 7517:17
**CONTINUED** [5] - 7414:1, 7415:1, 7416:1, 7417:1, 7418:1
**continued** [1] - 7430:24
**continues** [1] - 7425:6
**continuing** [1] -

7470:9
**continuous** [1] - 7434:6
**continuously** [1] - 7528:25
**contractor** [1] - 7515:14
**contractors** [1] - 7432:15
**Control** [4] - 7437:17, 7437:22, 7437:23, 7530:14
**control** [34] - 7437:7, 7432:11, 7433:7, 7433:10, 7433:12, 7433:24, 7434:9, 7434:16, 7434:20, 7437:14, 7438:2, 7438:6, 7438:10, 7438:25, 7449:20, 7451:11, 7460:18, 7462:14, 7471:10, 7471:22, 7504:4, 7521:25, 7523:8, 7526:21, 7526:23, 7529:4, 7530:14, 7530:17, 7531:7, 7533:4, 7537:20, 7538:17
**controlled** [1] - 7464:8
**controlling** [1] - 7429:18
**convert** [1] - 7456:3
**converted** [1] - 7432:9
**conveying** [1] - 7533:14
**convinced** [1] - 7522:4
**copied** [1] - 7496:13
**copies** [1] - 7423:21
**copy** [1] - 7468:18
**COREY** [1] - 7415:22
**corners** [2] - 7514:11, 7514:13
**CORPORATE** [1] - 7414:4
**corps** [1] - 7528:3
**correct** [27] - 7423:11, 7423:17, 7433:20, 7438:4, 7440:23, 7448:8, 7448:9, 7458:10, 7458:11, 7468:8, 7470:11, 7472:8, 7472:21, 7479:17, 7479:18, 7490:25, 7491:13, 7496:3, 7496:9, 7507:20, 7515:20, 7528:12, 7539:5, 7539:9, 7539:10,

7540:7, 7541:15
**corrected** [2] - 7421:7, 7421:8
**corrects** [1] - 7539:10
**correlation** [1] - 7505:5
**correlations** [1] - 7504:18
**correspond** [1] - 7525:7
**corresponds** [2] - 7483:4, 7494:25
**cost** [1] - 7467:22
**counts** [1] - 7512:16
**couple** [10] - 7430:5, 7436:11, 7440:8, 7448:1, 7454:20, 7462:1, 7502:2, 7514:20, 7520:2, 7525:11
**course** [22] - 7430:20, 7433:1, 7435:18, 7440:9, 7445:9, 7449:24, 7451:9, 7454:5, 7465:20, 7466:22, 7468:2, 7469:22, 7475:17, 7475:21, 7478:17, 7479:16, 7484:17, 7493:19, 7497:17, 7505:12, 7522:18, 7534:19
**courses** [1] - 7431:25
**coursework** [1] - 7433:20
**Court** [29] - 7428:4, 7428:11, 7432:3, 7436:18, 7438:11, 7444:21, 7446:14, 7453:5, 7458:23, 7460:5, 7463:21, 7480:15, 7485:9, 7491:16, 7494:11, 7500:2, 7503:4, 7505:25, 7507:22, 7508:19, 7510:1, 7521:8, 7529:16, 7541:9, 7541:14, 7541:14, 7541:15, 7541:20, 7541:20
**COURT** [40] - 7412:1, 7418:13, 7420:4, 7420:8, 7420:10, 7420:20, 7421:13, 7422:3, 7422:11, 7422:24, 7423:7, 7423:10, 7423:13, 7423:15, 7423:18, 7424:17, 7424:23, 7425:2, 7425:5,

7425:13, 7425:18, 7426:13, 7426:20, 7426:23, 7427:1, 7427:3, 7427:17, 7427:22, 7427:25, 7431:6, 7439:15, 7441:1, 7448:23, 7494:6, 7494:9, 7494:13, 7514:3, 7514:17, 7540:25, 7541:6
**court** [1] - 7462:19
**Court's** [1] - 7441:12
**cover** [1] - 7522:7
**covered** [4] - 7445:5, 7468:9, 7471:10, 7528:16
**COVINGTON** [1] - 7416:19
**crack** [7] - 7465:25, 7466:4, 7470:20, 7478:20, 7478:24, 7484:11, 7487:12
**cracked** [1] - 7478:21
**create** [3] - 7446:25, 7448:4, 7491:14
**created** [4] - 7448:7, 7484:9, 7485:8, 7489:6
**creating** [1] - 7459:11
**credentials** [1] - 7529:4
**credit** [1] - 7430:19
**crew** [20] - 7442:25, 7443:2, 7489:24, 7490:2, 7490:11, 7493:5, 7525:12, 7525:18, 7525:22, 7526:2, 7526:7, 7526:16, 7526:17, 7527:25, 7528:2, 7531:14, 7533:16, 7535:21, 7536:14
**criteria** [1] - 7445:8
**critical** [12] - 7436:25, 7442:10, 7459:21, 7459:23, 7459:24, 7460:6, 7461:6, 7461:13, 7462:7, 7462:10, 7465:15, 7492:20
**criticism** [1] - 7501:21
**criticisms** [6] - 7494:3, 7496:23, 7497:1, 7497:9, 7499:11, 7501:4
**Crook** [2] - 7425:25, 7426:2
**cross** [1] - 7420:15
**cross-examination** [1]

- 7420:15
**CRR** [2] - 7418:13, 7541:18
**cull** [3] - 7421:6, 7423:5, 7540:14
**CUNNINGHAM** [2] - 7413:10, 7413:11
**cup** [1] - 7451:17
**cure** [3] - 7465:16, 7466:18, 7470:16
**cured** [1] - 7518:16
**curing** [1] - 7470:6
**current** [2] - 7439:13, 7455:14
**curriculum** [1] - 7432:14, 7433:1
**curve** [12] - 7485:22, 7486:9, 7486:24, 7488:9, 7488:12, 7488:13, 7489:25, 7490:6, 7493:24, 7495:13, 7497:3, 7512:19
**curves** [1] - 7495:22
**cushion** [1] - 7455:8
**cut** [4] - 7426:10, 7465:2, 7511:8
**cutting** [3] - 7502:9, 7514:22, 7515:10
**cuttings** [3] - 7501:22, 7502:7, 7502:14
**CV** [4] - 7431:24, 7436:14, 7437:9, 7438:4

# D

**D-155A** [1] - 7485:9
**D-4118A** [1] - 7450:15
**D-4157A** [1] - 7488:6
**D-4162** [1] - 7503:25
**D-4163** [1] - 7505:24
**D-420A** [1] - 7529:13
**D-4363.1** [1] - 7458:8
**D-4363.2** [1] - 7472:11
**D-4675** [1] - 7468:14
**D-4731** [1] - 7458:21
**D-4735** [2] - 7463:13, 7463:21
**D-4736** [1] - 7465:13
**D-4737** [1] - 7480:13
**D-4742** [1] - 7491:14
**D-4744** [1] - 7492:18
**D-4746** [1] - 7499:9
**D-4750** [1] - 7508:15
**D-4753** [1] - 7513:23
**D-4755** [1] - 7522:8
**D-4756** [1] - 7523:18
**D-4848** [1] - 7473:7

**D-4849** [1] - 7476:15
**D-7** [1] - 7492:18
**daily** [5] - 7462:14, 7490:14, 7490:19, 7490:23, 7511:19
**DALLAS** [1] - 7418:7
**danger** [2] - 7444:1, 7527:11
**dangerous** [2] - 7508:8, 7531:2
**dangers** [2] - 7443:25, 7525:16
**DANIEL** [1] - 7415:17
**dark** [1] - 7506:5
**dashed** [1] - 7506:13
**data** [56] - 7430:6, 7430:9, 7430:10, 7452:1, 7452:24, 7457:25, 7466:23, 7474:15, 7474:19, 7474:21, 7474:23, 7475:5, 7475:22, 7476:3, 7476:10, 7476:11, 7477:2, 7477:21, 7479:20, 7479:22, 7484:19, 7484:23, 7484:25, 7485:1, 7485:14, 7486:5, 7486:11, 7488:13, 7490:2, 7492:21, 7493:11, 7493:20, 7496:13, 7496:17, 7498:13, 7501:17, 7503:19, 7504:14, 7505:9, 7505:14, 7505:17, 7505:19, 7506:23, 7507:10, 7507:14, 7507:20, 7514:14, 7514:15, 7518:10, 7521:16, 7533:1, 7539:15
**dated** [3] - 7440:18, 7440:19, 7490:19
**DAUPHIN** [1] - 7413:11
**DAY** [1] - 7412:20
**DC** [4] - 7415:7, 7415:13, 7415:19, 7416:21
**de** [1] - 7528:3
**deal** [2] - 7426:20, 7523:8
**dealing** [1] - 7503:17
**dealt** [1] - 7514:10
**Dean** [1] - 7431:16
**DEANNA** [1] - 7415:5
**decide** [1] - 7439:12
**decided** [6] - 7423:15, 7432:7, 7433:11,

7435:22, 7436:21, 7510:18
**decision** [4] - 7469:24, 7471:7, 7522:2, 7522:3
**decisions** [2] - 7442:11, 7508:5
**decline** [4] - 7489:1, 7497:7, 7499:2, 7501:18
**decode** [1] - 7452:13
**decrease** [3] - 7487:14, 7493:15, 7501:9
**decreased** [1] - 7517:5
**decreases** [1] - 7487:11
**decreasing** [1] - 7518:10
**dedicated** [2] - 7433:11, 7435:6
**deemed** [1] - 7476:10
**deep** [2] - 7438:17, 7454:11
**deeper** [3] - 7459:9, 7459:10, 7483:12
**Deepwater** [5] - 7437:18, 7441:8, 7442:25, 7444:2, 7509:16
**deepwater** [17] - 7433:9, 7433:10, 7433:11, 7433:23, 7434:20, 7435:19, 7438:6, 7439:4, 7439:8, 7442:22, 7452:5, 7452:6, 7456:10, 7470:25, 7504:11, 7504:15, 7531:6
**DEEPWATER** [3] - 7412:5, 7417:4, 7417:5
**defense** [1] - 7528:23
**defined** [4] - 7456:5, 7456:18, 7457:3, 7519:4
**definitely** [3] - 7478:13, 7490:5, 7510:9
**definition** [4] - 7446:14, 7446:15, 7458:18, 7471:14
**DEGRAVELLES** [2] - 7414:10, 7414:10
**degrees** [1] - 7428:13
**DELEMARRE** [1] - 7415:11
**demonstrate** [4] -

7447:2, 7460:4, 7465:14
**demonstrated** [1] - 7507:15
**demonstrates** [2] - 7481:24, 7492:20
**demonstrative** [9] - 7421:4, 7421:5, 7440:16, 7454:1, 7485:8, 7491:14, 7493:23, 7499:22, 7514:21
**Demonstrative** [1] - 7477:6
**demonstratives** [3] - 7420:14, 7420:19, 7446:25
**denominator** [2] - 7539:2, 7540:22
**density** [4] - 7451:14, 7453:12, 7506:17, 7506:20
**depart** [1] - 7495:15
**departed** [1] - 7485:19
**DEPARTMENT** [4] - 7414:21, 7415:3, 7415:9, 7415:15
**depicted** [1] - 7436:19
**deposition** [6] - 7423:11, 7424:25, 7425:3, 7426:6, 7426:10, 7426:11
**DEPOSITION..............** [1] - 7419:5
**depositions** [1] - 7477:8
**depth** [7] - 7441:24, 7442:1, 7442:3, 7483:12, 7502:9, 7513:18, 7539:19
**depths** [1] - 7506:6
**DEPUTY** [6] - 7420:7, 7427:5, 7427:13, 7494:10, 7494:12, 7541:8
**derricks** [1] - 7443:20
**describe** [11] - 7428:11, 7434:1, 7438:11, 7463:21, 7491:16, 7494:21, 7497:12, 7503:4, 7505:25, 7515:1, 7525:25
**described** [3] - 7447:7, 7467:23, 7523:23
**describing** [2] - 7447:21, 7480:16
**DESCRIPTION** [1] - 7419:14

**design** [1] - 7456:20
**designed** [1] - 7450:4
**detail** [8] - 7437:12, 7445:15, 7458:17, 7470:4, 7473:11, 7479:22, 7491:5, 7514:7
**detailed** [5] - 7452:16, 7468:12, 7473:20, 7477:15, 7484:23
**details** [5] - 7441:15, 7444:14, 7447:23, 7490:8, 7508:14
**detect** [2] - 7537:8, 7537:10
**detectable** [3] - 7534:1, 7534:2, 7535:15
**detected** [5] - 7531:8, 7531:23, 7536:4, 7536:17, 7538:1
**detecting** [3] - 7429:18, 7432:23, 7535:18
**detection** [3] - 7430:7, 7430:11, 7433:19
**determination** [2] - 7489:12, 7538:12
**determine** [5] - 7440:10, 7444:24, 7474:1, 7491:22, 7533:9
**determined** [1] - 7436:24
**developed** [4] - 7432:14, 7434:23, 7436:20, 7460:17
**developing** [1] - 7436:23
**development** [1] - 7430:11
**DEXTER** [1] - 7415:23
**diagram** [1] - 7529:15
**diameter** [2] - 7451:8, 7502:5
**diamond** [1] - 7469:4
**Diamond** [1] - 7531:11
**diamond-shaped** [1] - 7469:4
**dictate** [1] - 7537:20
**differ** [1] - 7464:19
**difference** [8] - 7449:12, 7449:14, 7463:9, 7463:11, 7497:5, 7497:24, 7499:17, 7540:12
**different** [19] - 7433:6, 7434:10, 7444:11, 7454:18, 7463:11, 7471:23, 7478:9,

7483:21, 7486:7,
7493:2, 7499:20,
7504:17, 7505:2,
7505:12, 7506:6,
7526:12, 7526:18,
7530:3, 7532:1
**differential** [1] -
7523:20
**digital** [2] - 7474:19,
7533:1
**diligent** [1] - 7533:16
**DIRE** [2] - 7419:7,
7428:1
**direct** [3] - 7454:20,
7503:25, 7508:17
**DIRECT** [2] - 7419:8,
7439:18
**directed** [1] - 7465:8
**disagree** [5] - 7443:9,
7446:9, 7493:19,
7501:7, 7520:12
**discrepancy** [1] -
7532:9
**discuss** [2] - 7434:12,
7472:22
**discussed** [5] -
7468:25, 7472:3,
7480:7, 7521:19,
7535:19
**discussing** [1] -
7444:17
**discussion** [6] -
7424:8, 7436:12,
7471:24, 7472:12,
7476:7, 7536:10
**discussions** [3] -
7433:5, 7476:23,
7476:24
**displaced** [1] -
7517:12
**displacement** [2] -
7526:14, 7529:19
**displayed** [1] -
7533:11
**distance** [3] -
7453:10, 7500:8,
7502:12
**Distinction** [1] -
7428:21
**distinguished** [1] -
7428:22
**district** [1] - 7504:6
**DISTRICT** [3] - 7412:1,
7412:2, 7412:23
**District** [3] - 7541:15,
7541:20
**districts** [1] - 7434:10
**diverted** [1] - 7534:16
**diverter** [2] - 7434:24,
7435:1

**diverters** [1] - 7434:24
**divided** [1] - 7539:9
**DIVISION** [3] -
7414:22, 7415:3,
7415:10
**document** [2] -
7431:25, 7474:7
**DOCUMENT** [1] -
7412:11
**documented** [1] -
7443:23
**documents** [2] -
7471:14, 7471:16
**dollar** [1] - 7435:9
**DOMENGEAUX** [1] -
7413:3
**DON** [1] - 7416:15
**Don** [2] - 7420:25,
7527:6
**DONALD** [1] - 7418:4
**done** [15] - 7428:18,
7433:18, 7441:16,
7446:16, 7474:11,
7491:3, 7493:4,
7511:18, 7513:13,
7516:9, 7518:13,
7520:25, 7523:2,
7526:18, 7530:13
**Donnie** [1] - 7442:9
**donnie** [1] - 7479:4
**dot** [5] - 7455:12,
7455:14, 7455:16,
7504:24
**dots** [1] - 7495:19
**doubt** [1] - 7493:4
**DOUGLAS** [1] -
7416:10
**down** [89] - 7424:24,
7434:22, 7435:19,
7437:22, 7443:20,
7451:5, 7451:10,
7452:8, 7453:9,
7454:12, 7455:3,
7455:9, 7459:6,
7460:8, 7460:9,
7460:15, 7460:19,
7461:9, 7461:10,
7461:12, 7462:15,
7464:6, 7464:10,
7464:12, 7464:16,
7464:25, 7465:2,
7465:3, 7465:9,
7469:3, 7469:15,
7470:12, 7478:1,
7481:1, 7481:11,
7481:18, 7481:22,
7482:4, 7482:20,
7483:7, 7483:11,
7483:12, 7483:18,
7484:7, 7484:14,

7484:22, 7488:17,
7490:15, 7492:2,
7492:25, 7493:18,
7493:21, 7496:13,
7498:13, 7498:15,
7498:17, 7498:19,
7498:24, 7500:24,
7502:18, 7509:22,
7510:20, 7512:2,
7512:7, 7512:12,
7512:25, 7513:1,
7515:22, 7516:7,
7516:20, 7516:24,
7516:25, 7517:7,
7517:9, 7518:9,
7518:25, 7519:17,
7523:1, 7524:2,
7524:8, 7524:19,
7532:18, 7537:8,
7537:14, 7537:17,
7537:20
**downhole** [20] -
7452:18, 7455:7,
7456:1, 7456:13,
7456:15, 7456:20,
7474:21, 7474:23,
7493:12, 7493:20,
7501:17, 7501:18,
7510:25, 7513:1,
7513:3, 7518:20,
7518:21, 7520:19,
7522:22, 7539:22
**download** [1] -
7452:16
**Doyen** [1] - 7422:17
**DOYEN** [2] - 7417:14,
7422:17
**Dr** [95] - 7420:16,
7421:3, 7421:12,
7421:19, 7422:9,
7423:6, 7425:24,
7426:2, 7426:4,
7427:16, 7428:3,
7428:11, 7428:25,
7430:16, 7433:18,
7435:12, 7436:18,
7438:24, 7439:20,
7441:4, 7442:24,
7443:6, 7443:24,
7444:4, 7446:1,
7448:2, 7448:11,
7450:16, 7451:2,
7451:25, 7452:23,
7457:24, 7458:22,
7459:20, 7462:18,
7462:21, 7463:3,
7471:25, 7472:2,
7472:3, 7472:5,
7472:9, 7472:13,
7472:23, 7475:4,

7475:12, 7479:25,
7480:14, 7485:10,
7486:13, 7488:7,
7489:8, 7492:12,
7493:3, 7493:16,
7493:24, 7494:3,
7494:17, 7496:23,
7497:1, 7497:9,
7499:10, 7499:11,
7501:5, 7501:7,
7501:8, 7504:14,
7507:12, 7507:19,
7507:22, 7508:7,
7508:18, 7509:25,
7510:14, 7517:19,
7519:1, 7519:25,
7520:4, 7520:10,
7521:3, 7521:8,
7522:6, 7523:9,
7524:13, 7525:10,
7526:25, 7528:5,
7528:7, 7528:15,
7529:6, 7530:22,
7531:20, 7538:5,
7540:23
**drainage** [1] - 7534:11
**draining** [1] - 7534:8
**dramatically** [1] -
7512:25
**draw** [1] - 7520:3
**DRESCHER** [1] -
7413:18
**drill** [40] - 7435:5,
7435:22, 7441:21,
7442:1, 7445:20,
7447:17, 7450:12,
7451:8, 7451:10,
7453:9, 7459:6,
7459:7, 7459:14,
7463:1, 7467:15,
7479:11, 7483:16,
7483:22, 7488:20,
7489:16, 7490:24,
7498:15, 7498:24,
7501:24, 7501:25,
7502:2, 7504:15,
7507:4, 7509:12,
7510:12, 7512:1,
7516:20, 7517:19,
7520:21, 7521:22,
7523:13, 7524:2,
7535:2, 7536:10,
7536:14
**drilled** [45] - 7433:13,
7438:17, 7441:8,
7441:24, 7442:12,
7442:18, 7443:1,
7443:7, 7443:11,
7443:12, 7452:3,
7453:11, 7454:7,

7456:24, 7458:14,
7477:17, 7481:2,
7481:9, 7481:15,
7483:10, 7483:11,
7483:16, 7483:19,
7489:2, 7490:12,
7491:2, 7491:18,
7493:5, 7500:11,
7502:18, 7503:12,
7508:24, 7509:7,
7509:20, 7510:19,
7511:17, 7511:23,
7512:2, 7512:7,
7512:23, 7517:21,
7517:22, 7519:20,
7520:5, 7520:6
**driller** [5] - 7479:10,
7491:11, 7528:18,
7535:24, 7537:22
**drillers** [6] - 7433:5,
7436:5, 7436:9,
7468:7, 7491:1,
7523:11
**drilling** [112] - 7430:6,
7432:15, 7435:4,
7436:14, 7436:24,
7437:1, 7437:14,
7438:6, 7438:10,
7438:15, 7438:24,
7439:4, 7440:4,
7440:10, 7440:1,
7441:6, 7441:8,
7441:14, 7441:16,
7443:25, 7444:5,
7444:14, 7444:21,
7444:23, 7445:2,
7445:3, 7445:6,
7445:7, 7445:9,
7445:12, 7445:23,
7446:1, 7447:24,
7448:13, 7449:19,
7450:21, 7451:4,
7451:25, 7452:2,
7452:4, 7454:25,
7455:6, 7455:13,
7455:20, 7456:5,
7457:3, 7457:15,
7457:18, 7457:20,
7458:19, 7460:8,
7462:14, 7463:5,
7463:8, 7463:25,
7464:3, 7466:19,
7467:3, 7467:9,
7468:3, 7468:23,
7469:13, 7469:19,
7471:15, 7471:17,
7474:23, 7478:22,
7480:1, 7480:4,
7480:9, 7483:19,
7483:20, 7489:17,
7490:10, 7490:19,

7490:23, 7491:7,
7491:12, 7492:21,
7493:5, 7501:23,
7502:11, 7507:14,
7507:16, 7507:17,
7507:19, 7507:20,
7507:23, 7508:7,
7508:19, 7509:15,
7509:18, 7509:19,
7510:15, 7511:16,
7511:25, 7513:7,
7515:14, 7516:14,
7516:15, 7516:19,
7517:24, 7518:11,
7519:2, 7519:3,
7519:7, 7520:1,
7520:11, 7520:14,
7525:7, 7536:22,
7537:12
**DRILLING** [1] - 7417:4
**Drilling** [1] - 7437:16
**drills** [2] - 7526:19,
7537:12
**Drive** [1] - 7428:6
**drive** [5] - 7423:22,
7423:23, 7470:19,
7470:21, 7498:19
**DRIVE** [1] - 7414:4
**driving** [2] - 7465:24,
7466:4
**drop** [1] - 7482:15
**dry** [1] - 7433:13
**due** [3] - 7459:13,
7529:23, 7533:19
**duly** [1] - 7427:11
**dump** [1] - 7484:24
**dumping** [1] - 7532:7
**during** [30] - 7429:6,
7429:10, 7430:5,
7431:19, 7434:18,
7436:2, 7442:20,
7445:25, 7474:20,
7474:24, 7475:13,
7496:14, 7497:8,
7499:2, 7500:19,
7501:1, 7501:9,
7501:17, 7507:14,
7508:12, 7519:2,
7519:13, 7519:14,
7529:7, 7532:23,
7534:1, 7534:5,
7534:23, 7536:2,
7541:6
**During** [1] - 7437:22
**dynamic** [14] - 7445:6,
7445:9, 7455:4,
7455:7, 7456:20,
7457:8, 7457:12,
7458:5, 7460:8,
7460:21, 7464:1,

7465:1, 7502:7,
7520:19
**Dynamics** [1] -
7539:23

# E

**e-mail** [2] - 7475:15,
7477:23
**e-mails** [6] - 7475:13,
7475:17, 7476:11,
7477:19, 7477:21
**early** [2] - 7431:14,
7439:10
**earth** [2] - 7476:4,
7478:21
**easier** [2] - 7532:17
**East** [1] - 7435:22
**Eastern** [1] - 7541:15
**EASTERN** [1] - 7412:2
**ECD** [4] - 7455:18,
7460:22, 7464:1,
7465:2
**ECDs** [1] - 7454:18
**edge** [1] - 7433:13
**education** [5] -
7428:9, 7428:12,
7429:6, 7429:13,
7429:25
**EDWARDS** [1] -
7413:3
**effect** [2] - 7435:2,
7478:19
**effective** [5] - 7452:19,
7455:4, 7455:7,
7455:21, 7456:1
**effects** [9] - 7445:7,
7455:4, 7460:8,
7460:21, 7464:1,
7465:1, 7502:7,
7520:19, 7520:22
**efficiency** [1] - 7530:5
**egregious** [1] -
7507:24
**either** [11] - 7445:22,
7446:20, 7448:20,
7450:7, 7453:13,
7456:7, 7479:9,
7487:25, 7498:6,
7502:16, 7507:22
**ELIZABETH** [1] -
7415:18
**ELLIS** [1] - 7416:23
**ELM** [1] - 7418:6
**emeritus** [1] - 7430:25
**Emilsen** [2] - 7424:18,
7424:19
**employment** [1] -
7430:12

**encode** [1] - 7452:11
**encounter** [1] -
7503:13
**encountering** [1] -
7451:9
**end** [3] - 7487:5,
7522:22, 7524:10
**ENERGY** [2] - 7417:6,
7418:3
**ENFORCEMENT** [1] -
7415:4
**engineer** [1] - 7438:15
**Engineering** [2] -
7428:20, 7431:16
**engineering** [14] -
7428:14, 7428:15,
7428:19, 7428:22,
7429:14, 7429:15,
7430:3, 7430:25,
7436:15, 7436:22,
7437:1, 7438:24,
7467:9
**Engineers** [1] -
7436:21
**engineers** [3] -
7433:4, 7435:4,
7451:4
**entered** [1] - 7539:17
**entire** [1] - 7507:20
**entirely** [5] - 7478:14,
7490:3, 7511:12,
7516:9, 7520:17
**entitled** [1] - 7541:16
**entries** [1] - 7508:17
**entry** [3] - 7490:22,
7509:25, 7530:20
**envelope** [1] - 7529:9
**ENVIRONMENT** [1] -
7415:3
**environment** [5] -
7434:20, 7513:2,
7513:9, 7519:16,
7525:8
**ENVIRONMENTAL** [1]
- 7415:4
**environments** [1] -
7470:25
**envisioning** [1] -
7487:12
**equate** [1] - 7523:20
**equation** [3] -
7538:24, 7539:3,
7540:16
**equations** [1] - 7476:5
**equilibrium** [1] -
7461:19
**equipment** [5] -
7432:11, 7432:18,
7440:1, 7455:20,
7510:19

**equivalent** [6] -
7445:22, 7456:3,
7486:4, 7488:15,
7510:24, 7539:18
**erosion** [1] - 7434:24
**erroneous** [1] -
7477:10
**ESD** [1] - 7454:18
**especially** [2] -
7466:22, 7526:13
**esprit** [1] - 7528:3
**ESQ** [46] - 7413:3,
7413:7, 7413:11,
7413:14, 7413:18,
7413:22, 7414:3,
7414:7, 7414:10,
7414:14, 7414:17,
7414:22, 7415:4,
7415:5, 7415:5,
7415:6, 7415:6,
7415:10, 7415:11,
7415:11, 7415:12,
7415:12, 7415:17,
7415:17, 7415:18,
7415:22, 7415:23,
7416:10, 7416:10,
7416:15, 7416:20,
7416:23, 7416:24,
7416:24, 7417:6,
7417:10, 7417:10,
7417:14, 7417:14,
7417:15, 7417:18,
7417:22, 7418:4,
7418:5, 7418:5,
7418:9
**essentially** [2] -
7449:17, 7532:12
**establish** [1] - 7517:3
**establishment** [1] -
7433:22
**estimate** [1] - 7530:7
**estimates** [2] - 7458:2,
7458:3
**ET** [2] - 7412:13,
7412:16
**evaluate** [1] - 7490:11
**evaluating** [3] -
7467:24, 7473:22,
7537:22
**evaluation** [2] -
7503:5, 7503:7,
7529:14
**evening** [2] - 7421:24,
7426:1
**event** [9] - 7425:24,
7461:5, 7461:8,
7461:9, 7462:11,
7463:22, 7521:5,
7531:10, 7536:13
**evidence** [5] -

7423:24, 7426:7,
7477:9, 7527:21,
7533:15
**evolved** [1] - 7435:8
**evolving** [1] - 7434:15
**exactly** [6] - 7445:16,
7480:21, 7491:6,
7498:25, 7501:2,
7501:3
**EXAMINATION** [4] -
7419:7, 7419:8,
7428:1, 7439:18
**examination** [4] -
7420:15, 7423:6,
7425:8, 7429:17
**EXAMINATIONS** [1] -
7419:3
**examined** [2] -
7427:12, 7538:7
**example** [11] -
7458:22, 7460:25,
7464:13, 7468:13,
7477:20, 7480:21,
7497:21, 7498:4,
7499:5, 7503:12,
7505:7
**exceeded** [1] -
7460:22
**exceeds** [1] - 7531:25
**Excel** [2] - 7494:24,
7494:25
**except** [3] - 7443:4,
7454:5, 7459:15
**excerpt** [1] - 7525:10
**excess** [1] - 7451:18
**excuse** [1] - 7514:5
**Exhibit** [2] - 7531:19,
7537:6
**exhibit** [3] - 7423:9,
7424:3, 7490:18
**EXHIBITS** [1] -
7419:16
**Exhibits** [1] - 7441:2
**exhibits** [16] -
7420:14, 7420:19,
7420:22, 7421:2,
7421:11, 7421:14,
7421:16, 7421:20,
7422:1, 7422:8,
7422:12, 7422:14,
7422:20, 7422:24,
7423:1, 7426:16
**existed** [1] - 7519:14
**expect** [14] - 7478:2,
7491:11, 7497:7,
7497:17, 7498:8,
7499:16, 7500:20,
7501:2, 7501:3,
7504:19, 7504:25,
7515:13, 7523:11,

7531:7
**expected** [15] -
7477:13, 7478:11,
7499:1, 7502:21,
7502:24, 7504:2,
7505:17, 7506:6,
7506:11, 7506:12,
7507:11, 7509:10,
7523:14, 7526:2,
7537:11
**expecting** [1] -
7473:15
**expensive** [2] -
7452:7, 7456:10
**experience** [8] -
7429:4, 7429:8,
7430:6, 7446:10,
7491:1, 7519:10,
7526:6
**experienced** [4] -
7457:16, 7457:24,
7491:1, 7510:16
**experiencing** [1] -
7510:5
**Experimental** [1] -
7437:17
**expert** [12] - 7424:11,
7424:19, 7424:20,
7424:21, 7424:22,
7425:24, 7425:25,
7438:24, 7524:22,
7533:4, 7533:24
**expertise** [1] -
7457:25
**experts** [2] - 7424:22,
7434:11
**explain** [6] - 7444:21,
7448:8, 7459:2,
7522:12, 7529:16,
7532:9
**explaining** [1] -
7500:1
**explanation** [4] -
7479:5, 7521:22,
7523:16, 7527:16
**explanations** [3] -
7478:3, 7478:9,
7479:14
**EXPLORATION** [2] -
7412:15, 7416:13
**explored** [1] - 7526:18
**exploring** [2] - 7476:8,
7478:9
**exposed** [3] - 7457:9,
7457:13, 7478:18
**extensive** [1] -
7504:14
**extensively** [2] -
7479:22, 7489:21
**extent** [2] - 7462:8,

7517:17
**extra** [1] - 7467:22
**extreme** [2] - 7443:17,
7444:1
**extremely** [4] -
7433:3, 7462:4,
7502:8, 7505:15
**Exxon** [1] - 7432:13

**F**

**face** [1] - 7461:20
**facility** [8] - 7432:13,
7432:14, 7433:11,
7433:23, 7434:17,
7435:6, 7435:9,
7435:14
**fact** [11] - 7424:20,
7424:21, 7424:22,
7456:23, 7462:9,
7478:15, 7486:19,
7503:20, 7510:16,
7521:23
**factors** [4] - 7462:11,
7489:8, 7489:11,
7530:4
**facts** [1] - 7514:10
**faculty** [2] - 7430:21,
7432:6
**fail** [1] - 7521:15
**failed** [2] - 7521:23,
7528:8
**failure** [6] - 7437:22,
7459:3, 7461:3,
7462:3, 7462:5,
7523:5
**fair** [1] - 7475:12
**fairly** [7] - 7427:19,
7468:12, 7473:13,
7509:4, 7511:4,
7529:8, 7535:8
**fall** [2] - 7454:22,
7460:19
**falling** [1] - 7443:19
**falls** [5] - 7490:5,
7498:14, 7498:20,
7504:24, 7525:6
**familiar** [2] - 7439:23,
7441:18
**familiarity** [1] -
7538:14
**FANNIN** [1] - 7417:11
**far** [4] - 7447:12,
7464:6, 7492:8,
7502:17
**fast** [1] - 7469:24
**feet** [19] - 7445:21,
7461:21, 7478:22,
7483:12, 7483:17,

7489:1, 7490:24,
7491:2, 7500:14,
7502:2, 7502:19,
7513:17, 7516:16,
7517:1, 7517:24,
7518:11, 7535:11,
7539:17
**fell** [3] - 7474:10,
7498:21, 7513:12
**felt** [1] - 7476:24
**few** [6] - 7427:18,
7437:8, 7437:9,
7447:3, 7490:8,
7523:19
**fewer** [1] - 7491:25
**field** [6] - 7428:18,
7432:9, 7451:23,
7473:19, 7473:22,
7519:10
**fifth** [1] - 7425:14
**fifty** [1] - 7531:15
**file** [1] - 7420:18
**fill** [2] - 7473:22,
7526:11
**filled** [1] - 7474:15
**filling** [2] - 7446:11
**filtrate** [4] - 7450:2,
7450:3, 7461:20,
7500:19
**filtration** [2] - 7450:6,
7461:22
**final** [4] - 7454:5,
7508:8, 7513:18,
7517:24, 7519:2,
7522:12
**fine** [4] - 7421:5,
7449:6, 7449:11,
7476:19
**fine-grain** [1] - 7449:6
**finger** [1] - 7443:20
**finished** [1] - 7444:10
**FIRM** [2] - 7414:6,
7414:17
**first** [39] - 7427:3,
7427:11, 7427:16,
7429:3, 7429:18,
7430:9, 7430:10,
7430:16, 7432:5,
7433:17, 7435:13,
7436:13, 7437:3,
7447:5, 7447:24,
7449:3, 7450:16,
7470:20, 7472:23,
7479:17, 7485:23,
7489:13, 7489:18,
7489:21, 7491:20,
7496:24, 7497:13,
7498:10, 7499:13,
7508:21, 7510:4,
7521:6, 7521:8,

7523:19, 7528:13,
7529:25, 7531:22,
7532:9, 7537:7
**FIT** [3] - 7478:2,
7509:7, 7520:5
**fits** [1] - 7525:24
**five** [7] - 7501:18,
7540:25, 7541:4
**flash** [2] - 7423:22,
7423:23
**flaws** [1] - 7478:23
**floor** [1] - 7429:21
**FLOOR** [3] - 7413:22,
7414:23, 7417:15
**flow** [55] - 7448:18,
7448:20, 7449:10,
7449:12, 7468:24,
7469:1, 7471:6,
7487:4, 7491:7,
7511:13, 7516:2,
7517:4, 7518:21,
7523:5, 7523:7,
7524:19, 7525:19,
7530:8, 7530:19,
7531:25, 7532:1,
7532:4, 7534:10,
7534:12, 7534:17,
7534:20, 7536:3,
7536:7, 7536:8,
7537:21, 7537:24,
7537:25, 7538:4,
7538:6, 7538:7,
7538:11, 7538:14,
7538:16, 7538:20,
7538:21, 7539:4,
7539:6, 7539:10,
7540:8, 7540:10,
7540:15, 7540:16
**flow-out** [2] - 7534:17,
7534:20
**flowing** [4] - 7535:22,
7536:5, 7537:21,
7538:1
**flows** [1] - 7524:9
**FLOYD** [1] - 7418:5
**fluctuate** [1] - 7456:13
**fluid** [9] - 7445:23,
7448:15, 7449:11,
7450:6, 7450:13,
7498:17, 7498:19,
7518:7, 7525:14
**fluids** [6] - 7446:22,
7449:10, 7487:22,
7529:11, 7529:20,
7537:10
**focus** [10] - 7450:15,
7524:23, 7525:11,
7528:13, 7529:14,
7532:22, 7537:7,
7537:16, 7537:18,

7539:13
**focused** [2] - 7445:13,
7445:14
**folks** [3] - 7510:2,
7525:13, 7531:6
**follow** [3] - 7443:17,
7489:24, 7491:6
**followed** [5] -
7439:25, 7443:3,
7443:13, 7490:3,
7496:19
**following** [3] -
7425:11, 7425:21,
7508:4
**follows** [1] - 7427:12
**FOR** [7] - 7413:3,
7414:21, 7415:21,
7416:3, 7416:13,
7417:3, 7418:3
**foregoing** [1] -
7541:15
**FORM** [1] - 7515:19
**form** [3] - 7443:10,
7451:7, 7472:25
**FORM-A-SET/FORM-
A-SQUEEZE** [1] -
7515:19
**formal** [3] - 7428:12,
7429:6, 7429:25
**formally** [1] - 7426:17
**Formation** [1] -
7539:23
**formation** [39] -
7440:9, 7441:20,
7447:16, 7448:6,
7450:2, 7453:10,
7460:1, 7470:5,
7476:19, 7477:16,
7478:14, 7483:17,
7483:24, 7484:8,
7488:7, 7489:2,
7489:16, 7490:10,
7490:12, 7490:24,
7491:3, 7491:12,
7491:18, 7491:23,
7492:3, 7492:8,
7492:10, 7493:1,
7500:21, 7501:23,
7506:19, 7506:20,
7507:4, 7515:11,
7516:25, 7517:16,
7533:20, 7537:10,
7539:10
**formations** [5] -
7448:18, 7451:9,
7457:13, 7466:13,
7493:5
**forms** [1] - 7446:11
**formula** [1] - 7540:19
**formulating** [1] -

7452:24
**forth** [14] - 7430:19, 7432:16, 7432:19, 7443:15, 7451:18, 7453:24, 7456:21, 7473:16, 7474:22, 7475:13, 7517:18, 7522:1, 7526:19, 7529:5
**fortunate** [1] - 7436:25
**forty** [1] - 7519:9
**forward** [4] - 7431:9, 7508:6, 7511:6, 7515:13
**four** [4] - 7478:3, 7489:11, 7514:11, 7514:13
**frac** [18] - 7438:10, 7457:23, 7458:2, 7459:4, 7459:9, 7459:15, 7460:15, 7460:22, 7470:24, 7473:16, 7475:18, 7475:19, 7476:2, 7489:15, 7504:17, 7506:7, 7509:9, 7509:14
**fracking** [2] - 7487:22
**fraction** [1] - 7501:15
**Fracture** [1] - 7437:19
**fracture** [34] - 7446:21, 7453:5, 7453:6, 7453:13, 7454:23, 7455:18, 7457:11, 7457:12, 7460:13, 7461:19, 7462:22, 7463:2, 7464:3, 7464:7, 7464:8, 7464:13, 7465:8, 7465:19, 7480:5, 7483:25, 7484:10, 7484:11, 7485:25, 7486:18, 7487:10, 7487:20, 7488:16, 7497:6, 7499:4, 7502:23, 7503:14, 7506:2, 7515:5, 7515:6
**fractured** [1] - 7486:8
**fragile** [1] - 7454:11
**frame** [1] - 7533:3
**frames** [1] - 7532:21
**FRANCISCO** [1] - 7414:24
**FRANKLIN** [1] - 7415:18
**FRAUD** [1] - 7415:16
**friction** [2] - 7529:22, 7529:23
**frictional** [3] -

7482:17, 7498:16, 7498:18
**FRILOT** [1] - 7417:5
**FRUGE** [1] - 7414:10
**full** [10] - 7428:3, 7430:23, 7431:13, 7431:18, 7511:10, 7517:12, 7522:15, 7523:20, 7533:11, 7537:7
**full-time** [3] - 7430:23, 7431:13, 7431:18
**fully** [4] - 7488:14, 7497:17, 7502:21, 7523:15
**funding** [3] - 7432:17, 7434:4, 7435:5

## G

**gain** [1] - 7530:21
**gallon** [12] - 7451:20, 7455:10, 7459:17, 7488:15, 7509:8, 7514:22, 7515:20, 7520:17, 7520:18, 7520:23, 7539:18
**gamma** [10] - 7491:17, 7491:24, 7491:25, 7492:2, 7492:3, 7492:7, 7492:11, 7512:15, 7512:16, 7518:1
**gas** [15] - 7429:1, 7435:2, 7538:4, 7538:6, 7538:7, 7538:11, 7538:20, 7538:21, 7539:4, 7539:6, 7539:10, 7540:8, 7540:15, 7540:16
**Gas** [2] - 7437:20, 7438:16
**GATE** [1] - 7414:23
**gauge** [1] - 7501:19
**gauges** [7] - 7489:24, 7490:2, 7493:9, 7493:11, 7493:12, 7496:4, 7501:15
**GAVIN** [1] - 7418:5
**gel** [1] - 7487:23
**Gene** [2] - 7421:19, 7538:10
**GENERAL** [3] - 7415:22, 7416:4, 7416:6
**general** [7] - 7444:15, 7459:2, 7464:24, 7470:2, 7476:6,

7521:13, 7531:7
**GENERAL'S** [1] - 7415:21
**generally** [11] - 7432:15, 7451:19, 7455:1, 7457:16, 7460:11, 7460:13, 7482:21, 7512:20, 7517:17, 7531:14, 7537:12
**generous** [1] - 7434:3
**geometry** [2] - 7529:12, 7539:1
**geophysical** [1] - 7476:16
**GeoTap** [5] - 7510:12, 7510:23, 7511:9, 7512:24, 7539:23
**given** [7] - 7444:20, 7450:20, 7472:5, 7511:24, 7520:14, 7536:13, 7540:7
**Glen** [3] - 7421:3, 7421:12, 7422:20
**GmbH** [1] - 7412:13
**goal** [2] - 7522:9, 7524:17
**God** [1] - 7427:8
**GODWIN** [17] - 7418:4, 7418:4, 7418:9, 7420:25, 7421:18, 7422:5, 7423:12, 7423:14, 7423:20, 7425:1, 7425:7, 7425:14, 7425:19, 7426:14, 7426:22, 7426:24, 7427:2
**Godwin** [1] - 7420:25
**GOLDEN** [1] - 7414:23
**gradient** [23] - 7454:23, 7457:23, 7458:2, 7459:15, 7460:22, 7462:22, 7463:2, 7468:4, 7470:24, 7475:18, 7476:2, 7480:5, 7489:15, 7502:23, 7504:17, 7506:2, 7506:7, 7509:9, 7509:14, 7518:9, 7518:20, 7539:18
**Gradient** [1] - 7437:19
**gradients** [5] - 7438:10, 7459:4, 7459:9, 7473:16, 7475:19
**graduate** [4] - 7428:22, 7430:21, 7431:3

**grain** [1] - 7449:6
**grains** [2] - 7449:11, 7459:12
**grams** [2] - 7451:20, 7451:21
**GRAND** [1] - 7417:15
**graph** [1] - 7483:7
**graphs** [1] - 7505:3
**gray** [1] - 7459:4
**greater** [2] - 7460:17, 7500:10
**greatly** [1] - 7450:5
**green** [5] - 7455:12, 7455:16, 7456:16, 7512:17, 7512:18
**Green** [2] - 7504:16, 7505:16
**Greg** [1] - 7426:11
**GREGORY** [1] - 7419:5
**Gregory** [1] - 7425:3
**ground** [1] - 7522:7
**group** [3] - 7430:3, 7521:20, 7522:2
**GROUP** [1] - 7414:3
**group's** [1] - 7509:14
**groups** [1] - 7471:23
**guess** [14] - 7429:2, 7429:3, 7429:20, 7433:12, 7434:6, 7438:5, 7438:15, 7439:2, 7440:1, 7440:5, 7442:4, 7517:10, 7526:6
**GULF** [1] - 7412:6
**Gulf** [14] - 7429:1, 7429:16, 7457:14, 7457:16, 7458:14, 7462:3, 7462:22, 7474:11, 7504:12, 7504:17, 7509:5, 7519:10, 7523:8, 7538:17

## H

**half** [3] - 7455:10, 7459:16, 7482:3
**Hall** [1] - 7428:20
**HALLIBURTON** [1] - 7418:3
**Halliburton** [17] - 7421:1, 7423:10, 7425:21, 7425:23, 7426:5, 7426:9, 7426:15, 7426:24, 7474:17, 7474:19, 7475:6, 7475:7, 7538:14, 7538:22,

7539:16, 7540:17, 7540:18
**Halliburton's** [2] - 7421:13, 7425:2
**hand** [2] - 7427:5, 7471:1
**Handle** [1] - 7437:20
**handled** [1] - 7443:15
**handling** [1] - 7434:23
**handrails** [1] - 7443:21
**hands** [1] - 7432:9
**hands-on** [1] - 7432:9
**hanging** [1] - 7443:20
**HANKEY** [1] - 7415:6
**happy** [1] - 7425:19
**hard** [7] - 7423:21, 7461:24, 7468:17, 7468:21, 7469:23, 7481:3, 7502:8
**harder** [1] - 7495:21
**Hariklia** [1] - 7422:6
**HARIKLIA** [1] - 7416:24
**HARTLEY** [1] - 7418:5
**HAUSER** [1] - 7415:17
**HAYCRAFT** [1] - 7416:15
**HB406** [1] - 7418:14
**heal** [6] - 7465:16, 7466:18, 7467:20, 7515:5, 7515:11, 7517:17
**healed** [1] - 7517:16
**healing** [2] - 7467:10, 7467:24
**hear** [3] - 7427:20, 7514:4, 7514:12
**heard** [6] - 7445:25, 7471:24, 7522:6, 7531:17, 7538:5, 7538:12
**HEARD** [1] - 7412:22
**hearing** [3] - 7420:21, 7421:15, 7422:13
**heavier** [1] - 7455:25
**heaviest** [1] - 7463:1
**heavy** [2] - 7467:18, 7532:16
**Heenan** [6] - 7525:3, 7527:1, 7527:5, 7527:12, 7533:7, 7533:24
**Heenan's** [1] - 7525:4
**held** [1] - 7429:5
**help** [11] - 7427:8, 7432:18, 7448:7, 7455:12, 7460:4, 7485:2, 7485:8, 7492:12, 7499:23,

7508:18, 7522:12
**helped** [3] - 7446:25, 7491:14, 7499:23
**helpful** [1] - 7500:1
**helps** [4] - 7450:12, 7477:20, 7485:11, 7494:21
**hereby** [1] - 7541:15
**HERMAN** [3] - 7413:7, 7413:7
**hesitancy** [1] - 7537:1
**hesitate** [1] - 7536:21
**high** [21] - 7438:18, 7455:18, 7456:23, 7456:24, 7457:24, 7461:23, 7463:9, 7463:18, 7478:14, 7478:16, 7479:6, 7479:9, 7482:14, 7486:20, 7488:1, 7488:19, 7493:13, 7507:4, 7507:15, 7531:5
**higher** [23] - 7451:12, 7455:22, 7456:1, 7456:4, 7459:11, 7476:19, 7477:13, 7478:11, 7488:23, 7502:23, 7502:24, 7503:9, 7504:2, 7504:25, 7505:17, 7505:21, 7506:10, 7506:11, 7507:5, 7507:11, 7510:24, 7519:18, 7534:12
**highlight** [1] - 7478:1
**highlighted** [1] - 7447:14
**HILL** [1] - 7418:5
**hire** [1] - 7529:1
**Hise** [2] - 7432:7, 7433:18
**hit** [1] - 7478:23
**HiTec** [2] - 7533:11, 7534:19
**hold** [4] - 7459:12, 7460:14, 7460:20, 7483:24
**HOLDINGS** [1] - 7417:3
**hole** [42] - 7433:13, 7446:3, 7451:7, 7453:11, 7460:19, 7461:11, 7462:6, 7463:1, 7463:2, 7463:15, 7464:4, 7466:23, 7469:23, 7483:18, 7483:20, 7491:25, 7492:3, 7492:14, 7492:20,

7497:19, 7500:10, 7500:14, 7500:17, 7500:24, 7501:20, 7503:16, 7503:17, 7509:23, 7510:3, 7510:5, 7510:16, 7512:10, 7512:13, 7516:3, 7516:4, 7516:18, 7519:5, 7524:19, 7536:23, 7536:24, 7536:25
**HOLTHAUS** [1] - 7414:10
**Honor** [29] - 7420:12, 7421:2, 7421:8, 7421:22, 7422:2, 7422:6, 7422:16, 7422:17, 7423:3, 7423:21, 7424:4, 7424:11, 7425:1, 7425:9, 7425:10, 7425:17, 7426:1, 7426:5, 7426:15, 7427:4, 7427:15, 7438:23, 7439:17, 7440:24, 7476:6, 7494:15, 7513:25, 7514:18, 7541:3
**Honor's** [1] - 7425:20
**HONORABLE** [1] - 7412:22
**honored** [1] - 7428:20
**Horizon** [4] - 7441:8, 7442:25, 7444:2, 7509:16
**HORIZON** [1] - 7412:5
**horizontal** [1] - 7478:12
**host** [1] - 7535:25
**HOUMA** [1] - 7414:4
**hour** [5] - 7469:10, 7511:15, 7517:7, 7541:7
**Houston** [1] - 7430:3
**HOUSTON** [4] - 7414:15, 7417:11, 7417:23, 7418:10
**Huffman** [19] - 7443:6, 7443:24, 7446:1, 7452:23, 7462:18, 7471:25, 7472:3, 7472:5, 7472:9, 7475:14, 7475:4, 7475:12, 7493:16, 7501:5, 7501:8, 7507:22, 7508:7, 7520:4, 7520:10
**Huffman's** [6] - 7457:24, 7462:21, 7494:3, 7496:23,

7497:1, 7499:11
**HUGHES** [1] - 7417:22
**hundred** [5] - 7502:2, 7517:1, 7531:13, 7531:15, 7532:23
**hydrocarbon** [1] - 7518:8
**hydrocarbon-bearing** [1] - 7518:8
**hydrocarbons** [3] - 7512:22, 7530:24, 7531:3
**hydrostatic** [2] - 7522:18, 7526:24
**hydrostatics** [2] - 7526:22, 7535:10
**HYMEL** [1] - 7417:18
**hypothetical** [1] - 7459:1
**hypothetical-type** [1] - 7459:1

---

**I**

**IADC's** [1] - 7473:18
**ideas** [1] - 7459:2
**identified** [1] - 7445:23
**IL** [1] - 7416:25
**imagine** [1] - 7482:7
**immediate** [1] - 7482:15
**impermeable** [4] - 7449:17, 7450:5, 7459:7, 7489:1
**implication** [1] - 7463:7
**important** [6] - 7433:3, 7448:11, 7451:1, 7452:18, 7489:11, 7489:22
**impression** [1] - 7507:23
**impressive** [1] - 7516:25
**IMPREVENTO** [1] - 7413:18
**IN** [3] - 7412:5, 7412:5, 7412:12
**INC** [5] - 7412:16, 7416:14, 7417:4, 7417:5, 7418:4
**INC's** [1] - 7509:4
**inch** [8] - 7487:16, 7488:3, 7488:8, 7489:3, 7492:16, 7493:6, 7512:12
**inches** [1] - 7427:18
**incidents** [1] - 7509:2

**included** [2] - 7438:4, 7478:12
**including** [3] - 7473:18, 7523:10, 7529:22
**inclusive** [1] - 7473:13
**incorrect** [2] - 7523:17, 7539:16
**increase** [9] - 7453:9, 7465:10, 7466:6, 7467:11, 7518:6, 7532:23, 7533:18, 7534:10, 7536:18
**increased** [1] - 7509:11
**increasing** [8] - 7449:21, 7465:8, 7466:2, 7478:12, 7532:12, 7533:10, 7534:24, 7535:6
**increment** [1] - 7459:14
**indeed** [2] - 7477:16, 7516:14
**independent** [6] - 7440:8, 7473:6, 7485:13, 7493:3, 7529:16, 7531:11
**independently** [3] - 7487:16, 7489:19, 7529:6
**indicate** [4] - 7454:13, 7496:2, 7501:22, 7534:6
**indicated** [7] - 7491:9, 7502:23, 7509:23, 7511:2, 7511:14, 7530:18, 7537:25
**indicates** [3] - 7484:6, 7487:17, 7515:1
**indicating** [3] - 7509:10, 7512:20, 7530:24
**indication** [4] - 7484:9, 7496:5, 7509:3, 7534:14
**indications** [2] - 7531:22, 7535:18
**indicator** [2] - 7532:11, 7535:7
**indicators** [3] - 7489:7, 7534:5, 7534:7
**induce** [1] - 7432:20
**inducted** [1] - 7428:20
**industrial** [1] - 7525:7
**industry** [26] - 7429:1, 7429:8, 7432:18, 7434:2, 7434:11, 7440:10, 7441:17,

7441:19, 7443:3, 7443:8, 7443:13, 7444:21, 7458:13, 7467:25, 7468:1, 7469:25, 7470:2, 7490:5, 7494:23, 7504:7, 7508:4, 7513:7, 7517:25, 7523:10, 7524:16, 7530:16
**influx** [3] - 7525:14, 7533:19, 7537:10
**information** [16] - 7452:9, 7452:13, 7452:14, 7452:16, 7467:2, 7473:3, 7473:8, 7473:14, 7475:8, 7487:8, 7487:19, 7488:3, 7491:9, 7491:16, 7519:9, 7521:1
**informed** [1] - 7426:1
**infringe** [1] - 7455:17
**initial** [4] - 7459:18, 7487:19, 7497:6, 7498:7
**initiate** [1] - 7486:18
**initiation** [2] - 7485:25, 7486:1
**input** [3] - 7539:5, 7539:15, 7540:20
**inputs** [1] - 7538:11
**inputted** [1] - 7540:7
**inserting** [1] - 7455:6
**inside** [7] - 7479:12, 7489:17, 7491:24, 7493:2, 7523:3, 7523:5
**inspected** [1] - 7508:22
**inspector** [1] - 7509:1
**instances** [1] - 7466:5
**instantaneous** [3] - 7482:19, 7498:9, 7501:10
**instead** [4] - 7486:11, 7512:24, 7535:5, 7540:10
**integrity** [42] - 7440:9, 7441:20, 7444:17, 7444:24, 7453:4, 7453:21, 7454:3, 7454:14, 7461:7, 7472:3, 7472:6, 7473:21, 7473:23, 7474:2, 7474:20, 7480:3, 7480:6, 7480:7, 7480:20, 7483:9, 7485:3, 7488:4, 7488:8,

7488:13, 7488:16, 7494:20, 7494:25, 7495:7, 7497:4, 7497:14, 7497:15, 7498:21, 7498:23, 7499:14, 7500:12, 7500:21, 7506:3, 7506:7, 7507:13, 7514:2, 7514:6
**intent** [1] - 7522:9
**intentional** [1] - 7521:18
**intentionally** [1] - 7527:10
**interconnected** [1] - 7448:18
**interested** [2] - 7475:21, 7504:10
**interesting** [1] - 7502:13
**interfaces** [1] - 7529:10
**intern** [1] - 7429:20
**internships** [1] - 7429:7
**interpret** [5] - 7445:17, 7474:5, 7485:25, 7496:1, 7526:7
**interpretation** [2] - 7484:16, 7484:18
**interpreted** [5] - 7485:5, 7486:14, 7489:4, 7496:16, 7519:8
**interpreting** [1] - 7441:20
**interprets** [1] - 7480:8
**interrupt** [2] - 7475:3, 7490:17
**intersect** [1] - 7485:24
**interval** [18] - 7441:22, 7443:16, 7454:3, 7454:15, 7466:24, 7491:19, 7507:5, 7507:18, 7507:24, 7508:8, 7508:20, 7508:24, 7510:15, 7519:2, 7519:19, 7520:2, 7520:4, 7538:8
**introduce** [3] - 7420:18, 7450:23, 7453:21
**invalid** [8] - 7472:7, 7472:13, 7487:17, 7493:17, 7493:19, 7497:16, 7499:7, 7503:20
**investigate** [1] - 7536:20

**investigation** [1] - 7477:15
**investigations** [1] - 7443:22
**involve** [1] - 7431:2
**involved** [6] - 7428:25, 7435:23, 7438:21, 7480:22, 7527:22, 7538:25
**IRPINO** [4] - 7414:17, 7414:17, 7420:12, 7420:24
**Irpino** [1] - 7420:12
**issue** [22] - 7441:5, 7444:15, 7447:24, 7447:25, 7448:6, 7453:20, 7457:15, 7458:16, 7458:18, 7461:16, 7490:9, 7496:7, 7496:23, 7501:11, 7506:1, 7509:2, 7511:18, 7514:11, 7515:14, 7520:24, 7528:6, 7538:4
**issued** [1] - 7509:5
**issues** [11] - 7434:19, 7437:9, 7437:13, 7438:9, 7438:12, 7448:8, 7514:1, 7514:6, 7514:8, 7523:8, 7528:13
**itself** [1] - 7488:13

## J

**JAMES** [2] - 7413:3, 7416:5
**JEFFERSON** [2] - 7413:4, 7417:19
**JEFFREY** [1] - 7413:18
**JERRY** [1] - 7418:9
**JESSICA** [2] - 7415:10, 7415:11
**jets** [1] - 7516:21
**JIMMY** [1] - 7414:14
**job** [7] - 7430:13, 7443:4, 7467:8, 7475:19, 7491:4, 7508:12, 7532:16
**jobs** [1] - 7429:5
**JOHN** [2] - 7414:10, 7417:22
**joints** [1] - 7502:1
**JR** [3] - 7413:22, 7418:5, 7427:10
**Jr** [1] - 7428:5
**JR**......................... [1]

- 7419:6
**JUDGE** [1] - 7412:23
**judge** [3] - 7423:23, 7425:7, 7448:8
**Judge** [19] - 7420:9, 7420:25, 7421:11, 7421:18, 7422:5, 7423:12, 7423:20, 7424:2, 7425:19, 7425:20, 7426:8, 7426:9, 7426:14, 7426:22, 7426:24, 7427:21, 7447:1, 7480:21, 7483:4
**judgment** [1] - 7452:23
**jumps** [2] - 7531:25, 7532:4
**June** [1] - 7447:12
**JUSTICE** [4] - 7414:21, 7415:3, 7415:9, 7415:15

## K

**KANNER** [2] - 7416:9, 7416:10
**Karis** [1] - 7422:6
**KARIS** [3] - 7416:24, 7422:6, 7422:16
**KATZ** [1] - 7413:7
**keep** [5] - 7451:12, 7455:2, 7456:20, 7490:16, 7501:14
**keeping** [1] - 7451:24
**keeps** [1] - 7462:11
**KELLEY** [1] - 7415:17
**KERRY** [1] - 7417:6
**Kick** [1] - 7437:20
**kick** [21] - 7429:19, 7429:22, 7432:10, 7432:20, 7432:24, 7433:19, 7449:24, 7455:18, 7457:7, 7457:8, 7457:10, 7461:10, 7529:7, 7530:2, 7531:8, 7531:9, 7531:15, 7531:16, 7533:25, 7534:6, 7535:18
**kicked** [1] - 7429:22
**kicking** [1] - 7519:19
**kicks** [2] - 7429:18, 7457:6
**kill** [8] - 7434:22, 7446:11, 7481:18, 7482:17, 7498:14, 7498:15, 7498:24, 7524:6

**KINCHEN** [2] - 7417:22, 7417:22
**kind** [26] - 7438:6, 7445:7, 7449:7, 7456:18, 7459:1, 7461:18, 7462:3, 7462:11, 7463:6, 7465:5, 7465:25, 7466:3, 7469:11, 7476:8, 7480:21, 7482:8, 7482:11, 7483:1, 7484:17, 7487:12, 7495:4, 7498:1, 7511:2, 7520:24, 7529:9, 7529:11
**KIRKLAND** [1] - 7416:23
**knock** [1] - 7517:1
**knocking** [1] - 7516:22
**knowing** [1] - 7468:2
**knowledge** [2] - 7421:11, 7421:20
**known** [4] - 7461:14, 7470:5, 7505:21, 7518:8
**knows** [1] - 7491:11
**KRAUS** [1] - 7416:10
**Kris** [1] - 7425:24
**KULLMAN** [1] - 7413:14

## L

**LA** [14] - 7413:5, 7413:8, 7413:16, 7413:23, 7414:4, 7414:8, 7414:11, 7414:18, 7416:7, 7416:11, 7416:17, 7417:7, 7417:20, 7418:15
**labeled** [1] - 7506:10
**LAFAYETTE** [2] - 7413:5, 7417:20
**LAFLEUR** [1] - 7417:18
**lag** [1] - 7502:9
**LAMAR** [1] - 7418:10
**Lambert** [1] - 7424:21
**land** [1] - 7457:19
**LANGAN** [1] - 7416:23
**large** [2] - 7448:17, 7502:5
**larger** [1] - 7491:25
**LASALLE** [1] - 7416:25
**laser** [1] - 7448:3

**last** [21] - 7421:18, 7421:24, 7424:7, 7426:1, 7426:15, 7439:2, 7442:8, 7442:9, 7454:6, 7458:25, 7501:6, 7502:22, 7507:18, 7508:20, 7508:23, 7510:15, 7512:10, 7517:21, 7518:11, 7519:19, 7520:1
**late** [1] - 7431:14
**LAW** [3] - 7414:3, 7414:6, 7414:17
**LAWRENCE** [1] - 7415:12
**layer** [1] - 7466:7
**LCM** [16] - 7465:11, 7465:21, 7470:6, 7470:17, 7470:25, 7510:7, 7511:15, 7514:23, 7515:11, 7515:19, 7516:24, 7516:19, 7517:2, 7517:11, 7517:12, 7517:20
**LCM's** [1] - 7470:19
**leader** [1] - 7528:24
**leaders** [2] - 7436:3, 7523:10
**leads** [1] - 7496:5
**Leak** [10] - 7437:25, 7447:15, 7477:24, 7483:10, 7484:10, 7485:4, 7485:14, 7485:18, 7490:13, 7499:7
**leak** [22] - 7440:6, 7445:22, 7446:19, 7446:21, 7453:13, 7482:2, 7484:7, 7488:21, 7497:3, 7497:5, 7497:24, 7498:1, 7498:4, 7498:5, 7498:8, 7504:1, 7504:11, 7504:19, 7504:25, 7505:9, 7506:7, 7507:3
**Leak-Off** [10] - 7437:25, 7447:15, 7477:24, 7483:10, 7484:10, 7485:4, 7485:14, 7485:18, 7490:13, 7499:7
**leak-off** [17] - 7440:6, 7445:22, 7482:2, 7488:21, 7497:3, 7497:5, 7497:24, 7498:4, 7498:5,

7498:8, 7504:1, 7504:11, 7504:19, 7504:25, 7505:9, 7506:7, 7507:3
**leakage** [2] - 7486:18, 7487:1
**leaning** [1] - 7431:9
**LEASING** [1] - 7412:13
**least** [3] - 7445:21, 7479:17, 7487:14
**leave** [3] - 7430:19, 7438:3, 7448:22
**leaves** [2] - 7445:17, 7450:4
**lecture** [1] - 7433:2
**Lee** [1] - 7424:21
**left** [9] - 7431:13, 7456:17, 7480:15, 7483:5, 7507:23, 7512:9, 7512:14, 7512:16, 7522:13
**LEGER** [2] - 7413:21, 7413:22
**length** [1] - 7521:21
**less** [14] - 7444:12, 7459:18, 7464:15, 7464:22, 7469:5, 7469:6, 7487:2, 7495:12, 7495:14, 7498:22, 7500:5, 7532:16, 7537:11
**lesser** [2] - 7487:2, 7487:14
**letting** [1] - 7515:10
**leveling** [1] - 7487:14
**levels** [1] - 7465:20
**LEWIS** [4] - 7413:14, 7416:15, 7418:4, 7418:9
**Lewis** [1] - 7424:22
**LI** [1] - 7417:15
**LIFE** [1] - 7413:15
**life** [2] - 7527:7, 7527:10
**lift** [1] - 7532:16
**lifting** [1] - 7502:6
**lights** [1] - 7424:24
**likely** [4] - 7478:17, 7479:5, 7479:13, 7533:19
**likewise** [1] - 7477:5
**line** [25] - 7470:9, 7481:18, 7482:5, 7482:17, 7484:1, 7485:17, 7485:19, 7485:22, 7493:2, 7495:9, 7495:15, 7498:14, 7498:15, 7498:24, 7504:21,

7504:25, 7506:5, 7506:13, 7524:6, 7528:2, 7528:23
**line's** [1] - 7500:25
**linear** [4] - 7487:2, 7489:25, 7493:25, 7495:14
**Linear** [1] - 7437:24
**lines** [5] - 7434:22, 7485:24, 7514:9, 7514:21, 7527:3
**link** [9] - 7459:21, 7459:23, 7459:24, 7460:6, 7461:6, 7461:13, 7462:7, 7462:10, 7465:15
**liquid** [1] - 7466:11
**Lirette** [1] - 7424:21
**LISKOW** [1] - 7416:15
**list** [12] - 7420:14, 7421:19, 7422:8, 7422:19, 7422:22, 7424:9, 7424:13, 7426:6, 7437:3, 7437:5, 7473:13, 7489:23
**listed** [1] - 7478:4
**listen** [1] - 7452:12
**listening** [1] - 7519:24
**literally** [1] - 7421:25
**literature** [5] - 7447:6, 7486:7, 7498:5, 7499:6, 7503:11
**lithology** [3] - 7491:20, 7501:22, 7512:17
**LITIGATION** [1] - 7415:16
**live** [2] - 7428:4, 7428:6
**lives** [2] - 7509:15, 7527:7
**LLC** [1] - 7417:3
**local** [1] - 7507:10
**locked** [1] - 7449:11
**log** [6] - 7474:22, 7491:19, 7502:13, 7511:3, 7512:14, 7518:2
**logged** [2] - 7466:23, 7510:19
**logger** [3] - 7528:22, 7532:6, 7535:24
**logging** [2] - 7452:17, 7510:20
**logging-type** [1] - 7452:17
**logs** [6] - 7438:2, 7457:25, 7475:2, 7502:25, 7506:15,

7506:16
**long-term** [1] - 7434:15
**look** [81] - 7429:22, 7430:4, 7430:15, 7431:23, 7439:3, 7439:7, 7439:22, 7440:4, 7440:9, 7441:10, 7445:12, 7447:3, 7447:5, 7447:10, 7448:2, 7453:25, 7454:19, 7457:2, 7457:14, 7457:22, 7458:8, 7460:3, 7463:13, 7468:14, 7471:13, 7472:11, 7472:18, 7475:4, 7476:10, 7476:15, 7477:5, 7479:4, 7479:20, 7482:12, 7486:9, 7487:4, 7487:5, 7487:10, 7488:3, 7488:6, 7489:6, 7489:19, 7490:22, 7492:15, 7492:18, 7493:11, 7493:20, 7494:5, 7494:17, 7496:10, 7496:24, 7497:18, 7499:8, 7499:24, 7501:4, 7501:17, 7501:18, 7503:8, 7504:7, 7504:8, 7506:5, 7508:14, 7509:1, 7509:6, 7509:20, 7512:4, 7513:4, 7513:16, 7513:23, 7516:10, 7518:1, 7523:18, 7524:12, 7525:9, 7528:10, 7532:5, 7533:1, 7534:3, 7538:21, 7539:12, 7540:13
**looked** [34] - 7458:9, 7471:13, 7471:19, 7473:3, 7473:10, 7473:12, 7473:14, 7473:17, 7473:20, 7474:14, 7474:21, 7475:2, 7475:5, 7476:10, 7476:14, 7479:16, 7479:22, 7479:25, 7487:7, 7489:21, 7490:14, 7492:19, 7492:21, 7492:22, 7492:23, 7493:9, 7496:7, 7496:20, 7498:12, 7509:1, 7514:15, 7522:8, 7539:21

**looking** [21] - 7421:25, 7439:11, 7442:7, 7457:25, 7460:7, 7465:17, 7469:11, 7476:2, 7477:2, 7480:18, 7487:9, 7487:16, 7491:19, 7497:20, 7499:13, 7505:3, 7508:16, 7511:3, 7522:13, 7531:22
**looks** [7] - 7445:8, 7449:7, 7484:16, 7486:19, 7495:1, 7495:8, 7496:18
**loop** [2] - 7470:13, 7470:17
**LOS** [1] - 7417:16
**lose** [3] - 7457:11, 7464:3, 7510:5
**losing** [5] - 7450:13, 7461:20, 7461:23, 7461:25, 7536:24
**loss** [10] - 7463:22, 7466:5, 7469:12, 7509:23, 7510:8, 7511:17, 7511:20, 7515:21, 7516:2, 7517:6
**losses** [22] - 7442:20, 7468:23, 7469:5, 7469:11, 7469:12, 7469:13, 7469:17, 7469:18, 7470:6, 7470:8, 7470:16, 7482:17, 7500:19, 7508:12, 7513:19, 7515:23, 7517:3, 7517:14, 7518:16, 7519:5
**lost** [5] - 7464:17, 7509:24, 7515:4, 7515:6, 7515:11
**Louisiana** [4] - 7428:6, 7429:11, 7541:14, 7541:15
**LOUISIANA** [4] - 7412:2, 7412:8, 7416:3, 7416:5
**low** [9] - 7455:19, 7463:9, 7463:19, 7470:24, 7502:6, 7507:2, 7511:2, 7512:15, 7531:4
**low-pressure** [1] - 7531:4
**lower** [6] - 7478:2, 7492:16, 7497:6, 7498:7, 7499:4, 7513:2

**lowering** [1] - 7522:21
**LSU** [19] - 7428:14, 7428:17, 7428:21, 7430:13, 7430:14, 7430:17, 7430:25, 7431:13, 7431:15, 7431:19, 7432:3, 7432:5, 7433:14, 7435:25, 7436:1, 7438:16, 7504:4, 7504:5, 7538:19
**LUIS** [1] - 7417:15
**lunch** [4] - 7422:1, 7422:4, 7541:2, 7541:6
**LUNCHEON** [1] - 7419:9
**luncheon** [1] - 7541:9
**LUTHER** [1] - 7415:22

# M

**Macondo** [12] - 7441:9, 7443:1, 7454:4, 7458:10, 7473:1, 7480:12, 7480:23, 7493:4, 7506:3, 7506:25, 7538:8, 7539:5
**MAGAZINE** [1] - 7414:18
**magnitude** [1] - 7535:9
**MAHTOOK** [1] - 7417:18
**mail** [2] - 7475:15, 7477:23
**mails** [6] - 7475:13, 7475:17, 7476:11, 7477:19, 7477:21
**main** [3] - 7438:5, 7488:12, 7512:24
**MAIN** [1] - 7414:11
**maintain** [1] - 7449:22
**maintained** [1] - 7452:2
**maintaining** [1] - 7471:3
**major** [8] - 7430:8, 7436:3, 7439:3, 7439:9, 7443:14, 7469:12, 7512:1, 7540:11
**major's** [1] - 7439:11
**MALINDA** [1] - 7415:12
**manage** [1] - 7467:12
**managed** [1] - 7443:25

**management** [1] - 7531:13

**managing** [3] - 7441:21, 7513:6, 7515:2

**manuals** [2] - 7471:9, 7515:17

**March** [1] - 7490:19

**margin** [34] - 7437:14, 7438:10, 7441:6, 7441:8, 7443:25, 7444:5, 7444:14, 7444:22, 7444:23, 7445:2, 7445:6, 7445:7, 7445:12, 7446:1, 7447:24, 7452:2, 7455:13, 7455:18, 7455:19, 7456:22, 7456:25, 7458:20, 7462:22, 7463:5, 7463:8, 7463:19, 7471:15, 7471:17, 7480:5, 7480:9, 7519:2, 7519:3, 7519:7, 7520:1

**margins** [11] - 7455:1, 7455:8, 7455:17, 7456:18, 7457:3, 7457:15, 7457:18, 7457:20, 7458:4, 7458:7, 7520:14

**marine** [3] - 7502:5, 7522:16, 7530:25

**marshalling** [2] - 7426:7, 7426:21

**Marty** [1] - 7476:16

**material** [12] - 7433:2, 7450:8, 7465:4, 7467:18, 7467:24, 7468:11, 7471:1, 7497:20, 7509:24, 7515:12, 7516:22, 7517:2

**materials** [5] - 7465:11, 7465:15, 7466:14, 7472:24, 7473:15

**math** [2] - 7540:5, 7540:6

**matter** [1] - 7541:16

**matters** [1] - 7420:10

**MATTHEW** [1] - 7416:24

**MAZE** [1] - 7415:22

**McCLELLAN** [1] - 7415:10

**mean** [16] - 7434:15, 7435:8, 7444:22, 7463:8, 7469:7,

**7475**:3, 7490:17, 7491:4, 7491:8, 7503:20, 7526:22, 7532:4, 7534:13, 7534:25, 7535:6, 7536:17

**means** [2] - 7499:6, 7503:21

**meant** [1] - 7429:22

**measure** [7] - 7451:14, 7452:8, 7506:16, 7506:17, 7506:18, 7506:19, 7510:18

**measured** [4] - 7452:13, 7487:21, 7492:1, 7510:11

**measurement** [2] - 7456:3, 7510:25

**measurements** [1] - 7539:22

**measuring** [1] - 7451:23

**MECHANICAL** [1] - 7418:17

**meeting** [1] - 7541:6

**meetings** [1] - 7526:10

**member** [1] - 7430:20

**members** [1] - 7432:6

**men** [6] - 7444:1, 7509:16, 7519:15, 7527:14, 7527:21, 7527:22

**mention** [3] - 7424:4, 7439:1, 7453:4

**mentioned** [15] - 7420:22, 7421:16, 7422:14, 7423:1, 7423:9, 7424:3, 7441:5, 7441:23, 7444:4, 7453:2, 7473:25, 7490:9, 7493:8, 7503:24, 7505:16

**merit** [1] - 7497:10

**MERIT** [1] - 7418:14

**Merit** [2] - 7541:14, 7541:19

**met** [3] - 7478:10, 7525:1, 7525:5

**methods** [1] - 7505:2

**Mexico** [12] - 7429:1, 7429:16, 7457:14, 7457:16, 7458:14, 7462:3, 7474:11, 7504:12, 7504:17, 7509:5, 7519:11, 7538:18

**MEXICO** [1] - 7412:6

**MI** [1] - 7471:2

**MICHAEL** [2] - 7414:22, 7417:14

**Michael** [1] - 7422:17

**MICHELLE** [1] - 7415:11

**microphone** [3] - 7427:18, 7431:6, 7514:3

**middle** [1] - 7505:4

**might** [13] - 7436:12, 7439:1, 7448:5, 7453:4, 7459:17, 7464:15, 7467:4, 7470:3, 7476:8, 7483:24, 7495:11, 7497:16, 7536:24

**Mike** [3] - 7423:4, 7424:6, 7427:15

**mile** [1] - 7482:17

**mile-long** [1] - 7482:17

**MILLER** [1] - 7417:6

**millidarcies** [1] - 7449:15

**million** [1] - 7449:14

**mind** [4] - 7426:3, 7456:20, 7493:5, 7501:14

**minds** [1] - 7489:14

**minimum** [1] - 7467:4

**minor** [2] - 7443:19, 7540:11

**minute** [7] - 7454:17, 7457:6, 7469:5, 7469:8, 7482:3, 7482:4, 7525:17

**minutes** [6] - 7425:5, 7447:3, 7482:20, 7494:7, 7541:1, 7541:4

**misinterpreted** [1] - 7521:14

**missed** [1] - 7535:16

**misses** [1] - 7531:14

**missing** [1] - 7536:1

**Mississippi** [3] - 7505:17, 7505:19, 7505:21

**mitigations** [2] - 7464:19, 7464:20

**mix** [1] - 7456:7

**mixed** [2] - 7424:20, 7515:24

**mixing** [2] - 7529:10, 7530:4

**MMS** [12] - 7434:3, 7434:4, 7434:7, 7434:9, 7471:14, 7471:16, 7473:25,

**7504**:4, 7504:6, 7508:21, 7521:1, 7538:19

**MOBILE** [1] - 7413:12

**mode** [1] - 7464:17

**Model** [1] - 7437:24

**model** [10] - 7529:6, 7530:9, 7530:11, 7530:13, 7530:15, 7530:16, 7538:15, 7540:8, 7540:9, 7540:19

**models** [1] - 7475:22

**Modular** [1] - 7539:23

**modulated** [1] - 7452:11

**moment** [4] - 7441:5, 7441:23, 7453:2, 7523:24

**MONDAY** [2] - 7412:9, 7420:2

**monitor** [2] - 7528:8, 7528:17

**monitored** [1] - 7517:5

**monitoring** [6] - 7438:25, 7516:1, 7528:7, 7528:13, 7528:20, 7528:25

**MONTGOMERY** [1] - 7415:24

**moot** [2] - 7426:13, 7426:14

**Morgan** [1] - 7429:16

**MORNING** [1] - 7412:20

**morning** [10] - 7420:8, 7420:9, 7420:25, 7421:18, 7421:21, 7422:6, 7422:17, 7423:3, 7426:11, 7473:18

**most** [14] - 7436:25, 7438:13, 7461:25, 7475:17, 7478:21, 7479:5, 7482:24, 7487:23, 7489:13, 7489:22, 7493:12, 7523:7, 7533:19, 7538:13

**mostly** [3] - 7459:6, 7459:7, 7504:12

**move** [19] - 7426:16, 7427:18, 7433:8, 7446:22, 7448:1, 7450:2, 7450:10, 7455:4, 7456:17, 7460:9, 7460:13, 7461:1, 7461:3, 7483:9, 7498:16,

**7520**:21, 7522:17, 7529:11

**moved** [2] - 7461:19, 7498:1

**movement** [2] - 7529:23, 7536:23

**moves** [3] - 7460:23, 7464:7, 7512:20

**Moving** [1] - 7437:20

**moving** [4] - 7452:21, 7492:8, 7508:5, 7535:1

**MR** [47] - 7419:7, 7419:8, 7420:12, 7420:24, 7420:25, 7421:18, 7421:22, 7422:5, 7422:17, 7423:3, 7423:12, 7423:14, 7423:17, 7423:20, 7424:4, 7424:19, 7425:1, 7425:7, 7425:14, 7425:19, 7426:14, 7426:22, 7426:24, 7427:2, 7427:4, 7427:15, 7427:24, 7428:2, 7431:8, 7431:12, 7438:22, 7439:14, 7439:17, 7439:19, 7440:24, 7441:3, 7449:2, 7494:8, 7494:15, 7494:16, 7513:25, 7514:5, 7514:13, 7514:18, 7514:19, 7540:23, 7541:3

**MS** [4] - 7422:6, 7422:16, 7428:13, 7428:14

**mud** [118] - 7429:22, 7435:6, 7441:21, 7443:15, 7445:3, 7445:8, 7446:2, 7446:4, 7448:13, 7449:19, 7449:21, 7449:23, 7450:2, 7450:4, 7450:5, 7450:7, 7450:11, 7450:12, 7450:17, 7450:22, 7451:11, 7451:14, 7451:15, 7451:18, 7451:22, 7451:23, 7452:19, 7453:12, 7454:10, 7454:17, 7454:22, 7455:2, 7455:4, 7455:7, 7455:14, 7455:21, 7456:1, 7456:2, 7456:3, 7456:11, 7456:12,

7456:13, 7456:21,
7457:4, 7457:9,
7457:11, 7457:12,
7458:20, 7459:25,
7460:13, 7460:19,
7460:21, 7460:24,
7461:9, 7461:11,
7461:23, 7462:23,
7462:25, 7463:1,
7463:10, 7463:12,
7464:7, 7464:11,
7464:21, 7465:2,
7465:21, 7467:11,
7469:1, 7471:17,
7474:22, 7475:2,
7481:16, 7482:7,
7484:8, 7486:4,
7486:17, 7487:21,
7487:23, 7488:15,
7491:19, 7497:18,
7500:22, 7502:13,
7509:11, 7509:21,
7509:23, 7510:5,
7510:6, 7510:8,
7510:24, 7511:9,
7511:17, 7511:19,
7511:23, 7513:1,
7513:6, 7514:22,
7515:5, 7515:10,
7515:20, 7516:2,
7517:2, 7517:18,
7519:17, 7520:6,
7522:15, 7522:21,
7528:22, 7529:21,
7532:6, 7532:13,
7532:16, 7535:24
**muds** [2] - 7435:3,
7455:22
**multimillion** [1] -
7435:9
**multimillion-dollar** [1]
- 7435:9
**multiple** [1] - 7505:13
**Multiple** [1] - 7437:15
**multiply** [2] - 7535:13,
7539:7
**MUNGER** [1] -
7417:13
**must** [3] - 7442:11,
7445:22, 7523:20
**MWD** [3] - 7474:21,
7510:19, 7512:14

**N**

**name** [3] - 7427:14,
7428:3, 7428:5
**nanodarcies** [1] -
7449:16
**narrative** [3] -

7441:13, 7514:12,
7521:11
**narrow** [4] - 7457:17,
7457:19, 7457:20,
7458:7
**NATHANIEL** [1] -
7415:6
**natural** [3] - 7478:23,
7491:21, 7503:14
**NATURAL** [1] - 7415:3
**nearby** [1] - 7458:1
**nearest** [2] - 7451:19,
7520:16
**nearly** [1] - 7497:14
**necessary** [1] -
7432:24
**need** [10] - 7436:25,
7445:18, 7448:12,
7457:19, 7470:23,
7496:21, 7511:10,
7518:17, 7518:24
**needed** [5] - 7424:16,
7457:7, 7498:19,
7516:16, 7516:17
**needs** [1] - 7457:2
**negative** [15] - 7521:6,
7521:9, 7521:13,
7522:7, 7522:9,
7522:24, 7523:20,
7524:15, 7524:18,
7525:2, 7525:23,
7526:8, 7526:13,
7526:20, 7527:9
**Neil** [1] - 7424:20
**neutrons** [1] - 7506:19
**never** [1] - 7471:24
**NEW** [9] - 7412:8,
7413:8, 7413:16,
7413:23, 7414:18,
7416:11, 7416:17,
7417:7, 7418:15
**New** [2] - 7432:14,
7437:24
**new** [34] - 7439:12,
7446:15, 7451:8,
7452:6, 7453:10,
7453:11, 7465:7,
7477:16, 7480:25,
7481:3, 7487:21,
7489:16, 7490:10,
7490:12, 7490:24,
7491:2, 7491:3,
7491:12, 7491:17,
7492:3, 7492:8,
7492:10, 7492:14,
7492:20, 7493:1,
7493:5, 7500:24,
7501:23, 7504:9,
7516:4, 7516:14,
7516:17, 7521:4,

7522:23
**news** [1] - 7503:21
**next** [6] - 7437:24,
7447:18, 7464:18,
7476:1, 7507:5,
7515:24
**nickname** [1] - 7428:5
**night** [2] - 7424:8,
7528:9
**NINTH** [1] - 7414:7
**nipple** [1] - 7429:23
**NO** [3] - 7412:8,
7412:12, 7412:14
**nominated** [1] -
7439:5
**nomination** [1] -
7439:7
**non** [2] - 7509:2,
7512:16
**Non** [1] - 7437:24
**non-compliance** [1] -
7509:2
**Non-Linear** [1] -
7437:24
**non-shale** [1] -
7512:16
**none** [4] - 7421:15,
7422:13, 7426:18,
7493:7
**NONJURY** [1] -
7412:21
**noon** [1] - 7541:6
**NORFOLK** [1] -
7417:23
**normal** [12] - 7440:10,
7443:3, 7459:10,
7482:12, 7486:19,
7495:15, 7508:4,
7509:19, 7511:15,
7513:13, 7532:5,
7537:11
**normally** [10] - 7467:2,
7491:11, 7491:21,
7510:4, 7515:4,
7520:16, 7520:25,
7521:25, 7531:9,
7536:21
**NORTH** [1] - 7416:6
**north** [1] - 7438:17
**note** [4] - 7421:9,
7509:20, 7510:11,
7524:13
**noted** [2] - 7443:17,
7517:6
**nothing** [3] - 7427:7,
7440:12, 7522:25
**notice** [3] - 7483:18,
7484:5, 7500:4
**noticed** [2] - 7468:12,
7471:2

**November** [1] -
7440:19
**nuclear** [1] - 7506:20
**Number** [3] - 7425:23,
7426:9, 7499:22
**number** [24] - 7426:5,
7433:6, 7435:8,
7435:10, 7435:17,
7435:20, 7436:1,
7438:17, 7439:22,
7443:22, 7455:10,
7456:4, 7458:12,
7471:13, 7471:14,
7486:3, 7486:7,
7502:19, 7503:10,
7504:11, 7506:22,
7528:16, 7538:11
**numbered** [1] -
7541:16
**numbers** [4] -
7435:19, 7487:20,
7487:25, 7535:13
**numerous** [1] -
7537:12
**NW** [1] - 7416:20

**O**

**O'KEEFE** [1] - 7413:8
**O'ROURKE** [1] -
7415:4
**oath** [1] - 7427:12
**object** [2] - 7513:25,
7514:11
**objected** [2] - 7514:1,
7514:5
**objection** [6] - 7421:3,
7422:21, 7422:25,
7423:8, 7466:16,
7514:17
**objections** [13] -
7420:18, 7420:20,
7421:10, 7421:13,
7421:21, 7422:10,
7422:11, 7422:23,
7422:24, 7423:6,
7423:7, 7423:24,
7439:15
**OBP** [1] - 7540:21
**observations** [4] -
7518:15, 7518:18,
7518:23, 7519:23
**observe** [4] - 7469:1,
7470:6, 7482:20,
7535:22
**observed** [3] - 7474:4,
7518:19, 7533:16
**obtained** [1] - 7474:20
**obtaining** [1] - 7429:5

**obvious** [1] - 7533:10
**occasional** [2] -
7430:22, 7431:5
**occasionally** [1] -
7459:7
**occasions** [1] -
7518:22
**occur** [2] - 7457:7,
7457:8
**occurred** [1] - 7530:8
**occurring** [2] -
7459:22, 7462:12
**October** [1] - 7440:18
**OF** [14] - 7412:2,
7412:6, 7412:13,
7412:15, 7412:21,
7414:21, 7415:3,
7415:9, 7415:15,
7415:21, 7416:3,
7416:4, 7416:5
**offer** [6] - 7420:18,
7421:11, 7421:21,
7423:23, 7424:1,
7440:24
**offered** [1] - 7494:19
**OFFICE** [5] - 7413:4,
7415:13, 7415:21,
7416:3, 7416:7
**offices** [1] - 7504:6
**Official** [2] - 7541:14,
7541:20
**OFFICIAL** [1] -
7418:13
**OFFSHORE** [1] -
7417:4
**Offshore** [2] -
7437:20, 7531:12
**offshore** [4] - 7429:3,
7429:10, 7429:12,
7450:7
**often** [6] - 7464:5,
7465:10, 7466:6,
7470:19, 7503:10,
7504:2
**Oil** [2] - 7430:1,
7438:16
**oil** [12] - 7428:25,
7432:15, 7435:3,
7435:6, 7436:3,
7450:7, 7450:8,
7450:10, 7451:23,
7455:22, 7455:23,
7519:10
**OIL** [2] - 7412:5
**oil-based** [2] - 7435:3,
7435:6
**oilfield** [2] - 7429:19,
7435:11
**old** [3] - 7432:8,
7451:7, 7516:5

**OLGA** [3] - 7530:9, 7530:11, 7530:15
**OLSON** [1] - 7417:13
**ON** [1] - 7412:6
**onboard** [1] - 7444:1
**once** [9] - 7460:23, 7461:1, 7461:18, 7466:8, 7467:3, 7470:19, 7482:14, 7487:13, 7522:3
**one** [76] - 7421:18, 7425:14, 7425:23, 7426:15, 7430:8, 7432:6, 7432:8, 7433:15, 7439:1, 7439:11, 7441:23, 7443:24, 7445:25, 7448:25, 7449:3, 7450:19, 7450:20, 7452:18, 7453:14, 7453:20, 7454:6, 7457:13, 7461:15, 7462:11, 7463:10, 7464:6, 7466:16, 7469:15, 7470:3, 7471:6, 7472:12, 7472:13, 7473:24, 7477:8, 7477:19, 7478:15, 7479:10, 7479:17, 7480:8, 7486:10, 7489:13, 7492:19, 7493:16, 7494:19, 7497:7, 7497:13, 7498:7, 7499:11, 7499:13, 7502:20, 7502:21, 7502:22, 7503:2, 7504:3, 7504:4, 7504:10, 7505:4, 7507:1, 7520:1, 7522:3, 7523:7, 7523:19, 7525:17, 7526:9, 7527:23, 7531:12, 7531:17, 7532:2, 7535:19, 7535:20, 7538:16
**ONE** [1] - 7416:16
**ones** [2] - 7454:7, 7492:20
**onshore** [2] - 7429:11, 7470:14
**open** [17] - 7432:15, 7446:3, 7446:21, 7451:7, 7462:6, 7463:1, 7463:2, 7463:15, 7464:4, 7470:21, 7497:19, 7500:10, 7500:14, 7500:17, 7503:17, 7519:5, 7536:24

**opened** [2] - 7495:1, 7497:19
**opening** [2] - 7440:18, 7528:7
**operating** [4] - 7454:21, 7470:24, 7509:17, 7510:17
**operation** [5] - 7444:11, 7444:12, 7469:18, 7517:13, 7525:24
**operational** [1] - 7473:17
**operations** [15] - 7433:24, 7438:21, 7438:25, 7456:14, 7470:10, 7473:18, 7490:14, 7507:14, 7507:19, 7509:19, 7511:16, 7515:17, 7525:6, 7526:9, 7538:20
**Operations** [2] - 7437:18, 7437:23
**operator** [5] - 7445:17, 7457:2, 7467:13, 7515:14, 7525:2
**operator's** [2] - 7526:1, 7526:15
**operators** [10] - 7457:20, 7468:7, 7470:1, 7471:8, 7474:3, 7474:6, 7474:13, 7485:21, 7504:12, 7505:13
**opinion** [15] - 7442:25, 7444:6, 7452:1, 7472:6, 7472:18, 7472:25, 7489:3, 7508:14, 7508:23, 7510:1, 7519:1, 7519:3, 7521:9, 7528:7, 7528:24
**opinions** [6] - 7441:7, 7441:12, 7441:14, 7452:24, 7494:19, 7528:11
**opposed** [1] - 7460:25
**ops** [1] - 7524:13
**OptiCem** [2] - 7538:6, 7539:6
**Optimal** [1] - 7437:16
**option** [3] - 7469:14, 7470:13, 7470:16
**options** [2] - 7467:12, 7468:8
**orange** [3] - 7481:16, 7497:20, 7500:4
**ORDER** [1] - 7420:4

**order** [3] - 7481:17, 7482:18, 7531:12
**orient** [1] - 7480:15
**original** [2] - 7433:18, 7514:7
**ORLEANS** [9] - 7412:8, 7413:8, 7413:16, 7413:23, 7414:18, 7416:11, 7416:17, 7417:7, 7418:15
**Orleans** [1] - 7432:14
**otherwise** [1] - 7422:22
**ought** [1] - 7535:9
**outcome** [2] - 7478:6, 7527:24
**outrageous** [1] - 7507:24
**outside** [6] - 7443:7, 7446:18, 7446:22, 7456:24, 7520:14, 7524:6
**overall** [1] - 7457:17
**overbalance** [1] - 7449:22
**overbalanced** [5] - 7450:1, 7539:2, 7539:8, 7539:9, 7540:21
**overboard** [1] - 7534:17
**overburden** [16] - 7459:11, 7476:20, 7502:24, 7503:4, 7503:9, 7504:22, 7504:23, 7505:18, 7505:22, 7506:1, 7506:13, 7506:14, 7506:16, 7506:21, 7507:1, 7507:9
**overcome** [2] - 7461:17, 7478:25
**overrule** [1] - 7514:17
**overseas** [1] - 7451:20
**oversell** [1] - 7466:12
**oversimplified** [1] - 7456:19
**own** [2] - 7435:15, 7473:6

---

# P

**P.O** [1] - 7415:7
**Page** [1] - 7437:19
**PAGE** [2] - 7419:3, 7419:14
**page** [9] - 7437:24, 7438:1, 7442:2,

7495:1, 7496:10, 7514:9, 7514:16, 7537:6
**PALMINTIER** [1] - 7414:10
**PAN** [1] - 7413:15
**paper** [1] - 7540:18
**papers** [1] - 7538:23
**paragraph** [2] - 7525:18, 7537:7
**paragraphs** [1] - 7514:8
**parameters** [2] - 7452:17, 7469:1
**part** [10] - 7468:19, 7478:1, 7480:5, 7483:7, 7490:12, 7496:5, 7531:21, 7538:9, 7538:19, 7539:2
**participated** [1] - 7433:22
**particles** [1] - 7502:3
**particular** [4] - 7470:3, 7504:16, 7505:20, 7533:3
**parties** [2] - 7423:6, 7424:7
**parts** [1] - 7423:22
**pass** [3] - 7521:15, 7521:16, 7523:4
**passed** [3] - 7482:21, 7483:2, 7527:15
**past** [3] - 7446:16, 7462:6, 7505:6
**paths** [1] - 7524:7
**PAUL** [1] - 7413:14
**pay** [5] - 7442:6, 7512:2, 7512:24, 7516:7, 7517:1
**peaks** [1] - 7434:25
**peer** [1] - 7447:6
**peer-reviewed** [1] - 7447:6
**penetration** [1] - 7492:22
**Pennington** [1] - 7438:16
**PENNSYLVANIA** [1] - 7416:20
**people** [15] - 7432:23, 7433:4, 7434:10, 7435:16, 7435:23, 7443:3, 7443:20, 7446:12, 7456:5, 7456:7, 7462:16, 7465:24, 7466:11, 7473:19, 7473:22, 7477:12, 7482:24, 7484:20, 7487:20,

7487:23, 7489:14, 7504:5, 7504:7, 7505:23, 7513:10, 7519:9, 7520:15, 7521:19, 7521:20, 7527:7, 7529:2, 7529:3, 7532:5, 7535:25
**Pepper** [3] - 7541:13, 7541:18, 7541:18
**PEPPER** [1] - 7418:13
**per** [18] - 7421:8, 7451:20, 7451:21, 7455:10, 7459:16, 7459:17, 7469:8, 7469:10, 7488:15, 7509:8, 7514:22, 7515:19, 7517:10, 7520:16, 7520:18, 7520:22, 7539:18
**percent** [2] - 7482:21, 7526:23
**perfectly** [2] - 7486:19, 7488:18
**period** [26] - 7429:10, 7431:19, 7434:18, 7435:4, 7475:13, 7484:3, 7484:15, 7486:2, 7497:8, 7501:10, 7501:11, 7501:18, 7508:16, 7510:9, 7513:16, 7519:13, 7519:14, 7529:14, 7532:22, 7532:24, 7533:7, 7534:1, 7534:3, 7534:5, 7534:22, 7536:2
**periodic** [1] - 7434:8
**periodically** [1] - 7459:5
**permeability** [4] - 7457:10, 7500:18, 7510:21, 7511:2
**permeable** [7] - 7449:20, 7450:3, 7451:10, 7451:12, 7466:24, 7509:12, 7516:24
**permission** [4] - 7423:14, 7425:20, 7426:3, 7426:12
**permit** [1] - 7466:19
**person** [1] - 7429:3
**personally** [1] - 7477:9
**personnel** [1] - 7523:12
**perspective** [1] - 7447:25

pertinent [1] - 7431:22
PETITION [1] - 7412:13
Petroleum [1] - 7436:21
petroleum [6] - 7428:13, 7428:15, 7428:18, 7430:25, 7436:22, 7438:24
Ph.D [2] - 7428:15, 7504:4
phase [3] - 7457:21, 7457:22, 7517:16
phenomena [1] - 7510:3
phenomenon [1] - 7503:24
Phillips [1] - 7435:25
pick [2] - 7458:6, 7491:17
picked [4] - 7510:20, 7516:13, 7532:19, 7534:22
picking [1] - 7505:4
piece [2] - 7447:14, 7481:1
pill [2] - 7515:24, 7517:20
Pinky [1] - 7477:5
pipe [23] - 7446:24, 7453:19, 7455:5, 7455:6, 7460:2, 7461:1, 7467:6, 7467:16, 7498:15, 7498:24, 7502:5, 7508:11, 7516:8, 7516:20, 7518:14, 7518:17, 7519:21, 7520:21, 7521:22, 7523:13, 7524:2, 7535:3, 7536:23
piston [1] - 7529:19
piston-like [1] - 7529:19
pit [1] - 7530:21
place [8] - 7449:11, 7458:24, 7475:15, 7477:17, 7508:12, 7508:19, 7516:10, 7528:14
placed [3] - 7441:11, 7519:15, 7524:3
places [1] - 7475:9
PLAINTIFFS [1] - 7413:3
plan [1] - 7524:5
planned [2] - 7442:14, 7523:21
planning [4] - 7442:11, 7445:7,

7457:21, 7457:22
play [4] - 7423:11, 7423:18, 7423:22, 7424:24
played [2] - 7425:4, 7426:11
PLC [1] - 7416:15
pleasure [1] - 7541:3
plot [4] - 7480:17, 7481:24, 7486:12, 7495:7
plots [1] - 7499:5
plotted [1] - 7485:15
plotting [2] - 7486:11, 7496:17
plug [5] - 7467:17, 7522:17, 7522:18, 7524:3, 7540:5
point [21] - 7425:9, 7440:24, 7446:3, 7451:19, 7455:15, 7456:16, 7460:20, 7467:16, 7471:18, 7473:25, 7480:2, 7499:22, 7512:23, 7513:18, 7520:13, 7522:9, 7524:3, 7524:8, 7529:25, 7532:9, 7534:2
pointed [1] - 7493:17
pointer [5] - 7448:3, 7449:7, 7500:7, 7512:6
pointing [1] - 7495:18
points [10] - 7451:1, 7458:6, 7484:14, 7485:17, 7485:18, 7485:23, 7495:9, 7506:9, 7507:14, 7523:19
policy [1] - 7471:5
polymers [1] - 7465:24
pore [55] - 7438:9, 7447:25, 7448:7, 7448:15, 7448:16, 7448:17, 7449:5, 7449:9, 7449:20, 7449:23, 7450:2, 7454:22, 7454:25, 7455:3, 7457:9, 7457:23, 7458:2, 7462:23, 7463:10, 7463:19, 7465:3, 7467:1, 7468:2, 7468:4, 7470:24, 7473:16, 7475:18, 7475:19, 7476:2, 7489:15, 7509:9, 7509:10, 7509:14,

7510:12, 7510:17, 7510:18, 7510:22, 7510:23, 7512:25, 7513:2, 7518:6, 7518:9, 7518:25, 7519:12, 7519:14, 7519:17, 7519:18, 7538:12, 7539:5, 7539:11, 7539:15, 7539:16, 7539:18, 7540:7, 7540:20
pores [2] - 7468:3, 7518:8
porosity [1] - 7438:1
porous [2] - 7450:13, 7516:24
portion [1] - 7483:4
position [4] - 7431:14, 7515:7, 7519:20, 7529:20
positive [3] - 7509:3, 7523:2, 7523:4
possibility [2] - 7479:10, 7479:21
possible [6] - 7468:18, 7478:3, 7478:9, 7478:13, 7478:15, 7521:22
POST [3] - 7413:4, 7415:13, 7416:7
potential [13] - 7538:4, 7538:6, 7538:7, 7538:12, 7538:15, 7538:21, 7539:4, 7539:6, 7539:10, 7540:9, 7540:16, 7540:17
pound [8] - 7451:19, 7455:10, 7459:16, 7459:17, 7515:19, 7517:10, 7520:16, 7520:18
pounds [5] - 7488:15, 7509:8, 7514:22, 7520:22, 7529:24
POYDRAS [4] - 7413:15, 7416:16, 7417:7, 7418:14
practice [10] - 7430:9, 7440:11, 7443:3, 7467:25, 7468:1, 7469:21, 7483:1, 7508:4, 7513:13, 7524:16
practices [3] - 7441:18, 7441:19, 7443:13
precisely [1] - 7533:8
predict [2] - 7434:25, 7475:19

predicted [2] - 7505:7, 7506:2
prediction [1] - 7473:15
Predictions [1] - 7437:19
predictions [1] - 7478:10
predrill [4] - 7457:23, 7458:2, 7458:3, 7473:14
preexisting [1] - 7478:20
preliminary [2] - 7420:10, 7456:19
preparation [1] - 7482:11
prepared [3] - 7440:21, 7509:12, 7531:21
preparing [2] - 7424:11, 7515:11
prescribe [1] - 7445:20
prescribing [1] - 7445:16
present [1] - 7534:5
presentation [1] - 7504:3
presentations [3] - 7431:5, 7434:13, 7538:22
presented [1] - 7443:25
press [1] - 7495:21
pressure [186] - 7430:7, 7430:11, 7434:25, 7438:1, 7438:19, 7444:16, 7444:24, 7444:25, 7445:22, 7446:20, 7447:17, 7447:25, 7448:7, 7448:15, 7449:5, 7449:9, 7449:20, 7449:23, 7450:21, 7451:11, 7451:12, 7451:25, 7452:4, 7452:8, 7452:9, 7452:11, 7452:17, 7452:18, 7453:3, 7453:8, 7453:9, 7453:11, 7453:21, 7454:14, 7454:22, 7454:23, 7454:25, 7455:3, 7455:20, 7455:23, 7455:24, 7457:9, 7457:13, 7457:23, 7458:2, 7460:15, 7461:7, 7462:23,

7463:10, 7463:19, 7464:9, 7465:3, 7468:2, 7468:4, 7470:24, 7472:2, 7473:21, 7473:23, 7474:2, 7474:20, 7475:18, 7475:24, 7476:2, 7477:17, 7480:3, 7480:6, 7480:7, 7480:20, 7481:22, 7482:6, 7482:10, 7482:14, 7482:15, 7482:19, 7482:20, 7483:7, 7483:9, 7484:6, 7484:14, 7485:3, 7486:6, 7486:10, 7486:16, 7487:5, 7487:11, 7487:13, 7488:4, 7488:11, 7488:12, 7488:19, 7488:25, 7489:15, 7489:24, 7493:9, 7493:17, 7494:20, 7494:25, 7495:6, 7495:7, 7496:3, 7496:7, 7497:5, 7497:6, 7497:8, 7497:14, 7497:25, 7498:7, 7498:8, 7498:9, 7498:14, 7498:16, 7498:18, 7498:19, 7498:21, 7498:23, 7499:2, 7499:4, 7499:14, 7499:15, 7499:18, 7500:12, 7501:9, 7501:10, 7503:23, 7506:3, 7506:7, 7506:17, 7507:13, 7509:9, 7509:10, 7509:14, 7510:12, 7510:18, 7510:22, 7510:23, 7513:2, 7514:1, 7514:6, 7518:6, 7518:9, 7518:21, 7518:25, 7519:17, 7519:18, 7521:23, 7522:7, 7522:19, 7522:21, 7522:22, 7523:3, 7523:4, 7523:13, 7523:20, 7524:9, 7524:15, 7524:18, 7526:8, 7526:20, 7531:4, 7531:5, 7532:12, 7532:17, 7532:23, 7533:18, 7534:24, 7535:5, 7535:9, 7536:6, 7536:13, 7536:18,

7538:12, 7539:5, 7539:8, 7539:9, 7539:11, 7539:15, 7539:16, 7539:18, 7540:7, 7540:20, 7540:21

**Pressure** [1] - 7437:16

**pressures** [14] - 7438:9, 7448:14, 7452:16, 7467:1, 7470:5, 7473:16, 7475:19, 7477:13, 7482:4, 7510:17, 7512:25, 7519:12, 7519:14, 7530:24

**pressurization** [1] - 7497:3

**pressurize** [4] - 7481:17, 7482:18, 7501:1

**pressurized** [2] - 7497:19, 7497:21

**pressurizing** [2] - 7481:20, 7500:23

**pretty** [10] - 7442:21, 7452:6, 7466:24, 7468:9, 7478:21, 7488:23, 7525:15, 7526:22, 7531:2, 7534:13

**preventer** [3] - 7530:25, 7531:1, 7537:2

**preventers** [4] - 7481:18, 7524:4, 7536:22, 7537:4

**prevention** [1] - 7432:4

**previous** [4] - 7464:13, 7486:11, 7502:15, 7502:16

**primarily** [4] - 7431:3, 7439:24, 7448:19, 7456:9

**primary** [2] - 7528:17, 7535:17

**problem** [2] - 7521:13, 7527:9

**problems** [7] - 7434:12, 7438:13, 7440:6, 7443:5, 7443:14, 7526:23, 7538:17

**procedure** [16] - 7440:2, 7443:4, 7444:13, 7473:20, 7473:21, 7474:9, 7486:6, 7488:5, 7489:25, 7490:3, 7490:4, 7524:15,

7524:20, 7525:24, 7526:3, 7526:12

**Procedures** [1] - 7437:17

**procedures** [15] - 7432:24, 7434:21, 7434:23, 7438:2, 7438:20, 7439:3, 7439:7, 7439:12, 7439:24, 7443:18, 7445:18, 7468:7, 7496:18, 7505:13, 7526:18

**proceed** [4] - 7427:24, 7475:25, 7507:16, 7509:18

**proceeding** [1] - 7510:2

**proceedings** [1] - 7541:16

**PROCEEDINGS** [3] - 7412:21, 7418:17, 7420:1

**PRODUCED** [1] - 7418:18

**production** [4] - 7430:3, 7442:12, 7519:2, 7538:8

**PRODUCTION** [3] - 7412:15, 7416:14, 7416:14

**Professor** [2] - 7432:7, 7505:5

**professor** [3] - 7430:17, 7430:25, 7431:13

**professors** [1] - 7538:21

**professorship** [1] - 7430:14

**program** [6] - 7429:15, 7434:16, 7435:9, 7435:11, 7466:20, 7540:5

**programs** [1] - 7436:22

**progressed** [1] - 7429:13

**project** [1] - 7439:6

**projects** [2] - 7430:8, 7434:14

**propagation** [3] - 7486:1, 7497:6, 7497:25

**proper** [5] - 7443:15, 7477:17, 7485:2, 7526:2, 7536:3

**properly** [8] - 7441:21, 7443:14, 7486:14, 7489:4, 7493:5,

7502:9, 7519:22, 7521:14

**proposal** [1] - 7434:4

**proposed** [3] - 7471:25, 7533:11, 7533:15

**protect** [3] - 7445:4, 7453:17, 7462:7

**protected** [1] - 7453:15

**protecting** [2] - 7459:25, 7461:13

**protocol** [7] - 7474:8, 7474:10, 7482:1, 7484:2, 7484:13, 7490:3, 7496:19

**proud** [1] - 7528:1

**proven** [1] - 7479:17

**provide** [2] - 7445:15, 7455:8

**provides** [1] - 7528:22

**PSC** [1] - 7420:13

**psi** [8] - 7501:12, 7501:15, 7501:18, 7532:23, 7533:11, 7535:14, 7539:17

**public** [1] - 7435:13

**publication** [2] - 7438:5, 7505:20

**publications** [3] - 7436:12, 7437:9, 7505:22

**published** [3] - 7498:4, 7505:5, 7540:17

**pull** [12] - 7427:17, 7427:22, 7431:6, 7431:8, 7442:2, 7442:8, 7452:15, 7484:24, 7490:17, 7499:8, 7521:10, 7529:13

**pulled** [1] - 7510:20

**pulling** [1] - 7455:5

**pulses** [1] - 7452:12

**pump** [26] - 7432:11, 7451:6, 7456:16, 7456:22, 7460:17, 7467:17, 7482:3, 7482:10, 7482:15, 7482:16, 7483:5, 7483:6, 7484:5, 7484:12, 7498:10, 7520:20, 7530:5, 7532:2, 7532:11, 7532:12, 7532:15, 7534:24, 7535:5, 7536:17

**pumped** [10] - 7451:24, 7456:23,

7482:6, 7486:12, 7487:7, 7502:4, 7515:18, 7515:25, 7517:9, 7517:20

**pumping** [20] - 7451:16, 7452:21, 7455:5, 7460:16, 7481:18, 7482:3, 7482:8, 7482:18, 7483:8, 7484:1, 7484:13, 7484:15, 7486:2, 7486:17, 7498:13, 7498:15, 7498:17, 7498:24, 7516:19, 7516:20

**pumps** [10] - 7432:11, 7484:3, 7498:18, 7510:6, 7510:7, 7534:23, 7535:9, 7536:18, 7537:17, 7537:19

**purpose** [3] - 7475:24, 7503:22, 7522:24

**purposefully** [1] - 7484:11

**put** [27] - 7422:1, 7424:12, 7424:15, 7431:24, 7432:10, 7432:17, 7434:25, 7440:17, 7451:6, 7451:16, 7453:6, 7453:18, 7454:10, 7465:21, 7470:17, 7473:8, 7485:18, 7485:22, 7493:23, 7496:25, 7508:18, 7509:15, 7522:8, 7524:18, 7527:6, 7527:10

**PWD** [11] - 7452:4, 7456:6, 7456:9, 7466:23, 7474:21, 7475:5, 7484:22, 7484:23, 7490:2, 7493:11, 7501:17

**Q**

**qualifications** [1] - 7438:12

**quarters** [1] - 7459:17

**questions** [1] - 7520:2

**quick** [1] - 7494:17

**quickly** [10] - 7450:15, 7453:1, 7462:18, 7485:10, 7489:8, 7490:9, 7492:15, 7493:22, 7523:18, 7528:15

**quit** [4] - 7484:6,

7484:12, 7516:15, 7518:4

**quite** [14] - 7452:7, 7455:11, 7456:17, 7456:21, 7465:10, 7466:6, 7466:13, 7471:3, 7474:4, 7502:8, 7512:25, 7516:25, 7538:24, 7538:25

**R**

**RACHEL** [2] - 7415:6, 7417:10

**radioactivity** [1] - 7491:21

**raise** [2] - 7427:5, 7518:11

**raising** [1] - 7477:13

**range** [9] - 7441:17, 7454:21, 7474:1, 7474:11, 7480:18, 7490:5, 7510:10, 7525:6, 7530:21

**ranked** [1] - 7540:11

**rate** [10] - 7450:6, 7456:24, 7461:23, 7469:1, 7482:3, 7487:14, 7492:22, 7517:6, 7532:12

**rather** [1] - 7446:3

**ratio** [1] - 7539:7

**Ravi** [2] - 7425:24, 7426:4

**raw** [1] - 7496:13

**ray** [9] - 7491:17, 7491:24, 7492:2, 7492:3, 7492:7, 7492:11, 7512:15, 7512:16, 7518:2

**rays** [1] - 7492:1

**RE** [2] - 7412:5, 7412:12

**reach** [2] - 7424:14, 7461:18

**reaction** [1] - 7462:19

**read** [4] - 7451:19, 7468:18, 7477:14, 7538:22

**reading** [2] - 7424:11, 7492:4

**readings** [1] - 7492:7

**ready** [1] - 7489:19

**real** [1] - 7456:9

**reality** [1] - 7493:20

**really** [16] - 7433:5, 7443:3, 7455:6, 7457:24, 7520:18,

7524:25, 7527:25, 7528:3, 7529:13, 7531:16, 7534:25, 7535:6, 7536:19, 7537:4, 7538:24, 7538:25
**REALTIME** [1] - 7418:13
**realtime** [1] - 7430:9
**Realtime** [2] - 7541:13, 7541:19
**ream** [1] - 7516:24
**reamed** [1] - 7516:11
**reaming** [2] - 7516:22, 7517:4
**reason** [8] - 7456:23, 7458:19, 7478:13, 7478:15, 7497:16, 7498:14, 7516:4, 7536:19
**reasonably** [1] - 7507:13
**reasons** [1] - 7478:16
**rebuttal** [5] - 7425:24, 7440:18, 7514:9, 7538:10, 7540:14
**recalculate** [1] - 7539:4
**recap** [1] - 7507:12
**received** [3] - 7420:18, 7422:10, 7428:13
**recent** [1] - 7505:22
**recess** [4] - 7494:9, 7494:11, 7540:25, 7541:10
**RECESs...................**
**.................** [1] - 7419:9
**recoated** [1] - 7517:14
**recognition** [1] - 7528:14
**recognize** [1] - 7442:11
**recognized** [3] - 7428:17, 7428:21, 7536:18
**recommendations** [1] - 7504:9
**recommended** [1] - 7509:14
**record** [9] - 7420:19, 7427:14, 7428:4, 7473:19, 7482:19, 7484:15, 7490:23, 7527:4, 7541:16
**recorded** [2] - 7484:19, 7493:14
**RECORDED** [1] - 7418:17
**recorder** [1] - 7492:3

**recording** [3] - 7484:22, 7484:24, 7491:8
**records** [13] - 7439:23, 7443:23, 7452:14, 7473:17, 7474:17, 7474:22, 7474:23, 7475:6, 7475:7, 7509:1, 7526:18, 7536:9
**recover** [1] - 7467:21
**recovered** [1] - 7501:23
**recovering** [1] - 7461:24
**red** [7] - 7481:3, 7485:18, 7488:13, 7495:9, 7506:5, 7506:13, 7532:1
**redrilled** [1] - 7462:2
**reduce** [3] - 7450:5, 7465:1, 7523:4
**reduced** [1] - 7530:4
**reestablish** [1] - 7467:3
**refer** [4] - 7446:12, 7463:14, 7509:23, 7516:12
**reference** [7] - 7431:25, 7441:11, 7472:12, 7490:18, 7514:16, 7514:20, 7521:11
**referenced** [1] - 7475:4
**referring** [4] - 7442:17, 7444:23, 7468:15, 7540:1
**refers** [2] - 7471:16, 7480:7
**reflect** [2] - 7496:15, 7536:10
**reflects** [2] - 7520:10, 7533:8
**REGAN** [1] - 7416:24
**regard** [6] - 7421:19, 7440:21, 7441:14, 7471:14, 7508:20, 7520:4
**regarding** [2] - 7441:7, 7521:9
**regional** [1] - 7504:6
**regions** [1] - 7434:10
**Registered** [1] - 7541:14
**REGISTERED** [1] - 7418:14
**registered** [1] - 7541:19
**Regression** [1] -

7437:16
**regulation** [4] - 7446:2, 7463:11, 7479:25, 7519:6
**regulations** [8] - 7444:17, 7444:22, 7445:12, 7445:15, 7457:1, 7471:20, 7471:21, 7480:1
**regulatory** [2] - 7463:6, 7520:24
**relate** [2] - 7437:13, 7461:6
**related** [4] - 7434:19, 7439:8, 7443:22, 7444:8
**RELATES** [1] - 7412:11
**relates** [5] - 7446:1, 7477:23, 7485:9, 7504:1, 7506:1
**relation** [1] - 7448:13
**relationship** [3] - 7463:22, 7477:21, 7495:22
**relative** [1] - 7498:8
**release** [1] - 7487:5
**relevant** [2] - 7436:12, 7439:2
**relied** [1] - 7476:10
**relief** [3] - 7503:11, 7506:25, 7507:6
**relies** [1] - 7530:16
**rely** [2] - 7487:23, 7530:15
**remaining** [3] - 7420:20, 7421:13, 7422:11
**remember** [3] - 7429:21, 7435:22, 7441:24
**remind** [1] - 7424:17
**removed** [2] - 7421:4, 7529:21
**removing** [2] - 7522:21, 7532:13
**RENAISSANCE** [1] - 7418:6
**report** [22] - 7439:9, 7440:18, 7442:10, 7445:19, 7452:25, 7474:16, 7474:18, 7488:10, 7488:12, 7490:14, 7490:19, 7490:23, 7491:2, 7501:22, 7514:12, 7514:14, 7525:10, 7528:7, 7528:11, 7531:13, 7540:14
**reported** [5] - 7487:19,

7502:13, 7503:11, 7511:1, 7511:17
**Reporter** [7] - 7541:13, 7541:14, 7541:14, 7541:19, 7541:19, 7541:20
**REPORTER** [3] - 7418:13, 7418:13, 7418:14
**REPORTER'S** [1] - 7541:12
**reporting** [5] - 7443:18, 7484:20, 7502:17, 7536:7
**reports** [9] - 7424:11, 7440:21, 7462:15, 7473:18, 7473:19, 7491:5, 7514:7, 7514:9
**represent** [1] - 7454:21
**representative** [2] - 7526:1, 7526:15
**representatives** [1] - 7476:12
**representing** [1] - 7455:15
**represents** [1] - 7480:17
**repressurize** [1] - 7483:22
**request** [1] - 7426:6
**required** [1] - 7447:17
**requirements** [3] - 7444:16, 7480:3, 7480:6
**research** [11] - 7431:4, 7434:8, 7434:13, 7434:16, 7434:24, 7435:7, 7503:25, 7504:1, 7504:8, 7504:9, 7538:19
**researcher** [1] - 7431:19
**reserve** [1] - 7422:3
**reserves** [2] - 7425:23, 7426:16
**resistance** [1] - 7465:9
**resistive** [1] - 7512:21
**resistivity** [1] - 7512:19
**resolution** [3] - 7451:21, 7493:13, 7501:14
**RESOURCES** [1] - 7415:3
**respect** [6] - 7433:9, 7443:18, 7446:10, 7480:4, 7480:9,

7519:7
**respected** [1] - 7530:12
**respond** [4] - 7494:4, 7497:2, 7499:11, 7515:22
**responding** [2] - 7509:13, 7519:22
**response** [8] - 7481:24, 7491:24, 7492:2, 7492:11, 7506:20, 7515:15, 7537:11, 7537:13
**response)** [1] - 7540:3
**responsibility** [5] - 7528:17, 7528:20, 7528:25, 7529:1, 7535:17
**rest** [2] - 7425:10, 7425:21
**restate** [1] - 7425:16
**rests** [2] - 7426:24, 7528:18
**result** [1] - 7458:7
**results** [12] - 7476:7, 7476:18, 7478:11, 7478:16, 7481:23, 7485:14, 7486:15, 7486:20, 7504:2, 7504:8, 7506:3, 7507:11
**resume** [2] - 7420:10, 7494:14
**retired** [2] - 7430:18, 7438:16
**retirement** [2] - 7430:23, 7431:17
**returns** [9] - 7457:11, 7464:3, 7464:17, 7467:3, 7467:14, 7515:4, 7515:6, 7515:25, 7517:12
**review** [12] - 7439:23, 7442:10, 7454:13, 7472:24, 7473:6, 7474:18, 7475:15, 7475:17, 7493:3, 7531:11, 7536:9, 7538:9
**reviewed** [7] - 7447:6, 7452:1, 7452:24, 7471:5, 7471:8, 7473:9, 7477:12
**revised** [1] - 7424:9
**RICHARD** [1] - 7417:18
**rig** [27] - 7429:21, 7484:19, 7493:13, 7508:22, 7509:10, 7513:10, 7519:15,

7521:19, 7522:17,
7523:12, 7525:12,
7525:16, 7525:18,
7525:22, 7525:25,
7526:2, 7526:7,
7526:16, 7526:17,
7527:8, 7527:22,
7527:25, 7528:2,
7537:17, 7537:19
**RIG** [1] - 7412:5
**rigs** [2] - 7435:20,
7456:9
**rise** [4] - 7420:7,
7494:10, 7494:12,
7541:8
**riser** [5] - 7454:10,
7502:5, 7522:16,
7531:1, 7532:13
**risk** [5] - 7509:16,
7513:9, 7519:16,
7526:11, 7527:7
**risks** [1] - 7537:5
**RMR** [2] - 7418:13,
7541:18
**ROBERT** [2] -
7413:11, 7416:20
**ROBERTS** [1] -
7417:10
**Robinson** [1] -
7424:20
**Rocha** [1] - 7504:14
**rock** [10] - 7448:16,
7449:11, 7450:3,
7459:7, 7478:20,
7478:21, 7479:1,
7487:3, 7503:14,
7503:15
**rocks** [1] - 7449:6
**Ron** [1] - 7425:25
**ROOM** [2] - 7414:23,
7418:14
**rotary** [1] - 7520:21
**Rouge** [3] - 7428:6,
7430:13, 7438:18
**ROUGE** [2] - 7414:11,
7416:7
**rough** [1] - 7530:7
**round** [1] - 7520:16
**rounded** [1] - 7520:5
**rounding** [2] -
7520:17, 7520:24
**roustabout** [2] -
7429:3, 7429:10
**routine** [3] - 7444:12,
7525:23, 7526:9
**ROY** [3] - 7413:3,
7413:3, 7541:3
**rule** [2] - 7469:24,
7479:20
**run** [15] - 7440:7,

7442:13, 7444:10,
7447:15, 7453:15,
7453:16, 7474:4,
7474:25, 7481:11,
7483:20, 7508:11,
7524:1, 7525:23,
7530:18, 7539:8
**running** [3] - 7453:24,
7482:11, 7526:3
**RUSNAK** [1] - 7414:13

# S

**s/Cathy** [1] - 7541:18
**safe** [30] - 7437:14,
7438:10, 7439:13,
7441:8, 7444:14,
7444:21, 7444:23,
7445:2, 7445:6,
7445:7, 7445:11,
7446:1, 7452:2,
7455:17, 7455:18,
7456:25, 7457:3,
7458:19, 7463:5,
7463:8, 7468:6,
7471:15, 7471:17,
7480:1, 7480:4,
7480:9, 7519:2,
7519:3, 7519:7,
7520:14
**safely** [9] - 7441:16,
7441:21, 7443:1,
7443:11, 7443:12,
7447:18, 7448:12,
7508:24, 7538:2
**safer** [1] - 7439:13
**safety** [3] - 7443:18,
7443:22, 7527:23
**Safety** [1] - 7437:23
**safety-related** [1] -
7443:22
**saltwater** [1] - 7512:21
**sample** [3] - 7451:15,
7451:16, 7464:10
**SAN** [1] - 7414:24
**sand** [28] - 7449:13,
7459:5, 7459:8,
7459:18, 7460:11,
7460:13, 7461:19,
7461:20, 7464:6,
7464:14, 7464:25,
7465:9, 7467:15,
7468:3, 7468:5,
7468:6, 7511:4,
7516:7, 7516:8,
7516:24, 7518:3,
7518:5, 7518:7,
7518:9, 7519:20,
7539:17, 7539:19
**sands** [9] - 7449:15,

7450:13, 7459:15,
7460:1, 7460:12,
7461:4, 7467:4,
7467:5, 7512:2
**sandstones** [2] -
7448:17, 7448:19
**saw** [10] - 7464:13,
7493:25, 7499:16,
7503:11, 7508:3,
7517:4, 7518:10,
7519:24, 7521:19,
7527:25
**scale** [3] - 7533:11,
7533:15, 7540:17
**scales** [1] - 7533:9
**scenario** [1] - 7460:7
**schematic** [3] -
7480:23, 7512:9,
7529:18
**school** [1] - 7526:21
**schools** [2] - 7435:20,
7521:25
**scope** [1] - 7514:1
**SCOTT** [1] - 7415:5
**screen** [8] - 7431:24,
7436:19, 7440:17,
7448:4, 7448:24,
7489:10, 7495:17,
7496:25
**seal** [1] - 7451:7
**seat** [1] - 7447:17
**seated** [2] - 7427:13,
7494:13
**seawater** [9] -
7522:18, 7522:19,
7524:2, 7524:5,
7524:7, 7535:2,
7535:3, 7535:12,
7537:3
**second** [7] - 7433:15,
7479:17, 7488:11,
7524:23, 7525:18,
7528:14, 7535:19
**secondarily** [1] -
7528:22
**secondary** [2] -
7528:20, 7535:17
**SECTION** [2] - 7415:4,
7415:16
**section** [10] - 7476:1,
7478:18, 7478:23,
7488:20, 7500:17,
7503:17, 7509:18,
7512:10, 7520:1,
7536:25
**secured** [1] - 7435:5
**sediments** [6] -
7445:4, 7446:23,
7454:8, 7459:11,
7460:10, 7506:18

**see** [115] - 7428:10,
7429:18, 7431:25,
7435:15, 7436:15,
7437:15, 7440:17,
7442:15, 7442:16,
7447:11, 7447:19,
7448:21, 7452:21,
7458:21, 7459:9,
7462:13, 7468:10,
7468:14, 7468:21,
7468:24, 7470:13,
7472:14, 7472:20,
7475:9, 7476:3,
7476:16, 7476:21,
7476:22, 7476:25,
7477:9, 7477:10,
7477:11, 7477:20,
7477:23, 7477:24,
7478:4, 7478:17,
7478:19, 7479:7,
7480:25, 7481:3,
7481:4, 7481:16,
7482:12, 7483:23,
7485:19, 7486:6,
7486:15, 7490:23,
7491:20, 7491:23,
7492:6, 7492:25,
7493:1, 7495:2,
7495:11, 7495:23,
7499:3, 7500:8,
7501:2, 7501:3,
7501:21, 7502:11,
7503:9, 7503:10,
7505:7, 7505:10,
7506:9, 7506:10,
7506:25, 7507:1,
7509:8, 7509:22,
7511:3, 7511:9,
7511:19, 7512:7,
7512:14, 7512:17,
7513:10, 7514:21,
7514:24, 7515:16,
7515:18, 7517:9,
7518:1, 7523:25,
7524:9, 7524:18,
7524:25, 7525:18,
7526:4, 7526:17,
7527:1, 7527:21,
7531:25, 7532:9,
7532:18, 7533:1,
7533:2, 7533:5,
7533:12, 7533:13,
7533:15, 7533:22,
7534:8, 7534:23,
7534:24, 7535:5,
7537:6, 7539:24,
7540:21
**seeing** [10] - 7433:3,
7486:18, 7501:2,
7501:3, 7505:14,
7519:23, 7523:13,

7532:15, 7535:14
**seem** [1] - 7536:12
**seepage** [10] -
7469:12, 7469:13,
7469:17, 7470:8,
7510:10, 7511:21,
7515:22, 7517:3,
7517:7, 7517:8
**seepage-type** [1] -
7515:22
**segment** [1] - 7433:17
**seismic** [1] - 7457:25
**selected** [3] - 7436:25,
7439:3, 7533:9
**sell** [1] - 7466:11
**senior** [2] - 7432:6,
7433:3
**sensor** [6] - 7450:22,
7451:25, 7452:4,
7452:21, 7534:18,
7534:20
**sent** [4] - 7435:23,
7475:13, 7524:13,
7525:25
**sentence** [7] - 7442:8,
7442:9, 7479:4,
7537:8, 7537:16,
7537:18, 7539:13
**sequence** [2] -
7468:8, 7470:6
**series** [2] - 7461:15,
7531:20
**serious** [5] - 7523:7,
7531:10, 7531:14,
7534:7, 7538:17
**serve** [5] - 7430:17,
7430:21, 7430:24,
7431:4, 7439:5
**served** [2] - 7431:19,
7531:11
**SERVICES** [1] -
7418:3
**services** [1] - 7430:3
**SESSION** [1] -
7412:20
**sessions** [1] - 7471:22
**set** [16] - 7432:7,
7433:11, 7445:6,
7458:24, 7467:6,
7467:16, 7467:18,
7467:19, 7482:22,
7500:11, 7516:8,
7518:14, 7518:17,
7519:20, 7522:17,
7526:7
**SET/FORM** [1] -
7515:19
**setting** [3] - 7424:5,
7433:18, 7471:6
**several** [5] - 7438:1,

7438:3, 7470:22,
7516:25, 7518:22
**severe** [2] - 7461:16,
7465:23
**shack** [1] - 7536:10
**shale** [20] - 7449:9,
7449:13, 7449:16,
7459:7, 7460:12,
7466:9, 7467:7,
7467:8, 7479:5,
7479:9, 7487:21,
7491:20, 7491:22,
7492:4, 7492:6,
7492:25, 7512:16,
7516:8, 7518:3
**shales** [4] - 7449:6,
7459:5, 7459:16,
7459:19
**shaley** [2] - 7511:4,
7512:17
**shape** [2] - 7464:23,
7486:24
**shaped** [1] - 7469:4
**share** [3] - 7436:18,
7473:10, 7510:1
**shared** [2] - 7446:14,
7508:7
**SHARON** [1] - 7415:12
**Shaw** [1] - 7424:20
**SHAW** [1] - 7413:21
**sheen** [1] - 7534:23
**sheet** [1] - 7495:4
**sheets** [2] - 7446:11,
7496:12
**SHELL** [1] - 7416:16
**shoe** [94] - 7444:25,
7445:3, 7445:5,
7445:13, 7445:14,
7445:16, 7445:17,
7446:2, 7446:12,
7446:17, 7447:8,
7450:24, 7451:3,
7453:2, 7453:4,
7453:8, 7453:10,
7453:16, 7453:17,
7453:22, 7455:1,
7455:9, 7458:17,
7458:20, 7458:24,
7459:2, 7459:20,
7459:22, 7460:6,
7460:9, 7460:22,
7461:6, 7461:13,
7461:17, 7462:6,
7462:7, 7462:10,
7462:13, 7462:15,
7463:12, 7463:18,
7463:23, 7464:5,
7464:6, 7464:20,
7464:24, 7465:14,
7467:7, 7472:14,

7472:19, 7472:25,
7473:1, 7474:2,
7475:24, 7475:25,
7478:18, 7479:11,
7480:9, 7480:19,
7480:24, 7481:8,
7481:9, 7483:15,
7483:16, 7485:4,
7486:23, 7487:16,
7488:1, 7488:8,
7488:9, 7489:12,
7491:18, 7492:16,
7493:6, 7493:15,
7499:17, 7502:1,
7503:9, 7503:13,
7503:18, 7503:21,
7503:22, 7503:23,
7506:10, 7506:11,
7507:16, 7512:10,
7512:11, 7512:12,
7519:4, 7520:6,
7523:21
**shoes** [2] - 7476:19,
7491:8
**shore** [1] - 7470:14
**short** [8] - 7423:12,
7425:5, 7431:25,
7441:13, 7453:10,
7486:2, 7503:17,
7520:1
**shorter** [1] - 7500:9
**shortly** [2] - 7432:5,
7534:16
**show** [17] - 7430:24,
7440:16, 7447:1,
7451:4, 7456:11,
7461:16, 7462:18,
7475:7, 7475:25,
7477:19, 7486:24,
7502:14, 7505:20,
7505:24, 7508:21,
7509:6, 7524:21
**showed** [4] - 7493:15,
7495:19, 7497:20,
7502:15
**showing** [15] -
7450:17, 7450:21,
7454:24, 7456:12,
7459:21, 7463:24,
7468:23, 7483:10,
7484:2, 7486:22,
7495:17, 7496:12,
7507:9, 7530:21,
7530:23
**shown** [12] - 7448:16,
7450:18, 7458:12,
7459:4, 7469:20,
7488:10, 7489:10,
7499:5, 7505:9,
7512:9, 7529:20,

7539:19
**shows** [20] - 7436:14,
7454:23, 7461:18,
7463:21, 7484:1,
7485:17, 7488:15,
7488:25, 7489:1,
7492:7, 7492:9,
7492:10, 7492:14,
7501:18, 7502:9,
7504:17, 7505:17,
7507:10, 7531:24,
7532:25
**Shushan** [1] - 7426:8
**Shut** [1] - 7437:20
**shut** [16] - 7432:24,
7450:11, 7482:19,
7484:15, 7497:6,
7497:8, 7498:7,
7498:9, 7499:3,
7501:10, 7531:5,
7536:15, 7537:17,
7537:19, 7537:21,
7538:2
**shut-in** [9] - 7482:19,
7484:15, 7497:6,
7497:8, 7498:7,
7498:9, 7499:3,
7501:10, 7531:5
**Shut-in** [1] - 7437:20
**SHUTLER** [1] -
7415:12
**shutting** [1] - 7433:19
**side** [10] - 7455:18,
7455:19, 7463:9,
7463:10, 7463:18,
7463:19, 7470:4,
7483:5, 7504:21
**sideways** [1] - 7498:1
**signature** [2] -
7530:23, 7536:6
**significance** [9] -
7475:23, 7508:23,
7508:25, 7510:14,
7517:13, 7523:13,
7530:10, 7530:22,
7536:19
**significant** [5] -
7502:19, 7503:10,
7520:19, 7525:14,
7538:13
**similar** [8] - 7432:13,
7471:5, 7471:7,
7472:18, 7495:11,
7497:3, 7498:13,
7505:19
**similarly** [2] - 7457:10,
7496:15
**simple** [5] - 7526:22,
7535:8, 7535:10,
7538:24, 7538:25

**simplified** [1] - 7529:8
**simulating** [1] -
7530:17
**simulator** [1] -
7530:11
**SINCLAIR** [1] -
7415:23
**single** [2] - 7423:5,
7501:12
**site** [4] - 7433:4,
7436:2, 7523:10,
7528:24
**situation** [19] -
7456:19, 7459:1,
7460:14, 7460:17,
7460:23, 7461:25,
7463:25, 7464:19,
7464:25, 7467:20,
7467:24, 7507:11,
7515:3, 7522:14,
7523:15, 7531:2,
7536:22, 7537:16,
7537:19
**situations** [1] -
7530:17
**six** [1] - 7517:6
**size** [1] - 7531:16
**skinny** [1] - 7434:22
**slide** [8] - 7448:7,
7448:12, 7450:16,
7451:1, 7454:21,
7460:4, 7485:11,
7504:16
**SLIDELL** [1] - 7414:8
**slope** [12] - 7482:5,
7486:15, 7487:2,
7495:14, 7497:4,
7497:14, 7497:15,
7499:13, 7499:15,
7499:18, 7500:20
**slopes** [2] - 7495:11,
7497:17
**small** [7] - 7478:18,
7484:9, 7484:11,
7493:15, 7495:19,
7497:4, 7497:24
**smaller** [4] - 7483:18,
7483:19, 7492:3,
7500:15
**so-called** [1] - 7457:3
**Society** [1] - 7436:21
**solemnly** [1] - 7427:6
**solids** [1] - 7450:4
**solubility** [1] - 7435:2
**soluble** [1] - 7450:8
**someone** [2] -
7421:24, 7521:22
**sometime** [2] -
7505:5, 7512:4
**sometimes** [11] -

7451:20, 7457:19,
7465:21, 7466:11,
7470:20, 7478:22,
7501:13, 7502:1,
7503:18, 7512:5,
7523:3
**somewhat** [1] -
7495:11
**soon** [3] - 7456:16,
7518:3, 7541:5
**soonest** [1] - 7530:7
**sorry** [6] - 7475:3,
7513:21, 7513:23,
7527:4, 7539:21
**sort** [8] - 7434:15,
7450:25, 7459:6,
7485:21, 7486:9,
7504:9, 7515:17,
7535:23
**sound** [1] - 7506:18
**SOUTH** [1] - 7417:15
**spacer** [4] - 7529:20,
7535:4, 7535:11,
7535:12
**spaces** [2] - 7448:16,
7448:17
**SPE** [2] - 7437:1,
7437:3
**special** [3] - 7434:23,
7435:20, 7435:24
**specialize** [1] -
7435:18
**specific** [2] - 7434:19,
7457:15
**specifically** [2] -
7428:9, 7433:23
**specified** [1] -
7453:12
**speed** [1] - 7520:21
**spell** [1] - 7427:13
**spelled** [1] - 7473:21
**spent** [3] - 7438:13,
7439:11, 7475:12
**Sperry** [2] - 7528:8,
7534:17
**Sperry-Sun** [1] -
7528:8
**SPILL** [1] - 7412:5
**spinning** [1] - 7516:21
**SPIRO** [3] - 7415:17,
7513:25, 7514:5
**spot** [3] - 7496:3,
7496:8, 7510:20
**spread** [1] - 7502:8
**spreadsheet** [3] -
7469:20, 7484:17,
7485:15
**spreadsheets** [3] -
7462:14, 7474:14,
7475:8

SQUARE [1] - 7416:16
square [1] - 7461:21
SQUEEZE [1] -
7515:19
stable [1] - 7464:12
stack [2] - 7434:22,
7500:6
standard [19] -
7443:13, 7458:13,
7464:17, 7465:5,
7467:9, 7467:25,
7468:1, 7470:2,
7483:1, 7485:21,
7494:23, 7509:17,
7509:19, 7511:16,
7513:7, 7525:1,
7525:5, 7531:7,
7537:20
standards [2] -
7443:8, 7517:25
standpoint [1] -
7440:2
start [9] - 7428:8,
7432:19, 7447:24,
7448:6, 7464:15,
7480:13, 7487:14,
7522:14, 7541:1
started [12] - 7429:2,
7433:12, 7435:13,
7460:21, 7460:25,
7478:24, 7498:1,
7515:21, 7515:25,
7517:6, 7530:2,
7530:19
starting [4] - 7428:9,
7433:8, 7512:11,
7522:11
starts [1] - 7484:14
State [1] - 7541:14
STATE [3] - 7415:21,
7416:3, 7416:5
state [2] - 7427:13,
7428:3
statement [3] -
7463:4, 7525:22,
7527:1
statements [1] -
7525:11
STATES [4] - 7412:1,
7412:15, 7412:23,
7414:21
States [6] - 7524:22,
7527:12, 7533:5,
7533:25, 7541:15,
7541:20
static [13] - 7445:8,
7452:20, 7456:2,
7456:6, 7456:15,
7456:25, 7457:4,
7458:4, 7510:25,

7511:14, 7516:1,
7516:2, 7517:22
STATION [1] -
7415:18
stay [1] - 7455:16
stays [1] - 7456:11
steady [2] - 7534:24,
7535:6
steel [2] - 7489:17,
7492:1
steep [2] - 7497:7,
7499:2
STENOGRAPHY [1] -
7418:17
step [1] - 7472:24
STEPHEN [1] - 7413:7
steps [2] - 7537:9,
7537:22
STERBCOW [2] -
7413:14, 7413:14
STERNBERG [1] -
7418:9
Steve [1] - 7424:20
STEVEN [2] - 7415:4,
7417:10
Stevick [6] - 7420:15,
7420:16, 7421:3,
7421:12, 7422:9,
7422:20
stick [1] - 7456:7
stiffening [1] - 7466:3
still [19] - 7425:2,
7430:20, 7430:21,
7436:20, 7437:4,
7437:6, 7437:7,
7456:25, 7464:23,
7468:21, 7486:22,
7489:17, 7501:23,
7502:17, 7511:13,
7534:12, 7534:19,
7534:21
stop [12] - 7433:15,
7464:3, 7466:5,
7473:24, 7484:13,
7484:15, 7490:16,
7499:21, 7503:2,
7518:17, 7535:5,
7536:22
stopped [3] - 7488:18,
7507:2, 7517:5
stopping [1] - 7466:1
stops [1] - 7534:11
straight [6] - 7485:17,
7485:18, 7485:22,
7495:9, 7495:15,
7524:25
STRANGE [1] -
7415:22
STREET [16] - 7413:4,
7413:11, 7413:15,

7413:19, 7413:22,
7414:7, 7414:11,
7414:18, 7416:6,
7416:11, 7416:16,
7417:7, 7417:11,
7417:19, 7418:6,
7418:14
strength [16] -
7458:23, 7459:2,
7464:24, 7466:6,
7476:19, 7478:14,
7478:19, 7478:25,
7479:1, 7479:3,
7479:6, 7479:9,
7503:15, 7503:22,
7507:4, 7507:16
strengthen [1] -
7466:13
strengthening [11] -
7465:4, 7465:8,
7465:11, 7465:15,
7465:18, 7466:14,
7466:18, 7467:10,
7515:8, 7517:16,
7519:6
stress [6] - 7466:2,
7476:4, 7502:24,
7503:15, 7506:14,
7506:21
stresses [2] - 7478:12,
7478:13
string [4] - 7447:15,
7447:18, 7454:6,
7467:22
strings [2] - 7458:12,
7462:1
strong [6] - 7453:17,
7475:25, 7486:23,
7488:1, 7503:21,
7534:13
stronger [3] - 7459:15,
7467:7, 7479:1
stuck [1] - 7536:23
students [4] - 7431:3,
7435:10, 7504:4,
7538:21
studied [1] - 7514:14
studies [1] - 7435:2
Study [1] - 7437:17
study [1] - 7439:24
studying [1] - 7438:13
stuff [5] - 7459:13,
7466:11, 7471:10,
7530:5, 7538:21
subject [4] - 7425:9,
7425:15, 7425:21,
7426:24
submit [1] - 7426:5
subspecialty [1] -
7438:7

successful [3] -
7490:1, 7490:7,
7494:1
successfully [5] -
7441:17, 7442:12,
7442:18, 7470:23
suggested [1] -
7443:24
suggesting [1] -
7479:13
suggests [2] - 7478:3,
7487:16
SUITE [10] - 7413:4,
7413:15, 7413:19,
7414:4, 7416:17,
7417:7, 7417:11,
7417:23, 7418:6,
7418:10
SULLIVAN [1] -
7415:11
summary [3] -
7441:12, 7443:10,
7528:10
summer [4] - 7429:2,
7429:7, 7429:15,
7429:20
summers [1] - 7429:6
Sun [1] - 7528:8
supervised [1] -
7438:20
suppliers [2] -
7432:18, 7432:19
support [6] - 7434:2,
7434:3, 7434:7,
7460:24, 7464:8,
7486:13
supposed [2] -
7492:8, 7518:15
supposedly [1] -
7535:3
surface [21] - 7452:10,
7452:15, 7454:17,
7456:8, 7456:12,
7457:1, 7457:4,
7461:21, 7474:23,
7493:14, 7500:6,
7501:14, 7502:4,
7502:10, 7510:24,
7513:1, 7518:20,
7522:15, 7524:7,
7532:14, 7535:3
surprising [2] -
7521:16, 7522:1
suspect [1] - 7424:14
suspiciously [1] -
7497:3
sustain [1] - 7464:11
SUTHERLAND [1] -
7417:9
swab [1] - 7455:18

swear [1] - 7427:6
sworn [1] - 7427:11
synthetic [3] - 7450:8,
7450:10, 7455:22
System [1] - 7437:23
system [4] - 7430:10,
7449:19, 7483:23,
7534:11


T


table [1] - 7489:6
tables [1] - 7526:11
taller [1] - 7500:17
tank [7] - 7445:9,
7451:15, 7456:2,
7532:7, 7534:8,
7534:10, 7534:11
tap [2] - 7448:4,
7448:24
taps [1] - 7466:25
target [1] - 7442:6
taught [2] - 7521:25,
7526:20
teacher [3] - 7430:17,
7431:14, 7431:18
teaching [1] - 7430:23
team [5] - 7475:18,
7476:2, 7489:15,
7509:9, 7528:4
technique [1] -
7485:21
technology [6] -
7439:12, 7439:13,
7452:7, 7465:7,
7487:22
tectonic [1] - 7478:12
Ted [2] - 7427:16,
7428:5
temper [1] - 7469:22
temperature [2] -
7438:18, 7455:23
temporary [4] -
7443:4, 7444:12,
7522:11, 7524:11
ten [1] - 7491:2
tend [4] - 7459:15,
7460:9, 7470:2,
7502:7
tender [1] - 7438:23
tendered [1] - 7426:10
tends [3] - 7457:18,
7459:12, 7487:13
tensile [8] - 7478:14,
7478:19, 7478:25,
7479:1, 7479:2,
7479:6, 7479:9,
7503:15
tension [1] - 7479:2

**tenth** [2] - 7451:19, 7520:16
**tenured** [1] - 7430:14
**term** [1] - 7434:15
**terminate** [1] - 7488:23
**terminology** [2] - 7445:11, 7463:6
**terms** [38] - 7424:11, 7428:12, 7428:17, 7429:9, 7433:18, 7437:9, 7449:12, 7455:13, 7456:6, 7456:18, 7457:3, 7457:17, 7458:17, 7459:15, 7463:5, 7463:22, 7467:23, 7471:6, 7475:23, 7478:6, 7478:8, 7480:5, 7481:24, 7485:3, 7486:3, 7489:8, 7495:22, 7501:7, 7506:13, 7513:6, 7515:2, 7515:14, 7519:4, 7519:12, 7520:19, 7522:10, 7531:6, 7533:25
**Test** [10] - 7437:25, 7447:15, 7477:24, 7483:10, 7484:10, 7485:4, 7485:14, 7485:18, 7490:13, 7499:7
**test** [187] - 7444:17, 7444:24, 7445:3, 7445:13, 7445:14, 7445:16, 7445:17, 7445:22, 7446:2, 7446:12, 7446:17, 7447:7, 7453:4, 7453:8, 7453:16, 7453:21, 7453:22, 7453:24, 7454:3, 7454:9, 7454:14, 7455:1, 7455:9, 7458:17, 7458:20, 7461:7, 7462:10, 7462:13, 7463:12, 7463:18, 7472:19, 7473:1, 7473:21, 7473:23, 7474:4, 7474:5, 7474:20, 7475:25, 7477:9, 7477:10, 7478:7, 7478:8, 7478:16, 7480:6, 7480:10, 7480:12, 7480:15, 7480:19, 7480:20, 7480:22, 7480:24,

7537:12

7481:17, 7481:23, 7481:25, 7482:12, 7482:21, 7482:22, 7482:25, 7483:2, 7483:9, 7485:2, 7485:3, 7485:12, 7485:16, 7486:14, 7486:16, 7486:22, 7486:25, 7487:5, 7487:17, 7487:18, 7488:4, 7488:8, 7488:11, 7488:13, 7488:16, 7488:18, 7488:23, 7489:3, 7489:4, 7489:7, 7489:12, 7489:16, 7489:17, 7490:1, 7490:7, 7490:12, 7493:6, 7493:16, 7494:1, 7494:22, 7494:25, 7495:7, 7495:23, 7495:24, 7496:1, 7496:2, 7496:6, 7496:11, 7496:14, 7496:15, 7496:18, 7496:24, 7497:4, 7497:14, 7497:15, 7497:16, 7498:5, 7498:13, 7498:21, 7498:22, 7498:23, 7499:8, 7499:12, 7499:14, 7499:15, 7499:17, 7499:18, 7499:19, 7500:4, 7500:9, 7500:13, 7500:16, 7500:19, 7500:21, 7501:1, 7501:20, 7502:15, 7502:16, 7502:23, 7503:13, 7503:18, 7503:22, 7503:23, 7504:2, 7504:19, 7504:25, 7505:9, 7506:3, 7506:7, 7506:8, 7507:2, 7507:5, 7514:6, 7519:4, 7521:6, 7521:9, 7521:13, 7521:23, 7522:7, 7522:10, 7522:20, 7522:21, 7522:24, 7523:2, 7523:4, 7523:25, 7524:1, 7524:15, 7524:17, 7524:18, 7524:23, 7525:2, 7525:4, 7525:23, 7526:3, 7526:8, 7526:20, 7527:9, 7527:15, 7527:17, 7527:23, 7534:23,

**tested** [6] - 7454:11, 7454:12, 7479:5, 7479:6, 7479:19, 7488:22
**Tester** [1] - 7539:23
**testified** [4] - 7427:12, 7443:7, 7462:19, 7462:25
**testify** [2] - 7426:4, 7476:18
**testimony** [14] - 7420:11, 7424:12, 7427:6, 7440:5, 7462:21, 7468:20, 7472:4, 7476:12, 7477:5, 7507:22, 7522:6, 7524:21, 7527:3, 7527:4
**testing** [10] - 7474:8, 7474:10, 7478:20, 7479:11, 7481:11, 7481:19, 7481:20, 7482:1, 7483:23, 7492:13
**tests** [36] - 7440:6, 7440:9, 7441:20, 7472:3, 7472:6, 7472:7, 7472:13, 7473:2, 7474:1, 7474:24, 7475:14, 7475:16, 7475:24, 7476:13, 7476:18, 7476:24, 7477:3, 7477:18, 7480:3, 7480:7, 7482:23, 7489:9, 7494:4, 7494:20, 7495:10, 7498:2, 7498:4, 7500:23, 7503:9, 7504:11, 7506:9, 7507:6, 7507:14, 7514:2, 7526:13
**Texas** [3] - 7428:16, 7428:17, 7428:23
**textbook** [2] - 7436:24, 7437:1
**textbooks** [1] - 7436:23
**THE** [57] - 7412:5, 7412:5, 7412:12, 7412:22, 7413:3, 7414:21, 7415:21, 7416:3, 7416:4, 7420:7, 7420:8, 7420:10, 7420:20, 7421:13, 7422:3, 7422:11, 7422:24, 7423:7, 7423:10, 7423:13, 7423:15,

7423:18, 7424:17, 7424:23, 7425:2, 7425:5, 7425:13, 7425:18, 7426:13, 7426:20, 7426:23, 7427:1, 7427:3, 7427:5, 7427:9, 7427:13, 7427:17, 7427:21, 7427:22, 7427:25, 7431:6, 7431:11, 7439:1, 7439:15, 7441:1, 7448:23, 7449:1, 7494:6, 7494:9, 7494:10, 7494:12, 7494:13, 7514:3, 7514:17, 7540:25, 7541:6, 7541:8
**theirs** [1] - 7470:1
**THEODORE** [2] - 7419:6, 7427:10
**Theodore** [1] - 7428:5
**thereafter** [1] - 7534:16
**they've** [5] - 7512:2, 7512:24, 7516:6, 7517:14, 7526:18
**thin** [1] - 7450:5
**thinking** [2] - 7527:17, 7532:15
**THIRD** [1] - 7416:6
**third** [1] - 7529:18
**THIS** [1] - 7412:11
**THOMAS** [1] - 7414:7
**THORNHILL** [2] - 7414:6, 7414:7
**thousand** [1] - 7535:14
**thousands** [1] - 7461:21
**three** [11] - 7426:9, 7451:1, 7459:17, 7469:5, 7485:23, 7501:4, 7501:6, 7504:17, 7505:2, 7505:3, 7535:13
**three-quarters** [1] - 7459:17
**throughout** [2] - 7443:3, 7443:16
**Thursday** [1] - 7424:8
**Thursday's** [1] - 7426:20
**tire** [2] - 7482:9
**TO** [3] - 7412:11, 7420:4, 7421:3
**today** [7] - 7436:20, 7437:6, 7437:7, 7437:10, 7438:9, 7444:18, 7446:15

**together** [8] - 7432:17, 7453:6, 7459:12, 7467:2, 7508:18, 7521:20, 7528:1, 7535:13
**tolerate** [1] - 7464:21
**TOLLES** [1] - 7417:13
**took** [10] - 7429:7, 7430:13, 7477:14, 7485:14, 7486:11, 7494:11, 7508:19, 7510:23, 7528:14, 7531:12
**tool** [2] - 7452:14, 7484:22
**toolpusher** [1] - 7537:22
**toolpushers** [3] - 7433:4, 7436:7, 7523:11
**top** [10] - 7427:19, 7450:17, 7452:12, 7454:8, 7461:2, 7468:19, 7522:19, 7528:2, 7529:21
**top-of-the-line** [2] - 7528:2
**topic** [1] - 7521:4
**topics** [3] - 7433:7, 7434:7, 7448:1
**torque** [1] - 7492:22
**TORTS** [2] - 7414:22, 7415:10
**total** [5] - 7441:24, 7442:1, 7442:3, 7510:8, 7513:18
**totally** [2] - 7443:9, 7446:9
**toward** [1] - 7435:6
**towards** [1] - 7427:22
**TOWER** [2] - 7417:19, 7418:6
**track** [1] - 7430:14
**traditional** [1] - 7456:8
**traffic** [1] - 7475:15
**trained** [5] - 7436:2, 7462:16, 7525:16, 7526:10, 7529:3
**trainee** [1] - 7429:15
**training** [21] - 7432:4, 7432:8, 7432:9, 7432:19, 7432:23, 7434:8, 7434:16, 7435:24, 7435:25, 7436:1, 7446:10, 7468:10, 7469:25, 7471:11, 7471:22, 7523:10, 7525:24, 7526:7, 7529:4, 7531:6

transcript [2] - 7462:20, 7541:15
TRANSCRIPT [2] - 7412:21, 7418:17
transmitted [1] - 7452:10
Transocean [18] - 7421:23, 7422:18, 7468:12, 7470:1, 7490:11, 7491:2, 7510:2, 7515:2, 7521:20, 7523:12, 7526:17, 7527:14, 7528:8, 7533:9, 7533:12, 7533:15, 7534:19, 7535:21
TRANSOCEAN [3] - 7417:3, 7417:3, 7417:5
Transocean's [1] - 7422:24
transpo [1] - 7421:7
treat [1] - 7510:7
treated [3] - 7511:15, 7516:19, 7517:18
treating [3] - 7465:11, 7509:24, 7514:23
treatment [3] - 7465:18, 7515:8, 7515:22
treatments [2] - 7465:12, 7470:22
trees [2] - 7469:24, 7471:7
Trend [1] - 7438:17
trend [7] - 7459:10, 7485:17, 7485:19, 7485:20, 7487:10, 7533:10
TREX-1343.1.2 [1] - 7477:22
TREX-3338 [1] - 7422:21
TREX-41053.2.5 [1] - 7490:22
TREX-4533.26.6 [1] - 7494:18
TREX-547.1.1) [1] - 7524:12
TREX-7510.36.2 [1] - 7494:5
TREX-8173.52.1 [1] - 7525:9
TREX-8173.72.1 [1] - 7430:15
TREX-8173.72.3 [1] - 7430:4
TREX-8174.18.1 [1] - 7539:12
TREX-8174.25.1 [1] -

7540:13
TRIAL [1] - 7412:21
trial [8] - 7426:16, 7445:25, 7462:20, 7524:21, 7524:23, 7527:1, 7527:3, 7527:4
triangle [1] - 7451:5
trip [4] - 7532:7, 7534:8, 7534:10, 7534:11
TRITON [1] - 7412:13
true [7] - 7455:21, 7478:18, 7490:1, 7503:1, 7525:15, 7539:18, 7541:15
trust [1] - 7487:20
truth [3] - 7427:7
try [3] - 7448:5, 7462:7, 7495:21
trying [7] - 7453:6, 7470:16, 7516:6, 7516:7, 7520:13, 7522:10, 7535:22
TT [1] - 7533:5
turn [32] - 7424:24, 7436:11, 7441:4, 7441:7, 7444:14, 7447:23, 7456:16, 7456:22, 7458:16, 7465:13, 7472:2, 7473:7, 7480:11, 7482:14, 7482:16, 7483:6, 7484:5, 7485:7, 7490:9, 7494:3, 7498:10, 7498:18, 7507:17, 7510:6, 7520:20, 7521:4, 7526:25, 7528:6, 7531:19, 7532:18, 7538:4
turned [4] - 7433:8, 7439:9, 7532:7, 7535:2
turns [1] - 7512:1
Tuscaloosa [1] - 7438:17
two [19] - 7426:5, 7435:14, 7440:21, 7450:15, 7472:2, 7472:6, 7476:19, 7479:13, 7484:13, 7485:23, 7485:24, 7495:22, 7497:17, 7514:8, 7514:9, 7514:21, 7524:7, 7531:20, 7532:1
TX [5] - 7414:15, 7417:11, 7417:23, 7418:7, 7418:10

type [23] - 7421:7, 7430:11, 7432:9, 7432:19, 7435:9, 7452:17, 7459:1, 7461:3, 7461:5, 7461:8, 7466:14, 7470:24, 7471:10, 7480:22, 7487:2, 7495:16, 7506:19, 7506:22, 7508:13, 7510:10, 7515:22, 7526:11, 7529:8
types [2] - 7469:24, 7471:7
typical [4] - 7459:6, 7463:24, 7515:17, 7525:24
typically [3] - 7455:9, 7459:16, 7487:1

U

U.S [5] - 7414:21, 7415:3, 7415:9, 7415:15, 7423:4
ultra [1] - 7456:9
uncomfortable [1] - 7431:9
under [5] - 7438:7, 7456:15, 7480:2, 7516:10, 7540:9
underbalance [1] - 7523:21
underbalanced [2] - 7449:24, 7529:25
Underhill [1] - 7423:4
UNDERHILL [3] - 7414:22, 7423:3
underreamer [1] - 7516:15
understood [3] - 7425:15, 7521:14, 7523:15
undertaking [1] - 7426:18
underway [2] - 7533:25, 7534:6
undo [5] - 7448:21, 7448:23, 7448:24, 7448:25
unfortunate [1] - 7521:21
unfortunately [2] - 7523:16, 7534:15
unheard [1] - 7531:16
unit [1] - 7475:6
United [6] - 7524:22, 7527:12, 7533:5, 7533:25, 7541:14,

7541:20
UNITED [4] - 7412:1, 7412:15, 7412:23, 7414:21
units [1] - 7474:17
University [2] - 7428:15, 7428:23
university [1] - 7432:8
unsafe [1] - 7520:10
unsafely [2] - 7443:7, 7520:5
unstable [2] - 7460:23, 7508:8
unusual [5] - 7442:21, 7501:13, 7501:24, 7502:11, 7502:16
Up [1] - 7437:20
up [112] - 7424:5, 7427:17, 7429:21, 7431:24, 7432:7, 7433:11, 7433:19, 7435:15, 7440:14, 7441:11, 7442:2, 7443:20, 7445:6, 7445:17, 7446:21, 7446:22, 7448:16, 7448:24, 7451:24, 7453:14, 7454:8, 7454:9, 7454:11, 7458:1, 7458:6, 7459:10, 7459:25, 7460:1, 7460:9, 7460:23, 7461:1, 7461:3, 7461:10, 7461:25, 7462:2, 7464:20, 7465:5, 7466:1, 7466:4, 7466:7, 7466:8, 7468:4, 7468:5, 7468:12, 7468:19, 7470:21, 7471:25, 7478:21, 7481:13, 7482:4, 7482:6, 7482:9, 7482:10, 7482:22, 7483:5, 7484:1, 7484:6, 7484:12, 7486:17, 7487:13, 7487:23, 7490:17, 7491:17, 7492:7, 7492:10, 7493:2, 7493:23, 7495:9, 7495:13, 7495:17, 7495:19, 7498:9, 7500:6, 7501:24, 7502:2, 7502:3, 7502:9, 7505:8, 7509:8, 7509:11, 7510:20, 7511:18, 7512:10, 7512:25, 7515:7,

7515:17, 7516:13, 7517:16, 7518:19, 7518:25, 7520:21, 7521:10, 7521:22, 7522:8, 7522:22, 7523:3, 7523:16, 7524:5, 7526:7, 7529:13, 7531:24, 7531:25, 7532:18, 7532:19, 7532:25, 7534:22, 7535:4, 7536:24, 7539:21, 7541:5
uphole [1] - 7461:14
uses [1] - 7463:6
utilized [3] - 7458:9, 7465:16, 7480:2

V

VA [1] - 7413:19
valid [19] - 7473:2, 7473:4, 7476:13, 7476:24, 7477:3, 7477:18, 7485:12, 7486:22, 7486:25, 7487:18, 7489:7, 7489:12, 7496:6, 7496:18, 7496:21, 7497:23, 7498:6, 7501:21
value [3] - 7484:14, 7488:24, 7538:13
values [1] - 7447:7
variation [1] - 7507:11
variations [3] - 7505:14, 7526:12
various [8] - 7432:18, 7434:7, 7434:12, 7446:11, 7453:24, 7465:20, 7473:19, 7529:11
vary [1] - 7474:4
velocity [2] - 7502:6, 7506:18
Verbatim] [1] - 7533:6
verification [1] - 7439:6
verify [5] - 7447:16, 7453:12, 7477:16, 7485:2, 7490:2
versus [7] - 7486:6, 7486:10, 7486:12, 7488:25, 7492:2
video [1] - 7426:10
videotape [1] - 7425:6
VIDEOTAPED [1] - 7419:5
videotaped [1] -

7425:3
**Vidrine** [1] - 7527:6
**view** [2] - 7466:25, 7528:17
**Vinson** [1] - 7477:5
**VIRGINIA** [1] - 7413:19
**virtually** [2] - 7500:22, 7519:18
**VOICES** [1] - 7420:9
**VOIR** [2] - 7419:7, 7428:1
**volume** [5] - 7482:7, 7486:10, 7500:15, 7500:16, 7532:8
**VON** [1] - 7418:9

## W

**wait** [1] - 7541:5
**walk** [6] - 7448:10, 7450:25, 7470:5, 7485:10, 7497:1, 7501:6
**WALKER** [1] - 7413:18
**walking** [1] - 7429:21
**wall** [3] - 7465:25, 7470:20, 7517:15
**walls** [2] - 7516:23, 7517:2
**WALTER** [1] - 7413:22
**Walz** [4] - 7423:15, 7425:3, 7425:12, 7426:11
**WALZ** [1] - 7419:5
**Walz's** [3] - 7423:11, 7424:25, 7425:7
**warehouse** [1] - 7471:3
**Washed** [1] - 7516:11
**washers** [1] - 7443:19
**washing** [1] - 7516:20
**WASHINGTON** [4] - 7415:7, 7415:13, 7415:19, 7416:21
**watching** [3] - 7484:20, 7534:21, 7535:25
**water** [2] - 7450:7, 7454:11
**ways** [1] - 7453:24
**weak** [3] - 7454:8, 7461:14, 7465:14
**weaker** [11] - 7445:4, 7446:23, 7453:14, 7453:18, 7459:16, 7459:25, 7460:1, 7460:10, 7460:12,

7464:5
**weakest** [4] - 7446:3, 7463:2, 7463:14, 7471:18
**wedge** [4] - 7465:24, 7466:4, 7470:20, 7470:21
**wedging** [1] - 7466:1
**week** [2] - 7424:14, 7435:16
**weeks** [1] - 7435:16
**weight** [58] - 7441:21, 7445:3, 7445:23, 7446:2, 7446:4, 7448:13, 7449:21, 7449:23, 7450:17, 7452:19, 7454:10, 7454:18, 7455:2, 7455:5, 7455:7, 7455:14, 7455:21, 7456:2, 7456:3, 7456:11, 7456:12, 7457:4, 7457:9, 7457:11, 7457:12, 7458:20, 7459:13, 7460:14, 7460:16, 7460:17, 7460:24, 7461:9, 7461:11, 7462:23, 7462:24, 7462:25, 7463:1, 7463:10, 7463:12, 7464:8, 7464:11, 7464:21, 7465:3, 7467:11, 7471:17, 7486:4, 7488:15, 7509:11, 7510:24, 7511:9, 7513:1, 7513:6, 7514:22, 7515:10, 7519:17, 7535:12
**weighting** [1] - 7509:8
**weights** [9] - 7443:15, 7445:8, 7451:23, 7454:22, 7456:1, 7456:8, 7456:13, 7456:21
**welcome** [1] - 7427:2
**well-respected** [1] - 7530:12
**wellbore** [23] - 7447:17, 7448:20, 7449:10, 7458:24, 7459:2, 7465:4, 7465:7, 7465:11, 7465:15, 7465:18, 7465:25, 7466:3, 7466:13, 7466:17, 7467:10, 7467:24, 7470:20, 7471:18, 7515:7, 7517:15,

7519:5, 7519:12, 7529:6
**Wellbores** [1] - 7437:22
**wellhead** [1] - 7522:19
**Wells** [1] - 7437:20
**wells** [12] - 7432:8, 7438:17, 7438:19, 7438:21, 7442:22, 7452:6, 7456:10, 7458:1, 7458:14, 7503:11, 7506:25, 7507:6
**WERE** [1] - 7419:16
**WHEREUPON** [11] - 7420:22, 7421:16, 7422:14, 7423:1, 7423:9, 7424:3, 7425:3, 7425:6, 7441:2, 7494:11, 7541:9
**WHITELEY** [1] - 7416:9
**whole** [6] - 7427:7, 7465:7, 7483:22, 7488:4, 7530:12, 7535:25
**widely** [1] - 7437:2
**width** [1] - 7500:25
**Wild** [1] - 7530:14
**WILLIAMS** [2] - 7414:3, 7414:3
**WILLIAMSON** [2] - 7414:13, 7414:14
**wind** [4] - 7458:6, 7461:25, 7465:5, 7536:24
**window** [5] - 7454:25, 7456:5, 7456:25, 7457:17, 7470:24
**WINFIELD** [1] - 7415:23
**wipe** [1] - 7451:17
**withdraw** [1] - 7422:22
**withstand** [4] - 7445:1, 7447:17, 7461:11, 7531:5
**WITNESS** [5] - 7427:9, 7427:21, 7431:11, 7439:1, 7449:1
**witness** [7] - 7424:9, 7424:16, 7425:24, 7425:25, 7427:3, 7427:11, 7427:16
**witnesses** [3] - 7426:17, 7454:2, 7528:16
**women** [4] - 7444:1, 7509:16, 7519:15,

7527:21
**words** [5] - 7464:4, 7469:18, 7470:14, 7497:25, 7504:24
**workbook** [4] - 7473:22, 7494:25, 7495:1, 7496:12
**worker** [1] - 7429:19
**workers** [1] - 7435:11
**works** [2] - 7452:7, 7470:1
**worksheet** [2] - 7494:24, 7495:7
**worksheets** [2] - 7462:14, 7526:11
**workshop** [1] - 7434:11
**workshops** [3] - 7434:9, 7504:5
**world** [2] - 7436:22, 7504:13
**worn** [2] - 7516:5, 7516:15
**worried** [1] - 7479:8
**WRIGHT** [1] - 7413:3
**write** [2] - 7468:12, 7482:4
**write-up** [1] - 7468:12
**writing** [1] - 7474:18
**written** [7] - 7438:20, 7447:6, 7462:15, 7471:19, 7515:16, 7525:2, 7525:5
**wrote** [2] - 7474:16, 7490:15

## Y

**year** [4] - 7435:16, 7439:2, 7439:10, 7439:11
**years** [11] - 7430:18, 7430:19, 7433:6, 7434:6, 7435:8, 7435:17, 7436:1, 7446:16, 7471:23, 7519:10, 7523:9
**yellow** [4] - 7455:12, 7455:14, 7455:16, 7483:4
**YOAKUM** [1] - 7414:14
**YOUNG** [1] - 7415:18
**yourself** [2] - 7427:17, 7470:17

## Z

**Zapata** [1] - 7435:25

**Zatarain** [2] - 7424:13, 7424:22
**zero** [1] - 7524:9
**zone** [17] - 7442:6, 7457:9, 7459:5, 7460:15, 7463:14, 7464:4, 7464:9, 7464:10, 7464:21, 7465:14, 7466:6, 7509:12, 7512:24, 7518:14, 7518:19, 7518:24
**zones** [7] - 7449:20, 7451:10, 7451:13, 7453:15, 7453:18, 7461:14, 7466:24

"

**"MIKE"** [1] - 7416:20