1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4      ****************************************************************

5      IN RE:  OIL SPILL BY THE OIL
       RIG *DEEPWATER HORIZON* IN THE
6      GULF OF MEXICO ON APRIL 20,
       2010
7

8                                   CIVIL ACTION NO. 10-MD-2179 "J"
                                    NEW ORLEANS, LOUISIANA
9                                   TUESDAY, APRIL 9, 2013, 8:00 A.M.

10

11     THIS DOCUMENT RELATES TO:

12     CASE NO. 2:10-CV-02771,
       *IN RE:  THE COMPLAINT AND*
13     *PETITION OF TRITON ASSET*
       *LEASING GmbH, ET AL*
14
       CASE NO. 2:10-CV-4536,
15     *UNITED STATES OF AMERICA V.*
       *BP EXPLORATION & PRODUCTION,*
16     *INC., ET AL*

17     ****************************************************************

18

19

20                    **DAY 24  MORNING SESSION**

21            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22        HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                 UNITED STATES DISTRICT JUDGE

24

25

                        **OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFFS:   DOMENGEAUX WRIGHT ROY & EDWARDS
                           BY:  JAMES P. ROY, ESQ.
 4                         556 JEFFERSON STREET, SUITE 500
                           POST OFFICE BOX 3668
 5                         LAFAYETTE, LA  70502

 6


 7                         HERMAN HERMAN & KATZ
                           BY:  STEPHEN J. HERMAN, ESQ.
 8                         820 O'KEEFE AVENUE
                           NEW ORLEANS, LA  70113
 9


10                         CUNNINGHAM BOUNDS
11                         BY:  ROBERT T. CUNNINGHAM, ESQ.
                           1601 DAUPHIN STREET
12                         MOBILE, AL  36604

13


14                         LEWIS, KULLMAN, STERBCOW & ABRAMSON
                           BY:  PAUL M. STERBCOW, ESQ.
15                         PAN AMERICAN LIFE BUILDING
                           601 POYDRAS STREET, SUITE 2615
16                         NEW ORLEANS, LA  70130

17


18                         BREIT DRESCHER IMPREVENTO & WALKER
                           BY:  JEFFREY A. BREIT, ESQ.
19                         600 22ND STREET, SUITE 402
                           VIRGINIA BEACH, VA  23451
20


21                         LEGER & SHAW
22                         BY:  WALTER J. LEGER, JR., ESQ.
                           600 CARONDELET STREET, 9TH FLOOR
23                         NEW ORLEANS, LA  70130

24


25


                         OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3                         WILLIAMS LAW GROUP
                          BY:  CONRAD S. P. WILLIAMS, ESQ.
4                         435 CORPORATE DRIVE, SUITE 101
                          HOUMA, LA  70360
5

6
                          THORNHILL LAW FIRM
7                         BY:  THOMAS THORNHILL, ESQ.
                          1308 NINTH STREET
8                         SLIDELL, LA  70458

9

10                        DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                          BY:  JOHN W. DEGRAVELLES, ESQ.
11                        618 MAIN STREET
                          BATON ROUGE, LA 70801
12

13
                          WILLIAMSON & RUSNAK
14                        BY:  JIMMY WILLIAMSON, ESQ.
                          4310 YOAKUM BOULEVARD
15                        HOUSTON, TX  77006

16

17                        IRPINO LAW FIRM
                          BY:  ANTHONY IRPINO, ESQ.
18                        2216 MAGAZINE STREET
                          NEW ORLEANS, LA  70130
19

20

21   FOR THE UNITED STATES
     OF AMERICA:          U.S. DEPARTMENT OF JUSTICE
22                        TORTS BRANCH, CIVIL DIVISION
                          BY:  R. MICHAEL UNDERHILL, ESQ.
23                        450 GOLDEN GATE AVENUE
                          7TH FLOOR, ROOM 5395
24                        SAN FRANCISCO, CA  94102

25

                    **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                                  U.S. DEPARTMENT OF JUSTICE
                                   ENVIRONMENT & NATURAL RESOURCES DIVISION
4                                  ENVIRONMENTAL ENFORCEMENT SECTION
                                   BY:  STEVEN O'ROURKE, ESQ.
5                                       SCOTT CERNICH, ESQ.
                                        DEANNA CHANG, ESQ.
6                                       RACHEL HANKEY, ESQ.
                                        A. NATHANIEL CHAKERES, ESQ.
7                                  P.O. BOX 7611
                                   WASHINGTON, DC  20044
8

9                                  U.S. DEPARTMENT OF JUSTICE
10                                 TORTS BRANCH, CIVIL DIVISION
                                   BY:  JESSICA McCLELLAN, ESQ.
11                                      MICHELLE DELEMARRE, ESQ.
                                        JESSICA SULLIVAN, ESQ.
12                                      SHARON SHUTLER, ESQ.
                                        MALINDA LAWRENCE, ESQ.
13                                 POST OFFICE BOX 14271
                                   WASHINGTON, DC  20044
14

15                                 U.S. DEPARTMENT OF JUSTICE
16                                 FRAUD SECTION
                                   COMMERCIAL LITIGATION BRANCH
17                                 BY:  DANIEL SPIRO, ESQ.
                                        KELLEY HAUSER, ESQ.
18                                      ELIZABETH YOUNG, ESQ.
                                   BEN FRANKLIN STATION
19                                 WASHINGTON, DC  20044

20

21   FOR THE STATE OF
     ALABAMA:                      ALABAMA ATTORNEY GENERAL'S OFFICE
22                                 BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                        COREY L. MAZE, ESQ.
23                                      WINFIELD J. SINCLAIR, ESQ.
                                   500 DEXTER AVENUE
24                                 MONTGOMERY, AL  36130

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     LOUISIANA OFFICE
4    OF THE ATTORNEY
     GENERAL:
5                              STATE OF LOUISIANA
                               BY:  JAMES D.  CALDWELL,
6                              ATTORNEY GENERAL
                               1885 NORTH THIRD STREET
7                              POST OFFICE BOX 94005
                               BATON ROUGE, LA  70804
8

9
                               KANNER & WHITELEY
10                             BY:  ALLAN KANNER, ESQ.
                                    DOUGLAS R. KRAUS, ESQ.
11                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
12

13
     FOR BP EXPLORATION &
14   PRODUCTION INC.,
     BP AMERICA PRODUCTION
15   COMPANY, BP PLC:          LISKOW & LEWIS
                               BY:  DON K. HAYCRAFT, ESQ.
16                             ONE SHELL SQUARE
                               701 POYDRAS STREET
17                             SUITE 5000
                               NEW ORLEANS, LA  70139
18

19
                               COVINGTON & BURLING
20                             BY:  ROBERT C. "MIKE" BROCK, ESQ.
                               1201 PENNSYLVANIA AVENUE, NW
21                             WASHINGTON, DC  20004

22

23                             KIRKLAND & ELLIS
                               BY:  J. ANDREW LANGAN, ESQ.
24                                  HARIKLIA "CARRIE" KARIS, ESQ.
                                    MATTHEW T. REGAN, ESQ.
25                             300 N. LASALLE
                               CHICAGO, IL  60654
                               **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2


3    FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
4    OFFSHORE DEEPWATER
     DRILLING INC., AND
5    TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
6                               BY:  KERRY J. MILLER, ESQ.
                                ENERGY CENTRE
7                               1100 POYDRAS STREET, SUITE 3700
                                NEW ORLEANS, LA  70163
8

9
                                SUTHERLAND ASBILL & BRENNAN
10                              BY:  STEVEN L. ROBERTS, ESQ.
                                     RACHEL G. CLINGMAN, ESQ.
11                              1001 FANNIN STREET, SUITE 3700
                                HOUSTON, TX  77002
12

13
                                MUNGER TOLLES & OLSON
14                              BY:  MICHAEL R. DOYEN, ESQ.
                                     BRAD D. BRIAN, ESQ.
15                                   LUIS LI, ESQ.
                                355 SOUTH GRAND AVENUE, 35TH FLOOR
16                              LOS ANGELES, CA  90071

17

18                              MAHTOOK & LAFLEUR
                                BY:  RICHARD J. HYMEL, ESQ.
19                              1000 CHASE TOWER
                                600 JEFFERSON STREET
20                              LAFAYETTE, LA  70502

21

22                              HUGHES ARRELL KINCHEN
                                BY:  JOHN KINCHEN, ESQ.
23                              2211 NORFOLK, SUITE 1110
                                HOUSTON, TX  77098
24

25
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR HALLIBURTON
      ENERGY SERVICES,
 4    INC.:                      GODWIN LEWIS
                                 BY:  DONALD E. GODWIN, ESQ.
 5                                    FLOYD R. HARTLEY, JR., ESQ.
                                      GAVIN HILL, ESQ.
 6                               RENAISSANCE TOWER
                                 1201 ELM STREET, SUITE 1700
 7                               DALLAS, TX  75270.

 8

 9                               GODWIN LEWIS
                                 BY:  JERRY C. VON STERNBERG, ESQ.
10                               1331 LAMAR, SUITE 1665
                                 HOUSTON, TX  77010.
11

12

13    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
14                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
15                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
16                               Cathy_Pepper@laed.uscourts.gov

17

18    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2

3    EXAMINATIONS                                          PAGE

4

5    **ADAM THEODORE BOURGOYNE, JR. (CONTINUED)**............ 7743

6    CROSS-EXAMINATION BY MR. HARTLEY..................... 7744

7    REDIRECT EXAMINATION BY MR. BROCK.................... 7783

8    **MORTEN EMILSEN**....................................... 7795

9    DIRECT EXAMINATION BY MR. REGAN...................... 7795

10   CROSS-EXAMINATION BY MR. WILLIAMS.................... 7822

11   CROSS-EXAMINATION BY MR. CERNICH.................... 7830

12   CROSS-EXAMINATION BY MR. DOYEN...................... 7852

13   CROSS-EXAMINATION BY MR. HARTLEY.................... 7882

14   LUNCHEON RECESS..................................... 7897

15

16

17                            **E X H I B I T S**

18

19   DESCRIPTION                                          PAGE

20

21   EXHIBIT NUMBER TREX-40003........................... 7801

22

23

24

25

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 2 | TUESDAY, APRIL 9, 2014 |
| 3 | M O R N I N G   S E S S I O N |
| 4 | (COURT CALLED TO ORDER) |

07:29AM  4
07:29AM  5
08:04AM  6

08:04AM  7    THE DEPUTY CLERK:  All rise.

08:05AM  8    THE COURT:  Good morning, everyone.

08:05AM  9    VOICES:  Good morning, Your Honor.

08:05AM 10    THE COURT:  Please be seated.

08:05AM 11         Any preliminary matters?

08:05AM 12    MR. IRPINO:  Yes, Your Honor.  Anthony Irpino for the

08:05AM 13  PSC.

08:05AM 14         We have our list of agreed upon redactions to

08:05AM 15  the expert rebuttal report of Greg Perkin that was going back

08:05AM 16  and forth over the last couple weeks.

08:05AM 17         Mr. Williamson has handled those for the PSC.

08:05AM 18  We have agreement by all parties, and we would like to have

08:05AM 19  those offered, filed and introduced into the record.

08:05AM 20    THE COURT:  Any remaining objection to the PSC's

08:05AM 21  exhibits regarding Mr. Perkin?

08:05AM 22         Hearing none, those are admitted.

08:05AM 23    (WHEREUPON, the above mentioned exhibit was admitted.)

08:05AM 24    MR. IRPINO:  Thank you, Your Honor.

08:05AM 25    MR. GODWIN:  Good morning, Judge.

08:05AM 1          THE COURT:  Good morning.

08:05AM 2          MR. GODWIN:  Don Godwin for Halliburton.

08:05AM 3                  Yesterday, Judge, as you will recall with

08:05AM 4    regard to our exhibits for Dr. Beck, Transocean had a question.

08:05AM 5    We resolved that over the evening, and we're fine with that.

08:05AM 6                  I've got here the list of the exhibits that

08:05AM 7    were used in Dr. Beck's direct examination.  They have been

08:05AM 8    circulated, and no objections to my knowledge.

08:05AM 9                  With that, Your Honor, we would offer them into

08:05AM 10   evidence at this time.

08:05AM 11         THE COURT:  Any remaining objection to Halliburton's

08:05AM 12   exhibits on Dr. Beck?

08:06AM 13                 Without objection, those are admitted.

08:06AM 14         (WHEREUPON, the above mentioned exhibits were

08:06AM 15   admitted.)

08:06AM 16         MR. GODWIN:  Thanks, Judge.

08:06AM 17                 May I?

08:06AM 18         THE COURT:  Yes.

08:06AM 19         MR. BROCK:  Good morning, Your Honor.  Mike Brock for

08:06AM 20   BP.

08:06AM 21         THE COURT:  Good morning.

08:06AM 22         MR. BROCK:  I just wanted to advise the Court that

08:06AM 23   early this morning we circulated to the parties a suggestion

08:06AM 24   about Dr. Azar's report.

08:06AM 25                 Dr. Azar is one of our experts in well

08:06AM 1    design -- he also has some opinions in well control and the

08:06AM 2    negative test -- suggesting that we've covered, through expert

08:06AM 3    testimony at least, the negative test and well control issues,

08:06AM 4    and suggesting that we strike those portions of his report, not

08:06AM 5    examine him on those issues, and focus on some other things.

08:06AM 6              I've had a chance this morning to start

08:06AM 7    interacting with some of the parties.  I don't have that worked

08:06AM 8    out yet; but, I guess I would just ask that if folks could let

08:06AM 9    us know today if that is agreeable, we will try to interact,

08:06AM 10   and then we can let you know tomorrow if we can reach an

08:06AM 11   agreement on that.

08:07AM 12        THE COURT:  Looks like Mr. DeGravelles wants to say

08:07AM 13   something about that.

08:07AM 14        MR. DEGRAVELLES:  Not really, Judge.

08:07AM 15        THE COURT:  Oh, okay.

08:07AM 16        MR. DEGRAVELLES:  Except to say that I'm going to be

08:07AM 17   working with Mr. Brock on that, and Mr. Andre Hill will, as

08:07AM 18   well.  We will see what we can or cannot work out.

08:07AM 19        MR. BROCK:  Thank you, Your Honor.

08:07AM 20        THE COURT:  Thank you.

08:07AM 21        MR. BRIAN:  As will Transocean, Your Honor.

08:07AM 22             Brad Brian.

08:07AM 23             We, obviously, raised a cumulative issue on

08:07AM 24   Friday.  We're going to take a look at the report.

08:07AM 25             I've already spoken with Mr. Brock about

08:07AM 1    whether there should be some additional portions redacted; but,
08:07AM 2    we're going to try and work it out, Your Honor.
08:07AM 3              MR. GODWIN:  Judge, Don Godwin for Halliburton.
08:07AM 4              Your Honor, as you know, we, of course, for
08:07AM 5    Halliburton, cut our witness list way down in order to try to
08:07AM 6    expedite the trial.
08:07AM 7              We know what your direction is in that regard,
08:07AM 8    and we tried to follow that.
08:07AM 9              I did talk with Mr. Brock this morning and Andy
08:07AM 10   and told them that, in keeping with what I said at the
08:07AM 11   beginning of this trial, that if a witness doesn't mention
08:07AM 12   Halliburton's name, I'm going to sit down and say nothing.
08:07AM 13             So we're working toward that goal.  We're not
08:07AM 14   quite there yet; but, if we are, Your Honor, you won't hear me
08:07AM 15   when Dr. Azar is up.
08:07AM 16        THE COURT:  That's a pretty good policy.
08:07AM 17        MR. GODWIN:  Thank you, Judge.
08:07AM 18        THE COURT:  Thank you.
08:08AM 19             Anything else?
08:08AM 20             All right.  Dr. Bourgoyne.
08:08AM 21        **ADAM THEODORE BOURGOYNE, JR. (CONTINUED)**
08:08AM 22     was called as a witness and, after being previously duly
08:08AM 23   sworn by the Clerk, was examined and testified on his oath as
08:08AM 24   follows:
08:08AM 25        THE COURT:  Good morning.  How are you doing?

08:08AM  1           THE WITNESS:  Good morning.

08:08AM  2           THE COURT:  You're still under oath, sir, okay?

08:08AM  3           THE WITNESS:  Yes, sir.

08:08AM  4           THE COURT:  All right.  Mr. Hymel.

08:08AM  5           MR. HYMEL:  Good morning, Your Honor.  Transocean

08:08AM  6  passes the witness.

08:08AM  7           THE COURT:  Okay.  Thank you.

08:08AM  8                 All right.  Halliburton.

08:08AM  9                 I guess your name got mentioned yesterday.

08:08AM 10           MR. GODWIN:  I told him to be mindful of what I just

08:08AM 11  said.

08:08AM 12           MR. HARTLEY:  I think Dr. Bourgoyne said Halliburton,

08:08AM 13  Sperry, gas flow potential.  You can shoot me a little bit of

08:08AM 14  leeway.

08:08AM 15           THE COURT:  Those three words.

08:08AM 16           MR. HARTLEY:  A few minutes.  I was waiting.

08:09AM 17                 May I proceed, Your Honor?

08:09AM 18           THE COURT:  Yes.

08:09AM 19                       CROSS-EXAMINATION

08:09AM 20       BY MR. HARTLEY:

08:09AM 21  Q.   Good morning, Dr. Bourgoyne.

08:09AM 22  A.   Good morning.

08:09AM 23  Q.   You know Gene Beck, don't you?

08:09AM 24  A.   Yes, sure.

08:09AM 25  Q.   He was one of your students?

08:09AM 1    A.    Yes.

08:09AM 2    Q.    Now, I'm not going to ask you to compare him to

08:09AM 3    Mr. Barnhill, because I'm afraid of your answer; but, he did

08:09AM 4    diligent work for you as a student, right?

08:09AM 5    A.    Yes.

08:09AM 6    Q.    He's well respected in the petroleum engineering field?

08:09AM 7    A.    Yes.

08:09AM 8    Q.    You don't have any doubt that he's qualified to render

08:09AM 9    opinions on drilling and engineering in an offshore

08:09AM 10   environment?

08:09AM 11   A.    No.    I think he's qualified.

08:09AM 12   Q.    At the end of your direct examination with Mr. Brock, you

08:09AM 13   talked about gas flow potential.    Do you recall that?

08:09AM 14   A.    Yes.

08:09AM 15   Q.    You performed some gas flow potential calculations for the

08:09AM 16   production interval; is that right?

08:09AM 17   A.    Yes.

08:09AM 18   Q.    Now, I think in your rebuttal expert report you talked

08:09AM 19   about gas flow potential for several pages and mentioned that

08:09AM 20   you calculated it at certain gas-sand intervals.    Do you

08:10AM 21   remember that?

08:10AM 22   A.    You might need to refresh me on that.

08:10AM 23   Q.    Let's pull up TREX-8174.

08:10AM 24         This is your expert rebuttal report at page 18.

08:10AM 25         Page 18 of your rebuttal report, the third paragraph down,

08:11AM 1    the first sentence:  "Gas Flow Potential at a given gas-sand is

08:11AM 2    the ratio," and you go on to explain what gas flow potential

08:11AM 3    is.  Do you recall that?

08:11AM 4    A.    Yes, uh-huh.

08:11AM 5    Q.    It's basically a calculation derived at various gas-sand

08:11AM 6    intervals in a well.

08:11AM 7    A.    It can be calculated at any elevation, I guess.

08:11AM 8    Q.    Perfect.

08:11AM 9         Let's go to D-8015.

08:11AM 10        When you did your gas flow potential calculations that you

08:11AM 11   talked about with Mr. Brock yesterday, you did that at the 12.6

08:11AM 12   ppg sands depicted on D-8015?

08:11AM 13   A.    Yes.  That's -- you know, that's the way it was reported

08:11AM 14   in the Opti-Cem report that had the 10.4 high gas flow result.

08:11AM 15   That's right.

08:11AM 16   Q.    Right.

08:11AM 17        You read Dr. Beck's report, where he calculated gas flow

08:11AM 18   potential at the M57B level, do you recall that?

08:12AM 19   A.    Yes.

08:12AM 20   Q.    He came up with 54.85 gas flow potential, do you remember

08:12AM 21   that?

08:12AM 22   A.    Vaguely, yes.

08:12AM 23   Q.    Now, if I recall correctly, neither in your rebuttal

08:12AM 24   report nor in your testimony yesterday with Mr. Brock did you

08:12AM 25   contest Dr. Beck's calculation of that gas flow potential?

08:12AM 1    A.    No.  I think that's probably accurate.

08:12AM 2    Q.    In none of your calculations did you include the M56A sand

08:12AM 3    at 13.1 ppg?

08:12AM 4    A.    You know, from the testimony and the study and all the

08:12AM 5    expert reports that were done, it was clear that everyone had

08:12AM 6    concluded that the flow had gone down and back up the inside of

08:12AM 7    the casing.

08:12AM 8         You know, the gas flow potential in those more shallow

08:12AM 9    zones would have been significant if the blowout had gone up

08:12AM 10   the annulus; but, you know, I didn't really consider that

08:12AM 11   pertinent to the -- you know, the actual blowout event because

08:13AM 12   it's likely that it's that bottom zone that participated in the

08:13AM 13   flow.

08:13AM 14        You know, that's where your very high productivity is that

08:13AM 15   can flow at a very high rate.  It's also close to what everyone

08:13AM 16   determined the entry point was, which was the bottom of the

08:13AM 17   casing.

08:13AM 18        So I think the 10.4 at the 12.6 zone was the appropriate

08:13AM 19   gas flow potential to look at.

08:13AM 20   Q.    In terms of looking at the blowout?

08:13AM 21   A.    In terms of looking at the blowout, yes.

08:13AM 22   Q.    How about looking at the design of the cement job; is it

08:13AM 23   pertinent to consider the various sand levels in determining

08:13AM 24   gas flow potential and understanding the purpose of that

08:13AM 25   calculation?

08:13AM 1    A.    I didn't see any of that in the OptiCem report, you know,

08:13AM 2    so apparently Halliburton had not reported on it.  I focused

08:13AM 3    primarily on what Halliburton had reported.

08:13AM 4         Now, you know, I could -- you can argue that those sands

08:14AM 5    up there that are very low permeability had a high flow

08:14AM 6    potential.

08:14AM 7         I didn't get into which ones were gas and which ones were

08:14AM 8    brine.  I didn't study that in detail because I was studying

08:14AM 9    the blowout.  You know, I was looking at what actually

08:14AM 10   happened, and not looking at scenarios of what might have

08:14AM 11   happened and that sort of thing.

08:14AM 12   Q.    Do you have experience working with OptiCem?

08:14AM 13   A.    No.  I don't use OptiCem.  I read OptiCem results because,

08:14AM 14   you know, when Halliburton does work for us, I always review

08:14AM 15   it.

08:14AM 16        But I know how to do the calculations that's within

08:14AM 17   OptiCem.  Occasionally, I will -- you know, I will double check

08:14AM 18   things.

08:14AM 19   Q.    Part of those calculations include necessarily the ppg of

08:14AM 20   the sand, the pore pressure?

08:14AM 21   A.    Yes.

08:14AM 22   Q.    Part of the calculations will depend on the height of

08:14AM 23   cement relative to the sand levels?

08:15AM 24   A.    Yes.

08:15AM 25   Q.    So if you're running the OptiCem considering a higher

08:15AM 1   height of cement, considering a higher pore pressure, that will

08:15AM 2   necessarily lead to a higher gas flow potential?

08:15AM 3   A.   Well --

08:15AM 4   Q.   All other variables held constant?

08:15AM 5   A.   Yes.

08:15AM 6        Yeah, the gas flow potential equation is pretty simple.

08:15AM 7   Q.   I want to turn just briefly to some best practices, cover

08:15AM 8   it just for a minute.

08:15AM 9        You understand that Dr. Beck, in his report, takes issue

08:15AM 10  with a series of BP decisions and compares them to BP's

08:15AM 11  drilling well operations practice?

08:15AM 12  A.   You know, the way I looked at Dr. Beck's report, you know,

08:15AM 13  I think he looked at a lot of what they did, and he looked at,

08:15AM 14  well, maybe they could have done it this other way that may

08:15AM 15  have been better.

08:15AM 16       But, in every case, both what BP did and what he was

08:16AM 17  suggesting were both paths that would have fallen within the

08:16AM 18  standard industry practice, which I think is the key questions

08:16AM 19  here.

08:16AM 20  Q.   Let's pull up TREX-8174, your rebuttal report again, this

08:16AM 21  time at page 10.

08:16AM 22       I'm going to focus on the paragraph, the bottom two-thirds

08:16AM 23  of the page, that's under the heading, "Claim That BP Failed to

08:16AM 24  Follow Its Own Written Practices."

08:16AM 25       Do you recall this discussion, Dr. Bourgoyne, in your

7750

08:16AM 1    rebuttal report?

08:16AM 2    A.   Yes.

08:16AM 3    Q.   I want to look at a couple comments here.  You say that:

08:16AM 4    "The written best practice is not always best for the

08:16AM 5    circumstances found on a given well.  There must always be

08:16AM 6    provisions for exceptions to the rule."

08:17AM 7         Then, at the bottom sentence in the paragraph:  "Because

08:17AM 8    this is a special and highly unusual situation, the BP team

08:17AM 9    appropriately made changes in the final well design."

08:17AM 10        Now, do I understand correctly that you're saying even had

08:17AM 11   BP violated its best practices in the DWOP, that they may be

08:17AM 12   okay because of special circumstances?

08:17AM 13   A.   Yes, this is something that I see, you know, with many

08:17AM 14   operators.  Their best practices, their DWOPs, are written, you

08:17AM 15   know, at kind of an academic level that's used in teaching.

08:17AM 16   Quite often, with practice, you know, they depart from some of

08:17AM 17   that.

08:17AM 18        There are sometimes rules that you're supposed to follow

08:17AM 19   before you depart; but, just in general, there is -- it's been

08:17AM 20   my experience that you often depart from some of the rules in

08:17AM 21   your best practices and procedures.

08:17AM 22   Q.   Now, that's not just applicable to operators, is it?  That

08:17AM 23   also holds true for contractors?

08:17AM 24   A.   Yes, I would think so.

08:18AM 25   Q.   Whether it's a drilling contractor like Transocean or a

08:18AM 1    cement contractor like Halliburton?

08:18AM 2    A.    Yes, I would think that you would always have to make

08:18AM 3    provisions for -- you know, for changes; and, that when you --

08:18AM 4    you know, when you're writing the material for training,

08:18AM 5    it's -- you know, it's at a high level, and sometimes a little

08:18AM 6    academic, and occasionally not even practical.

08:18AM 7         So, you know, you need to take all of that stuff into

08:18AM 8    account.

08:18AM 9    Q.    It wouldn't be fair strictly to compare best practices to

08:18AM 10   conduct and say that it's wrong and deviates from industry

08:18AM 11   standard just because there is a difference?

08:18AM 12   A.    Just because of the difference with the DWOP, I think you

08:18AM 13   need to be careful.

08:18AM 14   Q.    I'm going to turn for a moment to cement.

08:18AM 15        Now, I understand you testified yesterday in response to

08:18AM 16   some of Mr. Roy's questions that you're not a cement expert,

08:18AM 17   and you've never worked as a cementer; is that right?

08:18AM 18   A.    I've never worked as a cementer, that's correct.

08:18AM 19   Q.    You're not an expert in cement chemistry, design, testing

08:19AM 20   and the like?

08:19AM 21   A.    I'm not an expert.  I know how to read the test results, I

08:19AM 22   guess, but --

08:19AM 23   Q.    You're not offering any opinions in this trial as to why

08:19AM 24   the cement failed to achieve zonal isolation?

08:19AM 25   A.    I did not offer an opinion, but, you know, I looked at

08:19AM  1    what other people had concluded, and then I guess that entered
08:19AM  2    my deliberations.
08:19AM  3    Q.    You didn't study the cement job from the standpoint of
08:19AM  4    failure; I think that's what you told Mr. Spiro yesterday?
08:19AM  5    A.    Right.    That's right.
08:19AM  6    Q.    You didn't study any of the failure modes or potential
08:19AM  7    failure modes?
08:19AM  8    A.    That's correct.
08:19AM  9    Q.    I want to look at TREX-8174, again.
08:19AM 10         I've got a couple of questions on comments on page 15 of
08:19AM 11    your expert report, rebuttal report.
08:19AM 12         I want to look at the last sentence of that first full
08:19AM 13    paragraph on page 15.  You say:  "What was needed was a
08:19AM 14    different cement composition that would not have nitrogen gas
08:20AM 15    breakout during the cement displacement."
08:20AM 16         You included that in your rebuttal report?
08:20AM 17    A.    Yes.
08:20AM 18    Q.    Now, is this one of those situations where you were sort
08:20AM 19    of repeating what you had read elsewhere, rather than
08:20AM 20    conducting your own independent analysis?
08:20AM 21    A.    I did not conduct my own independent analysis, but there
08:20AM 22    had been a lot of analysis written about in the other reports
08:20AM 23    that seemed pretty conclusive to me; but, I didn't do my own
08:20AM 24    independent analysis on that.
08:20AM 25    Q.    You didn't review any of the test results or do any of

08:20AM 1    your own separate testing?

08:20AM 2    A.   You know, I didn't study the test results.  I looked at

08:20AM 3    them, but I -- this wasn't part of what I was asked to do.

08:20AM 4    Q.   I just want to be sure what the scope is, since you've

08:20AM 5    included this in your report.

08:20AM 6         Now, you understand that nitrogen is an inert gas, right?

08:20AM 7    A.   Yeah, I know about foam cements.

08:20AM 8    Q.   So if nitrogen breaks out, what's left behind is just

08:20AM 9    unfoamed cement?

08:20AM 10   A.   Except where -- at the top of where the nitrogen breaks

08:20AM 11   out, you might wind up with a high concentration of nitrogen or

08:21AM 12   maybe nothing but nitrogen.

08:21AM 13   Q.   If I understand what you're saying, then, you'll have --

08:21AM 14   assuming nitrogen breakout occurs, you'll have a space of inert

08:21AM 15   nitrogen gas below which is standard unfoamed cement?

08:21AM 16   A.   It depends on how much nitrogen breaks out.  You know, it

08:21AM 17   could be you have nitrogen where you thought you had cement --

08:21AM 18   Q.   You could run a --

08:21AM 19   A.   -- and in a critical place, perhaps.

08:21AM 20   Q.   You may have -- well, the variable is how much space there

08:21AM 21   is of this inert nitrogen, how much space there is of the

08:21AM 22   unfoamed cement, and sort of where top of cement may be?

08:21AM 23   A.   That's right.

08:21AM 24        I didn't go through any detailed calculations, but I did

08:21AM 25   notice that they mixed an awful lot of nitrogen with the

08:21AM 1  cement.

08:21AM 2      But, you know, I didn't do a detailed study of this.  This

08:21AM 3  was not an area I was asked to look at.

08:21AM 4  Q.   Let's turn to the float collar for a few minutes.

08:22AM 5      If I understand correctly, your opinion is that something

08:22AM 6  was clogged or plugged in the float collar that initially

08:22AM 7  prevented circulation.

08:22AM 8  A.   Yes.

08:22AM 9  Q.   You don't offer an opinion as to exactly where it was

08:22AM 10 plugged?

08:22AM 11 A.   No, I think I listed several possibilities, the same

08:22AM 12 possibilities that were listed by, you know, the people who

08:22AM 13 really studied this in detail.

08:22AM 14 Q.   Your opinions are consistent with Dr. Beck on the point?

08:22AM 15 A.   I guess you would have to refresh me on exactly what

08:22AM 16 Dr. Beck's opinion was.

08:22AM 17 Q.   Fair enough.  I think, if I understand correctly, your

08:22AM 18 opinion is that it was clogged in one of three places, either

08:22AM 19 at the auto-fill float collar, the landing plate, or the reamer

08:22AM 20 shoe, one of those three spots?

08:22AM 21 A.   That's correct.

08:22AM 22 Q.   Let's pull up D-8038.

08:23AM 23     This is a figure from Dr. Beck's report, and I think you

08:23AM 24 will agree with this.  When you talked about where the float

08:23AM 25 collar may have been plugged, it was either at the auto-fill

08:23AM 1    tube at the top of this diagram or at the reamer shoe at the

08:23AM 2    bottom.

08:23AM 3    A.    Right.

08:23AM 4    Q.    Those are two of your potentials.

08:23AM 5    A.    Right.

08:23AM 6          You know, the reamer shoe is what's being shoved down into

08:23AM 7    the well and running into the sides of the borehole and so

08:23AM 8    forth.  That's a high probability; but, it could also be in

08:23AM 9    those higher places.

08:23AM 10   Q.    Let's pull up D-8036.

08:23AM 11         Then, the third potential place you said there could be a

08:23AM 12   blocking was up here at the top, at the landing plate?

08:23AM 13   A.    Yes.  If the solids got all the way to the top, then that

08:23AM 14   would be another place it could back off.

08:23AM 15   Q.    So because the float collar was plugged in one of those

08:23AM 16   three places, it was necessary to pressure up and establish

08:24AM 17   circulation before they could convert it?

08:24AM 18   A.    That's correct.

08:24AM 19   Q.    It's your understanding, of the nine times they pressured

08:24AM 20   up, eventually reaching 3,142 psi, that that was the attempt to

08:24AM 21   establish circulation?

08:24AM 22   A.    Yes.

08:24AM 23   Q.    Then, once they established circulation, they should have

08:24AM 24   ensured that the float collar was converted?

08:24AM 25   A.    You know, I think once they establish circulation, at that

08:24AM  1    point they can circulate and do the cement job.

08:24AM  2          As to whether or not they had converted at that point, you

08:24AM  3    know, I am not sure that they did any additional testing, but,

08:24AM  4    you know, there was quite a bit of discussion after the fact as

08:24AM  5    to whether or not they had converted and what would have

08:25AM  6    converted.

08:25AM  7          It appeared to me that when the plug broke loose, that

08:25AM  8    sudden rush of fluid you would have would have probably been

08:25AM  9    sufficient to convert; but, you know, that was just an opinion

08:25AM 10    from looking at everything and understanding the dynamics of

08:25AM 11    what happens, and looking in particularly at the

08:25AM 12    Stress Engineering report.

08:25AM 13          You know, they studied this in great detail and did some

08:25AM 14    fairly sophisticated calculations on this point.

08:25AM 15    Q.   When the rig crew established circulation with these

08:25AM 16    series of pressure increases, that was more of a hammer force

08:25AM 17    pressure rather than the differential pressure established by

08:25AM 18    circulation that Weatherford recommended for conversion?

08:25AM 19    A.   Well, you know, they pressured up, and then --

08:25AM 20    Q.   Is that a fair understanding on my part?

08:25AM 21    A.   Well, not entirely, you know.

08:25AM 22    Q.   Okay.

08:25AM 23    A.   They pressured up.  Then, when something broke loose, you

08:26AM 24    have a sudden rush of fluid.  This initial rush of fluid, you

08:26AM 25    know, is at a high rate until you get to balance.  So it

08:26AM 1    doesn't flow at a high rate for long, but it flows at a high

08:26AM 2    rate for a little while.

08:26AM 3        That was the subject of considerable computer simulation

08:26AM 4    at Stress Engineering, as I understood their report.

08:26AM 5    Q.   Right.

08:26AM 6        You understand Weatherford recommended conversion through

08:26AM 7    differential pressure established by circulating at something

08:26AM 8    like five to eight barrels a minute?

08:26AM 9    A.   Right.  They did not circulate at that rate after

08:26AM 10   conversion.

08:26AM 11   Q.   They never circulated at that rate, either before or after

08:26AM 12   conversion?

08:26AM 13   A.   That's correct.

08:26AM 14   Q.   Now, if the float collar --

08:26AM 15   A.   If they had circulated before, it would have converted.

08:26AM 16   Q.   Precisely.

08:26AM 17       Now, if the float collar had been successfully converted

08:26AM 18   and worked as designed, the blowout wouldn't have occurred?

08:26AM 19   A.   Well, I don't think you can --

08:26AM 20   Q.   Or probably wouldn't have?

08:27AM 21   A.   I don't normally consider the flappers in these types of

08:27AM 22   device as a well control device.  You know, I think it doesn't

08:27AM 23   take very much particulates under the flapper for them to start

08:27AM 24   leaking.  Then, if you have leakage, it doesn't take a lot of

08:27AM 25   flow before they are going to cut out.

08:27AM 1      So, you know, generally, I look at the flappers as

08:27AM 2 something that will help you hold pressure, but I don't count

08:27AM 3 on it as a barrier.

08:27AM 4 Q.   Certainly.

08:27AM 5      You reviewed, as you just said, the Stress Engineering

08:27AM 6 studies and reports?

08:27AM 7 A.   Yes.

08:27AM 8 Q.   You understood from the Stress Engineering studies that it

08:27AM 9 likely would have sealed based on the forces of the blowout

08:27AM 10 coming out?

08:27AM 11 A.   If there was no leak, then it was designed to -- you know,

08:27AM 12 if everything was just right and there was no leakage, it would

08:27AM 13 have held, yes.

08:27AM 14 Q.   Now, recognizing that you don't consider the float collar

08:27AM 15 typically as a well control barrier, your understanding and

08:27AM 16 opinion is that had it converted and worked as intended, it

08:27AM 17 probably would have contained the kick that was experienced on

08:28AM 18 April 20th, 2010?

08:28AM 19 A.   Well, I don't think you can say *probably*, you know, but if

08:28AM 20 it would have held, it would have contained.  You know, I think

08:28AM 21 that's true.  Now, whether you can say *probably it would have*

08:28AM 22 *held*, you know, *probably* sort of means more than 50 percent

08:28AM 23 likelihood.  I don't know that you can go that far.

08:28AM 24 Q.   Let's turn our attention to the negative test, and I'm

08:28AM 25 going to try not to replod ground from other people.

08:28AM 1          The negative test, as I understand it, is a safety

08:28AM 2     critical test because it's the last test of well integrity

08:28AM 3     before you displace the hydrostatic pressure of the mud in the

08:28AM 4     column?

08:28AM 5     A.   Yes.

08:28AM 6     Q.   And there were a series of signs to Transocean and BP, as

08:28AM 7     the two negative tests were being conducted, that things were

08:29AM 8     going awry?

08:29AM 9     A.   Yes.  There were some signs that had they been properly

08:29AM 10    recognized, they would have recognized they did not have a

08:29AM 11    successful test.

08:29AM 12    Q.   Like excess barrels of fluid being -- coming back above

08:29AM 13    what was expected?

08:29AM 14    A.   Are we talking about the kick detection now?

08:29AM 15    Q.   Still during the negative test when they were trying to

08:29AM 16    bleed off pressure.  They were receiving more barrels than was

08:29AM 17    expected to bleed off pressure?

08:29AM 18    A.   Yes.  Normally you calculate the amount of bleed that you

08:29AM 19    expect, and they were getting more back than that, that's

08:29AM 20    right.

08:29AM 21    Q.   So after misinterpreting these series of signs that there

08:29AM 22    was a failure, BP and Transocean decided it was a successful

08:29AM 23    test?

08:29AM 24    A.   That's correct.

08:29AM 25    Q.   Now, whether it was the first final decision or the second

08:29AM 1    final decision that we talked about yesterday, in either event,

08:29AM 2    was Halliburton involved in any of these final decisions?

08:30AM 3    A.   I don't think Halliburton played any role in the negative

08:30AM 4    pressure test.

08:30AM 5    Q.   I like that answer.  I'm going to move on.

08:30AM 6         Let's talk about well monitoring.  You talked yesterday

08:30AM 7    that the primary responsibility for well monitoring was the

08:30AM 8    driller, and the secondary was the Sperry mud logger; is that

08:30AM 9    right?

08:30AM 10   A.   Yes.  That's correct.

08:30AM 11   Q.   In response to one of Mr. Brock's questions, you said it

08:30AM 12   was not the well site leader's duty to continuously monitor the

08:30AM 13   well.

08:30AM 14        Do you recall that?

08:30AM 15   A.   I recall that.

08:30AM 16   Q.   Now, it is his duty to be aware of what's going on, and

08:30AM 17   while not continuously monitor, to pay attention.

08:30AM 18   A.   As a manager, that's right.

08:30AM 19   Q.   And they had that ability because they had the data

08:30AM 20   available to them in the well site leader's office, do you

08:30AM 21   understand that?

08:30AM 22   A.   Yes.

08:30AM 23   Q.   You also understand that the data was being transmitted to

08:30AM 24   the BP center in Houston and could have been monitored onshore?

08:30AM 25   A.   Yes, I understand.

08:30AM 1    Q.    And I think you expressed the opinion in your initial

08:30AM 2    report that there was a failure in well monitoring, that the

08:31AM 3    crew was not actually monitoring the well; is that right?

08:31AM 4    A.    No.  I think what I said is that they took over a

08:31AM 5    600-barrel kick, and that indicated a failure in well

08:31AM 6    monitoring, to detect a kick, but that is an extreme type of

08:31AM 7    situation that is difficult to understand and explain given

08:31AM 8    the -- you know, given the training and so forth that the crew

08:31AM 9    had.

08:31AM 10    Q.    Then, to make sure I understand, you're not saying that

08:31AM 11    Joe Keith, the mud logger on duty that night, was not actually

08:31AM 12    monitoring the well.  What you're saying instead is that he

08:31AM 13    missed some signs?

08:31AM 14    A.    Right.  I'm not saying he wasn't looking and watching.

08:31AM 15    I'm saying that he didn't detect it either.

08:31AM 16    Q.    Have you read Mr. Keith's deposition testimony?

08:31AM 17    A.    I've read -- yes, I've read a good bit of it.  I don't

08:31AM 18    know that I read every line, but I've been through a good bit

08:32AM 19    of it.

08:32AM 20    Q.    Were you present for his testimony in court a few weeks

08:32AM 21    ago?

08:32AM 22    A.    No.

08:32AM 23    Q.    Did you read that trial testimony?

08:32AM 24    A.    Again, I read some parts of it, but I didn't have time to

08:32AM 25    go through the whole thing.

08:32AM 1    Q.   Do you feel like you have a fair understanding of what
08:32AM 2    Joe Keith did that evening, what his responsibilities were, at
08:32AM 3    least in his mind?
08:32AM 4    A.   Well, not entirely.  You know, it seems like he took
08:32AM 5    multiple positions on some things, so it made it a little more
08:32AM 6    difficult to -- you know, to truly understand where he was and
08:32AM 7    what he saw and when he saw it and that sort of thing.
08:32AM 8    Q.   You recognize that the rig operations on the evening of
08:32AM 9    April 20th impeded Mr. Keith's ability to accurately monitor
08:32AM 10   the well?
08:32AM 11   A.   Well, I think there was some rig operations that went on,
08:32AM 12   you know, prior to when the kick started.  I don't think that
08:32AM 13   had anything to do with the blowout, but, you know, there was
08:32AM 14   some -- you know, some complicating simultaneous operations
08:33AM 15   going on that -- at certain points in time.
08:33AM 16   Q.   And some of those operations continued even after 8:52,
08:33AM 17   when the well supposedly started flowing, and after 2108, when
08:33AM 18   you're saying that there was kick indicators?
08:33AM 19   A.   Well, things like draining the trip tank, I think that's
08:33AM 20   part of the normal -- normal monitoring that you would do for
08:33AM 21   kicks at all times.  That happens all the time, that you have
08:33AM 22   to drain the trip tanks.
08:33AM 23   Q.   Now, you would agree that it's important in monitoring a
08:33AM 24   well, in looking for signs of a kick, to have an understanding
08:33AM 25   and appreciation for what rig activities are going on?

08:33AM 1   A.   Yes.  You know, and I think it's up to the individual who

08:33AM 2   is doing the monitoring, that if he doesn't understand what's

08:33AM 3   happening, you know, usually what they do is get on the

08:33AM 4   intercom and ask a question.  And it's my understanding that,

08:34AM 5   you know, he had the procedure, he knew what the steps and the

08:34AM 6   procedure was.

08:34AM 7   Q.   Now, he didn't have a final displacement procedure that

08:34AM 8   hadn't had a pump schedule, I think you talk about this in your

08:34AM 9   report, that would indicate expected volumes and pressures.  He

08:34AM 10  didn't have one of those, did he?

08:34AM 11  A.   He didn't have one of those.  And again, I don't think

08:34AM 12  it's industry standard that you have to have one of those.  I

08:34AM 13  think it's more industry standard that people are trained and

08:34AM 14  they how to do the different operations.  And then when you

08:34AM 15  give instructions, it's usually in outline form as you're

08:34AM 16  making changes in your daily operations.

08:34AM 17  Q.   But you would agree that had there been a pump schedule,

08:34AM 18  something indicating expected volumes, expected pressures at

08:34AM 19  various times, that that would make it easier to identify

08:34AM 20  anomalies through the course of the displacement procedure?

08:34AM 21  A.   You know, in hindsight you could say that that would have

08:34AM 22  helped people understand, you know, perhaps the pressure

08:34AM 23  signals, but the people were trained to where they should have

08:34AM 24  been be able to understand the pressure signals without having

08:35AM 25  a schedule.

08:35AM 1        In fact, they should have been able to make their own

08:35AM 2    schedule from the procedure, and, you know, that could also be

08:35AM 3    viewed as part of their job when they were fixing to do

08:35AM 4    something.  They know they are going to be monitoring and they

08:35AM 5    know what the operations are and they know how to do simple

08:35AM 6    hydrostatic calculations, so all of that kind of goes together.

08:35AM 7    Q.   Now, in addition to having some sort of pump schedule that

08:35AM 8    would indicate sort of an expected line to compare for

08:35AM 9    anomalies, it would also be helpful for the drill crew to

08:35AM 10   advise the crew, the mud logger when tanks are being dump,

08:35AM 11   cranes are being moved, operations are going on that would

08:35AM 12   affect monitoring?

08:35AM 13   A.   Certainly you would expect communication.  Now, whether

08:35AM 14   you would expect the rig crew to call the mud logger or expect

08:35AM 15   the mud logger to call the crew to find out what's happening

08:36AM 16   when he sees something he doesn't understand, you know, I think

08:36AM 17   what's important is that you do have communication.

08:36AM 18   Q.   Do you recall reading in Mr. Keith's testimony where he

08:36AM 19   commented that the evening of April 20th was different because

08:36AM 20   typically the drill crew does call and announce various

08:36AM 21   operations and that night they didn't?

08:36AM 22   A.   I guess I didn't recall reading that part of it.

08:36AM 23   Q.   But you do know that Mr. Keith made, what, five phone

08:36AM 24   calls that night to find out about what was going on and to

08:36AM 25   report his activities?

7765

08:36AM 1    A.    I recall him talking about calling at different points.    I
08:36AM 2    didn't count them.
08:36AM 3    Q.    Probably more important to me than you, how many calls
08:36AM 4    there were.
08:36AM 5    A.    But, you know, I think that's his job.    So that's good.
08:36AM 6    I'm glad he was doing that.
08:36AM 7    Q.    And you do know that the drill crew never called him that
08:36AM 8    night.
08:36AM 9    A.    I didn't investigate that.    I hadn't come to that
08:37AM 10   conclusion.
08:37AM 11   Q.    During the displacement procedure you understand that they
08:37AM 12   used an open pit system?
08:37AM 13   A.    I understand that they were not pumping a closed system,
08:37AM 14   yes.
08:37AM 15   Q.    They were pumping from the sea chest without going to a
08:37AM 16   monitored pit so you could more accurately calculate flow in,
08:37AM 17   flow out, pit volume changes?
08:37AM 18   A.    Well, pumping from the sea chest, and I think I pointed
08:37AM 19   this out in my report, that pump strokes in a positive
08:37AM 20   displacement pump with seawater is just about as accurate as
08:37AM 21   you can get.    It's probably more accurate than knowing the
08:37AM 22   volume of the tank.    I guess probably how you would calibrate
08:37AM 23   the volume in the tank is counting strokes on a positive
08:37AM 24   displacement pump that has thin fluid in it, that it would have
08:37AM 25   a high efficiency.

08:37AM 1     So I think he knew what flow in was by just looking at

08:37AM 2  pump stroke per minute and multiplying it by the pump factor.

08:37AM 3  Q.   He was not in a position where he could compare the pit

08:38AM 4  volume changes readily because it was not using a closed

08:38AM 5  system?

08:38AM 6  A.   He was having to rely primarily on flow in and flow out,

08:38AM 7  which, you know, that's a good system, too.

08:38AM 8  Q.   Requires doing manual calculations yourself?

08:38AM 9  A.   No.  I'm sure, with all the computers he had, he could

08:38AM 10  calculate.  Well, yeah, you could see it in the Sperry data.

08:38AM 11  They knew what flow in was, and they knew what flow out was.

08:38AM 12  It's being recorded every 15 seconds or so.

08:38AM 13  Q.   And during the displacement procedure they use the LCM

08:38AM 14  spacer that you talked about yesterday, right?

08:38AM 15  A.   They used a spacer that was reconstituted from unused LCM

08:38AM 16  treatments, yes.

08:38AM 17  Q.   They mixed a FORM-A-SQUEEZE pill with a FORM-A-SET AK

08:39AM 18  pill, put that together and used it as a spacer.

08:39AM 19  A.   They mixed the two together and they didn't add the

08:39AM 20  crosslinking and, you know, so forth and so on.  But what they

08:39AM 21  ended up with was primarily water, barite, some polymer, you

08:39AM 22  know, for viscosity, to get the right properties, and they had

08:39AM 23  2, 3 percent of lost circulation material that was pretty fine

08:39AM 24  material that was mixed in it.

08:39AM 25     So I didn't see the LCM part of that as significant as

08:39AM  1    what a lot of people were -- you know, were concluding it was.

08:39AM  2    To me what was significant that would make the spacer tend to

08:39AM  3    plug stuff, if it got in the wrong place, was barite.  Barite

08:39AM  4    is a good plugging agent.

08:39AM  5         And barite was going to be there whether they started from

08:39AM  6    scratch and mixed it -- you know, a new spacer without starting

08:39AM  7    from the LCM material, it was still going to be there in about

08:40AM  8    the same quantity.

08:40AM  9         You know, what it appeared to me M-I was trying to do was

08:40AM 10    manage waste, that you don't generate more waste than you need

08:40AM 11    to.  That's not a good waste management procedure.  So they

08:40AM 12    were trying to use things rather than generate additional

08:40AM 13    waste.

08:40AM 14         So I could understand, you know, what the goals were.  And

08:40AM 15    I couldn't see where using the unused LCM spacer made any

08:40AM 16    difference.  It would have been basically the same situation if

08:40AM 17    they had started from scratch and mixed a spacer that had no

08:40AM 18    LCM in it.

08:40AM 19    Q.   Well, you do say in your report that it likely resulted in

08:40AM 20    fluid being displaced in a manner that the rig crew did not

08:40AM 21    fully understand.  That's fair?

08:40AM 22    A.   Right.  We're talking about spacer.  Now, if you take the

08:40AM 23    LCM off of that, then I'm less cautious about what you're

08:40AM 24    saying.

08:41AM 25    Q.   Right.  I have no intent to explore the LCM spacer issues.

7768

08:41AM 1    We've withdrawn Wintrich's (spelled phonetically) report.

08:41AM 2    A.    Okay.

08:41AM 3    Q.    My only point is use of that spacer complicated the

08:41AM 4    ability of the rig crew to understand the displacement

08:41AM 5    procedure and what was going on?

08:41AM 6    A.    Well, you always have a spacer, but the use of a spacer

08:41AM 7    that was not put completely above the BOP stack complicated

08:41AM 8    their ability to understand the test.

08:41AM 9    Q.    And then once the rig crew performed a sheen test, about

08:41AM 10   9:08 to 9:14, after that point, fluid was diverted overboard.

08:41AM 11        Do you recall that?

08:41AM 12   A.    I couldn't tell if it was diverted overboard at the

08:41AM 13   beginning of the sheen test or after the sheen test.  That was

08:41AM 14   a confusing thing that I couldn't get completely resolved.

08:41AM 15   Q.    While we may be uncertain on the precise time, at some

08:41AM 16   point in that period, flow was diverted overboard?

08:41AM 17   A.    It was.  It may have been diverted overboard too soon, you

08:42AM 18   know.  That may have been part of why things were missed.  But

08:42AM 19   still, you know, they had flow meters in both places, so even

08:42AM 20   though they had diverted overboard, there was still the

08:42AM 21   Halliburton flow meter that should have been available that

08:42AM 22   would have been able to detect flow.

08:42AM 23   Q.    The Transocean flow meter?

08:42AM 24   A.    Yes.

08:42AM 25   Q.    Not the Halliburton?

08:42AM 1    A.   Not the Halliburton.

08:42AM 2    Q.   I want to explore your answer a little bit, because you

08:42AM 3    used *they*, and that's a very broad pronoun.

08:42AM 4        You understand that there were two flow-out sensors on the

08:42AM 5    rig?

08:42AM 6    A.   Yes.

08:42AM 7    Q.   There was a Sperry-Sun flow-out sensor, there was a sonic

08:42AM 8    type, and then there was a Transocean paddle sensor.

08:42AM 9    A.   Yes.  I understand.

08:42AM 10   Q.   When flow was diverted, it bypassed the Sperry flow-out

08:42AM 11   sensor?

08:42AM 12   A.   And went to the Transocean flow sensor and then overboard.

08:42AM 13   Q.   A Sperry-Sun mud logger did not have access to information

08:42AM 14   from the Transocean flow sensor?

08:42AM 15   A.   Well, I couldn't tell that for sure.  I mean, he talked

08:42AM 16   about he could go to a different monitor or something and look

08:42AM 17   it up.  I mean, it was -- normally all the sensor information

08:43AM 18   comes in, and I'm not exactly sure how Sperry had hooked up

08:43AM 19   with the various rig sensors.

08:43AM 20       But that's -- you know, that's always an issue on a rig

08:43AM 21   is, whose sensor am I going to use?  Am I going to use mine,

08:43AM 22   theirs, both?  But that's all part of the job.

08:43AM 23   Q.   You understand that BP informed Sperry -- or advised

08:43AM 24   Sperry not to use the Transocean flow-out sensor years before,

08:43AM 25   and that's why the Sperry flow-out sensor was initially

08:43AM 1    installed?

08:43AM 2    A.   Well, no, I'm not aware of that.  I suppose what they said

08:43AM 3    was, "Let's rely on the more accurate flow sensor in the data

08:43AM 4    that you're reporting to us."  You know.  I'm sure they didn't

08:43AM 5    say -- or I would be surprised if they said, you know, "Don't

08:43AM 6    monitor the other flow sensor at all."

08:43AM 7    Q.   That's not an issue you've looked into?

08:43AM 8    A.   No.

08:43AM 9    Q.   I want to talk about the missed kick indicator you

08:44AM 10   mentioned, and I think the starting point is what standard kick

08:44AM 11   indicators are.  And I think you and I both agree that the

08:44AM 12   primary indicators of a kick are increased flow out and

08:44AM 13   increased pit gains relative to other constants in the well.

08:44AM 14   A.   Right.  Those are the most reliable, you know, that you

08:44AM 15   really pay close attention to, is comparison of flow in and

08:44AM 16   flow out and the level of fluid in the tank.  Is it going up or

08:44AM 17   going down?  Either one of those is bad.

08:44AM 18   Q.   Now, with respect to standpipe pressure, it's my

08:44AM 19   understanding that the standard kick indicator for standpipe

08:44AM 20   pressure is a decrease in that pressure.  Would you agree with

08:44AM 21   that?

08:44AM 22   A.   No.  You know, we always taught in our program that either

08:44AM 23   an increase or a decrease is an indicator of a kick.

08:44AM 24   Q.   I think yesterday, in response to Mr. Hymel's questions,

08:44AM 25   you talked about IADC being the industry standard.

08:45AM 1     Do you recall that?

08:45AM 2  A.   Yes.

08:45AM 3  Q.   I want to look at what IADC well control guidelines say

08:45AM 4  about that.  It's TREX-60105.

08:45AM 5     You're familiar with the IADC deepwater well control

08:45AM 6  guidelines, Dr. Bourgoyne?

08:45AM 7  A.   Yes.

08:45AM 8  Q.   If we go to the page ending Bates 3037, Section 2.1.1,

08:45AM 9  summary.

08:45AM 10    It says, "The standard well kick warning signs are the

08:45AM 11 same in deepwater as in shallow water."

08:45AM 12    Then the first two are the ones we just talked about, flow

08:45AM 13 rate increase, pit volume increase.

08:45AM 14    Do you see that?

08:45AM 15 A.   Yes.

08:45AM 16 Q.   There are a series of other ones in here that deal

08:45AM 17 primarily with drilling operations that we don't need to

08:45AM 18 discuss now, but if you look at the fourth bullet point, it

08:45AM 19 says, "Decrease in pump pressure."

08:45AM 20    Do you see that?

08:45AM 21 A.   Yes.

08:45AM 22 Q.   Do you see anywhere on this list from IADC an increase in

08:46AM 23 pump pressure?

08:46AM 24 A.   No.  But they missed one.  Because normally when a kick

08:46AM 25 comes in, flow out exceeds flow in, you know, that's part of

08:46AM 1   what happens, because now you're pumping and it's kicking.

08:46AM 2       So the increased frictional pressure loss up the annulus

08:46AM 3   causes the pump pressure to go up.  And then if you don't catch

08:46AM 4   the kick and it continues, and the kick fluid is lighter than

08:46AM 5   the mud, as you get more and more of this light fluid in the

08:46AM 6   annulus, then the drill pipe pressure will turn and go down and

08:46AM 7   continue to decrease until such times that you do catch the

08:46AM 8   kick.

08:46AM 9       So either an increase or a decrease is a warning sign.

08:46AM 10  And I agree it's not on this list, but --

08:46AM 11  Q.   You and the IADC may disagree on this point?

08:46AM 12  A.   Well, I don't know that we disagree.  I think they just

08:46AM 13  left one off.

08:46AM 14  Q.   Let's turn to TREX-41556.

08:47AM 15      Now, this is an SPE, Society of Petroleum Engineers,

08:47AM 16  reprint on well control.  Are you familiar with this,

08:47AM 17  Dr. Bourgoyne?

08:47AM 18  A.   Yes.  I think I was chairman of the committee that put

08:47AM 19  that one together.

08:47AM 20  Q.   That's accurate.  Let's turn to page 3 of the exhibit,

08:47AM 21  41556.

08:47AM 22      You wrote the preface as chairman of the SPE reprint

08:47AM 23  committee?

08:47AM 24  A.   Yes.

08:47AM 25  Q.   Now, I want to focus, just briefly, on a couple articles

08:47AM  1    that are included in this reprint series.  The first one starts

08:47AM  2    at page 41 of TREX-41556.  And this is an article on kick

08:47AM  3    detection and gas cutting.

08:47AM  4         Do you generally recall this article?

08:47AM  5    A.   Yes.  I think that's an article by Bill Rehm; is that

08:47AM  6    right?

08:47AM  7    Q.   Yes, sir.

08:47AM  8    A.   Yes.

08:47AM  9    Q.   Now, on the right-hand column -- if you blow the whole

08:47AM 10    thing up, Rob -- the first two kick indicators it talked about

08:48AM 11    are what we've said, there is the drilling break and the second

08:48AM 12    indication is an increase in flow rate.

08:48AM 13         Do you see that?

08:48AM 14    A.   Yes, uh-huh (affirmative response).

08:48AM 15    Q.   Then if we turn to page 43 of this article, in the

08:48AM 16    left-hand column, go down to four, under paragraph 3, a third

08:48AM 17    kick indicator is mud pit volume.

08:48AM 18         That's what we've just discussed, too, Dr. Bourgoyne,

08:48AM 19    right?

08:48AM 20    A.   Yes.

08:48AM 21    Q.   Number 4 is the circulating pressure decrease, and goes on

08:48AM 22    to explain that.

08:48AM 23         Do you see that?

08:48AM 24    A.   Yes.

08:48AM 25    Q.   Do you recall anywhere in this kick detection and gas

7774

08:48AM 1   cutting article mention of an increase in standpipe pressure

08:48AM 2   being an indicator of a kick that a mug logger should notice?

08:48AM 3   A.   I don't think this paper was directed toward mud loggers

08:48AM 4   particularly.  I think in general this article was directed

08:49AM 5   towards a drilling situation and how you detect kick.  And I

08:49AM 6   guess you didn't mention increase in pump pressure, but that's

08:49AM 7   not to say that's not also an indicator.  Like I say, we always

08:49AM 8   covered it in our LSU well control school.

08:49AM 9   Q.   It's not included in the SPE paper?

08:49AM 10   A.   Correct.  You know, Bill Rehm didn't include it in this

08:49AM 11   paper.  That's right.

08:49AM 12   Q.   Let's go to the next article I want to talk about on

08:49AM 13   page 179.  This is an article on kick prevention, detection and

08:49AM 14   control.

08:49AM 15       Do you generally recall this IADC paper?

08:49AM 16   A.   Yes.  Uh-huh (affirmative response).

08:49AM 17   Q.   Let's turn to page 183, Section 5, on the left-hand

08:49AM 18   column, talks about kick indicators.

08:49AM 19       Do you see that, Dr. Bourgoyne?

08:49AM 20   A.   Yes.

08:49AM 21   Q.   Section 5.1 talks, again, about drilling kick indicators:

08:49AM 22   A drilling break, increased flow, pit gain, pump pressure

08:50AM 23   decrease, mud weight decrease.

08:50AM 24       Do you see that?

08:50AM 25   A.   I do.

08:50AM 1    Q.    This paper, too, doesn't talk about an increase in

08:50AM 2    standpipe pressure being a kick indicator?

08:50AM 3    A.    No.  But it's still there.  What they appear to be

08:50AM 4    focusing on are the later signs after you have a big kick.  The

08:50AM 5    pump pressure increases while drilling would happen when the

08:50AM 6    kick first starts coming in.

08:50AM 7    Q.    Well, wouldn't the first sign be an increase in flow rate

08:50AM 8    and/or the pit volumes changing?

08:50AM 9    A.    That too.  All those things would be there.

08:50AM 10   Q.    So it's not entirely fair to say that they are only

08:50AM 11   focusing on the later indicators, is it, because they are

08:50AM 12   focusing on the initial indicators?

08:50AM 13   A.    Well, in terms of pump pressure, they are only focusing

08:50AM 14   on, if you missed it on the early ones, it would show up later.

08:50AM 15   Q.    Do you recall Mr. Keith's testimony that in 19 1/2 years

08:50AM 16   as a mug logger, he's never missed a kick, and every time it's

08:50AM 17   been a decrease in standpipe pressure, not an increase?

08:50AM 18   A.    No, I didn't recall that.  I did recall something about

08:51AM 19   him saying that he never missed a kick before.

08:51AM 20   Q.    Do you recall Mr. Barnhill testifying that the standard

08:51AM 21   expected response is a decreased in standpipe pressure?

08:51AM 22   A.    I didn't recall that.  I think you're showing that that's

08:51AM 23   what's always on the list, that not everybody is putting out a

08:51AM 24   thorough list.

08:51AM 25   Q.    So the industry standard, at least according to these SPE

08:51AM 1    papers, the IADC deepwater well control guidelines is to look

08:51AM 2    for a decrease in standpipe pressure?

08:51AM 3    A.   Yes.  And, of course, in all of this, we're talking about

08:51AM 4    drilling operations, not temporary abandonment displacement,

08:51AM 5    which is an entirely different configuration.

08:51AM 6    Q.   Understood.

08:51AM 7         Now, I want to talk about the specific missed kick

08:51AM 8    indicators that you have in your report.  So let's pull up

08:51AM 9    D-4205A.

08:52AM 10        Do you recall talking about this with Mr. Brock yesterday?

08:52AM 11   A.   Yes.

08:52AM 12   Q.   I think, if I understand correctly, you are saying that

08:52AM 13   there were three missed indicators:  There was an increase in

08:52AM 14   flow out, about 2107.  There was a 100 psi increase in

08:52AM 15   standpipe pressure from 2101 to -08.  And then there was a

08:52AM 16   246 psi increase during the sheen test from 2108 to 2114.

08:52AM 17        Are those the three indicators you're saying were missed

08:52AM 18   by the rig crew that night?

08:52AM 19   A.   Yes.  Because I think the first indicator where flow out

08:52AM 20   jumped up, you know, again, Joe Keith's testimony in different

08:52AM 21   places was different things, but I do remember at least in one

08:52AM 22   place saying that he had called in regard to, you know, "What's

08:52AM 23   happening here?"  And he was told that they were draining the

08:52AM 24   trip tank.

08:52AM 25   Q.   And you told Mr. Brock yesterday that they were draining

08:53AM  1    the trip tank in this period, so it was going to complicate or

08:53AM  2    confuse the ability to see flow out.

08:53AM  3    A.    Right.

08:53AM  4    Q.    You understand that Joe Keith has consistently testified

08:53AM  5    that at 2108 he did a visual flow check and confirmed that the

08:53AM  6    well was not flowing?

08:53AM  7    A.    I understand that he said that, but at the same time the

08:53AM  8    evidence is clear that the well was flowing, you know, from all

08:53AM  9    the other indicators.

08:53AM 10    Q.    The other indicators being a slight increase in standpipe

08:53AM 11    pressure?

08:53AM 12    A.    Well, for example, when you turn the pumps off, and you

08:53AM 13    look at the pressure trim there, that's saying fluid is moving.

08:53AM 14    And if you do a simple hydrostatic analysis, it's showing that

08:53AM 15    your shut-in pressure is at least twice as high as it should

08:53AM 16    have been.  So --

08:53AM 17    Q.    You're talking about during the sheen test, is that what

08:53AM 18    you're saying?

08:53AM 19    A.    Yes.

08:53AM 20          MR. BROCK:  Your Honor, I think he was cut off on that

08:54AM 21    answer.  I'd just object to being --

08:54AM 22    BY MR. HARTLEY:

08:54AM 23    Q.    I didn't mean to interrupt you, Dr. Bourgoyne.

08:54AM 24          THE COURT:  Go ahead and finish.

08:54AM 25          THE WITNESS:  Yes, during the sheen test.  And if

08:54AM 1    you're looking at that pump pressure, it increased there.  It

08:54AM 2    starts around 1,000 pounds and going up quite fast.

08:54AM 3              You know, with some little simple hydrostatic

08:54AM 4    analysis of what fluid you have remaining in the riser, it

08:54AM 5    should have been obvious that the pressure should have been

08:54AM 6    only about 500 pounds.  So it's not only the fact that it's

08:54AM 7    going up, it's the magnitude of the pressure that's indicating

08:54AM 8    the well is clearly flowing, to have this -- these pressures

08:54AM 9    show up.

08:54AM 10             So yes, he said he checked, but, you know,

08:54AM 11   maybe he checked on the wrong side of the valve or -- I don't

08:54AM 12   know.  It's just inconsistent.

08:54AM 13   BY MR. HARTLEY:

08:54AM 14   Q.   Now, that answer you just gave relates to the increase in

08:54AM 15   standpipe pressure during the sheen test from 2108 to 2114?

08:54AM 16   A.   Right.  I was talking about the increase in standpipe

08:55AM 17   pressure while all the pumps are turned off.  And the magnitude

08:55AM 18   of the pressure.

08:55AM 19   Q.   What I want to do -- I understand your position on that.

08:55AM 20   I want to focus on the ones before that.  You said that there

08:55AM 21   was 100 psi increase from 2101 to -07 or so, and then there was

08:55AM 22   an increase in flow out at 2107.

08:55AM 23   A.   Right.

08:55AM 24   Q.   You got that in mind?

08:55AM 25   A.   Yes.

08:55AM 1    Q.   We're going to kind of break between and after 2108.

08:55AM 2    A.   Okay.

08:55AM 3    Q.   Focusing just on those first two supposed indicators,

08:55AM 4    Joe Keith did a visual flow check after both of those would

08:55AM 5    have arisen and confirmed the well was not flowing.

08:55AM 6    A.   But the well was flowing.

08:55AM 7    Q.   Based on the data, but not his observation.  You're

08:55AM 8    discounting him looking at the well?

08:55AM 9    A.   I'm discounting that because the data is teaching me

08:55AM 10   otherwise.

08:55AM 11   Q.   And you recognize, I think, in your report that most of

08:55AM 12   the blowout or most of the kick, the fluids, came up out of the

08:56AM 13   well after 2110?  After the Sperry-Sun sensor was bypassed?

08:56AM 14   A.   Yes, I think that's right.

08:56AM 15   Q.   So from that point forward, Mr. Keith wouldn't have been

08:56AM 16   able to see flow out pit changes reflecting any kick from the

08:56AM 17   well?

08:56AM 18   A.   Unless you took an effort to see what the Transocean

08:56AM 19   flow-out sensor was showing.

08:56AM 20   Q.   Unless he could see that?

08:56AM 21   A.   Right.

08:56AM 22   Q.   I want to talk briefly about the well control component

08:56AM 23   after we get past the mud logging.  I think Mr. Hymel walked

08:56AM 24   you through some of the Transocean policies yesterday and

08:56AM 25   indicated that -- you indicated that the policies that

08:56AM 1   Transocean had, the well control handbook, the field operations

08:56AM 2   manual, the *Deepwater Horizon* emergency response manual are all

08:57AM 3   consistent with industry standards in your mind.

08:57AM 4   A.   Yes.

08:57AM 5   Q.   You're familiar with API RP59, too, dealing with well

08:57AM 6   control?

08:57AM 7   A.   Yes.

08:57AM 8   Q.   Now, in each of those, the industry standard is, upon

08:57AM 9   detection or suspicion of a kick, you immediately shut in; is

08:57AM 10  that fair?

08:57AM 11  A.   That's fair.

08:57AM 12  Q.   And you understand that the Transocean drill crew, about

08:57AM 13  9:27, 9:30, saw a pressure differential and turned off the

08:57AM 14  pumps?

08:57AM 15  A.   Yes.  I was somewhat surprised that they didn't shut in

08:57AM 16  and then investigate, but they investigated before shutting in.

08:57AM 17  Because, like I say, there was no risk associated with shutting

08:57AM 18  in.  But, you know, they seemed to go back to their normal

08:57AM 19  drilling situation training, even though this was not drilling

08:57AM 20  ahead, this was a displacement.

08:57AM 21  Q.   And Mr. Barnhill, when he was here, testified that in his

08:57AM 22  mind the Transocean drill crew should have flow checked and

08:57AM 23  shut in at 2131.  Would you agree with that time frame?

08:58AM 24  A.   Well, like I say, I would have backed it up a little bit.

08:58AM 25  Q.   Even earlier in the evening?

08:58AM 1    A.    Well, you know, the information we were just looking at,

08:58AM 2    where -- you know, at the sheen test, in other words, if they

08:58AM 3    would have done a proper flow check at that point, I think it

08:58AM 4    would have indicated that they -- that the well was flowing.

08:58AM 5    Q.    Okay.  I understand.

08:58AM 6          Let's assume all of the operations were the same that

08:58AM 7    night until 9:27 or so when the drill crew noticed there was a

08:58AM 8    pressure differential.  At that point, would you agree with

08:58AM 9    Mr. Barnhill that the drill crew should have done a flow check

08:58AM 10   and shut in at about 2131?

08:58AM 11   A.    Yes.  Or shut in and done a flow check, one or the other.

08:58AM 12   Q.    In any event, get the well under control right away?

08:58AM 13   A.    Yes.

08:58AM 14   Q.    And you would agree with Mr. Ezell, when he testified here

08:58AM 15   from the stand, that there was easily time to shut in the well

08:58AM 16   before hydrocarbons got into the riser?

08:59AM 17   A.    At what time now?

08:59AM 18   Q.    Are you familiar with the modeling suggestion that

08:59AM 19   hydrocarbons first entered the riser at 2138?

08:59AM 20   A.    Yes.  That's what I also concluded from looking at the

08:59AM 21   pressure signatures.

08:59AM 22   Q.    You would agree that there was easily time to shut in

08:59AM 23   before hydrocarbons entered the riser?

08:59AM 24   A.    Between what time and what time?

08:59AM 25   Q.    Between 9:27, when they noticed a pressure differential,

7782

08:59AM 1    and 9:38, when the hydrocarbons got to the riser?

08:59AM 2    A.    27 to 38, yes, they had enough time to shut it in.

08:59AM 3    Q.    Had they done that, we would have avoided the blowout?

08:59AM 4    A.    Yes.  Most likely.

08:59AM 5    Q.    Most likely.

08:59AM 6          Last topic, Dr. Bourgoyne, is the diverter.  I know you've

08:59AM 7    talked about it at some on the length.  I'm going to try to be

08:59AM 8    brief.

08:59AM 9          It's your understanding that the Transocean drill crew

08:59AM 10   first routed fluid to the mud-gas separator?

08:59AM 11   A.    Yes.  That's what the evidence shows.

08:59AM 12   Q.    Are you aware of any indication that -- based on your

08:59AM 13   study, that they ever actually routed it overboard?

09:00AM 14   A.    No.  You know, I didn't see any indication of that.

09:00AM 15   Q.    You told Mr. Brock yesterday that at 2138, when

09:00AM 16   hydrocarbons first entered the riser, there was a dangerous

09:00AM 17   situation because there was a bunch of hydrocarbons in the

09:00AM 18   riser, something that you had an emergency situation to deal

09:00AM 19   with, is that fair?

09:00AM 20   A.    Absolutely.

09:00AM 21   Q.    That once you --

09:00AM 22   A.    It's becoming extremely dangerous from that point forward.

09:00AM 23   Q.    Urgency and action is critical?

09:00AM 24   A.    Yes.

09:00AM 25   Q.    Both Transocean policy and the industry standard as you

09:00AM 1   understand it is to send fluid overboard, not to the mud-gas

09:00AM 2   separator?

09:00AM 3   A.    Yes.

09:00AM 4   Q.    Now, do you have an understanding that if the drill crew

09:00AM 5   had routed fluid overboard to the 14-inch downwind line,

09:00AM 6   whether that would have avoided any fire or explosion?

09:00AM 7   A.    I feel confident that that would have avoided fire and

09:00AM 8   explosion, if the diverter were, you know, of an adequate size

09:01AM 9   to handle the flow.

09:01AM 10             MR. HARTLEY:  Thank you, Dr. Bourgoyne.

09:01AM 11                  I pass the witness, Your Honor.

09:01AM 12             THE COURT:  Okay.

09:01AM 13             MR. BROCK:  Your Honor, may we proceed?

09:01AM 14                        REDIRECT EXAMINATION

09:01AM 15       BY MR. BROCK:

09:02AM 16   Q.    Dr. Bourgoyne, I just want to go back and touch on some

09:02AM 17   issues that you have been questioned about yesterday and today.

09:02AM 18         First of all, yesterday afternoon, Mr. Spiro read you some

09:02AM 19   deposition testimony from the MMS representatives, and I

09:02AM 20   believe you shared with the Court that their testimony on the

09:02AM 21   definition of safe drilling margin was somewhat confusing in

09:02AM 22   terms of the information you looked at.

09:02AM 23         I want to show you now a couple of excerpts from the MMS

09:02AM 24   in terms of their understanding of the safe drilling margin

09:02AM 25   issue as it relates to the regulations.

09:02AM 1        First of all, I would like to look at David Trocquet, the

09:02AM 2   district manager of the New Orleans district of the MMS and a

09:02AM 3   former student of yours, I think you said yesterday.

09:02AM 4   A.   Yes.

09:02AM 5   Q.   Do you see his testimony there?

09:02AM 6   A.   Yes.

09:02AM 7   Q.   He's asked the question:

09:02AM 8        "QUESTION:  I'll ask you in your personal status, what are

09:02AM 9   your understandings of the safe drilling margins?

09:03AM 10       "ANSWER:  That there's a margin of the mud weight being

09:03AM 11  greater than the pore pressure.

09:03AM 12       "QUESTION:  Okay.

09:03AM 13       "ANSWER:  Then, there's a safe margin of the fracture

09:03AM 14  gradient of the last exposed shoe versus the mud weight.

09:03AM 15       "QUESTION:  Okay.  Any others?

09:03AM 16       "ANSWER:  No."

09:03AM 17       Is that one of the depositions that you looked at in the

09:03AM 18  preparation of your opinions in this case?

09:03AM 19  A.   Yes.

09:03AM 20  Q.   So that the Court can understand what he is referencing

09:03AM 21  here, just to be sure, if we could look at D-4726, please,

09:03AM 22  D-4726.

09:03AM 23       Now, if we look at the top, which is the equivalent

09:03AM 24  surface mud weight in a static well condition, when he says

09:03AM 25  that you look first at the mud weight being greater than the

09:03AM 1    pore pressure, if we look at the top line, is that the safe

09:03AM 2    kick or swab margin shown on the left there?

09:04AM 3    A.    Yes.  That would be the left edge of the green box.

09:04AM 4    Q.    What is the considered the safe kick or swab margin at

09:04AM 5    that end of the scale?

09:04AM 6    A.    As depicted here, it would be the right edge of the green

09:04AM 7    box.

09:04AM 8    Q.    Is that generally thought to be in the range of .2?

09:04AM 9    A.    Well, the .2 is on the -- what's indicated, the safe kick

09:04AM 10   or swab margin up there.

09:04AM 11        On the fracture ECD margin, it's usually .5, but, with

09:04AM 12   special permission, down to .3 or .2.

09:04AM 13   Q.    Right.  The point here is, is that he's defining two

09:04AM 14   things in his answer, that is, the swab margin at the left end

09:04AM 15   of the scale there, and the safe fracture or safe drilling

09:04AM 16   margin on the right side there?

09:04AM 17   A.    Right.  They use the word "drilling margin" for both

09:04AM 18   margins.

09:04AM 19   Q.    So when he says:  "The fracture gradient of the last

09:05AM 20   exposed shoe versus the mud weight," is he giving a definition

09:05AM 21   here under oath that's consistent with what you've testified

09:05AM 22   to?

09:05AM 23   A.    Yes.  You know, you can see it would be the shoe test

09:05AM 24   minus the margin would get you to the right-hand edge of the

09:05AM 25   green box there.

09:05AM 1    Q.    All right.  Thank you.

09:05AM 2          Let's look at the testimony of Michael Saucier, the MMS

09:05AM 3    regional supervisor, D-4908.

09:05AM 4          Do you see that he is asked here:

09:05AM 5          "QUESTION:  Just to be clear, the safe drilling margin is

09:05AM 6    tied to the result of the pressure integrity test, correct?

09:05AM 7          "ANSWER:  And the mud weight, yes.

09:05AM 8          "QUESTION:  And the mud weight, correct?

09:05AM 9          "ANSWER:  Yes."

09:05AM 10         Then this next question:

09:05AM 11         "QUESTION:  And the result of the pressure integrity test

09:05AM 12   is a fracture gradient measurement at a specific point,

09:05AM 13   correct?

09:05AM 14         "ANSWER:  As if -- it's the formation integrity of the

09:05AM 15   formation at the casing shoe."

09:05AM 16         Correct?

09:05AM 17   A.    That's what he said.

09:05AM 18   Q.    Is that consistent with the testimony that you've given to

09:06AM 19   the Court?

09:06AM 20   A.    Yes, and consistent with the -- my understanding of the

09:06AM 21   way industry operates, what I've observed over my 45 years of

09:06AM 22   experience.

09:06AM 23   Q.    Thank you.

09:06AM 24         Last, let's look at the testimony of Mr. Frank Patton at

09:06AM 25   D-4867.

09:06AM 1     Do you know Mr. Frank Patton?

09:06AM 2  A.   No.  I don't believe I've ever met Frank.  I may have, you

09:06AM 3  know, at some of the meetings we've had at LSU, but I don't

09:06AM 4  recall.

09:06AM 5  Q.   Do you see his -- he's shown here as an MMS drilling

09:06AM 6  engineer, do you see that?

09:06AM 7  A.   Yes.

09:06AM 8  Q.   Do you know where he lives and works?

09:06AM 9  A.   Well, New Orleans or Metairie.

09:06AM 10  Q.   Okay.  It says:

09:06AM 11  "QUESTION:  And the MMS internal policy for drilling

09:06AM 12  margin is you should have a .5 point per gallon window between

09:06AM 13  the formation integrity test and the mud weight?"

09:06AM 14  He says:

09:06AM 15  "ANSWER:  That is correct.

09:06AM 16  "QUESTION:  And it's not actually between the fracture

09:06AM 17  gradient and the mud weight?

09:07AM 18  "ANSWER:  No.  No, not the fracture gradient.  It's what's

09:07AM 19  above the casing.  The last casing shoe was actually tested,

09:07AM 20  too."

09:07AM 21  Do you see that?

09:07AM 22  A.   Yes.

09:07AM 23  I think it's clear that he's worried about the shoe

09:07AM 24  because he wants to protect those weak sediments that have been

09:07AM 25  covered by casing and cement, yeah.

09:07AM 1    Q.   Let's see TREX-8173.61.1.

09:07AM 2         This is a realtime -- a plot of realtime data recorded

09:07AM 3    during the negative test.

09:07AM 4         This comes right out of your report, does it not?

09:07AM 5    A.   That's correct.

09:07AM 6    Q.   Now, if we look at the time frames here, is this pressure

09:07AM 7    increase over here the pressure increase that occurred during

09:07AM 8    the test that was being conducted on the drill pipe?

09:08AM 9         Look at the time, so from about 5:00 to 5:30 right there.

09:08AM 10   A.   Yeah.  You can see they bled the drill pipe down.  You

09:08AM 11   know, they are bleeding the pressure off, and the pressure goes

09:08AM 12   up.

09:08AM 13        Then it stays up, except the annular pressure is leaking.

09:08AM 14   So you're getting some change at this point due to the leaking

09:08AM 15   past the blowout preventer.

09:08AM 16   Q.   Does this information that is depicted here, does this

09:08AM 17   demonstrate that this is not a good test, that is, that it does

09:08AM 18   not confirm that you have zonal isolation?

09:08AM 19   A.   Yes.  The fact that you're seeing pressure here should

09:08AM 20   have been interpreted that, you know, things are not right.

09:08AM 21   Q.   In your opinion, is this a pressure anomaly during the

09:08AM 22   negative test between the hours of about 5:05 or 5:30 that

09:08AM 23   should have been investigated by the crew, by the BP and

09:09AM 24   Transocean men on the rig?

09:09AM 25   A.   Right.  They were doing some investigating, but they were

09:09AM  1    more looking for the -- you know, the leakage.

09:09AM  2         So, you know, they did determine that the annular

09:09AM  3    preventer was leaking, but they didn't really fully appreciate

09:09AM  4    the meaning of this pressure increase.

09:09AM  5    Q.   Would it be correct that your opinion would be that if

09:09AM  6    there had been an investigation of this anomalous pressure

09:09AM  7    reading, that the crew would have discovered at that time

09:09AM  8    communication with the well?

09:09AM  9    A.   Yes, I think, even at that point in time, it was clear

09:09AM  10   that the well was indicating that the cement job was not

09:09AM  11   holding.

09:09AM  12   Q.   Okay.  Now, they go on to set up the case on the -- the

09:09AM  13   test on the kill line.  This would be the pressure that is

09:09AM  14   being seen on the -- on the drill pipe during the conduct of

09:09AM  15   the test on the kill line?

09:10AM  16   A.   That's correct.

09:10AM  17        You know, you can see here they had bled the drill pipe

09:10AM  18   pressure off again, and then, you know, it's steadily coming

09:10AM  19   up.

09:10AM  20        Then they are over here focusing on the kill line pressure

09:10AM  21   and making sure it's full, and it's not showing any pressure;

09:10AM  22   so, they are disregarding the drill pipe indication.

09:10AM  23   Q.   The test, as set up and conducted, answered the question

09:10AM  24   of whether or not there was zonal isolation consistently and

09:10AM  25   repeatedly, correct?

09:10AM 1      A.    That's correct.  And missed repeatedly.

09:10AM 2      Q.    Yes, sir.

09:10AM 3            Now, you mentioned yesterday in response to some questions

09:10AM 4      that -- by Mr. Roy that the parties made some mistakes in the

09:10AM 5      temporary abandonment phase of the well operations, do you

09:10AM 6      remember that?

09:10AM 7      A.    Yes.

09:11AM 8      Q.    I'll just ask you quickly to look at 8173.10.0.

09:11AM 9            Would it be right that your opinion would be that the

09:11AM 10     mistakes that were made during the temporary abandonment phase

09:11AM 11     are the things you've talked about the last couple of days:

09:11AM 12     The failure to correctly interpret the negative pressure test

09:11AM 13     of the cement seals; the failure to detect the influx of

09:11AM 14     formation fluids into the casing; and, the failure to divert --

09:11AM 15     use the diverter system to vent overboard the oil?

09:11AM 16     A.    That's correct.

09:11AM 17     Q.    You were asked some questions yesterday using a chart, and

09:11AM 18     there were several decisions on the chart.  I just want to ask

09:11AM 19     you about one or two of those, if I could, quickly.

09:12AM 20           Could I have the ELMO, please.

09:12AM 21           I've just put on the screen D-4756, which is actually an

09:12AM 22     exhibit I think we used yesterday.

09:12AM 23           I want to focus our conversation right now on the issue of

09:12AM 24     the cement plug that you were questioned about yesterday -- I

09:12AM 25     think it was Number 9 on Mr. Roy's list -- displacing riser

09:12AM  1    before setting cement plug.  Do you remember that conversation?

09:12AM  2    A.    Yes.

09:12AM  3    Q.    Now, this is showing here the negative test as it was

09:12AM  4    actually set up and conducted, correct?

09:12AM  5    A.    Yes.

09:12AM  6    Q.    You agree that it was an appropriate procedure, and that

09:13AM  7    the test, as we've said, answered the question, right?

09:13AM  8    A.    Yes.

09:13AM  9    Q.    All right.  Now, if a cement plug were utilized before the

09:13AM 10    conduct of the negative test, that is, a 300-foot cement plug

09:13AM 11    had been placed in the well before the test was conducted,

09:13AM 12    would you have met what you described yesterday as the primary

09:13AM 13    purpose of the test, which was to look at whether or not you

09:13AM 14    had achieved zonal isolation at the bottom of the well?

09:13AM 15    A.    No, because now you've got an additional barrier in place,

09:13AM 16    so it would not have tested that.

09:13AM 17    Q.    Mr. Regan has helped me here by saying we're going to mark

09:14AM 18    this as 4756-A.

09:14AM 19         All right, I want to ask you one last series of questions.

09:14AM 20    I'm going to put up D-3282.  I'm going to call this A, also.

09:14AM 21         This is the chart --

09:14AM 22         Could I have the ELMO, again, please.

09:14AM 23         -- that Mr. Roy showed you yesterday, but I've added

09:14AM 24    five boxes there.  Do you see that?

09:14AM 25    A.    Yes.

7792

09:14AM 1    Q.    Now, I'm not going to go back through the decisions and

09:15AM 2    your comments on the decisions.  You've testified to those

09:15AM 3    yesterday.  But I will ask you that in terms of increased risk

09:15AM 4    of blowout, the following questions:

09:15AM 5          If zonal isolation had been achieved in the bottom of the

09:15AM 6    well, would this accident, in your opinion, have occurred?

09:15AM 7    A.    No.

09:15AM 8    Q.    Is that independent of these decisions that were made by

09:15AM 9    BP that you were asked about yesterday?

09:15AM 10   A.    Yes.

09:15AM 11   Q.    Same question of the failure of the negative test.  If the

09:15AM 12   negative test had been properly interpreted, would this

09:15AM 13   accident have occurred?

09:15AM 14   A.    Not likely.

09:15AM 15   Q.    Is the failure to interpret the negative test properly

09:15AM 16   independent of the decisions that Mr. Roy asked you about

09:15AM 17   yesterday, numbers 2 through 13 here?

09:15AM 18   A.    Yes.

09:15AM 19   Q.    The failure to monitor the well, as you have discussed

09:16AM 20   today, in terms of the indications of flow at 9:01, 9:08 and

09:16AM 21   9:30, if any of those indications had been picked up and

09:16AM 22   reacted to in the proper way, would this accident have been

09:16AM 23   prevented?

09:16AM 24   A.    Yes.

09:16AM 25   Q.    Are those failures to monitor independent of the decisions

09:16AM 1    that Mr. Roy asked you about yesterday, numbers 2 through 13?

09:16AM 2    A.    You know, he's got the misinterpreting the negative

09:16AM 3    pressure test on there, but --

09:16AM 4    Q.    Yes, and I fully understand that.

09:16AM 5    A.    Yes.

09:16AM 6    Q.    Failure to engage in well control activities, that is,

09:16AM 7    conducting flow checks and shutting in the well at the times

09:16AM 8    that you have discussed, would this accident have occurred if

09:16AM 9    those actions had been taken at the appropriate time and in the

09:16AM 10   right way?

09:16AM 11   A.    If there was no failure in detection and the kick was

09:17AM 12   detected, the blowout would not have happened, almost a hundred

09:17AM 13   percent probability.

09:17AM 14   Q.    Is the failure to detect and engage in appropriate well

09:17AM 15   control actions during the period of time 9:00 to 9:38, is that

09:17AM 16   independent of the 13 -- or 12 items that Mr. Roy has on his

09:17AM 17   list here?

09:17AM 18   A.    Yes.

09:17AM 19   Q.    Then, last, I'll ask you the same question about the

09:17AM 20   failure to divert overboard.  Is it your belief that if -- is

09:17AM 21   it your opinion that if the crew had appropriately diverted

09:17AM 22   overboard, that the accident would have been avoided?

09:17AM 23   A.    Yes.

09:17AM 24   Q.    Is that failure to divert overboard independent of the

09:17AM 25   items that Mr. Roy has included on his list, numbers 2 through

09:17AM 1    13?

09:17AM 2    A.    Yes.

09:18AM 3              MR. BROCK:  That's all I have, Your Honor.  Thank you.

09:18AM 4              THE COURT:  You're done.  Thank you.

09:18AM 5              THE WITNESS:  Thank you.

09:18AM 6              THE COURT:  All right.  Who is your next witness,

09:18AM 7    Mr. Brock?

09:18AM 8              MR. BROCK:  Our next witness, Your Honor, is

09:18AM 9    Morten Emilsen.  I believe he is here.

09:18AM 10             MR. REGAN:  Judge, I guess there is a technical issue

09:18AM 11   over on this side of the room.

09:18AM 12             MR. IRPINO:  Judge, the back monitor over here has gone

09:18AM 13   out.

09:19AM 14             THE COURT:  Which monitor?

09:19AM 15             MR. IRPINO:  The back monitor over here by the door.

09:19AM 16             MS. VALENTI:  On the table, too.  On counsels' table,

09:19AM 17   too.

09:19AM 18             MR. IRPINO:  And at the plaintiffs' table.  We're

09:19AM 19   having technical difficulties.

09:19AM 20             THE COURT:  Let's take a five-minute recess.  Do we

09:19AM 21   need to get Steve or somebody up here?

09:19AM 22             THE DEPUTY CLERK:  All rise.

09:19AM 23             (WHEREUPON, at 9:19 a.m., the Court took a recess.)

09:29AM 24             THE DEPUTY CLERK:  All rise.

09:29AM 25             THE COURT:  All right.  Please be seated, everyone.

09:29AM 1     THE DEPUTY CLERK:  Raise your right hand.  Do you

2 solemnly swear that the testimony you are about to give is the

3 truth, the whole truth and nothing but the truth, so help you

4 God?

5          **MORTEN EMILSEN**

6  was called as a witness and, after being first duly sworn by

7  the Clerk, was examined and testified on his oath as follows:

09:29AM 8     THE WITNESS:  I do.

09:29AM 9     THE DEPUTY CLERK:  Please take a seat.  If you would

09:29AM 10 spell and state your name for the record.

09:29AM 11     THE WITNESS:  My name is Morten Emilsen, M-O-R-T-E-N,

09:30AM 12 E-M-I-L-S-E-N.

09:30AM 13     MR. REGAN:  Your Honor, may I proceed?

09:30AM 14     THE COURT:  Yes.

09:30AM 15     MR. REGAN:  Matt Regan on behalf of BP, and for

09:30AM 16 Mr. Emilsen's direct examination.

09:30AM 17        DIRECT EXAMINATION

09:30AM 18 BY MR. REGAN:

09:30AM 19 Q. Good morning, Mr. Emilsen.

09:30AM 20 A. Good morning.

09:30AM 21 Q. Could you tell the Court where you live?

09:30AM 22 A. I live in Oslo, Norway.

09:30AM 23 Q. You're a Norwegian, right?

09:30AM 24 A. Yes, that's correct.

09:30AM 25 Q. Is English your native language, Mr. Emilsen?

09:30AM 1   A.   No, it's not.

09:30AM 2   Q.   But you are fluent in English, correct?

09:30AM 3   A.   Yes.

09:30AM 4   Q.   What do you do for a living, Mr. Emilsen?

09:30AM 5   A.   Well, I work with Add Wellflow, the company name, a

09:30AM 6   company specializing in transient multiphase flow simulations

09:30AM 7   for blowout and well control.

09:30AM 8   Q.   We're going to, this morning, just try to explain a little

09:30AM 9   bit about transient dynamic multiphase flow simulations to the

09:31AM 10   Court, but -- and we will use pictures.

09:31AM 11      But, Mr. Emilsen, were you retained as an expert by BP in

09:31AM 12   the case?

09:31AM 13   A.   Yes, I was.

09:31AM 14   Q.   And have you ever testified as an expert or any kind of

09:31AM 15   witness in an American court before?

09:31AM 16   A.   No.  This is the first time.

09:31AM 17   Q.   Okay.  Could we have a -- D-4860.

09:31AM 18      MR. REGAN:  Your Honor, are you getting any feedback on

09:31AM 19   this mike?  Does this sound okay?

09:31AM 20      THE COURT:  It's good.

09:31AM 21      MR. REGAN:  It must be my ears.

09:31AM 22   BY MR. REGAN:

09:31AM 23   Q.   Mr. Emilsen, I've put up on the screen there

09:31AM 24   Exhibit D-4860, which has some of your background.  Could you

09:31AM 25   briefly describe your educational background to the Court?

09:31AM 1    A.    Yes.  I have a Master's degree in fluid mechanics from
09:31AM 2    Norwegian Institute of Technology in Trondheim, Norway.
09:31AM 3    Q.    You said earlier the company that you work for is called
09:32AM 4    Add Energy; is that correct?
09:32AM 5    A.    Yes.
09:32AM 6    Q.    What does Add Energy, what does it do as a company?
09:32AM 7    A.    Well, I work with Add Wellflow.  That's a company a part
09:32AM 8    of the Add Energy group, and the company specializing in
09:32AM 9    running transient multiphase flow simulations for blowouts and
09:32AM 10   well control.
09:32AM 11   Q.    So it's fair to say that what you do for a living is run
09:32AM 12   simulations of well control events or blowouts to try to figure
09:32AM 13   out after the fact what took place?  Is that one of the things
09:32AM 14   you do?
09:32AM 15   A.    Yes, that's correct.  That's our main service.
09:32AM 16   Q.    And you use software to help you do that task?
09:32AM 17   A.    That's correct.  We use a software called OLGA-WELL-KILL
09:32AM 18   to do that.
09:32AM 19   Q.    To define the term, can you explain to the Court what you
09:32AM 20   mean by *multiphase flow*?
09:32AM 21   A.    Multiphase means that the simulator itself is capable of
09:32AM 22   handling several phases, and by *phase*, I mean gas, hydrocarbon
09:33AM 23   gas, hydrocarbon liquid and water and mud at different phases.
09:33AM 24   Q.    How long have you been engaged in this type of work,
09:33AM 25   Mr. Emilsen, doing this dynamic modeling?

09:33AM 1    A.    Well, I've been running OLGA for 20 years now.

09:33AM 2    Q.    And this OLGA, or O-L-G-A, you described earlier, and we

09:33AM 3    have it on the chart, OLGA-WELL-KILL software, can you briefly

09:33AM 4    explain what OLGA-WELL-KILL is?

09:33AM 5    A.    Yes.  OLGA-WELL-KILL is a software that is tailor-made for

09:33AM 6    blowout control applications.  It is based on the commercial

09:33AM 7    available OLGA code that most of the oil companies, at least

09:33AM 8    the major ones, are using.  But the OLGA-WELL-KILL is a special

09:33AM 9    version of OLGA, if you like.

09:33AM 10   Q.    The simulations that you perform at Add Energy using this

09:34AM 11   OLGA-WELL-KILL software, what type of clients do you have?

09:34AM 12   A.    Well, all the major oil companies, as well as smaller

09:34AM 13   independent oil companies, in addition to some service

09:34AM 14   companies are using our services.

09:34AM 15   Q.    Now, in the summer of 2010, Mr. Emilsen, were you retained

09:34AM 16   by BP's Investigation Team to do a dynamic multiphase flow

09:34AM 17   simulation analysis of the Macondo blowout?

09:34AM 18   A.    That's correct.

09:34AM 19   Q.    And did you run such a simulation for the Bly Team?

09:34AM 20   A.    That's correct.

09:34AM 21   Q.    What software did you use?

09:34AM 22   A.    I used OLGA-WELL-KILL.

09:34AM 23   Q.    Was there a particular time period about the blowout that

09:34AM 24   you examined and simulated using your software?

09:34AM 25   A.    Yes.  I built a model and our simulations started at

09:34AM 1    approximately 3 o'clock in the afternoon on April 20th, and the

09:34AM 2    simulations were right until loss of realtime data at 2149.

09:35AM 3    Q.   So your work would have ended with -- around 10 o'clock, a

09:35AM 4    little bit before then, on April 20, 2010, your flow modeling

09:35AM 5    work, correct?

09:35AM 6    A.   That's right.

09:35AM 7    Q.   What type of things, at a very high level, were you

09:35AM 8    looking for in terms of running this model?  What were you

09:35AM 9    trying to do?

09:35AM 10   A.   Well, I tried to diagnose the flow situation, the

09:35AM 11   situation that led up to the blowout.

09:35AM 12       I tried to determine when hydrocarbons started to flow

09:35AM 13   into the wellbore.  I tried to determine the rate of

09:35AM 14   hydrocarbon flow into the wellbore.  I tried to investigate the

09:35AM 15   flow path of hydrocarbons from the reservoir to surface, and,

09:35AM 16   also, the surfacing of hydrocarbons, when the gas and the oil

09:35AM 17   reached surface.

09:35AM 18   Q.   All on April 20th, correct?

09:35AM 19   A.   That's correct.

09:35AM 20   Q.   And you provided a report to the Bly Team, which was used

09:35AM 21   as an appendix to their work, correct?

09:36AM 22   A.   Yes.  That's correct.

09:36AM 23   Q.   And you also, then, submitted an expert report to this

09:36AM 24   court in this matter, correct?

09:36AM 25   A.   Correct.

09:36AM 1    Q.   Let me put up TREX-40003.1.

09:36AM 2         Is this -- appear to be the cover page of the expert

09:36AM 3    simulation analysis report that you provided in this matter?

09:36AM 4    A.   Yes.

09:36AM 5    Q.   This expert report includes the work you did in the summer

09:36AM 6    of 2010, correct?

09:36AM 7    A.   Yes.  That's correct.  The Appendix W is listed as an

09:36AM 8    appendix to this expert report.

09:36AM 9    Q.   The only thing you added to your expert report for this

09:36AM 10   court was some post-physical evidence that was developed after

09:36AM 11   you were done with your modeling that you believe confirmed the

09:36AM 12   results you found in the modeling, correct?

09:36AM 13   A.   The expert report highlights the main findings from my

09:36AM 14   work during the investigation team, and also includes some

09:36AM 15   post-incident evidences, that's correct.

09:37AM 16        MR. REGAN:  Your Honor, I would offer Mr. Emilsen as an

09:37AM 17   expert in transient multiphase flow modeling and the use of

09:37AM 18   that modeling to determine the path, timing and amount of

09:37AM 19   hydrocarbons in the well.

09:37AM 20        THE COURT:  All right.  I don't see -- there are no

09:37AM 21   *Daubert* issues, right?

09:37AM 22        MR. REGAN:  There are not.  There was a motion that was

09:37AM 23   withdrawn.

09:37AM 24        THE COURT:  All right.  I'll accept him.

09:37AM 25        MR. REGAN:  I also offer Mr. Emilsen's report,

09:37AM 1    TREX-40003.

09:37AM 2              THE COURT:  All right.  It's admitted.

09:37AM 3              (WHEREUPON, at this point in the proceedings, Exhibit

09:37AM 4    Number TREX-40003 was admitted into evidence.)

09:37AM 5    BY MR. REGAN:

09:37AM 6    Q.    If we could put up D-4861.

09:37AM 7          Mr. Emilsen, we have on the screen a summary of your key

09:37AM 8    findings in your expert report.  Could you just briefly review

09:37AM 9    those for the Court.  You don't have to read it verbatim, but

09:37AM 10   just review for Judge Barbier what your findings were.

09:37AM 11   A.    Yes.  My main conclusions from the work I did with the

09:37AM 12   Bly Team was that, based on a number of simulations, I figured

09:37AM 13   out that the flow path from the reservoir to surface was

09:38AM 14   through the casing shoe and up through inside of the production

09:38AM 15   casing.

09:38AM 16   Q.    And did you determine -- after you had done that work,

09:38AM 17   after you had submitted your report, was there physical

09:38AM 18   evidence that was consistent with that?

09:38AM 19   A.    That is correct.  I learned that there were several

09:38AM 20   post-incident evidences that supported this conclusion.

09:38AM 21   Q.    The second bullet here describes the time at which you

09:38AM 22   determined flow to occur and some of the amounts.  Could you

09:38AM 23   review that briefly with the Court.

09:38AM 24   A.    Yes.  Again, based on a number of simulations, we figured

09:38AM 25   out that the well got underbalanced at 2052.  And between 2052

09:38AM 1   and 2108, when they shut down the pumps for the sheen test, a

09:38AM 2   total gain of 40 barrels was calculated by the model.

09:38AM 3   Q.   And what did your model calculate in terms of the

09:38AM 4   cumulative amount of flow that had come into the wellbore as of

09:39AM 5   the time of the loss of realtime data?

09:39AM 6   A.   Well, at 2149 there were more than 2,000 barrels inside

09:39AM 7   the wellbore.

09:39AM 8   Q.   We are not going to show the actual simulation itself and

09:39AM 9   how it works, because it actually just produces numbers,

09:39AM 10  correct?

09:39AM 11  A.   That's correct.

09:39AM 12  Q.   But could you briefly describe for Judge Barbier the type

09:39AM 13  of inputs that you use with your software to allow you to

09:39AM 14  determine the types of things such as path of flow, timing of

09:39AM 15  flow and amount of flow.

09:39AM 16  A.   Yes.   The OLGA software is a sophisticated model, and it

09:39AM 17  requires a lot of different input data.

09:39AM 18       First of all, I have to model the wellbore geometry, that

09:39AM 19  means I have to type in the casing strings, the dimensions, the

09:39AM 20  set points, the riser, kill and choke lines, the booster line

09:39AM 21  and some surface equipment.

09:39AM 22       Secondly, I need to describe the reservoir, all the

09:40AM 23  reservoir sands that are capable of flowing into the wellbore.

09:40AM 24  And important properties are:  Pressure, temperature, and some

09:40AM 25  properties that relates to how much the various sands can flow,

09:40AM 1    and those are permeability and thickness.

09:40AM 2        And, third, we need to type in some information regarding

09:40AM 3    the hydrocarbon composition.  We use a compositional approach,

09:40AM 4    meaning that we type in the amount of methane, ethane, propane,

09:40AM 5    etcetera, so we get a good representation of the hydrocarbons

09:40AM 6    in the wellbore.

09:40AM 7    Q.   In a minute we're going to show some of the charts, but

09:40AM 8    can you briefly describe to the Court how the realtime data,

09:40AM 9    which the Court has seen for several weeks now, how did you use

09:41AM 10   the realtime data from Sperry-Sun as related to your OLGA

09:41AM 11   modeling?

09:41AM 12   A.   That's a good question.  A lot of the input data to my

09:41AM 13   model was certain.  There was some data that were not so

09:41AM 14   certain, and one of them was what we call the *net pay* or the

09:41AM 15   reservoir exposure, how much of the reservoir was exposed to

09:41AM 16   the wellbore.

09:41AM 17       So what I did, I ran a number of simulations playing with

09:41AM 18   that number, if you like, in order to match the realtime data.

09:41AM 19       The most important realtime data I used was the drill pipe

09:41AM 20   pressure taken from the Sperry-Sun realtime data.

09:41AM 21   Q.   So to make sure we're on the same page, the realtime data

09:41AM 22   was known data, that was a fixed input in the sense of what

09:41AM 23   your analysis was, correct?

09:42AM 24   A.   Well, it was not a fixed input to my model, but I used it

09:42AM 25   to validate the simulations.

09:42AM 1    Q.    Okay.  If your simulation produced a result of drill pipe

09:42AM 2    pressure that didn't match the realtime data, you knew that you

09:42AM 3    had to change a different variable in your simulation.

09:42AM 4    A.    That's correct.

09:42AM 5    Q.    How many different simulations did you run, Mr. Emilsen?

09:42AM 6    A.    Well, I don't recall the exact number, but I ran hundreds

09:42AM 7    of simulations.

09:42AM 8    Q.    And in your report, you present what are called a number

09:42AM 9    of cases.  Those are some of the different possibilities that

09:42AM 10   you ran, and you explain -- we don't have to do it here

09:42AM 11   today -- but you explain why those cases did or did not fit the

09:42AM 12   realtime data, correct?

09:42AM 13   A.    That's correct.

09:42AM 14   Q.    Okay.  If we could pull up D-4342.

09:42AM 15        Now, Mr. Emilsen, I want to just go through briefly, then,

09:42AM 16   your conclusions on flow path, flow timing and flow amount.

09:43AM 17   Okay.  So let's start with flow path.

09:43AM 18        The Court has seen before here some potential flow paths

09:43AM 19   being a casing flow path, an annular flow path, and what was

09:43AM 20   called a crossover breach flow path, which starts as an annular

09:43AM 21   flow path and then comes into the wellbore.  I want to start

09:43AM 22   with the right side and go right to left.

09:43AM 23        Did you perform modeling of this crossover theory?

09:43AM 24   A.    No, I did not.

09:43AM 25   Q.    And can you explain why you did not?

09:43AM 1    A.    Well, I remember during the work with the Bly Team it was

09:43AM 2    discussed as a possible option, but it was disregarded based on

09:43AM 3    several types of information.  One of them was a positive

09:43AM 4    pressure integrity test, and there were other information

09:43AM 5    that -- that led us to not look into that.  It was not regarded

09:44AM 6    as a possible scenario.

09:44AM 7    Q.    Okay.  The one in the middle, then, the annular flow

09:44AM 8    theory, did you do modeling of that potential flow path?

09:44AM 9    A.    Yes, I did.  I ran a number of simulations, assuming that

09:44AM 10   that was the flow path from the reservoir, outside of the

09:44AM 11   casing and up to the surface.

09:44AM 12   Q.    Using your model, Mr. Emilsen, and the realtime data, was

09:44AM 13   it possible for you to simulate flow using this annular flow

09:44AM 14   path and match the recorded data and actual events of

09:44AM 15   April 20th?

09:44AM 16   A.    No, it was not possible at all.  Not to match the drill

09:44AM 17   pipe pressure nor the surfacing of hydrocarbons, so it was not

09:44AM 18   possible to achieve a match with that path.

09:44AM 19   Q.    Now, let's go to the third, the casing flow path theory,

09:44AM 20   ask you the same question.  Was it possible for you to model

09:44AM 21   the casing flow path and match the -- what you saw as the

09:44AM 22   realtime data an other evidence?

09:45AM 23   A.    Yes.

09:45AM 24   Q.    And what did you call that case in your work, in your

09:45AM 25   expert report?

09:45AM 1    A.    In my expert report, that simulation is called Case 7.

09:45AM 2    Q.    And is that conclusion, then, set forth in both your

09:45AM 3    Appendix W and then also your expert report; that is, that the

09:45AM 4    available evidence and simulation results strongly suggests

09:45AM 5    that the initial flow path was through a leaking casing shoe

09:45AM 6    and up through the inside of the casing?

09:45AM 7    A.    That's correct.

09:45AM 8    Q.    If we can go now to D-4784.

09:45AM 9          What we have on the screen here, Mr. Emilsen, is some -- a

09:45AM 10   series of just a few slides about Case 7.

09:45AM 11         In matching -- in matching Case 7, did you have to make

09:45AM 12   some assumptions about both activities on the rig and the

09:45AM 13   amount of restrictions down at the bottom of the well?

09:45AM 14   A.    Yes.  That's correct.  The main uncertainty, as I told you

09:46AM 15   earlier, was the assumption of the reservoir exposure, what I

09:46AM 16   call the *net pay*.  And that, we ended up with a net pay of

09:46AM 17   between 13 and 16.5 feet.  That is approximately one-fifth of

09:46AM 18   the total reservoir being exposed to the wellbore.

09:46AM 19         Secondly, I spent a lot of time trying to match the

09:46AM 20   realtime data at the very end there.  There were some pressure

09:46AM 21   oscillations that could not be reproduced by the model.

09:46AM 22         First one is a rapid pressure decline at approximately

09:46AM 23   2136, followed by a rapid pressure increase.  That was not

09:46AM 24   predicted by the model.

09:46AM 25         And the last pressure increase from 2142 -- 2141, 2142 was

09:47AM 1   not reproduced by the model.

09:47AM 2   Q.   We'll show the Court just those two issues to make sure

09:47AM 3   that it's understood.

09:47AM 4       But with respect to net pay, could you get the model to

09:47AM 5   match the realtime data under your base case assumption; that

09:47AM 6   is, the full reservoir is open, there is no restrictions to

09:47AM 7   flow down at the bottom of the well?

09:47AM 8   A.   No.  That was our first simulation, so those were based on

09:47AM 9   full reservoir exposure.  And they did not match with the

09:47AM 10  realtime data nor did they match with when hydrocarbons reached

09:47AM 11  surface.

09:47AM 12  Q.   Go to D-4852.  This is just -- 4852.  Sorry.

09:47AM 13      Actually, let's start with this one.  This is a chart from

09:47AM 14  your work; is that correct, Mr. Emilsen?

09:47AM 15  A.   That's correct.

09:47AM 16  Q.   Can you just briefly explain for the Court the different

09:48AM 17  colored lines.  So if we start with the dark blue line, what is

09:48AM 18  that represented on your chart?

09:48AM 19  A.   The dark blue line here represents the drill pipe pressure

09:48AM 20  taken from the Sperry-Sun realtime data.  So that's a pressure

09:48AM 21  reading.

09:48AM 22  Q.   So this would be a line -- if the Court has seen

09:48AM 23  Sperry-Sun data, this would be a line that's coming out of that

09:48AM 24  Sperry-Sun data, correct?

09:48AM 25  A.   That's correct.

09:48AM 1   Q.   What's this yellowish, orangish line here that we see over

09:48AM 2   the top of it?

09:48AM 3   A.   The orange line is a pressure -- drill pipe pressure

09:48AM 4   calculated by the simulator.

09:48AM 5   Q.   So the orange line is your work in terms of your

09:48AM 6   simulation work, correct?

09:48AM 7   A.   That's correct.

09:48AM 8   Q.   Okay.  With respect to this purple line, what does that

09:48AM 9   represent?

09:48AM 10   A.   Well, as I said, there were some pressure behavior the

09:48AM 11   very last minutes before the explosion that we could not

09:49AM 12   reproduce initially.

09:49AM 13        So what we did, we base -- we had several assumptions.

09:49AM 14   One of them is shown here by the purple line.  We believed, or

09:49AM 15   at least initially believed, that somebody had to start to

09:49AM 16   close a BOP element at that point in time to recreate the

09:49AM 17   pressure increase seen from the realtime data.

09:49AM 18        So the purple line is a result from the simulation based

09:49AM 19   on a BOP sealing 100 percent at 2141.

09:49AM 20   Q.   So to -- not to repeat too much, but to just make sure

09:49AM 21   we're on the same page, if you were to tell the model to assume

09:49AM 22   the BOP fully closed right here at 2141, the model would say

09:49AM 23   this is what the pressure data would do if that took place,

09:49AM 24   fair?

09:49AM 25   A.   That's correct.

09:49AM 1   Q.   But we know from the realtime data actually there is a
09:49AM 2   different slope here, correct?
09:49AM 3   A.   That's right.
09:50AM 4   Q.   What assumption did you make, then, to then have your
09:50AM 5   model match this difference?
09:50AM 6   A.   Well, we believed that they tried to close the BOP, but
09:50AM 7   they did not get 100 percent seal at that point in time.
09:50AM 8   Q.   Okay.
09:50AM 9   A.   Meaning that it was still flowing, but you achieved at
09:50AM 10  least a restriction of it.
09:50AM 11  Q.   So if you tell the model to assume that the BOP annular
09:50AM 12  element is closed but not fully closed, that's what allowed you
09:50AM 13  to match the realtime data, correct?
09:50AM 14  A.   That's correct.
09:50AM 15  Q.   Secondly, the Court has heard about a number of these time
09:50AM 16  periods, but this one right here from 2136 to 2138, your model
09:50AM 17  shows a slope here in orange, correct?
09:50AM 18  A.   That's correct.
09:50AM 19  Q.   It does not match this U shape from 2136 to 2138.  So at
09:50AM 20  the time you were doing your work in the summer of 2010, can
09:50AM 21  you explain to the judge what you tried to do to understand
09:51AM 22  this realtime data U shape versus what your model is telling
09:51AM 23  you the pressure should look like.
09:51AM 24  A.   Yes.  I spent a lot of time trying to match, as I said,
09:51AM 25  all the oscillations at the very end there.  So one assumption

09:51AM 1   was that they did something with the BOP at that point in time,

09:51AM 2   sudden opening and closing of the BOP element.  But that did

09:51AM 3   not reproduce this dramatic pressure decrease and increase.

09:51AM 4       So that led us to another assumption, and that was based

09:51AM 5   on that somebody bled off the drill pipe at that point in time.

09:51AM 6   And I ran simulations with that assumption built into the

09:51AM 7   model, and that showed a good match with the realtime data.

09:51AM 8   Q.   So when you were doing your work, you made the assumption

09:51AM 9   that the only way the realtime data would behave like this was

09:51AM 10  that someone physically went over and bled off the drill pipe

09:51AM 11  and then shut it back in; is that correct?

09:51AM 12  A.   That's correct.  That was the only way I could reproduce

09:52AM 13  the Sperry-Sun realtime data.

09:52AM 14  Q.   But you didn't have any evidence at the time you did your

09:52AM 15  model that that, in fact, occurred, right?

09:52AM 16  A.   That's correct.

09:52AM 17  Q.   Are you aware today that there now is evidence about what

09:52AM 18  took place there at 9:36 to 9:38?

09:52AM 19  A.   Yes.  I learned about that, that's correct.

09:52AM 20  Q.   And what have you learned?

09:52AM 21  A.   I learned that the drill pipe was bled back at that

09:52AM 22  particular point in time.

09:52AM 23  Q.   If we can just briefly pull up D-4638.  And if we could

09:52AM 24  just zoom.

09:52AM 25       Is it consistent with what you learned -- this area, thank

09:52AM 1    you -- that at approximately 9:36 to 9:38, Caleb Holloway bled

09:53AM 2    off the drill pipe on the rig?  Is that consistent with what

09:53AM 3    you've learned since the time you did your modeling work?

09:53AM 4    A.    That's what I learned, yes.

09:53AM 5    Q.    You've explained to the Court the idea of net pay.  And

09:53AM 6    just to -- if we could have the Elmo, please.  I'll show

09:53AM 7    D-4691.

09:53AM 8         In terms of the way you modeled the wellbore and the

09:53AM 9    reservoir, your base case was to assume no restrictions,

09:53AM 10   correct?

09:53AM 11   A.    Yes.  That was the base case, assuming no restrictions in

09:53AM 12   the wellbore.

09:53AM 13   Q.    So as we see it visually here on D-469 (sic), that would

09:53AM 14   be the idea that there would be nothing to stop -- any

09:53AM 15   restriction of any kind to stop hydrocarbons from coming into

09:53AM 16   the wellbore and coming up through the casing, you modeled that

09:53AM 17   question, correct?

09:53AM 18   A.    That's correct.

09:53AM 19   Q.    What -- in terms of the restrictions, in terms of

09:53AM 20   restrictions in the wellbore, what was your conclusion about

09:54AM 21   the effective amount of restrictions that you had in order for

09:54AM 22   you to match the realtime data?

09:54AM 23   A.    Well, I had to include some restrictions, otherwise the

09:54AM 24   unloading of the wellbore would occur too fast.  So that led us

09:54AM 25   to the conclusion of a restriction of the net pay assumption.

09:54AM 1    Q.    Can you just give us that number again?

09:54AM 2    A.    Yeah.  That was approximately one-fifth of the total

09:54AM 3    reservoir exposure, between 13 and 16.5 feet.

09:54AM 4    Q.    Now, your model doesn't tell you where the restriction is

09:54AM 5    or what the restriction is, correct?

09:54AM 6    A.    That's correct.  It's just assuming that parts of the

09:54AM 7    reservoir is isolated.

09:54AM 8    Q.    And you're not expressing an opinion on where the

09:54AM 9    restriction is or what the restriction is, correct?

09:55AM 10   A.    That's correct.

09:55AM 11   Q.    But from a person that did the modeling using your

09:55AM 12   software, the only way you could match the realtime data is if

09:55AM 13   effectively -- whatever is going down in this area, it has the

09:55AM 14   effect of only allowing 13 to 16 feet of the reservoir to come

09:55AM 15   in, up through the loss of realtime data at 9:50 p.m.?

09:55AM 16   A.    That's correct.

09:55AM 17   Q.    I'll mark this as D-4691A -- B.  D-4691B.

09:55AM 18         Briefly, Mr. Emilsen, there has been some testimony --

09:55AM 19   you're not a BOP expert, correct?

09:55AM 20   A.    That's correct.

09:55AM 21   Q.    And you're not here to testify about the inner workings of

09:55AM 22   the BOP, correct?

09:55AM 23   A.    Correct.

09:55AM 24   Q.    But there has been some testimony that some BOP experts

09:55AM 25   have used your work.  And I just want to clarify for the Court,

09:55AM 1    the work that they are relying on, I want you to explain to the

09:56AM 2    Court what it is, and what it is not.

09:56AM 3         So if we could put up TREX-7820 briefly.  Sorry.  Let's do

09:56AM 4    50150.144.1.

09:56AM 5         And, Mr. Emilsen, just to move this quickly --

09:56AM 6         MR. DOYEN:  Your Honor, may I ask for the exhibit

09:56AM 7    number again?  I'm sorry.

09:56AM 8         MR. REGAN:  Yes, yes.  My apologies.  TREX-50150.144,

09:56AM 9    and my cull out is .1.

09:56AM 10   BY MR. REGAN:

09:56AM 11   Q.   Mr. Emilsen, there was some work that a BOP expert,

09:56AM 12   Mr. Childs, testified about earlier in court in this trial,

09:56AM 13   where he testified that he relied upon work from a company

09:57AM 14   called Stress Engineering.  And what I have on the screen is

09:57AM 15   the Stress Engineering work that Mr. Child (sic) relied upon,

09:57AM 16   and we've highlighted that that includes Stress Engineering

09:57AM 17   relying on one of your well flow rate estimates.

09:57AM 18        Do you see a citation to Figure 3.9, Appendix W?  Do you

09:57AM 19   see that?

09:57AM 20   A.   Yes, I see that.

09:57AM 21   Q.   There is another citation in TREX-7820.  And again -- I

09:57AM 22   just put up .145.1.

09:57AM 23        Again, the same citation, again, looking at a flow rate

09:57AM 24   from Number 6, which is, again, citing to your work.

09:57AM 25        I would like to show now the Court TREX-41026.31.1.

09:58AM 1        This is the chart that Mr. Childs, through

09:58AM 2    Stress Engineering, relied upon from your work.

09:58AM 3        And can you explain to the Court what this chart actually

09:58AM 4    is showing.

09:58AM 5    A.   Well, this chart, Figure 3.9, shows the blowout potential

09:58AM 6    through the casing shoe as a function of a flowing wellhead

09:58AM 7    pressure.

09:58AM 8    Q.   How much reservoir was exposed for this chart in your

09:58AM 9    work?  What was the assumption of the exposed reservoir to

09:58AM 10   derive these flow rates?

09:58AM 11   A.   This chart is based on the assumption of a full reservoir

09:58AM 12   exposure, that means 86 feet of net pay.

09:58AM 13   Q.   And again, you've confirmed to the Court, does a full

09:58AM 14   reservoir exposure of 86 foot of net pay match with the

09:58AM 15   realtime data pressure signatures that you've seen on

09:58AM 16   April 20th?

09:58AM 17   A.   No, that didn't match.  This chart was just to look at the

09:59AM 18   flow potential, the worst-case flow potential.

09:59AM 19   Q.   If we go now to 41026.30.1.

09:59AM 20       Is this other chart that you prepared, Mr. Emilsen, in

09:59AM 21   your work?

09:59AM 22   A.   It looks so, yes.

09:59AM 23   Q.   You used the word *base*.  We see net pay along the X axis.

09:59AM 24   Is that, again, your base case of full exposure of 86 feet?

09:59AM 25   A.   Yes.  That's the maximum reservoir exposure, that's

09:59AM 1    correct.

09:59AM 2    Q.   So if somebody wanted to rely upon your work about what

09:59AM 3    the flow rate would be up to the time of the explosion of 9:50,

09:59AM 4    would they -- should they be using an exposure of 86 feet or

09:59AM 5    the 13 to 15 feet, 16 feet?

09:59AM 6    A.   Well, I don't know in what context these numbers were

09:59AM 7    used, but I can say that, based on my conclusions, the OLGA

10:00AM 8    simulation work I did, we concluded a reservoir exposure of --

10:00AM 9    between 13 and 16.5.

10:00AM 10   Q.   And that's these rates over here on the left side of the

10:00AM 11   X axis, correct?

10:00AM 12   A.   That's correct.

10:00AM 13   Q.   If we could now go to D-4853, please.

10:00AM 14        We've talked about flow path.  I would like to talk about

10:00AM 15   the amount of flow as derived by your model.  And I should ask

10:00AM 16   right now, we're doing it independently in your exam today, but

10:00AM 17   does the model do all of this work at one point in time, path,

10:00AM 18   amount and time?

10:00AM 19   A.   Yes.  All those numbers are results from the simulator,

10:00AM 20   yes.

10:00AM 21   Q.   It's all, in essence, one result, correct?

10:00AM 22   A.   Yes, you could say so, yeah.

10:00AM 23   Q.   What does this chart from your report represent,

10:01AM 24   Mr. Emilsen?

10:01AM 25   A.   Well, this chart shows two curves.  One is blue colored.

10:01AM 1    That is showing the inflow rate, the flow rate from the

10:01AM 2    reservoir into the wellbore, in stock tank barrels per minute.

10:01AM 3    It should be read from the first Y axis on the left-hand side.

10:01AM 4        It shows that the reservoir starts to flow at 2052,

10:01AM 5    approximately.  It's a very low rate at that point in time, but

10:01AM 6    it keeps increasing.

10:01AM 7    Q.    So in terms of the timelines that the Court has heard

10:01AM 8    about over the last seven weeks, this is the work that actually

10:01AM 9    derived the start time of the underbalance of the well and the

10:01AM 10   flow, correct?

10:01AM 11   A.    That's correct.

10:01AM 12   Q.    It's right there, right?

10:01AM 13   A.    That's correct.

10:01AM 14   Q.    What, then, does the red line on your chart represent?

10:01AM 15   A.    The red line is also a direct result from the simulation.

10:02AM 16   It shows the cumulative volume of hydrocarbons inside the

10:02AM 17   wellbore.

10:02AM 18       So that line also starts from 2052.  There are no

10:02AM 19   hydrocarbons in the wellbore at that point in time, and it

10:02AM 20   increases.

10:02AM 21       The value should be read from the right Y axis, and it

10:02AM 22   shows the hydrocarbon volume in barrels.

10:02AM 23   Q.    So the red line pertains to the axis on the right; the

10:02AM 24   blue line pertains to the Y axis on the left?

10:02AM 25   A.    That's correct.

10:02AM 1    Q.    If we could now quickly go to D-4319.

10:02AM 2         The Court has seen these charts with a number of

10:02AM 3    witnesses, but I just want to ask about one part of them that

10:02AM 4    pertains to your work, Mr. Emilsen.  This is a demonstrative

10:02AM 5    exhibit.

10:02AM 6         For the time period of 2052 to 2108, do you see over on

10:02AM 7    the left-hand side of the chart there is an indication of, by

10:03AM 8    2108, 40 barrels of hydrocarbon influx; do you see that?

10:03AM 9    A.    Yes, I see that.

10:03AM 10   Q.    Is that what you found in your work, in your modeling

10:03AM 11   work?

10:03AM 12   A.    Yes, that's estimated by the model.

10:03AM 13   Q.    40 barrels of hydrocarbon influx at the base of the well

10:03AM 14   would result in an additional 40 barrels of flow seen at the

10:03AM 15   top -- on the surface on the rig, correct?

10:03AM 16   A.    That's correct.

10:03AM 17   Q.    But, probably the last time I'll ask you, in terms of

10:03AM 18   multiphase flow, how does multiphase flow impact the way

10:03AM 19   hydrocarbons behave as they go up the wellbore and then up the

10:03AM 20   riser to the surface?

10:03AM 21   A.    Yeah, that's a good question.  That's probably the reason

10:03AM 22   why we need to use a simulator to explain all these effects

10:03AM 23   going on in the wellbore.  There are several fluids.

10:03AM 24        One important issue is -- with hydrocarbons is that if you

10:03AM 25   elevate the oil from the reservoir toward surface, at some

10:04AM 1    point in time gas will start to flush out through that oil, and

10:04AM 2    it will expand.  So you have a high velocity, if you like, when

10:04AM 3    it reaches surface.

10:04AM 4    Q.   So we have hydrocarbons at the base of the well that

10:04AM 5    you've put as an input into the model, correct?

10:04AM 6    A.   That's correct.

10:04AM 7    Q.   The gas hydrocarbons down this low in the well, they would

10:04AM 8    be in liquid form?

10:04AM 9    A.   Yes.  The gas is in solution with oil.

10:04AM 10   Q.   Solution.

10:04AM 11   A.   That's correct.

10:04AM 12   Q.   But at some point here, the -- what we've heard earlier as

10:04AM 13   a breakout occurs, is that what you were just describing?

10:04AM 14   A.   Yes.  As soon as the oil reached the bubble point

10:04AM 15   pressure, that is the pressure where gas starts to flash out of

10:04AM 16   the solution.

10:04AM 17   Q.   Let's go to D-4321.  I'm sorry, D -- you were on the right

10:05AM 18   one.  D4320-A.

10:05AM 19       Just the next time period, 9:08 to 9:14.  Again, I only

10:05AM 20   want to focus on our picture of the wellbore.

10:05AM 21       We have indicated nine barrels per minute of hydrocarbon

10:05AM 22   inflow as of that time period, which was -- the Court has heard

10:05AM 23   was during what's called a sheen test.  Is that number derived

10:05AM 24   from your modeling?

10:05AM 25   A.   Yes.  That's a number derived from the modeling.  It was

7819

10:05AM 1   shown in the previous slide you showed earlier today, that the

10:05AM 2   rate from the reservoir is not a fixed rate, but it's

10:05AM 3   increasing actually.

10:05AM 4   Q.   Next slide, D-4321.

10:05AM 5        Same question, just to confirm, Mr. Emilsen, the estimate

10:05AM 6   of approximately 300 barrels of hydrocarbon influx as of 9:31,

10:05AM 7   is that consistent with what you found in your modeling?

10:05AM 8   A.   Yes, that's a result from my model.  That's correct.

10:05AM 9   Q.   Then, if we go to the D-4322, 2138 to 2149.

10:06AM 10       When, Mr. Emilsen, did your model determine that the

10:06AM 11  hydrocarbons actually got to the wellhead and above the BOP?

10:06AM 12  A.   That was at approximately 2138.

10:06AM 13  Q.   At that point, is your model capable of handling the

10:06AM 14  multiple phases, then, that the hydrocarbons would be in, that

10:06AM 15  is, some is in gas and some is in liquid?

10:06AM 16  A.   Yeah, that's the main purpose of the model to handle and

10:06AM 17  track the fluid from its expansion.

10:06AM 18  Q.   Then when your model calculates drill pipe pressure

10:06AM 19  responses, it's doing it in the context of doing all of this

10:06AM 20  multiphase analysis of the wellbore?

10:06AM 21  A.   That's correct.

10:06AM 22  Q.   So if we go to D-4792.

10:06AM 23       This is another chart from your work, Mr. Emilsen.  This

10:06AM 24  is just another representation of what we just went through.

10:06AM 25       Does this look consistent with your -- these are your

10:06AM 1    opinions, I should ask you, correct?

10:06AM 2    A.   Yes, that's showing the cumulative gain shown versus time

10:07AM 3    taken from the simulation.  That's correct.

10:07AM 4    Q.   Right.  To confirm, I apologize if I asked you this

10:07AM 5    before, you did not attempt to model flow rates after the

10:07AM 6    explosion, that is, flow rates from April 21st forward, did

10:07AM 7    you?

10:07AM 8    A.   No.  That's correct.  I did not do that.

10:07AM 9    Q.   Finally, I want to turn to what is in your report about

10:07AM 10   post-modeling confirmation of what your simulation determined.

10:07AM 11       Go to D-4345.

10:07AM 12       Are these some of the items that you list in your expert

10:07AM 13   report, Mr. Emilsen, as information that you learned after you

10:07AM 14   had completed your modeling and your conclusion that the flow

10:07AM 15   path was up through the shoe and in the center of the casing?

10:07AM 16   A.   Yes, I recognize several of them, that is correct.

10:07AM 17   Q.   We don't have to go through each of them because they are

10:08AM 18   contained in the report that is in evidence, but, just to do

10:08AM 19   one or two, if we could go to D-4478.

10:08AM 20       What do you recognize this to be, Mr. Emilsen?

10:08AM 21   A.   Well, this is a picture of the seal assembly.  They

10:08AM 22   recovered the seal assembly from the wellbore, and there were

10:08AM 23   no evidence of erosion or damage to the seal assembly.

10:08AM 24       I'm not an expert in looking at seal assemblies, but it

10:08AM 25   looks good; and, it confirmed the conclusion of that flow path

10:08AM 1    was inside the casing and not on the back side.

10:08AM 2    Q.    If we go now to D-4854, which I don't think has been

10:08AM 3    discussed with the Court to date.

10:08AM 4          One of the other things you cite is the relief well

10:08AM 5    intercept that took place on September 16, 2010.  We'll cover

10:08AM 6    this with a few other witnesses, but just to introduce the

10:09AM 7    concept.

10:09AM 8          Were you aware that on September 16th, the relief well

10:09AM 9    that was being drilled by the *Development Driller III*

10:09AM 10   intersected the wellbore at Macondo, the Number 1 well?

10:09AM 11   A.    Yes, I was aware of that.

10:09AM 12   Q.    Just for clarity in the record, I'm going to refer to the

10:09AM 13   original wellbore as Number 1 and the relief wellbore as

10:09AM 14   Number 3.

10:09AM 15         In the materials you looked at, Mr. Emilsen, did the

10:09AM 16   relief well intercept the Number 1 well at approximately

10:09AM 17   17,227?

10:09AM 18   A.    Yes.  That's what I learned.

10:09AM 19   Q.    What about that intercept?

10:09AM 20         Well, before we ask you that ultimate question, at the

10:09AM 21   time of that intercept, did you understand that they had

10:09AM 22   actually put a new rig and a new BOP over the top of the

10:09AM 23   Number 1 well in September?

10:09AM 24   A.    Yes, I learned that the DD II rig was on top of the

10:09AM 25   Macondo.

10:09AM 1        I learned that the DD II, the *Development Driller II*, was

10:09AM 2   connected to the Macondo well.

10:10AM 3   Q.    Then, briefly, Mr. Emilsen, can you just relate to the

10:10AM 4   Court what information that you learned about this intercept

10:10AM 5   did you find to be consistent with your preexisting simulation,

10:10AM 6   that is, consistent with a flow path of hydrocarbons through

10:10AM 7   the casing rather than up the back side?

10:10AM 8   A.    Well, I learned that once they intersected the well, the

10:10AM 9   pressure response matched with a mud-filled annulus.

10:10AM 10       Also, they did bottoms-up circulation through the relief

10:10AM 11  well, and there were no signs of hydrocarbons.

10:10AM 12       MR. REGAN:  Thank you, Mr. Emilsen.

10:10AM 13            Those are the questions that I have.

10:10AM 14       THE COURT:  All right.  Plaintiffs.

10:10AM 15                        CROSS-EXAMINATION

10:10AM 16  BY MR. WILLIAMS:

10:11AM 17  Q.    Good morning, Mr. Emilsen.

10:11AM 18  A.    Good morning.

10:11AM 19  Q.    My name is Conrad Williams.  I represent the PSC, and I

10:11AM 20  have you on cross-examination this morning.

10:11AM 21       I understand -- you speak very good English, but I

10:11AM 22  understand it's not your first language, so I'll try and

10:11AM 23  speak -- actually, some of my colleagues, I was born and raised

10:11AM 24  in the south, claim that English is my second language, as

10:11AM 25  well.

10:11AM 1          But if I ask you a question that you don't understand,

10:11AM 2     just let me know, and I'll rephrase it, okay?

10:11AM 3     A.    Oh, yeah.  I will.

10:11AM 4     Q.    Okay.  I'm going to bounce around just a little bit, but

10:11AM 5     let me ask you:  How long have you worked for Add Energy or its

10:12AM 6     predecessors?

10:12AM 7     A.    Well, I joined Add Wellflow in 1997.

10:12AM 8     Q.    You've worked for them ever since, correct?

10:12AM 9     A.    That's correct.

10:12AM 10    Q.    Now, are you aware that Add Energy has a Master Service

10:12AM 11    Agreement or contractual relationship with BP?

10:12AM 12    A.    Yes, that's correct.

10:12AM 13    Q.    How long has that relationship been in existence?

10:12AM 14    A.    I'm not sure if I recall that from the top of my head,

10:12AM 15    but --

10:12AM 16    Q.    2004 sound about right?

10:12AM 17    A.    That could be right.  At least several years, yes.

10:12AM 18    Q.    Under the Master Service Agreement, you provide or can

10:12AM 19    provide to BP well design and planning services, correct?

10:12AM 20    A.    Well, we -- we offer dynamic simulations.  That's our main

10:12AM 21    service, that's correct.

10:12AM 22    Q.    How about emergency well control planning?

10:12AM 23    A.    That's also correct.  Emergency response is one of our

10:13AM 24    services.

10:13AM 25    Q.    Investigation of well blowout probabilities?

10:13AM 1   A.   Not too much into probabilities.  That's not one of our

10:13AM 2   main services, no.

10:13AM 3   Q.   What about well control prevention?

10:13AM 4   A.   Well, we work with well control response in trying to

10:13AM 5   diagnose and evaluate the mitigation options.

10:13AM 6   Q.   You don't work for just BP, you work for all the major and

10:13AM 7   minor oil companies around the world; is that correct?

10:13AM 8   A.   Yes, not necessarily all the oil companies around the

10:13AM 9   world, but at least all the major ones and a lot of smaller,

10:13AM 10  independent ones, that's correct.

10:13AM 11  Q.   Prior to the Macondo disaster that brings us here today,

10:13AM 12  BP had engaged Add Energy on numerous occasions to provide

10:13AM 13  assistance on wells, didn't it?

10:13AM 14  A.   That's correct.

10:13AM 15  Q.   That involved wells all over the world essentially,

10:14AM 16  correct?

10:14AM 17  A.   Well, yes.  I don't recall all the blowouts we worked on,

10:14AM 18  but all over the world is correct.

10:14AM 19  Q.   Gulf of Mexico?

10:14AM 20  A.   Yes.

10:14AM 21  Q.   North Sea?

10:14AM 22  A.   Yes.

10:14AM 23  Q.   Egypt?

10:14AM 24  A.   Yes.

10:14AM 25  Q.   Vietnam?

10:14AM  1    A.    Yes.

10:14AM  2    Q.    India?

10:14AM  3    A.    Probably.  I'm not really sure if I remember that one.

10:14AM  4    Q.    Have you ever been to Mumbai?

10:14AM  5    A.    I have never been to India.

10:14AM  6    Q.    Before April 20, 2010, BP didn't ask you to assist, you or

10:14AM  7    Add Energy, in any way with the design and execution of the

10:14AM  8    Macondo well, did it?

10:14AM  9    A.    No.  They didn't.

10:14AM 10    Q.    Okay.  Now, you were deposed in New Orleans back in

10:14AM 11    December of 2011; you remember that, correct?

10:14AM 12    A.    That's correct.

10:14AM 13    Q.    You testified in that deposition that from the time you

10:15AM 14    issued your contribution to the Bly Report until the time you

10:15AM 15    put together your expert report, nothing insofar as your

10:15AM 16    findings had changed, correct?

10:15AM 17    A.    That's correct.

10:15AM 18    Q.    Has anything changed since the date of your deposition

10:15AM 19    until today?

10:15AM 20    A.    No.

10:15AM 21    Q.    Your findings are still the same, correct?

10:15AM 22    A.    That's correct.

10:15AM 23    Q.    Thank you.

10:15AM 24          Now, in response to a couple of Mr. Regan's questions

10:15AM 25    about the OLGA model and the inputs thereto, when you were

10:15AM 1    first contacted by BP after this incident, you were provided by

10:15AM 2    members of the BP Investigation Team with various inputs and

10:15AM 3    factual information to input into your modeling, correct?

10:15AM 4    A.    That's correct.  That was the first task I had, actually,

10:15AM 5    to collect all the necessary data to set up and build the

10:16AM 6    model.  That's correct.

10:16AM 7    Q.    Most of that data involved what had happened during the

10:16AM 8    last day, April 20th, April 19th, perhaps, before the

10:16AM 9    explosion, correct?

10:16AM 10   A.    Well, I mentioned all the required data early on.  The

10:16AM 11   sign of the wellbore is important input.  The reservoir

10:16AM 12   properties, fluid properties were data I collected.

10:16AM 13   Q.    Rheology of the mud and the spacer and all those types of

10:16AM 14   things, correct?

10:16AM 15   A.    That's correct.

10:16AM 16   Q.    That information was given to you by members of the

10:16AM 17   BP Investigation Team, correct?

10:16AM 18   A.    That's correct.

10:16AM 19   Q.    You didn't do any independent analysis or verification of

10:16AM 20   the composition or qualities of those -- of that information

10:16AM 21   that was given to you by BP, did you?

10:16AM 22   A.    Well, validating input data is one of our tasks, actually.

10:17AM 23        I spent a lot of time looking at the fluid composition for

10:17AM 24   the main target, but, of course, had to rely on that BP submit

10:17AM 25   me with the most reliable data, that's correct.

10:17AM 1    Q.    As I understand it, as you explained it earlier, you had

10:17AM 2    that data, and you input it into the OLGA model, and you

10:17AM 3    essentially worked backwards to the reservoir; is that correct?

10:17AM 4    A.    Well, I'm not really sure if I understand.

10:17AM 5        I mean, we type in a lot of information into the model,

10:17AM 6    and the model calculates the flow rates and the pressure

10:17AM 7    profile and temperatures.

10:17AM 8        It's not necessarily backwards.  I mean, the flow is from

10:17AM 9    the reservoir and to surface.

10:17AM 10    Q.    Correct.  Well, here is what I mean.  Let me clarify.

10:17AM 11        In the Bly Report, the appendix to the Bly Report -- which

10:17AM 12    is essentially your initial report, correct?

10:17AM 13    A.    Appendix W is my report, that's correct.

10:17AM 14    Q.    You had different case analyses, correct?

10:18AM 15    A.    That's correct.

10:18AM 16    Q.    Each case made different assumptions, at least with

10:18AM 17    respect to the size of the reservoir, as you've testified

10:18AM 18    earlier, correct?

10:18AM 19    A.    That's correct.

10:18AM 20    Q.    So, essentially, the narrowing of the reservoir from the

10:18AM 21    80-some-odd feet of net pay that we know it was, down to the 12

10:18AM 22    or 16 or 18, allowed you to fine tune the model, and,

10:18AM 23    therefore, like in Case 7, come up with the most accurate model

10:18AM 24    which most closely compared to the realtime data and the

10:18AM 25    assumptions made on the back end just before the explosion,

10:18AM 1    correct?

10:18AM 2    A.    Yes.  That's correct.

10:18AM 3         As I said earlier, the net pay was one of the uncertain

10:18AM 4    parameters.  It should be zero, if there were no restrictions

10:18AM 5    down there, of course; but, unfortunately, there were flow

10:19AM 6    paths from the reservoir and into the wellbore.

10:19AM 7    Q.    Now, you testified just a few minutes ago that your

10:19AM 8    modeling indicated that the influx started around 2052,

10:19AM 9    correct?

10:19AM 10   A.    That's correct.

10:19AM 11   Q.    You also talked about bubble point or flash out of gas as

10:19AM 12   hydrocarbons come up and head to the surface of the seabed and

10:19AM 13   up into the riser, correct?

10:19AM 14   A.    That's correct.

10:19AM 15   Q.    At what point does the gas actually start to flash out or

10:19AM 16   is the bubble point encountered in this well based on your

10:19AM 17   analyses?

10:19AM 18   A.    Well, the bubble point curve is actually a functional

10:19AM 19   temperature; but, at reservoir temperature, I recall that the

10:19AM 20   bubble point was 6,500 psi.

10:20AM 21        But, as I said, it's a functional temperature; so, if you

10:20AM 22   move fluids up towards surface, they will be cooled, and you

10:20AM 23   will end up with a different bubble point.

10:20AM 24        But to try to explain in simpler words, the flash point of

10:20AM 25   that oil was below the BOP, some hundred or thousand feet below

10:20AM 1    the BOP, but it depends on the pressure and temperature regime.

10:20AM 2    Q.   I think in your report you said it was -- you estimated it

10:20AM 3    was anywhere from 200 to a thousand feet below the BOP,

10:20AM 4    correct?

10:20AM 5    A.   Yes, that's correct.  But, again, it depends on the

10:20AM 6    situation and when -- what point in time during the unloading

10:20AM 7    sequence you're at.

10:20AM 8    Q.   Okay.  Now, when you reach the flash point, when gas

10:20AM 9    starts to migrate out or bubble out of the liquid hydrocarbons,

10:21AM 10   does the gas then move at a faster rate than the hydrocarbons,

10:21AM 11   the liquid hydrocarbons?

10:21AM 12   A.   Yes.  Usually, due to the buoyancy effect, the gas tends

10:21AM 13   to move faster in regard to the wellbore than liquid.  That's

10:21AM 14   correct.

10:21AM 15   Q.   Did you perform any calculations which indicated at what

10:21AM 16   time -- we know the influx started, based on your analysis, at

10:21AM 17   approximately 2052.  Did you do any analysis which would tell

10:21AM 18   us what time the flash out of this gas started to occur below

10:21AM 19   the BOP?

10:21AM 20   A.   Yes.  All the results are in the model.  I'm not sure if I

10:21AM 21   presented any figures showing that, so I don't recall from the

10:21AM 22   top of my head at what point in time that was.

10:21AM 23       What I do remember is that the first hydrocarbons entered

10:21AM 24   the riser at approximately 2138, meaning that it was a little

10:22AM 25   bit before that point in time.

10:22AM 1    Q.    You testified earlier that between 2052 -- what was the

10:22AM 2    other time -- that 40 barrels -- from 2052, 16 minutes, we had

10:22AM 3    40 barrels of influx, correct?

10:22AM 4    A.    2108, approximately.

10:22AM 5    Q.    Now, based on all of your analysis, all of the modeling,

10:22AM 6    is there any doubt that this well flowed through the casing

10:22AM 7    versus the annulus?

10:23AM 8    A.    I wouldn't say so, no.

10:23AM 9          MR. WILLIAMS:  Those are all the questions I have.

10:23AM 10   Thank you very much.

10:23AM 11         THE COURT:  United States.

10:23AM 12             I tell you what, we've already had one short

10:23AM 13   recess.  Let's try to keep it to about 10 minutes, okay.

10:23AM 14         THE DEPUTY CLERK:  All rise.

10:27AM 15         (WHEREUPON, at 10:23 a.m., the Court took a recess.)

10:36AM 16         THE DEPUTY CLERK:  All rise.

10:36AM 17         THE COURT:  Please be seated, everyone.

10:36AM 18             All right, Mr. Cernich.

10:36AM 19         MR. CERNICH:  Scott Cernich for the United States.

10:36AM 20                      CROSS-EXAMINATION

10:36AM 21         BY MR. CERNICH:

10:36AM 22   Q.    Mr. Emilsen, I have you on cross-examination.

10:36AM 23         There is a lot of ground that I had planned to cover

10:36AM 24   that's been covered already, so I'm going to keep this brief as

10:36AM 25   possible.

10:36AM 1        Your daily rate under your contract with BP is $8,000 per

10:37AM 2    day; is that right?

10:37AM 3    A.   For this work, for the work I did for the Bly Team, that's

10:37AM 4    correct.

10:37AM 5    Q.   Is that also the daily rate for your expert work?

10:37AM 6    A.   That's correct.

10:37AM 7    Q.   After the Macondo incident, your firm, Add Energy,

10:37AM 8    actually opened an office in Houston; is that right?

10:37AM 9    A.   That's right.

10:37AM 10   Q.   That was because of the recognition that your firm

10:37AM 11   received from its work related to the Macondo incident?

10:37AM 12   A.   Well, not necessarily.  We have always done work from Oslo

10:37AM 13   for the clients in Houston, but -- so that was a decision we

10:37AM 14   made based on several factors, that we opened up an office in

10:37AM 15   Houston.

10:37AM 16   Q.   Including some additional business?

10:38AM 17   A.   That's correct.  To be on the ground in Houston was looked

10:38AM 18   at as an important decision.

10:38AM 19   Q.   I think you testified this, but just -- to this already,

10:38AM 20   but, just to be clear, you didn't run any additional

10:38AM 21   simulations or models for the Macondo blowout between the

10:38AM 22   completion of Appendix W to the Bly Report in August 2010 and

10:38AM 23   your expert deposition in December 2011; is that right?

10:38AM 24   A.   That's correct.

10:38AM 25   Q.   So all the modeling you relied on is summarized in

10:38AM  1    Appendix W to the Bly Report?

10:38AM  2    A.    That's correct.

10:38AM  3    Q.    You believe that the simulations you ran with

10:38AM  4    OLGA-Well-Kill were reliable?

10:38AM  5    A.    Yes, I do.

10:38AM  6    Q.    One of the things OLGA-Well-Kill will typically provide is

10:38AM  7    blowout rates; is that right?

10:38AM  8    A.    Yeah, flow rates is one of the main outputs from the

10:39AM  9    model.  That's correct.

10:39AM 10    Q.    You were modeling a dynamic case in this situation,

10:39AM 11    correct?

10:39AM 12    A.    That's correct.

10:39AM 13    Q.    It's simpler to model a steady state blowout situation

10:39AM 14    than a dynamic effect like the one you modeled here?

10:39AM 15    A.    That's also correct.  A steady state situation is much

10:39AM 16    easier to model, and there are a number of steady state models

10:39AM 17    available to the industry.

10:39AM 18    Q.    Prior to the Macondo blowout, you had been involved in

10:39AM 19    actual responses to other blowouts where you used

10:39AM 20    OLGA-Well-Kill?

10:39AM 21    A.    That's correct.

10:39AM 22    Q.    It's your opinion that actual and reliable data for the

10:39AM 23    Macondo well was used as an input into your OLGA-Well-Kill

10:39AM 24    modeling, and that this significantly improved the degree of

10:39AM 25    accuracy of your model?

10:39AM 1    A.    That seems right, yes.

10:39AM 2    Q.    We talked about some of the inputs -- or you already

10:39AM 3    testified regarding the inputs.

10:39AM 4          Just to summarize, you need to have an input of the

10:40AM 5    geometry of the well?

10:40AM 6    A.    That's correct.

10:40AM 7    Q.    So the tubing dimensions, the casing size, the dimensions

10:40AM 8    of the wellbore?

10:40AM 9    A.    Yes.

10:40AM 10   Q.    The reservoir parameters?

10:40AM 11   A.    Yes.

10:40AM 12   Q.    And the information regarding the hydrocarbon fluid?

10:40AM 13   A.    That's correct.

10:40AM 14   Q.    In using those inputs, you ran simulations and matched

10:40AM 15   them with the realtime pressure data from the

10:40AM 16   *Deepwater Horizon*?

10:40AM 17   A.    Yes.  That was one of the parameters we matched, in

10:40AM 18   addition to several others.  That is correct.

10:40AM 19   Q.    Your ultimate conclusion was that the flow was up the

10:40AM 20   production casing.  It's your opinion that the highest flow

10:40AM 21   potential is through the production casing, correct?

10:40AM 22   A.    I don't recall the exact number of the flow potential, but

10:40AM 23   it's stated in my report.  The flow potentials based on several

10:40AM 24   assumptions is included in the report.

10:40AM 25   Q.    But you recall writing in your report that the highest

10:41AM 1    flow potential is through the production casing?

10:41AM 2    A.    Yes.  There are some narrow areas between the production

10:41AM 3    casing and the outside annulus that will restrict the flow more

10:41AM 4    than inside of the casing.  That's correct.

10:41AM 5    Q.    You discussed the fact that you actually ran hundreds of

10:41AM 6    various simulations with different sensitivities?

10:41AM 7    A.    That's correct.

10:41AM 8    Q.    Your report doesn't include any sort of formal uncertainty

10:41AM 9    analysis, does it?

10:41AM 10   A.    Not necessarily, no.  We don't do uncertainty analysis.

10:41AM 11   We do sensitivity analysis.

10:41AM 12        One of the sensitivities that is included in the report is

10:41AM 13   the net pay assumption.  One of the sensitivities we run is a

10:41AM 14   range of net pay assumption.

10:42AM 15   Q.    Did you calculate any error bounds for your work?

10:42AM 16   A.    No, I did not.

10:42AM 17   Q.    But you believe the sensitivities you ran and the cases

10:42AM 18   you analyzed are sufficient for you to tell the judge that your

10:42AM 19   models actually reflect what happened in the Macondo well on

10:42AM 20   April 20, 2010?

10:42AM 21   A.    Yes, that's correct.

10:42AM 22        Based on the realtime data, based on witness accounts, and

10:42AM 23   based on the surfacing of gas and oil, we believe that the

10:42AM 24   model predicted the unloading behavior in the wellbore with

10:42AM 25   good confidence.  That's correct.

10:42AM 1    Q.   Obviously, BP must have sufficient confidence in your work

10:42AM 2    and your opinions, that BP has brought you here today to give

10:42AM 3    your opinions to the Judge?

10:42AM 4    A.   Well, you'll have to ask BP about that, but I think that's

10:42AM 5    right.  I mean, the simulations show to be very valuable in the

10:42AM 6    efforts of diagnosing the situation, that's correct.

10:42AM 7    Q.   I'd like to talk about cement for just a moment.

10:43AM 8        I think we've established you're not an expert in cement;

10:43AM 9    is that correct?

10:43AM 10   A.   That's correct.

10:43AM 11   Q.   You have no opinions related to the design, testing or

10:43AM 12   execution of the cement job?

10:43AM 13   A.   That's correct.

10:43AM 14   Q.   Your modeling did not recognize any cement in the shoe

10:43AM 15   track as a barrier or restriction?

10:43AM 16   A.   At least not a hundred percent barrier.

10:43AM 17       As has been mentioned earlier on, we had to include some

10:43AM 18   restrictions downhole to match the realtime data, and we used

10:43AM 19   the net pay assumption for that purpose.

10:43AM 20       It could be that there were some restrictions in the shoe

10:43AM 21   that matched up with the net pay assumption, if you like.

10:43AM 22   Certain restrictions are down there, that's for sure.

10:43AM 23   Q.   But just to be clear, you don't actually input cement into

10:43AM 24   your OLGA model in any way?

10:43AM 25   A.   No, I did not do that.  You can do that by specifying a

10:43AM 1    different diameter, if you like, on the flow conduct; but, what
10:44AM 2    I did was assume the fully open shoe, no additional
10:44AM 3    restrictions, but I used the net pay assumption to match the
10:44AM 4    realtime data.
10:44AM 5    Q.    So you assumed no restriction from the flow ports in the
10:44AM 6    bottom of the reamer shoe or from the float collar?
10:44AM 7    A.    Well, the geometry of the shoe itself was modeled, but no
10:44AM 8    additional restrictions from cement or debris or other solids,
10:44AM 9    if you like.
10:44AM 10   Q.    Or the float collar?
10:44AM 11   A.    That's correct.
10:44AM 12   Q.    I just want to be clear, I understand that you're saying
10:44AM 13   that your net pay assumption is designed to represent whatever
10:44AM 14   restrictions are down there, be that cement, be that the reamer
10:44AM 15   shoe, be that the float collar; but, OLGA itself can't model
10:44AM 16   cement?
10:44AM 17   A.    Well, it depends what you mean by model cement.
10:44AM 18        OLGA can handle cement by including a restriction.  If you
10:45AM 19   talk about cement in its solid state, you can -- you can change
10:45AM 20   the diameter of the flow path and by such make an assumption of
10:45AM 21   how much cement is still down there.
10:45AM 22   Q.    Could we go to Mr. Emilsen's 30(b)(6) deposition from
10:45AM 23   June of 2011.  I would like go to page 411 of that deposition,
10:45AM 24   please, Don.  I would like to go to lines 12 through 18 here,
10:45AM 25   please.

10:45AM 1      So this is from your deposition, and you were asked the

10:45AM 2  question:

10:45AM 3      "QUESTION:  Now, as I understand it, you were talking --

10:45AM 4  you were talking yesterday about the OLGA model, and -- and my

10:45AM 5  notes show that you said that the OLGA model cannot model

10:46AM 6  cement.  Did I -- did I remember that correctly?"

10:46AM 7      You responded:

10:46AM 8      "ANSWER:  Yeah, OLGA is not a model to -- to -- or a

10:46AM 9  software to model cement.  That's correct."

10:46AM 10      Did you give that testimony during your 30(b)(6)

10:46AM 11  deposition in June of 2011?

10:46AM 12  A.   Yes, I did.

10:46AM 13  Q.   You also have no opinion on the actual amount of cement,

10:46AM 14  if any, was present across the reservoir sands?

10:46AM 15  A.   Not in terms of volumes, no; but, the resulting reservoir

10:46AM 16  exposure is what is important to my model.

10:46AM 17  Q.   So you used this mathematical number of exposed net pay in

10:46AM 18  your model to represent that?

10:46AM 19  A.   Yeah, but it's mathematical -- it's also physical

10:46AM 20  property, if you like, of how much of the reservoir that is

10:46AM 21  open to flow into the wellbore.

10:46AM 22  Q.   You didn't have any conversations as part of your work

10:46AM 23  with the BP Investigation Team regarding cement coverage, did

10:46AM 24  you?

10:47AM 25  A.   I don't recall that; but, of course, that was -- that was

10:47AM 1    discussed.  I mean, you know, as I said, it should be a hundred

10:47AM 2    percent coverage.  Unfortunately, not.  It was less than that,

10:47AM 3    so --

10:47AM 4        But I -- I focused on my modeling, and I run all the

10:47AM 5    way -- all the sensitivities from 0 to 86 feet exposure.

10:47AM 6    Q.    Could we go to your -- Mr. Emilsen's expert deposition,

10:47AM 7    please, page 168.  I would like to look at lines 9 through

10:47AM 8    13 here.

10:47AM 9        The question is:

10:47AM 10       "QUESTION:  Did you have conversations as a part of your

10:47AM 11   work with the BP Investigation Team as to an analysis of the

10:47AM 12   cement coverage?

10:47AM 13       "ANSWER:  No, as far as I remember, no, I did not look

10:47AM 14   into that."

10:47AM 15       Did I read that correctly?

10:47AM 16   A.    Yes.

10:47AM 17       MR. REGAN:  I don't think that's proper impeachment,

10:48AM 18   but -- Your Honor, I think that's what he just said.

10:48AM 19       THE COURT:  All right.  I understand.  Go ahead.

10:48AM 20       BY MR. CERNICH:

10:48AM 21   Q.    You weren't involved in any discussions related to BP's

10:48AM 22   analysis of where -- if any, where cement was set or not set in

10:48AM 23   the annulus or shoe track, correct?

10:48AM 24   A.    Well, I was a part of the team, and there were a lot of

10:48AM 25   discussions, you know, by the team on all topics.

10:48AM 1       But, as I said, cement, as such, is not a direct input to

10:48AM 2  my model.  I focused on the reservoir exposure part.

10:48AM 3  Q.   I asked you a question about whether you were involved in

10:48AM 4  any discussions related to BP's analysis of where, if any,

10:48AM 5  cement was set or not set in the annulus or shoe track.

10:48AM 6       You said there were -- I believe you said there were some

10:48AM 7  discussions among the Bly Team, but I'm talking about you

10:48AM 8  personally.

10:48AM 9  A.   Well, I don't recall that I discussed that or had any

10:48AM 10  opinion on that, no.

10:48AM 11  Q.   You don't recall discussing that?

10:49AM 12  A.   No, I don't recall that.

10:49AM 13  Q.   Thank you.

10:49AM 14       THE COURT:  I have a question.

10:49AM 15             Explain to me, if you can, again, how is it

10:49AM 16  that you determined what the exposure was in the reservoir?

10:49AM 17       THE WITNESS:  Yes, Your Honor.

10:49AM 18             If there were no cement inside the wellbore,

10:49AM 19  the exposure would be 86 foot.  That is based on the --

10:49AM 20       THE COURT:  The entire --

10:49AM 21       THE WITNESS:  -- the entire reservoir, no cement

10:49AM 22  isolating the formation.

10:49AM 23             So that was the first simulation I actually

10:49AM 24  ran, but it did not match with those -- if that had been the

10:49AM 25  case, gas and oil would reach surface much earlier than what we

10:49AM 1    know happened.

10:49AM 2                It did not match with pressure readings from

10:50AM 3    the Sperry-Sun data.

10:50AM 4                So, in order to match those data points, I had

10:50AM 5    to reduce the amount of reservoir being exposed to the

10:50AM 6    wellbore.

10:50AM 7          THE COURT:  So you kept running a number of simulations

10:50AM 8    gradually reducing the size of the exposure till it matched the

10:50AM 9    actual data; is that what you did?

10:50AM 10         THE WITNESS:  That's correct.

10:50AM 11         THE COURT:  Okay.

10:50AM 12         THE WITNESS:  Also, that was logic, at least to myself,

10:50AM 13   because we knew there was some cement down there, so it should

10:50AM 14   be some restrictions, at least, downhole.

10:50AM 15         THE COURT:  Okay, thank you.

10:50AM 16      BY MR. CERNICH:

10:50AM 17   Q.    Just to follow up on that, Your Honor.

10:50AM 18         That net pay assumption didn't necessarily just account

10:50AM 19   for the cement; it could have accounted for the other

10:50AM 20   restrictions downhole, for example, the float collar?

10:50AM 21   A.    Yes.  That is true.  You can -- it's the total

10:51AM 22   restriction, if you like, but -- whether it's cement or other

10:51AM 23   solids obstructing the flow path, that is true.

10:51AM 24   Q.    You have no opinions on the mechanism by which the cement

10:51AM 25   in the annulus or in the shoe track failed to provide a barrier

10:51AM 1    in the well?

10:51AM 2    A.    No.

10:51AM 3    Q.    You're not qualified to offer any opinions on that?

10:51AM 4    A.    No, I guess not.

10:51AM 5    Q.    You're not an expert in barriers generally, whether that

10:51AM 6    barrier is cement, a float collar or something else?

10:51AM 7    A.    No.

10:51AM 8    Q.    Now, I'd like to talk to you briefly about the concept of

10:51AM 9    varying net pay that you discuss in your report.

10:51AM 10        If we could go to Exhibit 7401.31.

10:52AM 11        This is your expert report, Exhibit 7401.  This was marked

10:52AM 12   at your expert deposition.  It includes both your expert

10:52AM 13   report, as well as the Appendix W attached to it.

10:52AM 14        So if we could go --

10:52AM 15        THE COURT:  Mr. Cernich, just a second.

10:52AM 16        MR. CERNICH:  Yes, sir.

10:52AM 17        THE COURT:  Is that a different report than the report

10:52AM 18   that was used earlier?

10:52AM 19        MR. CERNICH:  No, it's not.

10:52AM 20        THE COURT:  Because I had a different TREX number for

10:52AM 21   the report.  I had it as 4003.

10:52AM 22        MR. CERNICH:  You do, Your Honor.  It's the same

10:52AM 23   report.  This is the one that was marked at his deposition.

10:52AM 24             We didn't have prior notice as to what exhibit

10:52AM 25   number BP was going to use today.

10:52AM 1       THE COURT:  So now we're going to have the same

10:52AM 2   document with different numbers in this trial.  It's going to

10:53AM 3   add to our confusion about keeping track of the exhibits.

10:53AM 4       MR. CERNICH:  Certainly.  I understand.

10:53AM 5           I'm happy to do whatever we can do to rectify

10:53AM 6   that.

10:53AM 7           Matt, did your copy include Appendix W appended

10:53AM 8   to it?

10:53AM 9       MR. REGAN:  I'm not sure.  We can verify it.

10:53AM 10          I think, for the marshalling purposes,

10:53AM 11  Your Honor, I suspect this may be an issue with several

10:53AM 12  documents in the case.

10:53AM 13          So I think there may be a need -- and it's

10:53AM 14  probably already been done by Mr. Irpino and the people that

10:53AM 15  are really good at this -- of keeping track of what --

10:53AM 16      THE COURT:  During the break, it was brought to my

10:53AM 17  attention, I think Mr. Irpino brought it to our attention that

10:53AM 18  we're still lapsing into sometimes not using the consistent way

10:53AM 19  of identifying these documents, these exhibits.

10:53AM 20          Some people are referring to TREX number with a

10:53AM 21  dot such and such page number at the end, and some people are

10:53AM 22  just referring to other page numbers that are not the TREX

10:53AM 23  number and so forth.

10:53AM 24          So, again, I just urge everybody to try to use

10:54AM 25  a consistent identification.

10:54AM 1              Go ahead.

10:54AM 2         MR. REGAN:  Just to put it right in the same place in

10:54AM 3    the record, we marked Mr. Emilsen's report as 40003.

10:54AM 4              We don't dispute the 7401 is also his report.

10:54AM 5    We'll work with the parties to make sure that the Court gets a

10:54AM 6    consistent set of exhibits.

10:54AM 7         THE COURT:  Very well.  Let's go.

10:54AM 8         MR. CERNICH:  Thank you, Your Honor.

10:54AM 9    BY MR. CERNICH:

10:54AM 10   Q.   So if we could go to Exhibit 7401.31.  If we could go

10:54AM 11   to -- if we could cull out this area right here.

10:54AM 12        You wrote in your report:  "Constant net pay input

10:54AM 13   assumptions were used for all of the simulations, and it is

10:54AM 14   acknowledged that varying net pay is probably more likely.

10:54AM 15   This may explain some of the offsets between the actual

10:55AM 16   recorded data and simulation results."

10:55AM 17        Did I read that correctly?

10:55AM 18   A.   Yes, you did.

10:55AM 19   Q.   So what you recognized was that there was probably varying

10:55AM 20   net pay over the time that you analyzed, but you didn't input

10:55AM 21   that into OLGA.

10:55AM 22        What you did is you actually changed the net pay at a

10:55AM 23   point in time from 13 to 16.5 feet; is that right?

10:55AM 24   A.   That's right.

10:55AM 25        MR. REGAN:  Scott, why don't you just read into the

10:55AM  1    record the top left corner.

10:55AM  2         MR. CERNICH:  Sure.  7401.31.11US1.

10:55AM  3              Thanks.

10:55AM  4         BY MR. CERNICH:

10:55AM  5    Q.   You included that sentence and it's in your report because

10:55AM  6    you got a better match when you changed the net pay from 13 to

10:55AM  7    16.5 feet?

10:55AM  8    A.   That's correct.

10:55AM  9    Q.   That's because it's not unlikely that you would have

10:56AM  10   changes during the unloading sequence, meaning that initially

10:56AM  11   you had more restrictions and then later less restrictions?

10:56AM  12   A.   Yes.  That was one of the conclusions.  To be able to

10:56AM  13   match the pressure readings at the very end, we came to that

10:56AM  14   conclusion that initially it was 13, and then later we ended up

10:56AM  15   with 16.5.  It's not a big change, though.

10:56AM  16   Q.   But that's the more likely scenario, that the restrictions

10:56AM  17   would decrease during the unloading?

10:56AM  18   A.   Well, in Case 7, the conclusions in my report clearly

10:56AM  19   stated that -- that the net pay increased during the unloading

10:56AM  20   sequence from 13 to 16.5 feet net pay.

10:56AM  21   Q.   That's the more likely scenario?

10:56AM  22   A.   To match the unloading sequence, that's correct.

10:56AM  23   Q.   So you believe that initially some restriction was holding

10:57AM  24   back or isolating the reservoir fluids from the wellbore; but,

10:57AM  25   as soon as you reduced the downhole pressure and hydrocarbons

10:57AM 1    to start flow from the reservoir, you'd probably see washout

10:57AM 2    effects that could increase the net pay from what it was

10:57AM 3    initially?

10:57AM 4    A.    Yes.  At least from 13 to 16.5 feet during the unloading

10:57AM 5    sequence, that's correct.

10:57AM 6    Q.    This was occurring during the minutes that your simulation

10:57AM 7    covered?

10:57AM 8    A.    Yeah.  That occurred at the very end, from 8 o'clock until

10:57AM 9    2149.

10:57AM 10   Q.    Could we go to what is page -- can we go to 7401.14.

10:58AM 11        This is page 14 of your expert report, Mr. Emilsen.  I

10:58AM 12   would like to go -- to look at this net pay change.

10:58AM 13        So you changed your net pay here from 13 to 16 and a half

10:58AM 14   feet from one side of 2130 to the other side of 2130; isn't

10:58AM 15   that correct?

10:58AM 16   A.    That's correct.  At 2130, the pumps were shut down, with

10:58AM 17   the result of a much lower bottom hole pressure.  There were no

10:58AM 18   frictional pressure drop in the upper part of the wellbore, and

10:58AM 19   that reduced the bottom hole pressure.

10:58AM 20        At that point in time, we also changed net pay assumption

10:58AM 21   from 13 to 16.5 feet.

10:59AM 22   Q.    Do you recall how much that change in bottom hole pressure

10:59AM 23   was?

10:59AM 24   A.    Due to the cutback on the pumps, I don't recall that, no.

10:59AM 25   Q.    So then flow increases here, correct, from 2130 up to

10:59AM 1    around 2142?

10:59AM 2    A.   Well, the flow increases all the way from 2052.  That

10:59AM 3    dramatic increase, if you like, at 2130, that is mainly due

10:59AM 4    to -- that the pumps were shut off.  So it's not a

10:59AM 5    representation of the increase in net pay.

10:59AM 6    Q.   But it's an increase in the change in the pressure,

10:59AM 7    correct?

10:59AM 8    A.   That's correct.

10:59AM 9    Q.   So that goes up to 26 stock tank barrels per minute, which

10:59AM 10   is the equivalent of over 37,000 barrels per day, correct?

11:00AM 11   A.   Probably is, yes.

11:00AM 12   Q.   Now, you discussed with Mr. Regan a bit your need to

11:00AM 13   describe the reservoir in order to do your modeling.

11:00AM 14        Based on the reservoir data that BP provided to you, you

11:00AM 15   determined that this was a very prolific reservoir?

11:00AM 16   A.   That's correct.

11:00AM 17   Q.   Using the data BP provided, you calculated something

11:00AM 18   called the productivity index?

11:00AM 19   A.   Yes, that's correct.  I calculated the productivity index,

11:00AM 20   the PI, based on -- on 300 millidarcy, based on 86 feet

11:00AM 21   reservoir exposure, and also some PVT parameters you need to be

11:00AM 22   able to calculate the PI.

11:00AM 23   Q.   BP provided you all of that information?

11:00AM 24   A.   Well, BP provided me with permeability, reservoir

11:00AM 25   thickness and fluid composition, that's right.

11:01AM 1    Q.    The permeability you mentioned you used was 300

11:01AM 2    millidarcies?

11:01AM 3    A.    That's correct.

11:01AM 4    Q.    We talked about this -- or Dr. Strickland talked about

11:01AM 5    this a bit, I guess, last week or the week before.  A

11:01AM 6    millidarcy is a unit that describes how easily a fluid can flow

11:01AM 7    through a porous media; is that right?

11:01AM 8    A.    That's right.

11:01AM 9    Q.    You calculated a PI of 49; is that right?

11:01AM 10   A.    Yes.  Based on full reservoir exposure, the PI was 49

11:01AM 11   stock tank barrels per day per psi.

11:01AM 12   Q.    As that name implies, that gives you a sense of how

11:01AM 13   productive the reservoir is?

11:01AM 14   A.    Yeah.  That's a measure of how much the reservoir will

11:01AM 15   flow for a certain underbalance.

11:01AM 16         If you're at balance, there are no flow.  If you reduce

11:01AM 17   the bottom hole pressure, you will get a flow dictated by the

11:01AM 18   productivity index.

11:01AM 19   Q.    You took that PI, that productivity index, and you created

11:02AM 20   an inflow performance curve; is that right?

11:02AM 21   A.    Well, yes.  I created an inflow performance curve.

11:02AM 22         A lot of people tend to use just the PI, but we know that

11:02AM 23   once -- once the hydrocarbons drops below the bubble point

11:02AM 24   pressure and gas starts to flush out, the inflow performance

11:02AM 25   relation is not linear anymore.  So we use the nonlinear inflow

11:02AM  1   performance relation.

11:02AM  2   Q.   If we can go to TREX-7401.49.

11:02AM  3        Is this, Mr. Emilsen, the inflow performance relationship,

11:02AM  4   or IPR curve, that you developed?

11:02AM  5   A.   Yes, that's correct.

11:02AM  6        The chart shows two curves.  The red one is the worst case

11:02AM  7   based on full reservoir exposure.

11:03AM  8        I also included a -- for sensitivity, a blue curve.  I

11:03AM  9   guess that is based on a reduced net pay.  I don't recall if

11:03AM 10   that's based on four feet or another number.  It probably is

11:03AM 11   there.

11:03AM 12   Q.   I think you're right that it was four.  But you didn't use

11:03AM 13   that four in your modeling, correct?

11:03AM 14   A.   That's not correct.  I used four feet also in my model.

11:03AM 15        So I think it's documented in Appendix W, result based on

11:03AM 16   four feet reservoir exposure.

11:03AM 17   Q.   Now, you say again here that you can -- as can be seen,

11:03AM 18   the reservoir is very prolific, right?

11:03AM 19   A.   That's correct.

11:03AM 20        MR. REGAN:  Your Honor, if I could just interpose an

11:03AM 21   objection.  I think that actually this examination is trending

11:03AM 22   into a Phase Two examination about the reservoir.  I don't

11:03AM 23   object to questions about the work he did about --

11:03AM 24        THE COURT:  Where are we going with this examination,

11:04AM 25   Mr. Cernich?

11:04AM 1      MR. CERNICH:  Your Honor, all of this information is

11:04AM 2  the bases for Mr. Emilsen's expert report.

11:04AM 3           In fact, these are all of the inputs that he

11:04AM 4  relies on.  So I'm just trying to make sure --

11:04AM 5      THE COURT:  What are you trying to accomplish here?

11:04AM 6  What's your goal?  Where are you headed to?

11:04AM 7      MR. CERNICH:  My goal is to show the --

11:04AM 8      THE COURT:  Are you trying to establish that the flow

11:04AM 9  path was not up the casing, or are you trying to show something

11:04AM 10 else?  I'm trying to figure where you're going with this

11:04AM 11 examination.

11:04AM 12     MR. CERNICH:  Oh, I was simply trying to show the

11:04AM 13 amount of flow that Mr. Emilsen was relying on in order to show

11:04AM 14 that the flow is going up the production casing.

11:04AM 15     THE COURT:  The amount of flow.

11:04AM 16     MR. CERNICH:  So he had to make some assumptions, and

11:04AM 17 he also had to --

11:04AM 18     THE COURT:  It sounds like we are treading into

11:05AM 19 Phase Two to me.

11:05AM 20     MR. REGAN:  I think these topics, Your Honor, inflow

11:05AM 21 performance curves, productivity indexes --

11:05AM 22     THE COURT:  What is the position of the United States,

11:05AM 23 because I'm not clear on that?  Does the United States contend

11:05AM 24 that the flow path was not up the casing?

11:05AM 25     MR. CERNICH:  No, Your Honor, we don't.

11:05AM 1          THE COURT:  Well, then why where you going into this?

11:05AM 2     What are trying to prove?

11:05AM 3          MR. CERNICH:  I'll move on, Your Honor.

11:05AM 4          THE COURT:  Okay.

11:05AM 5     BY MR. CERNICH:

11:06AM 6     Q.   One final thing, Mr. Emilsen.  When you were working at

11:06AM 7     BP's offices on BP's Internal Investigation, you were told to

11:06AM 8     destroy printouts of documents almost as soon as they were

11:06AM 9     made, correct?

11:06AM 10    A.   No, I don't recall that.

11:06AM 11    Q.   If we could go to Mr. Emilsen's 30(b)(6) deposition,

11:06AM 12    page 317.  If we could look at starting at Line 7 here.

11:07AM 13         "QUESTION:  Did you -- were there printouts while you were

11:07AM 14    working at BP's offices that were -- that were destroyed almost

11:07AM 15    as soon as they were made?

11:07AM 16         "ANSWER:  Yes.  We were told not to print out many

11:07AM 17    documents, and if we needed to do that, we did not want to have

11:07AM 18    many revisions flying around due to the possibility of

11:07AM 19    leakages.  So we were told to do that."

11:07AM 20         Did I read that correctly?

11:07AM 21    A.   Yes, you did.

11:07AM 22    Q.   That was your testimony?

11:07AM 23    A.   Yes.

11:07AM 24    Q.   Those documents were put through a shredder, correct?

11:07AM 25    A.   No.  I think I answered that we were told not to print out

11:07AM  1      a lot of copies of our documents.

11:07AM  2      Q.    Could we go down to line 14 through 17.

11:07AM  3            "QUESTION:  Okay.  And how were they destroyed?

11:07AM  4            "ANSWER:  Technical -- what do you call those machines?

11:07AM  5            "QUESTION:  Shredders?

11:07AM  6            "ANSWER:  Yeah."

11:08AM  7            Was that your testimony?

11:08AM  8      A.    That's my testimony, yes.

11:08AM  9      Q.    You don't recall specifically which documents were

11:08AM 10      destroyed, do you?

11:08AM 11      A.    No.  I did not destroy any documents.  I was told to keep

11:08AM 12      one version of my report.  All my are files are electronic

11:08AM 13      files, input files, output files.  So I did not print many

11:08AM 14      documents, and I do not -- I did not destroy any documents.

11:08AM 15      Q.    So you're giving different testimony here today than the

11:08AM 16      testimony that you gave at your deposition in June of 2011?

11:08AM 17            MR. REGAN:  Your Honor, I object to that because we

11:08AM 18      just saw his testimony from his answer.  The full has just been

11:08AM 19      shown on the screen, and he described what he was talking

11:08AM 20      about.  I object to that question.

11:08AM 21            THE WITNESS:  Well, I can just say what I did, and I

11:08AM 22      did not destroy any documents.

11:08AM 23            THE COURT:  Well, from the part I saw of his answer, it

11:08AM 24      wasn't necessarily inconsistent with his deposition because he

11:09AM 25      said that he was told either not to print them out, or, if he

| 11:09AM | 1 | did print them out, to shred them. |
|---|---|---|
| 11:09AM | 2 | But what I just heard him say is he didn't |
| 11:09AM | 3 | print them out, so he didn't destroy anything. |
| 11:09AM | 4 | Is that what you said? |
| 11:09AM | 5 | THE WITNESS:  Yeah, that's correct.  As I said, all my |
| 11:09AM | 6 | is files are electronic version.  We were told to keep them on |
| 11:09AM | 7 | external hard drives.  I did not print or destroy documents. |
| 11:09AM | 8 | MR. CERNICH:  That's all we have, Your Honor.  Thank |
| 11:09AM | 9 | you. |
| 11:09AM | 10 | THE COURT:  Does Alabama have any questions? |
| 11:09AM | 11 | MR. SINCLAIR:  Alabama has no questions, Your Honor. |
| 11:09AM | 12 | THE COURT:  Louisiana? |
| 11:09AM | 13 | MR. KANNER:  Thank you.  No questions for Louisiana. |
| 11:09AM | 14 | THE COURT:  Transocean. |
| 11:09AM | 15 | MR. DOYEN:  Good morning, Your Honor. |
| 11:09AM | 16 | CROSS-EXAMINATION |
| 11:09AM | 17 | BY MR. DOYEN: |
| 11:10AM | 18 | Q.   Mr. Emilsen, Mike Doyen for Transocean on |
| 11:11AM | 19 | cross-examination. |
| 11:11AM | 20 | THE COURT:  You might want to move that mic up a little |
| 11:11AM | 21 | bit. |
| 11:11AM | 22 | MR. DOYEN:  I'm not sure we're on. |
| 11:11AM | 23 | THE COURT:  See if the green light's on. |
| 11:11AM | 24 | MR. DOYEN:  Let me try the other one. |
| 11:11AM | 25 | THE COURT:  Try it on your tie a little higher. |

11:11AM 1          MR. DOYEN:  I didn't have a light a minute ago, and it

11:11AM 2    suddenly came on.

11:11AM 3                Your Honor, we marked and will use this morning

11:11AM 4    the same exhibit number from the witness' deposition for his

11:11AM 5    report as Mr. Cernich used, 7401.  We'll straighten that out

11:11AM 6    for you.

11:11AM 7          MR. REGAN:  Sounds like it was my fault.

11:12AM 8          MR. DOYEN:  Unless we all coordinate in advance, we

11:12AM 9    sometimes pick the different numbers.

11:12AM 10         BY MR. DOYEN:

11:12AM 11   Q.    Mr. Emilsen, you said on your direct examination that

11:12AM 12   during the period of the sheen test from 9:08 to 9:14 -- have

11:12AM 13   you got that time frame in your mind?

11:12AM 14   A.    Yes, I do.

11:12AM 15   Q.    -- you indicated that the well was flowing at the rate of

11:12AM 16   nine barrels a minute; do you recall that?

11:12AM 17   A.    Yes.

11:12AM 18   Q.    I want to make certain we understand what rates we're

11:12AM 19   talking about because I think we've used a couple different

11:12AM 20   rates over the course of the morning.

11:12AM 21         Let's pull up Exhibit 7401.14.3.

11:12AM 22         So we're talking about the rate here from about 2108 to

11:12AM 23   2114, somewhere around in there, right?

11:12AM 24   A.    That's right.

11:12AM 25   Q.    That's during the sheen test for that six-minute period.

11:12AM 1        The flow rate that's shown on this chart is at all times

11:13AM 2    less than five stock tank barrels per minute, correct?

11:13AM 3    A.    That's correct.

11:13AM 4    Q.    The reason that we have only four or five stock --

11:13AM 5    actually, probably closer to four, maybe four and a half,

11:13AM 6    something like that -- four stock tank barrels per minute,

11:13AM 7    whereas you just said a minute ago that the flow into the well

11:13AM 8    was nine barrels a minute, is that this relates to what you

11:13AM 9    call the shrinkage factor in your report, correct?

11:13AM 10   A.    That's correct.

11:13AM 11   Q.    So let's pull up some language there and make certain that

11:13AM 12   we all understand that.

11:13AM 13       Let's look at -- well, before we go to that, the shrinkage

11:13AM 14   factor means that when we're talking about stock tank barrels,

11:13AM 15   we're talking about how much of this hydrocarbon that came in

11:13AM 16   at the well emerges in surface conditions in liquid form,

11:13AM 17   correct?

11:13AM 18   A.    Yes, stock tank barrels is a common unit in the oil

11:13AM 19   industry, and that is the related to the oil at surface -- or

11:13AM 20   ambient conditions, if you like.

11:14AM 21       What happens downhole is another story due to

11:14AM 22   temperature -- different temperature and different pressure

11:14AM 23   regime.

11:14AM 24       So at this point in time, you're interested in 2108.  As

11:14AM 25   you said, you have a reservoir influx of 4.5 stock tank

11:14AM 1    barrels, but that means nine barrels at downhole conditions.

11:14AM 2    Q.    So nine barrels are flowing into the well during this

11:14AM 3    period of time, right?

11:14AM 4    A.    That's correct.

11:14AM 5    Q.    At surface conditions, we're getting liquid flow sometime

11:14AM 6    later of only -- of only four or five barrels, correct?

11:14AM 7    A.    Yes.  A lot of that oil downhole will flash out gas, and

11:14AM 8    that's the reason why we call it a shrinkage factor.  The oil

11:14AM 9    itself takes less volume at surface compared to downhole.

11:14AM 10   Q.    The shrinkage factor that you use in your report is 2.14,

11:14AM 11   correct?

11:15AM 12   A.    Yes.  The shrinkage factor is a result of the

11:15AM 13   compositional analysis I did prior to dissemination.  That's

11:15AM 14   based on the composition of the fluid.

11:15AM 15   Q.    So just so that we understand that, when 2.14 barrels

11:15AM 16   comes into the reservoir at the bottom, as it moves up the

11:15AM 17   well, at some point we hit what you call the bubble point or

11:15AM 18   flash point, correct?

11:15AM 19   A.    That's correct.

11:15AM 20   Q.    Somewhere a little below the BOP, correct?

11:15AM 21   A.    That's correct.

11:15AM 22   Q.    At that point, gasses like methane, ethane and propane

11:15AM 23   begin to bubble out, correct?

11:15AM 24   A.    Yes.

11:15AM 25         To give you an idea, if you take one barrel of reservoir

11:15AM  1    oil and lift it to surface, it will have five hundred times of

11:15AM  2    gas -- five hundred more times gas than oil.  So one barrel of

11:15AM  3    oil contains 500 barrels of gas.

11:16AM  4    Q.   So if two barrels come into the well and move their way up

11:16AM  5    to the top, a little more than half of that boils off into gas,

11:16AM  6    correct?

11:16AM  7    A.   That's correct.

11:16AM  8    Q.   What we're left with at the top is what we're measuring as

11:16AM  9    standard -- stock tank barrels, I'm sorry, stock tank barrels;

11:16AM 10    is that correct?

11:16AM 11    A.   That's correct.

11:16AM 12    Q.   So 2.14 barrels of flow in the well gives us one barrel of

11:16AM 13    flow up at the surface, correct?

11:16AM 14    A.   One barrel of hydrocarbon liquid flow and a lot of gas.

11:16AM 15    Q.   A lot of gas on top of that barrel of flow, correct?

11:16AM 16    A.   That's correct.

11:16AM 17    Q.   So when you are telling us in various charts, when you're

11:16AM 18    measuring stock tank barrels here, you're talking about how

11:16AM 19    much liquid is going to come out at the surface, correct?

11:16AM 20    A.   That's correct.

11:16AM 21    Q.   But if we want to know -- and you're not tell us when you

11:16AM 22    mention stock tank barrels here how much gas is coming out in

11:16AM 23    addition to that liquid, right?

11:16AM 24    A.   Well, the gas rate is also included in a lot of my charts

11:17AM 25    in Appendix W.

11:17AM 1    Q.    I understand that.  Your model deals with both the liquid

11:17AM 2    rates and the gas rates, correct?

11:17AM 3    A.    That's correct.

11:17AM 4    Q.    But in this particular chart here, we just have the flow

11:17AM 5    of the well, at surface conditions how much liquid is coming

11:17AM 6    out, correct?  In the blue line?

11:17AM 7    A.    Well, the blue line shows how much gas is flowing into the

11:17AM 8    well, but the unit is stock tank barrels per day.

11:17AM 9    Q.    Which has been reduced by your shrinkage factor to 2.1,

11:17AM 10   correct?

11:17AM 11   A.    Yes.  That's correct.

11:17AM 12   Q.    Okay.  So our flow rate, as we move up here to, for

11:17AM 13   example -- what is this, about 21:42, 21:43, sometime in there,

11:17AM 14   where it peaks?

11:17AM 15   A.    Yes.

11:17AM 16   Q.    You've got a flow rate there of looks like about

11:17AM 17   27 barrels per minute; is that right?

11:17AM 18   A.    Yeah.  It looks like it's 25 barrels per minute.  That's

11:18AM 19   right.

11:18AM 20   Q.    Well, 25 is the line, right?  We've above the line, so

11:18AM 21   we're at 26, 27?

11:18AM 22   A.    Yes.

11:18AM 23   Q.    That is stock tank barrels, correct, after it's shrunk and

11:18AM 24   the gas is boiled off?

11:18AM 25   A.    The unit is stock tank barrels per day --

11:18AM 1    Q.    In the wellbore below the BOP, the flow rate is more than

11:18AM 2    twice that, correct?

11:18AM 3    A.    Well, it's a dynamic situation.  This is a measure of how

11:18AM 4    much fluid is going into the wellbore at downhole conditions.

11:18AM 5    It's not trying to give you the flow rate at different

11:18AM 6    positions.

11:18AM 7          For a steady state situation, that would be correct; but,

11:18AM 8    in a dynamic unloading situation, you cannot compare flow rates

11:18AM 9    at various depths.

11:18AM 10   Q.    So when you said down here at 2108 to 2114, the flow rate

11:18AM 11   here is listed on your chart as four barrels per minute,

11:18AM 12   correct?

11:18AM 13   A.    That's four stock tank barrels per minute flowing into the

11:19AM 14   wellbore, that's correct.

11:19AM 15   Q.    But in reservoir barrels, how much hydrocarbons flowing

11:19AM 16   into the well, we have nine barrels, correct?

11:19AM 17   A.    That's correct.

11:19AM 18   Q.    The same thing goes as we move up this chart, correct?

11:19AM 19   A.    Yes.

11:19AM 20   Q.    You can use your 2.14 shrinkage factor all along this blue

11:19AM 21   line, correct?

11:19AM 22   A.    To estimate the flow into the wellbore at downhole

11:19AM 23   conditions --

11:19AM 24   Q.    Yes, sir.

11:19AM 25   A.    -- that's correct.

11:19AM 1    Q.   So the flow into the wellbore at 2142 isn't 26 barrels per

11:19AM 2    minute; it's something a little bit more like 55 barrels per

11:19AM 3    minute, correct, into the wellbore?

11:19AM 4    A.   Yeah, that's correct.

11:19AM 5    Q.   What is the flow rate --

11:19AM 6         MR. DOYEN:  Give me your calculator, Mr. Spanoudakis,

11:19AM 7    if you could.

11:19AM 8         BY MR. DOYEN:

11:19AM 9    Q.   So at 55 barrels per minute, we can calculate that into a

11:19AM 10   daily flow rate.  That is, take 55 times 60, to give us an

11:19AM 11   hour; then, times 24, to give us a day.  So we're

11:20AM 12   80,000 barrels per day into the wellbore, correct?

11:20AM 13   A.   Yes.

11:20AM 14   Q.   Let's put up TREX-7265.30.1.  This is from your report to

11:20AM 15   the Bly Team.

11:20AM 16        80,000 barrels of flow that we had a minute ago into the

11:20AM 17   wellbore, okay, on your chart, is in excess of the blowout

11:20AM 18   potential rate we show on this chart, correct?

11:20AM 19        That's just because, again, this chart is measuring it in

11:20AM 20   stock tank barrels, correct?

11:20AM 21   A.   This is stock tank barrels, yes.

11:21AM 22   Q.   So if we wanted to make reservoir barrels instead as the

11:21AM 23   blowout potential, the hydrocarbons coming into the bottom of

11:21AM 24   the well, we would have to multiply all these by 2.14, correct?

11:21AM 25   A.   Well, that's correct, except that the formation volume

11:21AM 1    factor is also dependent on the pressure downhole, so it's

11:21AM 2    connected to the downhole pressure as well.

11:21AM 3    Q.   Understood.

11:21AM 4         But, roughly, we could figure out reservoir barrels, we

11:21AM 5    could multiple by your shrinkage factor of 2.1, correct, for

11:21AM 6    various potentials?

11:21AM 7    A.   Well, I can give you the flow, the volumetric flow at

11:21AM 8    downhole conditions.  That depends on the flowing bottom hole

11:21AM 9    pressure and temperature, in addition, to convert from stock

11:21AM 10   tank barrels.

11:21AM 11   Q.   But you haven't done that in your report, correct?

11:21AM 12   A.   No, I don't believe I've included that in my report, no.

11:22AM 13   Q.   These stock tank barrels, this is applying your -- we

11:22AM 14   talked before about your shrinkage factor to go from reservoir

11:22AM 15   barrels to stock tank barrels of 2.14, do you recall that?

11:22AM 16   A.   Yes.

11:22AM 17   Q.   That allows for the fact that gas has flashed out of the

11:22AM 18   oil as it moves its way to the surface, correct?

11:22AM 19   A.   That's correct.

11:22AM 20   Q.   So when you report the blowout potential in stock tank

11:22AM 21   barrels, you are not including in these numbers the gas

11:22AM 22   potential at the surface, correct?

11:22AM 23   A.   Well, this particular curve shows the blowout rate versus

11:22AM 24   net pay of oil.  In addition to that, there are a lot of gas,

11:22AM 25   of course, flowing together with the oil.

11:22AM  1    Q.    So at the surface we would have these flow rates, for

11:22AM  2    example, at -- I think you said you assumed 16.5 feet of net

11:22AM  3    pay, correct?

11:22AM  4    A.    Well, this chart you're looking at now is based on a

11:22AM  5    steady state situation, trying to determine the flow potential

11:23AM  6    of the well --

11:23AM  7    Q.    I understand.

11:23AM  8    A.    -- if there were no restrictions, no mud, nothing in the

11:23AM  9    wellbore, and everything is at a steady situation.

11:23AM 10         The unloading sequence was, in contrast to a steady

11:23AM 11    situation, a very dynamic situation.

11:23AM 12    Q.    Understood.  I'm just trying to understand your chart.

11:23AM 13         This is showing us the blowout potential of the well as a

11:23AM 14    function of how much exposure we have to the hydrocarbon zones,

11:23AM 15    correct?

11:23AM 16    A.    That's correct.

11:23AM 17    Q.    You said that you picked as your final number 16.5 feet of

11:23AM 18    exposure, correct?

11:23AM 19    A.    That's correct.

11:23AM 20    Q.    The blowout potential, as expressed on this chart, for

11:23AM 21    16.5 -- I can't make it out exactly, but it must be somewhere

11:23AM 22    between 40 and 43,000 stock tank barrels, correct?

11:23AM 23    A.    That's correct.

11:23AM 24    Q.    In addition to the 40,000 barrels per day of oil, liquid

11:24AM 25    oil we would be getting at the surface according to this

11:24AM 1   calculation, we'd be getting a lot of gas on top of that,

11:24AM 2   correct?

11:24AM 3   A.   That's correct.

11:24AM 4   Q.   Both of them would be rising up in the well at the same

11:24AM 5   time, correct?

11:24AM 6   A.   That's correct.

11:24AM 7   Q.   To understand what's happening in the well, you have to

11:24AM 8   take into account both of this liquid flow and the gas flow,

11:24AM 9   correct?

11:24AM 10  A.   Yes.  That's what the models do.  That's correct.

11:24AM 11  Q.   I want to just understand, again, in very simple terms the

11:24AM 12  way the exposure rate is related to the blowout potential that

11:24AM 13  we've just talked about.

11:24AM 14       I understand you haven't given us a precise model of what

11:24AM 15  it is that's restricting flow and restricting our access to the

11:24AM 16  cement, okay?

11:24AM 17  A.   Yes.  We talked about that this morning, the net pay

11:24AM 18  assumption, that's correct.

11:24AM 19  Q.   But you've assumed that effectively, the effective results

11:25AM 20  of whatever it is that's happened down there in the failure of

11:25AM 21  the cement and any other barriers, is effectively exposing us

11:25AM 22  to 16.5 feet of the hydrocarbon zones, correct?

11:25AM 23  A.   That's correct.

11:25AM 24  Q.   As exposure rises, and we can see that on your chart over

11:25AM 25  here, we expect the flow to rise, correct, other things being

11:25AM 1    equal?

11:25AM 2    A.   Yes, this shows the blowout potential versus net pay,

11:25AM 3    that's correct.

11:25AM 4    Q.   We don't have to climb all the way to total exposure to

11:25AM 5    get very near the total blowout potential, do we, because of

11:25AM 6    the shape of the curve?

11:25AM 7    A.   Yeah, it's not a linear relationship.  The curve talks for

11:25AM 8    itself, so --

11:25AM 9    Q.   So, in fact, as your curve shows us here, if we have

11:25AM 10   failure of the cement barrier, if we have exposure to even a

11:26AM 11   little less than half of the hydrocarbon zone down here, we're

11:26AM 12   already up to a blowout potential here of 60,000 barrels a day,

11:26AM 13   correct?

11:26AM 14   A.   That's correct.

11:26AM 15   Q.   We don't need to get all the way to 86 feet of exposure

11:26AM 16   total openness to get 60,000 stock tank barrels of flow, do we?

11:26AM 17   A.   I don't know why you want to get up to 60,000 stock tank

11:26AM 18   barrels per day, but that's a result, if you have -- if you

11:26AM 19   have 40 feet net pay assumption, the blowout potential, steady

11:26AM 20   state blowout potential from this wellbore is 60,000 stock tank

11:26AM 21   barrels per day, that's correct.

11:26AM 22   Q.   You agree that with Macondo BP tapped into a very prolific

11:26AM 23   well, correct -- very prolific reservoir?

11:26AM 24   A.   Yes, that's correct.  I saw that both based on the

11:26AM 25   thickness and the permeability of the main reservoir, and I

11:26AM 1    concluded that to be a very prolific reservoir, that's correct.

11:26AM 2    Q.    In fact, the character of this reservoir, as you

11:27AM 3    determined it, contributes to a very fast unloading of the well

11:27AM 4    when it's left underbalanced and not closed in, correct?

11:27AM 5    A.    That's correct.

11:27AM 6          MR. DOYEN:  I'm cutting out some stuff, Your Honor,

11:27AM 7    that's already been covered, so forgive my skipping around a

11:27AM 8    little bit in an effort.

11:27AM 9          BY MR. DOYEN:

11:27AM 10   Q.    So let's look, again, at TREX-7401.14.3.

11:28AM 11         Now, you assumed a net pay of 16.5 feet of exposure to the

11:28AM 12   reservoir starting at 9:30, correct?

11:28AM 13   A.    That's correct.

11:28AM 14   Q.    You held it constant for the entire rest of your model,

11:28AM 15   correct?

11:28AM 16   A.    Correct.

11:28AM 17   Q.    But during this period starting at 9:30, heading up to

11:28AM 18   9:42 here, we see a substantial increase in the flow rate of

11:28AM 19   the well --

11:28AM 20         MR. DOYEN:  I'm losing this, aren't I?

21         THE COURT:  It just went off.  Something happened.

22         MR. DOYEN:  I think that's probably the end of its

23   battery life.

24         THE COURT:  Do you have another one, Stephanie?

25         MR. DOYEN:  There's one right up here.

1          BY MR. DOYEN:

11:29AM   2     Q.    I'm sorry.  Just to pick up where we were, because I don't

11:29AM   3   remember exactly, at 9:30, you have assumed 16.5 feet of

11:29AM   4   exposure to the formation, correct?

11:29AM   5     A.    That's correct.

11:29AM   6     Q.    You hold that constant for the entire rest of your model,

11:29AM   7   correct?

11:29AM   8     A.    That's correct.

11:29AM   9     Q.    The model doesn't show any increase in the amount of

11:29AM  10   exposure?

11:29AM  11     A.    That's correct.

11:29AM  12     Q.    During this period from 9:30 on to 9:42, we have a

11:29AM  13   substantial increase in the flow rate in the well, correct?

11:29AM  14     A.    Yes, that's correct.

11:29AM  15     Q.    It is quite possible for the flow rate of these

11:29AM  16   hydrocarbons in the well to result in erosion of the various

11:29AM  17   barriers along the way, correct?

11:29AM  18     A.    I have not looked into that, so I cannot answer.

11:29AM  19     Q.    Well, you do know, and I think you said when Mr. Cernich

11:30AM  20   was talking to you, that as soon as the reservoir begins to

11:30AM  21   flow like this, that it is probable that you will see washout

11:30AM  22   effects, correct?

11:30AM  23     A.    Well, we -- we explained the increase from 13 feet till

11:30AM  24   16.5 by that statement, yeah.

11:30AM  25     Q.    As a general principle, you would agree, correct, that

11:30AM 1  increasing flow is likely to result in washout effects,

11:30AM 2  correct?

11:30AM 3  A.   Yes.  You can say that's likely.

11:30AM 4      I have worked a lot of different blowouts, and many of

11:30AM 5  them behave the opposite, meaning that flow will decrease and

11:30AM 6  actually stop by broaching effects.

11:30AM 7  Q.   Well, let's put up the December deposition, which is your

11:30AM 8  expert deposition, page 112, lines 21 through 113, line 13.

11:31AM 9      You say -- I'm reading -- "In the simulations, fixed net

11:31AM 10 pay has been used.  But, in reality, this property" --

11:31AM 11     MR. REGAN:  Your Honor --

11:31AM 12     MR. DOYEN:  I'm sorry.

11:31AM 13     MR. REGAN:  Just before you read it into the record, I

11:31AM 14 thought I would save us some time.

11:31AM 15          This is not the question he just asked; so, if

11:31AM 16 it's trying to be impeachment, it's different.

11:31AM 17     MR. DOYEN:  It's the answer that he gives down here

11:31AM 18 where he says what I've just asked him.  It isn't the question.

11:31AM 19     THE COURT:  Go ahead.  Go ahead.

11:31AM 20     BY MR. DOYEN:

11:31AM 21 Q.   "In the simulations, fixed net pay has been used.  But in

11:31AM 22 relation, this property can change with changing downhole

11:31AM 23 conditions.  What does that mean?

11:31AM 24     "ANSWER:  Well, that has been discussed several times now.

11:31AM 25 It's a fairly good assumption to believe that initially some

11:31AM 1   parts of the cement were holding back or isolating the

11:31AM 2   reservoir fluids from flowing into the wellbore; but, as soon

11:31AM 3   as you reduce downhole pressure to below -- to below the

11:31AM 4   reservoir pressure and hydrocarbon started to flow into the

11:31AM 5   reservoir, you can observe or you will probably see effects,

11:32AM 6   washout effects that could increase the net pay from what it

11:32AM 7   was initially."

11:32AM 8        Did you get asked that question, and did you give that

11:32AM 9   answer at your deposition?

11:32AM 10  A.   Yes.  I think that I agreed that that was how we explained

11:32AM 11  the increase from 13 to 16.5 net pay.

11:32AM 12  Q.   You're not testifying, are you, sir, that at 9:30, all of

11:32AM 13  the washout effects and erosions that were ever going to occur

11:32AM 14  had happened; and, that after that, that although the well was

11:32AM 15  flowing ever more in ever greater terms, there would be no

11:32AM 16  subsequent erosion?  That's not your testimony, is it?

11:32AM 17       MR. REGAN:  Your Honor, I would just ask, for

11:32AM 18  completeness, that he just show the Q & A right below this.

11:32AM 19       MR. DOYEN:  Below what's on screen?

11:32AM 20       MR. REGAN:  Yes.

11:32AM 21       MR. DOYEN:  "QUESTION:  So you have more hydrocarbons

11:32AM 22  coming in?

11:32AM 23            "ANSWER:  That's correct."

11:32AM 24       MR. REGAN:  Right.  From lines 14 to 19 of the same

11:32AM 25  page, please.

11:32AM 1        MR. DOYEN:  "QUESTION:  But your model cannot account

11:32AM 2    for that.  That's a limitation of the model.

11:32AM 3             "ANSWER:  No, that's true.  The model can

11:33AM 4    account for the increase in net pay."

11:33AM 5        THE COURT:  No, he said -- wait, wait.

11:33AM 6        MR. DOYEN:  I'm sorry, Your Honor.

11:33AM 7        THE COURT:  Maybe I heard you wrong.  You said, no,

11:33AM 8    that's not true, correct?  Is that's what you said?

11:33AM 9        MR. DOYEN:  I may have misread it.

11:33AM 10        THE COURT:  Maybe I heard you wrong.  Just read that

11:33AM 11    again.

11:33AM 12        MR. DOYEN:  The answer is:  "No, that's not true.  The

11:33AM 13    model can account for the increase in net pay, and we changed

11:33AM 14    the net pay from 13 to 16.5 during the last Case 7 run we did."

11:33AM 15        BY MR. DOYEN:

11:33AM 16    Q.   Do you see that?

11:33AM 17    A.   Yes, I see.  That's correct.

11:33AM 18    Q.   I was reading that at the request of BP's counsel.

11:33AM 19        I'm asking you, sir, at 9:30, you assumed 16.5 feet of net

11:33AM 20    pay, correct?

11:33AM 21    A.   That's correct.

11:33AM 22    Q.   After that, your model shows a very substantial increase

11:33AM 23    in the flow of the wellbore, correct?

11:33AM 24    A.   But it's still based on 16.5 net pay.

11:33AM 25    Q.   I understand that, sir.  I'm just asking you the following

11:33AM 1   question:  After 9:30, does your model show a very substantial

11:33AM 2   increase in the flow of the well?

11:33AM 3   A.   Well, the increase of hydrocarbons into the wellbore has

11:33AM 4   been shown here a couple of times.  It's increasing all the

11:34AM 5   time.

11:34AM 6       You have a relatively large increase at 2130, and that is

11:34AM 7   mainly due to at that point in time they shut off the pumps.

11:34AM 8   Q.   I'm not asking why.

11:34AM 9       Let's go back to 7401.14.3.  Just asking if there was an

11:34AM 10  increase?

11:34AM 11      MR. REGAN:  Your Honor, I think the question has been

11:34AM 12  asked three or four times, and I think the witness has answered

11:34AM 13  it.

11:34AM 14      THE COURT:  What's the question?

11:34AM 15      BY MR. DOYEN:

11:34AM 16  Q.   From 9:30 to 9:42, the flow of the well doubles, correct?

11:34AM 17  A.   Yeah, the flow into the wellbore increases from 10 to

11:34AM 18  25 stock tank barrels per minute.

11:34AM 19  Q.   Then you took a look at what kind of fluid we're talking

11:34AM 20  about flowing out of this well, correct?

11:34AM 21  A.   I'm not sure if I understand.

11:34AM 22  Q.   You understand the oil and gas.  You understand the nature

11:34AM 23  of these products.  You understand this is highly corrosive,

11:34AM 24  erosive material.  It will erode solid steel as it goes up the

11:34AM 25  wellbore; do you understand that?

11:35AM  1    A.   Well, as I said, I have not looked into the actual

11:35AM  2    velocities and erosion.  I have not looked into that.

11:35AM  3    Q.   You haven't gone out to Michoud and seen the heavily

11:35AM  4    eroded steel pipe that all the rest of us in this court have

11:35AM  5    seen?

11:35AM  6    A.   I might have seen a picture of that.  That's correct.

11:35AM  7    Q.   You do understand that erosion is caused by these

11:35AM  8    hydrocarbons flowing through the well, don't you?

11:35AM  9    A.   Yes, that could be true, at least when they started to

11:35AM  10   close the BOP at 2142.  That will, of course, increase the

11:35AM  11   velocities dramatically.

11:35AM  12   Q.   Let's look at Exhibit 7401.

11:35AM  13        MR. DOYEN:  I'm sorry, let me read that better,

11:35AM  14   Your Honor.

11:35AM  15        BY MR. DOYEN:

11:35AM  16   Q.   TREX-7401.15.1.

11:35AM  17        This is a chart showing flow of various materials at --

11:35AM  18   among other things, at the surface, correct?

11:35AM  19   A.   Yes, that's correct.

11:35AM  20   Q.   We have, for example, the flow of the mud and the gas as

11:36AM  21   it's being pushed out of the riser, correct, in the blue line?

11:36AM  22   A.   Well, the blue line shows the combined rate of water and

11:36AM  23   mud at surface.

11:36AM  24   Q.   Correct.  Being pushed out of the well?

11:36AM  25   A.   That's correct.

11:36AM 1    Q.   The red line here, starting in right around 2046, shows

11:36AM 2    the gas that's just starting to come out of the well at the

11:36AM 3    surface, correct?

11:36AM 4    A.   At surface, that's correct.

11:36AM 5    Q.   Then I think we have a green line -- I'm not sure I see

11:36AM 6    this color correctly -- a green line also starting around 2146,

11:36AM 7    where liquid oil is beginning to flow out at the surface,

11:36AM 8    correct?

11:36AM 9    A.   That's correct.  A little bit later for the oil, but,

11:36AM 10   yeah, that's correct.

11:36AM 11   Q.   Let's pull up TREX-1113.1.

11:36AM 12        This is just another version of this chart that was put in

11:36AM 13   the Bly investigative report.

11:36AM 14        I think we have all of the same lines here; but, we have

11:36AM 15   one additional line, which is this dotted line at 2149, do you

11:36AM 16   see that?

11:36AM 17   A.   Yes.

11:37AM 18   Q.   That's what you understand and state in your report to be

11:37AM 19   the time of the explosion, correct?

11:37AM 20   A.   That's correct.

11:37AM 21   Q.   At the time of the explosion and leading up to it, you

11:37AM 22   have gas coming to the rig at about 2146, right?

11:37AM 23   A.   Yes.

11:37AM 24   Q.   Then rising up to a level, by the time of the explosion,

11:37AM 25   of approximately 20 million standard cubic feet per day,

11:37AM 1   correct?

11:37AM 2   A.   That's correct.

11:37AM 3   Q.   Let's pull up Appendix V to the Bly Report,

11:37AM 4   TREX-2602.69.1.

11:37AM 5       This is from the Baker Engineering and Risk Consultants

11:37AM 6   report that was included in the Bly investigative materials.

11:37AM 7   They are often referred to as Baker Risk.

11:37AM 8       Baker Risk did two scenarios to talk about how much gas is

11:38AM 9   on the rig at the time of the explosion.

11:38AM 10        MR. REGAN:  I just object on scope and --

11:38AM 11        THE COURT:  Get by a microphone.

11:38AM 12        MR. REGAN:  Your Honor, I would object to the scope of

11:38AM 13   going into this.  I don't think Mr. Emilsen reviewed this in

11:38AM 14   connection with his report.

11:38AM 15        MR. DOYEN:  I'm only going to contrast, Your Honor, his

11:38AM 16   estimate of the flow of gas with another BP expert of the flow

11:38AM 17   of gas, and talk about whether they are the same.

11:38AM 18         I think I'm entitled to do that with this

11:38AM 19   witness who has given opinions as to how fast this well is

11:38AM 20   flowing.

11:38AM 21        THE COURT:  All right.  Go ahead.

11:38AM 22       BY MR. DOYEN:

11:38AM 23   Q.   Baker Risk Scenario A here, designed to provide an upper

11:38AM 24   bound for how much gas is on the rig by the time of the

11:38AM 25   explosion, is showing a peak flow rate of 750 million standard

11:38AM 1   cubic feet per day of gas prior to the explosion, correct?

11:38AM 2   A.   Well, I haven't studied this chart, but I see there the

11:38AM 3   blue peak seems to reach that number.  That's correct.

11:38AM 4   Q.   750 million standard cubic feet per day.  That is very

11:38AM 5   much, very much larger than your flow rate of gas prior to the

11:39AM 6   explosion of 20 million standard cubic feet per day, isn't it?

11:39AM 7   A.   Well, I haven't studied this report except that I remember

11:39AM 8   that Baker Risk, they used the results from my calculations to

11:39AM 9   do their work.

11:39AM 10  Q.   I'm just asking you, sir, whether their flow rate of

11:39AM 11  750 million standard cubic feet per day prior to the explosion

11:39AM 12  is very much larger than your gas flow right rate?

11:39AM 13            MR. DOYEN:  Yes?

11:39AM 14            MR. REGAN:  Your Honor --

11:39AM 15            THE COURT:  I think we can admit 750 is higher than 20.

11:39AM 16            MR. DOYEN:  Fine, Your Honor.  I can pass that.  I'll

11:39AM 17  move on.

11:39AM 18            THE COURT:  Go ahead.

11:39AM 19            BY MR. DOYEN:

11:39AM 20  Q.   Let's pull up TREX-2602.70.1.

11:39AM 21       This is Baker Risk Scenario B for the lower bound on the

11:39AM 22  amount of gas that's gotten to the rig to account for the

11:39AM 23  explosion that happened at 2149.

11:39AM 24       They have gas flowing in between 150 to a hundred million

11:40AM 25  standard cubic feet per day prior to the explosion, correct?

11:40AM  1    Do you see that?

11:40AM  2    A.    Yes, I see that.

11:40AM  3    Q.    Your model says we have only 20 million standard cubic

11:40AM  4    feet per day coming in, in that last couple minutes, correct?

11:40AM  5    A.    Yes, my model predicted 20 million at a certain point in

11:40AM  6    time, that's correct.

11:40AM  7    Q.    Let's go back to TREX-740 -- I'm sorry, I'm saying that

11:40AM  8    wrong -- 7401.15.1.

11:40AM  9         Again, going back to your surface flow rates, okay.

11:40AM 10    Looking here at the water rate, for example -- I mean, the rate

11:40AM 11    for water and mud, which is blue line.  Do you see that?

11:40AM 12    A.    Yes.

11:40AM 13    Q.    The peak rate there, I think you have at 2146 or 47, do

11:40AM 14    you see that?

11:40AM 15    A.    Yes, if you say so.  It's a little -- but I guess that's

11:40AM 16    true, yeah.

11:40AM 17    Q.    That's up somewhere around 165 barrels per minute,

11:40AM 18    correct?

11:41AM 19    A.    Yes.

11:41AM 20    Q.    That translates into a day rate of 237,000 barrels per

11:41AM 21    day, correct?

11:41AM 22    A.    I haven't done the calculation, but I suppose you --

11:41AM 23    Q.    That sounds right?

11:41AM 24    A.    -- have read it right.

11:41AM 25    Q.    Close to a quarter million?

11:41AM  1    A.    Well, if you say so.

11:41AM  2         MR. DOYEN:  Mr. Spanoudakis, let's see the calculator

11:41AM  3    again.

11:41AM  4         BY MR. DOYEN:

11:41AM  5    Q.    165 times 60, that's our rate per hour; times 24, rate per

11:41AM  6    day.  237,000.  Almost a quarter million barrels per day,

11:41AM  7    correct?

11:41AM  8    A.    That's correct.

11:41AM  9    Q.    That's a lot higher than hydrocarbons coming into the

11:41AM 10    well, correct?

11:41AM 11    A.    That's correct.

11:41AM 12    Q.    That's because the gas is expanding as it's rising,

11:41AM 13    especially as it's rising in the riser, correct?

11:41AM 14    A.    That's correct.

11:41AM 15    Q.    So as a result of that expansion of the gas, it pushes the

11:41AM 16    fluids above it out at a dramatically higher rate, correct?

11:42AM 17    A.    Correct.

11:42AM 18    Q.    Let's pull up TREX-50150.132.2.

11:42AM 19         You understand that Stress did some modeling of how fast

11:42AM 20    the mud and water is being expelled from the well, do you

11:42AM 21    recall that?

11:42AM 22    A.    Well, I think I might have seen part of the work they did,

11:42AM 23    yes.

11:42AM 24    Q.    They didn't give us a chart like yours.  They gave us a

11:42AM 25    table.  You didn't give us a table like theirs, so I'm trying

7876

11:42AM   1    to compare a chart to a table.

11:42AM   2         Let's take a couple of minutes here.

11:42AM   3         At 9:34, you have a flow rate coming out of the well of

11:43AM   4    what looks to be something like 46 barrels a minute?

11:43AM   5    A.   At what point in time?

11:43AM   6    Q.   Right around in here.

11:43AM   7    A.   Yes.  Okay.

11:43AM   8    Q.   Stress, for the same time period, in contrast to your

11:43AM   9    45 or 46 barrels, I can't say exactly, Stress is saying

11:43AM  10    38 barrels per minute.  A little bit slower, correct?

11:43AM  11    A.   Yes.

11:43AM  12    Q.   But in the same ballpark, as we might say here in the

11:43AM  13    States.

11:43AM  14         Then, at 21:43, you have a rate of -- call it 85,

11:43AM  15    86 barrels, do you see that --

11:43AM  16    A.   Yes.

11:43AM  17    Q.   -- barrels per minute?

11:43AM  18    A.   Yes.

11:43AM  19    Q.   At that period of time, Stress says 92 barrels per minute,

11:43AM  20    correct?

11:43AM  21    A.   Okay.

11:43AM  22    Q.   So at this point in their model they have a flow rate

11:43AM  23    slightly higher at the surface, in terms of how fast we're

11:44AM  24    pushing all of this water out, correct, all of this water and

11:44AM  25    mud?

11:44AM  1    A.   Well, I mean, as I said, I haven't studied this report, so

11:44AM  2    I'm not in a position to comment on their numbers and how

11:44AM  3    they -- what assumptions they have made --

11:44AM  4    Q.   I won't ask you about any of that, therefore.

11:44AM  5         I'm just pointing out that they say -- they've got the

11:44AM  6    well starting a little bit slower than you do, and then

11:44AM  7    increasing a little bit faster, all in the same ballpark as

11:44AM  8    your model, from these calculations?

11:44AM  9         THE COURT:  Mr. Doyen, it's not very helpful or fair to

11:44AM 10    the witness if hasn't been asked to look at this.

11:44AM 11              I mean, what's the point of asking?  All you're

11:44AM 12    doing is stating the obvious as to what these other documents

11:44AM 13    show.

11:44AM 14         MR. DOYEN:  Your Honor, I wasn't certain until I asked

11:44AM 15    him how much he would say he looked at this.  I agree, given

11:44AM 16    that he doesn't know much, I'm not going to spend any more

11:44AM 17    time.

11:44AM 18         BY MR. DOYEN:

11:44AM 19    Q.   You agree with Stress Engineering, don't you, that the

11:44AM 20    well became underbalanced no later than about 8:52?

11:45AM 21    A.   Well, I can just answer for the work I did.  I concluded

11:45AM 22    that the well went underbalance at 2052.

11:45AM 23    Q.   2052.  8:52.  Okay?

11:45AM 24    A.   Yes.

11:45AM 25    Q.   Likewise, you agree with Stress' analysis that the crews

11:45AM 1   shut down the pumps at about 9:30, correct?

11:45AM 2           MR. REGAN:  I think we've established that he's done

11:45AM 3   his own work.  I don't think we need to ask him if he agrees

11:45AM 4   with Stress' analysis.  You can ask him about his own work.

11:45AM 5           MR. DOYEN:  I think a lot of witnesses have been asked,

11:45AM 6   Your Honor, whether they're in agreement with other experts.

11:45AM 7   I'm not sure I see the error --

11:45AM 8           THE COURT:  Well, they have throughout this trial.

11:45AM 9           THE WITNESS:  When the pumps were shut off, that is

11:45AM 10  from the Sperry-Sun realtime data, and that was 21:30, so

11:45AM 11  that's --

11:45AM 12          BY MR. DOYEN:

11:45AM 13  Q.   You agree with Stress' analysis that we arrive -- the gas

11:45AM 14  arrives at the rig right around 2146, correct?

11:45AM 15          MR. REGAN:  Just for clarity on my prior objection,

11:45AM 16  Your Honor, Stress Engineering hasn't been put forth as an

11:45AM 17  expert in the case by BP.

11:45AM 18          MR. DOYEN:  Their reports are in the evidence,

11:46AM 19  Your Honor, just as the Baker Risk analysis was that I put up

11:46AM 20  earlier.

11:46AM 21          MR. REGAN:  I just wanted to clarify for the record.

11:46AM 22          THE COURT:  Okay.

11:46AM 23          THE WITNESS:  Well, I have not studied the

11:46AM 24  Stress Engineering report.  I can only answer for the work I

11:46AM 25  did.

11:46AM 1          Gas reached surface at 2146.  That matched

11:46AM 2   quite well with witness accounts, with observations and when

11:46AM 3   gas alarms went off and when they heard the hissing noise.

11:46AM 4          I am not in a position to discuss the report

11:46AM 5   made by Stress Engineering.

11:46AM 6     BY MR. DOYEN:

11:46AM 7   Q.   I respect that.

11:46AM 8        You indicate in your report that if the BOP had remained

11:46AM 9   sealed -- I'm sorry, let me back up for a second to say

11:46AM 10  something I think you already established earlier today.

11:46AM 11       You agree that in your model the BOP appears to be sealed

11:46AM 12  right around 2147; do you recall that?

11:46AM 13  A.   That's correct.

11:46AM 14  Q.   You indicate in your report that if it had remained

11:46AM 15  sealed, oil and gas flow to the surface should have stopped,

11:46AM 16  should have ceased, by right about 2200, right about

11:47AM 17  10 o'clock, a few minutes later, correct?

11:47AM 18  A.   That's correct.

11:47AM 19  Q.   That obviously did not happen, correct?

11:47AM 20  A.   That's correct.

11:47AM 21  Q.   The hydrocarbon-fueled fire continued to rage for the next

11:47AM 22  40 hours, right?

11:47AM 23  A.   That's correct.

11:47AM 24  Q.   But your model doesn't explain how that happened, right?

11:47AM 25       You did not attempt to take your model into the period of

11:47AM 1   time after 2149 and explain how it is we end up with gas

11:47AM 2   flowing --

11:47AM 3   A.   Well, first, we stopped the simulations at that point in

11:47AM 4   time.  Obviously, as you said, the fire was fueled, and we

11:47AM 5   stated a couple of reasons for why that can happen.

11:47AM 6        One of them was that the pressure increase starting at

11:47AM 7   2149 went all the way up to the shut-in pressure of 5700 psi.

11:47AM 8   That could -- that could exceed limitations of surface

11:47AM 9   equipment.  That was one option.

11:48AM 10       There were also other options for why the fire was fueled.

11:48AM 11  Q.   My question is more simple.  You identified a number of

11:48AM 12  possibilities in your report, correct?

11:48AM 13  A.   That's correct.

11:48AM 14  Q.   But you didn't use your OLGA modeling to try and move

11:48AM 15  forward after the explosion and explain what happened there?

11:48AM 16  A.   No, that's correct.

11:48AM 17  Q.   Now, I think you've touched on this briefly before, that

11:48AM 18  in order for you to model what happened from the time of the

11:48AM 19  negative pressure test onward, you had to model the behavior of

11:48AM 20  the lost circulation materials that were circulated into the

11:48AM 21  well prior to the negative test, right?

11:48AM 22  A.   Well, if you're talking about a spacer, that was included.

11:48AM 23  The 16-pounds-per-gallon spacer was included in the model.

11:48AM 24  Q.   Yes.  You described that as a very special fluid that's

11:48AM 25  not common in wellbores, didn't you?

11:48AM 1    A.    Well, I described it as a very viscous fluid.  That was

11:48AM 2    what I recall.

11:48AM 3    Q.    Just so that we're all clear on what we mean by very

11:48AM 4    viscous fluids, I just plugged that phrase into Google and got

11:49AM 5    back a few things that are viscous, very viscous:  Tar,

11:49AM 6    molasses, honey, chocolate syrup, peanut butter.  Those are all

11:49AM 7    viscous materials, have a common characteristic that when you

11:49AM 8    try and pour them out, they poor pretty slowly, correct?

11:49AM 9    A.    Yes, that's correct.

11:49AM 10   Q.    In fact, the tests that were performed after the incident

11:49AM 11   you indicated showed that this fluid viscosity was off the

11:49AM 12   scale, correct?

11:49AM 13   A.    Yes.

11:49AM 14   Q.    The model you used could not produce the viscous behavior

11:49AM 15   of this particular material; isn't that true?

11:49AM 16   A.    Yes, that's true.  We had to add more friction than --

11:49AM 17   than was calculated by the model.

11:49AM 18        That was not a big surprise because the model is not

11:49AM 19   tested too much to such high viscous fluids.

11:49AM 20   Q.    I think you said that these highly viscous materials may,

11:49AM 21   in fact, account for certain discrepancies in your model

11:50AM 22   between the modeled output and the Sperry data, correct?

11:50AM 23   A.    Yes.  During the circulation when you had the viscous

11:50AM 24   spacer inside the wellbore, that is correct.

11:50AM 25        MR. DOYEN:  Your Honor, I have nothing further.

| | |
|---|---|
| 11:50AM 1 | THE COURT:  All right.  Halliburton. |
| 11:50AM 2 | Mr. Godwin, did we hear the name Halliburton |
| 11:50AM 3 | during his testimony? |
| 11:50AM 4 | MR. HARTLEY:  I heard Sperry a whole lot of times, |
| 11:50AM 5 | Your Honor. |
| 11:50AM 6 | MR. GODWIN:  Judge, I mentioned that to him at the |
| 11:50AM 7 | break.  We're going to have a little longer talk at lunch. |
| 11:50AM 8 | THE COURT:  Mr. Godwin promised us if you didn't hear |
| 11:50AM 9 | the name Halliburton, there'd be no cross-examination. |
| 11:50AM 10 | MR. GODWIN:  Judge, you've seen me do that when it's |
| 11:50AM 11 | been my turn. |
| 11:50AM 12 | THE COURT:  I guess it doesn't apply to Mr. Hartley. |
| 11:50AM 13 | CROSS-EXAMINATION |
| 11:50AM 14 | BY MR. HARTLEY: |
| 11:51AM 15 | Q.   Good morning Mr. Emilsen. |
| 11:51AM 16 | A.   Good morning. |
| 11:51AM 17 | Q.   Good to see you again.  I have a few questions for you, |
| 11:51AM 18 | most of which has been covered by prior counsel. |
| 11:51AM 19 | Now, Mr. Cernich asked you about your simulations and |
| 11:51AM 20 | modeling you've done, and you had told him that you've not run |
| 11:51AM 21 | any simulations -- any new simulations between the time of your |
| 11:51AM 22 | work for the Bly Investigation Team and your deposition here in |
| 11:51AM 23 | New Orleans in December of 2011. |
| 11:51AM 24 | Do you recall that? |
| 11:51AM 25 | A.   Yes.  That's correct. |

11:51AM 1    Q.    I'm going to close the loop.  You haven't done any

11:51AM 2    additional simulations between December of 2011 and today

11:51AM 3    either, have you?

11:51AM 4    A.    No.

11:51AM 5    Q.    Now, you talked -- you've talked a lot about your flow

11:51AM 6    simulations and how you think that -- the rate of flow getting

11:51AM 7    to the surface.  You're not here today offering any opinions,

11:51AM 8    are you, about when anybody on the rig should have noticed the

11:51AM 9    flow?

11:51AM 10   A.    That's correct.

11:51AM 11   Q.    You're not a well control certified -- you're not well

11:52AM 12   control certified?

11:52AM 13   A.    That's correct.

11:52AM 14   Q.    You haven't attended well control training school from

11:52AM 15   Randy Smith, BP, TO or anybody?

11:52AM 16   A.    No.

11:52AM 17   Q.    You haven't been trained in standard kick indicators?

11:52AM 18   A.    No.

11:52AM 19   Q.    Now, about this simulated gain of hydrocarbons.  You've

11:52AM 20   talked at some length about the 40-barrel gain from 2052 to

11:52AM 21   2108.  You have that time frame in mind?

11:52AM 22   A.    Yes, I have.

11:52AM 23   Q.    Let's pull up D-4853.  4853.

11:53AM 24         THE AUDIO/VIDEO TECHNICIAN:  Nobody has that.

11:53AM 25         MR. HARTLEY:  Maybe Mr. Regan has it.

7884

11:53AM 1        MR. REGAN:  I might have a hard copy.

11:53AM 2        MR. HARTLEY:  All right.  Let's just move on without

11:53AM 3   this one.

11:53AM 4   BY MR. HARTLEY:

11:53AM 5   Q.   Do you remember the slope where you're showing where there

11:53AM 6   is about a 40-barrel gain under your modeling between 2052 and

11:53AM 7   2108?

11:53AM 8   A.   Yes.

11:53AM 9        MR. HARTLEY:  Is that it?  Thanks, Donnie.

11:53AM 10  BY MR. HARTLEY:

11:53AM 11  Q.   And this is represented by the red line you were talking

11:53AM 12  with Mr. Regan earlier?

11:53AM 13  A.   Yes.  That's the cumulative gain versus time, that's

11:53AM 14  correct.

11:53AM 15  Q.   Now, preparing your modeling report to get to this

11:53AM 16  analysis, you didn't review the underlying pit data from the

11:53AM 17  rig, did you?

11:53AM 18  A.   No.  That's correct.  I heard about -- there were people

11:54AM 19  with the Bly Team that looked at the pit gains and then flow in

11:54AM 20  and flow out indicators, and I learned after I did the

11:54AM 21  simulation that they saw the same amount of hydrocarbons at

11:54AM 22  that point in time.  It compared well with the simulations.

11:54AM 23  Q.   So the starting point is you didn't actually calculate,

11:54AM 24  based on the realtime data, how much the pit volumes changed on

11:54AM 25  the rig?

11:54AM 1    A.   No, I did not look into the pit gain data.  I just looked

11:54AM 2    at the standpipe pressure reading and the results.  The blue

11:54AM 3    and the red line here is a result of the simulation.  And that

11:54AM 4    simulation was presented before we had access to the

11:54AM 5    information that supported the gains predicted by the

11:54AM 6    simulation.

11:54AM 7    Q.   You were in the courtroom a little bit last week, weren't

11:54AM 8    you?

11:54AM 9    A.   Well, yes, I was there ten minutes or so.

11:55AM 10   Q.   And that's where I was going.  Were you here when Dr. Beck

11:55AM 11   testified as to his volumetric analysis of those pit gains?

11:55AM 12   A.   No, I don't think I was in this room.  But I heard -- I

11:55AM 13   think I heard about his work, yes.

11:55AM 14   Q.   Did you review the deposition testimony of John Gisclair?

11:55AM 15   A.   No.  I don't think I did, no.

11:55AM 16   Q.   To derive this 40-barrel gain, you relied, at least in

11:55AM 17   part, as you said, on information from some members of the

11:55AM 18   Bly Team who told you that they had come up with this number?

11:55AM 19   A.   Supposably who come up with the number?

11:55AM 20   Q.   No, you relied in part on some members of the Bly Team to

11:55AM 21   inform you of this 40-barrel gain?

11:55AM 22   A.   Yes, that was not something I did.  I didn't look at the

11:55AM 23   pit gains.

11:55AM 24   Q.   Now, if Mr. Gisclair and Dr. Beck are correct, that there

11:55AM 25   wasn't actually a 40-barrel gain in that time, you would go

11:56AM 1    back and revise your modeling to derive results that are more

11:56AM 2    consistent with the actual pit data?

11:56AM 3    A.   Well, that's a hypothetical question.  I mean, I used -- I

11:56AM 4    didn't spend too much time correlating to the pit gains,

11:56AM 5    because, as I said, I learned that later.  I used the standpipe

11:56AM 6    pressure, and I used the information on when hydrocarbons

11:56AM 7    reached surface as the main parameters, if you like, to match

11:56AM 8    the simulations.

11:56AM 9    Q.   I guess my question is a little simpler.

11:56AM 10       In deriving your model, you were trying to match certain

11:56AM 11   defined outputs from the Sperry realtime data, fair?

11:56AM 12   A.   Yes, amongst others.  The drill pipe pressure from the

11:56AM 13   Sperry-Sun, that's correct.

11:56AM 14   Q.   You ran various simulations until you got a fairly good

11:56AM 15   correlation with the actual data?

11:56AM 16   A.   Yes, that's true.

11:56AM 17   Q.   So had you had actual data that there was not a 40-barrel

11:56AM 18   gain in the pits during that time frame, you would have

11:57AM 19   similarly run additional simulations to try to get a better

11:57AM 20   match?

11:57AM 21   A.   Well, yeah, of course, if you had -- the more data I had,

11:57AM 22   the realtime data, the better the simulation would probably be.

11:57AM 23       With respect to that particular gain you're talking about,

11:57AM 24   the 40 barrels within that time frame, if that alone would

11:57AM 25   change the picture, I cannot say by sitting here now.  Based on

11:57AM 1  all the other evidence I had, I felt that the simulations

11:57AM 2  matched very well with both the observations, witness accounts,

11:57AM 3  and pressure data.

11:57AM 4  Q.   Now, we discussed a little bit of the fixed pay versus

11:57AM 5  varying net pay.  I'm not going to get too deeply into that.

11:57AM 6      But you would agree that flow is going to accelerate

11:57AM 7  dramatically over time?

11:58AM 8  A.   That's what this chart is showing, that inflow is

11:58AM 9  accelerating, that's correct.

11:58AM 10  Q.   As additional underbalancing occurs in the well, flow is

11:58AM 11  going to accelerate.  Whether it's erosion or just the

11:58AM 12  underbalancing differential pressure, they will accelerate?

11:58AM 13  A.   Yes, that's true.  Following the circulation of 0, the

11:58AM 14  well got more and more -- underbalanced with the reservoir

11:58AM 15  pressure and the -- more fluid flows from the reservoir into

11:58AM 16  the wellbore, that's correct.

11:58AM 17  Q.   In the hundreds of simulations you ran, you came to the

11:58AM 18  opinion that Case 7 best reflects what happened on rig?

11:58AM 19  A.   That's correct.

11:58AM 20  Q.   And under your modeling that best reflects what happened

11:58AM 21  on the rig, the vast majority of the flow out of the well

11:58AM 22  occurs after this 2108, 2110 time frame?

11:58AM 23  A.   That's correct.

11:58AM 24  Q.   When you started off talking about your OLGA modeling this

11:58AM 25  morning with Mr. Regan, you talked about some of the inputs.

11:58AM 1   And one of those inputs you mentioned was certain information

11:59AM 2   about the sands capable of flow.

11:59AM 3        Do you recall that?

11:59AM 4   A.   Yes.

11:59AM 5   Q.   That's an important input that OLGA is sensitive to.

11:59AM 6   A.   Well, yes.  We need information on the reservoirs, that's

11:59AM 7   correct.

11:59AM 8   Q.   You need pressure, permeability, thickness, those sorts of

11:59AM 9   details about the reservoir to model flow?

11:59AM 10  A.   That's correct.

11:59AM 11  Q.   Let's put up D-8015.

11:59AM 12       This is a demonstrative that reflects the production

11:59AM 13  interval, Mr. Emilsen.  And if I understand correctly, your

11:59AM 14  modeling all relates to the 12.6 ppg sands in the main pay

11:59AM 15  zone?

11:59AM 16  A.   Yes.  Those are the main pay sands in the model.  I also

11:59AM 17  looked at -- at a 13.1 pounds per gallon sand for some of the

12:00PM 18  simulations.

12:00PM 19  Q.   That would be the M56A, 13.1 sand?

12:00PM 20  A.   Yes.

12:00PM 21  Q.   And you modeled that with respect to the pressure being

12:00PM 22  read during the negative test; is that right?

12:00PM 23  A.   That's correct.  In order to match the stable shut-in

12:00PM 24  pressure of the 1400 psi, that matched very well with the

12:00PM 25  pressure in that particular sand.  That's correct.

12:00PM 1    Q.   When you were running your model, you never received,

12:00PM 2    though, any information -- any compositional analysis from the

12:00PM 3    M57B sand, a little higher up, did you?

12:00PM 4    A.   That's correct.

12:00PM 5    Q.   You didn't first learn about the existence of that sand

12:00PM 6    until, what, June of 2010?

12:00PM 7    A.   Yes.  I think it was late June 2010 I learned about that

12:00PM 8    potential sand, that's correct.

12:00PM 9    Q.   So none of your simulations or models you ran reflect the

12:00PM 10   compositional analysis of that sand level?

12:00PM 11   A.   I'm not aware that there existed any compositional

12:01PM 12   analysis for that sand strength, no.

12:01PM 13   Q.   You do think, though, that it's possible that that M57B

12:01PM 14   zone started to flow at or about the time of the negative test?

12:01PM 15   A.   I don't think that is possible, no.

12:01PM 16   Q.   Let's look at TREX-7279.

12:01PM 17        This an e-mail string between you and Kent Corser where

12:01PM 18   you first discussed about the M57B sand, and I want to start at

12:01PM 19   the next page that ends until Bates 7414.

12:01PM 20        The e-mail from Mr. Corser, towards the top of the page,

12:01PM 21   on June 25th, do you recall receiving this e-mail, Mr. Emilsen?

12:01PM 22   A.   Yes.  That's about the time, late June, I received

12:02PM 23   information on that sand, that's correct.

12:02PM 24   Q.   This is where Mr. Corser advises you of this M57B zone,

12:02PM 25   says, "We have a sand at 17,467 feet M.D. that is two feet

12:02PM 1    thick, 14.1 ppg and classified as gas and wood flow."

12:02PM 2        Do you recall receiving that and reading that?

12:02PM 3    A.   Yes.

12:02PM 4    Q.   And this is the sort of data that would be important,

12:02PM 5    these inputs, for your OLGA-WELL-KILL model?

12:02PM 6    A.   Well, generally, you need information on all the various

12:02PM 7    sands that are capable of flowing into the wellbore.  So I

12:02PM 8    asked for all the sands during my work with the Bly Team, but I

12:02PM 9    learned this later on.

12:02PM 10       But once I receive this information, I concluded quite

12:02PM 11   fast that this information of the M57B sand would not affect

12:02PM 12   the results, would not change the picture with respect to the

12:03PM 13   conclusion or the main findings in my work.

12:03PM 14   Q.   The last sentence of this e-mail, he wants to see how that

12:03PM 15   fits to at least start the kick, referring to the M57B sand; is

12:03PM 16   that right?

12:03PM 17   A.   That's right.

12:03PM 18   Q.   So if we go to the first page of this exhibit, 7279, the

12:03PM 19   bottom e-mail, please, do you see here in the third sentence,

12:03PM 20   when you're talking about whether it can flow, you say, "If it

12:03PM 21   can, it is possible that an influx could be taken from this

12:03PM 22   zone, also, before the negative test, as it is above or at

12:03PM 23   balance with the 14 ppg mud in the hole."

12:03PM 24       Do you see that sentence?

12:03PM 25   A.   Yes.

12:03PM   1    Q.    So it's possible that this could flow prior to or about

12:03PM   2    the time of the negative test?

12:03PM   3    A.    Well, I wouldn't say so.  Because if this was exposed to

12:03PM   4    the reservoir during the negative test, the shut-in pressure

12:04PM   5    did not match at all.  So that's another reason why I

12:04PM   6    discounted this sand.

12:04PM   7        If this sand has been exposed to the wellbore, we would

12:04PM   8    see a much higher shut-in pressure than 1400 psi.

12:04PM   9        So there were two reasons for why I discounted this sand:

12:04PM  10    One was the shut-in pressure.  And the second was that it had a

12:04PM  11    very poor productivity compared to the main sand.  The

12:04PM  12    permeability was, as I recall, 7.4 millidarcy, and the

12:04PM  13    thickness was two feet, so that is negligible compared to the

12:04PM  14    main sand.

12:04PM  15    Q.    So after the negative test, though, you've concluded or

12:04PM  16    you're of the opinion that the fluid dynamics in the wellbore

12:04PM  17    were such that there could have been some flow from that M56A

12:04PM  18    and M57B zones we looked at a minute ago?

12:04PM  19    A.    Well, if it was exposed again, the inflow would have

12:04PM  20    started prior to 2052 because of its higher pressure.

12:05PM  21        But, again, the flow potential from the sand is so poor,

12:05PM  22    you wouldn't -- you cannot see it, if you put it into the same

12:05PM  23    chart I showed earlier today where I showed the productivity

12:05PM  24    index, so it would not contribute at all during the unloading

12:05PM  25    sequence.

12:05PM 1    Q.   Was that included in any model you ran as to the unloading

12:05PM 2    sequence?

12:05PM 3    A.   Not this sand.  I included the 13-pounds-per-gallon sand

12:05PM 4    to investigate whether that could cause the unloading sequence.

12:05PM 5    That was also disregarded based on the same reasoning.

12:05PM 6    Q.   So, going back to my original question, you never ran any

12:05PM 7    unloading simulation that included any of the compositional

12:05PM 8    analysis relating to the M57B sands?

12:05PM 9    A.   Well, I think you're mixing a little bit here.

12:06PM 10        As far as I know, there are no compositional analysis of

12:06PM 11   that sand -- whether I include it or not, I did not include it

12:06PM 12   as such in the model; but, based on my 20 years of experience

12:06PM 13   by running dynamic models, I know that even if I included it in

12:06PM 14   the simulations, the results will still be the same because of

12:06PM 15   the very poor productivity.

12:06PM 16   Q.   All right.  Let's talk about flow path from the reservoir

12:06PM 17   to the surface.  You told Mr. Regan that that's one of the

12:06PM 18   charges you were given by BP in performing your analysis?

12:06PM 19   A.   Sorry, what was that?

12:06PM 20   Q.   The flow path from the reservoir to the surface?

12:06PM 21   A.   Yes.

12:06PM 22   Q.   You said you discounted flow up the annulus; is that

12:06PM 23   right?

12:06PM 24   A.   That's one of the conclusions in the report.

12:06PM 25        I ran a lot of simulations trying to match that potential

12:06PM 1   flow path, and it did not match.  So that was discounted,

12:06PM 2   that's correct.

12:07PM 3   Q.   You ultimately concluded that there was a leak in the

12:07PM 4   casing shoe?

12:07PM 5   A.   Yes.  We ended up -- yes, that's correct.  The flow path

12:07PM 6   was through the casing shoe and up inside the casing.

12:07PM 7   Q.   Now, I was curious about the flow path possibility that

12:07PM 8   you discounted.  There was some sort of crossover.  Do you

12:07PM 9   recall talking about that?

12:07PM 10  A.   You're talking about the crossover at the casing, the

12:07PM 11  crossover between 9 7/8 and 7, yes.

12:07PM 12  Q.   If I understood correctly, you're saying you discounted

12:07PM 13  that as a potential flow path because it didn't match the data

12:07PM 14  from the annulus?

12:07PM 15  A.   No.  If you talk about the breach at the crossover, I

12:07PM 16  didn't model that scenario.  That was discussed within the Bly

12:07PM 17  Team, but it was not regarded as likely at all based on

12:07PM 18  pressure tests and -- the casing integrity was found to be a

12:07PM 19  hundred percent.

12:08PM 20  Q.   In your modeling, when you derive your theory as to the

12:08PM 21  flow path coming through a leak in the shoe, your modeling

12:08PM 22  doesn't predict where that leak is, does it?

12:08PM 23  A.   The model -- I have to -- no, it does not predict where it

12:08PM 24  is; but, I have to assume where it is, and I run simulations

12:08PM 25  and see -- I can see whether that matched with the pressure

12:08PM  1   readings or not.

12:08PM  2   Q.   So the leak could be anywhere below the float collar?

12:08PM  3   A.   Well, I assumed that the leak was through the shoe, and

12:08PM  4   that was the most likely option compared to a breach of the

12:08PM  5   shoe or other flow paths downhole.

12:08PM  6   Q.   Let's put D-8015 up again.

12:08PM  7        Your modeling suggests that there is a leak someplace in

12:08PM  8   the shoe below the float collar, and then the flow goes up the

12:09PM  9   casing, fair?

12:09PM 10   A.   That's correct.

12:09PM 11   Q.   So if there is a breach in the casing at some point down

12:09PM 12   here, that would be completely consistent with the hundreds of

12:09PM 13   simulations you ran?

12:09PM 14   A.   Well, simulations are based on the flow through the shoe

12:09PM 15   at 18,304 feet.  It is not based on a leaking casing shoe, if

12:09PM 16   that's what you're --

12:09PM 17   Q.   Maybe I'm hung up on the terminology because it was in

12:09PM 18   your report so much.  But, basically, you're saying flow came

12:09PM 19   somewhere through the shoe?

12:09PM 20   A.   It came through the shoe, through the TD of the shoe,

12:09PM 21   yeah.

12:09PM 22   Q.   Now, if I understand the way your net pay assumption

12:09PM 23   works, you start off with a full reservoir, but you discounted

12:09PM 24   that 86 feet because it would have unloaded too quickly?

12:09PM 25   A.   That's correct.

12:09PM 1    Q.   You scale back until you get to a point that will mirror

12:10PM 2    the data?

12:10PM 3    A.   That's correct.

12:10PM 4    Q.   The scaling back reflects various obstructions, whether

12:10PM 5    it's cement, ports in the reamer shoe, float collar, what have

12:10PM 6    you?

12:10PM 7    A.   Yes.  That's correct.  It's not a function of reservoir

12:10PM 8    exposure, meaning that there are some restrictions downhole.

12:10PM 9    Whether that is cement or other solids obstructing the flow

12:10PM 10   path, that's correct.

12:10PM 11   Q.   Let's put up D-8041.

12:10PM 12        This is a demonstrative, Mr. Emilsen, from Dr. Beck's

12:10PM 13   report where he says there is some sort of breach below the

12:10PM 14   float collar.

12:10PM 15        Based on the hundreds of simulations you ran with your

12:10PM 16   OLGA-Well-Kill modeling, this theory is completely consistent

12:10PM 17   with your modeling, isn't it?

12:10PM 18   A.   Well, I haven't run simulations based on such a scenario,

12:11PM 19   so it's a little bit hard to tell.  I'm not really sure if

12:11PM 20   that's a correct statement or not.

12:11PM 21        My simulations are based on flow through the shoe and up

12:11PM 22   inside the casing.

12:11PM 23   Q.   Well, let me ask you this way.  None of your hundreds of

12:11PM 24   simulations exclude flow through a breach at this point below

12:11PM 25   the float collar; whether it's a complete casing separation or

12:11PM 1    a hole in the casing, none of your simulations exclude that as

12:11PM 2    a potential entry point of hydrocarbons?

12:11PM 3    A.   Well, since I haven't run that scenario, it's a little bit

12:11PM 4    difficult to tell it -- I haven't investigated it, so it's

12:11PM 5    difficult to say.

12:11PM 6    Q.   A little different question.  You haven't run a model with

12:11PM 7    this assumption; the models you have run that you say reflect

12:11PM 8    what actually happened on the rig that night, none of the

12:11PM 9    models you actually ran exclude this theory as a possibility?

12:11PM 10   A.   Well, it's a difficult question.  I mean, since I

12:12PM 11   haven't -- it's a hypothetical question.  I haven't run that

12:12PM 12   model.

12:12PM 13       If I was asked to run that model, we could -- we could

12:12PM 14   talk and discuss whether that was a plausible scenario or not;

12:12PM 15   but, since I haven't run it, it's difficult to tell.

12:12PM 16       But what you're aiming at, I think, the distance from --

12:12PM 17   there is no scale here, but it's not a long distance.  So in

12:12PM 18   terms of frictional pressure drop, etcetera, I can agree that

12:12PM 19   it's not a major part of the wellbore that you're

12:12PM 20   disconnecting, if you like, with this picture.

12:12PM 21   Q.   Does your modeling require the entry of hydrocarbons

12:12PM 22   through the ports in the reamer shoe at the very bottom?

12:12PM 23   A.   Yes, the simulations are based on flow from the main sand

12:12PM 24   downwards.  So we have that effect as well.  It flowing

12:12PM 25   downwards and through the shoe and not upwards.

12:12PM 1      So that's the reason why I cannot comment on this

12:13PM 2  scenario.  I have no -- I don't know what the assumptions

12:13PM 3  behind that scenario, and I have not run any simulations based

12:13PM 4  on that scenario.

12:13PM 5      MR. HARTLEY:  Thank you, Mr. Emilsen.

12:13PM 6          I pass the witness, Your Honor.

12:13PM 7      MR. REGAN:  Your Honor, BP has no further questions of

12:13PM 8  Mr. Emilsen.

12:13PM 9      THE COURT:  All right.  Very well.  You're finished,

12:13PM 10  sir.  Thank you.

12:13PM 11          All right.  Let's break for lunch.  It's 12:15,

12:13PM 12  almost.  We'll come back at 1:30.

12:13PM 13      (WHEREUPON, at 12:13 p.m., the Court was in luncheon

12:16PM 14  recess.)

15              *    *    *

16

17              REPORTER'S CERTIFICATE

18          I, Cathy Pepper, Certified Realtime Reporter,
   Registered Merit Reporter, Certified Court Reporter of the
19  State of Louisiana, Official Court Reporter for the United
   States District Court, Eastern District of Louisiana, do hereby
20  certify that the foregoing is a true and correct transcript to
   the best of my ability and understanding from the record of the
21  proceedings in the above-entitled and numbered matter.

22

23              s/Cathy Pepper
                Cathy Pepper, CRR, RMR, CCR
                Certified Realtime Reporter
24              Registered Merit Reporter
                Official Court Reporter
25              United States District Court
                Cathy_Pepper@laed.uscourts.gov

**$**

**$8,000** [1] - 7831:1

**0**

**0** [2] - 7838:5, 7887:13
**07** [1] - 7778:21
**08** [1] - 7776:15

**1**

**1** [5] - 7813:9,
7821:10, 7821:13,
7821:16, 7821:23
**1,000** [1] - 7778:2
**1/2** [1] - 7775:15
**10** [5] - 7749:21,
7799:3, 7830:13,
7869:17, 7879:17
**10-MD-2179** [1] -
7732:8
**10.4** [2] - 7746:14,
7747:18
**100** [4] - 7776:14,
7778:21, 7808:19,
7809:7
**1000** [1] - 7737:19
**1001** [1] - 7737:11
**101** [1] - 7734:4
**10:23** [1] - 7830:15
**1100** [1] - 7737:7
**1110** [1] - 7737:23
**112** [1] - 7866:8
**113** [1] - 7866:8
**12** [3] - 7793:16,
7827:21, 7836:24
**12.6** [3] - 7746:11,
7747:18, 7888:14
**1201** [2] - 7736:20,
7738:6
**12:13** [1] - 7897:13
**12:15** [1] - 7897:11
**13** [21] - 7792:17,
7793:1, 7793:16,
7794:1, 7806:17,
7812:3, 7812:14,
7815:5, 7815:9,
7838:8, 7843:23,
7844:6, 7844:14,
7844:20, 7845:4,
7845:13, 7845:21,
7865:23, 7866:8,
7867:11, 7868:14
**13-pounds-per-**
**gallon** [1] - 7892:3
**13.1** [3] - 7747:3,
7888:17, 7888:19

**1308** [1] - 7734:7
**1331** [1] - 7738:10
**14** [4] - 7845:11,
7851:2, 7867:24,
7890:23
**14-inch** [1] - 7783:5
**14.1** [1] - 7890:1
**1400** [2] - 7888:24,
7891:8
**14271** [1] - 7735:13
**145.1** [1] - 7813:22
**15** [4] - 7752:10,
7752:13, 7766:12,
7815:5
**150** [1] - 7873:24
**16** [6] - 7812:14,
7815:5, 7821:5,
7827:22, 7830:2,
7845:13
**16-pounds-per-**
**gallon** [1] - 7880:23
**16.5** [20] - 7806:17,
7812:3, 7815:9,
7843:23, 7844:7,
7844:15, 7844:20,
7845:4, 7845:21,
7861:2, 7861:17,
7861:21, 7862:22,
7864:11, 7865:3,
7865:24, 7867:11,
7868:14, 7868:19,
7868:24
**1601** [1] - 7733:11
**165** [2] - 7874:17,
7875:5
**1665** [1] - 7738:10
**168** [1] - 7838:7
**16th** [1] - 7821:8
**17** [1] - 7851:2
**17,227** [1] - 7821:17
**17,467** [1] - 7889:25
**1700** [1] - 7738:6
**179** [1] - 7774:13
**18** [4] - 7745:24,
7745:25, 7827:22,
7836:24
**18,304** [1] - 7894:15
**183** [1] - 7774:17
**1885** [1] - 7736:6
**19** [2] - 7775:15,
7867:24
**1997** [1] - 7823:7
**19th** [1] - 7826:8
**1:30** [1] - 7897:12

**2**

**2** [7] - 7766:23,
7785:8, 7785:9,

7785:12, 7792:17,
7793:1, 7793:25
**2,000** [1] - 7802:6
**2.1** [2] - 7857:9,
7860:5
**2.1.1** [1] - 7771:8
**2.14** [6] - 7855:10,
7855:15, 7856:12,
7858:20, 7859:24,
7860:15
**20** [11] - 7732:6,
7798:1, 7799:4,
7825:6, 7834:20,
7871:25, 7873:6,
7873:15, 7874:3,
7874:5, 7892:12
**200** [1] - 7829:3
**20004** [1] - 7736:21
**2004** [1] - 7823:16
**20044** [3] - 7735:7,
7735:13, 7735:19
**2010** [12] - 7732:6,
7758:18, 7798:15,
7799:4, 7800:6,
7809:20, 7821:5,
7825:6, 7831:22,
7834:20, 7889:6,
7897:7
**2011** [7] - 7825:11,
7831:23, 7836:23,
7837:11, 7851:16,
7882:23, 7883:2
**2014** [2] - 7732:9,
7740:2
**2046** [1] - 7871:1
**2052** [15] - 7801:25,
7816:4, 7816:18,
7817:6, 7828:8,
7829:17, 7830:1,
7830:2, 7846:2,
7877:22, 7877:23,
7883:20, 7884:6,
7891:20
**20th** [8] - 7758:18,
7762:9, 7764:19,
7799:1, 7799:18,
7805:15, 7814:16,
7826:8
**21** [1] - 7866:8
**2101** [2] - 7776:15,
7778:21
**2107** [2] - 7776:14,
7778:22
**2108** [15] - 7762:17,
7776:16, 7777:5,
7778:15, 7779:1,
7802:1, 7817:6,
7817:8, 7830:4,
7853:22, 7854:24,
7858:10, 7883:21,

7884:7, 7887:22
**2110** [2] - 7779:13,
7887:22
**2114** [4] - 7776:16,
7778:15, 7853:23,
7858:10
**2130** [6] - 7845:14,
7845:16, 7845:25,
7846:3, 7869:6
**2131** [2] - 7780:23,
7781:10
**2136** [3] - 7806:23,
7809:16, 7809:19
**2138** [7] - 7781:19,
7782:15, 7809:16,
7809:19, 7819:9,
7819:12, 7829:24
**2141** [3] - 7806:25,
7808:19, 7808:22
**2142** [5] - 7806:25,
7846:1, 7859:1,
7870:10
**2146** [5] - 7871:6,
7871:22, 7874:13,
7878:14, 7879:1
**2147** [1] - 7879:12
**2149** [8] - 7799:2,
7802:6, 7819:9,
7845:9, 7871:15,
7873:23, 7880:1,
7880:7
**21:30** [1] - 7878:10
**21:42** [1] - 7857:13
**21:43** [2] - 7857:13,
7876:14
**21st** [1] - 7820:6
**2200** [1] - 7879:16
**2211** [1] - 7737:23
**2216** [1] - 7734:18
**22ND** [1] - 7733:19
**23451** [1] - 7733:19
**237,000** [2] - 7874:20,
7875:6
**24** [3] - 7732:20,
7859:11, 7875:5
**246** [1] - 7776:16
**25** [3] - 7857:18,
7857:20, 7869:18
**25th** [1] - 7889:21
**26** [3] - 7846:9,
7857:21, 7859:1
**2615** [1] - 7733:15
**27** [3] - 7782:2,
7857:17, 7857:21
**2:10-CV-02771** [1] -
7732:14
**2:10-CV-4536** [1] -
7732:14

**3**

**3** [6] - 7766:23,
7772:20, 7773:16,
7785:12, 7799:1,
7821:14
**3,142** [1] - 7755:20
**3.9** [2] - 7813:18,
7814:5
**30(b)(6** [3] - 7836:22,
7837:10, 7850:11
**300** [4] - 7736:25,
7819:6, 7846:20,
7847:1
**300-foot** [1] - 7791:10
**3037** [1] - 7771:8
**317** [1] - 7850:12
**355** [1] - 7737:15
**35TH** [1] - 7737:15
**36130** [1] - 7735:24
**36604** [1] - 7733:12
**3668** [1] - 7733:4
**37,000** [1] - 7846:10
**3700** [2] - 7737:7,
7737:11
**38** [2] - 7782:2,
7876:10

**4**

**4** [1] - 7773:21
**4.5** [1] - 7854:25
**40** [10] - 7802:2,
7817:8, 7817:13,
7817:14, 7830:2,
7830:3, 7861:22,
7863:19, 7879:22,
7886:24
**40,000** [1] - 7861:24
**40-barrel** [6] -
7883:20, 7884:6,
7885:16, 7885:21,
7885:25, 7886:17
**40003** [1] - 7843:3
**4003** [1] - 7841:21
**402** [1] - 7733:19
**41** [1] - 7773:2
**41026.30.1** [1] -
7814:19
**411** [1] - 7836:23
**41556** [1] - 7772:21
**43** [1] - 7773:15
**43,000** [1] - 7861:22
**4310** [1] - 7734:14
**435** [1] - 7734:4
**45** [2] - 7786:21,
7876:9
**450** [1] - 7734:23

**46** [2] - 7876:4, 7876:9
**47** [1] - 7874:13
**4756-A** [1] - 7791:18
**4852** [1] - 7807:12
**4853** [1] - 7883:23
**49** [2] - 7847:9, 7847:10

**5**

**5** [3] - 7774:17, 7785:11, 7787:12
**5.1** [1] - 7774:21
**50** [1] - 7758:22
**500** [5] - 7733:4, 7735:23, 7738:14, 7778:6, 7856:3
**5000** [1] - 7736:17
**50150.144.1** [1] - 7813:4
**504** [1] - 7738:15
**5395** [1] - 7734:23
**54.85** [1] - 7746:20
**55** [3] - 7859:2, 7859:9, 7859:10
**556** [1] - 7733:4
**5700** [1] - 7880:7
**589-7779** [1] - 7738:15
**5:00** [1] - 7788:9
**5:05** [1] - 7788:22
**5:30** [2] - 7788:9, 7788:22

**6**

**6** [1] - 7813:24
**6,500** [1] - 7828:20
**60** [2] - 7859:10, 7875:5
**60,000** [4] - 7863:12, 7863:16, 7863:17, 7863:20
**600** [3] - 7733:19, 7733:22, 7737:19
**600-barrel** [1] - 7761:5
**601** [1] - 7733:15
**60654** [1] - 7736:25
**618** [1] - 7734:11

**7**

**7** [9] - 7806:1, 7806:10, 7806:11, 7827:23, 7844:18, 7850:12, 7868:14, 7887:18, 7893:11
**7.4** [1] - 7891:12
**7/8** [1] - 7893:11

**701** [2] - 7736:11, 7736:16
**70113** [1] - 7733:8
**70130** [5] - 7733:16, 7733:23, 7734:18, 7736:11, 7738:15
**70139** [1] - 7736:17
**70163** [1] - 7737:7
**70360** [1] - 7734:4
**70458** [1] - 7734:8
**70502** [2] - 7733:5, 7737:20
**70801** [1] - 7734:11
**70804** [1] - 7736:7
**7279** [1] - 7890:18
**7401** [4] - 7841:11, 7843:4, 7853:5, 7870:12
**7401.14** [1] - 7845:10
**7401.14.3** [2] - 7853:21, 7869:9
**7401.15.1** [1] - 7874:8
**7401.31** [2] - 7841:10, 7843:10
**7401.31.11US1** [1] - 7844:2
**7414** [1] - 7889:19
**750** [4] - 7872:25, 7873:4, 7873:11, 7873:15
**75270** [1] - 7738:7
**7611** [1] - 7735:7
**7002** [1] - 7737:11
**77006** [1] - 7734:15
**77010** [1] - 7738:10
**77098** [1] - 7737:23
**7743** [1] - 7739:5
**7744** [1] - 7739:6
**7783** [1] - 7739:7
**7795** [2] - 7739:8, 7739:9
**7801** [1] - 7739:21
**7822** [1] - 7739:10
**7830** [1] - 7739:11
**7852** [1] - 7739:12
**7882** [1] - 7739:13
**7897** [1] - 7739:14
**7TH** [1] - 7734:23

**8**

**8** [1] - 7845:8
**80,000** [2] - 7859:12, 7859:16
**80-some-odd** [1] - 7827:21
**8173.10.0** [1] - 7790:8
**820** [1] - 7733:8
**85** [1] - 7876:14

**86** [10] - 7814:12, 7814:14, 7814:24, 7815:4, 7838:5, 7839:19, 7846:20, 7863:15, 7876:15, 7894:24
**8:00** [1] - 7732:9
**8:52** [3] - 7762:16, 7877:20, 7877:23

**9**

**9** [5] - 7732:9, 7740:2, 7790:25, 7838:7, 7893:11
**90071** [1] - 7737:16
**92** [1] - 7876:19
**94005** [1] - 7736:7
**94102** [1] - 7734:24
**9:00** [1] - 7793:15
**9:01** [1] - 7792:20
**9:08** [4] - 7768:10, 7792:20, 7818:19, 7853:12
**9:14** [3] - 7768:10, 7818:19, 7853:12
**9:19** [1] - 7794:23
**9:27** [3] - 7780:13, 7781:7, 7781:25
**9:30** [11] - 7780:13, 7792:21, 7864:12, 7864:17, 7865:3, 7865:12, 7867:12, 7868:19, 7869:1, 7869:16, 7878:1
**9:31** [1] - 7819:6
**9:34** [1] - 7763:2
**9:36** [2] - 7810:18, 7811:1
**9:38** [4] - 7782:1, 7793:15, 7810:18, 7811:1
**9:42** [3] - 7864:18, 7865:12, 7869:16
**9:50** [2] - 7812:15, 7815:3
**9TH** [1] - 7733:22

**A**

**a.m** [2] - 7794:23, 7830:15
**A.M** [1] - 7732:9
**abandonment** [3] - 7776:4, 7790:5, 7790:10
**ability** [6] - 7760:19, 7762:9, 7768:4, 7768:8, 7777:2,

7897:24
**able** [6] - 7763:24, 7764:1, 7768:22, 7779:16, 7844:12, 7846:22
**above-entitled** [1] - 7897:25
**ABRAMSON** [1] - 7733:14
**absolutely** [1] - 7782:20
**academic** [2] - 7750:15, 7751:6
**accelerate** [3] - 7887:6, 7887:11, 7887:12
**accelerating** [1] - 7887:9
**accept** [1] - 7800:24
**access** [3] - 7769:13, 7862:15, 7885:4
**accident** [5] - 7792:6, 7792:13, 7792:22, 7793:8, 7793:22
**accomplish** [1] - 7849:5
**according** [2] - 7775:25, 7861:25
**account** [8] - 7751:8, 7840:18, 7862:8, 7868:1, 7868:4, 7868:13, 7873:22, 7881:21
**accounted** [1] - 7840:19
**accounts** [3] - 7834:22, 7879:2, 7887:2
**accuracy** [1] - 7832:25
**accurate** [6] - 7747:1, 7765:20, 7765:21, 7770:3, 7772:20, 7827:23
**accurately** [2] - 7762:9, 7765:16
**achieve** [2] - 7751:24, 7805:18
**achieved** [3] - 7791:14, 7792:5, 7809:9
**acknowledged** [1] - 7843:14
**ACTION** [1] - 7732:8
**action** [1] - 7782:23
**actions** [2] - 7793:9, 7793:15
**activities** [4] - 7762:25, 7764:25, 7793:6, 7806:12
**actual** [12] - 7747:11,

7802:8, 7805:14, 7832:19, 7832:22, 7837:13, 7840:9, 7843:15, 7870:1, 7886:2, 7886:15, 7886:17
**ADAM** [2] - 7739:5, 7743:21
**add** [3] - 7766:19, 7842:3, 7881:16
**Add** [1] - 7796:5, 7797:4, 7797:6, 7797:7, 7797:8, 7798:10, 7823:5, 7823:7, 7823:10, 7824:12, 7825:7, 7831:7
**added** [2] - 7791:23, 7800:9
**addition** [7] - 7764:7, 7798:13, 7833:18, 7856:23, 7860:9, 7860:24, 7861:24
**additional** [13] - 7743:1, 7756:3, 7767:12, 7791:15, 7817:14, 7831:16, 7831:20, 7836:2, 7836:8, 7871:15, 7883:2, 7886:19, 7887:10
**adequate** [1] - 7783:8
**admit** [1] - 7873:15
**admitted** [6] - 7740:22, 7740:23, 7741:13, 7741:15, 7801:2, 7801:4
**advance** [1] - 7853:8
**advise** [2] - 7741:22, 7764:10
**advised** [1] - 7769:23
**advises** [1] - 7889:24
**affect** [2] - 7764:12, 7890:11
**afraid** [1] - 7745:3
**afternoon** [2] - 7783:18, 7799:1
**agent** [1] - 7767:4
**ago** [6] - 7761:21, 7828:7, 7853:1, 7854:7, 7859:16, 7891:18
**agree** [20] - 7754:24, 7762:23, 7763:17, 7770:11, 7770:20, 7772:10, 7780:23, 7781:8, 7781:14, 7781:22, 7791:6, 7863:22, 7865:25, 7877:15, 7877:19,

3

7877:25, 7878:13, 7879:11, 7887:6, 7896:18
**agreeable** [1] - 7742:9
**agreed** [2] - 7740:14, 7867:10
**Agreement** [2] - 7823:11, 7823:18
**agreement** [3] - 7740:18, 7742:11, 7878:6
**agrees** - 7878:3
**ahead** [8] - 7777:24, 7780:20, 7838:19, 7843:1, 7866:19, 7872:21, 7873:18
**aiming** - 7896:16
**AK** [1] - 7766:17
**AL** [4] - 7732:13, 7732:16, 7733:12, 7735:24
**Alabama** [2] - 7852:10, 7852:11
**ALABAMA** [2] - 7735:21
**alarms** [1] - 7879:3
**ALLAN** [1] - 7736:10
**allow** [1] - 7802:13
**allowed** [2] - 7809:12, 7827:22
**allowing** [1] - 7812:14
**allows** [1] - 7860:17
**almost** [5] - 7793:12, 7850:8, 7850:14, 7875:6, 7897:12
**alone** [1] - 7886:24
**ambient** [1] - 7854:20
**AMERICA** [3] - 7732:15, 7734:21, 7736:14
**American** [1] - 7796:15
**AMERICAN** [1] - 7733:15
**amount** [17] - 7759:18, 7800:18, 7802:4, 7802:15, 7803:4, 7804:16, 7806:13, 7811:21, 7815:15, 7815:18, 7837:13, 7840:5, 7849:13, 7849:15, 7865:9, 7873:22, 7884:21
**amounts** [1] - 7801:22
**analyses** [2] - 7827:14, 7828:17
**analysis** [33] - 7752:20, 7752:21, 7752:22, 7752:24, 7777:14, 7778:4,

7798:17, 7800:3, 7803:23, 7819:20, 7826:19, 7829:16, 7829:17, 7830:5, 7834:9, 7834:10, 7834:11, 7838:11, 7838:22, 7839:4, 7855:13, 7877:25, 7878:4, 7878:13, 7878:19, 7884:16, 7889:2, 7889:12, 7889:10, 7889:12, 7892:8, 7892:10, 7892:18
**analyzed** [2] - 7833:18, 7843:20
**AND** [2] - 7732:12, 7737:4
**Andre** [1] - 7742:17
**ANDREW** [1] - 7736:23
**Andy** [1] - 7743:9
**ANGELES** [1] - 7737:16
**announce** [1] - 7824:20
**annular** [7] - 7788:13, 7789:2, 7804:19, 7804:20, 7805:7, 7805:13, 7809:11
**annulus** [11] - 7747:10, 7772:2, 7772:6, 7822:9, 7830:7, 7834:3, 7838:23, 7839:5, 7840:25, 7892:22, 7893:14
**anomalies** [2] - 7763:20, 7764:9
**anomalous** [1] - 7789:6
**anomaly** [1] - 7788:21
**answer** [14] - 7745:3, 7760:5, 7769:2, 7777:21, 7778:14, 7785:14, 7851:18, 7851:23, 7865:18, 7866:17, 7867:9, 7868:12, 7877:21, 7878:24
**ANSWER** [16] - 7784:10, 7784:13, 7784:16, 7786:7, 7786:9, 7786:14, 7787:15, 7787:18, 7837:8, 7838:13, 7850:16, 7851:4, 7851:6, 7866:24, 7867:23, 7868:3
**answered** [4] -

7789:23, 7791:7, 7850:25, 7869:12
**ANTHONY** [1] - 7734:17
**Anthony** [1] - 7740:12
**API** [1] - 7780:5
**apologies** [1] - 7813:8
**apologize** [1] - 7820:4
**appear** [2] - 7775:3, 7800:2
**APPEARANCES** [6] - 7733:1, 7734:1, 7735:1, 7736:1, 7737:1, 7738:1
**appeared** [2] - 7756:7, 7767:9
**appended** [1] - 7842:7
**appendix** [4] - 7799:21, 7800:8, 7827:11, 7827:13
**Appendix** [10] - 7800:7, 7806:3, 7813:18, 7831:22, 7832:1, 7841:13, 7842:7, 7848:15, 7856:25, 7872:3
**applicable** [1] - 7750:22
**applications** [1] - 7798:6
**apply** [1] - 7882:12
**applying** [1] - 7860:13
**appreciate** [1] - 7789:3
**appreciation** [1] - 7762:25
**approach** [1] - 7803:3
**appropriate** [4] - 7747:18, 7791:6, 7793:9, 7793:14
**appropriately** [2] - 7750:9, 7793:21
**April** [13] - 7758:18, 7762:9, 7764:19, 7799:1, 7799:4, 7799:18, 7805:15, 7814:16, 7820:6, 7825:6, 7826:8, 7834:20
**APRIL** [3] - 7732:6, 7732:9, 7740:2
**area** [4] - 7754:3, 7810:25, 7812:13, 7843:11
**areas** [1] - 7834:2
**argue** [1] - 7748:4
**arisen** [1] - 7779:5
**ARRELL** [1] - 7737:22
**arrive** [1] - 7878:13
**arrives** [1] - 7878:14

**article** [8] - 7773:2, 7773:4, 7773:5, 7773:15, 7774:1, 7774:4, 7774:12, 7774:13
**articles** [1] - 7772:25
**ASBILL** [1] - 7737:9
**assemblies** [1] - 7820:24
**assembly** [3] - 7820:21, 7820:22, 7820:23
**ASSET** [1] - 7732:13
**assist** [1] - 7825:6
**assistance** [1] - 7824:13
**associated** [1] - 7780:17
**assume** [6] - 7781:6, 7808:21, 7809:11, 7811:9, 7836:2, 7893:24
**assumed** [7] - 7836:5, 7861:2, 7862:19, 7864:11, 7865:3, 7868:19, 7894:3
**assuming** [4] - 7753:14, 7805:9, 7811:11, 7812:6
**assumption** [24] - 7806:15, 7807:5, 7809:4, 7809:25, 7810:4, 7810:6, 7810:8, 7811:25, 7814:9, 7814:11, 7834:13, 7834:14, 7835:19, 7835:21, 7836:3, 7836:13, 7836:20, 7840:18, 7845:20, 7862:18, 7863:19, 7866:25, 7894:22, 7896:7
**assumptions** [9] - 7806:12, 7808:13, 7827:16, 7827:25, 7833:24, 7843:13, 7849:16, 7877:3, 7897:2
**attached** - 7841:13
**attempt** [3] - 7755:20, 7820:5, 7879:25
**attended** [1] - 7883:14
**attention** [5] - 7758:24, 7760:17, 7770:15, 7842:17
**ATTORNEY** [4] - 7735:21, 7735:22, 7736:4, 7736:6
**AUDIO/VIDEO** [1] - 7883:24

**August** [1] - 7831:22
**auto** [2] - 7754:19, 7754:25
**auto-fill** [1] - 7754:19, 7754:25
**available** [5] - 7760:20, 7768:21, 7798:7, 7806:4, 7832:17
**AVENUE** [5] - 7733:8, 7734:23, 7735:23, 7736:20, 7737:15
**avoided** [4] - 7782:3, 7783:6, 7783:7, 7793:22
**aware** [4] - 7760:16, 7770:2, 7782:12, 7810:17, 7821:8, 7821:11, 7823:10, 7889:11
**awful** [1] - 7753:25
**awry** [1] - 7759:8
**axis** [6] - 7814:23, 7815:11, 7816:3, 7816:21, 7816:23, 7816:24
**Azar** [2] - 7741:25, 7743:15
**Azar's** [1] - 7741:24

**B**

**backed** [1] - 7780:24
**background** [2] - 7796:24, 7796:25
**backwards** [2] - 7827:3, 7827:8
**bad** [1] - 7770:17
**Baker** [7] - 7872:5, 7872:7, 7872:8, 7872:23, 7873:8, 7873:21, 7878:19
**balance** [3] - 7756:25, 7847:16, 7890:23
**ballpark** [2] - 7876:12, 7877:7
**BARBIER** [1] - 7732:22
**Barbier** [2] - 7801:10, 7802:12
**barite** [4] - 7766:21, 7767:3, 7767:5
**Barnhill** [4] - 7745:3, 7775:20, 7780:21, 7781:9
**barrel** [5] - 7855:25, 7856:2, 7856:12, 7856:14, 7856:15
**barrels** [75] - 7757:8,

7759:12, 7759:16, 7802:2, 7802:6, 7816:2, 7816:22, 7817:8, 7817:13, 7817:14, 7818:21, 7819:6, 7830:2, 7830:3, 7846:9, 7846:10, 7847:11, 7853:16, 7854:2, 7854:6, 7854:8, 7854:14, 7854:18, 7855:1, 7855:2, 7855:6, 7855:15, 7856:3, 7856:4, 7856:9, 7856:12, 7856:18, 7856:22, 7857:8, 7857:17, 7857:18, 7857:23, 7857:25, 7858:11, 7858:13, 7858:15, 7858:16, 7859:1, 7859:2, 7859:9, 7859:12, 7859:16, 7859:20, 7859:21, 7859:22, 7860:4, 7860:10, 7860:13, 7860:15, 7860:21, 7861:22, 7861:24, 7863:12, 7863:16, 7863:18, 7863:21, 7869:18, 7874:17, 7874:20, 7875:6, 7876:4, 7876:9, 7876:10, 7876:15, 7876:17, 7876:19, 7886:24

**barrier** [8] - 7758:3, 7758:15, 7791:15, 7835:15, 7835:16, 7840:25, 7841:6, 7863:10

**barriers** [3] - 7841:5, 7862:21, 7865:17

**base** [8] - 7807:5, 7808:13, 7811:9, 7811:11, 7814:23, 7814:24, 7817:13, 7818:4

**based** [45] - 7758:9, 7779:7, 7782:12, 7798:6, 7801:12, 7801:24, 7805:2, 7807:8, 7808:18, 7810:4, 7814:11, 7815:7, 7828:16, 7829:16, 7830:5, 7831:14, 7833:23, 7834:22, 7834:23, 7839:19, 7846:14, 7846:20, 7847:10, 7848:7, 7848:9,

7848:10, 7848:15, 7855:14, 7861:4, 7863:24, 7868:24, 7884:24, 7886:25, 7892:5, 7892:12, 7893:17, 7894:14, 7894:15, 7895:15, 7895:18, 7895:21, 7896:23, 7897:3

**bases** [1] - 7849:2
**Bates** [2] - 7771:8, 7889:19
**BATON** [2] - 7734:11, 7736:7
**battery** [1] - 7864:23
**BEACH** [1] - 7733:19
**became** [1] - 7877:20
**Beck** [7] - 7741:4, 7741:12, 7744:23, 7749:9, 7754:14, 7885:10, 7885:24
**Beck's** [7] - 7741:7, 7746:17, 7746:25, 7749:12, 7754:16, 7754:23, 7895:12
**becoming** [1] - 7782:22
**BEFORE** [1] - 7732:22
**begin** [1] - 7855:23
**beginning** [3] - 7743:11, 7768:13, 7871:7
**begins** [1] - 7865:20
**behalf** [1] - 7795:15
**behave** [3] - 7810:9, 7817:19, 7866:5
**behavior** [4] - 7808:10, 7834:24, 7880:19, 7881:14
**behind** [2] - 7753:8, 7897:3
**belief** [1] - 7793:20
**below** [16] - 7753:15, 7828:25, 7829:3, 7829:18, 7847:23, 7855:20, 7858:1, 7867:3, 7867:18, 7867:19, 7894:2, 7894:8, 7895:13, 7895:24
**BEN** [1] - 7735:18
**best** [10] - 7749:7, 7750:4, 7750:11, 7750:14, 7750:21, 7751:9, 7887:18, 7887:20, 7897:24
**better** [5] - 7749:15, 7844:6, 7870:13, 7886:19, 7886:22
**between** [22] - 7779:1,

7781:24, 7781:25, 7787:12, 7787:16, 7788:22, 7801:25, 7806:17, 7812:3, 7815:9, 7830:1, 7831:21, 7834:2, 7843:15, 7861:22, 7873:24, 7881:22, 7882:21, 7883:2, 7884:6, 7889:17, 7893:11
**big** [3] - 7775:4, 7844:15, 7881:18
**Bill** [2] - 7773:5, 7774:10
**bit** [24] - 7744:13, 7756:4, 7761:17, 7761:18, 7769:2, 7780:24, 7796:9, 7799:4, 7823:4, 7829:25, 7846:12, 7847:5, 7852:21, 7859:2, 7864:8, 7871:9, 7876:10, 7877:6, 7877:7, 7885:7, 7887:4, 7892:9, 7895:19, 7896:3
**bled** [6] - 7788:10, 7789:17, 7810:5, 7810:10, 7810:21, 7811:1
**bleed** [3] - 7759:16, 7759:17, 7759:18
**bleeding** [1] - 7788:11
**blocking** [1] - 7755:12
**blow** [1] - 7773:9
**blowout** [36] - 7747:9, 7747:11, 7747:20, 7747:21, 7748:9, 7757:18, 7758:9, 7762:13, 7779:12, 7782:3, 7788:15, 7792:4, 7793:12, 7796:7, 7798:6, 7798:17, 7798:23, 7799:11, 7814:5, 7823:25, 7831:21, 7832:7, 7832:13, 7832:18, 7859:17, 7859:23, 7860:20, 7860:23, 7861:13, 7861:20, 7862:12, 7863:2, 7863:5, 7863:12, 7863:19, 7863:20
**blowouts** [5] - 7797:9, 7797:12, 7824:17, 7832:19, 7866:4
**blue** [13] - 7807:17,

7807:19, 7815:25, 7816:24, 7848:8, 7857:6, 7857:7, 7858:20, 7870:21, 7870:22, 7873:3, 7874:11, 7885:2
**Bly** [21] - 7798:19, 7799:20, 7801:12, 7805:1, 7825:14, 7827:11, 7831:3, 7831:22, 7832:1, 7839:7, 7859:15, 7871:13, 7872:3, 7872:6, 7882:22, 7884:19, 7885:18, 7885:20, 7890:8, 7893:16
**boiled** [1] - 7857:24
**boils** [1] - 7856:5
**booster** [1] - 7802:20
**BOP** [23] - 7768:7, 7808:16, 7808:19, 7808:22, 7809:6, 7809:11, 7810:1, 7810:2, 7812:19, 7812:22, 7812:24, 7813:11, 7819:11, 7821:22, 7828:25, 7829:1, 7829:3, 7829:19, 7855:20, 7858:1, 7870:10, 7879:8, 7879:11
**borehole** [1] - 7755:7
**born** [1] - 7822:23
**bottom** [19] - 7747:12, 7747:16, 7749:22, 7750:7, 7755:2, 7791:14, 7792:9, 7806:13, 7807:7, 7836:6, 7845:17, 7845:19, 7845:22, 7847:17, 7855:16, 7859:23, 7860:8, 7890:19, 7896:22
**bottoms** [1] - 7822:10
**bottoms-up** [1] - 7822:10
**BOULEVARD** [1] - 7734:14
**bounce** [1] - 7823:4
**bound** [2] - 7872:24, 7873:21
**bounds** [1] - 7834:15
**BOUNDS** [1] - 7733:10
**BOURGOYNE** [2] - 7739:5, 7743:21
**Bourgoyne** [12] - 7743:20, 7744:12, 7744:21, 7749:25,

7771:6, 7772:17, 7773:18, 7774:19, 7777:23, 7782:6, 7783:10, 7783:16
**box** [3] - 7785:3, 7785:7, 7785:25
**BOX** [4] - 7733:4, 7735:7, 7735:13, 7736:7
**boxes** [1] - 7791:24
**BP** [45] - 7732:15, 7736:13, 7736:14, 7736:15, 7741:20, 7749:10, 7749:16, 7749:23, 7750:8, 7750:11, 7759:6, 7759:22, 7760:24, 7769:23, 7788:23, 7792:9, 7795:15, 7796:11, 7823:11, 7823:19, 7824:6, 7824:12, 7825:6, 7826:1, 7826:2, 7826:17, 7826:21, 7826:24, 7831:1, 7835:1, 7835:2, 7835:4, 7837:23, 7838:11, 7841:25, 7846:14, 7846:17, 7846:23, 7846:24, 7863:22, 7872:16, 7878:17, 7883:15, 7892:18, 7897:7
**BP's** [8] - 7749:10, 7798:16, 7838:21, 7839:4, 7850:7, 7850:14, 7868:18
**BRAD** [1] - 7737:14
**Brad** [1] - 7742:22
**BRANCH** [3] - 7734:22, 7735:10, 7735:16
**breach** [6] - 7804:20, 7893:15, 7894:4, 7894:11, 7895:13, 7895:24
**break** [6] - 7773:11, 7774:22, 7779:1, 7842:16, 7882:7, 7897:11
**breakout** [3] - 7752:15, 7753:14, 7818:13
**breaks** [3] - 7753:8, 7753:10, 7753:16
**BREIT** [2] - 7733:18, 7733:18
**BRENNAN** [1] - 7737:9
**BRIAN** [2] - 7737:14,

5

7742:21
**Brian** [1] - 7742:22
**brief** [2] - 7782:8, 7830:24
**briefly** [17] - 7749:7, 7772:25, 7779:22, 7796:25, 7798:3, 7801:8, 7801:23, 7802:12, 7803:8, 7804:15, 7807:16, 7810:23, 7812:18, 7813:3, 7822:3, 7841:8, 7880:17
**brine** [1] - 7748:8
**brings** [1] - 7824:11
**broaching** [1] - 7866:6
**broad** [1] - 7769:3
**BROCK** [9] - 7736:20, 7741:19, 7741:22, 7742:19, 7777:20, 7783:13, 7783:15, 7794:3, 7794:8
**Brock** [11] - 7741:19, 7742:17, 7742:25, 7743:9, 7745:12, 7746:11, 7746:24, 7776:10, 7776:25, 7782:15, 7794:7
**Brock's** [1] - 7760:11
**BROCK...................** [1] - 7739:7
**broke** [2] - 7756:7, 7756:23
**brought** [3] - 7835:2, 7842:16, 7842:17
**bubble** [10] - 7818:14, 7828:11, 7828:16, 7828:18, 7828:20, 7828:23, 7829:9, 7847:23, 7855:17, 7855:23
**build** [1] - 7826:5
**BUILDING** [1] - 7733:15
**built** [2] - 7798:25, 7810:6
**bullet** [2] - 7771:18, 7801:21
**bunch** [1] - 7782:14
**buoyancy** [1] - 7829:12
**BURLING** [1] - 7736:19
**business** [1] - 7831:16
**butter** [1] - 7881:6
**BY** [71] - 7732:5, 7733:3, 7733:7, 7733:11, 7733:14, 7733:18, 7733:22,

7734:3, 7734:7, 7734:10, 7734:14, 7734:17, 7734:22, 7735:4, 7735:10, 7735:17, 7735:22, 7736:5, 7736:10, 7736:15, 7736:20, 7736:23, 7737:6, 7737:10, 7737:14, 7737:18, 7737:22, 7738:4, 7738:9, 7738:17, 7738:18, 7739:6, 7739:7, 7739:9, 7739:10, 7739:11, 7739:12, 7739:13, 7744:20, 7777:22, 7778:13, 7783:15, 7795:18, 7796:22, 7801:5, 7813:10, 7822:16, 7830:21, 7838:20, 7840:16, 7843:9, 7844:4, 7850:5, 7852:17, 7853:10, 7859:8, 7864:9, 7865:1, 7866:20, 7868:15, 7869:15, 7870:15, 7872:22, 7873:19, 7875:4, 7877:18, 7878:12, 7879:6, 7882:14, 7884:4, 7884:10
**bypassed** [2] - 7769:10, 7779:13

---

**C**

**CA** [2] - 7734:24, 7737:16
**calculate** [8] - 7759:18, 7765:16, 7766:10, 7802:3, 7834:15, 7846:22, 7859:9, 7884:23
**calculated** [9] - 7745:20, 7746:7, 7746:17, 7802:2, 7808:4, 7846:17, 7846:19, 7847:9, 7881:17
**calculates** [2] - 7819:18, 7827:6
**calculation** [5] - 7746:5, 7746:25, 7747:25, 7862:1, 7874:22
**calculations** [13] - 7745:15, 7746:10, 7747:2, 7748:16, 7748:19, 7748:22,

7753:24, 7756:14, 7764:6, 7766:8, 7829:15, 7873:8, 7877:8
**calculator** [2] - 7859:6, 7875:2
**CALDWELL** [1] - 7736:5
**Caleb** [1] - 7811:1
**calibrate** [1] - 7765:22
**CALLED** [1] - 7740:4
**CAMP** [1] - 7736:11
**cannot** [2] - 7742:18, 7837:5, 7858:8, 7865:18, 7868:1, 7886:25, 7891:22, 7897:1
**capable** [5] - 7797:21, 7802:23, 7819:13, 7888:2, 7890:7
**careful** [1] - 7751:13
**CARL** [1] - 7732:22
**CARONDELET** [1] - 7733:22
**CARRIE** [1] - 7736:24
**CASE** [2] - 7732:12, 7732:14
**case** [17] - 7749:16, 7784:18, 7789:12, 7796:12, 7805:24, 7807:5, 7811:9, 7811:11, 7814:18, 7814:24, 7827:14, 7827:16, 7832:10, 7839:25, 7842:12, 7848:6, 7878:17
**Case** [7] - 7806:1, 7806:10, 7806:11, 7827:23, 7844:18, 7868:14, 7887:18
**cases** [3] - 7804:9, 7804:11, 7834:17
**casing** [42] - 7747:7, 7747:17, 7786:15, 7787:19, 7787:25, 7790:14, 7801:14, 7801:15, 7802:19, 7804:19, 7805:11, 7805:19, 7805:21, 7806:5, 7806:6, 7811:16, 7814:6, 7820:15, 7821:1, 7822:7, 7830:6, 7833:7, 7833:20, 7833:21, 7834:1, 7834:3, 7834:4, 7849:9, 7849:14, 7849:24, 7893:6, 7893:10, 7893:18, 7894:9,

7894:11, 7894:15, 7895:22, 7895:25, 7896:1
**catch** [2] - 7772:3, 7772:7
**Cathy** [2] - 7897:19, 7898:4
**CATHY** [1] - 7738:13
**Cathy_Pepper@laed .uscourts.gov** [1] - 7898:6
**cathy_Pepper@laed. uscourts.gov** [1] - 7738:16
**caused** [1] - 7870:7
**causes** [1] - 7772:3
**cautious** [1] - 7767:23
**CCR** [2] - 7738:13, 7898:4
**ceased** [1] - 7879:16
**Cem** [1] - 7746:14
**cement** [58] - 7747:22, 7748:23, 7749:1, 7751:1, 7751:14, 7751:16, 7751:19, 7751:24, 7752:3, 7752:14, 7752:15, 7753:9, 7753:15, 7753:17, 7753:22, 7754:1, 7756:1, 7787:25, 7789:10, 7790:13, 7790:24, 7791:1, 7791:9, 7791:10, 7835:7, 7835:8, 7835:12, 7835:14, 7835:23, 7836:8, 7836:14, 7836:16, 7836:17, 7836:18, 7836:19, 7836:21, 7837:6, 7837:9, 7837:13, 7837:23, 7838:12, 7838:22, 7839:1, 7839:5, 7839:18, 7839:21, 7840:13, 7840:19, 7840:22, 7840:24, 7841:6, 7862:16, 7862:21, 7863:10, 7867:1, 7895:5, 7895:9
**cementer** [2] - 7751:17, 7751:18
**cements** [1] - 7753:7
**center** [2] - 7760:24, 7820:15
**CENTRE** [1] - 7737:6
**Cernich** [7] - 7830:18, 7830:19, 7841:15, 7848:25, 7853:5, 7865:19, 7882:19

**CERNICH** [21] - 7735:5, 7830:19, 7830:21, 7838:20, 7840:16, 7841:16, 7841:19, 7841:22, 7842:4, 7843:8, 7843:9, 7844:2, 7844:4, 7849:1, 7849:7, 7849:12, 7849:16, 7849:25, 7850:3, 7850:5, 7852:8
**CERNICH................... ..** [1] - 7739:11
**certain** [13] - 7745:20, 7762:15, 7803:13, 7803:14, 7835:22, 7847:15, 7853:18, 7854:11, 7874:5, 7877:14, 7881:21, 7886:10, 7888:1
**certainly** [3] - 7758:4, 7764:13, 7842:4
**CERTIFICATE** [1] - 7897:17
**CERTIFIED** [1] - 7738:13
**certified** [2] - 7883:11, 7883:12
**Certified** [3] - 7897:19, 7897:20, 7898:4
**certify** [1] - 7897:23
**chairman** [2] - 7772:18, 7772:22
**CHAKERES** [1] - 7735:6
**chance** [1] - 7742:6
**CHANG** [1] - 7735:5
**change** [10] - 7788:14, 7804:3, 7836:19, 7844:15, 7845:12, 7845:22, 7846:6, 7866:22, 7886:25, 7890:12
**changed** [8] - 7825:16, 7825:18, 7843:22, 7844:6, 7845:13, 7845:20, 7868:13, 7884:24
**changes** [7] - 7750:9, 7751:3, 7763:16, 7765:17, 7766:4, 7779:16, 7844:10
**changing** [2] - 7775:8, 7866:22
**character** [1] - 7864:2
**characteristic** [1] - 7881:7
**charges** [1] - 7892:18

**chart** [37] - 7790:17, 7790:18, 7791:21, 7798:3, 7807:13, 7807:18, 7814:1, 7814:3, 7814:5, 7814:8, 7814:11, 7814:17, 7814:20, 7815:23, 7815:25, 7816:14, 7817:7, 7819:23, 7848:6, 7854:1, 7857:4, 7858:11, 7858:18, 7859:17, 7859:18, 7859:19, 7861:4, 7861:12, 7861:20, 7862:24, 7870:17, 7871:12, 7873:2, 7875:24, 7876:1, 7887:8, 7891:23

**charts** [4] - 7803:7, 7817:2, 7856:17, 7856:24

**CHASE** [1] - 7737:19

**check** [6] - 7748:17, 7777:5, 7779:4, 7781:3, 7781:9, 7781:11

**checked** [3] - 7778:10, 7778:11, 7780:22

**checks** [1] - 7793:7

**chemistry** [1] - 7751:19

**chest** [2] - 7765:15, 7765:18

**CHICAGO** [1] - 7736:25

**child** [1] - 7813:15

**Childs** [2] - 7813:12, 7814:1

**chocolate** [1] - 7881:6

**choke** [1] - 7802:20

**circulate** [2] - 7756:1, 7757:9

**circulated** [5] - 7741:8, 7741:23, 7757:11, 7757:15, 7880:20

**circulating** [2] - 7757:7, 7773:21

**circulation** [12] - 7754:7, 7755:17, 7755:21, 7755:23, 7755:25, 7756:15, 7756:18, 7766:23, 7822:10, 7880:20, 7881:23, 7887:13

**circumstances** [2] - 7750:5, 7750:12

**citation** [3] - 7813:18, 7813:21, 7813:23

**cite** [1] - 7821:4

**citing** [1] - 7813:24

**CIVIL** [3] - 7732:8, 7734:22, 7735:10

**claim** [1] - 7822:24

**Claim** [1] - 7749:23

**clarify** [3] - 7812:25, 7827:10, 7878:21

**clarity** [2] - 7821:12, 7878:15

**classified** [1] - 7890:1

**clear** [10] - 7747:5, 7777:8, 7786:5, 7787:23, 7789:9, 7831:20, 7835:23, 7836:12, 7849:23, 7881:3

**clearly** [2] - 7778:8, 7844:18

**Clerk** [2] - 7743:23, 7795:7

**CLERK** [7] - 7740:7, 7794:22, 7794:24, 7795:1, 7795:9, 7830:14, 7830:16

**clients** [2] - 7798:11, 7831:13

**climb** [1] - 7863:4

**CLINGMAN** [1] - 7737:10

**clogged** [2] - 7754:6, 7754:18

**close** [7] - 7747:15, 7770:15, 7808:16, 7809:6, 7870:10, 7874:25, 7883:1

**closed** [6] - 7765:13, 7766:4, 7808:22, 7809:12, 7864:4

**closely** [1] - 7827:24

**closer** [1] - 7854:5

**closing** [1] - 7810:2

**code** [1] - 7798:7

**collar** [19] - 7754:4, 7754:6, 7754:19, 7754:25, 7755:15, 7755:24, 7757:14, 7757:17, 7758:14, 7836:6, 7836:10, 7836:15, 7840:20, 7841:6, 7894:2, 7894:8, 7895:5, 7895:14, 7895:25

**colleagues** [1] - 7822:23

**collect** [1] - 7826:5

**collected** [1] - 7826:12

**color** [1] - 7871:6

**colored** [2] - 7807:17, 7815:25

**column** [4] - 7759:4, 7773:9, 7773:16, 7774:18

**combined** [1] - 7870:22

**coming** [16] - 7758:10, 7759:12, 7775:6, 7789:18, 7807:23, 7811:15, 7811:16, 7856:22, 7857:5, 7859:23, 7867:22, 7871:22, 7874:4, 7875:9, 7876:3, 7893:21

**comment** [2] - 7877:2, 7897:1

**commented** [1] - 7764:19

**comments** [3] - 7750:3, 7752:10, 7792:2

**COMMERCIAL** [1] - 7735:16

**commercial** [1] - 7798:6

**committee** [2] - 7772:18, 7772:23

**common** [3] - 7854:18, 7880:25, 7881:7

**communication** [3] - 7764:13, 7764:17, 7789:8

**companies** [6] - 7798:7, 7798:12, 7798:13, 7798:14, 7824:7, 7824:8

**company** [7] - 7796:5, 7796:6, 7797:3, 7797:6, 7797:7, 7797:8, 7813:13

**COMPANY** [1] - 7736:15

**compare** [6] - 7745:2, 7751:9, 7764:8, 7766:3, 7858:8, 7876:1

**compared** [6] - 7827:24, 7855:9, 7884:22, 7891:11, 7891:13, 7894:4

**compares** [1] - 7749:10

**comparison** [1] - 7770:15

**COMPLAINT** [1] - 7732:12

**complete** [1] - 7895:25

**completed** [1] - 7820:14

**completely** [4] - 7768:7, 7768:14, 7894:12, 7895:16

**completeness** [1] - 7867:18

**completion** [1] - 7831:22

**complicate** [1] - 7777:1

**complicated** [2] - 7768:3, 7768:7

**complicating** [1] - 7762:14

**component** [1] - 7779:22

**composition** [6] - 7752:14, 7803:3, 7826:20, 7826:23, 7846:25, 7855:14

**compositional** [7] - 7803:3, 7855:13, 7889:2, 7889:10, 7889:11, 7892:7, 7892:10

**computer** [1] - 7757:3

**COMPUTER** [1] - 7738:18

**computers** [1] - 7766:9

**concentration** [1] - 7753:11

**concept** [2] - 7821:7, 7841:8

**concluded** [9] - 7747:6, 7752:1, 7781:20, 7815:8, 7864:1, 7877:21, 7890:10, 7891:15, 7893:3

**concluding** [1] - 7767:1

**conclusion** [10] - 7765:10, 7801:20, 7806:2, 7811:20, 7811:25, 7820:14, 7820:25, 7833:19, 7844:14, 7890:13

**conclusions** [6] - 7801:11, 7804:16, 7815:7, 7844:12, 7844:18, 7892:24

**conclusive** [1] - 7752:23

**condition** [1] - 7784:24

**conditions** [9] - 7854:16, 7854:20, 7855:1, 7855:5,

**completed** [1] - 7857:5, 7858:4, 7858:23, 7860:8, 7866:23

**conduct** [5] - 7751:10, 7752:21, 7789:14, 7791:10, 7836:1

**conducted** [5] - 7759:7, 7788:8, 7789:23, 7791:4, 7791:11

**conducting** [2] - 7752:20, 7793:7

**confidence** [2] - 7834:25, 7835:1

**confident** [1] - 7783:7

**configuration** [1] - 7776:5

**confirm** [3] - 7788:18, 7819:5, 7820:4

**confirmation** [1] - 7820:10

**confirmed** [5] - 7777:5, 7779:5, 7800:11, 7814:13, 7820:25

**confuse** [1] - 7777:2

**confusing** [2] - 7768:14, 7783:21

**confusion** [1] - 7842:3

**connected** [2] - 7822:2, 7860:2

**connection** [1] - 7872:14

**CONRAD** [1] - 7734:3

**Conrad** [1] - 7822:19

**consider** [4] - 7747:10, 7747:23, 7757:21, 7758:14

**considerable** [1] - 7757:3

**considered** [1] - 7785:4

**considering** [2] - 7748:25, 7749:1

**consistent** [18] - 7754:14, 7780:3, 7785:21, 7786:18, 7786:20, 7801:18, 7810:25, 7811:2, 7819:7, 7819:25, 7822:5, 7822:6, 7842:18, 7842:25, 7843:6, 7886:2, 7894:12, 7895:16

**consistently** [2] - 7777:4, 7789:24

**constant** [4] - 7749:4, 7843:12, 7864:14, 7865:6

**constants** [1] -

7770:13
**Consultants** [1] - 7872:5
**contacted** [1] - 7826:1
**contained** [3] - 7758:17, 7758:20, 7820:18
**contains** [1] - 7856:3
**contend** [1] - 7849:23
**contest** [1] - 7746:25
**context** [2] - 7815:6, 7819:19
**continue** [1] - 7772:7
**CONTINUED** [6] - 7734:1, 7735:1, 7736:1, 7737:1, 7738:1, 7743:21
**continued** [2] - 7762:16, 7879:21
**CONTINUED)**............ [1] - 7739:5
**continues** [1] - 7772:4
**continuously** [2] - 7760:12, 7760:17
**contract** [1] - 7831:1
**contractor** [2] - 7750:25, 7751:1
**contractors** [1] - 7750:23
**contractual** [1] - 7823:11
**contrast** [3] - 7861:10, 7872:15, 7876:8
**contribute** [1] - 7891:24
**contributes** [1] - 7864:3
**contribution** [1] - 7825:14
**control** [26] - 7742:1, 7742:3, 7757:22, 7758:15, 7771:3, 7771:5, 7772:16, 7774:8, 7774:14, 7776:1, 7779:22, 7780:1, 7780:6, 7781:12, 7793:6, 7793:15, 7796:7, 7797:10, 7797:12, 7798:6, 7823:22, 7824:3, 7824:4, 7883:11, 7883:12, 7883:14
**conversation** [2] - 7790:23, 7791:1
**conversations** [2] - 7837:22, 7838:10
**conversion** [4] - 7756:18, 7757:6, 7757:10, 7757:12

**convert** [3] - 7755:17, 7756:9, 7860:9
**converted** [7] - 7755:24, 7756:2, 7756:5, 7756:6, 7757:15, 7757:17, 7758:16
**cooled** [1] - 7828:22
**coordinate** [1] - 7853:8
**copies** [1] - 7851:1
**copy** [2] - 7842:7, 7884:1
**COREY** [1] - 7735:22
**corner** [1] - 7844:1
**CORPORATE** [1] - 7734:4
**correct** [357] - 7751:18, 7752:8, 7754:21, 7755:18, 7757:13, 7759:24, 7760:10, 7774:10, 7786:6, 7786:8, 7786:13, 7786:16, 7787:15, 7788:5, 7789:5, 7789:16, 7789:25, 7790:1, 7790:16, 7791:4, 7795:24, 7796:2, 7797:4, 7797:15, 7797:17, 7798:18, 7798:20, 7799:5, 7799:18, 7799:19, 7799:21, 7799:22, 7799:24, 7799:25, 7800:6, 7800:7, 7800:12, 7800:15, 7801:19, 7802:10, 7802:11, 7803:23, 7804:4, 7804:12, 7804:13, 7806:7, 7806:14, 7807:14, 7807:15, 7807:24, 7807:25, 7808:6, 7808:7, 7808:25, 7809:2, 7809:13, 7809:14, 7809:17, 7809:18, 7810:11, 7810:12, 7810:16, 7810:19, 7811:10, 7811:17, 7811:18, 7812:5, 7812:6, 7812:9, 7812:10, 7812:16, 7812:19, 7812:20, 7812:22, 7812:23, 7815:1, 7815:11, 7815:12, 7815:21, 7816:10, 7816:11, 7816:13, 7816:25, 7817:15,

7817:16, 7818:5, 7818:6, 7818:11, 7819:8, 7819:21, 7820:1, 7820:3, 7820:8, 7820:16, 7823:8, 7823:9, 7823:12, 7823:19, 7823:21, 7823:23, 7824:7, 7824:10, 7824:14, 7824:16, 7824:18, 7825:11, 7825:12, 7825:16, 7825:17, 7825:21, 7825:22, 7826:3, 7826:4, 7826:6, 7826:9, 7826:14, 7826:15, 7826:17, 7826:18, 7826:25, 7827:3, 7827:10, 7827:12, 7827:13, 7827:14, 7827:15, 7827:18, 7827:19, 7828:1, 7828:2, 7828:9, 7828:10, 7828:13, 7828:14, 7829:4, 7829:5, 7829:14, 7830:3, 7831:4, 7831:6, 7831:17, 7831:24, 7832:2, 7832:9, 7832:11, 7832:12, 7832:15, 7832:21, 7833:6, 7833:13, 7833:18, 7833:21, 7834:4, 7834:7, 7834:21, 7834:25, 7835:6, 7835:9, 7835:10, 7835:13, 7836:11, 7837:9, 7838:23, 7840:10, 7844:8, 7844:22, 7845:5, 7845:15, 7845:16, 7845:25, 7846:7, 7846:8, 7846:10, 7846:16, 7846:19, 7847:3, 7848:5, 7848:13, 7848:14, 7848:19, 7850:9, 7850:24, 7852:5, 7854:2, 7854:3, 7854:9, 7854:10, 7854:17, 7855:4, 7855:6, 7855:11, 7855:18, 7855:19, 7855:20, 7855:21, 7855:23, 7856:6, 7856:7, 7856:10, 7856:11, 7856:13, 7856:15, 7856:16, 7856:19, 7856:20, 7857:2,

7857:3, 7857:6, 7857:10, 7857:11, 7857:23, 7858:2, 7858:7, 7858:12, 7858:14, 7858:16, 7858:17, 7858:18, 7858:21, 7858:25, 7859:3, 7859:4, 7859:12, 7859:18, 7859:20, 7859:24, 7859:25, 7860:5, 7860:11, 7860:18, 7860:19, 7860:22, 7861:3, 7861:15, 7861:16, 7861:18, 7861:19, 7861:22, 7861:23, 7862:2, 7862:3, 7862:5, 7862:6, 7862:9, 7862:10, 7862:18, 7862:22, 7862:23, 7862:25, 7863:3, 7863:13, 7863:14, 7863:21, 7863:23, 7863:24, 7864:1, 7864:4, 7864:5, 7864:12, 7864:13, 7864:15, 7864:16, 7865:4, 7865:5, 7865:7, 7865:8, 7865:11, 7865:13, 7865:14, 7865:17, 7865:22, 7865:25, 7866:2, 7867:23, 7868:8, 7868:17, 7868:20, 7868:21, 7868:23, 7869:16, 7869:20, 7870:6, 7870:18, 7870:19, 7870:21, 7870:24, 7870:25, 7871:3, 7871:4, 7871:8, 7871:9, 7871:10, 7871:19, 7871:20, 7872:1, 7872:2, 7873:1, 7873:3, 7873:25, 7874:4, 7874:6, 7874:18, 7874:21, 7875:7, 7875:8, 7875:10, 7875:11, 7875:13, 7875:14, 7875:16, 7875:17, 7876:10, 7876:20, 7876:24, 7878:1, 7878:14, 7879:13, 7879:17, 7879:18, 7879:19, 7879:20, 7879:23, 7880:12, 7880:13, 7880:16, 7881:8, 7881:9, 7881:12,

7881:22, 7881:24, 7882:25, 7883:10, 7883:13, 7884:14, 7884:18, 7885:24, 7886:13, 7887:9, 7887:16, 7887:19, 7887:23, 7888:7, 7888:10, 7888:23, 7888:25, 7889:4, 7889:8, 7889:23, 7893:2, 7893:5, 7894:10, 7894:25, 7895:3, 7895:7, 7895:10, 7895:20, 7897:23
**correctly** [13] - 7746:23, 7750:10, 7754:5, 7754:17, 7776:12, 7790:12, 7837:6, 7838:15, 7843:17, 7850:20, 7871:6, 7888:13, 7893:12
**correlating** [1] - 7886:4
**correlation** [1] - 7886:15
**corrosive** [1] - 7869:23
**Corser** [3] - 7889:17, 7889:20, 7889:24
**counsel** [2] - 7868:18, 7882:18
**counsels'** [1] - 7794:16
**count** [2] - 7758:2, 7765:2
**counting** [1] - 7765:23
**couple** [12] - 7740:16, 7750:3, 7752:10, 7772:25, 7783:23, 7790:11, 7825:24, 7853:19, 7869:4, 7874:4, 7876:2, 7880:5
**course** [10] - 7743:4, 7763:20, 7776:3, 7826:24, 7828:5, 7837:25, 7853:20, 7860:25, 7870:10, 7886:21
**court** [6] - 7761:20, 7796:15, 7799:24, 7800:10, 7813:12, 7870:4
**Court** [37] - 7741:22, 7783:20, 7784:20, 7786:19, 7794:23, 7795:21, 7796:10, 7796:25, 7797:19,

7801:9, 7801:23, 7803:8, 7803:9, 7804:18, 7807:2, 7807:16, 7807:22, 7809:15, 7811:5, 7812:25, 7813:2, 7813:25, 7814:3, 7814:13, 7816:7, 7817:2, 7818:22, 7821:3, 7822:4, 7830:15, 7843:5, 7897:13, 7897:20, 7897:21, 7897:22, 7898:5, 7898:6
**COURT** [81] - 7732:1, 7738:13, 7740:4, 7740:8, 7740:10, 7740:20, 7741:1, 7741:11, 7741:18, 7741:21, 7742:12, 7742:15, 7742:20, 7743:16, 7743:18, 7743:25, 7744:2, 7744:4, 7744:7, 7744:15, 7744:18, 7777:24, 7783:12, 7794:4, 7794:6, 7794:14, 7794:20, 7794:25, 7795:14, 7796:20, 7800:20, 7800:24, 7801:2, 7822:14, 7830:11, 7830:17, 7838:19, 7839:14, 7839:20, 7840:7, 7840:11, 7840:15, 7841:15, 7841:17, 7841:20, 7842:1, 7842:16, 7843:7, 7848:24, 7849:5, 7849:8, 7849:15, 7849:18, 7849:22, 7850:1, 7850:4, 7851:23, 7852:10, 7852:12, 7852:14, 7852:20, 7852:23, 7852:25, 7864:21, 7864:24, 7866:19, 7868:5, 7868:7, 7868:10, 7869:14, 7872:11, 7872:21, 7873:15, 7873:18, 7877:9, 7878:8, 7878:22, 7882:1, 7882:8, 7882:12, 7897:9
**courtroom** [1] - 7885:7
**cover** [4] - 7749:7, 7800:2, 7821:5, 7830:23
**coverage** [3] -

7837:23, 7838:2, 7838:12
**covered** [7] - 7742:2, 7774:8, 7787:25, 7830:24, 7845:7, 7864:7, 7882:18
**COVINGTON** [1] - 7736:19
**cranes** [1] - 7764:11
**created** [2] - 7847:19, 7847:21
**crew** [22] - 7756:15, 7761:3, 7761:8, 7764:9, 7764:10, 7764:14, 7764:15, 7764:20, 7765:7, 7767:20, 7768:4, 7768:9, 7776:18, 7780:12, 7780:22, 7781:7, 7781:9, 7782:9, 7783:4, 7788:23, 7789:7, 7793:21
**crews** [1] - 7877:25
**critical** [3] - 7753:19, 7759:2, 7782:23
**cross** [4] - 7822:20, 7830:22, 7852:19, 7882:9
**CROSS** [10] - 7739:6, 7739:10, 7739:11, 7739:12, 7739:13, 7744:19, 7822:15, 7830:20, 7852:16, 7882:13
**cross-examination** [4] - 7822:20, 7830:22, 7852:19, 7882:9
**CROSS-EXAMINATION** [10] - 7739:6, 7739:10, 7739:11, 7739:12, 7739:13, 7744:19, 7822:15, 7830:20, 7852:16, 7882:13
**crosslinking** [1] - 7766:20
**crossover** [6] - 7804:20, 7804:23, 7893:8, 7893:10, 7893:11, 7893:15
**CRR** [2] - 7738:13, 7898:4
**cubic** [7] - 7871:25, 7873:1, 7873:4, 7873:6, 7873:11, 7873:25, 7874:3
**cull** [2] - 7813:9, 7843:11
**cumulative** [5] -

7742:23, 7802:4, 7816:16, 7820:2, 7884:13
**CUNNINGHAM** [2] - 7733:10, 7733:11
**curious** [1] - 7893:7
**curve** [9] - 7828:18, 7847:20, 7847:21, 7848:4, 7848:8, 7860:23, 7863:6, 7863:7, 7863:9
**curves** [3] - 7815:25, 7848:6, 7849:21
**cut** [3] - 7743:5, 7757:25, 7777:20
**cutback** [1] - 7845:24
**cutting** [3] - 7773:3, 7774:1, 7864:6

---

## D

**D-3282** [1] - 7791:20
**D-4205A** [1] - 7776:9
**D-4319** [1] - 7817:1
**D-4321** [2] - 7818:17, 7819:4
**D-4322** [1] - 7819:9
**D-4342** [1] - 7804:14
**D-4345** [1] - 7820:11
**D-4478** [1] - 7820:19
**D-4638** [1] - 7810:23
**D-469** [1] - 7811:13
**D-4691** [1] - 7811:7
**D-4691A** [1] - 7812:17
**D-4691B** [1] - 7812:17
**D-4726** [2] - 7784:21, 7784:22
**D-4756** [1] - 7790:21
**D-4784** [1] - 7806:8
**D-4792** [1] - 7819:22
**D-4852** [1] - 7807:12
**D-4853** [2] - 7815:13, 7883:23
**D-4854** [1] - 7821:2
**D-4860** [2] - 7796:17, 7796:24
**D-4861** [1] - 7801:6
**D-4867** [1] - 7786:25
**D-4908** [1] - 7786:3
**D-8015** [4] - 7746:9, 7746:12, 7888:11, 7894:6
**D-8036** [1] - 7755:10
**D-8038** [1] - 7754:22
**D-8041** [1] - 7895:11
**D4320-A** [1] - 7818:18
**daily** [4] - 7763:16, 7831:1, 7831:5, 7859:10

**DALLAS** [1] - 7738:7
**damage** [1] - 7820:23
**dangerous** [2] - 7782:16, 7782:22
**DANIEL** [1] - 7735:17
**dark** [2] - 7807:17, 7807:19
**data** [76] - 7760:19, 7760:23, 7766:10, 7770:3, 7779:7, 7779:9, 7788:2, 7799:2, 7802:5, 7802:17, 7803:8, 7803:10, 7803:12, 7803:13, 7803:18, 7803:19, 7803:20, 7803:21, 7803:22, 7804:2, 7804:12, 7805:12, 7805:14, 7805:22, 7806:20, 7807:5, 7807:10, 7807:20, 7807:23, 7808:17, 7808:23, 7809:1, 7809:13, 7809:22, 7810:7, 7810:9, 7810:13, 7811:22, 7812:12, 7812:15, 7814:15, 7826:5, 7826:7, 7826:10, 7826:12, 7826:22, 7826:25, 7827:2, 7827:24, 7832:22, 7833:15, 7834:22, 7835:18, 7836:4, 7840:3, 7840:4, 7840:9, 7843:16, 7846:14, 7846:17, 7878:10, 7881:22, 7884:16, 7884:24, 7885:1, 7886:2, 7886:11, 7886:15, 7886:17, 7886:21, 7886:22, 7887:3, 7890:4, 7893:13, 7895:2
**date** [2] - 7821:3, 7825:18
**Daubert** [1] - 7800:21
**DAUPHIN** [1] - 7733:11
**David** [1] - 7784:1
**DAY** [1] - 7732:20
**days** [1] - 7790:11
**DC** [4] - 7735:7, 7735:13, 7735:19, 7736:21
**DD** [2] - 7821:24, 7822:1
**deal** [2] - 7771:16,

7782:18
**dealing** [1] - 7780:5
**deals** [1] - 7857:1
**DEANNA** [1] - 7735:5
**debris** [1] - 7836:8
**December** [5] - 7825:11, 7831:23, 7866:7, 7882:23, 7883:2
**decided** [1] - 7759:22
**decision** [4] - 7759:25, 7760:1, 7831:13, 7831:18
**decisions** [8] - 7749:10, 7760:2, 7790:18, 7792:1, 7792:2, 7792:8, 7792:16, 7792:25
**decline** [1] - 7806:22
**decrease** [12] - 7770:20, 7770:23, 7772:7, 7772:9, 7773:21, 7774:23, 7775:17, 7776:2, 7810:3, 7844:17, 7866:5
**Decrease** [1] - 7771:19
**decreased** [1] - 7775:21
**deeply** [1] - 7887:5
**deepwater** [3] - 7771:5, 7771:11, 7776:1
**DEEPWATER** [3] - 7732:5, 7737:4, 7737:5
**Deepwater** [2] - 7780:2, 7833:16
**define** [1] - 7797:19
**defined** [1] - 7886:11
**defining** [1] - 7785:13
**definition** [2] - 7783:21, 7785:20
**DEGRAVELLES** [4] - 7734:10, 7734:10, 7742:14, 7742:16
**deGravelles** [1] - 7742:12
**degree** [2] - 7797:1, 7832:24
**DELEMARRE** [1] - 7735:11
**deliberations** [1] - 7752:2
**demonstrate** [1] - 7788:17
**demonstrative** [3] - 7817:4, 7888:12, 7895:12

**depart** [3] - 7750:16, 7750:19, 7750:20
**DEPARTMENT** [4] - 7734:21, 7735:3, 7735:9, 7735:15
**dependent** [1] - 7860:1
**depicted** [3] - 7746:12, 7785:6, 7788:16
**deposed** [1] - 7825:10
**deposition** [21] - 7761:16, 7783:19, 7825:13, 7825:18, 7831:23, 7836:22, 7836:23, 7837:1, 7837:11, 7838:6, 7841:12, 7841:23, 7850:11, 7851:16, 7851:24, 7853:4, 7866:7, 7866:8, 7867:9, 7882:22, 7885:14
**depositions** [1] - 7784:17
**depths** [1] - 7858:9
**DEPUTY** [7] - 7740:7, 7794:22, 7794:24, 7795:1, 7795:9, 7830:14, 7830:16
**derive** [4] - 7814:10, 7885:16, 7886:1, 7893:20
**derived** [5] - 7746:5, 7815:15, 7816:9, 7818:23, 7818:25
**deriving** [1] - 7886:10
**describe** [5] - 7796:25, 7802:12, 7802:22, 7803:8, 7846:13
**described** [5] - 7791:12, 7798:2, 7851:19, 7880:24, 7881:1
**describes** [2] - 7801:21, 7847:6
**describing** [1] - 7818:13
**DESCRIPTION** [1] - 7739:19
**design** [7] - 7742:1, 7747:22, 7750:9, 7751:19, 7823:19, 7825:7, 7835:11
**designed** [4] - 7757:18, 7758:11, 7836:13, 7872:23
**destroy** [6] - 7850:8, 7851:11, 7851:14,

7851:22, 7852:3, 7852:7
**destroyed** [3] - 7850:14, 7851:3, 7851:10
**detail** [3] - 7748:8, 7754:13, 7756:13
**detailed** [2] - 7753:24, 7754:2
**details** [1] - 7888:9
**detect** [6] - 7761:6, 7761:15, 7768:22, 7774:5, 7790:13, 7793:14
**detected** [1] - 7793:12
**detection** [6] - 7759:14, 7773:3, 7773:25, 7774:13, 7780:9, 7793:11
**determine** [8] - 7789:2, 7799:12, 7799:13, 7800:18, 7801:16, 7802:14, 7819:10, 7861:5
**determined** [6] - 7747:16, 7801:22, 7820:10, 7839:16, 7846:15, 7864:3
**determining** [1] - 7747:23
**developed** [2] - 7800:10, 7848:4
**Development** [2] - 7821:9, 7822:1
**deviates** [1] - 7751:10
**device** [2] - 7757:22
**DEXTER** [1] - 7735:23
**diagnose** [2] - 7799:10, 7824:5
**diagnosing** [1] - 7835:6
**diagram** [1] - 7755:1
**diameter** [2] - 7836:1, 7836:20
**dictated** [1] - 7847:17
**difference** [4] - 7751:11, 7751:12, 7767:16, 7809:5
**different** [32] - 7752:14, 7763:14, 7764:19, 7765:1, 7769:16, 7776:5, 7776:20, 7776:21, 7797:23, 7802:17, 7804:3, 7804:5, 7804:9, 7807:16, 7809:2, 7827:14, 7827:16, 7828:23, 7834:6, 7836:1, 7841:17, 7841:20,

7842:2, 7851:15, 7853:9, 7853:19, 7854:22, 7858:5, 7866:4, 7866:16, 7896:6
**differential** [6] - 7756:17, 7757:7, 7780:13, 7781:8, 7781:25, 7887:12
**difficult** [6] - 7761:7, 7762:6, 7896:4, 7896:5, 7896:10, 7896:15
**difficulties** [1] - 7794:19
**diligent** [1] - 7745:4
**dimensions** [3] - 7802:19, 7833:7
**DIRECT** [2] - 7739:9, 7795:17
**direct** [6] - 7741:7, 7745:12, 7795:16, 7816:15, 7839:1, 7853:11
**directed** [2] - 7774:3, 7774:4
**direction** [1] - 7743:7
**disagree** [2] - 7772:11, 7772:12
**disaster** [1] - 7824:11
**disconnecting** [1] - 7896:20
**discounted** [7] - 7891:6, 7891:9, 7892:22, 7893:1, 7893:8, 7893:12, 7894:23
**discounting** [2] - 7779:8, 7779:9
**discovered** [1] - 7789:7
**discrepancies** [1] - 7881:21
**discuss** [4] - 7771:18, 7841:9, 7879:4, 7896:14
**discussed** [13] - 7773:18, 7792:19, 7793:8, 7805:2, 7821:3, 7834:5, 7838:1, 7839:9, 7846:12, 7866:24, 7887:4, 7889:18, 7893:16
**discussing** [1] - 7839:11
**discussion** [2] - 7749:25, 7756:4
**discussions** [2] - 7838:21, 7838:25,

7839:4, 7839:7
**displace** [1] - 7759:3
**displaced** [1] - 7767:20
**displacement** [10] - 7752:15, 7763:7, 7763:20, 7765:11, 7765:20, 7765:24, 7766:13, 7768:4, 7776:4, 7780:20
**displacing** [1] - 7790:25
**dispute** [1] - 7843:4
**disregarded** [2] - 7805:2, 7892:5
**disregarding** [1] - 7789:22
**dissemination** [1] - 7855:13
**distance** [2] - 7896:16, 7896:17
**district** [2] - 7784:2
**District** [3] - 7897:22, 7898:6
**DISTRICT** [3] - 7732:1, 7732:2, 7732:23
**divert** [3] - 7790:14, 7793:20, 7793:24
**diverted** [7] - 7768:10, 7768:12, 7768:16, 7768:17, 7768:20, 7769:10, 7793:21
**diverter** [3] - 7782:6, 7783:8, 7790:15
**DIVISION** [3] - 7734:22, 7735:3, 7735:10
**DOCUMENT** [1] - 7732:11
**document** [1] - 7842:2
**documented** [1] - 7848:15
**documents** [13] - 7842:12, 7842:19, 7850:8, 7850:17, 7850:24, 7851:1, 7851:9, 7851:11, 7851:14, 7851:22, 7852:7, 7877:12
**DOMENGEAUX** [1] - 7733:3
**DON** [1] - 7736:15
**Don** [3] - 7741:2, 7743:3, 7836:24
**DONALD** [1] - 7738:4
**done** [16] - 7747:5, 7749:14, 7781:3, 7781:9, 7781:11, 7782:3, 7794:4, 7800:11, 7801:16,

7831:12, 7842:14, 7860:11, 7874:22, 7878:2, 7882:20, 7883:1
**Donnie** [1] - 7884:9
**door** [1] - 7794:15
**dot** [1] - 7842:21
**dotted** [1] - 7871:15
**double** [1] - 7748:17
**doubles** [1] - 7869:16
**doubt** [2] - 7745:8, 7830:6
**DOUGLAS** [1] - 7736:10
**down** [29] - 7743:5, 7743:12, 7745:25, 7747:6, 7755:6, 7770:17, 7772:6, 7773:16, 7785:12, 7788:10, 7802:1, 7806:13, 7807:7, 7812:13, 7818:7, 7827:21, 7828:5, 7835:22, 7836:14, 7836:21, 7840:13, 7845:16, 7851:2, 7858:10, 7862:20, 7863:11, 7866:17, 7878:1, 7894:11
**downhole** [17] - 7835:18, 7840:14, 7840:20, 7844:25, 7854:21, 7855:1, 7855:7, 7855:9, 7858:4, 7858:22, 7860:1, 7860:2, 7860:8, 7866:22, 7867:3, 7894:5, 7895:8
**downwards** [2] - 7896:24, 7896:25
**downwind** [1] - 7783:5
**Doyen** [2] - 7852:18, 7877:9
**DOYEN** [44] - 7737:14, 7813:6, 7852:15, 7852:17, 7852:22, 7852:24, 7853:1, 7853:8, 7853:10, 7859:6, 7859:8, 7864:6, 7864:9, 7864:20, 7864:22, 7864:25, 7865:1, 7866:12, 7866:17, 7866:20, 7867:19, 7867:21, 7868:1, 7868:6, 7868:9, 7868:12, 7868:15, 7869:15, 7870:13,

7870:15, 7872:15, 7872:22, 7873:13, 7873:16, 7873:19, 7875:2, 7875:4, 7877:14, 7877:18, 7878:5, 7878:12, 7878:18, 7879:6, 7881:25

**DOYEN.....................** [1] - 7739:12

**Dr** [29] - 7741:4, 7741:7, 7741:12, 7741:24, 7741:25, 7743:15, 7743:20, 7744:12, 7744:21, 7746:17, 7746:25, 7749:9, 7749:12, 7749:25, 7754:14, 7754:16, 7754:23, 7771:6, 7772:17, 7773:18, 7774:19, 7777:23, 7782:6, 7783:10, 7783:16, 7847:4, 7885:10, 7885:24, 7895:12

**drain** [1] - 7762:22

**draining** [3] - 7762:19, 7776:23, 7776:25

**dramatic** [2] - 7810:3, 7846:3

**dramatically** [3] - 7870:11, 7875:16, 7887:7

**DRESCHER** [1] - 7733:18

**drill** [26] - 7764:9, 7764:20, 7765:7, 7772:6, 7780:12, 7780:22, 7781:7, 7781:9, 7782:9, 7783:4, 7788:8, 7788:10, 7789:14, 7789:17, 7789:22, 7803:19, 7804:1, 7805:16, 7807:19, 7808:3, 7810:5, 7810:10, 7810:21, 7811:2, 7819:18, 7886:12

**drilled** [1] - 7821:9

**driller** [1] - 7760:8

**Driller** [2] - 7821:9, 7822:1

**drilling** [20] - 7745:9, 7749:11, 7750:25, 7771:17, 7773:11, 7774:5, 7774:21, 7774:22, 7775:5, 7776:4, 7780:19, 7783:21, 7783:24,

7784:9, 7785:15, 7785:17, 7786:5, 7787:5, 7787:11

**DRILLING** [1] - 7737:4

**DRIVE** [1] - 7734:4

**drives** [1] - 7852:7

**drop** [2] - 7845:18, 7896:18

**drops** [1] - 7847:23

**due** [7] - 7788:14, 7829:12, 7845:24, 7846:3, 7850:18, 7854:21, 7869:7

**duly** [2] - 7743:22, 7795:6

**dump** [1] - 7764:10

**during** [39] - 7752:15, 7759:15, 7765:11, 7766:13, 7776:16, 7777:17, 7777:25, 7778:15, 7788:3, 7788:7, 7788:21, 7789:14, 7790:10, 7793:15, 7800:14, 7805:1, 7818:23, 7826:7, 7829:6, 7837:10, 7842:16, 7844:10, 7844:17, 7844:19, 7845:4, 7845:6, 7853:12, 7853:25, 7855:2, 7864:17, 7865:12, 7868:14, 7881:23, 7882:3, 7886:18, 7888:22, 7890:8, 7891:4, 7891:24

**duty** [3] - 7760:12, 7760:16, 7761:11

**DWOP** [2] - 7750:11, 7751:12

**DWOPs** [1] - 7750:14

**dynamic** [10] - 7796:9, 7797:25, 7798:16, 7823:20, 7832:10, 7832:14, 7858:3, 7858:8, 7861:11, 7892:13

**dynamics** [2] - 7756:10, 7891:16

## E

**E-M-I-L-S-E-N** [1] - 7795:12

**e-mail** [5] - 7889:17, 7889:20, 7889:21, 7890:14, 7890:19

**early** [3] - 7741:23, 7775:14, 7826:10

**ears** [1] - 7796:21

**easier** [2] - 7763:19, 7832:16

**easily** [3] - 7781:15, 7781:22, 7847:6

**EASTERN** [1] - 7732:2

**Eastern** [1] - 7897:22

**ECD** [1] - 7785:11

**edge** [3] - 7785:3, 7785:6, 7785:24

**educational** [1] - 7796:25

**EDWARDS** [1] - 7733:3

**effect** [4] - 7812:14, 7829:12, 7832:14, 7896:24

**effective** [2] - 7811:21, 7862:19

**effectively** [3] - 7812:13, 7862:19, 7862:21

**effects** [8] - 7817:22, 7845:2, 7865:22, 7866:1, 7866:6, 7867:5, 7867:6, 7867:13

**efficiency** [1] - 7765:25

**effort** [2] - 7779:18, 7864:8

**efforts** [1] - 7835:6

**Egypt** [1] - 7824:23

**eight** [1] - 7757:8

**either** [10] - 7754:18, 7754:25, 7757:11, 7760:1, 7761:15, 7770:17, 7770:22, 7772:9, 7851:25, 7883:3

**electronic** [2] - 7851:12, 7852:6

**element** [3] - 7808:16, 7809:12, 7810:2

**elevate** [1] - 7817:25

**elevation** [1] - 7746:7

**ELIZABETH** [1] - 7735:18

**ELLIS** [1] - 7736:23

**ELM** [1] - 7738:6

**ELMO** [2] - 7790:20, 7791:22

**Elmo** [1] - 7811:6

**elsewhere** [1] - 7752:19

**emergency** [4] - 7780:2, 7782:18, 7823:22, 7823:23

**emerges** [1] - 7854:16

**EMILSEN** [1] - 7795:5

**Emilsen** [45] - 7794:9, 7795:11, 7795:19, 7795:25, 7796:4, 7796:11, 7796:23, 7797:25, 7798:15, 7800:16, 7801:7, 7804:5, 7804:15, 7805:12, 7806:9, 7807:14, 7812:18, 7813:5, 7813:11, 7814:20, 7815:24, 7817:4, 7819:5, 7819:10, 7819:23, 7820:13, 7820:20, 7821:15, 7822:3, 7822:12, 7822:17, 7830:22, 7845:11, 7848:3, 7849:13, 7850:6, 7852:18, 7853:11, 7872:13, 7882:15, 7888:13, 7889:21, 7895:12, 7897:5, 7897:8

**Emilsen's** [7] - 7795:16, 7800:25, 7836:22, 7838:6, 7843:3, 7849:2, 7850:11

**EMILSEN.................** .................. [1] - 7739:8

**encountered** [1] - 7828:16

**end** [12] - 7745:12, 7785:5, 7785:14, 7806:20, 7809:25, 7827:25, 7828:23, 7842:21, 7844:13, 7845:8, 7864:22, 7880:1

**ended** [5] - 7766:21, 7799:3, 7806:16, 7844:14, 7893:5

**ending** [1] - 7771:8

**ends** [1] - 7889:19

**ENERGY** [2] - 7737:6, 7738:3

**Energy** [9] - 7797:4, 7797:6, 7797:8, 7798:10, 7823:5, 7823:10, 7824:12, 7825:7, 7831:7

**ENFORCEMENT** [1] - 7735:4

**engage** [2] - 7793:6, 7793:14

**engaged** [2] - 7797:24, 7824:12

**engineer** [1] - 7787:6

**Engineering** [13] -

7756:12, 7757:4, 7758:5, 7758:8, 7813:14, 7813:15, 7813:16, 7814:2, 7872:5, 7877:19, 7878:16, 7878:24, 7879:5

**engineering** [2] - 7745:6, 7745:9

**Engineers** [1] - 7772:15

**English** [4] - 7795:25, 7796:2, 7822:21, 7822:24

**ensured** [1] - 7755:24

**entered** [5] - 7752:1, 7781:19, 7781:23, 7782:16, 7829:23

**entire** [4] - 7839:20, 7839:21, 7864:14, 7865:6

**entirely** [4] - 7756:21, 7762:4, 7775:10, 7776:5

**entitled** [2] - 7872:18, 7897:25

**entry** [3] - 7747:16, 7896:2, 7896:21

**environment** [1] - 7745:10

**ENVIRONMENT** [1] - 7735:3

**ENVIRONMENTAL** [1] - 7735:4

**equal** [1] - 7863:1

**equation** [1] - 7749:6

**equipment** [2] - 7802:21, 7880:9

**equivalent** [2] - 7784:23, 7846:10

**erode** [1] - 7869:24

**eroded** [1] - 7870:4

**erosion** [6] - 7820:23, 7865:16, 7867:16, 7870:2, 7870:7, 7887:11

**erosions** [1] - 7867:13

**erosive** [1] - 7869:24

**error** [2] - 7834:15, 7878:7

**especially** [1] - 7875:13

**ESQ** [46] - 7733:3, 7733:7, 7733:11, 7733:14, 7733:18, 7733:22, 7734:3, 7734:7, 7734:10, 7734:14, 7734:17, 7734:22, 7735:4, 7735:5, 7735:5,

7735:6, 7735:6,
7735:10, 7735:11,
7735:11, 7735:12,
7735:12, 7735:17,
7735:17, 7735:18,
7735:22, 7735:23,
7736:10, 7736:10,
7736:15, 7736:20,
7736:23, 7736:24,
7736:24, 7737:6,
7737:10, 7737:10,
7737:14, 7737:14,
7737:15, 7737:18,
7737:22, 7738:4,
7738:5, 7738:5,
7738:9
**essence** [1] - 7815:14
**essentially** [4] -
7824:15, 7827:3,
7827:12, 7827:20
**establish** [4] -
7755:16, 7755:21,
7755:25, 7849:8
**established** [7] -
7755:23, 7756:15,
7756:17, 7757:7,
7835:8, 7878:2,
7879:10
**estimate** [3] - 7819:5,
7858:22, 7872:16
**estimated** [2] -
7817:12, 7829:2
**estimates** [1] -
7813:17
**ET** [2] - 7732:13,
7732:16
**etcetera** [2] - 7803:5,
7896:18
**ethane** [2] - 7803:4,
7855:22
**evaluate** [1] - 7824:5
**evening** [5] - 7741:5,
7762:2, 7762:8,
7764:19, 7780:25
**event** [3] - 7747:11,
7760:1, 7781:12
**events** [2] - 7797:12,
7805:14
**eventually** [1] -
7755:20
**evidence** [14] -
7741:10, 7777:8,
7782:11, 7800:10,
7801:4, 7801:18,
7805:22, 7806:4,
7810:14, 7810:17,
7820:18, 7820:23,
7878:18, 7887:1
**evidences** [2] -
7800:15, 7801:20

**exact** [2] - 7804:6,
7833:22
**exactly** [6] - 7754:9,
7754:15, 7769:18,
7861:21, 7865:3,
7876:9
**exam** [1] - 7815:16
**EXAMINATION** [14] -
7739:6, 7739:7,
7739:9, 7739:10,
7739:11, 7739:12,
7739:13, 7744:19,
7783:14, 7795:17,
7822:15, 7830:20,
7852:16, 7882:13
**examination** [2] -
7741:7, 7745:12,
7795:16, 7822:20,
7830:22, 7848:21,
7848:22, 7848:24,
7849:11, 7852:19,
7853:11, 7882:9
**EXAMINATIONS** [1] -
7739:3
**examine** [1] - 7742:5
**examined** [3] -
7743:23, 7795:7,
7798:24
**example** [6] - 7777:12,
7840:20, 7857:13,
7861:2, 7870:20,
7874:10
**exceed** [1] - 7880:8
**exceeds** [1] - 7771:25
**except** [5] - 7742:16,
7753:10, 7788:13,
7859:25, 7873:7
**exceptions** [1] -
7750:6
**excerpts** [1] - 7783:23
**excess** [2] - 7759:12,
7859:17
**exclude** [2] - 7895:24,
7896:1, 7896:9
**execution** [2] -
7825:7, 7835:12
**Exhibit** [7] - 7796:24,
7801:3, 7841:10,
7841:11, 7843:10,
7853:21, 7870:12
**EXHIBIT** [1] - 7739:21
**exhibit** [8] - 7740:23,
7772:20, 7790:22,
7813:6, 7817:5,
7841:24, 7853:4,
7890:18
**exhibits** [8] - 7740:21,
7741:4, 7741:6,
7741:12, 7741:14,
7842:3, 7842:19,

7843:6
**existed** [1] - 7889:11
**existence** [2] -
7823:13, 7889:5
**expand** [1] - 7818:2
**expanding** [1] -
7875:12
**expansion** [2] -
7819:17, 7875:15
**expect** [5] - 7759:19,
7764:13, 7764:14,
7862:25
**expected** [7] -
7759:13, 7759:17,
7763:9, 7763:18,
7764:8, 7775:21
**expedite** [1] - 7743:6
**expelled** [1] - 7875:20
**experience** [4] -
7748:12, 7750:20,
7786:22, 7892:12
**experienced** [1] -
7758:17
**expert** [40] - 7740:15,
7742:2, 7745:18,
7745:24, 7747:5,
7751:16, 7751:19,
7751:21, 7752:11,
7796:11, 7796:14,
7799:23, 7800:2,
7800:5, 7800:8,
7800:9, 7800:13,
7800:17, 7801:8,
7805:25, 7806:1,
7806:3, 7812:19,
7813:11, 7820:12,
7820:24, 7825:15,
7831:5, 7831:23,
7835:8, 7838:6,
7841:5, 7841:11,
7841:12, 7845:11,
7849:2, 7866:8,
7872:16, 7878:17
**experts** [3] - 7741:25,
7812:24, 7878:6
**explain** [20] - 7746:2,
7761:7, 7773:22,
7796:8, 7797:19,
7798:4, 7804:10,
7804:11, 7804:25,
7807:16, 7809:21,
7813:1, 7814:3,
7817:22, 7828:24,
7839:15, 7843:15,
7879:24, 7880:1,
7880:15
**explained** [4] -
7811:5, 7827:1,
7865:23, 7867:10
**EXPLORATION** [2] -

7732:15, 7736:13
**explore** [2] - 7767:25,
7769:2
**explosion** [18] -
7783:6, 7783:8,
7808:11, 7815:3,
7820:6, 7826:9,
7827:25, 7871:19,
7871:21, 7871:24,
7872:9, 7872:25,
7873:1, 7873:6,
7873:11, 7873:23,
7873:25, 7880:15
**exposed** [11] -
7784:14, 7785:20,
7803:15, 7806:18,
7814:8, 7814:9,
7837:17, 7840:5,
7891:3, 7891:7,
7891:19
**exposing** [1] -
7862:21
**exposure** [31] -
7803:15, 7806:15,
7807:9, 7812:3,
7814:12, 7814:14,
7814:24, 7814:25,
7815:4, 7815:8,
7837:16, 7838:5,
7839:2, 7839:16,
7839:19, 7840:8,
7846:21, 7847:10,
7848:7, 7848:16,
7861:14, 7861:18,
7862:12, 7862:24,
7863:4, 7863:10,
7863:15, 7864:11,
7864:5, 7865:10,
7895:8
**expressed** [2] -
7761:1, 7861:20
**expressing** [1] -
7812:8
**external** [1] - 7852:7
**extreme** [1] - 7761:6
**extremely** [1] -
7782:22
**Ezell** [1] - 7781:14

## F

**fact** [13] - 7756:4,
7764:1, 7778:6,
7788:19, 7797:13,
7810:15, 7834:5,
7849:3, 7860:17,
7863:9, 7864:2,
7881:10, 7881:21
**factor** [11] - 7766:2,
7854:9, 7854:14,

7855:8, 7855:10,
7855:12, 7857:9,
7858:20, 7860:1,
7860:5, 7860:14
**factors** [1] - 7831:14
**factual** [1] - 7826:3
**Failed** [1] - 7749:23
**failed** [2] - 7751:24,
7840:25
**failure** [19] - 7752:4,
7752:6, 7752:7,
7759:22, 7761:2,
7761:5, 7790:12,
7790:13, 7790:14,
7792:11, 7792:15,
7792:19, 7793:6,
7793:11, 7793:14,
7793:20, 7793:24,
7862:20, 7863:10
**failures** [1] - 7792:25
**fair** [14] - 7751:9,
7754:17, 7756:20,
7762:1, 7767:21,
7775:10, 7780:10,
7780:11, 7782:19,
7797:11, 7808:24,
7877:9, 7886:11,
7894:9
**fairly** [3] - 7756:14,
7866:25, 7886:14
**fallen** [1] - 7749:17
**familiar** [4] - 7771:5,
7772:16, 7780:5,
7781:18
**FANNIN** [1] - 7737:11
**far** [3] - 7758:23,
7838:13, 7892:10
**fast** [7] - 7778:2,
7811:24, 7864:3,
7872:19, 7875:19,
7876:23, 7890:11
**faster** [3] - 7829:10,
7829:13, 7877:7
**fault** [1] - 7853:7
**feedback** [1] - 7796:18
**feet** [43] - 7806:17,
7812:3, 7812:14,
7814:12, 7814:24,
7815:4, 7815:5,
7827:21, 7828:25,
7829:3, 7838:5,
7843:23, 7844:7,
7844:20, 7845:4,
7845:14, 7845:21,
7846:20, 7848:10,
7848:14, 7848:16,
7861:2, 7861:17,
7862:22, 7863:15,
7863:19, 7864:11,
7865:3, 7865:23,

7868:19, 7871:25, 7873:1, 7873:4, 7873:6, 7873:11, 7873:25, 7874:4, 7889:25, 7891:13, 7894:15, 7894:24
**felt** [1] - 7887:1
**few** [9] - 7744:16, 7754:4, 7761:20, 7806:10, 7821:6, 7828:7, 7879:17, 7881:5, 7882:17
**field** [2] - 7745:6, 7780:1
**fifth** [2] - 7806:17, 7812:2
**figure** [4] - 7754:23, 7797:12, 7849:10, 7860:4
**Figure** [2] - 7813:18, 7814:5
**figured** [2] - 7801:12, 7801:24
**figures** [1] - 7829:21
**filed** [1] - 7740:19
**files** [5] - 7851:12, 7851:13, 7852:6
**fill** [2] - 7754:19, 7754:25
**filled** [1] - 7822:9
**final** [7] - 7750:9, 7759:25, 7760:1, 7760:2, 7763:7, 7850:6, 7861:17
**finally** [1] - 7820:9
**findings** [6] - 7800:13, 7801:8, 7801:10, 7825:16, 7825:21, 7890:13
**fine** [4] - 7741:5, 7766:23, 7827:22, 7873:16
**finish** [1] - 7777:24
**finished** [1] - 7897:9
**fire** [5] - 7783:6, 7783:7, 7879:21, 7880:4, 7880:10
**firm** [2] - 7831:7, 7831:10
**FIRM** [2] - 7734:6, 7734:17
**first** [31] - 7746:1, 7752:12, 7759:25, 7771:12, 7773:1, 7773:10, 7775:6, 7775:7, 7776:19, 7779:3, 7781:19, 7782:10, 7782:16, 7783:18, 7784:1, 7784:25, 7795:6,

7796:16, 7802:18, 7806:22, 7807:8, 7816:3, 7822:22, 7826:1, 7826:4, 7829:23, 7839:23, 7880:3, 7889:5, 7889:18, 7890:18
**fit** [1] - 7804:11
**fits** [1] - 7890:15
**five** [9] - 7757:8, 7764:23, 7791:24, 7794:20, 7854:2, 7854:4, 7855:6, 7856:1, 7856:2
**five-minute** [1] - 7794:20
**fixed** [6] - 7803:22, 7803:24, 7819:2, 7866:9, 7866:21, 7887:4
**fixing** [1] - 7764:3
**flapper** [1] - 7757:23
**flappers** [2] - 7757:21, 7758:1
**flash** [8] - 7818:15, 7828:11, 7828:15, 7828:24, 7829:8, 7829:18, 7855:7, 7855:18
**flashed** [1] - 7860:17
**float** [19] - 7754:4, 7754:6, 7754:19, 7754:24, 7755:15, 7755:24, 7757:14, 7757:17, 7758:14, 7836:6, 7836:10, 7836:15, 7840:20, 7841:6, 7894:2, 7894:8, 7895:5, 7895:14, 7895:25
**FLOOR** [3] - 7733:22, 7734:23, 7737:15
**flow** [233] - 7744:13, 7745:13, 7745:15, 7745:19, 7746:2, 7746:10, 7746:14, 7746:17, 7746:20, 7746:25, 7747:6, 7747:8, 7747:13, 7747:15, 7747:19, 7747:24, 7748:5, 7749:2, 7749:6, 7757:1, 7757:25, 7765:16, 7765:17, 7766:1, 7766:6, 7766:11, 7768:16, 7768:19, 7768:21, 7768:22, 7768:23, 7769:4, 7769:7, 7769:10, 7769:12,

7769:14, 7769:24, 7769:25, 7770:3, 7770:6, 7770:12, 7770:15, 7770:16, 7771:12, 7771:25, 7773:12, 7774:22, 7775:7, 7776:14, 7776:19, 7777:2, 7777:5, 7778:22, 7779:4, 7779:16, 7779:19, 7780:22, 7781:3, 7781:9, 7781:11, 7783:9, 7792:20, 7793:7, 7796:6, 7796:9, 7797:9, 7797:20, 7798:16, 7799:4, 7799:10, 7799:12, 7799:14, 7799:15, 7800:17, 7801:13, 7801:22, 7802:4, 7802:14, 7802:15, 7802:25, 7804:16, 7804:17, 7804:18, 7804:19, 7804:20, 7804:21, 7805:7, 7805:8, 7805:10, 7805:13, 7805:19, 7805:21, 7806:5, 7807:7, 7813:17, 7813:23, 7814:10, 7814:18, 7815:3, 7815:14, 7815:15, 7816:1, 7816:4, 7816:10, 7817:14, 7817:18, 7820:5, 7820:6, 7820:14, 7820:25, 7822:6, 7827:6, 7827:8, 7828:5, 7832:8, 7833:19, 7833:20, 7833:22, 7833:23, 7834:1, 7834:3, 7836:1, 7836:5, 7836:20, 7837:21, 7840:23, 7845:1, 7845:25, 7846:2, 7847:6, 7847:15, 7847:16, 7847:17, 7849:8, 7849:13, 7849:14, 7849:15, 7849:24, 7854:1, 7854:7, 7855:5, 7856:12, 7856:13, 7856:14, 7856:15, 7857:4, 7857:12, 7857:16, 7858:1, 7858:5, 7858:8, 7858:10, 7858:22, 7859:1, 7859:5, 7859:10, 7859:16,

7860:7, 7861:1, 7861:5, 7862:8, 7862:15, 7862:25, 7863:16, 7864:18, 7865:13, 7865:15, 7865:21, 7866:1, 7866:5, 7867:4, 7868:23, 7869:2, 7869:16, 7869:17, 7870:17, 7870:20, 7871:7, 7872:16, 7872:25, 7873:5, 7873:10, 7873:12, 7874:9, 7876:3, 7876:22, 7879:15, 7883:5, 7883:6, 7883:9, 7884:19, 7884:20, 7887:6, 7887:10, 7887:21, 7888:2, 7888:9, 7889:14, 7890:1, 7890:20, 7891:1, 7891:17, 7891:21, 7892:16, 7892:20, 7892:22, 7893:1, 7893:5, 7893:7, 7893:13, 7893:21, 7894:5, 7894:8, 7894:14, 7894:18, 7895:9, 7895:21, 7895:24, 7896:23
**Flow** [1] - 7746:1
**flow-out** [4] - 7769:4, 7769:7, 7769:10, 7769:24, 7769:25, 7779:19
**flowed** [1] - 7830:6
**flowing** [26] - 7762:17, 7777:6, 7777:8, 7778:8, 7779:5, 7779:6, 7781:4, 7802:23, 7809:9, 7814:6, 7853:15, 7855:2, 7857:7, 7858:13, 7858:15, 7860:8, 7860:25, 7867:2, 7867:15, 7869:20, 7870:8, 7872:20, 7873:24, 7880:2, 7890:7, 7896:24
**flows** [2] - 7757:1, 7887:15
**FLOYD** [1] - 7738:5
**fluent** [1] - 7796:2
**fluid** [30] - 7756:8, 7756:24, 7759:12, 7765:24, 7767:20, 7768:10, 7770:16, 7772:4, 7772:5,

7777:13, 7778:4, 7782:10, 7783:1, 7783:5, 7797:1, 7819:17, 7826:12, 7826:23, 7833:12, 7846:25, 7847:6, 7855:14, 7858:4, 7869:19, 7880:24, 7881:1, 7881:11, 7887:15, 7891:16
**fluids** [9] - 7779:12, 7790:14, 7817:23, 7828:22, 7844:24, 7867:2, 7875:16, 7881:4, 7881:19
**flush** [2] - 7818:1, 7847:24
**flying** [1] - 7850:18
**foam** [1] - 7753:7
**focus** [6] - 7742:5, 7749:22, 7772:25, 7778:20, 7790:23, 7818:20
**focused** [3] - 7748:2, 7838:4, 7839:2
**focusing** [6] - 7775:4, 7775:11, 7775:12, 7775:13, 7779:3, 7789:20
**folks** [1] - 7742:8
**Follow** [1] - 7749:24
**follow** [3] - 7743:8, 7750:18, 7840:17
**followed** [1] - 7806:23
**following** [3] - 7792:4, 7868:25, 7887:13
**follows** [2] - 7743:24, 7795:7
**foot** [2] - 7814:14, 7839:19
**FOR** [7] - 7733:3, 7734:21, 7735:21, 7736:3, 7736:13, 7737:3, 7738:3
**force** [1] - 7756:16
**forces** [1] - 7758:9
**foregoing** [1] - 7897:23
**forgive** [1] - 7864:7
**form** [3] - 7763:15, 7818:8, 7854:16
**FORM** [2] - 7766:17
**FORM-A-SET** [1] - 7766:17
**FORM-A-SQUEEZE** [1] - 7766:17
**formal** [1] - 7834:8
**formation** [7] - 7786:14, 7786:15, 7787:13, 7790:14,

7839:22, 7859:25, 7865:4

**former** [1] - 7784:3
**forth** [7] - 7740:14, 7755:8, 7761:8, 7766:20, 7806:2, 7842:23, 7878:16
**forward** [4] - 7779:15, 7782:22, 7820:6, 7880:15
**four** [14] - 7773:16, 7848:10, 7848:12, 7848:13, 7848:14, 7848:16, 7854:4, 7854:5, 7854:6, 7855:6, 7858:11, 7858:13, 7869:12
**fourth** [1] - 7771:18
**fracture** [7] - 7784:13, 7785:11, 7785:15, 7785:19, 7786:12, 7787:16, 7787:18
**frame** [6] - 7780:23, 7853:13, 7883:21, 7886:18, 7886:24, 7887:22
**frames** [1] - 7788:6
**FRANCISCO** [1] - 7734:24
**Frank** [3] - 7786:24, 7787:1, 7787:2
**FRANKLIN** [1] - 7735:18
**FRAUD** [1] - 7735:16
**friction** [1] - 7881:16
**frictional** [3] - 7772:2, 7845:18, 7896:18
**Friday** [1] - 7742:24
**FRILOT** [1] - 7737:5
**FRUGE** [1] - 7734:10
**fueled** [3] - 7879:21, 7880:4, 7880:10
**full** [11] - 7752:12, 7789:21, 7807:6, 7807:9, 7814:11, 7814:13, 7814:24, 7847:10, 7848:7, 7851:18, 7894:23
**fully** [6] - 7767:21, 7789:3, 7793:4, 7808:22, 7809:12, 7836:2
**function** [3] - 7814:6, 7861:14, 7895:7
**functional** [2] - 7828:18, 7828:21

## G

**gain** [13] - 7774:22, 7802:2, 7820:2, 7883:19, 7883:20, 7884:6, 7884:13, 7885:1, 7885:16, 7885:21, 7885:25, 7886:18, 7886:23
**gains** [6] - 7770:13, 7884:19, 7885:5, 7885:11, 7885:23, 7886:4
**gallon** [2] - 7787:12, 7888:17
**gas** [82] - 7744:13, 7745:13, 7745:15, 7745:19, 7745:20, 7746:1, 7746:2, 7746:5, 7746:10, 7746:14, 7746:17, 7746:20, 7746:25, 7747:8, 7747:19, 7747:24, 7748:7, 7749:2, 7749:6, 7752:14, 7753:6, 7753:15, 7773:3, 7773:25, 7782:10, 7783:1, 7797:22, 7797:23, 7799:16, 7818:1, 7818:7, 7818:9, 7818:15, 7819:15, 7828:11, 7828:15, 7829:8, 7829:10, 7829:12, 7829:18, 7834:23, 7839:25, 7847:24, 7855:7, 7856:2, 7856:3, 7856:5, 7856:14, 7856:15, 7856:22, 7856:24, 7857:2, 7857:7, 7857:24, 7860:17, 7860:21, 7860:24, 7862:1, 7862:8, 7869:22, 7870:20, 7871:2, 7871:22, 7872:8, 7872:16, 7872:17, 7872:24, 7873:1, 7873:5, 7873:12, 7873:22, 7873:24, 7875:12, 7875:15, 7878:13, 7879:1, 7879:3, 7879:15, 7880:1, 7890:1
**gas-sand** [3] - 7745:20, 7746:1, 7746:5
**gasses** [1] - 7855:22

**GATE** [1] - 7734:23
**GAVIN** [1] - 7738:5
**Gene** [1] - 7744:23
**GENERAL** [3] - 7735:22, 7736:4, 7736:6
**general** [3] - 7750:19, 7774:4, 7865:25
**GENERAL'S** [1] - 7735:21
**generally** [6] - 7758:1, 7773:4, 7774:15, 7785:8, 7841:5, 7890:6
**generate** [2] - 7767:10, 7767:12
**geometry** [3] - 7802:18, 7833:5, 7836:7
**Gisclair** [2] - 7885:14, 7885:24
**given** [11] - 7746:1, 7750:5, 7761:7, 7761:8, 7786:18, 7826:16, 7826:21, 7862:14, 7872:19, 7877:15, 7892:18
**glad** [1] - 7765:6
**GmbH** [1] - 7732:13
**goal** [3] - 7743:13, 7849:6, 7849:7
**goals** [1] - 7767:14
**God** [1] - 7795:4
**Godwin** [4] - 7741:2, 7743:3, 7882:2, 7882:8
**GODWIN** [11] - 7738:4, 7738:4, 7738:9, 7740:25, 7741:2, 7741:16, 7743:3, 7743:17, 7744:10, 7882:6, 7882:10
**GOLDEN** [1] - 7734:23
**Google** [1] - 7881:4
**gradient** [5] - 7784:14, 7785:19, 7786:12, 7787:17, 7787:18
**gradually** [1] - 7840:8
**GRAND** [1] - 7737:15
**great** [1] - 7756:13
**greater** [3] - 7784:11, 7784:25, 7867:15
**green** [6] - 7785:3, 7785:6, 7785:25, 7852:23, 7871:5, 7871:6
**Greg** [1] - 7740:15
**ground** [3] - 7758:25, 7830:23, 7831:17

**GROUP** [1] - 7734:3
**group** [1] - 7797:8
**guess** [16] - 7742:8, 7744:9, 7746:7, 7751:22, 7752:1, 7754:15, 7764:22, 7765:22, 7774:6, 7794:10, 7841:4, 7847:5, 7848:9, 7874:15, 7882:12, 7886:9
**guidelines** [3] - 7771:3, 7771:6, 7776:1
**Gulf** [1] - 7824:19
**GULF** [1] - 7732:6

## H

**half** [4] - 7845:13, 7854:5, 7856:5, 7863:11
**Halliburton** [17] - 7741:2, 7743:3, 7743:5, 7744:8, 7744:12, 7748:2, 7748:3, 7748:14, 7751:1, 7760:2, 7760:3, 7768:21, 7768:25, 7769:1, 7882:1, 7882:2, 7882:9
**HALLIBURTON** [1] - 7738:3
**Halliburton's** [2] - 7741:11, 7743:12
**hammer** [1] - 7756:16
**hand** [7] - 7773:9, 7773:16, 7774:17, 7785:24, 7795:1, 7816:3, 7817:7
**handbook** [1] - 7780:1
**handle** [3] - 7783:9, 7819:16, 7836:18
**handled** [1] - 7740:17
**handling** [2] - 7797:22, 7819:13
**HANKEY** [1] - 7735:6
**happy** [1] - 7842:5
**hard** [3] - 7852:7, 7884:1, 7895:19
**HARIKLIA** [1] - 7736:24
**HARTLEY** [15] - 7738:5, 7744:12, 7744:16, 7744:20, 7777:22, 7778:13, 7783:10, 7882:4, 7882:14, 7883:25,

7884:2, 7884:4, 7884:9, 7884:10, 7897:5
**Hartley** [1] - 7882:12
**HARTLEY**.................. [2] - 7739:6, 7739:13
**HAUSER** [1] - 7735:17
**HAYCRAFT** [1] - 7736:15
**HB406** [1] - 7738:14
**head** [7] - 7823:14, 7828:12, 7829:22
**headed** [1] - 7849:6
**heading** [2] - 7749:23, 7864:17
**hear** [3] - 7743:14, 7882:2, 7882:8
**heard** [12] - 7809:15, 7816:7, 7818:12, 7818:22, 7852:2, 7868:7, 7868:10, 7879:3, 7882:4, 7884:18, 7885:12, 7885:13
**HEARD** [1] - 7732:22
**hearing** [1] - 7740:22
**heavily** [1] - 7870:3
**height** [2] - 7748:22, 7749:1
**held** [5] - 7749:4, 7758:13, 7758:20, 7758:22, 7864:14
**help** [3] - 7758:2, 7795:3, 7797:16
**helped** [2] - 7763:22, 7791:17
**helpful** [2] - 7764:9, 7877:9
**hereby** [1] - 7897:22
**HERMAN** [3] - 7733:7, 7733:7
**high** [15] - 7746:14, 7747:14, 7747:15, 7748:5, 7751:5, 7753:11, 7755:8, 7756:25, 7757:1, 7765:25, 7777:15, 7799:7, 7818:2, 7881:19
**higher** [12] - 7748:25, 7749:1, 7749:2, 7755:9, 7852:25, 7873:15, 7875:9, 7875:16, 7876:23, 7889:3, 7891:8, 7891:20
**highest** [2] - 7833:20, 7833:25
**highlighted** [1] -

7813:16
**highlights** [1] -
7800:13
**highly** [3] - 7750:8,
7869:23, 7881:20
**Hill** [1] - 7742:17
**HILL** [1] - 7738:5
**hindsight** [1] -
7763:21
**hissing** [1] - 7879:3
**hit** [1] - 7855:17
**hold** [2] - 7758:2,
7865:6
**holding** [3] - 7789:11,
7844:23, 7867:1
**HOLDINGS** [1] -
7737:3
**holds** [1] - 7750:23
**hole** [7] - 7845:17,
7845:19, 7845:22,
7847:17, 7860:8,
7890:23, 7896:1
**Holloway** [1] - 7811:1
**HOLTHAUS** [1] -
7734:10
**honey** [1] - 7881:6
**Honor** [55] - 7740:9,
7740:12, 7740:24,
7741:9, 7741:19,
7742:19, 7742:21,
7743:2, 7743:4,
7743:14, 7744:5,
7744:17, 7777:20,
7783:11, 7783:13,
7794:3, 7794:8,
7795:13, 7796:18,
7800:16, 7813:6,
7838:18, 7839:17,
7840:17, 7841:22,
7842:11, 7843:8,
7848:20, 7849:1,
7849:20, 7849:25,
7850:3, 7851:17,
7852:8, 7852:11,
7852:15, 7853:3,
7864:6, 7866:11,
7867:17, 7868:6,
7869:11, 7870:14,
7872:12, 7872:15,
7873:14, 7873:16,
7877:14, 7878:6,
7878:16, 7878:19,
7881:25, 7882:5,
7897:6, 7897:7
**HONORABLE** [1] -
7732:22
**hooked** [1] - 7769:18
**HORIZON** [1] - 7732:5
**Horizon** [2] - 7780:2,
7833:16

HOUMA [1] - 7734:4
**hour** [2] - 7859:11,
7875:5
**hours** [2] - 7788:22,
7879:22
**HOUSTON** [4] -
7734:15, 7737:11,
7737:23, 7738:10
**Houston** [5] -
7760:24, 7831:8,
7831:13, 7831:15,
7831:17
**HUGHES** [1] - 7737:22
**hundred** [8] - 7793:12,
7828:25, 7835:16,
7838:1, 7856:1,
7856:2, 7873:24,
7893:19
**hundreds** [6] - 7804:6,
7834:5, 7887:17,
7894:12, 7895:15,
7895:23
**hung** [1] - 7894:17
**hydrocarbon** [17] -
7797:22, 7797:23,
7799:14, 7803:3,
7816:22, 7817:8,
7817:13, 7818:21,
7819:6, 7833:12,
7854:15, 7856:14,
7861:14, 7862:22,
7863:11, 7867:4,
7879:21
**hydrocarbon-fueled**
[1] - 7879:21
**hydrocarbons** [43] -
7781:16, 7781:19,
7781:23, 7782:1,
7782:16, 7782:17,
7799:12, 7799:15,
7799:16, 7800:19,
7803:5, 7805:17,
7807:10, 7811:15,
7816:16, 7816:19,
7817:19, 7817:24,
7818:4, 7818:7,
7819:11, 7819:14,
7822:6, 7822:11,
7828:12, 7829:9,
7829:10, 7829:11,
7829:23, 7844:25,
7847:23, 7858:15,
7859:23, 7865:16,
7867:21, 7869:3,
7870:8, 7875:9,
7883:19, 7884:21,
7886:6, 7896:2,
7896:21
**hydrostatic** [4] -
7759:3, 7764:6,

7777:14, 7778:3
**Hymel** [2] - 7744:4,
7779:23
**HYMEL** [2] - 7737:18,
7744:5
**Hymel's** [1] - 7770:24
**hypothetical** [2] -
7886:3, 7896:11

**I**

**IADC** [7] - 7770:25,
7771:3, 7771:5,
7771:22, 7772:11,
7774:15, 7776:1
**idea** [3] - 7811:5,
7811:14, 7855:25
**identification** [1] -
7842:25
**identified** [1] -
7880:11
**identify** [1] - 7763:19
**identifying** [1] -
7842:19
**II** [3] - 7821:24, 7822:1
**III** [1] - 7821:9
**IL** [1] - 7736:25
**immediately** [1] -
7780:9
**impact** [1] - 7817:18
**impeachment** [2] -
7838:17, 7866:16
**impeded** [1] - 7762:9
**implies** [1] - 7847:12
**important** [11] -
7762:23, 7764:17,
7765:3, 7802:24,
7803:19, 7817:24,
7826:11, 7831:18,
7837:16, 7888:5,
7890:4
**IMPREVENTO** [1] -
7733:18
**improved** [1] -
7832:24
**IN** [3] - 7732:5,
7732:5, 7732:12
**INC** [5] - 7732:16,
7736:14, 7737:4,
7737:5, 7738:4
**incident** [6] - 7800:15,
7801:20, 7826:1,
7831:7, 7831:11,
7881:10
**include** [9] - 7747:2,
7748:19, 7774:10,
7811:23, 7834:8,
7835:17, 7842:7,
7892:11

**included** [18] -
7752:16, 7753:5,
7773:1, 7774:9,
7793:25, 7833:24,
7834:12, 7844:5,
7848:8, 7856:24,
7860:12, 7872:6,
7880:22, 7880:23,
7892:1, 7892:3,
7892:7, 7892:13
**includes** [4] - 7800:5,
7800:14, 7813:16,
7841:12
**including** [3] -
7831:16, 7836:18,
7860:21
**inconsistent** [2] -
7778:12, 7851:24
**increase** [45] -
7770:23, 7771:13,
7771:22, 7772:9,
7773:12, 7774:1,
7774:6, 7775:1,
7775:7, 7775:17,
7776:13, 7776:14,
7776:16, 7777:10,
7778:14, 7778:16,
7778:21, 7782:22,
7788:7, 7789:4,
7806:23, 7806:25,
7808:17, 7810:3,
7845:2, 7846:3,
7846:5, 7846:6,
7864:18, 7865:9,
7865:13, 7865:23,
7867:6, 7867:11,
7868:4, 7868:13,
7868:22, 7869:2,
7869:3, 7869:6,
7869:10, 7870:10,
7880:6
**increased** [7] -
7770:12, 7770:13,
7772:2, 7774:22,
7778:1, 7792:3,
7844:19
**increases** [6] -
7756:16, 7775:5,
7816:20, 7845:25,
7846:2, 7869:17
**increasing** [5] -
7816:6, 7819:3,
7866:1, 7869:4,
7877:7
**independent** [11] -
7752:20, 7752:21,
7752:24, 7792:8,
7792:16, 7792:25,
7793:16, 7793:24,
7798:13, 7824:10,

7826:19
**independently** [1] -
7815:16
**index** [5] - 7846:18,
7846:19, 7847:18,
7847:19, 7891:24
**indexes** [1] - 7849:21
**India** [2] - 7825:2,
7825:5
**indicate** [4] - 7763:9,
7764:8, 7879:8,
7879:14
**indicated** [10] -
7761:5, 7779:25,
7781:4, 7785:9,
7818:21, 7828:8,
7829:15, 7853:15,
7881:11
**indicating** [3] -
7763:18, 7778:7,
7789:10
**indication** [5] -
7773:12, 7782:12,
7782:14, 7789:22,
7817:7
**indications** [2] -
7792:20, 7792:21
**indicator** [8] - 7770:9,
7770:19, 7770:23,
7773:17, 7774:2,
7774:7, 7775:2,
7776:19
**indicators** [16] -
7762:18, 7770:11,
7770:12, 7773:10,
7774:18, 7774:21,
7775:11, 7775:12,
7776:8, 7776:13,
7776:17, 7777:9,
7777:10, 7779:3,
7883:17, 7884:20
**individual** [1] - 7763:1
**industry** [12] -
7749:18, 7751:10,
7763:12, 7763:13,
7770:25, 7775:25,
7780:3, 7780:8,
7782:25, 7786:21,
7832:17, 7854:19
**inert** [3] - 7753:6,
7753:14, 7753:21
**inflow** [10] - 7816:1,
7818:22, 7847:20,
7847:21, 7847:24,
7847:25, 7848:3,
7849:20, 7887:8,
7891:19
**influx** [9] - 7790:13,
7817:8, 7817:13,
7819:6, 7828:8,

7829:16, 7830:3, 7854:25, 7890:21
**inform** [1] - 7885:21
**information** [27] - 7769:13, 7769:17, 7781:1, 7783:22, 7788:16, 7803:2, 7805:3, 7805:4, 7820:13, 7822:4, 7826:3, 7826:16, 7826:20, 7827:5, 7833:12, 7846:23, 7849:1, 7885:5, 7885:17, 7886:6, 7888:1, 7888:6, 7889:2, 7889:23, 7890:6, 7890:10, 7890:11
**informed** [1] - 7769:23
**initial** [5] - 7756:24, 7761:1, 7775:12, 7806:5, 7827:12
**inner** [1] - 7812:21
**input** [17] - 7802:17, 7803:12, 7803:22, 7803:24, 7818:5, 7826:3, 7826:11, 7826:22, 7827:2, 7832:23, 7833:4, 7835:23, 7839:1, 7843:12, 7843:20, 7851:13, 7888:5
**inputs** [10] - 7802:13, 7825:25, 7826:2, 7833:2, 7833:3, 7833:14, 7849:3, 7887:25, 7888:1, 7890:5
**inside** [11] - 7747:6, 7801:14, 7802:6, 7806:6, 7816:16, 7821:1, 7834:4, 7839:18, 7881:24, 7893:6, 7895:22
**insofar** [1] - 7825:15
**installed** [1] - 7770:1
**instead** [2] - 7761:12, 7859:22
**Institute** [1] - 7797:2
**instructions** [1] - 7763:15
**integrity** [7] - 7759:2, 7786:6, 7786:11, 7786:14, 7787:13, 7805:4, 7893:18
**intended** [1] - 7758:16
**intent** [1] - 7767:25
**interact** [1] - 7742:9
**interacting** [1] - 7742:7

**intercept** [5] - 7821:5, 7821:16, 7821:19, 7821:21, 7822:4
**intercom** [1] - 7763:4
**interested** [1] - 7854:24
**internal** [1] - 7787:11
**Internal** [1] - 7850:7
**interpose** [1] - 7848:20
**interpret** [2] - 7790:12, 7792:15
**interpreted** [2] - 7788:20, 7792:12
**interrupt** [1] - 7777:23
**intersected** [2] - 7821:10, 7822:8
**interval** [2] - 7745:16, 7888:13
**intervals** [2] - 7745:20, 7746:6
**introduce** [1] - 7821:6
**introduced** [1] - 7740:19
**investigate** [4] - 7765:9, 7780:16, 7799:14, 7892:4
**investigated** [3] - 7780:16, 7788:23, 7896:4
**investigating** [1] - 7788:25
**Investigation** [7] - 7798:16, 7826:2, 7826:17, 7837:23, 7838:11, 7850:7, 7882:22
**investigation** [2] - 7789:6, 7800:14, 7823:25
**investigative** [2] - 7871:13, 7872:6
**involved** [6] - 7760:2, 7824:15, 7826:7, 7832:18, 7838:21, 7839:3
**IPR** [1] - 7848:4
**IRPINO** [7] - 7734:17, 7734:17, 7740:12, 7740:24, 7794:12, 7794:15, 7794:18
**Irpino** [3] - 7740:12, 7842:14, 7842:17
**isolated** [1] - 7812:7
**isolating** [3] - 7839:22, 7844:24, 7867:1
**isolation** [5] - 7751:24, 7788:18, 7789:24, 7791:14,

7792:5
**issue** [9] - 7742:23, 7749:9, 7769:20, 7770:7, 7783:25, 7790:23, 7794:10, 7817:24, 7842:11
**issued** [1] - 7825:14
**issues** [6] - 7742:3, 7742:5, 7767:25, 7783:17, 7800:21, 7807:2
**items** [3] - 7793:16, 7793:25, 7820:12
**itself** [6] - 7797:21, 7802:8, 7836:7, 7836:15, 7855:9, 7863:8

**J**

**JAMES** [2] - 7733:3, 7736:5
**JEFFERSON** [2] - 7733:4, 7737:19
**JEFFREY** [1] - 7733:18
**JERRY** [1] - 7738:9
**JESSICA** [2] - 7735:10, 7735:11
**JIMMY** [1] - 7734:14
**job** [8] - 7747:22, 7752:3, 7756:1, 7764:3, 7765:5, 7769:22, 7789:10, 7835:12
**Joe** [5] - 7761:11, 7762:2, 7776:20, 7777:4, 7779:4
**John** [1] - 7885:14
**JOHN** [2] - 7734:10, 7737:22
**joined** [1] - 7823:7
**JR** [4] - 7733:22, 7738:5, 7739:5, 7743:21
**Judge** [11] - 7740:25, 7741:3, 7741:16, 7742:14, 7743:3, 7743:17, 7801:10, 7802:12, 7835:3, 7836:4, 7882:10
**JUDGE** [1] - 7732:23
**judge** [4] - 7794:10, 7794:12, 7809:21, 7834:18
**jumped** [1] - 7776:20
**June** [7] - 7836:23, 7837:11, 7851:16, 7889:6, 7889:7,

7889:21, 7889:22
**JUSTICE** [4] - 7734:21, 7735:3, 7735:9, 7735:15

**K**

**KANNER** [3] - 7736:9, 7736:10, 7852:13
**KARIS** [1] - 7736:24
**KATZ** [1] - 7733:7
**keep** [4] - 7830:13, 7830:24, 7851:11, 7852:6
**keeping** [3] - 7743:10, 7842:3, 7842:15
**keeps** [1] - 7816:6
**Keith** [6] - 7761:11, 7762:2, 7764:23, 7777:4, 7779:4, 7779:15
**Keith's** [5] - 7761:16, 7762:9, 7764:18, 7775:15, 7776:20
**KELLEY** [1] - 7735:17
**Kent** [1] - 7889:17
**kept** [1] - 7840:7
**KERRY** [1] - 7737:6
**key** [2] - 7749:18, 7801:7
**kick** [41] - 7758:17, 7759:14, 7761:5, 7761:6, 7762:12, 7762:18, 7762:24, 7770:9, 7770:10, 7770:12, 7770:19, 7770:23, 7771:10, 7771:24, 7772:4, 7772:8, 7773:2, 7773:10, 7773:17, 7773:25, 7774:2, 7774:5, 7774:13, 7774:18, 7774:21, 7775:2, 7775:4, 7775:6, 7775:16, 7775:19, 7776:7, 7779:12, 7779:16, 7780:9, 7785:2, 7785:4, 7785:9, 7793:11, 7883:17, 7890:15
**kicking** [1] - 7772:1
**kicks** [1] - 7762:21
**Kill** [5] - 7832:4, 7832:6, 7832:20, 7832:23, 7895:16
**KILL** [8] - 7797:17, 7798:3, 7798:4, 7798:5, 7798:8,

7798:11, 7798:22, 7890:5
**kill** [4] - 7789:13, 7789:15, 7789:20, 7802:20
**KINCHEN** [2] - 7737:22, 7737:22
**kind** [6] - 7750:15, 7764:6, 7779:1, 7796:14, 7811:15, 7869:19
**KIRKLAND** [1] - 7736:23
**knowing** [1] - 7765:21
**knowledge** [1] - 7741:8
**known** [1] - 7803:22
**KRAUS** [1] - 7736:10
**KULLMAN** [1] - 7733:14

**L**

**LA** [14] - 7733:5, 7733:8, 7733:16, 7733:23, 7734:4, 7734:8, 7734:11, 7734:18, 7736:7, 7736:11, 7736:17, 7737:7, 7737:20, 7738:15
**LAFAYETTE** [2] - 7733:5, 7737:20
**LAFLEUR** [1] - 7737:18
**LAMAR** [1] - 7738:10
**landing** [2] - 7754:19, 7755:12
**LANGAN** [1] - 7736:23
**language** [4] - 7795:25, 7822:22, 7822:24, 7854:11
**lapsing** [1] - 7842:18
**large** [1] - 7869:6
**larger** [2] - 7873:5, 7873:12
**LASALLE** [1] - 7736:25
**last** [21] - 7740:16, 7752:12, 7759:2, 7782:6, 7784:14, 7785:19, 7786:24, 7787:19, 7790:11, 7791:19, 7793:19, 7806:25, 7808:11, 7816:8, 7817:17, 7826:8, 7847:5, 7868:14, 7874:4, 7885:7, 7890:14

**late** [2] - 7889:7, 7889:22
**LAW** [3] - 7734:3, 7734:6, 7734:17
**LAWRENCE** [1] - 7735:12
**LCM** [8] - 7766:13, 7766:15, 7766:25, 7767:7, 7767:15, 7767:18, 7767:23, 7767:25
**lead** [1] - 7749:2
**leader's** [2] - 7760:12, 7760:20
**leading** [1] - 7871:21
**leak** [7] - 7758:11, 7893:3, 7893:21, 7893:22, 7894:2, 7894:3, 7894:7
**leakage** [3] - 7757:24, 7758:12, 7789:17
**leakages** [1] - 7850:19
**leaking** [6] - 7757:24, 7788:13, 7788:14, 7789:3, 7806:5, 7894:15
**learn** [1] - 7889:5
**learned** [17] - 7801:19, 7810:19, 7810:20, 7810:21, 7810:25, 7811:3, 7811:4, 7820:13, 7821:18, 7821:24, 7822:1, 7822:4, 7822:8, 7884:20, 7886:5, 7889:7, 7890:9
**LEASING** [1] - 7732:13
**least** [18] - 7742:3, 7762:3, 7775:25, 7776:21, 7777:15, 7798:7, 7808:15, 7809:10, 7823:17, 7824:9, 7827:16, 7835:16, 7840:12, 7840:14, 7845:4, 7870:9, 7885:16, 7890:15
**led** [4] - 7799:11, 7805:5, 7810:4, 7811:24
**leeway** [1] - 7744:14
**left** [15] - 7753:8, 7772:13, 7773:16, 7774:17, 7785:2, 7785:3, 7785:14, 7804:22, 7815:10, 7816:3, 7816:24, 7817:7, 7844:1, 7856:8, 7864:4

**left-hand** [4] - 7773:16, 7774:17, 7816:3, 7817:7
**LEGER** [2] - 7733:21, 7733:22
**length** [2] - 7782:7, 7883:20
**less** [6] - 7767:23, 7838:2, 7844:11, 7854:2, 7855:9, 7863:11
**level** [7] - 7746:18, 7750:15, 7751:5, 7770:16, 7799:7, 7871:24, 7889:10
**levels** [2] - 7747:23, 7748:23
**LEWIS** [4] - 7733:14, 7736:15, 7738:4, 7738:9
**LI** [1] - 7737:15
**life** [1] - 7864:23
**LIFE** [1] - 7733:15
**lift** [1] - 7856:1
**light** [2] - 7772:5, 7853:1
**light's** [1] - 7852:23
**lighter** [1] - 7772:4
**likelihood** [1] - 7758:23
**likely** [13] - 7747:12, 7758:9, 7767:19, 7782:4, 7782:5, 7792:14, 7843:14, 7844:16, 7844:21, 7866:1, 7866:3, 7893:17, 7894:4
**likewise** [1] - 7877:25
**limitation** [1] - 7868:2
**limitations** [1] - 7880:8
**Line** [1] - 7850:12
**line** [40] - 7761:18, 7764:8, 7783:5, 7785:1, 7789:13, 7789:15, 7789:20, 7802:20, 7807:17, 7807:19, 7807:22, 7807:23, 7808:1, 7808:3, 7808:5, 7808:8, 7808:14, 7808:18, 7816:14, 7816:15, 7816:18, 7816:23, 7816:24, 7851:2, 7857:6, 7857:7, 7857:20, 7858:21, 7866:8, 7870:21, 7870:22, 7871:1, 7871:5, 7871:6, 7871:15,

**7874:11, 7884:11, 7885:3
**linear** [2] - 7847:25, 7863:7
**lines** [7] - 7802:20, 7807:17, 7836:24, 7838:7, 7866:8, 7867:24, 7871:14
**liquid** [16] - 7797:23, 7818:8, 7819:15, 7829:9, 7829:11, 7829:13, 7854:16, 7855:5, 7856:14, 7856:19, 7856:23, 7857:1, 7857:5, 7861:24, 7862:8, 7871:7
**LISKOW** [1] - 7736:15
**list** [13] - 7740:14, 7741:6, 7743:5, 7771:22, 7772:10, 7775:23, 7775:24, 7790:25, 7793:17, 7793:25, 7820:12
**listed** [4] - 7754:11, 7754:12, 7800:7, 7858:11
**LITIGATION** [1] - 7735:16
**live** [2] - 7795:21, 7795:22
**lives** [1] - 7787:8
**living** [2] - 7796:4, 7797:11
**LLC** [1] - 7737:3
**logger** [8] - 7760:8, 7761:11, 7764:10, 7764:14, 7764:15, 7769:13, 7774:2, 7775:16
**loggers** [1] - 7774:3
**logging** [1] - 7779:23
**logic** [1] - 7840:12
**look** [39] - 7742:24, 7747:19, 7750:3, 7752:9, 7752:12, 7754:3, 7758:1, 7769:16, 7771:3, 7771:18, 7776:1, 7777:13, 7784:1, 7784:21, 7784:23, 7784:25, 7785:1, 7786:2, 7786:24, 7788:6, 7788:9, 7790:8, 7791:13, 7805:5, 7809:23, 7814:17, 7819:25, 7838:7, 7838:13, 7845:12, 7850:12, 7854:13, 7864:10,

**7869:19, 7870:12, 7877:10, 7885:1, 7885:22, 7889:16
**looked** [18] - 7749:12, 7749:13, 7751:25, 7753:2, 7770:7, 7783:22, 7784:17, 7821:15, 7831:17, 7865:18, 7870:1, 7870:2, 7877:15, 7884:19, 7885:1, 7888:17, 7891:18
**looking** [2] - 7747:20, 7747:21, 7747:22, 7748:9, 7748:10, 7756:10, 7756:11, 7761:14, 7762:24, 7766:1, 7778:1, 7779:8, 7781:1, 7781:20, 7789:1, 7799:8, 7813:23, 7820:24, 7826:23, 7861:4, 7874:10
**looks** [6] - 7742:12, 7814:22, 7820:25, 7857:16, 7857:18, 7876:4
**loop** [1] - 7883:1
**loose** [2] - 7756:7, 7756:23
**LOS** [1] - 7737:16
**losing** [1] - 7864:20
**loss** [4] - 7772:2, 7799:2, 7802:5, 7812:15
**lost** [2] - 7766:23, 7880:20
**Louisiana** [4] - 7852:12, 7852:13, 7897:21, 7897:22
**LOUISIANA** [4] - 7732:2, 7732:8, 7736:3, 7736:5
**low** [3] - 7748:5, 7816:5, 7818:7
**lower** [2] - 7845:17, 7873:21
**LSU** [2] - 7774:8, 7787:3
**LUIS** [1] - 7737:15
**lunch** [2] - 7882:7, 7897:11
**LUNCHEON** [1] - 7739:14
**luncheon** [1] - 7897:13
**LUTHER** [1] - 7735:22

**M**

**M.D** [1] - 7889:25
**M56A** [3] - 7747:2, 7888:19, 7891:17
**M57B** [9] - 7746:18, 7889:3, 7889:13, 7889:18, 7889:24, 7890:11, 7890:15, 7891:18, 7892:8
**machines** [1] - 7851:4
**Macondo** [13] - 7798:17, 7821:10, 7821:25, 7822:2, 7824:11, 7825:8, 7831:7, 7831:11, 7831:21, 7832:18, 7832:23, 7834:19, 7863:22
**MAGAZINE** [1] - 7734:18
**magnitude** [2] - 7778:7, 7778:17
**MAHTOOK** [1] - 7737:18
**mail** [5] - 7889:17, 7889:20, 7889:21, 7890:14, 7890:19
**MAIN** [1] - 7734:11
**main** [17] - 7797:15, 7800:13, 7801:11, 7806:14, 7819:16, 7823:20, 7824:2, 7826:24, 7832:8, 7863:25, 7886:7, 7888:14, 7888:16, 7890:13, 7891:11, 7891:14, 7896:23
**major** [5] - 7798:8, 7798:12, 7824:6, 7824:9, 7896:19
**majority** [1] - 7887:21
**MALINDA** [1] - 7735:12
**manage** [1] - 7767:10
**management** [1] - 7767:11
**manager** [2] - 7760:18, 7784:2
**manner** [1] - 7767:20
**manual** [3] - 7766:8, 7780:2
**margin** [14] - 7783:21, 7783:24, 7784:10, 7784:13, 7785:2, 7785:4, 7785:10, 7785:11, 7785:14, 7785:16, 7785:17, 7785:24, 7786:5,

7787:12

**margins** [2] - 7784:9, 7785:18

**mark** [2] - 7791:17, 7812:17

**marked** [4] - 7841:11, 7841:23, 7843:3, 7853:3

**marshalling** [1] - 7842:10

**Master** [2] - 7823:10, 7823:18

**Master's** [1] - 7797:1

**match** [35] - 7803:18, 7804:2, 7805:14, 7805:16, 7805:18, 7805:21, 7806:19, 7807:5, 7807:9, 7807:10, 7809:5, 7809:13, 7809:19, 7809:24, 7810:7, 7811:22, 7812:12, 7814:14, 7814:17, 7835:18, 7836:3, 7839:24, 7840:2, 7840:4, 7844:6, 7844:13, 7844:22, 7886:7, 7886:10, 7886:20, 7888:23, 7891:5, 7892:25, 7893:1, 7893:13

**matched** [9] - 7822:9, 7833:14, 7833:17, 7835:21, 7840:8, 7879:1, 7887:2, 7888:24, 7893:25

**matching** [2] - 7806:11

**material** [6] - 7751:4, 7766:23, 7766:24, 7767:7, 7869:24, 7881:15

**materials** [6] - 7821:15, 7870:17, 7872:6, 7880:20, 7881:7, 7881:20

**mathematical** [2] - 7837:17, 7837:19

**Matt** [2] - 7795:15, 7842:7

**matter** [3] - 7799:24, 7800:3, 7897:25

**matters** [1] - 7740:11

**MATTHEW** [1] - 7736:24

**maximum** [1] - 7814:25

**MAZE** [1] - 7735:22

**McCLELLAN** [1] - 7735:10

**mean** [18] - 7769:15, 7769:17, 7777:23, 7797:20, 7797:22, 7827:5, 7827:8, 7827:10, 7835:5, 7836:17, 7838:1, 7866:23, 7874:10, 7877:1, 7877:11, 7881:3, 7886:3, 7896:10

**meaning** [7] - 7789:4, 7803:4, 7809:9, 7829:24, 7844:10, 7866:5, 7895:8

**means** [6] - 7758:22, 7797:21, 7802:19, 7814:12, 7854:14, 7855:1

**measure** [2] - 7847:14, 7858:3

**measurement** [1] - 7786:12

**measuring** [3] - 7856:8, 7856:18, 7859:19

**MECHANICAL** [1] - 7738:17

**mechanics** [1] - 7797:1

**mechanism** [1] - 7840:24

**media** [1] - 7847:7

**meetings** [1] - 7787:3

**members** [4] - 7826:2, 7826:16, 7885:17, 7885:20

**men** [1] - 7788:24

**mention** [4] - 7743:11, 7774:1, 7774:6, 7856:22

**mentioned** [11] - 7740:23, 7741:14, 7744:9, 7745:19, 7770:10, 7790:3, 7826:10, 7835:17, 7847:1, 7882:6, 7888:1

**Merit** [2] - 7897:20, 7898:5

**MERIT** [1] - 7738:14

**met** [2] - 7787:2, 7791:12

**Metairie** [1] - 7787:9

**meter** [2] - 7768:21, 7768:23

**meters** [1] - 7768:19

**methane** [2] - 7803:4, 7855:22

**Mexico** [1] - 7824:19

**MEXICO** [1] - 7732:6

**MI** [1] - 7767:9

**mic** [1] - 7852:20

**Michael** [1] - 7786:2

**MICHAEL** [2] - 7734:22, 7737:14

**MICHELLE** [1] - 7735:11

**Michoud** [1] - 7870:3

**microphone** [1] - 7872:11

**middle** [1] - 7805:7

**might** [8] - 7745:22, 7748:10, 7753:11, 7852:20, 7870:6, 7875:22, 7876:12, 7884:1

**migrate** [1] - 7829:9

**mike** [1] - 7796:19

**Mike** [2] - 7741:19, 7852:18

**MILLER** [1] - 7737:6

**millidarcies** [1] - 7847:2

**millidarcy** [3] - 7846:20, 7847:6, 7891:12

**million** [10] - 7871:25, 7872:25, 7873:4, 7873:6, 7873:11, 7873:24, 7874:3, 7874:5, 7874:25, 7875:6

**mind** [6] - 7762:3, 7778:24, 7780:3, 7780:22, 7853:13, 7883:21

**mindful** [1] - 7744:10

**mine** [1] - 7769:21

**minor** [1] - 7824:7

**minus** [1] - 7785:24

**minute** [30] - 7749:8, 7757:8, 7766:2, 7794:20, 7803:7, 7816:2, 7818:21, 7846:9, 7853:1, 7853:16, 7853:25, 7854:2, 7854:6, 7854:7, 7854:8, 7857:17, 7857:18, 7858:11, 7858:13, 7859:2, 7859:3, 7859:9, 7859:16, 7869:18, 7874:17, 7876:4, 7876:10, 7876:17, 7876:19, 7891:18

**minutes** [11] - 7744:16, 7754:4, 7808:11, 7828:7, 7830:2, 7830:13,

7845:6, 7874:4, 7876:2, 7879:17, 7885:9

**mirror** [1] - 7895:1

**misinterpreting** [2] - 7759:21, 7793:2

**misread** [1] - 7868:9

**missed** [11] - 7761:13, 7768:18, 7770:9, 7771:24, 7775:14, 7775:16, 7775:19, 7776:7, 7776:13, 7776:17, 7790:1

**mistakes** [2] - 7790:4, 7790:10

**mitigation** [1] - 7824:5

**mixed** [6] - 7753:25, 7766:17, 7766:19, 7766:24, 7767:6, 7767:17

**mixing** [1] - 7892:9

**MMS** [6] - 7783:19, 7783:23, 7784:2, 7786:2, 7787:5, 7787:11

**MOBILE** [1] - 7733:12

**model** [95] - 7798:25, 7799:8, 7802:2, 7802:3, 7802:16, 7802:18, 7803:13, 7803:24, 7805:12, 7805:20, 7806:21, 7806:24, 7807:1, 7807:4, 7808:21, 7808:22, 7809:5, 7809:11, 7809:16, 7809:22, 7810:7, 7810:15, 7812:4, 7815:15, 7815:17, 7817:12, 7818:5, 7819:8, 7819:10, 7819:13, 7819:16, 7819:18, 7820:5, 7825:25, 7826:6, 7827:2, 7827:5, 7827:6, 7827:22, 7827:23, 7829:20, 7832:9, 7832:13, 7832:16, 7832:25, 7834:24, 7835:24, 7836:15, 7836:17, 7837:4, 7837:5, 7837:8, 7837:9, 7837:16, 7837:18, 7839:2, 7848:14, 7857:1, 7862:14, 7864:14, 7865:6, 7865:9, 7868:1, 7868:2, 7868:3, 7868:13, 7868:22,

7869:1, 7874:3, 7874:5, 7876:22, 7877:8, 7879:11, 7879:24, 7879:25, 7880:18, 7880:19, 7880:23, 7881:14, 7881:17, 7881:18, 7881:21, 7886:10, 7888:9, 7888:16, 7889:1, 7890:5, 7892:1, 7892:12, 7893:16, 7893:23, 7896:6, 7896:12, 7896:13

**modeled** [6] - 7811:8, 7811:16, 7832:14, 7836:7, 7881:22, 7888:21

**modeling** [43] - 7781:18, 7797:25, 7799:4, 7800:11, 7800:12, 7800:17, 7800:18, 7803:11, 7804:23, 7805:8, 7811:3, 7812:11, 7817:10, 7818:24, 7818:25, 7819:7, 7820:10, 7820:14, 7826:3, 7828:8, 7830:5, 7831:25, 7832:10, 7832:24, 7835:14, 7838:4, 7846:13, 7848:13, 7875:19, 7880:14, 7882:20, 7884:6, 7884:15, 7886:1, 7887:20, 7887:24, 7888:14, 7893:20, 7893:21, 7894:7, 7895:16, 7895:17, 7896:21

**models** [8] - 7831:21, 7832:16, 7834:19, 7862:10, 7889:9, 7892:13, 7896:7, 7896:9

**modes** [2] - 7752:6, 7752:7

**molasses** [1] - 7881:6

**moment** [2] - 7751:14, 7835:7

**monitor** [10] - 7760:12, 7760:17, 7762:9, 7769:16, 7770:6, 7792:19, 7792:25, 7794:12, 7794:14, 7794:15

**monitored** [2] - 7760:24, 7765:16

**monitoring** [11] -

7760:6, 7760:7, 7761:2, 7761:3, 7761:6, 7761:12, 7762:20, 7762:23, 7763:2, 7764:4, 7764:12
**MONTGOMERY** [1] - 7735:24
**MORNING** [1] - 7732:20
**morning** [27] - 7740:8, 7740:9, 7740:25, 7741:1, 7741:19, 7741:21, 7741:23, 7742:6, 7743:9, 7743:25, 7744:1, 7744:5, 7744:21, 7744:22, 7795:19, 7795:20, 7796:8, 7822:17, 7822:18, 7822:20, 7852:15, 7853:3, 7853:20, 7862:17, 7882:15, 7882:16, 7887:25
**Morten** [2] - 7794:9, 7795:11
**MORTEN** [3] - 7739:8, 7795:5, 7795:11
**most** [13] - 7770:14, 7779:11, 7779:12, 7782:4, 7782:5, 7798:7, 7803:19, 7826:7, 7826:25, 7827:23, 7827:24, 7882:18, 7894:4
**motion** [1] - 7800:22
**move** [13] - 7760:5, 7813:5, 7828:22, 7829:10, 7829:13, 7850:3, 7852:20, 7856:4, 7857:12, 7858:18, 7873:17, 7880:14, 7884:2
**moved** [1] - 7764:11
**moves** [2] - 7855:16, 7860:18
**moving** [1] - 7777:13
**MR** [148] - 7739:6, 7739:7, 7739:9, 7739:10, 7739:11, 7739:12, 7739:13, 7740:12, 7740:24, 7740:25, 7741:2, 7741:16, 7741:19, 7741:22, 7742:14, 7742:16, 7742:21, 7743:3, 7743:17, 7744:5, 7744:10, 7744:12, 7744:16, 7744:20, 7777:20,

7777:22, 7778:13, 7783:10, 7783:13, 7783:15, 7794:3, 7794:8, 7794:10, 7794:12, 7794:15, 7794:18, 7795:13, 7795:15, 7795:18, 7796:18, 7796:21, 7796:22, 7800:16, 7800:22, 7800:25, 7801:5, 7813:6, 7813:8, 7813:10, 7822:12, 7822:16, 7830:9, 7830:19, 7830:21, 7838:17, 7838:20, 7840:16, 7841:16, 7841:19, 7841:22, 7842:4, 7842:9, 7843:2, 7843:8, 7843:9, 7843:25, 7844:2, 7844:4, 7848:20, 7849:1, 7849:7, 7849:12, 7849:16, 7849:20, 7849:25, 7850:3, 7850:5, 7851:17, 7852:8, 7852:11, 7852:13, 7852:15, 7852:17, 7852:22, 7852:24, 7853:1, 7853:7, 7853:8, 7853:10, 7859:6, 7859:8, 7864:6, 7864:9, 7864:20, 7864:22, 7864:25, 7865:1, 7866:11, 7866:12, 7866:13, 7866:17, 7866:20, 7867:17, 7867:19, 7867:20, 7867:21, 7867:24, 7868:1, 7868:6, 7868:9, 7868:12, 7868:15, 7869:11, 7869:15, 7870:13, 7870:15, 7872:10, 7872:12, 7872:15, 7872:22, 7873:13, 7873:14, 7873:16, 7873:19, 7875:2, 7875:4, 7877:14, 7877:18, 7878:2, 7878:5, 7878:12, 7878:15, 7878:18, 7878:21, 7879:6, 7881:25, 7882:4, 7882:6, 7882:10, 7882:14, 7883:25, 7884:1, 7884:2, 7884:4, 7884:9, 7884:10, 7897:5,

7897:7
**MS** [1] - 7794:16
**mud** [33] - 7759:3, 7760:8, 7761:11, 7764:10, 7764:14, 7764:15, 7769:13, 7772:5, 7773:17, 7774:3, 7774:23, 7779:23, 7782:10, 7783:1, 7784:10, 7784:14, 7784:24, 7784:25, 7785:20, 7786:7, 7786:8, 7787:13, 7787:17, 7797:23, 7822:9, 7826:13, 7861:8, 7870:20, 7870:23, 7874:11, 7875:20, 7876:25, 7890:23
**mud-filled** [1] - 7822:9
**mud-gas** [2] - 7782:10, 7783:1
**mug** [2] - 7774:2, 7775:16
**multiphase** [10] - 7796:6, 7796:9, 7797:9, 7797:20, 7797:21, 7798:16, 7800:17, 7817:18, 7819:20
**multiple** [3] - 7762:5, 7819:14, 7860:5
**multiply** [1] - 7859:24
**multiplying** [1] - 7766:2
**Mumbai** [1] - 7825:4
**MUNGER** [1] - 7737:13
**must** [4] - 7750:5, 7796:21, 7835:1, 7861:21

## N

**name** [9] - 7743:12, 7744:9, 7795:10, 7795:11, 7796:5, 7822:19, 7847:12, 7882:2, 7882:9
**narrow** [1] - 7834:2
**narrowing** [1] - 7827:20
**NATHANIEL** [1] - 7735:6
**native** [1] - 7795:25
**NATURAL** [1] - 7735:3
**nature** [1] - 7869:22
**near** [1] - 7863:5
**necessarily** [8] -

7748:19, 7749:2, 7824:8, 7827:8, 7831:12, 7834:10, 7840:18, 7851:24
**necessary** [2] - 7755:16, 7826:5
**need** [18] - 7745:22, 7751:7, 7751:13, 7767:10, 7771:17, 7794:21, 7802:22, 7803:2, 7817:22, 7833:4, 7842:13, 7846:12, 7846:21, 7863:15, 7878:3, 7888:6, 7888:8, 7890:6
**needed** [2] - 7752:13, 7850:17
**negative** [24] - 7742:2, 7742:3, 7758:24, 7759:1, 7759:7, 7759:15, 7760:3, 7788:3, 7788:22, 7790:12, 7791:3, 7791:10, 7792:11, 7792:12, 7792:15, 7793:2, 7880:19, 7880:21, 7888:22, 7889:14, 7890:22, 7891:2, 7891:4, 7891:15
**negligible** [1] - 7891:13
**net** [50] - 7803:14, 7806:16, 7807:4, 7811:5, 7811:25, 7814:12, 7814:14, 7814:23, 7827:21, 7828:3, 7834:13, 7834:14, 7835:19, 7835:21, 7836:3, 7836:13, 7837:17, 7840:18, 7841:9, 7843:12, 7843:14, 7843:20, 7843:22, 7844:6, 7844:19, 7844:20, 7845:2, 7845:12, 7845:13, 7845:20, 7846:5, 7848:9, 7860:24, 7861:2, 7862:17, 7863:2, 7863:19, 7864:11, 7866:9, 7866:21, 7867:6, 7867:11, 7868:4, 7868:13, 7868:14, 7868:19, 7868:24, 7887:5, 7894:22
**never** [9] - 7751:17, 7751:18, 7757:11,

7765:7, 7775:16, 7775:19, 7825:5, 7889:1, 7892:6
**New** [4] - 7784:2, 7787:9, 7825:10, 7882:23
**new** [4] - 7767:6, 7821:22, 7882:21
**NEW** [9] - 7732:8, 7733:8, 7733:16, 7733:23, 7734:18, 7736:11, 7736:17, 7737:7, 7738:15
**Next** [1] - 7819:4
**next** [7] - 7774:12, 7786:10, 7794:6, 7794:8, 7818:19, 7879:21, 7889:19
**night** [7] - 7761:11, 7764:21, 7764:24, 7765:8, 7776:18, 7781:7, 7896:8
**nine** [7] - 7755:19, 7818:21, 7853:16, 7854:8, 7855:1, 7855:2, 7858:16
**NINTH** [1] - 7734:7
**nitrogen** [12] - 7752:14, 7753:6, 7753:8, 7753:10, 7753:11, 7753:12, 7753:14, 7753:15, 7753:16, 7753:17, 7753:21, 7753:25
**NO** [3] - 7732:8, 7732:12, 7732:14
**nobody** [1] - 7883:24
**noise** [1] - 7879:3
**none** [6] - 7740:22, 7747:2, 7889:9, 7895:23, 7896:1, 7896:8
**NONJURY** [1] - 7732:21
**nonlinear** [1] - 7847:25
**NORFOLK** [1] - 7737:23
**normal** [3] - 7762:20, 7780:18
**normally** [4] - 7757:21, 7759:18, 7769:17, 7771:24
**North** [1] - 7824:21
**NORTH** [1] - 7736:6
**Norway** [2] - 7795:22, 7797:2
**Norwegian** [2] - 7795:23, 7797:2
**notes** [1] - 7837:5

**nothing** [7] - 7743:12, 7753:12, 7795:3, 7811:14, 7825:15, 7861:8, 7881:25
**notice** [3] - 7753:25, 7774:2, 7841:24
**noticed** [3] - 7781:7, 7781:25, 7883:8
**NUMBER** [1] - 7739:21
**Number** [9] - 7773:21, 7790:25, 7801:4, 7813:24, 7821:10, 7821:13, 7821:14, 7821:16, 7821:23
**number** [29] - 7801:12, 7801:24, 7803:17, 7803:18, 7804:6, 7804:8, 7805:9, 7809:15, 7812:1, 7813:7, 7817:2, 7818:23, 7818:25, 7832:16, 7833:22, 7837:17, 7840:7, 7841:20, 7841:25, 7842:20, 7842:21, 7842:23, 7848:10, 7853:4, 7861:17, 7873:3, 7880:11, 7885:18, 7885:19
**numbered** [1] - 7897:25
**numbers** [11] - 7792:17, 7793:1, 7793:25, 7802:9, 7815:6, 7815:19, 7842:2, 7842:22, 7853:9, 7860:21, 7877:2
**numerous** [1] - 7824:12
**NW** [1] - 7736:20

# O

**o'clock** [4] - 7799:1, 7799:3, 7845:8, 7879:17
**O'KEEFE** [1] - 7733:8
**O'ROURKE** [1] - 7735:4
**oath** [4] - 7743:23, 7744:2, 7785:21, 7795:7
**object** [6] - 7777:21, 7848:23, 7851:17, 7851:20, 7872:10, 7872:12
**objection** [5] -

7740:20, 7741:11, 7741:13, 7848:21, 7878:15
**objections** [1] - 7741:8
**observation** [1] - 7779:7
**observations** [2] - 7879:2, 7887:2
**observe** [1] - 7867:5
**observed** [1] - 7786:21
**obstructing** [2] - 7840:23, 7895:9
**obstructions** [1] - 7895:4
**obvious** [2] - 7778:5, 7877:12
**obviously** [4] - 7742:23, 7835:1, 7879:19, 7880:4
**occasionally** [2] - 7748:17, 7751:6
**occasions** [1] - 7824:12
**occur** [4] - 7801:22, 7811:24, 7829:18, 7867:13
**occurred** [7] - 7757:18, 7788:7, 7792:6, 7792:13, 7793:8, 7810:15, 7845:8
**occurring** [1] - 7845:6
**occurs** [4] - 7753:14, 7818:13, 7887:10, 7887:22
**OF** [14] - 7732:2, 7732:6, 7732:13, 7732:15, 7732:21, 7734:21, 7735:3, 7735:9, 7735:15, 7735:21, 7736:3, 7736:4, 7736:5
**offer** [7] - 7741:9, 7751:25, 7754:9, 7800:16, 7800:25, 7823:20, 7841:3
**offered** [1] - 7740:19
**offering** [2] - 7751:23, 7883:7
**office** [3] - 7760:20, 7831:8, 7831:14
**OFFICE** [5] - 7733:4, 7735:13, 7735:21, 7736:3, 7736:7
**offices** [2] - 7850:7, 7850:14
**OFFICIAL** [1] - 7738:13

**Official** [2] - 7897:21, 7898:5
**offsets** [1] - 7843:15
**OFFSHORE** [1] - 7737:4
**offshore** [1] - 7745:9
**often** [3] - 7750:16, 7750:20, 7872:7
**oil** [30] - 7790:15, 7798:7, 7798:12, 7798:13, 7799:16, 7817:25, 7818:1, 7818:9, 7818:14, 7824:7, 7824:8, 7828:25, 7834:23, 7839:25, 7854:18, 7854:19, 7855:7, 7855:8, 7856:1, 7856:2, 7856:3, 7860:18, 7860:24, 7860:25, 7861:24, 7861:25, 7869:22, 7871:7, 7871:9, 7879:15
**OIL** [2] - 7732:5
**OLGA** [33] - 7797:17, 7798:1, 7798:2, 7798:3, 7798:4, 7798:5, 7798:7, 7798:8, 7798:9, 7798:11, 7798:22, 7802:16, 7803:10, 7815:7, 7825:25, 7827:2, 7832:4, 7832:6, 7832:20, 7832:23, 7835:24, 7836:15, 7836:18, 7837:4, 7837:5, 7837:8, 7843:21, 7880:14, 7887:24, 7888:5, 7890:5, 7895:16
**OLGA-Well-Kill** [5] - 7832:4, 7832:6, 7832:20, 7832:23, 7895:16
**OLGA-WELL-KILL** [8] - 7797:17, 7798:3, 7798:4, 7798:5, 7798:8, 7798:11, 7798:22, 7890:5
**OLSON** [1] - 7737:13
**ON** [1] - 7732:6
**once** [8] - 7755:23, 7755:25, 7768:9, 7782:21, 7822:8, 7847:23, 7890:10
**one** [73] - 7741:25, 7744:25, 7752:18, 7754:18, 7754:20,

7755:15, 7760:11, 7763:10, 7763:11, 7763:12, 7770:17, 7771:24, 7772:13, 7772:19, 7773:1, 7776:21, 7781:11, 7784:17, 7790:19, 7791:19, 7797:13, 7803:14, 7805:3, 7805:7, 7806:17, 7806:22, 7807:13, 7808:14, 7809:16, 7809:25, 7812:2, 7813:17, 7815:17, 7815:21, 7815:25, 7817:3, 7817:24, 7818:18, 7820:19, 7821:4, 7823:23, 7824:1, 7825:3, 7826:22, 7828:3, 7830:12, 7832:6, 7832:8, 7832:14, 7833:17, 7834:12, 7834:13, 7841:23, 7844:12, 7845:14, 7848:6, 7850:6, 7851:12, 7852:24, 7855:25, 7856:2, 7856:12, 7856:14, 7864:24, 7864:25, 7871:15, 7880:6, 7880:9, 7884:3, 7888:1, 7891:10, 7892:17, 7892:24
**ONE** [1] - 7736:16
**one-fifth** [2] - 7806:17, 7812:2
**ones** [9] - 7748:7, 7771:12, 7771:16, 7775:14, 7778:20, 7798:8, 7824:9, 7824:10
**onshore** [1] - 7760:24
**onward** [1] - 7880:19
**open** [4] - 7765:12, 7807:6, 7836:2, 7837:21
**opened** [2] - 7831:8, 7831:14
**opening** [1] - 7810:2
**openness** [1] - 7863:16
**operates** [1] - 7786:21
**operations** [15] - 7749:11, 7762:8, 7762:11, 7762:14, 7762:16, 7763:14, 7763:16, 7764:5, 7764:11, 7764:21, 7771:17, 7776:4,

7780:1, 7781:6, 7790:5
**operators** [2] - 7750:14, 7750:22
**opinion** [20] - 7751:25, 7754:5, 7754:9, 7754:16, 7754:18, 7756:9, 7758:16, 7761:1, 7788:21, 7789:5, 7790:9, 7792:6, 7793:21, 7812:8, 7832:22, 7833:20, 7837:13, 7839:10, 7887:18, 7891:16
**opinions** [13] - 7742:1, 7745:9, 7751:23, 7754:14, 7784:18, 7820:1, 7835:2, 7835:3, 7835:11, 7840:24, 7841:3, 7872:19, 7883:7
**opposite** [1] - 7866:5
**Opti** [1] - 7746:14
**Opti-Cem** [1] - 7746:14
**OptiCem** [6] - 7748:1, 7748:12, 7748:13, 7748:17, 7748:25
**option** [3] - 7805:2, 7880:9, 7894:4
**options** [2] - 7824:5, 7880:10
**orange** [3] - 7808:3, 7808:5, 7809:17
**orangish** [1] - 7808:1
**order** [8] - 7743:5, 7803:18, 7811:21, 7840:4, 7846:13, 7849:13, 7880:18, 7888:23
**ORDER** [1] - 7740:4
**original** [2] - 7821:13, 7892:6
**Orleans** [4] - 7784:2, 7787:9, 7825:10, 7882:23
**ORLEANS** [9] - 7732:8, 7733:8, 7733:16, 7733:23, 7734:18, 7736:11, 7736:17, 7737:7, 7738:15
**oscillations** [2] - 7806:21, 7809:25
**Oslo** [2] - 7795:22, 7831:12
**otherwise** [2] - 7779:10, 7811:23

outline [1] - 7763:15
output [2] - 7851:13, 7881:22
outputs [2] - 7832:8, 7886:11
outside [2] - 7805:10, 7834:3
overboard [13] - 7768:10, 7768:12, 7768:16, 7768:17, 7768:20, 7769:12, 7782:13, 7783:1, 7783:5, 7790:15, 7793:20, 7793:22, 7793:24
Own [1] - 7749:24
own [7] - 7752:20, 7752:21, 7752:23, 7753:1, 7764:1, 7878:3, 7878:4

**P**

p.m [2] - 7812:15, 7897:13
P.O [1] - 7735:7
paddle [1] - 7769:8
PAGE [2] - 7739:3, 7739:19
page [27] - 7745:24, 7745:25, 7749:21, 7749:23, 7752:10, 7752:13, 7771:8, 7772:20, 7773:2, 7773:15, 7774:13, 7774:17, 7800:2, 7803:21, 7808:21, 7836:23, 7838:7, 7842:21, 7842:22, 7845:10, 7845:11, 7850:12, 7866:8, 7867:25, 7889:19, 7889:20, 7890:18
pages [1] - 7745:19
PALMINTIER [1] - 7734:10
PAN [1] - 7733:15
paper [5] - 7774:3, 7774:9, 7774:11, 7774:15, 7775:1
papers [1] - 7776:1
paragraph [5] - 7745:25, 7749:22, 7750:7, 7752:13, 7773:16
parameters [5] - 7828:4, 7833:10, 7833:17, 7846:21, 7886:7

part [23] - 7748:19, 7748:22, 7753:3, 7756:20, 7762:20, 7764:3, 7764:22, 7766:25, 7768:18, 7769:22, 7771:25, 7797:7, 7817:3, 7837:22, 7838:10, 7838:24, 7839:2, 7845:18, 7851:23, 7875:22, 7885:17, 7885:20, 7896:19
participated [1] - 7747:12
particular [7] - 7798:23, 7810:22, 7857:4, 7860:23, 7881:15, 7886:23, 7888:25
particularly [2] - 7756:11, 7774:4
particulates [1] - 7757:23
parties [5] - 7740:18, 7741:23, 7742:7, 7790:4, 7843:5
parts [3] - 7761:24, 7812:6, 7867:1
pass [3] - 7783:11, 7873:16, 7897:6
passes [1] - 7744:6
past [2] - 7779:23, 7788:15
path [34] - 7799:15, 7800:18, 7801:13, 7802:14, 7804:16, 7804:17, 7804:19, 7804:20, 7804:21, 7805:8, 7805:10, 7805:14, 7805:18, 7805:19, 7805:21, 7806:5, 7815:14, 7815:17, 7820:15, 7820:25, 7822:6, 7836:20, 7840:23, 7849:9, 7849:24, 7892:16, 7892:20, 7893:1, 7893:5, 7893:7, 7893:13, 7893:21, 7895:10
paths [4] - 7749:17, 7804:18, 7828:6, 7894:5
Patton [2] - 7786:24, 7787:1
PAUL [1] - 7733:14
pay [55] - 7760:17, 7770:15, 7803:14, 7806:16, 7807:4, 7811:5, 7811:25,

7814:12, 7814:14, 7814:23, 7827:21, 7828:3, 7834:13, 7834:14, 7835:19, 7835:21, 7836:3, 7836:13, 7837:17, 7840:18, 7841:9, 7843:12, 7843:14, 7843:20, 7843:22, 7844:6, 7844:19, 7844:20, 7845:2, 7845:12, 7845:13, 7845:20, 7846:5, 7848:9, 7860:24, 7861:3, 7862:17, 7863:2, 7863:19, 7864:11, 7866:10, 7866:21, 7867:6, 7867:11, 7868:4, 7868:13, 7868:14, 7868:20, 7868:24, 7887:4, 7887:5, 7888:14, 7888:16, 7894:22
peak [3] - 7872:25, 7873:3, 7874:13
peaks [1] - 7857:14
peanut [1] - 7881:6
PENNSYLVANIA [1] - 7736:20
people [12] - 7752:1, 7754:12, 7758:25, 7763:13, 7763:22, 7763:23, 7767:1, 7842:14, 7842:20, 7842:21, 7847:22, 7884:18
PEPPER [1] - 7738:13
Pepper [3] - 7897:19, 7898:3, 7898:4
per [41] - 7766:2, 7787:12, 7816:2, 7818:21, 7831:1, 7846:9, 7846:10, 7847:11, 7854:2, 7854:6, 7857:8, 7857:17, 7857:18, 7857:25, 7858:11, 7858:13, 7859:1, 7859:2, 7859:9, 7859:12, 7861:24, 7863:18, 7863:21, 7869:18, 7871:25, 7873:1, 7873:4, 7873:6, 7873:11, 7873:25, 7874:4, 7874:17, 7874:20, 7875:5, 7875:6, 7876:10, 7876:17, 7876:19, 7888:17

percent [8] - 7758:22, 7766:23, 7793:13, 7808:19, 7809:7, 7835:16, 7838:2, 7893:19
perfect [1] - 7746:8
perform [3] - 7798:10, 7804:23, 7829:15
performance [6] - 7847:20, 7847:21, 7847:24, 7848:1, 7848:3, 7849:21
performed [3] - 7745:15, 7768:9, 7881:10
performing [1] - 7892:18
perhaps [3] - 7753:19, 7763:22, 7826:8
period [15] - 7768:16, 7777:1, 7793:15, 7798:23, 7817:6, 7818:19, 7818:22, 7853:12, 7853:25, 7855:3, 7864:17, 7865:12, 7876:8, 7876:19, 7879:25
periods [1] - 7809:16
Perkin [2] - 7740:15, 7740:21
permeability [7] - 7748:5, 7803:1, 7846:24, 7847:1, 7863:25, 7888:8, 7891:12
permission [1] - 7785:12
person [1] - 7812:11
personal [1] - 7784:8
personally [1] - 7839:8
pertains [3] - 7816:23, 7816:24, 7817:4
pertinent [2] - 7747:11, 7747:23
PETITION [1] - 7732:13
Petroleum [1] - 7772:15
petroleum [1] - 7745:6
phase [3] - 7790:5, 7790:10, 7797:22
Phase [2] - 7848:22, 7849:19
phases [3] - 7797:22, 7797:23, 7819:14
phone [1] - 7764:23
phonetically [1] - 7768:1
phrase [1] - 7881:4

physical [3] - 7800:10, 7801:17, 7837:19
physically [1] - 7810:10
PI [6] - 7846:20, 7846:22, 7847:9, 7847:10, 7847:19, 7847:22
pick [2] - 7853:9, 7865:2
picked [2] - 7792:21, 7861:17
picture [3] - 7818:20, 7820:21, 7870:6, 7886:25, 7890:12, 7896:20
pictures [1] - 7796:10
pill [2] - 7766:17, 7766:18
pipe [18] - 7772:6, 7788:8, 7788:10, 7789:14, 7789:17, 7789:22, 7803:19, 7804:1, 7805:17, 7807:19, 7808:3, 7810:5, 7810:10, 7810:21, 7811:2, 7819:18, 7870:4, 7886:12
pit [18] - 7765:12, 7765:16, 7765:17, 7766:3, 7770:13, 7771:13, 7773:17, 7774:22, 7775:8, 7779:16, 7884:16, 7884:19, 7884:24, 7885:1, 7885:11, 7885:23, 7886:2, 7886:4
pits [1] - 7886:18
place [11] - 7753:19, 7755:11, 7755:14, 7767:3, 7776:22, 7791:15, 7797:13, 7808:23, 7810:18, 7821:5, 7843:2
placed [1] - 7791:11
places [5] - 7754:18, 7755:9, 7755:16, 7768:19, 7776:21
plaintiffs [1] - 7822:14
PLAINTIFFS [1] - 7733:3
plaintiffs' [1] - 7794:18
planned [1] - 7830:23
planning [2] - 7823:19, 7823:22
plate [2] - 7754:19, 7755:12

**plausible** [1] - 7896:14

**played** [1] - 7760:3

**playing** [1] - 7803:17

**PLC** [1] - 7736:15

**plot** [1] - 7788:2

**plug** [6] - 7756:7, 7767:3, 7790:24, 7791:1, 7791:9, 7791:10

**plugged** [5] - 7754:6, 7754:10, 7754:25, 7755:15, 7881:4

**plugging** [1] - 7767:4

**point** [64] - 7747:16, 7754:14, 7756:1, 7756:2, 7756:14, 7768:3, 7768:10, 7768:16, 7770:10, 7771:18, 7772:11, 7779:15, 7781:3, 7781:8, 7782:22, 7785:13, 7786:12, 7787:12, 7788:14, 7789:9, 7801:3, 7808:16, 7809:7, 7810:1, 7810:5, 7810:22, 7815:17, 7816:5, 7816:19, 7818:1, 7818:12, 7818:14, 7819:13, 7828:11, 7828:15, 7828:16, 7828:18, 7828:20, 7828:23, 7828:24, 7829:6, 7829:8, 7829:22, 7829:25, 7843:23, 7845:20, 7847:23, 7854:24, 7855:17, 7855:18, 7855:22, 7869:7, 7874:5, 7876:5, 7876:22, 7877:11, 7880:3, 7884:22, 7884:23, 7894:11, 7895:1, 7895:24, 7896:2

**pointed** [1] - 7765:18

**pointing** [1] - 7877:5

**points** [4] - 7762:15, 7765:1, 7802:20, 7840:4

**policies** [2] - 7779:24, 7779:25

**policy** [3] - 7743:16, 7782:25, 7787:11

**polymer** [1] - 7766:21

**poor** [4] - 7881:8, 7891:11, 7891:21, 7892:15

**pore** [4] - 7748:20,

7749:1, 7784:11, 7785:1

**porous** [1] - 7847:7

**portions** [2] - 7742:4, 7743:1

**ports** [1] - 7836:5, 7895:5, 7896:22

**position** [5] - 7766:3, 7778:19, 7849:22, 7877:2, 7879:4

**positions** [2] - 7762:5, 7858:6

**positive** [3] - 7765:19, 7765:23, 7805:3

**possibilities** [4] - 7754:11, 7754:12, 7804:9, 7880:12

**possibility** [3] - 7850:18, 7893:7, 7896:9

**possible** [12] - 7805:2, 7805:6, 7805:13, 7805:16, 7805:18, 7805:20, 7830:25, 7865:15, 7889:13, 7889:15, 7890:21, 7891:1

**POST** [3] - 7733:4, 7735:13, 7736:7

**post** [4] - 7800:10, 7800:15, 7801:20, 7820:10

**post-incident** [2] - 7800:15, 7801:20

**post-modeling** [1] - 7820:10

**post-physical** [1] - 7800:10

**potential** [43] - 7744:13, 7745:13, 7745:15, 7745:19, 7746:2, 7746:10, 7746:18, 7746:20, 7746:25, 7747:8, 7747:19, 7747:24, 7748:6, 7749:2, 7749:6, 7752:6, 7755:11, 7804:18, 7805:8, 7814:5, 7814:18, 7833:21, 7833:22, 7834:1, 7859:18, 7859:23, 7860:20, 7860:22, 7861:5, 7861:13, 7861:20, 7862:12, 7863:2, 7863:5, 7863:12, 7863:19, 7863:20, 7889:8, 7891:21, 7892:25, 7893:13, 7896:2

**Potential** [1] - 7746:1

**potentials** [3] - 7755:4, 7833:23, 7860:6

**pounds** [3] - 7778:2, 7776:6, 7888:17

**pour** [1] - 7881:8

**POYDRAS** [4] - 7733:15, 7736:16, 7737:7, 7738:14

**ppg** [6] - 7746:12, 7747:3, 7748:19, 7888:14, 7890:1, 7890:23

**practical** [1] - 7751:6

**practice** [4] - 7749:11, 7749:18, 7750:4, 7750:16

**Practices** [1] - 7749:24

**practices** [5] - 7749:7, 7750:11, 7750:14, 7750:21, 7751:9

**precise** [2] - 7768:15, 7862:14

**precisely** [1] - 7757:16

**predecessors** [1] - 7823:6

**predict** [2] - 7893:22, 7893:23

**predicted** [4] - 7806:24, 7834:24, 7874:5, 7885:5

**preexisting** [1] - 7822:5

**preface** [1] - 7772:22

**preliminary** [1] - 7740:11

**preparation** [1] - 7784:18

**prepared** [1] - 7814:20

**preparing** [1] - 7884:15

**present** [3] - 7761:20, 7804:8, 7837:14

**presented** [2] - 7829:21, 7885:4

**pressure** [128] - 7748:20, 7749:1, 7755:16, 7756:16, 7756:17, 7757:7, 7758:2, 7759:3, 7759:16, 7759:17, 7760:4, 7763:22, 7763:24, 7770:18, 7770:20, 7771:19, 7771:23, 7772:2, 7772:3, 7772:6, 7773:21, 7774:1, 7774:6, 7774:22,

7775:2, 7775:5, 7775:13, 7775:17, 7775:21, 7776:2, 7776:15, 7777:11, 7777:13, 7777:15, 7778:1, 7778:5, 7778:7, 7778:15, 7778:17, 7778:18, 7780:13, 7781:8, 7781:21, 7781:25, 7784:11, 7785:1, 7786:6, 7786:11, 7786:6, 7788:7, 7788:11, 7788:13, 7788:19, 7788:21, 7789:4, 7789:6, 7789:13, 7789:18, 7789:20, 7789:21, 7790:12, 7793:3, 7802:24, 7803:20, 7804:2, 7805:4, 7805:17, 7806:20, 7806:22, 7806:23, 7806:25, 7807:19, 7807:20, 7808:3, 7808:10, 7808:17, 7808:23, 7809:23, 7810:3, 7814:7, 7814:15, 7818:15, 7819:18, 7822:9, 7827:6, 7829:1, 7833:15, 7840:2, 7844:13, 7844:25, 7845:17, 7845:18, 7845:19, 7845:22, 7846:6, 7847:17, 7847:24, 7854:22, 7860:1, 7860:2, 7860:9, 7867:3, 7867:4, 7880:6, 7880:7, 7880:19, 7885:2, 7886:6, 7886:12, 7887:3, 7887:12, 7887:15, 7888:8, 7888:21, 7888:24, 7888:25, 7891:4, 7891:8, 7891:10, 7891:20, 7893:18, 7893:25, 7896:18

**pressured** [3] - 7755:19, 7756:19, 7756:23

**pressures** [3] - 7763:9, 7763:18, 7778:8

**pretty** [5] - 7743:16, 7749:6, 7752:23, 7766:23, 7881:8

**prevented** [2] - 7754:7, 7792:23

**preventer** [2] - 7788:15, 7789:3

**prevention** [2] - 7774:13, 7824:3

**previous** [1] - 7819:1

**previously** [1] - 7743:22

**primarily** [4] - 7748:3, 7766:6, 7766:21, 7771:17

**primary** [4] - 7760:7, 7770:12, 7791:12

**principle** [1] - 7865:25

**print** [7] - 7850:16, 7850:25, 7851:13, 7851:25, 7852:1, 7852:3, 7852:7

**printouts** [2] - 7850:8, 7850:13

**probabilities** [2] - 7823:25, 7824:1

**probability** [2] - 7755:8, 7793:13

**probable** [1] - 7865:21

**procedure** [10] - 7763:5, 7763:6, 7763:7, 7763:20, 7764:2, 7765:11, 7766:13, 7767:11, 7768:5, 7791:6

**procedures** [1] - 7750:21

**proceed** [3] - 7744:17, 7783:13, 7795:13

**PROCEEDINGS** [3] - 7732:21, 7738:17, 7740:1

**proceedings** [2] - 7801:3, 7897:25

**produce** [1] - 7881:14

**PRODUCED** [1] - 7738:18

**produced** [1] - 7804:1

**produces** [1] - 7802:9

**production** [8] - 7745:16, 7801:14, 7833:20, 7833:21, 7834:1, 7834:2, 7849:14, 7888:12

**PRODUCTION** [3] - 7732:15, 7736:14, 7736:14

**productive** [1] - 7847:13

**productivity** [9] - 7747:14, 7846:18, 7846:19, 7847:18, 7847:19, 7849:21, 7891:11, 7891:23, 7892:15

**products** [1] - 7869:23
**profile** [1] - 7827:7
**program** [1] - 7770:22
**prolific** [5] - 7846:15, 7848:18, 7863:22, 7863:23, 7864:1
**promised** [1] - 7882:8
**pronoun** [1] - 7769:3
**propane** [2] - 7803:4, 7855:22
**proper** [3] - 7781:3, 7792:22, 7838:17
**properly** [3] - 7759:9, 7792:12, 7792:15
**properties** [5] - 7766:22, 7802:24, 7802:25, 7826:12
**property** [3] - 7837:20, 7866:10, 7866:22
**protect** [1] - 7787:24
**prove** [1] - 7850:2
**provide** [6] - 7823:18, 7823:19, 7824:12, 7832:6, 7840:25, 7872:23
**provided** [7] - 7799:20, 7800:3, 7826:1, 7846:14, 7846:17, 7846:23, 7846:24
**provisions** [2] - 7750:6, 7751:3
**PSC** [3] - 7740:13, 7740:17, 7822:19
**PSC's** [1] - 7740:20
**psi** [9] - 7755:20, 7776:14, 7776:16, 7778:21, 7828:20, 7847:11, 7880:7, 7888:24, 7891:8
**pull** [14] - 7745:23, 7749:20, 7754:22, 7755:10, 7776:8, 7804:14, 7810:23, 7853:21, 7854:11, 7871:11, 7872:3, 7873:20, 7875:18, 7883:23
**pump** [16] - 7763:8, 7763:17, 7764:7, 7765:19, 7765:20, 7765:24, 7766:2, 7771:19, 7771:23, 7772:3, 7774:6, 7774:22, 7775:5, 7775:13, 7778:1
**pumping** [4] - 7765:13, 7765:15, 7765:18, 7772:1
**pumps** [10] - 7777:12,

7778:17, 7780:14, 7802:1, 7845:16, 7845:24, 7846:4, 7869:7, 7878:1, 7878:9
**purple** [1] - 7808:8, 7808:14, 7808:18
**purpose** [4] - 7747:24, 7791:13, 7819:16, 7835:19
**purposes** [1] - 7842:10
**pushed** [2] - 7870:21, 7870:24
**pushes** [1] - 7875:15
**pushing** [1] - 7876:24
**put** [24] - 7766:18, 7768:7, 7772:18, 7790:21, 7791:20, 7796:23, 7800:1, 7801:6, 7813:3, 7813:22, 7818:5, 7821:22, 7825:15, 7843:2, 7850:24, 7859:14, 7866:7, 7871:12, 7878:16, 7878:19, 7888:11, 7891:22, 7894:6, 7895:11
**putting** [1] - 7775:23
**PVT** [1] - 7846:21

# Q

**qualified** [3] - 7745:8, 7745:11, 7841:3
**qualities** [1] - 7826:20
**quantity** [1] - 7767:8
**quarter** [2] - 7874:25, 7875:6
**QUESTION** [15] - 7784:8, 7784:12, 7784:15, 7786:5, 7786:8, 7786:11, 7787:11, 7787:16, 7837:3, 7838:10, 7850:13, 7851:3, 7851:5, 7867:21, 7868:1
**questioned** [2] - 7783:17, 7790:24
**questions** [18] - 7749:18, 7751:16, 7752:10, 7760:11, 7770:24, 7790:3, 7790:17, 7791:19, 7792:4, 7822:13, 7825:24, 7830:9, 7848:23, 7852:10, 7852:11, 7852:13,

7882:17, 7897:7
**quickly** [5] - 7790:8, 7790:19, 7813:5, 7817:1, 7894:24
**quite** [7] - 7743:14, 7750:16, 7756:4, 7778:2, 7865:15, 7879:2, 7890:10

# R

**RACHEL** [2] - 7735:6, 7737:10
**rage** [1] - 7879:21
**raise** [1] - 7795:1
**raised** [2] - 7742:23, 7822:23
**ran** [19] - 7803:17, 7804:6, 7804:10, 7805:9, 7810:6, 7832:3, 7833:14, 7834:5, 7834:17, 7839:24, 7886:14, 7887:17, 7889:9, 7892:1, 7892:6, 7892:25, 7894:13, 7895:15, 7896:9
**Randy** [1] - 7883:15
**range** [2] - 7785:8, 7834:14
**rapid** [2] - 7806:22, 7806:23
**rate** [54] - 7747:15, 7756:25, 7757:1, 7757:2, 7757:9, 7757:11, 7771:13, 7773:12, 7775:7, 7799:13, 7813:17, 7813:23, 7815:3, 7816:1, 7816:5, 7819:2, 7829:10, 7831:1, 7831:5, 7853:15, 7853:22, 7854:1, 7856:24, 7857:12, 7857:16, 7858:1, 7858:5, 7858:10, 7859:5, 7859:10, 7859:18, 7860:23, 7862:12, 7864:18, 7865:13, 7865:15, 7870:22, 7872:25, 7873:5, 7873:10, 7873:12, 7874:10, 7874:13, 7874:20, 7875:5, 7875:16, 7876:3, 7876:14, 7876:22, 7883:6
**rates** [14] - 7814:10, 7815:10, 7820:5,

7820:6, 7827:6, 7832:7, 7832:8, 7853:18, 7853:20, 7857:2, 7858:8, 7861:1, 7874:9
**rather** [4] - 7752:19, 7756:17, 7767:12, 7822:7
**ratio** [1] - 7746:2
**RE** [2] - 7732:5, 7732:12
**reach** [4] - 7742:10, 7829:8, 7839:25, 7873:3
**reached** [5] - 7799:17, 7807:10, 7818:14, 7879:1, 7886:7
**reaches** [1] - 7818:3
**reaching** [1] - 7755:20
**reacted** [1] - 7792:22
**read** [23] - 7746:17, 7748:13, 7751:21, 7752:19, 7761:16, 7761:17, 7761:18, 7761:23, 7761:24, 7783:18, 7801:9, 7816:3, 7816:21, 7838:15, 7843:17, 7843:25, 7850:20, 7866:13, 7868:10, 7870:13, 7874:24, 7888:22
**readily** [1] - 7766:4
**reading** [8] - 7764:18, 7764:22, 7789:7, 7807:21, 7866:9, 7868:18, 7885:2, 7890:2
**readings** [3] - 7840:2, 7844:13, 7894:1
**reality** [1] - 7866:10
**really** [9] - 7742:14, 7747:10, 7754:13, 7770:15, 7789:3, 7825:3, 7827:4, 7842:15, 7895:19
**Realtime** [2] - 7897:19, 7898:4
**REALTIME** [1] - 7738:13
**realtime** [38] - 7788:2, 7799:2, 7802:5, 7803:8, 7803:10, 7803:18, 7803:19, 7803:20, 7803:21, 7804:2, 7804:12, 7805:12, 7805:22, 7806:20, 7807:5, 7807:10, 7807:20, 7808:17, 7809:1,

7809:13, 7809:22, 7810:7, 7810:9, 7810:13, 7811:22, 7812:12, 7812:15, 7814:15, 7827:24, 7833:15, 7834:22, 7835:18, 7836:4, 7878:10, 7884:24, 7886:11, 7886:22
**reamer** [7] - 7754:19, 7755:1, 7755:6, 7836:6, 7836:14, 7895:5, 7896:22
**reason** [5] - 7817:21, 7854:4, 7855:8, 7891:5, 7897:1
**reasoning** [1] - 7892:5
**reasons** [2] - 7880:5, 7891:9
**rebuttal** [9] - 7740:15, 7745:18, 7745:24, 7745:25, 7746:23, 7749:20, 7750:1, 7752:11, 7752:16
**receive** [1] - 7890:10
**received** [3] - 7831:11, 7889:1, 7889:22
**receiving** [3] - 7759:16, 7889:21, 7890:2
**recess** [5] - 7794:20, 7794:23, 7830:13, 7830:15, 7897:14
**RECESS........................
............... [1] -
7739:14
**recognition** [1] - 7831:10
**recognize** [5] - 7762:8, 7779:11, 7820:16, 7820:20, 7835:14
**recognized** [3] - 7759:10, 7843:19
**recognizing** [1] - 7758:14
**recommended** [2] - 7756:18, 7757:6
**reconstituted** [1] - 7766:15
**record** [8] - 7740:19, 7795:10, 7821:12, 7843:3, 7844:1, 7866:13, 7878:21, 7897:24
**RECORDED** [1] - 7738:17
**recorded** [4] - 7766:12, 7788:2, 7805:14, 7843:16

**recovered** [1] - 7820:22

**recreate** [1] - 7808:16

**rectify** [1] - 7842:5

**red** [7] - 7816:14, 7816:15, 7816:23, 7848:6, 7871:1, 7884:11, 7885:3

**redacted** [1] - 7743:1

**redactions** [1] - 7740:14

**REDIRECT** [2] - 7739:7, 7783:14

**reduce** [3] - 7840:5, 7847:16, 7867:3

**reduced** [4] - 7844:25, 7845:19, 7848:9, 7857:9

**reducing** [1] - 7840:8

**refer** [1] - 7821:12

**referencing** [1] - 7784:20

**referred** [1] - 7872:7

**referring** [3] - 7842:20, 7842:22, 7890:15

**reflect** [3] - 7834:19, 7889:9, 7896:7

**reflecting** [1] - 7779:16

**reflects** [4] - 7887:18, 7887:20, 7888:12, 7895:4

**refresh** [2] - 7745:22, 7754:15

**REGAN** [37] - 7736:24, 7794:10, 7795:13, 7795:15, 7795:18, 7796:18, 7796:21, 7796:22, 7800:16, 7800:22, 7800:25, 7801:5, 7813:8, 7813:10, 7822:12, 7838:17, 7842:9, 7843:2, 7843:25, 7848:20, 7849:20, 7851:17, 7853:7, 7866:11, 7866:13, 7867:17, 7867:20, 7867:24, 7869:11, 7872:10, 7872:12, 7873:14, 7878:2, 7878:15, 7878:21, 7884:1, 7897:7

**Regan** [7] - 7791:17, 7795:15, 7846:12, 7883:25, 7884:12, 7887:25, 7892:17

**Regan's** [1] - 7825:24

**REGAN.....................**

[1] - 7739:9

**regard** [4] - 7741:4, 7743:7, 7776:22, 7829:13

**regarded** [2] - 7805:5, 7893:17

**regarding** [5] - 7740:21, 7803:2, 7833:3, 7833:12, 7837:23

**regime** [2] - 7829:1, 7854:23

**regional** [1] - 7786:3

**REGISTERED** [1] - 7738:14

**Registered** [1] - 7897:20

**registered** [1] - 7898:5

**regulations** [1] - 7783:25

**Rehm** [2] - 7773:5, 7774:10

**relate** [1] - 7822:3

**related** [7] - 7803:10, 7831:11, 7835:11, 7838:21, 7839:4, 7854:19, 7862:12

**relates** [5] - 7778:14, 7783:25, 7802:25, 7854:8, 7888:14

**RELATES** [1] - 7732:11

**relating** [1] - 7892:8

**relation** [3] - 7847:25, 7848:1, 7866:22

**relationship** [4] - 7823:11, 7823:13, 7848:3, 7863:7

**relative** [2] - 7748:23, 7770:13

**relatively** [1] - 7869:6

**reliable** [4] - 7770:14, 7826:25, 7832:4, 7832:22

**relied** [6] - 7813:13, 7813:15, 7814:2, 7831:25, 7885:16, 7885:20

**relief** [5] - 7821:4, 7821:8, 7821:13, 7821:16, 7822:10

**relies** [1] - 7849:4

**rely** [4] - 7766:6, 7770:3, 7815:2, 7826:24

**relying** [3] - 7813:1, 7813:17, 7849:13

**remained** [2] - 7879:8, 7879:14

**remaining** [3] -

7740:20, 7741:11, 7778:4

**remember** [14] - 7745:21, 7746:20, 7776:21, 7790:6, 7791:1, 7805:1, 7825:3, 7825:11, 7829:23, 7837:6, 7838:13, 7865:3, 7873:7, 7884:5

**RENAISSANCE** [1] - 7738:6

**render** [1] - 7745:8

**repeat** [1] - 7808:20

**repeatedly** [2] - 7789:25, 7790:1

**repeating** [1] - 7752:19

**rephrase** [1] - 7823:2

**replod** [1] - 7758:25

**Report** [6] - 7825:14, 7827:11, 7831:22, 7832:1, 7872:3

**report** [95] - 7740:15, 7741:24, 7742:4, 7742:24, 7745:18, 7745:24, 7745:25, 7746:14, 7746:17, 7746:24, 7748:1, 7749:9, 7749:12, 7749:20, 7750:1, 7752:11, 7752:16, 7753:5, 7754:23, 7756:12, 7757:4, 7761:2, 7763:9, 7764:25, 7765:19, 7767:19, 7768:1, 7776:8, 7779:11, 7788:4, 7799:20, 7799:23, 7800:3, 7800:5, 7800:8, 7800:9, 7800:13, 7800:25, 7801:8, 7801:17, 7804:8, 7805:25, 7806:1, 7806:3, 7815:23, 7820:9, 7820:13, 7820:18, 7825:15, 7827:12, 7827:13, 7829:2, 7833:23, 7833:24, 7833:25, 7834:8, 7834:12, 7841:9, 7841:11, 7841:13, 7841:17, 7841:21, 7841:23, 7843:3, 7843:4, 7843:12, 7844:5, 7844:18, 7845:11, 7849:2, 7851:12, 7853:5, 7854:9,

7855:10, 7859:14, 7860:11, 7860:12, 7860:20, 7871:13, 7871:18, 7872:6, 7872:14, 7873:7, 7877:1, 7878:24, 7879:4, 7879:8, 7879:14, 7880:12, 7884:15, 7892:24, 7894:18, 7895:13

**reported** [3] - 7746:13, 7748:2, 7748:3

**Reporter** [7] - 7897:19, 7897:20, 7897:21, 7898:4, 7898:5, 7898:5

**REPORTER** [3] - 7738:13, 7738:13, 7738:14

**REPORTER'S** [1] - 7897:17

**reporting** [1] - 7770:4

**reports** [4] - 7747:5, 7752:22, 7758:6, 7878:18

**represent** [6] - 7808:9, 7815:23, 7816:14, 7822:19, 7836:13, 7837:18

**representation** [3] - 7803:5, 7819:24, 7846:5

**representatives** [1] - 7783:19

**represented** [2] - 7807:18, 7884:11

**represents** [1] - 7807:19

**reprint** [3] - 7772:16, 7772:22, 7773:1

**reproduce** [3] - 7808:12, 7810:3, 7810:12

**reproduced** [2] - 7806:21, 7807:1

**request** [1] - 7868:18

**require** [1] - 7896:21

**required** [1] - 7826:10

**requires** [2] - 7766:8, 7802:17

**reservoir** [78] - 7799:15, 7801:13, 7802:22, 7802:23, 7803:15, 7805:10, 7806:15, 7806:18, 7807:6, 7807:9, 7811:9, 7812:3, 7812:7, 7812:14, 7814:8, 7814:9, 7814:11, 7814:14,

7814:25, 7815:8, 7816:2, 7816:4, 7817:25, 7819:2, 7826:11, 7827:3, 7827:9, 7827:17, 7827:20, 7828:6, 7828:19, 7833:10, 7837:14, 7837:15, 7837:20, 7839:2, 7839:16, 7839:21, 7840:5, 7844:24, 7845:1, 7846:13, 7846:14, 7846:15, 7846:21, 7846:24, 7847:10, 7847:13, 7847:14, 7848:7, 7848:16, 7848:18, 7848:22, 7854:25, 7855:16, 7855:25, 7858:15, 7859:22, 7860:4, 7860:14, 7863:23, 7863:25, 7864:1, 7864:2, 7864:12, 7865:20, 7867:2, 7867:4, 7867:5, 7887:14, 7887:15, 7888:9, 7891:4, 7892:16, 7892:20, 7894:23, 7895:7

**reservoirs** [1] - 7888:6

**resolved** [2] - 7741:5, 7768:14

**RESOURCES** [1] - 7735:3

**respect** [8] - 7770:18, 7807:4, 7808:8, 7827:17, 7879:7, 7886:23, 7888:21, 7890:12

**respected** [1] - 7745:6

**responded** [1] - 7837:7

**response** [10] - 7751:15, 7760:11, 7770:24, 7775:21, 7780:2, 7790:3, 7822:9, 7823:23, 7824:4, 7825:24

**response)** [2] - 7773:14, 7774:16

**responses** [2] - 7819:19, 7832:19

**responsibilities** [1] - 7762:2

**responsibility** [1] - 7760:7

**rest** [3] - 7864:14, 7865:6, 7870:4

**restrict** [1] - 7834:3

**restricting** [2] - 7862:15

**restriction** [12] - 7809:10, 7811:15, 7811:25, 7812:4, 7812:5, 7812:9, 7835:15, 7836:5, 7836:18, 7840:22, 7844:23

**restrictions** [22] - 7806:13, 7807:6, 7811:9, 7811:11, 7811:19, 7811:20, 7811:21, 7811:23, 7828:4, 7835:18, 7835:20, 7835:22, 7836:3, 7836:8, 7836:14, 7840:14, 7840:20, 7844:11, 7844:16, 7861:8, 7895:8

**result** [17] - 7746:14, 7786:6, 7786:11, 7804:1, 7808:18, 7815:21, 7816:15, 7817:14, 7819:8, 7845:17, 7848:15, 7855:12, 7863:18, 7865:16, 7866:1, 7875:15, 7885:3

**resulted** [1] - 7767:19

**resulting** [1] - 7837:15

**results** [15] - 7748:13, 7751:21, 7752:25, 7753:2, 7800:12, 7806:4, 7815:19, 7829:20, 7843:16, 7862:19, 7873:8, 7885:2, 7886:1, 7890:12, 7892:14

**retained** [2] - 7796:11, 7798:15

**review** [7] - 7748:14, 7752:25, 7801:8, 7801:10, 7801:23, 7884:16, 7885:14

**reviewed** [2] - 7758:5, 7872:13

**revise** [1] - 7886:1

**revisions** [1] - 7850:18

**rheology** [1] - 7826:13

**RICHARD** [1] - 7737:18

**rig** [29] - 7756:15, 7762:8, 7762:11, 7762:25, 7764:14, 7767:20, 7768:4, 7768:9, 7769:5, 7769:19, 7769:20,

7776:18, 7788:24, 7806:12, 7811:2, 7817:15, 7821:22, 7821:24, 7871:22, 7872:9, 7872:24, 7873:22, 7878:14, 7883:8, 7884:17, 7884:25, 7887:18, 7887:21, 7896:8

**RIG** [1] - 7732:5

**right-hand** [2] - 7773:9, 7785:24

**rise** [6] - 7740:7, 7794:22, 7794:24, 7830:14, 7830:16, 7862:25

**riser** [14] - 7778:4, 7781:16, 7781:19, 7781:23, 7782:1, 7782:16, 7782:18, 7790:25, 7802:20, 7817:20, 7828:13, 7829:24, 7870:21, 7875:13

**rises** [1] - 7862:24

**rising** [4] - 7862:4, 7871:24, 7875:12, 7875:13

**Risk** [7] - 7872:5, 7872:7, 7872:8, 7872:23, 7873:8, 7873:21, 7878:19

**risk** [2] - 7780:17, 7792:3

**RMR** [2] - 7738:13, 7898:4

**Rob** [1] - 7773:10

**ROBERT** [2] - 7733:11, 7736:20

**ROBERTS** [1] - 7737:10

**role** [1] - 7760:3

**room** [2] - 7794:11, 7885:12

**ROOM** [2] - 7734:23, 7738:14

**ROUGE** [2] - 7734:11, 7736:7

**roughly** [1] - 7860:4

**routed** [3] - 7782:10, 7782:13, 7783:5

**Roy** [6] - 7790:4, 7791:23, 7792:16, 7793:1, 7793:16, 7793:25

**ROY** [2] - 7733:3, 7733:3

**Roy's** [2] - 7751:16, 7790:25

**RP59** [1] - 7780:5

**rule** [1] - 7750:6

**rules** [2] - 7750:18, 7750:20

**run** [19] - 7753:18, 7797:11, 7798:19, 7804:5, 7831:20, 7834:13, 7838:4, 7868:14, 7882:20, 7886:19, 7893:24, 7895:18, 7896:3, 7896:6, 7896:7, 7896:11, 7896:13, 7896:15, 7897:3

**running** [8] - 7748:25, 7755:7, 7797:9, 7798:1, 7799:8, 7840:7, 7889:1, 7892:13

**rush** [3] - 7756:8, 7756:24

**RUSNAK** [1] - 7734:13

---

**S**

---

**s/Cathy** [1] - 7898:3

**safe** [10] - 7783:21, 7783:24, 7784:9, 7784:13, 7785:1, 7785:4, 7785:9, 7785:15, 7786:5

**safety** [1] - 7759:1

**SAN** [1] - 7734:24

**sand** [30] - 7745:20, 7746:1, 7746:5, 7747:2, 7747:23, 7748:20, 7748:23, 7888:17, 7888:19, 7888:25, 7889:3, 7889:5, 7889:8, 7889:10, 7889:12, 7889:18, 7889:23, 7889:25, 7890:11, 7890:15, 7891:6, 7891:7, 7891:9, 7891:11, 7891:14, 7891:21, 7892:3, 7892:11, 7896:23

**sands** [11] - 7746:12, 7748:4, 7802:23, 7802:25, 7837:14, 7888:2, 7888:14, 7888:16, 7890:7, 7890:8, 7892:8

**Saucier** [1] - 7786:2

**save** [1] - 7866:14

**saw** [8] - 7762:7, 7780:13, 7805:21, 7851:18, 7851:23, 7863:24, 7884:21

**scale** [5] - 7785:5,

7785:15, 7881:12, 7895:1, 7896:17

**scaling** [1] - 7895:4

**Scenario** [2] - 7872:23, 7873:21

**scenario** [10] - 7805:6, 7844:16, 7844:21, 7893:16, 7895:18, 7896:3, 7896:14, 7897:2, 7897:3, 7897:4

**scenarios** [2] - 7748:10, 7872:8

**schedule** [5] - 7763:8, 7763:17, 7763:25, 7764:2, 7764:7

**school** [2] - 7774:8, 7883:14

**scope** [3] - 7753:4, 7872:10, 7872:12

**Scott** [2] - 7830:19, 7843:25

**SCOTT** [1] - 7735:5

**scratch** [2] - 7767:6, 7767:17

**screen** [7] - 7790:21, 7796:23, 7801:7, 7806:9, 7813:14, 7851:19, 7867:19

**sea** [2] - 7765:15, 7765:18

**Sea** [1] - 7824:21

**seabed** [1] - 7834:16

**seal** [5] - 7809:7, 7820:21, 7820:22, 7820:23, 7820:24

**sealed** [4] - 7758:9, 7879:9, 7879:11, 7879:15

**sealing** [1] - 7808:19

**seals** [1] - 7790:13

**seat** [1] - 7795:9

**seated** [3] - 7740:10, 7794:25, 7830:17

**seawater** [1] - 7765:20

**second** [7] - 7759:25, 7773:11, 7801:21, 7822:24, 7841:15, 7879:9, 7891:10

**secondary** [1] - 7760:8

**secondly** [3] - 7802:22, 7806:19, 7809:15

**seconds** [1] - 7766:12

**SECTION** [2] - 7735:4, 7735:16

**Section** [2] - 7771:8, 7774:17

**section** [1] - 7774:21

**sediments** [1] - 7787:24

**see** [64] - 7742:18, 7748:1, 7750:13, 7766:10, 7766:25, 7767:15, 7771:14, 7771:20, 7771:22, 7773:13, 7773:23, 7774:19, 7774:24, 7777:2, 7779:16, 7779:18, 7779:20, 7782:14, 7784:5, 7785:23, 7786:4, 7787:5, 7787:6, 7787:21, 7788:1, 7788:10, 7789:17, 7791:24, 7800:20, 7808:1, 7811:13, 7813:18, 7813:19, 7813:20, 7814:23, 7817:6, 7817:8, 7817:9, 7845:1, 7852:23, 7862:24, 7864:18, 7865:21, 7867:5, 7868:16, 7868:17, 7871:5, 7871:16, 7873:2, 7874:1, 7874:2, 7874:11, 7874:14, 7875:2, 7876:15, 7878:7, 7882:17, 7890:14, 7890:19, 7890:24, 7891:8, 7891:22, 7893:25

**seeing** [1] - 7788:19

**sees** [1] - 7764:16

**send** [1] - 7783:1

**sense** [2] - 7803:22, 7847:12

**sensitive** [1] - 7888:5

**sensitivities** [5] - 7834:6, 7834:12, 7834:13, 7834:17, 7838:5

**sensitivity** [2] - 7834:11, 7848:8

**sensor** [13] - 7769:7, 7769:8, 7769:11, 7769:12, 7769:14, 7769:17, 7769:21, 7769:24, 7769:25, 7770:3, 7770:6, 7779:13, 7779:19

**sensors** [2] - 7769:4, 7769:19

**sentence** [7] - 7746:1, 7750:7, 7752:12, 7844:5, 7890:14, 7890:19, 7890:24

**separate** [1] - 7753:1

**separation** [1] - 7895:25

**separator** [2] - 7782:10, 7783:2

**September** [3] - 7821:5, 7821:8, 7821:23

**sequence** [9] - 7829:7, 7844:10, 7844:20, 7844:22, 7845:5, 7861:10, 7891:25, 7892:2, 7892:4

**series** [8] - 7749:10, 7756:16, 7759:6, 7759:21, 7771:16, 7773:1, 7791:19, 7806:10

**service** [3] - 7797:15, 7798:13, 7823:21

**Service** [2] - 7823:10, 7823:18

**SERVICES** [1] - 7738:3

**services** [4] - 7798:14, 7823:19, 7823:24, 7824:2

**SESSION** [1] - 7732:20

**SET** [1] - 7766:17

**set** [11] - 7789:12, 7789:23, 7791:4, 7802:20, 7806:2, 7826:5, 7838:22, 7839:5, 7843:6

**setting** [1] - 7791:1

**seven** [1] - 7816:8

**several** [16] - 7745:19, 7754:11, 7790:18, 7797:22, 7801:19, 7803:9, 7805:3, 7808:13, 7817:23, 7820:16, 7823:17, 7831:14, 7833:18, 7833:23, 7842:11, 7866:24

**shallow** [2] - 7747:8, 7771:11

**shape** [3] - 7809:19, 7809:22, 7863:6

**shared** [1] - 7783:20

**SHARON** [1] - 7735:12

**SHAW** [1] - 7733:21

**sheen** [12] - 7768:9, 7768:13, 7776:16, 7777:17, 7777:25, 7778:15, 7781:2, 7802:1, 7818:23, 7853:12, 7853:25

**SHELL** [1] - 7736:16

**shoe** [37] - 7754:20, 7755:1, 7755:6, 7784:14, 7785:20, 7785:23, 7786:15, 7787:19, 7787:23, 7801:14, 7806:5, 7814:6, 7820:15, 7835:14, 7835:20, 7836:2, 7836:6, 7836:7, 7836:15, 7838:23, 7839:5, 7840:25, 7893:4, 7893:6, 7893:21, 7894:3, 7894:5, 7894:8, 7894:14, 7894:15, 7894:19, 7894:20, 7895:5, 7895:21, 7896:22, 7896:25

**shoot** [1] - 7744:13

**short** [1] - 7830:12

**shoved** [1] - 7755:6

**show** [19] - 7775:14, 7778:9, 7783:23, 7802:8, 7803:7, 7807:2, 7811:6, 7813:25, 7835:5, 7837:5, 7849:7, 7849:9, 7849:12, 7849:13, 7859:18, 7865:9, 7867:18, 7869:1, 7877:13

**showed** [6] - 7791:23, 7810:7, 7819:1, 7881:11, 7891:23

**showing** [14] - 7775:22, 7777:14, 7779:19, 7789:21, 7791:3, 7814:4, 7816:1, 7820:2, 7829:21, 7861:13, 7870:17, 7872:25, 7884:5, 7887:8

**shown** [8] - 7785:2, 7787:5, 7808:14, 7819:1, 7820:2, 7851:19, 7854:1, 7869:4

**shows** [15] - 7782:11, 7809:17, 7814:5, 7815:25, 7816:4, 7816:16, 7816:22, 7848:6, 7857:7, 7860:23, 7863:2, 7863:9, 7868:22, 7870:22, 7871:1

**shred** [1] - 7852:1

**shredder** [1] - 7850:24

**shredders** [1] - 7851:5

**shrinkage** [9] -

7854:9, 7854:13, 7855:8, 7855:10, 7855:12, 7857:9, 7858:20, 7860:5, 7860:14

**shrunk** [1] - 7857:23

**shut** [21] - 7777:15, 7780:9, 7780:15, 7780:23, 7781:10, 7781:11, 7781:15, 7781:22, 7782:2, 7802:1, 7810:11, 7845:16, 7846:4, 7869:7, 7878:1, 7878:9, 7880:7, 7888:23, 7891:4, 7891:8, 7891:10

**shut-in** [6] - 7777:15, 7780:7, 7888:23, 7891:4, 7891:8, 7891:10

**SHUTLER** [1] - 7735:12

**shutting** [3] - 7780:16, 7780:17, 7793:7

**sic** [2] - 7811:13, 7813:15

**side** [11] - 7778:11, 7785:16, 7794:11, 7804:22, 7815:10, 7816:3, 7817:7, 7821:1, 7822:7, 7845:14

**sides** [1] - 7755:7

**sign** [3] - 7772:9, 7775:7, 7826:11

**signals** [2] - 7763:23, 7763:24

**signatures** [2] - 7781:21, 7814:15

**significant** [3] - 7747:9, 7766:25, 7767:2

**significantly** [1] - 7832:24

**signs** [8] - 7759:6, 7759:9, 7759:21, 7761:13, 7762:24, 7771:10, 7775:4, 7822:11

**similarly** [1] - 7886:19

**simple** [6] - 7749:6, 7764:5, 7777:14, 7778:3, 7862:11, 7880:11

**simpler** [3] - 7828:24, 7832:13, 7886:9

**simply** [1] - 7849:12

**simulate** [1] - 7805:13

**simulated** [2] -

7798:24, 7883:19

**simulation** [26] - 7757:3, 7798:17, 7798:19, 7800:3, 7802:8, 7804:1, 7804:3, 7806:1, 7806:4, 7807:8, 7808:6, 7808:18, 7815:8, 7816:15, 7820:3, 7820:10, 7822:5, 7839:23, 7843:16, 7845:6, 7884:21, 7885:3, 7885:4, 7885:6, 7886:22, 7892:7

**simulations** [51] - 7796:6, 7796:9, 7797:9, 7797:12, 7798:10, 7798:25, 7799:2, 7801:12, 7801:24, 7803:17, 7803:25, 7804:5, 7804:7, 7805:9, 7810:6, 7823:20, 7831:21, 7832:3, 7833:14, 7834:6, 7835:5, 7840:7, 7843:13, 7866:9, 7866:21, 7880:3, 7882:19, 7882:21, 7883:2, 7883:6, 7884:22, 7886:8, 7886:14, 7886:19, 7887:1, 7887:17, 7888:18, 7889:9, 7892:14, 7892:25, 7893:24, 7894:13, 7894:14, 7895:15, 7895:18, 7895:21, 7895:24, 7896:1, 7896:23, 7897:3

**simulator** [4] - 7797:21, 7808:4, 7815:19, 7817:22

**simultaneous** [1] - 7762:14

**SINCLAIR** [2] - 7735:23, 7852:11

**sit** [1] - 7743:12

**site** [2] - 7760:12, 7760:20

**sitting** [1] - 7886:25

**situation** [21] - 7750:8, 7761:7, 7767:16, 7774:5, 7780:19, 7782:17, 7782:18, 7799:10, 7799:11, 7829:6, 7832:10, 7832:13, 7832:15, 7835:6, 7858:3,

7858:7, 7858:8, 7861:5, 7861:9, 7861:11

**situations** [1] - 7752:18

**six** [1] - 7853:25

**six-minute** [1] - 7853:25

**size** [4] - 7783:8, 7827:17, 7833:7, 7840:8

**skipping** [1] - 7864:7

**slide** [2] - 7819:1, 7819:4

**SLIDELL** [1] - 7734:8

**slides** [1] - 7806:10

**slight** [1] - 7777:10

**slightly** [1] - 7876:23

**slope** [3] - 7809:2, 7809:17, 7884:5

**slower** [2] - 7876:10, 7877:6

**slowly** [1] - 7881:8

**smaller** [2] - 7798:12, 7824:9

**Smith** [1] - 7883:15

**Society** [1] - 7772:15

**software** [11] - 7797:16, 7797:17, 7798:3, 7798:5, 7798:11, 7798:21, 7798:24, 7802:13, 7802:16, 7812:12, 7837:9

**solemnly** [1] - 7795:2

**solid** [2] - 7836:19, 7869:24

**solids** [4] - 7755:13, 7836:8, 7840:23, 7895:9

**solution** [3] - 7818:9, 7818:10, 7818:16

**someone** [1] - 7810:10

**someplace** [1] - 7894:7

**sometime** [2] - 7855:5, 7857:13

**sometimes** [4] - 7750:18, 7751:5, 7842:18, 7853:9

**somewhat** [2] - 7780:15, 7783:21

**somewhere** [5] - 7853:23, 7855:20, 7861:21, 7874:17, 7894:19

**sonic** [1] - 7769:7

**soon** [7] - 7768:17, 7818:14, 7844:25,

7850:8, 7850:15, 7865:20, 7867:2

**sophisticated** [2] - 7756:14, 7802:16

**sorry** [12] - 7807:12, 7813:3, 7813:7, 7818:17, 7856:9, 7865:2, 7866:12, 7868:6, 7870:13, 7874:7, 7879:9, 7892:19

**sort** [11] - 7748:11, 7752:18, 7753:22, 7758:22, 7762:7, 7764:7, 7764:8, 7834:8, 7890:4, 7893:8, 7895:13

**sorts** [1] - 7888:8

**sound** [2] - 7796:19, 7823:16

**sounds** [3] - 7849:18, 7853:7, 7874:23

**south** [1] - 7822:24

**SOUTH** [1] - 7737:15

**space** [3] - 7753:14, 7753:20, 7753:21

**spacer** [16] - 7766:14, 7766:15, 7766:18, 7767:2, 7767:6, 7767:15, 7767:17, 7767:22, 7767:25, 7768:3, 7768:6, 7826:13, 7880:22, 7880:23, 7881:24

**Spanoudakis** [2] - 7859:6, 7875:2

**SPE** [4] - 7772:15, 7772:22, 7774:9, 7775:25

**special** [5] - 7750:8, 7750:12, 7785:12, 7798:8, 7880:24

**specializing** [2] - 7796:6, 7797:8

**specific** [2] - 7776:7, 7786:12

**specifically** [1] - 7851:9

**specifying** [1] - 7835:25

**spell** [1] - 7795:10

**spelled** [1] - 7768:1

**spend** [2] - 7877:16, 7886:4

**spent** [3] - 7806:19, 7809:24, 7826:23

**Sperry** [23] - 7744:13, 7760:8, 7766:10, 7769:7, 7769:10, 7769:13, 7769:18,

7769:23, 7769:24, 7769:25, 7779:13, 7803:10, 7803:20, 7807:20, 7807:23, 7807:24, 7810:13, 7840:3, 7878:10, 7881:22, 7882:4, 7886:11, 7886:13

**Sperry-Sun** [12] - 7769:7, 7769:13, 7779:13, 7803:10, 7803:20, 7807:20, 7807:23, 7807:24, 7810:13, 7840:3, 7878:10, 7886:13

**SPILL** [1] - 7732:5

**SPIRO** [1] - 7735:17

**Spiro** [2] - 7752:4, 7783:18

**spoken** [1] - 7742:25

**spots** [1] - 7754:20

**SQUARE** [1] - 7736:16

**SQUEEZE** [1] - 7766:17

**stable** [1] - 7888:23

**stack** [1] - 7768:7

**stand** [1] - 7781:15

**standard** [22] - 7749:18, 7751:11, 7753:15, 7763:12, 7763:13, 7770:10, 7770:19, 7770:25, 7771:10, 7775:20, 7775:25, 7780:8, 7782:25, 7856:9, 7871:25, 7872:25, 7873:4, 7873:6, 7873:11, 7873:25, 7874:3, 7883:17

**standards** [1] - 7780:3

**standpipe** [13] - 7770:18, 7770:19, 7774:1, 7775:2, 7775:17, 7775:21, 7776:2, 7776:15, 7777:10, 7778:15, 7778:16, 7885:2, 7886:5

**standpoint** [1] - 7752:3

**start** [14] - 7742:6, 7757:23, 7804:17, 7804:21, 7807:13, 7807:17, 7808:15, 7816:9, 7818:1, 7828:15, 7845:1, 7889:18, 7890:15, 7894:23

**started** [14] - 7762:12, 7762:17, 7767:5,

7767:17, 7798:25, 7799:12, 7828:8, 7829:16, 7829:18, 7867:4, 7870:9, 7887:24, 7889:14, 7891:20

**starting** [11] - 7767:6, 7770:10, 7850:12, 7864:12, 7864:17, 7871:1, 7871:2, 7871:6, 7877:6, 7880:6, 7884:23

**starts** [9] - 7773:1, 7775:6, 7778:2, 7804:20, 7816:4, 7816:18, 7818:15, 7829:9, 7847:24

**State** [1] - 7897:21

**state** [9] - 7795:10, 7832:13, 7832:15, 7832:16, 7836:19, 7858:7, 7861:5, 7863:20, 7871:18

**STATE** [3] - 7735:21, 7736:3, 7736:5

**statement** [2] - 7865:24, 7895:20

**STATES** [4] - 7732:1, 7732:15, 7732:23, 7734:21

**States** [7] - 7830:11, 7830:19, 7849:22, 7849:23, 7876:13, 7897:22, 7898:6

**static** [1] - 7784:24

**stating** [1] - 7877:12

**STATION** [1] - 7735:18

**status** [1] - 7784:8

**stays** [1] - 7788:13

**steadily** [1] - 7789:18

**steady** [8] - 7832:13, 7832:15, 7832:16, 7858:7, 7861:5, 7861:9, 7861:10, 7863:19

**steel** [2] - 7869:24, 7870:4

**STENOGRAPHY** [1] - 7738:17

**Stephanie** [1] - 7864:24

**STEPHEN** [1] - 7733:7

**steps** [1] - 7763:5

**STERBCOW** [2] - 7733:14, 7733:14

**STERNBERG** [1] - 7738:9

**Steve** [1] - 7794:21

**STEVEN** [2] - 7735:4,

7737:10

**still** [12] - 7744:2, 7759:15, 7767:7, 7768:19, 7768:20, 7775:3, 7809:9, 7825:21, 7836:21, 7842:18, 7868:24, 7892:14

**stock** [28] - 7816:2, 7846:9, 7847:11, 7854:2, 7854:4, 7854:6, 7854:14, 7854:18, 7854:25, 7856:9, 7856:18, 7856:22, 7857:8, 7857:23, 7857:25, 7858:13, 7859:20, 7859:21, 7860:9, 7860:13, 7860:15, 7860:20, 7861:22, 7863:16, 7863:17, 7863:20, 7869:18

**stop** [3] - 7811:14, 7811:15, 7866:6

**stopped** [2] - 7879:15, 7880:3

**story** [1] - 7854:21

**straighten** [1] - 7853:5

**STRANGE** [1] - 7735:22

**STREET** [16] - 7733:4, 7733:11, 7733:15, 7733:19, 7733:22, 7734:7, 7734:11, 7734:18, 7736:6, 7736:11, 7736:16, 7737:7, 7737:11, 7737:19, 7738:6, 7738:14

**strength** [1] - 7889:12

**Stress** [16] - 7756:12, 7757:4, 7758:5, 7758:8, 7813:14, 7813:15, 7813:16, 7814:2, 7875:19, 7876:8, 7876:9, 7876:19, 7877:19, 7878:16, 7878:24, 7879:5

**Stress'** [3] - 7877:25, 7878:4, 7878:13

**Strickland** [1] - 7847:4

**strictly** [1] - 7751:9

**strike** [1] - 7742:4

**string** [1] - 7887:17

**strings** [1] - 7802:19

**stroke** [1] - 7766:2

**strokes** [2] - 7765:19, 7765:23

**strongly** [1] - 7806:4

**student** [2] - 7745:4, 7784:3

**students** [1] - 7744:25

**studied** [6] - 7754:13, 7756:13, 7873:2, 7873:7, 7877:1, 7878:23

**studies** [2] - 7758:6, 7758:8

**study** [7] - 7747:4, 7748:8, 7752:3, 7752:6, 7753:2, 7754:2, 7782:13

**studying** [1] - 7748:8

**stuff** [3] - 7751:7, 7767:3, 7864:6

**subject** [1] - 7757:3

**submit** [1] - 7826:24

**submitted** [2] - 7799:23, 7801:17

**subsequent** [1] - 7867:16

**substantial** [4] - 7864:18, 7865:13, 7868:22, 7869:1

**successful** [2] - 7759:11, 7759:22

**successfully** [1] - 7757:17

**sudden** [2] - 7756:8, 7756:24, 7810:2

**suddenly** [1] - 7853:2

**sufficient** [3] - 7756:9, 7834:18, 7835:1

**suggesting** [3] - 7742:2, 7742:4, 7749:17

**suggestion** [2] - 7741:23, 7781:18

**suggests** [2] - 7806:4, 7894:7

**SUITE** [10] - 7733:4, 7733:15, 7733:19, 7734:4, 7736:17, 7737:7, 7737:11, 7737:23, 7738:6, 7738:10

**SULLIVAN** [1] - 7735:11

**summarize** [1] - 7833:4

**summarized** [1] - 7831:25

**summary** [2] - 7771:9, 7801:7

**summer** [3] - 7798:15, 7800:5, 7809:20

**Sun** [12] - 7769:7, 7769:13, 7779:13, 7803:10, 7803:20,

7807:20, 7807:23, 7807:24, 7810:13, 7840:3, 7878:10, 7886:13
**supervisor** [1] - 7786:3
**supported** [2] - 7801:20, 7885:5
**supposably** [1] - 7885:19
**suppose** [2] - 7770:2, 7874:22
**supposed** [2] - 7750:18, 7779:3
**supposedly** [1] - 7762:17
**surface** [41] - 7784:24, 7799:15, 7799:17, 7801:13, 7802:21, 7805:11, 7807:11, 7817:15, 7817:20, 7817:25, 7818:3, 7827:9, 7828:12, 7828:22, 7839:25, 7854:16, 7854:19, 7855:5, 7855:9, 7856:1, 7856:13, 7856:19, 7857:5, 7860:18, 7860:22, 7861:1, 7861:25, 7870:18, 7870:23, 7871:3, 7871:4, 7871:7, 7874:9, 7876:23, 7879:1, 7879:15, 7880:8, 7883:7, 7886:7, 7892:17, 7892:20
**surfacing** [3] - 7799:16, 7805:17, 7834:23
**surprise** [1] - 7881:18
**surprised** [2] - 7770:5, 7780:15
**suspect** [1] - 7842:11
**suspicion** [1] - 7780:9
**SUTHERLAND** [1] - 7737:9
**swab** [4] - 7785:2, 7785:4, 7785:10, 7785:14
**swear** [1] - 7795:2
**sworn** [2] - 7743:23, 7795:6
**syrup** [1] - 7881:6
**system** [5] - 7765:12, 7765:13, 7766:5, 7766:7, 7790:15

**T**

**table** [6] - 7794:16, 7794:18, 7875:25, 7876:1
**tailor** [1] - 7798:5
**tailor-made** [1] - 7798:5
**talks** [3] - 7774:18, 7774:21, 7863:7
**tank** [33] - 7762:19, 7765:22, 7765:23, 7770:16, 7776:24, 7777:1, 7816:2, 7846:9, 7847:11, 7854:2, 7854:6, 7854:14, 7854:18, 7854:25, 7856:9, 7856:18, 7856:22, 7857:8, 7857:23, 7857:25, 7858:13, 7859:20, 7859:21, 7860:10, 7860:13, 7860:15, 7860:20, 7861:22, 7863:16, 7863:17, 7863:20, 7869:18
**tanks** [2] - 7762:22, 7764:10
**tapped** [1] - 7863:22
**tar** [1] - 7881:5
**target** [1] - 7826:24
**task** [2] - 7797:16, 7826:4
**tasks** [1] - 7826:22
**taught** [1] - 7770:22
**TD** [1] - 7894:20
**teaching** [2] - 7750:15, 7779:9
**Team** [18] - 7798:16, 7798:19, 7799:20, 7801:12, 7805:1, 7826:2, 7826:17, 7831:3, 7837:23, 7838:11, 7839:7, 7859:15, 7882:22, 7884:19, 7885:18, 7885:20, 7890:8, 7893:17
**team** [4] - 7750:8, 7800:14, 7838:24, 7838:25
**technical** [3] - 7794:10, 7794:19, 7851:4
**TECHNICIAN** [1] - 7883:24
**Technology** [1] - 7797:2

**temperature** [8] - 7802:24, 7828:19, 7828:21, 7829:1, 7854:22, 7860:9
**temperatures** [1] - 7827:7
**temporary** [3] - 7776:4, 7790:5, 7790:10
**ten** [1] - 7885:9
**tend** [2] - 7767:2, 7847:22
**tends** [1] - 7829:12
**term** [1] - 7797:19
**terminology** [1] - 7894:17
**terms** [20] - 7747:20, 7747:21, 7775:13, 7783:22, 7783:24, 7792:3, 7792:20, 7799:8, 7802:3, 7808:5, 7811:8, 7811:19, 7816:7, 7817:17, 7837:15, 7862:11, 7867:15, 7876:23, 7896:18
**test** [56] - 7742:2, 7742:3, 7751:21, 7752:25, 7753:2, 7758:24, 7759:1, 7759:2, 7759:11, 7759:15, 7759:23, 7760:4, 7768:8, 7768:9, 7768:13, 7776:16, 7777:17, 7777:25, 7778:15, 7781:2, 7785:23, 7786:6, 7786:11, 7787:13, 7788:3, 7788:8, 7788:17, 7788:22, 7789:13, 7789:15, 7789:23, 7790:12, 7791:3, 7791:7, 7791:10, 7791:11, 7791:13, 7792:11, 7792:12, 7792:15, 7793:3, 7802:1, 7805:4, 7818:23, 7853:12, 7853:25, 7880:19, 7880:21, 7888:22, 7889:14, 7890:22, 7891:2, 7891:4, 7891:15
**tested** [3] - 7787:19, 7791:16, 7881:19
**testified** [18] - 7743:23, 7751:15, 7777:4, 7780:21, 7781:14, 7785:21,

7792:2, 7795:7, 7796:14, 7813:12, 7813:13, 7825:13, 7827:17, 7828:7, 7830:1, 7831:19, 7833:3, 7885:11
**testify** [1] - 7812:21
**testifying** [2] - 7775:20, 7867:12
**testimony** [28] - 7742:3, 7746:24, 7747:4, 7761:16, 7761:20, 7761:23, 7764:18, 7775:15, 7776:20, 7783:19, 7783:20, 7784:5, 7786:2, 7786:18, 7786:24, 7795:2, 7812:18, 7812:24, 7837:10, 7850:22, 7851:7, 7851:8, 7851:15, 7851:16, 7851:18, 7867:16, 7882:3, 7885:14
**testing** [4] - 7751:19, 7753:1, 7756:3, 7835:11
**tests** [3] - 7759:7, 7881:10, 7893:18
**THE** [109] - 7732:5, 7732:5, 7732:12, 7732:22, 7733:3, 7734:21, 7735:21, 7736:3, 7736:4, 7740:7, 7740:8, 7740:10, 7740:20, 7741:1, 7741:11, 7741:18, 7741:21, 7742:12, 7742:15, 7742:20, 7743:16, 7743:18, 7743:25, 7744:1, 7744:2, 7744:3, 7744:4, 7744:7, 7744:15, 7744:18, 7777:24, 7777:25, 7783:12, 7794:4, 7794:5, 7794:6, 7794:14, 7794:20, 7794:22, 7794:24, 7794:25, 7795:1, 7795:8, 7795:9, 7795:11, 7795:14, 7796:20, 7800:20, 7800:24, 7801:2, 7822:14, 7830:11, 7830:14, 7830:16, 7830:17, 7838:19, 7839:14, 7839:17, 7839:20, 7839:21, 7840:7,

7840:10, 7840:11, 7840:12, 7840:15, 7841:15, 7841:17, 7841:20, 7842:1, 7842:16, 7843:7, 7848:24, 7849:5, 7849:8, 7849:15, 7849:18, 7849:22, 7850:1, 7850:4, 7851:21, 7851:23, 7852:5, 7852:10, 7852:12, 7852:14, 7852:20, 7852:23, 7852:25, 7864:21, 7864:24, 7866:19, 7868:5, 7868:7, 7868:10, 7869:14, 7872:11, 7872:21, 7873:15, 7873:18, 7877:9, 7878:8, 7878:9, 7878:22, 7878:23, 7882:1, 7882:8, 7882:12, 7883:24, 7897:9
**theirs** [2] - 7769:22, 7875:25
**THEODORE** [2] - 7739:5, 7743:21
**theory** [6] - 7804:23, 7805:8, 7805:19, 7893:20, 7895:16, 7896:9
**there'd** [1] - 7882:9
**therefore** [2] - 7827:23, 7877:4
**thereto** [1] - 7825:25
**they've** [1] - 7877:5
**thick** [1] - 7890:1
**thickness** [5] - 7803:1, 7846:25, 7863:25, 7888:8, 7891:13
**thin** [1] - 7765:24
**THIRD** [1] - 7736:6
**third** [6] - 7745:25, 7755:11, 7773:16, 7803:2, 7805:19, 7890:19
**thirds** [1] - 7749:22
**THIS** [1] - 7732:11
**THOMAS** [1] - 7734:7
**THORNHILL** [2] - 7734:6, 7734:7
**thorough** [1] - 7775:24
**thousand** [2] - 7828:25, 7829:3
**three** [7] - 7744:15, 7754:18, 7754:20, 7755:16, 7776:13,

7776:17, 7869:12
**throughout** [1] - 7878:8
**tie** [1] - 7852:25
**tied** [1] - 7786:6
**timelines** [1] - 7816:7
**timing** [3] - 7800:18, 7802:14, 7804:16
**TO** [3] - 7732:11, 7740:4, 7883:15
**today** [16] - 7742:9, 7783:17, 7792:20, 7804:11, 7810:17, 7815:16, 7819:1, 7824:11, 7825:19, 7835:2, 7841:25, 7851:15, 7879:10, 7883:2, 7883:7, 7891:23
**together** [6] - 7764:6, 7766:18, 7766:19, 7772:19, 7825:15, 7860:25
**TOLLES** [1] - 7737:13
**tomorrow** [1] - 7742:10
**took** [11] - 7761:4, 7762:4, 7779:18, 7794:23, 7797:13, 7808:23, 7810:18, 7821:5, 7830:15, 7847:19, 7869:19
**top** [19] - 7753:10, 7753:22, 7755:1, 7755:12, 7755:13, 7784:23, 7785:1, 7808:2, 7817:15, 7821:22, 7821:24, 7823:14, 7829:22, 7844:1, 7856:5, 7856:8, 7856:15, 7862:1, 7889:20
**topic** [1] - 7782:6
**topics** [2] - 7838:25, 7849:20
**TORTS** [2] - 7734:22, 7735:10
**total** [7] - 7802:2, 7806:18, 7812:2, 7840:21, 7863:4, 7863:5, 7863:16
**touch** [1] - 7783:16
**touched** [1] - 7880:17
**toward** [3] - 7743:13, 7774:3, 7817:25
**towards** [3] - 7774:5, 7828:22, 7889:20
**TOWER** [2] - 7737:19, 7738:6
**track** [7] - 7819:17,

7835:15, 7838:23, 7839:5, 7840:25, 7842:3, 7842:15
**trained** [3] - 7763:13, 7763:23, 7883:17
**training** [4] - 7751:4, 7761:8, 7780:19, 7883:14
**transcript** [1] - 7897:23
**TRANSCRIPT** [2] - 7732:21, 7738:17
**transient** [4] - 7796:6, 7796:9, 7797:9, 7800:17
**translates** [1] - 7874:20
**transmitted** [1] - 7760:23
**Transocean** [21] - 7741:4, 7742:21, 7744:5, 7750:25, 7759:6, 7759:22, 7768:23, 7769:8, 7769:12, 7769:14, 7769:24, 7779:18, 7779:24, 7780:1, 7780:12, 7780:22, 7782:9, 7782:25, 7788:24, 7852:14, 7852:18
**TRANSOCEAN** [3] - 7737:3, 7737:3, 7737:5
**treading** [1] - 7849:18
**treatments** [1] - 7766:16
**trending** [1] - 7848:21
**TREX** [3] - 7841:20, 7842:20, 7842:22
**TREX-1113.1** [1] - 7871:11
**TREX-2602.69.1** [1] - 7872:4
**TREX-2602.70.1** [1] - 7873:20
**TREX-40003** [2] - 7801:1, 7801:4
**TREX-40003................
............** [1] - 7739:21
**TREX-40003.1** [1] - 7800:1
**TREX-41026.31.1** [1] - 7813:25
**TREX-41556** [2] - 7772:14, 7773:2
**TREX-50150.132.2** [1] - 7875:18
**TREX-50150.144** [1] - 7813:8

**TREX-60105** [1] - 7771:4
**TREX-7265.30.1** [1] - 7859:14
**TREX-7279** [1] - 7889:16
**TREX-740** [1] - 7874:7
**TREX-7401.14.3** [1] - 7864:10
**TREX-7401.15.1** [1] - 7870:16
**TREX-7401.49** [1] - 7848:2
**TREX-7820** [2] - 7813:3, 7813:21
**TREX-8173.61.1** [1] - 7788:1
**TREX-8174** [1] - 7745:23, 7749:20, 7752:9
**trial** [7] - 7743:6, 7743:11, 7751:23, 7761:23, 7813:12, 7842:2, 7878:8
**TRIAL** [1] - 7732:21
**tried** [7] - 7743:8, 7799:10, 7799:12, 7799:13, 7799:14, 7809:6, 7809:21
**trim** [1] - 7777:13
**trip** [4] - 7762:19, 7762:22, 7776:24, 7777:1
**TRITON** [1] - 7732:13
**Trocquet** [1] - 7784:1
**Trondheim** [1] - 7797:2
**true** [14] - 7750:23, 7758:21, 7840:21, 7840:23, 7868:3, 7868:8, 7868:12, 7870:9, 7874:16, 7881:15, 7881:16, 7886:16, 7887:13, 7897:23
**truly** [1] - 7762:6
**truth** [3] - 7795:3
**try** [16] - 7742:9, 7743:2, 7743:5, 7758:25, 7782:7, 7796:8, 7797:12, 7822:22, 7828:24, 7830:13, 7842:24, 7852:24, 7852:25, 7880:14, 7881:8, 7886:19
**trying** [21] - 7759:15, 7767:9, 7767:12, 7799:9, 7806:19, 7809:24, 7824:4,

7849:4, 7849:5, 7849:8, 7849:9, 7849:10, 7849:12, 7850:2, 7858:5, 7861:5, 7861:12, 7866:16, 7875:25, 7886:10, 7892:25
**tube** [1] - 7755:1
**tubing** [1] - 7833:7
**TUESDAY** [2] - 7732:9, 7740:2
**tune** [1] - 7827:22
**turn** [12] - 7747:9, 7751:14, 7754:4, 7758:24, 7772:6, 7772:14, 7772:20, 7773:15, 7774:17, 7777:12, 7820:9, 7882:11
**turned** [2] - 7778:17, 7780:13
**twice** [2] - 7777:15, 7858:2
**Two** [2] - 7848:22, 7849:19
**two** [19] - 7749:22, 7755:4, 7759:7, 7766:19, 7769:4, 7771:12, 7773:10, 7779:3, 7785:13, 7790:19, 7807:2, 7815:25, 7820:19, 7848:6, 7856:4, 7872:8, 7889:25, 7891:9, 7891:13
**two-thirds** [1] - 7749:22
**TX** [5] - 7734:15, 7737:11, 7737:23, 7738:7, 7738:10
**type** [10] - 7761:6, 7769:8, 7797:24, 7798:11, 7799:7, 7802:12, 7802:19, 7803:2, 7803:4, 7827:5
**types** [4] - 7757:21, 7802:14, 7805:3, 7826:13
**typically** [2] - 7758:15, 7764:20, 7832:6

### U

**U.S** [4] - 7734:21, 7735:3, 7735:9, 7735:15
**ultimate** [2] - 7821:20, 7833:19

**ultimately** [1] - 7893:3
**uncertain** [2] - 7768:15, 7828:3
**uncertainty** [3] - 7806:14, 7834:8, 7834:10
**under** [11] - 7744:2, 7749:23, 7757:23, 7773:16, 7781:12, 7785:21, 7807:5, 7823:18, 7831:1, 7884:6, 7887:20
**underbalance** [2] - 7816:9, 7847:15, 7877:22
**underbalanced** [4] - 7801:25, 7864:4, 7877:20, 7887:14
**underbalancing** [2] - 7887:10, 7887:12
**UNDERHILL** [1] - 7734:22
**underlying** [1] - 7884:16
**understandings** [1] - 7784:9
**understood** [7] - 7757:4, 7758:8, 7776:6, 7807:3, 7860:3, 7861:12, 7893:12
**unfoamed** [3] - 7753:9, 7753:15, 7753:22
**unfortunately** [2] - 7828:5, 7838:2
**unit** [4] - 7847:6, 7854:18, 7857:8, 7857:25
**United** [6] - 7830:11, 7830:19, 7849:22, 7849:23, 7897:21, 7898:6
**UNITED** [4] - 7732:1, 7732:15, 7732:23, 7734:21
**unless** [3] - 7779:18, 7779:20, 7853:8
**unlikely** [1] - 7844:9
**unloaded** [1] - 7894:24
**unloading** [15] - 7811:24, 7829:6, 7834:24, 7844:10, 7844:17, 7844:19, 7844:22, 7845:4, 7858:8, 7861:10, 7864:3, 7891:24, 7892:1, 7892:4, 7892:7

unused [2] - 7766:15, 7767:15
unusual [1] - 7750:8
up [118] - 7743:15, 7745:23, 7746:20, 7747:6, 7747:9, 7748:5, 7749:20, 7753:11, 7754:22, 7755:10, 7755:12, 7755:16, 7755:20, 7756:19, 7756:23, 7763:1, 7766:21, 7769:17, 7769:18, 7770:16, 7772:2, 7772:3, 7773:10, 7775:14, 7776:8, 7776:20, 7778:2, 7778:7, 7778:9, 7779:12, 7780:24, 7785:10, 7788:12, 7788:13, 7789:12, 7789:19, 7789:23, 7791:4, 7791:20, 7792:21, 7794:21, 7796:23, 7799:11, 7800:1, 7801:6, 7801:14, 7804:14, 7805:11, 7806:6, 7806:16, 7810:23, 7811:16, 7812:15, 7813:3, 7813:22, 7815:3, 7817:19, 7820:15, 7822:7, 7822:10, 7826:5, 7827:23, 7828:12, 7828:13, 7828:22, 7828:23, 7831:14, 7833:19, 7835:21, 7840:17, 7844:14, 7845:25, 7846:9, 7849:9, 7849:14, 7849:24, 7852:20, 7853:21, 7854:11, 7855:16, 7856:4, 7856:13, 7857:12, 7858:18, 7859:14, 7862:4, 7863:12, 7863:17, 7864:17, 7864:25, 7865:2, 7866:7, 7869:24, 7871:11, 7871:21, 7871:24, 7872:3, 7873:20, 7874:17, 7875:18, 7878:19, 7879:9, 7880:1, 7880:7, 7883:23, 7885:18, 7885:19, 7888:11, 7889:3, 7892:22, 7893:5, 7893:6, 7894:6, 7894:8, 7894:17,

7895:11, 7895:21
upper [2] - 7845:18, 7872:23
upwards [1] - 7896:25
urge [1] - 7842:24
urgency [1] - 7782:23
utilized [1] - 7791:9

V

VA [1] - 7733:19
vaguely [1] - 7746:22
VALENTI [1] - 7794:16
validate [1] - 7803:25
validating [1] - 7826:22
valuable [1] - 7835:5
value [1] - 7816:21
valve [1] - 7778:11
variable [2] - 7753:20, 7804:3
variables [1] - 7749:4
various [16] - 7746:5, 7747:23, 7763:19, 7764:20, 7769:19, 7802:25, 7826:2, 7834:6, 7856:17, 7858:9, 7860:6, 7865:16, 7870:17, 7886:14, 7890:6, 7895:4
varying [4] - 7841:9, 7843:14, 7843:19, 7887:5
vast [1] - 7887:21
velocities [2] - 7870:2, 7870:11
velocity [1] - 7818:2
vent [1] - 7790:15
verbatim [1] - 7801:9
verification [1] - 7826:19
verify [1] - 7842:9
version [4] - 7798:9, 7851:12, 7852:6, 7871:12
versus [9] - 7784:14, 7785:20, 7809:22, 7820:2, 7830:7, 7860:23, 7863:2, 7884:13, 7887:4
Vietnam [1] - 7824:25
viewed [1] - 7764:3
violated [1] - 7750:11
VIRGINIA [1] - 7733:19
viscosity [2] - 7766:22, 7881:11
viscous [9] - 7881:1,

7881:4, 7881:5, 7881:7, 7881:14, 7881:19, 7881:20, 7881:23
visual [2] - 7777:5, 7779:4
visually [1] - 7811:13
VOICES [1] - 7740:9
volume [10] - 7765:17, 7765:22, 7765:23, 7766:4, 7771:13, 7773:17, 7816:16, 7816:22, 7855:9, 7859:25
volumes [5] - 7763:9, 7763:18, 7775:8, 7837:15, 7884:24
volumetric [2] - 7860:7, 7885:11
VON [1] - 7738:9

W

wait [2] - 7868:5
waiting [1] - 7744:16
walked [1] - 7779:23
WALKER [1] - 7733:18
WALTER [1] - 7733:22
wants [3] - 7742:12, 7787:24, 7890:14
warning [2] - 7771:10, 7772:9
WASHINGTON [4] - 7735:7, 7735:13, 7735:19, 7736:21
washout [5] - 7845:1, 7865:21, 7866:1, 7867:6, 7867:13
waste [4] - 7767:10, 7767:11, 7767:13
watching [1] - 7761:14
water [9] - 7766:21, 7771:11, 7797:23, 7870:22, 7874:10, 7874:11, 7875:20, 7876:24
weak [1] - 7787:24
Weatherford [2] - 7756:18, 7757:6
week [3] - 7847:5, 7885:7
weeks [4] - 7740:16, 7761:20, 7803:9, 7816:8
weight [10] - 7774:23, 7784:10, 7784:14, 7784:24, 7784:25,

7785:20, 7786:7, 7786:8, 7787:13, 7787:17
WELL [8] - 7797:17, 7798:3, 7798:4, 7798:5, 7798:8, 7798:11, 7798:22, 7890:5
wellbore [57] - 7799:13, 7799:14, 7802:4, 7802:7, 7802:18, 7802:23, 7803:6, 7803:16, 7804:21, 7806:18, 7811:8, 7811:12, 7811:16, 7811:20, 7811:24, 7816:2, 7816:17, 7816:19, 7817:19, 7817:23, 7818:20, 7819:20, 7820:22, 7821:10, 7821:13, 7826:11, 7828:6, 7829:13, 7833:8, 7834:24, 7837:21, 7839:18, 7840:6, 7844:24, 7845:18, 7858:1, 7858:4, 7858:14, 7858:22, 7859:1, 7859:3, 7859:12, 7859:17, 7861:9, 7863:20, 7867:2, 7868:23, 7869:3, 7869:17, 7869:25, 7881:24, 7887:16, 7890:7, 7891:7, 7891:16, 7896:19
wellbores [1] - 7880:25
Wellflow [3] - 7796:5, 7797:7, 7823:7
wellhead [2] - 7814:6, 7819:11
wells [2] - 7824:13, 7824:15
whereas [1] - 7854:7
WHEREUPON [6] - 7740:23, 7741:14, 7794:23, 7801:3, 7830:15, 7897:13
WHITELEY [1] - 7736:9
whole [4] - 7761:25, 7773:9, 7795:3, 7882:4
WILLIAMS [4] - 7734:3, 7734:3, 7822:16, 7830:9
Williams [1] - 7822:19
WILLIAMS.................

.. [1] - 7739:10
Williamson [1] - 7740:17
WILLIAMSON [2] - 7734:13, 7734:14
wind [1] - 7753:11
window [1] - 7787:12
WINFIELD [1] - 7735:23
Wintrich's [1] - 7768:1
withdrawn [2] - 7768:1, 7800:23
WITNESS [14] - 7744:1, 7744:3, 7777:25, 7794:5, 7795:8, 7795:11, 7839:17, 7839:21, 7840:10, 7840:12, 7851:21, 7852:5, 7878:9, 7878:23
witness [16] - 7743:5, 7743:11, 7743:22, 7744:6, 7783:11, 7794:6, 7794:8, 7795:6, 7796:15, 7834:22, 7869:12, 7872:19, 7877:10, 7879:2, 7887:2, 7897:6
witness' [1] - 7853:4
witnesses [3] - 7817:3, 7821:6, 7878:5
wood [1] - 7890:1
word [2] - 7785:17, 7814:23
words [3] - 7744:15, 7781:2, 7828:24
workings [1] - 7812:21
works [3] - 7787:8, 7802:9, 7894:23
world [4] - 7824:7, 7824:9, 7824:15, 7824:18
worried [1] - 7787:23
worst [2] - 7814:18, 7848:6
worst-case [1] - 7814:18
WRIGHT [1] - 7733:3
writing [2] - 7751:4, 7833:25
Written [1] - 7749:24
written [3] - 7750:4, 7750:14, 7752:22
wrote [2] - 7772:22, 7843:12

## Y

**years** [6] - 7769:24, 7775:15, 7786:21, 7798:1, 7823:17, 7892:12
**yellowish** [1] - 7808:1
**yesterday** [28] - 7741:3, 7744:9, 7746:11, 7746:24, 7751:15, 7752:4, 7760:1, 7760:6, 7766:14, 7770:24, 7776:10, 7776:25, 7779:24, 7782:15, 7783:17, 7783:18, 7784:3, 7790:3, 7790:17, 7790:22, 7790:24, 7791:12, 7791:23, 7792:3, 7792:9, 7792:17, 7793:1, 7837:4
**YOAKUM** [1] - 7734:14
**YOUNG** [1] - 7735:18
**yourself** [1] - 7766:8

## Z

**zero** [1] - 7828:4
**zonal** [5] - 7751:24, 7788:18, 7789:24, 7791:14, 7792:5
**zone** [7] - 7747:12, 7747:18, 7863:11, 7888:15, 7889:14, 7889:24, 7890:22
**zones** [4] - 7747:9, 7861:14, 7862:22, 7891:18
**zoom** [1] - 7810:24

## "

**"MIKE"** [1] - 7736:20