1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE          *
5    GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                        *
6    Applies to:                        *   New Orleans, Louisiana
                                        *
7    Docket 10-CV-02771,                *   April 9, 2013
     *IN RE:  THE COMPLAINT AND*         *
8    *PETITION OF TRITON ASSET*          *
     *LEASING GmbH, et al*               *
9                                        *
     Docket 10-CV-4536,                 *
10   *UNITED STATES OF AMERICA v.*       *
     *BP EXPLORATION & PRODUCTION,*      *
11   *INC., et al*                       *
                                        *
12   * * * * * * * * * * * * * * * * * *

13

14                 DAY 24, AFTERNOON SESSION
                 TRANSCRIPT OF NONJURY TRIAL
15         BEFORE THE HONORABLE CARL J. BARBIER
                UNITED STATES DISTRICT JUDGE
16

17   Appearances:

18

19   For the Plaintiffs:        Domengeaux Wright Roy
                                  & Edwards, LLC
                                BY:  JAMES P. ROY, ESQ.
20                              556 Jefferson Street, Suite 500
                                Post Office Box 3668
21                              Lafayette, Louisiana 70502

22

23   For the Plaintiffs:        Herman Herman & Katz, LLC
                                BY:  STEPHEN J. HERMAN, ESQ.
                                820 O'Keefe Avenue
24                              New Orleans, Louisiana 70113

25


                            OFFICIAL TRANSCRIPT

1  <u>Appearances</u>:

2

3  For the Plaintiffs:            Cunningham Bounds, LLC
                                  BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 Dauphin Street
4                                 Mobile, Alabama 36604

5

6  For the Plaintiffs:            Lewis Kullman Sterbcow & Abramson
                                  BY:  PAUL M. STERBCOW, ESQ.
                                  601 Poydras Street, Suite 2615
7                                 New Orleans, Louisiana 70130

8

9  For the Plaintiffs:            Breit Drescher Imprevento
                                    & Walker, PC
                                  BY:  JEFFREY A. BREIT, ESQ.
10                                600 22nd Street, Suite 402
                                  Virginia Beach, Virginia 23451

11

12  For the Plaintiffs:           Leger & Shaw
                                  BY:  WALTER J. LEGER JR., ESQ.
13                                600 Carondelet Street, 9th Floor
                                  New Orleans, Louisiana 70130

14

15  For the Plaintiffs:           Williams Law Group, LLC
                                  BY:  CONRAD "DUKE" WILLIAMS, ESQ.
16                                435 Corporate Drive, Suite 101
                                  Houma, Louisiana 70360

17

18  For the Plaintiffs:           Thornhill Law Firm
                                  BY:  TOM THORNHILL, ESQ.
19                                1308 Ninth Street
                                  Slidell, Louisiana 70458

20

21  For the Plaintiffs:           deGravelles Palmintier Holthaus
                                    & Frugé, LLP
22                                BY:  JOHN W. DEGRAVELLES, ESQ.
                                  618 Main Street
23                                Baton Rouge, Louisiana 70801

24

25

OFFICIAL TRANSCRIPT

1    Appearances:

2

3    For the Plaintiffs:            Williamson & Rusnak
                                    BY:  JIMMY WILLIAMSON, ESQ.
                                    4310 Yoakum Boulevard
4                                   Houston, Texas 77006

5

     For the Plaintiffs:            Irpino Law Firm
6                                   BY:  ANTHONY IRPINO, ESQ.
                                    2216 Magazine Street
7                                   New Orleans, Louisiana 70130

8

     For the United States         U.S. Department of Justice
9    of America:                   Torts Branch, Civil Division
                                    BY:  R. MICHAEL UNDERHILL, ESQ.
10                                  450 Golden Gate Avenue
                                    7-5395 Federal Bldg., Box 36028
11                                  San Francisco, California 94102

12

     For the United States         U.S. Department of Justice
13   of America:                   Environment & Natural Resources
                                    Environmental Enforcement Section
14                                  BY:  STEVEN O'ROURKE, ESQ.
                                         SCOTT CERNICH, ESQ.
15                                       DEANNA CHANG, ESQ.
                                         RACHEL HANKEY, ESQ.
16                                       A. NATHANIEL CHAKERES, ESQ.
                                    Post Office Box 7611
17                                  Washington, D.C. 20044

18

     For the United States         U.S. Department of Justice
19   of America:                   Torts Branch, Civil Division
                                    BY:  JESSICA McCLELLAN, ESQ.
20                                       MICHELLE DELEMARRE, ESQ.
                                         JESSICA SULLIVAN, ESQ.
21                                       SHARON SHUTLER, ESQ.
                                         MALINDA LAWRENCE, ESQ.
22                                  Post Office Box 14271
                                    Washington, D.C. 20004

23

24

25

                              OFFICIAL TRANSCRIPT

1    Appearances:

2

3    For the United States          U.S. Department of Justice
     of America:                    Fraud Section
                                    Commercial Litigation Branch
4                                   BY:  DANIEL SPIRO, ESQ.
                                         KELLEY HAUSER, ESQ.
5                                        ELIZABETH YOUNG, ESQ.
                                    Ben Franklin Station
6                                   Washington, D.C. 20044

7

8    For the State of              Attorney General of Alabama
     Alabama:                      BY:  LUTHER STRANGE, ESQ.
                                         COREY L. MAZE, ESQ.
9                                        WINFIELD J. SINCLAIR, ESQ.
                                    500 Dexter Avenue
10                                  Montgomery, Alabama 36130

11

12   For the State of              Attorney General of Louisiana
     Louisiana:                    BY:  JAMES D. CALDWELL, ESQ.
                                    1885 North Third Street
13                                  Post Office Box 94005
                                    Baton Rouge, Louisiana 70804

14

15   For the State of              Kanner & Whiteley, LLC
     Louisiana:                    BY:  ALLAN KANNER, ESQ.
16                                       DOUGLAS R. KRAUS, ESQ.
                                    701 Camp Street
17                                  New Orleans, Louisiana 70130

18

19   For BP Exploration &          Liskow & Lewis, APLC
     Production Inc.,              BY:  DON K. HAYCRAFT, ESQ.
     BP America Production          701 Poydras Street, Suite 5000
20   Company, BP PLC:              New Orleans, Louisiana 70139

21

22   For BP Exploration &          Kirkland & Ellis, LLP
     Production Inc.,              BY:  J. ANDREW LANGAN, ESQ.
     BP America Production              HARIKLIA "CARRIE" KARIS, ESQ.
23   Company, BP PLC:                   MATTHEW T. REGAN, ESQ.
                                    300 N. Lasalle
24                                  Chicago, Illinois 60654

25

OFFICIAL TRANSCRIPT

Appearances:

For BP Exploration &           Covington & Burling, LLP
Production Inc.,               BY:  ROBERT C. "MIKE" BROCK, ESQ.
BP America Production          1201 Pennsylvania Avenue, NW
Company, BP PLC:              Washington, D.C. 20004


For Transocean Holdings        Frilot, LLC
LLC, Transocean Offshore       BY:  KERRY J. MILLER, ESQ.
Deepwater Drilling Inc.,       1100 Poydras Street, Suite 3700
Transocean Deepwater Inc.:     New Orleans, Louisiana 70163


For Transocean Holdings        Sutherland Asbill & Brennan, LLP
LLC, Transocean Offshore       BY:  STEVEN L. ROBERTS, ESQ.
Deepwater Drilling Inc.,            RACHEL G. CLINGMAN, ESQ.
Transocean Deepwater Inc.:     1001 Fannin Street, Suite 3700
                               Houston, Texas 77002


For Transocean Holdings        Munger Tolles & Olson, LLP
LLC, Transocean Offshore       BY:  MICHAEL R. DOYEN, ESQ.
Deepwater Drilling Inc.,            BRAD D. BRIAN, ESQ.
Transocean Deepwater Inc.:          LUIS LI, ESQ.
                               355 S. Grand Avenue, 35th Floor
                               Los Angeles, California 90071


For Transocean Holdings        Mahtook & Lafleur
LLC, Transocean Offshore       BY:  RICHARD J. HYMEL, ESQ.
Deepwater Drilling Inc.,       600 Jefferson Street, Suite 1000
Transocean Deepwater Inc.:     Post Office Box 3089
                               Lafayette, Louisiana 70501


For Transocean Holdings        Hughes Arrell Kinchen, LLP
LLC, Transocean Offshore       BY:  JOHN KINCHEN, ESQ.
Deepwater Drilling Inc.,       2211 Norfolk, Suite 1110
Transocean Deepwater Inc.:     Houston, Texas 77098

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For Halliburton Energy          Godwin Lewis, PC
     Services, Inc.:                 BY:   DONALD E. GODWIN, ESQ.
                                           BRUCE W. BOWMAN JR., ESQ.
4                                          FLOYD R. HARTLEY JR., ESQ.
                                           GAVIN HILL, ESQ.
5                                    1201 Elm Street, Suite 1700
                                     Dallas, Texas 75270
6

7    For Halliburton Energy:         Godwin Lewis, PC
     Services, Inc.:                 BY:   JERRY C. VON STERNBERG, ESQ.
8                                    1331 Lamar, Suite 1665
                                     Houston, Texas 77010
9

10   Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room HB-406
11                                   New Orleans, Louisiana 70130
                                     (504) 589-7778
12                                   Toni_Tusa@laed.uscourts.gov

13

14

15

16   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

1                          <u>I N D E X</u>

2                                                    <u>Page</u>

3    Steve Robinson

4         Direct Examination By Mr. Regan          7906

5         Cross-Examination By Mr. Sterbcow        7940

6         Cross-Examination By Mr. Underhill       7988

7         Cross-Examination By Mr. Brian           7997

8         Redirect Examination By Mr. Regan        8010

9
     Kevin Lacy by Video Deposition               8013
10

11   Neil Shaw

12        Direct Examination by Ms. Karis          8014

13

14

15

16

17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
| | 1 |
| 13:15 | 2 |
| 13:33 | 3 |
| 13:33 | 4 |
| 13:33 | 5 |
| 13:33 | 6 |
| 13:33 | 7 |
| 13:33 | 8 |
| 13:33 | 9 |
| 13:33 | 10 |
| 13:33 | 11 |
| 13:33 | 12 |
| 13:33 | 13 |
| 13:34 | 14 |
| 13:34 | 15 |
| 13:34 | 16 |
| 13:34 | 17 |
| 13:34 | 18 |
| 13:34 | 19 |
| 13:34 | 20 |
| 13:34 | 21 |
| 13:34 | 22 |
| 13:34 | 23 |
| 13:34 | 24 |
| 13:34 | 25 |

<u>**AFTERNOON SESSION**</u>

**(April 9, 2013)**

THE COURT:  Please be seated, everyone.

MR. IRPINO:  Good afternoon, Your Honor.

THE COURT:  All right.

MR. IRPINO:  Real quickly, I just wanted to state for the record the difference -- we talked about the report of Mr. Emilsen, TREX-40003, and then there was TREX-7401.  They are, in fact, different.

40003 is 22 pages and is just the October 17, 2011 report with his -- referenced his CV and materials considered.  TREX-7401 is 83 pages and has those same exact first 22 pdf pages but additionally has Appendix W of the Bly report attached after that, which makes up the next 20 pdf pages, 24 through 83.  Just to let the Court know for the record.

THE COURT:  Very well.

MR. REGAN:  What I would propose, Your Honor -- Matt Regan on behalf of BP -- is that obviously we don't have an objection to either one.  But for simplicity, tomorrow morning we can just propose to just use one of them, the complete one, and just make a statement on the record so that it's clear going forward.

THE COURT:  That will be fine.  Thank you.

MR. REGAN:  All right.  Very well.

| | | |
|---|---|---|
| 13:34 | 1 | **THE COURT:**  Next witness for BP. |
| 13:34 | 2 | **MR. REGAN:**  Your Honor, BP calls Mr. Steve Robinson. |
| 13:34 | 3 | **STEVE ROBINSON,** |
| 13:34 | 4 | having been duly sworn, testified as follows: |
| 13:34 | 5 | **THE DEPUTY CLERK:**  State your full name and correct |
| 13:34 | 6 | spelling for the record, please. |
| 13:34 | 7 | **THE WITNESS:**  My name is Steven W. Robinson, |
| 13:34 | 8 | S-T-E-V-E-N, W. Robinson, R-O-B-I-N-S-O-N. |
| 13:35 | 9 | **DIRECT EXAMINATION** |
| 13:35 | 10 | BY MR. REGAN: |
| 13:35 | 11 | **Q.**   Good afternoon, Mr. Robinson.  Could you please tell the |
| 13:35 | 12 | Court where you live. |
| 13:35 | 13 | **A.**   I currently live in Houston, Texas. |
| 13:35 | 14 | **Q.**   Where do you work? |
| 13:35 | 15 | **A.**   I work for BP in the Houston office. |
| 13:35 | 16 | **Q.**   What's your current position at BP? |
| 13:35 | 17 | **A.**   I'm the vice president of region wells for the Gulf of |
| 13:35 | 18 | Mexico. |
| 13:35 | 19 | **Q.**   At various points today either you or I will be asked to |
| 13:35 | 20 | slow down for the purposes of the court reporter, but my cold |
| 13:35 | 21 | is slowing me down a little bit, so we will both try to talk |
| 13:35 | 22 | slowly. |
| 13:35 | 23 | Mr. Robinson, I would like to just let the Court know |
| 13:35 | 24 | a little bit about you, if we could.  Where did you grow up? |
| 13:35 | 25 | **A.**   I grew up in Shreveport, Louisiana. |

STEVE ROBINSON - DIRECT

| | | |
|---|---|---|
| 13:35 | 1 | **Q.** How did you end up in Shreveport? |
| 13:35 | 2 | **A.** My dad moved us there at a very young age, 18 months or |
| 13:35 | 3 | so.  He was a mud logger and stated a mud logging business in |
| 13:35 | 4 | Shreveport. |
| 13:35 | 5 | **Q.** Did you stay in Shreveport through the end of high school? |
| 13:35 | 6 | **A.** I did. |
| 13:35 | 7 | **Q.** Where did you go to college, Mr. Robinson? |
| 13:35 | 8 | **A.** Louisiana Tech University. |
| 13:36 | 9 | **Q.** What did you major in? |
| 13:36 | 10 | **A.** I majored in petroleum engineering, and I received a |
| 13:36 | 11 | bachelor's in 1985 and a master's in 1988. |
| 13:36 | 12 | **Q.** Both in petroleum engineering? |
| 13:36 | 13 | **A.** That's correct. |
| 13:36 | 14 | **Q.** So in 1988 -- let me ask you, during the time you were |
| 13:36 | 15 | working -- during the time you were in college and doing your |
| 13:36 | 16 | master's, did you have any experience working in the oil |
| 13:36 | 17 | industry? |
| 13:36 | 18 | **A.** Yes, I did.  I actually started work in the oil industry |
| 13:36 | 19 | while I was attaining my bachelor's.  Summer of 1982 was my |
| 13:36 | 20 | first job on a rig, Transcontinental Rig 35. |
| 13:36 | 21 | **Q.** Just briefly tell the judge the type of work you were |
| 13:36 | 22 | doing in college while getting your degrees but also working in |
| 13:36 | 23 | the industry. |
| 13:36 | 24 | **A.** It was predominantly mud logging. |
| 13:36 | 25 | **Q.** Were you working for your dad's company? |

OFFICIAL TRANSCRIPT

**STEVE ROBINSON - DIRECT**

13:36  1   **A.**   Yes, I was.

13:36  2   **Q.**   After getting your education, Mr. Robinson, you went to

13:36  3   work in the oil business; is that right?

13:36  4   **A.**   That's correct.  I went to work for ARCO in March of 1988.

13:36  5   **Q.**   Again, we don't have to have every chapter of your

13:36  6   history, but can you briefly describe the time you had at ARCO

13:37  7   slowly from 1988 through around 2000.

13:37  8   **A.**   Yes.  They placed me at Midland, Texas, a field assignment

13:37  9   as a company man, now known as well site leader, for

13:37  10  2 1/2 years.  I also did some engineering assignments in

13:37  11  Midland, drilling completions and workovers.

13:37  12          After that they sent me to Alaska for an exploration

13:37  13  program -- two programs, actually, one in Cook Inlet, Alaska,

13:37  14  with a jack-up vessel.  It was called the "Sunfish Project."  I

13:37  15  had engineering and company man experience on that vessel or

13:37  16  that rig.

13:37  17          And then also in the Beaufort Sea, I worked on an

13:37  18  exploration well off the coast of Barrow, Alaska called

13:37  19  "Cabot."  And from there I did some developments.

13:37  20          I was there a total of seven years in Alaska and then

13:37  21  was transferred to Algeria.  I worked as a drilling engineer in

13:37  22  Algeria for almost three years, and at that time BP bought

13:37  23  ARCO.

13:37  24  **Q.**   Why don't we stop there.

13:37  25          So with ARCO you are working in Texas and in Alaska

STEVE ROBINSON - DIRECT

13:37  1   and in Algeria, and then in 2000, BP, Amoco, and ARCO merged;

13:38  2   is that right?

13:38  3   A.   That's correct.

13:38  4   Q.   Why don't you take us, then, forward from -- your work

13:38  5   from 2000 forward.

13:38  6   A.   Late 2000, so 10 months or so, eight months maybe after

13:38  7   the acquisition of ARCO, BP transferred me to Houston and made

13:38  8   me a team leader over a drilling engineering group running

13:38  9   Wyoming rigs.  I did that for some time and ultimately stayed

13:38  10  in Houston six to seven years and had various onshore

13:38  11  assignments.

13:38  12       And then they moved me in deepwater during that

13:38  13  six-year period.  I spent 2 1/2 years working Gulf of Mexico

13:38  14  exploration, running a vessel called the *Ocean Confidence*.

13:38  15  Q.   Do you remember what years that was generally?

13:38  16  A.   2004 through mid-2006, as I remember.

13:38  17  Q.   After leaving that Gulf of Mexico deepwater position, what

13:38  18  did you do next?

13:38  19  A.   I was transferred to an exploration program we had in

13:39  20  Sakhalin Island off the East Coast of Russia.  It was an Arctic

13:39  21  exploration off the north coast of Sakhalin.  Sakhalin Island

13:39  22  is north of Japan.  We had two summer drilling programs,

13:39  23  exploration programs that I led the teams to accomplish.

13:39  24  Q.   Was that deepwater drilling?

13:39  25  A.   Yes, it was, 5,000 feet of water.  We drilled the wells

STEVE ROBINSON - DIRECT

13:39  1  with *Transocean Legend*, a moored vessel.

13:39  2  Q.   After leaving Sakhalin in Russia, where did you go next?

13:39  3  A.   I was transferred to the North Sea.  It was a position of

13:39  4  more responsibility running our rigs on BP's North Sea

13:39  5  platforms.  We had seven platforms, five of which had active

13:39  6  rigs.  I ran that program for -- up until January 2009, and

13:39  7  they transferred me to Alaska at that point.

13:39  8  Q.   What was your general position then in Alaska, starting in

13:39  9  January 2009?

13:39  10  A.   Equivalent that I have now in the Gulf of Mexico, I was

13:39  11  the vice president for our Alaska wells organization.

13:39  12  Q.   Was that the position that you held at BP on or about

13:40  13  April 20, 2010, Mr. Robinson?

13:40  14  A.   Yes, that's correct.

13:40  15  Q.   I want to briefly describe, in April of 2010, after the

13:40  16  accident in the Gulf of Mexico, were you asked to join BP's

13:40  17  internal investigation team?

13:40  18  A.   Yes, I was, on April 23.

13:40  19  Q.   So you were up in Alaska and then came down to Houston?

13:40  20  A.   That is correct.

13:40  21  Q.   Do you remember when you arrived?

13:40  22  A.   I arrived the evening of the 24th.

13:40  23  Q.   When did you start working on the investigation team,

13:40  24  Mr. Robinson?

13:40  25  A.   The morning of the 25th.  That was a Sunday morning.

STEVE ROBINSON - DIRECT

13:40  1    Q.   Did you have a specific idea of what you were being asked
13:40  2    to do?
13:40  3    A.   I was told I was going to run a team looking at the
13:40  4    operations involving the *Horizon*.
13:40  5    Q.   The Court has already heard substantial testimony about
13:40  6    the Bly report and the Bly investigation.  But with respect to
13:40  7    the Bly or BP investigation report, whichever way you want to
13:41  8    call it, was there particular sections of that report that were
13:41  9    your responsibility?
13:41  10   A.   Yes.  Section 5B particularly was my section.
13:41  11   Q.   How long were you engaged in this task; that is, working
13:41  12   for BP's investigation team starting the 25th of April?
13:41  13   A.   From that time period until we published the report,
13:41  14   September 8; and then I went on speaking tour right behind
13:41  15   that, lasted until early November.
13:41  16   Q.   Can you just describe, again generally, the type of work
13:41  17   environment or work hours that you had in that time period from
13:41  18   April 25 to the publication of the report, September 8, 2010?
13:41  19   A.   The first few weeks it was 14, 16 hours a day working on
13:41  20   trying to gather facts, also lots of travel.  That's the
13:41  21   extent.
13:41  22   Q.   We are going to come back to some of the interviews that
13:41  23   you conducted as part of the investigation team, but just I
13:42  24   want to finish out your résumé for the Court.
13:42  25          After you left BP's internal investigation team in

7912

**STEVE ROBINSON - DIRECT**

13:42  1   November of 2010, what did you do next?

13:42  2   A.   I returned to Alaska to resume my job until I was replaced

13:42  3   to come down to Gulf of Mexico.

13:42  4   Q.   So when did you come down to Houston to take your current

13:42  5   position of being vice president of wells?

13:42  6   A.   March 2011.

13:42  7   Q.   In your current position, again at a general level, can

13:42  8   you describe to the Court your basic duties and

13:42  9   responsibilities.

13:42  10  A.   I'm accountable for all the rig and on-rig activity in the

13:42  11  Gulf of Mexico that touches wells.

13:42  12  Q.   Does that include exploration and production activity?

13:42  13  A.   Yes, it does.

13:42  14  Q.   How many rigs do you have operating in the Gulf right now

13:42  15  for BP, Mr. Robinson?

13:42  16  A.   We have eight.  We just released one.  We were at nine.

13:42  17  We just released one rig, a P&A rig.

13:42  18  Q.   That includes Transocean rigs, Rowan rigs, Diamond

13:42  19  Offshore rigs?

13:42  20  A.   And Seadrill.

13:42  21  Q.   Seadrill rigs?

13:42  22  A.   Yes.

13:42  23  Q.   Mr. Robinson, during the course of your career, would you

13:43  24  have been well control-certified at different times?

13:43  25  A.   Oh, yes.

STEVE ROBINSON - DIRECT

| | | |
|---|---|---|
| 13:43 | 1 | **Q.**   Are you well control-certified right now? |
| 13:43 | 2 | **A.**   No, I'm not. |
| 13:43 | 3 | **Q.**   Is that required for your current position? |
| 13:43 | 4 | **A.**   No, it's not. |
| 13:43 | 5 |         **MR. REGAN:**  If we could put up 37031.1.1. |
| 13:43 | 6 | TREX-37031.1.1. |
| 13:43 | 7 | **BY MR. REGAN:** |
| 13:43 | 8 | **Q.**   I have a cover page on the screen here, Mr. Robinson.  But |
| 13:43 | 9 | during the course of your work in the investigation team, did |
| 13:43 | 10 | you keep a notebook? |
| 13:43 | 11 | **A.**   Yes, I did.  I was issued a notebook to keep my notes in. |
| 13:43 | 12 | **Q.**   What was the purpose you had of keeping this notebook? |
| 13:43 | 13 | **A.**   To record interview notes as well as any other information |
| 13:44 | 14 | I would gather and try to record it in the notebook. |
| 13:44 | 15 | **Q.**   As part of your fact-gathering process for the |
| 13:44 | 16 | investigation, you participated in witness interviews; is that |
| 13:44 | 17 | correct? |
| 13:44 | 18 | **A.**   That's correct. |
| 13:44 | 19 | **Q.**   Generally speaking, who did you interview? |
| 13:44 | 20 | **A.**   Do you want a complete list or generally -- |
| 13:44 | 21 | **Q.**   Just describe the types of people. |
| 13:44 | 22 | **A.**   Oh, the types of people. |
| 13:44 | 23 | **Q.**   Yes. |
| 13:44 | 24 | **A.**   Anyone that was involved with the Macondo, particularly |
| 13:44 | 25 | those that had came off the rig I wanted to talk to, the well |

**STEVE ROBINSON - DIRECT**

1    site leaders, engineers, managers, anyone that had knowledge of

2    the planning or execution of the well.

3    **Q.**   What did you see as your purpose in conducting these

4    interviews for the investigation?

5    **A.**   To find out what happened.

6    **Q.**   Are you a professional interviewer?

7    **A.**   No, I'm not.

8    **Q.**   Have you ever been involved in an investigation of this

9    scale before?

10    **A.**   Not of this scale.  I've been involved in investigations,

11    but not of this scale.

12    **Q.**   With respect to the actual notes you took -- and we are

13    going to show the Court some of the notes that you took from

14    interviews -- can you describe the process that you would go

15    through again in taking notes when you would go and conduct

16    these interviews?

17    **A.**   We would -- we'd have a facilitator with us.  Usually

18    there would be two technical people.  I would be one of the

19    technical persons, and have a facilitator to start the

20    investigation.

21          We tried to get the interviewee to tell the story and

22    then, at what seemed to be points of interest or key parts of

23    the interview, one of the technical people would start asking

24    questions to kind of drill into the detail of that particular

25    issue.

STEVE ROBINSON - DIRECT

13:45  1    **Q.**   Mr. Robinson, would you write down everything that
13:45  2    transpired in the interview?
13:45  3    **A.**   No.  I wouldn't write down everything, no.
13:45  4    **Q.**   Would you write down verbatim what the witness -- that you
13:45  5    were talking to, would you write down their words verbatim?
13:45  6    **A.**   No, I did not.
13:45  7    **Q.**   Did you see it as your job to be producing a transcript of
13:45  8    these interviews?
13:45  9    **A.**   No, I did not.
13:45  10   **Q.**   In your notes in different places, would you write down
13:45  11   notes to yourself or questions you might have?
13:46  12   **A.**   Yes, I would.  So I wouldn't interrupt if the interviewee
13:46  13   was speaking.  If I thought of a question, I would write it
13:46  14   down so I could remember it later.
13:46  15   **Q.**   But you endeavored to write down what you heard or the
13:46  16   impressions you got from the interview as it was taking place?
13:46  17   **A.**   Yes, that's correct.
13:46  18   **Q.**   In order to help you do your job?
13:46  19   **A.**   That's right.
13:46  20   **Q.**   Was there ever, to your knowledge, Mr. Robinson, a time
13:46  21   where you asked to interview a BP employee for BP's
13:46  22   investigation where the BP employee refused to sit down with
13:46  23   you?
13:46  24   **A.**   No, no.
13:46  25   **Q.**   With respect to the way that the interviews -- I'm going

**STEVE ROBINSON - DIRECT**

13:46  1    to get right to the specific one here in one second.  But the
13:46  2    last general question is:  The way that interviews would take
13:46  3    place, would one person ask all the questions and other people
13:46  4    take notes?  Can you just describe generally for the Court so
13:46  5    the Court has an idea of how these interviews took place.
13:46  6    A.   Any interviewer could jump in and ask questions, and I
13:46  7    did -- for the well site leaders, I tended to ask more of the
13:47  8    questions, it seemed.
13:47  9    Q.   When you would be asking questions of somebody you were
13:47  10   interviewing, would you try to be writing down everything at
13:47  11   the same time you are asking the questions?
13:47  12   A.   No.  I found it very difficult to do that.  I had to
13:47  13   engage in the conversation, and I found it very difficult to
13:47  14   take notes at the same time.
13:47  15   Q.   I want to go specifically, just to direct your attention
13:47  16   to some notes that have been put before the Court and have you,
13:47  17   as the author of those notes, review those with the judge now.
13:47  18          First, you said you started your work on the
13:47  19   investigation team around the 25th of April; is that right?
13:47  20   A.   That's correct, that morning.
13:47  21   Q.   One of the first interviews that you conducted was of
13:47  22   Mr. Donald Vidrine; is that correct?
13:47  23   A.   The very first was Mr. Sims.  Mr. Vidrine would have been
13:47  24   two days -- about the 27th.
13:47  25   Q.   The 27th of April 2010?

STEVE ROBINSON - DIRECT

| | | |
|---|---|---|
| 13:47 | 1 | **A.**   That's correct. |
| 13:47 | 2 | **MR. REGAN:**  If we can go to 37031.13.3. |
| 13:47 | 3 | **BY MR. REGAN:** |
| 13:48 | 4 | **Q.**   Does this appear to be the start of your notes, |
| 13:48 | 5 | Mr. Robinson, of the first interview you did of Mr. Vidrine? |
| 13:48 | 6 | **A.**   Yes. |
| 13:48 | 7 | **Q.**   That's your handwriting, correct? |
| 13:48 | 8 | **A.**   Yes, it is. |
| 13:48 | 9 | **Q.**   Before we go into the detail, can you describe for the |
| 13:48 | 10 | Court, where did this interview take place? |
| 13:48 | 11 | **A.**   In Mr. Vidrine's home, in his dining room.  It was just |
| 13:48 | 12 | kind of off his kitchen there. |
| 13:48 | 13 | **Q.**   How many people participated in the interview? |
| 13:48 | 14 | **A.**   It was three of us. |
| 13:48 | 15 | **Q.**   Can you give us their names? |
| 13:48 | 16 | **A.**   It was Mr. Brian Martin, that was our facilitator; Mr. Jim |
| 13:48 | 17 | Cowie, he worked with me on the operations team; and myself. |
| 13:48 | 18 | **Q.**   The interview that took place of Mr. Vidrine -- you may |
| 13:48 | 19 | have just said this, but it took place at his house; is that |
| 13:48 | 20 | correct? |
| 13:48 | 21 | **A.**   That's correct, in Lafayette, Louisiana. |
| 13:48 | 22 | **Q.**   Okay.  Can you describe -- as you did the interview, did |
| 13:48 | 23 | you start the interview and go all the way to the end and then |
| 13:48 | 24 | finish? |
| 13:48 | 25 | **A.**   No, we weren't able to.  We invited Mr. Vidrine to start |

**STEVE ROBINSON - DIRECT**

13:48   1   telling the story, and he got through his time from landing

13:48   2   onboard to the blowout in about eight minutes.  And we had to

13:48   3   take him back from the beginning and start working through it

13:49   4   slowly, and we found ourselves kind of jumping around quite a

13:49   5   bit.  It didn't flow, actually, very well.

13:49   6   Q.   Having reviewed your notes, do your notes reflect the fact

13:49   7   that during your interview with Mr. Vidrine, you were bouncing

13:49   8   around topics?

13:49   9   A.   Yes.  I would have written down as I heard it, yes.

13:49   10  Q.   Let's go now to those notes.  So in terms of the sequence

13:49   11  of your notes, does that reflect that Mr. Vidrine was not

13:49   12  covering the sequence of events from beginning to end in one

13:49   13  smooth --

13:49   14  A.   Yes, that's accurate.

13:49   15  Q.   How was Mr. Vidrine?  How did he appear to you during the

13:49   16  interview?

13:49   17  A.   Initially he was quiet and reserved, welcomed us into his

13:49   18  home.  As he told us the story, what he knew of the event, he

13:49   19  would become tearful, emotional, and was starting to struggle.

13:49   20          **MR. GODWIN:**  May I, Your Honor?  Don Godwin for

13:50   21  Halliburton.

13:50   22          Your Honor, while Mr. Hartley is going to handle

13:50   23  the examination, I would offer this objection.  I won't be

13:50   24  involved otherwise.

13:50   25          Mr. Vidrine took the Fifth Amendment, and BP

**STEVE ROBINSON - DIRECT**

13:50   1   should not be allowed to ask this witness any questions that

13:50   2   would elicit a response of Mr. Vidrine said or how he looked so

13:50   3   as to position Mr. Vidrine in any matter before the Court

13:50   4   without us having the benefit of examining him.

13:50   5            So when he said he looked this way, he looked

13:50   6   that way, he said this, he said that, while hearsay would not

13:50   7   ordinarily apply, because he is an employee of the company, I

13:50   8   know BP may not be able to control his taking the Fifth, but

13:50   9   neither can we.  So neither side should have an advantage here,

13:50   10  Judge, would be my objection.

13:50   11       THE COURT:  First of all, it seems to me that his

13:50   12  statements about how he looked or appeared are not hearsay.

13:50   13  That's his personal observation.

13:50   14       MR. GODWIN:  In terms of if he appeared distraught or

13:50   15  whatever, that would attempt to evoke the sympathy of the

13:50   16  Court.

13:50   17       THE COURT:  Well, maybe so, but that's not hearsay.

13:51   18       MR. GODWIN:  I understand.  It's not just a hearsay

13:51   19  objection, Your Honor.  It really goes to why should they be

13:51   20  allowed to offer any comments that Mr. Vidrine may have made

13:51   21  when the man cannot be challenged here in this courtroom, is my

13:51   22  real objection.

13:51   23       MR. BRIAN:  Your Honor, Brad Brian for Transocean.  I

13:51   24  think Mr. Godwin is a question or two early.  I do intend to

13:51   25  lodge a hearsay objection to any questions and answers to the

STEVE ROBINSON - DIRECT

13:51   1   substance of what Mr. Vidrine said.  I think that is classic
13:51   2   hearsay.  I don't object to the question that was just asked
13:51   3   about how he appeared and that, but I think the substance would
13:51   4   be hearsay.
13:51   5       MR. GODWIN:  Well, when we do get to a point where he
13:51   6   is talking about what he said, there will be objections as to
13:51   7   hearsay; but I thought, Your Honor, in order to try to move it
13:51   8   along -- we are all trying to do that -- that we do that, we
13:51   9   say for any of these witnesses who took the Fifth, we are not
13:51   10  going to allow anybody to talk about what they said to someone
13:51   11  who is here on the stand.  That's my objection, Judge.
13:51   12      THE COURT:  Okay.
13:51   13      MR. GODWIN:  Thank you, sir.
13:51   14      MR. REGAN:  Well, Your Honor, I would say I am going
13:51   15  to ask Mr. Robinson about his notes that he took in his
13:51   16  handwriting of an interview.  These notes have been used by
13:52   17  both Halliburton and Transocean and other parties in this case,
13:52   18  and they have made suggestions about what they mean.  I think
13:52   19  it would be helpful for the person that wrote them to describe
13:52   20  what he wrote down.
13:52   21      And further, notwithstanding the empty chairs
13:52   22  here, with respect to the examination -- let me just leave it
13:52   23  at that.  I think Mr. Robinson is capable of testifying about
13:52   24  his notes about Mr. Vidrine.  If there would be a stipulation
13:52   25  that these notes are hearsay and not in the case, which I don't

STEVE ROBINSON - DIRECT

13:52  1   think there's going to be, that's a different matter.  But

13:52  2   people have been using the notes and this is the man that wrote

13:52  3   them.

13:52  4        **MR. BRIAN:**  It's very different, Your Honor, to use a

13:52  5   statement against a party opponent.  That is clearly

13:52  6   permissible, and I did that with Mr. Bly.  And Ms. Karis on

13:52  7   redirect, under sort of a rule of completeness, did go into

13:52  8   portions of those notes to put it in context and I did not

13:52  9   object to that.  I think that is appropriate.

13:52  10       So if I cross-examined Mr. Bly, for example,

13:52  11  about Mr. Robinson's notes.  I do think that Mr. Regan is

13:52  12  permitted to go into the very context of what I did, that

13:53  13  paragraph, to put that in context.  I don't believe, though, he

13:53  14  is permitted to elicit more generally the hearsay statements in

13:53  15  that interview that were not within the four corners, so to

13:53  16  speak, of my cross-examination on those notes.

13:53  17       **THE COURT:**  All right.  I understand.

13:53  18       Mr. Regan is correct in that there's been a lot

13:53  19  of references to these notes which in some circumstances may be

13:53  20  some form of hearsay.  I think, again, since this is a bench

13:53  21  trial, I will allow Mr. Regan some leeway here, and we will see

13:53  22  where he goes.  In the end, I can sort this out.  I can

13:53  23  separate the wheat from the chaff here.

13:53  24       **MR. BRIAN:**  Your Honor, so as not to disrupt these

13:53  25  proceedings, can we have a standing hearsay objection to --

STEVE ROBINSON - DIRECT

| | | |
|---|---|---|
| 13:53 | 1 | **THE COURT:**  Yes.  I understand. |
| 13:53 | 2 | **MR. BRIAN:**  Thank you. |
| 13:53 | 3 | **THE COURT:**  But Mr. Brian does make a good point, |
| 13:53 | 4 | Mr. Regan.  Keep in mind that it is different if somebody is |
| 13:54 | 5 | using, quote, hearsay in this -- what might otherwise be |
| 13:54 | 6 | hearsay against a party as opposed to a party trying to |
| 13:54 | 7 | affirmatively use it. |
| 13:54 | 8 | **MR. REGAN:**  I understand it to be a close question, |
| 13:54 | 9 | and I am going to go through the sections that Mr. Brian said |
| 13:54 | 10 | that -- the topics that these notes have been used for in this |
| 13:54 | 11 | court, particularly the 8:52 call.  That's what I'm going to |
| 13:54 | 12 | focus on so the Court can hear from the guy who wrote the |
| 13:54 | 13 | notes. |
| 13:54 | 14 | **MR. GODWIN:**  Judge, I would offer, with respect to |
| 13:54 | 15 | Halliburton, that I and others I directed on my team not to go |
| 13:54 | 16 | into those notes, to stay away from it, because I thought to |
| 13:54 | 17 | myself, How could we be trying to ask questions about those |
| 13:54 | 18 | notes and about Mr. Vidrine when the man is not going to be |
| 13:54 | 19 | here to testify? |
| 13:54 | 20 | So I figured this might come up, is the reason |
| 13:54 | 21 | for the objection. |
| 13:54 | 22 | **THE COURT:**  Here's the problem.  There's been a lot |
| 13:54 | 23 | of references during this trial to these notes already -- |
| 13:54 | 24 | **MR. GODWIN:**  Yes, Your Honor. |
| 13:54 | 25 | **THE COURT:**  -- particularly with respect to the 8:52 |

STEVE ROBINSON - DIRECT

13:54  1   phone call.  And I think it is fair to allow Mr. Regan and the
13:55  2   person who apparently wrote those notes to explain what he
13:55  3   wrote, if he understood it to be different from we are
13:55  4   understanding it.  I don't know what he is going to say.
13:55  5          MR. GODWIN:  I know that.
13:55  6          THE COURT:  But I think he is entitled to explain it.
13:55  7          MR. GODWIN:  Thank you, Judge.
13:55  8          MR. BRIAN:  So my position is clear, Your Honor, I do
13:55  9   not intend to object to Mr. Regan asking about the notes on the
13:55  10  8:52 p.m. call.  Precisely because I did ask him about those, I
13:55  11  would reserve a hearsay objection to the extent it goes beyond
13:55  12  that.
13:55  13         MR. GODWIN:  That's where I'm coming from, is what
13:55  14  Mr. Vidrine might have said.
13:55  15         THE COURT:  I don't know if he is going to go beyond
13:55  16  that or not or where it's going to go --
13:55  17         MR. REGAN:  I'll tell you right now where I'm going
13:55  18  to go.  I'm going to ask him about his notes --
13:55  19         THE COURT:  We are spending more time arguing about
13:55  20  it than just doing it.
13:55  21         MR. REGAN:  Let's do it.
13:55  22         THE COURT:  Okay.
13:55  23         MR. REGAN:  37031.13.3.
13:55  24  BY MR. REGAN:
13:55  25  Q.  Mr. Robinson, do you see part of your notes there from

OFFICIAL TRANSCRIPT

**STEVE ROBINSON - DIRECT**

| | |
|---|---|
| 13:55 | 1 |
| 13:56 | 2 |
| 13:56 | 3 |
| 13:56 | 4 |
| 13:56 | 5 |
| 13:56 | 6 |
| 13:56 | 7 |
| 13:56 | 8 |

13:55   1  that first interview with Mr. Vidrine on April 22, 2010, there

13:56   2  on your screen?

13:56   3  **A.**   I do.

13:56   4  **Q.**   Can you just read -- because this is your handwriting, can

13:56   5  you just read from the beginning to end what you wrote down

13:56   6  there, and if you have an abbreviation that would be helpful,

13:56   7  let us know what the abbreviation stands for.

13:56   8  **A.**   Okay.

13:56   9       "Ran to planned depth.  Displaced choke, kill, boost

13:56   10  with seawater.  Displaced drill pipe with seawater.  Pill

13:56   11  followed by saltwater.  Bled drill pipe.  SIDP" -- which I

13:56   12  interpret to be "shut-in drill pipe."

13:56   13       "Built to pressure.  They" -- and he mentions --

13:56   14  "Kaluza was told by senior toolpusher and tour pusher they

13:56   15  called it annular compression.  Said it was normal.  Check kill

13:56   16  line side.  Pumped a few strokes on kill line and it

13:56   17  pressured."

13:56   18       I say to the side "not sure how much."

13:56   19       "Bled off."

13:56   20       I didn't record any barrels.

13:56   21       "Shut in.  Built 30 psi.  Bled 0.2 barrels and

13:57   22  watched for one-half hour.  Drill pipe had 1400 psi steady."

13:57   23  **Q.**   Those were what you wrote down in the conversation with

13:57   24  Mr. Vidrine where he was discussing the negative pressure test;

13:57   25  is that right?

STEVE ROBINSON - DIRECT

13:57  1    **A.**   That's correct.

13:57  2    **Q.**   Just go to, then, 13.2 in the same exhibit.

13:57  3          **MR. REGAN:**  For the record, 37031.13.2.  It will be

13:57  4    the next page, .14.

13:57  5          This is the very next -- top of the next page,

13:57  6    Mr. Robinson.

13:57  7          And Donnie, if you could just highlight the top.

13:57  8    Thank you, sir.

13:57  9    **BY MR. REGAN:**

13:57  10   **Q.**   Again, Mr. Robinson, can you read what's on the right side

13:57  11   that you wrote down in your notes during that meeting with

13:57  12   Mr. Vidrine.

13:57  13   **A.**   Okay.

13:57  14         "No standard procedure on how to do this -- "or do

13:57  15   these procedures."

13:57  16         I'm having trouble reading it.

13:57  17         -- "procedure from town in bullet form.  Leave to rig

13:58  18   on how to do the procedure."

13:58  19   **Q.**   You have a drawing in your notes.  Can you inform the

13:58  20   Court what you were drawing there?

13:58  21   **A.**   Yes.  I had Mr. Vidrine -- just to make sure I understood

13:58  22   how they are lined up on this test, I had him make sure -- help

13:58  23   me walk through the picture so I could understand it.

13:58  24         **MR. REGAN:**  Then, Donnie, if we could highlight the

13:58  25   bottom half of the same page of notes, which is page 14.

7926

**STEVE ROBINSON - DIRECT**

13:58  1    BY MR. REGAN:

13:58  2    Q.   Again, Mr. Robinson, could you just read what is set forth

13:58  3    in your notes there.

13:58  4    A.   "Monitored for 30 minutes.  Called Hafle to discuss

13:58  5    surface plug.  Opened and started displacement.  Displacement

13:58  6    strokes came back on correct stroke count.  Stopped for sheen

13:58  7    test.  Was not flowing, as far as he knows.  Spacer weight

13:58  8    equals 16.0-pound per gallon, about 450 barrels.  Shaker hand

13:58  9    and mud engineer monitoring.  Mud engineer said came back on

13:58 10    right strokes and looked okay on the panel.  Sheen test passed.

13:59 11    Expects he was 800 psi overbalanced at that point.  Gave okay

13:59 12    to start dumping."

13:59 13    Q.   Stop right there.

13:59 14         What you have just read, from "monitor" down to

13:59 15    "start dumping," was it your impression that Mr. Vidrine was

13:59 16    talking about activity from after the negative test had taken

13:59 17    place?

13:59 18    A.   Yes, that's correct.

13:59 19    Q.   So now --

13:59 20         MR. BRIAN:  I'm going to renew my objection.  We

13:59 21    haven't heard anything about the 8:52 p.m. call yet, and I

13:59 22    think both portions he has read is hearsay.

13:59 23         MR. REGAN:  It's in the very next paragraph,

13:59 24    Your Honor, right after --

13:59 25         THE COURT:  Overrule the objection.

STEVE ROBINSON - DIRECT

BY MR. REGAN:

Q.   Mr. Robinson, can you read the last sentence there on your notes as you took them on April 27.

A.   "Crews comfortable with test.  Don made them check it for 30 minutes on kill line."

Q.   Now, was that sentence -- was that -- your impression, was he talking about things after the negative test, or was he jumping back to the negative test?

A.   He is going back to the negative test.

Q.   Go to the very next page of your notes, which is 37031.15.4.

A.   Yes.

Q.   Then again, can you read what's set forth there.

A.   "Hafle called back while displacing at about 9:00.  Not sure why he called, curious about how things are going. Transocean guys had dismissed it as anything serious and somewhat joked about his concern.  Ezell, Jason Anderson, Bob Kaluza, Dewey Sevette [verbatim], mud engineer Leo and mud engineer Gordon (they were changing out also).  Charles may have been there."

Q.   Again, these notes, you wrote them down in the way you were hearing what Mr. Vidrine was describing; is that correct?

A.   That's correct.

Q.   Was he bouncing around time periods again?

A.   He was bouncing back to the negative test in that last

STEVE ROBINSON - DIRECT

| | | |
|---|---|---|
| 14:00 | 1 | comment. |
| 14:00 | 2 | **MR. REGAN:**  If we could, then, Donnie, just below |
| 14:00 | 3 | there. |
| 14:00 | 4 | **BY MR. REGAN:** |
| 14:00 | 5 | **Q.**   And then the last paragraph from these notes, |
| 14:00 | 6 | Mr. Robinson, from this interview with Mr. Vidrine if you could |
| 14:00 | 7 | read just the first couple of lines there, starting with "After |
| 14:00 | 8 | sheen test." |
| 14:00 | 9 | **A.**   "After sheen test, went back to office.  10 to 15 minutes |
| 14:00 | 10 | later, got a call.  Jason the toolpusher called and said we are |
| 14:01 | 11 | getting mud back and diverting returns to the gas buster.  Also |
| 14:01 | 12 | said he was closing or had closed.  Hung up quick." |
| 14:01 | 13 | Keep reading? |
| 14:01 | 14 | **Q.**   Yes.  Why don't we finish it up. |
| 14:01 | 15 | **A.**   "Started for floor.  Down hall upstairs toward rig area or |
| 14:01 | 16 | rig, mud and seawater blowing every where.  Positive it was |
| 14:01 | 17 | mud.  Stopped and explosion occurred and power went out.  Not |
| 14:01 | 18 | sure exactly when power went off." |
| 14:01 | 19 | **Q.**   Mr. Robinson, as you sat with Mr. Vidrine in his house on |
| 14:01 | 20 | April 27, at any point in time during the interview and on |
| 14:01 | 21 | these topics we have just showed did you get the impression |
| 14:01 | 22 | from Mr. Vidrine that he believed the negative test that had |
| 14:01 | 23 | ended at 8:00 p.m. was a failed test? |
| 14:01 | 24 | **MR. BRIAN:**  Objection, foundation and form. |
| 14:01 | 25 | **THE COURT:**  Overruled. |

**STEVE ROBINSON - DIRECT**

14:01  1          **THE WITNESS:**  My impression was he thought the test

14:01  2  was a success.

14:01  3  **BY MR. REGAN:**

14:01  4  **Q.**   After you left Mr. Vidrine's house on April 27, what did

14:01  5  you do next?

14:01  6  **A.**   We returned to Houston -- we drove to Lafayette.  We

14:02  7  returned to Houston, overnighted there, and then I flew to

14:02  8  Las Vegas the next morning.

14:02  9  **Q.**   Let me just jump you back.  Was there a point in time

14:02  10  after you left Mr. Kaluza for Mr. Vidrine's house where you

14:02  11  contacted the investigators back in Houston?

14:02  12  **A.**   Yes.  Right after the interview, went to BP's office in

14:02  13  Lafayette and called the Houston office, where the other

14:02  14  investigators were, and gave them a download of the interview.

14:02  15  **Q.**   Just in your own words so the Court is clear, what did you

14:02  16  mean by "gave them a download"?

14:02  17  **A.**   Read our notes back to them, gave them a briefing of our

14:02  18  notes.

14:02  19  **Q.**   So to your understanding, there were people in Houston

14:02  20  that night who were writing down things you were saying that

14:02  21  night, which were based on your notes from what you had heard

14:02  22  in an earlier interview that day?

14:02  23  **A.**   That's correct.

14:02  24  **Q.**   So if the Court sees notes that have your name on them but

14:02  25  weren't written by you, is that how that can come to pass?

**STEVE ROBINSON - DIRECT**

14:02  1   **A.**   Absolutely.

14:02  2   **Q.**   I would like to now turn to what you did the next day, the

14:03  3   interview you had with Mr. Kaluza.

14:03  4   **A.**   Okay.

14:03  5   **Q.**   Where did your interview with Mr. Kaluza take place?

14:03  6   **A.**   In a hotel in Las Vegas near the airport.

14:03  7   **Q.**   I've put on the screen 37031.17.1.  Does this appear to be

14:03  8   the start of your handwritten notes with Mr. Kaluza?

14:03  9   **A.**   Yes, it does.

14:03  10  **Q.**   Again, were you trying to write a transcript,

14:03  11  Mr. Robinson?

14:03  12  **A.**   No, I was not.

14:03  13  **Q.**   Were you trying to write down everything that was said and

14:03  14  the exact words that were said?

14:03  15  **A.**   No, I was not.

14:03  16         **MR. REGAN:**  If we can go, then, to 370.31.19.1.

14:03  17  **BY MR. REGAN:**

14:03  18  **Q.**   Again, Mr. Robinson, can you just read for the Court

14:03  19  what's set forth there in the notes?

14:03  20  **A.**   "After casing test" --

14:03  21         **MR. BRIAN:**  I would like to just have a continuing

14:03  22  objection -- I won't interrupt any further -- on hearsay

14:03  23  grounds.

14:03  24         **MR. HARTLEY:**  We'll join that.

14:03  25         **THE COURT:**  And, Mr. Robinson, just for the court

## STEVE ROBINSON - DIRECT

14:03   1    reporter's benefit, when you read, try not to read too fast.

14:03   2          **THE WITNESS:** Sure.

14:03   3    **A.** "After casing test, run in hole to 8367 feet. Vance (HES)

14:04   4    was Halliburton's cementer for high pressure test. Discussed

14:04   5    with toolpusher Wyman" --

14:04   6          Says he's a junior toolpusher.

14:04   7          "Told Bob he was comfortable with this procedure, the

14:04   8    negative test on annular. Went back to office to work on plug

14:04   9    procedure. When finished, went back to floor. Crew had pumped

14:04  10    seawater down drill pipe with 450 barrels water-based mud

14:04  11    spacer" -- "WBM" stands for waster-based mud -- "ahead such

14:04  12    that bottomless spacer above stack."

14:04  13    **BY MR. REGAN:**

14:04  14    **Q.** Then continue to 370.31.22.

14:04  15          **MR. REGAN:** Donnie, if we could just highlight the

14:04  16    top of the page and then we will go through this whole page, if

14:04  17    we could.

14:04  18    **BY MR. REGAN:**

14:04  19    **Q.** But again, Mr. Robinson, start at the top of the page with

14:04  20    what you wrote down from your discussion of Mr. Kaluza.

14:04  21    **A.** "Closed bag and then pumped mud to fill riser. Did not

14:05  22    take much volume to fill. Monitored. Static. Saw 1260 psi on

14:05  23    drill pipe. Randy Ezell was there. Leo Lambert was there.

14:05  24    Randy pushed for negative test on drill pipe. APD requires

14:05  25    monitoring on kill line. Discussed pressure. Called Vance to

7932

**STEVE ROBINSON - DIRECT**

14:05  1   bleed the 1262 psi.  It bled off quickly, 15 barrels.
14:05  2   Discussed the kill line issue.  Needed to monitor on kill line.
14:05  3   Opened on kill line.  Started to flow.  Vance called and said,
14:05  4   'We are getting flow.'  Told Vance to shut-in.  Total 3 to
14:05  5   4 barrels" -- I'm having trouble reading that -- "on kill
14:05  6   line."
14:05  7          It looks like I had "3 to 4 barrels back on kill
14:05  8   line."
14:05  9   Q.   Just pause right there.
14:05  10          MR. REGAN:  And, Donnie, can you move the page up.
14:05  11  BY MR. REGAN:
14:05  12  Q.   We are on .22.
14:05  13  A.   "Went down to talk to Don (close to change out).  Believes
14:06  14  they shut in on IBOP.  Bob and Don went to floor.  Jason
14:06  15  relieved Ezell.  Ezell there still.  Long discussion.  Recall
14:06  16  they said they bled fluid after pumping.  Jason said, 'Bob and
14:06  17  Don, this happens all the time.'  Called it a bladder effect.
14:06  18  Said annular element will compress the drill pipe.  He said,
14:06  19  'All company men do it differently, but this happens every
14:06  20  time.  Annular puts pressure on fluid below.'
14:06  21          "Bob insisted that it must be done down kill line.
14:06  22  Will make sure kill line is full and then monitor.  Bob went
14:06  23  down to get procedure for cement job.  When he came back,
14:06  24  30 psi on kill line.  Lined up to mini trip tank to monitor.
14:06  25  Bled 30 psi off and gained 0.2 barrels.  No flow."

STEVE ROBINSON - DIRECT

14:06  1   **Q.**   Turn then to the facing page, which is 37031.23.2.  Then
14:06  2   if we can just finish out this section.
14:06  3   **A.**   "On drill pipe side, pressure was building.  Jason said it
14:07  4   was bladder effect.  Driller said he had seen this before also.
14:07  5   Weight on bit was changing with change in drill pipe pressure.
14:07  6   Jason said it would build to 1400 psi and level off.  Left rig
14:07  7   floor not feeling anxiety at all."
14:07  8              Continue?
14:07  9   **Q.**   Let me stop you there.
14:07  10             Mr. Robinson, having sat down with Mr. Kaluza, was
14:07  11  there anything from that interview that left you with the
14:07  12  impression that Mr. Kaluza believed the negative test that had
14:07  13  been performed, included at or about 8:00 p.m. on April 20, had
14:07  14  been a failed test?
14:07  15  **A.**   No.
14:07  16  **Q.**   After interviewing Mr. Kaluza, did you come to then,
14:07  17  shortly after that, interview Mr. Mark Hafle?
14:07  18  **A.**   Yes, I did that following weekend.  It was either the
14:07  19  Saturday or the Sunday.
14:07  20  **Q.**   Let's go to 37031.38.2.  My apologies.
14:08  21             Does this appear to be the start, Mr. Robinson, of
14:08  22  your handwritten notes of your first interview of Mr. Mark
14:08  23  Hafle?
14:08  24  **A.**   Yes, that's correct.
14:08  25  **Q.**   I want to go right to -- during your interview, did you

**STEVE ROBINSON - DIRECT**

14:08   1   come to discuss with Mr. Hafle a call that he had with

14:08   2   Mr. Vidrine on or about 8:52 p.m.?

14:08   3   A.   Yes, I did.

14:08   4   Q.   Go to 37031.41.1.  Are these your handwritten notes of

14:08   5   that topic as it was discussed with Mr. Hafle?

14:08   6   A.   Yes, they are.

14:08   7   Q.   Could you read this to the Court, please.

14:08   8   A.   "Tuesday 8:52 p.m. Vidrine called to discuss cement plug.

14:08   9   Weight test or pressure test?  Hafle asked what was going on.

14:08   10  Said crew screwed up in-flow test and Vidrine had to get it

14:08   11  straightened out.  Discussed that pressure shouldn't be there.

14:08   12  Don felt comfortable since nothing came out of kill line."

14:09   13  Q.   Those were the words that you used in your notes in your

14:09   14  first discussion with Mr. Hafle about a week and a half after

14:09   15  the accident?

14:09   16  A.   That's correct.

14:09   17  Q.   Based on your interview with Mr. Hafle, did you have any

14:09   18  impression that Mr. Hafle thought, after his conversation with

14:09   19  Mr. Vidrine, that the negative pressure test that had been

14:09   20  performed on the rig on April 20 resulted in a failed test?

14:09   21  A.   No.

14:09   22  Q.   You then interviewed Mr. Hafle a couple months later; is

14:09   23  that correct?

14:09   24  A.   That's correct, early July.

14:09   25  Q.   You took handwritten notes during that interview as well;

**STEVE ROBINSON - DIRECT**

| | | |
|---|---|---|
| 14:09 | 1 | is that right? |
| 14:09 | 2 | A.    I did. |
| 14:09 | 3 | Q.    If we can go to 37031.93.1.  Does this appear to be the |
| 14:09 | 4 | start of your notes of your interview with Mr. Hafle? |
| 14:09 | 5 | A.    Yes, it does. |
| 14:09 | 6 | Q.    Then if we could go into those notes, again just focusing |
| 14:09 | 7 | on this 8:52 phone call, did these appear to be the notes that |
| 14:09 | 8 | you wrote down during your July interview of Mr. Hafle? |
| 14:10 | 9 | A.    They do. |
| 14:10 | 10 | Q.    Could you read those to the Court, please. |
| 14:10 | 11 | A.    "Conversation with Vidrine at 2052.  Cement plug how to |
| 14:10 | 12 | test.  Said day crew messed up negative test, had to redo it. |
| 14:10 | 13 | Said pressure on drill pipe.  Mark said you can't have that." |
| 14:10 | 14 | Q.    That's what you wrote down in your notebook during that |
| 14:10 | 15 | interview; is that correct? |
| 14:10 | 16 | A.    That's correct. |
| 14:10 | 17 | Q.    If we could go to what the Court has seen, TREX-296.1.2, |
| 14:10 | 18 | which is a typewritten set of notes from this same July 8, 2010 |
| 14:10 | 19 | interview.  You are listed as a participant in that interview, |
| 14:10 | 20 | do you see that? |
| 14:10 | 21 | A.    That's correct. |
| 14:10 | 22 | Q.    Can you just explain to the Court how it comes about that |
| 14:10 | 23 | there were typewritten notes of this interview in addition to |
| 14:10 | 24 | what you had as your personal notes. |
| 14:10 | 25 | A.    Mr. Lucari had joined us and offered to take notes.  He |

STEVE ROBINSON - DIRECT

14:10  1   was going to participate in the discussion, so he took notes

14:10  2   and typed them up.

14:10  3   Q.   The Court has seen this, but I want to put up the section

14:10  4   of the typewritten notes that cover the same topic,

14:10  5   TREX-296.6.10.

14:10  6        Mr. Robinson, this will be, I think, the last thing I

14:11  7   have you read from these notes, but could you just read what is

14:11  8   set forth here.

14:11  9        Let me ask you a predicate question.

14:11  10  A.   Sure.

14:11  11  Q.   Did you see these handwritten notes at the time -- these

14:11  12  typewritten notes at the time they were generated?

14:11  13  A.   Yes.

14:11  14  Q.   You would have reviewed them to see if they were

14:11  15  consistent with what you recall from the discussion?

14:11  16  A.   Yes.  Mr. Lucari sent them to both Kent and myself for

14:11  17  review.

14:11  18  Q.   Again, it was not your purpose or anybody's purpose to

14:11  19  create a transcript of the interview, to your knowledge; is

14:11  20  that correct?

14:11  21  A.   That's correct.

14:11  22  Q.   Could you then -- for the Court, could you walk through

14:11  23  what we have set forth here on 296.6.10.

14:11  24  A.   "Later on April 20, Don Vidrine called Mark at 8:52 p.m.

14:11  25  to talk about how to test the surface plug and whether they

OFFICIAL TRANSCRIPT

**STEVE ROBINSON - DIRECT**

14:11    1    should apply a pressure test or a weight test.  Mark noted that

14:11    2    Don also talked to him about the negative tests" --

14:11    3    **Q.**    Slow down a little bit.

14:11    4    **A.**    "Vidrine told Mark that the crew had zero pressure on the

14:11    5    kill line but that they still had pressure on the drill pipe.

14:12    6    Mark said that he told Don that you can't have pressure on the

14:12    7    drill pipe and zero pressure on the kill line in a test that's

14:12    8    properly lined up.  Mark said that he told Don he might

14:12    9    consider whether he had trapped pressure in the line or perhaps

14:12    10    he didn't have a valve properly lined up.  Don told Mark that

14:12    11    he was fully satisfied that the rig crew had performed a

14:12    12    successful negative test.  Mark said he didn't have a full

14:12    13    context for what had transpired during the test, and it wasn't

14:12    14    clear to him whether Don was talking about the first or second

14:12    15    negative tests.  Don told him he watched the kill line for

14:12    16    30 minutes and didn't see a drip come out of it, and so Mark

14:12    17    assumed that Don had concluded that it was not a problem."

14:12    18    **Q.**    Again, from your sitting in that interview, were you left

14:12    19    with any impression from Mr. Hafle, from his conversation with

14:12    20    Mr. Vidrine, that the negative test that had been performed on

14:12    21    the kill line that ended at 8:00 was a failed negative test?

14:12    22    **A.**    No.

14:12    23    **Q.**    From the first time you talked with Mr. Vidrine to then

14:13    24    talking with Mr. Hafle in late April or May to talking to

14:13    25    Mr. Hafle in July, did you hear from both men that the call

STEVE ROBINSON - DIRECT

14:13   1   that took place at 8:52 was about testing a surface plug?

14:13   2   **A.**   That's correct, I would say.

14:13   3   **Q.**   And just to be clear, what did "surface plug" mean to you

14:13   4   as you heard those records?

14:13   5   **A.**   It was the surface cement plug they would be setting after

14:13   6   the operation they were doing then.

14:13   7   **Q.**   Did you hear during the context of that phone call that

14:13   8   Mr. Vidrine had relayed to Mr. Hafle that he thought there was

14:13   9   a problem in the way they originally set up the negative test?

14:13   10          **MR. BRIAN:**   Objection.  It's leading, Your Honor.

14:13   11          **THE COURT:**   Sustained.

14:13   12   BY MR. REGAN:

14:13   13   **Q.**   What in those calls did you hear about -- from Mr. Vidrine

14:13   14   about how the test had been set up?

14:13   15   **A.**   That it could have been messed up, that the first one

14:13   16   wasn't right.

14:13   17   **Q.**   What did you hear in those interviews from Mr. Vidrine and

14:13   18   Mr. Hafle about Mr. Vidrine's conclusion about the test?

14:13   19          **THE COURT:**   You're asking him what he -- I'm not

14:13   20   clear.  What has he heard?  Do you mean something that's not in

14:14   21   these notes that he has already read to us?

14:14   22          **MR. REGAN:**   Let me rephrase it, Your Honor.

14:14   23   BY MR. REGAN:

14:14   24   **Q.**   Was there any point in time in any interview you did with

14:14   25   Mr. Robinson where you heard Mr. Vidrine said something other

STEVE ROBINSON - DIRECT

14:14   1   than what's set forth here in the last sentence?

14:14   2   A.   No.

14:14   3         MR. BRIAN:   Your Honor, just so the record is clear,

14:14   4   this exhibit, which I think Mr. Regan marked as --

14:14   5         MR. REGAN:   This is 296.

14:14   6         MR. BRIAN:   -- 296 was introduced in evidence, or at

14:14   7   least portions were, as TREX-4447.6.

14:14   8         THE COURT:   Yes.  I know we had seen this before.

14:14   9   BY MR. REGAN:

14:14   10  Q.   Mr. Robinson, again, you said a minute ago that you were

14:14   11  the person who was involved in writing parts of the Bly report;

14:14   12  is that correct?

14:14   13  A.   That's correct.

14:14   14  Q.   The question has been asked why this 8:52 call was not

14:14   15  included in the Bly report.  Why did you not include what you

14:14   16  learned from Mr. Vidrine and Mr. Hafle in these interviews in

14:14   17  the Bly report?

14:14   18  A.   Well, I didn't see it as being causal because the

14:15   19  interpretation of the test wasn't done in this call.

14:15   20  Q.   From your perspective, did this call have anything to do

14:15   21  with the actual interpretation of the negative test?

14:15   22  A.   No.

14:15   23  Q.   Now, what was your conclusion about, in hindsight, how the

14:15   24  negative test had been interpreted in the Bly -- in your Bly

14:15   25  work?

OFFICIAL TRANSCRIPT

STEVE ROBINSON - DIRECT

14:15   1   **A.**   It was misinterpreted.

14:15   2   **Q.**   And that was a conclusion that you reached personally,

14:15   3   correct?

14:15   4   **A.**   Yes.

14:15   5   **Q.**   And is that your conclusion still today?

14:15   6   **A.**   Yes.

14:15   7   **Q.**   Mr. Robinson, the Court has seen from numerous witnesses a

14:15   8   discussion of anomalies that took place between 9:00 and the

14:15   9   end of data, 9:47.  Just to confirm the discussion of those

14:15   10  interviews in the Bly report, was that your work?

14:15   11  **A.**   Yes.  And the end of data was 9:49.

14:15   12  **Q.**   9:49?  Okay.  And that was work that you performed in the

14:15   13  summer of 2010; is that correct?

14:15   14  **A.**   That's correct.

14:15   15  **Q.**   And the discussion in the Bly report, Chapter 5.2, that

14:15   16  was -- you contributed to the way that was presented in the

14:16   17  report; is that correct?

14:16   18  **A.**   That's correct.

14:16   19           **MR. REGAN:**   I have no further questions, Your Honor.

14:16   20                        **CROSS-EXAMINATION**

14:16   21  **BY MR. STERBCOW:**

14:16   22  **Q.**   Good afternoon, Mr. Robinson.  My name is Paul Sterbcow,

14:16   23  and I represent the Plaintiffs' Steering Committee.  I have you

14:17   24  on cross-examination.

14:17   25           What exactly are your duties and responsibilities as

STEVE ROBINSON - CROSS

14:17   1   the vice president of region wells, Gulf of Mexico?

14:17   2   **A.**   I run our rig and on-rig activity in the Gulf of Mexico.

14:17   3   **Q.**   Is there anybody higher than you in the Gulf of Mexico --

14:17   4   do they still call it SPU, or has that changed?

14:17   5   **A.**   They call it a region now.  It's not SPU anymore.

14:17   6   **Q.**   Is there anyone higher than you?

14:17   7   **A.**   Yes.

14:17   8   **Q.**   Where do you fit in the hierarchy?

14:17   9   **A.**   I report to an area vice president for the Gulf of Mexico.

14:17   10   **Q.**   Is that a position that has been created since Macondo?

14:17   11   **A.**   Yes.

14:17   12   **Q.**   And has your position also been created since Macondo?

14:17   13   **A.**   Yeah.  The organization is different than Macondo.

14:17   14   **Q.**   That's what I thought.

14:17   15        Do you still have well team leaders?

14:17   16   **A.**   Yes, sir.

14:17   17   **Q.**   And, obviously, well site leaders?

14:17   18   **A.**   Yes, sir.

14:17   19   **Q.**   I assume there are some reports in the lineage between

14:17   20   well team leaders and drilling engineers before we get to your

14:18   21   level?

14:18   22   **A.**   Yes.

14:18   23   **Q.**   Now, you testified that you were head of the operations

14:18   24   part of the investigation.  You said operations involving the

14:18   25   *Deepwater Horizon*, correct?

STEVE ROBINSON - CROSS

14:18   1   A.   That's correct.

14:18   2        MR. STERBCOW:   Carl, if you would pull up D-2671.

14:18   3   BY MR. STERBCOW:

14:18   4   Q.   Does this appear to you to be an accurate depiction, a

14:18   5   chart of the Bly investigation team insofar as it's broken out

14:18   6   into the areas of inquiry?

14:18   7   A.   Yes, that appears to be correct.

14:18   8   Q.   So your equals, if you will, under the engineering portion

14:18   9   of the investigation would have been Mr. Corser; hazard

14:18   10  analysis, Dave Wall; and blowout preventer,

14:18   11  Fereidoun Abbassian?

14:18   12  A.   That's correct.

14:18   13  Q.   And then each of you were assigned -- you had three,

14:18   14  Mr. Corser had two, Mr. Wall had three folks beneath you, who I

14:19   15  assume would help you with your specific area of inquiry?

14:19   16  A.   Yes.

14:19   17  Q.   So Mr. Weatherbee, Mr. Cowie, and Mr. Guillot would

14:19   18  specifically have been helping you gather information, develop

14:19   19  facts, and come to conclusions with respect to the operations

14:19   20  part?

14:19   21  A.   That's correct.

14:19   22  Q.   The same would hold for Mr. Corser, the same for Mr. Wall?

14:19   23  A.   That's correct.

14:19   24  Q.   And your direct report under the scheme was Tony Brock?

14:19   25  A.   Yes, that's correct.

STEVE ROBINSON - CROSS

| | | |
|---|---|---|
| 14:19 | 1 | **Q.**   And then Brock went straight to Mr. Bly? |
| 14:19 | 2 | **A.**   That's correct. |
| 14:19 | 3 | **Q.**   Now, I assume that you all met regularly? |
| 14:19 | 4 | **A.**   Yes, we did. |
| 14:19 | 5 | **Q.**   There were ongoing discussions, if not daily, almost |
| 14:19 | 6 | daily, on findings and what these facts that you were gathering |
| 14:19 | 7 | may mean? |
| 14:19 | 8 | **A.**   Yes. |
| 14:19 | 9 | **Q.**   And did those discussions cross divisional lines?  And by |
| 14:19 | 10 | that I mean would the operations folks get together with the |
| 14:19 | 11 | engineering folks and talk about interviews, interview notes, |
| 14:19 | 12 | that type of thing? |
| 14:19 | 13 | **A.**   Yes. |
| 14:19 | 14 | **Q.**   So it was a collaborative group effort? |
| 14:19 | 15 | **A.**   Not necessarily collaborative on -- collaborative for |
| 14:19 | 16 | gathering facts or -- |
| 14:19 | 17 | **Q.**   Gathering facts. |
| 14:20 | 18 | **A.**   Yes.  Yes.  We exchanged information, yes. |
| 14:20 | 19 | **Q.**   Now, how were those facts then synthesized into what |
| 14:20 | 20 | ultimately became what everybody now calls the Bly report? |
| 14:20 | 21 | **A.**   I'm not sure what you mean by that. |
| 14:20 | 22 | **Q.**   What process, did you -- well, let me ask this.  When you |
| 14:20 | 23 | would have meetings about facts -- |
| 14:20 | 24 | **A.**   Yes. |
| 14:20 | 25 | **Q.**   -- were there discussions among the group about what those |

**STEVE ROBINSON - CROSS**

14:20  1    facts meant in terms of what happened?

14:20  2    **A.**   Yes.

14:20  3    **Q.**   So you'd try to take, say, what Mr. Vidrine said, what

14:20  4    Mr. Hafle said, what Mr. Sims said and so forth, and put those

14:20  5    together to come up with a story about what happened?

14:20  6    **A.**   Not necessarily.  What we built was a time line.  We built

14:20  7    a chronology over a five-day period that had a number of

14:20  8    entries in it.  We spanned a wall with it in the room where

14:20  9    Jim Cowie and I worked.

14:20  10   **Q.**   Was there ever any discussion that you can recall where

14:20  11   people disagreed within your group on what a certain fact meant

14:21  12   or where certain facts should fall in the time line?

14:21  13   **A.**   There could have been.  I can't recall specifically, but

14:21  14   there very well could have been.

14:21  15   **Q.**   Do you recall whether or not there was any disagreement or

14:21  16   dissent among the group involved in putting the investigation

14:21  17   facts together on the ultimate wording of the Bly report?

14:21  18   **A.**   We iterated the final drafts, yes.

14:21  19   **Q.**   So at the end of the day, what was finally published, the

14:21  20   final draft that was published to the public, can we conclude

14:21  21   that everybody on this chart who played a role in investigating

14:21  22   the accident was aware of the substance of the report, first of

14:21  23   all?

14:21  24   **A.**   The substance -- the general content, I would say yes.

14:21  25   Perhaps not every one, but I was certainly familiar with the

STEVE ROBINSON - CROSS

14:21   1   other sections.

14:21   2   **Q.**   Are you aware of anyone having any disagreement with

14:21   3   anything that was said in that report as finally published?

14:21   4   **A.**   I'm not aware of that, no.

14:22   5   **Q.**   Now, it sounds like -- and we are going to go through this

14:22   6   in a minute -- while your focus was operations, and I think you

14:22   7   have even drilled that down even more for us in your

14:22   8   deposition.

14:22   9        You said basically you were concerned with what

14:22  10   happened right after the cement operation, maybe up to the

14:22  11   explosion.  Is that fair?

14:22  12   **A.**   I looked at all of it, but that was the most important

14:22  13   part, yes.

14:22  14   **Q.**   For you?

14:22  15   **A.**   For me, yes.

14:22  16   **Q.**   Despite having said that, though, you participated in

14:22  17   interviews, some of which we just talked about, that covered a

14:22  18   wide range of topics?

14:22  19   **A.**   Yes.  Yes.

14:22  20   **Q.**   And you were there taking notes, asking questions, not

14:22  21   just confining your questions to a period between end of cement

14:22  22   to explosion?

14:22  23   **A.**   That's correct.

14:22  24   **Q.**   All part of the fact gathering, if you will?

14:22  25   **A.**   Yes.

STEVE ROBINSON - CROSS

14:22  1              MR. STERBCOW:  Carl, pull up 37031.60.

14:22  2    BY MR. STERBCOW:

14:22  3    Q.    I'm going now back to your notebook.

14:22  4    A.    Okay.

14:22  5    Q.    The one we had the cover page and your notes.  This is

14:22  6    page 60, pdf page 60.  At the top, interview with Brian Morel,

14:23  7    Kent Corser, Jim McKay -- it looks like Rex Anderson?

14:23  8    A.    Yes, rex Anderson, that's correct.

14:23  9    Q.    And you were there too?

14:23  10   A.    Yes, I was.

14:23  11   Q.    It says "joined late, interview already underway."  Who

14:23  12   does that refer to?

14:23  13   A.    That was me.  I just made a note that I couldn't get there

14:23  14   at the beginning.

14:23  15   Q.    Now, the first topic that you all discussed here was the

14:23  16   cement job, correct?

14:23  17   A.    Yes.  They were talking about the cement job as I walked

14:23  18   in.

14:23  19   Q.    This would have been standard interview process that

14:23  20   you -- the same way you did this, you would have done all of

14:23  21   them, which you just described?

14:23  22   A.    Yes.

14:23  23   Q.    McKay would have been what you call the facilitator in

14:23  24   this one, or would Mr. Anderson have been the facilitator?

14:23  25   A.    Mr. Anderson.

STEVE ROBINSON - CROSS

14:23  1  **Q.**   So would Mr. Corser, yourself, and McKay have been asking

14:23  2  questions at some point?

14:23  3  **A.**   Yes.

14:23  4  **Q.**   And again for reference, Corser is engineering, you're

14:23  5  operations.  And what is McKay?

14:23  6  **A.**   He was one of the engineers working for Mr. Corser.

14:23  7  **Q.**   All right.  Very good.

14:24  8         Now, they are discussing the cement job with

14:24  9  Mr. Morel, who is one of the two drilling engineers on the

14:24  10  project along with Mr. Hafle, correct?

14:24  11  **A.**   Yes, I believe there were three.  Mr. Cocales was the

14:24  12  third.

14:24  13         **MR. REGAN:**  Your Honor, if I might just be heard for

14:24  14  a minute.  I would just object to this as going beyond the

14:24  15  scope of what Mr. Robinson has testified to.  We are mindful of

14:24  16  the Court's direction to try to keep this tight.  But I did not

14:24  17  ask Mr. Robinson about these issues or these notes.

14:24  18         **THE COURT:**  It doesn't mean it can't be asked on

14:24  19  cross-examination.

14:24  20         **MR. GODWIN:**  Judge, Halliburton's name didn't come up

14:24  21  in the direct examination.  It's kind of borderline --

14:24  22         **MR. STERBCOW:**  It's about to.

14:24  23         **THE COURT:**  Now that you've suggested it.

14:24  24         **MR. GODWIN:**  If it didn't come up in direct, it

14:24  25  shouldn't come up now, Your Honor.

STEVE ROBINSON - CROSS

14:24    1            MR. STERBCOW:  No, Your Honor, the reason I'm going

14:24    2    through this --

14:24    3            MR. GODWIN:  I had that talk with Floyd at lunch,

14:24    4    Your Honor.

14:24    5            MR. STERBCOW:  Number one, obviously, I'm in a

14:24    6    different position.  And anything that's said in here that may

14:24    7    be relevant to the PSC's case is an admission against interest.

14:24    8    And number two, he's present at these meetings --

14:24    9            THE COURT:  Admission against BP or --

14:24   10            MR. STERBCOW:  Against BP's interest and, well, it

14:25   11    may be Halliburton's, too, Judge.

14:25   12            THE COURT:  But this isn't Halliburton's witness.

14:25   13            MR. STERBCOW:  No.  No.  Your Honor, the truth is

14:25   14    that all of this is going to pertain to BP and the people who

14:25   15    worked on the Macondo well for BP.  It has nothing to do with

14:25   16    Halliburton.

14:25   17            MR. GODWIN:  He is asking about the cement job,

14:25   18    Your Honor, and we are getting close.  Now, I'm listening to

14:25   19    you.

14:25   20            THE COURT:  Well, he just said it doesn't have

14:25   21    anything to do with Halliburton.

14:25   22            MR. GODWIN:  If he does, Judge, if he mentions

14:25   23    cement, will you stop him?

14:25   24            THE COURT:  He didn't promise not to mention cement.

14:25   25            MR. GODWIN:  Thank you, Judge.

STEVE ROBINSON - CROSS

14:25  1          THE COURT:  Okay.

14:25  2    BY MR. STERBCOW:

14:25  3    Q.   Here's what I want to talk to you about in the context of

14:25  4    this particular page, Mr. Robinson.  The discussion that was

14:25  5    had with Mr. Morel includes, according to your notes,

14:25  6    statements he made regarding the modeling that was done for the

14:25  7    cement job generally, okay, if you read that as a general

14:25  8    topic.

14:25  9    A.   Okay.

14:25  10   Q.   And when you look at specifically what you said, if you go

14:26  11   five lines down, right under 14.0 ppg:

14:26  12          "Concluded the program had an error.  They came back

14:26  13   and said temperature profile incorrect.  Fixed temperature

14:26  14   profile on hydrostatic looked okay, but showed pressures are

14:26  15   too high."

14:26  16          Do you see that?

14:26  17   A.   Yes, I do.

14:26  18   Q.   Apparently, Mr. Morel is indicating to you while

14:26  19   talking -- and the rest, while talking about the cement job,

14:26  20   that they found errors in the modeling for the cement job,

14:26  21   correct?

14:26  22   A.   That's what it appears to be, yes.

14:26  23   Q.   "Gave a 14.4 downhole, which caused losses.  Started

14:26  24   looking at liner to avoid that problem."

14:26  25          Do you see that?

STEVE ROBINSON - CROSS

14:26   1   **A.**   I do see that, yes.

14:26   2   **Q.**   This brings in a new element, it sounds like to me, which

14:26   3   is the decision-making process that we will talk about in a

14:26   4   minute, that BP went through regarding whether to run a liner

14:26   5   or a long string in the production casing, correct?

14:26   6   **A.**   It appears to be, yes.

14:26   7   **Q.**   And Mr. Morel, the drilling engineer, specifically relates

14:27   8   that decision to avoiding a problem with fracturing the hole,

14:27   9   correct?

14:27   10   **A.**   He is referring to the pressure being too high, which is

14:27   11   likely exceeding the frac gradient.

14:27   12   **Q.**   Right.  Liner, started looking at liner to avoid that

14:27   13   problem, that being a fracture gradient problem, right?

14:27   14   **A.**   That would be a logical thing to look at.

14:27   15   **Q.**   So that issue was on their radar screen, correct?

14:27   16   **A.**   Yes.

14:27   17   **Q.**   Then you have 4/14, which is, I assume, the date of the

14:27   18   next event that you're referencing.

14:27   19           Brian, who would be Brian Morel; Brett Cocales; Mark

14:27   20   Hafle; Greg Walz; David Sims; John Guide -- all in attendance

14:27   21   at a meeting, correct?

14:27   22   **A.**   That's what it says, yes.

14:27   23   **Q.**   So you have got both drilling engineers; you have got an

14:27   24   operations engineer, Mr. Cocales; you have got a lead engineer,

14:27   25   Mr. Walz; you have got director of operations, David Sims; and

STEVE ROBINSON - CROSS

14:27   1   you have got the well site leader -- excuse me, well team
14:27   2   leader, John Guide -- all in a room discussing this issue?
14:27   3   A.   That's what it appears to be, yes.
14:28   4   Q.   And they also brought in this fellow Mr. Cunningham to
14:28   5   review the modeling with -- it says, "Jesse" -- we assume
14:28   6   that's Jesse Gagliano from Halliburton?
14:28   7   A.   That makes sense.
14:28   8   Q.   That's the only time I will use that word.
14:28   9        MR. GODWIN:   You heard him, Judge.
14:28  10   BY MR. STERBCOW:
14:28  11   Q.   They said:  "Reviewed model.  Changing temperature, but it
14:28  12   wasn't changing ECDs correctly.  Compressibility was not
14:28  13   working correctly on HES model."
14:28  14   A.   That's the OptiCem model.
14:28  15   Q.   That's the OptiCem model.  "Had to turn off
14:28  16   compressibility and enter manually."
14:28  17        So everybody in this room apparently knew that the
14:28  18   test -- that the OptiCem model had to be altered to get results
14:28  19   that they were looking for, correct?
14:28  20   A.   They said they had to turn off the compressibility.  I
14:28  21   don't know if that made it incorrect or not.
14:28  22   Q.   Well, if you look at the next line, "This drop ECDs to
14:28  23   14.6 to 14.7 which allows the LS" -- long string?
14:28  24   A.   Yes.
14:28  25   Q.   -- "to work."

**STEVE ROBINSON - CROSS**

14:28   1   **A.**   That's what it says, yes.

14:29   2   **Q.**   According to these notes, the leadership of the Gulf of

14:29   3   Mexico drilling that was involved in Macondo turned off a part

14:29   4   of the normal OptiCem program operation, which dropped the ECDs

14:29   5   to a point which allowed them to use the long string?

14:29   6   **A.**   I don't know if that's characterized correctly, because

14:29   7   they said it wasn't handling compressibility correctly.  They

14:29   8   could have improved upon it, doing that.  I don't know.

14:29   9   **Q.**   So it could be that the model was -- the software was just

14:29  10   handling it incorrectly?

14:29  11   **A.**   Yeah.  I don't know.  I don't know what the issue was in

14:29  12   any detail.

14:29  13   **Q.**   Okay.  Let's look at page 37031.38.  And again, this will

14:29  14   be your same notebook, but we are going to go to page 38,

14:30  15   rather than page 60.

14:30  16   **A.**   Okay.

14:30  17   **Q.**   If you look under the line that you drew, this is the

14:30  18   start of an interview with senior drilling engineer Mark Hafle,

14:30  19   correct?

14:30  20   **A.**   Yes.  This would have been our first interview that early

14:30  21   May, yes.

14:30  22   **Q.**   He discusses this very issue as well, it looks like, with

14:30  23   you.  If you go down, it talks about the pressure on the sand,

14:30  24   lower than surrounding sands, planned as a keeper for future --

14:30  25   I can't make out that word.

STEVE ROBINSON - CROSS

14:30    1    A.   Secondary objective to go to M54 -- oh, plan is to keep

14:30    2    for future tieback.  That was the plan for the well.

14:30    3    Q.   Secondary objective to go to M54, is that referencing a

14:30    4    pay sand?

14:30    5    A.   It must be, yes.

14:30    6    Q.   And then the next line is what?  Drilling problem?

14:30    7    A.   "Drilling problems caused the 9 7/8 liner," unexpected

14:30    8    string to set.

14:30    9    Q.   If you go down a few lines, it talks about drilling.  And

14:31   10    I can't read the next word.  "Drilling" --

14:31   11    A.   I'm sorry.  "Drilling section."

14:31   12    Q.   "Section."

14:31   13    A.   "Had to cut mud weight from 14.5 to 14.3" --

14:31   14    Q.   "Due to losses"?

14:31   15    A.   -- "due to losses."  Yes.

14:31   16    Q.   So Hafle is essentially talking about the same issue that

14:31   17    we just talked about before, correct?

14:31   18    A.   He is talking about losses, yes, which is a frac gradient

14:31   19    issue.

14:31   20    Q.   It says:  "Ran Geo Tap and found 14.1 in one of the sands.

14:31   21    Drilled into sand with 14.3 surface mud weight."

14:31   22         And then there was an "issue with the on-site" --

14:31   23    what is that, "pore pressure prediction person"?

14:31   24    A.   That's correct.

14:31   25    Q.   If you go to the next page, your interview continues.  And

STEVE ROBINSON - CROSS

14:31   1   it says:  "Cut mud down as much as possible to honor the

14:31   2   14.15 Geo Tap sand."

14:31   3        So it's clear that they were concerned that they

14:31   4   needed to get this mud weight down as low as they could?

14:31   5   A.   Right.  They were trying -- they had to honor that Geo Tap

14:32   6   pressure they had.

14:32   7   Q.   And then if you go down three lines, "Compared pros and

14:32   8   cons, liner versus long string.  Economically long string the

14:32   9   best answer"; correct?

14:32   10  A.   Yes, that's what it says.

14:32   11  Q.   So there was an economic component to this discussion as

14:32   12  well?

14:32   13  A.   Yes, there was.

14:32   14  Q.   Now, the ultimate outcome, we know, was a long string was

14:32   15  chosen over a liner for this well, correct?

14:32   16  A.   It was originally planned as a long string.  They

14:32   17  considered a liner because of the losses, but they stayed with

14:32   18  the long string.

14:32   19  Q.   Do you agree or do you have any opinion based on your

14:32   20  experience as a drilling engineering whether a liner would give

14:32   21  you more well integrity than a long string?

14:32   22        MR. REGAN:  Objection to the scope of the

14:32   23  examination.  Mr. Robinson is not here testifying as an expert

14:32   24  in that capacity.  He hasn't been designated as such.

14:32   25        MR. STERBCOW:  I will rephrase it.

STEVE ROBINSON - CROSS

14:32  1  BY MR. STERBCOW:
14:32  2  Q.   Did you or anyone as part of your investigation team have
14:32  3  any discussion about the issue of whether one liner versus long
14:33  4  string would provide more well integrity at Macondo?
14:33  5              MR. REGAN:   I think I just renewed the scope
14:33  6  objection.
14:33  7              THE COURT:   I will sustain the objection.
14:33  8  BY MR. STERBCOW:
14:33  9  Q.   Let's move on.  Let's go down a little bit, four lines.
14:33  10  It says:  "Debate continued on long string versus liner."
14:33  11              Then I want you to focus on the next line:  "Hafle
14:33  12  lone voice on just P&A well."
14:33  13  A.   Yes, that's what it says.
14:33  14  Q.   What does that mean?
14:33  15  A.   That he was offering to just P&A the section and redrill
14:33  16  it later.
14:33  17  Q.   Stated differently -- well, explain to the Court, when you
14:33  18  say "P&A the section," what does that mean?
14:33  19  A.   You just put cement up to the prior shoe and you go back
14:33  20  and plan to sidetrack if you want to do that in the future.
14:33  21  Q.   Stated differently, had Mr. Hafle's lone voice been
14:33  22  listened to and adopted, all that would have been done from
14:34  23  that decision forward was to place cement in this well, cement
14:34  24  it closed, leave, and then discuss what we are going to do with
14:34  25  it another day?

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

14:34  1   A.   If that's what they -- that's what he's discussing there,
14:34  2   yes.
14:34  3   Q.   There would have been no further action and no further
14:34  4   decision making in terms of long string versus liner, cement
14:34  5   bond logs, centralizers, bottoms-up circulation, negative
14:34  6   tests, none of that would have occurred?
14:34  7   A.   You still have to negative-test.
14:34  8   Q.   Why is that?
14:34  9   A.   You would have to negative-test your deep plug that you
14:34  10  set for the P&A plug.
14:34  11  Q.   After you set the plug?
14:34  12  A.   Whatever you are going to plug the open hole with would
14:34  13  have to be tested.  But the annular -- whether the liner or
14:34  14  long string would not be in the discussion anymore if you just
14:34  15  want to abandon the section.
14:34  16  Q.   All right.  So had Mr. Hafle's lone voice been listened
14:34  17  to, they would have plugged this hole with presumably cement,
14:34  18  if you know?
14:34  19  A.   There's different ways you can --
14:34  20  Q.   Different ways to do it.  But at the end of the day, it
14:34  21  would have been plugged, then tested to ensure the integrity of
14:35  22  whatever plugging system they used?
14:35  23  A.   Yeah.  Well, you said not listened to.  I think they did
14:35  24  discuss that as an option because I believe Mr. Sprague gave an
14:35  25  opinion on that too.

STEVE ROBINSON - CROSS

14:35   1   **Q.**   What did Sprague want to do?

14:35   2   **A.**   I'm not sure if he was -- I remember his name coming up in

14:35   3   interviews about just abandoning the section too.

14:35   4   **Q.**   Was there any discussion that you're aware of among these

14:35   5   gentlemen about this well being unreasonably dangerous to go

14:35   6   forward?

14:35   7   **A.**   After completing it?

14:35   8   **Q.**   On the 14th or thereabouts, 15th.

14:35   9   **A.**   To continue to drill out after they set the prior string?

14:35   10  **Q.**   Right.

14:35   11  **A.**   I don't recall that.

14:35   12  **Q.**   Was there any discussion among these gentlemen that you

14:35   13  can recall about there being zero drilling margin at this

14:35   14  point?

14:35   15  **A.**   No.

14:35   16  **Q.**   Why was Hafle wanting to just P&A the well and walk away?

14:35   17          **MR. REGAN:**   Speculation, Your Honor.

14:35   18  **BY MR. STERBCOW:**

14:35   19  **Q.**   Was he asked that question?

14:35   20  **A.**   Was Mr. Hafle asked that question?

14:35   21  **Q.**   During the interview process.

14:35   22  **A.**   I don't remember if we asked that question.  Mr. Hafle is

14:36   23  just giving us his information about the well, as far as I

14:36   24  know.

14:36   25  **Q.**   So you have no knowledge of anyone asking Mr. Hafle --

STEVE ROBINSON - CROSS

14:36  1    when he said he was the lone voice on just P&A, to your

14:36  2    knowledge, nobody followed up and said, "Well, why did you want

14:36  3    to do that?"

14:36  4    A.   I don't recall.

14:36  5    Q.   Was there any discussion about whether the well, as it

14:36  6    existed at that point, complied with MMS regulations?

14:36  7    A.   As far as -- I didn't know anything to the contrary.

14:36  8    Q.   But again, I don't see it in the notes, and I'm just

14:36  9    making sure I'm not missing anything.  That's not something

14:36  10   that you recall going into?

14:36  11   A.   No, I don't recall that.

14:36  12   Q.   Now, let's compare the discussion we just talked about

14:36  13   with some discussions that you actually have below that

14:36  14   continue on this page.  The well team leader on this project

14:36  15   was John Guide, correct?

14:36  16   A.   That's correct.

14:36  17   Q.   I think at some point you had the opportunity to

14:36  18   participate in an interview with him as well.  Didn't you?

14:36  19   A.   I did.

14:36  20   Q.   All right.  Well, sticking with the interview of Mr. Hafle

14:36  21   that we are looking at on page 39, if you go down to where it

14:37  22   says "bond log," four lines down, it says:  "Bond log

14:37  23   requested, but the float equipment would need to be drilled and

14:37  24   needed more time to have adequate compressive strength to," I

14:37  25   think, "see it with bond log."

STEVE ROBINSON - CROSS

14:37  1           Is that --
14:37  2  A.   See the cement, that's correct.
14:37  3  Q.   See the cement.  All right.  So it looks like, "So got
14:37  4  this shut down"?
14:37  5  A.   That's correct.
14:37  6  Q.   "(Guide shut it down)"?
14:37  7  A.   That's what I wrote down, yes.
14:37  8  Q.   John Guide made a decision that the bond log was not going
14:37  9  to be run, correct?
14:37 10  A.   I can't say that.  I can say that this was what I wrote
14:37 11  down after the interview with Mr. Hafle.
14:37 12  Q.   It will speak for itself?
14:37 13  A.   Yes.
14:37 14  Q.   Then next looks like "Sims" -- that's referencing David
14:37 15  Sims maybe?
14:37 16  A.   Yes.
14:37 17  Q.   Was Sims Guide's immediate boss at this point?  Do you
14:37 18  know?
14:37 19  A.   Yes, that's correct.
14:37 20  Q.   "Sims requested that an MoC management of change be done.
14:38 21  Sprague challenging long string as well, so much debate.  MoC
14:38 22  would ensure definitive decision.  Much analysis."
14:38 23           They are still talking about this long string versus
14:38 24  liner to the point now where they have decided a management of
14:38 25  change is necessary, correct?

STEVE ROBINSON - CROSS

14:38  1   A.   That's what it appears to be, yes.

14:38  2   Q.   Did you ever review the MoC that was done with respect to

14:38  3   this decision?

14:38  4   A.   No, because they didn't change from the long string.  They

14:38  5   ended up going with the long string, so they didn't do that.

14:38  6   Q.   So there was no change?

14:38  7   A.   That's correct.

14:38  8   Q.   If you go down a little bit, it says:  "MoC had all

14:38  9   centralizers, as far as he knows."

14:38 10        I assume referencing Hafle.  Correct?

14:38 11   A.   That's correct.

14:38 12   Q.   "Mark went on vacation."  So we are talking about sometime

14:38 13   around the 14th?

14:38 14   A.   Yes.

14:38 15   Q.   "Brian" -- looks like -- "called and said they weren't

14:38 16   running all the centralizers.  'Operations,' decided to not run

14:39 17   all the centralizers."  And next to "operations" you have:

14:39 18   "Guide and WSLs, he thinks."

14:39 19   A.   That's correct.

14:39 20   Q.   So at least your note's indicating that Guide shut down

14:39 21   the bond log tests, Guide with WSLs decided to run six versus

14:39 22   21 centralizers?

14:39 23   A.   That's what Mr. Hafle conveyed to us.

14:39 24   Q.   The next line is:  "Mark concern that channeling will

14:39 25   occur.  Because of design 12- to 18-hour" something time.

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

14:39  1   **A.**   "Rig time."

14:39  2   **Q.**   ". . . rig time would have been required" -- if you go to

14:39  3   the next page -- "to install all of the centralizers.  They

14:39  4   required a special bonding technique that caused extra time."

14:39  5   **A.**   That's correct.

14:39  6   **Q.**   So if we agree that the notes are accurate -- and we have

14:39  7   no reason to think they are not -- Guide shut the bond log

14:39  8   down.  And the wording that you have on your notes surrounding

14:39  9   that decision, float equipment would need to be drilled and

14:40  10  needed more time to have adequate compressive strength,

14:40  11  correct?

14:40  12  **A.**   That's correct.

14:40  13  **Q.**   Guide shut or reduced the centralizers from 21 to 6, and

14:40  14  you noted the design -- because of design, 12 to 18 hours rig

14:40  15  time would have been required to install all 21, correct?

14:40  16  **A.**   That's what was -- that's what I gathered from the

14:40  17  interview.

14:40  18  **Q.**   So is it fair to say we've got John Guide solely, if not

14:40  19  predominantly, involved in two major operational decisions,

14:40  20  both of which, according to your notes, had something to do

14:40  21  with saving rig time?

14:40  22  **A.**   Yes, according to Mr. Hafle.

14:40  23  **Q.**   If we keep going down the next page, which I guess is

14:40  24  No. 40, about halfway down the page you have a question:  "What

14:40  25  about" -- "circ," I'm assuming that's circulation?

**STEVE ROBINSON - CROSS**

14:41  1   A.   Yes, circulation -- "What about circulating bottoms-up,"

14:41  2   yes.

14:41  3   Q.   So we are talking about the bottoms-up circulation issue

14:41  4   at this point?

14:41  5   A.   Yes.

14:41  6   Q.   Again, still with Hafle:  "Behind on well and because of

14:41  7   culture of team leader, we did not and would not do it."

14:41  8        Do you see that?

14:41  9   A.   Right.  But that would be a tech limit.

14:41  10  Q.   Check -- oh, I thought this says -- what do they mean by

14:41  11  "tech limit"?

14:41  12  A.   Tech limit is an industry process to eliminate waste from

14:41  13  the drilling process.

14:41  14  Q.   How would a bond log cause waste in the drilling process?

14:41  15  A.   If it's not necessary, it's a process that is unnecessary.

14:41  16  Q.   What do they mean "because of culture"?  What does that

14:41  17  mean?

14:41  18  A.   Well, I suppose it's following a tech limit process.  I'm

14:41  19  not sure exactly.

14:41  20  Q.   But you don't know?

14:41  21  A.   Yeah.  Well, I'm not sure exactly what he -- I'm not in

14:41  22  his head on that, exactly what he means by culture tech move.

14:41  23  I'm familiar with what a tech limit process is.

14:41  24  Q.   Would then this have been seen as a waste of time?  Is

14:42  25  that another way to translate this?

STEVE ROBINSON - CROSS

14:42    1    **A.**    What is the "it"?

14:42    2    **Q.**    The bottoms-up circulation.

14:42    3    **A.**    It could have been.

14:42    4    **Q.**    Could have been?

14:42    5    **A.**    Yes.

14:42    6    **Q.**    Beyond saying it could have been, we're not --

14:42    7    **A.**    "Waste of time" is a strong characterization.  It's

14:42    8    whether it's fully necessary or not, is the evaluation of the

14:42    9    tech limit process.

14:42    10    **Q.**    But all the information we have on that decision making is

14:42    11    what you wrote here?

14:42    12    **A.**    Yes.

14:42    13    **Q.**    If we go to page 41, next page at the bottom, it says --

14:42    14    again, we are still with Hafle:  "Discussed TA" -- a temporary

14:42    15    abandonment procedure?

14:42    16    **A.**    That's correct.

14:42    17    **Q.**    "Mark wrote procedure to set plug 3,000 feet below

14:42    18    wellhead to allow" -- what is that word?

14:42    19    **A.**    ". . . room for 100k weight below to set" --

14:42    20    **Q.**    -- "to set the lock ring." Okay.

14:42    21        "Plan was to set surface plug in water, standard" --

14:42    22    **A.**    "For exploration."

14:42    23    **Q.**    -- "for exploration wells.  Procedure written to

14:42    24    negative-test with stinger above stack."

14:43    25        Does that mean that the original procedure, as

STEVE ROBINSON - CROSS

14:43   1   written by Mark Hafle, was to do a test with the stinger above

14:43   2   the BOP?

14:43   3   A.   There was a draft that had it doing the negative test with

14:43   4   seawater down to the wellhead.

14:43   5   Q.   That was a first draft from Mr. Hafle?

14:43   6   A.   That's my understanding.

14:43   7   Q.   Then run into the hole to 8367 to give you the weight for

14:43   8   the lockdown sleeve?

14:43   9   A.   Yes.

14:43   10  Q.   "Repeat test, displace to seawater and do a second

14:43   11  negative test."

14:43   12  A.   I scratched out "repeat" there.

14:43   13  Q.   Oh, you scratched out "repeat."

14:43   14  A.   It's displaced -- so after the seawater test at the

14:43   15  wellhead, displace to seawater and do a second -- run into the

14:43   16  hole to 8367, displace the seawater and do a second negative

14:43   17  test.

14:43   18  Q.   So Hafle's first draft calls for two tests, according to

14:43   19  your notes?

14:43   20  A.   That's the way I understood it, yes.

14:43   21  Q.   The first one would be done with the stinger, which is the

14:43   22  drill pipe, correct?

14:43   23  A.   With it above the stack.

14:43   24  Q.   Above the stack?

14:43   25  A.   And you test from the wellhead.

STEVE ROBINSON - CROSS

14:44   1   **Q.**   Down?

14:44   2   **A.**   Yes.

14:44   3   **Q.**   Is there any displacement done for the first test?

14:44   4   **A.**   To the wellhead in the kill line, yes.

14:44   5   **Q.**   Kill line to wellhead?

14:44   6   **A.**   Yes.

14:44   7   **Q.**   That's it?

14:44   8   **A.**   Yes.

14:44   9   **Q.**   Then he was going to run into the hole 8367, then do a

14:44   10   second test?

14:44   11   **A.**   To displace the seawater up to the BOP and then do a

14:44   12   second -- close the BOP and do a second test.

14:44   13   **Q.**   Gotcha.  And assuming both of those tests went well, he

14:44   14   says, "Then set cement plug," correct?

14:44   15   **A.**   Yes.

14:44   16   **Q.**   At the very end.

14:44   17          All right.  If we go to the next page, page 42, it

14:44   18   references "Team (Guide, et al. ops team) wanted to go all the

14:44   19   way to 8367 and do the test once rather than twice," correct?

14:44   20   **A.**   That's correct.

14:44   21   **Q.**   "This does not match APD, but decision made that MMS

14:44   22   doesn't need to be notified.  Who made decision to do single

14:44   23   negative test at 8367?  John Guide made the decision."

14:45   24          If I understand what you wrote here, that despite the

14:45   25   senior drilling engineer's penning a procedure that required

STEVE ROBINSON - CROSS

14:45  1  two tests, the first of which would be run above the BOP stack,

14:45  2  Mr. Guide came in and said, "No, I want to do one test, all of

14:45  3  which is below the BOP stack; and if it doesn't match the APD,

14:45  4  I don't think the MMS needs to be notified."

14:45  5  A.   That's what Mr. Hafle conveyed to us.

14:45  6  Q.   So now we've got Guide saying no bottoms-up, no

14:45  7  21 centralizers, no bond log, and no two-part negative test,

14:45  8  correct?

14:45  9  A.   Well, the notes stand for themselves.

14:45  10  Q.   All right.  Do you have any idea whether John Guide knew

14:45  11  or didn't know whether his recommended plan would have been

14:45  12  permitted and legal under the then existing APD?  Did you go

14:46  13  into that?

14:46  14         MR. REGAN:  Speculation and scope, Your Honor.

14:46  15  BY MR. STERBCOW:

14:46  16  Q.   If you didn't go into it, we are done.

14:46  17  A.   No, I didn't go into that.

14:46  18  Q.   If you go down a little bit more on this very section,

14:46  19  some discussion -- well, for completeness, let's read it.

14:46  20         "Mark wanted to test seal assembly first and then

14:46  21  wellbore,"  The reason for the two-step test, correct?

14:46  22  A.   Right, except there wouldn't have been enough drawdown to

14:46  23  test the seal assembly.

14:46  24  Q.   "Some discussion, but John Guide hard to argue with.  Greg

14:46  25  Walz" -- Greg Walz is the senior engineer, right?  He is over

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

14:46  1    Hafle and Morel?

14:46  2    **A.**   That's correct.

14:46  3    **Q.**   ". . . in discussion, but don't argue with John."

14:46  4    **A.**   "Didn't argue with John."

14:46  5    **Q.**   "Didn't argue."  Didn't?

14:46  6    **A.**   That's what it says.  I apologize for the bad handwriting.

14:46  7    **Q.**   "Didn't argue with John."

14:46  8    **A.**   That's correct.  That's what he said.

14:46  9    **Q.**   "Once decided by ops, Mark goes back to office, called

14:47  10   Bob" -- and I assume that's Kaluza.  Correct?

14:47  11   **A.**   Yes.

14:47  12   **Q.**   ". . . to explain procedure."

14:47  13         So what came out of this discussion is John Guide

14:47  14   won, he won the argument?

14:47  15   **A.**   I'm not sure the extent to which it was an argument

14:47  16   because this is the standard way you do these kind of negative

14:47  17   tests.  He did it on the prior well.

14:47  18   **Q.**   The senior drilling engineer wrote up a draft that

14:47  19   suggested we should do it one way.  Guide said, No, I want to

14:47  20   do it another way.  And Guide's way was the way it was done,

14:47  21   correct?

14:47  22         **MR. REGAN:**  Your Honor, I'm again going to object.

14:47  23   He can ask him what he wrote down.

14:47  24         **THE COURT:**  Sustained.

14:47  25         **MR. STERBCOW:**  All right.  We'll move on.

STEVE ROBINSON - CROSS

14:47   1   BY MR. STERBCOW:

14:47   2   Q.   "No detailed procedure provided because Mark does not know

14:47   3   piping," I think?

14:47   4   A.   Yes, that's correct.

14:47   5   Q.   On the rig, you're talking about?

14:47   6   A.   Yes.

14:47   7   Q.   "Leave it to rig to decide details.  Each WSL likes to do

14:47   8   it differently anyway."

14:47   9   A.   That's correct.

14:47   10  Q.   Hafle is telling you that he is going to leave it --

14:47   11  according to what he knew, going to leave it to the rig to come

14:48   12  up with the particulars on how to conduct the negative test?

14:48   13  A.   Yes, that's correct.  The rig had a rig-specific procedure

14:48   14  for conducting the test.

14:48   15  Q.   Again, at the very end, the second line from the bottom,

14:48   16  you have a question:  "Who indicated MMS doesn't need to be

14:48   17  called?  Answer:  John Guide."

14:48   18        And you have already told me you don't know whether

14:48   19  Guide actually knew whether the MMS needed to be called or not?

14:48   20  A.   Yeah.  I just know in a later interview that -- with

14:48   21  Mr. Hafle, that it indicated in that interview that he and

14:48   22  Mr. Guide had agreed not to call MMS.  So we would have to look

14:48   23  at that later interview, that July interview.

14:48   24  Q.   So at some point later on in the July interview, was that

14:48   25  Guide telling you that he and Hafle agreed, or was that --

STEVE ROBINSON - CROSS

14:48  1   A.   Mr. Hafle, as I recall.

14:48  2   Q.   Told you that he discussed it with Guide, and they both

14:48  3   agreed MMS didn't need to be called in that situation?

14:48  4   A.   It seemed to be more of a collaborative decision rather

14:48  5   than a one-sided decision in that interview.

14:48  6   Q.   Let's see what Guide told you.  You brought this up.

14:49  7        MR. STERBCOW:  Carl, let's go to TREX-0037.2.

14:49  8   BY MR. STERBCOW:

14:49  9   Q.   These are notes from May 12, 2010.  These are the

14:49  10  typewritten notes from John Guide, references Mr. Cowie,

14:49  11  Mr. Martin, Weatherbee, Corser, and a Pere?

14:49  12  A.   That would be Allen Pere.

14:49  13       MR. REGAN:  Just a foundation objection on whether

14:49  14  these are Mr. Robinson's notes.

14:49  15       MR. STERBCOW:  I was going to ask you that.

14:49  16       MR. REGAN:  I'm sorry.

14:49  17       THE WITNESS:  I have no idea.  I wouldn't have typed

14:49  18  my notes.  But if we can to the header, I can take a look and

14:49  19  tell you if I was part of this or not.

14:49  20  BY MR. STERBCOW:

14:49  21  Q.   Can we pull back and see whether or not -- if this is all

14:49  22  we have, does that indicate that you did not participate at all

14:49  23  in the May 12 interview of Guide?

14:49  24  A.   That's correct, I was not in that interview.

14:50  25  Q.   Do you know whether or not the results of this interview

STEVE ROBINSON - CROSS

14:50   1    were discussed with you at any point in time?

14:50   2    A.   I don't know.  I don't remember.

14:50   3    Q.   Do you recall anyone in the investigation team generally,

14:50   4    or any of these people involved in the interview in particular,

14:50   5    telling you or the investigation team that Mr. Guide claimed

14:50   6    that the group tricked and fudged the cement modeling to make

14:50   7    it work?  Have you ever heard that?

14:50   8    A.   I don't remember that, no.

14:50   9    Q.   Even as you sit here today, you don't recall?

14:50   10   A.   I don't recall that, no.

14:50   11   Q.   Did anyone ever tell you that he also said that they

14:50   12   tricked and fudged the modeling when discussing the decision to

14:50   13   run the 6 versus 21 centralizers?  You ever hear anybody

14:50   14   discuss that?

14:50   15   A.   I don't remember that, no.

14:50   16   Q.   So if, in fact, that occurred, that's not something that

14:50   17   was brought up or discussed with you in your capacity as head

14:50   18   of the operations investigation team?

14:50   19   A.   That's correct.

14:50   20   Q.   Let's pull up 00044 and see if you were involved in this

14:50   21   one.

14:51   22        This is Jim Weatherbee's notes, John Guide -- that

14:51   23   would be the same interview?

14:51   24   A.   I wasn't in that interview.

14:51   25   Q.   So you were not in this interview.

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

14:51   1          Was Weatherbee a part of your team, though?  He was
14:51   2   under your operations group, if you will?
14:51   3   A.   He was for the first bit of time, and then we separated it
14:51   4   off into a separate BOP team, and he started helping that.  He
14:51   5   did that for a while and then became editor of the report, or
14:51   6   one of the editors of the report.
14:51   7   Q.   Do you have any idea whether as of May 12 he was still a
14:51   8   member of your operations team or not?
14:51   9   A.   I don't remember.
14:51   10          MR. STERBCOW:  Carl, let's go to TREX-00151.C.1.
14:51   11   BY MR. STERBCOW:
14:51   12   Q.   These are typed notes from a follow-up interview of John
14:51   13   Guide, July 1, 2010, and it looks like you did participate in
14:51   14   this one.
14:51   15   A.   Yes, I did.
14:51   16   Q.   It would have been Mr. Guide, his lawyer, two lawyers,
14:51   17   Mr. Corser, yourself, and Mr. Lucari, correct?
14:52   18   A.   That's correct.
14:52   19          MR. STERBCOW:  Carl, let's go to page 6 in 00151.C.6.
14:52   20   BY MR. STERBCOW:
14:52   21   Q.   There's a section -- there's a title on it, "Compliance
14:52   22   with MMS and BP DWOP Requirements."  Do you see that?
14:52   23   A.   Yes, sir.
14:52   24   Q.   Guide is telling you and the rest of the group that he was
14:52   25   on the peripheral ends of conversations about compliance with

**STEVE ROBINSON - CROSS**

14:52  1    MMS regs and DWOP, correct?

14:52  2    **A.**   That's correct.

14:52  3    **Q.**   He goes on to say he made sure that the subsurface staff

14:52  4    clearly identified the top of the hydrocarbon zone, talking

14:52  5    about the cement.

14:52  6         Then the next paragraph, "Kent" -- who I assume would

14:52  7    be Mr. Corser?

14:52  8    **A.**   That's correct.

14:52  9    **Q.**   ". . . pointed out that the well plan decision tree had a

14:52  10   contingency around losses and no losses which has implications

14:52  11   for conformance with DWOP and ETPs," which are engineering

14:53  12   technical practices, correct?

14:53  13   **A.**   That's correct.

14:53  14   **Q.**   "He asked John whether he was familiar with the zonal

14:53  15   isolation requirements.  John said that he could not recite

14:53  16   DWOP zonal isolation guidance by heart."

14:53  17   **A.**   That's correct.

14:53  18   **Q.**   "Kent noted that the management of change written by Hafle

14:53  19   covered DWOP and MMS compliance and asked John who was

14:53  20   accountable.  John stated that 'on the rig I am accountable for

14:53  21   safe and reliable operations.'"

14:53  22        Did your investigation lead to any conclusion other

14:53  23   than on the rig John Guide, as well team leader, was

14:53  24   accountable for safe and reliable operations?

14:53  25   **A.**   He would be accountable for safe and reliable operations

7973

STEVE ROBINSON - CROSS

14:53  1   as well as the other leadership associated with the project.

14:53  2   Q.   If you go down to the next section where he is talking

14:53  3   about the cement bond log in the third paragraph, Guide tells

14:53  4   you and the group he didn't know if the decision tree complied

14:54  5   with DWOP.

14:54  6          "He acknowledged that he thought everyone should know

14:54  7   if plans were compliant with DWOP but said at that time he had

14:54  8   not reviewed the new DWOP ETP for zonal isolation that had been

14:54  9   finalized in December 2009 and rolled out in February 2010."

14:54  10          Do you see that?

14:54  11  A.   Right.  It had just been rolled out.  I remember that.

14:54  12  Q.   The investigation team now has information directly from

14:54  13  the well team leader accountable for safe and reliable

14:54  14  operations that he is not familiar enough with the DWOP to know

14:54  15  whether his decisions are complying with that document as it

14:54  16  pertains to zonal isolation, correct?

14:54  17  A.   That's correct.

14:54  18  Q.   Was that noted in the report anywhere, to your knowledge?

14:54  19  A.   About the well team leader specifically?

14:54  20  Q.   Right.

14:54  21  A.   I don't recall that it was noted.

14:54  22  Q.   If you go to the next page, again, same interview, same

14:54  23  date, John Guide, it talks about GoM, Gulf of Mexico, lines of

14:54  24  authority at the bottom of that page.

14:54  25          "John felt that the new organizational structure had

STEVE ROBINSON - CROSS

14:55  1    created some confusion in authorities, that he was used to a
14:55  2    seamless team working together.  After the reorganization,
14:55  3    John's view was that the operations and engineering teams were
14:55  4    not working smoothly yet."
14:55  5            Was this organizational issue explored further, to
14:55  6    your knowledge, by the investigation team?
14:55  7    A.   Not in great detail, no.
14:55  8    Q.   Did you play any role in drilling down and going further
14:55  9    into organizational issues within Gulf of Mexico drilling and
14:55  10   completions prior to Macondo?
14:55  11   A.   Not what's beyond these notes, no.
14:55  12   Q.   Next paragraph:  "In John's opinion, it was not a good
14:55  13   idea to have a structure where ops and engineering only came
14:55  14   together at the VP level.  He said he had no issues with Greg
14:55  15   Walz, but the structure made the decision-making flow more
14:55  16   difficult, took decision-making authority away from a
14:55  17   smaller-focused team with both operations and engineering
14:55  18   capabilities."
14:56  19           Again, armed with this knowledge, to your knowledge,
14:56  20   the investigation team did nothing to go further in terms of
14:56  21   interviewing others involved in drilling and completions
14:56  22   leadership on either the operations side or the engineering
14:56  23   side to see what these problems may be?
14:56  24   A.   No, we did not, other than what's already in the notes.
14:56  25   Q.   Having said that, there's no investigation into or

**STEVE ROBINSON - CROSS**

14:56  1  conclusion regarding whether organizational issues in drilling

14:56  2  and completions in the Gulf caused or contributed in any way to

14:56  3  the Macondo disaster?

14:56  4  A.   I can answer it like this.  We did not see organization

14:56  5  issues as being causal in the accident.

14:56  6  Q.   But you just told me you didn't go any further.

14:56  7  A.   We didn't drill down into it deeply, but nothing came out

14:56  8  on the surface as being overtly causal.

14:56  9       MR. STERBCOW:  Pull up, if you would, Carl,

14:56  10  TREX-00096.1.

14:56  11  BY MR. STERBCOW:

14:57  12  Q.   This is an e-mail you received, along with Mr. Cowie and

14:57  13  Mr. Brock, who was your direct report, from engineering

14:57  14  investigation head Kent Corser.  Do you recall receiving this

14:57  15  e-mail with the attachments?

14:57  16  A.   Yes.

14:57  17  Q.   Do you recall reading the e-mail?

14:57  18  A.   I believe so.  I would have to take a look at it.

14:57  19       MR. STERBCOW:  Page 2.  0096.2.  Excuse me.

14:57  20  BY MR. STERBCOW:

14:57  21  Q.   This is Guide writing to Sims, his boss, three days before

14:57  22  the blowout.  Do you remember this e-mail now?

14:57  23  A.   Yes, I saw that e-mail.

14:57  24  Q.   Did you see this e-mail before the final draft of the Bly

14:57  25  report was published?

STEVE ROBINSON - CROSS

14:57  1    **A.**   I believe I did.  I can't be for certain, but I believe I
14:57  2    did.
14:57  3    **Q.**   So you and ostensibly the others who received it and the
14:57  4    investigation team were aware of the fact that three days prior
14:57  5    to this blowout, the well team leader responsible for safe
14:57  6    operations on the rig had written to his boss stating that
14:58  7    there was chaos and they were flying by the seat of their
14:58  8    pants, correct?
14:58  9    **A.**   If that's what it says.  It's kind of fuzzy.
14:58  10   **Q.**   I apologize.
14:58  11   **A.**   That's fine.  If that's what it says.  I agree with it,
14:58  12   yeah, if that's what it says.
14:58  13   **Q.**   Let me see.  It says:  "David, over the past four days
14:58  14   there have been so many last-minute changes to the operation
14:58  15   that the WSLs have finally come to their wits' end.  The quote
14:58  16   is flying by the seat of our pants.
14:58  17           "Moreover, we have made special boat or helicopter
14:58  18   runs every day.  Everybody wants to do the right thing, but
14:58  19   this huge level of paranoia from engineering leadership is
14:58  20   driving chaos."
14:58  21           He goes on with more specifics.  At the very end, the
14:58  22   last sentence:  "The operation is not going to succeed if we
14:58  23   continue in this manner."
14:58  24           Now, having seen this e-mail within D&C, drilling and
14:58  25   completions, combined with Guide's specific statements on

7977

STEVE ROBINSON - CROSS

14:58   1   organizational dysfunction, would you agree with me that at
14:58   2   least there has been a serious issue identified by your
14:59   3   investigation team or the investigation team regarding
14:59   4   organizational dysfunction in drilling and completions at
14:59   5   Macondo?
14:59   6   A.   I don't know if I could characterize it as a serious
14:59   7   issue.  I didn't see this issue as causing confusion at the rig
14:59   8   site that contributed to any of the causal factors we cited in
14:59   9   the report.
14:59   10   Q.   For that reason this e-mail, nor any of those
14:59   11   organizational issues that Guide raised, were mentioned in the
14:59   12   report, correct?
14:59   13   A.   As far as I know, no.
14:59   14   Q.   Would that be based on the investigation team's decision
14:59   15   that this e-mail -- these behaviors, these issues were not
14:59   16   deemed causally related to the blowout?
14:59   17   A.   I'm not sure what the legal term means when you say
14:59   18   "causal."
14:59   19   Q.   I'm trying to use your word.
14:59   20   A.   Okay.
14:59   21   Q.   Causal.
14:59   22   A.   We didn't see it as -- these kind of issues as causing
14:59   23   confusion that contributed to the eight findings or the eight
15:00   24   causal findings we had.
15:00   25   Q.   Did you see these issues as contributing at all to Guide's

STEVE ROBINSON - CROSS

15:00   1   unilateral decisions regarding bottoms-up, number of

15:00   2   centralizers, no cement bond log, and a one-step negative

15:00   3   pressure test?

15:00   4           MR. REGAN:  Your Honor, I object to that based on the

15:00   5   prior objections to the notes that Mr. Sterbcow was reading

15:00   6   where --

15:00   7           THE COURT:  I sustain the objection.

15:00   8   BY MR. STERBCOW:

15:00   9   Q.   Let's go back to Mr. Hafle and -- before that, let's go

15:00  10   over something very quickly for context.

15:00  11           MR. STERBCOW:  Carl, pull up D-2020.

15:00  12   BY MR. STERBCOW:

15:00  13   Q.   This, I believe, is taken directly from the Bly report.

15:00  14   A.   It looks very familiar, yes.

15:00  15   Q.   Does that look familiar?

15:00  16   A.   Yes, sir.

15:00  17   Q.   I will represent to you that it's from the part of the

15:00  18   report where you discuss the fact that the investigation team

15:00  19   concluded that the hydrocarbon influx reached the riser at

15:01  20   approximately 9:38.

15:01  21   A.   That's correct.

15:01  22   Q.   That's correct, correct?

15:01  23   A.   That's what the model showed, at 9:38 it came through the

15:01  24   stack.

15:01  25   Q.   Mr. Emilsen testified before you did, and he said at this

STEVE ROBINSON - CROSS

15:01  1   point just under a thousand barrels of hydrocarbon were in the
15:01  2   well.  Do you recall that?
15:01  3   A.   I do recall that.
15:01  4   Q.   He also said that within a thousand feet to 200 feet of
15:01  5   the BOP, the gas started to break out of the liquid.  Do you
15:01  6   recall that?
15:01  7   A.   I can't remember the exact depth.  That sounds about
15:01  8   right.
15:01  9   Q.   So we have now got a situation in the Macondo well as of
15:01  10  9:38 where we have got liquid hydrocarbons with gas bubbles
15:01  11  breaking out, expanding and rising, and we are now at the point
15:01  12  where they have reached the riser pipe, correct?
15:01  13  A.   Yes.
15:01  14  Q.   Is it not true that once that occurs and that gas and oil
15:01  15  gets into the riser pipe, there is nothing left to protect the
15:01  16  vessel or the crew other than the diverter?
15:02  17  A.   That's correct.  You can't contain the hydrocarbons once
15:02  18  they get in the riser.  You can only close the diverter and
15:02  19  divert them.
15:02  20  Q.   There's no topside BOP like there would be in a shallow
15:02  21  jack-up rig or something like that?
15:02  22  A.   That's correct.
15:02  23  Q.   So if this problem is not detected by the time that the
15:02  24  hydrocarbons and gas reach the blowout preventer, there is
15:02  25  nothing between this and those men except one piece of

STEVE ROBINSON - CROSS

15:02  1   equipment, and that's the vessel's diverter?

15:02  2   **A.**   That's correct.

15:02  3   **Q.**   Do you know or did you look into whether or not the

15:02  4   vessel's diverter, if operated timely and if working properly,

15:02  5   had the capacity to divert the volume and pressure of fluids

15:02  6   that were headed to the *Deepwater Horizon*?

15:02  7   **A.**   It would depend on the time.  Early upon entry into the

15:02  8   riser, they should have been able to divert overboard.  I don't

15:02  9   know if it's -- at the time, once the hydrocarbons are at the

15:02  10  diverter, I don't know if it would overwhelm it immediately or

15:02  11  not.  It could be in the report.

15:02  12  **Q.**   Do you recall there being any analysis of whether or

15:03  13  not -- even if the diverter is activated at this point, if they

15:03  14  had known and they figure "We better activate the diverter, we

15:03  15  see it coming," would that diverter have withstood what

15:03  16  ultimately was an unloading of this well onto that vessel?  Do

15:03  17  you have any idea?

15:03  18  **A.**   Well, it would have unloaded, but if it was diverted

15:03  19  overboard, it would have gone overboard instead of up through

15:03  20  the rotary.

15:03  21  **Q.**   Would that diverter have continued to divert the unloading

15:03  22  as it continued to unload and continued to unload and continued

15:03  23  to unload because there's now nothing to stop the unloading at

15:03  24  the bottom?

15:03  25  **A.**   At some point I believe we concluded it would have failed.

STEVE ROBINSON - CROSS

15:03   1   We will have to go to the report to be sure of that.  But I
15:03   2   believe the volume was so high at some point, it was going
15:03   3   to -- there would be components fail in the system someplace.
15:03   4   It would have bought time, I think, is what we concluded.
15:03   5   Q.   Okay.  So at some point, given the reservoir you're
15:03   6   dealing with, high temperature, high pressure, the equipment on
15:03   7   the vessel we know at some point would have failed unless the
15:04   8   dumping of the reservoir into the well could be stopped,
15:04   9   correct?
15:04   10          If it was uncontrolled and there was no way to stop
15:04   11  this, which is exactly what happened, at some point that lone
15:04   12  piece of equipment that was protecting the boat and its crew
15:04   13  was going to fail?
15:04   14          MR. REGAN:  Your Honor, I think it's an incomplete
15:04   15  hypothetical because there's a lot of other equipment that
15:04   16  would come into play in the scenario where a diverter is being
15:04   17  used.
15:04   18  BY MR. STERBCOW:
15:04   19  Q.   Well, correct me if I'm wrong.  I think you just told me
15:04   20  that once we get hydrocarbons and gas into the riser, the only
15:04   21  piece of equipment in play in terms of vessel protection is the
15:04   22  diverter.
15:04   23          MR. REGAN:  Right.  But the witness said what it
15:04   24  would do is buy you time, and with time there is additional
15:04   25  equipment that can then be used.

STEVE ROBINSON - CROSS

15:04    1              THE COURT:  Okay.  I'll let him answer if he can.  Do
15:04    2    you want to repeat your question?
15:04    3    BY MR. STERBCOW:
15:04    4    Q.   I'll pose it in the form of a hypothetical.  If we assume
15:04    5    that the diverter on the *Deepwater Horizon*, that piece of
15:04    6    vessel equipment, was subjected to constant flow from this well
15:05    7    because there was nothing now at the bottom of the well to stop
15:05    8    the influx, do you know whether or not at some point that
15:05    9    diverter, even if operated timely, would ultimately
15:05   10    mechanically fail because of the forces it was subjected to?
15:05   11    A.   I can't say with certainty, sitting here, that it would
15:05   12    have failed.  We would have to go to the report.  There's a
15:05   13    separate team that looked at how the diverter system could have
15:05   14    handled the flow.
15:05   15    Q.   All right.  But we do know and it's clear to see that that
15:05   16    diverter is the only piece of equipment standing between the
15:05   17    vessel and those men and the gas and the oil once we get into
15:05   18    the riser?
15:05   19    A.   That's correct.  Once hydrocarbons are in the riser, it's
15:05   20    only the diverter that can control them in some way, and it's
15:05   21    only to divert.
15:05   22    Q.   So it's critical, if the diverter is going to give these
15:05   23    gentlemen any help in terms of staving this off, that they have
15:05   24    got to detect oil and gas in that riser and activate that
15:05   25    diverter as quickly as possible?

STEVE ROBINSON - CROSS

15:06   1   A.   It's certainly better, but if they divert at all, it could

15:06   2   buy more time.  You could perhaps get EDS'ed, or something else

15:06   3   positive could have happened.

15:06   4   Q.   You brought up EDS.  Do you know whether the investigation

15:06   5   team concluded that EDS was at some point a viable option for

15:06   6   the vessel as an emergency escape?

15:06   7   A.   Well, while they were able to still communicate with the

15:06   8   BOPs, certainly it would be viable.

15:06   9   Q.   All right.  And the EDS would have --

15:06   10          THE COURT:  Let's not go there, please.  I've heard

15:06   11   enough about EDS.  We have already gone through the entire Bly

15:06   12   report with Mr. Bly.  And this witness came for, I thought, a

15:06   13   relatively narrow area; and now you are trying to take him

15:06   14   through the entire Bly report again, it sounds like.

15:06   15          MR. STERBCOW:  I'm going to skip all that, Judge.

15:06   16          THE COURT:  Please.

15:06   17   BY MR. STERBCOW:

15:06   18   Q.   The Hafle call at 8:52, a couple of questions.  Would you

15:06   19   agree with me -- and I'm not going to put it back up on the

15:06   20   screen.  You have gone through your notes about what happened.

15:06   21          Clearly, though, Mr. Vidrine and Mr. Hafle talked

15:07   22   about 1400 psi on the drill pipe, zero pressure on the kill

15:07   23   line.  That topic came up?

15:07   24   A.   No, sir.  Mr. Vidrine mentioned there was pressure on the

15:07   25   drill pipe.  I never saw that there was a mention of 1400.

STEVE ROBINSON - CROSS

| | | |
|---|---|---|
| 15:07 | 1 | Q.   Wasn't there some place in your notes where you mentioned |
| 15:07 | 2 | 1400 on the drill pipe? |
| 15:07 | 3 | A.   No, sir.  He said that there was pressure on the drill |
| 15:07 | 4 | pipe. |
| 15:07 | 5 | Q.   No pressure on the kill line? |
| 15:07 | 6 | A.   That's correct. |
| 15:07 | 7 | Q.   So we don't have to go back through that. |
| 15:07 | 8 | They did have a discussion -- would you agree with me |
| 15:07 | 9 | that that discussion had to be in the context of a negative |
| 15:07 | 10 | pressure test? |
| 15:07 | 11 | A.   Yes. |
| 15:07 | 12 | Q.   So the topic came up during the discussion.  And Vidrine |
| 15:07 | 13 | told Hafle at some point in some context, "I have pressure on |
| 15:07 | 14 | the drill pipe, and I have no pressure on the kill line"? |
| 15:07 | 15 | A.   That's correct -- or, no, no, not that he had it at that |
| 15:07 | 16 | moment; that it occurred sometime during two tests. |
| 15:07 | 17 | Q.   That pressure on the drill pipe occurred sometime during |
| 15:08 | 18 | the two tests? |
| 15:08 | 19 | A.   That's correct. |
| 15:08 | 20 | Q.   Is it your testimony, then, that this telephone |
| 15:08 | 21 | conversation never connected the issue of having drill pipe |
| 15:08 | 22 | pressure and no kill line pressure? |
| 15:08 | 23 | A.   I don't understand the question. |
| 15:08 | 24 | Q.   In other words, I'm trying to figure out exactly how BP |
| 15:08 | 25 | can take the position that Don Vidrine did not give enough |

STEVE ROBINSON - CROSS

15:08  1    information to Mark Hafle to at least raise a concern in
15:08  2    Hafle's mind that there was something wrong with the results of
15:08  3    the negative test.
15:08  4    **A.**   The only position I have are the results of the interview
15:08  5    I had with the two gentlemen, and it was that Mr. Vidrine told
15:08  6    them that there was a first test that was bad and a second test
15:08  7    that was good, there was pressure on the drill pipe and not on
15:08  8    the kill line.
15:08  9    **Q.**   Direct pressure on the drill pipe but not on the kill line
15:08  10   is an indication that something may be wrong?
15:08  11   **A.**   That's correct.
15:08  12   **Q.**   If there's an indication that something may be wrong in a
15:08  13   well that Mr. Hafle, six days beforehand, wanted to plug and
15:09  14   abandon and walk away from, is it BP's position that Hafle, as
15:09  15   the senior drilling engineer, at that point has no duty to
15:09  16   further inquire into what Mr. Vidrine is saying?
15:09  17            **MR. REGAN:**  Objection.
15:09  18            **THE COURT:**  I sustain the question.
15:09  19   BY MR. STERBCOW:
15:09  20   **Q.**   Do you have any evidence that Mr. Hafle inquired any
15:09  21   further into whether or not the results that he was told -- the
15:09  22   condition that he was told was followed up on, investigated, or
15:09  23   in any way questioned even, to your knowledge?
15:09  24            The basis of my question is very simple.  I'm not
15:09  25   asking you your opinion.

STEVE ROBINSON - CROSS

15:09     1              **THE COURT:**  You stated your question.  Let him

15:09     2     answer.

15:09     3              **THE WITNESS:**  I couldn't follow the question.  Could

15:09     4     you repeat it.

15:09     5     **BY MR. STERBCOW:**

15:09     6     **Q.**   Does your investigation indicate that Mark Hafle followed

15:09     7     up in any form or fashion on the information he received in

15:09     8     that 8:52 phone call about pressure on the drill pipe versus

15:09     9     pressure on the kill line?

15:09    10     **A.**   I didn't see any evidence after the phone call of

15:09    11     Mr. Hafle following up any more, no.

15:10    12     **Q.**   Again, the investigation team did not take any further

15:10    13     steps to ask Mr. Hafle or come to any conclusions on why he did

15:10    14     or did not follow up?

15:10    15     **A.**   Other than he didn't -- wasn't left with an impression

15:10    16     that it was a bad test.

15:10    17     **Q.**   Did Mr. Hafle tell you he was left with the impression

15:10    18     that it was a good test?

15:10    19     **A.**   No, he told us that Mr. Vidrine said it was a good test.

15:10    20     **Q.**   That's how he left it?

15:10    21     **A.**   That's the way I understand it.  We can go back to the

15:10    22     notes if you wish.

15:10    23     **Q.**   No, that's okay.

15:10    24              Is that the last time that you're aware of Hafle

15:10    25     having any discussion about the negative pressure test before

STEVE ROBINSON - CROSS

15:10   1   the disaster occurred?

15:10   2   A.   Yes.

15:10   3   Q.   Is that the last time, based on your investigation, that

15:10   4   Mr. Hafle did anything whatsoever to determine whether or not

15:11   5   the negative pressure test had proceeded as planned and the rig

15:11   6   thought that it was successful?  Is that it?

15:11   7   A.   I'm aware of no other action taken after that phone call.

15:11   8   Q.   So when they hang up at 8:52 -- and by the way, that's the

15:11   9   moment, according to the report, that the well is beginning to

15:11   10  flow, right?

15:11   11  A.   Coincidentally, yes.

15:11   12  Q.   So they are having this discussion, the well is beginning

15:11   13  to flow.  It doesn't get to the riser until 9:38, and it

15:11   14  doesn't get -- I think your report indicates the first

15:11   15  indication of mud on the rig floor was about 9:40?

15:11   16  A.   Yes, sir.

15:11   17         MR. REGAN:  Your Honor, we have done this three

15:11   18  times.

15:11   19         THE COURT:  We have.  This is getting very

15:11   20  repetitive.

15:11   21  BY MR. STERBCOW:

15:11   22  Q.   At any point in time, to your knowledge, Mr. Robinson, did

15:11   23  the investigation team look into or discuss whether or not the

15:11   24  drilling and completions team as a whole, in the

15:12   25  decision-making process they engaged in from the 14th through

STEVE ROBINSON - CROSS

15:12  1  the 20th, played any causal role whatsoever in this accident?

15:12  2  Did it happen at any point?

15:12  3          MR. REGAN:  Asked and answered, outside the scope.  I

15:12  4  think we have gone through this.

15:12  5          THE COURT:  I sustain the objection.

15:12  6          MR. STERBCOW:  I don't have anything further.  Thank

15:12  7  you.

15:12  8          THE COURT:  United States.

15:12  9              I don't want to rehash the entire Bly report

15:12  10  again and I don't want to rehash all those notes again.

15:12  11          MR. UNDERHILL:  I don't intend to.

15:12  12          THE COURT:  We heard plenty about all of that.

15:12  13          MR. UNDERHILL:  I think yesterday we got Your Honor's

15:12  14  preference for moving things along.

15:13  15          MR. UNDERHILL:  Ms. Miller, TREX-0003, please.

15:13  16              One second, Your Honor.  We have an equipment

15:13  17  malfunction.

15:13  18                    CROSS-EXAMINATION

15:13  19  BY MR. UNDERHILL:

15:13  20  Q.   Good afternoon, Mr. Robinson.  I have you on

15:13  21  cross-examination.  Mike Underhill on behalf of the

15:13  22  United States.

15:13  23              Just so I understand, the scope of your status as an

15:13  24  expert witness called by BP -- and I'm looking from the

15:13  25  document that your folks gave us -- included in your expert

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

15:13   1   report status would be --

15:13   2           THE COURT:  Wait a minute.  I don't remember him

15:13   3   being offered as an expert.  He hasn't been asked any expert --

15:13   4   I've tried to avoid letting him answer any expert questions.

15:13   5           MR. UNDERHILL:  Actually, let me state it this way,

15:13   6   Your Honor.  He was disclosed to the United States as a

15:13   7   nonretained --

15:13   8           THE COURT:  I understand that, but he was -- there

15:14   9   was no offer of him so far today as an expert.

15:14   10          MR. REGAN:  These parties stood up last week and

15:14   11  objected to going back through the issues of the Bly report.

15:14   12  We verified that Mr. Robinson was involved in those chapters so

15:14   13  that Your Honor knows the work he did.

15:14   14              We did not go into those areas in any detail in

15:14   15  his direct examination.  We asked him about his factual

15:14   16  knowledge and his factual information from the work he did.

15:14   17  That was the way in which Mr. Robinson has been --

15:14   18          MR. UNDERHILL:  I'm going to focus only on the sheen

15:14   19  test, your Honor.

15:14   20          THE COURT:  That's the way I said it.  I thought

15:14   21  that's what I said, Mr. Regan.

15:14   22          MR. UNDERHILL:  I'm only going to focus on the sheen

15:14   23  test.

15:14   24          THE COURT:  As long as you don't ask him any

15:14   25  opinions.

OFFICIAL TRANSCRIPT

7990

STEVE ROBINSON - CROSS

15:14  1        MR. UNDERHILL:  I don't intend to.

15:14  2        THE COURT:  Let's see where it goes.

15:14  3        MR. UNDERHILL:  Thank you.  TREX --

15:14  4        THE COURT:  Sheen test from the Bly report or from

15:14  5   the interviews?  What are you asking him?

15:14  6        MR. UNDERHILL:  It's going to be the interviews,

15:14  7   Your Honor.

15:14  8        THE COURT:  The interviews.

15:14  9        MR. UNDERHILL:  And his notes from an area not

15:14  10  covered by Mr. Sterbcow.  That's all I'm going to do.

15:14  11       THE COURT:  Okay.

15:14  12       MR. UNDERHILL:  Thank you.

15:14  13  BY MR. UNDERHILL:

15:14  14  Q.   Mr. Robinson, Mr. Regan mentioned that in addition to your

15:15  15  handwritten notes, that when you -- I think it's when you got

15:15  16  back to Houston or somewhere, you called in your notes, and

15:15  17  eventually they were compiled in a document, TREX-0003, that

15:15  18  were the results of the interview that you, Mr. Cowie, and

15:15  19  Mr. Martin conducted, correct?

15:15  20  A.   No, sir.  I would have called in from the Lafayette office

15:15  21  back to the Houston office, and they took notes.

15:15  22  Q.   Thank you.  I appreciate that.

15:15  23       MR. UNDERHILL:  Could we go to the fly-out, please,

15:15  24  Dawn, which is TREX-00003.2.2.U.S.

15:15  25       MR. REGAN:  Foundation.

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

15:15  1          MR. UNDERHILL:  I'm sorry, .2.1.

15:15  2          MR. REGAN:  Foundation on this document as to whether

15:15  3  it's Mr. Robinson's notes.

15:15  4          THE WITNESS:  I would prefer to testify from my

15:15  5  notes.

15:15  6          THE COURT:  Are these your notes typed up by somebody

15:15  7  else, or do you know?

15:15  8          THE WITNESS:  I don't know, sir.

15:15  9          MR. UNDERHILL:  I've got one question.

15:15 10          THE COURT:  Show us the header.

15:15 11          THE WITNESS:  I looked at the header.  It looks like

15:15 12  someone summarized some notes, and I don't know if it's my

15:16 13  notes or whose.  If we went to my handwritten notes, it would

15:16 14  be --

15:16 15          MR. UNDERHILL:  Can I just ask you this question?

15:16 16          THE WITNESS:  Okay.

15:16 17          MR. REGAN:  I think --

15:16 18  BY MR. UNDERHILL:

15:16 19  Q.   When Mr. Vidrine -- I'm sorry.  When the sheen test was

15:16 20  being performed, was Mr. Vidrine on the rig floor?

15:16 21  A.   I don't know.

15:16 22  Q.   Have you consulted at all -- do you know where he was?

15:16 23  A.   No, I don't know for certain, but I was left with the

15:16 24  impression that he was in the rig package someplace because he

15:16 25  told me he returned to the office after the sheen test.

OFFICIAL TRANSCRIPT

7992

STEVE ROBINSON - CROSS

15:16    1    **Q.**   So do you understand that he was actually with the folks

15:16    2    that were performing the sheen test when it was being

15:16    3    performed?  Is that your understanding?

15:16    4    **A.**   I don't know that for certain.  I had the impression that

15:16    5    he physically went to look at the sheen test, but I don't know

15:16    6    that for sure.

15:16    7    **Q.**   Is Mr. Martin one of the Bly investigators that worked

15:16    8    with you folks on the Bly investigation team?

15:16    9    **A.**   He was a facilitator, yes, sir.

15:16    10    **Q.**   At any time in your preparation for your testimony here

15:17    11    today, were you shown a copy of the interview notes of Greg

15:17    12    Meche, who was the gentleman, I believe, employed by M-I who

15:17    13    actually performed the sheen test, along with others?

15:17    14    **A.**   Did I see the interview notes of Mr. Meche?

15:17    15    **Q.**   Yes.

15:17    16    **A.**   I don't know.

15:17    17    **Q.**   Are you aware that he was interviewed and testified that

15:17    18    Mr. Vidrine -- actually, I should say the company man was not

15:17    19    present during the sheen test?  Are you aware of that?

15:17    20             **MR. REGAN:**  Foundation, Your Honor.

15:17    21             **MR. UNDERHILL:**  I can go to the document.

15:17    22             **THE COURT:**  Sustained.

15:17    23             **MR. UNDERHILL:**  Could you turn -- actually,

15:17    24    Ms. Miller, could you go to, please, TREX-03213 Willis.

15:17    25             And the reason that there's a Willis at the end,

STEVE ROBINSON - CROSS

15:17  1  Your Honor, there are two of that number, and this was Willis,
15:17  2  so that's the way the parties cured the exhibit.
15:17  3          If we could do the fly-out, please.
15:17  4  BY MR. UNDERHILL:
15:17  5  Q.   Do you see that this is -- Mr. Martin is one of your
15:18  6  investigation team, correct?
15:18  7  A.   He is the facilitator, yes, sir.
15:18  8          MR. REGAN:  Foundation, your Honor, as to showing
15:18  9  this document to this witness.
15:18  10         MR. UNDERHILL:  Your Honor, he has talked in his
15:18  11  notes about the sheen test --
15:18  12         THE COURT:  But what I'm trying to figure out now,
15:18  13  are you asking this witness to comment on something -- on some
15:18  14  notes, an interview that somebody else on his team conducted?
15:18  15  Is that where we are going with this?
15:18  16         MR. UNDERHILL:  Only to clarify where Mr. Vidrine was
15:18  17  during the performance of the sheen test.  That's all.
15:18  18         THE COURT:  We have talked about hearsay before, and
15:18  19  now we are going into at least double hearsay or triple hearsay
15:18  20  or something beyond mere hearsay.  If that's where you are
15:18  21  going, I'm going to sustain -- I think Mr. Regan was about to
15:18  22  object.
15:18  23         MR. REGAN:  My objection was on that basis,
15:18  24  Your Honor.
15:18  25         THE COURT:  I sustain the objection.

STEVE ROBINSON - CROSS

15:18  1          MR. UNDERHILL:  I respect the Court's ruling.  If I

15:18  2   could offer a proffer just for my record, Your Honor.

15:18  3          THE COURT:  Not right this minute.

15:18  4          MR. UNDERHILL:  When would you like me to do it?

15:18  5          THE COURT:  Whenever I'm not sitting in court.

15:18  6          MR. UNDERHILL:  Very good.

15:18  7   BY MR. UNDERHILL:

15:18  8   Q.   Are you aware -- and I suspect the objection is coming,

15:18  9   but to lay my record, are you aware that Mr. Meche was deposed

15:19  10  in this case --

15:19  11         THE COURT:  Wait a minute.  I just said you can't do

15:19  12  that while I'm on the bench.

15:19  13         MR. UNDERHILL:  I'm sorry.  This was a different

15:19  14  exhibit.

15:19  15         THE COURT:  You're asking for another double hearsay?

15:19  16         MR. UNDERHILL:  All I'm asking is to go to the

15:19  17  deposition.

15:19  18         THE COURT:  I'm not going to let you go there now, so

15:19  19  move on to something else.

15:19  20  BY MR. UNDERHILL:

15:19  21  Q.   Are you aware that Mr. Vidrine was standing on the rig

15:19  22  floor during the sheen test -- actually, back up a step.

15:19  23         To put in context the timing of the Hafle phone call,

15:19  24  8:52 to 9:02, correct?

15:19  25  A.   I know it was 8:52.  I believe it was a 10-minute call.

STEVE ROBINSON - CROSS

15:19  1   **Q.**   Thank you.

15:19  2           And the sheen test, if you recall, was performed at

15:19  3   what time?

15:19  4   **A.**   9:08 to 9:14.

15:19  5   **Q.**   Are you aware that Mr. Vidrine was, in fact, on the rig

15:19  6   floor with Dewey Revette and Jason Anderson and, I believe,

15:19  7   others when the rig was performing the sheen test?

15:19  8           **MR. REGAN:**  Asked and answered, no foundation.

15:20  9           **THE COURT:**  I thought he's already talked about where

15:20  10  he understood -- he wasn't positive, but where he understood

15:20  11  Mr. Vidrine was.

15:20  12          **MR. UNDERHILL:**  Okay.

15:20  13  BY MR. UNDERHILL:

15:20  14  **Q.**   Do you have any information at all that Mr. Vidrine -- any

15:20  15  positive information that he was actually on wherever it was

15:20  16  they were performing the sheen test?

15:20  17          **MR. REGAN:**  Asked and answered.

15:20  18  BY MR. UNDERHILL:

15:20  19  **Q.**   With the folks doing it?

15:20  20          **MR. REGAN:**  Asked and answered, Your Honor.  The

15:20  21  witness was asked what his --

15:20  22          **THE COURT:**  It sounds like the same question just

15:20  23  asked in a not so disguised matter, Mr. Underhill.  Good

15:20  24  attempt.

15:20  25          **MR. UNDERHILL:**  I thought it would slip it by,

STEVE ROBINSON - CROSS

| | | |
|---|---|---|
| 15:20 | 1 | Your Honor. |
| 15:20 | 2 | THE COURT:  I sustain the objection. |
| 15:20 | 3 | MR. UNDERHILL:  How would you like me to do the |
| 15:20 | 4 | proffer?  I can do it in writing if you'd like, Your Honor. |
| 15:20 | 5 | THE COURT:  Just do it sometime when I'm not here |
| 15:20 | 6 | when I'm not on the bench.  You can arrange with the court |
| 15:20 | 7 | reporter to do it. |
| 15:20 | 8 | MR. UNDERHILL:  In that case, that's all the |
| 15:20 | 9 | questions I have.  Thank you, Your Honor. |
| 15:20 | 10 | THE COURT:  Any questions from Alabama? |
| 15:20 | 11 | MR. SINCLAIR:  No questions. |
| 15:21 | 12 | THE COURT:  Louisiana. |
| 15:21 | 13 | MR. KANNER:  Nothing that can't be handled in |
| 15:21 | 14 | post-trial submittals.  Thank you, Your Honor. |
| 15:21 | 15 | THE COURT:  What was that comment?  I didn't |
| 15:21 | 16 | understand what you said.  "Nothing that can't be handled" |
| 15:21 | 17 | what? |
| 15:21 | 18 | MR. KANNER:  I just said nothing that can't be |
| 15:21 | 19 | handled in the post-trial submittals that you -- |
| 15:21 | 20 | THE COURT:  That's not my question.  It's about |
| 15:21 | 21 | whether you have any questions for the witness. |
| 15:21 | 22 | MR. KANNER:  The answer is no. |
| 15:21 | 23 | THE COURT:  Thank you. |
| 15:21 | 24 | Transocean. |
| 15:21 | 25 | MR. BRIAN:  Yes, Your Honor. |

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

15:21  1          THE COURT:  Let's do this.  Let's take about a
15:21  2   15-minute recess.  About 3:20.
15:21  3          THE DEPUTY CLERK:  All rise.
15:21  4          (Recess.)
15:37  5          THE COURT:  Please be seated.
15:37  6                    CROSS-EXAMINATION
15:37  7   BY MR. BRIAN:
15:37  8   Q.   Brad Brian for Transocean.  Good afternoon, Mr. Robinson.
15:37  9   I represent Transocean, and this is on cross-examination.
15:37 10          A lot of what I was going to cover has been covered,
15:37 11   so I'm going to be very brief.  I do have some follow-up
15:37 12   questions with respect to the -- your interviews regarding that
15:37 13   8:52 p.m. call.
15:37 14          I think you testified -- I want to make sure I got
15:37 15   this right.  I think you testified that you didn't hear either
15:38 16   Mr. Vidrine or Mr. Hafle say specifically that there was
15:38 17   1400 psi pressure on the drill pipe.  Is that right?
15:38 18   A.   That's -- according to my notes, that's correct.
15:38 19          MR. BRIAN:  Let's just pull up quickly, then,
15:38 20   TREX-37031.13.1.
15:38 21   BY MR. BRIAN:
15:38 22   Q.   Now, that's the first page of your interview of
15:38 23   Mr. Vidrine on April 27, correct?
15:38 24   A.   That's correct.
15:38 25   Q.   Do you see where it references that Brian Martin and Jim

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

15:38  1   Cowie were also present with you?
15:38  2   A.   Yes, sir.
15:38  3   Q.   They were two members of your investigation team that
15:38  4   worked along with you and coordinated you and appeared on some
15:38  5   of the same interviews, right?
15:38  6   A.   They interviewed with me in some interviews, yes.
15:38  7   Q.   This was one of those occasions, was it not?
15:38  8   A.   That's correct.
15:38  9        MR. BRIAN:   Let's pull up TREX-192.1.1.TO.
15:38  10  BY MR. BRIAN:
15:38  11  Q.   This is the typewritten version of the same Don Vidrine
15:38  12  interview on the 27th of April, is it not?
15:39  13  A.   It appears to be, yes.
15:39  14  Q.   Presumably prepared by either Mr. Cowie or Mr. Martin,
15:39  15  correct?
15:39  16  A.   I don't know.
15:39  17  Q.   Let's pull up TREX-192.3.1.TO --
15:39  18        MR. REGAN:   Foundation, Your Honor.
15:39  19        MR. BRIAN:   I'm just going to show him and ask him a
15:39  20  question.
15:39  21        MR. REGAN:   Foundation, Your Honor.  He has the
15:39  22  document --
15:39  23        THE COURT:   Well, let's --
15:39  24        MR. BRIAN:   The same interview that he attended,
15:39  25  Your Honor.

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

15:39  1          **MR. REGAN:**  The witness just testified that these are

15:39  2  not his notes, so we are right back in the same place.

15:39  3          **MR. BRIAN:**  No, we're not.  He attended this

15:39  4  interview.

15:39  5          **THE COURT:**  Were you sitting in this interview?

15:39  6          **THE WITNESS:**  Yes, sir, I was in this interview.

15:39  7          **THE COURT:**  These are, what, someone else is taking

15:39  8  notes during the same interview?

15:39  9          **THE WITNESS:**  I don't know if it's someone else in

15:39  10  the interview or someone typed up notes from someone back in

15:39  11  the office.

15:39  12          **THE COURT:**  Let's establish what these are.

15:39  13          **MR. BRIAN:**  I will represent to the Court that these

15:39  14  are typewritten, prepared either by Mr. Martin or Mr. Cowie.

15:39  15  **BY MR. BRIAN:**

15:39  16  **Q.**   And my question is -- it says in the notes:  "I talked to

15:39  17  Hafle about the 1400 - said that if there had been a kick in

15:39  18  the well, we would have seen it."

15:40  19          My first question is:  Does that refresh your

15:40  20  recollection that Mr. Vidrine in that interview said that he

15:40  21  told Mr. Hafle that there was 1400 pounds of pressure on the

15:40  22  drill pipe?

15:40  23  **A.**   That's not reflected in my notes.  I see it on the screen

15:40  24  here, but that's not what's in my notes.

15:40  25  **Q.**   Does it refresh your recollection that that's what he

8000

STEVE ROBINSON - CROSS

15:40   1   said?

15:40   2   **A.**  I don't remember him saying a specific number, no.

15:40   3   **Q.**  Do you recall him saying in the interview --

15:40   4            **THE COURT:**  I'm just trying to clear things up here.

15:40   5               This is the interview that the team, or whatever

15:40   6   you called the group you were in, had of Mr. -- when you

15:40   7   interviewed Mr. Vidrine, right?

15:40   8            **THE WITNESS:**  Yes, sir.

15:40   9            **THE COURT:**  This is for the interview -- you talked

15:40   10   about two days -- April 27, I think it was?

15:40   11            **THE WITNESS:**  Yes, sir, I interviewed Mr. Vidrine in

15:40   12   his home on the 27th.

15:40   13            **THE COURT:**  Was there only a single interview of

15:40   14   Mr. Vidrine, as far as you --

15:40   15            **THE WITNESS:**  That I was involved in, yes, sir.

15:40   16            **THE COURT:**  Okay.

15:40   17            **MR. BRIAN:**  This was the only interview, was my next

15:40   18   question.

15:40   19   **BY MR. BRIAN:**

15:40   20   **Q.**  This was the only interview that you conducted of

15:40   21   Mr. Vidrine, was it not?

15:41   22   **A.**  That's correct.

15:41   23   **Q.**  Did Mr. Vidrine tell you in that interview that he told

15:41   24   Hafle during their 8:52 p.m. call on April 20 that, if there

15:41   25   had been a kick in the well, they would have seen it?

STEVE ROBINSON - CROSS

15:41   1    A.   I don't recall that specific statement, but he could have
15:41   2    said that.
15:41   3    Q.   Now, Mr. Kent Corser was another member of your
15:41   4    investigation team, was he not?
15:41   5    A.   He was on the Bly investigation team.
15:41   6    Q.   You briefed Mr. Corser on your interview of Mr. Vidrine,
15:41   7    did you not?
15:41   8    A.   No, not Mr. Corser individually.  I called back to the
15:41   9    office, and there was a group in a room.
15:41   10   Q.   Do you know if Mr. Corser was present?
15:41   11   A.   I don't know.  He could have been.
15:41   12        MR. BRIAN:  Let's pull up TREX-193.3.2.TO.
15:41   13   BY MR. BRIAN:
15:41   14   Q.   Do you recognize that as Mr. Corser's handwriting?
15:41   15   A.   It could be Mr. Corser's handwriting.
15:41   16   Q.   Does it look like his handwriting?
15:41   17   A.   Kent has bad handwriting.
15:41   18   Q.   So it looks like Mr. Corser's bad handwriting, to the best
15:41   19   of your ability, sir?
15:41   20   A.   Yes, sir.  Yes, sir.
15:42   21   Q.   Did you tell Mr. Corser that Mr. Vidrine had said he told
15:42   22   Mr. Hafle the negative test was squirrely but that he had told
15:42   23   Mr. Hafle there were no problems?
15:42   24        Did you tell Mr. Corser that Mr. Vidrine had said
15:42   25   that?

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

15:42    1    A.   I could only say that Mr. Corser would have taken notes to
15:42    2    that effect.  I can't remember if I used those words.
15:42    3              MR. BRIAN:  Phil, can you put up a comparison of
15:42    4    TREX-37031.95.1.TO and TREX-4447.6.1.TO.
15:42    5                   That's not what I want, actually.  Let's pull up
15:42    6    4447.6.1.TO.
15:42    7    BY MR. BRIAN:
15:42    8    Q.   This is the typewritten version of your interview in July
15:43    9    of Mr. Hafle, correct?
15:43   10    A.   If it's from the same document we looked at earlier, then
15:43   11    yes.
15:43   12    Q.   Yes.  It has two different exhibit numbers.  I'm sorry for
15:43   13    the confusion on that.
15:43   14              Now you said that Mr. Luceri --
15:43   15    A.   Lucari.
15:43   16    Q.   Lucari.
15:43   17              Was he taking typewritten notes at the time or
15:43   18    handwritten notes at the time?
15:43   19    A.   I can't remember actually if he was typing or writing.  I
15:44   20    can't remember.
15:44   21    Q.   He prepared the typewritten version, though, did he not,
15:44   22    sir?
15:44   23    A.   Yes.
15:44   24    Q.   Did he circulate a draft to you and the other participants
15:44   25    before it was finalized?

STEVE ROBINSON - CROSS

15:44   1   A.   Yes, sir, to Mr. Corser and myself, as I recall.

15:44   2   Q.   Do you know whether he sent a copy to Mr. Hafle's personal

15:44   3   lawyers who attended the interview?

15:44   4   A.   I don't know.

15:44   5   Q.   Did you make any changes in the typewritten version before

15:44   6   it was finalized?

15:44   7   A.   I recall making maybe minor changes.  I don't think

15:44   8   there's anything significant.

15:44   9   Q.   Do you know what happened to those drafts?

15:44   10  A.   No, I do not.

15:44   11  Q.   Now, we have highlighted the language "Mark said he told

15:44   12  Don that you can't have pressure on the drill pipe and zero

15:44   13  pressure on the kill line in a test that's properly lined up."

15:44   14       Do you see that?

15:44   15  A.   Yes, I do.

15:44   16       MR. BRIAN:  Now, let's pull up TREX-37031.95.1.TO.

15:44   17  BY MR. BRIAN:

15:44   18  Q.   These are your notes of the interview, right?

15:45   19  A.   That same interview, that's correct.

15:45   20  Q.   The last thing you wrote there was:  "Said pressure on

15:45   21  drill pipe.  Mark said you can't have that."

15:45   22       That's the last thing you wrote, did you not?

15:45   23  A.   That's correct.

15:45   24       MR. BRIAN:  Pull up 447.6.1.TO again, please.

25

8004

STEVE ROBINSON - CROSS

| | | |
|---|---|---|
| 15:45 | 1 | BY MR. BRIAN: |
| 15:45 | 2 | Q.   You have your -- |
| 15:45 | 3 |        MR. BRIAN:  4447.6.1. |
| 15:45 | 4 | BY MR. BRIAN: |
| 15:45 | 5 | Q.   You have your notes in mind, right? |
| 15:45 | 6 |        You didn't say anything -- you didn't write anything |
| 15:45 | 7 | in your notes where it says, "Mark said he told Don he might |
| 15:45 | 8 | consider whether he had trapped pressure in the line or perhaps |
| 15:45 | 9 | he didn't have a valve properly lined up." |
| 15:45 | 10 |        You didn't write that down in your notes anywhere, |
| 15:45 | 11 | did you, sir? |
| 15:45 | 12 | A.   No, sir. |
| 15:45 | 13 | Q.   You didn't write down the next line:  "Don told Mark that |
| 15:45 | 14 | he was fully satisfied that the rig crew had performed a |
| 15:45 | 15 | successful negative test." |
| 15:45 | 16 |        You didn't write that down either, did you? |
| 15:45 | 17 | A.   No, sir. |
| 15:45 | 18 | Q.   You didn't write down that Mark said he didn't have the |
| 15:46 | 19 | full context for what had transpired during the tests and it |
| 15:46 | 20 | wasn't clear to him whether Don was talking about the first or |
| 15:46 | 21 | second negative test -- you didn't write that down either, did |
| 15:46 | 22 | you, sir? |
| 15:46 | 23 | A.   No, sir. |
| 15:46 | 24 | Q.   I know you testified, in response to your lawyer's |
| 15:46 | 25 | questions, that you didn't take verbatim notes, but let me ask |

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

15:46    1    you this, sir:  When you took the notes, did you try to be as
15:46    2    accurate as possible?
15:46    3    A.    Absolutely.
15:46    4    Q.    Did you sit there and deliberately not write down things
15:46    5    down?
15:46    6    A.    There was -- not deliberately, but I would get distracted
15:46    7    by things.  Either I got involved in a conversation or some
15:46    8    other distraction.  I would stop taking notes.
15:46    9    Q.    You testified -- you have read the Bly report, have you
15:46   10    not, sir?
15:46   11    A.    Yes.
15:46   12    Q.    There's no mention of this conversation anywhere in the
15:46   13    Bly report, is there?
15:46   14    A.    I don't believe so.
15:46   15    Q.    In fact, the Bly report says, does it not, that you
15:46   16    uncovered no evidence -- the investigation team uncovered no
15:46   17    evidence that the well site leaders had talked to anybody
15:46   18    outside their team about the negative test, right?
15:46   19    A.    No, sir.  We reported that there was no consultation about
15:47   20    the negative test.
15:47   21    Q.    Ah-ha.  You said that there was no consultation.  And you
15:47   22    testified on direct that the reason that you didn't put it in
15:47   23    was because it wasn't causal and because it wasn't an
15:47   24    interpretation of the test.  That's what you testified --
15:47   25    A.    Correct.

STEVE ROBINSON - CROSS

15:47  1   **Q.**    -- correct?

15:47  2          So when Mr. Hafle said to Don Vidrine, "You can't

15:47  3   have pressure on the drill pipe and zero pressure on the kill

15:47  4   line in a test that's properly lined up," is it your testimony

15:47  5   under oath in front of this judge that that is not an

15:47  6   interpretation of a negative pressure test?

15:47  7   **A.**    No, sir.

15:47  8   **Q.**    Is that not -- I just want to -- is that your testimony?

15:47  9   **A.**    Yes, that's my testimony.  That's correct.

15:47  10  **Q.**    How many interviews did you participate in of Mr. Hafle?

15:47  11  **A.**    Two.

15:47  12  **Q.**    When you got that information, did you think it was

15:47  13  significant that Mr. Hafle told you that, sir?  The part that's

15:47  14  highlighted on TREX-447.6.1.TO, did you think that was

15:48  15  significant?

15:48  16  **A.**    In what sense, sir?

15:48  17  **Q.**    Important for your mission of finding out what happened.

15:48  18  **A.**    No, sir.  It would have been if they had discussed it in

15:48  19  full and then both concluded that it was a failed test.

15:48  20  **Q.**    Did you, Mr. Corser, Mr. Cowie, or Mr. Bly -- anybody on

15:48  21  the team -- after you got that information from Mr. Hafle,

15:48  22  discuss whether you ought to go back and reinterview

15:48  23  Mr. Vidrine?  Did you talk about that?

15:48  24  **A.**    I don't recall, no, sir.

15:48  25  **Q.**    It's a fact, is it not, that you personally -- after

STEVE ROBINSON - CROSS

15:48  1  getting that information from Mr. Hafle -- never went back and
15:48  2  asked Mr. Vidrine, "Did Mr. Hafle tell you you can't have
15:48  3  pressure on the drill pipe and zero pressure on the kill line
15:48  4  in a test that's properly lined up?"
15:48  5       You never went back and asked Mr. Vidrine that, did
15:48  6  you, sir?
15:48  7  A.   No, sir, I don't recall we did.
15:48  8       MR. BRIAN:  Let's pull up TREX-37031 -- I'm sorry
15:49  9  .14.  I think it's .1.TO.  No, 37031.14.  Just pull up the page
15:49  10 14.
15:49  11      Now, can you highlight and blow up the paragraph to
15:49  12 the right where it says "no standard procedure."
15:49  13 BY MR. BRIAN:
15:49  14 Q.   This is your handwriting, is it not?
15:49  15 A.   That's correct.
15:49  16 Q.   This is during your interview of Mr. Vidrine.  On
15:49  17 April 27, you took these notes, did you not?
15:49  18 A.   That's correct.
15:49  19 Q.   You wrote:  "There is no standard procedure on how to
15:49  20 do" -- what is that word?
15:49  21 A.   "No standard procedure on how to do these.  Procedure from
15:49  22 town in bullet form.  Leave to rig on how to do rig procedure."
15:49  23 Q.   What -- tell me again what your position is currently.
15:50  24 A.   I'm a VP of region wells, Gulf of Mexico.
15:50  25 Q.   Now, Mr. Cowie, he worked as part of your investigation

STEVE ROBINSON - CROSS

15:50   1   team.  He holds the same job in the North Sea, doesn't he, sir?
15:50   2   A.   No, sir.  He's in Baku now.
15:50   3   Q.   Did he have the same job in the North Sea, let's say, a
15:50   4   year and a half ago or so?
15:50   5   A.   No, sir.  He was an operations manager, but he ran rigs.
15:50   6   Q.   In the North Sea?
15:50   7   A.   Yes, sir.
15:50   8   Q.   Did you ever discuss with Mr. Cowie whether BP has
15:50   9   standard procedures in the North Sea?
15:50   10  A.   I don't recall.  We may have discussed that.  We looked
15:50   11  and found that there were a variety of procedures in different
15:50   12  assets.
15:50   13  Q.   Did you look, as part of your investigation, as to whether
15:50   14  or not BP in the Gulf of Mexico in connection with the
15:50   15  *Deepwater Horizon* had specified written procedures with respect
15:50   16  to the responsibilities of the well site leaders?  Did you look
15:50   17  at that question?
15:50   18  A.   Yes, we did look at that question.
15:50   19          **MR. BRIAN:**  Let's pull up TREX-7313.1.1.TO.
15:50   20  **BY MR. BRIAN:**
15:50   21  Q.   This is a document called "North Sea SPU, Functional
15:51   22  Expectations of Well Site Leaders, 2009."
15:51   23          Did Mr. Cowie ever bring this document to your
15:51   24  attention during the course of your work on the Bly
15:51   25  investigation?

OFFICIAL TRANSCRIPT

STEVE ROBINSON - CROSS

15:51  1          **MR. REGAN:**  Objection, Your Honor, outside the scope.

15:51  2          **THE COURT:**  Overruled.

15:51  3          **THE WITNESS:**  I don't recall seeing this document,

15:51  4  no, sir.  I may have.  I just don't recall it.

15:51  5          **MR. BRIAN:**  Let's pull up TREX-7313.6.1.TO.

15:51  6  TREX-7313.6.1.TO.

15:51  7  **BY MR. BRIAN:**

15:51  8  **Q.**   This sets forth various procedures that applied in the

15:51  9  North Sea at BP, including that -- to ensure that the drilling

15:51  10  contractor is given written instructions prior to performing

15:52  11  any operation on the well.

15:52  12          It says at the bottom:  "The instructions shall be

15:52  13  signed by the well site leader and toolpusher.  The

15:52  14  instructions should be made available to all rig personnel."

15:52  15          During the course of your work on the Bly

15:52  16  investigation, you didn't find any similar standardized

15:52  17  procedures that applied in the Gulf of Mexico to the

15:52  18  *Deepwater Horizon*, did you, sir?

15:52  19  **A.**   For standardized negative test procedures or procedures in

15:52  20  general?

15:52  21  **Q.**   Negative test procedures.

15:52  22  **A.**   No, sir, we did not find standardized procedures.

15:52  23          **MR. BRIAN:**  Nothing further, Your Honor.

15:52  24          **THE COURT:**  Halliburton.

15:52  25          **MR. HARTLEY:**  We had a long talk, Your Honor.  We

STEVE ROBINSON - CROSS

15:52  1    have no questions.
15:52  2                THE COURT:  All right.
15:52  3                MR. GODWIN:  Remember that, Judge, if you will,
15:52  4    please.
15:52  5                THE COURT:  I'll remember it.
        6                BP.
        7                    REDIRECT EXAMINATION
15:52  8    BY MR. REGAN:
15:53  9    Q.   Matt Regan on behalf of BP for redirect examination.
15:53  10               Based on the questions you were just asked by
15:53  11   Mr. Brian on behalf of Transocean, can you just explain,
15:53  12   Mr. Robinson, why it may be the case that your notes -- that
15:53  13   you don't have the same things written down in your notes that
15:53  14   may have been written down by other people who are sitting in
15:53  15   the same interview?
15:53  16   A.   I can only stand on what I wrote down in my notes based on
15:53  17   what I heard in the interviews.  Someone else could hear
15:53  18   something different.
15:53  19   Q.   When you were asking questions, what was your process with
15:53  20   respect to asking questions and taking down notes?
15:53  21   A.   I was just trying to capture exactly as I could what I was
15:53  22   hearing in the interview.  There were times that I would stop
15:53  23   taking notes when I would do the questioning and so forth.
15:53  24   Q.   Mr. Sterbcow asked you a series of questions about whether
15:53  25   certain organizational issues were causal.  I'm not going to

STEVE ROBINSON - REDIRECT

15:54   1    reopen that other than to say, is there a document that sets
15:54   2    forth your views for your work on the Bly team as to what was
15:54   3    causal with respect to the accident on April 20?
15:54   4    A.   Yes, there is.
15:54   5    Q.   What is that document?
15:54   6    A.   From my section or -- you're talking about the Bly report?
15:54   7    Q.   Yes, sir.
15:54   8    A.   My section of what the causal factors were?
15:54   9    Q.   Yes, sir.
15:54   10   A.   It was the misinterpretation of the negative test, failed
15:54   11   to identify loss of well integrity.  It was the fact that
15:54   12   hydrocarbons flowed into the well undetected and got into the
15:54   13   riser, and the fact that initial well control actions failed to
15:54   14   contain the well.
15:54   15   Q.   Then lastly, with respect to your interview of Mr. Vidrine
15:54   16   at his house and the fact that your notes seem to bounce around
15:54   17   a lot, were you sitting with Mr. Vidrine in his house the
15:54   18   entire time for the interview?
15:54   19   A.   No.  I had to -- on at least two occasions when he became
15:54   20   troubled, crying, emotional, I would stop the interview and
15:54   21   take him out in his backyard.  It was a pretty spring day in
15:55   22   Lafayette and we would -- I would walk him around his backyard
15:55   23   10 minutes, talk about his garden, his grass, and he would calm
15:55   24   down.  I would ask him if it's okay.  He said it was.  We would
15:55   25   go back in.  We would go for a while and we would have to -- I

STEVE ROBINSON - REDIRECT

15:55    1    think it was twice we had to do that.

15:55    2    **Q.**    And with respect to what Mr. Sterbcow asked you about

15:55    3    Mr. John Guide and the interviews you attended, did your notes

15:55    4    reflect that Mr. Guide, in the decisions that Mr. Sterbcow was

15:55    5    pointing out, was engaged in discussions with a variety of

15:55    6    people about those issues?

15:55    7    **A.**    Oh, yes.

15:55    8    **Q.**    Is that what you see every day in terms of the way people

15:55    9    make decisions, that they talk to people, talk it out, decide

15:55   10    what to do as a group?

15:55   11    **A.**    Yes, that's the way it's run.  It's never run as a single

15:55   12    individual in command and control.  It's a collaborative effort

15:55   13    among a team.

15:55   14            **MR. REGAN:**  Thank you, Mr. Robinson.  Those are the

15:55   15    questions I have.

15:55   16            **THE COURT:**  Thank you, sir.

15:55   17            **THE WITNESS:**  Thank you, sir.

15:55   18            **THE COURT:**  Next witness for BP.

15:56   19            **MR. BROCK:**  Your Honor, Mike Brock for BP.  Our next

15:56   20    witness is Mr. Neil Shaw.  We would like to play a short

15:56   21    videotape of Kevin Lacy before he testifies.  This video has

15:56   22    been circulated to the parties.  It's about a six-minute video,

15:56   23    and then we will have Mr. Shaw after that.

15:56   24            **THE COURT:**  All right.

15:56   25            **MR. BROCK:**  I have --

| | | |
|---|---|---|
| 15:56 | 1 | **THE COURT:**  Do you have transcripts? |
| 15:56 | 2 | **MR. BROCK:**  Yes, sir, I have the transcript and the |
| 15:56 | 3 | thumb drive here. |
| 15:56 | 4 | **THE COURT:**  Good. |
| 15:56 | 5 | **MR. BROCK:**  Thank you, Your Honor. |
| 15:57 | 6 | **THE COURT:**  Go ahead. |
| 15:57 | 7 | (Kevin Lacy testified by video deposition.) |
| 16:04 | 8 | **MR. BROCK:**  Our next witness is Mr. Shaw.  Also, |
| 16:04 | 9 | there were a couple exhibits referenced in that examination, |
| 16:04 | 10 | and we will just bring those forward as we have with other |
| 16:04 | 11 | witnesses and offer those exhibits. |
| 16:04 | 12 | **THE COURT:**  Very well. |
| 16:04 | 13 | **MS. KARIS:**  Good morning, Your Honor. |
| 16:04 | 14 | **THE COURT:**  It's morning somewhere. |
| 16:04 | 15 | **MS. KARIS:**  That's right. |
| 16:04 | 16 | **NEIL SHAW,** |
| 16:04 | 17 | having been duly sworn, testified as follows: |
| 16:05 | 18 | **THE DEPUTY CLERK:**  State your full name and correct |
| 16:05 | 19 | spelling for the record, please. |
| 16:05 | 20 | **THE WITNESS:**  My name is Neil Shaw, spelled N-E-I-L, |
| 16:05 | 21 | S-H-A-W. |
| 16:05 | 22 | **MS. KARIS:**  Good afternoon, Your Honor. |
| 16:05 | 23 | Hariklia Karis conducting the direct examination of Neil Shaw. |
| | 24 | |
| | 25 | |

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
| 16:05 | 1  | **DIRECT EXAMINATION**                                         |
| 16:05 | 2  | **BY MS. KARIS:**                                             |
| 16:06 | 3  | **Q.**   Good afternoon, Mr. Shaw.  First, can you tell the Court |
| 16:06 | 4  | what is your current position with BP.                        |
| 16:06 | 5  | **A.**   I am BP's chief operating officer for projects.      |
| 16:06 | 6  | **Q.**   Can you tell the Court what your position was from   |
| 16:06 | 7  | November 1 of 2007 through October 31 of 2009, so a two-year  |
| 16:06 | 8  | period.                                                        |
| 16:06 | 9  | **A.**   I was the strategic performance unit leader in the Gulf of |
| 16:07 | 10 | Mexico.                                                        |
| 16:07 | 11 | **Q.**   Is that the senior most position in the Gulf of Mexico |
| 16:07 | 12 | operations?                                                    |
| 16:07 | 13 | **A.**   It is.                                                |
| 16:07 | 14 | **Q.**   So you were the person in charge of the Gulf of Mexico |
| 16:07 | 15 | operations for two years ending in November of 2009?          |
| 16:07 | 16 | **A.**   That is correct.                                      |
| 16:07 | 17 | **Q.**   Now, before we talk about your role and responsibilities |
| 16:07 | 18 | as the strategic performance unit leader during that time     |
| 16:07 | 19 | period, I would like to talk a little bit about your current  |
| 16:07 | 20 | function and responsibilities.  You said you're currently the |
| 16:07 | 21 | head of BP's global projects organization or chief operating  |
| 16:07 | 22 | officer?                                                       |
| 16:07 | 23 | **A.**   That's correct.                                       |
| 16:07 | 24 | **Q.**   Can you describe for the Court generally what that   |
| 16:07 | 25 | responsibility entails.                                        |

**NEIL SHAW - DIRECT**

16:07   1    **A.**    Yes.  The accountability of that organization is to take

16:07   2    the discoveries from our exploration organization and then to

16:07   3    figure out what's the best way to develop those resources.  And

16:07   4    then do the design, the engineering, the construction and

16:07   5    commissioning activity to deliver those assets, those

16:08   6    facilities, those offshore platforms into our production

16:08   7    business, and then they produce oil and gas.

16:08   8    **Q.**    So by the time the projects come to you, has the drilling

16:08   9    aspect been completed?

16:08   10   **A.**    Yes, it has.

16:08   11   **Q.**    How many projects do you currently oversee?

16:08   12   **A.**    There's about 60 worldwide.

16:08   13   **Q.**    Can you give the Court a sense of how many different

16:08   14   countries those projects are in for which you are responsible.

16:08   15   **A.**    They're across 21 countries.

16:08   16   **Q.**    Does that include projects in the United States?

16:08   17   **A.**    Yes, it does.

16:08   18   **Q.**    Including some here in the Gulf of Mexico?

16:08   19   **A.**    Yes.

16:08   20   **Q.**    Let's talk a little bit about your educational background

16:08   21   and then your employment history that led to your getting the

16:08   22   position of strategic performance unit leader for the Gulf of

16:08   23   Mexico.  First, do you hold any college degrees?

16:08   24   **A.**    I hold a bachelor's degree in mechanical engineering and a

16:08   25   master's degree in business.

**NEIL SHAW - DIRECT**

16:08   1   **Q.**   When did you get your degree in mechanical engineering?

16:08   2   **A.**   1984.

16:09   3   **Q.**   From where?

16:09   4   **A.**   From Liverpool University.

16:09   5   **Q.**   Then you said you also hold a master's degree.  Where did

16:09   6   you obtain that degree?

16:09   7   **A.**   That was from Warwick University in 1993.

16:09   8   **Q.**   Do you hold any professional licenses?

16:09   9   **A.**   I'm a chartered engineer, which is similar to like a

16:09  10   professional engineer in the U.S.

16:09  11   **Q.**   How does one become a chartered mechanical engineer?

16:09  12   **A.**   In the UK, you have to firstly have a bachelor's degree

16:09  13   and then there's a process of gaining work experience over a

16:09  14   number of years, typically four or five years, and then a

16:09  15   series of interviews at the end of that with the professional

16:09  16   association.

16:09  17   **Q.**   When did you achieve that accomplishment of becoming a

16:09  18   chartered mechanical engineer?

16:09  19   **A.**   I believe that was in about 1989.

16:09  20   **Q.**   Are you still a chartered mechanical engineer?

16:09  21   **A.**   Yes, I am.

16:09  22   **Q.**   Now, after graduating in 1984, can you describe for the

16:09  23   Court what your work experience entailed.  Who did you join?

16:09  24   **A.**   I joined BP in 1984.

16:10  25   **Q.**   Can you give the Court an overview of what work you did

NEIL SHAW - DIRECT

16:10  1   for BP for the next several years?

16:10  2   A.   Yes.  I spent the first eight years of my career in a

16:10  3   number of engineering roles involved in the design and

16:10  4   construction of offshore processing facilities in the

16:10  5   North Sea.

16:10  6   Q.   Can you give us just a couple examples of the type of

16:10  7   projects that you worked on during that eight-year period?

16:10  8   A.   Yes.  They were, as I say, offshore facilities involved in

16:10  9   developing those resources, building facilities, jackets and

16:10  10  top-sizers we call them, pipeline systems.  I held a number of

16:10  11  roles right from the design phase through to the construction

16:10  12  and initial operational phase as well.

16:10  13  Q.   What did you do after that eight-year period?

16:10  14  A.   That's when I studied full time for my MBA.

16:10  15  Q.   That takes us to approximately 1993, I think you said?

16:10  16  A.   That's correct.

16:11  17  Q.   What did you do after obtaining your MBA in 1993?

16:11  18  A.   I then had about a five-year period of working in a number

16:11  19  of more business and commercial roles.  It involved strategic

16:11  20  planning and joint venture agreements.

16:11  21  Q.   Those strategic roles and joint venture agreements, were

16:11  22  those all roles you held with BP?

16:11  23  A.   That's correct.

16:11  24  Q.   That takes us to approximately 1998.  Where were you based

16:11  25  at that time?

NEIL SHAW - DIRECT

| | | |
|---|---|---|
| 16:11 | 1 | **A.**   I was based in London. |
| 16:11 | 2 | **Q.**   And then what did you do after having those positions? |
| 16:11 | 3 | **A.**   I moved to our petrochemicals business.  And I led a |
| 16:11 | 4 | petrochemical -- it was a polymer manufacturing business and |
| 16:11 | 5 | had a plant in Europe, in France, one in Germany, a global |
| 16:11 | 6 | sales and marketing organization, about 750-people |
| 16:11 | 7 | organization. |
| 16:11 | 8 | **Q.**   How long did you stay in that role? |
| 16:11 | 9 | **A.**   I was in that role for about two years. |
| 16:12 | 10 | **Q.**   So now approximately to about 2001?  2000, 2001? |
| 16:12 | 11 | **A.**   That's correct. |
| 16:12 | 12 | **Q.**   All right.  And then what did you do with BP in |
| 16:12 | 13 | approximately 2001? |
| 16:12 | 14 | **A.**   I moved back into our upstream business and I moved to |
| 16:12 | 15 | Azerbaijan.  And I led a very large project in Azerbaijan.  It |
| 16:12 | 16 | was a development of one of the world's biggest oil fields |
| 16:12 | 17 | offshore in the Caspian Sea called ACG.  I led that for four |
| 16:12 | 18 | years.  It was a very large organization, about a thousand |
| 16:12 | 19 | people, about 10,000 contractors. |
| 16:12 | 20 | **Q.**   Were you the senior person in that organization at that |
| 16:12 | 21 | time? |
| 16:12 | 22 | **A.**   Yes, I was. |
| 16:12 | 23 | **Q.**   How long did you stay in that role? |
| 16:12 | 24 | **A.**   I was in that role for four years. |
| 16:12 | 25 | **Q.**   Did that role entail drilling or was the drilling |

**NEIL SHAW - DIRECT**

16:12  1   independent of that function?

16:12  2   **A.**   The drilling was separate in another part of the

16:12  3   organization.

16:12  4   **Q.**   So that would take us to approximately 2005.  What did you

16:12  5   do next?

16:12  6   **A.**   I then moved back to London and took a corporate role as

16:12  7   the technology vice president for projects and engineering.

16:13  8   **Q.**   And what were some of your responsibilities as technical

16:13  9   vice president for projects and engineering?

16:13  10  **A.**   It was a role which set the standards and practices for

16:13  11  how we did projects and engineering across the upstream

16:13  12  business.  I also had responsibilities for managing our global

16:13  13  supply relationships and also for building capability across

16:13  14  the company in projects and engineering.

16:13  15  **Q.**   After being the technology vice president for projects and

16:13  16  engineering, is that when you obtained the position of

16:13  17  strategic performance unit leader for the Gulf of Mexico?

16:13  18  **A.**   That's correct.

16:13  19  **Q.**   Is the strategic performance unit leader typically called

16:13  20  the SPU leader?

16:13  21  **A.**   Yes, it is.

16:13  22  **Q.**   So when we go on, if I ask you about your roles as SPU

16:13  23  leader, is that kind of the nomenclature for the position you

16:13  24  held?

16:13  25  **A.**   That's correct.

**NEIL SHAW - DIRECT**

16:13    1    **Q.**   After leaving -- we will talk at length about what you did

16:14    2    while you were the strategic performance unit leader for the

16:14    3    Gulf of Mexico, but after leaving that role in November of

16:14    4    2009, what did you then go on to do?

16:14    5    **A.**   I moved to become the chief operating officer for

16:14    6    developments and I set up the global organization and then ran

16:14    7    that organization, which is what my current job is today.

16:14    8    **Q.**   Where were you positioned, physically stationed while you

16:14    9    were the SPU leader for the Gulf of Mexico?

16:14    10   **A.**   I was based in Houston.

16:14    11   **Q.**   Then when you took on your next role as the head of global

16:14    12   projects, where were you then positioned?

16:14    13   **A.**   I continued to be based in Houston.

16:14    14   **Q.**   Is that where you are still based today?

16:14    15   **A.**   That's correct.

16:14    16   **Q.**   So you have been in Houston since 2007?

16:14    17   **A.**   That's correct.

16:14    18   **Q.**   Now, at the time of the incident, did you hold the

16:14    19   position of head of global projects?

16:14    20   **A.**   Yes, I did.

16:14    21   **Q.**   Did your organization have any responsibility at that time

16:14    22   for drilling, for the drilling aspect of exploration and

16:14    23   production?

16:14    24   **A.**   No, it did not.

16:15    25   **Q.**   Do you recall where you were when you found out about this

NEIL SHAW - DIRECT

16:15  1   incident?

16:15  2   **A.**   Yes.  I was on a business trip at the time in the head

16:15  3   office in London in St. James Square.

16:15  4   **Q.**   How did you find out about this accident?

16:15  5   **A.**   I found out from Andy Inglis' executive assistant.

16:15  6   **Q.**   What were you told, if you recall?

16:15  7   **A.**   Well, he just told me that a terrible tragedy had happened

16:15  8   in the Gulf of Mexico.  And, well, I was shocked, shocked and

16:15  9   surprised.  And my immediate reaction was just, you know, what

16:15  10  can I do to help.

16:15  11          And at the time, we sort of mobilized our crisis

16:15  12  management organization.  I was getting them mobilized, and I

16:15  13  came back to Houston as quickly as I could.

16:15  14  **Q.**   Did you then help with the response efforts that BP put in

16:15  15  place in order to address the spill that was ongoing?

16:15  16  **A.**   Yes.  I worked full time on the response, right from after

16:15  17  the incident through to the early part of August.  And I

16:15  18  dedicated about three-quarters of my leadership team, that's

16:16  19  about seven or eight people, and about 500 people from my

16:16  20  global projects organization worked on the response.

16:16  21  **Q.**   So how long did you and approximately 500 people from your

16:16  22  organization that you dedicated to that effort remain assigned

16:16  23  to the response effort?

16:16  24  **A.**   It was straight from the latter part of April through to

16:16  25  the early part of August.

**NEIL SHAW - DIRECT**

16:16  1   **Q.**   Now, I want to go back, if you will, and talk about some
16:16  2   of your responsibilities as the strategic performance unit
16:16  3   leader, or the SPU leader.  You indicated that that was the
16:16  4   senior most position in the Gulf of Mexico at that time; is
16:16  5   that correct?
16:16  6   **A.**   That's correct.
16:16  7   **Q.**   How many people were in your organization while you were
16:16  8   the leader of that organization?
16:16  9   **A.**   It's about 2,000 people.
16:16  10  **Q.**   And can you describe for the Court what that strategic
16:16  11  performance unit entailed to which you were responsible?
16:16  12  **A.**   Yes, it was a large business and it covered the full
16:16  13  spectrum of everything from exploration through developments
16:16  14  and production.  So that was everything from securing and --
16:17  15  bidding and securing leases, identifying which prospects we
16:17  16  would drill, drilling those prospects with a view to making
16:17  17  discoveries.
16:17  18        Then figuring how we would develop those resources
16:17  19  and then the design and construction of infrastructure to be
16:17  20  able to produce those assets.  And then, of course, the
16:17  21  production of those oil and gas through those facilities.  We
16:17  22  had eight large offshore facilities, and we were the biggest
16:17  23  oil and gas producer in the Gulf of Mexico.
16:17  24  **Q.**   Did you have responsibility for delivering performance,
16:17  25  both safety as well as production performance for that unit?

**NEIL SHAW - DIRECT**

16:17  1   **A.**   Absolutely.  Yes.  The way I sort of think about it is the
16:17  2   role by its definition of strategic performance unit leader,
16:17  3   it's essentially about strategy and about performance.  And the
16:17  4   strategy component was around the overall direction for the
16:18  5   business, the priorities we are setting for the business, the
16:18  6   key activity.  And the performance piece was all about
16:18  7   performance, which included all elements of safety, production,
16:18  8   and cost.
16:18  9   **Q.**   You said that part of that included setting the strategy
16:18  10  for the business?
16:18  11  **A.**   That's correct.
16:18  12  **Q.**   When you came into the position of the SPU leader in late
16:18  13  2007, did you go about setting a strategy for how that business
16:18  14  was going to be operated?
16:18  15  **A.**   Yes.  I spent around the first month talking to people in
16:18  16  the organization, to my leadership team, and to many other
16:18  17  people to familiarize myself with the business, to understand
16:18  18  what people thought was working well, things that they didn't
16:18  19  think were working well and we needed to address, and the
16:18  20  things that were really getting in the way of great
16:18  21  performance.  And as a team, we sort of formulated a number of
16:18  22  priorities we wanted to focus on.
16:18  23  **Q.**   Based on those conversations that you had with people in
16:18  24  the business who had been in the business for a while, did you
16:19  25  set out objectives in order to achieve that strategy that you

NEIL SHAW - DIRECT

16:19  1   put -- that you wanted to put in place?

16:19  2   A.   That's correct.  We identified sort of five key strategic

16:19  3   priorities for the business.

16:19  4          MS. KARIS:  If we can look at D-4901.1, please.

16:19  5   BY MS. KARIS:

16:19  6   Q.   Did you communicate -- while that comes up -- did you

16:19  7   communicate what your strategy was for how you were going to go

16:19  8   about operating the Gulf of Mexico's business?  Did you

16:19  9   communicate that to your management and leadership?

16:19  10  A.   Yes.  I met with Andy Inglis, who was my boss at the time.

16:19  11  He was the chief executive of our upstream business.  I met

16:19  12  with Andy at the end of November to show him my initial sort of

16:19  13  impressions and thoughts.  And I proposed to him the strategy

16:19  14  that I thought was the right strategy for the next couple of

16:19  15  years for the Gulf of Mexico.

16:19  16  Q.   Okay.  You have referenced the upstream business a few

16:19  17  times.  And just to be clear, what does the upstream business

16:20  18  entail?

16:20  19  A.   It covers all of our exploration and production activity.

16:20  20  Q.   What was Mr. Inglis' position at the time that you were

16:20  21  reporting to him in November of 2007?

16:20  22  A.   He was the chief executive officer.

16:20  23  Q.   Then we have here on the screen D-4901.1.

16:20  24          Is this the communication that you referenced that

16:20  25  you sent to Mr. Inglis, as well as Mr. Bly, titled, "GoM

NEIL SHAW - DIRECT

16:20  1  Transformation, Preread"?

16:20  2  A.   That's correct.

16:20  3  Q.   You begin by saying, "Andy/Mark, please find attached some

16:20  4  preread for our discussion on Friday.  I would like to cover

16:20  5  the following topics."

16:20  6        MS. KARIS:  If we can now go to 5678.6.2.

16:21  7  BY MS. KARIS:

16:21  8  Q.   Was this part of the materials and information you sent to

16:21  9  Mr. Inglis setting out what your strategy was for addressing

16:21  10  the Gulf of Mexico's business unit once you became strategic

16:21  11  performance unit leader?

16:21  12  A.   That is correct.

16:21  13  Q.   It says here, number one in the GoM, five strategic

16:21  14  things.

16:21  15        Can you tell the Court an overview -- we'll go into

16:21  16  some of these in more detail -- what your five strategic themes

16:21  17  were for the Gulf of Mexico's business unit while you were

16:21  18  going to be the leader?

16:21  19  A.   Well, the first was around people and recognizing this was

16:21  20  a complex business and it was absolutely critical that we had

16:21  21  the right sort of capability in the business to be able to

16:21  22  deliver the behavioral strategy.  And also we wanted to make

16:21  23  sure that we had safe and reliable operations.  And we

16:21  24  identified earlier on that we believed OMS was the key enabler

16:21  25  for that.

**NEIL SHAW - DIRECT**

16:22   1    **Q.**   I want to stop you for a second there.

16:22   2    **A.**   Okay.

16:22   3    **Q.**   I think you have gone to the second bullet there,

16:22   4    5678.6.8, talked about people.  And the second item that you

16:22   5    list there is:  "Safe and reliable operations."

16:22   6             Is that what you were just referencing?

16:22   7    **A.**   Yes, it was.  Safe and reliable operations clearly was

16:22   8    absolutely critical.  We identified OMS as one of the key

16:22   9    enablers to the business.  So that was a key priority for us.

16:22   10   **Q.**   What were some of the other strategic themes, just high

16:22   11   level overviews as we go into each of them?

16:22   12   **A.**   Do you want me to take them one by one?

16:22   13   **Q.**   Sure.  Just read them down.

16:22   14   **A.**   The next one was around predictable project delivery.  A

16:22   15   big part of what we do in the business is make some very large

16:22   16   investments, and we wanted to make sure that we could deliver

16:22   17   those investments in a very predictable manner.  That was a big

16:22   18   part of the agenda.

16:22   19   **Q.**   And then what is SPU transformation about?

16:22   20   **A.**   Under the SPU transformation, we were identifying a few

16:22   21   things that we thought we really wanted to focus on where we

16:23   22   thought there was a big opportunity to improve how we worked.

16:23   23   I have just mentioned a few.  You see there's one there we

16:23   24   refer to as the "centralized D&C organization."

16:23   25             So we made quite a big change in 2008 around how we

**NEIL SHAW - DIRECT**

16:23  1    organized ourselves, driven specifically around how we could be

16:23  2    more standardized and we could learn more effectively as an

16:23  3    organization.  And the other one was around strategic cost

16:23  4    management and for us to be really strategic about how we

16:23  5    efficiently managed the business.

16:23  6    **Q.**   Then the last one is "Intense Performance Management."

16:23  7    What was that about generally?

16:23  8    **A.**   Well, that one really was about delivering what we were --

16:23  9    had in our overall plan.  We had a very big activity set to

16:23  10   deliver, and I wanted to make sure throughout the organization,

16:23  11   we had the right focus with the right metrics, the right KPIs

16:23  12   to deliver all aspects of performance, safety performance,

16:23  13   production performance, and cost performance.

16:23  14   **Q.**   So you referenced with the right KPIs.  What are KPIs?

16:24  15   **A.**   Key performance indicators.

16:24  16   **Q.**   What is a key performance indicator?

16:24  17   **A.**   It's those few things that really give you insight in

16:24  18   terms of how the business is performing.

16:24  19   **Q.**   Did that include metrics for safety as well as production

16:24  20   performance?

16:24  21   **A.**   Yes.  It included metrics in safety both for process

16:24  22   safety, for personal safety, input metrics, and output metrics.

16:24  23         We had a very comprehensive set of KPIs.  When you

16:24  24   try to manage such a large and complex business, you have to

16:24  25   have a good handle on how things are performing so you can make

NEIL SHAW - DIRECT

16:24  1    sure that you are managing appropriately and you can make the
16:24  2    interventions where you need to.
16:24  3    **Q.**   We are going to come back and talk about each of those, or
16:24  4    at least some of those; but I want to focus first on No. 2, the
16:24  5    safe and reliable operations.
16:24  6           Mr. Shaw, we have heard some testimony in this case
16:24  7    about setting the tone for safety from the top.
16:25  8    **A.**   Uh-huh.
16:25  9    **Q.**   You were the top of the Gulf of Mexico; is that correct?
16:25  10   **A.**   That is correct.
16:25  11   **Q.**   First of all, do you agree with the statement that
16:25  12   leadership sets the tone from the top with respect to safety as
16:25  13   well as other operations?
16:25  14   **A.**   Absolutely.  I think it's so important that the leader
16:25  15   sets the environment, sets the priorities, and one thing I
16:25  16   wanted to do right from the very beginning when I was in the
16:25  17   Gulf of Mexico so that everybody in the organization knew that
16:25  18   safety was the number one priority in everything we did.
16:25  19   **Q.**   I would like to discuss how you went about doing that;
16:25  20   that is, communicating a message that safety was the number one
16:25  21   priority since you viewed that as your function.
16:25  22          First of all, is that a message that you continued to
16:25  23   deliver to those who worked in the Gulf of Mexico throughout
16:25  24   your tenure as the leader of that unit?
16:25  25   **A.**   It is, absolutely.  Whenever we had major communications,

NEIL SHAW - DIRECT

16:25  1   be it written communications, be it town halls, in my personal
16:25  2   interaction, in how we set the agendas for our leadership
16:26  3   teams, I think all of those things set the signal for what's
16:26  4   really important around here.  And we did that consistently.  I
16:26  5   did that consistently and the rest of my leadership team over
16:26  6   my tenure in the Gulf of Mexico.
16:26  7   Q.   Now, I imagine running a business, part of that includes,
16:26  8   of course, looking at production, looking at costs.  Is that
16:26  9   fair?
16:26  10  A.   That's correct.  I think -- when I think about
16:26  11  performance -- and you will hear me answer your questions about
16:26  12  performance -- performance for me equals safety and production
16:26  13  and costs, all three.  And safety is all about good business
16:26  14  for me.
16:26  15  Q.   Explain what you mean by that.  What do you mean by
16:26  16  "safety is all about good business," which includes production,
16:26  17  performance, and costs?
16:26  18  A.   Well, a safe and reliable operation is an operation that's
16:26  19  not having incidents.  It's not got people distracted in terms
16:26  20  of investigating incidents.  It's working as it should be in
16:26  21  terms of the -- in control and systematic as part of our
16:26  22  operating management system.
16:26  23  Q.   And was that a message that you continuously reinforced in
16:27  24  your leadership team?
16:27  25  A.   Absolutely.

**NEIL SHAW - DIRECT**

16:27   1   **Q.**   You mentioned that you had performance meetings, weekly

16:27   2   performance meetings I think you called them?

16:27   3   **A.**   Yes.  One of the things I established when I first arrived

16:27   4   was that I put in place a weekly operational meeting.  And this

16:27   5   was a meeting where I met with all of my leadership team, and

16:27   6   it was our opportunity to really keep our finger on the pulse,

16:27   7   what was happening in the business over the prior seven days.

16:27   8   **Q.**   So once a week you would get together with your leadership

16:27   9   team?

16:27   10   **A.**   That's correct.

16:27   11   **Q.**   When you say your leadership team, can you give the Court

16:27   12   a sense of who that consisted of?

16:27   13   **A.**   Yes.  So I had a number of vice presidents report directly

16:27   14   to me.  I had a vice president for production, for drilling and

16:27   15   completions, for exploration, for projects, a chief financial

16:27   16   officer, an HR vice president, for example.

16:27   17   **Q.**   Okay.  And what was -- what were some of the topics that

16:28   18   were discussed generally in these weekly meetings that you held

16:28   19   with your leadership team?

16:28   20   **A.**   Well, our standard agenda was very simple.  The first

16:28   21   thing we always talked about was safety and we reviewed every

16:28   22   single safety incident that had happened in the last week in

16:28   23   the business, both personal safety and process safety.

16:28   24   The second item we reviewed was our production

16:28   25   performance and how the production facilities had been

**NEIL SHAW - DIRECT**

16:28  1   performing in the last week, whether we had shutdowns, whether
16:28  2   there are any issues we had to attend to.
16:28  3           The third thing we reviewed was the status on all of
16:28  4   the wells.  So we reviewed the status of every single well that
16:28  5   was drilling.  Again, what had happened in the past week, where
16:28  6   the well was, how it had been performing, nonproductive time,
16:28  7   etc.  So it was about really understanding, keeping on top of
16:28  8   the performance of the business.  And safety was a very
16:28  9   important part of that conversation.
16:28  10  Q.   Were these meetings something that you instituted once you
16:29  11  got to the Gulf of Mexico?
16:29  12  A.   Yes.  What I instituted was to happen on a weekly basis.
16:29  13  Prior to that, they had been on more of sort a biweekly or a
16:29  14  monthly basis.
16:29  15  Q.   Why did you think it was important to meet weekly with
16:29  16  your leadership team to discuss all the things that you just
16:29  17  identified?
16:29  18  A.   Well, two reasons.  First, to be consistent with the
16:29  19  discussion we've just had about setting the tone.  I wanted to
16:29  20  set the tone that performance was important, safety was
16:29  21  important.  The first thing we talked about every week was
16:29  22  safety.  We would review every single safety incident.  We
16:29  23  would review also the findings of investigations that had taken
16:29  24  place.  So how we used our time as a leadership, for me, set
16:29  25  the tone, set the direction for what was important in the

NEIL SHAW - DIRECT

16:29   1   business.

16:29   2   **Q.**   As part of these meetings, did you communicate to your

16:29   3   leadership team what your action plan was for improving the

16:29   4   safety performance in the Gulf of Mexico?

16:29   5   **A.**   Yes.  And it was something that we cocreated as a

16:30   6   leadership team.  We got inputs -- there's a lot of very good

16:30   7   people in my leadership team.  And one of the things we did was

16:30   8   to define what we believe to be the right sort of safety

16:30   9   improvement plan in 2008.

16:30   10   **Q.**   Did you yourself put an action plan in place focused on

16:30   11   safety?

16:30   12   **A.**   Yes, I did.  And one of the first things I looked at when

16:30   13   I arrived there was overall safety performance.

16:30   14   **Q.**   I'm sorry.  Let me stop you there.  Let's first look at

16:30   15   2398.1.2.

16:30   16   **A.**   Okay.

16:30   17   **Q.**   I'm sorry.  You were starting to say that one of the first

16:30   18   things you looked at when you got to the Gulf of Mexico was

16:30   19   your safety performance.  I apologize.  Go ahead.

16:30   20   **A.**   Yeah, that's right.  So I looked at the safety

16:30   21   performance.  It was an area that I wanted to improve.  I

16:30   22   thought we could improve it, and so we put a lot of effort in

16:30   23   terms of starting to frame up what are the things we are going

16:30   24   to do to improve our safety performance.  And that was sort of

16:30   25   summarized in this document that I sent out to the extended

NEIL SHAW - DIRECT

16:30  1  leadership team.

16:31  2  Q.    So this is a communication dated February 2, 2008, from

16:31  3  you to a number of individuals.  So you have been in your

16:31  4  position approximately three or so months at this time?

16:31  5  A.    That's correct.

16:31  6  Q.    And you mentioned that you have a leadership team.  Are

16:31  7  the folks on this e-mail members of your leadership team?

16:31  8  A.    It includes the people on my direct leadership team in

16:31  9  terms of my direct reports.  I had a number of other people

16:31  10  that were part of what we called an extended leadership team

16:31  11  who were the key leaders of some of the operational aspects of

16:31  12  the business, the drilling facilities, and the operating

16:31  13  assets.

16:31  14  Q.    All right.  And the subject here is "GoM Safety

16:31  15  Performance"?

16:31  16  A.    Yes.

16:31  17  Q.    And then it referenced the 2007 performance.  Was that the

16:31  18  performance before you arrived in the Gulf of Mexico?

16:31  19  A.    That's correct, yes.

16:31  20  Q.    And you begin by saying, "Attached find a brief

16:31  21  summarizing the status of our safety performance, which has

16:31  22  been deteriorating over the past two years and the actions we

16:31  23  decided to take in 2008 to get our safety performance back on

16:32  24  track."

16:32  25          You go on to say that "Each and every one needs to

NEIL SHAW - DIRECT

16:32  1   make safety their number 1 priority."

16:32  2          What were you seeking to communicate there?

16:32  3   A.  I wanted to communicate directly with the extended

16:32  4   leadership team and leave them in no doubt what my priority

16:32  5   was, and it's exactly as it's written there.  Each and every

16:32  6   one needs to make safety their number 1 priority.  I equally

16:32  7   asked them to engage and share that context with their teams.

16:32  8   I wanted that to be cascaded through the organization.

16:32  9   Q.  And you end -- you close by saying:  "It is imperative

16:32  10  that we turn our safety performance around if we want to become

16:32  11  number 1 in the GoM."

16:32  12  A.  That's correct.

16:32  13  Q.  Was that your strategy and vision for the entire time you

16:32  14  were the strategic performance unit leader in the Gulf of

16:32  15  Mexico?

16:32  16  A.  Yes, it was.

16:32  17  Q.  Now, you attach to this your action plan.

16:32  18          MS. KARIS:  If we can go to TREX-2398.4.2.

16:33  19  BY MS. KARIS:

16:33  20  Q.  And before we go through some of these individual

16:33  21  examples, can you describe for the Court what your action plan

16:33  22  was for how you were going to set in place measures and plans

16:33  23  to improve the safety performance of the Gulf of Mexico to make

16:33  24  you number one in safety as well as performance.

16:33  25  A.  Well, there are a number of actions that we included in

NEIL SHAW - DIRECT

| | | |
|---|---|---|
| 16:33 | 1 | the safety plan.  The first of those was around the safety |
| 16:33 | 2 | pulse checks. |
| 16:33 | 3 | **Q.**   Tell the Court what the safety pulse checks were that you |
| 16:33 | 4 | put in place as part of your action plan for safety |
| 16:33 | 5 | performance. |
| 16:33 | 6 | **A.**   The safety pulse check was the process created to directly |
| 16:33 | 7 | engage with the front line, the people at the front line |
| 16:33 | 8 | offshore on the production facilities and on all the rigs. |
| 16:33 | 9 | Simply, we wanted to do two things:  We wanted to communication |
| 16:33 | 10 | to them directly and leave them in no doubt that safety was the |
| 16:34 | 11 | number one priority.  That's at all times.  And they had also |
| 16:34 | 12 | told to stop the job if they had any concerns about safety. |
| 16:34 | 13 | And, secondly, we wanted to listen to them, we wanted |
| 16:34 | 14 | to hear what was on their minds, what their ideas were, what |
| 16:34 | 15 | their concerns were so we could develop some rig or asset |
| 16:34 | 16 | specific safety planning.  So what we put in place was relevant |
| 16:34 | 17 | for the individual facility or rig and also that we would have |
| 16:34 | 18 | some sense of ownership from the team offshore. |
| 16:34 | 19 | **Q.**   Did these safety pulse checks include contractors such as |
| 16:34 | 20 | Transocean and Halliburton? |
| 16:34 | 21 | **A.**   Yes, they did. |
| 16:34 | 22 | **Q.**   What did you and your team do with the results that you |
| 16:34 | 23 | would get from the safety pulse checks? |
| 16:34 | 24 | **A.**   Myself, my leadership team, we reviewed the results of the |
| 16:34 | 25 | safety pulse checks, and the key outcome was development of |

NEIL SHAW - DIRECT

16:34  1  these site specific improvement plans.

16:34  2  **Q.**   What do you mean the key outcome was the site specific

16:35  3  improvement plans?

16:35  4  **A.**   It was taking the feedback from what we had heard by

16:35  5  engaging with people and creating localized safety plans for

16:35  6  what was relevant for each of those facilities, be it an

16:35  7  individual rig or individual production facility.

16:35  8  **Q.**   Did you believe that these safety pulse checks that

16:35  9  engaged your contractors as well as BP employees were important

16:35  10  in communicating that safety was the number one priority to you

16:35  11  as the leader of the Gulf of Mexico strategic performance unit?

16:35  12  **A.**   Yes, I felt it was very important.  It was an opportunity

16:35  13  for the leadership, and many of the people who were based

16:35  14  onshore, to go offshore, engage with the front line and just

16:35  15  talk to them, set the context about why it was so important,

16:35  16  why we had safety as our number one priority, how we gave them

16:35  17  the full support at any time to stop the job if they had any

16:35  18  safety concerns.

16:35  19  **Q.**   Did you personally also engage with the leadership of your

16:36  20  contractors in communicating that message that to you, as the

16:36  21  leader, safety was the number one priority in the Gulf of

16:36  22  Mexico?

16:36  23  **A.**   Yeah.  We used to have regular meetings with our key

16:36  24  contractors as part of our overall business reviews.  And in

16:36  25  all those meetings, safety was always the first thing we talked

NEIL SHAW - DIRECT

16:36   1    about.  Both ourselves and our contractors wanted to do that.

16:36   2    We would share different initiatives about what we were doing

16:36   3    and we would be making absolutely clear about safety being the

16:36   4    number one priority.

16:36   5    Q.   In any of those leadership meetings that you engaged in,

16:36   6    did you ever learn of any concerns of Transocean about BP's

16:36   7    emphasis and focus on safety as the number one priority?

16:36   8    A.   No.

16:36   9    Q.   Is the same true of the other contractors you engaged

16:36   10   with?

16:36   11   A.   That's correct.

16:36   12   Q.   Now, we were talking about the safety agenda you put in

16:36   13   place under these actions for 2008.  It's at the top of this

16:36   14   document that we have here.  Did you also put something in

16:37   15   place regarding learning from recordable injuries?

16:37   16   A.   Yes, we did.  Prior to me arriving in the business, we

16:37   17   would investigate incidents that were classified as "days away

16:37   18   from work case," and we didn't have that many of those.  One of

16:37   19   the things I wanted to do was to more deeply understand some of

16:37   20   the incidents we were having.  So we lowered the threshold of

16:37   21   what we would investigate.  We made it include recordables.

16:37   22         And I also made it so that the investigation leads on

16:37   23   the BP side were from our extended leadership team.  So that,

16:37   24   again, made leadership be actively involved in investigating

16:37   25   incidents.  And I think it was an important thing to reinforce

NEIL SHAW - DIRECT

16:37  1    the tone from the top, that leadership cared about safety, they
16:37  2    were personally involved in investigating all incidents, even
16:37  3    down to recordable incidents.
16:37  4    Q.   Okay.  We have here up on the screen 2398.4.3, again from
16:37  5    your action plan that you communicated to your extended
16:37  6    leadership team in February of 2008.  Is this the learning from
16:38  7    recordable injuries you have just been describing for the
16:38  8    Court?
16:38  9    A.   That's correct.
16:38  10   Q.   Now, you said your leadership team would investigate these
16:38  11   incidents and ensure these learnings?
16:38  12   A.   That's correct.
16:38  13   Q.   How did they go about -- strike that.  Let me start over.
16:38  14        What did you expect of your leadership team in terms
16:38  15   of communicating these learnings with the people who reported
16:38  16   to them?
16:38  17   A.   Well, the first thing is we created a one-page summary of
16:38  18   the incident, what happened, why did it happen, what did we
16:38  19   learn from it.  We reviewed that at our weekly operational
16:38  20   meetings as a leadership team.  And then the requirement was
16:38  21   for all of the leadership teams to cascade that through their
16:38  22   organizations so that we were aware of what was happening in
16:38  23   terms of safety, and we were trying to sort of share those
16:38  24   learnings very widely across the business.
16:38  25   Q.   Under this learning from recordable injuries in 2398.4.3,

NEIL SHAW - DIRECT

16:39    1    the last sentence says:  "Each recordable will be investigated

16:39    2    by one of the SPU" -- strategic performance unit -- "ELT and a

16:39    3    one-pager created to share learnings."

16:39    4         First of all, what is the SPU ELT?

16:39    5    A.    The ELT is -- it's around the top 40 to 50 people in the

16:39    6    business.  It includes my direct reports at the time and many

16:39    7    of their own direct reports.

16:39    8    Q.    Then the reference to creating a one-pager to share

16:39    9    learnings, what was that about?

16:39   10    A.    As I said, when you do an investigation, we wanted to have

16:39   11    some quality communication that we could really share across

16:39   12    the organization so that we could simply describe to people

16:39   13    this incident happened, this is why it happened, we have

16:39   14    investigated it, and this is what we have learned from it and

16:39   15    these are the actions we want people to take in their local

16:39   16    environments.

16:39   17    Q.    Did you share these learnings with your contractors and

16:39   18    others outside of the organization?

16:40   19    A.    Yeah.  We often used them as safety moments, examples.

16:40   20    When we would meet with our contractors, we would share

16:40   21    incidents that have happened, what we have learned from them.

16:40   22    And, equally, often the contractors shared with us the same

16:40   23    sort of thing.  It was just part of the nature of the safety

16:40   24    discussion we would have with our contractors and suppliers.

16:40   25         MS. KARIS:  If we can go now to 2398.4.4, please.

OFFICIAL TRANSCRIPT

NEIL SHAW - DIRECT

16:40  1   BY MS. KARIS:
16:40  2   Q.   Again, this is all from the action plan you put in place a
16:40  3   couple months after arriving in the Gulf of Mexico.  There is a
16:40  4   reference here and it says:  "I would like to thank you for
16:40  5   your active participation and engagement during the GoM wide
16:40  6   safety standdown that was held over the holiday period."
16:40  7        Tell the Court what a safety standdown was.
16:40  8   A.   A safety standdown is something we have used quite
16:40  9   extensively across BP.  It's not something that's just
16:41  10  exclusive to the Gulf of Mexico.  Essentially, it's when we
16:41  11  take the time to really just stop.  We stop the job and we
16:41  12  focus it on a particular topic, engage the broad organization
16:41  13  on a conversation around safety.  And, typically, it was around
16:41  14  whenever we had major safety incidents and we wanted everyone
16:41  15  in the organization to know what had happened, why it happened,
16:41  16  what we learned from it, and to have a conversation about what
16:41  17  it really meant for them in their local environment.
16:41  18        So I also thought it was a very powerful
16:41  19  reinforcement to actually stop work and say to people, "Safety
16:41  20  is our number one priority.  That's why we are stopping the
16:41  21  job, to take the time to talk about safety."
16:41  22  Q.   So these safety standdowns, did they result in stopping
16:41  23  operations in order to communicate the message that safety was
16:41  24  your number one priority?
16:41  25  A.   Yes.  I mean, clearly we would be very thoughtful about

NEIL SHAW - DIRECT

16:41  1    when we do that, we didn't want to create any safety issues
16:42  2    through doing that.  But when it was appropriate, we would take
16:42  3    a logical pause in an operation, we would stop the job.  And as
16:42  4    you said, that would create a very powerful signal to people
16:42  5    that there's nothing more important than safety.
16:42  6    Q.    Now, you have listed a number of action items for
16:42  7    improving safety under your leadership.  Were these action
16:42  8    items limited to personal safety?
16:42  9    A.    No.  They were focused equally on personal and on process
16:42  10   safety.
16:42  11   Q.    The Court has previously heard from an expert in this
16:42  12   case, Dr. Bea, who said that BP's management emphasized
16:42  13   personal safety but ignored process safety.  As the leader for
16:42  14   the Gulf of Mexico, do you agree with that statement?
16:42  15   A.    No, I disagree with that statement.  It's incorrect.
16:42  16   Q.    Tell us why it's incorrect as somebody who led that unit
16:42  17   for two years.
16:42  18   A.    Well, I know when I first came in, I made it absolutely
16:42  19   clear that we were focused equally on personal and process
16:42  20   safety.  It was in all the communications.  It's in the
16:43  21   documents we are going to review where we set up the metrics of
16:43  22   how we would track safety performance.  We looked at personal
16:43  23   safety; we looked at process safety.
16:43  24        Process safety had a very, very major focus in how we
16:43  25   were looking at safety performance in the business.

OFFICIAL TRANSCRIPT

NEIL SHAW - DIRECT

16:43    1    **Q.**   You reference that it's in all the communications.  Did
16:43    2    you send out communications to the entire Gulf of Mexico's
16:43    3    employee base that communicated this message that personal
16:43    4    safety is just as important as process safety?
16:43    5    **A.**   That is correct.  And I think it's a key role of the
16:43    6    leader to communicate very effectively.  And one of the things,
16:43    7    especially in the early phases that I was in the role, is I had
16:43    8    a large number of town hall meetings.  People were interested
16:43    9    to know what the priorities were.
16:43   10         I issued a number of communications to all staff, all
16:43   11   2,000 staff, and in those communications I made it absolutely
16:43   12   clear that we were focused on personal safety and process
16:44   13   safety and that safety was the number one priority.
16:44   14   **Q.**   Let's look at one of those communications.
16:44   15         **MS. KARIS:**   48143.1.3, please.
16:44   16   BY MS. KARIS:
16:44   17   **Q.**   First of all, is this a communication from you on May 6,
16:44   18   2008, to the entire Gulf of Mexico strategic performance unit
16:44   19   employee base?
16:44   20   **A.**   That's correct.
16:44   21   **Q.**   And the subject is "SPU Update."
16:44   22         **MS. KARIS:**   If we can now go to 49 -- I'm sorry,
16:44   23   D-4902.1, please.
16:44   24   BY MS. KARIS:
16:44   25   **Q.**   This is a communication you sent out approximately six or

OFFICIAL TRANSCRIPT

NEIL SHAW - DIRECT

16:44   1   seven months after you take over as the leader; is that
16:44   2   correct?
16:44   3   **A.**   That is correct.
16:44   4   **Q.**   Why were you sending this communication out about six or
16:44   5   seven months after you got to the Gulf of Mexico?
16:44   6   **A.**   This was one of a number of, if you like, state of the
16:44   7   nation communications that I put out.  It addressed everything
16:44   8   from strategy and performance.  And in performance, it
16:45   9   addressed safety, production and costs.  And in the matter of
16:45   10   safety, it addressed both personal and process safety.  So it
16:45   11   was very much a state of the nation for everyone in the
16:45   12   organization to know how we were doing.
16:45   13   **Q.**   You state here in one of the paragraphs that "We are also
16:45   14   making very good progress on our process safety agenda and are
16:45   15   on track to deliver the very important milestone of compliance
16:45   16   with the integrity management standard by the end of the year."
16:45   17        From the time that you arrived through at least May
16:45   18   of 2008, were you just as focused on process safety and on the
16:45   19   progress being made in process safety in the Gulf of Mexico?
16:45   20   **A.**   I was.  One of the things I felt very proud of and that's
16:45   21   why I showed these, because I wanted to reinforce to people
16:45   22   that we were making progress, was the example here about the
16:45   23   327 work orders across the SPU in April alone.  That was making
16:45   24   sure that for our safety critical equipment, we were completing
16:46   25   all our maintenance on time.  That was a key process safety

NEIL SHAW - DIRECT

16:46   1   input, KPI.  And getting 100 percent sort of compliance on that

16:46   2   was a very significant achievement, and I wanted to thank

16:46   3   people for that, really, and reward people for a good

16:46   4   performance.

16:46   5           MS. KARIS:  If we can now look at 48143.3.3, please.

16:46   6   BY MS. KARIS:

16:46   7   Q.   Again, this is from that same communication.

16:46   8           You close by saying:  "Let's continue to focus on

16:46   9   what matters, continuously improving our personal and process

16:46  10   safety, making this a great place to work with the best future

16:46  11   in the Gulf of Mexico and deliver on our 2008 performance

16:46  12   targets."

16:46  13           What are you communicating there to your -- to the

16:46  14   entire employee base in the Gulf of Mexico?

16:46  15   A.   I was very deliberate with those words that I chose in

16:46  16   terms of let's continue to focus on what matters because in any

16:46  17   business, there's a lot going on.  There is a lot going on.  I

16:47  18   thought in my role as the strategic performance unit leader, I

16:47  19   needed to simplify things with people.  And that's why I ended

16:47  20   this communication, which was a communication which talked

16:47  21   about everything from strategy from our production performance,

16:47  22   our cost performance, and I wanted to leave people with a very

16:47  23   simple message.  And it is that message that what really

16:47  24   mattered was improving our personal and process safety and

16:47  25   making it a great place for people to work and delivering our

NEIL SHAW - DIRECT

16:47    1    targets for 2008.

16:47    2    Q.    To respond to Dr. Bea's criticism, after sending out this

16:47    3    in 2008, did you as the leader continue to focus both on

16:47    4    personal and process safety?

16:47    5    A.    Absolutely.  Nothing changed over the two years I was

16:47    6    there.

16:47    7    Q.    Let's change topics now.

16:47    8          Was one of your responsibilities as the strategic

16:47    9    performance unit leader to ensure that you had an adequate

16:47   10    safety management system in place?

16:47   11    A.    That's correct.  I saw that it was absolutely critical in

16:48   12    my role as the former team leader to make sure I had a strong

16:48   13    comprehensive management system in place so I could be

16:48   14    confident we could execute work safely, efficiently, and in a

16:48   15    really systematic manner.

16:48   16    Q.    When you arrived in the Gulf of Mexico, was there a safety

16:48   17    management system in place?

16:48   18    A.    There was.

16:48   19    Q.    What was that system?

16:48   20    A.    That is what has been referred to -- it was called

16:48   21    "Getting HSE Right."  GHSER was the short term of that.

16:48   22    Q.    Did that safety management system change during your

16:48   23    tenure?

16:48   24    A.    It changed to OMS, which was implemented firstly for the

16:48   25    SPU in November 2008.

**NEIL SHAW - DIRECT**

| | | |
|---|---|---|
| 16:48 | 1 | **Q.**   Do you have any responsibility for deciding when the Gulf |
| 16:48 | 2 | of Mexico strategic performance unit would implement OMS? |
| 16:48 | 3 | **A.**   Yes, I did.  And I wanted to make the SPU the Gulf of |
| 16:48 | 4 | Mexico, a first mover in terms of putting OMS in place.  So we |
| 16:48 | 5 | were part of that first wave of SPUs across the company, |
| 16:49 | 6 | ourselves and the North American Gas business, we were, in |
| 16:49 | 7 | fact, the first SPU in the company to move to OMS. |
| 16:49 | 8 | **Q.**   So of all of BP's operations worldwide, your strategic |
| 16:49 | 9 | performance unit was among the first wave or first ones to |
| 16:49 | 10 | implement OMS? |
| 16:49 | 11 | **A.**   We were the first, yes. |
| 16:49 | 12 | **Q.**   Now, did you implement OMS across all of the businesses in |
| 16:49 | 13 | the Gulf of Mexico at the same time? |
| 16:49 | 14 | **A.**   We did not.  It was a big endeavor, and we decided to |
| 16:49 | 15 | focus in 2008 on the SPU overall and on the production part of |
| 16:49 | 16 | the business.  And in 2009, we completed the process with |
| 16:49 | 17 | drilling completions, with projects, and with exploration. |
| 16:49 | 18 | **Q.**   Why did you not transition or implement OMS in the |
| 16:49 | 19 | drilling and completions organization at the same time that you |
| 16:49 | 20 | did with respect to the SPU in at least some of the production |
| 16:49 | 21 | facilities? |
| 16:49 | 22 | **A.**   Well, we already had a mature system in place for drilling |
| 16:50 | 23 | and completions.  We had DWOP.  We had engineering technical |
| 16:50 | 24 | practices.  We had a common process, Beyond the Best.  We had, |
| 16:50 | 25 | which was clearly the biggest risk in drilling, loss of well |

NEIL SHAW - DIRECT

16:50   1   control.  We had a risk mitigation plan on that.

16:50   2           So we felt we had a good, sort of secure system in

16:50   3   place.  So we decided to focus initially on the production

16:50   4   facilities and then come to drilling in 2009.

16:50   5   Q.   Did the drilling and completions organization under your

16:50   6   leadership then implement OMS in 2009?

16:50   7   A.   Yes, it did.

16:50   8   Q.   So to the extent there's been any statements or assertions

16:50   9   that the GoM D&C unit did not implement OMS, is that contrary

16:50   10  to your own personal experience?

16:50   11  A.   That is incorrect.  It was implemented in 2009.

16:50   12  Q.   Now, there's been some suggestion during this trial that

16:50   13  while OMS may have been implemented on contractor operations --

16:50   14  and we'll talk about that in a second -- that there was no

16:51   15  safety management system in place for the drilling engineers

16:51   16  who worked onshore.  Is that accurate?

16:51   17  A.   No, that's inaccurate.

16:51   18  Q.   Tell the Court why that is not an accurate statement.

16:51   19  A.   Well, before we implemented OMS in drilling, as I

16:51   20  mentioned, we had DWOP.  We had our engineering technical

16:51   21  practices.  We had our Beyond the Best process.  When we

16:51   22  implemented OMS, we had the D&C OMS cover the design, the

16:51   23  engineering, the planning of the operation.  And we relied on

16:51   24  the contractors' management system for the execution of those

16:51   25  plans offshore.

NEIL SHAW - DIRECT

16:51  1   **Q.**   Was it ever the case during your tenure that BP did not
16:51  2   apply any safety management system to the drilling engineers
16:51  3   who worked onshore?
16:51  4   **A.**   No.
16:51  5   **Q.**   Now, before the GoM's strategic performance unit
16:51  6   implemented OMS in December of 2008 as part of the first wave,
16:52  7   were there certain steps or actions that were required for you
16:52  8   and your team to take?
16:52  9   **A.**   Yes, there were.  It was a very clear process.  The first
16:52  10  step in the process was we had to complete a gap assessment,
16:52  11  and that had to be independently verified from somebody
16:52  12  external to our SPU.  Then we had to create an OMS handbook.
16:52  13  **Q.**   Let's take those one at a time.  You said you first had to
16:52  14  create a gap assessment.  Can you describe what a gap
16:52  15  assessment is that was required before you can implement OMS?
16:52  16  **A.**   Well, we already, as I said, had a management system
16:52  17  through gHSSEr.  We had existing practices and processes.  The
16:52  18  gap assessment was comparing what we had at the time with the
16:52  19  48 OMS essentials.
16:52  20  **Q.**   Okay.  The OMS gap assessment that was done for the Gulf
16:52  21  of Mexico strategic performance unit in 2008, did that include
16:52  22  the drilling and completions organization?
16:52  23  **A.**   No, it didn't because we focused on the production
16:53  24  facilities, and the plan was to do the drilling operations in
16:53  25  2009.

**NEIL SHAW - DIRECT**

16:53  1   **Q.**   We are going to look at some of those gaps, but to the
16:53  2   extent there's any reference of gaps in the 2008 gap
16:53  3   assessment, do those in any way pertain to the drilling and
16:53  4   completions organization?
16:53  5   **A.**   No, they did not cover drilling.
16:53  6   **Q.**   Is that because D&C was not a part of that wave and
16:53  7   therefore would not have had a gap assessment?
16:53  8   **A.**   That's correct.
16:53  9   **Q.**   In addition to having a gap assessment, you said it had to
16:53  10  be independently verified.  Can you explain what that is?
16:53  11  **A.**   Yes.  We had a senior external facilitator that sat
16:53  12  through the overall gap assessment summary.  Myself and my
16:53  13  leadership team, we spent three days in the summer of 2008
16:53  14  reviewing all of the outputs from the gap assessment work, and
16:53  15  the external facilitator participated in those reviews.
16:53  16  **Q.**   Were there, in fact, gaps identified as a result of
16:54  17  transitioning from one safety management system to OMS, a new
16:54  18  safety management system?
16:54  19  **A.**   Yes.  The word "gap" is to identify them.  That was part
16:54  20  of the expectation; we expected to find gaps.
16:54  21  **Q.**   We will talk about the process, then, for closing out some
16:54  22  of those gaps momentarily.
16:54  23         But you also said that part of the process for
16:54  24  transitioning or implementing OMS was creating an OMS handbook?
16:54  25  **A.**   That's correct.

NEIL SHAW - DIRECT

16:54  1   **Q.**   Can you tell the Court what an OMS handbook is.

16:54  2   **A.**   It's an overall document that really sets out the vision

16:54  3   and the strategy and the priorities of the organization and

16:54  4   covers how the organization works in terms of the management

16:54  5   meetings.  It covers how we manage risk, as examples.

16:54  6            **MS. KARIS:**  If we can look at 866, please,

16:54  7   Exhibit 866.

16:54  8   **BY MS. KARIS:**

16:54  9   **Q.**   Is this the Gulf of Mexico Strategic Performance Unit

16:54 10   Operating Plan -- or OMS handbook -- that was put in place or

16:54 11   needed to be put in place prior to implementing OMS?

16:55 12   **A.**   That's correct.

16:55 13   **Q.**   You mentioned that it covers the vision.

16:55 14            **MS. KARIS:**  If we can go to -- first let's go to the

16:55 15   scope, 866N.4.1, please.

16:55 16   **BY MS. KARIS:**

16:55 17   **Q.**   Does this identify the scope of what is being included in

16:55 18   this handbook?

16:55 19   **A.**   Yes, it does.

16:55 20   **Q.**   "OMS is being implemented in eight of our BP-operated

16:55 21   facilities (both onshore and offshore) and at the SPU level,

16:55 22   focusing on cross-GoM processes supported by the functions in

16:55 23   2008."

16:55 24            Is that the scope of what was included?

16:55 25   **A.**   That's correct, yes.

NEIL SHAW - DIRECT

16:55   1   **Q.**   You mentioned that it also sets out the vision there,
16:55   2   right below on .2.
16:55   3           **MS. KARIS:**  So if we can look at 866N.4.2.
16:55   4   **BY MS. KARIS:**
16:55   5   **Q.**   What was the vision that was put in the OMS handbook as
16:55   6   part of transitioning over to the new operating management
16:55   7   system for the Gulf of Mexico under your leadership?
16:56   8   **A.**   We set the vision to become -- the phrase we used was "the
16:56   9   number one in the Gulf of Mexico," and we wanted that to be on
16:56   10  all measures in terms of safety production and on cost.  And we
16:56   11  did see that OMS was a fundamental enabler for us to achieve
16:56   12  that vision.
16:56   13  **Q.**   Did the OMS handbook also set out the strategy for how you
16:56   14  were going to go about achieving that accomplishment?
16:56   15  **A.**   Yes.  It covered the strategic priorities we talked about
16:56   16  before on the other slide.  It was included in the OMS
16:56   17  handbook.
16:56   18          **MS. KARIS:**  If we can look at 866N.5.1, please.
16:56   19  **BY MS. KARIS:**
16:56   20  **Q.**   Does this set out the key strategies for how you're going
16:56   21  to go about becoming number one in the Gulf of Mexico in
16:56   22  performance, both in terms of safety and production as well as
16:56   23  in costs?
16:56   24  **A.**   Yes.  It's essentially the document we looked at before in
16:56   25  terms of setting those priorities with safe, reliable, and

NEIL SHAW - DIRECT

16:57   1    efficient operations being the first on the list there.

16:57   2    Q.   So do these key strategies translate, if you will, from

16:57   3    the strategy that you set out and communicated to Mr. Inglis

16:57   4    and Mr. Bly in November of 2007?

16:57   5    A.   Yes, it does.  The slides we looked at previously was in

16:57   6    November 2009.  This is November of 2008.  It's almost one year

16:57   7    later, and I think it's pretty much exactly the same words.

16:57   8    Q.   The first one there, "Safe, Reliable and Efficient

16:57   9    Operations," was that focusing strictly on personal safety, or

16:57   10   did that also include process safety?

16:57   11   A.   That included process safety.  So every time we talked

16:57   12   about safety, it was included in both personal and process

16:57   13   safety.

16:57   14   Q.   Then there's reference further down to "Sharpen Our

16:57   15   Execution Machine:  Centralize drilling and completions to

16:57   16   drive consistent performance through standardization, learning,

16:57   17   and efficient utilization of scarce skills."

16:58   18        Do you see that?

16:58   19   A.   I do.

16:58   20   Q.   Then you talk also about "Leverage procurement and supply

16:58   21   chain management to actively manage demand" and then "Foster an

16:58   22   'Every Dollar Counts' culture."

16:58   23   A.   That's correct.

16:58   24   Q.   That was part of the strategy?

16:58   25   A.   That was part of the strategy.

NEIL SHAW - DIRECT

16:58  1    Q.   We are going to talk about that in a couple minutes there.
16:58  2         The last one there is "Continuously Improve
16:58  3    Organizational Capability:  GoM's 'people' philosophy is:
16:58  4    Right people, right place, doing the right things."
16:58  5         What are you referencing there?
16:58  6    A.   Well, as I said before, it's a complex business and no one
16:58  7    individual is an expert in this business.  And we had to have
16:58  8    the right team with the right skills and the right expertise.
16:58  9    We needed to have the right people in the right roles so that
16:58  10   we could execute our activity safely and efficiently.
16:58  11   Q.   Now, you testified earlier that drilling and completions
16:58  12   then implemented OMS in December of -- or late 2009.  Did that
16:59  13   occur just as you were leaving the organization?
16:59  14   A.   That's correct.
16:59  15   Q.   So did you have any involvement, then, with comparable
16:59  16   cooperating management or LOMS handbook?
16:59  17   A.   Not in any detail.
16:59  18   Q.   That was done by the drilling and completions organization
16:59  19   and then your successor?
16:59  20   A.   That's correct.
16:59  21   Q.   Now, recognizing that OMS was implemented with respect to
16:59  22   D&C after you left, did you have a general understanding for
16:59  23   how OMS applied to contractor operations with respect to
16:59  24   drilling and completions?
16:59  25   A.   Yes, I did.

OFFICIAL TRANSCRIPT

**NEIL SHAW - DIRECT**

16:59  1  **Q.**  Can you describe for the Court, as a strategic performance

16:59  2  unit leader, how OMS applied to contractor operations,

16:59  3  specifically contractors on rigs?

16:59  4  **A.**  Well, we had our BP OMS system which, as I mentioned

16:59  5  before, covered everything from the design, the engineering,

17:00  6  the planning of the well.  Clearly, the execution of that was

17:00  7  done by the drilling contractors.  So we applied our OMS to the

17:00  8  rig.

17:00  9  And on the rig itself, there was the Transocean

17:00  10  management system because ultimately it was their rig, it was

17:00  11  their people, it was their systems.  And that is the industry

17:00  12  standard for how our industry works.  We bridge between the two

17:00  13  through the contract that we had between BP and Transocean and

17:00  14  through the necessary bridging documents.

17:00  15  **Q.**  Do you have an understanding, based on being in this

17:00  16  industry for almost 30 years, as to why the contractor safety

17:00  17  management system is applied for operations on the rig,

17:00  18  including, for example, on the *Deepwater Horizon*?

17:00  19  **A.**  Yeah.  I think it's very logical:  A mobile drilling unit

17:00  20  moves from one company to the next.  It could be working for BP

17:00  21  today.  It could be working for Shell in six months' time and

17:00  22  then for Chevron in 12 months' time.  So it makes sense that

17:01  23  you have that rig as a self-contained unit with its people, its

17:01  24  processes, its assets.

17:01  25  It's their management system.  And what we have to do

NEIL SHAW - DIRECT

17:01   1   is we have to bridge from our management system to the drilling
17:01   2   contractor's management system, but that is, I believe, the
17:01   3   most efficient and most effective way to organize ourselves.
17:01   4   And hence that is why it is the industry standard.
17:01   5   Q.   I heard you say a rig can move from one contractor to the
17:01   6   next, from BP to Shell and then on to Chevron.
17:01   7            With respect to the *Deepwater Horizon*, do you know
17:01   8   for how long it was leased to BP?
17:01   9   A.   Well, actually, the *Deepwater Horizon* was unusual in that
17:01   10  it would be with the BP, as I understand, right from when it
17:01   11  left the shipyard.  It had been with us for many years.  I
17:01   12  think it was maybe seven or eight, maybe nine years.
17:01   13  Q.   Even though it had been with BP for multiple years, as the
17:01   14  leader of that unit, did it make any sense to you for that one
17:01   15  rig to apply a different safety management system approach than
17:02   16  what the entire industry applies, fleet-wide, worldwide?
17:02   17  A.   Well, yes, because on that rig we would have the
17:02   18  Transocean people -- sometimes they would move.  It's only
17:02   19  natural, over a long period of time, you would have new people
17:02   20  come in and come out.  And what we wanted, we wanted Transocean
17:02   21  people that understood the Transocean management system, how
17:02   22  the process and the systems worked.  And again, I think that is
17:02   23  the safest, most efficient, most effective way to operate that
17:02   24  part of our business.
17:02   25  Q.   I believe you said "yes" in response to my question, was

**NEIL SHAW - DIRECT**

17:02   1   it your view, despite the fact that it had been leased to BP

17:02   2   for a number of years, that you apply the same approach that

17:02   3   the industry applies worldwide to all operations?

17:02   4   A.   Yes, it still made sense that was the logical way to do

17:02   5   it.

17:02   6   Q.   Now, we are going to go backwards a little bit.

17:02   7        You talked about a gap assessment and you talked

17:02   8   about implementation of OMS.  You testified that part of your

17:03   9   function as a strategic performance unit leader was to have a

17:03  10   gap assessment done before you implemented OMS.  I want to talk

17:03  11   to you about some of the findings of that gap assessment and

17:03  12   what, if any, actions you and your team put in place in order

17:03  13   to close out those gaps.

17:03  14        I want to begin, first of all, by asking you whether

17:03  15   you agree with the statement that was made by Dr. Bea regarding

17:03  16   the gap assessment approach that you and your team put in

17:03  17   place.

17:03  18        He claimed that gaps were identified and, in quotes,

17:03  19   were ignored and never closed out.

17:03  20   A.   I disagree with that statement.

17:03  21   Q.   Tell us, as the strategic performance unit leader for the

17:03  22   Gulf of Mexico, why it is that you disagree with the statement

17:03  23   that gaps were identified and were never closed out.

17:03  24   A.   Well, I disagree because I know, I was there, and I

17:03  25   personally participated in the three-day process where we

NEIL SHAW - DIRECT

17:04   1   reviewed the outcome of all the gaps.

17:04   2          We made an assessment of how we picked the

17:04   3   priorities, we created action plans.  And I know that between

17:04   4   '08 and '09 -- I can't remember the exact numbers, but we

17:04   5   closed around 50 percent of the gaps.  So the gaps each had

17:04   6   their action plan, and we were progressing the closure of those

17:04   7   gaps.

17:04   8   Q.   You referenced a three-day process for those gaps.  What

17:04   9   are you talking about there?

17:04   10   A.   Well, we had a lot of work that was done by the

17:04   11   organization in preparing for three days where the leadership

17:04   12   team -- that's myself and all my direct reports -- where we

17:04   13   personally engaged with our teams, reviewing all of the key

17:04   14   gaps.  And part of that was understanding the scale of the

17:04   15   gaps.  Some of the gaps were big and some of the gaps were not

17:04   16   big.  We had a rating between 1 and 5 in terms of performance

17:05   17   levels.  We also wanted to understand what were the really

17:05   18   important gaps, what were the gaps where we could really reduce

17:05   19   risks.

17:05   20          So it was only through that process of dialogue and

17:05   21   understanding, as the leadership team and myself, that we got a

17:05   22   good picture of what were the key priorities and what we were

17:05   23   going to focus on in terms of gap closure.

17:05   24   Q.   After this three-day meeting, did you periodically meet

17:05   25   with your leadership team to discuss the progress that was

NEIL SHAW - DIRECT

17:05  1    being made in closing out gaps?

17:05  2    A.   Yes.  We had a monthly OMS steering committee that I

17:05  3    chaired, and as part of that, we would review every month with

17:05  4    the rest of my leadership team the progress we were making in

17:05  5    terms of implementation of OMS.  And that included overall

17:05  6    progress on gap closure.

17:05  7    Q.   Now, were these gaps identified as part of the OMS

17:05  8    handbook that we previously talked about?

17:05  9    A.   That's correct.

17:05  10   Q.   Then was there an operating plan that was put in place in

17:05  11   which these gaps were identified and then you put a separate

17:06  12   plan in place for closing them out?

17:06  13   A.   That is correct.

17:06  14        MS. KARIS:  If we can look at 866.1, please.

17:06  15   BY MS. KARIS:

17:06  16   Q.   This is the same handbook we previously looked at.

17:06  17        There's been one gap that's been the subject of some

17:06  18   discussion that I want to follow up with you on, since you were

17:06  19   personally involved in what actions were taken.

17:06  20        866.38.1.  This is from the GoM SPU gap assessment

17:06  21   from 2008.  First of all, can you tell us, does this gap on

17:06  22   risk assessment management and process safety have anything to

17:06  23   do with drilling and completions?

17:06  24   A.   No, it does not because the gap assessment was based on

17:06  25   our production assets because that was the focus of the OMS

NEIL SHAW - DIRECT

17:06  1    plan in 2008.

17:06  2    Q.   Now, it says there under the gap that "Risk assessment

17:06  3    processes/results are not integrated; need for stronger major

17:07  4    hazard awareness."

17:07  5            Do you see that?

17:07  6    A.   I do.

17:07  7    Q.   On the right-hand side, it says:  "A significant number of

17:07  8    risk assessments are carried out by multiple groups in the SPU,

17:07  9    which are not integrated or planned with the outcomes, and

17:07  10   mitigation plans are not linked up or visible.  As we have

17:07  11   started to more deeply investigate select process safety

17:07  12   incidents" --

17:07  13           Is this the investigations that you have put in

17:07  14   place?

17:07  15   A.   That's right.  Because we were investigating all process

17:07  16   safety incidents, and we were identifying key findings and

17:07  17   learnings from it.

17:07  18   Q.   It goes on to say:  "It's become apparent that process

17:07  19   safety major hazards and risks are not fully understood by

17:07  20   engineering or line operating personnel."

17:07  21           Do you see that?

17:07  22   A.   I do.  That's correct.

17:07  23   Q.   Again, is that referencing engineering or line operating

17:07  24   personnel in drilling and completions for their functions?

17:07  25   A.   No.  This was focused on our production assets.

NEIL SHAW - DIRECT

17:07   1   **Q.**   We are going to talk about process safety major hazards
17:07   2   with respect to drilling and completions in a minute.
17:08   3          First of all, did you put a plan in place for closing
17:08   4   out this gap item?
17:08   5   **A.**   Yes.  This was one of the key gaps, and we put in place a
17:08   6   process safety improvement plan specifically to tackle this
17:08   7   issue.
17:08   8   **Q.**   Are you familiar with something called a GoM -- oh, you
17:08   9   just referenced, obviously, the GoM process safety improvement
17:08   10  plan.
17:08   11  **A.**   Yes, I am.
17:08   12         **MS. KARIS:**  Let's take a look at that, 48257.1.2,
17:08   13  please.
17:08   14  **BY MS. KARIS:**
17:08   15  **Q.**   Before we look at this, Dr. Bea testified, in connection
17:08   16  with that gap we just identified, that that evidenced that BP
17:08   17  was blind to process safety risks, including with respect to
17:08   18  drilling and completions.
17:08   19         By identifying the gap, does that indicate that BP is
17:09   20  blind to process safety risks?
17:09   21  **A.**   We were certainly not blind to process safety risks.  It
17:09   22  was very clear.  We understood them.  I think you will see in
17:09   23  this document we put in place the improvement plans to focus on
17:09   24  what we have been learning from the process safety incidents.
17:09   25  **Q.**   If we can now look at -- first of all, we have here

NEIL SHAW - DIRECT

17:09  1    48257.1.2.
17:09  2          Is this from you -- it's from you, I should say, to
17:09  3    Laurie Erwin, and it's a reference to the "GoM Safety
17:09  4    Improvement Plan for 2009"?
17:09  5    A.   That's correct.
17:09  6    Q.   It attaches their process safety incidents 2008 analysis,
17:09  7    correct?
17:09  8    A.   That is correct.
17:09  9          MS. KARIS:  If you can now look at D-4903.1.
17:09  10         Can you describe for the Court generally what
17:09  11   this process safety improvement plan is that you put in place
17:09  12   following the gap assessment and the identification of process
17:10  13   safety hazard awareness issues?
17:10  14   A.   Well, the goal clearly was to reduce the number of process
17:10  15   safety incidents.  And from the work we had done in terms of
17:10  16   looking at the investigations of the recent incidents, we
17:10  17   identified those three priorities, which are highlighted in
17:10  18   bold there, of our major hazard awareness, risk prioritization,
17:10  19   and learning.  The sub-bullets describe the specific actions we
17:10  20   put in place to improve our performance in this area.
17:10  21   Q.   Let's look at this a little further.
17:10  22         "Major Hazard Awareness" under "Inputs," that's the
17:10  23   first one that's identified, and it says:  "Increase work force
17:10  24   awareness of process safety hazards, SPU OMS gap."
17:10  25         Was this put in place specifically to address the OMS

NEIL SHAW - DIRECT

17:10    1    gap identified with respect to process safety hazards?

17:11    2    **A.**    Yes, it was.

17:11    3    **Q.**    How can you tell that from this document?

17:11    4    **A.**    Well, it refers to it at the end of the line there.  There

17:11    5    was -- what we did is we tried to map the specific actions

17:11    6    which address the specific OMS gaps.

17:11    7    **Q.**    Were you the one that charged your team with developing

17:11    8    this plan in order to respond and close out some of those gaps,

17:11    9    including the one we just identified?

17:11   10    **A.**    That's correct.

17:11   11    **Q.**    Then there's a reference to "Risk Prioritization and

17:11   12    Mitigation" and then "Learnings, Continuous Improvement"?

17:11   13    **A.**    Yes.

17:11   14    **Q.**    Were each of these action items that you put in place

17:11   15    under your leadership in order to improve, as the title says,

17:11   16    process safety performance?

17:11   17    **A.**    That's correct.  We believed this was a very clear and

17:11   18    specific action plan, and as we progressed these topics, it

17:11   19    would improve our overall performance in process safety.

17:12   20    **Q.**    Under "Learnings," there's been a bullet that says:  "Use

17:12   21    the process safety score card data and management reviews to

17:12   22    drive performance improvement in process safety."

17:12   23    Can you tell us what the process safety score cards

17:12   24    are about.

17:12   25    **A.**    Yes.  This was a score card that we created that included

NEIL SHAW - DIRECT

17:12  1    input and output metrics just for process safety.  It was
17:12  2    updated and circulated around the organization on a monthly
17:12  3    basis, and it brought new transparency to what our performance
17:12  4    was so we could learn and improve from it.
17:12  5    Q.   So were you tracking your process safety performance?
17:12  6    A.   We were, monthly, yes.
17:12  7    Q.   Were you then circulating that information on process
17:12  8    safety performance?
17:12  9    A.   Yes, we were.
17:12  10   Q.   Did that include process safety performance with respect
17:12  11   to drilling operations?
17:12  12   A.   It did, yes.
17:13  13   Q.   So to the extent it's been suggested or stated that BP
17:13  14   simply ignored process safety hazard risks, does this action
17:13  15   plan, along with all the other items you have identified,
17:13  16   respond or at least identify some of the measures you put in
17:13  17   place to address specifically process safety hazard awareness?
17:13  18   A.   We were very focused on process safety, and I think this
17:13  19   is a good summary of the actions we were taking to improve our
17:13  20   performance.
17:13  21   Q.   Now, in addition to process safety, or I guess in light of
17:13  22   process safety risks, did you and your organization identify
17:13  23   what the top risks were that your business faced every day?
17:13  24   A.   Yes.  We had an SPU major hazard policy that focused on
17:13  25   our top 20 risks in the SPU.

NEIL SHAW - DIRECT

17:13   1   **Q.**   When you got to the -- when you arrived in the Gulf of
17:14   2   Mexico to head up that business unit, did you do anything to
17:14   3   familiarize yourself with the -- with what the top risks were
17:14   4   your business faced?
17:14   5   **A.**   Yes.   In those early few weeks, I familiarized myself.   I
17:14   6   had some meetings and was briefed on what the key risks were,
17:14   7   the top 20 risks as we saw it at that time in the SPU, and also
17:14   8   the policy that we put in place in terms of how we managed
17:14   9   those key risks.
17:14   10          **MS. KARIS:**   If we can look at 48159.1.1, please.
17:14   11   **BY MS. KARIS:**
17:14   12   **Q.**   This is an e-mail from Cindi Skelton to you dated
17:14   13   November 20, 2007, with a carbon copy to Mr. Morrison and
17:14   14   Doris Reiter.   The subject is "GoM SPU Major Hazards Risk
17:14   15   Management Policy."
17:14   16          So you are receiving this information less than a
17:14   17   month after you arrived in the business unit?
17:15   18   **A.**   That's correct.
17:15   19   **Q.**   Ms. Skelton says:   "Neil, thanks for the time this AM" --
17:15   20   morning -- "to go over our S&OI agenda and the Orange Book."
17:15   21          What is S&OI?
17:15   22   **A.**   That is safety and operational integrity.
17:15   23   **Q.**   Then she says:   "Great conversation."
17:15   24          She goes on to write at the end:   We plan to review
17:15   25   the SPU top risks for the first time (roll-up of assets) at the

NEIL SHAW - DIRECT

17:15   1   safety and ops management committee meeting on December 4 from
17:15   2   1:00 until 4:00.
17:15   3          Do you recall what the safety and operations
17:15   4   management committee meetings were about with respect to
17:15   5   identifying risks?
17:15   6   A.   Yes.  That was our regular meeting we would have,
17:15   7   typically every quarter, to focus in on safety.  And a part of
17:15   8   that agenda, we would always sort of get an update on the
17:15   9   status of our mitigation plans for our key risks.
17:15   10  Q.   I skipped a line there where she says:  "Attached is the
17:16   11  risk policy we have developed for the SPU and has been rolled
17:16   12  out to the organization over the last quarter."
17:16   13         Did you get that risk policy that Ms. Skelton is
17:16   14  referencing there?
17:16   15  A.   Yes, I did.
17:16   16         MS. KARIS:  If we can look at 48159.2, please.
17:16   17  BY MS. KARIS:
17:16   18  Q.   Is this the Gulf of Mexico's Major Hazards Risk Management
17:16   19  Policy that you received?
17:16   20  A.   It is.
17:16   21         MS. KARIS:  If we can now go to D-4904.1.
17:16   22  BY MS. KARIS:
17:16   23  Q.   There's a vision statement under the Major Hazards Risk
17:16   24  Management Policy.  Can you tell the Court what the Gulf of
17:16   25  Mexico's vision was with respect to risk management.

NEIL SHAW - DIRECT

17:16  1   **A.**   Well, it was just making it clear that our highest
17:16  2   priority was the safety of our personnel, of our contractors'
17:16  3   personnel, of taking care of the communities in which we
17:16  4   operated and in terms of protecting the environment.
17:17  5   **Q.**   Then there's also a purpose.  We don't need to read all of
17:17  6   it, but tell the Court what your understanding was of the
17:17  7   purpose of the risk management policy.
17:17  8   **A.**   Well, it sort of set expectations about how we wanted to
17:17  9   manage these key risks, what we needed to do in terms of
17:17  10  identifying those risks, the key sort of mitigations we would
17:17  11  put in place, and the processes that we would have to sustain.
17:17  12  That's how we would review it as a management team, how we
17:17  13  would ensure that we were learning from incidents as we were
17:17  14  going along.  So it sort of like set the frame for how we were
17:17  15  going to manage risks in terms of the key risks in the
17:17  16  business.
17:17  17  **Q.**   Pursuant to this policy, did you and the rest of the
17:17  18  strategic performance unit identify the top 20 risks in the
17:17  19  Gulf of Mexico's business?
17:17  20  **A.**   That is correct, yes.
17:17  21  **Q.**   Was loss of well control or loss of primary containment
17:17  22  one of the top risks that had been identified?
17:17  23  **A.**   Yes.  Loss of well control was one of those top 20 risks.
17:18  24  And it was, of course, the number one risk, the number one
17:18  25  process safety risk in drilling completions.

NEIL SHAW - DIRECT

17:18   1   **Q.**   We'll talk about the mitigation plan in a second.  But
17:18   2   with respect to this risk management policy, is it fair to say
17:18   3   that it applied both to personal as well as process safety?
17:18   4   **A.**   That is correct.
17:18   5         **MS. KARIS:**  If we can go to 48159.5.4, please.
17:18   6   **BY MS. KARIS:**
17:18   7   **Q.**   What does the risk mitigation policy say with respect to
17:18   8   personal and process safety?
17:18   9   **A.**   You want me to read it?
17:18  10   **Q.**   Sure.
17:18  11   **A.**   It says:  "We must make it a top priority to continually
17:18  12   identify major hazards and effectively minimize risks.  The
17:18  13   Gulf of Mexico SPU risk management policy sets out a key risk
17:18  14   management structure that will lead us on a journey to
17:19  15   excellence in process safety and meeting our vision goals."
17:19  16   **Q.**   Did that remain a part of your vision as the strategic
17:19  17   performance unit leader throughout your tenure in the Gulf of
17:19  18   Mexico?
17:19  19   **A.**   It did.
17:19  20   **Q.**   Now, you testified that the loss of well control was one
17:19  21   of the risks identified, the top 20 risks, and, in fact, the
17:19  22   highest risk for the drilling and completions organization.
17:19  23   Was there a mitigation plan in place while you were the
17:19  24   strategic performance unit leader?
17:19  25   **A.**   Yes.  Consistent with this policy, we put a mitigation

NEIL SHAW - DIRECT

17:19  1   plan in place in 2008, and we updated that plan in 2009.

17:19  2             MS. KARIS:  If we can look at 5691.N.1, please.  If

17:19  3   you can call out the top.  There you go.

17:19  4   BY MS. KARIS:

17:19  5   Q.   It's entitled on top "Risk Mitigation Plan."  Is this the

17:20  6   risk mitigation plan in place for the drilling and completions

17:20  7   organization?

17:20  8   A.   Yes, it is.

17:20  9   Q.   In the bottom there, do you see the signature of Mr. Lacy

17:20  10  dated July 2008?

17:20  11  A.   That's right.  The policy said that these risks had to be

17:20  12  signed off by the appropriate vice president.

17:20  13  Q.   I was going to ask:  Why did Mr. Lacy sign this?

17:20  14  A.   Yes.  That's right.

17:20  15            MS. KARIS:  If we can go back now to the "Description

17:20  16  of Risk."

17:20  17  BY MS. KARIS:

17:20  18  Q.   I know it's not the best copy to read, but "Description of

17:20  19  Risk," there is the "Uncontrolled flow of hydrocarbons during

17:20  20  drilling, completion or well intervention activities that has

17:20  21  the potential for loss of well control which, if ignited, could

17:20  22  lead to fire or explosion as well as severe environmental and

17:20  23  property damage with the potential for multiple fatalities."

17:20  24            Was that risk one of the risks that you identified?

17:21  25  A.   It was.  It was one of our top risks.

NEIL SHAW - DIRECT

17:21  1   Q.   There's been an assertion -- several people have asserted

17:21  2   that the only risks that were identified in terms of

17:21  3   operational impact for loss of well control was the risk of

17:21  4   cost.  Can you tell us what this mitigation plan identifies as

17:21  5   the impact or potential impact for that risk that's identified

17:21  6   that was loss of well control?

17:21  7   A.   We were absolutely clear, and I think it's as this

17:21  8   document sort of shows, that the biggest issue was around

17:21  9   safety, of course, and also the significant environmental risks

17:21  10  and also the reputational risk.  And it's sort of encapsulated

17:21  11  in that description of the risk.

17:21  12  Q.   Now, was this risk mitigation plan something that was

17:21  13  carried forward then or reviewed in 2009?

17:21  14  A.   That's right.  Part of the policy is that we would update

17:21  15  these mitigation plans annually.

17:21  16          MS. KARIS:  If we can look at 4171.N.1.

17:22  17  BY MS. KARIS:

17:22  18  Q.   Is this the 2009 risk mitigation plan for drilling and

17:22  19  completions, again, signed off on by Mr. Lacy?

17:22  20  A.   It is.

17:22  21  Q.   Can you describe for the Court generally what your

17:22  22  understanding was for how the risk mitigation -- how BP was

17:22  23  going to mitigate those risks associated with the drilling and

17:22  24  completions operations.

17:22  25  A.   Well, I think as this sets out here, we had really --

NEIL SHAW - DIRECT

17:22   1   **Q.**   I'm sorry.  My fault.  We should have called out the
17:22   2   center description.
17:22   3   **A.**   It's a little bit small.
17:22   4   **Q.**   Not the description of risk, the description of mitigation
17:22   5   plan.  My apologies.
17:22   6        I will ask you the question again.  Unless you
17:22   7   remember the question.  Do you recall the question?
17:22   8   **A.**   Yes, I do recall the question.  As it's sort of said in
17:22   9   here in terms of what this mitigation plan is, it actually sort
17:22  10   of focused on some additional tasks as it describes here,
17:22  11   because we had already quite a comprehensive foundation of
17:23  12   operating procedures.  We had DWOP.  We had a well control
17:23  13   manual.  What this was doing, it was identifying a number of
17:23  14   additional tasks on top of that.
17:23  15   **Q.**   Did this risk mitigation plan apply to BP-owned facilities
17:23  16   just as well as to contractor-owned MODUs?
17:23  17   **A.**   Yeah, it applies to both BP rigs and to the MODUs.
17:23  18   **Q.**   Did you rely on the contractors and your hiring of
17:23  19   contractors as part of the risk mitigation plan?
17:23  20   **A.**   Yes, because as we think about the broad frame which we
17:23  21   set up here around people, plans, and process, the people
17:23  22   aspects of we needed well-trained, well-controlled certified
17:23  23   well site leaders and rig crew.  Clearly, that was a big
17:23  24   expectation requirement of Transocean.
17:23  25        The plan piece of it was really around the BOP as the

OFFICIAL TRANSCRIPT

NEIL SHAW - DIRECT

17:24  1   fundamental sort of safety-critical piece of equipment.  And
17:24  2   the processes, that, as I said, was the overall sort of
17:24  3   Transocean management system and the various procedures and
17:24  4   practices of how we would execute the well.
17:24  5   Q.   In addition to identifying the risks and putting risks
17:24  6   mitigation plans in place, did you review those risk mitigation
17:24  7   plans with your leadership team?
17:24  8   A.   Yes, we reviewed these on a regular basis.
17:24  9        MS. KARIS:  If we can look at 2912.N.1, please.
17:24  10  BY MS. KARIS:
17:24  11  Q.   On an annual basis, did you have a meeting in which you
17:24  12  would identify what the major hazard risks were and what
17:24  13  mitigations were put in place?
17:24  14  A.   That's correct, annually.  And, again, it was a
17:24  15  requirement of the policy.  It's what we did.  And, in fact, in
17:24  16  this meeting you're referring to here in September of 2009 was
17:24  17  the last meeting that I was personally involved.  And we
17:25  18  reviewed some of the major hazards and one of them was loss of
17:25  19  well control.
17:25  20  Q.   In addition to having a meeting -- and we'll look at what
17:25  21  you talk about loss of well control -- did you distribute to
17:25  22  your leadership team these risk mitigation hazards?
17:25  23  A.   Yes, we did.
17:25  24        MS. KARIS:  If we can just pull up a cover to this,
17:25  25  2912.1.1.

NEIL SHAW - DIRECT

17:25    1    BY MS. KARIS:

17:25    2    Q.    This is from Mr. Ruehle to a number of individuals,

17:25    3    including you, dated September 24, 2009.  The subject is "SPU

17:25    4    Top Risk Mitigation Plans."

17:25    5            It says:  "I've attached the slide we will review at

17:25    6    the SPU Top Risk Review Monday afternoon.  Hard copies are

17:25    7    being printed for all participants and will be distributed

17:25    8    today."

17:25    9            So under your leadership, were you discussing both

17:25   10    the risks as well as the mitigation plans?

17:25   11    A.    Yes.  Myself and my leadership team, as you see here, we

17:25   12    would review the status of the risks, what were the top

17:26   13    20 risks, and we would review the status of the mitigation

17:26   14    plans and assure ourselves that the policy was being

17:26   15    effectively implemented and we had the right mitigation and

17:26   16    plans in place for the big risks we were facing as a business.

17:26   17    Q.    If we look at 2912.N.10, which is part of the slide pack

17:26   18    that you are referencing there, is this the discussion with

17:26   19    respect to loss of well control that we have been identifying

17:26   20    or discussing?

17:26   21    A.    Yes, that was part of the discussion.

17:26   22    Q.    And then it also has the *Horizon* on there.  Do you see

17:26   23    that?

17:26   24    A.    That's correct.

17:26   25    Q.    So this would be the plan in place both for BP-owned

NEIL SHAW - DIRECT

17:26    1    facilities as well as contractor-owned facilities?

17:26    2    **A.**   That is correct.

17:26    3    **Q.**   Now, are you familiar with something called an annual

17:26    4    engineering plan?

17:26    5    **A.**   Yes, I am.

17:26    6         **MS. KARIS:**   You can take that down.

17:26    7    **BY MS. KARIS:**

17:26    8    **Q.**   First, can you describe for the Court what is the annual

17:26    9    engineering plan, or an AEP as it's referenced.

17:27   10    **A.**   Yeah.  This is a document that we produce once a year and

17:27   11    it really sets the stage for the overall progress we would be

17:27   12    making in engineering, what the key priorities are.  It

17:27   13    addresses issues around standards and ETPs and the status of

17:27   14    those.  And, importantly, it does refer to the major hazards in

17:27   15    the SPU and the mitigation plans that we have in place.

17:27   16         **MS. KARIS:**   And if we can now go to 2910.N.3, please.

17:27   17    **BY MS. KARIS:**

17:27   18    **Q.**   This is from the Annual Engineering Plan, table of

17:27   19    contents.  Are these some of the items, what you have listed

17:27   20    along with what's in the table of contents, that the Annual

17:27   21    Engineering Plan is intended to cover?

17:27   22    **A.**   Yes, that's correct.

17:27   23    **Q.**   And No. 7 there is major accident risks.  No. 8, hazard

17:27   24    and risk register, and so forth?

17:27   25    **A.**   Yes.

NEIL SHAW - DIRECT

17:27    1    Q.   Now, to whom is this Annual Engineering Plan communicated?
17:28    2    A.   Well, initially communicated to myself and my leadership
17:28    3    team, but we also had a responsibility to communicate it
17:28    4    outside to the SPU and to communicate it to the group head of
17:28    5    engineering.  That was John Baxter.
17:28    6    Q.   Did you follow that protocol of communicating your Annual
17:28    7    Engineering Plan to BP's leadership?
17:28    8    A.   We did.
17:28    9         MS. KARIS:  2910.N.27.3.  I'm sorry, 2910.27.3.
17:28   10    BY MS. KARIS:
17:28   11    Q.   Again, without going through the full plan in place, does
17:28   12    this reflect that the risk of loss of well control had been
17:28   13    identified specifically with respect to the *Deepwater Horizon*
17:28   14    and then there were various action plans in place?
17:29   15    A.   Yes, it does.  That was part of the schedule.
17:29   16    Q.   In light of these action items that you had put in place,
17:29   17    as well as the identification of the risks, can you tell the
17:29   18    Court whether you agree with the statement that BP ignored
17:29   19    process safety risks associated with drilling operations.
17:29   20    A.   I disagree with that statement.
17:29   21    Q.   Why do you disagree with that statement?
17:29   22    A.   Because it's inaccurate in terms of we identified the
17:29   23    risks in terms of loss of well control, we had the mitigation
17:29   24    plans in place.  We were very focused on managing risks in the
17:29   25    business.

NEIL SHAW - DIRECT

17:30   1   Q.   Let's turn to a different subject other than OMS and risk
17:30   2   identification.
17:30   3        There have been various assertions in this case with
17:30   4   respect to the phrase "every dollar counts."  I want to discuss
17:30   5   some of those assertions with you.  First, are you familiar
17:30   6   with the phrase "every dollar counts"?
17:30   7   A.   Yes, I am.
17:30   8   Q.   We saw it, in fact, in your early strategy, as well as in
17:30   9   the OMS handbook, "every dollar matters" or "every dollar
17:30  10   counts"?
17:30  11   A.   That's correct.
17:30  12   Q.   First, tell the Court how you are familiar with that
17:30  13   phrase.
17:30  14   A.   Well, it's a phrase we created in those early sort of
17:30  15   weeks that I was in the SPU as we started to sort of frame up
17:30  16   the overall strategy for the business.  And it was a form of
17:30  17   words that we used to encapsulate an idea we had around how we
17:30  18   would drive improvements in terms of efficiency in making sure
17:31  19   that we were spending our money wisely in the SPU.
17:31  20   Q.   At any time did you intend "every dollar counts" or "every
17:31  21   dollar matters" to be read or interpreted in a way that said
17:31  22   that should be done at the expense or sacrifice of safety?
17:31  23   A.   We were very clear, very clear, that safety was the number
17:31  24   one priority and everything we did around cost was not going to
17:31  25   have any impact on safety, and that was in all of our

NEIL SHAW - DIRECT

17:31    1    communications.  It was something we were very conscious that

17:31    2    we didn't want any misconception of that.

17:31    3    Q.   We will talk about how you communicated that specifically

17:31    4    with respect to this phrase.

17:31    5           MS. KARIS:  But first if we can go to 5678.1.1,

17:31    6    please.

17:31    7    BY MS. KARIS:

17:31    8    Q.   Again, this is the GoM transformation preread that we

17:31    9    looked at earlier.

17:31   10           MS. KARIS:  If we can go to 5672.2.  I'm sorry,

17:31   11    5678.2.  It's the agenda we want to go to.  I'm sorry.  That's

17:32   12    the incorrect number.

17:32   13              There we go.  Thank you.

17:32   14    BY MS. KARIS:

17:32   15    Q.   Under the strategy here, you talk about:  "Strategic cost

17:32   16    management, active demand management, PSCM transformation

17:32   17    market, every dollar matters culture."

17:32   18           Can you explain to the Court how "every dollar

17:32   19    matters" is related to strategic cost management?

17:32   20    A.   Yes.  So when we were thinking about overall sort of cost

17:32   21    management, we think about it from three perspectives.  The

17:32   22    first was around activity management, making sure that we were

17:32   23    only progressing activity consistent with our strategy and

17:32   24    plans, because we had lots of things we could do in the

17:33   25    business and we only wanted to do the things which were aligned

NEIL SHAW - DIRECT

17:33  1  with strategy.
17:33  2          The second component was all around efficient
17:33  3  execution, making sure that we were executing our activity
17:33  4  consistent with our OMS, with our ETPs, our operating
17:33  5  practices.  And the third component was around the supply chain
17:33  6  costs.  A lot of what we -- when we spend our costs, a lot of
17:33  7  it is through the supply chain with our supplies and
17:33  8  contractors.  And we wanted to be sure we were getting
17:33  9  competitive rates from the market for the goods and services we
17:33  10  were buying.
17:33  11  Q.   Did you put measures in place for strategic cost
17:33  12  management as it related to the "every dollar matters" culture?
17:33  13  A.   Yes.  So we had that as the overall sort of approach.  And
17:33  14  I think, you know, some maybe examples to help explain it is a
17:33  15  big part of our cost base in the offshore business is getting
17:34  16  people and materials offshore.  It's about helicopters, it's
17:34  17  about supply boats.  So, clearly, logistics and the utilization
17:34  18  of the logistics was absolutely critical.
17:34  19          And as we looked very closely at that and we
17:34  20  benchmarked ourselves with some of our other competitors, we
17:34  21  found our utilization was a little bit lower than what it
17:34  22  should be.  That was a great example.  If we focused on that,
17:34  23  we improved our utilization, we reduced costs.  No impact on
17:34  24  safety.
17:34  25  Q.   Now, there's been reference in this case that as a result

NEIL SHAW - DIRECT

17:34   1   of this "every dollar matters" culture, that compromised

17:34   2   safety.  I want to talk to you about how safety intersected, if

17:34   3   you will, with "every dollar matters."

17:34   4        Related to that is the notion that has been put

17:34   5   forward that production was increasing under your leadership

17:34   6   while costs were decreasing.  So I want to break that apart a

17:35   7   little bit.

17:35   8        First of all, did you have responsibility not only

17:35   9   for safety but also for production performance?

17:35   10  A.   Yeah.  As the SPUL, I was responsible for all aspects of

17:35   11  performance; for safety, for production, and for costs.

17:35   12  Q.   Were you familiar, then, with the production performance

17:35   13  of the Gulf of Mexico in 2008 as well as in 2009?

17:35   14  A.   Yes.

17:35   15  Q.   Did production increase from 2008 to 2009?

17:35   16  A.   It did.

17:35   17       MS. KARIS:  If we can look at D-4865.2.

17:35   18  BY MS. KARIS:

17:35   19  Q.   I'll represent to you this is a demonstrative from

17:35   20  plaintiff's process safety expert, Dr. Bea's report.  And he

17:35   21  reports here that production in 2008 was 284 mboe/d.  Is that

17:35   22  thousands of barrels equivalent per day?

17:35   23  A.   Yes.

17:35   24  Q.   And then in 2009, that it went up to 439 thousands of

17:36   25  barrels per day?

NEIL SHAW - DIRECT

17:36  1   **A.**   That's correct.

17:36  2   **Q.**   Are those figures pretty much accurate?

17:36  3   **A.**   They are correct figures.

17:36  4   **Q.**   So there was 155,000-barrel per day increase from 2008 to

17:36  5   2009.  Is that accurate?

17:36  6   **A.**   That is accurate.

17:36  7   **Q.**   Now, are you familiar with what led to that 155,000-barrel

17:36  8   increase?

17:36  9   **A.**   Yes, I am.

17:36  10          **MS. KARIS:**  If we can look at D-4869.1, please.

17:36  11  **BY MS. KARIS:**

17:36  12  **Q.**   This is from the GoM performance management report.  First

17:36  13  of all, what is a performance management report?

17:36  14  **A.**   This is a report that was put together on a monthly basis

17:36  15  by our finance team.  And it addressed, again, all of our specs

17:36  16  and performances.  It covered safety and it covered production

17:36  17  and it covered our cost performance.

17:36  18  **Q.**   Did this report identify the changes in production from

17:36  19  2008 to 2009?

17:36  20  **A.**   Yes, it did.

17:36  21  **Q.**   And Dr. Bea identified 155,000-barrel per day increase,

17:37  22  which you told us was accurate, but let's talk about how that

17:37  23  production increase came to be.

17:37  24          First of all, the Thunder Horse PU goes from

17:37  25  26.2 thousand barrels per day to 146.9, or a 120,000-barrel per

NEIL SHAW - DIRECT

17:37  1    day difference.  So 120,000 of that 155 is related to
17:37  2    Thunder Horse.
17:37  3                First, tell the Court what is Thunder Horse.
17:37  4    A.   Thunder Horse is one of the biggest fields in the Gulf of
17:37  5    Mexico and it came into production in the summer of 2008.  So
17:37  6    the 26 relates to the first bit of production for those six
17:37  7    months as we just started up the facility.  And in 2000 --
17:37  8    through the rest of 2008 and through 2009, we ramped up
17:37  9    production, we brought on more wells.  We got it up to its peak
17:38  10   production.  And that's how we produced 147,000 barrels of day
17:38  11   on average in 2009.
17:38  12   Q.   How long had the Thunder Horse production unit been in
17:38  13   development?
17:38  14   A.   We had sanctioned the project probably, I think, in about
17:38  15   the year 2002.  We had invested billions of dollars of capital
17:38  16   investment to put in place all of the infrastructure to drill
17:38  17   the wells, to build the facility, to be able to produce this
17:38  18   facility.  So this was the product of many, many years,
17:38  19   probably seven years of work and seven years of very, very
17:38  20   large investments.  And this essentially is the business that
17:38  21   we are in.
17:38  22   Q.   So after investing billions of dollars over a five-year
17:38  23   period or seven-year period, I think you said, in this
17:38  24   production platform in the Gulf of Mexico, production increased
17:38  25   from 26.2 thousand barrels per day to 146,000 barrels per day

**NEIL SHAW - DIRECT**

17:38  1   in 2009?

17:38  2   A.   That's correct.

17:39  3   Q.   Does that account for 120,000 barrels of the

17:39  4   155,000 barrels that Dr. Bea identified as the increase?

17:39  5   A.   Yes, it does.

17:39  6   Q.   Does that have anything to do -- that increase, does that

17:39  7   have anything to do with production increases or pressures to

17:39  8   increase production or any of that anywhere in the Gulf of

17:39  9   Mexico?

17:39  10  A.   No.  It's basic sort of physics.  We brought in production

17:39  11  the biggest oil field in the Gulf of Mexico after having spent

17:39  12  billions of dollars over the prior five or six years.  It's the

17:39  13  business we are in.  We bring on new production with new wells

17:39  14  from new fields.

17:39  15  Q.   Tell the Court what some of the other explanations are for

17:39  16  why there was an increase in production from 2008 to 2009.

17:39  17  A.   Well, it's the same issue really with Atlantis.  Again,

17:39  18  another very large field, came onstream in the late part of

17:39  19  2007, ramped its production up through 2008 and 2009.  And on

17:39  20  Marlin, again, two of the fields, Dorado and King South with

17:40  21  subsea tiebacks to the Marlin production facility.  So the vast

17:40  22  majority of all of that increase was from new fields coming

17:40  23  onstream for the first time.

17:40  24  Q.   So was Marlin and Atlantis and Thunder Horse, were those

17:40  25  production increases the result of the investment that BP had

NEIL SHAW - DIRECT

17:40   1   put into those various projects and now was realizing the
17:40   2   production from those facilities?
17:40   3   A.   That's precisely correct.
17:40   4   Q.   And was that the nature of the business that you were
17:40   5   operating?
17:40   6   A.   That's right.
17:40   7   Q.   Did any of that have anything to do, that production
17:40   8   increase have anything to do with the *Deepwater Horizon* or the
17:40   9   operations at the Macondo well?
17:40  10   A.   Not at all.
17:40  11   Q.   The last one is a reference to Horn Mountain royalty that
17:40  12   resulted in approximately a 10,000-barrel per day increase.
17:40  13   Can you tell the Court what that is?
17:40  14   A.   Yeah.  That was as a result of -- it was actually an
17:41  15   industrywide legal resolution that led to those barrels being
17:41  16   allocated to ourselves.  It also affected some other operators
17:41  17   as well in the Gulf of Mexico.
17:41  18   Q.   And then there's a line in there that says offset from
17:41  19   production from other wells, negative 3,000 barrels per day.
17:41  20   Can you explain to the Court what that is?
17:41  21   A.   Yeah, that's just a bit of a balancing number.  But,
17:41  22   ultimately, there's an underlying decline from the existing
17:41  23   wells.  Over time, they do produce less oil and gas.
17:41  24        MS. KARIS:  To summarize up this point and move on,
17:41  25   if we can look at D-4865.2.  And if you can continue to build

NEIL SHAW - DIRECT

17:41   1   that out, please.
17:41   2   BY MS. KARIS:
17:41   3   Q.   Does this slide accurately represent why the production in
17:41   4   the Gulf of Mexico increased from 2008 to 2009 by
17:42   5   155,000 barrels?
17:42   6   A.   That's correct.
17:42   7   Q.   Did any of this increase in production have anything to do
17:42   8   with this "every dollar matters" or "every dollar counts"?
17:42   9   A.   Not at all.
17:42   10  Q.   Let's talk about costs related to the increase in
17:42   11  production has been an assertion by Dr. Bea and others, that
17:42   12  safety was sacrificed because the costs went down.  Let's talk
17:42   13  about result, what resulted in those cost decreases.
17:42   14          First of all, are you familiar with something called
17:42   15  a "PerformanzFest"?
17:42   16  A.   Yes, I am.
17:42   17          MS. KARIS:   5689.N.1.1, please.
17:42   18  BY MS. KARIS:
17:42   19  Q.   What is a PerformanzFest?
17:42   20  A.   A PerformanzFest is a quarterly meeting where I would
17:42   21  review the performance of the SPU with my boss, who at the time
17:42   22  was Andy Inglis, the CEO of the upstream.
17:42   23  Q.   So once a quarter, you would review your unit's
17:42   24  performance with your management?
17:43   25  A.   That's right.  And as I said before, because it was

OFFICIAL TRANSCRIPT

NEIL SHAW - DIRECT

17:43  1   PerformanzFest, but it was performance, we would review safety,

17:43  2   production, and costs.

17:43  3   Q.   So in each of these quarterly PerformanzFests, were you

17:43  4   reporting on your safety performance as well as your production

17:43  5   and cost performance?

17:43  6   A.   That's correct.  And any other major issues, strategy

17:43  7   issues.  Sometimes we would have a strategy review, we would

17:43  8   talk about it.

17:43  9        MS. KARIS:  Let's look at 5689.N.8.1, please.

17:43  10  BY MS. KARIS:

17:43  11  Q.   Is this one of the slides with respect to this "every

17:43  12  dollar counts" cash cost issue that we have been identifying

17:43  13  that was included in the PerformanzFest?

17:43  14  A.   That's correct.

17:43  15  Q.   This slide reflects a change from 2008 to 2009 of cash

17:43  16  costs going from 925,000 down to 723,000, or a

17:43  17  202 million-dollar change over that one-year period.  And to be

17:44  18  clear, this is through the end of September of 2009, correct?

17:44  19  A.   That's right.  And they are units of millions, yes.

17:44  20  Q.   I'm sorry.  I said thousand, millions.  Fair point.

17:44  21       So there's a 202,000 -- strike that -- 202 million

17:44  22  cash cost decrease from 2008 over to 2009?

17:44  23  A.   That's correct.

17:44  24  Q.   Now, let's talk about what resulted in this decrease in

17:44  25  cash costs in the Gulf of Mexico's business from 2008 to 2009.

## NEIL SHAW - DIRECT

17:44   1   Does this slide lay out what those cash costs -- or why there

17:44   2   is that difference, if you will, from 2008 to 2009?

17:44   3   **A.**   It does.

17:44   4   **Q.**   First, let's take the single largest item that is

17:44   5   attributable to that 202 million-dollar decrease.  There is a

17:44   6   line that says "Repair Costs."  Do you see that?

17:44   7   **A.**   I do.

17:44   8   **Q.**   Can you tell the Court what that 154 million-dollar

17:45   9   expenditure in 2008 was that was not incurred in 2009?

17:45   10   **A.**   In 2008, we had a number of one-off nonrecurring expense

17:45   11   items on Thunder Horse and Atlantis associated with some

17:45   12   repairs.  So they were in 2008.  They weren't in 2009.  So in

17:45   13   this comparison here, clearly that represented a big part of

17:45   14   the difference.  As you say, 154 of the 202, I believe.

17:45   15   **Q.**   So were these repair costs associated with Thunder Horse

17:45   16   and the Atlantis platforms?

17:45   17   **A.**   That's correct.

17:45   18   **Q.**   Did they have anything to do with operations at Macondo or

17:45   19   any of your other wells?

17:45   20   **A.**   Nothing at all.

17:45   21   **Q.**   Then there is a 38 million-dollar decrease attributable to

17:45   22   "Segment."  Can you tell the Court what that $38 million is the

17:46   23   result of, the decrease is a result of?

17:46   24   **A.**   Yes.  This was a reduced allocation of corporate overhead

17:46   25   from the broader BP to the Gulf of Mexico.  So it was just a

**NEIL SHAW - DIRECT**

17:46  1    smaller overhead charge to us.  Again, year on year,

17:46  2    $38 million difference.

17:46  3    Q.   So that would be an overhead charge difference?

17:46  4    A.   That's right.

17:46  5    Q.   And then there's a column there or a box titled,

17:46  6    "Self-Help" for $81 million.  Do you see that?

17:46  7    A.   Yes.

17:46  8    Q.   Can you describe for us generally what that box is

17:46  9    intended to communicate?

17:46  10   A.   Well, I think that box probably summarizes what "every

17:46  11   dollar counts" was actually really about.  And I think there's

17:46  12   probably two items as you can see in there which was the lion's

17:46  13   share of that.

17:46  14   Q.   When you say it summarizes what "every dollar counts" is

17:46  15   about, one item is "PSCM/Deflation" for $38 million?

17:46  16   A.   Yes.

17:47  17   Q.   What is the 38 million-dollar increase -- first of all,

17:47  18   what is PSCM?

17:47  19   A.   The PSCM is shorthand for procurement and supply chain

17:47  20   management.  It's essentially the vast majority of our costs is

17:47  21   really through the supply chain, through the goods and services

17:47  22   we get from suppliers and contractors.

17:47  23   Q.   How did you achieve a 38 million-dollar decrease or less

17:47  24   expenditure in 2009 with respect to procurement and supply

17:47  25   chain management?

8087

NEIL SHAW - DIRECT

17:47   1    **A.**   Well, through this period of time, we had a big focus on

17:47   2    trying to get as much economies of scale from the business.

17:47   3    It's a very large business and we were working with

17:47   4    2 1/2 thousand suppliers.  So we decided to reduce the number

17:47   5    of suppliers quite significantly, reduced it to 1,500 from

17:47   6    2 1/2 thousand, and that allowed us to negotiate with our

17:47   7    suppliers better discounts.  It was actually a win-win

17:47   8    situation.

17:47   9           For the suppliers, the 1,500 suppliers, they got more

17:47   10   business.  From our perspective, we actually benefited in terms

17:48   11   of better discounts on the business.  And that really was the

17:48   12   major component of that $38 million.

17:48   13   **Q.**   And so by decreasing the number of suppliers, you were

17:48   14   able to negotiate better contracts?

17:48   15   **A.**   Yeah, because we were giving those individual suppliers

17:48   16   more business and they could afford to give us bigger

17:48   17   discounts.

17:48   18   **Q.**   And then there's a 26 million-dollar savings under

17:48   19   "Partner Recovery/IPT."  Can you tell the Court what that

17:48   20   $26 million is attributable to.

17:48   21   **A.**   Yes.  So in many of the operations where we are the

17:48   22   operator, we are not the 100 percent owner.  And we -- through

17:48   23   the joint venture agreements, we can charge out part of our

17:48   24   costs to our partners.  And what we have found as we really

17:48   25   closely interrogated that, we found we were not charging out

NEIL SHAW - DIRECT

17:48    1    all the costs that were legitimate as part of those joint
17:48    2    venture agreements.  So being really diligent and really
17:49    3    ensuring we were charging out the costs as per the joint
17:49    4    venture agreements, we actually reduced the amount of BP's
17:49    5    share of the costs by ensuring we had our costs properly funded
17:49    6    by our partners.  And that accounted for $26 million
17:49    7    year-on-year between 2008 and 2009.
17:49    8    Q.   So you found that you guys were not -- that is, the Gulf
17:49    9    of Mexico business was not charging its partners their fair
17:49   10    share, if you will?
17:49   11    A.   That's correct.
17:49   12    Q.   There are a couple other items there.  We don't need to go
17:49   13    through all them.  But does that explain, if you will, where
17:49   14    the savings came from on this "every dollar counts" slide?
17:49   15    A.   Yeah.  And I sort of summarized, I said it was about
17:49   16    spending our money wisely.  It was about managing the business
17:49   17    efficiently.  And all of it, we were very clear that
17:49   18    precondition was this had no impact on safety.
17:49   19    Q.   And you say that precondition was no impact on safety.
17:49   20    Let's see what the slide shows that you provided to your
17:49   21    management.
17:50   22           MS. KARIS:   5689.N.8.13, please.
17:50   23    BY MS. KARIS:
17:50   24    Q.   And, again, this is the table just beneath -- or I should
17:50   25    say what's -- it's the table that we have been looking at.

NEIL SHAW - DIRECT

17:50  1   There's a reference there:  "These reductions in unit costs are
17:50  2   from strong production growth, disciplined cost control, and
17:50  3   applying our scope and scale.  Our three focus areas are
17:50  4   around:  First, activity management; second, improving
17:50  5   execution efficiency; and, third, reducing supply unit costs."
17:50  6          Are those cost savings you have been identifying for
17:50  7   us?
17:50  8   A.   That's right.  That was the summary of "every dollar
17:50  9   counts."
17:50  10  Q.   Tell the Court what you closed this slide by stating.
17:50  11  A.   The words say:  "All of this, of course, takes place
17:50  12  within the boundary condition that safe and reliable operations
17:50  13  always comes first."
17:50  14  Q.   What were you communicating to your leadership regarding
17:51  15  this boundary -- what you call a boundary condition?  What do
17:51  16  you mean by "boundary condition"?
17:51  17  A.   Yeah.  It was a very simple message that, yes, we wanted
17:51  18  to be efficient, but the bottom line is we would never
17:51  19  compromise safety.
17:51  20  Q.   So your "every dollar counts," a motto, if you will, or a
17:51  21  phrase that you were involved in implementing, did you at any
17:51  22  time intend that to mean that safety should be sacrificed in
17:51  23  order to achieve greater profitability?
17:51  24  A.   That was never the intent.
17:51  25  Q.   Did you communicate to your leadership team that whatever

## NEIL SHAW - DIRECT

17:51  1   the "every dollar counts" is about, it was always within this

17:51  2   boundary condition, safe and reliable operations always come

17:51  3   first?

17:51  4   A.   That was very visible in all of our communications.

17:51  5   Q.   You say it was visible in your communications.  Was it

17:52  6   also visible in how you conducted your operations, you

17:52  7   personally?

17:52  8   A.   Exactly, yes.  It was in our performance contracts.  It

17:52  9   was where we communicated.  It was where we made decisions

17:52  10  around the business.

17:52  11  Q.   Is it also reflected in how you assessed the performance

17:52  12  of those that worked for you and then, obviously, everybody

17:52  13  else down the line?

17:52  14  A.   That's correct.

17:52  15  Q.   Was safety always the number one consideration for

17:52  16  performance assessments?

17:52  17  A.   It was Part A on my performance contract, on all of my

17:52  18  direct reports' performance contracts, and that cascaded right

17:52  19  through the organization.

17:52  20  Q.   We will look at your performance contracts and those few

17:52  21  others momentarily.

17:52  22          But another assertion in addition to this "every

17:52  23  dollar counts" issue that's been previously raised is a

17:52  24  statement made by the plaintiffs to this Court that, I quote,

17:52  25  One of Shaw's first decisions was to eliminate the safety and

**NEIL SHAW - DIRECT**

17:53  1   technical directors, 290 BP personnel and 93 contractors."
17:53  2   And that's from trial transcript 65, lines 9 to 11.
17:53  3   Is that an accurate statement?
17:53  4   **A.**   It's a statement that was made, correct.
17:53  5   **Q.**   Can you explain to the Court, did you, in fact, eliminate
17:53  6   the technical -- safety and technical directorate?
17:53  7   **A.**   As I explained in detail at my deposition, what we did as
17:53  8   part of the reorganization, we invented those teams in other
17:53  9   parts of the organization.  Their roles didn't change; there
17:53  10  were no staff eliminations.
17:53  11  Our objective was not about costs; our objective was
17:53  12  about improving the effectiveness of those organizations to
17:53  13  support delivery of our line operations.
17:53  14  **Q.**   So while you have used the word "eliminate the safety and
17:53  15  technical directorate," did you, in fact, eliminate the safety
17:54  16  and technical directorate in that group?
17:54  17  **A.**   We did not -- that organization disappears.  In that
17:54  18  respect, yes, factually, we did eliminate it; but as I say,
17:54  19  there was no change at all in terms of the roles.  We just
17:54  20  relocated them; we embedded them in the other parts of the
17:54  21  performance units.
17:54  22  **Q.**   Is that something you have previously explained when you
17:54  23  have been asked about that elimination, including in your
17:54  24  deposition?
17:54  25  **A.**   In detail.

NEIL SHAW - DIRECT

17:54    1   **Q.**   Let's look at that organization.

17:54    2              **MS. KARIS:**   D-4775.1, please.   We can call it out

17:54    3   just a little further.

17:54    4   **BY MS. KARIS:**

17:54    5   **Q.**   I recognize this is hard to read.   But on the far

17:54    6   right-hand column there, there's the VP --

17:54    7              **MS. KARIS:**   There you go.   Thank you.

17:54    8   **BY MS. KARIS:**

17:54    9   **Q.**   The VP of safety and technical directorate, Mr. Richard

17:54   10   Morrison.   Do you see that?

17:54   11   **A.**   Yes.

17:54   12   **Q.**   Has Mr. Morrison been eliminated from BP?

17:54   13   **A.**   No.

17:54   14   **Q.**   Is he still at BP?

17:55   15   **A.**   He is actually our regional president for the Gulf of

17:55   16   Mexico.

17:55   17   **Q.**   Thank you.

17:55   18              Now, there's a number of other individuals there that

17:55   19   are listed under his organization.   And you talked about

17:55   20   eliminating, if you will, that group and then embedding them

17:55   21   within the business.

17:55   22              Is there something called a "function" versus a

17:55   23   "line" at BP?

17:55   24   **A.**   Yes.   What you have highlighted on the right is what we

17:55   25   call the "functional teams."   They were essentially the teams

NEIL SHAW - DIRECT

17:55   1   that were working across the organization and supporting the
17:55   2   line organizations that have responsibility to deliver
17:55   3   activity, be it drill wells, build projects, or produce oil and
17:55   4   gas.
17:55   5   Q.   So they were a separate function?
17:55   6   A.   They are a support organization, like a shared service
17:55   7   organization.
17:55   8   Q.   What does BP refer to as the "line"?
17:55   9   A.   The line is the organization that's accountable for the
17:55   10  execution of activity, as I say, for drilling the wells, for
17:56   11  building projects, for producing oil and gas.
17:56   12  Q.   You reference that these individuals who were previously
17:56   13  in a function to the extent they were, quote/unquote,
17:56   14  eliminated, they were then put in the line function; is that
17:56   15  correct?
17:56   16  A.   That is correct.
17:56   17       MS. KARIS:  If we can look at D-477.1, and if you can
17:56   18  build this slide, please.
17:56   19  BY MS. KARIS:
17:56   20  Q.   Does this slide show how these individuals who were
17:56   21  previously in the function were now placed in the line?
17:56   22  A.   That's correct, they were embedded in the line.  Their
17:56   23  roles were unchanged; they still had a role to support all of
17:56   24  the line activity.  But we believed, as a leadership team, that
17:56   25  they would be more effective working embedded in those units.

NEIL SHAW - DIRECT

17:56  1   **Q.**   So did you ever set out to eliminate safety personnel or

17:57  2   safety technical directorates?

17:57  3   **A.**   No.

17:57  4          **MS. KARIS:**   Your Honor, I'm about to switch to a

17:57  5   different subject.   I'm happy to follow whatever pleases the

17:57  6   Court.

17:57  7          **THE COURT:**   How much more do you have to go?

17:57  8          **MS. KARIS:**   Probably a half hour or so, maybe less.

17:57  9          **THE COURT:**   Let's recess for the evening.   We will

17:57  10  recess until 8:00 in the morning.

17:57  11         **THE DEPUTY CLERK:**   All rise.

17:58  12         **THE COURT:**   I get to use my gavel, the first time in

17:58  13  14 years.

17:58  14         **MR. BRIAN:**   Your Honor, Brad Brian for Transocean.

17:58  15         Before we break, I just wanted to report on

17:58  16  Transocean's position with respect to Mr. Brock's proposal this

17:58  17  morning with respect to the expert, Mr. Azar.

17:58  18         We agree with that approach and we are willing

17:58  19  to -- we have proposed some additional redactions.   I don't

17:58  20  know where everybody else is, but it does seem to us an

17:58  21  appropriate way to handle some things that are becoming

17:58  22  cumulative.

17:58  23         **THE COURT:**   Maybe everyone else can talk to Mr. Brock

17:58  24  this evening some time, and we can resolve that in the morning.

17:58  25         **MR. BROCK:**   Yes, Your Honor.   I have conferred and

17:58   1    have suggestions from Halliburton and have also talked at least

17:58   2    to the PSC and the United States.  We don't have it worked out

17:58   3    yet, but we are working on it.

17:58   4              THE COURT:  Great.  Have a good evening.

17:59   5              (Proceedings adjourned.)

17:59   6                            * * *

        7                        **<u>CERTIFICATE</u>**

        8              I, Toni Doyle Tusa, CCR, FCRR, Official Court

        9    Reporter for the United States District Court, Eastern District

       10    of Louisiana, do hereby certify that the foregoing is a true

       11    and correct transcript, to the best of my ability and

       12    understanding, from the record of the proceedings in the

       13    above-entitled matter.

       14

       15

       16                              *s/ Toni Doyle Tusa*
       17                              Toni Doyle Tusa, CCR, FCRR
                                       Official Court Reporter

       18

       19

       20

       21

       22

       23

       24

       25

                              OFFICIAL TRANSCRIPT

**$**

$26 [2] 8087/20 8088/6
$26 million [1] 8087/20 8088/6
$38 [4] 8085/22 8086/2 8086/15 8087/12
$38 million [4] 8085/22 8086/2 8086/15 8087/12
$81 [1] 8086/6
$81 million [1] 8086/6

**'**

'08 [1] 8057/4
'09 [1] 8057/4
'All [1] 7932/19
'Bob [1] 7932/16
'Every [1] 8052/22
'on [1] 7972/20
'Operations,' [1] 7960/16
'people' [1] 8053/3
'We [1] 7932/4

**.**

. . . pointed [1] 7972/9
. . . rig [1] 7961/2
. . . room [1] 7963/19
. . . to [1] 7967/12
.1.TO [1] 8007/9
.14 [2] 7925/4 8007/9
.2 [1] 8051/2
.2.1 [1] 7991/1
.22 [1] 7932/12

**0**

0.2 barrels [2] 7924/21 7932/25
00003.2.2.U.S [1] 7990/24
0003 [2] 7988/15 7990/17
00044 [1] 7970/20
00096.1 [1] 7975/10
00151.C.1 [1] 7971/10
00151.C.6 [1] 7971/19
0037.2 [1] 7969/7
0096.2 [1] 7975/19
02771 [1] 7898/7
03213 [1] 7992/24

**1**

1,500 [2] 8087/5 8087/9
10 [2] 7909/6 7928/9
10 minutes [1] 8011/23
10,000 [1] 8018/19
10,000-barrel [1] 8082/12
10-CV-02771 [1] 7898/7
10-CV-4536 [1] 7898/9
10-MD-2179 [1] 7898/4
10-minute [1] 7994/25
100 percent [2] 8044/1 8087/22
1000 [1] 7902/17
1001 [1] 7902/10
100k [1] 7963/19
101 [1] 7899/16
11 [1] 8091/2
1100 [1] 7902/6
1110 [1] 7902/10
12 [6] 7960/25 7961/14 7969/9 7969/23 7971/7 8054/22
120,000 [1] 8080/1
120,000 barrels [1] 8081/3
120,000-barrel [1] 8079/25
1201 [2] 7902/3 7903/5
1260 psi [1] 7931/22
1262 [1] 7932/1
13.2 [1] 7925/2
1308 [1] 7899/19

1331 [1] 7903/8
14 [3] 7913/7 8027/3 8094/13
8094/13
14.0 [1] 7949/11
14.1 [1] 7953/20
14.15 Geo Tap [1] 7954/2
14.3 [2] 7953/13 7953/21
14.4 [1] 7949/23
14.5 [1] 7953/13
14.6 [1] 7951/23
14.7 [1] 7951/23
1400 [3] 7983/25 7984/2 7999/17
1400 pounds [1] 7999/21
1400 psi [4] 7924/22 7933/6 7983/22 7997/17
14271 [1] 7900/22
146,000 barrels [1] 8080/25
146.9 [1] 8079/25
147,000 barrels [1] 8080/10
14th [3] 7957/8 7960/13 7987/25
15 barrels [1] 7932/1
15 minutes [1] 7928/9
15-minute [1] 7997/2
154 [1] 8085/14
154 million-dollar [1] 8085/8
155 [1] 8080/1
155,000 barrels [2] 8081/4 8083/5
155,000-barrel [3] 8079/4 8079/7 8079/21
15th [1] 7957/8
16 [1] 7911/19
16.0-pound [1] 7926/8
1601 [1] 7899/3
1665 [1] 7903/8
17 [1] 7905/10
1700 [1] 7903/5
18 [1] 7961/14
18 months [1] 7907/2
18-hour [1] 7960/25
1885 [1] 7901/12
192.1.1.TO [1] 7998/9
192.3.1.TO [1] 7998/17
193.3.2.TO [1] 8001/12
1982 [1] 7907/19
1984 [3] 8016/2 8016/22 8016/24
1985 [1] 7907/11
1988 [4] 7907/11 7907/14 7908/4 7908/7
1989 [1] 8016/19
1993 [3] 8016/7 8017/15 8017/17
1998 [1] 8017/24
1:00 [1] 8065/2

**2**

2 1/2 [1] 7909/13
2 1/2 thousand [2] 8087/4 8087/6
2 1/2 years [1] 7908/10
2,000 [1] 8022/9
2,000 staff [1] 8042/11
20 [14] 7898/5 7905/14 7910/13 7933/13 7934/20 7936/24 8000/24 8011/3 8063/25 8064/7 8064/13 8066/18 8066/23 8067/21
20 risks [1] 8072/13
200 feet [1] 7979/4
2000 [6] 7908/7 7909/1 7909/5 7909/6 8018/10 8080/7
20004 [2] 7900/22 7902/4
2001 [3] 8018/10 8018/10 8018/13
2002 [1] 8080/15
2004 [1] 7909/16
20044 [2] 7900/17 7901/6
2005 [1] 8019/4
2006 [1] 7909/16

2007 [8] 8014/7 8020/16 8023/13 8081/19
2008 [42] 8026/25 8032/9 8033/2 8033/23 8037/13 8038/6 8042/18 8043/18 8044/1 8045/1 8045/3 8045/25 8046/15 8048/6 8048/21 8049/2 8049/13 8050/23 8052/6 8058/21 8059/1 8061/6 8068/1 8068/10 8078/13 8078/15 8078/21 8079/4 8079/19 8080/5 8080/8 8081/16 8081/19 8083/4 8084/15 8084/22 8084/25 8085/2 8085/9 8085/10 8085/12 8088/7
2009 [40] 7910/6 7910/9 7973/9 8008/22 8014/7 8014/15 8020/4 8046/16 8047/4 8047/6 8047/11 8048/25 8052/6 8053/12 8061/4 8069/13 8069/18 8071/16 8072/3 8078/13 8078/15 8078/24 8079/5 8079/19 8080/8 8080/11 8081/1 8081/16 8081/19 8083/4 8084/15 8084/18 8084/22 8084/25 8085/2 8085/9 8085/12 8086/24 8088/7
2010 [12] 7898/5 7910/13 7910/15 7911/18 7912/1 7916/25 7924/1 7935/18 7940/13 7969/9 7971/13 7973/9
2011 [2] 7905/11 7912/6
2013 [2] 7898/7 7905/2
202 [1] 8085/14
202 million [1] 8084/21
202 million-dollar [2] 8084/17 8085/5
202,000 [1] 8084/21
2020 [1] 7978/11
2052 [1] 7935/11
20th [1] 7988/1
21 [4] 7961/13 7961/15 7970/13 8015/15
21 centralizers [2] 7960/22 7966/7
2179 [1] 7898/4
22 [2] 7905/10 7924/1
22 pdf [1] 7905/13
2211 [1] 7902/20
2216 [1] 7900/6
22nd [1] 7899/10
23 [1] 7910/18
23451 [1] 7899/10
2398.1.2 [1] 8032/15
2398.4.2 [1] 8034/18
2398.4.3 [2] 8038/4 8038/25
2398.4.4 [1] 8039/25
24 [2] 7898/14 8072/3
24 through [1] 7905/15
24th [1] 7910/22
25 [1] 7911/18
25th [3] 7910/25 7911/12 7916/19
26 [1] 8080/6
26 million-dollar [1] 8087/18
26.2 thousand [2] 8079/25 8080/25
2615 [1] 7899/6
2671 [1] 7942/2
27 [6] 7927/3 7928/20 7929/4 7997/23 8000/10 8007/17
27th [4] 7916/24 7916/25 7998/12 8000/12
284 [1] 8078/21
290 [1] 8091/1
2910.27.3 [1] 8074/9
2910.N.27.3 [1] 8074/9
2910.N.3 [1] 8073/16
2912.1.1 [1] 8071/9
2912.N.1 [1] 8071/9
2912.N.10 [1] 8072/17
296 [2] 7939/5 7939/6
296.1.2 [1] 7935/17
296.6.10 [2] 7936/5 7936/23

**3**

3,000 barrels [1]  8082/19
3,000 feet [1]  7963/17
30 [1]  8054/16
30 minutes [3]  7926/4 7927/5 7937/16
30 psi [3]  7924/21 7932/24 7932/25
300 [1]  7901/23
3089 [1]  7902/17
31 [1]  8014/7
327 work [1]  8043/23
35 [1]  7907/20
355 [1]  7902/14
35th [1]  7902/14
36028 [1]  7900/10
36130 [1]  7901/10
36604 [1]  7899/4
3668 [1]  7898/20
370.31.19.1 [1]  7930/16
370.31.22 [1]  7931/14
3700 [2]  7902/6 7902/10
37031 [1]  8007/8
37031.1.1 [2]  7913/5 7913/6
37031.13.1 [1]  7997/20
37031.13.2 [1]  7925/3
37031.13.3 [2]  7917/2 7923/23
37031.14 [1]  8007/9
37031.15.4 [1]  7927/11
37031.17.1 [1]  7930/7
37031.23.2 [1]  7933/1
37031.38 [1]  7952/13
37031.38.2 [1]  7933/20
37031.41.1 [1]  7934/4
37031.60 [1]  7946/1
37031.93.1 [1]  7935/3
37031.95.1.TO [2]  8002/4 8003/16
38 [2]  7952/14 8086/17
38 million-dollar [2]  8085/21 8086/23
39 [1]  7958/21
3:20 [1]  7997/2

**4**

4 barrels [2]  7932/5 7932/7
4/14 [1]  7950/17
40 [2]  7961/24 8039/5
40003 [2]  7905/8 7905/10
402 [1]  7899/10
406 [1]  7903/10
41 [1]  7963/13
4171.N.1 [1]  8069/16
42 [1]  7965/17
4310 [1]  7900/3
435 [1]  7899/16
439 [1]  8078/24
4447.6 [1]  7939/7
4447.6.1 [1]  8004/3
4447.6.1.TO [2]  8002/4 8002/6
447.6.1.TO [2]  8003/24 8006/14
450 [1]  7900/10
450 barrels [2]  7926/8 7931/10
4536 [1]  7898/9
477.1 [1]  8093/17
4775.1 [1]  8092/2
48 [1]  8048/19
48143.1.3 [1]  8042/15
48143.3.3 [1]  8044/5
48159.1.1 [1]  8064/10
48159.2 [1]  8065/16
48159.5.4 [1]  8067/5
48257.1.2 [2]  8060/12 8061/1
4865.2 [2]  8078/17 8082/25
4869.1 [1]  8079/10
49 [1]  8042/22

**4901.1** [2]  8024/4 8024/23
4902 [1]  8042/3
4903.1 [1]  8061/9
4904.1 [1]  8065/21
4:00 [1]  8065/2

**5**

5,000 [1]  7909/25
5.2 [1]  7940/15
50 [1]  8039/5
50 percent [1]  8057/5
500 [5]  7898/20 7901/9 7903/10 8021/19
 8021/21
5000 [1]  7901/19
504 [1]  7903/11
5395 [1]  7900/10
556 [1]  7898/20
5672.2 [1]  8076/10
5678.1.1 [1]  8076/5
5678.2 [1]  8076/11
5678.6.2 [1]  8025/6
5678.6.8 [1]  8026/4
5689.N.1.1 [1]  8083/17
5689.N.8.1 [1]  8084/9
5689.N.8.13 [1]  8088/22
5691.N.1 [1]  8068/2
589-7778 [1]  7903/11
5B [1]  7911/10

**6**

60 [4]  7946/6 7946/6 7952/15 8015/12
600 [3]  7899/10 7899/13 7902/17
601 [1]  7899/6
60654 [1]  7901/24
618 [1]  7899/22
65 [1]  8091/2

**7**

7-5395 [1]  7900/10
701 [2]  7901/16 7901/19
70113 [1]  7898/24
70130 [5]  7899/7 7899/13 7900/7
 7901/17 7903/11
70139 [1]  7901/20
70163 [1]  7902/7
70360 [1]  7899/16
70458 [1]  7899/19
70501 [1]  7902/18
70502 [1]  7898/21
70801 [1]  7899/23
70804 [1]  7901/13
723,000 [1]  8084/16
7313.1.1.TO [1]  8008/19
7313.6.1.TO [2]  8009/5 8009/6
7401 [2]  7905/8 7905/12
750-people [1]  8018/6
75270 [1]  7903/5
7611 [1]  7900/16
77002 [1]  7902/10
77006 [1]  7900/4
77010 [1]  7903/8
77098 [1]  7902/21
7778 [1]  7903/11

**8**

800 psi [1]  7926/11
8013 [1]  7904/9
8014 [1]  7904/12
820 [1]  7898/23
83 [2]  7905/12 7905/15
8367 [5]  7964/7 7964/16 7965/9 7965/19
 7965/23
8367 feet [1]  7931/3

**866** [2]  8050/6 8050/7
866 [1]  8051/11
866.38.1 [1]  8058/20
866N.4.1 [1]  8050/15
866N.4.2 [1]  8051/3
866N.5.1 [1]  8051/18
8:00 in [1]  8094/10
8:00 p.m [2]  7928/23 7933/13
8:00 was [1]  7937/21
8:52 [13]  7922/11 7922/25 7923/10
 7934/2 7934/8 7935/7 7938/1 7939/14
 7983/18 7986/8 7987/8 7994/24 7994/25
8:52 p.m [4]  7926/21 7936/24 7997/13
 8000/24

**9**

9 7/8 [1]  7953/7
90071 [1]  7902/14
925,000 [1]  8084/16
93 [1]  8091/1
94005 [1]  7901/13
94102 [1]  7900/11
9:00 [1]  7927/14
9:00 and [1]  7940/8
9:02 [1]  7994/24
9:08 [1]  7995/4
9:14 [1]  7995/4
9:38 [4]  7978/20 7978/23 7979/10
 7987/13
9:40 [1]  7987/15
9:47 [1]  7940/9
9:49 [2]  7940/11 7940/12
9th [1]  7899/13

**A**

abandon [2]  7956/15 7985/14
abandoning [1]  7957/3
abandonment [1]  7963/15
Abbassian [1]  7942/11
abbreviation [2]  7924/6 7924/7
ability [2]  8001/19 8095/11
able [8]  7917/25 7919/8 7980/8 7983/7
 8022/20 8025/21 8080/17 8087/14
about [206]
above [7]  7931/12 7963/24 7964/1
 7964/23 7964/24 7966/1 8095/13
above-entitled [1]  8095/13
Abramson [1]  7899/5
absolutely [15]  7930/1 8005/3 8023/1
 8025/20 8026/8 8028/14 8028/25
 8029/25 8037/3 8041/18 8042/11 8045/5
 8045/11 8069/7 8077/18
accident [8]  7910/16 7934/15 7944/22
 7975/5 7988/1 8011/3 8021/4 8073/23
accomplish [1]  7909/23
accomplishment [2]  8016/17 8051/14
according [8]  7949/5 7952/2 7961/20
 7961/22 7964/18 7968/11 7987/9
 7997/18
account [1]  8081/3
accountability [1]  8015/1
accountable [7]  7912/10 7972/20
 7972/20 7972/24 7972/25 7973/13
 8093/9
accounted [1]  8088/6
accurate [11]  7918/14 7942/4 7961/6
 8005/2 8047/16 8047/18 8079/2 8079/5
 8079/6 8079/22 8091/3
accurately [1]  8083/3
ACG [1]  8018/17
achieve [5]  8016/17 8023/25 8051/11
 8086/23 8089/23
achievement [1]  8044/2

A

achieving [1] 8051/14
acknowledged [1] 7973/6
acquisition [1] 7909/7
across [10] 8015/15 8019/11 8019/13
8038/24 8039/11 8040/9 8043/23 8046/5
8046/12 8093/1
action [18] 7956/3 7987/7 8032/3
8032/10 8034/17 8034/21 8035/4 8038/5
8040/2 8041/6 8041/7 8057/3 8057/6
8062/14 8062/18 8063/14 8074/14
8074/16
actions [11] 8011/13 8033/22 8034/25
8037/13 8039/15 8048/7 8056/12
8058/19 8061/19 8062/5 8063/19
activate [2] 7980/14 7982/24
activated [1] 7980/13
active [3] 7910/5 8040/5 8076/16
actively [2] 8037/24 8052/21
activities [1] 8068/20
activity [16] 7912/10 7912/12 7926/16
7941/2 8015/5 8023/6 8024/19 8027/9
8053/10 8076/22 8076/23 8077/3 8089/4
8093/3 8093/10 8093/24
actual [2] 7914/12 7939/21
actually [23] 7907/18 7908/13 7918/5
7958/13 7968/19 7989/5 7992/1 7992/13
7992/18 7992/23 7994/22 7995/15
8002/5 8002/19 8040/19 8055/9 8070/9
8082/14 8086/11 8087/7 8087/10 8088/4
8092/15
addition [7] 7935/23 7990/14 8049/9
8063/21 8071/5 8071/20 8090/22
additional [4] 7981/24 8070/10 8070/14
8094/19
additionally [1] 7905/13
address [5] 8021/15 8023/19 8061/25
8062/6 8063/17
addressed [4] 8043/7 8043/9 8043/10
8079/15
addresses [1] 8073/13
addressing [1] 8025/9
adequate [3] 7958/24 7961/10 8045/9
adjourned [1] 8095/5
admission [2] 7948/7 7948/9
adopted [1] 7955/22
advantage [1] 7919/9
AEP [1] 8073/9
affected [1] 8082/16
affirmatively [1] 7922/7
afford [1] 8087/16
after [54] 7905/14 7908/2 7908/12
7909/6 7909/17 7910/2 7910/15 7911/25
7926/16 7926/24 7927/7 7928/7 7928/9
7929/4 7929/10 7929/12 7930/20 7931/3
7932/16 7933/16 7933/17 7934/14
7934/18 7938/5 7945/10 7956/11 7957/7
7957/9 7959/11 7964/14 7974/2 7986/10
7987/7 7991/25 8006/21 8006/25
8012/23 8016/22 8017/13 8017/17
8018/2 8019/15 8020/1 8020/3 8021/16
8040/3 8043/1 8043/5 8045/2 8053/22
8057/24 8064/17 8080/22 8081/11
afternoon [10] 7898/14 7905/1 7905/4
7906/11 7940/22 7988/20 7997/8
8013/22 8014/3 8072/6
again [49] 7908/5 7911/16 7912/7
7914/15 7921/20 7925/10 7926/2
7927/13 7927/21 7927/24 7930/10
7930/18 7931/19 7935/6 7936/18
7937/18 7939/10 7947/4 7952/13 7958/8
7962/6 7963/14 7967/22 7968/15

7973/22 7974/19 7983/14 7986/12
7988/6 7988/11 8037/8 8071/10
8031/5 8037/24 8038/4 8040/2 8044/7
8055/22 8059/23 8069/19 8070/6
8071/14 8074/11 8076/8 8079/15
8081/17 8081/20 8086/1 8088/24
against [5] 7921/5 7922/6 7948/7 7948/9
7948/10
age [1] 7907/2
agenda [7] 8026/18 8030/20 8037/12
8043/14 8064/20 8065/8 8076/11
agendas [1] 8029/2
ago [2] 7939/10 8008/4
agree [11] 7954/19 7961/6 7976/11
7977/1 7983/19 7984/8 8028/11 8041/14
8056/15 8074/18 8094/18
agreed [3] 7968/22 7968/25 7969/3
agreements [5] 8017/20 8017/21
8087/23 8088/2 8088/4
Ah [1] 8005/21
Ah-ha [1] 8005/21
ahead [3] 7931/11 8013/6 8032/19
aided [1] 7903/16
airport [1] 7930/6
al [7] 7898/8 7898/11 7965/18
Alabama [5] 7899/4 7901/7 7901/8
7901/10 7996/10
Alaska [10] 7968/12 7908/13 7908/18
7908/20 7908/25 7910/7 7910/8 7910/11
7910/19 7912/2
Algeria [3] 7908/21 7908/22 7909/1
aligned [1] 8076/25
all [122] 7905/5 7905/25 7912/10 7916/3
7917/23 7919/11 7920/8 7921/17
7932/17 7933/7 7943/3 7944/23 7945/12
7945/24 7946/15 7946/20 7947/7
7948/14 7950/20 7951/2 7955/22
7956/16 7958/20 7959/3 7960/8 7960/16
7960/17 7961/3 7961/15 7963/10
7965/17 7965/18 7966/2 7966/10
7967/25 7969/21 7969/22 7977/25
7982/15 7983/1 7983/9 7983/15 7988/10
7988/12 7990/10 7991/22 7993/17
7994/16 7995/14 7996/8 7997/3 8009/14
8010/2 8012/24 8017/22 8018/12 8023/6
8023/7 8024/19 8027/12 8028/11
8028/22 8029/3 8029/13 8029/13
8029/16 8030/5 8031/3 8031/16 8033/14
8035/8 8035/11 8036/25 8038/2 8038/21
8039/4 8040/2 8041/20 8042/1 8042/10
8042/10 8042/17 8043/25 8046/8
8046/12 8049/14 8051/10 8056/3
8056/14 8057/1 8057/12 8057/13
8058/21 8059/15 8060/3 8060/25
8063/15 8066/5 8072/7 8075/25 8077/2
8078/8 8078/10 8079/13 8079/15
8079/24 8080/16 8081/22 8082/10
8083/9 8083/14 8085/20 8086/17 8088/1
8088/13 8088/17 8089/11 8090/4
8090/17 8091/19 8093/23 8094/11
ALLAN [1] 7901/15
Allen [1] 7969/12
allocated [1] 8082/16
allocation [1] 8085/24
allow [4] 7920/10 7921/21 7923/1
7963/18
allowed [4] 7919/1 7919/20 7952/5
8087/6
allows [1] 7951/23
almost [4] 7908/22 7943/5 8052/6
8054/16
alone [1] 8043/23
along [9] 7920/8 7947/10 7975/12

7988/14 7992/13 7998/4 8063/15
already [11] 7911/5 7922/23 7938/21
7946/11 7968/18 7974/24 7983/11
7995/9 8046/22 8048/16 8070/11
also [43] 7907/22 7908/10 7908/17
7911/20 7927/19 7928/11 7933/4 7937/2
7941/12 7951/4 7970/11 7979/4 7998/1
8013/8 8016/5 8019/12 8019/13 8025/22
8031/23 8035/11 8035/17 8036/19
8037/14 8037/22 8040/18 8043/13
8049/23 8051/1 8051/13 8052/10
8052/20 8057/17 8064/7 8066/5 8069/9
8069/10 8072/22 8074/3 8078/9 8082/16
8090/6 8090/11 8095/1
altered [1] 7951/18
always [7] 8030/21 8036/25 8065/8
8089/13 8090/1 8090/2 8090/15
am [11] 7920/14 7922/9 7972/20 8014/5
8016/21 8060/11 8064/19 8073/5 8075/7
8079/9 8083/16
Amendment [1] 7918/25
AMERICA [8] 7898/10 7900/9 7900/13
7900/19 7901/3 7901/19 7901/22 7902/3
American [1] 8046/6
Amoco [1] 7909/1
among [6] 7943/25 7944/16 7957/4
7957/12 8012/13 8046/9
amount [1] 8088/4
analysis [4] 7942/10 7959/22 7980/12
8061/6
Anderson [6] 7927/17 7946/7 7946/8
7946/24 7946/25 7995/6
ANDREW [1] 7901/22
Andy [6] 8021/5 8024/10 8024/12 8025/3
8083/22
Andy Inglis [1] 8024/10
Andy Inglis' [1] 8021/5
Andy/Mark [1] 8025/3
Angeles [1] 7902/14
annual [7] 8071/11 8073/3 8073/8
8073/18 8073/20 8074/1 8074/6
annually [2] 8069/15 8071/14
annular [5] 7924/15 7931/8 7932/18
7932/20 7956/13
anomalies [1] 7940/8
another [8] 7955/25 7962/25 7967/20
7994/15 8001/3 8019/2 8081/18 8090/22
answer [8] 7954/9 7968/17 7975/4
7982/1 7986/2 7989/4 7996/22 8029/11
answered [4] 7988/3 7995/8 7995/17
7995/20
answers [1] 7919/25
ANTHONY [1] 7900/6
anxiety [1] 7933/7
any [91] 7907/16 7913/13 7916/6 7919/1
7919/3 7919/20 7919/25 7920/9 7924/20
7928/20 7930/22 7934/17 7937/19
7938/24 7938/24 7944/10 7944/15
7945/2 7952/12 7954/19 7955/3 7957/4
7957/12 7958/5 7965/3 7966/10 7970/1
7970/4 7971/7 7972/22 7974/8 7975/2
7975/6 7977/8 7977/10 7980/12 7980/17
7982/23 7985/20 7985/20 7986/1
7986/7 7986/10 7986/11 7986/12
7986/13 7986/25 7987/22 7988/1 7988/2
7989/3 7989/4 7989/14 7989/24 7992/10
7995/14 7995/14 7996/10 7996/21
8003/5 8009/11 8009/16 8015/23 8016/8
8020/21 8031/2 8035/12 8036/17
8036/17 8037/5 8037/6 8041/1 8044/16
8046/1 8047/8 8048/2 8049/2 8049/3
8053/15 8053/17 8055/14 8056/12

**A**

any... [9]  8075/20 8075/25 8076/2
8081/8 8082/7 8083/7 8084/6 8085/19
8089/21
anybody [5]  7920/10 7941/3 7970/13
8005/17 8006/20
anybody's [1]  7936/18
anymore [2]  7941/5 7956/14
anyone [8]  7913/24 7914/1 7941/6
7945/2 7955/2 7957/25 7970/3 7970/11
anything [22]  7926/21 7927/16 7933/11
7939/20 7945/3 7948/6 7948/21 7958/7
7958/9 7987/4 7988/6 8003/8 8004/6
8004/6 8058/22 8064/2 8081/6 8081/7
8082/7 8082/8 8083/7 8085/18
anyway [1]  7968/8
anywhere [4]  7973/18 8004/10 8005/12
8081/8
apart [1]  8078/6
APD [4]  7931/24 7965/21 7966/3
7966/12
APLC [1]  7901/18
apologies [2]  7933/20 8070/5
apologize [3]  7967/6 7976/10 8032/19
apparent [1]  8059/18
apparently [3]  7923/2 7949/18 7951/17
appear [7]  7917/4 7918/15 7930/7
7933/21 7935/3 7935/7 7942/4
Appearances [6]  7898/17 7899/1 7900/1
7901/1 7902/1 7903/1
appeared [4]  7919/12 7919/14 7920/3
7998/4
appears [6]  7942/7 7949/22 7950/6
7951/3 7960/1 7998/13
Appendix [1]  7905/13
Appendix W [1]  7905/13
applied [7]  8009/8 8009/17 8053/23
8054/2 8054/7 8054/17 8067/3
applies [4]  7898/6 8055/16 8056/3
8070/17
apply [6]  7919/7 7937/1 8048/2 8055/15
8056/2 8070/15
applying [1]  8089/3
appreciate [1]  7990/22
approach [5]  8055/15 8056/2 8056/16
8077/13 8094/18
appropriate [4]  7921/9 8041/2 8068/12
8094/21
appropriately [1]  8028/1
approximately [10]  7978/20 8017/15
8017/24 8018/10 8018/13 8019/4
8021/21 8033/4 8042/25 8082/12
APRIL [26]  7898/5 7898/7 7905/2
7910/13 7910/15 7910/18 7911/12
7911/18 7916/19 7916/25 7924/1 7927/3
7928/20 7929/4 7933/13 7934/20
7936/24 7937/24 7997/23 7998/12
8000/10 8000/24 8007/17 8011/3
8021/24 8043/23
April 20 [6]  7910/13 7933/13 7934/20
7936/24 8000/24 8011/3
April 2010 [1]  7916/25
April 22 [1]  7924/1
April 23 [1]  7910/18
April 25 [1]  7911/18
April 27 [6]  7927/3 7928/20 7929/4
7997/23 8000/10 8007/17
ARCO [6]  7908/4 7908/6 7908/23
7908/25 7909/1 7909/7
Arctic [1]  7909/20
are [134]  7905/9 7908/25 7911/22
7913/1 7914/6 7914/12 7916/11 7919/12

7920/8 7920/9 7920/25 7923/3 7923/19
7925/7 7927/11 7927/20 7931/4
7932/12 7934/4 7934/6 7935/19 7940/25
7941/19 7945/2 7945/5 7947/8 7947/15
7948/18 7949/14 7952/14 7955/24
7956/12 7958/21 7959/23 7960/12
7961/6 7961/7 7962/3 7963/14 7966/16
7969/9 7969/9 7969/14 7971/12 7972/11
7973/15 7979/11 7980/9 7982/19
7983/13 7985/4 7987/12 7990/5 7991/6
7992/17 7992/19 7993/1 7993/13
7993/15 7993/19 7993/20 7994/8 7994/9
7994/21 7995/5 7999/1 7999/2 7999/7
7999/12 7999/14 8003/18 8010/14
8012/14 8015/14 8015/14 8016/20
8020/14 8023/5 8027/14 8027/25 8028/1
8028/3 8031/2 8032/23 8032/23 8033/6
8034/25 8039/15 8040/20 8041/21
8043/13 8043/14 8044/13 8049/1 8053/1
8053/5 8056/6 8057/9 8059/3 8059/8
8059/9 8059/10 8059/19 8060/1 8060/8
8061/17 8062/24 8064/16 8072/6
8072/18 8073/3 8073/12 8073/19 8075/5
8075/12 8079/2 8079/3 8079/7 8080/21
8081/13 8081/15 8083/14 8084/19
8087/21 8087/22 8088/12 8089/1 8089/3
8089/6 8092/19 8093/6 8094/18 8094/21
8095/3
area [7]  7928/15 7941/9 7942/15
7983/13 7990/9 8032/21 8061/20
areas [3]  7942/6 7989/14 8089/3
argue [5]  7966/24 7967/3 7967/4 7967/5
7967/7
arguing [1]  7923/19
argument [2]  7967/14 7967/15
armed [1]  7974/19
around [35]  7908/7 7916/19 7918/4
7918/8 7927/24 7960/13 7972/10
8011/16 8011/22 8023/4 8023/15
8025/19 8026/14 8026/25 8027/1 8027/3
8029/4 8034/10 8035/1 8035/9 8040/13
8040/13 8057/5 8063/2 8069/8 8070/21
8070/25 8073/13 8075/17 8075/24
8076/22 8077/2 8077/5 8089/4 8090/10
arrange [1]  7996/6
Arrell [1]  7902/19
arrived [9]  7910/21 7910/22 8030/3
8032/13 8033/18 8043/17 8045/16
8064/1 8064/17
arriving [2]  8037/16 8040/3
as [249]
Asbill [1]  7902/8
ask [23]  7907/14 7916/3 7916/6 7916/7
7919/1 7920/15 7922/17 7923/10
7923/18 7936/9 7943/22 7947/17
7967/23 7969/15 7986/13 7989/24
7991/15 7998/19 8004/25 8011/24
8019/22 8068/13 8070/6
asked [28]  7906/19 7910/16 7911/1
7915/21 7920/2 7934/9 7939/14 7947/18
7957/19 7957/20 7957/22 7972/14
7972/19 7988/3 7989/3 7989/15 7995/8
7995/17 7995/20 7995/21 7995/23
8007/2 8007/5 8010/10 8010/24 8012/2
8034/7 8097/3
asking [17]  7914/23 7916/9 7916/11
7923/9 7938/19 7945/20 7947/1 7948/17
7957/25 7985/25 7990/5 7993/13
7994/15 7994/16 8010/19 8010/20
8056/14
aspect [2]  8015/9 8020/22
aspects [4]  8027/12 8033/11 8070/22
8078/10

assembly [2]  7966/20 7966/23
assert [1]  8069/22
assertion [3]  8069/1 8083/11 8090/22
assertions [3]  8047/8 8075/3 8075/5
assessed [1]  8090/11
assessment [20]  8048/10 8048/14
8048/15 8048/18 8048/20 8049/3 8049/7
8049/9 8049/12 8049/14 8056/7 8056/10
8056/11 8056/16 8057/2 8058/20
8058/22 8058/24 8059/2 8061/12
assessments [2]  8059/8 8090/16
asset [2]  7898/8 8035/15
assets [8]  8008/12 8015/5 8022/20
8033/13 8054/24 8058/25 8059/25
8064/25
assigned [2]  7942/13 8021/22
assignment [1]  7908/8
assignments [2]  7908/10 7909/11
assistant [1]  8021/5
associated [5]  7973/1 8069/23 8074/19
8085/11 8085/15
association [1]  8016/16
assume [9]  7941/19 7942/15 7943/3
7950/17 7951/5 7960/10 7967/10 7972/6
7982/4
assumed [1]  7937/17
assuming [2]  7961/25 7965/13
assure [1]  8072/14
at [205]
Atlantis [4]  8081/17 8081/24 8085/11
8085/16
attach [1]  8034/17
attached [5]  7905/14 8025/3 8033/20
8065/10 8072/5
attaches [1]  8061/6
attachments [1]  7975/15
attaining [1]  7907/19
attempt [2]  7919/15 7995/24
attend [1]  8031/2
attendance [1]  7950/20
attended [4]  7998/24 7999/3 8003/3
8012/3
attention [2]  7916/15 8008/24
Attorney [2]  7901/7 7901/11
attributable [3]  8085/5 8085/21 8087/20
August [2]  8021/17 8021/25
author [1]  7916/17
authorities [1]  7974/1
authority [2]  7973/24 7974/16
available [1]  8009/14
Avenue [5]  7898/23 7900/10 7901/9
7902/3 7902/14
average [1]  8080/11
avoid [3]  7949/24 7950/12 7989/4
avoiding [1]  7950/8
aware [14]  7944/22 7945/2 7945/4
7957/4 7976/4 7986/24 7987/7 7992/17
7992/19 7994/8 7994/9 7994/21 7995/5
8038/22
awareness [6]  8059/4 8061/13 8061/18
8061/22 8061/24 8063/17
away [6]  7922/16 7957/16 7974/16
7985/14 8037/17
Azar [1]  8094/17
Azerbaijan [2]  8018/15 8018/15

**B**

bachelor's [4]  7907/11 7907/19 8015/24
8016/12
back [44]  7911/22 7918/3 7926/6 7926/9
7927/8 7927/9 7927/11 7927/25 7928/9
7928/11 7929/9 7929/11 7929/17 7931/8
7931/9 7932/7 7932/23 7946/3 7949/12

B

back... [25]  7955/19 7967/9 7969/21
7978/9 7983/19 7984/7 7986/21 7989/11
7990/16 7990/21 7994/22 7999/2
7999/10 8001/8 8006/22 8007/1 8007/5
8011/25 8018/14 8019/6 8021/13 8022/1
8028/3 8033/23 8068/15
background [1]  8015/20
backwards [1]  8056/6
backyard [2]  8011/21 8011/22
bad [5]  7967/6 7985/6 7986/16 8001/17
8001/18
bag [1]  7931/21
Baku [1]  8008/2
balancing [1]  8082/21
BARBIER [1]  7898/15
barrel [5]  8079/4 8079/7 8079/21
8079/25 8082/12
barrels [20]  7924/20 7924/21 7926/8
7931/10 7932/1 7932/5 7932/7 7932/25
7979/1 8078/22 8078/25 8079/25
8080/10 8080/25 8080/25 8081/3 8081/4
8082/15 8082/19 8083/5
Barrow [1]  7908/18
base [4]  8042/3 8042/19 8044/14
8077/15
based [19]  7929/21 7931/10 7931/11
7934/17 7954/19 7977/14 7978/4 7987/3
8010/10 8010/16 8017/24 8018/1
8020/10 8023/13 8020/14 8023/23
8036/13 8054/15 8058/24
basic [2]  7912/8 8081/10
basically [1]  7945/9
basis [8]  7985/24 7993/23 8031/12
8031/14 8063/3 8071/8 8071/11 8079/14
Baton [2]  7899/23 7901/13
Baxter [1]  8074/5
be [144]  7905/3 7905/24 7906/19
7914/18 7914/18 7914/22 7915/7 7916/9
7916/10 7917/4 7918/23 7919/1 7919/8
7919/10 7919/19 7919/21 7920/4 7920/6
7920/19 7920/24 7921/1 7921/19 7922/5
7922/8 7922/17 7922/18 7923/3 7924/6
7924/12 7925/3 7930/7 7932/21 7933/21
7934/11 7935/3 7935/7 7936/6 7938/3
7938/5 7942/4 7942/7 7947/13 7947/18
7948/7 7948/11 7949/22 7950/6 7950/14
7950/19 7951/3 7951/18 7952/9 7952/14
7953/5 7956/13 7956/14 7958/23 7959/9
7959/20 7960/1 7961/9 7962/9 7964/21
7965/22 7966/1 7966/4 7968/16 7968/19
7969/3 7969/4 7969/12 7970/23 7972/7
7972/25 7974/23 7976/1 7977/14
7979/20 7980/11 7981/1 7981/3 7981/8
7981/25 7983/8 7984/9 7985/10 7985/12
7989/1 7990/6 7991/14 7996/13 7996/16
7996/18 7997/5 7997/11 7998/13
8001/15 8005/1 8009/12 8009/14
8010/12 8020/13 8022/19 8023/14
8024/17 8025/18 8025/21 8027/1 8027/4
8029/1 8029/1 8029/24 8031/18 8032/8
8034/8 8036/6 8037/3 8037/24 8039/1
8040/25 8045/13 8048/11 8049/10
8050/11 8051/9 8054/20 8054/21
8055/10 8068/11 8072/7 8072/25
8073/11 8075/21 8075/22 8077/8
8077/22 8079/23 8080/17 8084/17
8086/3 8089/18 8089/22 8093/3 8093/25
Bea [6]  8041/12 8056/15 8060/15
8079/21 8081/4 8083/11
Bea's [2]  8045/2 8078/20
Beach [1]  7899/10

Beaufort [1]  7908/17
Beaufort [1]  7908/17
became [4]  7943/20 7971/5 8011/19
8025/10
because [39]  7919/7 7922/16 7923/10
7924/4 7939/18 7952/6 7954/17 7956/24
7960/4 7960/25 7961/14 7962/6 7962/16
7967/16 7968/2 7980/23 7981/15 7982/7
7982/10 7991/24 8005/23 8005/23
8043/21 8044/16 8048/23 8049/6
8054/10 8055/17 8056/24 8058/24
8058/25 8059/15 8070/11 8070/20
8074/22 8076/24 8083/12 8083/25
8087/15
become [6]  7918/19 8016/11 8020/5
8034/10 8051/8 8059/18
becoming [3]  8016/17 8051/21 8094/21
been [98]  7906/4 7912/24 7914/8
7914/10 7916/16 7916/23 7920/16
7921/2 7921/18 7922/10 7922/22
7927/20 7933/13 7933/14 7934/14
7937/20 7938/14 7938/15 7939/14
7939/24 7941/10 7941/12 7942/9
7942/18 7944/13 7944/14 7946/19
7946/23 7946/24 7947/1 7952/20
7954/24 7955/21 7955/22 7956/3
7956/16 7956/21 7961/2 7961/15
7962/24 7963/3 7963/4 7963/6 7966/11
7966/22 7971/16 7973/8 7973/11
7976/14 7977/2 7980/8 7989/3 7989/17
7997/10 7999/17 8000/25 8001/11
8006/18 8010/14 8012/22 8013/17
8015/9 8020/16 8023/24 8030/25 8031/6
8031/13 8033/3 8033/22 8038/7 8045/20
8047/8 8047/12 8047/13 8055/11
8055/13 8056/1 8058/17 8058/17
8060/24 8062/20 8063/13 8065/11
8066/22 8069/1 8072/19 8074/12 8075/3
8077/25 8078/4 8080/12 8083/11
8084/12 8088/25 8089/6 8090/23
8091/23 8092/12
before [32]  7898/15 7914/9 7916/16
7917/9 7919/3 7933/4 7939/8 7941/20
7953/17 7975/21 7975/24 7978/9
7978/25 7986/25 7993/18 8002/25
8003/5 8012/21 8014/17 8033/18
8034/20 8047/19 8048/5 8048/15
8051/16 8051/24 8053/6 8054/5 8056/10
8060/15 8083/25 8094/15
beforehand [1]  7985/13
begin [3]  8025/3 8033/20 8056/14
beginning [7]  7918/3 7918/12 7924/5
7946/14 7987/9 7987/12 8028/16
behalf [4]  7905/19 7988/21 8010/9
8010/11
behavioral [1]  8025/22
behaviors [1]  7977/15
behind [2]  7911/14 7962/6
being [26]  7911/1 7912/5 7939/18
7950/10 7950/13 7957/5 7957/13 7975/5
7975/8 7980/12 7981/16 7989/3 7991/20
7992/2 8019/15 8037/3 8043/19 8050/17
8050/20 8052/1 8054/15 8058/1 8072/7
8072/14 8082/15 8088/2
believe [19]  7921/13 7947/11 7956/24
7975/18 7976/1 7976/1 7978/13 7980/25
7981/2 7992/12 7994/25 7995/6 8005/14
8016/19 8032/8 8036/8 8055/2 8055/25
8085/14
believed [5]  7928/22 7933/12 8025/24
8062/17 8093/24
Believes [1]  7932/13
below [6]  7928/2 7958/13 7963/17

7963/19 7966/3 8051/2
7994/1 7998/22
Ben [1]  7901/5
bench [3]  7921/20 7994/12 7996/6
benchmarked [1]  8077/20
beneath [2]  7942/14 8088/24
benefit [2]  7919/4 7931/1
benefited [1]  8087/10
best [8]  7954/9 8001/18 8015/3 8044/10
8046/24 8047/21 8068/18 8095/11
better [5]  7980/14 7983/1 8087/7
8087/11 8087/14
between [10]  7940/8 7941/19 7945/21
7979/25 7982/16 8054/12 8054/13
8057/3 8057/16 8088/7
beyond [8]  7923/11 7923/15 7947/14
7963/6 7974/11 7993/20 8046/24
8047/21
bidding [1]  8022/15
big [13]  8026/15 8026/17 8026/22
8026/25 8027/9 8046/14 8057/15
8057/16 8070/23 8072/16 8077/15
8085/13 8087/1
bigger [1]  8087/16
biggest [6]  8018/16 8022/22 8046/25
8069/8 8080/4 8081/11
billions [3]  8080/15 8080/22 8081/12
bit [17]  7906/21 7906/24 7918/5 7933/5
7937/3 7955/9 7960/8 7966/18 7971/3
8014/19 8015/20 8056/6 8070/3 8077/21
8078/7 8080/6 8082/21
biweekly [1]  8031/13
bladder [2]  7932/17 7933/4
Bldg [1]  7900/10
bled [6]  7924/11 7924/19 7924/21
7932/1 7932/16 7932/25
bleed [1]  7932/1
blind [3]  8060/17 8060/20 8060/21
blow [1]  8007/11
blowing [1]  7928/16
blowout [6]  7918/2 7942/10 7975/22
7976/5 7977/16 7979/24
Bly [38]  7905/13 7911/6 7911/6 7911/7
7921/6 7921/10 7939/11 7939/15
7939/17 7939/24 7939/24 7940/10
7940/15 7942/5 7943/1 7943/20 7944/17
7975/24 7978/13 7983/11 7983/12
7983/14 7988/9 7989/11 7990/4 7992/7
7992/8 8001/5 8005/9 8005/13 8005/15
8006/20 8008/24 8009/15 8011/2 8011/6
8024/25 8052/4
boat [2]  7976/17 7981/12
boats [1]  8077/17
Bob [6]  7927/17 7931/7 7932/14 7932/21
7932/22 7967/10
bold [1]  8061/18
bond [11]  7956/5 7958/22 7958/22
7958/25 7959/8 7960/21 7961/7 7962/14
7966/7 7973/3 7978/2
bonding [1]  7961/4
Book [1]  8064/20
boost [1]  7924/9
BOP [9]  7964/2 7965/11 7965/12 7966/1
7966/3 7971/4 7979/5 7979/20 8070/25
BOPs [1]  7983/8
borderline [1]  7947/21
boss [7]  7959/17 7975/21 7976/6
8024/10 8083/21
both [25]  7906/21 7907/12 7920/17
7926/22 7936/16 7937/25 7950/23
7961/20 7965/13 7969/2 7974/17
8006/19 8022/25 8027/21 8030/23
8037/1 8043/10 8045/3 8050/21 8051/22

**B**

both... [5]  8052/12 8067/3 8070/17
8072/9 8072/25
bottom [9]  7925/25 7963/13 7968/15
7973/24 7980/24 7982/7 8009/12 8068/9
8089/18
bottomless [1]  7931/12
bottoms [6]  7956/5 7962/1 7962/3
7963/2 7966/6 7978/1
bottoms-up [6]  7956/5 7962/1 7962/3
7963/2 7966/6 7978/1
bought [2]  7908/22 7981/4
Boulevard [1]  7900/3
bounce [1]  8011/16
bouncing [3]  7918/7 7927/24 7927/25
boundary [5]  8089/12 8089/15 8089/15
8089/16 8090/2
Bounds [1]  7899/2
BOWMAN [1]  7903/3
box [9]  7898/20 7900/10 7900/16
7900/22 7901/13 7902/17 8086/5 8086/8
8086/10
BP [73]  7898/10 7901/18 7901/19
7901/20 7901/21 7901/22 7901/23
7902/2 7902/3 7902/4 7905/19 7906/1
7906/2 7906/15 7906/16 7908/22 7909/1
7909/7 7910/12 7911/7 7912/15 7915/21
7915/22 7918/25 7919/8 7948/9 7948/14
7948/15 7950/4 7971/22 7984/24
7988/24 8008/8 8008/14 8009/9 8010/6
8010/9 8012/18 8012/19 8014/4 8016/24
8017/1 8017/22 8018/12 8021/14 8036/9
8037/23 8040/9 8048/1 8050/20 8054/4
8054/13 8054/20 8055/6 8055/8 8055/10
8055/13 8056/1 8060/16 8060/19
8063/13 8069/22 8070/15 8070/17
8072/25 8074/18 8081/25 8085/25
8091/1 8092/12 8092/14 8092/23 8093/8
BP's [15]  7910/4 7910/16 7911/12
7911/25 7915/21 7929/12 7948/10
7985/14 8014/5 8014/21 8037/6 8041/12
8046/8 8074/7 8088/4
BP-operated [1]  8050/20
BP-owned [2]  8070/15 8072/25
BRAD [4]  7902/13 7919/23 7997/8
8094/14
Branch [3]  7900/9 7900/19 7901/3
break [3]  7979/5 8078/6 8094/15
breaking [1]  7979/11
Breit [2]  7899/8 7899/9
Brennan [1]  7902/8
Brett [1]  7950/19
BRIAN [13]  7902/13 7917/16 7919/23
7922/3 7922/9 7946/6 7950/19 7950/19
7960/15 7997/8 7997/25 8010/11
8094/14
Brian Morel [1]  7950/19
bridge [2]  8054/12 8055/1
bridging [1]  8054/14
brief [2]  7997/11 8033/20
briefed [2]  8001/6 8064/6
briefing [1]  7929/17
briefly [3]  7907/21 7908/6 7910/15
bring [3]  8008/23 8013/10 8081/13
brings [1]  7950/2
broad [2]  8040/12 8070/20
broader [1]  8085/25
BROCK [6]  7902/3 7942/24 7943/1
7975/13 8012/19 8094/23
Brock's [1]  8094/16
broken [1]  7942/5
brought [7]  7951/4 7969/6 7970/17

7983/4 8063/3 8080/9 8081/10
BRUSSEL [1]  7902/3
bubbles [1]  7979/10
build [5]  7933/6 8080/17 8082/25 8093/3
8093/18
building [4]  7933/3 8017/9 8019/13
8093/11
built [4]  7924/13 7924/21 7944/6 7944/6
bullet [4]  7925/17 8007/22 8026/3
8062/20
bullets [1]  8061/19
Burling [1]  7902/2
business [75]  7907/3 7908/3 8015/7
8015/25 8017/19 8018/3 8018/4 8018/14
8019/12 8021/2 8022/12 8023/5 8023/5
8023/10 8023/13 8023/17 8023/24
8023/24 8024/3 8024/8 8024/11 8024/16
8024/17 8025/10 8025/17 8025/20
8025/21 8026/9 8026/15 8027/5 8027/18
8027/24 8029/7 8029/13 8029/16 8030/7
8030/23 8031/8 8032/1 8033/12 8036/24
8037/16 8038/24 8039/6 8041/25
8044/17 8046/6 8046/16 8053/6 8053/7
8055/24 8063/23 8064/2 8064/4 8064/17
8066/16 8066/19 8072/16 8074/25
8075/16 8076/25 8077/15 8080/20
8081/13 8082/4 8084/25 8087/2 8087/3
8087/10 8087/11 8087/16 8088/9
8088/16 8090/10 8092/21
businesses [1]  8046/12
buster [1]  7928/11
but [94]  7905/13 7905/20 7906/20
7907/22 7908/6 7911/6 7911/23 7913/8
7914/11 7915/16 7916/1 7917/19 7919/8
7919/17 7920/3 7920/7 7921/1 7922/3
7923/6 7929/24 7931/19 7932/19 7936/3
7936/7 7937/5 7944/13 7944/25 7945/12
7947/16 7948/12 7949/14 7951/11
7952/14 7954/17 7956/13 7956/20
7958/8 7958/23 7962/9 7962/20 7963/10
7965/21 7966/24 7967/3 7969/18 7973/7
7974/15 7975/6 7975/7 7976/1 7976/18
7980/18 7981/1 7981/23 7982/15 7983/1
7985/9 7989/8 7991/23 7992/5 7993/12
7994/9 7995/10 7999/24 8001/1 8001/22
8004/25 8005/6 8008/5 8020/3 8028/4
8041/2 8041/13 8049/1 8049/23 8055/2
8057/4 8066/6 8067/1 8068/18 8074/3
8076/5 8078/9 8079/22 8082/21 8084/1
8088/13 8089/18 8090/22 8091/18
8092/5 8093/24 8094/20 8095/3
buy [2]  7981/24 7983/2
buying [1]  8077/10

**C**

Cabot [1]  7908/19
CALDWELL [1]  7901/12
California [2]  7900/11 7902/14
call [30]  7911/8 7922/11 7923/1 7923/10
7926/21 7928/10 7934/1 7935/7 7937/25
7938/7 7939/14 7939/19 7939/20 7941/4
7941/5 7946/23 7968/22 7983/18 7986/8
7986/10 7987/7 7994/23 7994/25
7997/13 8000/24 8017/10 8068/3
8089/15 8092/2 8092/25
called [35]  7908/14 7908/18 7909/14
7924/15 7926/4 7927/14 7927/15
7928/10 7929/13 7931/25 7932/3
7932/17 7934/8 7936/24 7960/15 7967/9
7968/17 7968/19 7969/3 7988/24
7990/16 7990/20 8000/6 8001/8 8008/21
8018/17 8019/19 8030/2 8033/10
8045/20 8060/8 8070/1 8073/3 8083/14

8092/22
CAMP [1]  7906/2 7934/13 7964/20
7964/18
calm [1]  8011/23
came [22]  7910/19 7913/25 7926/6
7926/9 7932/23 7934/12 7949/12 7966/2
7967/13 7974/13 7975/7 7978/23
7983/12 7983/23 7984/12 8021/13
8023/12 8041/18 8079/23 8080/5
8081/18 8088/14
Camp [1]  7901/16
can [127]  7905/21 7908/6 7911/16
7912/7 7914/14 7916/4 7917/2 7917/9
7917/15 7917/22 7919/9 7921/22
7921/22 7921/25 7922/12 7924/4 7924/4
7925/10 7925/19 7927/2 7927/13
7929/25 7930/16 7930/18 7932/10
7933/2 7935/3 7935/22 7944/10 7944/20
7956/19 7957/13 7959/10 7967/23
7969/18 7969/18 7969/21 7975/4
7979/18 7981/25 7982/1 7982/20
7984/25 7986/21 7991/15 7992/21
7996/4 7996/6 8002/3 8007/11 8010/11
8010/16 8014/3 8014/6 8014/24 8015/13
8016/22 8016/25 8017/6 8021/10
8022/10 8024/4 8025/6 8025/15 8027/25
8028/1 8030/11 8034/18 8034/21
8039/25 8042/22 8044/5 8048/14
8048/15 8049/10 8050/1 8050/6 8050/14
8051/3 8051/18 8054/1 8055/5 8058/14
8058/21 8060/25 8061/9 8061/10 8062/3
8062/23 8064/10 8065/16 8065/21
8065/24 8067/5 8068/2 8068/3 8068/15
8069/4 8069/16 8069/21 8071/9 8071/24
8073/6 8073/8 8073/16 8074/17 8076/5
8076/10 8076/18 8078/17 8079/10
8082/13 8082/20 8082/25 8082/25
8085/8 8085/22 8086/8 8086/12 8087/19
8087/23 8091/5 8092/2 8093/17 8093/17
8094/23 8094/24
can't [23]  7935/13 7937/6 7944/13
7947/18 7952/25 7953/10 7959/10
7976/1 7979/7 7979/17 7982/11 7994/11
7996/13 7996/16 7996/18 8002/2
8002/19 8002/20 8003/12 8003/21
8006/2 8007/2 8057/4
cannot [1]  7919/21
capabilities [1]  7974/18
capability [3]  8019/13 8025/21 8053/3
capable [1]  7920/23
capacity [1]  7954/24 7970/17 7980/5
capital [1]  8080/15
capture [1]  8010/21
carbon [1]  8064/13
card [2]  8062/21 8062/25
cards [1]  8062/23
care [1]  8066/3
cared [1]  8038/1
career [1]  7912/23 8017/2
CARL [8]  7898/15 7942/2 7946/1 7969/7
7971/10 7971/19 7975/9 7978/11
Carondelet [1]  7899/13
CARRIE [1]  7901/22
carried [2]  8059/8 8069/13
cascade [1]  8038/21
cascaded [2]  8034/8 8090/18
case [12]  7920/17 7920/25 7948/7
7994/10 7996/8 8010/12 8028/6 8037/18
8041/12 8048/1 8075/3 8077/25
cash [5]  8084/12 8084/15 8084/22
8084/25 8085/1
casing [3]  7930/20 7931/3 7950/5
Caspian [1]  8018/17

Caspian Sea [1] 8018/17
causal [12] 7939/18 7975/5 7975/8
7977/8 7977/18 7977/21 7977/24 7988/1
8005/23 8010/25 8011/3 8011/8
causally [1] 7977/16
cause [1] 7962/14
caused [4] 7949/23 7953/7 7961/4
7975/2
causing [2] 7977/7 7977/22
CCR [3] 7903/10 8095/8 8095/16
cement [27] 7932/23 7934/8 7935/11
7938/5 7945/10 7945/21 7946/16
7946/17 7947/8 7948/17 7948/23
7948/24 7949/7 7949/19 7949/20
7955/19 7955/23 7955/23 7956/14
7956/17 7959/2 7959/3 7965/14 7970/6
7972/5 7973/3 7978/2
cementer [1] 7931/4
center [1] 8070/2
Centralize [1] 8052/15
centralized [1] 8026/24
centralizers [10] 7956/5 7960/9 7960/16
7960/17 7960/22 7961/3 7961/13 7966/7
7970/13 7978/2
CEO [1] 8083/22
CERNICH [1] 7900/14
certain [7] 7944/11 7944/12 7976/1
7991/23 7992/4 8010/25 8048/7
certainly [4] 7944/25 7983/1 7983/8
8060/21
certainty [1] 7982/11
CERTIFICATE [1] 8095/7
certified [3] 7912/24 7913/1 8070/22
certify [1] 8095/10
chaff [1] 7921/23
chain [6] 8052/21 8077/5 8077/7
8086/19 8086/21 8086/25
chaired [1] 8058/3
chairs [1] 7920/21
CHAKERES [1] 7900/16
challenged [1] 7919/21
challenging [1] 7959/21
CHANG [1] 7900/15
change [14] 7932/13 7933/5 7959/20
7959/25 7960/4 7960/6 7972/18 8026/25
8045/7 8045/22 8084/15 8084/17 8091/9
8091/19
changed [3] 7941/4 8045/5 8045/24
changes [4] 7976/14 8003/5 8003/7
8079/18
changing [4] 7927/19 7933/5 7951/11
7951/12
channeling [1] 7960/24
chaos [2] 7976/7 7976/20
chapter [2] 7908/5 7940/15
chapters [1] 7989/12
characterization [1] 7963/7
characterize [1] 7977/6
characterized [1] 7952/6
charge [4] 8014/14 8086/1 8086/3
8087/23
charged [1] 8062/7
charging [3] 8087/25 8088/3 8088/9
Charles [1] 7927/19
chart [2] 7942/5 7944/21
chartered [4] 8016/9 8016/11 8016/18
8016/20
check [4] 7924/15 7927/4 7962/10
8035/6
checks [6] 8035/2 8035/3 8035/19
8035/23 8035/25 8036/8

Chevron [2] 8054/22 8055/6
Chicago [1] 7901/4
chief [6] 8014/5 8014/21 8020/5 8024/11
8024/22 8030/15
choke [1] 7924/9
chose [1] 8044/15
chosen [1] 7954/15
chronology [1] 7944/7
Cindi [1] 8064/12
circ [1] 7961/25
circulate [1] 8002/24
circulated [2] 8012/22 8063/2
circulating [2] 7962/1 8063/7
circulation [5] 7956/5 7961/25 7962/1
7962/3 7963/2
circumstances [1] 7921/19
cited [1] 7977/8
Civil [2] 7900/9 7900/19
claimed [2] 7970/5 8056/18
clarify [1] 7993/16
classic [1] 7920/1
classified [1] 8037/17
clear [24] 7905/22 7923/8 7929/15
7937/14 7938/3 7938/20 7939/3 7954/3
7982/15 8000/4 8004/20 8024/17 8037/3
8041/19 8042/12 8048/9 8060/22
8062/17 8066/1 8069/7 8075/23 8075/23
8084/18 8088/17
clearly [11] 7921/5 7972/4 7983/21
8026/7 8040/25 8046/25 8054/6 8061/14
8070/23 8077/17 8085/13
CLINGMAN [1] 7902/9
close [9] 7922/8 7932/13 7948/18
7965/12 7979/18 8034/9 8044/8 8056/13
8062/8
closed [7] 7928/12 7931/21 7955/24
8056/19 8056/23 8057/5 8089/10
closely [3] 8077/19 8087/25
closing [5] 7928/12 8049/21 8058/1
8058/12 8060/3
closure [3] 8057/6 8057/23 8058/6
coast [3] 7908/18 7909/20 7909/21
Cocales [3] 7947/11 7950/19 7950/24
cocreated [1] 8032/5
Coincidentally [1] 7987/11
cold [1] 7906/20
collaborative [5] 7943/14 7943/15
7943/15 7969/4 8012/12
college [4] 7907/7 7907/15 7907/22
8015/23
column [2] 8086/5 8092/6
combined [2] 7976/25
come [3] 7911/22 7912/3 7912/4
7922/20 7929/25 7933/16 7934/1
7937/16 7942/19 7944/5 7947/20
7947/24 7947/25 7968/1 7976/15
7981/16 7986/13 8015/8 8028/3 8047/4
8055/20 8055/20 8090/2
comes [3] 7935/22 8024/6 8089/13
comfortable [3] 7927/4 7931/7 7934/12
coming [5] 7923/13 7957/2 7980/15
7994/8 8081/22
command [1] 8012/12
comment [3] 7928/1 7993/13 7996/15
comments [1] 7919/20
commercial [2] 7901/3 8017/19
commissioning [1] 8015/5
committee [4] 7940/23 8058/2 8065/1
8065/4
common [1] 8046/24
communicate [13] 7983/7 8024/6 8024/7
8024/9 8032/2 8034/2 8034/3 8040/23
8042/6 8074/3 8074/4 8086/9 8089/25

communicated [7] 8038/5 8042/3 8052/3
8074/1 8074/2 8083/8 8091/1
communicating [7] 8028/20 8036/10
8036/20 8038/15 8044/13 8074/6
8089/14
communication [10] 8024/24 8033/2
8035/9 8039/11 8042/17 8042/25 8043/4
8044/7 8044/20 8044/20
communications [12] 8028/25 8029/1
8041/20 8042/1 8042/2 8042/10 8042/11
8042/14 8043/7 8076/1 8090/4 8090/5
communities [1] 8066/3
company [13] 7901/20 7901/23 7902/4
7907/25 7908/9 7908/15 7919/7 7932/19
7992/18 8019/14 8046/5 8046/7 8054/20
comparable [1] 8053/15
compare [1] 7958/12
Compared [1] 7954/7
comparing [1] 8048/18
comparison [2] 8002/3 8085/13
competitive [1] 8077/9
competitors [1] 8077/20
compiled [1] 7990/17
COMPLAINT [1] 7898/7
complete [3] 7905/21 7913/20 8048/10
completed [2] 8015/9 8046/16
completeness [2] 7921/7 7966/19
completing [2] 7957/7 8043/24
completion [1] 8068/20
completions [27] 7908/11 7974/10
7974/21 7975/2 7976/25 7977/4 7987/24
8030/15 8046/17 8046/19 8046/23
8047/5 8048/22 8049/4 8052/15 8053/11
8053/18 8053/24 8058/23 8059/24
8060/2 8060/18 8066/25 8067/22 8068/6
8069/19 8069/24
complex [3] 8025/20 8027/24 8053/6
compliance [5] 7971/21 7971/25 7972/19
8043/15 8044/1
compliant [1] 7973/7
complied [2] 7958/6 7973/4
complying [1] 7973/15
component [5] 7954/11 8023/4 8077/2
8077/5 8087/12
components [1] 7981/3
comprehensive [3] 8027/23 8045/13
8070/11
compress [1] 7932/18
compressibility [4] 7951/12 7951/16
7951/20 7952/7
compression [1] 7924/15
compressive [2] 7958/24 7961/10
compromise [1] 8089/19
compromised [1] 8078/1
computer [1] 7903/16
computer-aided [1] 7903/16
concern [3] 7927/17 7960/24 7985/1
concerned [2] 7945/9 7954/3
concerns [4] 8035/12 8035/15 8036/18
8037/6
conclude [1] 7944/20
concluded [7] 7937/17 7949/12 7978/19
7980/25 7981/4 7983/5 8006/19
conclusion [4] 7938/18 7939/23 7940/2
7940/5 7972/22 7975/1
conclusions [2] 7942/19 7986/13
condition [5] 7985/22 8089/12 8089/15
8089/16 8090/2
conduct [3] 7914/15 7968/12
conducted [6] 7911/23 7916/21 7990/19
7993/14 8000/20 8090/6
conducting [3] 7914/3 7968/14 8013/23
conferred [1] 8094/25

## C

Confidence [1] 7909/14
confident [1] 8045/14
confining [1] 7945/21
confirm [1] 7940/9
conformance [1] 7972/11
confusion [4] 7974/1 7977/7 7977/23 8002/13
connected [1] 7984/21
connection [2] 8008/14 8060/15
CONRAD [1] 7899/15
cons [1] 7954/8
conscious [1] 8076/1
consider [2] 7937/9 8004/8
consideration [1] 8090/15
considered [2] 7905/12 7954/17
consisted [1] 8030/12
consistent [6] 7936/15 8031/18 8052/16 8067/25 8076/23 8077/4
consistently [2] 8029/4 8029/5
constant [1] 7982/6
construction [4] 8015/4 8017/4 8017/11 8022/19
consultation [3] 8005/19 8005/21
consulted [1] 7991/22
contacted [1] 7929/11
contain [2] 7979/17 8011/14
contained [1] 8054/23
containment [1] 8066/21
content [1] 7944/24
contents [2] 8073/19 8073/20
context [13] 7921/8 7921/12 7921/13 7937/13 7938/7 7949/3 7978/10 7984/9 7984/13 7994/23 8004/19 8034/7 8036/15
contingency [1] 7972/10
continually [1] 8067/11
continue [9] 7931/14 7933/8 7957/9 7958/14 7976/23 8044/8 8044/16 8045/3 8082/25
continued [7] 7955/10 7980/21 7980/22 7980/22 7980/22 8020/13 8028/22
continues [1] 7953/25
continuing [1] 7930/21
Continuous [1] 8062/12
continuously [3] 8029/23 8044/9 8053/2
contract [2] 8054/13 8090/17
contractor [8] 8009/10 8047/13 8053/23 8054/2 8054/5 8055/5 8070/16 8073/1
contractor's [1] 8055/2
contractor-owned [2] 8070/16 8073/1
contractors [18] 8018/19 8035/19 8036/9 8036/20 8036/24 8037/1 8037/9 8039/17 8039/20 8039/22 8039/24 8054/3 8054/7 8070/18 8070/19 8077/8 8086/22 8091/11
contractors' [2] 8047/24 8066/2
contracts [4] 8087/14 8090/8 8090/18 8090/20
contrary [1] 7958/7 8047/9
contributed [4] 7940/16 7975/2 7977/8 7977/23
contributing [1] 7977/25
control [21] 7912/24 7913/1 7919/8 7982/20 8011/13 8012/12 8029/21 8047/1 8066/21 8066/23 8067/20 8068/21 8069/3 8069/6 8070/12 8071/19 8071/21 8072/19 8074/12 8074/23 8089/2
control-certified [2] 7912/24 7913/1
controlled [1] 8070/22
conversation [12] 7916/13 7924/23 7934/18 7935/11 7937/19 7984/21

8005/7 8005/12 8031/9 8040/13 8040/16 8069/22
conversations [2] 7971/25 8023/23
conveyed [2] 7960/23 7966/5
Cook [1] 7908/13
Cook Inlet [1] 7908/13
cooperating [1] 8053/16
coordinated [1] 7998/4
copies [1] 8072/6
copy [4] 7992/11 8003/2 8064/13 8068/18
COREY [1] 7901/8
corners [1] 7921/15
corporate [3] 7899/16 8019/6 8085/24
correct [207]
correctly [4] 7951/12 7951/13 7952/6 7952/7
Corser [20] 7942/9 7942/14 7942/22 7946/7 7947/1 7947/4 7947/6 7969/11 7971/17 7972/7 7975/14 8001/3 8001/6 8001/8 8001/10 8001/21 8001/24 8002/1 8003/1 8006/20
Corser's [3] 8001/14 8001/15 8001/18
cost [19] 8023/8 8027/3 8027/13 8044/22 8051/10 8069/4 8075/24 8076/15 8076/19 8076/20 8077/11 8077/15 8079/17 8083/13 8084/5 8084/12 8084/22 8089/2 8089/6
costs [27] 8029/8 8029/13 8029/17 8043/9 8051/23 8077/6 8077/6 8077/22 8078/6 8078/11 8083/10 8083/12 8084/2 8084/16 8084/25 8085/1 8085/6 8085/15 8086/20 8087/24 8088/1 8088/3 8088/5 8088/5 8089/1 8089/5 8091/11
could [68] 7906/11 7906/24 7913/5 7915/14 7916/6 7922/17 7925/7 7925/23 7925/24 7926/2 7928/2 7928/6 7931/15 7931/17 7934/7 7935/6 7935/10 7935/17 7936/7 7936/22 7936/22 7938/15 7944/13 7944/14 7952/8 7952/9 7954/4 7963/3 7963/4 7963/6 7972/15 7977/6 7980/11 7981/8 7982/13 7983/1 7983/2 7983/3 7986/3 7990/23 7992/23 7992/24 7993/3 7994/2 8001/1 8001/11 8001/15 8002/1 8010/17 8010/21 8021/13 8026/16 8027/1 8027/2 8032/22 8035/15 8039/11 8039/12 8045/13 8045/14 8053/10 8054/20 8054/21 8057/18 8063/4 8068/21 8076/24 8087/16
couldn't [2] 7946/13 7986/3
count [1] 7926/6
countries [2] 8015/14 8015/15
counts [13] 8075/4 8075/6 8075/10 8075/20 8083/8 8084/12 8086/11 8086/14 8088/14 8089/9 8089/20 8090/1 8090/23
Counts [1] 8052/22
couple [9] 7928/7 7934/22 7983/18 8013/9 8017/6 8024/14 8040/3 8053/1 8088/12
course [9] 7912/23 7913/9 8008/24 8009/15 8022/20 8029/8 8066/24 8069/9 8089/11
court [73] 7898/1 7903/10 7905/15 7906/12 7906/20 7906/23 7911/5 7911/24 7912/8 7914/13 7916/4 7916/5 7916/16 7917/10 7919/3 7919/16 7922/11 7922/12 7925/20 7929/15 7929/24 7930/18 7930/25 7934/7 7935/10 7935/17 7935/22 7936/3 7936/22 7940/7 7955/17 7994/5 7996/6 7999/13 8014/3 8014/6 8014/24 8015/13 8016/23 8016/25 8022/10 8025/15

8030/11 8034/21 8035/3 8038/8 8040/7 8041/11 8061/20 8061/25 8065/24 8066/6 8069/21 8073/8 8074/18 8075/12 8076/18 8080/3 8081/15 8082/13 8082/20 8085/8 8085/22 8087/19 8089/10 8090/24 8091/5 8094/6 8095/8 8095/9 8095/17
Court's [2] 7947/16 7994/1
courtroom [1] 7919/21
cover [9] 7913/8 7936/4 7946/5 7997/10 8025/4 8047/22 8049/5 8071/24 8073/21
covered [10] 7915/17 7972/19 7990/10 7997/10 8022/12 8051/15 8054/5 8079/16 8079/16 8079/17
covering [1] 7918/12
covers [4] 8024/19 8050/4 8050/5 8050/13
Covington [1] 7902/2
Cowie [13] 7917/17 7942/17 7944/9 7969/10 7975/12 7990/18 7998/1 7998/14 7999/14 8006/20 8007/25 8008/8 8008/23
create [5] 7936/19 8041/1 8041/4 8048/12 8048/14
created [9] 7941/10 7941/12 7974/1 8035/6 8038/17 8039/3 8057/3 8062/25 8075/14
creating [3] 8036/5 8039/8 8049/24
crew [9] 7931/9 7934/10 7935/12 7937/4 7937/11 7979/16 7981/12 8004/14 8070/23
Crews [1] 7927/4
crisis [1] 8021/11
critical [7] 7982/22 8025/20 8026/8 8043/24 8045/11 8071/1 8077/18
criticism [1] 8045/2
cross [11] 7921/10 7921/16 7940/20 7940/24 7943/9 7947/19 7988/18 7988/21 7997/6 7997/9 8050/22
cross-examination [8] 7921/16 7940/20 7940/24 7947/19 7988/18 7988/21 7997/6 7997/9
cross-examined [1] 7921/10
cross-GoM [1] 8050/22
crying [1] 8011/20
culture [7] 7962/7 7962/16 7962/22 8052/22 8076/17 8077/12 8078/1
cumulative [1] 8088/17
Cunningham [3] 7899/2 7899/3 7951/4
cured [1] 7993/2
curious [1] 7927/15
current [7] 7906/16 7912/4 7912/7 7913/3 8014/4 8014/19 8020/7
currently [4] 7906/13 8007/23 8014/20 8015/11
cut [2] 7953/13 7954/1
CV [3] 7898/7 7898/9 7905/11

## D

D-2020 [1] 7978/11
D-2671 [1] 7942/2
D-477.1 [1] 8093/17
D-4775.1 [1] 8092/2
D-4865.2 [2] 8078/17 8082/25
D-4869.1 [1] 8079/10
D-4901.1 [2] 8024/4 8024/23
D-4902.1 [1] 8042/23
D-4903.1 [1] 8061/9
D-4904.1 [1] 8065/21
D.C [4] 7900/17 7900/22 7901/6 7902/4
dad [1] 7907/2
dad's [1] 7907/25
daily [2] 7943/5 7943/6

Dallas [1] 7903/5
damage [1] 8068/23
dangerous [1] 7957/5
DANIEL [1] 7901/4
data [3] 7940/9 7940/11 8062/21
date [2] 7950/17 7973/23
dated [4] 8033/2 8064/12 8068/10 8072/3
Dauphin [1] 7899/3
Dave [1] 7942/10
Dave Wall [1] 7942/10
David [4] 7950/20 7950/25 7959/14 7976/13
Dawn [1] 7990/24
day [27] 7898/14 7911/19 7929/22 7930/2 7935/12 7944/7 7944/19 7955/25 7956/20 7976/18 8011/21 8012/8 8056/25 8057/8 8057/24 8063/23 8078/22 8078/25 8079/4 8079/21 8079/25 8080/1 8080/10 8080/25 8080/25 8082/12 8082/19
days [10] 7916/24 7975/21 7976/4 7976/13 7985/13 8000/10 8030/7 8037/17 8049/13 8057/11
dealing [1] 7981/6
DEANNA [1] 7900/15
debate [2] 7955/10 7959/21
December [4] 7973/9 8048/6 8053/12 8065/1
December 2009 [1] 7973/9
December 4 [1] 8065/1
decide [2] 7968/7 8012/9
decided [8] 7959/24 7960/16 7960/21 7967/9 8033/23 8046/14 8047/3 8087/4
deciding [1] 8046/1
decision [21] 7950/3 7950/8 7955/23 7956/4 7959/8 7959/22 7960/3 7961/9 7963/10 7965/21 7965/22 7965/23 7969/4 7969/5 7970/12 7972/9 7973/4 7974/15 7974/16 7977/14 7987/25
decision-making [4] 7950/3 7974/15 7974/16 7987/25
decisions [7] 7961/19 7973/15 7978/1 8012/4 8012/9 8090/9 8090/25
decline [1] 8082/22
decrease [6] 8084/22 8084/24 8085/5 8085/21 8085/23 8086/23
decreases [1] 8083/13
decreasing [2] 8078/6 8087/13
dedicated [2] 8021/18 8021/22
deemed [1] 7977/16
deep [1] 7956/9
deeply [3] 7975/7 8037/19 8059/11
deepwater [24] 7898/4 7902/6 7902/7 7902/9 7902/10 7902/13 7902/13 7902/17 7902/17 7902/20 7902/21 7909/12 7909/17 7909/24 7941/25 7980/6 7982/5 8008/15 8009/18 8054/18 8055/7 8055/9 8074/13 8082/8
Deepwater Horizon [10] 7941/25 7980/6 7982/5 8008/15 8009/18 8054/18 8055/7 8055/9 8074/13 8082/8
define [1] 8032/8
definition [1] 8023/2
definitive [1] 7959/22
Deflation [1] 8086/15
deGravelles [2] 7899/21 7899/22
degree [6] 8015/24 8015/25 8016/1 8016/5 8016/6 8016/12
degrees [2] 7907/22 8015/23
DELEMARRE [1] 7900/20

deliberate [1] 8044/15
deliberately [1] 8054/9
deliver [9] 8015/5 8025/22 8026/16 8027/10 8027/12 8028/23 8043/15 8044/11 8093/2
delivering [3] 8022/24 8027/8 8044/25
delivery [2] 8026/14 8091/13
demand [2] 8052/21 8076/16
demonstrative [1] 8078/19
Department [4] 7900/8 7900/12 7900/18 7901/2
depend [1] 7980/7
depiction [1] 7942/4
deposed [1] 7994/9
deposition [6] 7904/9 7945/8 7994/17 8013/7 8091/7 8091/24
depth [2] 7924/9 7979/7
describe [22] 7908/6 7910/15 7911/16 7912/8 7913/21 7914/14 7916/4 7917/9 7917/22 7920/19 8014/24 8016/22 8022/10 8034/21 8039/12 8048/14 8054/1 8061/10 8061/19 8069/21 8073/8 8086/8
described [1] 7946/21
describes [1] 8070/10
describing [2] 7927/22 8038/7
description [6] 8068/15 8068/18 8069/11 8070/2 8070/4 8070/4
design [9] 7960/25 7961/14 7961/14 8015/4 8017/3 8017/11 8022/19 8047/22 8054/5
designated [1] 7954/24
despite [3] 7945/16 7965/24 8056/1
detail [9] 7914/24 7917/9 7952/12 7974/7 7989/14 8025/16 8053/17 8091/7 8091/25
detailed [1] 7968/2
details [1] 7968/7
detect [1] 7982/24
detected [1] 7979/23
deteriorating [1] 8033/22
determine [1] 7987/4
develop [4] 7942/18 8015/3 8022/18 8035/15
developed [1] 8065/11
developing [2] 8017/9 8062/7
development [3] 8018/16 8035/25 8080/13
developments [3] 7908/19 8020/6 8022/13
Dewey [2] 7927/18 7995/6
Dexter [1] 7901/9
dialogue [1] 8057/20
Diamond [1] 7912/18
did [247]
didn't [48] 7918/5 7924/20 7937/10 7937/12 7937/16 7939/18 7947/20 7947/24 7948/24 7958/7 7958/18 7960/4 7960/5 7966/11 7966/16 7966/17 7967/4 7967/5 7967/5 7967/7 7969/3 7973/4 7975/6 7975/7 7977/7 7977/22 7986/10 7986/15 7996/15 7997/15 8004/6 8004/6 8004/9 8004/10 8004/13 8004/16 8004/18 8004/21 8004/25 8005/22 8009/16 8023/18 8037/18 8041/1 8048/23 8076/2 8091/9
difference [6] 7905/7 8080/1 8085/2 8085/14 8086/2 8086/7
different [20] 7905/9 7912/24 7915/10 7921/1 7921/4 7922/4 7923/3 7941/13 7948/6 7956/19 7956/20 7994/13 8002/12 8008/11 8010/18 8015/13 8037/2 8055/15 8075/1 8094/5

differently [4] 7932/19 7955/17 7955/21 7959/8
difficult [3] 7916/12 7916/13 7974/16
diligent [1] 8088/2
dining [1] 7917/11
direct [18] 7904/12 7906/9 7916/15 7942/24 7947/21 7947/24 7975/13 7985/9 7989/15 8025/22 8013/23 8014/1 8033/8 8033/9 8039/6 8039/7 8057/12 8090/18
directed [1] 7922/15
direction [3] 7947/16 8023/4 8031/25
directly [6] 7973/12 7978/13 8030/13 8034/3 8035/6 8035/10
director [1] 7950/25
directorate [4] 8091/6 8091/15 8091/16 8092/9
directorates [1] 8094/2
directors [1] 8091/1
disagree [6] 8041/15 8056/20 8056/22 8056/24 8074/20 8074/21
disagreed [1] 7944/11
disagreement [2] 7944/15 7945/2
disappears [1] 8091/17
disaster [2] 7975/3 7987/1
disciplined [1] 8089/2
disclosed [1] 7989/6
discounts [3] 8087/7 8087/11 8087/17
discoveries [2] 8015/2 8022/17
discuss [14] 7926/4 7934/1 7934/8 7955/24 7956/24 7970/14 7978/18 8031/16 8057/25 8075/4
discussed [13] 7931/4 7931/25 7932/2 7934/5 7934/11 7946/15 7963/14 7969/2 7970/1 7970/17 8006/18 8008/10 8030/18
discusses [1] 7952/22
discussing [7] 7924/24 7947/8 7951/2 7956/1 7970/12 8072/9 8072/20
discussion [32] 7931/20 7932/15 7934/14 7936/1 7936/15 7940/8 7940/9 7940/15 7944/10 7949/4 7954/11 7955/3 7956/14 7957/4 7957/12 7958/5 7958/12 7966/19 7966/24 7967/3 7967/13 7984/8 7984/9 7984/12 7986/25 7987/12 8025/4 8031/19 8039/24 8058/18 8072/18 8072/21
discussions [5] 7943/5 7943/9 7943/25 7958/13 8012/5
disguised [1] 7995/23
dismissed [1] 7927/16
displace [4] 7964/10 7964/15 7964/16 7965/11
displaced [3] 7924/9 7924/10 7964/14
displacement [3] 7926/5 7926/5 7965/3
displacing [1] 7927/14
disrupt [1] 7921/24
dissent [1] 7944/16
distracted [3] 8005/6 8029/19
distraction [1] 8005/8
distraught [1] 7919/14
distribute [1] 8071/21
distributed [1] 8072/7
DISTRICT [5] 7898/1 7898/2 7898/15 8095/9 8095/9
divert [6] 7979/19 7980/5 7980/8 7980/21 7982/21 7983/1
diverted [1] 7980/18
diverter [18] 7979/16 7979/18 7980/1 7980/4 7980/10 7980/13 7980/14 7980/15 7980/20 7981/16 7981/22 7982/5 7982/9 7982/13 7982/16 7982/20

**D**

diverter... [2]  7982/22 7982/25
diverting [1]  7928/11
Division [2]  7900/9 7900/19
divisional [1]  7943/9
do [185]  7906/14 7909/15 7909/18
7910/21 7911/2 7912/1 7912/14 7913/20
7915/18 7916/12 7918/6 7919/24 7920/5
7920/8 7920/8 7921/11 7923/8 7923/21
7923/25 7924/3 7925/14 7925/14
7925/18 7929/5 7932/19 7935/9 7935/20
7938/20 7939/20 7941/4 7941/8 7941/15
7944/15 7948/15 7948/21 7949/16
7949/17 7949/25 7950/1 7954/19
7954/19 7955/20 7955/24 7956/20
7957/1 7958/3 7959/17 7960/5 7961/20
7962/7 7962/8 7962/10 7962/16 7964/1
7964/10 7964/15 7964/16 7965/9
7965/11 7965/12 7965/19 7965/22
7966/2 7966/10 7967/16 7967/19
7967/20 7968/7 7969/25 7970/3 7971/7
7971/22 7973/10 7975/14 7975/17
7975/22 7976/18 7979/2 7979/3 7979/5
7980/3 7980/12 7980/16 7981/24 7982/1
7982/8 7982/15 7983/4 7985/20 7990/10
7991/7 7991/22 7992/1 7993/3 7993/5
7994/4 7994/11 7995/14 7996/3 7996/4
7996/5 7996/7 7997/1 7997/11 7997/25
8000/3 8001/10 8001/14 8003/2 8003/9
8003/10 8003/14 8003/15 8007/20
8007/21 8007/22 8010/23 8012/1
8012/10 8013/1 8015/4 8015/11 8015/23
8016/8 8017/13 8017/17 8018/2 8018/12
8019/5 8020/4 8020/25 8021/10 8026/12
8026/15 8028/11 8028/16 8029/15
8032/24 8035/9 8035/22 8036/2 8037/1
8037/19 8039/10 8041/1 8041/14 8046/1
8048/24 8049/3 8052/2 8052/18 8052/19
8054/15 8054/25 8055/7 8056/4 8058/23
8059/5 8059/6 8059/21 8059/22 8064/2
8065/3 8066/9 8068/9 8070/7 8070/8
8072/22 8074/21 8076/24 8076/25
8081/6 8081/7 8082/7 8082/8 8082/23
8083/7 8085/6 8085/7 8085/18 8086/6
8089/15 8092/10 8094/7 8095/10
Docket [3]  7898/4 7898/7 7898/9
document [21]  7973/15 7988/25 7990/17
7991/2 7992/21 7993/9 7998/22 8002/10
8008/21 8008/23 8009/3 8011/1 8011/5
8032/25 8037/14 8050/2 8051/24
8060/23 8062/3 8069/8 8073/10
documents [2]  8041/21 8054/14
does [53]  7912/12 7912/13 7917/4
7918/11 7922/3 7930/7 7930/9 7933/21
7935/3 7935/5 7942/4 7946/12 7948/22
7955/14 7955/18 7962/16 7963/25
7965/21 7968/2 7969/22 7978/15 7986/6
7999/19 7999/25 8001/16 8005/15
8015/16 8015/17 8016/11 8024/17
8050/17 8050/19 8051/20 8052/5
8058/21 8058/24 8060/19 8063/14
8067/7 8073/14 8074/11 8074/15 8081/3
8081/5 8081/6 8081/6 8083/4 8085/1
8085/3 8088/13 8093/8 8093/20 8094/20
doesn't [8]  7947/18 7948/20 7965/22
7966/3 7968/16 7987/13 7987/14 8008/1
doing [13]  7907/15 7907/22 7923/20
7938/6 7952/8 7964/3 7995/19 8028/19
8037/2 8041/2 8043/12 8053/4 8070/13
dollar [29]  8052/22 8075/4 8075/6
8075/9 8075/9 8075/20 8075/21 8076/17
8076/18 8077/12 8078/1 8078/3 8083/8

---

8083/8 8084/12 8084/17 8085/5 8085/8
8085/9 8085/11 8085/13 8086/14
8086/23 8087/18 8088/14 8089/8
8089/20 8090/1 8090/23
dollars [3]  8080/15 8080/22 8081/12
Domengeaux [1]  7898/18
DON [22]  7901/19 7918/20 7927/4
7932/13 7932/14 7932/17 7934/12
7936/24 7937/2 7937/6 7937/8 7937/10
7937/14 7937/15 7937/17 7984/25
7998/11 8003/12 8004/7 8004/13
8004/20 8006/2
Don Vidrine [4]  7936/24 7984/25
7998/11 8006/2
don't [69]  7905/19 7908/5 7908/24
7909/4 7920/2 7920/25 7921/13 7923/4
7923/15 7928/14 7951/21 7952/6 7952/8
7952/11 7952/11 7957/11 7957/22
7958/4 7958/8 7958/11 7962/20 7966/4
7967/3 7968/18 7970/2 7970/2 7970/8
7970/9 7970/10 7970/15 7971/9 7973/21
7977/6 7980/8 7980/10 7984/7 7984/23
7988/6 7988/9 7988/10 7988/11 7989/2
7989/24 7990/1 7991/8 7991/12 7991/21
7991/23 7992/4 7992/5 7992/16 7998/16
7999/9 8000/2 8001/1 8001/11 8003/4
8003/7 8005/14 8006/24 8007/7 8008/10
8009/3 8009/4 8010/13 8066/5 8088/12
8094/19 8095/2
DONALD [2]  7903/3 7916/22
done [19]  7932/21 7939/19 7946/20
7949/6 7955/22 7959/20 7960/2 7964/21
7965/3 7966/16 7967/20 7987/17
8048/20 8053/18 8054/7 8056/10
8057/10 8061/15 8075/22
Donnie [5]  7925/7 7925/24 7928/2
7931/15 7932/10
Dorado [1]  8081/20
Doris [1]  8064/14
Doris Reiter [1]  8064/14
double [2]  7993/19 7994/15
doubt [2]  8034/4 8035/10
DOUGLAS [1]  7901/16
down [78]  7906/20 7906/21 7910/19
7912/3 7912/4 7915/1 7915/3 7915/4
7915/5 7915/10 7915/14 7915/15
7915/22 7916/10 7918/9 7920/20 7924/5
7924/23 7925/11 7926/14 7927/21
7928/15 7929/20 7930/13 7931/10
7931/20 7932/13 7932/21 7932/23
7933/10 7935/8 7935/14 7937/3 7945/7
7949/11 7952/23 7953/9 7954/1 7954/4
7954/7 7955/9 7958/21 7958/22 7959/4
7959/6 7959/7 7959/11 7960/8 7960/20
7961/8 7961/23 7961/24 7964/4 7965/1
7966/18 7967/23 7973/2 7974/8 7975/7
8004/10 8004/13 8004/16 8004/18
8004/21 8005/4 8005/5 8010/13 8010/14
8010/16 8010/20 8011/24 8026/13
8038/3 8052/14 8073/6 8083/12 8084/16
8090/13
downhole [1]  7949/23
download [2]  7929/14 7929/16
DOYEN [1]  7902/12
Doyle [4]  7903/10 8095/8 8095/16
8095/16
Dr. [8]  8041/12 8045/2 8056/15 8060/15
8078/20 8079/21 8081/4 8083/11
Dr. Bea [6]  8041/12 8056/15 8060/15
8079/21 8081/4 8083/11
Dr. Bea's [2]  8045/2 8078/20
draft [7]  7944/20 7964/3 7964/5 7964/14
7967/18 7975/24 8002/24

---

drafts [2]  7944/18 8003/9
drawing [2]  7925/19 7925/20
Drescher [1]  7899/8
drew [1]  7952/17
drill [36]  7914/24 7924/10 7924/11
7924/12 7924/22 7931/10 7931/23
7931/24 7932/18 7933/3 7933/5 7935/13
7937/5 7937/7 7957/9 7964/22 7975/7
7983/22 7983/25 7984/2 7984/3 7984/14
7984/17 7984/21 7985/7 7985/9 7986/8
7997/17 7999/22 8003/12 8003/21
8006/3 8007/3 8022/16 8080/16 8093/3
drilled [5]  7909/25 7945/7 7953/21
7958/23 7961/9
Driller [1]  7933/4
drilling [79]  7902/6 7902/9 7902/13
7902/17 7902/20 7908/11 7908/21
7909/8 7909/22 7909/24 7941/20 7947/9
7950/7 7950/23 7952/3 7952/18 7953/6
7953/7 7953/9 7953/10 7953/11 7954/20
7957/13 7962/13 7962/14 7965/25
7967/18 7974/8 7974/9 7974/21 7975/1
7976/24 7977/4 7985/15 7987/24 8009/9
8015/8 8018/25 8018/25 8019/2 8020/2
8020/22 8022/16 8030/14 8031/5
8033/12 8046/17 8046/19 8046/22
8046/25 8047/4 8047/5 8047/15 8047/19
8048/2 8048/22 8048/24 8049/3 8049/5
8052/15 8053/11 8053/18 8053/24
8054/7 8054/19 8055/1 8058/23 8059/24
8060/2 8060/18 8063/11 8066/25
8067/22 8068/6 8068/20 8069/18
8069/23 8074/19 8093/10
drip [1]  7937/16
drive [5]  7899/16 8013/3 8052/16
8062/22 8075/18
driven [1]  8027/1
driving [1]  7976/20
drop [1]  7951/22
dropped [1]  7952/4
drove [1]  7929/6
due [2]  7953/14 7953/15
DUKE [1]  7899/15
duly [2]  7906/4 8013/17
dumping [3]  7926/12 7926/15 7981/8
during [36]  7907/14 7907/15 7909/12
7912/23 7913/9 7918/7 7918/15 7922/23
7925/11 7928/20 7933/25 7934/25
7935/8 7935/14 7937/13 7938/7 7957/21
7984/12 7984/16 7984/17 7992/19
7993/17 7994/22 7999/8 8000/24
8004/19 8007/16 8008/24 8009/15
8014/18 8017/7 8040/5 8045/22 8047/12
8048/1 8068/19
duties [2]  7912/8 7940/25
duty [1]  7985/15
DWOP [12]  7971/22 7972/1 7972/11
7972/16 7972/19 7973/5 7973/7 7973/8
7973/14 8046/23 8047/20 8070/12
dysfunction [2]  7977/1 7977/4

**E**

e-mail [11]  7975/12 7975/15 7975/17
7975/22 7975/23 7975/24 7976/24
7977/10 7977/15 8033/7 8064/12
each [11]  7942/13 7968/7 8026/11
8028/3 8033/25 8034/5 8036/6 8039/1
8057/5 8062/14 8084/3
earlier [5]  7929/22 8002/10 8025/24
8053/11 8076/9
early [11]  7911/15 7919/24 7934/24
7952/20 7980/7 8021/17 8021/25 8042/7

**E**

early... [3] 8064/5 8075/8 8075/14
East [1] 7909/20
EASTERN [2] 7898/2 8095/9
ECDs [3] 7951/12 7951/22 7952/4
economic [1] 7954/11
Economically [1] 7954/8
economies [1] 8087/2
editor [1] 7971/5
editors [1] 7971/6
EDS [4] 7983/4 7983/5 7983/9 7983/11
EDS'ed [1] 7983/2
education [1] 7908/2
educational [1] 8015/20
Edwards [1] 7898/19
effect [3] 7932/17 7933/4 8002/2
effective [3] 8055/3 8055/23 8093/25
effectively [4] 8027/2 8042/6 8067/12
8072/15
effectiveness [1] 8091/12
efficiency [2] 8075/18 8089/5
efficient [7] 8052/1 8052/8 8052/17
8055/3 8055/23 8077/2 8089/18
efficiently [4] 8027/5 8045/14 8053/10
8088/17
effort [5] 7943/14 8012/12 8021/22
8021/23 8032/22
efforts [2] 8021/14
eight [12] 7909/6 7912/16 7918/2
7977/23 7977/23 8017/2 8017/7 8017/13
8021/19 8022/22 8050/20 8055/12
eight-year [2] 8017/7 8017/13
either [10] 7905/20 7906/19 7933/18
7974/22 7997/15 7998/14 7999/14
8004/16 8004/21 8005/7
element [2] 7932/18 7950/2
elements [1] 8023/7
elicit [2] 7919/2 7921/14
eliminate [7] 7962/12 8090/25 8091/5
8091/14 8091/15 8091/18 8094/1
eliminated [2] 8092/12 8093/14
eliminating [1] 8092/20
elimination [1] 8091/23
eliminations [1] 8091/10
ELIZABETH [1] 7901/5
Ellis [1] 7901/21
Elm [1] 7903/5
else [10] 7983/2 7991/7 7993/14
7994/19 7999/7 7999/9 8010/17 8090/13
8094/20 8094/23
ELT [3] 8039/2 8039/4 8039/5
embedded [3] 8091/20 8093/22 8093/25
embedding [1] 8092/20
emergency [1] 7983/6
Emilsen [2] 7905/8 7978/25
emotional [2] 7918/19 8011/20
emphasis [1] 8037/7
emphasized [1] 8041/12
employed [1] 7992/12
employee [6] 7915/21 7915/22 7919/7
8042/3 8042/19 8044/14
employees [1] 8036/9
employment [1] 8015/21
empty [1] 7920/21
enabler [2] 8025/24 8051/11
enablers [1] 8026/9
encapsulate [1] 8037/7
encapsulated [1] 8069/10
end [23] 7907/1 7907/5 7917/23 7918/12
7921/22 7924/5 7940/9 7940/11 7944/19
7945/21 7956/20 7965/16 7968/15
7976/15 7976/21 7992/25 8016/15

8024/12 8034/9 8043/16 8062/4 8064/24
8085/6
endeavor [1] 8046/14
endeavored [1] 7915/15
ended [4] 7928/23 7937/21 7960/5
8044/19
ending [1] 8014/15
ends [1] 7971/25
Energy [2] 7903/2 7903/7
Enforcement [2] 7900/13
engage [6] 7916/13 8034/7 8035/7
8036/14 8036/19 8040/12
engaged [2] 7911/11 7987/25 8012/5
8036/9 8037/5 8037/9 8057/13
engagement [2] 8040/5
engaging [1] 8036/5
engineer [17] 7908/21 7926/9 7926/9
7927/18 7927/19 7950/7 7950/24
7950/24 7952/18 7966/25 7967/18
7985/15 8016/9 8016/10 8016/11
8016/18 8016/20
engineer's [1] 7965/25
engineering [39] 7907/10 7907/12
7908/10 7908/18 7909/8 7942/8 7943/11
7947/4 7954/20 7972/11 7974/3 7974/13
7974/17 7974/22 7975/13 7976/19
8015/4 8015/24 8016/1 8017/3 8019/7
8019/9 8019/11 8019/14 8019/16
8046/23 8047/20 8047/23 8054/5
8059/20 8059/23 8073/4 8073/9 8073/12
8073/18 8073/21 8074/1 8074/5 8074/7
engineers [8] 7914/2 7941/20 7947/6
7947/9 7950/23 8047/15 8048/2
enough [4] 7966/22 7973/14 7983/11
7984/25
ensure [6] 7956/21 7959/22 8009/9
8038/11 8045/9 8066/13
ensuring [2] 8088/3 8088/5
entail [2] 8018/25 8024/18
entailed [2] 8016/23 8022/11
entails [1] 8014/25
enter [1] 7951/16
entire [9] 7983/11 7983/14 7988/9
8011/18 8034/13 8042/2 8042/18
8044/14 8055/16
entitled [3] 7923/6 8068/5 8095/13
entries [1] 7944/8
entry [1] 7980/7
environment [5] 7900/13 7911/17
8028/15 8040/17 8066/4
environmental [3] 7900/13 8068/22
8069/9
environments [1] 8039/16
equally [4] 8034/6 8039/22 8041/9
8041/19
equals [3] 7926/8 7942/8 8029/12
equipment [13] 7958/23 7961/9 7980/1
7981/6 7981/12 7981/15 7981/21
7981/25 7982/6 7982/16 7988/16
8043/24 8071/1
equivalent [2] 7910/10 8078/22
error [1] 7949/12
errors [1] 7949/20
Erwin [1] 8061/3
escape [1] 7983/6
especially [1] 8040/10
ESQ [49] 7898/19 7898/23 7899/3
7899/6 7899/9 7899/12 7899/15 7899/18
7899/22 7900/3 7900/6 7900/9 7900/14
7900/14 7900/15 7900/15 7900/16
7900/19 7900/20 7900/20 7900/21
7900/21 7901/4 7901/4 7901/5 7901/8
7901/8 7901/9 7901/12 7901/15 7901/16

7901/19 7901/22 7901/22 7901/23
7901/23 7902/6 7902/9 7902/9 7902/12
7902/13 7902/13 7902/16 7902/20
7903/3 7903/3 7903/4 7903/4 7903/7
essentially [7] 7953/16 8023/3 8040/10
8051/24 8080/20 8086/20 8092/25
essentials [1] 8048/19
establish [1] 7999/12
established [1] 8030/3
et [3] 7898/8 7898/11 7965/18
et al [1] 7965/18
etc [1] 8031/7
ETP [1] 7973/8
ETPs [3] 7972/11 8073/13 8077/4
Europe [1] 8018/5
evaluation [1] 7963/8
even [8] 7945/7 7945/7 7970/9 7980/13
7982/9 7985/23 8038/2 8055/13
evening [4] 7910/22 8094/9 8094/24
8095/4
event [2] 7918/18 7950/18
events [1] 7918/12
eventually [1] 7990/17
ever [12] 7914/8 7915/20 7944/10
7960/2 7970/7 7970/11 7970/13 8008/8
8008/23 8037/6 8048/1 8094/1
every [37] 7908/5 7928/16 7932/19
7944/25 7976/18 8012/8 8030/21 8031/4
8031/21 8031/22 8033/25 8034/5
8052/11 8058/3 8063/23 8065/7 8075/4
8075/6 8075/9 8075/9 8075/20 8075/20
8076/17 8076/18 8077/12 8078/1 8078/3
8083/8 8083/8 8084/11 8086/10 8086/14
8088/14 8089/8 8089/20 8090/1 8090/22
everybody [7] 7943/20 7944/21 7951/17
7976/18 8028/17 8090/12 8094/20
everyone [5] 7905/3 7973/6 8040/14
8043/11 8094/23
everything [11] 7915/1 7915/3 7916/10
7930/13 8022/13 8022/14 8028/18
8043/7 8044/21 8054/5 8075/24
evidence [5] 7939/6 7985/20 7986/12
8005/16 8005/17
evidenced [1] 8060/16
evoke [1] 7919/15
exact [4] 7905/12 7930/14 7979/7
8057/4
exactly [11] 7928/18 7940/25 7962/19
7962/21 7962/22 7981/11 7984/24
8010/21 8034/5 8052/7 8090/8
examination [20] 7904/12 7906/9
7918/23 7920/22 7921/16 7940/20
7940/24 7947/19 7947/21 7954/23
7988/18 7988/21 7989/15 7997/6 7997/9
8010/7 8010/9 8013/9 8013/23 8014/1
examined [1] 7921/10
examining [1] 7919/4
example [5] 7921/10 8030/16 8043/22
8054/18 8077/22
examples [5] 8017/6 8034/21 8039/19
8050/5 8077/14
exceeding [1] 7950/11
excellence [1] 8067/15
except [2] 7966/22 7979/25
exchanged [1] 7943/18
exclusive [1] 8040/10
excuse [2] 7951/1 7975/19
execute [3] 8045/14 8053/10 8071/4
executing [1] 8077/3
execution [7] 7914/2 8047/24 8052/15
8054/6 8077/3 8089/5 8093/10
executive [3] 8021/5 8024/11 8024/22
exhibit [6] 7925/2 7939/4 7993/2 7994/14

E

exhibit... [2]  8002/12 8050/7
Exhibit 866 [1]  8050/7
exhibits [2]  8013/9 8013/11
existed [1]  7958/6
existing [3]  7966/12 8048/17 8082/2
expanding [1]  7979/11
expect [1]  8038/14
expectation [2]  8049/20 8070/24
expectations [2]  8008/22 8066/8
expected [1]  8049/20
Expects [1]  7926/11
expenditure [2]  8085/9 8086/24
expense [2]  8075/22 8085/10
experience [6]  7907/16 7908/15 7954/20
 8016/13 8016/23 8047/10
expert [11]  7954/23 7988/24 7988/25
 7989/3 7989/3 7989/4 7989/9 8041/11
 8053/7 8078/20 8094/17
expertise [1]  8053/8
explain [13]  7923/2 7923/6 7935/22
 7955/17 7967/12 8010/11 8029/15
 8049/10 8076/18 8077/14 8082/20
 8088/13 8091/5
explained [2]  8091/7 8091/22
explanations [1]  8081/15
exploration [19]  7898/10 7901/18
 7901/21 7902/2 7908/12 7908/18
 7909/14 7909/19 7909/21 7909/23
 7912/12 7963/22 7963/23 8015/2
 8020/22 8022/13 8024/19 8030/15
 8046/17
explored [1]  7974/5
explosion [4]  7928/17 7945/11 7945/22
 8068/22
extended [5]  8032/25 8033/10 8034/3
 8037/23 8038/5
extensively [1]  8040/9
extent [7]  7911/21 7923/11 7967/15
 8047/8 8049/2 8063/13 8093/13
external [3]  8048/12 8049/11 8049/15
extra [1]  7961/4
Ezell [4]  7927/17 7931/23 7932/15
 7932/15

F

faced [2]  8063/23 8064/4
facilitator [9]  7914/17 7914/19 7917/16
 7946/23 7946/24 7992/9 7993/7 8049/11
 8049/15
facilities [18]  8015/6 8017/4 8017/8
 8017/9 8022/21 8022/22 8030/25
 8033/12 8035/8 8036/6 8046/21 8047/4
 8048/24 8050/21 8070/15 8073/1 8073/1
 8082/2
facility [6]  8035/17 8036/7 8080/7
 8080/17 8080/18 8081/21
facing [2]  7933/1 8072/16
fact [22]  7905/9 7913/15 7918/6 7944/11
 7945/24 7970/16 7976/4 7978/18 7995/5
 8005/15 8006/25 8011/11 8011/13
 8011/16 8046/7 8049/16 8056/1 8067/21
 8071/15 8075/8 8091/5 8091/15
fact-gathering [1]  7913/15
factors [2]  7977/8 8011/8
facts [10]  7911/20 7942/19 7943/6
 7943/16 7943/17 7943/19 7943/23
 7944/1 7944/12 7944/17
factual [2]  7989/15 7989/16
factually [1]  8091/14
fail [3]  7981/3 7981/13 7982/10
failed [10]  7928/23 7933/14 7934/20

7937/21 7980/25 7981/7 7982/12
 8000/22 8001/14 8002/9
fair [7]  7923/1 7945/11 7961/18 8029/9
 8067/2 8084/20 8088/9
fall [1]  7944/12
familiar [13]  7944/25 7962/23 7972/14
 7973/14 7978/14 7978/15 8060/8 8073/3
 8075/5 8075/12 8078/12 8079/7 8083/14
familiarize [2]  8023/17 8064/3
familiarized [1]  8064/5
Fannin [1]  7902/10
far [8]  7926/7 7957/23 7958/7 7960/9
 7977/13 7989/9 8000/14 8092/5
fashion [1]  7986/7
fast [1]  7931/1
fatalities [1]  8068/23
fault [1]  8059/12
FCRR [3]  7903/10 8095/8 8095/16
February [3]  7973/9 8033/2 8038/6
February 2 [1]  8033/2
February 2010 [1]  7973/9
Federal [1]  7900/10
feedback [1]  8036/4
feeling [1]  7933/7
feet [5]  7909/25 7931/3 7963/17 7979/4
 7979/4
fellow [1]  7951/4
felt [5]  7934/12 7973/25 8036/12
 8043/20 8047/2
Fereidoun [1]  7942/11
Fereidoun Abbassian [1]  7942/11
few [9]  7911/19 7924/16 7953/9 8024/16
 8026/20 8026/23 8027/17 8064/5
 8090/20
field [3]  7908/8 8011/1 8081/18
fields [5]  8018/16 8080/4 8081/14
 8081/20 8081/22
Fifth [3]  7918/25 7919/8 7920/9
figure [4]  7980/14 7984/24 7993/12
 8015/3
figured [1]  7922/20
figures [2]  8079/2 8079/3
figuring [1]  8022/18
fill [2]  7931/21 7931/22
final [3]  7944/18 7944/20 7975/24
finalized [3]  7973/9 8002/25 8003/6
finally [3]  7944/19 7945/3 7976/15
finance [1]  7922/24
financial [1]  8030/15
find [7]  7914/5 8009/16 8009/22 8021/4
 8025/3 8033/20 8049/20
finding [1]  8006/17
findings [6]  7943/6 7977/23 7977/24
 8031/23 8056/11 8059/16
fine [2]  7905/24 7976/11
finger [1]  8030/6
finish [4]  7911/24 7917/24 7928/14
 7933/2
finished [1]  7973/9
fire [1]  8068/22
Firm [2]  7899/18 7900/5
first [88]  7905/13 7907/20 7911/19
 7916/18 7916/21 7916/23 7917/5
 7919/11 7924/1 7928/7 7933/22 7934/14
 7937/14 7937/23 7938/15 7944/22
 7946/15 7952/20 7964/5 7964/18
 7964/21 7965/3 7966/1 7966/20 7971/3
 7985/6 7987/14 7997/22 7999/19
 8004/20 8014/3 8015/23 8017/2 8023/15
 8025/19 8028/4 8028/11 8028/22 8030/3
 8030/20 8031/18 8031/21 8032/12
 8032/14 8032/17 8035/1 8036/25
 8038/17 8039/4 8041/18 8042/17 8046/4

8046/5 8046/7 8046/9 8046/9 8046/11
 8046/18 8048/9 8048/10 8051/1 8052/1
 8052/8 8056/14 8058/21 8060/3 8060/25
 8061/23 8064/25 8073/8 8075/5 8075/12
 8076/5 8076/22 8078/8 8079/12 8079/24
 8080/3 8080/6 8081/23 8083/14 8085/4
 8086/17 8089/4 8089/13 8090/3 8090/25
 8094/12
firstly [2]  8016/12 8045/24
fit [1]  7941/8
five [10]  7910/5 7944/7 7949/11 8016/14
 8017/18 8024/2 8025/13 8025/16
 8080/22 8081/12
five-day [1]  7944/7
five-year [2]  8017/18 8080/22
Fixed [1]  7949/13
fleet [1]  8055/16
fleet-wide [1]  8055/16
flew [1]  7929/7
float [2]  7958/23 7961/9
floor [10]  7899/13 7902/14 7928/15
 7931/9 7932/14 7933/7 7987/15 7991/20
 7994/22 7995/6
flow [10]  7918/5 7932/3 7932/25 7934/10
 7974/15 7982/6 7982/14 7987/10
 7987/13 8068/19
flow.' [1]  7932/4
flowed [1]  8011/12
flowing [1]  7926/7
FLOYD [2]  7903/4 7948/3
fluid [2]  7932/16 7932/20
fluids [1]  7980/5
fly [2]  7990/23 7993/3
fly-out [2]  7990/23 7993/3
flying [2]  7976/7 7976/16
focus [23]  7922/12 7945/6 7955/11
 7989/18 7989/22 8023/22 8026/21
 8027/11 8028/4 8037/7 8040/12 8041/24
 8044/8 8044/16 8045/3 8046/15 8047/3
 8057/23 8058/25 8060/23 8065/7 8087/1
 8089/3
focused [13]  7974/17 8032/10 8041/9
 8041/19 8042/12 8043/18 8048/23
 8059/25 8063/18 8063/24 8070/10
 8074/24 8077/22
focusing [2]  7935/6 8050/22 8052/9
folks [8]  7942/14 7943/10 7943/11
 7988/25 7992/1 7992/8 7995/19 8033/7
follow [2]  7971/12 7986/3 7986/14
 7997/11 8058/18 8074/6 8094/5
follow-up [2]  7971/12 7997/11
followed [4]  7924/11 7958/2 7985/22
 7986/6
following [5]  7933/18 7962/18 7986/11
 8025/5 8061/12
follows [2]  7906/4 8013/17
force [1]  8061/23
forces [1]  7982/10
foregoing [1]  8095/10
form [7]  7921/20 7925/17 7928/24
 7982/4 7986/7 8007/22 8075/16
former [1]  8045/12
formulated [1]  8023/21
forth [11]  7926/2 7927/13 7930/19
 7936/8 7936/23 7939/1 7944/4 8009/8
 8010/23 8011/2 8073/24
forward [8]  7905/23 7909/4 7909/5
 7955/23 7957/6 8013/10 8069/13 8078/5
Foster [1]  8052/21
found [12]  7916/12 7916/13 7918/4
 7949/20 7953/20 8008/11 8020/25
 8021/5 8077/21 8087/24 8087/25 8088/8
foundation [10]  7928/24 7969/13

**F**

foundation... [8] 7990/25 7991/2 7992/20
7993/8 7995/8 7998/18 7998/21 8070/11
four [7] 7921/15 7955/9 7958/22 7976/13
8016/14 8018/17 8018/24
frac [2] 7950/11 7953/18
fracture [1] 7950/13
fracturing [1] 7950/8
frame [4] 8032/23 8066/14 8070/20
8075/15
France [1] 8018/5
Francisco [1] 7900/11
Franklin [1] 7901/5
Fraud [1] 7901/3
Friday [1] 8025/4
Frilot [1] 7902/5
front [4] 8006/5 8035/7 8035/7 8036/14
Frugé [1] 7899/21
fudged [2] 7970/6 7970/12
full [11] 7906/5 7932/22 7937/12
8004/19 8006/19 8013/18 8017/14
8021/16 8022/12 8036/17 8074/11
fully [4] 7937/11 7963/8 8004/14 8059/19
function [9] 8014/20 8019/1 8028/21
8056/9 8092/22 8093/5 8093/13 8093/14
8093/21
functional [2] 8008/21 8092/25
functions [2] 8050/22 8059/24
fundamental [2] 8051/11 8071/1
funded [1] 8088/5
further [17] 7920/21 7930/22 7940/19
7956/3 7956/3 7974/5 7974/8 7974/20
7975/6 7985/16 7985/21 7986/12 7988/6
8009/23 8052/14 8061/21 8092/3
future [4] 7952/24 7953/2 7955/20
8044/10
fuzzy [1] 7976/9

**G**

Gagliano [1] 7951/6
gained [1] 7932/25
gaining [1] 8016/13
gallon [1] 7926/8
gap [28] 8048/10 8048/14 8048/14
8048/18 8048/20 8049/2 8049/7 8049/9
8049/12 8049/14 8049/19 8056/7
8056/10 8056/11 8056/16 8057/23
8058/6 8058/17 8058/20 8058/21
8058/24 8059/2 8060/4 8060/16 8060/19
8061/12 8061/24 8062/1
gaps [25] 8049/1 8049/2 8049/16
8049/20 8049/22 8056/13 8056/18
8056/23 8057/1 8057/5 8057/5 8057/7
8057/8 8057/14 8057/15 8057/15
8057/15 8057/18 8057/18 8058/1 8058/7
8058/11 8060/5 8062/6 8062/8
garden [1] 8011/23
gas [15] 7928/11 7979/5 7979/10
7979/14 7979/24 7981/20 7982/17
7982/24 8015/7 8022/21 8022/23 8046/6
8082/23 8093/4 8093/11
Gate [1] 7900/10
gather [3] 7911/20 7913/14 7942/18
gathered [1] 7961/16
gathering [5] 7913/15 7943/6 7943/16
7943/17 7945/24
gave [8] 7926/11 7929/14 7929/16
7929/17 7949/23 7956/24 7988/25
8036/16
gavel [1] 8094/12
GAVIN [1] 7903/4
general [9] 7901/7 7901/11 7910/8

7912/7 7916/2 7944/24 7949/7 8009/20
8055/2
generally [14] 7909/15 7911/16 7913/19
7913/20 7916/4 7921/14 7949/7 7970/3
8014/24 8027/7 8030/18 8061/10
8069/21 8086/8
generated [1] 7936/12
gentleman [1] 7936/12
gentlemen [4] 7957/5 7957/12 7982/23
7985/5
Geo [3] 7953/20 7954/2 7954/5
Geo Tap [1] 7954/5
Germany [1] 8018/5
get [27] 7914/21 7916/1 7920/5 7928/21
7932/23 7934/10 7941/20 7943/10
7946/13 7951/18 7954/4 7979/18
7981/20 7982/17 7983/2 7987/13
7987/14 8005/6 8016/1 8030/8 8033/23
8035/23 8065/8 8065/13 8086/22 8087/2
8094/12
gets [1] 7936/12
getting [14] 7907/22 7908/2 7928/11
7932/4 7948/18 7987/19 8007/1 8015/21
8021/12 8023/20 8044/1 8045/21 8077/8
8077/15
GHSER [1] 8045/21
gHSSEr [1] 8048/17
give [11] 7917/15 7954/20 7964/7
7982/22 7984/25 8015/13 8016/25
8017/6 8027/17 8030/11 8087/16
given [2] 7981/5 8009/10
giving [7] 7957/23 8087/15
global [7] 8014/21 8018/5 8019/12
8020/6 8020/11 8020/19 8021/20
GmbH [1] 7898/8
go [106] 7907/7 7910/2 7914/14 7914/15
7916/15 7917/2 7917/9 7917/23 7918/10
7921/7 7921/12 7922/9 7922/15 7923/15
7923/16 7923/18 7925/2 7927/10
7930/16 7931/16 7933/20 7933/25
7934/4 7935/3 7935/6 7935/17 7945/5
7949/10 7952/14 7952/23 7953/1 7953/3
7953/9 7953/25 7954/7 7955/9 7955/19
7957/5 7958/21 7960/8 7961/2 7963/13
7965/17 7965/18 7966/12 7966/16
7966/17 7966/18 7969/7 7971/10
7971/19 7973/2 7973/22 7974/20 7975/6
7978/9 7978/9 7981/1 7982/12 7983/10
7984/7 7986/21 7989/14 7990/23
7992/21 7992/24 7994/16 7994/18
8006/22 8011/25 8011/25 8013/6
8019/22 8020/4 8022/1 8023/13 8024/7
8025/6 8025/15 8026/11 8032/19
8033/25 8034/18 8034/20 8036/14
8038/13 8039/25 8042/22 8050/14
8050/14 8051/14 8051/21 8056/6
8064/20 8065/21 8067/5 8068/3 8068/15
8073/16 8076/5 8076/10 8076/11
8076/13 8088/12 8092/7 8094/7
goal [1] 8061/14
goals [1] 8067/15
Godwin [5] 7903/2 7903/3 7903/7
7918/20 7919/24
goes [10] 7919/19 7921/22 7923/11
7967/9 7972/3 7976/21 7990/2 8059/18
8064/24 8079/24
going [83] 7905/23 7911/3 7911/22
7914/13 7915/25 7918/22 7920/10
7920/14 7921/1 7922/9 7922/11 7922/18
7923/4 7923/15 7923/16 7923/17
7923/18 7926/20 7927/9 7927/15 7934/9
7936/1 7945/5 7946/3 7947/14 7948/1
7948/14 7952/14 7955/24 7956/12

7958/10 7959/8 7960/5 7961/23 7965/9
7971/22 7972/18 7972/18 7973/8
7974/8 7976/22 7981/2 7981/13 7982/22
7983/15 7983/19 7989/11 7989/18
7989/22 7990/6 7990/10 7993/15
7993/19 7993/21 7993/21 7994/18
7997/10 7997/11 7998/19 8010/25
8023/14 8024/7 8025/18 8028/3 8032/23
8034/22 8041/21 8044/17 8044/17
8049/1 8051/14 8051/20 8053/1 8056/6
8057/23 8060/1 8066/14 8066/15
8068/13 8069/23 8074/11 8075/24
8084/16
Golden [1] 7900/10
GoM [15] 7973/23 8024/25 8025/13
8033/14 8034/11 8040/5 8047/9 8050/22
8058/20 8060/9 8061/3 8064/14
8076/8 8079/12
GoM's [2] 8048/5 8053/3
gone [5] 7980/19 7983/1 7983/20
7988/4 8026/3
good [27] 7905/4 7906/11 7922/3
7940/22 7947/7 7974/12 7985/7 7986/18
7986/19 7988/20 7994/6 7995/23 7997/8
8013/4 8013/13 8013/22 8014/3 8027/25
8029/13 8029/16 8032/6 8043/14 8044/3
8047/2 8057/22 8063/19 8095/4
goods [2] 8077/9 8086/21
Gordon [1] 7927/19
got [31] 7915/16 7918/1 7928/10
7950/23 7950/23 7950/24 7950/25
7951/1 7959/3 7961/18 7966/6 7979/9
7979/10 7982/24 7988/13 7990/15
7991/9 7997/14 8005/7 8006/12 8006/21
8011/12 8029/19 8031/11 8032/6
8032/18 8043/5 8057/21 8064/1 8080/9
8087/9
Gotcha [1] 7965/13
gradient [3] 7950/11 7950/13 7953/18
graduating [1] 8016/22
Grand [1] 7902/14
grass [1] 8011/23
great [7] 7974/7 8023/20 8044/10
8044/25 8064/23 8077/22 8095/4
greater [1] 8089/23
Greg [5] 7950/20 7966/24 7966/25
7974/14 7992/11
grew [1] 7906/25
grounds [1] 7930/23
group [16] 7899/15 7909/8 7943/14
7943/25 7944/11 7944/16 7970/6 7971/2
7971/24 7973/4 8000/6 8001/9 8012/10
8074/4 8091/16 8092/20
groups [1] 8059/8
grow [1] 7906/24
growth [1] 8089/2
guess [2] 7961/23 8063/21
guidance [1] 7972/16
Guide [39] 7950/20 7951/2 7958/15
7959/6 7959/8 7960/18 7960/20 7960/21
7961/7 7961/13 7961/18 7965/18
7965/23 7966/2 7966/6 7966/10 7966/24
7967/13 7967/19 7968/17 7968/19
7968/22 7968/25 7969/2 7969/6 7969/10
7969/23 7970/5 7970/22 7971/13
7971/16 7971/24 7972/23 7973/3
7973/23 7975/21 7977/11 8012/3 8012/4
Guide's [4] 7959/17 7967/20 7976/25
7977/25
Guillot [1] 7942/17
GULF [83] 7898/5 7906/17 7909/13
7909/17 7910/10 7910/16 7912/3
7912/11 7912/14 7941/1 7941/2 7941/3

## G

GULF... [71]  7941/9 7952/2 7973/23
7974/9 7975/2 8007/24 8008/14 8009/17
8014/9 8014/11 8014/14 8015/18
8015/22 8019/17 8020/3 8020/9 8021/8
8022/4 8022/23 8024/8 8024/15 8025/10
8025/17 8028/9 8028/17 8028/23 8029/6
8031/11 8032/4 8032/18 8033/18
8034/14 8034/23 8036/11 8036/21
8040/3 8040/10 8041/14 8042/2 8042/18
8043/5 8043/19 8044/11 8044/14
8045/16 8046/1 8046/3 8046/13 8048/20
8050/9 8051/7 8051/9 8051/21 8056/22
8064/1 8065/18 8065/24 8066/19
8067/13 8067/17 8078/13 8080/4
8080/24 8081/8 8081/11 8082/17 8083/4
8084/25 8085/25 8088/8 8092/15
guy [1]  7922/12
guys [2]  7927/16 8088/8

## H

ha [1]  8005/21
had [191]  7908/6 7908/15 7909/10
7909/19 7909/22 7910/5 7910/5 7911/17
7913/12 7913/25 7914/1 7916/12 7918/2
7924/22 7925/21 7925/22 7926/16
7927/16 7928/12 7928/22 7929/21
7930/3 7931/9 7932/7 7933/4 7933/12
7933/13 7934/1 7934/10 7934/19
7935/12 7935/24 7935/25 7937/4 7937/5
7937/9 7937/11 7937/13 7937/17
7937/20 7938/8 7938/14 7939/8 7939/24
7942/13 7942/14 7942/14 7944/7 7946/5
7948/3 7949/5 7949/12 7951/15 7951/18
7951/20 7953/13 7954/5 7954/6 7955/21
7956/16 7958/17 7960/8 7961/20 7964/3
7968/13 7968/22 7972/9 7973/7 7973/8
7973/11 7973/25 7974/14 7976/6
7977/24 7980/5 7980/14 7984/9 7984/15
7985/5 7987/5 7992/4 7999/17 8000/6
8000/25 8001/21 8001/22 8001/24
8004/8 8004/14 8004/19 8005/17
8006/18 8008/15 8009/25 8011/19
8012/1 8017/18 8018/5 8019/12 8021/7
8022/22 8023/23 8023/24 8025/20
8025/23 8027/9 8027/9 8027/11 8027/23
8028/25 8030/1 8030/13 8030/14
8030/22 8030/25 8031/1 8031/2 8031/5
8031/6 8031/13 8031/19 8031/23 8033/9
8035/11 8035/12 8036/4 8036/16
8036/17 8040/14 8040/15 8041/24
8042/7 8045/9 8045/12 8046/22 8046/23
8046/23 8046/24 8046/24 8047/1 8047/2
8047/20 8047/20 8047/21 8047/22
8048/10 8048/11 8048/12 8048/13
8048/16 8048/17 8048/18 8049/7 8049/9
8049/11 8053/7 8054/4 8054/13 8055/11
8055/13 8056/1 8057/5 8057/10 8057/16
8058/2 8061/15 8063/24 8064/6 8066/22
8068/11 8069/25 8070/11 8070/12
8070/12 8072/15 8073/4 8074/12
8074/16 8074/23 8075/17 8076/24
8077/13 8080/12 8080/14 8080/15
8081/25 8085/10 8087/1 8088/5 8088/18
8093/23
Hafle [73]  7926/4 7927/14 7933/17
7933/23 7934/1 7934/5 7934/9 7934/14
7934/17 7934/18 7934/22 7935/4 7935/8
7937/19 7937/24 7937/25 7938/8
7938/18 7939/16 7944/4 7947/10
7950/20 7952/18 7953/16 7955/11
7957/16 7957/20 7957/22 7957/25

7958/20 7959/11 7960/10 7960/23
7960/24 7962/1 7963/6 7967/23 8000/22
7966/5 7967/1 7968/10 7968/21 7968/25
7969/1 7972/18 7978/9 7983/18 7983/21
7984/13 7985/1 7985/13 7985/14
7985/20 7986/6 7986/11 7986/13
7986/17 7986/24 7987/4 7994/23
7997/16 7999/17 7999/21 8000/24
8001/22 8001/23 8002/9 8006/2 8006/10
8006/13 8006/21 8007/1 8007/2
Hafle's [5]  7955/21 7956/16 7964/18
7985/2 8003/2
half [5]  7924/22 7925/25 7934/14 8008/4
8094/8
halfway [1]  7961/24
hall [2]  7928/15 8042/8
Halliburton [11]  7903/12 7903/7 7918/21
7920/17 7922/15 7948/16 7948/21
7951/6 8009/24 8035/20 8095/1
Halliburton's [4]  7931/4 7947/20 7948/11
7948/12
halls [1]  8029/1
hand [3]  7926/8 8059/7 8092/6
handbook [12]  8048/12 8049/24 8050/1
8050/10 8050/18 8051/5 8051/13
8051/17 8053/16 8058/8 8058/18 8075/9
handle [3]  7918/22 8027/25 8094/21
handled [4]  7982/14 7996/13 7996/16
7996/19
handling [2]  7952/7 7952/10
handwriting [10]  7917/7 7920/16 7924/4
7967/6 8001/14 8001/15 8001/16
8001/17 8001/18 8007/14
handwritten [8]  7930/8 7933/22 7934/4
7934/25 7936/11 7990/15 7991/13
8002/18
hang [1]  7987/8
HANKEY [1]  7900/15
happen [3]  7988/2 8031/12 8038/18
happened [18]  7914/5 7944/1 7944/5
7945/10 7981/11 7983/3 7983/20 8003/9
8006/17 8021/7 8030/22 8031/5 8038/18
8039/13 8039/13 8039/21 8040/15
8040/15
happening [2]  8030/7 8038/22
happens [2]  7932/17 7932/19
happy [1]  8094/5
hard [3]  7966/24 8072/6 8092/5
HARIKLIA [2]  7901/22 8013/23
Hariklia Karis [1]  8013/23
HARTLEY [2]  7903/4 7918/22
has [39]  7905/12 7905/13 7911/5 7916/5
7926/22 7935/17 7936/3 7938/20
7938/21 7939/14 7940/7 7941/4 7941/10
7941/12 7947/15 7948/15 7972/10
7973/12 7977/2 7985/15 7989/17
7993/10 7997/10 7998/21 8001/17
8002/12 8008/8 8012/21 8015/8 8015/10
8033/21 8041/11 8045/20 8065/11
8068/20 8072/22 8078/4 8083/11
8092/12
hasn't [2]  7954/24 7989/3
HAUSER [1]  7901/4
have [264]
haven't [1]  7926/21
having [20]  7906/4 7918/6 7919/4
7925/16 7932/5 7933/10 7945/2 7945/16
7974/25 7976/24 7984/21 7986/25
7987/12 8013/17 8018/2 8029/19
8037/20 8049/9 8071/20 8081/11
HAYCRAFT [1]  7901/4
hazard [10]  7942/9 8059/4 8061/13
8061/18 8061/22 8063/14 8063/17

8063/24 8071/12 8073/23
8074/3 8074/13 8074/13 8074/23
8057/10 8061/11 8061/24
8062/1 8064/14 8065/18 8065/23
8067/12 8071/18 8071/22 8073/14
HB [1]  7903/10
HB-406 [1]  7903/10
he [192]  7907/3 7917/17 7918/1 7918/15
7918/17 7918/18 7918/18 7918/18
7919/2 7919/5 7919/5 7919/5 7919/6
7919/6 7919/7 7919/12 7919/14 7920/3
7920/5 7920/6 7920/15 7920/20 7921/13
7921/22 7923/2 7923/3 7923/4 7923/6
7923/15 7924/13 7924/24 7926/7
7926/11 7926/22 7927/7 7927/7 7927/9
7927/15 7927/24 7927/25 7928/12
7928/22 7929/1 7931/7 7932/18 7932/23
7933/4 7934/1 7935/25 7936/1 7937/6
7937/8 7937/8 7937/9 7937/10 7937/11
7937/12 7937/15 7938/8 7938/19
7938/20 7938/21 7947/6 7948/17
7948/20 7948/22 7948/22 7948/24
7949/6 7950/10 7952/22 7953/18
7954/24 7955/15 7957/2 7957/19 7958/1
7958/1 7960/9 7960/18 7962/21 7962/22
7965/9 7965/13 7966/25 7967/8 7967/14
7967/17 7967/23 7967/23 7968/10
7968/11 7968/21 7968/25 7969/2
7970/11 7971/1 7971/3 7971/4 7971/4
7971/7 7971/24 7972/3 7972/3 7972/14
7972/14 7972/15 7972/25 7973/2 7973/4
7973/6 7973/6 7973/7 7973/14 7974/1
7974/14 7974/14 7976/21 7978/25
7979/4 7982/1 7984/3 7984/15 7985/21
7985/22 7986/7 7986/13 7986/15
7986/17 7986/19 7986/20 7989/3 7989/6
7989/8 7989/13 7989/16 7991/22
7991/24 7991/24 7995/21 7992/1 7992/5
7992/9 7992/17 7993/7 7993/10 7995/10
7995/10 7995/10 7995/15 7998/21
7998/24 7999/3 7999/20 7999/25
8000/23 8001/1 8001/4 8001/5 8001/11
8001/21 8001/22 8002/17 8002/19
8002/21 8002/21 8002/24 8003/2
8003/11 8004/7 8004/7 8004/8 8004/9
8004/14 8004/18 8007/25 8008/1 8008/1
8008/3 8008/5 8008/5 8011/19 8011/23
8011/24 8012/21 8021/7 8024/11
8024/22 8056/18 8078/20 8092/14
8092/15
he's [5]  7931/6 7948/8 7956/1 7995/9
8008/2
head [10]  7941/23 7962/22 7970/17
7975/14 8014/21 8020/11 8020/19
8021/2 8064/2 8074/4
headed [1]  7980/6
header [3]  7969/18 7991/10 7991/11
hear [10]  7922/12 7937/25 7938/7
7938/13 7938/17 7970/13 7997/15
8010/17 8029/11 8035/14
heard [18]  7911/5 7915/15 7918/9
7926/21 7929/21 7938/4 7938/20
7938/25 7947/13 7951/9 7970/7 7983/10
7988/12 8010/17 8028/6 8036/4 8041/11
8055/5
hearing [2]  7927/22 8010/22
hearsay [22]  7919/6 7919/12 7919/17
7919/18 7919/25 7920/2 7920/4 7920/7
7920/25 7921/14 7921/20 7921/25
7922/5 7922/6 7923/11 7926/22 7930/22
7993/18 7993/19 7993/19 7993/20
7994/15
heart [1]  7972/16
held [6]  7910/12 8017/10 8017/22

Case 2:10-md-02179-CJB-DPC Document 13762 Filed 04/29/15 Page 213 of 234

held... [3] 8019/24 8030/18 8040/6
helicopter [1] 7976/17
helicopters [1] 8077/16
help [8] 7915/18 7925/22 7942/15
 7982/23 8021/10 8021/14 8077/14
 8086/6
helpful [2] 7920/19 7924/6
helping [2] 7942/18 7971/4
hence [1] 8055/4
here [44] 7913/8 7916/1 7919/9 7919/21
 7920/11 7920/22 7921/21 7921/23
 7922/19 7936/8 7936/23 7939/1 7946/15
 7948/6 7954/23 7963/11 7965/24 7970/9
 7982/11 7992/10 7996/5 7999/24 8000/4
 8013/3 8015/18 8024/23 8025/13 8029/4
 8033/14 8037/14 8038/4 8040/4 8043/13
 8043/22 8060/25 8069/25 8070/9
 8070/10 8070/21 8071/16 8072/11
 8076/15 8078/21 8085/13
Here's [2] 7922/22 7949/3
hereby [1] 8095/10
Herman [3] 7898/22 7898/22 7898/23
HES [2] 7931/3 7951/13
hierarchy [1] 7941/8
high [8] 7907/5 7931/4 7949/15 7950/10
 7981/2 7981/6 7981/6 8026/10
higher [2] 7941/3 7941/6
highest [2] 8066/1 8067/22
highlight [4] 7925/7 7925/24 7931/15
 8007/11
highlighted [4] 8003/11 8006/14 8061/17
 8092/24
HILL [1] 7903/4
him [33] 7918/3 7919/4 7923/10 7923/18
 7925/22 7937/2 7937/14 7937/15
 7938/19 7948/23 7951/9 7958/18
 7967/23 7982/1 7983/13 7986/1 7989/2
 7989/4 7989/9 7989/15 7989/24 7990/5
 7998/19 7998/19 8000/2 8000/3 8004/20
 8011/21 8011/22 8011/24 8024/12
 8024/13 8024/21
hindsight [1] 7939/23
hiring [1] 8070/18
his [43] 7905/11 7905/11 7917/11
 7917/12 7917/19 7918/1 7918/17 7919/8
 7919/11 7919/13 7920/15 7920/15
 7920/24 7923/18 7927/17 7928/19
 7934/18 7937/19 7957/2 7957/23
 7962/22 7966/11 7971/16 7973/15
 7975/21 7976/6 7989/15 7989/15
 7989/16 7990/9 7993/10 7993/14
 7995/21 7999/2 8000/12 8001/16
 8011/16 8011/17 8011/21 8011/22
 8011/23 8011/23 8092/19
history [2] 7908/6 8015/21
hold [6] 7942/22 8015/23 8015/24
 8016/5 8016/8 8020/18
Holdings [5] 7902/5 7902/8 7902/12
 7902/16 7902/19
holds [1] 8008/1
hole [7] 7931/3 7950/8 7956/12 7956/17
 7964/7 7964/16 7965/9
holiday [1] 8040/6
Holthaus [1] 7899/21
home [3] 7917/11 7918/18 8000/12
honor [62] 7905/4 7905/18 7906/2
 7918/20 7918/22 7919/19 7919/23
 7920/7 7920/14 7921/4 7921/24 7922/24
 7923/8 7926/24 7930/10 7938/22 7939/3
 7940/19 7947/13 7947/25 7948/1 7948/4
 7948/13 7948/18 7954/1 7954/5 7957/17

7966/14 7967/22 7978/4 7981/14
 7981/24 7985/21 7988/7 7988/11
 7989/19 7990/7 7992/20 7993/1 7993/8
 7993/10 7993/24 7994/2 7995/20 7996/1
 7996/4 7996/9 7996/14 7996/25 7998/18
 7998/21 7998/25 8009/1 8009/23
 8009/25 8012/19 8013/5 8013/13
 8013/22 8094/4 8094/14 8094/25
Honor's [1] 7988/13
HONORABLE [1] 7898/15
HORIZON [13] 7898/4 7911/4 7941/25
 7980/6 7982/5 8008/15 8009/18 8054/18
 8055/7 8055/9 8072/22 8074/13 8082/8
Horn [1] 8082/11
Horn Mountain [1] 8082/11
Horse [8] 8079/24 8080/2 8080/3 8080/4
 8080/12 8081/24 8085/11 8085/15
hotel [1] 7930/6
Houma [1] 7899/16
hour [3] 7924/22 7960/25 8094/8
hours [3] 7911/17 7911/19 7961/14
house [6] 7917/19 7928/19 7929/4
 7929/10 8011/16 8011/17
Houston [21] 7902/4 7902/10 7902/21
 7903/8 7906/13 7906/15 7909/7 7909/10
 7910/19 7912/4 7929/6 7929/7 7929/11
 7929/13 7929/19 7990/16 7990/21
 8020/10 8020/13 8020/16 8021/13
how [94] 7907/1 7911/1 7912/14
 7916/5 7917/13 7918/15 7918/15 7919/2
 7919/12 7920/3 7922/17 7924/18
 7925/14 7925/18 7925/22 7927/15
 7929/25 7935/11 7935/22 7936/25
 7938/14 7939/23 7943/19 7962/14
 7968/12 7982/13 7984/24 7986/20
 7996/3 8006/10 8007/19 8007/21
 8007/22 8015/11 8015/13 8016/11
 8018/8 8018/23 8019/11 8021/4 8021/21
 8022/7 8022/18 8023/13 8024/7 8026/22
 8026/25 8027/1 8027/4 8027/18 8027/25
 8028/19 8029/2 8030/25 8031/6 8031/24
 8034/22 8036/16 8038/13 8041/22
 8041/24 8043/12 8050/4 8050/5 8051/13
 8051/20 8053/23 8054/2 8054/12 8055/8
 8055/21 8057/2 8062/3 8064/8 8066/8
 8066/12 8066/12 8066/14 8069/22
 8069/22 8071/4 8075/12 8075/17 8076/3
 8076/18 8078/2 8079/22 8080/10
 8080/12 8086/23 8090/6 8090/11
 8093/20 8094/7
HR [1] 8030/16
HSE [1] 8045/21
huge [1] 7976/19
Hughes [1] 7902/19
huh [1] 8028/8
Hung [1] 7928/12
hydrocarbon [3] 7972/4 7978/19 7979/1
hydrocarbons [8] 7979/10 7979/17
 7979/24 7980/9 7981/20 7982/19
 8011/12 8068/19
hydrostatic [1] 7949/14
HYMEL [1] 7902/19
hypothetical [2] 7981/15 7982/4

I

I'll [5] 7923/17 7982/1 7982/4 8010/5
 8078/19
I'm [72] 7906/17 7912/10 7913/2 7914/7
 7915/25 7922/11 7923/13 7923/17
 7923/18 7925/16 7926/20 7932/5
 7938/19 7943/21 7945/4 7946/3 7948/1
 7948/5 7948/18 7953/11 7957/2 7958/8
 7958/9 7961/25 7962/18 7962/21

7962/21 7962/23 7967/15 7967/22
 7982/16 7982/17 7982/19 7981/19
 7983/15 7983/19 7984/24 7985/24
 7987/7 7988/24 7989/18 7989/22
 7990/10 7991/1 7991/19 7993/12
 7993/21 7994/5 7994/12 7994/13
 7994/16 7994/18 7996/5 7996/6 7997/11
 7998/19 8000/4 8002/12 8007/8 8007/24
 8010/25 8016/9 8032/14 8032/17
 8042/22 8071/1 8074/9 8076/10 8076/11
 8084/20 8094/4 8094/5
I've [6] 7914/10 7930/7 7983/10 7989/4
 7991/9 8072/5
IBOP [1] 7932/14
idea [8] 7911/1 7916/5 7966/10 7969/17
 7971/7 7974/13 7980/17 8075/17
ideas [1] 8035/14
identification [3] 8061/12 8074/17 8075/2
identified [26] 7972/4 7977/2 8024/2
 8025/24 8026/8 8031/17 8049/16
 8056/18 8056/23 8058/7 8058/11
 8060/16 8061/17 8061/23 8062/1 8062/9
 8063/15 8066/22 8067/21 8068/24
 8069/2 8069/5 8074/13 8074/22 8079/21
 8081/4
identifies [1] 8069/4
identify [9] 8011/11 8049/19 8050/17
 8063/16 8063/22 8066/18 8067/12
 8071/12 8079/18
identifying [11] 8022/15 8026/20 8059/16
 8060/19 8065/5 8066/10 8070/13 8071/5
 8072/19 8084/12 8089/6
if [162] 7906/24 7913/5 7915/12 7915/13
 7917/2 7919/14 7920/24 7921/10 7922/4
 7923/3 7923/15 7924/6 7925/7 7925/24
 7928/2 7928/6 7929/24 7930/16 7931/15
 7931/16 7933/2 7935/3 7935/6 7935/17
 7936/14 7942/2 7942/8 7943/5 7945/24
 7947/13 7947/24 7948/22 7948/22
 7949/7 7949/10 7951/21 7951/22 7952/6
 7952/17 7952/23 7953/9 7953/25 7954/7
 7955/20 7956/1 7956/14 7956/18 7957/2
 7957/22 7958/21 7960/8 7961/2 7961/6
 7961/18 7961/23 7962/15 7963/13
 7965/17 7965/24 7966/3 7966/16
 7966/18 7969/18 7969/19 7969/21
 7970/16 7970/20 7971/2 7973/2 7973/4
 7973/7 7973/22 7975/9 7976/9 7976/11
 7976/12 7976/22 7977/6 7979/23 7980/4
 7980/4 7980/9 7980/10 7980/13 7980/13
 7980/18 7981/10 7981/19 7982/1 7982/4
 7982/9 7982/22 7983/1 7985/12 7986/22
 7991/12 7991/13 7993/3 7993/20 7994/1
 7995/12 7996/4 7999/9 7999/17 8000/24
 8001/10 8002/2 8002/10 8002/19
 8006/18 8010/3 8011/24 8019/22 8021/6
 8022/1 8024/4 8025/6 8034/10 8034/18
 8035/12 8036/17 8039/25 8042/22
 8043/6 8044/5 8050/6 8050/14 8051/3
 8051/18 8052/2 8056/12 8058/14
 8060/25 8061/9 8064/10 8065/16
 8065/21 8067/5 8068/2 8068/2 8068/15
 8068/21 8069/16 8071/9 8071/24
 8072/17 8073/16 8076/5 8076/10
 8077/22 8078/2 8078/17 8079/10
 8082/25 8082/25 8085/2 8088/2 8088/10
 8088/13 8089/20 8092/20 8093/17
 8093/17
ignited [1] 8068/21
ignored [4] 8041/13 8056/19 8063/14
 8074/18
Illinois [1] 7901/24
imagine [1] 8029/7

immediate [2] 7959/17 8021/9
immediately [1] 7980/10
impact [7] 8069/3 8069/5 8069/5 8075/25 8077/23 8088/18 8088/19
imperative [1] 8034/9
implement [7] 8046/2 8046/10 8046/12 8046/18 8047/6 8047/9 8048/15
implementation [2] 8056/8 8058/5
implemented [11] 8045/24 8047/11 8047/13 8047/19 8047/22 8048/6 8050/20 8053/12 8053/21 8056/10 8072/15
implementing [3] 8049/24 8050/11 8089/21
implications [1] 7972/10
important [17] 7945/12 8006/17 8028/14 8029/4 8031/9 8031/15 8031/20 8031/21 8031/25 8036/9 8036/12 8036/15 8037/25 8041/5 8042/4 8043/15 8057/18
importantly [1] 8073/14
impression [11] 7926/15 7927/6 7928/21 7929/1 7933/12 7934/18 7937/19 7986/15 7986/17 7991/24 7992/4
impressions [2] 7915/16 8024/13
Imprevento [1] 7899/8
improve [11] 8026/22 8032/21 8032/22 8032/24 8034/23 8053/2 8061/20 8062/15 8062/19 8063/4 8063/19
improved [7] 7952/8 8077/23
improvement [10] 8032/9 8036/1 8036/3 8060/6 8060/9 8060/23 8061/4 8061/11 8062/12 8062/22
improvements [1] 8075/18
improving [6] 8032/3 8041/7 8044/9 8044/24 8089/4 8091/12
in [734]
in-flow [1] 7934/10
inaccurate [2] 8047/17 8074/22
INC [16] 7898/11 7901/19 7901/22 7902/3 7902/6 7902/7 7902/9 7902/10 7902/13 7902/13 7902/17 7902/17 7902/20 7902/21 7903/3 7903/7
incident [7] 8020/18 8021/1 8021/17 8030/22 8031/22 8038/18 8039/13
incidents [17] 8029/19 8029/20 8037/17 8037/20 8037/25 8038/2 8038/3 8038/11 8039/21 8040/14 8059/12 8059/16 8060/24 8061/6 8061/15 8061/16 8066/13
include [9] 7912/12 7939/15 8015/16 8027/19 8035/19 8037/21 8048/21 8052/10 8063/10
included [15] 7933/13 7939/15 7988/25 8023/7 8023/9 8027/21 8034/25 8050/17 8050/24 8051/16 8052/11 8052/12 8058/5 8062/25 8084/13
includes [6] 7912/18 7949/5 8029/7 8029/16 8033/8 8039/6
including [7] 8009/9 8015/18 8054/18 8060/17 8062/9 8072/3 8091/23
incomplete [1] 7981/14
incorrect [6] 7949/13 7951/21 8041/15 8041/16 8047/11 8076/12
incorrectly [1] 7952/10
increase [16] 8061/23 8078/15 8079/4 8079/8 8079/21 8079/23 8081/4 8081/6 8081/8 8081/16 8081/22 8082/8 8082/12 8083/7 8083/10 8086/17
increased [2] 8080/24 8083/4
increases [2] 8081/7 8081/25
increasing [1] 8078/5

incurred [1] 8085/9
independently [2] 8048/11 8049/10
indicate [3] 7969/22 7986/6 8060/19
indicated [3] 7968/16 7968/21 8022/3
indicates [1] 7987/14
indicating [2] 7949/18 7960/20
indication [5] 7985/10 7985/12 7987/15
indicator [1] 8027/16
indicators [1] 8027/15
individual [7] 8012/12 8034/20 8035/17 8036/7 8036/7 8053/7 8087/15
individually [1] 8001/8
individuals [5] 8033/3 8072/2 8092/18 8093/12 8093/20
industry [10] 7907/17 7907/18 7907/23 7962/12 8054/11 8054/12 8054/16 8055/4 8055/16 8056/3
industrywide [1] 8082/15
influx [2] 7978/19 7982/8
inform [1] 7925/19
information [17] 7913/13 7942/18 7943/18 7957/23 7963/10 7973/12 7985/1 7986/5 7989/16 7995/14 7995/15 8006/12 8006/21 8007/1 8025/8 8063/7 8064/16
infrastructure [2] 8022/19 8080/16
Inglis [5] 8024/10 8024/25 8025/9 8052/3 8083/22
Inglis' [2] 8021/5 8024/20
initial [3] 8011/13 8017/12 8024/12
initially [3] 7918/17 8047/3 8074/2
initiatives [1] 8037/2
injuries [3] 8037/15 8038/7 8038/25
Inlet [1] 7908/13
input [3] 8027/22 8044/1 8063/1
inputs [2] 8032/6 8061/22
inquire [1] 7985/16
inquired [1] 7985/20
inquiry [2] 7942/6 7942/15
insight [1] 8027/17
insisted [1] 7932/21
insofar [1] 7942/5
install [2] 7961/3 7961/15
instead [1] 7980/19
instituted [2] 8031/10 8031/12
instructions [3] 8009/10 8009/12 8009/14
integrated [2] 8059/3 8059/9
integrity [6] 7954/21 7955/4 7956/21 8011/11 8043/16 8064/22
intend [6] 7919/24 7923/9 7988/11 7990/1 8075/20 8089/22
intended [2] 8073/21 8086/9
Intense [1] 8027/6
intent [1] 8089/24
interaction [1] 8029/2
interest [3] 7914/22 7948/7 7948/10
interested [1] 8042/8
internal [2] 7910/17 7911/25
interpret [1] 7924/12
interpretation [4] 7939/19 7939/21 8005/24 8006/6
interpreted [2] 7939/24 8075/21
interrogated [1] 8087/25
interrupt [2] 7915/12 7930/22
intersected [1] 8078/2
intervention [1] 8068/20
interventions [1] 8028/2
interview [98] 7913/13 7913/19 7914/23 7915/2 7915/16 7915/21 7917/5 7917/10 7917/13 7917/14 7918/16 7920/16 7921/15 7924/1 7928/6 7928/20 7929/12 7929/14

7929/22 7930/3 7930/5 7933/11 7933/17 7933/22 7933/25 7934/1 7934/25 7935/4 7935/8 7935/15 7935/19 7935/19 7935/23 7936/19 7937/18 7938/24 7943/11 7946/6 7946/11 7946/19 7952/18 7952/20 7953/25 7957/21 7958/18 7958/20 7959/11 7961/17 7968/20 7968/21 7968/23 7968/23 7968/24 7969/5 7969/23 7969/24 7969/25 7970/4 7970/23 7970/24 7970/25 7971/12 7973/22 7985/4 7990/18 7992/17 7992/14 7993/14 7997/22 7998/12 7998/24 7999/4 7999/5 7999/6 7999/8 7999/10 7999/20 8000/3 8000/5 8000/9 8000/13 8000/17 8000/20 8000/23 8001/6 8002/8 8003/3 8003/18 8003/19 8007/16 8010/15 8010/22 8011/15 8011/18 8011/20
interviewed [5] 7934/22 7992/17 7998/6 8000/7 8000/11
interviewee [2] 7914/21 7915/12
interviewer [2] 7914/6 7916/6
interviewing [3] 7916/10 7933/16 7974/21
interviews [26] 7911/22 7913/16 7914/4 7914/14 7914/16 7915/8 7915/25 7916/2 7916/5 7916/21 7938/17 7939/16 7940/10 7943/11 7945/17 7957/3 7990/5 7990/6 7990/8 7997/12 7998/5 7998/6 8006/10 8010/17 8012/3 8016/15
into [42] 7914/24 7917/9 7918/17 7921/7 7921/12 7922/16 7935/6 7942/6 7943/19 7953/21 7958/10 7964/7 7964/15 7965/9 7966/13 7966/16 7966/17 7971/4 7974/9 7974/25 7975/7 7979/15 7980/3 7980/7 7981/8 7981/16 7981/20 7982/17 7985/16 7985/21 7987/23 7989/14 7993/19 8011/12 8011/12 8015/6 8018/14 8023/12 8025/15 8026/11 8080/5 8082/1
introduced [1] 7939/6
invented [1] 8091/8
invested [1] 8080/15
investigate [4] 8037/17 8037/21 8038/10 8059/11
investigated [3] 7985/22 8039/1 8039/14
investigating [5] 7944/21 8029/20 8037/24 8038/2 8059/15
investigation [50] 7910/17 7910/23 7911/6 7911/7 7911/12 7911/23 7911/25 7913/9 7913/16 7914/4 7914/8 7914/20 7915/22 7916/19 7941/24 7942/5 7942/9 7944/16 7955/2 7970/3 7970/5 7970/18 7972/22 7973/12 7974/6 7974/20 7974/25 7975/14 7976/4 7977/3 7977/7 7977/14 7978/18 7983/4 7986/6 7986/12 7987/3 7987/23 7992/8 7993/6 7998/3 8001/4 8001/5 8005/16 8007/25 8008/13 8008/25 8009/16 8037/22 8039/13
investigations [4] 7914/10 8031/23 8059/13 8061/16
investigators [3] 7929/11 7929/14 7992/7
investing [1] 8080/22
investment [2] 8080/16 8081/25
investments [3] 8026/16 8026/17 8080/20
invited [1] 7917/25
involved [22] 7913/24 7914/8 7914/10 7918/24 7939/11 7944/16 7952/3 7961/19 7970/4 7970/20 7974/21 7989/12 8000/15 8005/7 8017/3 8017/8 8017/19 8037/24 8038/2 8058/19 8071/17 8089/21

## I

involvement [1] 8053/15
involving [2] 7911/4 7941/24
IPT [1] 8087/19
Irpino [2] 7900/5 7900/6
is [377]
Island [2] 7909/20 7909/21
isn't [1] 7948/12
isolation [4] 7972/15 7972/16 7973/8 7973/16
issue [21] 7914/25 7932/2 7950/15 7951/2 7952/11 7952/22 7953/16 7953/19 7953/22 7955/3 7962/3 7974/5 7977/2 7977/7 7977/7 7984/21 8060/7 8069/8 8081/17 8084/12 8090/23
issued [2] 7913/11 8042/10
issues [18] 7947/17 7974/9 7974/14 7975/1 7975/5 7977/11 7977/15 7977/22 7977/25 7989/11 8010/25 8012/6 8031/2 8041/1 8061/13 8073/13 8084/6 8084/7
it [478]
it's [91] 7905/22 7913/4 7919/18 7921/4 7923/16 7932/23 7938/10 7941/5 7942/5 7947/21 7947/22 7954/3 7962/15 7962/15 7962/18 7963/7 7963/8 7964/14 7976/9 7978/17 7980/9 7981/14 7982/15 7982/19 7982/20 7982/22 7983/1 7990/6 7990/15 7991/3 7991/12 7996/20 7999/9 8002/10 8006/25 8007/9 8011/24 8012/11 8012/11 8012/12 8012/22 8013/14 8022/9 8023/3 8027/17 8028/14 8029/19 8029/20 8034/5 8034/5 8037/13 8039/5 8040/9 8040/10 8041/15 8041/16 8041/20 8042/1 8042/5 8050/2 8051/24 8052/6 8052/7 8053/6 8054/19 8054/25 8055/18 8059/18 8061/2 8061/3 8063/13 8068/5 8068/18 8069/7 8069/10 8070/3 8070/8 8071/15 8073/9 8074/22 8075/14 8076/11 8077/16 8077/16 8081/10 8081/12 8081/17 8086/20 8087/3 8088/25 8091/4
item [5] 8026/4 8030/24 8060/4 8085/4 8086/15
items [9] 8041/6 8041/8 8062/14 8063/15 8073/19 8074/16 8085/11 8086/12 8088/12
iterated [1] 7944/18
its [8] 7981/12 8023/2 8054/23 8054/23 8054/24 8080/9 8081/19 8088/9
itself [2] 7959/12 8054/9

## J

jack [2] 7908/14 7979/21
jack-up [2] 7908/14 7979/21
jackets [1] 8017/9
JAMES [3] 7898/19 7901/12 8021/3
January [2] 7910/6 7910/9
January 2009 [2] 7910/6 7910/9
Japan [1] 7909/22
Jason [7] 7927/17 7928/10 7932/14 7932/16 7933/3 7933/6 7995/6
Jefferson [2] 7898/20 7902/17
JEFFREY [1] 7899/9
JERRY [1] 7903/7
Jesse [2] 7951/5 7951/6
Jesse Gagliano [1] 7951/6
JESSICA [2] 7900/19 7900/20
Jim [5] 7917/16 7944/9 7946/7 7970/22 7997/25
Jim Cowie [1] 7944/9
JIMMY [1] 7900/3
job [20] 7907/20 7912/2 7915/7 7915/18

7932/23 7946/16 7946/17 7947/8
7947/9 7948/22 7961/12 8008/1
8008/3 8020/7 8035/12 8036/17 8040/11
8040/21 8041/3
JOHN [27] 7899/22 7902/20 7950/20
7951/2 7958/15 7959/8 7961/18 7965/23
7966/10 7966/24 7967/3 7967/4 7967/7
7967/13 7968/17 7969/10 7970/22
7971/12 7972/14 7972/15 7972/19
7972/20 7972/23 7973/23 7973/25
8012/3 8074/5
John's [2] 7973/4 7974/12
join [3] 7910/16 7930/24 8016/23
joined [3] 7935/25 7946/11 8016/24
joint [5] 8017/20 8017/21 8087/23
8088/1 8088/3
joked [1] 7927/17
journey [1] 8067/4
JR [3] 7899/12 7903/3 7903/4
judge [15] 7898/15 7907/21 7916/17
7919/10 7920/11 7922/14 7923/7
7947/20 7948/11 7948/22 7948/25
7951/9 7983/15 8006/5 8010/3
July [9] 7934/24 7935/8 7935/18 7937/25
7968/23 7968/24 7971/13 8002/8
8068/10
July 1 [1] 7971/13
July 2008 [1] 8068/10
July 8 [1] 7935/18
jump [2] 7916/6 7929/9
jumping [2] 7918/4 7927/8
junior [1] 7931/6
just [121] 7905/6 7905/10 7905/15
7905/21 7905/21 7905/22 7906/23
7907/21 7911/16 7911/23 7912/16
7912/17 7913/21 7916/4 7916/15
7917/11 7917/19 7919/18 7920/2
7920/22 7923/20 7924/4 7924/5 7925/2
7925/7 7925/21 7926/2 7926/14 7928/2
7928/7 7928/21 7929/9 7929/15 7930/18
7930/21 7930/25 7931/15 7932/9 7933/2
7935/6 7935/22 7936/7 7938/3 7939/3
7940/9 7945/17 7945/21 7946/13
7946/21 7947/13 7947/14 7948/20
7952/9 7953/17 7955/5 7955/12 7955/15
7955/19 7956/14 7957/3 7957/16
7957/23 7958/1 7958/8 7958/12 7968/20
7969/13 7973/11 7975/6 7979/1 7981/19
7988/23 7991/15 7994/2 7994/11
7995/22 7996/5 7996/18 7997/19
7998/19 7999/1 8000/4 8006/8 8007/9
8009/4 8010/10 8010/11 8010/21
8013/10 8017/6 8021/7 8021/9 8024/17
8026/6 8026/10 8026/13 8026/23
8031/16 8031/19 8036/14 8038/7
8039/23 8040/9 8040/11 8042/4 8043/18
8053/13 8060/9 8060/16 8062/9 8063/1
8066/1 8070/16 8071/24 8080/7 8082/21
8085/25 8088/24 8091/19 8092/3
8094/15
Justice [4] 7900/8 7900/12 7900/18
7901/2

## K

Kaluza [11] 7924/14 7927/18 7929/10
7930/3 7930/5 7930/8 7931/20 7933/10
7933/12 7933/16 7967/10
Kanner [2] 7901/15 7901/15
KARIS [4] 7901/22 7904/12 7921/6
8013/23
Katz [1] 7898/22
keep [8] 7913/10 7913/11 7922/14
7928/13 7947/16 7953/1 7961/23 8030/6

keeper [1] 7952/24
KELLEY [1] 7901/4
Kent [7] 7936/16 7946/7 7972/6 7972/18
7975/14 8001/3 8001/17
KERRY [1] 7902/6
Kevin [3] 7904/9 8012/21 8013/7
key [28] 7914/22 8023/6 8024/2 8025/24
8026/8 8026/9 8027/15 8027/16 8033/11
8035/25 8036/2 8036/23 8042/5 8043/25
8051/20 8052/2 8057/13 8057/22
8059/16 8060/6 8064/6 8064/9 8065/9
8066/9 8066/10 8066/15 8067/13
8073/12
kick [2] 7999/17 8000/25
kill [30] 7924/9 7924/15 7924/16 7927/5
7931/25 7932/2 7932/2 7932/3 7932/5
7932/7 7932/21 7932/22 7932/24
7934/12 7937/5 7937/7 7937/15 7937/21
7965/4 7965/5 7983/22 7984/5 7984/14
7984/22 7985/8 7985/9 7986/9 8003/13
8006/3 8007/3
Kinchen [2] 7902/19 7902/20
kind [8] 7914/24 7917/12 7918/4
7947/21 7967/16 7976/9 7977/22
8019/23
King [1] 8081/20
Kirkland [1] 7901/21
kitchen [1] 7917/12
knew [6] 7918/18 7951/17 7966/10
7968/11 7968/19 8028/17
know [66] 7905/15 7906/23 7919/8
7923/4 7923/5 7923/15 7924/7 7939/8
7951/21 7952/6 7952/8 7952/11 7952/11
7954/14 7956/18 7957/24 7958/7
7959/18 7962/20 7966/11 7968/2
7968/18 7968/20 7969/25 7970/2 7973/4
7973/6 7973/14 7977/6 7977/13 7980/3
7980/9 7980/10 7981/7 7982/8 7982/15
7983/4 7991/7 7991/8 7991/12 7991/21
7991/22 7991/23 7992/4 7992/5 7992/16
7994/25 7998/16 7999/9 8001/10
8001/11 8003/2 8003/4 8003/9 8004/24
8021/9 8040/15 8041/18 8042/9 8043/12
8055/7 8056/24 8057/3 8068/18 8077/14
8094/20
knowledge [12] 7914/1 7915/20 7936/19
7957/25 7958/2 7973/18 7974/6 7974/19
7974/19 7985/23 7987/22 7989/16
known [2] 7908/9 7980/14
knows [3] 7926/7 7960/9 7989/13
KPI [1] 8044/1
KPIs [4] 8027/11 8027/14 8027/14
8027/23
KRAUS [1] 7901/16
Kullman [1] 7899/5

## L

Lacy [6] 7904/9 8012/21 8013/7 8068/9
8068/13 8069/19
laed.uscourts.gov [1] 7903/12
Lafayette [7] 7898/21 7902/18 7917/21
7929/6 7929/13 7990/20 8011/22
Lafleur [1] 7902/16
Lamar [1] 7903/8
Lambert [1] 7931/23
LANGAN [1] 7901/22
language [1] 8003/11
large [10] 8018/15 8018/18 8022/12
8022/22 8026/15 8027/24 8042/8
8080/20 8081/18 8087/3
largest [1] 8085/4

L

Las [2]  7929/8 7930/6
Las Vegas [2]  7929/8 7930/6
Lasalle [1]  7901/23
last [21]  7916/2 7927/2 7927/25 7928/5
7936/6 7939/1 7976/14 7976/22 7986/24
7987/3 7989/10 8003/20 8003/22 8027/6
8030/22 8031/1 8039/1 8053/2 8065/12
8071/17 8082/11
last-minute [1]  7976/14
lasted [1]  7911/15
lastly [1]  8011/15
late [6]  7909/6 7937/24 7946/11 8023/12
8053/12 8081/18
later [9]  7915/14 7928/10 7934/22
7936/24 7955/16 7968/20 7968/23
7968/24 8052/7
latter [1]  8021/24
Laurie [1]  8061/3
Law [3]  7899/15 7899/18 7900/5
LAWRENCE [1]  7900/21
lawyer [1]  7971/16
lawyer's [1]  8004/24
lawyers [2]  7971/16 8003/3
lay [2]  7994/9 8085/1
lead [4]  7950/24 7972/22 8067/14
8068/22
leader [45]  7908/9 7909/8 7951/1 7951/2
7958/14 7962/7 7972/23 7973/13
7973/19 7976/5 8009/13 8014/9 8014/18
8015/22 8019/17 8019/19 8019/20
8019/23 8020/2 8020/9 8022/3 8022/3
8022/8 8023/2 8023/12 8025/11 8025/18
8028/14 8028/24 8034/14 8036/11
8036/21 8041/13 8042/6 8043/1 8044/18
8045/3 8045/9 8045/12 8054/2 8055/14
8056/9 8056/21 8067/17 8067/24
leaders [10]  7914/1 7916/7 7941/15
7941/17 7941/20 8005/17 8008/16
8008/22 8033/11 8074/23
leadership [57]  7952/2 7973/1 7974/22
7976/19 8021/18 8023/16 8024/9
8028/12 8029/2 8029/5 8029/24 8030/5
8030/8 8030/11 8030/19 8031/16
8031/24 8032/3 8032/6 8032/7 8033/1
8033/6 8033/7 8033/8 8033/10 8034/4
8035/24 8036/13 8036/19 8037/5
8037/23 8037/24 8038/1 8038/6 8038/10
8038/14 8038/20 8038/21 8041/7 8047/6
8049/13 8051/7 8057/11 8057/21
8057/25 8058/4 8062/15 8071/7 8071/22
8072/9 8072/11 8074/2 8074/7 8078/5
8089/14 8089/25 8093/24
leading [1]  7938/10
leads [1]  8037/22
learn [4]  8027/2 8037/6 8038/19 8063/4
learned [4]  7939/16 8039/14 8039/21
8040/16
learning [7]  8037/15 8038/6 8038/25
8052/16 8060/24 8061/19 8066/13
learnings [9]  8038/11 8038/15 8038/24
8039/3 8039/9 8039/17 8059/17 8062/12
8062/20
leased [2]  8055/8 8056/1
leases [1]  8022/15
LEASING [1]  7898/8
least [11]  7939/7 7960/20 7977/2 7985/1
7993/19 8011/19 8028/4 8043/17
8046/20 8063/16 8095/1
leave [10]  7920/22 7925/17 7955/24
7968/7 7968/10 7968/11 8007/22 8034/4
8035/10 8044/22

leaving [5]  7909/17 7910/2 8020/1
8020/6 8037/24
led [8]  7909/23 8015/21 8018/3 8018/15
8018/17 8041/16 8079/7 8082/15
leeway [1]  7921/21
left [13]  7912/25 7929/4 7929/10 7933/6
7933/11 7937/18 7979/15 7986/15
7986/17 7986/20 7991/23 8053/22
8055/11
legal [3]  7966/12 7977/17 8082/15
Legend [1]  7910/1
Leger [2]  7899/12 7899/12
legitimate [1]  8088/1
length [1]  8020/1
Leo [2]  7927/18 7931/23
less [4]  8064/16 8082/23 8086/23 8094/8
let [18]  7905/15 7906/23 7907/14
7920/22 7924/7 7929/9 7933/9 7936/9
7938/22 7943/22 7976/13 7982/1 7986/1
7989/5 7994/18 8004/25 8032/14
8038/13
let's [51]  7918/10 7923/21 7933/20
7952/13 7955/9 7955/9 7958/12 7966/19
7969/6 7969/7 7970/20 7971/10 7971/19
7978/9 7978/9 7983/10 7990/2 7997/1
7997/1 7997/19 7998/9 7998/17 7998/22
7999/12 8001/12 8002/5 8003/16 8007/8
8008/3 8008/19 8009/5 8015/20 8032/14
8042/14 8044/8 8044/16 8045/7 8048/13
8050/14 8060/12 8061/21 8075/1
8079/22 8083/10 8083/12 8084/9
8084/24 8085/4 8088/20 8092/1 8094/9
letting [1]  7989/4
level [7]  7912/7 7933/6 7941/21 7974/14
7976/19 8026/11 8050/21
levels [1]  8057/17
Leverage [1]  8052/20
Lewis [4]  7899/5 7901/18 7903/2 7903/7
LI [1]  7902/13
licenses [1]  8016/8
light [2]  8063/21 8074/16
like [32]  7906/23 7930/2 7930/21 7932/7
7945/5 7946/7 7950/2 7952/22 7959/3
7959/14 7960/15 7971/13 7975/4
7979/20 7979/21 7983/14 7991/11
7994/4 7995/22 7996/3 7996/4 8001/16
8001/18 8012/20 8014/19 8016/9 8025/4
8028/19 8040/4 8043/6 8066/14 8093/6
likely [1]  7950/11
likes [1]  7968/7
limit [6]  7962/9 7962/11 7962/12 7962/18
7962/23 7963/9
limited [1]  8041/8
line [60]  7924/16 7924/16 7927/5
7931/25 7932/2 7932/2 7932/3 7932/6
7932/8 7932/21 7932/22 7932/24
7934/12 7937/5 7937/7 7937/9 7937/15
7937/21 7944/6 7944/12 7951/22
7952/17 7953/6 7955/11 7960/24 7965/4
7965/5 7968/15 7983/23 7984/5 7984/14
7984/22 7985/8 7985/9 7986/9 8003/13
8004/8 8004/13 8006/4 8007/3 8035/7
8035/7 8036/14 8059/20 8059/23 8062/4
8065/10 8082/18 8085/6 8089/18
8090/13 8091/13 8092/23 8093/2 8093/8
8093/9 8093/14 8093/21 8093/22
8093/24
lineage [1]  7941/19
lined [8]  7925/22 7932/24 7937/8
7937/10 8003/13 8004/9 8006/4 8007/4
liner [14]  7949/24 7950/4 7950/12
7950/12 7953/7 7954/8 7954/15 7954/17
7954/20 7955/3 7955/10 7956/4 7956/13

7959/24
[549]  7908/17 7948/2 7948/11 7953/9
7954/7 7955/9 7958/22 7973/23 8091/2
linked [1]  8059/10
lion's [1]  8086/12
liquid [2]  7979/5 7979/10
Liskow [1]  7901/18
list [3]  7913/20 8026/5 8052/1
listed [4]  7935/19 8041/6 8073/19
8092/19
listen [1]  8035/13
listened [3]  7955/22 7956/16 7956/23
listening [1]  7948/18
Litigation [1]  7901/3
little [14]  7906/21 7906/24 7937/3 7955/9
7960/8 7966/18 8014/19 8015/20 8056/6
8061/21 8070/3 8077/21 8078/7 8092/3
live [2]  7906/12 7906/13
Liverpool [1]  8016/4
LLC [11]  7898/19 7898/22 7899/2
7899/15 7901/15 7902/5 7902/6 7902/9
7902/12 7902/16 7902/20
LLP [6]  7899/21 7901/21 7902/2 7902/8
7902/12 7902/19
local [2]  8039/15 8040/17
localized [1]  8036/5
lock [1]  7963/20
lockdown [1]  7964/8
lodge [1]  7919/25
log [10]  7958/22 7958/22 7958/25
7959/8 7960/21 7961/7 7962/14 7966/7
7973/3 7978/2
logger [1]  7907/3
logging [2]  7907/3 7907/24
logical [4]  7950/14 8041/3 8054/19
8056/4
logistics [2]  8077/17 8077/18
logs [1]  7956/5
LOMS [1]  8053/16
London [3]  8018/1 8019/6 8021/3
lone [5]  7955/12 7955/21 7956/16
7958/1 7981/11
long [27]  7911/11 7932/15 7950/5
7951/23 7952/5 7954/8 7954/8 7954/14
7954/16 7954/18 7954/21 7955/3
7955/10 7956/4 7956/14 7959/21
7959/23 7960/4 7960/5 7989/24 8009/25
8018/8 8018/23 8021/21 8055/8 8055/19
8080/12
look [44]  7949/10 7950/14 7951/22
7952/13 7952/17 7968/22 7969/18
7975/18 7978/15 7980/3 7987/23 7992/5
8001/16 8008/13 8008/16 8008/18
8024/4 8032/14 8042/14 8044/5 8049/1
8050/6 8051/3 8051/18 8058/14 8060/12
8060/15 8060/25 8061/9 8061/21
8064/10 8065/16 8068/2 8069/16 8071/9
8071/20 8072/17 8078/17 8079/10
8082/25 8084/9 8090/20 8092/1 8093/17
looked [21]  7919/2 7919/5 7919/5
7919/12 7926/10 7945/12 7949/14
7982/13 7991/11 8002/10 8008/10
8032/12 8032/18 8032/20 8041/22
8041/23 8051/24 8052/5 8058/16 8076/9
8077/19
looking [11]  7911/3 7949/24 7950/12
7951/19 7958/21 7988/24 8029/8 8029/8
8041/25 8061/16 8088/25
looks [10]  7932/7 7946/7 7952/22 7959/3
7959/14 7960/15 7971/13 7978/14
7991/11 8001/18
Los [1]  7902/14
loss [14]  8011/11 8046/25 8066/21

**L**

loss... [11]  8066/21 8066/23 8067/20
8068/21 8069/3 8069/6 8071/18 8071/21
8072/19 8074/12 8074/23
losses [7]  7949/23 7953/14 7953/15
7953/18 7954/17 7972/10 7972/10
lot [12]  7921/18 7922/22 7981/15
7997/10 8011/17 8032/6 8032/22
8044/17 8044/17 8057/10 8077/6 8077/6
lots [2]  7911/20 8076/24
LOUISIANA [24]  7898/2 7898/6 7898/21
7898/24 7899/7 7899/13 7899/16
7899/19 7899/23 7900/7 7901/11
7901/12 7901/13 7901/15 7901/17
7901/20 7902/7 7902/18 7903/11
7906/25 7907/8 7917/21 7996/12
8095/10
low [1]  7954/4
lower [2]  7952/24 8077/21
lowered [1]  8037/20
LS [1]  7951/23
Lucari [5]  7935/25 7936/16 7971/17
8002/15 8022/16
Luceri [1]  8002/14
LUIS [1]  7902/13
lunch [1]  7948/3
LUTHER [1]  7901/8

**M**

M-I [1]  7992/12
M54 [2]  7953/1 7953/3
Machine [1]  8052/15
Macondo [13]  7913/24 7941/10 7941/12
7941/13 7948/15 7952/3 7955/4 7974/10
7975/3 7977/5 7979/9 8082/9 8085/18
made [29]  7909/7 7919/20 7920/18
7927/4 7946/13 7949/6 7951/21 7959/8
7965/21 7966/22 7965/23 7972/3
7974/15 7976/17 8009/14 8026/25
8037/21 8037/22 8037/24 8041/18
8042/11 8043/19 8056/4 8056/15 8057/2
8058/1 8090/9 8090/24 8091/4
Magazine [1]  7900/6
Mahtook [1]  7902/16
mail [11]  7975/12 7975/15 7975/17
7975/22 7975/23 7975/24 7976/24
7977/10 7977/15 8033/7 8064/12
Main [1]  7899/22
maintenance [1]  8043/25
major [21]  7907/9 7961/19 8028/25
8040/14 8041/24 8059/3 8059/19 8060/1
8061/18 8061/22 8063/24 8064/14
8065/18 8065/23 8067/12 8071/12
8071/18 8073/14 8073/23 8084/6
8087/12
majored [1]  7907/10
majority [2]  8081/22 8086/20
make [23]  7905/22 7922/3 7925/21
7925/22 7932/22 7952/25 7970/6
7997/14 8003/5 8012/9 8025/22 8026/15
8026/16 8027/10 8027/25 8028/1 8034/1
8034/6 8034/23 8045/12 8046/3 8055/14
8067/11
makes [3]  7905/14 7951/7 8054/22
making [21]  7950/3 7956/4 7958/9
7963/10 7974/15 7974/16 7987/25
8003/7 8022/16 8037/3 8043/14 8043/22
8043/23 8044/10 8044/25 8058/4 8066/1
8073/12 8075/18 8076/22 8077/3
malfunction [1]  7988/17
MALINDA [1]  7900/21
man [6]  7908/9 7908/15 7919/21 7921/2

7922/18 7992/18
managed [11]  8027/12 8062/5 8082/1
8066/9 8066/15
managed [2]  8027/5 8064/8
management [58]  7959/20 7959/24
7972/18 8021/12 8024/9 8027/4 8027/6
8029/22 8041/12 8043/16 8045/10
8045/13 8045/17 8045/22 8047/15
8047/24 8048/2 8048/16 8049/17
8049/18 8050/4 8051/6 8052/21 8053/16
8054/10 8054/17 8054/25 8055/1 8055/2
8055/15 8055/21 8058/22 8062/21
8064/15 8065/1 8065/4 8065/18 8065/24
8065/25 8066/7 8066/12 8067/2 8067/13
8067/14 8071/3 8076/16 8076/16
8076/19 8076/21 8076/22 8077/12
8079/12 8079/13 8083/24 8086/20
8086/25 8088/21 8089/4
manager [1]  8008/5
managers [1]  7914/1
managing [4]  8019/12 8028/1 8074/24
8088/16
manner [3]  7976/23 8026/17 8045/15
manual [1]  8070/13
manually [1]  7951/16
manufacturing [1]  8018/4
many [15]  7912/14 7917/13 7976/14
8006/10 8015/11 8015/13 8022/7
8023/16 8036/13 8037/18 8039/6
8055/11 8080/18 8080/18 8087/21
map [1]  8062/5
March [2]  7908/4 7912/6
March 2011 [1]  7912/6
margin [1]  7957/13
Mark [28]  7933/17 7933/22 7935/13
7936/24 7937/1 7937/4 7937/6 7937/8
7937/10 7937/12 7937/16 7950/19
7952/18 7960/12 7960/24 7963/17
7964/1 7966/20 7967/9 7968/2 7985/1
7986/6 8003/11 8003/21 8004/7 8004/13
8004/18 8025/3
Mark Hafle [1]  7952/18
marked [1]  7939/4
market [2]  8076/17 8077/9
marketing [1]  8018/6
Marlin [3]  8081/20 8081/21 8081/24
Martin [8]  7917/16 7969/11 7990/19
7992/7 7993/5 7997/25 7998/14 7999/14
master's [4]  7907/11 7907/16 8015/25
8016/5
match [2]  7965/21 7966/3
materials [3]  7905/11 8025/8 8077/16
Matt [2]  7905/18 8010/9
matter [3]  7919/3 7921/1 7995/23 8043/9
8095/13
mattered [1]  8044/24
matters [10]  8044/9 8044/16 8075/9
8075/21 8076/17 8076/19 8077/12
8078/1 8078/3 8083/8
MATTHEW [1]  7901/23
mature [1]  8046/22
may [24]  7917/18 7918/20 7919/8
7919/20 7921/19 7927/19 7937/24
7943/7 7948/6 7948/11 7952/21 7969/9
7969/23 7971/7 7974/23 7985/10
7985/12 8008/10 8009/4 8010/12
8010/14 8042/17 8043/17 8047/13
May 12 [3]  7969/9 7969/23 7971/7
May 6 [1]  8042/17
maybe [10]  7909/6 7919/17 7945/10
7959/15 8003/7 8055/12 8055/12
8077/14 8094/8 8094/23
MAZE [1]  7901/8

MBA [2]  8017/14 8017/17
mboe [1]  8017/21
mboe/d [1]  8078/21
McCLELLAN [1]  7900/19
McKay [4]  7946/7 7946/23 7947/1
7947/5
MD [1]  7898/4
me [48]  7906/21 7907/14 7908/8
7908/12 7909/7 7909/8 7909/12 7910/7
7917/17 7919/11 7920/22 7925/23
7929/9 7933/9 7936/9 7938/22 7943/22
7945/15 7946/13 7950/2 7951/1 7968/18
7975/6 7975/19 7976/13 7977/1 7981/19
7981/19 7983/19 7984/8 7989/5 7991/25
7994/4 7996/3 7998/6 8004/25 8007/23
8021/7 8026/12 8029/11 8029/12
8029/14 8030/14 8031/24 8032/14
8037/16 8038/13 8067/9
mean [20]  7920/18 7929/16 7938/3
7938/20 7943/7 7943/10 7943/21
7947/18 7955/14 7955/18 7962/10
7962/16 7962/17 7963/25 8029/15
8029/15 8036/2 8040/25 8089/16
8089/22
means [2]  7962/22 7977/17
meant [3]  7944/1 7944/11 8040/17
measures [4]  8034/22 8051/10 8063/16
8077/11
mechanical [6]  7903/16 8015/24 8016/1
8016/11 8016/18 8016/20
mechanically [1]  7982/10
Meche [3]  7992/12 7992/14 7994/9
meet [3]  8031/15 8039/20 8057/24
meeting [13]  7925/11 7950/21 8030/4
8030/5 8057/24 8065/1 8065/6 8067/15
8071/11 8071/16 8071/17 8071/20
8083/20
meetings [15]  7943/23 7948/8 8030/1
8030/2 8030/18 8031/10 8032/2 8036/23
8036/25 8037/5 8038/20 8042/8 8050/5
8064/6 8065/4
member [1]  7971/8 8001/3
members [2]  7998/3 8033/7
men [4]  7932/19 7937/25 7979/25
7982/17
mention [3]  7948/24 7983/25 8005/12
mentioned [11]  7977/11 7983/24 7984/1
7990/14 8026/23 8031/10 8033/6 8047/20
8050/13 8051/1 8054/4
mentions [2]  7924/13 7948/22
mere [1]  7993/20
merged [1]  7909/1
message [9]  8028/20 8028/22 8029/23
8036/20 8040/23 8042/3 8044/23
8044/23 8089/17
messed [2]  7935/12 7938/15
met [4]  7943/3 8024/10 8024/11 8030/5
metrics [7]  8027/11 8027/19 8027/21
8027/22 8027/22 8041/21 8063/1
MEXICO [73]  7898/5 7906/18 7909/13
7909/17 7910/10 7910/16 7912/3
7912/11 7941/1 7941/2 7941/3 7941/9
7952/3 7973/23 7974/9 8007/24 8008/14
8009/17 8014/10 8014/11 8014/14
8015/18 8015/23 8019/17 8020/3 8020/9
8021/8 8022/4 8022/23 8024/15 8028/9
8028/17 8028/23 8029/6 8031/11 8032/4
8032/18 8033/18 8034/15 8034/23
8036/11 8036/22 8040/3 8040/10
8041/14 8042/18 8043/5 8043/19
8044/11 8044/14 8045/16 8046/2 8046/4
8046/13 8048/21 8050/9 8051/7 8051/9
8051/21 8056/22 8064/2 8067/13

MEXICO... [11] 8067/18 8078/13 8080/5
8080/24 8081/9 8081/11 8082/17 8083/4
8085/25 8088/9 8092/16
Mexico's [8] 8024/8 8025/10 8025/17
8042/2 8065/18 8065/25 8066/19
8084/25
MICHAEL [2] 7900/9 7902/12
MICHELLE [1] 7900/20
mid [1] 7909/16
mid-2006 [1] 7909/16
Midland [2] 7908/8 7908/11
might [7] 7915/11 7922/5 7922/20
7923/14 7937/8 7947/13 8004/7
MIKE [3] 7902/3 7988/21 8012/19
milestone [1] 8043/15
MILLER [3] 7902/6 7988/15 7992/24
million [15] 8084/17 8084/21 8085/5
8085/8 8085/21 8085/22 8086/2 8086/6
8086/15 8086/17 8086/23 8087/12
8087/18 8087/20 8088/6
million-dollar [1] 8086/17
millions [2] 8084/19 8084/20
mind [3] 7922/4 7985/2 8004/5
mindful [1] 7947/15
minds [1] 8035/14
mini [1] 7932/24
minimize [1] 8067/12
minor [1] 8003/7
minute [12] 7939/10 7945/6 7947/14
7950/4 7976/14 7989/2 7994/3 7994/11
7994/25 7997/2 8012/22 8060/2
minutes [7] 7918/2 7926/4 7927/5
7928/9 7937/16 8011/23 8053/1
misconception [1] 8076/2
misinterpretation [1] 8011/10
misinterpreted [1] 7940/1
missing [1] 7958/9
mission [1] 8006/17
mitigate [1] 8069/23
mitigation [28] 8047/1 8059/10 8062/12
8065/9 8067/1 8067/7 8067/23 8067/25
8068/5 8068/6 8069/4 8069/12 8069/15
8069/18 8069/22 8070/4 8070/9 8070/15
8070/19 8071/6 8071/6 8072/22 8072/4
8072/10 8072/13 8072/15 8073/15
8074/23
mitigations [2] 8066/10 8071/13
MMS [10] 7958/6 7965/21 7966/4
7968/16 7968/19 7968/22 7969/3
7971/22 7972/1 7972/19
mobile [2] 7899/4 8054/19
mobilized [2] 8021/11 8021/12
MoC [4] 7959/20 7959/21 7960/2 7960/8
model [7] 7951/11 7951/13 7951/14
7951/15 7951/18 7952/9 7978/23
modeling [5] 7949/6 7949/20 7951/5
7970/6 7970/12
MODUs [2] 8070/16 8070/17
moment [3] 7984/16 7987/9
momentarily [2] 8049/22 8090/21
moments [1] 8039/19
Monday [1] 8072/6
money [2] 8075/19 8088/16
monitor [4] 7926/14 7932/2 7932/22
7932/24
Monitored [2] 7926/4 7931/22
monitoring [2] 7926/9 7931/25
Montgomery [1] 7901/10
month [3] 8023/15 8058/3 8064/17
monthly [5] 8031/14 8058/2 8063/2
8063/6 8079/14

months [9] 7907/2 7909/6 7909/6
7935/22 8032/11 8072/23 8083/14
8080/7
months' [2] 8054/21 8054/22
moored [1] 7910/1
more [28] 7910/4 7916/7 7921/14
7923/19 7945/7 7954/21 7955/4 7958/24
7961/10 7966/18 7969/4 7974/15
7976/21 7983/2 7986/11 8017/19
8025/16 8027/2 8027/2 8031/13 8037/19
8041/5 8059/11 8080/9 8087/9 8087/16
8093/25 8094/7
Morel [7] 7946/6 7947/9 7949/5 7949/18
7950/7 7950/19 7967/1
Moreover [1] 7976/17
morning [11] 7905/20 7910/25 7910/25
7916/20 7929/8 8013/13 8013/14
8064/20 8094/10 8094/17 8094/24
Morrison [3] 8064/13 8092/10 8092/12
most [7] 7945/12 8014/11 8022/4 8055/3
8055/3 8055/23 8055/23
motto [1] 8089/20
Mountain [1] 8082/11
move [10] 7920/7 7932/10 7955/9
7962/22 7967/25 7994/19 8046/7 8055/5
8055/18 8082/24
moved [7] 7907/2 7909/12 8018/3
8018/14 8018/14 8019/6 8020/5
mover [1] 8046/4
moves [1] 8054/20
moving [1] 7988/14
Mr [10] 7923/9 7927/2 7930/25 7942/17
7969/1 7989/17 7989/21 7991/3 8000/6
8002/14
Mr. [283]
Mr. Anderson [2] 7946/24 7946/25
Mr. Azar [1] 8094/17
Mr. Bly [7] 7921/6 7921/10 7943/1
7983/12 8006/20 8024/25 8052/4
Mr. Brian [4] 7917/16 7922/3 7922/9
8010/11
Mr. Brock [2] 7975/13 8094/23
Mr. Brock's [1] 8094/16
Mr. Cocales [2] 7947/11 7950/24
Mr. Corser [15] 7942/9 7942/14 7942/22
7947/1 7947/6 7971/17 7972/7 8001/6
8001/8 8001/10 8001/21 8001/24 8002/1
8003/1 8006/20
Mr. Corser's [3] 8001/14 8001/15
8001/18
Mr. Cowie [10] 7942/17 7969/10 7975/12
7990/18 7998/14 7999/14 8006/20
8007/25 8008/8 8008/23
Mr. Cunningham [1] 7951/4
Mr. Donald [1] 7916/22
Mr. Emilsen [2] 7905/8 7978/25
Mr. Godwin [1] 7919/24
Mr. Guide [5] 7966/2 7968/22 7970/5
7971/16 8012/4
Mr. Guillot [1] 7942/17
Mr. Hafle [45] 7934/1 7934/5 7934/14
7934/17 7934/18 7934/22 7935/4 7935/8
7937/19 7937/24 7937/25 7938/8
7938/18 7939/16 7944/4 7947/10
7957/20 7957/22 7957/25 7958/20
7959/11 7960/23 7961/22 7964/5 7966/5
7968/21 7978/9 7983/21 7985/13
7985/20 7986/11 7986/13 7986/17
7987/4 7997/16 7999/21 8001/22
8001/23 8002/9 8006/2 8006/10 8006/13
8006/21 8007/1 8007/2
Mr. Hafle's [3] 7955/21 7956/16 8003/2
Mr. Hartley [1] 7918/22

Mr. Inglis [3] 8024/25 8025/9 8052/3
Mr. Inglis [1] 8024/20
Mr. Jim [1] 7917/16
Mr. John [1] 8012/3
Mr. Kaluza [8] 7929/10 7930/3 7930/5
7930/8 7931/20 7933/10 7933/12
7933/16
Mr. Kent [1] 8001/3
Mr. Lacy [3] 8068/9 8068/13 8069/19
Mr. Lucari [3] 7935/25 7936/16 7971/17
Mr. Mark [2] 7933/17 7933/22
Mr. Martin [6] 7969/11 7990/19 7992/7
7993/5 7998/14 7999/14
Mr. Meche [2] 7992/14 7994/9
Mr. Morel [4] 7947/9 7949/5 7949/18
7950/7
Mr. Morrison [2] 8064/13 8092/12
Mr. Neil [1] 8012/20
Mr. Regan [8] 7921/11 7921/18 7921/21
7922/4 7923/1 7939/4 7990/14 7993/21
Mr. Richard [1] 8092/9
Mr. Robinson [41] 7906/11 7906/23
7907/7 7908/2 7910/13 7910/24 7912/15
7912/23 7913/8 7915/1 7915/20 7917/5
7920/15 7920/23 7923/25 7925/6
7925/10 7926/2 7926/8 7928/19 7930/11
7930/18 7931/19 7933/10 7933/21
7936/6 7938/25 7939/10 7940/7 7940/22
7947/15 7947/17 7949/4 7954/23
7987/22 7988/20 7989/12 7990/14
7997/8 8010/12 8012/14
Mr. Robinson's [2] 7921/11 7969/14
Mr. Ruehle [1] 8072/2
Mr. Shaw [4] 8012/23 8013/8 8014/3
8028/6
Mr. Sims [2] 7916/23 7944/4
Mr. Sprague [1] 7956/24
Mr. Sterbcow [5] 7978/5 7990/10
8010/24 8012/2 8012/4
Mr. Steve [1] 7906/2
Mr. Underhill [1] 7995/23
Mr. Vidrine [64] 7916/23 7917/5 7917/18
7917/25 7918/7 7918/11 7918/15
7918/25 7919/2 7919/3 7919/20 7920/1
7920/24 7922/18 7923/14 7924/1
7924/24 7925/12 7925/21 7926/15
7927/22 7928/6 7928/19 7928/22 7934/2
7934/19 7937/20 7937/23 7938/8
7938/13 7938/17 7938/25 7939/16
7944/3 7983/21 7983/24 7985/5 7985/16
7986/19 7991/19 7991/20 7992/18
7993/16 7994/21 7995/5 7995/11
7995/14 7997/16 7997/23 7999/20
8000/7 8000/11 8000/14 8000/21
8000/23 8001/6 8001/21 8001/24
8006/23 8007/2 8007/5 8007/6 8011/15
8011/17
Mr. Vidrine's [4] 7917/11 7929/4 7929/10
7938/18
Mr. Wall [2] 7942/14 7942/22
Mr. Walz [1] 7950/25
Ms [2] 7904/12 7988/15
Ms. [4] 7921/6 7992/24 8064/19 8065/13
Ms. Karis [1] 7921/6
Ms. Miller [1] 7992/24
Ms. Skelton [2] 8064/19 8065/13
much [10] 7924/18 7931/22 7954/1
7959/21 7959/22 8043/11 8052/7 8079/2
8087/2 8094/7
mud [18] 7907/3 7907/3 7907/24 7926/9
7926/9 7927/18 7927/18 7928/11
7928/16 7928/17 7931/10 7931/11
7931/21 7953/13 7953/21 7954/1 7954/4

**M**

mud... [1] 7987/15
multiple [3] 8055/13 8059/8 8068/23
Munger [1] 7902/12
must [3] 7932/21 7953/5 8067/11
my [74] 7906/7 7906/20 7907/2 7907/19
7907/19 7911/10 7912/2 7913/11
7919/10 7919/21 7920/11 7921/16
7922/15 7923/8 7926/20 7929/1 7933/20
7940/22 7964/6 7969/18 7985/24 7991/4
7991/12 7991/13 7993/23 7994/2 7994/9
7996/20 7997/18 7999/16 7999/19
7999/23 7999/24 8000/17 8006/9
8010/16 8011/6 8011/8 8013/20 8017/2
8017/14 8020/7 8021/9 8021/18 8021/19
8023/16 8024/10 8024/12 8029/1 8029/5
8029/6 8030/5 8032/7 8033/8 8033/9
8034/4 8035/24 8039/6 8044/18 8045/12
8049/12 8055/25 8057/12 8058/4 8070/1
8070/5 8072/11 8074/2 8083/21 8090/17
8090/17 8091/7 8094/12 8095/11
myself [12] 7917/17 7922/17 7936/16
8003/1 8023/17 8035/24 8049/12
8057/12 8057/21 8064/5 8072/11 8074/2

**N**

N-E-I-L [1] 8013/20
name [8] 7906/5 7906/7 7929/24
7940/22 7947/20 7957/2 8013/18
8013/20
names [1] 7917/15
narrow [1] 7983/13
NATHANIEL [1] 7900/16
nation [2] 8043/7 8043/11
natural [2] 7900/13 8055/19
nature [2] 8039/23 8082/4
near [1] 7930/6
necessarily [2] 7943/15 7944/6
necessary [4] 7959/25 7962/15 7963/8
8054/14
need [9] 7958/23 7961/9 7965/22
7968/16 7969/3 8028/2 8059/3 8066/5
8088/12
needed [11] 7932/2 7954/4 7958/24
7961/10 7968/19 8023/19 8044/19
8050/11 8053/9 8066/9 8070/22
needs [3] 7966/4 8033/25 8034/6
negative [46] 7924/24 7926/16 7927/7
7927/8 7927/9 7927/25 7928/22 7931/8
7931/24 7933/12 7934/19 7935/12
7937/2 7937/12 7937/15 7937/20
7937/21 7938/9 7939/21 7939/24 7956/5
7956/7 7956/9 7963/24 7964/3 7964/11
7964/16 7965/23 7966/7 7967/16
7968/12 7978/2 7984/9 7985/3 7986/25
7987/5 8001/22 8004/15 8004/21
8005/18 8005/20 8006/6 8009/19
8009/21 8011/10 8082/19
negative-test [3] 7956/7 7956/9 7963/24
negotiate [2] 8087/6 8087/14
Neil [5] 8012/20 8013/16 8013/20
8013/23 8064/19
neither [2] 7919/9 7919/9
never [9] 7983/25 7984/21 8007/1
8007/5 8012/11 8056/19 8056/23
8089/18 8089/24
new [20] 7898/6 7898/24 7899/7
7899/13 7900/7 7901/17 7901/20 7902/7
7903/11 7950/2 7973/8 7973/25 8049/17
8051/6 8055/19 8063/3 8081/13 8081/13
8081/14 8081/22
next [42] 7905/14 7906/1 7909/18

7910/2 7912/1 7925/4 7925/5 7925/5
7920/6 7947/3 7947/3 7948/4 7949/10
7950/18 7951/22 7953/6 7953/10
7953/25 7955/11 7959/14 7960/17
7960/24 7961/3 7961/23 7963/13
7965/17 7972/6 7973/2 7973/22 7974/12
8000/17 8004/3 8012/18 8012/19
8013/8 8017/1 8019/5 8020/11 8024/14
8026/14 8054/20 8055/6
night [2] 7929/20 7929/21
nine [2] 7912/16 8055/12
Ninth [1] 7899/19
no [124] 7913/2 7913/4 7914/7 7915/3
7915/3 7915/6 7915/9 7915/24 7915/24
7916/12 7917/25 7925/14 7930/12
7930/15 7932/25 7933/15 7934/21
7937/22 7939/2 7939/22 7940/19 7945/4
7948/1 7948/13 7948/13 7956/3 7956/3
7957/15 7957/25 7958/11 7960/4 7960/6
7961/7 7966/2 7966/6 7966/6 7966/7
7966/7 7966/17 7967/19 7968/2 7966/17
7970/8 7970/10 7970/15 7972/10 7974/7
7974/11 7974/14 7974/24 7974/25
7977/13 7978/2 7979/20 7981/10
7983/24 7984/3 7984/5 7984/14 7984/15
7984/15 7984/22 7985/15 7986/11
7986/19 7986/23 7987/7 7989/9 7990/20
7991/23 7995/8 7996/11 7996/22 7999/3
8000/2 8001/8 8001/23 8003/10 8004/12
8004/17 8004/23 8005/12 8005/16
8005/16 8005/19 8005/19 8005/21
8006/7 8006/18 8006/24 8007/7 8007/9
8007/12 8007/19 8007/21 8008/2 8008/5
8009/4 8009/22 8010/1 8011/19 8020/24
8034/4 8035/10 8037/8 8041/9 8041/15
8047/14 8047/17 8048/4 8048/23 8049/5
8053/6 8058/24 8059/25 8073/23
8077/23 8081/10 8088/18 8088/19
8091/10 8091/19 8092/13 8094/3
No. [3] 7961/24 8028/4 8073/23
No. 2 [1] 8028/4
No. 40 [1] 7961/24
No. 8 [1] 8073/23
nobody [1] 7958/2
nomenclature [1] 8019/23
none [1] 7956/6
NONJURY [1] 7898/14
nonproductive [1] 8031/6
nonrecurring [1] 8085/10
nonretained [1] 7989/7
nor [1] 7977/10
Norfolk [1] 7902/20
normal [2] 7924/15 7952/4
north [13] 7901/12 7909/21 7909/22
7910/3 7910/4 8008/1 8008/3 8008/6
8008/9 8008/21 8009/9 8017/5 8046/6
North Sea [1] 8017/5
not [181] 7913/2 7913/4 7914/7 7914/10
7914/11 7915/6 7915/9 7918/11 7919/11
7919/6 7919/8 7919/12 7919/17 7919/18
7920/9 7920/25 7921/8 7921/15 7921/24
7922/15 7922/18 7923/9 7923/16
7924/18 7926/7 7927/14 7928/17
7930/12 7930/15 7931/1 7931/21 7933/7
7936/18 7937/17 7938/19 7938/20
7939/14 7939/15 7941/5 7943/5 7943/15
7943/21 7944/6 7944/15 7944/25 7945/4
7945/20 7947/16 7948/24 7951/12
7951/21 7954/23 7956/14 7956/23
7957/2 7958/9 7958/9 7959/8 7960/16
7961/7 7961/18 7962/7 7962/7 7962/15
7962/19 7962/21 7962/21 7963/6 7963/8
7965/21 7967/15 7968/2 7968/19

7968/9 7969/19 7969/21 7969/22
7969/24 7969/24 7970/10 7970/25
7971/8 7972/15 7973/8 7973/14 7974/4
7974/7 7974/11 7974/12 7974/24 7975/4
7976/22 7977/15 7977/17 7979/14
7979/23 7980/3 7980/11 7980/13 7982/8
7983/10 7983/19 7984/15 7984/25
7985/7 7985/9 7985/21 7985/24 7986/12
7986/14 7987/4 7987/23 7989/14 7990/9
7992/18 7994/3 7994/5 7994/18 7995/23
7996/5 7996/6 7996/20 7998/7 7998/12
7999/2 7999/3 7999/23 7999/24 8000/21
8001/4 8001/7 8001/8 8002/5 8002/21
8003/10 8003/22 8005/4 8005/6 8005/10
8005/15 8006/6 8006/8 8006/25 8007/14
8007/17 8008/14 8009/22 8010/25
8020/24 8029/19 8029/19 8040/9
8046/14 8046/18 8047/9 8047/18 8048/1
8049/5 8049/6 8049/7 8053/17 8057/15
8058/24 8059/3 8059/9 8059/10 8059/19
8060/21 8068/18 8070/4 8075/24 8078/8
8082/10 8083/9 8085/9 8087/22 8087/25
8088/8 8088/9 8091/11 8091/17
note [1] 7946/13
note's [1] 7960/20
notebook [7] 7913/10 7913/11 7913/12
7913/14 7935/14 7946/3 7952/14
noted [5] 7937/1 7961/14 7972/18
7973/18 7973/21
notes [129] 7913/11 7913/13 7914/12
7914/13 7914/15 7915/10 7915/11
7916/4 7916/14 7916/16 7916/17 7917/4
7918/6 7918/6 7918/10 7918/11 7920/15
7920/16 7920/24 7920/25 7921/2 7921/8
7921/11 7921/16 7921/19 7922/10
7922/13 7922/16 7922/18 7922/23
7923/2 7923/9 7923/18 7923/25 7925/11
7925/19 7925/25 7926/3 7927/3 7927/10
7927/21 7928/5 7929/17 7929/18
7929/21 7929/24 7930/8 7930/19
7933/22 7934/4 7934/13 7934/25 7935/4
7935/6 7935/7 7935/18 7935/23 7935/24
7935/25 7936/1 7936/4 7936/7 7936/11
7936/12 7938/21 7943/11 7945/20
7946/5 7947/17 7949/5 7952/2 7958/8
7961/6 7961/8 7961/20 7964/19 7966/9
7969/9 7969/10 7969/14 7969/18
7970/22 7971/12 7974/11 7974/24
7978/5 7983/20 7984/1 7986/22 7988/10
7990/9 7990/15 7990/16 7990/21 7991/3
7991/5 7991/6 7991/12 7991/13 7991/13
7992/11 7992/14 7993/11 7993/14
7997/18 7999/2 7999/8 7999/10 7999/16
7999/23 7999/24 8002/1 8002/17
8002/18 8003/18 8004/5 8004/7 8004/10
8004/25 8005/1 8005/8 8007/17 8010/12
8010/13 8010/16 8010/20 8010/23
8011/16 8012/3
nothing [15] 7934/12 7948/15 7974/20
7975/7 7979/15 7979/25 7980/23 7982/7
7996/13 7996/16 7996/18 8009/23
8041/5 8045/5 8085/20
notified [2] 7965/22 7966/4
notion [1] 8078/4
notwithstanding [1] 7920/21
November [12] 7911/15 7912/1 8014/7
8014/15 8020/3 8024/12 8024/21
8045/25 8052/4 8052/6 8052/6 8064/13
November 1 [1] 8014/7
November 20 [1] 8064/13
November 2008 [1] 8045/25
November 2009 [1] 8052/6
now [85] 7908/9 7910/10 7912/14

## N

now... [82]  7913/1 7916/17 7918/10
7923/17 7926/19 7927/6 7930/2 7939/23
7941/5 7941/23 7943/3 7943/19 7943/20
7945/5 7946/3 7946/15 7947/8 7947/23
7947/25 7948/18 7954/14 7958/12
7959/24 7966/6 7973/12 7975/22
7976/24 7979/9 7979/11 7980/23 7982/7
7983/13 7993/12 7993/19 7994/18
7997/22 8001/3 8002/14 8003/11
8003/16 8007/11 8007/25 8008/2
8014/17 8016/22 8018/10 8020/18
8022/1 8025/6 8029/7 8034/17 8037/12
8038/10 8039/23 8041/6 8042/22 8044/5
8045/7 8046/12 8047/12 8048/5 8053/11
8053/21 8056/6 8058/7 8059/2 8060/25
8061/9 8063/21 8065/21 8067/20
8068/15 8069/12 8073/3 8073/16 8074/1
8077/25 8079/7 8082/1 8084/24 8092/18
8093/21
number [52]  7944/7 7948/5 7948/8
7978/1 7993/1 8000/2 8016/14 8017/3
8017/10 8017/18 8023/21 8025/13
8028/18 8028/20 8030/13 8033/3 8033/9
8034/1 8034/6 8034/11 8034/24 8034/25
8035/11 8036/10 8036/16 8036/21
8037/4 8037/7 8040/20 8040/24 8041/6
8042/8 8042/10 8042/13 8043/6 8051/9
8051/21 8056/9 8057/9 8061/14 8066/24
8066/24 8070/13 8072/2 8075/23
8076/12 8082/21 8085/10 8087/4
8087/13 8090/15 8092/18
numbers [2]  8002/12 8057/4
numerous [1]  7940/7
NW [1]  7902/3

## O

O'Keefe [1]  7898/23
O'ROURKE [1]  7900/14
oath [1]  8006/5
object [7]  7920/2 7921/9 7923/9 7947/14
7967/22 7978/4 7993/22
objected [1]  7989/11
objection [27]  7905/20 7918/23 7919/10
7919/19 7919/22 7919/25 7920/11
7921/25 7922/21 7923/11 7926/20
7926/25 7928/24 7930/22 7938/10
7954/22 7955/6 7955/7 7969/13 7978/7
7985/17 7988/5 7993/23 7993/25 7994/8
7996/2 8009/1
objections [2]  7920/6 7978/5
objective [4]  7953/1 7953/3 8091/11
8091/11
objectives [1]  8023/25
observation [1]  7919/13
obtain [1]  8016/6
obtained [1]  8019/16
obtaining [1]  8017/17
obviously [5]  7905/19 7941/17 7948/5
8060/9 8090/12
occasions [2]  7998/7 8011/19
occur [2]  7960/25 8053/13
occurred [6]  7928/17 7956/6 7970/14
7984/16 7984/17 7987/1
occurs [1]  7979/14
Ocean [1]  7909/14
Ocean Confidence [1]  7909/14
October [2]  7905/10 8014/7
October 17 [1]  7905/10
October 31 [1]  8014/7
off [18]  7908/18 7909/20 7909/21
7913/25 7917/12 7924/19 7928/18

7932/1 7932/25 7933/6 7951/15 7951/20
7952/9 7971/6 7982/2 7988/22 7989/18
8085/10
offer [6]  7918/23 7919/20 7922/14
7989/9 7994/2 8013/11
offered [2]  7935/25 7989/3
offering [1]  7955/15
office [17]  7898/20 7900/16 7900/22
7901/13 7902/17 7906/15 7928/9
7929/12 7929/13 7931/8 7967/9 7990/20
7990/21 7991/25 7999/11 8001/9 8021/3
officer [5]  8014/5 8014/22 8020/5
8024/22 8030/16
Official [3]  7903/10 8095/8 8095/17
offset [1]  8082/18
offshore [18]  7902/6 7902/9 7902/12
7902/16 7902/20 7912/19 8015/6 8017/4
8017/8 8018/17 8022/22 8035/8 8035/18
8036/14 8047/25 8050/21 8077/15
8077/16
often [2]  8039/19 8039/22
oh [7]  7912/25 7913/22 7953/1 7962/10
7964/13 8012/7 8060/8
OI [2]  8064/20 8064/21
oil [16]  7898/4 7898/4 7907/16 7907/18
7908/3 7979/14 7982/17 7982/24 8015/7
8018/16 8022/21 8022/23 8081/11
8082/23 8093/3 8093/11
okay [32]  7917/22 7920/12 7923/22
7924/8 7925/13 7926/10 7926/11 7930/4
7940/12 7946/4 7949/1 7949/7 7949/9
7949/14 7952/13 7952/16 7963/20
7977/20 7981/5 7982/1 7986/23 7990/11
7991/16 7995/12 8000/16 8011/24
8024/16 8026/2 8030/17 8032/16 8038/4
8048/20
Olson [1]  7902/12
OMS [49]  8025/24 8026/8 8045/24
8046/2 8046/4 8046/7 8046/10 8046/12
8046/18 8047/6 8047/9 8047/13 8047/19
8047/22 8047/22 8048/6 8048/12
8048/15 8048/19 8048/20 8049/17
8049/24 8049/24 8050/1 8050/10
8050/11 8050/20 8051/5 8051/11
8051/13 8051/16 8053/12 8053/21
8053/23 8054/2 8054/4 8054/7 8056/8
8056/10 8058/2 8058/5 8058/7 8058/25
8061/24 8061/25 8062/6 8075/1 8075/9
8077/4
on [322]
on-rig [2]  7912/10 7941/2
on-site [1]  7953/22
onboard [1]  7918/2
once [13]  7965/19 7967/9 7979/14
7979/17 7980/9 7981/20 7982/17
7982/19 8025/10 8030/8 8031/10
8073/10 8083/23
one [112]  7905/20 7905/21 7905/21
7908/13 7912/16 7912/17 7914/18
7914/23 7916/1 7916/1 7916/3 7916/21
7918/12 7924/22 7938/15 7944/25
7946/5 7946/24 7947/6 7947/9 7948/5
7953/20 7955/3 7964/21 7966/2 7967/19
7969/5 7970/21 7971/6 7971/14 7978/22
7979/25 7988/16 7991/9 7992/7 7993/5
7998/7 8016/11 8018/5 8018/16 8025/13
8026/8 8026/12 8026/12 8026/14
8026/23 8027/3 8027/6 8027/8 8028/15
8028/18 8028/20 8030/3 8032/7 8032/12
8032/17 8033/25 8034/6 8034/24
8035/11 8036/10 8036/16 8036/21
8037/4 8037/7 8037/18 8038/17 8039/2
8039/3 8039/8 8040/20 8040/24 8042/6

8042/13 8042/14 8043/6 8043/13
8047/20 8048/8 8048/16 8050/6 8051/5
8051/21 8052/6 8052/8 8053/2 8053/6
8054/20 8055/5 8055/14 8058/17 8060/5
8061/23 8062/7 8062/9 8066/22 8066/23
8066/24 8066/24 8067/20 8068/24
8068/25 8071/18 8075/24 8080/4
8082/11 8084/11 8084/17 8085/10
8086/15 8090/15 8090/25
one-half [1]  7924/22
one-off [1]  8085/10
one-page [1]  8038/17
one-pager [2]  8039/3 8039/8
one-sided [1]  7969/5
one-step [1]  7978/2
one-year [1]  8084/17
ones [1]  8046/9
ongoing [2]  7943/5 8021/15
only [22]  7951/8 7974/13 7979/18
7981/20 7982/16 7982/20 7982/21
7985/4 7989/18 7989/22 7993/16
8000/13 8000/17 8000/20 8002/1
8010/16 8055/18 8057/20 8069/2
8076/23 8076/25 8078/8
onshore [5]  7909/10 8036/14 8047/16
8048/3 8050/21
onstream [2]  8081/18 8081/23
onto [1]  7980/16
open [1]  7956/12
Opened [1]  7926/5 7932/3
operate [1]  8055/23
operated [5]  7980/4 7982/9 8023/14
8050/20 8066/4
operating [15]  7912/14 8014/5 8014/21
8020/5 8024/8 8029/22 8033/12 8050/10
8051/6 8058/10 8059/20 8059/23
8070/12 8077/4 8082/5
operation [10]  7938/6 7945/10 7952/4
7976/14 7976/22 8009/11 8029/18
8029/18 8041/3 8047/23
operational [7]  7961/19 8017/12 8030/4
8033/11 8038/19 8064/22 8069/3
operations [50]  7911/4 7917/17 7941/23
7941/24 7942/19 7943/10 7945/6 7947/5
7950/24 7950/25 7960/17 7970/18
7971/2 7971/8 7972/24 7972/25 7973/14
7974/3 7974/17 7974/22 7976/6 8008/5
8014/12 8014/15 8025/23 8026/5 8026/7
8028/5 8028/13 8040/23 8046/8 8047/13
8048/24 8052/1 8052/9 8053/23 8054/2
8054/17 8056/3 8063/11 8065/3 8069/2
8074/19 8082/9 8085/18 8087/21
8089/12 8090/2 8090/6 8091/13
operations.' [1]  7972/21
operator [1]  8087/22
operators [1]  8082/16
opinion [4]  7954/19 7956/25 7974/12
7985/25
opinions [1]  7989/25
opponent [1]  7921/5
opportunity [4]  7958/17 8026/22 8030/6
8036/12
opposed [1]  7922/6
ops [4]  7965/18 7967/9 7974/13 8065/1
OptiCem [4]  7951/14 7951/15 7951/18
7952/4
option [2]  7956/24 7983/5
or [162]  7906/19 7907/2 7908/15 7909/6
7910/12 7911/7 7911/17 7913/20 7914/2
7914/22 7915/11 7915/15 7919/2
7919/12 7919/14 7919/24 7923/16
7923/16 7925/14 7927/7 7928/12
7928/15 7933/13 7933/19 7934/2 7934/9

others [8] 7922/15 7974/21 7976/3
7992/6 7997/5 8037/8 8087/1
8090/21
otherwise [2] 7918/24 7922/5
ought [1] 8006/22
our [110] 7910/4 7910/11 7917/16
7929/17 7929/17 7941/2 7952/20
7976/16 8012/19 8013/8 8015/2 8015/6
8018/3 8018/14 8019/12 8021/11
8024/11 8024/19 8025/4 8027/9 8029/2
8029/21 8030/6 8030/6 8030/20 8034/24
8031/24 8032/24 8033/21 8033/23
8034/10 8036/16 8036/23 8036/24
8037/1 8037/23 8038/19 8039/20
8039/24 8040/20 8043/14 8043/24
8043/25 8044/9 8044/11 8044/21
8044/22 8044/24 8044/25 8047/20
8047/21 8048/12 8050/20 8052/14
8053/10 8054/4 8054/7 8054/12 8055/1
8055/24 8057/13 8058/25 8059/25
8061/18 8061/20 8062/19 8063/3
8063/19 8063/25 8064/20 8065/6 8065/9
8065/9 8066/1 8066/2 8066/2 8067/15
8068/25 8075/19 8075/25 8076/23
8077/3 8077/4 8077/4 8077/4 8077/6
8077/7 8077/15 8077/20 8077/21
8077/23 8079/15 8079/15 8079/17
8086/20 8087/6 8087/10 8087/23
8087/24 8088/5 8088/6 8088/16 8089/3
8089/3 8090/4 8090/8 8091/11 8091/11
8091/13 8092/15
ourselves [8] 7918/4 8027/1 8037/1
8046/6 8055/3 8072/14 8077/20 8082/16
out [70] 7911/24 7914/5 7921/22
7927/19 7927/17 7932/13 7933/2
7934/11 7934/12 7937/16 7942/5
7952/25 7957/9 7964/12 7964/13
7967/13 7972/9 7973/9 7973/11 7975/7
7979/5 7979/11 7984/24 7990/23 7993/3
7993/12 8006/17 8011/21 8012/5 8012/9
8015/3 8020/25 8021/4 8021/5 8023/25
8025/9 8032/25 8042/2 8042/25 8043/4
8043/7 8045/2 8049/21 8050/2 8051/1
8051/13 8051/20 8052/3 8055/20
8056/13 8056/19 8056/23 8058/1
8058/12 8059/8 8060/4 8062/8 8065/12
8067/13 8068/3 8069/25 8070/1 8083/1
8085/1 8087/23 8087/25 8088/3 8092/2
8094/1 8095/2
outcome [4] 7954/14 8035/25 8036/2
8057/1
outcomes [1] 8059/9
output [2] 8027/22 8063/1
outputs [1] 8049/14
outside [5] 7988/3 8005/18 8009/1
8039/18 8074/4
over [23] 7909/8 7944/7 7954/15
7966/25 7976/13 7978/10 8016/13
8029/5 8030/7 8033/22 8038/13 8040/6
8043/1 8045/5 8051/6 8055/19 8064/20
8065/12 8080/22 8081/12 8082/23
8084/17 8084/22
overall [14] 8023/4 8027/9 8032/13
8036/24 8046/15 8049/12 8050/2 8058/5
8062/19 8071/2 8073/11 8075/16
8076/20 8077/13
overbalanced [1] 7926/11
overboard [3] 7980/8 7980/19 7980/19
overhead [3] 8085/24 8086/1 8086/3
overnighted [1] 7929/7
Overrule [1] 7926/25
Overruled [2] 7928/25 8009/2
oversee [1] 8015/11

overtly [1] 7975/8
overview [1] 7975/8
overviews [1] 8026/11
overwhelm [1] 7980/10
own [3] 7929/15 8039/7 8047/10
owned [4] 8070/15 8070/16 8072/25
8073/1
owner [1] 8087/22
ownership [1] 8035/18

P

p.m [9] 7923/10 7926/21 7928/23
7933/13 7934/2 7934/8 7936/24 7997/13
8000/24
pack [1] 8072/17
package [1] 7991/24
page [36] 7904/2 7913/8 7925/4 7925/5
7925/25 7925/25 7927/10 7931/16
7931/16 7931/19 7932/10 7933/1 7946/5
7946/6 7946/6 7949/4 7952/13 7952/14
7952/15 7953/25 7958/14 7958/21
7961/3 7961/23 7961/24 7963/13
7963/13 7965/17 7965/17 7971/19
7973/22 7973/24 7975/19 7997/22
8007/9 8038/17
page 38 [1] 7952/14
pager [2] 8039/3 8039/8
pages [4] 7905/10 7905/12 7905/13
7905/15
Palmintier [1] 7899/21
panel [1] 7926/10
pants [2] 7976/8 7976/16
paragraph [7] 7921/13 7926/23 7928/5
7972/6 7973/3 7974/12 8007/11
paragraphs [1] 8043/13
paranoia [1] 7976/19
part [60] 7911/23 7913/15 7923/25
7941/24 7942/20 7945/13 7945/24
7952/3 7955/2 7966/7 7969/19 7971/1
7978/17 8006/13 8007/25 8008/13
8019/2 8021/17 8021/24 8021/25 8023/9
8025/8 8026/15 8026/18 8029/7 8029/21
8031/9 8032/2 8033/10 8035/4 8036/24
8039/23 8046/5 8046/15 8048/6 8049/6
8049/19 8049/23 8051/6 8052/24
8052/25 8055/24 8056/8 8057/14 8058/3
8058/7 8065/7 8067/16 8069/14 8070/19
8072/17 8072/21 8074/15 8077/15
8081/18 8085/13 8087/23 8088/1
8090/17 8091/8
Part A [1] 8090/17
participant [1] 7935/19
participants [2] 8002/24 8072/7
participate [5] 7936/1 7958/18 7969/22
7971/13 8006/10
participated [5] 7913/16 7917/13
7945/16 8049/15 8056/25
participation [1] 8040/5
particular [5] 7911/8 7914/24 7949/4
7970/4 8040/12
particularly [4] 7911/10 7913/24 7922/11
7922/25
particulars [1] 7968/12
parties [4] 7920/17 7989/10 7993/2
8012/22
Partner [1] 8087/19
partners [3] 8087/24 8088/6 8088/9
parts [4] 7914/22 7939/11 8091/9
8091/20
party [3] 7921/5 7922/6 7922/6
pass [1] 7929/25
passed [1] 7926/10
past [3] 7976/13 8031/5 8033/22

Q

or... [136] 7936/18 7937/1 7937/9
7937/14 7937/24 7939/6 7941/4 7943/16
7944/12 7944/15 7944/15 7946/24
7947/17 7948/9 7950/5 7951/21 7954/19
7955/2 7956/13 7957/8 7961/13 7963/8
7966/11 7968/19 7968/25 7969/19
7969/21 7969/25 7970/4 7970/5 7970/17
7971/5 7971/8 7974/22 7974/25 7975/2
7976/17 7977/3 7977/23 7979/16
7979/21 7980/3 7980/3 7980/10 7980/12
7982/8 7983/2 7984/15 7985/21 7985/22
7986/7 7986/13 7986/14 7987/4 7987/23
7987/23 7990/4 7990/16 7991/7 7991/13
7993/19 7993/20 7997/16 7998/14
7999/10 7999/14 8000/5 8002/17
8002/19 8004/8 8004/20 8005/7 8006/20
8008/4 8008/14 8009/19 8011/6 8014/21
8016/14 8018/25 8021/19 8022/3 8028/3
8031/13 8033/4 8035/15 8035/17 8036/7
8042/25 8043/4 8046/9 8046/18 8047/8
8048/7 8049/24 8050/10 8050/10 8052/9
8053/12 8053/16 8055/12 8059/9
8059/10 8059/20 8059/23 8063/13
8063/16 8063/21 8066/21 8068/20
8068/22 8069/5 8069/13 8072/20 8073/9
8075/9 8075/20 8075/21 8075/22
8079/25 8080/23 8081/7 8081/8 8081/12
8082/8 8083/8 8084/16 8085/1 8085/18
8086/5 8086/23 8088/24 8089/20 8093/3
8094/1 8094/8
or has [1] 7941/4
Orange [1] 8064/20
order [9] 7915/18 7920/7 8021/15
8023/25 8040/23 8056/12 8062/8
8062/15 8089/23
orders [1] 8043/23
ordinarily [1] 7919/7
organization [53] 7910/11 7941/13
7975/4 8014/21 8015/1 8015/2 8018/6
8018/7 8018/18 8018/20 8019/3 8020/6
8020/7 8020/21 8021/12 8021/20
8021/22 8022/7 8022/8 8023/16 8026/24
8027/3 8027/10 8028/17 8034/8 8039/12
8039/18 8040/12 8040/15 8043/12
8046/19 8047/5 8048/22 8049/4 8050/3
8050/4 8053/13 8053/18 8057/11 8063/2
8063/22 8065/12 8067/22 8068/7
8090/19 8091/4 8091/17 8092/1 8092/19
8093/1 8093/6 8093/7 8093/9
organizational [9] 7973/25 7974/5 7974/9
7975/1 7977/1 7977/4 7977/11 8010/25
8053/3
organizations [3] 8038/22 8091/12
8093/2
organize [1] 8055/3
organized [1] 8027/1
original [1] 7963/25
originally [2] 7938/9 7954/16
Orleans [9] 7898/6 7898/24 7899/7
7899/13 7900/7 7901/17 7901/20 7902/7
7903/11
ostensibly [1] 7976/3
other [38] 7913/13 7916/3 7920/17
7929/13 7938/25 7941/5 7972/22 7973/1
7974/24 7979/16 7981/15 7984/24
7986/15 7987/7 8002/24 8005/8 8010/14
8011/1 8013/10 8023/16 8026/10 8027/3
8028/13 8033/9 8037/9 8051/16 8063/15
8075/1 8077/20 8081/15 8082/16
8082/19 8084/6 8085/19 8088/12 8091/8
8091/20 8092/18

P

PAUL [2] 7899/6 7940/22
pause [2] 7932/9 8041/3
pay [1] 7953/4
PC [3] 7899/9 7903/2 7903/7
pdf [3] 7905/13 7905/14 7946/6
peak [1] 8080/9
penning [1] 7965/25
Pennsylvania [1] 7902/3
people [59] 7913/21 7913/22 7914/18
 7914/23 7916/3 7917/13 7921/2 7929/19
 7944/11 7948/14 7970/4 8010/14 8012/6
 8012/8 8012/9 8018/6 8018/19 8021/19
 8021/19 8021/21 8022/7 8022/9 8023/15
 8023/17 8023/18 8023/23 8025/19
 8026/4 8029/19 8032/7 8033/8 8033/9
 8035/7 8036/5 8036/13 8038/15 8039/5
 8039/12 8039/15 8040/19 8041/4 8042/8
 8043/21 8044/3 8044/3 8044/19 8044/22
 8044/25 8053/4 8053/9 8054/11 8054/23
 8055/18 8055/19 8055/21 8069/1
 8070/21 8070/21 8077/16
per [12] 7926/8 8078/22 8078/25 8079/4
 8079/21 8079/25 8079/25 8080/25
 8080/25 8082/12 8082/19 8088/3
percent [3] 8044/1 8057/5 8087/22
Pere [2] 7969/11 7969/12
performance [103] 7993/17 8014/9
 8014/18 8015/22 8019/17 8019/19
 8020/2 8022/2 8022/11 8022/24 8022/25
 8023/2 8023/3 8023/6 8023/7 8023/21
 8025/11 8027/6 8027/12 8027/12
 8027/13 8027/13 8027/15 8027/16
 8027/20 8029/11 8029/12 8029/12
 8029/17 8030/1 8030/2 8030/25 8031/8
 8031/20 8032/4 8032/13 8032/19
 8032/21 8032/24 8033/15 8033/17
 8033/18 8033/21 8033/23 8034/10
 8034/14 8034/23 8034/24 8035/5
 8036/11 8039/2 8041/22 8041/25
 8042/18 8043/8 8043/8 8044/4 8044/11
 8044/18 8044/21 8044/22 8045/9 8046/2
 8046/9 8048/5 8048/21 8050/9 8051/22
 8052/16 8054/1 8056/9 8056/21 8057/16
 8061/20 8062/16 8062/19 8062/22
 8063/3 8063/5 8063/8 8063/10 8063/20
 8066/18 8067/17 8067/24 8078/9
 8078/11 8078/12 8079/12 8079/13
 8079/17 8083/21 8083/24 8084/1 8084/4
 8084/5 8090/8 8090/11 8090/16 8090/17
 8090/18 8090/20 8091/21
performances [1] 8079/16
PerformanzFest [5] 8083/15 8083/19
 8083/20 8084/1 8084/13
PerformanzFests [1] 8084/3
performed [10] 7933/13 7934/20 7937/11
 7937/20 7940/12 7991/20 7992/3
 7992/13 7995/2 8004/14
performing [8] 7992/2 7995/7 7995/16
 8009/10 8027/18 8027/25 8031/1 8031/6
perhaps [4] 7937/9 7944/25 7983/2
 8004/8
period [16] 7909/13 7911/13 7911/17
 7944/7 7945/21 8014/8 8014/19 8017/7
 8017/13 8017/18 8040/6 8055/19
 8080/23 8080/23 8084/17 8087/1
periodically [1] 8057/24
periods [1] 7927/24
peripheral [1] 7971/25
permissible [1] 7921/6
permitted [3] 7921/12 7921/14 7966/12
person [7] 7916/3 7920/19 7923/2

7939/11 7953/23 8014/14 8018/20
personal [22] 7819/12 7925/24 8006/24
 8027/22 8029/1 8030/23 8041/8 8041/9
 8041/13 8041/19 8041/22 8042/3
 8042/12 8043/10 8044/9 8044/24 8045/4
 8047/10 8052/9 8052/12 8067/3 8067/6
 8038/2 8056/25 8057/13 8058/19
 8071/17 8090/7
personnel [7] 8009/14 8059/20 8059/24
 8066/2 8066/3 8091/1 8094/1
persons [1] 7914/19
perspective [2] 7939/20 8087/10
perspectives [1] 8076/21
pertain [2] 7948/14 8049/3
pertains [1] 7973/16
PETITION [1] 7898/8
petrochemical [1] 8018/4
petrochemicals [1] 8018/3
petroleum [2] 7907/10 7907/12
phase [2] 8017/11 8017/12
phases [1] 8042/7
Phil [1] 8002/3
philosophy [1] 8053/3
phone [7] 7923/1 7935/7 7938/7 7986/8
 7986/10 7987/7 7994/23
phrase [7] 8051/8 8075/4 8075/6
 8075/13 8075/14 8076/4 8089/21
physically [1] 7992/5 8020/8
physics [1] 8081/10
picked [1] 8057/2
picture [2] 7925/23 8057/22
piece [8] 7979/25 7981/12 7981/21
 7982/5 7982/16 8023/6 8070/25 8071/1
Pill [1] 7924/10
pipe [32] 7924/10 7924/11 7924/12
 7924/22 7931/10 7931/23 7931/24
 7932/18 7933/3 7933/5 7935/13 7937/5
 7937/7 7964/22 7979/12 7979/15
 7983/22 7983/25 7984/2 7984/4 7984/14
 7984/17 7984/21 7985/7 7985/9 7986/8
 7997/17 7999/22 8003/12 8003/21
 8006/3 8007/3
pipeline [1] 8017/10
piping [1] 7968/3
place [66] 7915/16 7916/3 7916/5
 7917/10 7917/18 7917/19 7926/17
 7930/5 7938/1 7940/8 7955/23 7984/1
 7999/2 8021/15 8024/1 8030/4 8031/24
 8032/10 8034/22 8035/4 8035/16
 8037/13 8037/15 8040/2 8044/10
 8044/25 8045/10 8045/13 8045/17
 8046/4 8046/22 8047/3 8047/15 8050/10
 8050/11 8053/4 8056/12 8056/17
 8058/10 8058/12 8059/14 8060/3 8060/5
 8060/23 8061/11 8061/20 8061/25
 8062/14 8063/17 8064/8 8066/11
 8067/23 8068/1 8068/6 8071/6 8071/13
 8072/16 8072/25 8073/15 8074/11
 8074/14 8074/16 8074/24 8077/11
 8080/16 8089/11
placed [2] 7908/8 8093/21
places [1] 7915/10
plaintiff's [1] 8078/20
plaintiffs [12] 7898/18 7898/22 7899/2
 7899/5 7899/8 7899/12 7899/15 7899/18
 7899/21 7900/2 7900/5 8090/24
Plaintiffs' [1] 7940/23
plan [54] 7953/1 7953/2 7955/20
 7963/21 7966/11 7972/9 8027/9 8032/3
 8032/9 8032/10 8034/17 8034/21 8035/1
 8035/4 8038/5 8040/2 8047/1 8048/24
 8050/10 8057/6 8058/10 8058/12 8059/1

8060/3 8060/6 8060/10 8061/4 8061/11
 8062/8 8063/6 8063/15 8064/24 8067/1
 8067/23 8068/1 8068/1 8068/5 8068/6
 8069/4 8069/12 8069/18 8070/5 8070/9
 8070/15 8070/19 8070/25 8072/25
 8073/4 8073/9 8073/18 8073/21 8074/1
 8074/7 8074/11
planned [5] 7924/9 7952/24 7954/16
 7987/5 8059/9
planning [5] 7914/2 8017/20 8035/16
 8047/23 8054/6
plans [22] 7973/7 8034/22 8036/1
 8036/3 8036/5 8047/25 8057/3 8059/10
 8060/23 8065/9 8069/15 8070/21 8071/6
 8071/7 8072/4 8072/10 8072/14 8072/16
 8073/15 8074/14 8074/24 8076/24
 plant [1] 8013/24
platform [1] 8080/24
platforms [4] 7910/5 7910/5 8015/6
 8085/16
play [4] 7974/8 7981/16 7981/21
 8012/20
played [2] 7944/21 7988/1
PLC [3] 7901/20 7901/23 7902/4
please [40] 7905/3 7906/6 7906/11
 7934/7 7935/10 7983/10 7983/16
 7988/15 7990/23 7992/24 7993/3 7997/5
 8003/24 8010/4 8013/19 8024/4 8025/3
 8039/25 8042/15 8042/23 8044/5 8050/6
 8050/15 8051/18 8058/14 8060/13
 8064/10 8065/16 8067/5 8068/2 8071/9
 8073/16 8076/6 8079/10 8083/1 8083/17
 8084/9 8088/22 8092/2 8093/18
pleases [1] 8094/5
plenty [1] 7988/12
plug [16] 7926/5 7931/8 7934/8 7935/11
 7936/25 7938/1 7938/3 7938/5 7956/9
 7956/10 7956/11 7956/12 7963/17
 7963/21 7965/14 7985/13
plugged [1] 7956/17 7956/21
plugging [1] 7956/22
point [33] 7910/7 7920/5 7922/3 7926/11
 7928/20 7929/9 7938/24 7947/2 7952/5
 7957/14 7958/6 7958/17 7959/17
 7959/24 7962/4 7968/24 7970/1 7979/1
 7979/11 7980/13 7980/25 7981/2 7981/5
 7981/7 7981/11 7982/8 7983/5 7984/13
 7985/15 7987/22 7988/2 8082/24
 8084/20
pointed [1] 7972/9
pointing [1] 8012/5
points [2] 7906/19 7914/22
policy [17] 8063/24 8064/8 8064/15
 8065/11 8065/13 8065/19 8065/24
 8066/7 8066/17 8067/2 8067/7 8067/13
 8067/25 8068/11 8069/14 8071/15
 8072/14
polymer [1] 8018/4
pore [1] 7953/23
portion [1] 7942/8
portions [3] 7921/8 7926/22 7939/7
pose [1] 7982/4
position [29] 7906/16 7909/17 7910/3
 7910/8 7910/12 7912/5 7912/7 7913/3
 7919/3 7923/8 7941/10 7941/12 7948/6
 7984/25 7985/4 7985/14 8007/23 8014/4
 8014/6 8014/11 8015/22 8019/16
 8019/23 8020/19 8022/4 8023/12
 8024/20 8033/4 8094/16
positioned [2] 8020/8 8020/12
positions [1] 8018/2
positive [4] 7928/16 7983/3 7995/10
 7995/15

# P

possible [3] 7954/1 7982/25 8005/2
post [7] 7898/20 7900/16 7900/22
 7901/13 7902/17 7996/14 7996/19
post-trial [2] 7996/14 7996/19
potential [3] 8068/21 8068/23 8069/5
pound [1] 7926/8
pounds [1] 7999/21
power [2] 7928/17 7928/18
powerful [2] 8040/18 8041/4
Poydras [4] 7899/6 7901/19 7902/6
 7903/10
ppg [1] 7949/11
practices [7] 7972/12 8019/10 8046/24
 8047/21 8048/17 8071/4 8077/5
precisely [2] 7923/10 8082/3
precondition [2] 8088/18 8088/19
predicate [1] 7936/9
predictable [2] 8026/14 8026/17
prediction [1] 7953/23
predominantly [2] 7907/24 7961/19
prefer [1] 7991/4
preference [1] 7988/14
preparation [1] 7992/10
prepared [3] 7998/14 7999/14 8002/21
preparing [1] 8057/11
preread [3] 8025/1 8025/4 8076/8
present [4] 7948/8 7992/19 7998/1
 8001/10
presented [1] 7940/16
president [12] 7906/17 7910/11 7912/5
 7941/1 7941/9 8019/7 8019/9 8019/15
 8030/14 8030/16 8068/12 8092/15
presidents [1] 8030/13
pressure [51] 7924/13 7924/24 7931/4
 7931/25 7932/20 7933/3 7933/5 7934/9
 7934/11 7934/19 7935/13 7937/1 7937/4
 7937/5 7937/6 7937/7 7937/9 7950/10
 7952/23 7953/22 7954/6 7978/3 7980/5
 7981/6 7983/22 7983/24 7984/3 7984/5
 7984/10 7984/13 7984/14 7984/17
 7984/22 7984/22 7985/7 7985/9 7986/8
 7986/9 7986/25 7987/5 7997/17 7999/21
 8003/12 8003/13 8003/20 8004/8 8006/3
 8006/3 8006/6 8007/3 8007/3
pressured [1] 7924/17
pressures [2] 7949/14 8081/7
presumably [2] 7956/17 7998/14
pretty [3] 8011/21 8052/7 8079/2
preventer [1] 7942/10 7979/24
previously [8] 8041/11 8052/5 8058/8
 8058/16 8090/23 8091/22 8093/12
 8093/21
primary [1] 8066/21
printed [1] 8072/7
prior [12] 7955/19 7957/9 7967/17
 7974/10 7976/4 7978/5 8009/10 8030/7
 8031/13 8037/16 8050/11 8081/12
priorities [12] 8023/5 8023/22 8024/3
 8028/15 8042/9 8050/3 8051/15 8051/25
 8057/3 8057/22 8061/17 8073/12
prioritization [2] 8061/18 8062/11
priority [18] 8026/9 8028/18 8028/21
 8034/1 8034/4 8034/6 8035/11 8036/10
 8036/16 8036/24 8037/4 8037/7 8040/20
 8040/24 8042/13 8066/2 8067/11
 8075/24
probably [5] 8080/14 8080/19 8086/10
 8086/12 8094/8
problem [9] 7922/22 7937/17 7938/9
 7949/24 7950/8 7950/13 7950/13 7953/6
 7979/23

problems [3] 7953/7 7974/23 8001/23
procedure [12] 7927/22 7927/25 7928/3
 7931/7 7931/9 7932/23 7963/15 7963/17
 7963/23 7963/25 7965/25 7967/12
 7968/2 7968/13 8007/12 8007/19
 8007/21 8007/21 8007/22
procedures [12] 7925/15 8008/9 8008/11
 8008/15 8009/8 8009/17 8009/19
 8009/19 8009/21 8009/22 8070/12
 8071/3
proceeded [1] 7987/5
proceedings [4] 7903/16 7921/25 8095/5
 8095/12
process [86] 7913/15 7914/14 7943/22
 7946/19 7950/3 7957/21 7962/12
 7962/13 7962/14 7962/15 7962/18
 7962/23 7963/9 7987/25 8010/19
 8016/13 8027/21 8030/23 8035/6 8041/9
 8041/13 8041/19 8041/23 8041/24
 8042/4 8042/12 8043/10 8043/14
 8043/18 8043/19 8043/25 8044/9
 8044/24 8045/4 8046/16 8046/24
 8047/21 8048/9 8048/10 8049/21
 8049/23 8052/10 8052/11 8052/12
 8055/22 8056/25 8057/8 8057/20
 8058/22 8059/11 8059/15 8059/18
 8060/1 8060/6 8060/9 8060/17 8060/20
 8060/21 8060/24 8061/6 8061/11
 8061/12 8061/14 8061/24 8062/1
 8062/16 8062/19 8062/21 8062/22
 8062/23 8063/1 8063/5 8063/7 8063/10
 8063/14 8063/17 8063/18 8063/21
 8063/22 8066/25 8067/3 8067/8 8067/15
 8070/21 8074/19 8078/20
processes [6] 8048/17 8050/22 8054/24
 8059/3 8066/11 8071/2
processes/results [1] 8059/3
processing [1] 8017/4
procurement [3] 8052/20 8086/19
 8086/24
produce [6] 8015/7 8022/20 8073/10
 8080/17 8082/23 8093/3
produced [1] 8080/10
producer [1] 8022/23
producing [2] 7915/7 8093/11
product [1] 8080/18
production [69] 7898/10 7901/19
 7901/19 7901/22 7901/22 7902/3 7902/3
 7912/12 7950/5 8015/6 8020/23 8022/14
 8022/21 8022/25 8023/7 8024/19
 8027/13 8027/19 8029/8 8029/12
 8029/16 8030/14 8030/24 8030/25
 8035/8 8036/7 8043/9 8044/21 8046/15
 8046/20 8047/3 8048/23 8051/10
 8051/22 8058/25 8059/25 8078/5 8078/9
 8078/11 8078/12 8078/15 8078/21
 8079/16 8079/18 8079/23 8080/5 8080/6
 8080/9 8080/10 8080/12 8080/24
 8080/24 8081/7 8081/8 8081/10 8081/13
 8081/16 8081/19 8081/21 8081/25
 8082/2 8082/7 8082/19 8083/3 8083/7
 8083/11 8084/2 8084/4 8089/2
professional [4] 7914/6 8016/8 8016/10
 8016/15
proffer [2] 7994/2 7996/4
profile [2] 7949/13 7949/14
profitability [1] 8089/23
program [5] 7908/13 7909/19 7910/6
 7949/12 7952/4
programs [3] 7908/13 7909/22 7909/23
progress [7] 8043/14 8043/19 8043/22
 8057/25 8058/4 8058/6 8073/11
progressed [1] 8062/18

progressing [2] 8057/6 8076/23
project [7] 8008/12 8061/2 8076/18
 7973/1 8018/15 8026/14 8080/14
projects [20] 8014/5 8014/21 8015/8
 8015/11 8015/14 8015/16 8017/7 8019/7
 8019/9 8019/11 8019/14 8019/15
 8020/12 8020/19 8021/20 8030/15
 8046/17 8082/1 8093/3 8093/11
promise [1] 7948/24
properly [8] 7937/8 7937/10 7980/4
 8003/13 8004/9 8006/4 8007/4 8088/5
property [1] 8068/23
proposal [1] 8094/16
propose [2] 7905/18 7905/21
proposed [2] 8024/13 8094/19
pros [1] 7954/7
prospects [2] 8022/15 8022/16
protect [1] 7979/15
protecting [2] 7981/12 8066/4
protection [1] 7981/21
protocol [1] 8074/6
proud [1] 8043/20
provide [1] 7955/4
provided [2] 7968/2 8088/20
PSC [1] 8095/2
PSC's [1] 7948/7
PSCM [4] 8076/16 8086/15 8086/18
 8086/19
PSCM/Deflation [1] 8086/15
psi [10] 7924/21 7924/22 7926/11
 7931/22 7932/1 7932/24 7932/25 7933/6
 7983/22 7997/17
PU [1] 8079/24
public [1] 7944/20
publication [1] 7911/18
published [5] 7911/13 7944/19 7944/20
 7945/3 7975/25
pull [18] 7942/2 7946/1 7969/21 7970/20
 7975/9 7978/11 7997/19 7998/9 7998/17
 8001/12 8002/5 8003/16 8003/24 8007/8
 8007/9 8008/19 8009/5 8071/24
pulse [8] 8030/6 8035/2 8035/3 8035/6
 8035/19 8035/23 8035/25 8036/8
pumped [3] 7924/16 7931/9 7931/21
pumping [1] 7932/16
purpose [6] 7913/12 7914/3 7936/18
 7936/18 8066/5 8066/7
purposes [1] 7906/20
Pursuant [1] 8066/17
pushed [1] 7931/24
pusher [1] 7924/14
put [51] 7913/5 7916/2 7921/8 7921/13
 7930/7 7936/3 7944/4 7955/19 7983/19
 7994/23 8002/3 8005/22 8021/14 8024/1
 8024/1 8030/4 8032/10 8032/22 8035/4
 8035/16 8037/12 8037/14 8040/2 8043/7
 8050/10 8050/11 8051/5 8056/12
 8056/16 8058/10 8058/11 8059/13
 8060/3 8060/5 8060/23 8061/11 8061/20
 8061/25 8062/14 8063/16 8064/8
 8066/11 8067/25 8071/13 8074/16
 8077/11 8078/4 8079/14 8080/16 8082/1
 8093/14
puts [1] 7932/20
putting [3] 7944/16 8046/4 8071/5

# Q

quality [1] 8039/11
quarter [3] 8065/7 8065/12 8083/23
quarterly [1] 8083/20 8084/3
quarters [1] 8021/18
question [33] 7915/13 7916/2 7919/24
 7920/2 7922/8 7936/9 7939/14 7957/19

## Q

question... [25]  7957/20 7957/22
7961/24 7968/16 7982/2 7984/23
7985/18 7985/24 7986/1 7986/3 7991/9
7991/15 7995/22 7996/20 7998/20
7999/16 7999/19 8000/18 8008/17
8008/18 8055/25 8070/6 8070/7 8070/7
8070/8
questioned [1]  7985/23
questioning [1]  8010/23
questions [29]  7914/24 7915/11 7916/3
7916/6 7916/8 7916/9 7916/11 7919/1
7919/25 7922/17 7940/19 7945/20
7945/21 7947/2 7983/18 7989/4 7996/9
7996/10 7996/11 7996/21 7997/12
8004/25 8010/1 8010/10 8010/19
8010/20 8010/24 8012/15 8029/11
quick [1]  7928/12
quickly [6]  7905/6 7932/1 7978/10
7982/25 7997/19 8021/13
quiet [1]  7918/17
quite [5]  7918/4 8026/25 8040/8 8070/11
8087/5
quote [4]  7922/5 7976/15 8090/24
8093/13
quote/unquote [1]  8093/13
quotes [1]  8056/18

## R

R-O-B-I-N-S-O-N [1]  7906/8
RACHEL [2]  7900/15 7902/9
radar [1]  7950/15
raise [1]  7985/1
raised [2]  7977/11 8090/23
ramped [2]  8080/8 8081/19
ran [5]  7910/6 7924/9 7953/20 8008/5
8020/6
Randy [2]  7931/23 7931/24
range [1]  7945/18
rates [1]  8077/9
rather [3]  7952/15 7965/19 7969/4
rating [1]  8057/16
RE [2]  7898/4 7898/7
reach [1]  7979/24
reached [3]  7940/2 7978/19 7979/12
reaction [1]  8021/9
read [28]  7924/4 7924/5 7925/10 7926/2
7926/14 7926/22 7927/2 7927/13 7928/7
7929/17 7930/18 7931/1 7931/1 7934/7
7935/10 7936/7 7936/7 7938/21 7949/7
7953/10 7966/19 8005/9 8026/13 8066/5
8067/9 8068/18 8075/21 8092/5
reading [5]  7925/16 7928/13 7932/5
7975/17 7978/5
real [2]  7905/6 7919/22
realizing [1]  8082/1
really [28]  7919/19 8023/20 8026/21
8027/4 8027/8 8027/17 8029/4 8030/6
8031/7 8039/11 8040/11 8040/17 8044/3
8044/23 8045/15 8050/2 8057/17
8057/18 8069/25 8070/25 8073/11
8081/17 8086/11 8086/21 8087/11
8087/24 8088/2 8088/2
reason [7]  7922/20 7948/1 7961/7
7966/21 7977/10 7992/25 8005/22
reasons [1]  8031/18
recall [36]  7932/15 7936/15 7944/10
7944/13 7944/15 7957/11 7957/13
7958/4 7958/10 7958/11 7969/1 7970/3
7970/9 7970/10 7973/21 7975/14
7975/17 7979/2 7979/3 7979/6 7980/12
7995/2 8000/3 8001/1 8003/1 8003/7
8006/24 8007/7 8008/10 8009/3 8009/4
8020/25 8021/6 8023/18 8077/7 8087/12
received [5]  7907/10 7975/12 7976/3
7986/7 8065/19
receiving [2]  7975/14 8064/16
recent [1]  8061/16
recess [4]  7997/2 7997/4 8094/9
8094/10
recite [1]  7972/15
recognize [2]  8001/14 8092/5
recognizing [2]  8025/19 8053/21
recollection [2]  7999/20 7999/25
recommended [1]  7966/11
record [13]  7905/7 7905/16 7905/22
7906/6 7913/13 7913/14 7924/20 7925/3
7939/3 7994/2 7994/9 8013/19 8095/12
recordable [5]  8037/15 8038/3 8038/7
8038/25 8039/1
recordables [1]  8037/21
recorded [1]  7903/16
records [1]  7938/4
Recovery [1]  8087/19
Recovery/IPT [1]  8087/19
redactions [1]  8094/19
redirect [3]  7921/7 8010/7 8010/9
redo [1]  7935/12
redrill [1]  7955/15
reduce [3]  8057/18 8061/14 8087/4
reduced [5]  7961/13 8077/23 8085/24
8087/5 8088/4
reducing [1]  8089/5
reductions [1]  8089/1
refer [4]  7946/12 8026/24 8073/14
8093/8
reference [12]  7947/4 8039/8 8040/4
8042/1 8049/2 8052/14 8061/3 8062/11
8077/25 8082/11 8089/1 8093/12
referenced [9]  7905/11 8013/9 8024/16
8024/24 8027/14 8033/17 8057/8 8060/9
8073/9
references [15]  7921/19 7922/23 7965/18
7969/10 7997/25
referencing [9]  7950/18 7953/3 7959/14
7960/10 8026/6 8053/5 8059/23 8065/14
8072/18
referred [1]  8045/20
referring [2]  7950/10 8071/16
refers [1]  8062/4
reflect [2]  7918/6 7918/11 8012/4
8074/12
reflected [1]  7999/23 8090/11
reflects [1]  8084/15
refresh [2]  7999/19 7999/25
refused [1]  7915/22
REGAN [13]  7901/23 7905/19 7921/11
7921/18 7921/21 7922/4 7923/1 7923/9
7939/4 7989/21 7990/14 7993/21 8010/9
regarding [9]  7949/6 7950/4 7975/1
7977/3 7978/1 7997/12 8037/15 8056/15
8089/14
region [4]  7906/17 7941/1 7941/5
8007/24
regional [1]  8092/15
register [1]  8073/24
regs [1]  7972/1
regular [3]  8036/23 8065/6 8071/8
regularly [1]  7943/3
regulations [1]  7958/6
rehash [2]  7988/9 7988/10
reinforce [2]  8037/25 8043/21
reinforced [1]  8029/23
reinforcement [1]  8040/19
reinterview [1]  8006/22
Reiter [1]  8064/14
Reiter's [4]  8017/24 8067/3 8077/12
8078/4 8080/1 8083/10
relates [1]  7950/7 8080/6
relationships [1]  8019/13
relatively [1]  7983/13
relayed [1]  7938/8
released [2]  7912/16 7912/17
relevant [3]  7948/7 8035/16 8036/6
reliable [5]  7912/21 7972/24 7972/25
7973/13 8025/23 8026/5 8026/7 8028/5
8029/18 8015/25 8052/8 8089/12 8090/2
relied [1]  8047/23
relieved [1]  7932/15
relocated [1]  8091/20
rely [1]  8070/18
remain [3]  8021/22 8067/16
remember [22]  7909/15 7909/16 7910/21
7915/14 7957/2 7957/22 7970/2 7970/8
7970/15 7971/9 7973/11 7975/22 7979/7
7989/2 8000/2 8002/2 8002/19 8002/20
8010/3 8010/5 8057/4 8070/7
renew [1]  7926/20
renewed [1]  7955/5
reopen [1]  8011/1
reorganization [2]  7974/2 8091/8
repair [2]  8085/6 8085/15
repairs [1]  8085/12
repeat [5]  7964/10 7964/12 7964/13
7982/2 7986/4
repetitive [1]  7987/20
rephrase [2]  7938/22 7954/25
replaced [1]  7912/2
report [51]  7905/7 7905/11 7905/14
7911/6 7911/7 7911/8 7911/13 7911/18
7939/11 7939/15 7939/17 7940/10
7940/15 7940/17 7941/9 7942/24
7943/20 7944/17 7944/22 7945/3 7971/5
7971/6 7973/18 7975/13 7975/25 7977/9
7977/12 7978/13 7978/18 7980/11
7981/1 7982/12 7983/12 7983/14 7987/9
7987/14 7988/9 7989/1 7989/11 7990/4
8005/9 8005/13 8005/15 8011/6 8030/13
8078/20 8079/12 8079/13 8079/14
8079/18 8094/15
reported [5]  8005/19 8038/15
reporter [5]  7903/10 7906/20 7996/7
8095/9 8095/17
reporter's [1]  7931/1
reporting [2]  8024/21 8084/4
reports [6]  7941/19 8033/9 8039/6
8039/7 8057/12 8078/21
reports' [1]  8090/18
represent [6]  7940/23 7978/17 7997/9
7999/13 8078/19 8083/3
represented [1]  8085/13
reputational [1]  8069/10
requested [2]  7958/23 7959/20
required [7]  7913/3 7961/2 7961/4
7961/15 7965/25 8048/7 8048/15
requirement [3]  8038/20 8070/24
8071/15
requirements [2]  7971/22 7972/15
requires [1]  7931/24
reserve [1]  7923/11
reserved [1]  7918/17
reservoir [2]  7981/5 7981/8
resolution [1]  8082/15
resolve [1]  8094/24
resources [4]  7900/13 8015/3 8017/9
8022/18
respect [37]  7911/6 7914/12 7915/25
7920/22 7922/14 7922/25 7942/19

R

respect... [30] 7960/2 7994/1 7997/12
8008/15 8010/20 8011/3 8011/15 8012/2
8028/12 8046/20 8053/21 8053/23
8055/7 8060/2 8060/17 8062/1 8063/10
8065/4 8065/25 8067/2 8067/7 8072/19
8074/13 8075/4 8076/4 8084/11 8086/24
8091/18 8094/16 8094/17
respond [3] 8045/2 8062/8 8063/16
response [7] 7919/2 8004/24 8021/14
8021/16 8021/20 8021/23 8055/25
responsibilities [9] 7912/9 7940/25
8008/16 8014/17 8014/20 8019/8
8019/12 8022/2 8045/8
responsibility [9] 7910/4 7911/9 8014/25
8020/21 8022/24 8046/1 8074/3 8078/8
8093/2
responsible [4] 7976/5 8015/14 8022/11
8078/10
rest [6] 7949/19 7971/24 8029/5 8058/4
8066/17 8080/8
result [8] 8040/22 8049/16 8077/25
8081/25 8082/14 8083/13 8085/2
8085/23
resulted [4] 7934/20 8082/12 8083/13
8084/24
results [9] 7951/18 7969/25 7985/2
7985/4 7985/21 7990/18 8035/22
8035/24 8059/3
resume [1] 7912/2
returned [4] 7912/2 7929/6 7929/7
7991/25
returns [1] 7928/11
Revette [1] 7995/6
review [19] 7916/17 7936/17 7951/5
7960/2 8031/22 8031/23 8041/21 8058/3
8064/24 8066/12 8071/6 8072/5 8072/6
8072/12 8072/13 8083/21 8083/23
8084/1 8084/7
reviewed [14] 7918/6 7936/14 7951/11
7973/8 8030/21 8030/24 8031/3 8031/4
8035/24 8038/19 8057/1 8069/13 8071/8
8071/18
reviewing [2] 8049/14 8057/13
reviews [3] 8036/24 8049/15 8062/21
reward [1] 8044/3
rex [2] 7946/7 7946/8
rex Anderson [1] 7946/8
RICHARD [2] 7902/16 8092/9
rig [54] 7898/4 7907/20 7907/20 7908/16
7912/10 7912/10 7912/17 7912/17
7913/25 7925/17 7928/15 7928/16
7933/6 7934/20 7937/11 7941/2 7941/2
7961/1 7961/2 7961/14 7961/21 7968/5
7968/7 7968/11 7968/13 7968/13
7972/20 7972/23 7976/6 7977/7 7979/21
7987/5 7987/15 7991/20 7991/24
7994/21 7995/5 7995/7 8004/14 8007/22
8007/22 8009/14 8035/15 8035/17
8036/7 8054/8 8054/9 8054/10 8054/17
8054/23 8055/5 8055/15 8055/17
8070/23
rig-specific [1] 7968/13
right [97] 7905/5 7905/25 7908/3 7909/2
7911/14 7912/14 7913/1 7915/19 7916/1
7916/19 7921/17 7923/17 7924/25
7925/10 7926/10 7926/13 7926/24
7929/12 7932/9 7933/25 7935/1 7938/16
7945/10 7947/7 7949/11 7950/12
7950/13 7954/5 7956/16 7957/10
7958/20 7959/3 7962/9 7965/17 7966/10
7966/22 7966/25 7967/25 7973/11

7973/20 7976/18 7979/8 7981/23
7982/24 7986/17 7987/2 7994/6 7997/19
7997/17 7998/5 7999/2 8000/7 8003/18
8004/5 8005/18 8007/12 8010/2 8012/24
8013/15 8017/11 8018/12 8021/16
8024/14 8025/21 8027/11 8027/11
8027/11 8027/14 8028/16 8032/8
8032/20 8033/14 8045/21 8051/2 8053/4
8053/4 8053/4 8053/8 8053/8 8053/8
8053/9 8053/9 8055/10 8059/7 8059/15
8068/11 8068/14 8069/14 8072/15
8082/6 8083/25 8084/19 8086/4 8089/8
8090/18 8092/6 8092/24
right-hand [2] 8059/7 8092/6
rigs [12] 7909/9 7910/4 7910/6 7912/14
7912/18 7912/18 7912/19 7912/21
8008/5 8035/8 8054/3 8070/17
ring [1] 7963/20
rise [2] 7997/3 8094/11
riser [12] 7931/21 7978/19 7979/12
7979/15 7979/19 7980/8 7981/20
7982/18 7982/19 7982/24 7987/13
8011/13
rising [1] 7979/11
risk [44] 8046/25 8047/1 8050/5 8058/22
8059/2 8059/8 8061/18 8062/11 8064/14
8065/11 8065/13 8065/18 8065/23
8065/25 8066/7 8066/24 8066/25 8067/2
8067/7 8067/13 8067/14 8067/22 8068/5
8068/6 8068/16 8068/19 8068/24 8069/3
8069/5 8069/10 8069/11 8069/12
8069/18 8069/22 8070/4 8070/15
8070/19 8071/6 8071/22 8072/4 8072/6
8073/24 8074/12 8075/1
risks [44] 8057/19 8059/19 8060/17
8060/20 8060/21 8063/14 8063/22
8063/23 8063/25 8064/3 8064/6 8064/7
8064/9 8064/25 8065/5 8065/9 8066/9
8066/10 8066/15 8066/15 8066/18
8066/22 8066/23 8067/12 8067/21
8067/21 8068/11 8068/24 8068/25
8069/2 8069/9 8069/23 8071/5 8071/5
8071/12 8072/10 8072/12 8072/13
8072/16 8073/23 8074/17 8074/19
8074/23 8074/24
ROBERT [2] 7899/3 7902/3
ROBERTS [1] 7902/9
Robinson [48] 7906/2 7906/3 7906/7
7906/8 7906/11 7906/23 7907/7 7908/2
7910/13 7910/24 7912/15 7912/23
7913/8 7915/1 7915/20 7917/5 7920/15
7920/23 7923/25 7925/6 7925/10 7926/2
7927/2 7928/6 7928/19 7930/11 7930/18
7930/25 7931/19 7933/10 7933/21
7936/6 7938/25 7939/10 7940/7 7940/22
7947/15 7947/17 7949/4 7954/23
7987/22 7988/20 7989/12 7989/17
7990/14 7997/8 8010/12 8012/14
Robinson's [3] 7921/11 7969/14 7991/3
role [19] 7944/21 7974/8 7988/1 8014/17
8018/8 8018/9 8018/23 8018/24 8018/25
8019/6 8019/10 8020/3 8020/11 8023/2
8042/5 8042/7 8044/18 8045/12 8093/23
roles [10] 8017/3 8017/11 8017/19
8017/21 8017/22 8019/22 8053/9 8091/9
8091/19 8093/23
roll [1] 8064/25
roll-up [2] 8092/6 8064/25
rolled [3] 7973/9 7973/11 8065/11
room [3] 7903/10 7917/11 7944/8 7951/2
7951/17 7963/19 8001/9
rotary [1] 7980/20
Rouge [2] 7899/23 7901/13

Rowan [1] 7912/18
royalty [1] 8082/11
Ruehle [1] 8072/2
rule [1] 7921/7
ruling [1] 7994/1
run [14] 7911/9 7931/3 7941/2 7950/4
7959/9 7960/16 7960/21 7964/7 7964/15
7965/9 7966/1 7970/13 8012/11 8012/11
running [5] 7909/8 7909/14 7910/4
7960/16 8029/7
runs [1] 7976/18
Rusnak [1] 7900/2
Russia [2] 7909/20 7910/2
résumé [1] 7911/24

S

S-H-A-W [1] 8013/21
S-T-E-V-E-N [1] 7906/8
sacrifice [1] 8075/22
sacrificed [2] 8083/12 8089/22
safe [14] 7972/21 7972/24 7972/25
7973/13 7976/5 8025/23 8026/5 8026/7
8028/5 8029/18 8051/25 8052/8 8089/12
8090/2
safely [2] 8045/14 8053/10
safest [1] 8055/23
safety [185] 8022/25 8023/7 8027/12
8027/19 8027/21 8027/22 8027/22
8028/7 8028/12 8028/18 8028/20
8029/12 8029/13 8029/16 8030/21
8030/22 8030/23 8030/23 8031/8
8031/20 8031/22 8031/22 8032/4 8032/8
8032/11 8032/13 8032/19 8032/20
8032/24 8033/14 8033/21 8033/23
8034/1 8034/6 8034/10 8034/23 8034/24
8035/1 8035/1 8035/3 8035/4 8035/6
8035/10 8035/12 8035/16 8035/19
8035/23 8035/25 8036/5 8036/8 8036/10
8036/16 8036/18 8036/21 8036/25
8037/3 8037/7 8037/12 8038/1 8038/23
8039/19 8039/23 8040/6 8040/7 8040/8
8040/3 8040/14 8040/19 8040/21
8040/22 8040/23 8041/1 8041/5 8041/7
8041/8 8041/10 8041/13 8041/13
8041/20 8041/22 8041/23 8041/23
8041/24 8041/25 8042/4 8042/4 8042/12
8042/13 8042/13 8043/9 8043/10
8043/13 8043/14 8043/18 8043/19
8043/24 8043/25 8044/10 8044/24
8045/4 8045/10 8045/16 8045/22
8047/15 8048/2 8049/17 8049/18
8051/10 8051/22 8052/9 8052/10
8052/11 8052/12 8052/13 8054/16
8055/15 8058/22 8059/11 8059/16
8059/19 8060/1 8060/6 8060/9 8060/17
8060/20 8060/21 8060/24 8061/3 8061/6
8061/11 8061/13 8061/15 8061/24
8062/1 8062/16 8062/19 8062/21
8062/22 8062/23 8063/1 8063/5 8063/8
8063/10 8063/14 8063/17 8063/18
8063/21 8063/24 8064/22 8065/1 8065/3
8065/7 8066/2 8066/25 8067/3 8067/8
8067/15 8069/9 8071/1 8074/19 8075/22
8075/23 8075/25 8077/24 8078/2 8078/2
8078/9 8078/11 8078/20 8079/16
8083/12 8084/1 8084/4 8088/18 8088/19
8089/19 8089/22 8090/15 8090/25
8091/6 8091/14 8091/15 8092/9 8094/1
8094/2
safety-critical [1] 8071/1
said [107] 7916/18 7917/19 7919/2
7919/5 7919/6 7919/6 7920/1 7920/6

said... [99] 7920/10 7922/9 7923/14
7924/15 7926/9 7928/10 7928/12
7930/13 7930/14 7932/3 7932/16
7932/16 7932/18 7932/18 7933/3 7933/4
7933/6 7934/10 7935/12 7935/13
7935/13 7937/6 7937/8 7937/12 7938/25
7939/10 7941/24 7944/3 7944/4 7944/4
7945/3 7945/9 7945/16 7948/6 7948/20
7949/10 7949/13 7951/11 7951/20
7952/7 7956/23 7958/1 7958/2 7960/15
7966/2 7967/8 7967/19 7970/11 7972/15
7973/7 7974/14 7974/25 7978/25 7979/4
7981/23 7984/19 7986/19 7989/20
7989/21 7994/11 7996/16 7996/18
7999/17 7999/20 8000/1 8001/2 8001/21
8001/24 8002/14 8003/11 8003/20
8003/21 8004/7 8004/18 8005/21 8006/2
8011/24 8014/20 8016/5 8017/15 8023/9
8038/10 8039/10 8041/4 8041/12
8048/13 8048/16 8049/9 8049/23 8053/6
8055/25 8068/11 8070/8 8071/2 8075/21
8080/23 8083/25 8084/20 8088/15
Sakhalin [4]  7909/20 7909/21 7909/21
7910/2
Sakhalin Island [1]  7909/20
sales [1]  8018/6
saltwater [1]  7924/11
same [36]  7905/12 7916/11 7916/14
7925/2 7925/25 7935/18 7936/4 7942/22
7942/22 7946/20 7952/14 7953/16
7970/23 7972/22 7973/22 7995/22
7998/5 7998/11 7998/24 7999/2 7999/8
8002/10 8003/19 8008/1 8008/3 8010/13
8010/15 8037/9 8039/22 8044/7 8046/13
8046/19 8052/7 8056/2 8058/16 8081/17
San [1]  7900/11
sanctioned [1]  8080/14
sand [4]  7952/23 7953/4 7953/21 7954/2
sands [2]  7952/24 7953/20
sat [3]  7928/19 7933/10 8049/11
satisfied [2]  7937/11 8004/14
Saturday [1]  7933/19
saving [1]  7961/21
savings [3]  8087/18 8088/14 8089/6
saw [6]  7931/22 7975/23 7983/25
8045/11 8064/7 8075/8
say [38]  7920/9 7920/14 7923/4 7924/18
7938/2 7944/3 7944/24 7955/18 7959/10
7959/10 7961/18 7972/3 7977/17
7982/11 7992/18 7997/16 8002/1 8004/6
8008/3 8011/1 8017/8 8030/11 8032/17
8033/25 8040/19 8055/5 8059/18 8061/2
8067/2 8067/7 8085/14 8086/14 8088/19
8088/25 8089/11 8090/5 8091/18
8093/10
saying [10]  7929/20 7963/6 7966/6
7985/16 8000/2 8000/3 8025/3 8033/20
8034/9 8044/8
says [41]  7931/6 7946/11 7950/22
7951/5 7952/1 7953/20 7954/1 7954/10
7955/10 7955/13 7958/22 7958/22
7960/8 7962/10 7963/13 7965/14 7967/6
7976/9 7976/11 7976/12 7976/13
7999/16 8004/7 8005/15 8007/12
8009/12 8025/13 8039/1 8040/4 8059/2
8059/7 8061/23 8062/15 8062/20
8064/19 8064/23 8065/10 8067/11
8072/5 8082/18 8085/6
scale [6]  7914/10 7914/10 7914/11
8057/14 8087/2 8089/3
scarce [1]  8052/17

scenario [1]  7981/16
schedule [1]  8041/12
scheme [1]  7942/24
school [1]  7907/5
scope [11]  7947/15 7954/22 7955/5
7966/14 7988/3 7988/23 8009/1 8050/15
8050/17 8050/24 8089/3
score [3]  8062/21 8062/23 8062/25
SCOTT [1]  7900/14
scratched [2]  7964/12 7964/13
screen [8]  7913/8 7924/2 7930/7
7950/15 7983/20 7999/23 8024/23
8038/4
screwed [1]  7934/10
Sea [11]  7908/17 7910/3 7910/4 8008/1
8008/3 8008/6 8008/9 8008/21 8009/9
8017/5 8018/17
Seadrill [2]  7912/20 7912/21
seal [2]  7966/20 7966/23
seamless [1]  7974/2
seat [2]  7976/7 7976/16
seated [2]  7905/3 7997/5
seawater [10]  7924/10 7924/10 7928/16
7931/10 7964/4 7964/10 7964/14
7964/15 7964/16 7965/11
second [20]  7916/1 7937/14 7964/10
7964/15 7964/16 7965/10 7965/12
7965/12 7968/15 7985/6 7988/16
8004/21 8026/1 8026/3 8026/4 8030/24
8047/14 8067/1 8077/2 8089/4
Secondary [2]  7953/1 7953/3
secondly [1]  8035/13
section [18]  7898/5 7900/13 7901/3
7911/10 7911/10 7933/2 7936/3 7953/11
7953/12 7955/15 7955/18 7956/15
7957/3 7966/18 7971/21 7973/2 8011/6
8011/8
Section 5B [1]  7911/10
sections [3]  7911/8 7922/9 7945/1
secure [1]  8047/2
securing [2]  8022/14 8022/15
see [53]  7914/3 7915/7 7921/21 7923/25
7935/20 7936/11 7936/14 7937/16
7939/18 7949/16 7949/25 7950/1 7958/8
7958/25 7959/2 7959/3 7962/8 7969/6
7969/21 7970/20 7971/22 7973/10
7974/23 7975/4 7975/24 7976/13 7977/7
7977/22 7977/25 7980/15 7982/15
7986/10 7990/2 7992/14 7993/5 7997/25
7999/23 8003/14 8012/8 8026/23
8051/11 8052/18 8059/5 8059/22
8060/22 8068/9 8072/11 8072/22 8085/6
8086/6 8086/12 8088/20 8092/10
seeing [1]  8009/3
seeking [1]  8034/2
seem [2]  8011/16 8094/20
seemed [3]  7914/22 7916/8 7969/4
seems [1]  7919/11
seen [9]  7933/4 7935/17 7936/3 7939/8
7940/7 7962/24 7976/24 7999/18
8000/25
sees [1]  7929/24
Segment [1]  8085/22
select [1]  8059/11
self [2]  8054/23 8086/6
self-contained [1]  8054/23
Self-Help [1]  8086/6
send [1]  8042/2
sending [2]  8043/4 8045/2
senior [10]  7924/14 7952/18 7965/25
7966/25 7967/18 7985/15 8014/11
8018/20 8022/4 8049/11
sense [2]  7951/7 8006/16 8015/13

8030/12 8035/18 8054/22 8055/14
8059/14
sent [7]  7908/12 7936/16 8003/2
8024/25 8025/8 8032/25 8042/25
sentence [5]  7927/2 7927/6 7939/1
7976/22 8039/1
separate [6]  7921/23 7971/4 7982/13
8019/2 8058/11 8093/5
separated [1]  7971/3
September [5]  7911/14 7911/18 8071/16
8072/3 8084/18
September 24 [1]  8072/3
September 8 [2]  7911/14 7911/18
sequence [2]  7918/10 7918/12
series [2]  8010/24 8016/15
serious [3]  7927/16 7977/2 7977/6
service [1]  8093/6
services [4]  7903/3 7903/7 8077/9
8086/21
SESSION [2]  7898/14 7905/1
set [39]  7926/2 7927/13 7930/19
7935/18 7936/8 7936/23 7938/9 7938/14
7939/1 7953/8 7956/10 7956/11 7957/9
7963/17 7963/19 7963/20 7963/21
7965/14 8019/10 8020/6 8023/25 8027/9
8027/23 8029/2 8029/3 8031/20 8031/24
8031/25 8034/22 8036/15 8041/21
8051/8 8051/13 8051/20 8052/3 8066/8
8066/14 8070/21 8094/1
sets [10]  8009/8 8011/1 8028/12
8028/15 8028/15 8050/2 8051/1 8067/13
8069/25 8073/11
setting [8]  7938/5 8023/5 8023/9
8023/13 8025/9 8028/7 8031/19 8051/25
seven [11]  7908/20 7909/10 7910/5
8021/19 8030/7 8043/1 8043/5 8055/12
8080/19 8080/19 8080/23
seven-year [1]  8080/23
several [2]  8017/1 8069/1
severe [1]  8068/22
Sevette [1]  7927/18
Shaker [1]  7926/8
shall [1]  8009/12
shallow [1]  7979/20
share [11]  8034/7 8037/2 8038/23
8039/3 8039/8 8039/11 8039/17 8039/20
8086/13 8088/5 8088/10
shared [2]  8039/22 8093/6
SHARON [1]  7900/21
Sharpen [1]  8052/14
Shaw [9]  7899/12 8012/20 8012/23
8013/8 8013/16 8013/20 8013/23 8014/3
8028/6
Shaw's [1]  8090/25
she [8]  8064/23 8064/24 8065/10
sheen [19]  7926/6 7926/10 7928/8
7928/9 7989/18 7989/22 7990/4 7991/19
7991/25 7992/2 7992/5 7992/13 7992/19
7993/11 7993/17 7994/22 7995/2 7995/7
7995/16
Shell [2]  8054/21 8055/6
shipyard [1]  8055/11
shocked [2]  8021/8 8021/8
shoe [1]  7955/19
short [2]  8012/20 8045/21
shorthand [1]  8086/19
shortly [1]  7933/17
should [17]  7919/1 7919/9 7919/19
7937/1 7944/12 7967/19 7973/6 7980/8
7992/18 8009/14 8029/20 8061/2 8070/1
8075/22 8077/22 8088/24 8089/22
shouldn't [2]  7934/11 7947/25
show [5]  7914/13 7991/10 7998/19

S

show... [2] 8024/12 8093/20
showed [4] 7928/21 7949/14 7978/23 8043/21
showing [1] 7993/8
shown [1] 7992/11
shows [2] 8069/8 8088/20
Shreveport [4] 7906/25 7907/1 7907/4 7907/5
shut [9] 7924/12 7924/21 7932/4 7932/14 7959/4 7959/6 7960/20 7961/7 7961/13
shut-in [2] 7924/12 7932/4
shutdowns [1] 8031/1
SHUTLER [1] 7900/21
side [9] 7919/9 7924/16 7924/18 7925/10 7933/3 7974/22 7974/23 8037/23 8059/7
sided [1] 7969/5
sidetrack [1] 7955/20
SIDP [1] 7924/11
sign [1] 8068/13
signal [2] 8029/3 8041/4
signature [1] 8068/9
signed [3] 8009/13 8068/12 8069/19
significant [6] 8003/8 8006/13 8006/15 8044/2 8059/7 8069/9
significantly [1] 8087/5
similar [2] 8009/16 8016/9
simple [4] 7985/24 8030/20 8044/23 8089/17
simplicity [1] 7905/20
simplify [1] 8044/19
simply [3] 8035/9 8039/12 8063/14
Sims [9] 7916/23 7944/4 7950/20 7950/25 7959/14 7959/15 7959/17 7959/20 7975/21
since [7] 7921/20 7934/12 7941/10 7941/12 8020/16 8028/21 8058/18
SINCLAIR [1] 7901/9
single [7] 7965/22 8000/13 8012/11 8030/22 8031/4 8031/22 8085/4
sir [50] 7920/13 7925/8 7941/16 7941/18 7971/23 7978/16 7983/24 7984/3 7987/16 7990/20 7991/8 7992/9 7993/7 7998/2 7999/6 8000/8 8000/11 8000/15 8001/19 8001/20 8001/20 8002/22 8003/1 8004/11 8004/12 8004/17 8004/22 8004/23 8005/1 8005/10 8005/19 8006/7 8006/13 8006/16 8006/18 8006/24 8007/6 8007/7 8008/1 8008/2 8008/5 8008/7 8009/4 8009/18 8009/22 8011/7 8011/9 8012/16 8012/17 8013/2
sit [3] 7915/22 7970/9 8005/4
site [14] 7908/9 7914/1 7916/7 7941/17 7951/1 7953/22 7977/8 8005/17 8008/16 8008/22 8009/13 8036/1 8036/2 8070/23
sitting [6] 7937/18 7982/11 7994/5 7999/5 8010/14 8011/17
situation [3] 7969/3 7979/9 8087/8
six [10] 7909/10 7909/13 7960/21 7985/13 8012/22 8042/25 8043/4 8054/21 8080/6 8081/12
six-minute [1] 8012/22
six-year [1] 7909/13
sizers [1] 8017/10
Skelton [3] 8064/12 8064/19 8065/13
skills [2] 8052/17 8053/8
skip [1] 7983/15
skipped [1] 8065/10
sleeve [1] 7964/8

slide [11] 8051/16 8072/5 8072/17 8080/20 8081/5 8082/18 8088/11 8088/12 8088/13 8089/7 8089/10 8093/18 8093/20
Slidell [1] 7899/19
slides [2] 8052/5 8084/11
slip [1] 7995/25
slow [2] 7906/20 7937/3
slowing [1] 7906/21
slowly [3] 7906/22 7908/7 7918/4
small [1] 8070/3
smaller [2] 7974/17 8086/1
smaller-focused [1] 7974/17
smooth [1] 7918/13
smoothly [1] 7974/4
so [74] 7905/22 7906/21 7907/3 7907/14 7908/25 7909/6 7909/6 7910/19 7912/4 7915/12 7915/14 7916/4 7918/10 7919/2 7919/5 7919/9 7919/17 7921/10 7921/15 7921/24 7922/12 7922/20 7923/8 7925/23 7926/19 7929/15 7929/19 7929/24 7936/1 7937/16 7939/3 7942/8 7942/17 7943/14 7944/3 7944/4 7944/19 7947/1 7950/15 7950/23 7951/17 7952/9 7953/16 7954/3 7954/11 7956/16 7957/25 7959/3 7959/3 7959/21 7960/5 7960/6 7960/12 7960/20 7961/6 7961/18 7962/3 7964/14 7964/18 7966/6 7967/13 7968/22 7968/24 7970/16 7970/25 7975/18 7976/3 7976/14 7979/9 7979/23 7981/2 7981/5 7982/22 7984/7 7984/12 7987/8 7987/12 7988/23 7989/9 7989/12 7992/1 7993/2 7994/18 7995/23 7997/11 7999/2 8001/18 8005/14 8006/2 8008/4 8010/23 8014/7 8014/14 8015/8 8018/10 8019/4 8019/22 8020/16 8021/21 8022/14 8026/9 8026/25 8027/14 8027/25 8028/14 8028/17 8030/8 8030/13 8031/4 8031/7 8031/24 8032/20 8032/22 8033/2 8033/3 8033/4 8035/15 8035/16 8036/15 8037/20 8037/22 8037/23 8038/22 8039/12 8040/18 8040/22 8043/10 8045/13 8046/4 8046/8 8047/2 8047/3 8047/8 8051/3 8052/2 8052/11 8053/9 8053/15 8054/7 8054/22 8057/5 8057/20 8063/4 8063/5 8063/13 8064/16 8066/14 8072/9 8072/25 8073/24 8076/20 8077/13 8077/17 8078/6 8079/4 8080/1 8080/5 8080/18 8080/22 8081/21 8081/24 8083/23 8084/3 8084/21 8085/12 8085/12 8085/15 8085/25 8086/3 8087/4 8087/13 8087/21 8088/2 8088/8 8089/20 8091/14 8093/9 8094/8
software [2] 7903/16 7952/9
solely [1] 7961/18
some [74] 7908/10 7908/19 7909/9 7911/22 7914/13 7916/16 7921/19 7921/20 7921/21 7941/19 7945/17 7947/2 7958/13 7958/17 7966/19 7966/24 7968/24 7974/1 7980/25 7981/2 7981/5 7981/7 7981/11 7982/8 7982/20 7983/5 7984/1 7984/13 7991/12 7993/13 7997/11 7998/4 7998/6 8005/7 8015/18 8019/8 8022/1 8025/3 8025/16 8026/10 8026/15 8028/4 8028/6 8030/17 8033/11 8034/20 8035/15 8035/18 8037/19 8039/11 8046/20 8047/12 8049/1 8049/21 8056/11 8057/15 8057/15 8058/17 8062/8 8063/16 8064/6 8070/10 8071/18 8073/19 8075/5 8077/14 8077/20 8081/15 8082/16 8085/11 8094/19 8094/21 8094/24
somebody] [1] 7916/9 7922/4 7991/6

7993/14 8041/16 8048/11
someone [2] 7923/1 7999/7
7999/9 7999/10 7999/10 8010/17
someplace [2] 7981/3 7991/24
something [28] 7938/20 7938/25 7958/9 7960/25 7961/20 7970/16 7978/10 7979/21 7983/2 7985/2 7985/10 7985/12 7993/13 7993/20 7994/19 8010/18 8031/10 8032/5 8037/14 8040/8 8040/9 8060/8 8069/12 8073/3 8076/1 8083/14 8091/22 8092/22
sometime [4] 7960/12 7984/16 7984/17 7996/5
sometimes [2] 8055/18 8084/7
somewhat [1] 7927/17
somewhere [2] 7990/16 8013/14
sorry [15] 7953/11 7969/16 7991/1 7991/19 7994/13 8002/12 8007/8 8032/14 8032/17 8042/22 8070/1 8074/9 8076/10 8076/11 8084/20
sort [31] 7921/7 7921/22 8021/11 8023/1 8023/21 8024/2 8024/12 8025/21 8031/13 8032/8 8032/24 8038/23 8039/23 8044/1 8047/2 8065/8 8066/8 8066/10 8066/14 8069/8 8069/10 8070/8 8070/9 8071/1 8071/2 8075/14 8075/15 8076/20 8077/13 8081/10 8088/15
sounds [5] 7945/5 7950/2 7979/7 7983/14 7995/22
South [1] 8077/11
spacer [3] 7926/7 7931/11 7931/12
spanned [1] 7944/8
speak [2] 7921/16 7959/12
speaking [3] 7911/14 7913/19 7915/13
special [2] 7961/4 7976/17
specific [14] 7911/1 7916/1 7942/15 7968/13 7976/25 8000/2 8001/1 8035/15 8036/1 8036/2 8061/19 8062/5 8062/6 8062/18
specifically [14] 7916/15 7942/18 7944/13 7949/10 7950/7 7973/19 7997/16 8027/1 8054/3 8060/6 8061/25 8063/17 8074/13 8076/3
specifics [1] 7976/21
specified [1] 8008/15
specs [1] 8079/15
spectrum [1] 8022/13
Speculation [2] 7957/17 7966/14
spelled [1] 8013/20
spelling [2] 7906/6 8013/19
spend [1] 8077/6
spending [3] 7923/19 8075/19 8088/16
spent [5] 7909/13 8017/2 8023/15 8049/13 8081/11
spill [2] 7898/4 8021/15
SPIRO [1] 7901/4
Sprague [3] 7956/24 7957/1 7959/21
spring [1] 8011/21
SPU [38] 7941/4 7941/5 8008/21 8019/20 8019/22 8020/9 8022/3 8023/12 8026/19 8026/20 8039/2 8039/4 8042/21 8043/23 8045/25 8046/3 8046/7 8046/15 8046/20 8048/12 8050/21 8058/20 8059/8 8061/24 8063/24 8063/25 8064/7 8064/14 8064/25 8065/11 8067/13 8072/3 8072/6 8073/15 8074/4 8075/15 8075/19 8083/21
SPUL [1] 8078/10
SPUs [1] 8046/5
Square [1] 8021/3
squirrely [1] 8001/22
St. [1] 8021/3
St. James [1] 8021/3

Case 2:10-md-02179-CJB-DPC Document 12732 Filed 04/29/14 Page 228 of 234

stack [7]  7931/12 7963/24 7964/23
7964/24 7966/1 7966/3 7978/24
staff [4]  7972/3 8042/10 8042/11
8091/10
stage [1]  8073/11
stand [3]  7920/11 7966/9 8010/16
standard [12]  7925/14 7946/19 7963/21
7967/16 8007/12 8007/19 8007/21
8008/9 8030/20 8043/16 8054/12 8055/4
standardization [1]  8052/16
standardized [4]  8009/16 8009/19
8009/22 8027/2
standards [2]  8019/10 8073/13
standdown [3]  8040/6 8040/7 8040/8
standdowns [1]  8040/22
standing [3]  7921/25 7982/16 7994/21
stands [2]  7924/7 7931/11
start [15]  7910/23 7914/19 7914/23
7917/4 7917/23 7917/25 7918/3 7926/12
7926/15 7930/8 7931/19 7933/21 7935/4
7952/18 8038/13
started [12]  7907/18 7916/18 7926/5
7928/15 7932/3 7949/23 7950/12 7971/4
7979/5 8059/11 8075/15 8080/7
starting [1]  7910/8 7911/12 7918/19
7928/7 8032/17 8032/23
state [10]  7901/7 7901/11 7901/15
7905/6 7906/5 7989/5 8013/18 8043/6
8043/11 8043/13
stated [6]  7907/3 7955/17 7955/21
7972/20 7986/1 8063/13
statement [17]  7905/22 7921/5 8001/1
8028/11 8041/14 8041/15 8047/18
8056/15 8056/20 8056/22 8065/23
8074/18 8074/20 8074/21 8090/24
8091/3 8091/4
statements [5]  7919/12 7921/14 7949/6
7976/25 8047/8
STATES [13]  7898/1 7898/10 7898/15
7900/8 7900/12 7900/18 7901/2 7988/8
7988/22 7989/6 8015/16 8095/2 8095/9
Static [1]  7931/22
stating [2]  7976/6 8089/10
Station [1]  7901/5
stationed [1]  8020/8
status [9]  7988/23 7989/1 8031/3 8031/4
8033/21 8065/9 8072/12 8072/13
8073/13
staving [1]  7982/23
stay [4]  7907/5 7922/16 8018/8 8018/23
stayed [2]  7909/9 7954/17
steady [1]  7924/22
steering [2]  7940/23 8058/2
stenography [1]  7903/16
step [4]  7966/21 7978/2 7994/22
8048/10
STEPHEN [1]  7898/23
steps [2]  7986/13 8048/7
Sterbcow [8]  7899/5 7899/6 7940/22
7978/5 7990/10 8010/24 8012/2 8012/4
STERNBERG [1]  7903/7
Steve [2]  7906/2 7906/5
STEVEN [3]  7900/14 7902/9 7906/7
sticking [1]  7958/20
still [16]  7932/15 7937/5 7940/5 7941/4
7941/15 7956/7 7959/23 7962/6 7963/14
7971/7 7983/7 8016/20 8020/14 8056/4
8092/14 8093/23
stinger [2]  7963/24 7964/1 7964/21
stipulation [1]  7920/24
stood [1]  7989/10

stop [18]  7908/24 7926/13 7933/9
7940/7 7960/1 7977/20 7983/5 8004/4
8010/22 8011/20 8026/1 8032/14
8035/12 8036/17 8040/11 8040/11
8040/19 8041/3
stopped [3]  7926/6 7928/17 7981/8
stopping [2]  8040/20 8040/22
story [4]  7914/21 7918/1 7918/18 7944/5
straight [2]  7943/1 8021/24
straightened [1]  7934/11
STRANGE [1]  7901/8
strategic [39]  8014/9 8014/18 8015/22
8017/19 8017/21 8019/17 8019/19
8020/2 8022/2 8022/10 8023/2 8024/2
8025/10 8025/13 8025/16 8026/10
8027/3 8027/4 8034/14 8036/11 8039/2
8042/18 8044/18 8045/8 8046/2 8046/8
8048/5 8048/21 8050/9 8051/15 8053/1
8056/9 8056/21 8066/18 8067/16
8067/24 8076/15 8076/19 8077/11
strategies [2]  8051/20 8052/2
strategy [25]  8023/3 8023/4 8023/9
8023/13 8023/25 8024/7 8024/13
8024/14 8025/9 8025/22 8034/13 8043/8
8044/21 8050/3 8051/13 8052/3 8052/24
8052/25 8075/8 8075/16 8076/15
8076/23 8077/1 8084/6 8084/7
Street [16]  7898/20 7899/3 7899/6
7899/10 7899/13 7899/19 7899/22
7900/6 7901/12 7901/16 7901/19 7902/6
7902/10 7902/17 7903/5 7903/10
strength [2]  7958/24 7961/10
strictly [1]  8052/9
strike [2]  8038/13 8084/21
string [19]  7950/5 7951/23 7952/5
7953/8 7954/8 7954/8 7954/14 7954/14
7954/18 7954/21 7955/4 7955/10 7956/4
7956/14 7957/9 7959/21 7959/23 7960/4
7960/5
stroke [1]  7926/6
strokes [3]  7924/16 7926/6 7926/10
strong [3]  7963/7 8045/12 8089/2
stronger [1]  8059/3
structure [4]  7973/25 7974/13 7974/15
8067/14
struggle [1]  7918/19
studied [1]  8017/14
sub [1]  8061/19
sub-bullets [1]  8061/19
subject [7]  8033/14 8042/21 8058/17
8064/14 8072/3 8075/1 8094/5
subjected [2]  7982/6 7982/10
submittals [2]  7996/14 7996/19
subsea [1]  8081/21
substance [4]  7920/1 7920/3 7944/22
7944/24
substance -- the [1]  7944/24
substantial [1]  7911/5
subsurface [1]  7972/3
succeed [1]  7976/22
success [1]  7929/2
successful [3]  7937/12 7987/6 8004/15
successor [1]  8053/19
such [4]  7931/11 7954/24 8027/24
8035/19
suggested [3]  7947/23 7967/19 8063/13
suggestion [1]  8047/12
suggestions [2]  7920/18 8095/1
Suite [11]  7898/20 7899/6 7899/10
7899/16 7901/19 7902/6 7902/10
7902/17 7902/20 7903/5 7903/8
SULLIVAN [1]  7900/20
summarize [1]  8082/24

summarized [3]  7991/12 8032/25
8033/15
summarizes [2]  8086/10 8086/14
summarizing [1]  8033/21
summary [4]  8038/17 8049/12 8063/19
8089/8
summer [5]  7907/19 7909/22 7940/13
8049/13 8080/5
Sunday [2]  7910/25 7933/19
Sunfish [1]  7908/14
suppliers [9]  8039/24 8086/22 8087/4
8087/5 8087/7 8087/9 8087/9 8087/13
8087/15
supplies [1]  8077/7
supply [9]  8019/13 8052/20 8077/5
8077/7 8077/17 8086/19 8086/21
8086/24 8089/5
support [4]  8036/17 8091/13 8093/6
8093/23
supported [1]  8050/22
supporting [1]  8093/1
suppose [1]  7962/18
sure [31]  7924/18 7925/21 7925/22
7927/15 7928/18 7931/2 7932/22
7936/10 7943/21 7957/2 7958/9 7962/19
7962/21 7967/15 7972/3 7977/17 7981/1
7992/6 7997/14 8025/23 8026/13
8026/16 8027/16 8028/1 8043/24
8045/12 8067/10 8075/18 8076/22
8077/3 8077/8
surface [8]  7926/5 7936/25 7938/1
7938/3 7938/5 7953/21 7963/21 7975/8
surprised [1]  8021/9
surrounding [2]  7952/24 7961/8
suspect [1]  7994/8
sustain [8]  7955/7 7978/7 7985/18
7988/5 7993/21 7993/25 7996/2 8066/11
Sustained [3]  7938/11 7967/24 7992/22
Sutherland [1]  7902/8
switch [1]  8094/4
sworn [2]  7906/4 8013/17
sympathy [1]  7919/15
synthesized [1]  7943/19
system [27]  7956/22 7981/3 7982/13
8029/22 8045/10 8045/13 8045/17
8045/19 8046/22 8046/24 8046/22 8047/2
8047/15 8047/24 8048/2 8048/16
8049/17 8049/18 8051/7 8054/4 8054/10
8054/17 8054/25 8055/1 8055/2 8055/15
8055/21 8071/3
systematic [1]  8029/21 8045/15
systems [3]  8017/10 8054/11 8055/22

TA [1]  7963/14
table [4]  8073/18 8073/20 8088/24
8088/25
tackle [1]  8060/6
take [33]  7909/4 7912/4 7916/2 7916/4
7916/14 7917/10 7918/3 7930/5 7931/22
7935/25 7944/3 7969/18 7975/18
7983/13 7984/25 7986/12 7997/1
8004/25 8011/21 8015/1 8019/4 8026/12
8033/23 8039/15 8040/11 8040/21
8041/2 8043/1 8048/8 8048/13 8060/12
8073/6 8085/4
taken [6]  7926/16 7978/13 7987/7
8002/1 8031/23 8058/19
takes [3]  8017/15 8017/24 8089/11
taking [12]  7914/15 7915/16 7919/8
7945/20 7999/7 8002/17 8005/8 8010/20
8010/23 8036/4 8063/19 8066/3
talk [39]  7906/21 7913/25 7920/10

T

talk... [36]  7932/13 7936/25 7943/11
7948/3 7949/3 7950/3 8006/23 8009/25
8011/23 8012/9 8012/9 8014/17 8014/19
8015/20 8020/1 8022/1 8028/3 8036/15
8040/21 8047/14 8049/21 8052/20
8053/1 8056/10 8060/1 8067/1 8071/21
8076/3 8076/15 8078/2 8079/22 8083/10
8083/12 8084/8 8084/24 8094/23
talked [25]  7905/7 7937/2 7937/23
7945/17 7953/17 7958/12 7983/21
7993/10 7993/18 7995/9 7999/16 8000/9
8005/17 8026/4 8030/21 8031/21
8036/25 8044/20 8051/15 8052/11
8056/7 8056/7 8058/8 8092/19 8095/1
talking [23]  7915/5 7920/6 7926/16
7927/7 7937/14 7937/24 7937/24
7946/17 7949/19 7949/19 7953/16
7953/18 7959/23 7960/12 7962/3 7968/5
7972/4 7973/2 8004/20 8011/6 8023/15
8037/12 8057/9
talks [3]  7952/23 7953/9 7973/23
tank [1]  7932/24
Tap [3]  7953/20 7954/2 7954/5
targets [1]  8044/12 8045/1
task [1]  7911/11
tasks [2]  8070/10 8070/14
team [103]  7909/8 7910/17 7910/23
7911/3 7911/12 7911/23 7911/25 7913/9
7916/19 7917/17 7922/15 7941/15
7941/20 7942/5 7951/1 7955/2 7958/14
7962/7 7965/18 7965/18 7970/3 7970/5
7970/18 7971/1 7971/4 7971/8 7972/23
7973/12 7973/13 7973/19 7974/2 7974/6
7974/17 7974/20 7976/4 7976/5 7977/3
7977/3 7978/18 7982/13 7983/5 7986/12
7987/23 7987/24 7992/8 7993/6 7993/14
7998/3 8000/5 8001/4 8001/5 8005/16
8005/18 8006/21 8008/1 8011/2 8012/13
8021/18 8023/16 8023/21 8029/5
8029/24 8030/5 8030/9 8030/11 8030/19
8031/16 8032/3 8032/6 8032/7 8033/1
8033/6 8033/7 8033/8 8033/10 8034/4
8035/18 8035/22 8035/24 8037/23
8038/6 8038/10 8038/14 8038/20
8045/12 8048/8 8049/13 8053/8 8056/12
8056/16 8057/12 8057/21 8057/25
8058/4 8062/7 8066/12 8071/7 8071/22
8072/11 8074/3 8079/15 8089/25
8093/24
team's [1]  7977/14
teams [9]  7909/23 7974/3 8029/3 8034/7
8038/21 8057/13 8091/8 8092/25
8092/25
tearful [1]  7918/19
tech [8]  7907/8 7962/9 7962/11 7962/12
7962/18 7962/22 7962/23 7963/9
technical [14]  7914/18 7914/19 7914/23
7972/12 8019/8 8046/23 8047/20 8091/1
8091/6 8091/6 8091/15 8091/16 8092/9
8094/2
technique [1]  7961/4
technology [2]  8019/7 8019/15
telephone [1]  7984/20
tell [36]  7906/11 7907/21 7914/21
7923/17 7969/19 7970/11 7986/17
8000/23 8001/21 8001/24 8007/2
8007/23 8013/4 8014/6 8025/15 8035/3
8040/7 8041/16 8047/18 8050/1 8056/21
8058/21 8062/3 8062/23 8065/24 8066/6
8069/4 8074/17 8075/12 8080/3 8081/15
8082/13 8085/8 8085/22 8087/19

8089/10
telling [10]  7918/11 7967/12 7968/25
7970/5 7971/24
tells [1]  7973/3
temperature [4]  7949/13 7949/13
7951/11 7981/6
temporary [1]  7963/14
tended [1]  7916/7
tenure [5]  8028/24 8029/6 8045/23
8048/1 8067/17
term [2]  7977/17 8045/21
terms [36]  7918/10 7919/14 7944/1
7956/4 7974/20 7981/21 7982/23 8012/8
8027/18 8029/19 8029/21 8032/23
8033/9 8038/14 8038/23 8044/16 8046/4
8050/4 8051/10 8051/22 8051/25
8057/16 8057/23 8058/5 8061/15 8064/8
8066/4 8066/9 8066/15 8069/2 8070/9
8074/22 8074/23 8075/18 8087/10
8091/19
terrible [1]  8021/7
test [105]  7924/24 7925/22 7926/7
7926/10 7926/16 7927/4 7927/7 7927/8
7927/9 7927/25 7928/8 7928/9 7928/22
7928/23 7929/1 7930/20 7931/3 7931/4
7931/8 7931/24 7933/12 7933/14 7934/9
7934/9 7934/10 7934/19 7934/20
7935/12 7935/12 7936/25 7937/1 7937/1
7937/7 7937/12 7937/13 7937/20
7937/21 7938/9 7938/14 7938/18
7939/19 7939/21 7939/24 7951/18
7956/7 7956/9 7963/24 7964/1 7964/3
7964/10 7964/11 7964/14 7964/17
7964/25 7965/3 7965/10 7965/12
7965/19 7965/23 7966/2 7966/7 7966/20
7966/21 7966/23 7968/12 7968/14
7978/3 7984/10 7985/3 7985/6 7985/6
7986/16 7986/18 7986/19 7986/25
7987/5 7989/19 7989/23 7990/4 7991/19
7991/25 7992/2 7992/5 7992/13 7992/19
7993/11 7993/17 7994/22 7995/2 7995/7
7995/16 8001/22 8003/13 8004/15
8004/21 8005/18 8005/20 8005/24
8006/4 8006/6 8006/19 8007/4 8009/19
8009/21 8011/10
tested [2]  7956/13 7956/21
testified [18]  7906/4 7941/23 7947/15
7978/25 7992/17 7997/14 7997/15
7999/1 8004/24 8005/9 8005/22 8005/24
8013/7 8013/17 8053/11 8056/8 8060/15
8067/20
testifies [1]  8012/21
testify [2]  7922/19 7991/4
testifying [2]  7920/23 7954/23
testimony [7]  7911/5 7984/20 7992/10
8006/4 8006/8 8006/9 8028/6
testing [1]  7938/1
tests [11]  7937/2 7937/15 7956/6
7960/21 7964/18 7965/13 7966/1
7967/17 7984/16 7984/18 8004/19
Texas [8]  7900/4 7902/10 7902/21
7903/5 7903/8 7906/13 7908/8 7908/25
than [20]  7923/20 7939/1 7941/3 7941/6
7941/13 7952/15 7952/24 7954/21
7965/19 7969/5 7972/23 7974/24
7979/16 7986/15 8011/1 8041/5 8055/15
8064/16 8075/1 8077/21
thank [23]  7924/20 7920/13 7922/2
7923/7 7925/8 7948/25 7988/6 7990/3
7990/12 7990/22 7995/1 7996/9 7996/14
7996/23 8012/14 8012/16 8012/17
8013/5 8040/4 8044/2 8076/13 8092/7
8092/17

thanks [1]  8064/19
that's [233]
the Bly [1]  7939/24
their [27]  7915/5 7917/15 7950/15
7976/7 7976/15 8000/24 8005/18 8034/1
8034/6 8034/7 8035/14 8035/14 8035/15
8038/21 8039/7 8039/15 8040/17
8054/10 8054/11 8054/11 8054/25
8057/6 8059/24 8061/6 8088/9 8091/9
8093/22
them [44]  7905/21 7920/19 7921/3
7927/3 7927/4 7927/21 7929/14 7929/16
7929/17 7929/17 7929/24 7936/2
7936/14 7936/16 7946/21 7952/5
7979/19 7982/20 7985/6 8017/10
8021/12 8026/11 8026/12 8026/13
8030/2 8034/4 8034/7 8035/10 8035/10
8035/13 8036/15 8036/16 8038/16
8039/19 8039/21 8040/17 8049/19
8058/12 8060/22 8071/18 8088/13
8091/20 8091/20 8092/20
themes [2]  8025/16 8026/10
themselves [1]  7966/9
then [115]  7905/8 7908/17 7908/20
7909/1 7909/4 7909/12 7910/8 7910/19
7911/14 7914/22 7917/23 7925/2
7925/24 7927/13 7928/2 7928/5 7929/7
7930/16 7931/14 7931/16 7931/21
7932/22 7933/1 7933/1 7933/16 7934/2
7935/6 7936/22 7937/23 7938/6 7942/13
7943/1 7943/19 7950/17 7953/6 7953/22
7954/7 7955/11 7955/24 7956/21
7959/14 7962/24 7964/7 7965/9 7965/9
7965/11 7965/14 7966/14 7966/12 7966/20
7971/3 7971/5 7972/6 7981/25 7984/20
7997/19 8002/10 8006/19 8011/15
8012/23 8015/2 8015/4 8015/7 8015/21
8016/5 8016/13 8016/14 8017/18 8018/2
8018/12 8019/6 8020/4 8020/6 8020/11
8020/12 8021/14 8022/18 8022/19
8022/20 8024/23 8026/19 8027/6
8033/17 8038/20 8039/8 8047/4 8047/6
8048/12 8049/21 8052/14 8052/20
8052/21 8053/12 8053/15 8053/19
8054/22 8055/6 8058/10 8058/11
8062/11 8062/12 8063/7 8064/23 8066/5
8069/13 8072/22 8074/14 8078/12
8078/24 8082/18 8085/21 8086/5
8087/18 8090/12 8092/20 8093/14
there [168]  7905/8 7907/2 7908/19
7908/20 7908/24 7911/8 7914/18
7915/20 7917/12 7920/6 7920/24
7923/25 7924/1 7924/6 7925/20 7926/3
7926/13 7927/2 7927/13 7927/20 7928/3
7928/7 7929/7 7929/9 7929/19 7930/19
7931/23 7931/23 7932/3 7932/15 7933/9
7933/11 7934/11 7935/23 7938/8
7938/24 7941/3 7941/6 7941/19 7943/5
7943/25 7944/10 7944/13 7944/14
7944/15 7945/20 7946/9 7946/13
7947/11 7953/22 7954/11 7954/13
7956/1 7956/3 7957/4 7957/12 7957/13
7958/5 7960/6 7964/3 7964/12 7965/3
7966/22 7976/7 7976/14 7977/2 7979/15
7979/20 7979/24 7980/2 7980/12 7981/3
7981/10 7981/24 7982/7 7983/10
7983/24 7983/25 7984/1 7984/3 7985/2
7985/6 7985/7 7989/8 7993/1 7994/18
7997/16 7999/17 7999/21 8000/13
8000/24 8001/9 8001/23 8003/20 8005/4
8005/6 8005/13 8005/19 8005/21
8007/19 8008/11 8010/22 8011/1 8011/4

there... [65]  8013/9 8026/1 8026/3
8026/5 8026/22 8026/23 8031/2 8032/13
8032/14 8034/2 8034/5 8034/25 8040/3
8044/13 8044/17 8045/6 8045/16
8045/18 8047/14 8048/7 8048/9 8049/16
8051/1 8052/1 8052/8 8053/1 8053/2
8053/5 8054/9 8056/24 8057/9 8058/10
8059/2 8061/18 8062/4 8062/4 8065/10
8065/14 8067/23 8068/3 8068/9 8068/19
8072/18 8072/22 8073/23 8074/14
8075/3 8076/13 8079/4 8081/16 8082/18
8085/1 8085/5 8085/21 8086/5 8086/12
8088/12 8088/12 8089/1 8091/9 8091/19
8092/6 8092/7 8092/18 8092/22
there's [41]  7921/1 7921/18 7922/22
7956/19 7971/21 7971/21 7974/25
7979/20 7980/23 7981/15 7982/12
7985/12 7992/25 8003/8 8005/12
8015/12 8016/13 8026/23 8032/6 8041/5
8044/17 8047/18 8047/12 8049/22 8052/14
8058/17 8062/11 8062/20 8065/23
8066/5 8069/1 8077/25 8082/18 8082/22
8084/21 8086/5 8086/11 8087/18 8089/1
8092/6 8092/18
thereabouts [1]  7957/8
therefore [1]  8049/7
these [85]  7914/3 7914/16 7915/8
7916/5 7920/9 7920/16 7920/25 7921/19
7921/24 7922/10 7922/23 7925/15
7927/21 7928/5 7928/21 7934/4 7935/7
7936/7 7936/11 7936/11 7938/21
7939/16 7943/6 7947/17 7947/17 7948/8
7952/2 7957/4 7957/12 7967/16 7969/9
7969/9 7969/14 7970/4 7971/12 7974/11
7974/23 7977/15 7977/15 7977/22
7977/25 7982/22 7989/10 7991/6 7999/1
7999/7 7999/12 7999/13 8003/18
8007/17 8007/21 8025/16 8030/18
8031/10 8032/2 8034/20 8035/19 8036/1
8036/8 8037/13 8038/10 8038/11
8038/15 8039/15 8039/17 8040/22
8041/7 8043/21 8052/2 8058/7 8058/11
8062/14 8062/18 8066/9 8068/11
8069/15 8071/8 8071/22 8073/19
8074/16 8081/4 8085/15 8089/1 8093/12
8093/20
they [114]  7905/8 7908/8 7908/12
7909/12 7910/7 7919/19 7920/10
7920/18 7920/18 7924/13 7924/14
7925/22 7927/19 7932/14 7932/16
7932/16 7934/6 7935/9 7936/12 7936/14
7936/25 7937/5 7938/5 7938/6 7938/9
7941/4 7941/5 7946/17 7947/8 7949/12
7949/20 7951/4 7951/11 7951/19
7951/20 7951/20 7952/7 7952/7 7954/3
7954/3 7954/4 7954/5 7954/5 7954/6
7954/16 7954/17 7956/1 7956/17
7956/22 7956/23 7957/9 7959/23
7959/24 7960/4 7960/4 7960/5 7960/15
7961/3 7961/7 7962/10 7962/16 7969/2
7970/11 7976/7 7979/12 7979/18 7980/8
7980/13 7980/14 7982/23 7983/1 7983/7
7984/8 7987/8 7987/12 7987/25 7990/17
7990/21 7995/16 7998/3 7998/6 8000/25
8006/18 8012/9 8015/7 8017/8 8023/18
8031/13 8035/11 8035/12 8035/21
8036/17 8038/1 8038/13 8040/22 8041/9
8049/5 8055/18 8079/3 8082/23 8084/19
8085/12 8085/16 8085/18 8087/9
8087/16 8092/25 8093/5 8093/6 8093/13
8093/14 8093/22 8093/23 8093/25

They're [1]  8015/15
thing [79]  7905/7 7937/5 7950/6
7976/18 8003/20 8003/22 8028/15
8030/21 8031/3 8031/21 8036/25
8037/25 8038/17 8039/23
things [30]  7927/7 7927/15 7929/20
7988/14 8000/4 8005/4 8005/7 8010/13
8023/18 8023/20 8025/14 8026/21
8027/17 8027/25 8029/3 8030/3 8031/16
8032/7 8032/12 8032/18 8032/23 8035/9
8037/19 8042/6 8043/20 8044/19 8053/4
8076/24 8076/25 8094/21
think [66]  7919/24 7920/1 7920/3
7920/18 7920/23 7921/1 7921/9 7921/11
7921/20 7923/1 7923/6 7926/22 7936/6
7939/4 7945/6 7955/5 7956/23 7958/17
7958/25 7961/7 7966/4 7968/3 7981/4
7981/14 7981/19 7987/14 7988/4
7988/13 7990/15 7991/17 7993/21
7997/14 7997/15 8000/10 8003/7
8006/12 8006/14 8007/9 8012/1 8017/15
8023/1 8023/19 8026/3 8028/14 8029/3
8029/10 8029/10 8030/2 8031/15
8037/25 8042/5 8052/7 8054/19 8055/12
8055/22 8060/22 8063/18 8069/7
8069/25 8070/20 8076/21 8077/14
8080/14 8080/23 8086/10 8086/11
thinking [1]  8076/20
thinks [1]  7960/18
third [6]  7901/12 7947/12 7973/3 8031/3
8077/5 8089/5
this [291]
Thornhill [2]  7899/18 7899/18
those [104]  7905/12 7913/25 7916/17
7916/17 7918/10 7921/8 7921/16
7922/16 7922/17 7923/2 7923/10
7924/23 7934/13 7935/6 7935/10 7938/4
7938/13 7938/17 7940/9 7943/9 7943/19
7943/25 7944/4 7965/13 7977/10
7979/25 7982/17 7988/10 7989/12
7989/14 7998/7 8002/2 8003/9 8012/6
8012/14 8013/10 8013/11 8015/3 8015/5
8015/5 8015/6 8015/14 8017/9 8017/21
8017/22 8018/2 8022/16 8022/18
8022/20 8022/21 8022/21 8023/23
8026/17 8027/17 8028/3 8028/4 8028/23
8029/3 8035/1 8036/6 8036/25 8037/5
8037/18 8038/23 8042/11 8042/14
8044/15 8047/24 8048/13 8049/1 8049/3
8049/15 8049/22 8051/25 8056/13
8057/6 8057/8 8061/17 8062/8 8064/5
8064/9 8066/10 8066/23 8069/23 8071/6
8073/14 8075/5 8075/14 8079/2 8080/6
8081/24 8082/1 8082/2 8082/15 8083/13
8085/1 8087/15 8088/1 8089/6 8090/12
8090/20 8091/8 8091/12 8093/25
though [6]  7921/13 7945/16 7971/1
7983/21 8002/21 8055/13
thought [21]  7915/13 7920/7 7922/16
7929/1 7934/18 7938/8 7941/14 7962/10
7973/6 7983/12 7987/6 7989/20 7995/9
7995/25 8023/18 8024/14 8026/21
8026/22 8032/22 8040/18 8044/18
thoughtful [1]  8040/25
thoughts [1]  8024/13
thousand [8]  7979/1 7979/4 8018/18
8079/25 8080/25 8084/20 8087/4 8087/6
thousands [2]  8078/22 8078/24
three [20]  7908/22 7917/14 7942/13
7942/14 7947/11 7954/7 7975/21 7976/4
7987/17 8021/18 8029/13 8033/4
8049/13 8056/25 8057/8 8057/11
8057/24 8061/17 8076/21 8089/3

three-day [1]  8056/25 8057/8 8057/24
three-equal [1]  8021/18
threshold [1]  8037/20
through [52]  7905/15 7907/5 7908/7
7909/16 7914/15 7918/1 7918/3 7922/9
7925/23 7931/16 7936/22 7945/5 7948/2
7950/4 7978/23 7980/19 7983/11
7983/14 7983/20 7984/7 7987/25 7988/4
7989/11 8014/7 8017/11 8021/17
8021/24 8022/13 8022/21 8034/8
8034/20 8038/21 8041/2 8043/17
8048/17 8049/12 8052/16 8054/13
8054/14 8057/20 8074/11 8077/7 8080/8
8080/8 8081/19 8084/18 8086/21
8086/21 8087/1 8087/22 8088/13
8090/19
throughout [3]  8027/10 8028/23 8067/17
thumb [1]  8013/3
Thunder [8]  8079/24 8080/2 8080/3
8080/4 8080/12 8081/24 8085/11
8085/15
Thunder Horse [6]  8080/2 8080/4
8080/12 8081/24 8085/11 8085/15
tieback [1]  7953/2
tiebacks [1]  8081/21
tight [1]  7947/16
time [93]  7907/14 7907/15 7908/6
7908/22 7909/9 7911/13 7911/17
7915/20 7916/11 7916/14 7918/1
7923/19 7927/24 7928/20 7929/9
7932/20 7936/11 7936/12 7937/23
7938/24 7944/6 7944/12 7951/8 7958/24
7960/25 7961/1 7961/2 7961/4 7961/10
7961/15 7961/21 7962/24 7963/7 7970/1
7971/3 7973/7 7979/23 7980/7 7980/9
7981/4 7981/24 7981/24 7983/2 7986/24
7987/3 7987/22 7992/10 7995/3 8002/17
8002/18 8011/18 8014/18 8015/8
8017/14 8017/25 8018/21 8020/18
8020/21 8021/2 8021/11 8021/16 8022/4
8024/10 8024/24 8036/1 8031/24 8033/4
8034/13 8036/17 8039/6 8040/11
8040/21 8043/17 8043/25 8046/13
8046/19 8048/13 8048/18 8052/7
8054/21 8054/22 8055/19 8064/7
8064/19 8064/25 8075/20 8081/23
8082/23 8083/21 8087/1 8089/22
8094/12 8094/24
time.' [1]  7932/17
timely [2]  7980/4 7982/9
times [5]  7912/24 7987/18 8010/22
8024/17 8035/11
timing [1]  7994/23
title [2]  7971/21 8062/15
titled [2]  8024/25 8086/5
today [9]  7906/19 7940/5 7970/9 7989/9
7992/11 8020/7 8020/14 8054/21 8072/8
together [7]  7943/10 7944/5 7944/17
7974/2 7974/14 8030/8 8079/14
told [33]  7911/3 7918/18 7924/14 7931/7
7932/4 7937/4 7937/6 7937/8 7937/10
7937/15 7968/18 7969/2 7969/6 7975/6
7981/19 7984/13 7985/5 7985/21
7985/22 7986/19 7991/25 7999/21
8000/23 8001/21 8001/22 8003/11
8004/7 8004/13 8006/13 8021/6 8021/7
8035/12 8079/22
Tolles [1]  7902/12
TOM [1]  7899/18
tomorrow [1]  7905/20
tone [6]  8028/7 8028/12 8031/19
8031/20 8031/25 8038/1
Toni [5]  7903/10 7903/12 8095/8

**T**

Toni... [2] 8095/16 8095/16
Tony [1] 7942/24
too [7] 7931/1 7946/9 7948/11 7949/15 7950/10 7956/25 7957/3
took [19] 7914/12 7914/13 7916/5 7917/18 7917/19 7918/25 7920/9 7920/15 7927/3 7934/25 7936/1 7938/1 7940/8 7974/16 7990/21 8005/1 8007/17 8019/6 8020/11
toolpusher [5] 7924/14 7928/10 7931/5 7931/6 8009/13
top [31] 7925/5 7925/7 7931/16 7931/19 7946/6 7972/4 8017/10 8028/7 8028/9 8028/12 8031/7 8037/13 8038/1 8039/5 8063/23 8063/25 8064/3 8064/7 8064/25 8066/18 8066/22 8066/23 8067/11 8067/21 8068/3 8068/5 8068/25 8070/14 8072/4 8072/6 8072/12
top-sizers [1] 8017/10
topic [7] 7934/5 7936/4 7946/15 7949/8 7983/23 7984/12 8040/12
topics [8] 7918/8 7922/10 7928/21 7945/18 8025/5 8030/17 8045/7 8062/18
topside [1] 7979/20
Torts [2] 7900/9 7900/19
total [2] 7908/20 7932/4
touches [1] 7912/11
tour [2] 7911/14 7924/14
toward [1] 7928/15
town [4] 7925/17 8007/22 8029/1 8042/8
track [3] 8033/24 8041/22 8043/15
tracking [1] 8063/5
tragedy [1] 8021/7
trained [1] 8070/22
Transcontinental [1] 7907/20
transcript [7] 7898/14 7915/7 7930/10 7936/19 8013/2 8091/2 8095/11
transcription [1] 7903/16
transcripts [1] 8013/1
transferred [5] 7908/21 7909/7 7909/19 7910/3 7910/7
transformation [5] 8025/1 8026/19 8026/20 8076/8 8076/16
transition [1] 8046/18
transitioning [3] 8049/17 8049/24 8051/6
translate [2] 7962/25 8052/2
Transocean [34] 7902/5 7902/6 7902/7 7902/8 7902/9 7902/10 7902/12 7902/12 7902/13 7902/16 7902/16 7902/17 7902/19 7902/20 7902/21 7910/1 7912/18 7919/23 7920/17 7927/16 7996/24 7997/8 7997/9 8010/11 8035/20 8037/6 8054/9 8054/13 8055/18 8055/20 8055/21 8070/24 8071/3 8094/14
Transocean Legend [1] 7910/1
Transocean's [1] 8094/16
transparency [1] 8063/3
transpired [3] 7915/2 7937/13 8004/19
trapped [1] 7937/9 8004/8
travel [1] 7911/20
tree [2] 7972/9 7973/4
TREX [28] 7905/8 7905/8 7905/12 7913/6 7935/17 7936/5 7939/7 7969/7 7971/10 7975/10 7988/15 7990/3 7990/17 7990/24 7992/24 7997/20 7998/9 7998/17 8001/12 8002/4 8002/4 8003/16 8006/14 8007/8 8008/19 8009/5 8009/6 8034/18
TREX-00003.2.2.U.S [1] 7990/24
TREX-0003 [2] 7988/15 7990/17
TREX-00096.1 [1] 7975/10

**TREX-00151.C.1** [1] 7971/10
TREX-00301.1.1 [1] 7993/2
TREX-03213 [1] 7992/24
TREX-192.1.1.TO [1] 7998/9
TREX-192.3.1.TO [1] 7998/17
TREX-193.3.2.TO [1] 8001/12
TREX-2398.4.2 [1] 8034/18
TREX-296.1.2 [1] 7935/17
TREX-296.6.10 [1] 7936/5
TREX-37031 [1] 8007/8
TREX-37031.1.1 [1] 7913/6
TREX-37031.13.1 [1] 7997/20
TREX-37031.95.1.TO [2] 8002/4 8003/16
TREX-40003 [1] 7905/8
TREX-4447.6 [1] 7939/7
TREX-4447.6.1.TO [1] 8002/4
TREX-447.6.1.TO [1] 8006/14
TREX-7313.1.1.TO [1] 8008/19
TREX-7313.6.1.TO [2] 8009/5 8009/6
TREX-7401 [2] 7905/8 7905/12
trial [7] 7898/14 7921/21 7922/23 7996/14 7996/19 8047/12 8091/2
tricked [2] 7970/6 7970/12
tried [3] 7914/21 7989/4 8062/5
trip [2] 7932/24 8021/2
triple [1] 7993/19
TRITON [1] 7898/8
trouble [2] 7925/16 7932/5
troubled [1] 8011/20
true [3] 7979/14 8037/9 8095/10
truth [1] 7948/13
try [9] 7906/21 7913/14 7916/10 7920/7 7931/1 7944/3 7947/16 8005/1 8027/24
trying [15] 7911/20 7920/8 7922/6 7922/17 7930/10 7930/13 7954/5 7977/19 7983/13 7984/24 7993/12 8000/4 8010/21 8038/23 8087/2
Tuesday [1] 7934/8
turn [7] 7930/2 7933/1 7951/15 7951/20 7992/23 8034/10 8075/1
turned [1] 7952/3
Tusa [5] 7903/10 7903/12 8095/8 8095/16 8095/16
twice [1] 7965/19 8012/1
two [34] 7908/13 7909/22 7914/18 7916/24 7919/24 7942/14 7947/9 7948/8 7961/19 7964/18 7966/1 7966/7 7966/21 7971/16 7984/16 7984/18 7985/5 7993/1 7998/3 8000/10 8002/12 8006/11 8011/19 8014/7 8014/15 8018/9 8031/18 8033/22 8035/9 8041/17 8045/5 8054/12 8081/20 8086/12
two-part [1] 7966/7
two-step [1] 7966/21
two-year [1] 8014/7
type [4] 7907/21 7911/16 7943/12 8017/6
typed [5] 7936/2 7969/17 7971/12 7991/6 7999/10
types [2] 7913/21 7913/22
typewritten [11] 7935/18 7935/23 7936/4 7936/12 7969/10 7998/11 7999/14 8002/8 8002/17 8002/21 8003/5
typically [4] 8016/14 8019/19 8040/13 8065/7
typing [1] 8002/19

**U**

U.S [5] 7900/8 7900/12 7900/18 7901/2 8016/10
Uh [1] 8028/8
Uh-huh [1] 8028/8

UK [1] 8016/12
ultimate [1] 7944/7
ultimately [6] 7909/9 7943/20 7980/16 7982/9 8054/10 8082/22
unchanged [1] 8093/23
uncontrolled [2] 7981/10 8068/19
uncovered [2] 8005/16 8005/16
under [25] 7940/2 7942/8 7942/24 7949/11 7952/17 7966/12 7971/2 7979/1 8006/5 8026/20 8037/13 8038/25 8041/7 8047/5 8051/7 8059/2 8061/22 8062/15 8062/20 8065/23 8072/9 8076/15 8078/5 8087/18 8092/19
UNDERHILL [3] 7900/9 7988/21 7995/23
underlying [1] 8082/22
understand [16] 7919/18 7921/17 7922/1 7922/8 7925/23 7965/24 7984/23 7986/21 7988/23 7989/8 7992/1 7996/16 8023/17 8037/19 8055/10 8057/17
understanding [12] 7923/4 7929/19 7964/6 7992/3 8031/7 8053/22 8054/15 8057/14 8057/21 8066/6 8069/22 8095/12
understood [8] 7923/3 7925/21 7964/20 7995/10 7995/10 8055/21 8059/19 8060/22
underway [1] 7946/11
undetected [1] 8011/12
unexpected [1] 7953/7
unilateral [1] 7978/1
unit [41] 8014/9 8014/18 8015/22 8019/17 8019/19 8020/2 8022/2 8022/11 8022/25 8023/2 8025/10 8025/11 8025/17 8028/24 8034/14 8036/11 8039/2 8041/16 8042/18 8044/18 8045/9 8046/2 8046/9 8047/9 8048/5 8048/21 8050/9 8054/2 8054/19 8054/23 8055/14 8056/9 8056/21 8064/2 8064/17 8066/18 8067/17 8067/24 8080/12 8089/1 8089/5
unit's [1] 8083/23
UNITED [13] 7898/1 7898/10 7898/15 7900/8 7900/12 7900/18 7901/2 7988/8 7988/22 7989/6 8015/16 8095/2 8095/9
United States [5] 7988/8 7988/22 7989/6 8015/16 8095/2
units [3] 8084/19 8091/21 8093/25
University [3] 7907/8 8016/4 8016/7
unless [2] 7981/7 8070/6
unload [3] 7980/22 7980/22 7980/23
unloaded [1] 7980/18
unloading [3] 7980/16 7980/21 7980/23
unnecessary [1] 7962/15
unquote [1] 8093/13
unreasonably [1] 7957/5
until [7] 7910/6 7911/13 7911/15 7912/2 7987/13 8065/2 8094/10
unusual [1] 8055/9
up [101] 7905/14 7906/24 7906/25 7907/1 7908/14 7910/6 7910/19 7910/5 7922/20 7925/22 7928/12 7928/14 7932/10 7932/24 7934/10 7935/12 7936/2 7936/3 7937/8 7937/10 7938/9 7938/14 7938/15 7942/2 7944/5 7945/10 7946/1 7947/20 7947/24 7947/25 7955/19 7956/5 7957/2 7958/2 7960/5 7962/1 7962/3 7963/2 7965/11 7966/6 7967/18 7968/12 7969/6 7970/17 7970/20 7971/12 7975/9 7978/1 7978/11 7979/21 7980/19 7983/4 7983/19 7983/23 7984/12 7985/22 7986/7 7986/11 7986/14 7987/8 7989/10 7991/6 7994/22 7997/11 7997/19 7998/9 7998/17 7999/10 8000/4 8001/12 8002/3

## U

up... [30] 8002/5 8003/13 8003/16
8003/24 8004/9 8006/4 8007/4 8007/8
8007/9 8007/11 8008/19 8009/5 8020/6
8024/6 8032/23 8038/4 8041/21 8058/18
8059/10 8064/2 8064/25 8070/21
8071/24 8075/15 8078/24 8080/7 8080/8
8080/9 8081/19 8082/24
update [3] 8042/21 8065/8 8069/14
updated [2] 8063/2 8068/1
upon [2] 7952/8 7980/7
upstairs [1] 7928/15
upstream [6] 8018/14 8019/11 8024/11
8024/16 8024/17 8083/22
us [40] 7907/2 7909/4 7914/17 7917/14
7917/15 7918/17 7918/18 7919/4 7924/7
7935/25 7938/21 7945/7 7957/23
7960/23 7966/5 7986/19 7988/25
7991/10 8017/6 8017/15 8017/24 8019/4
8026/9 8027/4 8039/22 8041/16 8051/11
8055/11 8056/21 8058/21 8062/23
8067/14 8069/4 8079/22 8086/1 8086/8
8087/6 8087/16 8089/7 8094/20
use [8] 7905/21 7921/4 7922/7 7951/8
7952/5 7977/19 8062/20 8094/12
used [15] 7920/16 7922/10 7934/13
7956/22 7974/1 7981/17 7981/25 8002/2
8031/24 8036/23 8039/19 8040/8 8051/8
8075/17 8091/14
using [3] 7903/16 7921/2 7922/5
Usually [1] 7914/17
utilization [4] 8052/17 8077/17 8077/21
8077/23

## V

vacation [1] 7960/12
valve [2] 7937/10 8004/9
Vance [4] 7931/3 7931/25 7932/3 7932/4
variety [2] 8008/11 8012/5
various [7] 7906/19 7909/10 8009/8
8071/3 8074/14 8075/3 8082/1
vast [2] 8081/21 8086/20
Vegas [2] 7929/8 7930/6
venture [5] 8017/20 8017/21 8087/23
8088/2 8088/4
verbatim [4] 7915/4 7915/5 7927/18
8004/25
verified [3] 7989/12 8048/11 8049/10
version [4] 7998/11 8002/8 8002/21
8003/5
versus [9] 7954/8 7955/3 7955/10
7956/4 7959/23 7960/21 7970/13 7986/8
8092/22
very [68] 7905/17 7905/25 7907/2
7916/12 7916/13 7916/23 7918/5 7921/4
7921/12 7925/5 7926/23 7927/10
7944/14 7947/7 7952/22 7965/16
7966/18 7968/15 7976/21 7978/10
7978/14 7985/24 7987/19 7994/6
7997/11 8013/12 8018/15 8018/18
8026/15 8026/17 8027/9 8027/23
8028/16 8030/20 8031/8 8032/6 8036/12
8038/24 8040/18 8040/25 8041/4
8041/24 8041/24 8042/6 8043/11
8043/14 8043/15 8043/20 8044/2
8044/15 8044/22 8048/9 8054/19
8060/22 8062/17 8063/18 8074/24
8075/23 8075/23 8076/1 8077/19
8080/19 8080/19 8081/18 8087/3
8088/17 8089/17 8090/4
vessel [11] 7908/14 7908/15 7909/14
7910/1 7979/16 7980/16 7981/7 7981/21

7982/6 7982/17 7983/6
7983/17 7983/22
vessels [3] 7807/17 7808/2
viable [2] 7983/5 7983/8
vice [12] 7906/17 7910/11 7912/5 7941/1
7941/9 8019/7 8019/9 8019/15 8030/13
8030/14 8032/14 8058/12
video [4] 7904/9 8012/21 8012/22
8013/7
videotape [1] 8012/21
Vidrine [74] 7916/22 7916/23 7917/5
7917/18 7917/25 7918/7 7918/11
7918/15 7918/25 7919/2 7919/3 7919/20
7920/1 7920/24 7922/18 7923/14 7924/1
7924/24 7925/12 7925/21 7926/15
7927/22 7928/6 7928/19 7928/22 7934/2
7934/8 7934/10 7934/19 7935/11
7936/24 7937/4 7937/20 7937/23 7938/8
7938/13 7938/17 7938/25 7939/16
7944/3 7983/21 7983/24 7984/12
7984/25 7985/5 7985/16 7986/19
7991/19 7991/20 7992/18 7993/16
7994/21 7995/5 7995/11 7995/14
7997/16 7997/23 7998/11 7999/20
8000/7 8000/14 8000/21
8000/23 8001/6 8001/21 8001/24 8006/2
8006/23 8007/2 8007/5 8007/16 8011/15
8011/17
Vidrine's [4] 7917/11 7929/4 7929/10
7938/18
view [3] 7974/3 8022/16 8056/1
viewed [1] 8028/21
views [1] 8011/2
Virginia [2] 7899/10 7899/10
visible [4] 8059/10 8090/4 8090/5 8090/6
vision [11] 8034/13 8050/2 8050/13
8051/1 8051/5 8051/8 8051/12 8065/23
8065/25 8067/15 8067/16
voice [4] 7955/12 7955/21 7956/16
7958/1
volume [3] 7931/22 7980/5 7981/2
VON [1] 7903/7
VP [4] 7974/14 8007/24 8092/6 8092/9

## W

Wait [2] 7989/2 7994/11
walk [5] 7925/23 7936/22 7957/16
7985/14 8011/22
walked [1] 7946/17
Walker [1] 7899/9
wall [4] 7942/10 7942/14 7942/22 7944/8
WALTER [1] 7899/12
Walz [5] 7950/20 7950/25 7966/25
7966/25 7974/15
want [37] 7910/15 7911/7 7911/24
7913/20 7916/15 7933/25 7936/3 7949/3
7955/11 7955/20 7956/15 7957/1 7958/2
7966/2 7967/19 7982/2 7988/9 7988/10
7997/14 8002/5 8006/8 8022/1 8026/1
8026/12 8028/4 8034/10 8039/15 8041/1
8056/10 8056/14 8058/18 8067/9 8075/4
8076/2 8076/11 8078/2 8078/6
wanted [37] 7905/6 7913/25 7945/18
7966/20 7985/13 8023/22 8024/1
8025/22 8026/16 8026/21 8027/10
8028/16 8031/19 8032/21 8034/3 8034/8
8035/9 8035/9 8035/13 8035/13 8037/1
8037/19 8039/10 8040/14 8043/21
8044/2 8044/22 8046/3 8051/9 8055/20
8055/20 8057/17 8066/8 8076/25 8077/8
8089/17 8094/15
wanting [1] 7957/16
wants [1] 7976/18
Warwick [1] 8016/7

was [579]
Washington [4] 7900/13 7901/6
7902/4
wasn't [12] 7937/13 7938/16 7939/19
7951/12 7952/7 7970/24 7984/1 7986/15
7995/10 8004/20 8005/23 8005/23
waste [4] 7962/12 7962/14 7962/24
7963/7
waster [1] 7931/11
waster-based [1] 7931/11
watched [2] 7924/22 7937/15
water [3] 7909/25 7931/10 7963/21
water-based [1] 7931/10
wave [4] 8046/5 8046/9 8048/6 8049/6
way [39] 7911/7 7915/25 7916/2 7917/23
7919/5 7919/6 7927/21 7938/9 7940/16
7946/20 7962/25 7964/20 7965/19
7967/16 7967/19 7967/20 7967/20
7967/20 7975/2 7981/10 7982/20
7985/23 7986/21 7987/8 7989/5 7989/17
7989/20 7993/2 8012/8 8012/11 8015/3
8023/1 8023/20 8049/3 8055/3 8055/23
8056/4 8075/21 8094/21
ways [2] 7956/19 7956/20
WBM [1] 7931/11
we [569]
we'd [16] 7914/17
we'll [6] 7930/24 7967/25 8025/15
8047/14 8067/1 8071/20
we're [2] 7963/6 7999/3
we've [4] 7961/18 7966/6 8031/19
Weatherbee [3] 7942/17 7969/11 7971/1
Weatherbee's [1] 7970/22
week [7] 7934/14 7989/10 8030/8
8030/22 8031/1 8035/1 8031/21
weekend [1] 7933/18
weekly [6] 8030/1 8030/4 8030/18
8031/12 8031/15 8038/19
weeks [3] 7911/19 8064/5 8075/15
weight [9] 7926/7 7933/5 7934/9 7937/1
7953/13 7953/21 7954/4 7963/19 7964/7
welcomed [1] 7918/17
well [155] 7905/17 7905/25 7908/9
7908/18 7912/24 7913/1 7913/13
7913/25 7914/2 7916/7 7918/5 7919/17
7920/5 7920/14 7934/25 7939/18
7941/15 7941/17 7941/20 7943/22
7944/14 7948/10 7948/15 7948/20
7951/1 7951/1 7951/22 7952/22 7953/2
7954/12 7954/15 7954/21 7955/4
7955/12 7955/17 7955/23 7956/23
7957/5 7957/16 7957/23 7958/2 7958/5
7958/14 7958/18 7958/20 7959/21
7962/6 7962/18 7962/21 7965/13 7966/9
7966/19 7967/17 7972/9 7972/23 7973/1
7973/13 7973/19 7976/5 7979/2 7979/9
7980/16 7980/18 7981/8 7981/19 7982/6
7982/7 7983/7 7985/13 7987/9 7987/12
7998/23 7999/18 8000/25 8005/17
8008/16 8008/22 8009/11 8009/13
8011/11 8011/12 8011/13 8011/14
8013/12 8017/12 8021/7 8021/8 8022/25
8023/18 8023/19 8024/25 8025/19
8027/8 8027/19 8028/13 8029/18
8030/20 8031/4 8031/6 8031/18 8034/24
8034/25 8036/9 8038/17 8041/18
8046/22 8046/25 8047/19 8048/16
8051/22 8053/6 8054/4 8054/4 8055/9
8055/17 8056/24 8057/10 8061/14
8062/4 8066/1 8066/8 8066/21 8066/23
8067/3 8067/20 8068/20 8068/21
8068/22 8069/3 8069/6 8069/25 8070/12
8070/16 8070/22 8070/22 8070/23

W

well... [19]  8071/4 8071/19 8071/21
8072/10 8072/19 8073/1 8074/2 8074/12
8074/17 8074/23 8075/8 8075/14
8078/13 8081/17 8082/9 8082/17 8084/4
8086/10 8087/1
well-controlled [1]  8070/22
well-trained [1]  8070/2
wellbore [1]  7966/21
wellhead [6]  7963/18 7964/4 7964/15
7964/25 7965/4 7965/5
wells [17]  7906/4 7909/25 7910/11
7912/5 7912/11 7941/1 7963/23 8007/24
8031/4 8080/9 8080/17 8081/13 8082/19
8082/23 8085/19 8093/3 8093/10
went [23]  7908/2 7908/4 7911/14 7928/9
7928/17 7928/18 7929/12 7931/8 7931/9
7932/13 7932/14 7932/22 7943/1 7950/4
7960/12 7965/13 7991/13 7992/5 8007/1
8007/5 8028/19 8078/24 8083/12
were [229]
weren't [4]  7917/25 7929/25 7960/15
8085/12
what [307]
what's [12]  7906/16 7925/10 7927/13
7930/19 7939/1 7974/11 7974/24
7999/24 8015/3 8029/3 8073/20 8088/12
whatever [6]  7919/15 7956/12 7956/22
8000/5 8089/25 8094/5
whatsoever [2]  7987/4 7988/1
wheat [1]  7921/23
when [67]  7910/21 7910/23 7912/4
7914/15 7916/9 7919/5 7919/21 7920/5
7922/18 7928/18 7931/1 7931/9 7932/23
7943/22 7949/10 7955/17 7958/1
7970/12 7977/17 7987/8 7990/15
7990/15 7991/19 7991/19 7992/2 7994/4
7995/7 7996/5 7996/6 8000/6 8005/1
8006/2 8006/12 8010/19 8010/23
8011/19 8016/1 8016/17 8017/14
8019/16 8019/22 8020/11 8020/25
8023/12 8027/23 8028/16 8029/10
8030/3 8030/11 8032/12 8032/18
8039/10 8039/20 8040/10 8041/1 8041/2
8041/18 8045/16 8046/1 8047/21
8055/10 8064/1 8064/1 8076/20 8077/6
8086/14 8091/22
whenever [3]  7994/5 8028/25 8040/14
where [66]  7906/12 7906/14 7906/24
7907/7 7910/2 7915/21 7915/22 7917/10
7920/5 7921/22 7923/13 7923/16
7923/17 7924/24 7928/16 7929/10
7929/13 7930/5 7938/25 7941/8 7944/8
7944/10 7944/12 7958/21 7959/24
7973/2 7974/13 7978/6 7978/18 7979/10
7979/12 7981/16 7984/1 7990/2 7991/22
7993/15 7993/16 7993/20 7995/9
7995/10 7997/25 8004/7 8007/12 8016/3
8016/5 8017/24 8020/8 8020/12 8020/14
8020/25 8026/21 8028/2 8030/5 8031/5
8041/21 8056/25 8057/11 8057/12
8057/18 8065/10 8083/20 8087/21
8088/13 8090/9 8090/9 8094/20
wherever [1]  7995/15
whether [41]  7936/25 7937/9 7937/14
7944/15 7950/4 7954/20 7955/3 7956/13
7958/5 7963/8 7966/10 7966/11 7968/18
7968/19 7969/13 7969/21 7969/25
7971/7 7972/14 7973/15 7975/1 7980/3
7980/12 7982/8 7983/4 7985/21 7987/4
7987/23 7991/2 7996/21 8003/2 8004/8
8004/20 8006/22 8008/8 8008/13

8010/24 8031/1 8031/1 8056/14 8074/18
which [158]  7906/11 7916/3 7920/6
7921/19 7924/11 7925/25 7927/10
7929/21 7933/1 7935/18 7939/4 7945/17
7946/21 7949/23 7950/2 7950/10
7950/17 7951/23 7952/4 7952/5 7953/18
7961/20 7961/23 7964/21 7966/1 7966/3
7967/15 7972/10 7972/11 7981/11
7989/17 7990/24 8015/14 8016/9
8019/10 8020/7 8022/11 8022/15 8023/7
8029/16 8033/21 8044/20 8044/20
8045/24 8046/25 8054/4 8058/11 8059/9
8061/17 8062/6 8066/3 8068/21 8070/20
8071/11 8072/17 8076/25 8079/22
8086/12
whichever [1]  7911/7
while [22]  7907/19 7907/22 7918/22
7919/6 7927/14 7945/6 7949/18 7949/19
7971/5 7983/7 7994/12 8011/25 8020/2
8020/8 8022/7 8023/24 8024/6 8025/17
8047/13 8067/23 8078/6 8091/14
Whiteley [1]  7901/15
who [38]  7913/19 7920/9 7920/11
7922/12 7923/2 7929/20 7939/11
7942/14 7944/21 7946/11 7947/9
7948/14 7950/19 7965/22 7968/16
7972/6 7972/19 7975/13 7976/3 7992/12
7992/12 8003/3 8010/14 8016/23
8023/24 8024/10 8028/23 8030/12
8033/11 8036/13 8038/15 8041/12
8041/16 8047/16 8048/3 8083/21
8093/12 8093/20
whole [7]  7931/16 7987/24
whom [1]  8074/1
whose [1]  7991/13
why [33]  7908/24 7909/4 7919/19
7927/15 7928/14 7939/14 7939/15
7956/8 7957/16 7958/2 7986/13 8010/12
8031/15 8036/15 8036/16 8038/18
8039/13 8040/15 8040/20 8041/16
8043/4 8043/21 8044/19 8046/18
8047/18 8054/16 8055/4 8056/22
8068/13 8074/21 8081/16 8083/3 8085/1
wide [3]  7945/18 8040/5 8055/16
widely [1]  8038/24
will [48]  7905/24 7906/19 7906/21
7920/6 7921/21 7921/25 7925/3 7931/16
7932/18 7932/22 7936/6 7942/8 7945/24
7948/23 7950/3 7951/8 7952/13 7954/25
7955/7 7959/12 7960/24 7971/2 7978/17
7981/1 7999/13 8010/3 8012/23 8013/10
8020/1 8022/1 8029/11 8039/1 8049/21
8052/2 8060/22 8067/14 8070/6 8072/5
8072/7 8076/3 8078/3 8085/2 8088/10
8088/13 8089/20 8090/20 8092/20
8094/9
Williams [2]  7899/15 7899/15
Williamson [2]  7900/2 7900/3
willing [1]  8094/18
Willis [3]  7992/24 7992/25 7993/1
win [2]  8087/7 8087/7
win-win [1]  8087/7
WINFIELD [1]  7901/9
wisely [2]  8079/19 8088/16
wish [1]  7986/22
within [8]  7921/15 7944/11 7974/9
7976/24 7979/4 8089/12 8090/1 8092/21
without [2]  7919/4 8074/11
withstood [1]  7980/15
witness [16]  7906/1 7913/16 7915/4
7919/1 7948/12 7981/23 7983/12
7988/24 7993/9 7993/13 7995/21
7996/21 7999/1 8012/18 8012/20 8013/8

witnesses [3]  7920/9 7947/7 8013/11
won [2]  7967/14 7967/14
won't [2]  7918/23 7930/22
word [8]  7951/8 7952/25 7953/10
7963/18 7977/19 8007/20 8049/19
8091/14
wording [2]  7944/17 7961/8
words [10]  7915/5 7929/15 7930/14
7934/13 7984/24 8002/2 8044/15 8052/7
8075/17 8089/11
work [36]  7906/14 7906/15 7907/18
7907/21 7908/3 7908/4 7909/4 7911/16
7911/17 7913/9 7916/18 7931/8 7939/25
7940/10 7940/12 7951/25 7970/7
7989/13 7989/16 8008/24 8009/15
8011/2 8016/13 8016/23 8016/25
8037/18 8040/19 8043/23 8044/10
8044/25 8045/14 8049/14 8057/10
8061/15 8061/23 8080/19
worked [18]  7908/17 7908/21 7917/17
7944/9 7948/15 7992/7 7998/4 8007/25
8017/7 8021/16 8021/20 8026/22
8028/23 8047/16 8048/3 8055/22
8090/12 8095/2
working [25]  7907/15 7907/16 7907/22
7907/25 7908/25 7909/13 7910/23
7911/11 7911/19 7918/3 7947/6 7951/13
7974/2 7974/4 7980/4 8017/18 8023/18
8023/19 8029/20 8054/20 8054/21
8087/3 8093/1 8093/25 8095/3
workovers [1]  7908/11
works [2]  8050/4 8054/12
world's [1]  8018/16
worldwide [4]  8015/12 8046/8 8055/16
8056/3
would [189]  7905/18 7906/23 7912/23
7913/14 7914/14 7914/15 7914/17
7914/18 7914/18 7914/23 7915/1 7915/4
7915/5 7915/10 7915/12 7915/13 7916/2
7916/3 7916/9 7916/10 7916/23 7918/9
7918/19 7918/23 7919/2 7919/6 7919/10
7919/15 7920/3 7920/14 7920/19
7920/24 7922/14 7923/11 7924/6 7930/2
7930/21 7933/6 7936/14 7938/2 7938/5
7942/2 7942/9 7942/15 7942/17 7942/22
7943/10 7943/23 7944/24 7946/19
7946/20 7946/23 7946/24 7947/1
7947/14 7950/14 7950/19 7952/20
7954/20 7955/5 7955/22 7956/3 7956/6
7956/9 7956/12 7956/14 7956/17
7956/21 7958/23 7959/22 7961/2 7961/9
7961/15 7962/7 7962/9 7962/14 7962/22
7964/21 7966/1 7966/11 7968/22
7969/12 7970/23 7971/16 7972/6
7972/25 7975/9 7975/18 7977/1 7977/14
7979/20 7980/7 7980/10 7980/15
7980/18 7980/19 7980/21 7980/25
7981/3 7981/4 7981/7 7981/16 7981/24
7982/9 7982/11 7982/12 7983/8 7983/9
7983/18 7984/8 7989/1 7990/20 7991/4
7991/13 7994/4 7995/25 7996/3 7999/18
8000/25 8002/1 8005/6 8005/8 8006/18
8010/22 8010/23 8011/20 8011/22
8011/22 8011/23 8011/24 8011/24
8011/25 8011/25 8012/20 8014/19
8019/4 8022/16 8022/18 8025/4 8028/19
8030/8 8031/22 8031/23 8035/17
8035/23 8037/2 8037/3 8037/17 8037/21
8038/10 8039/20 8039/20 8039/24
8040/4 8040/25 8041/2 8041/3 8041/4
8041/22 8046/2 8049/7 8055/10 8055/17
8055/18 8055/19 8058/3 8062/19 8065/6

## W

would... [21]  8065/8 8066/10 8066/11
8066/12 8066/13 8069/14 8071/4
8071/12 8072/12 8072/13 8072/25
8073/11 8075/18 8083/20 8083/23
8084/1 8084/7 8084/7 8086/3 8089/18
8093/25
wouldn't [4]  7915/3 7915/12 7966/22
7969/17
Wright [1]  7898/18
write [17]  7915/1 7915/3 7915/4 7915/5
7915/10 7915/13 7915/15 7930/10
7930/13 8004/6 8004/10 8004/13
8004/16 8004/18 8004/21 8005/4
8064/24
writing [6]  7916/10 7929/20 7939/11
7975/21 7996/4 8002/19
written [12]  7918/9 7929/25 7963/23
7964/1 7972/18 7976/6 8008/15 8009/10
8010/13 8010/14 8029/1 8034/5
wrong [4]  7981/19 7985/2 7985/10
7985/12
wrote [24]  7920/19 7920/20 7921/2
7922/12 7923/2 7923/3 7924/5 7924/23
7925/11 7927/21 7931/20 7935/8
7935/14 7959/7 7959/10 7963/11
7963/17 7965/24 7967/18 7967/23
8003/20 8003/22 8007/19 8010/16
WSL [1]  7968/7
WSLs [3]  7960/18 7960/21 7976/15
Wyman [1]  7931/5
Wyoming [1]  7909/9

## Y

yeah [18]  7941/13 7952/11 7956/23
7962/21 7968/20 7976/12 8032/20
8036/23 8039/19 8054/19 8070/17
8073/10 8078/10 8082/14 8082/21
8087/15 8088/15 8089/17
year [17]  7909/13 8008/4 8014/7 8017/7
8017/13 8017/18 8043/16 8052/6
8073/10 8080/15 8080/22 8080/23
8084/17 8086/1 8086/1 8088/7 8088/7
year-on-year [1]  8088/7
years [28]  7908/10 7908/20 7908/22
7909/10 7909/13 7909/15 8014/15
8016/14 8016/14 8017/1 8017/2 8018/9
8018/18 8018/24 8024/15 8033/22
8041/17 8045/5 8054/16 8055/11
8055/12 8055/13 8056/2 8080/18
8080/19 8080/19 8081/12 8094/13
yes [240]
yesterday [1]  7988/13
yet [3]  7926/21 7974/4 8095/3
Yoakum [1]  7900/3
you [872]
you'd [2]  7944/3 7996/4
you're [12]  7938/19 7947/4 7950/18
7957/4 7968/5 7981/5 7986/24 7994/15
8011/6 8014/20 8051/20 8071/16
you've [1]  7947/23
young [2]  7901/5 7907/2
your [313]
Your Honor [39]  7905/4 7905/18 7906/2
7918/20 7919/19 7920/7 7920/14 7921/4
7922/24 7926/24 7938/10 7938/22
7940/19 7948/4 7948/13 7948/18
7957/17 7978/4 7981/14 7988/16 7989/6
7989/13 7990/7 7992/20 7993/1 7993/10
7993/24 7996/1 7996/25 7998/18
7998/21 7998/25 8009/1 8009/23
8009/25 8012/19 8013/5 8013/13 8094/1

Your Honor's [1]  7988/13
yourself [5]  7915/11 7967/1 7967/17
8032/10 8064/3

## Z

zero [7]  7937/4 7937/7 7957/13 7983/22
8003/12 8006/3 8007/3
zonal [4]  7972/14 7972/16 7973/8
7973/16
zone [1]  7972/4