1              UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5    IN RE: OIL SPILL BY THE OIL
      RIG *DEEPWATER HORIZON* IN THE

6    GULF OF MEXICO ON APRIL 20,
      2010

7

8                        CIVIL ACTION NO. 10-MD-2179 "J"
                          NEW ORLEANS, LOUISIANA

9                        WEDNESDAY, APRIL 10, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE: THE COMPLAINT AND*

13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*

14

15   CASE NO. 2:10-CV-4536,
     *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*

16   *INC., ET AL*

17

     \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

18

19

20             **DAY 25  MORNING SESSION**

21       TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22    HEARD BEFORE THE HONORABLE CARL J. BARBIER

23        UNITED STATES DISTRICT JUDGE

24

25

                   **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES:

 2


 3    FOR THE PLAINTIFFS:   DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:   JAMES P. ROY, ESQ.
 4                          556 JEFFERSON STREET, SUITE 500
                            POST OFFICE BOX 3668
 5                          LAFAYETTE, LA  70502

 6


 7                          HERMAN HERMAN & KATZ
                            BY:   STEPHEN J. HERMAN, ESQ.
 8                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
 9


10                          CUNNINGHAM BOUNDS
11                          BY:   ROBERT T. CUNNINGHAM, ESQ.
                            1601 DAUPHIN STREET
12                          MOBILE, AL  36604

13


14                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:   PAUL M. STERBCOW, ESQ.
15                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
16                          NEW ORLEANS, LA  70130

17


18                          BREIT DRESCHER IMPREVENTO & WALKER
                            BY:   JEFFREY A. BREIT, ESQ.
19                          600 22ND STREET, SUITE 402
                            VIRGINIA BEACH, VA  23451
20


21                          LEGER & SHAW
22                          BY:   WALTER J. LEGER, JR., ESQ.
                            600 CARONDELET STREET, 9TH FLOOR
23                          NEW ORLEANS, LA  70130

24


25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                          WILLIAMS LAW GROUP
                           BY:  CONRAD S. P. WILLIAMS, ESQ.
4                          435 CORPORATE DRIVE, SUITE 101
                           HOUMA, LA  70360
5

6
                           THORNHILL LAW FIRM
7                          BY:  THOMAS THORNHILL, ESQ.
                           1308 NINTH STREET
8                          SLIDELL, LA  70458

9

10                         DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                           BY:  JOHN W. DEGRAVELLES, ESQ.
11                         618 MAIN STREET
                           BATON ROUGE,  LA 70801
12

13
                           WILLIAMSON & RUSNAK
14                         BY:  JIMMY WILLIAMSON, ESQ.
                           4310 YOAKUM BOULEVARD
15                         HOUSTON, TX  77006

16

17                         IRPINO LAW FIRM
                           BY:  ANTHONY IRPINO, ESQ.
18                         2216 MAGAZINE STREET
                           NEW ORLEANS, LA  70130
19

20

21   FOR THE UNITED STATES
     OF AMERICA:           U.S. DEPARTMENT OF JUSTICE
22                         TORTS BRANCH, CIVIL DIVISION
                           BY:  R. MICHAEL UNDERHILL, ESQ.
23                         450 GOLDEN GATE AVENUE
                           7TH FLOOR, ROOM 5395
24                         SAN FRANCISCO, CA  94102

25

                      **OFFICIAL TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3                              U.S. DEPARTMENT OF JUSTICE
                               ENVIRONMENT & NATURAL RESOURCES DIVISION
4                              ENVIRONMENTAL ENFORCEMENT SECTION
                               BY:  STEVEN O'ROURKE, ESQ.
5                                   SCOTT CERNICH, ESQ.
                                    DEANNA CHANG, ESQ.
6                                   RACHEL HANKEY, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
7                              P.O. BOX 7611
                               WASHINGTON, DC  20044
8

9                              U.S. DEPARTMENT OF JUSTICE
10                             TORTS BRANCH, CIVIL DIVISION
                               BY:  JESSICA McCLELLAN, ESQ.
11                                  MICHELLE DELEMARRE, ESQ.
                                    JESSICA SULLIVAN, ESQ.
12                                  SHARON SHUTLER, ESQ.
                                    MALINDA LAWRENCE, ESQ.
13                             POST OFFICE BOX 14271
                               WASHINGTON, DC  20044
14

15                             U.S. DEPARTMENT OF JUSTICE
16                             FRAUD SECTION
                               COMMERCIAL LITIGATION BRANCH
17                             BY:  DANIEL SPIRO, ESQ.
                                    KELLEY HAUSER, ESQ.
18                                  ELIZABETH YOUNG, ESQ.
                               BEN FRANKLIN STATION
19                             WASHINGTON, DC  20044

20

21  FOR THE STATE OF
    ALABAMA:                   ALABAMA ATTORNEY GENERAL'S OFFICE
22                             BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                    COREY L. MAZE, ESQ.
23                                  WINFIELD J. SINCLAIR, ESQ.
                               500 DEXTER AVENUE
24                             MONTGOMERY, AL  36130

25

                      **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
      LOUISIANA OFFICE
4    OF THE ATTORNEY
      GENERAL:
5                  STATE OF LOUISIANA
                  BY:  JAMES D.  CALDWELL,
6                  ATTORNEY GENERAL
                  1885 NORTH THIRD STREET
7                  POST OFFICE BOX 94005
                  BATON ROUGE, LA  70804
8

9
                  KANNER & WHITELEY
10                 BY:  ALLAN KANNER, ESQ.
                     DOUGLAS R.  KRAUS, ESQ.
11                 701 CAMP STREET
                  NEW ORLEANS, LA  70130
12

13
    FOR BP EXPLORATION &
14   PRODUCTION INC.,
      BP AMERICA PRODUCTION
15   COMPANY, BP PLC:     LISKOW & LEWIS
                  BY:  DON K. HAYCRAFT, ESQ.
16                 ONE SHELL SQUARE
                  701 POYDRAS STREET
17                 SUITE 5000
                  NEW ORLEANS, LA  70139
18

19
                  COVINGTON & BURLING
20                 BY:  ROBERT C. "MIKE" BROCK, ESQ.
                  1201 PENNSYLVANIA AVENUE, NW
21                 WASHINGTON, DC  20004
22

23                 KIRKLAND & ELLIS
                  BY:  J. ANDREW LANGAN, ESQ.
24                    HARIKLIA "CARRIE" KARIS, ESQ.
                    MATTHEW T. REGAN, ESQ.
25                 300 N. LASALLE
                  CHICAGO, IL  60654
                **OFFICIAL TRANSCRIPT**

 1    APPEARANCES CONTINUED:

 2


 3    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 4    OFFSHORE DEEPWATER
      DRILLING INC., AND
 5    TRANSOCEAN DEEPWATER
      INC.:                    FRILOT
 6                             BY:  KERRY J. MILLER, ESQ.
                               ENERGY CENTRE
 7                             1100 POYDRAS STREET, SUITE 3700
                               NEW ORLEANS, LA  70163
 8

 9
                               SUTHERLAND ASBILL & BRENNAN
10                             BY:  STEVEN L. ROBERTS, ESQ.
                                    RACHEL G. CLINGMAN, ESQ.
11                             1001 FANNIN STREET, SUITE 3700
                               HOUSTON, TX  77002
12

13
                               MUNGER TOLLES & OLSON
14                             BY:  MICHAEL R. DOYEN, ESQ.
                                    BRAD D. BRIAN, ESQ.
15                                  LUIS LI, ESQ.
                               355 SOUTH GRAND AVENUE, 35TH FLOOR
16                             LOS ANGELES, CA  90071

17

18                             MAHTOOK & LAFLEUR
                               BY:  RICHARD J. HYMEL, ESQ.
19                             1000 CHASE TOWER
                               600 JEFFERSON STREET
20                             LAFAYETTE, LA  70502

21

22                             HUGHES ARRELL KINCHEN
                               BY:  JOHN KINCHEN, ESQ.
23                             2211 NORFOLK, SUITE 1110
                               HOUSTON, TX  77098
24

25

                          **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3    FOR HALLIBURTON
     ENERGY SERVICES,
4    INC.:                   GODWIN LEWIS
                             BY:  DONALD E. GODWIN, ESQ.
5                                 FLOYD R. HARTLEY, JR., ESQ.
                                  GAVIN HILL, ESQ.
6                             RENAISSANCE TOWER
                             1201 ELM STREET, SUITE 1700
7                             DALLAS, TX  75270.

8

9                             GODWIN LEWIS
                             BY:  JERRY C. VON STERNBERG, ESQ.
10                            1331 LAMAR, SUITE 1665
                             HOUSTON, TX  77010.
11

12

13   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
14                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
15                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
16                               Cathy_Pepper@laed.uscourts.gov

17

18   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

1

                                **I N D E X**

2

3       EXAMINATIONS                                        PAGE

4

5       **NEIL SHAW (CONTINUED)**................................ 8106

6       DIRECT EXAMINATION BY MS. KARIS...................... 8106

7       CROSS-EXAMINATION BY MR. LEGER...................... 8127

8       CROSS-EXAMINATION BY MR. MILLER..................... 8225

9       REDIRECT EXAMINATION BY MS. KARIS................... 8237

10      **DAUN WINSLOW** VIDEOTAPED DEPOSITION................... 8244

11      **VINCENT TABLER** VIDEOTAPED DEPOSITION................ 8244

12      LUNCHEON RECESS..................................... 8245

13

14

15

16

17

18

19

20

21

22

23

24

25

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | **P-R-O-C-E-E-D-I-N-G-S**                                    |
|       | 2  | WEDNESDAY, APRIL 10, 2013                                    |
|       | 3  | M O R N I N G   S E S S I O N                               |
| 07:42AM | 4  | (COURT CALLED TO ORDER)                                    |
| 07:42AM | 5  |                                                            |
| 08:04AM | 6  |                                                            |
| 08:04AM | 7  | THE DEPUTY CLERK:  All rise.                                |
| 08:04AM | 8  | THE COURT:  Good morning, everyone.                         |
| 08:04AM | 9  | VOICES:  Good morning, Your Honor.                          |
| 08:04AM | 10 | THE COURT:  Please be seated.                               |
| 08:04AM | 11 | Do we have any preliminary matters this                     |
| 08:04AM | 12 | morning?                                                    |
| 08:04AM | 13 | MR. GODWIN:  Very briefly, Your Honor.                      |
| 08:04AM | 14 | Judge, Don Godwin for Halliburton.                          |
| 08:04AM | 15 | We have circulated, Judge, our exhibits that we             |
| 08:04AM | 16 | used in the cross-examination of Morten Emilsen.  To my     |
| 08:04AM | 17 | knowledge, there are no objections.  We would offer them into |
| 08:04AM | 18 | evidence at this time, sir.                                 |
| 08:04AM | 19 | THE COURT:  Any objection to the Halliburton exhibits?      |
| 08:04AM | 20 | Hearing none, those are admitted.                           |
| 08:04AM | 21 | (WHEREUPON, the above mentioned exhibits were               |
| 08:04AM | 22 | admitted.)                                                  |
| 08:04AM | 23 | MR. GODWIN:  Thank you, Judge.                              |
| 08:05AM | 24 | THE COURT:  Thank you.                                      |
| 08:05AM | 25 | MR. REGAN:  Good morning, Your Honor.                       |

08:05AM 1          With respect to Emilsen and Robinson, I think

08:05AM 2    most of the parties are going to put those in this afternoon

08:05AM 3    or, perhaps, tomorrow morning.  So I think that's how we'll

08:05AM 4    handle the rest, the lists that have been circulated, a little

08:05AM 5    later on tonight.

08:05AM 6          THE COURT:  That's fine.

08:05AM 7          MR. BROCK:  I was just going to say, the same for

08:05AM 8    Dr. Bourgoyne.  The lists actually were circulated amongst the

08:05AM 9    parties late last night, so I think we can get with you on

08:05AM 10   those later, also.

08:05AM 11         THE COURT:  Mr. Brock, while you're up there, let me

08:05AM 12   raise the issue of Dr. Azar.

08:05AM 13         MR. BROCK:  Yes.

08:05AM 14         THE COURT:  I don't know where your discussion stands

08:05AM 15   on that; but, I took the time to read his report last night.

08:05AM 16   It struck me as being almost completely cumulative and

08:05AM 17   duplicative of Dr. Bourgoyne's report, in that area of

08:06AM 18   expertise.

08:06AM 19         So I'm not sure what specific area you were

08:06AM 20   planning to call him for, but, again, just looking at his

08:06AM 21   report, it seems like it's almost a carbon copy of

08:06AM 22   Dr. Bourgoyne.

08:06AM 23         MR. BROCK:  He has a bit more emphasis on some of the

08:06AM 24   operations issues.  We are working to cut that report down.  I

08:06AM 25   hear Your Honor's statement about that, and we'll continue to

08:06AM 1   think about that.

08:06AM 2          We now have him scheduled for tomorrow morning.

08:06AM 3   He's got a health problem that he's dealing with.

08:06AM 4          We'll work through that today with the parties

08:06AM 5   in terms of pulling down sections of his report.  We have

08:06AM 6   something pretty close to being ready to circulate.

08:06AM 7      THE COURT:  Okay.  Thank you.

08:06AM 8          All right.  Ms. Karis.

08:06AM 9      MS. KARIS:  Thank you, Your Honor.

08:07AM 10        Good morning, Your Honor.  Hariklia Karis

08:07AM 11  conducting -- or continuing the direct examination of Mr. Shaw

08:07AM 12  on behalf of BP.

13              **NEIL SHAW**

14    was called as a witness and, after being previously duly

15  sworn by the Clerk, was examined and testified on his oath as

16  follows:

17      DIRECT EXAMINATION (Continued)

18    BY MS. KARIS:

08:07AM 19  Q.   Mr. Shaw, when we broke yesterday, you were talking about

08:07AM 20  the decision with respect to moving the safety and technical

08:07AM 21  directorate from the function into the line.

08:07AM 22    I want to follow up with just a couple more questions, and

08:07AM 23  then we'll move on.

08:07AM 24    If we can pull back up D-4777.1, please.

08:07AM 25    This was the exhibit we looked at --

08:07AM 1       If we can build it out.

08:07AM 2       -- in which we saw that these individuals from the

08:07AM 3   function moved into the line.  I realized that I failed to ask

08:08AM 4   you when you referenced in your document that you were

08:08AM 5   eliminating safety and technical directorate, it also

08:08AM 6   referenced 290 BP personnel and 93 contractors.

08:08AM 7       Can you tell us, when you moved the safety and technical

08:08AM 8   directorate into the line, what happened to the 290 BP

08:08AM 9   personnel in contract and then the related contractors?

08:08AM 10  A.    Yes.  I mean, this was simply a change in reporting line

08:08AM 11  relationship.

08:08AM 12      The individual teams that preexisted in the safety and

08:08AM 13  technical directorates, they moved as a team and were embedded

08:08AM 14  as per those arrows.

08:08AM 15      So there was no reduction in personnel.  This -- there was

08:08AM 16  no intent here around reducing costs.  This was clearly just an

08:08AM 17  intent around improving the effectiveness of the organization.

08:08AM 18      As a leadership team, we believed that it would be more

08:08AM 19  effective to imbed these resources, those teams, in the

08:09AM 20  individual performance units.

08:09AM 21  Q.    Okay.  Thank you.

08:09AM 22      Let's now move to a different subject.

08:09AM 23      You spoke yesterday of the safety agenda you put in place,

08:09AM 24  as well as the various other strategies and objectives you put

08:09AM 25  in place, when you became the Strategic Performance Unit Leader

08:09AM 1    in late 2007.

08:09AM 2        Were you tracking the results of your efforts throughout

08:09AM 3    your leadership?

08:09AM 4    A.    Yes.  That was very important to be able to track

08:09AM 5    performance of all dimensions, safety, production and costs.

08:09AM 6        We established a framework of management meetings and

08:09AM 7    reviews where I would review performance on those three key

08:09AM 8    areas with my leadership team.

08:09AM 9    Q.    Let me stop you there.

08:09AM 10       If we can put up 866N.23.1.  This is from the OMS Handbook

08:10AM 11   that we referenced yesterday.

08:10AM 12       The meetings that you just referenced, did those become

08:10AM 13   part of the OMS required process here, as described in the

08:10AM 14   weekly operations meetings?

08:10AM 15   A.    Yes.  This was a key element of our overall management

08:10AM 16   system, to have the right management meetings where we could

08:10AM 17   review the status of the business and make the right

08:10AM 18   adjustments or interventions.

08:10AM 19   Q.    Okay.  Under the weekly operations meetings, it says that:

08:10AM 20   "The SPU Leadership Team convenes a weekly operations meeting,

08:10AM 21   where personal and process safety, production and drilling are

08:10AM 22   the key focus."

08:10AM 23       Throughout your leadership, did you continue to convene

08:10AM 24   these weekly operations meetings where you discussed both

08:10AM 25   personal and process safety for the production organization, as

08:10AM 1   well as for the drilling organization?

08:11AM 2   A.    I did.

08:11AM 3   Q.    Was that a mechanism by which you and your leadership team

08:11AM 4   were following and tracking the performance of the business,

08:11AM 5   both with respect to safety, as well as production and cost, as

08:11AM 6   you indicated?

08:11AM 7   A.    That is correct.

08:11AM 8   Q.    Now, in addition to these weekly operations meetings, did

08:11AM 9   you also track and report the performance of your business to

08:11AM 10  BP's leadership, including your boss, Mr. Inglis?

08:11AM 11  A.    Yes, on a regular basis.

08:11AM 12        In fact, we had -- one of the outputs of my weekly

08:11AM 13  operational meeting was to provide a weekly report to my boss,

08:11AM 14  Andy Inglis.

08:11AM 15        The contents of that weekly report used to focus on safety

08:11AM 16  and production; so, on a weekly basis, we would report results

08:11AM 17  to my management.

08:11AM 18  Q.    So not only were you discussing the results with those who

08:11AM 19  reported to you, but you were then reporting those to your

08:12AM 20  boss, if you will?

08:12AM 21  A.    That's correct.

08:12AM 22  Q.    Are you familiar with something called the maroon book?

08:12AM 23  A.    Yes, I am.

08:12AM 24  Q.    Can you explain what the maroon book is?

08:12AM 25  A.    The maroon book, it's a term we used for the compilation

08:12AM   1    of all of the key performance indicators with regard to safety

08:12AM   2    in the SPU.

08:12AM   3    Q.    Did it -- and how often was the maroon book updated?

08:12AM   4    A.    It was updated on a quarterly basis.  It included a series

08:12AM   5    of both leading and lagging indicators for both personal and

08:12AM   6    process safety.

08:12AM   7    Q.    You said it was updated on a quarterly basis?

08:12AM   8    A.    That's correct.

08:12AM   9    Q.    Did you then communicate the results that were reported in

08:12AM  10    your maroon book up to your management?

08:12AM  11    A.    Yes.  I mean, in terms of the process, the document would

08:12AM  12    be prepared.  It would be reviewed as part of the HSE QPR,

08:12AM  13    which is one of the quarterly meetings identified in the

08:12AM  14    OMS Handbook.

08:12AM  15        We'd review the results as a leadership team, and then

08:13AM  16    we'd report that up to my management.

08:13AM  17    Q.    You testified yesterday that, with respect to drilling,

08:13AM  18    process safety was loss of primary containment?

08:13AM  19    A.    Exactly.

08:13AM  20    Q.    Did the maroon book report on the results of loss of

08:13AM  21    primary containment?

08:13AM  22    A.    It did.  That was one of the key lagging indicators for

08:13AM  23    process safety.

08:13AM  24    Q.    If we can look at 45257NE11.1.1.  Let's see how much

08:13AM  25    longer we can get these numbers.

8111

08:13AM 1        Can you describe for the Court what we're looking at here

08:13AM 2   in this exhibit?

08:13AM 3   A.    This is one of the pages from the maroon book.  It

08:13AM 4   provides a summary of performance on loss of primary

08:13AM 5   containment, which was one of our key lagging KPI's for process

08:13AM 6   safety.

08:13AM 7   Q.    Are these the results from 2009 --

08:13AM 8   A.    I believe --

08:13AM 9   Q.    -- through the fourth quarter, which is when you left?

08:13AM 10  A.    Yeah, I believe they are.

08:13AM 11  Q.    Were you reporting on loss of primary containment, not

08:14AM 12  only for BP-owned rigs, but also for contractor-owned rigs?

08:14AM 13  A.    That's correct.

08:14AM 14        As you look at that table, you'll see that the BP rigs,

08:14AM 15  *Thunder Horse*, for example, is included there; but, we also

08:14AM 16  have the contractor rigs, the *Horizon*, the *Marianas*, the

08:14AM 17  *Enterprise*, *DD II*, etcetera.

08:14AM 18        So it was both the VP and the MODU's.

08:14AM 19  Q.    To focus on the *Horizon*, since that's the one at issue

08:14AM 20  here, were there any loss of primary containment incidents

08:14AM 21  throughout 2009?

08:14AM 22  A.    No, there were no incidents at all in 2009.  In fact,

08:14AM 23  there were no incidents through 2008 and 2009.

08:14AM 24  Q.    Throughout your tenure as the Strategic Performance Unit

08:14AM 25  Leader, were you satisfied with the performance that you were

08:14AM 1    seeing, the process safety performance you were seeing in the

08:14AM 2    statistics that you were tracking for the drilling

08:15AM 3    organization?

08:15AM 4    A.   Yes.  I mean, in total, I think we had -- there were just

08:15AM 5    three incidents in 2009 in total.  These were fairly low

08:15AM 6    severity incidents, and we looked at all of them individually.

08:15AM 7         But, yes, we were -- we were pretty pleased, actually,

08:15AM 8    with the performance we were seeing.

08:15AM 9    Q.   When you say there were three incidents, and we're talking

08:15AM 10   about loss of primary containment --

08:15AM 11   A.   Yes.

08:15AM 12   Q.   -- what are the types of things that could be included

08:15AM 13   there?

08:15AM 14   A.   Yeah, I mean, I think it's -- as you'll see, we talk about

08:15AM 15   levels A to G.  That's a severity index.

08:15AM 16        You'll see that most -- two of the three were severity G,

08:15AM 17   and one was severity F; but, these are relatively small

08:15AM 18   incidents.

08:15AM 19        A lot of them are actually just losses of hydraulic

08:15AM 20   fluids, ROV -- from ROV, sometimes, chemical spills, etcetera.

08:15AM 21   They were not blowouts by -- no major loss of primary

08:15AM 22   containment.

08:15AM 23   Q.   Regardless of the fact that they were much lower severity

08:16AM 24   than a blowout, were you nonetheless tracking those and

08:16AM 25   investigating those to the extent those resulted in any type of

08:16AM 1   incident?

08:16AM 2   A.   Absolutely.  We tracked everything, and we investigated

08:16AM 3   everything down to level G, because we believed that there was

08:16AM 4   always learnings from every incident.

08:16AM 5        It didn't matter how minor it was, it gave you a good

08:16AM 6   picture of, you know, what was happening in the organization,

08:16AM 7   and we wanted to learn from them.

08:16AM 8   Q.   Now, in addition to tracking the results in the maroon

08:16AM 9   book, were you then, on an annual basis, yourself being held

08:16AM 10  accountable to your leadership for what the results, the

08:16AM 11  performance results were, both for safety production and costs,

08:16AM 12  within your organization?

08:16AM 13  A.   Yes.  I had an individual performance contract with my

08:16AM 14  boss, which set out the key objectives that we agreed for the

08:16AM 15  year.

08:16AM 16  Q.   Let me stop you there.  Can you describe what you mean by

08:16AM 17  you had a performance contract?

08:17AM 18  A.   So the performance contract sets out the key objectives

08:17AM 19  for the business for the year ahead and for myself as the

08:17AM 20  leader of that business.

08:17AM 21       It addressed all the issues we've been talking about.  It

08:17AM 22  addressed safety, it addressed production, and it addressed

08:17AM 23  cost.

08:17AM 24  Q.   If we can pull up 48074N.1, please.  48074N, as in

08:17AM 25  Nicholas, .1, please.

08:17AM 1        I know this is a little difficult to read, so if we can

08:17AM 2    just pull out the top first.  There you go.  Thank you.

08:17AM 3        Is this your performance contract for 2009?

08:17AM 4    A.   It is.

08:17AM 5    Q.   If we can scroll to the bottom, please.

08:17AM 6        So this contract, who has to sign this performance

08:17AM 7    contract, which sets out your objectives for the year 2009?

08:18AM 8    A.   I signed it, as the SPU Leader.  My boss, Andy Inglis, he

08:18AM 9    signed it, as well, as the CEO.

08:18AM 10   Q.   You said there are a number of different areas in which

08:18AM 11   you're assessed.

08:18AM 12       If we can go back to the top, please.

08:18AM 13       Part one of your performance contract is delivering base

08:18AM 14   expectations.

08:18AM 15       What is the first S&OI reference that is part of your

08:18AM 16   performance contract for which you are held accountable?

08:18AM 17   A.   That refers to safety and operational integrity.

08:18AM 18   Q.   So for your plan, where it says on 2009 plan, recordable

08:18AM 19   injury frequency, RIF, it says improve versus 2008.

08:18AM 20       We're not going to go through all of these, but if you can

08:18AM 21   describe for the Court what was expected of you as the leader

08:19AM 22   of the GoM Strategic Performance Unit?

08:19AM 23   A.   Well, it was -- I mean, the principle here was safety was

08:19AM 24   the key item on the performance contract.  We picked out a

08:19AM 25   number of specific measures as a way of measuring performance

08:19AM 1    there.

08:19AM 2         The general principle was we always wanted to improve

08:19AM 3    versus the prior year, and that's the reference to improve

08:19AM 4    versus 2008.

08:19AM 5    Q.    If we can go further down, there is a reference to

08:19AM 6    operating efficiency.  Then, just below that, it says costs.

08:19AM 7         Can we highlight that, please.

08:19AM 8         What did your performance contract say with respect to

08:19AM 9    costs?

08:19AM 10   A.    Well, it included a specific cost target; but, as you can

08:19AM 11   see, it was very explicit that, you know, the intent was that

08:19AM 12   that would be delivered with no impact to safety and integrity

08:19AM 13   of operations or to organizational capability.

08:19AM 14   Q.    When you say it's very explicit that the intent was no

08:19AM 15   impact to safety and integrity of operations or to

08:20AM 16   organizational capability, what did that mean to you as the

08:20AM 17   unit leader for the Gulf of Mexico?

08:20AM 18   A.    Well, for me, it was very clear to what I discussed

08:20AM 19   yesterday, that the absolute precondition was that we would

08:20AM 20   have no impact on safety in anything we did.  It was the number

08:20AM 21   one priority.

08:20AM 22        Our efforts on costs and what I described yesterday in

08:20AM 23   terms of every dollar counts was really directed at spending

08:20AM 24   our money wisely and eliminating the inefficiency that was in

08:20AM 25   the organization.

08:20AM 1      This was not about compromising the activity that we were

08:20AM 2  executing, the safety of that.  It was about identifying

08:20AM 3  inefficiency and eliminating that.

08:20AM 4  Q.   So your performance contract had a requirement of no

08:20AM 5  impact on safety.  Did you, as the unit leader, set the

08:20AM 6  performance contracts for those in your organization?

08:20AM 7  A.   Yes.  It followed a very similar format to this, with

08:20AM 8  safety being the first item in the performance contracts, and

08:20AM 9  that cascaded through the rest of my organization.

08:21AM 10 Q.   So was that the expectation and, in fact, the performance

08:21AM 11 contract requirement of those that worked in the Gulf of Mexico

08:21AM 12 Strategic Performance Unit?

08:21AM 13 A.   Yes.  Not just in the Gulf of Mexico; that was the

08:21AM 14 requirement across the whole of the company.

08:21AM 15 Q.   Now, on an annual basis, were you then not only -- strike

08:21AM 16 that.

08:21AM 17      On an annual basis, not only did you have these

08:21AM 18 performance objectives, but then were you assessed at the end

08:21AM 19 of the year based on how you actually delivered?

08:21AM 20 A.   Exactly.  I mean, my performance was assessed at the end

08:21AM 21 of the year against delivery of this performance contract.

08:21AM 22      Actually, the whole of the SPU's performance was actually

08:21AM 23 linked to delivery of this performance contract.

08:21AM 24 Q.   If we can look at 2500.1.2, please.

08:21AM 25      Does this contain your performance contract -- or does

08:21AM 1     this report on your performance for 2008?

08:22AM 2     A.    Yes, it does.

08:22AM 3     Q.    "Attached for your information is the 2008 GoM performance

08:22AM 4     assessment I submitted to Andy Inglis," which would be your

08:22AM 5     boss at the time, correct?

08:22AM 6     A.    That's correct.

08:22AM 7     Q.    All right.  If we can now go to your performance -- to the

08:22AM 8     performance assessment that you submitted to Mr. Inglis.

08:22AM 9           You begin there by saying:  "2008 has been an exceptional

08:22AM 10    year in which we have delivered all of our CIP targets" --

08:22AM 11          What are all of your CIP targets?

08:22AM 12    A.    CIP refers to the continuous improvement target.  So

08:22AM 13    that's where we were trying to go beyond what was in the plan.

08:22AM 14    It was a very good level of performance.

08:22AM 15    Q.    -- "and delivered our targets, number one, 1.1 HSSE."

08:22AM 16          Tell the Court what you reported to your boss with respect

08:22AM 17    to the Gulf of Mexico's performance in 2008, for the entire

08:22AM 18    year, with respect to HSSE, which would include safety?

08:23AM 19    A.    Well, as we've just seen, safety was the first item on the

08:23AM 20    performance contract.

08:23AM 21          In my summary of our performance to my boss, it was the

08:23AM 22    first piece we summarized in this performance assessment.

08:23AM 23          It was a very -- a very, very good year of performance in

08:23AM 24    2008.  We made significant headway on many metrics.

08:23AM 25    Q.    You write there:  "An outstanding year with significant

08:23AM 1     performance improvements across most measures.  50 percent

08:23AM 2     reduction in recordables, from 44 in 2007 to 22 in 2008, with

08:23AM 3     TRIR reduced to .38 versus .69 in 2007 versus plan of .55."

08:23AM 4          What's TRIR?

08:23AM 5     A.   That's stands for the -- it's the recordable frequency

08:23AM 6     rates.  So it's the number of recordable injuries per

08:23AM 7     200,000 man-hours.

08:23AM 8          It's a ratio.  It's a standard industry measure.  It

08:24AM 9     allows you to compare across our own individual internal

08:24AM 10    businesses, but also externally.

08:24AM 11    Q.   So did the Gulf of Mexico's performance with respect to

08:24AM 12    incident frequency decrease by 50 percent in the first year --

08:24AM 13    A.   It did; and, a 50 percent reduction in recordable injuries

08:24AM 14    was an exceptional performance.

08:24AM 15    Q.   Does your performance also include assessment from a

08:24AM 16    process safety standpoint?

08:24AM 17    A.   Yes.  Some of the things we highlighted further down the

08:24AM 18    page, it makes reference to delivering a hundred percent

08:24AM 19    safety-critical equipment inspections, which was a key leading

08:24AM 20    process safety indicator that we were tracking.

08:24AM 21    Q.   Then, what it does it say with respect to spills of

08:24AM 22    greater than one barrel?

08:24AM 23    A.   It makes reference that we reduced it from two in 2007 to

08:24AM 24    zero in 2008.

08:24AM 25         Again, these are minor spills.  Of course, all spills are

08:25AM 1    important, but these are relatively small things, predominantly

08:25AM 2    chemical-type spills on the facilities or loss of hydraulic

08:25AM 3    fluid with some of the ROVs.

08:25AM 4    Q.   Were you appreciative of the efforts of those who worked

08:25AM 5    in your organization to contribute to these results?

08:25AM 6    A.   I was.  I mean, right at the beginning, as I think I said

08:25AM 7    yesterday, we set out safety was the number one priority.  We

08:25AM 8    had a commitment to improvement safety.

08:25AM 9         This was an exceptional performance that we delivered in

08:25AM 10   2008.  I was very, very pleased, as, indeed, was my boss.

08:25AM 11   Q.   Did you communicate with those in your organization about

08:25AM 12   your satisfaction with the performance in 2008 from a safety

08:25AM 13   standpoint?

08:25AM 14   A.   I did because I thought it was important to firstly just

08:25AM 15   acknowledge the performance.  It was an exceptional

08:25AM 16   performance.  It was the efforts of many, many people.

08:25AM 17        I wanted to thank them.  Also, I just wanted it to be a

08:25AM 18   reinforcement, actually, to keep it up and, equally, that

08:26AM 19   people didn't get complacent.

08:26AM 20   Q.   If we can put up, please, Trial Exhibit 47145.1.4.

08:26AM 21        Is this the communication that you sent out to the entire

08:26AM 22   Gulf of Mexico employee base?

08:26AM 23   A.   It is.

08:26AM 24   Q.   It reports 2009 SPU safety.

08:26AM 25        You begin by saying:  "Dear Colleagues, in 2008, we

08:26AM 1    achieved significant improvements in personal safety, process

08:26AM 2    safety, and environmental performance, with key highlights

08:26AM 3    being," and then you report those same results that you put in

08:26AM 4    your performance contract.

08:26AM 5    A.    That's correct.

08:26AM 6    Q.    Is this the communication that you sent out to report to

08:26AM 7    those in your organization that you were monitoring what was

08:26AM 8    happening, and you were pleased with the results?

08:26AM 9    A.    That's correct.

08:26AM 10   Q.    If we can now go to 47145.2.3, which is part of the same

08:26AM 11   communication.   47145.2.3.

08:27AM 12        If we go to the native, maybe that's an easier way to find

08:27AM 13   it.

08:27AM 14        MS. KARIS:   Apologies, Your Honor.

08:27AM 15             If I could step back for one second.

08:28AM 16             Thank you.   Apologies.

08:28AM 17   BY MS. KARIS:

08:28AM 18   Q.    Mr. Shaw, we've culled out here a couple more paragraphs

08:28AM 19   from the communication that you sent to the entire Strategic

08:28AM 20   Performance Unit in 2009, to report on the 2008 results.

08:28AM 21        You state in there:  "In 2008, we achieved significant

08:28AM 22   improvements in personal safety, process safety and environment

08:28AM 23   performance, with key highlights being," and that's what we've

08:28AM 24   previously looked at.

08:28AM 25        But then you go on to say:  "This is, of course, a

08:28AM 1    journey, one where there is always room for further

08:28AM 2    improvement, and one where we can never become complacent.  The

08:28AM 3    inherent risks of our business remain, and we must always

08:28AM 4    continue to put safety as our number one priority in everything

08:28AM 5    we do every day."

08:28AM 6        What are you communicating to those in your organization

08:28AM 7    by writing that?

08:28AM 8    A.   There are a few things, really, my intent in this

08:28AM 9    communication.

08:28AM 10       The first was really just an acknowledgment that we had

08:28AM 11   made significant progress; but, I also wanted to make sure that

08:29AM 12   people didn't get complacent, that they realized there was

08:29AM 13   still a lot more work for us to do.

08:29AM 14       Sometimes when you are sort of successful, you can sort of

08:29AM 15   get a little bit complacent.  I didn't want that at all.  I

08:29AM 16   wanted people to be really attentive to everything they were

08:29AM 17   doing.

08:29AM 18       It was another opportunity to reinforce what we have been

08:29AM 19   saying from the very beginning, that safety was the number one

08:29AM 20   priority, and that I wanted to make sure that that was very,

08:29AM 21   very clear in everyone's mind.

08:29AM 22   Q.   In 2008, was the performance record -- the safety

08:29AM 23   performance record that you and your team brought, was that

08:29AM 24   recognized by Mineral Management Services?

08:29AM 25   A.   It was.

08:29AM 1    Q.    If we can put up first 47145.1.5, which is from the same

08:29AM 2    communication.

08:29AM 3        There is a report here, and it says:  "This excellent HSSE

08:30AM 4    performance has been recognized externally by Mineral

08:30AM 5    Management Services."

08:30AM 6        Can you tell the Court what it is that this reward that

08:30AM 7    was received by BP from MMS in 2009 was about?

08:30AM 8    A.    Well, it was an annual award.  I mean, as the name, the

08:30AM 9    Safety Award for Excellence, I think it sort of says what it

08:30AM 10   is.

08:30AM 11       It was something that we were awarded for our

08:30AM 12   2008 performance, for all eight of our operating facilities and

08:30AM 13   all of the drilling activity, as well, in the business.  So it

08:30AM 14   was something we were exceptionally proud of, to be recognized

08:30AM 15   externally.

08:30AM 16       It's one thing to think you're doing well internally, but

08:30AM 17   it's always good to sort of have that external recognition.

08:30AM 18   Q.    You report to your team:  "The safety performance has been

08:30AM 19   delivered through your personal leadership and commitment.

08:30AM 20   Thank you.  We should all feel proud about what we have

08:31AM 21   achieved in improving our safety and environmental

08:31AM 22   performance."

08:31AM 23       Was that your belief as to the results of the Gulf of

08:31AM 24   Mexico's team efforts in 2008?

08:31AM 25   A.    Yes, because, you know, this is never the efforts of one

08:31AM 1    or two people.  It was the efforts of the 2000 people in the
08:31AM 2    SPU who had all, you know, committed to putting safety number
08:31AM 3    one, and we'd all, as a team, delivered a very good
08:31AM 4    performance.
08:31AM 5    Q.   If we can now look at 5690.3.11.
08:31AM 6         Does this document reflect the result -- or, excuse me,
08:32AM 7    the reward that BP in the Houma district received from the
08:32AM 8    Mineral Management Services, not only for BP's performance in
08:32AM 9    production activities, but also for BP's performance in
08:32AM 10   drilling activities?
08:32AM 11   A.   That's correct.  This was a note that, really, just sort
08:32AM 12   of set out what was included in the award.
08:32AM 13        As you can see here, it listed all of our producing
08:32AM 14   facilities.  It included the BP rigs, like the *Thunder Horse*
08:32AM 15   PDQ rig, but also included the MODU's, *Horizon*, *Enterprise* and
08:32AM 16   the *Marianas*.
08:32AM 17   Q.   What is the name of this award that BP received from the
08:32AM 18   New Orleans district in 2008?
08:32AM 19   A.   It's called SAFE Award.
08:32AM 20   Q.   Safe, S-A-F-E?
08:32AM 21   A.   That's correct.
08:32AM 22   Q.   Let's go to 2009.  Did you also track the performance and
08:32AM 23   report on your performance in 2009?
08:33AM 24   A.   We did.  We continued to track all performance.
08:33AM 25   Q.   If we can look at 5688.5.2, please.

08:33AM 1      Is this your performance assessment in 2009, in which

08:33AM 2  you're reporting on the results of the Gulf of Mexico through

08:33AM 3  the end of your leadership?

08:33AM 4  A.   It is.

08:33AM 5  Q.   Can you summarize for the Court, without going through all

08:33AM 6  of these, again, what the performance in 2009 was of your team?

08:33AM 7  A.   There was -- again, we continued to make good progress in

08:33AM 8  many areas.

08:33AM 9      I think the two most notable things I'd pull out here is

08:33AM 10  the improvement we saw in process safety.  You can see there

08:33AM 11  the improvement we had in terms of significant reduction in the

08:33AM 12  number of incidents.

08:33AM 13      The drilling area, we had a very big milestone in terms of

08:33AM 14  working more than 20 million hours without a day-away-from-work

08:33AM 15  incident, over 631 days without a major safety incident.

08:34AM 16  Q.   You say over 20 million man-hours worked without a

08:34AM 17  day-away-from-work incident.  What is that?

08:34AM 18  A.   A day-away-from-work incident is the classification of a

08:34AM 19  safety incident, which, if there is a day-away-from-work case,

08:34AM 20  that means that the individual who is injured cannot go back to

08:34AM 21  work the following day.

08:34AM 22  Q.   So there were 20 million hours worked where you didn't

08:34AM 23  have a single such incident?

08:34AM 24  A.   That's correct.  It was -- at the time, it was

08:34AM 25  cumulatively 631 days.

08:34AM 1    Q.    Mr. Shaw, when you left the Gulf of Mexico at the end of

08:34AM 2    2009, were you confident, based on the team that you had, as

08:34AM 3    well as the efforts that you were aware of, that BP was

08:34AM 4    conducting safe and reliable operations in the Gulf of Mexico?

08:34AM 5    A.    I was.  I felt that, you know, we'd very much set safety

08:34AM 6    as the number one priority.  We set the tone from the top.  We

08:35AM 7    had a major focus on process safety and on risk.

08:35AM 8          We'd put a comprehensive management system in place.  We

08:35AM 9    were clear of the key risk in drilling was loss of primary

08:35AM 10   containment, loss of well control in the drilling world, and we

08:35AM 11   had a mitigation plan in place for that.

08:35AM 12         But, also, I think, you know, we had a good team.  We had

08:35AM 13   an organization in place, a drilling and completions focused

08:35AM 14   organization.

08:35AM 15         We were working with some, you know, great contractors,

08:35AM 16   world class contractors.  Transocean and Halliburton had strong

08:35AM 17   reputations.

08:35AM 18         You know, from the work we had done in the safety pulse

08:35AM 19   checks, I felt confident that that was, you know, really right

08:35AM 20   through the organization, there was a really deep commitment to

08:35AM 21   safety.  People cared about safety.

08:35AM 22         MS. KARIS:  Thank you.  I have nothing further.

08:35AM 23         THE WITNESS:  Thank you.

08:35AM 24         THE COURT:  Do the plaintiffs have any questions?

08:36AM 25               You're going to ask questions, Mr. Leger?

08:36AM 1          MR. LEGER:  I may have an opportunity to do that.

08:36AM 2                It's nice to see you and speak to you,

08:36AM 3    Your Honor, and to address the court.

08:36AM 4          THE COURT:  It's good to see you.  You've been hiding

08:36AM 5    behind that monitor for most of the trial.

08:36AM 6          MR. LEGER:  I have.  I've been trying to stay -- unlike

08:36AM 7    Mr. Godwin, who is clearly in your view, I've been trying to

08:36AM 8    stay out of your wrath, Your Honor.

08:36AM 9          MR. GODWIN:  How can I move this monitor so I can try

08:36AM 10   to do that, as well?

08:36AM 11         MR. LEGER:  We can swap seats, if you want.

08:36AM 12               Well, we'll see after my questioning,

08:36AM 13   Your Honor.

08:36AM 14               I don't know if I need a microphone, but I

08:36AM 15   will --

08:36AM 16         THE COURT:  It helps the court reporter's recording

08:36AM 17   machine and, also, folks in the other rooms.

08:37AM 18         MR. LEGER:  It's been so long, Your Honor, I think the

08:37AM 19   red light means it's working.

08:37AM 20         THE DEPUTY CLERK:  Green.

08:37AM 21         MR. LEGER:  It's now green.  Okay.  That means I should

08:37AM 22   go.

08:37AM 23               Your Honor, Walter Leger, on behalf of the

08:37AM 24   Plaintiffs' Steering Committee.  I will address the witness on

08:37AM 25   cross-examination, Your Honor.

CROSS-EXAMINATION

BY MR. LEGER:

Q.    Mr. Shaw, I've got to ask you about what you've just talked about.

      You were very excited, I'm sure, about winning the SAFE Award from MMS in 2008, correct?

A.    I was very pleased with that external recognition.

Q.    That was a recognition of a whole number of things, right?

A.    It was a recognition of our safety performance.

Q.    The category in which you, BP, won it was high activity, correct?

A.    That's correct.

Q.    That means the big companies, right?

A.    That's correct.

Q.    You know that every year MMS gives an award to some big company, correct?

A.    That's correct.

Q.    BP hadn't gotten it in a long, long, long time, if ever, in the Gulf of Mexico, correct?

A.    I don't know the facts or the history of who had been awarded it in prior years.

Q.    But every year, deserved or not, kind of like when Duke Williams gave the President's Award for the Louisiana Association of Justice, whether somebody deserves it or not, they get it, right?

08:38AM 1        MS. KARIS:  Object to form, Your Honor.

08:38AM 2        THE COURT:  I'll sustain that objection.

08:38AM 3        MS. KARIS:  Thank you.

08:38AM 4        MR. LEGER:  I'll join in the objection, Your Honor.

08:38AM 5        MS. KARIS:  Then I'm doing really well.

08:38AM 6   BY MR. LEGER:

08:38AM 7   Q.   But you have no particular training in safety, do you?

08:38AM 8   A.   I have had some training in safety leadership, but I'm not

08:38AM 9   a safety expert.

08:38AM 10  Q.   You have no particular safety training in personal safety

08:38AM 11  or process safety, right?

08:38AM 12  A.   No.

08:38AM 13  Q.   You're not qualified to determine whether BP or any other

08:38AM 14  company should get the SAFE Award, correct?

08:38AM 15  A.   No, it's not my decision.  It's the decision of the MMS

08:38AM 16  based on the facts.

08:39AM 17  Q.   As a matter of fact, in the context of -- without calling

08:39AM 18  it up because we don't have it ready to be called up, but in

08:39AM 19  the context of the letter that you wrote to your people about

08:39AM 20  performance in 2008, you particularly recognized a 50 percent

08:39AM 21  reduction over 2007 in recordable injuries, correct?

08:39AM 22  A.   That's correct.

08:39AM 23  Q.   That's personal injuries --

08:39AM 24  A.   That's correct.

08:39AM 25  Q.   -- correct?

08:39AM 1     That's not process safety injuries, correct?

08:39AM 2  A.   That's correct.

08:39AM 3  Q.   But you just talked about --

08:39AM 4  A.   It's an exceptional level of performance which I thought

08:39AM 5  was worthy of recognition for the organization.

08:39AM 6  Q.   Absolutely.

08:39AM 7     Mr. Bourgoyne the other day, over here, complimented BP on

08:39AM 8  the fact that it investigated dropped washers from derricks.

08:39AM 9  That's the kind of thing you were worried about, right?

08:39AM 10  A.   We were worried about --

08:39AM 11  Q.   And personal injury, right?

08:39AM 12  A.   -- all issues in safety.

08:39AM 13  Q.   Personal safety.

08:39AM 14     You also -- you were excited about the fact that and you

08:39AM 15  reported to your employees that there had been a hundred

08:39AM 16  percent record of no overdue inspections on safety-critical

08:40AM 17  equipment, correct?

08:40AM 18  A.   That's correct.

08:40AM 19  Q.   You considered that a process safety issue, correct?

08:40AM 20  A.   That is the leading process safety indicator.

08:40AM 21  Q.   You, interestingly, didn't tell us about or questioned

08:40AM 22  from BP's lawyer that there was a high potential incident

08:40AM 23  decrease in 2008 over 2007, correct?

08:40AM 24  A.   That's correct.

08:40AM 25  Q.   But in 2009, you had an increase in high potential

08:40AM 1    incidents over 2008; isn't that correct, sir?

08:40AM 2    A.    I'd need to see the document to remind myself of that.

08:40AM 3    Q.    Well, when we get it, we'll bring it up.  And, by the way,

08:40AM 4    the document is in evidence.

08:40AM 5         Now, sir, in connection with your performance contract, is

08:40AM 6    it correct the number one issue under S&OI is RIF, recordable

08:40AM 7    injury frequency, correct?

08:40AM 8    A.    That's correct.

08:40AM 9    Q.    By the way, during 2008, the *Marianas* and the

08:41AM 10   *Deepwater Horizon* were not drilling in the Mississippi

08:41AM 11   Submarine Canyon; isn't that correct, sir?

08:41AM 12   A.    I don't recall exactly where they were drilling.

08:41AM 13   Q.    Now, though you won the SAFE Award for MMS for high

08:41AM 14   activity big oil company awards in 2008, you didn't get it in

08:41AM 15   2009, did you?

08:41AM 16   A.    I don't know what happened in 2009.  It was awarded the

08:41AM 17   following year.

08:41AM 18   Q.    Let's see.  Can we see TREX-02907.1.  2907.

08:41AM 19        Your safety record in 2009 wasn't nearly what it was in

08:41AM 20   2008; was it, sir?

08:41AM 21   A.    In 2009, it was still a good safe performance, as to my

08:41AM 22   summary to my boss at the end of 2009.

08:41AM 23   Q.    At least what you told your boss was, it was pretty good,

08:41AM 24   right?

08:41AM 25   A.    Well, the facts are the facts.

08:41AM  1    Q.    And you also told your boss, you reported to your boss

08:42AM  2    that you had an increase in high potential incidents in 2009,

08:42AM  3    right?

08:42AM  4    A.    As I said before, I would like to be reminded of what I

08:42AM  5    actually did say to him.

08:42AM  6    Q.    Let's look at what actually happened in 2009.  This is an

08:42AM  7    e-mail, sir, from Kevin Lacy.  You know Kevin Lacy, you talked

08:42AM  8    about Kevin Lacy, right?

08:42AM  9    A.    Yeah, I do.

08:42AM 10    Q.    He was one of your chief lieutenants?

08:42AM 11    A.    Kevin was the vice-president for drilling.

08:42AM 12    Q.    And he was a really exceptional advocate for safety,

08:42AM 13    wasn't he?

08:42AM 14    A.    He was a good leader, as the rest of my leadership team,

08:42AM 15    they were all good advocates of safety.

08:42AM 16    Q.    He and Harry Thierens and Curtis Jackson, all exceptional

08:42AM 17    advocates for safety, correct?

08:42AM 18    A.    As I say, I had a very strong team, all strong advocates

08:42AM 19    of safety.  And those three individuals were part of that.

08:42AM 20    Q.    Kevin Lacy got fired in 2009, correct?

08:42AM 21    A.    I don't know the circumstances.

08:42AM 22    Q.    Kevin Lacy wrote you an e-mail and a whole bunch of other

08:42AM 23    people an e-mail in October 12th of 2009, correct?

08:43AM 24    A.    Yes.

08:43AM 25    Q.    He also wrote Dan Replogle, correct?  Who is Dan Replogle?

08:43AM 1    A.    Dan was the vice-president for *Thunder Horse*.

08:43AM 2    Q.    A very significant leader also, correct?

08:43AM 3    A.    Yes.

08:43AM 4    Q.    And we see the names, Thierens, Jackson.  This is most of

08:43AM 5    your senior leadership, correct?

08:43AM 6    A.    That's correct.

08:43AM 7    Q.    This was a preread for Tuesday, October 13, 2009, correct?

08:43AM 8    A.    Yes.

08:43AM 9    Q.    Can we go to 2907.1 -- I'm sorry, .2, next page.

08:43AM 10        The preread is basically one of those many PowerPoints

08:43AM 11   that you guys send to each other.  HSSE-5 quarter plan dated

08:43AM 12   October 13, 2009, for the Gulf of Mexico SPU, correct, sir?

08:43AM 13   A.    That's correct.

08:43AM 14   Q.    So the point of that is, this is our plan forward into

08:43AM 15   2010, correct?

08:43AM 16   A.    Yes.

08:43AM 17   Q.    Can we go now to 2907.5.

08:44AM 18        This is one of a number of pages in the PowerPoint in the

08:44AM 19   preread that was sent to you and to your leadership team,

08:44AM 20   correct?  Showing a graph of 2009, Gulf of Mexico total

08:44AM 21   recordables with rates, correct?  Is that correct, sir?

08:44AM 22   A.    Yes.

08:44AM 23   Q.    And then it goes down here, performance.  2008 TRIR, which

08:44AM 24   is total recordable incident rates, correct?

08:44AM 25   A.    Yes.

08:44AM 1   Q.    Performance was exceptional with a 50 percent improvement

08:44AM 2   versus 2007.  So you did real good and you won a SAFE Award

08:44AM 3   that year, right?  Correct, sir?

08:44AM 4   A.    We did very good, absolutely.

08:44AM 5   Q.    Now, 2009, however, the year to date performance is flat

08:44AM 6   it says, with September, our worst month since May 2008.

08:45AM 7   Correct?

08:45AM 8   A.    Correct.

08:45AM 9   Q.    You remember reading that, right?

08:45AM 10  A.    Yes, I do.

08:45AM 11  Q.    You knew it at the time, right?  You knew that when you

08:45AM 12  wrote to Kevin Inglis about what a great job you did in 2009,

08:45AM 13  right?

08:45AM 14  A.    It's Andy Inglis.

08:45AM 15  Q.    I'm sorry, Andy Inglis.  So you could get the bonus,

08:45AM 16  right?

08:45AM 17        Now, it also concludes -- and you didn't disagree with

08:45AM 18  this, did you?

08:45AM 19  A.    This is factual.

08:45AM 20  Q.    Factual.

08:45AM 21        It also concludes the Gulf of Mexico -- what Ms. Karis

08:45AM 22  calls Gulf of Mexico, GOM.  I have trouble saying that -- the

08:45AM 23  Gulf of Mexico is the only major SPU with a deteriorating

08:45AM 24  safety performance in 2009.

08:45AM 25        That's factual, correct, sir?

08:45AM  1     A.   At the time that was written that was factual.

08:45AM  2     Q.   And then there was an action -- the facts changed, though.

08:45AM  3     September facts changed, sir?

08:45AM  4     A.   This, I believe, was September's performance.  And I hope

08:45AM  5     you're going to show us the full year performance.

08:45AM  6     Q.   I don't have the full year performance.  But we can talk

08:45AM  7     about performance in 2010, if you would like.

08:46AM  8     A.   Well, I can only really comment on the performance while I

08:46AM  9     was there.

08:46AM 10     Q.   In fact, you weren't there for all of 2009; were you, sir?

08:46AM 11     A.   No, I was not.

08:46AM 12     Q.   You got sent out of that position in October of 2009,

08:46AM 13     correct, sir?

08:46AM 14     A.   I moved to a new position at the end of October.

08:46AM 15     Q.   You got moved over, correct?

08:46AM 16     A.   I got moved to a new position.

08:46AM 17     Q.   It wasn't a promotion, was it?

08:46AM 18     A.   Well, I will let others classify that.  But it was a very

08:46AM 19     significant role.  It felt like a promotion at the time.

08:46AM 20     Q.   And it's a significant role now, correct, sir?

08:46AM 21     A.   Absolutely.

08:46AM 22     Q.   In fact, you've been with BP since 1984, correct?

08:46AM 23     A.   That's correct.

08:46AM 24     Q.   You've never had a job with anybody else but BP, correct?

08:46AM 25     A.   That's correct.

08:46AM 1    Q.   In your deposition, you couldn't even tell us what BP

08:46AM 2    company you worked for or which ones you had ever worked for.

08:46AM 3    They're all the same to you, correct?

08:46AM 4    A.   I couldn't tell you which legal entity I worked for in BP.

08:46AM 5    I've worked for many over the years.

08:46AM 6    Q.   And in your job as the vice-president of the strategic

08:46AM 7    performance unit, you reported directly to the big wheels in

08:46AM 8    London of big BP, right?  The executives of BP PLC, correct?

08:47AM 9    A.   The SPU leader roles reported to the chief executive,

08:47AM 10   that's correct.

08:47AM 11   Q.   In fact, you knew personally and worked personally with

08:47AM 12   Tony Hayward, didn't you, before coming to the Gulf of Mexico?

08:47AM 13   A.   No, that's not correct.

08:47AM 14   Q.   You worked with Andy Inglis?

08:47AM 15   A.   I had worked with Andy Inglis previously.  That's correct.

08:47AM 16   Q.   Okay.  Now -- I'm sorry.

08:47AM 17        Back to this, the action plan.  And there are a number of

08:47AM 18   things, but an interesting part of the action plan is *boots on*

08:47AM 19   *the deck*.

08:47AM 20        What's *boots on the deck* mean to you, sir?

08:47AM 21   A.   That was recognizing that we wanted to have people at the

08:47AM 22   front line understanding what the issues were that was behind

08:47AM 23   this increase in incidents.

08:47AM 24   Q.   You thought, or at least the recommendation -- you agreed

08:47AM 25   with this recommendation, right, send the people out to the

08:47AM 1  facilities to find out why we're having the problems, right?

08:47AM 2  A.    Yes.  I mean, the whole point of us monitoring our safety

08:47AM 3  performance was to see trends like this, so when we saw an

08:47AM 4  increase in the trends, we wanted to put an action plan in

08:48AM 5  place to address the issue, which is actually what we did.  And

08:48AM 6  performance actually improved after this through the rest of

08:48AM 7  the year.

08:48AM 8  Q.    And you weren't there for the rest of the year, right?

08:48AM 9  A.    I was not there for the rest of the year, but I'm just

08:48AM 10 explaining the facts.

08:48AM 11 Q.    Because that's all we want, sir, are the facts.

08:48AM 12 A.    Exactly.

08:48AM 13 Q.    Now, we do know -- and you agreed with the recommendation

08:48AM 14 of putting boots on the deck, putting people out there to try

08:48AM 15 to find out what the problem was and to prevent further

08:48AM 16 problems, particularly high potential incidents, correct?

08:48AM 17 A.    The principle of boots on deck was something we had right

08:48AM 18 from the beginning, and that was the whole intent of the safety

08:48AM 19 pulse test.  We wanted leadership to be in the field to

08:48AM 20 understand what was happening in the field.

08:48AM 21 Q.    Wanted to keep your pulse, your fingers on the pulse of

08:48AM 22 the safety culture of your company and your workers and your

08:48AM 23 contractor employees -- and your contractors, right?

08:49AM 24 A.    That's correct.

08:49AM 25 Q.    Including people on the *Marianas* and the

08:49AM 1    *Deepwater Horizon*; isn't that correct, sir?

08:49AM 2         MS. KARIS:  Your Honor, if I could just ask Mr. Leger

08:49AM 3    to allow the witness to finish his answers, because I think

08:49AM 4    there is a little bit of interruption.

08:49AM 5         THE COURT:  I think you're hitting him with multiple

08:49AM 6    questions without giving him a chance to answer.

08:49AM 7         MR. LEGER:  I'm sorry, Your Honor.  I'm just trying to

08:49AM 8    speed things along for you.  You let me know, sir, if you think

08:49AM 9    I'm interfering with him.

08:49AM 10        THE COURT:  You can slow down a little bit.

08:49AM 11        MR. LEGER:  I will try to slow down, sir.

08:49AM 12        MS. KARIS:  Thank you, Your Honor.

08:49AM 13   BY MR. LEGER:

08:49AM 14   Q.   Can we see TREX-6020.1.

08:49AM 15        This was your idea of boots on the deck, right?

08:49AM 16        This is a D&C HSSE organization change in August of 2009,

08:49AM 17   correct, sir?

08:49AM 18   A.   I'm not familiar with this document.  I would just like to

08:49AM 19   familiarize myself with it.

08:49AM 20   Q.   Well, let's talk about this document.

08:49AM 21        It says, "D&C has reached the place in our HSSE journey

08:50AM 22   where the drilling contractors must take full responsible (sic)

08:50AM 23   for HSSE on their rigs while BP retains accountability through

08:50AM 24   verification."

08:50AM 25        Do you remember that policy being instituted, sir?

08:50AM 1    A.    I don't recall seeing this document before.

08:50AM 2    Q.    But you do recall the fact that you took safety personnel

08:50AM 3    off of the MODUs and off of Transocean's vessels in August,

08:50AM 4    correct, sir?

08:50AM 5    A.    I remember at the time that Kevin Lacy and the leadership

08:50AM 6    for the drilling organization made that recommendation.

08:50AM 7    Q.    And you went for it, right?

08:50AM 8    A.    It had a very sound logic, which I would like to explain.

08:50AM 9    Q.    And the logic -- I'm sorry.

08:50AM 10        MS. KARIS:  Your Honor, again, if you can let him

08:50AM 11   finish.

08:50AM 12        MR. LEGER:  My apologies.

08:50AM 13        THE COURT:  Okay.  Go ahead.

08:50AM 14   BY MR. LEGER:

08:50AM 15   Q.    But the logic changed the next month.

08:50AM 16        MS. KARIS:  He's not finished.

08:50AM 17        THE COURT:  Let him finish.

08:50AM 18        THE WITNESS:  The logic from Kevin, which I agreed with

08:50AM 19   at the time, was we had Transocean safety advisors on the rig

08:51AM 20   and we had BP safety advisors on the rig, and they actually had

08:51AM 21   quite a duplicative role.  And I think the point our drilling

08:51AM 22   organization made, and Kevin actually made the recommendation

08:51AM 23   to me and I actually agreed with it, he felt that it

08:51AM 24   potentially could create a little bit of confusion.

08:51AM 25             He wanted to reinforce the accountability of

08:51AM 1    the drilling contractor in terms of its HSSE advisor on the

08:51AM 2    rig.  But equally he wanted to get better utilization from the

08:51AM 3    BP HSSE advisors by making them work across the rigs.  And by

08:51AM 4    doing that, we felt we could share learnings, we could sort of

08:51AM 5    check and create a fresh pair of eyes, actually, more of an

08:51AM 6    audit function of contractors.  And I thought that was a sound

08:51AM 7    logic.

08:51AM 8             MR. LEGER:  Judge, I'm going to ask that that answer be

08:51AM 9    stricken as nonresponsive.  Mr. Lacy has testified, his

08:51AM 10   deposition is in, and he's given an explanation for this,

08:51AM 11   Your Honor.

08:52AM 12            THE COURT:  Well, I'm not going to strike his answer.

08:52AM 13   I mean, I think he's entitled to explain his understanding of

08:52AM 14   why they did this.  Okay.

08:52AM 15   BY MR. LEGER:

08:52AM 16   Q.   But fact is, the very next month, though, Mr. Lacy

08:52AM 17   recommended we need to put boots on the deck, right?

08:52AM 18   A.   That was talking about leadership.

08:52AM 19   Q.   Now, did you know -- let's see.  Let's -- and, by the way,

08:52AM 20   what you just said is kind of outlined in here.

08:52AM 21   A.   Yes.

08:52AM 22   Q.   It says, "There are currently duplicative HSSE roles on

08:52AM 23   MODU rigs and triple redundant HSSE roles on BP-owned

08:52AM 24   facilities with rigs," correct?

08:52AM 25   A.   That's what it says.

08:52AM 1    Q.   And that's consistent what you just said.

08:52AM 2    A.   That's --

08:52AM 3    Q.   And so -- I'm sorry.

08:52AM 4    A.   I'm just saying that's what it says, and that's what is

08:52AM 5    consistent with my understanding.

08:52AM 6    Q.   So you and Mr. Lacy were opposed to redundancy when it

08:52AM 7    came to safety, sir?

08:52AM 8    A.   Sorry, can you --

08:52AM 9    Q.   You were opposed, O-P-P-O-S-E-D, to redundancy when it

08:53AM 10   came to safety; is that correct, sir?

08:53AM 11   A.   We didn't believe it was effective to have duplication.

08:53AM 12   Q.   Now, if there is testimony from representatives of

08:53AM 13   Transocean that would say that they were disappointed that the

08:53AM 14   HSSE people were taken off the rigs, what would you say to

08:53AM 15   that, sir?

08:53AM 16   A.   I would say that that was never raised to my attention by

08:53AM 17   Transocean.

08:53AM 18   Q.   Go to page 620.3.

08:53AM 19        Do you know Steve Tink?

08:53AM 20   A.   Yes, I do.

08:53AM 21   Q.   And Steve Tink was at that time the D&C HSSE manager,

08:53AM 22   correct?

08:53AM 23   A.   That is correct.

08:53AM 24   Q.   Would it surprise you if Steve Tink told Daun Winslow that

08:54AM 25   the reason we took him off the rig is because we didn't have

08:54AM 1    the manpower and because of the dollar issues?  Would that
08:54AM 2    surprise you, sir?
08:54AM 3    A.   I didn't know what Steve said to Daun.  I don't know who
08:54AM 4    Daun is, actually.
08:54AM 5    Q.   But you know who Steve Tink is, right?
08:54AM 6    A.   I know who Steve is.
08:54AM 7    Q.   If Steve Tink said that, that wouldn't be true?
08:54AM 8    A.   Well, as I said, I don't know who Daun is, so I don't even
08:54AM 9    know who you are referring that he was talking to.  So I have
08:54AM 10   no knowledge of the conversation or of the individual he was
08:54AM 11   talking to.
08:54AM 12   Q.   Now, as a matter of fact, though, the fact is you -- you
08:54AM 13   took, with your permission, safety people off the rigs, the
08:54AM 14   *Marianas* and the *Deepwater Horizon,* in 2009, correct?
08:54AM 15   A.   It was the recommendation of our drilling organization.  I
08:54AM 16   believed it was well thought through.  I had a sound logic.
08:54AM 17   And we were -- we were redeploying because it was duplication
08:54AM 18   of resources, and we thought we could get more value to
08:54AM 19   actually progress our safety agenda by using those BP resources
08:55AM 20   looking across the rigs, sharing learning, it would be much
08:55AM 21   more effective for our agenda.
08:55AM 22   Q.   Let's talk about value in terms of personnel.  We go to
08:55AM 23   TREX-05677.
08:55AM 24        This is the -- this is a letter, an e-mail from January 4,
08:55AM 25   2008, from Neil Shaw to basically the leadership group; is that

08:55AM 1    correct?

08:55AM 2    A.    I'm just looking.

08:55AM 3    Q.    Regarding a meeting to be held on January 9th?

08:55AM 4    A.    Yes.  Yes, if you read the top of it, but I don't know

08:55AM 5    what's at the bottom of the document without seeing it.

08:55AM 6    Q.    If we go to maybe 5677.3, that may help you, sir.

08:56AM 7          I think you may see it on your screen.  This is from

08:56AM 8    Neil Shaw in December of 2007 to the leadership group.

08:56AM 9          Do you recognize this, sir?

08:56AM 10   A.    Yes, I do.

08:56AM 11   Q.    Also to Dan Replogle and to Kevin Lacy, correct?

08:56AM 12   A.    Yes.

08:56AM 13   Q.    This is talking about your plan of 2008, correct?  It

08:56AM 14   talks about, "The objective is to zero base the organization

08:56AM 15   and identify the minimum numbers BP staff," correct?

08:56AM 16   A.    That's what it says.

08:56AM 17   Q.    Yesterday, by the way, you said that when you came to be

08:56AM 18   vice-president of the SPU in Gulf of Mexico, there were about

08:56AM 19   2,000 employees, right?

08:56AM 20   A.    That was a round number.  I can't remember the exact

08:56AM 21   number.  It's probably -- there is a precise number, I'm sure.

08:56AM 22   That was sort of just to give people a feel for the overall

08:56AM 23   scale.

08:56AM 24   Q.    Now, you also talked about efficiency lenses, correct?

08:56AM 25          "As we think about zero basing, there are a number of

08:57AM 1    efficiency lenses we should look through," correct?

08:57AM 2    A.    Yes.

08:57AM 3    Q.    And down lower in the page you talked about the AP head

08:57AM 4    count targets.  And AP is annual plan, correct?

08:57AM 5    A.    That's correct.

08:57AM 6    Q.    You said, "The annual plan includes head count targets for

08:57AM 7    2008, 1700 BP staff."

08:57AM 8          That off of 2000 would be about a 15 percent reduction,

08:57AM 9    correct?

08:57AM 10   A.    I don't think 2,000 is a relevant number here.

08:57AM 11   Q.    But you did -- your plan was, at least in 2007, was to

08:57AM 12   do -- to have a head count target, right?

08:57AM 13   A.    Yes, it was.

08:57AM 14   Q.    It wasn't to increase the head count, correct?

08:57AM 15   A.    I don't know for a fact what the number was in 2007.

08:57AM 16   Q.    But your plan in 2007, when you came aboard, only months

08:58AM 17   after coming on board, when you wrote to the leadership, "We

08:58AM 18   have a head count target," that didn't mean we're going to

08:58AM 19   count heads and increase the heads, did it?

08:58AM 20   A.    It may have, actually.  I don't know the facts.

08:58AM 21   Q.    Really.

08:58AM 22   A.    Yes.  Because ultimately the number of resources we had

08:58AM 23   was absolutely aligned to the activity.  And if we had more

08:58AM 24   activity, we would require more people to execute that work

08:58AM 25   safely.

08:58AM 1    Q.   But the activity hadn't increased by December of 2007,

08:58AM 2    right?

08:58AM 3    A.   I would have to refresh my memory and look at what our

08:58AM 4    head count was in 2007, what our activity was in 2007, and what

08:58AM 5    it was in 2008.

08:58AM 6    Q.   Did you follow -- you know that once -- Tony Hayward took

08:58AM 7    over as, I guess, the president, CEO, the head guy of BP in,

08:58AM 8    what, May of 2007, correct?

08:58AM 9    A.   I can't remember the exact date.

08:58AM 10   Q.   Did you look at and read the speeches that he gave on

08:58AM 11   every April 15th after he was president?  Did you pay attention

08:59AM 12   to what the CEO said?

08:59AM 13   A.   I'm sure at the time I did, but I can't remember every

08:59AM 14   word that he said at those things.

08:59AM 15   Q.   Let's cull up just one, 6017, please.

08:59AM 16        This is a press release.  You were still working for BP in

08:59AM 17   April 15th of 2010, correct?

08:59AM 18   A.   That is correct.

08:59AM 19   Q.   Can we go to the next page.  And let's actually go to

08:59AM 20   6017.06, and attachment to his presentation, annual general

09:00AM 21   meeting, Thursday, 15, 2010.  Now go to 6017.17.  That's .6.

09:00AM 22   Can we go to the next page.

09:00AM 23        And what he talks about here in this PowerPoint is:

09:00AM 24   "Corporate simplification head count reduced by 7500 to date.

09:00AM 25   Cash costs down by more than $4 billion in 2009."  Correct?

09:00AM 1    A.   That's correct.

09:00AM 2    Q.   You know from the time he took over in 2007, Tony Haywards

09:00AM 3    (verbatim) intended to cut -- to make cuts in head count,

09:00AM 4    right?

09:00AM 5    A.   In terms of the corporate function, absolutely.

09:00AM 6    Q.   So he cut 7500 people only in corporate?

09:01AM 7    A.   Yes.

09:01AM 8    Q.   Is that your testimony?

09:01AM 9    A.   My understanding, my recollection is this:  The

09:01AM 10   operational activity was not impacted.  I think that's the

09:01AM 11   facts.  And this was the overall corporate overhead.  Big

09:01AM 12   organizations, they get big overheads.

09:01AM 13   Q.   There were that many vice-presidents and managers,

09:01AM 14   correct?

09:01AM 15        MS. KARIS:  Mr. Leger, if you would just allow him to

09:01AM 16   finish, please.

09:01AM 17        THE WITNESS:  Yeah.  And the focus of what we were

09:01AM 18   doing was to simplify how the company worked, reducing activity

09:01AM 19   and, hence, reducing the need for people.  It was corporate

09:01AM 20   simplification.  This was not about operational head counts at

09:01AM 21   all.

09:01AM 22   BY MR. LEGER:

09:01AM 23   Q.   So in the corporate language of BP, the word *head count*

09:01AM 24   means reduce heads, right?

09:01AM 25   A.   No, not at all.

09:01AM 1    Q.    It means increase?

09:01AM 2    A.    It could, too.  In that context, it actually says *reduced*,

09:01AM 3    but you could also have an increase there.

09:01AM 4    Q.    Now, let's talk about -- and let's go to -- and, actually,

09:02AM 5    my apologies, I was trying to find the demonstratives that

09:02AM 6    Ms. Karis used.  I couldn't find the identical ones, but I

09:02AM 7    think it's the same information.  And I'm going to ask you to

09:02AM 8    look at D-4869.

09:02AM 9         Now, do these numbers look familiar to you?  And you have

09:02AM 10   probably seen this before.

09:02AM 11   A.    Yes.

09:02AM 12   Q.    This is the pull out of the Gulf of Mexico SPU, basis for

09:02AM 13   2009 SPU production increase, correct?

09:02AM 14   A.    Yes.  We looked at that yesterday.

09:02AM 15   Q.    And looked at it in a little bit different form, but the

09:02AM 16   bottom line is most of the increase in production was due to

09:02AM 17   the fact that the *Thunder Horse* had come on, correct?

09:02AM 18   A.    That's correct.

09:02AM 19   Q.    Almost 150,000 gallons per day -- I'm sorry, barrels per

09:03AM 20   day produced, correct?

09:03AM 21        And so the massive increase in production revenues in 2009

09:03AM 22   was due to things other than policies that you implemented in

09:03AM 23   the Gulf of Mexico, right?

09:03AM 24   A.    No.  This was -- this was part of my responsibility.  It

09:03AM 25   was --

09:03AM 1    Q.    It was your responsibility, but you didn't -- you said

09:03AM 2    yesterday this came from an investment over years of

09:03AM 3    $6 billion, right?

09:03AM 4    A.    Absolutely.  And --

09:03AM 5    Q.    You -- I'm sorry.

09:03AM 6    A.    I came to the SPU in October of 2007, and under my

09:03AM 7    leadership we completed the construction and commissioning of

09:03AM 8    the project.  And the project started up in -- I believe it was

09:03AM 9    July of 2008.

09:03AM 10   Q.    So you picked up the project in the middle, it got

09:03AM 11   finished, and you took the credit for the 150,000 barrel

09:03AM 12   increase per day, right?

09:03AM 13   A.    I'm not in the business of taking credit.  This is just

09:04AM 14   the facts of the case and the reality of we make investments in

09:04AM 15   the Gulf of Mexico, projects get delivered, they come onstream.

09:04AM 16   It's the business we're in.

09:04AM 17   Q.    The next demonstrative, 4865.2.

09:04AM 18        Now, this is also not exactly the one you looked at

09:04AM 19   yesterday, but it has similar information and similar data;

09:04AM 20   isn't that correct, sir?

09:04AM 21   A.    Yes.  I think we looked at this yesterday.

09:04AM 22   Q.    And you looked at these numbers yesterday.  And the point

09:04AM 23   that you were making was that there was a significant

09:04AM 24   decrease -- I'm sorry -- that's a production increase.  But in

09:04AM 25   any event, there was a significant decrease in costs of about

09:04AM 1    $250 million in 2009 over 2008; isn't that correct?

09:05AM 2    A.    The factual number is $202 million.

09:05AM 3    Q.    Was the reduction in cost, correct?

09:05AM 4    A.    That's correct.

09:05AM 5    Q.    Most of that reduction in cost had to do with either

09:05AM 6    corporate allocations, bookkeeping allocations, correct, or the

09:05AM 7    difference in the fact that you had had repair costs in 2008,

09:05AM 8    correct?

09:05AM 9    A.    38 million of it was due to reduced corporate overhead,

09:05AM 10   and 154 million of it was because of elimination of one-time

09:05AM 11   costs we had in '08 we didn't have in '09.

09:05AM 12   Q.    And you didn't cause those repair costs to be incurred in

09:05AM 13   2008, right?

09:05AM 14   A.    Sorry?

09:05AM 15   Q.    You didn't cause those costs to be incurred in 2008,

09:05AM 16   right?

09:05AM 17   A.    Not me personally, no.

09:05AM 18   Q.    The repairs had to be done.  They were spent.  They

09:05AM 19   weren't spent in 2009, correct?

09:05AM 20   A.    That's correct.

09:05AM 21   Q.    So the improvement in the cost benefit in 2009 wasn't due

09:05AM 22   to anything particular you did in terms of reforming the

09:06AM 23   organization or simplification of the organization, correct?

09:06AM 24   A.    Well, if you just want to focus in on that repair item

09:06AM 25   specifically, that was some work we needed to do, and we

09:06AM 1    invested in the activity and we spent the money.

09:06AM 2         In the slides you showed yesterday, when I was reporting

09:06AM 3    that to my boss, we were just being completely transparent on

09:06AM 4    the sources of the cost changes year on year.

09:06AM 5    Q.   Let me ask you a few questions about your background, if

09:06AM 6    you will.

09:06AM 7         Before you went to work in the Gulf of Mexico, you had

09:06AM 8    absolutely zero, nada, no experience in offshore drilling; is

09:06AM 9    that correct?

09:06AM 10   A.   That's correct.

09:06AM 11   Q.   Before you went to the Gulf of Mexico, you had no

09:06AM 12   expertise in cementing of wells, correct?

09:06AM 13   A.   That's correct.

09:06AM 14   Q.   You had no expertise in well control, correct?

09:06AM 15   A.   Correct.

09:06AM 16   Q.   You had no licenses, marine licenses or marine experience,

09:06AM 17   correct, other than your engineering license or charter?

09:07AM 18   A.   That's correct.

09:07AM 19   Q.   Do you own a boat?

09:07AM 20   A.   Yes.

09:07AM 21   Q.   Have you ever left your boat in the water for nine years

09:07AM 22   without removing it?

09:07AM 23   A.   No.  Because I've only owned it 18 months.

09:07AM 24   Q.   Are you going to leave it -- are you going to leave it for

09:07AM 25   nine years?

09:07AM 1  A.   No.

09:07AM 2       MS. KARIS:  Your Honor, I'm going to object to

09:07AM 3  relevance.

09:07AM 4       THE COURT:  I sustain --

09:07AM 5       MR. LEGER:  Judge, I think it's entirely relevant in

09:07AM 6  the fact that the drilling rig, *Deepwater Horizon*, was left in

09:07AM 7  the water for nine years without drydock.

09:07AM 8       THE COURT:  I sustain the objection.

09:07AM 9  BY MR. LEGER:

09:07AM 10  Q.   Sir, you have -- you have no education in geology,

09:07AM 11  correct?

09:07AM 12  A.   That is correct.

09:07AM 13  Q.   You have no education of petrophysics, correct?

09:07AM 14  A.   That's correct.

09:07AM 15  Q.   You have no education in lithology or biogenics, correct?

09:07AM 16  A.   That's correct.

09:07AM 17  Q.   Do you know what they are?

09:07AM 18  A.   No.

09:07AM 19  Q.   Do you know what pore pressure is?

09:07AM 20  A.   I'm aware of it.  I'm not an expert in it.

09:07AM 21  Q.   Do you know what fracture gradient is?

09:07AM 22  A.   I'm aware of it, but I'm not an expert in it.

09:07AM 23  Q.   Can you tell us what they are?

09:07AM 24  A.   I'm not an expert in it.

09:07AM 25  Q.   Neither is anybody in this -- well, there may be some in

09:08AM 1    the courtroom.  But some of us know what they are.  You worked

09:08AM 2    in the Gulf of Mexico.  You worked in attempting to drill for

09:08AM 3    oil in the Gulf of Mexico for two and a half years, and you

09:08AM 4    can't tell us what pore pressure and fracture gradient are?

09:08AM 5    A.    I have a general awareness of it, but I know there's much

09:08AM 6    better experts that have been talking to the Court on that.

09:08AM 7    Q.    And you -- do you know what a safe drilling margin is?

09:08AM 8    A.    Yes.

09:08AM 9    Q.    What is a safe drilling margin?

09:08AM 10   A.    In terms of an awareness.

09:08AM 11   Q.    What is it?

09:08AM 12   A.    Well, it's having a safe margin between the mud weight and

09:08AM 13   the pore pressure.

09:08AM 14   Q.    And that's something that you know that your people who

09:08AM 15   are designing, drilling and operating a well need to maintain,

09:08AM 16   correct?

09:08AM 17   A.    We have standards.  We have practices.  We're have people

09:08AM 18   with deep expertise in these subjects.

09:08AM 19   Q.    And we have laws in the United States that require you to

09:08AM 20   maintain a safe drilling margin when you're drilling a well,

09:08AM 21   correct?

09:08AM 22   A.    And we have standards, that's what we worked to.

09:09AM 23   Q.    And we have laws, don't we, in the United States that

09:09AM 24   require it, correct?

09:09AM 25   A.    Personally I'm not familiar with those laws.

09:09AM 1  Q.   Okay.  You have no experience in mud logging, correct?

09:09AM 2  A.   That's correct.

09:09AM 3  Q.   Have you ever heard of *Archie's Equation*?

09:09AM 4  A.   No.

09:09AM 5  Q.   Or Simandoux's formula or non Simandoux's formula or an

09:09AM 6  Indonesian formula or a Mumbai formula?  Have you ever heard of

09:09AM 7  any of those things?

09:09AM 8  A.   No.

09:09AM 9  Q.   Do you have any experience in logging while drilling or

09:09AM 10 seismic observation?

09:09AM 11 A.   No.

09:09AM 12 Q.   Do you have any experience in resistivity testing,

09:09AM 13 gamma ray studies, neuron density observations?

09:09AM 14 A.   No.

09:09AM 15 Q.   You have people that worked for you that have experience

09:09AM 16 in those areas, correct?

09:09AM 17 A.   As I described yesterday, the Gulf of Mexico is a very

09:09AM 18 large and complex business, and there is no one individual that

09:09AM 19 actually had expertise in all those things you've just

09:09AM 20 described.

09:09AM 21 Q.   Right.

09:09AM 22 A.   And what we rely on in those big complex organizations, we

09:10AM 23 rely on teams, teams working together, bringing together the

09:10AM 24 right expertise to be able to address the issues.

09:10AM 25      And, actually, I would hope that there would be no one

09:10AM 1    individual in the organization that believed they had expertise

09:10AM 2    in all those things you've just taken us through.

09:10AM 3    Q.   And that, sir, is the importance of concepts and

09:10AM 4    principles and hard core requirements of process safety,

09:10AM 5    correct?

09:10AM 6    A.   I don't see the linkage between the points.

09:10AM 7    Q.   You don't see the linkage between having good teamwork,

09:10AM 8    people with expertise pull together in order to avoid horrible

09:10AM 9    incidents like on explosion on *Deepwater Horizon* on April 20,

09:10AM 10   2010, sir?

09:10AM 11   A.   What I believe is we have to have a combination of --

09:10AM 12   Q.   Is that a yes or a no?

09:10AM 13        MS. KARIS:  Your Honor, I think he's --

09:10AM 14        THE WITNESS:  I would like to answer your question.

09:10AM 15        MR. LEGER:  I'm happy to have it, but it was a

09:10AM 16   yes-or-no question.  Then he can explain, Judge.

09:10AM 17        THE COURT:  The question is?

09:10AM 18        MR. LEGER:  I'll ask it again.

09:10AM 19        THE COURT:  No, I'll just let him answer the way he

09:11AM 20   wants to answer.

09:11AM 21             Go ahead, sir.  Do you remember the question?

09:11AM 22        THE WITNESS:  Barely.

09:11AM 23             But let me say, what I was trying to get across

09:11AM 24   was I think it's -- you know, we need a combination of things.

09:11AM 25   Big complex business, lots of things, as I described yesterday.

09:11AM 1            So you need to have -- you need to make sure

09:11AM 2     you've got the right access to expertise.  All the things

09:11AM 3     you've just been through are highly technical subjects.

09:11AM 4            You need to then have those people working

09:11AM 5     within a management structure, within an organization that

09:11AM 6     brings all those things together; and, you need to have them

09:11AM 7     working within a management system, a system of processes and

09:11AM 8     procedures and standards.

09:11AM 9            That's what we had.  We had a Drilling and

09:11AM 10    Completions organization.

09:11AM 11           All the things you've been through, I feel

09:11AM 12    confident that Kevin Lacy put in place an organization that had

09:11AM 13    access to all those resources; and, we had a D&C OMS management

09:12AM 14    system to ensure that all of that work was being implemented in

09:12AM 15    a safe, systematic and consistent way.

09:12AM 16    BY MR. LEGER:

09:12AM 17    Q.   Are you finished, sir?

09:12AM 18    A.   I have now.

09:12AM 19    Q.   Now, you do know that OMS was not in effect on the

09:12AM 20    *Deepwater Horizon* when it was drilling the Macondo well; isn't

09:12AM 21    that correct, sir?

09:12AM 22    A.   Well, let's -- just, in terms of the language --

09:12AM 23    Q.   Yes or no, sir.

09:12AM 24    A.   Well, again, I don't agree with the premise of the

09:12AM 25    question.

09:12AM 1    Q.    Then you say no, correct?

09:12AM 2    A.    I don't agree with the premise of the question, and I

09:12AM 3    would like to explain my point.

09:12AM 4    Q.    Please.

09:12AM 5    A.    So at the time of the *Deepwater Horizon* incident, we in

09:12AM 6    BP, we had an OMS system, and that governed how we designed,

09:12AM 7    engineered and planned the well.

09:12AM 8         The execution of that plan was governed by the Transocean

09:12AM 9    management system.  We talked about that yesterday.  That's

09:12AM 10   what governs the activity on the rig.

09:13AM 11        Through our contract and through the bridging documents,

09:13AM 12   that's how we map between one management system and the

09:13AM 13   Transocean management system.

09:13AM 14   Q.    The truth is, you really don't know what management system

09:13AM 15   was in place on the *Deepwater Horizon* on April 20th of 2010,

09:13AM 16   because you weren't involved; were you, sir?

09:13AM 17   A.    What I do know is that shortly after I left, Kevin Lacy

09:13AM 18   sent me a summary of his overall performance of D&C in 2009,

09:13AM 19   similar to how I provided the summary to Andy Inglis.

09:13AM 20        Within that, it was very clear.  It said that we had fully

09:13AM 21   implemented OMS in D&C.

09:13AM 22        So my understanding when I left is that the D&C OMS was

09:13AM 23   fully implemented, and so my assumption is that it was still in

09:13AM 24   place in April of 2010.

09:13AM 25   Q.    Let's talk facts, sir, not assumptions.

09:13AM 1     The Vice-President of Drilling and Completions in the
09:13AM 2  Gulf of Mexico in April of 2010, was a fellow by the name of
09:14AM 3  Patrick O'Bryan, correct?
09:14AM 4  A.   That's correct.
09:14AM 5  Q.   Do you think he knew more about whether OMS was applicable
09:14AM 6  to the *Deepwater Horizon* than you?
09:14AM 7  A.   I don't know what his knowledge was.  I don't know.
09:14AM 8  Q.   D-3175, please, Carl.
09:14AM 9     Patrick O'Bryan testimony:  "We do not operate drilling
09:14AM 10 rigs under a BP OMS.  We op- -- when the rigs belong to the
09:14AM 11 drilling contractor, we operate the rigs under the -- under the
09:14AM 12 drilling contractor's safety management system.  The only
09:14AM 13 drilling rig that we had in our fleet that would fall under BP
09:14AM 14 OMS is BP-owned rig the PDQ on the *Thunder Horse*."
09:14AM 15    Do you know John Baxter?
09:14AM 16 A.   I do.
09:14AM 17 Q.   John Baxter was the Group Head of Engineering, correct?
09:14AM 18 A.   That's correct.
09:14AM 19 Q.   If he was asked, did OMS apply to the *Deepwater Horizon*,
09:14AM 20 and said no, would you disagree with his testimony, sir?
09:15AM 21 A.   I don't know what else he said both before or after those
09:15AM 22 comments, so I'd have to sort of see the full context for the
09:15AM 23 comments that he was making before I could make a comment on
09:15AM 24 it.
09:15AM 25 Q.   I'm sure BP's lawyers can do that, if they'd like you to

09:15AM 1  see it.

09:15AM 2       Let me ask you this.  Yesterday, you testified that, in

09:15AM 3  the Gulf of Mexico, even before -- that there was a gradual

09:15AM 4  transitional implementation of OMS in the Gulf of Mexico,

09:15AM 5  correct?  From the time you took over through the time you

09:15AM 6  left, correct?

09:15AM 7  A.   It was a phased implementation.

09:15AM 8  Q.   The initial implementation was in the production end,

09:16AM 9  correct?

09:16AM 10 A.   That's correct.

09:16AM 11 Q.   But moved into the drilling end, correct?

09:16AM 12 A.   That's correct.

09:16AM 13 Q.   Basically, what you said, though, was, but, nonetheless,

09:16AM 14 in the context of drilling, there were ETPs -- which are

09:16AM 15 engineering technical practices -- and group practice

09:16AM 16 procedures that applied to the drilling end while you were

09:16AM 17 waiting to implement OMS, right?

09:16AM 18 A.   There was an existing management system in place for

09:16AM 19 drilling at the time.

09:16AM 20 Q.   Those things included --

09:16AM 21      Let's see TREX-1736, please.

09:16AM 22      Those ETPs included, for the Gulf of Mexico -- you know

09:16AM 23 what SEEAC is?

09:16AM 24 A.   I do.

09:16AM 25 Q.   That is a Board committee, correct?  Board of BP PLC,

09:16AM 1    correct?

09:16AM 2    A.   That's correct.

09:16AM 3    Q.   This is Safety, Environmental, Ethics and Assurance

09:16AM 4    Committee, correct?

09:16AM 5    A.   That is correct.

09:16AM 6    Q.   So in the report of the Gulf of Mexico SPU Risk Management

09:17AM 7    to SEEAC brief, it was pointed out their ETPs, and it lists all

09:17AM 8    of those, these ETP's here 48-01 down to 43-49, correct?

09:17AM 9    Including inherently safer design, major accident risk process,

09:17AM 10   other things, correct?

09:17AM 11   A.   That's correct.

09:17AM 12   Q.   That's what you're talking about was in place in 2009,

09:17AM 13   correct?

09:17AM 14   A.   I don't know the -- I've not seen this document before.  I

09:17AM 15   don't know the time that it was written or any context around

09:17AM 16   it.

09:17AM 17   Q.   Let's go down three paragraphs, please, to this paragraph.

09:17AM 18        Would you read that, sir.  Starting here, "the focus."

09:17AM 19   Read it out loud, please.

09:17AM 20   A.   As I said, I've not seen this, but I can read it out loud.

09:17AM 21        "The focus of the ETP application and assurance has been

09:18AM 22   on the existing assets as opposed to drilling from MODU's."

09:18AM 23   Q.   Do you know what MODU's BP had as assets in the

09:18AM 24   Gulf of Mexico in 2009 or at the time of the Macondo disaster?

09:18AM 25   A.   Well, I can certainly recall that in the fleet we had the

09:18AM 1    *Horizon*, the *DD II*, the *DD III*.  The *Marianas* for a period in

09:18AM 2    2009.

09:18AM 3    Q.   So the ETP that you just told us about didn't even apply,

09:18AM 4    let alone, OMS, to the mobile offshore drilling units, the

09:18AM 5    *Deepwater Horizon* and the *Marianas*, correct, sir?

09:18AM 6    A.   Yeah.  That's because the specific ETPs that it's making a

09:18AM 7    reference there, they weren't relevant to the MODU's.

09:18AM 8    Q.   Oh, really?

09:18AM 9    A.   That's my understanding.

09:18AM 10   Q.   What about a major accident risk analysis, would that be

09:18AM 11   relevant to a MODU?

09:18AM 12   A.   Well, if you -- if you look at MAHRA as a tool, MAHRA is a

09:19AM 13   coarse sort of risk assessment tool to identify major accident

09:19AM 14   risks.  Its intent is to apply to processing facilities, not to

09:19AM 15   drilling rigs.

09:19AM 16        In the matter of drilling, everyone was very clear.  You

09:19AM 17   didn't need to do a MAHRA to figure out that the number one

09:19AM 18   process safety risk was loss of well control.

09:19AM 19   Q.   Unequivocally.  So you didn't.  You didn't do any major

09:19AM 20   accident risk assessment, right?

09:19AM 21   A.   Because there is a whole suite of risk management tools in

09:19AM 22   our recommended practice.  It is for the various parts of the

09:19AM 23   company to decide which of the relevant risk assessment tools

09:19AM 24   that apply in the different areas.

09:19AM 25        The MAHRA, as pull out here, is a tool that was not

09:19AM 1    relevant to use with MODU's, and that's why we didn't do it.

09:20AM 2    Q.   Can you name -- if this is a report to the Board, can you

09:20AM 3    name which one of these was relevant to this massive explosion

09:20AM 4    causing death and massive environmental damage?  None?

09:20AM 5    A.   Well, as the document says, they wouldn't apply because

09:20AM 6    they weren't -- they weren't tools that the intention of those

09:20AM 7    tools and those ETPs was to apply to MODU's.

09:20AM 8    Q.   You previously testified that ETPs and group practices

09:20AM 9    did.  Can you tell us which ETPs applied to the drilling

09:20AM 10   aspect?

09:20AM 11   A.   There are a large number of ETPs within the company.  Some

09:20AM 12   of them are just for drilling.  There's a number of drilling

09:20AM 13   ETPs.  They are the ETPs that I was referring to in terms of

09:20AM 14   drilling.

09:20AM 15   Q.   So you can't tell me what ETPs apply, sitting here today?

09:20AM 16   A.   There is about 18 or 20 of them.  I don't remember them

09:20AM 17   all individually, but there is about 20 ETPs specifically for

09:20AM 18   drilling.

09:21AM 19   Q.   Now, were you in Houston when Tony Hayward -- when did you

09:21AM 20   actually come aboard and physically land in Houston and take

09:21AM 21   over as vice-president of the SPU?

09:21AM 22   A.   It was from the beginning of November in 2007, I recall.

09:21AM 23   Q.   So you weren't there in September when Tony Hayward was

09:21AM 24   there, correct?

09:21AM 25   A.   I don't believe I was.

09:21AM 1    Q.    Did you read about what Tony Hayward said while he was in

09:21AM 2    Houston; that he said, assurance is killing us with

09:21AM 3    overcautiousness by people in the Gulf of Mexico working for

09:21AM 4    BP?

09:21AM 5    A.    I don't recall that.

09:21AM 6    Q.    You didn't hear that, see it, hear about it, right?

09:21AM 7    A.    It was before I was -- I was in the role.

09:21AM 8    Q.    Now, yesterday --

09:21AM 9          MR. LEGER:  Your Honor, I have it under a different

09:22AM 10   number, but it's the same document as Ms. Karis used.  The

09:22AM 11   number Ms. Karis used was 866, I believe, and I have it,

09:22AM 12   it's -- I believe it's the identical document as 2508.

09:22AM 13         THE COURT:  Well, this is a problem we talked about

09:22AM 14   yesterday.

09:22AM 15         MR. LEGER:  It is, Judge.

09:22AM 16         THE COURT:  Here is one of the concerns I have.  At the

09:22AM 17   end of this trial, I think what's happening, everybody is using

09:22AM 18   different numbers for the same documents, or they are pulling

09:22AM 19   out pieces or pages of the same document and then assigning

09:22AM 20   different numbers to them, and we're going to end up with a

09:22AM 21   confused record here.

09:22AM 22         MR. LEGER:  What I would propose to do, Judge, on this

09:22AM 23   document is, I'm going to ask our technician to call it up

09:22AM 24   under our number, but the pages will be the same, I believe.

09:22AM 25         I will refer to them as 866, but it will be

09:23AM 1    Number 2508, for the sake of the record -- if that works for

09:23AM 2    you, Your Honor.

09:23AM 3              THE COURT:  What is 866?

09:23AM 4              MR. LEGER:  Would you call up -- may we put up --

09:23AM 5              Okay.  I'm told it's not the same document.  It

09:23AM 6    sure looked like it, Judge.

09:23AM 7              THE COURT:  All right.

09:23AM 8              I'll tell you, if you all want to start looking

09:23AM 9    at this now, you can, but at the end of the trial, I'm going to

09:23AM 10   instruct counsel to attempt to eliminate duplicative documents

09:23AM 11   and coordinate these numbers, so I don't have to figure out if

09:23AM 12   10 or 12 or 15 different numbers are really the same document.

09:23AM 13             MR. LEGER:  Judge, perhaps this isn't the same

09:23AM 14   document.  I believe -- maybe I have the wrong number.

09:24AM 15             THE COURT:  But it brought up the issue that we sort of

09:24AM 16   alluded to yesterday.

09:24AM 17             Go ahead.

09:24AM 18             MR. LEGER:  Maybe I have the wrong number, but I'm

09:24AM 19   going to call it up under my number then.

09:24AM 20             THE COURT:  Go ahead.

09:24AM 21             MR. LEGER:  Ms. Karis puts things up there without

09:24AM 22   numbers on them, so I get a little confused.

09:24AM 23             2908.  2908.  I'm a slow reader, Your Honor.

09:24AM 24        BY MR. LEGER:

09:24AM 25   Q.   Do you remember seeing this document yesterday, sir?

09:24AM 1    A.   Yes, I do.

09:24AM 2    Q.   This is the Gulf of Mexico SPU Operating Plan OMS

09:24AM 3    Handbook.  The document owner is indicated as T. Joslin and

09:24AM 4    Cindi Skelton, correct?

09:24AM 5    A.   Yes.

09:24AM 6    Q.   Do you know Cindi Skelton?

09:24AM 7    A.   I do.

09:24AM 8    Q.   What was Cindi Skelton's job at that time, do you recall,

09:24AM 9    in December of '08?

09:24AM 10   A.   At the time, Cindi was leading the program for

09:24AM 11   implementation of OMS.

09:24AM 12   Q.   This was about a year after you came aboard --

09:25AM 13   A.   That's right.

09:25AM 14   Q.   -- right?

09:25AM 15        Ms. Karis took you through this yesterday.

09:25AM 16        Now, by the time -- and if we can go to 2514.3.

09:25AM 17        MR. LEGER:  I'm sorry.  Wait, I'm sorry --

09:25AM 18        MS. KARIS:  Your Honor, for the record --

09:25AM 19        MR. LEGER:  -- 2908.3.

09:25AM 20        MS. KARIS:  This is the same document as 866.  I think

09:25AM 21   what happened is you said 2508 --

09:25AM 22        MR. LEGER:  I'm sorry.

09:25AM 23        MS. KARIS:  -- but this is the same as 866.

09:25AM 24        MR. LEGER:  2908.

09:25AM 25        THE COURT:  So 2908 --

09:25AM 1          MR. LEGER:  -- and 866 are the same document,

09:25AM 2     Your Honor.

09:25AM 3          THE COURT:  Go ahead.

09:25AM 4          MR. LEGER:  I have trouble reading my own handwriting.

09:25AM 5          BY MR. LEGER:

09:25AM 6     Q.   You talk about here the intent and the scope of this

09:25AM 7     document, the Operating Management System, is:  "The

09:25AM 8     Gulf of Mexico is a world class hydrocarbon basin with a bright

09:26AM 9     future," etcetera, correct?

09:26AM 10    A.   Yes.  That's what the document says.

09:26AM 11    Q.   "The Gulf of Mexico SPU strongest and most important asset

09:26AM 12    is our world class team of approximately 1660 BP employees,"

09:26AM 13    correct?

09:26AM 14    A.   That's correct.

09:26AM 15    Q.   Split between 560 offshore and 1100 onshore, correct?

09:26AM 16    A.   That's correct.

09:26AM 17    Q.   We can't tell whether that number has gone down in a year

09:26AM 18    or not, correct?

09:26AM 19    A.   I'm sure at the time that was an accurate number.

09:26AM 20    Q.   Next page, please, 2908.06.

09:26AM 21         Up here -- you wrote this -- I mean, basically, you signed

09:26AM 22    off on this document, didn't you?

09:26AM 23    A.   Yes.

09:26AM 24    Q.   You said:  "The SPU leadership team is 100% committed to

09:26AM 25    the successful design, implementation and sustainment of OMS,"

8165

09:26AM 1    right?

09:26AM 2    A.    That's correct.

09:26AM 3    Q.    You talked here about the fact that Wave 1 would be sites

09:27AM 4    in Exploration & Production, correct?

09:27AM 5    A.    I'm just reading the document.

09:27AM 6    Q.    Go ahead.

09:27AM 7    A.    That was across the company.  It was what was called the

09:27AM 8    Wave 1 in the E&P sector.  Gulf of Mexico and North American

09:27AM 9    gas were part of Wave 1.

09:27AM 10   Q.    You say:  "We have built, installed and operate eight very

09:27AM 11   different facilities in the Gulf of Mexico," correct?

09:27AM 12   A.    That's correct.

09:27AM 13   Q.    You also pointed out that you were going to implement

09:27AM 14   this, and this is a marathon, not a sprint, correct?

09:27AM 15   A.    That's correct.

09:27AM 16   Q.    Then you signed it, Neil Shaw?

09:27AM 17   A.    Yes.

09:27AM 18   Q.    Now, page 2908.38, please.

09:27AM 19        Now, yesterday, you said -- Ms. Karis asked you about this

09:27AM 20   square right here.  You said, oh, that doesn't apply to

09:28AM 21   drilling; that applies only to production, correct?

09:28AM 22   A.    That's correct.

09:28AM 23   Q.    But you knew that even -- but you talk about it anyway,

09:28AM 24   right?  That was your responsibility; production, exploration,

09:28AM 25   drilling and completions, that was your overall responsibility,

09:28AM 1    correct?

09:28AM 2    A.    That was the scope of the SPU, yes, that's correct.

09:28AM 3    Q.    This is Priority SPU Level Gaps for 2009, Risk Assessment

09:28AM 4    and Management/Process Safety.

09:28AM 5          Then, this is Problem -- I'm not sure that we can read

09:28AM 6    it -- Problem Statement.

09:28AM 7    A.    Uh-huh.

09:28AM 8    Q.    Does that make sense, right there?  Can we agree that this

09:28AM 9    is an identification of the problem?

09:28AM 10   A.    I can't read that top there, no.

09:28AM 11   Q.    Let's just -- let's put a square around this.

09:28AM 12         Ms. Karis had you look at this yesterday.  What it says

09:28AM 13   is, sir:  "A significant number of risk assessments are carried

09:29AM 14   out by multiple groups in the SPU which are not integrated or

09:29AM 15   planned, and the outcomes and mitigation plans are not linked

09:29AM 16   up or visible"; isn't that correct?

09:29AM 17   A.    That's what the document says.

09:29AM 18   Q.    What would a significant number of risk assessments be;

09:29AM 19   five, ten?

09:29AM 20   A.    I don't know.  I didn't read the document.  I don't know

09:29AM 21   what Cindi had in her mind when she wrote that.

09:29AM 22   Q.    You didn't read the document that you signed off on?

09:29AM 23   A.    I read the document, but I didn't -- I don't know the

09:29AM 24   basis of -- the choice of significance for her.

09:29AM 25   Q.    Let's be perfectly clear here, sir.  You testified

09:29AM 1    yesterday that safety was your number one priority, right?

09:29AM 2    A.    That's correct.

09:29AM 3    Q.    You testified yesterday that process safety was extremely

09:29AM 4    important, correct?

09:29AM 5    A.    It is.

09:29AM 6    Q.    In fact, when you identify process safety hazards and

09:29AM 7    incidents, you want to attack those things immediately, right?

09:29AM 8    A.    Yes.

09:29AM 9    Q.    That's even more important than dropping the washers out

09:29AM 10   of a derrick, right?

09:29AM 11   A.    All safety issues are important.

09:30AM 12   Q.    So when you analyze that -- basically, are they saying too

09:30AM 13   many risk assessments --

09:30AM 14   A.    Yes --

09:30AM 15   Q.    -- that are not linked or visible, correct?

09:30AM 16   A.    That's what the document says.  That was a gap that was

09:30AM 17   identified when we did the Gap Assessment.

09:30AM 18   Q.    As a guy for whom safety is a number one priority, and

09:30AM 19   particularly process safety, you would say, I want this fixed

09:30AM 20   immediately, correct, sir?

09:30AM 21   A.    That's correct.  That's why I asked Cindi to put together

09:30AM 22   a process safety improvement plan, which is what we looked at

09:30AM 23   yesterday.

09:30AM 24   Q.    In December of 2008, right?

09:30AM 25   A.    The Gap Assessments were done through the latter part of,

09:30AM 1    I think, the third quarter of 2008.

09:30AM 2         Then we went through the process of creating the

09:30AM 3    priorities.  This document, I think, is November 2008.

09:30AM 4         Then, following that, we put in place the process safety

09:30AM 5    improvement plan that we looked at yesterday.  I think that was

09:30AM 6    done in probably the spring of 2009.

09:30AM 7    Q.   So early in the year you started planning.  By the end of

09:31AM 8    the year, you finally had some actual assessments, right?

09:31AM 9    A.   No, that's not true.

09:31AM 10   Q.   Okay.  Now, here, you go on -- or it goes on to say:  "As

09:31AM 11   we have started to more deeply investigate process safety

09:31AM 12   incidents, it's become apparent that process safety major

09:31AM 13   hazards and risks are not fully understood by engineering or

09:31AM 14   line operating personnel," correct?  That's what it says?

09:31AM 15   A.   That's correct.  This is the referring to our production

09:31AM 16   activity.

09:31AM 17   Q.   That's really important too, right; process safety and

09:31AM 18   production activity, right?

09:31AM 19   A.   It is.

09:31AM 20   Q.   This is an example of how we must execute a really good

09:31AM 21   process safety program, right?

09:31AM 22   A.   This was identifying the gap, and that's why we put the

09:31AM 23   improvement plan in place.

09:31AM 24   Q.   You have engineering in production, you have engineering

09:31AM 25   in drilling, right?

09:31AM 1    A.    That's correct.

09:31AM 2    Q.    You have line operating personnel in production, correct?

09:32AM 3    A.    That's correct.

09:32AM 4    Q.    You have them in drilling, correct?

09:32AM 5    A.    Correct.

09:32AM 6    Q.    You agree a fundamental tenet of process safety is that

09:32AM 7    your line personnel leadership, for example, a well team

09:32AM 8    leader, should not be allowing a drilling crew to be flying by

09:32AM 9    the seat of their pants?

09:32AM 10   A.    We have to execute activity in a systematic and controlled

09:32AM 11   manner.

09:32AM 12   Q.    Absolutely.  They should not be flying by the seat of

09:32AM 13   their pants, right?  If they do, and that's allowed, that is a

09:32AM 14   gross violation of principles of process safety, right, sir?

09:32AM 15   A.    We have a plan to execute, and we need to execute that

09:32AM 16   plan.

09:32AM 17   Q.    Part of the plan is, we don't fly by the seat of our

09:32AM 18   pants; we have a plan, and we execute, correct?

09:32AM 19   A.    I don't understand the statement you're making.

09:32AM 20   Q.    Now, you would also agree a fundamental rudimentary

09:33AM 21   principle of process safety would require that on a

09:33AM 22   particularly hazardous well you have your very best engineers,

09:33AM 23   right?

09:33AM 24   A.    We had high quality engineers on all of our activity.

09:33AM 25   Q.    You shouldn't put your least experienced engineers on a

8170

09:33AM 1    really dangerous well, right?

09:33AM 2    A.    Every well, you have to consider the risks and make sure

09:33AM 3    you have the right resources on the well.

09:33AM 4    Q.    Some are riskier than others, right, sir?

09:33AM 5    A.    Personally, I believe you never get complacent in this

09:33AM 6    business.

09:33AM 7    Q.    Never get complacent, but some are riskier than others,

09:33AM 8    are they not?

09:33AM 9    A.    I think some tend to have more technical challenges than

09:33AM 10   others.

09:33AM 11   Q.    Mr. McKay was asked whether deepwater or shallow water --

09:33AM 12   you know Mr. McKay, Lamar McKay?

09:33AM 13   A.    I do.

09:33AM 14   Q.    -- was more dangerous.  He said, oh, neither one is more

09:33AM 15   dangerous.

09:33AM 16         Would you agree deepwater is not more dangerous than

09:33AM 17   shallow water drilling?

09:34AM 18              MS. KARIS:  Objection, Your Honor.

09:34AM 19                   First, I think it mistakes Mr. McKay's

09:34AM 20   testimony, or at least it's incomplete.  Second --

09:34AM 21              MR. LEGER:  I will complete it.

09:34AM 22              THE COURT:  I'll let the witness answer, if he can.

09:34AM 23              THE WITNESS:  My sort of philosophy on this is that you

09:34AM 24   can never be complacent when it comes to a high hazard

09:34AM 25   business.  You need to make sure that you identify the risks,

09:34AM 1   you assess those risks, and you put in place the mitigations to

09:34AM 2   manage those risks.

09:34AM 3                   That's -- that is what we did.  That is what we

09:34AM 4   did on all of our activity.

09:34AM 5       BY MR. LEGER:

09:34AM 6   Q.   Do you agree that deepwater drilling carries with it, by

09:34AM 7   its nature, more hazards than shallow water drilling?

09:34AM 8   A.   At a high level, I would say yes.

09:34AM 9   Q.   In fact, Kevin Lacy, when HE first came aboard, told you

09:34AM 10  that deepwater drilling is high risk, high reward, and the most

09:34AM 11  challenging in drilling; isn't that what he said?

09:34AM 12  A.   That is what he said.

09:34AM 13  Q.   In fact, we also know that the nature of the formation

09:34AM 14  that's being drilled into can present particular increased

09:35AM 15  risks or hazards, correct?

09:35AM 16  A.   Yeah, and that's part of the overall design and

09:35AM 17  engineering of -- and the planning of the well.  All those

09:35AM 18  factors are considered.

09:35AM 19  Q.   Did you know that the Gulf of Mexico is riskier to drill

09:35AM 20  in than the North Sea, in the context of well control events?

09:35AM 21  A.   I have no technical knowledge to able to have an opinion

09:35AM 22  on that.

09:35AM 23  Q.   When you came to the Gulf of Mexico, nobody told you that?

09:35AM 24  A.   No.

09:35AM 25  Q.   When you came to the Gulf of Mexico, Kevin Lacy and others

09:35AM 1    did not tell you the nature of the hazards to be expected in

09:35AM 2    the Gulf of Mexico; is that correct, sir?

09:35AM 3    A.    We did not have a conversation about the comparison

09:35AM 4    between the Gulf of Mexico and the North Sea.

09:35AM 5    Q.    Mr. Lacy didn't tell you that studies done, commissioned

09:35AM 6    by BP, indicated that the chance of blowouts was nine -- well

09:35AM 7    blowouts was nine times greater in the Gulf of Mexico than in

09:36AM 8    the North Sea; is that correct?

09:36AM 9    A.    I don't recall that.

09:36AM 10   Q.    Did anyone, Mr. Lacy or anybody else, tell you -- you were

09:36AM 11   in charge when the Macondo was being developed, correct -- the

09:36AM 12   plans for the Macondo were being developed, correct?

09:36AM 13   A.    The very early planning on Macondo was put together in

09:36AM 14   2009, when I was the SPU leader.

09:36AM 15   Q.    In fact, it was under your watch that Macondo was spudded,

09:36AM 16   correct?

09:36AM 17   A.    That's correct.

09:36AM 18   Q.    So it wasn't just the very early; the beginning of the

09:36AM 19   drilling you were onboard, correct?

09:36AM 20   A.    That's correct.

09:36AM 21   Q.    Did anybody tell you that you were drilling into a nonsalt

09:36AM 22   area, which was unusual for this particular drill team at BP?

09:36AM 23   A.    That was not raised to my attention.

09:36AM 24   Q.    Did anybody tell you that the Gulf of Mexico was famous --

09:36AM 25   I'm sorry, known by geologists and petrophysicists for having

8173

09:36AM 1    anomalously low leak-off pressures?

09:37AM 2    A.    That was not mentioned.

09:37AM 3    Q.    Do you know what a leak-off pressure is?

09:37AM 4    A.    No.

09:37AM 5    Q.    Did anyone tell you that the Mississippi River Canyon, the

09:37AM 6    particular area that Macondo was to be drilled in, was

09:37AM 7    particularly hazardous because of its fragile formations?

09:37AM 8    A.    No.

09:37AM 9    Q.    Did anyone at BP tell you that the area where Macondo was

09:37AM 10   being drilled into was subject to earthquakes?

09:37AM 11   A.    No.

09:37AM 12   Q.    Had you ever heard that before?

09:37AM 13   A.    No.

09:37AM 14   Q.    Did you know that there were geologists at BP that were

09:37AM 15   studying the earthquakes in the Mississippi River Canyon and

09:37AM 16   never told the drill crew that there had been earthquakes in

09:37AM 17   the area of Macondo?

09:37AM 18   A.    No.

09:37AM 19   Q.    Back to our study of process safety, would you also agree

09:37AM 20   that it is a fundamental and rudimentary principle of process

09:37AM 21   safety that engineers should not be engaged in driving chaos in

09:38AM 22   the context of drilling in a very dangerous and hazardous well?

09:38AM 23   A.    I don't understand your question.

09:38AM 24   Q.    Do you believe it's okay for engineers to cause chaos when

09:38AM 25   drilling a well?

09:38AM 1   A.   Of course, no.

09:38AM 2   Q.   In fact, it would be a horrible, gross violation of

09:38AM 3   principles of fundamental personal and process safety if

09:38AM 4   engineers, because of their inexperience, were driving chaos

09:38AM 5   and confusion; isn't that correct, sir?

09:38AM 6   A.   The whole premise of how we want it to work is that we

09:38AM 7   would be very systematic in terms of doing design and

09:38AM 8   engineering, getting the right execution plans, and then

09:38AM 9   executing that plan, having the engineering organization

09:38AM 10  support the execution of that operation.

09:38AM 11  Q.   You would agree that's all a principle of OMS, of

09:38AM 12  leadership?

09:38AM 13  A.   That's a fundamental part of how we work.  It's in our

09:38AM 14  OMS.  It's in our operating practices and standards.

09:38AM 15  Q.   It's certainly a way -- it's a way -- you say it's how you

09:38AM 16  work.  It's certainly a way you should work, correct?

09:39AM 17  A.   I believe it represents good practice, and that's why it's

09:39AM 18  in our practices and standards.

09:39AM 19  Q.   When your people violate that, it's horrible practice and

09:39AM 20  a gross violation, correct?

09:39AM 21  A.   We expect people to work to our standards and practices.

09:39AM 22  That's what they are there for.

09:39AM 23  Q.   Now, it goes on to say --

09:39AM 24       We're back to -- I guess this is 2908.13 -- 38.  I'm

09:39AM 25  sorry, 38.  2908.38.

09:39AM 1       It goes on to say:  "Insufficient awareness is leading to
09:39AM 2  missed signals that precede incidents and response after
09:39AM 3  incidents."
09:39AM 4       That's a terribly dangerous possibility, isn't it?
09:39AM 5  A.    Yeah.  I mean, I think we want to be clear, you know,
09:39AM 6  understanding what all the signals are.
09:39AM 7  Q.    In fact, that is such a high potential risk that you want
09:39AM 8  that problem to be solved immediately if you believe safety is
09:40AM 9  your number one priority, correct?
09:40AM 10  A.    That's why we put in place the comprehensive monitoring of
09:40AM 11  performance and ensuring that we were seeing both leading and
09:40AM 12  lagging indicators happening in the overall management
09:40AM 13  oversight through our meeting structures and organization.
09:40AM 14  Q.    More than monitoring performance, you need to make sure
09:40AM 15  there is awareness that people don't miss signals that precede
09:40AM 16  incidents, correct?
09:40AM 17  A.    Sorry, could --
09:40AM 18  Q.    You don't want to just monitor, right, sir?
09:40AM 19  A.    Could you repeat the question?  I'm sort of losing the
09:40AM 20  train of thought here.
09:40AM 21  Q.    I'm sorry.  Your answer was that that's why you monitor
09:40AM 22  things.  My question is, monitoring isn't the solution;
09:40AM 23  monitoring is making sure people are aware enough not to miss
09:40AM 24  signals, correct?
09:40AM 25  A.    The point here, though, is about sort of risk awareness

09:41AM 1    and making sure that people are aware of the risks and we've

09:41AM 2    got the right sort of controls and measures in place.  So

09:41AM 3    that's what I think is the point of this.

09:41AM 4    Q.    The point of the awareness is to make sure they don't miss

09:41AM 5    the signals, right, sir?

09:41AM 6    A.    Well, that's what you -- you want people to be, you know,

09:41AM 7    on top of the activity and tracking the execution of the

09:41AM 8    activity.  That's why we had our metrics in place.

09:41AM 9    Q.    Now, let's remember, this document -- and just for sake of

09:41AM 10   fullness and completeness, it goes on to say, "both of

09:41AM 11   which" -- "the missing of signals that precede incidents and

09:41AM 12   response after incidents, both of which increases the potential

09:41AM 13   for and severity of process safety related incidents."

09:41AM 14         You agree with that; isn't that correct, sir?

09:41AM 15   A.    Yeah, I think that's a true statement.

09:41AM 16   Q.    Now, this was a document distributed under, basically,

09:41AM 17   your signature --

09:41AM 18   A.    Uh-huh.

09:41AM 19   Q.    -- in December of 2008, after months of development,

09:41AM 20   correct?

09:42AM 21   A.    I believe it was November of 2008.

09:42AM 22   Q.    Let's now go to TREX-02514.1.

09:42AM 23         This is an e-mail with enclosures from Steven Carter to

09:42AM 24   Cindi Skelton, right?

09:42AM 25   A.    Yes.

09:42AM 1    Q.   And it's talking about some enclosures.  Let's go to --

09:42AM 2    and go to next page, 25.14.2.

09:42AM 3         This is a chain of e-mails, actually.  And down here, if

09:42AM 4    we can blow this up to where we can read it, this is from Cindi

09:42AM 5    Skeleton, who you said was the vice-president of -- what was

09:42AM 6    she the vice-president of?

09:42AM 7    A.   Cindi led the OMS implementation program.

09:42AM 8    Q.   Her job was to implement OMS.

09:42AM 9         And on June 2, 2009, she said, "Attached is the latest

09:43AM 10   status form for SPU OMS Gaps that we are all responsible for

09:43AM 11   closing."  Correct?

09:43AM 12   A.   That's correct.

09:43AM 13   Q.   And so the idea of this one is, let's close the Gaps.

09:43AM 14   Let's find solutions.  And sure enough, there are some, on

09:43AM 15   page 25 -- I'm sorry, TREX-2514.07.

09:43AM 16        And we've now divided this problem of -- you know, "As we

09:43AM 17   investigate process safety incidents, it's apparent that

09:43AM 18   process safety hazards are not fully understood," correct?

09:43AM 19   We've outlined that, correct, that's what it says?

09:43AM 20   A.   Yes, that's what we just looked at.

09:43AM 21   Q.   And then we've indicated six months later root causes,

09:43AM 22   right?  After site visits to *Atlantis* and *Holstein*, correct?

09:44AM 23   A.   Yes, that's what it says.

09:44AM 24   Q.   Do you know what an RCFA is?

09:44AM 25   A.   I believe it stands for root cause failure analysis.

09:44AM 1    Q.    And what we're trying to find is root causes of the

09:44AM 2    problems, right?

09:44AM 3          And the conclusion is:  "We have inadequate root cause

09:44AM 4    failure analysis of lower severity process safety incidents;

09:44AM 5    inadequate understanding of process safety hazards; inadequate,

09:44AM 6    incomplete maintenance procedures; and inadequate, incomplete

09:44AM 7    'Lessons Learned' processes."

09:44AM 8          Isn't that correct, sir?

09:44AM 9    A.    That's what the document says.

09:44AM 10   Q.    Do you understand the principle of root cause analysis?

09:44AM 11   A.    Yes, in terms of the concept of it.

09:44AM 12   Q.    You have learned that BP has its own standards of root

09:44AM 13   cause analysis; isn't that correct?

09:44AM 14   A.    I know we have a standard in terms of carrying out

09:44AM 15   investigations.

09:44AM 16   Q.    And you are a believer in root cause analysis, correct?

09:44AM 17   A.    I certainly see the merits of it, yes.

09:44AM 18   Q.    In fact, you have advocated it and criticized when there

09:45AM 19   hasn't been root cause analysis properly done and completely

09:45AM 20   done; isn't that correct, sir?

09:45AM 21   A.    I certainly advocated it and thought it was important to

09:45AM 22   get to the issues so we could learn from them.

09:45AM 23   Q.    And you know what's important in the root cause of an

09:45AM 24   incident or an accident is to find out, not just the immediate

09:45AM 25   cause, but the fundamental deep-rooted causes, correct?

09:45AM  1    A.    That's correct.

09:45AM  2    Q.    And that there are three types of causes under BP root

09:45AM  3    cause analysis standards:  Immediate cause, system cause, and

09:45AM  4    systemic cause.  Correct?

09:45AM  5    A.    That's correct.

09:45AM  6    Q.    And the systemic causes are the most fundamental

09:45AM  7    deep-rooted management, leadership process causes, right?

09:45AM  8    A.    That's correct.

09:45AM  9    Q.    If you really want to find out, in a process safety

09:45AM 10    situation, how an event happens, you do a fundamental total

09:45AM 11    root cause analysis, including an analysis of immediate cause,

09:45AM 12    system cause and systemic cause; isn't that correct, sir?

09:45AM 13    A.    There is certainly advantages of that, yes.

09:45AM 14    Q.    Would you be shocked to know that in the context of a

09:46AM 15    horrible disaster that killed 11 men, and did some of the worst

09:46AM 16    environmental damage in the history of the world, that BP's

09:46AM 17    Mark Bly decided not to do a complete root cause analysis and

09:46AM 18    analyze the deep-root causes, systemic cause of the massive

09:46AM 19    explosion?

09:46AM 20    A.    I wasn't personally involved in deciding the scope of the

09:46AM 21    Bly report.  What I am aware of, though, is our standard, our

09:46AM 22    practice on carrying out investigations, it makes some

09:46AM 23    exceptions.  If, for example, you don't have access to

09:46AM 24    equipment, you don't have access to all of the people involved

09:46AM 25    in the incident, the contractors, there is reasons why you

09:46AM 1    cannot do a full root cause investigation.

09:46AM 2    Q.   So your testimony is, if you have difficulty doing a

09:47AM 3    complete root cause analysis, you just don't do it, right, and

09:47AM 4    that's okay?

09:47AM 5    A.   That's not my testimony, no.

09:47AM 6    Q.   And you really believe, sir, don't you, that when you're

09:47AM 7    looking at a disaster like the Macondo explosion, a full,

09:47AM 8    extensive, deep root cause analysis should be done; isn't that

09:47AM 9    true, sir?

09:47AM 10        MS. KARIS:  Your Honor, objection, asked and answered.

09:47AM 11        THE COURT:  Go ahead and give him the answer.

09:47AM 12        THE WITNESS:  Yeah, I think, as I said before, that I

09:47AM 13   wasn't part of the scope of the Bly Report, not part of it at

09:47AM 14   all.  I'm sure, you know, the decisions that they made, had a

09:47AM 15   good solid logic for it.

09:47AM 16        But what I am aware of, that in our practice

09:47AM 17   there are circumstances where it's not actually possible, and

09:47AM 18   that's acknowledged.  It's not possible to do a full root cause

09:47AM 19   analysis.

09:47AM 20   BY MR. LEGER:

09:47AM 21   Q.   That doesn't mean you should not do it?

09:47AM 22   A.   Well, if it's not possible to do it, I don't see how you

09:47AM 23   can do it.

09:47AM 24   Q.   You think it was impossible to do a full root cause

09:47AM 25   analysis of the Macondo explosion, sir?

09:48AM 1    A.   As I say, I was not part of it.  But from my understanding

09:48AM 2    of it, I think, unless you've got full access to all the

09:48AM 3    parties and unless you've got access to all of the equipment,

09:48AM 4    it is -- I don't believe it is possible to do it.

09:48AM 5    Q.   So you think it's okay not to have done it?

09:48AM 6    A.   It's not my decision on whether it was okay or not.

09:48AM 7    Q.   You demanded -- I'm sorry.

09:48AM 8         You demanded root cause analysis of simple minor events on

09:48AM 9    Transocean rigs, didn't you?

09:48AM 10   A.   And that was because we had the ability to work with

09:48AM 11   Transocean and we had access to the equipment around the rigs,

09:48AM 12   and so we could actually carry out a full investigation.

09:48AM 13   Q.   And --

09:48AM 14   A.   It was possible to do that.

09:48AM 15   Q.   You had access to work with Transocean in the

09:48AM 16   *Deepwater Horizon*, didn't you?

09:48AM 17   A.   I don't know.  I was not part of the investigation, and I

09:48AM 18   was not part of setting the terms of the investigation.

09:49AM 19        But I can -- I can only share with you during my tenure in

09:49AM 20   the Gulf of Mexico, when we had incidents, we would aim to get

09:49AM 21   to the root cause and we would work jointly with our

09:49AM 22   contractors to be able to do that.

09:49AM 23   Q.   And if you want to find out if management has done

09:49AM 24   anything, you look into management issues, right, in a root

09:49AM 25   cause analysis?

09:49AM 1    A.   As you said before, when you are looking at all the

09:49AM 2    various aspects, you want to look at all of the aspects that

09:49AM 3    you believe have had a factor in the -- in the incident so you

09:49AM 4    can learn from it.

09:49AM 5    Q.   Now, you know -- you do know now, sitting here today, that

09:49AM 6    after you left in October -- or November of 2009, a lot of

09:49AM 7    things were changed in the SPU, correct?

09:49AM 8    A.   I don't know the full detail of what was changed.

09:49AM 9    Q.   But you know changes took place, right?

09:49AM 10   A.   I knew there were a number of changes.

09:49AM 11   Q.   You knew Kevin Lacy was fired, you knew Harry Thierens was

09:49AM 12   sent away, you knew Curtis Jackson was no longer there, some of

09:50AM 13   your chief lieutenants in safety, correct?

09:50AM 14   A.   Well, I knew there was some -- yeah, people and

09:50AM 15   organizational changes happened.  And that's non --

09:50AM 16   Q.   You knew -- I'm sorry.

09:50AM 17        You knew there were management changes and organizational

09:50AM 18   changes as well, correct?

09:50AM 19   A.   Yes.

09:50AM 20   Q.   Different changes from the organization you had set up got

09:50AM 21   changed and done after you left, correct?

09:50AM 22   A.   And that's nontypical in a big organization of having

09:50AM 23   changes in -- organization changes in leadership positions.

09:50AM 24   Q.   And you must have some view of what management did wrong

09:50AM 25   in causing the explosion of the *Deepwater Horizon*, correct?

09:50AM  1          MS. KARIS:  I object, Your Honor.

09:50AM  2          THE WITNESS:  I said I didn't investigate it.  All I

09:50AM  3     know is what I've read in the Bly Report.

09:50AM  4     BY MR. LEGER:

09:50AM  5     Q.    So you have no view -- I mean, your expertise is

09:50AM  6     management, right?

09:50AM  7     A.    It's part of my expertise.

09:50AM  8     Q.    It's not drilling, right?

09:50AM  9     A.    That's correct.

09:50AM 10     Q.    It's not reading Archie's formula, right?

09:51AM 11     A.    That's correct.

09:51AM 12     Q.    Your expertise is management.

09:51AM 13          And -- you shook your head yes.  I'm sorry, we have to

09:51AM 14     talk.  And I'm cutting you off.

09:51AM 15     A.    No, I've already answered.  I said I believe, yes, I do

09:51AM 16     have expertise in management.

09:51AM 17     Q.    And in that context, you were involved and your people

09:51AM 18     were involved in the largest disaster in the history of the

09:51AM 19     drilling industry, and you have formulated no conclusions as to

09:51AM 20     what you think management did wrong in the *Deepwater Horizon*;

09:51AM 21     is that correct, sir?

09:51AM 22          MS. KARIS:  Your Honor --

09:51AM 23          THE COURT:  Overruled.

09:51AM 24          MS. KARIS:  Thank you.

09:51AM 25          THE WITNESS:  One thing I've learned, and I think it's

09:51AM 1   partly because of maybe my training as an engineer, is you've

09:51AM 2   got to make -- form views based on facts, and you have to

09:51AM 3   form -- greater view on that.

09:51AM 4          And I personally have not investigated the

09:51AM 5   *Deepwater Horizon* incident.  All I learned from it is what I've

09:51AM 6   read in the Bly report, and I read that from the perspective of

09:52AM 7   learning about the recommendations and the forward actions.  So

09:52AM 8   I don't actually have a view on your question.

09:52AM 9   BY MR. LEGER:

09:52AM 10  Q.   Let's get back to this, solutions.

09:52AM 11       Potential solutions were identified and categorized in

09:52AM 12  June, six months after we laid out the problem, hazard

09:52AM 13  identification training -- is that OE1?

09:52AM 14  A.   That's correct.

09:52AM 15  Q.   What is OE1?

09:52AM 16  A.   OE1 refers to operating essentials one, which is a

09:52AM 17  program -- it's a training program we have at MIT for

09:52AM 18  operations staff.

09:52AM 19  Q.   And it says, "...throughout 2009, and includes process

09:52AM 20  safety engineers in all sessions."  Correct?

09:52AM 21  A.   That's what it says.

09:52AM 22  Q.   Can you name the process safety engineers who were in

09:52AM 23  place in the context of your contractor drilling and drillings

09:52AM 24  and completions in connection with the *Deepwater Horizon* and

09:53AM 25  the *Marianas* when you were in charge in 2009?

8185

09:53AM 1    A.    I cannot name the names, no.

09:53AM 2    Q.    Do you -- can you tell us that there was a person in

09:53AM 3    charge of process safety in connection with the

09:53AM 4    *Deepwater Horizon* and the *Marianas* that worked for BP?

09:53AM 5    A.    I don't really -- I don't agree with the premise of the

09:53AM 6    question, and if I could answer and explain my point, is that

09:53AM 7    when I think about process safety, there are many people, there

09:53AM 8    is no one individual who is responsible for process safety.

09:53AM 9    There are many people involved in that.

09:53AM 10   Q.    You had, working for you in the Gulf of Mexico, people

09:53AM 11   called process safety engineers, correct?

09:53AM 12   A.    Yes.  That's correct, as specialists.

09:53AM 13   Q.    And the leading process safety engineer -- do you know a

09:53AM 14   woman by the name of Cheryl Grounds?

09:53AM 15   A.    Yes, I do.

09:53AM 16   Q.    You would not be astounded to hear that Cheryl Grounds

09:54AM 17   testified that she was in charge of process safety but wasn't

09:54AM 18   aware that anybody was in charge of process safety with respect

09:54AM 19   to the drilling aspect of the business; that wouldn't astound

09:54AM 20   you, would it?

09:54AM 21   A.    I don't know what Cheryl Grounds said.

09:54AM 22   Q.    So there are process safety engineers that worked for you,

09:54AM 23   right?

09:54AM 24   A.    Within the SPU we had process safety specialists, that's

09:54AM 25   correct.

09:54AM 1    Q.   But you can't name one that was involved in drilling and

09:54AM 2    completions on contractor vessels, correct?

09:54AM 3    A.   I don't recall a name, no.  It's a big organization.

09:54AM 4         MR. LEGER:  We could go through this for a while,

09:54AM 5    Judge, but I'm not going to.  We're going to wrap this up on

09:54AM 6    this one.

09:54AM 7    BY MR. LEGER:

09:54AM 8    Q.   And just down to solutions -- well, development and roll

09:54AM 9    out of process safety hazard checklists.  That's the solution

09:54AM 10   to these massive process safety hazards, right?  Develop a

09:54AM 11   checklist, right?

09:55AM 12   A.   It's one of the solutions.  I think the words it says,

09:55AM 13   "Solutions that can be implemented quickly."  So it was some

09:55AM 14   positive actions that I presume the team identified.

09:55AM 15   Q.   So a checklist is going to solve the problem, right?

09:55AM 16   A.   I don't -- that's your conclusion.  It wouldn't be my

09:55AM 17   conclusion.

09:55AM 18   Q.   But that's something you can do quickly.  You can do a

09:55AM 19   checklist, right?

09:55AM 20   A.   I can -- yeah, on here it says -- I would agree with it in

09:55AM 21   principle, that I think that would be, yeah, a constructive

09:55AM 22   action.

09:55AM 23   Q.   If the Court would allow us, we could do a checklist right

09:55AM 24   over on that pad right there, right now, that's how quick you

09:55AM 25   could do a checklist, right?  Is that correct?

09:55AM 1   A.   Well, you can.  But I don't know what quality it would

09:55AM 2   have, the checklist, if you did it that quickly.

09:55AM 3   Q.   We don't know the quality of any checklist that got done

09:55AM 4   by the second quarter either, do we?

09:55AM 5   A.   I cannot comment on that.  I mean, this is -- it's

09:55AM 6   actually a document I don't recall seeing at all.

09:56AM 7   Q.   And then we're going to do -- no.  No, you didn't recall

09:56AM 8   it.  But you directed that this be done.  You directed that

09:56AM 9   process safety programs, OMS implementation, be put in place,

09:56AM 10  and put Cindi Skelton in place, and what they did was, they did

09:56AM 11  a bunch of mumbo jumbo, right?

09:56AM 12  A.   That might be your opinion.  We identified it was a Gap.

09:56AM 13  We put in place a process safety improvement plan.

09:56AM 14       This is a document that wasn't actually copied to me.

09:56AM 15  It's the first time I've seen this document, so I don't know

09:56AM 16  what else -- there may be other documents around.

09:56AM 17       But I have seen the process safety improvement plan that

09:56AM 18  was put in place.  And that's what we -- monitored its

09:56AM 19  implementation through the quarterly HSE committee meetings.

09:56AM 20  Q.   Now, we could, again, go on for a while, but I'm going to

09:56AM 21  conclude with this one on this page.

09:56AM 22       Another one was:  "Hazard recognition training for the

09:56AM 23  rest of offshore staff in 2010.  Plan in place by third

09:57AM 24  quarter."  Right?

09:57AM 25  A.   That's what it says.

09:57AM  1    Q.    So one of the solutions that we developed to a process

09:57AM  2    safety problem in December of 2008 is to have hazard

09:57AM  3    recognition training two years later in 2010, right?

09:57AM  4    A.    This was a plan.  I don't recall the date.  I think you

09:57AM  5    said this was -- this was in June 2009, this piece of paper.

09:57AM  6    Q.    Yes, sir.

09:57AM  7    A.    Yeah.  So it was looking ahead to the following year in

09:57AM  8    terms of the forward plan.

09:57AM  9    Q.    The plan is we're going to -- our concept of OMS is --

09:57AM  10   making safety number one in the Gulf of Mexico is, we'll solve

09:57AM  11   it in 2010, right?

09:57AM  12   A.    That's not what this document says.

09:57AM  13   Q.    Now, let's -- one final thing on this page.

09:58AM  14        "Successes and recognition opportunities.  Findings during

09:58AM  15   visits reinforced major hazard awareness as a Gap."  Right?

09:58AM  16   That's what it says?

09:58AM  17   A.    That's what it says.

09:58AM  18   Q.    Page 2514.8, Gulf of Mexico closure status problem

09:58AM  19   statement.

09:58AM  20        "Annual plan objectives and performance contracts are set

09:58AM  21   without an integrated SPU activity plan laying out priorities

09:58AM  22   and sequencing activities," etcetera, etcetera.  "This causes

09:58AM  23   high priority objectives not to be completed, requests for

09:58AM  24   additional resources and work overload on employees."

09:58AM  25        Do you see that, sir?

09:58AM  1    A.    I do.

09:58AM  2    Q.    That was one of the problems recognized in December of

09:58AM  3    2008, correct?

09:58AM  4    A.    Yes.

09:58AM  5    Q.    That document we've looked at before.

09:58AM  6    A.    That's correct.  That was one of the OMS Gaps.

09:59AM  7    Q.    And the root causes identified here are, what?  The

09:59AM  8    solutions are what?  Status of action plans, what?

09:59AM  9    A.    I have not seen this document.  I don't know the status of

09:59AM 10    this document.

09:59AM 11    Q.    But you're looking at the document right now, right?

09:59AM 12    A.    But, as I said, I don't know the status of the document,

09:59AM 13    whether it's a draft or an incomplete document.

09:59AM 14    Q.    It's pretty incomplete; isn't it, sir?

09:59AM 15    A.    It looks like it.  It looks --

09:59AM 16    Q.    I'm sorry.

09:59AM 17    A.    It looks like it's a very early draft.

09:59AM 18    Q.    Very early draft, right?  Six months after the problem was

09:59AM 19    identified, correct?

09:59AM 20    A.    I don't know.  I have not seen this document before.

09:59AM 21    Q.    Next page, 2514.9.

09:59AM 22          "Unclear accountabilities exist between the line and

09:59AM 23    function and function to function causing inefficient and often

10:00AM 24    duplicate work and ineffective business decision-making."

10:00AM 25          Do you see that, sir?

10:00AM  1    A.    Yes.

10:00AM  2    Q.    Root causes, blank, correct?

10:00AM  3    A.    Yes, correct.

10:00AM  4    Q.    Everything on the page is blank, correct?

10:00AM  5    A.    Correct.

10:00AM  6    Q.    Next page, risk assessment and management.  Let's see if

10:00AM  7    this looks familiar to you.

10:00AM  8          "A significant number of risk assessments are carried out

10:00AM  9    by multiple groups in the SPU, which are not integrated or

10:00AM 10    planned, and the outcomes and mitigation plans are not linked

10:00AM 11    up or visible."

10:00AM 12          Do you see that, sir?

10:00AM 13    A.    I do.

10:00AM 14    Q.    Do you remember reading that in the document that you

10:00AM 15    signed off on in November or December of 2008?

10:00AM 16    A.    That's correct.

10:00AM 17    Q.    Significant number of risk assessments.  And here there is

10:00AM 18    an examination -- there is an answer under root causes,

10:01AM 19    correct, sir?

10:01AM 20    A.    There's some words there.  I can read it.  As I say, I've

10:01AM 21    not seen this document before.  If you would just let me have a

10:01AM 22    read.

10:01AM 23    Q.    But this is a BP document, right?

10:01AM 24    A.    Yes, it is a BP document.  I agree with that.

10:01AM 25    Q.    And you were the head guy under which this document was

10:01AM 1    formulated in connection with your orders to implement OMS,

10:01AM 2    correct, sir?

10:01AM 3    A.    It looks like an incomplete work in progress document to

10:01AM 4    me.

10:01AM 5    Q.    Sure does, doesn't it, sir?

10:01AM 6          And it says under root causes, "Data is being collected on

10:01AM 7    each of 35 to 40 risk assessments in August to determine

10:01AM 8    purpose and description of assessment, governing documents,

10:01AM 9    assessment roles and accountabilities, timing, results owner,

10:01AM 10   interface and the risk assessment process utilized."

10:01AM 11         Isn't that what it says?

10:01AM 12   A.    You've read it correctly.

10:01AM 13   Q.    And then it says, "After the data has been collected and

10:01AM 14   analyzed, the team will then identify root causes for the

10:02AM 15   problem."  Right, sir?

10:02AM 16   A.    That sounds logical.

10:02AM 17   Q.    And then it says, "Solutions, TBD."

10:02AM 18         Does that mean anything to you at BP?

10:02AM 19   A.    Yes.

10:02AM 20   Q.    What does TBD mean?

10:02AM 21   A.    To be decided.  And, I guess, it's as per the prior point,

10:02AM 22   which is until you've done the analysis, it would be premature

10:02AM 23   to come up with any solutions.

10:02AM 24   Q.    So this was such an important thing in November and

10:02AM 25   December that here in June we have determined we've got so many

10:02AM 1    risk analyses, 35 to 40, that we don't even know what they are

10:02AM 2    saying, right?

10:02AM 3    A.   What it's saying is we haven't done the analysis of the

10:02AM 4    work, and until we do the analysis, we can't get to the root

10:02AM 5    cause of the problem.

10:02AM 6    Q.   How long do you expect, with safety as your number one

10:02AM 7    priority, for the analysis of risk assessments and audits to be

10:02AM 8    done?  Six months?  A year?  More?

10:03AM 9    A.   To be able to answer that question, I would have to

10:03AM 10   understand the full totality of the work program.  I mean,

10:03AM 11   unless you see the work program, you can't really have a

10:03AM 12   judgment on the -- how long it should take.

10:03AM 13   Q.   You mean in the context of every dollar matters and safety

10:03AM 14   is number one, you didn't insist that this be solved

10:03AM 15   immediately, that people work overtime to attack process safety

10:03AM 16   problems and risk assessments?

10:03AM 17   A.   We had a Gap.  It was the priority Gap, and we put action

10:03AM 18   plans in place to progress those.

10:03AM 19   Q.   And the solution was to be announced -- I'm sorry -- to be

10:03AM 20   decided.  Not even announced, decided, right?

10:03AM 21   A.   Yes.  Because, as I've explained, that until you do the

10:03AM 22   analysis, you cannot come up with a solution.  It's basic

10:03AM 23   problem solving.

10:03AM 24   Q.   Now, sir, certainly after six months, these very

10:04AM 25   significant process safety problems should have been tackled,

10:04AM 1    right?

10:04AM 2    A.    I don't necessarily agree with that.

10:04AM 3    Q.    You don't think we should hurry up and attack process

10:04AM 4    safety problems?

10:04AM 5    A.    We need to and we did focus on it, and we need to address

10:04AM 6    it as quickly as we can.  But sometimes these various

10:04AM 7    activities, they do take time, and you want to do a proper job.

10:04AM 8    You want to get to the real analysis -- the root cause, as

10:04AM 9    you've been suggesting, and you need to put the right solutions

10:04AM 10   in place.

10:04AM 11   Q.    You need to let it marinate, right?

10:04AM 12   A.    No.  You need to do the work and get to the root cause and

10:04AM 13   come up with the right solution.

10:04AM 14   Q.    But you would like to think that the attack on the process

10:04AM 15   safety, the identified process safety problems, if you were

10:04AM 16   really, truly believing that safety is number one, will get

10:04AM 17   done in six months to a year, right?

10:04AM 18   A.    As I said, until you see the totality of the work program,

10:04AM 19   it's difficult to form a few view on -- what is a reasonable

10:05AM 20   amount of time to get the work done.

10:05AM 21   Q.    Did you need to hire more people to do this work?

10:05AM 22   A.    Well, if we did, nobody came to me and made that request

10:05AM 23   or suggest we need more people.

10:05AM 24   Q.    They were satisfied with waiting six months or a year to

10:05AM 25   answer these questions because nobody was making them do it

10:05AM 1    fast, right?

10:05AM 2    A.   We have to be -- the whole point of OMS is you've got to

10:05AM 3    be systematic and organized and disciplined in how you approach

10:05AM 4    things.  We do the Gap Assessment.  We come up with the

10:05AM 5    priorities.  We work the priorities.  We update the

10:05AM 6    Gap Assessment in 2009.  And we continue on.  That is what OMS

10:05AM 7    and the performance improvement --

10:05AM 8    Q.   We write something.  We fill in the blanks.  We write

10:05AM 9    something more.  We fill in more blanks.  Right?

10:05AM 10   A.   I think, as you pulled out before, we said this is a

10:05AM 11   marathon and not a sprint.  We wanted to do a quality job, a

10:05AM 12   quality job in making sure we get to the root cause, put in

10:06AM 13   place systemic solutions.

10:06AM 14   Q.   Absolutely.  No matter how serious the process safety

10:06AM 15   incident is, we're going to just take our time.  We're not

10:06AM 16   going to sprint to solve it.  Right?

10:06AM 17   A.   I didn't say that.  I didn't say we would take our time.

10:06AM 18   I said it was a priority.  Priorities get the right resource,

10:06AM 19   they get the right attention.  That's what we did.

10:06AM 20   Q.   Now, Exhibit 2919, this is a process safety planning

10:06AM 21   PowerPoint or outline dated January 12th of 2010.  And I ask

10:06AM 22   that we go to 2919.7.

10:06AM 23       And just ask you to take a look at this, and ask if this

10:06AM 24   looks familiar to you?  Eleven, 12 -- I'm sorry, 12, 14 months

10:07AM 25   later than under your signature it was identified still listed

10:07AM 1   as problem, right, sir?

10:07AM 2   A.   This is a document I have no knowledge of.  I've not seen

10:07AM 3   this document.  I noted it was in January, a couple months

10:07AM 4   after I left.

10:07AM 5   Q.   Absolutely.  But you recognize this language here, right,

10:07AM 6   "as we have started to more deeply investigate"?

10:07AM 7   A.   That's --

10:07AM 8   Q.   Correct?

10:07AM 9   A.   Yes, we've just looked at that in the prior documents.

10:07AM 10  Q.   In the document that you signed off on in November or

10:07AM 11  December of 2008, it's still here in BP's process safety major

10:07AM 12  hazard awareness plan, correct, 14 months later?

10:07AM 13  A.   That's correct.

10:07AM 14  Q.   Not solved, correct?

10:07AM 15  A.   I can't comment whether it was solved, but I can agree

10:07AM 16  it's a problem statement that's on that slide.

10:07AM 17  Q.   2919.17.

10:08AM 18       I'm going to ask you to look at this problem statement.

10:08AM 19  By the way, does that look familiar to you?  Have you ever seen

10:08AM 20  one of those squares, a risk assessment in management matrix?

10:08AM 21  A.   Yes, I have.

10:08AM 22  Q.   You're familiar with risk assessment management matrices,

10:08AM 23  correct?

10:08AM 24  A.   Yes, I am.

10:08AM 25  Q.   Now, the problem statement here is:  "A significant number

10:08AM 1    of risk assessments are carried out."

10:08AM 2        Does that look familiar to you?

10:08AM 3    A.   Yes.  It's the same statements, I believe, we've just

10:08AM 4    looked at.

10:08AM 5    Q.   The same statement as 14 months ago, right?

10:08AM 6    A.   That looks correct.

10:08AM 7    Q.   And it describes the problem as:  "Multiple risks matrices

10:08AM 8    are used resulting in an inefficient process to feed up to the

10:09AM 9    risk register submitted to London.  Major hazard risk

10:09AM 10   assessments are not seen as a high priority with assets and

10:09AM 11   many are unfamiliar with SPU requirements."

10:09AM 12       Do you see that, sir?

10:09AM 13   A.   I can see that.

10:09AM 14   Q.   That's not a good thing 14 months later, is it, sir?

10:09AM 15   A.   As I've said, I've not seen this document, so I don't know

10:09AM 16   the circumstances of -- behind this document being put

10:09AM 17   together, so I can't really comment.

10:09AM 18   Q.   May we see 6025G, please.  The next page, 6025G.2.

10:09AM 19       Have you ever seen one of these matrices?

10:10AM 20   A.   Yes, I have.

10:10AM 21   Q.   Now -- and you understand how it works, right?  As you go

10:10AM 22   to the right, the higher the Gap risk to the business, correct?

10:10AM 23   A.   That's correct.

10:10AM 24   Q.   And as you go higher, the higher importance it is,

10:10AM 25   correct?

10:10AM  1     A.    That's correct.

10:10AM  2     Q.    Next page, please.

10:10AM  3           And the way this works is, in your analysis -- and you

10:10AM  4     don't do this analysis, but the process safety experts do this;

10:10AM  5     is that correct?

10:10AM  6     A.    Yeah, the people who are doing the Gap Assessment, the

10:10AM  7     various teams would use this common tool to categorize the

10:10AM  8     Gaps.

10:10AM  9     Q.    And if you take procedures and practices and move them

10:10AM 10     over here, that's really high risk and high importance, right,

10:10AM 11     in this corner?

10:10AM 12     A.    That's correct.

10:10AM 13     Q.    If you take process safety, A, B, C, D, that's pretty high

10:11AM 14     risk, high importance, correct?

10:11AM 15     A.    I don't see that on this.

10:11AM 16     Q.    I'm sorry.  Process safety, right here, 3.3, the purple.

10:11AM 17     That's what these colors are about, right?

10:11AM 18     A.    Okay.  I'll have to take your word for it.  I'm

10:11AM 19     color-blind.  I can't see.  I'll take your word for it.

10:11AM 20     Q.    I'm sure counsel for BP will correct me if I mislead you.

10:11AM 21     That's certainly not my intent.

10:11AM 22           In any event, you understand the principles in how it's

10:11AM 23     supposed to work, correct?

10:11AM 24     A.    Yes.

10:11AM 25     Q.    And this is supposed to illustrate to you, leadership and

10:11AM 1    to others, what the Gaps are, correct?

10:11AM 2    A.    That's correct.

10:11AM 3    Q.    So when we look at things, anything in these colors and

10:11AM 4    these letters -- there is another page.  Next page, please,

10:11AM 5    which would be .4, I guess.  .3?

10:12AM 6          Just as an example, if we find all of the -- and if you

10:12AM 7    will take my word for it, I'll tell you, these are light blue,

10:12AM 8    under 4.1, procedures and practices.

10:12AM 9          If we find any of these in that right-hand corner, that

10:12AM 10   means it's high risk and high importance, right?

10:12AM 11   A.    That's correct.

10:12AM 12   Q.    If we find lack of procedure, review and development,

10:12AM 13   that's really high risk, high importance, right?

10:12AM 14   A.    That's correct.

10:12AM 15   Q.    If we find no formal process for verifying the use of

10:12AM 16   procedures in the field, lack of culture to use procedures in

10:12AM 17   the Gulf of Mexico, that's not good, right?

10:12AM 18         And all of them -- in fact, if you to go the previous

10:12AM 19   page, I'll represent to you A through G, A through G -- and go

10:13AM 20   back now -- A through G are all in that right-hand corner, high

10:13AM 21   risk, high importance, correct?

10:13AM 22   A.    I can see that.

10:13AM 23   Q.    Now, we also have A, B, C, and D are process safety --

10:13AM 24         Next page, please.  Up in the right-hand corner.

10:13AM 25         -- correct?  I'm going to represent to you --

10:13AM 1    A.    Yeah.

10:13AM 2    Q.    -- those are purple.

10:13AM 3    A.    I can see that.

10:13AM 4    Q.    Next page, please.

10:13AM 5          Next page, I think, would be .6.

10:13AM 6          Next page, looking for purple.

10:13AM 7          Process safety.  Lack of information to provide predictive

10:14AM 8    indication of process safety issues.

10:14AM 9          Lack of clear subsea ops risk management.  That's over in

10:14AM 10   that high risk, high right-hand corner.  That's bad, right, in

10:14AM 11   terms of process safety?

10:14AM 12   A.    It's a gap, yes.

10:14AM 13   Q.    It's a gap.

10:14AM 14         Activities associated with hydrocarbon risks are not

10:14AM 15   totally understood by offshore staff and engineering.  That's a

10:14AM 16   gap, correct?

10:14AM 17   A.    That's what it says, yes.

10:14AM 18   Q.    By the way, this is not done by lawyers or expert

10:14AM 19   witnesses hired to testify in a case; this is done by people

10:14AM 20   working for BP before this massive explosion, correct?

10:14AM 21   A.    Yeah, this -- I understand this was the Gap Assessment

10:14AM 22   that was done -- again, it's after I left the business, so I'm

10:14AM 23   not really in a position to make any comment.

10:14AM 24   Q.    You had to be concerned.  You were.  Because of your

10:15AM 25   interest in process safety and personal safety, you had to be

10:15AM 1    concerned, not only with the fact that you had gaps in your

10:15AM 2    company, but you were concerned that Transocean's safety

10:15AM 3    culture wasn't up to par as well; isn't that correct, sir?

10:15AM 4    A.    No.

10:15AM 5    Q.    You were comfortable with Transocean's safety culture; is

10:15AM 6    that correct?

10:15AM 7    A.    I wouldn't say I was comfortable or uncomfortable.  I

10:15AM 8    mean, clearly, the incidents that we'd investigated and we had

10:15AM 9    some sort of concerns and we were addressing those.

10:15AM 10   Q.    You did have incidents that you investigated, correct?

10:15AM 11   A.    Yeah, which is part of what we do.

10:15AM 12         We want to understand what happens on incidents and make

10:15AM 13   sure we put the right sort of actions in place.

10:15AM 14   Q.    In fact, let me ask you --

10:15AM 15         MR. LEGER:  Your Honor, I'm going to be another 15 to

10:15AM 16   20 minutes, maybe, if we keep going.

10:16AM 17         THE COURT:  If I take a break now, could you shorten

10:16AM 18   it?  Sometimes that's worked here.

10:16AM 19         MR. LEGER:  Like Mr. Regan the other, I could promise

10:16AM 20   you that, Judge, but --

10:16AM 21         THE COURT:  Let's take a 15-minute recess.

10:16AM 22         THE DEPUTY CLERK:  All rise.

10:16AM 23         (WHEREUPON, at 10:16 a.m., the Court took a recess.)

10:38AM 24         THE DEPUTY CLERK:  All rise.

10:38AM 25         THE COURT:  Please be seated, everyone.

```
10:38AM   1          MR. MILLER:  Your Honor, Kerry Miller for Transocean.

10:38AM   2          Mr. Leger let me interrupt him to deal with a

10:38AM   3   housekeeping matter.

10:38AM   4          Last night, BP sent an e-mail out indicating

10:38AM   5   that Mr. Azar -- you talked about him this morning -- had come

10:38AM   6   down with a sickness; and, as a result, they were going to

10:39AM   7   juggle the witness lineup.

10:39AM   8          We have been talking to Mr. Brock about that.

10:39AM   9   I think BP's plan today is after Mr. Shaw is done to call

10:39AM  10   Mr. Lambert, Mr. Lirette, and Mr. Lewis as the next three

10:39AM  11   witnesses.  I'm not quite sure I've got the order right, but

10:39AM  12   those are the next three after Mr. Shaw.

10:39AM  13          What BP wanted to do, in light of Mr. Azar's

10:39AM  14   illness, was to put Mr. Zatarain next, which was a substantial

10:39AM  15   move up.  Mr. Zatarain was supposed to be on deck for next

10:39AM  16   week.

10:39AM  17          He is a BOP witness, so his issue is

10:39AM  18   Transocean, to a large degree.

10:39AM  19          I think what I worked out with Mr. Brock is --

10:39AM  20   and this may all be moot -- but if Mr. Lambert, Mr. Lewis, and

10:39AM  21   Mr. Lirette are all completed this afternoon, that BP would do

10:39AM  22   its direct of Mr. Zatarain, to allow Mr. Azar to recover from

10:39AM  23   the flu, or whatever he has, but then there would be no

10:39AM  24   cross-examinations of Mr. Zatarain today.  That would occur

10:40AM  25   tomorrow.
```

10:40AM 1          But I think BP had an issue that if, in fact,

10:40AM 2    Mr. Zatarain starts today but is not completed until tomorrow

10:40AM 3    due to the cross-examinations occurring tomorrow, that they

10:40AM 4    would like to put Mr. Azar on the stand tomorrow morning -- I

10:40AM 5    think he's got a conflict -- so he can get home.

10:40AM 6          We're fine with that, if the others and the

10:40AM 7    Court are fine with that.  We're just trying to fill the space,

10:40AM 8    and I think everybody is counting down the days.

10:40AM 9          THE COURT:  Counting down the days.

10:40AM 10         MR. MILLER:  But, at the same time, not being

10:40AM 11   prejudiced by changes in witness lineup.  We understand those

10:40AM 12   things happen.  People get ill.

10:40AM 13         THE COURT:  Sounds like a good plan.

10:40AM 14         MR. MILLER:  Thank you, Judge.

10:40AM 15         THE COURT:  Mr. Leger.

10:40AM 16         MR. LEGER:  Judge, at your direction, I will not count

10:40AM 17   down the days, but, rather, allow Your Honor to count down the

10:40AM 18   minutes, I hope.

10:40AM 19         BY MR. LEGER:

10:40AM 20   Q.   Just a few things.

10:40AM 21         First of all, demonstrative D-477, please.

10:41AM 22         While we're doing that, Mr. Shaw, HSSE, at the time that

10:41AM 23   you were running things in the Gulf of Mexico, covered both

10:41AM 24   personal and process safety, correct?

10:41AM 25   A.   That's correct.

10:41AM  1    Q.   Isn't it true that before and after the reorganization,

10:41AM  2    this reorganization, these lines going all over the place --

10:41AM  3    moving everyone out, I guess, that was the safety and technical

10:41AM  4    directorate into other places -- even after that,

10:41AM  5    Curtis Jackson was the director of HSSE for the entire

10:41AM  6    Gulf of Mexico SPU; isn't that correct?

10:41AM  7    A.   Yeah, nothing changed through this -- as far as Curtis was

10:41AM  8    concerned, through this reorganization.

10:41AM  9    Q.   In fact, he got moved over here; but, he was pretty much

10:41AM 10    responsible for HSSE, correct?

10:41AM 11    A.   He had an overall functional role on HSSE, but, you know,

10:42AM 12    the line ultimately is accountable for safety.

10:42AM 13    Q.   You worked with him directly at times, correct?

10:42AM 14    A.   I did.

10:42AM 15    Q.   You trusted that Mr. Jackson would do what you told him to

10:42AM 16    do, correct?

10:42AM 17    A.   He -- yeah, he was a good HSSE director.  That's right.

10:42AM 18    Q.   Now, let me ask you, as we had talked about before, you

10:42AM 19    were concerned about safety issues of all your people and

10:42AM 20    anything you had responsibility for, correct?

10:42AM 21    A.   Yes.

10:42AM 22    Q.   You expressed a concern.

10:42AM 23         If we may see TREX-05679.

10:42AM 24         You knew -- who is Barbara -- is it Yilmaz?

10:43AM 25    A.   Yes.  Barbara was technology vice-president for drilling

10:43AM 1    completions, essentially like the corporate functional leader

10:43AM 2    for drilling.

10:43AM 3    Q.   Was she kind of in the chain of command above you?

10:43AM 4    A.   No.

10:43AM 5    Q.   Below you?

10:43AM 6    A.   No.

10:43AM 7    Q.   Equal to you?

10:43AM 8    A.   Yeah.

10:43AM 9    Q.   Somewhere on a parallel point?

10:43AM 10   A.   She was a peer.

10:43AM 11   Q.   So when you had -- actually, DAWFC stands for what?

10:43AM 12   A.   That stands for a days away from work case.  It's a safety

10:43AM 13   incident.

10:43AM 14   Q.   So, obviously, you recall this general e-mail chain?

10:43AM 15   A.   I'd have to see the full -- to do my full recollection.

10:43AM 16   It's quite a long time ago.

10:43AM 17   Q.   If we'll go to 5679.2, we'll get to the earlier e-mail.

10:44AM 18        That is an e-mail from you to Gordon Birrell.

10:44AM 19        Who is Gordon Birrell?

10:44AM 20   A.   I believe, at the time, Gordon was Chief of Staff to

10:44AM 21   Andy Inglis.

10:44AM 22   Q.   Do you recall that there had been an incident on the

10:44AM 23   *Marianas* rig shortly before this, and you were -- all of you

10:44AM 24   were anxious to get it resolved?

10:44AM 25   A.   Yes.

10:44AM 1    Q.   Basically, what you were saying is, we will be having a

10:44AM 2    fuller review of our SPU LT -- that's the Leadership Team,

10:44AM 3    right?

10:44AM 4    A.   That's correct.

10:44AM 5    Q.   -- on Wednesday to make sure we have captured the root

10:44AM 6    causes and we have the right plan forward, correct?

10:44AM 7    A.   That is correct.

10:44AM 8    Q.   And you wanted to establish, basically, a safety

10:44AM 9    improvement relationship with Transocean, correct?

10:44AM 10   A.   That's correct, yes.

10:44AM 11   Q.   Now, back to page 1, please, of 5679.

10:45AM 12       Now, there is another e-mail here from January 22nd of

10:45AM 13   2008, where you're saying -- you say:  "Given the breakdown in

10:45AM 14   safety and operational performance we have seen on the *Marianas*

10:45AM 15   in recent weeks, we need to act."  Correct?

10:45AM 16   A.   That's correct.

10:45AM 17   Q.   The *Marianas* was a MODU owned by Transocean that was doing

10:45AM 18   work for BP, correct?

10:45AM 19   A.   Correct.

10:45AM 20   Q.   You suggested:  "I agree that we need to put in place a

10:45AM 21   plan that is owned by both BP and Transocean, but now is not

10:45AM 22   the time for working the perfect plan."  Correct?

10:45AM 23   A.   That's correct.

10:45AM 24   Q.   At the next paragraph, you say:  "On investigation leads,

10:45AM 25   I see we need to stick with the protocol we have BP lead, but

10:45AM 1    we also need an active lead from the contractor.  We cannot

10:45AM 2    leave the contractors to do the investigation."  Correct?

10:46AM 3    A.   That's what it says.

10:46AM 4    Q.   Not only does it say that, that's what you wrote back

10:46AM 5    then, correct?

10:46AM 6    A.   That's correct.

10:46AM 7    Q.   That was your belief, and you believe that today, correct?

10:46AM 8    A.   Yes.

10:46AM 9    Q.   You went on to say:  "It's important that we lead from the

10:46AM 10   front on this."

10:46AM 11        What do you mean by leading from the front?

10:46AM 12   A.   I wanted us to be active in the investigation.

10:46AM 13   Q.   You believed that you -- not just active, that you should

10:46AM 14   be the front, correct?

10:46AM 15   A.   Well, I said I wanted a BP lead involved, and I wanted a

10:46AM 16   Transocean lead involved.  We would do it jointly, because I

10:46AM 17   think you get best value from those incident investigations.

10:46AM 18        But my message here is I wanted us to be active in that.

10:46AM 19   I didn't want us to just leave it to the contractor.  We cared

10:46AM 20   about safety.  I wanted us to be involved in it.

10:46AM 21   Q.   You said:  "We can no leave the contractors to do the

10:46AM 22   investigation."  You wanted to be engaged, right?

10:46AM 23   A.   Exactly.

10:46AM 24   Q.   But you didn't mind if they were side by side with you

10:47AM 25   doing the investigation, right?

10:47AM 1    A.   I saw advantages of working together.

10:47AM 2    Q.   You wanted to have a quality investigation to get to the

10:47AM 3    root cause, correct?

10:47AM 4    A.   Correct.

10:47AM 5    Q.   That was your point.  You thought -- in fact, you said, "I

10:47AM 6    looked at the quality reviews recently done by" -- Hohle?

10:47AM 7    A.   Hohle.  This is Jeff Hohle and John Sprague.

10:47AM 8    Q.   -- "and John Sprague" --

10:47AM 9    A.   Uh-huh.

10:47AM 10    Q.   -- "and would be concerned that contractors alone would

10:47AM 11    not get to the root causes," right?

10:47AM 12    A.   That's correct.

10:47AM 13    Q.   You thought getting to the root causes were really

10:47AM 14    important, right?

10:47AM 15    A.   Exactly.

10:47AM 16    Q.   Even in a simple injury such as this one, correct?

10:47AM 17    A.   Yes.

10:47AM 18    Q.   You didn't believe -- you didn't trust that Transocean

10:47AM 19    would get to the root cause, correct?

10:47AM 20    A.   I wanted to be sure that BP would provide its input and

10:47AM 21    its expertise to make sure that, working together with

10:47AM 22    Transocean, we got to a quality investigation outcome.

10:48AM 23    Q.   Now, in that context, you didn't really just leave it up

10:48AM 24    to your staff.  You didn't just leave it up to Transocean.  In

10:48AM 25    fact, just a few months later, in May of 2008, BP and

8208

10:48AM 1   Transocean held a global leadership discussion, correct?  Do
10:48AM 2   you remember that?
10:48AM 3   A.   I don't recall it.
10:48AM 4   Q.   Let's see TREX-2190.01.  Global leadership discussion
10:48AM 5   involving BP and Transocean drilling operations, May 19th of
10:48AM 6   2008, correct?
10:48AM 7   A.   Yeah.  But, see, it looks like it was to do with
10:48AM 8   Azerbaijan and Egypt, so I wouldn't have expected to have any
10:48AM 9   knowledge of this.
10:48AM 10  Q.   I mean, the Gulf of Mexico is part of the globe, right?
10:49AM 11  A.   Yes.
10:49AM 12  Q.   You would expect there would be a global leadership
10:49AM 13  discussion with one of your biggest contractors, but the
10:49AM 14  Gulf of Mexico wouldn't be involved?
10:49AM 15  A.   As I say, I have not seen this document, but my
10:49AM 16  interpretation based on what's on there, this, to me, looks
10:49AM 17  like a meeting between BP and Transocean in Houston to discuss
10:49AM 18  Azerbaijan and Egypt.
10:49AM 19  Q.   So you think everybody came from Azerbaijan and Egypt to
10:49AM 20  Houston to talk about Azerbaijan and Egypt, right?
10:49AM 21  A.   I don't know the circumstances of the meeting and who
10:49AM 22  attended, but I know that Barbara Yilmaz was based in Houston,
10:49AM 23  and Barbara used to lead those global discussions.
10:49AM 24       A lot of Transocean's leadership were based in Houston, as
10:49AM 25  well.

10:49AM  1    Q.    Wouldn't have left out the Gulf of Mexico, right?

10:49AM  2    A.    Quite possibly, if the subject matter was about around

10:49AM  3    Azerbaijan and Egypt.

10:49AM  4    Q.    This little thing over here, does that indicate to you

10:49AM  5    that this was a document generated by BP?

10:49AM  6    A.    Yes.

10:50AM  7    Q.    Next page, 2990.2.

10:50AM  8          Global discussion overview.  Introductions from Houston.

10:50AM  9    Barbara Yilmaz, BP Technical Vice-President of Drilling and

10:50AM 10    Completions, correct?

10:50AM 11    A.    That's correct.

10:50AM 12    Q.    Just told us who she was.

10:50AM 13          Bob Saltiel [verbatim], did you know him?

10:50AM 14    A.    Yes, I met Rob [verbatim] on a number of occasions,

10:50AM 15    actually.

10:50AM 16    Q.    You had some interaction with him, in fact, correct?

10:50AM 17    A.    I did.

10:50AM 18    Q.    Were you involved with him in negotiations for the

10:50AM 19    extension of the *Deepwater Horizon* contract?

10:50AM 20    A.    Not directly on the negotiation, but we did meet around

10:50AM 21    that sort of time frame.  I believe we did talk about it in

10:50AM 22    general terms.

10:50AM 23    Q.    You've met Steve Newman, Transocean's President and COO,

10:50AM 24    correct?

10:50AM 25    A.    No, I've never met Steven.

10:50AM 1    Q.    How about Larry McMahan, Transocean's Vice-President of

10:50AM 2    Performance?

10:50AM 3    A.    I don't recall meeting that gentleman.

10:50AM 4    Q.    Certainly, you know Kevin Lacy, your champion of safety,

10:50AM 5    the BP Vice-President of Drilling and Completions for the

10:50AM 6    Gulf of Mexico, correct?

10:51AM 7    A.    Kevin was the Vice-President of Drilling and Completions,

10:51AM 8    that's correct.

10:51AM 9    Q.    So this would suggest to you now, perhaps, that maybe the

10:51AM 10   Gulf of Mexico was involved in these global discussions, right?

10:51AM 11   A.    Not exactly, because I think, just a bit of background,

10:51AM 12   prior to Kevin joining the Gulf of Mexico, he worked for

10:51AM 13   Barbara as the overall head of discipline for drilling.

10:51AM 14         As part of that, he had a relationship management role

10:51AM 15   with all of the big global contractors.

10:51AM 16         You might need to remind me on the date, but it may just

10:51AM 17   be this was from a continuity of relationship that Kevin had

10:51AM 18   prior, that he was invited to these sort of meetings.

10:51AM 19   Q.    I will, as a courtesy, remind you, this is May 19th of

10:51AM 20   2008, on Page 1.

10:51AM 21   A.    So Kevin had been in the role only for about three or four

10:51AM 22   months, so this may have been a little bit of transition from

10:51AM 23   his old role to his new role.

10:51AM 24   Q.    Now, let's go to 2190.3, where there is an indication of

10:52AM 25   discussion agenda.

10:52AM 1        One of the topics is BP and Transocean, significance of

10:52AM 2    the relationship, correct?

10:52AM 3    A.    That's what it says.

10:52AM 4    Q.    Discussion of 2007 safety performance, correct?

10:52AM 5        MS. KARIS:  Your Honor, I'm going to object to

10:52AM 6    foundation with respect to this document.  Mr. Shaw has

10:52AM 7    testified he has never seen it previously, and the cover of the

10:52AM 8    document, as the witness indicated, suggests it deals with

10:52AM 9    Azerbaijan and Egypt.

10:52AM 10        THE COURT:  I sustain the objection.

10:52AM 11        MR. LEGER:  Your Honor, if I may go to the next page.

10:52AM 12        THE COURT:  Well, I just sustained the objection.  It's

10:52AM 13   the same document.

10:52AM 14        MR. LEGER:  If I may, Judge, I think this will clarify.

10:52AM 15   There was discussion of the Gulf of Mexico.

10:52AM 16        MS. KARIS:  It doesn't give this witness foundation for

10:52AM 17   the document.  The mere fact that they are discussing --

10:52AM 18        THE COURT:  I'll sustain the objection.

10:52AM 19        MS. KARIS:  Thank you, Your Honor.

10:52AM 20        BY MR. LEGER:

10:53AM 21   Q.    Would you be surprised to learn that in connection -- in

10:53AM 22   2008, BP was involved in 17 rigs worldwide with Transocean?

10:53AM 23   A.    I didn't know the exact number.  I didn't have a picture

10:53AM 24   of the overall global portfolio.

10:53AM 25   Q.    That the relationship was such that there -- would you be

10:53AM 1    surprised to know that the relationship was such that there

10:53AM 2    were 2,500 people working for Transocean that were involved in

10:53AM 3    contracts with BP?

10:53AM 4    A.    No, I wouldn't know that.

10:53AM 5    Q.    You would agree, in the context of your discussions and

10:53AM 6    your relationship with Transocean, that there was a

10:53AM 7    determination that Transocean would lead the leadership team on

10:53AM 8    the rigs, correct?

10:53AM 9    A.    Correct.

10:53AM 10   Q.    You also would agree that BP and Transocean agreed to do

10:53AM 11   follow-up and closure on significant events where lessons are

10:54AM 12   shared, correct?

10:54AM 13   A.    Yes.  There is value in that.

10:54AM 14   Q.    Big part of your relationship with Transocean, correct?

10:54AM 15         Exhibit number 5650.

10:54AM 16         What that meant was when there were lessons to be learned

10:54AM 17   you wanted to able to communicate with them with respect to

10:54AM 18   things that happened even not on BP rigs.

10:54AM 19         Here, we have an investigation in a March 2009 event,

10:54AM 20   where Transocean outlines an event called the MGU junior well

10:54AM 21   control incident riser unloading, and stamps on it not to be

10:54AM 22   released to client.  Correct?

10:54AM 23   A.    That's what it says.  I've not seen this document.

10:54AM 24   Q.    You would be upset if they had a riser loading incident

10:54AM 25   and didn't tell you about it and didn't give a report to you

10:54AM 1    about it and didn't get you involved in lessons learned; isn't

10:54AM 2    that correct?

10:54AM 3              MR. MILLER:  Objection, lack of foundation, Your Honor.

10:55AM 4              THE COURT:  Overruled.

10:55AM 5                   Can you answer that?

10:55AM 6              THE WITNESS:  I would expect that, through the

10:55AM 7    conversations we'd have with Transocean, that if there were

10:55AM 8    significant lessons they'd learned in other parts of their

10:55AM 9    global portfolio which were relevant to our activities in the

10:55AM 10   Gulf of Mexico, I would expect them to raise that with us.

10:55AM 11             BY MR. LEGER:

10:55AM 12   Q.   In fact, that's another fundamental concept or rudimentary

10:55AM 13   concept of process safety, correct?

10:55AM 14   A.   I'm sorry, I don't understand your question.

10:55AM 15   Q.   Let's take a step back.  Do you know what a riser

10:55AM 16   unloading event is?

10:55AM 17   A.   No, not in technical detail.

10:55AM 18   Q.   Let's assume -- let me ask you this:  You know what a loss

10:55AM 19   of well control event is --

10:55AM 20   A.   Sure.

10:55AM 21   Q.   -- correct?

10:55AM 22   A.   Sure.

10:55AM 23   Q.   You would want Transocean to communicate to you lessons

10:55AM 24   learned and the facts that they learned about an incident

10:56AM 25   involving a loss of well control, whether it was working for BP

10:56AM  1    or someone else, correct?

10:56AM  2    A.    I can see value in that, yes.

10:56AM  3    Q.    I mean, that's a good thing in terms of process safety,

10:56AM  4    correct?

10:56AM  5    A.    It is, yes.

10:56AM  6    Q.    Lessons learned are important, correct?

10:56AM  7    A.    Yes.  As an industry, we always work together, and we want

10:56AM  8    to learn together.

10:56AM  9    Q.    That's something, in fact, you required in terms of your

10:56AM 10    relationship with Transocean and their contractors,

10:56AM 11    communications in terms of lessons learned, correct?

10:56AM 12    A.    Yeah.  Through the many discussions we had with our

10:56AM 13    suppliers and contractors, we always talked about safety, and

10:56AM 14    it was an opportunity for both parties to share important

10:56AM 15    lessons.

10:56AM 16    Q.    Both ways, correct?

10:56AM 17    A.    Both ways.

10:56AM 18    Q.    In fact, you would believe that -- you believed that it

10:56AM 19    would be important for BP to tell Transocean, when you have

10:56AM 20    designed, drilled and operated a well from a Transocean vessel,

10:56AM 21    that you would require your people to let Transocean know if

10:57AM 22    you have safety problems, correct?

10:57AM 23    A.    Well, I think the issue in any two-way discussion like

10:57AM 24    that is it's -- you know -- you need to decide whether it's of

10:57AM 25    value to share it with the other party.

10:57AM 1        So I don't think it would be a set rule; but, if there was

10:57AM 2    a meeting with the two companies coming together, and we

10:57AM 3    thought there was something of value to Transocean sharing

10:57AM 4    lessons around an incident, we would do that.  I would expect

10:57AM 5    Transocean to do the same.  But --

10:57AM 6    Q.    You talked earlier about -- I'm sorry -- about --

10:57AM 7    A.    I think it would be for them to decide, though, whether

10:57AM 8    they believed it was relevant to us.

10:57AM 9    Q.    You talked earlier about the observation of leading

10:57AM 10    indicators and lagging indicators as a potential for causing a

10:57AM 11    high potential incident, correct?

10:57AM 12    A.    I did say that we were tracking both leading and lagging.

10:57AM 13    It was a source of information for us to understand our overall

10:57AM 14    process safety performance.

10:57AM 15    Q.    In the context of a well like Macondo, basically what

10:57AM 16    happened is your engineers, your staff, your geologists, your

10:57AM 17    petrophysicists designed the well, made application to the MMS,

10:58AM 18    and then turned, actually, the physical work of drilling over

10:58AM 19    to Transocean on the *Marianas* originally in connection with

10:58AM 20    Macondo, right?

10:58AM 21    A.    Yes, that's the work flow.

10:58AM 22    Q.    That's generally the way it works, in very short, simple

10:58AM 23    terms, right?

10:58AM 24    A.    Uh-huh.

10:58AM 25    Q.    But, however, the *Deepwater Horizon* came onto the site in

10:58AM 1   2010 because of damage to the *Marianas* from a hurricane, right?

10:58AM 2   A.    That's correct.

10:58AM 3   Q.    Both vessels owned by Transocean, correct?

10:58AM 4   A.    Yes.

10:58AM 5   Q.    You would expect, you would require, you would want, in

10:58AM 6   the context of process safety and high potential incidents,

10:58AM 7   that your people, your drilling engineers, your

10:58AM 8   petrophysicists, your geologists, advise Transocean of

10:58AM 9   incidents of lessons learned and advise them of particular

10:58AM 10   hazards they are aware of in the drilling of a well like

10:58AM 11   Macondo, correct?

10:58AM 12   A.    Yeah, that would be clear from this is the design, the

10:58AM 13   engineering of the well, the execution of the well.  Their role

10:58AM 14   in terms of implementing that execution plan, they need to

10:59AM 15   understand those issues.

10:59AM 16   Q.    You know that in Houston you had -- in connection with the

10:59AM 17   Macondo well and a vessel like the *Deepwater Horizon*, you had

10:59AM 18   realtime observation of what was going on down in the well,

10:59AM 19   correct?

10:59AM 20   A.    In principle, yes.  I don't know the detail of what was

10:59AM 21   realtime and where it was available.

10:59AM 22   Q.    You know there's all kind of little graphs and little

10:59AM 23   lines that go up and down on the screen that somebody

10:59AM 24   understands, right?

10:59AM 25   A.    Yes.  It's important information for people to analyze and

10:59AM 1    understand the trends.

10:59AM 2    Q.   That can be transmitted back to Houston, correct?

10:59AM 3    A.   I think it's possible.  I don't know whether it was or

10:59AM 4    not.

10:59AM 5    Q.   That's up to the drilling people, correct?  Correct?

10:59AM 6    A.   As I say, I don't know.  I don't know what was in place.

10:59AM 7    Q.   Now, in connection with --

10:59AM 8         Let's take a look at TREX-05680.

11:00AM 9         Do you remember a safety incident in May of -- I'm sorry,

11:00AM 10   a little bit earlier than May of 2009, in which you received an

11:00AM 11   e-mail from Paul McIntyre?

11:00AM 12   A.   Yes, I remember this.

11:00AM 13   Q.   You remember this.

11:00AM 14        He said this to Kevin Lacy, his boss, and to you, correct?

11:00AM 15   A.   No.  Paul was the vice-president of HR.  He worked

11:00AM 16   directly for me.  He didn't work for Kevin.

11:00AM 17   Q.   HR means human resources, right?

11:00AM 18   A.   Human resources, yes.

11:00AM 19   Q.   He actually wrote in response to an e-mail down below from

11:00AM 20   Kevin Lacy, correct?

11:00AM 21   A.   Yes.  I'd need to just remind myself what Kevin's e-mail

11:00AM 22   was.

11:00AM 23   Q.   What he says is:  "With regard to the other small TO

11:00AM 24   incidents, and speaking for myself, I am concerned that TO's

11:00AM 25   small incidents are building to something big per the classical

8218

11:01AM 1    safety incidents triangle."  Is that what he wrote?

11:01AM 2    A.    That's what it says.

11:01AM 3    Q.    You read that when you received that e-mail, correct?

11:01AM 4    A.    I did.

11:01AM 5    Q.    He said, apparently, to Kevin, "I know you are on them."

11:01AM 6    Correct?

11:01AM 7    A.    That's what it says.

11:01AM 8    Q.    "I hope they are feeling a sense of urgency.

11:01AM 9    Unfortunately, as all of us know in the safety space, small

11:01AM 10   things do become big things."  Correct?

11:01AM 11   A.    That's what it says.

11:01AM 12   Q.    Not only does it say that, you know that and agree with

11:01AM 13   that, don't you, sir?

11:01AM 14   A.    I'm not one hundred percent sure what he meant by his

11:01AM 15   "small things do become big things."

11:01AM 16   Q.    You know what a safety incidents triangle, don't you, sir?

11:01AM 17   A.    Yes, I do.

11:01AM 18   Q.    That means small incidents lead to big incidents, correct?

11:01AM 19   A.    There is a statistical correlation, I believe, between the

11:02AM 20   safety triangle, where we lay out minor safety incidents at the

11:02AM 21   bottom that ultimately lead to bigger safety incidents.

11:02AM 22   Q.    In Paul's view, "the lack of hazard/risk recognition in

11:02AM 23   some of these recent smaller incidents is shocking to me," is

11:02AM 24   what he wrote to you; isn't that correct, sir?

11:02AM 25   A.    That's correct.

11:02AM 1    Q.   Did you think that was a pretty significant e-mail?

11:02AM 2    A.   Well, I thought -- you know, I put it into context.  Paul

11:02AM 3    is a HR professional.  He's not an expert in drilling.  He's

11:02AM 4    not an expert in safety.

11:02AM 5         But what we did do, and we did with all of our incidents

11:02AM 6    and this one, is we did review this as a leadership team and

11:02AM 7    had a conversation about it.

11:02AM 8    Q.   Now, did you call Paul about this?

11:02AM 9    A.   I actually did look back at this.  I was overseas at the

11:02AM 10   time, so I didn't call Paul; but, what I did do is I -- when I

11:02AM 11   returned back to the US, as a leadership team, we reviewed this

11:02AM 12   incident, as we always do.

11:02AM 13   Q.   You don't minimize his opinion regarding the safety

11:03AM 14   triangle and the shocking nature of the incident because he was

11:03AM 15   merely in charge of human resources, do you?

11:03AM 16   A.   Not at all.  No, I was just sort of making that point as a

11:03AM 17   point of fact.

11:03AM 18   Q.   He was a significant member of your leadership team,

11:03AM 19   correct?

11:03AM 20   A.   Yes.  You know, I think the point on this in terms of the

11:03AM 21   safety incident triangle is that, you know, part of the

11:03AM 22   philosophy of small things potentially leading to big things

11:03AM 23   is, over the course of 2008 and 2009, we dramatically reduced

11:03AM 24   the bottom of that triangle because we'd reduced recordables by

11:03AM 25   50 percent -- we'd reduced our recordable injuries by 50

11:03AM 1    percent, we'd reduced our process safety incidents

11:03AM 2    significantly.

11:03AM 3        So, according to the classical safety incident triangle,

11:03AM 4    there was actually a reduced probability of big things

11:03AM 5    happening.

11:03AM 6    Q.   Then, after reducing that stuff, you took all your safety

11:03AM 7    men off the rigs, including the *Marianas* and the

11:03AM 8    *Deepwater Horizon*, in August, and in September your injuries

11:04AM 9    shot up, correct?

11:04AM 10   A.   I don't think that's correct, no.

11:04AM 11   Q.   Well, we can look at that again, but let's not.

11:04AM 12       Let's look at the next --

11:04AM 13       THE COURT:  Mr. Leger, you told me you had 15 minutes

11:04AM 14   left before we broke for 15 minutes, and I suggested that you

11:04AM 15   cut it down.

11:04AM 16            Now, you've been going for 25 minutes after we

11:04AM 17   returned from break.  It's time to wrap it up, okay.

11:04AM 18       MR. LEGER:  Thank you, Judge.  If the witness would

11:04AM 19   just say yes to all my questions --

11:04AM 20       THE COURT:  Let's just wrap it up.

11:04AM 21       BY MR. LEGER:

11:04AM 22   Q.   Let me show you Exhibit Number 5695.

11:04AM 23       This is an e-mail from you.  It says:  "There are" -- down

11:04AM 24   here in this e-mail, June 2nd, from Kevin Lacy, before the

11:05AM 25   e-mail to you, June 2, 2009, and he says:  "There are several

11:05AM 1    disappointing things in this investigation as regards to TO

11:05AM 2    daily operations and BP audit follow-up."  Is that correct?

11:05AM 3    A.   That's what it says.

11:05AM 4    Q.   He says:  "TO is still very far from consistency between

11:05AM 5    rigs and always has been."  Correct?

11:05AM 6    A.   That's what it says.

11:05AM 7    Q.   It says:  "This was the gist of the effort I tried to get

11:05AM 8    launched in 2008 and could not get support from Barbara or

11:05AM 9    Hayden."  Is that correct?

11:05AM 10   A.   That's what the document says.

11:05AM 11   Q.   5695.2.

11:05AM 12        Follow-up of the e-mail:  "There is a cultural and

11:05AM 13   behavioral issue with risk tolerance that allowed workarounds

11:05AM 14   to get past, failures or poor engineering."  Isn't that

11:05AM 15   correct?

11:05AM 16   A.   That's what the document says.

11:06AM 17   Q.   That was the information provided to you, correct?

11:06AM 18   A.   Yes.  I think, if I'm correct in my recollection, this was

11:06AM 19   some of the key findings from that investigation.

11:06AM 20   Q.   Exhibit now TREX-00954.

11:06AM 21        That was in May of '09.  This is a letter to Daun Winslow

11:06AM 22   at Transocean of August 17, 2009, from Harry Thierens.

11:06AM 23        Can you show the full page, please, just so we can see

11:06AM 24   that.

11:06AM 25        From Harry Thierens, correct?

11:06AM 1    A.   Yes.  I have not seen this document.

11:06AM 2    Q.   What he was notifying them is:  "You are conditionally

11:06AM 3    approved yellow to work for Gulf of Mexico Strategic

11:06AM 4    Performance Unit.  You must close all audit findings within

11:06AM 5    12 months or face being removed from the list of approved

11:07AM 6    contractors.  Closure of these findings will be verified by a

11:07AM 7    follow-up audit."  Correct?

11:07AM 8    A.   That's what it says.

11:07AM 9    Q.   Transocean was put on probation, correct?

11:07AM 10   A.   I don't know whether that's correct or not.

11:07AM 11   Q.   TREX-4362.

11:07AM 12        *Deepwater Horizon* Follow-Up Audit, Marine Assurance Audit

11:07AM 13   and Out of Service Period.

11:07AM 14        You recognize the distribution, Jonathan Sprague and these

11:07AM 15   gentlemen up here, correct?

11:07AM 16   A.   Yes, I see that.

11:07AM 17   Q.   This was sent to Transocean, correct?

11:07AM 18   A.   I don't know whether it was.

11:07AM 19   Q.   Next page, TREX-4362.2.

11:07AM 20        MS. KARIS:  Your Honor, I would object to foundation on

11:07AM 21   this document.  I don't know that Mr. Shaw has ever seen this.

11:08AM 22        THE WITNESS:  I certainly haven't seen it.

11:08AM 23        THE COURT:  Sustain the objection.

11:08AM 24        BY MR. LEGER:

11:08AM 25   Q.   Would it concern you to know that your people, your people

11:08AM 1    in charge of auditing the Transocean rig, had determined that

11:08AM 2    there was overdue planned maintenance considered excessive, 390

11:08AM 3    jobs amounting to 3,545 man-hours?

11:08AM 4            MR. MILLER:  Objection, Your Honor, lack of foundation.

11:08AM 5            MS. KARIS:  I join.

11:08AM 6            THE COURT:  I'll sustain the objection.

11:08AM 7        BY MR. LEGER:

11:08AM 8    Q.   Now, sir, you had your pulse on the safety culture of BP,

11:08AM 9    correct?

11:08AM 10   A.   We put steps in place to understand what the pulse of the

11:08AM 11   organization was.  I agree with that statement.

11:08AM 12   Q.   You also wanted to have your pulse on the safety culture

11:08AM 13   of Transocean, correct?

11:08AM 14   A.   Well, through the safety pulse checks, we involved our

11:08AM 15   contractors in that process.  We thought that was valuable to

11:08AM 16   do that.

11:08AM 17   Q.   You must have known that Transocean personnel and

11:08AM 18   executives were concerned about the disintegrating safety

11:08AM 19   culture in the fall of 2009 before you left, correct?

11:08AM 20           MR. MILLER:  Objection, no foundation, Your Honor.

11:08AM 21           MR. LEGER:  I'm asking if he knew, Your Honor.

11:09AM 22           THE COURT:  I think we're retreading a lot of ground

11:09AM 23   here.  Let's just wrap it up, okay.

11:09AM 24           MR. LEGER:  May I just ask him if he knows about --

11:09AM 25   never mind, Your Honor.  I understand.

11:09AM 1          BY MR. LEGER:

11:09AM 2     Q.   You were involved in the negotiations for the extension of

11:09AM 3     the contract for the *Deepwater Horizon*, correct?

11:09AM 4     A.   At a high level, yes.

11:09AM 5     Q.   You did not require any additional safety equipment on the

11:09AM 6     *Deepwater Horizon*, correct?

11:09AM 7     A.   Personally, myself, no.

11:09AM 8          My technical teams would have been working with Transocean

11:09AM 9     in terms of the specification.  We knew the rig well because we

11:09AM 10    had worked with it for the last nine years.

11:09AM 11    Q.   As far as you know, you and BP didn't require, in the

11:09AM 12    renegotiation that took place right before you left, didn't

11:09AM 13    require additional casing shear rams?

11:09AM 14    A.   I was not aware of any conversation on that.

11:09AM 15    Q.   Now, one last line of questions.

11:09AM 16         MR. LEGER:  It will be brief, Your Honor.

11:09AM 17         THE COURT:  You have about 30 seconds.

11:10AM 18         MR. LEGER:  May I approach, Your Honor?

11:10AM 19         THE COURT:  But we really need to wrap it up.  This is

11:10AM 20    the third time I've asked you to do this, Mr. Leger.  My

11:10AM 21    message ought to be getting through by now.

11:10AM 22         MR. LEGER:  It's through, Your Honor.

11:10AM 23              No further questions.

11:10AM 24         THE COURT:  Okay, good.

11:10AM 25              Does the United States have any questions of

| | | |
|---|---|---|
| 11:10AM | 1 | this witness? |
| 11:10AM | 2 | MS. SHUTLER:  No, Your Honor, we do not. |
| 11:10AM | 3 | THE COURT:  Louisiana? |
| 11:10AM | 4 | MR. KANNER:  No questions, Your Honor. |
| 11:10AM | 5 | THE COURT:  Alabama? |
| 11:10AM | 6 | MR. SINCLAIR:  No questions, Your Honor. |
| 11:10AM | 7 | THE COURT:  Transocean. |
| 11:10AM | 8 | CROSS-EXAMINATION |
| 11:10AM | 9 | BY MR. MILLER: |
| 11:11AM | 10 | Q.   Good morning, Mr. Shaw. |
| 11:11AM | 11 | A.   Good morning. |
| 11:11AM | 12 | Q.   My name is Kerry Miller.  I represent Transocean, and I |
| 11:11AM | 13 | have you under cross-examination. |
| 11:11AM | 14 | I want to pick up with a few of the documents Mr. Leger |
| 11:11AM | 15 | showed you. |
| 11:11AM | 16 | Pull up 5679, please.  Go ahead and highlight just the top |
| 11:11AM | 17 | part real quick. |
| 11:11AM | 18 | We're going to go through these quickly, Mr. Shaw. |
| 11:11AM | 19 | This was one of the documents Mr. Leger showed you just a |
| 11:11AM | 20 | few minutes ago.  Do you recall that, sir? |
| 11:11AM | 21 | A.   Yes, I do. |
| 11:11AM | 22 | Q.   What's the date of this document, Mr. Shaw? |
| 11:11AM | 23 | A.   It's January of 2008. |
| 11:11AM | 24 | Q.   It pertains to what Transocean rig? |
| 11:11AM | 25 | A.   The *Marianas*. |

11:11AM 1   Q.   It doesn't pertain to the *Horizon*, does it?

11:11AM 2   A.   No, it does not.

11:11AM 3   Q.   January 22nd, 2008, that's early on into your tenure in

11:12AM 4   the Gulf of Mexico, correct?

11:12AM 5   A.   Yeah, within the first two, three months.

11:12AM 6   Q.   Let's pull up the other document Mr. Leger showed, the

11:12AM 7   next one, 5680.1.  That's TREX-5680.1.

11:12AM 8        Let's go ahead and pull up this part, so we can see it.

11:12AM 9        Do you recall Mr. Leger showing you TREX-5680.1, Mr. Shaw?

11:12AM 10  A.   I do.

11:12AM 11  Q.   It was a string of e-mails, correct?

11:12AM 12  A.   Correct.

11:12AM 13  Q.   The subject for all the e-mails related to the Transocean

11:12AM 14  *Marianas*, correct?

11:12AM 15  A.   That's correct.

11:12AM 16  Q.   It related to a traveling block aboard the *Marianas*,

11:12AM 17  correct?

11:12AM 18  A.   That's correct.

11:12AM 19  Q.   You can go ahead and pull that down.

11:12AM 20       Mr. Shaw, during your examination by Ms. Karis yesterday,

11:12AM 21  you testified about meetings you would have with contractors

11:13AM 22  while you were head of the Gulf of Mexico SPU organization.  Do

11:13AM 23  you recall that testimony, sir?

11:13AM 24  A.   I do.

11:13AM 25  Q.   I want to show you a document that hopefully will refresh

11:13AM   1    your recollection about a meeting with Transocean.

11:13AM   2         Pull up TREX-5685.1.1.TO, please.

11:13AM   3         Sir, this is a document from Rob Saltiel at Transocean.

11:13AM   4    You mentioned in your testimony this morning you know Mr. Rob

11:13AM   5    Saltiel, correct?

11:13AM   6    A.   Yes, I met with Rob on a number of occasions.

11:13AM   7    Q.   I'll represent to you, sir, this is a Transocean internal

11:13AM   8    document, so I'm only showing it to you to refresh your

11:13AM   9    recollection, if possible.

11:13AM  10         The date of the document is Thursday, February 26, 2009,

11:13AM  11    do you see that?

11:13AM  12    A.   I do.

11:13AM  13    Q.   The document is the sent to Daun Winslow at Transocean,

11:13AM  14    amongst other folks at Transocean, including Steven Newman; do

11:13AM  15    you see that?

11:13AM  16    A.   I do.

11:13AM  17    Q.   I'm just going to go ahead and read in the highlighted

11:13AM  18    portion of the document, and I'm going to ask you if that

11:14AM  19    refreshes your recollection about a meeting.

11:14AM  20         It states:  "Daun, I wanted to pass on some very

11:14AM  21    complimentary feedback about our performance as expressed by BP

11:14AM  22    Gulf of Mexico senior management, open paren, Senior

11:14AM  23    Vice-President Neil Shaw" -- that's you, correct?

11:14AM  24    A.   That is correct.

11:14AM  25    Q.   -- "and Vice-President Kevin Lacy, at our lunch meeting

8228

11:14AM 1  today."

11:14AM 2      Sir, if you look at the time of the e-mail, it's right

11:14AM 3  after midnight on February 26, 2009.

11:14AM 4      My take on this e-mail is you had a lunch meeting with Rob

11:14AM 5  Saltiel -- you and Kevin Lacy had a lunch meeting with Rob

11:14AM 6  Saltiel on February 25, 2009; do you see that?

11:14AM 7  A.   I don't know when the meeting was, but I remember we did

11:14AM 8  have a lunch meeting, Kevin and myself, with Rob.

11:14AM 9  Q.   The part of the e-mail that I'm interested in is, "At this

11:14AM 10 meeting," Mr. Saltiel says, "BP cited the strong safety results

11:14AM 11 on all our rigs as contributing significantly to BP

11:14AM 12 Gulf of Mexico having its best safety year in 2008."

11:15AM 13     Do you see that?

11:15AM 14 A.   That's correct.  It was before we saw the very significant

11:15AM 15 improvement we made until 2008.  Of course, Transocean was a

11:15AM 16 big part of our drilling fleet, and Transocean was a big part

11:15AM 17 of that improvement that we saw in 2008.

11:15AM 18 Q.   You recall this meeting on February 25, 2009, now,

11:15AM 19 Mr. Shaw?

11:15AM 20 A.   I recall the meeting.  I don't know exactly when the date

11:15AM 21 was, but I guess it's a couple of days, maybe, before Rob's

11:15AM 22 e-mail would seem logical.

11:15AM 23 Q.   The e-mail also states that the *Horizon* was singled out by

11:15AM 24 BP as a strong, consistent performer; do you see that,

11:15AM 25 Mr. Shaw?

11:15AM 1    A.   I do.

11:15AM 2    Q.   Is that consistent with your recollection while you were

11:15AM 3    head of the SPU in the Gulf of Mexico for BP that the *Horizon*

11:15AM 4    was a strong, consistent performer?

11:15AM 5    A.   Yes.  I mean, it's a fact that across all of our fleet the

11:15AM 6    *Horizon* was the -- had the best safety record and was a

11:15AM 7    stronger performer in terms of drilling performance, as well.

11:15AM 8    Q.   This meeting occurred February of 2009, Mr. Shaw?

11:16AM 9    A.   That's correct.

11:16AM 10   Q.   Let's pull up TREX -- I'm sorry, demonstrative 4341.

11:16AM 11        This is actually a demonstrative that BP has used

11:16AM 12   throughout the trial.  What it does is it tracks the wells that

11:16AM 13   the *Deepwater Horizon* drilled for BP in the Gulf of Mexico from

11:16AM 14   at 2001 until 2010.  Do you see that, Mr. Shaw?

11:16AM 15   A.   I do.

11:16AM 16   Q.   Just going back to the previous exhibit, which was the

11:16AM 17   exhibit that talks about a meeting you had with Transocean in

11:16AM 18   February of 2009, do you see this, sir?  This is a

11:16AM 19   demonstrative that demonstrates the Tiber well.

11:16AM 20   A.   Yes.

11:16AM 21   Q.   You're familiar with the Tiber well, are you not,

11:16AM 22   Mr. Shaw?

11:16AM 23   A.   I am.

11:16AM 24   Q.   That was a prospect that BP drilled as an exploratory well

11:16AM 25   in 2009, correct?

11:16AM 1   A.   That's correct.

11:16AM 2   Q.   Sir, and are you aware that the *Deepwater Horizon* was the

11:16AM 3   well [verbatim] that BP selected to drill the Tiber well in

11:17AM 4   2009?

11:17AM 5   A.   We did.

11:17AM 6   Q.   The *Horizon*, if you look at this chart, the drilling of

11:17AM 7   the Tiber well occurred right after your February 2009 meeting;

11:17AM 8   do you see that?

11:17AM 9   A.   Yes.

11:17AM 10  Q.   Tiber was basically drilled beginning in the spring of

11:17AM 11  2009, basically, until the fall of 2009, when you left your job

11:17AM 12  as head of the Gulf of Mexico for BP; do you recall that?

11:17AM 13  A.   I do.

11:17AM 14  Q.   There has been some testimony over the last several hours

11:17AM 15  with you that BP is in the business of making investments and

11:17AM 16  obtaining return on those investments, correct?

11:17AM 17  A.   Correct.

11:17AM 18  Q.   During your tenure as head of the Gulf of Mexico SPU unit,

11:17AM 19  BP made a big investment in the Tiber well, correct?

11:17AM 20  A.   We did.

11:17AM 21  Q.   BP entrusted that investment in the hands of the

11:17AM 22  *Deepwater Horizon* to drill it as an exploratory prospect,

11:17AM 23  correct?

11:18AM 24  A.   That's correct.

11:18AM 25  Q.   Is it true, sir, that at the time the Tiber well hit a

11:18AM 1    world record for depth, total depth?

11:18AM 2    A.    I believe that is true.

11:18AM 3    Q.    Again, the Tiber well was an important project for BP,

11:18AM 4    correct?

11:18AM 5    A.    It was a very important prospect for us.

11:18AM 6    Q.    That exploratory well, which was completed, I think, in

11:18AM 7    the fall of 2009, resulted in a huge find, correct?

11:18AM 8    A.    It was a major discovery, yes.

11:18AM 9    Q.    That Tiber well was and still is a big asset for BP,

11:18AM 10   correct?

11:18AM 11   A.    That's correct.

11:18AM 12   Q.    The operations that Transocean performed at Tiber, they

11:18AM 13   were very successful, correct?

11:18AM 14   A.    It was a very successful well on all measures.

11:18AM 15   Q.    It was also a very safe operation, correct?

11:18AM 16   A.    I recall it was.

11:18AM 17   Q.    It was also timely drilled by Transocean, correct?

11:18AM 18   A.    I believe it was a successful well on all measures,

11:18AM 19   safety, and again, sort of the targets we set ourselves in

11:19AM 20   terms of costs for the well.

11:19AM 21   Q.    Let's pull up demonstrative 2444.  That's another

11:19AM 22   demonstrative.

11:19AM 23        It's an org chart, but I'm not going to go through the

11:19AM 24   details of the organization.  This is something I think the PSC

11:19AM 25   did.

11:19AM  1           Sir, this is as of November 2009.  This is a Drilling and

11:19AM  2   Completions Gulf of Mexico organizational carve-out, if you

11:19AM  3   will.  Do you see that?

11:19AM  4   A.   I do.

11:19AM  5   Q.   You would have sat right here above Mr. Lacy, correct?

11:19AM  6   A.   That's correct.

11:19AM  7   Q.   You're not on it, but you would have been right above

11:19AM  8   Mr. Lacy, correct?

11:19AM  9   A.   That's correct.

11:19AM 10   Q.   Let's go to the next one, which is this version of this.

11:19AM 11   It's 2452, as of April 2010.

11:19AM 12           This is the BP Gulf of Mexico D&C org chart after you left

11:19AM 13   in April of 2010, correct?

11:19AM 14   A.   Yes.

11:19AM 15   Q.   Mr. Pat O'Bryan would have replaced Kevin Lacy as the VP

11:19AM 16   for D&C, correct?

11:19AM 17   A.   That's correct.

11:19AM 18   Q.   Then, just somebody else on the org chart, Mr. David Sims,

11:20AM 19   did you know David Sims?

11:20AM 20   A.   I knew who he was.  I didn't know him well, but I knew who

11:20AM 21   he was.

11:20AM 22   Q.   But he had worked in D&C for BP in the Gulf of Mexico

11:20AM 23   during your tenure, correct?

11:20AM 24   A.   That's correct.

11:20AM 25   Q.   Let's pull up Mr. O'Bryan's deposition testimony, page 23,

11:20AM 1    lines 8 through 18.

11:20AM 2         You know Mr. Patrick O'Bryan, do you not, Mr. Shaw?

11:20AM 3    A.   I do.

11:20AM 4    Q.   I'm just going to show you what he testified to and ask if

11:20AM 5    you agree with this sworn testimony:

11:20AM 6         Are you aware, Mr. Shaw, that Mr. O'Bryan was aboard the

11:20AM 7    *Deepwater Horizon* the night of April 20, 2010?

11:20AM 8    A.   Yes, I'm aware of that.

11:20AM 9    Q.   He was aboard that rig to give Transocean a safety award,

11:20AM 10   correct?

11:20AM 11   A.   I'm aware of that, yes.

11:20AM 12   Q.   I just want to show you his testimony.

11:20AM 13        It states here, and I'll read it into the record, this is

11:20AM 14   Mr. Pat O'Bryan, page 23 of his deposition, beginning at line

11:20AM 15   8: -- "which rig I wanted to go to, and the *Horizon* was a rig

11:21AM 16   that I -- I selected because it was, in our fleet, the best

11:21AM 17   performing rig from a safety and a drilling performance

11:21AM 18   standpoint, best performing rig in the fleet, and it also was

11:21AM 19   one of the better performing rigs in the Transocean fleet.  And

11:21AM 20   so being new to the role" -- that's the role of VP of D&C,

11:21AM 21   correct?

11:21AM 22   A.   Yes.

11:21AM 23   Q.   -- "and having this be my first trip offshore, I wanted to

11:21AM 24   go out and visit and see kind of what good looked like."

11:21AM 25        Do you see that, Mr. Shaw?

11:21AM 1    A.   I do.

11:21AM 2    Q.   Based upon your time as the leader of the Gulf of Mexico

11:21AM 3    SPU, is it your testimony -- is your testimony consistent with

11:21AM 4    Mr. O'Bryan's testimony that the *Horizon* was the best

11:21AM 5    performing rig in the fleet?

11:21AM 6    A.   Yes.  I think, you know, the facts of -- tend to support

11:21AM 7    that it was -- it was -- in our view, it was -- of all the

11:21AM 8    Transocean rigs we had, it was the best performing rig.

11:21AM 9    Q.   Based on your knowledge, Mr. Shaw, as of April of 2010,

11:21AM 10   the Transocean *Deepwater Horizon* was a good example of what a

11:22AM 11   good deepwater rig looked like in terms of safety and

11:22AM 12   performance?

11:22AM 13   A.   Yeah.  I think the track record that it had built up of

11:22AM 14   many years of working with us supported that.

11:22AM 15   Q.   Let's go back to 2452, just to orient ourselves again.

11:22AM 16        David Sims, you said this was a man you knew of because he

11:22AM 17   worked underneath you from 2007 to 2009.

11:22AM 18        Let's pull up TREX-47680.1.1.TO.

11:22AM 19        This is an e-mail -- here we go.  This is an e-mail from

11:22AM 20   David Sims; do you see that?

11:22AM 21   A.   Yes.

11:22AM 22   Q.   It's dated Sunday, April 4, 2010; do you see that?

11:22AM 23   A.   I do.

11:22AM 24   Q.   It's an e-mail to a number of folks at BP and Transocean,

11:22AM 25   including John Guide, Brett Cocales and some others; do you see

8235

11:23AM 1     that?

11:23AM 2     A.    Yes.

11:23AM 3     Q.    The subject is *Deepwater Horizon*, one year recordable

11:23AM 4     free.  Do you know what that means, Mr. Shaw?

11:23AM 5     A.    Yes, it's one year without having a recordable injury on

11:23AM 6     the rig.

11:23AM 7     Q.    Is that a good indication of safety, to have one year of

11:23AM 8     no recordable injuries on the rig?

11:23AM 9     A.    Yes, I think it is.

11:23AM 10    Q.    We know at this point in time, April 4, 2010, that the

11:23AM 11    Transocean had been a busy rig -- the *Deepwater Horizon* had

11:23AM 12    been a busy rig, correct?

11:23AM 13    A.    That's correct.

11:23AM 14    Q.    It had drilled the Tiber and was now working on Macondo,

11:23AM 15    correct?

11:23AM 16    A.    Correct.

11:23AM 17    Q.    Mr. Sims writes to the *Horizon* team:  "Congratulations and

11:23AM 18    great job!  I feel proud, honored and very lucky to be

11:23AM 19    associated with such a high performing rig.  Keep up the

11:23AM 20    excellent work.  David."

11:23AM 21         Do you see that, Mr. Shaw?

11:23AM 22    A.    I do.

11:23AM 23    Q.    Mr. Shaw, you have no reason to disagree with Mr. Sims --

11:23AM 24    or the content of Mr. Sims' e-mail here, do you?

11:23AM 25    A.    No.  I think wherever we had an opportunity to recognize

11:23AM 1    good safety performance, we always wanted to do that, to

11:24AM 2    provide that reinforcing behavior, because it was important to

11:24AM 3    us, and we wanted to acknowledge good performance where it was.

11:24AM 4    Q.   Based upon your role and your experience as the head of

11:24AM 5    SPU in the Gulf of Mexico from 2007 to 2009, and the meetings

11:24AM 6    and discussions you had with Transocean, sir, is it true that

11:24AM 7    Transocean, you believe, didn't withhold information from you

11:24AM 8    or other folks at BP about the condition of its rigs or the

11:24AM 9    competency of its crews?

11:24AM 10   A.   There was no reason for me to believe that would be the

11:24AM 11   case.  It was never mentioned to me by anybody that that was an

11:24AM 12   issue.

11:24AM 13   Q.   In your meetings with Transocean personnel, sir, do you

11:24AM 14   believe that there was a free flow, a free exchange of

11:24AM 15   information both ways between BP and Transocean?

11:24AM 16   A.   Certainly from my personal interactions, I thought it was

11:24AM 17   a good relationship, you know, an open discussion.

11:24AM 18        As I say, I didn't hear any feedback from anybody else in

11:24AM 19   my organization that there were any concerns in that regard.

11:25AM 20        MR. MILLER:  Thank you, Mr. Shaw.  That's all I have.

11:25AM 21        THE COURT:  Halliburton.

11:25AM 22        MR. VON STERNBERG:  We have no questions of this

11:25AM 23   witness, Your Honor.

11:25AM 24        THE COURT:  Back to BP.

11:25AM 25        MS. KARIS:  Thank you, Your Honor.

11:25AM 1          THE COURT:  Might I remind you, Ms. Karis, that

11:25AM 2    redirect is always optional.

11:25AM 3          MS. KARIS:  Understood and noted, and I promise to be

11:25AM 4    very brief.

11:25AM 5          THE COURT:  All right.

11:25AM 6          MS. KARIS:  You won't have to remind me twice, I

11:25AM 7    promise that.

11:25AM 8          Although I notice our technology folks are not

11:25AM 9    here, so it might be even shorter.  I wonder if we have access

11:25AM 10   to the ELMO.

11:25AM 11         I'll do it the good old-fashioned way.

11:25AM 12                     REDIRECT EXAMINATION

11:25AM 13   BY MS. KARIS:

11:26AM 14   Q.   Mr. Shaw, I want to follow up on a couple of items that

11:26AM 15   you were asked about by Mr. Leger.

11:26AM 16        First of all, I have here for the record -- we're going to

11:26AM 17   get an exhibit number in a second, but let's see here -- well,

11:26AM 18   I'll represent to you that I have the PerformanzFest from

11:26AM 19   September of 2009.

11:26AM 20   A.   Uh-huh.

11:26AM 21   Q.   That would be where you reported to your management the

11:26AM 22   metrics for how your group was performing, correct?

11:26AM 23   A.   That is correct.

11:26AM 24   Q.   You were asked about head count.  Do you recall that?

11:26AM 25   A.   I do.

11:26AM  1   Q.    Did you report the head count results for the
11:26AM  2   Gulf of Mexico to your management in 2009?
11:26AM  3   A.    It was quite common for us to include that as part of our
11:26AM  4   overall performance summaries.
11:26AM  5   Q.    The 2009 head count noted here, which included D&C for
11:27AM  6   2008, was 1706 BP employees for 2008 -- correct?
11:27AM  7   A.    Correct.
11:27AM  8   Q.    -- and 598 contract employees?
11:27AM  9   A.    That's correct.
11:27AM 10   Q.    What we see then is, in 2009, the head count has actually
11:27AM 11   gone up for BP employees to 1753, and then contract employees
11:27AM 12   748.  Is that an accurate representation of the head count in
11:27AM 13   the Gulf of Mexico?
11:27AM 14   A.    Yeah, I think that's 548 on the contract --
11:27AM 15   Q.    I'm sorry, 548, correct.
11:27AM 16   A.    -- but I agree with you, yes.
11:27AM 17   Q.    What is 2009 LE?  Do you know what that was?
11:27AM 18   A.    Yeah, that stands for the latest estimate.  So I guess if
11:27AM 19   this was -- I think you mentioned it was in September --
11:27AM 20   Q.    Correct.
11:27AM 21   A.    -- it would be our view in September of the latest
11:27AM 22   estimates on that measure.
11:27AM 23   Q.    Does that then indicate that the latest estimate for
11:27AM 24   number of BP employees is actually up to 1866?
11:28AM 25   A.    That's correct.

11:28AM 1    Q.    So does this indicate that, actually, the head count in

11:28AM 2    your organization increased throughout 2009?

11:28AM 3    A.    That would be correct.

11:28AM 4    Q.    That would include Drilling and Completions?

11:28AM 5    A.    That's included in those numbers.

11:28AM 6    Q.    This, for the record, is from the PerformanzFest,

11:28AM 7    TREX-5689.  That's it on head count.

11:28AM 8          You were asked some questions about the performance --

11:28AM 9    safety performance of your organization.  I believe Mr. Leger

11:28AM 10   showed you a slide from September of 2009 --

11:28AM 11   A.    That's correct.

11:28AM 12   Q.    -- that indicated that the number of incidents had

11:28AM 13   actually increased.  Do you recall that?

11:28AM 14   A.    I do.

11:28AM 15   Q.    That was specific to September of 2007?

11:28AM 16   A.    2009.

11:28AM 17   Q.    I'm sorry, 2009.

11:28AM 18   A.    Correct.

11:28AM 19   Q.    Correct?

11:28AM 20         But you tracked the performance in the following months as

11:29AM 21   well, correct?

11:29AM 22   A.    That is correct.

11:29AM 23   Q.    All right.  If we can pull up 04486, second page -- I'm

11:29AM 24   sorry, 4426.  If we can rotate it.

11:29AM 25         This actually shows the performance going forward.  Can

1   you tell us whether September appears to be an anomalous month

2   in terms of total recordable injuries?

3   A.   Yes.  I mean, we were tracking it very frequently, you

4   know, every month.  We were looking at this data.

5        I think the information we saw before just showed the data

6   up to and including September, with that spike up.

7        That's the information we had at the HSSE meeting, and we

8   put actions in place to improve safety.

9        It was reassuring to see that, actually, in the rest of

10  the year, there was a significant reduction in the number of

11  incidents, and the overall performance for the year was sort of

12  back on track.

13  Q.   So there was a reduction of total incidents.

14       It says here, the headlines are that there is actually

15  increased activity of approximately 700,000 man-hours over

16  2008.

17  A.   That's correct.

18  Q.   So while you increased the man-hours by 700,000, the

19  number of incidents actually went down?

20  A.   That's correct.

21  Q.   The next subject, you were asked about incident

22  investigation --

23  A.   Yes.

24  Q.   -- and whether BP conducted a root cause investigation of

25  the *Deepwater Horizon* accident, which I understand you were not

11:30AM 1   involved in.

11:30AM 2       But are you familiar with BP's investigation policy?

11:30AM 3   A.   Yes, broadly.

11:30AM 4   Q.   That would be Group Defined Practice 4.4-0002, previously

11:31AM 5   identified as Exhibit 1742.

11:31AM 6   A.   That's correct.

11:31AM 7   Q.   Does that incident investigation policy allow for

11:31AM 8   obtaining exceptions under certain circumstances?

11:31AM 9   A.   I understand it does.

11:31AM 10  Q.   Do you know whether the location of the accident, as well

11:31AM 11  as the nature of BP's relationship to the incident, whether

11:31AM 12  there are third parties involved, are part of the factors that

11:31AM 13  would justify getting an exception and dispensation?

11:31AM 14  A.   Yeah.  I recall the ones you've listed, and I believe

11:31AM 15  there are others as well.  There is a number of various

11:31AM 16  criteria which are seen as potential exceptions to

11:31AM 17  implementation of that practice.

11:31AM 18  Q.   You were not involved in determining whether those

11:31AM 19  exceptions applied to this incident; is that correct?

11:31AM 20  A.   That's correct.

11:31AM 21  Q.   Moving forward, you were asked about -- in fact, I think

11:31AM 22  Mr. Leger started by asking you about the SAFE Award that BP

11:32AM 23  received from Mineral Management Services in 2008; do you

11:32AM 24  recall that?

11:32AM 25  A.   That's correct.

8242

11:32AM 1    Q.    Then he said, well, BP didn't receive that award in 2009;

11:32AM 2    do you recall that?

11:32AM 3    A.    I do.

11:32AM 4    Q.    Pull up TREX-47962, please.  If we can cull out the first

11:32AM 5    paragraph.

11:32AM 6          Are you aware that actually for 2009, for the performance

11:32AM 7    in 2009, under your leadership, BP was actually a finalist for

11:32AM 8    the 2009 MMS National Safety Award For Excellence, which is

11:32AM 9    SAFE, in high activity operator category?

11:32AM 10   A.    I actually wasn't aware of this.  It was something that

11:32AM 11   happened after I had left the SPU.  It was in -- looking at the

11:32AM 12   e-mail, in March of 2010.

11:33AM 13   Q.    So you don't know whether, in fact, BP qualified again in

11:33AM 14   2010 for the performance in 2009?

11:33AM 15   A.    I don't know.

11:33AM 16   Q.    Last subject.  You were asked lots of questions about the

11:33AM 17   Gap Closure Plan and the various gaps that had been identified

11:33AM 18   as part of the 2008 OMS Gap Analysis with respect to process

11:33AM 19   safety and hazard awareness.

11:33AM 20         Did those gaps, including the various sheets Mr. Leger

11:33AM 21   showed you that you said appeared to be drafts, did any of

11:33AM 22   those gaps pertain to Drilling and Completions?

11:33AM 23   A.    No, they didn't because the Gap Assessment carried out in

11:33AM 24   2008, which those gap closure plans related to, were focused on

11:33AM 25   our production business.

11:33AM 1    Q.   Now, with respect to the major hazard awareness gap that

11:33AM 2    was identified as part of the OMS SPU Gap Assessment, is it

11:34AM 3    accurate to say you did, in fact, put various steps and

11:34AM 4    measures in place to close out that gap?

11:34AM 5    A.   Yes, we put in place a specific process safety improvement

11:34AM 6    plan, and a key part of that was around hazard awareness.

11:34AM 7    Q.   So when Mr. Leger said you did nothing -- let me see if I

11:34AM 8    have the correct words here -- oh, I'm sorry, he indicated when

11:34AM 9    putting up one of those sheets that there was a bunch of -- to

11:34AM 10   use his words -- "mumbo jumbo on that page, but it seemed to be

11:34AM 11   just checking off a checklist."

11:34AM 12       Is that consistent with the actions that you put in place

11:34AM 13   for closing out that gap?

11:34AM 14   A.   No, I believe that we were very thoughtful in terms of

11:34AM 15   recognizing it as a priority gap, putting in place an

11:35AM 16   improvement plan.  That improvement plan was put together by

11:35AM 17   people with deep expertise in process safety and the leadership

11:35AM 18   team.

11:35AM 19       Then we progressed and moved forward with that improvement

11:35AM 20   plan and monitored its implementation through the quarterly

11:35AM 21   HSSE committee.

11:35AM 22   Q.   Is the same true for all of the other gaps that were

11:35AM 23   identified; after they were ranked, action plans were put in

11:35AM 24   place?

11:35AM 25   A.   That is correct.

11:35AM 1          MS. KARIS:  I have nothing further.  Thank you.

11:35AM 2          THE COURT:  All right.  Thank you, sir.

11:35AM 3          MS. KARIS:  Your Honor, I hope that satisfies the

11:35AM 4    hearing you.  Thank you.

11:35AM 5                Oh, I forgot to put the mic on.

11:35AM 6          THE COURT:  All right.  BP can call its next witness.

11:35AM 7          MR. BROCK:  Your Honor, in the interest of making good

11:35AM 8    use of our time, we have a couple of videotapes I thought we

11:35AM 9    would put in before the lunch hour.  They total about

11:35AM 10   16 minutes.

11:35AM 11               Then, if it's agreeable with the Court, we'll

11:36AM 12   just call our witness right after lunch.

11:36AM 13         THE COURT:  That's fine.

11:36AM 14         MR. BROCK:  These are the depositions of Daun Winslow

11:36AM 15   and Vincent Tabler.

11:36AM 16         MR. BRIAN:  Your Honor, may I confer with Mr. Brock

11:36AM 17   briefly before they play it.

11:37AM 18         (WHEREUPON, at this point in the proceedings, the

11:46AM 19   videotaped deposition of Daun Winslow was played.)

11:46AM 20         MR. BROCK:  Your Honor, the next one is Vincent Tabler.

11:46AM 21         (WHEREUPON, at this point in the proceedings, the

11:54AM 22   videotaped deposition of Vincent Tabler was played.)

11:54AM 23         THE COURT:  All right.  The next witnesses after lunch,

11:54AM 24   Mr. Brock, will be --

11:54AM 25         MR. BROCK:  Mr. Lambert.

11:54AM  1       THE COURT:  Mr. Lambert.  Then following him?

11:54AM  2              He's a fact witness, correct?

11:54AM  3       MR. BROCK:  He's a fact witness.  He is followed by --

11:54AM  4       THE COURT:  Mr. Lewis?

11:55AM  5       MR. BROCK:  -- Mr. Lewis.

11:55AM  6       THE COURT:  Who is an expert, correct?

11:55AM  7       MR. BROCK:  Yes.

11:55AM  8       THE COURT:  All right.  We'll recess until 1:15.

11:55AM  9       THE DEPUTY CLERK:  All rise.

12:01PM 10              (WHEREUPON, at 12:01 p.m., the Court was in luncheon

11       recess.)

12                           *    *    *

13

14

15                      REPORTER'S CERTIFICATE

16

17          I, Cathy Pepper, Certified Realtime Reporter,
Registered Merit Reporter, Certified Court Reporter of the
18  State of Louisiana, Official Court Reporter for the United
States District Court, Eastern District of Louisiana, do hereby
19  certify that the foregoing is a true and correct transcript to
the best of my ability and understanding from the record of the
proceedings in the above-entitled and numbered matter.

20

21                           s/Cathy Pepper
                             Cathy Pepper, CRR, RMR, CCR
22                           Certified Realtime Reporter
                             Registered Merit Reporter
23                           Official Court Reporter
                             United States District Court
24                           Cathy_Pepper@laed.uscourts.gov

25

## $

**$202** [1] - 8148:2
**$250** [1] - 8148:1

## '

**'08** [2] - 8148:11,
8163:9
**'09** [2] - 8148:11,
8221:21
**'Lessons** [1] - 8178:7

## 0

**04486** [1] - 8239:23

## 1

**1** [6] - 8113:25,
8165:3, 8165:8,
8165:9, 8205:11,
8210:20
**1.1** [1] - 8117:15
**10** [3] - 8096:9,
8104:2, 8162:12
**10-MD-2179** [1] -
8096:8
**100%** [1] - 8164:24
**1000** [1] - 8101:19
**1001** [1] - 8101:11
**101** [1] - 8098:4
**10:16** [1] - 8200:23
**11** [1] - 8179:15
**1100** [2] - 8101:7,
8164:15
**1110** [1] - 8101:23
**12** [4] - 8162:12,
8194:24, 8222:5
**1201** [2] - 8100:20,
8102:6
**12:01** [1] - 8245:10
**12th** [2] - 8131:23,
8194:21
**13** [2] - 8132:7,
8132:12
**1308** [1] - 8098:7
**1331** [1] - 8102:10
**14** [4] - 8194:24,
8195:12, 8196:5,
8196:14
**14271** [1] - 8099:13
**15** [6] - 8143:8,
8144:21, 8162:12,
8200:15, 8220:13,
8220:14
**15-minute** [1] -

**8200:21**
**150,000** [2] - 8146:19,
8147:11
**154** [1] - 8148:10
**15th** [2] - 8144:11,
8144:17
**16** [1] - 8244:10
**1601** [1] - 8097:11
**1660** [1] - 8164:12
**1665** [1] - 8102:10
**17** [2] - 8211:22,
8221:22
**1700** [2] - 8102:6,
8143:7
**1706** [1] - 8238:6
**1742** [1] - 8241:5
**1753** [1] - 8238:11
**18** [3] - 8149:23,
8160:16, 8233:1
**1866** [1] - 8238:24
**1885** [1] - 8100:6
**1984** [1] - 8134:22
**19th** [2] - 8208:5,
8210:19
**1:15** [1] - 8245:8

## 2

**2** [3] - 8132:9, 8177:9,
8220:25
**2,000** [2] - 8142:19,
8143:10
**2,500** [1] - 8212:2
**20** [9] - 8096:6,
8124:14, 8124:16,
8124:22, 8153:9,
8160:16, 8160:17,
8200:16, 8233:7
**200,000** [1] - 8118:7
**2000** [2] - 8123:1,
8143:8
**20004** [1] - 8100:21
**2001** [1] - 8229:14
**20044** [3] - 8099:7,
8099:13, 8099:19
**2007** [22] - 8108:1,
8118:2, 8118:3,
8118:23, 8128:21,
8129:23, 8133:2,
8142:8, 8143:11,
8143:15, 8143:16,
8144:1, 8144:4,
8144:8, 8145:2,
8147:6, 8160:22,
8211:4, 8234:17,
8236:5, 8239:15
**2008** [64] - 8111:23,
8114:19, 8115:4,
8117:1, 8117:3,

**8117:9, 8117:17,**
8117:24, 8118:2,
8118:24, 8119:10,
8119:12, 8119:25,
8120:20, 8120:21,
8121:22, 8122:12,
8122:24, 8123:18,
8127:6, 8128:20,
8129:23, 8130:1,
8130:9, 8130:14,
8130:20, 8132:23,
8133:6, 8141:25,
8142:13, 8143:7,
8144:5, 8147:9,
8148:1, 8148:7,
8148:13, 8148:15,
8167:24, 8168:1,
8168:3, 8176:19,
8176:21, 8188:2,
8189:3, 8190:15,
8195:11, 8205:13,
8207:25, 8208:6,
8210:20, 8211:22,
8219:23, 8221:8,
8225:23, 8226:3,
8228:12, 8228:15,
8228:17, 8238:6,
8240:16, 8241:23,
8242:18, 8242:24
**2009** [90] - 8111:7,
8111:21, 8111:22,
8111:23, 8112:5,
8114:3, 8114:7,
8114:18, 8119:24,
8120:20, 8122:7,
8123:22, 8123:23,
8124:1, 8124:6,
8125:2, 8129:25,
8130:15, 8130:16,
8130:19, 8130:21,
8130:22, 8131:2,
8131:6, 8131:20,
8131:23, 8132:7,
8132:12, 8132:20,
8133:5, 8133:12,
8133:24, 8134:10,
8134:12, 8137:16,
8141:14, 8144:25,
8146:13, 8146:21,
8148:1, 8148:19,
8148:21, 8155:18,
8158:12, 8158:24,
8159:2, 8166:3,
8168:6, 8172:14,
8177:9, 8182:6,
8184:19, 8184:25,
8188:5, 8194:6,
8212:19, 8217:10,
8219:23, 8220:25,
8221:22, 8223:19,
8227:10, 8228:3,

**8228:6, 8228:18,**
8229:8, 8229:18,
8229:25, 8230:4,
8230:7, 8230:11,
8231:7, 8232:1,
8234:17, 8236:5,
8237:19, 8238:2,
8238:5, 8238:10,
8238:17, 8239:2,
8239:10, 8239:16,
8239:17, 8242:1,
8242:6, 8242:7,
8242:8, 8242:14
**2010** [23] - 8096:6,
8132:15, 8134:7,
8144:17, 8144:21,
8153:10, 8155:15,
8155:24, 8156:2,
8187:23, 8188:3,
8188:11, 8194:21,
8216:1, 8229:14,
8232:11, 8232:13,
8233:7, 8234:9,
8234:22, 8235:10,
8242:12, 8242:14
**2013** [2] - 8096:9,
8104:2
**20th** [1] - 8155:15
**2190.3** [1] - 8210:24
**22** [1] - 8118:2
**2211** [1] - 8101:23
**2216** [1] - 8098:18
**22nd** [2] - 8205:12,
8226:3
**22ND** [1] - 8097:19
**23** [2] - 8232:25,
8233:14
**23451** [1] - 8097:19
**2444** [1] - 8231:21
**2452** [2] - 8232:11,
8234:15
**25** [5] - 8096:20,
8177:15, 8220:16,
8228:6, 8228:18
**25.14.2** [1] - 8177:2
**2500.1.2** [1] - 8116:24
**2508** [3] - 8161:12,
8162:1, 8163:21
**2514.3** [1] - 8163:16
**2514.8** [1] - 8188:18
**2514.9** [1] - 8189:21
**26** [2] - 8227:10,
8228:3
**2615** [1] - 8097:15
**290** [2] - 8107:6,
8107:8
**2907** [1] - 8130:18
**2907.1** [1] - 8132:9
**2907.5** [1] - 8132:17
**2908** [4] - 8162:23,

**8163:24, 8163:25**
**2908.06** [1] - 8164:20
**2908.13** [1] - 8174:24
**2908.3** [1] - 8163:19
**2908.38** [2] - 8165:18,
8174:25
**2919** [1] - 8194:20
**2919.17** [1] - 8195:17
**2919.7** [1] - 8194:22
**2990.2** [1] - 8209:7
**2:10-CV-02771** [1] -
8096:12
**2:10-CV-4536** [1] -
8096:14
**2nd** [1] - 8220:24

## 3

**3** [1] - 8198:5
**3,545** [1] - 8223:3
**3.3** [1] - 8197:16
**30** [1] - 8224:17
**300** [1] - 8100:25
**35** [2] - 8191:7, 8192:1
**355** [1] - 8101:15
**35TH** [1] - 8101:15
**36130** [1] - 8099:24
**36604** [1] - 8097:12
**3668** [1] - 8097:4
**3700** [2] - 8101:7,
8101:11
**38** [4] - 8118:3,
8148:9, 8174:24,
8174:25
**390** [1] - 8223:2

## 4

**4** [5] - 8141:24,
8144:25, 8198:5,
8234:22, 8235:10
**4.1** [1] - 8198:8
**4.4-0002** [1] - 8241:4
**40** [2] - 8191:7, 8192:1
**402** [1] - 8097:19
**43-49** [1] - 8158:8
**4310** [1] - 8098:14
**4341** [1] - 8229:10
**435** [1] - 8098:4
**44** [1] - 8118:2
**4426** [1] - 8239:24
**450** [1] - 8098:23
**45257NE11.1.1** [1] -
8110:24
**47145.1.4** [1] -
8119:20
**47145.1.5** [1] - 8122:1
**47145.2.3** [2] -

8120:10, 8120:11
**48-01** [1] - 8158:8
**48074N** [1] - 8113:24
**48074N.1** [1] - 8113:24
**4865.2** [1] - 8147:17

## 5

**50** [7] - 8118:1,
8118:12, 8118:13,
8128:20, 8133:1,
8219:25
**500** [3] - 8097:4,
8099:23, 8102:14
**5000** [1] - 8100:17
**504** [1] - 8102:15
**5395** [1] - 8098:23
**548** [2] - 8238:14,
8238:15
**55** [1] - 8118:3
**556** [1] - 8097:4
**560** [1] - 8164:15
**5650** [1] - 8212:15
**5677.3** [1] - 8142:6
**5679** [2] - 8205:11,
8225:16
**5679.2** [1] - 8204:17
**5680.1** [1] - 8226:7
**5688.5.2** [1] - 8123:25
**5690.3.11** [1] - 8123:5
**5695** [1] - 8220:22
**5695.2** [1] - 8221:11
**589-7779** [1] - 8102:15
**598** [1] - 8238:8

## 6

**6** [3] - 8144:21,
8147:3, 8199:5
**600** [3] - 8097:19,
8097:22, 8101:19
**601** [1] - 8097:15
**6017** [1] - 8144:15
**6017.06** [1] - 8144:20
**6017.17** [1] - 8144:21
**6025G** [1] - 8196:18
**6025G.2** [1] - 8196:18
**60654** [1] - 8100:25
**618** [1] - 8098:11
**620.3** [1] - 8140:18
**631** [2] - 8124:15,
8124:25
**69** [1] - 8118:3

## 7

**700,000** [2] - 8240:15,
8240:18

**701** [2] - 8100:11,
8100:16
**70113** [1] - 8097:8
**70130** [5] - 8097:16,
8097:23, 8098:18,
8100:11, 8102:15
**70139** [1] - 8100:17
**70163** [1] - 8101:7
**70360** [1] - 8098:4
**70458** [1] - 8098:8
**70502** [2] - 8097:5,
8101:20
**70801** [1] - 8098:11
**70804** [1] - 8100:7
**748** [1] - 8238:12
**7500** [2] - 8144:24,
8145:6
**75270** [1] - 8102:7
**7611** [1] - 8099:7
**77002** [1] - 8101:11
**77006** [1] - 8098:15
**77010** [1] - 8102:10
**77098** [1] - 8101:23
**7TH** [1] - 8098:23

## 8

**8** [2] - 8233:1, 8233:15
**8106** [2] - 8103:5,
8103:6
**8127** [1] - 8103:7
**820** [1] - 8097:8
**8225** [1] - 8103:8
**8237** [1] - 8103:9
**8244** [2] - 8103:10,
8103:11
**8245** [1] - 8103:12
**866** [6] - 8161:11,
8161:25, 8162:3,
8163:20, 8163:23,
8164:1
**866N.23.1** [1] -
8108:10
**8:00** [1] - 8096:9

## 9

**90071** [1] - 8101:16
**93** [1] - 8107:6
**94005** [1] - 8100:7
**94102** [1] - 8098:24
**9th** [1] - 8142:3
**9TH** [1] - 8097:22

## A

**A.M** [1] - 8096:9
**a.m** [1] - 8200:23

**ability** [2] - 8181:10,
8245:19
**able** [6] - 8108:4,
8152:24, 8171:21,
8181:22, 8192:9,
8212:17
**aboard** [7] - 8143:16,
8160:20, 8163:12,
8171:9, 8226:16,
8233:6, 8233:9
**above-entitled** [1] -
8245:19
**ABRAMSON** [1] -
8097:14
**absolute** [1] - 8115:19
**absolutely** [11] -
8113:2, 8129:6,
8133:4, 8134:21,
8143:23, 8145:5,
8147:4, 8149:8,
8169:12, 8194:14,
8195:5
**access** [9] - 8154:2,
8154:13, 8179:23,
8179:24, 8181:2,
8181:3, 8181:11,
8181:15, 8237:9
**accident** [7] - 8158:9,
8159:10, 8159:13,
8159:20, 8178:24,
8240:25, 8241:10
**according** [1] - 8220:3
**accountabilities** [2] -
8189:22, 8191:9
**accountability** [2] -
8137:23, 8138:25
**accountable** [3] -
8113:10, 8114:16,
8203:12
**accurate** [3] -
8164:19, 8238:12,
8243:3
**achieved** [3] - 8120:1,
8120:21, 8122:21
**acknowledge** [2] -
8119:15, 8236:3
**acknowledged** [1] -
8180:18
**acknowledgment** [1] -
8121:10
**act** [1] - 8205:15
**action** [8] - 8134:2,
8135:17, 8135:18,
8136:4, 8186:22,
8189:8, 8192:17,
8243:23
**ACTION** [1] - 8096:8
**actions** [5] - 8184:7,
8186:14, 8200:13,
8240:8, 8243:12

**active** [4] - 8206:1,
8206:12, 8206:13,
8206:18
**activities** [6] - 8123:9,
8123:10, 8188:22,
8193:7, 8199:14,
8213:9
**activity** [22] - 8116:1,
8122:13, 8127:10,
8130:14, 8143:23,
8143:24, 8144:1,
8144:4, 8145:10,
8145:18, 8149:1,
8155:10, 8168:16,
8168:18, 8169:10,
8169:24, 8171:4,
8176:7, 8176:8,
8188:21, 8240:15,
8242:9
**actual** [1] - 8168:8
**addition** [2] - 8109:8,
8113:8
**additional** [3] -
8188:24, 8224:5,
8224:13
**address** [5] - 8126:3,
8126:24, 8136:5,
8152:24, 8193:5
**addressed** [4] -
8113:21, 8113:22
**addressing** [1] -
8200:9
**adjustments** [1] -
8108:18
**admitted** [2] -
8104:20, 8104:22
**advantages** [2] -
8179:13, 8207:1
**advise** [2] - 8216:8,
8216:9
**advisor** [1] - 8139:1
**advisors** [3] -
8138:19, 8138:20,
8139:3
**advocate** [1] - 8131:12
**advocated** [2] -
8178:18, 8178:21
**advocates** [3] -
8131:15, 8131:17,
8131:18
**afternoon** [2] -
8105:2, 8201:21
**agenda** [4] - 8107:23,
8141:19, 8141:21,
8210:25
**ago** [3] - 8196:5,
8204:16, 8225:20
**agree** [22] - 8154:24,
8155:2, 8166:8,
8169:6, 8169:20,

8170:16, 8171:6,
8173:19, 8174:11,
8176:14, 8185:5,
8186:20, 8190:24,
8193:2, 8195:15,
8205:20, 8212:5,
8212:10, 8218:12,
8223:11, 8233:5,
8238:16
**agreeable** [1] -
8244:11
**agreed** [6] - 8113:14,
8135:24, 8136:13,
8138:18, 8138:23,
8212:10
**ahead** [13] - 8113:19,
8138:13, 8153:21,
8162:17, 8162:20,
8164:3, 8165:6,
8180:11, 8188:7,
8225:16, 8226:8,
8226:19, 8227:17
**aim** [1] - 8181:20
**AL** [4] - 8096:13,
8096:16, 8097:12,
8099:24
**ALABAMA** [2] -
8099:21
**Alabama** [1] - 8225:5
**aligned** [1] - 8143:23
**ALLAN** [1] - 8100:10
**allocations** [2] -
8148:6
**allow** [6] - 8137:3,
8145:15, 8186:23,
8201:22, 8202:17,
8241:7
**allowed** [2] - 8169:13,
8221:13
**allowing** [1] - 8169:8
**allows** [1] - 8118:9
**alluded** [1] - 8162:16
**almost** [3] - 8105:16,
8105:21, 8146:19
**alone** [2] - 8159:4,
8207:10
**AMERICA** [3] -
8096:15, 8098:21,
8100:14
**American** [1] - 8165:8
**AMERICAN** [1] -
8097:15
**amount** [1] - 8193:20
**amounting** [1] -
8223:3
**analyses** [1] - 8192:1
**Analysis** [1] - 8242:18
**analysis** [25] -
8159:10, 8177:25,
8178:4, 8178:10,

8178:13, 8178:16, 8178:19, 8179:3, 8179:11, 8179:17, 8180:3, 8180:8, 8180:19, 8180:25, 8181:8, 8181:25, 8191:22, 8192:3, 8192:4, 8192:7, 8192:22, 8193:8, 8197:3, 8197:4
**analyze** [3] - 8167:12, 8179:18, 8216:25
**analyzed** [1] - 8191:14
**AND** [2] - 8096:12, 8101:4
**ANDREW** [1] - 8100:23
**Andy** [9] - 8109:14, 8114:8, 8117:4, 8133:14, 8133:15, 8135:14, 8135:15, 8155:19, 8204:21
**ANGELES** [1] - 8101:16
**announced** [2] - 8192:19, 8192:20
**annual** [8] - 8113:9, 8116:15, 8116:17, 8122:8, 8143:4, 8143:6, 8144:20, 8188:20
**anomalous** [1] - 8240:1
**anomalously** [1] - 8173:1
**answer** [14] - 8137:6, 8139:8, 8139:12, 8153:14, 8153:19, 8153:20, 8170:22, 8175:21, 8180:11, 8185:6, 8190:18, 8192:9, 8193:25, 8213:5
**answered** [2] - 8180:10, 8183:15
**answers** [1] - 8137:3
**ANTHONY** [1] - 8098:17
**anxious** [1] - 8204:24
**anyway** [1] - 8165:23
**AP** [2] - 8143:3, 8143:4
**apologies** [4] - 8120:14, 8120:16, 8138:12, 8146:5
**apparent** [2] - 8168:12, 8177:17
**APPEARANCES** [6] - 8097:1, 8098:1, 8099:1, 8100:1,

8101:1, 8102:1
**appeared** [1] - 8242:21
**applicable** [1] - 8156:5
**application** [2] - 8158:21, 8215:17
**applied** [3] - 8157:16, 8160:9, 8241:19
**applies** [1] - 8165:21
**apply** [6] - 8156:19, 8159:3, 8159:14, 8159:24, 8160:5, 8160:7, 8160:15, 8165:20
**appreciative** [1] - 8119:4
**approach** [2] - 8194:3, 8224:18
**approved** [2] - 8222:3, 8222:5
**APRIL** [3] - 8096:6, 8096:9, 8104:2
**April** [12] - 8144:11, 8144:17, 8153:9, 8155:15, 8155:24, 8156:2, 8232:11, 8232:13, 8233:7, 8234:9, 8234:22, 8235:10
**Archie's** [2] - 8152:3, 8183:10
**area** [7] - 8105:17, 8105:19, 8124:13, 8172:22, 8173:6, 8173:9, 8173:17
**areas** [5] - 8108:8, 8114:10, 8124:8, 8152:16, 8159:24
**ARRELL** [1] - 8101:22
**arrows** [1] - 8107:14
**ASBILL** [1] - 8101:9
**aspect** [2] - 8160:10, 8185:19
**aspects** [2] - 8182:2
**assess** [1] - 8171:1
**assessed** [3] - 8114:11, 8116:18, 8116:20
**Assessment** [3] - 8166:3, 8167:17, 8194:4, 8194:6, 8197:6, 8199:21, 8242:23, 8243:2
**assessment** [14] - 8117:4, 8117:8, 8117:22, 8118:15, 8124:1, 8159:13, 8159:20, 8159:23, 8190:6, 8191:8,

8191:9, 8191:10, 8195:20, 8195:22
**Assessments** [1] - 8167:25
**assessments** [11] - 8166:13, 8166:18, 8167:13, 8168:8, 8190:8, 8190:17, 8191:7, 8192:7, 8192:16, 8196:1, 8196:10
**ASSET** [1] - 8096:13
**asset** [2] - 8164:11, 8231:9
**assets** [3] - 8158:22, 8158:23, 8196:10
**assigning** [1] - 8161:19
**associated** [2] - 8199:14, 8235:19
**Association** [1] - 8127:24
**assume** [1] - 8213:18
**assumption** [1] - 8155:23
**assumptions** [1] - 8155:25
**assurance** [2] - 8158:21, 8161:2
**Assurance** [2] - 8158:3, 8222:12
**astound** [1] - 8185:19
**astounded** [1] - 8185:16
**Atlantis** [1] - 8177:22
**attached** [1] - 8117:3
**Attached** [1] - 8177:9
**attachment** [1] - 8144:20
**attack** [4] - 8167:7, 8192:15, 8193:3, 8193:14
**attempt** [1] - 8162:10
**attempting** [1] - 8151:2
**attended** [1] - 8208:22
**attention** [4] - 8140:16, 8144:11, 8172:23, 8194:19
**attentive** [1] - 8121:16
**ATTORNEY** [4] - 8099:21, 8099:22, 8100:4, 8100:6
**Audit** [2] - 8222:12
**audit** [4] - 8139:6, 8221:2, 8222:4, 8222:7
**auditing** [1] - 8223:1
**audits** [1] - 8192:7
**August** [5] - 8137:16,

8138:3, 8191:7, 8220:8, 8221:22
**available** [1] - 8216:21
**AVENUE** [5] - 8097:8, 8098:23, 8099:23, 8100:20, 8101:15
**avoid** [1] - 8153:8
**award** [6] - 8122:8, 8123:12, 8123:17, 8127:15, 8233:9, 8242:1
**Award** [9] - 8122:9, 8123:19, 8127:6, 8127:23, 8128:14, 8130:13, 8133:2, 8241:22, 8242:8
**awarded** [3] - 8122:11, 8127:21, 8130:16
**awards** [1] - 8130:14
**aware** [16] - 8125:3, 8150:20, 8150:22, 8175:23, 8176:1, 8179:21, 8180:16, 8185:18, 8216:10, 8224:14, 8230:2, 8233:6, 8233:8, 8233:11, 8242:6, 8242:10
**awareness** [11] - 8151:5, 8151:10, 8175:1, 8175:15, 8175:25, 8176:4, 8188:15, 8195:12, 8242:19, 8243:1, 8243:6
**Azar** [4] - 8105:12, 8201:5, 8201:22, 8202:4
**Azar's** [1] - 8201:13
**Azerbaijan** [6] - 8208:8, 8208:18, 8208:19, 8208:20, 8209:3, 8211:9

## B

**background** [2] - 8149:5, 8210:11
**bad** [1] - 8199:10
**Barbara** [7] - 8203:24, 8203:25, 8208:22, 8208:23, 8209:9, 8210:13, 8221:8
**BARBIER** [1] - 8096:22
**barely** [1] - 8153:22
**barrel** [2] - 8118:22, 8147:11

**barrels** [1] - 8146:19
**base** [3] - 8114:13, 8119:22, 8142:14
**based** [10] - 8116:19, 8125:2, 8128:16, 8184:2, 8208:16, 8208:22, 8208:24, 8234:2, 8234:9, 8236:4
**basic** [1] - 8192:22
**basin** [1] - 8164:8
**basing** [1] - 8142:25
**basis** [9] - 8109:11, 8109:16, 8110:4, 8110:7, 8113:9, 8116:15, 8116:17, 8146:12, 8166:24
**BATON** [1] - 8098:11, 8100:7
**Baxter** [2] - 8156:15, 8156:17
**BEACH** [1] - 8097:19
**became** [1] - 8107:25
**become** [5] - 8108:12, 8121:2, 8168:12, 8218:10, 8218:15
**BEFORE** [1] - 8096:22
**begin** [2] - 8117:9, 8119:25
**beginning** [7] - 8119:6, 8121:19, 8136:18, 8160:22, 8172:18, 8230:10, 8233:14
**behalf** [2] - 8106:12, 8126:23
**behavior** [1] - 8236:2
**behavioral** [1] - 8221:13
**behind** [3] - 8126:5, 8135:22, 8196:16
**belief** [2] - 8122:23, 8206:7
**believer** [1] - 8178:16
**belong** [1] - 8156:10
**below** [3] - 8115:6, 8204:5, 8217:19
**BEN** [1] - 8099:18
**benefit** [1] - 8148:21
**best** [9] - 8169:22, 8206:17, 8228:12, 8229:6, 8233:16, 8233:18, 8234:4, 8234:8, 8245:19
**better** [3] - 8139:2, 8151:6, 8233:19
**between** [11] - 8151:12, 8153:6, 8153:7, 8155:12, 8164:15, 8172:4,

8189:22, 8208:17,
8218:19, 8221:4,
8236:15
**beyond** [1] - 8117:13
**big** [24] - 8124:13,
8127:13, 8127:15,
8130:14, 8135:7,
8135:8, 8145:11,
8145:12, 8152:22,
8153:25, 8182:22,
8186:3, 8210:15,
8212:14, 8217:25,
8218:10, 8218:15,
8218:18, 8219:22,
8220:4, 8228:16,
8230:19, 8231:9
**bigger** [1] - 8218:21
**biggest** [1] - 8208:13
**billion** [2] - 8144:25,
8147:3
**biogenics** [1] -
8150:15
**Birrell** [2] - 8204:18,
8204:19
**bit** [9] - 8105:23,
8121:15, 8137:4,
8137:10, 8138:24,
8146:15, 8210:11,
8210:22, 8217:10
**blank** [2] - 8190:2,
8190:4
**blanks** [2] - 8194:8,
8194:9
**blind** [1] - 8197:19
**block** [1] - 8226:16
**blow** [1] - 8177:4
**blowout** [1] - 8112:24
**blowouts** [3] -
8112:21, 8172:6,
8172:7
**blue** [1] - 8198:7
**Bly** [5] - 8179:17,
8179:21, 8180:13,
8183:3, 8184:6
**Board** [2] - 8157:25,
8160:2
**board** [2] - 8143:17,
8157:25
**boat** [2] - 8149:19,
8149:21
**Bob** [1] - 8209:13
**bonus** [1] - 8133:15
**book** [8] - 8109:22,
8109:24, 8109:25,
8110:3, 8110:10,
8110:20, 8111:3,
8113:9
**bookkeeping** [1] -
8148:6
**boots** [6] - 8135:18,

8135:20, 8136:14,
8136:17, 8137:15,
8139:17
**BOP** [1] - 8201:17
**boss** [15] - 8109:10,
8109:13, 8109:20,
8113:14, 8114:8,
8117:5, 8117:16,
8117:21, 8119:10,
8130:22, 8130:23,
8131:1, 8149:3,
8217:14
**bottom** [5] - 8114:5,
8142:5, 8146:16,
8218:21, 8219:24
**BOULEVARD** [1] -
8098:14
**BOUNDS** [1] -
8097:10
**Bourgoyne** [3] -
8105:8, 8105:22,
8129:7
**Bourgoyne's** [1] -
8105:17
**BOX** [4] - 8097:4,
8099:7, 8099:13,
8100:7
**BP** [290] - 8096:15,
8100:13, 8100:14,
8100:15, 8106:12,
8107:6, 8107:8,
8111:12, 8111:14,
8122:7, 8123:7,
8123:14, 8123:17,
8125:3, 8127:10,
8127:18, 8128:13,
8129:7, 8134:22,
8134:24, 8135:1,
8135:4, 8135:8,
8137:23, 8138:20,
8139:3, 8139:23,
8141:19, 8142:15,
8143:7, 8144:7,
8144:16, 8145:23,
8155:6, 8156:10,
8156:13, 8156:14,
8157:25, 8158:23,
8161:4, 8164:12,
8172:6, 8172:22,
8173:9, 8173:14,
8178:12, 8179:2,
8185:4, 8190:23,
8190:24, 8191:18,
8197:20, 8199:20,
8201:4, 8201:13,
8201:21, 8202:1,
8205:18, 8205:21,
8205:25, 8206:15,
8207:20, 8207:25,
8208:5, 8208:17,

8209:5, 8209:9,
8210:5, 8211:1,
8211:22, 8212:3,
8212:10, 8212:18,
8213:25, 8214:19,
8221:2, 8223:8,
8224:11, 8227:21,
8228:10, 8228:11,
8228:24, 8229:3,
8229:11, 8229:13,
8229:24, 8230:3,
8230:12, 8230:15,
8230:19, 8230:21,
8231:3, 8231:9,
8232:12, 8232:22,
8234:24, 8236:8,
8236:15, 8236:24,
8238:6, 8238:11,
8238:24, 8240:24,
8241:22, 8242:1,
8242:7, 8242:13,
8244:6
**BP's** [10] - 8109:10,
8123:8, 8123:9,
8129:22, 8156:25,
8179:16, 8195:11,
8201:9, 8241:2,
8241:11
**BP-owned** [3] -
8111:12, 8139:23,
8156:14
**BRAD** [1] - 8101:14
**BRANCH** [3] -
8098:22, 8099:10,
8099:16
**break** [2] - 8200:17,
8220:17
**breakdown** [1] -
8205:13
**BREIT** [3] - 8097:18,
8097:18
**BRENNAN** [1] -
8101:9
**Brett** [1] - 8234:25
**BRIAN** [2] - 8101:14,
8244:16
**bridging** [1] - 8155:11
**brief** [3] - 8158:7,
8224:16, 8237:4
**briefly** [2] - 8104:13,
8244:17
**bright** [1] - 8164:8
**bring** [1] - 8130:3
**bringing** [1] - 8152:23
**brings** [1] - 8154:6
**broadly** [1] - 8241:3
**BROCK** [11] -
8100:20, 8105:7,
8105:13, 8105:23,
8244:7, 8244:14,

8244:20, 8244:25,
8245:3, 8245:5,
8245:7
**Brock** [5] - 8105:11,
8201:8, 8201:19,
8244:16, 8244:24
**broke** [2] - 8106:19,
8220:14
**brought** [2] - 8121:23,
8162:15
**build** [1] - 8107:1
**building** [1] - 8217:25
**BUILDING** [1] -
8097:15
**built** [2] - 8165:10,
8234:13
**bunch** [3] - 8131:22,
8187:11, 8243:9
**BURLING** [1] -
8100:19
**business** [19] -
8108:17, 8109:4,
8109:9, 8113:19,
8113:20, 8121:3,
8122:13, 8147:13,
8147:16, 8152:18,
8153:25, 8170:6,
8170:25, 8185:19,
8189:24, 8196:22,
8199:22, 8230:15,
8242:25
**businesses** [1] -
8118:10
**busy** [2] - 8235:11,
8235:12
**BY** [61] - 8096:5,
8097:3, 8097:7,
8097:11, 8097:14,
8097:18, 8097:22,
8098:3, 8098:7,
8098:10, 8098:14,
8098:17, 8098:22,
8099:4, 8099:10,
8099:17, 8099:22,
8100:5, 8100:10,
8100:15, 8100:20,
8100:23, 8101:6,
8101:10, 8101:14,
8101:18, 8101:22,
8102:4, 8102:9,
8102:17, 8102:18,
8103:6, 8103:7,
8103:8, 8103:9,
8106:18, 8120:17,
8127:2, 8128:6,
8137:13, 8138:14,
8139:15, 8145:22,
8150:9, 8154:16,
8162:24, 8164:5,
8171:5, 8180:20,

8183:4, 8184:9,
8186:7, 8202:19,
8211:20, 8213:11,
8220:21, 8222:24,
8223:7, 8224:1,
8225:9, 8237:13

---

# C

**CA** [2] - 8098:24,
8101:16
**CALDWELL** [1] -
8100:5
**CALLED** [1] - 8104:4
**CAMP** [1] - 8100:11
**cannot** [6] - 8124:20,
8180:1, 8185:1,
8187:5, 8192:22,
8206:1
**Canyon** [3] - 8130:11,
8173:5, 8173:15
**capability** [2] -
8115:13, 8115:16
**captured** [1] - 8205:5
**carbon** [1] - 8105:21
**cared** [2] - 8125:21,
8206:19
**CARL** [1] - 8096:22
**Carl** [1] - 8156:8
**CARONDELET** [1] -
8097:22
**CARRIE** [1] - 8100:24
**carried** [4] - 8166:13,
8190:8, 8196:1,
8242:23
**carries** [1] - 8171:6
**carry** [1] - 8181:12
**carrying** [2] - 8178:14,
8179:22
**Carter** [1] - 8176:23
**carve** [1] - 8232:2
**carve-out** [1] - 8232:2
**cascaded** [1] - 8116:9
**CASE** [2] - 8096:12,
8096:14
**case** [5] - 8124:19,
8147:14, 8199:19,
8204:12, 8236:11
**cash** [1] - 8144:25
**casing** [1] - 8224:13
**categorize** [1] -
8197:7
**categorized** [1] -
8184:11
**category** [2] -
8127:10, 8242:9
**Cathy** [2] - 8245:16,
8245:21
**CATHY** [1] - 8102:13

**Cathy_Pepper@laed .uscourts.gov** [1] - 8245:24

**cathy_Pepper@laed. uscourts.gov** [1] - 8102:16

**causes** [16] - 8177:21, 8178:1, 8178:25, 8179:2, 8179:6, 8179:7, 8179:18, 8188:22, 8189:7, 8190:2, 8190:18, 8191:6, 8191:14, 8205:6, 8207:11, 8207:13

**causing** [4] - 8160:4, 8182:25, 8189:23, 8215:10

**CCR** [2] - 8102:13, 8245:21

**cementing** [1] - 8149:12

**CENTRE** [1] - 8101:6

**CEO** [3] - 8114:9, 8144:7, 8144:12

**CERNICH** [1] - 8099:5

**certain** [1] - 8241:8

**certainly** [11] - 8158:25, 8174:15, 8174:16, 8178:17, 8178:21, 8179:13, 8192:24, 8197:21, 8210:4, 8222:22, 8236:16

**CERTIFICATE** [1] - 8245:15

**CERTIFIED** [1] - 8102:13

**Certified** [3] - 8245:16, 8245:17, 8245:22

**certify** [1] - 8245:18

**chain** [3] - 8177:3, 8204:3, 8204:14

**CHAKERES** [1] - 8099:6

**challenges** [1] - 8170:9

**challenging** [1] - 8171:11

**champion** [1] - 8210:4

**chance** [2] - 8137:6, 8172:6

**CHANG** [1] - 8099:5

**change** [2] - 8107:10, 8137:16

**changed** [7] - 8134:2, 8134:3, 8138:15, 8182:7, 8182:8, 8182:21, 8203:7

**changes** [10] - 8149:4, 8182:9, 8182:10, 8182:15, 8182:17, 8182:18, 8182:20, 8182:23, 8202:11

**chaos** [3] - 8173:21, 8173:24, 8174:4

**charge** [7] - 8172:11, 8184:25, 8185:3, 8185:17, 8185:18, 8219:15, 8223:1

**chart** [4] - 8230:6, 8231:23, 8232:12, 8232:18

**charter** [1] - 8149:17

**CHASE** [1] - 8101:19

**check** [1] - 8139:5

**checking** [1] - 8243:11

**checklist** [8] - 8186:11, 8186:15, 8186:19, 8186:23, 8186:25, 8187:2, 8187:3, 8243:11

**checklists** [1] - 8186:9

**checks** [2] - 8125:19, 8223:14

**chemical** [2] - 8112:20, 8119:2

**chemical-type** [1] - 8119:2

**Cheryl** [3] - 8185:14, 8185:16, 8185:21

**CHICAGO** [1] - 8100:25

**chief** [3] - 8131:10, 8135:9, 8182:13

**Chief** [1] - 8204:20

**choice** [1] - 8166:24

**Cindi** [10] - 8163:4, 8163:6, 8163:8, 8163:10, 8166:21, 8167:21, 8176:24, 8177:4, 8177:7, 8187:10

**CIP** [3] - 8117:10, 8117:11, 8117:12

**circulate** [1] - 8106:6

**circulated** [3] - 8104:15, 8105:4, 8105:8

**circumstances** [5] - 8131:21, 8180:17, 8196:16, 8208:21, 8241:8

**cited** [1] - 8228:10

**CIVIL** [3] - 8096:8, 8098:22, 8099:10

**clarify** [1] - 8211:14

**class** [1] - 8125:16,

8164:8, 8164:12

**classical** [2] - 8217:25, 8220:3

**classification** [1] - 8124:18

**classify** [1] - 8134:18

**clear** [9] - 8115:18, 8121:21, 8125:9, 8155:20, 8159:16, 8166:25, 8175:5, 8199:9, 8216:12

**clearly** [3] - 8107:16, 8126:7, 8200:8

**Clerk** [1] - 8106:15

**CLERK** [5] - 8104:7, 8126:20, 8200:22, 8200:24, 8245:9

**client** [1] - 8212:22

**CLINGMAN** [1] - 8101:10

**close** [4] - 8106:6, 8177:13, 8222:4, 8243:4

**closing** [2] - 8177:11, 8243:13

**Closure** [1] - 8242:17

**closure** [4] - 8188:18, 8212:11, 8222:6, 8242:24

**coarse** [1] - 8159:13

**Cocales** [1] - 8234:25

**Colleagues** [1] - 8119:25

**collected** [2] - 8191:6, 8191:13

**color** [1] - 8197:19

**color-blind** [1] - 8197:19

**colors** [2] - 8197:17, 8198:3

**combination** [2] - 8153:11, 8153:24

**comfortable** [2] - 8200:5, 8200:7

**coming** [3] - 8135:12, 8143:17, 8215:2

**command** [1] - 8204:3

**comment** [6] - 8134:8, 8156:23, 8187:5, 8195:15, 8196:17, 8199:23

**comments** [2] - 8156:22, 8156:23

**COMMERCIAL** [1] - 8099:16

**commissioned** [1] - 8172:5

**commissioning** [1] - 8147:7

**commitment** [3] -

8119:8, 8122:19, 8125:20

**committed** [2] - 8123:2, 8164:24

**committee** [3] - 8157:25, 8187:19, 8243:21

**Committee** [2] - 8126:24, 8158:4

**common** [2] - 8197:7, 8238:3

**communicate** [4] - 8110:9, 8119:11, 8212:17, 8213:23

**communicating** [1] - 8121:6

**communication** [6] - 8119:21, 8120:6, 8120:11, 8120:19, 8121:9, 8122:2

**communications** [1] - 8214:11

**companies** [2] - 8127:13, 8215:2

**company** [11] - 8116:14, 8127:16, 8128:14, 8130:14, 8135:2, 8136:22, 8145:18, 8159:23, 8160:11, 8165:7, 8200:2

**COMPANY** [1] - 8100:15

**compare** [1] - 8118:9

**comparison** [1] - 8172:3

**competency** [1] - 8236:9

**compilation** [1] - 8109:25

**complacent** [7] - 8119:19, 8121:2, 8121:12, 8121:15, 8170:5, 8170:7, 8170:24

**COMPLAINT** [1] - 8096:12

**complete** [3] - 8170:21, 8179:17, 8180:3

**completed** [5] - 8147:7, 8188:23, 8201:21, 8202:2, 8231:6

**completely** [3] - 8105:16, 8149:3, 8178:19

**completeness** [1] - 8176:10

**Completions** [8] -

8154:10, 8156:1, 8209:10, 8210:5, 8210:7, 8232:2, 8239:4, 8242:22

**completions** [5] - 8125:13, 8165:25, 8184:24, 8186:2, 8204:1

**complex** [3] - 8152:18, 8152:22, 8153:25

**complimentary** [1] - 8227:21

**complimented** [1] - 8129:7

**comprehensive** [2] - 8125:8, 8175:10

**compromising** [1] - 8116:1

**COMPUTER** [1] - 8102:18

**concept** [4] - 8178:11, 8188:9, 8213:12, 8213:13

**concepts** [1] - 8153:3

**concern** [3] - 8203:22, 8222:25

**concerned** [8] - 8199:24, 8200:1, 8200:2, 8203:8, 8203:19, 8207:10, 8217:24, 8223:18

**concerns** [3] - 8161:16, 8200:9, 8236:19

**conclude** [1] - 8187:21

**concludes** [2] - 8133:17, 8133:21

**conclusion** [3] - 8178:3, 8186:16, 8186:17

**conclusions** [1] - 8183:19

**condition** [1] - 8236:8

**conditionally** [1] - 8222:2

**conducted** [1] - 8240:24

**conducting** [2] - 8106:11, 8125:4

**confer** [1] - 8244:16

**confident** [3] - 8125:2, 8125:19, 8154:12

**conflict** [1] - 8202:5

**confused** [2] - 8161:21, 8162:22

**confusion** [2] - 8138:24, 8174:5

**congratulations** [1] -

8235:17
**connection** [8] -
8130:5, 8184:24,
8185:3, 8191:1,
8211:21, 8215:19,
8216:16, 8217:7
**CONRAD** [1] - 8098:3
**consider** [1] - 8170:2
**considered** [3] -
8129:19, 8171:18,
8223:2
**consistency** [1] -
8221:4
**consistent** [8] -
8140:1, 8140:5,
8154:15, 8228:24,
8229:2, 8229:4,
8234:3, 8243:12
**construction** [1] -
8147:7
**constructive** [1] -
8186:21
**contain** [1] - 8116:25
**containment** [8] -
8110:18, 8110:21,
8111:5, 8111:11,
8111:20, 8112:10,
8112:22, 8125:10
**content** [1] - 8235:24
**contents** [1] - 8109:15
**context** [17] - 8128:17,
8128:19, 8146:2,
8156:22, 8157:14,
8158:15, 8171:20,
8173:22, 8179:14,
8183:17, 8184:23,
8192:13, 8207:23,
8212:5, 8215:15,
8216:6, 8219:2
**continue** [4] -
8105:25, 8108:23,
8121:4, 8194:6
**continued** [2] -
8123:24, 8124:7
**Continued** [1] -
8106:17
**CONTINUED** [5] -
8098:1, 8099:1,
8100:1, 8101:1,
8102:1
**CONTINUED)............**
**.................** [1] -
8103:5
**continuing** [1] -
8106:11
**continuity** [1] -
8210:17
**continuous** [1] -
8117:12
**contract** [25] - 8107:9,

8113:13, 8113:17,
8113:18, 8114:3,
8114:6, 8114:7,
8114:13, 8114:16,
8114:24, 8115:8,
8116:4, 8116:11,
8116:21, 8116:23,
8116:25, 8117:20,
8120:4, 8130:5,
8155:11, 8209:19,
8224:3, 8238:8,
8238:11, 8238:14
**contractor** [9] -
8111:12, 8111:16,
8136:23, 8139:1,
8156:11, 8184:23,
8186:2, 8206:1,
8206:19
**contractor's** [1] -
8156:12
**contractor-owned** [1]
- 8111:12
**contractors** [19] -
8107:6, 8107:9,
8125:15, 8125:16,
8136:23, 8137:22,
8139:6, 8179:25,
8181:22, 8206:2,
8206:21, 8207:10,
8208:13, 8210:15,
8214:10, 8214:13,
8222:6, 8223:15,
8226:21
**contracts** [4] - 8116:6,
8116:8, 8188:20,
8212:3
**contribute** [1] -
8119:5
**contributing** [1] -
8228:11
**control** [7] - 8125:10,
8149:14, 8159:18,
8171:20, 8212:21,
8213:19, 8213:25
**controlled** [1] -
8169:10
**controls** [1] - 8176:2
**convene** [1] - 8108:23
**convenes** [1] -
8108:20
**conversation** [4] -
8141:10, 8172:3,
8219:7, 8224:14
**conversations** [1] -
8213:7
**COO** [1] - 8209:23
**coordinate** [1] -
8162:11
**copied** [1] - 8187:14
**copy** [1] - 8105:21

**core** [1] - 8153:4
**COREY** [1] - 8099:22
**corner** [5] - 8197:11,
8198:9, 8198:20,
8198:24, 8199:10
**corporate** [9] -
8144:24, 8145:5,
8145:6, 8145:11,
8145:19, 8145:23,
8148:6, 8148:9,
8204:1
**CORPORATE** [1] -
8098:4
**correct** [417] - 8109:7,
8109:21, 8110:8,
8111:13, 8117:5,
8117:6, 8120:5,
8120:9, 8123:11,
8123:21, 8124:24,
8127:6, 8127:11,
8127:12, 8127:14,
8127:16, 8127:17,
8127:19, 8128:14,
8128:21, 8128:22,
8128:24, 8128:25,
8129:1, 8129:2,
8129:17, 8129:18,
8129:19, 8129:23,
8129:24, 8130:1,
8130:6, 8130:7,
8130:8, 8130:11,
8131:17, 8131:20,
8131:23, 8131:25,
8132:2, 8132:5,
8132:6, 8132:7,
8132:12, 8132:13,
8132:15, 8132:20,
8132:21, 8132:24,
8133:3, 8133:7,
8133:8, 8133:25,
8134:13, 8134:15,
8134:20, 8134:22,
8134:23, 8134:24,
8134:25, 8135:3,
8135:8, 8135:10,
8135:13, 8135:15,
8136:16, 8136:24,
8137:1, 8137:17,
8138:4, 8139:24,
8140:10, 8140:22,
8140:23, 8141:14,
8142:1, 8142:11,
8142:13, 8142:15,
8142:24, 8143:1,
8143:4, 8143:5,
8143:9, 8143:14,
8144:8, 8144:17,
8144:18, 8144:25,
8145:1, 8145:14,
8146:13, 8146:17,

8146:18, 8146:20,
8147:20, 8148:1,
8148:3, 8148:4,
8148:6, 8148:8,
8148:19, 8148:20,
8148:23, 8149:9,
8149:10, 8149:12,
8149:13, 8149:14,
8149:15, 8149:17,
8149:18, 8150:11,
8150:12, 8150:13,
8150:14, 8150:15,
8150:16, 8151:16,
8151:21, 8151:24,
8152:1, 8152:2,
8152:16, 8153:5,
8154:21, 8155:1,
8156:3, 8156:4,
8156:17, 8156:18,
8157:5, 8157:6,
8157:9, 8157:10,
8157:11, 8157:12,
8157:25, 8158:1,
8158:2, 8158:4,
8158:5, 8158:8,
8158:10, 8158:11,
8158:13, 8159:5,
8160:24, 8163:4,
8164:9, 8164:13,
8164:14, 8164:15,
8164:16, 8164:18,
8165:2, 8165:4,
8165:11, 8165:12,
8165:14, 8165:15,
8165:21, 8165:22,
8166:1, 8166:2,
8166:16, 8167:2,
8167:4, 8167:15,
8167:20, 8167:21,
8168:14, 8168:15,
8169:1, 8169:2,
8169:3, 8169:4,
8169:5, 8169:18,
8171:15, 8172:2,
8172:8, 8172:11,
8172:12, 8172:16,
8172:17, 8172:19,
8172:20, 8174:5,
8174:16, 8174:20,
8175:9, 8175:16,
8175:24, 8176:14,
8176:20, 8177:11,
8177:12, 8177:18,
8177:19, 8177:22,
8178:8, 8178:13,
8178:16, 8178:20,
8178:25, 8179:1,
8179:4, 8179:5,
8179:8, 8179:12,
8182:7, 8182:13,
8182:18, 8182:21,

8182:25, 8183:9,
8183:11, 8183:21,
8184:14, 8184:20,
8185:11, 8185:12,
8185:25, 8186:2,
8186:25, 8189:3,
8189:6, 8189:19,
8190:2, 8190:3,
8190:4, 8190:5,
8190:16, 8190:19,
8191:2, 8195:8,
8195:12, 8195:13,
8195:14, 8195:23,
8196:6, 8196:22,
8196:23, 8196:25,
8197:1, 8197:5,
8197:12, 8197:14,
8197:20, 8197:23,
8198:1, 8198:2,
8198:11, 8198:14,
8198:21, 8198:25,
8199:16, 8199:20,
8200:3, 8200:6,
8200:10, 8202:24,
8202:25, 8203:6,
8203:10, 8203:13,
8203:16, 8203:20,
8205:4, 8205:6,
8205:7, 8205:9,
8205:10, 8205:15,
8205:16, 8205:18,
8205:19, 8205:22,
8205:23, 8206:2,
8206:5, 8206:6,
8206:7, 8206:14,
8207:3, 8207:4,
8207:12, 8207:16,
8207:19, 8208:1,
8208:6, 8209:10,
8209:11, 8209:16,
8209:24, 8210:6,
8210:8, 8211:2,
8211:4, 8212:8,
8212:9, 8212:12,
8212:14, 8212:22,
8213:2, 8213:13,
8213:21, 8214:1,
8214:4, 8214:6,
8214:11, 8214:16,
8214:22, 8215:11,
8216:2, 8216:3,
8216:11, 8216:19,
8217:2, 8217:5,
8217:14, 8217:20,
8218:3, 8218:6,
8218:10, 8218:18,
8218:24, 8218:25,
8219:19, 8220:9,
8220:10, 8221:2,
8221:5, 8221:9,
8221:15, 8221:17,

8221:18, 8221:25, 8222:7, 8222:9, 8222:10, 8222:15, 8222:17, 8223:9, 8223:13, 8223:19, 8224:3, 8224:6, 8226:4, 8226:11, 8226:12, 8226:14, 8226:15, 8226:17, 8226:18, 8227:5, 8227:23, 8227:24, 8228:14, 8229:9, 8229:25, 8230:1, 8230:16, 8230:17, 8230:19, 8230:23, 8230:24, 8231:4, 8231:7, 8231:10, 8231:11, 8231:13, 8231:15, 8231:17, 8232:5, 8232:6, 8232:8, 8232:9, 8232:13, 8232:16, 8232:17, 8232:23, 8232:24, 8233:10, 8233:21, 8235:12, 8235:13, 8235:15, 8235:16, 8237:22, 8237:23, 8238:6, 8238:7, 8238:9, 8238:15, 8238:20, 8238:25, 8239:3, 8239:11, 8239:18, 8239:19, 8239:21, 8239:22, 8240:17, 8240:20, 8241:6, 8241:19, 8241:20, 8241:25, 8243:8, 8243:25, 8245:2, 8245:6, 8245:18
**correctly** [1] - 8191:12
**correlation** [1] - 8218:19
**cost** [7] - 8109:5, 8113:23, 8115:10, 8148:3, 8148:5, 8148:21, 8149:4
**costs** [13] - 8107:16, 8108:5, 8113:11, 8115:6, 8115:9, 8115:22, 8144:25, 8147:25, 8148:7, 8148:11, 8148:12, 8148:15, 8231:20
**counsel** [2] - 8162:10, 8197:20
**count** [19] - 8143:4, 8143:6, 8143:12, 8143:14, 8143:18, 8143:19, 8144:4, 8144:24, 8145:3,

8145:23, 8202:16, 8202:17, 8237:24, 8238:1, 8238:5, 8238:10, 8238:12, 8239:1, 8239:7
**counting** [2] - 8202:8, 8202:9
**counts** [2] - 8115:23, 8145:20
**couple** [6] - 8106:22, 8120:18, 8195:3, 8228:21, 8237:14, 8244:8
**course** [5] - 8118:25, 8120:25, 8174:1, 8219:23, 8228:15
**court** [2] - 8126:3, 8126:16
**Court** [16] - 8111:1, 8114:21, 8117:16, 8122:6, 8124:5, 8151:6, 8186:23, 8200:23, 8202:7, 8244:11, 8245:10, 8245:17, 8245:17, 8245:18, 8245:23, 8245:23
**COURT** [68] - 8096:1, 8102:13, 8104:4, 8104:8, 8104:10, 8104:19, 8104:24, 8105:6, 8105:11, 8105:14, 8106:7, 8125:24, 8126:4, 8126:16, 8128:2, 8137:5, 8137:10, 8138:13, 8138:17, 8139:12, 8150:4, 8150:8, 8153:17, 8153:19, 8161:13, 8161:16, 8162:3, 8162:7, 8162:15, 8162:20, 8163:25, 8164:3, 8170:22, 8180:11, 8183:23, 8200:17, 8200:21, 8200:25, 8202:9, 8202:13, 8202:15, 8211:10, 8211:12, 8211:18, 8213:4, 8220:13, 8220:20, 8222:23, 8223:6, 8223:22, 8224:17, 8224:19, 8224:24, 8225:3, 8225:5, 8225:7, 8236:21, 8236:24, 8237:1, 8237:5, 8244:2, 8244:6, 8244:13, 8244:23, 8245:1,

8245:4, 8245:6, 8245:8
**courtesy** [1] - 8210:19
**courtroom** [1] - 8151:1
**cover** [1] - 8211:7
**covered** [1] - 8202:23
**COVINGTON** [1] - 8100:19
**create** [2] - 8138:24, 8139:5
**creating** [1] - 8168:2
**credit** [2] - 8147:11, 8147:13
**crew** [2] - 8169:8, 8173:16
**crews** [1] - 8236:9
**criteria** [1] - 8241:16
**critical** [2] - 8118:19, 8129:16
**criticized** [1] - 8178:18
**CROSS** [4] - 8103:7, 8103:8, 8127:1, 8225:8
**cross** [5] - 8104:16, 8126:25, 8201:24, 8202:3, 8225:13
**CROSS-EXAMINATION** [4] - 8103:7, 8103:8, 8127:1, 8225:8
**cross-examination** [3] - 8104:16, 8126:25, 8225:13
**cross-examinations** [2] - 8201:24, 8202:3
**CRR** [2] - 8102:13, 8245:21
**cull** [2] - 8144:15, 8242:4
**culled** [1] - 8120:18
**cultural** [1] - 8221:12
**culture** [7] - 8136:22, 8198:16, 8200:3, 8200:5, 8223:8, 8223:12, 8223:19
**cumulative** [1] - 8105:16
**cumulatively** [1] - 8124:25
**CUNNINGHAM** [2] - 8097:10, 8097:11
**Curtis** [4] - 8131:16, 8182:12, 8203:5, 8203:7
**cut** [4] - 8105:24, 8145:3, 8145:6, 8220:15
**cuts** [1] - 8145:3

**cutting** [1] - 8183:14

# D

**D&C** [12] - 8137:16, 8137:21, 8140:21, 8154:13, 8155:18, 8155:21, 8155:22, 8232:12, 8232:16, 8232:22, 8233:20, 8238:5
**D-3175** [1] - 8156:8
**D-477** [1] - 8202:21
**D-4777.1** [1] - 8106:24
**D-4869** [1] - 8146:8
**daily** [1] - 8221:2
**DALLAS** [1] - 8102:7
**damage** [3] - 8160:4, 8179:16, 8216:1
**Dan** [4] - 8131:25, 8132:1, 8142:11
**dangerous** [6] - 8170:1, 8170:14, 8170:15, 8170:16, 8173:22, 8175:4
**DANIEL** [1] - 8099:17
**data** [4] - 8147:19, 8191:13, 8240:4, 8240:5
**Data** [1] - 8191:6
**date** [8] - 8133:5, 8144:9, 8144:24, 8188:4, 8210:16, 8225:22, 8227:10, 8228:20
**dated** [3] - 8132:11, 8194:21, 8224:22
**Daun** [9] - 8140:24, 8141:3, 8141:4, 8141:8, 8221:21, 8227:13, 8227:20, 8244:14, 8244:19
**DAUN** [1] - 8103:10
**DAUPHIN** [1] - 8097:11
**David** [5] - 8232:18, 8232:19, 8234:16, 8234:20, 8235:20
**DAWFC** [1] - 8204:11
**DAY** [1] - 8096:20
**day-away-from-work** [4] - 8124:14, 8124:17, 8124:18, 8124:19
**days** [7] - 8124:15, 8124:25, 8202:8, 8202:9, 8202:17, 8204:12, 8228:21
**DC** [4] - 8099:7,

8099:13, 8099:19, 8100:21
**DD** [3] - 8111:17, 8159:1
**deal** [1] - 8201:2
**dealing** [1] - 8106:3
**deals** [1] - 8211:8
**DEANNA** [1] - 8099:5
**dear** [1] - 8119:25
**death** [1] - 8160:4
**December** [10] - 8142:8, 8144:1, 8163:9, 8167:24, 8176:19, 8188:2, 8189:2, 8190:15, 8191:25, 8195:11
**decide** [3] - 8159:23, 8214:24, 8215:7
**decided** [4] - 8179:17, 8191:21, 8192:20
**deciding** [1] - 8179:20
**decision** [5] - 8106:20, 8128:15, 8181:6, 8189:24
**decision-making** [1] - 8189:24
**decisions** [1] - 8180:14
**deck** [7] - 8135:19, 8135:20, 8136:14, 8136:17, 8137:15, 8139:17, 8201:15
**decrease** [4] - 8118:12, 8129:23, 8147:24, 8147:25
**deep** [7] - 8125:20, 8151:18, 8178:25, 8179:7, 8179:18, 8180:8, 8243:17
**deep-root** [1] - 8179:18
**deep-rooted** [2] - 8178:25, 8179:7
**deeply** [2] - 8168:11, 8195:6
**Deepwater** [32] - 8130:10, 8137:1, 8141:14, 8150:6, 8153:9, 8154:20, 8155:5, 8155:15, 8156:6, 8156:19, 8159:5, 8181:16, 8182:25, 8183:20, 8184:5, 8184:24, 8185:4, 8209:19, 8215:25, 8216:17, 8220:8, 8222:12, 8224:3, 8224:6, 8229:13, 8230:2, 8230:22, 8233:7,

8234:10, 8235:3, 8235:11, 8240:25

**deepwater** [5] - 8170:11, 8170:16, 8171:6, 8171:10, 8234:11

**DEEPWATER** [3] - 8096:5, 8101:4, 8101:5

**Defined** [1] - 8241:4

**DEGRAVELLES** [2] - 8098:10, 8098:10

**degree** [1] - 8201:18

**DELEMARRE** [1] - 8099:11

**delivered** [8] - 8115:12, 8116:19, 8117:10, 8117:15, 8119:9, 8122:19, 8123:3, 8147:15

**delivering** [2] - 8114:13, 8118:18

**delivery** [2] - 8116:21, 8116:23

**demanded** [2] - 8181:7, 8181:8

**demonstrates** [1] - 8229:19

**demonstrative** [7] - 8147:17, 8202:21, 8229:10, 8229:11, 8229:19, 8231:21, 8231:22

**demonstratives** [1] - 8146:5

**density** [1] - 8152:13

**DEPARTMENT** [4] - 8098:21, 8099:3, 8099:9, 8099:15

**deposition** [6] - 8135:1, 8139:10, 8232:25, 8233:14, 8244:19, 8244:22

**DEPOSITION.............** ... [1] - 8103:11

**DEPOSITION.............** ..... [1] - 8103:10

**depositions** [1] - 8244:14

**depth** [2] - 8231:1

**DEPUTY** [5] - 8104:7, 8126:20, 8200:22, 8200:24, 8245:9

**derrick** [1] - 8167:10

**derricks** [1] - 8129:8

**describe** [3] - 8111:1, 8113:16, 8114:21

**described** [5] - 8108:13, 8115:22, 8152:17, 8152:20,

8153:25

**describes** [1] - 8196:7

**description** [1] - 8191:8

**deserved** [1] - 8127:22

**deserves** [1] - 8127:24

**design** [5] - 8158:9, 8164:25, 8171:16, 8174:7, 8216:12

**designed** [3] - 8155:6, 8214:20, 8215:17

**designing** [1] - 8151:15

**detail** [3] - 8182:8, 8213:17, 8216:20

**details** [1] - 8231:24

**deteriorating** [1] - 8133:23

**determination** [1] - 8212:7

**determine** [2] - 8128:13, 8191:7

**determined** [2] - 8191:25, 8223:1

**determining** [1] - 8241:18

**develop** [1] - 8186:10

**developed** [3] - 8172:11, 8172:12, 8188:1

**development** [3] - 8176:19, 8186:8, 8198:12

**DEXTER** [1] - 8099:23

**difference** [1] - 8148:7

**different** [10] - 8107:22, 8114:10, 8146:15, 8159:24, 8161:9, 8161:18, 8161:20, 8162:12, 8165:11, 8182:20

**difficult** [2] - 8114:1, 8193:19

**difficulty** [1] - 8180:2

**dimensions** [1] - 8108:5

**DIRECT** [2] - 8103:6, 8106:17

**direct** [2] - 8106:11, 8201:22

**directed** [3] - 8115:23, 8187:8

**direction** [1] - 8202:16

**directly** [4] - 8135:7, 8203:13, 8209:20, 8217:16

**director** [2] - 8203:5, 8203:17

**directorate** [4] -

8106:21, 8107:5, 8107:8, 8203:4

**directorates** [1] - 8107:13

**disagree** [3] - 8133:17, 8156:20, 8235:23

**disappointed** [1] - 8140:13

**disappointing** [1] - 8221:1

**disaster** [4] - 8158:24, 8179:15, 8180:7, 8183:18

**discipline** [1] - 8210:13

**disciplined** [1] - 8194:3

**discovery** - 8231:8

**discuss** [1] - 8208:17

**discussed** [2] - 8108:24, 8115:18

**discussing** [2] - 8109:18, 8211:17

**discussion** [10] - 8105:14, 8208:1, 8208:4, 8208:13, 8209:8, 8210:25, 8211:4, 8211:15, 8214:23, 8236:17

**discussions** [5] - 8208:23, 8210:10, 8212:5, 8214:12, 8236:6

**disintegrating** [1] - 8223:18

**dispensation** [1] - 8241:13

**distributed** [1] - 8176:16

**distribution** [1] - 8222:14

**DISTRICT** [3] - 8096:1, 8096:2, 8096:23

**district** [2] - 8123:7, 8123:18

**District** [3] - 8245:18, 8245:23

**divided** [1] - 8177:16

**DIVISION** [3] - 8098:22, 8099:3, 8099:10

**document** [76] - 8107:4, 8110:11, 8123:6, 8130:2, 8130:4, 8137:18, 8137:20, 8138:1, 8142:5, 8158:14, 8160:5, 8161:10, 8161:12, 8161:19,

8161:23, 8162:5, 8162:12, 8162:14, 8162:25, 8163:3, 8163:20, 8164:1, 8164:7, 8164:10, 8164:22, 8165:5, 8166:17, 8166:20, 8166:22, 8166:23, 8167:16, 8168:3, 8176:9, 8176:16, 8176:9, 8187:6, 8187:14, 8187:15, 8188:12, 8189:5, 8189:9, 8189:10, 8189:11, 8189:12, 8189:13, 8189:20, 8190:14, 8190:21, 8190:23, 8190:24, 8190:25, 8191:3, 8195:2, 8195:3, 8195:10, 8196:15, 8196:16, 8208:15, 8209:5, 8211:6, 8211:8, 8211:13, 8211:17, 8212:23, 8221:10, 8221:16, 8222:1, 8222:21, 8225:22, 8226:6, 8226:25, 8227:3, 8227:8, 8227:10, 8227:13, 8227:18

**DOCUMENT** [1] - 8096:11

**documents** [8] - 8155:11, 8161:18, 8162:10, 8187:16, 8191:8, 8195:9, 8225:14, 8225:19

**dollar** [3] - 8115:23, 8141:1, 8192:13

**DOMENGEAUX** [1] - 8097:3

**DON** [1] - 8100:15

**Don** [1] - 8104:14

**DONALD** [1] - 8102:4

**done** [23] - 8125:18, 8148:18, 8167:25, 8168:6, 8172:5, 8178:19, 8178:20, 8180:8, 8181:5, 8181:23, 8182:21, 8187:3, 8187:8, 8191:22, 8192:3, 8192:8, 8193:17, 8193:20, 8199:18, 8199:19, 8199:22, 8201:9, 8207:6

**DOUGLAS** [1] - 8100:10

**down** [27] - 8105:24,

8106:5, 8113:3, 8115:5, 8118:17, 8132:23, 8137:10, 8137:11, 8143:3, 8144:25, 8158:8, 8158:17, 8164:17, 8177:3, 8186:8, 8201:6, 8202:8, 8202:9, 8202:17, 8216:18, 8216:23, 8217:19, 8220:15, 8220:23, 8226:19, 8240:19

**DOYEN** [1] - 8101:14

**Dr** [4] - 8105:8, 8105:12, 8105:17, 8105:22

**draft** [3] - 8189:13, 8189:17, 8189:18

**drafts** [1] - 8242:21

**dramatically** [1] - 8219:23

**DRESCHER** [1] - 8097:18

**drill** [6] - 8151:2, 8171:19, 8172:22, 8173:16, 8230:3, 8230:22

**drilled** [9] - 8171:14, 8173:6, 8173:10, 8214:20, 8229:13, 8229:24, 8230:10, 8231:17, 8235:14

**DRILLING** [1] - 8101:4

**drilling** [76] - 8108:21, 8109:1, 8110:17, 8112:2, 8122:13, 8123:10, 8124:13, 8125:9, 8125:10, 8125:13, 8130:10, 8130:12, 8131:11, 8137:22, 8138:6, 8138:21, 8139:1, 8141:15, 8149:8, 8150:6, 8151:7, 8151:9, 8151:15, 8151:20, 8152:9, 8154:20, 8156:9, 8156:11, 8156:12, 8156:13, 8157:11, 8157:14, 8157:16, 8157:19, 8158:22, 8159:4, 8159:15, 8159:16, 8160:9, 8160:12, 8160:14, 8160:18, 8165:21, 8165:25, 8168:25, 8169:4, 8169:8, 8170:17, 8171:6, 8171:7, 8171:10,

8171:11, 8172:19, 8172:21, 8173:22, 8173:25, 8183:8, 8183:19, 8184:23, 8185:19, 8186:1, 8203:25, 8204:2, 8208:5, 8210:13, 8215:18, 8216:7, 8216:10, 8217:5, 8219:3, 8228:16, 8229:7, 8230:6, 8233:17

**Drilling** [8] - 8154:9, 8156:1, 8209:9, 8210:5, 8210:7, 8232:1, 8239:4, 8242:22

**drillings** [1] - 8184:23

**DRIVE** [1] - 8098:4

**driving** [2] - 8173:21, 8174:4

**dropped** [1] - 8129:8

**dropping** [1] - 8167:9

**drydock** [1] - 8150:7

**due** [5] - 8146:16, 8146:22, 8148:9, 8148:21, 8202:3

**Duke** [1] - 8127:23

**duly** [1] - 8106:14

**duplicate** [1] - 8189:24

**duplication** [2] - 8140:11, 8141:17

**duplicative** [4] - 8105:17, 8138:21, 8139:22, 8162:10

**during** [6] - 8130:9, 8181:19, 8188:14, 8226:20, 8230:18, 8232:23

## E

**E&P** [1] - 8165:8

**e-mail** [29] - 8131:7, 8131:22, 8131:23, 8141:24, 8176:23, 8201:4, 8204:14, 8204:17, 8204:18, 8205:12, 8217:11, 8217:19, 8217:21, 8218:3, 8219:1, 8220:23, 8220:24, 8220:25, 8221:12, 8228:2, 8228:4, 8228:9, 8228:22, 8228:23, 8234:19, 8234:24, 8235:24, 8242:12

**e-mails** [3] - 8177:3, 8226:11, 8226:13

**early** [6] - 8168:7, 8172:13, 8172:18, 8189:17, 8189:18, 8226:3

**earthquakes** [3] - 8173:10, 8173:15, 8173:16

**easier** [1] - 8120:12

**Eastern** [1] - 8245:18

**EASTERN** [1] - 8096:2

**education** [3] - 8150:10, 8150:13, 8150:15

**EDWARDS** [1] - 8097:3

**effect** [1] - 8154:19

**effective** [3] - 8107:19, 8140:11, 8141:21

**effectiveness** [1] - 8107:17

**efficiency** [3] - 8115:6, 8142:24, 8143:1

**effort** [1] - 8221:7

**efforts** [8] - 8208:2, 8115:22, 8119:4, 8119:16, 8122:24, 8122:25, 8123:1, 8125:3

**Egypt** [6] - 8208:8, 8208:18, 8208:19, 8208:20, 8209:3, 8211:9

**eight** [2] - 8122:12, 8165:19

**either** [2] - 8148:5, 8187:4

**element** [1] - 8108:15

**eleven** [1] - 8194:24

**eliminate** [1] - 8162:10

**eliminating** [3] - 8107:5, 8115:24, 8116:3

**elimination** [1] - 8148:10

**ELIZABETH** [1] - 8099:18

**ELLIS** [1] - 8100:23

**ELM** [1] - 8102:6

**ELMO** [1] - 8237:10

**embedded** [1] - 8107:13

**Emilsen** [2] - 8104:16, 8105:1

**emphasis** [1] - 8105:23

**employee** [1] - 8119:22

**employees** [10] - 8129:15, 8136:23, 8142:19, 8164:12, 8188:24, 8238:6, 8238:8, 8238:11, 8238:24

**enclosures** [2] - 8176:23, 8177:1

**end** [13] - 8116:18, 8116:20, 8124:3, 8125:1, 8130:22, 8134:14, 8157:8, 8157:11, 8157:16, 8161:17, 8161:20, 8162:9, 8168:7

**ENERGY** [2] - 8101:6, 8102:3

**ENFORCEMENT** [1] - 8099:4

**engaged** [2] - 8173:21, 8206:22

**engineer** [2] - 8184:1, 8185:13

**engineered** [1] - 8155:7

**Engineering** [1] - 8156:17

**engineering** [11] - 8149:17, 8157:15, 8168:13, 8168:24, 8171:17, 8174:8, 8174:9, 8199:15, 8216:13, 8221:14

**engineers** [12] - 8169:22, 8169:24, 8169:25, 8173:21, 8173:24, 8174:4, 8184:20, 8184:22, 8185:11, 8185:22, 8215:16, 8216:7

**ensure** [1] - 8154:14

**ensuring** [1] - 8175:11

**Enterprise** [2] - 8111:17, 8123:15

**entire** [4] - 8117:17, 8119:21, 8120:19, 8203:5

**entirely** [1] - 8150:5

**entitled** [2] - 8139:13, 8245:19

**entity** [1] - 8135:4

**entrusted** [1] - 8230:21

**environment** [1] - 8120:22

**ENVIRONMENT** [1] - 8099:3

**Environmental** [1] - 8158:3

**ENVIRONMENTAL** [1]

- 8099:4

**environmental** [4] - 8120:2, 8122:21, 8160:4, 8179:16

**equal** [1] - 8204:7

**equally** [2] - 8119:18, 8139:2

**Equation** [1] - 8152:3

**equipment** [6] - 8118:19, 8129:17, 8179:24, 8181:3, 8181:11, 8224:5

**ESQ** [46] - 8097:3, 8097:7, 8097:11, 8097:14, 8097:18, 8097:22, 8098:3, 8098:7, 8098:10, 8098:14, 8098:17, 8098:22, 8099:4, 8099:5, 8099:5, 8099:6, 8099:6, 8099:10, 8099:11, 8099:11, 8099:12, 8099:12, 8099:12, 8099:17, 8099:18, 8099:22, 8099:23, 8100:10, 8100:10, 8100:15, 8100:20, 8100:23, 8100:24, 8100:24, 8101:6, 8101:10, 8101:10, 8101:14, 8101:14, 8101:15, 8101:18, 8101:22, 8102:4, 8102:5, 8102:5, 8102:9

**essentially** [1] - 8204:1

**essentials** [1] - 8184:16

**establish** [1] - 8205:8

**established** [1] - 8108:6

**estimate** [2] - 8238:18, 8238:23

**estimates** [1] - 8238:22

**ET** [2] - 8096:13, 8096:16

**etcetera** [5] - 8111:17, 8112:20, 8164:9, 8188:22

**Ethics** [1] - 8158:3

**ETP** [2] - 8158:21, 8159:3

**ETP's** [1] - 8158:8

**ETPs** [12] - 8157:14, 8157:22, 8158:7, 8159:6, 8160:7, 8160:8, 8160:9,

- 8099:4

8160:11, 8160:13, 8160:15, 8160:17

**event** [7] - 8147:25, 8179:10, 8197:22, 8212:19, 8212:20, 8213:16, 8213:19

**events** [3] - 8171:20, 8181:8, 8212:11

**evidence** [2] - 8104:18, 8130:4

**exact** [3] - 8142:20, 8144:9, 8211:23

**exactly** [8] - 8110:19, 8116:20, 8130:12, 8147:18, 8206:23, 8207:15, 8210:11, 8228:20

**Exactly** [1] - 8136:12

**EXAMINATION** [8] - 8103:6, 8103:7, 8103:8, 8103:9, 8106:17, 8127:1, 8225:8, 8237:12

**examination** [6] - 8104:16, 8106:11, 8126:25, 8190:18, 8225:13, 8226:20

**examinations** [2] - 8201:24, 8202:3

**EXAMINATIONS** [1] - 8103:3

**examined** [1] - 8106:15

**example** [6] - 8111:15, 8168:20, 8169:7, 8179:23, 8198:6, 8234:10

**Excellence** [2] - 8122:9, 8242:8

**excellent** [2] - 8122:3, 8235:20

**exception** [1] - 8241:13

**exceptional** [8] - 8117:9, 8118:14, 8119:9, 8119:15, 8129:4, 8131:12, 8131:16, 8133:1

**exceptionally** [1] - 8122:14

**exceptions** [4] - 8179:23, 8241:8, 8241:16, 8241:19

**excessive** [1] - 8223:2

**exchange** [1] - 8236:14

**excited** [2] - 8127:5, 8129:14

**excuse** [1] - 8123:6

**execute** [6] - 8143:24,

8168:20, 8169:10,
8169:15, 8169:18
**executing** [2] -
8116:2, 8174:9
**execution** [6] -
8155:8, 8174:8,
8174:10, 8176:7,
8216:13, 8216:14
**executive** [1] - 8135:9
**executives** [2] -
8135:8, 8223:18
**Exhibit** [6] - 8119:20,
8194:20, 8212:15,
8220:22, 8221:20,
8241:5
**exhibit** [5] - 8106:25,
8111:2, 8229:16,
8229:17, 8237:17
**exhibits** [3] - 8104:15,
8104:19, 8104:21
**exist** [1] - 8189:22
**existing** [2] - 8157:18,
8158:22
**expect** [7] - 8174:21,
8192:6, 8208:12,
8213:6, 8213:10,
8215:4, 8216:5
**expectation** [1] -
8116:10
**expectations** [1] -
8114:14
**expected** [3] -
8114:21, 8172:1,
8208:8
**experience** [7] -
8149:8, 8149:16,
8152:1, 8152:9,
8152:12, 8152:15,
8236:4
**experienced** [1] -
8169:25
**expert** [8] - 8128:9,
8150:20, 8150:22,
8150:24, 8199:18,
8219:3, 8219:4,
8245:6
**expertise** [15] -
8105:18, 8149:12,
8149:14, 8151:18,
8152:19, 8152:24,
8153:1, 8153:8,
8154:2, 8183:5,
8183:7, 8183:12,
8183:16, 8207:21,
8243:17
**experts** [2] - 8151:6,
8197:4
**explain** [6] - 8109:24,
8138:8, 8139:13,
8153:16, 8155:3,

8185:6
**explained** [1] -
8192:21
**explaining** [1] -
8136:10
**explanation** [1] -
8139:10
**explicit** [2] - 8115:11,
8115:14
**EXPLORATION** [2] -
8096:15, 8100:13
**Exploration** [1] -
8165:4
**exploration** [1] -
8165:24
**exploratory** [3] -
8229:24, 8230:22,
8231:6
**explosion** [7] -
8153:9, 8160:3,
8179:19, 8180:7,
8180:25, 8182:25,
8199:20
**expressed** [2] -
8203:22, 8227:21
**extension** [2] -
8209:19, 8224:2
**extensive** [1] - 8180:8
**extent** [1] - 8112:25
**external** [2] - 8122:17,
8127:7
**externally** [1] -
8118:10, 8122:4,
8122:15
**extremely** [1] - 8167:3
**eyes** [1] - 8139:5

---

**F**

---

**face** [1] - 8222:5
**facilities** [7] - 8119:2,
8122:12, 8123:14,
8136:1, 8139:24,
8159:14, 8165:11
**fact** [45] - 8109:12,
8111:22, 8112:23,
8116:10, 8128:17,
8129:8, 8129:14,
8134:10, 8134:22,
8135:11, 8138:2,
8139:16, 8141:12,
8143:15, 8146:17,
8148:7, 8150:6,
8165:3, 8167:6,
8171:9, 8171:13,
8172:15, 8174:2,
8175:7, 8178:18,
8198:18, 8200:1,
8200:14, 8202:1,

8203:9, 8207:5,
8207:25, 8209:16,
8211:17, 8213:12,
8214:9, 8214:18,
8219:17, 8229:5,
8241:21, 8242:13,
8243:3, 8245:2,
8245:3
**factor** [1] - 8182:3
**factors** [2] - 8171:18,
8241:12
**facts** [15] - 8127:20,
8128:16, 8130:25,
8134:2, 8134:3,
8136:10, 8136:11,
8143:20, 8145:11,
8147:14, 8155:25,
8184:2, 8213:24,
8234:6
**factual** [5] - 8133:19,
8133:20, 8133:25,
8134:1, 8148:2
**failed** [1] - 8107:3
**failure** [2] - 8177:25,
8178:4
**failures** [1] - 8221:14
**fairly** [1] - 8112:5
**fall** [4] - 8156:13,
8223:19, 8230:11,
8231:7
**familiar** [11] - 8109:22,
8137:18, 8146:9,
8151:25, 8190:7,
8194:24, 8195:19,
8195:22, 8196:2,
8229:21, 8241:2
**familiarize** [1] -
8137:19
**famous** [1] - 8172:24
**FANNIN** [1] - 8101:11
**far** [3] - 8203:7,
8221:4, 8224:11
**fashioned** [1] -
8237:11
**fast** [1] - 8194:1
**February** [7] -
8227:10, 8228:3,
8228:6, 8228:18,
8229:8, 8229:18,
8230:7
**feed** [1] - 8196:8
**feedback** [2] -
8227:21, 8236:18
**fellow** [1] - 8156:2
**felt** [5] - 8125:5,
8125:19, 8134:19,
8138:23, 8139:4
**few** [7] - 8121:8,
8149:5, 8193:19,
8202:20, 8207:25,

8225:14, 8225:20
**field** [3] - 8136:19,
8136:20, 8198:16
**figure** [2] - 8159:17,
8162:11
**fill** [3] - 8194:8,
8194:9, 8202:7
**final** [1] - 8188:13
**finalist** [1] - 8242:7
**finally** [1] - 8168:8
**findings** [4] - 8188:14,
8221:19, 8222:4,
8222:6
**fine** [4] - 8105:6,
8202:6, 8202:7,
8244:13
**fingers** [1] - 8136:21
**finish** [4] - 8137:3,
8138:11, 8138:17,
8145:16
**finished** [3] - 8138:16,
8147:11, 8154:17
**fired** [2] - 8131:20,
8182:11
**FIRM** [2] - 8098:6,
8098:17
**first** [15] - 8114:2,
8114:15, 8116:8,
8117:19, 8117:22,
8118:12, 8121:10,
8122:1, 8171:9,
8187:15, 8202:21,
8226:5, 8233:23,
8237:16, 8242:4
**First** [2] - 8170:19
**firstly** [1] - 8119:14
**five** [1] - 8166:19
**fixed** [1] - 8167:19
**flat** [1] - 8133:5
**fleet** [8] - 8156:13,
8158:25, 8228:16,
8229:5, 8233:16,
8233:18, 8233:19,
8234:5
**FLOOR** [3] - 8097:22,
8098:23, 8101:15
**flow** [2] - 8215:21,
8236:14
**FLOYD** [1] - 8102:5
**flu** [1] - 8201:23
**fluid** [1] - 8119:3
**fluids** [1] - 8112:20
**fly** [1] - 8169:17
**flying** [2] - 8169:8,
8169:12
**focus** [9] - 8108:22,
8109:15, 8111:19,
8125:7, 8145:17,
8148:24, 8158:18,
8158:21, 8193:5

**focused** [2] - 8125:13,
8242:24
**folks** [5] - 8126:17,
8227:14, 8234:24,
8236:8, 8237:8
**follow** [7] - 8106:22,
8144:6, 8212:11,
8221:2, 8221:12,
8222:7, 8237:14
**Follow** [1] - 8222:12
**follow-up** [4] -
8212:11, 8221:2,
8221:12, 8222:7
**Follow-Up** [1] -
8222:12
**followed** [2] - 8116:7,
8245:3
**following** [7] - 8109:4,
8124:21, 8130:17,
8168:4, 8188:7,
8239:20, 8245:1
**follows** [3] - 8106:16
**FOR** [7] - 8097:3,
8098:21, 8099:21,
8100:3, 8100:13,
8101:3, 8102:3
**foregoing** [1] -
8245:18
**forgot** [1] - 8244:5
**form** [6] - 8128:1,
8146:15, 8177:10,
8184:2, 8184:3,
8193:19
**formal** [1] - 8198:15
**format** [1] - 8116:7
**formation** [1] -
8171:13
**formations** [1] -
8173:7
**formula** [5] - 8152:5,
8152:6, 8183:10
**formulated** [2] -
8183:19, 8191:1
**forward** [6] - 8132:14,
8184:7, 8188:8,
8205:6, 8239:25,
8241:21, 8243:19
**foundation** [6] -
8211:6, 8211:16,
8213:3, 8222:20,
8223:4, 8223:20
**four** [1] - 8210:21
**fourth** [1] - 8111:9
**fracture** [2] - 8150:21,
8151:4
**fragile** [1] - 8173:7
**frame** [1] - 8209:21
**framework** [1] -
8108:6
**FRANCISCO** [1] -

8098:24
**FRANKLIN** [1] -
8099:18
**FRAUD** [1] - 8099:16
**free** [3] - 8235:4,
8236:14
**frequency** [4] -
8114:19, 8118:5,
8118:12, 8130:7
**frequently** [1] - 8240:3
**fresh** [1] - 8139:5
**FRILOT** [1] - 8101:5
**front** [4] - 8135:22,
8206:10, 8206:11,
8206:14
**FRUGE** [1] - 8098:10
**full** [15] - 8134:5,
8134:6, 8137:22,
8156:22, 8180:1,
8180:7, 8180:18,
8180:24, 8181:2,
8181:12, 8182:8,
8192:10, 8204:15,
8221:23
**fuller** [1] - 8205:2
**fullness** [1] - 8176:10
**fully** [4] - 8155:20,
8155:23, 8168:13,
8177:18
**function** [7] - 8106:21,
8107:3, 8139:6,
8145:5, 8189:23
**functional** [2] -
8203:11, 8204:1
**fundamental** [9] -
8169:6, 8169:20,
8173:20, 8174:3,
8174:13, 8178:25,
8179:6, 8179:10,
8213:12
**future** [1] - 8164:9

## G

**gallons** [1] - 8146:19
**gamma** [1] - 8152:13
**gap** [10] - 8167:16,
8168:22, 8199:12,
8199:13, 8199:16,
8242:24, 8243:1,
8243:4, 8243:13,
8243:15
**Gap** [15] - 8167:17,
8167:25, 8187:12,
8188:15, 8192:17,
8194:4, 8196:4,
8196:22, 8197:6,
8199:21, 8242:17,
8242:18, 8242:23,

8243:2
**Gaps** [6] - 8166:3,
8177:10, 8177:13,
8189:6, 8197:8,
8198:1
**gaps** [5] - 8200:1,
8242:17, 8242:20,
8242:22, 8243:22
**gas** [1] - 8165:9
**GATE** [1] - 8098:23
**GAVIN** [1] - 8102:5
**GENERAL** [3] -
8099:22, 8100:4,
8100:6
**general** [5] - 8115:2,
8144:20, 8151:5,
8204:14, 8209:22
**GENERAL'S** [1] -
8099:21
**generally** [1] -
8215:22
**generated** [1] - 8209:5
**gentleman** [1] -
8210:3
**gentlemen** [1] -
8222:15
**geologists** [4] -
8172:25, 8173:14,
8215:16, 8216:8
**geology** [1] - 8150:10
**gist** [1] - 8221:7
**given** [2] - 8139:10,
8205:13
**global** [7] - 8208:1,
8208:12, 8208:23,
8210:10, 8210:15,
8211:24, 8213:9
**Global** [2] - 8208:4,
8209:8
**globe** [1] - 8208:10
**GmbH** [1] - 8096:13
**GODWIN** [6] - 8102:4,
8102:4, 8102:9,
8104:13, 8104:23,
8126:9
**Godwin** [2] - 8104:14,
8126:7
**GOLDEN** [1] - 8098:23
**GOM** [1] - 8133:22
**GoM** [2] - 8114:22,
8117:3
**Gordon** [3] - 8204:18,
8204:19, 8204:20
**governed** [2] - 8155:6,
8155:8
**governing** [1] - 8191:8
**governs** [1] - 8155:10
**gradient** [2] - 8150:21,
8151:4
**gradual** [1] - 8157:3

**GRAND** [1] - 8101:15
**graph** [1] - 8132:20
**graphs** [1] - 8216:22
**great** [3] - 8125:15,
8133:12, 8235:18
**greater** [3] - 8118:22,
8172:7, 8184:3
**green** [2] - 8126:20,
8126:21
**gross** [3] - 8169:14,
8174:2, 8174:20
**ground** [1] - 8223:22
**Grounds** [3] -
8185:14, 8185:16,
8185:21
**GROUP** [1] - 8098:3
**group** [5] - 8141:25,
8142:8, 8157:15,
8160:8, 8237:22
**Group** [2] - 8156:17,
8241:4
**groups** [2] - 8166:14,
8190:9
**guess** [7] - 8144:7,
8174:24, 8191:21,
8198:5, 8203:3,
8228:21, 8238:18
**Guide** [1] - 8234:25
**GULF** [1] - 8096:6
**Gulf** [76] - 8115:17,
8116:11, 8116:13,
8117:17, 8118:11,
8119:22, 8122:23,
8124:2, 8125:1,
8125:4, 8127:19,
8132:12, 8132:20,
8133:21, 8133:22,
8133:23, 8135:12,
8142:18, 8146:12,
8146:23, 8147:15,
8149:7, 8149:11,
8151:2, 8151:3,
8152:17, 8156:2,
8157:3, 8157:4,
8157:22, 8158:6,
8158:24, 8161:3,
8163:2, 8164:8,
8164:11, 8165:8,
8165:11, 8171:19,
8171:23, 8171:25,
8172:2, 8172:4,
8172:7, 8172:24,
8181:20, 8185:10,
8188:10, 8188:18,
8198:17, 8202:23,
8203:6, 8208:10,
8208:14, 8209:1,
8210:6, 8210:10,
8210:12, 8211:15,
8213:10, 8222:3,

8226:4, 8226:22,
8227:22, 8228:12,
8229:3, 8229:13,
8230:12, 8230:18,
8232:2, 8232:12,
8232:22, 8234:2,
8236:5, 8238:2,
8238:13
**guy** [3] - 8144:7,
8167:18, 8190:25
**guys** [1] - 8132:11

## H

**half** [1] - 8151:3
**HALLIBURTON** [1] -
8102:3
**Halliburton** [4] -
8104:14, 8104:19,
8125:16, 8236:21
**hand** [4] - 8198:9,
8198:20, 8198:24,
8199:10
**Handbook** [3] -
8108:10, 8110:14,
8163:3
**handle** [1] - 8105:4
**hands** [1] - 8230:21
**handwriting** [1] -
8164:4
**HANKEY** [1] - 8099:6
**happy** [1] - 8153:15
**hard** [1] - 8153:4
**Hariklia** [1] - 8106:10
**HARIKLIA** [1] -
8100:24
**Harry** [4] - 8131:16,
8182:11, 8221:22,
8221:25
**HARTLEY** [1] - 8102:5
**HAUSER** [1] - 8099:17
**HAYCRAFT** [1] -
8100:15
**Hayden** [1] - 8221:9
**Hayward** [5] -
8135:12, 8144:6,
8160:19, 8160:23,
8161:1
**Haywards** [1] - 8145:2
**hazard** [11] - 8170:24,
8184:12, 8186:9,
8187:22, 8188:2,
8188:15, 8195:12,
8196:9, 8242:19,
8243:1, 8243:6
**hazard/risk** [1] -
8218:22
**hazardous** [3] -
8169:22, 8173:7,

8173:22
**hazards** [9] - 8167:6,
8168:13, 8171:7,
8171:15, 8172:1,
8177:18, 8178:5,
8186:10, 8216:10
**HB406** [1] - 8102:14
**HE** [1] - 8171:9
**Head** [1] - 8156:17
**head** [26] - 8143:3,
8143:6, 8143:12,
8143:14, 8143:18,
8144:4, 8144:7,
8144:24, 8145:3,
8145:20, 8145:23,
8183:13, 8190:25,
8210:13, 8226:22,
8229:3, 8230:12,
8230:18, 8236:4,
8237:24, 8238:1,
8238:5, 8238:10,
8238:12, 8239:1,
8239:7
**headlines** [1] -
8240:14
**heads** [3] - 8143:19,
8145:24
**headway** [1] - 8117:24
**health** [1] - 8106:3
**hear** [5] - 8105:25,
8161:6, 8185:16,
8236:18
**heard** [3] - 8152:3,
8152:6, 8173:12
**HEARD** [1] - 8096:22
**hearing** [2] - 8104:20,
8244:4
**held** [4] - 8113:9,
8114:16, 8142:3,
8208:1
**help** [1] - 8142:6
**helps** [1] - 8126:16
**hence** [1] - 8145:19
**hereby** [1] - 8245:18
**HERMAN** [3] - 8097:7,
8097:7
**hiding** [1] - 8126:4
**high** [31] - 8127:10,
8129:22, 8129:25,
8130:13, 8131:2,
8136:16, 8169:24,
8170:24, 8171:8,
8171:10, 8175:7,
8188:23, 8196:10,
8197:10, 8197:13,
8197:14, 8198:10,
8198:13, 8198:20,
8198:21, 8199:10,
8215:11, 8216:6,
8224:4, 8235:19,

8242:9

**higher** [3] - 8196:22, 8196:24

**highlight** [2] - 8115:7, 8225:16

**highlighted** [2] - 8118:17, 8227:17

**highlights** [2] - 8120:2, 8120:23

**highly** [1] - 8154:3

**HILL** [1] - 8102:5

**hire** [1] - 8193:21

**hired** [1] - 8199:19

**history** [3] - 8127:20, 8179:16, 8183:18

**hit** [1] - 8230:25

**hitting** [1] - 8137:5

**Hohle** [1] - 8207:6, 8207:7

**HOLDINGS** [1] - 8101:3

**Holstein** [1] - 8177:22

**HOLTHAUS** [1] - 8098:10

**home** [1] - 8202:5

**Honor** [54] - 8104:9, 8104:13, 8104:25, 8106:9, 8106:10, 8120:14, 8126:3, 8126:8, 8126:13, 8126:18, 8126:23, 8126:25, 8128:1, 8128:4, 8137:2, 8137:7, 8137:12, 8138:10, 8139:11, 8150:2, 8153:13, 8161:9, 8162:2, 8162:23, 8163:18, 8164:2, 8170:18, 8180:10, 8183:1, 8183:22, 8200:15, 8201:1, 8202:17, 8211:5, 8211:11, 8211:19, 8213:3, 8222:20, 8223:4, 8223:20, 8223:21, 8223:25, 8224:16, 8224:18, 8224:22, 8225:2, 8225:4, 8225:6, 8236:23, 8236:25, 8244:3, 8244:7, 8244:16, 8244:20

**Honor's** [1] - 8105:25

**HONORABLE** [1] - 8096:22

**honored** [1] - 8235:18

**hope** [5] - 8134:4, 8152:25, 8202:18, 8218:8, 8244:3

**hopefully** [1] - 8226:25

**HORIZON** [1] - 8096:5

**Horizon** [44] - 8111:16, 8111:19, 8123:15, 8130:10, 8137:1, 8141:14, 8150:6, 8153:9, 8154:20, 8155:5, 8155:15, 8156:6, 8156:19, 8159:1, 8159:5, 8181:16, 8182:25, 8183:20, 8184:5, 8184:24, 8185:4, 8209:19, 8215:25, 8216:17, 8220:8, 8222:12, 8224:3, 8224:6, 8226:1, 8228:23, 8229:3, 8229:6, 8230:6, 8230:22, 8233:7, 8233:15, 8234:4, 8234:10, 8235:3, 8235:11, 8235:17, 8240:25

**horrible** [4] - 8153:8, 8174:2, 8174:19, 8179:15

**Horse** [5] - 8111:15, 8123:14, 8132:1, 8146:17, 8156:14

**HOUMA** [1] - 8098:4

**Houma** [1] - 8123:7

**hour** [1] - 8244:9

**hours** [8] - 8118:7, 8124:14, 8124:16, 8124:22, 8223:3, 8230:14, 8240:15, 8240:18

**housekeeping** [1] - 8201:3

**Houston** [10] - 8160:19, 8160:20, 8161:2, 8208:17, 8208:20, 8208:22, 8208:24, 8209:8, 8216:16, 8217:2

**HOUSTON** [4] - 8098:15, 8101:11, 8101:23, 8102:10

**HR** [3] - 8217:15, 8217:17, 8219:3

**HSE** [2] - 8110:12, 8187:19

**HSSE** [19] - 8117:15, 8117:18, 8122:3, 8137:16, 8137:21, 8137:23, 8139:1, 8139:3, 8139:22,

8139:23, 8140:14, 8140:21, 8202:22, 8203:5, 8203:10, 8203:11, 8203:17, 8240:7, 8243:21

**HSSE-5** [1] - 8132:11

**huge** [1] - 8231:7

**HUGHES** [1] - 8101:22

**human** [2] - 8217:17, 8219:15

**Human** [1] - 8217:18

**hundred** [3] - 8118:18, 8129:15, 8218:14

**hurricane** [1] - 8216:1

**hurry** [1] - 8193:3

**hydraulic** [2] - 8112:19, 8119:2

**hydrocarbon** [2] - 8164:8, 8199:14

**HYMEL** [1] - 8101:18

# I

**idea** [2] - 8137:15, 8177:13

**identical** [2] - 8146:6, 8161:12

**identification** [2] - 8166:9, 8184:13

**identified** [13] - 8110:13, 8167:17, 8184:11, 8186:14, 8187:12, 8189:7, 8189:19, 8193:15, 8194:25, 8241:5, 8242:17, 8243:2, 8243:23

**identify** [5] - 8142:15, 8159:13, 8167:6, 8170:25, 8191:14

**identifying** [2] - 8162:2, 8168:22

**II** [2] - 8111:17, 8159:1

**III** [1] - 8159:1

**IL** [1] - 8100:25

**ill** [1] - 8202:12

**illness** [1] - 8201:14

**illustrate** [1] - 8197:25

**imbed** [1] - 8107:19

**immediate** [3] - 8178:24, 8179:3, 8179:11

**immediately** [4] - 8167:7, 8167:20, 8175:8, 8192:15

**impact** [4] - 8115:12, 8115:15, 8115:20, 8116:5

**impacted** [1] -

8145:10

**implement** [4] - 8157:17, 8165:13, 8177:8, 8191:1

**implementation** [10] - 8157:4, 8157:7, 8157:8, 8163:11, 8164:25, 8177:7, 8187:9, 8187:19, 8241:17, 8243:20

**implemented** [5] - 8146:22, 8154:14, 8155:21, 8155:23, 8186:13

**implementing** [1] - 8216:14

**importance** [7] - 8153:3, 8196:24, 8197:10, 8197:14, 8198:10, 8198:13, 8198:21

**important** [20] - 8108:4, 8119:1, 8119:14, 8164:11, 8167:4, 8167:9, 8167:11, 8168:17, 8178:21, 8178:23, 8191:24, 8206:9, 8207:14, 8214:6, 8214:14, 8214:19, 8216:25, 8231:3, 8231:5, 8236:2

**impossible** [1] - 8180:24

**IMPREVENTO** [1] - 8097:18

**improve** [4] - 8114:19, 8115:2, 8115:3, 8240:8

**improved** [1] - 8136:6

**improvement** [20] - 8117:12, 8119:8, 8121:2, 8124:10, 8124:11, 8133:1, 8148:21, 8167:22, 8168:5, 8168:23, 8187:13, 8187:17, 8194:7, 8205:9, 8228:15, 8228:17, 8243:5, 8243:16, 8243:19

**improvements** [3] - 8118:1, 8120:1, 8120:22

**improving** [2] - 8107:17, 8122:21

**IN** [3] - 8096:5, 8096:5, 8096:12

**inadequate** [4] - 8178:3, 8178:5,

8178:6

**INC** [5] - 8096:16, 8100:14, 8101:4, 8101:5, 8102:4

**incident** [34] - 8113:1, 8113:4, 8118:12, 8124:15, 8124:17, 8124:18, 8124:19, 8124:23, 8129:22, 8132:24, 8155:5, 8178:24, 8179:25, 8182:3, 8184:5, 8194:15, 8204:13, 8204:22, 8206:17, 8212:21, 8212:24, 8213:24, 8215:4, 8215:11, 8217:9, 8219:12, 8219:14, 8219:21, 8220:3, 8240:21, 8241:7, 8241:11, 8241:19

**incidents** [44] - 8111:20, 8111:22, 8111:23, 8112:5, 8112:6, 8112:9, 8112:18, 8124:12, 8130:1, 8131:2, 8135:23, 8136:16, 8153:9, 8167:7, 8168:12, 8175:2, 8175:3, 8175:16, 8176:11, 8176:12, 8176:13, 8177:17, 8178:4, 8181:20, 8200:8, 8200:10, 8200:12, 8216:6, 8216:9, 8217:24, 8217:25, 8218:1, 8218:16, 8218:18, 8218:20, 8218:21, 8218:23, 8219:5, 8220:1, 8239:12, 8240:11, 8240:13, 8240:19

**include** [4] - 8117:18, 8118:15, 8238:3, 8239:4

**included** [11] - 8110:4, 8111:15, 8112:12, 8115:10, 8123:12, 8123:14, 8123:15, 8157:20, 8157:22, 8238:5, 8239:5

**includes** [2] - 8143:6, 8184:19

**including** [9] - 8109:10, 8136:25, 8158:9, 8179:11, 8220:7, 8227:14, 8234:25, 8240:6,

8242:20
**incomplete** [6] -
8170:20, 8178:6,
8189:13, 8189:14,
8191:3
**increase** [13] -
8129:25, 8131:2,
8135:23, 8136:4,
8143:14, 8143:19,
8146:1, 8146:3,
8146:13, 8146:16,
8146:21, 8147:12,
8147:24
**increased** [6] -
8144:1, 8171:14,
8239:2, 8239:13,
8240:15, 8240:18
**increases** [1] -
8176:12
**incurred** [2] - 8148:12,
8148:15
**indeed** [1] - 8119:10
**index** [1] - 8112:15
**indicate** [3] - 8209:4,
8238:23, 8239:1
**indicated** [7] - 8109:6,
8163:3, 8172:6,
8177:21, 8211:8,
8239:12, 8243:8
**indicating** [1] - 8201:4
**indication** [2] -
8199:8, 8210:24,
8235:7
**indicator** [2] -
8118:20, 8129:20
**indicators** [6] -
8110:1, 8110:5,
8110:22, 8175:12,
8215:10
**individual** [9] -
8107:12, 8107:20,
8113:13, 8118:9,
8124:20, 8141:10,
8152:18, 8153:1,
8185:8
**individually** [2] -
8112:6, 8160:17
**individuals** [2] -
8107:2, 8131:19
**Indonesian** [1] -
8152:6
**industry** [3] - 8118:8,
8183:19, 8214:7
**ineffective** [1] -
8189:24
**inefficiency** [2] -
8115:24, 8116:3
**inefficient** [2] -
8189:23, 8196:8
**inexperience** [1] -

8174:4
**information** [11] -
8117:3, 8146:7,
8147:19, 8199:7,
8215:13, 8216:25,
8221:17, 8236:7,
8236:15, 8240:5,
8240:7
**Inglis** [12] - 8109:10,
8109:14, 8114:8,
8117:4, 8117:8,
8133:12, 8133:14,
8133:15, 8135:14,
8135:15, 8155:19,
8204:21
**inherent** [1] - 8121:3
**inherently** [1] - 8158:9
**initial** [1] - 8157:8
**injured** [1] - 8124:20
**injuries** [9] - 8118:6,
8118:13, 8128:21,
8128:23, 8129:1,
8219:25, 8220:8,
8235:8, 8240:2
**injury** [5] - 8114:19,
8129:11, 8130:7,
8207:16, 8235:5
**input** [1] - 8207:20
**insist** [1] - 8192:14
**inspections** [2] -
8118:19, 8129:16
**installed** [1] - 8165:10
**instituted** [1] -
8137:25
**instruct** [1] - 8162:10
**insufficient** [1] -
8175:1
**integrated** [3] -
8166:14, 8188:21,
8190:9
**integrity** [3] - 8114:17,
8115:12, 8115:15
**intended** [1] - 8145:3
**intent** [9] - 8107:16,
8107:17, 8115:11,
8115:14, 8121:8,
8136:18, 8159:14,
8164:6, 8197:21
**intention** [1] - 8160:6
**interaction** [1] -
8209:16
**interactions** [1] -
8236:16
**interest** [2] - 8199:25,
8244:7
**interested** [1] - 8228:9
**interesting** [1] -
8135:18
**interestingly** [1] -
8129:21

**interface** [1] - 8191:10
**interfering** [1] -
8137:9
**internal** [2] - 8118:9,
8227:7
**internally** [1] -
8122:16
**interpretation** [1] -
8208:16
**interrupt** [1] - 8201:2
**interruption** [1] -
8137:4
**interventions** [1] -
8108:18
**introductions** [1] -
8209:8
**invested** [1] - 8149:1
**investigate** [4] -
8168:11, 8177:17,
8183:2, 8195:6
**investigated** [5] -
8113:2, 8129:8,
8184:4, 8200:8,
8200:10
**investigating** [1] -
8112:25
**investigation** [18] -
8180:1, 8181:12,
8181:17, 8181:18,
8205:24, 8206:2,
8206:12, 8206:22,
8206:25, 8207:2,
8207:22, 8212:19,
8221:1, 8221:19,
8240:22, 8240:24,
8241:2, 8241:7
**investigations** [3] -
8178:15, 8179:22,
8206:17
**investment** [3] -
8147:2, 8230:19,
8230:21
**investments** [3] -
8147:14, 8230:15,
8230:16
**invited** [1] - 8210:18
**involved** [21] -
8155:16, 8179:20,
8179:24, 8183:17,
8183:18, 8185:9,
8186:1, 8206:15,
8206:16, 8206:20,
8208:14, 8209:18,
8210:10, 8211:22,
8212:2, 8213:1,
8223:14, 8224:2,
8241:1, 8241:12,
8241:18
**involving** [2] - 8208:5,
8213:25

**IRPINO** [2] - 8098:17,
8098:17
**issue** [11] - 8105:12,
8111:19, 8129:19,
8130:6, 8136:5,
8162:15, 8201:17,
8202:1, 8214:23,
8221:13, 8236:12
**issues** [12] - 8105:24,
8113:21, 8129:12,
8135:22, 8141:1,
8152:24, 8167:11,
8178:22, 8181:24,
8199:8, 8203:19,
8216:15
**item** [4] - 8114:24,
8116:8, 8117:19,
8148:24
**items** [1] - 8237:14

### J

**Jackson** [5] - 8131:16,
8132:4, 8182:12,
8203:5, 8203:15
**JAMES** [2] - 8097:3,
8100:5
**January** [7] - 8141:24,
8142:3, 8194:21,
8195:3, 8205:12,
8225:23, 8226:3
**Jeff** [1] - 8207:7
**JEFFERSON** [2] -
8097:4, 8101:19
**JEFFREY** [1] -
8097:18
**JERRY** [1] - 8102:9
**JESSICA** [2] -
8099:10, 8099:11
**JIMMY** [1] - 8098:14
**job** [10] - 8133:12,
8134:24, 8135:6,
8163:8, 8177:8,
8193:7, 8194:11,
8194:12, 8230:11,
8235:18
**jobs** [1] - 8223:3
**John** [5] - 8156:15,
8156:17, 8207:7,
8207:8, 8234:25
**JOHN** [2] - 8098:10,
8101:22
**join** [2] - 8128:4,
8223:5
**joining** [1] - 8210:12
**jointly** [2] - 8181:21,
8206:16
**Jonathan** [1] -
8222:14

**Joslin** [1] - 8163:3
**journey** [2] - 8121:1,
8137:21
**JR** [2] - 8097:22,
8102:5
**judge** [4] - 8139:8,
8150:5, 8162:13,
8202:16
**JUDGE** [1] - 8096:23
**Judge** [12] - 8104:14,
8104:15, 8104:23,
8153:16, 8161:15,
8161:22, 8162:6,
8186:5, 8200:20,
8202:14, 8211:14,
8220:18
**judgment** [1] -
8192:12
**juggle** [1] - 8201:7
**July** [1] - 8147:9
**jumbo** [2] - 8187:11,
8243:10
**June** [6] - 8177:9,
8184:12, 8188:5,
8191:25, 8220:24,
8220:25
**junior** [1] - 8212:20
**Justice** [1] - 8127:24
**JUSTICE** [4] -
8098:21, 8099:3,
8099:9, 8099:14
**justify** [1] - 8241:13

### K

**KANNER** [3] - 8100:9,
8100:10, 8225:4
**Karis** [12] - 8106:8,
8106:10, 8133:21,
8146:6, 8161:10,
8161:11, 8162:21,
8163:15, 8165:19,
8166:12, 8226:20,
8237:1
**KARIS** [35] - 8100:24,
8106:9, 8106:18,
8120:14, 8120:17,
8125:22, 8128:1,
8128:3, 8128:5,
8137:2, 8137:12,
8138:10, 8138:16,
8145:15, 8150:2,
8153:13, 8163:18,
8163:20, 8163:23,
8170:18, 8180:10,
8183:1, 8183:22,
8183:24, 8211:5,
8211:16, 8211:19,
8222:20, 8223:5,

8236:25, 8237:3,
8237:6, 8237:13,
8244:1, 8244:3
KARIS................... [1]
- 8103:9
KARIS....................
[1] - 8103:6
KATZ [1] - 8097:7
keep [4] - 8119:18,
8136:21, 8200:16,
8235:19
KELLEY [1] - 8099:17
Kerry [2] - 8201:1,
8225:12
KERRY [1] - 8101:6
Kevin [30] - 8131:7,
8131:8, 8131:11,
8131:20, 8131:22,
8133:12, 8138:5,
8138:18, 8138:22,
8142:11, 8154:12,
8155:17, 8171:9,
8171:25, 8182:14,
8210:4, 8210:7,
8210:12, 8210:17,
8210:21, 8217:14,
8217:16, 8217:20,
8218:5, 8220:24,
8227:25, 8228:5,
8228:8, 8232:15
Kevin's [1] - 8217:21
key [15] - 8108:7,
8108:15, 8108:22,
8110:1, 8110:22,
8111:5, 8113:14,
8113:18, 8114:24,
8118:19, 8120:2,
8120:23, 8125:9,
8221:19, 8243:6
killed [1] - 8179:15
killing [1] - 8161:2
KINCHEN [2] -
8101:22, 8101:22
kind [6] - 8127:22,
8129:9, 8139:20,
8204:3, 8216:22,
8233:24
KIRKLAND [1] -
8100:23
knowledge [7] -
8104:17, 8141:10,
8156:7, 8171:21,
8195:2, 8208:9,
8234:9
known [2] - 8172:25,
8223:17
knows [1] - 8223:24
KPI's [1] - 8111:5
KRAUS [1] - 8100:10
KULLMAN [1] -

8097:14

# L

LA [14] - 8097:5,
8097:8, 8097:16,
8097:23, 8098:4,
8098:8, 8098:11,
8098:18, 8100:7,
8100:11, 8100:17,
8101:7, 8101:20,
8102:15
lack [7] - 8198:12,
8198:16, 8199:7,
8199:9, 8213:3,
8218:22, 8223:4
Lacy [26] - 8131:7,
8131:8, 8131:20,
8131:22, 8138:5,
8139:9, 8139:16,
8140:6, 8142:11,
8154:12, 8155:17,
8171:9, 8171:25,
8172:5, 8172:10,
8182:11, 8210:4,
8217:14, 8217:20,
8220:24, 8227:25,
8228:5, 8232:5,
8232:8, 8232:15
LAFAYETTE [2] -
8097:5, 8101:20
LAFLEUR [1] -
8101:18
lagging [6] - 8110:5,
8110:22, 8111:5,
8175:12, 8215:10,
8215:12
laid [1] - 8184:12
LAMAR [1] - 8102:10
Lamar [1] - 8170:12
Lambert [4] - 8201:10,
8201:20, 8244:25,
8245:1
land [1] - 8160:20
LANGAN [1] - 8100:23
language [3] -
8145:23, 8154:22,
8195:5
large [3] - 8152:18,
8160:11, 8201:18
largest [1] - 8183:18
Larry [1] - 8210:1
LASALLE [1] -
8100:25
last [7] - 8105:9,
8105:15, 8201:4,
8224:10, 8224:15,
8230:14, 8242:16
late [2] - 8105:9,

8108:1
latest [4] - 8177:9,
8238:18, 8238:21,
8238:23
latter [1] - 8167:25
launched [1] - 8221:8
LAW [3] - 8098:3,
8098:6, 8098:17
LAWRENCE [1] -
8099:12
laws [3] - 8151:19,
8151:23, 8151:25
lawyer [1] - 8129:22
lawyers [2] - 8156:25,
8199:18
lay [1] - 8218:20
laying [1] - 8188:21
LE [1] - 8238:17
lead [9] - 8205:25,
8206:1, 8206:9,
8206:15, 8206:16,
8208:23, 8212:7,
8218:18, 8218:21
Leader [3] - 8107:25,
8111:25, 8114:8
leader [11] - 8113:20,
8114:21, 8115:17,
8116:5, 8131:14,
8132:2, 8135:9,
8169:8, 8172:14,
8204:1, 8234:2
leadership [37] -
8107:18, 8108:3,
8108:8, 8108:23,
8109:3, 8109:10,
8110:15, 8113:10,
8122:19, 8124:3,
8128:8, 8131:14,
8132:5, 8132:19,
8136:19, 8138:5,
8139:18, 8141:25,
8142:8, 8143:17,
8147:7, 8164:24,
8169:7, 8174:12,
8179:7, 8182:23,
8197:25, 8208:1,
8208:4, 8208:12,
8208:24, 8212:7,
8219:6, 8219:11,
8219:18, 8242:7,
8243:17
Leadership [2] -
8108:20, 8205:2
leading [11] - 8110:5,
8118:19, 8129:20,
8163:10, 8175:1,
8175:11, 8185:13,
8206:11, 8215:9,
8215:12, 8219:22
leads [1] - 8205:24

leak [2] - 8173:1,
8173:3
leak-off [2] - 8173:1,
8173:3
learn [5] - 8113:7,
8178:22, 8182:4,
8211:21, 8214:8
learned [11] - 8178:12,
8183:25, 8184:5,
8212:16, 8213:1,
8213:8, 8213:24,
8214:6, 8214:11,
8216:9
Learned' [1] - 8178:7
learning [2] - 8141:20,
8184:7
learnings [2] - 8113:4,
8139:4
LEASING [1] -
8096:13
least [5] - 8130:23,
8135:24, 8143:11,
8169:25, 8170:20
leave [7] - 8149:24,
8206:2, 8206:19,
8206:21, 8207:23,
8207:24
led [1] - 8177:7
left [18] - 8111:9,
8125:1, 8149:21,
8150:6, 8155:17,
8155:22, 8157:6,
8182:6, 8182:21,
8195:4, 8199:22,
8209:1, 8220:14,
8223:19, 8224:12,
8230:11, 8232:12,
8242:11
legal [1] - 8135:4
LEGER [63] - 8097:21,
8097:22, 8126:1,
8126:6, 8126:11,
8126:18, 8126:21,
8127:2, 8128:4,
8128:6, 8137:7,
8137:11, 8137:13,
8138:12, 8138:14,
8139:8, 8139:15,
8145:22, 8150:5,
8150:9, 8153:15,
8153:18, 8154:16,
8161:9, 8161:15,
8161:22, 8162:4,
8162:13, 8162:18,
8162:21, 8162:24,
8163:17, 8163:19,
8163:22, 8163:24,
8164:1, 8164:4,
8164:5, 8170:21,
8171:5, 8180:20,

8183:4, 8184:9,
8186:4, 8186:7,
8200:15, 8200:19,
8202:16, 8202:19,
8211:11, 8211:14,
8211:20, 8213:11,
8220:18, 8220:21,
8222:24, 8223:7,
8223:21, 8223:24,
8224:1, 8224:16,
8224:18, 8224:22
leger [3] - 8125:25,
8201:2, 8202:15
Leger [14] - 8126:23,
8137:2, 8145:15,
8220:13, 8224:20,
8225:14, 8225:19,
8226:6, 8226:9,
8237:15, 8239:9,
8241:22, 8242:20,
8243:7
LEGER....................
[1] - 8103:7
lenses [3] - 8142:24,
8143:1
lessons [9] - 8212:11,
8212:16, 8213:1,
8213:8, 8213:23,
8214:11, 8214:15,
8215:4, 8216:9
Lessons [1] - 8214:6
letter [3] - 8128:19,
8141:24, 8221:21
letters [1] - 8198:4
level [5] - 8113:3,
8117:14, 8129:4,
8171:8, 8224:4
Level [1] - 8166:3
levels [1] - 8112:15
Lewis [4] - 8201:10,
8201:20, 8245:4,
8245:5
LEWIS [4] - 8097:14,
8100:15, 8102:4,
8102:9
LI [1] - 8101:15
license [1] - 8149:17
licenses [2] - 8149:16
lieutenants [2] -
8131:10, 8182:13
LIFE [1] - 8097:15
light [3] - 8126:19,
8198:7, 8201:13
line [13] - 8106:21,
8107:3, 8107:8,
8107:10, 8135:22,
8146:16, 8168:14,
8169:2, 8169:7,
8189:22, 8203:12,
8224:15, 8233:14

**lines** [3] - 8203:2, 8216:23, 8233:1
**lineup** [2] - 8201:7, 8202:11
**linkage** [2] - 8153:6, 8153:7
**linked** [4] - 8116:23, 8166:15, 8167:15, 8190:10
**Lirette** [2] - 8201:10, 8201:21
**LISKOW** [1] - 8100:15
**list** [1] - 8222:5
**listed** [3] - 8123:13, 8194:25, 8241:14
**lists** [3] - 8105:4, 8105:8, 8158:7
**lithology** [1] - 8150:15
**LITIGATION** [1] - 8099:16
**LLC** [1] - 8101:3
**loading** [1] - 8212:24
**location** [1] - 8241:10
**logging** [2] - 8152:1, 8152:9
**logic** [7] - 8138:8, 8138:9, 8138:15, 8138:18, 8139:7, 8141:16, 8180:15
**logical** [2] - 8191:16, 8228:22
**London** [2] - 8135:8, 8196:9
**look** [26] - 8110:24, 8111:14, 8116:24, 8123:5, 8123:25, 8131:6, 8143:1, 8144:3, 8144:10, 8146:8, 8146:9, 8159:12, 8166:12, 8181:24, 8182:2, 8194:23, 8195:18, 8195:19, 8196:2, 8198:3, 8217:8, 8219:9, 8220:11, 8220:12, 8228:2, 8230:6
**looked** [18] - 8106:25, 8112:6, 8120:24, 8146:14, 8146:15, 8147:18, 8147:21, 8147:22, 8162:6, 8167:22, 8168:5, 8177:20, 8189:5, 8195:9, 8196:4, 8207:6, 8233:24, 8234:11
**looking** [12] - 8105:20, 8111:1, 8141:20, 8142:2, 8162:8,

8180:7, 8182:1, 8188:7, 8189:11, 8199:6, 8240:4, 8242:11
**looks** [9] - 8189:15, 8189:17, 8190:7, 8191:3, 8194:24, 8196:6, 8208:7, 8208:16
**LOS** [1] - 8101:16
**losing** [1] - 8175:19
**loss** [13] - 8110:18, 8110:20, 8111:4, 8111:11, 8111:20, 8112:10, 8112:21, 8119:2, 8125:9, 8125:10, 8159:18, 8213:18, 8213:25
**losses** [1] - 8112:19
**loud** [2] - 8158:19, 8158:20
**Louisiana** [4] - 8127:23, 8225:3, 8245:17, 8245:18
**LOUISIANA** [4] - 8096:2, 8096:8, 8100:3, 8100:5
**low** [2] - 8112:5, 8173:1
**lower** [3] - 8112:23, 8143:3, 8178:4
**LT** [1] - 8205:2
**lucky** [1] - 8235:18
**LUIS** [1] - 8101:15
**lunch** [7] - 8227:25, 8228:4, 8228:5, 8228:8, 8244:9, 8244:12, 8244:23
**LUNCHEON** [1] - 8103:12
**luncheon** [1] - 8245:10
**LUTHER** [1] - 8099:22

**M**

**machine** [1] - 8126:17
**Macondo** [16] - 8154:20, 8158:24, 8172:11, 8172:12, 8172:13, 8172:15, 8173:6, 8173:9, 8173:17, 8180:7, 8180:25, 8215:15, 8215:20, 8216:11, 8216:17, 8235:14
**MAGAZINE** [1] - 8098:18
**MAHRA** [4] - 8159:12,

8159:17, 8159:25
**MAHTOOK** [1] - 8101:18
**mail** [29] - 8131:7, 8131:22, 8131:23, 8141:24, 8176:23, 8201:4, 8204:14, 8204:17, 8204:18, 8205:12, 8217:11, 8217:19, 8217:21, 8218:3, 8219:1, 8220:23, 8220:24, 8220:25, 8221:12, 8228:2, 8228:4, 8228:9, 8228:22, 8228:23, 8234:19, 8234:24, 8235:24, 8242:12
**mails** [3] - 8177:3, 8226:11, 8226:13
**MAIN** [1] - 8098:11
**maintain** [2] - 8151:15, 8151:20
**maintenance** [2] - 8178:6, 8223:2
**major** [14] - 8112:21, 8124:15, 8125:7, 8133:23, 8158:9, 8159:10, 8159:13, 8159:19, 8168:12, 8188:15, 8195:11, 8196:9, 8231:8, 8243:1
**MALINDA** [1] - 8099:12
**man** [6] - 8118:7, 8124:16, 8223:3, 8234:16, 8240:15, 8240:18
**man-hours** [5] - 8118:7, 8124:16, 8223:3, 8240:15, 8240:18
**manage** [1] - 8171:2
**management** [35] - 8108:6, 8108:15, 8108:16, 8109:17, 8110:10, 8110:16, 8125:8, 8154:5, 8154:7, 8154:13, 8155:9, 8155:12, 8155:13, 8155:14, 8156:12, 8157:18, 8159:21, 8175:12, 8179:7, 8181:23, 8181:24, 8182:17, 8182:24, 8183:6, 8183:12, 8183:16, 8183:20, 8190:6, 8195:20, 8195:22,

8199:9, 8210:14, 8227:22, 8237:21, 8238:2
**Management** [6] - 8121:24, 8122:5, 8123:8, 8158:6, 8164:7, 8241:23
**Management/ Process** [8] - 8166:4
**manager** [1] - 8140:21
**managers** [1] - 8145:13
**manner** [1] - 8169:11
**manpower** [1] - 8141:1
**map** [1] - 8155:12
**marathon** [2] - 8165:14, 8194:11
**March** [2] - 8212:19, 8242:12
**margin** [4] - 8151:7, 8151:9, 8151:12, 8151:20
**Marianas** [18] - 8111:16, 8123:16, 8130:9, 8136:25, 8141:14, 8159:1, 8159:5, 8184:25, 8185:4, 8204:23, 8205:14, 8205:17, 8215:19, 8216:1, 8220:7, 8225:25, 8226:14, 8226:16
**marinate** [1] - 8193:11
**Marine** [1] - 8222:12
**marine** [2] - 8149:16
**Mark** [1] - 8179:17
**maroon** [2] - 8109:22, 8109:24, 8109:25, 8110:3, 8110:10, 8110:20, 8111:3, 8113:8
**massive** [6] - 8146:21, 8160:3, 8160:4, 8179:18, 8186:10, 8199:20
**matrices** [3] - 8195:22, 8196:7, 8196:19
**matrix** [1] - 8195:20
**matter** [8] - 8113:5, 8128:17, 8141:12, 8159:16, 8194:14, 8201:3, 8209:2, 8245:19
**matters** [2] - 8104:11, 8192:13
**MATTHEW** [1] - 8100:24
**MAZE** [1] - 8099:22

**McCLELLAN** [1] - 8099:10
**McIntyre** [1] - 8217:11
**McKay** [3] - 8170:11, 8170:12
**McKay's** [1] - 8170:19
**McMahan** [1] - 8210:1
**mean** [29] - 8107:10, 8110:11, 8112:4, 8112:14, 8113:16, 8114:23, 8115:16, 8116:20, 8119:6, 8122:8, 8135:20, 8136:2, 8139:13, 8143:18, 8164:21, 8175:5, 8180:21, 8183:5, 8187:5, 8191:18, 8191:20, 8192:10, 8192:13, 8200:8, 8206:11, 8208:10, 8214:3, 8229:5, 8240:3
**means** [10] - 8124:20, 8126:19, 8126:21, 8127:13, 8145:24, 8146:1, 8198:10, 8217:17, 8218:18, 8235:4
**meant** [2] - 8212:16, 8218:14
**measure** [2] - 8118:8, 8238:22
**measures** [6] - 8114:25, 8118:1, 8176:2, 8231:14, 8231:18, 8243:4
**measuring** [1] - 8114:25
**MECHANICAL** [1] - 8102:17
**mechanism** [1] - 8109:3
**meet** [1] - 8209:20
**meeting** [23] - 8108:20, 8109:13, 8142:3, 8144:21, 8175:13, 8208:17, 8208:21, 8210:3, 8215:2, 8227:1, 8227:19, 8227:25, 8228:4, 8228:5, 8228:7, 8228:8, 8228:10, 8228:18, 8228:20, 8229:8, 8229:17, 8230:7, 8240:7
**meetings** [13] - 8108:6, 8108:12, 8108:14, 8108:16, 8108:19, 8108:24,

8109:8, 8110:13, 8187:19, 8210:18, 8226:21, 8236:5, 8236:13
**member** [1] - 8219:18
**memory** [1] - 8144:3
**men** [2] - 8179:15, 8220:7
**mentioned** [5] - 8104:21, 8173:2, 8227:4, 8236:11, 8238:19
**mere** [1] - 8211:17
**merely** [1] - 8219:15
**MERIT** [1] - 8102:14
**Merit** [2] - 8245:17, 8245:22
**merits** [1] - 8178:17
**message** [2] - 8206:18, 8224:21
**met** [4] - 8209:14, 8209:23, 8209:25, 8227:6
**metrics** [3] - 8117:24, 8176:8, 8237:22
**MEXICO** [1] - 8096:6
**Mexico** [73] - 8115:17, 8116:11, 8116:13, 8119:22, 8124:2, 8125:1, 8125:4, 8127:19, 8132:12, 8132:20, 8133:21, 8133:22, 8133:23, 8135:12, 8142:18, 8146:12, 8146:23, 8147:15, 8149:7, 8149:11, 8151:2, 8151:3, 8152:17, 8156:2, 8157:3, 8157:4, 8157:22, 8158:6, 8158:24, 8161:3, 8163:2, 8164:8, 8164:11, 8165:8, 8165:11, 8171:19, 8171:23, 8171:25, 8172:2, 8172:4, 8172:7, 8172:24, 8181:20, 8185:10, 8188:10, 8188:18, 8198:17, 8202:23, 8203:6, 8208:10, 8208:14, 8209:1, 8210:6, 8210:10, 8210:12, 8211:15, 8213:10, 8222:3, 8226:4, 8226:22, 8227:22, 8228:12, 8229:3, 8229:13, 8230:12, 8230:18, 8232:2,

8232:12, 8232:22, 8234:2, 8236:5, 8238:2, 8238:13
**Mexico's** [3] - 8117:17, 8118:11, 8122:24
**MGU** [1] - 8212:20
**mic** [1] - 8244:5
**MICHAEL** [2] - 8098:22, 8101:14
**MICHELLE** [1] - 8099:11
**microphone** [1] - 8126:14
**middle** [1] - 8147:10
**midnight** [1] - 8228:3
**might** [4] - 8187:12, 8210:16, 8237:1, 8237:9
**milestone** [1] - 8124:13
**Miller** [2] - 8201:1, 8225:12
**MILLER** [9] - 8101:6, 8201:1, 8202:10, 8202:14, 8213:3, 8223:4, 8223:20, 8225:9, 8236:20
**MILLER.....................**
[1] - 8103:8
**million** [7] - 8124:14, 8124:16, 8124:22, 8148:1, 8148:2, 8148:9, 8148:10
**mind** [4] - 8121:21, 8166:21, 8206:24, 8223:25
**Mineral** [4] - 8121:24, 8122:4, 8123:8, 8241:23
**minimize** [1] - 8219:13
**minimum** [1] - 8142:15
**minor** [4] - 8113:5, 8118:25, 8181:8, 8218:20
**minutes** [7] - 8200:16, 8202:18, 8220:13, 8220:14, 8220:16, 8225:20, 8244:10
**mislead** [1] - 8197:20
**miss** [3] - 8175:15, 8175:23, 8176:4
**missed** [1] - 8175:2
**missing** [1] - 8176:11
**Mississippi** [3] - 8130:10, 8173:5, 8173:15
**mistakes** [1] - 8170:19
**MIT** [1] - 8184:17

**mitigation** [3] - 8125:11, 8166:15, 8190:10
**mitigations** [1] - 8171:1
**MMS** [7] - 8122:7, 8127:6, 8127:15, 8128:15, 8130:13, 8215:17, 8242:8
**mobile** [1] - 8159:4
**MOBILE** [1] - 8097:12
**MODU** [3] - 8139:23, 8159:11, 8205:17
**MODU's** [7] - 8111:18, 8123:15, 8158:22, 8158:23, 8159:7, 8160:1, 8160:7
**MODUs** [1] - 8138:3
**money** [2] - 8115:24, 8149:1
**monitor** [4] - 8126:5, 8126:9, 8175:18, 8175:21
**monitored** [2] - 8187:18, 8243:20
**monitoring** [6] - 8120:7, 8136:2, 8175:10, 8175:14, 8175:22, 8175:23
**MONTGOMERY** [1] - 8099:24
**month** [5] - 8133:6, 8138:15, 8139:16, 8240:1, 8240:4
**months** [20] - 8143:16, 8149:23, 8176:19, 8177:21, 8184:12, 8189:18, 8192:8, 8192:24, 8193:17, 8193:24, 8194:24, 8195:3, 8195:12, 8196:5, 8196:14, 8207:25, 8210:22, 8222:5, 8226:5, 8239:20
**moot** [1] - 8201:20
**MORNING** [1] - 8096:20
**morning** [7] - 8104:8, 8104:9, 8104:12, 8104:25, 8105:3, 8106:2, 8106:10, 8201:5, 8202:4, 8225:10, 8225:11, 8227:4
**Morten** [1] - 8104:16
**most** [11] - 8105:2, 8112:16, 8118:1, 8124:9, 8126:5, 8132:4, 8146:16,

8148:5, 8164:11, 8171:10, 8179:6
**move** [5] - 8106:23, 8107:22, 8126:9, 8197:9, 8201:15
**moved** [9] - 8107:3, 8107:7, 8107:13, 8134:14, 8134:15, 8134:16, 8157:11, 8203:9, 8243:19
**moving** [3] - 8106:20, 8203:3, 8241:21
**MR** [89] - 8103:7, 8103:8, 8104:13, 8104:23, 8104:25, 8105:7, 8105:13, 8105:23, 8126:1, 8126:6, 8126:9, 8126:11, 8126:18, 8126:21, 8127:2, 8128:4, 8128:6, 8137:7, 8137:11, 8137:13, 8138:12, 8138:14, 8139:8, 8139:15, 8145:22, 8150:5, 8150:9, 8153:15, 8153:18, 8154:16, 8161:9, 8161:15, 8161:22, 8162:4, 8162:13, 8162:18, 8162:21, 8162:24, 8163:17, 8163:19, 8163:22, 8163:24, 8164:1, 8164:4, 8164:5, 8170:21, 8171:5, 8180:20, 8183:4, 8184:9, 8186:4, 8186:7, 8200:15, 8200:19, 8201:1, 8202:10, 8202:14, 8202:16, 8202:19, 8211:11, 8211:14, 8211:20, 8213:3, 8213:11, 8220:18, 8220:21, 8222:24, 8223:4, 8223:7, 8223:20, 8223:21, 8223:24, 8224:1, 8224:16, 8224:18, 8224:22, 8225:4, 8225:6, 8225:9, 8236:20, 8236:22, 8244:7, 8244:14, 8244:16, 8244:20, 8244:25, 8245:3, 8245:5, 8245:7
**MS** [37] - 8103:6, 8103:9, 8106:9, 8106:18, 8120:14,

8120:17, 8125:22, 8128:1, 8128:3, 8128:5, 8137:2, 8137:12, 8138:10, 8138:16, 8145:15, 8150:2, 8153:13, 8163:18, 8163:20, 8163:23, 8170:18, 8180:10, 8183:1, 8183:22, 8183:24, 8211:5, 8211:16, 8211:19, 8222:20, 8223:5, 8225:2, 8236:25, 8237:3, 8237:6, 8237:13, 8244:1, 8244:3
**mud** [2] - 8151:12, 8152:1
**multiple** [4] - 8137:5, 8166:14, 8190:9, 8196:7
**Mumbai** [1] - 8152:6
**mumbo** [2] - 8187:11, 8243:10
**MUNGER** [1] - 8101:13
**must** [5] - 8121:3, 8137:22, 8168:20, 8182:24, 8222:4, 8223:17

## N

**nada** [1] - 8149:8
**name** [11] - 8122:8, 8123:17, 8156:2, 8160:2, 8160:3, 8184:22, 8185:1, 8185:14, 8186:1, 8186:3, 8225:12
**names** [2] - 8132:4, 8185:1
**NATHANIEL** [1] - 8099:6
**National** [1] - 8242:8
**native** [1] - 8120:12
**NATURAL** [1] - 8099:3
**nature** [5] - 8171:7, 8171:13, 8172:1, 8219:14, 8241:11
**nearly** [1] - 8130:19
**necessarily** [1] - 8193:2
**need** [30] - 8126:14, 8130:2, 8139:17, 8145:19, 8151:15, 8153:24, 8154:1, 8154:4, 8154:6, 8159:17, 8169:15,

8170:25, 8175:14, 8193:5, 8193:9, 8193:11, 8193:12, 8193:21, 8193:23, 8205:15, 8205:20, 8205:25, 8206:1, 8210:16, 8214:24, 8216:14, 8217:21, 8224:19
**needed** [1] - 8148:25
**negotiation** [1] - 8209:20
**negotiations** [2] - 8209:18, 8224:2
**NEIL** [2] - 8103:5, 8106:13
Neil [4] - 8141:25, 8142:8, 8165:16, 8227:23
**neuron** [1] - 8152:13
**never** [12] - 8121:2, 8122:25, 8134:24, 8140:16, 8170:5, 8170:7, 8170:24, 8173:16, 8209:15, 8211:7, 8223:25, 8236:11
**New** [1] - 8123:18
**NEW** [9] - 8096:8, 8097:8, 8097:16, 8097:23, 8098:18, 8100:11, 8100:17, 8101:7, 8102:15
new [4] - 8134:14, 8134:16, 8210:23, 8233:20
**Newman** [2] - 8209:23, 8227:14
**next** [32] - 8132:9, 8138:15, 8139:16, 8144:19, 8144:22, 8147:17, 8164:20, 8177:2, 8189:21, 8190:6, 8196:18, 8197:2, 8198:4, 8198:24, 8199:4, 8199:5, 8199:6, 8201:10, 8201:12, 8201:14, 8201:15, 8205:24, 8209:7, 8211:11, 8220:12, 8222:19, 8226:7, 8232:10, 8240:21, 8244:6, 8244:20, 8244:23
**nice** [1] - 8126:2
**Nicholas** [1] - 8113:25
**night** [4] - 8105:9, 8105:15, 8201:4, 8233:7

**nine** [6] - 8149:21, 8149:25, 8150:7, 8172:6, 8172:7, 8224:10
**NINTH** [1] - 8098:7
**NO** [3] - 8096:8, 8096:12, 8096:14
**nobody** [3] - 8171:23, 8193:22, 8193:25
**non** [2] - 8152:5, 8182:15
**none** [2] - 8104:20, 8160:4
**nonetheless** [2] - 8112:24, 8157:13
**NONJURY** [1] - 8096:21
**nonresponsive** [1] - 8139:9
**nonsalt** [1] - 8172:21
**nontypical** [1] - 8182:22
**NORFOLK** [1] - 8101:23
**NORTH** [1] - 8100:6
**North** [4] - 8165:8, 8171:20, 8172:4, 8172:8
**notable** [1] - 8124:9
**note** [1] - 8123:11
**noted** [3] - 8195:3, 8237:3, 8238:5
**nothing** [4] - 8125:22, 8203:7, 8243:7, 8244:1
**notice** [1] - 8237:8
**notifying** [1] - 8222:2
**November** [3] - 8160:22, 8168:3, 8176:21, 8182:6, 8190:15, 8191:24, 8195:10, 8232:1
**number** [58] - 8114:10, 8114:25, 8115:20, 8117:15, 8118:6, 8119:7, 8121:4, 8121:19, 8123:2, 8124:12, 8125:6, 8127:8, 8130:6, 8132:18, 8135:17, 8142:20, 8142:21, 8142:25, 8143:10, 8143:15, 8143:22, 8148:2, 8159:17, 8160:11, 8160:12, 8161:10, 8161:11, 8161:24, 8162:14, 8162:18, 8162:19, 8164:17, 8164:19, 8166:13,

8166:18, 8167:1, 8167:18, 8175:9, 8182:10, 8188:10, 8190:8, 8190:17, 8192:6, 8192:14, 8193:16, 8195:25, 8209:14, 8211:23, 8212:15, 8227:6, 8234:24, 8237:17, 8238:24, 8239:12, 8240:10, 8240:19, 8241:15
**Number** [2] - 8162:1, 8220:22
**numbered** [1] - 8245:19
**numbers** [10] - 8110:25, 8142:15, 8146:9, 8147:22, 8161:18, 8161:20, 8162:11, 8162:12, 8162:22, 8239:5
**NW** [1] - 8100:20

### O

**O'Bryan** [6] - 8156:3, 8156:9, 8232:15, 8233:2, 8233:6, 8233:14
**O'Bryan's** [2] - 8232:25, 8234:4
**O'KEEFE** [1] - 8097:8
**O'ROURKE** [1] - 8099:4
**oath** [1] - 8106:15
**object** [5] - 8128:1, 8150:2, 8183:1, 8211:5, 8222:20
**objection** [14] - 8104:19, 8128:2, 8128:4, 8150:8, 8170:18, 8180:10, 8211:10, 8211:12, 8211:18, 8213:3, 8222:23, 8223:4, 8223:6, 8223:20
**objections** [1] - 8104:17
**objective** [1] - 8142:14
**objectives** [7] - 8107:24, 8113:14, 8113:18, 8114:7, 8116:18, 8188:20, 8188:23
**observation** [3] - 8152:10, 8215:9, 8216:18
**observations** [1] - 8152:13

**obtaining** [2] - 8230:16, 8241:8
**obviously** [1] - 8204:14
**occasions** [2] - 8209:14, 8227:6
**occur** [1] - 8201:24
**occurred** [2] - 8229:8, 8230:7
**occurring** [1] - 8202:3
**October** [7] - 8131:23, 8132:7, 8132:12, 8134:12, 8134:14, 8147:6, 8182:6
**OE1** [3] - 8184:13, 8184:15, 8184:16
**OF** [14] - 8096:2, 8096:6, 8096:13, 8096:15, 8096:21, 8098:21, 8099:3, 8099:9, 8099:15, 8099:21, 8100:3, 8100:4, 8100:5
**offer** [1] - 8104:17
**OFFICE** [5] - 8097:4, 8099:13, 8099:21, 8100:3, 8100:7
**Official** [2] - 8245:17, 8245:23
**OFFICIAL** [1] - 8102:13
**offshore** [6] - 8149:8, 8159:4, 8164:15, 8187:23, 8199:15, 8233:23
**OFFSHORE** [1] - 8101:4
**often** [2] - 8110:3, 8189:23
**oil** [2] - 8130:14, 8151:3
**OIL** [2] - 8096:5
**old** [2] - 8210:23, 8237:11
**old-fashioned** [1] - 8237:11
**OLSON** [1] - 8101:13
**OMS** [31] - 8108:10, 8108:13, 8110:14, 8154:13, 8154:19, 8155:6, 8155:21, 8155:22, 8156:5, 8156:10, 8156:14, 8156:19, 8157:4, 8157:17, 8159:4, 8163:2, 8163:11, 8164:25, 8174:11, 8174:14, 8177:7, 8177:8, 8177:10, 8187:9, 8188:9,

8189:6, 8191:1, 8194:2, 8194:6, 8242:18, 8243:2
**ON** [1] - 8096:6
**onboard** [1] - 8172:19
**once** [1] - 8144:6
**one** [72] - 8109:12, 8110:13, 8110:22, 8111:3, 8111:5, 8111:19, 8112:17, 8114:13, 8115:21, 8117:15, 8118:22, 8119:7, 8120:15, 8121:1, 8121:2, 8121:4, 8121:19, 8122:16, 8122:25, 8123:3, 8125:6, 8130:6, 8131:10, 8132:10, 8132:18, 8144:15, 8147:18, 8148:10, 8152:12, 8152:25, 8155:12, 8159:17, 8160:3, 8161:16, 8167:1, 8167:18, 8170:14, 8175:9, 8177:13, 8183:25, 8184:16, 8185:8, 8186:1, 8186:6, 8186:12, 8187:21, 8187:22, 8188:1, 8188:10, 8188:13, 8189:2, 8189:6, 8192:6, 8192:14, 8193:16, 8195:20, 8196:19, 8207:16, 8208:13, 8211:1, 8218:14, 8219:6, 8224:15, 8225:19, 8226:7, 8232:10, 8233:19, 8235:3, 8235:5, 8235:7, 8243:9, 8244:20
**ONE** [1] - 8100:16
**one-time** [1] - 8148:10
**ones** [3] - 8135:2, 8146:6, 8241:14
**onshore** [1] - 8164:15
**onstream** [1] - 8147:15
**op** [1] - 8156:10
**open** [2] - 8227:22, 8236:17
**operate** [3] - 8156:9, 8156:11, 8165:10
**operated** [1] - 8214:20
**Operating** [2] - 8163:2, 8164:7
**operating** [7] - 8115:6, 8122:12, 8151:15,

8168:14, 8169:2, 8174:14, 8184:16
**operation** [2] - 8174:10, 8231:15
**operational** [5] - 8109:13, 8114:17, 8145:10, 8145:20, 8205:14
**operations** [13] - 8105:24, 8108:14, 8108:19, 8108:20, 8108:24, 8109:8, 8115:13, 8115:15, 8125:4, 8184:18, 8208:5, 8221:2, 8231:12
**operator** [1] - 8242:9
**opinion** [3] - 8171:21, 8187:12, 8219:13
**opportunities** [1] - 8188:14
**opportunity** [4] - 8121:18, 8126:1, 8214:14, 8235:25
**opposed** [3] - 8140:6, 8140:9, 8158:22
**OPPOSED** [1] - 8140:9
**ops** [1] - 8199:9
**optional** [1] - 8237:2
**ORDER** [1] - 8104:4
**order** [2] - 8153:8, 8201:11
**orders** [1] - 8191:1
**org** [3] - 8231:23, 8232:12, 8232:18
**organization** [40] - 8107:17, 8108:25, 8109:1, 8112:3, 8113:6, 8113:12, 8115:25, 8116:6, 8116:9, 8119:5, 8119:11, 8120:7, 8121:6, 8125:13, 8125:14, 8125:20, 8129:5, 8137:16, 8138:6, 8138:22, 8141:15, 8142:14, 8148:23, 8153:1, 8154:5, 8154:10, 8154:12, 8174:9, 8175:13, 8182:20, 8182:22, 8182:23, 8186:3, 8223:11, 8226:22, 8231:24, 8236:19, 8239:2, 8239:9
**organizational** [5] - 8115:13, 8115:16, 8182:15, 8182:17,

8232:2
**organizations** [2] - 8145:12, 8152:22
**organized** [1] - 8194:3
**orient** [1] - 8234:15
**originally** [1] - 8215:19
**ORLEANS** [9] - 8096:8, 8097:8, 8097:16, 8097:23, 8098:18, 8100:11, 8100:17, 8101:7, 8102:15
**Orleans** [1] - 8123:18
**ought** [1] - 8224:21
**ourselves** [2] - 8231:19, 8234:15
**outcome** [1] - 8207:22
**outcomes** [2] - 8166:15, 8190:10
**outline** [1] - 8194:21
**outlined** [2] - 8139:20, 8177:19
**outlines** [1] - 8212:20
**outputs** [1] - 8109:12
**outstanding** [1] - 8117:25
**overall** [13] - 8108:15, 8142:22, 8145:11, 8155:18, 8165:25, 8171:16, 8175:12, 8203:11, 8210:13, 8211:24, 8215:13, 8238:4, 8240:11
**overcautiousness** [1] - 8161:3
**overdue** [2] - 8129:16, 8223:2
**overhead** [2] - 8145:11, 8148:9
**overheads** [1] - 8145:12
**overload** [1] - 8188:24
**overruled** [2] - 8183:23, 8213:4
**overseas** [1] - 8219:9
**oversight** [1] - 8175:13
**overtime** [1] - 8192:15
**overview** [1] - 8209:8
**own** [4] - 8118:9, 8149:19, 8164:4, 8178:12
**owned** [8] - 8111:12, 8139:23, 8149:23, 8156:14, 8205:17, 8205:21, 8216:3
**owner** [2] - 8163:3, 8191:9

**P**

**p.m** [1] - 8245:10
**P.O** [1] - 8099:7
**pad** [1] - 8186:24
**Page** [1] - 8210:20
**PAGE** [1] - 8103:3
**page** [34] - 8118:18, 8132:9, 8140:18, 8143:3, 8144:19, 8144:22, 8164:20, 8165:18, 8177:2, 8177:15, 8187:21, 8188:13, 8188:18, 8189:21, 8190:4, 8190:6, 8196:18, 8197:2, 8198:4, 8198:19, 8198:24, 8199:4, 8199:5, 8199:6, 8205:11, 8209:7, 8211:11, 8221:23, 8222:19, 8232:25, 8233:14, 8239:23, 8243:10
**pages** [4] - 8111:3, 8132:18, 8161:19, 8161:24
**pair** [1] - 8139:5
**PALMINTIER** [1] - 8098:10
**PAN** [1] - 8097:15
**pants** [3] - 8169:9, 8169:13, 8169:18
**paper** [1] - 8188:5
**par** [1] - 8200:3
**paragraph** [3] - 8158:17, 8205:24, 8242:5
**paragraphs** [2] - 8120:18, 8158:17
**parallel** [1] - 8204:9
**paren** [1] - 8227:22
**part** [34] - 8108:13, 8110:12, 8114:13, 8114:15, 8120:10, 8131:19, 8135:18, 8146:24, 8165:9, 8167:25, 8169:17, 8171:16, 8174:13, 8180:13, 8181:1, 8181:17, 8181:18, 8183:7, 8200:11, 8208:10, 8210:14, 8212:14, 8219:21, 8225:17, 8226:8, 8228:9, 8228:16, 8238:3, 8241:12, 8242:18, 8243:2, 8243:6

**particular** [7] - 8128:7, 8128:10, 8148:22, 8171:14, 8172:22, 8173:6, 8216:9
**particularly** [5] - 8128:20, 8136:16, 8167:19, 8169:22, 8173:7
**parties** [6] - 8105:2, 8105:9, 8106:4, 8181:3, 8214:14, 8241:12
**partly** [1] - 8184:1
**parts** [2] - 8159:22, 8213:8
**party** [1] - 8214:25
**pass** [1] - 8227:20
**past** [1] - 8221:14
**Pat** [2] - 8232:15, 8233:14
**Patrick** [3] - 8156:3, 8156:9, 8233:2
**PAUL** [1] - 8097:14
**Paul** [5] - 8217:11, 8217:15, 8219:2, 8219:8, 8219:10
**Paul's** [1] - 8218:22
**pay** [1] - 8144:11
**PDQ** [2] - 8123:15, 8156:14
**peer** [1] - 8204:10
**PENNSYLVANIA** [1] - 8100:20
**people** [52] - 8119:16, 8119:19, 8121:12, 8121:16, 8123:1, 8125:21, 8128:19, 8131:23, 8135:21, 8135:25, 8136:14, 8136:25, 8140:14, 8141:13, 8142:22, 8143:24, 8145:6, 8145:19, 8151:14, 8151:17, 8152:15, 8153:8, 8154:4, 8161:3, 8174:19, 8174:21, 8175:15, 8175:23, 8176:1, 8176:6, 8179:24, 8182:14, 8183:17, 8185:7, 8185:9, 8185:10, 8192:15, 8193:21, 8193:23, 8197:6, 8199:19, 8202:12, 8203:19, 8212:2, 8214:21, 8216:7, 8216:25, 8217:5, 8222:25, 8243:17
**PEPPER** [1] - 8102:13

**Pepper** [3] - 8245:16, 8245:21, 8245:21
**per** [5] - 8107:14, 8118:6, 8146:19, 8147:12, 8191:21, 8217:25
**percent** [11] - 8118:1, 8118:12, 8118:13, 8118:18, 8128:20, 8129:16, 8133:1, 8143:8, 8218:14, 8219:25, 8220:1
**perfect** [1] - 8205:22
**perfectly** [1] - 8166:25
**performance** [105] - 8107:20, 8108:5, 8108:7, 8109:4, 8109:9, 8110:1, 8111:4, 8111:25, 8112:1, 8112:8, 8113:11, 8113:13, 8113:17, 8113:18, 8114:3, 8114:6, 8114:13, 8114:16, 8114:24, 8114:25, 8115:8, 8116:4, 8116:6, 8116:8, 8116:10, 8116:18, 8116:20, 8116:21, 8116:22, 8116:23, 8116:25, 8117:1, 8117:3, 8117:7, 8117:8, 8117:14, 8117:17, 8117:20, 8117:21, 8117:22, 8117:23, 8118:1, 8118:11, 8118:14, 8118:15, 8119:9, 8119:12, 8119:15, 8119:16, 8120:2, 8120:4, 8120:23, 8121:22, 8121:23, 8122:4, 8122:12, 8122:18, 8122:22, 8123:4, 8123:8, 8123:9, 8123:22, 8123:23, 8123:24, 8124:1, 8124:6, 8127:9, 8128:20, 8129:4, 8130:5, 8130:21, 8132:23, 8133:1, 8133:5, 8133:24, 8134:4, 8134:5, 8134:6, 8134:7, 8134:8, 8135:7, 8136:3, 8136:6, 8155:18, 8175:11, 8175:14, 8188:20, 8194:7, 8205:14, 8211:4,

8215:14, 8227:21, 8229:7, 8233:17, 8234:12, 8236:1, 8236:3, 8238:4, 8239:8, 8239:9, 8239:20, 8239:25, 8240:11, 8242:6, 8242:14
**Performance** [7] - 8107:25, 8111:24, 8114:22, 8116:12, 8120:20, 8210:2, 8222:4
**PerformanzFest** [2] - 8237:18, 8239:6
**performed** [1] - 8231:12
**performer** [3] - 8228:24, 8229:4, 8229:7
**performing** [7] - 8233:17, 8233:18, 8233:19, 8234:5, 8234:8, 8235:19, 8237:22
**perhaps** [3] - 8105:3, 8162:13, 8210:9
**Period** [1] - 8222:13
**period** [1] - 8159:1
**permission** [1] - 8141:13
**person** [1] - 8185:2
**personal** [14] - 8108:21, 8108:25, 8110:5, 8120:1, 8120:22, 8122:19, 8128:10, 8128:23, 8129:11, 8129:13, 8174:3, 8199:25, 8202:24, 8236:16
**personally** [8] - 8135:11, 8148:17, 8151:25, 8170:5, 8179:20, 8184:4, 8224:7
**personnel** [10] - 8107:6, 8107:9, 8107:15, 8138:2, 8141:22, 8168:14, 8169:2, 8169:7, 8223:17, 8236:13
**perspective** [1] - 8184:6
**pertain** [2] - 8226:1, 8242:22
**pertains** [1] - 8225:24
**PETITION** [1] - 8096:13
**petrophysicists** [3] - 8172:25, 8215:17,

8216:8
**petrophysics** [1] - 8150:13
**phased** [1] - 8157:7
**philosophy** [2] - 8170:23, 8219:22
**physical** [1] - 8215:18
**physically** [1] - 8160:20
**pick** [1] - 8225:14
**picked** [2] - 8114:24, 8147:10
**picture** [2] - 8113:6, 8211:23
**piece** [2] - 8117:22, 8188:5
**pieces** [1] - 8161:19
**place** [40] - 8107:23, 8107:25, 8125:8, 8125:11, 8125:13, 8136:5, 8137:21, 8154:12, 8155:15, 8155:24, 8157:18, 8158:12, 8168:4, 8168:23, 8171:1, 8175:10, 8176:2, 8176:8, 8182:9, 8184:23, 8187:9, 8187:10, 8187:13, 8187:18, 8187:23, 8192:18, 8193:10, 8194:13, 8200:13, 8203:2, 8205:20, 8217:6, 8223:10, 8224:12, 8240:8, 8243:4, 8243:5, 8243:12, 8243:15, 8243:24
**places** [1] - 8203:4
**plaintiffs** [1] - 8125:24
**PLAINTIFFS** [1] - 8097:3
**Plaintiffs'** [1] - 8126:24
**Plan** [2] - 8163:2, 8242:17
**plan** [43] - 8114:18, 8117:13, 8118:3, 8125:11, 8132:11, 8132:14, 8135:17, 8135:18, 8136:4, 8142:13, 8143:4, 8143:6, 8143:11, 8143:16, 8155:8, 8167:22, 8168:5, 8168:23, 8169:15, 8169:16, 8169:17, 8169:18, 8174:9, 8187:13, 8187:17, 8187:23, 8188:4,

8188:8, 8188:9, 8188:20, 8188:21, 8195:12, 8201:9, 8202:13, 8205:6, 8205:21, 8205:22, 8216:14, 8243:6, 8243:16, 8243:20
**planned** [4] - 8155:7, 8166:15, 8190:10, 8223:2
**planning** [5] - 8105:20, 8168:7, 8171:17, 8172:13, 8194:20
**plans** [8] - 8166:15, 8172:12, 8174:8, 8189:8, 8190:10, 8192:18, 8242:24, 8243:23
**play** [1] - 8244:17
**played** [2] - 8244:19, 8244:22
**PLC** [3] - 8100:15, 8135:8, 8157:25
**pleased** [4] - 8112:7, 8119:10, 8120:8, 8127:7
**point** [19] - 8132:14, 8136:2, 8138:21, 8147:22, 8155:3, 8175:25, 8176:3, 8176:4, 8185:6, 8191:21, 8194:2, 8204:9, 8207:5, 8219:16, 8219:17, 8219:20, 8235:10, 8244:18, 8244:21
**pointed** [2] - 8158:7, 8165:13
**points** [1] - 8153:6
**policies** [1] - 8146:22
**policy** [3] - 8137:25, 8241:2, 8241:7
**poor** [1] - 8221:14
**pore** [3] - 8150:19, 8151:4, 8151:13
**portfolio** [2] - 8211:24, 8213:9
**portion** [1] - 8227:18
**position** [4] - 8134:12, 8134:14, 8134:16, 8199:23
**positions** [1] - 8182:23
**positive** [1] - 8186:14
**possibility** [1] - 8175:4
**possible** [7] - 8180:17, 8180:18, 8180:22, 8181:4,

8181:14, 8217:3, 8227:9
**possibly** [1] - 8209:2
**POST** [3] - 8097:4, 8099:13, 8100:7
**potential** [11] - 8129:22, 8129:25, 8131:2, 8136:16, 8175:7, 8176:12, 8184:11, 8215:10, 8215:11, 8216:6, 8241:16
**potentially** [2] - 8138:24, 8219:22
**PowerPoint** [3] - 8132:18, 8144:23, 8194:21
**PowerPoints** [1] - 8132:10
**POYDRAS** [4] - 8097:15, 8100:16, 8101:7, 8102:14
**practice** [7] - 8157:15, 8159:22, 8174:17, 8174:19, 8179:22, 8180:16, 8241:17
**Practice** [1] - 8241:4
**practices** [8] - 8151:17, 8157:15, 8160:8, 8174:14, 8174:18, 8174:21, 8197:9, 8198:8
**precede** [3] - 8175:2, 8175:15, 8176:11
**precise** [1] - 8142:21
**precondition** [1] - 8115:19
**predictive** [1] - 8199:7
**predominantly** [1] - 8119:1
**preexisted** [1] - 8107:12
**prejudiced** [1] - 8202:11
**preliminary** [1] - 8104:11
**premature** [1] - 8191:22
**premise** [4] - 8154:24, 8155:2, 8174:6, 8185:5
**prepared** [1] - 8110:12
**preread** [3] - 8132:7, 8132:10, 8132:19
**present** [1] - 8171:14
**presentation** [1] - 8144:20
**president** [11] - 8131:11, 8132:1, 8135:6, 8142:18,

8144:7, 8144:11, 8160:21, 8177:5, 8177:6, 8203:25, 8217:15
**President** [8] - 8156:1, 8209:9, 8209:23, 8210:1, 8210:5, 8210:7, 8227:23, 8227:25
**President's** [1] - 8127:23
**presidents** [1] - 8145:13
**press** [1] - 8144:16
**pressure** [4] - 8150:19, 8151:4, 8151:13, 8173:3
**pressures** [1] - 8173:1
**presume** [1] - 8186:14
**pretty** [7] - 8106:6, 8112:7, 8130:23, 8189:14, 8197:13, 8203:9, 8219:1
**prevent** [1] - 8136:15
**previous** [2] - 8198:18, 8229:16
**previously** [6] - 8106:14, 8120:24, 8135:15, 8160:8, 8211:7, 8241:4
**primary** [8] - 8110:18, 8110:21, 8111:4, 8111:11, 8111:20, 8112:10, 8112:21, 8125:9
**principle** [9] - 8114:23, 8115:2, 8136:17, 8169:21, 8173:20, 8174:11, 8178:10, 8186:21, 8216:20
**principles** [4] - 8153:4, 8169:14, 8174:3, 8197:22
**priorities** [5] - 8168:3, 8188:21, 8194:5, 8194:18
**priority** [14] - 8115:21, 8119:7, 8121:4, 8121:20, 8125:6, 8167:1, 8167:18, 8175:9, 8188:23, 8192:7, 8192:17, 8194:18, 8196:10, 8243:15
**Priority** [1] - 8166:3
**probability** [1] - 8220:4
**probation** [1] - 8222:9
**Problem** [2] - 8166:5,

8166:6
**problem** [19] - 8106:3,
8136:15, 8161:13,
8166:9, 8175:8,
8177:16, 8184:12,
8186:15, 8188:2,
8188:18, 8189:18,
8191:15, 8192:5,
8192:23, 8195:1,
8195:16, 8195:18,
8195:25, 8196:7
**problems** [9] - 8136:1,
8136:16, 8178:2,
8189:2, 8192:16,
8192:25, 8193:4,
8193:15, 8214:22
**procedure** [1] -
8198:12
**procedures** [7] -
8154:8, 8157:16,
8178:6, 8197:9,
8198:8, 8198:16
**PROCEEDINGS** [3] -
8096:21, 8102:17,
8104:1
**proceedings** [3] -
8244:18, 8244:21,
8245:19
**process** [91] -
8108:13, 8108:21,
8108:25, 8110:6,
8110:11, 8110:18,
8110:23, 8111:5,
8112:1, 8118:16,
8118:20, 8120:1,
8120:22, 8124:10,
8125:7, 8128:11,
8129:1, 8129:19,
8129:20, 8153:4,
8158:9, 8159:18,
8167:3, 8167:6,
8167:19, 8167:22,
8168:2, 8168:4,
8168:11, 8168:12,
8168:17, 8168:21,
8169:6, 8169:14,
8169:21, 8173:19,
8173:20, 8174:3,
8176:13, 8177:17,
8177:18, 8178:4,
8178:5, 8179:7,
8179:9, 8184:19,
8184:22, 8185:3,
8185:7, 8185:8,
8185:11, 8185:13,
8185:17, 8185:18,
8185:22, 8185:24,
8186:9, 8186:10,
8187:9, 8187:13,
8187:17, 8188:1,

8191:10, 8192:15,
8192:25, 8193:3,
8193:14, 8193:15,
8194:14, 8194:20,
8195:11, 8196:8,
8197:4, 8197:13,
8197:16, 8198:15,
8198:23, 8199:7,
8199:8, 8199:11,
8199:25, 8202:24,
8213:13, 8214:3,
8215:14, 8216:6,
8220:1, 8223:15,
8242:18, 8243:5,
8243:17
**processes** [2] -
8154:7, 8178:7
**processing** [1] -
8159:14
**produced** [1] -
8146:20
**PRODUCED** [1] -
8102:18
**producing** [1] -
8123:13
**production** [20] -
8108:5, 8108:21,
8108:25, 8109:5,
8109:16, 8113:11,
8113:22, 8123:9,
8146:13, 8146:16,
8146:21, 8147:24,
8157:8, 8165:21,
8165:24, 8168:15,
8168:21, 8168:24,
8169:2, 8242:25
**Production** [1] -
8165:4
**PRODUCTION** [3] -
8096:15, 8100:14,
8100:14
**professional** [1] -
8219:3
**program** [8] - 8163:10,
8168:21, 8177:7,
8184:17, 8192:10,
8192:11, 8193:18
**programs** [1] - 8187:9
**progress** [5] -
8121:11, 8124:7,
8141:19, 8191:3,
8192:18
**progressed** [1] -
8243:19
**project** [4] - 8147:8,
8147:10, 8231:3
**projects** [1] - 8147:15
**promise** [3] - 8200:19,
8237:3, 8237:7
**promotion** [2] -

8134:17, 8134:19
**proper** [1] - 8193:7
**properly** [1] - 8178:19
**propose** [1] - 8161:22
**prospect** [3] -
8229:24, 8230:22,
8231:5
**protocol** [1] - 8205:25
**proud** [3] - 8122:14,
8122:20, 8235:18
**provide** [4] - 8109:13,
8199:7, 8207:20,
8236:2
**provided** [2] -
8155:19, 8221:17
**provides** [1] - 8111:4
**PSC** [1] - 8231:24
**pull** [18] - 8106:24,
8113:24, 8114:2,
8124:9, 8146:12,
8153:8, 8159:25,
8225:16, 8226:6,
8226:8, 8226:19,
8227:2, 8229:10,
8231:21, 8232:25,
8234:18, 8239:23,
8242:4
**pulled** [1] - 8194:10
**pulling** [2] - 8106:5,
8161:18
**pulse** [8] - 8125:18,
8136:19, 8136:21,
8223:8, 8223:10,
8223:12, 8223:14
**purple** [3] - 8197:16,
8199:2, 8199:6
**purpose** [1] - 8191:8
**put** [44] - 8105:2,
8107:23, 8107:24,
8108:10, 8119:20,
8120:3, 8121:4,
8122:1, 8125:8,
8136:4, 8139:17,
8154:12, 8162:4,
8166:11, 8167:21,
8168:4, 8168:22,
8169:25, 8171:1,
8172:13, 8175:10,
8187:9, 8187:10,
8187:13, 8187:18,
8192:17, 8193:9,
8194:12, 8196:16,
8200:13, 8201:14,
8202:4, 8205:20,
8219:2, 8222:9,
8223:10, 8240:8,
8243:3, 8243:5,
8243:12, 8243:16,
8243:23, 8244:5,
8244:9

**puts** [1] - 8162:21
**putting** [5] - 8123:2,
8136:14, 8243:9,
8243:15

# Q

**QPR** [1] - 8110:12
**qualified** [2] -
8128:13, 8242:13
**quality** [8] - 8169:24,
8187:1, 8187:3,
8194:11, 8194:12,
8207:2, 8207:6,
8207:22
**quarter** [5] - 8111:9,
8132:11, 8168:1,
8187:4, 8187:24
**quarterly** [5] - 8110:4,
8110:7, 8110:13,
8187:19, 8243:20
**questioned** [1] -
8129:21
**questioning** [1] -
8126:12
**questions** [15] -
8106:22, 8125:24,
8125:25, 8137:6,
8149:5, 8193:25,
8220:19, 8224:15,
8224:23, 8224:25,
8225:4, 8225:6,
8236:22, 8239:8,
8242:16
**quick** [2] - 8186:24,
8225:17
**quickly** [5] - 8186:13,
8186:18, 8187:2,
8193:6, 8225:18
**quite** [5] - 8138:21,
8201:11, 8204:16,
8209:2, 8238:3

# R

**RACHEL** [2] - 8099:6,
8101:10
**raise** [2] - 8105:12,
8213:10
**raised** [2] - 8140:16,
8172:23
**rams** [1] - 8224:13
**ranked** [1] - 8243:23
**rates** [3] - 8118:6,
8132:21, 8132:24
**rather** [1] - 8202:17
**ratio** [1] - 8118:8
**ray** [1] - 8152:13
**RCFA** [1] - 8177:24

**RE** [2] - 8096:5,
8096:12
**reached** [1] - 8137:21
**read** [23] - 8105:15,
8114:1, 8142:4,
8144:10, 8158:18,
8158:19, 8158:20,
8161:1, 8166:5,
8166:10, 8166:20,
8166:22, 8166:23,
8177:4, 8183:3,
8184:6, 8190:20,
8190:22, 8191:12,
8218:3, 8227:17,
8233:13
**reader** [1] - 8162:23
**reading** [5] - 8133:9,
8164:4, 8165:5,
8183:10, 8190:14
**ready** [2] - 8106:6,
8128:18
**real** [3] - 8133:2,
8193:8, 8225:17
**reality** [1] - 8147:14
**realized** [2] - 8107:3,
8121:12
**really** [29] - 8115:23,
8121:8, 8121:10,
8121:16, 8123:11,
8125:19, 8125:20,
8128:5, 8131:12,
8134:8, 8143:21,
8155:14, 8159:8,
8162:12, 8168:17,
8168:20, 8170:1,
8179:9, 8180:6,
8185:5, 8192:11,
8193:16, 8196:17,
8197:10, 8198:13,
8199:23, 8207:13,
8207:23, 8224:19
**Realtime** [2] -
8245:16, 8245:22
**REALTIME** [1] -
8102:13
**realtime** [2] - 8216:18,
8216:21
**reason** [3] - 8140:25,
8235:23, 8236:10
**reasonable** [1] -
8193:19
**reasons** [1] - 8179:25
**reassuring** [1] -
8240:9
**receive** [1] - 8242:1
**received** [6] - 8122:7,
8123:7, 8123:17,
8217:10, 8218:3,
8241:23
**recent** [2] - 8205:15,

8218:23
**recently** [1] - 8207:6
**recess** [4] - 8200:21,
8200:23, 8245:8,
8245:11
**RECESS...................
.................** [1] -
8103:12
**recognition** [9] -
8122:17, 8127:7,
8127:8, 8127:9,
8129:5, 8187:22,
8188:3, 8188:14,
8218:22
**recognize** [4] -
8142:9, 8195:5,
8222:14, 8235:25
**recognized** [5] -
8121:24, 8122:4,
8122:14, 8128:20,
8189:2
**recognizing** [2] -
8135:21, 8243:15
**recollection** [7] -
8145:9, 8204:15,
8221:18, 8227:1,
8227:9, 8227:19,
8229:2
**recommendation** [6] -
8135:24, 8135:25,
8136:13, 8138:6,
8138:22, 8141:15
**recommendations** [1]
- 8184:7
**recommended** [2] -
8139:17, 8159:22
**record** [14] - 8121:22,
8121:23, 8129:16,
8130:19, 8161:21,
8162:1, 8163:18,
8229:6, 8231:1,
8233:13, 8234:13,
8237:16, 8239:6,
8245:19
**recordable** [12] -
8114:18, 8118:5,
8118:6, 8118:13,
8128:21, 8130:6,
8132:24, 8219:25,
8235:3, 8235:5,
8235:8, 8240:2
**recordables** [3] -
8118:2, 8132:21,
8219:24
**RECORDED** [1] -
8102:17
**recording** [1] -
8126:16
**recover** [1] - 8201:22
**red** [1] - 8126:19

**redeploying** [1] -
8141:17
**redirect** [1] - 8237:2
**REDIRECT** [2] -
8103:9, 8237:12
**reduce** [1] - 8145:24
**reduced** [10] - 8118:3,
8118:23, 8144:24,
8146:2, 8148:9,
8219:23, 8219:24,
8219:25, 8220:1,
8220:4
**reducing** [4] -
8107:16, 8145:18,
8145:19, 8220:6
**reduction** [10] -
8107:15, 8118:2,
8118:13, 8124:11,
8128:21, 8143:8,
8148:3, 8148:5,
8240:10, 8240:13
**redundancy** [2] -
8140:6, 8140:9
**redundant** [1] -
8139:23
**refer** [1] - 8161:25
**reference** [6] -
8114:15, 8115:3,
8115:5, 8118:18,
8118:23, 8159:7
**referenced** [4] -
8107:4, 8107:6,
8107:24, 8108:12
**referring** [3] - 8141:9,
8160:13, 8168:15
**refers** [3] - 8114:17,
8117:12, 8184:16
**reflect** [1] - 8123:6
**reforming** [1] -
8148:22
**refresh** [3] - 8144:3,
8226:25, 8227:8
**refreshes** [1] -
8227:19
**REGAN** [2] - 8100:24,
8104:25
**Regan** [1] - 8200:19
**regard** [3] - 8110:1,
8217:23, 8236:19
**regarding** [2] -
8142:3, 8219:13
**regardless** [1] -
8112:23
**regards** [1] - 8221:1
**register** [1] - 8196:9
**Registered** [1] -
8245:17
**REGISTERED** [1] -
8102:14
**registered** [1] -

8245:22
**regular** [1] - 8109:11
**reinforce** [2] -
8121:18, 8138:25
**reinforced** [1] -
8188:15
**reinforcement** [1] -
8119:18
**reinforcing** [1] -
8236:2
**related** [5] - 8107:9,
8176:13, 8226:13,
8226:16, 8242:24
**RELATES** [1] -
8096:11
**relationship** [12] -
8107:11, 8205:9,
8210:14, 8210:17,
8211:2, 8211:25,
8212:1, 8212:6,
8212:14, 8214:10,
8236:17, 8241:11
**relatively** [2] -
8112:17, 8119:1
**release** [1] - 8144:16
**released** [1] - 8212:22
**relevance** [1] - 8150:3
**relevant** [9] - 8143:10,
8150:5, 8159:7,
8159:11, 8159:23,
8160:1, 8160:3,
8213:9, 8215:8
**reliable** [1] - 8125:4
**rely** [2] - 8152:22,
8152:23
**remain** [1] - 8121:3
**remember** [16] -
8133:9, 8137:25,
8138:5, 8142:20,
8144:9, 8144:13,
8153:21, 8160:16,
8162:25, 8176:9,
8190:14, 8208:2,
8217:9, 8217:12,
8217:13, 8228:7
**remind** [6] - 8130:2,
8210:16, 8210:19,
8217:21, 8237:1,
8237:6
**reminded** [1] - 8131:4
**removed** [1] - 8222:5
**removing** [1] -
8149:22
**RENAISSANCE** [1] -
8102:6
**renegotiation** [1] -
8224:12
**reorganization** [3] -
8203:1, 8203:2,
8203:8

**repair** [3] - 8148:7,
8148:12, 8148:24
**repairs** [1] - 8148:18
**repeat** [1] - 8175:19
**replaced** [1] - 8232:15
**Replogle** [3] -
8131:25, 8142:11
**Report** [2] - 8180:13,
8183:3
**report** [24] - 8105:15,
8105:17, 8105:21,
8105:24, 8106:5,
8109:9, 8109:13,
8109:15, 8109:16,
8110:16, 8110:20,
8117:1, 8120:3,
8120:6, 8120:20,
8122:3, 8122:18,
8123:23, 8158:6,
8160:2, 8179:21,
8184:6, 8212:25,
8238:1
**reported** [8] - 8109:19,
8110:9, 8117:16,
8129:15, 8131:1,
8135:7, 8135:9,
8237:21
**Reporter** [7] -
8245:16, 8245:17,
8245:17, 8245:22,
8245:22, 8245:23
**REPORTER** [3] -
8102:13, 8102:13,
8102:14
**reporter's** [1] -
8126:16
**REPORTER'S** [1] -
8245:15
**reporting** [5] -
8107:10, 8109:19,
8111:11, 8124:2,
8149:2
**reports** [1] - 8119:24
**represent** [5] -
8198:19, 8198:25,
8225:12, 8227:7,
8237:18
**representation** [1] -
8238:12
**representatives** [1] -
8140:12
**represents** [1] -
8174:17
**reputations** [1] -
8125:17
**request** [1] - 8193:22
**requests** [1] - 8188:23
**require** [9] - 8143:24,
8151:19, 8151:24,
8169:21, 8214:21,

8216:5, 8224:5,
8224:11, 8224:13
**required** [2] - 8108:13,
8214:9
**requirement** [3] -
8116:4, 8116:11,
8116:14
**requirements** [2] -
8153:4, 8196:11
**resistivity** [1] -
8152:12
**resolved** [1] - 8204:24
**resource** [1] - 8194:18
**resources** [10] -
8107:19, 8141:18,
8141:19, 8143:22,
8154:13, 8170:3,
8188:24, 8217:17,
8217:18, 8219:15
**RESOURCES** [1] -
8099:3
**respect** [14] - 8105:1,
8106:20, 8109:5,
8110:17, 8115:8,
8117:16, 8117:18,
8118:11, 8118:21,
8185:18, 8211:6,
8212:17, 8242:18,
8243:1
**response** [3] - 8175:2,
8176:12, 8217:19
**responsibility** [5] -
8146:24, 8147:1,
8165:24, 8165:25,
8203:20
**responsible** [4] -
8137:22, 8177:10,
8185:8, 8203:10
**rest** [8] - 8105:4,
8116:9, 8131:14,
8136:6, 8136:8,
8136:9, 8187:23,
8240:9
**result** [2] - 8123:6,
8201:6
**resulted** [2] - 8112:25,
8231:7
**resulting** [1] - 8196:8
**results** [19] - 8108:2,
8109:16, 8109:18,
8110:9, 8110:15,
8110:20, 8111:7,
8113:8, 8113:10,
8113:11, 8119:5,
8120:3, 8120:8,
8120:20, 8122:23,
8124:2, 8191:9,
8228:10, 8238:1
**retains** [1] - 8137:23
**retreading** [1] -

8223:22
**return** [1] - 8230:16
**returned** [2] - 8219:11, 8220:17
**revenues** [1] - 8146:21
**review** [6] - 8108:7, 8108:17, 8110:15, 8198:12, 8205:2, 8219:6
**reviewed** [2] - 8110:12, 8219:11
**reviews** [2] - 8108:7, 8207:6
**reward** [3] - 8122:6, 8123:7, 8171:10
**RICHARD** [1] - 8101:18
**RIF** [2] - 8114:19, 8130:6
**RIG** [1] - 8096:5
**rig** [26] - 8123:15, 8138:19, 8138:20, 8139:2, 8140:25, 8150:6, 8155:10, 8156:13, 8156:14, 8204:23, 8223:1, 8224:9, 8225:24, 8233:9, 8233:15, 8233:17, 8233:18, 8234:5, 8234:8, 8234:11, 8235:6, 8235:8, 8235:11, 8235:12, 8235:19
**right-hand** [4] - 8198:9, 8198:20, 8198:24, 8199:10
**rigs** [27] - 8111:12, 8111:14, 8111:16, 8123:14, 8137:23, 8139:3, 8139:23, 8139:24, 8140:14, 8141:13, 8141:20, 8156:10, 8156:11, 8159:15, 8181:9, 8181:11, 8211:22, 8212:8, 8212:18, 8220:7, 8221:5, 8228:11, 8233:19, 8234:8, 8236:8
**rise** [4] - 8104:7, 8200:22, 8200:24, 8245:9
**riser** [3] - 8212:21, 8212:24, 8213:15
**Risk** [2] - 8158:6, 8166:3
**risk** [37] - 8125:7, 8125:9, 8158:9, 8159:10, 8159:13,

8159:18, 8159:20, 8159:21, 8159:23, 8166:13, 8166:18, 8167:13, 8171:10, 8175:7, 8175:25, 8190:6, 8190:8, 8190:17, 8191:7, 8191:10, 8192:1, 8192:7, 8192:16, 8195:20, 8195:22, 8196:1, 8196:9, 8196:22, 8197:10, 8197:14, 8198:10, 8198:13, 8198:21, 8199:9, 8199:10, 8221:13
**riskier** [3] - 8170:4, 8170:7, 8171:19
**risks** [12] - 8121:3, 8159:14, 8168:13, 8170:2, 8170:25, 8171:1, 8171:2, 8171:15, 8176:1, 8196:7, 8199:14
**River** [2] - 8173:5, 8173:15
**RMR** [2] - 8102:13, 8245:21
**Rob** [7] - 8209:14, 8227:3, 8227:4, 8227:6, 8228:4, 8228:5, 8228:8
**Rob's** [1] - 8228:21
**ROBERT** [2] - 8097:11, 8100:20
**ROBERTS** [1] - 8101:10
**Robinson** [1] - 8105:1
**role** [13] - 8134:19, 8134:20, 8138:21, 8161:7, 8203:11, 8210:14, 8210:21, 8210:23, 8216:13, 8233:20, 8236:4
**roles** [4] - 8135:9, 8139:22, 8139:23, 8191:9
**roll** [1] - 8186:8
**ROOM** [2] - 8098:23, 8102:14
**room** [1] - 8121:1
**rooms** [1] - 8126:17
**root** [36] - 8177:21, 8177:25, 8178:1, 8178:3, 8178:10, 8178:12, 8178:16, 8178:19, 8178:23, 8179:2, 8179:11, 8179:17, 8179:18, 8180:1, 8180:3,

8180:8, 8180:18, 8180:24, 8181:8, 8181:21, 8181:24, 8189:7, 8190:2, 8190:18, 8191:6, 8191:14, 8192:4, 8193:8, 8193:12, 8194:12, 8205:5, 8207:3, 8207:11, 8207:13, 8207:19, 8240:24
**rooted** [2] - 8178:25, 8179:7
**rotate** [1] - 8239:24
**ROUGE** [2] - 8098:11, 8100:7
**round** [1] - 8142:20
**ROV** [2] - 8112:20
**ROVs** [1] - 8119:3
**ROY** [2] - 8097:3, 8097:3
**rudimentary** [3] - 8169:20, 8173:20, 8213:12
**rule** [1] - 8215:1
**running** [1] - 8202:23
**RUSNAK** [1] - 8098:13

---

## S

**S&OI** [1] - 8130:6
**S&OI** [1] - 8114:15
**s/Cathy** [1] - 8245:21
**SAFE** [8] - 8123:19, 8123:20, 8127:6, 8128:14, 8130:13, 8133:2, 8241:22, 8242:9
**Safe** [1] - 8123:20
**safe** [8] - 8125:4, 8130:21, 8151:7, 8151:9, 8151:12, 8151:20, 8154:15, 8231:15
**safely** [1] - 8143:25
**safer** [1] - 8158:9
**safety** [199] - 8106:20, 8107:5, 8107:7, 8107:12, 8107:23, 8108:5, 8108:21, 8108:25, 8109:5, 8109:15, 8110:1, 8110:6, 8110:18, 8110:23, 8111:6, 8112:1, 8113:11, 8113:22, 8114:17, 8114:23, 8115:12, 8115:15, 8115:20, 8116:2, 8116:5,

8116:8, 8117:18, 8117:19, 8118:16, 8118:19, 8118:20, 8119:7, 8119:8, 8119:12, 8119:24, 8120:1, 8120:2, 8120:22, 8121:4, 8121:19, 8121:22, 8122:18, 8122:21, 8123:2, 8124:10, 8124:15, 8124:19, 8125:5, 8125:7, 8125:18, 8125:21, 8127:9, 8128:7, 8128:8, 8128:9, 8128:10, 8128:11, 8129:1, 8129:12, 8129:13, 8129:16, 8129:19, 8129:20, 8130:19, 8131:12, 8131:15, 8131:17, 8131:19, 8133:24, 8136:2, 8136:18, 8136:22, 8138:2, 8138:19, 8138:20, 8140:7, 8140:10, 8141:13, 8141:19, 8153:4, 8156:12, 8159:18, 8167:1, 8167:3, 8167:6, 8167:11, 8167:18, 8167:19, 8167:22, 8168:4, 8168:11, 8168:12, 8168:17, 8168:21, 8169:6, 8169:14, 8169:21, 8173:19, 8173:21, 8174:3, 8175:8, 8176:13, 8177:17, 8177:18, 8178:4, 8178:5, 8179:9, 8182:13, 8184:20, 8184:22, 8185:3, 8185:7, 8185:8, 8185:11, 8185:13, 8185:17, 8185:18, 8185:22, 8185:24, 8186:9, 8186:10, 8187:9, 8187:13, 8187:17, 8188:2, 8188:10, 8192:6, 8192:13, 8192:15, 8192:25, 8193:4, 8193:15, 8193:16, 8194:14, 8194:20, 8195:11, 8197:4, 8197:13, 8197:16, 8198:23, 8199:7, 8199:8, 8199:11, 8199:25, 8200:2, 8200:5, 8202:24,

8203:3, 8203:12, 8203:19, 8204:12, 8205:8, 8205:14, 8206:20, 8210:4, 8211:4, 8213:13, 8214:3, 8214:13, 8214:22, 8215:14, 8216:6, 8217:9, 8218:1, 8218:9, 8218:16, 8218:20, 8218:21, 8219:4, 8219:13, 8219:21, 8220:1, 8220:3, 8220:6, 8223:8, 8223:12, 8223:14, 8223:18, 8224:5, 8228:10, 8228:12, 8229:6, 8231:19, 8233:9, 8233:17, 8234:11, 8235:7, 8236:1, 8239:9, 8240:8, 8242:19, 8243:5, 8243:17
**Safety** [4] - 8122:9, 8158:3, 8166:4, 8242:8
**safety-critical** [2] - 8118:19, 8129:16
**sake** [2] - 8162:1, 8176:9
**Saltiel** [5] - 8209:13, 8227:3, 8227:5, 8228:5, 8228:6, 8228:10
**SAN** [1] - 8098:24
**sat** [1] - 8232:5
**satisfaction** [1] - 8119:12
**satisfied** [2] - 8111:25, 8193:24
**satisfies** [1] - 8244:3
**saw** [7] - 8107:2, 8124:10, 8136:3, 8207:1, 8228:14, 8228:17, 8240:5
**scale** [1] - 8142:23
**scheduled** [1] - 8106:2
**scope** [4] - 8164:6, 8166:2, 8179:20, 8180:13
**SCOTT** [1] - 8099:5
**screen** [2] - 8142:7, 8216:23
**scroll** [1] - 8114:5
**Sea** [3] - 8171:20, 8172:4, 8172:8
**seat** [3] - 8169:9, 8169:12, 8169:17
**seated** [2] - 8104:10,

8200:25
**seats** [1] - 8126:11
**second** [5] - 8120:15, 8170:20, 8187:4, 8237:17, 8239:23
**seconds** [1] - 8224:17
**SECTION** [2] - 8099:4, 8099:16
**sections** [1] - 8106:5
**sector** [1] - 8165:8
**see** [67] - 8110:24, 8111:14, 8112:14, 8112:16, 8115:11, 8123:13, 8124:10, 8126:2, 8126:4, 8126:12, 8130:2, 8130:18, 8132:4, 8136:3, 8137:14, 8139:19, 8142:7, 8153:6, 8153:7, 8156:22, 8157:1, 8157:21, 8161:6, 8178:17, 8180:22, 8188:25, 8189:25, 8190:6, 8190:12, 8192:11, 8193:18, 8196:12, 8196:13, 8196:18, 8197:15, 8197:19, 8198:22, 8199:3, 8203:23, 8204:15, 8205:25, 8208:4, 8208:7, 8214:2, 8221:23, 8222:16, 8226:8, 8227:11, 8227:15, 8228:6, 8228:13, 8228:24, 8229:14, 8229:18, 8230:8, 8232:3, 8233:24, 8233:25, 8234:20, 8234:22, 8234:25, 8235:21, 8237:17, 8238:10, 8240:9, 8243:7
**SEEAC** [2] - 8157:23, 8158:7
**seeing** [8] - 8112:1, 8112:8, 8138:1, 8142:5, 8162:25, 8175:11, 8187:6
**seem** [1] - 8228:22
**seismic** [1] - 8152:10
**selected** [2] - 8230:3, 8233:16
**send** [2] - 8132:11, 8135:25
**Senior** [1] - 8227:22
**senior** [2] - 8132:5, 8227:22
**sense** [2] - 8166:8,

8218:8
**sent** [10] - 8119:21, 8120:6, 8120:19, 8132:19, 8134:12, 8155:18, 8182:12, 8201:4, 8222:17, 8227:13
**September** [11] - 8133:6, 8134:3, 8160:23, 8220:8, 8237:19, 8238:19, 8238:21, 8239:10, 8239:15, 8240:1, 8240:6
**September's** [1] - 8134:4
**sequencing** [1] - 8188:22
**series** [1] - 8110:4
**serious** [1] - 8194:14
**Service** [1] - 8222:13
**SERVICES** [1] - 8102:3
**Services** [4] - 8121:24, 8122:5, 8123:8, 8241:23
**SESSION** [1] - 8096:20
**sessions** [1] - 8184:20
**set** [10] - 8113:14, 8116:5, 8119:7, 8123:12, 8125:5, 8125:6, 8182:20, 8188:20, 8215:1, 8231:19
**sets** [2] - 8113:18, 8114:7
**setting** [1] - 8181:18
**several** [2] - 8220:25, 8230:14
**severity** [7] - 8112:6, 8112:15, 8112:16, 8112:17, 8112:23, 8176:13, 8178:4
**shallow** [3] - 8170:11, 8170:17, 8171:7
**share** [4] - 8139:4, 8181:19, 8214:14, 8214:25
**shared** [1] - 8212:12
**sharing** [2] - 8141:20, 8215:3
**SHARON** [1] - 8099:12
**SHAW** [3] - 8097:21, 8103:5, 8106:13
**Shaw** [33] - 8106:11, 8106:19, 8120:18, 8125:1, 8127:3, 8141:25, 8142:8, 8165:16, 8201:9,

8201:12, 8202:22, 8211:6, 8222:21, 8225:10, 8225:18, 8225:22, 8226:9, 8226:20, 8227:23, 8228:19, 8228:25, 8229:8, 8229:14, 8229:22, 8233:2, 8233:6, 8233:25, 8234:9, 8235:4, 8235:21, 8235:23, 8236:20, 8237:14
**shear** [1] - 8224:13
**sheets** [2] - 8242:20, 8243:9
**SHELL** [1] - 8100:16
**shocked** [1] - 8179:14
**shocking** [2] - 8218:23, 8219:14
**shook** [1] - 8183:13
**short** [1] - 8215:22
**shorten** [1] - 8200:17
**shorter** [1] - 8237:9
**shortly** [2] - 8155:17, 8204:23
**shot** [1] - 8220:9
**show** [6] - 8134:5, 8220:22, 8221:23, 8226:25, 8233:4, 8233:12
**showed** [7] - 8149:2, 8225:15, 8225:19, 8226:6, 8239:10, 8240:5, 8242:21
**showing** [3] - 8132:20, 8226:9, 8227:8
**shows** [1] - 8239:25
**SHUTLER** [2] - 8099:12, 8225:2
**sic** [1] - 8137:22
**sickness** [1] - 8201:6
**side** [2] - 8206:24
**sign** [1] - 8114:6
**signals** [6] - 8175:2, 8175:6, 8175:15, 8175:24, 8176:5, 8176:11
**signature** [2] - 8176:17, 8194:25
**signed** [7] - 8114:8, 8114:9, 8164:21, 8165:16, 8166:22, 8190:15, 8195:10
**significance** [2] - 8166:24, 8211:1
**significant** [23] - 8117:24, 8117:25, 8120:1, 8120:21, 8121:11, 8124:11,

8132:2, 8134:19, 8134:20, 8147:23, 8147:25, 8166:13, 8166:18, 8190:8, 8190:17, 8192:25, 8195:25, 8212:11, 8213:8, 8219:1, 8219:18, 8228:14, 8240:10
**significantly** [2] - 8220:2, 8228:17
**Simandoux's** [2] - 8152:5
**similar** [4] - 8116:7, 8147:19, 8155:19
**simple** [3] - 8181:8, 8207:16, 8215:22
**simplification** [3] - 8144:24, 8145:20, 8148:23
**simplify** [1] - 8145:18
**simply** [1] - 8107:10
**Sims** [6] - 8232:18, 8232:19, 8234:16, 8234:20, 8235:17, 8235:23
**Sims'** [1] - 8235:24
**SINCLAIR** [2] - 8099:23, 8225:6
**single** [1] - 8124:23
**singled** [1] - 8228:23
**site** [2] - 8177:22, 8215:25
**sites** [1] - 8165:3
**sitting** [2] - 8160:15, 8182:5
**situation** [1] - 8179:10
**six** [7] - 8177:21, 8184:12, 8189:18, 8192:8, 8192:24, 8193:17, 8193:24
**Skeleton** [1] - 8177:5
**Skelton** [4] - 8163:4, 8163:6, 8176:24, 8187:10
**Skelton's** [1] - 8163:8
**slide** [2] - 8195:16, 8239:10
**SLIDELL** [1] - 8098:8
**slides** [1] - 8149:2
**slow** [3] - 8137:10, 8137:11, 8162:23
**small** [8] - 8112:17, 8119:1, 8217:23, 8217:25, 8218:9, 8218:15, 8218:18, 8219:22
**smaller** [1] - 8218:23
**solid** [1] - 8180:15
**solution** [5] - 8175:22,

8186:9, 8192:19, 8192:22, 8193:13
**Solutions** [2] - 8186:13, 8191:17
**solutions** [10] - 8177:14, 8184:10, 8184:11, 8186:8, 8186:12, 8188:1, 8189:8, 8191:23, 8193:9, 8194:13
**solve** [3] - 8186:15, 8188:10, 8194:16
**solved** [4] - 8175:8, 8192:14, 8195:14, 8195:15
**solving** [1] - 8192:23
**someone** [1] - 8214:1
**sometimes** [4] - 8112:20, 8121:14, 8193:6, 8200:18
**somewhere** [1] - 8204:9
**sorry** [34] - 8132:9, 8133:15, 8135:16, 8137:7, 8138:9, 8140:3, 8140:8, 8146:19, 8147:5, 8147:24, 8148:14, 8163:17, 8163:22, 8172:25, 8174:25, 8175:17, 8175:21, 8177:15, 8181:7, 8182:16, 8183:13, 8189:16, 8192:19, 8194:24, 8197:16, 8213:14, 8215:6, 8217:9, 8229:10, 8238:15, 8239:17, 8239:24, 8243:8
**sort** [21] - 8121:14, 8122:9, 8122:17, 8123:11, 8139:4, 8142:22, 8156:22, 8159:13, 8162:15, 8170:23, 8175:19, 8175:25, 8176:2, 8200:9, 8200:13, 8209:21, 8210:18, 8219:16, 8231:19, 8240:11
**sound** [3] - 8138:8, 8139:6, 8141:16
**sounds** [2] - 8191:16, 8202:13
**source** [1] - 8215:13
**sources** [1] - 8149:4
**SOUTH** [1] - 8101:15
**space** [2] - 8202:7, 8218:9
**speaking** [1] -

8217:24
**specialists** [2] -
8185:12, 8185:24
**specific** [6] - 8105:19,
8114:25, 8115:10,
8159:6, 8239:15,
8243:5
**specifically** [2] -
8148:25, 8160:17
**specification** [1] -
8224:9
**speeches** [1] -
8144:10
**speed** [3] - 8137:8
**spending** [1] -
8115:23
**spent** [3] - 8148:18,
8148:19, 8149:1
**spike** [1] - 8240:6
**SPILL** [1] - 8096:5
**spills** [5] - 8112:20,
8118:21, 8118:25,
8119:2
**SPIRO** [1] - 8099:17
**split** [1] - 8164:15
**Sprague** [3] - 8207:7,
8207:8, 8222:14
**spring** [2] - 8168:6,
8230:10
**sprint** [3] - 8165:14,
8194:11, 8194:16
**SPU** [36] - 8108:20,
8110:2, 8114:8,
8119:24, 8123:2,
8132:12, 8133:23,
8135:9, 8142:18,
8146:12, 8146:13,
8147:6, 8158:6,
8160:21, 8163:2,
8164:11, 8164:24,
8166:2, 8166:3,
8166:14, 8172:14,
8177:10, 8182:7,
8185:24, 8188:21,
8190:9, 8196:11,
8203:6, 8205:2,
8226:22, 8229:3,
8230:18, 8234:3,
8236:5, 8242:11,
8243:2
**SPU's** [1] - 8116:22
**spudded** [1] - 8172:15
**square** [2] - 8165:20,
8166:11
**SQUARE** [1] - 8100:16
**squares** [1] - 8195:20
**staff** [7] - 8142:15,
8143:7, 8184:18,
8187:23, 8199:15,
8207:24, 8215:16

**Staff** [1] - 8204:20
**stamps** [1] - 8212:21
**stand** [1] - 8202:4
**standard** [3] - 8118:8,
8178:14, 8179:21
**standards** [8] -
8151:17, 8151:22,
8154:8, 8174:14,
8174:18, 8174:21,
8178:12, 8179:3
**standpoint** [3] -
8118:16, 8119:13,
8233:18
**stands** [6] - 8105:14,
8118:5, 8177:25,
8204:11, 8204:12,
8238:18
**start** [1] - 8162:8
**started** [5] - 8147:8,
8168:7, 8168:11,
8195:6, 8241:22
**starting** [1] - 8158:18
**starts** [1] - 8202:2
**STATE** [3] - 8099:21,
8100:3, 8100:5
**state** [1] - 8120:21
**State** [1] - 8245:17
**statement** [9] -
8105:25, 8169:19,
8176:15, 8188:19,
8195:16, 8195:18,
8195:25, 8196:5,
8223:11
**Statement** [1] - 8166:6
**statements** [1] -
8196:3
**states** [3] - 8227:20,
8228:23, 8233:13
**States** [5] - 8151:19,
8151:23, 8224:25,
8245:18, 8245:23
**STATES** [4] - 8096:1,
8096:15, 8096:23,
8098:21
**STATION** [1] -
8099:18
**statistical** [1] -
8218:19
**statistics** [1] - 8112:2
**status** [6] - 8108:17,
8177:10, 8188:18,
8189:8, 8189:9,
8189:12
**stay** [2] - 8126:6,
8126:8
**Steering** [1] - 8126:24
**STENOGRAPHY** [1] -
8102:17
**step** [2] - 8120:15,
8213:15

**STEPHEN** [1] - 8097:7
**steps** [2] - 8223:10,
8243:3
**STERBCOW** [2] -
8097:14, 8097:14
**STERNBERG** [2] -
8102:9, 8236:22
**Steve** [8] - 8140:19,
8140:21, 8140:24,
8141:3, 8141:5,
8141:6, 8141:7,
8209:23
**Steven** [3] - 8176:23,
8209:25, 8227:14
**STEVEN** [2] - 8099:4,
8101:10
**stick** [1] - 8205:25
**still** [8] - 8121:13,
8130:21, 8144:16,
8155:23, 8194:25,
8195:11, 8221:4,
8231:9
**stop** [2] - 8108:9,
8113:16
**STRANGE** [1] -
8099:22
**strategic** [1] - 8135:6
**Strategic** [6] -
8107:25, 8111:24,
8114:22, 8116:12,
8120:19, 8222:3
**strategies** [1] -
8107:24
**STREET** [16] - 8097:4,
8097:11, 8097:15,
8097:19, 8097:22,
8098:7, 8098:11,
8098:18, 8100:6,
8100:11, 8100:16,
8101:7, 8101:11,
8101:19, 8102:6,
8102:14
**stricken** [1] - 8139:9
**strike** [2] - 8116:15,
8139:12
**string** [1] - 8226:11
**strong** [6] - 8125:16,
8131:18, 8228:10,
8228:24, 8229:4
**stronger** [1] - 8229:7
**strongest** [1] -
8164:11
**struck** [1] - 8105:16
**structure** [1] - 8154:5
**structures** [1] -
8175:13
**studies** [2] - 8152:13,
8172:5
**study** [1] - 8173:19
**studying** [1] - 8173:15

**stuff** [1] - 8220:6
**subject** [7] - 8107:22,
8173:10, 8209:2,
8226:13, 8235:3,
8240:21, 8242:16
**subjects** [2] - 8151:18,
8154:3
**Submarine** [1] -
8130:11
**submitted** [3] -
8117:4, 8117:8,
8196:9
**subsea** [1] - 8199:9
**substantial** [1] -
8201:14
**successes** [1] -
8188:14
**successful** [5] -
8121:14, 8164:25,
8231:13, 8231:14,
8231:18
**suggest** [2] - 8193:23,
8210:9
**suggested** [2] -
8205:20, 8220:14
**suggesting** [1] -
8193:9
**suggests** [1] - 8211:8
**suite** [1] - 8159:21
**SUITE** [10] - 8097:4,
8097:15, 8097:19,
8098:4, 8100:17,
8101:7, 8101:11,
8101:23, 8102:6,
8102:10
**SULLIVAN** [1] -
8099:11
**summaries** [1] -
8238:4
**summarize** [1] -
8124:5
**summarized** [1] -
8117:22
**summary** [5] - 8111:4,
8117:21, 8130:22,
8155:18, 8155:19
**Sunday** [1] - 8234:22
**suppliers** [1] -
8214:13
**support** [3] - 8174:10,
8221:8, 8234:6
**supported** [1] -
8234:14
**supposed** [3] -
8197:23, 8197:25,
8201:15
**surprise** [2] - 8140:24,
8141:2
**surprised** [2] -
8211:21, 8212:1

**sustain** [7] - 8128:2,
8150:4, 8150:8,
8211:10, 8211:18,
8222:23, 8223:6
**sustained** [1] -
8211:12
**sustainment** [1] -
8164:25
**SUTHERLAND** [1] -
8101:9
**swap** [1] - 8126:11
**sworn** [2] - 8106:15,
8233:5
**system** [14] - 8108:16,
8125:8, 8154:7,
8154:14, 8155:6,
8155:9, 8155:12,
8155:13, 8155:14,
8156:12, 8157:18,
8179:3, 8179:12
**System** [1] - 8164:7
**systematic** [4] -
8154:15, 8169:10,
8174:7, 8194:3
**systemic** [5] - 8179:4,
8179:6, 8179:12,
8179:18, 8194:13

**T**

**table** [1] - 8111:14
**TABLER** [1] - 8103:11
**Tabler** [3] - 8244:15,
8244:20, 8244:22
**tackled** [1] - 8192:25
**talks** [3] - 8142:14,
8144:23, 8229:17
**target** [4] - 8115:10,
8117:12, 8143:12,
8143:18
**targets** [6] - 8117:10,
8117:11, 8117:15,
8143:4, 8143:6,
8231:19
**TBD** [2] - 8191:17,
8191:20
**team** [27] - 8107:13,
8107:18, 8108:8,
8109:3, 8110:15,
8121:23, 8122:18,
8122:24, 8123:3,
8124:6, 8125:2,
8125:12, 8131:14,
8131:18, 8132:19,
8164:12, 8164:24,
8169:7, 8172:22,
8186:14, 8191:14,
8212:7, 8219:6,
8219:11, 8219:18,

8235:17, 8243:18
**Team** [2] - 8108:20,
8205:2
**teams** [6] - 8107:12,
8107:19, 8152:23,
8197:7, 8224:8
**teamwork** [1] - 8153:7
**technical** [11] -
8106:20, 8107:5,
8107:7, 8107:13,
8154:3, 8157:15,
8170:9, 8171:21,
8203:3, 8223:17,
8224:8
**Technical** [1] - 8209:9
**technician** [1] -
8161:23
**technology** [2] -
8203:25, 8237:8
**ten** [1] - 8166:19
**tend** [2] - 8170:9,
8234:6
**tenet** [1] - 8169:6
**tenure** [5] - 8111:24,
8181:19, 8226:3,
8230:18, 8232:23
**term** [1] - 8109:25
**terms** [31] - 8106:5,
8110:11, 8115:23,
8124:11, 8124:13,
8139:1, 8141:22,
8145:5, 8148:22,
8151:10, 8154:22,
8160:13, 8174:7,
8178:11, 8178:14,
8181:18, 8188:8,
8199:11, 8209:22,
8214:3, 8214:9,
8214:11, 8215:23,
8216:14, 8219:20,
8224:9, 8229:7,
8231:20, 8234:11,
8240:2, 8243:14
**terribly** [1] - 8175:4
**test** [1] - 8136:19
**testified** [11] -
8106:15, 8110:17,
8139:9, 8157:2,
8160:8, 8166:25,
8167:3, 8185:17,
8211:7, 8226:21,
8233:4
**testify** [1] - 8199:19
**testimony** [16] -
8140:12, 8145:8,
8156:9, 8156:20,
8170:20, 8180:2,
8180:5, 8226:23,
8227:4, 8230:14,
8232:25, 8233:5,

8233:12, 8234:3,
8234:4
**testing** [1] - 8152:12
**THE** [90] - 8096:5,
8096:5, 8096:12,
8096:22, 8097:3,
8098:21, 8099:21,
8100:3, 8100:4,
8104:7, 8104:8,
8104:10, 8104:19,
8104:24, 8105:6,
8105:11, 8105:14,
8106:7, 8125:23,
8125:24, 8126:4,
8126:16, 8126:20,
8128:2, 8137:5,
8137:10, 8138:13,
8138:17, 8138:18,
8139:12, 8145:17,
8150:4, 8150:8,
8153:14, 8153:17,
8153:19, 8153:22,
8161:13, 8161:16,
8162:3, 8162:7,
8162:15, 8162:20,
8163:25, 8164:3,
8170:22, 8170:23,
8180:11, 8180:12,
8183:2, 8183:23,
8183:25, 8200:17,
8200:21, 8200:22,
8200:24, 8200:25,
8202:9, 8202:13,
8202:15, 8211:10,
8211:12, 8211:18,
8213:4, 8213:6,
8220:13, 8220:20,
8222:22, 8222:23,
8223:6, 8223:22,
8224:17, 8224:19,
8224:24, 8225:3,
8225:5, 8225:7,
8236:21, 8236:24,
8237:1, 8237:5,
8244:2, 8244:6,
8244:13, 8244:23,
8245:1, 8245:4,
8245:6, 8245:8,
8245:9
**Thierens** [5] -
8131:16, 8132:4,
8182:11, 8221:22,
8221:25
**THIRD** [1] - 8100:6
**third** [4] - 8168:1,
8187:23, 8224:20,
8241:12
**THIS** [1] - 8096:11
**THOMAS** [1] - 8098:7
**THORNHILL** [2] -

8098:6, 8098:7
**thoughtful** [1] -
8243:14
**three** [11] - 8108:7,
8112:5, 8112:9,
8112:16, 8131:19,
8158:17, 8179:2,
8201:10, 8201:12,
8210:21, 8226:5
**throughout** [7] -
8108:2, 8108:23,
8111:21, 8111:24,
8184:19, 8229:12,
8239:2
**Thunder** [5] - 8111:15,
8123:14, 8132:1,
8146:17, 8156:14
**Thursday** [2] -
8144:21, 8227:10
**Tiber** [11] - 8229:19,
8229:21, 8230:3,
8230:7, 8230:10,
8230:19, 8230:25,
8231:3, 8231:9,
8231:12, 8235:14
**timely** [1] - 8231:17
**timing** [1] - 8191:9
**Tink** [5] - 8140:19,
8140:21, 8140:24,
8141:5, 8141:7
**TO** [5] - 8096:11,
8104:4, 8217:23,
8221:1, 8221:4
**TO's** [1] - 8217:24
**today** [8] - 8106:4,
8160:15, 8182:5,
8201:9, 8201:24,
8202:2, 8206:7,
8228:1
**together** [13] -
8152:23, 8153:8,
8154:6, 8167:21,
8172:13, 8196:17,
8207:1, 8207:21,
8214:7, 8214:8,
8215:2, 8243:16
**tolerance** [1] -
8221:13
**TOLLES** [1] - 8101:13
**tomorrow** [6] -
8105:3, 8106:2,
8201:25, 8202:2,
8202:3, 8202:4
**tone** [1] - 8125:6
**tonight** [1] - 8105:5
**Tony** [6] - 8135:12,
8144:6, 8145:2,
8160:19, 8160:23,
8161:1
**took** [13] - 8105:15,

8138:2, 8140:25,
8141:13, 8144:6,
8145:2, 8147:11,
8157:5, 8163:15,
8182:9, 8200:23,
8220:6, 8224:12
**tool** [4] - 8159:12,
8159:13, 8159:25,
8197:7
**tools** [4] - 8159:21,
8159:23, 8160:6,
8160:7
**top** [7] - 8114:2,
8114:12, 8125:6,
8142:4, 8166:10,
8176:7, 8225:16
**topics** [1] - 8211:1
**TORTS** [2] - 8098:22,
8099:10
**total** [9] - 8112:4,
8112:5, 8132:20,
8132:24, 8179:10,
8231:1, 8240:2,
8240:13, 8244:9
**totality** [2] - 8192:10,
8193:18
**totally** [1] - 8199:15
**TOWER** [2] - 8101:19,
8102:6
**track** [6] - 8108:4,
8109:9, 8123:22,
8123:24, 8234:13,
8240:12
**tracked** [2] - 8113:2,
8239:20
**tracking** [9] - 8108:2,
8109:4, 8112:2,
8112:24, 8113:8,
8118:20, 8176:7,
8215:12, 8240:3
**tracks** [1] - 8229:12
**train** [1] - 8175:20
**training** [8] - 8128:7,
8128:8, 8128:10,
8184:1, 8184:13,
8184:17, 8187:22,
8188:3
**TRANSCRIPT** [2] -
8096:21, 8102:17
**transcript** [1] -
8245:18
**transition** [1] -
8210:22
**transitional** [1] -
8157:4
**transmitted** [1] -
8217:2
**Transocean** [71] -
8125:16, 8138:19,
8140:13, 8140:17,

8155:8, 8155:13,
8181:9, 8181:11,
8181:15, 8201:1,
8201:18, 8205:9,
8205:17, 8205:21,
8206:16, 8207:18,
8207:22, 8207:24,
8208:1, 8208:5,
8208:17, 8211:1,
8211:22, 8212:2,
8212:6, 8212:7,
8212:10, 8212:14,
8212:20, 8213:7,
8213:23, 8214:10,
8214:19, 8214:20,
8214:21, 8215:3,
8215:5, 8215:19,
8216:3, 8216:8,
8221:22, 8222:9,
8222:17, 8223:1,
8223:13, 8223:17,
8224:8, 8225:7,
8225:12, 8225:24,
8226:13, 8227:1,
8227:3, 8227:7,
8227:13, 8227:14,
8228:15, 8228:16,
8229:17, 8231:12,
8231:17, 8233:9,
8233:19, 8234:8,
8234:10, 8234:24,
8235:11, 8236:6,
8236:7, 8236:13,
8236:15
**TRANSOCEAN** [3] -
8101:3, 8101:3,
8101:5
**Transocean's** [6] -
8138:3, 8200:2,
8200:5, 8208:24,
8209:23, 8210:1
**transparent** [1] -
8149:3
**traveling** - 8226:16
**trends** [3] - 8136:3,
8136:4, 8217:1
**TREX** [1] - 8229:10
**TREX-00954** [1] -
8221:20
**TREX-02514.1** [1] -
8176:22
**TREX-02907.1** [1] -
8130:18
**TREX-05677** [1] -
8141:23
**TREX-05679** [1] -
8203:23
**TREX-05680** [1] -
8217:8
**TREX-1736** [1] -

8157:21
**TREX-2190.01** [1] - 8208:4
**TREX-2514.07** [1] - 8177:15
**TREX-4362** [1] - 8222:11
**TREX-4362.2** [1] - 8222:19
**TREX-47680.1.1.TO** [1] - 8234:18
**TREX-47962** [1] - 8242:4
**TREX-5680.1** [2] - 8226:7, 8226:9
**TREX-5685.1.1.TO** [1] - 8227:2
**TREX-5689** [1] - 8239:7
**TREX-6020.1** [1] - 8137:14
**Trial** [1] - 8119:20
**TRIAL** [1] - 8096:21
**trial** [4] - 8126:5, 8161:17, 8162:9, 8229:12
**triangle** [7] - 8218:1, 8218:16, 8218:20, 8219:14, 8219:21, 8219:24, 8220:3
**tried** [1] - 8221:7
**trip** [1] - 8233:23
**triple** [1] - 8139:23
**TRIR** [3] - 8118:3, 8118:4, 8132:23
**TRITON** [1] - 8096:13
**trouble** [2] - 8133:22, 8164:4
**true** [10] - 8141:7, 8168:9, 8176:15, 8180:9, 8203:1, 8230:25, 8231:2, 8236:6, 8243:22, 8245:18
**truly** [1] - 8193:16
**trust** [1] - 8207:18
**trusted** [1] - 8203:15
**truth** [1] - 8155:14
**try** [3] - 8126:9, 8136:14, 8137:11
**trying** [8] - 8117:13, 8126:6, 8126:7, 8137:7, 8146:5, 8153:23, 8178:1, 8202:7
**Tuesday** [1] - 8132:7
**turned** [1] - 8215:18
**twice** [1] - 8237:6
**two** [9] - 8112:16, 8118:23, 8123:1,

8124:9, 8151:3, 8188:3, 8214:23, 8215:2, 8226:5
**two-way** [1] - 8214:23
**TX** [5] - 8098:15, 8101:11, 8101:23, 8102:7, 8102:10
**type** [2] - 8112:25, 8119:2
**types** [2] - 8112:12, 8179:2

## U

**U.S** [4] - 8098:21, 8099:3, 8099:9, 8099:15
**ultimately** [3] - 8143:22, 8203:12, 8218:21
**unclear** [1] - 8189:22
**uncomfortable** [1] - 8200:7
**under** [21] - 8108:19, 8130:6, 8147:6, 8156:10, 8156:11, 8156:13, 8161:9, 8161:24, 8162:19, 8172:15, 8176:16, 8179:2, 8190:18, 8190:25, 8191:6, 8194:25, 8198:8, 8225:13, 8241:8, 8242:7
**UNDERHILL** [1] - 8098:22
**underneath** [1] - 8234:17
**understood** [4] - 8168:13, 8177:18, 8199:15, 8237:3
**unequivocally** [1] - 8159:19
**unfamiliar** [1] - 8196:11
**unfortunately** [1] - 8218:9
**Unit** [6] - 8107:25, 8111:24, 8114:22, 8116:12, 8120:20, 8222:4
**unit** [4] - 8115:17, 8116:5, 8135:7, 8230:18
**United** [5] - 8151:19, 8151:23, 8224:25, 8245:17, 8245:23
**UNITED** [4] - 8096:1, 8096:15, 8096:23,

8098:21
**units** [2] - 8107:20, 8159:4
**unless** [3] - 8181:2, 8181:3, 8192:11
**unlike** [1] - 8126:6
**unloading** [2] - 8212:21, 8213:16
**unusual** [1] - 8172:22
**Up** [1] - 8222:12
**up** [71] - 8105:11, 8106:22, 8106:24, 8108:10, 8110:10, 8110:16, 8113:24, 8119:18, 8119:20, 8122:1, 8128:18, 8130:3, 8144:15, 8147:8, 8147:10, 8161:20, 8161:23, 8162:4, 8162:15, 8162:19, 8162:21, 8164:21, 8166:16, 8177:4, 8182:20, 8186:5, 8190:11, 8191:23, 8192:22, 8193:3, 8193:13, 8194:4, 8196:8, 8198:24, 8200:3, 8201:15, 8207:23, 8207:24, 8212:11, 8216:23, 8217:5, 8220:9, 8220:17, 8220:20, 8221:2, 8221:12, 8222:7, 8222:15, 8223:23, 8224:19, 8225:14, 8225:16, 8226:6, 8226:8, 8227:2, 8229:10, 8231:21, 8232:25, 8234:13, 8234:18, 8235:19, 8237:14, 8238:11, 8238:24, 8239:23, 8240:6, 8242:4, 8243:9
**update** [1] - 8194:5
**updated** [3] - 8110:3, 8110:4, 8110:7
**upset** [1] - 8212:24
**urgency** [1] - 8218:8
**US** [1] - 8219:11
**utilization** [1] - 8139:2
**utilized** [1] - 8191:10

## V

**VA** [1] - 8097:19
**valuable** [1] - 8223:15
**value** [7] - 8141:18,

8141:22, 8206:17, 8212:13, 8214:2, 8214:25, 8215:3
**various** [9] - 8107:24, 8159:22, 8182:2, 8193:6, 8197:7, 8241:15, 8242:17, 8242:20, 8243:3
**verbatim** [4] - 8145:3, 8209:13, 8209:14, 8230:3
**verification** [1] - 8137:24
**verified** [1] - 8222:6
**verifying** [1] - 8198:15
**version** [1] - 8232:10
**versus** [6] - 8114:19, 8115:3, 8115:4, 8118:3, 8133:2
**vessel** [2] - 8214:20, 8216:17
**vessels** [3] - 8138:3, 8186:2, 8216:3
**Vice** [7] - 8156:1, 8209:9, 8210:1, 8210:5, 8210:7, 8227:23, 8227:25
**vice** [10] - 8131:11, 8132:1, 8135:6, 8142:18, 8145:13, 8160:21, 8177:5, 8177:6, 8203:25, 8217:15
**Vice-President** [7] - 8156:1, 8209:9, 8210:1, 8210:5, 8210:7, 8227:23, 8227:25
**vice-president** [9] - 8131:11, 8132:1, 8135:6, 8142:18, 8160:21, 8177:5, 8177:6, 8203:25, 8217:15
**vice-presidents** [1] - 8145:13
**VIDEOTAPED** [2] - 8103:10, 8103:11
**videotaped** [2] - 8244:19, 8244:22
**videotapes** [1] - 8244:8
**view** [9] - 8126:7, 8182:24, 8183:5, 8184:3, 8184:8, 8193:19, 8218:22, 8234:7, 8238:21
**views** [1] - 8244:15
**Vincent** [3] - 8244:15, 8244:20, 8244:22

**VINCENT** [1] - 8103:11
**violate** [1] - 8174:19
**violation** [3] - 8169:14, 8174:2, 8174:20
**VIRGINIA** [1] - 8097:19
**visible** [3] - 8166:16, 8167:15, 8190:11
**visit** [1] - 8233:24
**visits** [2] - 8177:22, 8188:15
**VOICES** [1] - 8104:9
**VON** [2] - 8102:9, 8236:22
**VP** [3] - 8111:18, 8232:15, 8233:20

## W

**wait** [1] - 8163:17
**waiting** [2] - 8157:17, 8193:24
**WALKER** [1] - 8097:18
**WALTER** [1] - 8097:22
**Walter** [1] - 8126:23
**wants** [1] - 8153:20
**washers** [2] - 8129:8, 8167:9
**WASHINGTON** [4] - 8099:7, 8099:13, 8099:19, 8100:21
**watch** [1] - 8172:15
**water** [5] - 8149:21, 8150:7, 8170:11, 8170:17, 8171:7
**Wave** [3] - 8165:3, 8165:8, 8165:9
**ways** [3] - 8214:16, 8214:17, 8236:15
**Wednesday** [1] - 8205:5
**WEDNESDAY** [2] - 8096:9, 8104:2
**week** [1] - 8201:16
**weekly** [9] - 8108:14, 8108:19, 8108:20, 8108:24, 8109:8, 8109:12, 8109:13, 8109:15, 8109:16
**weeks** [1] - 8205:15
**weight** [1] - 8151:12
**wells** [2] - 8149:12, 8229:12
**wheels** [1] - 8135:7
**WHEREUPON** [5] - 8104:21, 8200:23,

8244:18, 8244:21, 8245:10

**WHITELEY** [1] - 8100:9

**whole** [9] - 8116:14, 8116:22, 8127:8, 8131:22, 8136:2, 8136:18, 8159:21, 8174:6, 8194:2

**Williams** [1] - 8127:23

**WILLIAMS** [2] - 8098:3, 8098:3

**WILLIAMSON** [2] - 8098:13, 8098:14

**WINFIELD** [1] - 8099:23

**winning** [1] - 8127:5

**Winslow** [5] - 8140:24, 8221:21, 8227:13, 8244:14, 8244:19

**WINSLOW** [1] - 8103:10

**wisely** [1] - 8115:24

**withhold** [1] - 8236:7

**WITNESS** [11] - 8125:23, 8138:18, 8145:17, 8153:14, 8153:22, 8170:23, 8180:12, 8183:2, 8183:25, 8213:6, 8222:22

**witness** [16] - 8106:14, 8126:24, 8137:3, 8170:22, 8201:7, 8201:17, 8202:11, 8211:8, 8211:16, 8220:18, 8225:1, 8236:23, 8244:6, 8244:12, 8245:2, 8245:3

**witnesses** [3] - 8199:19, 8201:11, 8244:23

**woman** [1] - 8185:14

**won** [3] - 8127:10, 8130:13, 8133:2

**wonder** [1] - 8237:9

**word** [5] - 8144:14, 8145:23, 8197:18, 8197:19, 8198:7

**words** [4] - 8186:12, 8190:20, 8243:8, 8243:10

**workarounds** [1] - 8221:13

**workers** [1] - 8136:22

**works** [4] - 8162:1, 8196:21, 8197:3, 8215:22

**world** [6] - 8125:10, 8125:16, 8164:8, 8164:12, 8179:16, 8231:1

**worldwide** [1] - 8211:22

**worried** [2] - 8129:9, 8129:10

**worst** [2] - 8133:6, 8179:15

**worthy** [1] - 8129:5

**wrap** [5] - 8186:5, 8220:17, 8220:20, 8223:23, 8224:19

**wrath** [1] - 8126:8

**WRIGHT** [1] - 8097:3

**write** [3] - 8117:25, 8194:8

**writes** [1] - 8235:17

**writing** [1] - 8121:7

**written** [2] - 8134:1, 8158:15

**wrote** [11] - 8128:19, 8131:22, 8131:25, 8133:12, 8143:17, 8164:21, 8166:21, 8206:4, 8217:19, 8218:1, 8218:24

## Y

**year** [37] - 8113:15, 8113:19, 8114:7, 8115:3, 8116:19, 8116:21, 8117:10, 8117:18, 8117:23, 8117:25, 8118:12, 8127:15, 8127:22, 8130:17, 8133:3, 8133:5, 8134:5, 8134:6, 8136:7, 8136:8, 8136:9, 8149:4, 8163:12, 8164:17, 8168:7, 8168:8, 8188:7, 8192:8, 8193:17, 8193:24, 8228:12, 8235:3, 8235:5, 8235:7, 8240:10, 8240:11

**years** [10] - 8127:21, 8135:5, 8147:2, 8149:21, 8149:25, 8150:7, 8151:3, 8188:3, 8224:10, 8234:14

**yellow** [1] - 8222:3

**yes-or-no** [1] - 8153:16

**yesterday** [30] - 8106:19, 8107:23, 8108:11, 8110:17, 8115:19, 8115:22, 8119:7, 8142:17, 8146:14, 8147:2, 8147:19, 8147:21, 8147:22, 8149:2, 8152:17, 8153:25, 8155:9, 8157:2, 8161:8, 8161:14, 8162:16, 8162:25, 8163:15, 8165:19, 8166:12, 8167:1, 8167:3, 8167:23, 8168:5, 8226:20

**Yilmaz** [3] - 8203:24, 8208:22, 8209:9

**YOAKUM** [1] - 8098:14

**YOUNG** [1] - 8099:18

**yourself** [1] - 8113:9

## Z

**Zatarain** [5] - 8201:14, 8201:15, 8201:22, 8201:24, 8202:2

**zero** [4] - 8118:24, 8142:14, 8142:25, 8149:8

## "

**"MIKE"** [1] - 8100:20