1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG    *    Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE          *
5    GULF OF MEXICO ON APRIL 20, 2010    *    Section J
                                         *
6    Applies to:                         *    New Orleans, Louisiana
                                         *
7    Docket 10-CV-02771,                 *    April 10, 2013
     *IN RE:   THE COMPLAINT AND*        *
8    *PETITION OF TRITON ASSET*          *
     *LEASING GmbH, et al*               *
9                                        *
     Docket 10-CV-4536,                  *
10   *UNITED STATES OF AMERICA v.*       *
     *BP EXPLORATION & PRODUCTION,*      *
11   *INC., et al*                       *
                                         *
12   * * * * * * * * * * * * * * * * * *

13

14              DAY 25, AFTERNOON SESSION
               TRANSCRIPT OF NONJURY TRIAL
15        BEFORE THE HONORABLE CARL J. BARBIER
              UNITED STATES DISTRICT JUDGE

16

17   <u>Appearances</u>:

18

19   For the Plaintiffs:          Domengeaux Wright Roy
                                     & Edwards, LLC
                                  BY:   JAMES P. ROY, ESQ.
20                                556 Jefferson Street, Suite 500
                                  Post Office Box 3668
21                                Lafayette, Louisiana 70502

22

23   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:   STEPHEN J. HERMAN, ESQ.
                                  820 O'Keefe Avenue
24                                New Orleans, Louisiana 70113

25

                         OFFICIAL TRANSCRIPT

8247

1    Appearances:

2

3    For the Plaintiffs:          Cunningham Bounds, LLC
                                  BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 Dauphin Street
4                                 Mobile, Alabama 36604

5

6    For the Plaintiffs:          Lewis Kullman Sterbcow & Abramson
                                  BY:  PAUL M. STERBCOW, ESQ.
                                  601 Poydras Street, Suite 2615
7                                 New Orleans, Louisiana 70130

8

9    For the Plaintiffs:          Breit Drescher Imprevento
                                    & Walker, PC
                                  BY:  JEFFREY A. BREIT, ESQ.
10                                600 22nd Street, Suite 402
                                  Virginia Beach, Virginia 23451

11

12   For the Plaintiffs:          Leger & Shaw
                                  BY:  WALTER J. LEGER JR., ESQ.
13                                600 Carondelet Street, 9th Floor
                                  New Orleans, Louisiana 70130

14

15   For the Plaintiffs:          Williams Law Group, LLC
                                  BY:  CONRAD "DUKE" WILLIAMS, ESQ.
16                                435 Corporate Drive, Suite 101
                                  Houma, Louisiana 70360

17

18   For the Plaintiffs:          Thornhill Law Firm
                                  BY:  TOM THORNHILL, ESQ.
19                                1308 Ninth Street
                                  Slidell, Louisiana 70458

20

21   For the Plaintiffs:          deGravelles Palmintier Holthaus
                                    & Frugé, LLP
22                                BY:  JOHN W. DEGRAVELLES, ESQ.
                                  618 Main Street
23                                Baton Rouge, Louisiana 70801

24

25

OFFICIAL TRANSCRIPT

1  <u>Appearances</u>:

2

3  For the Plaintiffs:          Williamson & Rusnak
                                BY:  JIMMY WILLIAMSON, ESQ.
                                4310 Yoakum Boulevard
4                               Houston, Texas 77006

5

6  For the Plaintiffs:          Irpino Law Firm
                                BY:  ANTHONY IRPINO, ESQ.
                                2216 Magazine Street
7                               New Orleans, Louisiana 70130

8

9  For the United States        U.S. Department of Justice
   of America:                  Torts Branch, Civil Division
                                BY:  R. MICHAEL UNDERHILL, ESQ.
10                              450 Golden Gate Avenue
                                7-5395 Federal Bldg., Box 36028
11                              San Francisco, California 94102

12

13 For the United States        U.S. Department of Justice
   of America:                  Environment & Natural Resources
                                Environmental Enforcement Section
14                              BY:  STEVEN O'ROURKE, ESQ.
                                     SCOTT CERNICH, ESQ.
15                                   DEANNA CHANG, ESQ.
                                     RACHEL HANKEY, ESQ.
16                                   A. NATHANIEL CHAKERES, ESQ.
                                Post Office Box 7611
17                              Washington, D.C. 20044

18

19 For the United States        U.S. Department of Justice
   of America:                  Torts Branch, Civil Division
                                BY:  JESSICA McCLELLAN, ESQ.
20                                   MICHELLE DELEMARRE, ESQ.
                                     JESSICA SULLIVAN, ESQ.
21                                   SHARON SHUTLER, ESQ.
                                     MALINDA LAWRENCE, ESQ.
22                              Post Office Box 14271
                                Washington, D.C. 20004

23

24

25

OFFICIAL TRANSCRIPT

1   <u>Appearances</u>:

2

3   For the United States          U.S. Department of Justice
    of America:                    Fraud Section
                                   Commercial Litigation Branch
4                                  BY:  DANIEL SPIRO, ESQ.
                                        KELLEY HAUSER, ESQ.
5                                       ELIZABETH YOUNG, ESQ.
                                   Ben Franklin Station
6                                  Washington, D.C. 20044

7

8   For the State of               Attorney General of Alabama
    Alabama:                       BY:  LUTHER STRANGE, ESQ.
                                        COREY L. MAZE, ESQ.
9                                       WINFIELD J. SINCLAIR, ESQ.
                                   500 Dexter Avenue
10                                 Montgomery, Alabama 36130

11

12  For the State of               Attorney General of Louisiana
    Louisiana:                     BY:  JAMES D. CALDWELL, ESQ.
                                   1885 North Third Street
13                                 Post Office Box 94005
                                   Baton Rouge, Louisiana 70804

14

15  For the State of               Kanner & Whiteley, LLC
    Louisiana:                     BY:  ALLAN KANNER, ESQ.
16                                      DOUGLAS R. KRAUS, ESQ.
                                   701 Camp Street
17                                 New Orleans, Louisiana 70130

18

19  For BP Exploration &           Liskow & Lewis, APLC
    Production Inc.,               BY:  DON K. HAYCRAFT, ESQ.
    BP America Production          701 Poydras Street, Suite 5000
20  Company, BP PLC:               New Orleans, Louisiana 70139

21

22  For BP Exploration &           Kirkland & Ellis, LLP
    Production Inc.,               BY:  J. ANDREW LANGAN, ESQ.
    BP America Production               HARIKLIA "CARRIE" KARIS, ESQ.
23  Company, BP PLC:                    MATTHEW T. REGAN, ESQ.
                                   300 N. Lasalle
24                                 Chicago, Illinois 60654

25

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For BP Exploration &          Covington & Burling, LLP
     Production Inc.,              BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production         1201 Pennsylvania Avenue, NW
4    Company, BP PLC:             Washington, D.C. 20004

5

6    For Transocean Holdings       Frilot, LLC
     LLC, Transocean Offshore     BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,      1100 Poydras Street, Suite 3700
7    Transocean Deepwater Inc.:    New Orleans, Louisiana 70163

8

9    For Transocean Holdings       Sutherland Asbill & Brennan, LLP
     LLC, Transocean Offshore     BY:   STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,           RACHEL G. CLINGMAN, ESQ.
10   Transocean Deepwater Inc.:    1001 Fannin Street, Suite 3700
                                   Houston, Texas 77002

11

12   For Transocean Holdings       Munger Tolles & Olson, LLP
     LLC, Transocean Offshore     BY:  MICHAEL R. DOYEN, ESQ.
13   Deepwater Drilling Inc.,           BRAD D. BRIAN, ESQ.
     Transocean Deepwater Inc.:         LUIS LI, ESQ.
14                                 355 S. Grand Avenue, 35th Floor
                                   Los Angeles, California 90071
15

16   For Transocean Holdings       Mahtook & Lafleur
     LLC, Transocean Offshore     BY:  RICHARD J. HYMEL, ESQ.
17   Deepwater Drilling Inc.,      600 Jefferson Street, Suite 1000
     Transocean Deepwater Inc.:    Post Office Box 3089
18                                 Lafayette, Louisiana 70501

19

20   For Transocean Holdings       Hughes Arrell Kinchen, LLP
     LLC, Transocean Offshore     BY:   JOHN KINCHEN, ESQ.
     Deepwater Drilling Inc.,      2211 Norfolk, Suite 1110
21   Transocean Deepwater Inc.:    Houston, Texas 77098

22

23

24

25

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For Halliburton Energy          Godwin Lewis, PC
     Services, Inc.:                 BY:   DONALD E. GODWIN, ESQ.
                                           BRUCE W. BOWMAN JR., ESQ.
4                                          FLOYD R. HARTLEY JR., ESQ.
                                           GAVIN HILL, ESQ.
5                                    1201 Elm Street, Suite 1700
                                     Dallas, Texas 75270
6

7    For Halliburton Energy:         Godwin Lewis, PC
     Services, Inc.:                 BY:   JERRY C. VON STERNBERG, ESQ.
8                                    1331 Lamar, Suite 1665
                                     Houston, Texas 77010
9

10   Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room HB-406
11                                   New Orleans, Louisiana 70130
                                     (504) 589-7778
12                                   Toni_Tusa@laed.uscourts.gov

13

14

15

16   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

1                          **I N D E X**

2                                                        <u>Page</u>
    Lee Lambert
3        Direct Examination By Mr. Brock              8256
         Cross-Examination By Mr. Herman              8285
4        Cross-Examination By Mr. Brian               8297

5   David Lewis
         Voir Dire By Mr. Keegan                      8310
6        Direct Examination By Mr. Keegan             8314
         Cross-Examination By Mr. Degravelles         8332
7        Cross-Examination By Mr. Underhill           8337

8   Brent Lirette
         Direct Examination By Mr. Regan              8343
9        Cross-Examination By Mr. Breit               8355
         Cross-Examination By Mr. Hill                8363
10       Redirect Examination By Mr. Regan            8369

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        OFFICIAL TRANSCRIPT

**AFTERNOON SESSION**

**(April 10, 2013)**

| | | |
|---|---|---|
| 12:58 | 1 | |
| 12:58 | 2 | |
| 13:22 | 3 | **THE COURT:**  Please be seated, everyone. |

**THE COURT:**  Please be seated, everyone.

**MR. IRPINO:**  Good afternoon, Your Honor.  I have PSC's list of exhibits and demonstratives used and which are being offered in connection with the examination of Dr. Bourgoyne on April 8.  That list has been sent around to the parties and we have received no objection.  So we offer, file, and introduce those exhibits.

**THE COURT:**  They relate to Dr. Bourgoyne, you said?

**MR. IRPINO:**  Yes, Your Honor.

**THE COURT:**  All right.  Any objections?

Without objection, those are admitted.

**MR. IRPINO:**  Thank you.

**MS. KARIS:**  Good afternoon, Your Honor.  Hariklia Karis on behalf of BP.

I have here the exhibit list for Dr. Bourgoyne, as well, and we would tender those exhibits at this time.  The list has been circulated and no objections have been received.

**THE COURT:**  Any remaining objection to BP's exhibits?

Those are admitted.

**MS. KARIS:**  I also have an offer to the Court the exhibits used with Mr. Robinson.  That list has also been circulated and no objections have been received.

**MR. BRIAN:**  Your Honor, I think Ms. Karis missed the

13:23   1   conversation I had with Mr. Regan.  Yes, we do have a number of
13:23   2   objections to BP's exhibits with Mr. Robinson, Your Honor.
13:23   3   Those are the hearsay objections I made yesterday.  You have
13:23   4   already ruled on it, but just for the record, I want to make
13:23   5   it.  So I can either read the exhibits to which we object on
13:23   6   hearsay grounds, or I can provide a copy to your -- to court
13:23   7   staff.  Whatever you would like.
13:24   8            THE COURT:  I think you can just note that I'm going
13:24   9   to admit them.  You can do it maybe during the marshaling
13:24   10  conference.
13:24   11           MR. BRIAN:  I will do that, Your Honor.
13:24   12           MS. KARIS:  And I apologize if there had been a
13:24   13  conversation.
13:24   14               Also, I have the exhibits and tender them to the
13:24   15  Court, those used during Mr. Morten Emilsen's examination.  And
13:24   16  I believe it is accurate that no objections have been received.
13:24   17           THE COURT:  Any remaining objection to BP's exhibits
13:24   18  regarding Mr. Emilsen?
13:24   19               Hearing none, those are admitted.
13:24   20           MS. KARIS:  And then, finally, I have the exhibits
13:24   21  used with Mr. Lacy's deposition that were just played for that
13:24   22  excerpt that was played for the Court and tender those at this
13:24   23  time.
13:24   24           THE COURT:  Any objections?
13:24   25               Without objection, those are admitted.

13:24   1          **MS. KARIS:**  Thank you, Your Honor.

13:24   2          **MR. BRIAN:**  Your Honor, Brad Brian for Transocean

13:24   3   again.

13:24   4              We circulated a list of exhibits that we used

13:24   5   during our cross-examination of Mr. Robinson.  We received no

13:24   6   objections, and I would offer and introduce them and ask those

13:24   7   be admitted as well.

13:25   8          **THE COURT:**  Any objection to Transocean's exhibits?

13:25   9              Without objection, those are admitted.

13:25  10          **MR. UNDERHILL:**  Your Honor, Mike Underhill with U.S.

13:25  11              We have a small hiccup with Transocean on the

13:25  12   Bourgoyne and Emilsen exhibits, but we are trying to work this

13:25  13   out.  So I hope to get back to you later and find out that

13:25  14   we --

13:25  15          **THE COURT:**  On your exhibits, you mean?

13:25  16          **MR. UNDERHILL:**  Yes, Your Honor.  It's a simple

13:25  17   issue.  It's over deposition cites.  We are trying to work it

13:25  18   out.

13:25  19          **THE COURT:**  Okay.

13:25  20          **MR. UNDERHILL:**  Thanks.

13:25  21          **THE COURT:**  All right.  Any other preliminary

13:25  22   matters?

13:25  23              Mr. Brock?

13:25  24          **MR. BROCK:**  Yes, Your Honor, just one thing.  Our

13:25  25   first -- our next witness is Lee Lambert.  I will let him be

13:25  1    taking the stand now if that's okay.

13:25  2                THE COURT:  Yes.

13:25  3                MR. BROCK:  And then on behalf of BP, I did not offer

13:25  4    the thumb drives of the videotape depositions that we viewed

13:25  5    just before the break of Daun Winslow and Vincent Tabler.  So I

13:25  6    will offer them.

13:25  7                THE COURT:  All right.  Those are admitted.

13:26  8                         LEE LAMBERT,

13:26  9    having been duly sworn, testified as follows:

13:26  10               THE DEPUTY CLERK:  State your full name and correct

13:26  11   spelling for the record, please.

13:26  12               THE WITNESS:  Conward Lee Lambert, C-O-N-W-A-R-D,

13:26  13   L-E-E, L-A-M-B-E-R-T.

13:26  14                       DIRECT EXAMINATION

13:26  15   BY MR. BROCK:

13:26  16   Q.   Mr. Lambert, would you tell the Court where you live,

13:26  17   please.

13:26  18   A.   Tyler, Texas.

13:26  19   Q.   Are you married?

13:26  20   A.   Yes, sir.

13:26  21   Q.   Do you have children?

13:26  22   A.   I have three.

13:26  23   Q.   Let's talk just a little bit about your education.  Where

13:26  24   did you go to college?

13:26  25   A.   Southwest Texas State University.

**LEE LAMBERT - DIRECT**

| | | |
|---|---|---|
| 13:26 | 1 | **Q.**   What did you study there? |
| 13:26 | 2 | **A.**   I have a Bachelor of Business Administration with a major |
| 13:26 | 3 | in computer information systems. |
| 13:26 | 4 | **Q.**   When did you graduate from college? |
| 13:26 | 5 | **A.**   2002. |
| 13:26 | 6 | **Q.**   After you graduated from college, where did you go to |
| 13:26 | 7 | work? |
| 13:26 | 8 | **A.**   I went to work for Baker Hughes INTEQ as an MWD/LWD |
| 13:27 | 9 | engineer. |
| 13:27 | 10 | **Q.**   I think there's some water right there to your left.  Are |
| 13:27 | 11 | you okay? |
| 13:27 | 12 | **A.**   I'm fine, yes. |
| 13:27 | 13 | **Q.**   What was your job title there? |
| 13:27 | 14 | **A.**   MWD/LWD engineer. |
| 13:27 | 15 | **Q.**   What were your job duties and responsibilities in that |
| 13:27 | 16 | regard? |
| 13:27 | 17 | **A.**   I ran downhole tools, which is measurement while drilling |
| 13:27 | 18 | and logging while drilling. |
| 13:27 | 19 | **Q.**   Did you work on rigs? |
| 13:27 | 20 | **A.**   I worked on land rigs, jack-up rigs, and deepwater |
| 13:27 | 21 | floaters. |
| 13:27 | 22 | **Q.**   Did you work with -- what operators did you work with? |
| 13:27 | 23 | **A.**   Various operators.  A lot of the super majors, majors, and |
| 13:27 | 24 | a lot of mom-and-pop operators. |
| 13:27 | 25 | **Q.**   How long were you employed with Baker Hughes? |

**LEE LAMBERT - DIRECT**

13:27  1  **A.**   Approximately 4 1/2 years.

13:27  2  **Q.**   Why did you leave Baker Hughes?

13:27  3  **A.**   I had an opportunity to go to work for BP as kind of a

13:27  4  step up in employment.

13:28  5  **Q.**   Let's just for the record, when did you join BP as an

13:28  6  employee?

13:28  7  **A.**   October 2006.

13:28  8  **Q.**   How did you learn about an opportunity with BP?

13:28  9  **A.**   I was working for -- on a BP project while I was with

13:28  10  Baker Hughes and learned about the Well Site Leader of the

13:28  11  Future program while I was on that project.

13:28  12  **Q.**   Would you describe for the Court what that program is.

13:28  13  **A.**   It's a training program to train people to become

13:28  14  well-site leaders.

13:28  15  **Q.**   As a well site -- at present, are you a well site leader

13:28  16  for BP?

13:28  17  **A.**   Yes, sir, I am.

13:28  18  **Q.**   In what region do you work?

13:28  19  **A.**   Gulf of Mexico, deepwater.

13:28  20  **Q.**   Are you presently assigned to a rig?

13:28  21  **A.**   I am.

13:28  22  **Q.**   What rig do you work on?

13:28  23  **A.**   The *Ensco DS-3*.

13:28  24  **Q.**   What shift do you work on that rig?

13:28  25  **A.**   I work on a 14-and-14 hitch.

LEE LAMBERT - DIRECT

13:28  1   Q.   Let's talk just a little bit about your training to become

13:28  2   a well site leader.  Why was it you were interested in coming

13:29  3   to work for BP?

13:29  4   A.   While I was working for Baker Hughes, I had worked for

13:29  5   various amounts of operators.  BP was one of the operators that

13:29  6   seemed to run their business very professionally and very

13:29  7   safely, so it interested me to go to work for them.

13:29  8   Q.   What kind of training and mentorship did you receive as

13:29  9   part of the Well Site Leader of the Future Program when you

13:29  10  joined BP?

13:29  11  A.   It was various formal classroom training.  Excuse me.

13:29  12       MR. BROCK:  Your Honor, may I approach?  I'm going to

13:29  13  make him take a drink of water.

13:29  14       THE COURT:  Okay.

13:29  15       THE WITNESS:  Various classroom training, on-the-job

13:29  16  training on the rig.  And we also were assigned a coach that

13:29  17  would help us with any issues, address any gaps that we had.

13:29  18  And we had mentors or well site leaders on the rig that would

13:30  19  help us with any questions that we had.

13:30  20  BY MR. BROCK:

13:30  21  Q.   Did you graduate from that Well Site Leader of the Future

13:30  22  program?

13:30  23  A.   I did, yes, sir.

13:30  24  Q.   Was that, the training that you received in that program,

13:30  25  limited to land operations?

**LEE LAMBERT - DIRECT**

| | | |
|---|---|---|
| 13:30 | 1 | **A.**   Yes, sir. |
| 13:30 | 2 | **Q.**   When did you graduate from the Well Site Leader of the |
| 13:30 | 3 | Future land program? |
| 13:30 | 4 | **A.**   I believe that was in September or October of 2007. |
| 13:30 | 5 | **Q.**   When you graduated from that program, where were you |
| 13:30 | 6 | assigned to work? |
| 13:30 | 7 | **A.**   Algeria. |
| 13:30 | 8 | **Q.**   How long did you work in Algeria? |
| 13:30 | 9 | **A.**   Two years. |
| 13:30 | 10 | **Q.**   And did you work there as a well site leader? |
| 13:30 | 11 | **A.**   Yes, sir. |
| 13:30 | 12 | **Q.**   How many wells were you involved with while in Algeria? |
| 13:30 | 13 | **A.**   To the best of my recollection, two wells. |
| 13:30 | 14 | **Q.**   Was that the drilling of two wells? |
| 13:30 | 15 | **A.**   Yes, sir. |
| 13:30 | 16 | **Q.**   Now, you did not have any experience in terms of drilling |
| 13:31 | 17 | in deepwater during that time? |
| 13:31 | 18 | **A.**   No, sir. |
| 13:31 | 19 | **Q.**   At some point, did you learn about a Well Site Leader of |
| 13:31 | 20 | the Future program that would train you as a deepwater well |
| 13:31 | 21 | site leader? |
| 13:31 | 22 | **A.**   Yes, sir.  I was contacted and requested to join the Well |
| 13:31 | 23 | Site Leader of the Future deepwater program. |
| 13:31 | 24 | **Q.**   Do you recall the month and year in which you joined the |
| 13:31 | 25 | Well Site Leader of the Future deepwater program? |

LEE LAMBERT - DIRECT

13:31   1   A.   I believe I joined in August of 2009.
13:31   2   Q.   What's the time period under which you would serve in that
13:31   3   program before you would be eligible for graduation?
13:31   4   A.   14 months.
13:31   5   Q.   So by April of 2010, you were about eight months into your
13:31   6   training in the deepwater program?
13:31   7   A.   That's correct.
13:31   8   Q.   Now, as a well site leader of the future in the deepwater
13:32   9   program, what was your schedule like?
13:32   10  A.   Again, it was a 14-and-14 schedule, and we had formal
13:32   11  classroom training kind of in between.
13:32   12  Q.   On the 14 days that you would be in service, would you be
13:32   13  offshore?
13:32   14  A.   For the most part, I would either spend a hitch offshore
13:32   15  or spend a week or two weeks in the classroom, depending on the
13:32   16  schedule.
13:32   17  Q.   When you were involved in training on a rig, what did you
13:32   18  do?  What were you responsible to do, if anything?
13:32   19  A.   I didn't have any responsibilities per se other than to
13:32   20  observe the operations and to learn and to get advice from the
13:32   21  well site leaders to train to be a well site leader, but I
13:32   22  didn't have any job responsibilities.
13:32   23  Q.   In terms of your assignments to rigs over that period of
13:32   24  time, would the folks that were involved in the program try to
13:32   25  sequence your appearance on the rigs so that you could see the

LEE LAMBERT - DIRECT

13:33  1   different operations that took place offshore?

13:33  2   **A.**   That's correct.  If there was an operation that I hadn't

13:33  3   seen or that my coach thought that I needed to see, we would go

13:33  4   to that particular rig that was involved in that operation and

13:33  5   then bounce around from rig to rig to try to gather all these

13:33  6   experiences.

13:33  7   **Q.**   How would you describe the quality of the training that

13:33  8   you received in the well site leader program?

13:33  9   **A.**   I thought it was very high.  I haven't heard of anybody

13:33  10  else in the industry that's doing anything like that.  And when

13:33  11  I finished the program, I felt confident I could work as a well

13:33  12  site leader.

13:33  13  **Q.**   Now, let's talk a little bit about your experience on the

13:33  14  *Deepwater Horizon*.  Okay?

13:33  15        You were on the rig on April 20, 2010, correct?

13:33  16  **A.**   That's correct.

13:33  17  **Q.**   As I understand it, you went out for your hitch on the

13:34  18  *Deepwater Horizon* on April 16?

13:34  19  **A.**   I believe that's correct, yes, sir.

13:34  20  **Q.**   Would you have been advised of the operations that would

13:34  21  be taking place on the rig prior to your arrival?

13:34  22  **A.**   Yes, sir.  I would have access to handover notes from the

13:34  23  well site leaders or from my well site leader of the future

13:34  24  back-to-back, which I could read to get kind of an idea of

13:34  25  what's been going on and what are the forthcoming operations.

LEE LAMBERT - DIRECT

13:34   1   **Q.**   While you were on the *Deepwater Horizon*, did you have

13:34   2   occasion to attend meetings that were taking place, that is

13:34   3   between the 16th and the 20th?

13:34   4   **A.**   Yes, sir.  We have pre-tour safety meetings.  There's also

13:34   5   a morning call-in to discuss operations and safety issues.  And

13:34   6   prior to each task being performed, I believe Transocean calls

13:34   7   them task-specific THINK plans or TSTPs, there would be a small

13:35   8   safety meeting related just to that task.

13:35   9        **MR. BROCK:**   If we could see D-4369 quickly, please.

13:35   10  **BY MR. BROCK:**

13:35   11  **Q.**   I have just put up a demonstrative of the kinds of

13:35   12  meetings I think you have just discussed, and I think I would

13:35   13  like to just draw your attention first to the 7:30 a.m. daily

13:35   14  meeting.  Do you see that?

13:35   15  **A.**   Yes, sir.

13:35   16  **Q.**   What's the purpose of the daily meeting?

13:35   17  **A.**   This is a teleconference or video conference with the

13:35   18  Houston office, or the Houston-based leadership team, to

13:35   19  give -- kind of get them up-to-date on what happened in the

13:35   20  past 24 hours, what the forward operations are going to be, and

13:35   21  to address any safety issues or operational issues of that day.

13:35   22  **Q.**   If we come down to the pre-tour meeting, would you have

13:36   23  had the occasion to attend pre-tour meetings while you were on

13:36   24  the rig?

13:36   25  **A.**   Yes, sir.

LEE LAMBERT - DIRECT

13:36  1  **Q.**   And the purpose of those meetings is what?

13:36  2  **A.**   That is a meeting just prior to crew change so that the

13:36  3  crews coming on for that 12-hour tour would be, you know, kind

13:36  4  of let them know where we are at, what the operations are, and

13:36  5  any safety issues or concerns related to those operations that

13:36  6  are upcoming.

13:36  7  **Q.**   And then if we can come down just a little bit to

13:36  8  pre-operations THINK drill.  Do you see that?

13:36  9  **A.**   Yes, sir.

13:36  10  **Q.**   What's the purpose of those meetings?

13:36  11  **A.**   That is a job-specific safety meeting.  In other words,

13:36  12  take one specific task, you are going to walk through the task

13:36  13  line by line, discuss any safety issues and mitigations that go

13:36  14  along with that.

13:36  15  **Q.**   Now, in the context of these meetings, is this an

13:36  16  opportunity for contractors and the operator to share

13:37  17  information and provide an opportunity for people to ask

13:37  18  questions or raise concerns?

13:37  19  **A.**   Absolutely.  The pre-tour meetings, the contractors, rig

13:37  20  crew contractors, everyone is expected to be involved in that.

13:37  21  If they have any concerns or sim ops issues with that, they can

13:37  22  bring them up at that time.  The pre-job meetings would be

13:37  23  specifically the people involved in that task.  And the purpose

13:37  24  of those is to make sure everybody understands what's about to

13:37  25  happen, what their responsibility is, and if they have any

**LEE LAMBERT - DIRECT**

13:37  1  questions at that time, get them cleared up before the task

13:37  2  starts.

13:37  3  **Q.**   Now, this was not your first hitch on the

13:37  4  *Deepwater Horizon*, was it?

13:37  5  **A.**   No, sir.

13:37  6  **Q.**   Do you know how much time or do you recall how much time

13:37  7  you had spent on the *Deepwater Horizon* before this hitch?

13:37  8  **A.**   I believe this was my third hitch on the *Horizon*.  That's

13:37  9  an estimate.

13:37  10  **Q.**   And a hitch is two weeks?

13:37  11  **A.**   That's correct.

13:37  12  **Q.**   Based on your time on the *Deepwater Horizon*, could you

13:37  13  comment on the relationship between BP and Transocean in terms

13:38  14  of how they interacted and how they appeared to work?

13:38  15  **A.**   Well, I thought everybody had a good working relationship.

13:38  16  We all worked as a team working towards a common goal.  You

13:38  17  know, obviously, we have these meetings to share information,

13:38  18  kind of gather up, see where we are at and where we are headed,

13:38  19  but I didn't see any issues.  And my impression was everybody

13:38  20  worked very well together.

13:38  21  **Q.**   In terms of the approach to safety, what did you see in

13:38  22  terms of the approach to safety on the rig in terms of your

13:38  23  time there?

13:38  24  **A.**   My impression was that, as with BP in general and with

13:38  25  Transocean on the *Deepwater Horizon*, that safety was always a

**LEE LAMBERT - DIRECT**

13:38  1    priority.

13:38  2    **Q.**    How was that communicated to you?

13:38  3    **A.**    Just -- I mean, it's communicated during these meetings in

13:38  4    the pre-job meetings.  Also, witnessed various times when

13:39  5    people would stop the job if they saw something unsafe and just

13:39  6    in the actions and attitudes of the crews on the rig.

13:39  7    **Q.**    All right.  I want to turn your attention now to a couple

13:39  8    of the operations that took place between your arrival on

13:39  9    April 16 and the evening of April 20.

13:39  10            First of all, the Court has heard a lot of

13:39  11   conversation about this.  I don't want to get into a lot of

13:39  12   detail.  But were you present on April 19 at the time of the

13:39  13   conversion of the float collar?

13:39  14   **A.**    Yes, sir.

13:39  15   **Q.**    Where were you located during the period of time that the

13:39  16   float collar was being converted?

13:39  17   **A.**    In the drill shack.

13:39  18   **Q.**    Did you have a general understanding from your training to

13:39  19   that point about what the purpose of a float collar was?

13:39  20   **A.**    Yes.

13:39  21   **Q.**    What is that?

13:39  22   **A.**    Any time you run -- well, in this case, your casing -- you

13:39  23   have float collars in it to run through hydrocarbon-bearing

13:39  24   zones to keep potential flow from flowing up through your drill

13:40  25   pipe.

LEE LAMBERT - DIRECT

13:40  1        But it also serves as a second purpose.  When you
13:40  2  cement, generally you will have a heavier fluid on the back
13:40  3  side annulus.  Once you get that fluid in place, it will keep
13:40  4  it from U-tubing back up your string.
13:40  5  Q.   Now, there's been a fair amount of testimony about a
13:40  6  number of attempts that were made and the pressure that was
13:40  7  applied during the conversion of the float collar.  Were you
13:40  8  present in the drill shack when that activity was taking place?
13:40  9  A.   Yes, sir.
13:40  10 Q.   Could you please describe your recollection of what
13:40  11 happened during the float collar conversion attempts.
13:40  12 A.   In general, they did not convert at the pressure that they
13:40  13 were expected to convert at.  We rocked the pressure back and
13:40  14 forth a few times, brought it up a few hundred psi higher.
13:40  15        There were a couple of phone calls made from the well
13:40  16 site leader -- and I believe that was Don Vidrine -- to the
13:40  17 drilling engineering in town, the BP drilling engineer.  And my
13:41  18 understanding is that he had discussions with Weatherford over
13:41  19 what the safe pressure would be without damaging the float, to
13:41  20 get these things converted.
13:41  21        We staged the pumps up slowly pressure-wise and
13:41  22 finally got them to convert somewhere around 3000 psi.
13:41  23 Q.   Who was present during this operation; that is, in the
13:41  24 drill shack?
13:41  25 A.   I believe the driller on tour -- I'm going to be honest

LEE LAMBERT - DIRECT

13:41 1  with you.  I don't remember the exact driller, but there had
13:41 2  been a driller and an assistant driller.  I know that
13:41 3  Don Vidrine was there, myself, and a toolpusher.
13:41 4  **Q.**   At the time this work was being done, were you satisfied
13:41 5  that the float collar had successfully converted?
13:41 6  **A.**   Yes.
13:41 7  **Q.**   Why was that?
13:41 8  **A.**   The pressure dropped off and we gained returns.
13:41 9  **Q.**   Do you recall whether or not anyone indicated that the
13:41 10 float collar had not converted?
13:41 11 **A.**   No, sir.
13:42 12 **Q.**   Let's turn our attention now to the evening of April 19,
13:42 13 and I want to talk to you about what you were doing during the
13:42 14 cement job.  Okay.
13:42 15       I'll just start with where were you during the cement
13:42 16 job?
13:42 17 **A.**   On the cement unit.
13:42 18       **MR. BROCK:**  Now, if we could look just quickly at
13:42 19 TREX-708.1.
13:42 20 **BY MR. BROCK:**
13:42 21 **Q.**   This is just a cover e-mail of a document I want to just
13:42 22 use by reference here from Mr. Chaisson to Mr. Gagliano.  Do
13:42 23 you see that?
13:42 24 **A.**   Yes.
13:42 25       **MR. BROCK:**  Then if we could turn to 708.5.  If you

OFFICIAL TRANSCRIPT

**LEE LAMBERT - DIRECT**

13:42  1  could highlight at the top 4-19-2010 at 1900.

13:43  2  BY MR. BROCK:

13:43  3  Q.   Do you see that?

13:43  4  A.   Yes, sir.

13:43  5  Q.   I just want to use -- you would not have created this

13:43  6  document, nor would this document have been sent to you,

13:43  7  correct?

13:43  8  A.   No, sir.

13:43  9  Q.   I just want to use this by way of reference so that we can

13:43  10  talk about times a little bit.  Okay?

13:43  11  A.   Okay.

13:43  12  Q.   At 1900, it reflects that a pre-job safety meeting with

13:43  13  the rig crew was held to review the detailed pumping procedure.

13:43  14        Did you attend that meeting?

13:43  15  A.   Yes, sir.

13:43  16  Q.   Were you present for the pumping of the cement from 1900

13:43  17  until the cement job was complete -- the pumping was complete?

13:43  18  A.   Yes, sir, I was.

13:43  19        MR. BROCK:  For frame of reference, if we can look to

13:43  20  706.6 and if you could highlight the time of 2143.

13:44  21  BY MR. BROCK:

13:44  22  Q.   The document refers to a number of activities that took

13:44  23  place while the cement job was being conducted.  At 2143, it

13:44  24  says "finished pumping 133 barrels of mud and turn over to the

13:44  25  rig to complete displacement."

LEE LAMBERT - DIRECT

13:44   1              Do you see that?

13:44   2   **A.**   Yes, sir.

13:44   3   **Q.**   Now, were you there from 7:00 until 2143 and even a little

13:44   4   after that?  But I just want to confirm that you were there

13:44   5   until that point.

13:44   6   **A.**   Yes, sir, I was on the cement unit until that point.  At

13:44   7   that point when we turned it over to the rig pumps, I would

13:44   8   have gone to the rig floor.

13:44   9   **Q.**   What was your purpose in being there, Mr. Lambert?

13:44   10  **A.**   On the cement unit?

13:44   11  **Q.**   Yes.

13:44   12  **A.**   Just to observe the job.  It was my job to be out there to

13:44   13  learn how these things were done.

13:44   14  **Q.**   Was there any comment made about whether or not this was a

13:44   15  successful job?

13:44   16  **A.**   By all accounts, my impression was that it was a

13:44   17  successful job.  I had pumped cement jobs before on land.  From

13:44   18  what I saw, it looked to be a successful job.

13:45   19  **Q.**   What was the criteria you were looking for to determine

13:45   20  that?

13:45   21  **A.**   The proper amount of fluids at the proper density was

13:45   22  pumped; all the darts, to my recollection, and plugs launched

13:45   23  at the right time; the plug bumps on time; and the floats held.

13:45   24  **Q.**   Good.

13:45   25              **MR. BROCK:**  Let's go down to 4-20-10, down just a

8271

**LEE LAMBERT - DIRECT**

13:45  1  little below that.

13:45  2  **BY MR. BROCK:**

13:45  3  **Q.**   And you see that -- in the early morning hours of the

13:45  4  20th, I think we see what you just described.  The bottom plug

13:45  5  bumped at 2900 psi, with 673 barrels of mud pumped with the rig

13:45  6  pumps, top plug bumped, and checked the floats and bled back

13:45  7  5 barrels.

13:45  8          Do you see that?

13:45  9  **A.**   Yes, sir.

13:45  10  **Q.**   Now, when this activity was taking place in the

13:45  11  early-morning hours of April 20, 2010, had you changed

13:45  12  locations?  Did you go to the doghouse to observe this

13:46  13  activity?

13:46  14  **A.**   I would have been in the drill shack to observe this, yes,

13:46  15  sir.

13:46  16  **Q.**   So you would have been on the cement unit until 2143.

13:46  17  When the cement job was finished pumping, you then went to the

13:46  18  drill shack?

13:46  19  **A.**   Correct.  To complete the displacement with the rig pumps.

13:46  20  **Q.**   Are the things that are cited here -- the bottom plug

13:46  21  bumping, the top plug bumping, checking the floats and they are

13:46  22  holding -- are those, to you -- were those, to you, at that

13:46  23  time indicators of a successful cement job?

13:46  24  **A.**   Yes, sir.

13:46  25  **Q.**   Did the men in the drill shack, from your understanding

LEE LAMBERT - DIRECT

13:46    1    and conversation, believe that the cement had been successfully

13:46    2    pumped?

13:46    3    **A.**    That was my impression, yes.

13:46    4    **Q.**    The same question in terms of interaction with the men on

13:46    5    the cement unit:  Did they believe that the cement job had been

13:47    6    pumped in the appropriate way?

13:47    7    **A.**    Yes, sir, I believe they did.

13:47    8    **Q.**    It's about 1243 in the evening here when this work was

13:47    9    done.  What did you do next?

13:47    10    **A.**    Not long after that, I went into my stateroom and got some

13:47    11    sleep.

13:47    12    **Q.**    On the morning of the 20th, were you able to attend the

13:47    13    11:30 a.m. pre-tour meeting; that is, the meeting that we

13:47    14    showed on the screen just a little bit ago?

13:47    15    **A.**    Yes, sir, I was.

13:47    16    **Q.**    Do you recall who was in attendance at the pre-tour

13:47    17    meeting on April 20?

13:47    18    **A.**    The entire crew that would have been changing tours at

13:47    19    noon.  The service companies that were changing tours or

13:47    20    weren't involved in their tasks could have been there, the OIM,

13:48    21    well site leader, and senior toolpusher.

13:48    22    **Q.**    What was the purpose of that meeting?

13:48    23    **A.**    The purpose is the same as those meetings, is to kind of

13:48    24    give an update of where we are at and what the upcoming

13:48    25    operations are and any issues, safety issues related to these

**LEE LAMBERT - DIRECT**

13:48    1    upcoming operations.

13:48    2    **Q.**    Do you recall whether or not there was discussion in that

13:48    3    meeting about the negative test?

13:48    4    **A.**    Yes, sir, I believe there was.

13:48    5    **Q.**    Who led that discussion?

13:48    6    **A.**    To the best of my recollection -- I can't say who

13:48    7    definitely led that particular discussion, but in general,

13:48    8    that's a Transocean meeting.  The well site leader will chime

13:48    9    in with any safety issues.  Normally, it's the toolpusher who

13:48    10    is going to discuss the upcoming operations.

13:48    11    **Q.**    So was the temporary abandonment procedure discussed in

13:48    12    that meeting?

13:48    13    **A.**    I don't recall the temporary abandonment procedure being

13:48    14    discussed.  I know that the negative pressure test was

13:48    15    discussed.

13:48    16    **Q.**    As part of that procedure?

13:48    17    **A.**    Yes.  It's a step in it.

13:49    18    **Q.**    So let me now turn your attention to TREX-41022.1.2.

13:49    19    Now, this is a different time period than the 11:30

13:49    20    test.  Do you see this is the daily drilling report?  And I

13:49    21    have called out a time of 1430, which would be 2:30 to 1500.

13:49    22    Do you see that?

13:49    23    **A.**    Yes, sir.

13:49    24    **Q.**    It says:  "Hold pre-task meeting on displace."

13:49    25    Do you see that?

LEE LAMBERT - DIRECT

| | | |
|---|---|---|
| 13:49 | 1 | **A.**    Yes, sir. |
| 13:49 | 2 | **Q.**    Did you attend that meeting? |
| 13:49 | 3 | **A.**    Yes, sir. |
| 13:49 | 4 | **Q.**    Where was this meeting held? |
| 13:49 | 5 | **A.**    In the drill shack. |
| 13:49 | 6 | **Q.**    What was the purpose of this meeting? |
| 13:49 | 7 | **A.**    This is a task-specific THINK plan or the toolbox talk |
| 13:49 | 8 | meeting just prior to lining up pumping the seawater and |
| 13:49 | 9 | conducting the negative test. |
| 13:50 | 10 | **Q.**    Were the details of the negative test -- that is, how it |
| 13:50 | 11 | was to be conducted -- discussed in this meeting, to your |
| 13:50 | 12 | recollection? |
| 13:50 | 13 | **A.**    Yes, sir. |
| 13:50 | 14 | **Q.**    Who led that discussion? |
| 13:50 | 15 | **A.**    That was the toolpusher, Wyman Wheeler. |
| 13:50 | 16 | **Q.**    During the discussion about the test that was to be |
| 13:50 | 17 | conducted, was there any confusion among the men about |
| 13:50 | 18 | responsibilities and roles and how the test was to be |
| 13:50 | 19 | conducted? |
| 13:50 | 20 | **A.**    No, sir. |
| 13:50 | 21 | **Q.**    From your observation, did the crew and the |
| 13:50 | 22 | representatives of BP who were in the drill shack for that |
| 13:50 | 23 | meeting understand how the test was to be conducted and what |
| 13:50 | 24 | the procedures would be? |
| 13:50 | 25 | **A.**    Yes, sir.  That's my impression, yes. |

8275

**LEE LAMBERT - DIRECT**

13:50  1  **Q.**  Now, after the conclusion of this meeting at around 3:00,

13:51  2  do you have a recollection as to what happened next?

13:51  3  **A.**  In general terms, I can't give you exact times, but we

13:51  4  would be lining up to actually pump the seawater and perform

13:51  5  the negative tests, so that would involve displacing the choke

13:51  6  and kill lines with seawater, displacing -- pumping your spacer

13:51  7  down your drill pipe, followed by seawater, pumping that around

13:51  8  your annulus up to above the BOP, and closing your annular

13:51  9  preventers.

13:51  10  **Q.**  Now, prior to this occasion -- that is, the occasion of

13:51  11  April 20, 2010 -- had you ever participated in the setup and

13:51  12  interpretation of a negative test?

13:51  13  **A.**  No, sir.

13:51  14  **Q.**  This was your first one?

13:51  15  **A.**  That's correct.

13:51  16  **Q.**  Was your purpose in being present in the drill shack

13:51  17  during the negative test to learn from the well site leaders

13:52  18  and from the Transocean toolpusher and driller and assistant

13:52  19  driller the specifics of conducting a negative test?

13:52  20  **A.**  That's correct, yes, sir.

13:52  21       **MR. BROCK:**  Now, let me see Exhibit-- actually, just

13:52  22  let me just see the ELMO, if I could.

13:52  23  **BY MR. BROCK:**

13:52  24  **Q.**  Mr. Lambert, can you see that?

13:52  25  **A.**  Yes.

**LEE LAMBERT - DIRECT**

13:52  1   **Q.**   This is a schematic of the -- well, let me just ask you,

13:52  2   does this appear to be a schematic of the driller's shack

13:52  3   oriented to look at the rotary table?

13:52  4   **A.**   Yes, sir, it is.

13:52  5   **Q.**   I'll highlight it in yellow, the location of the drill

13:53  6   shack as well as the location of where the rotary table would

13:53  7   be located.

13:53  8   **A.**   Yes, sir.

13:53  9   **Q.**   Is this where you were during the conduct of the negative

13:53  10  test in the drill shack?

13:53  11  **A.**   Yes, sir.

13:53  12  **Q.**   Can you just tell me the names of the people who were in

13:53  13  the drill shack with you while this negative test was being

13:53  14  conducted.

13:53  15  **A.**   At the beginning of the tests, Wyman Wheeler, the

13:53  16  toolpusher; Bob Kaluza, the well site leader; Dewey Revette,

13:53  17  the driller; Stephen Curtis, the assistant driller; and Don

13:53  18  Clark, the second assistant driller.

13:53  19  **Q.**   We've got Wheeler, Kaluza, Curtis, Clark, and I think I

13:53  20  missed one.

13:53  21  **A.**   Kaluza, Curtis, Clark.  And Revette, the driller.

13:54  22  **Q.**   And Lambert?

13:54  23  **A.**   Yes, sir.

13:54  24  **Q.**   Let me pull up now TREX-1.88.1.

13:54  25          Mr. Lambert, this is a call-out from one of the

**LEE LAMBERT - DIRECT**

13:54  1   graphs that's in the Bly report, and I just want to use this

13:54  2   for frame of reference with you at this point.  Okay?

13:54  3   **A.**   Okay.

13:54  4   **Q.**   During the period of time that you were in the drill

13:54  5   shack, were there pressures being seen on the drill pipe,

13:54  6   especially early in the test, that were bled off and then the

13:54  7   pressure would come back up?

13:54  8   **A.**   That's correct, yes, sir.

13:55  9   **Q.**   When the crew would see that there was a pressure buildup,

13:55  10  what did they do?

13:55  11  **A.**   Well, there was a lot of discussion about where the

13:55  12  pressure was coming from.  At some point there was a theory

13:55  13  that we had heavier fluid in the kill line that was U-tubing up

13:55  14  the drill pipe.  At one point we found that the annular was

13:55  15  actually leaking, which would cause fluids to come up your

13:55  16  drill pipe.

13:55  17          After everybody would discuss and decide what we were

13:55  18  going to do, they would bleed off some of the pressure on the

13:55  19  drill pipe and see if it would stabilize or continue

13:55  20  increasing.

13:55  21  **Q.**   When the pressure was bled off, did it build back up over

13:55  22  several occasions?

13:55  23  **A.**   Yes, sir, it did.

13:55  24  **Q.**   If you look at the diagram that I've put up here, do you

13:55  25  see the green line that relates to drill pipe pressure?  It's

**LEE LAMBERT - DIRECT**

13:55   1   No. 8 on the schematic or the diagram that you have there.   And

13:56   2   the pressure actually goes up to about 1400.   Do you see there?

13:56   3   **A.**   Yes, sir.

13:56   4   **Q.**   Then it becomes steady over a period of time?

13:56   5   **A.**   Yes, sir.

13:56   6   **Q.**   Does that schematic appear to be consistent with your

13:56   7   recollection of when the drill pipe pressure went up to about

13:56   8   1400 and then leveled off?

13:56   9   **A.**   Yes, sir, that appears to be representative of that.

13:56   10          There were several bleed-offs before that, but kind

13:56   11   of towards the end, when we stopped to monitor, yes, the drill

13:56   12   pipe pressure increased to approximately 1400 pounds.

13:56   13   **Q.**   Do you see, sort of over on the left-hand side, if you

13:56   14   look at drill pipe pressure, that it does reflect there a

13:56   15   bleed-off, which would be No. 2, pressure increase goes up in

13:56   16   the area where No. 4 is, there's another bleed-off showing

13:57   17   there at No. 5, and the pressure comes back down?

13:57   18   **A.**   Yes, sir.

13:57   19   **Q.**   Is that generally consistent with your recollection that

13:57   20   the pressure would go up, it would be bled off, and then it

13:57   21   would -- it would go up, be bled off, and then come back up?

13:57   22   **A.**   Yes, sir.

13:57   23   **Q.**   Now, who was in the drill shack monitoring pressure and

13:57   24   flow during the conduct of this test?

13:57   25   **A.**   Well, the toolpusher, well site leaders -- the driller is

**LEE LAMBERT - DIRECT**

13:57  1  responsible for this operation, my understanding.  The
13:57  2  assistant driller would be monitoring the pressures constantly.
13:57  3  Anything bled back from the drill pipe would have been bled
13:57  4  back to the cement unit.  So the cementer would have been on
13:57  5  the cement unit monitoring flow returns.
13:57  6  **Q.**   In this drill shack here during the period of time --
13:58  7  let's say, if we are looking at this period over here, about
13:58  8  1830, where you come up to 1400 and you stay in that range, who
13:58  9  was sitting in the driller's chair during that period of time?
13:58  10  **A.**   In the driller's chair was Dewey Revette.
13:58  11  **Q.**   Was anyone in the assistant driller's chair?  Do you
13:58  12  recall?
13:58  13  **A.**   It was either Steve Curtis or Don Clark.  They have two
13:58  14  assistant drillers.  I don't recall which were sitting there.
13:58  15  Both were in the drill shack.
13:58  16  **Q.**   During this period of time, where were you located,
13:58  17  Mr. Lambert?
13:58  18  **A.**   Just behind the driller's chair.
13:58  19  **Q.**   Right over in this area?
13:58  20  **A.**   I don't have your slide up.
13:58  21      **THE COURT:**  Mr. Brock.
13:58  22      **MR. BROCK:**  I was so intent on my slide.  I
13:58  23  apologize.  Thank you, Judge.
13:59  24          May I approach, Your Honor?
       25

LEE LAMBERT - DIRECT

13:59   1   BY MR. BROCK:

13:59   2   Q.   If you'll just take this laser pointer, Mr. Lambert.  You

13:59   3   don't have to stand up.  You can sit and just sort of point us

13:59   4   where you were.

13:59   5   A.   I would have been kind of in this area here.

13:59   6   Q.   So over here?

13:59   7   A.   Yes, sir.

13:59   8   Q.   Now, we can go back to the slide we had before, please.

13:59   9        Now, once the pressure came up to around 1400 and

13:59   10   stayed there in a pretty steady line, was there discussion

13:59   11   ongoing in the drill shack about this pressure that was being

13:59   12   seen in relation to the kill line pressure that's also

13:59   13   reflected here?

14:00   14   A.   Yes, sir.  There was -- I would say there was discussion

14:00   15   the entire time while the pressure was building and bleeding

14:00   16   off.  At this time where we kind of had it stabilized and

14:00   17   stopped and were monitoring it, there were still discussions

14:00   18   going on between the well site leader, the driller, assistant

14:00   19   drillers, toolpushers.

14:00   20        At this point I had asked Jason Anderson, the

14:00   21   toolpusher, kind of where -- for my understanding where these

14:00   22   pressures were coming from.  And I got an explanation that the

14:00   23   heavy mud weight in the riser would transmit pressure through

14:00   24   the annular preventer into the wellbore which you would, in

14:00   25   turn, see up the drill pipe.  He said he had seen that before

**LEE LAMBERT - DIRECT**

14:00  1   and that was normal.

14:00  2          It was a little confusing to me at the time, but --

14:00  3   trying to wrap my head around it.  I respected Jason and took

14:01  4   that and just try to understand it.  I asked Mr. Kaluza about

14:01  5   it, and he said that that was possible.

14:01  6   **Q.**   Is this phenomenon you are describing now what we have

14:01  7   heard about in this case, the bladder effect?

14:01  8   **A.**   It has at some time been coined the bladder effect, yes,

14:01  9   but it's that phenomenon I'm describing to you.

14:01  10  **Q.**   Have you described for us now the detail of what

14:01  11  Mr. Anderson conveyed to you as the explanation for the

14:01  12  differential pressure?

14:01  13  **A.**   That is what I just described, yes, sir.

14:01  14  **Q.**   Yes, that's what I'm asking.  You have described for us

14:01  15  what Mr. Anderson explained to you when you asked him, "Why are

14:01  16  we seeing this pressure on the drill pipe?"

14:01  17  **A.**   Yes, sir.

14:01  18  **Q.**   Did anyone other than Mr. Anderson offer this explanation

14:01  19  to you; that is, to explain the pressure on the drill pipe?

14:02  20  **A.**   No, sir.  The explanation came from Jason.

14:02  21  **Q.**   You did mention you asked Mr. Kaluza about it and he said

14:02  22  it was possible?

14:02  23  **A.**   Yes, sir, that's correct.

14:02  24  **Q.**   Did Mr. Anderson say he had seen this before?

14:02  25  **A.**   Yes, sir, he did.

**LEE LAMBERT - DIRECT**

14:02  1   **Q.**   Now, did you stay in the drill shack until the conclusion
14:02  2   of the negative test?
14:02  3   **A.**   No, sir.  As we were monitoring the pressures here, I
14:02  4   would say as an estimate, while we were shut in monitoring the
14:02  5   pressures, I observed that for 10 to 15 minutes and then went
14:02  6   downstairs to do some paperwork.
14:02  7   **Q.**   Let me just ask you this question.  Based on your
14:02  8   discussions and conversations and what you overheard with the
14:02  9   men in the drill shack, did you have the impression they were
14:02  10  satisfied that the annular compression or the bladder effect
14:03  11  concept explained and answered the question about the
14:03  12  differential pressure?
14:03  13  **A.**   That was my impression, yes, sir.  Nobody seemed concerned
14:03  14  about it.
14:03  15  **Q.**   Now, you, as you have described, left the drill shack
14:03  16  before the completion of the period of time that they were
14:03  17  watching for flow?
14:03  18  **A.**   That's correct, yes, sir.
14:03  19  **Q.**   Where did you go next?
14:03  20  **A.**   I went to my office to do some reports for my coach.
14:03  21  **Q.**   I'll just ask you, did you get any other information, any
14:03  22  additional -- let me start over.
14:03  23         Did you receive any other information about the
14:03  24  outcome of the negative test between the time you left the
14:03  25  drill shack and the explosions that occurred later in the

**LEE LAMBERT - DIRECT**

14:03    1    evening?

14:03    2    **A.**   Yes, sir.  I ran into Don Vidrine in the hallway in the

14:04    3    well site leader office as I was heading to my stateroom.  I

14:04    4    asked him how the negative test went.  He said everything was

14:04    5    fine, they were moving on to the displacement.

14:04    6    **Q.**   Now, you went on to bed from there?

14:04    7    **A.**   Yes, sir.

14:04    8    **Q.**   About what time would that have been that you went to your

14:04    9    stateroom?

14:04   10    **A.**   It would be an estimate, but I would say between 8:30 and

14:04   11    9:00, somewhere around that time frame.

14:04   12    **Q.**   What was the next thing that happened on that evening in

14:04   13    terms of your awareness of an incident on the

14:04   14    *Deepwater Horizon*?

14:04   15    **A.**   I heard a large explosion, it kind of woke me out of bed.

14:04   16    I heard a second explosion, jumped out of bed.  I heard the

14:04   17    fire alarms.  Threw on my clothes, went into the hallway.

14:05   18    There was smoke in the hallway.

14:05   19           I made my way out to the lifeboat area where

14:05   20    everybody was -- I'm not going to say "mustering."  It was

14:05   21    fairly chaotic, but everybody was gathering up.  There were

14:05   22    assistant drillers trying to get mustered and get everybody

14:05   23    ready to load the lifeboats.  Some people had jumped overboard.

14:05   24    There was a couple of people contemplating that.

14:05   25           I tried to talk them into not jumping, it's a lot

**LEE LAMBERT - DIRECT**

14:05    1    safer to be in the lifeboat.  Finally was able to get everybody
14:05    2    loaded up on the lifeboat.  Once we did that, the coxswain
14:05    3    lowered the lifeboats and drove the lifeboats into the
14:05    4    *Damon Bankston*, where we offloaded on to the *Bankston*.
14:05    5    **Q.**    Thank you.
14:05    6            Just a few more questions, Mr. Lambert, about your
14:05    7    time on the *Deepwater Horizon*.  I guess the first thing I would
14:06    8    ask you is:  During your time on the rig from the 16th to the
14:06    9    20th, did you see any evidence of people trying to cut corners
14:06   10    with regard to expenditures if safety was an issue?  Did you
14:06   11    personally observe that?
14:06   12    **A.**    No, sir, never.
14:06   13    **Q.**    Did anyone tell you that the rig was behind schedule and
14:06   14    that you needed to hurry up operations?
14:06   15    **A.**    No, sir.
14:06   16    **Q.**    Did you get the impression that the rig crew or the BP
14:06   17    well site leaders were rushing to get the Macondo well
14:06   18    finished?
14:06   19    **A.**    No, sir, not at all.
14:06   20    **Q.**    What was your general observation of operations in terms
14:06   21    of attention to detail, attention to safety, and doing things
14:06   22    in the right order and the right time, just your general
14:06   23    impression?
14:06   24    **A.**    To me, it seemed like various other jobs that I had worked
14:06   25    on other than it being an exploratory well where you kind of

LEE LAMBERT - DIRECT

14:06  1  have a heightened sense of what you're drilling through, but

14:07  2  other than, it seemed operations as normal.  Safety always came

14:07  3  first and we tried to be as efficient as possible, but it

14:07  4  seemed very similar to how other rigs operated.

14:07  5           MR. BROCK:  Thank you, Mr. Lambert.  That's all I

14:07  6  have.

14:07  7           THE COURT:  Plaintiffs.

14:07  8           MR. HERMAN:  Yes, Your Honor.

14:07  9                    CROSS-EXAMINATION

14:07  10 BY MR. HERMAN:

14:07  11 Q.   Good afternoon, Mr. Lambert.  My name is Steve Herman, and

14:07  12 I have you under cross-examination for the PSC.

14:07  13           Is it fair to say, Mr. Lambert, that you generally

14:07  14 disagree with the proposition that drilling in deep water is

14:07  15 essentially the same as drilling on land or in shallow water?

14:08  16 A.   I'm not sure I understand the way you phrased that

14:08  17 question, but it is not the same to drill in deep water as it

14:08  18 is on land, no.

14:08  19 Q.   In your experience, deepwater drilling is more complex,

14:08  20 correct?

14:08  21 A.   That's correct.

14:08  22 Q.   It requires more sophisticated technology, correct?

14:08  23 A.   I agree with that, yes, sir.

14:08  24 Q.   When you were trained to be a well site leader of the

14:08  25 future either time, first time or second time, am I correct

**LEE LAMBERT - CROSS**

| | | |
|---|---|---|
| 14:08 | 1 | that you never took a course in deepwater cementing? |
| 14:08 | 2 | **A.**   I did not take a course in deepwater cementing.  I did |
| 14:08 | 3 | have a course in cementing, general cementing, yes. |
| 14:08 | 4 | **Q.**   You did not take a course in procedures for well |
| 14:08 | 5 | abandonment, correct? |
| 14:08 | 6 | **A.**   I did not take a course in procedures for well |
| 14:08 | 7 | abandonment.  Are you talking about T&As, P&As of wells? |
| 14:08 | 8 | **Q.**   I'm not sure exactly.  Why don't you tell me. |
| 14:09 | 9 | **A.**   Can you rephrase the question?  I'm not understanding. |
| 14:09 | 10 | Are you talking about well abandonment, temporary abandonment, |
| 14:09 | 11 | or permanent abandonment of a well? |
| 14:09 | 12 | **Q.**   Procedures for well abandonment. |
| 14:09 | 13 | **A.**   No, sir, that would be more of an engineering course. |
| 14:09 | 14 | **Q.**   Am I correct you did not take a course for how to conduct |
| 14:09 | 15 | pressure tests? |
| 14:09 | 16 | **A.**   I did not take a formal course on how to conduct pressure |
| 14:09 | 17 | tests, no, sir. |
| 14:09 | 18 | **Q.**   Am I correct that you never received any training from BP |
| 14:09 | 19 | on spacer, slurry, or volumes for displacement operations? |
| 14:09 | 20 | **A.**   I will disagree with that.  I believe that in the |
| 14:09 | 21 | cementing course that I took in the first class, we did discuss |
| 14:09 | 22 | properties of spacers and the volumes for displacement. |
| 14:09 | 23 | **Q.**   Do you recall giving a deposition in this case? |
| 14:09 | 24 | **A.**   Yes, sir, I do. |
| 14:09 | 25 | **Q.**   Do you recall being asked in that deposition, "Have you |

LEE LAMBERT - CROSS

14:09  1    received any training from BP on spacer slurries or volumes for

14:10  2    displacement operations?"

14:10  3    A.   Are you talking in terms of displacing the well to

14:10  4    seawater, or are you talking in terms of a cement job?

14:10  5    Q.   I'm asking whether you recall in your previous deposition

14:10  6    being asked the question, "Have you received any training from

14:10  7    BP on spacer, slurries, or volumes for displacement

14:10  8    operations?"

14:10  9              THE COURT:  Why don't you put it up on the screen.

14:10 10              MR. HERMAN:  Yes, Your Honor.

14:10 11                   This is TREX-22311.358.1.PSC.

14:10 12    BY MR. HERMAN:

14:10 13    Q.   I have the full deposition if you would like to see the

14:10 14    context.

14:10 15    A.   I would like to see that because when you're talking about

14:10 16    slurries, in my mind you are discussing cementing operations.

14:10 17    You can have spacers and slurries in cementing operations.  You

14:10 18    also may have spacers while you are going to displace a well.

14:10 19    Q.   Is there one that you received training in and one that

14:11 20    you didn't?

14:11 21    A.   I have never received training on displacing a well to

14:11 22    seawater or displacing a riser to seawater, no.  I have had

14:11 23    training in cementing operations using spacers, slurries, and

14:11 24    displacing that cement.

14:11 25    Q.   I think that explains it for my purposes, but I'm happy to

OFFICIAL TRANSCRIPT

LEE LAMBERT - CROSS

14:11   1    show you the deposition if you want to look at it further.
14:11   2                MR. BROCK:  Your Honor, if he is satisfied, we are.
14:11   3                THE COURT:  Are you satisfied, sir?
14:11   4                THE WITNESS:  Yes, sir.
14:11   5                THE COURT:  It makes it unanimous.
14:11   6    BY MR. HERMAN:
14:11   7    Q.   Mr. Lambert, part of this training program that you were
14:11   8    in, you were evaluated as being a well site leader candidate;
14:11   9    is that correct?
14:11   10   A.   Well site leader of the future, yes, sir.
14:11   11   Q.   One of the things that you were being graded on was a
14:11   12   commitment to cost control; is that correct?
14:11   13   A.   That is an element of it, being financially responsible,
14:11   14   yes; but I don't believe that that holds much weight, no.
14:12   15   Q.   But it was on your little grading form, right, under
14:12   16   "Management," whether you were good or conscientious about or
14:12   17   had a commitment to cost control?
14:12   18   A.   It was on the grading form, yes; but I believe that's in
14:12   19   reference to not ordering rental tools two months in advance,
14:12   20   not using the rental tools, and leaving them on the rig for
14:12   21   three or four months and paying rents on them when you don't
14:12   22   need them.
14:12   23                MR. HERMAN:  Could we pull up, please, TREX-2159.1.1.
14:12   24   BY MR. HERMAN:
14:12   25   Q.   Do you recognize this document, sir?

8289

LEE LAMBERT - CROSS

14:12  1   A.   Yes, it looks like an evaluation form for a well site

14:12  2   leader of the future.

14:12  3   Q.   Under "Management," it talks about "How does the employee

14:12  4   manage his work on the rig?"

14:12  5        Correct?

14:12  6   A.   Yes, sir.

14:12  7   Q.   What I have highlighted there is "interest in cost

14:12  8   control," correct?

14:12  9   A.   Yes, sir.

14:12  10  Q.   It's not limited to the situation that you just outlined

14:12  11  for the Court, correct?

14:12  12  A.   I don't think it's limited to that.  I think it is asking

14:13  13  whether the -- myself in this case -- is interested in being

14:13  14  financially responsible and being efficient and planning our

14:13  15  work so that we are not throwing away money.

14:13  16  Q.   It shows that you had a high interest in that, correct?

14:13  17  A.   Yes, sir.

14:13  18       MR. HERMAN:  That's fine, Carl.  Thank you.

14:13  19  BY MR. HERMAN:

14:13  20  Q.   Do you recall being interviewed after the incident?

14:13  21  A.   Yes, several times.

14:13  22       MR. HERMAN:  Can we please pull up TREX-2157.2.1,

14:13  23  please.

14:13  24  BY MR. HERMAN:

14:13  25  Q.   Do you recognize these notes as part of your interview, or

OFFICIAL TRANSCRIPT

**LEE LAMBERT - CROSS**

14:13    1    one of your interviews?

14:13    2    **A.**    Just give me just one second to read over them.

14:13    3    **Q.**    Sure.

14:13    4    **A.**    Yes, sir.  Okay.

14:14    5    **Q.**    The first thing I highlighted there is:  "Joe ML would be

14:14    6    monitoring from his screens in his unit."

14:14    7    What does that mean, if you recall?

14:14    8    **A.**    That's the mud logger would be monitoring his pit volume

14:14    9    totalizer.

14:14    10    **Q.**    Then a couple lines below it says:  "ML would be watching

14:14    11    flow out and PVT."

14:14    12    What does that mean?

14:14    13    **A.**    The same, the mud logger would be watching his flow paddle

14:14    14    to see if there was an increase if flow and his pit volume

14:14    15    totalizer to see he was taking a gain.

14:14    16    **Q.**    At the time of this interview, that was your understanding

14:14    17    of what the mud logger would have been doing?

14:14    18    **A.**    Yes, sir.

14:14    19    **Q.**    Have you heard any explanation about sensors being in the

14:14    20    wrong place since this accident or since you gave this

14:14    21    interview?

14:14    22    **A.**    No, sir, I have not.

14:14    23    **Q.**    Let me ask you this.  To your knowledge, is there any

14:14    24    reason why Sperry could not have moved the sensors to a

14:14    25    different location where you could monitor the flow-out, even

LEE LAMBERT - CROSS

14:14   1   where the fluids are being diverted?

14:15   2           MR. BROCK:  Your Honor, I'm going to object to that.

14:15   3   We have called this witness for a limited fact purpose.  I

14:15   4   think that calls for expert testimony or opinion testimony.

14:15   5           THE COURT:  Sperry could not have moved the sensors

14:15   6   to a different location?

14:15   7           MR. HERMAN:  In his experience as a well site leader.

14:15   8           THE COURT:  I'll let him answer that, but we don't

14:15   9   want to get off into expert testimony.

14:15   10          Can you answer that?

14:15   11          THE WITNESS:  At the time I wouldn't have known that

14:15   12  as a trainee.  I wouldn't know whether they could have moved

14:15   13  that or not, no.

14:15   14  BY MR. HERMAN:

14:15   15  Q.   As a well site leader today, is that something you check

14:15   16  for, given this experience, to make sure that the mud loggers

14:15   17  have put sensors in a spot where they can monitor even where

14:15   18  there's a displacement of fluids?

14:15   19          MR. BROCK:  Objection --

14:15   20  BY MR. HERMAN:

14:15   21  Q.   Diversion of fluids?

14:15   22          MR. BROCK:  -- opinion testimony.

14:15   23          MR. HILL:  We join the objection.

14:15   24          THE COURT:  I think we have already had testimony

14:16   25  about how and when the sensor got where it was.

LEE LAMBERT - CROSS

14:16    1          MR. HERMAN:  I apologize, Your Honor.  I recall the
14:16    2    sensors being in the wrong place, but I don't remember
14:16    3    necessarily somebody saying how they got there.  But I will
14:16    4    move on.
14:16    5    BY MR. HERMAN:
14:16    6    Q.   Finally, the last thing that's highlighted says:  "Asked
14:16    7    about flow-in and -out data at 2110, 'looks like well was
14:16    8    flowing.'"
14:16    9          Do you recall what those comments were in reference
14:16    10   to?
14:16    11   A.   Yes, sir.  This was -- if I'm not mistaken, these were the
14:16    12   notes from the Bly investigation reports.  This was, of course,
14:16    13   after the fact.  I was shown a strip chart of recorded data
14:16    14   from the well.  I didn't have access to this at the time.
14:16    15   Looking at it after the fact, you could clearly see that the
14:16    16   flow-out was increasing.
14:16    17          MR. HERMAN:  Thank you.  That's fine, Carl.  Thank
14:16    18   you.
14:16    19   BY MR. HERMAN:
14:16    20   Q.   Now, I would like to talk for just a minute about this
14:16    21   term that you used, the so-called, quote/unquote, bladder
14:17    22   effect.  The term "bladder effect," that actual term, that's
14:17    23   not something you actually heard on the rig that night,
14:17    24   correct?
14:17    25   A.   It is something that I did hear on the rig that night,

LEE LAMBERT - CROSS

14:17    1   yes, sir.
14:17    2   **Q.**   What I thought you had said during direct is that that's
14:17    3   something that was later coined the bladder effect.  Am I wrong
14:17    4   about that?
14:17    5   **A.**   It was coined at some time on the rig.  The explanation
14:17    6   was given to me and originated from Jason Anderson, the
14:17    7   toolpusher.  Whenever the term was coined and tagged to that
14:17    8   explanation, I don't know.  It was after he gave me his
14:17    9   explanation.
14:17   10   **Q.**   Was it after the event?
14:17   11   **A.**   No, sir.
14:17   12   **Q.**   Well, do you recall in your deposition testifying about
14:17   13   this and saying, "What's being coined the bladder effect now"?
14:17   14   **A.**   Yes.
14:17   15   **Q.**   Do you recall that?
14:17   16   **A.**   Yes, sir.
14:17   17   **Q.**   That was your testimony in May of 2011, correct?
14:17   18   **A.**   I don't know the exact dates, but yes, sir.
14:17   19   **Q.**   You were saying at that time in May of 2011, "What's being
14:17   20   coined the bladder effect now."
14:18   21           Do you recall that?
14:18   22   **A.**   It was being coined the bladder effect on the rig and it
14:18   23   still was being coined the bladder effect at that time.
14:18   24   **Q.**   Now, sitting here today, after everything you have seen
14:18   25   and everything you have heard and everything BP has or hasn't

**LEE LAMBERT - CROSS**

14:18  1  taught you, do you still believe that the bladder effect is a
14:18  2  viable phenomenon?

14:18  3  **A.**   With my knowledge today, no, sir, I don't.

14:18  4  **Q.**   At the time of your deposition in May of 2011, didn't you
14:18  5  still believe that the bladder effect was a viable phenomenon?

14:18  6  **A.**   I can't say at that time whether I recall whether I would
14:18  7  think that or not.  I don't believe it was just because of the
14:18  8  amount of controversy that was surrounding it.

14:18  9  **Q.**   Was that controversy going on at the time of your
14:18 10  deposition in May of 2011?

14:18 11  **A.**   It's ongoing today as far as I'm concerned.

14:18 12  **Q.**   Do you recall being asked specifically during your
14:18 13  deposition:

14:18 14       "QUESTION:  If somebody tells you in the future while
14:18 15       you're drilling a well and you're on-site and they observe
14:19 16       what I will loosely refer to as a pressure issue and you
14:19 17       say -- and they say, 'Well, don't worry, that's bladder
14:19 18       effect,' what would your response be?"

14:19 19       Do you recall being asked that in your deposition?

14:19 20       **MR. BROCK:**  Your Honor, I think that's improper
14:19 21  impeachment.  I think he should ask him a question, if he is
14:19 22  going to use the deposition, let him answer.  If he has
14:19 23  something that's inconsistent, we can show it.  He can't see
14:19 24  the testimony.

14:19 25       **THE COURT:**  I think you should show it to the

**LEE LAMBERT - CROSS**

14:19   1   witness.

14:19   2          MR. HERMAN:  Sure, Your Honor.  I apologize.

14:19   3              TREX-22311.270.1.PSC.

14:19   4   BY MR. HERMAN:

14:19   5   Q.   Do you recognize this deposition testimony?

14:19   6   A.   Just give me one second to read it.

14:19   7   Q.   Sure.  I apologize.

14:19   8   A.   Yes, sir.  Okay.  I recognize it.

14:20   9   Q.   And what was your answer to the question that I read a

14:20  10   couple minutes ago?

14:20  11   A.   As stated here:  "Well, I would have to have an

14:20  12   explanation of it from them, and then I would discuss it with

14:20  13   my wells team to see if that seems viable or if anybody else

14:20  14   has any experience in that area."

14:20  15   Q.   So as of your deposition in May of 2011, the bladder

14:20  16   effect wasn't something that you were just rejecting out of

14:20  17   hand, correct?

14:20  18   A.   According to my deposition, no.  I would have asked

14:20  19   somebody about it.

14:20  20          MR. HERMAN:  Finally, the last document, this is

14:20  21   TREX-2152.1.1, which is combined with .1.2, hopefully, for the

14:20  22   Court's convenience.  But this is something Your Honor has seen

14:20  23   before, been referred to as an "ops note."

14:20  24   BY MR. HERMAN:

14:20  25   Q.   Are you familiar with this, Mr. Lambert?

**LEE LAMBERT - CROSS**

14:20  1  **A.**   Yes, sir.

14:20  2  **Q.**   There is an e-mail from Mr. Morel that says:  "Here is the

14:21  3  negative test procedure."  And then it forwards an e-mail from

14:21  4  down below.

14:21  5          Do you see that on the upper right-hand corner?

14:21  6  **A.**   Yes, sir.

14:21  7  **Q.**   It makes sense that after the incident, Mr. Morel would

14:21  8  have been forwarding to somebody on the Bly team, etc., the

14:21  9  negative test procedure?

14:21  10          **MR. BROCK:**  I object to the form.

14:21  11              You're saying he sent this afterwards?  This

14:21  12  clearly established it was sent before.

14:21  13          **MR. HERMAN:**  It's an e-mail with a string.  Part of

14:21  14  the string is Mr. Morel forwarding.

14:21  15          **THE COURT:**  I'm not sure.  What's the question?

14:21  16  What's the question?

14:21  17          **MR. BROCK:**  I thought he said after the event.  I

14:21  18  apologize.

14:21  19          **MR. HERMAN:**  I apologize.

14:21  20  BY MR. HERMAN:

14:21  21  **Q.**   Getting to the point, do you recall getting on Tuesday,

14:21  22  April 20, this e-mail from Mr. Morel that shows you as one of

14:21  23  the recipients?

14:21  24  **A.**   Yes, sir, I do.

14:21  25  **Q.**   And it's called an ops note?

LEE LAMBERT - CROSS

14:21    1    **A.**   That's correct.

14:21    2    **Q.**   No. 4, as I understand it, kind of generally refers to the

14:22    3    negative pressure test procedure.  Do you see that?

14:22    4    **A.**   Yes, sir.

14:22    5    **Q.**   Is that your understanding as well?

14:22    6    **A.**   That No. 4 refers to the negative test procedure, yes.

14:22    7    **Q.**   Now, what I want to ask you about is 11(b).  Do you see

14:22    8    that at the very bottom?

14:22    9    **A.**   Yes, sir.

14:22   10    **Q.**   Am I correct that you never got to step 11, correct?

14:22   11    **A.**   No, sir.

14:22   12    **Q.**   But the last step in this process was in 11(b), where I

14:22   13    highlighted there, what's the last step?

14:22   14    **A.**   "Plot on chart and send to Houston for confirmation."

14:22   15    **Q.**   Thank you.

14:22   16              **MR. HERMAN:**  No further questions.

14:22   17              **MR. UNDERHILL:**  No questions, Your Honor.

14:22   18              **THE COURT:**  Alabama?

14:22   19              **MR. SINCLAIR:**  No questions.

14:22   20              **THE COURT:**  Louisiana?

14:22   21              **MR. KANNER:**  No questions, Your Honor.

14:22   22              **THE COURT:**  Transocean.

14:22   23                          **CROSS-EXAMINATION**

14:22   24    BY MR. BRIAN:

14:23   25    **Q.**   Good afternoon, Mr. Lambert.  My name is Brad Brian.  I

**LEE LAMBERT - CROSS**

14:23   1   represent Transocean and I have you on cross-examination.

14:23   2           You spent about three or four separate hitches on the

14:23   3   *Deepwater Horizon*, did you not?

14:23   4   A.   I estimate it to be three, yes.  Three to four it could

14:23   5   be.

14:23   6   Q.   During that time, you had the opportunity to work with and

14:23   7   get to know Jimmy Harrell, Randy Ezell, Jason Anderson,

14:23   8   Dewey Revette, Stephen Curtis, all those folks, did you not?

14:24   9   A.   Yes, sir, I did.

14:24   10  Q.   You realized they were all highly respected on the rig,

14:24   11  were they not?

14:24   12  A.   Yes, sir.  And I respected them myself.

14:24   13  Q.   You never saw any of them act in a way that you thought

14:24   14  was callous or indifferent to safety or the environment, did

14:24   15  you, sir?

14:24   16  A.   No, sir, I did not.

14:24   17  Q.   I think Mr. Herman asked you about your experience before

14:24   18  you went out there on April 16.  I take it on the day of

14:24   19  April 20, that was the first negative pressure test you had

14:24   20  actually observed, was it not?

14:24   21  A.   That's correct.

14:24   22  Q.   You had no detailed training in connection with the

14:24   23  negative pressure test before that, did you, sir?

14:24   24  A.   No, sir, I did not.

14:24   25  Q.   During the time that you were -- let's go back to earlier

**LEE LAMBERT - CROSS**

14:24  1   that day.  I think Mr. Brock asked you about two meetings, a
14:24  2   pre-tour meeting at 11:00 and another meeting, a pre-task
14:25  3   meeting, between 2:30 and 3:00 p.m.  Do you have those meetings
14:25  4   in mind?
14:25  5   A.   Yes, sir.
14:25  6   Q.   Was Mr. Kaluza at both of those meetings?
14:25  7   A.   Yes, sir, I believe he was.
14:25  8   Q.   And I think you said there were -- at least the pre-tour
14:25  9   meeting, Mr. Wyman Wheeler, the toolpusher was there, and some
14:25  10  other Transocean folks were there as well, correct?
14:25  11  A.   That's correct.
14:25  12  Q.   Now, at the 2:30 to 3:00 meeting, isn't it the case that
14:25  13  Mr. Kaluza asked Leo Lindner of M-I SWACO how they should set
14:25  14  up the procedures for the negative pressure test; isn't that
14:25  15  true?
14:25  16  A.   I don't know that Mr. Kaluza asked Mr. Lindner to explain
14:25  17  how to set up the negative test, no.
14:25  18  Q.   It is true, though, that Mr. Lindner at that meeting gave
14:25  19  an outline of those procedures to the folks in attendance,
14:25  20  didn't he, sir?
14:25  21  A.   Yes, sir, he did.
14:25  22  Q.   Are you aware also that BP -- the BP company men got
14:25  23  advice from Mr. Lindner to use the loss circulation material as
14:26  24  a spacer in connection with the negative pressure test?  Are
14:26  25  you aware of that?

LEE LAMBERT - CROSS

14:26  1    A.   I know that there was a discussion between Mr. Lindner and
14:26  2    one of the well site leaders -- and I don't recall which well
14:26  3    site leader it was -- on whether or not to use the spacer.  I
14:26  4    wouldn't characterize that as advice.
14:26  5    Q.   And they decided to go forward with the LCM as the spacer,
14:26  6    did they not?
14:26  7    A.   The LCM was pumped as a spacer, yes, sir.
14:26  8    Q.   And there was no discussion in the meeting, in the
14:26  9    conversation that you witnessed, of whether that loss
14:26  10   circulation material might actually clog either the drill pipe
14:26  11   or the kill line, was there?
14:26  12   A.   No, sir.
14:26  13   Q.   I take it you -- actually, strike that.
14:26  14           In connection with -- in response to Mr. Brock's
14:26  15   question, I think you testified about the pressure and how they
14:26  16   were drilling off pressure, it went back up and they tried
14:26  17   certain things.  Do you recall that testimony generally?
14:26  18   A.   During the negative test?
14:26  19   Q.   Yes.
14:26  20   A.   Yes, sir.
14:26  21   Q.   And there was a discussion that there might be an
14:27  22   explanation of the so-called U-tubing effect, was there not?
14:27  23   A.   Yes, there was.
14:27  24   Q.   During that time period, you were trying to learn, weren't
14:27  25   you?

8301

**LEE LAMBERT - CROSS**

14:27  1  **A.**    Yes, sir.

14:27  2  **Q.**    So you were asking questions of the crew and the well site

14:27  3  leader during the course of the negative pressure test, were

14:27  4  you not?

14:27  5  **A.**    I was, yes, sir.

14:27  6  **Q.**    And they were doing the best they could to answer your

14:27  7  questions, weren't they?

14:27  8  **A.**    Yes, sir, they would.

14:27  9  **Q.**    And at all times that you witnessed the negative pressure

14:27  10  test, is it fair to say that the Transocean drill crew paid

14:27  11  attention and was trying to solve the problem?

14:27  12  **A.**    Yes, sir, I will agree with that, yes.

14:27  13  **Q.**    They took their jobs very seriously, didn't they, sir?

14:27  14  **A.**    Yes, sir, I will agree with that.

14:27  15  **Q.**    No one, no one that day, whether it was anyone on the

14:27  16  Transocean drill crew or the well site leader said to you that

14:27  17  they thought the well was flowing, did they?

14:27  18  **A.**    No, sir.

14:28  19  **Q.**    Now, you have testified that Mr. Anderson gave you the

14:28  20  explanation of what you called the bladder effect.  Do you

14:28  21  recall that testimony generally?

14:28  22  **A.**    Yes, sir.

14:28  23  **Q.**    Now, you're not actually sure who brought up that phrase,

14:28  24  are you, sir?

14:28  25  **A.**    I'm not actually sure who coined the phrase bladder

LEE LAMBERT - CROSS

14:28  1    effect.  The origin of the explanation of what's now being

14:28  2    termed the bladder effect came from Mr. Anderson.

14:28  3    Q.   You're not sure who came up with it though, who -- well,

14:28  4    strike that.

14:28  5         You're not sure who brought up the phrase to begin

14:28  6    with, are you, sir?

14:28  7    A.   I'm not sure who brought up the phrase bladder effect.

14:28  8    I'm telling you that the explanation of what is now being

14:28  9    called the bladder effect came from Jason Anderson.

14:28  10        MR. BRIAN:  Let's put up deposition page 245, line 14

14:29  11   through 246, line 10.

14:29  12   BY MR. BRIAN:

14:29  13   Q.   You testified, did you not:

14:29  14        "QUESTION:  Annular element would transmit pressure.

14:29  15        This was normal since kill line was open.  This did not

14:29  16        make sense.  Is that you?"

14:29  17        "MR. BROCK:  Object to form.

14:29  18        "ANSWER:  Okay.  Just to clarify around this --

14:29  19        "QUESTION:  Okay.

14:29  20        "ANSWER:  -- the toolpusher, Jason --

14:29  21        "QUESTION:  Right.

14:29  22        "ANSWER:  -- gave me an explanation of how the

14:30  23        pressure would transmit through the annular element, and

14:30  24        you would, in turn, see that on the drill pipe.  At some

14:30  25        point, I don't know where this -- I heard this on the rig,

LEE LAMBERT - CROSS

14:30  1      this bladder effect.  I don't know if it came from Jason

14:30  2      or someone else, but that's my memory of it.  I know

14:30  3      that's -- that's what it's being referred to, is -- the

14:30  4      bladder effect is describing this."

14:30  5          MR. BRIAN:  Now let's put up deposition page 556,

14:30  6  line 22.

14:30  7          MR. BROCK:  Well, what's the question on that one?

14:30  8          MR. BRIAN:  I'm sorry?

14:30  9          All of these are impeachment, Your Honor.

14:30  10          THE COURT:  Well, that seemed to be consistent with

14:30  11  what the witness just said on the witness stand.

14:30  12          MR. BRIAN:  Okay.

14:30  13          THE COURT:  Unless there's more.  I haven't seen the

14:30  14  rest of it.

14:30  15  BY MR. BRIAN:

14:30  16  Q.   Well, would you agree -- let me just say then:  It is your

14:30  17  testimony, is it not, then, that you're not sure who brought up

14:30  18  the phrase to begin with.  Is that true?

14:30  19  A.   I'm not sure who brought up the name bladder effect.  The

14:30  20  origin and the explanation of this phenomenon came from Jason

14:31  21  Anderson.

14:31  22  Q.   And then you asked Mr. Kaluza if it was possible, correct?

14:31  23  A.   Correct.

14:31  24  Q.   And he agreed, did he not?

14:31  25  A.   He said that it was possible, yes.

LEE LAMBERT - CROSS

| 14:31 | 1 | **MR. BRIAN:**  Let me put up -- let's pull up |
| 14:31 | 2 | TREX-759.1.1.TO. |
| 14:31 | 3 | **BY MR. BRIAN:** |
| 14:31 | 4 | **Q.**   Now, this is an e-mail from Mr. Kaluza on April 25, 2010. |
| 14:31 | 5 | You did not get this e-mail, did you, sir? |
| 14:31 | 6 | **A.**   I did not, no. |
| 14:31 | 7 | **Q.**   Okay.  So here's my question. |
| 14:31 | 8 | **MR. BROCK:**  Objection, foundation. |
| 14:31 | 9 | **MR. BRIAN:**  Here's my question, Your Honor. |
| 14:31 | 10 | **BY MR. BRIAN:** |
| 14:31 | 11 | **Q.**   When the conversation took place on April 20, did |
| 14:31 | 12 | Mr. Kaluza take notes -- did you see him take notes about the |
| 14:31 | 13 | bladder effect when you were discussing it with Mr. Anderson |
| 14:31 | 14 | and Mr. Kaluza? |
| 14:31 | 15 | **A.**   No, sir, I did not see him taking notes. |
| 14:31 | 16 | **Q.**   Is the explanation that is given by Mr. Kaluza in |
| 14:31 | 17 | TREX-759.1.1.TO, in which he never mentions Jason Anderson, is |
| 14:31 | 18 | that more detailed than the explanation that Jason Anderson |
| 14:32 | 19 | gave you on April 20? |
| 14:32 | 20 | **MR. BROCK:**  I'm going to object to that on |
| 14:32 | 21 | foundation.  This is not a document that he has seen, it was |
| 14:32 | 22 | not sent to him.  He is here as a fact witness to testify as to |
| 14:32 | 23 | what he saw and heard that night. |
| 14:32 | 24 | **THE COURT:**  I think it's a proper question. |
| 14:32 | 25 | I guess you're asking him to read this -- |

LEE LAMBERT - CROSS

14:32  1          MR. BRIAN:  Yes.
14:32  2          THE COURT:  -- and compare it to what he heard
14:32  3  Mr. Anderson say that night?
14:32  4          MR. BRIAN:  Correct.
14:32  5  BY MR. BRIAN:
14:32  6  Q.   Take a look at this.
14:32  7          THE COURT:  If you can do that, sir.  Go ahead and
14:32  8  read that.
14:32  9  BY MR. BRIAN:
14:32 10  Q.   I will rephrase my question when you are done reading it.
14:33 11  A.   Okay.
14:33 12  Q.   Did Mr. Anderson offer his explanation that day with as
14:33 13  much detail as Mr. Kaluza did in that e-mail?
14:33 14  A.   No, sir, I can't say it had as much detail as this e-mail
14:33 15  does, no.  It was more in general terms of how this bladder
14:33 16  effect -- or what's being called the bladder effect now --
14:33 17  would work.
14:33 18  Q.   Now, you have testified about Mr. Kaluza.  You had a
14:33 19  conversation with Mr. Vidrine later, before you went to bed,
14:34 20  sometime between 8:30 and 9:00?
14:34 21  A.   Yes, sir.
14:34 22  Q.   In which he said everything was fine?
14:34 23  A.   I asked him how the negative test went.  And he said
14:34 24  everything was fine or good, I don't remember the exact words,
14:34 25  and that we were moving on to the displacement.

LEE LAMBERT - CROSS

14:34   1   **Q.**   Had Mr. Vidrine come down to the driller's shack while the

14:34   2   negative pressure test was ongoing that day before you left?

14:34   3   **A.**   Yes, Mr. Vidrine was in the shack while I was up there

14:34   4   just prior to me leaving.

14:34   5   **Q.**   And he participated in discussions with the crew about

14:34   6   what they were seeing on the negative pressure test as well,

14:34   7   correct?

14:34   8   **A.**   From the short time that I was there and Mr. Vidrine were

14:34   9   there at the same time, yes, he was discussing with the crews

14:34   10   what was going on, yes.

14:34   11   **Q.**   And those discussions at the time you were there had the

14:34   12   same degree of seriousness and people paying attention as you

14:34   13   had seen when Mr. Kaluza was there, correct?

14:34   14   **A.**   Yes, sir.

14:34   15   **Q.**   And the crew was taking their job very seriously, weren't

14:34   16   they, sir?

14:34   17   **A.**   Always, yes, sir.

14:34   18   **Q.**   Now, did Mr. Kaluza -- strike that.

14:35   19          Were you aware that, at the time of the negative

14:35   20   pressure test, two gentlemen named David Sims and Mr. O'Bryan

14:35   21   were on the rig?

14:35   22   **A.**   Yes, sir.

14:35   23   **Q.**   Did Mr. Kaluza tell you at any time during the negative

14:35   24   pressure test that he was leaving the driller's shack to go

14:35   25   talk to David Sims?

## LEE LAMBERT - CROSS

14:35  1  **A.**   Not to my recollection, no.

14:35  2  **Q.**   Did he report back to you as to what he had discussed with

14:35  3  David Sims?

14:35  4  **A.**   I didn't know he left to talk to Mr. Sims about anything.

14:35  5  So, no, he didn't report back to me.

14:35  6  **Q.**   And I take it Mr. Vidrine did not tell you that he went

14:35  7  and placed a call to Mark Hafle, did he?

14:35  8  **A.**   No, sir, I was not aware about that.

14:35  9  **Q.**   And before you went to sleep somewhere between 8:30 and

14:35  10  9:00 p.m., I take it Mr. Vidrine never told you at 8:52 p.m.,

14:35  11  he had a conversation with Mr. Hafle in which Mr. Hafle told

14:36  12  him you can't have 1400 psi on the drill pipe and zero psi

14:36  13  pressure on the kill line.  Mr. Vidrine never told you that,

14:36  14  did he, sir?

14:36  15  **A.**   I was not aware of any phone call, no, sir.  I was in bed.

14:36  16  **Q.**   Now, as a part of your training as a well site leader of

14:36  17  the future, you were trained, were you not, that if you had a

14:36  18  concern as a well site leader, it's good practice to call

14:36  19  someone with -- one of the engineers onshore.  You were trained

14:36  20  to do that, were you not, sir?

14:36  21  **A.**   Yes, sir, I think that's a good practice.

14:36  22  **Q.**   And there's somebody on call 24 hours a day, seven days a

14:36  23  week in Houston at BP to take those calls, isn't there, sir?

14:36  24  **A.**   Yes, sir, there is.

14:36  25  **Q.**   I think you had a conversation, did you not, on the

**LEE LAMBERT - CROSS**

14:36  1   *Damon Bankston* with Joe Keith, the mud logger.  Correct?

14:36  2   **A.**   Yes, sir.

14:36  3   **Q.**   You talked about what had happened, right?

14:37  4   **A.**   In general terms, yes.

14:37  5   **Q.**   And he told you that, from what he was observing,

14:37  6   everything looked fine.  Isn't that what he said?

14:37  7   **A.**   To the best of my recollection, yes.

14:37  8            **MR. BRIAN:**  Nothing further, Your Honor.

14:37  9            **THE COURT:**  Halliburton?

14:37  10           **MR. HILL:**  Your Honor, Halliburton has no questions.

14:37  11           **THE COURT:**  All right.  BP?

14:37  12           **MR. BROCK:**  No follow-up, Your Honor.

14:37  13           **THE COURT:**  Thank you, sir.

14:37  14                Call your next witness, Mr. Brock.

14:37  15           **MR. BROCK:**  Your Honor, our next witness is

14:37  16   Dr. David Lewis.  I will step out and see if I can locate him.

14:37  17           **THE COURT:**  Let's take about a 10-minute recess while

14:37  18   we switch witnesses.

14:37  19           (Recess.)

14:54  20           **THE COURT:**  Please be seated, everyone.

14:54  21                Next witness.

14:54  22           **MR. KEEGAN:**  Your Honor, we have David Lewis.

14:54  23           **THE COURT:**  All right.

14:54  24                          **DAVID LEWIS,**

14:54  25   having been duly sworn, testified as follows:

| | | |
|---|---|---|
| 14:54 | 1 | **THE DEPUTY CLERK:**  State your full name and correct |
| 14:54 | 2 | spelling for the record, please. |
| 14:54 | 3 | **THE WITNESS:**  David Bradley Lewis, D-A-V-I-D, |
| 14:54 | 4 | B-R-A-D-L-E-Y, L-E-W-I-S. |
| 14:54 | 5 | **MR. DEGRAVELLES:**  Yes, Judge, John deGravelles for |
| 14:54 | 6 | the Plaintiffs' Steering Committee. |
| 14:54 | 7 | We would like to object to Dr. Lewis' testimony |
| 14:54 | 8 | inasmuch as it covers a subject matter which was covered by |
| 14:54 | 9 | Dr. Bourgoyne, which is the long string and liner issue.  The |
| 14:55 | 10 | same issues that Dr. Lewis discusses in his report and in his |
| 14:55 | 11 | deposition are covered, and I can get you the page numbers if |
| 14:55 | 12 | you need it from Dr. Bourgoyne's rebuttal report.  Not only was |
| 14:55 | 13 | it in his rebuttal report, but he was questioned about it |
| 14:55 | 14 | during his testimony.  It seems to me this is patently |
| 14:55 | 15 | cumulative, and he should not be allowed to testify. |
| 14:55 | 16 | **THE COURT:**  Okay.  Do you want to respond to that? |
| 14:55 | 17 | **MR. KEEGAN:**  I do, Your Honor -- |
| 14:55 | 18 | **THE COURT:**  Obviously, I haven't seen his deposition, |
| 14:55 | 19 | but I have seen his report, and it does seem that this was |
| 14:55 | 20 | something that was covered with Dr. Bourgoyne. |
| 14:55 | 21 | **MR. KEEGAN:**  Your Honor, I think that Mr. Lewis' |
| 14:55 | 22 | testimony and report will provide additional and distinct |
| 14:55 | 23 | evidence, separate from what Dr. Bourgoyne testified to earlier |
| 14:56 | 24 | this week.  He goes into burst loads, collapse loads, annular |
| 14:56 | 25 | pressure buildup, materials strength components that |

14:56  1  Dr. Bourgoyne's report or testimony did not cover, and
14:56  2  establishes that either the long string or the liner -- a
14:56  3  decision that's been challenged by numerous parties in this
14:56  4  case -- were appropriately engineered and designed.
14:56  5            And we'll keep it very short.
14:56  6        THE COURT:  All right.  I'll let him testify, but
14:56  7  let's keep it short because we are now, again, getting multiple
14:56  8  witnesses for the same party on the same subject.
14:56  9            Go ahead.
14:56  10       MR. DEGRAVELLES:  Judge, one more point.  His report
14:56  11  contains a rebuttal portion that is in rebuttal to
14:56  12  Mr. Pritchard, who was our drilling expert whose report and
14:56  13  testimony we withdrew.  So at the very least, we would like to
14:56  14  strike that portion of his report that deals with rebuttal of
14:56  15  Mr. Pritchard.
14:57  16       MR. KEEGAN:  We are happy to strike that portion.
14:57  17       THE COURT:  Very well.  You all can work out an
14:57  18  agreement to redact that out.  Okay.
14:57  19       MR. KEEGAN:  Your Honor, may I proceed?
14:57  20       THE COURT:  Yes.
14:57  21       MR. KEEGAN:  Good afternoon.  Chris Keegan on behalf
14:57  22  of BP for Mr. Lewis' direct examination.
14:57  23                        VOIR DIRE
14:57  24  BY MR. KEEGAN:
14:57  25  Q.   Mr. Lewis, could you briefly describe your education to

DAVID LEWIS - VOIR DIRE

14:57    1    the Court.
14:57    2    A.   Yes.  I have a bachelor's and master's degree in civil
14:57    3    structural engineering from the University of Missouri at Rolla
14:57    4    in addition to graduate courses in engineering mechanics.
14:57    5    Q.   Mr. Lewis, how long have you been involved in the oil and
14:57    6    gas industry?
14:57    7         MR. KEEGAN:  And I would like to call up
14:57    8    TREX-8098.7.2 from your report.
14:58    9    A.   Yes.  I've been involved in it over 30 years.
14:58   10    BY MR. KEEGAN:
14:58   11    Q.   Can you describe for the Court some of your -- the work
14:58   12    you have done in the last 30 years.
14:58   13    A.   My experience is around casing and tubing design, whether
14:58   14    it be high pressure high temperature, extended reach, deep
14:58   15    water, pretty much the engine mechanics associated with extreme
14:58   16    well design.
14:58   17    Q.   Who did you work for after receiving your master's degree?
14:58   18    A.   My first employer was the Mobil Oil Corporation.
14:58   19    Q.   How long did you work for Mobil Oil Corporation?
14:58   20    A.   I was at Mobil for 20 years.
14:58   21    Q.   What was your title when you left ExxonMobil at that time
14:58   22    in 2000?
14:58   23    A.   I was the manager of the drilling technology group.
14:58   24         MR. KEEGAN:  If you would pull up TREX-8098.27.1,
14:58   25    please.

**DAVID LEWIS - VOIR DIRE**

14:58  1   **BY MR. KEEGAN:**

14:58  2   **Q.**    Can you briefly describe to the Court your

14:58  3   responsibilities as manager of the well construction technology

14:58  4   group at ExxonMobil.

14:58  5   **A.**    We pretty much took care of all of the drilling and

14:59  6   completion aspects of Mobil and Exxon -- ExxonMobil on a

14:59  7   worldwide basis.  Any time there was a problem, they would

14:59  8   actually come to the technology group to have that problem

14:59  9   solved, so we supported the corporation on a worldwide scale.

14:59  10  **Q.**   Was part of your responsibility to design deepwater wells?

14:59  11  **A.**   Yes, it was.

14:59  12  **Q.**   What did you do after you have left ExxonMobil?

14:59  13  **A.**   I became a consultant for three years.

14:59  14  **Q.**   Who are you currently employed by?

14:59  15  **A.**   Currently, I'm employed by Blade Energy Partners.

14:59  16  **Q.**   What is your title at Blade Energy Partners?

14:59  17  **A.**   I'm currently president and CEO of Blade.

14:59  18  **Q.**   What type of work do you do at Blade Energy Partners?

14:59  19  **A.**   The engineers at Blade continue to do the same thing we

14:59  20  did when we were at ExxonMobil.  We pretty much do extreme well

14:59  21  design, troubleshooting, problem solving, all of the upstream

14:59  22  oil and gas sector.

14:59  23  **Q.**   Do you design production casings for oil companies?

14:59  24  **A.**   Yes, we do.

14:59  25  **Q.**   How many production casings do you think you have designed

**DAVID LEWIS - VOIR DIRE**

15:00  1    at Blade?

15:00  2    **A.**    Really, dozens.  Not only domestic in the Gulf of Mexico

15:00  3    but on a worldwide scale.

15:00  4    **Q.**    In addition to being president and CEO of Blade Energy,

15:00  5    are you involved if any industry committees?

15:00  6    **A.**    Yes, I'm involved in two API committees, the American

15:00  7    Petroleum Institute, API Committee 5, which is tubulars, and

15:00  8    API Committee 16, which is drill-through equipment or well

15:00  9    control equipment.

15:00  10        **MR.KEEGAN:**  I want to pull up TREX-8098.30.1, also

15:00  11    from your CV.

15:00  12    **BY MR.KEEGAN:**

15:00  13    **Q.**    Can you explain to the Court what Committee 5 of the

15:00  14    American Petroleum Institute does.

15:00  15    **A.**    Committee 5 takes care of anything that's pipe.  If it's a

15:00  16    pipe and oil and gas-related, Committee 5 gets involved with

15:00  17    it.  Casing, tubing, production casing, pipelines, drill pipe,

15:00  18    everything.

15:00  19    **Q.**    Mr. Lewis, do you have any publications that are relevant

15:00  20    to your testimony here today?

15:00  21    **A.**    Yes.  I've published numerous publications over the years

15:00  22    relative to casing and tubular design as well as coauthored a

15:00  23    textbook by SPE on advanced casing and drilling technologies.

15:01  24        **MR.KEEGAN:**  And if we pull up 8098.31.1.

       25

DAVID LEWIS - VOIR DIRE

15:01  1  **BY MR.KEEGAN:**

15:01  2  **Q.**   You were a contributing author to that SPE textbook on

15:01  3  advanced drilling and well technology?

15:01  4  **A.**   Yes.  I wrote the chapter on advanced casing and tubular

15:01  5  design.

15:01  6        **MR. KEEGAN:**  Your Honor, at this time I would tender

15:01  7  Mr. Lewis as an expert in tubular casing design and

15:01  8  engineering.

15:01  9        **THE COURT:**  All right.  There have been no motions

15:01  10  with respect to him, has there?

15:01  11        **MR. KEEGAN:**  No, Your Honor.

15:01  12        **THE COURT:**  He is accepted.

15:01  13                    **DIRECT EXAMINATION**

15:01  14  **BY MR. KEEGAN:**

15:01  15  **Q.**   Mr. Lewis, what were you asked to do by BP in this case?

15:01  16  **A.**   Really, to evaluate the production casing design of the

15:01  17  Macondo well in terms of the long-string option and the

15:01  18  liner-and-tieback option.

15:01  19  **Q.**   What did that engineering review entail?

15:01  20  **A.**   Pretty much what you have to do in any type of design is

15:01  21  calculate the strength associated with a particular casing

15:01  22  design, production casing design, and calculate the loads.  And

15:01  23  you always want to make sure that the strength is greater than

15:01  24  loads, and we do that by calculating a factor of safety between

15:01  25  the two.

**DAVID LEWIS - DIRECT**

15:01  1  **Q.**   Have you submitted a report in this case?

15:02  2  **A.**   Yes, I have.

15:02  3         **MR. KEEGAN:**  Pull up TREX-8098.1.1.

15:02  4  **BY MR. KEEGAN:**

15:02  5  **Q.**   Mr. Lewis, is this a copy of your report, the front page

15:02  6  of your report?

15:02  7  **A.**   Yes, it is.

15:02  8  **Q.**   Have you had the opportunity to review your report

15:02  9  recently?

15:02  10  **A.**   Yes, I have.

15:02  11  **Q.**   Do you have any changes that you would like to make to

15:02  12  your report?

15:02  13  **A.**   No.

15:02  14  **Q.**   Can you briefly tell the Court what work you did to

15:02  15  prepare this report.

15:02  16  **A.**   What you do is actually look at the current design offered

15:02  17  by BP for the production casing, and based on the design

15:02  18  parameters, design assumptions BP did, we actually more or less

15:02  19  redesigned the entire production casing from scratch, looking

15:02  20  at the long-string as well as the liner-and-tieback option.

15:02  21  **Q.**   Fair to say that you did an independent analysis of the

15:02  22  basis of design for multiple production casing options on this

15:02  23  well?

15:02  24  **A.**   That's correct.  We pretty much did it all from scratch,

15:02  25  all over again.

**DAVID LEWIS - DIRECT**

15:02  1           MR. KEEGAN:  At this time, Your Honor, I would like
15:02  2    to move Mr. Lewis' report into evidence subject to our
15:02  3    discussions with the PSC about redacting.
15:03  4           THE COURT:  All right.  It will be admitted.
15:03  5              Did you give it a number?
15:03  6           MR. KEEGAN:  8098, TREX-8098.
15:03  7           THE COURT:  Thank you.
15:03  8    BY MR. KEEGAN:
15:03  9    Q.   Mr. Lewis, let's do a little bit of background very
15:03  10   briefly here.
15:03  11          MR.KEEGAN:  If we can pull up D-4363.4.
15:03  12   BY MR.KEEGAN:
15:03  13   Q.   I want to talk about different pieces of a casing or well
15:03  14   design.
15:03  15          MR. KEEGAN:  Can we pull up .4 of the animated.
15:03  16   BY MR. KEEGAN:
15:03  17   Q.   Let's start up here at the top of the well, Mr. Lewis.
15:03  18   Can you explain to the Court what that 36-inch drive pipe is?
15:03  19   A.   Yeah.  The 36-inch at the top is kind of what we call a
15:03  20   jet stream or drive pipe.  That's a large-diameter piece of
15:03  21   pipe that actually acts as the foundation or the support
15:04  22   structure for the overall well.
15:04  23          MR. KEEGAN:  There we go.  That's D-4363.4.
15:04  24   BY MR. KEEGAN:
15:04  25   Q.   Can you explain to the Court what the conductor-casing

DAVID LEWIS - DIRECT

15:04  1    string is.

15:04  2    A.    Yeah.  That's a secondary string we actually used.  It's

15:04  3    actually drilled and cemented in place to offer additional

15:04  4    structural strength to the 36-inch conductor, drive pipe.

15:04  5    Q.    After that drive pipe and conductor-casing string, you had

15:04  6    a series of strings identified as "intermediate casing

15:04  7    strings."  What are those?

15:04  8    A.    The intent of intermediate casing strings -- also called

15:04  9    drilling casings strings -- are just strings of pipe that allow

15:04  10   us to reach the reservoir.

15:04  11   Q.    Is there a difference in how the 36-inch and 28-inch are

15:04  12   installed versus those intermediate casings strings?

15:04  13   A.    Yes.  Once the 22-inch goes into place, then the BOP is

15:04  14   actually placed on the wellbore.  And at that point in time,

15:04  15   the wellbore actually turns into a pressure vessel that we

15:04  16   design for.

15:04  17   Q.    The last string you have there is the long-string

15:05  18   production casing.  Can you explain to the Court what you mean

15:05  19   when you say "production casing."

15:05  20   A.    Yes.  The production casing is a pipe that actually runs

15:05  21   from the wellhead at the top all the way down to the reservoir

15:05  22   at the bottom.  It serves basically as the first primary

15:05  23   barrier against a potential -- potential problem once we turn

15:05  24   the well on and produce the well.

15:05  25        This current one shows a 9 7/8 by 7-inch, which means

**DAVID LEWIS - DIRECT**

15:05   1   we have a 9 7/8-inch OD pipe at the top with a small transition

15:05   2   piece called a "crossover" here that transitions to a 7-inch

15:05   3   diameter pipe at the bottom.

15:05   4   **Q.**   Is that the production casing that you evaluated in your

15:05   5   expert report?

15:05   6   **A.**   Yes, it is.

15:05   7   **Q.**   I would like to talk now about how you design a -- develop

15:05   8   a casing design, if we can.

15:05   9       What do you need to understand when you are

15:05   10  developing a casing design?

15:05   11  **A.**   The two major things you actually need to learn or

15:06   12  understand is strength and load.  And what you want to make

15:06   13  sure is that the strength is always greater than the load in

15:06   14  any type of design.

15:06   15      **MR.KEEGAN:**  If we look at TREX-8098.11.1, please.

15:06   16  BY MR.KEEGAN:

15:06   17  **Q.**   Let's talk about the strength side of this formula first.

15:06   18      How do you analyze the strength of the casing?

15:06   19  **A.**   The strength of the casing is kind of composed of two

15:06   20  parts:  The material properties, what's it made out of, steel,

15:06   21  aluminum, plastic, or whatever; and the dimensional properties,

15:06   22  how big is it, how thick is the wall, all the geometries.

15:06   23      And from those two more extensive parameters, we can

15:06   24  determine the strength of the pipe.

15:06   25  **Q.**   Can you give the Court an example of the designation of

**DAVID LEWIS - DIRECT**

15:06    1    strength of pipe; for example, what was installed on the bottom

15:06    2    of the Macondo?

15:06    3    **A.**    Yes.  The Macondo well was 9 7/8, 6280Q125 crossed over to

15:06    4    7-inch, 32-pound, high-collapse Q125.  That's kind of a long

15:07    5    set of verbiage, but that kind of lays out the size, the weight

15:07    6    and pounds per foot and the grade of the pipe that's in the

15:07    7    well.

15:07    8    **Q.**    Mr. Lewis, that was a lot of letters and numbers together,

15:07    9    so let me see if I can break that down.

15:07    10    The 7-inch is the size of the pipe?

15:07    11    **A.**    The diameter, yes.

15:07    12    **Q.**    32 pounds per foot is the weight or -- weight of the pipe?

15:07    13    **A.**    That's correct.

15:07    14    **Q.**    And then the HCQ125 is the quality of the steel?

15:07    15    **A.**    That's correct.

15:07    16    **Q.**    That's the strength side of the equation.  Let's look at

15:07    17    the load side of the equation.

15:07    18    **MR.KEEGAN:**  And if we can pull up D-4858.

15:07    19    BY MR.KEEGAN:

15:07    20    **Q.**    And explain to the Court the two loads that you are

15:07    21    analyzing in determining the casing design.

15:07    22    **A.**    Yeah, two things we are actually interested in is what we

15:07    23    call "burst loads," where we have some type of internal

15:07    24    pressure inside the casing and this internal pressure tries to

15:07    25    burst the casing or rupture it from the inside out.

**DAVID LEWIS - DIRECT**

15:07    1          "Collapse load" is pretty much the opposite of a
15:07    2    burst load.  We have the pipe, the casing itself, and we have
15:07    3    some type of external load on the outside trying to crush or
15:08    4    collapse in on the pipe.
15:08    5          So these are the two basic failure modes we actually
15:08    6    look at in terms of casing design.
15:08    7    Q.   Did you analyze both those loads for this casing design?
15:08    8    A.   Yes, I did.
15:08    9    Q.   Let's focus on the collapse load.
15:08   10          What types of collapse loads are you looking at when
15:08   11    you do your analysis?
15:08   12    A.   There's two types of collapse loads on production casing.
15:08   13    There's what's known as the "end-of-life abandonment collapse,"
15:08   14    which is a load that's imposed on a casing when the reservoir
15:08   15    pressure has been depleted.
15:08   16          There's also the second -- another load that's looked
15:08   17    at is known as the "annular pressure buildup load," and that
15:08   18    occurs due to the heating of the well and having fluid trapped
15:08   19    between two strings of pipe.  And that fluid tries to expand,
15:08   20    which will cause it to more or less collapse in on the inner
15:08   21    casings.
15:08   22    Q.   Mr. Lewis, do you have a demonstrative that shows the
15:08   23    loads for annular pressure buildup?
15:08   24    A.   Yes, I do.
15:08   25          **MR. KEEGAN:**  Can we pull up D-4859, please.

**DAVID LEWIS - DIRECT**

15:08    1            THE WITNESS:  What we show right here, this is the
15:08    2    production tubing, which we probably haven't really talked much
15:09    3    about.  This is the conduit that the hydrocarbons flow through
15:09    4    from the bottom of the well to the top of the wellbore.  The
15:09    5    production casing, which is the blue -- this is our 9 7/8 by
15:09    6    7-inch right here.  This gray is our drilling casing or
15:09    7    intermediate casing.
15:09    8            What you see at different annuli between the
15:09    9    casing strings -- this is called the B annulus, this is called
15:09    10   the A annulus.
15:09    11           So as hydrocarbons flow and heats the system up,
15:09    12   the fluid that's in between the B annulus has no place to
15:09    13   physically go as it heats up.  Therefore, it tries to expand.
15:09    14   Since there's no outlet for that fluid to move to, it will put
15:09    15   a very high burst load on the drilling casing and a very high
15:09    16   collapse load on the production casing.
15:09    17   BY MR. KEEGAN:
15:09    18   Q.   That's one of the collapse loads that you analyzed in your
15:09    19   analysis?
15:09    20   A.   Yes.
15:09    21   Q.   Let's talk about factor of safety.
15:09    22           MR.KEEGAN:  If we pull up TREX-8098.11.2.
15:09    23   BY MR.KEEGAN:
15:09    24   Q.   Can you explain what looks to be a relatively simple
15:10    25   formula for the Court, please.

DAVID LEWIS - DIRECT

15:10  1  **A.**   Yeah.   As we talked about, we always want to make sure
15:10  2  that strength is greater than load, which dictates a proper
15:10  3  design.  So the factor of safety is nothing more than the
15:10  4  strength value divided by the load value, which is kind of a
15:10  5  numerical number that tells you how much greater is the
15:10  6  strength over the load.
15:10  7  **Q.**   Mr. Lewis, did you analyze the factor of safety for the
15:10  8  production casing in the design of the Macondo well?
15:10  9  **A.**   Yes, I did.
15:10  10  **Q.**   What modeling program did you use to conduct your review
15:10  11  of that design?
15:10  12  **A.**   Yeah.   We used an industry-standard modeling program,
15:10  13  called WELLCAT, and Stress Check as well as internal
15:10  14  proprietary software as well.
15:10  15  **Q.**   Did you reach an opinion about the long-string casing
15:10  16  design of the Macondo production casing?
15:10  17  **A.**   Yes.  Basically, the long-string design at Macondo was
15:10  18  adequately designed.  In fact, the factors of safety are all
15:10  19  above allowable.  You could actually say the Macondo long
15:10  20  string is actually overdesigned.
15:11  21  **Q.**   Let's look briefly at 8098.19.1 from your report.
15:11  22         Are these the factors of safety for the production
15:11  23  casing as designed for the Macondo well?
15:11  24  **A.**   Yes, they are.
15:11  25  **Q.**   You said that those factors of safety are in excess of

8323

DAVID LEWIS - DIRECT

15:11     1    industry standards.  How do you know that?

15:11     2    A.   That's correct.

15:11     3         Well, Blade does an awful lot of these designs for

15:11     4    operators around the world, so we see what different operators

15:11     5    actually use.  We have our own in-house set of factors of

15:11     6    safety we like to see.  They also are higher than the BP

15:11     7    factors of safety required within BP as well.

15:11     8         MR.KEEGAN:  If we look briefly at TREX-8098.19.2,

15:11     9    please.

15:11    10    BY MR.KEEGAN:

15:11    11    Q.   Mr. Lewis, are these Blade's recommended factors of safety

15:11    12    for design?

15:11    13    A.   Yes, they are.

15:11    14    Q.   For the production casing, the calculated factors of

15:11    15    design were all higher than Blade's recommended?

15:11    16    A.   That's correct.  Which means the design is adequate or you

15:11    17    could actually it's say slightly overdesigned.

15:12    18    Q.   Did you also examine the liner that was proposed to be

15:12    19    used in the Macondo well?

15:12    20    A.   Yes, we did.

15:12    21    Q.   What was the factor of safety for that design?

15:12    22    A.   They all were greater than the allowable.

15:12    23    Q.   What does your analysis tell you about whether there is a

15:12    24    valid engineering reason or basis to challenge the design of

15:12    25    either the long string or the liner production casing?

8324

**DAVID LEWIS - DIRECT**

15:12   1   **A.**   When you look at the factors of safety for the long

15:12   2   string, they all show that the factors of safety are greater

15:12   3   than the industry standards, greater than what BP requires, and

15:12   4   greater than what our company requires.  So you basically

15:12   5   conclude that the design is actually adequate.

15:12   6   **Q.**   What does your analysis tell you about the basis of design

15:12   7   for both the liner and the long string as compared to industry

15:12   8   standards?

15:12   9   **A.**   Yeah, what we did, we looked at the long string and we

15:12   10   also looked at the liner and tieback openings as well.  Both

15:12   11   designs were totally adequate.  Both designs are used many

15:12   12   times in the industry, not only in the Gulf of Mexico but on

15:12   13   worldwide basis.

15:13   14   **Q.**   Mr. Lewis, do you recall how many casing strings were

15:13   15   originally planned for the Macondo well by BP's internal team?

15:13   16   **A.**   There were seven.

15:13   17   **Q.**   Was one of those casing strings a contingency liner?

15:13   18   **A.**   That's correct.

15:13   19   **Q.**   What is a contingency liner?

15:13   20   **A.**   Well, a contingency liner -- a liner is a piece of pipe

15:13   21   that doesn't actually go back to surface.  It actually drops

15:13   22   out of or hangs out of the bottom of a previous casing string.

15:13   23   A contingency liner is kind of what the name implies, a

15:13   24   contingency.  It may or may not be used.

15:13   25   When you drill exploration wells, there's always a

**DAVID LEWIS - DIRECT**

15:13  1    lot of uncertainty relative -- around the loads you're going to
15:13  2    see, the events you are going to see.  Therefore, you want to
15:13  3    make sure you have contingencies or additional casings that you
15:13  4    can put in the wellbore to reach the reservoir.
15:13  5    Q.   Is it your opinion that having a contingency liner in a
15:13  6    wellbore plan is industry standard?
15:13  7    A.   Yes.  For exploration wells, you have to have contingency
15:13  8    liners.  You would be foolish not to.  You would be foolish to
15:13  9    try to drill a deepwater well in an exploration area without
15:14  10   some kind of contingency liner planned.
15:14  11   Q.   They had seven or eight, counting the contingency liner in
15:14  12   the original plan.
15:14  13        How many casing strings did BP end up installing at
15:14  14   the Macondo well?
15:14  15   A.   They installed nine strings.
15:14  16   Q.   If we look at TREX-4166.15.1, does it surprise you that
15:14  17   the casing design as installed was different than the one that
15:14  18   BP had originally planned?
15:14  19   A.   No.  In fact, it would surprise me if it wasn't different
15:14  20   based on the fact that it's an exploration well.
15:14  21   Q.   Mr. Lewis, we talked about long string versus liner.  I
15:14  22   want to not necessarily talk about a liner with a tieback,
15:14  23   which is yet another option, but let's focus on the long string
15:14  24   and the liner.
15:14  25        **MR. KEEGAN:**  If we can pull up D-4857, please.

**DAVID LEWIS - DIRECT**

15:14   1   **BY MR. KEEGAN:**

15:14   2   **Q.**   Mr. Lewis, can you tell me how many barriers to annular

15:15   3   flow a long string provides?

15:15   4   **A.**   Yes.  This left-hand side is the long string, as you see

15:15   5   the 9 7/8 crossed over to our 7-inch here.  So we have one

15:15   6   barrier at the bottom for cement.  We have a second barrier at

15:15   7   the top, which is what's known has a seal assembly, that sits

15:15   8   in the wellhead.

15:15   9   **Q.**   How many barriers to annular flow does a liner provide?

15:15   10   **A.**   The same number, two.  You have the cement at the bottom,

15:15   11   and we have what's known as a liner top packer, which sits

15:15   12   right here, and that is the secondary barrier with a liner.

15:15   13   **Q.**   Thank you, Mr. Lewis.

15:15   14       So both the liner and the long string have the same

15:15   15   number of barriers to annular flow?

15:15   16   **A.**   That's correct.

15:15   17   **Q.**   Have you had experience in your time at Mobil or your time

15:15   18   as an independent contractor or at Blade Energy in designing

15:15   19   both long strings or liners?

15:15   20   **A.**   Yes, I have.

15:15   21   **Q.**   In your opinion, are either a liner or a long string

15:16   22   acceptable for deepwater wells in the Gulf of Mexico?

15:16   23   **A.**   They are both very viable, not only in the Gulf of Mexico,

15:16   24   but we do it worldwide.  So it's pretty much one versus the

15:16   25   other.  The long string has some advantages in terms of

DAVID LEWIS - DIRECT

15:16    1    mechanical equipment and the APB issue as well.  The long
15:16    2    string gets us out of that problem versus the liner kind of
15:16    3    puts us in that APB problem.
15:16    4    Q.   Let's talk briefly about liners and long strings in the
15:16    5    Gulf of Mexico and then move on to your view on which is better
15:16    6    between a liner or a long string.
15:16    7         Did you have a chance to review Appendix O of BP's
15:16    8    Bly report?
15:16    9    A.   Yes.
15:16   10         MR. KEEGAN:   TREX-2.17.8.1, please, and .2, please.
15:16   11    There you go.
15:16   12    BY MR. KEEGAN:
15:16   13    Q.   In your experience -- 30 years of experience designing
15:16   14    deepwater wells, is the representation in this chart about the
15:16   15    number of liners and long strings consistent with your
15:17   16    experience?
15:17   17    A.   Yes.  This chart shows 57 and 36, very representative.  If
15:17   18    I was to guess, I would probably say more 50/50, I guess.  But
15:17   19    that doesn't surprise me at all.
15:17   20    Q.   I note here ExxonMobil, the fourth column over, indicates
15:17   21    that all of their wells in the area around the Mississippi
15:17   22    Canyon was a long string.  Does that surprise you?
15:17   23    A.   No.
15:17   24    Q.   You mentioned briefly that you think the long string has
15:17   25    some advantages as compared to a liner.  What are those

DAVID LEWIS - DIRECT

15:17    1    advantages?

15:17    2    A.    The long string has two advantages.  Mainly, with the

15:17    3    liner and tieback, you have what's known as a polishable

15:17    4    receptacle on the seal assembly, which actually is a physical

15:17    5    attachment point between the liner and the tieback.  Also with

15:17    6    a tieback situation, you're guaranteed to have an APB problem

15:17    7    in the well.

15:18    8    Q.    Mr. Lewis, APB is annular pressure buildup, that slide we

15:18    9    looked at earlier?

15:18   10    A.    Annular pressure buildup, that's correct.

15:18   11    Q.    Can you mitigate for APB issues?

15:18   12    A.    Yes, you can.  There's a large number of different

15:18   13    mitigation ways we do.  The way BP actually mitigated it was

15:18   14    actually the use of burst discs, ruptured discs.

15:18   15    Q.    And you know that -- whether or not BP mitigated for

15:18   16    potential annular pressure buildup issues at the Macondo well?

15:18   17    A.    Yes, they did.

15:18   18    Q.    Did you review BP's annular pressure buildup mitigation

15:18   19    documents?

15:18   20    A.    Yes, I did.

15:18   21    Q.    In your opinion, did BP properly evaluate and mitigate

15:18   22    potential annular pressure buildup concerns with their design?

15:18   23    A.    Yes.

15:18   24    Q.    Mr. Lewis, if annular pressure buildup concerns are

15:18   25    properly mitigated, does the long string provide any other

**DAVID LEWIS - DIRECT**

| | | |
|---|---|---|
| 15:18 | 1 | advantages, in your opinion? |
| 15:18 | 2 | A.   The long string does not have the polishable receptacle |
| 15:18 | 3 | and seal assembly to connect the liner tieback.  You don't have |
| 15:18 | 4 | that piece of equipment. |
| 15:18 | 5 | Typically on deepwater wells, the kind of general |
| 15:19 | 6 | rule is "keep it simple."  So the less equipment you put |
| 15:19 | 7 | downhole, the better off you usually are. |
| 15:19 | 8 | Q.   Mr. Lewis, as part of your analysis, did you did evaluate |
| 15:19 | 9 | and analyze the strength of the production casing in BP's well |
| 15:19 | 10 | design? |
| 15:19 | 11 | A.   Yes, I did. |
| 15:19 | 12 | Q.   As part of that analysis that you did -- was part of that |
| 15:19 | 13 | analysis that you did understanding -- let's start over. |
| 15:19 | 14 | Was understanding the strength of the production |
| 15:19 | 15 | casing a necessary part of your opinions that you reached in |
| 15:19 | 16 | this matter? |
| 15:19 | 17 | A.   That's correct. |
| 15:19 | 18 | MR. KEEGAN:  Can we take a look at D-4920, please. |
| 15:19 | 19 | BY MR. KEEGAN: |
| 15:19 | 20 | Q.   Mr. Lewis, can you explain to the Court what you have |
| 15:19 | 21 | represented -- what you have put together on D-4920? |
| 15:19 | 22 | A.   Yeah.  What you see right here is more or less the two |
| 15:19 | 23 | different strings, the 7-inch, 32-pound C110, and the |
| 15:19 | 24 | 9 7/8 62.80 pound per foot Q125, the two strings that were used |
| 15:20 | 25 | in the analysis, whether it be a long string or liner tieback. |

DAVID LEWIS - DIRECT

15:20  1          We have our burst pressures -- now, these are
15:20  2     actually strength values now -- and our collapse strengths.
15:20  3          What we have is kind of two members of our industry.
15:20  4     We have what's known as kind of the working pressure or the
15:20  5     rating associated with the material, as you can see, for the
15:20  6     burst and for the collapse.  Then we have what's known as the
15:20  7     ultimate capacity, the ultimate burst and the ultimate
15:20  8     collapse.
15:20  9          We always design around the working pressure burst
15:20  10    right here.  In fact, all the analysis, all the factors of
15:20  11    safety are based on the working pressure burst limit.  But in
15:20  12    reality, you do know that you have a lot more capacity in terms
15:20  13    of its strength.  And that's these numbers out here for burst
15:20  14    and out here for collapse.
15:20  15    Q.   So, Mr. Lewis, if you had a pressure of 13,000 psi for the
15:20  16    7-inch 32-pound/foot C110, would that be sufficient to burst
15:20  17    that casing?
15:21  18    A.   No.  That pressure would be greater than the working
15:21  19    pressure, but it is not high enough to physically rupture the
15:21  20    casing.
15:21  21    Q.   Okay.  And that pressure value we are talking about,
15:21  22    that's not -- is that a static pressure, total pressure, or
15:21  23    pressure differential?
15:21  24    A.   Yeah, it's a differential pressure.  That's a good point
15:21  25    to bring out.  It's always important to realize that it's the

**DAVID LEWIS - DIRECT**

15:21   1   pressure on the inside minus the outside, or Delta P, as we

15:21   2   call it, differential pressure.

15:21   3   **Q.**   Mr. Lewis, I notice on this chart that it says 7-inch

15:21   4   C110.  BP installed 7-inch 32-pound HCQ110, correct?

15:21   5   **A.**   That's correct.  BP installed and said that the C110 --

15:21   6   they had installed what's known as a high-collapse Q125.  The

15:21   7   high-collapse Q125 is a material that is actually stronger than

15:21   8   the C110.  It has better material properties than C110 and is

15:21   9   actually more expensive than C110.

15:22   10          So if you were to more or less redo the analysis

15:22   11   based on the high-collapse Q125, all your factors of safety

15:22   12   would actually go up.

15:22   13   **Q.**   So what about these burst pressures, collapse pressures?

15:22   14   Would they go up or down?

15:22   15   **A.**   They would actually go up as well because these are all

15:22   16   strength values.

15:22   17          **MR. KEEGAN:**  If we look back at TREX-8098.19.1,

15:22   18   please.

15:22   19   **BY MR. KEEGAN:**

15:22   20   **Q.**   The factors of safety for the 7-inch here, would those go

15:22   21   up or go down?

15:22   22   **A.**   It would actually go up based on the ultimate capacity.

15:22   23          **MR. KEEGAN:**  Can we take a look at D-4919, please.

15:22   24   **BY MR. KEEGAN:**

15:22   25   **Q.**   Mr. Lewis, thank you for your testimony today.  I know

DAVID LEWIS - DIRECT

15:22  1    that we covered a variety of different things, but does this
15:22  2    slide represent a summary of your opinions and your testimony
15:22  3    here today?
15:22  4    A.   Yeah, it really does.
15:22  5            Both long string versus a liner and eventual tieback
15:22  6    is -- each option is acceptable.  They both are adequately
15:22  7    designed.  There's really no issues, there's no problems
15:23  8    associated with either option to go with.
15:23  9            Depending on the preference of the designer, the one
15:23  10   we use versus the other, they are both used extensively in the
15:23  11   Gulf of Mexico and on a worldwide scale.
15:23  12           MR. KEEGAN:  Your Honor, I pass the witness.
15:23  13           THE COURT:  Okay.  Plaintiffs.
15:23  14                        CROSS-EXAMINATION
15:23  15   BY MR. DEGRAVELLES:
15:23  16   Q.   Good afternoon, Dr. Lewis.  I'm John deGravelles.  I
15:23  17   represent the Plaintiffs' Steering Committee, and I have you on
15:23  18   cross-examination.
15:23  19           First of all, a couple things that you are not.  You
15:23  20   are not an expert in cementing; is that true?
15:23  21   A.   That's correct.
15:23  22   Q.   You are not an expert in well control?
15:23  23   A.   That's correct.
15:23  24   Q.   You do not offer an opinion in this case, do you, sir, as
15:23  25   to how the choice between long string and liner might have

**DAVID LEWIS - CROSS**

15:24  1  affected the cement job in this case?  Is that true?

15:24  2  **A.**   That's correct, sir.

15:24  3  **Q.**   You do not consider and have no opinion as to the relative

15:24  4  ease or difficulty of performing the cement work in a liner

15:24  5  versus long string, correct?

15:24  6  **A.**   That's correct.

15:24  7  **Q.**   You have no opinion as to how the choice between long

15:24  8  string and liner might have affected the issue of risk of

15:24  9  contamination or cement, correct?

15:24  10  **A.**   That's correct.

15:24  11  **Q.**   You have no opinion as to how the choice between long

15:24  12  string and liner might affect the possible pump rates that

15:24  13  could be used, correct?

15:24  14  **A.**   That's correct.

15:24  15  **Q.**   And how those pump rates might affect the cement job,

15:24  16  correct?

15:24  17  **A.**   That's correct.

15:24  18  **Q.**   You have no opinion about whether long string or liner

15:24  19  might be a design you could rotate during the cement job,

15:24  20  correct?

15:24  21  **A.**   That's correct.

15:24  22  **Q.**   You have no opinion about how the long-string-versus-liner

15:24  23  issue might affect the weight of the cement to be used; is that

15:24  24  true?

15:24  25  **A.**   Yes, sir.

**DAVID LEWIS - CROSS**

15:24   1   **Q.**   You have no knowledge or opinion as to who made the
15:25   2   decision at BP or who made it, period, as between long string
15:25   3   and liner at the Macondo well, correct?
15:25   4   **A.**   Yes.
15:25   5   **Q.**   You have no knowledge or opinion about how that decision
15:25   6   was made or over what period of time that decision was made,
15:25   7   correct?
15:25   8   **A.**   Yes.
15:25   9   **Q.**   You have no opinion as to why long string was chosen; is
15:25   10   that true?
15:25   11   **A.**   Yes.
15:25   12   **Q.**   You have no knowledge or opinion as to what factors were
15:25   13   considered or not considered in making the decision, correct?
15:25   14   **A.**   Yes.
15:25   15   **Q.**   You have no opinion as to the merits or lack of merits
15:25   16   regarding the decision-making process that was used in deciding
15:25   17   to do long string versus liner, correct?
15:25   18   **A.**   That's correct.
15:25   19   **Q.**   I understand you did not evaluate any of the casing points
15:25   20   above the production casing?
15:25   21   **A.**   That's correct.
15:25   22   **Q.**   And you did not evaluate various formation pore pressures
15:25   23   or frac gradients and how they played into the decision of long
15:25   24   string versus liner, correct?
15:25   25   **A.**   That's correct.

8335

**DAVID LEWIS - CROSS**

15:25   1   **Q.**   You did not consider whether, as a part of the
15:25   2   long-string-versus-liner issue, where the formation levels in
15:26   3   the open hole section were, correct?
15:26   4   **A.**   That's correct.
15:26   5   **Q.**   These things that I have talked about, which are cement
15:26   6   issues and bore stability and well control, those are issues
15:26   7   that should be considered in whether you use long string or
15:26   8   liner, correct?
15:26   9   **A.**   Those are issues that are relative around the borehole
15:26   10  design.  Yes.  I only focused on the tubular design of the
15:26   11  well.
15:26   12  **Q.**   I understand, and that's kind of my point.  These issues
15:26   13  are important.  When you are the engineer actually on the job
15:26   14  doing the decision between long string and liner, you want to
15:26   15  consider these other issues of bore stability, cement, where
15:26   16  the formations are, and how that should influence your decision
15:26   17  of long string versus liner, correct?
15:26   18  **A.**   Well, you would consider any type of operational concerns,
15:26   19  rig issues.  Any type of concerns you would have would be part
15:26   20  of the decision-making process, I would think, yes.
15:27   21  **Q.**   These are -- these kinds of issues are issues that you did
15:27   22  not consider in your very, very narrow opinion, correct?
15:27   23  **A.**   Yes.  I looked at the structural integrity and the
15:27   24  structural reliability of the design.
15:27   25  **Q.**   But in a real job where you are considering all of these

**DAVID LEWIS - CROSS**

15:27  1   issues, you have people who would decide how those issues

15:27  2   affect the long-string-versus-liner issue, correct?

15:27  3   **A.**   You would have other people involved with the wellbore

15:27  4   design issues, say, the borehole stability, well control,

15:27  5   cementing fluids.  Those type of people would be involved, yes.

15:27  6   **Q.**   But that's not something that you would do typically?

15:27  7   **A.**   No, I would not do that.

15:27  8   **Q.**   Do I understand that you did not consider whether PBRs

15:27  9   were being considered for run on the Macondo well?

15:27  10  **A.**   Well, if you run a liner, you have a polishable receptacle

15:27  11  in the liner.  So if you ran the liner, the PBR would be there.

15:27  12  **Q.**   As you evaluated the long-string-versus-liner issue, you

15:27  13  only looked at the tubulars that were going to be used and did

15:28  14  not actually analyze any type of seal assembly or PBR system,

15:28  15  correct?

15:28  16  **A.**   Yes.  Did not analyze any type of equipment that's in the

15:28  17  wellbore, that's correct.

15:28  18  **Q.**   You talked about factors of safety, but the factors of

15:28  19  safety that you talked about, these have to do with production

15:28  20  loads, which is after the well is put into production, correct?

15:28  21  **A.**   That's correct.

15:28  22  **Q.**   These factors of safety that you talked about do not have

15:28  23  anything to do with the safety surrounding the cement job or

15:28  24  the temporary abandonment, correct?

15:28  25  **A.**   Yes.  The factor of the safety on the tubular mechanics

DAVID LEWIS - CROSS

15:28    1    part.

15:28    2    Q.    But to answer my question, it doesn't have anything to do

15:28    3    with the safety surrounding the cement job or the temporary

15:28    4    abandonment, correct?

15:28    5    A.    Yeah, no impact on the cement job.

15:28    6         MR. DEGRAVELLES:  Thank you, sir.

15:28    7              I pass the witness.

15:28    8         THE COURT:  United States.

15:28    9         MR. UNDERHILL:  If I'm not off in 5 or 10,

15:28   10    Your Honor, you're welcome to kick me off.  Not literally, I

15:28   11    hope.

        12                     CROSS-EXAMINATION

15:29   13    BY MR. UNDERHILL:

15:29   14    Q.    Good afternoon, Dr. Lewis, Mike Underhill from the

15:29   15    United States, and I have no cross-examination for you.

15:29   16    A.    Good afternoon.

15:29   17    Q.    Thank you very much.

15:29   18              I'm just going to show you a few documents.  I think

15:29   19    one you considered and I think three you haven't, and that's

15:29   20    going to be the extent of my questions.

15:29   21              I believe you cited in your report the application

15:29   22    for revised bypass which was submitted to MMS, which is

15:29   23    TREX-03527.  Is that the document cited in your report, sir?

15:29   24    A.    Yes, I believe so.

15:29   25         MR. UNDERHILL:  Could you go, Dawn, please, to the

DAVID LEWIS - CROSS

15:29  1   second- or third-to-last page.  I'm not sure what number it is

15:29  2   up there.  I will show you when you get to it.

15:29  3              Go to the last and then back up by two.  One

15:29  4   more back.  There we go.

15:29  5   BY MR. UNDERHILL:

15:29  6   Q.   Just for context, if we need to refer to this later on in

15:29  7   the trial, sir.  Can you see it?

15:30  8   A.   Yes.

15:30  9              MR. UNDERHILL:  Actually, go to the bottom, please.

15:30  10  BY MR. UNDERHILL:

15:30  11  Q.   All I want to find out is the 9-7/8 by 7 casing, or

15:30  12  whatever the dimensions were you were talking about here, is

15:30  13  that this section here, sir?

15:30  14             MR. UNDERHILL:  Dawn, could you pull that down,

15:30  15  please.

15:30  16             THE WITNESS:  No.  I think that's the 9 7/8-inch

15:30  17  liner that was in the wellbore.

15:30  18             MR. UNDERHILL:  Got it.  Move it up.

15:30  19  BY MR. UNDERHILL:

15:30  20  Q.   Why don't you do this.  Can you use the pointer and just

15:30  21  show us which section you are talking about.

15:30  22             MR. UNDERHILL:  Can I approach the witness with a

15:30  23  pointer?  It might be easier, Your Honor.

15:30  24             THE COURT:  I think he has a pointer.

        25

DAVID LEWIS - CROSS

15:30   1   BY MR. UNDERHILL:
15:30   2   Q.   Why don't you point up there.  That way --
15:30   3   A.   Like right here?
15:30   4   Q.   There you go.
15:30   5   A.   It says "Interval 7."
15:30   6   Q.   So No. 7.  And how about No. 8?  Is that part of the tube,
15:30   7   or is that open hole?
15:30   8   A.   Yeah, but this -- right, No. 7 is the 9 7/8 liner,
15:31   9   drilling liner, that was in the wellbore.  That's No. 7.
15:31   10          MR. UNDERHILL:  Got it.  Can we pull that up.
15:31   11   Actually, the 7/8, pull that out.  Thank you.
15:31   12   BY MR. UNDERHILL:
15:31   13   Q.   That's the section you are talking about, Dr. Lewis?
15:31   14   A.   Yes, that's correct.
15:31   15   Q.   Thank you.  I'm not going to having to ask you any
15:31   16   questions on that.
15:31   17          MR. UNDERHILL:  You can take the exhibit down,
15:31   18   please.
15:31   19              Another one, Dawn.  If you could put up, please,
15:31   20   TREX-01134.
15:31   21   BY MR. UNDERHILL:
15:31   22   Q.   My only question to you, sir, is -- I think -- I didn't
15:31   23   see this in your reliance or consideration materials.  That's
15:31   24   all I want to know, is whether you considered this document,
15:31   25   which is a management of change document, in rendering your

DAVID LEWIS - CROSS

15:31    1   opinions in this case.

15:31    2   A.   Can you make it a little bit wider?  Thank you.

15:31    3   Q.   This is the one where -- this is the management of change

15:32    4   concerning that last section that they cased?

15:32    5   A.   I have actually seen this document.  It doesn't really

15:32    6   impact anything that I did in terms of looking at the

15:32    7   structural integrity.

15:32    8   Q.   Got it.

15:32    9        MR. UNDERHILL:  Ms. Miller, could you pull the

15:32   10   section, "Risk/Mitigation," and do a fly-out with that, just

15:32   11   that paragraph.  I just want to make sure that we are good on

15:32   12   this.

15:32   13             Can you blow it up, possibly, and stretch it

15:32   14   out.  It's tough to see.

15:32   15   BY MR. UNDERHILL:

15:32   16   Q.   You might look up here, sir.  I don't know how your

15:32   17   eyesight is, if it's like mine.

15:32   18        My only question, did you rely upon this fold-out

15:32   19   paragraph on the exhibit in rendering your opinions in this

15:32   20   case?

15:32   21   A.   No.  ECD, or equivalent circulation density, doesn't

15:32   22   impact the design.

15:32   23   Q.   You didn't consider frac gradient or anything like that?

15:32   24   A.   No.

15:32   25        MR. UNDERHILL:  We can take that down.  Thank you.

**DAVID LEWIS - CROSS**

15:32    1              Could you pull up, Dawn, TREX-01256, please.

15:32    2              I'm sorry.  Negative.  0546.  TREX-00546.

15:33    3    BY MR. UNDERHILL:

15:33    4    Q.    It's going to be the same question.  It's an e-mail from

15:33    5    Ronnie Sepulvado, well site leader, April 16, 2010, to

15:33    6    Bob Kaluza, the guy who relieved him on the rig, and

15:33    7    Lee Lambert.

15:33    8              My only question to you is:  Did you consider this

15:33    9    particular e-mail, TREX-00546, in rendering your opinions in

15:33   10    this case?

15:33   11    A.    No.  I've never seen this document.

15:33   12              MR. UNDERHILL:  The final one, Dawn, is TREX-01220.

15:33   13    It's another e-mail.  Why don't we just pull out the top there.

15:33   14    This is from Michael Beirne.

15:33   15              Actually, could you go down to where it's the

15:33   16    Bodek one there, Dawn.  There you go.

15:34   17    BY MR. UNDERHILL:

15:34   18    Q.    Same question, sir.  Did you consider this document, which

15:34   19    is TREX-01220 -- the Bodek e-mail dated April 13, 2010, to

15:34   20    Michael Beirne, did you consider this document in rendering

15:34   21    your opinions in this case?

15:34   22    A.    No.  It wouldn't apply.

15:34   23    Q.    Final question.  Do you understand that when BP submitted

15:34   24    its revised application for bypass, that first document we

15:34   25    showed you, that BP was under an obligation to tell the truth

**DAVID LEWIS - CROSS**

15:34   1   when they submitted that document and make sure that the

15:34   2   information contained in the document was truthful and

15:34   3   accurate?

15:34   4   **A.**   I really don't know what the requirements are.  I assume

15:34   5   you always want to tell the truth, yes.

15:34   6           **MR. UNDERHILL:**  That's all I have.  Thank you very

15:34   7   much.  I pass the witness.

15:34   8           **THE COURT:**  Louisiana?

15:34   9           **MR. KANNER:**  No questions, Your Honor.

15:34   10          **THE COURT:**  Alabama?

15:34   11          **MR. SINCLAIR:**  No questions, Your Honor.

15:34   12          **THE COURT:**  Transocean?

15:35   13          **MR. BRIAN:**  No questions, Your Honor.

15:35   14          **THE COURT:**  We are on a roll here.

15:35   15              Halliburton?

15:35   16          **MR. BOWMAN:**  The PSC asked all my questions, so no

15:35   17   questions.

15:35   18          **THE COURT:**  Any redirect?

15:35   19          **MR. KEEGAN:**  As much as I would like to, Your Honor,

15:35   20   no.

15:35   21          **THE COURT:**  I think we have just established some

15:35   22   kind of record.

15:35   23              Thank you, sir.

15:35   24          **MR. LEGER:**  I think I taught them a lesson,

15:35   25   Your Honor.

15:35   1          THE COURT:  Or I did.

15:35   2                  Where are we?

15:35   3          MR. BROCK:  We are slow learners, but once it gets

15:35   4   through, we are good.

15:35   5                  Our next witness, Your Honor, is Mr. Lirette.

15:35   6   We are ready to proceed with him.

15:36   7          THE COURT:  He is going to be testifying as an

15:36   8   expert, or is he --

15:36   9          MR. BROCK:  He's testifying as a fact witness.

15:36  10          THE COURT:  I'm going to step off the bench about

15:36  11   five minutes while we get set up.  Let me know when he is here.

15:36  12          (Recess.)

15:42  13          THE COURT:  Please be seated, everyone.

15:42  14                  Mr. Regan.

15:42  15          MR. REGAN:  Good afternoon, Your Honor.  BP calls as

15:42  16   its next witness Mr. Brent Lirette.

15:42  17                          BRENT LIRETTE,

15:42  18   having been duly sworn, testified as follows:

15:42  19          THE DEPUTY CLERK:  State your full name and correct

15:42  20   spelling for the record, please.

15:43  21          THE WITNESS:  My name is Brent Lirette, B-R-E-N-T

15:43  22   L-I-R-E-T-T-E.

15:43  23                      DIRECT EXAMINATION

15:43  24   BY MR. REGAN:

15:43  25   Q.   Good afternoon, Mr. Lirette.  Can you tell the Court where

OFFICIAL TRANSCRIPT

BRENT LIRETTE - DIRECT

15:43    1    you live.

15:43    2    A.    I live in Cypress, Texas.

15:43    3    Q.    Where do you work?

15:43    4    A.    I work for Weatherford in Houston.

15:43    5    Q.    What is your job at Weatherford?

15:43    6    A.    Product line engineering manager for cement products.

15:43    7    Q.    Just to get right to it, are float collars one of the

15:43    8    areas underneath your organization at Weatherford?

15:43    9    A.    Yes, it is.

15:43   10    Q.    How long -- I just want to give your background quite

15:43   11    briefly.  But how long have you been involved in the cementing

15:43   12    products area, that meaning like cementing tools and those

15:43   13    types of things?

15:43   14    A.    Over 28 years.

15:43   15    Q.    Mostly with Weatherford?

15:43   16    A.    Yes.  Originally with Gemco, which was acquired by

15:43   17    Weatherford in 1992.

15:43   18    Q.    You have been involved in the actual design of a number of

15:44   19    these products; is that right?

15:44   20    A.    Yep.

15:44   21    Q.    In a minute we are going to talk just about the float

15:44   22    collar, some of the design issues.  But could you tell the

15:44   23    Court the involvement that you had personally with respect to

15:44   24    the development and design of a Weatherford product known as

15:44   25    the M45AP flow-activated mid-bore autofill float collar.

BRENT LIRETTE - DIRECT

15:44   1   **A.**   I was the manager of an engineering group that designed
15:44   2   the float collar.
15:44   3          **MR. REGAN:**  If we can put up TREX-2582.
15:44   4   **BY MR. REGAN:**
15:44   5   **Q.**   Actually, before I get there, are you a member of any API
15:44   6   committees, Mr. Lirette?
15:44   7   **A.**   Yes.  I'm a member of Committee 10.
15:44   8   **Q.**   Just for the Court, what is Committee 10 of the API?
15:44   9   **A.**   Cement, well cements.
15:44  10   **Q.**   Are you a member of the Society of Petroleum Engineers as
15:45  11   well?
15:45  12   **A.**   Yes, I am.
15:45  13   **Q.**   So I've put on the screen in front of you TREX-2582.  Do
15:45  14   you recognize this document, Mr. Lirette?
15:45  15   **A.**   Yes, I do.
15:45  16   **Q.**   It's about eight pages long, but what is it?
15:45  17   **A.**   It's a technical unit for the M45AP float collar.
15:45  18   **Q.**   The Court has seen this document before and heard some
15:45  19   testimony about float collars, but I would like to -- some of
15:45  20   the details that may be relevant to the Court's inquiry I would
15:45  21   like to go into.
15:45  22          **MR. REGAN:**  If we could go to page 2, so 2582.2.  I
15:45  23   have made larger there on the screen.
15:45  24   **BY MR. REGAN:**
15:45  25   **Q.**   Is that a picture of this M45 float collar?

BRENT LIRETTE - DIRECT

15:45  1    A.   Yes, it is.

15:45  2    Q.   Are you familiar with all of the pieces and parts of that

15:45  3    float collar, Mr. Lirette?

15:45  4    A.   Yes, I am.

15:45  5    Q.   Are you familiar with how that float collar is intended to

15:45  6    be used?

15:45  7    A.   Yes.

15:45  8    Q.   I would just like to get some detail then, if I could.

15:45  9         MR. REGAN:  I'm going to go, Donnie, if we could, to

15:45  10   the ELMO.  I'm going to have the same page, which we will mark

15:46  11   as 2582.2.A.

15:46  12   BY MR. REGAN:

15:46  13   Q.   Now, first, Mr. Lirette, just so -- I'm going to just work

15:46  14   from the top down.

15:46  15        The top of the float collar has what's called a

15:46  16   landing plate.  Do you see that?

15:46  17   A.   Yes.

15:46  18   Q.   What's the purpose of that area on the float collar?

15:46  19   A.   This is where the cementing plugs will land.

15:46  20   Q.   So those are not part of the float collar itself, are

15:46  21   they?

15:46  22   A.   The plugs are not part of the float collar.

15:46  23   Q.   The next thing we see here is what's called a composite

15:46  24   ball retainer right there.  What is that?

15:46  25   A.   The ball retainer holds the 2-inch ball in place as the

BRENT LIRETTE - DIRECT

| | | |
|---|---|---|
| 15:46 | 1 | casing is run downhole. |
| 15:46 | 2 | Q.   Then underneath it here we have this orange tube.  What do |
| 15:46 | 3 | you refer to that as? |
| 15:47 | 4 | A.   The autofill tube. |
| 15:47 | 5 | Q.   If I could zoom in, we see a series of little white dots |
| 15:47 | 6 | there.  Can you tell the Court what those are? |
| 15:47 | 7 | A.   Those are four brass shear screws. |
| 15:47 | 8 | Q.   Now, does Weatherford manufacture float collars that have |
| 15:47 | 9 | different numbers of those screws? |
| 15:47 | 10 | A.   Yes, we do. |
| 15:47 | 11 | Q.   Why would you have float collars that have four or some |
| 15:47 | 12 | that have three or some that have more? |
| 15:47 | 13 | A.   To change the conversion pressure. |
| 15:47 | 14 | Q.   What's the size of those shear screws? |
| 15:47 | 15 | A.   .19 inches.  And they are threaded. |
| 15:47 | 16 | Q.   I want to show a picture of those screws, and then we will |
| 15:47 | 17 | come back and talk about the purpose of them. |
| 15:47 | 18 | MR. REGAN:  Donnie, if we can go to TREX-87132. |
| 15:48 | 19 | BY MR. REGAN: |
| 15:48 | 20 | Q.   Can you describe for the Court what I have on the screen, |
| 15:48 | 21 | Mr. Lirette. |
| 15:48 | 22 | A.   Those are four .19-inch brass shear screws.  They're the |
| 15:48 | 23 | same ones that are used on the M45AP. |
| 15:48 | 24 | Q.   Very good. |
| 15:48 | 25 | THE COURT:  The .19 being the diameter? |

BRENT LIRETTE - DIRECT

15:48  1          THE WITNESS:  Yes.

15:48  2          THE COURT:  What's the length?  About a half-inch or

15:48  3    so?

15:48  4          THE WITNESS:  Approximately.

15:48  5    BY MR. REGAN:

15:48  6    Q.   Now, just for a question we will ask you in a minute, the

15:48  7    fact that they are threaded, what does that mean to you as the

15:48  8    person that helped design this product?

15:48  9    A.   The shear area is smaller than -- shear diameter is

15:48  10   smaller than .19 inches.

15:48  11   Q.   I think we can do it with this picture that's up on the

15:48  12   board.

15:48  13          What's the purpose of these shear pins or screws that

15:48  14   are at the top of that tube in the float collar?

15:48  15   A.   The purpose is to hold the tube in place until enough --

15:48  16   enough force is created to shear the screws and release the

15:48  17   autofill tube.

15:48  18   Q.   So these screws are actually designed to fail, which then

15:49  19   would release the tube through the float collar itself?

15:49  20   A.   Yes.

15:49  21   Q.   So how does the threaded aspect of them pertain, if at

15:49  22   all, to that process or that design?

15:49  23   A.   Well, the threads, of course, hold the screws in place.

15:49  24   And because they are threaded, you know, the shear area is less

15:49  25   than -- shear diameter is less than .19 inches.

OFFICIAL TRANSCRIPT

8349

BRENT LIRETTE - DIRECT

15:49    1            **MR. REGAN:**  Let's go back to the ELMO, to
15:49    2    TREX-2582.2.A.
15:49    3    **BY MR. REGAN:**
15:49    4    **Q.**   The Court has heard about these valves.  Could you just
15:49    5    describe in your own words -- what would you call those?
15:49    6    **A.**   Those are spring-loaded flapper valves.
15:49    7    **Q.**   It says here they are made out of aluminum; is that
15:49    8    correct?
15:49    9    **A.**   Yes.
15:49   10    **Q.**   Why in your design do you have those made out of aluminum?
15:49   11    **A.**   So that they are easily drilled with a PDC bit or other
15:49   12    bits such as roller cone bits.
15:49   13    **Q.**   Could you just elaborate a little bit more.  Why would you
15:50   14    have a float collar be made out of material that could be
15:50   15    easily drilled through?
15:50   16    **A.**   Because to drill further, to drill deeper, they have to
15:50   17    drill through the float equipment, remove the inner parts of it
15:50   18    to be able to continue drilling downhole and also to produce
15:50   19    the well.
15:50   20    **Q.**   That would be something that would happen later on in the
15:50   21    life of a well?
15:50   22    **A.**   Yes.
15:50   23    **Q.**   Being drillable just means you can actually, with a drill
15:50   24    bit, get through this material?
15:50   25    **A.**   Yes.

BRENT LIRETTE - DIRECT

15:50  1   **Q.**   If we go on down to the bottom, we have at the bottom of
15:50  2   this tube what's called a high-density phenolic ball.  Do you
15:50  3   see that right there?
15:50  4   **A.**   Yes.
15:50  5   **Q.**   What's the purpose of that ball, Mr. Lirette?
15:50  6   **A.**   That ball, as you are running it in, it actually is moved
15:50  7   up to the retainer so that flow can be diverted around it and
15:50  8   so that as you are running casing, the fluid from the well can
15:51  9   enter the casing and reduce surge pressures on the formation.
15:51  10            **MR. REGAN:**  Donnie, let's go to 2582.8.
15:51  11  **BY MR. REGAN:**
15:51  12  **Q.**   Do you see here, Mr. Lirette, in the same document, on the
15:51  13  far left side is a description -- it's a little bit hard to
15:51  14  see, but here, "running in hole" with the ball up here at the
15:51  15  top?
15:51  16  **A.**   Yes.
15:51  17  **Q.**   Is that what you were just describing?
15:51  18  **A.**   Yes.
15:51  19  **Q.**   What's the purpose of this product, as you know, when you
15:51  20  are running casing?  Why would you use an autofill tube, or
15:51  21  what's its intended purpose?
15:51  22  **A.**   By allowing flow into the casing, surge pressures on the
15:51  23  formation are reduced and you have less of a chance of breaking
15:51  24  down the formation and losing fluid and possibly well control.
15:51  25  **Q.**   Then the Court has seen this before.  But quickly, does

BRENT LIRETTE - DIRECT

15:51  1  this four sequences describe the way that then that tube is

15:52  2  ejected from the float collar device once you are ready to

15:52  3  cement?

15:52  4  A.   Yes.

15:52  5  Q.   Once you eject the tube, what's the purpose of the float

15:52  6  collar?

15:52  7  A.   After the tube is ejected, the flappers seal against the

15:52  8  seat and prevent the backflow of cement, wet cement, back into

15:52  9  the casing.

15:52  10  Q.   Does Weatherford market this device as a well control

15:52  11  barrier?

15:52  12  A.   No.

15:52  13  Q.   Does Weatherford market this device as a seal to

15:52  14  hydrocarbon flow?

15:52  15  A.   No.

15:52  16        MR. REGAN:   Let's go back, then, to the ELMO,

15:52  17  2582.2.A.

15:52  18  BY MR. REGAN:

15:52  19  Q.   Now, how does the ball stay inside the tube in the float

15:52  20  collar that we have been talking about?

15:52  21  A.   There is a ball seat with a diameter that's smaller than

15:52  22  the ball that holds the ball in place.

15:52  23  Q.   So where it says "ball seat" right here.  So basically a

15:52  24  smaller ring that holds the ball from coming out, correct?

15:53  25  A.   Yes.

BRENT LIRETTE - DIRECT

15:53   1   **Q.**   How is that ring held inside the tube?

15:53   2   **A.**   We have epoxy that holds it in place, plus we have four

15:53   3   .25-inch diameter brass pins that hold it in place.

15:53   4   **Q.**   It's abundantly obvious, but just to belabor it, the pins

15:53   5   that are at the bottom that are holding in the ball seat are

15:53   6   different than the shear pins that are at the top, correct?

15:53   7   **A.**   Yes.

15:53   8   **Q.**   They are thicker, correct?

15:53   9   **A.**   Yes.

15:53   10   **Q.**   They are not threaded, correct?

15:53   11   **A.**   That's right.

15:53   12   **Q.**   Are they stronger?

15:53   13   **A.**   Yes, more than twice as strong as the .19-inch threaded

15:53   14   screws.

15:53   15   **Q.**   Why did you design the product to have these very strong

15:53   16   pins at the bottom and epoxy on this ball seat but have these

15:54   17   threaded shear screws that are smaller at the top of the tube?

15:54   18   **A.**   So that the shear pins would shear before the seat would.

15:54   19   **Q.**   To be clear, the design of this product is to have these

15:54   20   pins fail when there's sufficient flow to eject the tube,

15:54   21   right?

15:54   22   **A.**   Yes.

15:54   23   **Q.**   There's been some questions about ejecting, whether this

15:54   24   ball can be ejected from this tube and leave the tube in place.

15:54   25                As one of the people that designed this product, do

OFFICIAL TRANSCRIPT

BRENT LIRETTE - DIRECT

15:54  1    you see that as a possible outcome?

15:54  2    A.   No.

15:54  3         MR. HILL:  Your Honor, I'm going to object.  This is

15:54  4    a fact witness being asked expert opinion.

15:54  5         THE COURT:  It does sound more like expert testimony

15:54  6    to me than fact testimony.

15:54  7         MR. REGAN:  Let me see if I can ask that question --

15:54  8    rephrase it, Your Honor.

15:54  9         MR. HILL:  I may stay on my feet.

15:54  10   BY MR. REGAN:

15:54  11   Q.   Why do you have thicker pins and epoxy at the bottom of

15:55  12   the tube of your float collar compared to what you have at the

15:55  13   top?

15:55  14   A.   So that the shear screws will shear at a much lower

15:55  15   pressure than it would take to break the seat from the autofill

15:55  16   tube.

15:55  17   Q.   In your work at Weatherford, have you ever heard of a

15:55  18   float collar having the ball blown through the bottom of it and

15:55  19   leaving the tube with the shear pins in the top?

15:55  20   A.   No.

15:55  21   Q.   Mr. Lirette, the first page --

15:55  22        MR. REGAN:  Donnie, if you can you go back to 2582.1.

15:55  23   First paragraph at the top.

15:55  24   BY MR. REGAN:

15:55  25   Q.   We have already talked about surge reducing, but there's

BRENT LIRETTE - DIRECT

15:56   1   also -- it says in the first sentence, it's "debris tolerant."
15:56   2           What does that mean, Mr. Lirette?
15:56   3   A.   When the float equipment was designed, we put as large of
15:56   4   a valve as we could to allow debris to come through the float
15:56   5   collar without plugging.
15:56   6   Q.   Let me now show you TREX-7598.19.
15:56   7           Now, Mr. Lirette, I don't know if you have seen this
15:56   8   picture before, but I will represent to you it's a picture from
15:56   9   some testing that Stress Engineering did for Transocean.  As
15:56  10   indicated in the picture, they glued the top of the float
15:56  11   collar to this device before the testing took place.
15:56  12           My question to you is quite simple.  Is what you see
15:56  13   there, as represented on that picture, is that the design of
15:56  14   the float collar?  Is that the way it's intended to be used?
15:57  15   A.   No.
15:57  16   Q.   Now, you did personally --
15:57  17           MR. REGAN:  Thank you, Donnie.
15:57  18   BY MR. REGAN:
15:57  19   Q.   You did personally observe some testing that was done by
15:57  20   Stress Engineering of Weatherford float collars, correct?
15:57  21   A.   Yes.
15:57  22   Q.   You observed that testing that was done for the BP
15:57  23   investigation team, correct?
15:57  24   A.   Yes.
15:57  25   Q.   You were not a member of the BP investigation team, were

BRENT LIRETTE - DIRECT

15:57  1   you?

15:57  2   A.   I was not.

15:57  3   Q.   You were just there as an observer, correct?

15:57  4   A.   Yes.

15:57  5   Q.   Did you personally observe, Mr. Lirette, tests that were

15:57  6   run by Stress Engineering where they simulated the flow that

15:57  7   would be created from a pressure release of 3142 psi to zero?

15:57  8   A.   Yes.

15:57  9   Q.   Can you tell the Court what you personally observed

15:57  10  happened to the float collar when Stress Engineering ran that

15:57  11  test?

15:57  12  A.   The float equipment converted, and there was no damage to

15:57  13  the float equipment.  And, in fact, we did back-pressure tests,

15:57  14  and the float equipment held as designed.

15:57  15  Q.   You were there when they ran that test?

15:58  16  A.   Yes.

15:58  17       MR. REGAN:  Those are all the questions I have,

15:58  18  Your Honor.

15:58  19       THE COURT:  All right.  Plaintiffs.

15:58  20       MR. BREIT:  Very few, Your Honor.

15:58  21            CROSS-EXAMINATION

15:58  22  BY MR. BREIT:

15:58  23  Q.   My name is Jeffrey Breit and I represent the PSC and I

15:58  24  have you on cross-examination.  Just a few questions, if I

15:58  25  could, please, Mr. Lirette.

OFFICIAL TRANSCRIPT

BRENT LIRETTE - CROSS

15:58   1          The float collar that we have been talking about, as
15:58   2   designed by you -- and before I start, let me back up for a
15:59   3   half a second.
15:59   4          I don't mean to open any doors about expert testimony
15:59   5   that the Court has excluded based on earlier rulings.  I'm
15:59   6   going to try to narrow my questions to factual questions
15:59   7   related to what's been asked on direct and try to limit myself.
15:59   8   And if we get into an expert opinion, I might stop you just to
15:59   9   make sure that we don't go too far, if that's all right.
15:59   10         The float collar that was designed and being used, it
15:59   11  has a certain pounds-per-square-inch limit, does it not, as
15:59   12  designed, where it could be pushed beyond its limits and
15:59   13  possibly fail?
15:59   14  A.   Yes.
15:59   15  Q.   It's my understanding that that particular float collar
15:59   16  that was being used on the Macondo well had a limit of
15:59   17  somewhere around 1300 pounds per square inch where there was a
15:59   18  risk that the float collar could be damaged.  Is that right?
15:59   19  A.   No.
16:00   20  Q.   What was the number that you understood prior to April 20,
16:00   21  2010, where the float collar could possibly be damaged?
16:00   22  A.   If you mean --
16:00   23  Q.   For purposes of conversion.  It wouldn't convert.  Was
16:00   24  there a pounds per square inch that there was a risk it might
16:00   25  damage the flappers?

BRENT LIRETTE - CROSS

16:00  1   **A.**   The -- first of all, I'm not sure how you could get the
16:00  2   pressure above 1300 psi, for instance, to convert the autofill
16:00  3   tubes because they shear out at 500 to 700 psi.
16:00  4   **Q.**   Did you understand that, on this particular well, in
16:00  5   attempts to convert, BP ran the pressure up to 3142 pounds per
16:00  6   square inch?
16:00  7   **A.**   Yes.
16:00  8          **MR. REGAN:**   Your Honor, just from a standpoint of the
16:00  9   witness to be mindful of the scope that he is in.  We have not
16:01  10  put him on as to anything about the accident at the well, just
16:01  11  about how the device works.
16:01  12         **MR. BREIT:**   And if the device was pushed beyond its
16:01  13  limits as designed by this man, it is a narrow area and I'm
16:01  14  trying not to expand it beyond that.
16:01  15         **THE COURT:**   It sounds like you are about to.  Right?
16:01  16         **MR. BREIT:**   I'm trying to keep it within one step
16:01  17  below, Your Honor.
16:01  18         **THE COURT:**   Re-ask the question.
16:01  19  BY MR. BREIT:
16:01  20  **Q.**   Did you understand that on the Macondo well, that BP took
16:01  21  the pressure up to 3142 pounds per square inch?
16:01  22  **A.**   Yes.
16:01  23  **Q.**   Did you understand that prior to taking the pressure up to
16:01  24  3142 pounds per square inch that a BP representative,
16:01  25  Mr. Morel, spoke to someone at Weatherford about whether the

BRENT LIRETTE - CROSS

16:01  1   risks are of damaging the float collar?

16:01  2              MR. REGAN:  Your Honor, I object, because the witness

16:01  3   does have an understanding from expert work he did after the

16:01  4   fact.  He had no involvement in Macondo as a fact witness.  So

16:02  5   he knows these things as an expert, but that's the only basis

16:02  6   in which he knows them from after the fact.  He was not a fact

16:02  7   witness to any of the events that Mr. Breit is referring to.

16:02  8              MR. BREIT:  And my point, Your Honor, is -- and I

16:02  9   don't want to belabor it either -- Mr. Regan put on this

16:02  10  witness as the designer of this particular float collar as it

16:02  11  was designed in his expert capacity as a designer.  And it's

16:02  12  part of the --

16:02  13             THE COURT:  But he hasn't talked about -- you're

16:02  14  trying to go into what actually occurred or might have occurred

16:02  15  on the rig that night.  And that seems to be beyond --

16:02  16             I'm going to sustain the objection.

16:02  17  BY MR. BREIT:

16:02  18  Q.   All right.  Let me ask this question:  Is the float collar

16:02  19  as designed by you supposed to convert prior to 3142 pounds per

16:02  20  square inch of pressure?  It was designed to convert those

16:02  21  flappers and the ball, all of that, to be moving through the

16:03  22  pipe at a pressure somewhere closer to 1300 psi, wasn't it?

16:03  23  A.   If that pressure is transmitted to the autofill tube and

16:03  24  the ball seat.

16:03  25  Q.   And if it is, it's supposed to work somewhere below

OFFICIAL TRANSCRIPT

BRENT LIRETTE - CROSS

16:03  1  1300 psi, correct?

16:03  2  A.   Yes, it will.

16:03  3  Q.   It's not intended to be designed to work at 3142 psi, is

16:03  4  it?

16:03  5  A.   It's designed to convert at 500 to 700 psi.

16:03  6  Q.   And there's a risk above 500 to 700 psi of damaging that

16:03  7  collar, correct?

16:03  8  A.   If something were to land or accumulate above the float

16:03  9  collar, it should withstand over 6000 psi.

16:03  10  Q.   But if you are not sure whether or not the flappers have

16:03  11  converted, there's a way to test that with a test packer, isn't

16:03  12  there?

16:03  13        MR. REGAN:  I object to that.  Perhaps you are

16:04  14  getting into the design of test packers and all the rest.

16:04  15        MR. BREIT:  I'm not.  I'm just trying to decide if

16:04  16  that is something that can be used with your designed float

16:04  17  collar to determine whether or not it has converted.

16:04  18        THE COURT:  I'll let him answer that if you can.

16:04  19        THE WITNESS:  It wouldn't be practical in the

16:04  20  situation to do that.

16:04  21  BY MR. BREIT:

16:04  22  Q.   It wouldn't be practical because of why, time?

16:04  23  A.   Yes, timewise.

16:04  24  Q.   It would take too much time to do?

16:04  25  A.   Yes.

BRENT LIRETTE - CROSS

16:04  1  **Q.**   And that's about what, a day and a half to test whether or

16:04  2  not it, in fact, converted?

16:04  3         **MR. REGAN:**   Your Honor, I just renew my objection,

16:04  4  because now we are asking him for his opinion on how long does

16:04  5  it take to run a packer into casing above a float collar to

16:04  6  test it.

16:04  7         **MR. BREIT:**   He was able to answer it, Your Honor,

16:04  8  with regard to time.  I'm trying to find out if the time is

16:04  9  10 minutes or a day and a half, and it's designed to work with

16:04  10 his system.

16:04  11        **THE COURT:**   Can you answer that, sir?

16:04  12 **BY MR. BREIT:**

16:04  13 **Q.**   It takes about a day and a half, doesn't it?

16:04  14 **A.**   I would say a day and a half would sound reasonable.

16:05  15 **Q.**   Now, also, the flappers or the autofill tube are supposed

16:05  16 to release, and Weatherford and you recommended it be used with

16:05  17 a circulation of 5 to 7 barrels per minute, correct?

16:05  18 **A.**   Yes.

16:05  19 **Q.**   And you understand that it was never circulated anywhere

16:05  20 near 5 to 7 barrels per minute, was it?

16:05  21        **MR. REGAN:**   Objection.

16:05  22        **THE COURT:**   Now you are going there again.

16:05  23        **MR. BREIT:**   Just as it's designed with this

16:05  24 particular piece of equipment.

16:05  25        **THE COURT:**   Sustain the objection.

BRENT LIRETTE - CROSS

16:05    1   **BY MR. BREIT:**
16:05    2   **Q.**   I'll ask this question:  It is designed to have
16:05    3   circulation of 5 to 7 pounds?
16:05    4              **THE COURT:**  He just answered that.
16:05    5              **MR. BREIT:**  Okay.  Lastly, Your Honor --
16:05    6   **BY MR. BREIT:**
16:05    7   **Q.**   Are you familiar with whether there were centralizers that
16:05    8   were also sent out by Weatherford with regard to this
16:05    9   particular equipment with your float collar?
16:05   10   **A.**   Yes.
16:05   11   **Q.**   Do you know how many centralizers were sent out?
16:05   12              **THE COURT:**  Don't we know that already?  We know
16:05   13   there were 15.
16:06   14              **MR. BREIT:**  We know there were 15 sent out on
16:06   15   April 16.
16:06   16              **THE COURT:**  We know the decision was made not to use
16:06   17   it.  We know all that.
16:06   18              **MR. BREIT:**  Yes, we do, Your Honor.
16:06   19   **BY MR. BREIT:**
16:06   20   **Q.**   Had you redesigned those particular centralizers at the
16:06   21   request of BP prior to April 20, 2010?
16:06   22   **A.**   We had redesigned the stop collars.
16:06   23   **Q.**   You had done that yourself, you had redesigned the stop
16:06   24   collars.  And those were the stop collars that were on the
16:06   25   centralizers that sent out to the Macondo; is that right?

BRENT LIRETTE - CROSS

16:06  1    **A.**    They were redesigned by people that worked for me.

16:06  2    **Q.**    After BP's request?

16:06  3    **A.**    At BP's request.

16:06  4    **Q.**    And those were the ones that were sent out on April 16, as

16:06  5    far as you know?

16:06  6    **A.**    Yes.

16:06  7             **MR. BREIT:**  That's all I have, Your Honor.

16:06  8             **THE COURT:**  Alabama?

16:06  9             **MR. SINCLAIR:**  No questions, Your Honor.

16:06  10            **THE COURT:**  Louisiana?

16:06  11            **MR. KRAUS:**  No questions, Your Honor.

16:06  12            **THE COURT:**  Transocean?

16:06  13            **MR. MILLER:**  I think you skipped the U.S.A.,

16:06  14   Your Honor.

16:06  15            **THE COURT:**  Oh, did I?

16:06  16            **MS. SHUTLER:**  It's quite all right.  No questions.

16:06  17            **THE COURT:**  That was not intentional.

16:06  18            **MR. UNDERHILL:**  Your Honor, I can understand how you

16:06  19   could miss me.

16:07  20            **THE COURT:**  No questions from the United States?

16:07  21            **MS. SHUTLER:**  No, Your Honor.

16:07  22            **THE COURT:**  Okay.  Thank you.  Sorry about that.

16:07  23                 Transocean?

16:07  24            **MR. MILLER:**  We don't have any questions for

16:07  25   Mr. Lirette.

OFFICIAL TRANSCRIPT

BRENT LIRETTE - CROSS

16:07  1          THE COURT:  Okay.  Halliburton?

16:07  2                    CROSS-EXAMINATION

16:07  3  BY MR. HILL:

16:07  4  Q.   Good afternoon, Mr. Lirette.  My name is Gavin Hill.  I

16:07  5  represent Halliburton, and I'm going to have you on

16:07  6  cross-examination.

16:08  7          MR. HILL:  Your Honor, may I proceed?

16:08  8          THE COURT:  Yes.

16:08  9          MR. HILL:  Can we bring up TREX-2582, please.  What I

16:08  10  would like to do is blow this up right here.

16:08  11  BY MR. HILL:

16:08  12  Q.   Now, Mr. Lirette, this is the TREX document or the

16:08  13  specification sheet for the M45AP float collar that you were

16:08  14  just discussing with BP's counsel, correct?

16:08  15  A.   Yes.

16:08  16  Q.   I would like to just talk and have you explain to the

16:08  17  Court what some of these things mean.  On this specification

16:08  18  sheet there is a performance section that says that there is a

16:08  19  back-pressure rating.  And given the size of this, of the float

16:08  20  collar that was used here, that back-pressure rating on this

16:08  21  particular unit was 5000 psi, correct?

16:08  22  A.   Yes.

16:08  23  Q.   And down here where it says "conversion pressure," this

16:08  24  standard conversion pressure you have been talking about of

16:09  25  500 to 700 psi, that's what this is identifying on the spec

OFFICIAL TRANSCRIPT

BRENT LIRETTE - CROSS

16:09  1    sheet, correct?

16:09  2    A.    Yes.

16:09  3    Q.    Can you tell the Court what the applicable flow rate is in

16:09  4    order to achieve that pressure differential?

16:09  5    A.    It's 5 to 8 barrels per minute.

16:09  6    Q.    Now, right below it there is an optional conversion

16:09  7    pressure, correct?

16:09  8    A.    Yes.

16:09  9    Q.    And that is at 300 to 400 psi conversion pressure,

16:09  10   correct?

16:09  11   A.    Yes.

16:09  12   Q.    Can you give the Court an idea of the circulation rates in

16:09  13   barrels per minute that would be used to convert this float

16:09  14   collar at 300 to 400 psi?

16:09  15   A.    I believe it's -- it would be below 5 barrels per minute.

16:09  16   Q.    Now, are you aware of whether this option to have this

16:09  17   optional float collar with this low conversion rate was

16:09  18   available in April of 2010 from Weatherford?

16:09  19   A.    I believe it was.

16:09  20   Q.    Are you aware of whether BP ever asked Weatherford to

16:09  21   order one of these float collars for use at the Macondo well?

16:10  22          MR. REGAN:   I object, Your Honor.   I think it's

16:10  23   outside the scope.

16:10  24          MR. HILL:   It's a fact question.

16:10  25          MR. REGAN:   Lack of foundation.

OFFICIAL TRANSCRIPT

BRENT LIRETTE - CROSS

16:10  1          THE COURT:  That's a fact question.

16:10  2          THE WITNESS:  I'm not aware.  I don't know.

16:10  3  BY MR. HILL:

16:10  4  Q.   Weatherford could have provided one of these for use at

16:10  5  Macondo, correct, in the optional conversion package?

16:10  6  A.   I think there was a problem in getting the equipment

16:10  7  manufactured, and it was actually purchased from another

16:10  8  source.

16:10  9  Q.   You sound like you are aware of conversations between BP

16:10  10 and Weatherford and the ordering of the float collar.  Is that

16:10  11 the case?

16:10  12 A.   I've only read some testimony.

16:10  13 Q.   We won't go there.

16:10  14          MR. HILL:  Let's go to the same document and the page

16:10  15 ending Bates 0472, please.

16:10  16          And, Your Honor, for the record, this is

16:10  17 TREX-2582.004.

16:11  18          And if we can pull this out at the top.

16:11  19 BY MR. HILL:

16:11  20 Q.   Now, this document, these are specifications that are

16:11  21 provided to the market so that customers such as BP can

16:11  22 understand the engineering specifications of the engineer and

16:11  23 pieces of equipment that they order, correct?

16:11  24 A.   Yes.

16:11  25 Q.   All right.  And right here in this specification, it

BRENT LIRETTE - CROSS

16:11   1   actually identified that the float collar can be ordered with

16:11   2   this optional conversion pressure of 300 to 400 psi, correct?

16:11   3   A.   Yes.

16:11   4          MR. HILL:  Go to the next page on this same document,

16:11   5   please.  Let's bring up this first paragraph under "Make-up On

16:11   6   Casing String."

16:11   7   BY MR. HILL:

16:11   8   Q.   Mr. Lirette, this document also says that the

16:11   9   flow-activated mid-bore autofill float collar should be run

16:11   10  with a Weatherford MudMaster shoe filter.

16:11   11         Why is that?

16:11   12  A.   The filter shoe filters out cuttings that could possibly

16:11   13  plug the float equipment.

16:12   14  Q.   This Court has heard a lot of discussion about debris.  Is

16:12   15  cuttings the same thing as debris or a type of debris you

16:12   16  expect when you run this float equipment in autofill mode?

16:12   17  A.   Yes.

16:12   18  Q.   Do you know if Weatherford ever sold a Weatherford

16:12   19  MudMaster filter shoe to BP for use on the Macondo well

16:12   20  production casing?

16:12   21  A.   I do not know.

16:12   22  Q.   You would agree with me, sir, that if you do not use a

16:12   23  MudMaster filter shoe or some type of filter shoe, that there

16:12   24  is a higher risk of getting debris in and across your float

16:12   25  collar even when you run it in an autofill mode, correct?

BRENT LIRETTE - CROSS

16:12    1    **A.**   Yes.

16:12    2             **MR. REGAN:**  I object as a hypothetical.

16:12    3             **MR. HILL:**  Your Honor, this goes to the design

16:12    4    specifications.

16:12    5             **THE COURT:**  All right.  Okay.  It sounds like an

16:12    6    expert question, but go ahead.  You got away with it.

16:13    7    **BY MR. HILL:**

16:13    8    **Q.**   Let's talk just briefly about -- you said you personally

16:13    9    witnessed some of the testing that was done at

16:13   10    Stress Engineering on float collars, correct?

16:13   11    **A.**   Yes.

16:13   12    **Q.**   So here's my question.

16:13   13             **MR. HILL:**  Let's bring up the same document, page

16:13   14    ending Bates 0476.

16:13   15             Your Honor, for the record, this is

16:13   16    TREX-2582.008.

16:13   17    **BY MR.HILL:**

16:13   18    **Q.**   And these, I think you went through with Mr. Regan, are

16:13   19    the sequences in converting the float collar.  Correct?

16:13   20    **A.**   Yes.

16:13   21    **Q.**   When you witnessed the testing -- when you witnessed the

16:13   22    testing at Stress Engineering, that was not done under the same

16:13   23    conditions that existed downhole at Macondo, correct?

16:13   24    **A.**   It only simulated the conditions.

16:13   25    **Q.**   Well, did it -- they didn't use debris or pack off debris

BRENT LIRETTE - CROSS

16:14    1    above the float collar or in this area right here to find out
16:14    2    what, if anything, that would do to the shearing capacity of
16:14    3    the autofill shear pins, right?
16:14    4    A.   There was no debris.
16:14    5    Q.   Now, getting back in this converted mode right here, when
16:14    6    those flapper valves are closed, it's tested to withstand a
16:14    7    back pressure of 500 psi, at least differential pressure,
16:14    8    correct?
16:14    9    A.   5000 psi.
16:14   10         MR. HILL:  And if we could go to TREX -- sorry,
16:14   11    Demonstrative 8015.
16:14   12    BY MR. HILL:
16:14   13    Q.   Now, you will have to excuse the crude drawing here of
16:14   14    anything and compare that to the Weatherford technical drawing,
16:14   15    but this right here, you understand, represents the float
16:14   16    collar, correct?
16:14   17    A.   Yes.
16:14   18    Q.   And this is the shoe track, correct?
16:14   19    A.   Yes.
16:14   20    Q.   If the float collar was converted during the negative
16:15   21    pressure test, how could it have transmitted 1400 psi to the
16:15   22    drill pipe?
16:15   23         MR. REGAN:  Objection.
16:15   24         THE COURT:  I'll sustain that objection.
16:15   25

OFFICIAL TRANSCRIPT

BRENT LIRETTE - CROSS

16:15   1   BY MR. HILL:

16:15   2   Q.   You would expect that a converted float collar would

16:15   3   withstand more than 5000 differential pressure from below in a

16:15   4   converted mode, wouldn't you?

16:15   5   A.   Yes.

16:15   6   Q.   In fact, it's rated to do just that, right?

16:15   7   A.   Yes.

16:15   8   Q.   And if -- well, I'll just leave it there.

16:15   9         MR. HILL:  Thank you, Your Honor.

16:15   10         THE COURT:  Back to BP.

16:15   11         MR. REGAN:  Put up TREX-7597.5.

16:15   12                    REDIRECT EXAMINATION

16:15   13   BY MR. REGAN:

16:15   14   Q.   Mr. Lirette, just in the bottom of the page, "Flow Surge

16:15   15   Conversion Tests" -- Mr. Lirette, this is just a written report

16:16   16   from Stress Engineering about the tests that you personally

16:16   17   observed.

16:16   18         Can you just read here in the bottom paragraph -- it

16:16   19   says:  When they did a flow surge conversion test, quote, the

16:16   20   rupture disc fractured at a pressure of approximately 3036 psi,

16:16   21   releasing a flow surge that reached a peak flow rate of

16:16   22   10.5 barrels per minute.

16:16   23         Did you observe that Mr. Lirette?

16:16   24   A.   Yes, I did.

16:16   25         MR. REGAN:  If we can go to the same exhibit, .6,

BRENT LIRETTE - REDIRECT

16:16  1   TREX-7597.6, top of the page.

16:16  2   **BY MR. REGAN:**

16:16  3   **Q.**   Did they do a second flow surge conversion test that you

16:16  4   observed?

16:16  5   **A.**   Yes.

16:16  6        **MR. HILL:**  And it's described there in the first full

16:16  7   paragraph.  Donnie, wherever your curser is, if you could just

16:16  8   highlight this.

16:16  9   **BY MR. HILL:**

16:16  10  **Q.**   Could you read for the Court, Mr. Lirette, what psi did

16:16  11  the rupture disc fracture at when Stress Engineering simulated

16:16  12  the surge in the testing of the float collar?

16:16  13  **A.**   3210 psi.

16:16  14  **Q.**   And what did that result in a flow rate of -- in terms of

16:17  15  the flow surge?

16:17  16  **A.**   11.5 barrels per minute.

16:17  17  **Q.**   And did the float collar convert in the first --

16:17  18       **MR. HILL:**  This is beyond the scope of anything I

16:17  19  asked the witness.  I didn't go into the surge pressures or

16:17  20  anything.  This is something he should have done on direct.

16:17  21  It's outside the scope of anything I asked the witness.

16:17  22       **MR. REGAN:**  I think he asked him about it.  I have

16:17  23  one more question, and I'm done.  He asked him about this

16:17  24  testing.  I just wanted to put the numbers in there.  He was

16:17  25  asking about pressures for conversion, and I am putting the

BRENT LIRETTE - REDIRECT

16:17  1   pressures for this testing conversion that this witness
16:17  2   personally observed.
16:17  3            THE COURT:  Is this document in evidence?
16:17  4            MR. HILL:  Yes.
16:17  5            MR. REGAN:  Yes, it is, Your Honor.
16:17  6            THE COURT:  All right.  Go ahead.  I'll let you ask
16:17  7   one more question.
16:17  8   BY MR. REGAN:
16:17  9   Q.   Did the float collars convert in each of these surge
16:17  10  tests, Mr. Lirette?
16:17  11  A.   Yes.
16:17  12           MR. REGAN:  Thank you, Mr. Lirette.
16:17  13           THE COURT:  Thank you, sir.
16:17  14               Next witness.
16:18  15           MR. BROCK:  Your Honor, Mike Brock for BP.  I wanted
16:18  16  to address a witness issue at this point, just to make a
16:18  17  proposal to the Court.
16:18  18           THE COURT:  Okay.
16:18  19           MR. BROCK:  Our next witness is Mr. Zatarain, who is
16:18  20  our BOP expert on batteries and solenoids.  We had talked about
16:18  21  that this morning, that we substituted him in when we let some
16:18  22  of our other witnesses go in response to the Court's suggestion
16:18  23  about Bly team members being duplicative, so we released
16:18  24  Mr. Corser and Mr. Cowie.  I am mentioning this because I want
16:18  25  to mention it in the context of Dr. Azar also.

16:18   1           So our team has conferred and we have talked

16:18   2   about this.  And if it's acceptable to the Court, we are

16:18   3   willing to drop Dr. Azar as one of our witnesses to present

16:19   4   live at trial.

16:19   5           And what I was going to propose is that we put

16:19   6   on Mr. Zatarain for direct.  He is available today.  We could

16:19   7   get going with him today, but to put him on for direct and

16:19   8   cross tomorrow.  If I release Dr. Azar, I do not have another

16:19   9   live witness for tomorrow.  So that's the issue that I'm

16:19  10   raising with the Court now, as we had planned for Dr. Azar for

16:19  11   tomorrow.

16:19  12           I would add that I think we have made very good

16:19  13   progress on our case.  I think we will easily finish within the

16:19  14   time that I suggested to the Court.  We may well even finish

16:19  15   next week in terms of what we are doing.

16:19  16           **THE COURT:**  Okay.  So it sounds like you are

16:19  17   proposing or suggesting that we resume with Mr. Zatarain in the

16:20  18   morning.

16:20  19           **MR. BROCK:**  Yes, sir.  That would be our only witness

16:20  20   tomorrow.

16:20  21           **THE COURT:**  How long do you expect he will take?

16:20  22           **MR. BROCK:**  I suspect he will be a half a day.

16:20  23   That's my best guess.  We are trying to do our exams

16:20  24   efficiently and get to the point.  We plan to do that with him

16:20  25   tomorrow.  I'm thinking he is probably a couple hours on direct

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
| 16:20 | 1  | and then cross.                                                     |
| 16:20 | 2  | THE COURT:  Any other -- I'm thinking of -- I was                   |
| 16:20 | 3  | hoping not to lose a half a day tomorrow.  Do we have any           |
| 16:20 | 4  | videos you could play?                                              |
| 16:20 | 5  | MR. BROCK:  I have some video that is before                        |
| 16:20 | 6  | Your Honor on a couple of the cement witnesses, where there are     |
| 16:20 | 7  | objections.                                                         |
| 16:20 | 8  | THE COURT:  I'm going to look at that this evening.                 |
| 16:20 | 9  | I haven't been able to look at that yet.  There's some             |
| 16:20 | 10 | objection from Halliburton.                                         |
| 16:20 | 11 | MR. GODWIN:  Just to a few lines in one deposition                  |
| 16:20 | 12 | only, Your Honor.                                                   |
| 16:20 | 13 | THE COURT:  How long will these depositions take?                   |
| 16:21 | 14 | MR. BROCK:  I think they're, in total, maybe 25 or                  |
| 16:21 | 15 | 30 minutes, not more than that.                                     |
| 16:21 | 16 | I apologize for not having a witness here.  We                      |
| 16:21 | 17 | have cut some witnesses.  And, of course, letting Dr. Azar go,      |
| 16:21 | 18 | that would have taken up a significant amount of time tomorrow.     |
| 16:21 | 19 | MR. GODWIN:  Your Honor, Don Godwin with Halliburton.               |
| 16:21 | 20 | Mr. Brock and I did talk about Dr. Azar.  We had                    |
| 16:21 | 21 | hoped to have him here, Halliburton had, but we are in              |
| 16:21 | 22 | agreement and have no objection to them releasing him.             |
| 16:21 | 23 | THE COURT:  Anybody else object?                                    |
| 16:21 | 24 | All right.  I guess that will be our plan.  We                      |
| 16:21 | 25 | will recess now until 8:00 in the morning.                         |

OFFICIAL TRANSCRIPT

16:21   1          (Proceedings adjourned.)

16:21   2                          * * *

3                    **CERTIFICATE**

4          I, Toni Doyle Tusa, CCR, FCRR, Official Court

5    Reporter for the United States District Court, Eastern District

6    of Louisiana, do hereby certify that the foregoing is a true

7    and correct transcript, to the best of my ability and

8    understanding, from the record of the proceedings in the

9    above-entitled matter.

10

11

12                                    *s/ Toni Doyle Tusa*
                                      Toni Doyle Tusa, CCR, FCRR
13                                    Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

'
'looks [1] 8292/7
'Well [1] 8294/17

.

.1.2 [1] 8295/21
.19 [6] 8347/15 8347/22 8347/25
 8348/10 8348/25 8352/13
.19 inches [3] 8347/15 8348/10 8348/25
.19-inch [2] 8347/22 8352/13
.2 [1] 8327/10
.25 [1] 8352/3
.25-inch [1] 8352/3
.4 [1] 8316/15
.6 [1] 8369/25

0

00546 [2] 8341/2 8341/9
01134 [1] 8339/20
01220 [2] 8341/12 8341/19
01256 [1] 8341/1
02771 [1] 8246/7
03527 [1] 8337/23
0472 [1] 8365/15
0476 [1] 8367/14
0546 [1] 8341/2

1

1.88.1 [1] 8276/24
10 [8] 8246/7 8253/2 8270/25 8282/5
 8302/11 8337/9 8345/7 8345/8
10 minutes [1] 8360/9
10-CV-02771 [1] 8246/7
10-CV-4536 [1] 8246/9
10-MD-2179 [1] 8246/4
10-minute [1] 8308/17
10.5 barrels [1] 8369/22
1000 [1] 8250/17
1001 [1] 8250/10
101 [1] 8247/16
11 [3] 8297/7 8297/10 8297/12
11.5 barrels [1] 8370/16
1100 [1] 8250/6
1110 [1] 8250/20
11:00 [1] 8299/2
11:30 [1] 8273/19
11:30 a.m [1] 8272/13
12-hour [1] 8264/3
1201 [2] 8250/3 8251/5
1243 [1] 8272/8
13 [1] 8341/19
13,000 psi [1] 8330/15
1300 [1] 8358/22
1300 pounds [1] 8356/17
1300 psi [2] 8357/2 8359/1
1308 [1] 8247/19
133 barrels [1] 8269/24
1331 [1] 8251/8
14 [5] 8258/25 8261/4 8261/10 8261/12
 8302/10
14-and-14 [2] 8258/25 8261/10
1400 [4] 8278/2 8278/8 8279/8 8280/9
1400 pounds [1] 8278/12
1400 psi [2] 8307/12 8368/21
14271 [1] 8248/22
1430 [1] 8273/21
15 [2] 8361/13 8361/14
15 minutes [1] 8282/5
1500 [1] 8273/2
16 [7] 8262/18 8266/9 8298/18 8313/8
 8341/5 8361/15 8362/4
1601 [1] 8247/3

1665 [1] 8251/8
16th [1] 8263/21 8287/7
1700 [1] 8251/5
1830 [1] 8279/8
1885 [1] 8249/12
19 [2] 8266/12 8268/12
1900 [3] 8269/1 8269/2 8269/16
1992 [1] 8344/17

2

2-inch [1] 8346/25
2.17.8.1 [1] 8327/10
20 [12] 8246/5 8262/15 8266/9 8271/11
 8272/17 8275/11 8296/22 8298/19
 8304/11 8304/19 8356/20 8361/21
20 years [1] 8311/20
2000 [1] 8311/22
20004 [2] 8248/22 8250/4
2002 [1] 8257/5
20044 [2] 8248/17 8249/6
2006 [1] 8258/7
2007 [1] 8260/4
2009 [1] 8261/1
2010 [12] 8246/5 8261/5 8262/15 8269/1
 8271/11 8275/11 8304/4 8341/5 8341/19
 8356/21 8361/21 8364/18
2011 [5] 8293/17 8293/19 8294/4
 8294/10 8295/15
2013 [2] 8246/7 8253/2
20th [4] 8263/3 8271/4 8272/12 8284/9
2110 [1] 8292/7
2143 [4] 8269/20 8269/23 8270/3
 8271/16
2152.1.1 [1] 8295/21
2157.2.1 [1] 8289/22
2159.1.1 [1] 8288/23
2179 [1] 8246/4
22 [1] 8303/6
22-inch [1] 8317/13
2211 [1] 8250/20
2216 [1] 8248/6
22311.270.1.PSC [1] 8295/3
22311.358.1.PSC [1] 8287/11
22nd [1] 8247/10
23451 [1] 8247/10
24 hours [2] 8263/20 8307/22
245 [1] 8302/10
246 [1] 8302/11
25 [3] 8246/14 8304/4 8373/14
2582 [3] 8345/3 8345/13 8363/9
2582.004 [1] 8365/17
2582.008 [1] 8367/16
2582.1 [1] 8353/22
2582.2 [1] 8345/22
2582.2.A [3] 8346/11 8349/2 8351/17
2582.8 [1] 8350/10
2615 [1] 8247/11
28 [1] 8344/14
28-inch [1] 8317/11
2900 psi [1] 8271/5
2:30 [3] 8273/21 8299/3 8299/12

3

30 [3] 8311/9 8311/12 8327/13
30 minutes [1] 8373/15
300 [4] 8249/23 8364/9 8364/14 8366/2
3000 psi [1] 8267/22
3036 psi [1] 8369/20
3089 [1] 8250/17
3142 [3] 8357/21 8357/24 8358/19
3142 pounds [1] 8357/5
3142 psi [2] 8355/7 8359/3
32 pounds [1] 8319/12

32-pound [3] 8319/4 8329/23 8331/4
320 [1] 8247/24
3210 psi [1] 8370/13
355 [1] 8250/14
35th [1] 8250/14
36 [1] 8327/17
36-inch [4] 8316/18 8316/19 8317/3
 8317/11
36028 [1] 8248/10
36130 [1] 8249/10
36604 [1] 8247/4
3668 [1] 8246/20
3700 [2] 8250/6 8250/10
3:00 [1] 8275/1
3:00 meeting [1] 8299/12
3:00 p.m [1] 8299/3

4

4 1/2 [1] 8258/1
4-19-2010 [1] 8269/1
4-20-10 [1] 8270/25
400 psi [3] 8364/9 8364/14 8366/2
402 [1] 8247/10
406 [1] 8251/10
41022.1.2 [1] 8273/18
4166.15.1 [1] 8325/16
4310 [1] 8248/3
435 [1] 8247/16
4363.4 [2] 8316/11 8316/23
4369 [1] 8263/9
450 [1] 8248/10
4536 [1] 8246/9
4857 [1] 8325/25
4858 [1] 8319/18
4859 [1] 8320/25
4919 [1] 8331/23
4920 [2] 8329/18 8329/21

5

5 barrels [2] 8271/7 8364/15
50 [1] 8327/18
50/50 [1] 8327/18
500 [6] 8246/20 8249/9 8251/10 8357/3
 8359/5 8359/6
500 psi [1] 8368/7
500 to [1] 8363/25
5000 [2] 8249/19 8369/3
5000 psi [2] 8363/21 8368/9
504 [1] 8251/11
5395 [1] 8248/10
556 [2] 8246/20 8303/5
57 [1] 8327/17
589-7778 [1] 8251/11

6

600 [3] 8247/10 8247/13 8250/17
6000 psi [1] 8359/9
601 [1] 8247/6
60654 [1] 8249/24
618 [1] 8247/22
62.80 [1] 8329/24
6280Q125 [1] 8319/3
673 barrels [1] 8271/5

7

7 pounds [1] 8361/3
7-5395 [1] 8248/10
7-inch [11] 8317/25 8318/2 8319/4
 8319/10 8321/6 8326/5 8329/23 8330/16
 8331/3 8331/4 8331/20
7/8 [1] 8339/11
700 psi [4] 8357/3 8359/5 8359/6
 8363/25

**7**

701 [2] 8249/16 8249/19
70113 [1] 8246/24
70130 [5] 8247/7 8247/13 8248/7
8249/17 8251/11
70139 [1] 8249/20
70163 [1] 8250/7
70360 [1] 8247/16
70458 [1] 8247/19
70501 [1] 8250/18
70502 [1] 8246/21
706.6 [1] 8269/20
708.1 [1] 8268/19
708.5 [1] 8268/25
70801 [1] 8247/23
70804 [1] 8249/13
75270 [1] 8251/5
759.1.1.TO [2] 8304/2 8304/17
7597.5 [1] 8369/11
7597.6 [1] 8370/1
7598.19 [1] 8354/6
7611 [1] 8248/16
77002 [1] 8250/10
77006 [1] 8248/4
77010 [1] 8251/8
77098 [1] 8250/21
7778 [1] 8251/11
7:00 until [1] 8270/3
7:30 a.m [1] 8263/13

**8**

8 barrels [1] 8364/5
8015 [1] 8368/11
8098 [2] 8316/6 8316/6
8098.1.1 [1] 8315/3
8098.11.1 [1] 8318/15
8098.11.2 [1] 8321/22
8098.19.1 [2] 8322/21 8331/17
8098.19.2 [1] 8323/8
8098.27.1 [1] 8311/24
8098.30.1 [1] 8313/10
8098.31.1 [1] 8313/24
8098.7.2 [1] 8311/8
820 [1] 8246/23
87132 [1] 8347/18
8:00 in [1] 8373/25
8:30 [3] 8283/10 8305/20 8307/9
8:52 [1] 8307/10

**9**

9 7/8 [5] 8317/25 8319/3 8321/5 8326/5
8339/8
9 7/8 62.80 [1] 8329/24
9 7/8-inch [2] 8318/1 8338/16
9-7/8 [1] 8338/11
90071 [1] 8250/14
94005 [1] 8249/13
94102 [1] 8248/11
9:00 [2] 8283/11 8305/20
9:00 p.m [1] 8307/10
9th [1] 8247/13

**A**

A annulus [1] 8321/10
a.m [2] 8263/13 8272/13
abandonment [11] 8273/11 8273/13
8286/5 8286/7 8286/10 8286/10 8286/11
8286/12 8320/13 8336/24 8337/4
ability [1] 8374/7
able [5] 8272/12 8284/1 8349/18 8360/7
8373/9
about [114] 8256/23 8258/8 8258/10

8259/1 8260/19 8261/5 8262/13 8264/24
8266/6 8267/4 8267/16
8269/10 8270/14 8272/8 8273/3 8274/16
8274/17 8277/11 8278/2 8278/7 8279/7
8280/11 8281/4 8281/7 8281/21 8282/11
8282/14 8282/23 8283/8 8284/6 8286/7
8286/10 8287/15 8288/16 8289/3
8290/19 8291/25 8292/7 8292/20 8293/4
8293/12 8295/19 8297/7 8298/2 8298/17
8299/1 8300/15 8304/12 8305/16 8305/5
8307/4 8307/8 8308/3 8308/17 8309/13
8316/3 8316/13 8318/7 8318/17 8321/3
8321/21 8322/1 8322/15 8323/23 8324/6
8325/21 8325/22 8327/4 8327/14
8330/21 8331/13 8333/18 8333/22
8334/5 8335/5 8336/18 8336/19 8336/22
8338/12 8338/21 8339/6 8339/13
8343/10 8344/21 8345/16 8345/19
8347/17 8348/2 8349/4 8351/20 8352/23
8353/25 8356/1 8356/4 8357/10 8357/11
8357/15 8357/25 8358/13 8360/1
8360/13 8362/22 8363/24 8366/14
8367/8 8369/16 8370/22 8370/23
8370/25 8371/20 8371/23 8372/2
8373/20
above [9] 8275/8 8322/19 8334/20
8357/2 8359/6 8359/8 8360/5 8368/1
8374/9
above-entitled [1] 8374/9
Abramson [1] 8247/5
Absolutely [1] 8264/19
abundantly [1] 8352/4
acceptable [3] 8326/22 8332/6 8372/2
accepted [1] 8314/12
access [2] 8262/22 8292/14
accident [2] 8290/20 8357/10
According [1] 8295/18
accounts [1] 8270/16
accumulate [1] 8359/8
accurate [1] 8254/16 8342/3
achieve [1] 8364/4
acquired [1] 8344/16
across [1] 8366/24
act [1] 8298/13
actions [1] 8266/6
activated [2] 8344/25 8366/9
activities [1] 8269/22
activity [3] 8267/8 8271/10 8271/13
acts [1] 8316/21
actual [2] 8292/22 8344/18
actually [51] 8275/4 8275/21 8277/15
8278/2 8292/23 8298/20 8300/10
8300/13 8301/23 8301/25 8312/2
8315/16 8315/18 8316/21 8317/2 8317/3
8317/14 8317/15 8317/20 8318/11
8319/22 8320/5 8322/19 8322/20 8323/5
8323/17 8324/5 8324/21 8324/21 8328/4
8328/13 8328/14 8330/2 8331/7 8331/9
8331/12 8331/15 8331/22 8335/13
8336/14 8338/9 8339/11 8340/5 8341/15
8345/5 8348/18 8349/23 8350/6 8358/14
8365/7 8366/1
add [1] 8372/12
addition [2] 8311/4 8313/4
additional [4] 8282/22 8309/22 8317/3
8325/3
address [3] 8259/17 8263/21 8371/16
adequate [3] 8323/16 8324/5 8324/11
adequately [2] 8322/18 8332/6
adjourned [1] 8374/1
Administration [1] 8257/2
admit [1] 8254/9
admitted [8] 8253/13 8253/21 8254/19

8254/25 8255/7 8255/9 8256/7 8316/4
8260/11 8262/7 8263/24
advance [1] 8293/19
advanced [3] 8313/23 8314/3 8314/4
advantages [5] 8326/25 8327/25 8328/1
8328/2 8329/1
advice [3] 8261/20 8299/23 8300/4
advised [1] 8262/20
affect [4] 8333/12 8333/15 8333/23
8336/2
affected [2] 8333/1 8333/8
after [21] 8257/6 8270/4 8272/10 8275/1
8277/17 8289/20 8292/13 8292/15
8293/8 8293/10 8293/24 8296/7 8296/17
8311/17 8312/12 8317/5 8336/20 8351/7
8353/3 8358/6 8362/2
afternoon [13] 8246/14 8253/1 8253/4
8253/15 8285/11 8297/25 8310/21
8332/16 8337/14 8337/16 8343/15
8343/25 8363/4
afterwards [1] 8296/11
again [4] 8255/3 8261/10 8310/7
8315/25 8360/22
against [2] 8317/23 8351/7
ago [2] 8272/14 8295/10
agree [5] 8285/23 8301/12 8301/14
8303/16 8366/22
agreed [1] 8303/24
agreement [2] 8310/18 8373/22
ahead [4] 8305/7 8310/9 8367/6 8371/6
aided [1] 8251/16
al [2] 8246/8 8246/11
Alabama [7] 8247/4 8249/7 8249/8
8249/10 8297/18 8342/10 8363/2
alarms [1] 8283/17
Algeria [3] 8260/7 8260/8 8260/12
all [59] 8253/12 8255/21 8256/7 8262/5
8265/16 8266/7 8266/10 8270/16
8270/22 8284/19 8285/5 8298/8 8298/10
8301/9 8303/9 8308/11 8308/23 8310/6
8310/17 8312/5 8312/21 8314/9 8315/24
8315/25 8316/4 8317/21 8318/22
8322/18 8323/15 8323/22 8324/2
8327/19 8327/21 8330/10 8330/10
8331/11 8331/15 8332/19 8335/25
8338/11 8339/24 8342/6 8342/16 8346/2
8348/22 8355/17 8355/19 8356/9 8357/1
8358/18 8358/21 8359/14 8361/17
8362/7 8362/16 8365/25 8367/5 8371/6
8373/24
ALLAN [1] 8249/15
allow [2] 8317/9 8354/4
allowable [2] 8322/19 8323/22
allowed [1] 8309/15
allowing [1] 8350/22
along [1] 8264/14
already [4] 8254/4 8291/24 8353/25
8361/12
also [23] 8253/22 8253/23 8254/14
8259/16 8263/4 8266/4 8267/1 8280/12
8287/18 8299/22 8313/10 8317/8
8320/16 8323/6 8323/18 8324/10 8328/5
8349/18 8354/1 8360/15 8361/8 8366/8
8371/25
aluminum [3] 8318/21 8349/7 8349/10
always [10] 8265/25 8285/2 8306/17
8314/23 8318/13 8322/1 8324/25 8330/9
8330/25 8342/5
am [5] 8258/17 8258/21 8285/25
8286/14 8286/18 8293/3 8297/10
8345/12 8346/4 8370/25 8371/24
AMERICA [8] 8246/10 8248/9 8248/13
8248/19 8249/3 8249/19 8249/22 8250/3
American [1] 8313/6 8313/14

**A**

among [1] 8274/17
amount [2] 8267/5 8270/21 8294/8
8373/18
amounts [1] 8259/5
analysis [11] 8315/21 8320/11 8321/19
8323/23 8324/6 8329/8 8329/12 8329/13
8329/25 8330/10 8331/10
analyze [6] 8318/18 8320/7 8322/7
8329/9 8336/14 8336/16
analyzed [1] 8321/18
analyzing [1] 8319/21
and -out [1] 8292/7
Anderson [16] 8280/20 8281/11 8281/15
8281/18 8281/24 8293/6 8298/7 8301/19
8302/2 8302/9 8303/21 8304/13 8304/17
8304/18 8305/3 8305/12
ANDREW [1] 8249/22
Angeles [1] 8250/14
animated [1] 8316/15
annular [18] 8275/8 8277/14 8280/24
8282/10 8302/14 8302/23 8309/24
8320/17 8320/23 8326/9 8326/15
8328/8 8328/10 8328/16 8328/18
8328/22 8328/24
annuli [1] 8321/8
annulus [5] 8267/3 8275/8 8321/9
8321/10 8321/12
another [8] 8278/16 8299/2 8320/16
8325/23 8339/19 8341/13 8365/7 8372/8
answer [9] 8291/8 8291/10 8294/22
8295/9 8301/6 8337/2 8359/18 8360/7
8360/11
answered [2] 8282/11 8361/4
ANTHONY [1] 8248/6
any [56] 8253/12 8253/20 8254/17
8254/24 8255/8 8255/21 8259/17
8259/17 8259/19 8260/16 8261/19
8261/22 8263/21 8264/5 8264/13
8264/21 8264/25 8265/19 8266/22
8270/14 8272/25 8273/9 8274/17
8282/21 8282/21 8282/23 8284/9
8286/18 8287/1 8287/6 8290/19 8290/23
8295/14 8298/13 8306/23 8307/15
8312/7 8313/5 8313/19 8314/20 8315/11
8318/14 8328/25 8334/19 8335/18
8335/19 8336/14 8336/16 8339/15
8342/18 8345/5 8356/4 8358/7 8362/24
8373/2 8373/3
anybody [3] 8262/9 8295/13 8373/23
anyone [5] 8268/9 8279/11 8281/18
8284/13 8301/15
anything [15] 8261/18 8262/10 8279/3
8307/4 8313/15 8336/23 8337/2 8340/6
8340/23 8357/10 8368/2 8368/14
8370/18 8370/20 8370/21
anywhere [1] 8360/19
APB [5] 8327/1 8327/3 8328/6 8328/8
8328/11
API [5] 8313/6 8313/7 8313/8 8345/5
8345/8
APLC [1] 8249/18
apologize [8] 8254/12 8279/23 8292/1
8295/2 8295/7 8296/18 8296/19 8373/16
appear [2] 8276/2 8278/6
appearance [1] 8261/25
Appearances [6] 8246/17 8247/1 8248/1
8249/1 8250/1 8251/1
appeared [1] 8265/14
appears [1] 8278/9
Appendix [1] 8327/7
Appendix O [1] 8327/7

applicable [1] 8364/3
application [3] 8317/7 8341/24
applied [1] 8267/7
Applies [1] 8246/6
apply [1] 8341/22
approach [5] 8259/12 8265/21 8265/22
8279/24 8338/22
appropriate [1] 8272/6
appropriately [1] 8310/4
approximately [4] 8258/1 8278/12 8348/4
8369/20
APRIL [27] 8246/5 8246/7 8253/2 8253/7
8261/5 8262/15 8262/18 8266/9 8266/9
8266/12 8268/12 8271/11 8272/17
8275/11 8296/22 8298/18 8298/19
8304/4 8304/11 8304/19 8341/5 8341/19
8356/20 8361/15 8361/21 8362/4
8364/18
April 13 [1] 8341/19
April 16 [6] 8262/18 8266/9 8298/18
8341/5 8361/15 8362/4
April 19 [2] 8266/12 8268/12
April 20 [11] 8262/15 8266/9 8271/11
8272/17 8275/11 8296/22 8298/19
8304/11 8304/19 8356/20 8361/21
April 25 [1] 8304/4
April 8 [1] 8253/7
are [161]
area [13] 8278/16 8279/19 8280/5
8283/19 8295/14 8325/9 8327/21
8344/12 8346/18 8348/9 8348/24
8357/13 8368/1
areas [1] 8344/8
around [17] 8253/7 8262/5 8267/22
8275/1 8275/7 8280/9 8281/3 8283/11
8302/18 8311/13 8323/4 8325/1 8327/21
8330/9 8335/9 8350/7 8356/17
Arrell [1] 8250/19
arrival [2] 8262/21 8266/8
as [159]
Asbill [1] 8250/8
ask [16] 8255/6 8264/17 8276/1 8282/7
8282/21 8284/8 8290/23 8294/21 8297/7
8339/15 8348/6 8353/7 8357/18 8358/18
8361/2 8371/6
asked [26] 8280/20 8281/4 8281/15
8281/21 8283/4 8286/25 8287/6 8292/6
8294/12 8294/19 8295/18 8298/17
8299/1 8299/13 8299/16 8303/22
8305/23 8314/15 8342/16 8353/4 8356/7
8364/20 8370/19 8370/21 8370/22
8370/23
asking [7] 8281/14 8287/5 8289/12
8301/2 8304/25 8360/4 8370/25
aspect [1] 8312/6
aspects [1] 8312/6
assembly [4] 8326/7 8328/4 8329/3
8336/14
ASSET [1] 8246/8
assigned [3] 8258/20 8259/16 8260/6
assignments [1] 8261/23
assistant [9] 8268/2 8275/18 8276/17
8276/18 8279/2 8279/11 8279/14
8280/18 8283/22
associated [4] 8311/15 8314/21 8330/5
8332/8
assume [1] 8342/4
assumptions [1] 8315/18
at [156]
attachment [1] 8328/5
attempts [3] 8267/6 8267/11 8357/5
attend [5] 8263/2 8263/23 8269/14
8272/12 8274/2

attendance [2] 8272/16 8299/19
attention [4] 8263/13 8266/5 8268/12
8273/18 8284/21 8284/21 8301/11
8306/12
attitudes [1] 8266/6
Attorney [2] 8249/7 8249/11
August [1] 8261/1
author [1] 8314/2
autofill [12] 8344/25 8347/4 8348/17
8350/20 8353/15 8357/2 8358/23
8360/15 8366/9 8366/16 8366/25 8368/3
available [5] 8272/16 8299/9
Avenue [5] 8246/23 8248/10 8249/9
8250/3 8250/14
aware [9] 8299/22 8299/25 8306/19
8307/8 8307/15 8364/16 8364/20 8365/2
8365/9
awareness [1] 8283/13
away [2] 8289/15 8367/6
awful [1] 8323/3
Azar [6] 8371/25 8372/3 8372/8 8372/10
8373/17 8373/20

**B**

B-R-A-D-L-E-Y [1] 8309/4
B-R-E-N-T [1] 8343/21
Bachelor [1] 8257/2
bachelor's [1] 8311/2
back [34] 8255/13 8262/24 8262/24
8267/2 8267/4 8267/13 8271/6 8277/7
8277/21 8278/17 8278/21 8279/3 8279/4
8280/8 8298/25 8300/16 8307/2 8307/5
8324/21 8331/17 8338/3 8338/4 8347/17
8349/1 8351/8 8351/16 8353/2 8355/13
8356/2 8363/19 8363/20 8368/5 8368/7
8369/10
back-pressure [3] 8355/13 8363/19
8363/20
back-to-back [1] 8262/24
backflow [1] 8351/8
background [2] 8316/9 8344/10
Baker [5] 8257/8 8257/25 8258/2
8258/10 8259/4
ball [19] 8346/24 8346/25 8346/25
8350/2 8350/5 8350/6 8350/14 8351/19
8351/21 8351/22 8351/22 8351/23
8351/24 8352/5 8352/16 8352/24
8353/18 8358/21 8358/24
Bankston [3] 8284/4 8284/4 8308/1
BARBIER [1] 8246/15
barrels [10] 8269/24 8271/5 8271/7
8360/17 8360/20 8364/5 8364/13
8364/15 8369/22 8370/16
barrier [5] 8317/23 8326/6 8326/6
8326/12 8351/11
barriers [3] 8326/2 8326/9 8326/15
based [9] 8263/18 8265/12 8282/7
8315/17 8325/20 8330/11 8331/11
8331/22 8356/5
basic [1] 8320/5
basically [4] 8317/22 8322/17 8324/4
8351/23
basis [6] 8312/7 8315/22 8323/24 8324/6
8324/13 8358/5
Bates [2] 8365/15 8367/14
Bates 0472 [1] 8365/15
Baton [3] 8247/23 8249/13
batteries [1] 8371/20
be [100] 8253/3 8255/7 8255/25 8261/3
8261/12 8261/12 8261/21 8262/21
8263/7 8263/20 8264/3 8264/20 8264/22
8267/19 8267/25 8270/12 8270/18
8273/21 8274/11 8274/16 8274/18

**B**

be... [79] 8274/23 8274/24 8275/4
8276/2 8276/7 8278/6 8278/9 8278/15
8278/20 8278/21 8279/2 8283/10 8284/1
8285/3 8285/24 8286/13 8290/5 8290/8
8290/10 8290/13 8294/18 8298/4 8298/5
8300/21 8303/10 8308/20 8309/15
8311/14 8316/4 8321/24 8323/18
8324/24 8325/8 8325/8 8329/25 8330/16
8330/18 8333/13 8333/19 8333/23
8335/7 8335/19 8336/5 8336/11 8336/13
8337/20 8338/23 8341/4 8343/7 8343/13
8345/20 8346/6 8349/14 8349/14
8349/18 8349/20 8350/7 8352/19
8352/24 8354/14 8355/7 8356/12
8356/18 8356/21 8357/9 8358/15
8358/21 8359/3 8359/16 8359/19
8359/22 8360/16 8364/13 8364/15
8366/1 8366/9 8372/19 8372/22 8373/24
Beach [1] 8247/10
bearing [1] 8266/23
became [1] 8312/13
because [11] 8287/15 8294/7 8310/7
8331/15 8348/24 8349/16 8357/3 8358/2
8359/22 8360/4 8371/24
become [2] 8258/13 8259/1
becomes [1] 8278/4
bed [5] 8283/6 8283/15 8283/16 8305/19
8307/15
been [42] 8253/7 8253/19 8253/19
8253/23 8253/24 8254/12 8254/16
8256/9 8262/20 8262/25 8267/5 8268/2
8269/6 8271/14 8271/16 8272/1 8272/5
8272/18 8272/20 8279/3 8279/4 8280/5
8281/8 8283/8 8290/17 8295/23 8296/8
8308/25 8310/3 8311/5 8311/9 8314/9
8320/15 8343/18 8344/11 8344/18
8351/20 8352/23 8356/1 8356/7 8363/24
8373/9
before [26] 8246/15 8256/5 8261/3
8265/1 8265/7 8270/17 8278/10 8280/8
8280/25 8281/24 8282/16 8295/23
8296/12 8298/17 8298/23 8305/19
8306/2 8307/9 8345/5 8345/18 8350/25
8352/18 8354/8 8354/11 8356/2 8373/5
begin [2] 8302/5 8303/18
beginning [1] 8276/15
behalf [8] 8253/6 8256/3 8310/21
behind [2] 8279/18 8284/13
being [41] 8253/6 8263/6 8266/16
8268/4 8269/23 8270/9 8273/13 8275/16
8276/13 8277/5 8280/11 8284/25
8286/25 8287/6 8288/8 8288/11 8288/13
8289/13 8289/14 8289/20 8290/19
8291/1 8292/2 8293/13 8293/19 8293/22
8293/23 8294/12 8294/19 8302/1 8302/8
8303/3 8305/10 8313/4 8336/9 8347/25
8349/23 8353/4 8356/10 8356/16
8371/23
Beirne [2] 8341/14 8341/20
belabor [2] 8352/4 8358/9
believe [23] 8254/16 8260/4 8261/1
8262/19 8263/6 8265/8 8267/16 8267/25
8272/1 8272/5 8272/7 8273/4 8286/20
8288/14 8288/18 8294/1 8294/5 8294/7
8299/7 8337/21 8337/24 8364/15
8364/19
below [8] 8271/1 8290/10 8296/4
8357/17 8358/25 8364/6 8364/15 8369/3
Ben [1] 8249/5
bench [1] 8343/10
best [6] 8260/13 8273/6 8301/6 8308/7

---

8372/23 8374/7
better [3] 8327/18 8327/25 8331/3
between [23] 8261/11 8263/3 8265/13
8266/8 8280/18 8282/24 8283/10 8299/3
8300/1 8305/20 8307/9 8314/24 8320/19
8321/8 8321/12 8327/6 8328/5 8332/25
8333/7 8333/11 8334/2 8335/14 8365/9
8358/15 8370/18
big [1] 8318/22
bit [12] 8256/23 8259/1 8262/13 8264/7
8269/10 8272/14 8316/9 8340/2 8349/11
8349/13 8349/24 8350/13
bits [2] 8349/12 8349/12
bladder [25] 8281/7 8281/8 8282/10
8292/21 8292/22 8293/3 8293/13
8293/20 8293/22 8293/23 8294/1 8294/5
8294/17 8295/15 8301/20 8301/25
8302/2 8302/7 8302/9 8303/1 8303/4
8303/19 8304/13 8305/15 8305/16
Blade [9] 8312/15 8312/16 8312/17
8312/18 8312/19 8313/1 8313/4 8323/3
8326/18
Blade's [2] 8323/11 8323/15
Bldg [1] 8248/10
bled [7] 8271/6 8277/6 8277/21 8278/20
8278/21 8279/3 8279/3
bleed [4] 8277/18 8278/10 8278/15
8278/16
bleed-off [2] 8278/15 8278/16
bleed-offs [1] 8278/10
bleeding [1] 8280/15
blow [2] 8340/13 8363/10
blown [1] 8353/18
blue [1] 8321/5
Bly [5] 8277/1 8292/12 8296/8 8327/8
8371/23
board [1] 8348/12
Bob [2] 8276/16 8341/6
Bob Kaluza [1] 8341/6
Bodek [2] 8341/16 8341/19
BOP [3] 8275/8 8317/13 8371/20
bore [4] 8335/6 8335/15 8344/25 8366/9
borehole [2] 8335/9 8336/4
both [12] 8279/15 8299/6 8320/7 8324/7
8324/10 8324/11 8326/14 8326/19
8326/23 8332/5 8332/6 8332/10
bottom [19] 8271/4 8271/20 8297/8
8317/22 8318/3 8319/1 8321/4 8324/22
8326/6 8326/10 8338/9 8350/1 8350/1
8352/5 8352/16 8353/11 8353/18
8369/14 8369/18
Boulevard [1] 8248/3
bounce [1] 8262/5
Bounds [1] 8247/2
Bourgoyne [7] 8253/7 8253/10 8253/17
8255/12 8309/9 8309/20 8309/23
Bourgoyne's [1] 8309/12 8310/1
BOWMAN [1] 8251/3
Box [6] 8246/20 8248/10 8248/17
8248/22 8249/13 8250/17
BP [63] 8246/10 8249/18 8249/19
8249/20 8249/21 8249/22 8249/23
8250/2 8250/3 8250/4 8253/16 8256/3
8258/3 8258/5 8258/8 8258/9 8258/16
8259/3 8259/5 8259/10 8265/13 8265/24
8267/17 8274/22 8284/16 8286/18
8287/1 8287/7 8293/25 8299/22 8299/22
8307/23 8308/11 8310/22 8314/15
8315/17 8315/18 8323/6 8323/7 8324/3
8325/13 8325/18 8328/13 8328/15
8328/21 8331/4 8331/5 8334/2 8341/23
8341/25 8343/15 8354/22 8354/25

---

8357/5 8357/20 8357/24 8361/21
8367/14 8369/4 8369/8 8369/18
8369/10 8371/15
BP's [10] 8253/20 8254/2 8254/17
8324/15 8327/7 8328/18 8329/9 8362/2
8362/3 8363/14
BRAD [3] 8250/13 8255/2 8297/25
Bradley [1] 8309/3
Branch [3] 8248/9 8248/19 8249/3
brass [3] 8347/7 8347/22 8352/3
break [3] 8256/5 8319/9 8353/15
breaking [1] 8350/23
Breit [4] 8247/8 8247/9 8355/23 8358/7
Brennan [1] 8250/8
Brent [3] 8343/16 8343/17 8343/21
BRIAN [3] 8250/13 8255/2 8297/25
briefly [10] 8310/25 8312/2 8315/14
8316/10 8322/21 8323/8 8327/4 8327/24
8344/11 8367/8
bring [5] 8264/22 8330/25 8363/9 8366/5
8367/13
BROCK [8] 8250/3 8255/23 8279/21
8299/1 8302/17 8308/14 8371/15
8373/20
Brock's [1] 8300/14
brought [6] 8267/14 8301/23 8302/5
8302/7 8303/17 8303/19
BRUCE [1] 8251/3
build [1] 8277/21
building [1] 8280/15
buildup [10] 8277/9 8309/25 8320/17
8320/23 8328/8 8328/10 8328/16
8328/18 8328/22 8328/24
bumped [2] 8271/5 8271/6
bumping [2] 8271/21 8271/21
bumps [1] 8270/23
Burling [1] 8250/2
burst [14] 8309/24 8319/23 8319/25
8320/2 8321/15 8328/14 8330/1 8330/6
8330/7 8330/9 8330/11 8330/13 8330/16
8331/13
business [2] 8257/2 8259/6
but [64] 8254/4 8255/12 8261/21
8265/19 8266/12 8267/1 8268/1 8270/4
8273/7 8275/3 8278/10 8281/2 8281/9
8283/10 8283/21 8285/1 8285/3 8285/17
8287/25 8288/14 8288/15 8288/18
8291/8 8292/2 8292/3 8293/18 8295/22
8297/12 8303/2 8309/13 8309/19 8310/6
8313/3 8319/5 8324/12 8325/23 8326/24
8327/18 8330/11 8330/19 8332/1
8335/25 8336/6 8336/18 8337/2 8339/8
8343/3 8344/11 8344/22 8345/16
8345/19 8350/14 8350/25 8352/4
8352/16 8353/25 8354/8 8358/5 8358/13
8359/10 8367/6 8368/15 8372/7 8373/21
bypass [2] 8337/22 8341/24

---

**C**

C-O-N-W-A-R-D [1] 8256/12
C110 [7] 8329/23 8330/16 8331/4
8331/5 8331/8 8331/8 8331/9
calculate [2] 8314/21 8314/22
calculated [1] 8323/14
calculating [1] 8314/24
CALDWELL [1] 8249/12
California [2] 8248/11 8250/14
call [12] 8263/5 8276/25 8307/7 8307/15
8307/18 8307/22 8308/14 8311/7
8316/19 8319/23 8331/2 8349/5
call-in [1] 8263/5
call-out [1] 8276/25
called [16] 8273/21 8291/3 8292/21

C

called... [13] 8296/25 8300/22 8301/20
8302/9 8305/16 8317/8 8318/2 8321/9
8321/9 8322/13 8346/15 8346/23 8350/2
callous [1] 8298/14
calls [5] 8263/6 8267/15 8291/4 8307/23
8343/15
came [8] 8280/9 8281/20 8285/2 8302/2
8302/3 8302/9 8303/1 8303/20
Camp [1] 8249/16
can [80] 8254/5 8254/6 8254/8 8254/9
8264/7 8264/21 8269/9 8269/19 8275/24
8276/12 8280/3 8280/8 8286/9 8287/17
8289/22 8291/10 8291/17 8294/23
8305/7 8308/16 8309/11 8310/17
8311/11 8312/2 8313/13 8315/14
8316/11 8316/15 8316/18 8316/25
8317/18 8318/8 8318/23 8318/25 8319/9
8319/18 8320/25 8321/24 8325/4
8325/25 8326/2 8328/11 8328/12
8329/18 8329/20 8330/5 8331/23 8338/7
8338/20 8338/22 8339/10 8339/17
8340/2 8340/13 8340/25 8343/25 8345/3
8347/6 8347/18 8347/20 8348/11
8349/23 8350/7 8350/8 8352/24 8353/7
8353/22 8355/9 8359/16 8359/18
8360/11 8362/18 8363/9 8364/3 8364/12
8365/18 8365/21 8366/1 8369/18
8369/25
can't [6] 8273/6 8275/3 8294/6 8294/23
8305/14 8307/12
candidate [1] 8288/8
Canyon [1] 8327/22
capacity [5] 8330/7 8330/12 8331/22
8358/11 8368/2
care [2] 8312/5 8313/15
CARL [3] 8246/15 8289/18 8292/17
Carondelet [1] 8247/13
CARRIE [1] 8249/22
case [16] 8266/22 8281/7 8286/23
8289/13 8299/12 8310/4 8314/15 8315/1
8332/24 8333/1 8340/1 8340/20 8341/10
8341/21 8365/11 8372/12
cased [1] 8340/4
casing [68] 8266/22 8311/13 8313/17
8313/17 8313/22 8313/23 8314/4 8314/7
8314/16 8314/21 8314/22 8315/17
8315/19 8315/22 8316/13 8316/25
8317/5 8317/6 8317/8 8317/18 8317/19
8317/20 8318/4 8318/8 8318/10 8318/18
8318/19 8319/21 8319/24 8319/25
8320/2 8320/6 8320/7 8320/12 8320/14
8321/5 8321/6 8321/7 8321/9 8321/15
8321/16 8322/8 8322/15 8322/16
8322/23 8323/14 8323/25 8324/14
8324/17 8324/22 8325/13 8325/17
8329/9 8329/15 8330/17 8330/20
8334/19 8334/20 8338/11 8347/1 8350/8
8350/9 8350/20 8350/22 8351/9 8360/5
8366/6 8366/20
casings [6] 8312/23 8312/25 8317/9
8317/12 8320/21 8325/3
cause [2] 8277/15 8320/20
CCR [3] 8251/10 8374/4 8374/12
cement [39] 8267/2 8268/14 8268/15
8268/17 8269/16 8269/17 8269/23
8270/6 8270/10 8270/17 8271/16
8271/17 8271/23 8272/1 8272/5 8272/5
8279/4 8279/5 8287/4 8287/24 8326/6
8326/10 8333/1 8333/4 8333/9 8333/15
8333/19 8333/23 8335/5 8335/15
8336/23 8337/3 8337/5 8344/6 8345/9

8351/3 8351/8 8351/8 8373/6
cemented [1] 8372/1
cementer [1] 8279/4
cementing [13] 8286/1 8286/2 8286/3
8286/3 8286/21 8287/16 8287/17
8287/23 8332/20 8336/5 8344/11
8344/12 8346/19
cements [1] 8345/9
centralizers [4] 8361/7 8361/11 8361/20
8361/25
CEO [2] 8312/17 8313/4
CERNICH [1] 8248/14
certain [2] 8300/17 8356/11
CERTIFICATE [1] 8374/3
certify [1] 8374/3
chair [4] 8279/9 8279/10 8279/11
8279/18
Chaisson [1] 8268/22
CHAKERES [1] 8248/16
challenge [1] 8323/24
challenged [1] 8310/3
chance [2] 8327/7 8350/23
CHANG [1] 8248/15
change [4] 8264/2 8339/25 8340/3
8347/13
changed [1] 8271/11
changes [1] 8315/11
changing [2] 8272/18 8272/19
chaotic [1] 8283/21
chapter [1] 8314/4
characterize [1] 8300/4
chart [5] 8292/13 8297/14 8327/14
8327/17 8331/3
check [2] 8291/15 8322/13
checked [1] 8271/6
checking [1] 8271/21
Chicago [1] 8249/24
children [1] 8256/21
chime [1] 8273/8
choice [3] 8332/25 8333/7 8333/11
choke [1] 8275/5
chosen [1] 8334/9
Chris [1] 8310/21
circulated [1] 8253/19 8253/24 8255/4
8360/19
circulation [6] 8299/23 8300/10 8340/21
8360/17 8361/3 8364/12
cited [3] 8271/20 8337/21 8337/23
cites [1] 8255/17
civil [3] 8248/9 8248/19 8311/2
clarify [1] 8302/18
Clark [4] 8276/18 8276/19 8276/21
8279/13
class [1] 8286/21
classroom [4] 8259/11 8259/15 8261/11
8261/15
clear [1] 8352/19
cleared [1] 8265/1
clearly [2] 8292/15 8296/12
CLINGMAN [1] 8250/9
clog [1] 8300/10
closed [1] 8368/6
closer [1] 8358/22
closing [1] 8271/23
clothes [1] 8283/17
coach [1] 8259/16 8262/3 8282/20
coauthored [1] 8313/22
coined [9] 8281/8 8293/3 8293/5 8293/7
8293/13 8293/20 8293/22 8293/23
8301/25
collapse [19] 8309/24 8319/4 8320/1
8320/4 8320/9 8320/10 8320/12 8320/13
8320/20 8321/16 8321/18 8330/2 8330/6

8330/8 8330/14 8331/6 8331/7 8331/11
8331/13 8331/13 8331/13 Page 134 of 153
collar [58] 8266/13 8266/16 8266/19
8267/7 8267/11 8268/5 8268/10 8344/22
8344/25 8345/2 8345/17 8345/25 8346/3
8346/5 8346/15 8346/18 8346/20
8346/22 8348/14 8348/19 8349/14
8351/2 8351/6 8351/20 8353/12 8353/18
8354/5 8354/11 8354/14 8355/10 8356/1
8356/10 8356/15 8356/18 8356/21
8358/1 8358/10 8358/18 8359/7 8359/9
8359/17 8360/5 8361/9 8363/13 8363/20
8364/14 8364/17 8365/10 8366/1 8366/9
8366/25 8367/19 8368/1 8368/16
8368/20 8369/2 8370/12 8370/17
collars [12] 8266/23 8344/7 8345/19
8347/8 8347/11 8354/20 8361/22
8361/24 8361/24 8364/21 8367/10
8371/9
college [3] 8256/24 8257/4 8257/6
column [1] 8327/20
combined [1] 8295/21
come [10] 8263/22 8264/7 8277/7
8277/15 8278/21 8279/8 8306/1 8312/8
8347/17 8354/4
comes [1] 8278/17
coming [5] 8259/2 8264/3 8277/12
8280/22 8351/24
comment [2] 8265/13 8270/14
comments [1] 8292/9
Commercial [1] 8249/3
commitment [2] 8288/12 8288/17
Committee [9] 8309/6 8313/7 8313/8
8313/13 8313/15 8313/16 8332/17
8345/7 8345/8
Committee 10 [1] 8345/8
Committee 5 [3] 8313/13 8313/15
8313/16
committees [3] 8313/5 8313/6 8345/6
common [1] 8265/16
communicated [2] 8266/2 8266/3
companies [2] 8272/19 8312/23
company [5] 8249/20 8249/23 8250/4
8299/22 8324/4
compare [2] 8305/2 8368/14
compared [3] 8324/7 8327/25 8353/12
COMPLAINT [1] 8246/7
complete [4] 8269/17 8269/17 8269/25
8271/19
completion [2] 8282/16 8312/6
complex [1] 8285/19
components [1] 8309/25
composed [1] 8318/19
composite [1] 8346/23
compression [1] 8282/10
computer [2] 8251/16 8257/3
computer-aided [1] 8251/16
concept [1] 8282/11
concern [1] 8307/18
concerned [2] 8282/13 8294/11
concerning [1] 8340/4
concerns [7] 8264/5 8264/18 8264/21
8328/22 8328/24 8335/18 8335/19
conclude [1] 8324/5
conclusion [2] 8275/1 8282/1
conditions [2] 8367/23 8367/24
conduct [5] 8276/9 8278/24 8286/14
8286/16 8322/10
conducted [6] 8269/23 8274/11 8274/17
8274/19 8274/23 8276/14
conducting [2] 8274/9 8275/19
conductor [3] 8316/25 8317/4 8317/5
conductor-casing [2] 8316/25 8317/5

## C

conduit [1]  8321/3
cone [1]  8349/12
conference [1]  8254/10 8263/17
conferred [1]  8372/1
confident [1]  8262/11
confirm [1]  8270/4
confirmation [1]  8297/14
confusing [1]  8281/2
confusion [1]  8274/17
connect [1]  8329/3
connection [4]  8253/6 8298/22 8299/24
8300/14
connection with [1]  8300/14
CONRAD [1]  8247/15
conscientious [1]  8288/16
consider [10]  8333/3 8335/1 8335/15
8335/18 8335/22 8336/8 8340/23 8341/8
8341/18 8341/20
consideration [1]  8339/23
considered [6]  8334/13 8334/13 8335/7
8336/9 8337/19 8339/24
considering [1]  8335/25
consistent [4]  8278/6 8278/19 8303/10
8327/15
constantly [1]  8279/2
construction [1]  8312/3
consultant [1]  8312/13
contacted [1]  8260/22
contained [1]  8342/2
contains [1]  8310/11
contamination [1]  8333/9
contemplating [1]  8283/24
context [4]  8264/15 8287/14 8338/6
8371/25
contingencies [1]  8325/3
contingency [9]  8324/17 8324/19
8324/20 8324/23 8324/24 8325/5 8325/7
8325/10 8325/11
continue [3]  8277/19 8312/19 8349/18
contractor [1]  8326/18
contractors [3]  8264/16 8264/19 8264/20
contributing [1]  8314/2
control [9]  8288/12 8288/17 8289/8
8313/9 8332/22 8335/6 8336/4 8350/24
8351/10
controversy [2]  8294/8 8294/9
convenience [1]  8295/22
conversation [9]  8254/1 8254/13
8266/11 8272/1 8300/9 8304/11 8305/19
8307/11 8307/25
conversations [2]  8282/8 8365/9
conversion [17]  8266/13 8267/7 8267/11
8347/13 8356/23 8363/23 8363/24
8364/6 8364/9 8364/17 8365/5 8366/2
8369/15 8369/19 8370/3 8370/25 8371/1
convert [12]  8267/12 8267/13 8267/22
8356/23 8357/2 8357/5 8358/19 8358/20
8359/5 8364/13 8370/17 8371/9
converted [12]  8266/16 8267/20 8268/5
8268/10 8355/12 8359/11 8359/17
8360/2 8368/5 8368/20 8369/2 8369/4
converting [1]  8367/19
conveyed [1]  8281/11
Conward [1]  8256/12
copy [2]  8254/6 8315/5
COREY [1]  8249/8
corner [1]  8296/5
corners [1]  8284/9
Corporate [1]  8247/16
corporation [3]  8311/18 8311/19 8312/9
correct [116]  8256/10 8261/7 8262/2

8262/15 8262/16 8262/19 8265/11
8266/9 8266/11 8273/14 8275/18 8279/15
8281/23 8282/18 8285/20 8285/21
8285/22 8285/25 8286/5 8286/14
8286/18 8288/9 8288/12 8289/5 8289/8
8289/11 8289/16 8292/24 8293/17
8295/17 8297/1 8297/10 8297/10
8298/21 8299/10 8299/11 8303/22
8303/23 8305/4 8306/7 8306/13 8308/1
8309/1 8315/24 8319/13 8319/15 8323/2
8323/16 8324/18 8326/16 8328/10
8329/17 8331/4 8331/5 8332/21 8332/23
8333/2 8333/5 8333/6 8333/9 8333/10
8333/13 8333/14 8333/16 8333/17
8333/20 8333/21 8334/3 8334/7 8334/13
8334/17 8334/18 8334/21 8334/24
8334/25 8335/3 8335/4 8335/8 8335/17
8335/22 8336/2 8336/15 8336/17
8336/20 8336/21 8336/24 8337/4
8339/14 8343/19 8349/8 8351/24 8352/6
8352/8 8352/10 8354/20 8354/23 8355/3
8359/1 8359/7 8360/17 8363/14 8363/21
8364/1 8364/7 8364/10 8365/5 8365/23
8366/2 8366/25 8367/10 8367/19
8367/23 8368/8 8368/16 8368/18 8374/7
Corser [1]  8371/24
cost [3]  8288/12 8288/17 8289/7
could [54]  8261/25 8262/11 8262/24
8263/9 8265/12 8267/10 8268/18
8268/25 8269/1 8269/20 8272/20
8275/22 8288/23 8290/24 8290/25
8291/5 8291/12 8292/15 8298/4 8301/6
8310/25 8322/19 8323/17 8333/13
8333/19 8337/25 8338/14 8339/19
8340/9 8341/1 8341/15 8344/22 8345/22
8346/8 8346/9 8347/5 8349/4 8349/13
8349/14 8354/4 8355/25 8356/12
8356/18 8356/21 8357/1 8362/19 8365/4
8366/12 8368/10 8368/21 8370/7
8370/10 8372/6 8373/4
counsel [1]  8363/14
counting [1]  8325/11
couple [8]  8266/7 8267/15 8283/24
8290/10 8295/10 8332/19 8372/25
8373/6
course [13]  8286/1 8286/2 8286/3
8286/4 8286/6 8286/13 8286/14 8286/16
8286/21 8292/12 8301/3 8348/23
8373/17
courses [1]  8311/4
court [44]  8246/1 8251/10 8253/22
8254/6 8254/15 8254/22 8256/16
8258/12 8266/10 8289/11 8311/1
8311/11 8312/2 8313/13 8315/14
8316/18 8316/25 8317/18 8318/25
8319/20 8321/25 8329/20 8343/25
8344/23 8345/8 8345/18 8347/6 8347/20
8349/4 8350/25 8355/9 8356/5 8363/17
8364/3 8364/12 8366/14 8370/10
8371/17 8372/2 8372/12 8374/2 8374/4
8374/5 8374/13
Court's [3]  8295/22 8345/20 8371/22
cover [2]  8268/21 8310/1
covered [4]  8309/8 8309/11 8309/20
8332/1
covers [1]  8309/8
Covington [1]  8250/2
Cowie [1]  8371/24
coxswain [1]  8284/2
created [3]  8269/5 8348/16 8355/7
crew [12]  8264/2 8264/20 8269/13
8272/18 8274/21 8277/9 8284/16 8301/2
8301/10 8301/16 8306/5 8306/15

crews [1]  8264/3 8266/6 8306/9
cross [15]  8255/5 8285/9 8285/12
8297/23 8298/1 8332/14 8332/18
8337/12 8337/15 8355/21 8355/24
8363/2 8363/6 8372/8 8373/1
cross-examination [13]  8255/5 8285/9
8285/12 8297/23 8298/1 8332/14
8332/18 8337/12 8337/15 8355/21
8355/24 8363/2 8363/6
crossed [2]  8319/3 8326/5
crossover [1]  8318/2
crude [1]  8368/13
crush [1]  8320/3
cumulative [1]  8309/15
Cunningham [2]  8247/2 8247/3
current [2]  8315/16 8317/25
currently [3]  8312/14 8312/15 8312/17
curser [1]  8370/7
Curtis [5]  8276/17 8276/19 8276/21
8279/13 8298/8
customers [1]  8365/21
cut [2]  8284/9 8373/17
cuttings [2]  8366/12 8366/15
CV [3]  8246/7 8246/9 8313/11
Cypress [1]  8344/2

## D

D-4363.4 [2]  8316/11 8316/23
D-4369 [1]  8263/9
D-4857 [1]  8325/25
D-4858 [1]  8319/18
D-4859 [1]  8320/25
D-4919 [1]  8331/23
D-4920 [2]  8329/18 8329/21
D-A-V-I-D [1]  8309/3
D.C [4]  8248/17 8248/22 8249/6 8250/4
daily [3]  8263/13 8263/16 8273/20
Dallas [1]  8251/5
damage [2]  8355/12 8356/25
damaged [2]  8356/18 8356/21
damaging [3]  8267/19 8358/1 8359/6
Damon [2]  8284/4 8308/1
Damon Bankston [2]  8284/4 8308/1
DANIEL [1]  8249/4
darts [1]  8270/22
data [2]  8292/7 8292/13
date [1]  8263/19
dated [1]  8341/19
dates [1]  8293/18
Daun [1]  8256/5
Daun Winslow [1]  8256/5
Dauphin [1]  8247/3
David [8]  8252/5 8306/20 8306/25
8307/3 8308/16 8308/22 8308/24 8309/3
Dawn [6]  8337/25 8338/14 8339/19
8341/1 8341/12 8341/16
day [14]  8246/14 8263/21 8298/18
8299/1 8301/15 8305/12 8306/2 8307/22
8360/1 8360/9 8360/13 8360/14 8372/22
8373/3
days [2]  8261/12 8307/22
deals [1]  8310/14
DEANNA [1]  8248/15
debris [9]  8354/1 8354/4 8366/14
8366/15 8366/15 8366/24 8367/25
8367/25 8368/4
decide [3]  8277/17 8336/1 8359/15
decided [1]  8300/5
deciding [1]  8334/16
decision [1]  8310/3 8334/2 8334/5
8334/6 8334/13 8334/16 8334/23
8335/14 8335/16 8335/20 8361/16

D

decision-making [2] 8334/16 8335/20
deep [3] 8285/14 8285/17 8311/14
deeper [1] 8349/16
deepwater [37] 8246/4 8250/6 8250/7
 8250/9 8250/10 8250/13 8250/13
 8250/17 8250/17 8250/20 8250/21
 8257/20 8258/19 8260/17 8260/20
 8260/23 8260/25 8261/6 8261/8 8262/14
 8262/18 8262/1 8265/4 8265/7 8265/12
 8265/25 8283/14 8284/7 8285/19 8286/1
 8286/2 8298/3 8312/10 8325/9 8326/22
 8327/14 8329/5
Deepwater Horizon [10] 8262/14
 8262/18 8262/1 8265/4 8265/7 8265/12
 8265/25 8283/14 8284/7 8298/3
definitely [1] 8273/7
deGravelles [4] 8247/21 8247/22 8309/5
 8332/16
degree [3] 8306/12 8311/2 8311/17
DELEMARRE [1] 8248/20
Delta [1] 8331/1
Delta P [1] 8331/1
demonstrative [3] 8263/11 8320/22
 8368/11
demonstratives [1] 8253/5
density [3] 8270/21 8340/21 8350/2
Department [4] 8248/8 8248/12 8248/18
 8249/2
depending [2] 8261/15 8332/9
depleted [1] 8320/15
deposition [21] 8254/21 8255/17 8286/23
 8286/25 8287/5 8287/13 8288/1 8293/12
 8294/4 8294/10 8294/13 8294/19
 8294/22 8295/5 8295/15 8295/18
 8302/10 8303/5 8309/11 8309/18
 8373/11
depositions [2] 8256/4 8373/13
describe [9] 8258/12 8262/7 8267/10
 8310/25 8311/11 8312/2 8347/20 8349/5
 8351/1
described [6] 8271/4 8281/10 8281/13
 8281/14 8282/15 8370/6
describing [4] 8281/6 8281/9 8303/4
 8350/17
description [1] 8350/13
design [58] 8311/13 8311/16 8312/10
 8312/21 8312/23 8313/22 8314/5 8314/7
 8314/16 8314/20 8314/22 8314/22
 8315/16 8315/17 8315/18 8315/22
 8316/14 8317/16 8318/7 8318/8 8318/10
 8318/14 8319/21 8320/6 8320/7 8322/3
 8322/8 8322/11 8322/16 8322/17
 8323/12 8323/15 8323/16 8323/21
 8323/24 8324/5 8324/6 8325/17 8328/22
 8329/10 8330/9 8333/19 8335/10
 8335/10 8335/24 8336/4 8340/22
 8344/18 8344/24 8344/24 8348/8
 8348/22 8349/10 8352/15 8352/19
 8354/13 8359/14 8367/3
designation [1] 8318/25
designed [23] 8310/4 8312/25 8322/18
 8322/23 8332/7 8345/1 8348/18 8352/25
 8354/3 8355/14 8356/2 8356/10 8356/12
 8357/13 8358/11 8358/19 8358/20
 8359/3 8359/5 8359/16 8360/9 8360/23
 8361/2
designer [3] 8332/9 8358/10 8358/11
designing [2] 8326/18 8327/13
designs [3] 8323/3 8324/11 8324/11
detail [6] 8266/12 8281/10 8284/21
 8305/13 8305/14 8346/8

detailed [3] 8269/13 8298/22 8304/18
details [2] 8266/10 8276/20
determine [3] 8270/19 8318/24 8359/17
determining [1] 8319/21
develop [1] 8318/7
developing [1] 8318/10
development [1] 8344/24
device [6] 8351/2 8351/10 8351/13
 8354/11 8357/11 8357/12
Dewey [3] 8276/16 8279/10 8298/8
Dewey Revette [1] 8298/8
Dexter [1] 8249/9
diagram [2] 8277/24 8278/1
diameter [8] 8316/20 8318/3 8319/11
 8347/25 8348/9 8348/25 8351/21 8352/3
dictates [1] 8322/2
did [150]
didn't [14] 8261/19 8261/22 8265/19
 8287/20 8292/14 8294/4 8299/20
 8301/13 8307/4 8307/5 8339/22 8340/23
 8367/25 8370/19
difference [1] 8317/11
different [14] 8262/1 8273/19 8290/25
 8291/6 8316/13 8321/8 8323/4 8325/17
 8325/19 8328/12 8329/23 8332/1 8347/9
 8352/6
differential [8] 8281/12 8282/12 8330/23
 8330/24 8331/2 8364/4 8368/7 8369/3
difficulty [1] 8333/4
dimensional [1] 8318/21
dimensions [1] 8338/12
DIRE [1] 8310/23
direct [10] 8256/14 8293/2 8310/22
 8314/13 8343/23 8356/7 8370/20 8372/6
 8372/7 8372/25
disagree [2] 8285/14 8286/20
disc [2] 8369/20 8370/11
discs [2] 8328/14 8328/14
discuss [6] 8263/5 8264/13 8273/10
 8277/17 8286/21 8295/12
discussed [6] 8263/12 8273/11 8273/14
 8273/15 8274/11 8307/2
discusses [1] 8309/10
discussing [4] 8287/16 8304/13 8306/9
 8363/14
discussion [12] 8273/2 8273/5 8273/7
 8274/14 8274/16 8277/11 8280/10
 8280/14 8300/1 8300/8 8300/21 8301/6
discussions [6] 8267/18 8280/17 8282/8
 8306/5 8306/11 8316/3
displace [2] 8273/24 8287/18
displacement [9] 8269/25 8271/19
 8283/5 8286/19 8286/22 8287/2 8287/7
 8291/18 8305/25
displacing [6] 8275/5 8275/6 8287/3
 8287/21 8287/22 8287/24
distinct [1] 8309/22
DISTRICT [5] 8246/1 8246/2 8246/15
 8374/5 8374/5
Diversion [1] 8291/21
diverted [2] 8291/1 8350/7
divided [1] 8322/4
Division [2] 8248/9 8248/19
do [128] 8254/1 8254/9 8254/11 8256/21
 8258/18 8258/22 8258/24 8260/24
 8261/18 8261/18 8263/14 8264/8 8265/6
 8265/6 8268/9 8268/22 8269/3 8270/1
 8271/8 8272/9 8272/16 8273/2 8273/20
 8273/22 8273/25 8275/2 8277/10
 8277/18 8277/24 8278/2 8278/13
 8279/11 8280/6 8282/20 8286/23
 8286/24 8286/25 8288/25 8289/20
 8289/25 8292/9 8293/12 8293/15

8293/21 8294/1 8294/12 8294/19 8295/5
 8295/8 8296/4 8296/6 8297/7
 8299/3 8300/17 8301/20 8305/7 8307/20
 8309/16 8309/17 8312/12 8312/18
 8312/18 8312/19 8312/20 8312/23
 8312/24 8312/25 8313/19 8314/16
 8314/20 8314/24 8315/11 8315/16
 8316/9 8318/9 8318/18 8320/11 8320/22
 8320/24 8323/1 8324/14 8326/24
 8328/13 8330/12 8332/24 8332/24
 8333/3 8334/17 8336/6 8336/7 8336/8
 8336/19 8336/22 8338/22 8337/3
 8338/20 8340/10 8341/23 8344/3
 8345/13 8345/15 8346/16 8347/2
 8347/10 8348/11 8349/10 8350/2
 8350/12 8352/25 8353/11 8359/20
 8359/24 8361/11 8361/18 8363/10
 8366/18 8366/21 8366/22 8368/2 8369/6
 8370/3 8372/2 8372/21 8372/23 8372/24
 8373/3 8374/6
Docket [3] 8246/4 8246/7 8246/9
document [27] 8261/21 8269/6 8269/6
 8269/22 8288/25 8295/20 8304/21
 8337/23 8339/24 8339/25 8340/5
 8341/11 8341/18 8341/20 8341/24
 8342/1 8342/2 8345/14 8345/18 8350/12
 8363/12 8365/14 8365/20 8366/4 8366/8
 8367/13 8371/3
documents [2] 8328/19 8337/18
does [31] 8276/2 8278/6 8278/14 8289/3
 8290/7 8290/12 8305/15 8309/19
 8313/14 8323/3 8323/23 8324/6 8325/16
 8326/9 8327/22 8328/25 8329/2 8332/1
 8332/4 8347/8 8348/7 8348/21 8350/25
 8351/10 8351/13 8351/19 8353/5 8354/2
 8356/11 8358/3 8360/4
doesn't [6] 8324/21 8327/19 8337/2
 8340/5 8340/21 8360/13
doghouse [1] 8271/12
doing [7] 8262/10 8268/13 8284/21
 8290/17 8301/6 8335/14 8372/15
Domengeaux [1] 8246/18
domestic [1] 8313/2
DON [7] 8249/19 8267/16 8268/3
 8276/17 8279/13 8283/2 8373/19
Don Vidrine [3] 8267/16 8268/3 8283/2
don't [36] 8266/11 8268/1 8273/13
 8279/14 8279/20 8280/3 8286/8 8287/9
 8288/14 8288/21 8289/12 8291/8 8292/2
 8293/8 8293/18 8294/3 8294/7 8294/17
 8299/16 8300/2 8302/25 8303/1 8305/24
 8329/3 8338/20 8339/2 8340/16 8341/13
 8342/4 8354/7 8356/4 8356/9 8358/9
 8361/12 8362/24 8365/2
DONALD [1] 8251/3
done [12] 8268/4 8270/13 8272/9
 8305/10 8311/12 8354/19 8354/22
 8361/23 8367/9 8367/22 8370/20
 8370/23
Donnie [6] 8346/9 8347/18 8350/10
 8353/22 8354/17 8370/7
doors [1] 8356/4
dots [1] 8347/5
DOUGLAS [1] 8249/16
down [20] 8263/22 8264/7 8270/25
 8270/25 8275/7 8278/17 8296/4 8306/1
 8317/21 8319/9 8331/14 8331/21
 8338/14 8339/7 8340/25 8341/15
 8346/14 8350/1 8350/24 8363/23
downhole [5] 8257/17 8329/7 8347/1
 8349/18 8367/23
downstairs [1] 8282/6
DOYEN [1] 8250/12

D

Doyle [4]  8251/10 8374/4 8374/12
  8374/12
dozens [1]  8313/2
Dr [1]  8309/23
Dr. [19]  8253/7 8253/10 8253/17
  8308/16 8309/7 8309/9 8309/10 8309/12
  8309/20 8310/1 8332/16 8337/14
  8339/13 8371/25 8372/3 8372/8 8372/10
  8373/17 8373/20
Dr. Azar [6]  8371/25 8372/3 8372/8
  8372/10 8373/17 8373/20
Dr. Bourgoyne [5]  8253/7 8253/10
  8253/17 8309/9 8309/20
Dr. Bourgoyne's [2]  8309/12 8310/1
Dr. David Lewis [1]  8308/16
Dr. Lewis [4]  8309/10 8332/16 8337/14
  8339/13
Dr. Lewis' [1]  8309/7
draw [1]  8263/13
drawing [2]  8368/13 8368/14
Drescher [1]  8247/8
drill [51]  8264/8 8266/17 8266/24 8267/8
  8267/24 8271/14 8271/18 8271/25
  8274/5 8274/22 8275/7 8275/16 8276/5
  8276/10 8276/13 8277/4 8277/5 8277/14
  8277/16 8277/19 8277/25 8278/7
  8278/11 8278/14 8278/23 8279/3 8279/6
  8279/15 8280/11 8280/25 8281/16
  8281/19 8282/1 8282/9 8282/15 8282/25
  8285/17 8300/10 8301/10 8301/16
  8302/24 8307/12 8313/8 8313/17
  8324/25 8325/9 8349/16 8349/16
  8349/17 8349/23 8368/22
drill-through [1]  8313/8
drillable [1]  8349/23
drilled [3]  8317/3 8349/11 8349/15
driller [13]  8267/25 8268/1 8268/2
  8268/2 8275/18 8275/19 8276/17
  8276/17 8276/18 8276/21 8278/25
  8279/2 8280/18
driller's [7]  8276/2 8279/9 8279/10
  8279/11 8279/18 8306/1 8306/24
drillers [3]  8279/14 8280/19 8283/22
drilling [28]  8250/6 8250/9 8250/13
  8250/17 8250/20 8257/17 8257/18
  8260/14 8260/16 8267/17 8267/17
  8273/20 8285/1 8285/14 8285/15
  8285/19 8294/15 8300/16 8310/12
  8311/23 8312/5 8313/23 8314/3 8317/9
  8321/6 8321/15 8339/9 8349/18
drink [1]  8259/13
drive [5]  8247/16 8316/18 8316/20
  8317/4 8317/5
drives [1]  8256/4
drop [1]  8372/3
dropped [1]  8268/8
drops [1]  8324/21
drove [1]  8284/3
DS [1]  8258/23
DS-3 [1]  8258/23
due [1]  8320/18
DUKE [1]  8247/15
duly [3]  8256/9 8308/25 8343/18
duplicative [1]  8371/23
during [31]  8254/9 8254/15 8255/5
  8260/17 8266/3 8266/15 8267/7 8267/11
  8267/23 8268/13 8268/15 8274/16
  8275/17 8276/9 8277/4 8278/24 8279/6
  8279/9 8279/16 8284/2 8292/22 8294/12
  8298/6 8298/25 8300/18 8300/24 8301/3
  8306/23 8309/14 8333/19 8368/20

duties [1]  8257/15

E

e-mail [13]  8268/21 8296/2 8296/3
  8296/13 8296/22 8304/4 8304/5 8305/13
  8305/14 8341/4 8341/9 8341/13 8341/19
each [3]  8263/6 8332/6 8371/9
earlier [4]  8298/25 8309/23 8328/9
  8356/5
early [5]  8271/3 8271/11 8277/6 8277/6
early-morning [1]  8271/11
ease [1]  8333/4
easier [1]  8338/23
easily [3]  8349/11 8349/15 8372/13
EASTERN [2]  8246/2 8374/5
ECD [1]  8340/21
education [2]  8256/23 8310/25
Edwards [1]  8246/19
effect [25]  8281/7 8281/8 8282/10
  8292/22 8292/22 8293/3 8293/13
  8293/20 8293/22 8293/23 8294/1 8294/5
  8295/16 8300/22 8301/20 8302/1 8302/2
  8302/7 8302/9 8303/1 8303/4 8303/19
  8304/13 8305/16 8305/16
effect,' [1]  8294/18
efficient [2]  8285/3 8289/14
efficiently [1]  8372/24
eight [3]  8261/5 8325/11 8345/16
either [10]  8254/5 8261/14 8279/13
  8285/25 8300/10 8310/2 8323/25
  8326/21 8332/8 8358/9
eject [2]  8351/5 8352/20
ejected [3]  8351/2 8351/7 8352/24
ejecting [1]  8352/23
elaborate [1]  8349/13
element [3]  8288/13 8302/14 8302/23
eligible [1]  8261/3
ELIZABETH [1]  8249/5
Ellis [1]  8249/21
Elm [1]  8251/5
ELMO [4]  8275/22 8346/10 8349/1
  8351/16
else [4]  8262/10 8295/13 8303/2
  8373/23
Emilsen [2]  8254/18 8255/12
Emilsen's [1]  8254/18
employed [3]  8257/25 8312/14 8312/15
employee [2]  8258/6 8289/3
employer [1]  8311/18
employment [1]  8258/4
end [3]  8278/11 8320/13 8325/13
end-of-life [1]  8320/13
ending [2]  8365/15 8367/14
Energy [7]  8251/2 8251/7 8312/15
  8312/16 8312/18 8313/4 8326/18
Enforcement [1]  8248/13
engine [1]  8311/15
engineer [5]  8257/9 8257/14 8267/17
  8335/13 8365/22
engineered [1]  8310/4
engineering [18]  8267/17 8286/13
  8311/3 8311/4 8314/8 8314/19 8323/24
  8344/6 8345/1 8354/9 8354/20 8355/6
  8355/10 8365/22 8367/10 8367/22
  8369/16 8370/11
engineers [3]  8307/19 8312/19 8345/10
enough [3]  8330/19 8348/15 8348/16
Ensco [1]  8258/23
entail [1]  8314/19
enter [1]  8350/9
entire [3]  8278/12 8280/15 8315/19
entitled [1]  8374/9
environment [2]  8248/13 8298/14

Environmental [1]  8248/13
EPA [3]  8352/21 8372/6 8372/11
equation [2]  8319/16 8319/17
equipment [17]  8313/8 8313/9 8327/1
  8329/4 8329/6 8336/16 8349/17 8354/3
  8355/12 8355/13 8355/14 8360/24
  8361/9 8365/6 8365/23 8366/13 8366/16
equivalent [1]  8340/21
especially [1]  8277/6
ESQ [49]  8246/19 8246/23 8247/3
  8247/6 8247/9 8247/12 8247/15 8247/18
  8247/22 8248/3 8248/6 8248/9 8248/14
  8248/14 8248/15 8248/15 8248/16
  8248/19 8248/20 8248/20 8248/21
  8248/21 8249/4 8249/12 8249/15 8249/8
  8249/8 8249/9 8249/12 8249/15 8249/16
  8250/3 8250/6 8250/9 8250/9 8250/12
  8250/13 8250/16 8250/16 8250/20
  8251/3 8251/3 8251/4 8251/4 8251/7
essentially [1]  8285/15
established [2]  8296/12 8342/21
establishes [1]  8310/2
estimate [4]  8265/9 8282/4 8283/10
  8298/4
et [2]  8246/8 8246/11
etc [1]  8296/8
evaluate [5]  8314/16 8328/21 8329/8
  8334/19 8334/22
evaluated [4]  8288/8 8318/4 8336/12
evaluation [1]  8289/1
even [5]  8270/3 8290/25 8291/17
  8366/25 8372/14
evening [6]  8266/9 8268/12 8272/8
  8283/1 8283/12 8373/8
event [2]  8293/10 8296/17
events [2]  8263/2 8358/7
eventual [1]  8332/5
ever [4]  8275/11 8353/17 8364/20
  8366/18
everybody [8]  8264/24 8265/15 8265/19
  8277/17 8283/20 8283/21 8283/22
  8284/1
everyone [4]  8253/3 8264/20 8308/20
  8343/13
everything [8]  8283/4 8293/24 8293/25
  8293/25 8305/22 8305/24 8308/6
  8313/18
evidence [4]  8284/9 8309/23 8316/2
  8371/3
exact [4]  8268/1 8275/3 8293/18
  8305/24
exactly [1]  8286/8
examination [20]  8253/6 8254/15 8255/5
  8256/14 8285/9 8285/12 8297/23 8298/1
  8310/22 8314/13 8332/14 8332/18
  8337/12 8337/15 8343/23 8355/21
  8355/24 8363/2 8363/6 8369/12
examine [1]  8323/18
example [2]  8318/25 8319/1
exams [1]  8372/23
excerpt [1]  8254/22
excess [1]  8322/25
excluded [1]  8356/5
excuse [2]  8259/11 8368/13
exhibit [5]  8253/17 8275/21 8339/17
  8340/19 8369/25
exhibits [14]  8253/5 8253/9 8253/18
  8253/20 8253/23 8254/2 8254/5 8254/14
  8254/17 8254/20 8255/4 8255/8 8255/12
  8255/15
existed [1]  8367/23
expand [3]  8320/19 8321/13 8357/14

**E**

expect [3] 8366/16 8369/2 8372/21
expected [5] 8264/20 8267/13
expenditures [1] 8284/10
expensive [1] 8331/9
experience [12] 8260/16 8262/13
8285/19 8291/7 8291/16 8295/14
8298/17 8311/13 8326/17 8327/13
8327/13 8327/16
experiences [1] 8262/6
expert [17] 8291/4 8291/9 8310/12
8314/7 8318/5 8332/10 8332/22 8343/8
8353/4 8353/5 8356/4 8356/8 8358/3
8358/5 8358/11 8367/6 8371/20
explain [10] 8281/19 8299/16 8313/13
8316/18 8316/25 8317/18 8319/20
8321/24 8329/20 8363/16
explained [2] 8281/15 8282/11
explains [1] 8287/25
explanation [18] 8280/22 8281/11
8281/18 8281/20 8290/19 8293/5 8293/8
8293/9 8295/12 8300/22 8301/20 8302/1
8302/8 8302/22 8303/20 8304/16
8304/18 8305/12
exploration [8] 8246/10 8249/18 8249/21
8250/2 8324/25 8325/7 8325/9 8325/20
exploratory [1] 8284/25
explosion [2] 8283/15 8283/16
explosions [1] 8282/25
extended [1] 8311/14
extensive [1] 8318/23
extensively [1] 8332/10
extent [1] 8337/20
external [1] 8320/3
extreme [2] 8311/15 8312/20
Exxon [1] 8312/6
ExxonMobil [6] 8311/21 8312/4 8312/6
8312/12 8312/20 8327/20
eyesight [1] 8340/17
Ezell [1] 8298/7

**F**

fact [21] 8291/3 8292/13 8292/15
8304/22 8322/18 8325/19 8325/20
8330/10 8343/9 8348/7 8353/4 8353/6
8355/13 8358/4 8358/4 8358/6 8358/6
8360/2 8364/24 8365/1 8369/6
factor [6] 8314/24 8321/21 8322/3
8322/7 8323/21 8336/25
factors [16] 8322/18 8322/22 8322/25
8323/5 8323/7 8323/11 8323/14 8324/1
8324/2 8330/10 8331/11 8331/20
8334/12 8336/18 8336/18 8336/22
factual [1] 8304/20
fail [3] 8348/18 8352/20 8356/13
failure [1] 8320/5
fair [4] 8267/5 8285/13 8301/10 8315/21
fairly [1] 8283/21
familiar [4] 8295/25 8346/2 8346/5
8361/7
Fannin [1] 8250/10
far [4] 8294/11 8350/13 8356/9 8362/5
FCRR [3] 8251/10 8374/4 8374/12
Federal [1] 8248/10
feet [1] 8353/9
felt [1] 8262/11
few [7] 8267/14 8267/14 8284/6 8337/18
8355/20 8355/24 8373/11
file [1] 8253/9
filter [5] 8366/10 8366/12 8366/19
8366/23 8366/23
filters [1] 8366/12

final [2] 8341/12 8341/23
finally [5] 8254/20 8257/22 8281/6
8292/6 8295/20
financially [1] 8288/14
find [4] 8255/13 8338/11 8360/8 8368/1
fine [7] 8257/12 8283/5 8289/18 8292/17
8305/22 8305/24 8308/6
finish [2] 8372/13 8372/14
finished [4] 8262/11 8269/24 8271/17
8284/18
fire [1] 8283/17
Firm [2] 8247/18 8248/5
first [24] 8255/25 8263/13 8265/3
8266/10 8275/14 8284/7 8285/3 8285/25
8286/21 8290/5 8298/19 8311/18
8317/22 8318/17 8332/19 8341/24
8346/13 8353/21 8353/23 8354/1 8357/1
8366/5 8370/6 8370/17
five [1] 8343/11
flapper [3] 8349/6 8368/6
flappers [5] 8351/7 8356/25 8358/21
8359/10 8360/15
float [74] 8266/13 8266/16 8266/19
8266/23 8267/7 8267/17 8267/19 8268/5
8268/10 8344/7 8344/21 8344/25 8345/2
8345/17 8345/19 8345/25 8346/3 8346/5
8346/15 8346/18 8346/20 8346/22
8347/8 8347/11 8348/14 8348/19
8349/14 8349/17 8351/2 8351/5 8351/19
8353/12 8353/18 8354/3 8354/4 8354/10
8354/14 8354/20 8355/10 8355/12
8355/13 8355/14 8356/1 8356/10
8356/15 8356/18 8356/21 8358/1
8358/10 8358/18 8359/8 8359/16 8360/5
8361/9 8363/13 8363/19 8364/13
8364/17 8364/21 8365/10 8366/1 8366/9
8366/13 8366/16 8366/24 8367/10
8367/19 8368/1 8368/15 8368/20 8369/2
8370/12 8370/17 8371/9
floaters [1] 8257/21
floats [3] 8270/23 8271/6 8271/21
floor [3] 8247/13 8250/14 8270/8
flow [30] 8266/24 8278/24 8279/5
8282/17 8290/11 8290/13 8290/14
8290/25 8292/7 8292/16 8321/3 8321/11
8326/3 8326/9 8326/15 8344/25 8350/7
8350/22 8351/14 8352/20 8355/6 8364/3
8366/9 8369/14 8369/19 8369/21
8369/21 8370/3 8370/14 8370/15
flow-activated [2] 8344/25 8366/9
flow-in [1] 8292/7
flow-out [2] 8290/25 8292/16
flowing [2] 8266/24 8301/17
flowing.' [1] 8292/8
FLOYD [1] 8251/4
fluid [9] 8267/2 8267/3 8277/13 8320/18
8320/19 8321/12 8321/14 8350/8
8350/24
fluids [6] 8270/21 8277/15 8291/1
8291/18 8291/21 8336/5
fly [1] 8340/10
fly-out [1] 8340/10
focus [2] 8320/9 8325/23
focused [1] 8335/10
fold [1] 8340/18
fold-out [1] 8340/18
folks [4] 8261/24 8298/8 8299/10
8299/19
follow [1] 8308/12
follow-up [1] 8308/12
followed [1] 8275/7
follows [3] 8256/9 8308/25 8343/10
foolish [2] 8325/8 8325/8

foot [4] 8319/6 8319/12 8329/24 8330/16
foregoing [1] 8374/6
form [5] 8288/15 8288/18 8289/1
8296/10 8302/17
formal [3] 8288/11 8261/10 8286/16
formation [5] 8334/22 8335/2 8350/9
8350/23 8350/24
formations [1] 8335/16
formula [2] 8318/17 8321/25
forth [1] 8267/14
forthcoming [1] 8262/25
forward [2] 8263/20 8300/5
forwarding [2] 8296/8 8296/14
forwards [1] 8296/3
found [1] 8277/14
foundation [4] 8304/8 8304/21 8316/21
8364/25
four [8] 8281/20 8298/2 8298/4 8347/7
8347/11 8347/22 8351/1 8352/2
fourth [1] 8327/20
frac [2] 8334/23 8340/23
fracture [1] 8370/11
fractured [1] 8369/20
frame [3] 8269/19 8277/2 8283/11
Francisco [1] 8248/11
Franklin [1] 8249/5
Fraud [1] 8249/3
Frilot [1] 8250/5
front [2] 8315/5 8345/13
Frugé [1] 8247/21
full [5] 8256/10 8287/13 8309/1 8343/19
8370/6
further [4] 8288/1 8297/16 8308/8
8349/16
future [14] 8258/11 8259/9 8259/21
8260/3 8260/20 8260/23 8260/25 8261/8
8262/23 8285/25 8288/10 8289/2
8294/14 8307/17

**G**

Gagliano [1] 8268/22
gain [1] 8290/15
gained [1] 8268/8
gaps [1] 8259/17
gas [3] 8311/6 8312/22 8313/16
gas-related [1] 8313/16
Gate [1] 8248/10
gather [2] 8262/5 8265/18
gathering [1] 8283/21
gave [6] 8290/20 8293/8 8299/18
8301/19 8302/22 8304/19
GAVIN [2] 8251/4 8363/4
Gemco [1] 8344/16
general [13] 8249/7 8249/11 8265/24
8266/18 8267/12 8273/7 8275/3 8284/20
8284/22 8286/3 8305/15 8308/4 8329/5
generally [6] 8267/2 8278/19 8285/13
8297/2 8300/17 8301/21
gentlemen [1] 8306/20
geometries [1] 8318/22
get [28] 8255/13 8261/20 8262/24
8263/9 8265/1 8266/11 8267/3 8267/20
8282/21 8283/22 8283/22 8284/1
8284/16 8284/17 8291/9 8298/7 8304/5
8309/11 8338/2 8343/11 8344/7 8345/5
8346/8 8349/24 8356/8 8357/1 8372/7
8372/24
gets [3] 8313/16 8327/2 8343/3
getting [7] 8296/21 8296/21 8310/7
8359/14 8365/6 8366/24 8368/5
give [9] 8263/19 8272/24 8275/3 8290/2
8295/6 8316/5 8318/25 8344/10 8364/12

**G**

given [4]  8291/16 8293/6 8304/16
8363/19
giving [1]  8286/23
glued [1]  8354/10
GmbH [1]  8246/8
go [56]  8256/24 8257/6 8258/3 8259/7
8262/3 8264/13 8270/25 8271/12
8278/20 8278/21 8280/8 8282/19
8298/25 8300/5 8305/7 8306/24 8310/9
8316/23 8321/13 8324/21 8327/11
8331/12 8331/14 8331/15 8331/20
8331/21 8331/22 8332/8 8337/25 8338/3
8338/4 8338/9 8339/4 8341/15 8341/16
8345/21 8345/22 8346/9 8347/18 8349/1
8350/1 8350/10 8351/16 8353/22 8356/9
8358/14 8365/13 8365/14 8366/4 8367/6
8368/10 8369/25 8370/19 8371/6
8371/22 8373/17
goal [1]  8265/16
Godwin [4]  8251/2 8251/3 8251/7
8373/19
goes [5]  8278/2 8278/15 8309/24
8317/13 8367/3
going [37]  8254/8 8259/12 8262/25
8263/20 8264/12 8267/25 8273/10
8277/18 8280/18 8283/20 8287/18
8291/2 8294/9 8294/22 8304/20 8306/10
8325/1 8325/2 8336/13 8337/18 8337/20
8339/15 8341/4 8343/7 8343/10 8344/21
8346/9 8346/10 8346/13 8353/3 8356/6
8358/16 8360/22 8363/5 8372/5 8372/7
8373/8
Golden [1]  8248/10
gone [1]  8270/8
good [22]  8253/4 8253/15 8265/15
8270/24 8285/11 8288/16 8297/25
8305/24 8307/18 8307/21 8310/21
8330/24 8332/16 8337/14 8337/16
8340/11 8343/4 8343/15 8343/25
8347/24 8363/4 8372/12
got [12]  8267/22 8272/10 8276/19
8280/22 8291/25 8292/3 8297/10
8299/22 8338/18 8339/10 8340/8 8367/6
grade [1]  8319/6
graded [1]  8288/11
gradient [1]  8340/23
gradients [1]  8334/23
grading [2]  8288/15 8288/18
graduate [4]  8257/4 8259/21 8260/2
8311/4
graduated [2]  8257/6 8260/5
graduation [1]  8261/3
Grand [1]  8250/14
graphs [1]  8277/1
gray [1]  8321/6
greater [9]  8314/23 8318/13 8322/2
8322/5 8323/22 8324/2 8324/3 8324/4
8330/18
green [1]  8277/25
grounds [1]  8254/6
group [5]  8247/15 8311/23 8312/4
8312/8 8345/1
guaranteed [1]  8328/6
guess [6]  8284/7 8304/25 8327/18
8327/18 8372/23 8373/24
GULF [8]  8246/5 8258/19 8313/2
8324/12 8326/22 8326/23 8327/5
8332/11
guy [1]  8341/6

**H**

had [64]  8254/1 8254/12 8258/3 8259/4
8259/17 8259/18 8259/19 8261/10
8263/25 8267/6 8268/4 8268/24 8268/4
8268/5 8268/10 8270/17 8271/11 8272/1
8272/5 8275/11 8277/13 8280/8 8280/16
8280/20 8280/25 8281/24 8283/23
8284/24 8287/22 8288/17 8289/16
8291/24 8293/2 8298/6 8298/19 8298/22
8305/14 8305/16 8306/1 8306/11
8306/13 8307/2 8307/11 8307/17
8307/25 8308/3 8315/8 8317/5 8325/11
8325/18 8326/17 8330/15 8331/6
8344/23 8356/18 8358/4 8361/20
8361/22 8361/23 8361/23 8371/20
8372/10 8373/20 8373/21
hadn't [1]  8262/2
Hafle [3]  8307/7 8307/11 8307/11
half [8]  8348/2 8356/3 8360/1 8360/9
8360/13 8360/14 8372/22 8373/3
half-inch [1]  8348/2
Halliburton [10]  8251/2 8251/7 8308/9
8308/10 8342/15 8363/1 8363/5 8373/10
8373/19 8373/21
hallway [3]  8283/2 8283/17 8283/18
hand [4]  8278/13 8295/17 8296/5 8326/4
handover [1]  8262/22
hangs [1]  8324/22
HANKEY [1]  8248/15
happen [2]  8264/25 8349/20
happened [6]  8263/19 8267/11 8275/2
8283/12 8308/3 8355/10
happy [2]  8287/25 8310/16
hard [1]  8350/13
HARIKLIA [2]  8249/22 8253/16
Hariklia Karis [1]  8253/16
Harrell [1]  8298/7
HARTLEY [1]  8251/4
has [29]  8253/7 8253/19 8253/23
8266/10 8281/8 8293/25 8294/22
8295/14 8295/22 8304/21 8308/10
8314/10 8320/15 8321/12 8326/7
8326/25 8327/24 8328/2 8331/8 8338/24
8345/18 8346/15 8349/4 8350/25 8356/5
8356/11 8359/17 8366/14 8372/1
hasn't [2]  8293/25 8358/13
hasn't talked [1]  8358/13
HAUSER [1]  8249/4
have [212]
haven't [6]  8262/9 8303/13 8309/18
8321/2 8337/19 8373/9
having [8]  8256/9 8308/25 8320/18
8325/5 8339/15 8343/18 8353/18
8373/16
HAYCRAFT [1]  8249/19
HB [1]  8251/10
HB-406 [1]  8251/10
HCQ110 [1]  8331/4
HCQ125 [1]  8319/14
he [69]  8267/18 8280/25 8280/25 8281/5
8281/21 8281/24 8281/25 8283/4 8288/2
8290/15 8293/8 8294/21 8294/21
8294/22 8294/23 8296/11 8296/17
8299/7 8299/20 8299/21 8303/24
8303/24 8303/25 8304/17 8304/21
8304/22 8304/23 8305/2 8305/22
8305/23 8306/5 8306/9 8306/24 8307/2
8307/2 8307/4 8307/5 8307/6 8307/7
8307/11 8307/14 8308/5 8308/5 8308/6
8309/13 8309/15 8309/24 8314/12
8338/24 8343/7 8343/8 8343/11 8357/9
8358/3 8358/4 8358/5 8358/6 8358/6
8358/13 8360/7 8361/4 8370/20 8370/22
8370/23 8370/24 8372/6 8372/21
8372/22 8372/25

He's [1]  8343/9
He's [1]  8343/9
headed [1]  8265/18
heading [1]  8283/3
hear [1]  8292/25
heard [16]  8262/9 8266/10 8281/7
8283/15 8283/16 8283/16 8290/19
8292/23 8293/25 8302/25 8304/23
8305/2 8345/18 8349/4 8353/17 8366/14
Hearing [1]  8254/19
hearsay [2]  8254/3 8254/6
heating [1]  8321/13
heats [2]  8321/11 8321/13
heavier [2]  8267/2 8277/13
heavy [1]  8280/23
heightened [1]  8285/1
held [5]  8269/13 8270/23 8274/4 8352/1
8355/14
help [2]  8259/17 8259/19
helped [1]  8348/8
here [54]  8253/17 8268/22 8271/20
8272/8 8277/24 8279/6 8279/7 8280/5
8280/6 8280/13 8282/3 8293/24 8295/11
8296/2 8304/22 8313/20 8316/10
8316/17 8318/2 8321/1 8321/6 8326/5
8326/12 8327/20 8329/22 8330/10
8330/13 8330/14 8331/20 8332/3
8338/12 8338/13 8339/3 8340/16
8342/14 8343/11 8346/23 8347/2 8349/7
8350/12 8350/14 8350/14 8351/23
8363/10 8363/20 8363/23 8365/25
8368/1 8368/5 8368/13 8368/15 8369/18
8373/16 8373/21
here's [3]  8304/7 8304/9 8367/12
hereby [1]  8374/6
Herman [5]  8246/22 8246/22 8246/23
8285/11 8298/17
hiccup [1]  8255/11
high [12]  8262/9 8289/16 8311/14
8311/14 8319/4 8321/15 8321/15
8330/19 8331/6 8331/7 8331/11 8350/2
high-collapse [4]  8319/4 8331/6 8331/7
8331/11
high-density [1]  8350/2
higher [4]  8267/14 8323/6 8323/15
8366/24
highlight [4]  8269/1 8269/20 8276/5
8370/8
highlighted [4]  8289/7 8290/5 8292/6
8297/13
highly [1]  8298/10
HILL [2]  8251/4 8363/4
him [29]  8255/25 8259/13 8281/15
8283/4 8291/8 8294/21 8294/22 8304/12
8304/15 8304/22 8304/25 8305/23
8307/12 8308/16 8310/6 8314/10 8341/6
8343/6 8357/10 8359/18 8360/4 8370/22
8370/23 8371/21 8372/7 8372/7 8372/24
8373/21 8373/22
his [20]  8289/4 8290/6 8290/6 8290/8
8290/13 8290/14 8291/7 8293/8 8305/12
8309/10 8309/10 8309/23 8309/14
8309/18 8309/19 8310/10 8310/14
8358/11 8360/4 8360/10
hitch [7]  8258/25 8261/14 8262/17
8265/3 8265/7 8265/8 8265/10
hitches [1]  8298/2
hold [4]  8273/24 8348/15 8348/23
8352/3
holding [2]  8271/22 8352/5
Holdings [5]  8250/5 8250/8 8250/12
8250/16 8250/19
holds [5]  8288/14 8346/25 8351/22

**H**

holds... [2] 8351/24 8352/2
hole [3] 8335/3 8339/7 8350/14
Holthaus [1] 8247/21
honest [1] 8267/25
Honor [75] 8253/4 8253/11 8253/15
8253/25 8254/2 8254/11 8255/1 8255/2
8255/10 8255/16 8255/24 8259/12
8279/24 8285/8 8287/10 8288/2 8291/2
8292/1 8294/20 8295/2 8295/22 8297/17
8297/21 8303/9 8304/8 8308/8 8308/10
8308/12 8308/15 8308/22 8309/17
8309/21 8310/19 8314/6 8314/11 8316/1
8332/12 8337/10 8338/23 8342/9
8342/11 8342/13 8342/19 8342/25
8343/5 8343/15 8353/3 8353/8 8355/18
8355/20 8357/8 8357/17 8358/2 8358/8
8360/3 8360/7 8361/5 8361/18 8362/7
8362/9 8362/11 8362/14 8362/18
8362/21 8363/7 8364/22 8365/16 8367/3
8367/15 8369/9 8371/5 8371/15 8373/6
8373/12 8373/19
HONORABLE [1] 8246/15
hope [2] 8255/13 8337/11
hoped [1] 8373/21
hopefully [1] 8295/21
hoping [1] 8373/3
HORIZON [12] 8246/4 8262/14 8262/18
8263/1 8265/4 8265/7 8265/8 8265/12
8265/25 8283/14 8284/7 8298/3
Houma [1] 8247/16
hour [1] 8264/3
hours [5] 8263/20 8271/3 8271/11
8307/22 8372/25
house [1] 8323/5
Houston [9] 8248/4 8250/10 8250/21
8251/8 8263/18 8263/18 8297/14
8307/23 8344/4
Houston-based [1] 8263/18
how [66] 8257/25 8258/8 8260/8
8260/12 8262/7 8265/6 8265/6 8265/14
8265/14 8266/2 8270/13 8274/10
8274/18 8274/23 8283/4 8285/4 8286/14
8286/16 8289/3 8291/25 8292/3 8299/13
8299/17 8300/15 8302/22 8305/15
8305/23 8311/5 8311/19 8312/25
8317/11 8318/7 8318/18 8318/22
8318/22 8322/5 8323/1 8324/14 8325/13
8326/2 8326/9 8332/25 8333/7 8333/11
8333/15 8333/22 8334/5 8334/23
8335/16 8336/1 8339/6 8340/16 8344/10
8344/11 8346/5 8348/21 8351/19 8352/1
8357/1 8357/11 8360/4 8361/11 8362/18
8368/21 8372/21 8373/13
Hughes [6] 8250/19 8257/8 8257/25
8258/2 8258/10 8259/4
hundred [1] 8267/14
hurry [1] 8284/14
hydrocarbon [2] 8266/23 8351/14
hydrocarbon-bearing [1] 8266/23
hydrocarbons [2] 8321/3 8321/11
HYMEL [1] 8250/16
hypothetical [1] 8367/2

**I**

I'll [10] 8268/15 8276/5 8282/21 8291/8
8310/6 8359/18 8361/2 8368/24 8369/8
8371/6
I'm [52] 8254/8 8257/12 8259/12
8267/25 8281/9 8281/14 8283/20
8285/16 8286/8 8286/9 8287/5 8287/25
8291/2 8292/11 8294/11 8296/15

8301/25 8302/7 8302/8 8303/8 8303/19
8303/24 8311/8 8322/24 8323/8 8332/3
8332/16 8337/9 8337/18 8338/1 8339/15
8341/2 8343/10 8345/7 8346/9 8346/10
8346/13 8353/3 8356/5 8357/1 8357/13
8357/16 8358/16 8359/15 8359/16
8360/8 8363/5 8365/2 8370/23 8372/9
8372/25 8373/2 8373/8
I've [6] 8277/24 8311/9 8313/21 8341/11
8345/13 8365/12
idea [2] 8262/24 8364/12
identified [2] 8317/6 8366/1
identifying [1] 8363/25
if [99] 8254/12 8256/1 8261/18 8262/2
8263/9 8263/22 8264/7 8264/21 8264/25
8266/5 8268/18 8268/25 8268/25
8269/19 8269/20 8275/22 8277/19
8277/24 8278/13 8279/7 8280/2 8284/10
8287/13 8288/1 8288/2 8290/7 8290/14
8290/14 8292/11 8294/14 8294/21
8294/22 8295/13 8295/13 8303/1
8303/22 8305/7 8307/17 8308/16
8309/11 8311/24 8313/5 8313/15
8313/24 8316/11 8318/8 8318/15 8319/9
8319/18 8321/22 8323/8 8325/16
8325/19 8325/25 8327/17 8328/24
8330/15 8331/10 8331/17 8336/10
8336/11 8337/9 8338/6 8339/19 8347/17
8345/3 8345/22 8346/8 8346/9 8347/5
8347/18 8348/21 8350/1 8353/7 8353/22
8354/7 8355/24 8356/8 8356/9 8356/22
8357/12 8358/23 8358/25 8359/8
8359/10 8359/15 8359/18 8360/8
8365/18 8366/18 8366/22 8368/2
8368/10 8368/20 8369/8 8369/25 8370/7
8372/2 8372/8
Illinois [1] 8249/24
impact [3] 8337/5 8340/6 8340/22
impeachment [2] 8294/21 8303/9
implies [1] 8324/23
important [2] 8330/25 8335/13
imposed [1] 8320/14
impression [9] 8265/19 8265/24 8270/16
8272/3 8274/25 8282/9 8282/13 8284/16
8284/23
Imprevento [1] 8247/8
improper [1] 8294/20
in [340]
in-house [1] 8323/5
inasmuch [1] 8309/8
INC [16] 8246/11 8249/19 8249/22
8250/3 8250/6 8250/7 8250/9 8250/10
8250/13 8250/13 8250/17 8250/17
8250/20 8250/21 8251/3 8251/7
inch [31] 8316/18 8316/19 8317/4
8317/11 8317/11 8317/13 8317/25
8318/1 8318/2 8319/4 8319/10 8321/6
8326/5 8329/23 8330/16 8331/3 8331/4
8331/20 8338/16 8346/25 8347/22
8348/2 8352/3 8352/13 8356/11 8356/17
8356/24 8357/6 8357/21 8357/24
8358/20
inches [3] 8347/15 8348/10 8348/25
incident [3] 8283/13 8289/20 8296/7
inconsistent [1] 8294/23
increase [2] 8278/15 8290/14
increased [1] 8278/12
increasing [2] 8277/20 8292/16
independent [2] 8315/21 8326/18
indicated [2] 8268/9 8354/10
indicates [1] 8327/20
indicators [1] 8271/23
indifferent [1] 8298/14

industry [10] 8262/10 8311/6 8313/5
8319/21 8322/12 8323/1 8324/12
8325/6 8330/3
industry-standard [1] 8322/12
influence [1] 8335/16
information [6] 8257/3 8264/17 8265/17
8282/21 8282/23 8342/2
inner [2] 8320/20 8349/17
inquiry [1] 8345/20
inside [5] 8319/24 8319/25 8331/1
8351/19 8352/1
installed [7] 8317/12 8319/1 8325/15
8325/17 8331/4 8331/5 8331/6
installing [1] 8325/13
instance [1] 8357/2
Institute [8] 8313/7 8313/14
integrity [3] 8335/23 8340/7
intended [4] 8346/5 8350/21 8354/14
8359/3
intent [2] 8279/22 8317/8
intentional [1] 8362/17
INTEQ [1] 8257/8
interacted [1] 8265/14
interaction [1] 8272/4
interest [2] 8289/7 8289/16
interested [4] 8259/2 8259/7 8289/13
8319/22
intermediate [4] 8317/6 8317/8 8317/12
8321/7
internal [4] 8319/23 8319/24 8322/13
8324/15
interpretation [1] 8275/12
Interval [1] 8339/5
interview [3] 8289/25 8290/16 8290/21
interviewed [1] 8289/20
interviews [1] 8290/1
into [23] 8261/5 8266/11 8272/10
8280/24 8283/2 8283/17 8283/25 8284/3
8291/9 8309/24 8316/2 8317/13 8317/15
8334/23 8336/20 8345/21 8350/22
8351/8 8356/8 8358/14 8359/14 8360/5
8370/19
introduce [2] 8253/9 8255/6
investigation [3] 8292/12 8354/23
8354/25
involve [1] 8275/5
involved [16] 8260/12 8261/17 8261/24
8262/4 8264/20 8264/23 8272/20 8311/5
8311/9 8313/5 8313/6 8313/16 8336/3
8336/5 8344/11 8344/18
involvement [2] 8344/23 8358/4
Irpino [2] 8248/5 8248/6
is [263]
isn't [5] 8299/12 8299/14 8307/23 8308/6
8359/11
issue [12] 8255/17 8284/10 8294/16
8309/9 8327/1 8333/8 8333/23 8335/2
8336/2 8336/12 8371/16 8372/9
issues [27] 8259/17 8263/5 8263/21
8263/21 8264/5 8264/13 8264/21
8265/19 8272/25 8272/25 8273/9
8309/10 8328/11 8328/16 8332/7 8335/6
8335/6 8335/9 8335/12 8335/15 8335/19
8335/21 8335/21 8336/1 8336/1 8336/4
8344/22
it [247]
it you [1] 8300/13
it's [56] 8255/16 8255/17 8258/13 8266/3
8272/8 8273/9 8273/17 8277/25 8281/9
8283/25 8289/10 8289/12 8294/11
8296/13 8296/25 8303/3 8304/24
8307/18 8313/15 8317/2 8323/17
8325/20 8326/24 8330/24 8330/25

## I

it's... [31]  8330/25 8340/14 8340/17
8341/4 8341/4 8341/13 8341/15 8345/16
8345/17 8350/13 8352/4 8354/1 8354/8
8354/14 8356/15 8358/11 8358/25
8359/3 8359/5 8360/9 8360/23 8362/16
8364/5 8364/15 8364/22 8364/24 8368/6
8369/6 8370/6 8370/21 8372/2
its [6]  8330/13 8341/24 8343/16 8350/21
8356/12 8357/12
itself [3]  8320/2 8346/20 8348/19

## J

jack [1]  8257/20
jack-up [1]  8257/20
JAMES [2]  8246/19 8249/12
Jason [11]  8280/20 8281/3 8281/20
8293/6 8298/7 8302/9 8302/20 8303/1
8303/20 8304/17 8304/18
Jefferson [2]  8246/20 8257/20
JEFFREY [2]  8247/9 8355/23
JERRY [1]  8251/7
JESSICA [2]  8248/19 8248/20
jet [1]  8316/20
JIMMY [2]  8248/3 8298/7
job [32]  8257/13 8257/15 8259/15
8261/22 8264/11 8264/22 8266/4 8266/5
8268/14 8268/16 8269/12 8269/17
8269/23 8270/12 8270/12 8270/15
8270/17 8270/18 8271/17 8271/23
8272/5 8287/4 8306/15 8333/1 8333/15
8333/19 8335/13 8335/25 8336/23
8337/3 8337/5 8344/5
job-specific [1]  8264/11
jobs [3]  8270/17 8284/24 8301/13
Joe [2]  8290/5 8308/1
JOHN [4]  8247/22 8250/20 8309/5
8332/16
join [3]  8258/5 8260/22 8291/23
joined [3]  8259/10 8260/24 8261/1
JR [3]  8247/12 8251/3 8251/4
JUDGE [4]  8246/15 8279/23 8309/5
8310/10
jumped [2]  8283/16 8283/23
jumping [1]  8283/25
just [95]  8254/4 8254/8 8254/21 8255/24
8256/5 8256/23 8258/5 8259/1 8263/8
8263/11 8263/12 8263/13 8264/2 8264/7
8266/3 8266/5 8268/15 8268/18 8268/21
8268/21 8269/5 8269/9 8270/4 8270/12
8270/25 8271/4 8272/14 8274/8 8275/21
8275/22 8276/1 8276/12 8277/1 8279/18
8280/2 8280/3 8281/4 8281/13 8282/7
8282/21 8284/6 8284/22 8289/10 8290/2
8290/2 8292/20 8294/7 8295/6 8295/16
8302/18 8303/11 8303/16 8306/4 8317/9
8337/18 8338/6 8338/20 8340/10
8340/11 8341/13 8342/21 8344/7
8344/10 8344/24 8345/8 8346/8 8346/13
8346/13 8348/6 8349/4 8349/13 8349/23
8350/17 8352/4 8355/3 8355/24 8356/8
8357/8 8357/10 8359/15 8360/3 8360/23
8361/4 8363/14 8363/16 8367/8 8369/6
8369/8 8369/14 8369/15 8369/18 8370/7
8370/24 8371/16 8373/11
Justice [4]  8248/8 8248/12 8248/18
8249/2

## K

Kaluza [19]  8276/16 8276/19 8276/21
8281/4 8281/21 8299/6 8299/13 8299/16
8303/22 8304/4 8304/12 8304/14

---

8304/16 8305/13 8305/18 8306/13
8306/16 8306/17 8306/24
Kanner [2]  8249/15 8249/15
KARIS [3]  8249/22 8253/16 8253/25
Katz [1]  8246/22
Keegan [1]  8310/21
keep [6]  8266/24 8267/3 8310/5 8310/7
8329/6 8357/16
Keith [1]  8308/1
KELLEY [1]  8249/4
KERRY [1]  8250/6
kick [1]  8337/10
kill [6]  8275/6 8277/13 8280/12 8300/11
8302/15 8307/13
Kinchen [2]  8250/19 8250/20
kind [28]  8258/3 8259/8 8261/11
8262/24 8263/19 8264/3 8265/18
8272/23 8278/10 8280/5 8280/16
8280/21 8283/15 8284/25 8297/2
8316/19 8318/19 8319/4 8319/5 8322/4
8324/23 8325/10 8327/2 8329/5 8330/3
8330/4 8335/12 8342/22
kinds [2]  8263/11 8335/21
Kirkland [1]  8249/21
know [37]  8264/3 8264/4 8265/6 8265/17
8268/2 8273/14 8289/12 8293/8 8293/18
8298/7 8299/16 8300/1 8302/25 8303/1
8303/2 8307/4 8323/1 8328/15 8330/12
8331/25 8339/24 8340/16 8342/4
8343/11 8348/24 8350/19 8354/7
8361/11 8361/12 8361/12 8361/14
8361/16 8361/17 8362/5 8365/2 8366/18
8366/21
knowledge [5]  8290/23 8294/3 8334/1
8334/5 8334/12
known [10]  8291/11 8320/13 8320/17
8326/7 8326/11 8328/3 8330/4 8330/6
8331/6 8344/24
knows [2]  8358/5 8358/6
KRAUS [1]  8249/16
Kullman [1]  8247/5

## L

L-A-M-B-E-R-T [1]  8256/13
L-E-E [1]  8256/13
L-E-W-I-S [1]  8309/4
L-I-R-E-T-T-E [1]  8343/22
lack [2]  8334/15 8364/25
Lacy's [1]  8254/21
laed.uscourts.gov [1]  8251/12
Lafayette [2]  8246/21 8250/18
Lafleur [1]  8250/16
Lamar [1]  8251/8
Lambert [18]  8255/25 8256/8 8256/12
8256/16 8270/9 8275/24 8276/22
8276/25 8279/17 8280/2 8284/6 8285/5
8285/11 8285/13 8288/7 8295/25
8297/25 8341/7
land [8]  8257/20 8259/25 8260/3
8270/17 8285/15 8285/18 8346/19
8359/8
landing [1]  8346/16
LANGAN [1]  8249/22
large [4]  8283/15 8316/20 8328/12
8354/3
large-diameter [1]  8316/20
larger [1]  8345/23
Lasalle [1]  8249/23
laser [1]  8280/2
last [9]  8292/6 8295/20 8297/12 8297/13
8311/12 8317/17 8338/1 8338/3 8340/4
Lastly [1]  8361/5
later [6]  8255/13 8282/25 8293/3

---

8305/19 8338/6 8349/20
8351/24 8367/22
Law [3]  8247/15 8247/18 8248/5
LAWRENCE [1]  8248/21
lays [1]  8319/5
LCM [2]  8300/5 8300/7
leader [34]  8258/10 8258/15 8259/2
8259/9 8259/21 8260/2 8260/10 8260/19
8260/21 8260/23 8260/25 8261/8
8261/21 8262/12 8262/22 8262/23
8267/16 8272/21 8273/8 8276/16
8280/18 8283/3 8284/22 8288/8 8288/10
8289/2 8291/7 8291/15 8300/3 8301/3
8301/16 8307/16 8307/18 8341/5
leaders [8]  8258/14 8259/18 8261/21
8262/23 8275/17 8278/25 8284/17
8300/2
leadership [1]  8263/18
leaking [1]  8277/15
learn [7]  8258/8 8260/19 8261/20
8270/13 8275/17 8300/24 8318/11
learned [1]  8258/10
learners [1]  8343/3
LEASING [1]  8246/8
least [3]  8299/8 8310/13 8368/7
leave [3]  8258/2 8352/24 8369/8
leaving [4]  8288/20 8306/4 8306/24
8353/19
led [3]  8273/5 8273/7 8274/14
Lee [4]  8255/25 8256/8 8256/12 8341/7
Lee Lambert [1]  8341/7
left [10]  8257/10 8278/13 8282/15
8282/24 8306/2 8307/4 8311/21 8312/12
8326/4 8350/13
left-hand [2]  8278/13 8326/4
Leger [2]  8247/12 8247/12
length [1]  8348/2
Leo [1]  8299/13
less [8]  8315/18 8320/20 8329/6 8329/22
8331/10 8348/24 8348/25 8350/23
lesson [1]  8342/24
let [24]  8255/25 8264/4 8273/18 8275/21
8275/22 8276/1 8276/24 8282/7 8282/22
8290/23 8291/8 8294/22 8303/16 8304/1
8310/6 8319/9 8343/11 8353/7 8354/6
8356/2 8358/18 8359/18 8371/6 8371/21
let's [30]  8256/23 8258/5 8259/1 8262/13
8268/12 8270/25 8279/7 8298/25
8302/10 8303/5 8304/1 8308/17 8310/7
8316/9 8316/17 8318/17 8319/16 8320/9
8321/21 8322/21 8325/23 8327/4
8329/13 8349/1 8350/10 8351/16
8365/14 8366/5 8367/8 8367/13
letters [1]  8319/8
letting [1]  8373/17
leveled [1]  8278/8
levels [1]  8335/2
Lewis [36]  8247/5 8249/18 8251/2
8251/7 8252/5 8308/16 8308/22 8308/24
8309/3 8309/10 8310/25 8311/5 8313/19
8314/7 8314/15 8315/5 8316/9 8316/17
8319/8 8320/22 8322/7 8323/11 8324/14
8325/21 8326/2 8326/13 8328/8 8328/24
8329/8 8329/20 8330/15 8331/3 8331/25
8332/16 8337/14 8339/13
Lewis' [4]  8309/7 8309/21 8310/22
8316/2
LI [1]  8250/13
life [2]  8320/13 8349/21
lifeboat [3]  8283/19 8284/1 8284/2
lifeboats [3]  8283/23 8284/3 8284/25
like [32]  8254/7 8261/9 8262/10 8263/13
8284/24 8287/13 8287/15 8289/1 8292/7

**L**

like... [23] 8292/20 8309/7 8310/13
8311/7 8315/11 8316/1 8318/7 8323/6
8339/3 8340/17 8340/23 8342/19
8344/12 8345/19 8345/21 8346/8 8353/5
8357/15 8363/10 8363/16 8365/9 8367/5
8372/16
limit [4] 8330/11 8356/7 8356/11 8356/16
limited [4] 8259/25 8289/10 8289/12
8291/3
limits [2] 8356/12 8357/13
Lindner [5] 8299/13 8299/16 8299/18
8299/23 8300/1
line [13] 8264/13 8264/13 8277/13
8277/25 8280/10 8280/12 8300/11
8302/10 8302/11 8302/15 8303/6
8307/13 8344/6
liner [53] 8309/9 8310/2 8314/18
8315/20 8323/18 8323/25 8324/7
8324/10 8324/17 8324/19 8324/20
8324/20 8324/23 8325/5 8325/10
8325/11 8325/21 8325/22 8325/24
8326/9 8326/11 8326/12 8326/14
8326/21 8327/2 8327/6 8327/25 8328/3
8328/5 8329/3 8329/25 8332/5 8332/25
8333/4 8333/8 8333/12 8333/18 8333/22
8334/3 8334/17 8334/24 8335/2 8335/8
8335/14 8335/17 8336/2 8336/10
8336/11 8336/11 8336/12 8338/17
8339/8 8339/9
liner-and-tieback [2] 8314/18 8315/20
liners [4] 8325/8 8326/19 8327/4
8327/15
lines [3] 8275/6 8290/10 8373/11
lining [2] 8274/8 8275/4
Lirette [27] 8343/5 8343/16 8343/17
8343/21 8343/25 8345/6 8345/14 8346/3
8346/13 8347/17 8350/5 8350/12
8353/21 8354/2 8354/7 8355/5 8355/25
8362/25 8363/4 8363/12 8366/8 8369/14
8369/15 8369/23 8370/10 8371/10
8371/12
Liskow [1] 8249/18
list [6] 8253/5 8253/7 8253/17 8253/19
8253/23 8255/4
literally [1] 8337/10
Litigation [1] 8284/3
little [15] 8256/23 8259/1 8262/13 8264/7
8269/10 8270/3 8271/1 8272/14 8281/2
8288/15 8316/9 8340/2 8347/5 8349/13
8350/13
live [5] 8256/16 8344/1 8344/2 8372/4
8372/9
LLC [11] 8246/19 8246/22 8247/2
8247/15 8249/15 8250/5 8250/6 8250/9
8250/12 8250/16 8250/20
LLP [6] 8247/21 8249/21 8250/2 8250/8
8250/12 8250/19
load [16] 8283/23 8318/12 8318/13
8319/17 8320/1 8320/2 8320/3 8320/9
8320/14 8320/17 8320/17 8321/15
8321/16 8322/2 8322/4 8322/6
loaded [2] 8284/2 8349/6
loads [13] 8309/24 8309/24 8314/22
8314/24 8319/20 8319/23 8320/7
8320/10 8320/12 8320/23 8321/18
8325/1 8336/20
locate [1] 8308/16
located [3] 8266/15 8276/7 8279/16
location [4] 8276/5 8276/6 8290/25
8291/6
locations [1] 8271/12

logger [4] 8290/8 8290/13 8290/17
8300/22
loggers [1] 8291/16
logging [1] 8257/18
long [59] 8257/25 8260/8 8272/10
8309/9 8310/2 8311/5 8311/19 8314/17
8315/20 8317/17 8319/4 8322/15
8322/17 8322/19 8323/25 8324/1 8324/7
8324/9 8325/21 8325/23 8326/3 8326/4
8326/14 8326/19 8326/21 8326/25
8327/1 8327/4 8327/6 8327/15 8327/22
8327/24 8328/2 8328/25 8329/2 8329/25
8332/5 8332/25 8333/5 8333/7 8333/11
8333/18 8333/22 8334/2 8334/9 8334/17
8334/23 8335/2 8335/14 8335/17
8336/2 8336/12 8344/10 8344/11
8345/16 8360/4 8372/21 8373/13
long-string [5] 8314/17 8315/20 8317/17
8322/15 8322/17
long-string-versus-liner [4] 8333/22
8335/2 8336/2 8336/12
look [21] 8268/18 8269/19 8276/3
8277/24 8278/14 8288/1 8305/6 8315/16
8318/15 8319/16 8322/21 8322/23 8323/8
8324/1 8325/16 8329/18 8331/17
8331/23 8340/16 8373/8 8373/9
looked [8] 8270/14 8308/6 8320/16
8324/9 8324/10 8328/9 8335/23 8336/13
looking [6] 8270/19 8279/7 8292/15
8315/19 8320/10 8340/6
looks [2] 8289/1 8321/24
loosely [1] 8294/16
Los [1] 8250/14
lose [1] 8373/3
losing [1] 8350/24
loss [2] 8299/23 8300/9
lot [11] 8257/23 8257/24 8266/10
8266/11 8277/11 8283/25 8319/8 8323/3
8325/1 8330/12 8366/14
LOUISIANA [23] 8246/2 8246/6 8246/21
8246/24 8247/7 8247/13 8247/16
8247/19 8247/23 8248/7 8249/11
8249/12 8249/13 8249/15 8249/17
8249/20 8250/7 8250/18 8251/11
8297/20 8342/8 8362/10 8374/6
low [1] 8364/17
lower [1] 8353/14
lowered [1] 8284/3
LUIS [1] 8250/13
LUTHER [1] 8249/8
LWD [2] 8257/8 8257/14

**M**

M-I SWACO [1] 8299/13
M45 [1] 8345/25
M45AP [4] 8344/25 8345/17 8347/23
8363/13
Macondo [23] 8284/17 8314/17 8319/2
8319/3 8322/8 8322/16 8322/17 8322/19
8322/23 8323/19 8324/15 8325/14
8328/16 8334/3 8336/9 8356/16 8357/20
8358/4 8361/25 8364/21 8365/5 8366/19
8367/23
made [16] 8254/3 8267/6 8267/15
8270/14 8283/19 8318/20 8334/1 8334/2
8334/6 8334/6 8345/23 8349/7 8349/10
8349/14 8361/16 8372/12
Magazine [1] 8248/6
Mahtook [1] 8250/16
mail [13] 8268/21 8296/2 8296/3
8296/13 8296/22 8304/4 8304/5 8305/13
8305/14 8341/4 8341/9 8341/13 8341/19
Main [1] 8247/22

Mainly [2] 8328/2
majority [2] 8294/11 8357/14
majors [2] 8257/23 8257/23
make [16] 8254/4 8259/13 8264/24
8291/16 8302/16 8314/23 8315/11
8318/12 8322/1 8325/3 8340/2 8340/11
8342/1 8356/9 8366/5 8371/16
Make-up [1] 8366/5
makes [2] 8288/5 8296/7
making [3] 8334/13 8334/16 8335/20
MALINDA [1] 8248/21
man [1] 8357/13
manage [1] 8289/4
management [4] 8288/16 8289/3
8339/25 8340/3
manager [4] 8311/23 8312/3 8344/6
8345/1
manufacture [1] 8347/8
manufactured [1] 8365/7
many [8] 8260/12 8312/25 8324/11
8324/14 8325/13 8326/2 8326/9 8361/11
mark [2] 8307/7 8346/10
Mark Hafle [1] 8307/7
market [3] 8351/10 8351/13 8365/21
married [1] 8256/19
marshaling [1] 8254/9
master's [2] 8311/2 8311/17
material [8] 8299/23 8300/10 8318/20
8330/5 8331/7 8331/8 8349/14 8349/24
materials [2] 8309/25 8339/23
matter [3] 8309/8 8329/16 8374/9
matters [1] 8255/22
MATTHEW [1] 8249/23
may [15] 8259/12 8279/24 8287/18
8293/17 8293/19 8294/4 8294/10
8295/15 8310/19 8324/24 8324/24
8345/20 8353/9 8363/7 8372/14
maybe [4] 8254/9 8373/14
MAZE [1] 8249/8
McCLELLAN [1] 8248/19
MD [1] 8246/4
me [39] 8259/7 8259/11 8273/18
8275/21 8275/22 8276/1 8276/12
8276/24 8281/2 8282/7 8282/22 8283/15
8284/24 8286/8 8290/2 8290/23 8293/6
8293/8 8295/6 8302/22 8303/16 8304/1
8326/2 8327/19 8337/10 8343/11 8353/6
8353/7 8354/6 8356/2 8358/18 8362/1
8362/19 8366/22
mean [10] 8255/15 8266/3 8290/7
8290/12 8317/18 8348/7 8354/2 8356/4
8356/22 8363/17
meaning [1] 8344/12
means [3] 8317/25 8323/16 8349/23
measurement [1] 8257/17
mechanical [2] 8251/16 8327/1
mechanics [3] 8311/4 8311/15 8336/25
meeting [30] 8263/8 8263/14 8263/16
8263/22 8264/2 8264/11 8269/12
8269/14 8272/13 8272/13 8272/17
8272/22 8273/3 8273/8 8273/12 8273/24
8274/2 8274/4 8274/6 8274/8 8274/11
8274/23 8275/1 8299/2 8299/2 8299/3
8299/9 8299/12 8299/18 8300/8
meetings [16] 8263/2 8263/4 8263/12
8263/23 8264/1 8264/10 8264/15
8264/19 8264/22 8265/17 8266/3 8266/4
8272/23 8299/1 8299/3 8299/6
member [4] 8345/5 8345/7 8345/10
8354/25
members [2] 8330/3 8371/23
memory [1] 8303/2

**M**

men [5] 8271/25 8272/4 8274/17 8282/9
8299/22
mention [2] 8281/21 8371/25
mentioned [1] 8327/24
mentioning [1] 8371/24
mentions [1] 8304/17
mentors [1] 8259/18
mentorship [1] 8259/8
merits [2] 8334/15 8334/15
MEXICO [8] 8246/5 8258/19 8313/2
8324/12 8326/22 8326/23 8327/5
8332/11
MICHAEL [4] 8248/9 8250/12 8341/14
8341/20
MICHELLE [1] 8248/20
mid [2] 8344/25 8366/9
mid-bore [2] 8344/25 8366/9
might [13] 8300/10 8300/21 8332/25
8333/8 8333/12 8333/15 8333/19
8333/23 8338/23 8340/16 8356/8
8356/24 8358/14
MIKE [4] 8250/3 8255/10 8337/14
8371/15
MILLER [1] 8250/6 8340/9
mind [2] 8287/16 8299/4
mindful [1] 8357/9
mine [1] 8340/17
minus [1] 8331/1
minute [11] 8292/20 8308/17 8344/21
8348/6 8360/17 8360/20 8364/5 8364/13
8364/15 8369/22 8370/16
minutes [5] 8282/5 8295/10 8343/11
8360/9 8373/15
miss [1] 8362/19
missed [2] 8253/25 8276/20
Mississippi [1] 8327/21
Missouri [1] 8311/3
mistaken [1] 8292/11
mitigate [2] 8328/11 8328/21
mitigated [3] 8328/13 8328/15 8328/25
mitigation [3] 8328/13 8328/18 8340/10
mitigations [1] 8264/13
ML [2] 8290/5 8290/10
MMS [1] 8337/22
Mobil [5] 8311/18 8311/19 8311/20
8312/6 8326/17
Mobile [1] 8247/4
mode [4] 8366/16 8366/25 8368/5
8369/4
modeling [2] 8322/10 8322/12
modes [1] 8320/5
mom [1] 8257/24
mom-and-pop [1] 8257/24
money [1] 8289/15
monitor [3] 8278/11 8290/25 8291/17
monitoring [8] 8278/23 8279/2 8279/5
8280/17 8282/3 8282/4 8290/6 8290/8
Montgomery [1] 8249/10
month [1] 8260/24
months [4] 8261/4 8261/5 8288/19
8288/21
more [26] 8284/6 8285/19 8285/22
8286/13 8303/13 8304/18 8305/15
8310/10 8315/18 8318/23 8320/20
8322/3 8327/18 8329/22 8330/12 8331/9
8331/10 8338/4 8347/12 8349/13
8352/13 8353/5 8369/3 8370/23 8371/7
8373/15
Morel [5] 8296/2 8296/7 8296/14
8296/22 8357/25
morning [7] 8263/5 8271/3 8271/11

8272/12 8371/21 8372/18 8373/25
Mort [1] 8254/15
most [1] 8261/14
Mostly [1] 8344/15
motions [1] 8314/9
move [5] 8292/4 8316/2 8321/14 8327/5
8338/18
moved [4] 8290/24 8291/5 8291/12
8350/6
moving [3] 8283/5 8305/25 8358/21
Mr [6] 8255/23 8296/14 8299/6 8310/22
8314/7 8319/8
Mr. [131]
Mr. Anderson [9] 8281/11 8281/15
8281/18 8281/24 8301/19 8302/2
8304/13 8305/3 8305/12
Mr. Breit [1] 8358/7
Mr. Brent [1] 8343/16
Mr. Brock [5] 8279/21 8299/1 8302/17
8308/14 8373/20
Mr. Brock's [1] 8300/14
Mr. Chaisson [1] 8268/22
Mr. Corser [1] 8371/24
Mr. Cowie [1] 8371/24
Mr. Emilsen [1] 8254/18
Mr. Gagliano [1] 8268/22
Mr. Hafle [2] 8307/11 8307/11
Mr. Herman [1] 8298/17
Mr. Kaluza [14] 8281/4 8281/21 8299/13
8299/16 8303/22 8304/4 8304/12
8304/14 8304/16 8305/13 8305/18
8306/13 8306/18 8306/23
Mr. Lacy's [1] 8254/21
Mr. Lambert [13] 8256/16 8270/9
8275/24 8276/25 8279/17 8280/2 8284/6
8285/5 8285/11 8285/13 8288/7 8295/25
8297/25
Mr. Lewis [21] 8310/25 8311/5 8313/19
8314/15 8315/5 8316/9 8316/17 8320/22
8322/7 8323/11 8324/14 8325/21 8326/2
8326/13 8328/8 8328/24 8329/8 8329/20
8330/15 8331/3 8331/25
Mr. Lewis' [2] 8309/21 8316/2
Mr. Lindner [4] 8299/16 8299/18 8299/23
8300/1
Mr. Lirette [24] 8343/5 8343/25 8345/6
8345/14 8346/3 8346/13 8347/21 8350/5
8350/12 8353/21 8354/2 8354/7 8355/5
8355/25 8362/25 8363/4 8363/12 8366/8
8369/14 8369/15 8369/23 8370/10
8371/10 8371/12
Mr. Morel [4] 8296/2 8296/7 8296/22
8357/25
Mr. Morten [1] 8254/15
Mr. O'Bryan [1] 8306/20
Mr. Pritchard [2] 8310/12 8310/15
Mr. Regan [4] 8254/1 8343/14 8358/9
8367/18
Mr. Robinson [3] 8253/23 8254/2 8255/5
Mr. Sims [1] 8307/4
Mr. Vidrine [7] 8305/19 8306/1 8306/3
8306/8 8307/6 8307/10 8307/13
Mr. Wyman [1] 8299/9
Mr. Zatarain [3] 8371/19 8372/6 8372/17
Ms. [2] 8253/25 8340/9
Ms. Karis [1] 8253/25
Ms. Miller [1] 8340/9
much [19] 8265/6 8265/6 8288/14
8305/13 8305/14 8311/15 8312/5
8312/20 8314/20 8315/24 8320/1 8321/2
8322/5 8326/24 8337/17 8342/7 8342/19
8353/14 8359/24
mud [8] 8269/24 8271/5 8280/23 8290/8

8290/13 8290/17 8291/16 8308/1
multiple [2] 8310/7 8315/22
Munger [1] 8250/12
mustered [1] 8283/22
mustering [1] 8283/20
MWD [2] 8257/8 8257/14
MWD/LWD [2] 8257/8 8257/14
my [58] 8260/13 8262/3 8262/23 8265/8
8265/19 8265/24 8267/17 8270/12
8270/16 8270/22 8272/3 8272/10 8273/6
8274/25 8279/1 8279/22 8280/21 8281/3
8282/13 8282/20 8282/20 8283/3
8283/17 8283/19 8285/11 8287/16
8287/25 8294/3 8295/13 8295/18
8297/25 8303/2 8304/7 8304/9 8305/10
8307/1 8308/7 8311/13 8311/18 8335/12
8337/2 8337/20 8339/22 8340/18 8341/8
8342/16 8343/21 8353/9 8354/12
8355/23 8356/6 8356/15 8358/8 8360/3
8363/4 8367/12 8372/23 8374/7
myself [4] 8268/3 8289/13 8298/12
8356/7

**N**

name [10] 8256/10 8285/11 8297/25
8303/19 8309/1 8324/23 8343/19
8343/21 8355/23 8363/4
named [1] 8306/20
names [1] 8276/12
narrow [3] 8335/22 8356/6 8357/13
NATHANIEL [1] 8248/16
Natural [1] 8248/13
near [1] 8360/20
necessarily [2] 8292/3 8325/22
necessary [1] 8329/15
need [5] 8288/22 8309/12 8318/9
8318/11 8338/6
needed [2] 8262/3 8284/14
negative [32] 8273/3 8273/14 8274/9
8274/10 8275/5 8275/12 8275/17
8275/19 8276/9 8276/13 8282/2 8282/24
8283/4 8296/3 8296/9 8297/3 8297/6
8298/19 8298/23 8299/14 8299/17
8299/24 8300/18 8301/3 8301/9 8305/23
8306/2 8306/6 8306/19 8306/23 8341/2
8368/20
never [11] 8284/12 8286/1 8286/18
8287/21 8297/10 8298/13 8304/17
8307/10 8307/13 8341/11 8360/19
New [9] 8246/6 8246/24 8247/7 8247/13
8248/7 8249/17 8249/20 8250/7 8251/11
next [15] 8255/25 8272/9 8275/2
8282/19 8283/12 8308/14 8308/15
8308/21 8343/5 8343/16 8346/23 8366/4
8371/14 8371/19 8372/15
night [5] 8292/23 8292/25 8304/23
8305/3 8358/15
nine [1] 8325/15
Ninth [1] 8247/19
no [103] 8253/8 8253/19 8253/24
8254/16 8255/5 8260/18 8265/5 8268/11
8269/8 8274/20 8275/13 8281/20 8282/3
8284/12 8284/16 8284/19 8285/18
8286/13 8286/17 8287/22 8288/14
8290/22 8291/13 8293/11 8294/3
8295/18 8297/2 8297/6 8297/11 8297/16
8297/17 8297/19 8297/21 8298/16
8298/22 8298/24 8299/17 8300/8
8300/12 8301/15 8301/15 8301/18
8304/6 8304/16 8305/4 8305/15 8307/1
8307/5 8307/8 8307/15 8308/10 8308/12
8314/9 8314/11 8315/13 8321/12

**N**

no... [47]  8321/14 8325/19 8327/23
8330/18 8332/7 8332/7 8333/3 8333/7
8333/11 8333/18 8333/22 8334/1 8334/5
8334/9 8334/12 8334/15 8336/7 8337/5
8337/15 8338/16 8339/6 8339/6 8339/8
8340/21 8340/24 8341/11 8341/22
8342/9 8342/11 8342/13 8342/16
8342/20 8351/12 8351/23 8353/2
8353/20 8354/15 8355/12 8356/19
8358/4 8362/9 8362/11 8362/16 8362/20
8362/21 8368/4 8373/22
No. [5]  8278/1 8278/15 8278/16 8278/17
8339/9
No. 2 [1]  8278/15
No. 4 [1]  8278/16
No. 5 [1]  8278/17
No. 7 [1]  8339/9
No. 8 [1]  8278/1
Nobody [1]  8282/13
none [1]  8254/19
NONJURY [1]  8246/14
noon [1]  8272/19
nor [1]  8269/6
Norfolk [1]  8250/20
normal [3]  8281/1 8285/2 8302/15
Normally [1]  8273/9
North [1]  8249/12
not [126]  8256/3 8260/16 8265/3
8267/12 8268/9 8268/10 8269/5 8270/14
8272/10 8273/2 8283/20 8283/25
8284/19 8285/16 8285/17 8286/2 8286/4
8286/6 8286/8 8286/9 8286/14 8286/16
8288/19 8288/20 8289/10 8289/15
8290/22 8290/24 8291/5 8291/13
8292/11 8292/23 8294/7 8296/15 8298/3
8298/8 8298/11 8298/16 8298/20
8298/24 8300/3 8300/6 8300/22 8301/4
8301/23 8301/25 8302/3 8302/5 8302/7
8302/13 8302/15 8303/17 8303/17
8303/19 8303/24 8304/5 8304/6 8304/15
8304/21 8304/22 8307/1 8307/6 8307/8
8307/15 8307/17 8307/20 8307/25
8309/12 8309/15 8310/1 8313/2 8324/12
8324/24 8325/8 8326/23 8326/23
8328/15 8329/2 8330/19 8330/22
8332/19 8332/20 8332/22 8332/24
8333/3 8334/13 8334/19 8334/22 8335/1
8335/22 8336/6 8336/7 8336/8 8336/14
8336/16 8336/22 8337/9 8337/10 8338/1
8339/15 8346/20 8346/22 8352/10
8354/25 8355/2 8356/11 8357/1 8357/9
8357/14 8358/6 8359/3 8359/10 8359/10
8359/15 8359/17 8360/2 8361/16
8362/17 8365/2 8366/21 8366/22
8367/22 8372/8 8373/3 8373/15 8373/16
note [4]  8254/8 8295/23 8296/25
8327/20
notes [6]  8262/22 8289/25 8292/12
8304/12 8304/12 8304/15
nothing [2]  8308/8 8322/3
notice [1]  8331/3
now [64]  8256/1 8260/16 8261/8
8262/13 8264/15 8265/3 8266/7 8267/5
8268/12 8268/18 8270/3 8271/10
8273/18 8273/19 8275/1 8275/10
8275/21 8276/24 8278/23 8280/8 8280/9
8281/6 8281/10 8282/1 8282/15 8283/6
8292/20 8293/13 8293/20 8293/24
8297/7 8299/12 8301/19 8301/23 8302/1
8302/8 8303/5 8304/4 8305/16 8305/18
8306/18 8307/16 8310/7 8318/7 8330/1
8330/2 8346/13 8347/8 8348/6 8351/19
8353/16 8357/25 8360/4 8360/11 8360/18
8360/22 8363/12 8364/6 8364/16
8365/20 8368/5 8368/8 8372/10
8373/25
number [12]  8254/1 8267/6 8269/22
8316/5 8322/5 8326/10 8326/15 8327/15
8328/12 8338/1 8344/18 8366/20
numbers [5]  8309/11 8319/8 8330/13
8347/9 8370/24
numerical [1]  8322/5
numerous [2]  8310/3 8313/21
NW [1]  8250/3

**O**

O'Bryan [1]  8306/20
O'Keefe [1]  8246/23
O'ROURKE [1]  8248/14
object [12]  8252/5 8291/2 8296/10
8302/17 8304/20 8309/7 8353/3 8358/2
8359/13 8364/22 8367/2 8373/23
objection [18]  8253/8 8253/13 8253/20
8254/17 8254/25 8255/8 8255/9 8291/19
8291/23 8304/8 8358/16 8360/3 8360/21
8360/25 8368/23 8368/24 8373/10
8373/22
objections [9]  8253/12 8253/19 8253/24
8254/2 8254/3 8254/16 8254/24 8255/6
8373/7
obligation [1]  8341/25
observation [2]  8274/21 8284/20
observe [9]  8261/20 8270/12 8271/12
8271/14 8284/11 8294/15 8354/19
8355/5 8369/23
observed [7]  8282/5 8298/20 8354/22
8355/9 8369/17 8370/4 8371/2
observer [1]  8355/3
observing [1]  8308/5
obvious [1]  8352/4
obviously [2]  8265/17 8309/18
occasion [4]  8263/2 8263/23 8275/10
8275/10
occasions [1]  8277/22
occurred [3]  8282/25 8358/14 8358/14
occurs [1]  8320/18
October [2]  8258/7 8260/4
October 2006 [1]  8258/7
OD [1]  8318/1
off [17]  8268/8 8277/6 8277/18 8277/21
8278/8 8278/15 8278/16 8278/20
8278/21 8280/16 8291/9 8300/16 8329/7
8337/9 8337/10 8343/10 8367/25
offer [9]  8253/8 8253/22 8255/6 8256/3
8256/6 8281/18 8305/12 8317/3 8332/24
offered [2]  8253/6 8315/16
office [8]  8246/20 8248/16 8248/22
8249/13 8250/17 8263/18 8282/20
8283/3
Official [3]  8251/10 8374/4 8374/13
offloaded [1]  8284/4
offs [1]  8278/10
offshore [8]  8250/6 8250/9 8250/12
8250/16 8250/20 8261/13 8261/14
8262/1
Oh [1]  8362/15
oil [8]  8246/4 8246/4 8311/5 8311/18
8311/19 8312/22 8312/23 8313/16
OIM [1]  8272/20
okay [27]  8255/19 8256/1 8257/11
8259/14 8262/14 8268/14 8269/10
8269/11 8277/2 8277/3 8290/4 8295/8
8302/18 8302/19 8303/12 8304/7
8305/11 8309/16 8310/18 8330/21

Olson [1]  8250/12
on [215]
on-site [1]  8294/15
on-the-job [1]  8259/15
once [8]  8267/3 8280/9 8284/2 8317/13
8317/23 8343/3 8351/2 8351/5
one [42]  8255/24 8259/5 8264/12
8275/14 8276/20 8276/25 8277/14
8287/19 8287/19 8288/11 8290/1 8290/2
8295/6 8296/2 8300/2 8301/15 8301/15
8303/7 8307/19 8310/10 8317/25
8321/18 8324/17 8325/17 8326/5
8326/24 8332/9 8337/19 8338/3 8339/19
8340/3 8341/12 8341/16 8344/7 8352/25
8357/16 8364/21 8365/4 8370/23 8371/7
8372/3 8373/11
ones [2]  8347/23 8362/4
ongoing [3]  8280/1 8294/11 8306/2
only [14]  8307/14 8309/12 8313/2 8324/12
8326/23 8335/10 8336/13 8339/22
8340/18 8341/8 8358/5 8365/12 8367/24
8372/19 8373/12
onshore [1]  8307/19
open [4]  8302/15 8335/3 8339/7 8356/4
openings [1]  8324/10
operated [1]  8285/4
operation [4]  8262/2 8262/4 8267/23
8279/1
operational [2]  8263/21 8335/18
operations [23]  8259/25 8261/20 8262/1
8262/20 8262/25 8263/5 8263/20 8264/4
8264/5 8264/8 8266/8 8272/25 8273/1
8273/10 8284/14 8284/20 8285/2
8286/19 8287/2 8287/8 8287/16 8287/17
8287/23
operator [1]  8264/16
operators [7]  8257/22 8257/23 8257/24
8259/5 8259/5 8323/4 8323/4
opinion [22]  8291/4 8291/22 8322/15
8325/5 8326/21 8328/21 8329/1 8332/24
8333/3 8333/7 8333/11 8333/18 8333/22
8334/1 8334/5 8334/9 8334/12 8334/15
8335/22 8353/4 8356/8 8360/4
opinions [6]  8329/15 8332/2 8340/1
8340/19 8341/9 8341/21
opportunity [6]  8258/3 8258/8 8264/16
8264/17 8298/6 8315/8
opposite [1]  8320/1
ops [3]  8264/21 8295/23 8296/25
option [7]  8314/17 8314/18 8315/20
8325/23 8332/6 8332/8 8364/16
optional [4]  8364/6 8364/17 8365/5
8366/2
options [1]  8315/22
or [133]
orange [1]  8347/2
order [4]  8284/22 8364/4 8364/21
8365/23
ordered [1]  8366/1
ordering [2]  8288/19 8365/10
organization [1]  8344/8
oriented [1]  8276/3
origin [2]  8302/1 8303/20
original [1]  8325/12
originally [3]  8324/15 8325/18 8344/16
originated [1]  8293/6
Orleans [9]  8246/6 8246/24 8247/7
8247/13 8248/7 8249/17 8249/20 8250/7
8251/11
other [19]  8255/21 8261/19 8264/11
8281/18 8282/21 8282/23 8284/24

**Q**

other... [12] 8284/25 8285/2 8285/4
8299/10 8326/25 8328/25 8332/10
8335/15 8336/3 8349/11 8371/22 8373/2
our [26] 8255/5 8255/24 8255/25
8268/12 8289/14 8308/15 8310/12
8316/2 8321/5 8321/6 8323/5 8324/4
8326/5 8330/1 8330/2 8330/3 8343/5
8371/19 8371/20 8371/22 8372/1 8372/3
8372/13 8372/19 8372/23 8373/24
out [48] 8255/13 8255/13 8255/18
8262/17 8270/12 8273/21 8276/25
8283/15 8283/16 8283/19 8290/11
8290/25 8292/7 8292/16 8295/16
8298/18 8308/16 8310/17 8310/18
8318/20 8319/5 8319/25 8324/22
8324/22 8327/2 8330/13 8330/14
8330/25 8338/11 8339/11 8340/10
8340/14 8340/18 8341/13 8349/7
8349/10 8349/14 8351/24 8357/3 8360/8
8361/8 8361/11 8361/14 8361/25 8362/4
8365/18 8366/12 8368/1
outcome [2] 8282/24 8353/1
outlet [1] 8321/14
outline [1] 8299/19
outlined [1] 8289/10
outside [4] 8320/3 8331/1 8364/23
8370/21
over [24] 8255/17 8261/23 8267/18
8269/24 8270/7 8277/21 8278/4 8278/13
8279/7 8279/19 8280/6 8282/22 8290/2
8311/9 8313/21 8315/25 8319/3 8322/6
8326/5 8327/20 8329/13 8334/6 8344/14
8359/9
overall [1] 8316/22
overboard [1] 8283/23
overdesigned [2] 8322/20 8323/17
overheard [1] 8282/8
own [2] 8323/5 8349/5

**P**

p.m [3] 8299/3 8307/10 8307/10
pack [1] 8367/25
package [1] 8365/5
packer [3] 8326/11 8359/11 8360/5
packers [1] 8359/14
paddle [1] 8290/13
page [14] 8252/2 8302/10 8303/5
8309/11 8315/5 8338/1 8345/22 8346/10
8353/21 8365/14 8366/4 8367/13
8369/14 8370/1
pages [1] 8345/16
paid [1] 8301/10
Palmintier [1] 8247/21
paperwork [1] 8282/6
paragraph [6] 8340/11 8340/19 8353/23
8366/5 8369/18 8370/7
parameters [2] 8315/18 8318/23
part [19] 8259/9 8261/14 8273/16 8288/7
8289/25 8296/13 8307/16 8312/10
8329/8 8329/12 8329/12 8329/15 8335/1
8335/19 8337/1 8339/6 8346/20 8346/22
8358/12
participated [2] 8275/11 8306/5
particular [11] 8262/4 8273/7 8314/21
8341/9 8356/15 8357/4 8358/10 8360/24
8361/9 8361/20 8363/12
parties [2] 8253/8 8310/3
Partners [3] 8312/15 8312/16 8312/18
parts [3] 8318/20 8346/2 8349/17
party [1] 8310/8
pass [3] 8332/12 8337/7 8342/7

past [1] 8263/20
patent [1] 8309/11
PAUL [1] 8247/6
paying [2] 8288/21 8306/12
PBR [2] 8336/11 8336/14
PBRs [1] 8336/8
PC [3] 8247/9 8251/2 8251/7
PDC [1] 8349/11
peak [1] 8369/21
Pennsylvania [1] 8250/3
people [14] 8258/13 8264/17 8264/23
8266/5 8267/12 8283/23 8283/24 8284/9
8306/12 8336/1 8336/3 8336/5 8352/25
8362/1
per [18] 8261/19 8319/6 8319/12
8329/24 8356/11 8356/17 8356/24
8357/5 8357/21 8357/24 8358/19
8360/17 8360/20 8364/5 8364/11
8364/15 8369/22 8370/16
per se [1] 8261/19
perform [1] 8354/6
performance [1] 8363/18
performed [1] 8263/6
performing [1] 8333/4
Perhaps [1] 8359/13
period [14] 8261/2 8261/23 8266/15
8273/19 8277/4 8278/4 8279/6 8279/7
8279/9 8279/16 8282/16 8300/24 8334/2
8334/6
permanent [1] 8286/11
person [1] 8348/8
personally [9] 8284/11 8344/23 8354/16
8354/19 8355/5 8355/9 8367/8 8369/16
8371/2
pertain [1] 8348/21
PETITION [1] 8246/8
Petroleum [3] 8313/7 8313/14 8345/10
phenolic [1] 8350/2
phenomenon [5] 8281/6 8281/9 8294/2
8294/5 8303/20
phone [2] 8267/15 8307/15
phrase [5] 8301/23 8301/25 8302/5
8302/7 8303/18
phrased [1] 8285/16
physical [1] 8328/4
physically [2] 8321/13 8330/19
picture [7] 8345/25 8347/16 8348/11
8354/8 8354/8 8354/10 8354/13
piece [5] 8316/20 8318/2 8324/20
8329/4 8360/24
pieces [3] 8316/13 8346/2 8365/23
pins [10] 8348/13 8352/3 8352/4 8352/6
8352/16 8352/18 8352/20 8353/11
8353/19 8368/3
pipe [40] 8266/25 8275/7 8277/5
8277/14 8277/16 8277/19 8277/25
8278/7 8278/12 8278/14 8279/3 8280/25
8281/16 8281/19 8300/10 8302/24
8307/12 8313/15 8313/16 8313/17
8316/18 8316/20 8316/21 8317/4 8317/5
8317/9 8317/20 8318/1 8318/3 8318/24
8319/1 8319/6 8319/10 8319/12 8320/2
8320/4 8320/19 8324/20 8358/22
8368/22
pipelines [1] 8313/17
pit [1] 8290/8 8290/14
place [22] 8262/1 8262/21 8263/2
8266/8 8267/3 8267/8 8269/23 8271/10
8290/20 8292/2 8304/11 8317/3 8317/13
8321/12 8346/25 8348/15 8348/23
8351/22 8352/2 8352/3 8352/24 8354/11
placed [2] 8307/7 8317/14
Plaintiffs [14] 8246/18 8246/22 8247/2

8247/5 8247/8 8247/12 8247/15 8247/18
8247/21 8248/6 8332/13
8355/19
Plaintiffs' [1] 8309/6 8332/17
plan [5] 8274/7 8325/6 8325/12 8372/24
8373/24
planned [4] 8324/15 8325/10 8325/18
8372/10
planning [1] 8289/14
plans [1] 8263/7
plastic [1] 8318/21
plate [1] 8346/16
play [1] 8373/4
played [3] 8254/21 8254/22 8334/23
PLC [3] 8249/20 8249/23 8250/4
please [34] 8253/3 8256/11 8256/17
8263/9 8267/10 8280/8 8288/23 8289/22
8289/23 8308/20 8309/2 8311/25
8318/15 8320/25 8321/25 8323/9
8325/25 8327/10 8327/10 8329/18
8331/18 8331/23 8337/25 8338/9
8338/15 8339/18 8339/19 8341/1
8343/13 8343/20 8355/25 8363/9
8365/15 8366/5
Plot [1] 8297/14
plug [6] 8270/23 8271/4 8271/6 8271/20
8271/21 8366/13
plugging [1] 8354/5
plugs [3] 8270/22 8346/19 8346/22
plus [1] 8352/2
point [21] 8260/19 8266/19 8270/5
8270/6 8270/7 8277/2 8277/12 8277/14
8280/3 8280/20 8296/21 8302/25
8310/10 8317/14 8328/5 8330/24
8335/12 8339/2 8358/8 8371/16 8372/2
pointer [4] 8280/2 8338/20 8338/23
8338/24
points [1] 8334/19
polishable [3] 8328/3 8329/2 8336/10
pop [1] 8257/24
pore [1] 8334/22
portion [3] 8310/11 8310/14 8310/16
possible [7] 8281/5 8281/22 8285/3
8303/22 8303/25 8333/12 8353/1
possibly [5] 8340/13 8350/24 8356/13
8356/21 8366/12
Post [5] 8246/20 8248/16 8248/22
8249/13 8250/17
potential [5] 8266/24 8317/23 8317/23
8328/16 8328/22
pound [5] 8319/4 8329/23 8329/24
8330/16 8331/4
pounds [11] 8278/12 8319/6 8319/12
8356/11 8356/17 8356/24 8357/5
8357/21 8357/24 8358/19 8361/3
pounds-per-square-inch [1] 8356/11
Poydras [4] 8247/6 8249/19 8250/6
8251/10
practical [2] 8359/19 8359/22
practice [2] 8307/18 8307/21
pre [14] 8263/4 8263/22 8263/23 8264/8
8264/19 8264/22 8266/4 8269/12
8272/13 8272/16 8273/24 8299/2 8299/2
8299/8
pre-job [3] 8264/22 8266/4 8269/12
pre-operations [1] 8264/8
pre-task [2] 8273/24 8299/2
pre-tour [8] 8263/4 8263/22 8263/23
8264/19 8272/13 8272/16 8299/2 8299/8
preference [1] 8332/9
preliminary [1] 8255/21
prepare [1] 8315/15
present [7] 8258/15 8266/12 8267/8

P

present... [4] 8267/23 8269/16 8275/16 8372/3
presently [1] 8258/20
president [2] 8312/17 8313/4
pressure [100] 8267/6 8267/12 8267/13 8267/19 8267/21 8268/8 8273/14 8277/7 8277/9 8277/12 8277/18 8277/21 8277/25 8278/2 8278/7 8278/12 8278/14 8278/15 8278/17 8278/20 8278/23 8280/9 8280/11 8280/12 8280/15 8280/23 8281/12 8281/16 8281/19 8282/12 8286/15 8286/16 8294/16 8297/3 8298/19 8298/23 8299/14 8299/24 8300/15 8300/16 8301/3 8301/9 8302/14 8302/23 8306/2 8306/6 8306/20 8306/24 8307/13 8309/25 8311/14 8317/15 8319/24 8319/24 8320/15 8320/17 8320/23 8328/8 8328/10 8328/16 8328/18 8328/22 8328/24 8330/4 8330/9 8330/11 8330/15 8330/18 8330/19 8330/21 8330/22 8330/22 8330/23 8330/24 8331/1 8331/2 8347/13 8353/15 8355/7 8355/13 8357/2 8357/5 8357/21 8357/23 8358/20 8358/22 8358/23 8363/19 8363/20 8363/23 8363/24 8364/4 8364/7 8364/9 8366/2 8368/7 8368/7 8368/21 8369/3 8369/20
pressure-wise [1] 8267/21
pressures [14] 8277/5 8279/2 8280/22 8282/3 8282/5 8330/1 8331/13 8331/13 8334/22 8350/9 8350/22 8370/19 8370/25 8371/1
pretty [8] 8280/10 8311/15 8312/5 8312/20 8314/20 8315/24 8320/1 8326/24
prevent [1] 8351/8
preventer [1] 8280/24
preventers [1] 8275/9
previous [2] 8287/5 8324/22
primary [1] 8317/22
prior [10] 8262/21 8263/6 8264/2 8274/8 8275/10 8306/4 8356/20 8357/23 8358/19 8361/21
priority [1] 8266/1
Pritchard [2] 8310/12 8310/15
probably [3] 8321/2 8327/18 8372/25
problem [9] 8301/11 8312/7 8312/8 8312/21 8317/23 8327/2 8327/3 8328/6 8365/6
problems [1] 8332/7
procedure [8] 8269/13 8273/11 8273/13 8273/16 8296/3 8296/9 8297/3 8297/6
procedures [6] 8274/24 8286/4 8286/6 8286/12 8299/14 8299/19
proceed [3] 8310/19 8343/6 8363/7
proceedings [3] 8251/16 8374/1 8374/8
process [6] 8297/12 8334/16 8335/20 8348/22
produce [2] 8317/24 8349/18
product [7] 8344/6 8344/24 8348/8 8350/19 8352/15 8352/19 8352/25
production [34] 8246/10 8249/19 8249/19 8249/22 8249/22 8250/3 8250/3 8312/23 8312/25 8313/17 8314/16 8314/22 8315/17 8315/19 8315/22 8317/18 8317/19 8317/20 8318/4 8320/12 8321/2 8321/5 8321/16 8322/8 8322/16 8322/22 8323/14 8323/25 8329/9 8329/14 8334/20 8336/19 8336/20 8366/20
products [3] 8344/6 8344/12 8344/19

professionally [1] 8259/6
program [2] 8258/12 8258/12
progress [2] 8258/11 8259/10
8259/9 8259/22 8259/24 8260/3 8260/5 8260/20 8260/23 8260/25 8261/3 8261/6 8261/9 8261/24 8262/8 8262/11 8288/7 8322/10 8322/12
progress [2] 8372/13
project [2] 8258/9 8258/11
proper [4] 8270/21 8270/21 8304/24 8322/2
properly [2] 8328/21 8328/25
properties [4] 8286/22 8318/20 8318/21 8331/8
proposal [1] 8371/17
propose [1] 8372/5
proposed [2] 8323/18
proposing [1] 8372/17
proposition [1] 8285/14
proprietary [1] 8322/14
provide [5] 8254/6 8264/17 8309/22 8326/9 8328/25
provided [2] 8365/4 8365/21
provides [1] 8326/3
PSC [4] 8285/12 8316/3 8342/16 8355/23
PSC's [1] 8253/5
psi [26] 8267/14 8267/22 8271/5 8307/12 8307/12 8330/15 8355/7 8357/2 8357/3 8358/22 8359/1 8359/3 8359/5 8359/6 8359/9 8363/21 8363/25 8364/9 8364/14 8366/2 8368/7 8368/9 8368/21 8369/20 8370/10 8370/13
publications [2] 8313/19 8313/21
published [1] 8313/21
pull [21] 8276/24 8288/23 8289/22 8304/1 8311/24 8313/10 8313/24 8315/3 8316/11 8316/15 8319/18 8320/25 8321/22 8325/25 8338/14 8339/10 8339/11 8340/9 8341/1 8341/13 8365/18
pump [3] 8275/4 8333/12 8333/15
pumped [6] 8270/17 8270/22 8271/5 8272/2 8272/6 8300/7
pumping [8] 8269/13 8269/16 8269/17 8269/24 8271/17 8274/8 8275/6 8275/7 8271/19
pumps [4] 8267/21 8270/7 8271/6 8271/19
purchased [1] 8365/7
purpose [20] 8263/16 8264/1 8264/10 8264/23 8266/19 8267/1 8270/9 8272/22 8272/23 8274/6 8275/16 8291/3 8346/18 8347/17 8348/13 8348/15 8350/5 8350/19 8350/21 8351/5
purposes [2] 8287/25 8356/23
pushed [2] 8356/12 8357/12
put [22] 8263/11 8277/24 8287/9 8291/17 8302/10 8303/5 8304/1 8321/14 8325/4 8329/6 8329/21 8336/20 8339/19 8345/3 8345/13 8354/3 8357/10 8358/9 8369/11 8370/24 8372/5 8372/7
puts [1] 8327/3
putting [1] 8370/25
PVT [1] 8290/11

Q

Q125 [5] 8319/4 8329/24 8331/6 8331/7 8331/11
quality [2] 8262/7 8319/14
question [35] 8272/4 8282/7 8282/11 8285/17 8286/9 8287/6 8294/21 8295/9 8296/15 8296/16 8300/15 8303/7 8304/7 8304/9 8304/24 8305/10 8337/2 8339/22 8340/18 8341/4 8341/8 8341/18 8341/23 8348/6 8353/7 8354/12 8357/18 8358/18

8361/2 8364/24 8365/1 8367/6 8367/12
questioned [1] 8309/13
questions [28] 8259/19 8264/18 8265/1 8284/6 8297/16 8297/17 8297/19 8297/21 8301/2 8301/7 8308/10 8337/20 8339/16 8342/9 8342/11 8342/13 8342/16 8342/17 8352/23 8355/17 8355/24 8356/6 8356/6 8362/9 8362/11 8362/16 8362/20 8362/24
quickly [3] 8263/9 8268/18 8350/25
quite [3] 8344/10 8354/12 8362/16
quote [2] 8292/21 8369/19
quote/unquote [1] 8292/21

R

RACHEL [2] 8248/15 8250/9
raise [1] 8264/18
raising [1] 8372/10
ran [6] 8257/17 8283/2 8336/11 8355/10 8355/15 8357/5
Randy [1] 8298/7
range [1] 8279/8
rate [4] 8364/3 8364/17 8369/21 8370/14
rated [1] 8369/6
rates [3] 8333/12 8333/15 8364/12
rating [3] 8330/5 8363/19 8363/20
RE [3] 8246/4 8246/7 8357/18
Re-ask [1] 8357/18
reach [4] 8311/14 8317/10 8322/15 8325/4
reached [2] 8329/15 8369/21
read [10] 8254/5 8262/24 8290/2 8295/6 8295/9 8304/25 8305/8 8365/12 8369/18 8370/10
reading [1] 8305/10
ready [3] 8283/23 8343/6 8351/2
real [1] 8335/25
reality [1] 8330/12
realize [1] 8330/25
realized [1] 8298/10
really [7] 8313/2 8314/16 8321/2 8332/4 8332/7 8340/5 8342/4
reason [2] 8290/24 8323/24
reasonable [1] 8360/14
rebuttal [5] 8309/12 8309/13 8310/11 8310/11 8310/14
recall [26] 8260/24 8265/6 8268/9 8272/16 8273/2 8273/13 8279/12 8279/14 8286/23 8286/25 8287/5 8289/20 8290/7 8292/1 8292/9 8293/12 8293/15 8293/21 8294/6 8294/12 8294/19 8296/21 8300/2 8300/17 8301/21 8324/14
receive [2] 8259/8 8282/23
received [12] 8253/8 8253/19 8253/24 8254/16 8255/5 8259/24 8262/8 8286/18 8287/1 8287/6 8287/19 8287/21
receiving [1] 8311/17
recently [1] 8315/9
receptacle [3] 8328/4 8329/2 8336/10
recess [4] 8308/17 8308/19 8343/12 8373/25
recipients [1] 8296/23
recognize [5] 8288/25 8289/25 8295/5 8295/8 8345/14
recollection [10] 8260/13 8267/10 8270/22 8273/6 8274/12 8275/2 8278/7 8278/19 8307/1 8308/7
recommended [3] 8323/11 8323/15 8360/16
record [9] 8254/4 8256/11 8258/5 8309/2 8342/22 8343/20 8365/16 8367/15

**R**

record... [1] 8374/8
recorded [2] 8251/16 8292/13
redact [1] 8310/18
redacting [1] 8316/3
redesigned [5] 8315/19 8361/20 8361/22 8361/23 8362/1
redirect [2] 8342/18 8369/12
redo [1] 8331/10
reduce [1] 8350/9
reduced [1] 8350/23
reducing [1] 8353/25
refer [3] 8294/16 8338/6 8347/3
reference [6] 8268/22 8269/9 8269/19 8277/2 8288/19 8292/9
referred [2] 8295/23 8303/3
referring [1] 8358/7
refers [3] 8269/22 8297/2 8297/6
reflect [1] 8278/14
reflected [1] 8280/13
reflects [1] 8269/12
REGAN [5] 8249/23 8254/1 8343/14 8358/9 8367/18
regard [4] 8257/16 8284/10 8360/8 8361/8
regarding [2] 8254/18 8334/16
region [1] 8258/18
rejecting [1] 8295/16
relate [1] 8253/10
related [5] 8263/8 8264/5 8272/25 8313/16 8356/7
relates [1] 8277/25
relation [1] 8280/12
relationship [2] 8265/13 8265/15
relative [4] 8313/22 8325/1 8333/3 8335/9
relatively [1] 8321/24
release [5] 8348/16 8348/19 8355/7 8360/16 8372/8
released [1] 8371/23
releasing [2] 8369/21 8373/22
relevant [2] 8313/19 8345/20
reliability [1] 8335/24
reliance [1] 8339/23
relieved [1] 8341/6
rely [1] 8340/18
remaining [2] 8253/20 8254/17
remember [3] 8268/1 8292/2 8305/24
remove [1] 8349/17
rendering [4] 8339/25 8340/19 8341/9 8341/20
renew [1] 8360/3
rental [2] 8288/19 8288/20
rents [1] 8288/21
rephrase [3] 8286/9 8305/10 8353/8
report [27] 8273/20 8277/1 8307/2 8307/5 8309/10 8309/12 8309/13 8309/19 8309/22 8310/1 8310/10 8310/12 8310/14 8311/8 8315/1 8315/5 8315/6 8315/8 8315/12 8315/15 8316/2 8318/5 8322/21 8327/8 8337/21 8337/23 8369/15
Reporter [2] 8251/10 8374/5 8374/13
reports [2] 8282/20 8292/12
represent [6] 8298/1 8332/2 8332/17 8354/8 8355/23 8363/5
representation [1] 8327/14
representative [3] 8278/9 8327/17 8357/24
representatives [1] 8274/22
represented [2] 8329/21 8354/13
represents [1] 8368/15

request [3] 8361/21 8362/2 8362/3
requested [1] 8360/22
required [1] 8323/7
requirements [1] 8342/4
requires [3] 8285/22 8324/3 8324/4
reservoir [4] 8317/10 8317/21 8320/14 8325/4
Resources [1] 8248/13
respect [2] 8314/10 8344/23
respected [3] 8281/3 8298/10 8298/12
respond [1] 8309/16
response [3] 8294/18 8300/14 8371/22
responsibilities [5] 8257/15 8261/19 8261/22 8274/18 8312/3
responsibility [2] 8264/25 8312/10
responsible [4] 8261/18 8279/1 8288/13 8289/14
rest [2] 8303/14 8359/14
result [1] 8370/14
resume [1] 8372/17
retainer [3] 8346/24 8346/25 8350/7
returns [2] 8268/8 8279/5
Revette [4] 8276/16 8276/21 8279/10 8298/8
review [6] 8269/13 8314/19 8315/8 8322/10 8327/7 8338/18
revised [2] 8337/22 8341/24
RICHARD [1] 8250/16
rig [37] 8246/4 8258/20 8258/22 8258/24 8259/16 8259/18 8261/17 8262/4 8262/5 8262/5 8262/15 8262/21 8263/24 8264/19 8265/22 8266/6 8269/13 8269/25 8270/7 8270/15 8271/19 8284/8 8284/13 8284/16 8288/20 8289/4 8292/23 8292/25 8293/5 8293/22 8298/10 8302/25 8306/21 8335/19 8341/6 8358/15
right [51] 8253/12 8255/21 8256/7 8257/10 8266/7 8270/23 8279/19 8284/22 8284/22 8288/15 8296/5 8302/21 8308/3 8308/11 8308/23 8310/6 8314/9 8316/4 8321/1 8321/6 8326/12 8329/22 8330/10 8339/3 8339/8 8344/7 8344/19 8346/24 8350/3 8351/23 8352/11 8352/21 8355/19 8356/9 8356/18 8357/15 8358/18 8361/25 8362/16 8363/10 8364/6 8365/25 8365/25 8367/5 8368/1 8368/3 8368/5 8368/15 8369/6 8371/6 8373/24
right-hand [1] 8296/5
rigs [6] 8257/19 8257/20 8257/20 8261/23 8261/25 8285/4
ring [2] 8351/24 8352/1
riser [2] 8280/23 8287/22
risk [6] 8333/8 8340/10 8356/18 8356/24 8359/6 8366/24
Risk/Mitigation [1] 8340/10
risks [1] 8358/1
ROBERT [2] 8247/3 8250/3
ROBERTS [1] 8250/9
Robinson [3] 8253/23 8254/2 8255/5
rocked [1] 8267/13
roles [1] 8274/18
roll [1] 8342/14
Rolla [1] 8311/3
roller [1] 8349/12
Ronnie [1] 8341/5
Room [1] 8251/10
rotary [2] 8276/3 8276/6
rotate [1] 8333/19
Rouge [2] 8247/23 8249/13
Roy [2] 8246/18 8246/19
rule [1] 8329/6

ruled [1] 8254/4
run [11] 8259/6 8266/22 8266/23 8336/9 8336/10 8347/1 8355/6 8360/5 8366/9 8366/16 8366/25
running [4] 8350/6 8350/8 8350/14 8350/20
runs [1] 8317/20
rupture [4] 8319/25 8330/19 8369/20 8370/11
ruptured [1] 8328/14
rushing [1] 8284/17
Rusnak [1] 8248/2

**S**

safe [1] 8267/19
safely [1] 8259/7
safer [1] 8284/1
safety [39] 8263/4 8263/5 8263/8 8263/21 8264/5 8264/11 8264/13 8265/21 8265/22 8265/25 8269/12 8272/25 8273/9 8284/10 8284/21 8285/2 8298/14 8314/24 8321/21 8322/3 8322/7 8322/18 8322/22 8322/25 8323/6 8323/7 8323/11 8323/21 8324/1 8324/2 8330/11 8331/11 8331/20 8336/18 8336/19 8336/22 8336/23 8336/25 8337/3
said [17] 8253/10 8280/25 8281/5 8281/21 8283/4 8293/2 8296/17 8299/8 8301/16 8303/11 8303/25 8305/22 8305/23 8308/6 8322/25 8331/5 8367/8 8285/17 8290/13 8306/9 8306/12 8309/10 8310/8 8310/8 8312/19 8326/10 8326/14 8341/4 8341/18 8346/10 8347/23 8350/12 8365/14 8366/4 8366/15 8367/13 8367/22 8369/25
San [1] 8248/11
satisfied [4] 8268/4 8282/10 8288/2 8288/3
saw [4] 8266/5 8270/18 8298/13 8304/23
say [22] 8273/6 8279/7 8280/14 8281/24 8282/4 8283/10 8283/20 8285/13 8294/6 8294/17 8294/17 8301/10 8303/16 8305/3 8305/14 8315/21 8317/19 8322/19 8323/17 8327/18 8336/4 8360/14
saying [4] 8292/3 8293/13 8293/19 8296/11
says [14] 8269/24 8273/24 8290/10 8292/6 8296/2 8331/3 8339/5 8349/7 8351/23 8354/1 8363/18 8363/23 8366/8 8369/19
scale [3] 8312/9 8313/3 8332/11
schedule [4] 8261/9 8261/10 8261/16 8284/13
schematic [4] 8276/1 8276/2 8278/1 8278/6
scope [4] 8357/9 8364/23 8370/18 8370/21
SCOTT [1] 8248/14
scratch [2] 8315/19 8315/24
screen [5] 8272/14 8287/9 8345/13 8345/23 8347/20
screens [1] 8290/6
screws [8] 8347/7 8347/9 8347/14 8347/16 8347/22 8348/13 8348/16 8348/18 8348/23 8352/14 8352/17 8353/14
se [1] 8261/19
seal [6] 8326/7 8328/4 8329/3 8336/14 8351/7 8351/13
seat [8] 8351/8 8351/21 8351/23 8352/5

S

seat... [4]  8352/16 8352/18 8353/15
8358/24
seated [3]  8253/3 8308/20 8343/13
seawater [7]  8274/8 8275/4 8275/6
8275/7 8287/4 8287/22 8287/22
second [11]  8267/1 8276/18 8283/16
8285/25 8290/2 8295/6 8320/16 8326/6
8338/1 8356/3 8370/3
secondary [2]  8317/2 8326/12
section [6]  8246/5 8248/13 8249/3
8335/3 8338/13 8338/21 8339/11 8340/4
8340/10 8363/18
sector [1]  8312/22
see [62]  8261/25 8262/3 8263/9 8263/14
8264/8 8265/18 8265/19 8265/21
8268/23 8269/3 8270/1 8271/3 8271/4
8271/8 8273/20 8273/22 8274/23
8275/21 8275/22 8275/24 8277/9
8277/19 8277/25 8278/2 8278/13
8280/25 8284/9 8287/13 8287/15
8290/14 8290/15 8292/15 8294/23
8295/13 8296/5 8297/3 8297/7 8302/24
8304/12 8304/15 8308/16 8319/9 8321/8
8323/4 8323/6 8325/2 8325/2 8326/4
8329/22 8330/5 8338/7 8339/23 8340/14
8346/16 8346/23 8347/5 8350/3 8350/12
8350/14 8353/1 8353/7 8354/12
seeing [3]  8281/16 8306/6
seem [1]  8309/19
seemed [6]  8259/6 8282/13 8284/24
8285/2 8285/4 8303/10
seems [3]  8295/13 8309/14 8358/15
seen [17]  8262/3 8277/5 8280/12
8280/25 8281/24 8293/24 8295/22
8303/13 8304/21 8306/13 8309/18
8309/19 8340/5 8341/11 8345/18
8350/25 8354/7
send [1]  8297/14
senior [1]  8272/21
sense [3]  8285/1 8296/7 8302/16
sensor [1]  8291/25
sensors [5]  8290/19 8290/24 8291/5
8291/17 8292/2
sent [10]  8253/7 8269/6 8296/11
8296/12 8304/22 8361/8 8361/11
8361/14 8361/25 8362/4
sentence [1]  8354/1
separate [2]  8298/2 8309/23
September [1]  8260/4
Sepulvado [1]  8341/5
sequence [1]  8261/25
sequences [2]  8351/1 8367/19
series [2]  8317/6 8347/5
seriously [2]  8301/13 8306/15
seriousness [1]  8306/12
serve [1]  8261/2
serves [2]  8267/1 8317/22
service [2]  8261/12 8272/19
Services [2]  8251/3 8251/7
SESSION [2]  8246/14 8253/1
set [5]  8299/13 8299/17 8319/5 8323/5
8343/11
setup [1]  8275/11
seven [3]  8307/22 8324/16 8325/11
several [3]  8277/22 8278/10 8289/21
shack [25]  8266/17 8267/8 8267/24
8271/14 8271/18 8271/25 8274/5
8274/22 8275/16 8276/2 8276/6 8276/10
8276/13 8277/5 8278/23 8279/6 8279/15
8280/11 8282/1 8282/9 8282/15 8282/25
8306/1 8306/3 8306/24

shallow [1]  8285/15
sharp [1]  8366/16 8367/7
SHARON [1]  8248/21
Shaw [1]  8247/12
shear [18]  8347/7 8347/14 8347/22
8348/9 8348/9 8348/13 8348/16 8348/24
8348/25 8352/6 8352/17 8352/18
8352/18 8353/14 8353/14 8353/19
8357/3 8368/3
shearing [1]  8368/2
sheet [3]  8363/13 8363/18 8364/1
shift [1]  8258/24
shoe [6]  8366/10 8366/12 8366/19
8366/23 8366/23 8368/18
short [3]  8306/8 8310/5 8310/7
should [9]  8294/21 8294/25 8299/13
8309/15 8335/7 8335/16 8359/9 8366/9
8370/20
show [10]  8288/1 8294/23 8294/25
8321/1 8324/2 8337/18 8338/2 8338/21
8347/16 8354/6
showed [2]  8272/14 8341/25
showing [1]  8278/16
shown [1]  8292/13
shows [5]  8289/16 8296/22 8317/25
8320/22 8327/17
shut [1]  8282/4
SHUTLER [1]  8248/21
side [8]  8267/3 8278/13 8318/17
8319/16 8319/17 8326/4 8350/13
significant [1]  8373/18
sim [1]  8264/21
sim ops [1]  8264/21
similar [1]  8285/4
simple [5]  8255/16 8321/24 8329/6
8354/12
Sims [4]  8306/20 8306/25 8307/3 8307/4
simulated [3]  8355/6 8367/24 8370/11
since [4]  8290/20 8290/20 8302/15
8321/14
SINCLAIR [1]  8249/9
sir [147]
sit [1]  8280/3
site [44]  8258/10 8258/14 8258/15
8258/15 8259/2 8259/9 8259/18 8259/21
8260/2 8260/10 8260/19 8260/21
8260/23 8260/25 8261/8 8261/21
8261/21 8262/8 8262/12 8262/23
8262/23 8267/16 8272/21 8273/8
8275/17 8276/16 8278/25 8280/18
8283/3 8284/17 8285/24 8288/8 8288/10
8289/1 8291/7 8291/15 8294/15 8300/2
8300/3 8301/2 8301/16 8307/16 8307/18
8341/5
sits [2]  8326/7 8326/11
sitting [3]  8279/9 8279/14 8293/24
situation [3]  8289/10 8328/6 8359/20
size [4]  8319/5 8319/10 8347/14 8363/19
skipped [1]  8362/13
sleep [2]  8272/11 8307/9
slide [5]  8279/20 8279/22 8280/8 8328/8
8332/2
Slidell [1]  8247/19
slightly [1]  8323/17
slow [1]  8343/3
slowly [1]  8367/21
slurries [5]  8287/1 8287/7 8287/16
8287/17 8287/23
slurry [1]  8286/19
small [3]  8255/11 8263/7 8318/1
smaller [5]  8348/9 8348/10 8351/21
8351/24 8352/17
smoke [1]  8283/18

so [63]  8257/6 8258/4 8255/13 8256/5
8258/23 8258/22 8265/9 8269/9
8271/16 8273/11 8273/18 8275/5 8279/4
8279/22 8280/6 8289/15 8292/21
8295/15 8300/22 8301/2 8304/7 8307/5
8310/13 8312/9 8319/9 8320/5 8321/11
8322/3 8323/4 8324/4 8326/5 8326/14
8326/24 8329/6 8330/15 8331/10
8331/13 8336/11 8337/24 8339/6
8342/16 8345/13 8345/22 8346/13
8346/20 8348/3 8348/18 8348/21
8349/11 8350/7 8350/8 8351/23 8351/23
8352/18 8353/14 8358/4 8365/21
8367/12 8371/23 8372/1 8372/9 8372/16
so-called [2]  8292/21 8300/22
Society [1]  8345/10
software [2]  8251/16 8322/14
sold [1]  8366/18
solenoids [1]  8371/20
solve [1]  8301/11
solved [1]  8312/9
solving [1]  8312/21
some [36]  8257/10 8260/19 8272/10
8277/12 8277/18 8281/8 8282/6 8282/20
8283/23 8293/5 8299/9 8302/24 8311/11
8319/23 8320/3 8325/10 8326/25
8327/25 8342/21 8344/22 8345/18
8345/19 8346/8 8347/11 8347/12
8352/23 8354/9 8354/19 8363/17
8365/12 8366/23 8367/9 8371/21 8373/5
8373/9 8373/17
somebody [5]  8292/3 8294/14 8295/19
8296/8 8307/22
someone [3]  8303/2 8307/19 8357/25
something [14]  8266/5 8291/15 8292/23
8292/25 8293/3 8294/23 8295/16
8295/22 8309/20 8336/6 8349/20 8359/8
8359/16 8370/20
sometime [1]  8305/20
somewhere [6]  8267/22 8283/11 8307/9
8356/17 8358/22 8358/25
sophisticated [1]  8285/22
sorry [4]  8303/8 8341/2 8362/22 8368/10
sort [2]  8278/13 8280/3
sound [3]  8353/5 8360/14 8365/9
sounds [3]  8357/15 8367/5 8372/16
source [1]  8365/8
Southwest [1]  8256/25
spacer [8]  8275/6 8286/19 8287/1
8287/7 8299/24 8300/3 8300/5 8300/7
spacers [4]  8286/22 8287/17 8287/18
8287/23
SPE [2]  8313/23 8314/2
spec [1]  8363/25
specific [4]  8263/7 8264/11 8264/12
8274/7
specifically [2]  8264/23 8294/12
specification [3]  8363/13 8363/17
8365/25
specifications [3]  8365/20 8365/22
8367/4
specifics [1]  8275/19
spelling [3]  8256/11 8309/2 8343/20
spend [2]  8261/14 8261/15
spent [2]  8265/7 8298/2
Sperry [2]  8290/24 8291/5
SPILL [1]  8246/4
SPIRO [1]  8249/4
spoke [1]  8357/25
spot [1]  8291/17
spring [1]  8349/6
spring-loaded [1]  8349/6
square [7]  8356/11 8356/17 8356/24

Case 2:10-md-02179-CJB-DPC Document 13774 Filed 12/09/14 Page 149 of 153

**S**

square... [4]  8357/6 8357/21 8357/24 8358/20
stability [3]  8335/6 8335/15 8336/4
stabilize [1]  8277/19
stabilized [1]  8280/16
staff [1]  8254/7
staged [1]  8267/21
stand [3]  8256/1 8280/3 8303/11
standard [3]  8322/12 8325/6 8363/24
standards [3]  8323/1 8324/3 8324/8
standpoint [1]  8357/8
start [5]  8268/15 8282/22 8316/17 8329/13 8356/2
starts [1]  8265/2
State [7]  8249/7 8249/11 8249/15 8256/10 8256/25 8309/1 8343/19
stated [1]  8295/11
stateroom [3]  8272/10 8283/3 8283/9
STATES [11]  8246/1 8246/10 8246/15 8248/8 8248/12 8248/18 8249/2 8337/8 8337/15 8362/20 8374/5
static [1]  8330/22
Station [1]  8249/5
stay [4]  8279/8 8282/1 8351/19 8353/9
stayed [1]  8280/10
steady [2]  8278/4 8280/10
steel [2]  8318/20 8319/14
Steering [2]  8309/6 8332/17
stenography [1]  8251/16
step [8]  8258/4 8273/17 8297/10 8297/12 8297/13 8308/16 8343/10 8357/16
STEPHEN [3]  8246/23 8276/17 8298/8
Stephen Curtis [1]  8298/8
Sterbcow [2]  8247/5 8247/6
STERNBERG [1]  8251/7
Steve [2]  8279/13 8285/11
STEVEN [2]  8248/14 8250/9
still [4]  8280/17 8293/23 8294/1 8294/5
stop [5]  8266/5 8356/8 8361/22 8361/23 8361/24
stopped [2]  8278/11 8280/17
STRANGE [1]  8249/8
stream [1]  8316/20
Street [16]  8246/20 8247/3 8247/6 8247/10 8247/13 8247/19 8247/22 8248/6 8249/12 8249/16 8249/19 8250/6 8250/10 8250/17 8251/5 8251/10
strength [20]  8309/25 8314/21 8314/23 8317/4 8318/12 8318/13 8318/17 8318/18 8318/19 8318/24 8319/1 8319/16 8322/2 8322/4 8322/6 8329/9 8329/14 8330/2 8330/13 8331/16
strengths [1]  8330/2
Stress [9]  8322/13 8354/9 8354/20 8355/6 8355/10 8367/10 8367/22 8369/16 8370/11
Stress Engineering [4]  8367/10 8367/22 8369/16 8370/11
stretch [1]  8340/13
strike [5]  8300/13 8302/4 8306/18 8310/14 8310/16
string [53]  8267/4 8296/13 8296/14 8309/9 8310/2 8314/17 8315/20 8317/1 8317/2 8317/5 8317/17 8317/17 8322/15 8322/17 8322/20 8323/25 8324/2 8324/7 8324/9 8324/22 8325/21 8325/23 8326/3 8326/4 8326/14 8326/21 8326/25 8327/2 8327/6 8327/22 8327/24 8328/20 8328/25 8329/2 8329/25 8332/5 8332/25 8333/5 8333/8 8333/12 8333/18 8333/22 8334/2

strings [17]  8317/6 8317/7 8317/8 8317/9 8317/9 8317/12 8320/19 8321/9 8324/14 8324/17 8325/13 8325/15 8326/19 8327/4 8327/15 8329/23 8329/24
strip [1]  8292/13
strong [2]  8352/13 8352/15
stronger [2]  8331/7 8352/12
structural [5]  8311/3 8317/4 8335/23 8335/24 8340/7
structure [1]  8316/22
study [3]  8309/8 8310/8 8316/2
subject [3]  8309/8 8310/8 8316/2
submitted [4]  8315/1 8337/22 8341/23 8342/1
substituted [1]  8371/21
successful [4]  8270/15 8270/17 8270/18 8271/23
successfully [2]  8268/5 8272/1
such [2]  8349/12 8365/21
sufficient [2]  8330/16 8352/20
suggested [1]  8372/14
suggesting [1]  8372/17
suggestion [1]  8371/22
Suite [11]  8246/20 8247/6 8247/10 8247/16 8249/19 8250/6 8250/10 8250/17 8250/20 8251/5 8251/8
SULLIVAN [1]  8248/20
summary [1]  8332/2
super [1]  8257/23
support [1]  8316/21
supported [1]  8312/9
supposed [3]  8358/19 8358/25 8360/15
sure [25]  8264/24 8285/16 8286/8 8290/3 8291/16 8295/2 8295/7 8296/15 8301/23 8301/25 8302/3 8302/5 8302/7 8303/17 8303/19 8314/23 8318/13 8322/1 8325/3 8338/1 8340/11 8342/1 8356/9 8357/1 8359/10
surface [1]  8324/21
surge [11]  8350/9 8350/22 8353/25 8369/14 8369/19 8369/21 8370/3 8370/12 8370/15 8370/19 8371/9
surprise [4]  8325/16 8325/19 8327/19 8327/22
surrounding [3]  8294/8 8336/23 8337/3
suspect [1]  8372/22
sustain [3]  8358/16 8360/25 8368/24
Sutherland [1]  8250/8
SWACO [1]  8299/13
switch [1]  8303/18
sworn [3]  8256/9 8308/25 8343/18
system [3]  8321/11 8336/14 8360/10
systems [1]  8257/3

**T**

table [2]  8276/3 8276/6
Tabler [1]  8256/5
tagged [1]  8293/7
take [26]  8259/13 8264/12 8280/2 8286/2 8286/4 8286/6 8286/14 8286/16 8298/18 8300/13 8304/12 8304/12 8305/6 8307/6 8307/10 8307/23 8308/17 8329/18 8331/23 8339/17 8340/25 8353/15 8359/24 8360/5 8372/21 8373/13
taken [1]  8373/18
takes [1]  8313/15 8360/13
taking [9]  8266/1 8262/21 8263/2 8267/8 8271/10 8290/15 8304/15 8306/15 8357/23

talk [21]  8256/23 8259/1 8262/13 8265/24 8282/4 8282/17 8283/25 8292/20 8306/25 8307/4 8316/13 8318/7 8318/17 8321/21 8325/22 8327/4 8344/21 8347/17 8363/16 8367/8 8373/20
talked [12]  8308/3 8321/2 8322/1 8325/21 8335/5 8336/18 8336/19 8336/22 8353/25 8358/13 8371/20 8372/1
talking [12]  8286/7 8286/10 8287/3 8287/4 8287/15 8330/21 8338/12 8338/21 8339/13 8351/20 8356/1 8363/24
talks [1]  8289/3
task [10]  8263/6 8263/7 8263/8 8264/12 8264/12 8264/23 8265/1 8273/24 8274/7 8299/2
task-specific [2]  8263/7 8274/7
tasks [1]  8272/20
taught [2]  8294/1 8342/24
team [9]  8263/18 8265/16 8295/13 8296/8 8324/15 8354/23 8354/25 8371/23 8372/1
technical [2]  8345/17 8368/14
technologies [1]  8313/23
technology [5]  8285/22 8311/23 8312/3 8312/8 8314/3
teleconference [1]  8263/17
tell [17]  8256/16 8276/12 8284/13 8286/8 8306/23 8307/6 8315/14 8323/23 8324/6 8326/2 8341/25 8342/5 8343/25 8344/22 8347/6 8355/9 8364/3
telling [1]  8302/8
tells [2]  8294/14 8322/5
temperature [1]  8311/14
temporary [5]  8273/11 8273/13 8286/10 8336/24 8337/3
tender [6]  8253/18 8254/14 8254/22 8314/6
term [4]  8292/21 8292/22 8292/22 8293/7
termed [1]  8302/2
terms [21]  8260/16 8261/23 8265/13 8265/21 8265/22 8265/22 8272/4 8275/3 8283/13 8284/20 8287/3 8287/4 8305/15 8308/4 8314/17 8320/6 8326/25 8330/12 8340/6 8370/14 8372/15
test [45]  8273/3 8273/14 8273/20 8274/9 8274/10 8274/16 8274/18 8274/23 8275/12 8275/17 8275/19 8276/10 8276/13 8277/6 8278/24 8282/2 8282/24 8283/4 8296/9 8296/9 8297/3 8297/6 8298/19 8298/23 8299/14 8299/17 8299/24 8300/18 8301/3 8301/10 8305/23 8306/2 8306/6 8306/20 8306/24 8355/11 8355/15 8359/11 8359/11 8359/14 8360/1 8360/6 8368/21 8369/19 8370/3
tested [1]  8368/6
testified [8]  8256/9 8300/15 8301/19 8302/13 8305/18 8308/25 8309/23 8343/18
testify [3]  8304/22 8309/15 8310/6
testifying [3]  8293/12 8343/7 8343/9
testimony [25]  8267/5 8291/4 8291/4 8291/9 8291/22 8291/24 8293/17 8294/24 8295/5 8300/17 8301/21 8303/17 8309/7 8309/14 8309/22 8310/1 8310/13 8313/20 8331/25 8332/2 8345/19 8353/5 8353/6 8356/4 8365/12
testing [10]  8354/9 8354/11 8354/19 8354/22 8367/9 8367/21 8367/22

testing... [3]  8370/12 8370/24 8371/1
tests [9]  8275/5 8276/15 8286/15
8286/17 8355/8 8355/15 8369/15
8369/16 8371/10
Texas [8]  8248/4 8250/10 8250/21
8251/5 8251/8 8256/18 8256/25 8344/2
textbook [2]  8313/23 8314/2
than [32]  8261/19 8273/19 8281/18
8284/25 8285/2 8304/18 8314/23
8318/13 8322/2 8322/3 8323/6 8323/15
8323/22 8324/3 8324/4 8324/4 8325/17
8330/18 8331/7 8331/8 8331/9 8348/9
8348/10 8348/24 8348/25 8351/21
8352/6 8352/13 8353/6 8353/15 8369/3
8373/15
thank [26]  8253/14 8255/1 8279/23
8284/5 8285/5 8289/18 8292/17 8292/17
8297/15 8308/13 8316/7 8326/13
8331/25 8337/6 8337/17 8339/11
8339/15 8340/2 8340/25 8342/6 8342/23
8354/17 8362/22 8369/9 8371/12
8371/13
Thanks [1]  8255/20
that [594]
that's [97]  8256/1 8261/7 8262/2
8262/10 8262/16 8262/19 8265/8
8265/11 8273/8 8274/25 8275/15
8275/20 8277/1 8277/8 8280/12 8281/14
8281/23 8282/18 8285/5 8285/21
8288/18 8289/18 8290/8 8292/6 8292/17
8292/22 8293/2 8294/17 8294/20
8294/23 8297/1 8298/21 8299/11 8303/2
8303/3 8303/3 8307/21 8310/3 8313/15
8315/24 8316/20 8316/23 8317/2 8319/4
8319/6 8319/13 8319/15 8319/16
8320/14 8320/16 8321/12 8321/18
8323/2 8323/16 8324/18 8326/16
8328/10 8329/17 8330/13 8330/22
8330/24 8331/5 8332/21 8332/23 8333/2
8333/6 8333/10 8333/14 8333/17
8333/21 8334/18 8334/21 8334/25
8335/4 8335/12 8336/6 8336/16 8336/17
8336/21 8337/19 8338/16 8339/9
8339/13 8339/14 8339/23 8342/6
8348/11 8351/21 8352/11 8356/9 8358/5
8360/1 8362/7 8363/25 8365/1 8372/9
8372/23
their [7]  8259/6 8264/25 8272/20
8301/13 8306/15 8327/21 8328/22
them [24]  8254/9 8254/14 8255/6 8256/6
8259/7 8263/7 8263/19 8264/4 8264/22
8265/1 8267/22 8283/25 8288/20
8288/21 8288/22 8290/2 8295/12
8298/12 8298/13 8342/24 8347/17
8348/21 8358/6 8373/22
then [31]  8254/20 8256/3 8262/5 8264/7
8268/25 8271/17 8277/6 8278/4 8278/8
8278/20 8281/21 8282/5 8290/10
8295/12 8296/3 8303/16 8303/17
8303/22 8317/13 8319/14 8327/5 8330/6
8338/3 8346/8 8347/2 8347/16 8348/18
8350/25 8351/1 8351/16 8373/1
theory [1]  8277/12
there [111]  8254/12 8257/1 8257/10
8257/13 8260/10 8262/2 8263/7 8265/23
8267/15 8268/1 8268/3 8270/3 8270/4
8270/9 8270/12 8270/14 8272/20 8273/2
8273/4 8274/17 8277/5 8277/9 8277/11
8277/12 8278/1 8278/12 8278/10 8278/14
8278/17 8279/14 8280/10 8280/10
8280/14 8280/14 8280/17 8283/6

8283/18 8283/21 8283/24 8287/19
8296/2 8296/9 8296/21 8296/23 8296/24
8296/2 8297/13 8298/18 8299/8 8299/9
8299/10 8300/1 8300/8 8300/11 8300/21
8300/21 8300/22 8300/23 8306/3 8306/8
8306/9 8306/11 8306/13 8307/23
8307/24 8312/7 8314/9 8314/10 8316/23
8317/11 8317/17 8323/23 8324/16
8327/11 8336/11 8338/2 8338/4 8339/2
8339/4 8341/13 8341/16 8341/16 8345/5
8345/23 8346/24 8347/6 8350/3 8351/21
8354/13 8355/3 8355/12 8355/15
8356/17 8356/24 8356/24 8359/12
8360/22 8361/7 8361/13 8361/14
8363/18 8363/23 8364/6 8365/6 8365/13
8366/23 8368/4 8369/8 8370/6 8370/24
8373/6
there's [21]  8257/10 8263/4 8267/5
8278/16 8291/18 8303/13 8307/22
8320/12 8320/13 8320/16 8321/14
8324/25 8328/12 8332/7 8332/7 8352/20
8352/23 8353/25 8359/6 8359/11 8373/9
Therefore [2]  8321/13 8325/2
these [42]  8262/5 8264/15 8265/17
8266/3 8267/20 8270/13 8272/25
8280/21 8289/25 8292/11 8303/9 8320/5
8322/22 8323/3 8323/11 8330/1 8330/13
8331/13 8331/15 8335/5 8335/12
8335/15 8335/21 8335/21 8335/25
8336/19 8336/22 8344/19 8348/13
8348/18 8349/4 8352/15 8352/16
8352/19 8358/5 8363/17 8364/21 8365/4
8365/20 8367/18 8371/9 8373/1
they [77]  8253/10 8264/21 8264/21
8264/25 8265/14 8265/14 8266/5
8267/12 8267/12 8271/21 8272/5 8272/7
8277/10 8277/18 8279/13 8282/9
8282/16 8283/5 8291/12 8291/17 8292/3
8294/15 8294/17 8298/10 8298/11
8299/13 8300/5 8300/6 8300/15 8300/16
8301/6 8301/6 8301/7 8301/8 8301/13
8301/13 8301/17 8301/17 8306/6
8306/16 8312/7 8322/24 8323/6 8323/13
8323/22 8324/2 8325/11 8325/15
8326/23 8328/17 8331/6 8331/14
8331/15 8332/6 8332/10 8334/23 8340/4
8342/1 8346/21 8347/15 8348/7 8348/24
8349/7 8349/11 8349/16 8352/8 8352/10
8352/12 8354/10 8355/6 8355/15 8357/3
8362/1 8365/23 8367/25 8369/19 8370/3
they're [2]  8347/22 8373/14
thick [1]  8318/22
thicker [1]  8352/8 8353/11
thing [8]  8255/24 8283/12 8284/7 8290/5
8292/6 8312/19 8346/23 8366/15
things [14]  8267/20 8270/13 8271/20
8284/21 8288/15 8307/17 8318/11
8319/22 8332/1 8332/19 8335/5 8344/13
8358/5 8363/17
think [46]  8253/25 8254/8 8257/10
8263/7 8263/12 8263/12 8264/8 8271/4
8274/7 8276/19 8287/25 8289/12
8289/12 8291/4 8291/24 8294/7 8294/20
8294/21 8294/25 8298/17 8299/1 8299/8
8300/15 8304/24 8307/21 8307/25
8309/21 8312/25 8327/24 8335/20
8337/18 8337/19 8338/16 8338/24
8339/22 8342/21 8342/24 8348/11
8362/3 8364/22 8365/6 8367/18
8370/22 8372/12 8372/13 8373/14
thinking [2]  8372/25 8373/2
third [3]  8249/12 8265/8 8338/1
third-to-last [1]  8338/1

this [212]
those [56]  8253/9 8253/13 8253/18
8253/21 8254/3 8254/15 8254/19
8254/22 8254/25 8255/6 8255/9 8256/7
8264/1 8264/5 8264/10 8264/24 8271/22
8271/22 8272/23 8292/9 8298/8 8299/3
8299/6 8299/19 8306/11 8307/23 8317/7
8317/12 8318/23 8320/7 8322/25
8324/17 8327/25 8331/20 8333/15
8335/6 8335/9 8336/1 8336/5 8344/12
8346/20 8347/6 8347/7 8347/9 8347/14
8347/16 8347/22 8349/5 8349/6 8349/10
8355/17 8358/20 8361/20 8361/24
8362/4 8368/6
though [2]  8299/18 8302/3
thought [7]  8262/3 8262/9 8265/15
8293/2 8296/17 8298/13 8301/17
threaded [1]  8347/15 8348/7 8348/21
8348/24 8352/10 8352/13 8352/17
threads [1]  8348/23
three [8]  8256/22 8288/21 8298/2 8298/4
8298/4 8312/13 8337/19 8347/12
Threw [1]  8283/17
through [18]  8264/12 8266/23 8266/24
8280/23 8285/1 8302/1 8302/23 8313/8
8321/3 8343/4 8348/19 8349/15 8349/17
8349/24 8353/18 8354/4 8358/21
8367/18
throwing [1]  8289/15
thumb [1]  8256/4
tieback [10]  8314/18 8315/20 8324/10
8325/22 8328/3 8328/5 8328/6 8329/3
8329/25 8332/5
time [71]  8253/18 8254/23 8260/17
8261/2 8261/24 8264/22 8265/1 8265/6
8265/6 8265/12 8265/23 8266/12
8266/15 8266/22 8268/4 8269/20
8270/23 8270/23 8271/23 8273/19
8273/21 8277/4 8278/4 8279/6 8279/9
8279/16 8280/16 8281/22 8281/8
8282/16 8282/24 8283/8 8283/11 8284/7
8284/8 8284/22 8285/25 8285/25
8285/25 8290/16 8291/11 8292/14
8293/5 8293/19 8293/23 8294/4 8294/6
8294/9 8298/6 8298/25 8300/24 8306/8
8306/9 8306/11 8306/19 8306/23
8311/21 8312/7 8314/6 8316/1 8317/14
8326/17 8326/17 8334/6 8359/22
8359/24 8360/8 8360/8 8372/14 8373/18
times [7]  8266/4 8267/14 8269/10
8275/3 8289/21 8301/9 8324/12
timewise [1]  8359/23
title [3]  8257/13 8311/21 8312/16
today [9]  8291/15 8293/24 8294/3
8294/11 8313/20 8331/25 8332/3 8372/6
8372/7
together [3]  8265/20 8319/8 8329/21
told [4]  8307/10 8307/11 8307/13 8308/5
tolerant [1]  8354/1
Tolles [1]  8250/12
TOM [1]  8247/18
tomorrow [7]  8372/8 8372/9 8372/11
8372/20 8372/25 8373/3 8373/18
Toni [5]  8251/10 8251/12 8374/4
8374/12 8374/12
too [2]  8356/9 8359/24
took [11]  8262/1 8266/8 8269/22 8281/3
8286/1 8286/21 8301/13 8304/11 8312/5
8354/11 8357/20
toolbox [1]  8274/7
toolpusher [11]  8268/3 8272/21 8273/9
8274/15 8275/18 8276/16 8278/25

**T**

toolpusher... [4] 8280/21 8293/7 8299/9 8302/20
toolpushers [1] 8280/19
tools [4] 8257/17 8288/19 8288/20 8344/12
top [23] 8269/1 8271/6 8271/21 8316/17 8316/19 8317/21 8318/1 8321/4 8326/7 8326/11 8341/13 8346/14 8346/15 8348/14 8350/15 8352/6 8352/17 8353/13 8353/19 8353/23 8354/10 8365/18 8370/1
Torts [2] 8248/9 8248/19
total [2] 8330/22 8373/14
totalizer [2] 8290/9 8290/15
totally [1] 8324/11
tough [1] 8340/14
tour [10] 8263/4 8263/22 8263/23 8264/3 8264/19 8267/25 8272/13 8272/16 8299/2 8299/8
tours [2] 8272/18 8272/19
towards [2] 8265/16 8278/11
town [1] 8267/17
track [1] 8368/18
train [3] 8258/13 8260/20 8261/21
trained [3] 8285/24 8307/17 8307/19
trainee [1] 8291/12
training [21] 8258/13 8259/1 8259/8 8259/11 8259/15 8259/16 8259/24 8261/6 8261/11 8261/17 8262/7 8266/18 8286/18 8287/1 8287/6 8287/19 8287/21 8287/23 8288/7 8298/22 8307/16
transcript [2] 8246/14 8374/7
transcription [1] 8251/16
transition [1] 8318/1
transitions [1] 8318/2
transmit [3] 8280/23 8302/14 8302/23
transmitted [2] 8358/23 8368/21
Transocean [31] 8250/5 8250/6 8250/7 8250/8 8250/9 8250/10 8250/12 8250/12 8250/13 8250/16 8250/16 8250/17 8250/19 8250/20 8250/21 8255/2 8255/11 8263/6 8265/13 8265/25 8273/8 8275/18 8297/22 8298/1 8299/10 8301/10 8301/16 8342/12 8354/9 8362/12 8362/23
Transocean's [1] 8255/8
trapped [1] 8320/18
TREX [40] 8268/19 8273/18 8276/24 8287/11 8288/23 8289/22 8295/3 8295/21 8304/2 8304/17 8311/8 8311/24 8313/10 8315/3 8316/6 8318/15 8321/22 8323/8 8325/16 8327/10 8331/17 8337/23 8339/20 8341/1 8341/2 8341/9 8341/12 8341/19 8345/3 8345/13 8347/18 8349/2 8354/6 8363/9 8363/12 8365/17 8367/16 8368/10 8369/11 8370/1
TREX-00546 [2] 8341/2 8341/9
TREX-01134 [1] 8339/20
TREX-01220 [2] 8341/12 8341/19
TREX-01256 [1] 8341/1
TREX-03527 [1] 8337/23
TREX-1.88.1 [1] 8276/24
TREX-2.17.8.1 [1] 8327/10
TREX-2152.1.1 [1] 8295/21
TREX-2157.2.1 [1] 8289/22
TREX-2159.1.1 [1] 8288/23
TREX-22311.270.1.PSC [1] 8295/3
TREX-22311.358.1.PSC [1] 8287/11
TREX-2582 [3] 8345/3 8345/13 8363/9
TREX-2582.004 [1] 8365/17

TREX-2582.008 [1] 8367/16
TREX-2582.011 [1] 8370/1
TREX-41202.1.2 [1] 8273/18
TREX-4166.15.1 [1] 8325/16
TREX-708.1 [1] 8268/19
TREX-759.1.1.TO [2] 8304/2 8304/17
TREX-7597.5 [1] 8369/11
TREX-7597.6 [1] 8370/1
TREX-7598.19 [1] 8354/6
TREX-8098 [1] 8316/6
TREX-8098.1.1 [1] 8315/3
TREX-8098.11.1 [1] 8318/15
TREX-8098.11.2 [1] 8321/22
TREX-8098.19.1 [1] 8331/17
TREX-8098.19.2 [1] 8323/8
TREX-8098.27.1 [1] 8311/24
TREX-8098.30.1 [1] 8313/10
TREX-8098.7.2 [1] 8311/8
TREX-87132 [1] 8347/18
trial [3] 8246/14 8338/7 8372/4
tried [3] 8283/25 8285/3 8300/16
tries [3] 8319/24 8320/19 8321/13
TRITON [1] 8246/8
troubleshooting [1] 8312/21
true [8] 8299/15 8299/18 8303/18 8332/20 8333/1 8333/24 8334/10 8374/6
truth [2] 8341/25 8342/5
truthful [1] 8342/2
try [6] 8261/24 8262/5 8281/4 8325/9 8356/6 8356/7
trying [14] 8255/12 8255/17 8281/3 8283/22 8284/9 8300/24 8301/11 8320/3 8357/14 8357/16 8358/14 8359/15 8360/8 8372/23
TSTPs [1] 8263/7
tube [23] 8339/6 8347/2 8347/4 8348/14 8348/15 8348/17 8348/19 8350/2 8350/20 8351/1 8351/5 8351/7 8351/19 8352/1 8352/17 8352/20 8352/24 8352/24 8353/12 8353/16 8353/19 8358/23 8360/15
tubes [1] 8357/3
tubing [6] 8267/4 8277/13 8300/22 8311/13 8313/17 8321/2
tubular [5] 8313/22 8314/4 8314/7 8335/10 8336/26
tubulars [2] 8313/7 8336/13
Tuesday [1] 8296/21
turn [8] 8266/7 8268/12 8268/25 8269/24 8273/18 8280/25 8302/24 8317/23
turned [1] 8270/7
turns [1] 8317/15
Tusa [5] 8251/10 8251/12 8374/4 8374/12 8374/12
twice [1] 8312/3
two [25] 8260/9 8260/13 8260/14 8261/15 8265/10 8279/13 8288/19 8299/1 8306/20 8313/6 8314/25 8318/11 8318/19 8318/23 8319/20 8319/22 8320/5 8320/12 8320/19 8326/10 8328/2 8329/22 8329/24 8330/3 8338/3
Tyler [1] 8256/18
type [12] 8312/18 8314/20 8318/14 8319/23 8320/3 8335/18 8335/19 8336/5 8336/14 8336/16 8366/15 8366/23
types [3] 8320/12 8330/12 8344/13
typically [2] 8329/5 8336/6

**U**

U-tubing [3] 8267/4 8277/13 8300/22
U.S [3] 8248/8 8248/12 8248/18 8249/2 8255/10
U.S.A [1] 8362/13

ultimate [4] 8330/7 8330/7 8330/7 8330/7
unanimous [1] 8288/5
uncertainty [1] 8325/1
under [7] 8261/2 8285/12 8288/15 8289/3 8341/25 8366/5 8367/22
UNDERHILL [3] 8248/9 8255/10 8337/14
underneath [2] 8344/8 8347/2
understand [18] 8262/17 8274/23 8281/4 8285/16 8297/2 8318/9 8318/12 8334/19 8335/12 8336/8 8341/23 8357/4 8357/20 8357/23 8360/19 8362/18 8365/22 8368/15
understanding [13] 8266/18 8267/18 8271/25 8279/1 8280/21 8286/9 8290/16 8297/5 8329/13 8329/14 8356/15 8358/3 8374/8
understands [1] 8264/24
understood [1] 8356/20
unit [10] 8268/17 8270/6 8270/10 8271/16 8272/5 8279/4 8279/5 8290/6 8345/17 8363/21
UNITED [11] 8246/1 8246/10 8246/15 8248/8 8248/12 8248/18 8249/2 8337/8 8337/15 8362/20 8374/5
United States [3] 8337/8 8337/15 8362/20
University [2] 8256/25 8311/3
Unless [1] 8303/13
unquote [1] 8292/21
unsafe [1] 8266/5
until [8] 8269/17 8270/3 8270/5 8270/6 8271/16 8282/1 8348/15 8373/25
up [97] 8257/20 8258/4 8263/11 8263/19 8264/22 8265/1 8265/18 8266/24 8267/4 8267/14 8267/21 8274/8 8275/4 8275/8 8276/24 8277/7 8277/13 8277/15 8277/21 8277/24 8278/2 8278/7 8278/15 8278/20 8278/21 8278/21 8279/8 8279/20 8280/3 8280/9 8280/25 8283/21 8284/2 8284/14 8287/9 8288/23 8289/22 8299/14 8299/17 8300/16 8301/23 8302/3 8302/5 8302/7 8302/10 8303/5 8303/17 8303/19 8304/1 8304/1 8306/3 8308/12 8311/7 8311/24 8313/10 8313/24 8315/3 8316/11 8316/16 8316/17 8319/18 8320/25 8321/11 8321/13 8321/22 8325/13 8325/25 8331/12 8331/14 8331/15 8331/21 8331/22 8338/2 8338/3 8338/18 8339/2 8339/10 8339/19 8340/13 8340/16 8341/1 8343/11 8345/3 8348/11 8350/7 8350/14 8356/2 8357/21 8357/23 8363/9 8363/10 8366/5 8366/6 8367/13 8369/11 8373/18
up-to-date [1] 8263/19
upcoming [4] 8264/6 8272/24 8273/1 8273/10
update [1] 8272/24
upon [1] 8340/18
upper [1] 8296/5
upstream [1] 8312/21
us [9] 8259/17 8259/19 8280/3 8281/10 8281/14 8317/10 8327/2 8327/3 8338/21 8294/22 8299/23 8300/3 8322/10 8323/5 8328/14 8332/10 8335/7 8338/20 8350/20 8361/16 8364/21 8365/4 8366/19 8366/22 8367/25
use [20] 8268/22 8269/5 8269/9 8277/1
used [26] 8253/5 8253/23 8254/15 8254/21 8255/4 8292/21 8317/2 8322/12 8323/19 8324/11 8324/24 8329/24 8332/10 8333/13 8333/23 8334/16

**U**

used... [10]  8336/13 8346/6 8347/23
8354/14 8356/10 8356/16 8359/16
8360/16 8363/20 8364/13
using [3]  8251/16 8287/23 8288/20
usually [1]  8329/7

**V**

valid [1]  8323/24
value [3]  8322/4 8322/4 8330/21
values [2]  8330/2 8331/16
valve [1]  8354/4
valves [3]  8349/4 8349/6 8368/6
variety [1]  8332/1
various [7]  8257/23 8259/5 8259/11
8259/15 8266/4 8284/24 8334/22
verbiage [1]  8319/5
versus [14]  8317/12 8325/21 8326/24
8327/2 8332/5 8332/10 8333/5 8333/22
8334/17 8334/24 8335/2 8335/17 8336/2
8336/12
very [24]  8259/6 8259/6 8262/9 8265/20
8285/4 8297/8 8301/13 8306/15 8310/5
8310/13 8310/17 8316/9 8321/15
8321/15 8326/23 8327/17 8335/22
8335/22 8337/17 8342/6 8347/24
8352/15 8355/20 8372/12
vessel [1]  8317/15
viable [4]  8294/2 8294/5 8295/13
8326/23
video [2]  8263/17 8373/5
videos [1]  8373/4
videotape [1]  8256/4
Vidrine [10]  8267/16 8268/3 8283/2
8305/19 8306/1 8306/3 8306/8 8307/6
8307/10 8307/13
view [1]  8327/5
viewed [1]  8256/4
Vincent [1]  8256/5
Virginia [2]  8247/10 8247/10
VOIR [1]  8310/23
volume [2]  8290/8 8290/14
volumes [4]  8286/19 8286/22 8287/1
8287/7
VON [1]  8251/7

**W**

walk [1]  8264/12
Walker [1]  8247/9
wall [1]  8318/22
WALTER [1]  8247/12
want [29]  8254/4 8266/7 8266/11
8268/13 8268/21 8269/5 8269/9 8270/4
8277/1 8288/1 8291/9 8297/7 8309/16
8313/10 8314/23 8316/13 8318/12
8322/1 8325/2 8325/22 8335/14 8338/11
8339/24 8340/11 8342/5 8344/10
8347/16 8358/9 8371/24
wanted [2]  8370/24 8371/15
was [242]
Washington [4]  8248/17 8248/22 8249/6
8250/4
wasn't [3]  8295/16 8325/19 8358/22
watching [3]  8282/17 8290/10 8290/13
water [6]  8257/10 8259/13 8285/14
8285/15 8285/17 8311/15
way [11]  8269/9 8272/6 8283/19 8285/16
8298/13 8317/21 8338/13 8339/2 8351/1
8354/14 8359/11
ways [1]  8328/13
we [212]
we'll [1]  8310/5

We've [1]  8276/19
Weatherford [1]  8276/4
week [4]  8261/15 8307/23 8309/24
8372/15
8344/8 8344/15 8344/17 8344/24 8347/8
8351/10 8351/13 8353/17 8354/20
8357/25 8360/16 8361/8 8364/18
8364/20 8365/4 8365/10 8366/10
8366/18 8366/18 8368/14
weeks [2]  8261/15 8265/10
weight [6]  8280/23 8288/14 8319/5
8319/12 8319/12 8333/23
welcome [1]  8337/10
well [138]
well-site [1]  8258/14
wellbore [10]  8280/24 8317/14 8317/15
8321/4 8325/4 8325/6 8336/3 8336/17
8338/17 8339/9
WELLCAT [1]  8322/13
wellhead [2]  8317/21 8326/8
wells [12]  8260/12 8260/13 8260/14
8286/7 8295/13 8312/10 8324/25 8325/7
8326/22 8327/14 8327/21 8329/5
went [18]  8257/8 8262/17 8271/17
8272/10 8278/7 8282/5 8282/20 8283/4
8283/6 8283/8 8283/17 8298/18 8300/16
8305/19 8305/23 8307/6 8307/9 8367/18
were [120]  8254/21 8257/15 8257/25
8259/2 8259/16 8260/5 8260/12 8261/5
8261/17 8261/18 8261/24 8262/15
8263/1 8263/2 8263/23 8266/12 8266/15
8267/6 8267/7 8267/13 8267/15 8268/4
8268/13 8268/15 8269/16 8270/3 8270/4
8270/13 8270/19 8271/22 8272/12
8272/19 8274/10 8274/22 8276/9
8276/12 8277/4 8277/5 8277/6 8277/17
8278/10 8279/14 8279/15 8279/16
8280/4 8280/17 8280/17 8280/22 8282/3
8282/4 8282/9 8282/16 8283/5 8283/21
8284/17 8285/24 8288/7 8288/8 8288/11
8288/16 8292/9 8292/11 8293/19
8295/16 8298/10 8298/11 8298/25
8299/8 8299/10 8300/16 8300/24 8301/2
8301/3 8301/6 8304/13 8305/25 8306/6
8306/8 8306/11 8306/19 8306/21
8307/17 8307/17 8307/19 8307/20
8310/4 8312/20 8314/2 8314/15 8323/15
8323/22 8324/11 8324/14 8324/16
8329/24 8331/10 8334/12 8335/3 8336/9
8336/13 8338/12 8338/12 8350/17
8354/25 8354/25 8355/3 8355/5 8355/15
8359/8 8361/7 8361/8 8361/11 8361/13
8361/14 8361/24 8361/24 8362/1 8362/4
8362/4 8363/13
weren't [4]  8272/20 8300/24 8301/7
8306/15
wet [1]  8351/8
what [138]
what's [33]  8261/2 8262/25 8263/16
8264/10 8264/24 8293/13 8293/19
8296/15 8296/16 8297/13 8302/1 8303/7
8305/16 8318/20 8320/13 8326/7
8326/11 8328/3 8330/4 8330/6 8331/6
8346/15 8346/18 8346/23 8347/14
8348/2 8348/13 8350/2 8350/5 8350/19
8350/21 8351/5 8356/7
whatever [3]  8254/7 8318/21 8338/12
Wheeler [4]  8274/15 8276/15 8276/19
8299/9
when [53]  8257/4 8258/5 8259/9 8260/2
8260/5 8261/17 8262/10 8266/4 8267/1
8267/8 8270/7 8271/10 8271/17 8272/8
8277/9 8277/21 8278/7 8278/11 8281/15

8285/24 8287/15 8288/21 8291/25
8291/11 8304/11 8305/10 8306/13
8311/21 8312/20 8317/19 8318/9
8320/10 8320/14 8324/1 8324/25
8335/13 8338/2 8341/23 8342/1 8343/11
8350/19 8352/20 8354/3 8355/10
8355/15 8366/16 8366/25 8367/21
8367/21 8368/5 8369/19 8370/11
8371/21
Whenever [1]  8293/7
where [49]  8256/16 8256/23 8257/6
8260/5 8264/4 8265/18 8265/18 8266/15
8268/15 8272/24 8274/4 8276/6 8276/9
8277/11 8278/16 8279/8 8279/16 8280/4
8280/16 8280/21 8280/21 8282/19
8283/19 8284/4 8284/25 8290/25 8291/1
8291/17 8291/17 8291/25 8297/12
8302/25 8319/23 8335/2 8335/15
8335/25 8340/15 8343/5 8343/2 8343/25
8344/3 8346/19 8351/23 8355/6 8356/12
8356/17 8356/21 8363/23 8373/6
wherever [1]  8370/7
whether [29]  8268/9 8270/14 8273/2
8287/5 8288/16 8289/13 8291/12 8294/6
8294/6 8300/3 8300/9 8301/15 8311/13
8323/23 8328/15 8329/25 8333/18
8335/1 8335/7 8336/8 8339/24 8352/23
8357/25 8359/10 8359/17 8360/1 8361/7
8364/16 8364/20
which [44]  8253/5 8254/5 8257/17
8260/24 8261/2 8262/24 8273/21
8277/15 8278/15 8279/14 8280/24
8295/21 8300/2 8304/17 8305/22
8307/11 8309/8 8309/9 8313/7 8313/8
8317/25 8320/14 8320/20 8321/2 8321/5
8322/2 8322/4 8323/16 8325/23 8326/7
8326/11 8327/5 8328/4 8335/5 8336/20
8337/22 8337/22 8338/21 8339/25
8341/18 8344/16 8346/10 8348/18
8358/6
while [18]  8257/17 8257/18 8258/9
8258/11 8259/4 8260/12 8263/1 8263/23
8269/23 8276/13 8280/15 8282/4
8287/18 8294/14 8306/1 8306/3 8308/17
8343/11
white [1]  8347/5
Whiteley [1]  8249/15
who [26]  8267/23 8272/16 8273/5
8273/6 8273/9 8274/14 8274/22 8276/12
8278/23 8279/8 8301/23 8301/25 8302/3
8302/3 8302/5 8302/7 8303/17 8303/19
8310/12 8311/17 8312/14 8334/1 8334/2
8336/1 8341/6 8371/19
whose [1]  8310/12
why [19]  8258/2 8259/2 8268/7 8281/15
8286/8 8287/9 8290/24 8334/9 8338/20
8339/2 8341/13 8347/11 8349/10
8349/13 8350/20 8352/15 8353/11
8359/22 8366/11
wider [1]  8340/2
will [32]  8254/11 8255/25 8256/6 8267/2
8267/3 8273/8 8286/20 8292/3 8294/16
8301/12 8301/14 8305/10 8308/16
8309/22 8316/4 8320/20 8321/14 8338/2
8346/10 8346/19 8347/16 8348/6
8353/14 8354/9 8369/2 8368/13 8372/13
8372/21 8372/22 8373/13 8373/24
8373/25
Williams [2]  8247/15 8247/15
Williamson [2]  8248/2 8248/3
willing [1]  8372/3
WINFIELD [1]  8249/9
Winslow [1]  8256/5

## W

wise [1]  8267/21
withdrew [1]  8310/13
within [3]  8323/7 8357/16 8372/13
without [6]  8253/13 8254/25 8255/9
8267/19 8325/9 8354/5
withstand [3]  8359/9 8368/6 8369/3
witness [31]  8255/25 8291/3 8295/1
8303/11 8303/11 8304/22 8308/14
8308/15 8308/21 8332/12 8337/7
8338/22 8342/7 8343/5 8343/9 8343/16
8353/4 8357/9 8358/2 8358/4 8358/7
8358/10 8370/19 8370/21 8371/1
8371/14 8371/16 8371/19 8372/9
8372/19 8373/16
witnessed [6]  8266/4 8300/9 8301/9
8367/9 8367/21 8367/21
witnesses [6]  8308/18 8310/8 8371/22
8372/3 8373/6 8373/17
woke [1]  8283/15
won't [1]  8365/13
words [3]  8264/11 8305/24 8349/5
work [40]  8255/12 8255/17 8257/7
8257/8 8257/19 8257/22 8257/22 8258/3
8258/18 8258/22 8258/24 8258/25
8259/3 8259/7 8260/6 8260/8 8260/10
8262/11 8265/14 8268/4 8272/8 8289/4
8289/15 8298/6 8305/17 8310/17
8311/11 8311/17 8311/19 8312/18
8315/14 8333/4 8344/3 8344/4 8346/13
8353/17 8358/3 8358/25 8359/3 8360/9
worked [6]  8257/20 8259/4 8265/16
8265/20 8284/24 8362/1
working [8]  8258/9 8259/4 8265/15
8265/16 8330/4 8330/9 8330/11 8330/18
works [1]  8357/11
world [1]  8323/4
worldwide [6]  8312/7 8312/9 8313/3
8324/13 8326/24 8332/11
worry [1]  8294/17
would [140]
wouldn't [8]  8291/11 8291/12 8300/4
8341/22 8356/23 8359/19 8359/22
8369/4
wrap [1]  8281/3
Wright [1]  8246/18
written [1]  8369/15
wrong [3]  8290/20 8292/2 8293/3
wrote [1]  8314/4
Wyman [3]  8274/15 8276/15 8299/9

## Y

Yeah [11]  8316/19 8317/2 8319/22
8322/1 8322/12 8324/9 8329/22 8330/24
8332/4 8337/5 8339/8
year [1]  8260/24
years [9]  8258/1 8260/9 8311/9 8311/12
8311/20 8312/13 8313/21 8327/13
8344/14
yellow [1]  8276/5
Yep [1]  8344/20
yes [240]
yesterday [1]  8254/3
yet [2]  8325/23 8373/9
Yoakum [1]  8248/3
you [661]
you'll [1]  8280/2
you're [14]  8285/1 8287/15 8294/15
8294/15 8296/11 8301/23 8302/3 8302/5
8303/17 8304/25 8325/1 8328/6 8337/10
8358/13
YOUNG [1]  8249/5

your [204]
Your Honor [43]  8252/23 8253/11 8253/24
8254/2 8254/11 8255/1 8255/24 8279/24
8285/8 8287/10 8288/2 8291/2 8295/22
8297/17 8297/21 8303/9 8304/9 8308/8
8308/10 8308/15 8308/22 8314/11
8332/12 8337/10 8342/9 8342/11
8342/13 8342/25 8343/15 8353/8
8355/18 8355/20 8358/2 8360/3 8361/5
8361/18 8362/7 8362/9 8362/11 8362/14
8362/18 8363/7 8365/16 8367/15 8369/9
8371/15 8373/6
yourself [1]  8361/23

## Z

Zatarain [3]  8371/19 8372/6 8372/17
zero [2]  8307/12 8355/7
zones [1]  8266/24
zoom [1]  8347/5