1                   UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4      ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              THURSDAY, APRIL 11, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*
14
     CASE NO. 2:10-CV-4536,
15   *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*
16   *INC., ET AL*

17   ****************************************************************
18

19

20                   **DAY 26   MORNING SESSION**

21            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22        HEARD BEFORE THE HONORABLE CARL J. BARBIER

23               UNITED STATES DISTRICT JUDGE

24

25

                           **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES:

2

3    FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:  JAMES P. ROY, ESQ.
4                           556 JEFFERSON STREET, SUITE 500
                            POST OFFICE BOX 3668
5                           LAFAYETTE, LA  70502

6

7                           HERMAN HERMAN & KATZ
                            BY:  STEPHEN J. HERMAN, ESQ.
8                           820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
9

10                          CUNNINGHAM BOUNDS
11                          BY:  ROBERT T. CUNNINGHAM, ESQ.
                            1601 DAUPHIN STREET
12                          MOBILE, AL  36604

13

14                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:  PAUL M. STERBCOW, ESQ.
15                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
16                          NEW ORLEANS, LA  70130

17

18                          BREIT DRESCHER IMPREVENTO & WALKER
                            BY:  JEFFREY A. BREIT, ESQ.
19                          600 22ND STREET, SUITE 402
                            VIRGINIA BEACH, VA  23451
20

21                          LEGER & SHAW
22                          BY:  WALTER J. LEGER, JR., ESQ.
                            600 CARONDELET STREET, 9TH FLOOR
23                          NEW ORLEANS, LA  70130

24

25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              WILLIAMS LAW GROUP
                               BY:  CONRAD S. P. WILLIAMS, ESQ.
4                              435 CORPORATE DRIVE, SUITE 101
                               HOUMA, LA  70360
5

6
                               THORNHILL LAW FIRM
7                              BY:  THOMAS THORNHILL, ESQ.
                               1308 NINTH STREET
8                              SLIDELL, LA  70458

9

10                             DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                               BY:  JOHN W. DEGRAVELLES, ESQ.
11                             618 MAIN STREET
                               BATON ROUGE, LA 70801
12

13
                               WILLIAMSON & RUSNAK
14                             BY:  JIMMY WILLIAMSON, ESQ.
                               4310 YOAKUM BOULEVARD
15                             HOUSTON, TX  77006

16

17                             IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQ.
18                             2216 MAGAZINE STREET
                               NEW ORLEANS, LA  70130
19

20

21   FOR THE UNITED STATES
     OF AMERICA:            U.S. DEPARTMENT OF JUSTICE
22                          TORTS BRANCH, CIVIL DIVISION
                            BY:  R. MICHAEL UNDERHILL, ESQ.
23                          450 GOLDEN GATE AVENUE
                            7TH FLOOR, ROOM 5395
24                          SAN FRANCISCO, CA  94102

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                                    U.S. DEPARTMENT OF JUSTICE
                                     ENVIRONMENT & NATURAL RESOURCES DIVISION
4                                    ENVIRONMENTAL ENFORCEMENT SECTION
                                     BY:  STEVEN O'ROURKE, ESQ.
5                                         SCOTT CERNICH, ESQ.
                                          DEANNA CHANG, ESQ.
6                                         RACHEL HANKEY, ESQ.
                                          A. NATHANIEL CHAKERES, ESQ.
7                                    P.O. BOX 7611
                                     WASHINGTON, DC  20044
8

9                                    U.S. DEPARTMENT OF JUSTICE
10                                   TORTS BRANCH, CIVIL DIVISION
                                     BY:  JESSICA McCLELLAN, ESQ.
11                                        MICHELLE DELEMARRE, ESQ.
                                          JESSICA SULLIVAN, ESQ.
12                                        SHARON SHUTLER, ESQ.
                                          MALINDA LAWRENCE, ESQ.
13                                   POST OFFICE BOX 14271
                                     WASHINGTON, DC  20044
14

15                                   U.S. DEPARTMENT OF JUSTICE
16                                   FRAUD SECTION
                                     COMMERCIAL LITIGATION BRANCH
17                                   BY:  DANIEL SPIRO, ESQ.
                                          KELLEY HAUSER, ESQ.
18                                        ELIZABETH YOUNG, ESQ.
                                     BEN FRANKLIN STATION
19                                   WASHINGTON, DC  20044

20

21   FOR THE STATE OF
     ALABAMA:                        ALABAMA ATTORNEY GENERAL'S OFFICE
22                                   BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                          COREY L. MAZE, ESQ.
23                                        WINFIELD J. SINCLAIR, ESQ.
                                     500 DEXTER AVENUE
24                                   MONTGOMERY, AL  36130

25

                              **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     LOUISIANA OFFICE
4    OF THE ATTORNEY
     GENERAL:
5                              STATE OF LOUISIANA
                               BY:  JAMES D.  CALDWELL,
6                              ATTORNEY GENERAL
                               1885 NORTH THIRD STREET
7                              POST OFFICE BOX 94005
                               BATON ROUGE, LA  70804
8

9
                               KANNER & WHITELEY
10                             BY:  ALLAN KANNER, ESQ.
                                    DOUGLAS R. KRAUS, ESQ.
11                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
12

13
     FOR BP EXPLORATION &
14   PRODUCTION INC.,
     BP AMERICA PRODUCTION
15   COMPANY, BP PLC:         LISKOW & LEWIS
                              BY:  DON K. HAYCRAFT, ESQ.
16                            ONE SHELL SQUARE
                              701 POYDRAS STREET
17                            SUITE 5000
                              NEW ORLEANS, LA  70139
18

19
                              COVINGTON & BURLING
20                            BY:  ROBERT C. "MIKE" BROCK, ESQ.
                              1201 PENNSYLVANIA AVENUE, NW
21                            WASHINGTON, DC  20004

22

23                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQ.
24                                 HARIKLIA "CARRIE" KARIS, ESQ.
                                   MATTHEW T. REGAN, ESQ.
25                            300 N. LASALLE
                              CHICAGO, IL  60654
                              **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
 4    OFFSHORE DEEPWATER
      DRILLING INC., AND
 5    TRANSOCEAN DEEPWATER
      INC.:                    FRILOT
 6                             BY:  KERRY J. MILLER, ESQ.
                               ENERGY CENTRE
 7                             1100 POYDRAS STREET, SUITE 3700
                               NEW ORLEANS, LA  70163
 8

 9
                               SUTHERLAND ASBILL & BRENNAN
10                             BY:  STEVEN L. ROBERTS, ESQ.
                                    RACHEL G. CLINGMAN, ESQ.
11                             1001 FANNIN STREET, SUITE 3700
                               HOUSTON, TX  77002
12

13
                               MUNGER TOLLES & OLSON
14                             BY:  MICHAEL R. DOYEN, ESQ.
                                    BRAD D. BRIAN, ESQ.
15                                  LUIS LI, ESQ.
                               355 SOUTH GRAND AVENUE, 35TH FLOOR
16                             LOS ANGELES, CA  90071

17

18                             MAHTOOK & LAFLEUR
                               BY:  RICHARD J. HYMEL, ESQ.
19                             1000 CHASE TOWER
                               600 JEFFERSON STREET
20                             LAFAYETTE, LA  70502

21

22                             HUGHES ARRELL KINCHEN
                               BY:  JOHN KINCHEN, ESQ.
23                             2211 NORFOLK, SUITE 1110
                               HOUSTON, TX  77098
24

25
```

**OFFICIAL TRANSCRIPT**

```
1     APPEARANCES CONTINUED:

2


3     FOR HALLIBURTON
      ENERGY SERVICES,
4     INC.:                    GODWIN LEWIS
                               BY:  DONALD E. GODWIN, ESQ.
5                                   FLOYD R. HARTLEY, JR., ESQ.
                                    GAVIN HILL, ESQ.
6                              RENAISSANCE TOWER
                               1201 ELM STREET, SUITE 1700
7                              DALLAS, TX  75270.

8


9                              GODWIN LEWIS
                               BY:  JERRY C. VON STERNBERG, ESQ.
10                             1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010.

11


12


13    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
14                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
15                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
16                               Cathy_Pepper@laed.uscourts.gov

17

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
18    PRODUCED BY COMPUTER.

19


20


21


22


23


24


25
```

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2

3    <u>EXAMINATIONS</u>                                    <u>PAGE</u>

4

5    **ARTHUR ZATARAIN**....................................8390

6    VOIR DIRE EXAMINATION BY MR. COLLIER.................8391

7    DIRECT EXAMINATION BY MR. COLLIER....................8400

8    CROSS-EXAMINATION BY MR. WILLIAMSON..................8474

9    CROSS-EXAMINATION BY MS. HANKEY......................8475

10   CROSS-EXAMINATION BY MR. DOYEN.......................8489

11   REDIRECT EXAMINATION BY MR. COLLIER..................8533

12   EXHIBIT CONFERENCE...................................8536

13

14

15                           **E X H I B I T S**

16

17   <u>DESCRIPTION</u>                                    <u>PAGE</u>

18

19   EXHIBIT TREX-40009 WAS ADMITTED......................8401

20

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

```
 1                      P-R-O-C-E-E-D-I-N-G-S

 2                    THURSDAY, APRIL 11, 2013

 3               M O R N I N G   S E S S I O N

 4                    (COURT CALLED TO ORDER)

 5

 6

 7            THE DEPUTY CLERK:  All rise.

 8            THE COURT:  Good morning, everyone.

 9            VOICES:  Good morning, Your Honor.

10            THE COURT:  Please be seated.

11                All right.  Before we begin testimony again, any

12       preliminary matters?

13            MR. IRPINO:  Yes, Your Honor.

14                Anthony Irpino for the PSC.

15                We have our list of exhibits and demonstratives

16       used in connection with our examination of Stephen Robinson on

17       April 9th.

18                We've sent that around to all of the parties.  We

19       did receive one objection from BP to TREX-44.  We've removed

20       that from our list, so this list we have now has no objections.

21                We offer, file and introduce those exhibits and

22       demonstratives into the record.

23            THE COURT:  Mr. Brian looks like he wants to say

24       something.

25            MR. BRIAN:  I thought we had a conversation this
```

**OFFICIAL TRANSCRIPT**

08:15:12  1      morning about removing two exhibits?

08:15:14  2              MR. IRPINO:  That was for a different witness.

08:15:21  3              MR. BRIAN:  Oh, he's right.  I'm sorry.  I apologize.

08:15:25  4              MR. IRPINO:  Your Honor, we have that on the record,

08:15:27  5      right?

08:15:27  6              THE COURT:  Mr. Irpino is usually right --

08:15:32  7              MR. LEGER:  That's on the record.

08:15:33  8              THE COURT:  -- with this kind of stuff.

08:15:39  9              MR. IRPINO:  Are we talking about --

08:15:44 10              THE COURT:  Those are admitted.

08:15:44 11              (WHEREUPON, the above mentioned exhibits were

08:15:44 12      admitted.)

08:15:46 13              MR. IRPINO:  Thank you, Your Honor.

08:15:47 14              MR. UNDERHILL:  Good morning, Your Honor.

08:15:48 15      Mike Underhill for the U.S.

08:15:50 16                  I offer our exhibits for Mr. Emilsen and

08:15:55 17      Dr. Bourgoyne.

08:15:55 18                  We had an issue with Transocean we've resolved on

08:16:00 19      both of those, so there are no objections remaining to Emilsen

08:16:04 20      and Dr. Bourgoyne.

08:16:06 21              THE COURT:  Any remaining objection to the

08:16:08 22      United States' exhibits?

08:16:09 23                  Without objection, those are admitted.

08:16:09 24              (WHEREUPON, the above mentioned exhibits were

08:16:09 25      admitted.)

                            **OFFICIAL TRANSCRIPT**

08:16:14  1          MR. HYMEL:  Good morning, Your Honor.  Richard Hymel

08:16:14  2     for Transocean.

08:16:16  3               We have the exhibits for Dr. Bourgoyne that have

08:16:20  4     been circulated, with no objection, and we offer these into

08:16:22  5     evidence.

08:16:22  6          THE COURT:  Hearing no objections, those are admitted.

08:16:22  7          (WHEREUPON, the above mentioned exhibits were

08:16:24  8     admitted.)

08:16:24  9          MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

08:16:26 10     Halliburton.

08:16:27 11               Judge, we have our exhibits for the

08:16:29 12     cross-examination of Dr. Bourgoyne.  They have been circulated.

08:16:30 13     To my knowledge, no -- we had a question or two, but we worked

08:16:34 14     them out.

08:16:35 15               There are no further objections, as I understand

08:16:37 16     it.  I'll offer them into evidence.

08:16:40 17          THE COURT:  Any objection to Halliburton's exhibits?

08:16:41 18               Those are admitted.

08:16:41 19          (WHEREUPON, the above mentioned exhibits were

08:16:42 20     admitted.)

08:16:42 21          MR. GODWIN:  Next, Your Honor, we have the exhibits

08:16:44 22     here for the cross-examination of Brett Lirette.

08:16:46 23               We've circulated those as well.  No objections to

08:16:48 24     my knowledge.  We would offer those into evidence.

08:16:50 25          THE COURT:  Any remaining objections to these?

                         **OFFICIAL TRANSCRIPT**

08:16:52 1          Without objection, those are admitted.

08:16:52 2          (WHEREUPON, the above mentioned exhibits were

08:16:55 3  admitted.)

08:16:55 4          MR. GODWIN:  Judge, also, very quickly, you had

08:16:57 5  authorized us -- or approved yesterday our filing of a letter

08:17:01 6  brief this morning by 8 o'clock.  We have filed it.

08:17:02 7          THE COURT:  I have it.  I need a little more time to

08:17:04 8  look over all of that, but I have your letter.

08:17:06 9          MR. GODWIN:  We understand, Judge.  I just wanted to

08:17:08 10 make sure you had it.

08:17:10 11         THE COURT:  I do.

08:17:10 12         MR. GODWIN:  Thank you, sir.

08:17:11 13         THE COURT:  Thank you.

08:17:11 14         MR. DOYEN:  Good morning, Your Honor.

08:17:13 15         THE COURT:  Good morning.

08:17:13 16         MR. DOYEN:  Mike Doyen for Transocean.

08:17:15 17          I have the exhibits for -- that we used with

08:17:18 18 Mr. Emilsen's cross-examination, which were circulated and no

08:17:21 19 objections were received.

08:17:22 20         THE COURT:  All right.  Any objections?

08:17:23 21          Hearing none, those are admitted.

08:17:23 22         (WHEREUPON, the above mentioned exhibits were

08:17:23 23 admitted.)

08:17:27 24         THE COURT:  All right.  Any other preliminary matters?

08:17:29 25         MR. DOYEN:  Your Honor, I have one other matter.

**OFFICIAL TRANSCRIPT**

08:17:31  1        I think, Your Honor, there is a quick beyond the

08:17:38  2   four corners of the expert report issue that is apparent from

08:17:41  3   the demonstratives for this witness that could be very clearly

08:17:45  4   resolved -- very quickly resolved.  I'm sorry.

08:17:48  5        This witness -- let me back up.  This witness put

08:17:51  6   in his report his analysis of some testing that was done by

08:17:57  7   DNV.  Obviously, we don't object to the admissibility of that.

08:18:00  8        He has a theory as to how each of those tests

08:18:03  9   should be interpreted so that they mean different things than

08:18:04 10   they were reported to have meant at the time.

08:18:07 11        The four corners problem is that we see from the

08:18:11 12   demonstratives that, in addition to the tests he talked about

08:18:14 13   in his report, he now intends for the first time to talk about

08:18:17 14   12 other tests done on a different day which are not mentioned

08:18:21 15   in his report, discussed in his report, and were never the

08:18:24 16   subject of any deposition as a result of that.

08:18:26 17        We think that's clearly outside the four corners,

08:18:28 18   and we shouldn't be receiving this and trying to understand

08:18:31 19   what the witness is trying to do with lab notes and

08:18:33 20   reinterpreting tests at the last minute.

08:18:35 21        THE COURT:  Tests done by whom?

08:18:38 22        MR. DOYEN:  I'm sorry, Your Honor?

08:18:39 23        THE COURT:  Tests done by whom?

08:18:42 24        MR. DOYEN:  Tests that were done by DNV.

08:18:44 25        In his report, he goes through 12 of those and

**OFFICIAL TRANSCRIPT**

08:18:47 1    says, let me tell you how I reinterpret these tests differently

08:18:50 2    than they were reported at the time.

08:18:51 3            We don't have an objection to that as to

08:18:53 4    admissibility.  That's fairly disclosed in his expert report.

08:18:56 5            Now, he proposes to come in and say, there are

08:18:59 6    some additional DNV tests which are not in my report which I

08:19:03 7    also would like to testify, 12 more tests, which you've got to

08:19:07 8    look at each one individually and decide, what do we think

08:19:09 9    happened there --

08:19:09 10           THE COURT:  I understand.  Let me hear from Mr. Regan.

08:19:09 11           MR. DOYEN:  Sure.  Thank you, Your Honor.

08:19:09 12           THE COURT:  Oh, I'm sorry, not Mr. Regan.

08:19:09 13           MR. REGAN:  I'm happy to address it, but I think

08:19:09 14    Mr. Collier's got it.

08:19:17 15           MR. COLLIER:  Thank you, Your Honor.

08:19:17 16           THE COURT:  I don't know why I assumed you would be

08:19:20 17    doing this, Mr. Regan.

08:19:21 18           MR. COLLIER:  Good morning, Your Honor.  Paul Collier

08:19:23 19    on behalf of BP.

08:19:25 20           I can address this particular issue.  The testing

08:19:28 21    that Mr. Doyen is referencing is known as PETU testing,

08:19:33 22    portable electronic test unit testing.

08:19:36 23           Mr. Zatarain, in his expert report, talked

08:19:39 24    extensively about this PETU testing that DNV conducted.

08:19:44 25           There were tests that were done on March 3rd and

**OFFICIAL TRANSCRIPT**

08:19:47  1    March 4th with respect to that testing.  In his expert report,

08:19:51  2    Mr. Zatarain explains how that testing -- he provides a chart

08:19:55  3    where he specifically goes line item by line item with respect

08:19:57  4    to that particular testing and the results that were obtained.

08:19:59  5            He also talks generally about that testing and

08:20:00  6    how it supports his opinions.

08:20:02  7            On March 3rd, that exact same type of testing was

08:20:05  8    done.  He did not include a chart with respect to that; but,

08:20:08  9    the results and his interpretation follow from the same pattern

08:20:11 10    that he identified in his chart from March 4th.

08:20:14 11            So we want to articulate that it is in his

08:20:19 12    report, it is within the four corners of his report, and

08:20:20 13    therefore he should be allowed to testify to it.

08:20:23 14        MR. DOYEN:  Your Honor, it may be that he's applying a

08:20:26 15    similar theory to what he talked about for the 12 tests

08:20:30 16    discussed in his report, but there is not an extensive

08:20:32 17    discussion of this in his report.

08:20:33 18            It's two pages.  It's just, there was some

08:20:35 19    testing, here is my theory, here is the results he puts down in

08:20:38 20    a table.  Here is 12 tests.

08:20:39 21            There's 12 tests performed at a different time

08:20:42 22    using different equipment.  One has to go back to each

08:20:45 23    individual test and say, what was done at the time, and how do

08:20:48 24    we interpret that.

08:20:49 25            This has not been subject to review by other

OFFICIAL TRANSCRIPT

08:20:51  1   experts, review by us, by depositions, or anything at all; and,

08:20:56  2   we shouldn't be getting this for the first time two days before

08:20:59  3   the witness testifies at trial.

08:21:00  4        THE COURT:  Okay.  I understand the objection, but I'm

08:21:03  5   going to overrule it.  I agree with counsel for BP on this.

08:21:08  6        I read this expert's report yesterday, and it

08:21:13  7   sounds like it fits within the four corners of the analysis and

08:21:19  8   opinions that he rendered in his report.

08:21:21  9        So, for those reasons, I'm going to overrule the

08:21:23 10   objection.

08:21:24 11        MR. DOYEN:  Thank you, Your Honor.

08:21:26 12        THE COURT:  Mr. Collier.

08:21:28 13        MR. COLLIER:  Yes, Your Honor.

        14        THE DEPUTY CLERK:  Please raise your right hand.  Do

        15   you solemnly swear that the testimony you are about to give is

        16   the truth, the whole truth and nothing but the truth, so help

        17   you God?

        18        THE WITNESS:  I do.

        19                        **ARTHUR ZATARAIN**

        20    was called as a witness and, after being first duly sworn by

        21    the Clerk, was examined and testified on his oath as follows:

        22        THE DEPUTY CLERK:  If you will take a seat, and then

        23   state your name and spell it for the record.

08:21:49 24        THE WITNESS:  My name is Arthur Zatarain, A-R-T-H-U-R,

08:21:52 25   Z-A-T-A-R-A-I-N.

                              **OFFICIAL TRANSCRIPT**

08:21:57   1          MR. COLLIER:  Your Honor, may I proceed?

08:21:59   2          THE COURT:  Yes.

08:21:59   3                         VOIR DIRE EXAMINATION

08:21:59   4   BY MR. COLLIER:

08:22:00   5   Q.   Good morning, Mr. Zatarain.  I have you on direct

08:22:03   6   examination.

08:22:03   7          Can you please introduce yourself to the Court?

08:22:08   8   A.   Yes.  As I said, my name is Arthur Zatarain.  I'm an

08:22:12   9   electrical engineer and control systems engineer right here

08:22:15  10   from New Orleans.  I've live in New Orleans all my life, and I

08:22:18  11   still live here and practice my consulting work out of

08:22:22  12   New Orleans.

08:22:22  13          THE COURT:  Do you make the seafood boil stuff,

08:22:26  14   Zatarain's?

08:22:27  15          THE WITNESS:  I'm ancestrally connected, but I'm not

08:22:32  16   financially connected.

08:22:33  17          I do maintain that large sign across the street

08:22:36  18   as part of my duty.

08:22:38  19          THE COURT:  Go ahead, Mr. Collier.

08:22:38  20          MR. COLLIER:  Thank you, Your Honor.

08:22:38  21   BY MR. COLLIER:

08:22:39  22   Q.   What type of work has been the focus of your professional

08:22:42  23   career?

08:22:42  24   A.   I graduated from college in the '70s.  Ever since then, in

08:22:45  25   one way or other, I've been connected to automated control

**OFFICIAL TRANSCRIPT**

08:22:49  1    systems, particularly those involving computer operations.

08:22:52  2         I was born at the right time to be able to get into

08:22:54  3    that business in the '70s.

08:22:56  4         I've had a series of jobs, which we'll talk about in

08:22:58  5    a minute; but, primarily, I call it industrial automation

08:23:01  6    controls, a large chunk of which was offshore oil and gas.

08:23:05  7    Q.   What were you asked to evaluate relating to the

08:23:08  8    *Deepwater Horizon* incident?

08:23:09  9    A.   My focus is a bit narrow compared to some of the experts,

08:23:12 10    but I was looking at the capability of the two control pods,

08:23:15 11    which I know you've heard a little bit about, their capability

08:23:18 12    to perform a very specific automatic mode function, AMF/Deadman

08:23:24 13    function, at the time of the incident.

08:23:25 14    Q.   Before discussing the work that you've done relating to

08:23:28 15    this matter, I'd like to discuss your qualifications.

08:23:31 16         What do you consider to be your general area of

08:23:33 17    expertise?

08:23:35 18    A.   Industrial controls and automation.

08:23:37 19    Q.   Have you prepared a demonstrative that summarizes your

08:23:41 20    professional experience and background?

08:23:42 21    A.   Yes, I have.

08:23:42 22    Q.   If we can bring up D-4880, please.

08:23:49 23         Mr. Zatarain, if you can explain your educational

08:23:51 24    background.

08:23:51 25    A.   Yes.  I have a Bachelor's and Master's degree in

**OFFICIAL TRANSCRIPT**

08:23:54  1   engineering from the University of New Orleans, where I

08:23:56  2   subsequently taught as -- engineering as both full-time and

08:23:59  3   part-time faculty.

08:24:00  4   Q.   You also identify on here professional licenses and

08:24:06  5   certifications that you hold.  Can you explain what you mean by

08:24:08  6   board-certified forensic engineer?

08:24:09  7   A.   Yes.  A board-certified forensic engineer is -- it's not

08:24:14  8   licensed by states.  It's a little different than it would be

08:24:16  9   for some of the other licenses that I have.

08:24:18 10         But forensic engineering, as its own discipline,

08:24:21 11   would be separate from, say, electrical or civil or things like

08:24:23 12   that.

08:24:23 13         So I have a -- it's an annual certification that took

08:24:27 14   me some number of years to get the first one; but, every year,

08:24:30 15   it's an audited practice -- auditing of my practice to maintain

08:24:36 16   my certification.

08:24:36 17   Q.   Next, you list licensed electrical engineer and control

08:24:40 18   systems engineer.  Can you explain what that means?

08:24:41 19   A.   This is a professional engineering license; the PE behind

08:24:45 20   my name, that's what that refers to.

08:24:47 21         This is a licensing that's done by each state in

08:24:49 22   different disciplines.  In my case, I have an electrical

08:24:52 23   engineering license in four states; but, I'm also separately

08:24:55 24   licensed as a control systems engineer, which is a separate

08:24:58 25   discipline.

**OFFICIAL TRANSCRIPT**

08:24:59  1    Q.    Next, you identify certified in safety instrumented

08:25:03  2    systems.  Can you explain that?

08:25:05  3    A.    Yes, this is a control system specialty that's based on a

08:25:09  4    worldwide standard that was actually developed in the

08:25:11  5    United States in regards to oil and gas; but, now it's applied

08:25:15  6    worldwide for any mission critical type safety system.

08:25:18  7            It generally relies on topics like levels of risk and

08:25:22  8    designing for a certain level of performance that would be done

08:25:25  9    with, typically, redundant systems or with failsafe systems.

08:25:28 10    Q.    Next, you list certified systems integrator.  Can you

08:25:32 11    explain what that means?

08:25:32 12    A.    Yes, systems integration in my area of engineering is when

08:25:36 13    you take components of different types, generally off-the-shelf

08:25:39 14    components, and you combine them into a working system.

08:25:42 15            That would include computer systems, electrical,

08:25:45 16    electronic, mechanical systems, putting them all together.

08:25:48 17    Communications, as well.  Software, as well.  Putting all that

08:25:52 18    together into a control system is called systems integration,

08:25:56 19    and I have a certification in that.

08:25:57 20    Q.    Last on the list, you list certified in computer

08:26:00 21    forensics.  Can you explain what that means?

08:26:02 22    A.    Well, again, it's forensics, having to do with being able

08:26:05 23    to analyze materials in a manner that would be defensible in

08:26:09 24    court.

08:26:10 25            This is related to computer operations, not just the

**OFFICIAL TRANSCRIPT**

08:26:13  1    data sections, but also the programming sections, to able to

08:26:16  2    analyze those features of a computer system and be able to

08:26:19  3    present that in court.

08:26:20  4    Q.    Does this list cover all the licenses and certifications

08:26:24  5    that you've held?

08:26:26  6    A.    No.   There are some that I didn't list that were not

08:26:29  7    relevant or weren't current.   Some of them -- I'm kind of

08:26:32  8    semiretired from industry, so I don't keep them all current.

08:26:35  9          One in particular would be MMS T2 certification,

08:26:38 10    which I had to maintain annually when I was still working

08:26:43 11    professionally in the industry.

08:26:44 12          That relates to a license, essentially, or a

08:26:47 13    certification to design work on offshore control and safety

08:26:49 14    systems.

08:26:50 15    Q.    Now, I'd like to talk about your professional experience.

08:26:54 16    Starting with the entry that you have there for SECO, can you

08:26:59 17    explain what type of work you were doing for SECO?

08:27:02 18    A.    Yes, this was shortly after I got -- well, this was right

08:27:05 19    when I got out of college.   I graduated in engineering.

08:27:09 20          SECO is one of the larger instrumentation and

08:27:11 21    electrical contractors primarily working in the offshore oil

08:27:14 22    and gas business.

08:27:14 23          So I went to work there as a design engineer.   Also,

08:27:17 24    did a lot of fabrication and field service as well.

08:27:19 25    Q.    Next you list Shell Offshore.   Could you explain what work

**OFFICIAL TRANSCRIPT**

08:27:23  1    you did with Shell Offshore?

08:27:24  2    A.   One of my assignments, my final assignment at SECO was to

08:27:29  3    work with Shell on Cognac, which at the time was the world's

08:27:33  4    tallest platform, may still be.  I don't want to offend any

08:27:33  5    Shell people.

08:27:35  6              But working with Shell led to a position at Shell.

08:27:36  7    So I went to work at Shell as a control systems and electrical

08:27:36  8    engineer.

08:27:51  9              I taught control systems and also computer

08:27:54  10   programming at the Bellaire Research Center for Shell.  I did

08:27:59  11   that while I was working at Shell, but I also did it through

08:28:04  12   1988, after I left Shell.

08:28:05  13   Q.   Next, you have list Dataran.  Can you explain what work

08:28:10  14   you were doing at Dataran?

08:28:11  15   A.   Well, when I left Shell in 1980, I actually left to be a

08:28:15  16   full-time engineering professor at UNO.  I quickly found out

08:28:19  17   that you can't live on the salary -- my wife found out we can't

08:28:22  18   live on the salary.

08:28:23  19              So I started consulting on the side.  Dataran was

08:28:25  20   kind of play on Zatarain is where that came from.

08:28:28  21              The engineering company I started, Dataran, was

08:28:31  22   primarily working in control systems and automation, at the

08:28:35  23   time using what was relatively new industrial computers.

08:28:39  24              I had that company for about eight years.

08:28:40  25   Q.   Next, you identify TEST, Inc.  Can you explain what work

**OFFICIAL TRANSCRIPT**

08:28:45 1    you were doing with TEST, Inc.?

08:28:46 2    A.    One of my clients at Dataran was Total Engineering

08:28:50 3    Services Team, which is TEST.  That was a company that was

08:28:53 4    started to fabricate and verify offshore control systems,

08:28:57 5    safety systems as required by the MMS.

08:29:00 6           So because we were a client, they acquired us

08:29:03 7    primarily to get the expertise with the new computerized

08:29:08 8    automation and control systems that were being used offshore.

08:29:11 9           I went in at TEST as a senior technical engineer --

08:29:16 10   manager of engineering, became the vice-president of

08:29:18 11   engineering, and then, finally, vice-president of operations,

08:29:21 12   wherein I retired from TEST in 2008.

08:29:25 13          Throughout that entire time, I was hands-on working

08:29:27 14   with control systems, primarily for offshore oil and gas.

08:29:30 15   Q.    Lastly, you list Artzat Consulting.  Can you explain what

08:29:37 16   work you've been doing with Artzat Consulting?

08:29:41 17   A.    Yes.  This was after I left TEST.  I'm doing what I call

08:29:41 18   forensic and strategic engineering.  I'm a little bit old to be

08:29:47 19   down in the trenches, but I can still help companies with

08:29:50 20   strategic planning and forensic analysis and whatnot, sort of

08:29:53 21   as I've done in this litigation.

08:29:54 22   Q.    How is your professional experience relevant to the work

08:29:58 23   that you've been asked to do relating to this matter?

08:30:03 24   A.    All the positions that you see there are very closely tied

08:30:07 25   to control systems, computerized control systems in particular,

08:30:10  1    and primarily involved in offshore oil and gas.

08:30:14  2            So they're all very relevant to the type of equipment

08:30:16  3    we'll be talking about.

08:30:17  4    Q.   Have you ever spent time offshore?

08:30:20  5    A.   Oh, yes.  Maybe hundreds of days.  I haven't really

08:30:25  6    counted it up.  Sometimes one day at a time, sometimes two

08:30:28  7    weeks at a time; but, ever since my days at SECO until the last

08:30:32  8    month or so that I was at TEST, going offshore was a routine

08:30:35  9    part of my career.

08:30:35  10   Q.   In your professional experience, have you conducted work

08:30:39  11   relating to subsea control systems?

08:30:41  12   A.   Yes.  I've had a variety of brushes with subsea control

08:30:48  13   systems starting at Shell.  We had a one-atmosphere production

08:30:51  14   system that sat on the sea floor that was developed with

08:30:51  15   Lockheed.

08:30:55  16            I came in on the tail end of that project, but I did

08:30:57  17   do some controls and automation for that project.

08:31:00  18            Dataran, I had some seismic-type equipment that was

08:31:03  19   subsea that I worked on.

08:31:04  20            But primarily at TEST, we got into fabricating

08:31:08  21   hydraulic power units and accumulator racks and some subsea

08:31:11  22   control system components that would be used in systems very

08:31:14  23   similar to the ones we'll be discussing.

08:31:15  24   Q.   Have you conducted work relating to control systems that

08:31:19  25   use batteries?

08:31:21 1   A.   Yes.   Just about every electrical or electronic system

08:31:24 2   I've worked on has had a battery of some sort.  Obviously, it

08:31:29 3   varies from system to system as far as the size; but, they all

08:31:31 4   basically have similar concepts.

08:31:33 5        They would be either used for primary power in remote

08:31:36 6   locations, or they could be used as backup power, just

08:31:40 7   depending on the situation.  But use of parties batteries is

08:31:42 8   very common in my industry.

08:31:44 9   Q.   Have you conducted work relating to control systems that

08:31:47 10  use solenoid valves?

08:31:48 11  A.   Yes.  Like batteries, solenoid valves and other

08:31:51 12  solenoid-operated equipment are very common.  It's a way to

08:31:55 13  turn electrical energy into physical motion, so that type of

08:32:00 14  technology is very common as an end element in a control

08:32:03 15  system.

08:32:04 16       Also, I have actually designed some solenoid-operated

08:32:06 17  divides, including a valve.

08:32:08 18  Q.   Have you conducted work relating to BOP control systems?

08:32:13 19  A.   Yes.  BOP control systems would be -- well, actually, at

08:32:16 20  Shell, we did some basic monitoring and control over the

08:32:21 21  surface BOP.  This is, again, in the early computer days, in

08:32:25 22  the '80s.

08:32:26 23       Then, also, at TEST, we had some BOP control systems

08:32:27 24  that we fabricated, yes.

08:32:29 25  Q.   Prior to your retention in this matter, had you conducted

**OFFICIAL TRANSCRIPT**

08:32:35  1    any forensic examinations relating to control systems?

08:32:38  2    A.   Yes.  I've had -- I started doing forensic work privately

08:32:43  3    around 1998, I believe.  I've had a pretty good number of

08:32:47  4    engagements, the vast majority of which involved a control

08:32:50  5    system of some type.

08:32:51  6         Sometimes it's only analyzing, you know, accident

08:32:53  7    reconstruction, things like that.  Other times, it's actually

08:32:56  8    testing the equipment for various forensic reasons.

08:33:01  9         MR. COLLIER:  Your Honor, at this time BP tenders

08:33:04 10    Mr. Zatarain as an expert in control systems for offshore oil

08:33:07 11    and gas applications.

08:33:08 12         THE COURT:  All right.  I don't believe there are any

08:33:11 13    *Daubert* motions with respect to Mr. Zatarain?

08:33:14 14         There was one by Cameron, which is now moot, but

08:33:17 15    other than that.

08:33:19 16         MR. DOYEN:  We agree he's an expert in control systems.

08:33:22 17    I have a little trouble with the last qualification, that he's

08:33:26 18    an expert in oil and drill offshore control systems; but,

08:33:29 19    control systems generally, we would accept that.

08:33:31 20         THE COURT:  All right.  I'll allow him to testify.

08:33:33 21    Thank you.

08:33:33 22         MR. COLLIER:  Thank you.

08:33:33 23                        DIRECT EXAMINATION

08:33:35 24    BY MR. COLLIER:

08:33:35 25    Q.   Did you prepare a report relating to the work that you did

                          **OFFICIAL TRANSCRIPT**

8401

08:33:37 1    for this matter?

08:33:38 2    A.    Yes, I did.

08:33:40 3    Q.    If you can pull up TREX-40009.

08:33:47 4          Is that the first page of your amended expert report?

08:33:51 5    A.    Yes, it is.

08:33:51 6    Q.    This is the report that you prepared containing your

08:33:55 7    opinions relating to this matter?

08:33:57 8    A.    Correct.

08:33:57 9          MR. COLLIER:  And, Your Honor, at this time BP offers

08:34:01 10   TREX-40009, Mr. Zatarain's amended expert report into evidence.

08:34:08 11         THE COURT:  All right.  It will be admitted.

08:34:09 12         (WHEREUPON, Exhibit TREX-40009 was admitted.)

08:34:09 13         MR. COLLIER:  Thank you.  And to be clear, TREX-40009

08:34:13 14   is an amended version of Mr. Zatarain's report, Your Honor.

08:34:18 15   There were opinions that had been removed from Mr. Zatarain's

08:34:21 16   original report that Mr. Zatarain is not intending to offer

08:34:25 17   today.

08:34:25 18         THE COURT:  I understand that.

08:34:25 19         MR. COLLIER:  Thank you, Your Honor.

08:34:25 20   BY MR. COLLIER:

08:34:29 21   Q.    Mr. Zatarain, can you explain what work you did to reach

08:34:31 22   the conclusions that you provided in TREX-40009.

08:34:35 23   A.    Yes.  My work involved a review and analysis of the

08:34:43 24   testing that was primarily done by DNV as part of the technical

08:34:45 25   working group working at Michoud.  That was fairly extensive

**OFFICIAL TRANSCRIPT**

08:34:50  1   testing relating to everything, but my particular focus was the

08:34:53  2   control system; actually, the subsea control system.

08:34:56  3        I also looked at testing that was done by related

08:34:59  4   parties for purposes of their own reports or, in some cases,

08:35:02  5   just incidental reporting that happened to become available,

08:35:05  6   and I analyzed those reports using my typical forensic

08:35:09  7   engineering practices.

08:35:10  8   Q.   And did you evaluate the testing that was performed by

08:35:13  9   DNV?

08:35:14 10   A.   That was my primary source, was the testing by DNV, yes.

08:35:17 11   Q.   Can you explain a little bit of how that DNV testing was

08:35:20 12   conducted.

08:35:20 13   A.   The DNV testing was conducted as a joint effort of the

08:35:27 14   technical working group consisting of various interested

08:35:30 15   parties that would help formulate what testing was going to be

08:35:32 16   done, but they did not actually do the testing.  My

08:35:36 17   understanding is the testing was done as an independent

08:35:38 18   contractor by DNV at the Michoud facility.

08:35:41 19   Q.   Did you conduct any of your own testing relating to this

08:35:44 20   matter?

08:35:45 21   A.   I only did one small test, which is detailed in my report,

08:35:49 22   of a very small circuit on one of the circuit boards that was

08:35:51 23   located in the subsea equipment.

08:35:54 24   Q.   Did you need to conduct any of your own testing to support

08:35:57 25   your conclusions in this matter?

**OFFICIAL TRANSCRIPT**

08:36:00  1    A.    No.

08:36:00  2    Q.    Why do you say that?

08:36:02  3    A.    The testing that DNV and others did was generally very

08:36:08  4    methodic and well-documented, and I was able to use that, which

08:36:11  5    is the normal way you would do forensic testing.

08:36:13  6          You don't necessarily do independent testing under

08:36:17  7    litigation circumstances.  You would have some sort of a joint

08:36:21  8    agreement to do the testing and, perhaps, one of the parties

08:36:23  9    would do it along with it, or sometimes you actually hire an

08:36:27 10    independent company, such as DNV, to do the testing.  And then

08:36:29 11    everyone works off that common set of test data.  So that's

08:36:33 12    pretty standard.

08:36:33 13    Q.    Now, you testified earlier that you were asked to evaluate

08:36:36 14    the AMF/Deadman system of the *Deepwater Horizon* BOP on

08:36:42 15    April 20th, correct?

08:36:43 16    A.    The condition of it at that time, correct.

08:36:46 17    Q.    And have you reached any opinions relating to your

08:36:49 18    evaluation of the functionality of the *Deepwater Horizon*'s AMF

08:36:54 19    system on April 20th?

08:36:55 20    A.    Yes, I have.

08:36:56 21    Q.    Have you prepared a demonstrative providing those opinions

08:37:00 22    in that report?

08:37:00 23    A.    Yes, I have.

08:37:00 24    Q.    If we could pull up D-4881, please.

08:37:05 25          Can you identify what opinions that you've reached

**OFFICIAL TRANSCRIPT**

08:37:08 1    during D-4881.

08:37:10 2    A.    My opinion, general opinion is that the

08:37:14 3    *Deepwater Horizon*'s BOP subsea control system could not perform

08:37:16 4    the AMF/Deadman function as it was originally designed to

08:37:21 5    function on April 20th, 2010.

08:37:22 6    Q.    And for what reason was it unable to perform that

08:37:26 7    function?

08:37:26 8    A.    Well, it's a redundant system, so there is two separate

08:37:30 9    pods.  As it turned out, there was a defect in each one of the

08:37:33 10   pods, an operational shortcoming.

08:37:35 11        What we call the *Blue Pod*, it had a depleted 27-volt

08:37:39 12   battery that did not have adequate capacity to perform the

08:37:43 13   function necessary to close the blind shear ram.

08:37:45 14        The *Yellow Pod* had an incorrectly wired solenoid

08:37:50 15   valve that similarly was not able to function as required on

08:37:52 16   the night of the event.

08:37:53 17   Q.    In your work relating to this matter, did you review the

08:37:59 18   report and testimony of Mr. Childs?

08:38:00 19   A.    Yes, I did.

08:38:00 20   Q.    Who is Mr. Childs?

08:38:02 21   A.    He's the expert working for Transocean in this litigation.

08:38:05 22   Q.    Did you formulate any opinions or conclusions regarding

08:38:08 23   Mr. Childs' theories relating to this matter?

08:38:11 24   A.    Yes.  My opinion, based on a forensic review of his

08:38:14 25   reports and supporting documents, is that his opinions are not

**OFFICIAL TRANSCRIPT**

08:38:18  1    substantiated.  They cannot be substantiated.

08:38:19  2    Q.    Now, we have heard a lot in this case about the

08:38:24  3    AMF/Deadman system, but briefly I would like to provide just an

08:38:29  4    overview of the AMF/Deadman system, if you can, Mr. Zatarain.

08:38:32  5    Now, the AMF/Deadman system was a part of the

08:38:36  6    *Deepwater Horizon*'s BOP control system?

08:38:38  7    A.    Yeah, correct.  The AMF system is actually like a feature,

08:38:42  8    and it's implemented using a certain circuit card that's

08:38:45  9    designed by Cameron, installed in each SEM located on the sea

08:38:51 10    floor.

08:38:51 11    Q.    What was the make and model of the *Deepwater Horizon* BOP

08:38:52 12    control system?

08:38:52 13    A.    It was a Cameron Mark II control system.

08:38:55 14    Q.    Prior to working on this matter, had you worked with

08:38:57 15    Cameron's Mark II system before?

08:38:59 16    A.    Not that I recall, no.

08:39:00 17    Q.    Are the components of Cameron's Mark II control system

08:39:04 18    similar to control systems on which you've worked?

08:39:07 19    A.    They are essentially identical.  The nature of control

08:39:09 20    systems is such that a lot of standard parts get integrated, as

08:39:14 21    I said earlier, in a systems integration effort to create a

08:39:17 22    complete working system.  And the components that are in the

08:39:20 23    Mark II are very familiar to me and are very familiar to

08:39:23 24    anybody who works in this industry.

08:39:24 25    Q.    Now, have you prepared some slides to help you explain or

OFFICIAL TRANSCRIPT

08:39:29 1    give an overview of the AMF/Deadman system?

08:39:32 2    A.    A brief overview, yes.

08:39:35 3    Q.    If you can bring up D-4882, please.

08:39:39 4          And using D-4882, can you provide a brief explanation

08:39:44 5    of the AMF/Deadman system.

08:39:46 6    A.    Yes.  I know the Court has seen this before, so I'll try

08:39:49 7    and focus on just the minor portion of the overall system that

08:39:52 8    I will be discussing today.

08:39:55 9          Again, this is a simplified view of the entire

08:39:59 10   system.  Here we have surface equipment consisting of the rig

08:40:01 11   and then the surface control panels.  This is where, under

08:40:05 12   normal operations, all the thinking is done.

08:40:08 13         There's umbilical cables coming down, which we have a

08:40:12 14   blowout here where it shows redundant cables, again, labeled

08:40:16 15   *yellow* and *blue*.  They are not physically that color

08:40:18 16   necessarily, but that's what we call them.  And there is also a

08:40:21 17   separate hydraulic supply.

08:40:22 18         So these cables here provide electrical power and

08:40:25 19   communications, which is sort of for the brains, and the

08:40:29 20   hydraulic supply provides the brawn, actually operates the big

08:40:33 21   equipment on the sea floor.

08:40:35 22         That travels down to here.  There's two separate

08:40:37 23   pods, virtually identical.  We'll look at them briefly in a

08:40:39 24   minute.  And each one of those pods is capable of performing

08:40:42 25   all the functions on the sea floor.

**OFFICIAL TRANSCRIPT**

08:40:44  1      So if you want to do something from up here, you send

08:40:46  2  a signal down, it activates a computer down here to perform

08:40:50  3  that function.  That's the overview of the overall system.

08:40:52  4      My focus is going to be on these two components right

08:40:55  5  here.

08:40:55  6  Q.   Do you have a slide that provides some information about

08:40:59  7  the components of the parts?

08:41:01  8  A.   Yes.

08:41:02  9  Q.   If you could bring up D-4883, please.

08:41:06 10      And can you explain what this demonstrative, D-4883,

08:41:13 11  shows.

08:41:13 12  A.   In a little more detail here, it's similar to the last

08:41:15 13  one, but you get to see what's inside each of the pods.  I only

08:41:18 14  discuss one, because, as you can see, they are essentially

08:41:21 15  identical.

08:41:22 16      In fact, Your Honor, they are interchangeable.  You

08:41:24 17  can take the pod from one position and move it to another, and

08:41:26 18  that's routinely done.

08:41:27 19      I've added up here, compared to the last one, we also

08:41:31 20  need the power sources up here.  So for normal operation, the

08:41:34 21  control and the power, electrical power, comes from the surface

08:41:37 22  down to two pods.

08:41:39 23      Inside each pod, these are the computers, subsea

08:41:42 24  electronic module, SEM.  We call them SEMs.  And they are

08:41:47 25  referred to as A and B.  And they are also identical.

08:41:50 1          So within the pod, we have two operating computers
08:41:53 2     that are both fully capable of doing all the functions that
08:41:57 3     would be required.
08:41:57 4          Those SEMs output electrical power to operate a
08:42:02 5     solenoid valve, which we'll discuss in detail shortly.  The
08:42:05 6     solenoid valve is the component that changes the electrical
08:42:09 7     energy into physical energy that allows you to operate a valve.
08:42:12 8          So ultimately, a valve needs to be operated on the
08:42:17 9     sea floor to allow hydraulic pressure to flow, and that's what
08:42:21 10    actually makes it work.  It's not an electrically-operated BOP.
08:42:24 11    It's hydraulically operated.
08:42:27 12         But this system here is what controls the hydraulics.
08:42:30 13    And again, there's an identical one right over here.
08:42:33 14         Ordinarily, one or the other pod is on active duty;
08:42:35 15    the other one is on standby.
08:42:37 16    Q.   Now, does the AMF/Deadman system work the same as the
08:42:41 17    normal function for the BOP?
08:42:44 18    A.   No.  The AMF/Deadman function has a completely different
08:42:49 19    purpose and functionality.
08:42:50 20    Q.   Have you prepared a slide to explain the AMF/Deadman
08:42:55 21    function?
08:42:55 22    A.   Yes.
08:42:56 23    Q.   If we could bring up D-4884, please.
08:42:58 24         And can you explain what D-4884 shows.
08:43:00 25    A.   This is a similar slide, but as you'll see, we no longer

**OFFICIAL TRANSCRIPT**

08:43:04  1   have control and power coming from the surface.  The -- we are

08:43:08  2   assuming that all communications and control has been lost at

08:43:11  3   the surface.

08:43:12  4        The goal of the AMF system, the automatic mode

08:43:15  5   function, is to have the pods -- well, the SEMs within the pods

08:43:20  6   operate completely on their own to perform a specific function.

08:43:23  7        In this case, all four SEMs should sense it and

08:43:26  8   trigger at approximately the same time, within a second or two

08:43:28  9   of each other.

08:43:29 10        Each SEM will wake up, realize that it's AMF time.

08:43:33 11   But it's not waking up on the surface power, it's waking up on

08:43:38 12   battery power.  But it doesn't know the difference.  It's just

08:43:41 13   like turning on a computer.  You have your notebook and it's

08:43:43 14   plugged into the wall or it's running on battery, it doesn't

08:43:45 15   know the difference.

08:43:47 16        So the 9-volt battery for each SEM is going to power

08:43:50 17   the brain, so to speak.  Once the computer gets running, it

08:43:53 18   realizes it's under a special condition for AMF, automatic mode

08:43:57 19   function, and it then runs a special procedure to specifically

08:44:00 20   activate Solenoid 103.

08:44:03 21        Even though the 9-volt power is providing --

08:44:07 22   operating the brains of the computer, which is the SEM, the

08:44:10 23   brawn to operate this valve comes from a separate battery,

08:44:13 24   which is the 27.

08:44:14 25        So we have two separate computers, each booting up

08:44:18  1  under their own 9-volt battery power, that ultimately want to

08:44:21  2  power the same valve using a common 27-volt battery.

08:44:26  3        They pulse it, according to the program, which in the

08:44:29  4  case of *Deepwater Horizon* was set for 30 seconds.  Should get

08:44:32  5  an exact 30-second pulse.  Excuse me.

08:44:34  6        At the end of that 30 seconds, the computer doesn't

08:44:37  7  realize what it's about to do to itself, but it turns off that

08:44:40  8  AMF function.  When it does that, it also removes the 9-volt

08:44:44  9  battery power, and the computer goes back to sleep.

08:44:47 10        So during an operation of AMF, instead of getting a

08:44:50 11  signal from the surface that says turn on 103, it basically

08:44:53 12  generates the command internally.  But the operation of the

08:44:56 13  valve downstream of that would be the same.

08:44:57 14  Q.   Now, you talked about the conditions -- or certain

08:45:01 15  conditions that the AMF/Deadman function would operate.  What

08:45:04 16  specific conditions need to be met for that to happen?

08:45:07 17  A.   Generally speaking, it's that loss of communication and

08:45:10 18  power to the surface.  If it loses electrical power, hydraulic

08:45:14 19  power and communications capability, all four SEMs will sense

08:45:17 20  that.  Actually, the AMF card in there senses it, and turns the

08:45:21 21  computer back on.  As I mentioned earlier, the computer boots

08:45:25 22  up, does what it needs to do and then turns itself off.

08:45:29 23  Q.   Were those AMF conditions met during the Macondo incident?

08:45:32 24  A.   Yes.

08:45:33 25  Q.   And during your investigation, did you analyze and review

**OFFICIAL TRANSCRIPT**

08:45:44 1    the components of Solenoid Valve 103?

08:45:47 2    A.    Yes, I did.

08:45:47 3    Q.    And if we can bring up D-4896, please.

08:45:53 4          Can you explain what D-4896 is.

08:45:56 5    A.    Yeah.  This is an example of a typical solenoid valve that

08:45:59 6    would be located on the pod.  There is many of them, 50 or

08:46:02 7    more.

08:46:03 8          I know you know the size of the BOP, it's quite a

08:46:06 9    structure.  And just to give you a sense of scale, this valve

08:46:08 10   is about the size of an overstuffed poboy.  It's a very small

08:46:14 11   component considering its importance.  So we've shrunk from the

08:46:17 12   giant machine, now we're looking at something that's about this

08:46:20 13   big (indicating).

08:46:20 14         You see on the valve there is actually two sections

08:46:23 15   to it.  The electrical section is back here.  That's where the

08:46:26 16   coils are that we're going to talk about.  And this is the

08:46:28 17   mechanical section here that would interrupt the flow of

08:46:30 18   hydraulic fluid or allow hydraulic fluid to flow, is this

08:46:35 19   section here.

08:46:35 20         We're going to look at a schematic version of it

08:46:39 21   shortly, but this gives you an idea of the physical

08:46:41 22   arrangement.

08:46:42 23   Q.    During your investigation relating to this matter, did you

08:46:44 24   review and analyze how Solenoid 103 worked?

08:46:48 25   A.    Yes, I did.

**OFFICIAL TRANSCRIPT**

08:46:49 1   Q.   Have you prepared an animation which shows that?

08:46:51 2   A.   Yes.

08:46:51 3   Q.   If we can bring up D-4906.1, please.

08:46:57 4        And before we run the animation, can you explain what

08:47:00 5   this slide shows.

08:47:03 6   A.   Yes.  This, as I said, is a simplified schematic view of

08:47:08 7   how the valve would operate.

08:47:10 8        On the left-hand side, I'm showing the coil, which is

08:47:12 9   just a coil of wire wrapped around what we call a *plunger*,

08:47:17 10  which is a plunger about this big probably, a metallic plunger.

08:47:21 11       And what the coil will do, when the coil has

08:47:25 12  electrical energy running through it, it generates a magnetic

08:47:29 13  field that's just like a regular magnet, it's just it is

08:47:32 14  controlled by electrical power.  The more power that you put,

08:47:34 15  the stronger the magnetic field.

08:47:36 16       That magnetic field generates a force on the plunger

08:47:39 17  to make it move.  And that's our goal, to be able to make this

08:47:42 18  plunger move such that this little slot right here will line up

08:47:47 19  and allow the hydraulic fluid to flow.

08:47:50 20       There is also a spring here that's holding the valve

08:47:53 21  in a closed position, so to make the valve operate, we send

08:47:56 22  electrical energy through the coil, makes it move, hydraulic

08:47:59 23  fluid can flow.  And we have an animation that will show that.

08:48:03 24  Q.   If we can bring up the animation, D-4906.4, please.

08:48:08 25  A.   There you go.  We put energy on it, generates a field that

**OFFICIAL TRANSCRIPT**

08:48:11  1    works, makes the plunger move, compresses the spring, let's

08:48:15  2    fluid flow.

08:48:16  3            As long as we maintain adequate electrical energy on

08:48:18  4    the coil, you will have enough mechanical force to overcome the

08:48:24  5    spring and the hydraulic friction that's caused, because there

08:48:27  6    is 3,000 pounds of pressure coming in here, to overcome that

08:48:31  7    pressure to allow the valve to operate.

08:48:32  8            If we remove the electrical energy, the spring can

08:48:35  9    now push the valve back to the closed position.

08:48:38 10    Q.   Now, this is done with two coils, correct?

08:48:43 11    A.   Yes.  In the case of the valve that's used on the subsea

08:48:47 12    equipment, it's a little bit unusual in that it does have two

08:48:50 13    coils interwrapped with each other, and the reason for that

08:48:53 14    would be for redundancy.

08:48:54 15            So SEM-A, remember we had two SEMs down in the pod,

08:48:57 16    one SEM is connected to one coil independently.  The other SEM

08:49:02 17    is connected to the other coil.  And we have a quick animation

08:49:04 18    we can show you on that as well.

08:49:04 19    Q.   If you can bring up D-4906.5, please.

08:49:08 20    A.   It's the same idea.  We just have a second coil.

08:49:14 21            And the design of the valve is such that the force

08:49:17 22    generated by either coil is sufficient to overcome the friction

08:49:20 23    and the spring force.  And when you remove the power, it's

08:49:25 24    going to go back just like it did for Coil A.

08:49:27 25            THE COURT:  Let me ask a question.  I want to make sure

**OFFICIAL TRANSCRIPT**

08:49:30  1    I understand.  I think I do.

08:49:32  2                   You talked about redundancies, and I know they

08:49:35  3    had the two pods and the two cables coming down.  But for

08:49:40  4    either pod to work as it's intended, it's necessary that the

08:49:48  5    solenoid in that pod function, first of all, correctly?

08:49:51  6                   THE WITNESS:  Well, that would be last thing.

08:49:53  7    Ultimately, the solenoid needs to operate.

08:49:55  8                   THE COURT:  Well, the solenoid must function properly

08:50:00  9    for the pod to perform its function.

08:50:03 10                   THE WITNESS:  Yeah.  Ultimately, the solenoid valve is

08:50:05 11    the one that initiates whatever action it is, and if you don't

08:50:07 12    have a solenoid operating, the rest of it doesn't matter.

08:50:09 13                   THE COURT:  Even though you have two SEMs, for example,

08:50:11 14    and two 9-volt batteries, you only have a single solenoid in

08:50:16 15    each pod?

08:50:18 16                   THE WITNESS:  And a single 27-volt battery.

08:50:21 17                   THE COURT:  So the 27-volt battery must be functional

08:50:26 18    and the solenoid must be functional.

08:50:28 19                   THE WITNESS:  You're exactly correct.

08:50:30 20                   THE COURT:  All right.  Thank you.

08:50:30 21                   MR. COLLIER:  Thank you, Your Honor.

08:50:30 22    BY MR. COLLIER:

08:50:32 23    Q.   Now, in the normal operation, will both of these coils be

08:50:35 24    energized during the AMF/Deadman function?

08:50:43 25    A.   During the -- it would be expected that at AMF time, as

OFFICIAL TRANSCRIPT

08:50:47 1    it's been referred to, both SEMs would trigger and go through

08:50:50 2    the AMF process at essentially the same time, and that would

08:50:54 3    also be under normal operations as well, you can have both SEMs

08:50:57 4    energizing.

08:50:58 5          So, in that case, we have not just one coil, we have

08:51:01 6    two coils that's working together to actually provide twice the

08:51:05 7    force, cooperating with each other to make the valve operate.

08:51:08 8    Q.   In this diagram right here, you're referring to D-4906.3.

08:51:14 9    A.   Yes.

08:51:14 10   Q.   And do you have an animation of this operation?

08:51:18 11   A.   Yes.

08:51:20 12   Q.   And if we could go ahead and run the animation for that.

08:51:23 13   A.   Here we have two cooperating forces that work together to

08:51:27 14   make the valve move.

08:51:28 15   Q.   Now, how long will the solenoid valves stay open during

08:51:36 16   the AMF/Deadman sequence?

08:51:39 17   A.   As long as one or the other or both of the coils are

08:51:42 18   energized, the valve will stay activated.

08:51:47 19   Q.   Have you evaluated what will happen if the wiring to these

08:51:50 20   coils is reversed?

08:51:51 21   A.   Yes.

08:51:51 22   Q.   Have you prepared an animation to show that?

08:51:53 23   A.   Yes.

08:51:53 24   Q.   If we can bring up D-4906.6, please.

08:51:59 25         Can you explain what D-4906.6 shows.

**OFFICIAL TRANSCRIPT**

08:52:02  1    A.    Yes.  This is similar to the diagrams we just looked at,

08:52:06  2    but we used a different color to indicate the reverse wiring on

08:52:11  3    one of the coils.

08:52:11  4         So, in this case, both of the SEMs are going to try

08:52:14  5    to power up their respective coil not realizing one of them is

08:52:18  6    wired backwards, so the same type of energy is going to be

08:52:22  7    provided, but when you have a reverse situation, the two

08:52:25  8    magnetic fields are going to oppose each other such that the

08:52:29  9    net force that's generated is not sufficient to operate the

08:52:32 10    valve.

08:52:33 11    Q.    If we could go ahead and run the animation for D-4906.6.

08:52:36 12    A.    Yeah, it's not as exciting, this animation, because it

08:52:39 13    doesn't move.  Because you can see the two forces cancel out

08:52:42 14    effectively, and it keeps the valve from being able to operate

08:52:45 15    as long as both coils are simultaneously energized with one

08:52:50 16    reversed.

08:52:51 17         THE COURT:  When you say it's miswired, you don't mean

08:52:53 18    that the wiring from A is attached to Coil B and vice versa.

08:52:59 19    That's not what you're talking about?

08:52:59 20         THE WITNESS:  No, Your Honor.

08:53:01 21         THE COURT:  You're talking about like on Coil A the

08:53:05 22    positive and negative wires are reversed?

08:53:08 23         THE WITNESS:  Essentially, yes.  Right.

08:53:09 24         THE COURT:  Maybe that's an oversimplification.

08:53:11 25         THE WITNESS:  No, that's fine.  In fact, in DC

OFFICIAL TRANSCRIPT

08:53:14 1  operation, that's exactly what it would be.  You should had the

08:53:18 2  plus when you had the minus.  So it would be like if you put a

08:53:20 3  battery in a car and it went backwards, a little toy car; flip

08:53:22 4  the battery around, it would go the other way.

08:53:23 5          In the case of the solenoid valve, it doesn't

08:53:26 6  matter, plus and minus, as long as they are both the same

08:53:29 7  polarity.  And when you reverse them and they both get

08:53:34 8  energized, the coils don't know the difference.  They are just

08:53:37 9  generating a magnetic field.

08:53:39 10          But the way it works is actually a little rule we

08:53:41 11 use in engineering about which direction it's going to be, but

08:53:43 12 if you've got the left hand and the right hand confused, the

08:53:46 13 two forces will cancel each other out.

08:53:50 14      THE COURT:  So if one was miswired, it would be moving

08:53:53 15 in the opposite direction to the second coil, is what you're

08:53:56 16 saying?

08:53:56 17      THE WITNESS:  Well, the magnetic field would be

08:53:58 18 generated in the opposite polarity, so you would have a north

08:54:01 19 fighting a south, which you know what that's all about.

08:54:04 20      THE COURT:  Okay.  Yeah, we still have General Lee

08:54:08 21 standing looking north for invaders.

08:54:08 22 BY MR. COLLIER:

08:54:16 23 Q.  Using D-4906.6, Mr. Zatarain, what would happen if you had

08:54:21 24 a depleted 27-volt battery during AMF/Deadman function?

08:54:27 25 A.  As Your Honor mentioned, you need to have a 27-volt

                        **OFFICIAL TRANSCRIPT**

8418

08:54:33 1   battery for it to operate, which is correct.

08:54:35 2           Here we're showing reverse polarity, but if we did

08:54:38 3   not have an adequate 27-volt battery, even if it was correctly

08:54:42 4   wired, we wouldn't generate enough force to overcome the

08:54:44 5   hydraulic friction, and also the return spring that's trying to

08:54:47 6   hold the valve closed.

08:54:50 7           So you would end up with the same result, the valve

08:54:51 8   could not function as required if the 27-volt was not adequate.

08:54:55 9   Q.   With that background, I would like to talk about the

08:54:59 10  Blue Pod on the *Deepwater Horizon* BOP.

08:55:01 11          Have you reached any opinions as to the ability for

08:55:05 12  the Blue Pod to operate the AMF/Deadman function during the

08:55:10 13  Macondo incident?

08:55:11 14  A.   Yes.

08:55:11 15  Q.   What is your opinion?

08:55:14 16  A.   It's my opinion that the 27-volt battery in the Blue Pod,

08:55:18 17  at the time of the accident, was depleted to the point where it

08:55:22 18  could not operate the solenoid.

08:55:24 19  Q.   Was the 27-volt battery of the Blue Pod recovered in a

08:55:28 20  depleted state?

08:55:29 21  A.   Yes.  The pod was pulled up to the surface and examined

08:55:33 22  prior to being put back down, and it was found to have a very

08:55:37 23  depleted 27-volt battery.

08:55:39 24  Q.   In the state that the 27-volt battery was recovered, could

08:55:42 25  it have operated the AMF/Deadman function?

08:55:45  1     A.    No, it could not.

08:55:46  2     Q.    Is there any dispute that the 27-volt battery was

08:55:49  3     recovered in a depleted state?

08:55:51  4     A.    I'm not aware of any dispute, no.

08:55:55  5     Q.    Did DNV conduct any testing of the charge of the 27-volt

08:56:00  6     battery?

08:56:00  7     A.    Yes, they did.

08:56:02  8     Q.    What did that testing show?

08:56:04  9     A.    Well, this was testing that was conducted at Michoud a

08:56:08  10    year or so approximately after the event, so the batteries were

08:56:12  11    that much older then.  But they found that the batteries were

08:56:14  12    even further depleted than they thought they were when they

08:56:17  13    were offshore.  They were basically essentially dead,

08:56:21  14    completely dead.

08:56:21  15    Q.    If you can bring up D-4889, please.

08:56:26  16          Can you identify what this shows?

08:56:27  17    A.    Yes.  This is a summary of the testing that was done by

08:56:31  18    DNV, and here you can see, we've listed both the yellow and the

08:56:35  19    blue, but for this discussion we're primarily interested over

08:56:38  20    here.  We show that the two 9-volt batteries for A and B had

08:56:41  21    adequate capacity whereas the 27-volt, which is identified here

08:56:46  22    as the solenoid battery, was essentially down to nothing,

08:56:49  23    virtually nothing left.

08:56:53  24          THE COURT:  The Yellow Pod, 27-volt battery, that

08:56:58  25    was -- what's on screen, is that the result of the testing one

                          **OFFICIAL TRANSCRIPT**

08:57:02  1   year later?

08:57:02  2           THE WITNESS:  Yes.  That's just a summary of the

08:57:05  3   testing, correct.

08:57:05  4           THE COURT:  So what's the significance of the 28.2

08:57:08  5   numbers?

08:57:11  6           THE WITNESS:  That's just those batteries are still

08:57:11  7   pretty fresh.

08:57:13  8           THE COURT:  Even though they were also tested a year

08:57:15  9   later?

08:57:15 10           THE WITNESS:  Yes.  But they weren't being used very

08:57:17 11   much in that time period.  This was prior to any testing done

08:57:21 12   by DNV.  They just tested the batteries.

08:57:23 13           THE COURT:  Well, my question is:  Were the 27-volt

08:57:30 14   batteries in each pod tested at the same time?

08:57:35 15           THE WITNESS:  Yes.

08:57:35 16           THE COURT:  Subjected to the same type of testing?

08:57:38 17           THE WITNESS:  Correct, yes.

08:57:38 18           THE COURT:  Okay.

08:57:41 19   BY MR. COLLIER:

08:57:42 20   Q.   Now, did you perform any analysis to determine the state

08:57:44 21   of the batteries during the Macondo incident?

08:57:47 22   A.   Yes.  That analysis would be in the form of an accident

08:57:51 23   reconstruction, because we can't go back in time to see what

08:57:54 24   the batteries were exactly.  We have to look at the way they

08:57:57 25   are now and be able to do some sort of analysis, knowing what

**OFFICIAL TRANSCRIPT**

08:58:01  1    we know about batteries and about how the pods operate to be

08:58:06  2    able to try and project back in time as to how the state of

08:58:09  3    those batteries at the time of the incident.

08:58:11  4    Q.    In your expert report, did you prepare a chart discussing

08:58:14  5    the starting battery conditions and the ending battery

08:58:18  6    conditions under various scenarios?

08:58:20  7    A.    Yes.

08:58:20  8    Q.    If we can bring up TREX-40009.16.1, please.

08:58:29  9          And is this a chart from your expert report?

08:58:32 10    A.    Yes, it is.

08:58:32 11    Q.    And can you explain what this chart shows?

08:58:36 12    A.    Yeah.  In this type of analysis, since the batteries are

08:58:39 13    the -- of their nature, they degrade over time and with use,

08:58:44 14    it's very hard to pick specific battery values of an exact

08:58:47 15    voltage.

08:58:48 16          So for purposes of this analysis, I grouped them into

08:58:51 17    good, weak and bad, whatever that means for a certain

08:58:54 18    application, and it's a relevant application.

08:58:58 19          For example, in your car, your 12-volt battery in

08:59:01 20    your car may be sufficient to run your headlights and your

08:59:06 21    radio, but when you turn the key, you get disappointment

08:59:09 22    because it's not adequate to start your car.

08:59:10 23          So when you give a battery a rating of good, weak, or

08:59:12 24    bad, it has to have some context.

08:59:14 25          So the way I'm looking at it here, for any particular

OFFICIAL TRANSCRIPT

08:59:16 1   function, the battery is good if it can perform that function

08:59:20 2   regardless of what its voltage or capacity is.

08:59:22 3           If it's weak, then it's got some functions that it

08:59:25 4   can perform, but not all.

08:59:27 5           And if it's bad, it can't perform any.

08:59:29 6           So that's the best we can do with this type of

08:59:32 7   analysis.  So I made a chart showing various combinations of

08:59:35 8   9-volt and 27-volt being in good, weak, and bad, just for

08:59:39 9   purposes of discussion.

08:59:39 10          And then did an analysis in the middle saying, for

08:59:42 11  example, if we start out with good, good, good, the SEMs will

08:59:45 12  boot up, do the AMF process, turn themselves off.  We'll get

08:59:48 13  two solenoids firing, which is shown in that column, and we'll

08:59:52 14  end up with three good batteries.

08:59:53 15          I did a similar analysis for other combinations of

08:59:56 16  batteries.  Then try to look and say:  We know how the

08:59:59 17  batteries were when we recovered them.  What were the possible

09:00:02 18  states it could have been prior to the accident?

09:00:03 19  Q.   And to be clear, Mr. Zatarain, on the right-hand side of

09:00:08 20  your chart, that identifies the ending conditions of the

09:00:13 21  batteries, correct?

09:00:14 22  A.   Ending in a general sense.  In the case of the first line,

09:00:18 23  when the AMF runs its process within about a minute's time,

09:00:21 24  that's the end.  Some of the other processes might have

09:00:25 25  required a longer period of time to degrade a battery even

**OFFICIAL TRANSCRIPT**

09:00:29  1   further, but the ending state is going to be -- you know,
09:00:30  2   what's it's going to end up at either right away or over some
09:00:35  3   period of time.
09:00:36  4   Q.   And then you identify on the left-hand side what the
09:00:38  5   starting condition would have been in order to end up with the
09:00:40  6   ending battery condition?
09:00:41  7   A.   Correct.
09:00:41  8   Q.   Now, based on the scenarios from your chart, were you able
09:00:46  9   to draw any conclusion about the state of the batteries at the
09:00:50 10   time of the Macondo incident on April 20th?
09:00:53 11   A.   Yes.
09:00:53 12   Q.   Can you explain what conclusion you reached?
09:00:57 13   A.   Well, knowing that we ended up with two good 9-volt
09:01:01 14   batteries, you know, those would be the ones -- the rows we
09:01:05 15   want to concentrate on.
09:01:06 16        We know we did not have an adequate 27-volt battery.
09:01:10 17   How bad it was, it's hard to say because, again, we're going
09:01:12 18   back in time.  We do know that it was in very bad shape.  It
09:01:16 19   certainly was not capable of operating the solenoids when it
09:01:19 20   was recovered.  So whether it was weak, really weak, bad, worse
09:01:23 21   doesn't matter.
09:01:24 22        So if we focus on the rows that have two good nines
09:01:28 23   and a less than good 27, those would be the rows of interest
09:01:31 24   for this analysis.
09:01:32 25   Q.   And is there a particular row in your chart that would

**OFFICIAL TRANSCRIPT**

09:01:34  1    match the ending conditions that was found during the DNV

09:01:38  2    testing?

09:01:39  3    A.    Yes.  I think Row 2 is the closest match to show what we

09:01:44  4    started with and what we ended up with based on what would have

09:01:47  5    happened in the middle as the SEM tried to operate the AMF

09:01:50  6    function with a weak 27-volt battery.  You would end up with

09:01:54  7    the ending states that we show.

09:01:55  8    Q.    And we've just brought up TREX-40009.16.4.

09:02:03  9          And this is the cull out for Row 2, correct?

09:02:05 10    A.    Correct.

09:02:05 11    Q.    And is this the scenario that you believe occurred during

09:02:10 12    the Macondo incident?

09:02:12 13    A.    I believe it's the most likely scenario, yes.

09:02:14 14    Q.    What forensic evidence led you to choose this scenario as

09:02:21 15    the one that likely occurred during the Macondo incident?

09:02:23 16    A.    Well, the state of the batteries as they were recovered

09:02:26 17    and later tested by DNV, I think it's undisputed that we had

09:02:30 18    two good 9-volt batteries.  That's the most important.  It's

09:02:34 19    undisputed that we did not have an adequate 27.

09:02:36 20          So there is no combination where you can start with

09:02:39 21    two good nines and a good 27 and end up with two good nines and

09:02:44 22    a bad 27.  There is just no way to get there.  So using that

09:02:48 23    rationale, this seems like it's the most likely scenario.

09:02:51 24    Q.    And under this beginning scenario in Case 2 of two good

09:02:56 25    9-volt batteries and a weak 27 battery, would the AMF/Deadman

**OFFICIAL TRANSCRIPT**

09:03:02  1    system have been able to function?

09:03:03  2    A.    No, it would not.  The battery would not have had

09:03:05  3    sufficient capacity to fire the solenoid.

09:03:09  4    Q.    Now, with your chart, are you able to rule out certain

09:03:14  5    starting conditions based on the forensic examination you

09:03:20  6    conducted?

09:03:20  7    A.    Yes.

09:03:20  8    Q.    What starting conditions were you able to rule out?

09:03:25  9    A.    Well, those would be ones that we have weak or bad 9-volt

09:03:35 10    batteries, because we don't have that in the end.  So you can't

09:03:39 11    end up with good batteries and start out with weak batteries.

09:03:42 12    That's just not going to happen.  So anything that shows a weak

09:03:44 13    or bad 9-volt would not be considered.

09:03:47 14    Q.    Based on your chart, can you rule out the scenario where

09:03:50 15    you started with three good batteries based on the ending

09:03:53 16    conditions of the batteries found during the DNV testing?

09:03:56 17    A.    Yes.  Three good batteries, you would end up with three

09:03:59 18    good batteries.

09:03:59 19          THE COURT:  Why is that?

09:04:01 20          THE WITNESS:  Because when the Deadman does its

09:04:05 21    procedure, it turns off the power to the computers at the end

09:04:08 22    so there would be no more drain on the batteries.  And the

09:04:11 23    nature of those batteries is they last a long time.  So if you

09:04:13 24    don't use the battery and you pull it up 70, 80 days later, you

09:04:17 25    would still have a good battery.

**OFFICIAL TRANSCRIPT**

09:04:18  1          So if you don't have a good battery, the question

09:04:20  2     of this whole analysis is, what was it before?  And using this

09:04:23  3     type of an accident reconstruction analysis, there is no

09:04:26  4     scenario in the beginning where you have a good 27 that would

09:04:29  5     get you to one where you have a bad 27.  You had to have

09:04:33  6     started with a bad 27.

09:04:33  7     BY MR. COLLIER:

09:04:38  8     Q.    Mr. Zatarain, are you aware that Transocean has pointed to

09:04:40  9     your chart as evidence to support their theories regarding the

09:04:46 10     27-volt battery?

09:04:46 11     A.    Yes.

09:04:47 12     Q.    And do you agree with how Transocean has attempted to use

09:04:53 13     your chart --

09:04:54 14     A.    No.

09:04:54 15     Q.    -- with respect to their theories?

09:04:55 16     A.    No, I don't.

09:04:56 17     Q.    Can you explain why you have reached that conclusion?

09:05:00 18     A.    Well, they limited their selection of all the possible

09:05:04 19     criteria to ones that have ending battery conditions that we

09:05:07 20     don't have, so they're not relevant.

09:05:09 21          We don't have three bad batteries.  We have two good

09:05:11 22     batteries and one bad battery.  Those would be the only ones

09:05:15 23     worth considering, where you have two good 9's and a less than

09:05:18 24     good.  Whether it's weak or bad is kind of academic because it

09:05:21 25     couldn't have operated the function.

                        **OFFICIAL TRANSCRIPT**

09:05:23  1        So selecting one -- selecting rows where you end up

09:05:27  2  with three bad batteries doesn't make any sense.

09:05:30  3  Q.    Now, Mr. Zatarain, are you familiar with a company called

09:05:35  4  Interlink?

09:05:36  5  A.    Yes, I am.

09:05:36  6  Q.    Who is Interlink?

09:05:38  7  A.    It's a consulting company, I believe, based in Houston

09:05:42  8  that does consulting work for the oil and gas industry.

09:05:43  9  Q.    Did Interlink perform an analysis of the

09:05:47 10  *Deepwater Horizon*'s Blue Pod batteries as it relates to the

09:05:50 11  Macondo Incident?

09:05:50 12  A.    They did an analysis not necessarily of those batteries

09:05:54 13  because they were in possession of DNV.

09:05:56 14        They did an analysis of the various electrical loads

09:06:00 15  used by the SEM when it's doing the AMF process.  They

09:06:04 16  experimented with providing different levels of power to

09:06:07 17  understand how the SEM would behave when it has less than

09:06:10 18  adequate power.  That's what the focus of their investigation

09:06:12 19  was.

09:06:12 20  Q.    Have you reviewed the report that Interlink prepared

09:06:17 21  relating to its analysis of the Blue Pod batteries for the

09:06:21 22  Macondo Incident?

09:06:21 23  A.    Yes.

09:06:22 24  Q.    You're familiar with the conclusions that Interlink

09:06:27 25  reached?

**OFFICIAL TRANSCRIPT**

09:06:27 1   A.   Yes, I am.

09:06:27 2   Q.   What conclusion did Interlink reach relating to the

09:06:32 3   Blue Pod batteries?

09:06:32 4   A.   Based on the ending states of the batteries as they were

09:06:35 5   found, he came to the same conclusion -- he being James McAdams

09:06:39 6   was the engineer that did the very thorough and well documented

09:06:43 7   analysis -- he came to the same conclusion I did, that we

09:06:46 8   had -- the most likely scenario would be two good 9-volt

09:06:50 9   batteries and a less than capable 27-volt battery.

09:06:52 10   Q.   If we can bring up TREX-43158.33.1.

09:07:00 11       Do you recognize this to be a section from

09:07:04 12   Interlink's report relating to the Blue Pod batteries?

09:07:06 13   A.   Yes.

09:07:11 14   Q.   Under the heading "Most Likely Scenario," it reads:  "It

09:07:14 15   is most likely that at the time of the incident the AMF system

09:07:16 16   was armed and appeared to be operating normally, but the

09:07:18 17   27-volt battery was already discharged to the point that it

09:07:23 18   could not operate the relays on the AMF circuit boards."

09:07:27 19       Is that consistent with your opinions relating to

09:07:30 20   this matter?

09:07:30 21   A.   It is, and almost exactly.

09:07:33 22       The slight difference is he specified that it would

09:07:35 23   not be able to operate the relays, which are specific

09:07:38 24   components.  Those relays have to operate in order to operate

09:07:42 25   the solenoid.

**OFFICIAL TRANSCRIPT**

8429

09:07:42  1          So if you don't have enough power to operate the

09:07:45  2     relays, you definitely don't have enough power to operate the

09:07:45  3     solenoids.

09:07:49  4          Because he was doing a very precise analysis of how

09:07:52  5     that equipment worked, but his analysis virtually matches mine

09:07:56  6     to the letter.  He's saying two good 9's and an inadequate

09:07:59  7     27 is the most likely scenario.

09:08:00  8     Q.   Now, you were present during Mr. Childs' trial testimony,

09:08:06  9     correct?

09:08:06 10     A.   Correct.

09:08:07 11     Q.   Did you hear Mr. Childs reference Interlink during his

09:08:10 12     testimony?

09:08:11 13     A.   Yes.

09:08:11 14     Q.   What did Mr. Childs indicate with respect to Interlink's

09:08:15 15     analysis?

09:08:17 16     A.   He referenced it in the sense that he said it somehow

09:08:22 17     supports his theory; but, he didn't point to anything specific

09:08:24 18     in the testing.

09:08:25 19          He had no criticisms of it.  He said it did support

09:08:30 20     his theories.

09:08:30 21     Q.   Do you agree with Mr. Childs that the Interlink analysis

09:08:34 22     supports his theories relating to the 27-volt battery?

09:08:36 23     A.   No.

09:08:40 24     Q.   Now, in performing your forensic examination relating to

09:08:43 25     this case, did you attempt to evaluate when the Blue Pod

                              **OFFICIAL TRANSCRIPT**

09:08:48  1    batteries were last changed on the *Deepwater Horizon*?

09:08:50  2    A.   Yes.  I looked -- I didn't do the investigation myself,

09:08:53  3    but I did look at documentation that was provided, I think,

09:08:57  4    from Transocean that did reflect when those batteries were

09:09:00  5    changed.

09:09:00  6    Q.   Were you able to determine when the Blue Pod batteries

09:09:02  7    were last changed?

09:09:03  8    A.   Yes.  Based on that information, I was, yes.

09:09:05  9    Q.   Have you seen any documentation and testimony concerning

09:09:09 10    when the Blue Pod batteries were last changed on the

09:09:14 11    *Deepwater Horizon*?

09:09:14 12    A.   Yes.

09:09:14 13    Q.   If we can bring up TREX-3792.1, please.

09:09:22 14         Do you recognize this as one of the documents that

09:09:24 15    you reviewed in assessing when the Blue Pod batteries were last

09:09:29 16    changed on the *Deepwater Horizon*?

09:09:30 17    A.   Yes.

09:09:30 18    Q.   Can you explain what TREX-3792.1 is?

09:09:35 19    A.   Yes.  This is a little bit of the departure from what

09:09:39 20    we've talked about earlier, Your Honor.

09:09:41 21         We talked about the Blue and the Yellow Pod.  So

09:09:44 22    they're not actually that color; that's their position on the

09:09:47 23    stack.

09:09:47 24         The *Deepwater Horizon* actually had three pods, one of

09:09:48 25    which was used as a spare, and the other two that were

**OFFICIAL TRANSCRIPT**

09:09:51  1    installed on the blowout preventer.

09:09:52  2           So we really don't track when the battery was changed

09:09:55  3    on yellow and blue; we have to track it by number, because they

09:09:58  4    do move them around.

09:09:59  5           What this document shows is that Pod Number 3, which,

09:10:02  6    as we'll show you in a minute, was the one in the blue

09:10:05  7    position, batteries were changed in March of '04, and then,

09:10:09  8    again, in 11 of '07.

09:10:10  9    Q.    Have you read testimony that indicates which of these pods

09:10:14 10    is the Blue Pod?

09:10:16 11    A.    Yes.

09:10:16 12    Q.    If we can bring up demonstrative Exhibit D-4334D.

09:10:25 13           Mr. Zatarain, does this show the testimony that

09:10:27 14    you've seen that indicates which of Pod 1, Pod 2, Pod 3, is the

09:10:32 15    Blue Pod?

09:10:32 16    A.    Yes.

09:10:32 17    Q.    Is this the testimony on which you relied to draw that

09:10:38 18    conclusion?

09:10:39 19    A.    Yes, it is.

09:10:39 20    Q.    Can you explain who Mr. McWhorter is?

09:10:44 21    A.    He was one of the *Deepwater Horizon* senior subsea

09:10:48 22    supervisors.

09:10:48 23    Q.    According to these documents and testimony, when were the

09:10:51 24    batteries in the Blue Pod last changed?

09:10:54 25    A.    Last changed would have been November 4th of 2007.

**OFFICIAL TRANSCRIPT**

09:10:59  1   Q.    Was that in compliance with Cameron's recommendations for

09:11:03  2   battery replacements of the AMF/Deadman batteries?

09:11:05  3   A.    No.

09:11:06  4   Q.    Have you seen Cameron's recommendations for battery

09:11:08  5   replacement?

09:11:09  6   A.    Yes.

09:11:09  7   Q.    If we can bring up TREX-3329.1.1, please.

09:11:21  8         Do you recognize this document, Mr. Zatarain?

09:11:23  9   A.    Yes, I do.

09:11:24 10   Q.    What is 3329?

09:11:26 11   A.    This is what Cameron calls an engineering bulletin.  It's

09:11:30 12   EB 891.  But this is something they would put out to their own

09:11:34 13   people, as well as their customers, for various engineering

09:11:36 14   announcements.

09:11:37 15   Q.    Do you recognize this as Cameron's recommendation for

09:11:40 16   replacing the AMF/Deadman batteries?

09:11:42 17   A.    Yes.

09:11:44 18   Q.    If I can pull up TREX-3329.2.1, please.

09:11:51 19         Does this reflect Cameron's recommendations for

09:11:54 20   changing out the AMF/Deadman batteries?

09:11:59 21   A.    Yes.  It's several recommendations, one of which is one

09:12:02 22   year of on-time operation.

09:12:04 23         But, there's also some limitations on the number of

09:12:06 24   activations, because the battery only has a certain amount of

09:12:09 25   capacity; so, you would have to track that in order to make

8433

09:12:11 1  sure you stayed in compliance.

09:12:12 2  Q.   Based on your analysis, what is your understanding of what

09:12:16 3  one year of on-time operation means?

09:12:18 4  A.   That would be one year after the battery is installed in

09:12:21 5  the SEM.

09:12:21 6  Q.   How did reach that conclusion?

09:12:23 7  A.   Based on some other documentation that was provided by

09:12:26 8  Cameron.

09:12:27 9  Q.   If we can pull up TREX-7669.1.3, please.

09:12:35 10      Can you explain what TREX-7669 is?

09:12:38 11 A.   This is a document provided, as you can see, from the

09:12:43 12 drilling systems manager explaining that Cameron's meaning of

09:12:47 13 one year of on-time operation is one year from the time the

09:12:50 14 batteries are installed in the SEM.

09:12:51 15 Q.   Is that consistent with how you read and interpreted one

09:12:56 16 year of on-time operation?

09:12:57 17 A.   Yes.

09:12:57 18 Q.   Are you aware of any evidence that Transocean had a policy

09:13:01 19 of replacing the AMF/Deadman batteries every year?

09:13:04 20 A.   Yes.

09:13:05 21 Q.   What was the basis of that conclusion?

09:13:10 22 A.   I believe it was some testimony.

09:13:11 23 Q.   You're familiar with Mark Hay?

09:13:15 24 A.   Yes.

09:13:16 25 Q.   Mark Hay was a senior subsea supervisor on the

**OFFICIAL TRANSCRIPT**

09:13:20 1    *Deepwater Horizon*?

09:13:20 2    A.    Correct.

09:13:20 3    Q.    Did you review Mr. Hay's deposition in forming your

09:13:24 4    opinions?

09:13:25 5    A.    Yes, I did.

09:13:26 6    Q.    If we can bring up DEPO-140.358.2, please.

09:13:36 7          Your understanding, this is deposition testimony from

09:13:38 8    Mr. Hay?

09:13:38 9    A.    Correct.

09:13:38 10   Q.    It reads:

09:13:40 11         "QUESTION:  Your understanding is it is Transocean's

09:13:44 12   policy to change the control pod batteries once a year; is that

09:13:47 13   right?

09:13:49 14         "ANSWER:  That's correct.

09:13:52 15         "QUESTION:  And that's consistent with Cameron's

09:13:54 16   policy about the replacement of batteries; is that right?

09:13:57 17         "ANSWER:  Yes."

09:14:00 18         Is that consistent with your understanding as to

09:14:02 19   Transocean's policy?

09:14:03 20   A.    Yes, it is.

09:14:04 21   Q.    As it relates to the Blue Pod batteries on the

09:14:16 22   *Deepwater Horizon*, did Transocean comply with Cameron's

09:14:19 23   recommendations and Transocean's policies for battery

09:14:21 24   replacement?

09:14:23 25   A.    No, they did not.

**OFFICIAL TRANSCRIPT**

09:14:24  1    Q.    Now, based on your investigation, are you aware of any

09:14:29  2    issues that Transocean was having with AMF/Deadman batteries

09:14:32  3    before April 2010?

09:14:35  4    A.    Yes.

09:14:35  5    Q.    Can you explain what you came to learn as far as that's

09:14:38  6    concerned?

09:14:38  7    A.    Yes.  There was some correspondence back and forth

09:14:41  8    indicating that Cameron had less than one year of service out

09:14:44  9    on some of the batteries that they were using.

09:14:46 10    Q.    Approximately what time frame was that?

09:14:48 11    A.    It was several years before the event.

09:14:50 12    Q.    Now, with respect to the depleted 27-volt battery, could

09:14:56 13    Transocean have detected that the 27-volt battery of the

09:14:59 14    Blue Pod was depleted before deploying the BOP on the

09:15:03 15    Macondo well?

09:15:03 16    A.    Yes.

09:15:04 17    Q.    How would it have made that detection?

09:15:07 18    A.    In the case of detecting a completely depleted battery, a

09:15:11 19    simple voltage test would have been adequate.

09:15:14 20    Q.    Have you seen any evidence that that was conducted?

09:15:17 21    A.    No.

09:15:17 22    Q.    You reviewed the expert report of Mr. Childs?

09:15:21 23    A.    Yes.

09:15:21 24    Q.    Mr. Childs contends the Blue Pod was able to activate the

09:15:27 25    AMF/Deadman function on April 20, 2010, right?

**OFFICIAL TRANSCRIPT**

09:15:30 1    A.    Yes.

09:15:31 2    Q.    Does Mr. Childs agree that the 27-volt battery was

09:15:36 3    recovered in a depleted state?

09:15:37 4    A.    Yes, he does.

09:15:38 5    Q.    What is Mr. Childs' theory as to why he believes the

09:15:42 6    Blue Pod was able to activate the AMF/Deadman?

09:15:45 7    A.    His general theory is that prior to the event the

09:15:50 8    batteries were adequate.  At least one of the 9-volt batteries

09:15:53 9    was adequate.  Another 9-volt battery was not, but the 27 was.

09:15:56 10   This is his theory.

09:15:58 11          At the time of the event, the AMS activated.  The

09:16:03 12   blue A SEM went through the process normally and operated

09:16:08 13   Solenoid Valve 103.

09:16:09 14          He contends that the B, because of a depleted 9-volt

09:16:13 15   battery, went through some sort of a cycling process, over and

09:16:16 16   over and over, that he contends eventually drained the 27, so

09:16:20 17   that by the time the pod was retrieved, that accounts for the

09:16:23 18   depleted 27-volt battery.  That's a generalization of his

09:16:26 19   theory.

09:16:26 20   Q.    I think we've heard that theory referred to as the cycling

09:16:30 21   theory?

09:16:30 22   A.    Correct.

09:16:31 23   Q.    Do you agree with Mr. Childs' cycling theory?

09:16:34 24   A.    No.

09:16:35 25   Q.    Can you explain why you disagree with Mr. Childs' cycling

**OFFICIAL TRANSCRIPT**

09:16:38  1    theory?

09:16:39  2    A.   The cycling theory relies on a couple of key things, one

09:16:44  3    of which, the easiest to understand, is it relies on having a

09:16:47  4    depleted blue 9-volt B battery that was not capable of

09:16:51  5    performing the Deadman function.  That's what caused the

09:16:56  6    cycling.

09:16:56  7         When the pod was recovered, we did not have a

09:16:59  8    depleted 9-volt battery.  So, right off, that theory doesn't

09:17:02  9    have any foundation.

09:17:03  10        But, more complicated than that, the cycling that he

09:17:07  11   refers to would actually drain the 9-volt battery, not the 27,

09:17:10  12   because until the SEM boots up, the brains boots up on the

09:17:14  13   9-volt, only then can it activate the solenoids.

09:17:17  14        So the heavy load is actually on the 9-volt, not the

09:17:23  15   27, during the cycling that he refers to.  So it just doesn't

09:17:26  16   make any sense.

09:17:26  17        A third point is he relies on a claim that is

09:17:30  18   completely unsubstantiated, that when the Blue Pod was first

09:17:33  19   retrieved, it was found that the A had cleared, in other words,

09:17:37  20   it had gone through the AMF process, but that the B had not,

09:17:41  21   which would be a very important consideration because that

09:17:45  22   indicate there was some cycling that couldn't complete, but

09:17:48  23   there is no evidence that that note was ever found.  I mean,

09:17:51  24   there is no way to even really tell without specifically

09:17:53  25   looking for that when you turn the system on.

**OFFICIAL TRANSCRIPT**

09:17:55  1          When asked in deposition, I don't believe he could
09:17:58  2  ever find any foundation for that claim.
09:18:00  3          So it's basically the three tenets of his cycling
09:18:04  4  theory are completely unfounded.
09:18:05  5  Q.   Now, how do you know that the Blue Pod was retrieved with
09:18:09  6  two good 9-volt batteries?
09:18:11  7  A.   The forensic testing that was done by DNV.
09:18:14  8  Q.   If we can bring up D-4576A please.
09:18:19  9          THE COURT:  In other words, the 9-volt batteries were
09:18:21 10  still good when they were tested a year later by DNV?
09:18:27 11          THE WITNESS:  Correct.
09:18:27 12  BY MR. COLLIER:
09:18:30 13  Q.   If the Blue Pod 9-volt batteries were still in good
09:18:36 14  condition, what would that mean for Mr. Childs' cycling theory?
09:18:40 15  A.   That the number one principle of his theory is a weak
09:18:44 16  9-volt battery that doesn't exist.
09:18:46 17          I believe he agrees with that.  He testified that
09:18:48 18  they had two good 9-volt batteries last week or so.
09:18:52 19  Q.   Now, does Mr. Childs rely on any testing to support his
09:18:56 20  cycling theory?
09:18:56 21  A.   He refers to some testing, yes.
09:18:59 22  Q.   What is the testing that Mr. Childs refers to?
09:19:03 23  A.   They refer to it as Transocean's battery testing.
09:19:05 24  Q.   Have you reviewed Transocean's battery testing?
09:19:09 25  A.   Yes.

OFFICIAL TRANSCRIPT

09:19:09 1    Q.    What, if any, conclusions have you reached regarding

09:19:14 2    Transocean's battery testing?

09:19:15 3    A.    In general, I find the testing is irrelevant and

09:19:17 4    unreliable.

09:19:18 5    Q.    Can you explain how you reach that conclusion?

09:19:23 6    A.    The testing, although it's identified as battery testing,

09:19:26 7    the vast majority of it was not done with batteries.  It was

09:19:29 8    done with power supplies running off of wall power; so, they

09:19:34 9    didn't have the characteristics of a battery.

09:19:36 10          That's understandable if you're doing certain types

09:19:39 11   of tests, like Interlink did, where you're carefully trying to

09:19:44 12   measure certain activities; but, it's not relevant when you're

09:19:46 13   trying to show that cycling occurs under battery under certain

09:19:50 14   very specific AMF conditions.

09:19:53 15          The testing is unreliable because it's not documented

09:19:56 16   very well.  In fact, we didn't receive it until after we wrote

09:19:59 17   our reports.

09:20:00 18          There is no handwritten notes to back it up.  There

09:20:02 19   is no description of how the testing was done, the relevance of

09:20:04 20   the test equipment, the relevance the power supplies.

09:20:08 21          It's kind of prepared haphazardly.  The pages sort of

09:20:12 22   look alike, but not really, so it's hard to compare one test to

09:20:16 23   the next.

09:20:17 24          When I went through it, I found it was very

09:20:18 25   inconsistent.  They would say the objective of this test is X,

OFFICIAL TRANSCRIPT

09:20:21 1    and we're going to set our controls to Y, and we got a

09:20:25 2    Z conclusion.

09:20:26 3            A few pages later, they set it to X, set it to Y, and

09:20:30 4    they get a different result, with no explanation of why that

09:20:33 5    would be.

09:20:33 6            Further, there is nothing in there that reflects

09:20:36 7    cycling of the nature that he describes in his theory.  He

09:20:40 8    never pointed to any specific test, keep in mind; he just

09:20:44 9    pointed to the entirety of the tests.

09:20:45 10            Somewhere in there is an explanation.  Believe me,

09:20:48 11    Your Honor, I looked, and I was not able to find it.

09:20:50 12    Q.    Is there any testing that supports Mr. Childs' cycling

09:20:56 13    theory?

09:20:56 14    A.    I'm not aware of any, no.

09:20:58 15    Q.    Are you aware of any theory where the AMF/Deadman would

09:21:02 16    function and the result is a depleted 27-volt battery and good

09:21:06 17    9-volt batteries?

09:21:09 18    A.    Not where the AMF would function, no.  There is the no

09:21:12 19    plausible theory for that.

09:21:13 20    Q.    So let's turn to the yellow control pod.  Do you have an

09:21:19 21    opinion on whether the Yellow Pod was capable of operating the

09:21:22 22    AMF/Deadman sequence on April 20th?

09:21:25 23    A.    Yes.

09:21:26 24    Q.    What opinion have you reached?

09:21:27 25    A.    My opinion is that the reverse-wired solenoid valve was

**OFFICIAL TRANSCRIPT**

09:21:32 1    not able to operate when it was simultaneously powered by the

09:21:34 2    two SEMs in the Yellow Pod, which would have been the

09:21:36 3    conditions at the time of the accident.

09:21:37 4    Q.    Is there any dispute as to whether Solenoid 103 was

09:21:41 5    reverse wired?

09:21:42 6    A.    No.

09:21:43 7    Q.    Do you have a demonstrative showing the reverse wiring of

09:21:43 8    Solenoid 103?

09:21:49 9    A.    Yes.

09:21:49 10   Q.    If we can bring up D-4335B, please.

09:21:54 11         If you can explain what this demonstrative shows?

09:21:56 12   A.    Yes.  This is documentation from DNV which indicates the

09:22:03 13   circumstance under which they found the reverse wiring.

09:22:06 14         Keep in mind, Your Honor, they didn't go looking for

09:22:08 15   reverse wire.  They were trying to figure out why the valve

09:22:11 16   didn't work.  This was all very late in the testing, almost the

09:22:15 17   final days of testing in the summer, Phase Two.

09:22:17 18         They just knew they had a valve that was acting

09:22:20 19   strangely.  Ultimately, they took it apart, and that's when

09:22:23 20   they found the wiring error.

09:22:25 21         You remember, the valve was about the size of a

09:22:27 22   poboy, I said.  So if we took off the end cap where the

09:22:30 23   electrical connections are, you can see -- it's hard to see in

09:22:32 24   this picture, but there is four little connections right there.

09:22:36 25   If two of those connections are reversed, that would result in

OFFICIAL TRANSCRIPT

09:22:40  1   the reversed polarity that we've been discussing.

09:22:42  2   Q.   What impact would reverse wiring have on the ability of

09:22:46  3   the AMF/Deadman to function on April 20th?

09:22:48  4   A.   The valve cannot function when both coils are energized at

09:22:52  5   the same time, and that would be the conditions during the

09:22:55  6   AMF/Deadman process during the incident.

09:22:57  7   Q.   Are you aware of any testing that is relevant to whether

09:23:06  8   Solenoid 103 could function the AMF/Deadman sequence?

09:23:12  9   A.   Yes.

09:23:12 10   Q.   Have you prepared a demonstrative that summarizes the

09:23:14 11   testimony that you will give?

09:23:14 12   A.   Yes.

09:23:15 13   Q.   If we can bring up D-4893, please.

09:23:19 14        Does this reflect the testing you're aware of

09:23:24 15   relating to Solenoid 103?

09:23:26 16   A.   Yes.

09:23:26 17   Q.   I would like to discuss the first bullet point that you

09:23:30 18   have there, which says, "Response Effort May 2010."

09:23:34 19        Can you explain what that is in reference to?

09:23:36 20   A.   Yes.

09:23:38 21        Before I start, I want the Court to understand, this

09:23:42 22   title of this slide is reverse-wired solenoid, since that's

09:23:45 23   what all these tests were about; but, in reality, most of the

09:23:49 24   tests were just of a valve that didn't work.

09:23:51 25        So it wasn't -- some of the tests we'll talk about,

**OFFICIAL TRANSCRIPT**

09:23:53 1   we were aware that it was reversed wired; but, the majority of

09:23:57 2   the testing was just valve testing, and it did not work.

09:24:00 3       So from a forensic standpoint, when we talk about a

09:24:03 4   test of a reverse-wired valve, that wasn't the intent of the

09:24:05 5   test; but, once we learned that was the situation, then those

09:24:09 6   tests become reverse-wired tests.

09:24:12 7       The first test is when the Yellow Pod was first

09:24:16 8   retrieved on a Q4000.  They did a functional check of the pod

09:24:21 9   using Cameron's standard procedures.  That's when they found a

09:24:24 10  valve that would not work.

09:24:25 11  Q.   Who performed this testing?

09:24:27 12  A.   My understanding is Cameron performed it, but I believe

09:24:29 13  other parties were involved with the witnessing of it.

09:24:33 14  Q.   Did you review Cameron's notes relating to this testing

09:24:40 15  that was performed on the Q4000?

09:24:42 16  A.   Yes.

09:24:42 17  Q.   What findings and conclusions did you reach regarding this

09:24:45 18  testing?

09:24:47 19  A.   That when Cameron tested the valve offshore under a couple

09:24:50 20  of different scenarios, the valve did not function.

09:24:54 21  Q.   If we can bring up TREX-3602.1.1, please.

09:24:59 22       Do you recognize this as the daily report notes that

09:25:03 23  Cameron prepared relating to the Q4000 testing?

09:25:06 24  A.   Yes.

09:25:07 25  Q.   I would like to draw your attention to TREX-3602.3.3,

**OFFICIAL TRANSCRIPT**

09:25:13  1    please.

09:25:17  2              The entry at 2146 reads:  "Simulated Deadman test

09:25:21  3    with the correct Solenoid Valve number 103.  Electromagnetic

09:25:27  4    pin was held against Solenoid Valve number 103 and the Deadman

09:25:30  5    was fired.  No indications of the valve firing."

09:25:35  6              Can you explain what that means to you?

09:25:37  7    A.   Yes.  Offshore, they basically set up a condition where

09:25:42  8    the SEMs would trigger on an AMF conditions, even though they

09:25:45  9    were simulated.

09:25:46 10              Then, they monitored operation of the valve in some

09:25:49 11    capacity to determine if the valve would function, and they

09:25:51 12    noted that it did not.

09:25:52 13    Q.   Now, was the solenoid valve that was in the Yellow Pod at

09:25:57 14    the time of the incident, was that replaced?

09:25:59 15    A.   Yes.  It was replaced offshore.

09:26:01 16    Q.   Did the replaced -- or the replacement solenoid valve work

09:26:05 17    during testing?

09:26:06 18    A.   Yes.

09:26:06 19    Q.   Was the Yellow Pod then deployed to be used in the

09:26:12 20    response effort?

09:26:13 21    A.   I understand that it was, yes.

09:26:14 22    Q.   Now, this testing on the Q4000 has been described as crude

09:26:20 23    and preliminary.  Have you heard that?

09:26:21 24    A.   I would agree that it's a crude and preliminary test to

09:26:25 25    show the valve works; but, it's not crude and preliminary to

**OFFICIAL TRANSCRIPT**

09:26:28 1  show that the valve does not work, because if it can't pass

09:26:32 2  that preliminary test, it doesn't work.

09:26:34 3        If it did pass that preliminary test, you would then

09:26:37 4  go on to do further testing because it may be that it looks

09:26:41 5  look it's working but it's not; but, if it can't past this

09:26:44 6  test, it's not working.

09:26:45 7        So it's not a crude and preliminary test to weed out

09:26:49 8  a valve that's not functioning.

09:26:51 9  Q.   If we could turn back to your slide D-4893, please.

09:26:57 10       I would like to go to the next bullet point on your

09:27:00 11 slide, "DNV Forensic Examination March 2011."

09:27:04 12       The first bullet point under that, "Portable

09:27:06 13 Electronic Testing Unit, PETU Testing."  Can you identify what

09:27:11 14 that's in reference to?

09:27:12 15 A.   I understand the Court is not crazy about acronyms, but we

09:27:16 16 don't really have a better way to do it than say PETU.

09:27:16 17       But what that is, and we'll show you a picture in a

09:27:21 18 moment, basically it's a way to simulate for one pod the cable

09:27:24 19 that's coming down from the surface carrying the communications

09:27:27 20 and the power.

09:27:28 21       We can take the PETU, plug it into a pod, and operate

09:27:32 22 the pod in a manner very similar to how it would operate when

09:27:36 23 it's being operated by the surface equipment on the drill rig.

09:27:39 24       So it's a substitute for the control panels used for

09:27:43 25 purposes of testing and diagnostics.

**OFFICIAL TRANSCRIPT**

09:27:45  1    Q.    If we can bring up D-4885, please.

09:27:49  2          Is this a demonstrative that explains PETU testing?

09:27:53  3    A.    It is.  We happened to have a picture of one of the

09:27:56  4    PETU's.  There was two different PETU's used at Michoud by DNV.

09:28:02  5          It's an electronic box that has some circuitry in it

09:28:06  6    that simulates the surface equipment.  To this box, you attach

09:28:09  7    a notebook computer that you can then send commands to the

09:28:13  8    system.

09:28:13  9          The way it works is there is a cable that connects

09:28:18  10   between the PETU and the pod, very similar to how the umbilical

09:28:22  11   would connect when it's actually in service.

09:28:23  12          When you use the personal computer, commands get sent

09:28:26  13   to either SEM A, SEM B or both.  That's controlled by those

09:28:30  14   little call-outs we have.

09:28:33  15          We have the AB switch on the left.  That's where you

09:28:35  16   can say, I want to SEM A, or I want to talk to SEM B.

09:28:39  17          In this particular version of the PETU, there is also

09:28:42  18   a switch that says, I want to talk to both at the same time.

09:28:46  19   You could flip that switch to where it says A plus B.

09:28:50  20          So, by doing that, you can take the PETU and drive

09:28:53  21   it, so to speak, in a similar manner that it would be operating

09:28:56  22   under normal conditions.

09:28:57  23   Q.    Have you reviewed the results of the testing that DNV

09:29:00  24   performed?

09:29:00  25   A.    Yes.

**OFFICIAL TRANSCRIPT**

09:29:01  1    Q.    Have you created a demonstrative that summarizes the PETU

09:29:06  2    testing that DNV performed on March 3, 2011?

09:29:09  3    A.    Yes.

09:29:10  4    Q.    If we can bring up D-4897, please.

09:29:17  5          Can you explain what D-4897 shows?

09:29:21  6    A.    This is a reconstruction of the testing that was done put

09:29:24  7    into a tabular form.

09:29:27  8          This is the initial testing that they did with the

09:29:29  9    PETU to try and figure out what was going on.

09:29:32 10          They took the solenoid valve and applied pressure,

09:29:38 11    which is an important part of the test.  Just operating the

09:29:40 12    valve by itself doesn't really tell you if it's working.  You

09:29:43 13    need to test it under the actual conditions.

09:29:45 14          So the valve has 3,000 psi of pressure.  So they took

09:29:49 15    the valve, put 3,000 pounds of pressure.  Eventually, we

09:29:54 16    learned they set the PETU settings to energize both coils.  It

09:29:59 17    did not work.  They didn't know why, but it's similar to what

09:30:03 18    they had found offshore, the valve didn't work.  They tried it

09:30:06 19    again.

09:30:07 20          So I've listed out all the tests individually.  You

09:30:09 21    can see, I think, a dozen of them or so.

09:30:11 22          After the second one, they were really befuddled, why

09:30:15 23    isn't this thing working.

09:30:16 24          This time, they tested it without any pressure, to

09:30:18 25    see if they could feel something or hear a noise or something

OFFICIAL TRANSCRIPT

09:30:21   1  like that.

09:30:21   2          They did a whole series of those tests.  Some of the

09:30:23   3  data log that DNV keeps they write down.  Sometimes they'd say,

09:30:26   4  heard a noise.  Or audible sound.  I forget the phrase they

09:30:31   5  use.  Hmm, looks like it might be working.

09:30:33   6          They'd put the pressure back on it; it doesn't work.

09:30:36   7  They keep testing it, again.

09:30:37   8          So, by the time they got to the end, they had done

09:30:39   9  about a dozen or so tests -- one, two three -- four of them

09:30:43  10  with pressure, and they could never determine that this valve

09:30:45  11  was working under pressure.

09:30:46  12          Now, keep in mind, at the time they didn't know they

09:30:48  13  had a reverse coil.  They just knew that the valve didn't work.

09:30:52  14          That was the testing that happened on March 3rd.

09:30:55  15      THE COURT:  Under normal operation, if the solenoid is

09:31:01  16  functioning, it would activate A and B together?

09:31:06  17      THE WITNESS:  Well, the computers operate the

09:31:08  18  solenoids.  So when you send a command, it goes to both SEMs,

09:31:11  19  and they both activate together.  There is gauges on the output

09:31:16  20  or something --

09:31:16  21      THE COURT:  I'm not talking about during the testing.

09:31:17  22  I'm talking about when this thing is on the rig and it could be

09:31:21  23  activated, that's the way it's designed?

09:31:24  24      THE WITNESS:  Typically, when -- in normal operation,

09:31:25  25  you can select A or B; but, typically, they select both.

**OFFICIAL TRANSCRIPT**

09:31:29  1            During AMF operation, which is when it's

09:31:32  2   operating on its own, it's definitely both.

09:31:32  3   BY MR. COLLIER:

09:31:34  4   Q.   What did the test results from March 3, 2011, inform you

09:31:38  5   about the ability for the Yellow Pod to have activated the

09:31:44  6   AMF/Deadman function during the Macondo Incident?

09:31:46  7   A.   Well, it indicates that when a valve under pressure is

09:31:49  8   operated with both solenoids energized, both coils of the

09:31:55  9   solenoid energized, it will not function.

09:31:57 10            Further, it indicates that if you take a valve with

09:31:59 11   no pressure, and you energize both coils, you may hear a noise,

09:32:04 12   but that doesn't mean it's working.  Because then you take the

09:32:06 13   same exact test situation and you apply pressure, and the valve

09:32:09 14   doesn't work.

09:32:10 15            So an added benefit of this test is that a noisy

09:32:14 16   valve doesn't necessarily mean it will function as required.

09:32:18 17   That's not a valid test of operation.

09:32:20 18   Q.   Now, DNV performed additional PETU testing the next day,

09:32:25 19   March 4th, 2011, correct?

09:32:26 20   A.   Correct.

09:32:27 21   Q.   Have you studied those tests?

09:32:30 22   A.   Yes.

09:32:30 23   Q.   Have you created a chart that shows the results of that

09:32:32 24   testing?

09:32:33 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

09:32:33  1    Q.    If we can go to D-4898A, please.

09:32:42  2          Can you explain what this chart shows?

09:32:44  3    A.    Okay.  Again, I hate to keep saying, but keep in mind,

09:32:48  4    Your Honor, they did not realize they had a reverse-wired valve

09:32:51  5    at this time.

09:32:51  6          They were disappointed with the prior day's testing

09:32:55  7    because it was inconclusive.  They could not get the valve to

09:33:00  8    work.

09:33:00  9          The prior day's testing that we looked at a moment

09:33:00 10    ago, they only used one PETU.  In an effort to try and figure

09:33:04 11    out what was going on, they actually switched to a different

09:33:07 12    PETU, which I've numbered one and two, just for convenience.

09:33:10 13          So on PETU Number 2, they now had the ability to

09:33:13 14    switch A or B or both.  They tried tests, again, and they got

09:33:19 15    even further confused on the results.

09:33:20 16          But once we go back and we reanalyze it, which is

09:33:23 17    what's represented in this test, tit pretty consistently shows

09:33:28 18    that if you energize both A and B, the valve will not function

09:33:31 19    when it's under pressure.

09:33:32 20          So this was, again, a separate second set of tests

09:33:37 21    done both with the original PETU they were using and another

09:33:40 22    PETU, and they still got the same results.  It wouldn't work,

09:33:43 23    but at the time they didn't know why.  They didn't learn about

09:33:47 24    the reverse wiring until much later.

09:33:50 25    Q.    What does the PETU testing that DNV conducted on March 4th

**OFFICIAL TRANSCRIPT**

09:33:56  1    inform you about the ability for the Yellow Pod to have

09:33:59  2    operated the AMF/Deadman function on April 20th?

09:34:03  3    A.   It shows that when both coils are energized, the valve

09:34:06  4    cannot function when it's under pressure.

09:34:08  5    Q.   Did Mr. Childs consider the PETU testing that DNV

09:34:15  6    conducted?

09:34:15  7    A.   No.

09:34:15  8    Q.   Did Mr. Childs explain why he did not consider this

09:34:18  9    testing?

09:34:18 10    A.   It seems that his general opinion was that he thought the

09:34:25 11    PETU testing did not represent actual operation as the pod and

09:34:31 12    SEMs would operate when it's under actual use.  He

09:34:33 13    differentiated this type of operation from what I think he

09:34:38 14    termed actual subsea conditions.

09:34:39 15         But there was never really much quantification about

09:34:43 16    that, other than some discussion of pulsing that would be out

09:34:46 17    of phase that would be different when it's in actual service

09:34:51 18    versus PETU operation.  That's the basis, I think, of his

09:34:54 19    opinion.

09:34:54 20    Q.   Do you agree with Mr. Childs' opinion?

09:34:56 21    A.   I do not.  He credits this phase to some software, power

09:35:02 22    saving software, things like that, and somehow differentiates

09:35:05 23    that from the normal operation.

09:35:07 24         I mean, I've looked at thousands of lines of computer

09:35:10 25    code for the subsea portion, which is the software that runs

**OFFICIAL TRANSCRIPT**

09:35:14  1    the hardware that operates the valve.  There is some pulsing

09:35:17  2    that's going on in a power saving manner.  So instead of

09:35:20  3    providing a steady power to the solenoid, it's actually pulsed

09:35:26  4    60 times a second, roughly.

09:35:27  5            That software is identical any time the solenoid is

09:35:32  6    operated.  There's no difference.  When it's operated by the

09:35:34  7    PETU, by the surface equipment, or by the AMF function, it's

09:35:38  8    the same identical software.

09:35:39  9            So, after quite a bit of time searching through all

09:35:42 10    of this code, I have been unable to locate the software that he

09:35:45 11    must be referring to that somehow is different during AMF

09:35:50 12    operation.  I could not find it.

09:35:50 13    Q.    Did any other experts in this matter rely on the DNV PETU

09:35:56 14    testing?

09:35:57 15    A.    Yes, they did.

09:35:57 16    Q.    Do you recall which experts relied on it?

09:36:02 17    A.    I believe the expert for the U.S. Government.

09:36:03 18    Q.    What conclusions did the U.S. Government expert reach

09:36:07 19    regarding the PETU testing that DNV conducted?

09:36:11 20    A.    He found that it was relevant and reliable, and it came to

09:36:14 21    the conclusion that powering two coils at the same time, a

09:36:18 22    valve will not work under pressure.

09:36:20 23    Q.    I'd like to turn back to your slide D-4893.

09:36:31 24            The second bullet point under, "DNV Forensic

09:36:35 25    Examination, March 2011," reads, "AMF Testing," do you see

**OFFICIAL TRANSCRIPT**

09:36:38 1    that?

09:36:38 2    A.    Yes.

09:36:43 3    Q.    Can you explain, first, what is AMF testing?

09:36:43 4    A.    Well, we just discussed PETU testing, which is essentially

09:36:45 5    giving a command by hand to activate a valve.

09:36:49 6            We still use the PETU to set up an AMF test, but

09:36:52 7    that's only to put the SEMs in a condition such that they will

09:36:56 8    respond to the AMF conditions.

09:36:57 9            So we use the PETU, give it the right commands, and

09:37:01 10    say, start listening for those AMF conditions.  Then, you

09:37:05 11    simulate those conditions.

09:37:06 12            So, at that point, the SEMs are now operating on

09:37:09 13    their own, just like they would during an actual AMF condition.

09:37:13 14    Then, we can then monitor the output pressure from the valve

09:37:16 15    and see how the valve performs, if it should, for the entire

09:37:19 16    process of starting up the computers on battery, powering the

09:37:23 17    solenoids and then turning off.

09:37:24 18            That's what we're trying to test with AMF testing.

09:37:27 19    So it's not just the solenoid, it's the overall AMF process;

09:37:31 20    but, it includes the solenoid.

09:37:32 21    Q.    The DNV perform AMF testing in March 2011?

09:37:38 22    A.    Yes.

09:37:38 23    Q.    Did Mr. Childs rely on DNV's AMF testing from March 2011?

09:37:43 24    A.    Yes, he did.

09:37:45 25            In his rebuttal report, he actually refined his

**OFFICIAL TRANSCRIPT**

09:37:48 1  reliance on all the testing to only the three tests of the

09:37:52 2  miswired solenoid valve under AMF conditions.  That's the sole

09:37:57 3  basis of his opinion.

09:37:58 4  Q.    What conclusions did Mr. Childs reach regarding DNV's AMF

09:38:03 5  testing?

09:38:03 6  A.    His opinion is that the three tests that were performed by

09:38:06 7  DNV demonstrate that the AMF system could perform as designed

09:38:09 8  on the night of the event.

09:38:11 9  Q.    Do you agree with Mr. Childs' conclusion relating to DNV's

09:38:15 10  AMF testing?

09:38:17 11  A.    No.

09:38:17 12  Q.    Can you explain why that's the case?

09:38:19 13  A.    Well, again, we were not testing a reverse-wired solenoid

09:38:23 14  at the time of the testing.  We were; we just didn't know it.

09:38:27 15  DNV didn't know it.

09:38:28 16       So they were doing AMF testing to see if the AMF

09:38:32 17  function would work, but not specifically if it would work with

09:38:32 18  a reverse-wired valve because they didn't know it was reverse

09:38:35 19  wired at the time.

09:38:36 20       So when you do an AMF test, you arm both SEMs, you

09:38:40 21  simulate the conditions.  You should get a 30-second pulse, at

09:38:43 22  least, possibly a little bit longer, because the two SEMs don't

09:38:46 23  necessarily activate at the same instant.  They might be off by

09:38:51 24  a few seconds.

09:38:53 25       So, say A comes up first.  It starts its exact

**OFFICIAL TRANSCRIPT**

30-second pulse.  If B comes up a few seconds later, the valve
will actually activate longer than 30 seconds.  But we should
get at least 30 seconds, but you probably will get a little bit
longer.  That's the normal design of the AMF.

Then, when you wait and nothing happens because the
things have turned themselves off, we'll plug the PETU back in,
the computers will start up, but they will not do anything
because they have already reset the AMF function as part of the
AMF operation.

That's the normal design that we should be checking
for, and these tests do not reflect that mode of operation.

Q.   Just to be clear, in AMF testing, it's intended to operate
both SEMs and simultaneously energize both of the solenoid
batteries?

A.   Correct.  You could test one at a time; but, the nature of
the way the system was set up at the time of the event, both
SEMs were armed, and so we would want to test its performance
with both SEMs at the same time.

Q.   Now, during the March 2011 AMF testing that DNV conducted,
did DNV monitor whether both SEMs were simultaneously
energizing both coils?

A.   No.  They did not.  That would have been technically
feasible, but they had no reason to suspect that at the time
because, again, they were not aware that they had a
reverse-wired valve.

**OFFICIAL TRANSCRIPT**

09:40:11 1          They were just trying to test the AMF system in

09:40:13 2   general at that point.

09:40:14 3   Q.   You've reviewed DNV's notes or handwritten notes relating

09:40:17 4   to the AMF testing they performed?

09:40:20 5   A.   Yes.

09:40:20 6   Q.   If we can bring up TREX-3130.1.1, please.

09:40:26 7          Do you recognize that as the DNV laboratory notebook

09:40:30 8   that contains the handwritten notes relating to the AMF

09:40:32 9   testing?

09:40:32 10  A.   Oh, yes.

09:40:33 11  Q.   Did DNV -- well, how many AMF tests did DNV conduct?

09:40:41 12  A.   On the -- well, total, I guess it would be five.  They

09:40:45 13  conducted one on the blue, but it wouldn't function because the

09:40:48 14  27-volt battery was dead.  So they only tested that one time,

09:40:52 15  and then they gave up on that one.

09:40:54 16         They only performed four more tests on the yellow,

09:40:57 17  and those are the ones that we'll talk about.

09:40:59 18  Q.   Did DNV conduct an AMF test on the Yellow Pod with a

09:41:04 19  correctly-wired solenoid?

09:41:05 20  A.   Correct.  That was the first test.

09:41:07 21  Q.   If we can turn to TREX-3130.31.2, please.

09:41:16 22         Are these the DNV handwritten notes that relate to

09:41:20 23  the AMF test performed on a correctly-wired solenoid?

09:41:28 24  A.   Yes.

09:41:28 25  Q.   Can you explain what these handwritten notes provide?

                              **OFFICIAL TRANSCRIPT**

A.   Again, this was the valve that was -- the replacement valve, it's been called, which was correctly wired.  Again, they didn't know the other one was not.  They just knew this valve worked because they had installed it and tested it when it was offshore.

So the way that they do the logbooks, they have a scribe or someone keeping notes, and they do it by date and then by time of day down to the minute.  Then, during a particular test, they may actually record it to the seconds of things that happen.

So the setup on this would be they connect the PETU, do what they need to do to arm the AMF system, and then they simulate the conditions at time zero.  Then, they kept track of what happens at different seconds.

We focused only on valve 103, but there's actually two other valves that have to operate, but they are not important for discussion here.  So they'll look at a sequence of valve operations.

The key is we want to see at least 30 seconds of a continuous hydraulic pressure output from valve 103, at least 30 seconds.  Could be a little bit longer.  As I said, the two SEMs don't necessarily run in perfect sync.

So we would do this, record the time.  Here, you see at the bottom, at 22 seconds after they initiated it, they got the 3,000 -- well, it says high pressure blind shear gauge has

8458

09:42:44 1  pressure.  They don't say what it is, but it was 3,000 -- at

09:42:47 2  time equals 22 seconds.  Then, the pressure went away at 58.

09:42:50 3  So if you do the math, that's 36 seconds, and that's what you

09:42:53 4  would expect.

09:42:54 5         They then wait a while to see if anything else is

09:42:57 6  going to happen, a few minutes.

09:42:59 7         Then, they reapplied PETU power, and the two SEMs

09:43:03 8  boot up, and they continue on with their testing.

09:43:05 9         So that was a successful test, but that was with the

09:43:07 10 correctly functioning valve.

09:43:09 11 Q.   Now, did DNV conduct testing of the original Solenoid 103,

09:43:15 12 the solenoid valve that was on the Yellow Pod at the time of

09:43:19 13 the Macondo Incident?

09:43:20 14 A.   Yes.  Right after this test, they swapped the valve and

09:43:23 15 put the valve that was known to be nonfunctioning on the pod,

09:43:27 16 and then they duplicated the test three more times.

09:43:29 17 Q.   If we can bring up TREX-3130.33.3, please.

09:43:36 18         Are these the handwritten notes with respect to the

09:43:38 19 first AMF test that was conducted on the original Solenoid 103,

09:43:44 20 the solenoid that was on the Yellow Pod during the Macondo

09:43:48 21 Incident?

09:43:48 22 A.   Yes.

09:43:49 23 Q.   Can you explain what these notes convey?

09:43:52 24 A.   There is a little less detail here, but they do note that

09:43:58 25 after 43 seconds, meaning after the AMF was activated, they got

**OFFICIAL TRANSCRIPT**

09:44:03  1    pressure of valve 103.

09:44:04  2           At 50 seconds, which is a duration of only seven

09:44:08  3    seconds, that pressure went away.

09:44:09  4           So it looks like something happened under battery

09:44:11  5    power, but it wasn't a 30 second or a 36 second like it was

09:44:15  6    with the good valve, it was only seven seconds.

09:44:17  7           That was a little bit unusual, but they noted it

09:44:20  8    correctly so we could see that it was only seven seconds.

09:44:23  9           They waited a little while, like they normally would.

09:44:26 10    Then they reapplied power with the PETU.  Unexpectedly, they

09:44:30 11    got another activation of Solenoid Valve 103.  That would not

09:44:35 12    be expected under normal operation of an AMF process.

09:44:38 13           The second activation is noted there with:  "PETU

09:44:42 14    turned back on, pressure delivered 3,000 again."

09:44:45 15           Luckily, they wrote that down because I wouldn't have

09:44:50 16    been looking for it, and, luckily, they were.  That was noted

09:44:53 17    in the logbook.

09:44:54 18    Q.   How do you explain why Solenoid 103 only activated for

09:44:59 19    seven seconds?

09:44:59 20    A.   Well, there has been various offerings of stuck valves and

09:45:04 21    whatnot, which may have some validity, I don't know.

09:45:07 22           But what I think happened is that at the beginning of

09:45:08 23    this test, since we have such a delayed start of 43 seconds

09:45:12 24    before the valve moved, I think both SEMs were trying to

09:45:15 25    activate the valve with the reverse wire.

**OFFICIAL TRANSCRIPT**

09:45:18 1          Again, we didn't know it was reversed.  We learned

09:45:20 2     that later.  But it was a reverse-wired valve.

09:45:21 3          So the initial portion of this test was two SEMs.

09:45:27 4     SEM B, I think, died.  The batter gave up.  The 9-volt battery

09:45:31 5     gave up.

09:45:31 6          When that SEM depowered, that only left A running.

09:45:34 7     So for the final seven seconds, it was only running on one

09:45:38 8     coil.

09:45:39 9          When B failed because of the battery, it wasn't able

09:45:41 10    to reset the AMF, so the AMF was still triggered.  It's still

09:45:45 11    trying to do the AMF function on the B side, but it doesn't

09:45:48 12    have enough 9-volt power to do it.  I think that accounts for

09:45:53 13    the seven seconds.

09:45:53 14         Why that makes sense is because when they plug it in,

09:45:56 15    SEM B boots up on AC power now, sees the AMF signal, and

09:46:02 16    generates that second pulse.  That's the only explanation I can

09:46:05 17    have for the second pulse, and it matches what you would find

09:46:09 18    with the seven seconds during the battery pulse.

09:46:11 19         I hope that's not too much for you.  I'm sorry.

09:46:14 20         Anyway, that's the explanation of why it was only

09:46:18 21    seven seconds and why you would get the second pulse.

09:46:19 22  Q.   Was this a successful test of Solenoid 103's ability to

09:46:26 23    function the AMF/Deadman?

09:46:26 24  A.   This is not a successful test in terms of the AMF operates

09:46:30 25    as designed.  As designed should be at least 30 seconds under

**OFFICIAL TRANSCRIPT**

09:46:33  1    battery power and nothing when you turn it back on.

09:46:36  2         THE COURT:  Tell me the reason about the 30 seconds.

09:46:39  3    You mentioned that a number of times.  What's the significance

09:46:41  4    of it having to operate for 30 seconds?

09:46:44  5         THE WITNESS:  That's a good question, Your Honor.

09:46:45  6              There's actually a very small piece of code

09:46:47  7    that's different for each -- each BOP, to suit the conditions

09:46:52  8    for the BOP.  What is the Deadman operation?  There is a very

09:46:56  9    small file called shutdown.  It's just a text file.  You can do

09:47:00 10    it with a word processor.

09:47:02 11              It has commands like activate valve number 45,

09:47:04 12    wait five seconds, turn off valve 45.  It's just a little list

09:47:08 13    of things to do.

09:47:08 14              The key thing is how long do we operate valve

09:47:11 15    103, which is the one that makes the blind shear operate.

09:47:15 16              The *Deepwater Horizon* was set up for 30 seconds

09:47:17 17    of continuous operation of valve 103.  That was the final step

09:47:21 18    in the Deadman process.  The next step after that was to

09:47:24 19    turnoff the AMF card, which kills the power to the SEM.

09:47:28 20         THE COURT:  Is that because it's designed so that

09:47:32 21    within 30 seconds it should close the blind shear ram?

09:47:36 22         THE WITNESS:  Correct.

09:47:37 23              There is actually a lot going on.  I mean, you

09:47:39 24    saw the size of that little valve, correct.  That's not moving

09:47:41 25    the ram.

**OFFICIAL TRANSCRIPT**

09:47:42  1          This gets activated.  It sends hydraulic pressure

09:47:45  2   to a larger valve, which operates hydraulically instead of

09:47:50  3   electrically.  That larger valve then provides many gallons of

09:47:54  4   fluid to move the big ram.

09:47:55  5          So it kind of is a sequential thing.  They

09:47:57  6   provide 30 second as being adequate --

09:47:59  7          THE COURT:  For all of that to happen?

09:48:01  8          THE WITNESS:  -- for all of that to happen with enough,

09:48:03  9   you know, reliability that the ram would close.

09:48:05 10          So the 30 seconds is key.  If you go 36 or 40,

09:48:08 11   that's fine; but, to go seven is not really a successful test.

09:48:08 12   BY MR. COLLIER:

09:48:15 13   Q.   Mr. Zatarain, you discussed that one of the 9-volt

09:48:17 14   batteries may have died during this testing.  Do you have any

09:48:22 15   basis for that?

09:48:23 16   A.   Correct.  We haven't discussed the subsequent tests, but

09:48:25 17   we will briefly, that indicate that it was only running on one

09:48:31 18   SEM when it was on battery power.

09:48:33 19          Subsequently, the batteries were tested separately,

09:48:36 20   as an independent function by DNV, and it was found that the

09:48:40 21   blue -- I'm sorry, the yellow 9-volt B battery was depleted by

09:48:44 22   time this testing was complete.

09:48:47 23          Keep in mind, these batteries are, like, five years

09:48:48 24   old at this point and had been through a lot.

09:48:50 25          So with the numerous testing and all that was done,

**OFFICIAL TRANSCRIPT**

09:48:55 1    it depleted them for their -- they are good for only so many

09:48:56 2    activations.

09:48:57 3          So the seven second test, as I call it, the one

09:49:00 4    prior, I think that was the last hurrah for that battery.  From

09:49:04 5    then on, it was unable to function; but, the SEM could still

09:49:07 6    function once you plugged it back in to AC power.

09:49:10 7          It wasn't the SEM that was defective; it was the

09:49:12 8    9-volt battery.

09:49:13 9    Q.    With respect to this seven-second AMF test, would you

09:49:19 10   consider there to have been anomalies in that testing?

09:49:22 11   A.    Yes.

09:49:22 12   Q.    Does Mr. Childs have an explanation for these anomalies

09:49:28 13   that were observed in the seven-second AMF testing?

09:49:32 14   A.    Well, he has an explanation for the seven seconds, in that

09:49:35 15   I think he attributed it to a sticky valve; but, he had no

09:49:37 16   explanation -- in fact, he didn't even address the second

09:49:40 17   activation.  He just ignored that.

09:49:41 18   Q.    Now, DNV performed additional AMF tests with the original

09:49:48 19   Solenoid 103, correct?

09:49:50 20   A.    Correct.

09:49:50 21   Q.    If we can go to TREX-3130.34.5.

09:49:57 22         Are these the handwritten notes relating to the

09:50:00 23   second AMF test that was performed on the original

09:50:04 24   Solenoid 103?

09:50:04 25   A.    Yes.

**OFFICIAL TRANSCRIPT**

09:50:04  1    Q.    Can you explain what these handwritten notes show?

09:50:08  2    A.    This is a similar setup to what we just talked about.

09:50:11  3    This is about 10 or 15 minutes after the seven-second test.

09:50:15  4          In this case, we do the same thing.  We set up the

09:50:17  5    yellow, arm both of the SEMs, unplug the power and track what

09:50:20  6    happens.

09:50:20  7          We're interested in when 103 operates, Solenoid

09:50:27  8    Valve 103, which operates the blind shear ram.  They note at

09:50:30  9    21 second, they got 3,000 pounds out of that valve.  At exactly

09:50:35 10    51 second, they lost it.  That happens to be exactly

09:50:38 11    30 seconds.

09:50:38 12          So that indicates successful operation of the valve;

09:50:41 13    but, it doesn't necessarily mean successful operation of the

09:50:42 14    AMF process with two coils energized at the same time.

09:50:46 15          A couple of things indicate to me that that is not

09:50:48 16    the case.  One is we got exactly 30 seconds, which sounds like

09:50:51 17    only one guy was running, because they are not running -- they

09:50:54 18    always run slightly off.

09:50:56 19          The other tip-off is that when we put power back on,

09:50:59 20    we get a second activation, which is unexpected in normal

09:51:02 21    operation.  So the second activation is a real key that

09:51:06 22    indicates it was not working as designed.

09:51:08 23    Q.    How do you explain the second activation once the PETU was

09:51:13 24    turned on?

09:51:14 25    A.    The same as before.  The SEM yellow B had not cleared its

OFFICIAL TRANSCRIPT

09:51:21 1    AMF trigger, and it couldn't do that because of the inadequate

09:51:25 2    9-volt battery.

09:51:26 3          So when it booted up on AC power, it then went

09:51:30 4    through the AMF process.  Because it doesn't even know it's on

09:51:33 5    AC power, it just knows it's starting up, and it provided the

09:51:37 6    second activation.

09:51:39 7          So these tests don't represent one activation with

09:51:39 8    two coils.  They represent two separate activations, each of

09:51:41 9    which only had one coil at a time.

09:51:43 10          Therefore, the test doesn't support the notion that a

09:51:47 11   valve will operate with two coils energized at the same time.

09:51:49 12   We don't know that two coils were being operated, and the

09:51:52 13   evidence suggests they were not.

09:51:54 14   Q.    Did Mr. Childs have an explanation for the second

09:51:59 15   activation that was identified here?

09:52:01 16   A.    I'm not aware that he ever addressed the second activation

09:52:04 17   at all.  I believe he testified he didn't investigate it.

09:52:06 18   Q.    Now, there was a third AMF test that DNV conducted,

09:52:12 19   correct?

09:52:12 20   A.    Yes.

09:52:13 21   Q.    That was, again, with the original Solenoid 103?

09:52:16 22   A.    Correct.

09:52:17 23   Q.    What were the results of that testing?

09:52:19 24   A.    Virtually identical to this one.  Exactly 30 seconds on

09:52:25 25   battery power, followed by a second activation when AC power

**OFFICIAL TRANSCRIPT**

09:52:28  1   was restored.

09:52:29  2   Q.   What conclusions did you reach regarding this third AMF

09:52:33  3   test?

09:52:33  4   A.   Identical conclusions.  One is that this forensic test

09:52:37  5   does not demonstrate that a reverse-wired solenoid valve can

09:52:43  6   function under pressure with both coils energized at the same

09:52:47  7   time.

09:52:47  8   Q.   What, if anything, can you conclude from the DNV AMF tests

09:52:51  9   as to whether original Solenoid 103 was capable of functioning

09:52:56 10   the AMF/Deadman during the Macondo Incident?

09:52:59 11   A.   Well, it doesn't demonstrate that it can function.  It

09:53:03 12   also demonstrates that a valve with both coils energized can't

09:53:07 13   function, which is what we would want.

09:53:09 14         So it's sort of two different conclusions.  One is

09:53:12 15   this doesn't prove anything related to successful operation;

09:53:15 16   and, it proves that it won't work, which kind of demonstrates

09:53:19 17   unsuccessful operation.

09:53:20 18   Q.   So moving on, Mr. Zatarain, let's return to your

09:53:26 19   slide D-4893.

09:53:28 20         I would like to go to the third bullet point here,

09:53:31 21   which is, "DNV Forensic Examination, May 2011, Bench Testing."

09:53:36 22         Can you explain what is bench testing?

09:53:39 23   A.   The testing we have been talking to so far has been to

09:53:44 24   take the valve and connect it to an actual SEM, which is the

09:53:47 25   computer.

**OFFICIAL TRANSCRIPT**

09:53:48 1         Bench testing is a more basic test.  When you repair

09:53:50 2  a valve and put it back together, you're working on a bench,

09:53:52 3  and you have a bench power supply, which is just a 24-volt

09:53:56 4  supply.  It could even be a 24-volt battery.

09:53:59 5         That's where you just test basic operation of the

09:54:01 6  valve.  Cameron has a procedure prescribed for how to do that

09:54:04 7  after you rebuild a valve.

09:54:05 8  Q.   Is bench testing an acceptable way to assess whether a

09:54:12 9  solenoid valve is functioning?

09:54:13 10  A.   Again, it's a first test.  If it doesn't pass the bench

09:54:18 11  test, then you don't go any further.

09:54:20 12         It is tested under pressure, but it's not tested

09:54:22 13  under the pulsing power that's used on the SEM.  It's tested

09:54:26 14  under steady power.

09:54:28 15         So to get the valve out of the shop, Cameron has a

09:54:28 16  test stand, they call it.  They put the valve on there.  They

09:54:30 17  check it with A, they check it with B, they check it with both

09:54:33 18  under pressure to make sure the valve basically functions.

09:54:37 19         I mean, there may be applications that Cameron uses

09:54:39 20  these valves for that don't use is pulsing, I don't know; but,

09:54:43 21  this is a good preliminary test.  If it doesn't pass this test,

09:54:47 22  it's not going to work.

09:54:47 23  Q.   Have you studied the bench testing that DNV performed on

09:54:52 24  the original Solenoid 103?

09:54:55 25  A.   Yes.

**OFFICIAL TRANSCRIPT**

09:54:56   1   Q.    If we can bring up TREX-5172.1.

09:55:03   2         Do you recognize what's shown in TREX-5172?

09:55:10   3   A.    Yes, Your Honor.  This is typical of the documentation

09:55:13   4   that DNV provided, which, as you can see, is very detailed.

09:55:16   5         So you can use this information immediately.  You can

09:55:19   6   also go back to it later to refer to it to find out exactly

09:55:23   7   what's going on.  They've got plenty of detail here.

09:55:25   8         So this is a typical -- they were actually testing

09:55:27   9   the valve at what they called deep sea temperature.  For

09:55:32  10   whatever reason, they had it down like 40 degrees or something.

09:55:34  11   They were going to test operation of the valve; but, instead of

09:55:37  12   using a SEM, they were just going to use a simple DC power

09:55:41  13   supply to see if the valve would function.

09:55:44  14   Q.    If we can turn to the section that discusses the bench

09:55:46  15   testing that DNV performed on Solenoid 103.  If we can go to

09:55:54  16   TREX-5172.3.1.

09:56:05  17         THE COURT:  Wait one second.  Would somebody tap

09:56:07  18   Mr. Kanner and wake him up.

09:56:09  19         Mr. Kanner, are you awake?

09:56:09  20         MR. KANNER:  Yes, Your Honor.

09:56:10  21         THE COURT:  Did you get enough sleep last night?

09:56:14  22         If you need to get up and walk out and get some

09:56:20  23   air, you can do it, but we need to keep you awake, okay.

09:56:20  24         MR. KANNER:  Yes, sir.

09:56:20  25         THE COURT:  All right.  Go ahead, Mr. Collier.  Sorry.

**OFFICIAL TRANSCRIPT**

09:56:20 1   BY MR. COLLIER:

09:56:25 2   Q.   Mr. Zatarain, if you can explain what TREX-5172.3.1 shows,

09:56:30 3   please.

09:56:30 4   A.   Yes, this is a summary of that testing we just looked at,

09:56:32 5   which is the deep sea temperature, as they called it.

09:56:35 6           Three columns.  It's 103 original, which we now know

09:56:38 7   is the miswired valve.  They didn't know that at the time.

09:56:41 8           They activate -- the first column as Coil A.  The

09:56:45 9   valve works.  They then apply power to Coil B, and it works.

09:56:48 10  But when they applied power to both coils at the same time, DNV

09:56:52 11  determined that the valve was not working.

09:56:53 12  Q.   Have the DNV bench test results been challenged?

09:56:59 13  A.   No.  I'm not aware of anybody that challenges this because

09:57:02 14  it's simple DC operation.  They're two opposing magnetic

09:57:08 15  fields.  It's not going to work.

09:57:09 16  Q.   What does the bench testing that DNV performed tell you

09:57:13 17  about the ability for Solenoid 103 to function the AMF/Deadman

09:57:17 18  during the incident?

09:57:17 19  A.   Well, it's a preliminary test that indicates a valve

09:57:19 20  that's miswired won't work under DC.  There is no expectation

09:57:23 21  that it will work under any other operation, as well.

09:57:26 22          So it indicates a reverse-wired valve doesn't work.

09:57:29 23  Q.   If we can return to your slide D-4893.

09:57:34 24          The last entry is, "Cameron, September 2010."  It

09:57:41 25  reads, "Tested Reverse-wired Solenoid Valve.

**OFFICIAL TRANSCRIPT**

09:57:44 1          Can you just give an overview of what that

09:57:47 2   references?

09:57:47 3   A.   Yes.  Your Honor, finally, we get to a test where someone

09:57:51 4   was actually testing intentionally for reverse-wired operation.

09:57:54 5   All the prior tests we spoke of was testing done for various

09:57:59 6   reasons, but not with knowledge that the valve was reverse

09:58:02 7   wired.

09:58:02 8          Cameron independently, just testing out some

09:58:05 9   equipment for a customer, found a situation where a number of

09:58:09 10  valves on a pod would not work want, and they didn't know why.

09:58:12 11         They took those valves out and did an examination --

09:58:15 12  I forget the number, it's like seven valves -- on this one

09:58:18 13  unit, they found reverse wiring.

09:58:21 14         Of course, they were concerned about that.  So they

09:58:23 15  then did some subsequent testing intentionally miswiring

09:58:28 16  valves, operating them from a SEM using the same pulsing power

09:58:32 17  that any normal Mark II SEM would use, and they determined that

09:58:36 18  a reverse-wired valve will not work when both coils are

09:58:40 19  simultaneously energized by a SEM.  That's reflective of the

09:58:44 20  conditions we would have during the AMF conditions.

09:58:46 21  Q.   Have you reviewed the report that was generated from this

09:58:49 22  testing?

09:58:49 23  A.   Yes.

09:58:49 24  Q.   If we can bring up TREX-5165.1.2.

09:58:56 25         Is this the cover page for the report that Cameron

**OFFICIAL TRANSCRIPT**

09:59:00 1  generated relating to this testing?

09:59:02 2  A.   Yes.  Your Honor, if you'll notice, this is in September

09:59:05 3  of 2010, so this is after the incident, but prior to DNV

09:59:10 4  testing.

09:59:10 5  Q.   What type of solenoid valve was Cameron testing?

09:59:13 6  A.   They call it the -63, but it's the same exact valve as was

09:59:17 7  used on the *Deepwater Horizon*.

09:59:18 8  Q.   If we can bring up TREX-5165.2.4.

09:59:26 9       Drawing your attention to the conclusion, it reads:

09:59:28 10 "It is evident that reverse polarity between Coil A and Coil B

09:59:34 11 in a 223290-63 solenoid valve will not allow it to properly

09:59:41 12 function with both coils energized.  Reverse the polarity

09:59:47 13 creates opposing magnetic fields with a canceling effect.  It

09:59:52 14 is vital to check function with both coils activated."

09:59:55 15      Is that consistent with the conclusions that you've

09:59:58 16 reached relating to this matter for a reverse-wired dual coil

10:00:04 17 solenoid to be unable to function the AMF/Deadman?

10:00:07 18 A.   Yes, it's consistent.

10:00:09 19      I'd also point out on this exhibit, at the top, where

10:00:11 20 they indicate they were connecting it to a Mark II SEM.  They

10:00:14 21 were not doing a bench test or some artificial test.  This was

10:00:17 22 a test of the valve under actual conditions by the manufacturer

10:00:20 23 of the valve who determines that it won't work.

10:00:23 24 Q.   Now, did you review the testimony of Richard Coronado?

10:00:29 25 A.   I did.

**OFFICIAL TRANSCRIPT**

8472

10:00:29  1    Q.    Who is Richard Coronado?

10:00:32  2    A.    He's with Cameron in the control systems division, maybe a

10:00:34  3    manager.  I forget his exact title, but he was very familiar

10:00:37  4    with this equipment.

10:00:38  5    Q.    Did Mr. Coronado offer any testimony regarding whether a

10:00:44  6    reverse-wired dual coil solenoid could operate the AMF/Deadman

10:00:45  7    function?

10:00:46  8    A.    Yes, he did.

10:00:47  9    Q.    What did he testify?

10:00:48 10    A.    His testimony was that it won't work.

10:00:51 11    Q.    Prior to April 2010, is there any testing that could have

10:00:56 12    been done to detect that a solenoid valve was defective before

10:01:01 13    deploying the BOP?

10:01:02 14    A.    Yeah.  Well, defective in various ways; but, particular to

10:01:06 15    the reverse-wired solenoid, it would be tested with both coils

10:01:11 16    energized in some capacity, and then testing the valve

10:01:13 17    particularly with pressure applied, because that's the

10:01:15 18    important thing -- it has to do a lot more work with pressure

10:01:17 19    applied to it -- to test the valve under various conditions,

10:01:19 20    and you would demonstrate that it does not work.

10:01:22 21    Q.    Could that have been done on the *Deepwater Horizon* before

10:01:25 22    deploying the BOP on the Macondo well?

10:01:29 23    A.    It could have been done on the valve when it was rebuilt,

10:01:33 24    and it could have been done on the valve after it was installed

10:01:36 25    on the pod.

**OFFICIAL TRANSCRIPT**

10:01:36 1  Q.   Are you aware of any testing of that type being conducted

10:01:37 2  on the *Deepwater Horizon* before April 20, 2010?

10:01:40 3  A.   No, I haven't seen any indication that it was tested.

10:01:44 4  Q.   Now, in the course of your work relating to this matter,

10:01:48 5  did you review the reports and testimony of other experts that

10:01:52 6  have testified relating to the AMF/Deadman issue?

10:01:55 7  A.   Yes.

10:01:56 8  Q.   And except for Mr. Childs, do those experts agree with you

10:02:00 9  and your conclusions regarding the AMF/Deadman function?

10:02:03 10  A.   Yes.

10:02:06 11        MR. COLLIER:  Your Honor, I'll pass the witness.

10:02:08 12        THE COURT:  All right.  Let's take about a 15-minute

10:02:10 13  recess.

10:02:12 14        THE DEPUTY CLERK:  All rise.

10:06:24 15        (WHEREUPON, at 10:06 a.m., the Court took a recess.)

10:24:09 16        THE DEPUTY CLERK:  All rise.

10:24:10 17        THE COURT:  Please be seated, everyone.  All right.

10:24:17 18        MR. MILLER:  Good morning, Your Honor, Kerry Miller for

10:24:20 19  Transocean.  As a housekeeping matter, I would like to offer,

10:24:23 20  file and introduce into evidence the exhibits that Transocean

10:24:25 21  used yesterday with Mr. Neil Shaw.  It was circulated yesterday

10:24:29 22  afternoon, no objections were received.

10:24:30 23        THE COURT:  All right.  Any objections?  Hearing none,

10:24:32 24  those are admitted.

10:24:32 25        (WHEREUPON, the above-mentioned exhibit was admitted.)

**OFFICIAL TRANSCRIPT**

10:24:32 1      MR. WILLIAMSON:  May I proceed, Your Honor?

10:24:32 2      THE COURT:  Yes.

10:24:32 3                      CROSS-EXAMINATION

10:24:44 4  BY MR. WILLIAMSON:

10:24:45 5  Q.   Mr. Zatarain, my name is Jimmy Williamson.  I'm with the

10:24:48 6  PSC, and I have you on cross-examination.

10:24:53 7           Your report, 40009.11 and .12, page 11 and 12, said

10:25:03 8  that the battery problem and the solenoid problem that you have

10:25:08 9  detailed "could have been anticipated."

10:25:11 10          Did I read that correctly in your report?

10:25:13 11 A.   I'm sorry.  It's not quite up yet.

10:25:15 12 Q.   That's okay.  Let's put it up.

10:25:21 13          Right there, 4.4.  The Blue Pod battery problem

10:25:26 14 "could have been anticipated and prevented," correct?

10:25:28 15 A.   Yes.

10:25:29 16 Q.   Okay.  And the next page says -- this is the battery.  The

10:25:35 17 next page says the same thing about the Yellow Pod solenoid

10:25:41 18 problem, correct?

10:25:41 19 A.   Yes.

10:25:42 20 Q.   So the problems you've detailed with the solenoids and

10:25:46 21 with the batteries, could have and should have been

10:25:50 22 anticipated?

10:25:52 23 A.   I agree with that, yes.

10:25:55 24      MR. WILLIAMSON:  I pass the witness.

10:25:59 25      THE COURT:  All right.  The United States.

**OFFICIAL TRANSCRIPT**

10:26:04  1          MS. HANKEY:  Rachel Hankey for the United States,
10:26:20  2   Your Honor.  I have the witness under cross.
10:26:23  3          THE COURT:  You speak very softly.  You might have to
10:26:26  4   move that thing up a little bit.
10:26:29  5                  All right.  Go ahead.
10:26:29  6                      CROSS-EXAMINATION
10:26:29  7   BY MS. HANKEY:
10:26:32  8   Q.    Now, Mr. Zatarain, do you understand, with respect to the
10:26:35  9   battery maintenance, Mr. Childs testified that he disagreed
10:26:38 10   with Cameron's interpretation of on-time operation as installed
10:26:44 11   in the SEM?
10:26:44 12   A.    Yes.  I heard that testimony.
10:26:46 13   Q.    But did Mr. Childs cite to any documents to support his
10:26:53 14   definition of on-time operation?
10:26:56 15   A.    I don't recall.  Sorry.
10:26:56 16   Q.    If we could pull up Exhibit 5138.  Could you highlight the
10:27:05 17   attachments.  At the top where it says *Attachments,* sorry, on
10:27:10 18   the first page.
10:27:14 19          Do you see this is an e-mail attaching the subsea
10:27:17 20   workbook?  And I'm going to ask you to turn to page 3, and if
10:27:23 21   we could pull up 5138.3.1.
10:27:30 22          And we see in the subsea workbook that the
10:27:33 23   information that the rig crew kept was actually the date that
10:27:38 24   the batteries were installed in the SEM, correct?
10:27:42 25   A.    I'm actually not familiar with this document, so I don't

                          **OFFICIAL TRANSCRIPT**

8476

10:27:44  1   know.

10:27:44  2           THE COURT:  Is this a Transocean document?

10:27:48  3           MS. HANKEY:  Correct, Your Honor.

10:27:49  4           THE COURT:  What is it?

10:27:50  5           MS. HANKEY:  This is the subsea workbook.  It's records

10:27:54  6   that were kept by the subsea crew.

10:27:54  7           THE COURT:  Okay.

10:27:57  8   BY MS. HANKEY:

10:27:57  9       Do you recognize the dates in this document as a date --

10:28:00 10   the same dates -- for example, the battery for Pod Number 3 is

10:28:04 11   identified as 11/4/07.

10:28:06 12       Do you recognize that as the same date as the date the

10:28:11 13   batteries were installed in the SEM in Pod 3?

10:28:13 14   A.   I recognize that date, yes.

10:28:14 15   Q.   In contrast, when you reviewed Transocean's records, you

10:28:19 16   did not find a record of which pod was on the BOP at what -- at

10:28:25 17   each time, correct?

10:28:27 18   A.   I don't recall.  I know we ended up determining which one

10:28:30 19   was where.  I remember drawing a diagram.  As I sit here, I

10:28:35 20   don't remember where we got the information.

10:28:35 21   Q.   Do you recall that you've never seen any records, such as

10:28:39 22   this one, that kept track of how long each pod was on the BOP

10:28:43 23   for a particular period of time?

10:28:45 24   A.   I don't recall ever seeing that, no.

10:28:47 25   Q.   And do you recall that when Mr. Childs testified as to how

                          **OFFICIAL TRANSCRIPT**

10:28:52  1    he determined how long each SEM -- each battery had been in

10:28:57  2    on-time operation, he had actually had to go through the

10:28:59  3    records to figure out when the BOP was splashed?

10:29:04  4    A.   If I recall correctly, I think he was actually trying to

10:29:07  5    detect when it would have been in service in some official

10:29:11  6    capacity, even though there wasn't any notation made that said

10:29:14  7    energizing AMF.  It was based on something else, which I didn't

10:29:18  8    exactly follow.

10:29:19  9    Q.   So he didn't find any records from the rig crew keeping

10:29:22 10    track of how long the battery was in on-time operation, as he

10:29:28 11    defined it?

10:29:32 12    A.   I didn't investigate that, and I didn't hear him say that,

10:29:35 13    so I don't know.

10:29:35 14    Q.   If we could pull up Exhibit 3299.

10:29:41 15           And do you recognize that this is the RMS equipment

10:29:45 16    history, and this is one of the documents that you looked at in

10:29:48 17    terms of trying to figure out which pod was on the BOP?

10:29:52 18    A.   It could have been.  It was a long time ago.  I really

10:29:55 19    don't remember.  I'm sorry.

10:29:56 20    Q.   It's in your report.

10:29:57 21    A.   Okay.  It was a year and a half ago.

10:29:59 22    Q.   If we could turn to page 80, so 3299.80.1.

10:30:11 23           And you see on February 25th, there is the entry that

10:30:15 24    reflects that, "This SEM was removed from Pod Number 2, which

10:30:18 25    is in the yellow spot on the stack."  And, "The SEM in it now

**OFFICIAL TRANSCRIPT**

10:30:22 1    is for Pod Number 1, which is in the test stand."

10:30:25 2            Do you see that entry?

10:30:26 3    A.   Yes.

10:30:26 4    Q.   And do you recall that it was by virtue of deduction from

10:30:31 5    Mr. McWhorter's testimony that it was determined that Pod 3

10:30:35 6    was, in fact, in the blue spot on the BOP?

10:30:40 7    A.   I don't remember the details.  I'm sorry.

10:30:41 8    Q.   Well, do you recall that pod -- the SEM from Pod Number 2

10:30:45 9    was at Cameron?  And that meant that the SEM from Pod Number 3

10:30:52 10   had to be on the BOP, by virtue of deduction, because there

10:30:55 11   were only three SEMs and two SEMs had to be on the BOP?

10:30:59 12   A.   Yes.  I follow that logic, yes.

10:31:01 13   Q.   And it says that it was "in the yellow spot on the stack."

10:31:10 14           So, basically, what it meant was, the SEM from Pod 3

10:31:13 15   had to be on the BOP, correct?

10:31:15 16   A.   You're hitting me with something I hadn't thought about in

10:31:18 17   long time.  I'm sorry.  I hesitate to give an opinion.

10:31:20 18   Q.   Well, if we can look at the entry from September 23rd,

10:31:24 19   2009, you see that it says the SEM was removed from the yellow

10:31:30 20   pod at the last rig move on the start-up of the Kodiak well.

10:31:37 21   And that on April 13th, 2010, it says, "SEM is back and

10:31:41 22   installed in the spare pod."

10:31:43 23           Do you see that?

10:31:43 24   A.   Yes.

10:31:43 25   Q.   And you would agree with me, though it reflects that the

10:31:47  1   SEM was removed for work, there is no explanation of what work

10:31:49  2   was performed?

10:31:50  3   A.   Yes.

10:31:51  4   Q.   Including whether the batteries were replaced, correct?

10:31:54  5   A.   Correct.

10:31:54  6   Q.   And this issue, the fact that there was an inauditable

10:32:01  7   trail maintenance, including what work was undertaken, is

10:32:04  8   something that BP had identified in Transocean's maintenance

10:32:07  9   records and its audits as early as 2005, correct?

10:32:11 10   A.   I did not look into any of those audits issues, so I can't

10:32:15 11   comment.

10:32:15 12   Q.   They are in your considered materials.

10:32:17 13   A.   In a general sense, but I did not go, compare what work

10:32:20 14   was audited and what should have been done and all that.  That

10:32:23 15   was really beyond my focus.

10:32:25 16   Q.   Well, if we could put up Exhibit 3400, and if we could

10:32:39 17   turn to page 2.

10:32:40 18         You see that this is the January 2005 audit?

10:32:43 19   A.   Yes.

10:32:43 20   Q.   And if we could turn to page 2, and if you could highlight

10:32:47 21   for me the two bullet points, the top two bullet points.

10:32:53 22         And you see that the audit included "the preventative

10:32:57 23   maintenance program applied to the subsea BOP"?

10:33:01 24         Do you see that?

10:33:01 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

10:33:02  1    Q.    If we could pull up D-3583.

10:33:28  2          And you see that the audit noted that there was --

10:33:31  3    "an auditable trail of maintenance performed on equipment was

10:33:36  4    often not possible from interrogation of the maintenance

10:33:40  5    history."

10:33:41  6          Do you see that?

10:33:41  7    A.    Yes, I see that.

10:33:41  8    Q.    That was also noted in audits in 2008 and 2009, correct?

10:33:50  9          MR. COLLIER:  Your Honor, I'm going to object.  That's

10:33:52 10    outside of the scope of this witness' report.  Mr. Zatarain was

10:33:55 11    not put forward to testify as to the maintenance.

10:33:58 12          THE COURT:  I read his report, and I don't recall him

10:34:02 13    talking about these things.

10:34:05 14          MS. HANKEY:  Well, what he did say -- that, one,

10:34:07 15    maintenance was causal in this instance in the sense that he

10:34:10 16    said the battery was depleted and the --

10:34:12 17          THE COURT:  He talked about batteries and solenoids,

10:34:15 18    but he didn't talk about audits and so forth, so I think you've

10:34:15 19    gone beyond.

10:34:20 20          I'll sustain the objection.

10:34:22 21    BY MS. HANKEY:

10:34:23 22    Q.    Now, in reviewing Transocean's maintenance records, you

10:34:26 23    also determined that the number of actuations of the battery

10:34:29 24    were not recorded, correct?

10:34:30 25    A.    Yes.  I never saw any evidence that they were keeping

                              **OFFICIAL TRANSCRIPT**

10:34:33 1    track, correct.

10:34:33 2    Q.   And this was one of the requirements for battery changes

10:34:35 3    by Cameron, when the battery has been actuated 33 times, but

10:34:39 4    you found no record of the number of actuations recorded?

10:34:43 5    A.   That's correct.  I didn't necessarily dig through every

10:34:46 6    possible record, but I never saw any evidence that that was

10:34:49 7    being tracked.

10:34:50 8    Q.   In your report you also note that Mr. Childs failed to

10:34:55 9    consider whether there were drains on the battery, either

10:34:57 10   intentional or unintentional, while they were stored in the

10:35:00 11   pods, correct?

10:35:02 12   A.   Correct.

10:35:02 13   Q.   Now, you also agree that, had the BOP implemented

10:35:11 14   technology with rechargeable batteries and monitoring of the

10:35:16 15   batteries, this may have prevented the Blue Pod from being

10:35:20 16   unable to perform, correct?

10:35:21 17            MR. COLLIER:  Your Honor, I'm going to object.

10:35:23 18            THE COURT:  Is that in a withdrawn report?

10:35:23 19            MR. COLLIER:  I think it is.

10:35:23 20            THE COURT:  That's what I thought.

10:35:24 21            MS. HANKEY:  Under PTO 54 we are allowed to

10:35:28 22   cross-examine witnesses with respect to their withdrawn

10:35:30 23   opinions.  Your Honor, the --

10:35:33 24            THE COURT:  I don't recall what -- the specific

10:35:35 25   provision of that PTO, but this is outside the -- I think the

**OFFICIAL TRANSCRIPT**

10:35:44  1    reason is, there was -- remind me, why was his opinions

10:35:50  2    withdrawn on that subject?  This gets into design of the BOP, I

10:35:53  3    think, right?

10:35:54  4         MR. COLLIER:  Correct, Your Honor.  This related to

10:35:55  5    features that Mr. Zatarain discussed may have been implemented

10:36:00  6    at the time of the design of the BOP when it was in Cameron's

10:36:04  7    hands.

10:36:05  8         THE COURT:  I sustain the objection.

10:36:05  9    BY MS. HANKEY:

10:36:10 10    Q.   Well, have you seen -- you understand that the Mark III

10:36:14 11    was available after 2006 and that technology included

10:36:18 12    rechargeable batteries and monitoring, correct?

10:36:21 13    A.   I have a general understanding of it, but no details, yes.

10:36:24 14    Q.   Despite audits reflecting the fact that there were

10:36:28 15    problems with maintenance, you see no evidence that BP ever

10:36:31 16    asked Transocean to consider upgrading to the Mark III,

10:36:35 17    correct?

10:36:35 18         MR. COLLIER:  Your Honor, I'm going to object.

10:36:36 19         THE COURT:  Yes, I sustain the objection.

10:36:36 20    BY MS. HANKEY:

10:36:42 21    Q.   Now, additionally, we heard testimony that Solenoid 103Y

10:36:46 22    was replaced with a rebuilt solenoid during the February rig

10:36:52 23    move, correct?

10:36:52 24    A.   I recall that it was a rebuilt solenoid, yes.

10:36:55 25    Q.   If we could pull up Exhibit 5183 again, and turn to

**OFFICIAL TRANSCRIPT**

10:37:06 1   page 4.  And if you could -- thank you -- highlight, so this

10:37:14 2   would be 5138.4.1.

10:37:16 3        And you see that the subsea records did not indicate

10:37:19 4   that the solenoid had been changed during the rig move,

10:37:19 5   correct?

10:37:26 6   A.   I really don't recognize this document, and I really have

10:37:28 7   a hard time interpreting it on the fly.  I'm sorry.

10:37:30 8   Q.   But do you see that under S-103 there is no indication of

10:37:38 9   a change of 2/10 -- during February 2010?

10:37:47 10  A.   I don't understand where it would say it was changed, so

10:37:49 11  maybe I'm missing something.

10:37:51 12  Q.   You see the dates on the right -- I'm sorry, probably not

10:37:54 13  that legible here -- the dates on the right indicate dates in

10:37:57 14  which the solenoid was switched out.

10:37:59 15  A.   Oh, okay, that was the missing ingredient there.

10:38:03 16       So what was the question, again?  I'm sorry.

10:38:05 17  Q.   Do you see any indication of a date in February of 2010?

10:38:12 18  A.   Not on that row that you indicated, no.

10:38:14 19  Q.   In fact, could we pull up Exhibit 3797.2.1TO.

10:38:26 20       If you recall Mr. Childs' testimony, Mr. Childs

10:38:29 21  relies on this e-mail to determine that Solenoid 103 was

10:38:35 22  changed and tested; do you recall that testimony?

10:38:36 23  A.   In general, yes.  Specifically, I can't say that I

10:38:47 24  remember it, no.

10:38:47 25  Q.   If we could pull up Exhibit 3797.2.1US.

**OFFICIAL TRANSCRIPT**

10:38:52  1              This e-mail was actually an e-mail written after the

10:38:55  2    incident, May 9th of 2010; do you see that?

10:38:58  3    A.    Yes.

10:38:59  4    Q.    It was written by Mr. Ron Guidry?

10:39:02  5    A.    Yes.

10:39:02  6    Q.    Have you seen any testimony from Mr. Ron Guidry?

10:39:08  7    A.    I may have.  I read a lot of depositions.  I can't say

10:39:11  8    that I recall.

10:39:11  9    Q.    Well, if I indicate to you that he was never deposed, do

10:39:16 10    you have any reason to disagree with that?

10:39:17 11    A.    I have no reason.

10:39:18 12    Q.    Now, if we could pull up Exhibit 50378.

10:39:27 13              Do you recognize this as the testing that was

10:39:37 14    performed by Transocean?

10:39:38 15    A.    Yes.

10:39:39 16    Q.    If we could turn to page 29.  Could you just highlight

10:39:50 17    that whole section.

10:39:53 18              You see here that for the batteries that Transocean

10:39:55 19    used in its own testing, it recorded the voltage levels of the

10:40:01 20    batteries, correct?

10:40:02 21    A.    Well, looking at this in isolation, it's hard.  I

10:40:05 22    understand they did use some old and new batteries and did some

10:40:09 23    measurements; but, looking at that one page, that obviously is

10:40:12 24    a voltage measurement, but I'm not sure under what conditions.

10:40:15 25    Q.    Could you highlight the whole thing starting with,

**OFFICIAL TRANSCRIPT**

10:40:20  1    "summary of results."

10:40:23  2         Do you recall that they performed tests -- they did

10:40:25  3    some initial tests using batteries, and they determined that

10:40:30  4    when the battery designated for PLC B is connected to PLC A,

10:40:37  5    the AMF will not boot; do you see that?

10:40:39  6    A.   Yes.

10:40:42  7    Q.   So under their testing what they determined is that the

10:40:48  8    SEM B battery is the one that they believe is insufficient to

10:40:52  9    operate it?

10:40:55 10    A.   I'd have to look at the whole test to answer you.

10:40:58 11         I mean, they had -- I recall these tests, and I know

10:41:01 12    they had some setup conditions, and they did some measurements.

10:41:03 13         The trick was to do measurements under load, though.

10:41:06 14    I don't know that these reflect measurements under load.

10:41:09 15    Q.   In fact, these are the only tests that -- they didn't take

10:41:11 16    any other tests other than this one of battery measurements,

10:41:14 17    correct?

10:41:14 18    A.   I don't remember much -- I'm surprised to see these.  I

10:41:17 19    don't even remember these.  I didn't think they tested anything

10:41:19 20    under load on batteries.

10:41:20 21         Well, actually, this isn't under load.  It just says

10:41:23 22    after test.

10:41:24 23    Q.   Well, it doesn't reflect whether it is, correct?

10:41:24 24    A.   Well, it says after test, so I'm assuming it means without

10:41:29 25    load, yeah.

**OFFICIAL TRANSCRIPT**

10:41:29  1    Q.   I'd like to take a look at the testing that was done by

10:41:32  2    DNV.  If we could turn to Exhibit 3130, page 32.

10:41:49  3         If you could highlight the section at 1645, where

10:41:53  4    they were taking the battery measurements.  At 1645, so earlier

10:42:04  5    up the page.

10:42:12  6         So here, DNV took battery voltage measurements before

10:42:16  7    they performed the AMF tests, correct?

10:42:18  8    A.   Correct.

10:42:18  9    Q.   If we could put up the voltage measurements that were

10:42:25 10    taken by Transocean, so what we were just looking at,

10:42:28 11    50378.29.1, I would like to see that next to the measurements

10:42:34 12    from DNV.

10:42:39 13         Now, if you look at the Yellow Pod SEM B battery, it

10:42:44 14    measured at 8.36 just before DNV performed its AMF test,

10:42:44 15    correct?

10:42:51 16    A.   Correct.

10:42:51 17    Q.   That's slightly above the SEM B battery from Transocean's

10:42:56 18    testing, 8.16, that it believed was insufficient to operate; do

10:43:00 19    you see that?

10:43:00 20    A.   Yes.

10:43:01 21    Q.   If we look down --

10:43:03 22         If you could highlight 1700 on page 32.  It's not

10:43:03 23    super important.

10:43:16 24         -- but you'll see, just after this test, they

10:43:18 25    replaced Solenoid 103 and began the AMF test, correct?

**OFFICIAL TRANSCRIPT**

10:43:23 1  A.   I don't remember -- they did replace the solenoid.   I

10:43:26 2  don't remember the exact sequence of when they did the battery

10:43:30 3  testing, no.

10:43:31 4          They did replace the valve, though.   That's correct.

10:43:32 5  Q.   So if we could turn to 3130, page 35.

10:43:56 6          After they performed the AMF test --

10:43:59 7          If we could highlight -- what is this -- 1905.

10:44:03 8          -- DNV tested the batteries again.   Do you see that?

10:44:07 9  A.   Yes.

10:44:09 10 Q.   If we could put back up Exhibit 50378.29.1.   Oh, it's

10:44:09 11 already up.   Thank you.   Sorry.

10:44:22 12         We see that when DNV tested the batteries after the

10:44:26 13 AMF test, the SEM B battery tested at 8.12; do you see that?

10:44:32 14 A.   Correct.   This is at the end of all of the AMF testing?

10:44:36 15 Q.   Correct.

10:44:36 16 A.   Thank you.

10:44:36 17 Q.   You see that 8.12 is below the SEM B battery of 8.16 from

10:44:42 18 Transocean's own testing, the level that they believed to be

10:44:46 19 insufficient; do you see that?

10:44:47 20 A.   Yes.

10:44:49 21 Q.   As far as you can tell, Mr. Childs did not consider this

10:44:52 22 information in determining whether both coils were operating

10:44:57 23 during the AMF test, correct?

10:44:59 24 A.   I don't know what he considered.   I think he just looked

10:45:04 25 at valve activation, and that was it.

**OFFICIAL TRANSCRIPT**

10:45:06 1    Q.    So he did not consider his own information about what

10:45:11 2    would be a sufficient charge for a battery to operate the

10:45:13 3    solenoid in determining whether both coils operated during the

10:45:17 4    AMF test?

10:45:17 5    A.    He didn't note it if he did.  So I can't say what was in

10:45:23 6    his mind; but, no, there was no notation of battery conditions

10:45:24 7    or anything like that.

10:45:26 8              MS. HANKEY:  Thank you.

10:45:27 9              Your Honor, I have no further questions.

10:45:28 10              THE COURT:  Alabama.

10:45:28 11              MR. SINCLAIR:  No questions, Your Honor.

10:45:32 12              THE COURT:  Louisiana.

10:45:33 13              MR. KANNER:  No questions, Your Honor.

10:45:35 14              THE COURT:  Transocean.

10:45:39 15              MR. DOYEN:  Thank you, Your Honor.

10:47:08 16              Good morning, Your Honor, Mr. Zatarain.

10:47:11 17              Your Honor, I have to confess to have made a

10:47:16 18    mistake, which is going to -- I suppose I did it for the

10:47:20 19    subconscious purpose of challenging my friends in the

10:47:22 20    marshalling conference.

10:47:23 21              I was aware that the opinions were withdrawn on

10:47:25 22    the design.  I did not know those had been reflected in the

10:47:29 23    revised report, which just pulls out some chunks.

10:47:33 24              So the page numbers I'm going to give and pull up

10:47:35 25    today are to the earlier version of the report.  We can rectify

**OFFICIAL TRANSCRIPT**

10:47:39  1   that later at the marshalling conference.  I just can't fix

10:47:42  2   that on the fly.  I'm sorry for that.

10:47:44  3           THE COURT:  That's fine.

10:47:45  4           MR. DOYEN:  But I'm not going to pull up anything that

10:47:47  5   you've pulled out.  It's all of the things that are still in

10:47:50  6   your amended report.  Understood?

10:47:52  7           THE WITNESS:  Yes.

10:47:52  8                         CROSS-EXAMINATION

10:47:52  9   BY MR. DOYEN:

10:47:55 10   Q.   Mr. Zatarain, you have no opinion as to when the blind

10:47:59 11   shear rams were activated, correct?

10:48:00 12   A.   Not a precise time, no.

10:48:01 13   Q.   You have no opinion as to when the conditions for AMF were

10:48:08 14   met, correct?

10:48:10 15   A.   Not a precise time, no.

10:48:11 16   Q.   You don't express any such opinions in your report, do

10:48:16 17   you?

10:48:16 18   A.   No.

10:48:18 19   Q.   Now, you agree, don't you, that a bench test -- I think

10:48:24 20   there was some discussion earlier of a bench test -- is not a

10:48:27 21   complete test because it does not mimic actual subsea

10:48:33 22   operations?

10:48:34 23   A.   Yes.

10:48:35 24   Q.   One of the things that doesn't get mimicked, we've heard

10:48:44 25   some testimony about, is this pulse width modulation, correct?

**OFFICIAL TRANSCRIPT**

10:48:48 1   A.   Yes.

10:48:48 2   Q.   I'm not going to spend a lot of time with that, but it

10:48:51 3   basically involves the power coming out to the solenoid in a

10:48:57 4   rapid sequence of off and on, correct?

10:48:59 5   A.   That's a generalization, yes, but it's fine.

10:49:03 6   Q.   That's done to save battery power in a device like this,

10:49:08 7   correct?

10:49:08 8   A.   Well, it's actually done to save all power, because it

10:49:11 9   works the same regardless of whether it's battery or not.

10:49:12 10  Q.   But we use less power as a result of that?

10:49:14 11  A.   Correct.

10:49:15 12  Q.   Spending some time on and some time off?

10:49:18 13  A.   Correct.

10:49:19 14  Q.   You agree that pulse width modulation creates a very

10:49:24 15  complex magnetic field and a complex pulling force on that

10:49:27 16  plunger in the solenoid, correct?

10:49:30 17  A.   Correct.

10:49:30 18  Q.   You agree, in fact, that the net effect of that pulse

10:49:35 19  width modulation coming from both sides is very difficult to

10:49:39 20  predict?

10:49:42 21  A.   It's very difficult to predict in a general sense.

10:49:46 22       It's not that difficult to predict when they are in

10:49:48 23  proper polarity.  It's when the opposite polarity occurs and

10:49:53 24  the timing is not the same that it becomes difficult to

10:49:56 25  predict.

**OFFICIAL TRANSCRIPT**

10:49:56   1    Q.    Understood.

10:50:05   2          Now, as originally performed and recorded by DNV, the

10:50:11   3    tests that were done with the PETU, the portable electronic

10:50:14   4    testing unit, and powering up the SEMs, in each case where DNV

10:50:21   5    selected the PETU option that should power both SEMs, DNV

10:50:26   6    recorded that the solenoid activated, right?

10:50:30   7    A.    Now, are you talking about the original test recordings or

10:50:32   8    after we understood the PETU?

10:50:35   9    Q.    I'm talking about when they did the tests.  Somebody is

10:50:38  10    sitting there, they've flipped a switch on the PETU which says

10:50:44  11    test by sending power to both SEMs.  Then somebody's recording

10:50:46  12    down what happened when they conducted that test.  So that very

10:50:51  13    instant.  You're with me?

10:50:52  14    A.    So you're talking about the original test recordings?

10:50:54  15    Q.    Yes, sir.

10:50:54  16    A.    Yes.

10:50:55  17    Q.    So those original tests were recorded as we're testing on

10:50:58  18    both coils and the solenoid functions, correct?

10:51:01  19    A.    Well, sometimes they would test on one, sometimes they

10:51:04  20    would test on both.

10:51:04  21    Q.    I'm just asking about when they functioned on both

10:51:08  22    coils -- are you with me so far?

10:51:10  23          -- at the time when they selected the switch that

10:51:12  24    said we're testing on both coils, the solenoid activated,

10:51:16  25    correct?

**OFFICIAL TRANSCRIPT**

10:51:18  1   A.    Correct.

10:51:18  2   Q.    You have reinterpreted those results in your report,

10:51:18  3   correct?

10:51:27  4   A.    Correct.

10:51:27  5   Q.    In addition, I think, you indicated a reinterpretation of

10:51:34  6   the tests that had been conducted the day before, on March 3rd,

10:51:39  7   where in each case DNV wrote down that it was testing the

10:51:45  8   solenoid on one just coil, correct?

10:51:47  9   A.    No, I think the day before they were testing it on -- they

10:51:50 10   thought they were testing it -- actually, I don't remember now.

10:51:53 11   I'd have to look at it.  I'm confusing myself on the two days.

10:51:56 12        The March 3rd testing was done with one PETU trying

10:52:03 13   to energize both coils, is what I remember.  I'd need to look

10:52:08 14   at the test results because it's kind of complicated.

10:52:10 15   Q.    Well, you need to know which PETU they were using, too,

10:52:14 16   don't you?

10:52:14 17   A.    They didn't record on March 3rd -- I do remember that --

10:52:16 18   they didn't write down which PETU they were using, but they

10:52:20 19   also had a valve that didn't work.  So the explanation would be

10:52:22 20   that it didn't work probably because it has two coils

10:52:25 21   energized.

10:52:26 22   Q.    Your theory that you used to reinterpret these results --

10:52:30 23   let me step back for a second and make a point that I'm not

10:52:33 24   sure everybody is clear on.

10:52:35 25        DNV had two different PETU's, correct?

**OFFICIAL TRANSCRIPT**

10:52:38  1   A.    Correct.

10:52:38  2   Q.    They were using both of them over the course of several

10:52:41  3   days, correct?

10:52:41  4   A.    That's correct.

10:52:42  5   Q.    Your report says that those two PETU's were wired in

10:52:48  6   different ways, correct?

10:52:48  7   A.    That's based on the DNV testing subsequent to that, that

10:52:54  8   demonstrated they were wired -- they didn't function in the way

10:52:57  9   that DNV thought they did while they were using them.

10:52:59 10   Q.    Not only didn't function the way people thought they would

10:53:02 11   be functioning, each unit functioned differently than the

10:53:08 12   other, correct?

10:53:10 13   A.    I believe that's correct, yes.

10:53:11 14   Q.    So you had to be able to tell which PETU unit they were

10:53:17 15   using for you to reinterpret the results several months or a

10:53:21 16   year later, correct?

10:53:22 17   A.    Correct.

10:53:22 18   Q.    Let's pull up the March -- just a sample of the March 4

10:53:33 19   test, the notes that were recorded in DNV's lab book,

10:53:42 20   TREX-3130.371.  3130.37.1.

10:53:49 21        So this is a March 4th test.  I'm going to put up

10:53:52 22   your chart for that in just a second.

10:53:53 23        We see here where we're indicating in the notes which

10:53:58 24   PETU we're using.  Do you see where -- it says March 4th there

10:54:01 25   at the top.  Do you see that?

**OFFICIAL TRANSCRIPT**

10:54:02 1   A.   Yes.

10:54:03 2   Q.   Okay.  March 4, 2011.

10:54:06 3        Then I've highlighted some information a little

10:54:08 4   further down the page, "PETU and laptop connected to

10:54:14 5   Yellow Pod," do you see that?

10:54:14 6   A.   Yes.

10:54:14 7   Q.   Then it says, "PETU serial number," correct?

10:54:20 8   A.   Yes.

10:54:20 9   Q.   That allows you to tell which PETU they are using, right?

10:54:24 10  A.   Correct.

10:54:24 11  Q.   That information was not recorded on the March 3rd tests,

10:54:29 12  the tests that were done the day before, correct?

10:54:32 13  A.   That's correct.

10:54:32 14  Q.   Let's pull up 22729.22.1.

10:54:51 15       This is the test as reported for March 4th in your

10:54:57 16  report, correct?

10:54:59 17  A.   That's correct.

10:54:59 18  Q.   I think there was a typo in your report.  You had

10:55:01 19  indicated these were March 2nd; but, we're all agreed these are

10:55:05 20  March 4th, correct?

10:55:05 21  A.   I believe that's correct, yes.

10:55:06 22  Q.   I think you had a demonstrative for that.  Let's pull up

10:55:10 23  D-4898.

10:55:16 24       So this is just the same tests that were on the

10:55:20 25  earlier report -- sorry, on the chart that's in your report,

**OFFICIAL TRANSCRIPT**

10:55:23  1    correct?

10:55:23  2    A.    Correct.

10:55:23  3    Q.    Now, let me just reorganize those a little bit, so I

10:55:28  4    reorganize them by type.  Pull up D-4898.1TO.

10:55:34  5          MR. COLLIER:  Your Honor, if I just may point something

10:55:36  6    out, this demonstrative was actually corrected to D-4898, and

10:55:40  7    was circulated to the parties.

10:55:43  8          MR. DOYEN:  You know, I did know that.  If we pulled up

10:55:47  9    the wrong one, that's just an error here in the courtroom.

10:55:47 10          When we go to the next one, I think we have them

10:55:57 11    right.  Let's find that out.

10:55:57 12          Thank you.  Sorry for that, Your Honor.

10:56:03 13          4898A.  Then we have a .1 version of that,

10:56:13 14    correct?

10:56:13 15    BY MR. DOYEN:

10:56:16 16    Q.    All right.  So in this page here, I've just got the tests

10:56:18 17    of Solenoid 103Y.  Are you with me so far?

10:56:22 18    A.    Yes.

10:56:22 19    Q.    Now, I've just grouped at the top all of the tests that

10:56:27 20    you indication are on solenoid -- are on one coil or the other,

10:56:27 21    correct?

10:56:35 22    A.    Yes.

10:56:35 23    Q.    One moment.

10:56:47 24          Sorry, we just clipped that off a little too far.  I

10:56:51 25    didn't mean to omit a column.

**OFFICIAL TRANSCRIPT**

10:56:53   1          So each time the solenoid was functioned with one

10:57:00   2    coil only, each time the SEM sends power from only one side,

10:57:07   3    the solenoid functioned, correct?

10:57:11   4    A.    Correct.

10:57:11   5    Q.    So a reverse-wired solenoid will work on either coil,

10:57:17   6    correct, if that coil alone is activated?

10:57:19   7    A.    Correct.

10:57:20   8    Q.    Even though we've got this reverse-wired -- let us suppose

10:57:25   9    for the moment that what we want the solenoid to do is to push

10:57:27  10    up?

10:57:27  11    A.    Right.

10:57:28  12    Q.    Even though we've got it reverse-wired, that doesn't

10:57:31  13    result in the solenoid moving in the other direction if just

10:57:35  14    one coil is operated, does it?

10:57:36  15    A.    Correct.

10:57:36  16    Q.    Either way, A or B coil, it's going to move up in the

10:57:40  17    proper direction and do what it's supposed to do if we're only

10:57:43  18    on one coil?

10:57:44  19    A.    Correct.

10:57:44  20    Q.    That's what happened every time?

10:57:46  21    A.    Yes.

10:57:48  22    Q.    Then, on the three tests that were conducted on the 4th by

10:57:59  23    DNV where they operated on both coils, it functioned one time

10:58:05  24    and did not function two times, correct?

10:58:07  25    A.    Correct.

**OFFICIAL TRANSCRIPT**

10:58:08  1   Q.   Now, let's turn to the three AMF tests.

10:58:34  2        I believe you indicated -- I wrote this down, and

10:58:37  3   then I could check on the screen to make certain I got this

10:58:39  4   right -- that during the AMF test, the design is that once we

10:58:44  5   begin this test, the AMF operates just like it would during

10:58:49  6   actual operations; is that correct?

10:58:53  7   A.   I'm sorry, the what operates?

10:58:54  8   Q.   The AMF operates just like it would in normal operations?

10:59:00  9   A.   Well, the AMF is not used in --

10:59:02 10   Q.   The AMF -- I'm sorry, I did use the wrong word there.

10:59:08 11   We're talking about actual operation when you're functioning

10:59:10 12   the AMF system, okay.

10:59:14 13        Let me back up and use a better word like "actual"

10:59:17 14   instead of "normal."

10:59:18 15        You said on direct that in these AMF tests, once we

10:59:24 16   disconnected the power and the hydraulic connection to the

10:59:28 17   unit, it operated just like they would during actual

10:59:32 18   operations?

10:59:33 19   A.   The individual SEMs operate just like they would, using

10:59:36 20   the same software and the same power system.

10:59:38 21   Q.   I want to understand the test setup as described by DNV to

10:59:49 22   conduct this test.

10:59:50 23        Let's pull up TREX-43093.63.1.

11:00:02 24        I don't think that's right.  Is it 63.1?  Okay.

11:00:11 25        First, we agree electrical power and communication is

**OFFICIAL TRANSCRIPT**

11:00:15  1    supplied via the PETU to the unit -- right -- which is

11:00:20  2    simulating the MUX cables that are present during normal

11:00:24  3    operation, right?

11:00:26  4    A.    Correct.

11:00:26  5    Q.    Let's pull up 43093.64.1.

11:00:36  6          Then the AMF/Deadman function is activated, we arm

11:00:42  7    both SEM A and SEM B, correct?

11:00:44  8    A.    Correct.

11:00:44  9    Q.    43093.64.2.

11:00:56 10          Now the pressure on the system for each pod is bled

11:01:01 11    to zero to simulate the loss of hydraulics as might occur in a

11:01:07 12    real emergency AMF operation, correct?

11:01:09 13    A.    Correct.

11:01:09 14    Q.    Then, finally, the connection from the laptop PETU to the

11:01:14 15    Yellow Pod is removed to simulate the loss of electrical

11:01:19 16    communication to the rig, right?

11:01:20 17    A.    That's correct.

11:01:21 18    Q.    This test was intended to operate the solenoid with both

11:01:30 19    SEMs, correct?

11:01:32 20    A.    Correct.

11:01:32 21    Q.    Then, finally, to determine whether or not this solenoid

11:01:42 22    functions, they weren't just listening for a click, correct?

11:01:46 23    A.    Not during the AMF test, no.  They had pressure set up.

11:01:49 24    Q.    So, in other words, the solenoid functions, as we

11:01:52 25    indicated in your illustration, that opens a valve, fluid flows

OFFICIAL TRANSCRIPT

11:01:56 1  through the valve, down a line under pressure, correct?

11:02:00 2  A.    Correct.

11:02:00 3  Q.    Then that pressure is read by some gauge that's been set

11:02:05 4  up just for the purpose, correct?

11:02:06 5  A.    That's correct.

11:02:06 6  Q.    In fact, in all three of these tests, for varying lengths

11:02:14 7  of time -- which I'll come back to in just a minute -- in all

11:02:17 8  three of these tests, the solenoid pulled down, we got fluid

11:02:22 9  flowing across, just as is required to activate the blind shear

11:02:25 10 rams, and we recorded it and saw the correct pressure for that

11:02:29 11 fluid at that time, correct?

11:02:31 12 A.    That's correct.

11:02:31 13 Q.    Now, you said on your direct examination that you think

11:02:46 14 the reason these three tests that mimic actual operation of AMF

11:02:53 15 in emergency circumstances functioned the solenoid is because,

11:02:58 16 I think, as you put it, one of the batteries had its last

11:03:01 17 hurrah coincidentally during the first test, correct?

11:03:06 18 A.    During the first test of the reverse-wired valve.  It was

11:03:11 19 actually a test just prior to that where both SEMs did operate.

11:03:14 20 Q.    Understood.  But focusing on these three tests, we had

11:03:17 21 three tests in a row of Solenoid 103Y, the one that was on the

11:03:21 22 rig at the time of the explosion, correct?

11:03:22 23 A.    Correct.

11:03:22 24 Q.    Then you say one of the 9-volt batteries gave out its last

11:03:28 25 hurrah during the middle of that test, correct?

**OFFICIAL TRANSCRIPT**

11:03:31  1    A.    That's correct.

11:03:31  2    Q.    You understood you are the fourth expert in this trial to

11:03:35  3    testify concerning these tests, aren't you, these AMF tests?

11:03:40  4    A.    I haven't kept count.  I don't know.

11:03:42  5    Q.    No other expert, to your knowledge, has voiced support for

11:03:46  6    your theory that a battery died during these AMF tests; isn't

11:03:51  7    that true?

11:03:51  8    A.    I don't know.  I was thinking maybe the witness for the

11:03:58  9    U.S. Government may have opined on that.

11:03:59 10    Q.    Well, the record will show what the record will show on

11:04:01 11    that.  His report is to the contrary.

11:04:05 12         I think you indicated that these batteries might well

11:04:10 13    have given up the ghost, or one of them, because they were

11:04:12 14    about five years old; do you recall that saying that?

11:04:14 15    A.    Correct.  I may have misspoken on that.  I was thinking of

11:04:18 16    the dates on the --

11:04:18 17    Q.    You might have.  Let's see, 22740.29, please.

11:04:26 18         This is a page from the U.S. Government's expert.

11:04:28 19    Let's look at the very top section there.  Let's highlight the

11:04:31 20    information there on the date of manufacture for the batteries

11:04:35 21    in this pod.

11:04:37 22         There you go.  All the way across, if you could,

11:04:39 23    Mr. Nichols.  You're a little low.

11:04:42 24         April '09, April '09, May '09, April '09, April '09.

11:04:49 25    Do you see that?

**OFFICIAL TRANSCRIPT**

11:04:50  1           Then we even get, for the benefit of those of us who
11:04:52  2   might not know how to read these documents, a line down below
11:04:55  3   that says date code translation that translate those codes into
11:05:01  4   April, May and April '09.  Do you see that?
11:05:02  5   A.    Yes.
11:05:03  6   Q.    You indicated, I believe, that one of these 9-volt
11:05:15  7   batteries may have died based on testing that was done in
11:05:18  8   June of 2011, correct?
11:05:22  9   A.    Correct.
11:05:22 10   Q.    That was three months after these tests, correct?
11:05:30 11   A.    Well, the AMF tests were done in March.
11:05:33 12   Q.    Correct.  April, May, June.  Three months later.  That's
11:05:36 13   the tests we're talking about?
11:05:37 14   A.    I'm sorry, which tests?  I've lost --
11:05:39 15   Q.    This battery test you're relying on to say this one gave
11:05:44 16   up its ghost in March was conducted in June, correct?
11:05:46 17   A.    Well, they would have done some -- I think they did some
11:05:48 18   unloaded testing immediately after the AMF testing.
11:05:51 19   Q.    Well, indeed.  I think we saw that just a moment ago, in
11:05:53 20   which those indicated the 9-volt battery for SEM A was
11:05:59 21   8.53 volts, and SEM B was 8.12 volts, correct?
11:06:04 22   A.    In an unloaded condition, yes.
11:06:06 23   Q.    You don't discuss this battery theory in your report at
11:06:09 24   all, do you?
11:06:12 25           This theory that a battery died during the DNV

**OFFICIAL TRANSCRIPT**

11:06:16  1  testing of AMF is not discussed in your report; isn't that

11:06:20  2  true?

11:06:20  3  A.   That's correct.

11:06:21  4  Q.   One way to test your theory that the reason the batteries

11:06:33  5  functioned for DNV in actual conditions as they would have

11:06:37  6  pertained on April 20th, one way to test your theory that that

11:06:43  7  happened as a result of a bad battery would be to put in a new

11:06:46  8  battery and run the test again, correct?

11:06:47  9  A.   Yes.

11:06:49 10  Q.   You haven't done that, have you?

11:06:51 11  A.   No.

11:06:51 12  Q.   As far as you know, BP hasn't done that?

11:06:59 13  A.   I don't know if any further testing was done by anyone.

11:07:02 14  Q.   I didn't hear you.  I'm sorry.  You're not aware of any

11:07:04 15  testing by anyone?

11:07:04 16  A.   I'm not aware of any testing by anyone with a new battery,

11:07:07 17  no.

11:07:08 18  Q.   You do know that Transocean attempted to do some testing

11:07:11 19  on this scenario, what will happen with the AMF system with a

11:07:17 20  reverse-wired solenoid when we function under actual

11:07:20 21  circumstances, actual operating circumstances, correct?

11:07:23 22  A.   There was some testing done by Transocean, but I don't

11:07:26 23  recall it being under actual conditions.

11:07:27 24  Q.   You understand that Transocean took a reverse-wired

11:07:32 25  solenoid -- I believe they did not use pressure, which is a

**OFFICIAL TRANSCRIPT**

11:07:35  1   criticism you make -- but they then put it into the SEM,

11:07:38  2   disconnected the electrical power -- simulating, again, the

11:07:41  3   loss of MUX communication, right -- then waited to see if the

11:07:47  4   solenoid activated; do you recall that?

11:07:49  5   A.   Yes.

11:07:49  6   Q.   Nobody else has done any further tests like the DNV tests,

11:07:53  7   correct?

11:07:55  8   A.   The DNV test with pressure, you mean?

11:07:57  9   Q.   Yes.

11:07:58 10   A.   Yeah.  No, I don't think anyone else has tested it under

11:08:00 11   pressure.

11:08:23 12       MR. DOYEN:  One moment, Your Honor.

11:08:29 13   BY MR. DOYEN:

11:08:29 14   Q.   Now, let's pull up 22729.23.4.

11:09:05 15       Now, you state in your report, and you agree, that,

11:09:09 16   in fact, Solenoid Valve 103 was replaced on the

11:09:11 17   *Deepwater Horizon*'s Yellow Pod in February 2010, two months

11:09:16 18   prior to the incident?

11:09:18 19   A.   Correct.

11:09:18 20   Q.   You understand, don't you, that, in fact, checking for

11:09:34 21   solenoids that may be indicating some kind of fault is a part

11:09:37 22   of routine maintenance that's done between rig moves, don't

11:09:52 23   you?

11:09:52 24   A.   There is some fault testing -- I remember reading some

11:09:52 25   stuff recently that had to do with coil fault testing.

**OFFICIAL TRANSCRIPT**

11:09:52 1    Q.   Let's look at TREX-5102.3.1.  You do understand that it's

11:09:57 2    customary for most of the maintenance done on a BOP to be done

11:09:59 3    when it is brought up to the surface and put up on the rigs,

11:10:03 4    correct?

11:10:03 5    A.   Correct.

11:10:04 6    Q.   Hard to do that subsea.

11:10:05 7         You can see here the schedule for the pre-Macondo

11:10:11 8    work, troubleshooting coil faults, Blue Pod, Yellow Pod; do you

11:10:17 9    see that?

11:10:17 10   A.   Correct.

11:10:18 11   Q.   There is an indication as of the date of this record as to

11:10:21 12   the state of completion there; do you see that?

11:10:24 13   A.   I don't see the date.  Where is the date?

11:10:26 14   Q.   I'm sorry, I'm just saying as of the date of this

11:10:28 15   particular document, this report is reporting the status of

11:10:32 16   completion of that task, right?

11:10:33 17   A.   Yes.

11:10:33 18   Q.   Let's look at a contemporaneous e-mail from Mr. Guidry,

11:10:39 19   instead of one just after the fact, as the U.S. put up a

11:10:44 20   minute.  Let's look at 3797.4.1.

11:10:49 21        Do you see here where Mr. Guidry is indicating in

11:10:53 22   late January, 31st of January, 2010, that he's going to be

11:10:57 23   working on changing out various solenoids; do you see that?

11:11:02 24   A.   Yes.

11:11:03 25   Q.   You're aware, in fact, that there is physical evidence

**OFFICIAL TRANSCRIPT**

11:11:07  1   that corroborates Mr. Guidry's statement that he replaced

11:11:14  2   Solenoid 103 in February 2010, aren't you?

11:11:17  3   A.   I don't recall specifically, but I'll take your word for

11:11:19  4   it.

11:11:19  5   Q.   You've seen pictures of the solenoid that show it's got a

11:11:22  6   hand-painted date on it of 2/1 or 2/2, 2010; do you recall

11:11:26  7   that?

11:11:26  8   A.   I do recall that, yes.

11:11:27  9   Q.   We also saw indications -- we also saw an e-mail that the

11:11:42 10   Government put up just a minute ago in which Mr. Guidry

11:11:45 11   described all of the various times he did PETU testing in

11:11:48 12   connection with changing out these solenoids and making certain

11:11:52 13   that they were functioning once he got them on the pod; do you

11:11:55 14   recall that?

11:11:55 15   A.   Yes.

11:11:55 16   Q.   Let's look at TREX-5097.1.1.

11:12:19 17        This is a Cameron procedure for refurbishing

11:12:23 18   solenoids, refurbishing and testing solenoids.

11:12:30 19        I think you stated in your direct, maybe it was in

11:12:33 20   your report, that these solenoids should have been tested with

11:12:36 21   a procedure like this either when they were refurbished or when

11:12:40 22   they were put on the unit to make certain that they didn't have

11:12:43 23   a reverse polarity problem, correct?

11:12:46 24   A.   Correct.

11:12:46 25   Q.   In your view, one of the ways this test would show that is

**OFFICIAL TRANSCRIPT**

11:12:51  1    testing required by Cameron's policy required testing on both

11:12:55  2    coils simultaneously, correct?

11:12:55  3    A.   I recall that there was a test with one and then both.  I

11:13:01  4    don't remember if it was this exact serial number test.

11:13:04  5    Q.   Let's just pull up 5097.6.1, which is just a page in the

11:13:09  6    document that just shows what you asked about.

11:13:12  7         So we can see, up above there's -- you can barely see

11:13:15  8    it a little bit behind the cull-out -- do you see where it

11:13:17  9    says:  "Function test with one coil activated"?

11:13:20 10         Then, I'm called out the one below that, that says:

11:13:23 11    "Function test with both coils activated."  Do you see that?

11:13:26 12    A.   Yes.

11:13:26 13    Q.   This is the kind of test that you say should have been

11:13:32 14    performed to reveal this polarity before this solenoid ended up

11:13:37 15    on the pod, correct?

11:13:38 16    A.   Correct.

11:13:38 17    Q.   In fact, DNV did this test pursuant to this procedure on

11:13:45 18    this solenoid, didn't they?

11:13:48 19    A.   I don't recall.  I mean, I presume they did.  I don't

11:13:51 20    specifically remember that.

11:13:51 21    Q.   Well, in fact, do you recall that DNV reported that when

11:13:55 22    it performed this test pursuant to this policy, Solenoid 103

11:14:01 23    passed that test; do you recall that?

11:14:03 24    A.   Not specifically, no.

11:14:04 25    Q.   Let's look at 43093.59.1, reporting the bench testing of

**OFFICIAL TRANSCRIPT**

1    the original Solenoid 103Y functioned as intended in accordance

2    with the manufacturer's specifications.

3            Then they list as the specifications the very

4    document we were just looking at a moment ago which requires

5    testing on one coil and then testing on both coils.

6    A.   I don't recall this specific test.  So you're presenting

7    that this was a test with both coils energized at the same

8    voltage?

9    Q.   The policy we just looked at down below, that DNV

10   footnotes as the manufacturer's specifications, is the document

11   we just looked at, Refurbishment Procedure for Cameron Solenoid

12   Valves.  We just looked at that exact document with those Bates

13   numbers on it, and it requires testing on one coil and then

14   testing on both coils simultaneously.  We just looked at that.

15   A.   Okay.  Looking at the cull-out there, it says Coil B was

16   energized.  Is there something above that says Coil A was

17   energized as well?

18   Q.   Sure, we can pull out the whole paragraph.

19   A.   Okay, I've read that.  What was the question?

20   Q.   I didn't have a further questions.  You just asked to

21   see --

22   A.   Oh, I'm sorry.  Yeah, because I couldn't see.

23           It's still not clear to me exactly what they're doing

24   here; but, okay, I've read it.

25   Q.   You understand the document reports from DNV that the

**OFFICIAL TRANSCRIPT**

11:15:59  1   bench testing of the original solenoid functioned as intended

11:16:02  2   in accordance with the manufacturer's specifications citing the

11:16:06  3   very test procedure we just looked at?

11:16:07  4   A.   Correct.

11:16:08  5   Q.   You don't have any reason to think that when DNV did this

11:16:12  6   test and reported this result, they weren't really doing the

11:16:15  7   test that was required in the specification, do you?

11:16:18  8   A.   I'd like to see the log of how they did it because this is

11:16:20  9   sort of a general statement.

11:16:22 10        I also said earlier, passing this test doesn't mean

11:16:25 11   it's going to work.  I said, if it fails this test, it means it

11:16:29 12   won't work.

11:16:29 13   Q.   But your testimony --

11:16:30 14   A.   I clearly said passing this test was not definitive.

11:16:32 15   Q.   But your criticism of Transocean was that it didn't

11:16:35 16   conduct this test, and this test would have revealed the

11:16:37 17   problem.

11:16:38 18        As I now understand, what you're saying was, well,

11:16:40 19   maybe it wouldn't reveal the problem.  Of course, if it did

11:16:43 20   reveal the problem, we should do something, which I think we

11:16:46 21   would all agree upon.

11:16:48 22        THE COURT:  Mr. Doyen, was that a question?

11:16:49 23        MR. DOYEN:  Yes, I should have put something at the end

11:16:53 24   of that.  I kind of ran out of a feeling of where the

11:16:53 25   grammar --

**OFFICIAL TRANSCRIPT**

11:16:53  1          THE COURT:  Sounded more like a commentary to me.

11:16:56  2          MR. DOYEN:  Yes, it was a little bit of commentary,

11:16:58  3   Your Honor.

11:16:58  4   BY MR. DOYEN:

11:17:00  5   Q.    You observed, I think, at some point in the examination,

11:17:05  6   that Cameron had done some testing after -- after the incident,

11:17:12  7   around the September 2010 time frame; do you recall that?

11:17:15  8   A.    Yes.

11:17:16  9   Q.    That was testing done for another customer which had

11:17:19 10   discovered some problematic solenoids on its rig, correct?

11:17:24 11   A.    That's correct.

11:17:24 12   Q.    Let's pull up 5165.1.1.

11:17:35 13          MR. DOYEN:  I apologize, Your Honor.  I lost my way in

11:17:37 14   that.  I couldn't figure out how to make a question at the end,

11:17:42 15   so I just gave up.

11:17:43 16          THE COURT:  You have to do what the legislatures do.

11:17:46 17   You know, in the legislature, they stand up and make these

11:17:48 18   speeches, and at the end they say, did you know.

11:17:55 19          MR. DOYEN:  I thought I could have added that at the

11:17:57 20   end.

11:17:57 21          THE COURT:  The same rules are supposed to apply there,

11:17:59 22   that they only ask questions.

11:18:02 23          MR. DOYEN:  I didn't think tacking that on the end of

11:18:04 24   it would improve the circumstances all that much.

11:18:04 25   BY MR. DOYEN:

**OFFICIAL TRANSCRIPT**

11:18:08 1   Q.   This is the September 15th letter you're talking about,

11:18:08 2   correct --

11:18:12 3   A.   Correct.

11:18:12 4   Q.   -- by Cameron, addressed to whom it may concern?

11:18:17 5         Let's look up TREX-75235.1.2.

11:18:23 6         This is a field performance report that went with

11:18:29 7   this, indicates that these solenoids went in service on

11:18:32 8   17 June 2010; do you see that?

11:18:33 9   A.   Yes.

11:18:34 10  Q.   Then there is a failure.  Failure was found after field

11:18:39 11  operations.  Date of that incident was 10 of July, 2010,

11:18:43 12  correct?

11:18:43 13  A.   Correct.

11:18:43 14  Q.   This is for another customer.

11:18:49 15        MR. DOYEN:  You know, I think I should say, Your Honor,

11:18:52 16  Cameron had requested confidentiality for the identity of the

11:18:55 17  customer, so that when we post this document, we'll redact that

11:18:59 18  information out, which is of no particular consequence.

11:18:59 19  BY MR. DOYEN:

11:19:05 20  Q.   Now, let's go to TREX-5165.2.2TO.

11:19:22 21        We were looking at this chart just a few minutes ago

11:19:24 22  during the examination by the United States, I believe.  Do you

11:19:28 23  recall this?

11:19:29 24        I think she had highlighted there that sentence that

11:19:32 25  says:  "It's vital to check function with both coils

**OFFICIAL TRANSCRIPT**

11:19:35 1   activated."  Do you see that?

11:19:36 2   A.   Yes.

11:19:36 3   Q.   Then it goes on to say:  "This step is in the solenoid

11:19:42 4   test procedure and was in the procedure during the assembly and

11:19:46 5   the testing time for these solenoids."  Do you see that?

11:19:51 6   A.   Yes.

11:19:54 7   Q.   You understand --

11:19:54 8   A.   Is that the same -- excuse me.  Is that the same test

11:19:56 9   procedure number that we looked at before?

11:19:57 10  Q.   This is a later test procedure.  It contains the same,

11:20:00 11  test on both -- test on one coil, both coils, and then test

11:20:03 12  both simultaneously.  Subsequent version --

11:20:05 13  A.   But it is a different version of the test procedure.

11:20:08 14  Q.   Yes, sir.

11:20:12 15           Let's put up --

11:20:14 16           Cameron decided to take corrective action as a result

11:20:16 17  of that; do you recall that from your review of this letter?

11:20:19 18  A.   Yes.

11:20:20 19  Q.   And their corrective action was to modify their test

11:20:25 20  procedure to use for these solenoids, correct?

11:20:29 21  A.   Correct.

11:20:29 22  Q.   Let's look at TREX-5165.2.3.

11:20:37 23           Corrective action, the first corrective action is to

11:20:39 24  put in the test some little piece of paper, a chart where the

11:20:43 25  results can be written, which they think will be helpful.

**OFFICIAL TRANSCRIPT**

11:20:45 1    Fine, sounds like good practical advice.

11:20:49 2            The second point is:  "Function test with both

11:20:51 3    activated coils should have instructions to watch for a drop in

11:20:56 4    pressure to 0 psi."  Do you see that?

11:20:58 5    A.    Correct.

11:20:59 6    Q.    The previous procedure did not have that instruction.  We

11:21:03 7    saw that just a minute ago, correct?

11:21:05 8    A.    Correct.

11:21:06 9    Q.    There, Cameron notes that if this happens, if you watch

11:21:10 10   for this pressure drop to 0 psi, it's likely that the solenoid

11:21:14 11   has reverse polarity, so the coil termination points should be

11:21:18 12   checked.  Do you see that?

11:21:19 13   A.    Yes.

11:21:20 14   Q.    Then Cameron put this out to whoever needed to know this

11:21:25 15   several months after the incident, correct?

11:21:32 16   A.    I don't know who they put it out to.  I don't know.

11:21:33 17   Q.    I'm really focusing more on the fact that this advisory,

11:21:37 18   to whoever it went, went out in September of 2010, several

11:21:39 19   months after the incident, correct?

11:21:41 20   A.    Correct, it was after the incident.

11:21:41 21   Q.    Several months after Mr. Guidry did his testing on the

11:21:44 22   solenoids he was installing back in February 2010, correct?

11:21:48 23   A.    I don't recall the dates, but I'll take your word for it.

11:21:51 24   Q.    The date the solenoid was installed, January --

11:21:54 25   A.    Oh, I'm sorry.  Okay.  I thought you meant there were some

**OFFICIAL TRANSCRIPT**

11:21:57 1   other tests.  Okay, I agree.

11:22:15 2        MR. DOYEN:  Your Honor, may I consult for just a

11:22:15 3   moment?

11:22:15 4   BY MR. DOYEN:

11:22:53 5   Q.   Can we pull up TREX-1195.223.2.

11:23:04 6        Going back to the subsea department activity reports,

11:23:06 7   again, for the rig move period just before the unit was

11:23:10 8   splashed at Macondo.  Are you with me on the date time frame?

11:23:13 9   A.   I'm sorry, what was it?

11:23:14 10  Q.   The date time frame for was 31 January 2010, just before

11:23:18 11  the unit was splashed at Macondo.

11:23:20 12  A.   Correct.

11:23:20 13  Q.   Do you see where it indicates:  "Change out the pod

11:23:24 14  filters on both pods"?

11:23:25 15  A.   Correct.

11:23:25 16  Q.   Do you understand the purpose of that procedure?

11:23:27 17  A.   Yes.

11:23:30 18  Q.   What is the purpose?

11:23:31 19  A.   The pod filters are filtering the hydraulic fluid that's

11:23:37 20  used on the pod.

11:23:38 21  Q.   Let's look at TREX-52683.1.1.

11:23:49 22        So this is just -- this is just the first page of an

11:23:52 23  RMS report summarizing the maintenance on the BOP.

11:23:56 24        Let's look at 52683.787.1.  A little bit hard to read

11:24:13 25  that.  Can we enlarge maybe those various entries, Mr. Nichols,

**OFFICIAL TRANSCRIPT**

11:24:18  1    further?  Or is that not going to work?  I'll just read them

11:24:22  2    out.

11:24:23  3            January 28th, "replace pod water filters, check

11:24:26  4    operation of system pumps."

11:24:28  5            February 23rd, "swapped filter towers" -- this is the

11:24:32  6    30-day BOP fluid mixing system -- "swapped filter towers, drew

11:24:36  7    up samples."  Do you see that?

11:24:38  8    A.   Just barely, but yes.

11:24:39  9    Q.   Do you know what kind of maintenance that refers to?

11:24:42 10    A.   Not specifically, no.

11:24:44 11         THE COURT:  Mr. Doyen, could you just remind me again,

11:24:46 12    so I can keep this all in context -- I don't know if this is in

11:24:50 13    dispute -- the date the BOP was splashed again for the

11:24:59 14    *Deepwater Horizon* at Macondo.  Was it January?

11:25:02 15         MR. DOYEN:  No, Your Honor.  I'm sure it's not in

11:25:05 16    dispute, but I'm not going to be able to give an you exact

11:25:07 17    date.  It's February 6, 7, somewhere right around there.

11:25:09 18         THE COURT:  February 6th or 7th.

11:25:10 19         MR. DOYEN:  Yes.

11:25:10 20         THE COURT:  Okay.  Thank you.

11:25:10 21    BY MR. DOYEN:

11:25:15 22    Q.   Then February 23rd -- in other words, this is a task

11:25:17 23    that's being done on the filter towers for the hydraulic system

11:25:22 24    after the unit has been splashed, correct, February 23rd?

11:25:27 25    A.   Yeah, I think that's --

                            **OFFICIAL TRANSCRIPT**

11:25:27 1    Q.    You'll take my representation?

11:25:27 2    A.    -- this is maintenance that's being done on the surface,

11:25:30 3    right.

11:25:30 4    Q.    On March 19th, we can see, compared analysis from Houghton

11:25:37 5    and ours on the rig, and they are within tolerance.

11:25:40 6              Do you know what Houghton is?

11:25:44 7    A.    No.

11:25:44 8    Q.    It's the BOP fluid supplier.  The crew regularly sends

11:25:49 9    samples of the BOP hydraulic fluids to Houghton to have them

11:25:54 10   analyzed for testing.  Do you see that?

11:25:55 11   A.    Yes.

11:25:55 12   Q.    Appropriate work to be doing on the BOP filter system?

11:25:59 13   A.    I would assume so, yes.

11:26:00 14   Q.    Then on April 11th, 2010, checked inside the tank.

11:26:05 15              Again, we're in the BOP fluid mixing system.

11:26:07 16              Checked inside the tank for fungal mass, none found,

11:26:11 17   filter on circulation, pumps changed; do you see that?

11:26:15 18   A.    Yes.

11:26:16 19   Q.    Now, this solenoid was not -- I think you said on this

11:26:26 20   your direct already, but I want to make certain I get clear on

11:26:29 21   the timing -- this solenoid was disassembled and photographed

11:26:33 22   until over a year after the incident; isn't that correct?

11:26:35 23   A.    That's correct.

11:26:36 24   Q.    You are aware there has been testimony in this case that

11:26:41 25   the solenoids, if left stagnant after having been subsea, can

**OFFICIAL TRANSCRIPT**

11:26:47 1    get various fungal growths?

11:26:49 2    A.   Yes.

11:26:49 3    Q.   You didn't do anything to rule out the possibility that

11:26:52 4    during this year period this system had become contaminated,

11:26:57 5    the solenoid had gotten various growths in a way that wouldn't

11:27:01 6    represent the state of condition on April 20th?

11:27:03 7    A.   That's correct.

11:27:04 8    Q.   Let's pull up 22729.13.1.

11:27:30 9         I'm changing subjects to the batteries.  We're trying

11:27:35 10   to go to a piece of your report when it pops up.

11:27:38 11        So these are the test conditions you report on the

11:27:44 12   battery in tests done in March of 2011, correct?

11:27:50 13   A.   That's correct.

11:27:51 14   Q.   We have the 9-volt -- both 9-volts and the 27-volt,

11:27:56 15   correct?

11:27:56 16   A.   Yes.

11:27:56 17   Q.   Then you say in your report -- I'm going to read this --

11:28:01 18   "DNV testing one year after the Macondo Incident determined

11:28:03 19   that both blue 9-volt batteries were still good under load."

11:28:09 20        Did I read that correctly?

11:28:10 21   A.   Yes.

11:28:11 22   Q.   You say:  "And that the 27-volt battery was bad without

11:28:17 23   any load."  Did I read that correctly?

11:28:19 24   A.   That's correct.

11:28:29 25        MR. DOYEN:  Your Honor, if I can approach our easel,

**OFFICIAL TRANSCRIPT**

11:28:31  1   just for purposes of comparison with the chart that we're going

11:28:34  2   to be putting up.

11:28:34  3   BY MR. DOYEN:

11:28:47  4   Q.   You said in your report, state of the 9-volt batteries is

11:28:52  5   good in March of 2011, and the 27-volt battery bad.

11:29:09  6            All right, let's pull up 22729.15.2.

11:29:44  7            All right.  We went over this before, so I don't

11:29:46  8   think we need to explain what this is.  This is your chart

11:29:49  9   showing possible starting conditions of the battery.

11:29:52 10            By starting conditions, we mean conditions on

11:29:54 11   April 20th, at the time of the incident, correct?

11:29:57 12   A.   That's correct.

11:29:57 13   Q.   Then our ending condition is sometime later, which we can

11:30:01 14   take to be when they are tested at Michoud?

11:30:06 15   A.   You could do that, yes.

11:30:07 16   Q.   So let's pull up TREX-22729.15.5.

11:30:16 17            Just so that it's readable and, again, to organize

11:30:20 18   them, I've pulled three similar entries all up at one time.

11:30:23 19   These are the three scenarios in which the 27-volt battery

11:30:28 20   starts out bad.  Do you see that?

11:30:30 21   A.   Yes.

11:30:30 22   Q.   You identified -- the first condition you considered was

11:30:34 23   the batteries are good, good, and bad on the 27, correct?

11:30:38 24   A.   Correct.

11:30:38 25   Q.   Your analysis showed that if those were the starting

**OFFICIAL TRANSCRIPT**

11:30:42 1    conditions, what we would end up with was all three batteries

11:30:47 2    being bad, correct?

11:30:48 3    A.   Using the analysis that I have in the middle applied to

11:30:51 4    the terms "good" and "bad," that would be correct.

11:30:56 5    Q.   You say the reason for that is that the inadequate 27-volt

11:31:02 6    power -- there is inadequate 27-volt power -- I'm sorry, I read

11:31:06 7    misread that -- inadequate 27-volt power available to disable

11:31:10 8    the AMF boards, correct?

11:31:12 9    A.   Correct.

11:31:12 10   Q.   As a result of that, the SEMs will continue to run and

11:31:16 11   also pull down the other two 9-volt batteries, correct?

11:31:19 12   A.   Correct.

11:31:19 13   Q.   That is the mechanism that gives us three bad batteries at

11:31:23 14   the end, right?

11:31:24 15   A.   That's correct.

11:31:24 16   Q.   That is not what we found at Michoud, correct?

11:31:28 17   A.   That's correct.

11:31:28 18   Q.   Then, similarly, in your next two scenarios, where you

11:31:33 19   first consider maybe one of the 9-volt batteries as weak, and

11:31:36 20   the other is maybe one of the 9-volt batteries is bad, but in

11:31:39 21   both cases the 27-volt battery is bad, we had the same result

11:31:44 22   and for the same reason, correct?  We end up in both cases with

11:31:48 23   all three batteries being bad, correct?

11:31:51 24   A.   That's correct.

11:31:52 25   Q.   That is not the circumstance we found at Michoud either,

**OFFICIAL TRANSCRIPT**

11:31:56 1  correct?

11:31:57 2  A.   That's correct.

11:31:57 3  Q.   Therefore, by your analysis, we can eliminate all three of

11:32:03 4  these possibilities, correct?

11:32:04 5  A.   Yes.

11:32:04 6  Q.   Your analysis, in fact, shows that on -- starting

11:32:10 7  condition on April 20, 2010, the 27-volt battery was not bad?

11:32:18 8  A.   Correct.  Bad in the sense as it's defined here.  It's

11:32:23 9  saying that the 27-volt battery is bad with some relevance to

11:32:26 10 it.  It's bad in the sense that it can't disable the AMF board,

11:32:31 11 but it can still be good enough to do some other functions.

11:32:34 12 It's all relative to what's the application when you're using

11:32:38 13 terms like "weak" and "good" and "bad."

11:32:39 14 Q.   It is bad as you defined it for your chart, correct?

11:32:42 15 A.   Right.  Inadequate 27 is available to disarm the board;

11:32:46 16 but, you may have 27 available to do some other things.

11:32:49 17 Q.   It is also bad, as you characterized the state of the

11:32:52 18 battery, in March 2011, according to the test, correct?

11:32:56 19 A.   Correct.

11:32:56 20 Q.   Now, you state in your report -- well, let's pull it.

11:33:07 21      22729.15.7TO.  We're going to look at the bottom

11:33:24 22 paragraph first.

11:33:25 23      DNV testing -- let me take it in order.  That will be

11:33:30 24 easier.

11:33:30 25      You say at the top of this chart -- -we're looking at

**OFFICIAL TRANSCRIPT**

11:33:33 1   the same page that has your battery chart.  Are you with me?

11:33:36 2   A.   Yes.

11:33:36 3   Q.   So at the top you say:  "A weak 27-volt battery cannot

11:33:41 4   operate the solenoid valves.  However, a weak 27-volt battery

11:33:47 5   can operate the AMF board with 15 volts and can operate the AMF

11:33:51 6   latch relay to set the AMF active status with approximately

11:33:55 7   9-volts."  Did I read that correctly?

11:33:58 8   A.   Yes.  That would be one definition of what weak might

11:34:02 9   mean.

11:34:03 10  Q.   The definition you set forth right here, correct?

11:34:05 11  A.   Correct.

11:34:05 12  Q.   Then you say, just below the chart we were just looking at

11:34:08 13  a moment ago:  "DNV testing one year after the Macondo

11:34:12 14  Incident" -- I'm skipping ahead -- "determined that 27-volt

11:34:16 15  battery was bad."  Do you see that?

11:34:17 16  A.   Yes.

11:34:18 17  Q.   Then you state:  "Going back in time, it's possible that

11:34:21 18  the 27-volt battery was only weak and not bad during the

11:34:26 19  incident."  Correct?

11:34:28 20  A.   That's correct.

11:34:28 21  Q.   So it is in your view possible that the battery was only

11:34:33 22  weak, in your sense, at the time of the incident, and

11:34:38 23  subsequently drained down to that virtually completely depleted

11:34:43 24  state we found it in, in March 2011, correct?

11:34:45 25  A.   Correct.

**OFFICIAL TRANSCRIPT**

11:34:46  1    Q.    You say in your report that 15 to 17 volts on the 27-volt

11:35:02  2    battery is required to energize the solenoid, don't you?

11:35:06  3    A.    Yes.

11:35:07  4    Q.    Then, in fact, you brought corroboration from that -- from

11:35:15  5    the report that we were looking at early from Interlink

11:35:18  6    Systems, correct?

11:35:18  7    A.    That's correct.

11:35:19  8    Q.    Let's pull up TREX-7410.1.

11:35:30  9            I think we were looking at this cover page before.

11:35:32 10    Just to be clear on this, although the cover page says,

11:35:34 11    "Cameron SEM Automatic Mode Function Test," this only looked at

11:35:37 12    the battery issues, correct?

11:35:38 13            This test -- this did not test the reverse-wired

11:35:42 14    solenoid; is that correct?

11:35:44 15    A.    Yes, that's my recollection.

11:35:45 16    Q.    Let's look at TREX-7410.2.1.

11:35:54 17            Interlink reports that testing determined that the

11:35:57 18    27-volt battery would need to produce a minimum of 15.7 volts

11:36:02 19    to successfully operate an AMF sequence.  Do you see that?

11:36:06 20    A.    Correct.

11:36:07 21    Q.    You did no testing of your own to determine how much

11:36:13 22    voltage was needed to operate these coils, did you?

11:36:16 23    A.    No.

11:36:30 24            MR. DOYEN:  One moment, Your Honor.

11:36:30 25    BY MR. DOYEN:

**OFFICIAL TRANSCRIPT**

11:36:37 1    Q.    There is no discussion in your report as to why a battery

11:36:43 2    can drain from weak to bad over a year after the accident, as

11:36:48 3    you say is possible, but it could not have drained from

11:36:53 4    15.7 volts to bad over the year after the accident; isn't that

11:36:53 5    true?

11:37:01 6    A.    I didn't specifically discuss what would happen over long

11:37:03 7    periods of time, no.  It was more that, at the event time, the

11:37:07 8    state of the batteries goes through a certain process, and you

11:37:10 9    end up with batteries in another state.  As more time passes,

11:37:14 10   those battery states could change.

11:37:15 11   Q.    As more time passes, the batteries can diminish in power,

11:37:20 12   correct?

11:37:20 13   A.    It depends on if they are still loaded or not, as well as

11:37:23 14   just passage of time.

11:37:37 15   Q.    All right.  I think you referred to at one point normal

11:37:55 16   operations.  You and I ended up in some inadvertent confusion

11:37:57 17   of that early on.

11:37:59 18          You had talked about normal operations when we have

11:38:00 19   the system working and everything connected to the rig and it

11:38:03 20   being powered -- the SEMs and the pods being powered from the

11:38:06 21   rig.  Do you recall that?

11:38:08 22   A.    Yes, I recall.

11:38:08 23   Q.    I think you indicated in your report that during normal

11:38:13 24   operation, once the pods -- once the AMF circuit is activated,

11:38:18 25   the AMF continuously monitors the subsea control system to see

OFFICIAL TRANSCRIPT

11:38:23   1    if the AMF/Deadman conditions have come into being, correct?

11:38:28   2    A.    Yeah, the AMF board itself is doing the monitoring; not

11:38:31   3    the entire SEM, but just that one board.

11:38:35   4    Q.    I'm sorry.  Okay.  So, in any case, once we arm the

11:38:38   5    system, it continually monitors to see if power has been lost

11:38:45   6    or hydraulics have been lost, correct?

11:38:46   7    A.    That's correct.

11:38:46   8    Q.    This continuous monitoring puts a small drain on each of

11:38:52   9    the 9-volt batteries, correct?

11:38:54  10    A.    That's correct.

11:38:54  11    Q.    You agree that during these normal operations as we've

11:39:02  12    just defined them, there is no drain on the 27-volt battery?

11:39:09  13    A.    As long as there is surface power being applied, I believe

11:39:12  14    that's -- or external power from wherever, I believe that's

11:39:16  15    correct.  The AMF would only be using a small drain on the

11:39:19  16    9-volt.

11:39:19  17    Q.    On the 9-volts.

11:39:19  18    A.    Right.

11:39:20  19    Q.    The 27-volt batteries aren't going to come into play until

11:39:23  20    we actuate, find ourselves in an AMF situation, correct?

11:39:26  21    A.    Not exactly.  There are monitoring conditions that do use

11:39:31  22    27-volt power.  Then, it's a pretty significant amount of power

11:39:34  23    without actually doing the AMF.

11:39:36  24    Q.    That happens when one of the AMF circumstances is

11:39:40  25    triggered, for example, a loss of hydraulic power or a loss of

11:39:44  1   electrical power, correct?

11:39:45  2   A.   Correct.  At that point, the AMF card does use some

11:39:48  3   27-volt power as part of its monitoring process.

11:39:51  4   Q.   So that's a stage sort of in between normal operations and

11:39:55  5   a real emergency operation, if you will, the system has

11:39:58  6   detected that it's lost one of its means of communication to

11:40:02  7   the rig, correct, but not all of them?

11:40:05  8   A.   I don't know about *communications*.  Primarily it would be

11:40:08  9   it lost electric power.  If it sees no electric power, then it

11:40:12 10   has to use 27-volt power in order to do some monitoring.

11:40:17 11   Q.   Then after that, it's monitoring for a loss of hydraulic

11:40:20 12   power -- for a hydraulic connection?

11:40:20 13   A.   Well, that's what it's using the 27-volt for, is to do

11:40:24 14   that monitoring.

11:40:25 15   Q.   But until that circumstance arises, where we've lost

11:40:28 16   electrical power from the rig, no drain on the 27-volt battery?

11:40:31 17   A.   That's correct.

11:40:36 18   Q.   I think you testified already that you're familiar with

11:40:52 19   Mr. Richard Coronado, his position at Cameron, correct?

11:40:52 20   A.   Yes.

11:40:52 21   Q.   And you saw Mr. Cameron's (sic) testimony that he would

11:40:52 22   expect in normal operation the 9-volt batteries in the pod to

11:40:54 23   drain before the 27-volt battery.

11:40:56 24        Do you see that?

11:40:56 25   A.   I don't know the context of that.  Is he talking about

**OFFICIAL TRANSCRIPT**

11:40:59  1    during an AMF operation or during monitoring?

11:41:01  2    Q.    During normal operations.

11:41:04  3            THE COURT:  Did you mean Mr. Cameron or Mr. Coronado?

11:41:04  4            MR. DOYEN:  Did I say Cameron, Your Honor?

11:41:04  5            THE COURT:  You said, "Mr. Cameron."

11:41:08  6            MR DOYEN:  I bet there was a Mr. Cameron once.

11:41:08  7            THE COURT:  I'll bet there was.

11:41:10  8    BY MR. DOYEN:

11:41:10  9    Q.    Mr. Coronado --

11:41:12 10            THE COURT:  I don't think he's testified in this case.

11:41:17 11            MR. DOYEN:  Not even in deposition, Your Honor, in the

11:41:18 12    bundle.

11:41:20 13    BY MR. DOYEN:

11:41:20 14    Q.    Mr. Coronado, did you see Mr. Coronado's testimony?

11:41:23 15            Why don't we just put it up.  Then I don't have to

11:41:27 16    ask you questions about what it is he is saying.

11:41:29 17            Deposition 140, lines 10 through 25.

11:41:35 18            "I just want to make sure I understood what you said.

11:41:38 19    You said the 9-volt battery is the limiting factor in the SEM.

11:41:40 20    What do you mean when you say *limiting factor*?

11:41:42 21            "It's the one that's going to -- that's going to --

11:41:45 22    it's the one that's going to put forth the most" --

11:41:50 23            I'm trying to figure out, given all these breaks, if

11:41:53 24    I should just read this verbatim or try and summarize this.

11:41:57 25            THE COURT:  Why don't you just let the witness read it.

**OFFICIAL TRANSCRIPT**

11:41:57  1          MR. DOYEN:  That's fine.

11:42:00  2          THE COURT:  And if you have a question for him --

11:42:00  3   BY MR. DOYEN:

11:42:00  4   Q.   Why don't you go ahead.

11:42:02  5   A.   Yeah.  I think what he's saying here is that in normal

11:42:04  6   operation, meaning not AMF operation, but with the system

11:42:07  7   armed, the 9-volt battery has a slow drain, that's the dominant

11:42:16  8   load.  I think that's what he was saying.

11:42:18  9   Q.   That was my understanding as well.

11:42:19 10          That's consistent with your view, that the primary

11:42:23 11   drain would be in normal operations on the 9-volt batteries,

11:42:26 12   correct?

11:42:26 13   A.   That's correct.

11:42:26 14   Q.   And you agree that all three of the batteries in the

11:42:33 15   Blue Pod had been installed about the same time, correct?

11:42:36 16   A.   Yes.

11:42:38 17   Q.   And were all about the same age?

11:42:40 18   A.   I don't recall specifically, but I would assume so.

11:42:42 19          MR. DOYEN:  I think the record will show what it shows

11:42:44 20   on that, Your Honor.

11:42:44 21   BY MR. DOYEN:

11:42:50 22   Q.   Interlink did some testing and analysis to determine --

11:42:54 23   well, let me step back.

11:42:55 24          Interlink is the company we had up that prepared the

11:42:58 25   report based the testing of these batteries, correct?

**OFFICIAL TRANSCRIPT**

11:42:59 1  A.    That's correct.

11:43:00 2  Q.    And it did some testing to determine whether or not, given

11:43:02 3  the age of the batteries and the lighter drain on the 27-volt

11:43:07 4  battery in normal operations, age could explain the low voltage

11:43:11 5  measured at Michoud.

11:43:12 6          Do you recall that?

11:43:14 7  A.    Actually, not specifically, no, I don't.

11:43:16 8  Q.    But do you recall Interlink concluding that age, although

11:43:20 9  possibly a contributing factor, is not likely to be the whole

11:43:23 10 explanation for the final state of the batteries?

11:43:27 11 A.    Yes, in general, I recollect that, yes.

11:43:30 12 Q.    Let's put up TREX-7406.12.1.  This is the Interlink

11:43:43 13 document again.

11:43:44 14         Interlink also determined -- well, let me just read

11:43:48 15 that.

11:43:50 16         "This calculation and the condition of the batteries

11:43:52 17 tested imply that the maintenance specifications for the AMF of

11:43:55 18 one year or 33 operations is conservative."

11:43:59 19         Do you see that?

11:44:00 20 A.    Yes.

11:44:02 21 Q.    And you agree, don't you, that Cameron's battery

11:44:07 22 replacement recommendations are conservative?

11:44:08 23 A.    Yes.

11:44:09 24 Q.    Did you review the deposition testimony of David McWhorter

11:44:17 25 from Cameron?

**OFFICIAL TRANSCRIPT**

11:44:18  1   A.   I believe I did, yes.

11:44:20  2   Q.   Do you recall his testimony that the battery

11:44:25  3   recommendations from Cameron were, by any measure, extremely

11:44:27  4   conservative?

11:44:30  5   A.   Not specifically, no, I don't recall that.

11:44:31  6   Q.   Let's look at McWhorter's deposition, page 99, lines 7 to

11:44:38  7   21.  I think we have one too many lines there, but that's okay.

11:44:38  8        "Question:  Did people at Cameron say, we have a

11:44:47  9   control system where the batteries are not rechargeable and

11:44:49 10   that's a problem, did that discussion ever take place at

11:44:52 11   Cameron?

11:44:53 12        "Answer:  No, not -- in general, that -- that system

11:44:56 13   is highly redundant, and at the time it was developed, was

11:44:59 14   state of the art, is still a fantastic system.  And has -- has

11:45:05 15   recommendations for battery change out and replacement that

11:45:08 16   are, by any measure, extremely conservative.  So it was -- it

11:45:11 17   was not our feeling that that was a problem."

11:45:13 18        You read that before you put it in your report,

11:45:18 19   didn't you?

11:45:18 20   A.   I believe so, yes.

11:45:19 21   Q.   Now, I think you indicated in your report that Cameron had

11:45:24 22   changed out battery suppliers around 2004.

11:45:28 23        Do you recall that?

11:45:28 24   A.   Yes.

11:45:29 25   Q.   Let's put up TREX-5154.2.1.

**OFFICIAL TRANSCRIPT**

11:45:43  1        So this is a chain of e-mails here that's talking

11:45:46  2  about some testing of the new batteries.

11:45:48  3        Do you see that?

11:45:48  4  A.    Yes.

11:45:49  5  Q.    Let's call up TREX-5154.2.1 -- I'm sorry -- 5154.1.1.

11:46:08  6        I get confused because this is an e-mail and so the

11:46:13  7  earliest one is on the later pages, and then it rolls forward

11:46:17  8  to the more earlier pages.

11:46:19  9        So Cameron says in this e-mail, "The results showed

11:46:26 10  that the batteries should last 77 actuations or two years of

11:46:30 11  normal operation."

11:46:31 12        Do you see that?

11:46:31 13  A.    Yes.

11:46:32 14  Q.    When Cameron publishes -- "What Cameron publishes to the

11:46:38 15  customers is 33 actuations or one year of normal operation."

11:46:41 16        Do you see that?

11:46:42 17  A.    Yes.

11:46:42 18  Q.    "The safety margin is to protect Cameron from any

11:46:46 19  liability."

11:46:47 20        Do you see that?

11:46:47 21  A.    Yes.

11:46:48 22  Q.    You didn't find any documents in your review, did you,

11:46:59 23  where Cameron told its customers -- can we keep that up on the

11:47:02 24  screen -- Cameron told its customers that having the batteries

11:47:05 25  installed on the spare pod and not in use constituted normal

**OFFICIAL TRANSCRIPT**

11:47:10  1   operations?

11:47:13  2   A.    I'm sorry.  Ask that again.

11:47:14  3   Q.    For purposes of battery life, did you find any

11:47:17  4   communication from Cameron to its customers in which Cameron

11:47:21  5   said:  When you put the batteries on the pod, but the pod and

11:47:26  6   the SEM were just the spare pod or spare SEM and you're not

11:47:28  7   using them, that constitutes normal operation for purposes of

11:47:32  8   battery life?

11:47:34  9   A.    No, I've never seen anything related to that at all.

11:47:36 10   Q.    And you didn't find any communication from Cameron where

11:47:41 11   Cameron said:  If you put these batteries in the SEM and that's

11:47:43 12   the spare SEM or the spare pod and it's not being used, that

11:47:49 13   counts as on-time operation for purposes of the battery

11:47:53 14   change-out policy.  You didn't see anything like that from

11:47:56 15   Cameron, did you?

11:47:56 16   A.    No, I've never seen anything like that.

11:47:57 17   Q.    In fact, the only document that you cite as to Cameron's

11:48:02 18   interpretation of what on-time operation means is something --

11:48:06 19   is an e-mail that was written after this blowout; isn't that

11:48:06 20   correct?

11:48:10 21   A.    Yeah, I believe that clarification was written after, but

11:48:13 22   I believe there was some other documentation from Transocean

11:48:16 23   itself that said their policy was to change them out.

11:48:18 24   Q.    I want to distinguish here, for the moment, between

11:48:21 25   Cameron's policies and what it means, and Transocean's

**OFFICIAL TRANSCRIPT**

policies.  I'm going to come to Transocean's policies in just a second.

          But just to be clear, the only thing you've seen about what Cameron is telling its customers and whether on-time operation really has anything to do with operations or is just installing them on a pod you're not using, you didn't see anything like that until after the incident, correct?

A.    I believe that's correct, yes.

Q.    You do understand, don't you, that it was Transocean's policy to change out the batteries every year?

A.    Yeah, I think I've seen testimony related to that.  I don't know that I've seen any written documents, but I believe there is testimony that said it was once a year.

Q.    You indicated in your reliance documents that you reviewed Transocean's Internal Investigation and the supporting documents.

          Do you recall that?

A.    Not specifically, but I'm sure I did.

Q.    Do you recall becoming aware that the internal investigation had determined that the annual change out, which had been in the computer maintenance system, the old one called Empac, had been inadvertently dropped out and then reinstated with a new computer system in late 2009.

          Do you recall that?

A.    Not specifically, but I do remember something about a

11:49:43 1    change in maintenance and that may have been a problem of why

11:49:46 2    that didn't transfer.

11:49:59 3           MR. DOYEN:  Your Honor, may I have one more moment?

11:50:02 4           THE COURT:  Sure.

11:50:03 5           MR. DOYEN:  Thank you.

11:50:03 6    BY MR. DOYEN:

11:50:21 7    Q.    You do understand, don't you, Mr. Zatarain, that the

11:50:24 8    batteries in the other two pods had been changed out in less

11:50:27 9    than a year before the incident?

11:50:31 10   A.    You're talking about the yellow?

11:50:32 11   Q.    The yellow and what was then the spare pod?

11:50:36 12   A.    Oh, correct, yes.

11:50:37 13          MR. DOYEN:  No further questions.

11:50:39 14          THE COURT:  All right.  BP, redirect?

11:50:44 15              I'm sorry.  I passed over Halliburton.  I'm just

11:50:47 16   assuming, since I didn't near Halliburton's name, Mr. Godwin

11:50:52 17   had passed.

11:50:54 18          MR. VON STERNBERG:  We only had one question, and

11:50:57 19   Your Honor took care of it this morning, in reference to red

11:50:59 20   beans and rice, so we have no questions.

11:51:01 21          THE COURT:  Okay.  Mr. Collier.

11:51:04 22          MR. COLLIER:  Your Honor, just a very brief redirect.

11:51:06 23          THE COURT:  Go ahead.

11:51:08 24          MR. GODWIN:  I hope the trend of no attention to

11:51:12 25   Halliburton continues through the trial, Judge.

                         **OFFICIAL TRANSCRIPT**

11:51:14  1          THE COURT:  We'll see.

11:51:14  2                    REDIRECT EXAMINATION

11:51:14  3  BY MR. COLLIER:

11:51:20  4  Q.   Mr. Zatarain, we're almost at the end.

11:51:24  5          You were asked some questions by counsel for

11:51:26  6  Transocean regarding the chart that you created in your expert

11:51:30  7  report regarding the starting battery conditions and the ending

11:51:34  8  battery conditions.

11:51:35  9          Do you recall that line of questioning?

11:51:36 10  A.   Yes.

11:51:36 11  Q.   And if we can bring up TREX-40009.16.1.

11:51:47 12          And is this the chart about which you were questioned

11:51:51 13  by Transocean's counsel?

11:51:53 14  A.   Correct.

11:51:54 15  Q.   And based on your chart and the analysis that you

11:51:59 16  conducted relating to the ending battery conditions and the

11:52:02 17  starting battery conditions, what was the scenario that you

11:52:06 18  determined was the most likely in place at the time of the

11:52:10 19  Macondo incident?

11:52:10 20  A.   The one I have identified is Case 2, which has a 27-volt

11:52:16 21  battery that can't operate the solenoid valve, but it's

11:52:21 22  possible it could operate some other functions.  But the

11:52:24 23  important one being the solenoid valve power itself, it was

11:52:28 24  incapable of doing that.

11:52:29 25  Q.   And this would be Case 2 on your chart, correct?

**OFFICIAL TRANSCRIPT**

11:52:32  1    A.    That's correct.

11:52:32  2    Q.    Now, there were some questions asked about a -- battery

11:52:35  3    testing that was done by DNV where the 27-volt battery, by your

11:52:41  4    words, was identified as being bad one year after the incident.

11:52:44  5          Do you recall that?

11:52:45  6    A.    Yes.

11:52:46  7    Q.    Is it possible that at the -- after the incident, at the

11:52:51  8    time of the recovery, that the battery may have been weak but

11:52:55  9    then be identified as bad one year after the incident?

11:53:00 10    A.    If the battery was in very bad shape, it was on the way

11:53:03 11    out, then, yes, it could just deteriorate because it was

11:53:06 12    basically a dead battery at that point.  Dead battery, 27, you

11:53:10 13    may get two volts, four volts, five volts.  Different volt

11:53:14 14    meters may give you a different reading because it's just so

11:53:17 15    depleted.

11:53:17 16    Q.    And so the battery could be weak, but then bad one year

11:53:20 17    later at the time that DNV tested it?

11:53:21 18    A.    Correct.

11:53:28 19          MR. COLLIER:  Thank you, Mr. Zatarain.

11:53:30 20               No further questions.

11:53:32 21          THE COURT:  All right.  You're done.  Thank you.

11:53:40 22               Where are we?  I guess we're out of witnesses,

11:53:42 23    right?

11:53:43 24          MR. BROCK:  Yes, sir.

11:53:46 25               I did want to mention to the Court, and I will

**OFFICIAL TRANSCRIPT**

11:53:49  1    circulate a note to the parties on this later today, the first

11:53:53  2    three witnesses that we identified for next week are:

11:53:56  3    John Guide, Pat O'Bryan and Mr. Shanks.  And --

11:54:02  4         THE COURT:  You're going to circulate something around.

11:54:05  5         MR. BROCK:  Yes, sir.  I have already circulated a list

11:54:06  6    of our witnesses for next week.

11:54:08  7         THE COURT:  Guide, O'Bryan and Shanks.

11:54:11  8         MR. BROCK:  Yes, sir.

11:54:12  9         What I wanted to advise the Court and the parties

11:54:13  10   about today is that Mr. Shanks will be our second witness next

11:54:18  11   week, and Mr. O'Bryan will be our third witness.  So that's the

11:54:21  12   only change to the schedule that we're making.

11:54:23  13        THE COURT:  Guide is a fact witness, correct?

11:54:25  14        MR. BROCK:  Guide is a fact witness.

11:54:27  15        THE COURT:  What about the other two?

11:54:28  16        MR. BROCK:  Earl Shanks is an expert.  Pat O'Bryan is a

11:54:33  17   fact.

11:54:33  18        THE COURT:  What kind of expert is Mr. Shanks?

11:54:35  19        MR. BROCK:  He is our BOP expert in terms of function,

11:54:43  20   and failure.

11:54:48  21        And the only other thing I wanted to mention,

11:54:49  22   Your Honor, is -- and I just didn't want to follow this without

11:54:54  23   mentioning it, and I will understand if you don't want to

11:54:56  24   receive this -- I have a one-page letter response to one of the

11:55:01  25   points made by the U.S.A. with regard to the cement experts.

**OFFICIAL TRANSCRIPT**

11:55:07 1          THE COURT:  With regard to the deposition?

11:55:09 2          MR. BROCK:  Yes, sir.

11:55:11 3          THE COURT:  These are not that lengthy, correct?

11:55:14 4          MR. BROCK:  They are not that lengthy, that's correct.

11:55:17 5          THE COURT:  This is a response that was filed by the

11:55:20 6  United States and Halliburton?

11:55:22 7          MR. BROCK:  Yes, sir.

11:55:23 8          THE COURT:  I'll let you file that.  And I'll take a

11:55:25 9  look at it.  This will give me more time.  I, frankly, haven't

11:55:29 10 thoroughly looked at everything that's been filed.  And it just

11:55:33 11 seems to me we could just as easily play these Monday as today

11:55:36 12 since they are very short, so --

11:55:40 13         MR. BROCK:  That's fine.  So that will do it for us

11:55:42 14 today, and we'll get this on file.

11:55:44 15         THE COURT:  Anybody have anything else?  Anything else?

11:55:48 16         I think Judge Shushan wants to come over and take

11:55:51 17 care of the exhibits with you all.  So those of you who are

11:55:54 18 involved in that need to stick around.

11:55:56 19         Ben, would you go call Judge Shushan and confirm

11:56:01 20 that she's headed over here.

11:56:05 21         All right.  Have a good weekend, everyone.

11:56:09 22         VOICES:  Thank you, Your Honor.

11:56:09 23         (WHEREUPON, the trial proceedings at 11:56 a.m. were

11:56:09 24 concluded, and then the following Exhibit Conference was held

11:56:09 25 before The Honorable Sally Shushan.)

**OFFICIAL TRANSCRIPT**

12:04:29   1        THE COURT:  Okay.  Let's go on the record for the

12:04:31   2   marshalling conference.

12:04:32   3            We have a list of exhibits and demonstratives

12:04:38   4   that have been circulated, and I understand agreed to.  It

12:04:42   5   covers the dates 4/2/2013 through 4/11/2013.

12:04:50   6            Mr. Nomellini, anything to say about that?

12:04:53   7        MR. NOMELLINI:  No, Your Honor.  Mr. Bartoszek, our

12:04:57   8   master marshaller, circulated this last night after our call,

12:05:00   9   and nobody has had any comments, so I think this is a final

12:05:03  10   list.

12:05:03  11        THE COURT:  Is that true, Peter?

12:05:05  12        MR. BARTOSZEK:  Yes, that's true, Your Honor.

12:05:07  13        THE COURT:  I'm going to take your word for it.

12:05:09  14            Anthony, you want to affirm that?

12:05:11  15        MR. IRPINO:  I will happily and proudly affirm that.

12:05:15  16        THE COURT:  So without objection, we're going to go

12:05:17  17   ahead and admit, as per the list, all of the exhibits,

12:05:26  18   call-outs, and demonstratives that are shown as admitted on

12:05:28  19   that list.

12:05:29  20        MR. IRPINO:  Thank you, Your Honor.

12:05:29  21        (WHEREUPON, the above-mentioned exhibits was admitted.)

12:05:31  22        MR. NOMELLINI:  Your Honor, the other thing we talked

12:05:32  23   about last night was, as we get a little bit closer to the end

12:05:36  24   here, we're going to work together on kind of a final list, QC

12:05:41  25   what's been done before, and then be able to submit at the end

**OFFICIAL TRANSCRIPT**

12:05:44  1    one final list.

12:05:45  2         THE COURT:  I know you'll enjoy this, that's on my list

12:05:50  3    of agenda items for tomorrow.

12:05:52  4              For those of you who are wondering whether there

12:05:54  5    is a work group conference tomorrow, there is.  I sort of think

12:05:59  6    the trial attorneys in Phase One don't need to be there.  It

12:06:03  7    seems that way to me.  We're just going to do our general work

12:06:09  8    group conference.

12:06:09  9              I'm not even thinking about getting into a

12:06:12 10    detailed discussion on Phase Three, because I don't think I've

12:06:16 11    had sufficient time to think about what you all are throwing

12:06:20 12    our way.

12:06:21 13              So just so everybody knows, that's what we're

12:06:23 14    doing tomorrow.

12:06:24 15              And any questions on that?

12:06:30 16         MR. ROBERTS:  What time?

12:06:36 17         THE COURT:  9:30.  General public.

12:06:36 18              Anything else we need to cover?

12:06:38 19         MR. NOMELLINI:  Your Honor, we wanted to offer into

12:06:40 20    evidence our additional deposition bundles.  There are four.

12:06:43 21    I'll hand up the list, Peter Bjerager, B-J-E-R-A-G-E-R;

12:06:55 22    Andreas Katsounas, K-A-T-S-O-U-N-A-S; Chris Milsap,

12:07:04 23    M-I-L-S-A-P; and Jim Prestidge, P-R-E-S-T-I-D-G-E.

12:07:11 24         THE COURT:  I can't believe Ms. Pepper didn't know the

12:07:14 25    spelling of that.

**OFFICIAL TRANSCRIPT**

12:07:19  1    MR. NOMELLINI:  We'll also offer the parts -- the BP

12:07:22  2   parts -- designations to the depositions that have been offered

12:07:25  3   by other parties before.

12:07:27  4        And then, finally, there are -- I think the PSC

12:07:32  5   has already offered almost all of the Fifth Amendment bundles.

12:07:36  6   There were three TO bundles that were not offered, we believe,

12:07:41  7   that we're going to offer now, and those were:  Bill Johnson,

12:07:47  8   Patrick Morgan, and Wyman Wheeler.  So we offer those, subject

12:07:53  9   to our objections in regard to the Fifth Amendment bundles.

12:07:59 10        So that covers our bundles and I'll offer up a

12:08:05 11   list.

12:08:06 12    MR. YORK:  Your Honor, may I be quickly heard on that?

12:08:09 13    THE COURT:  Yes, Alan.

12:08:10 14    MR. YORK:  I don't believe -- and I could be wrong,

12:08:12 15   Mark -- but I don't believe that those -- the list of the

12:08:15 16   deposition bundles that BP was going to be offering was

12:08:18 17   previously circulated.  I don't think I saw it, I know.

12:08:21 18        And I know with ours, BP requested that they have

12:08:25 19   a week's notice before they are actually admitted, simply to go

12:08:29 20   through and make sure there aren't any confidentiality issues

12:08:32 21   or anything that hasn't been properly addressed in the bundles.

12:08:37 22        And so we would request that same opportunity,

12:08:39 23   perhaps, that this list be circulated to counsel, and they

12:08:41 24   actually be offered for admission at next week's marshalling

12:08:45 25   conference.

**OFFICIAL TRANSCRIPT**

12:08:46  1          MR. NOMELLINI:  Absolutely.  The process is a one-week
12:08:49  2     period of time for people to check for any confidentiality
12:08:51  3     issues, etcetera.
12:08:53  4          THE COURT:  Perfect.  So what we'll do is we'll hold
12:08:56  5     those four in abeyance, and we'll go ahead and admit them next
12:09:00  6     week.
12:09:00  7          MR. IRPINO:  I guess seven.
12:09:03  8          MR. NOMELLINI:  There are seven.
12:09:05  9          THE COURT:  I thought the Fifth Amendment had already
12:09:07 10     been scrubbed.  No?
12:09:09 11          MR. NOMELLINI:  No.  These are three -- the only three
12:09:12 12     Fifth Amendment that I believe the PSC did not offer before.
12:09:14 13          THE COURT:  Then we'll hold those seven in abeyance for
12:09:18 14     next week.
12:09:21 15               Anything else?
12:09:21 16          MR. IRPINO:  Your Honor, I believe that, at least
12:09:24 17     should be -- BP's designations on the bundles that have already
12:09:27 18     been submitted should be included in the hard drives of what
12:09:30 19     was previously submitted, like for our 126 that we submitted
12:09:34 20     the first Thursday.
12:09:35 21          THE COURT:  The full bundle was admitted in.
12:09:39 22          MR. IRPINO:  Yeah, and I want to confirm with Indata
12:09:42 23     that that's the case.
12:09:44 24          MR. THOMPSON:  Say that again.
12:09:45 25          MR. IRPINO:  When we submitted the first 126 bundles,

                              **OFFICIAL TRANSCRIPT**

12:09:49  1    first Thursday, that included, as I appreciate it, every

12:09:53  2    parties' designations, not just the PSC's designation.

12:09:56  3              MR. THOMPSON:  Right.  Right.

12:09:59  4              THE COURT:  Good.  All right.

12:09:59  5                   Alan, you've got something else?

12:10:01  6              MR. YORK:  Yes, Your Honor.  Having actually -- we did

12:10:03  7    submit, a week ago last Wednesday, our proposed list of

12:10:08  8    deposition bundles with the idea of actually offering them at

12:10:12  9    today's conference.

12:10:13 10              And so I wanted to be clear on the record,

12:10:14 11    because we have some that are conditionally admitted and things

12:10:18 12    like that, so I just want to be clear.

12:10:20 13              We have a series of bundles that were previously

12:10:25 14    conditionally admitted by the PSC, subject to them appearing

12:10:29 15    for live testimony, which we did not call them live, and so we

12:10:32 16    are offering those bundles, in addition to some others, as

12:10:36 17    formal admissions.^ end 8 ^ start 9/10.

12:10:37 18              Those are Paul Anderson, Roland Chemali,

12:10:45 19    C-H-E-M-A-L-I, Skip Clark, Richard Dubois, D-U-B-O-I-S,

12:10:53 20    Victor Emmanuel, E-M-M-A-N-U-E-L, Trent Fleece, F-L-E-E-C-E,

12:11:07 21    Kurt Kronenberger, K-R-O-N-E-N-B-E-R-G-E-R --

12:11:13 22              MR. IRPINO:  You want to call him live, or is it a

12:11:16 23    video?

12:11:17 24              MR. YORK:  A portion was played live, but we're

12:11:20 25    offering the entire bundle.

                              **OFFICIAL TRANSCRIPT**

12:11:21  1          -- Sarah Sanders, Vincent Tabler, T-A-B-L-E-R,

12:11:28  2   and David Winter.

12:11:31  3          In addition, Kelly Gray was already previously

12:11:34  4   admitted by the PSC, but was on our list.  Richard Coronado, I

12:11:53  5   understand, is actually formally being admitted today.  I

12:11:53  6   believe that's correct.

12:11:53  7          We've had some previous discussions, and I think

12:11:53  8   it was held over, and that one --

12:11:56  9          MR. IRPINO:  The drive has not been delivered.

12:12:00 10          MR. YORK:  Then John Gisclair is also one that I

12:12:03 11   believe the PSC has already admitted, that we're formally

12:12:05 12   moving for admission.

12:12:05 13          In addition to that, we have some conditional

12:12:07 14   ones, subject to them being called live.  We're conditionally

12:12:09 15   tendering the deposition bundles of John Guide, Larry McMahan,

12:12:19 16   Patrick O'Bryan, Daun Winslow, and Norman Wong.

12:12:27 17          I think some of those are ones that BP had

12:12:30 18   reserved the right to call them live, potentially; and, just

12:12:33 19   subject to that, we're conditionally offering those, as well.

12:12:36 20          THE COURT:  Good.  The ones that you previously offered

12:12:39 21   before you got to the conditionals, all have had the week

12:12:43 22   period pass?

12:12:45 23          MR. YORK:  Yes, Your Honor.  We provided notice to all

12:12:48 24   counsel, actually, a week ago this past Wednesday --

12:12:48 25          THE COURT:  Good.

**OFFICIAL TRANSCRIPT**

12:12:51  1       MR. YORK:  -- of both the ones that we were admitting

12:12:52  2 and the ones that we were conditionally admitting.  I'm going

12:12:54  3 to have that drive for you in just a moment, as well as the

12:12:57  4 list.

12:12:58  5       THE COURT:  Stephanie is giving you the evil eye.

12:13:03  6       MR. YORK:  She was smiling at me.

12:13:03  7       THE COURT:  That's not what I saw.

12:13:05  8       MR. YORK:  It wasn't a big smile, but it was a bit of a

12:13:08  9 smile.

12:13:09 10       THE COURT:  Those will all be admitted except for those

12:13:12 11 that are conditional subject to being called live.

12:13:16 12       MR. YORK:  Thank you, Your Honor.

12:13:18 13       THE COURT:  Carter, good morning.

12:13:21 14       MR. WILLIAMS:  Good afternoon, Your Honor.

12:13:21 15       THE COURT:  Good afternoon.

12:13:22 16       MR. WILLIAMS:  Carter Williams on behalf of Transocean.

12:13:25 17        Two quick issues.  First, on this week's

12:13:29 18 marshaling list, BP's Robinson exhibits are listed as admitted.

12:13:35 19 I think we added a notation subject to objection by Transocean.

12:13:39 20        What happened there was yesterday we made some

12:13:41 21 hearsay objections when the exhibits were used.  Judge Barbier

12:13:44 22 suggested that go we go ahead and raise those objections

12:13:47 23 formally, which we did last night.  We filed those into the

12:13:51 24 record.  So I just wanted to make sure the Court was aware of

12:13:55 25 that.

**OFFICIAL TRANSCRIPT**

12:13:55  1          MR. NOMELLINI:  Just to be clear, I think we can both

12:13:58  2     agree they were admitted, right, but you just wanted to note

12:14:02  3     that there was an objection made?

12:14:03  4          MR. WILLIAMS:  These are hearsay objections, so I think

12:14:07  5     they can be admitted for certain purposes and not for others.

12:14:11  6     We just to want make clear that our position is there is some

12:14:15  7     improper hearsay.

12:14:16  8          MR. NOMELLINI:  Your Honor, that actually was not the

12:14:20  9     ruling at trial.

12:14:21 10          The ruling was, as the Court said at page 8254,

12:14:26 11     "I think you can just note that I'm going to admit them."

12:14:29 12          So there is no -- there is no for certain

12:14:33 13     purposes and not for others.  But if Transocean wants to record

12:14:37 14     objections, that's fine.

12:14:39 15          MR. WILLIAMS:  I think we agree, Your Honor.  I think

12:14:40 16     we're saying the same thing.

12:14:41 17          I also want to note that we had the issue of the

12:14:46 18     McMahan and Ambrose bundles and the combination of 30(b)(6) and

12:14:51 19     fact testimony.

12:14:53 20          We think McMahan is off the table because we

12:14:56 21     understand BP will not call him, and his entire bundle will be

12:15:01 22     offered and admitted.

12:15:02 23          On Ambrose, we circulated proposed -- I guess,

12:15:05 24     what we would propose would stay in the bundle as 30(b)(6)

12:15:09 25     testimony.

**OFFICIAL TRANSCRIPT**

12:15:10 1          We heard back from the United States, and they
12:15:12 2  made a couple additions that we're looking at.  We have not
12:15:17 3  heard from PSC yet, but we're very close on that.
12:15:20 4          THE COURT:  Good.  Great.
12:15:21 5          Well, let's carry that over to next week, see how
12:15:25 6  we're coming.
12:15:25 7          MR. WILLIAMS:  Thank you.
12:15:25 8          THE COURT:  Thank you.
12:15:25 9          Anthony.
12:15:27 10          MR. IRPINO:  Yes, Your Honor.
12:15:27 11          We agree with regard to the McMahan bundle, which
12:15:32 12  was unconditionally admitted with respect to the 30(b)(6)
12:15:35 13  portion and conditionally admitted with respect to the
12:15:37 14  individual portion, is now moot.  It's all fully admitted or
12:15:41 15  unconditionally admitted because he was not live.
12:15:44 16          THE COURT:  Good.  Let's then make that clear for the
12:15:46 17  record that the bundle will be admitted for all purposes.
12:15:52 18          MR. IRPINO:  We're still working out the Ambrose
12:15:55 19  bundle.
12:15:55 20          Now, one thing, I know Halliburton had mentioned
12:16:01 21  that Daun Winslow was one of the bundles that they are offering
12:16:04 22  and tendering.
12:16:05 23          We don't believe BP is calling Daun Winslow.
12:16:09 24  That was still an issue out there.  Not to -- not to obligate
12:16:17 25  BP with where they are.  We believe they are not; but, if they

                        **OFFICIAL TRANSCRIPT**

12:16:21 1    are not, the PSC shares in that, that they will be -- they will

12:16:25 2    want and they are offering Daun Winslow's depo bundle, which

12:16:31 3    will include all parties' designations into evidence, if we get

12:16:34 4    confirmation, and once we get confirmation from BP.

12:16:37 5         MR. HAYCRAFT:  We're not calling Daun Winslow.

12:16:40 6         MR. IRPINO:  You are not calling Daun Winslow?

12:16:43 7         THE COURT:  So counsel for BP has confirmed

12:16:45 8    Daun Winslow will not be called live; so, that deposition

12:16:49 9    bundle in its entirety will be admitted on the motion of PSC

12:16:54 10   and Halliburton.

12:16:56 11        MR. IRPINO:  Thank you, Your Honor.

12:16:56 12            Then there were a number of depositions read off

12:17:02 13   by Halliburton of Halliburton witnesses that they were not

12:17:08 14   calling, they confirmed were not calling.

12:17:11 15            So we did have a list of individual depos that we

12:17:15 16   had put in conditionally, which we would have withdrawn -- this

12:17:20 17   was all on the marshaling conference on March 14th -- which we

12:17:24 18   would have -- which we would have withdrawn had those people

12:17:29 19   been called live.

12:17:30 20            So now that we know these -- those same names

12:17:33 21   would apply to the PSC.

12:17:35 22            The list that we submitted on March 14th, that

12:17:38 23   list was Record Doc 8944-1.

12:17:45 24            We can clarify that up and take care of it; but,

12:17:48 25   those same witnesses read off by -- well, many of the same

**OFFICIAL TRANSCRIPT**

12:17:53 1    witnesses read off by Alan are applicable.  So --

12:17:58 2         THE COURT:  Why don't we do this, Anthony.  Why don't

12:18:00 3    you have that list available for next week, and we will admit

12:18:04 4    those depositions unconditionally --

12:18:07 5         MR. IRPINO:  Wonderful.

12:18:08 6         THE COURT:  -- okay?

12:18:09 7         MR. IRPINO:  Now, some housekeeping.

12:18:11 8              There have been a number of deposition bundles

12:18:14 9    already previously admitted into evidence.  Our 126, the Fifth

12:18:21 10   Amendment, the 30(b)(6) depos, the Michael Williams, the

12:18:26 11   Coronado.  The United States had three depo bundles, Geoff

12:18:31 12   Boughton, Robert Florence and Robert Turlak.  Then a sixth

12:18:35 13   group, if you will, were Transocean's depos that are already

12:18:40 14   all admitted, subject to objection.

12:18:41 15             We have the exhibit lists that outline what

12:18:47 16   exhibits are contained within the thumb drives that have been

12:18:51 17   presented to the Court.  These are simply meant to state what

12:18:56 18   is contained within.

12:18:59 19        THE DEPUTY CLERK:  I haven't got all the thumb drives.

12:19:04 20   I haven't got Transocean's thumb drive bundle.

12:19:09 21        THE COURT:  Who else do you want to finger, Stephanie?

12:19:12 22        THE DEPUTY CLERK:  I'm not sure.  I'll have to check,

12:19:13 23   but I know I don't have Transocean.

12:19:16 24        MR. IRPINO:  Let's bring Chad up here from Indata.

12:19:19 25        THE COURT:  Well, I think Carl wants to come up, too.

**OFFICIAL TRANSCRIPT**

8548

12:19:22  1        MR. IRPINO:  It was my appreciation that all of that,

12:19:23  2   the Fifth Amendment depos, the 30(b)(6) depos and Transocean's

12:19:33  3   depos were all on one thumb drive, the one that had "Court"

12:19:38  4   marked on it.

12:19:39  5        MR. WILLIAMS:  That was our understanding.

12:19:40  6        THE DEPUTY CLERK:  It was all in that one thing?

12:19:43  7        MR. WILLIAMS:  From last week.

12:19:43  8        THE DEPUTY CLERK:  Okay.  I do have that.

12:19:46  9        MR. THOMPSON:  So you do have that?

12:19:48 10        THE DEPUTY CLERK:  Yes, I do have that.  I thought it

12:19:50 11   was a separate thumb drive.

12:19:52 12        MR. WILLIAMS:  It was combined, every party sort of put

12:19:56 13   together last week on the thumb drive.

12:19:58 14        THE COURT:  That's fine as long as the lists that are

12:20:01 15   provided to Stephanie detail who is on that thumb drive.

12:20:06 16        THE DEPUTY CLERK:  I do have that.

12:20:07 17        MR. IRPINO:  We have these lists for each of the

12:20:11 18   groupings that I read off.  There is a list of what exhibits

12:20:14 19   are contained in those first 126 bundles entered on that first

12:20:18 20   Thursday.  That's this list.

12:20:20 21        THE COURT:  Good.

12:20:22 22        MR. IRPINO:  It is titled, "Exhibits Offered to the

12:20:24 23   Court for the Following 126 Bundles."  That was that first

12:20:27 24   Thursday.

12:20:27 25        THE COURT:  Okay.

**OFFICIAL TRANSCRIPT**

| 12:20:28 | 1 | MR. IRPINO: Then there is a separate sheet, one page, |

MR. IRPINO:  Then there is a separate sheet, one page, solely for Richard Coronado's depo.  Exhibits offered to the Court for following witness bundle, and it's just Richard Coronado.  It's a one-page sheet.

The third is exhibits offered to the Court for the follow witness bundles.  These are Geoff Boughton, Robert Florence, Robert Turlak and Michael Williams.  So those are the three USA witnesses that we provided on CDs, and Michael Williams.

That is a separate list.  That's the third list I'm referring to.

The fourth list is titled, "Exhibits Offered to the Court for the Following 30(b)(6) Witness Bundles."  Those were the ones we introduced on March 14th.  This is merely a list of the exhibits that are contained within those bundles.

THE COURT:  Okay.

MR. IRPINO:  The fifth list are, "Exhibits Offered to the Court for the Following Fifth Amendment Witness Bundles," also on March 14th.  It just provides a list of the exhibits that are contained within those bundles.

The final list are, "Exhibits Offered to the Court for the Following Witness Bundles Offered By Transocean." Those are Transocean's.  I thought it was, like, 28 -- or 18 --

MR. WILLIAMS:  I think it ended up being 28.

MR. IRPINO:  -- whatever it is.

**OFFICIAL TRANSCRIPT**

12:21:54  1          So we have those.  We wanted to give that to the

12:21:57  2     Court, just so Indata could confirm these are what's actually

12:22:00  3     contained on there.

12:22:01  4          We spoke with the parties last night.  BP

12:22:03  5     mentioned, look, that doesn't mean they are all admitted

12:22:07  6     unconditionally and we don't have objections.  This is just the

12:22:09  7     detail of what's physically --

12:22:11  8          THE COURT:  What's on the thumb drive.

12:22:13  9          MR. IRPINO:  -- what's on the thumb drive.

12:22:14 10          MR. NOMELLINI:  I think Your Honor kind of encapsulated

12:22:19 11     it on February 22, 2013.  Sometimes we're using admitted as a

12:22:25 12     shorthand here, I think.

12:22:26 13          What the Court said, I think it's consistent with

12:22:28 14     what Anthony is saying, that, "The deposition bundles are

12:22:32 15     being" -- and I'm referring specifically to the exhibits now --

12:22:34 16     "the deposition bundles are being proffered.  They are not

12:22:38 17     necessarily being introduced into evidence with all related

12:22:41 18     exhibits, because there are objections to testimony and there

12:22:43 19     are objections to exhibits.

12:22:45 20          "So I" -- and this is the Court speaking -- "I

12:22:48 21     think of the deposition bundles as being proffered.  When

12:22:51 22     Judge Barbier issues findings of fact and conclusions of law,

12:22:55 23     he will move the depositions into evidence as he sees fit."

12:22:58 24          Then you said, "Does anybody disagree with that,"

12:23:00 25     and nobody objected.

**OFFICIAL TRANSCRIPT**

12:23:02 1          THE COURT:  Hopefully, there was silence.

12:23:05 2          MR. NOMELLINI:  There was silence.

12:23:05 3               So I think that is good, and it saves us having

12:23:08 4     to go through and say, these are the exhibits in this

12:23:13 5     hundred-page --

12:23:13 6          THE COURT:  That are objected to.

12:23:13 7          MR. NOMELLINI:  -- spreadsheet that we object to.

12:23:15 8          THE COURT:  Right, exactly.  So that's great.

12:23:17 9               Anthony, I guess -- let me ask Stephanie, do you

12:23:20 10    want that in electronic form?

12:23:23 11         THE DEPUTY CLERK:  These lists?

12:23:24 12         THE COURT:  Yes.

12:23:25 13         MR. IRPINO:  Some of the lists are in electronic form

12:23:28 14    on that drive that was given last week.

12:23:32 15         MR. THOMPSON:  It will be really easy to get you

12:23:33 16    electronic copies.

12:23:34 17         THE COURT:  It's up to Stephanie.  If she thinks that

12:23:39 18    will be helpful, great; if not, she'll take the paper copies

12:23:40 19    and not need the electronic.

12:23:41 20         THE DEPUTY CLERK:  I think we need to be consistent

12:23:43 21    with all of them, whether we get them all electronic or all

12:23:47 22    paper.

12:23:49 23         MR. WILLIAMS:  Can we just ask that the parties get

12:23:51 24    electronic copies, whether or not the Court prefers.  It helps

12:23:55 25    with tracking.

                              **OFFICIAL TRANSCRIPT**

12:23:56  1        MR. IRPINO:  Well, that much -- we ask Indata to send

12:23:59  2    all the parties the electronic copies.

12:24:02  3        MR. THOMPSON:  I've been asked to make it clear that

12:24:04  4    the lists that Anthony is handing to the Court this afternoon

12:24:07  5    were compiled by Indata, not by the PSC.

12:24:11  6        THE COURT:  Good.  That's fine.

12:24:14  7        MR. IRPINO:  I was handed this by Indata.

12:24:18  8        THE COURT:  When you circulate those lists, would you

12:24:22  9    also either cc me or Stephanie, so she'll have an electronic

12:24:27 10    version of the list, as well, so if she wants to manipulate

12:24:30 11    them in some way, she can.

12:24:33 12        MR. IRPINO:  Do you want me to also present these hard

12:24:35 13    copies to Stephanie?

12:24:36 14        THE COURT:  Yes.  That would be great.  She wants them

12:24:38 15    hard copy, too.

12:24:41 16        THE DEPUTY CLERK:  Thank you.

12:24:43 17        MR. NOMELLINI:  Judge Shushan, one thing that

12:24:45 18    Brian Cavanaugh just alerted me to -- he has been handling the

12:24:49 19    deposition bundles -- on the ones that Halliburton offered last

12:24:52 20    week, there are still just a couple confidentiality issues that

12:24:55 21    we're working out with Indata.  Should not be a problem, and

12:24:58 22    we'll get that worked out as soon as possible.

12:25:02 23        MR. YORK:  We weren't aware of that before, Judge, or

12:25:04 24    we would have mentioned it, certainly.

12:25:04 25        THE COURT:  No problem.

**OFFICIAL TRANSCRIPT**

12:25:06  1          MR. YORK:  I am going to hand to Stephanie the list.
12:25:08  2     This is the list of Halliburton's deposition bundles.  Indata
12:25:13  3     is still working on that thumb drive and said that it will be
12:25:16  4     available to the Court and to the parties this afternoon that
12:25:18  5     will have those bundles actually on it.
12:25:21  6          Stephanie, I marked the three that were
12:25:23  7     previously admitted that I don't believe would have been on the
12:25:26  8     thumb drive because they would have been on another previous
12:25:28  9     thumb drive.
12:25:29 10          THE COURT:  Have you got that, Stephanie?
12:25:30 11          THE DEPUTY CLERK:  Yes.
12:25:31 12          MR. YORK:  Now she's not smiling at me.
12:25:33 13          THE COURT:  No, she's giving you daggers.
12:25:34 14          MR. IRPINO:  I'm telling you, that was the same look as
12:25:37 15     before.
12:25:40 16          THE COURT:  What else have we got?
12:25:41 17          MR. IRPINO:  Just a couple things, Your Honor.
12:25:43 18          We do want to make note that it is certainly
12:25:48 19     possible next week, based on how fast witnesses have been going
12:25:52 20     and that have been getting cut down, that we may not make it
12:25:56 21     till Thursday afternoon next week.
12:25:57 22          So we just wanted to put that on the Court's
12:26:02 23     radar.  I'm not saying it's going to happen or even likely;
12:26:04 24     it's just certainly a possibility from a scheduling standpoint
12:26:08 25     for you to know.

                              **OFFICIAL TRANSCRIPT**

12:26:09   1          THE COURT:  That doesn't make my life any easier.  It

12:26:11   2    didn't affect me one way or the other.

12:26:13   3              No.  I think it's great that you all have managed

12:26:18   4    to really wrap this thing up and get it all done and presented.

12:26:22   5              So that's something that I think we need to

12:26:25   6    discuss tomorrow.  The group needs to start thinking about

12:26:29   7    making sure that at some point, possibly next week, we tie up

12:26:34   8    all of the loose ends on marshaling and make sure that we've

12:26:38   9    got it all correctly marshaled and in the record and that

12:26:45  10    Stephanie is happy.

12:26:47  11          THE DEPUTY CLERK:  I'm going to check on what I have,

12:26:48  12    and anything that's not clear, I'll get with y'all.

12:26:52  13          MR. IRPINO:  Please.

12:26:55  14              We talked about or touched on briefly the

12:26:58  15    possibility of having some completion designations for some

12:27:02  16    exhibits that -- a small, discrete number of exhibits the

12:27:07  17    parties feel like they would have wanted the whole exhibit in.

12:27:11  18              We wanted to just put a placeholder there

12:27:13  19    that we're probably coming up on the time that we want to get

12:27:18  20    that resolved.

12:27:19  21          THE COURT:  Yes, I think you all should be thinking

12:27:21  22    about that.  That's on my agenda for tomorrow's Work Group

12:27:25  23    Conference; but, we do need to scramble for that, as well.

12:27:28  24          MR. IRPINO:  Okay.

12:27:30  25          THE COURT:  Remember, no document dump.

**OFFICIAL TRANSCRIPT**

12:27:32 1        MR. IRPINO:  We have all used that phrase repeatedly on

12:27:35 2   our calls, and including on our call at nine last night.

12:27:39 3               One final issue --

12:27:40 4        MR. NOMELLINI:  Your Honor, Anthony was advocating for

12:27:43 5   the document dump, but I talked him down.

12:27:46 6               No, I'm kidding.

12:27:48 7        THE COURT:  You talked him off the ledge; is that

12:27:52 8   right, Mark?

12:27:52 9        MR. IRPINO:  Well, because you have now every party

12:27:55 10  unanimously saying, this cannot be a document dump.  This has

12:27:59 11  to be narrow.  It has to be reasonable.  So that is engrained

12:28:02 12  in everybody's brain.

12:28:04 13       THE COURT:  Cool.

12:28:05 14       MR. IRPINO:  Now, one final issue -- oh, Abby, perfect.

12:28:09 15              One final issue involves --

12:28:10 16       THE COURT:  She's only been standing up for 45 minutes,

12:28:12 17  but that's okay.

12:28:13 18       MR. IRPINO:  I'm sorry.

12:28:17 19              -- involves this issue with the depo bundles.

12:28:19 20  It's another depo bundle issue.

12:28:22 21              There were, relatively speaking, a few, but I

12:28:26 22  think total is, like, 75 exhibits that were designated

12:28:31 23  originally by the PSC and the United States and did not get

12:28:39 24  linked.

12:28:39 25              This terminology -- it was designated, and it was

**OFFICIAL TRANSCRIPT**

12:28:41  1    on a list provided to Indata, but there was nowhere for Indata

12:28:46  2    to link it because the words in the deposition did not say

12:28:50  3    Exhibit or Depo Exhibit 498 or whatever; or, because some of

12:28:56  4    the words weren't designated, and so there were no words

12:29:01  5    designated, as I appreciate it, in some instances, so there was

12:29:04  6    nowhere to link.

12:29:05  7            So even though they were designated to be

12:29:08  8    included in the bundles, Indata did not include them.  That's

12:29:11  9    not saying that Indata was doing something -- they didn't have

12:29:17 10    the capacity or ability to do it without -- with linking.

12:29:22 11            So that's out there.  There are some issues

12:29:26 12    whether the defendants -- or, at least, I know BP.  I don't --

12:29:29 13    I think the other defendants share BP's position, but I don't

12:29:32 14    want to speak for them.

12:29:33 15        THE COURT:  That's on the Work Group agenda tomorrow,

12:29:36 16    as well.

12:29:38 17        MR. IRPINO:  So we'll just deal with it tomorrow?

12:29:40 18    We're good, then?

12:29:41 19        THE COURT:  Well, I think so.  I mean, obviously, I

12:29:43 20    would like to have a better understanding -- Anthony, maybe you

12:29:49 21    or Abby can give it to me -- if, indeed, an attorney who was

12:29:54 22    examining a witness didn't say, look at Exhibit 1, then why is

12:30:00 23    Exhibit 1 designated for that deposition bundle, is my

12:30:07 24    question?

12:30:07 25        MS. ANDRÉ:  Your Honor, Abby André for the

**OFFICIAL TRANSCRIPT**

12:30:08  1    United States.

12:30:09  2             I think I can clarify.  It's not an issue of

12:30:12  3    whether or not they were mentioned in the deposition.  My

12:30:15  4    understanding is all of these documents were mentioned; but,

12:30:17  5    some of the testimony was not highlighted.

12:30:20  6             See, that came about, from our team, anyway,

12:30:25  7    because we were instructed to not highlight foundational

12:30:28  8    material if there was no substantive information given about

12:30:33  9    the document during the deposition.

12:30:35 10             Now, had we been on notice from Indata that these

12:30:40 11    75 or so documents were not going to be included if we did not

12:30:45 12    highlight document X in the deposition, we would have remedied

12:30:50 13    that earlier.

12:30:51 14             Again, as Anthony said, I'm not trying to throw

12:30:54 15    any dirt on Indata here; but, since we had maybe some

12:30:57 16    misunderstanding about what was supposed to be designated, and

12:31:00 17    as you've graciously said repeated, this is not a perfect

12:31:03 18    process, we would like to able to move in the 75 that we did

12:31:06 19    talk about during those depositions, but for whom we did not

12:31:09 20    designate testimony necessarily.

12:31:13 21       THE COURT:  I guess my only question on that, Abby, is

12:31:16 22    if the testimony designated by the U.S. or the PSC didn't

12:31:22 23    include it, why are the exhibits important enough to come in?

12:31:25 24       MS. ANDRÉ:  Your Honor, that's a good question.  I

12:31:28 25    think in some cases, we had documents that we expected a

**OFFICIAL TRANSCRIPT**

12:31:32  1    deponent to know about, and perhaps he or she did not; but,

12:31:35  2    that doesn't mean we think they are, therefore, irrelevant,

12:31:38  3    either to other deponents, to witnesses testifying live, or to

12:31:42  4    post-trial briefing.

12:31:44  5          THE COURT:  So, let me ask you this one.  Is a better

12:31:46  6    way to handle it to think about those 75 exhibits coming in on

12:31:53  7    our final list of exhibits that should be admitted in toto?

12:31:58  8          MS. ANDRÉ:  We could certainly do that, Your Honor.

12:32:01  9          Another thing I wanted to flag for you for

12:32:03 10    discussion either today or tomorrow is the issue of custodial

12:32:06 11    witnesses.

12:32:07 12          PSC and the United States did reserve the right

12:32:08 13    to call custodial witnesses.  It's my opinion, and I think

12:32:12 14    everyone would agree, that Judge Barbier would rather not hear

12:32:16 15    from custodial witnesses.

12:32:18 16          THE COURT:  Is it?

12:32:19 17          MS. ANDRÉ:  Yes.  But we thought --

12:32:20 18          MR. NOMELLINI:  It's a close call, Judge.

12:32:22 19          MS. ANDRÉ:  It's a close call, but --

12:32:23 20          THE COURT:  You think he's on the fence?

12:32:25 21          MS. ANDRÉ:  He might be on the fence, but we thought,

12:32:27 22    instead, as you're suggesting, we could submit a finite list of

12:32:32 23    documents that could include those 75, maybe some others, but

12:32:35 24    not many more, certainly not a document dump, to avoid the

12:32:38 25    custodial witness issue.

                              **OFFICIAL TRANSCRIPT**

12:32:39 1       THE COURT:  I think that's probably, in my view -- and

12:32:42 2  I'm not going to tell you all how to do it -- but, in my view,

12:32:45 3  that would probably be a easier way to handle the issue you're

12:32:51 4  raising, rather than go back in and take over the bundles.

12:32:57 5       MR. NOMELLINI:  Your Honor, we would agree with that.

12:32:59 6         Our understanding during the process was that if

12:33:05 7  an exhibit was not discussed at all, but was highlighted, it

12:33:10 8  wouldn't go in with the bundles, in part because the Judge

12:33:13 9  wouldn't have any context for it.

12:33:13 10       THE COURT:  Right.

12:33:15 11       MR. NOMELLINI:  I think that might have been

12:33:16 12  Halliburton's understanding and Transocean's understanding as

12:33:16 13  well.

12:33:17 14        So I also have an issue with doing this through

12:33:23 15  the bundle process because I think if the United States and the

12:33:26 16  PSC do it, and the rules change, in our view, in that regard,

12:33:30 17  everybody is going to want to change it, and everybody is going

12:33:32 18  to want to offer more stuff.  That seems like something we

12:33:36 19  probably do not want.

12:33:38 20        The other thing is, you know, just a context

12:33:41 21  issue.  The Judge would not have any context for these

12:33:44 22  documents.

12:33:44 23       THE COURT:  Go ahead, Alan.

12:33:46 24       MR. YORK:  I agree with what Mark said.  I do want to

12:33:48 25  point out that --

**OFFICIAL TRANSCRIPT**

THE COURT:  Well, he was agreeing with what I said.

MR. YORK:  Then I agree with what you said.

But I did at least want to point out that, from Halliburton's perspective, when we got the deposition -- our deposition bundles, we went through and looked at them.

Indata was extremely helpful when we had this question because the question came up a year and a half ago. When we had this question, Indata was extremely helpful in working through it.  We were able to show them, even though it wasn't specifically referenced, where it linked in the designated testimony.

They were extremely helpful in working through that and making sure that all those exhibits were, in fact, included, as they were supposed to have been.

THE COURT:  Well, if everybody is happy with that proposed resolution, why don't we handle it that way, and then we won't have an agenda item for tomorrow's Work Group Conference.

MR. NOMELLINI:  Your Honor, let me talk to the trial team members about how we're going to handle -- I guess it's the exhibits not sponsored by witnesses issue, and perhaps we can talk about that.

THE COURT:  That will still be on the agenda for tomorrow, but the linkage to depositions will come off.  I think we've resolved that.

**OFFICIAL TRANSCRIPT**

12:34:57  1          MR. NOMELLINI:  Okay, but I guess -- I guess that's --
12:35:02  2     that leaves somewhat open the question of these 75 and how they
12:35:06  3     are handled.  Maybe we tie that to the custodial issue for
12:35:11  4     tomorrow.
12:35:11  5          MR. IRPINO:  Yeah, maybe we can.
12:35:12  6          I mean, the way I view it -- and I have to defer
12:35:17  7     to Abby on this.  We have five of the 75, the PSC does, so it's
12:35:22  8     not quite the issue for us that it is for the United States, so
12:35:27  9     I defer to whatever Abby says.
12:35:29 10          That said, I do want to be clear.  We tried to
12:35:31 11     make this clear on the call last night.  This is in no way
12:35:34 12     opening a door, as we see it, to allow somebody to now
12:35:37 13     designate something that wasn't designated before.
12:35:40 14          By definition, these are exhibits that were
12:35:42 15     designated by the parties, that were on a list that went to
12:35:46 16     Indata that said, these go in the bundles.
12:35:49 17          So at no point can any party, be it PSC or
12:35:53 18     anybody, say, oh, well, there is one that didn't get in, and we
12:35:56 19     thought, well -- it has to be on that original list that was
12:35:59 20     sent to Indata.
12:36:01 21          Then, from that point on, we can deal with it
12:36:03 22     from there; but, I want to set those boundaries that define
12:36:07 23     what this is about.
12:36:10 24          We're happy to wrap that in however we can.  If
12:36:15 25     we can take agenda items off, we're happy to do it.

**OFFICIAL TRANSCRIPT**

12:36:15  1          THE COURT:  We'll cover it tomorrow, because we have to

12:36:17  2   be in gear for sometime, I think, next week, so -- maybe not.

12:36:23  3              Don, what do you think the forecast for next week

12:36:25  4   is?

12:36:27  5          MR. HAYCRAFT:  I think we will meet the Judge's

12:36:32  6   suggestion of finishing by the 18th or possibly the 22nd or

12:36:37  7   23rd.

12:36:39  8          THE COURT:  Good.

12:36:41  9              Anything else other than discussion of

12:36:44 10   French Quarter Festival?  Is that right, Mr. O'Rourke?

12:36:49 11          MR. O'ROURKE:  Well, we're voting for ending on the

12:36:54 12   22nd, so we could stay for the first weekend of Jazz Fest.

12:36:56 13          THE COURT:  That's exactly right, but first comes

12:36:58 14   French Quarter Fest.  Tomorrow is going to be a glorious day.

12:37:02 15   Saturday is looking very good.  Sunday not quite so nice, but

12:37:07 16   still doable.  Hopefully, today will not be a complete washout.

12:37:11 17   So check it out.  Free.

12:37:17 18              Anything else, fellows, girls?

12:37:20 19              All right.  Thank you very much.  See you later.

         20          (WHEREUPON, at 12:37 p.m., the proceedings were

         21   concluded.)

         22                       *    *    *

         23

         24

         25

1                         REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Certified Court Reporter of the State of

5     Louisiana, Official Court Reporter for the United States

6     District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript to

8     the best of my ability and understanding from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11

12                         *s/Cathy Pepper*
                           _____

13                         Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
14                         Registered Merit Reporter
                           Official Court Reporter
15                         United States District Court
                           Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

**'**

**'04** [1] - 8431:7
**'07** [1] - 8431:8
**'09** [6] - 8500:24, 8501:4
**'70s** [2] - 8391:24, 8392:3
**'80s** [1] - 8399:22

# 0

**0** [2] - 8512:4, 8512:10

# 1

**1** [5] - 8431:14, 8478:1, 8495:13, 8556:22, 8556:23
**10** [3] - 8464:3, 8510:11, 8525:17
**10-MD-2179** [1] - 8375:8
**1000** [1] - 8380:19
**1001** [1] - 8380:11
**101** [1] - 8377:4
**103** [35] - 8409:20, 8410:11, 8411:1, 8411:24, 8436:13, 8441:4, 8441:8, 8442:8, 8442:15, 8444:3, 8444:4, 8457:15, 8457:20, 8458:11, 8458:19, 8459:1, 8459:11, 8459:18, 8461:15, 8461:17, 8463:19, 8463:24, 8464:7, 8464:8, 8465:21, 8466:9, 8467:24, 8468:15, 8469:6, 8469:17, 8483:21, 8486:25, 8503:16, 8505:2, 8506:22
**103's** [1] - 8460:22
**103Y** [4] - 8482:21, 8495:17, 8499:21, 8507:1
**10:06** [1] - 8473:15
**11** [4] - 8375:9, 8383:2, 8431:8, 8474:7
**11/4/07** [1] - 8476:11
**1100** [1] - 8380:7
**1110** [1] - 8380:23
**11:56** [1] - 8536:23
**11th** [1] - 8515:14
**12** [8] - 8387:14,

---

8387:25, 8388:7, 8389:15, 8389:20, 8389:21, 8474:7
**12-volt** [1] - 8421:19
**1201** [2] - 8379:20, 8381:6
**126** [5] - 8540:19, 8540:25, 8547:9, 8548:19, 8548:23
**12:37** [1] - 8562:20
**1308** [1] - 8377:7
**1331** [1] - 8381:10
**13th** [1] - 8478:21
**140** [1] - 8525:17
**14271** [1] - 8378:13
**14th** [4] - 8546:17, 8546:22, 8549:14, 8549:19
**15** [3] - 8464:3, 8520:5, 8521:1
**15-minute** [1] - 8473:12
**15.7** [2] - 8521:18, 8522:4
**15th** [1] - 8510:1
**1601** [1] - 8376:11
**1645** [2] - 8486:3, 8486:4
**1665** [1] - 8381:10
**17** [2] - 8510:8, 8521:1
**1700** [2] - 8381:6, 8486:22
**18** [1] - 8549:23
**1885** [1] - 8379:6
**18th** [1] - 8562:6
**1905** [1] - 8487:7
**1980** [1] - 8396:15
**1988** [1] - 8396:12
**1998** [1] - 8400:3
**19th** [1] - 8515:4

# 2

**2** [11] - 8424:3, 8424:9, 8424:24, 8431:14, 8450:13, 8477:24, 8478:8, 8479:17, 8479:20, 8533:20, 8533:25
**2/1** [1] - 8505:6
**2/10** [1] - 8483:9
**2/2** [1] - 8505:6
**20** [4] - 8375:6, 8435:25, 8473:2, 8519:7
**20004** [1] - 8379:21
**2004** [1] - 8528:22
**20044** [3] - 8378:7, 8378:13, 8378:19

---

**2005** [2] - 8479:9, 8479:18
**2006** [1] - 8482:11
**2007** [1] - 8431:25
**2008** [2] - 8397:12, 8480:8
**2009** [3] - 8478:19, 8480:8, 8531:23
**2010** [25] - 8375:6, 8404:5, 8435:3, 8435:25, 8442:18, 8469:24, 8471:3, 8472:11, 8473:2, 8478:21, 8483:9, 8483:17, 8484:2, 8503:17, 8504:22, 8505:2, 8505:6, 8509:7, 8510:8, 8510:11, 8512:18, 8512:22, 8513:10, 8515:14, 8519:7
**2011** [15] - 8445:11, 8447:2, 8449:4, 8449:19, 8452:25, 8453:21, 8453:23, 8455:19, 8466:21, 8494:2, 8501:8, 8516:12, 8517:5, 8519:18, 8520:24
**2013** [3] - 8375:9, 8383:2, 8550:11
**20th** [10] - 8403:15, 8403:19, 8404:5, 8423:10, 8440:22, 8442:3, 8451:2, 8502:6, 8516:6, 8517:11
**21** [2] - 8464:9, 8528:7
**2146** [1] - 8444:2
**22** [3] - 8457:24, 8458:2, 8550:11
**2211** [1] - 8380:23
**2216** [1] - 8377:18
**223290-63** [1] - 8471:11
**22729.13.1** [1] - 8516:8
**22729.15.2** [1] - 8517:6
**22729.15.7TO** [1] - 8519:21
**22729.22.1** [1] - 8494:14
**22729.23.4** [1] - 8503:14
**22740.29** [1] - 8500:17
**22ND** [1] - 8376:19
**22nd** [2] - 8562:6, 8562:12
**23451** [1] - 8376:19

---

**23rd** [5] - 8478:18, 8514:5, 8514:22, 8514:24, 8562:7
**24-volt** [2] - 8467:3, 8467:4
**25** [1] - 8525:17
**25th** [1] - 8477:23
**26** [1] - 8375:20
**2615** [1] - 8376:15
**27** [18] - 8409:24, 8423:23, 8424:19, 8424:21, 8424:22, 8424:25, 8426:4, 8426:5, 8426:6, 8429:7, 8436:9, 8436:16, 8437:11, 8437:15, 8517:23, 8519:15, 8519:16, 8534:12
**27-volt** [57] - 8404:11, 8410:2, 8414:16, 8414:17, 8417:24, 8417:25, 8418:3, 8418:8, 8418:16, 8418:19, 8418:23, 8418:24, 8419:2, 8419:5, 8419:21, 8419:24, 8420:13, 8422:8, 8423:16, 8424:6, 8426:10, 8428:9, 8428:17, 8429:22, 8435:12, 8435:13, 8436:2, 8436:18, 8440:16, 8456:14, 8516:14, 8516:22, 8517:5, 8517:19, 8518:5, 8518:6, 8518:7, 8518:21, 8519:7, 8519:9, 8520:3, 8520:4, 8520:14, 8520:18, 8521:1, 8521:18, 8523:12, 8523:19, 8523:22, 8524:3, 8524:10, 8524:13, 8524:16, 8524:23, 8527:3, 8533:20, 8534:3
**28** [2] - 8549:23, 8549:24
**28.2** [1] - 8420:4
**28th** [1] - 8514:3
**29** [1] - 8484:16
**2:10-CV-02771** [1] - 8375:12
**2:10-CV-4536** [1] - 8375:14
**2nd** [1] - 8494:19

---

# 3

**3** [10] - 8431:5, 8431:14, 8447:2, 8449:4, 8475:20, 8476:10, 8476:13, 8478:5, 8478:9, 8478:14
**3,000** [7] - 8413:6, 8447:14, 8447:15, 8457:25, 8458:1, 8459:14, 8464:9
**30** [17] - 8410:4, 8410:6, 8455:2, 8455:3, 8457:19, 8457:21, 8459:5, 8460:25, 8461:2, 8461:4, 8461:16, 8461:21, 8462:6, 8462:10, 8464:11, 8464:16, 8465:24
**30(b)(6** [6] - 8544:18, 8544:24, 8545:12, 8547:10, 8548:2, 8549:13
**30-day** [1] - 8514:6
**30-second** [3] - 8410:5, 8454:21, 8455:1
**300** [1] - 8379:25
**31** [1] - 8513:10
**3130** [2] - 8486:2, 8487:5
**3130.37.1** [1] - 8493:20
**31st** [1] - 8504:22
**32** [2] - 8486:2, 8486:22
**3299** [1] - 8477:14
**3299.80.1** [1] - 8477:22
**33** [3] - 8481:3, 8527:18, 8529:15
**3329** [1] - 8432:10
**3400** [1] - 8479:16
**35** [1] - 8487:5
**355** [1] - 8380:15
**35TH** [1] - 8380:15
**36** [3] - 8458:3, 8459:5, 8462:10
**36130** [1] - 8378:24
**36604** [1] - 8376:12
**3668** [1] - 8376:4
**3700** [2] - 8380:7, 8380:11
**3797.2.1TO** [1] - 8483:19
**3797.2.1US** [1] - 8483:25

---

**3797.4.1** [1] - 8504:20
**3rd** [7] - 8388:25,
8389:7, 8448:14,
8492:6, 8492:12,
8492:17, 8494:11

## 4

**4** [3] - 8483:1,
8493:18, 8494:2
**4.4** [1] - 8474:13
**4/11/2013** [1] - 8537:5
**4/2/2013** [1] - 8537:5
**40** [2] - 8462:10,
8468:10
**40009.11** [1] - 8474:7
**402** [1] - 8376:19
**43** [2] - 8458:25,
8459:23
**43093.59.1** [1] -
8506:25
**43093.64.1** [1] -
8498:5
**43093.64.2** [1] -
8498:9
**4310** [1] - 8377:14
**435** [1] - 8377:4
**45** [3] - 8461:11,
8461:12, 8555:16
**450** [1] - 8377:23
**4898A** [1] - 8495:13
**498** [1] - 8556:3
**4th** [10] - 8389:1,
8389:10, 8431:25,
8449:19, 8450:25,
8493:21, 8493:24,
8494:15, 8494:20,
8496:22

## 5

**50** [2] - 8411:6, 8459:2
**500** [3] - 8376:4,
8378:23, 8381:14
**5000** [1] - 8379:17
**50378** [1] - 8484:12
**50378.29.1** [2] -
8486:11, 8487:10
**504** [1] - 8381:15
**5097.6.1** [1] - 8506:5
**51** [1] - 8464:10
**5138** [1] - 8475:16
**5138.3.1** [1] - 8475:21
**5138.4.1** [1] - 8483:2
**5154.1.1** [1] - 8529:5
**5165.1.1** [1] - 8509:12
**5183** [1] - 8482:25
**52683.787.1** [1] -

8513:24
**5395** [1] - 8377:23
**54** [1] - 8481:21
**556** [1] - 8376:4
**58** [1] - 8458:2
**589-7779** [1] - 8381:15

## 6

**6** [1] - 8514:17
**60** [1] - 8452:4
**600** [3] - 8376:19,
8376:22, 8380:19
**601** [1] - 8376:15
**60654** [1] - 8379:25
**618** [1] - 8377:11
**63** [1] - 8471:6
**63.1** [1] - 8497:24
**6th** [1] - 8514:18

## 7

**7** [2] - 8514:17, 8528:6
**70** [1] - 8425:24
**701** [2] - 8379:11,
8379:16
**70113** [1] - 8376:8
**70130** [5] - 8376:16,
8376:23, 8377:18,
8379:11, 8381:15
**70139** [1] - 8379:17
**70163** [1] - 8380:7
**70360** [1] - 8377:4
**70458** [1] - 8377:8
**70502** [2] - 8376:5,
8380:20
**70801** [1] - 8377:11
**70804** [1] - 8379:7
**75** [7] - 8555:22,
8557:11, 8557:18,
8558:6, 8558:23,
8561:2, 8561:7
**75270** [1] - 8381:7
**7611** [1] - 8378:7
**77** [1] - 8529:10
**77002** [1] - 8380:11
**77006** [1] - 8377:15
**77010** [1] - 8381:10
**77098** [1] - 8380:23
**7th** [1] - 8514:18
**7TH** [1] - 8377:23

## 8

**8** [1] - 8386:6, 8541:17
**8.12** [3] - 8487:13,
8487:17, 8501:21
**8.16** [2] - 8486:18,

8487:17
**8.36** [1] - 8486:14
**8.53** [1] - 8501:21
**80** [2] - 8425:24,
8477:22
**820** [1] - 8376:8
**8254** [1] - 8544:10
**8390** [1] - 8382:5
**8391** [1] - 8382:6
**8400** [1] - 8382:7
**8401** [1] - 8382:19
**8474** [1] - 8382:8
**8475** [1] - 8382:9
**8489** [1] - 8382:10
**8533** [1] - 8382:11
**8536** [1] - 8382:12
**891** [1] - 8432:12
**8944-1** [1] - 8546:23
**8:00** [1] - 8375:9

## 9

**9's** [2] - 8426:23,
8429:6
**9-volt** [48] - 8409:16,
8409:21, 8410:1,
8410:8, 8414:14,
8419:20, 8422:8,
8423:13, 8424:18,
8424:25, 8425:9,
8425:13, 8428:8,
8436:8, 8436:9,
8436:14, 8437:4,
8437:8, 8437:11,
8437:13, 8437:14,
8438:6, 8438:9,
8438:13, 8438:16,
8438:18, 8440:17,
8460:4, 8460:12,
8462:13, 8462:21,
8463:8, 8465:2,
8499:24, 8501:6,
8501:20, 8516:14,
8516:19, 8517:4,
8518:11, 8518:19,
8518:20, 8523:9,
8523:16, 8524:22,
8525:19, 8526:7,
8526:11
**9-volts** [3] - 8516:14,
8520:7, 8523:17
**9/10** [1] - 8541:17
**90071** [1] - 8380:16
**94005** [1] - 8379:7
**94102** [1] - 8377:24
**99** [1] - 8528:6
**9:30** [1] - 8538:17
**9TH** [1] - 8376:22
**9th** [2] - 8383:17,

8484:2

## A

**a.m** [2] - 8473:15,
8536:23
**A.M** [1] - 8375:9
**AB** [1] - 8446:15
**Abby** [6] - 8555:14,
8556:21, 8556:25,
8557:21, 8561:7,
8561:9
**abeyance** [2] - 8540:5,
8540:13
**ability** [9] - 8418:11,
8442:2, 8449:5,
8450:13, 8451:1,
8460:22, 8469:17,
8556:10, 8563:8
**able** [26] - 8392:2,
8394:22, 8395:1,
8395:2, 8403:4,
8404:15, 8412:17,
8416:14, 8420:25,
8421:2, 8423:8,
8425:1, 8425:4,
8425:8, 8428:23,
8430:6, 8435:24,
8436:6, 8440:11,
8441:1, 8460:9,
8493:14, 8514:16,
8537:25, 8557:18,
8560:9
**above-entitled** [1] -
8563:9
**above-mentioned** [2]
- 8473:25, 8537:21
**ABRAMSON** [1] -
8376:14
**absolutely** [1] -
8540:1
**AC** [5] - 8460:15,
8463:6, 8465:3,
8465:5, 8465:25
**academic** [1] -
8426:24
**accept** [1] - 8400:19
**acceptable** [1] -
8467:8
**accident** [8] - 8400:6,
8418:17, 8420:22,
8422:18, 8426:3,
8441:3, 8522:2,
8522:4
**accordance** [2] -
8507:1, 8508:2
**according** [3] -
8410:3, 8431:23,
8519:18

**accounts** [2] -
8436:17, 8460:12
**accumulator** [1] -
8398:21
**acquired** [1] - 8397:6
**acronyms** [1] -
8445:15
**acting** [1] - 8441:18
**action** [5] - 8414:11,
8511:16, 8511:19,
8511:23
**ACTION** [1] - 8375:8
**activate** [13] -
8409:20, 8435:24,
8436:6, 8437:13,
8448:16, 8448:19,
8453:5, 8454:23,
8455:2, 8459:25,
8461:11, 8469:8,
8499:9
**activated** [19] -
8415:18, 8436:11,
8448:23, 8449:5,
8458:25, 8459:18,
8462:1, 8471:14,
8489:11, 8491:6,
8491:24, 8496:6,
8498:6, 8503:4,
8506:9, 8506:11,
8511:1, 8512:3,
8522:24
**activates** [1] - 8407:2
**activation** [12] -
8459:11, 8459:13,
8463:17, 8464:20,
8464:21, 8464:23,
8465:6, 8465:7,
8465:15, 8465:16,
8465:25, 8487:25
**activations** [3] -
8432:24, 8463:2,
8465:8
**active** [2] - 8408:14,
8520:6
**activities** [1] - 8439:12
**activity** [1] - 8513:6
**actual** [18] - 8447:13,
8451:11, 8451:12,
8451:14, 8451:17,
8453:13, 8466:24,
8471:22, 8489:21,
8497:6, 8497:11,
8497:13, 8497:17,
8499:14, 8502:5,
8502:20, 8502:21,
8502:23
**actuate** [1] - 8523:20
**actuated** [1] - 8481:3
**actuations** [4] -
8480:23, 8481:4,

8529:10, 8529:15
**added** [4] - 8407:19, 8449:15, 8509:19, 8543:19
**addition** [5] - 8387:12, 8492:5, 8541:16, 8542:3, 8542:13
**additional** [4] - 8388:6, 8449:18, 8463:18, 8538:20
**additionally** [1] - 8482:21
**additions** [1] - 8545:2
**address** [3] - 8388:13, 8388:20, 8463:16
**addressed** [3] - 8465:16, 8510:4, 8539:21
**adequate** [13] - 8404:12, 8413:3, 8418:3, 8418:8, 8419:21, 8421:22, 8423:16, 8424:19, 8427:18, 8435:19, 8436:8, 8436:9, 8462:6
**admissibility** [2] - 8387:7, 8388:4
**admission** [2] - 8539:24, 8542:12
**admissions** [1] - 8541:17
**admit** [4] - 8537:17, 8540:5, 8544:11, 8547:3
**admitted** [42] - 8384:10, 8384:12, 8384:23, 8384:25, 8385:6, 8385:8, 8385:18, 8385:20, 8386:1, 8386:3, 8386:21, 8386:23, 8401:11, 8401:12, 8473:24, 8473:25, 8537:18, 8537:21, 8539:19, 8540:21, 8541:11, 8541:14, 8542:4, 8542:5, 8542:11, 8543:10, 8543:18, 8544:2, 8544:5, 8544:22, 8545:12, 8545:13, 8545:14, 8545:15, 8545:17, 8546:9, 8547:9, 8547:14, 8550:5, 8550:11, 8553:7, 8558:7
**ADMITTED............. .....** [1] - 8382:19
**admitting** [2] - 8543:1,

8543:2
**advice** [1] - 8512:1
**advise** [1] - 8535:9
**advisory** [1] - 8512:17
**advocating** [1] - 8555:4
**affect** [1] - 8554:2
**affirm** [2] - 8537:14, 8537:15
**afternoon** [6] - 8473:22, 8543:14, 8543:15, 8552:4, 8553:4, 8553:21
**age** [4] - 8526:17, 8527:3, 8527:4, 8527:8
**agenda** [6] - 8538:3, 8554:22, 8556:15, 8560:17, 8560:23, 8561:25
**ago** [12] - 8450:10, 8477:18, 8477:21, 8501:19, 8505:10, 8507:4, 8510:21, 8512:7, 8520:13, 8541:7, 8542:24, 8560:7
**agree** [30] - 8390:5, 8400:16, 8426:12, 8429:21, 8436:2, 8436:23, 8444:24, 8451:20, 8454:9, 8473:8, 8474:23, 8478:25, 8481:13, 8489:19, 8490:14, 8490:18, 8497:25, 8503:15, 8508:21, 8513:1, 8523:11, 8526:14, 8527:21, 8544:2, 8544:15, 8545:11, 8558:14, 8559:5, 8559:24, 8560:2
**agreed** [2] - 8494:19, 8537:4
**agreeing** [1] - 8560:1
**agreement** [1] - 8403:8
**agrees** [1] - 8438:17
**ahead** [12] - 8391:19, 8415:12, 8416:11, 8468:25, 8475:5, 8520:14, 8526:4, 8532:23, 8537:17, 8540:5, 8543:22, 8559:23
**air** [1] - 8468:23
**AL** [4] - 8375:13, 8375:16, 8376:12, 8378:24

**Alabama** [1] - 8488:10
**ALABAMA** [2] - 8378:21
**Alan** [4] - 8539:13, 8541:5, 8547:1, 8559:23
**alerted** [1] - 8552:18
**alike** [1] - 8439:22
**ALLAN** [1] - 8379:10
**allow** [7] - 8400:20, 8408:9, 8411:18, 8412:19, 8413:7, 8471:11, 8561:12
**allowed** [2] - 8389:13, 8481:21
**allows** [2] - 8408:7, 8494:9
**almost** [4] - 8428:21, 8441:16, 8533:4, 8539:5
**alone** [1] - 8496:6
**Ambrose** [3] - 8544:18, 8544:23, 8545:18
**amended** [4] - 8401:4, 8401:10, 8401:14, 8489:6
**Amendment** [7] - 8539:5, 8539:9, 8540:9, 8540:12, 8547:10, 8548:2, 8549:18
**AMERICA** [3] - 8375:15, 8377:21, 8379:14
**AMERICAN** [1] - 8376:15
**AMF** [118] - 8403:18, 8405:7, 8409:4, 8409:10, 8409:18, 8410:8, 8410:10, 8410:20, 8410:23, 8414:25, 8415:2, 8422:12, 8422:23, 8424:5, 8427:15, 8428:15, 8428:18, 8437:20, 8439:14, 8440:18, 8444:8, 8449:1, 8452:7, 8452:11, 8452:25, 8453:3, 8453:6, 8453:8, 8453:10, 8453:13, 8453:18, 8453:19, 8453:21, 8453:23, 8454:2, 8454:4, 8454:7, 8454:10, 8454:16, 8454:20, 8455:4, 8455:8, 8455:9, 8455:12, 8455:19,

8456:1, 8456:4, 8456:8, 8456:11, 8456:18, 8456:23, 8457:12, 8458:19, 8458:25, 8459:12, 8460:10, 8460:11, 8460:15, 8460:24, 8461:19, 8463:9, 8463:13, 8463:18, 8463:23, 8464:14, 8465:1, 8465:4, 8465:18, 8466:2, 8466:8, 8470:20, 8477:7, 8485:5, 8486:7, 8486:14, 8486:25, 8487:6, 8487:13, 8487:14, 8487:23, 8488:4, 8489:13, 8497:1, 8497:4, 8497:5, 8497:8, 8497:9, 8497:10, 8497:12, 8497:15, 8498:12, 8498:23, 8499:14, 8500:3, 8500:6, 8501:11, 8501:18, 8502:1, 8502:19, 8518:8, 8519:10, 8520:5, 8520:6, 8521:19, 8522:24, 8522:25, 8523:2, 8523:15, 8523:20, 8523:23, 8523:24, 8524:2, 8525:1, 8526:6, 8527:17
**AMF/Deadman** [41] - 8392:12, 8403:14, 8404:4, 8405:3, 8405:4, 8405:5, 8406:1, 8406:5, 8408:16, 8408:18, 8408:20, 8410:15, 8414:24, 8415:16, 8417:24, 8418:12, 8418:25, 8424:25, 8432:2, 8432:16, 8432:20, 8433:19, 8435:2, 8435:25, 8436:6, 8440:15, 8440:22, 8442:3, 8442:6, 8442:8, 8449:6, 8451:2, 8460:23, 8466:10, 8469:17, 8471:17, 8472:6, 8473:6, 8473:9, 8498:6, 8523:1
**amount** [2] - 8432:24, 8523:22
**AMS** [1] - 8436:11
**analysis** [32] - 8387:6,

8390:7, 8397:20, 8401:23, 8420:20, 8420:22, 8420:25, 8421:12, 8421:16, 8422:7, 8422:10, 8422:15, 8423:24, 8426:2, 8426:3, 8427:9, 8427:12, 8427:14, 8427:21, 8428:7, 8429:4, 8429:5, 8429:15, 8429:21, 8433:2, 8515:4, 8517:25, 8518:3, 8519:3, 8519:6, 8526:22, 8533:15
**analyze** [4] - 8394:23, 8395:2, 8410:25, 8411:24
**analyzed** [2] - 8402:6, 8515:10
**analyzing** [1] - 8400:6
**ancestrally** [1] - 8391:15
**AND** [2] - 8375:12, 8380:4
**Anderson** [1] - 8541:18
**Andreas** [1] - 8538:22
**ANDREW** [1] - 8379:23
**ANDRÉ** [6] - 8556:25, 8557:24, 8558:8, 8558:17, 8558:19, 8558:21
**André** [1] - 8556:25
**ANGELES** [1] - 8380:16
**animation** [10] - 8412:1, 8412:4, 8412:23, 8412:24, 8413:17, 8415:10, 8415:12, 8415:22, 8416:11, 8416:12
**announcements** [1] - 8432:14
**annual** [2] - 8393:13, 8531:20
**annually** [1] - 8395:10
**anomalies** [2] - 8463:10, 8463:12
**ANSWER** [2] - 8434:14, 8434:17
**answer** [2] - 8485:10, 8528:12
**ANTHONY** [1] - 8377:17
**Anthony** [10] - 8383:14, 8537:14, 8545:9, 8547:2,

8550:14, 8551:9,
8552:4, 8555:4,
8556:20, 8557:14
**anticipated** [3] -
8474:9, 8474:14,
8474:22
**anyway** [2] - 8460:20,
8557:6
**apart** [1] - 8441:19
**apologize** [2] -
8384:3, 8509:13
**apparent** [1] - 8387:2
**APPEARANCES** [6] -
8376:1, 8377:1,
8378:1, 8379:1,
8380:1, 8381:1
**appeared** [1] -
8428:16
**appearing** [1] -
8541:14
**applicable** [1] -
8547:1
**application** [3] -
8421:18, 8519:12
**applications** [2] -
8400:11, 8467:19
**applied** [8] - 8394:5,
8447:10, 8469:10,
8472:17, 8472:19,
8479:23, 8518:3,
8523:13
**apply** [4] - 8449:13,
8469:9, 8509:21,
8546:21
**applying** [1] - 8389:14
**appreciate** [2] -
8541:1, 8556:5
**appreciation** [1] -
8548:1
**approach** [1] -
8516:25
**appropriate** [1] -
8515:12
**approved** [1] - 8386:5
**APRIL** [3] - 8375:6,
8375:9, 8383:2
**April** [25] - 8383:17,
8403:15, 8403:19,
8404:5, 8423:10,
8435:3, 8435:25,
8440:22, 8442:3,
8451:2, 8472:11,
8473:2, 8478:21,
8500:24, 8501:4,
8501:12, 8502:6,
8515:14, 8516:6,
8517:11, 8519:7
**area** [2] - 8392:16,
8394:12
**arises** [1] - 8524:15

**arm** [5] - 8454:20,
8457:12, 8464:5,
8498:6, 8523:4
**armed** [3] - 8428:16,
8455:17, 8526:7
**arrangement** [1] -
8411:22
**ARRELL** [1] - 8380:22
**art** [1] - 8528:14
**Arthur** [2] - 8390:24,
8391:8
**ARTHUR** [3] - 8382:5,
8390:19, 8390:24
**articulate** [1] -
8389:11
**artificial** [1] - 8471:21
**Artzat** [2] - 8397:15,
8397:16
**ASBILL** [1] - 8380:9
**assembly** [1] - 8511:4
**assess** [1] - 8467:8
**assessing** [1] -
8467:10
**ASSET** [1] - 8375:13
**assignment** [1] -
8396:2
**assignments** [1] -
8396:2
**assume** [2] - 8515:13,
8526:18
**assumed** [1] - 8388:16
**assuming** [3] -
8409:2, 8485:24,
8532:16
**atmosphere** [1] -
8398:13
**attach** [1] - 8446:6
**attached** [1] - 8416:18
**attaching** [1] -
8475:19
**attachments** [1] -
8475:17
**Attachments** [1] -
8475:17
**attempt** [1] - 8429:25
**attempted** [2] -
8426:12, 8502:18
**attention** [3] -
8443:25, 8471:9,
8532:24
**ATTORNEY** [4] -
8378:21, 8378:22,
8379:4, 8379:6
**attorney** [1] - 8556:21
**attorneys** [1] - 8538:6
**attributed** [1] -
8463:15
**audible** [1] - 8448:4
**audit** [3] - 8479:18,
8479:22, 8480:2

**auditable** [1] - 8480:3
**audited** [2] - 8393:15,
8479:14
**auditing** [1] - 8393:15
**audits** [5] - 8479:9,
8479:10, 8480:8,
8480:18, 8482:14
**authorized** [1] -
8386:5
**automated** [1] -
8391:25
**Automatic** [1] -
8521:11
**automatic** [3] -
8392:12, 8409:4,
8409:18
**automation** [5] -
8392:5, 8392:18,
8396:22, 8397:8,
8398:17
**available** [7] - 8402:5,
8482:11, 8518:7,
8519:15, 8519:16,
8547:3, 8553:4
**AVENUE** [5] - 8376:8,
8377:23, 8378:23,
8379:20, 8380:15
**avoid** [1] - 8558:24
**awake** [2] - 8468:19,
8468:23
**aware** [21] - 8419:4,
8426:8, 8433:18,
8435:1, 8440:14,
8440:15, 8442:7,
8442:14, 8443:1,
8455:24, 8465:16,
8469:13, 8473:1,
8488:21, 8502:14,
8502:16, 8504:25,
8515:24, 8531:19,
8543:24, 8552:23

**B**

**Bachelor's** [1] -
8392:25
**background** [3] -
8392:20, 8392:24,
8418:9
**backup** [1] - 8399:6
**backwards** [2] -
8416:6, 8417:3
**bad** [42] - 8421:17,
8421:24, 8422:5,
8422:8, 8423:17,
8423:18, 8423:20,
8424:22, 8425:9,
8425:13, 8426:5,
8426:6, 8426:21,

8426:22, 8426:24,
8427:2, 8502:7,
8516:22, 8517:5,
8517:20, 8517:23,
8518:2, 8518:4,
8518:13, 8518:20,
8518:21, 8518:23,
8519:7, 8519:8,
8519:9, 8519:10,
8519:13, 8519:14,
8519:17, 8520:15,
8520:18, 8522:2,
8522:4, 8534:4,
8534:9, 8534:10,
8534:16
**Barbier** [3] - 8543:21,
8550:22, 8558:14
**BARBIER** [1] -
8375:22
**barely** [2] - 8506:7,
8514:8
**Bartoszek** [1] - 8537:7
**BARTOSZEK** [1] -
8537:12
**based** [19] - 8394:3,
8404:24, 8423:8,
8424:4, 8425:5,
8425:14, 8425:15,
8427:7, 8428:4,
8430:8, 8433:2,
8433:7, 8435:1,
8477:7, 8493:7,
8501:7, 8526:25,
8533:15, 8553:19
**basic** [3] - 8399:20,
8467:1, 8467:5
**basis** [4] - 8433:21,
8451:18, 8454:3,
8462:15
**Bates** [1] - 8507:12
**BATON** [2] - 8377:11,
8379:7
**batter** [1] - 8460:4
**batteries** [123] -
8398:25, 8399:7,
8399:11, 8414:14,
8419:10, 8419:11,
8419:20, 8420:6,
8420:12, 8420:14,
8420:21, 8420:24,
8421:1, 8421:3,
8421:12, 8422:14,
8422:16, 8422:17,
8422:21, 8423:9,
8423:14, 8424:16,
8424:18, 8424:25,
8425:10, 8425:11,
8425:15, 8425:16,
8425:17, 8425:18,
8425:22, 8425:23,

8426:21, 8426:22,
8427:2, 8427:10,
8427:12, 8427:21,
8428:3, 8428:4,
8428:9, 8428:12,
8430:1, 8430:4,
8430:6, 8430:10,
8430:15, 8431:7,
8431:24, 8432:2,
8432:16, 8432:20,
8433:14, 8433:19,
8434:12, 8434:16,
8434:21, 8435:2,
8435:9, 8436:8,
8438:6, 8438:9,
8438:13, 8438:18,
8439:7, 8440:17,
8455:14, 8462:14,
8462:19, 8462:23,
8474:21, 8475:24,
8476:13, 8479:4,
8480:17, 8481:14,
8481:15, 8482:12,
8484:18, 8484:20,
8484:22, 8485:3,
8485:20, 8487:8,
8487:12, 8499:16,
8499:24, 8500:12,
8500:20, 8501:7,
8502:4, 8516:9,
8516:19, 8517:4,
8517:23, 8518:1,
8518:11, 8518:13,
8518:19, 8518:20,
8518:23, 8522:8,
8522:9, 8522:11,
8523:9, 8523:19,
8524:22, 8526:11,
8526:14, 8526:25,
8527:3, 8527:10,
8527:16, 8528:9,
8529:2, 8529:10,
8529:24, 8530:5,
8530:11, 8531:10,
8532:8
**battery** [162] - 8399:2,
8404:12, 8409:12,
8409:14, 8409:16,
8409:23, 8410:1,
8410:2, 8410:9,
8414:16, 8414:17,
8417:3, 8417:4,
8417:24, 8418:1,
8418:3, 8418:16,
8418:19, 8418:23,
8418:24, 8419:2,
8419:6, 8419:22,
8419:24, 8421:5,
8421:14, 8421:19,
8421:23, 8422:1,
8422:25, 8423:6,

8423:16, 8424:6,
8424:25, 8425:2,
8425:24, 8425:25,
8426:1, 8426:10,
8426:19, 8426:22,
8428:9, 8428:17,
8429:22, 8431:2,
8432:2, 8432:4,
8432:24, 8433:4,
8434:23, 8435:12,
8435:13, 8435:18,
8436:2, 8436:9,
8436:15, 8436:18,
8437:4, 8437:8,
8437:11, 8438:16,
8438:23, 8438:24,
8439:2, 8439:6,
8439:9, 8439:13,
8440:16, 8453:16,
8456:14, 8459:4,
8460:4, 8460:9,
8460:18, 8461:1,
8462:18, 8462:21,
8463:4, 8463:8,
8465:2, 8465:25,
8467:4, 8474:8,
8474:13, 8474:16,
8475:9, 8476:10,
8477:1, 8477:10,
8480:16, 8480:23,
8481:2, 8481:3,
8481:9, 8485:4,
8485:8, 8485:16,
8486:4, 8486:6,
8486:13, 8486:17,
8487:2, 8487:13,
8487:17, 8488:2,
8488:6, 8490:6,
8490:9, 8500:6,
8501:15, 8501:20,
8501:23, 8501:25,
8502:7, 8502:8,
8502:16, 8516:12,
8516:22, 8517:5,
8517:9, 8517:19,
8518:21, 8519:7,
8519:9, 8519:18,
8520:1, 8520:3,
8520:4, 8520:15,
8520:18, 8520:21,
8521:2, 8521:12,
8521:18, 8522:1,
8522:10, 8523:12,
8524:16, 8524:23,
8525:19, 8526:7,
8527:4, 8527:21,
8528:2, 8528:15,
8528:22, 8530:3,
8530:8, 8530:13,
8533:7, 8533:8,
8533:16, 8533:17,

8533:21, 8534:2,
8534:3, 8534:8,
8534:10, 8534:12,
8534:16
**BEACH** [1] - 8376:19
**beans** [1] - 8532:20
**became** [1] - 8397:10
**become** [3] - 8402:5,
8443:6, 8516:4
**becomes** [1] - 8490:24
**becoming** [1] -
8531:19
**BEFORE** [1] - 8375:22
**befuddled** [1] -
8447:22
**began** [1] - 8486:25
**begin** [2] - 8383:11,
8497:5
**beginning** [3] -
8424:24, 8426:4,
8459:22
**behalf** [2] - 8388:19,
8543:16
**behave** [1] - 8427:17
**behind** [2] - 8393:19,
8506:8
**believes** [1] - 8436:5
**Bellaire** [1] - 8396:10
**below** [5] - 8487:17,
8501:2, 8506:10,
8507:9, 8520:12
**Ben** [1] - 8536:19
**BEN** [1] - 8378:18
**Bench** [1] - 8466:21
**bench** [15] - 8466:22,
8467:1, 8467:2,
8467:3, 8467:8,
8467:10, 8467:23,
8468:14, 8469:12,
8469:16, 8471:21,
8489:19, 8489:20,
8506:25, 8508:1
**benefit** [2] - 8449:15,
8501:1
**best** [2] - 8422:6,
8563:8
**bet** [2] - 8525:6,
8525:7
**better** [4] - 8445:16,
8497:13, 8556:20,
8558:5
**between** [5] - 8446:10,
8471:10, 8503:22,
8524:4, 8530:24
**beyond** [3] - 8387:1,
8479:15, 8480:19
**big** [5] - 8406:20,
8411:13, 8412:10,
8462:4, 8543:8
**Bill** [1] - 8539:7

**bit** [18] - 8392:9,
8392:11, 8397:18,
8402:11, 8413:12,
8430:19, 8452:9,
8454:22, 8455:3,
8457:21, 8459:7,
8475:4, 8495:3,
8506:8, 8509:2,
8513:24, 8537:23,
8543:8
**Bjerager** [1] - 8538:21
**BJERAGER** [1] -
8538:21
**bled** [1] - 8498:10
**blind** [7] - 8404:13,
8457:25, 8461:15,
8461:21, 8464:8,
8489:10, 8499:9
**blowout** [3] - 8406:14,
8431:1, 8530:19
**Blue** [28] - 8404:11,
8418:10, 8418:12,
8418:16, 8418:19,
8427:10, 8427:21,
8428:3, 8428:12,
8429:25, 8430:6,
8430:10, 8430:15,
8430:21, 8431:10,
8431:15, 8431:24,
8434:21, 8435:14,
8435:24, 8436:6,
8437:18, 8438:5,
8438:13, 8474:13,
8481:15, 8504:8,
8526:15
**blue** [10] - 8406:15,
8419:19, 8431:3,
8431:6, 8436:12,
8437:4, 8456:13,
8462:21, 8478:6,
8516:19
**board** [7] - 8393:6,
8393:7, 8519:10,
8519:15, 8520:5,
8523:2, 8523:3
**board-certified** [2] -
8393:6, 8393:7
**boards** [3] - 8402:22,
8428:18, 8518:8
**boil** [1] - 8391:13
**book** [1] - 8493:19
**boot** [3] - 8422:12,
8458:8, 8485:5
**booted** [1] - 8465:3
**booting** [1] - 8409:25
**boots** [4] - 8410:21,
8437:12, 8460:15
**BOP** [38] - 8399:18,
8399:19, 8399:21,
8399:23, 8403:14,

8404:3, 8405:6,
8405:11, 8408:10,
8408:17, 8411:8,
8418:10, 8435:14,
8461:7, 8461:8,
8472:13, 8472:22,
8476:16, 8476:22,
8477:3, 8477:17,
8478:6, 8478:10,
8478:11, 8478:15,
8479:23, 8481:13,
8482:2, 8482:6,
8504:2, 8513:23,
8514:6, 8514:13,
8515:8, 8515:9,
8515:12, 8515:15,
8535:19
**born** [1] - 8392:2
**bottom** [2] - 8457:24,
8519:21
**Boughton** [2] -
8547:12, 8549:6
**BOULEVARD** [1] -
8377:14
**boundaries** [1] -
8561:22
**BOUNDS** [1] -
8376:10
**Bourgoyne** [4] -
8384:17, 8384:20,
8385:3, 8385:12
**BOX** [4] - 8376:4,
8378:7, 8378:13,
8379:7
**box** [2] - 8446:5,
8446:6
**BP** [24] - 8375:15,
8379:13, 8379:14,
8379:15, 8383:19,
8388:19, 8390:5,
8400:9, 8401:9,
8479:8, 8482:15,
8502:12, 8532:14,
8539:1, 8539:16,
8539:18, 8542:17,
8544:21, 8545:23,
8545:25, 8546:4,
8546:7, 8550:4,
8556:12
**BP's** [3] - 8540:17,
8543:18, 8556:13
**BRAD** [1] - 8380:14
**brain** [2] - 8409:17,
8555:12
**brains** [3] - 8406:19,
8409:22, 8437:12
**BRANCH** [3] -
8377:22, 8378:10,
8378:16
**brawn** [2] - 8406:20,

8409:23
**breaks** [1] - 8525:23
**BREIT** [2] - 8376:18,
8376:18
**BRENNAN** [1] -
8380:9
**Brett** [1] - 8385:22
**BRIAN** [3] - 8380:14,
8383:25, 8384:3
**Brian** [2] - 8383:23,
8552:18
**brief** [4] - 8386:6,
8406:2, 8406:4,
8532:22
**briefing** [1] - 8558:4
**briefly** [4] - 8405:3,
8406:23, 8462:17,
8554:14
**bring** [29] - 8392:22,
8406:3, 8407:9,
8408:23, 8411:3,
8412:3, 8412:24,
8413:19, 8415:24,
8419:15, 8421:8,
8428:10, 8430:13,
8431:12, 8432:7,
8434:6, 8438:8,
8441:10, 8442:13,
8443:21, 8446:1,
8447:4, 8456:6,
8458:17, 8468:1,
8470:24, 8471:8,
8533:11, 8547:24
**BROCK** [11] -
8379:20, 8534:24,
8535:5, 8535:8,
8535:14, 8535:16,
8535:19, 8536:2,
8536:4, 8536:7,
8536:13
**brought** [3] - 8424:8,
8504:3, 8521:4
**brushes** [1] - 8398:12
**BUILDING** [1] -
8376:15
**bullet** [7] - 8442:17,
8445:10, 8445:12,
8452:24, 8466:20,
8479:21
**bulletin** [1] - 8432:11
**bundle** [15] - 8525:12,
8540:21, 8541:25,
8544:21, 8544:24,
8545:11, 8545:17,
8545:19, 8546:2,
8546:9, 8547:20,
8549:3, 8555:20,
8556:23, 8559:15
**bundles** [33] -
8538:20, 8539:5,

8539:6, 8539:9,
8539:10, 8539:16,
8539:21, 8540:17,
8540:25, 8541:8,
8541:13, 8541:16,
8542:15, 8544:18,
8545:21, 8547:8,
8547:11, 8548:19,
8549:6, 8549:15,
8549:20, 8550:14,
8550:16, 8550:21,
8552:19, 8553:2,
8553:5, 8555:19,
8556:8, 8559:4,
8559:8, 8560:5,
8561:16
**Bundles** [4] - 8548:23,
8549:13, 8549:18,
8549:22
**BURLING** [1] -
8379:19
**business** [2] - 8392:3,
8395:22
**BY** [71] - 8375:5,
8376:3, 8376:7,
8376:11, 8376:14,
8376:18, 8376:22,
8377:3, 8377:7,
8377:10, 8377:14,
8377:17, 8377:22,
8378:4, 8378:10,
8378:17, 8378:22,
8379:5, 8379:10,
8379:15, 8379:20,
8379:23, 8380:6,
8380:10, 8380:14,
8380:18, 8380:22,
8381:4, 8381:9,
8381:17, 8381:18,
8382:6, 8382:7,
8382:8, 8382:9,
8382:10, 8382:11,
8391:4, 8391:21,
8400:24, 8401:20,
8414:22, 8417:22,
8420:19, 8426:7,
8438:12, 8449:3,
8462:12, 8469:1,
8474:4, 8475:7,
8476:8, 8480:21,
8482:9, 8482:20,
8489:9, 8495:15,
8503:13, 8509:4,
8509:25, 8510:19,
8513:4, 8514:21,
8517:3, 8521:25,
8525:8, 8525:13,
8526:3, 8526:21,
8532:6, 8533:3

# C

**CA** [2] - 8377:24,
8380:16
**cable** [2] - 8445:18,
8446:9
**cables** [5] - 8406:13,
8406:14, 8406:18,
8414:3, 8498:2
**calculation** [1] -
8527:16
**CALDWELL** [1] -
8379:5
**call-outs** [2] -
8446:14, 8537:18
**CALLED** [1] - 8383:4
**Cameron** [50] -
8400:14, 8405:9,
8405:13, 8432:11,
8433:8, 8435:8,
8443:12, 8443:19,
8443:23, 8467:6,
8467:15, 8467:19,
8469:24, 8470:8,
8470:25, 8471:5,
8472:2, 8478:9,
8481:3, 8505:17,
8507:11, 8509:6,
8510:4, 8510:16,
8511:16, 8512:9,
8512:14, 8521:11,
8524:19, 8525:3,
8525:4, 8525:5,
8525:6, 8527:25,
8528:3, 8528:8,
8528:11, 8528:21,
8529:9, 8529:14,
8529:18, 8529:23,
8529:24, 8530:4,
8530:10, 8530:11,
8530:15, 8531:4
**Cameron's** [18] -
8405:15, 8405:17,
8432:1, 8432:4,
8432:15, 8432:19,
8433:12, 8434:15,
8434:22, 8443:9,
8443:14, 8475:10,
8482:6, 8506:1,
8524:21, 8527:21,
8530:17, 8530:25
**CAMP** [1] - 8379:11
**cancel** [2] - 8416:13,
8417:13
**canceling** [1] -
8471:13
**cannot** [5] - 8405:1,
8442:4, 8451:4,
8520:3, 8555:10

**cap** [1] - 8441:22
**capability** [3] -
8392:10, 8392:11,
8410:19
**capable** [7] - 8406:24,
8408:2, 8423:19,
8428:9, 8437:4,
8440:21, 8466:9
**capacity** [9] - 8404:12,
8419:21, 8422:2,
8425:3, 8432:25,
8444:11, 8472:16,
8477:6, 8556:10
**car** [5] - 8417:3,
8421:19, 8421:20,
8422:1
**card** [4] - 8405:8,
8410:20, 8461:19,
8524:2
**care** [3] - 8532:19,
8536:17, 8546:24
**career** [2] - 8391:23,
8398:9
**carefully** [1] - 8439:11
**CARL** [1] - 8375:22
**Carl** [1] - 8547:25
**CARONDELET** [1] -
8376:22
**CARRIE** [1] - 8379:24
**carry** [1] - 8545:5
**carrying** [1] - 8445:19
**Carter** [2] - 8543:13,
8543:16
**CASE** [2] - 8375:12,
8375:14
**case** [20] - 8393:22,
8405:2, 8409:7,
8410:4, 8413:11,
8415:5, 8416:4,
8417:5, 8422:22,
8429:25, 8435:18,
8454:12, 8464:4,
8464:16, 8491:4,
8492:7, 8515:24,
8523:4, 8525:10,
8540:23
**Case** [3] - 8424:24,
8533:20, 8533:25
**cases** [4] - 8402:4,
8518:21, 8518:22,
8557:25
**Cathy** [2] - 8563:3,
8563:13
**CATHY** [1] - 8381:13
**Cathy_Pepper@laed
.uscourts.gov** [1] -
8563:15
**cathy_pepper@laed.
uscourts.gov** [1] -
8381:16

**causal** [1] - 8480:15
**caused** [2] - 8413:5,
8437:5
**Cavanaugh** [1] -
8552:18
**cc** [1] - 8552:9
**CCR** [2] - 8381:13,
8563:13
**CDs** [1] - 8549:8
**cement** [1] - 8535:25
**Center** [1] - 8396:10
**CENTRE** [1] - 8380:6
**CERNICH** [1] - 8378:5
**certain** [16] - 8394:8,
8405:8, 8410:14,
8421:17, 8425:4,
8432:24, 8439:10,
8439:12, 8439:13,
8497:3, 8505:12,
8505:22, 8515:20,
8522:8, 8544:5,
8544:12
**certainly** [6] -
8423:19, 8552:24,
8553:18, 8553:24,
8558:8, 8558:24
**CERTIFICATE** [1] -
8563:1
**certification** [5] -
8393:13, 8393:16,
8394:19, 8395:9,
8395:13
**certifications** [2] -
8393:5, 8395:4
**Certified** [3] - 8563:3,
8563:4, 8563:13
**certified** [5] - 8393:6,
8393:7, 8394:1,
8394:10, 8394:20
**CERTIFIED** [1] -
8381:13
**certify** [1] - 8563:7
**Chad** [1] - 8547:24
**chain** [1] - 8529:1
**CHAKERES** [1] -
8378:6
**challenged** [1] -
8469:12
**challenges** [1] -
8469:13
**challenging** [1] -
8488:19
**CHANG** [1] - 8378:5
**change** [13] - 8434:12,
8483:9, 8513:13,
8522:10, 8528:15,
8530:14, 8530:23,
8531:10, 8531:20,
8532:1, 8535:12,
8559:16, 8559:17

**change-out** [1] -
8530:14
**changed** [15] - 8430:1,
8430:5, 8430:7,
8430:10, 8430:16,
8431:2, 8431:7,
8431:24, 8431:25,
8483:4, 8483:10,
8483:22, 8515:17,
8528:22, 8532:8
**changes** [2] - 8408:6,
8481:2
**changing** [4] -
8432:20, 8504:23,
8505:12, 8516:9
**characteristics** [1] -
8439:9
**characterized** [1] -
8519:17
**charge** [2] - 8419:5,
8488:2
**chart** [30] - 8389:2,
8389:8, 8389:10,
8421:4, 8421:9,
8421:11, 8422:7,
8422:20, 8423:8,
8423:25, 8425:4,
8425:14, 8426:9,
8426:13, 8449:23,
8450:2, 8493:22,
8494:25, 8510:21,
8511:24, 8517:1,
8517:8, 8519:14,
8519:25, 8520:1,
8520:12, 8533:6,
8533:12, 8533:15,
8533:25
**CHASE** [1] - 8380:19
**check** [12] - 8443:8,
8467:17, 8471:14,
8497:3, 8510:25,
8514:3, 8540:2,
8547:22, 8554:11,
8562:17
**checked** [3] - 8512:12,
8515:14, 8515:16
**checking** [2] -
8455:10, 8503:20
**Chemali** [1] - 8541:18
**CHEMALI** [1] -
8541:19
**CHICAGO** [1] -
8379:25
**childs** [2] - 8463:12,
8465:14
**Childs** [21] - 8404:18,
8404:20, 8429:11,
8429:14, 8429:21,
8435:22, 8435:24,
8436:2, 8438:19,

8438:22, 8451:5,
8451:8, 8453:23,
8454:4, 8473:8,
8475:9, 8475:13,
8476:25, 8481:8,
8483:20, 8487:21
**Childs'** [10] - 8404:23,
8429:8, 8436:5,
8436:23, 8436:25,
8438:14, 8440:12,
8451:20, 8454:9,
8483:20
**choose** [1] - 8424:14
**Chris** [1] - 8538:22
**chunk** [1] - 8392:6
**chunks** [1] - 8488:23
**circuit** [5] - 8402:22,
8405:8, 8428:18,
8522:24
**circuitry** [1] - 8446:5
**circulate** [3] - 8535:1,
8535:4, 8552:8
**circulated** [12] -
8385:4, 8385:12,
8385:23, 8386:18,
8473:21, 8495:7,
8535:5, 8537:4,
8537:8, 8539:17,
8539:23, 8544:23
**circulation** [1] -
8515:17
**circumstance** [3] -
8441:13, 8518:25,
8524:15
**circumstances** [6] -
8403:7, 8499:15,
8502:21, 8509:24,
8523:24
**cite** [2] - 8475:13,
8530:17
**citing** [1] - 8508:2
**CIVIL** [3] - 8375:8,
8377:22, 8378:10
**civil** [1] - 8393:11
**claim** [2] - 8437:17,
8438:2
**clarification** [1] -
8530:21
**clarify** [2] - 8546:24,
8557:2
**Clark** [1] - 8541:19
**clear** [17] - 8401:13,
8422:19, 8455:12,
8492:24, 8507:23,
8515:20, 8521:10,
8531:3, 8541:10,
8541:12, 8544:1,
8544:6, 8545:16,
8552:3, 8554:12,
8561:10, 8561:11

**cleared** [2] - 8437:19,
8464:25
**clearly** [3] - 8387:3,
8387:17, 8508:14
**Clerk** [1] - 8390:21
**CLERK** [16] - 8383:7,
8390:14, 8390:22,
8473:14, 8473:16,
8547:19, 8547:22,
8548:6, 8548:8,
8548:10, 8548:16,
8551:11, 8551:20,
8552:16, 8553:11,
8554:11
**click** [1] - 8498:22
**client** [1] - 8397:6
**clients** [1] - 8397:2
**CLINGMAN** [1] -
8380:10
**clipped** [1] - 8495:24
**close** [6] - 8404:13,
8461:21, 8462:9,
8545:3, 8558:18,
8558:19
**closed** [3] - 8412:21,
8413:9, 8418:6
**closely** [1] - 8397:24
**closer** [1] - 8537:23
**closest** [1] - 8424:3
**code** [4] - 8451:25,
8452:10, 8461:6,
8501:3
**codes** [1] - 8501:3
**Cognac** [1] - 8396:3
**coil** [33] - 8412:8,
8412:9, 8412:11,
8412:22, 8413:4,
8413:16, 8413:17,
8413:20, 8413:22,
8415:5, 8416:5,
8417:15, 8448:13,
8460:8, 8465:9,
8471:16, 8472:6,
8492:8, 8495:20,
8496:2, 8496:5,
8496:6, 8496:14,
8496:16, 8496:18,
8503:25, 8504:8,
8506:9, 8507:5,
8507:13, 8511:11,
8512:11
**Coil** [9] - 8413:24,
8416:18, 8416:21,
8469:8, 8469:9,
8471:10, 8507:15,
8507:16
**coils** [45] - 8411:16,
8413:10, 8413:13,
8414:23, 8415:6,
8415:17, 8415:20,

8416:3, 8416:15,
8417:8, 8442:4,
8447:16, 8449:8,
8449:11, 8451:3,
8452:21, 8455:21,
8464:14, 8465:8,
8465:11, 8465:12,
8466:6, 8466:12,
8469:10, 8470:18,
8471:12, 8471:14,
8472:15, 8487:22,
8488:3, 8491:18,
8491:22, 8491:24,
8492:13, 8492:20,
8496:23, 8506:2,
8506:11, 8507:5,
8507:7, 8507:14,
8510:25, 8511:11,
8512:3, 8521:22
**coincidentally** [1] -
8499:17
**college** [2] - 8391:24,
8395:19
**COLLIER** [33] -
8388:15, 8388:18,
8390:13, 8391:1,
8391:4, 8391:20,
8391:21, 8400:9,
8400:22, 8400:24,
8401:9, 8401:13,
8401:19, 8401:20,
8414:21, 8414:22,
8417:22, 8420:19,
8426:7, 8438:12,
8449:3, 8462:12,
8469:1, 8473:11,
8480:9, 8481:17,
8481:19, 8482:4,
8482:18, 8495:5,
8532:22, 8533:3,
8534:19
**Collier** [5] - 8388:18,
8390:12, 8391:19,
8468:25, 8532:21
**Collier's** [1] - 8388:14
**COLLIER**................
[1] - 8382:6
**COLLIER**................
[1] - 8382:11
**COLLIER**................
[1] - 8382:7
**color** [3] - 8406:15,
8416:2, 8430:22
**column** [3] - 8422:13,
8469:8, 8495:25
**columns** [1] - 8469:6
**combination** [2] -
8424:20, 8544:18
**combinations** [2] -
8422:7, 8422:15

**combine** [1] - 8394:14
**combined** [1] -
8548:12
**coming** [10] - 8406:13,
8409:1, 8413:6,
8414:3, 8445:19,
8490:3, 8490:19,
8545:6, 8554:19,
8558:6
**command** [3] -
8410:12, 8448:18,
8453:5
**commands** [4] -
8446:7, 8446:12,
8453:9, 8461:11
**comment** [1] -
8479:11
**commentary** [2] -
8509:1, 8509:2
**comments** [1] -
8537:9
**COMMERCIAL** [1] -
8378:16
**common** [5] - 8399:8,
8399:12, 8399:14,
8403:11, 8410:2
**communication** [7] -
8410:17, 8497:25,
8498:16, 8503:3,
8524:6, 8530:4,
8530:10
**communications** [6] -
8394:17, 8406:19,
8409:2, 8410:19,
8445:19, 8524:8
**companies** [1] -
8397:19
**COMPANY** [1] -
8379:15
**company** [7] -
8396:21, 8396:24,
8397:3, 8403:10,
8427:3, 8427:7,
8526:24
**compare** [2] -
8439:22, 8479:13
**compared** [3] -
8392:9, 8407:19,
8515:4
**comparison** [2] -
8517:1
**compiled** [1] - 8552:5
**COMPLAINT** [1] -
8375:12
**complete** [5] -
8405:22, 8437:22,
8462:22, 8489:21,
8562:16
**completely** [7] -
8408:18, 8409:6,

8419:14, 8435:18,
8437:18, 8438:4,
8520:23
**completion** [3] -
8504:12, 8504:16,
8554:15
**complex** [2] - 8490:15
**compliance** [2] -
8432:1, 8433:1
**complicated** [2] -
8437:10, 8492:14
**comply** [1] - 8434:22
**component** [2] -
8408:6, 8411:11
**components** [9] -
8394:13, 8394:14,
8398:22, 8405:17,
8405:22, 8407:4,
8407:7, 8411:1,
8428:24
**compresses** [1] -
8413:1
**COMPUTER** [1] -
8381:18
**computer** [21] -
8392:1, 8394:15,
8394:20, 8394:25,
8395:2, 8396:9,
8399:21, 8407:2,
8409:13, 8409:17,
8409:22, 8410:6,
8410:9, 8410:21,
8446:7, 8446:12,
8451:24, 8466:25,
8531:21, 8531:23
**computerized** [2] -
8397:7, 8397:25
**computers** [8] -
8396:23, 8407:23,
8408:1, 8409:25,
8425:21, 8448:17,
8453:16, 8455:7
**concentrate** [1] -
8423:15
**concepts** [1] - 8399:4
**concern** [1] - 8510:4
**concerned** [2] -
8435:6, 8470:14
**concerning** [2] -
8430:9, 8500:3
**conclude** [1] - 8466:8
**concluded** [2] -
8536:24, 8562:21
**concluding** [1] -
8527:8
**conclusion** [14] -
8423:9, 8423:12,
8426:17, 8428:2,
8428:5, 8428:7,
8431:18, 8433:6,

8433:21, 8439:5,
8440:2, 8452:21,
8454:9, 8471:9
**conclusions** [14] -
8401:22, 8402:25,
8404:22, 8427:24,
8439:1, 8443:17,
8452:18, 8454:4,
8466:2, 8466:4,
8466:14, 8471:15,
8473:9, 8550:22
**condition** [14] -
8403:16, 8409:18,
8423:5, 8423:6,
8438:14, 8444:7,
8453:7, 8453:13,
8501:22, 8516:6,
8517:13, 8517:22,
8519:7, 8527:16
**conditional** [2] -
8542:13, 8543:11
**conditionally** [7] -
8541:11, 8541:14,
8542:14, 8542:19,
8543:2, 8545:13,
8546:16
**conditionals** [1] -
8542:21
**conditions** [47] -
8410:14, 8410:15,
8410:16, 8410:23,
8421:5, 8421:6,
8422:20, 8424:1,
8425:5, 8425:8,
8425:16, 8426:19,
8439:14, 8441:3,
8442:5, 8444:8,
8446:22, 8447:13,
8451:14, 8453:8,
8453:10, 8453:11,
8454:2, 8454:21,
8457:13, 8461:7,
8470:20, 8471:22,
8472:19, 8484:24,
8485:12, 8488:6,
8489:13, 8502:5,
8502:23, 8516:11,
8517:9, 8517:10,
8518:1, 8523:1,
8523:21, 8533:7,
8533:8, 8533:16,
8533:17
**conduct** [8] - 8402:19,
8402:24, 8419:5,
8456:11, 8456:18,
8458:11, 8497:22,
8508:16
**conducted** [24] -
8388:24, 8398:10,
8398:24, 8399:9,

8399:18, 8399:25,
8402:12, 8402:13,
8419:9, 8425:6,
8435:20, 8450:25,
8451:6, 8452:19,
8455:19, 8456:13,
8458:19, 8465:18,
8473:1, 8491:12,
8492:6, 8496:22,
8501:16, 8533:16
**conference** [8] -
8488:20, 8489:1,
8537:2, 8538:5,
8538:8, 8539:25,
8541:9, 8546:17
**Conference** [3] -
8536:24, 8554:23,
8560:18
**CONFERENCE..........
........................** [1] -
8382:12
**confess** [1] - 8488:17
**confidentiality** [4] -
8510:16, 8539:20,
8540:2, 8552:20
**confirm** [3] - 8536:19,
8540:22, 8550:2
**confirmation** [2] -
8546:4
**confirmed** [2] -
8546:7, 8546:14
**confused** [3] -
8417:12, 8450:15,
8529:6
**confusing** [1] -
8492:11
**confusion** [1] -
8522:16
**connect** [3] - 8446:11,
8457:11, 8466:24
**connected** [8] -
8391:15, 8391:16,
8391:25, 8413:16,
8413:17, 8485:4,
8494:4, 8522:19
**connecting** [1] -
8471:20
**connection** [5] -
8383:16, 8497:16,
8498:14, 8505:12,
8524:12
**connections** [3] -
8441:23, 8441:24,
8441:25
**connects** [1] - 8446:9
**CONRAD** [1] - 8377:3
**consequence** [1] -
8510:18
**conservative** [4] -
8527:18, 8527:22,

8528:4, 8528:16
**consider** [9] -
8392:16, 8451:5,
8451:8, 8463:10,
8481:9, 8482:16,
8487:21, 8488:1,
8518:19
**consideration** [1] -
8437:21
**considered** [4] -
8425:13, 8479:12,
8487:24, 8517:22
**considering** [2] -
8411:11, 8426:23
**consistent** [9] -
8428:19, 8433:15,
8434:15, 8434:18,
8471:15, 8471:18,
8526:10, 8550:13,
8551:20
**consistently** [1] -
8450:17
**consisting** [2] -
8402:14, 8406:10
**constituted** [1] -
8529:25
**constitutes** [1] -
8530:7
**consult** [1] - 8513:2
**Consulting** [2] -
8397:15, 8397:16
**consulting** [4] -
8391:11, 8396:19,
8427:7, 8427:8
**contained** [6] -
8547:16, 8547:18,
8548:19, 8549:15,
8549:20, 8550:3
**containing** [1] -
8401:6
**contains** [2] - 8456:8,
8511:10
**contaminated** [1] -
8516:4
**contemporaneous** [1]
- 8504:18
**contends** [3] -
8435:24, 8436:14,
8436:16
**context** [6] - 8421:24,
8514:12, 8524:25,
8559:9, 8559:20,
8559:21
**continually** [1] -
8523:5
**continue** [2] - 8458:8,
8518:10
**CONTINUED** [5] -
8377:1, 8378:1,
8379:1, 8380:1,

8381:1
**continues** [1] -
8532:25
**continuous** [3] -
8457:20, 8461:17,
8523:8
**continuously** [1] -
8522:25
**contractor** [1] -
8402:18
**contractors** [1] -
8395:21
**contrary** [1] - 8500:11
**contrast** [1] - 8476:15
**contributing** [1] -
8527:9
**control** [51] - 8391:9,
8391:25, 8392:10,
8393:17, 8393:24,
8394:3, 8394:18,
8395:13, 8396:7,
8396:9, 8396:22,
8397:4, 8397:8,
8397:14, 8397:25,
8398:11, 8398:12,
8398:22, 8398:24,
8399:9, 8399:14,
8399:18, 8399:19,
8399:20, 8399:23,
8400:1, 8400:4,
8400:10, 8400:16,
8400:18, 8400:19,
8402:2, 8404:3,
8405:6, 8405:12,
8405:13, 8405:17,
8405:18, 8405:19,
8406:11, 8407:21,
8409:1, 8409:2,
8434:12, 8440:20,
8445:24, 8472:2,
8522:25, 8528:9
**controlled** [2] -
8412:14, 8446:13
**controls** [5] - 8392:6,
8392:18, 8398:17,
8408:12, 8440:1
**convenience** [1] -
8450:12
**conversation** [1] -
8383:25
**convey** [1] - 8458:23
**cool** [1] - 8555:13
**cooperating** [2] -
8415:7, 8415:13
**copies** [5] - 8551:16,
8551:18, 8551:24,
8552:2, 8552:13
**copy** [1] - 8552:15
**COREY** [1] - 8378:22
**corners** [5] - 8387:2,

8387:11, 8387:17,
8389:12, 8390:7
**Coronado** [10] -
8471:24, 8472:1,
8472:5, 8524:19,
8525:3, 8525:9,
8525:14, 8542:4,
8547:11, 8549:4
**Coronado's** [2] -
8525:14, 8549:2
**CORPORATE** [1] -
8377:4
**correct** [242] - 8401:8,
8403:15, 8403:16,
8405:7, 8413:10,
8414:19, 8418:1,
8420:3, 8420:17,
8422:21, 8423:7,
8424:9, 8424:10,
8429:9, 8429:10,
8434:2, 8434:9,
8434:14, 8436:22,
8438:11, 8444:3,
8449:19, 8449:20,
8455:15, 8456:20,
8461:22, 8461:24,
8462:16, 8463:19,
8463:20, 8465:19,
8465:22, 8474:14,
8474:18, 8475:24,
8476:3, 8476:17,
8478:15, 8479:4,
8479:5, 8479:9,
8480:8, 8480:24,
8481:1, 8481:5,
8481:11, 8481:12,
8481:16, 8482:4,
8482:12, 8482:17,
8482:23, 8483:5,
8484:20, 8485:17,
8485:23, 8486:7,
8486:8, 8486:15,
8486:16, 8486:25,
8487:4, 8487:14,
8487:15, 8487:23,
8489:11, 8489:14,
8489:25, 8490:4,
8490:7, 8490:11,
8490:13, 8490:16,
8490:17, 8491:18,
8491:25, 8492:1,
8492:3, 8492:4,
8492:8, 8492:25,
8493:1, 8493:3,
8493:4, 8493:6,
8493:12, 8493:13,
8493:16, 8493:17,
8494:7, 8494:10,
8494:12, 8494:13,
8494:16, 8494:17,
8494:20, 8494:21,

8495:1, 8495:2, 8495:14, 8495:21, 8496:3, 8496:4, 8496:6, 8496:7, 8496:15, 8496:19, 8496:24, 8496:25, 8497:6, 8498:4, 8498:7, 8498:8, 8498:12, 8498:13, 8498:17, 8498:19, 8498:20, 8498:22, 8499:1, 8499:2, 8499:4, 8499:5, 8499:10, 8499:11, 8499:12, 8499:17, 8499:22, 8499:23, 8499:25, 8500:1, 8500:15, 8501:8, 8501:9, 8501:10, 8501:12, 8501:16, 8501:21, 8502:3, 8502:8, 8502:21, 8503:7, 8503:19, 8504:4, 8504:5, 8504:10, 8505:23, 8505:24, 8506:2, 8506:15, 8506:16, 8508:4, 8509:10, 8509:11, 8510:2, 8510:3, 8510:12, 8510:13, 8511:20, 8511:21, 8512:5, 8512:7, 8512:8, 8512:15, 8512:19, 8512:20, 8512:22, 8513:12, 8513:15, 8514:24, 8515:22, 8515:23, 8516:7, 8516:12, 8516:13, 8516:15, 8516:24, 8517:11, 8517:12, 8517:23, 8517:24, 8518:2, 8518:4, 8518:8, 8518:9, 8518:11, 8518:12, 8518:15, 8518:16, 8518:17, 8518:22, 8518:23, 8518:24, 8519:1, 8519:2, 8519:4, 8519:8, 8519:14, 8519:18, 8519:19, 8520:10, 8520:11, 8520:19, 8520:20, 8520:24, 8520:25, 8521:6, 8521:7, 8521:12, 8521:14, 8521:20, 8522:12, 8523:1, 8523:6, 8523:7, 8523:9, 8523:10, 8523:15, 8523:20,

8524:1, 8524:2, 8524:7, 8524:17, 8524:19, 8526:12, 8526:13, 8526:15, 8526:25, 8527:1, 8530:20, 8531:7, 8531:8, 8532:12, 8533:14, 8533:25, 8534:1, 8534:18, 8535:13, 8536:3, 8536:4, 8542:6, 8563:7

**corrected** [1] - 8495:6

**corrective** [4] - 8511:16, 8511:19, 8511:23

**correctly** [13] - 8414:5, 8418:3, 8456:19, 8456:23, 8457:2, 8458:10, 8459:8, 8474:10, 8477:4, 8516:20, 8516:23, 8520:7, 8554:9

**correctly-wired** [2] - 8456:19, 8456:23

**correspondence** [1] - 8435:7

**corroborates** [1] - 8505:1

**corroboration** [1] - 8521:4

**counsel** [6] - 8390:5, 8533:5, 8533:13, 8539:23, 8542:24, 8546:7

**count** [1] - 8500:4

**counted** [1] - 8398:6

**counts** [1] - 8530:13

**couple** [6] - 8437:2, 8443:19, 8464:15, 8545:2, 8552:20, 8553:17

**course** [4] - 8470:14, 8473:4, 8493:2, 8508:19

**court** [2] - 8394:24, 8395:3

**COURT** [174] - 8375:1, 8381:13, 8383:4, 8383:8, 8383:10, 8383:23, 8384:6, 8384:8, 8384:10, 8384:21, 8385:6, 8385:17, 8385:25, 8386:7, 8386:11, 8386:13, 8386:15, 8386:20, 8386:24, 8387:21, 8387:23, 8388:10, 8388:12, 8388:16, 8390:4,

8390:12, 8391:2, 8391:13, 8391:19, 8400:12, 8400:20, 8401:11, 8401:18, 8413:25, 8414:8, 8414:13, 8414:17, 8414:20, 8416:17, 8416:21, 8416:24, 8417:14, 8417:20, 8419:24, 8420:4, 8420:8, 8420:13, 8420:16, 8420:18, 8425:19, 8438:9, 8448:15, 8448:21, 8461:2, 8461:20, 8462:7, 8468:17, 8468:21, 8468:25, 8473:12, 8473:17, 8473:23, 8474:2, 8474:25, 8475:3, 8476:2, 8476:4, 8476:7, 8480:12, 8480:17, 8481:18, 8481:20, 8481:24, 8482:8, 8482:19, 8488:10, 8488:12, 8488:14, 8489:3, 8508:22, 8509:1, 8509:16, 8509:21, 8514:11, 8514:18, 8514:20, 8525:3, 8525:5, 8525:7, 8525:10, 8525:25, 8526:2, 8532:4, 8532:14, 8532:21, 8532:23, 8533:1, 8534:21, 8535:4, 8535:7, 8535:13, 8535:15, 8535:18, 8536:1, 8536:3, 8536:5, 8536:8, 8536:15, 8537:1, 8537:11, 8537:13, 8537:16, 8538:2, 8538:17, 8538:24, 8539:13, 8540:4, 8540:9, 8540:13, 8540:21, 8541:4, 8542:20, 8542:25, 8543:5, 8543:7, 8543:10, 8543:13, 8543:15, 8545:4, 8545:8, 8545:16, 8546:7, 8547:2, 8547:6, 8547:21, 8547:25, 8548:14, 8548:21, 8548:25, 8549:16, 8550:8, 8551:1, 8551:6, 8551:8, 8551:12, 8551:17, 8552:6,

8552:8, 8552:14, 8552:25, 8553:10, 8553:13, 8553:16, 8554:1, 8554:21, 8554:25, 8555:7, 8555:13, 8555:16, 8556:15, 8556:19, 8557:21, 8558:5, 8558:16, 8558:20, 8559:1, 8559:10, 8559:23, 8560:1, 8560:15, 8560:23, 8562:1, 8562:8, 8562:13

**Court** [28] - 8391:7, 8406:6, 8442:21, 8445:15, 8473:15, 8534:25, 8535:9, 8543:24, 8544:10, 8547:17, 8548:3, 8548:23, 8549:3, 8549:5, 8549:13, 8549:18, 8549:22, 8550:2, 8550:13, 8550:20, 8551:24, 8552:4, 8553:4, 8563:4, 8563:5, 8563:6, 8563:14, 8563:15

**Court's** [1] - 8553:22

**courtroom** [1] - 8495:9

**cover** [6] - 8395:4, 8470:25, 8521:9, 8521:10, 8538:18, 8562:1

**covers** [2] - 8537:5, 8539:10

**COVINGTON** [1] - 8379:19

**crazy** [1] - 8445:15

**create** [1] - 8405:21

**created** [3] - 8447:1, 8449:23, 8533:6

**creates** [2] - 8471:13, 8490:14

**credits** [1] - 8451:21

**crew** [4] - 8475:23, 8476:6, 8477:9, 8515:8

**criteria** [1] - 8426:19

**critical** [1] - 8394:6

**criticism** [2] - 8503:1, 8508:15

**criticisms** [1] - 8429:19

**CROSS** [6] - 8382:8, 8382:9, 8382:10, 8474:3, 8475:6, 8489:8

**cross** [6] - 8385:12, 8385:22, 8386:18, 8474:6, 8475:2, 8481:22

**CROSS-EXAMINATION** [6] - 8382:8, 8382:9, 8382:10, 8474:3, 8475:6, 8489:8

**cross-examination** [4] - 8385:12, 8385:22, 8386:18, 8474:6

**cross-examine** [1] - 8481:22

**CRR** [2] - 8381:13, 8563:13

**crude** [4] - 8444:22, 8444:24, 8444:25, 8445:7

**cull** [3] - 8424:9, 8506:8, 8507:15

**cull-out** [2] - 8506:8, 8507:15

**CUNNINGHAM** [2] - 8376:10, 8376:11

**current** [2] - 8395:7, 8395:8

**custodial** [5] - 8558:10, 8558:13, 8558:15, 8558:25, 8561:3

**customary** [1] - 8504:2

**customer** [4] - 8470:9, 8509:9, 8510:14, 8510:17

**customers** [6] - 8432:13, 8529:15, 8529:23, 8529:24, 8530:4, 8531:4

**cut** [1] - 8553:20

**cycling** [15] - 8436:15, 8436:20, 8436:23, 8436:25, 8437:2, 8437:6, 8437:10, 8437:15, 8437:22, 8438:3, 8438:14, 8438:20, 8439:13, 8440:7, 8440:12

## D

**D-3583** [1] - 8480:1
**D-4334D** [1] - 8431:12
**D-4335B** [1] - 8441:10
**D-4576A** [1] - 8438:8
**D-4880** [1] - 8392:22
**D-4881** [2] - 8403:24, 8404:1

**D-4882** [2] - 8406:3, 8406:4
**D-4883** [1] - 8407:9, 8407:10
**D-4884** [2] - 8408:23, 8408:24
**D-4885** [1] - 8446:1
**D-4889** [1] - 8419:15
**D-4893** [5] - 8442:13, 8445:9, 8452:23, 8466:19, 8469:23
**D-4896** [2] - 8411:3, 8411:4
**D-4897** [2] - 8447:4, 8447:5
**D-4898** [2] - 8494:23, 8495:6
**D-4898.1TO** [1] - 8495:4
**D-4898A** [1] - 8450:1
**D-4906.1** [1] - 8412:3
**D-4906.3** [1] - 8415:8
**D-4906.4** [1] - 8412:24
**D-4906.5** [1] - 8413:19
**D-4906.6** [4] - 8415:24, 8415:25, 8416:11, 8417:23
**daggers** [1] - 8553:13
**daily** [1] - 8443:22
**DALLAS** [1] - 8381:7
**DANIEL** [1] - 8378:17
**data** [3] - 8395:1, 8403:11, 8448:3
**Dataran** [6] - 8396:13, 8396:14, 8396:19, 8396:21, 8397:2, 8398:18
**date** [20] - 8457:7, 8475:23, 8476:9, 8476:12, 8476:14, 8483:17, 8500:20, 8501:3, 8504:11, 8504:13, 8504:14, 8505:6, 8510:11, 8512:24, 8513:8, 8513:10, 8514:13, 8514:17
**dates** [8] - 8476:9, 8476:10, 8483:12, 8483:13, 8500:16, 8512:23, 8537:5
**Daubert** [1] - 8400:13
**Daun** [7] - 8542:16, 8545:21, 8545:23, 8546:2, 8546:5, 8546:6, 8546:8
**DAUPHIN** [1] - 8376:11
**David** [2] - 8527:24, 8542:2

**DAY** [1] - 8375:20
**day's** [2] - 8450:6, 8450:9
**days** [8] - 8390:2, 8398:5, 8398:7, 8399:21, 8425:24, 8441:17, 8492:11, 8493:3
**DC** [8] - 8378:7, 8378:13, 8378:19, 8379:21, 8416:25, 8468:12, 8469:14, 8469:20
**dead** [5] - 8419:13, 8419:14, 8456:14, 8534:12
**Deadman** [6] - 8425:20, 8437:5, 8444:2, 8444:4, 8461:8, 8461:18
**deal** [2] - 8556:17, 8561:21
**DEANNA** [1] - 8378:5
**decide** [1] - 8388:8
**decided** [1] - 8511:16
**deduction** [2] - 8478:4, 8478:10
**deep** [2] - 8468:9, 8469:5
**Deepwater** [22] - 8392:8, 8403:14, 8403:18, 8404:3, 8405:6, 8405:11, 8410:4, 8418:10, 8427:10, 8430:1, 8430:11, 8430:16, 8430:24, 8431:21, 8434:1, 8434:22, 8461:16, 8471:7, 8472:21, 8473:2, 8503:17, 8514:14
**DEEPWATER** [3] - 8375:5, 8380:4, 8380:5
**defect** [1] - 8404:9
**defective** [3] - 8463:7, 8472:12, 8472:14
**defendants** [2] - 8556:12, 8556:13
**defensible** [1] - 8394:23
**defer** [2] - 8561:6, 8561:9
**define** [1] - 8561:22
**defined** [4] - 8477:11, 8519:8, 8519:14, 8523:12
**definitely** [2] - 8429:2, 8449:2
**definition** [4] -

8475:14, 8520:8, 8520:10, 8561:14
**definitive** [1] - 8508:14
**degrade** [2] - 8421:13, 8422:25
**DEGRAVELLES** [2] - 8377:10, 8377:10
**degree** [1] - 8392:25
**degrees** [1] - 8468:10
**delayed** [1] - 8459:23
**DELEMARRE** [1] - 8378:11
**delivered** [2] - 8459:14, 8542:9
**demonstrate** [4] - 8454:7, 8466:5, 8466:11, 8472:20
**demonstrated** [1] - 8493:8
**demonstrates** [2] - 8466:12, 8466:16
**demonstrative** [11] - 8392:19, 8403:21, 8407:10, 8431:12, 8441:7, 8441:11, 8442:10, 8446:2, 8447:1, 8494:22, 8495:6
**demonstratives** [6] - 8383:15, 8383:22, 8387:3, 8387:12, 8537:3, 8537:18
**department** [1] - 8513:6
**DEPARTMENT** [4] - 8377:21, 8378:3, 8378:9, 8378:15
**departure** [1] - 8430:19
**depleted** [21] - 8404:11, 8417:24, 8418:17, 8418:20, 8418:23, 8419:3, 8419:12, 8435:12, 8435:14, 8435:18, 8436:3, 8436:14, 8436:18, 8437:4, 8437:8, 8440:16, 8462:21, 8463:1, 8480:16, 8520:23, 8534:15
**deployed** [1] - 8444:19
**deploying** [3] - 8435:14, 8472:13, 8472:22
**Depo** [1] - 8556:3
**depo** [5] - 8546:2, 8547:11, 8549:2,

8555:19, 8555:20
**DEPO-140.358.2** [1] - 8434:6
**deponent** [1] - 8558:1
**deponents** [1] - 8558:3
**depos** [6] - 8546:15, 8547:10, 8547:13, 8548:2, 8548:3
**deposed** [1] - 8484:9
**deposition** [27] - 8387:16, 8434:3, 8434:7, 8438:1, 8525:11, 8525:17, 8527:24, 8528:6, 8536:1, 8538:20, 8539:16, 8541:8, 8542:15, 8546:8, 8547:8, 8550:14, 8550:16, 8550:21, 8552:19, 8553:2, 8556:2, 8556:23, 8557:3, 8557:9, 8557:12, 8560:4, 8560:5
**depositions** [8] - 8390:1, 8484:7, 8539:2, 8546:12, 8547:4, 8550:23, 8557:19, 8560:24
**depowered** [1] - 8460:6
**DEPUTY** [16] - 8383:7, 8390:14, 8390:22, 8473:14, 8473:16, 8547:19, 8547:22, 8548:6, 8548:8, 8548:10, 8548:16, 8551:11, 8551:20, 8552:16, 8553:11, 8554:11
**described** [3] - 8444:22, 8497:21, 8505:11
**describes** [1] - 8440:7
**DESCRIPTION** [1] - 8382:17
**description** [1] - 8439:19
**design** [9] - 8395:13, 8395:23, 8413:21, 8455:4, 8455:10, 8482:2, 8482:6, 8488:22, 8497:4
**designate** [2] - 8557:20, 8561:13
**designated** [12] - 8485:4, 8555:22, 8555:25, 8556:4, 8556:5, 8556:7,

8556:23, 8557:16, 8557:22, 8560:11, 8561:13, 8561:15
**designation** [1] - 8541:2
**designations** [5] - 8539:2, 8540:17, 8541:2, 8546:3, 8554:15
**designed** [9] - 8399:16, 8404:4, 8405:9, 8448:23, 8454:7, 8460:25, 8461:20, 8464:22
**designing** [1] - 8394:8
**despite** [1] - 8482:14
**detail** [6] - 8407:12, 8408:5, 8458:24, 8468:7, 8548:15, 8550:7
**detailed** [5] - 8402:21, 8468:4, 8474:9, 8474:20, 8538:10
**details** [2] - 8478:7, 8482:13
**detect** [2] - 8472:12, 8477:5
**detected** [2] - 8435:13, 8524:6
**detecting** [1] - 8435:18
**detection** [1] - 8435:17
**deteriorate** [1] - 8534:11
**determine** [9] - 8420:20, 8430:6, 8444:11, 8448:10, 8483:21, 8498:21, 8521:21, 8526:22, 8527:2
**determined** [13] - 8469:11, 8470:17, 8477:1, 8478:5, 8480:23, 8485:3, 8485:7, 8516:18, 8520:14, 8521:17, 8527:14, 8531:20, 8533:18
**determines** [1] - 8471:23
**determining** [3] - 8476:18, 8487:22, 8488:3
**developed** [3] - 8394:4, 8398:14, 8528:13
**device** [1] - 8490:6
**DEXTER** [1] - 8378:23
**diagnostics** [1] -

8445:25

**diagram** [2] - 8415:8, 8476:19

**diagrams** [1] - 8416:1

**died** [5] - 8460:4, 8462:14, 8500:6, 8501:7, 8501:25

**difference** [5] - 8409:12, 8409:15, 8417:8, 8428:22, 8452:6

**different** [25] - 8384:2, 8387:9, 8387:14, 8389:21, 8389:22, 8393:8, 8393:22, 8394:13, 8408:18, 8416:2, 8427:16, 8440:4, 8443:20, 8446:4, 8450:11, 8451:17, 8452:11, 8457:14, 8461:7, 8466:14, 8492:25, 8493:6, 8511:13, 8534:13, 8534:14

**differentiated** [1] - 8451:13

**differentiates** [1] - 8451:22

**differently** [2] - 8388:1, 8493:11

**difficult** [4] - 8490:19, 8490:21, 8490:22, 8490:24

**dig** [1] - 8481:5

**diminish** [1] - 8522:11

**DIRE** [2] - 8382:6, 8391:3

**direct** [5] - 8391:5, 8497:15, 8499:13, 8505:19, 8515:20

**DIRECT** [2] - 8382:7, 8400:23

**direction** [4] - 8417:11, 8417:15, 8496:13, 8496:17

**dirt** [1] - 8557:15

**disable** [2] - 8518:7, 8519:10

**disagree** [3] - 8436:25, 8484:10, 8550:24

**disagreed** [1] - 8475:9

**disappointed** [1] - 8450:6

**disappointment** [1] - 8421:21

**disarm** [1] - 8519:15

**disassembled** [1] - 8515:21

**discharged** [1] -

8428:17

**discipline** [2] - 8393:10, 8393:25

**disciplines** [1] - 8393:22

**disclosed** [1] - 8388:4

**disconnected** [2] - 8497:16, 8503:2

**discovered** [1] - 8509:10

**discrete** [1] - 8554:16

**discuss** [7] - 8392:15, 8407:14, 8408:5, 8442:17, 8501:23, 8522:6, 8554:6

**discussed** [8] - 8387:15, 8389:16, 8453:4, 8462:13, 8462:16, 8482:5, 8502:1, 8559:7

**discusses** [1] - 8468:14

**discussing** [5] - 8392:14, 8398:23, 8406:8, 8421:4, 8442:1

**discussion** [11] - 8389:17, 8419:19, 8422:9, 8451:16, 8457:17, 8489:20, 8522:1, 8528:10, 8538:10, 8558:10, 8562:9

**discussions** [1] - 8542:7

**dispute** [5] - 8419:2, 8419:4, 8441:4, 8514:13, 8514:16

**distinguish** [1] - 8530:24

**District** [3] - 8563:6, 8563:15

**DISTRICT** [3] - 8375:1, 8375:2, 8375:23

**divides** [1] - 8399:17

**DIVISION** [3] - 8377:22, 8378:3, 8378:10

**division** [1] - 8472:2

**DNV** [85] - 8387:7, 8387:24, 8388:6, 8388:24, 8401:24, 8402:9, 8402:10, 8402:11, 8402:13, 8402:18, 8403:3, 8403:10, 8419:5, 8419:18, 8420:12, 8424:1, 8424:17, 8425:16, 8427:13, 8438:7, 8438:10,

8441:12, 8445:11, 8446:4, 8446:23, 8447:2, 8448:3, 8449:18, 8450:25, 8451:5, 8452:13, 8452:19, 8452:24, 8453:21, 8454:7, 8454:15, 8455:19, 8455:20, 8456:7, 8456:11, 8456:18, 8456:22, 8458:11, 8462:20, 8463:18, 8465:18, 8466:8, 8466:21, 8467:23, 8468:4, 8468:15, 8469:10, 8469:12, 8469:16, 8471:3, 8486:2, 8486:6, 8486:12, 8486:14, 8487:8, 8487:12, 8491:2, 8491:4, 8491:5, 8492:7, 8492:25, 8493:7, 8493:9, 8496:23, 8497:21, 8501:25, 8502:5, 8503:6, 8503:8, 8506:17, 8506:21, 8507:9, 8507:25, 8508:5, 8516:18, 8519:23, 8520:13, 8534:3, 8534:17

**DNV's** [5] - 8453:23, 8454:4, 8454:9, 8456:3, 8493:19

**doable** [1] - 8562:16

**Doc** [1] - 8546:23

**document** [22] - 8431:5, 8432:8, 8433:11, 8475:25, 8476:2, 8476:9, 8483:6, 8504:15, 8506:6, 8507:4, 8507:10, 8507:12, 8507:25, 8510:17, 8527:13, 8530:17, 8554:25, 8555:5, 8555:10, 8557:9, 8557:12, 8558:24

**DOCUMENT** [1] - 8375:11

**documentation** [6] - 8430:3, 8430:9, 8433:7, 8441:12, 8468:3, 8530:22

**documented** [3] - 8403:4, 8428:6, 8439:15

**documents** [15] - 8404:25, 8430:14,

8431:23, 8475:13, 8477:16, 8501:2, 8529:22, 8531:12, 8531:14, 8531:16, 8557:4, 8557:11, 8557:25, 8558:23, 8559:22

**DOMENGEAUX** [1] - 8376:3

**dominant** [1] - 8526:7

**DON** [1] - 8379:15

**don** [1] - 8562:3

**Don** [1] - 8385:9

**DONALD** [1] - 8381:4

**done** [61] - 8387:6, 8387:14, 8387:21, 8387:23, 8387:24, 8388:25, 8389:8, 8389:23, 8392:14, 8393:21, 8394:8, 8397:21, 8401:24, 8402:3, 8402:16, 8402:17, 8406:12, 8407:18, 8413:10, 8419:17, 8420:11, 8438:7, 8439:7, 8439:8, 8439:19, 8447:6, 8448:8, 8450:21, 8462:25, 8470:5, 8472:12, 8472:21, 8472:23, 8472:24, 8479:14, 8486:1, 8490:6, 8490:8, 8491:3, 8492:12, 8494:12, 8501:7, 8501:11, 8501:17, 8502:10, 8502:12, 8502:13, 8502:22, 8503:6, 8503:22, 8504:2, 8509:6, 8509:9, 8514:23, 8515:2, 8516:12, 8534:3, 8534:21, 8537:25, 8554:4

**door** [1] - 8561:12

**DOUGLAS** [1] - 8375:10

**down** [30] - 8389:19, 8397:19, 8406:13, 8406:22, 8407:2, 8407:22, 8413:15, 8414:3, 8418:22, 8419:22, 8445:19, 8448:3, 8457:8, 8459:15, 8468:10, 8486:21, 8491:12, 8492:7, 8492:18, 8494:4, 8497:2, 8499:1, 8499:8,

8501:2, 8507:9, 8518:11, 8520:23, 8553:20, 8555:5

**downstream** [1] - 8410:13

**Doyen** [4] - 8386:16, 8388:21, 8508:22, 8514:11

**DOYEN** [48] - 8380:14, 8386:14, 8386:16, 8386:25, 8387:22, 8387:24, 8388:11, 8389:10, 8390:11, 8400:16, 8488:15, 8489:4, 8489:9, 8495:8, 8495:15, 8503:12, 8503:13, 8508:23, 8509:2, 8509:4, 8509:13, 8509:19, 8509:23, 8509:25, 8510:15, 8510:19, 8513:2, 8513:4, 8514:15, 8514:19, 8514:21, 8516:25, 8517:3, 8521:24, 8521:25, 8525:4, 8525:6, 8525:8, 8525:11, 8525:13, 8526:1, 8526:3, 8526:19, 8526:21, 8532:3, 8532:5, 8532:6, 8532:13

**DOYEN..................** [1] - 8382:10

**dozen** [2] - 8447:21, 8448:9

**Dr** [4] - 8384:17, 8384:20, 8385:3, 8385:12

**drain** [11] - 8425:22, 8437:11, 8522:2, 8523:8, 8523:12, 8523:15, 8524:16, 8524:23, 8526:7, 8526:11, 8527:3

**drained** [3] - 8436:16, 8520:23, 8522:3

**drains** [1] - 8481:9

**draw** [3] - 8423:9, 8431:17, 8443:25

**drawing** [2] - 8471:9, 8476:19

**DRESCHER** [1] - 8376:18

**drew** [1] - 8514:6

**drill** [2] - 8400:18, 8445:23

**drilling** [1] - 8433:12

**DRILLING** [1] - 8380:4

DRIVE [1] - 8377:4
drive [14] - 8446:20,
8542:9, 8543:3,
8547:20, 8548:3,
8548:11, 8548:13,
8548:15, 8550:8,
8550:9, 8551:14,
8553:3, 8553:8,
8553:9
drives [3] - 8540:18,
8547:16, 8547:19
drop [2] - 8512:3,
8512:10
dropped [1] -
8531:22
dual [2] - 8471:16,
8472:6
Dubois [1] - 8541:19
DUBOIS [1] - 8541:19
duly [1] - 8390:20
dump [4] - 8554:25,
8555:5, 8555:10,
8558:24
duplicated [1] -
8458:16
duration [1] - 8459:2
during [61] - 8404:1,
8410:10, 8410:23,
8410:25, 8411:23,
8414:24, 8414:25,
8415:15, 8417:24,
8418:12, 8420:21,
8424:1, 8424:11,
8424:15, 8425:16,
8429:8, 8429:11,
8437:15, 8442:5,
8442:6, 8444:17,
8448:21, 8449:1,
8449:6, 8452:11,
8453:13, 8455:19,
8457:8, 8458:20,
8460:18, 8462:14,
8466:10, 8469:18,
8470:20, 8482:22,
8483:4, 8483:9,
8487:23, 8488:3,
8497:4, 8497:5,
8497:17, 8498:2,
8498:23, 8499:17,
8499:18, 8499:25,
8500:6, 8501:25,
8510:22, 8511:4,
8516:4, 8520:18,
8522:23, 8523:11,
8525:1, 8525:2,
8557:9, 8557:19,
8559:6
duty [2] - 8391:18,
8408:14

# E

e-mail [9] - 8475:19,
8483:21, 8484:1,
8504:18, 8505:9,
8529:6, 8529:9,
8530:19
e-mails [1] - 8529:1
Earl [1] - 8535:16
earliest [1] - 8529:7
early [4] - 8399:21,
8399:9, 8521:5,
8522:17
easel [1] - 8516:25
easier [3] - 8519:24,
8554:1, 8559:3
easiest [1] - 8437:3
easily [1] - 8536:11
EASTERN [1] - 8375:2
Eastern [1] - 8563:6
easy [1] - 8551:15
EB [1] - 8432:12
educational [1] -
8392:23
EDWARDS [1] -
8376:3
effect [2] - 8471:13,
8490:18
effectively [1] -
8416:14
Effort [1] - 8442:18
effort [4] - 8402:13,
8405:21, 8444:20,
8450:10
eight [1] - 8396:24
either [13] - 8399:5,
8413:22, 8414:4,
8423:2, 8446:13,
8481:9, 8496:5,
8496:16, 8505:21,
8518:25, 8552:9,
8558:3, 8558:10
electric [2] - 8524:9
electrical [27] -
8391:9, 8393:11,
8393:17, 8393:22,
8394:15, 8395:21,
8396:7, 8399:1,
8399:13, 8406:18,
8407:21, 8408:4,
8408:6, 8410:18,
8411:15, 8412:12,
8412:14, 8412:22,
8413:3, 8413:8,
8427:14, 8441:23,
8497:25, 8498:15,
8503:2, 8524:1,
8524:16
electrically [2] -

8408:10, 8462:3
electrically-operated
[1] - 8408:10
electromagnetic [1] -
8444:3
electronic [14] -
8388:22, 8394:16,
8399:1, 8407:24,
8446:5, 8491:3,
8551:10, 8551:13,
8551:16, 8551:19,
8551:21, 8551:24,
8552:2, 8552:9
Electronic [1] -
8445:13
element [1] - 8399:14
eliminate [1] - 8519:3
ELIZABETH [1] -
8378:18
ELLIS [1] - 8379:23
ELM [1] - 8381:6
emergency [3] -
8498:12, 8499:15,
8524:5
Emilsen [2] - 8384:16,
8384:19
Emilsen's [1] -
8386:18
Emmanuel [1] -
8541:20
EMMANUEL [1] -
8541:20
Empac [1] - 8531:22
encapsulated [1] -
8550:10
end [31] - 8398:16,
8399:14, 8410:6,
8418:7, 8422:14,
8422:24, 8423:2,
8423:5, 8424:6,
8424:21, 8425:10,
8425:11, 8425:17,
8425:21, 8427:1,
8441:22, 8448:8,
8487:14, 8508:23,
8509:14, 8509:18,
8509:20, 8509:23,
8518:1, 8518:14,
8518:22, 8522:9,
8533:4, 8537:23,
8537:25, 8541:17
ended [6] - 8423:13,
8424:4, 8476:18,
8506:14, 8522:16,
8549:24
ending [14] - 8421:5,
8422:20, 8422:22,
8423:1, 8423:6,
8424:1, 8424:7,
8425:15, 8426:19,

8428:4, 8517:13,
8533:7, 8533:16,
8562:11
ends [1] - 8554:8
energize [6] -
8447:16, 8449:11,
8450:18, 8455:13,
8492:13, 8521:2
energized [19] -
8414:24, 8415:18,
8416:15, 8417:8,
8442:4, 8449:8,
8449:9, 8451:3,
8464:14, 8465:11,
8466:6, 8466:12,
8470:19, 8471:12,
8472:16, 8492:21,
8507:7, 8507:16,
8507:17
energizing [3] -
8415:4, 8455:21,
8477:7
ENERGY [2] - 8380:6,
8381:3
energy [9] - 8399:13,
8408:7, 8412:12,
8412:22, 8412:25,
8413:3, 8413:8,
8416:6
ENFORCEMENT [1] -
8378:4
engagements [1] -
8400:4
engineer [11] - 8391:9,
8393:6, 8393:7,
8393:17, 8393:18,
8393:24, 8395:23,
8396:8, 8397:9,
8428:6
engineering [16] -
8393:1, 8393:2,
8393:10, 8393:19,
8393:23, 8394:12,
8395:19, 8396:16,
8396:21, 8397:10,
8397:11, 8397:18,
8402:7, 8417:11,
8432:11, 8432:13
Engineering [1] -
8397:2
engrained [1] -
8555:11
enjoy [1] - 8538:2
enlarge [1] - 8513:25
entered [1] - 8548:19
entire [6] - 8397:13,
8406:9, 8453:15,
8523:3, 8541:25,
8544:21
entirety [2] - 8440:9,

8546:9
entitled [1] - 8563:9
entries [2] - 8513:25,
8517:18
entry [6] - 8395:16,
8444:2, 8469:24,
8477:23, 8478:2,
8478:18
ENVIRONMENT [1] -
8378:3
ENVIRONMENTAL [1]
- 8378:4
equals [1] - 8458:2
equipment [18] -
8389:22, 8398:2,
8398:18, 8399:12,
8400:8, 8402:23,
8406:10, 8406:21,
8413:12, 8429:5,
8439:20, 8445:23,
8446:6, 8452:7,
8470:9, 8472:4,
8477:15, 8480:3
error [2] - 8441:20,
8495:9
ESQ [46] - 8376:3,
8376:7, 8376:11,
8376:14, 8376:18,
8376:22, 8377:3,
8377:7, 8377:10,
8377:14, 8377:17,
8377:22, 8378:4,
8378:5, 8378:5,
8378:6, 8378:6,
8378:10, 8378:11,
8378:11, 8378:12,
8378:12, 8378:17,
8378:17, 8378:18,
8378:22, 8378:23,
8379:10, 8379:10,
8379:15, 8379:20,
8379:23, 8379:24,
8379:24, 8380:6,
8380:10, 8380:10,
8380:14, 8380:14,
8380:15, 8380:18,
8380:22, 8381:4,
8381:5, 8381:5,
8381:9
essentially [8] -
8395:12, 8405:19,
8407:14, 8415:2,
8416:23, 8419:13,
8419:22, 8453:4
ET [2] - 8375:13,
8375:16
etcetera [4] - 8540:3
evaluate [4] - 8392:7,
8402:8, 8403:13,
8429:25

evaluated [1] - 8415:19
evaluation [1] - 8403:18
event [8] - 8404:16, 8419:10, 8435:11, 8436:7, 8436:11, 8454:8, 8455:16, 8522:7
eventually [2] - 8436:16, 8447:15
evidence [20] - 8385:5, 8385:16, 8385:24, 8401:10, 8424:14, 8426:9, 8433:18, 8435:20, 8437:23, 8465:13, 8473:20, 8480:25, 8481:6, 8482:15, 8504:25, 8538:20, 8546:3, 8547:9, 8550:17, 8550:23
evident [1] - 8471:10
evil [1] - 8543:5
exact [11] - 8389:7, 8410:5, 8421:14, 8449:13, 8454:25, 8471:6, 8472:3, 8487:2, 8506:4, 8507:12, 8514:16
exactly [14] - 8414:19, 8417:1, 8420:24, 8428:21, 8464:9, 8464:10, 8464:16, 8465:24, 8468:6, 8477:8, 8507:23, 8523:21, 8551:8, 8562:13
Examination [3] - 8445:11, 8452:25, 8466:21
EXAMINATION [12] - 8382:6, 8382:7, 8382:8, 8382:9, 8382:10, 8382:11, 8391:3, 8400:23, 8474:3, 8475:6, 8489:8, 8533:2
examination [12] - 8383:16, 8385:12, 8385:22, 8386:18, 8391:6, 8425:5, 8429:24, 8470:11, 8474:6, 8499:13, 8509:5, 8510:22
examinations [1] - 8400:1
EXAMINATIONS [1] - 8382:3
examine [1] - 8481:22

examined [2] - 8390:21, 8418:21
examining [1] - 8556:22
example [6] - 8411:5, 8414:13, 8421:19, 8422:11, 8476:10, 8523:25
except [2] - 8473:8, 8543:10
exciting [1] - 8416:12
excuse [2] - 8410:5, 8511:8
Exhibit [16] - 8401:12, 8431:12, 8475:16, 8477:14, 8479:16, 8482:25, 8483:19, 8483:25, 8484:12, 8486:2, 8487:10, 8536:24, 8556:3, 8556:22, 8556:23
EXHIBIT [2] - 8382:12, 8382:19
exhibit [5] - 8471:19, 8473:25, 8547:15, 8554:17, 8559:7
Exhibits [4] - 8548:22, 8549:12, 8549:17, 8549:21
exhibits [42] - 8383:15, 8383:21, 8384:1, 8384:11, 8384:16, 8384:22, 8384:24, 8385:3, 8385:7, 8385:11, 8385:17, 8385:19, 8385:21, 8386:2, 8386:17, 8386:22, 8473:20, 8536:17, 8537:3, 8537:17, 8537:21, 8543:18, 8543:21, 8547:16, 8548:18, 8549:2, 8549:5, 8549:15, 8549:19, 8550:15, 8550:18, 8550:19, 8551:4, 8554:16, 8555:22, 8557:23, 8558:6, 8558:7, 8560:13, 8560:21, 8561:14
exist [1] - 8438:16
expect [2] - 8458:4, 8524:22
expectation [1] - 8469:20
expected [3] - 8414:25, 8459:12, 8557:25
experience [4] -

8392:20, 8395:15, 8397:22, 8398:10
experimented [1] - 8427:16
expert [22] - 8387:2, 8388:4, 8388:23, 8389:1, 8400:10, 8400:16, 8400:18, 8401:4, 8401:10, 8404:21, 8421:4, 8421:9, 8435:22, 8452:17, 8452:18, 8500:2, 8500:5, 8500:18, 8533:6, 8535:16, 8535:18, 8535:19
expert's [1] - 8390:6
expertise [2] - 8392:17, 8397:7
experts [7] - 8390:1, 8392:9, 8452:13, 8452:16, 8473:5, 8473:8, 8535:25
explain [46] - 8392:23, 8393:5, 8393:18, 8394:2, 8394:11, 8394:21, 8395:17, 8395:25, 8396:13, 8396:25, 8397:15, 8401:21, 8402:11, 8405:25, 8407:10, 8408:20, 8408:24, 8411:4, 8412:4, 8415:25, 8421:11, 8423:12, 8426:17, 8430:18, 8431:20, 8433:10, 8435:5, 8436:25, 8439:5, 8441:11, 8442:19, 8444:6, 8447:5, 8450:2, 8451:8, 8453:3, 8454:12, 8456:25, 8458:23, 8459:18, 8464:1, 8464:23, 8466:22, 8469:2, 8517:8, 8527:4
explaining [1] - 8433:12
explains [2] - 8389:2, 8446:2
explanation [12] - 8406:4, 8440:4, 8440:10, 8460:16, 8460:20, 8463:12, 8463:14, 8463:16, 8465:14, 8479:1, 8492:19, 8527:10
EXPLORATION [2] - 8375:15, 8379:13

explosion [1] - 8499:22
express [1] - 8489:16
extensive [2] - 8389:16, 8401:25
extensively [1] - 8388:24
external [1] - 8523:14
extremely [5] - 8528:3, 8528:16, 8560:6, 8560:8, 8560:12
eye [1] - 8543:5

# F

fabricate [1] - 8397:4
fabricated [1] - 8399:24
fabricating [1] - 8398:20
fabrication [1] - 8395:24
facility [1] - 8402:18
fact [27] - 8407:16, 8416:25, 8439:16, 8463:16, 8478:6, 8479:6, 8482:14, 8483:19, 8485:15, 8490:18, 8499:6, 8503:16, 8503:20, 8504:19, 8504:25, 8506:17, 8506:21, 8512:17, 8519:6, 8521:4, 8530:17, 8535:13, 8535:14, 8535:17, 8544:19, 8550:22, 8560:13
factor [2] - 8525:19, 8525:20, 8527:9
faculty [1] - 8393:3
failed [2] - 8460:9, 8481:8
fails [1] - 8508:11
failsafe [1] - 8394:9
failure [3] - 8510:10, 8535:20
fairly [2] - 8388:4, 8401:25
familiar [8] - 8405:23, 8427:3, 8427:24, 8433:23, 8472:3, 8475:25, 8524:18
FANNIN [1] - 8380:11
fantastic [1] - 8528:14
far [8] - 8399:3, 8435:5, 8466:23, 8487:21, 8491:22, 8495:17, 8495:24,

8502:12
fast [1] - 8553:19
fault [3] - 8503:21, 8503:24, 8503:25
faults [1] - 8504:8
feasible [1] - 8455:23
feature [1] - 8405:7
features [2] - 8395:2, 8482:5
February [13] - 8477:23, 8482:22, 8483:9, 8483:17, 8503:17, 8505:2, 8512:22, 8514:5, 8514:17, 8514:18, 8514:22, 8514:24, 8550:11
fellows [1] - 8562:18
fence [2] - 8558:20, 8558:21
Fest [2] - 8562:12, 8562:14
Festival [1] - 8562:10
few [6] - 8440:3, 8454:24, 8455:1, 8458:6, 8510:21, 8555:21
field [10] - 8395:24, 8412:13, 8412:15, 8412:16, 8412:25, 8417:9, 8417:17, 8490:15, 8510:6, 8510:10
fields [3] - 8416:8, 8469:15, 8471:13
Fifth [7] - 8539:5, 8539:9, 8540:9, 8540:12, 8547:9, 8548:2, 8549:18
fifth [1] - 8549:17
fighting [1] - 8417:19
figure [7] - 8441:15, 8447:9, 8450:10, 8477:3, 8477:17, 8509:14, 8525:23
file [6] - 8383:21, 8461:9, 8473:20, 8536:8, 8536:14
filed [4] - 8386:6, 8536:5, 8536:10, 8543:23
filing [1] - 8386:5
filter [5] - 8514:5, 8514:6, 8514:23, 8515:12, 8515:17
filtering [1] - 8513:19
filters [3] - 8513:14, 8513:19, 8514:3
final [13] - 8396:2, 8441:17, 8460:7,

8461:17, 8527:10,
8537:9, 8537:24,
8538:1, 8549:21,
8555:3, 8555:14,
8555:15, 8558:7
**finally** [5] - 8397:11,
8470:3, 8498:14,
8498:21, 8539:4
**financially** [1] -
8391:16
**findings** [2] - 8443:17,
8550:22
**fine** [10] - 8416:25,
8462:11, 8489:3,
8490:5, 8512:1,
8526:1, 8536:13,
8544:14, 8548:14,
8552:6
**finger** [1] - 8547:21
**finishing** [1] - 8562:6
**finite** [1] - 8558:27
**fire** [1] - 8425:3
**fired** [1] - 8444:5
**firing** [2] - 8422:13,
8444:5
**FIRM** [2] - 8377:6,
8377:17
**first** [37] - 8387:13,
8390:2, 8390:20,
8393:14, 8401:4,
8414:5, 8422:22,
8437:18, 8442:17,
8443:7, 8445:12,
8453:3, 8454:25,
8456:20, 8458:19,
8467:10, 8469:8,
8475:18, 8497:25,
8499:17, 8499:18,
8511:23, 8513:22,
8517:22, 8518:19,
8519:22, 8535:1,
8540:20, 8540:25,
8541:1, 8543:17,
8548:19, 8548:23,
8562:12, 8562:13
**fit** [1] - 8550:23
**fits** [1] - 8390:7
**five** [6] - 8456:12,
8461:12, 8462:23,
8500:14, 8534:13,
8561:7
**fix** [1] - 8489:1
**flag** [1] - 8558:9
**Fleece** [1] - 8541:20
**FLEECE** [1] - 8541:20
**flip** [2] - 8417:3,
8446:19
**flipped** [1] - 8491:10
**FLOOR** [3] - 8376:22,
8377:23, 8380:15

**floor** [5] - 8398:14,
8405:10, 8406:21,
8406:25, 8408:9
**Florence** [2] -
8547:12, 8549:7
**flow** [6] - 8408:9,
8411:17, 8411:18,
8412:19, 8412:23,
8413:2
**flowing** [1] - 8499:9
**flows** [1] - 8498:25
**FLOYD** [1] - 8381:5
**fluid** [13] - 8411:18,
8412:19, 8412:23,
8413:2, 8462:4,
8498:25, 8499:8,
8499:11, 8513:19,
8514:6, 8515:8,
8515:15
**fluids** [1] - 8515:9
**fly** [2] - 8483:7, 8489:2
**focus** [8] - 8391:22,
8392:9, 8402:1,
8406:7, 8407:4,
8423:22, 8427:18,
8479:15
**focused** [1] - 8457:15
**focusing** [2] -
8499:20, 8512:17
**follow** [5] - 8389:9,
8477:8, 8478:12,
8535:22, 8549:6
**followed** [1] - 8465:25
**Following** [4] -
8548:23, 8549:13,
8549:18, 8549:22
**following** [2] -
8536:24, 8549:3
**follows** [1] - 8390:21
**footnotes** [1] -
8507:10
**FOR** [7] - 8376:3,
8377:21, 8378:21,
8379:3, 8379:13,
8380:3, 8381:3
**force** [8] - 8412:16,
8413:4, 8413:21,
8413:23, 8415:7,
8416:9, 8418:4,
8490:15
**forces** [3] - 8415:13,
8416:13, 8417:13
**forecast** [1] - 8562:3
**foregoing** [1] - 8563:7
**forensic** [17] - 8393:6,
8393:7, 8393:10,
8397:18, 8397:20,
8400:1, 8400:2,
8400:8, 8402:6,
8403:5, 8404:24,

8424:14, 8425:5,
8429:24, 8438:7,
8443:3, 8466:4
**Forensic** [3] -
8445:11, 8452:24,
8466:21
**forensics** [2] -
8394:21, 8394:22
**forget** [3] - 8448:4,
8470:12, 8472:3
**form** [4] - 8420:22,
8447:7, 8551:10,
8551:13
**formal** [1] - 8541:17
**formally** [3] - 8542:5,
8542:11, 8543:23
**forming** [1] - 8434:3
**formulate** [2] -
8402:15, 8404:22
**forth** [4] - 8435:7,
8480:18, 8520:10,
8525:22
**forward** [2] - 8480:11,
8529:7
**foundation** [2] -
8437:9, 8438:22
**foundational** [1] -
8557:7
**four** [14] - 8387:2,
8387:11, 8387:17,
8389:12, 8390:7,
8393:23, 8409:7,
8410:19, 8441:24,
8448:9, 8456:16,
8534:13, 8538:20,
8540:5
**fourth** [2] - 8500:2,
8539:12
**frame** [4] - 8435:10,
8509:7, 8513:8,
8513:10
**FRANCISCO** [1] -
8377:24
**FRANKLIN** [1] -
8378:18
**frankly** [1] - 8536:9
**FRAUD** [1] - 8378:16
**free** [1] - 8562:17
**French** [2] - 8562:10,
8562:14
**fresh** [1] - 8420:7
**friction** [3] - 8413:5,
8413:22, 8418:5
**friends** [1] - 8488:19
**FRILOT** [1] - 8380:5
**FRUGE** [1] - 8377:10
**full** [3] - 8393:2,
8396:16, 8540:21
**full-time** [2] - 8393:2,
8396:16

**fully** [2] - 8408:2,
8545:14
**Function** [1] - 8521:11
**function** [73] -
8392:12, 8392:13,
8404:4, 8404:5,
8404:7, 8404:13,
8404:15, 8407:3,
8408:17, 8408:18,
8408:21, 8409:5,
8409:6, 8409:19,
8410:8, 8410:15,
8414:5, 8414:8,
8414:9, 8414:24,
8417:24, 8418:8,
8418:12, 8418:25,
8422:1, 8424:6,
8425:1, 8426:25,
8435:25, 8437:5,
8440:16, 8440:18,
8442:3, 8442:4,
8442:8, 8443:20,
8444:11, 8449:6,
8449:9, 8449:16,
8450:18, 8451:2,
8451:4, 8452:7,
8454:17, 8455:8,
8456:13, 8460:11,
8460:23, 8462:20,
8463:5, 8463:6,
8466:6, 8466:11,
8466:13, 8468:13,
8469:17, 8471:12,
8471:14, 8471:17,
8472:7, 8473:9,
8493:8, 8493:10,
8496:24, 8498:6,
8502:20, 8506:9,
8506:11, 8510:25,
8512:2, 8535:19
**functional** [3] -
8414:17, 8414:18,
8443:8
**functionality** [2] -
8403:18, 8408:19
**functioned** [9] -
8491:21, 8493:11,
8496:1, 8496:3,
8496:23, 8499:15,
8502:5, 8507:1,
8508:1
**functioning** [8] -
8445:8, 8448:16,
8458:10, 8466:9,
8467:9, 8493:11,
8497:11, 8505:13
**functions** [9] -
8406:25, 8408:2,
8422:3, 8467:18,
8491:18, 8498:22,

8498:24, 8519:11,
8533:22
**fungal** [2] - 8515:16,
8516:1

## G

**gallons** [1] - 8462:3
**gas** [7] - 8392:6,
8394:5, 8395:22,
8397:14, 8398:1,
8400:11, 8427:8
**GATE** [1] - 8377:23
**gauge** [2] - 8457:25,
8499:3
**gauges** [1] - 8448:19
**GAVIN** [1] - 8381:5
**gear** [1] - 8562:2
**general** [15] - 8392:16,
8404:2, 8422:22,
8436:7, 8439:3,
8451:10, 8456:2,
8479:13, 8482:13,
8483:23, 8490:21,
8508:9, 8527:11,
8528:12, 8538:7
**GENERAL** [3] -
8378:22, 8379:4,
8379:6
**General** [2] - 8417:20,
8538:17
**GENERAL'S** [1] -
8378:21
**generalization** [2] -
8436:18, 8490:5
**generally** [6] - 8389:5,
8394:7, 8394:13,
8400:19, 8403:3,
8410:17
**generate** [1] - 8418:4
**generated** [5] -
8413:22, 8416:9,
8417:18, 8470:21,
8471:1
**generates** [5] -
8410:12, 8412:12,
8412:16, 8412:25,
8460:16
**generating** [1] -
8417:9
**Geoff** [2] - 8547:11,
8549:6
**ghost** [2] - 8500:13,
8501:16
**giant** [1] - 8411:12
**girls** [1] - 8562:18
**Gisclair** [1] - 8542:10
**given** [5] - 8500:13,
8525:23, 8527:2,

8551:14, 8557:8
**glorious** [1] - 8562:14
**GmbH** [1] - 8375:13
**goal** [2] - 8409:4, 8412:17
**God** [1] - 8390:17
**Godwin** [2] - 8385:9, 8532:16
**GODWIN** [9] - 8381:4, 8381:4, 8381:9, 8385:9, 8385:21, 8386:4, 8386:9, 8386:12, 8532:24
**GOLDEN** [1] - 8377:23
**Government** [4] - 8452:17, 8452:18, 8500:9, 8505:10
**Government's** [1] - 8500:18
**graciously** [1] - 8557:17
**graduated** [2] - 8391:24, 8395:19
**grammar** [1] - 8508:25
**GRAND** [1] - 8380:15
**Gray** [1] - 8542:3
**great** [5] - 8545:4, 8551:8, 8551:18, 8552:14, 8554:3
**group** [6] - 8401:25, 8402:14, 8538:5, 8538:8, 8547:13, 8554:6
**Group** [3] - 8554:22, 8556:15, 8560:17
**GROUP** [1] - 8377:3
**grouped** [2] - 8421:16, 8495:19
**groupings** [1] - 8548:18
**growths** [2] - 8516:1, 8516:5
**guess** [9] - 8456:12, 8534:22, 8540:7, 8544:23, 8551:9, 8557:21, 8560:20, 8561:1
**Guide** [2] - 8535:3, 8542:15
**guide** [3] - 8535:7, 8535:13, 8535:14
**Guidry** [6] - 8484:4, 8484:6, 8504:18, 8504:21, 8505:10, 8512:21
**Guidry's** [1] - 8505:1
**GULF** [1] - 8375:6
**guy** [1] - 8464:17

# H

**half** [2] - 8477:21, 8560:7
**HALLIBURTON** [1] - 8381:3
**Halliburton** [9] - 8385:10, 8532:15, 8532:25, 8536:6, 8545:20, 8546:10, 8546:13, 8552:19
**Halliburton's** [5] - 8385:17, 8532:16, 8553:2, 8559:12, 8560:4
**hand** [10] - 8390:14, 8412:8, 8417:12, 8422:19, 8423:4, 8453:5, 8505:6, 8538:21, 8553:1
**hand-painted** [1] - 8505:6
**handed** [1] - 8552:7
**handing** [1] - 8552:18
**handle** [4] - 8558:6, 8559:3, 8560:16, 8560:20
**handled** [1] - 8561:3
**handling** [1] - 8552:18
**hands** [2] - 8397:13, 8482:7
**hands-on** [1] - 8397:13
**handwritten** [8] - 8439:18, 8456:3, 8456:8, 8456:22, 8456:25, 8458:18, 8463:22, 8464:1
**Hankey** [1] - 8475:1
**HANKEY** [12] - 8378:6, 8475:1, 8475:7, 8476:3, 8476:5, 8476:8, 8480:14, 8480:21, 8481:21, 8482:9, 8482:20, 8488:8
**HANKEY.....................** [1] - 8382:9
**haphazardly** [1] - 8439:21
**happily** [1] - 8537:15
**happy** [5] - 8388:13, 8554:10, 8560:15, 8561:24, 8561:25
**hard** [11] - 8421:14, 8423:17, 8439:22, 8441:23, 8483:7, 8484:21, 8504:6, 8513:24, 8540:18,

8552:12, 8552:15
**hardware** [1] - 8452:1
**HARIKLIA** [1] - 8379:24
**HARTLEY** [1] - 8381:5
**hate** [1] - 8450:3
**HAUSER** [1] - 8378:17
**Hay** [3] - 8433:23, 8433:25, 8434:8
**hay's** [1] - 8434:3
**HAYCRAFT** [3] - 8379:15, 8546:5, 8562:5
**HB406** [1] - 8381:14
**headed** [1] - 8536:20
**heading** [1] - 8428:14
**headlights** [1] - 8421:20
**hear** [7] - 8388:10, 8429:11, 8447:25, 8449:11, 8477:12, 8502:14, 8558:14
**HEARD** [1] - 8375:22
**heard** [11] - 8392:11, 8405:2, 8436:20, 8444:23, 8448:4, 8475:12, 8482:21, 8489:24, 8539:12, 8545:1, 8545:3
**Hearing** [1] - 8473:23
**hearing** [2] - 8385:6, 8386:21
**hearsay** [3] - 8543:21, 8544:4, 8544:7
**heavy** [1] - 8437:14
**held** [4] - 8395:5, 8444:4, 8536:24, 8542:8
**help** [4] - 8390:16, 8397:19, 8402:15, 8405:20
**helpful** [5] - 8511:25, 8551:18, 8560:6, 8560:8, 8560:12
**helps** [1] - 8551:24
**hereby** [1] - 8563:6
**HERMAN** [3] - 8376:7, 8376:7
**hesitate** [1] - 8478:17
**high** [1] - 8457:25
**highlight** [11] - 8475:16, 8479:20, 8483:1, 8484:16, 8484:25, 8486:3, 8486:22, 8487:7, 8500:19, 8557:7, 8557:12
**highlighted** [4] - 8494:3, 8510:24, 8557:5, 8559:7

**highly** [1] - 8528:13
**HILL** [1] - 8381:5
**hire** [1] - 8403:9
**history** [2] - 8477:16, 8480:5
**hitting** [1] - 8478:16
**hmm** [1] - 8448:5
**hold** [4] - 8393:5, 8418:6, 8540:4, 8540:13
**holding** [1] - 8412:20
**HOLDINGS** [1] - 8380:3
**HOLTHAUS** [1] - 8377:10
**Honor** [94] - 8383:9, 8383:13, 8384:4, 8384:13, 8384:14, 8385:1, 8385:9, 8385:21, 8386:14, 8386:25, 8387:1, 8387:22, 8388:11, 8388:15, 8388:18, 8389:14, 8390:11, 8390:13, 8391:1, 8391:20, 8400:9, 8401:9, 8401:14, 8401:19, 8407:16, 8414:21, 8416:20, 8417:25, 8430:20, 8440:11, 8441:14, 8450:4, 8461:5, 8468:3, 8468:20, 8470:3, 8471:2, 8473:11, 8473:18, 8474:1, 8475:2, 8476:3, 8480:9, 8481:17, 8481:23, 8482:4, 8482:18, 8488:9, 8488:11, 8488:13, 8488:15, 8488:16, 8488:17, 8495:5, 8495:12, 8503:12, 8509:3, 8509:13, 8510:15, 8513:2, 8514:15, 8516:25, 8521:24, 8525:4, 8525:11, 8526:20, 8532:3, 8532:19, 8532:22, 8535:22, 8536:22, 8537:7, 8537:12, 8537:20, 8537:22, 8538:19, 8539:12, 8540:16, 8541:6, 8542:23, 8543:12, 8543:14, 8544:8, 8544:15, 8545:10, 8546:11, 8550:10, 8553:17, 8555:4,

8556:25, 8557:24, 8558:8, 8559:5, 8560:19
**Honorable** [1] - 8536:25
**HONORABLE** [1] - 8375:22
**hope** [2] - 8460:19, 8532:24
**hopefully** [2] - 8551:1, 8562:16
**HORIZON** [1] - 8375:5
**Horizon** [17] - 8392:8, 8403:14, 8405:11, 8410:4, 8418:10, 8430:1, 8430:11, 8430:16, 8430:24, 8431:21, 8434:1, 8434:22, 8461:16, 8471:7, 8472:21, 8473:2, 8514:14
**Horizon's** [5] - 8403:18, 8404:3, 8405:6, 8427:10, 8503:17
**Houghton** [3] - 8515:4, 8515:6, 8515:9
**HOUMA** [1] - 8377:4
**housekeeping** [2] - 8473:19, 8547:7
**HOUSTON** [4] - 8377:15, 8380:11, 8380:23, 8381:10
**Houston** [1] - 8427:7
**HUGHES** [1] - 8380:22
**hundred** [1] - 8551:5
**hundred-page** [1] - 8551:5
**hundreds** [1] - 8398:5
**hurrah** [3] - 8463:4, 8499:17, 8499:25
**hydraulic** [20] - 8398:21, 8406:17, 8406:20, 8408:9, 8410:18, 8411:18, 8412:19, 8412:22, 8413:5, 8418:5, 8457:20, 8462:1, 8497:16, 8513:19, 8514:23, 8515:9, 8523:25, 8524:11, 8524:12
**hydraulically** [2] - 8408:11, 8462:2
**hydraulics** [3] - 8408:12, 8498:11, 8523:6
**HYMEL** [2] - 8380:18, 8385:1

**Hymel** [1] - 8385:1

**I**

**idea** [3] - 8411:21,
8413:20, 8541:8
**identical** [9] -
8405:19, 8406:23,
8407:15, 8407:25,
8408:13, 8452:5,
8452:8, 8465:24,
8466:4
**identified** [11] -
8389:10, 8419:21,
8439:6, 8465:15,
8476:11, 8479:8,
8517:22, 8533:20,
8534:4, 8534:9,
8535:2
**identifies** [1] -
8422:20
**identify** [7] - 8393:4,
8394:1, 8396:25,
8403:25, 8419:16,
8423:4, 8445:13
**identity** [1] - 8510:16
**ignored** [1] - 8463:17
**II** [6] - 8405:13,
8405:15, 8405:17,
8405:23, 8470:17,
8471:20
**III** [2] - 8482:10,
8482:16
**IL** [1] - 8379:25
**illustration** [1] -
8498:25
**immediately** [2] -
8468:5, 8501:18
**impact** [1] - 8442:2
**implemented** [3] -
8405:8, 8481:13,
8482:5
**imply** [1] - 8527:17
**importance** [1] -
8411:11
**important** [8] -
8424:18, 8437:21,
8447:11, 8457:17,
8472:18, 8486:23,
8533:23, 8557:23
**IMPREVENTO** [1] -
8376:18
**improper** [1] - 8544:7
**improve** [1] - 8509:24
**IN** [3] - 8375:5,
8375:5, 8375:12
**inadequate** [6] -
8429:6, 8465:1,
8518:5, 8518:6,

8518:7, 8519:15
**inadvertent** [1] -
8522:16
**inadvertently** [1] -
8531:22
**inauditable** [1] -
8479:6
**Inc** [2] - 8396:25,
8397:1
**INC** [5] - 8375:16,
8379:14, 8380:4,
8380:5, 8381:4
**incapable** [1] -
8533:24
**incident** [31] - 8392:8,
8392:13, 8410:23,
8418:13, 8420:21,
8421:3, 8423:10,
8424:12, 8424:15,
8428:15, 8442:6,
8444:14, 8469:18,
8471:3, 8484:2,
8503:18, 8509:6,
8510:11, 8512:15,
8512:19, 8512:20,
8515:22, 8517:11,
8520:19, 8520:22,
8531:7, 8532:9,
8533:19, 8534:4,
8534:7, 8534:9
**Incident** [8] - 8427:11,
8427:22, 8449:6,
8458:13, 8458:21,
8466:10, 8516:18,
8520:14
**incidental** [1] - 8402:5
**include** [6] - 8389:8,
8394:15, 8546:3,
8556:8, 8557:23,
8558:23
**included** [7] -
8479:22, 8482:11,
8540:18, 8541:1,
8556:8, 8557:11,
8560:14
**includes** [1] - 8453:20
**including** [4] -
8399:17, 8479:4,
8479:7, 8555:2
**inconclusive** [1] -
8450:7
**inconsistent** [1] -
8439:25
**incorrectly** [1] -
8404:14
**Indata** [18] - 8540:22,
8547:24, 8550:2,
8552:1, 8552:5,
8552:7, 8552:21,
8553:2, 8556:1,

8556:8, 8556:9,
8557:10, 8557:15,
8560:6, 8560:8,
8561:16, 8561:20
**indeed** [2] - 8501:19,
8556:21
**independent** [4] -
8402:17, 8403:6,
8403:10, 8462:20
**independently** [2] -
8413:16, 8470:8
**indicate** [9] - 8416:2,
8429:14, 8437:22,
8462:17, 8464:15,
8471:20, 8483:3,
8483:13, 8484:9
**indicated** [11] -
8483:18, 8492:5,
8494:19, 8497:2,
8498:25, 8500:12,
8501:6, 8501:20,
8522:23, 8528:21,
8531:14
**indicates** [11] -
8431:9, 8431:14,
8441:12, 8449:7,
8449:10, 8464:12,
8464:22, 8469:19,
8469:22, 8510:7,
8513:13
**indicating** [4] -
8435:8, 8493:23,
8503:21, 8504:21
**indicating)** [1] -
8411:13
**indication** [5] -
8473:3, 8483:8,
8483:17, 8495:20,
8504:11
**indications** [2] -
8444:5, 8505:9
**individual** [4] -
8389:23, 8497:19,
8545:14, 8546:15
**individually** [2] -
8388:8, 8447:20
**industrial** [3] - 8392:5,
8392:18, 8396:23
**industry** [5] - 8395:8,
8395:11, 8399:8,
8405:24, 8427:8
**inform** [2] - 8449:4,
8451:1
**information** [12] -
8407:6, 8430:8,
8468:5, 8475:23,
8476:20, 8487:22,
8488:1, 8494:3,
8494:11, 8500:20,
8510:18, 8557:8

**ingredient** [1] -
8483:15
**initial** [3] - 8447:8,
8460:3, 8485:3
**initiated** [1] - 8457:24
**initiates** [1] - 8414:11
**inside** [4] - 8407:13,
8407:23, 8515:14,
8515:16
**installed** [13] - 8405:9,
8431:1, 8433:4,
8433:14, 8457:4,
8472:24, 8475:10,
8475:24, 8476:13,
8478:22, 8512:24,
8526:15, 8529:25
**installing** [2] -
8512:22, 8531:6
**instance** [1] - 8480:15
**instances** [1] - 8556:5
**instant** [2] - 8454:23,
8491:13
**instead** [7] - 8410:10,
8452:2, 8462:2,
8468:11, 8497:14,
8504:19, 8558:22
**instructed** [1] - 8557:7
**instruction** [1] -
8512:6
**instructions** [1] -
8512:3
**instrumentation** [1] -
8395:20
**instrumented** [1] -
8394:1
**insufficient** [3] -
8485:8, 8486:18,
8487:19
**integrated** [1] -
8405:20
**integration** [3] -
8394:12, 8394:18,
8405:21
**integrator** [1] -
8394:10
**intended** [5] - 8414:4,
8455:12, 8498:18,
8507:1, 8508:1
**intending** [1] -
8401:16
**intends** [1] - 8387:13
**intent** [1] - 8443:4
**intentional** [1] -
8481:10
**intentionally** [2] -
8470:4, 8470:15
**interchangeable** [1] -
8407:16
**interest** [1] - 8423:23
**interested** [3] -

8402:14, 8419:19,
8464:7
**interlink** [2] - 8521:17,
8526:22
**Interlink** [14] - 8427:4,
8427:6, 8427:9,
8427:20, 8427:24,
8428:2, 8429:11,
8429:21, 8439:11,
8521:5, 8526:24,
8527:8, 8527:12,
8527:14
**Interlink's** [2] -
8428:12, 8429:14
**Internal** [1] - 8531:15
**internal** [1] - 8531:19
**internally** [1] -
8410:12
**interpret** [1] - 8389:24
**interpretation** [3] -
8389:9, 8475:10,
8530:18
**interpreted** [2] -
8387:9, 8433:15
**interpreting** [1] -
8483:7
**interrogation** [1] -
8480:4
**interrupt** [1] - 8411:17
**interwrapped** [1] -
8413:13
**introduce** [3] -
8383:21, 8391:7,
8473:20
**introduced** [2] -
8549:14, 8550:17
**invaders** [1] - 8417:21
**investigate** [2] -
8465:17, 8477:12
**investigation** [6] -
8410:25, 8411:23,
8427:18, 8430:2,
8435:1, 8531:20
**Investigation** [1] -
8531:15
**involved** [5] - 8398:1,
8400:4, 8401:23,
8443:13, 8536:18
**involves** [3] - 8490:3,
8555:15, 8555:19
**involving** [1] - 8392:1
**Irpino** [2] - 8383:14,
8384:6
**IRPINO** [43] - 8377:17,
8377:17, 8383:13,
8384:2, 8384:4,
8384:9, 8384:13,
8537:15, 8537:20,
8540:7, 8540:16,
8540:22, 8540:25,

8541:22, 8542:9,
8545:10, 8545:18,
8546:6, 8546:11,
8547:5, 8547:7,
8547:24, 8548:1,
8548:17, 8548:22,
8549:1, 8549:17,
8549:25, 8550:9,
8551:13, 8552:1,
8552:7, 8552:12,
8553:14, 8553:17,
8554:13, 8554:24,
8555:1, 8555:9,
8555:14, 8555:18,
8556:17, 8561:5
**irrelevant** [2] - 8439:3,
8558:2
**isolation** [1] - 8484:21
**issue** [21] - 8384:18,
8387:2, 8388:20,
8473:6, 8479:6,
8544:17, 8545:24,
8555:3, 8555:14,
8555:15, 8555:19,
8555:20, 8557:2,
8558:10, 8558:25,
8559:3, 8559:14,
8559:21, 8560:21,
8561:3, 8561:8
**issues** [9] - 8435:2,
8479:10, 8521:12,
8539:20, 8540:3,
8543:17, 8550:22,
8552:20, 8556:11
**item** [3] - 8389:3,
8560:17
**items** [2] - 8538:3,
8561:25
**itself** [6] - 8410:7,
8410:22, 8447:12,
8523:2, 8530:23,
8533:23

## J

**JAMES** [2] - 8376:3,
8379:5
**James** [1] - 8428:5
**January** [7] - 8479:18,
8504:22, 8512:24,
8513:10, 8514:3,
8514:14
**Jazz** [1] - 8562:12
**JEFFERSON** [2] -
8376:4, 8380:19
**JEFFREY** [1] -
8376:18
**JERRY** [1] - 8381:9
**JESSICA** [2] -
8378:10, 8378:11

Jim [1] - 8538:23
**JIMMY** [1] - 8377:14
**Jimmy** [1] - 8474:5
**jobs** [1] - 8392:4
**John** [3] - 8535:3,
8542:10, 8542:15
**JOHN** [2] - 8377:10,
8380:22
**Johnson** [1] - 8539:7
**joint** [2] - 8402:13,
8403:7
**JR** [2] - 8376:22,
8381:5
**judge** [2] - 8385:11,
8543:21
**JUDGE** [1] - 8375:23
**Judge** [12] - 8386:4,
8386:9, 8532:25,
8536:16, 8536:19,
8550:22, 8552:17,
8552:23, 8558:14,
8558:18, 8559:8,
8559:21
**Judge's** [1] - 8562:5
**July** [1] - 8510:11
**June** [4] - 8501:8,
8501:12, 8501:16,
8510:8
**JUSTICE** [4] -
8377:21, 8378:3,
8378:9, 8378:15

## K

**KANNER** [5] - 8379:9,
8379:10, 8468:20,
8468:24, 8488:13
**Kanner** [2] - 8468:18,
8468:19
**KARIS** [1] - 8379:24
**Katsounas** [1] -
8538:22
**KATSOUNAS** [1] -
8538:22
**KATZ** [1] - 8376:7
**keep** [11] - 8395:8,
8440:8, 8441:14,
8448:7, 8448:12,
8450:3, 8462:23,
8468:23, 8514:12,
8529:23
**keeping** [3] - 8457:7,
8477:9, 8480:25
**keeps** [2] - 8416:14,
8448:3
**KELLEY** [1] - 8378:17
**Kelly** [1] - 8542:3
**kept** [5] - 8457:13,
8475:23, 8476:6,

8476:22, 8500:4
**KERRY** [1] - 8380:6
**Kerry** [1] - 8473:18
**key** [6] - 8421:21,
8437:2, 8457:19,
8461:14, 8462:10,
8464:21
**kidding** [1] - 8555:6
**kills** [1] - 8461:19
**KINCHEN** [2] -
8380:22, 8380:22
**kind** [15] - 8384:8,
8395:7, 8396:20,
8426:24, 8439:21,
8462:5, 8466:16,
8492:14, 8503:21,
8506:13, 8508:24,
8514:9, 8535:18,
8537:24, 8550:10
**KIRKLAND** [1] -
8379:23
**knowing** [2] -
8420:25, 8423:13
**knowledge** [4] -
8385:13, 8385:24,
8470:6, 8500:5
**known** [2] - 8388:21,
8458:15
**knows** [2] - 8465:5,
8538:13
**Kodiak** [1] - 8478:20
**KRAUS** [1] - 8379:10
**Kronenberger** [1] -
8541:21
**KRONENBERGER** [1]
- 8541:21
**KULLMAN** [1] -
8376:14
**Kurt** [1] - 8541:21

## L

**LA** [14] - 8376:5,
8376:8, 8376:16,
8376:23, 8377:4,
8377:8, 8377:11,
8377:18, 8379:7,
8379:11, 8379:17,
8380:7, 8380:20,
8381:15
**lab** [2] - 8387:19,
8493:19
**labeled** [1] - 8406:14
**laboratory** [1] - 8456:7
**LAFAYETTE** [2] -
8376:5, 8380:20
**LAFLEUR** [1] -
8380:18
**LAMAR** [1] - 8381:10

**LANGAN** [1] - 8379:23
**laptop** [2] - 8494:4,
8498:14
**large** [2] - 8391:17,
8392:6
**larger** [3] - 8395:20,
8462:2, 8462:3
**Larry** [1] - 8542:15
**LASALLE** [1] -
8379:25
**last** [33] - 8387:20,
8394:20, 8398:7,
8400:17, 8407:12,
8407:19, 8414:6,
8425:23, 8430:1,
8430:7, 8430:10,
8430:15, 8431:24,
8431:25, 8438:18,
8463:4, 8468:21,
8469:24, 8478:20,
8499:16, 8499:24,
8529:10, 8537:8,
8537:23, 8541:7,
8543:23, 8548:7,
8548:13, 8550:4,
8551:14, 8552:19,
8555:2, 8561:11
**lastly** [1] - 8397:15
**latch** [1] - 8520:6
**late** [3] - 8441:16,
8504:22, 8531:23
**LAW** [3] - 8377:3,
8377:6, 8377:17
**law** [1] - 8550:22
**LAWRENCE** [1] -
8378:12
**learn** [2] - 8435:5,
8450:23
**learned** [3] - 8443:5,
8447:16, 8460:1
**LEASING** [1] -
8375:13
**least** [9] - 8436:8,
8454:22, 8455:3,
8457:19, 8457:20,
8460:25, 8540:16,
8556:12, 8560:3
**leaves** [1] - 8561:2
**led** [2] - 8396:6,
8424:14
**ledge** [1] - 8555:7
**Lee** [1] - 8417:20
**left** [1] - 8396:12,
8396:15, 8397:17,
8412:8, 8417:12,
8419:23, 8423:4,
8446:15, 8460:6,
8515:25
**left-hand** [2] - 8412:8,
8423:4

**LEGER** [3] - 8376:21,
8376:22, 8384:7
**legible** [1] - 8483:13
**legislature** [1] -
8509:17
**legislatures** [1] -
8509:16
**lengths** [1] - 8499:6
**lengthy** [2] - 8536:3,
8536:4
**less** [8] - 8423:23,
8426:23, 8427:17,
8428:9, 8435:8,
8458:24, 8490:10,
8532:8
**letter** [1] - 8386:5,
8386:8, 8429:6,
8510:1, 8511:17,
8535:24
**level** [2] - 8394:8,
8487:18
**levels** [3] - 8394:7,
8427:16, 8484:19
**LEWIS** [4] - 8376:14,
8379:15, 8381:4,
8381:9
**LI** [1] - 8380:15
**liability** [1] - 8529:19
**license** [3] - 8393:19,
8393:23, 8395:12
**licensed** [3] - 8393:8,
8393:17, 8393:24
**licenses** [3] - 8393:4,
8393:9, 8395:4
**licensing** [1] -
8393:21
**life** [4] - 8391:10,
8530:3, 8530:8,
8554:1
**LIFE** [1] - 8376:15
**lighter** [1] - 8527:3
**likely** [10] - 8424:13,
8424:15, 8424:23,
8428:8, 8428:15,
8429:7, 8512:10,
8527:9, 8533:18,
8553:23
**Likely** [1] - 8428:14
**limitations** [1] -
8432:23
**limited** [1] - 8426:18
**limiting** [1] - 8525:19,
8525:20
**line** [7] - 8389:3,
8412:18, 8422:22,
8499:1, 8501:2,
8533:9
**lines** [4] - 8451:24,
8525:17, 8528:6,
8528:7

**link** [2] - 8556:2, 8556:6
**linkage** [1] - 8560:24
**linked** [2] - 8555:24, 8560:10
**linking** [1] - 8556:10
**Lirette** [1] - 8385:22
**LISKOW** [1] - 8379:15
**list** [51] - 8383:15, 8383:20, 8393:17, 8394:10, 8394:20, 8395:4, 8395:6, 8395:25, 8396:13, 8397:15, 8461:12, 8507:3, 8535:5, 8537:3, 8537:10, 8537:17, 8537:19, 8537:24, 8538:1, 8538:2, 8538:21, 8539:11, 8539:15, 8539:23, 8541:7, 8542:4, 8543:4, 8543:18, 8546:15, 8546:22, 8546:23, 8547:3, 8548:18, 8548:20, 8549:10, 8549:12, 8549:15, 8549:17, 8549:19, 8549:21, 8552:10, 8553:1, 8553:2, 8556:1, 8558:7, 8558:22, 8561:15, 8561:19
**listed** [3] - 8419:18, 8447:20, 8543:18
**listening** [2] - 8453:10, 8498:22
**lists** [7] - 8547:15, 8548:14, 8548:17, 8551:11, 8551:13, 8552:4, 8552:8
**litigation** [3] - 8397:21, 8403:7, 8404:21
**LITIGATION** [1] - 8378:16
**live** [15] - 8391:10, 8391:11, 8396:17, 8396:18, 8541:15, 8541:22, 8541:24, 8542:14, 8542:18, 8543:11, 8545:15, 8546:8, 8546:19, 8558:3
**LLC** [1] - 8380:3
**load** [9] - 8437:14, 8485:13, 8485:14, 8485:20, 8485:21, 8485:25, 8516:19, 8516:23, 8526:8

**loaded** [1] - 8522:13
**loads** [1] - 8427:14
**locate** [1] - 8452:10
**located** [3] - 8402:23, 8405:9, 8411:6
**locations** [1] - 8399:6
**Lockheed** [1] - 8398:15
**log** [2] - 8448:3, 8508:8
**logbook** [1] - 8459:17
**logbooks** [1] - 8457:6
**logic** [1] - 8478:12
**look** [35] - 8386:8, 8388:8, 8406:23, 8411:20, 8420:24, 8422:16, 8430:3, 8439:22, 8445:5, 8457:17, 8478:18, 8479:10, 8485:10, 8486:1, 8486:13, 8486:21, 8492:11, 8492:13, 8500:19, 8504:1, 8504:18, 8504:20, 8505:16, 8506:25, 8510:5, 8511:22, 8513:21, 8513:24, 8519:21, 8521:16, 8528:6, 8536:9, 8550:5, 8553:14, 8556:22
**looked** [18] - 8402:3, 8416:1, 8430:2, 8440:11, 8450:9, 8451:24, 8469:4, 8477:16, 8487:24, 8507:9, 8507:11, 8507:12, 8507:14, 8508:3, 8511:9, 8521:11, 8536:10, 8560:5
**looking** [19] - 8392:10, 8411:12, 8417:21, 8421:25, 8437:25, 8441:14, 8459:16, 8484:21, 8484:23, 8486:10, 8507:4, 8507:15, 8510:21, 8519:25, 8520:12, 8521:5, 8521:9, 8545:2, 8562:15
**looks** [4] - 8383:23, 8445:4, 8448:5, 8459:4
**loose** [1] - 8554:8
**LOS** [1] - 8380:16
**loses** [1] - 8410:18
**loss** [7] - 8410:17, 8498:11, 8498:15, 8503:3, 8523:25,

8524:11
**lost** [9] - 8409:2, 8464:10, 8501:14, 8509:13, 8523:5, 8523:6, 8524:6, 8524:9, 8524:15
**Louisiana** [3] - 8488:12, 8563:5, 8563:6
**LOUISIANA** [4] - 8375:2, 8375:8, 8379:3, 8379:5
**low** [2] - 8500:23, 8527:4
**luckily** [2] - 8459:15, 8459:16
**LUIS** [1] - 8380:15
**LUTHER** [1] - 8378:22

## M

**machine** [1] - 8411:12
**Macondo** [21] - 8410:23, 8418:13, 8420:21, 8423:10, 8424:12, 8424:15, 8427:11, 8427:22, 8435:15, 8449:6, 8458:13, 8458:20, 8466:10, 8472:22, 8504:7, 8513:8, 8513:11, 8514:14, 8516:18, 8520:13, 8533:19
**MAGAZINE** [1] - 8377:18
**magnet** [1] - 8412:13
**magnetic** [9] - 8412:12, 8412:15, 8412:16, 8416:8, 8417:9, 8417:17, 8469:14, 8471:13, 8490:15
**MAHTOOK** [1] - 8380:18
**mail** [9] - 8475:19, 8483:21, 8484:1, 8504:18, 8505:9, 8529:6, 8529:9, 8530:19
**mails** [1] - 8529:1
**MAIN** [1] - 8377:11
**maintain** [4] - 8391:17, 8393:15, 8395:10, 8413:3
**maintenance** [18] - 8475:9, 8479:7, 8479:8, 8479:23, 8480:3, 8480:4,

8480:11, 8480:15, 8480:22, 8482:15, 8503:22, 8504:2, 8513:23, 8514:9, 8515:2, 8527:17, 8531:21, 8532:1
**majority** [3] - 8400:4, 8439:7, 8443:1
**MALINDA** [1] - 8378:12
**managed** [1] - 8554:3
**manager** [3] - 8397:10, 8433:12, 8472:3
**manipulate** [1] - 8552:10
**manner** [4] - 8394:23, 8445:22, 8446:21, 8452:2
**manufacture** [1] - 8500:20
**manufacturer** [1] - 8471:22
**manufacturer's** [3] - 8507:2, 8507:10, 8508:2
**March** [38] - 8388:25, 8389:1, 8389:7, 8389:10, 8431:7, 8445:11, 8447:2, 8448:14, 8449:4, 8449:19, 8450:25, 8452:25, 8453:21, 8453:23, 8455:19, 8492:6, 8492:12, 8492:17, 8493:18, 8493:21, 8493:24, 8494:2, 8494:11, 8494:15, 8494:19, 8494:20, 8501:11, 8501:16, 8515:4, 8516:12, 8517:5, 8519:18, 8520:24, 8546:17, 8546:22, 8549:14, 8549:19
**margin** [1] - 8529:18
**Mark** [13] - 8405:13, 8405:15, 8405:17, 8405:23, 8433:23, 8433:25, 8470:17, 8471:20, 8482:10, 8482:16, 8539:15, 8555:8, 8559:24
**marked** [2] - 8548:4, 8553:6
**marshaled** [1] - 8554:7
**marshaling** [3] - 8543:18, 8546:17, 8554:8

**marshaller** [1] - 8537:8
**marshalling** [4] - 8488:20, 8489:1, 8537:2, 8539:24
**mass** [1] - 8515:16
**master** [1] - 8537:8
**Master's** [1] - 8392:25
**match** [2] - 8424:1, 8424:3
**matches** [2] - 8429:5, 8460:17
**material** [1] - 8557:8
**materials** [2] - 8394:23, 8479:12
**math** [1] - 8458:3
**matter** [21] - 8386:25, 8392:15, 8397:23, 8399:25, 8401:1, 8401:7, 8402:20, 8402:25, 8404:17, 8404:23, 8405:14, 8411:23, 8414:12, 8417:6, 8423:21, 8428:20, 8452:13, 8471:16, 8473:4, 8473:19, 8563:9
**matters** [2] - 8383:12, 8386:24
**MATTHEW** [1] - 8379:24
**MAZE** [1] - 8378:22
**McAdams** [1] - 8428:5
**McCLELLAN** [1] - 8378:10
**McMahan** [4] - 8542:15, 8544:18, 8544:20, 8545:11
**McWhorter** [2] - 8431:20, 8527:24
**McWhorter's** [2] - 8478:5, 8528:6
**mean** [24] - 8387:9, 8393:5, 8416:17, 8437:23, 8438:14, 8449:12, 8449:16, 8451:24, 8461:23, 8464:13, 8467:19, 8485:11, 8495:25, 8503:8, 8506:19, 8508:10, 8517:10, 8520:9, 8525:3, 8525:20, 8550:5, 8556:19, 8558:2, 8561:6
**meaning** [3] - 8433:12, 8458:25, 8526:6
**means** [11] - 8393:18, 8394:11, 8394:21,

8421:17, 8433:3, 8444:6, 8485:24, 8508:11, 8524:6, 8530:18, 8530:25
**meant** [5] - 8387:10, 8478:9, 8478:14, 8512:25, 8547:17
**measure** [3] - 8439:12, 8528:3, 8528:16
**measured** [2] - 8486:14, 8527:5
**measurement** [1] - 8484:24
**measurements** [9] - 8484:23, 8485:12, 8485:13, 8485:14, 8485:16, 8486:4, 8486:6, 8486:9, 8486:11
**mechanical** [3] - 8394:16, 8411:17, 8413:4
**MECHANICAL** [1] - 8381:17
**mechanism** [1] - 8518:13
**meet** [1] - 8562:5
**members** [1] - 8560:20
**mention** [2] - 8534:25, 8535:21
**mentioned** [17] - 8384:11, 8384:24, 8385:7, 8385:19, 8386:2, 8386:22, 8387:14, 8410:21, 8417:25, 8461:3, 8473:25, 8537:21, 8545:20, 8550:5, 8552:24, 8557:3, 8557:4
**mentioning** [1] - 8535:23
**merely** [1] - 8549:14
**MERIT** [1] - 8381:14
**Merit** [2] - 8563:4, 8563:14
**met** [3] - 8410:16, 8410:23, 8489:14
**metallic** [1] - 8412:10
**meters** [1] - 8534:14
**methodic** [1] - 8403:4
**MEXICO** [1] - 8375:6
**Michael** [3] - 8547:10, 8549:7, 8549:8
**MICHAEL** [2] - 8377:22, 8380:14
**MICHELLE** [1] - 8378:11

Michoud [8] - 8401:25, 8402:18, 8419:9, 8446:4, 8517:14, 8518:16, 8518:25, 8527:5
**middle** [4] - 8422:10, 8424:5, 8499:25, 8518:3
**might** [11] - 8422:24, 8448:5, 8454:23, 8475:3, 8498:11, 8500:12, 8500:17, 8501:2, 8520:8, 8558:21, 8559:11
**Mike** [2] - 8384:15, 8386:16
**Miller** [1] - 8473:18
**MILLER** [2] - 8380:6, 8473:18
Milsap [1] - 8538:22
**MILSAP** [1] - 8538:23
mimic [2] - 8489:21, 8499:14
**mimicked** [1] - 8489:24
**mind** [6] - 8440:8, 8441:14, 8448:12, 8450:3, 8462:23, 8488:6
**mine** [1] - 8429:5
**minimum** [1] - 8521:18
**minor** [1] - 8406:7
**minus** [2] - 8417:2, 8417:6
**minute** [9] - 8387:20, 8392:5, 8406:24, 8431:6, 8457:8, 8499:7, 8504:20, 8505:10, 8512:7
**minute's** [1] - 8422:23
**minutes** [4] - 8458:6, 8464:3, 8510:21, 8555:16
misread [1] - 8518:7
**missing** [2] - 8483:11, 8483:15
**mission** [1] - 8394:6
misspoken [1] - 8500:15
**mistake** [1] - 8488:18
**misunderstanding** [1] - 8557:16
miswired [5] - 8416:17, 8417:14, 8454:2, 8469:7, 8469:20
miswiring [1] - 8470:15
**mixing** [2] - 8514:6,

8515:15
**MMS** [2] - 8395:9, 8397:5
**MOBILE** [1] - 8376:12
**mode** [4] - 8392:12, 8409:4, 8409:18, 8455:11
**Mode** [1] - 8521:11
**model** [1] - 8405:11
**modify** [1] - 8511:19
**modulation** [3] - 8489:25, 8490:14, 8490:19
**module** [1] - 8407:24
**moment** [13] - 8445:18, 8450:9, 8495:23, 8496:9, 8501:19, 8503:12, 8507:4, 8513:3, 8520:13, 8521:24, 8530:24, 8532:3, 8543:3
**Monday** [1] - 8536:11
**monitor** [2] - 8453:14, 8455:20
**monitored** [1] - 8444:10
**monitoring** [11] - 8399:20, 8481:14, 8482:12, 8523:2, 8523:8, 8523:21, 8524:3, 8524:10, 8524:11, 8524:14, 8525:1
**monitors** [2] - 8522:25, 8523:5
**MONTGOMERY** [1] - 8378:24
**month** [1] - 8398:8
**months** [7] - 8493:15, 8501:10, 8501:12, 8503:17, 8512:15, 8512:19, 8512:21
**moot** [2] - 8400:14, 8545:14
**Morgan** [1] - 8539:8
**MORNING** [1] - 8375:20
**morning** [15] - 8383:8, 8383:9, 8384:1, 8384:14, 8385:1, 8385:9, 8386:6, 8386:14, 8386:15, 8388:18, 8391:5, 8473:18, 8488:16, 8532:19, 8543:13
**most** [10] - 8424:13, 8424:18, 8424:23, 8428:8, 8428:15, 8429:7, 8442:23,

8504:2, 8525:22, 8533:18
**Most** [1] - 8428:14
**motion** [2] - 8399:13, 8546:9
**motions** [1] - 8400:13
**move** [17] - 8407:17, 8412:17, 8412:18, 8412:22, 8413:1, 8415:14, 8416:13, 8431:4, 8462:4, 8475:4, 8478:20, 8482:23, 8483:4, 8496:16, 8513:7, 8550:23, 8557:18
**moved** [1] - 8459:24
**moves** [1] - 8503:22
**moving** [5] - 8417:14, 8461:24, 8466:18, 8496:13, 8542:12
**MR** [211] - 8382:6, 8382:7, 8382:8, 8382:10, 8382:11, 8383:13, 8383:25, 8384:2, 8384:3, 8384:4, 8384:7, 8384:9, 8384:13, 8384:14, 8385:1, 8385:9, 8385:21, 8386:4, 8386:9, 8386:12, 8386:14, 8386:16, 8386:25, 8387:22, 8387:24, 8388:11, 8388:13, 8388:15, 8388:18, 8389:14, 8390:11, 8390:13, 8391:1, 8391:4, 8391:20, 8391:21, 8400:9, 8400:16, 8400:22, 8400:24, 8401:9, 8401:13, 8401:19, 8401:20, 8414:21, 8414:22, 8417:22, 8420:19, 8426:7, 8438:12, 8449:3, 8462:12, 8468:20, 8468:24, 8469:1, 8473:11, 8473:18, 8474:1, 8474:4, 8474:24, 8480:9, 8481:17, 8481:19, 8482:4, 8482:18, 8488:11, 8488:13, 8488:15, 8489:4, 8489:9, 8495:5, 8495:8, 8495:15, 8503:12, 8503:13, 8508:23, 8509:2, 8509:4, 8509:13,

8509:19, 8509:23, 8509:25, 8510:15, 8510:19, 8513:2, 8513:4, 8514:15, 8514:19, 8514:21, 8516:25, 8517:3, 8521:24, 8521:25, 8525:4, 8525:6, 8525:8, 8525:11, 8525:13, 8526:1, 8526:3, 8526:19, 8526:21, 8532:3, 8532:5, 8532:6, 8532:13, 8532:18, 8532:22, 8532:24, 8533:3, 8534:19, 8534:24, 8535:5, 8535:8, 8535:14, 8535:16, 8535:19, 8536:2, 8536:4, 8536:7, 8536:13, 8537:7, 8537:12, 8537:15, 8537:20, 8537:22, 8538:16, 8538:19, 8539:1, 8539:12, 8539:14, 8540:1, 8540:7, 8540:8, 8540:11, 8540:16, 8540:22, 8540:24, 8540:25, 8541:3, 8541:6, 8541:22, 8541:24, 8542:9, 8542:10, 8542:23, 8543:1, 8543:6, 8543:8, 8543:12, 8543:14, 8543:16, 8544:1, 8544:4, 8544:8, 8544:15, 8545:7, 8545:10, 8545:18, 8546:5, 8546:6, 8546:11, 8547:5, 8547:7, 8547:24, 8548:1, 8548:5, 8548:7, 8548:9, 8548:12, 8548:17, 8548:22, 8549:1, 8549:17, 8549:24, 8549:25, 8550:9, 8550:10, 8551:2, 8551:7, 8551:13, 8551:15, 8551:23, 8552:1, 8552:3, 8552:7, 8552:12, 8552:17, 8552:23, 8553:1, 8553:12, 8553:14, 8553:17, 8554:13, 8554:24, 8555:1, 8555:4, 8555:9, 8555:14, 8555:18, 8556:17,

8558:18, 8559:5,
8559:11, 8559:24,
8560:2, 8560:19,
8561:1, 8561:5,
8562:5, 8562:11
**MS** [18] - 8382:9,
8475:1, 8475:7,
8476:3, 8476:5,
8476:8, 8480:14,
8480:21, 8481:21,
8482:9, 8482:20,
8488:8, 8556:25,
8557:24, 8558:8,
8558:17, 8558:19,
8558:21
**MUNGER** [1] -
8380:13
**must** [4] - 8414:8,
8414:17, 8414:18,
8452:11
**MUX** [2] - 8498:2,
8503:3

# N

**name** [6] - 8390:21,
8390:24, 8391:8,
8393:20, 8474:5,
8532:16
**names** [1] - 8546:20
**narrow** [2] - 8392:9,
8555:11
**NATHANIEL** [1] -
8378:6
**NATURAL** [1] - 8378:3
**nature** [5] - 8405:19,
8421:13, 8425:23,
8440:7, 8455:15
**near** [1] - 8532:16
**necessarily** [10] -
8403:6, 8406:16,
8427:12, 8449:16,
8454:23, 8457:22,
8464:13, 8481:5,
8550:17, 8557:20
**necessary** [2] -
8404:13, 8414:4
**need** [20] - 8386:7,
8402:24, 8407:20,
8410:16, 8417:25,
8447:13, 8457:12,
8468:22, 8468:23,
8492:13, 8492:15,
8517:8, 8521:18,
8536:18, 8538:6,
8538:18, 8551:19,
8551:20, 8554:5,
8554:23
**needed** [2] - 8512:14,
8521:22

**needs** [4] - 8408:8,
8410:22, 8414:7,
8554:6
**negative** [1] - 8416:22
**Neil** [1] - 8473:21
**net** [2] - 8474:9,
8490:18
**never** [10] - 8387:15,
8440:8, 8448:10,
8451:15, 8476:21,
8480:25, 8481:6,
8484:9, 8530:9,
8530:16
**NEW** [9] - 8375:8,
8376:8, 8376:16,
8376:23, 8377:18,
8379:11, 8379:17,
8380:7, 8381:15
**New** [4] - 8391:10,
8391:12, 8393:1
**new** [7] - 8396:23,
8397:7, 8484:22,
8502:7, 8502:16,
8529:2, 8531:23
**next** [29] - 8385:21,
8393:17, 8394:1,
8394:10, 8395:25,
8396:13, 8396:25,
8439:23, 8445:10,
8449:18, 8461:18,
8474:16, 8474:17,
8486:11, 8495:10,
8518:18, 8535:2,
8535:6, 8535:10,
8539:24, 8540:5,
8540:14, 8545:5,
8547:3, 8553:19,
8553:21, 8554:7,
8562:2, 8562:3
**nice** [1] - 8562:15
**Nichols** [2] - 8500:23,
8513:25
**night** [9] - 8404:16,
8454:8, 8468:21,
8537:8, 8537:23,
8543:23, 8550:4,
8555:2, 8561:11
**nine** [1] - 8555:2
**nines** [2] - 8423:22,
8424:21
**NINTH** [1] - 8377:7
**NO** [3] - 8375:8,
8375:12, 8375:14
**nobody** [3] - 8503:6,
8537:9, 8550:25
**noise** [3] - 8447:25,
8448:4, 8449:11
**noisy** [1] - 8449:15
**Nomellini** [1] - 8537:6
**NOMELLINI** [19] -

8537:7, 8537:22,
8538:19, 8539:1,
8540:1, 8540:8,
8540:11, 8544:1,
8544:8, 8550:10,
8551:2, 8551:7,
8552:17, 8555:4,
8558:18, 8559:5,
8559:11, 8560:19,
8561:1
**none** [3] - 8386:21,
8473:23, 8515:16
**nonfunctioning** [1] -
8458:15
**NONJURY** [1] -
8375:21
**NORFOLK** [1] -
8380:23
**normal** [32] - 8403:5,
8406:12, 8407:20,
8408:17, 8414:23,
8415:3, 8446:22,
8448:15, 8448:24,
8451:23, 8455:4,
8455:10, 8459:12,
8464:20, 8470:17,
8497:8, 8497:14,
8498:2, 8522:15,
8522:18, 8522:23,
8523:11, 8524:4,
8524:22, 8525:2,
8526:5, 8526:11,
8527:4, 8529:1,
8529:15, 8529:25,
8530:7
**normally** [3] -
8428:16, 8436:12,
8459:9
**Norman** [1] - 8542:16
**north** [2] - 8417:18,
8417:21
**NORTH** [1] - 8379:6
**notation** [3] - 8477:6,
8488:6, 8543:19
**note** [10] - 8437:23,
8458:24, 8464:8,
8481:8, 8488:5,
8535:1, 8544:2,
8544:11, 8544:17,
8553:18
**notebook** [3] -
8409:13, 8446:7,
8456:7
**noted** [6] - 8444:12,
8459:7, 8459:13,
8459:16, 8480:2,
8480:8
**notes** [17] - 8387:19,
8439:18, 8443:14,
8443:22, 8456:3,

8456:8, 8456:22,
8456:25, 8457:7,
8458:18, 8458:23,
8463:22, 8464:1,
8493:19, 8493:23,
8512:9
**nothing** [6] - 8390:16,
8419:22, 8419:23,
8440:6, 8455:5,
8461:1
**notice** [4] - 8471:2,
8539:19, 8542:23,
8557:10
**notion** [1] - 8465:10
**November** [1] -
8431:25
**nowhere** [2] - 8556:1,
8556:6
**number** [19] -
8393:14, 8400:3,
8431:3, 8432:23,
8438:15, 8444:3,
8444:4, 8461:3,
8461:11, 8470:9,
8470:12, 8480:23,
8481:4, 8494:7,
8506:4, 8511:9,
8546:12, 8547:8,
8554:16
**Number** [7] - 8431:5,
8450:13, 8476:10,
8477:24, 8478:1,
8478:8, 8478:9
**numbered** [2] -
8450:12, 8563:9
**numbers** [3] - 8420:5,
8488:24, 8507:13
**numerous** [1] -
8462:25
**NW** [1] - 8379:20

# O

**O'Bryan** [5] - 8535:3,
8535:7, 8535:11,
8535:16, 8542:16
**o'clock** [1] - 8386:6
**O'KEEFE** [1] - 8376:8
**O'ROURKE** [2] -
8378:4, 8562:11
**O'Rourke** [1] -
8562:10
**oath** [1] - 8390:21
**object** [5] - 8387:7,
8480:9, 8481:17,
8482:18, 8551:7
**objected** [2] -
8550:25, 8551:6
**objection** [16] -

8383:19, 8384:21,
8384:23, 8385:4,
8385:17, 8386:1,
8388:3, 8390:4,
8390:10, 8480:20,
8482:8, 8482:19,
8537:16, 8543:19,
8544:3, 8547:14
**objections** [18] -
8383:20, 8384:19,
8385:6, 8385:15,
8385:23, 8385:25,
8386:19, 8386:20,
8473:22, 8473:23,
8539:9, 8543:21,
8543:22, 8544:4,
8544:14, 8550:6,
8550:18, 8550:19
**objective** [1] - 8439:25
**obligate** [1] - 8545:24
**observed** [2] -
8463:13, 8509:5
**obtained** [1] - 8389:4
**obviously** [4] -
8387:7, 8399:2,
8484:23, 8556:19
**occur** [1] - 8498:11
**occurred** [2] -
8424:11, 8424:15
**occurs** [2] - 8439:13,
8490:23
**OF** [14] - 8375:2,
8375:6, 8375:13,
8375:15, 8375:21,
8377:21, 8378:3,
8378:9, 8378:15,
8378:21, 8379:3,
8379:4, 8379:5
**off-the-shelf** [1] -
8394:13
**offend** [1] - 8396:4
**offer** [15] - 8383:21,
8384:16, 8385:4,
8385:16, 8385:24,
8401:16, 8472:5,
8473:19, 8538:19,
8539:1, 8539:7,
8539:8, 8539:10,
8540:12, 8559:18
**Offered** [5] - 8548:22,
8549:12, 8549:17,
8549:21, 8549:22
**offered** [5] - 8539:2,
8539:5, 8539:6,
8539:24, 8542:20,
8544:22, 8549:2,
8549:5, 8552:19
**offering** [7] - 8539:16,
8541:8, 8541:16,
8541:25, 8542:19,

8545:21, 8546:2
**offerings** [1] - 8459:20
**offers** [1] - 8401:9
**OFFICE** [5] - 8376:4,
8378:13, 8378:21,
8379:3, 8379:7
**Official** [2] - 8563:5,
8563:14
**official** [1] - 8477:5
**OFFICIAL** [1] -
8381:13
**OFFSHORE** [1] -
8380:4
**Offshore** [2] -
8395:25, 8396:1
**offshore** [17] - 8392:6,
8395:13, 8395:21,
8397:4, 8397:8,
8397:14, 8398:1,
8398:4, 8398:8,
8400:10, 8400:18,
8419:13, 8443:19,
8444:7, 8444:15,
8447:18, 8457:5
**often** [1] - 8480:4
**OIL** [2] - 8375:5
**oil** [8] - 8392:6,
8394:5, 8395:21,
8397:14, 8398:1,
8400:10, 8400:18,
8427:8
**old** [5] - 8397:18,
8462:24, 8484:22,
8500:14, 8531:21
**older** [1] - 8419:11
**OLSON** [1] - 8380:13
**omit** [1] - 8495:25
**ON** [1] - 8375:6
**on-time** [11] - 8432:22,
8433:3, 8433:13,
8433:16, 8475:10,
8475:14, 8477:2,
8477:10, 8530:13,
8530:18, 8531:4
**once** [15] - 8409:17,
8434:12, 8443:5,
8450:16, 8463:6,
8464:23, 8497:4,
8497:15, 8505:13,
8522:24, 8523:4,
8525:6, 8531:13,
8546:4
**ONE** [1] - 8379:16
**One** [1] - 8538:6
**one** [163] - 8383:19,
8386:25, 8388:8,
8389:22, 8391:25,
8393:14, 8395:9,
8395:20, 8396:2,
8397:2, 8398:6,

8398:13, 8400:14,
8402:21, 8402:22,
8403:8, 8404:9,
8406:24, 8407:13,
8407:14, 8407:17,
8407:19, 8408:13,
8408:14, 8408:15,
8413:16, 8414:11,
8415:5, 8415:17,
8416:3, 8416:5,
8416:15, 8417:14,
8419:25, 8424:15,
8426:5, 8426:22,
8427:1, 8430:14,
8430:24, 8431:6,
8431:21, 8432:21,
8433:3, 8433:4,
8433:13, 8433:15,
8435:8, 8436:8,
8437:2, 8438:15,
8439:22, 8445:18,
8446:3, 8447:22,
8448:9, 8450:10,
8450:12, 8455:15,
8456:13, 8456:14,
8456:15, 8457:3,
8460:7, 8461:15,
8462:13, 8462:17,
8463:3, 8464:16,
8464:17, 8465:7,
8465:9, 8465:24,
8466:4, 8466:14,
8468:17, 8470:12,
8476:18, 8476:22,
8477:16, 8480:14,
8481:2, 8484:23,
8485:8, 8485:16,
8489:24, 8491:19,
8492:8, 8492:12,
8495:9, 8495:10,
8495:20, 8495:23,
8496:1, 8496:2,
8496:14, 8496:18,
8496:23, 8499:16,
8499:21, 8499:24,
8500:13, 8501:6,
8501:15, 8502:4,
8502:6, 8503:12,
8504:19, 8505:25,
8506:3, 8506:9,
8506:10, 8507:5,
8507:13, 8511:11,
8516:18, 8517:18,
8518:19, 8518:20,
8520:8, 8520:13,
8521:24, 8522:15,
8523:3, 8523:24,
8524:6, 8525:21,
8525:22, 8527:18,
8528:7, 8529:7,
8529:15, 8531:21,

8532:3, 8532:18,
8533:20, 8533:23,
8534:4, 8534:9,
8534:16, 8535:24,
8538:1, 8540:1,
8542:8, 8542:10,
8545:20, 8545:21,
8548:3, 8548:6,
8549:1, 8549:4,
8552:17, 8554:2,
8555:3, 8555:14,
8555:15, 8558:5,
8561:18
**one-atmosphere** [1] -
8398:13
**one-page** [2] -
8535:24, 8549:4
**one-week** [1] - 8540:1
**ones** [13] - 8398:23,
8423:14, 8425:9,
8426:19, 8426:22,
8456:17, 8542:14,
8542:17, 8542:20,
8543:1, 8543:2,
8549:14, 8552:19
**open** [2] - 8415:15,
8561:2
**opening** [1] - 8561:12
**opens** [1] - 8498:25
**operate** [48] - 8408:4,
8408:7, 8409:6,
8409:23, 8410:15,
8412:7, 8412:21,
8413:7, 8414:7,
8415:7, 8416:9,
8416:14, 8418:1,
8418:12, 8418:18,
8421:1, 8424:5,
8428:18, 8428:23,
8428:24, 8429:1,
8429:2, 8441:1,
8445:21, 8445:22,
8448:17, 8451:12,
8455:12, 8457:16,
8461:4, 8461:14,
8461:15, 8465:11,
8472:6, 8485:9,
8486:18, 8488:2,
8497:19, 8498:18,
8499:19, 8520:4,
8520:5, 8521:19,
8521:22, 8533:21,
8533:22
**operated** [18] -
8399:12, 8399:16,
8408:8, 8408:10,
8408:11, 8418:25,
8426:25, 8436:12,
8445:23, 8449:8,
8451:2, 8452:6,

8465:12, 8488:3,
8496:14, 8496:23,
8497:17
**operates** [9] -
8406:20, 8452:1,
8460:24, 8462:2,
8464:7, 8464:8,
8497:5, 8497:7,
8497:8
**operating** [13] -
8408:1, 8409:22,
8414:12, 8423:19,
8428:16, 8440:21,
8446:21, 8447:11,
8449:2, 8453:12,
8470:16, 8487:22,
8502:21
**operation** [56] -
8407:20, 8410:10,
8410:12, 8414:23,
8415:10, 8417:1,
8432:22, 8433:3,
8433:13, 8433:16,
8444:10, 8448:15,
8448:24, 8449:1,
8449:17, 8451:11,
8451:13, 8451:18,
8451:23, 8452:12,
8455:9, 8455:11,
8459:12, 8461:8,
8461:17, 8464:12,
8464:13, 8464:21,
8466:15, 8466:17,
8467:5, 8468:11,
8469:14, 8469:21,
8470:4, 8475:10,
8475:14, 8477:2,
8477:10, 8497:11,
8498:3, 8498:12,
8499:14, 8514:4,
8522:24, 8524:5,
8524:22, 8525:1,
8526:6, 8529:11,
8529:15, 8530:7,
8530:13, 8530:18,
8531:5
**operational** [1] -
8404:10
**operations** [21] -
8392:1, 8394:25,
8397:11, 8406:12,
8415:3, 8457:18,
8489:22, 8497:6,
8497:8, 8497:18,
8510:11, 8522:16,
8522:18, 8523:11,
8524:4, 8525:2,
8526:11, 8527:4,
8527:18, 8530:1,
8531:5

**opined** [1] - 8500:9
**opinion** [17] - 8404:2,
8404:24, 8418:15,
8418:16, 8440:21,
8440:24, 8440:25,
8451:10, 8451:19,
8451:20, 8454:3,
8454:6, 8478:17,
8489:10, 8489:13,
8558:13
**opinions** [16] -
8389:6, 8390:8,
8401:7, 8401:15,
8403:17, 8403:21,
8403:25, 8404:22,
8404:25, 8418:11,
8428:19, 8434:4,
8481:23, 8482:1,
8488:21, 8489:16
**opportunity** [1] -
8539:22
**oppose** [1] - 8416:8
**opposing** [2] -
8469:14, 8471:13
**opposite** [3] -
8417:15, 8417:18,
8490:23
**option** [1] - 8491:5
**order** [5] - 8423:5,
8428:24, 8432:25,
8519:23, 8524:10
**ORDER** [1] - 8383:4
**ordinarily** [1] -
8408:14
**organize** [1] - 8517:17
**original** [16] - 8401:16,
8450:21, 8458:11,
8458:19, 8463:18,
8463:23, 8465:21,
8466:9, 8467:24,
8469:6, 8491:7,
8491:14, 8491:17,
8507:1, 8508:1,
8561:19
**originally** [3] - 8404:4,
8491:2, 8555:23
**ORLEANS** [9] -
8375:8, 8376:8,
8376:16, 8376:23,
8377:18, 8379:11,
8379:17, 8380:7,
8381:15
**Orleans** [4] - 8391:10,
8391:12, 8393:1
**ourselves** [1] -
8523:20
**outline** [1] - 8547:15
**output** [4] - 8408:4,
8448:19, 8453:14,
8457:20

**outs** [2] - 8446:14, 8537:18

**outside** [3] - 8387:17, 8480:10, 8481:25

**overall** [3] - 8406:7, 8407:3, 8453:19

**overcome** [4] - 8413:4, 8413:6, 8413:22, 8418:4

**overrule** [2] - 8390:5, 8390:9

**oversimplification** [1] - 8416:24

**overstuffed** [1] - 8411:10

**overview** [5] - 8405:4, 8406:1, 8406:2, 8407:3, 8470:1

**own** [13] - 8393:10, 8402:4, 8402:19, 8402:24, 8409:6, 8410:1, 8432:12, 8449:2, 8453:13, 8484:19, 8487:18, 8488:1, 8521:21

**P**

**P-R-E-S-T-I-D-G-E** [1] - 8538:23

**p.m** [1] - 8562:20

**P.O** [1] - 8378:7

**PAGE** [2] - 8382:3, 8382:17

**page** [32] - 8401:4, 8470:25, 8474:7, 8474:16, 8474:17, 8475:18, 8475:20, 8477:22, 8479:17, 8479:20, 8483:1, 8484:16, 8484:23, 8486:2, 8486:5, 8486:22, 8487:5, 8488:24, 8494:4, 8495:16, 8500:18, 8506:5, 8513:22, 8520:1, 8521:9, 8521:10, 8528:6, 8535:24, 8544:10, 8549:1, 8549:4, 8551:5

**pages** [5] - 8389:18, 8439:21, 8440:3, 8529:7, 8529:8

**painted** [1] - 8505:6

**PALMINTIER** [1] - 8377:10

**PAN** [1] - 8376:15

**panels** [2] - 8406:11,

8445:24

**paper** [3] - 8511:24, 8551:18, 8551:22

**paragraph** [2] - 8507:18, 8519:22

**part** [10] - 8391:18, 8393:3, 8398:9, 8401:24, 8405:5, 8447:11, 8455:8, 8503:21, 8524:3, 8559:8

**part-time** [1] - 8393:3

**particular** [13] - 8388:20, 8389:4, 8395:9, 8397:25, 8402:1, 8421:25, 8423:25, 8446:17, 8457:9, 8472:14, 8476:23, 8504:15, 8510:18

**particularly** [2] - 8392:1, 8472:17

**parties** [16] - 8383:18, 8399:7, 8402:4, 8402:15, 8403:8, 8443:13, 8495:7, 8535:1, 8535:9, 8539:3, 8550:4, 8551:23, 8552:2, 8553:4, 8554:17, 8561:15

**parties'** [2] - 8541:2, 8546:3

**parts** [4] - 8405:20, 8407:7, 8539:1, 8539:2

**party** [3] - 8548:12, 8555:9, 8561:17

**pass** [7] - 8445:1, 8445:3, 8467:10, 8467:21, 8473:11, 8474:24, 8542:22

**passage** [1] - 8522:14

**passed** [3] - 8506:23, 8532:15, 8532:17

**passes** [2] - 8522:9, 8522:11

**passing** [2] - 8508:10, 8508:14

**past** [2] - 8445:5, 8542:24

**Pat** [2] - 8535:3, 8535:16

**Patrick** [2] - 8539:8, 8542:16

**pattern** [1] - 8389:9

**PAUL** [1] - 8376:14

**Paul** [2] - 8388:18, 8541:18

**PE** [1] - 8393:19

**PENNSYLVANIA** [1] - 8379:20

**people** [6] - 8396:5, 8432:13, 8493:10, 8528:8, 8540:2, 8546:18

**Pepper** [4] - 8538:24, 8563:3, 8563:12, 8563:13

**PEPPER** [1] - 8381:13

**per** [1] - 8537:17

**perfect** [4] - 8457:22, 8540:4, 8555:14, 8557:17

**perform** [15] - 8392:12, 8404:3, 8404:6, 8404:12, 8407:2, 8409:6, 8414:9, 8420:20, 8422:1, 8422:4, 8422:5, 8427:9, 8453:21, 8454:7, 8481:16

**performance** [3] - 8394:8, 8455:17, 8510:6

**performed** [27] - 8389:21, 8402:8, 8443:11, 8443:12, 8443:15, 8446:24, 8447:2, 8449:18, 8454:6, 8456:4, 8456:16, 8456:23, 8463:18, 8463:23, 8467:23, 8468:15, 8469:16, 8479:2, 8480:3, 8484:14, 8485:2, 8486:7, 8486:14, 8487:6, 8491:2, 8506:14, 8506:22

**performing** [3] - 8406:24, 8429:24, 8437:5

**performs** [1] - 8453:15

**perhaps** [4] - 8403:8, 8539:23, 8558:1, 8560:21

**period** [8] - 8420:11, 8422:25, 8423:3, 8476:23, 8513:7, 8516:4, 8540:2, 8542:22

**periods** [1] - 8522:7

**personal** [1] - 8446:12

**perspective** [1] - 8560:4

**pertained** [1] - 8502:6

**Peter** [2] - 8537:11, 8538:21

**PETITION** [1] - 8375:13

**PETU** [49] - 8388:21, 8388:24, 8445:13, 8445:16, 8445:21, 8446:2, 8446:10, 8446:17, 8446:20, 8447:1, 8447:9, 8447:16, 8449:18, 8450:10, 8450:12, 8450:13, 8450:21, 8450:22, 8450:25, 8451:5, 8451:11, 8451:18, 8452:7, 8452:13, 8452:19, 8453:4, 8453:6, 8453:9, 8455:6, 8457:11, 8458:7, 8459:10, 8459:13, 8464:23, 8491:3, 8491:5, 8491:8, 8491:10, 8492:12, 8492:15, 8492:18, 8493:14, 8493:24, 8494:4, 8494:7, 8494:9, 8498:1, 8498:14, 8505:11

**PETU's** [4] - 8446:4, 8492:25, 8493:5

**phase** [2] - 8451:17, 8451:21

**Phase** [3] - 8441:17, 8538:6, 8538:10

**photographed** [1] - 8515:21

**phrase** [2] - 8448:4, 8555:1

**physical** [4] - 8399:13, 8408:7, 8411:21, 8504:25

**physically** [2] - 8406:15, 8550:7

**pick** [1] - 8421:14

**picture** [3] - 8441:24, 8445:17, 8446:3

**pictures** [1] - 8505:5

**piece** [3] - 8461:6, 8511:24, 8516:10

**pin** [1] - 8444:4

**place** [2] - 8528:10, 8533:18

**placeholder** [1] - 8554:18

**PLAINTIFFS** [1] - 8376:3

**planning** [1] - 8397:20

**platform** [1] - 8396:4

**plausible** [1] - 8440:19

**play** [3] - 8396:20,

8523:19, 8536:11

**played** [1] - 8541:24

**PLC** [3] - 8379:15, 8485:4

**plenty** [1] - 8468:7

**plug** [3] - 8445:21, 8455:6, 8460:14

**plugged** [2] - 8409:14, 8463:6

**plunger** [7] - 8412:9, 8412:10, 8412:16, 8412:18, 8413:1, 8490:16

**plus** [3] - 8417:2, 8417:6, 8446:19

**poboy** [2] - 8411:10, 8441:22

**Pod** [58] - 8404:11, 8404:14, 8418:10, 8418:12, 8418:16, 8418:19, 8419:24, 8427:10, 8427:21, 8428:3, 8428:12, 8429:25, 8430:6, 8430:10, 8430:15, 8430:21, 8431:5, 8431:10, 8431:14, 8431:15, 8431:24, 8434:21, 8435:14, 8435:24, 8436:6, 8437:18, 8438:5, 8438:13, 8440:21, 8441:2, 8443:7, 8444:13, 8444:19, 8449:5, 8451:1, 8456:18, 8458:12, 8458:20, 8474:13, 8474:17, 8476:10, 8476:13, 8477:24, 8478:1, 8478:5, 8478:8, 8478:9, 8478:14, 8481:15, 8486:13, 8494:5, 8498:15, 8503:17, 8504:8, 8526:15

**pod** [47] - 8407:17, 8407:23, 8408:1, 8408:14, 8411:6, 8413:15, 8414:4, 8414:5, 8414:9, 8414:15, 8418:21, 8420:14, 8434:12, 8436:17, 8437:7, 8440:20, 8443:8, 8445:18, 8445:21, 8445:22, 8446:10, 8451:11, 8458:15, 8470:10, 8472:25, 8476:16, 8476:22, 8477:17, 8478:8,

8478:20, 8478:22,
8498:10, 8500:21,
8505:13, 8506:15,
8513:13, 8513:19,
8513:20, 8514:3,
8524:22, 8529:25,
8530:5, 8530:6,
8530:12, 8531:6,
8532:11
**pods** [18] - 8392:10,
8404:9, 8404:10,
8406:23, 8406:24,
8407:13, 8407:22,
8409:5, 8414:3,
8421:1, 8430:24,
8431:9, 8481:11,
8513:14, 8522:20,
8522:24, 8532:8
**point** [25] - 8418:17,
8428:17, 8429:17,
8437:17, 8442:17,
8445:10, 8445:12,
8452:24, 8453:12,
8456:2, 8462:24,
8466:20, 8471:19,
8492:23, 8495:5,
8509:5, 8512:2,
8522:15, 8524:2,
8534:12, 8554:7,
8559:25, 8560:3,
8561:17, 8561:21
**pointed** [3] - 8426:8,
8440:8, 8440:9
**points** [4] - 8479:21,
8512:11, 8535:25
**polarity** [11] - 8417:7,
8417:18, 8418:2,
8442:1, 8471:10,
8471:12, 8490:23,
8505:23, 8506:14,
8512:11
**policies** [4] - 8434:23,
8530:25, 8531:1
**policy** [10] - 8433:18,
8434:12, 8434:16,
8434:19, 8506:1,
8506:22, 8507:9,
8530:14, 8530:23,
8531:10
**pops** [1] - 8516:10
**portable** [2] - 8388:22,
8491:3
**Portable** [1] - 8445:12
**portion** [6] - 8406:7,
8451:25, 8460:3,
8541:24, 8545:13,
8545:14
**position** [9] - 8396:6,
8407:17, 8412:21,
8413:9, 8430:22,

8431:7, 8524:19,
8544:6, 8556:13
**positions** [1] -
8397:24
**positive** [1] - 8416:22
**possession** [1] -
8427:13
**possibilities** [1] -
8519:4
**possibility** [3] -
8516:3, 8553:24,
8554:15
**possible** [12] -
8422:17, 8426:18,
8480:4, 8481:6,
8517:9, 8520:17,
8520:21, 8522:3,
8533:22, 8534:7,
8552:22, 8553:19
**possibly** [4] - 8454:22,
8527:9, 8554:7,
8562:6
**POST** [3] - 8376:4,
8378:13, 8379:7
**post** [2] - 8510:17,
8558:4
**post-trial** [1] - 8558:4
**potentially** [1] -
8542:18
**pounds** [3] - 8413:6,
8447:15, 8464:9
**power** [86] - 8398:21,
8399:5, 8399:6,
8406:18, 8407:20,
8407:21, 8408:4,
8409:1, 8409:11,
8409:12, 8409:16,
8409:21, 8410:1,
8410:2, 8410:9,
8410:18, 8410:19,
8412:14, 8413:23,
8416:5, 8425:21,
8427:16, 8427:18,
8429:1, 8429:2,
8438:9, 8439:20,
8445:20, 8451:21,
8452:2, 8452:3,
8458:7, 8459:5,
8459:10, 8460:12,
8460:15, 8461:1,
8461:19, 8462:18,
8463:6, 8464:5,
8464:19, 8465:3,
8465:5, 8465:25,
8467:3, 8467:13,
8467:14, 8468:12,
8469:9, 8469:10,
8470:16, 8490:3,
8490:6, 8490:8,
8490:10, 8491:5,

8491:11, 8496:2,
8497:16, 8497:20,
8497:25, 8503:2,
8518:6, 8518:7,
8522:11, 8523:5,
8523:13, 8523:14,
8523:22, 8523:25,
8524:1, 8524:3,
8524:9, 8524:10,
8524:12, 8524:16,
8533:23
**powered** [3] - 8441:1,
8522:20
**powering** [3] -
8452:21, 8453:16,
8491:4
**POYDRAS** [4] -
8376:15, 8379:16,
8380:7, 8381:14
**practical** [1] - 8512:1
**practice** [3] - 8391:11,
8393:15
**practices** [1] - 8402:7
**pre** [1] - 8504:7
**pre-Macondo** [1] -
8504:7
**precise** [3] - 8429:4,
8489:12, 8489:15
**predict** [4] - 8490:20,
8490:21, 8490:22,
8490:25
**prefers** [1] - 8551:24
**preliminary** [10] -
8383:12, 8386:24,
8444:23, 8444:24,
8444:25, 8445:2,
8445:3, 8445:7,
8467:21, 8469:19
**prepare** [2] - 8400:25,
8421:4
**prepared** [12] -
8392:19, 8401:6,
8403:21, 8405:25,
8408:20, 8412:1,
8415:22, 8427:20,
8439:21, 8442:10,
8443:23, 8526:24
**prescribed** [1] -
8467:6
**present** [4] - 8395:3,
8429:8, 8498:2,
8552:12
**presented** [2] -
8547:17, 8554:4
**presenting** [1] -
8507:6
**president** [2] -
8397:10, 8397:11
**pressure** [40] -
8408:9, 8413:6,

8413:7, 8447:10,
8447:14, 8447:15,
8447:24, 8448:6,
8448:10, 8448:11,
8449:7, 8449:11,
8449:13, 8450:19,
8451:4, 8452:22,
8453:14, 8457:20,
8457:25, 8458:1,
8458:2, 8459:1,
8459:3, 8459:14,
8462:1, 8466:6,
8467:12, 8467:18,
8472:17, 8472:18,
8498:10, 8498:23,
8499:1, 8499:3,
8499:10, 8502:25,
8503:8, 8503:11,
8512:4, 8512:10
**Prestidge** [1] -
8538:23
**presume** [1] - 8506:19
**pretty** [5] - 8400:3,
8403:12, 8420:7,
8450:17, 8523:22
**preventative** [1] -
8479:22
**prevented** [2] -
8474:14, 8481:15
**preventer** [1] - 8431:1
**previous** [3] - 8512:6,
8542:7, 8553:8
**previously** [7] -
8539:17, 8540:19,
8541:13, 8542:3,
8542:20, 8547:9,
8553:7
**primarily** [10] -
8392:5, 8395:21,
8396:22, 8397:7,
8397:14, 8398:1,
8398:20, 8401:24,
8419:19, 8524:8
**primary** [3] - 8399:5,
8402:10, 8526:10
**principle** [1] - 8438:15
**privately** [1] - 8400:2
**problem** [14] -
8387:11, 8474:8,
8474:13, 8474:18,
8505:23, 8508:17,
8508:19, 8508:20,
8528:10, 8528:17,
8532:1, 8552:21,
8552:25
**problematic** [1] -
8509:10
**problems** [2] -
8474:20, 8482:15
**procedure** [15] -

8409:19, 8425:21,
8467:6, 8505:17,
8505:21, 8506:17,
8508:3, 8511:4,
8511:9, 8511:10,
8511:13, 8511:20,
8512:6, 8513:16
**Procedure** [1] -
8507:11
**procedures** [1] -
8443:9
**proceed** [2] - 8391:1,
8474:1
**PROCEEDINGS** [3] -
8375:21, 8381:17,
8383:1
**proceedings** [3] -
8536:23, 8562:20,
8563:9
**process** [20] - 8415:2,
8422:12, 8422:23,
8427:15, 8436:12,
8436:15, 8437:20,
8442:6, 8453:16,
8453:19, 8459:12,
8461:18, 8464:14,
8465:4, 8522:8,
8524:3, 8540:1,
8557:18, 8559:6,
8559:15
**processes** [1] -
8422:24
**processor** [1] -
8461:10
**produce** [1] - 8521:18
**PRODUCED** [1] -
8381:18
**PRODUCTION** [3] -
8375:15, 8379:14,
8379:14
**production** [1] -
8398:13
**professional** [7] -
8391:22, 8392:20,
8393:4, 8393:19,
8395:15, 8397:22,
8398:10
**professionally** [1] -
8395:11
**professor** [1] -
8396:16
**proffered** [2] -
8550:16, 8550:21
**program** [2] - 8410:3,
8479:23
**programming** [2] -
8395:1, 8396:10
**project** [3] - 8398:16,
8398:17, 8421:2
**proper** [2] - 8490:23,

8496:17
**properly** [3] - 8414:8, 8471:11, 8539:21
**propose** [1] - 8544:24
**proposed** [3] - 8541:7, 8544:23, 8560:16
**proposes** [1] - 8388:5
**protect** [1] - 8529:18
**proudly** [1] - 8537:15
**prove** [1] - 8466:15
**proves** [1] - 8466:16
**provide** [6] - 8405:3, 8406:4, 8406:18, 8415:6, 8456:25, 8462:6
**provided** [11] - 8401:22, 8416:7, 8430:3, 8433:7, 8433:11, 8465:5, 8468:4, 8542:23, 8548:15, 8549:8, 8556:1
**provides** [5] - 8389:2, 8406:20, 8407:6, 8462:3, 8549:19
**providing** [4] - 8403:21, 8409:21, 8427:16, 8452:3
**provision** [1] - 8481:25
**PSC** [18] - 8383:14, 8474:6, 8539:4, 8540:12, 8541:14, 8542:4, 8542:11, 8545:3, 8546:1, 8546:9, 8546:21, 8552:5, 8555:23, 8557:22, 8558:12, 8559:16, 8561:7, 8561:17
**PSC's** [1] - 8541:2
**psi** [3] - 8447:14, 8512:4, 8512:10
**PTO** [2] - 8481:21, 8481:25
**public** [1] - 8538:17
**publishes** [2] - 8529:14
**pull** [32] - 8401:3, 8403:24, 8425:24, 8432:18, 8433:9, 8475:16, 8475:21, 8477:14, 8480:1, 8482:25, 8483:19, 8483:25, 8484:12, 8488:24, 8489:4, 8493:18, 8494:14, 8494:22, 8495:4, 8497:23, 8498:5, 8503:14, 8506:5,

8507:18, 8509:12, 8513:5, 8516:8, 8517:6, 8517:16, 8518:11, 8519:20, 8521:8
**pulled** [5] - 8418:21, 8489:5, 8495:8, 8499:8, 8517:18
**pulling** [1] - 8490:15
**pulls** [1] - 8488:23
**pulse** [11] - 8410:3, 8410:5, 8454:21, 8455:1, 8460:16, 8460:17, 8460:18, 8460:21, 8489:25, 8490:14, 8490:18
**pulsed** [1] - 8452:3
**pulsing** [5] - 8451:16, 8452:1, 8467:13, 8467:20, 8470:16
**pumps** [2] - 8514:4, 8515:17
**purpose** [5] - 8408:19, 8488:19, 8499:4, 8513:16, 8513:18
**purposes** [11] - 8402:4, 8421:16, 8422:9, 8445:25, 8517:1, 8530:3, 8530:7, 8530:13, 8544:5, 8544:13, 8545:17
**pursuant** [2] - 8506:17, 8506:22
**push** [2] - 8413:9, 8496:9
**put** [43] - 8387:5, 8412:14, 8412:25, 8417:2, 8418:22, 8432:12, 8447:6, 8447:15, 8448:6, 8453:7, 8458:15, 8464:19, 8467:2, 8467:16, 8474:12, 8479:16, 8480:11, 8486:9, 8487:10, 8493:21, 8499:16, 8502:7, 8503:1, 8504:3, 8504:19, 8505:10, 8505:22, 8508:23, 8511:15, 8511:24, 8512:14, 8512:16, 8525:15, 8525:22, 8527:12, 8528:18, 8528:25, 8530:5, 8530:11, 8546:16, 8548:12, 8553:22, 8554:18
**puts** [2] - 8389:19, 8523:8

**putting** [3] - 8394:16, 8394:17, 8517:2

## Q

**Q4000** [4] - 8443:8, 8443:15, 8443:23, 8444:22
**QC** [1] - 8537:24
**qualification** [1] - 8400:17
**qualifications** [1] - 8392:15
**quantification** [1] - 8451:15
**Quarter** [2] - 8562:10, 8562:14
**QUESTION** [2] - 8434:11, 8434:15
**questioned** [1] - 8533:12
**questioning** [1] - 8533:9
**questions** [12] - 8488:9, 8488:11, 8488:13, 8507:20, 8509:22, 8525:16, 8532:13, 8532:20, 8533:5, 8534:2, 8534:20, 8538:15
**quick** [3] - 8387:1, 8413:17, 8543:17
**quickly** [4] - 8386:4, 8387:4, 8396:16, 8539:12
**quite** [5] - 8411:8, 8452:9, 8474:11, 8561:8, 8562:15

## R

**Rachel** [1] - 8475:1
**RACHEL** [2] - 8378:6, 8380:10
**racks** [1] - 8398:21
**radar** [1] - 8553:23
**radio** [1] - 8421:21
**raise** [2] - 8390:14, 8543:22
**raising** [1] - 8559:4
**ram** [6] - 8404:13, 8461:21, 8461:25, 8462:4, 8462:9, 8464:8
**rams** [2] - 8489:11, 8499:10
**ran** [1] - 8508:24
**rapid** [1] - 8490:4
**rather** [2] - 8558:14,

8559:4
**rating** [1] - 8421:23
**rationale** [1] - 8424:23
**RE** [2] - 8375:5, 8375:12
**reach** [8] - 8401:21, 8428:2, 8433:6, 8439:5, 8443:17, 8452:18, 8454:4, 8466:2
**reached** [9] - 8403:17, 8403:25, 8418:11, 8423:12, 8426:17, 8427:25, 8439:1, 8440:24, 8471:16
**read** [25] - 8390:6, 8431:9, 8433:15, 8474:10, 8480:12, 8484:7, 8499:3, 8501:2, 8507:19, 8507:24, 8513:24, 8514:1, 8516:17, 8516:20, 8516:23, 8518:6, 8520:7, 8525:24, 8525:25, 8527:14, 8528:18, 8546:12, 8546:25, 8547:1, 8548:18
**readable** [1] - 8517:17
**reading** [2] - 8503:24, 8534:14
**reads** [6] - 8428:14, 8434:10, 8444:2, 8452:25, 8469:25, 8471:9
**real** [3] - 8464:21, 8498:12, 8524:5
**reality** [1] - 8442:23
**realize** [3] - 8409:10, 8410:7, 8450:4
**realizes** [1] - 8409:18
**realizing** [1] - 8416:5
**really** [9] - 8398:5, 8423:20, 8431:2, 8437:24, 8439:22, 8445:16, 8447:12, 8447:22, 8451:15, 8462:11, 8477:18, 8479:15, 8483:6, 8508:6, 8512:17, 8531:5, 8551:15, 8554:4
**REALTIME** [1] - 8381:13
**Realtime** [2] - 8563:3, 8563:13
**reanalyze** [1] - 8450:16
**reapplied** [2] - 8458:7, 8459:10

**reason** [13] - 8404:6, 8413:13, 8455:23, 8461:2, 8468:10, 8482:1, 8484:10, 8484:11, 8499:14, 8502:4, 8508:5, 8518:5, 8518:22
**reasonable** [1] - 8555:11
**reasons** [3] - 8390:9, 8400:8, 8470:6
**rebuild** [1] - 8467:7
**rebuilt** [3] - 8472:23, 8482:22, 8482:24
**rebuttal** [1] - 8453:25
**receive** [3] - 8383:19, 8439:16, 8535:24
**received** [2] - 8386:19, 8473:22
**receiving** [1] - 8387:18
**recently** [1] - 8503:25
**recess** [2] - 8473:13, 8473:15
**rechargeable** [3] - 8481:14, 8482:12, 8528:9
**recognize** [13] - 8428:11, 8430:14, 8432:8, 8432:15, 8443:22, 8456:7, 8468:2, 8476:9, 8476:12, 8476:14, 8477:15, 8483:6, 8484:13
**recollect** [1] - 8527:11
**recollection** [1] - 8521:15
**recommendation** [1] - 8432:15
**recommendations** [8] - 8432:1, 8432:4, 8432:19, 8432:21, 8434:23, 8527:22, 8528:3, 8528:15
**reconstruction** [4] - 8400:7, 8420:23, 8426:3, 8447:6
**record** [21] - 8383:22, 8384:4, 8384:7, 8390:23, 8457:9, 8457:23, 8476:16, 8481:4, 8481:6, 8492:17, 8500:10, 8504:11, 8526:19, 8537:1, 8541:10, 8543:24, 8544:13, 8545:17, 8554:9, 8563:8
**Record** [1] - 8546:23

**RECORDED** [1] -
8381:17
**recorded** [9] -
8480:24, 8481:4,
8484:19, 8491:2,
8491:6, 8491:17,
8493:19, 8494:11,
8499:10
**recording** [1] -
8491:11
**recordings** [2] -
8491:7, 8491:14
**records** [8] - 8476:5,
8476:15, 8476:21,
8477:3, 8477:9,
8479:9, 8480:22,
8483:3
**recovered** [8] -
8418:19, 8418:24,
8419:3, 8422:17,
8423:20, 8424:16,
8436:3, 8437:7
**recovery** [1] - 8534:8
**rectify** [1] - 8488:25
**red** [1] - 8532:19
**redact** [1] - 8510:17
**REDIRECT** [2] -
8382:11, 8533:2
**redirect** [2] - 8532:14,
8532:22
**redundancies** [1] -
8414:2
**redundancy** [1] -
8413:14
**redundant** [4] -
8394:9, 8404:8,
8406:14, 8528:13
**refer** [2] - 8438:23,
8468:6
**reference** [4] -
8429:11, 8442:19,
8445:14, 8532:19
**referenced** [2] -
8429:16, 8560:10
**references** [1] -
8470:2
**referencing** [1] -
8388:21
**referred** [4] - 8407:25,
8415:1, 8436:20,
8522:15
**referring** [4] - 8415:8,
8452:11, 8549:11,
8550:15
**refers** [6] - 8393:20,
8437:11, 8437:15,
8438:21, 8438:22,
8514:9
**refined** [1] - 8453:25
**reflect** [6] - 8430:4,

8432:19, 8442:14,
8455:11, 8485:14,
8485:23
**reflected** [1] - 8488:22
**reflecting** [1] -
8482:14
**reflective** [1] -
8470:19
**reflects** [3] - 8440:6,
8477:24, 8478:25
**refurbished** [1] -
8505:21
**refurbishing** [2] -
8505:17, 8505:18
**Refurbishment** [1] -
8507:11
**REGAN** [2] - 8379:24,
8388:13
**Regan** [3] - 8388:10,
8388:12, 8388:17
**regard** [5] - 8535:25,
8536:1, 8539:9,
8545:11, 8559:16
**regarding** [11] -
8404:22, 8426:9,
8439:1, 8443:17,
8452:19, 8454:4,
8466:2, 8472:5,
8473:9, 8533:6,
8533:7
**regardless** [2] -
8422:2, 8490:9
**regards** [1] - 8394:5
**Registered** [1] -
8563:3
**REGISTERED** [1] -
8381:14
**registered** [1] -
8563:14
**regular** [1] - 8412:13
**regularly** [1] - 8515:8
**reinstated** [1] -
8531:22
**reinterpret** [3] -
8388:1, 8492:22,
8493:15
**reinterpretation** [1] -
8492:2
**reinterpreted** [1] -
8492:2
**reinterpreting** [1] -
8387:20
**relate** [1] - 8456:22
**related** [7] - 8394:25,
8402:3, 8466:15,
8482:4, 8530:9,
8531:11, 8550:17
**RELATES** [1] -
8375:11
**relates** [3] - 8395:12,

8427:10, 8434:21
**relating** [34] - 8392:7,
8392:14, 8397:23,
8398:11, 8398:24,
8399:9, 8399:18,
8400:1, 8400:25,
8401:7, 8402:1,
8402:19, 8403:17,
8404:17, 8404:23,
8411:23, 8427:21,
8428:2, 8428:12,
8428:19, 8429:22,
8429:24, 8442:15,
8443:14, 8443:23,
8454:9, 8456:3,
8456:8, 8463:22,
8471:1, 8471:16,
8473:4, 8473:6,
8533:16
**relative** [1] - 8519:12
**relatively** [2] -
8396:23, 8555:21
**relay** [1] - 8520:6
**relays** [4] - 8428:18,
8428:23, 8428:24,
8429:2
**relevance** [3] -
8439:19, 8439:20,
8519:9
**relevant** [8] - 8395:7,
8397:22, 8398:2,
8421:18, 8426:20,
8439:12, 8442:7,
8452:20
**reliability** [1] - 8462:9
**reliable** [1] - 8452:20
**reliance** [2] - 8454:1,
8531:14
**relied** [2] - 8431:17,
8452:16
**relies** [5] - 8394:7,
8437:2, 8437:3,
8437:17, 8483:21
**rely** [3] - 8438:19,
8452:13, 8453:23
**relying** [1] - 8501:15
**remaining** [3] -
8384:19, 8384:21,
8385:25
**remedied** [1] -
8557:12
**remember** [19] -
8413:15, 8441:21,
8476:19, 8476:20,
8477:19, 8478:7,
8483:24, 8485:18,
8485:19, 8487:1,
8487:2, 8492:10,
8492:13, 8492:17,
8503:24, 8506:4,

8506:20, 8531:25,
8554:25
**remind** [2] - 8482:1,
8514:11
**remote** [1] - 8399:5
**remove** [2] - 8413:8,
8413:23
**removed** [6] -
8383:19, 8401:15,
8477:24, 8478:19,
8479:1, 8498:15
**removes** [1] - 8410:8
**removing** [1] - 8384:1
**RENAISSANCE** [1] -
8381:6
**rendered** [1] - 8390:8
**reorganize** [2] -
8495:3, 8495:4
**repair** [1] - 8467:1
**repeated** [1] - 8557:17
**repeatedly** [1] -
8555:1
**replace** [3] - 8487:1,
8487:4, 8514:3
**replaced** [8] -
8444:14, 8444:15,
8444:16, 8479:4,
8482:22, 8486:25,
8503:16, 8505:1
**replacement** [7] -
8432:5, 8434:16,
8434:24, 8444:16,
8457:1, 8527:22,
8528:15
**replacements** [1] -
8432:2
**replacing** [2] -
8432:16, 8433:19
**report** [72] - 8387:2,
8387:6, 8387:13,
8387:15, 8387:25,
8388:4, 8388:6,
8388:23, 8389:1,
8389:12, 8389:16,
8389:17, 8390:6,
8390:8, 8400:25,
8401:4, 8401:6,
8401:10, 8401:14,
8401:16, 8402:21,
8403:22, 8404:18,
8421:4, 8421:9,
8427:20, 8428:12,
8435:22, 8443:22,
8453:25, 8470:21,
8470:25, 8474:7,
8474:10, 8477:20,
8480:10, 8480:12,
8481:8, 8481:18,
8488:23, 8488:25,
8489:6, 8489:16,

8492:2, 8493:5,
8494:16, 8494:18,
8494:25, 8500:11,
8501:23, 8502:1,
8503:15, 8504:15,
8505:20, 8510:6,
8513:23, 8516:10,
8516:11, 8516:17,
8517:4, 8519:20,
8521:1, 8521:5,
8522:1, 8522:23,
8526:25, 8528:18,
8528:21, 8533:7
**reported** [5] - 8387:10,
8388:2, 8494:15,
8506:21, 8508:6
**Reporter** [7] - 8563:3,
8563:4, 8563:5,
8563:13, 8563:14,
8563:14
**REPORTER** [3] -
8381:13, 8381:13,
8381:14
**REPORTER'S** [1] -
8563:1
**reporting** [3] - 8402:5,
8504:15, 8506:25
**reports** [8] - 8402:4,
8402:6, 8404:25,
8439:17, 8473:5,
8507:25, 8513:6,
8521:17
**represent** [4] -
8451:11, 8465:7,
8465:8, 8516:6
**representation** [1] -
8515:1
**represented** [1] -
8450:17
**request** [1] - 8539:22
**requested** [2] -
8510:16, 8539:18
**required** [11] - 8397:5,
8404:15, 8408:3,
8418:8, 8422:25,
8449:16, 8499:9,
8506:1, 8508:7,
8521:2
**requirements** [1] -
8481:2
**requires** [2] - 8507:4,
8507:13
**Research** [1] -
8396:10
**reserve** [1] - 8558:12
**reserved** [1] - 8542:18
**reset** [2] - 8455:8,
8460:10
**resolution** [1] -
8560:16

resolved [5] -
8384:18, 8387:4,
8554:20, 8560:25
RESOURCES [1] -
8378:3
respect [13] - 8389:1,
8389:3, 8389:8,
8400:13, 8426:15,
8429:14, 8435:12,
8458:18, 8463:9,
8475:8, 8481:22,
8545:12, 8545:13
respective [1] -
8416:5
respond [1] - 8453:8
response [3] -
8444:20, 8535:24,
8536:5
Response [1] -
8442:18
rest [1] - 8414:12
restored [1] - 8466:1
result [13] - 8387:14,
8418:7, 8419:25,
8440:4, 8440:16,
8441:25, 8490:10,
8496:13, 8502:7,
8508:6, 8511:16,
8518:10, 8518:21
results [17] - 8389:4,
8389:9, 8389:19,
8446:23, 8449:4,
8449:23, 8450:15,
8450:22, 8465:23,
8469:12, 8485:1,
8492:2, 8492:14,
8492:22, 8493:15,
8511:25, 8529:9
retention [1] - 8399:25
retired [1] - 8397:12
retrieved [4] -
8436:17, 8437:19,
8438:5, 8443:8
return [3] - 8418:5,
8466:18, 8469:23
reveal [1] - 8506:14,
8508:19, 8508:20
revealed [1] - 8508:16
Reverse [1] - 8469:25
reverse [42] - 8416:2,
8416:7, 8417:7,
8418:2, 8440:25,
8441:5, 8441:7,
8441:13, 8441:15,
8442:2, 8442:22,
8443:4, 8443:6,
8448:13, 8450:4,
8450:24, 8454:13,
8454:18, 8455:25,
8459:25, 8460:2,

8466:5, 8469:22,
8470:4, 8470:6,
8470:13, 8470:18,
8471:10, 8471:12,
8471:16, 8472:6,
8472:15, 8496:5,
8496:8, 8496:12,
8499:18, 8502:20,
8502:24, 8505:23,
8512:11, 8521:13
reverse-wired [23] -
8440:25, 8442:22,
8443:4, 8443:6,
8450:4, 8454:13,
8454:18, 8455:25,
8460:2, 8466:5,
8469:22, 8470:4,
8470:18, 8471:16,
8472:6, 8472:15,
8496:5, 8496:8,
8496:12, 8499:18,
8502:20, 8502:24,
8521:13
Reverse-wired [1] -
8469:25
reversed [7] -
8415:20, 8416:16,
8416:22, 8441:25,
8442:1, 8443:1,
8460:1
review [14] - 8389:25,
8390:1, 8401:23,
8404:17, 8404:24,
8410:25, 8411:24,
8434:3, 8443:14,
8471:24, 8473:5,
8511:17, 8527:24,
8529:22
reviewed [9] -
8427:20, 8430:15,
8435:22, 8438:24,
8446:23, 8456:3,
8470:21, 8476:15,
8531:14
reviewing [1] -
8480:22
revised [1] - 8488:23
rice [1] - 8532:20
Richard [8] - 8385:1,
8471:24, 8472:1,
8524:19, 8541:19,
8542:4, 8549:2,
8549:3
RICHARD [1] -
8380:18
rig [18] - 8406:10,
8445:23, 8448:22,
8475:23, 8477:9,
8478:20, 8482:22,
8483:4, 8498:16,

8499:22, 8503:22,
8509:10, 8513:7,
8515:5, 8522:19,
8522:21, 8524:7,
8524:16
RIG [1] - 8375:5
right-hand [1] -
8422:19
rigs [1] - 8504:3
rise [3] - 8383:7,
8473:14, 8473:16
risk [1] - 8394:7
RMR [2] - 8381:13,
8563:13
RMS [2] - 8477:15,
8513:23
Robert [4] - 8547:12,
8549:6, 8549:7
ROBERT [2] -
8376:11, 8379:20
ROBERTS [2] -
8380:10, 8538:16
Robinson [2] -
8383:16, 8543:18
Roland [1] - 8541:18
rolls [1] - 8529:7
Ron [2] - 8484:4,
8484:6
ROOM [2] - 8377:23,
8381:14
ROUGE [2] - 8377:11,
8379:7
roughly [1] - 8452:4
routine [2] - 8398:8,
8503:22
routinely [1] - 8407:18
row [3] - 8423:25,
8483:18, 8499:21
Row [2] - 8424:3,
8424:9
rows [4] - 8423:14,
8423:22, 8423:23,
8427:1
ROY [2] - 8376:3,
8376:3
rule [5] - 8417:10,
8425:4, 8425:8,
8425:14, 8516:3
rules [2] - 8509:21,
8559:16
ruling [2] - 8544:9,
8544:10
run [8] - 8412:4,
8415:12, 8416:11,
8421:20, 8457:22,
8464:18, 8502:8,
8518:10
running [9] - 8409:14,
8409:17, 8412:12,
8439:8, 8460:6,

8460:7, 8462:17,
8464:17
runs [3] - 8409:19,
8422:23, 8451:25
RUSNAK [1] - 8377:13

## S

S-103 [1] - 8483:8
s/Cathy [1] - 8563:12
safety [5] - 8394:1,
8394:6, 8395:13,
8397:5, 8529:18
salary [2] - 8396:17,
8396:18
Sally [1] - 8536:25
sample [1] - 8493:18
samples [2] - 8514:7,
8515:9
SAN [1] - 8377:24
Sanders [1] - 8542:1
Sarah [1] - 8542:4
sat [1] - 8398:14
Saturday [1] - 8562:15
save [2] - 8490:6,
8490:8
saves [1] - 8551:3
saving [2] - 8451:22,
8452:2
saw [11] - 8461:24,
8480:25, 8481:6,
8499:10, 8501:19,
8505:9, 8512:7,
8524:21, 8539:17,
8543:7
scale [1] - 8411:9
scenario [11] -
8424:11, 8424:13,
8424:14, 8424:23,
8424:24, 8425:14,
8426:4, 8428:8,
8429:7, 8502:19,
8533:17
Scenario [1] - 8428:14
scenarios [5] -
8421:6, 8423:8,
8443:20, 8517:19,
8518:18
schedule [2] - 8504:7,
8535:12
scheduling [1] -
8553:24
schematic [2] -
8411:20, 8412:6
scope [1] - 8480:10
SCOTT [1] - 8378:5
scramble [1] -
8554:23
screen [3] - 8419:25,

8497:3, 8529:24
scribe [1] - 8457:7
scrubbed [1] -
8540:10
sea [7] - 8398:14,
8405:9, 8406:21,
8406:25, 8408:9,
8468:9, 8469:5
seafood [1] - 8391:13
searching [1] - 8452:9
seat [1] - 8390:22
seated [2] - 8383:10,
8473:17
SECO [5] - 8395:16,
8395:17, 8395:20,
8396:2, 8398:7
second [35] - 8409:8,
8413:20, 8417:15,
8447:22, 8450:20,
8452:4, 8452:24,
8459:5, 8459:13,
8460:16, 8460:17,
8460:21, 8462:6,
8463:3, 8463:9,
8463:13, 8463:16,
8463:23, 8464:3,
8464:9, 8464:10,
8464:20, 8464:21,
8464:23, 8465:6,
8465:14, 8465:16,
8465:25, 8468:17,
8492:23, 8493:22,
8512:2, 8531:2,
8535:10
seconds [35] - 8410:4,
8410:6, 8454:24,
8455:1, 8455:2,
8455:3, 8457:9,
8457:14, 8457:19,
8457:21, 8457:24,
8458:2, 8458:3,
8458:25, 8459:2,
8459:3, 8459:6,
8459:8, 8459:19,
8459:23, 8460:7,
8460:13, 8460:18,
8460:21, 8460:25,
8461:2, 8461:4,
8461:12, 8461:16,
8461:21, 8462:10,
8463:14, 8464:11,
8464:16, 8465:24
section [8] - 8411:15,
8411:17, 8411:19,
8428:11, 8468:14,
8484:17, 8486:3,
8500:19
SECTION [2] - 8378:4,
8378:16
sections [3] - 8395:1,

8411:14
**see** [102] - 8387:11, 8397:24, 8407:13, 8407:14, 8408:25, 8411:14, 8416:13, 8419:18, 8420:23, 8433:11, 8441:23, 8447:21, 8447:25, 8452:25, 8453:15, 8454:16, 8457:19, 8457:23, 8458:5, 8459:8, 8468:4, 8468:13, 8475:19, 8475:22, 8477:23, 8478:2, 8478:19, 8478:23, 8479:18, 8479:22, 8479:24, 8480:2, 8480:6, 8480:7, 8482:15, 8483:3, 8483:8, 8483:12, 8483:17, 8484:2, 8484:18, 8485:5, 8485:18, 8486:11, 8486:19, 8486:24, 8487:8, 8487:12, 8487:13, 8487:17, 8487:19, 8493:23, 8493:24, 8493:25, 8494:5, 8500:17, 8500:25, 8501:4, 8503:3, 8504:7, 8504:9, 8504:12, 8504:13, 8504:21, 8504:23, 8506:7, 8506:8, 8506:11, 8507:21, 8507:22, 8508:8, 8510:8, 8511:1, 8511:5, 8512:4, 8512:12, 8513:13, 8514:7, 8515:4, 8515:10, 8515:17, 8517:20, 8520:15, 8521:19, 8522:25, 8523:5, 8524:24, 8525:14, 8527:19, 8529:3, 8529:12, 8529:16, 8529:20, 8530:14, 8531:6, 8533:1, 8545:5, 8557:6, 8561:12, 8562:19
**seeing** [1] - 8476:24
**sees** [3] - 8460:15, 8524:9, 8550:23
**seismic** [1] - 8398:18
**seismic-type** [1] - 8398:18
**select** [2] - 8448:25
**selected** [2] - 8491:5,

8491:23
**selecting** [2] - 8427:1
**selection** [1] - 8426:18
**SEM** [64] - 8405:9, 8407:24, 8409:10, 8409:16, 8409:22, 8413:15, 8413:16, 8424:5, 8427:15, 8427:17, 8433:5, 8433:14, 8436:12, 8437:12, 8446:13, 8446:16, 8460:4, 8460:6, 8460:15, 8461:19, 8462:18, 8463:5, 8463:7, 8464:25, 8466:24, 8467:13, 8468:12, 8470:16, 8470:17, 8470:19, 8471:20, 8475:11, 8475:24, 8476:13, 8477:1, 8477:24, 8477:25, 8478:8, 8478:9, 8478:14, 8478:19, 8478:21, 8479:1, 8485:8, 8486:13, 8486:17, 8487:13, 8487:17, 8496:2, 8498:7, 8501:20, 8501:21, 8503:1, 8521:11, 8523:3, 8525:19, 8530:6, 8530:11, 8530:12
**SEM-A** [1] - 8413:15
**semiretired** [1] - 8395:8
**SEMs** [38] - 8407:24, 8408:4, 8409:5, 8409:7, 8410:19, 8413:15, 8414:13, 8415:1, 8415:3, 8416:4, 8422:11, 8441:2, 8444:8, 8448:18, 8451:12, 8453:7, 8453:12, 8454:20, 8454:22, 8455:13, 8455:17, 8455:18, 8455:20, 8457:22, 8458:7, 8459:24, 8460:3, 8464:5, 8478:11, 8491:4, 8491:5, 8491:11, 8497:19, 8498:19, 8499:19, 8518:10, 8522:20
**send** [5] - 8407:1, 8412:21, 8446:7, 8448:18, 8552:1
**sending** [1] - 8491:11

**sends** [3] - 8462:1, 8496:2, 8515:8
**senior** [3] - 8397:9, 8431:21, 8433:25
**sense** [14] - 8409:7, 8410:19, 8411:9, 8422:22, 8427:2, 8429:16, 8437:16, 8460:14, 8479:13, 8480:15, 8490:21, 8519:8, 8519:10, 8520:22
**senses** [1] - 8410:20
**sent** [3] - 8383:18, 8446:12, 8561:20
**sentence** [1] - 8510:24
**separate** [12] - 8393:11, 8393:24, 8404:8, 8406:17, 8406:22, 8409:23, 8409:25, 8460:20, 8465:8, 8548:11, 8549:1, 8549:10
**separately** [2] - 8393:23, 8462:19
**September** [6] - 8469:24, 8471:2, 8478:18, 8509:7, 8510:1, 8512:18
**sequence** [7] - 8415:16, 8440:22, 8442:8, 8457:17, 8487:2, 8490:4, 8521:19
**sequential** [1] - 8462:5
**serial** [2] - 8494:7, 8506:4
**series** [3] - 8392:4, 8448:2, 8541:13
**service** [6] - 8395:24, 8435:8, 8446:11, 8451:17, 8477:5, 8510:7
**SERVICES** [1] - 8381:3
**Services** [1] - 8397:3
**SESSION** [1] - 8375:20
**set** [17] - 8403:11, 8410:4, 8440:1, 8440:3, 8444:7, 8447:16, 8450:20, 8453:6, 8455:16, 8461:16, 8464:4, 8498:23, 8499:3, 8520:6, 8520:10, 8522:9
**settings** [1] - 8447:16
**setup** [4] - 8457:11,

8464:2, 8485:12, 8497:21
**seven** [18] - 8459:2, 8459:6, 8459:8, 8459:19, 8460:7, 8460:13, 8460:18, 8460:21, 8462:11, 8463:3, 8463:9, 8463:13, 8463:14, 8464:3, 8470:12, 8540:7, 8540:8, 8540:13
**seven-second** [3] - 8463:9, 8463:13, 8464:3
**several** [7] - 8432:21, 8435:11, 8493:2, 8493:15, 8512:15, 8512:18, 8512:21
**Shanks** [5] - 8535:3, 8535:7, 8535:10, 8535:16, 8535:18
**shape** [2] - 8423:18, 8534:10
**share** [1] - 8556:13
**shares** [1] - 8546:1
**SHARON** [1] - 8378:12
**Shaw** [1] - 8473:21
**SHAW** [1] - 8376:21
**shear** [7] - 8404:13, 8457:25, 8461:15, 8461:21, 8464:8, 8489:11, 8499:9
**sheet** [2] - 8549:1, 8549:4
**shelf** [1] - 8394:13
**SHELL** [1] - 8379:16
**Shell** [13] - 8395:25, 8396:1, 8396:3, 8396:5, 8396:6, 8396:7, 8396:10, 8396:11, 8396:12, 8396:15, 8398:13, 8399:20
**shop** [1] - 8467:15
**short** [1] - 8536:12
**shortcoming** [1] - 8404:10
**shorthand** [1] - 8550:12
**shortly** [3] - 8395:18, 8408:5, 8411:21
**show** [20] - 8412:23, 8413:18, 8415:22, 8419:8, 8419:20, 8424:3, 8424:7, 8431:6, 8431:13, 8439:13, 8444:25, 8445:1, 8445:17, 8464:1, 8500:10,

8505:5, 8505:25, 8526:19, 8560:9
**showed** [2] - 8517:25, 8529:9
**showing** [5] - 8412:8, 8418:2, 8422:7, 8441:7, 8517:9
**shown** [3] - 8422:13, 8468:2, 8537:18
**shows** [20] - 8406:14, 8407:11, 8408:24, 8412:1, 8412:5, 8415:25, 8419:16, 8421:11, 8425:12, 8431:5, 8441:11, 8447:5, 8449:23, 8450:2, 8450:17, 8451:3, 8469:2, 8506:6, 8519:6, 8526:19
**shrunk** [1] - 8411:11
**Shushan** [4] - 8536:16, 8536:19, 8536:25, 8552:17
**shutdown** [1] - 8461:9
**SHUTLER** [1] - 8378:12
**sic** [1] - 8524:21
**side** [6] - 8396:19, 8412:8, 8422:19, 8423:4, 8460:11, 8496:2
**sides** [1] - 8490:19
**sign** [1] - 8391:17
**signal** [3] - 8407:2, 8410:11, 8460:15
**significance** [2] - 8420:4, 8461:3
**significant** [1] - 8523:22
**silence** [2] - 8551:1, 8551:2
**similar** [14] - 8389:15, 8398:23, 8399:4, 8405:18, 8407:12, 8408:25, 8416:1, 8422:15, 8445:22, 8446:10, 8446:21, 8447:17, 8464:2, 8517:18
**similarly** [2] - 8404:15, 8518:18
**simple** [3] - 8435:19, 8468:12, 8469:14
**simplified** [2] - 8406:9, 8412:6
**simply** [3] - 8539:19, 8547:17
**simulate** [6] - 8445:18, 8453:11,

8454:21, 8457:13,
8498:11, 8498:15
**simulated** [2] -
8444:2, 8444:9
**simulates** [1] - 8446:6
**simulating** [2] -
8498:2, 8503:2
**simultaneously** [8] -
8416:15, 8441:1,
8455:13, 8455:20,
8470:19, 8506:2,
8507:14, 8511:12
**SINCLAIR** [2] -
8378:23, 8488:11
**single** [2] - 8414:14,
8414:16
**sit** [1] - 8476:19
**sitting** [1] - 8491:10
**situation** [6] - 8399:7,
8416:7, 8443:5,
8449:13, 8470:9,
8523:20
**sixth** [1] - 8547:12
**size** [5] - 8399:3,
8411:8, 8411:10,
8441:21, 8461:24
**Skip** [1] - 8541:19
**skipping** [1] - 8520:14
**sleep** [2] - 8410:9,
8468:21
**slide** [10] - 8407:6,
8408:20, 8408:25,
8412:5, 8442:22,
8445:9, 8445:11,
8452:23, 8466:19,
8469:23
**SLIDELL** [1] - 8377:8
**slides** [1] - 8405:25
**slight** [1] - 8428:22
**slightly** [2] - 8464:18,
8486:17
**slot** [1] - 8412:18
**slow** [1] - 8526:7
**small** [8] - 8402:21,
8402:22, 8411:10,
8461:6, 8461:9,
8523:8, 8523:15,
8554:16
**smile** [2] - 8543:8,
8543:9
**smiling** [2] - 8543:6,
8553:12
**softly** [1] - 8475:3
**software** [8] -
8394:17, 8451:21,
8451:22, 8451:25,
8452:5, 8452:8,
8452:10, 8497:20
**sole** [1] - 8454:2
**solely** [1] - 8549:2

**solemnly** [1] - 8390:15
**Solenoid** [34] -
8409:20, 8411:1,
8411:24, 8436:13,
8441:4, 8441:8,
8442:8, 8442:15,
8444:3, 8444:4,
8458:11, 8458:19,
8459:11, 8459:18,
8460:22, 8463:19,
8463:24, 8464:7,
8465:21, 8466:9,
8467:24, 8468:15,
8469:17, 8469:25,
8482:21, 8483:21,
8486:25, 8495:17,
8499:21, 8503:16,
8505:2, 8506:22,
8507:1, 8507:11
**solenoid** [90] -
8399:10, 8399:11,
8399:12, 8399:16,
8404:14, 8408:5,
8408:6, 8411:5,
8414:5, 8414:7,
8414:8, 8414:10,
8414:12, 8414:14,
8414:18, 8415:15,
8417:5, 8418:18,
8419:22, 8425:3,
8428:25, 8440:25,
8442:22, 8444:13,
8444:16, 8447:10,
8448:15, 8449:9,
8452:3, 8452:5,
8453:19, 8453:20,
8454:2, 8454:13,
8455:13, 8456:19,
8456:23, 8458:12,
8458:20, 8466:5,
8467:9, 8471:5,
8471:11, 8471:17,
8472:6, 8472:12,
8472:15, 8474:8,
8474:17, 8482:22,
8482:24, 8483:4,
8483:14, 8487:1,
8488:3, 8490:3,
8490:16, 8491:6,
8491:18, 8491:24,
8492:8, 8495:20,
8496:1, 8496:3,
8496:5, 8496:9,
8496:13, 8498:18,
8498:21, 8498:24,
8499:8, 8499:15,
8502:20, 8502:25,
8503:4, 8505:5,
8506:14, 8506:18,
8508:1, 8511:3,
8512:10, 8512:24,

8515:19, 8515:21,
8516:5, 8520:4,
8521:2, 8521:14,
8533:21, 8533:23
**solenoid-operated** [2]
- 8399:12, 8399:16
**solenoids** [21] -
8422:13, 8423:19,
8429:3, 8437:13,
8448:18, 8449:8,
8453:17, 8474:20,
8480:17, 8503:21,
8504:23, 8505:12,
8505:18, 8505:20,
8509:10, 8510:7,
8511:5, 8511:20,
8512:22, 8515:25
**someone** [2] - 8457:7,
8470:3
**sometime** [2] -
8517:13, 8562:2
**sometimes** [8] -
8398:6, 8400:6,
8403:9, 8448:3,
8491:19, 8550:11
**somewhat** [1] -
8561:2
**somewhere** [2] -
8440:10, 8514:17
**soon** [1] - 8552:22
**sorry** [35] - 8384:3,
8387:4, 8387:22,
8388:12, 8460:19,
8462:21, 8468:25,
8474:11, 8475:15,
8475:17, 8477:19,
8478:7, 8478:17,
8483:7, 8483:12,
8483:16, 8487:11,
8489:2, 8494:25,
8495:12, 8495:24,
8497:7, 8497:10,
8501:14, 8502:14,
8504:14, 8507:22,
8512:25, 8513:9,
8518:6, 8523:4,
8529:5, 8530:2,
8532:15, 8555:18
**sort** [12] - 8397:20,
8399:2, 8403:7,
8406:19, 8420:25,
8436:15, 8439:21,
8466:14, 8508:9,
8524:4, 8538:5,
8548:12
**sound** [1] - 8448:4
**sounded** [1] - 8509:1
**sounds** [3] - 8390:7,
8464:16, 8512:1
**source** [1] - 8402:10

**sources** [1] - 8407:20
**SOUTH** [1] - 8380:15
**south** [1] - 8417:19
**spare** [8] - 8430:25,
8478:22, 8529:25,
8530:6, 8530:12,
8532:11
**speaking** [3] -
8410:17, 8550:20,
8555:21
**special** [2] - 8409:18,
8409:19
**specialty** [1] - 8394:3
**specific** [10] -
8392:12, 8409:6,
8410:16, 8421:14,
8428:23, 8429:17,
8439:14, 8440:8,
8481:24, 8507:6
**specifically** [17] -
8389:3, 8409:19,
8437:24, 8454:17,
8483:23, 8505:3,
8506:20, 8506:24,
8514:10, 8522:6,
8526:18, 8527:7,
8528:5, 8531:18,
8531:25, 8550:15,
8560:10
**specification** [1] -
8508:7
**specifications** [5] -
8507:2, 8507:3,
8507:10, 8508:2,
8527:17
**specified** [1] -
8428:22
**speeches** [1] -
8509:18
**spell** [1] - 8390:23
**spelling** [1] - 8538:25
**spend** [1] - 8490:2
**spending** [1] -
8490:12
**spent** [1] - 8398:4
**SPILL** [1] - 8375:5
**SPIRO** [1] - 8378:17
**splashed** [5] - 8477:3,
8513:8, 8513:11,
8514:13, 8514:24
**sponsored** [1] -
8560:21
**spot** [3] - 8477:25,
8478:6, 8478:13
**spreadsheet** [1] -
8551:7
**spring** [6] - 8412:20,
8413:1, 8413:5,
8413:8, 8413:23,
8418:5

**SQUARE** [1] - 8379:16
**stack** [3] - 8430:23,
8477:25, 8478:13
**stage** [1] - 8524:4
**stagnant** [1] - 8515:25
**stand** [3] - 8467:16,
8478:1, 8509:17
**standard** [4] - 8394:4,
8403:12, 8405:20,
8443:9
**standby** [1] - 8408:15
**standing** [2] -
8417:21, 8555:16
**standpoint** [2] -
8443:3, 8553:24
**start** [11] - 8421:22,
8422:11, 8424:20,
8425:11, 8442:21,
8453:10, 8455:7,
8459:23, 8478:20,
8541:17, 8554:6
**start-up** [1] - 8478:20
**started** [7] - 8396:19,
8396:21, 8397:4,
8400:2, 8424:4,
8425:15, 8426:6
**starting** [15] -
8395:16, 8398:13,
8421:5, 8423:5,
8425:5, 8425:8,
8453:16, 8465:5,
8484:25, 8517:9,
8517:10, 8517:25,
8519:6, 8533:7,
8533:17
**starts** [2] - 8454:25,
8517:20
**STATE** [3] - 8378:21,
8379:3, 8379:5
**State** [1] - 8563:4
**state** [24] - 8390:23,
8393:21, 8418:20,
8418:24, 8419:3,
8420:20, 8421:2,
8423:1, 8423:9,
8424:16, 8436:3,
8503:15, 8504:12,
8516:6, 8517:4,
8519:17, 8519:20,
8520:17, 8520:24,
8522:8, 8522:9,
8527:10, 8528:14,
8547:17
**statement** [2] -
8505:1, 8508:9
**states** [6] - 8393:8,
8393:23, 8422:18,
8424:7, 8428:4,
8522:10
**STATES** [4] - 8375:1,

8375:15, 8375:23, 8377:21

**States** [14] - 8394:5, 8474:25, 8475:1, 8510:22, 8536:6, 8545:1, 8547:11, 8555:23, 8557:1, 8558:12, 8559:15, 8561:8, 8563:5, 8563:15

**States'** [1] - 8384:22

**STATION** [1] - 8378:18

**status** [2] - 8504:15, 8520:6

**stay** [4] - 8415:15, 8415:18, 8544:24, 8562:12

**stayed** [1] - 8433:1

**steady** [2] - 8452:3, 8467:14

**STENOGRAPHY** [1] - 8381:17

**step** [5] - 8461:17, 8461:18, 8492:23, 8511:3, 8526:23

**Stephanie** [11] - 8543:5, 8547:21, 8548:15, 8551:9, 8551:17, 8552:9, 8552:13, 8553:1, 8553:6, 8553:10, 8554:10

**Stephen** [1] - 8383:16

**STEPHEN** [1] - 8376:7

**STERBCOW** [2] - 8376:14, 8376:14

**STERNBERG** [2] - 8381:9, 8532:18

**STEVEN** [2] - 8378:4, 8380:10

**stick** [1] - 8536:18

**sticky** [1] - 8463:15

**still** [26] - 8391:11, 8395:10, 8396:4, 8397:19, 8417:20, 8420:6, 8425:25, 8438:10, 8438:13, 8450:22, 8453:6, 8460:10, 8463:5, 8489:5, 8507:23, 8516:19, 8519:11, 8522:13, 8528:14, 8545:18, 8545:24, 8552:20, 8553:3, 8560:23, 8562:16

**stored** [1] - 8481:10

**STRANGE** [1] - 8378:22

**strangely** [1] -

8441:19

**strategic** [2] - 8397:18, 8397:20

**street** [1] - 8391:17

**STREET** [16] - 8376:4, 8376:11, 8376:15, 8376:19, 8376:22, 8377:7, 8377:11, 8377:18, 8379:6, 8379:11, 8379:16, 8380:7, 8380:11, 8380:19, 8381:6, 8381:14

**stronger** [1] - 8412:15

**structure** [1] - 8411:9

**stuck** [1] - 8459:20

**studied** [2] - 8449:21, 8467:23

**stuff** [4] - 8384:8, 8391:13, 8503:25, 8559:18

**subconscious** [1] - 8488:19

**subject** [10] - 8387:16, 8389:25, 8482:2, 8539:8, 8541:14, 8542:14, 8542:19, 8543:11, 8543:19, 8547:14

**subjected** [1] - 8420:16

**subjects** [1] - 8516:9

**submit** [3] - 8537:25, 8541:7, 8558:22

**submitted** [5] - 8540:18, 8540:19, 8540:25, 8546:22

**subsea** [24] - 8398:11, 8398:12, 8398:19, 8398:21, 8402:2, 8402:23, 8404:3, 8407:23, 8413:11, 8431:21, 8433:25, 8451:14, 8451:25, 8475:19, 8475:22, 8476:5, 8476:6, 8479:23, 8483:3, 8489:21, 8504:6, 8513:6, 8515:25, 8522:25

**subsequent** [4] - 8462:16, 8470:15, 8493:7, 8511:12

**subsequently** [3] - 8393:2, 8462:19, 8520:23

**substantiated** [2] - 8405:1

**substantive** [1] - 8557:8

**substitute** [1] - 8445:24

**successful** [7] - 8458:9, 8460:22, 8460:24, 8462:11, 8464:12, 8464:13, 8466:15

**successfully** [1] - 8521:19

**sufficient** [6] - 8413:22, 8416:9, 8421:20, 8425:3, 8488:2, 8538:11

**suggested** [1] - 8543:22

**suggesting** [1] - 8558:22

**suggestion** [1] - 8562:6

**suggests** [1] - 8465:13

**suit** [1] - 8461:7

**SUITE** [10] - 8376:4, 8376:15, 8376:19, 8377:4, 8379:17, 8380:7, 8380:11, 8380:23, 8381:6, 8381:10

**SULLIVAN** [1] - 8378:11

**summarize** [1] - 8525:24

**summarizes** [3] - 8392:19, 8442:10, 8447:1

**summarizing** [1] - 8513:23

**summary** [4] - 8419:17, 8420:2, 8469:4, 8485:1

**summer** [1] - 8441:17

**Sunday** [1] - 8562:15

**super** [1] - 8486:23

**supervisor** [1] - 8433:25

**supervisors** [1] - 8431:22

**supplied** [1] - 8498:1

**supplier** [1] - 8515:8

**suppliers** [1] - 8528:22

**supplies** [2] - 8439:8, 8439:20

**supply** [5] - 8406:17, 8406:20, 8467:3, 8467:4, 8468:13

**support** [7] - 8402:24, 8426:9, 8438:19, 8465:10, 8475:13, 8500:5

**supporting** [2] - 8404:25, 8531:15

**supports** [4] - 8389:6, 8429:17, 8429:22, 8440:12

**suppose** [2] - 8488:18, 8496:8

**supposed** [4] - 8496:17, 8509:21, 8557:16, 8560:14

**surface** [17] - 8399:21, 8406:10, 8406:11, 8407:21, 8409:1, 8409:3, 8409:11, 8410:11, 8410:18, 8418:21, 8445:19, 8445:23, 8446:6, 8452:7, 8504:3, 8515:2, 8523:13

**surprised** [1] - 8485:18

**suspect** [1] - 8455:23

**sustain** [3] - 8480:20, 8482:8, 8482:19

**SUTHERLAND** [1] - 8380:9

**swapped** [3] - 8458:14, 8514:5, 8514:6

**swear** [1] - 8390:15

**switch** [6] - 8446:15, 8446:18, 8446:19, 8450:14, 8491:10, 8491:23

**switched** [2] - 8450:11, 8483:14

**sworn** [1] - 8390:20

**sync** [1] - 8457:22

**system** [64] - 8394:3, 8394:6, 8394:14, 8394:18, 8395:2, 8398:14, 8398:22, 8399:1, 8399:3, 8399:15, 8400:5, 8402:2, 8403:14, 8403:19, 8404:3, 8404:8, 8405:3, 8405:4, 8405:5, 8405:6, 8405:7, 8405:12, 8405:13, 8405:15, 8405:17, 8405:22, 8406:1, 8406:5, 8406:7, 8406:10, 8407:3, 8408:12, 8408:16, 8409:4, 8425:1, 8428:15, 8437:25, 8446:8, 8454:7, 8455:16, 8456:1, 8457:12, 8497:12,

8497:20, 8498:10, 8502:19, 8514:4, 8514:6, 8514:23, 8515:12, 8515:15, 8516:4, 8522:19, 8522:25, 8523:5, 8524:5, 8526:6, 8528:9, 8528:12, 8528:14, 8531:21, 8531:23

**Systems** [1] - 8521:6

**systems** [40] - 8391:9, 8392:1, 8393:18, 8393:24, 8394:2, 8394:9, 8394:10, 8394:12, 8394:15, 8394:16, 8394:18, 8395:14, 8396:7, 8396:9, 8396:22, 8397:4, 8397:5, 8397:8, 8397:14, 8397:25, 8398:11, 8398:13, 8398:22, 8398:24, 8399:9, 8399:18, 8399:19, 8399:23, 8400:1, 8400:10, 8400:16, 8400:18, 8400:19, 8405:18, 8405:20, 8405:21, 8433:12, 8472:2

**T**

**T2** [1] - 8395:9

**table** [2] - 8389:20, 8544:20

**Tabler** [1] - 8542:1

**TABLER** [1] - 8542:1

**tabular** [1] - 8447:7

**tacking** [1] - 8509:23

**tail** [1] - 8398:16

**talks** [1] - 8389:5

**tallest** [1] - 8396:4

**tank** [2] - 8515:14, 8515:16

**tap** [1] - 8468:17

**task** [2] - 8504:16, 8514:22

**taught** [2] - 8393:2, 8396:9

**team** [2] - 8557:6, 8560:20

**Team** [1] - 8397:3

**technical** [3] - 8397:9, 8401:24, 8402:14

**technically** [1] - 8455:22

**technology** [3] -

8399:14, 8481:14,
8482:11
**temperature** [2] -
8468:9, 8469:5
**tendering** [2] -
8542:15, 8545:22
**tenders** [1] - 8400:9
**tenets** [1] - 8438:3
**termed** [1] - 8451:14
**termination** [1] -
8512:11
**terminology** [1] -
8555:25
**terms** [5] - 8460:24,
8477:17, 8518:4,
8519:13, 8535:19
**TEST** [9] - 8396:25,
8397:1, 8397:3,
8397:9, 8397:12,
8397:17, 8398:8,
8398:20, 8399:23
**Test** [1] - 8521:11
**test** [139] - 8388:22,
8389:23, 8402:21,
8403:11, 8435:19,
8439:20, 8439:22,
8439:25, 8440:8,
8443:4, 8443:5,
8443:7, 8444:2,
8444:24, 8445:2,
8445:3, 8445:6,
8445:7, 8447:11,
8447:13, 8449:4,
8449:13, 8449:15,
8449:17, 8450:17,
8453:6, 8453:18,
8454:20, 8455:15,
8455:17, 8456:1,
8456:18, 8456:20,
8456:23, 8457:9,
8458:9, 8458:14,
8458:16, 8458:19,
8459:23, 8460:3,
8460:22, 8460:24,
8462:11, 8463:3,
8463:9, 8463:23,
8464:3, 8465:10,
8465:18, 8466:3,
8466:4, 8467:1,
8467:5, 8467:10,
8467:11, 8467:16,
8467:21, 8468:11,
8469:12, 8469:19,
8470:3, 8471:21,
8471:22, 8472:19,
8478:1, 8485:10,
8485:22, 8485:24,
8486:14, 8486:24,
8486:25, 8487:6,
8487:13, 8487:23,

8488:4, 8489:19,
8489:20, 8489:21,
8491:7, 8491:11,
8491:12, 8491:14,
8491:19, 8491:20,
8492:14, 8493:19,
8493:21, 8494:15,
8497:4, 8497:5,
8497:21, 8497:22,
8498:18, 8498:23,
8499:17, 8499:18,
8499:19, 8499:25,
8501:15, 8502:4,
8502:6, 8502:8,
8503:8, 8505:25,
8506:3, 8506:4,
8506:9, 8506:11,
8506:13, 8506:17,
8506:22, 8506:23,
8507:6, 8507:7,
8508:3, 8508:6,
8508:7, 8508:10,
8508:11, 8508:14,
8508:16, 8511:4,
8511:8, 8511:10,
8511:11, 8511:13,
8511:19, 8511:24,
8512:2, 8516:11,
8519:18, 8521:13
**Tested** [1] - 8469:25
**tested** [25] - 8420:8,
8420:12, 8420:14,
8424:17, 8438:10,
8443:19, 8447:24,
8456:14, 8457:4,
8462:19, 8467:12,
8467:13, 8472:15,
8473:3, 8483:22,
8485:19, 8487:8,
8487:12, 8487:13,
8503:10, 8505:20,
8517:14, 8527:17,
8534:17
**testified** [9] - 8390:21,
8403:13, 8438:17,
8465:17, 8473:6,
8475:9, 8476:25,
8524:18, 8525:10
**testifies** [1] - 8390:3
**testify** [6] - 8388:7,
8389:13, 8400:20,
8472:9, 8480:11,
8500:3
**testifying** [1] - 8558:3
**testimony** [40] -
8383:11, 8390:15,
8404:18, 8429:8,
8429:12, 8430:9,
8431:9, 8431:13,
8431:17, 8431:23,

8433:22, 8434:7,
8442:11, 8471:24,
8472:5, 8472:10,
8473:5, 8475:12,
8478:5, 8482:21,
8483:20, 8483:22,
8484:6, 8489:25,
8508:13, 8515:24,
8524:21, 8525:14,
8527:24, 8528:2,
8531:11, 8531:13,
8541:15, 8544:19,
8544:25, 8550:18,
8557:5, 8557:20,
8557:22, 8560:11
**testing** [180] - 8387:6,
8388:20, 8388:21,
8388:22, 8388:24,
8389:1, 8389:2,
8389:4, 8389:5,
8389:7, 8389:19,
8400:8, 8401:24,
8402:1, 8402:3,
8402:8, 8402:10,
8402:11, 8402:13,
8402:15, 8402:16,
8402:17, 8402:19,
8402:24, 8403:3,
8403:5, 8403:6,
8403:8, 8403:10,
8419:5, 8419:8,
8419:9, 8419:17,
8419:25, 8420:3,
8420:11, 8420:16,
8424:2, 8425:16,
8429:18, 8438:7,
8438:19, 8438:21,
8438:22, 8438:23,
8438:24, 8439:2,
8439:3, 8439:6,
8439:15, 8439:19,
8440:12, 8441:16,
8441:17, 8442:7,
8442:14, 8443:2,
8443:11, 8443:14,
8443:18, 8443:23,
8444:17, 8444:22,
8445:4, 8445:25,
8446:2, 8446:23,
8447:2, 8447:6,
8447:8, 8448:7,
8448:14, 8448:21,
8449:18, 8449:24,
8450:6, 8450:9,
8450:25, 8451:5,
8451:9, 8451:11,
8452:14, 8452:19,
8453:3, 8453:4,
8453:18, 8453:21,
8453:23, 8454:1,
8454:5, 8454:10,

8454:13, 8454:14,
8454:16, 8455:12,
8455:19, 8456:4,
8456:9, 8458:8,
8458:11, 8462:14,
8462:22, 8462:25,
8463:10, 8463:13,
8465:23, 8466:22,
8466:23, 8467:1,
8467:8, 8467:23,
8468:8, 8468:15,
8469:4, 8469:16,
8470:4, 8470:5,
8470:8, 8470:15,
8470:22, 8471:1,
8471:4, 8471:5,
8472:11, 8472:16,
8473:1, 8484:13,
8484:19, 8485:7,
8486:1, 8486:18,
8487:3, 8487:14,
8487:18, 8491:4,
8491:17, 8491:24,
8492:7, 8492:9,
8492:10, 8492:12,
8493:7, 8501:7,
8501:18, 8502:1,
8502:13, 8502:15,
8502:16, 8502:18,
8502:22, 8503:24,
8503:25, 8505:11,
8505:18, 8506:1,
8506:25, 8507:5,
8507:13, 8507:14,
8508:1, 8509:6,
8509:9, 8511:5,
8512:21, 8515:10,
8516:18, 8519:23,
8520:13, 8521:17,
8521:21, 8526:22,
8526:25, 8527:2,
8529:2, 8534:3
**Testing** [4] - 8445:13,
8452:25, 8466:21
**tests** [71] - 8387:8,
8387:12, 8387:14,
8387:20, 8387:21,
8387:23, 8387:24,
8388:1, 8388:6,
8388:7, 8388:25,
8389:15, 8389:20,
8389:21, 8439:11,
8440:9, 8442:23,
8442:24, 8442:25,
8443:6, 8447:20,
8448:2, 8448:9,
8449:21, 8451:14,
8450:20, 8454:1,
8454:6, 8455:11,
8456:11, 8456:16,
8462:16, 8463:18,

8465:7, 8466:8,
8470:5, 8485:2,
8485:3, 8485:11,
8485:15, 8485:16,
8486:7, 8491:3,
8491:9, 8491:17,
8492:6, 8494:11,
8494:12, 8494:24,
8495:16, 8495:19,
8496:22, 8497:1,
8497:15, 8499:6,
8499:8, 8499:14,
8499:20, 8499:21,
8500:3, 8500:6,
8501:10, 8501:11,
8501:13, 8501:14,
8503:6, 8513:1,
8516:12
**text** [1] - 8461:9
**THE** [220] - 8375:5,
8375:5, 8375:12,
8375:22, 8376:3,
8377:21, 8378:21,
8379:3, 8379:4,
8383:7, 8383:8,
8383:10, 8383:23,
8384:6, 8384:8,
8384:10, 8384:21,
8385:6, 8385:17,
8385:25, 8386:7,
8386:11, 8386:13,
8386:15, 8386:20,
8386:24, 8387:21,
8387:23, 8388:10,
8388:12, 8388:16,
8390:4, 8390:12,
8390:14, 8390:18,
8390:22, 8390:24,
8391:2, 8391:13,
8391:15, 8391:19,
8400:12, 8400:20,
8401:4, 8401:18,
8413:25, 8414:6,
8414:8, 8414:10,
8414:13, 8414:16,
8414:17, 8414:19,
8414:20, 8416:17,
8416:20, 8416:21,
8416:23, 8416:24,
8416:25, 8417:14,
8417:17, 8417:20,
8419:24, 8420:2,
8420:4, 8420:6,
8420:8, 8420:10,
8420:13, 8420:15,
8420:16, 8420:17,
8420:18, 8425:19,
8425:20, 8438:9,
8438:11, 8448:15,
8448:17, 8448:21,
8448:24, 8461:2,

8461:5, 8461:20,
8461:22, 8462:7,
8462:8, 8468:17,
8468:21, 8468:25,
8473:12, 8473:14,
8473:16, 8473:17,
8473:23, 8474:2,
8474:25, 8475:3,
8476:2, 8476:4,
8476:7, 8480:12,
8480:17, 8481:18,
8481:20, 8481:24,
8482:8, 8482:19,
8488:10, 8488:12,
8488:14, 8489:3,
8489:7, 8508:22,
8509:1, 8509:16,
8509:21, 8514:11,
8514:18, 8514:20,
8525:3, 8525:5,
8525:7, 8525:10,
8525:25, 8526:2,
8532:4, 8532:14,
8532:21, 8532:23,
8533:1, 8534:21,
8535:4, 8535:7,
8535:13, 8535:15,
8535:18, 8536:1,
8536:3, 8536:5,
8536:8, 8536:15,
8537:1, 8537:11,
8537:13, 8537:16,
8538:2, 8538:17,
8538:24, 8539:13,
8540:4, 8540:9,
8540:13, 8540:21,
8541:4, 8542:20,
8542:25, 8543:5,
8543:7, 8543:10,
8543:13, 8543:15,
8545:4, 8545:8,
8545:16, 8546:7,
8547:2, 8547:6,
8547:19, 8547:21,
8547:22, 8547:25,
8548:6, 8548:8,
8548:10, 8548:14,
8548:16, 8548:21,
8548:25, 8549:16,
8550:8, 8551:1,
8551:6, 8551:8,
8551:11, 8551:12,
8551:17, 8551:20,
8552:6, 8552:8,
8552:14, 8552:16,
8552:25, 8553:10,
8553:11, 8553:13,
8553:16, 8554:1,
8554:11, 8554:21,
8554:25, 8555:7,
8555:13, 8555:16,

8556:15, 8556:19,
8557:21, 8558:5,
8558:16, 8558:20,
8559:1, 8559:10,
8559:23, 8560:1,
8560:15, 8560:23,
8562:1, 8562:8,
8562:13

**themselves** [2] -
8422:12, 8455:6

**theories** [5] - 8404:23,
8426:9, 8426:15,
8429:20, 8429:22

**theory** [28] - 8387:8,
8389:15, 8389:19,
8429:17, 8436:5,
8436:7, 8436:10,
8436:19, 8436:20,
8436:21, 8436:23,
8437:1, 8437:2,
8437:8, 8438:4,
8438:14, 8438:15,
8438:20, 8440:7,
8440:13, 8440:15,
8440:19, 8492:22,
8500:6, 8501:23,
8501:25, 8502:4,
8502:6

**therefore** [4] -
8389:13, 8465:10,
8519:3, 8558:2

**they've** [2] - 8468:7,
8491:10

**thinking** [6] - 8406:12,
8500:8, 8500:15,
8538:9, 8554:6,
8554:21

**thinks** [1] - 8551:17

**THIRD** [1] - 8379:6

**third** [7] - 8437:17,
8465:18, 8466:2,
8466:20, 8535:11,
8549:5, 8549:10

**THIS** [1] - 8375:11

**THOMAS** [1] - 8377:7

**THOMPSON** [5] -
8540:24, 8541:3,
8548:9, 8551:15,
8552:3

**THORNHILL** [2] -
8377:6, 8377:7

**thorough** [1] - 8428:6

**thoroughly** [1] -
8536:10

**thousands** [1] -
8451:24

**Three** [1] - 8538:10

**three** [37] - 8422:14,
8425:15, 8425:17,
8426:21, 8427:2,

8430:24, 8438:3,
8448:9, 8454:1,
8454:6, 8458:16,
8469:6, 8478:11,
8496:22, 8497:1,
8499:6, 8499:8,
8499:14, 8499:20,
8499:21, 8501:10,
8501:12, 8517:18,
8517:19, 8518:1,
8518:13, 8518:23,
8519:3, 8526:14,
8535:2, 8539:6,
8540:11, 8547:11,
8549:8, 8553:6

**throughout** [1] -
8397:13

**throw** [1] - 8557:14

**throwing** [1] - 8538:11

**thumb** [12] - 8547:16,
8547:19, 8547:20,
8548:3, 8548:11,
8548:13, 8548:15,
8550:8, 8550:9,
8553:3, 8553:8,
8553:9

**Thursday** [5] -
8540:20, 8541:1,
8548:20, 8548:24,
8553:21

**THURSDAY** [2] -
8375:9, 8383:2

**tie** [2] - 8554:7, 8561:3

**tied** [1] - 8397:24

**timing** [2] - 8490:24,
8515:21

**tip** [1] - 8464:19

**tip-off** [1] - 8464:19

**tit** [1] - 8450:17

**title** [2] - 8442:22,
8472:3

**titled** [2] - 8548:22,
8472:3

**TO** [3] - 8375:11,
8383:4, 8539:6

**today** [10] - 8401:17,
8406:8, 8488:25,
8535:1, 8535:10,
8536:11, 8536:14,
8542:5, 8558:10,
8562:16

**today's** [1] - 8541:9

**together** [9] - 8394:16,
8394:18, 8415:6,
8415:13, 8448:16,
8448:19, 8467:2,
8537:24, 8548:13

**tolerance** [1] - 8515:6

**TOLLES** [1] - 8380:13

**tomorrow** [11] -

8538:3, 8538:5,
8538:14, 8554:6,
8556:15, 8556:17,
8558:10, 8560:24,
8561:4, 8562:1,
8562:14

**tomorrow's** [2] -
8554:22, 8560:17

**took** [10] - 8393:13,
8441:19, 8441:22,
8447:10, 8447:14,
8470:11, 8473:15,
8486:6, 8502:24,
8532:19

**top** [8] - 8471:19,
8475:17, 8479:21,
8493:25, 8495:19,
8500:19, 8519:25,
8520:3

**topics** [1] - 8394:7

**TORTS** [2] - 8377:22,
8378:10

**total** [2] - 8456:12,
8555:22

**Total** [1] - 8397:2

**toto** [1] - 8558:7

**touched** [1] - 8554:14

**TOWER** [2] - 8380:19,
8381:6

**towers** [3] - 8514:5,
8514:6, 8514:23

**toy** [1] - 8417:3

**track** [8] - 8431:2,
8431:3, 8432:25,
8457:13, 8464:5,
8476:22, 8477:10,
8481:1

**tracked** [1] - 8481:7

**tracking** [1] - 8551:25

**trail** [2] - 8479:7,
8480:3

**TRANSCRIPT** [2] -
8375:21, 8381:17

**transcript** [1] - 8563:7

**transfer** [1] - 8532:2

**translate** [1] - 8501:3

**translation** [1] -
8501:3

**TRANSOCEAN** [3] -
8380:3, 8380:3,
8380:5

**Transocean** [30] -
8384:18, 8385:2,
8386:16, 8404:21,
8426:8, 8426:12,
8430:4, 8433:18,
8434:22, 8435:2,
8435:13, 8473:19,
8473:20, 8476:2,
8482:16, 8484:14,

8484:18, 8486:10,
8488:14, 8502:18,
8502:22, 8502:24,
8508:15, 8530:22,
8533:6, 8543:16,
8543:19, 8544:13,
8547:23, 8549:22

**Transocean's** [21] -
8434:11, 8434:19,
8434:23, 8438:23,
8438:24, 8439:2,
8476:15, 8479:8,
8480:22, 8486:17,
8487:18, 8530:25,
8531:1, 8531:9,
8531:15, 8533:13,
8547:13, 8547:20,
8548:2, 8549:23,
8559:12

**travels** [1] - 8406:22

**trenches** [1] - 8397:19

**trend** [1] - 8532:24

**Trent** [1] - 8541:20

**TREX-1195.223.2** [1] -
8513:5

**TREX-22729.15.5** [1] -
8517:16

**TREX-3130.1.1** [1] -
8456:6

**TREX-3130.31.2** [1] -
8456:21

**TREX-3130.33.3** [1] -
8458:17

**TREX-3130.34.5** [1] -
8463:21

**TREX-3130.371** [1] -
8493:20

**TREX-3329.1.1** [1] -
8432:7

**TREX-3329.2.1** [1] -
8432:18

**TREX-3602.1.1** [1] -
8443:21

**TREX-3602.3.3** [1] -
8443:25

**TREX-3792.1** [2] -
8430:13, 8430:18

**TREX-40009** [6] -
8382:19, 8401:3,
8401:10, 8401:12,
8401:13, 8401:22

**TREX-40009.16.1** [2] -
8421:8, 8533:11

**TREX-40009.16.4** [1] -
8424:8

**TREX-43093.63.1** [1] -
8497:23

**TREX-43158.33.1** [1] -
8428:10

**TREX-44** [1] - 8383:19

**TREX-5097.1.1** [1] - 8505:16

**TREX-5102.3.1** [1] - 8504:1

**TREX-5154.2.1** [2] - 8528:25, 8529:5

**TREX-5165.1.2** [1] - 8470:24

**TREX-5165.2.2TO** [1] - 8510:20

**TREX-5165.2.3** [1] - 8511:22

**TREX-5165.2.4** [1] - 8471:8

**TREX-5172** [1] - 8468:2

**TREX-5172.1** [1] - 8468:1

**TREX-5172.3.1** [1] - 8468:16, 8469:2

**TREX-52683.1.1** [1] - 8513:21

**TREX-7406.12.1** [1] - 8527:12

**TREX-7410.1** [1] - 8521:8

**TREX-7410.2.1** [1] - 8521:16

**TREX-75235.1.2** [1] - 8510:5

**TREX-7669** [1] - 8433:10

**TREX-7669.1.3** [1] - 8433:9

**TRIAL** [1] - 8375:24

**trial** [9] - 8390:3, 8429:8, 8500:2, 8532:25, 8536:23, 8538:6, 8544:9, 8558:4, 8560:19

**trick** [1] - 8485:13

**tried** [4] - 8424:5, 8447:18, 8450:14, 8561:10

**trigger** [4] - 8409:8, 8415:1, 8444:8, 8465:1

**triggered** [2] - 8460:10, 8523:25

**TRITON** [1] - 8375:13

**trouble** [1] - 8400:17

**troubleshooting** [1] - 8504:8

**true** [6] - 8500:7, 8502:2, 8522:5, 8537:11, 8537:12, 8563:7

**truth** [3] - 8390:16

**try** [7] - 8406:6, 8416:4, 8421:2,

8422:16, 8447:9, 8450:10, 8525:24

**trying** [16] - 8387:18, 8387:19, 8418:5, 8439:11, 8439:13, 8441:15, 8453:18, 8456:1, 8459:24, 8460:11, 8477:4, 8477:17, 8492:12, 8516:9, 8525:23, 8557:14

**Turlak** [2] - 8547:12, 8549:7

**turn** [21] - 8399:13, 8410:11, 8421:21, 8422:12, 8437:25, 8440:20, 8445:9, 8452:23, 8456:21, 8461:1, 8461:12, 8468:14, 8475:20, 8477:22, 8479:17, 8479:20, 8482:25, 8484:16, 8487:5, 8497:1

**turned** [4] - 8404:9, 8455:6, 8459:14, 8464:24

**turning** [2] - 8409:13, 8453:17

**turnoff** [1] - 8461:19

**turns** [4] - 8410:7, 8410:20, 8410:22, 8425:21

**twice** [1] - 8415:6

**two** [75] - 8384:1, 8385:13, 8389:18, 8390:2, 8392:10, 8398:6, 8404:8, 8406:22, 8407:4, 8407:22, 8408:1, 8409:8, 8409:25, 8411:14, 8413:10, 8413:12, 8413:15, 8414:3, 8414:13, 8414:14, 8415:6, 8415:13, 8416:7, 8416:13, 8417:13, 8419:20, 8422:13, 8423:13, 8423:22, 8424:18, 8424:21, 8424:24, 8426:21, 8426:23, 8428:8, 8429:6, 8430:25, 8438:6, 8438:18, 8441:2, 8441:25, 8446:4, 8448:9, 8450:12, 8452:21, 8454:22, 8457:16, 8457:21, 8458:7, 8460:3, 8464:14,

8465:8, 8465:11, 8465:12, 8466:14, 8469:14, 8478:11, 8479:21, 8492:11, 8492:20, 8492:25, 8493:5, 8496:24, 8503:17, 8518:11, 8518:18, 8529:10, 8532:8, 8534:13, 8535:15, 8543:17

**Two** [1] - 8441:17

**TX** [5] - 8377:15, 8380:11, 8380:23, 8381:7, 8381:10

**type** [17] - 8389:7, 8391:22, 8394:6, 8395:17, 8398:2, 8398:18, 8399:13, 8400:5, 8416:6, 8420:16, 8421:12, 8422:6, 8426:3, 8451:13, 8471:5, 8473:1, 8495:4

**types** [2] - 8394:13, 8439:10

**typical** [4] - 8402:6, 8411:5, 8468:3, 8468:8

**typically** [3] - 8394:9, 8448:24, 8448:25

**typo** [1] - 8494:18

## U

**U.S** [11] - 8377:21, 8378:3, 8378:9, 8378:15, 8384:15, 8452:17, 8452:18, 8500:9, 8500:18, 8504:19, 8557:22

**U.S.A** [1] - 8535:25

**ultimately** [5] - 8408:8, 8410:1, 8414:7, 8414:10, 8441:19

**umbilical** [2] - 8406:13, 8446:10

**unable** [5] - 8404:6, 8452:10, 8463:5, 8471:17, 8481:16

**unanimously** [1] - 8555:10

**unconditionally** [4] - 8545:12, 8545:15, 8547:4, 8550:6

**under** [50] - 8403:6, 8406:11, 8409:18, 8410:1, 8415:3, 8421:6, 8424:24, 8428:14, 8439:13,

8441:13, 8443:19, 8445:12, 8446:22, 8447:13, 8448:11, 8448:15, 8449:7, 8450:19, 8451:4, 8451:12, 8452:22, 8452:24, 8454:2, 8459:4, 8459:12, 8460:25, 8466:6, 8467:12, 8467:13, 8467:14, 8467:18, 8469:20, 8469:21, 8471:22, 8472:19, 8475:2, 8481:21, 8483:8, 8484:24, 8485:7, 8485:13, 8485:14, 8485:20, 8485:21, 8499:1, 8502:20, 8502:23, 8503:10, 8516:19

**Underhill** [1] - 8384:15

**UNDERHILL** [2] - 8377:22, 8384:14

**understandable** [1] - 8439:10

**understood** [6] - 8489:6, 8491:1, 8491:8, 8499:20, 8500:2, 8525:18

**undertaken** [1] - 8479:7

**undisputed** [2] - 8424:17, 8424:19

**unexpected** [1] - 8464:20

**unexpectedly** [1] - 8459:10

**unfounded** [1] - 8438:4

**unintentional** [1] - 8481:10

**Unit** [1] - 8445:13

**unit** [11] - 8388:22, 8470:13, 8491:4, 8493:11, 8493:14, 8497:17, 8498:1, 8505:22, 8513:7, 8513:11, 8514:24

**UNITED** [4] - 8375:1, 8375:15, 8375:23, 8377:21

**United** [15] - 8384:22, 8394:5, 8474:25, 8475:1, 8510:22, 8536:6, 8545:1, 8547:11, 8555:23, 8557:1, 8558:12, 8559:15, 8561:8, 8563:5, 8563:15

**units** [1] - 8398:21

**University** [1] - 8393:1

**unloaded** [2] - 8501:18, 8501:22

**UNO** [1] - 8396:16

**unplug** [1] - 8464:5

**unreliable** [2] - 8439:4, 8439:15

**unsubstantiated** [1] - 8437:18

**unsuccessful** [1] - 8466:17

**unusual** [2] - 8413:12, 8459:7

**up** [160] - 8387:5, 8392:22, 8398:6, 8401:3, 8403:24, 8406:3, 8407:1, 8407:9, 8407:19, 8407:20, 8408:23, 8409:10, 8409:11, 8409:25, 8410:22, 8411:3, 8412:3, 8412:18, 8412:24, 8413:19, 8415:24, 8416:5, 8418:7, 8418:21, 8419:15, 8421:8, 8422:12, 8422:14, 8423:2, 8423:5, 8423:13, 8424:4, 8424:6, 8424:8, 8424:21, 8425:11, 8425:17, 8425:24, 8427:1, 8428:10, 8430:13, 8431:12, 8432:7, 8432:18, 8433:9, 8434:6, 8437:12, 8438:8, 8439:18, 8441:10, 8442:13, 8443:21, 8444:7, 8446:1, 8447:4, 8453:6, 8453:16, 8454:25, 8455:1, 8455:7, 8456:16, 8456:6, 8456:15, 8458:8, 8458:17, 8460:4, 8460:5, 8460:15, 8461:16, 8464:4, 8465:3, 8465:5, 8468:1, 8468:18, 8468:22, 8470:24, 8471:8, 8474:11, 8474:12, 8475:4, 8475:16, 8475:21, 8476:18, 8477:14, 8478:20, 8479:16, 8480:1, 8482:25, 8483:19, 8483:25, 8484:12,

8486:5, 8486:9, 8487:10, 8487:11, 8488:24, 8489:4, 8491:4, 8493:18, 8493:21, 8494:14, 8494:22, 8495:4, 8495:8, 8496:10, 8496:16, 8497:13, 8497:23, 8498:5, 8498:23, 8499:4, 8500:13, 8501:16, 8503:14, 8504:3, 8504:19, 8505:10, 8506:5, 8506:7, 8506:14, 8509:12, 8509:15, 8509:17, 8510:5, 8511:15, 8513:5, 8514:7, 8516:8, 8516:10, 8517:2, 8517:6, 8517:16, 8517:18, 8518:1, 8518:22, 8521:8, 8522:9, 8522:16, 8525:15, 8526:24, 8527:12, 8528:25, 8529:5, 8529:23, 8533:11, 8538:21, 8539:10, 8546:24, 8547:24, 8547:25, 8549:24, 8551:17, 8554:4, 8554:7, 8554:19, 8555:16, 8560:7

**upgrading** [1] - 8482:16

**USA** [1] - 8549:8

**uses** [1] - 8467:19

# V

**VA** [1] - 8376:19

**valid** [1] - 8449:17

**validity** [1] - 8459:21

**values** [1] - 8421:14

**Valve** [8] - 8411:1, 8436:13, 8444:3, 8444:4, 8459:11, 8464:8, 8469:25, 8503:16

**valve** [135] - 8399:17, 8404:15, 8408:5, 8408:6, 8408:7, 8408:8, 8409:23, 8410:2, 8410:13, 8411:5, 8411:9, 8411:14, 8412:7, 8412:20, 8412:21, 8413:7, 8413:9, 8413:11, 8413:21, 8414:10, 8415:7,

8415:14, 8415:18, 8416:10, 8416:14, 8417:5, 8418:6, 8418:7, 8440:25, 8441:15, 8441:18, 8441:21, 8442:4, 8442:24, 8443:2, 8443:4, 8443:10, 8443:19, 8443:20, 8444:5, 8444:10, 8444:11, 8444:13, 8444:16, 8444:25, 8445:1, 8445:8, 8447:10, 8447:12, 8447:14, 8447:15, 8447:18, 8448:10, 8448:13, 8449:7, 8449:10, 8449:13, 8449:16, 8450:4, 8450:7, 8450:18, 8451:3, 8452:1, 8452:22, 8453:5, 8453:14, 8453:15, 8454:2, 8454:18, 8455:1, 8455:25, 8457:1, 8457:2, 8457:4, 8457:15, 8457:18, 8457:20, 8458:10, 8458:12, 8458:14, 8458:15, 8459:1, 8459:6, 8459:24, 8459:25, 8460:2, 8461:11, 8461:12, 8461:14, 8461:17, 8461:24, 8462:2, 8462:3, 8463:15, 8464:9, 8464:12, 8465:11, 8466:5, 8466:12, 8466:24, 8467:2, 8467:6, 8467:7, 8467:9, 8467:15, 8467:16, 8467:18, 8468:9, 8468:11, 8468:13, 8469:7, 8469:9, 8469:11, 8469:19, 8469:22, 8470:6, 8470:18, 8471:5, 8471:6, 8471:11, 8471:22, 8471:23, 8472:12, 8472:16, 8472:19, 8472:23, 8472:24, 8487:4, 8487:25, 8492:19, 8498:25, 8499:1, 8499:18, 8533:21, 8533:23

**Valves** [1] - 8507:12

**valves** [11] - 8399:10, 8399:11, 8415:15, 8457:16, 8459:20,

8467:20, 8470:10, 8470:11, 8470:12, 8470:16, 8520:4

**varies** [1] - 8399:3

**variety** [1] - 8398:12

**various** [15] - 8400:8, 8402:14, 8421:6, 8422:7, 8427:14, 8432:13, 8459:20, 8470:5, 8472:14, 8472:19, 8504:23, 8505:11, 8513:25, 8516:1, 8516:5

**varying** [1] - 8499:6

**vast** [2] - 8400:4, 8439:7

**verbatim** [1] - 8525:24

**verify** [1] - 8397:4

**versa** [1] - 8416:18

**version** [8] - 8401:14, 8411:20, 8446:17, 8488:25, 8495:13, 8511:12, 8511:13, 8552:10

**versus** [1] - 8451:18

**via** [1] - 8498:1

**vice** [3] - 8397:10, 8397:11, 8416:18

**vice-president** [2] - 8397:10, 8397:11

**Victor** [1] - 8541:20

**video** [9] - 8541:23

**view** [9] - 8406:9, 8412:6, 8505:25, 8520:21, 8526:10, 8559:1, 8559:2, 8559:16, 8561:6

**Vincent** [1] - 8542:1

**VIRGINIA** [1] - 8376:19

**virtually** [5] - 8406:23, 8419:23, 8429:5, 8465:24, 8520:23

**virtue** [2] - 8478:4, 8478:10

**vital** [2] - 8471:14, 8510:25

**voiced** [1] - 8500:5

**VOICES** [2] - 8383:9, 8536:22

**VOIR** [2] - 8382:6, 8391:3

**volt** [1] - 8534:13

**voltage** [10] - 8421:15, 8422:2, 8435:19, 8484:19, 8484:24, 8486:6, 8486:9, 8507:8, 8521:22, 8527:4

**volts** [9] - 8501:21,

8520:5, 8521:1, 8521:18, 8522:4, 8534:13

**VON** [2] - 8381:9, 8532:18

**voting** [1] - 8562:11

# W

**wait** [4] - 8455:5, 8458:5, 8461:12, 8468:17

**waited** [2] - 8459:9, 8503:3

**wake** [2] - 8409:10, 8468:18

**waking** [2] - 8409:11

**walk** [2] - 8468:22

**WALKER** [1] - 8376:18

**wall** [2] - 8409:14, 8439:8

**WALTER** [1] - 8376:22

**wants** [6] - 8383:23, 8536:16, 8544:13, 8547:25, 8552:10, 8552:14

**WAS** [1] - 8382:19

**WASHINGTON** [4] - 8378:7, 8378:13, 8378:19, 8379:21

**washout** [1] - 8562:16

**watch** [2] - 8512:3, 8512:9

**water** [1] - 8514:3

**ways** [3] - 8472:14, 8493:6, 8505:25

**weak** [23] - 8421:17, 8421:23, 8422:3, 8422:8, 8423:20, 8424:6, 8424:25, 8425:9, 8425:11, 8425:12, 8426:24, 8438:15, 8518:19, 8519:13, 8520:3, 8520:4, 8520:8, 8520:18, 8520:22, 8522:2, 8534:8, 8534:16

**Wednesday** [2] - 8541:7, 8542:24

**weed** [1] - 8445:7

**week** [21] - 8438:18, 8535:2, 8535:6, 8535:11, 8540:1, 8540:6, 8540:14, 8541:7, 8542:21, 8542:24, 8545:5, 8547:3, 8548:7,

8548:13, 8551:14, 8552:20, 8553:19, 8553:21, 8554:7, 8562:2, 8562:3

**week's** [3] - 8539:19, 8539:24, 8543:17

**weekend** [2] - 8536:21, 8562:12

**weeks** [1] - 8398:7

**well-documented** [1] - 8403:4

**whatnot** [2] - 8397:20, 8459:21

**Wheeler** [1] - 8539:8

**whereas** [1] - 8419:21

**wherein** [1] - 8397:12

**WHEREUPON** [12] - 8384:11, 8384:24, 8385:7, 8385:19, 8386:2, 8386:22, 8401:12, 8473:15, 8473:25, 8536:23, 8537:21, 8562:20

**WHITELEY** [1] - 8379:9

**whole** [9] - 8390:16, 8426:2, 8448:2, 8484:17, 8484:25, 8485:10, 8507:18, 8527:9, 8554:17

**width** [3] - 8489:25, 8490:14, 8490:19

**wife** [1] - 8396:17

**Williams** [4] - 8543:16, 8547:10, 8549:7, 8549:9

**WILLIAMS** [12] - 8377:3, 8377:3, 8543:14, 8543:16, 8544:4, 8544:15, 8545:7, 8548:5, 8548:7, 8548:12, 8549:24, 8551:23

**Williamson** [1] - 8474:5

**WILLIAMSON** [5] - 8377:13, 8377:14, 8474:1, 8474:4, 8474:24

**WILLIAMSON............ .....** [1] - 8382:8

**WINFIELD** [1] - 8378:23

**Winslow** [6] - 8542:16, 8545:21, 8545:23, 8546:5, 8546:6, 8546:8

**Winslow's** [1] - 8546:2

**Winter** [1] - 8542:2

**wire** [3] - 8412:9,

8441:15, 8459:25
**wired** [36] - 8404:14,
8416:6, 8418:4,
8440:25, 8441:5,
8442:22, 8443:1,
8443:4, 8443:6,
8450:4, 8454:13,
8454:18, 8454:19,
8455:25, 8456:19,
8456:23, 8457:7,
8460:2, 8466:5,
8469:22, 8469:25,
8470:4, 8470:7,
8470:18, 8471:16,
8472:6, 8472:15,
8493:5, 8493:8,
8496:5, 8496:8,
8496:12, 8499:18,
8502:20, 8502:24,
8521:13
**wires** [1] - 8416:22
**wiring** [9] - 8415:19,
8416:2, 8416:18,
8441:7, 8441:13,
8441:20, 8442:2,
8450:24, 8470:13
**withdrawn** [6] -
8481:18, 8481:22,
8482:2, 8488:21,
8546:16, 8546:18
**WITNESS** [24] -
8390:18, 8390:24,
8391:15, 8414:6,
8414:10, 8414:16,
8414:19, 8416:20,
8416:23, 8416:25,
8417:17, 8420:2,
8420:6, 8420:10,
8420:15, 8420:17,
8425:20, 8438:11,
8448:17, 8448:24,
8461:5, 8461:22,
8462:8, 8489:7
**witness** [20] - 8384:2,
8387:3, 8387:5,
8387:19, 8390:3,
8390:20, 8473:11,
8474:24, 8475:2,
8500:8, 8525:25,
8535:10, 8535:11,
8535:13, 8535:14,
8549:3, 8549:6,
8556:22, 8558:25
**Witness** [3] - 8549:13,
8549:18, 8549:22
**witness'** [1] - 8480:10
**witnesses** [14] -
8481:22, 8534:22,
8535:2, 8535:6,
8546:13, 8546:25,

8547:1, 8549:8,
8553:19, 8558:3,
8558:11, 8558:13,
8558:15, 8560:21
**witnessing** [1] -
8443:13
**wonderful** [1] - 8547:5
**wondering** [1] -
8538:4
**Wong** [1] - 8542:16
**word** [6] - 8461:10,
8497:10, 8497:13,
8505:3, 8512:23,
8537:13
**words** [8] - 8437:19,
8438:9, 8498:24,
8514:22, 8534:4,
8556:2, 8556:4
**workbook** [3] -
8475:20, 8475:22,
8476:5
**works** [9] - 8403:11,
8405:24, 8413:1,
8417:10, 8444:25,
8446:9, 8469:9,
8490:9
**world's** [1] - 8396:3
**worldwide** [2] -
8394:4, 8394:6
**worse** [1] - 8423:20
**worth** [1] - 8426:23
**wrap** [2] - 8554:4,
8561:24
**wrapped** [1] - 8412:9
**WRIGHT** [1] - 8376:3
**write** [2] - 8448:3,
8492:18
**written** [6] - 8484:1,
8484:4, 8511:25,
8530:19, 8530:21,
8531:12
**wrote** [4] - 8439:16,
8459:15, 8492:7,
8497:2
**Wyman** [1] - 8539:8

## Y

**y'all** [1] - 8554:12
**year** [31] - 8393:14,
8419:10, 8420:1,
8420:8, 8432:22,
8433:3, 8433:4,
8433:13, 8433:16,
8433:19, 8434:12,
8435:8, 8438:10,
8477:21, 8493:16,
8515:22, 8516:4,
8516:18, 8520:13,

8522:2, 8522:4,
8527:18, 8529:15,
8531:10, 8531:13,
8532:9, 8534:4,
8534:9, 8534:16,
8560:7
**years** [6] - 8393:14,
8396:24, 8435:11,
8462:23, 8500:14,
8529:10
**Yellow** [19] - 8404:14,
8419:24, 8430:21,
8440:21, 8441:2,
8443:7, 8444:13,
8444:19, 8449:5,
8451:1, 8456:18,
8458:12, 8458:20,
8474:17, 8486:13,
8494:5, 8498:15,
8503:17, 8504:8
**yellow** [13] - 8406:15,
8419:18, 8431:3,
8440:20, 8456:16,
8462:21, 8464:5,
8464:25, 8477:25,
8478:13, 8478:19,
8532:10, 8532:11
**yesterday** [5] -
8386:5, 8390:6,
8473:21, 8543:20
**YOAKUM** [1] -
8377:14
**YORK** [15] - 8539:12,
8539:14, 8541:6,
8541:24, 8542:10,
8542:23, 8543:1,
8543:6, 8543:8,
8543:12, 8552:23,
8553:1, 8553:12,
8559:24, 8560:2
**YOUNG** [1] - 8378:18
**yourself** [1] - 8391:7

## Z

**Z-A-T-A-R-A-I-N** [1] -
8390:25
**Zatarain** [30] -
8388:23, 8389:2,
8390:24, 8391:5,
8391:8, 8392:23,
8396:20, 8400:10,
8400:13, 8401:16,
8401:21, 8405:4,
8417:23, 8422:19,
8426:8, 8427:3,
8431:13, 8432:8,
8462:13, 8466:18,
8469:2, 8474:5,
8475:8, 8480:10,

8482:5, 8488:16,
8489:10, 8532:7,
8533:4, 8534:19
**ZATARAIN** [1] -
8390:19
**Zatarain's** [4] -
8391:14, 8401:10,
8401:14, 8401:15
**ZATARAIN.................
.................** [1] -
8382:5
**zero** [2] - 8457:13,
8498:11

"

**"MIKE"** [1] - 8379:20