1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG    *    Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE           *
5    GULF OF MEXICO ON APRIL 20, 2010    *    Section J
                                         *
6    Applies to:                         *    New Orleans, Louisiana
                                         *
7    Docket 10-CV-02771,                 *    April 15, 2013
     *IN RE:   THE COMPLAINT AND*         *
8    *PETITION OF TRITON ASSET*           *
     *LEASING GmbH, et al*                *
9                                         *
     Docket 10-CV-4536,                  *
10   *UNITED STATES OF AMERICA v.*        *
     *BP EXPLORATION & PRODUCTION,*       *
11   *INC., et al*                        *
                                         *
12   * * * * * * * * * * * * * * * * * * *

13

14                      DAY 27, MORNING SESSION
                      TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
16

17   Appearances:

18

19   For the Plaintiffs:          Domengeaux Wright Roy
                                     & Edwards, LLC
20                                BY:  JAMES P. ROY, ESQ.
                                  556 Jefferson Street, Suite 500
21                                Post Office Box 3668
                                  Lafayette, Louisiana 70502

22

23   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:  STEPHEN J. HERMAN, ESQ.
24                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113

25

                         OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For the Plaintiffs:          Cunningham Bounds, LLC
 3                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 Dauphin Street
 4                                Mobile, Alabama 36604

 5
     For the Plaintiffs:          Lewis Kullman Sterbcow & Abramson
 6                                BY:  PAUL M. STERBCOW, ESQ.
                                  601 Poydras Street, Suite 2615
 7                                New Orleans, Louisiana 70130

 8
     For the Plaintiffs:          Breit Drescher Imprevento
 9                                  & Walker, PC
                                  BY:  JEFFREY A. BREIT, ESQ.
10                                600 22nd Street, Suite 402
                                  Virginia Beach, Virginia 23451
11

12   For the Plaintiffs:          Leger & Shaw
                                  BY:  WALTER J. LEGER JR., ESQ.
13                                600 Carondelet Street, 9th Floor
                                  New Orleans, Louisiana 70130
14

15   For the Plaintiffs:          Williams Law Group, LLC
                                  BY:  CONRAD "DUKE" WILLIAMS, ESQ.
16                                435 Corporate Drive, Suite 101
                                  Houma, Louisiana 70360
17

18   For the Plaintiffs:          Thornhill Law Firm
                                  BY:  TOM THORNHILL, ESQ.
19                                1308 Ninth Street
                                  Slidell, Louisiana 70458
20

21   For the Plaintiffs:          deGravelles Palmintier Holthaus
                                    & Frugé, LLP
22                                BY:  JOHN W. DEGRAVELLES, ESQ.
                                  618 Main Street
23                                Baton Rouge, Louisiana 70801

24

25
```

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For the Plaintiffs:          Williamson & Rusnak
 3                                BY:  JIMMY WILLIAMSON, ESQ.
                                  4310 Yoakum Boulevard
 4                                Houston, Texas 77006

 5
     For the Plaintiffs:          Irpino Law Firm
 6                                BY:  ANTHONY IRPINO, ESQ.
                                  2216 Magazine Street
 7                                New Orleans, Louisiana 70130

 8
     For the United States        U.S. Department of Justice
 9   of America:                  Torts Branch, Civil Division
                                  BY:  R. MICHAEL UNDERHILL, ESQ.
10                                450 Golden Gate Avenue
                                  7-5395 Federal Bldg., Box 36028
11                                San Francisco, California 94102

12
     For the United States        U.S. Department of Justice
13   of America:                  Environment & Natural Resources
                                  Environmental Enforcement Section
14                                BY:  STEVEN O'ROURKE, ESQ.
                                       SCOTT CERNICH, ESQ.
15                                     DEANNA CHANG, ESQ.
                                       RACHEL HANKEY, ESQ.
16                                     A. NATHANIEL CHAKERES, ESQ.
                                  Post Office Box 7611
17                                Washington, D.C. 20044

18
     For the United States        U.S. Department of Justice
19   of America:                  Torts Branch, Civil Division
                                  BY:  JESSICA McCLELLAN, ESQ.
20                                     MICHELLE DELEMARRE, ESQ.
                                       JESSICA SULLIVAN, ESQ.
21                                     SHARON SHUTLER, ESQ.
                                       MALINDA LAWRENCE, ESQ.
22                                Post Office Box 14271
                                  Washington, D.C. 20004
23

24

25
```

OFFICIAL TRANSCRIPT

```
1   Appearances:

2

3   For the United States        U.S. Department of Justice
    of America:                  Fraud Section
                                 Commercial Litigation Branch
4                                BY:  DANIEL SPIRO, ESQ.
                                      KELLEY HAUSER, ESQ.
5                                     ELIZABETH YOUNG, ESQ.
                                 Ben Franklin Station
6                                Washington, D.C. 20044

7

8   For the State of             Attorney General of Alabama
    Alabama:                     BY:  LUTHER STRANGE, ESQ.
                                      COREY L. MAZE, ESQ.
9                                     WINFIELD J. SINCLAIR, ESQ.
                                 500 Dexter Avenue
10                               Montgomery, Alabama 36130

11

12  For the State of             Attorney General of Louisiana
    Louisiana:                   BY:  JAMES D. CALDWELL, ESQ.
                                 1885 North Third Street
13                               Post Office Box 94005
                                 Baton Rouge, Louisiana 70804

14

15  For the State of             Kanner & Whiteley, LLC
    Louisiana:                   BY:  ALLAN KANNER, ESQ.
16                                    DOUGLAS R. KRAUS, ESQ.
                                 701 Camp Street
17                               New Orleans, Louisiana 70130

18

19  For BP Exploration &         Liskow & Lewis, APLC
    Production Inc.,             BY:  DON K. HAYCRAFT, ESQ.
    BP America Production        701 Poydras Street, Suite 5000
20  Company, BP PLC:             New Orleans, Louisiana 70139

21

22  For BP Exploration &         Kirkland & Ellis, LLP
    Production Inc.,             BY:  J. ANDREW LANGAN, ESQ.
    BP America Production             HARIKLIA "CARRIE" KARIS, ESQ.
23  Company, BP PLC:                  MATTHEW T. REGAN, ESQ.
                                 300 N. Lasalle
24                               Chicago, Illinois 60654

25
```

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For BP Exploration &            Covington & Burling, LLP
 3   Production Inc.,                BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production           1201 Pennsylvania Avenue, NW
 4   Company, BP PLC:                Washington, D.C. 20004

 5

 6   For Transocean Holdings         Frilot, LLC
     LLC, Transocean Offshore        BY:  KERRY J. MILLER, ESQ.
 7   Deepwater Drilling Inc.,        1100 Poydras Street, Suite 3700
     Transocean Deepwater Inc.:      New Orleans, Louisiana 70163

 8

 9
     For Transocean Holdings         Sutherland Asbill & Brennan, LLP
10   LLC, Transocean Offshore        BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,             RACHEL G. CLINGMAN, ESQ.
11   Transocean Deepwater Inc.:      1001 Fannin Street, Suite 3700
                                     Houston, Texas 77002
12

13
     For Transocean Holdings         Munger Tolles & Olson, LLP
14   LLC, Transocean Offshore        BY:  MICHAEL R. DOYEN, ESQ.
     Deepwater Drilling Inc.,             BRAD D. BRIAN, ESQ.
15   Transocean Deepwater Inc.:           LUIS LI, ESQ.
                                     355 S. Grand Avenue, 35th Floor
16                                   Los Angeles, California 90071

17

18   For Transocean Holdings         Mahtook & Lafleur
     LLC, Transocean Offshore        BY:  RICHARD J. HYMEL, ESQ.
19   Deepwater Drilling Inc.,        600 Jefferson Street, Suite 1000
     Transocean Deepwater Inc.:      Post Office Box 3089
20                                   Lafayette, Louisiana 70501

21

22   For Transocean Holdings         Hughes Arrell Kinchen, LLP
     LLC, Transocean Offshore        BY:  JOHN KINCHEN, ESQ.
23   Deepwater Drilling Inc.,        2211 Norfolk, Suite 1110
     Transocean Deepwater Inc.:      Houston, Texas 77098
24

25
```

OFFICIAL TRANSCRIPT

1    Appearances:

2

     For Halliburton Energy        Godwin Lewis, PC
3    Services, Inc.:               BY:   DONALD E. GODWIN, ESQ.
                                          BRUCE W. BOWMAN JR., ESQ.
4                                         FLOYD R. HARTLEY JR., ESQ.
                                          GAVIN HILL, ESQ.
5                                  1201 Elm Street, Suite 1700
                                   Dallas, Texas 75270
6

7

8    For Halliburton Energy:       Godwin Lewis, PC
     Services, Inc.:               BY:   JERRY C. VON STERNBERG, ESQ.
9                                  1331 Lamar, Suite 1665
                                   Houston, Texas 77010
10

11

12   Official Court Reporter:      Jodi Simcox, RMR, FCRR
                                   500 Poydras Street, Room HB-406
13                                 New Orleans, Louisiana 70130
                                   (504) 589-7780
14                                 Jodi_Simcox@laed.uscourts.gov

15

16

17   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

<u>**I N D E X**</u>

1

2                                                          <u>Page</u>

3

Alexander John Guide
4     Direct Examination By Ms. Karis:          8574

5

OFFICIAL TRANSCRIPT

8:10AM   1        **THE DEPUTY CLERK:**  All rise.

8:10AM   2        **THE COURT:**  Good morning, every one.

8:11AM   3            All right.  Before we resume BP's case in chief,

8:11AM   4    do we have any preliminary matters?

8:11AM   5        **MR. BRIAN:**  Yes, Your Honor.  Brad Brian for

8:11AM   6    Transocean.

8:11AM   7            We've circulated a list of a single exhibit

8:11AM   8    call-out that we wanted to offer on behalf of Transocean on our

8:11AM   9    cross-examination of Lee Lambert.  It's been distributed to

8:11AM   10   counsel with no objections, so I would offer this exhibit to be

8:11AM   11   admitted.

8:11AM   12       **THE COURT:**  All right.  Without objection, those are

8:11AM   13   admitted.

8:11AM   14       **MR. REGAN:**  Good morning, Your Honor.  Matt Regan on

8:11AM   15   behalf of BP.

8:11AM   16           I have exhibits for four witnesses.  They're the

8:11AM   17   exhibits that were offered for Mr. Lambert, Mr. Lirette,

8:11AM   18   Mr. Lewis, all last Wednesday, and then Mr. Zatarain on

8:11AM   19   Thursday.

8:11AM   20       **THE COURT:**  Okay.  Are there any remaining objections

8:11AM   21   to these exhibits by BP?

8:11AM   22           Hearing none, those are admitted.

8:11AM   23       **MR. REGAN:**  Thank you, Your Honor.

8:11AM   24       **THE COURT:**  Sure.

8:11AM   25       **MS. ANDRE:**  Good morning, Your Honor, Abby Andre for

OFFICIAL TRANSCRIPT

8:12AM 1   the United States.

8:12AM 2               We have a list of exhibits and call-outs used

8:12AM 3   during our cross-examination of Mr. Zatarain.  We exchanged

8:12AM 4   them with the parties, and there were no objections.  We'd like

8:12AM 5   it offer them into evidence.

8:12AM 6           **THE COURT:**  Are there any remaining objections to the

8:12AM 7   United States' exhibits?

8:12AM 8               Without objection, those are admitted.

8:12AM 9           **MS. KARIS:**  Good morning, Your Honor, Hariklia Karis

8:12AM 10   on behalf of BP.

8:12AM 11               I have a list of exhibits that we circulated for

8:12AM 12   Mr. Shaw.  We received no objections, so we would offer them to

8:12AM 13   the Court at this time.

8:12AM 14           **THE COURT:**  Any remaining objections to BP's

8:12AM 15   exhibits?

8:12AM 16               Without objection, those are admitted.

8:12AM 17           **MS. KARIS:**  Thank you, Your Honor.

8:12AM 18           **MR. IRPINO:**  Good morning, Your Honor, Anthony Irpino

8:12AM 19   for the PSC.

8:12AM 20               I have two lists of exhibits, one in connection

8:12AM 21   with the examination of Neil Shaw, the second in connection

8:12AM 22   with the examination of Mr. Zatarain.  We have sent both of

8:12AM 23   those lists around to all of the parties.  We have received no

8:12AM 24   objections, so we offer, file, and introduce those documents

8:12AM 25   and exhibits into evidence.

OFFICIAL TRANSCRIPT

8:12AM   1    **THE COURT:**  All right.  Any objections?

8:12AM   2              Hearing none, those are admitted.

8:13AM   3    **MR. IRPINO:**  Thank you, Your Honor.

8:13AM   4    **THE COURT:**  Sure.

8:13AM   5    **MR. BROCK:**  Good morning, Your Honor, Mike Brock for

8:13AM   6    BP.

8:13AM   7              Just one administrative matter.  I have -- BP

8:13AM   8    has circulated its list of videotape that it intends to play

8:13AM   9    during its case in chief.  We, of course, have already played

8:13AM   10   three tapes.  And in the remaining portion of our case in

8:13AM   11   chief, we will play the depositions of Mr. McMahan, Mr. Patton,

8:13AM   12   Mr. Lindner, Mr. Garrison, and Mr. Gardner.  There are no

8:13AM   13   objections to those depositions, other than the Garrison and

8:13AM   14   Gardner matter which the Court resolved late last week.

8:13AM   15             The remaining witness that was on our list was

8:13AM   16   Mr. Sabins, and we do not intend to play his tape.  I think

8:13AM   17   there was a letter brief filed late last night, but the Court

8:13AM   18   need not address that issue.  We will not play his tape.

8:13AM   19   **THE COURT:**  So that's moot?

8:13AM   20   **MR. BROCK:**  Yes, sir, that's moot.

8:13AM   21   **THE COURT:**  Okay.  Very well.

8:14AM   22   **MS. KARIS:**  I'm back, Your Honor.

8:14AM   23   **THE COURT:**  Okay.

8:14AM   24   **MS. KARIS:**  I'm going to be conducting Mr. Guide's

8:14AM   25   examination.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:14AM | 1 | **THE COURT:**  All right. |
| 8:14AM | 2 | **MS. KARIS:**  BP calls Mr. Guide as our next witness. |
| 8:14AM | 3 | (WHEREUPON, **ALEXANDER JOHN GUIDE**, having been duly |
| 8:14AM | 4 | sworn, testified as follows.) |
| 8:14AM | 5 | **THE DEPUTY CLERK:**  Please state your full name and |
| 8:14AM | 6 | correct spelling for the record. |
| 8:14AM | 7 | **THE WITNESS:**  Alexander John Guide, |
| 8:14AM | 8 | A-L-E-X-A-N-D-E-R, J-O-H-N, G-U-I-D-E. |
| 8:14AM | 9 | **MS. KARIS:**  May I proceed, Your Honor? |
| 8:14AM | 10 | **THE COURT:**  Yes. |
| 8:14AM | 11 | **MS. KARIS:**  Thank you. |
| 8:14AM | 12 | **DIRECT EXAMINATION** |
| 8:14AM | 13 | BY MS. KARIS: |
| 8:14AM | 14 | **Q.**   Good morning, Mr. Guide. |
| 8:14AM | 15 | **A.**   Good morning. |
| 8:14AM | 16 | **Q.**   Which company do you currently work for? |
| 8:14AM | 17 | **A.**   BP. |
| 8:14AM | 18 | **Q.**   What position did you hold on April 20th of 2010? |
| 8:14AM | 19 | **A.**   Wells team leader for the *Deepwater Horizon*. |
| 8:14AM | 20 | **Q.**   And as the wells team leader for the *Deepwater Horizon*, |
| 8:14AM | 21 | were you the supervisor for the well site leaders who were |
| 8:15AM | 22 | actually on the rig? |
| 8:15AM | 23 | **A.**   I was. |
| 8:15AM | 24 | **Q.**   And how long did you hold that position? |
| 8:15AM | 25 | **A.**   Three years. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:15AM  1   Q.   Okay.  And we're going to go back to your job as the wells
8:15AM  2   team leader, but before we do that, I'd like to talk a little
8:15AM  3   bit about your background.
8:15AM  4          Can you tell the Court, where did you grow up?
8:15AM  5   A.   Pittsburgh, Pennsylvania.
8:15AM  6          THE COURT:  Excuse me, one second.
8:15AM  7          (Discussion off the record.)
8:15AM  8          MS. KARIS:  May I continue?
8:15AM  9          THE COURT:  Yes, go ahead.
8:15AM 10   BY MS. KARIS:
8:15AM 11   Q.   Do you have any college degrees, Mr. Guide?
8:15AM 12   A.   Yes.
8:15AM 13   Q.   Can you tell us what degrees you have.
8:15AM 14   A.   I have a Bachelor of Science in chemical engineering with
8:15AM 15   a petroleum option.
8:15AM 16   Q.   And what do you mean by having a "petroleum option"?
8:16AM 17   A.   In addition to my chemical engineering degree, I took six
8:16AM 18   courses in petroleum engineering.
8:16AM 19   Q.   When did you obtain your degree?
8:16AM 20   A.   1980.
8:16AM 21   Q.   All right.  And what did you do upon graduating with a
8:16AM 22   degree in 1980?
8:16AM 23   A.   I went to work for Texaco in Morgan City, Louisiana.
8:16AM 24   Q.   And since you've graduated in 1980, have you remained in
8:16AM 25   the oil and gas industry the entire time up through today?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:16AM  1   A.   Yes.

8:16AM  2   Q.   All right.  And I'll -- let's talk about some of the jobs

8:16AM  3   that you've held in the past 30-plus years.  First of all, can

8:16AM  4   you tell the Court, what was your first job after graduating

8:16AM  5   with a degree in engineering?

8:16AM  6   A.   I worked on a production platform in the Tiger Shoal field

8:16AM  7   in south Louisiana.

8:16AM  8   Q.   And what were some of your duties?

8:16AM  9   A.   Well testing, mainly.

8:16AM  10  Q.   How long did you remain in that position?

8:16AM  11  A.   For the first six months, sort of training.

8:16AM  12  Q.   Okay.  And then how long did you remain in -- with Texaco

8:16AM  13  in Morgan City, Louisiana?

8:16AM  14  A.   Five years.

8:16AM  15  Q.   All right.  And what did you do next?  Can you walk us

8:17AM  16  through your employment history.

8:17AM  17  A.   Yes.  So at Texaco, I was a production engineer,

8:17AM  18  completion engineer, and then a drilling engineer.  That was

8:17AM  19  for the first five years.

8:17AM  20  Q.   So you worked for Texaco for the first five years of your

8:17AM  21  career in a variety of different engineering-related positions?

8:17AM  22  A.   Yes.

8:17AM  23  Q.   Then what did you do?

8:17AM  24  A.   Then I worked for Conoco as a drilling engineer and a well

8:17AM  25  site leader.

ALEXANDER JOHN GUIDE - DIRECT

8:17AM  1   **Q.**   Where were you based when you worked for Conoco?

8:17AM  2   **A.**   Lafayette, Louisiana.

8:17AM  3   **Q.**   Okay.  And you said you were a drilling engineer.  Did

8:17AM  4   that mean you were working on designing engineering plans for

8:17AM  5   wells?

8:17AM  6   **A.**   Yes.

8:17AM  7   **Q.**   Okay.  And was that offshore drilling as well as onshore

8:17AM  8   drilling?

8:17AM  9   **A.**   Yes, both.

8:17AM  10  **Q.**   Okay.  And then what did you do after working for Conoco

8:17AM  11  as a drilling engineer?

8:17AM  12  **A.**   Well, I actually went from Lafayette, with Conoco, to the

8:17AM  13  Middle East.  And I worked for a Conoco affiliate called Dubai

8:18AM  14  Petroleum Company for -- from '88 to '91, where I also was a

8:18AM  15  drilling engineer and a drilling well site leader.

8:18AM  16  **Q.**   And was that also for offshore?

8:18AM  17  **A.**   Yes.

8:18AM  18  **Q.**   Okay.  And how long did you remain with Conoco in Dubai?

8:18AM  19  **A.**   Three years.

8:18AM  20  **Q.**   And after finishing your duties in Dubai in offshore

8:18AM  21  drilling, what did you do next?

8:18AM  22  **A.**   I went to work for a small independent oil company in --

8:18AM  23  oil and gas company in Pittsburgh as their chief engineer.  And

8:18AM  24  in that, I did all the different engineering.  I did the

8:18AM  25  reservoir engineering, the drilling engineering completions,

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:18AM  1   went to the field and fracked wells, acquisitions.  We bought

8:18AM  2   fields, sold fields.

8:18AM  3   **Q.**   And did that involve offshore work as well?

8:18AM  4   **A.**   That did not.

8:18AM  5   **Q.**   Did not.

8:18AM  6            Okay.  And then what did you do after you worked for

8:18AM  7   Meridian?

8:18AM  8   **A.**   I went to work for Vastar back in Lafayette, Louisiana.

8:18AM  9   **Q.**   How long did you remain in Lafayette with Vastar?

8:18AM  10  **A.**   Until 2000.

8:18AM  11  **Q.**   And tell us what you were doing with Vastar in Lafayette,

8:19AM  12  Louisiana.

8:19AM  13  **A.**   I had two different positions.  One was -- I was called

8:19AM  14  the principal drilling engineer where I was in charge of all

8:19AM  15  the drilling operations in the South Pass 60 field.  After

8:19AM  16  that, I was called the principal production engineer of wells

8:19AM  17  in charge of all the completions workover in the production for

8:19AM  18  the eight different platforms in the Gulf of Mexico, in the

8:19AM  19  South Pass field.

8:19AM  20  **Q.**   Okay.  And then what did you do in 2000?

8:19AM  21  **A.**   I transferred to Houston with Vastar as the lead drilling

8:19AM  22  engineer for the Horn Mountain deepwater development, which is

8:19AM  23  in the Mississippi Canyon 127.  And that's when Vastar was

8:19AM  24  purchased by BP.

8:19AM  25  **Q.**   Can you describe for the Court briefly, what is the

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:19AM | 1 | Horn Mountain project? |
| 8:19AM | 2 | **A.**   A deepwater development, once again, Mississippi Canyon, |
| 8:19AM | 3 | 127, in 5500 feet of water.  It's about 50 miles off the coast. |
| 8:20AM | 4 | **Q.**   Okay.  And you said you were the lead drilling engineer. |
| 8:20AM | 5 | And what were your responsibilities as the lead drilling |
| 8:20AM | 6 | engineer for the Horn Mountain development? |
| 8:20AM | 7 | **A.**   I designed all the wells in the field, from the drilling |
| 8:20AM | 8 | aspect as well as was in charge of building of a rig that was |
| 8:20AM | 9 | going to go on the platform after the semi left. |
| 8:20AM | 10 | So if I could explain.  The field was drilled with a |
| 8:20AM | 11 | semisubmersible rig, and then the platform was set.  And then |
| 8:20AM | 12 | after the platform was set, there was a smaller rig put on the |
| 8:20AM | 13 | platform.  I was in charge of the building of the rig and, |
| 8:20AM | 14 | consequently, tying all the wells back from the floor to the |
| 8:20AM | 15 | platform. |
| 8:20AM | 16 | **Q.**   So were you working on well design at that point? |
| 8:20AM | 17 | **A.**   Yes. |
| 8:20AM | 18 | **Q.**   And how long did you remain in that position as the lead |
| 8:20AM | 19 | drilling engineer for the Horn Mountain development? |
| 8:20AM | 20 | **A.**   Three years. |
| 8:20AM | 21 | **Q.**   What did you do then, which takes us to approximately |
| 8:20AM | 22 | 2003? |
| 8:20AM | 23 | **A.**   I went to the Mad Dog development, which is also a |
| 8:21AM | 24 | deepwater development in Green Canyon, southern Green Canyon, |
| 8:21AM | 25 | part of the Gulf of Mexico, where I was the -- monitored the |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:21AM 1   finishing of the rig there, building for the platform.  And

8:21AM 2   then I was the drilling superintendent for the development.

8:21AM 3   Q.   Okay.  And what are the -- when you say "drilling

8:21AM 4   superintendent," is that the same thing as a well team leader,

8:21AM 5   just a different title?

8:21AM 6   A.   Yes, it is.

8:21AM 7   Q.   All right.  So what did you do as the drilling

8:21AM 8   superintendent for the Mad Dog project?

8:21AM 9   A.   We implemented the drilling and completion plans that the

8:21AM 10  engineering department provided to us.

8:21AM 11  Q.   So did you have a similar role and responsibility for the

8:21AM 12  Mad Dog project with what you had in connection with the

8:21AM 13  Macondo project?

8:21AM 14  A.   Yes.

8:21AM 15  Q.   And, again, was the Mad Dog project a deepwater well

8:21AM 16  similar to the Macondo project?

8:21AM 17  A.   Yes.

8:21AM 18  Q.   Okay.  What did you do then, after you completed your work

8:22AM 19  with the Mad Dog project?

8:22AM 20  A.   Well, while I was a drilling superintendent for Mad Dog, I

8:22AM 21  also was assigned to be the drilling superintendent for

8:22AM 22  Holstein, another deepwater development in Green Canyon.  They

8:22AM 23  were only about 13 miles apart, so it made sense.

8:22AM 24        So first I was the drilling superintendent for both

8:22AM 25  of these developments.  Then after that, in September of 2007,

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:22AM   1    I became the wells team leader for the *Deepwater Horizon.*

8:22AM   2    **Q.**   So you were the wells team leader for the

8:22AM   3    *Deepwater Horizon* from October of 2007?

8:22AM   4    **A.**   The end of September.

8:22AM   5    **Q.**   I'm sorry.  September of 2007.

8:22AM   6         And did you remain in the position of drilling

8:22AM   7    superintendent or wells team leader for the *Deepwater Horizon*

8:22AM   8    from 2007 through the time of the incident in April of 2010?

8:22AM   9    **A.**   Yes.

8:22AM   10   **Q.**   So by the time of this incident, you had been working with

8:22AM   11   the *Deepwater Horizon* for a three-year period?

8:22AM   12   **A.**   Yes.

8:22AM   13        **MS.KARIS:**  All right.  And if we could pull up

8:23AM   14   D-4941, please.

8:23AM   15   **BY MS.KARIS:**

8:23AM   16   **Q.**   Mr. Guide, does this describe -- I'm sorry.  I'll let you

8:23AM   17   get your glasses there.

8:23AM   18   **A.**   Yes.

8:23AM   19   **Q.**   Does this accurately describe the experience that you had

8:23AM   20   had in the oil and gas industry from the time that you

8:23AM   21   graduated up through the time of the incident, 33 years of

8:23AM   22   experience in the industry with working for a variety of

8:23AM   23   companies, three companies, drilled over 35 to 40 wells?  Is

8:23AM   24   that accurate?

8:23AM   25   **A.**   Well, that would be just deepwater wells alone.

ALEXANDER JOHN GUIDE - DIRECT

8:23AM  1   **Q.**   Deepwater wells alone?

8:23AM  2   **A.**   Yes.

8:23AM  3   **Q.**   And then you have 20 -- of those 33 years, 23 years has

8:23AM  4   been spent either in drilling completions, production, or

8:23AM  5   workover work?

8:23AM  6   **A.**   Yes.

8:23AM  7   **Q.**   All right.  And then specifically with respect to

8:23AM  8   operations, you've had ten years of experience?

8:23AM  9   **A.**   Yes.

8:23AM  10  **Q.**   And seven of those years have been in the Gulf of Mexico

8:23AM  11  as a drilling superintendent or wells team leader, same

8:23AM  12  position?

8:23AM  13  **A.**   Yes.

8:23AM  14  **Q.**   And then three of those years, as we just said, were

8:24AM  15  specific to the *Deepwater Horizon*?

8:24AM  16  **A.**   Yes.

8:24AM  17  **Q.**   So at the time of this incident, you had 33 years of

8:24AM  18  experience in the industry?

8:24AM  19  **A.**   30.

8:24AM  20  **Q.**   30, I'm sorry.  This takes us up to date.

8:24AM  21  **A.**   Yes.

8:24AM  22  **Q.**   Thank you.

8:24AM  23       **MS. KARIS:**  We can take that down, please.  Thanks.

8:24AM  24  **BY MS. KARIS:**

8:24AM  25  **Q.**   Now, I'd like to discuss with you some of your

ALEXANDER JOHN GUIDE - DIRECT

8:24AM  1  responsibilities as the wells team leader for the
8:24AM  2  *Deepwater Horizon*.  Could you describe for the Court what that
8:24AM  3  position entailed.
8:24AM  4  **A.**   It was the operations portion of the process.  The
8:24AM  5  drilling engineering team would develop a plan, and they would
8:24AM  6  hand it over to the operations team, which is what the wells
8:24AM  7  team leader ran, and then we would implement their plan.
8:24AM  8  **Q.**   So the drilling engineering team would design the plan and
8:24AM  9  then your team would execute the implementation of that plan;
8:25AM  10  is that a fair description?
8:25AM  11  **A.**   Yes.
8:25AM  12  **Q.**   Okay.  And you said the well site leaders reported to you?
8:25AM  13  **A.**   Yes, they did.
8:25AM  14  **Q.**   Tell us what your relationship with the well site leaders
8:25AM  15  was; that is, what were your responsibilities with respect to
8:25AM  16  the well site leaders?
8:25AM  17  **A.**   Well, I was their office liaison.  I was their -- the
8:25AM  18  person that, you know, gave them the direction of what they,
8:25AM  19  you know, what they needed to do.  But, really, I was really
8:25AM  20  there just to make their job easier, is what it was.
8:25AM  21  **Q.**   So the well site leaders, were they onshore or offshore?
8:25AM  22  **A.**   They were offshore.
8:25AM  23  **Q.**   And your position, was that onshore or offshore?
8:25AM  24  **A.**   It was onshore.
8:25AM  25  **Q.**   So you were onshore and they worked offshore on the rigs?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:25AM | 1 | **A.**   Yes. |
| 8:25AM | 2 | **Q.**   Now, as a wells team leader, do you have primary |
| 8:25AM | 3 | responsibility for designing the well or making engineering |
| 8:25AM | 4 | design decisions? |
| 8:25AM | 5 | **A.**   No. |
| 8:25AM | 6 | **Q.**   Okay.  Which team does the engineering design decisions? |
| 8:26AM | 7 | **A.**   The engineering team. |
| 8:26AM | 8 | **Q.**   Now, as -- in your capacity, though, as the wells team |
| 8:26AM | 9 | leader, do you have any role in the engineering process? |
| 8:26AM | 10 | **A.**   Not the actual process, but I gave input, you know. |
| 8:26AM | 11 | **Q.**   And tell the Court how that works.  As a wells team |
| 8:26AM | 12 | leader, how do you provide input to the drilling engineers as |
| 8:26AM | 13 | you're executing the design plan that has been put together by |
| 8:26AM | 14 | that team? |
| 8:26AM | 15 | **A.**   So they have a -- through all BP, there's a certain |
| 8:26AM | 16 | process that's followed to design a well.  And then once the |
| 8:26AM | 17 | well is designed, the drilling team -- I'm sorry, the drilling |
| 8:26AM | 18 | engineering team and all the third-party contractors come |
| 8:26AM | 19 | together with myself.  And then we -- they basically implement |
| 8:26AM | 20 | the plan step-by-step together. |
| 8:26AM | 21 | **Q.**   Now, the drilling process has been described by some as a |
| 8:26AM | 22 | "team effort."  In your experience in the industry, do you |
| 8:26AM | 23 | agree with that statement? |
| 8:26AM | 24 | **A.**   Yes. |
| 8:26AM | 25 | **Q.**   Okay.  And why do you agree with the statement that the |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:27AM | 1 | drilling process is a team effort? |
| 8:27AM | 2 | **A.**   I don't think you could do it if it wasn't. |
| 8:27AM | 3 | **Q.**   And what do you mean by that? |
| 8:27AM | 4 | **A.**   It's -- wells are -- they're challenging, they're |
| 8:27AM | 5 | complicated, and there's just so many pieces -- so many pieces |
| 8:27AM | 6 | to it.  It would not be possible for one person or even one |
| 8:27AM | 7 | group to do it.  I mean, you're talking 250 people to actually |
| 8:27AM | 8 | drill one well. |
| 8:27AM | 9 | **Q.**   And do you rely on a variety of different contractors as |
| 8:27AM | 10 | part of that team effort? |
| 8:27AM | 11 | **A.**   Yes. |
| 8:27AM | 12 | **Q.**   All right. |
| 8:27AM | 13 |       **MS. KARIS:**  If we could look up -- I'm sorry, put up |
| 8:27AM | 14 | D-4316, please. |
| 8:27AM | 15 | **BY MS. KARIS:** |
| 8:27AM | 16 | **Q.**   This is a chart of the breakdown of the employees who were |
| 8:27AM | 17 | on the *Deepwater Horizon* on the day of the incident.  And on |
| 8:27AM | 18 | the right-hand column there, there are a variety of different |
| 8:27AM | 19 | contractors, including Transocean, BP, M-I SWACO, Oceaneering, |
| 8:28AM | 20 | Weatherford, Dril-Quip, and a variety of others.  Is this |
| 8:28AM | 21 | typical in drilling a deepwater well to have a number of |
| 8:28AM | 22 | contractors, such as what -- the folks that were on the *Horizon* |
| 8:28AM | 23 | on April 20th of 2010? |
| 8:28AM | 24 | **A.**   Yes. |
| 8:28AM | 25 | **Q.**   Is there anything unusual or atypical about having a |

OFFICIAL TRANSCRIPT

8:28AM  1  number of these contractors involved in the execution of the

8:28AM  2  well design?

8:28AM  3  A.   No.

8:28AM  4  Q.   All right.  I'd like to talk to you about some of the

8:28AM  5  members of your team and the Macondo wells team in particular.

8:28AM  6       MS. KARIS:  If we could put up D-4800, please.

8:28AM  7  BY MS. KARIS:

8:28AM  8  Q.   D-4800 is entitled the "Macondo Drilling Team for

8:28AM  9  April 20th of 2010."  And since you worked with these folks,

8:28AM  10  I'd like to have an opportunity to speak with you about some of

8:28AM  11  them.

8:28AM  12       First of all, does this accurately reflect the

8:28AM  13  organization of the folks who worked in some capacity on the

8:28AM  14  Macondo well team?

8:28AM  15  A.   Yes.

8:28AM  16  Q.   Okay.  We're going to start down here with the well site

8:29AM  17  leaders.  These are the folks that reported to you; correct?

8:29AM  18  A.   Yes.

8:29AM  19  Q.   And then Mr. Cocales, the senior operations engineer, also

8:29AM  20  reported to you?

8:29AM  21  A.   Yes.

8:29AM  22  Q.   All right.  We're going to walk through some of their

8:29AM  23  functions in a second.  But, first of all, the Court has heard

8:29AM  24  from Mr. Ronnie Sepulvado.  And then is Murry Sepulvado his

8:29AM  25  brother?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:29AM | 1 | **A.**    Yes. |
| 8:29AM | 2 | **Q.**    Do they both work for you? |
| 8:29AM | 3 | **A.**    Yes. |
| 8:29AM | 4 | **Q.**    Tell us how long you have known the Sepulvado brothers and |
| 8:29AM | 5 | how long they have worked for you. |
| 8:29AM | 6 | **A.**    I first worked with Ronnie and Murry starting in 2000 when |
| 8:29AM | 7 | we drilled all the wells at the Horn Mountain development. |
| 8:29AM | 8 | **Q.**    Okay.  So you had known them at least a decade by the time |
| 8:29AM | 9 | of the incident? |
| 8:29AM | 10 | **A.**    Yes. |
| 8:29AM | 11 | **Q.**    And then Mr. Vidrine is listed here, Don Vidrine.  How |
| 8:29AM | 12 | long had you worked with Don Vidrine? |
| 8:29AM | 13 | **A.**    Since January of 2010.  I knew him before, but he had |
| 8:29AM | 14 | worked for other -- other well team leaders. |
| 8:30AM | 15 | **Q.**    Okay.  So he came to work with you in January of 2010? |
| 8:30AM | 16 | **A.**    Yes. |
| 8:30AM | 17 | **Q.**    How did Mr. Vidrine get added to your team?  Did somebody |
| 8:30AM | 18 | recommend him to you? |
| 8:30AM | 19 | **A.**    Yes.  He wanted to do something different.  He was on a |
| 8:30AM | 20 | development -- as in a development project as opposed to an |
| 8:30AM | 21 | exploration program.  And he wanted to get into exploration. |
| 8:30AM | 22 | And so he was recommended. |
| 8:30AM | 23 | **Q.**    Okay.  And then Earl Lee, is he the fourth well site |
| 8:30AM | 24 | leader assigned to your team? |
| 8:30AM | 25 | **A.**    Yes. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:30AM 1    Q.   How would you describe your relationship, your overall

8:30AM 2    relationship, with the team that reported to you?

8:30AM 3    A.   I think it was great.

8:30AM 4    Q.   Okay.  And then we have here Mr. Cocales.  His title was

8:30AM 5    senior operations engineer.  Can you tell us what the role of a

8:30AM 6    senior operations engineer is who reported to you?

8:30AM 7    A.   He really was our main liaison with the other drilling

8:31AM 8    engineers.  Every rig is different in some way or fashion, and

8:31AM 9    he would be sort of the *Deepwater Horizon* representative

8:31AM 10   whenever they were doing the design process for the wells, for

8:31AM 11   the whole BTB process.

8:31AM 12   Q.   How long had you worked with Mr. Cocales?

8:31AM 13   A.   A couple years.

8:31AM 14   Q.   Okay.  And how would you describe your relationship with

8:31AM 15   Mr. Cocales?

8:31AM 16   A.   It was very good.

8:31AM 17   Q.   Okay.  And then going up, again, this is the operations

8:31AM 18   side of the Macondo wells team; is that correct?

8:31AM 19   A.   Yes.

8:31AM 20   Q.   By "this," I mean on the left-hand side.

8:31AM 21   A.   Yes.

8:31AM 22   Q.   All right.  And then you reported to Mr. Sims, who was the

8:31AM 23   D & C operations manager for explosion and appraisal; correct?

8:31AM 24   A.   That's right.

8:31AM 25   Q.   All right.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:31AM  1          How long had you worked with Mr. Sims?

8:31AM  2   A.   I first started working -- I actually started working for

8:32AM  3   Mr. Sims in September of 2007.

8:32AM  4   Q.   Okay.  And how long have you known Mr. Sims?

8:32AM  5   A.   Since 1997.

8:32AM  6   Q.   And you said you worked for him in September of 2007.  In

8:32AM  7   what capacity did you work for him?

8:32AM  8   A.   Whenever I joined the *Deepwater Horizon* team, the names

8:32AM  9   were different, but he was what was called the wells program

8:32AM 10   manager and I was a drilling superintendent.

8:32AM 11   Q.   Okay.  And then did Mr. Sims subsequently move to a

8:32AM 12   different role and then come back to being your boss here as

8:32AM 13   the operations manager?

8:32AM 14   A.   That's correct.

8:32AM 15   Q.   How would you describe your relationship with Mr. Sims?

8:32AM 16   A.   It was very good.  He was my friend.

8:32AM 17   Q.   Okay.  So you had a friendship with Mr. Sims as well as

8:32AM 18   him being your boss?

8:32AM 19   A.   Yes.  We were friends.

8:32AM 20   Q.   Okay.  Now, Mr. Kaluza is one of the well site leaders

8:32AM 21   that is not on this list but was on the *Deepwater Horizon* on

8:33AM 22   the evening of the incident; correct?

8:33AM 23   A.   That's correct.

8:33AM 24   Q.   Okay.  Had you known Mr. Kaluza prior to him going to the

8:33AM 25   *Deepwater Horizon*?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:33AM 1   A.   Well, I knew of him.

8:33AM 2   Q.   Had he ever worked with you?

8:33AM 3   A.   No.

8:33AM 4   Q.   And then Mr. Lambert, he was the well site leader trainee

8:33AM 5   which the Court heard from -- who the Court heard from last

8:33AM 6   week.  He was on the rig on the evening of the 20th as well;

8:33AM 7   correct?

8:33AM 8   A.   Yes.

8:33AM 9   Q.   And can you tell us how you knew of Mr. Lambert?

8:33AM 10  A.   He was -- he was part of the Well Site Leader of the

8:33AM 11  Future Program, and he was assigned.  They -- you know, they --

8:33AM 12  I knew the guy that ran the program.  His name was

8:33AM 13  Martin Breazeale and he assigned the Well Site Leaders of the

8:33AM 14  Future to different operations.

8:33AM 15  Q.   And so he was then assigned to the *Deepwater Horizon* and

8:33AM 16  to your team?

8:33AM 17  A.   Yes.

8:33AM 18  Q.   Now, we've covered some of the folks on the operations

8:34AM 19  side here of the Macondo well team.  I'd like to now go to some

8:34AM 20  of the engineering folks.  And was this the drilling

8:34AM 21  engineering team who was assigned as to the Macondo well?

8:34AM 22  A.   Yes.

8:34AM 23  Q.   Now, your -- when did your team, the *Deepwater Horizon*

8:34AM 24  team, join the operations at the Macondo well?

8:34AM 25  A.   The *Marianas* actually -- I'm sorry, the Transocean

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:34AM 1   *Marianas* rig started the well.  And then we -- we joined it in

8:34AM 2   February of 2010 at a certain casing point.

8:34AM 3   Q.   Now, that's the operations team.

8:34AM 4        The engineering team, do you know when they joined

8:34AM 5   the Macondo wells team?

8:34AM 6   A.   Yes.  They actually -- these folks actually planned the

8:34AM 7   well that the *Marianas* started.  So they would have started

8:34AM 8   in -- on Macondo in February of 2009, February/March of 2009.

8:35AM 9   Q.   So while the operations team changed out, the drilling

8:35AM 10  engineering team remained with the Macondo well from the

8:35AM 11  beginning through April 20th; is that accurate?

8:35AM 12  A.   That's correct.

8:35AM 13  Q.   Okay.  And is that typical for a well; that is, the

8:35AM 14  engineering team remains with the well even if the rig team, if

8:35AM 15  you will, changes out?

8:35AM 16  A.   That's correct.

8:35AM 17  Q.   Why is that?

8:35AM 18  A.   It's for continuity.

8:35AM 19  Q.   Okay.  Let's talk about some of the folks here on the

8:35AM 20  engineering team.  Let's start first with Mr. Hafle.

8:35AM 21       Was he the senior drilling engineer for the Macondo

8:35AM 22  project?

8:35AM 23  A.   Yes.

8:35AM 24  Q.   Do you know Mr. Hafle prior to Macondo?

8:35AM 25  A.   I did.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:35AM | 1 | **Q.**   Tell us how you knew Mr. Hafle. |
| 8:35AM | 2 | **A.**   He was one of the engineers in the E & A group, a very |
| 8:35AM | 3 | good engineer.  And I drilled -- we drilled a well called |
| 8:35AM | 4 | Puma -- |
| 8:35AM | 5 | **Q.**   Do you know how long -- I'm sorry.  Go ahead.  I didn't |
| 8:35AM | 6 | mean to interrupt you. |
| 8:35AM | 7 | **A.**   (No audible response.) |
| 8:36AM | 8 | **Q.**   Do you know approximately how long Mr. Hafle had been a |
| 8:36AM | 9 | drilling engineer? |
| 8:36AM | 10 | **A.**   20 years or so. |
| 8:36AM | 11 | **Q.**   And then Mr. Morel was also a drilling engineer assigned |
| 8:36AM | 12 | to this project? |
| 8:36AM | 13 | **A.**   Yes. |
| 8:36AM | 14 | **Q.**   Did you know Brian? |
| 8:36AM | 15 | **A.**   I did. |
| 8:36AM | 16 | **Q.**   Tell us how you knew Brian. |
| 8:36AM | 17 | **A.**   Brian started in the -- as a trainee engineer, which was |
| 8:36AM | 18 | called the Challenge Engineering program.  When I was the |
| 8:36AM | 19 | drilling superintendent for Mad Dog, he was assigned to our |
| 8:36AM | 20 | group. |
| 8:36AM | 21 | **Q.**   And so you had worked with Mr. Morel back when he started |
| 8:36AM | 22 | the Challenger program? |
| 8:36AM | 23 | **A.**   Yes, I did. |
| 8:36AM | 24 | **Q.**   What is the Challenger program? |
| 8:36AM | 25 | **A.**   It's a regimented program that lasts three years where you |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:36AM | 1 | go through certain specific development modules that you have |
| 8:36AM | 2 | to actually take tests and pass.  And then once you -- once you |
| 8:36AM | 3 | do all the training and pass all the modules, then you would be |
| 8:36AM | 4 | classified as a regular engineer. |
| 8:36AM | 5 | Q.   So it's a training program where you go through different |
| 8:36AM | 6 | training steps before you become a regular drilling engineer; |
| 8:37AM | 7 | is that accurate? |
| 8:37AM | 8 | A.   Yes, that's correct. |
| 8:37AM | 9 | Q.   And by the time Mr. Morel worked on the Macondo project, |
| 8:37AM | 10 | had he finished or completed that Challenger program? |
| 8:37AM | 11 | A.   Yes, he did. |
| 8:37AM | 12 | Q.   Now, Mr. Hafle and Mr. Morel reported up to Greg Walz, who |
| 8:37AM | 13 | was the drilling engineering team leader; correct? |
| 8:37AM | 14 | A.   That's correct. |
| 8:37AM | 15 | Q.   First of all, tell us, did you know Mr. Walz? |
| 8:37AM | 16 | A.   Yes. |
| 8:37AM | 17 | Q.   Okay.  How long had Mr. Walz been with this team? |
| 8:37AM | 18 | A.   Since March of 2010. |
| 8:37AM | 19 | Q.   Okay.  So Mr. Walz was relatively new to this team? |
| 8:37AM | 20 | A.   Yes. |
| 8:37AM | 21 | Q.   Okay.  Did you know Mr. Walz prior to him joining the |
| 8:37AM | 22 | Macondo team? |
| 8:37AM | 23 | A.   Yes.  I knew -- I met Greg in 2000. |
| 8:37AM | 24 | Q.   Had you ever worked with him prior to the Macondo team? |
| 8:37AM | 25 | A.   No. |

ALEXANDER JOHN GUIDE - DIRECT

8:37AM   1   Q.   Now, you've described the various members of this team --
8:37AM   2   I'm sorry, we skipped Mr. Sprague.  He's the drilling
8:37AM   3   engineering manager.  Can you tell us what Mr. Sprague's
8:38AM   4   responsibilities would have been as the drilling engineering
8:38AM   5   manager?
8:38AM   6   A.   So there were various groups in the Gulf of Mexico that
8:38AM   7   had drilling engineering team leaders, like there was
8:38AM   8   Thunder Horse, Atlantis, different developments.  And then
8:38AM   9   E & A was another one.  Mr. Sprague was in charge of drilling
8:38AM  10   engineering for all the groups.  So he was -- so, in essence,
8:38AM  11   he was the head drilling engineer for BP in the Gulf of Mexico.
8:38AM  12   Q.   Okay.  And then they all reported up to Mr. O'Bryan;
8:38AM  13   correct?
8:38AM  14   A.   Yes.
8:38AM  15   Q.   And then Mr. O'Bryan would have reported up to the
8:38AM  16   strategic performance unit leader, who at the time was
8:38AM  17   Mr. James Dupree; correct?
8:38AM  18   A.   That's correct.
8:38AM  19   Q.   All right.  Now, based on years of experience that you had
8:38AM  20   with a variety of these team member, how would you describe the
8:38AM  21   drilling engineers' and the well site leaders' attitude towards
8:38AM  22   safety?
8:39AM  23   A.   It was a top priority.
8:39AM  24   Q.   Okay.  And what gave you the impression that safety was
8:39AM  25   their top priority?

ALEXANDER JOHN GUIDE - DIRECT

8:39AM  1   **A.**   It was instilled in everybody.  It was an obvious thing

8:39AM  2   that safety was the utmost importance.  Plus, it was -- it was

8:39AM  3   just part of the process.  The processes that we had in place

8:39AM  4   always took safety into account.

8:39AM  5   **Q.**   Did any of their actions at any time that you worked with

8:39AM  6   them -- with any of them indicate to you that they were

8:39AM  7   indifferent to the consequences of their actions?

8:39AM  8   **A.**   No.

8:39AM  9   **Q.**   Did any of them ever give you the impression that they

8:39AM  10  were not concerned about the safety and well being of

8:39AM  11  themselves as well as the others who were associated with this

8:39AM  12  project?

8:39AM  13  **A.**   No.

8:39AM  14  **Q.**   We've talked about the BP team that worked on the Macondo

8:39AM  15  well.  Now I'd like to ask you a little bit about the

8:39AM  16  Transocean team that worked on the Macondo well.

8:39AM  17      Did you have an opportunity to interact with

8:40AM  18  Transocean's crew who worked on the Macondo well once the

8:40AM  19  *Deepwater Horizon* arrived in late January or early February of

8:40AM  20  2010?

8:40AM  21  **A.**   I did.

8:40AM  22  **Q.**   Okay.  And did you know that crew from your prior

8:40AM  23  involvement with them the three years that you had been the

8:40AM  24  drilling superintendent or wells team leader for that team?

8:40AM  25  **A.**   I did.

ALEXANDER JOHN GUIDE - DIRECT

8:40AM  1   **Q.**   And did you have confidence in the Transocean personnel

8:40AM  2   who were assigned to the *Deepwater Horizon*?

8:40AM  3   **A.**   I thought they were the best in the business.

8:40AM  4   **Q.**   Did you also have an opportunity to interact with the

8:40AM  5   leadership team of that crew; that is, the folks that worked

8:40AM  6   onshore?

8:40AM  7   **A.**   Yes.

8:40AM  8   **Q.**   That would include Mr. Johnson, Mr. Winslow, and others?

8:40AM  9   **A.**   Yes.

8:40AM  10  **Q.**   And did you have confidence in Transocean's leadership

8:40AM  11  team?

8:40AM  12  **A.**   Absolutely.

8:40AM  13  **Q.**   Did you believe that Transocean's personnel, both onshore

8:40AM  14  and the crew that worked on the *Deepwater Horizon*, cared about

8:40AM  15  safety?

8:40AM  16  **A.**   Yes.

8:41AM  17  **Q.**   And did you believe that they, too, cared about the

8:41AM  18  consequences of their actions?

8:41AM  19  **A.**   Yes.

8:41AM  20  **Q.**   You said that you were assigned to the *Deepwater Horizon*

8:41AM  21  for approximately three years.  I want to talk about some of

8:41AM  22  the accomplishments that were achieved while you were the wells

8:41AM  23  team leader for the *Deepwater Horizon*.

8:41AM  24         First of all, approximately how many wells had you

8:41AM  25  drilled as the drilling superintendent on the *Deepwater Horizon*

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:41AM | 1 | in those three years? |
| 8:41AM | 2 | A.   Seven or eight. |
| 8:41AM | 3 | Q.   Okay. |
| 8:41AM | 4 | MS. KARIS:   And if we can pull up D-4341, please. |
| 8:41AM | 5 | BY MS. KARIS: |
| 8:41AM | 6 | Q.   We have a chart here of all the various wells that the |
| 8:41AM | 7 | *Deepwater Horizon* built while it was working while it was |
| 8:41AM | 8 | leased to BP.  And I understand you came in here late 2007; is |
| 8:41AM | 9 | that correct? |
| 8:41AM | 10 | A.   Yes.  It would have been at the Cortez Bank, which is |
| 8:42AM | 11 | KC 244. |
| 8:42AM | 12 | Q.   And at the bottom here, we have the various numbers.  And |
| 8:42AM | 13 | I know they're a little difficult to read. |
| 8:42AM | 14 | A.   Yes.  Right here. |
| 8:42AM | 15 | Q.   Great. |
| 8:42AM | 16 | And so all the wells from KC 244 forward to the end |
| 8:42AM | 17 | of 2010 were wells that were drilled with you as the drilling |
| 8:42AM | 18 | superintendent? |
| 8:42AM | 19 | A.   That's correct. |
| 8:42AM | 20 | Q.   And these were all deepwater wells, as we can see from the |
| 8:42AM | 21 | depth there; correct? |
| 8:42AM | 22 | A.   Yes. |
| 8:42AM | 23 | Q.   And one of them included, of course, the Tiber well which |
| 8:42AM | 24 | the Court has heard a little bit about.  What was the total |
| 8:42AM | 25 | depth of the Tiber well? |

OFFICIAL TRANSCRIPT

8:42AM 1   **A.**    35,050 feet.

8:42AM 2   **Q.**    Was that a record at the time that that well was drilled?

8:42AM 3   **A.**    It was the deepest oil and gas well ever drilled in the

8:42AM 4   world.

8:42AM 5   **Q.**    And you were the drilling superintendent for that, or the

8:42AM 6   wells team leader at the time?

8:42AM 7   **A.**    Yes.

8:42AM 8   **Q.**    And then the Kodiak well is also listed here, 28,760 feet?

8:42AM 9   **A.**    Yes.

8:42AM 10  **Q.**    You were the drilling superintendent for that?

8:42AM 11  **A.**    Yes.

8:42AM 12  **Q.**    Were each and every one of those wells drilled

8:43AM 13  successfully?

8:43AM 14  **A.**    Yes.

8:43AM 15  **Q.**    There's been some testimony in this case about the

8:43AM 16  relationship of team members as well -- the BP team members as

8:43AM 17  well as the Transocean team members.  And I want to ask you

8:43AM 18  first, did you have regular occasion to interact with

8:43AM 19  Transocean where they would express to you the dealings that

8:43AM 20  were taking place on the rig and then you would express to them

8:43AM 21  any issues or concerns you had with them?

8:43AM 22  **A.**    Yes.

8:43AM 23  **Q.**    And did that include, of course, from time to time

8:43AM 24  identifying areas where you believed there could be

8:43AM 25  improvements?

ALEXANDER JOHN GUIDE - DIRECT

8:43AM   1   **A.**   Oh, yes.

8:43AM   2   **Q.**   And did that also include recognition of accomplishments

8:43AM   3   that the teams were making as they continued to work together?

8:43AM   4   **A.**   Yes.

8:43AM   5           **MS. KARIS:**  We can now pull up TREX-4095.1.2, please.

8:44AM   6   **BY MS. KARIS:**

8:44AM   7   **Q.**   We were talking about the accomplishments and we'll walk

8:44AM   8   through this quickly.  Was this -- which is an e-mail from

8:44AM   9   Mr. Little dated June 18th of 2009 to a number of individuals

8:44AM  10   at BP, Mr. Lacy, Mr. Thierens, Mr. Rainey, Mr. Thorseth and

8:44AM  11   Mr. Leary and then with a carbon copy to you, and the subject

8:44AM  12   is the Tiber performance.

8:44AM  13           And Mr.-- was Mr. Little your boss at the time?

8:44AM  14   **A.**   Yes, he was.

8:44AM  15   **Q.**   All right.  And so he was Mr. Sims' predecessor?

8:44AM  16   **A.**   Yes.

8:44AM  17   **Q.**   It says:  "Just to let you know that the Tiber well

8:44AM  18   through the Paleo" --

8:44AM  19           Is that "-cene"?

8:44AM  20   **A.**   Yeah, Paleocene.

8:44AM  21   **Q.**   -- "-cene has been delivered at Top Quartile performance."

8:44AM  22           What does that mean?

8:44AM  23   **A.**   The industry in whole keeps track of several matrix, and

8:44AM  24   its data that's shared through all the companies, and it's

8:45AM  25   broken into, you know, the four quarters of performance.  And

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:45AM | 1 | this well was actually in the top, the top quartile. |
| 8:45AM | 2 | **Q.**    Okay.  And if we can now look at further up in the e-mail, |
| 8:45AM | 3 | 4095.1.3.  Again, part of the same string. |
| 8:45AM | 4 | And then Mr. Thierens, who we've heard some about |
| 8:45AM | 5 | says:  "This is an outstanding performance, great work. |
| 8:45AM | 6 | Sincere thanks to all." |
| 8:45AM | 7 | Did you share Mr. Thierens' sentiments that this was |
| 8:45AM | 8 | an outstanding performance and great work by this team? |
| 8:45AM | 9 | **A.**    Yes. |
| 8:45AM | 10 | **Q.**    And then Mr. Burns writes:  "Nice work, guys.  Business as |
| 8:45AM | 11 | usual for the *Horizon* A team." |
| 8:45AM | 12 | Is that the team that you were leading at the time? |
| 8:45AM | 13 | **A.**    Yes. |
| 8:45AM | 14 | **Q.**    Now, in addition to accomplishments at the Tiber well, did |
| 8:45AM | 15 | the *Deepwater Horizon* continue to have an outstanding |
| 8:45AM | 16 | performance record, both safety as well as drilling performance |
| 8:46AM | 17 | record? |
| 8:46AM | 18 | **A.**    Yes. |
| 8:46AM | 19 | **MS. KARIS:**  And if we could now look at |
| 8:46AM | 20 | TREX-51350.2.3, please. |
| 8:46AM | 21 | **BY MS. KARIS:** |
| 8:46AM | 22 | **Q.**    We've heard some about Mr. Johnson.  Is Mr. Johnson your |
| 8:46AM | 23 | counterpart at Transocean? |
| 8:46AM | 24 | **A.**    Yes, he was. |
| 8:46AM | 25 | **Q.**    Is he the person you interacted with on a daily basis? |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:46AM 1  **A.**   Yes.

8:46AM 2  **Q.**   Okay.  And Mr. Johnson sent an e-mail to a number of

8:46AM 3  individuals, including you, and that's not highlighted there.

8:46AM 4  And what's the date of this e-mail?

8:46AM 5  **A.**   April 2nd, 2010.

8:46AM 6  **Q.**   So you received this e-mail just a couple weeks before

8:46AM 7  this incident; correct?

8:46AM 8  **A.**   Yes.

8:46AM 9  **Q.**   And the subject is *"Deepwater Horizon*, one year recordable

8:46AM 10  free."  Tell us what this e-mail was about.

8:46AM 11  **A.**   The industry as well as BP keeps track of injuries, and

8:46AM 12  depending on the severity of the injury, some of them need to

8:47AM 13  be recorded and reported.  And he was just bringing out the

8:47AM 14  point that the *Horizon* had gone one year without having any

8:47AM 15  type of incident.

8:47AM 16  **Q.**   And he writes and he says:  "Please pass on my

8:47AM 17  congratulations and admiration to the entire *Deepwater Horizon*

8:47AM 18  team."

8:47AM 19       And that entire *Deepwater Horizon* team would have

8:47AM 20  included yourself; correct?

8:47AM 21  **A.**   That's correct.

8:47AM 22  **Q.**   Okay.  And did you share Mr. Johnson's sentiment that the

8:47AM 23  entire team deserved congratulations and then admiration for

8:47AM 24  achieving this accomplishment of one year, recordable free

8:47AM 25  injuries?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:47AM  1    **A.**   Yes, I did.

8:47AM  2    **Q.**   And he goes on to say that "reaching the milestone of

8:47AM  3    working one year recordable free is a great achievement and

8:47AM  4    something we should all feel proud of."

8:47AM  5              Were you proud of that accomplishment?

8:47AM  6    **A.**   I was very proud.

8:47AM  7    **Q.**   And it says:  "It takes hard work and commitment from the

8:47AM  8    entire crew, and I would like to say thank you."

8:48AM  9              Finally, it closes by saying:  "Let's take one day at

8:48AM  10   a time, utilize with total commitment and passion all of our

8:48AM  11   safety tools and begin our quest of working two years

8:48AM  12   recordable injury free."

8:48AM  13             Did you agree with that statement?

8:48AM  14   **A.**   Absolutely.

8:48AM  15   **Q.**   Do you believe that you were managing the team that

8:48AM  16   reported to you in a way that was consistent with Mr. Johnson's

8:48AM  17   goal there, a request of working two years injury-free?

8:48AM  18   **A.**   I did.

8:48AM  19   **Q.**   At any time did anybody from Transocean, Halliburton, or

8:48AM  20   any of the other contractors that we saw listed earlier,

8:48AM  21   indicate to you that they did not believe that BP shared the

8:48AM  22   commitment and passion for safety?

8:48AM  23   **A.**   No.

8:48AM  24   **Q.**   Did anybody at any time, from any of the contractors that

8:48AM  25   you worked with as part of this team, ever indicate to you that

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:48AM | 1 | they believed BP was pushing them too hard or demanding too |
| 8:48AM | 2 | much of them? |
| 8:48AM | 3 | **A.** No. |
| 8:48AM | 4 | **Q.** At any time did anybody from any other contractors |
| 8:49AM | 5 | indicate to you they thought -- that they thought you, as the |
| 8:49AM | 6 | well team leader, was not managing the team in a way that was |
| 8:49AM | 7 | consistent with the goal of safety being the number-one |
| 8:49AM | 8 | priority? |
| 8:49AM | 9 | **A.** No. |
| 8:49AM | 10 | **Q.** Do you believe that you were managing your team consistent |
| 8:49AM | 11 | with the goal of safety being the number-one priority? |
| 8:49AM | 12 | **A.** Yes, I did. |
| 8:49AM | 13 | **Q.** Now, in addition to this accomplishment that Mr. Johnson |
| 8:49AM | 14 | notes, did you also have other safety performance milestones |
| 8:49AM | 15 | that were achieved with the *Deepwater Horizon* under your |
| 8:49AM | 16 | tenure? |
| 8:49AM | 17 | **A.** Yes. |
| 8:49AM | 18 | **Q.** Can you describe some of those for the Court. |
| 8:49AM | 19 | **A.** Well, the biggest accomplishment by far was reaching seven |
| 8:49AM | 20 | years without a day away from work case. |
| 8:49AM | 21 | **Q.** And what does that mean, "seven years without a day away |
| 8:49AM | 22 | from work case"? |
| 8:49AM | 23 | **A.** A day away from work case would be where someone got |
| 8:50AM | 24 | injured to the point where they actually would have to miss |
| 8:50AM | 25 | work.  And we had just got to the seven years in a row without |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:50AM | 1 | having such an incident. |
| 8:50AM | 2 | **Q.**   And was that quite an accomplishment, in your opinion, |
| 8:50AM | 3 | having been in the industry for 30-plus years? |
| 8:50AM | 4 | **A.**   Yes, it was. |
| 8:50AM | 5 | **Q.**   Did you also receive any awards from the MMS for the |
| 8:50AM | 6 | performance of the *Deepwater Horizon*'s team? |
| 8:50AM | 7 | **A.**   Yes.  The *Horizon* won an award when it was drilling |
| 8:50AM | 8 | Atlantis, the Safe Rig of the Year award.  And we were also up |
| 8:50AM | 9 | for Safe Rig of the Year award in Lake Charles district for |
| 8:50AM | 10 | 2009. |
| 8:50AM | 11 | **Q.**   While you were the drilling superintendent or well team |
| 8:50AM | 12 | leader, did any of the other rigs that you were in charge of |
| 8:50AM | 13 | also get recognized for the accomplishments of those rigs under |
| 8:50AM | 14 | your leadership? |
| 8:50AM | 15 | **A.**   When I was the Mad Dog drilling superintendent, the |
| 8:50AM | 16 | Mad Dog rig won the Safe Rig of the Year award in the Houma |
| 8:50AM | 17 | district one year and came in second the second year. |
| 8:51AM | 18 | **Q.**   And so all of those accomplishments were while you were |
| 8:51AM | 19 | acting as the wells team leader for BP, managing the well site |
| 8:51AM | 20 | leaders who were on those rigs; is that correct? |
| 8:51AM | 21 | **A.**   That's correct. |
| 8:51AM | 22 | **Q.**   All right.  Let's change subjects. |
| 8:51AM | 23 | There's been a lot of discussion in this case about |
| 8:51AM | 24 | OMS and its application to the *Deepwater Horizon*, and I promise |
| 8:51AM | 25 | you we're not going to go through all of that again.  But I do |

ALEXANDER JOHN GUIDE - DIRECT

8:51AM  1    want to ask you just a few questions on this subject.

8:51AM  2              As the wells team leader for BP, what was your

8:51AM  3    understanding for how BP's safety management system applied to

8:51AM  4    the *Deepwater Horizon*?

8:51AM  5    A.    We had a bridging document with Transocean's SMS, their

8:51AM  6    safety management system, and our OMS system.  So there was a

8:51AM  7    bridging document between the two, and it was in the contract.

8:51AM  8    That was the main -- the main connection.

8:51AM  9    Q.    So through the bridging document, OMS supplied the

8:52AM  10   Transocean safety management system?

8:52AM  11   A.    Yes.

8:52AM  12   Q.    And that was for the operations on the rig offshore;

8:52AM  13   correct?

8:52AM  14   A.    That's correct.

8:52AM  15   Q.    There has been an assertion in this case and, in fact, a

8:52AM  16   question asked to Mr. Newman, whether there was any safety

8:52AM  17   management system, then, that applied to the folks that worked

8:52AM  18   onshore.  You were one of the wells team members who worked

8:52AM  19   onshore in connection with these operations; correct?

8:52AM  20   A.    That's correct.

8:52AM  21   Q.    Was there a safety management system that applied to you

8:52AM  22   and the rest of the drilling team who worked onshore?

8:52AM  23   A.    Yes.

8:52AM  24   Q.    What safety management system is that?

8:52AM  25   A.    Well, it all fell under the umbrella of OMS, but the

ALEXANDER JOHN GUIDE - DIRECT

8:52AM 1   specific programs were the drilling engineering was -- it's

8:52AM 2   called "BTB common process," beyond the best common process.

8:52AM 3   That was their main management system.

8:53AM 4          And then on the operations side, and it all tied

8:53AM 5   together, was called "DWOP."  It was the drilling wells

8:53AM 6   operating practices.

8:53AM 7   Q.   And so between beyond the best, BTB, as you referenced it,

8:53AM 8   DWOP, drilling wells operations practices, was there something

8:53AM 9   also called ETPs, or engineering technical practices?

8:53AM 10  A.   Yes.  So then as part of the BTB process, then when you

8:53AM 11  get into the weeds, so to speak, you then have ETPs, which are

8:53AM 12  engineering technical practices.  You have GPs, which are group

8:53AM 13  practices.  You have site-specific practices.  And we actually

8:53AM 14  had a -- it was called the "OMS library."  And so you could

8:53AM 15  actually go onto this Web site and have access to all the

8:53AM 16  various processes and procedures and practices.

8:53AM 17  Q.   Okay.  It's been suggested that ETPs did not apply to

8:54AM 18  drilling.  Is that accurate?

8:54AM 19  A.   No.

8:54AM 20  Q.   And likewise, is it accurate to say that there was no

8:54AM 21  safety management that applied to the work that you were doing

8:54AM 22  in connection with this well?

8:54AM 23  A.   No.  We had a very rigorous safety management system.

8:54AM 24  Q.   That's all we're going to do on OMS.  Let's talk about

8:54AM 25  something different now.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:54AM  1        Under the Transocean safety management system that
8:54AM  2   applied to the operations on the rig and then the OMS safety
8:54AM  3   management system that applied to the engineering or onshore
8:54AM  4   operations, did you use those programs in order to improve the
8:54AM  5   safety performance of the team that worked with you as well as
8:54AM  6   those that you reported to?
8:54AM  7   A.   Yes.
8:54AM  8   Q.   Okay.  Let's step back, and can you tell the Court, when
8:55AM  9   you say that you believed that your team shared the importance
8:55AM 10   of safety, what did you do or what programs were you involved
8:55AM 11   in through BP that you felt improved the safety of the
8:55AM 12   operations for onshore as well as offshore operations?
8:55AM 13   A.   I thought the most effective one that we used was called
8:55AM 14   SOC, which was safety observation conversation.  Do you want me
8:55AM 15   to explain?
8:55AM 16   Q.   Well, just list them first, and then we'll go through
8:55AM 17   them.
8:55AM 18   A.   Okay.  SOCs, safety observation conversations.  We had
8:55AM 19   Stop the Job, was one.  And so was Pulse Check surveys.
8:55AM 20   Q.   Did you also have something called "safety standdowns"?
8:55AM 21   A.   Yes.  Yes, we did.
8:55AM 22   Q.   We're going to talk briefly about each of those.  The
8:55AM 23   first one that you listed was SOCs, safety observation
8:55AM 24   conversations?
8:55AM 25   A.   Yes.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

8:55AM 1    **Q.**   Was this a program initiated by BP?

8:55AM 2    **A.**   Yes.

8:56AM 3    **Q.**   Okay.  Tell us how safety observation conversations

8:56AM 4    worked.

8:56AM 5    **A.**   So this could apply to anyone, but for myself, when I

8:56AM 6    would go to the rig, you would walk around and observe people

8:56AM 7    performing a task.  And if you -- you know, once the task was

8:56AM 8    finished, you would have a conversation with them.  And if they

8:56AM 9    were performing the task safely, then, you know, you would

8:56AM 10   discuss with them and say, you know, "Yes, I watched what you

8:56AM 11   were doing.  You were doing it right, you know.  Thank you."

8:56AM 12          But on the other hand, if you saw something that you

8:56AM 13   didn't think was safe, if you had to stop the job, you would.

8:56AM 14   But let's just say you didn't.  Then you would discuss with

8:56AM 15   them after, okay, so, you know, "You really weren't doing this

8:56AM 16   right.  Do you know why?  Do you want me to explain?"  And

8:56AM 17   stuff like that.

8:56AM 18   **Q.**   Okay.  So is it fair to say that it was basically an

8:57AM 19   observation where you would look at behavior and identify what

8:57AM 20   was being done right and then also identify areas for

8:57AM 21   improvement?

8:57AM 22   **A.**   That's correct.

8:57AM 23   **Q.**   Okay.  Did you personally conduct some of these safety

8:57AM 24   observation conversations, SOCs, as you call them?

8:57AM 25   **A.**   Yes, I did.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:57AM | 1 | **Q.**   All right.  There's been suggestion that BP only cared |
| 8:57AM | 2 | about personal safety and not process safety.  Do you agree |
| 8:57AM | 3 | with that observation? |
| 8:57AM | 4 | **A.**   No.  It was -- safety was safety.  It was all one piece. |
| 8:57AM | 5 | **Q.**   And so when you were doing safety observation |
| 8:57AM | 6 | conversations, were you limiting them in any way to just |
| 8:57AM | 7 | personal safety and ignoring process safety concerns? |
| 8:57AM | 8 | **A.**   No. |
| 8:57AM | 9 | **Q.**   You also referenced Safety Pulse Checks.  First, describe |
| 8:57AM | 10 | what is a Safety Pulse Check survey? |
| 8:58AM | 11 | **A.**   We would -- there would be a list of questions we would |
| 8:58AM | 12 | put together on a form, and we would pass out the form to all |
| 8:58AM | 13 | the guys and girls that worked on the rig and ask them to fill |
| 8:58AM | 14 | it out. |
| 8:58AM | 15 | **Q.**   So who participated in these?  The folks that worked on |
| 8:58AM | 16 | the rig? |
| 8:58AM | 17 | **A.**   Yes. |
| 8:58AM | 18 | **Q.**   How often are Safety Pulse Checks given? |
| 8:58AM | 19 | **A.**   They were about once a year. |
| 8:58AM | 20 | **Q.**   And were Safety Pulse Checks something that began when |
| 8:58AM | 21 | Mr. Neil Shaw was the strategic performance unit leader in the |
| 8:58AM | 22 | Gulf of Mexico? |
| 8:58AM | 23 | **A.**   Yes. |
| 8:58AM | 24 | **Q.**   Why were Safety Pulse Checks being conducted? |
| 8:58AM | 25 | **A.**   Well, we wanted to know what the people who were doing the |

ALEXANDER JOHN GUIDE - DIRECT

8:58AM   1   work, how they felt.  Did they -- you know, did they -- and

8:58AM   2   also to get their feedback.  You know, it was really about what

8:58AM   3   things are working good and what things aren't.  Just trying to

8:58AM   4   get their input.

8:58AM   5   Q.   And then did you, as the wells team leader, review the

8:59AM   6   results of those Safety Pulse Checks?

8:59AM   7   A.   I did.

8:59AM   8   Q.   And did you then pass those results on to your management?

8:59AM   9   A.   Yes.

8:59AM  10        MS. KARIS:  If we could look at TREX-47570-N.1,

8:59AM  11   please.

8:59AM  12   BY MS. KARIS:

8:59AM  13   Q.   This is the Safety Pulse Check - Report & Action Plan for

8:59AM  14   the *Deepwater Horizon* from 2008.  Is this a Safety Pulse Check

8:59AM  15   that you're familiar with?

8:59AM  16   A.   Yes.

8:59AM  17   Q.   And was this administered while you were involved with the

8:59AM  18   *Deepwater Horizon*?

8:59AM  19   A.   Yes, it was.

8:59AM  20   Q.   All right.

8:59AM  21        MS. KARIS:  If we could now look at 47570-N.3.1,

8:59AM  22   which is a page from this program.

9:00AM  23   BY MS. KARIS:

8:59AM  24   Q.   This reports on the Safety Pulse Check positive feedback

8:59AM  25   from team.  And it begins on the top there, which we haven't

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:59AM | 1 | called out by saying:  "Summary of positive feedback received |
| 8:59AM | 2 | from questionnaire and engagement sessions." |
| 9:00AM | 3 | And without going through each of these, can you |
| 9:00AM | 4 | describe for the Court what the positive results were from the |
| 9:00AM | 5 | Safety Pulse Checks that were administered to the |
| 9:00AM | 6 | *Deepwater Horizon*'s crew? |
| 9:00AM | 7 | **A.**   Well, the first one, the strong performance and safety |
| 9:00AM | 8 | culture is embedded, was obviously very, very good to see |
| 9:00AM | 9 | because it meant that all the folks working on the rig |
| 9:00AM | 10 | understood how important it was and they applied it day-to-day. |
| 9:00AM | 11 | Personally, what I thought was very, very good was |
| 9:00AM | 12 | the Stop-the-Job culture. |
| 9:00AM | 13 | **Q.**   Okay.  That says, "stop-the-job culture was noted as very |
| 9:00AM | 14 | strong by all personnel interviewed"; correct? |
| 9:00AM | 15 | **A.**   That's correct. |
| 9:00AM | 16 | **Q.**   And why did you personally think that that was something |
| 9:00AM | 17 | that was very, very good? |
| 9:00AM | 18 | **A.**   Because there's a lot of activity that goes on every day. |
| 9:00AM | 19 | And we -- we really wanted to make sure that everyone knew if |
| 9:01AM | 20 | they saw something, anything, and either they didn't understand |
| 9:01AM | 21 | it or they didn't think it was going like they thought, that |
| 9:01AM | 22 | they had the obligation to stop the job. |
| 9:01AM | 23 | **Q.**   There's a result here for excellent teamwork between |
| 9:01AM | 24 | Transocean, third party, and BP personnel.  Is that consistent |
| 9:01AM | 25 | with your experience with the *Deepwater Horizon* and working |

ALEXANDER JOHN GUIDE - DIRECT

9:01AM  1   with Transocean, as well as other third-party contractors?

9:01AM  2   **A.**   Yes, it was.

9:01AM  3   **Q.**   And was that the feedback that the crew was giving to you,

9:01AM  4   BP, that they felt there was excellent teamwork being

9:01AM  5   conducted?

9:01AM  6   **A.**   Oh, yes.

9:01AM  7   **Q.**   All right.  And then finally, it says, "All rig personnel

9:01AM  8   are very proud of safety and performance history"; correct?

9:01AM  9   **A.**   Yes.

9:01AM  10  **Q.**   Did you ask only about personal safety?

9:01AM  11  **A.**   No, no.

9:01AM  12  **Q.**   Based on your experience and interaction with this crew,

9:01AM  13  are these results consistent with the feedback you were getting

9:01AM  14  from Transocean with respect to BP's performance on the

9:02AM  15  *Deepwater Horizon* and you and your team's performance onshore?

9:02AM  16  **A.**   Yes.  And the third-party folks.

9:02AM  17        **MS. KARIS:**   And quickly and we'll move on to another

9:02AM  18  subject then, D-4350.

9:02AM  19  **BY MS. KARIS:**

9:02AM  20  **Q.**   Does this reflect some of the Safety Pulse Check results

9:02AM  21  from that 2008 report?

9:02AM  22  **A.**   Yes.

9:02AM  23  **Q.**   Okay.  And just to point out a couple here.  "Do you feel

9:02AM  24  you are in control of your own" personal -- "of your own

9:02AM  25  safety," and there's 100 percent responsiveness; correct?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:02AM | 1 | **A.**   Yes. |
| 9:02AM | 2 | **Q.**   What does that indicate when you get 100 percent? |
| 9:02AM | 3 | **A.**   That everyone understands. |
| 9:02AM | 4 | **Q.**   And then there's another one that says:  "Do you feel you |
| 9:02AM | 5 | are given enough time to properly plan the job?" |
| 9:02AM | 6 | What are the results of that? |
| 9:02AM | 7 | **A.**   100 percent. |
| 9:02AM | 8 | **Q.**   Okay.  Were the results that were seen in 2008 consistent |
| 9:03AM | 9 | with the results that you saw then in 2009 and going forward? |
| 9:03AM | 10 | **A.**   Yes, it was. |
| 9:03AM | 11 | **Q.**   We talked about stop-the-job as another program, so we |
| 9:03AM | 12 | won't talk about that one again.  But you also mentioned safety |
| 9:03AM | 13 | standdowns.  Are you familiar with safety standdowns? |
| 9:03AM | 14 | **A.**   Yes. |
| 9:03AM | 15 | **Q.**   What is a safety standdown? |
| 9:03AM | 16 | **A.**   It's when we actually stop the operation on the rig, and |
| 9:03AM | 17 | all that can attend would go into the theater room and we would |
| 9:03AM | 18 | have a safety discussion. |
| 9:03AM | 19 | **Q.**   And so do they take place on the rig, they stop the |
| 9:03AM | 20 | operations and those who can attend come to this meeting where |
| 9:03AM | 21 | you discuss the issues? |
| 9:03AM | 22 | **A.**   Yes. |
| 9:03AM | 23 | **Q.**   How often, in your experience, did safety standdowns stay |
| 9:03AM | 24 | place? |
| 9:03AM | 25 | **A.**   It was probably, average, once a month. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:04AM | 1 | **Q.**   So once a month you would stop the operations to discuss |
| 9:04AM | 2 | something that was identified? |
| 9:04AM | 3 | **A.**   Yes. |
| 9:04AM | 4 | **Q.**   Does BP continue paying the rig rate, the daily rig rate |
| 9:04AM | 5 | of almost $1 million, while the operations are stopped in order |
| 9:04AM | 6 | to have a safety standdown? |
| 9:04AM | 7 | **A.**   Yes. |
| 9:04AM | 8 | **Q.**   Did you ever at any time raise any concerns with |
| 9:04AM | 9 | Transocean to not conduct a safety standdown because of rig |
| 9:04AM | 10 | rates or time or time is money or anything like that? |
| 9:04AM | 11 | **A.**   No. |
| 9:04AM | 12 | **MS. KARIS:**  Let's look at TREX-47461, please.  If we |
| 9:04AM | 13 | can call out the bottom. |
| 9:04AM | 14 | **BY MS. KARIS:** |
| 9:04AM | 15 | **Q.**   Talking about safety standdowns, was there a safety |
| 9:04AM | 16 | standdown on the *Deepwater Horizon* on April 10th of 2010? |
| 9:04AM | 17 | **A.**   Yes, there was. |
| 9:04AM | 18 | **Q.**   So just ten days prior to this incident? |
| 9:04AM | 19 | **A.**   Yes. |
| 9:05AM | 20 | **Q.**   And this incident arises from crane block and dock |
| 9:05AM | 21 | pictures, it says.  It says:  "While the block was lowered into |
| 9:05AM | 22 | the stand, the stand shifted to the left, hitting the |
| 9:05AM | 23 | roustabout in the left leg.  The roustabout reported to the |
| 9:05AM | 24 | medic.  An ice pack was applied for a short period of time." |
| 9:05AM | 25 | As a result of this incident, did you recommend in |

ALEXANDER JOHN GUIDE - DIRECT

9:05AM  1  the top e-mail there to your boss, Mr. Sims, that a safety
9:05AM  2  standdown should be taken?
9:05AM  3  A.   Yes.
9:05AM  4  Q.   And did Mr. Sims support your view to do a safety
9:05AM  5  standdown?
9:05AM  6  A.   Yes, he did.
9:05AM  7       MS. KARIS:   And if we can now look at TREX-47461 --
9:05AM  8  1.3, I'm sorry.
9:05AM  9  BY MS. KARIS:
9:05AM 10  Q.   And is this Mr. Sims' response back to you where you
9:05AM 11  propose a safety standdown, and he says, "John, agree with the
9:05AM 12  standdown.  Happy to take as much time as you think.  2 first
9:05AM 13  aids and 2 drops in 2 weeks is worth a timeout"?
9:06AM 14       So for two first aids and two drops in two weeks,
9:06AM 15  operations were going to stop at BP's expense in order to take
9:06AM 16  a safety standdown; is that accurate?
9:06AM 17  A.   Yes.
9:06AM 18  Q.   And you respond back there and you say:  "You would have
9:06AM 19  shot 64 at Augusta today."
9:06AM 20  A.   Right.
9:06AM 21  Q.   What's that about?
9:06AM 22  A.   Well, Mr. Sims was a very good golfer and we golfed
9:06AM 23  together, and we were both watching the Masters at that time
9:06AM 24  and I was just kidding with him.
9:06AM 25  Q.   Timely, given where we are today.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:06AM | 1 | **A.**   Yes. |
| 9:06AM | 2 | **Q.**   And does that reflect the relationship that you had with |
| 9:06AM | 3 | Mr. Sims? |
| 9:06AM | 4 | **A.**   Yes. |
| 9:06AM | 5 | **Q.**   Now, did you speak with anyone at Transocean after |
| 9:06AM | 6 | recommending the safety standdown? |
| 9:06AM | 7 | **A.**   Yeah.  I talked to Paul Johnson. |
| 9:06AM | 8 | **Q.**   And did Mr. Johnson agree to conduct a safety standdown |
| 9:06AM | 9 | for this incident? |
| 9:06AM | 10 | **A.**   Yes, he did. |
| 9:06AM | 11 | **Q.**   And did it actually occur? |
| 9:06AM | 12 | **A.**   It did. |
| 9:06AM | 13 | **Q.**   Now, we've spoken about some of the programs that you and |
| 9:07AM | 14 | BP put in place that focused on safety.  Were there also |
| 9:07AM | 15 | programs that Transocean had in place that you believed |
| 9:07AM | 16 | emphasized the importance of safety? |
| 9:07AM | 17 | **A.**   They had a very rigorous safety management system. |
| 9:07AM | 18 | **Q.**   Okay.  And can you just list for us some of the things |
| 9:07AM | 19 | that you felt made the operations on the rig safe, in light of |
| 9:07AM | 20 | your interaction with Transocean? |
| 9:07AM | 21 | **A.**   Yes.  The system was called "START," then it was |
| 9:07AM | 22 | "Prompt card," "THINK plan," and then "task-specific THINK |
| 9:07AM | 23 | plan." |
| 9:07AM | 24 | **Q.**   Okay.  We've heard about THINK plan and task-specific, so |
| 9:07AM | 25 | I won't ask you about those, but I'm not sure we've heard about |

ALEXANDER JOHN GUIDE - DIRECT

9:07AM  1   START.  What's the START program?
9:07AM  2   A.   It's a program that was developed actually a long time ago
9:07AM  3   by DuPont, and it's your behavioral-based safety observations
9:07AM  4   where people would observe something good or something not
9:07AM  5   good, and they would just fill out a card and they would submit
9:08AM  6   the card.  And then the rig leadership would examine all the
9:08AM  7   cards to see if there was any trending.
9:08AM  8   Q.   And then what are the Prompt cards that you mentioned?
9:08AM  9   A.   It was something you could put in your pocket.  And it --
9:08AM  10  so before you would start a task -- really, it was a generic,
9:08AM  11  so for any task.  You could just read the lines.  You know, has
9:08AM  12  things been locked out/tagged out.  You know, this, this, this.
9:08AM  13  And you could literally go through and prompt yourself to see
9:08AM  14  if -- is everything ready for you to do this task.
9:08AM  15  Q.   So in addition to the Prompt card, the START cards, and
9:08AM  16  the variety of other program, did you hold meetings with
9:08AM  17  Transocean and its crew in which the focus of the meeting was
9:08AM  18  to discuss safety?
9:08AM  19  A.   Yes.
9:08AM  20  Q.   Okay.  Are you familiar with --
9:08AM  21       MS. KARIS:  Well, let's look at TREX-5965.1.3,
9:09AM  22  please.
9:09AM  23  BY MS. KARIS:
9:09AM  24  Q.   How regularly would you hold meetings in which the focus
9:09AM  25  of the meeting was to discuss safety?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:09AM   1   **A.**   It was probably around every six weeks.

9:09AM   2   **Q.**   And is this an example of one of those meetings?

9:09AM   3   **A.**   Yes.

9:09AM   4   **Q.**   In September of 2009?

9:09AM   5   **A.**   Yes.

9:09AM   6   **Q.**   And this would have been with the *Deepwater Horizon* crew;

9:09AM   7   is that correct?

9:09AM   8   **A.**   Yes.

9:09AM   9   **Q.**   You say there:  "I've been thinking about how to make this

9:09AM  10   meeting worth the time of our field leadership, but first a few

9:09AM  11   administrative issues."

9:09AM  12        And then you go on to say:  "Have an agenda.  It does

9:09AM  13   not have to be set, but rather concentrate on what has happened

9:09AM  14   and upcoming concerns.  Have data (START, SOC, et cetera) that

9:09AM  15   we can share.  What is working, what is not?  How can we help

9:10AM  16   them?"

9:10AM  17        What was this meeting about?

9:10AM  18   **A.**   We would -- Paul Johnson, myself, and Joe Neumeyer here

9:10AM  19   was one of your safety reps in the office.  We would -- you

9:10AM  20   know, we would want to sit down with the leadership on the rig,

9:10AM  21   both the well site leaders, OIM, and senior toolpushers and

9:10AM  22   talk to them about, you know, the status of the safety system,

9:10AM  23   what's working, what's not, how can we help?

9:10AM  24   **Q.**   Okay.  And did you share in these meetings the data that

9:10AM  25   we've been talking about, the START data, the SOC data, and

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:10AM | 1 | other similar data that you would collect? |
| 9:10AM | 2 | **A.**   Yes. |
| 9:10AM | 3 | **Q.**   Now, again, Mr. -- Dr. Bea testified that this e-mail -- |
| 9:10AM | 4 | focusing on this e-mail, he said:  "This is only focused on |
| 9:10AM | 5 | personal safety." |
| 9:10AM | 6 |         Would you agree with that? |
| 9:10AM | 7 | **A.**   No. |
| 9:10AM | 8 | **Q.**   Why not? |
| 9:10AM | 9 | **A.**   We -- we looked at it just as safety, you know, and so |
| 9:10AM | 10 | process safety, personal safety, it was all one thing to us.  I |
| 9:11AM | 11 | mean... |
| 9:11AM | 12 | **Q.**   Did you ever exclude process safety and say, "Process |
| 9:11AM | 13 | safety, loss of well control, that's not part of what our |
| 9:11AM | 14 | concern is"? |
| 9:11AM | 15 | **A.**   No. |
| 9:11AM | 16 | **Q.**   In fact, wasn't the well control piece related to the |
| 9:11AM | 17 | drilling operations and what you were the wells team leader |
| 9:11AM | 18 | for? |
| 9:11AM | 19 | **A.**   Yes. |
| 9:11AM | 20 |         **MS. KARIS:**  Now, if we could pull up TREX-5967.1.4. |
| 9:11AM | 21 | **BY MS. KARIS:** |
| 9:11AM | 22 | **Q.**   We'll walk through this quickly.  Is this an e-mail that |
| 9:11AM | 23 | you sent to Transocean's leadership as well as members of your |
| 9:11AM | 24 | team that referenced these HSE conversations? |
| 9:11AM | 25 | **A.**   Right. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:11AM  1   **Q.**   And you say:  "From the rig side, I would like at least
9:11AM  2   the WSL" -- well site leader -- "OIM" -- offshore installation
9:11AM  3   manager, "captain, and RSTC to attend, more if you wish."
9:12AM  4         What is the RSTC?
9:12AM  5   **A.**   That's the Transocean safety individual on the rig.
9:12AM  6   **Q.**   Okay.  And then you set out what's going to be discussed,
9:12AM  7   the "current state of overall rig HSE.  What's working?
9:12AM  8   What's not working?  Suggestions for improvement.  Plan going
9:12AM  9   forward."
9:12AM  10        Was it common for you to have these types of
9:12AM  11  meetings?
9:12AM  12  **A.**   Yes.
9:12AM  13  **Q.**   Okay.  And do you recall specifically coming out of this
9:12AM  14  meeting any examples of what was discussed and raised for ways
9:12AM  15  to improve going forward?
9:12AM  16  **A.**   Yes.  Well, we always -- the goal was zero incidents of
9:12AM  17  any manner, and the one thing that was clear here is we really
9:12AM  18  wanted to get back to some of the basics.  And it was actually
9:12AM  19  Paul Johnson who put together what was called a "Stop and
9:13AM  20  Think."  That was an initiative that we wanted to put forth.
9:13AM  21  **Q.**   Was there also something called "Leadership Engagement"
9:13AM  22  separate from these HSE meetings?
9:13AM  23  **A.**   Yes.
9:13AM  24  **Q.**   Can you describe for the Court what a
9:13AM  25  Leadership Engagement is.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:13AM | 1 | A.   It's when the -- |
| 9:13AM | 2 | MS. KARIS:  We can take this down. |
| 9:13AM | 3 | THE WITNESS:  It's when the actual leadership on the |
| 9:13AM | 4 | rig and the office, we would get together and discuss the |
| 9:13AM | 5 | safety issues. |
| 9:13AM | 6 | BY MS. KARIS: |
| 9:13AM | 7 | Q.   Okay.  And do you recall participating in Houma, something |
| 9:13AM | 8 | called Houma Week Leadership Engagement? |
| 9:13AM | 9 | A.   Yes. |
| 9:13AM | 10 | Q.   In 2010? |
| 9:13AM | 11 | A.   Yes. |
| 9:13AM | 12 | MS. KARIS:  Okay.  And if we can look at trial |
| 9:13AM | 13 | exhibit -- I'm sorry, 8093.1.5. |
| 9:13AM | 14 | BY MS. KARIS: |
| 9:13AM | 15 | Q.   Is this a summary of the objectives from the DW Wells |
| 9:14AM | 16 | Leadership Houma Engagement -- I'm sorry, Leadership Houma |
| 9:14AM | 17 | Leadership Engagement held on March 29th, 30th, and 31st, three |
| 9:14AM | 18 | days, in 2010? |
| 9:14AM | 19 | A.   Yes, it is. |
| 9:14AM | 20 | Q.   Okay.  And what were some of the objectives for this |
| 9:14AM | 21 | meeting that was going to be held over a three-day period in |
| 9:14AM | 22 | Houma? |
| 9:14AM | 23 | A.   You know, really, the thing is, get -- you know, what's on |
| 9:14AM | 24 | the guys' minds, how can we make it better, listen to what |
| 9:14AM | 25 | their ideas are. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:14AM   1   **Q.**   And it says there:  "What will make a difference in safety

9:14AM   2   performance?"

9:14AM   3   **A.**   Yes.

9:14AM   4   **Q.**   Is that always a subject for these Leadership Engagements,

9:14AM   5   how can we improve safety performance?

9:14AM   6   **A.**   Yes.

9:14AM   7   **Q.**   And then finally, under "Communicate and praise

9:14AM   8   positives," it says:  "Show our commitment to their success."

9:14AM   9        What was that about?

9:14AM  10   **A.**   Well, you know, our job was to make their job easier, and

9:15AM  11   we wanted to make sure they knew that.

9:15AM  12   **Q.**   Now, did you personally present at this Houma Leadership

9:15AM  13   Engagement?

9:15AM  14   **A.**   Yes, I did.

9:15AM  15        **MS. KARIS:**  All right.  If we can look at

9:15AM  16   TREX-8093.3.1.

9:15AM  17   **BY MS. KARIS:**

9:15AM  18   **Q.**   This is from the agenda, "HSSE Performance Meeting.  Every

9:15AM  19   month" -- "every other month" -- I'm sorry -- "HSSE sharing

9:15AM  20   across Ops."  And it has your name next to it.

9:15AM  21        Was there an agenda that you put together for the

9:15AM  22   presentation that you gave as part of this leadership meeting?

9:15AM  23   **A.**   Yes, there was.

9:15AM  24   **Q.**   And to be clear, was Transocean's crew at this

9:15AM  25   Leadership Engagement?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:15AM  1   **A.**   Yes.

9:15AM  2   **Q.**   And can you describe for us some of the folks from

9:15AM  3   Transocean, position-wise, that would attend these meetings.

9:15AM  4   **A.**   The senior toolpusher, toolpusher, driller, OIM, if they

9:15AM  5   could.

9:15AM  6   **Q.**   And let's look at the agenda that was discussed with all

9:16AM  7   these folks that you just identified.

9:16AM  8          **MS. KARIS:**   TREX-47414.3.2, please.

9:16AM  9   **BY MS. KARIS:**

9:16AM 10   **Q.**   It says here that the "Purpose" was to "support the drive

9:16AM 11   to incident-free working environments on all operational

9:16AM 12   sites," and then to "strengthen the existing safety management

9:16AM 13   systems being utilized in our operations."

9:16AM 14          Was that part of the discussion that you participated

9:16AM 15   in?

9:16AM 16   **A.**   Yes, it was.

9:16AM 17          **MS. KARIS:**   And then if we can now look at

9:16AM 18   TREX-47414.3.4.

9:16AM 19   **BY MS. KARIS:**

9:16AM 20   **Q.**   Was this the agenda, then, for the discussion that you led

9:16AM 21   with Transocean's crew, amongst others?

9:16AM 22   **A.**   Yes.

9:16AM 23   **Q.**   Tell the Court what this meeting or this agenda consisted

9:16AM 24   of.

9:16AM 25   **A.**   Well, the first thing we did was just go through, you

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:16AM | 1 | know, the various tools.  It was called the Safety Toolbox, so |
| 9:17AM | 2 | to speak, and there are examples -- these are the examples of |
| 9:17AM | 3 | some of the tools that we -- that we had, both Pride and |
| 9:17AM | 4 | Transocean. |
| 9:17AM | 5 | The main thing we wanted to do in my piece was the |
| 9:17AM | 6 | exercise, which was we broke the teams down into smaller groups |
| 9:17AM | 7 | and we just said, "Okay, here's a blank piece of paper, you |
| 9:17AM | 8 | know.  How can we be better at hazard awareness when we're |
| 9:17AM | 9 | doing our job?" |
| 9:17AM | 10 | Q.   And so was the -- was there a focus or an emphasis on |
| 9:17AM | 11 | hazard awareness as part of this meeting that took place in |
| 9:17AM | 12 | March of 2010? |
| 9:17AM | 13 | A.   Yes. |
| 9:17AM | 14 | Q.   In any part of these discussions, did anybody that |
| 9:17AM | 15 | participated in them ever indicate that they didn't appreciate |
| 9:17AM | 16 | the hazard of loss of well control in connection with drilling |
| 9:17AM | 17 | operations? |
| 9:17AM | 18 | A.   No. |
| 9:18AM | 19 | Q.   As part of the hazard awareness discussions that you led |
| 9:18AM | 20 | in March of 2010, less than a month before the incident, did |
| 9:18AM | 21 | anyone raise any concern about BP putting any pressure on the |
| 9:18AM | 22 | crew to drill too fast? |
| 9:18AM | 23 | A.   No. |
| 9:18AM | 24 | Q.   Did anybody raise any concerns that BP was cutting corners |
| 9:18AM | 25 | in the interest of saving money? |

ALEXANDER JOHN GUIDE - DIRECT

9:18AM 1    **A.**   No.

9:18AM 2    **Q.**   Did anybody indicate as part of this meeting on hazard

9:18AM 3    awareness that BP was sacrificing safety in any way in any of

9:18AM 4    the decisions that were being made?

9:18AM 5    **A.**   No.

9:18AM 6    **Q.**   Did anybody as part of this meeting indicate that BP was

9:18AM 7    changing too many things too fast for them to be able to keep

9:18AM 8    up with the operations?

9:19AM 9    **A.**   No.

9:19AM 10   **Q.**   And this was less than a month before the incident?

9:19AM 11   **A.**   Yes, it was.

9:19AM 12   **Q.**   Now, Mr. Guide, as part of your responsibilities as a

9:19AM 13   wells team leader, are you held accountable for the safety

9:19AM 14   performance of your team?

9:19AM 15   **A.**   Yes, I am.

9:19AM 16   **Q.**   And is the safety performance of your team part of your

9:19AM 17   annual assessment or evaluation?

9:19AM 18   **A.**   Yes, it is.

9:19AM 19   **Q.**   Okay.  And based on your experience at BP, is assessment

9:19AM 20   for safety performance a part of every person's evaluation?

9:19AM 21   **A.**   Yes.

9:19AM 22   **Q.**   Everyone that reports to you, do you assess them on

9:19AM 23   safety?

9:19AM 24   **A.**   Yes, I do.

9:19AM 25   **Q.**   And to your knowledge, everyone that you report to, do

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:19AM | 1 | they assess you on safety performance? |
| 9:19AM | 2 | **A.**   Yes, they did. |
| 9:19AM | 3 | **Q.**   Let's look at your safety performance -- I'm sorry, your |
| 9:19AM | 4 | performance evaluation. |
| 9:19AM | 5 | **MS. KARIS:**   TREX-6294.  And this is for 2009, year |
| 9:20AM | 6 | ending 2009, immediately prior to the incident. |
| 9:20AM | 7 | If we can call out -- pull out the year-end |
| 9:20AM | 8 | assessment, please.  The middle box. |
| 9:20AM | 9 | **BY MS. KARIS:** |
| 9:20AM | 10 | **Q.**   Recognizing that it's a little difficult to read, can you |
| 9:20AM | 11 | tell us what your 2009 performance assessment was with respect |
| 9:20AM | 12 | to safety. |
| 9:20AM | 13 | **A.**   Would you just like me to read this? |
| 9:20AM | 14 | **Q.**   Sure. |
| 9:20AM | 15 | **A.**   "Safety improved dramatically as the year progressed.  No |
| 9:20AM | 16 | day away from work cases, high potential incidents, or INCs" -- |
| 9:20AM | 17 | which are incidents of noncompliance with the MMS -- "for the |
| 9:20AM | 18 | year.  No recordables in the second half.  Third party |
| 9:20AM | 19 | participation in the SMS," which is the safety management |
| 9:20AM | 20 | system, "improved to 18 percent.  Implemented safety |
| 9:20AM | 21 | improvement plan "Back to the Basics," Stop and Think.  THINK |
| 9:21AM | 22 | plans for all tasks.  I performed more than 1 SOC per trip." |
| 9:21AM | 23 | **Q.**   There's a reference there to a safety improvement plan, |
| 9:21AM | 24 | implementing a safety improvement plan.  What was that about? |
| 9:21AM | 25 | **A.**   As I mentioned before, it was the "Back to the Basics," |

ALEXANDER JOHN GUIDE - DIRECT

9:21AM   1   Stop and Think.  So we -- we just wanted them -- wanted the
9:21AM   2   people to understand that it's perfectly fine before they do a
9:21AM   3   task to, you know, stop and think about it before you did it.
9:21AM   4   **Q.**   And so your year-end assessment that safety improved
9:21AM   5   dramatically as the year progressed, is that both personal as
9:21AM   6   well as process safety?
9:21AM   7   **A.**   Yes.
9:21AM   8           **MS. KARIS:**  If we can now look at TREX-6294.3.2,
9:21AM   9   which is, again, part of your performance evaluation.
9:21AM  10   **BY MS. KARIS:**
9:21AM  11   **Q.**   What was the assessment, to use your words, for -- for
9:21AM  12   what kind of year you had had in 2009?
9:21AM  13   **A.**   2009 was, as I said here, an excellent year for the whole
9:22AM  14   team.
9:22AM  15           Would you like me to read this, ma'am?
9:22AM  16   **Q.**   Well, just summarize it, if you will.
9:22AM  17   **A.**   It was a really good year both operationally and
9:22AM  18   safety-wise.  And I was -- as I said, I was very fortunate to
9:22AM  19   be a part of the team.
9:22AM  20   **Q.**   So you close by saying:  "A positive safety culture has
9:22AM  21   been started.  It is now important to sustain it.  I am
9:22AM  22   fortunate to" -- you missed the word "be" there --
9:22AM  23   **A.**   I'm sorry.
9:22AM  24   **Q.**   Be "part of the team."
9:22AM  25           Is that how you felt in 2009 in connection with your

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:22AM | 1 | performance and management of the *Deepwater Horizon* team? |
| 9:22AM | 2 | **A.**   Yes. |
| 9:22AM | 3 | **Q.**   Did that continue through the day of the incident? |
| 9:22AM | 4 | **A.**   Yes, it did. |
| 9:22AM | 5 | **Q.**   Do you recall what your performance rating was in 2009? |
| 9:22AM | 6 | **A.**   Yes.  It was exceeds expectations. |
| 9:23AM | 7 | **Q.**   And exceeds expectations, is that a common rating for a |
| 9:23AM | 8 | wells team leader? |
| 9:23AM | 9 | **A.**   No.  It's -- about between 20 to 30 percent of the people |
| 9:23AM | 10 | would get that rating. |
| 9:23AM | 11 | **Q.**   So that's top quartile performance? |
| 9:23AM | 12 | **A.**   Yes. |
| 9:23AM | 13 | **Q.**   And did that measure both your safety performance as well |
| 9:23AM | 14 | as your performance in managing the team overall? |
| 9:23AM | 15 | **A.**   Yes. |
| 9:23AM | 16 | **Q.**   Now, there's been some reference in this case to the Every |
| 9:23AM | 17 | Dollar Matters, and we've heard about that from a number of |
| 9:23AM | 18 | individuals, but I want to ask you personally what that meant |
| 9:23AM | 19 | to you. |
| 9:23AM | 20 | **A.**   Well, from the actual operations standpoint, it meant, you |
| 9:23AM | 21 | know, being efficient. |
| 9:23AM | 22 | **Q.**   Did part of your performance evaluation include an |
| 9:23AM | 23 | assessment on "Every Dollar Matters" or "Cost Performance"? |
| 9:23AM | 24 | **A.**   It did. |
| 9:23AM | 25 | **MS. KARIS:**  If we can now look at 6294.2.2, please. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:23AM  1   **BY MS. KARIS:**

9:23AM  2   **Q.**   Again, this is from your 2009 evaluation that we were just

9:24AM  3   looking at.  Under "Cost Performance; Every Dollar Matters,"

9:24AM  4   again, you state there that:  "The *Horizon* team has embraced

9:24AM  5   the 'Every Dollar Matters' culture.  Rentals have been reduced

9:24AM  6   by approximately $40,000 per month.  Daily operational

9:24AM  7   decisions now include the cost component."

9:24AM  8           We heard in opening statements that the

9:24AM  9   *Deepwater Horizon* team, using this, has embraced the "Every

9:24AM  10  Dollar Matters" culture.  And you reference there rentals.

9:24AM  11  What are you talking about in your performance evaluation about

9:24AM  12  embracing the "Every Dollar Matters" culture?

9:24AM  13  **A.**   Well, as I mentioned, efficiency, the -- we -- any rig --

9:24AM  14  all the rigs rent an enormous amount of equipment, and we just

9:25AM  15  sort of "tidied up the house."  You know, we got rid of stuff

9:25AM  16  that we were never using and -- but it was on the payroll.  And

9:25AM  17  that was what I'm referencing to.  We actually went through and

9:25AM  18  then saw we had stuff on the rig that we never used, but we

9:25AM  19  were still paying for.  And it was over $40,000 a month.

9:25AM  20  **Q.**   And so when we see -- when we saw your evaluation here,

9:25AM  21  which speaks to the -- embracing the "Every Dollar Matters"

9:25AM  22  culture, you're -- are you referring in part, at least, to the

9:25AM  23  fact that you identified $40,000 a month that was being spent

9:25AM  24  inefficiently, tools just sitting on the rig that were not

9:25AM  25  needed?

ALEXANDER JOHN GUIDE - DIRECT

9:25AM   1   **A.**   That's correct.

9:25AM   2   **Q.**   Can you give the Court a couple of other examples of where

9:25AM   3   you identified inefficiencies under the "Every Dollar Matters"

9:25AM   4   or "Every Dollar Counts," quote/unquote, culture that's

9:25AM   5   identified here?

9:25AM   6   **A.**   Yes.  We had a service from Sperry-Sun called INSITE, and

9:25AM   7   it was the feed from the rig to the office.  And one of the

9:26AM   8   Tiger Team members Jonathan Bellow and I went through the list

9:26AM   9   of people who were getting the feed and we saw that there was a

9:26AM   10   bunch of people that were on the list that weren't part of the

9:26AM   11   operation, and even some that didn't even work for BP anymore,

9:26AM   12   but we were still paying a daily fee for.

9:26AM   13   **Q.**   Do you remember approximately how much you were paying per

9:26AM   14   day for these folks that were no longer associated with the

9:26AM   15   operations, some of whom were no longer with the company?

9:26AM   16   **A.**   About $100 a day.

9:26AM   17   **Q.**   And, in total, how much were you able to save by going

9:26AM   18   through the list, identifying who is no longer with the

9:26AM   19   operation that needs access to INSITE so that we're not paying

9:26AM   20   a daily fee for folks that were gone from the company or gone

9:26AM   21   from the project?

9:26AM   22   **A.**   It was around $700,000 for the year.

9:26AM   23   **Q.**   Okay.  So that's one example.

9:26AM   24          Can you give us a couple other examples of how the

9:26AM   25   *Deepwater Horizon* embraced the "Every Dollar Matters" culture

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:26AM 1   that's referenced in your performance evaluation?

9:27AM 2   A.   Yes.  We had a UWILD, which is the -- it's the underwater

9:27AM 3   inspection in lieu of dry dock -- very strange word.

9:27AM 4         Anyway, the rig was going to be shut down for a

9:27AM 5   couple of weeks, and we had a bunch of rental equipment on the

9:27AM 6   rig that we did use on a day-to-day basis.  And we could have

9:27AM 7   shipped it all in and then brought it all back out to get it

9:27AM 8   off the payroll, but we just went to the vendors and said,

9:27AM 9   "Look, you know, will you take this stuff off the payroll while

9:27AM 10  we're doing the UWILD?  We'll still pay for the people, but

9:27AM 11  just" -- and they agreed.

9:27AM 12  Q.   So by sending tools offsite that you didn't need during

9:27AM 13  that UWILD inspection, were you able to also save money under

9:27AM 14  the "Cost Performance; Every Dollar Matters"?

9:27AM 15  A.   Yes.

9:27AM 16  Q.   Now, we saw during Dr. Bea's testimony an exhibit of a

9:27AM 17  document that you created, and I'd like to discuss that exhibit

9:28AM 18  with you.

9:28AM 19        MS. KARIS:  7062.1.3, please.

9:28AM 20  BY MS. KARIS:

9:28AM 21  Q.   First of all, is this an e-mail that you sent in May of

9:28AM 22  2009?

9:28AM 23  A.   Yes, it is.

9:28AM 24        MS. KARIS:  And if we can go to the bottom e-mail

9:28AM 25  first.  My apologies.  All the way at the bottom.  Yeah.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:28AM | 1 | **BY MS. KARIS:** |
| 9:28AM | 2 | **Q.**   And the subject of this is "Rig Clerks Performance |
| 9:28AM | 3 | Coordinators." |
| 9:28AM | 4 | Now, if we can go back to the top. |
| 9:28AM | 5 | Dr. Bea testified, page 323, lines 11 to 20, based on |
| 9:28AM | 6 | your e-mail, the one you drafted, he was asked: |
| 9:28AM | 7 | "QUESTION:  What did you say in this e-mail? |
| 9:28AM | 8 | "ANSWER:  *Deepwater Horizon* has embraced Every Dollar |
| 9:29AM | 9 | Matters since I arrived 18 months ago.  We have saved |
| 9:29AM | 10 | BP millions and no one had to tell us." |
| 9:29AM | 11 | That's what you wrote in your e-mail; correct? |
| 9:29AM | 12 | **A.**   Yes. |
| 9:29AM | 13 | **Q.**   And then he goes on to say that he took that into |
| 9:29AM | 14 | consideration in forming his opinions relating to cost cutting, |
| 9:29AM | 15 | and that is that this e-mail reflected that you were saving |
| 9:29AM | 16 | money at the expense of safety and operations. |
| 9:29AM | 17 | Can you tell the Court what this e-mail is about? |
| 9:29AM | 18 | **A.**   Yes.  The -- we had clerks on our rig and they're -- |
| 9:29AM | 19 | basically, they handle the logistics of things coming and |
| 9:29AM | 20 | going.  And there was an initiative to go across the board for |
| 9:29AM | 21 | third-party contractors and see if they could get some rates |
| 9:29AM | 22 | reduced. |
| 9:29AM | 23 | And I just wanted to make sure that if the company |
| 9:30AM | 24 | took a rate reduction, that's fine, but I wanted to make sure |
| 9:30AM | 25 | that the clerks' pay didn't get cut. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:30AM  1    Q.   Okay.  So was this part of the PSCM attempt to consolidate
9:30AM  2    contractors, decrease the number of contractors, and seek
9:30AM  3    better rates?
9:30AM  4    A.   That's correct.
9:30AM  5    Q.   And as a result of that, there was discussion about
9:30AM  6    decreasing the rates or the amount that was being paid to a
9:30AM  7    specific vendor; correct?
9:30AM  8    A.   That's correct.
9:30AM  9    Q.   And fair to say your concern was, you can decrease the
9:30AM  10   rate that we're paying to the vendor, embrace the "Every Dollar
9:30AM  11   Matters" culture, but you wanted to make sure that no one was
9:30AM  12   taking a cut in pay from the clerks who were on the rig?
9:30AM  13   A.   That's right.
9:30AM  14   Q.   Does this e-mail have anything to do at all with
9:30AM  15   sacrificing operations at the expense of safety?
9:30AM  16   A.   No.  I didn't want my guys to take a pay cut.
9:30AM  17   Q.   So when you say you've "embraced the 'Every Dollar
9:31AM  18   Matters' culture and no one had to tell us," what are you
9:31AM  19   referring to?
9:31AM  20   A.   Reducing the rental items, items like -- and culling the
9:31AM  21   INSITE list.  Those are the two that, when you add it all up,
9:31AM  22   you know, we did save millions of dollars.
9:31AM  23   Q.   Did you save -- did you make any decisions about saving
9:31AM  24   millions of dollars or any amount by not performing operations
9:31AM  25   that you believed were necessary?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:31AM | 1 | **A.**   No. |
| 9:31AM | 2 | **Q.**   Did you save money for BP in any way by foregoing |
| 9:31AM | 3 | operations that you thought were appropriate in order to save |
| 9:31AM | 4 | rig time? |
| 9:31AM | 5 | **A.**   No. |
| 9:31AM | 6 | **Q.**   Did you at any time sacrifice safety in order to save the |
| 9:31AM | 7 | amount of time or money that the rig -- that BP was going to |
| 9:31AM | 8 | pay for the use of the rig? |
| 9:31AM | 9 | **A.**   No. |
| 9:31AM | 10 | **Q.**   At any time did you sacrifice safety in any way because |
| 9:31AM | 11 | you wanted to rush the rig to get to the next project? |
| 9:32AM | 12 | **A.**   No. |
| 9:32AM | 13 | **Q.**   Let's change subjects. |
| 9:32AM | 14 |         I want to talk to you about the drilling plan and |
| 9:32AM | 15 | program that was used at the Macondo well.  And you referenced |
| 9:32AM | 16 | earlier that under BP's OMS, operating management system, which |
| 9:32AM | 17 | is the umbrella that applies, Beyond the Best is one of the |
| 9:32AM | 18 | standards and practices that is adopted. |
| 9:32AM | 19 |         Are you familiar with the Beyond the Best process? |
| 9:32AM | 20 | **A.**   Yes, I am. |
| 9:32AM | 21 | **Q.**   And now, were you personally involved in planning the |
| 9:32AM | 22 | Macondo well in the fall of -- summer/fall of 2009? |
| 9:32AM | 23 | **A.**   I was not. |
| 9:32AM | 24 | **Q.**   Okay.  But are you familiar with the process that was |
| 9:32AM | 25 | applied to that well, the Beyond the Best process? |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:32AM 1  **A.**   Yes.

9:33AM 2  **Q.**   Now, has Beyond the Best been around at BP for a long

9:33AM 3  time?

9:33AM 4  **A.**   Yes, it was there before I even started with BP.

9:33AM 5  **Q.**   So for all the wells that you've been involved with at BP,

9:33AM 6  did it apply the Beyond the Best process?

9:33AM 7  **A.**   Yes.  It's actually a global process.  It's all the wells

9:33AM 8  in BP across the globe.

9:33AM 9  **Q.**   Okay.  We've heard it referred to as a "stage gate"

9:33AM 10  process.  Can you describe what that means, that it's a stage

9:33AM 11  gate process?

9:33AM 12  **A.**   Yes.  So it takes a good six to eight months to actually

9:33AM 13  plan a well.  So a well starts with an idea from the subsurface

9:33AM 14  or the geology folks, and this stage gate process just moves

9:33AM 15  the development of the actual final drilling plan from a

9:33AM 16  thought to the actual plan we use to drill a well.

9:33AM 17  **Q.**   And what are the various stages or gates that the well

9:33AM 18  needs to go through?

9:33AM 19  **A.**   There's define, appraise, select, and execute.

9:34AM 20  **Q.**   Let's put up a demonstrative to help refresh your

9:34AM 21  recollection.

9:34AM 22  **A.**   I think I got them right.

9:34AM 23  **Q.**   I think you got them right.

9:34AM 24       **MS. KARIS:**  D-4072.

9:34AM 25       **THE WITNESS:**  Close.

OFFICIAL TRANSCRIPT

8636

ALEXANDER JOHN GUIDE - DIRECT

9:34AM  1    BY MS. KARIS:
9:34AM  2    Q.   Is this a demonstrative that depicts the various stages
9:34AM  3    that a well must go through -- each and every well designed and
9:34AM  4    executed by BP -- before that well can be drilled and
9:34AM  5    completed?
9:34AM  6    A.   Yes.
9:34AM  7    Q.   All right.  And just to discuss them briefly, we see here
9:34AM  8    that there's a stage, and then we have got a stop light there.
9:34AM  9    Is that a fair way to depict this; that is, it has to go
9:34AM  10   through the process, Stage 1, for example; achieve each of
9:34AM  11   these; and then go through a stop light, be assessed, before it
9:34AM  12   can be moved to the next stage?
9:34AM  13   A.   That's correct.
9:34AM  14   Q.   And can you walk us through the stages?  What is Stage 1,
9:34AM  15   "Appraise," about?
9:34AM  16   A.   This is the -- really, the idea piece.  Subsurface -- the
9:35AM  17   subsurface team thinks they have a location to drill a well,
9:35AM  18   and so it's really the high-level piece, to start.
9:35AM  19   Q.   It's the inception piece?
9:35AM  20   A.   It's the inception piece.
9:35AM  21   Q.   Okay.  And then it moves on to the Stage 2, "Select,"
9:35AM  22   process.  What is that?
9:35AM  23   A.   So select is when you now -- yes, it's a viable project
9:35AM  24   from a geologic standpoint.  There is no -- as you -- go back
9:35AM  25   to -- I'm sorry, go back to the first piece here.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:35AM  1       There's no -- no drilling surprises.  So it's been
9:35AM  2   high-level assessed to say, Okay, there's nothing here from a
9:35AM  3   drilling standpoint that would stop you from proceeding.
9:35AM  4       And then -- so the select stage, then, is now you're
9:35AM  5   analyzing all the different options that are available.  And
9:35AM  6   then at the end of select is when you approve the actual well
9:36AM  7   design.  And the terminology is the well design is "frozen."
9:36AM  8   Q.   Okay.  And the bottom bullet there says:  "Update the
9:36AM  9   project risk register with additional or modified risk
9:36AM  10  information."
9:36AM  11      What does that entail?
9:36AM  12  A.   Yeah.  During the appraise piece at the beginning, there's
9:36AM  13  a high-level risk assessment that's done on the project in
9:36AM  14  general.  Then the well option designs, the various well
9:36AM  15  options would be assessed for risks.  And so then they -- it
9:36AM  16  would be modified back and forth and then toned more once you
9:36AM  17  actually pick the well design.
9:36AM  18  Q.   And so part of that requires doing a risk assessment and
9:36AM  19  then addressing some of those risks in your well design
9:36AM  20  options.  Is that a fair description?
9:36AM  21  A.   That's correct.
9:36AM  22  Q.   And then what does the Stage 3, "Define," entail?
9:36AM  23  A.   That's where the third-party vendors now get involved as
9:37AM  24  well, especially the directional drilling people, the cement
9:37AM  25  people -- I'm sorry, the mud people, in particular.  And you go

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:37AM  1   through and you do an actual detailed design.  And you can see
9:37AM  2   there, there's -- this is peer-reviewed right here.  So we get
9:37AM  3   folks from around the world who would actually fly people in
9:37AM  4   from different places like Baku or the North Sea, and they
9:37AM  5   would give an independent assessment of the actual well plan
9:37AM  6   that's put together.
9:37AM  7          Then the risks here, when it says the -- or "update
9:37AM  8   risk register."  So all the risks would be identified and then
9:37AM  9   the mitigation for the risks would actually be put into the
9:37AM  10  detailed well design.
9:37AM  11  Q.   So you identify the risks and then incorporate those into
9:37AM  12  the well design for --
9:37AM  13  A.   The mitigation.
9:37AM  14  Q.   I'm sorry, the mitigation --
9:37AM  15  A.   Right.
9:37AM  16  Q.   -- into the well design for each of the stages?
9:38AM  17  A.   Right.
9:38AM  18  Q.   And then once you finish with the detailed well design as
9:38AM  19  part of the "Define" stage and you've incorporated the
9:38AM  20  mitigation plans for any risks, does it then move to the
9:38AM  21  "Execute" phase?
9:38AM  22  A.   Yes.  So that would be where the drilling engineers --
9:38AM  23  it's now finished, it's approved, done.  And then that's where
9:38AM  24  it would be handed over to the operation folks to actually
9:38AM  25  execute the job.

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:38AM | 1 | Q.   Okay.  And so your operation becomes involved here as part |
| 9:38AM | 2 | of Stage 4, "Execute"? |
| 9:38AM | 3 | A.   Well, yes, but -- well, Brett Cocales, in my particular |
| 9:38AM | 4 | case, he would be involved from the *Horizon* standpoint all the |
| 9:38AM | 5 | way back at the appraise piece. |
| 9:38AM | 6 | Q.   And so there's a member of your team that's involved from |
| 9:38AM | 7 | the beginning, and then the operations team, they really kick |
| 9:38AM | 8 | in, if you will, at the "Execute" phase. |
| 9:38AM | 9 | A.   That's correct. |
| 9:38AM | 10 | Q.   Now, before the well gets to the "Execute" phase, how many |
| 9:38AM | 11 | different folks, on average, have reviewed a well design plan, |
| 9:39AM | 12 | peer-reviewed it, and signed off on that plan? |
| 9:39AM | 13 | A.   Hundreds of people. |
| 9:39AM | 14 | Q.   There's a reference here to "update the risk register with |
| 9:39AM | 15 | mitigation and risk status summaries." |
| 9:39AM | 16 | Is there a risk register that is created as part of |
| 9:39AM | 17 | this process? |
| 9:39AM | 18 | A.   Yes. |
| 9:39AM | 19 | Q.   When you become involved with the "Execute" stage, do you |
| 9:39AM | 20 | then have that risk register?  Have access to it? |
| 9:39AM | 21 | A.   Yes. |
| 9:39AM | 22 | Q.   Now, recognizing that you were not involved in the initial |
| 9:39AM | 23 | planning of the Macondo well, by the time that your team got |
| 9:39AM | 24 | involved, did you then, in fact, review the risk register for |
| 9:39AM | 25 | the Macondo well? |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:39AM | 1 | **A.**    Yes. |
| 9:39AM | 2 | **Q.**    Let's look at that risk register. |
| 9:39AM | 3 | **MS. KARIS:**    TREX-575 -- I'm sorry.  I'm dyslexic. |
| 9:39AM | 4 | TREX-757-N, please. |
| 9:39AM | 5 | **BY MS. KARIS:** |
| 9:39AM | 6 | **Q.**    Is this the risk register that was created as part of the |
| 9:40AM | 7 | stage gate process for the Macondo well? |
| 9:40AM | 8 | **A.**    Yes, it was. |
| 9:40AM | 9 | **MS. KARIS:**    And, I'm sorry, if we can pull up the |
| 9:40AM | 10 | data on top. |
| 9:40AM | 11 | **BY MS. KARIS:** |
| 9:40AM | 12 | **Q.**    So this would have been updated June of 2009 as part of |
| 9:40AM | 13 | the process; correct? |
| 9:40AM | 14 | **A.**    Correct. |
| 9:40AM | 15 | **Q.**    Now, I want to discuss just a couple of the items that |
| 9:40AM | 16 | were identified on the Macondo risk register specific to this |
| 9:40AM | 17 | well. |
| 9:40AM | 18 | What's the first risk identified? |
| 9:40AM | 19 | **A.**    "Well Control." |
| 9:40AM | 20 | **Q.**    Okay.  And in your experience, is that a standard risk |
| 9:40AM | 21 | that's identified with any well that you're drilling in the |
| 9:40AM | 22 | Gulf of Mexico? |
| 9:40AM | 23 | **A.**    Well, yes, actually, anywhere. |
| 9:40AM | 24 | **Q.**    Anywhere.  All right. |
| 9:40AM | 25 | And so there's a description there:  "Potential well |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:40AM   1   control problems, risk of losing the wellbore in an

9:40AM   2   uncontrolled situation."  Correct?

9:40AM   3   A.   Yes.

9:40AM   4   Q.   And then it's got a mitigation plan in place -- or it's

9:40AM   5   got notes on "Casing program design to mitigate issues";

9:40AM   6   Correct?

9:40AM   7   A.   Correct.

9:40AM   8   Q.   All right.

9:41AM   9        And I don't want to go through each of these, but

9:41AM  10   there's been a suggestion that some risks have not been

9:41AM  11   identified.  What's Risk No. 3 that's identified here?

9:41AM  12   A.   It's "Pore Pressure/Fracture Gradient Uncertainty."

9:41AM  13   Q.   So the risk of pore pressure/fracture gradient

9:41AM  14   uncertainty, was that also a risk that was identified for this

9:41AM  15   well?

9:41AM  16   A.   Yes, it was.

9:41AM  17   Q.   Now, as we go through the various operational decisions,

9:41AM  18   there was some question about what risk assessments were done

9:41AM  19   in connection with ongoing operations.  Do you continue to keep

9:41AM  20   in mind what risks have already been identified when you

9:41AM  21   consider whether you need to do a further, quote/unquote,

9:41AM  22   formal risk assessment?

9:41AM  23   A.   Yes.  Yes, we did.

9:41AM  24   Q.   And were you aware of the risks that had already been

9:41AM  25   identified as part of this operation through the stage gate

ALEXANDER JOHN GUIDE - DIRECT

9:41AM 1   process, as you and others were involved in various operational

9:41AM 2   decisions, including selecting various operation options for

9:42AM 3   completing this well -- or temporarily abandoning this well,

9:42AM 4   more accurately?

9:42AM 5   A.   Yes.

9:42AM 6   Q.   And then there's another one down here for "Tight hole,

9:42AM 7   stuck pipe"; correct?

9:42AM 8   A.   Yes, correct.

9:42AM 9   Q.   And then finally if we can go to, further down,

9:42AM 10  TREX-575-N.1.2.

9:42AM 11         Was the risk of "Zonal Isolation, Risk of good cement

9:42AM 12  job on the 9 7/8 production casing string" also identified as

9:42AM 13  early as June of 2009?

9:42AM 14  A.   Yes, it was.

9:42AM 15  Q.   And so were all of these risks something that had already

9:42AM 16  been formally assessed, including the risk of zonal isolation?

9:42AM 17  A.   Yes.  Correct.

9:42AM 18  Q.   And are there mitigations that are then put in place to

9:42AM 19  address those risks as part of the design and execution plan?

9:42AM 20  A.   Yes.

9:43AM 21  Q.   Mr. Guide, based on your familiarity with the Macondo

9:43AM 22  well, was the planning -- the design planning process for

9:43AM 23  Macondo consistent with BP's practices -- Beyond the Best

9:43AM 24  practices for planning and executing a well?

9:43AM 25  A.   Yes, it was.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:43AM  1   Q.   Now, after the drilling plan is put together through this
9:43AM  2   Beyond the Best process, is that information shared with your
9:43AM  3   contractors?
9:43AM  4   A.   Yes.
9:43AM  5   Q.   Can you describe for the Court how information is shared
9:43AM  6   with the contractors about the drilling plan that is put
9:43AM  7   together as well as any risks associated with that plan?
9:43AM  8   A.   Well, we have what we call a crew engagement meeting or a
9:43AM  9   spud meeting with the crew and the third-party contractors.
9:44AM  10  Q.   Okay.  And what happens at a crew engagement meeting?
9:44AM  11  A.   That's -- we would go through the well plan line by line
9:44AM  12  in some cases and hole section by hole section and identify any
9:44AM  13  potential issues.  And, if necessary, we would modify the
9:44AM  14  program.
9:44AM  15  Q.   And was a crew engagement meeting held for the Macondo
9:44AM  16  well, to your knowledge?
9:44AM  17  A.   Yes.
9:44AM  18  Q.   Did you, yourself, participate in a crew engagement
9:44AM  19  meeting or a pre-spud planning meeting when the
9:44AM  20  *Deepwater Horizon* got to the Macondo well?
9:44AM  21  A.   Yes, I actually gave it.
9:44AM  22  Q.   Okay.  And can you describe for the Court what happened at
9:44AM  23  the Macondo well -- what you presented at the crew engagement
9:44AM  24  meeting for the Macondo well once the *Deepwater Horizon* arrived
9:44AM  25  there.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:44AM   1   **A.**   Brian Morel and myself and Paul Johnson went to the rig,
9:44AM   2   and in the theater room we had about 45, 50 people that were
9:45AM   3   available.  And Brian went through the preexisting condition of
9:45AM   4   the well where the casing strings were set, and then we went
9:45AM   5   through, hole section by hole section, what the actual *Horizon*
9:45AM   6   operation was going to encompass.
9:45AM   7   **Q.**   Who participated in the crew engagement meeting
9:45AM   8   company-wise?
9:45AM   9   **A.**   Well, mainly Transocean.  We also had Halliburton, which
9:45AM  10   was both Sperry-Sun and the cementer, the directional driller,
9:45AM  11   because we had a lot of different Halliburton services on the
9:45AM  12   rig.  M-I SWACO, which is the mud contractor, the subsea folks,
9:45AM  13   ROV guys.  It was basically all the contractors on the rig.
9:45AM  14   **Q.**   And approximately how many people participated in this --
9:45AM  15   participated in the pre-spud or engagement meeting for the
9:46AM  16   Macondo well that you presented at?
9:46AM  17   **A.**   It was, I guess, 45 to 50.
9:46AM  18         One other important piece I forgot.  The geologist on
9:46AM  19   the rig also gave a overview of the expected geology of what we
9:46AM  20   were going to drill.
9:46AM  21         **MS. KARIS:**  If we can now look at TREX-7685.2.
9:46AM  22   **BY MS. KARIS:**
9:46AM  23   **Q.**   This is the Macondo Prospect Drilling Program,
9:46AM  24   January 2010, and it states "Final" there, signed by Mr. Morel,
9:46AM  25   Mr. Hafle, Mr. Cocales, Mr. Sims, yourself and Mr. Little.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE – DIRECT

| | | |
|---|---|---|
| 9:46AM | 1 | **MS. KARIS:**  If we can now go to the table of contents |
| 9:46AM | 2 | for this.  Thank you. |
| 9:46AM | 3 | **BY MS. KARIS:** |
| 9:46AM | 4 | **Q.**   Was this drilling program presented at the crew engagement |
| 9:46AM | 5 | meeting that you attended and presented in? |
| 9:46AM | 6 | **A.**   Yes, it was. |
| 9:46AM | 7 | **Q.**   And is the information that's on this table of contents |
| 9:46AM | 8 | some of the information that was shared as part of this crew |
| 9:47AM | 9 | engagement meeting? |
| 9:47AM | 10 | **A.**   Yes. |
| 9:47AM | 11 | **Q.**   Now, the *Marianas* had been drilling the Macondo well |
| 9:47AM | 12 | before the *Deepwater Horizon* arrived; correct? |
| 9:47AM | 13 | **A.**   Yes. |
| 9:47AM | 14 | **Q.**   Whose rig was the *Marianas* rig? |
| 9:47AM | 15 | **A.**   It was Transocean. |
| 9:47AM | 16 | **Q.**   Did anybody, at any time when you presented this plan at |
| 9:47AM | 17 | the pre-spud meeting, from Transocean indicate any concerns |
| 9:47AM | 18 | they had based on the drilling that had been conducted by the |
| 9:47AM | 19 | *Marianas*? |
| 9:47AM | 20 | **A.**   No. |
| 9:47AM | 21 | **Q.**   And were you aware at that time that there had been some |
| 9:47AM | 22 | losses incurred as well as kicks taken in connection with the |
| 9:47AM | 23 | early drilling of that well? |
| 9:47AM | 24 | **A.**   Yes. |
| 9:47AM | 25 | **Q.**   Did anybody from Transocean or any of the other |

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:47AM | 1 | contractors indicate that they had any concerns that this well |
| 9:47AM | 2 | was an unusual well or atypical well based on those losses or |
| 9:48AM | 3 | any kicks that had occurred? |
| 9:48AM | 4 | A.   No. |
| 9:48AM | 5 | Q.   I want to talk about one other crew engagement, and then I |
| 9:48AM | 6 | want to talk about a kick that occurred while you were the |
| 9:48AM | 7 | wells team leader. |
| 9:48AM | 8 |         Did you also participate after this crew engagement |
| 9:48AM | 9 | in something called -- in a meeting called the "Kaskida Crew |
| 9:48AM | 10 | Engagement"? |
| 9:48AM | 11 | A.   Yes, I did. |
| 9:48AM | 12 | Q.   Tell the Court, what was the Kaskida?  What was the |
| 9:48AM | 13 | Kaskida Crew Engagement?  First of all, what is Kaskida? |
| 9:48AM | 14 | A.   Kaskida was a well that the *Deepwater Horizon* was going to |
| 9:48AM | 15 | drill.  After what was going to be Macondo, we were going to |
| 9:48AM | 16 | P & A a well called "Nile" and then go to Kaskida and drill |
| 9:48AM | 17 | that well.  And the crew engagement meeting was for the Kaskida |
| 9:49AM | 18 | well. |
| 9:49AM | 19 | Q.   And was that a meeting in which you would similarly |
| 9:49AM | 20 | present the plans for what was going to happen at Kaskida? |
| 9:49AM | 21 | A.   That's correct. |
| 9:49AM | 22 | Q.   Do you recall approximately when that meeting was held? |
| 9:49AM | 23 | A.   It was held March 30th or 29th and 30th.  It was the same |
| 9:49AM | 24 | time as the Houma crew engagement. |
| 9:49AM | 25 | Q.   Okay.  And so it was late March of 2010; correct? |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:49AM  1   A.   Right.

9:49AM  2   Q.   And that would have involved the same crew from the

9:49AM  3   *Deepwater Horizon* attending the Kaskida meeting so that they

9:49AM  4   can know what was going to happen at Kaskida; correct?

9:49AM  5   A.   That's correct.

9:49AM  6   Q.   Did anybody at any time in that meeting express any

9:49AM  7   concerns to you that BP was asking for the *Deepwater Horizon*

9:49AM  8   team or any of the contractors to sacrifice safety in any way?

9:49AM  9   A.   No.

9:49AM  10  Q.   Did anybody in that meeting indicate at any time that BP

9:49AM  11  was asking them to cut corners or make any decisions that they

9:50AM  12  were uncomfortable with?

9:50AM  13  A.   No.

9:50AM  14  Q.   Was there discussion about logistics at the Kaskida crew

9:50AM  15  engagement?

9:50AM  16  A.   Yes, there was.

9:50AM  17  Q.   Can you tell us why logistics were discussed as part of

9:50AM  18  this engagement.

9:50AM  19  A.   Kaskida was located in the far southwestern part of the

9:50AM  20  Gulf of Mexico.  And one of the concerns -- I guess that's the

9:50AM  21  right word, "concern" -- was going to be it's a very, very long

9:50AM  22  boat ride, about a 24-hour work boat ride.  In fact, it was

9:50AM  23  even a 2-hour helicopter ride.  So one of the challenges that

9:50AM  24  was identified at the crew engagement meeting was logistical

9:51AM  25  support for the rig at Kaskida.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:51AM   1    Q.   And was it important to get the logistics in order, then,

9:51AM   2    in order to allow for the ongoing operations?

9:51AM   3    A.   Yes.

9:51AM   4    Q.   Was that a subject of -- one of the subjects of

9:51AM   5    discussions?

9:51AM   6    A.   Yes.

9:51AM   7    Q.   Was there also an opportunity to review the various

9:51AM   8    operational issues that would come up at Kaskida?

9:51AM   9    A.   Yes.

9:51AM   10   Q.   Was there an opportunity then for the rig crew to give any

9:51AM   11   recommendations for adjusting the operations?

9:51AM   12   A.   Yes.

9:51AM   13   Q.   Do you recall whether that, in fact, happened as part of

9:51AM   14   that meeting?

9:51AM   15   A.   It did.  It did.

9:51AM   16   Q.   Can you tell us about that example.

9:51AM   17   A.   Yes.  One of the -- we also broke out into groups, and we

9:51AM   18   worked on hole sections as smaller groups.  I was part of the

9:51AM   19   beginning of the well, which is the 36-inch, the 28-inch, and

9:52AM   20   the 22-inch.  That's the three different casing strings.

9:52AM   21   That's how you start.

9:52AM   22        And usually -- well, the *Horizon* had a unique ability

9:52AM   23   to be able to actually work on all three of these at one time.

9:52AM   24   It was -- it's the way the rig was designed.

9:52AM   25        But we were going to do a lot of work on the BOP

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:52AM  1    stack.  And Jimmy Harrell brought up the point where he didn't
9:52AM  2    think that we would be able to actually work on one of the
9:52AM  3    strings of casing because the BOP work would be going on
9:52AM  4    simultaneously.
9:52AM  5         So the original plan was to do all three at one time,
9:52AM  6    but we changed that and we decided we would do the 22-inch
9:52AM  7    independently so -- because we wouldn't be able to work on it
9:52AM  8    when we were working on the BOP.
9:52AM  9    Q.   Okay.  And so did you take Mr. Harrell's input and
9:53AM 10    actually apply it to the plan for the ongoing operations?
9:53AM 11    A.   Yeah.  We changed the plan.
9:53AM 12    Q.   Okay.  And was that typical, to participate in crew
9:53AM 13    engagements, get the contractors' feedback, and then
9:53AM 14    incorporate their feedback into the ongoing plan?
9:53AM 15    A.   Yeah.  That's why we did it.
9:53AM 16    Q.   I was going to ask, was that the very purpose for the
9:53AM 17    meeting?
9:53AM 18    A.   Yeah.  It was twofold.  You know, it was also the
9:53AM 19    third-party contractors, too, the mud guys, the cementing guys,
9:53AM 20    the directional drillers.  Yeah.  We -- they have to do it.  So
9:53AM 21    we want them to tell us if there's something we could do better
9:53AM 22    or something that's not going to work.  And it's also to
9:53AM 23    familiarize them with the plan.
9:53AM 24         MS. KARIS:  Your Honor, I'm switching to a different
9:53AM 25    subject.  I'm not sure what time you'd like to take a break.

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:53AM | 1 | I'm happy to proceed. |
| 9:53AM | 2 | **THE COURT:** Let's go for a few more minutes. |
| 9:53AM | 3 | **MS. KARIS:** Okay. Thank you. |
| 9:53AM | 4 | BY MS. KARIS: |
| 9:53AM | 5 | **Q.** Now, Mr. Guide, I want to move forward a little in time to |
| 9:53AM | 6 | some of the operations that took place at Macondo while you |
| 9:53AM | 7 | were the well team leader. And I want to start by asking you |
| 9:54AM | 8 | about the March 8th kick that we've heard about. |
| 9:54AM | 9 | Did the Macondo well take a kick on March 8th of |
| 9:54AM | 10 | 2010? |
| 9:54AM | 11 | **A.** It did. |
| 9:54AM | 12 | **Q.** Okay. And was it unusual or unheard of for a well in the |
| 9:54AM | 13 | Gulf of Mexico to take a kick? |
| 9:54AM | 14 | **A.** No. |
| 9:54AM | 15 | **Q.** Were you working as the well's team leader when the kick |
| 9:54AM | 16 | actually occurred? |
| 9:54AM | 17 | **A.** No. I actually had delegated my duties to Brett Cocales. |
| 9:54AM | 18 | **Q.** Okay. And tell us, why had you delegated your duties? |
| 9:54AM | 19 | **A.** My father passed away, and I was at his funeral. |
| 9:54AM | 20 | **Q.** And how did you find out about this March 8th kick, given |
| 9:54AM | 21 | that you had delegated your duties? |
| 9:54AM | 22 | **A.** I had just come back from Pittsburgh and I just by habit |
| 9:54AM | 23 | happened to read the morning report, and it was all written |
| 9:54AM | 24 | down in the morning report. |
| 9:54AM | 25 | **Q.** Okay. And what did you do after you learned that the well |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:54AM | 1 | had taken a kick? |
| 9:55AM | 2 | **A.**   I took a shower and went to work. |
| 9:55AM | 3 | **Q.**   And what did you do in connection with the kick? |
| 9:55AM | 4 | **A.**   Well, when I got there, we -- I wanted to help, you know, |
| 9:55AM | 5 | figure out the plan to move forward. |
| 9:55AM | 6 | **Q.**   Given that you had delegated your duties, why did you go |
| 9:55AM | 7 | in, especially under the circumstances? |
| 9:55AM | 8 | **A.**   Because I wanted to help. |
| 9:55AM | 9 | **Q.**   Do you recall any of the details of the size or volume of |
| 9:55AM | 10 | that kick? |
| 9:55AM | 11 | **A.**   At the time, no; later, yes.  But at the time, no. |
| 9:55AM | 12 | **Q.**   You said you went in because you wanted to help.  Did you |
| 9:55AM | 13 | assist with the operations in connection with circulating out |
| 9:55AM | 14 | the kick and then the ongoing operations? |
| 9:55AM | 15 | **A.**   Yes, I did. |
| 9:55AM | 16 | **Q.**   And describe for us what your involvement was in that |
| 9:55AM | 17 | process. |
| 9:55AM | 18 | **A.**   We put together a team, which was fairly typical, of the |
| 9:55AM | 19 | engineers, myself.  And, also, we got our internal well control |
| 9:56AM | 20 | specialist, a gentleman by the name of John Shaughnessy.  And |
| 9:56AM | 21 | we also elicited the help of Well Wild Control.  And so I put |
| 9:56AM | 22 | together the team and implemented the plan forward. |
| 9:56AM | 23 | **Q.**   Did you have drill pipe get stuck as part of this |
| 9:56AM | 24 | operation? |
| 9:56AM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:56AM 1   **Q.**   What was that about?

9:56AM 2   **A.**   Well, it's what happens occasionally, not all the time.

9:56AM 3   But when you take a kick, the influx comes in and the actual

9:56AM 4   formation grabs the pipe and it -- and you can't move it.  And

9:56AM 5   that's what's called "being stuck."

9:56AM 6   **Q.**   And how was this problem, if you will, solved?

9:56AM 7   **A.**   We eventually severed the pipe with a high explosive and

9:56AM 8   we left part of the pipe in -- we just left it behind.

9:56AM 9   **Q.**   And is that called "sidetracking"?

9:57AM 10   **A.**   Yes.  Eventually sidetracking.

9:57AM 11   **Q.**   I'm sorry.  Is that part of the sidetracking process?

9:57AM 12   **A.**   Yes.

9:57AM 13   **Q.**   What does it mean to sidetrack?  We've heard about -- some

9:57AM 14   about that.

9:57AM 15   **A.**   Well, sidetracking is -- there's different reasons why you

9:57AM 16   sidetrack.  But in this particular case, the -- so the pipe

9:57AM 17   that we severed and left in the hole, now we have to physically

9:57AM 18   drill around it and -- we'll just call it sidetracking -- and

9:57AM 19   then continue downward.

9:57AM 20   **Q.**   And did you take time in order to resolve this issue and

9:57AM 21   sidetrack the pipe?

9:57AM 22   **A.**   Yes.

9:57AM 23   **Q.**   And how much time did it take approximately?

9:57AM 24   **A.**   About a week.

9:57AM 25   **Q.**   Did that then result in some delay in the operations at

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

9:57AM    1   the Macondo well?

9:57AM    2   **A.**   It did.

9:57AM    3   **Q.**   Did you at any time ask anybody to hurry up or cut any

9:57AM    4   corners because you were incurring a one-week-or-so delay as a

9:57AM    5   result of this incident?

9:57AM    6   **A.**   No.

9:57AM    7   **Q.**   Now, after the kick was sidetracked, did you find -- I'm

9:58AM    8   sorry.  After the kick was circulated out and you eventually

9:58AM    9   sidetracked, did you find out some information about the kick

9:58AM   10   itself; that is, the volume and the time it took in order to

9:58AM   11   detect the kick?

9:58AM   12   **A.**   Yes.

9:58AM   13   **Q.**   Okay.  Tell us about that.

9:58AM   14   **A.**   The engineers went back and actually analyzed the data

9:58AM   15   that was collected real-time, and they determined a kick

9:58AM   16   volume, which was about 35 to 40 barrels, and that it actually

9:58AM   17   took 25 or 30 minutes to detect it.

9:58AM   18   **Q.**   Okay.  And what was your reaction to the fact that they

9:58AM   19   had taken almost half an hour to detect it and it was about

9:58AM   20   30 barrels?

9:58AM   21   **A.**   I was disappointed.

9:58AM   22   **Q.**   I'm sorry?

9:58AM   23   **A.**   I was disappointed.

9:58AM   24   **Q.**   Okay.  And why were you disappointed?

9:58AM   25   **A.**   Well, the *Horizon* drilled exploration wells, and they had

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 9:58AM | 1 | taken kicks before, and it was just more than their standard. |
| 9:58AM | 2 | They had a high standard, and usually they caught their kicks |
| 9:59AM | 3 | within 20 barrels.  And this was more than, you know, the |
| 9:59AM | 4 | standard they had set. |
| 9:59AM | 5 | Q.   And did you communicate with anyone at Transocean that you |
| 9:59AM | 6 | were disappointed? |
| 9:59AM | 7 | A.   I talked to the well site leaders and the OIM. |
| 9:59AM | 8 | Q.   Okay.  Did BP perform an investigation of the |
| 9:59AM | 9 | March 8th kick in order to learn some lessons and then figure |
| 9:59AM | 10 | out how to apply those to future and ongoing operations? |
| 9:59AM | 11 | A.   The subsurface people did. |
| 9:59AM | 12 | Q.   Okay.  And did you see the Lessons Learned that the |
| 9:59AM | 13 | subsurface team did? |
| 9:59AM | 14 | A.   I did. |
| 9:59AM | 15 | Q.   By the way, were you also disappointed with the subsurface |
| 9:59AM | 16 | team? |
| 9:59AM | 17 | A.   Yes, I was. |
| 9:59AM | 18 | Q.   And tell us why. |
| 9:59AM | 19 | A.   Part of the subsurface team is called the "Tiger Team," |
| 9:59AM | 20 | and they are the actual folks that put together the pore |
| 9:59AM | 21 | pressure fracture gradient prediction.  And then we have people |
| 9:59AM | 22 | on the rig that are there for real-time pore pressure |
| 9:59AM | 23 | detection, and we also have a real-time geologist. |
| 10:00AM | 24 | And the main duty of -- one of the duties of the -- |
| 10:00AM | 25 | well, I'm sorry.  The main duty of the real-time pore pressure |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:00AM | 1 | detection person is to detect pore pressure changes, and taking |
| 10:00AM | 2 | a kick means you didn't detect your-- did not detect it. |
| 10:00AM | 3 | **Q.**   And does the Tiger Team remain on the rig until drilling |
| 10:00AM | 4 | is completed? |
| 10:00AM | 5 | **A.**   Yes. |
| 10:00AM | 6 | **Q.**   Is the Tiger Team -- does the Tiger Team then leave the |
| 10:00AM | 7 | rig after drilling is completed when you're preparing for |
| 10:00AM | 8 | temporary abandonment? |
| 10:00AM | 9 | **A.**   Yes, they do. |
| 10:00AM | 10 | **Q.**   Now, we talked about the Lessons Learned. |
| 10:00AM | 11 | **MS. KARIS:**  If we could pull up 1021.1.3 from this |
| 10:00AM | 12 | March 8th kick -- I'm sorry, 1021.1.2. |
| 10:00AM | 13 | **BY MS. KARIS:** |
| 10:00AM | 14 | **Q.**   You said the Tiger Team did a Lessons Learned.  Did you |
| 10:00AM | 15 | receive a copy of that Lessons Learned on March 18th, 2010? |
| 10:01AM | 16 | **A.**   I did. |
| 10:01AM | 17 | **Q.**   And Mr. Bodek, was he a member of the Tiger Team? |
| 10:01AM | 18 | **A.**   Yes, he was. |
| 10:01AM | 19 | **Q.**   He says:  "I've collated the responses to Jon's original |
| 10:01AM | 20 | e-mail below." |
| 10:01AM | 21 | Is that you, the "Jon" that he's referring to? |
| 10:01AM | 22 | **A.**   No, that's actually Jonathan Bellow. |
| 10:01AM | 23 | **Q.**   Another member of the Tiger Team? |
| 10:01AM | 24 | **A.**   Yes. |
| 10:01AM | 25 | **Q.**   "...we on the Tiger Team have had several discussions over |

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:01AM | 1 | the past few days regarding lessons learned from previous |
| 10:01AM | 2 | hole-section and a way forward for not only the remainder of |
| 10:01AM | 3 | Macondo but future exploration wells." |
| 10:01AM | 4 | And then he says:  "Please browse the attached |
| 10:01AM | 5 | Lessons Learned/plan forward and provide feedback should you |
| 10:01AM | 6 | feel obligated." |
| 10:01AM | 7 | Was this part of BP's practice, when you have an |
| 10:01AM | 8 | incident like the March 8th kick, to conduct the |
| 10:01AM | 9 | Lessons Learned session and then distribute the information or |
| 10:01AM | 10 | lesson that's learned to a broad team? |
| 10:01AM | 11 | A.   Yes. |
| 10:01AM | 12 | Q.   Any changes made as a result of this incident and the |
| 10:02AM | 13 | lessons learned that had been identified by Mr. Bodek here? |
| 10:02AM | 14 | A.   Yeah.  For the remainder of the Macondo well, we actually |
| 10:02AM | 15 | added another person to the rig site to assist in the real-time |
| 10:02AM | 16 | pore pressure detection. |
| 10:02AM | 17 | Q.   And then were there also revisions to future plans, as |
| 10:02AM | 18 | Mr. Bodek identifies here? |
| 10:02AM | 19 | A.   So the decision was made that we were going to now stop at |
| 10:02AM | 20 | predetermined depths and set casing strings.  Usually, in |
| 10:02AM | 21 | exploratory wells you drill and try to find your casing point. |
| 10:02AM | 22 | It's a common practice. |
| 10:02AM | 23 | But we made the decision at this point that we |
| 10:02AM | 24 | weren't going to do that.  We were going to drill to a certain |
| 10:02AM | 25 | depth, stop, set casing, then go to the next depth, stop and |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:02AM | 1 | set casing. |
| 10:02AM | 2 | **Q.**   And so not only did you make adjustments to Macondo, but |
| 10:02AM | 3 | then practices and policies changed going forward as a result |
| 10:03AM | 4 | of this March 8th incident? |
| 10:03AM | 5 | **A.**   That's correct. |
| 10:03AM | 6 | **Q.**   Now, did you participate in a phone call with Mr. Sims on |
| 10:03AM | 7 | March 13th relating to this March 8th kick? |
| 10:03AM | 8 | **A.**   I did. |
| 10:03AM | 9 | **Q.**   And had all of the operations in connection with the |
| 10:03AM | 10 | March 8th kick been resolved as of that time? |
| 10:03AM | 11 | **A.**   No. |
| 10:03AM | 12 | **Q.**   What remained to be done as of March 8th? |
| 10:03AM | 13 | **A.**   We still had to finish circulating out the kick. |
| 10:03AM | 14 | **Q.**   Okay.  So you hadn't yet circulated out the kick? |
| 10:03AM | 15 | **A.**   That's correct. |
| 10:03AM | 16 | **Q.**   And now were you back in your day job, so to speak? |
| 10:03AM | 17 | **A.**   Yes. |
| 10:03AM | 18 | **Q.**   What was Mr. Sims' position at the time? |
| 10:03AM | 19 | **A.**   He was the acting well operations manager. |
| 10:03AM | 20 | **Q.**   When you say "acting well operations manager," what do you |
| 10:03AM | 21 | mean? |
| 10:03AM | 22 | **A.**   Ian Little had got promoted and was moving to London, and |
| 10:03AM | 23 | David was going to assume Ian's position.  But the actual -- |
| 10:04AM | 24 | there's a process for Ian to hand over, and that just had not |
| 10:04AM | 25 | been done yet.  So he was still called the acting operations |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

10:04AM   1   manager.

10:04AM   2   Q.   Okay.  Did you and Mr. Sims have a disagreement on the

10:04AM   3   March 13th call in connection with how to circulate out the

10:04AM   4   kick?

10:04AM   5   A.   Yes, we did.

10:04AM   6   Q.   Can you tell us about that disagreement.

10:04AM   7   A.   We were all -- we had a phone conversation with the rig,

10:04AM   8   and the Wild Well Control gentleman was also on the call -- it

10:04AM   9   was a conference call.

10:04AM   10          The Wild Well Control gentleman -- we also had

10:04AM   11   another well site leader who was helping out.  He was on the

10:04AM   12   call along with Jimmy Harrell and Murry and Ronnie on the rig.

10:04AM   13   And we were at a spot where the general consensus -- well, the

10:04AM   14   almost unanimous consensus was to proceed a certain way

10:04AM   15   forward.  And this was a recommendation from the rig,

10:04AM   16   and David wanted to do it a different way.

10:05AM   17   Q.   And were you frustrated with the fact that Mr. Sims wanted

10:05AM   18   to do it a different way than what the consensus on the rig

10:05AM   19   was?

10:05AM   20   A.   Yes, I was.

10:05AM   21   Q.   Did Mr. Sims appear to be frustrated to you?

10:05AM   22   A.   Yes, he was frustrated.

10:05AM   23   Q.   What gave you the impression that he was frustrated?

10:05AM   24   A.   Just his tone of voice.

10:05AM   25   Q.   Okay.  And did Mr. Sims subsequently send you an e-mail

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:05AM | 1 | expressing his frustration? |
| 10:05AM | 2 | **A.**   Yes, he did. |
| 10:05AM | 3 | **MS. KARIS:**  If we can now look at TREX-1126.1.1, |
| 10:05AM | 4 | please. |
| 10:05AM | 5 | **BY MS. KARIS:** |
| 10:05AM | 6 | **Q.**   And did you receive this e-mail following the call that |
| 10:05AM | 7 | you had with Mr. Sims in which you expressed your frustration |
| 10:05AM | 8 | with him and he expressed his frustration as well? |
| 10:05AM | 9 | **A.**   Yes. |
| 10:05AM | 10 | **Q.**   What did he write to you? |
| 10:05AM | 11 | **A.**   "What did I do to make you mad?" |
| 10:05AM | 12 | **Q.**   Did you respond to this e-mail? |
| 10:05AM | 13 | **A.**   I did. |
| 10:05AM | 14 | **MS. KARIS:**  1126.1.2, please. |
| 10:05AM | 15 | **BY MS. KARIS:** |
| 10:05AM | 16 | **Q.**   What did you tell Mr. Sims about what made you upset? |
| 10:06AM | 17 | **A.**   Because he didn't listen. |
| 10:06AM | 18 | **Q.**   What do you mean by "he didn't listen"? |
| 10:06AM | 19 | **A.**   I had given Mr. Sims feedback earlier that I didn't think |
| 10:06AM | 20 | that he listened enough to the guys on the rig and, you know, |
| 10:06AM | 21 | and I valued all their opinions and I thought he should listen |
| 10:06AM | 22 | to them better.  And he -- during this conversation he -- in my |
| 10:06AM | 23 | opinion, he didn't listen to them. |
| 10:06AM | 24 | **Q.**   And did you -- let me start over again. |
| 10:06AM | 25 | Did you view your role as the wells team leader as |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:06AM | 1 | being the spokesperson, if you will, or the eyes and ears of |
| 10:06AM | 2 | well site leaders? |
| 10:06AM | 3 | A.   Yes.  Well, they were our eyes and ears on the rig.  So -- |
| 10:06AM | 4 | and these guys have a lot of experience and I value their |
| 10:06AM | 5 | opinion, and I thought he should just listen better to them. |
| 10:06AM | 6 | Q.   Were you trying to communicate to Mr. Sims that you wanted |
| 10:06AM | 7 | him to listen better to Ronnie and Murry, who you reference in |
| 10:07AM | 8 | this e-mail? |
| 10:07AM | 9 | A.   Yes.  And Jimmy Adams, he was a well site leader as well. |
| 10:07AM | 10 | He was helping us out. |
| 10:07AM | 11 | Q.   Did Mr. Sims respond to your e-mail? |
| 10:07AM | 12 | A.   He did. |
| 10:07AM | 13 | MS. KARIS:  If we can look at 1126.1.4. |
| 10:07AM | 14 | BY MS. KARIS: |
| 10:07AM | 15 | Q.   He says there:  "I have a much longer response typed, but |
| 10:07AM | 16 | I'm not going to send it until I'm back and we can talk.  We |
| 10:07AM | 17 | need to talk.  We cannot fight about every decision." |
| 10:07AM | 18 | Did Mr. Sims ever send you a much longer response |
| 10:07AM | 19 | than this? |
| 10:07AM | 20 | A.   No, he did not. |
| 10:07AM | 21 | Q.   He goes on to say -- first of all, he says:  "We cannot |
| 10:07AM | 22 | fight about every decision." |
| 10:07AM | 23 | Did you take that to be literal, that you were |
| 10:07AM | 24 | fighting about every decision? |
| 10:07AM | 25 | A.   No. |

OFFICIAL TRANSCRIPT

|  |  |
|---|---|
| 10:07AM | 1 |

**Q.** Why not?  Why didn't you take that literally?

**A.** Because we didn't.

**Q.** Were there a number of decisions in connection with this March 8th kick that you and he agreed on?

**A.** There were a couple of decisions that we didn't agree on during the March 8th kick.

**Q.** Were there also decisions that you did agree with him on?

**A.** Oh, yes, most of them.

**Q.** You say there, by the way -- I'm sorry, strike that.

He says in this e-mail:  "By the way, you said you agreed 100 percent with me this morning.  Bleeding the pipe off bottom and while underbalanced to the kick zone is wrong."

Tell us what that was about where he says you agreed with him.

**A.** Well, we actually had a conversation prior to the call and he was making some comments about, you know, different things.  And I did agree with him.  But once we got the rig on the line and they explained what they did, well, it changed.

**Q.** Okay.  And did this pertain to -- this conversation, did it pertain to how to bleed off the kick or how to come out of the kick, if you will, bleed off the pressure?

**A.** Yes, it did.  It did.

**Q.** Did Mr. Sims have one point of view as to what engineering approach should be taken, and you and the wells site leaders and Mr. Adams have a different approach?

ALEXANDER JOHN GUIDE - DIRECT

10:09AM  1    A.    Yes, we did.
10:09AM  2    Q.    And when it says you agreed with him, is he correct that
10:09AM  3    in the morning you agreed with him, but then after speaking to
10:09AM  4    the well site leaders, Mr. Adams and others, you had a
10:09AM  5    different point of view?
10:09AM  6    A.    That's correct, which is one of the reasons I said, you
10:09AM  7    didn't listen.
10:09AM  8    Q.    Okay.  And so the "you didn't listen" pertained to the
10:09AM  9    fact that you felt you had taken their input and changed your
10:09AM 10    mind?
10:09AM 11    A.    Yes.  We didn't even have their input when we had our
10:09AM 12    first conversation.  We were just discussing things.  And then
10:09AM 13    we got the story.
10:09AM 14    Q.    Okay.  And then he goes on to say at the bottom there:  "I
10:09AM 15    will hand this well over to you in the morning and then you
10:09AM 16    will be able to do whatever you want.  I would strongly
10:09AM 17    suggest, for everyone's sake, that you make logical decisions
10:09AM 18    based on facts after weighing all the opinions."
10:09AM 19          Why was Mr. Sims handing this well over to you in the
10:09AM 20    morning?
10:09AM 21    A.    He was going on vacation.
10:09AM 22    Q.    Okay.  And did you and -- did Mr. Sims, in fact, go on
10:10AM 23    vacation?
10:10AM 24    A.    Yes, he did.
10:10AM 25    Q.    And did you and the team continue to work on circulating

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:10AM | 1 | out the kick? |
| 10:10AM | 2 | **A.**   Yes, we did. |
| 10:10AM | 3 | **Q.**   Were you able to successfully circulate out the kick? |
| 10:10AM | 4 | **A.**   Yes, we did. |
| 10:10AM | 5 | **Q.**   Was your disagreement with Mr. Sims over this issue |
| 10:10AM | 6 | resolved? |
| 10:10AM | 7 | **A.**   Yes, it was. |
| 10:10AM | 8 | **Q.**   Did you continue working with Mr. Sims after this point? |
| 10:10AM | 9 | **A.**   I did. |
| 10:10AM | 10 | **MS. KARIS:**  Now, if we can look at TREX-1148, please. |
| 10:10AM | 11 | Call out the bottom e-mail.  Actually, it's |
| 10:10AM | 12 | 1148.1.6. |
| 10:10AM | 13 | **BY MS. KARIS:** |
| 10:10AM | 14 | **Q.**   Is this an e-mail Mr. Sims sent you the following day |
| 10:10AM | 15 | before he went on vacation in connection with this kick? |
| 10:11AM | 16 | **A.**   Yes, it was. |
| 10:11AM | 17 | **Q.**   All right.  And he says, "Dave wants Jon" -- would that be |
| 10:11AM | 18 | John Shaughnessy? |
| 10:11AM | 19 | **A.**   No, that was Jon Sprague. |
| 10:11AM | 20 | **Q.**   "Dave wants Jon Sprague in the loop, so if you make any |
| 10:11AM | 21 | significant changes to the plan, please make sure you get Jon's |
| 10:11AM | 22 | concurrence, Dave will ask." |
| 10:11AM | 23 | And then he closes by saying:  "I hope everything |
| 10:11AM | 24 | goes well and you have a smooth, quiet week.  Everyone will |
| 10:11AM | 25 | breathe easier when we get that plug set." |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:11AM | 1 | What did you understand Mr. Sims to be telling you in |
| 10:11AM | 2 | connection with this communication after he had sent you that |
| 10:11AM | 3 | other e-mail the prior day? |
| 10:11AM | 4 | A.   I think he was reconciling his differences and hoping |
| 10:11AM | 5 | everything goes well. |
| 10:11AM | 6 | Q.   And did you agree that things were going to go smoother, |
| 10:11AM | 7 | at least everybody could breathe easier once you circulated out |
| 10:11AM | 8 | the kick and resumed operations? |
| 10:11AM | 9 | A.   Yes. |
| 10:11AM | 10 | Q.   Was this a high-stress time, if you will, for you given |
| 10:12AM | 11 | everything that was going on with you personally as well as |
| 10:12AM | 12 | coming back to this incident? |
| 10:12AM | 13 | A.   Yes, it was. |
| 10:12AM | 14 | Q.   Did you take Mr. Sims' statement there as him getting over |
| 10:12AM | 15 | his frustration with you and responding? |
| 10:12AM | 16 | A.   Yes, I did. |
| 10:12AM | 17 | Q.   And did you respond to Mr. Sims? |
| 10:12AM | 18 | A.   I did. |
| 10:12AM | 19 | MS. KARIS:  If we can look at TREX-1148.1.4. |
| 10:12AM | 20 | BY MS. KARIS: |
| 10:12AM | 21 | Q.   Is this the response that you sent to him? |
| 10:12AM | 22 | A.   Yes, it was. |
| 10:12AM | 23 | Q.   And what did you tell him in response? |
| 10:12AM | 24 | A.   I said:  "Got it, I'll visit with Jon regardless . . . |
| 10:12AM | 25 | Have a nice peaceful time off.  I give you my word I will |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:12AM | 1 | consult the team and make well thought out decisions. |
| 10:12AM | 2 | "Will you be my Valentine?" |
| 10:12AM | 3 | **Q.**   Why did you say to him "Will you be my Valentine?" |
| 10:12AM | 4 | **A.**   Just, you know, reconciling our differences, he's my |
| 10:12AM | 5 | friend. |
| 10:12AM | 6 | **Q.**   Do you recall his response back to you -- |
| 10:12AM | 7 | **A.**   Yes. |
| 10:13AM | 8 | **Q.**   -- right at the top there? |
| 10:13AM | 9 | **MS. KARIS:**  Will you call it out. |
| 10:13AM | 10 | **THE WITNESS:**  "Forever yours." |
| 10:13AM | 11 | **BY MS. KARIS:** |
| 10:13AM | 12 | **Q.**   How did you take that then, when Mr. Sims responded and |
| 10:13AM | 13 | said, "Forever yours" to "Will you be my Valentine?" |
| 10:13AM | 14 | **A.**   To me that meant that this is behind us, we're moving on. |
| 10:13AM | 15 | **Q.**   Did you have a long-term friendship with Mr. Sims at this |
| 10:13AM | 16 | point as well as a professional relationship with him? |
| 10:13AM | 17 | **A.**   Both. |
| 10:13AM | 18 | **Q.**   Did you view that situation as one in which there were |
| 10:13AM | 19 | differences of opinion or engineering judgment in how to go |
| 10:13AM | 20 | forward? |
| 10:13AM | 21 | **A.**   Yes.  I mean, it's -- and that's very common.  I mean, |
| 10:13AM | 22 | there's -- there's many different decisions where there's |
| 10:13AM | 23 | different opinions. |
| 10:13AM | 24 | **Q.**   And after Mr. Sims returned from vacation, did he send you |
| 10:13AM | 25 | an e-mail expressing his view as to how you had handled this |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:13AM | 1 | situation? |
| 10:13AM | 2 | **A.**   Yes. |
| 10:13AM | 3 |        **MS. KARIS:**  And if we can now look at 5973.1.6, |
| 10:13AM | 4 | please. |
| 10:13AM | 5 | **BY MS. KARIS:** |
| 10:13AM | 6 | **Q.**   This is Mr. Sims' e-mail back to you when he comes back |
| 10:14AM | 7 | from vacation.  He says:  "Thanks, John.  Vacation was great. |
| 10:14AM | 8 | You did a great job getting redrilled." |
| 10:14AM | 9 | **A.**   Yes. |
| 10:14AM | 10 | **Q.**   What is that referencing? |
| 10:14AM | 11 | **A.**   To getting the well -- the kick circulated out, getting |
| 10:14AM | 12 | the cement plug set and getting sidetracked. |
| 10:14AM | 13 | **Q.**   So is Mr. Sims complimentary of your efforts in connection |
| 10:14AM | 14 | with dealing with the March 8th kick? |
| 10:14AM | 15 | **A.**   Yes, he was. |
| 10:14AM | 16 |        **MS. KARIS:**  Your Honor, I'm about to switch to a |
| 10:14AM | 17 | different subject. |
| 10:14AM | 18 |        **THE COURT:**  Let's go ahead and take a 15-minute |
| 10:14AM | 19 | break. |
| 10:14AM | 20 |        **THE DEPUTY CLERK:**  All rise. |
| 10:14AM | 21 |        (WHEREUPON, the Court took a recess.) |
| 10:35AM | 22 |        **THE DEPUTY CLERK:**  All rise. |
| 10:35AM | 23 |        **THE COURT:**  Please be seated, everyone. |
| 10:35AM | 24 |        All right.  Ms. Karis. |
| 10:35AM | 25 |        **MS. KARIS:**  Thank you, Your Honor. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:35AM | 1 | **BY MS. KARIS:** |
| 10:35AM | 2 | **Q.**   Mr. Guide, I want to continue now by talking about the |
| 10:36AM | 3 | operations at the Macondo well in the weeks following the |
| 10:36AM | 4 | March 8th kick.  From March 8th until you stopped drilling at |
| 10:36AM | 5 | Macondo on April 9th of 2010, did you encounter any other |
| 10:36AM | 6 | difficulties or challenges? |
| 10:36AM | 7 | **A.**   Yes, we did. |
| 10:36AM | 8 | **Q.**   Okay.  And can you tell us what the challenge was that you |
| 10:36AM | 9 | encountered? |
| 10:36AM | 10 | **A.**   We had losses in the last hole section. |
| 10:36AM | 11 | **Q.**   And was a decision made to call total depth, true vertical |
| 10:36AM | 12 | depth, earlier than was originally anticipated? |
| 10:36AM | 13 | **A.**   Yes, it was. |
| 10:36AM | 14 | **Q.**   What is your understanding as to why that decision was |
| 10:36AM | 15 | made? |
| 10:36AM | 16 | **A.**   This well had two objectives, a primary and a secondary. |
| 10:36AM | 17 | Once we made the decision to actually stop at certain points as |
| 10:37AM | 18 | opposed to finding the points, it was really going to limit the |
| 10:37AM | 19 | ability to go to the next objective, which was about 1,000 feet |
| 10:37AM | 20 | deeper than the primary one. |
| 10:37AM | 21 | **Q.**   Okay.  When you say stop at certain points rather than |
| 10:37AM | 22 | find the next points, what are you talking about? |
| 10:37AM | 23 | **A.**   The original plan had us setting 9 7/8 casing through the |
| 10:37AM | 24 | primary objective, and then after that, drilling the next hole |
| 10:37AM | 25 | section.  But we made the decision to actually stop and set the |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:37AM | 1 | 9 7/8 casing early.  So that was going to possibly not enable |
| 10:37AM | 2 | us to get to the secondary objective. |
| 10:37AM | 3 | **Q.**   Okay.  And what was the final depth of this well? |
| 10:37AM | 4 | **A.**   18,360 feet, measured depth. |
| 10:37AM | 5 | **Q.**   And that objective -- or the drilling stopped in |
| 10:38AM | 6 | connection with that depth and that objective on April 9th of |
| 10:38AM | 7 | 2010; is that correct? |
| 10:38AM | 8 | **A.**   That's correct. |
| 10:38AM | 9 | **Q.**   Now, did the decision to stop drilling at 18,360 feet at a |
| 10:38AM | 10 | depth shallower than was originally anticipated, did that have |
| 10:38AM | 11 | an impact on some of the plans going forward? |
| 10:38AM | 12 | **A.**   Yes, it did. |
| 10:38AM | 13 | **Q.**   Can you describe that for us. |
| 10:38AM | 14 | **A.**   The -- do you want -- I mean -- |
| 10:38AM | 15 | **Q.**   Just general overview, if you will, and then we'll talk |
| 10:38AM | 16 | about some of the individual operations. |
| 10:38AM | 17 | **A.**   Okay.  Well, the main thing it changed was the hole size |
| 10:38AM | 18 | configuration changed and, therefore, the casing configuration |
| 10:38AM | 19 | was going to have to change, and that was the largest impact. |
| 10:38AM | 20 | **Q.**   Okay.  So did that then require further consideration of |
| 10:38AM | 21 | the casing configuration? |
| 10:38AM | 22 | **A.**   Yes, it did. |
| 10:38AM | 23 | **Q.**   We're going to talk about the casing configuration -- |
| 10:39AM | 24 | that's the discussion of the long-string versus the liner -- in |
| 10:39AM | 25 | a minute. |

OFFICIAL TRANSCRIPT

8669

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:39AM | 1 | But before we get to that, I want to ask you, after |
| 10:39AM | 2 | the well was drilled on April 9th, subsequently, did there come |
| 10:39AM | 3 | a situation where you had to change out the well site leader |
| 10:39AM | 4 | who was on the rig, Mr. Sepulvado, and have Mr. Kaluza go out |
| 10:39AM | 5 | and replace him? |
| 10:39AM | 6 | A.   Yes. |
| 10:39AM | 7 | Q.   Do you recall when that occurred? |
| 10:39AM | 8 | A.   It was on April 16th. |
| 10:39AM | 9 | Q.   Explain to us how that came about. |
| 10:39AM | 10 | A.   Mr. Sepulvado had earlier identified that he had to attend |
| 10:39AM | 11 | well control school.  It's a requirement, you have to have your |
| 10:39AM | 12 | certification.  It's the law.  And also he needed to go and be |
| 10:39AM | 13 | available for his daughter's graduation.  So we had known |
| 10:39AM | 14 | previously that we were going to have to have a fill-in for |
| 10:39AM | 15 | Mr. Sepulvado for a couple of days. |
| 10:39AM | 16 | Q.   Were you involved in the decision to have Mr. Kaluza |
| 10:39AM | 17 | replace Mr. Sepulvado? |
| 10:39AM | 18 | A.   Yes, I was. |
| 10:40AM | 19 | Q.   Tell us how you went about that. |
| 10:40AM | 20 | A.   We have a gentleman named Keith Daigle who keeps track of |
| 10:40AM | 21 | all the different well site leader assignments through the |
| 10:40AM | 22 | Gulf of Mexico.  After Ronnie sent me his e-mail telling me |
| 10:40AM | 23 | about his requirements, I got with Keith and then Keith sourced |
| 10:40AM | 24 | out who was available at the time. |
| 10:40AM | 25 | Q.   And did you have communication with Mr. Daigle about |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:40AM | 1 | sending Mr. Kaluza out to the rig since Mr. Sepulvado could not |
| 10:40AM | 2 | be out there at that time? |
| 10:40AM | 3 | A.   Yes, I did. |
| 10:40AM | 4 | Q.   Do you know who Tony Emerson is? |
| 10:40AM | 5 | A.   I do. |
| 10:40AM | 6 | Q.   Who is Mr. Emerson? |
| 10:40AM | 7 | A.   Mr. Emerson was my counterpart on the *Thunder Horse PDQ*, |
| 10:40AM | 8 | which is a large drilling rig on the Thunder Horse platform, |
| 10:40AM | 9 | and Bob worked for Mr. Emerson. |
| 10:40AM | 10 | Q.   Was Mr. Emerson also involved in the decision to send out |
| 10:40AM | 11 | Mr. Kaluza? |
| 10:40AM | 12 | A.   Yes, he was. |
| 10:40AM | 13 | Q.   What was his involvement? |
| 10:40AM | 14 | A.   He just -- I just verified with Tony that, one, Bob was |
| 10:41AM | 15 | available, and then he made arrangements with Bob that he was |
| 10:41AM | 16 | going to go to the *Horizon* for four days. |
| 10:41AM | 17 | Q.   Okay.  Now, at the time Mr. Kaluza was being sent out to |
| 10:41AM | 18 | the *Deepwater Horizon* -- I think you said he was on the *PDQ*? |
| 10:41AM | 19 | A.   *Thunder Horse PDQ*. |
| 10:41AM | 20 | Q.   *Thunder Horse PDQ*.  What is the *Thunder Horse PDQ*? |
| 10:41AM | 21 | A.   Thunder Horse is one of our biggest fields in the world. |
| 10:41AM | 22 | It's located in the Mississippi Canyon, in the deepwater Gulf |
| 10:41AM | 23 | of Mexico.  It's a large production platform that at the time |
| 10:41AM | 24 | had, I think, about 250,000 barrels of oil a day flowing |
| 10:41AM | 25 | through it. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

10:41AM  1        On top of the platform there was a drilling rig, and
10:41AM  2  Mr. Kaluza was a well site leader on that rig.
10:41AM  3  **Q.**   So was Mr. Kaluza coming from another deepwater Gulf of
10:41AM  4  Mexico drilling rig when he came on to the *Deepwater Horizon*?
10:42AM  5  **A.**   Yes.
10:42AM  6  **Q.**   Prior to Mr. Kaluza arriving at the *Deepwater Horizon*, did
10:42AM  7  you have occasion to speak with him?
10:42AM  8  **A.**   I did.
10:42AM  9  **Q.**   Tell us about that.
10:42AM 10  **A.**   We have a semi-annual well site leader meeting.  It's when
10:42AM 11  we get all the well site leaders that are on a certain hitch
10:42AM 12  and they all come together and have a couple-day meeting with
10:42AM 13  them where, you know, we discuss safety, performance,
10:42AM 14  operations.  We bring in guest speakers, and Bob was at that
10:42AM 15  meeting, which was on the 14th and 15th of April.  And I
10:42AM 16  discussed with him, you know, what the upcoming operation was
10:42AM 17  going to be.
10:42AM 18  **Q.**   Did Mr. Kaluza express any concerns to you about what the
10:42AM 19  stage of the operations was or his ability to oversee those
10:42AM 20  operations?
10:42AM 21  **A.**   No.
10:42AM 22  **Q.**   Did you have any concerns after speaking with Mr. Emerson
10:43AM 23  as well as Mr. Daigle about Mr. Kaluza's ability to serve as a
10:43AM 24  well site leader on the operations in the *Deepwater Horizon*?
10:43AM 25  **A.**   No.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

10:43AM  1    **Q.**   Now, once Mr. Kaluza got to the rig, were there other

10:43AM  2    sources of information available to him to inform himself as to

10:43AM  3    the ongoing operations, above and beyond the conversation that

10:43AM  4    you had?

10:43AM  5    **A.**   Yes.  We have a --

10:43AM  6    **Q.**   Tell us what those are.  I'm sorry.  Go ahead.

10:43AM  7    **A.**   Yes.  We have a system that we have two well site leaders

10:43AM  8    on the rig at all times and sometimes three.  But we always

10:43AM  9    overlap -- overlap their hitches by a week, so it's a staggered

10:43AM  10   hitch.  So there's always been a BP well site leader on the rig

10:43AM  11   for at least a week before the new well site leader comes

10:43AM  12   onboard.

10:43AM  13   **Q.**   And who was the BP well site leader who was on hitch for

10:43AM  14   at least one week before Mr. Kaluza arrived there?

10:43AM  15   **A.**   Don Vidrine.

10:43AM  16   **Q.**   And was Mr. Vidrine going to remain on the rig through the

10:44AM  17   first week at least of Mr. Kaluza's operations?

10:44AM  18   **A.**   Yes.  Well, he was only going to be there four days,

10:44AM  19   Mr. Kaluza.

10:44AM  20   **Q.**   Mr. Kaluza was going to be there for a few days, so

10:44AM  21   Mr. Vidrine would have been there the entire time?

10:44AM  22   **A.**   Yes.

10:44AM  23   **Q.**   Now, there's been some assertion in this case that the

10:44AM  24   change-out of Mr. Kaluza -- Mr. Sepulvado with Mr. Kaluza

10:44AM  25   occurred during, in quotes, critical operations.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

10:44AM 1          Do you agree with that statement?

10:44AM 2    **A.**   Well, every operation is critical, but anything in

10:44AM 3    particular to this one, no.

10:44AM 4    **Q.**   That was going to be my question.  Was there anything

10:44AM 5    unique about conducting a temporary abandonment as part of

10:44AM 6    operations?

10:44AM 7    **A.**   No.

10:44AM 8    **Q.**   Were you satisfied, based on the conversations that you

10:44AM 9    had had with Mr. Kaluza himself as well as his supervisor,

10:44AM 10   Mr. Daigle, that Mr. Kaluza could, in fact, act as a well site

10:45AM 11   leader on the *Deepwater Horizon* during temporary abandonment

10:45AM 12   procedures?

10:45AM 13   **A.**   Yes.

10:45AM 14   **Q.**   And what gave you that level of satisfaction and comfort?

10:45AM 15   **A.**   I knew all the training that the BP well site leaders go

10:45AM 16   through and Bob had a lot of training, plus a lot of

10:45AM 17   experience, and he also was a petroleum engineer, and I had no

10:45AM 18   reason not to believe that he was more than qualified.  All of

10:45AM 19   our well site leaders are qualified.

10:45AM 20   **Q.**   Let's change topics now.  You referenced that as a result

10:45AM 21   of calling true vertical depth a little earlier than

10:45AM 22   anticipated, one of the issues was considering what the

10:45AM 23   production casing was going to be given the hole size.  Do you

10:45AM 24   recall that?

10:45AM 25   **A.**   Yes.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

10:45AM  1    Q.   All right.  Were you involved in discussions relating to

10:46AM  2    what type of production casing would be used at the Macondo

10:46AM  3    well?

10:46AM  4    A.   I was.

10:46AM  5    Q.   Who was responsible for making the decision about the type

10:46AM  6    of production casing to use?

10:46AM  7    A.   That was the engineering team.

10:46AM  8    Q.   What was the plan, the original plan, for what type of

10:46AM  9    production casing would be used?

10:46AM  10   A.   It was a long string and 9 7/8 casing was the original

10:46AM  11   plan.

10:46AM  12   Q.   And was a long string the production casing that was

10:46AM  13   ultimately used?

10:46AM  14   A.   Yes.

10:46AM  15   Q.   Were there some discussions about possibly changing from

10:46AM  16   the original plan of a long string and going now to a different

10:46AM  17   plan, a liner?

10:46AM  18   A.   Yes, there was.

10:46AM  19   Q.   Can you tell us what led to those discussions.

10:46AM  20   A.   Yes.  We were at the well site leader meeting and we --

10:46AM  21   Jon Sprague and David Sims, said, "Okay, we need to have a

10:47AM  22   discussion with the engineering folks about the actual

10:47AM  23   cementing of the production casing."

10:47AM  24          So during that meeting, we -- Mr. Sprague had a

10:47AM  25   PowerPoint presentation and he, Mr. Sims, a gentleman by the

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

10:47AM 1    name of Terry Miglicco, who was the completion engineering team
10:47AM 2    leader, and myself participated in a phone call with Greg Walz
10:47AM 3    and Brad and I think Mr. Hafle back at the office about the
10:47AM 4    operations.
10:47AM 5    Q.    Okay.  Now, since you're a member of the operations team
10:47AM 6    and it's an engineering team decision regarding what kind of
10:47AM 7    casing would be used, why are you involved in those
10:47AM 8    discussions?
10:47AM 9    A.    Mainly, for -- they asked my input, but mainly for
10:47AM 10   information because the well site leaders need to get the
10:47AM 11   material out there, they need to get the people out there.  So
10:47AM 12   I needed to know what they wanted to do.
10:47AM 13   Q.    Okay.
10:47AM 14            MS. KARIS:  Let's look at TREX-41625-N.1, please.
10:48AM 15   BY MS. KARIS:
10:48AM 16   Q.    You mentioned a PowerPoint presentation that Mr. Sprague
10:48AM 17   gave.  Is this that PowerPoint presentation, TREX-41625?
10:48AM 18   A.    Yes.
10:48AM 19   Q.    Who led this presentation, if you recall?
10:48AM 20   A.    Greg Walz from the office side really led the discussion,
10:48AM 21   and Mr. Sprague from the actual meeting I was in.
10:48AM 22   Q.    And remind us again, are those gentlemen both on the
10:48AM 23   engineering team?
10:48AM 24   A.    Yes.  Greg was the engineering team leader, and
10:48AM 25   Jon Sprague was his boss.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

10:48AM  1          **MS. KARIS:**  If we can go to 41625-N, as in Nicholas,

10:48AM  2  .1.9, please.

10:48AM  3  **BY MS. KARIS:**

10:48AM  4  **Q.**   There's a reference in here that the "Long string of

10:48AM  5  9 7/8 by 7-inch casing was the primary option."

10:48AM  6          Can you tell us why the long string was the primary

10:49AM  7  option, past tense?

10:49AM  8  **A.**   It was -- it was -- the long string was in the original

10:49AM  9  basis of design for the well.

10:49AM  10  **Q.**   And was there then consideration to moving away from the

10:49AM  11  long string and going towards a liner?

10:49AM  12  **A.**   Yes.  As the first bullet says, it says:  "Cement

10:49AM  13  simulations indicate it is unlikely to be a successful cement

10:49AM  14  job due to formation breakdown."

10:49AM  15  **Q.**   And what cement simulations were being referenced there?

10:49AM  16  **A.**   These were Halliburton's OptiCem cement simulation

10:49AM  17  program.

10:49AM  18  **Q.**   What was it about those cement simulation programs that

10:49AM  19  led to the conclusion that it was unlikely to be a successful

10:49AM  20  cement job due to formation breakdown?

10:49AM  21  **A.**   The simulation was predicting that when the cement was

10:49AM  22  actually pumped, that the pressure that it was going to put on

10:49AM  23  the -- the actual Macondo reservoir was going to be greater

10:49AM  24  than what it could withstand and we would lose circulation.

10:50AM  25  **Q.**   And was there a review of those simulations?

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:50AM | 1 | **A.**   Yes, there was. |
| 10:50AM | 2 | **Q.**   And tell us about that. |
| 10:50AM | 3 | **A.**   The simulations were -- well, there were several |
| 10:50AM | 4 | simulations and then Mr. Sims astutely pointed out that the -- |
| 10:50AM | 5 | one of the outputs of the program were not accurately |
| 10:50AM | 6 | predicting the numbers that we really saw. |
| 10:50AM | 7 | **Q.**   What do you mean by the outputs were not accurately |
| 10:50AM | 8 | predicting the numbers that you saw?  What numbers? |
| 10:50AM | 9 | **A.**   One of the -- one of the features of this program, it |
| 10:50AM | 10 | calculates the compressibility of the mud.  This kind of |
| 10:50AM | 11 | drilling fluid or mud that we use is a synthetic oil-based mud, |
| 10:50AM | 12 | so it can actually be compressed.  Just picture that.  So the |
| 10:50AM | 13 | surface number in this particular case was a |
| 10:51AM | 14 | 14-pound-per-gallon equivalent, and the actual numbers that we |
| 10:51AM | 15 | saw from the readings we got was 14.2. |
| 10:51AM | 16 | But for some reason, the cement model was saying -- |
| 10:51AM | 17 | the input was 14, but the bottom number was 14.5. |
| 10:51AM | 18 | **Q.**   So you had actual readings that indicated 14.2, but the |
| 10:51AM | 19 | model was predicting 14.5? |
| 10:51AM | 20 | **A.**   Correct. |
| 10:51AM | 21 | **Q.**   And did you rely on the actual readings since you had data |
| 10:51AM | 22 | for those numbers? |
| 10:51AM | 23 | **A.**   Yes. |
| 10:51AM | 24 | **Q.**   And so what happened in connection with correcting the |
| 10:51AM | 25 | model? |

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:51AM | 1 | **A.**   Well, after they -- they somehow corrected the model -- |
| 10:51AM | 2 | they said, "fudged it" -- I don't know how they did it -- to |
| 10:51AM | 3 | get the accurate 14.2.  And then when they reran the |
| 10:51AM | 4 | simulations, it changed the results. |
| 10:51AM | 5 | **Q.**   And did they rerun the simulations now using 14.2, the |
| 10:52AM | 6 | actual data that you had? |
| 10:52AM | 7 | **A.**   Yes. |
| 10:52AM | 8 | **Q.**   Okay.  What, if anything, did that tell you, as somebody |
| 10:52AM | 9 | who reviewed this, about the accuracy of that OptiCem model? |
| 10:52AM | 10 | **A.**   Well, I actually have a lot of experience with the OptiCem |
| 10:52AM | 11 | models, not as in the model itself, but we ran one for every -- |
| 10:52AM | 12 | every casing string that we cemented.  And so, you know, it's a |
| 10:52AM | 13 | model, sometimes it was right and sometimes it wasn't. |
| 10:52AM | 14 | **Q.**   Was the model then corrected? |
| 10:52AM | 15 | **A.**   Yes, it was. |
| 10:52AM | 16 | **Q.**   Was there a subsequent discussion, then, as to whether you |
| 10:52AM | 17 | could now, after correcting the model, run the 9 7/8 by 7-inch |
| 10:52AM | 18 | production casing? |
| 10:52AM | 19 | **A.**   Yes. |
| 10:52AM | 20 | **MS. KARIS:**  If we could now look at TREX-8146.3, |
| 10:52AM | 21 | please.  And then 8146.8.1. |
| 10:53AM | 22 | **BY MS. KARIS:** |
| 10:53AM | 23 | **Q.**   Was the PowerPoint presentation updated after the |
| 10:53AM | 24 | corrected inputs were put into the OptiCem model? |
| 10:53AM | 25 | **A.**   Yes, it was. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

10:53AM  1    **Q.**   And what did that model then show after the corrections

10:53AM  2    were made?

10:53AM  3    **A.**   That the long string, which was the original basis of

10:53AM  4    design, it indicated that it could be successfully cemented.

10:53AM  5    **Q.**   And is that what the first bullet there says?

10:53AM  6    **A.**   Yes.

10:53AM  7    **Q.**   So does the long string then become, again, as it says

10:53AM  8    there, the primary option?

10:53AM  9    **A.**   That's correct.

10:53AM  10   **Q.**   There's a reference to the bottom there of "best economic

10:53AM  11   case and well integrity case for future completions

10:53AM  12   operations."

10:53AM  13          Can you explain to the Court what that bullet is

10:53AM  14   about in connection with the long string?

10:53AM  15   **A.**   Yes.  So the -- from the economic case, it's -- it takes

10:53AM  16   less -- less steps to run a long string than it does to run a

10:54AM  17   liner and subsequently tie the liner back.  So it just takes

10:54AM  18   more steps.

10:54AM  19   **Q.**   Does the tieback occur as part of these operations?

10:54AM  20   **A.**   No, no.  It would have been done by a different rig

10:54AM  21   several years in the future.

10:54AM  22   **Q.**   So when we talk about it being 7 to 10 million less, or

10:54AM  23   whatever amount we're going to see, is that part of the overall

10:54AM  24   or is that at this stage?

10:54AM  25   **A.**   It's the overall budget for the well.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:54AM | 1 | **Q.**   So that's the reference to the best economic case. |
| 10:54AM | 2 |           What about the well integrity case?  Why is it the |
| 10:54AM | 3 | best well integrity case to use a long string? |
| 10:54AM | 4 | **A.**   The long string of casing is a continuous tube, so there's |
| 10:54AM | 5 | no holes or splits in it.  A liner and a tieback has a split |
| 10:54AM | 6 | that's actually -- it's a seal -- it's sealed, but there is an |
| 10:55AM | 7 | actual split.  And these wells, deepwater wells, they get hot |
| 10:55AM | 8 | and they get cold and things move around, they're dynamic. |
| 10:55AM | 9 | From past experiences, it's just, you know, a fact that this |
| 10:55AM | 10 | split that's sealed starts to leak. |
| 10:55AM | 11 |           So from the long-term wellbore integrity, a |
| 10:55AM | 12 | continuous tube is better. |
| 10:55AM | 13 | **Q.**   Had you had prior experiences running both long-string |
| 10:55AM | 14 | production casing as well as liners in the 30 years that you've |
| 10:55AM | 15 | been in this industry? |
| 10:55AM | 16 | **A.**   Yes, many times. |
| 10:55AM | 17 | **Q.**   And have you successfully run long strings in the Gulf of |
| 10:55AM | 18 | Mexico? |
| 10:55AM | 19 | **A.**   Many, many times. |
| 10:55AM | 20 | **Q.**   Now, the liner that was being considered, did you |
| 10:55AM | 21 | completely abandon that option? |
| 10:55AM | 22 | **A.**   No. |
| 10:55AM | 23 | **Q.**   Tell us what happened with the possibility of running a |
| 10:55AM | 24 | liner. |
| 10:55AM | 25 | **A.**   The engineers wanted it as a contingency, but moreover |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:56AM | 1 | than that, they wanted all the pieces on the rig.  So it wasn't |
| 10:56AM | 2 | just a contingency plan, it was actually an option we could |
| 10:56AM | 3 | switch to if we got information that would indicate it was |
| 10:56AM | 4 | better to run a liner. |
| 10:56AM | 5 | Q.   Okay.  So did you and your team take actions in order to |
| 10:56AM | 6 | have the option to run a liner on the rig if that was what the |
| 10:56AM | 7 | information revealed? |
| 10:56AM | 8 | A.   Yes.  So we got all the material together so that if we |
| 10:56AM | 9 | wanted to run a long string, we could run the long string and |
| 10:56AM | 10 | all the people associated with it, as well as the liner and all |
| 10:56AM | 11 | the pieces of equipment and all the people associated with |
| 10:56AM | 12 | that, because they weren't the same people and they weren't the |
| 10:56AM | 13 | same equipment. |
| 10:56AM | 14 | Q.   So there's been reference to selecting the long string |
| 10:56AM | 15 | over the liner because it saved money.  Did you and your team |
| 10:56AM | 16 | actually put forth the effort of getting the liner, its |
| 10:56AM | 17 | equipment, materials, people from different companies and |
| 10:56AM | 18 | different operations on to the rig in the event that you |
| 10:57AM | 19 | elected to go that route? |
| 10:57AM | 20 | A.   That's correct. |
| 10:57AM | 21 | Q.   Following the decision to do the long string, was there |
| 10:57AM | 22 | something called a management of change prepared? |
| 10:57AM | 23 | A.   Yes, there was. |
| 10:57AM | 24 |      MS. KARIS:  If we can now look at TREX-32031-N, as in |
| 10:57AM | 25 | Nicholas, please. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:57AM | 1 | I know this is hard to read.  If you can just |
| 10:57AM | 2 | call out the top first. |
| 10:57AM | 3 | **BY MS. KARIS:** |
| 10:57AM | 4 | **Q.**  Do you recognize this as the management of change that was |
| 10:57AM | 5 | prepared for the decision to run the production casing for |
| 10:57AM | 6 | Macondo as indicated here? |
| 10:57AM | 7 | **A.**  Yes, it was. |
| 10:57AM | 8 | **Q.**  Okay.  Now, Mr. Guide, are there a number of individuals |
| 10:57AM | 9 | that need to sign off on a management of change, such as this |
| 10:57AM | 10 | one, to run production casing? |
| 10:57AM | 11 | **A.**  Yes. |
| 10:57AM | 12 | **Q.**  Okay.  And are there folks called "reviewers" and then |
| 10:57AM | 13 | "approvers" as well? |
| 10:58AM | 14 | **A.**  Yes. |
| 10:58AM | 15 | **Q.**  Okay.  And tell us what those folks are.  What's the |
| 10:58AM | 16 | difference between a reviewer as opposed to an approver? |
| 10:58AM | 17 | **A.**  We have a -- actually, it's called decision rights.  And |
| 10:58AM | 18 | depending on what you're doing, the exact MOC or management of |
| 10:58AM | 19 | change, different people have the ability to review and |
| 10:58AM | 20 | approve. |
| 10:58AM | 21 | **Q.**  And what were you in connection with this? |
| 10:58AM | 22 | **A.**  This -- in this case, I would be a reviewer. |
| 10:58AM | 23 | **Q.**  If we can just run through the reviewers and approvers |
| 10:58AM | 24 | just to see how many different people reviewed this and |
| 10:58AM | 25 | approved this. |

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:58AM | 1 | So the reviewers were Mr. Walz, yourself, and |
| 10:58AM | 2 | Ms. Reiter; correct? |
| 10:58AM | 3 | A.   That's correct. |
| 10:58AM | 4 | Q.   And all of you agreed with this option? |
| 10:58AM | 5 | A.   Yes. |
| 10:58AM | 6 | **MS. KARIS:**  And then if we can now see the approvers. |
| 10:58AM | 7 | BY MS. KARIS: |
| 10:58AM | 8 | Q.   Mr. Sims lists you again as an approver and then |
| 10:58AM | 9 | Mr. Frazelle? |
| 10:58AM | 10 | A.   That's correct. |
| 10:58AM | 11 | Q.   And all these folks, likewise, agreed? |
| 10:59AM | 12 | A.   Yes.  Of course, I -- this was a glitch for me.  I wasn't |
| 10:59AM | 13 | supposed to be on there, but . . . |
| 10:59AM | 14 | Q.   Okay.  So you were a reviewer, but you were listed here as |
| 10:59AM | 15 | an approver as well? |
| 10:59AM | 16 | A.   Right. |
| 10:59AM | 17 | Q.   Then if we can look at the Level 2 approvers.  That would |
| 10:59AM | 18 | be Mr. Sprague as well? |
| 10:59AM | 19 | A.   That's right. |
| 10:59AM | 20 | Q.   In connection with this management of change, is there a |
| 10:59AM | 21 | section entitled "Justification"? |
| 10:59AM | 22 | A.   Yes. |
| 10:59AM | 23 | Q.   And is there also a section entitled "Risk Mitigation," |
| 10:59AM | 24 | just below that? |
| 10:59AM | 25 | A.   Yes, there is. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 10:59AM | 1 | **Q.**   Now, first, let's look at justification.  It says under |
| 10:59AM | 2 | Justification:  "The long string provides the best economic |
| 10:59AM | 3 | case and well integrity case for future completion operations." |
| 10:59AM | 4 |          Is that what we've already discussed? |
| 10:59AM | 5 | **A.**   Right. |
| 10:59AM | 6 | **Q.**   And then it goes on to say, "The liner, if required, is |
| 10:59AM | 7 | also an acceptable option, but will add an additional 7 to |
| 10:59AM | 8 | 10 million to the completion cost"; correct? |
| 10:59AM | 9 | **A.**   That's correct. |
| 10:59AM | 10 | **Q.**   Did you, nonetheless, make plans to have that liner out |
| 11:00AM | 11 | there and run it, and were you prepared to do that if you |
| 11:00AM | 12 | decided that was the appropriate path to take? |
| 11:00AM | 13 | **A.**   Yes, all the stuff was there. |
| 11:00AM | 14 | **Q.**   Now, below there, it says:  "The plan forward decision |
| 11:00AM | 15 | tree is also attached." |
| 11:00AM | 16 |          Do you see that? |
| 11:00AM | 17 | **A.**   Yes. |
| 11:00AM | 18 | **Q.**   Tell us what that decision tree was about. |
| 11:00AM | 19 | **A.**   The decision tree was several-fold.  It was -- we were |
| 11:00AM | 20 | going to make an extraordinary conditioning trip, where we were |
| 11:00AM | 21 | going to get information. |
| 11:00AM | 22 |          Based on that information, a decision could be made |
| 11:00AM | 23 | to revert to the liner, okay, or the long string.  And then in |
| 11:00AM | 24 | addition to that, it also had conditions -- preset conditions |
| 11:00AM | 25 | on whether we would run a cement bond log or USIT log or not. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | |
|---|---|
| 11:00AM | 1 |

**Q.**   Okay.  So the decision tree had multiple components, one
related to the long string versus liner, under what conditions
you'd run the liner as opposed to the long string, and then
another one related to whether or not you're going to run the
cement bond log in connection with these operations; is that
correct?

**A.**   That's correct.

**Q.**   Okay.  And we'll look at the decision tree when we get to
the cement bond log discussion.  But I just want to ask you:
Was the decision tree put together and signed off on by all the
folks on this MOC, management of change?

**A.**   Yes.

**Q.**   Based on your involvement with the decision -- or strike
that.

        Based on the discussions you were present for in
which the engineering team made the decision to go with the
long string and then ultimately it was approved by several, was
that decision made because it saved money?

**A.**   No.

**Q.**   Was that decision made -- strike that.

        At the time that you and others were discussing going
with the long string versus liner, did anybody ever indicate
that they believed the safer path was to go with the liner, but
instead they selected the long string?

**A.**   Not to me.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:02AM | 1 | **Q.** And did you believe that the engineering team was applying |
| 11:02AM | 2 | their best engineering judgment in making the decision to run a |
| 11:02AM | 3 | long string instead of a liner? |
| 11:02AM | 4 | **A.** Yeah. I agree, it is definitely the best -- the best |
| 11:02AM | 5 | option for long-term wellbore integrity. |
| 11:02AM | 6 | **Q.** And is that for the reason you've previously described? |
| 11:02AM | 7 | **A.** For completion of the well, yes, ma'am. |
| 11:02AM | 8 | **Q.** Did you believe that the BP team was compromising the |
| 11:02AM | 9 | safety of the operations in any way by going with the |
| 11:02AM | 10 | long string? |
| 11:02AM | 11 | **A.** No. |
| 11:02AM | 12 | **Q.** Now, around this time -- you said this meeting where |
| 11:02AM | 13 | you're deciding on the long string versus liner took place at |
| 11:03AM | 14 | an offsite wells site leader meeting; is that correct? |
| 11:03AM | 15 | **A.** Yes. |
| 11:03AM | 16 | **Q.** Did you stay -- how long did that meeting last? |
| 11:03AM | 17 | **A.** It was a two-day meeting. |
| 11:03AM | 18 | **Q.** Did you stay for the full two days? |
| 11:03AM | 19 | **A.** I did not. |
| 11:03AM | 20 | **Q.** Why did you leave the meeting before it was completed? |
| 11:03AM | 21 | **A.** The first day, the 14th, I was becoming ill with a bad |
| 11:03AM | 22 | cold. That's what I thought it was. And I was hoping to get |
| 11:03AM | 23 | better, but on the morning of the -- the next morning, I even |
| 11:03AM | 24 | felt worse, so I went home. |
| 11:03AM | 25 | **Q.** Now, there's been some discussion in this case about some |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:03AM | 1 | e-mails that you exchanged with Mr. Sims at around this time, |
| 11:03AM | 2 | and I'd like to discuss those e-mails with you. |
| 11:03AM | 3 | **MS. KARIS:**  If we could look at TREX-1129.1.4, |
| 11:03AM | 4 | please. |
| 11:03AM | 5 | **BY MS. KARIS:** |
| 11:03AM | 6 | Q.   I'll represent to you that this is converted for GMT. |
| 11:04AM | 7 | So the 15th, April 15th would have been the day that |
| 11:04AM | 8 | you had gone home; is that correct? |
| 11:04AM | 9 | A.   That's correct. |
| 11:04AM | 10 | Q.   Did you get an e-mail from Mr. Sims when you're -- when |
| 11:04AM | 11 | you guys were conducting this offsite meeting in which he says, |
| 11:04AM | 12 | "Can you meet me tomorrow morning in the meeting room around |
| 11:04AM | 13 | 6:15?" |
| 11:04AM | 14 | A.   Yes. |
| 11:04AM | 15 | Q.   What was your reaction when you received this e-mail? |
| 11:04AM | 16 | A.   Well, I was surprised because I had told David, Mr. Sims, |
| 11:04AM | 17 | that I was sick, ill, and that I was most likely going to go |
| 11:04AM | 18 | home. |
| 11:04AM | 19 | Q.   And given that you had told him you were sick and likely |
| 11:04AM | 20 | going home, were you surprised he wanted to see you tomorrow |
| 11:04AM | 21 | morning? |
| 11:04AM | 22 | A.   Yeah. |
| 11:04AM | 23 | Q.   What did you respond back? |
| 11:04AM | 24 | A.   "Are you going to fire me?" |
| 11:04AM | 25 | Q.   And were you concerned that Mr. Sims was going to fire you |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:04AM | 1 | at this time? |
| 11:04AM | 2 | **A.**   No.  I was just kidding around with him. |
| 11:04AM | 3 | **Q.**   Did you think he might take you seriously? |
| 11:04AM | 4 | **A.**   No. |
| 11:04AM | 5 | **Q.**   Why not? |
| 11:04AM | 6 | **A.**   David and I were good friends.  You know, we had the kind |
| 11:05AM | 7 | of relationship that, you know, we kidded around with each |
| 11:05AM | 8 | other. |
| 11:05AM | 9 | **Q.**   What was your performance rating that you had gotten just |
| 11:05AM | 10 | a couple months before this? |
| 11:05AM | 11 | **A.**   "Exceeded expectations." |
| 11:05AM | 12 | **Q.**   And did you have any other -- any issues at all in |
| 11:05AM | 13 | connection with your performance that would lead you in any way |
| 11:05AM | 14 | to seriously say, Are you going to fire me? |
| 11:05AM | 15 | **A.**   No. |
| 11:05AM | 16 | **Q.**   Was this another communication with Mr. Sims based on your |
| 11:05AM | 17 | friendship and discussions you had with him? |
| 11:05AM | 18 | **A.**   Yes. |
| 11:05AM | 19 | **Q.**   All right.  Let's move on from that. |
| 11:05AM | 20 | I next want to talk to you about the decision in |
| 11:05AM | 21 | connection with the centralizers.  I want to first start by |
| 11:05AM | 22 | asking you whether you were involved in discussions regarding |
| 11:05AM | 23 | the number of centralizers to be run at Macondo? |
| 11:05AM | 24 | **A.**   I was. |
| 11:05AM | 25 | **Q.**   And were you, amongst many others from the engineering |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:05AM | 1 | team, also on -- were there members of the engineering team who |
| 11:05AM | 2 | were also involved in those discussions and that decision? |
| 11:06AM | 3 | **A.**   Yes. |
| 11:06AM | 4 | **Q.**   Okay.  We'll talk about how that decision came to be, but |
| 11:06AM | 5 | first can you tell us what experience you had prior to Macondo |
| 11:06AM | 6 | in connection with centralization programs? |
| 11:06AM | 7 | **A.**   I -- a lot of experience.  I actually engineered my first |
| 11:06AM | 8 | centralization program back in 1983. |
| 11:06AM | 9 | **Q.**   And have you been working with centralizers and decisions |
| 11:06AM | 10 | as to how many centralizers to place in wells from 1983 through |
| 11:06AM | 11 | 2010? |
| 11:06AM | 12 | **A.**   That's correct. |
| 11:06AM | 13 | **Q.**   Is there a set number or rule of thumb regarding the |
| 11:06AM | 14 | number of centralizers to be used? |
| 11:06AM | 15 | **A.**   No. |
| 11:06AM | 16 | **Q.**   How does one go about deciding how many centralizers to |
| 11:06AM | 17 | use? |
| 11:06AM | 18 | **A.**   It depends on the wellbore; as in, the actual hole |
| 11:06AM | 19 | section.  It depends on the configuration of the hole section, |
| 11:06AM | 20 | the geometry.  And it depends on where the pay zone is. |
| 11:07AM | 21 | **Q.**   What effect does the configuration and the geometry have? |
| 11:07AM | 22 | **A.**   Different hole size configurations have different |
| 11:07AM | 23 | considerations.  And is the hole a directional hole is a |
| 11:07AM | 24 | consideration and where the pay zone is.  In other words, is |
| 11:07AM | 25 | the pay zone at the bottom?  Is the pay zone in the middle? |

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:07AM | 1 | You take all these things into account. |
| 11:07AM | 2 | Plus, the caliper log.  You look at the caliper log |
| 11:07AM | 3 | to see, you know, is the hole size going -- appropriate for the |
| 11:07AM | 4 | centralizers that you're going to use? |
| 11:07AM | 5 | **Q.**   And did you consider each of those things that you've |
| 11:07AM | 6 | identified for us as you were considering how many centralizers |
| 11:07AM | 7 | to use at Macondo? |
| 11:07AM | 8 | **A.**   The engineering team did mostly, but, yes, I did too. |
| 11:07AM | 9 | **Q.**   Now, in your prior experience, had you encountered any |
| 11:07AM | 10 | challenges with using centralizers? |
| 11:07AM | 11 | **A.**   I have. |
| 11:07AM | 12 | **Q.**   And can you tell us what some of those problems are? |
| 11:07AM | 13 | **A.**   The most serious problem is they fall off or get broken |
| 11:08AM | 14 | when you're running them. |
| 11:08AM | 15 | **Q.**   Why is that a problem? |
| 11:08AM | 16 | **A.**   On a floating rig, it's -- a floating rig, which is a |
| 11:08AM | 17 | semisubmersible rig like the *Horizon*, the biggest problem is |
| 11:08AM | 18 | sticking the casing in the wrong spot.  What I mean by |
| 11:08AM | 19 | "sticking the casing," it not going to the place where you want |
| 11:08AM | 20 | it to go. |
| 11:08AM | 21 | On a semi that has a subsea wellhead, you have to |
| 11:08AM | 22 | land the casing hanger in the wellhead and that's the top of |
| 11:08AM | 23 | the casing string.  If you don't land it in the wellhead, well, |
| 11:08AM | 24 | you don't have a viable well.  And we had experiences where |
| 11:08AM | 25 | this has happened, where we stuck the casing and later |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:08AM | 1 | attributed it to the centralizers. |
| 11:08AM | 2 | Also, we had occasions where we ran the casing and |
| 11:08AM | 3 | the centralizers, for some reason, came off and we were able to |
| 11:08AM | 4 | pull the casing back out, but we would leave the centralizers |
| 11:08AM | 5 | in the well and then we would have to abandon that hole |
| 11:09AM | 6 | section. |
| 11:09AM | 7 | Q.  Was there also a concern about the centralizers being |
| 11:09AM | 8 | stuck in a way that affects your ability to use your BOP, your |
| 11:09AM | 9 | blowout preventer? |
| 11:09AM | 10 | A.  That's correct.  There's been instances where some of the |
| 11:09AM | 11 | blades in particular -- the blades or the fins -- that when we |
| 11:09AM | 12 | retrieve BOP stacks, we've found blades in the BOP stack. |
| 11:09AM | 13 | MS. KARIS:  Let's pull D-4932-A up. |
| 11:09AM | 14 | BY MS. KARIS: |
| 11:09AM | 15 | Q.  Using this demonstrative, can you show the Court what you |
| 11:09AM | 16 | mean by blades or the fins getting stuck. |
| 11:09AM | 17 | A.  This is a blade and this is the body of the centralizer. |
| 11:09AM | 18 | These are the blades and these are just welded on here.  And |
| 11:09AM | 19 | we've had instances where we have pulled these back out, and |
| 11:09AM | 20 | these blades would be missing. |
| 11:09AM | 21 | Q.  And have you, yourself, had experiences where those blades |
| 11:09AM | 22 | got stuck and there's concern then that that would affect your |
| 11:10AM | 23 | ability to use the BOP? |
| 11:10AM | 24 | A.  Yes. |
| 11:10AM | 25 | Q.  Now, we have up here a demonstrative with the different |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:10AM | 1 | types of centralizers.  Does the type of centralizer that |
| 11:10AM | 2 | you're using affect whether you can have some of those problems |
| 11:10AM | 3 | you've just identified for us? |
| 11:10AM | 4 | A.    Yes. |
| 11:10AM | 5 | Q.    Explain to us how. |
| 11:10AM | 6 | A.    The centralizers here on the far left are -- these are |
| 11:10AM | 7 | bow-spring.  They've been in existence -- well, they were in |
| 11:10AM | 8 | existence before I started in 1980.  They're held in place by |
| 11:10AM | 9 | two stop collars.  This is a stop collar, that's a stop collar. |
| 11:10AM | 10 | This is a centralizer stub.  It is actually made out of the |
| 11:10AM | 11 | production casing itself.  And then it has threads at the top |
| 11:10AM | 12 | and bottom and it's actually screwed onto the casing and it |
| 11:10AM | 13 | becomes part of the casing. |
| 11:10AM | 14 | Q.    Okay.  The centralizer subs, were those the six |
| 11:10AM | 15 | centralizers that were run at the Macondo well? |
| 11:10AM | 16 | A.    Yes. |
| 11:10AM | 17 | Q.    Okay.  And we'll talk about the other centralizers. |
| 11:11AM | 18 |        Is this a photo from the centralizers that arrived on |
| 11:11AM | 19 | the Macondo well that you received from Mr. Morel? |
| 11:11AM | 20 | A.    That's correct. |
| 11:11AM | 21 | Q.    And are these centralizers, bow-spring centralizers with |
| 11:11AM | 22 | which you've previously had problems with? |
| 11:11AM | 23 | A.    Yes. |
| 11:11AM | 24 | Q.    The concerns that you raised with us about the |
| 11:11AM | 25 | centralizers getting stuck or possibly affecting your casing, |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:11AM | 1 | were those all concerns and experiences that you, yourself, had |
| 11:11AM | 2 | when you used these bow-spring centralizers with stop collars? |
| 11:11AM | 3 | A.   Myself and others. |
| 11:11AM | 4 | Q.   Now, just days prior to when the decision was being made |
| 11:11AM | 5 | regarding the number of centralizers, had you received a |
| 11:11AM | 6 | communication from somebody at BP who was encountering problems |
| 11:11AM | 7 | with centralizers? |
| 11:11AM | 8 | A.   Yes. |
| 11:11AM | 9 | MS. KARIS:  If we can look at 41025.1.3, please. |
| 11:11AM | 10 | The bottom e-mail first, if we can call it out. |
| 11:12AM | 11 | You can leave it there.  We can see it that way. |
| 11:12AM | 12 | BY MS. KARIS: |
| 11:12AM | 13 | Q.   There is an e-mail from Mr. Sanders sent on April 3rd -- |
| 11:12AM | 14 | 17 days before the incident and 13 days before you guys are |
| 11:12AM | 15 | discussions the type of centralizers to use -- to a number of |
| 11:12AM | 16 | individuals, Mr. Emerson, Mr. Sankar, Mr. Gray, yourself, and |
| 11:12AM | 17 | several others. |
| 11:12AM | 18 | And the subject is:  "Any of you guys ever fish |
| 11:12AM | 19 | casing centralizers from a well - namely the wellhead?" |
| 11:12AM | 20 | First of all, who is Mr. Sanders? |
| 11:12AM | 21 | A.   Mr. Sanders was one of my peers, a wells team leader for a |
| 11:12AM | 22 | Transocean rig, the Development Driller III, that was drilling |
| 11:12AM | 23 | development wells in the Atlantis field. |
| 11:12AM | 24 | Q.   And who is he sending this e-mail to? |
| 11:13AM | 25 | A.   The majority of these guys are -- are wells team leaders. |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:13AM  1   Q.   So Mr. Sanders, a wells team leader, is sending an e-mail

11:13AM  2   to a number of other wells team leader regarding centralizers

11:13AM  3   on April 3rd of 2010; is that correct?

11:13AM  4   A.   Correct.

11:13AM  5   Q.   And he says:  "I am sure most of you know we could not get

11:13AM  6   our casing past our sidetrack interval on the DC 314 well.

11:13AM  7   Once we came out of the hole with the casing we left 5 total

11:13AM  8   centralizers and associated stop rings in the hole along with a

11:13AM  9   total of 18 blades."

11:13AM  10          What is he telling you there?

11:13AM  11  A.   They ran their casing and they could not get it to the

11:13AM  12  spot they needed to.  They were able to pull the casing back

11:13AM  13  out of the hole, but when they got the casing back out of the

11:13AM  14  hole, they left these various pieces of the centralizers in the

11:13AM  15  well.

11:13AM  16  Q.   And then he goes on at the end by saying:  "Was wondering

11:14AM  17  if any of you had the pleasure of fishing these things before

11:14AM  18  and could give some pointers.  Yeah, I know this is why we used

11:14AM  19  to not run any on the floating rig."

11:14AM  20          What is Mr. Sanders asking?

11:14AM  21  A.   In the back of the not-too-long ago on the semisubmersible

11:14AM  22  operations, we didn't put centralizers on any of the casing

11:14AM  23  strings.

11:14AM  24  Q.   And so on operations similar to the Macondo -- strike

11:14AM  25  that, similar to the *Deepwater Horizon*, Mr. Sanders is

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | |
|---|---|
| 11:14AM | 1 | acknowledging that you used to not put any centralizers on? |
| 11:14AM | 2 | **A.**   That's correct. |
| 11:14AM | 3 | **Q.**   Is that consistent with your own experience? |
| 11:14AM | 4 | **A.**   Yes, it is. |
| 11:14AM | 5 | **Q.**   And why would you not use any centralizers on |
| 11:14AM | 6 | semisubmersibles, as Mr. Sanders indicates here, 13 days before |
| 11:14AM | 7 | the incident? |
| 11:14AM | 8 | **A.**   The original -- the original feeling was you don't want to |
| 11:14AM | 9 | run it through the wellhead, damage the wellhead, or have them |
| 11:14AM | 10 | come off and wedge in the BOP stack. |
| 11:14AM | 11 | **Q.**   Have you been involved in numerous operations in the Gulf |
| 11:15AM | 12 | of Mexico where you didn't use any centralizers with |
| 11:15AM | 13 | semisubmersibles? |
| 11:15AM | 14 | **A.**   Yes, many wells. |
| 11:15AM | 15 | **Q.**   And have you also been involved in many wells where you |
| 11:15AM | 16 | did use centralizers? |
| 11:15AM | 17 | **A.**   Yes. |
| 11:15AM | 18 | **Q.**   Now, you respond back on Sunday morning and you say -- you |
| 11:15AM | 19 | sent to Mr. Sanders an e-mail, and you say:  "I have left them |
| 11:15AM | 20 | in the hole but have never successfully fished them out." |
| 11:15AM | 21 | **A.**   Right. |
| 11:15AM | 22 | **Q.**   Is that what you were telling us before? |
| 11:15AM | 23 | **A.**   Yes. |
| 11:15AM | 24 | **Q.**   That you couldn't get the centralizers out even if you're |
| 11:15AM | 25 | fortunate enough to pull your casing back out? |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:15AM | 1 | **A.**   Yes, correct. |
| 11:15AM | 2 | **Q.**   Is that a good operation, where you want to leave your |
| 11:15AM | 3 | centralizers down there? |
| 11:15AM | 4 | **A.**   No. |
| 11:15AM | 5 | **Q.**   Why not? |
| 11:15AM | 6 | **A.**   Because you basically will have to abandon that hole |
| 11:15AM | 7 | section and start over. |
| 11:15AM | 8 | **Q.**   Now, was this the first time that you had had |
| 11:15AM | 9 | conversations with other BP wells team leaders where they had |
| 11:15AM | 10 | expressed problems they had with respect to these type of |
| 11:16AM | 11 | centralizers? |
| 11:16AM | 12 | **A.**   No.  We had a daily meeting, all the wells team leaders, a |
| 11:16AM | 13 | half hour in the morning, and we would discuss all the |
| 11:16AM | 14 | operations that were going on, and mainly just to share |
| 11:16AM | 15 | lessons. |
| 11:16AM | 16 | **Q.**   Now, let's talk specifically, then, about what took place |
| 11:16AM | 17 | regarding the number of centralizers to use at Macondo.  First |
| 11:16AM | 18 | of all, who made the final decision regarding the number of |
| 11:16AM | 19 | centralizers to be used? |
| 11:16AM | 20 | **A.**   Greg Walz, David Sims, and myself. |
| 11:16AM | 21 | **Q.**   Were you involved with Mr. Walz leading up to that |
| 11:16AM | 22 | decision regarding the number of centralizers? |
| 11:16AM | 23 | **A.**   Yes. |
| 11:16AM | 24 | **MS. KARIS:**   Okay.  Let's look at TREX-796.2.3. |
| 11:16AM | 25 | If we can call out the first paragraph first, |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:16AM | 1 | the top and the first paragraph, and we'll walk through this. |
| 11:17AM | 2 | If we can see the "to" and "from" and the "subject," please. |
| 11:17AM | 3 | **BY MS. KARIS:** |
| 11:17AM | 4 | **Q.**   On April 16th, were there ongoing discussions regarding |
| 11:17AM | 5 | the number of centralizers to be used? |
| 11:17AM | 6 | **A.**   Yes, there was. |
| 11:17AM | 7 | **Q.**   Okay.  And Mr. Walz sends you this e-mail and he says: |
| 11:17AM | 8 | "Halliburton came back to us this afternoon with additional |
| 11:17AM | 9 | modeling after they loaded the final directional surveys, |
| 11:17AM | 10 | caliper log information, and the planned 6 centralizers.  What |
| 11:17AM | 11 | it showed, is that the ECD" -- equivalent circulating |
| 11:17AM | 12 | density -- "at the base of sand jumped up to 15.06 pounds per |
| 11:17AM | 13 | gallon.  This is being driven by channeling of cement higher |
| 11:17AM | 14 | than the planned TOC."  Top of cement. |
| 11:17AM | 15 |          What is Mr. Walz communicating there? |
| 11:18AM | 16 | **A.**   He's saying that they're running the OptiCem models and |
| 11:18AM | 17 | with the six centralizers that were planned, the model is |
| 11:18AM | 18 | showing that when the cement is being pumped in place, that the |
| 11:18AM | 19 | equivalent circulating density at the bottom of the well was |
| 11:18AM | 20 | going to be 15.06. |
| 11:18AM | 21 | **Q.**   And he goes on to say that "we have located 15 Weatherford |
| 11:18AM | 22 | centralizers with stop collars (Thunder Horse design) in |
| 11:18AM | 23 | Houston and worked things out with the rig to be able to fly |
| 11:18AM | 24 | them out in the morning." |
| 11:18AM | 25 |          Do you see that? |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:18AM  1   **A.**   Yes.

11:18AM  2   **Q.**   What was your understanding as to the type of centralizers

11:18AM  3   that Mr. Walz had located, which he calls the "Thunder Horse

11:18AM  4   design"?

11:18AM  5   **A.**   Well, when I read this, I didn't understand.

11:18AM  6   **Q.**   Okay.  Did you subsequently have a conversation with

11:18AM  7   Mr. Walz in order to understand what kind of centralizers he

11:18AM  8   was talking about?

11:18AM  9   **A.**   Yes.  This was a Friday.  We were on our -- we have a

11:19AM  10  flex -- a flex Friday where we're off every other Friday.  And

11:19AM  11  we had a morning call regardless if we were off or not.  So it

11:19AM  12  was a conference line.

11:19AM  13         And prior to actually talking to the rig, all of the

11:19AM  14  various folks were on the phone.  And Greg was -- I asked Greg

11:19AM  15  about the centralizers.  And he was describing that when he was

11:19AM  16  working at Thunder Horse that they had these special

11:19AM  17  centralizers made, that while they weren't centralizer subs,

11:19AM  18  they were special one-piece centralizers where all the stop

11:19AM  19  rings and everything were incorporated into the design.

11:19AM  20  **Q.**   Were they different than the centralizers that arrived on

11:19AM  21  the Macondo well that Mr. Morel sent you a photo of?

11:19AM  22  **A.**   As described, yes.

11:19AM  23  **Q.**   And if we can go further down to the e-mail, please.

11:19AM  24         And he says:  "The model runs for 20 centralizers

11:19AM  25  (6 on hand and 14 new ones) reduce the ECD to 14.65 ppg, which

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:20AM | 1 | is back below the 14.7." |
| 11:20AM | 2 | Why did you want to get the ECD back below 14.7? |
| 11:20AM | 3 | A.   We had experienced losses while we were actually drilling |
| 11:20AM | 4 | the well when the ECD was over 14.7. |
| 11:20AM | 5 | Q.   Okay.  And so in order to circulate and get the ECD to |
| 11:20AM | 6 | where you wanted, it should be below 14.7.  Is that fair? |
| 11:20AM | 7 | A.   That's fair. |
| 11:20AM | 8 | Q.   And he goes on to say:  "There's been a lot of discussion |
| 11:20AM | 9 | about this, and there are differing opinions on the model |
| 11:20AM | 10 | accuracy." |
| 11:20AM | 11 | What's your understanding of what that was about? |
| 11:20AM | 12 | A.   Well, like I said, we ran this model on every job, and |
| 11:20AM | 13 | different people had different opinions about how accurate it |
| 11:20AM | 14 | was.  Sometimes it worked and sometimes it didn't. |
| 11:20AM | 15 | Q.   And did you yourself have experiences where sometimes this |
| 11:20AM | 16 | model worked, but sometimes it actually gave you inaccurate |
| 11:20AM | 17 | outputs? |
| 11:20AM | 18 | A.   Yes, I did. |
| 11:20AM | 19 | Q.   And did you also see that in connection with running the |
| 11:20AM | 20 | modeling for the long string versus the liner? |
| 11:20AM | 21 | A.   Well, that's correct.  They couldn't even get it to |
| 11:21AM | 22 | replicate the correct compressibility factor of the mud. |
| 11:21AM | 23 | Q.   It says:  "However, the issue is we need to honor the |
| 11:21AM | 24 | modeling to be consistent with our previous decisions to go |
| 11:21AM | 25 | with the long string." |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:21AM  1          Did you have any objection to honoring the model that
11:21AM  2  required using the additional 15 centralizers of the type that
11:21AM  3  Mr. Walz described to you?
11:21AM  4  A.   No.
11:21AM  5  Q.   Okay.  He says:  "Brett and I tried to reach you twice to
11:21AM  6  discuss things.  David was still here in the office, and I
11:21AM  7  discussed this with him and he agreed that we needed to be
11:21AM  8  consistent with honoring the model."
11:21AM  9          Was the day on which they were trying to reach you
11:21AM  10  the day you told us you were sick?
11:21AM  11  A.   Yes.  I was home ill that day.
11:21AM  12          MS. KARIS:  Further down in the e-mail, please.
11:22AM  13  BY MS. KARIS:
11:22AM  14  Q.   On the prior page, Mr. Walz says:  "I wanted to make sure
11:22AM  15  that we did not have a repeat of the last Atlantis job with
11:22AM  16  questionable centralizers going into the hole."
11:22AM  17          What was the job that Mr. Walz was saying he wanted
11:22AM  18  to make sure you didn't have a repeat of?
11:22AM  19  A.   It was the job that Mr. Sanders sent the e-mail around
11:22AM  20  about asking for pointers about trying to fish centralizers out
11:22AM  21  that had just come off.
11:22AM  22  Q.   And so in the e-mail in which Mr. Walz says he wants to
11:22AM  23  honor the modeling by using more centralizers of the Thunder
11:22AM  24  Horse type, does he reference the very job with which you have
11:22AM  25  communicated with Mr. Sanders in which there was a problem?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:22AM | 1 | **A.**   Yes. |
| 11:22AM | 2 | **Q.**   Does Mr. Walz, the engineering team leader, indicate that |
| 11:22AM | 3 | he doesn't want to have a repeat of that situation? |
| 11:23AM | 4 | **A.**   That's correct. |
| 11:23AM | 5 | **Q.**   He then goes on to say:  "John, I do not like or want to |
| 11:23AM | 6 | disrupt your operations and I am a full believer that the rig |
| 11:23AM | 7 | needs only one Team Leader.  I know the planning has been |
| 11:23AM | 8 | lagging behind the operations and I have to turn that around. |
| 11:23AM | 9 | I apologize if I have overstepped my bounds." |
| 11:23AM | 10 |        What did you understand that to be about? |
| 11:23AM | 11 | **A.**   The original plan was to run a long string, and that |
| 11:23AM | 12 | planning was done well ahead of time.  We wanted the option |
| 11:23AM | 13 | also to run a liner.  It wasn't necessarily just a contingency. |
| 11:23AM | 14 | They wanted all this stuff on the rig.  But it takes completely |
| 11:23AM | 15 | different planning -- not completely, but a lot of different |
| 11:23AM | 16 | planning. |
| 11:23AM | 17 |        So he's referencing the planning for the liner, |
| 11:23AM | 18 | getting it ready. |
| 11:23AM | 19 | **Q.**   So he's referencing the fact that you had to get the |
| 11:23AM | 20 | contingency lined up for the liner? |
| 11:24AM | 21 | **A.**   That's right. |
| 11:24AM | 22 | **Q.**   Which had been decided the prior day? |
| 11:24AM | 23 | **A.**   That's right. |
| 11:24AM | 24 | **Q.**   He goes on to ask you -- he says:  "Please call me tonight |
| 11:24AM | 25 | if you want to discuss this in more detail." |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:24AM | 1 | Did you have a call with Mr. Sims -- I mean, excuse |
| 11:24AM | 2 | me, with Mr. Walz after receiving this e-mail? |
| 11:24AM | 3 | A.   Well, yeah.  This is the e-mail I saw prior to the actual |
| 11:24AM | 4 | morning call where we had the conversation where he explained |
| 11:24AM | 5 | to me about the Thunder Horse centralizers. |
| 11:24AM | 6 | Q.   Okay.  And so the next morning, before the morning call, I |
| 11:24AM | 7 | heard you say, you spoke to Mr. Walz? |
| 11:24AM | 8 | A.   Yes. |
| 11:24AM | 9 | Q.   And what did he explain to you about these centralizers on |
| 11:24AM | 10 | that call? |
| 11:24AM | 11 | A.   He explained that they were one piece and that they had |
| 11:24AM | 12 | done extensive testing on them, crushability testing to see how |
| 11:24AM | 13 | actually strong they were.  And after he explained to me what |
| 11:24AM | 14 | they were, I had -- had no problem running them because they |
| 11:24AM | 15 | weren't -- they weren't the same as what we had used on |
| 11:24AM | 16 | Atlantis. |
| 11:25AM | 17 | Q.   After speaking with Mr. Walz, did you receive an e-mail |
| 11:25AM | 18 | from Mr. Morel in which he communicated as to the type of |
| 11:25AM | 19 | centralizers that actually got out to the rig? |
| 11:25AM | 20 | A.   Yes. |
| 11:25AM | 21 | MS. KARIS:  Let's look at TREX-48042. |
| 11:25AM | 22 | BY MS. KARIS: |
| 11:25AM | 23 | Q.   Is this the e-mail Mr. Morel sent you on the 16th? |
| 11:25AM | 24 | A.   Yes, it is. |
| 11:25AM | 25 | Q.   What does he tell you about the centralizers that arrived? |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:25AM    1    **A.**    "The centralizers do not have the stop rings on them."

11:25AM    2    **Q.**    And did he attach a photo of those centralizers?

11:25AM    3            **MS. KARIS:**  TREX-48042.1.2.

11:25AM    4            **THE WITNESS:**  Yes.  That's the attachment.

11:25AM    5    **BY MS. KARIS:**

11:25AM    6    **Q.**    Is that the photo Mr. Morel sent you when he said the

11:25AM    7    centralizers don't have the stop rings on them?

11:25AM    8    **A.**    Yes, that's it.

11:25AM    9    **Q.**    What, if any, concern did this cause you after Mr. Morel

11:25AM   10    sent you this photo and this e-mail?

11:25AM   11    **A.**    Twofold.  The first was this is not what Mr. Walz

11:25AM   12    described to me at all.  That's one.

11:25AM   13            And then, two, these were the exact type of

11:26AM   14    centralizers that had fallen off on the Atlantis job.

11:26AM   15    **Q.**    Did you contact Mr. Morel -- excuse me, did you speak with

11:26AM   16    him after you got this e-mail?

11:26AM   17    **A.**    Yes, I talked to Mr. Morel.  I called him on -- he was on

11:26AM   18    the rig.  And I talked to him on a regular basis anyway, but I

11:26AM   19    called and talked to him.  He said, "Yeah, this is what they

11:26AM   20    are."  And I asked him if he thought we should run them, and he

11:26AM   21    said no -- because whenever the Atlantis job came up, that was

11:26AM   22    shared across the GoM.

11:26AM   23            And I said, "Okay.  I'm going to get ahold of Greg."

11:26AM   24    **Q.**    Did you, in fact, reach out to Mr. Walz?

11:26AM   25    **A.**    I sent him an e-mail first.

OFFICIAL TRANSCRIPT

8704

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:26AM | 1 | MS. KARIS:  796.1.11. |
| 11:26AM | 2 | BY MS. KARIS: |
| 11:26AM | 3 | Q.   Is this the e-mail you sent him? |
| 11:26AM | 4 | A.   Yes. |
| 11:26AM | 5 | Q.   Okay.  So first you reached out to him in writing? |
| 11:26AM | 6 | A.   I did. |
| 11:26AM | 7 | Q.   What did you tell him? |
| 11:26AM | 8 | A.   I said:  "I just found out that the stop collars are not |
| 11:27AM | 9 | part of the centralizer as you stated.  It will take 10 hours |
| 11:27AM | 10 | to install them." |
| 11:27AM | 11 | And I was concerned that we were installing 45 pieces |
| 11:27AM | 12 | that could come off at the last minute. |
| 11:27AM | 13 | Q.   And why did you reference that it would take 10 hours to |
| 11:27AM | 14 | install them? |
| 11:27AM | 15 | A.   Mr. Morel told me when I was talking to him that the |
| 11:27AM | 16 | Weatherford gentleman indicated it was going to take him |
| 11:27AM | 17 | 10 hours to put them on. |
| 11:27AM | 18 | Q.   Okay.  And was there any issue with taking 10 hours to put |
| 11:27AM | 19 | them on? |
| 11:27AM | 20 | A.   In this particular case, it was to me, yes. |
| 11:27AM | 21 | Q.   Why was it? |
| 11:27AM | 22 | A.   This is the final hole section.  The wellbore is sitting |
| 11:27AM | 23 | open at this time, and I'm of the belief that you keep an open |
| 11:27AM | 24 | hole open as short a period of time as possible.  And adding |
| 11:27AM | 25 | 10 additional hours of leaving the hole open, it just -- I just |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:27AM | 1 | don't think that's good engineering practice. |
| 11:27AM | 2 | **Q.**   And is it your experience that it's a general rule |
| 11:28AM | 3 | throughout the industry that you should not leave an open hole |
| 11:28AM | 4 | open any longer than necessary? |
| 11:28AM | 5 | **A.**   That's correct. |
| 11:28AM | 6 | **Q.**   Would you have been willing to wait the 10 hours to |
| 11:28AM | 7 | install the centralizers if they were the right type of |
| 11:28AM | 8 | centralizers? |
| 11:28AM | 9 | **A.**   Yes. |
| 11:28AM | 10 | **Q.**   Did it make any sense to you to wait 10 hours with an open |
| 11:28AM | 11 | hole, given your concerns, to get the type of centralizers that |
| 11:28AM | 12 | they had just had problems with on the Atlantis well? |
| 11:28AM | 13 | **A.**   No, it would make no sense. |
| 11:28AM | 14 | **Q.**   Why is that? |
| 11:28AM | 15 | **A.**   Well, you're taking 10 additional hours, leaving the hole |
| 11:28AM | 16 | open 10 additional hours and installing the wrong thing. |
| 11:28AM | 17 | **Q.**   You go on to say, "I do not like this, and as David |
| 11:28AM | 18 | approved in my absence, I did not question, but now I am very |
| 11:28AM | 19 | concerned about using them."  Correct? |
| 11:28AM | 20 | **A.**   Yes. |
| 11:28AM | 21 | **Q.**   Did you subsequently express that concern do Mr. Walz in a |
| 11:28AM | 22 | phone conversation that you had with him? |
| 11:28AM | 23 | **A.**   Yes.  We had an extended phone conversation. |
| 11:28AM | 24 | **Q.**   And tell us about that conversation. |
| 11:29AM | 25 |         Well, first of all -- I'm sorry.  Did Mr. Walz |

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:29AM | 1 | respond to your e-mail, before you tell us? |
| 11:29AM | 2 | **A.**   Yes. |
| 11:29AM | 3 | **Q.**   If we can look at what Mr. Walz said before you spoke to |
| 11:29AM | 4 | him, what does he tell you? |
| 11:29AM | 5 | **A.**   He said, "I agree.  This is not what I was envisioning.  I |
| 11:29AM | 6 | will call you directly." |
| 11:29AM | 7 | **Q.**   Now, tell us about that conversation, and we're almost |
| 11:29AM | 8 | done with the centralizers. |
| 11:29AM | 9 | **A.**   Mr. Walz concurred that they were not the Thunder Horse |
| 11:29AM | 10 | centralizers that he was referencing.  He concurred that he did |
| 11:29AM | 11 | not want to run them because of the problems with -- |
| 11:29AM | 12 | encountered on the Atlantis well and that he was going to get |
| 11:29AM | 13 | with Brian Morel, who was on the rig, and they were just going |
| 11:29AM | 14 | to replace, as in replace in the string -- relocate, I'm sorry, |
| 11:29AM | 15 | relocate the centralizer subs. |
| 11:29AM | 16 | **Q.**   They were going to reposition those subs in different |
| 11:29AM | 17 | places? |
| 11:29AM | 18 | **A.**   Yes. |
| 11:29AM | 19 | **Q.**   And did Mr. Walz, as the engineering team leader, tell you |
| 11:30AM | 20 | that it was his decision that he did not agree with running |
| 11:30AM | 21 | these centralizers? |
| 11:30AM | 22 | **A.**   Yes.  It's the engineer's decision.  Now, if he would |
| 11:30AM | 23 | have -- you know, if he would have said he wanted to run them, |
| 11:30AM | 24 | then we would have had a further discussion.  But ultimately it |
| 11:30AM | 25 | was their decision. |

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:30AM | 1 | **Q.**   And did you communicate then with your boss, Mr. Sims, |
| 11:30AM | 2 | about this concern and then a recommendation regarding the |
| 11:30AM | 3 | centralizers? |
| 11:30AM | 4 | **A.**   Yes.  I forwarded the e-mail chain to David, and then I |
| 11:30AM | 5 | called him. |
| 11:30AM | 6 | **Q.**   Go ahead. |
| 11:30AM | 7 | **A.**   I called him and left a message on his cell phone.  And I |
| 11:30AM | 8 | specifically said to him, you know, this is -- we made the |
| 11:30AM | 9 | decision not to put these on, if he has a problem, please call |
| 11:30AM | 10 | me back. |
| 11:30AM | 11 | **Q.**   Did anybody at any time -- Mr. Walz, Mr. Sims, anybody |
| 11:30AM | 12 | from the engineering team, anybody from any other team -- |
| 11:30AM | 13 | express concern to you with not running these additional |
| 11:30AM | 14 | 15 centralizers that were of the wrong type? |
| 11:30AM | 15 | **A.**   No. |
| 11:31AM | 16 | **Q.**   Mr. Guide, did you rely on your 30 years of experience in |
| 11:31AM | 17 | making the judgment and recommendation to not run these |
| 11:31AM | 18 | additional centralizers? |
| 11:31AM | 19 | **A.**   Yes, I did. |
| 11:31AM | 20 | **Q.**   And did you believe at the time that you were applying the |
| 11:31AM | 21 | best engineering judgment in concluding that six centralizers |
| 11:31AM | 22 | was the right number of centralizer to run, given the types of |
| 11:31AM | 23 | centralizers you were referencing? |
| 11:31AM | 24 | **A.**   Yes. |
| 11:31AM | 25 | **Q.**   Was your decision, engineering judgment, made based on |

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:31AM | 1 | what the cost of those centralizers was going to be? |
| 11:31AM | 2 | **A.**   No, not at all. |
| 11:31AM | 3 | **Q.**   Was your decision based at all on the factor of trying to, |
| 11:31AM | 4 | quote/unquote, save money for BP? |
| 11:31AM | 5 | **A.**   No. |
| 11:31AM | 6 | **Q.**   In making the decision to run six centralizers, Mr. Walz, |
| 11:32AM | 7 | yourself, and Mr. Sims, who you left a voice mail for, did you |
| 11:32AM | 8 | believe that you were increasing the risk of a well blowout by |
| 11:32AM | 9 | using the six centralizers? |
| 11:32AM | 10 | **A.**   No. |
| 11:32AM | 11 | **Q.**   Let's go to a different subject. |
| 11:32AM | 12 |          After you had had this communication with Mr. Walz, |
| 11:32AM | 13 | in which he told you that he understood that planning was |
| 11:32AM | 14 | lagging behind operations, did you subsequently participate in |
| 11:32AM | 15 | a morning call on the morning of the 17th? |
| 11:32AM | 16 | **A.**   Yes, I did. |
| 11:32AM | 17 | **Q.**   And was that part of your regular operations? |
| 11:32AM | 18 | **A.**   Yeah.  The morning call?  Yes. |
| 11:32AM | 19 | **Q.**   Tell us what you recall about that morning call on the |
| 11:32AM | 20 | 17th. |
| 11:32AM | 21 | **A.**   Once again, it was from my house, because it was the |
| 11:32AM | 22 | weekend.  And the morning call went -- it was fine.  We were |
| 11:33AM | 23 | talking about the -- the cement job, et cetera.  But then |
| 11:33AM | 24 | during the morning call, the reference was made that we were |
| 11:33AM | 25 | going to now add 30 barrels of spacer behind the top plug |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:33AM  1  during the cement job.  I didn't know about this, and it was

11:33AM  2  just -- I was surprised.

11:33AM  3  Q.   And did you express your views as to using this 30 barrels

11:33AM  4  of spacer?

11:33AM  5  A.   I did.

11:33AM  6  Q.   Was Mr. Vidrine also on that call?

11:33AM  7  A.   Yes.

11:33AM  8  Q.   And did you speak with Mr. Vidrine after that call?

11:33AM  9  A.   Yes.  I called and talked to Mr. Vidrine.

11:33AM  10  Q.   And why did you reach out to Mr. Vidrine following the

11:33AM  11  morning call?

11:33AM  12  A.   I was just calling to see how he was doing and ask him

11:33AM  13  about, you know, how the operation was going.

11:33AM  14  Q.   And what did Mr. Vidrine express to you on that, during

11:34AM  15  that call?

11:34AM  16  A.   Mr. Vidrine was frustrated and he -- these guys take a

11:34AM  17  huge amount of pride in being able to get the job organized and

11:34AM  18  collected, and it was challenging to get all the contingency

11:34AM  19  liner and all this stuff put together.

11:34AM  20         And he made the comment that, you know, it just

11:34AM  21  seemed like that trying to put all this stuff together made him

11:34AM  22  feel like he was flying by the seat of his pants.

11:34AM  23  Q.   Were those Mr. Vidrine's words?

11:34AM  24  A.   They were Mr. Vidrine's words.

11:34AM  25  Q.   After you spoke to Mr. Vidrine, did you also have a

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:34AM | 1 | conversation with Mr. Morel, who was on the rig? |
| 11:34AM | 2 | **A.**   I did. |
| 11:34AM | 3 | **Q.**   Tell us about that conversation. |
| 11:34AM | 4 | **A.**   Mr. Morel also expressed some dissatisfaction with a |
| 11:34AM | 5 | little bit of the waffling that was going on with his boss, and |
| 11:34AM | 6 | the 30-barrel spacer was just another example.  And he was |
| 11:35AM | 7 | frustrated.  Brian was -- I felt I was a mentor to Brian, so we |
| 11:35AM | 8 | would talk about things on a regular basis. |
| 11:35AM | 9 | **Q.**   So you had worked with -- you viewed yourself as a mentor |
| 11:35AM | 10 | to Mr. Morel? |
| 11:35AM | 11 | **A.**   Yes, I did. |
| 11:35AM | 12 | **Q.**   After you had your conversation with Mr. Vidrine and |
| 11:35AM | 13 | Mr. Morel, did you then reach out to your boss? |
| 11:35AM | 14 | **A.**   I did. |
| 11:35AM | 15 | **Q.**   And that would have been Mr. Sims? |
| 11:35AM | 16 | **A.**   I did. |
| 11:35AM | 17 | **Q.**   Let's look at an e-mail that we've seen plenty of times, |
| 11:35AM | 18 | 21099.  And I want to ask you about it because you were the one |
| 11:35AM | 19 | that actually drafted the e-mail. |
| 11:35AM | 20 | The discussion here is: "The way we work with |
| 11:35AM | 21 | engineering." |
| 11:35AM | 22 | What led you to write this e-mail to Mr. Sims? |
| 11:35AM | 23 | **A.**   I was frustrated.  And it really was -- the point was |
| 11:35AM | 24 | really the -- it might seem trivial, but it wasn't to me.  It |
| 11:35AM | 25 | was the 30 barrels of spacer. |

ALEXANDER JOHN GUIDE - DIRECT

11:36AM  1        During the morning call, I had asked -- I said, "You
11:36AM  2   know, if you're going to put these 30 barrels of spacer behind
11:36AM  3   the plug, have you thought about how it's going to affect the
11:36AM  4   bond log if we have to run it?"
11:36AM  5        We had past experiences.  In fact, on the *Horizon*, on
11:36AM  6   the Tiber well, we had to run a USIT log, but it was way in the
11:36AM  7   early stages of the well for -- to satisfy a casing test
11:36AM  8   requirement.
11:36AM  9        And when we ran the log, Schlumberger came back and
11:36AM 10   said, "Well, the fluid that's inside the well was of a quality
11:36AM 11   that this log you just ran is useless.  The data's no good."
11:36AM 12        So I asked the guys, I said, "Well, have you talked
11:36AM 13   to Schlumberger about is this 30 barrels of spacer going to
11:36AM 14   affect the bond log?  If we have to run the bond log, we want
11:36AM 15   to make sure it's right."
11:36AM 16        But this was just a couple of the other decisions and
11:36AM 17   the waffling of, you know, coming up with a plan and then
11:36AM 18   wanting to change it.  And I got frustrated.
11:37AM 19   Q.   You write to Mr. Sims.  You say:  "David, over the past
11:37AM 20   four days there has been so many last minute changes to the
11:37AM 21   operation that the well site leaders have finally come to their
11:37AM 22   wits' end.  The quote is 'flying by the seat of our pants.'"
11:37AM 23        What change were you referencing?
11:37AM 24   A.   Long string, liner, getting all the liner stuff out, USIT
11:37AM 25   log, we got all the USIT log stuff out, we got all the people

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:37AM 1  out.  Spacer -- I don't know even if we had the spacer on the
11:37AM 2  rig.
11:37AM 3  Q.   Did it relate to the logistics of getting that information
11:37AM 4  out -- I mean associated with getting those materials out?
11:37AM 5  A.   Well, that's what Don's frustration was.  Like I said,
11:37AM 6  these guys take a huge amount of pride in being able to get --
11:37AM 7  it's their responsibility to get these jobs together.  That's
11:37AM 8  one of their main responsibilities.  And with the changing of
11:37AM 9  little things, you know, it was -- you know, seriously making
11:37AM 10 their job harder.
11:37AM 11        And my job is to make their job easer, and I didn't
11:38AM 12 think that was happening.
11:38AM 13 Q.   You go on to write:  "Moreover, we have made a special
11:38AM 14 boat or helicopter run every day."
11:38AM 15 A.   That's what I was referencing, right.
11:38AM 16 Q.   But everybody wants to do the right thing -- I'm sorry.
11:38AM 17 "Everybody wants to do the right thing, but this huge level of
11:38AM 18 paranoia from engineering leadership is driving chaos.  This
11:38AM 19 operation is not Thunder Horse."
11:38AM 20        What are you referring to there?
11:38AM 21 A.   Mr. Walz was a drilling engineer and team leader for
11:38AM 22 Thunder Horse prior to coming over to the *Horizon*.
11:38AM 23 Thunder Horse is -- well, it is a deepwater operation in the
11:38AM 24 Gulf of Mexico.  It is at a fixed facility.  In other words,
11:38AM 25 the Thunder Horse platform doesn't leave the location.  It

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:38AM  1   floats, but it's moored.  It's the biggest platform like it in
11:38AM  2   the world.  It has tons of space.
11:38AM  3        And they also -- because it was such an important
11:38AM  4   piece of the BP portfolio, a huge amount of people -- they had
11:39AM  5   half a warehouse in Houma dedicated just to it.  And Mr. Walz
11:39AM  6   was still having to get used to the mindset that, you know,
11:39AM  7   *Horizon* wasn't the same kind of operation.
11:39AM  8   Q.   You go on to say:  "Brian has called me numerous times
11:39AM  9   trying to make sense of all the insanity.  Last night's
11:39AM  10  emergency evolved around 30 barrels of cement spacer behind the
11:39AM  11  top plug and how it would affect any bond logging.  I did not
11:39AM  12  agree with putting the spacer above the top plug to begin with.
11:39AM  13  This morning Brian called me and asked my advice about
11:39AM  14  exploring opportunities both inside and outside of the
11:39AM  15  company."
11:39AM  16       Tell us what that is about.  Why were you expressing
11:39AM  17  Mr. Morel's frustration and then your frustration?
11:39AM  18  A.   Brian was one of the top young engineers in our whole
11:39AM  19  company, not just in the Gulf of Mexico.  And like I said, I
11:40AM  20  felt I was Brian's mentor.  And he also -- he was having a hard
11:40AM  21  time coming to grip with, you know, okay, we have a plan, it is
11:40AM  22  a well thought-out plan.  Why are we making little last minute
11:40AM  23  tweaks and changes to the plan.  Okay?
11:40AM  24       So he was frustrated.  Him, along with Mr. Vidrine,
11:40AM  25  made me frustrated.

ALEXANDER JOHN GUIDE - DIRECT

| 11:40AM | 1 | **Q.**   And is that what you're communicating, then, to your boss? |
| 11:40AM | 2 | **A.**   That's what I'm telling to my boss. |
| 11:40AM | 3 | **Q.**   You close by saying:  "What is my authority?  With |
| 11:40AM | 4 | separation of engineering and operations, I do not know what I |
| 11:40AM | 5 | can and can't do." |
| 11:40AM | 6 |          Did you know what your authority was? |
| 11:40AM | 7 | **A.**   I knew what my authority was. |
| 11:40AM | 8 | **Q.**   So why did you write that? |
| 11:40AM | 9 | **A.**   I was very frustrated. |
| 11:40AM | 10 | **Q.**   What is the reference to the separation of engineering and |
| 11:40AM | 11 | operations? |
| 11:41AM | 12 | **A.**   Before -- there was a reorganization, and prior to the |
| 11:41AM | 13 | reorganization, we had the well ops manager, which is what |
| 11:41AM | 14 | David was, the engineering and the operations.  So to put it in |
| 11:41AM | 15 | perspective, Greg and I, we reported directly to David. |
| 11:41AM | 16 |          But in the new organization, Greg now reports all the |
| 11:41AM | 17 | way up to Jon Sprague, and then the actual -- the actual |
| 11:41AM | 18 | operations/engineering didn't come together until you got to |
| 11:41AM | 19 | Pat O'Bryan, who is the vice president of wells. |
| 11:41AM | 20 | **Q.**   And so was this referencing that separation of engineering |
| 11:41AM | 21 | and operations and the change that had been made in connection |
| 11:41AM | 22 | with that? |
| 11:41AM | 23 | **A.**   Correct. |
| 11:41AM | 24 | **Q.**   You close by saying:  "The operation is not going to |
| 11:41AM | 25 | succeed if we continue in this manner." |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:41AM  1        What are you referring to there?

11:41AM  2   **A.**   So the *Horizon* was an extremely well run operation.  It

11:41AM  3   was that way before I even got there, and it was through the

11:42AM  4   years of the drilling that it did in the Gulf of Mexico.

11:42AM  5        We -- the rig moved all over the place.  It wasn't a

11:42AM  6   fixed facility.  And if -- the way we were going to continue,

11:42AM  7   as in having multiple plans, long-string liner, multiple

11:42AM  8   contingencies, I didn't think that we would -- it was

11:42AM  9   sustainable.

11:42AM 10        We were getting ready to go to Kaskida, and one of

11:42AM 11   the main challenges that were identified in our crew engagement

11:42AM 12   meeting was logistics, being able to get all the equipment to

11:42AM 13   the rig in a timely manner.  And if we wanted to have the same

11:42AM 14   kind of success that we had prior to all the wells, you know,

11:42AM 15   before the accident, that kind of approach, in my opinion, was

11:42AM 16   not sustainable.

11:43AM 17   **Q.**   Were you in any way suggesting that the operations were

11:43AM 18   being conducted in an unsafe manner and, therefore, could not

11:43AM 19   succeed?

11:43AM 20   **A.**   No.  That's not what I meant.

11:43AM 21   **Q.**   Expressing, as has been suggested by some there --

11:43AM 22   predicting that there would be some kind of well blowout or

11:43AM 23   anything like that?

11:43AM 24   **A.**   No.

11:43AM 25   **Q.**   Did this have anything to do with the safety of the

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:43AM | 1 | operations? |
| 11:43AM | 2 | **A.**   No. |
| 11:43AM | 3 | **Q.**   Did Mr. Sims respond to your e-mail? |
| 11:43AM | 4 | **A.**   He did. |
| 11:43AM | 5 | **MS. KARIS:**  If we can look at TREX-21099, please. |
| 11:43AM | 6 | **BY MS. KARIS:** |
| 11:43AM | 7 | **Q.**   Mr. Sims -- is this his response back to you shortly after |
| 11:43AM | 8 | you sent it to him on Saturday morning? |
| 11:43AM | 9 | **A.**   Yes, this is. |
| 11:43AM | 10 | **Q.**   Okay.  And we'll go through this pretty quickly, but just |
| 11:43AM | 11 | to -- he begins by saying:  "John, I've to go to dance practice |
| 11:43AM | 12 | in a few minutes.  Let's talk this afternoon." |
| 11:43AM | 13 | Did you know what Mr. Sims was referring to? |
| 11:44AM | 14 | **A.**   Yes. |
| 11:44AM | 15 | **Q.**   What was he talking about there? |
| 11:44AM | 16 | **A.**   Both his daughter and my daughter, at different high |
| 11:44AM | 17 | schools, were part of the dance/drill team.  And in Houston, |
| 11:44AM | 18 | one of the traditions is the fathers at some point during the |
| 11:44AM | 19 | year actually dance with their daughters either at halftime or |
| 11:44AM | 20 | at the basketball game. |
| 11:44AM | 21 | **Q.**   Did you think Mr. Sims was being dismissive of your |
| 11:44AM | 22 | concerns? |
| 11:44AM | 23 | **A.**   No, not at all. |
| 11:44AM | 24 | **Q.**   He goes on to say:  "For now and until this well is over, |
| 11:44AM | 25 | we have to try to remain positive and remember what you said |

OFFICIAL TRANSCRIPT

8717

ALEXANDER JOHN GUIDE - DIRECT

11:44AM  1   below - everyone wants to do the right thing."
11:44AM  2          Did you believe that, that everybody wanted to do the
11:44AM  3   right thing in connection with the well?
11:44AM  4   A.   Yes.
11:44AM  5   Q.   He says it should be obvious to all that we could not plan
11:44AM  6   ahead for the well conditions we're seeing, so we have to
11:44AM  7   accept some level of last-minute changes."
11:45AM  8          What is he referring to there?
11:45AM  9   A.   Well, it's the -- being able to set up to either run a
11:45AM 10   long string or a liner.  And, you know, he's right, there's
11:45AM 11   always changes.  But he's just making reference to that.
11:45AM 12   Q.   He says:  "We've both been in Brian's position before.
11:45AM 13   The same goes for him.  We need to remind him this is a great
11:45AM 14   learning opportunity.  It will be over soon, and the same
11:45AM 15   issues -- or worse -- will exist anywhere else."
11:45AM 16          Did you view yourself as Mr. Morel's mentor?
11:45AM 17   A.   I did.
11:45AM 18   Q.   Did you expect you were going to give feedback to
11:45AM 19   Mr. Morel regarding this overall situation?
11:45AM 20   A.   And I did.
11:45AM 21   Q.   That's what I was going to ask, and did you give him
11:45AM 22   feedback?
11:45AM 23   A.   I did.
11:45AM 24   Q.   What did you tell Brian?
11:45AM 25   A.   Really just like what David said, you know.  I said,

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:45AM   1    "Look, you know, we're -- this is -- we're just getting used to
11:45AM   2    all working with each other, as in a couple of new -- a couple
11:45AM   3    new faces, but it's not a big deal and everything's going to be
11:46AM   4    fine."  And he totally agreed.
11:46AM   5    Q.    And then to the question of "what is my authority?" he
11:46AM   6    says, "I don't think anything has changed with respect to
11:46AM   7    engineering and operations.  Mark and Brian write the program
11:46AM   8    based on discussions/directions from you and our best
11:46AM   9    engineering practices.  If we had more time to plan this casing
11:46AM  10    job, I think all this would have been worked out before it got
11:46AM  11    to the rig.  If you don't agree with something engineering
11:46AM  12    related, and you and Gregg can't come to an agreement, Jon or
11:46AM  13    me gets involved.  If it's purely operational, it's your call."
11:46AM  14          Is that your understanding of the division between
11:46AM  15    engineering and operations?
11:46AM  16    A.    Yes.
11:46AM  17    Q.    And was that the practice that was in place even before
11:46AM  18    you got this e-mail from Mr. Sims?
11:46AM  19    A.    Yes, it was.
11:46AM  20    Q.    Did Mr. Sims adequately address your concerns that were
11:46AM  21    raised in this e-mail?
11:47AM  22    A.    It was a start.
11:47AM  23    Q.    Okay.  And did you respond back to Mr. Sims' e-mail to
11:47AM  24    you?
11:47AM  25    A.    I did.

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:47AM | 1 | **MS. KARIS:**  Last one on this, 21099, again, right at |
| 11:47AM | 2 | the top. |
| 11:47AM | 3 | **BY MS. KARIS:** |
| 11:47AM | 4 | **Q.**   What did you tell Mr. Sims after receiving his e-mail? |
| 11:47AM | 5 | **A.**   "I totally concur.  I told them all we will work through |
| 11:47AM | 6 | it together.  I want to do better." |
| 11:47AM | 7 | **Q.**   Now, there's been suggestion that somehow you were |
| 11:47AM | 8 | predicting that there were safety concerns. |
| 11:47AM | 9 | Did Mr. Sims go out to the rig a couple days after |
| 11:47AM | 10 | you sent him this e-mail? |
| 11:47AM | 11 | **A.**   Yes, he did. |
| 11:47AM | 12 | **Q.**   And was he on the rig on the evening of April 20th? |
| 11:47AM | 13 | **A.**   Yes, he was. |
| 11:47AM | 14 | **Q.**   After sending this e-mail to Mr. Sims, did you also |
| 11:47AM | 15 | address your frustrations or concerns with Mr. Walz? |
| 11:47AM | 16 | **A.**   I did. |
| 11:47AM | 17 | **Q.**   Tell us quickly what that conversation consisted of. |
| 11:47AM | 18 | **A.**   On Monday, I had a conversation with Mr. Walz after the |
| 11:48AM | 19 | morning call.  And I explained to him that, you know, the |
| 11:48AM | 20 | operation wasn't *Thunder Horse*, that I understand, you know, |
| 11:48AM | 21 | what they were trying to -- what they were doing there, and it |
| 11:48AM | 22 | was admirable, but the *Horizon* had a different type of setup. |
| 11:48AM | 23 | And I also told him he didn't have to apologize to me.  And he |
| 11:48AM | 24 | understood. |
| 11:48AM | 25 | **Q.**   Okay.  And earlier you said Mr. Sims' response was a |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:48AM   1   start.  Did Mr. Walz also alleviate some of your concerns or

11:48AM   2   address your concerns?

11:48AM   3   A.   It was a good second step.

11:48AM   4   Q.   And were you satisfied then that there was an

11:48AM   5   understanding as to your concerns for the operations and a plan

11:48AM   6   in place to address those?

11:48AM   7   A.   Yes.

11:48AM   8   Q.   All right.  And very briefly, after you guys made this

11:48AM   9   decision to use six centralizers versus 21, did you receive a

11:48AM  10   model from Halliburton -- a job report, I should say, from

11:48AM  11   Halliburton?

11:48AM  12   A.   Yes, I did.

11:48AM  13        MS. KARIS:  741.1.1, please.

11:49AM  14   BY MS. KARIS:

11:49AM  15   Q.   Is this the post -- or excuse me.  Is this the production

11:49AM  16   casing job report that you received from Mr. Gagliano on the

11:49AM  17   18th at 8:58 at night on a Sunday?

11:49AM  18   A.   Yes, it is.

11:49AM  19   Q.   Did you review it that evening?

11:49AM  20   A.   I did not.

11:49AM  21   Q.   Why not?

11:49AM  22   A.   I was in bed.

11:49AM  23   Q.   Okay.

11:49AM  24        MS. KARIS:  If we could look at 741.1.3.

         25

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:49AM | 1 | **BY MS. KARIS:** |
| 11:49AM | 2 | **Q.**   Did the e-mail also contain a table at the bottom and in a |
| 11:49AM | 3 | subsequent report? |
| 11:49AM | 4 | **A.**   Yes, it did. |
| 11:49AM | 5 | **Q.**   Is that the table that the e-mail contained that we're |
| 11:49AM | 6 | seeing there? |
| 11:49AM | 7 | **A.**   Yes. |
| 11:49AM | 8 | **Q.**   Describe for the Court what this -- first of all, I should |
| 11:49AM | 9 | start by saying Mr. Gagliano says:  "Attached is the revised |
| 11:49AM | 10 | information for the upcoming 9 7/8 by 7-inch production casing |
| 11:49AM | 11 | job.  The compressive strength is not completed yet, it has |
| 11:49AM | 12 | 34 hours.  The chart of the progress is below." |
| 11:49AM | 13 | What is this chart telling you that Mr. Gagliano has |
| 11:49AM | 14 | sent you? |
| 11:49AM | 15 | **A.**   So from the operations standpoint, we're really interested |
| 11:50AM | 16 | in two -- two pieces.  One is the job pump time -- and I'm |
| 11:50AM | 17 | going to point here in a second.  One is the job pump time, and |
| 11:50AM | 18 | one is the compressive strength and how fast the cement -- and |
| 11:50AM | 19 | how hard the cement actually gets. |
| 11:50AM | 20 | So down here, he's -- Jesse, because he knew what we |
| 11:50AM | 21 | needed -- this right here is the actual compressive strength |
| 11:50AM | 22 | curve, and you could see it goes to 7 1/2 hours, seven -- |
| 11:50AM | 23 | something like that.  Okay.  So that indicates what the pump |
| 11:50AM | 24 | time is. |
| 11:50AM | 25 | **Q.**   What is the pump time?  Why does that matter? |

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:50AM  1    A.    That's the amount of time that you have before the cement

11:50AM  2    starts to get hard.

11:50AM  3    Q.    Okay.

11:50AM  4    A.    So it's -- so then -- then this, now, is the compressive

11:50AM  5    strength curve.  Okay?  So what this is saying is after

11:50AM  6    7 1/2 hours, the cement is going to get hard in a hurry.

11:50AM  7    That's why this line goes straight up.  This -- this line up

11:51AM  8    here is almost 2500 psi.  From the operations standpoint, we

11:51AM  9    need this number here, 500 psi of compressive strength.  That's

11:51AM  10   the standard on what we can actually test our casing after the

11:51AM  11   cement job is done.

11:51AM  12   Q.    And did this chart that Mr. Gagliano attached to the

11:51AM  13   e-mail that he sent you answer the operational questions that

11:51AM  14   you had in connection with the cement job?

11:51AM  15   A.    Yes, it did.

11:51AM  16   Q.    Now, attached to it was an OptiCem run; correct?

11:51AM  17   A.    Yes.

11:51AM  18   Q.    And there's been some reference to the fact that that

11:51AM  19   OptiCem run had a gas flow potential section, 741.32.1.

11:51AM  20        Did you look at this part of the report?

11:51AM  21   A.    I did not.

11:51AM  22   Q.    Why not?

11:51AM  23   A.    I didn't even know it was in there.

11:51AM  24   Q.    Had you reviewed other OptiCem models from Halliburton

11:52AM  25   previously?

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

11:52AM  1   **A.**   I have.

11:52AM  2   **Q.**   Okay.  And do you know whether those other reports had

11:52AM  3   this gas flow potential section in there?

11:52AM  4   **A.**   Well, after the incident, I went back -- I was -- I was,

11:52AM  5   you know, wondering why I never saw this or never paid

11:52AM  6   attention to it.  I went back and looked at Freedom, the

11:52AM  7   Freedom well, because it had -- it was a very large discovery

11:52AM  8   that we had previously and with multiple, multiple pay zones

11:52AM  9   that we cemented; and I looked at all the OptiCem runs, and it

11:52AM  10  was N/A, not applicable.

11:52AM  11  **Q.**   There's been a lot of discussion about foam stability

11:52AM  12  tests.  And I just want to ask you, did you have any

11:52AM  13  involvement with any of the foam stability testing that was

11:52AM  14  done at Macondo?

11:52AM  15  **A.**   No, I did not.

11:52AM  16  **Q.**   Is it typical for you to see foam stability tests or

11:52AM  17  results as part of your operations?

11:52AM  18  **A.**   No.

11:52AM  19  **Q.**   Did anybody ever raise any concerns with you about the

11:52AM  20  foam stability testing?

11:52AM  21  **A.**   No.

11:53AM  22  **Q.**   Done with that.  Let's talk about bottoms-up circulation.

11:53AM  23        There's been a lot of testimony in this case already

11:53AM  24  about bottoms-up, and so I don't want you to rehash all the

11:53AM  25  ground --

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 11:53AM | 1 | **THE COURT:**  Ms. Karis, maybe this is just as well, as |
| 11:53AM | 2 | good a place as any to stop for lunch. |
| 11:53AM | 3 | **MS. KARIS:**  Perfect.  Thank you, Your Honor. |
| 11:53AM | 4 | **THE COURT:**  Moving to a new topic. |
| 11:53AM | 5 | Let's come back at 1:15. |
| 11:53AM | 6 | **THE DEPUTY CLERK:**  All rise. |
| 11:53AM | 7 | **(LUNCHEON RECESS)** |
| 11:53AM | 8 | * * * * * |
| 8:44AM | 9 | (WHEREUPON, the morning session proceedings were |
| 8:44AM | 10 | concluded.) |
| 8:44AM | 11 | ***** |
| 8:44AM | 12 | **CERTIFICATE** |
| 8:44AM | 13 | I, Jodi Simcox, RMR, FCRR, Official Court Reporter |
| 8:44AM | 14 | for the United States District Court, Eastern District of |
| 8:44AM | 15 | Louisiana, do hereby certify that the foregoing is a true and |
| 8:44AM | 16 | correct transcript, to the best of my ability and |
| 8:44AM | 17 | understanding, from the record of the proceedings in the |
| 8:44AM | 18 | above-entitled and numbered matter. |
| 8:44AM | 19 | |
| 8:44AM | 20 | |
| 8:44AM | 21 | *s/Jodi Simcox, RMR, FCRR* |
| 8:44AM | | Jodi Simcox, RMR, FCRR |
| 8:44AM | 22 | Official Court Reporter |
| | 23 | |
| | 24 | |
| | 25 | |

OFFICIAL TRANSCRIPT

**$**

$1 [1]  8614/5
$100 [1]  8630/16
$40,000 [3]  8629/6 8629/19 8629/23
$700,000 [1]  8630/22

**'**

'88 [1]  8577/14
'91 [1]  8577/14
'Every [2]  8629/5 8633/17
'flying [1]  8711/22

**-**

-cene [2]  8599/19 8599/21

**.**

...we [1]  8655/25
.1.9 [1]  8676/2

**0**

02771 [1]  8564/7

**1**

1,000 feet [1]  8667/19
1.3 [1]  8615/8
10 [4]  8704/9 8704/13 8705/15 8705/16
10 additional [1]  8704/25
10 hours [4]  8704/17 8704/18 8705/6
  8705/10
10 million [2]  8679/22 8684/8
10-CV-02771 [1]  8564/7
10-CV-4536 [1]  8564/9
10-MD-2179 [1]  8564/4
100 percent [4]  8612/25 8613/2 8613/7
  8661/11
1000 [1]  8568/19
1001 [1]  8568/11
101 [1]  8565/16
1021.1.2 [1]  8655/12
1021.1.3 [1]  8655/11
11 [1]  8632/5
1100 [1]  8568/7
1110 [1]  8568/23
1126.1.1 [1]  8659/3
1126.1.2 [1]  8659/14
1126.1.4 [1]  8660/13
1129.1.4 [1]  8687/3
1148 [1]  8663/10
1148.1.4 [1]  8664/19
1148.1.6 [1]  8663/12
1201 [2]  8568/3 8569/5
127 [2]  8578/23 8579/3
13 [2]  8693/14 8695/6
13 miles [1]  8580/23
1308 [1]  8565/19
1331 [1]  8569/24
13th call [1]  8658/3
14 [2]  8677/17 8698/25
14-pound-per-gallon [1]  8677/14
14.2 [4]  8677/15 8677/18 8678/3 8678/5
14.5 [2]  8677/17 8677/19
14.65 ppg [1]  8698/25
14.7 [4]  8699/1 8699/2 8699/4 8699/6
14271 [1]  8566/22
14th [1]  8686/21
14th and [1]  8671/15
15 [3]  8564/7 8697/21 8700/2
15 centralizers [1]  8707/14
15-minute [1]  8666/18
15.06 [1]  8697/20
15.06 pounds [1]  8697/12
15th [1]  8687/7
15th of [1]  8671/15

**1**

1601 [1]  8565/3
16th [1]  8576/4
16th [3]  8669/8 8697/4 8702/23
17 [1]  8693/14
1700 [1]  8569/5
17th [2]  8708/15 8708/20
18 [2]  8632/9 8694/9
18 percent [1]  8626/20
18,360 feet [2]  8668/4 8668/9
1885 [1]  8567/12
18th [1]  8655/15
18th at [1]  8720/17
1980 [4]  8575/20 8575/22 8575/24
  8692/8
1983 [2]  8689/8 8689/10
1997 [1]  8589/5
1:15 [1]  8724/5

**2**

2-hour [1]  8647/23
20 [6]  8564/5 8582/3 8592/10 8628/9
  8632/5 8698/24
20 barrels [1]  8654/3
2000 [4]  8578/10 8578/20 8587/6
  8593/23
20004 [2]  8566/22 8568/4
2003 [1]  8579/22
20044 [2]  8567/4 8567/6
2007 [7]  8580/25 8581/3 8581/5 8581/8
  8589/3 8589/6 8597/8
2008 [3]  8610/14 8612/21 8613/8
2009 [18]  8591/8 8591/8 8599/9
  8604/10 8613/9 8618/4 8626/5 8626/6
  8626/11 8627/12 8627/13 8627/25
  8628/5 8629/2 8631/22 8634/22
  8640/12 8642/13
2010 [25]  8564/5 8574/18 8581/8
  8585/23 8586/9 8587/13 8587/15
  8591/2 8593/18 8595/20 8597/17
  8601/5 8614/16 8621/10 8621/18
  8624/12 8624/20 8644/24 8646/25
  8650/10 8655/15 8667/5 8668/7
  8689/11 8694/3
2013 [1]  8564/7
20th [2]  8591/11 8719/12
20th as [1]  8590/6
21 [1]  8720/9
21099 [3]  8710/18 8716/5 8719/1
2179 [1]  8564/4
22-inch [2]  8648/20 8649/6
2211 [1]  8568/23
2216 [1]  8566/6
22nd [1]  8565/10
23 [1]  8582/3
23451 [1]  8565/10
24-hour [1]  8647/22
244 [2]  8597/11 8597/16
25 [1]  8653/17
250 [1]  8565/17
250,000 barrels [1]  8670/24
2500 psi [1]  8722/8
2615 [1]  8565/6
27 [1]  8564/14
28,760 feet [1]  8598/8
28-inch [1]  8648/19
29th [1]  8621/17
29th and [1]  8646/23
2nd [1]  8601/5

**3**

30 [5]  8582/19 8582/20 8653/17
  8680/14 8707/16
30 barrels [7]  8653/20 8708/25 8709/3

**3**

8710/25 8711/2 8711/13 8713/10
30-barrel [1]  8710/6
30-plus [2]  8576/3 8604/3
300 [1]  8567/23
3089 [1]  8568/19
30th [2]  8621/17 8646/23
314 [1]  8694/6
31st [1]  8621/17
323 [1]  8632/5
33 [3]  8581/21 8582/3 8582/17
34 hours [1]  8721/12
35 [2]  8581/23 8653/16
35,050 feet [1]  8598/1
355 [1]  8568/15
35th [1]  8568/15
36-inch [1]  8648/19
36028 [1]  8566/10
36130 [1]  8567/10
36604 [1]  8565/4
3668 [1]  8564/20
3700 [2]  8568/7 8568/11
3rd [1]  8693/13

**4**

40 [1]  8581/23
40 barrels [1]  8653/16
402 [1]  8565/10
406 [1]  8569/12
4072 [1]  8635/24
4095.1.2 [1]  8599/5
4095.1.3 [1]  8600/3
41025.1.3 [1]  8693/9
41625 [1]  8675/17
41625-N [1]  8676/1
4310 [1]  8566/3
4316 [1]  8585/14
4341 [1]  8597/4
435 [1]  8565/16
4350 [1]  8612/18
45 [3]  8644/2 8644/17 8704/11
450 [1]  8566/10
4536 [1]  8564/9
47414.3.2 [1]  8623/8
47414.3.4 [1]  8623/18
47461 [2]  8614/12 8615/7
47570-N.3.1 [1]  8610/21
4800 [2]  8586/6 8586/8
48042 [1]  8702/21
48042.1.2 [1]  8703/3
4941 [1]  8581/14

**5**

5 total [1]  8694/7
50 [2]  8644/2 8644/17
50 miles [1]  8579/3
500 [3]  8564/20 8567/9 8569/12
500 psi [1]  8722/9
5000 [1]  8567/19
504 [1]  8569/13
51350.2.3 [1]  8600/20
5395 [1]  8566/10
5500 feet [1]  8579/3
556 [1]  8564/20
575 [1]  8640/3
589-7780 [1]  8569/13
5965.1.3 [1]  8617/21
5967.1.4 [1]  8619/20
5973.1.6 [1]  8666/3

**6**

6 on [1]  8698/25
60 [1]  8578/15

**6**

600 [3] 8565/10 8565/13 8568/19
601 [1] 8565/6
60654 [1] 8567/24
618 [1] 8565/22
6294 [1] 8626/5
6294.2.2 [1] 8628/25
6294.3.2 [1] 8627/8
64 [1] 8615/19
6:15 [1] 8687/13

**7**

7 1/2 [1] 8721/22
7 1/2 hours [1] 8722/6
7-5395 [1] 8566/10
7-inch [3] 8676/5 8678/17 8721/10
7/8 [1] 8642/12
701 [2] 8567/16 8567/19
70113 [1] 8564/24
70130 [5] 8565/7 8565/13 8566/7
  8567/17 8569/13
70139 [1] 8567/20
70163 [1] 8568/7
70360 [1] 8565/16
70458 [1] 8565/19
70501 [1] 8568/20
70502 [1] 8564/21
7062.1.3 [1] 8631/19
70801 [1] 8565/23
70804 [1] 8567/13
741.1.1 [1] 8720/13
741.1.3 [1] 8720/24
741.32.1 [1] 8722/19
75270 [1] 8569/5
7611 [1] 8566/16
7685.2 [1] 8644/21
77002 [1] 8568/11
77006 [1] 8566/4
77010 [1] 8569/9
77098 [1] 8568/23
7780 [1] 8569/13
796.1.11 [1] 8704/1
796.2.3 [1] 8696/24

**8**

8093.1.5 [1] 8621/13
8093.3.1 [1] 8622/16
8146.3 [1] 8678/20
8146.8.1 [1] 8678/21
820 [1] 8564/23
8:58 [1] 8720/17
8th [2] 8657/10 8657/12

**9**

9 7/8 [5] 8667/23 8668/1 8674/10
  8678/17 8721/10
9 7/8 by [1] 8676/5
90071 [1] 8568/16
94005 [1] 8567/13
94102 [1] 8566/11
9th [2] 8565/13 8669/2

**A**

A-L-E-X-A-N-D-E-R [1] 8574/8
abandon [3] 8680/21 8691/5 8696/6
abandoning [1] 8642/3
abandonment [3] 8655/8 8673/5
  8673/11
Abby [1] 8571/25
ability [8] 8648/22 8667/19 8671/19
  8671/23 8682/19 8691/8 8691/23
  8724/16
able [15] 8625/7 8630/17 8631/13

8648/23 8649/2 8649/7 8662/16 8663/3
8669/11 8669/14 8670/4
8712/6 8715/12 8717/9
about [145] 8575/3 8576/2 8579/3
8580/23 8585/25 8586/4 8586/10
8591/19 8595/10 8595/14 8595/15
8596/14 8596/17 8596/21 8597/24
8598/15 8599/7 8600/4 8600/22
8601/10 8604/23 8606/24 8607/22
8609/2 8609/19 8610/2 8612/10
8613/11 8613/12 8614/15 8615/21
8616/13 8616/24 8616/25 8618/5
8618/9 8618/17 8618/22 8618/25
8622/9 8624/21 8626/24 8627/3 8628/9
8628/17 8629/11 8629/11 8630/16
8632/17 8633/5 8633/23 8634/14
8636/15 8641/18 8646/3 8644/2 8646/5
8646/6 8647/14 8647/22 8648/16
8650/8 8650/8 8650/20 8652/1 8652/13
8652/14 8652/24 8653/9 8653/13
8653/16 8653/19 8655/10 8658/6
8659/16 8660/17 8660/22 8660/24
8661/13 8661/16 8666/16 8667/2
8667/19 8667/22 8668/16 8668/23
8669/9 8669/19 8669/23 8669/25
8670/24 8671/9 8671/18 8671/23
8673/5 8674/5 8674/15 8674/22 8675/3
8676/18 8677/2 8678/9 8679/14
8679/22 8680/2 8684/18 8686/25
8688/20 8689/4 8689/16 8691/7
8692/17 8692/24 8696/16 8698/8
8698/15 8699/9 8699/11 8699/13
8700/20 8700/20 8701/10 8702/5
8702/9 8702/25 8705/19 8705/24
8706/7 8707/2 8708/19 8708/23 8709/1
8709/13 8710/3 8710/8 8710/18 8711/3
8711/13 8713/13 8713/16 8716/15
8723/11 8723/19 8723/22 8723/24
above [3] 8672/3 8713/12 8724/18
above-entitled [1] 8724/18
Abramson [1] 8565/5
absence [1] 8705/18
Absolutely [2] 8596/12 8602/14
accept [1] 8717/7
acceptable [1] 8684/7
access [3] 8606/15 8630/19 8639/20
accident [1] 8715/15
accomplishment [5] 8601/24 8602/5
8603/13 8603/19 8604/2
accomplishments [6] 8596/22 8599/2
8599/7 8600/14 8604/13 8604/18
account [2] 8595/4 8690/1
accountable [1] 8625/13
accuracy [2] 8678/9 8699/10
accurate [8] 8581/24 8591/11 8593/7
8606/18 8606/20 8615/16 8678/3
8699/13
accurately [5] 8581/19 8586/12 8642/4
8677/5 8677/7
achieve [1] 8636/10
achieved [2] 8596/22 8603/15
achievement [1] 8602/3
achieving [1] 8601/24
acknowledging [1] 8695/1
acquisitions [1] 8578/1
across [4] 8622/20 8632/20 8635/8
8703/22
act [1] 8673/10
acting [4] 8604/19 8657/19 8657/20
8657/25
Action [1] 8610/13
actions [4] 8595/5 8595/7 8596/18
8681/5

activity [1] 8611/18
8635/15 8635/16 8637/6 8638/1 8638/5
8644/5 8652/3 8654/20 8657/23
8674/22 8675/21 8676/23 8677/14
8677/18 8677/21 8678/6 8680/7
8689/18 8702/3 8714/17 8714/17
8721/21
actually [57] 8574/22 8577/12 8585/7
8589/2 8590/25 8591/6 8591/6 8593/2
8600/1 8603/24 8606/13 8606/15
8613/16 8616/11 8617/2 8620/18
8629/17 8635/7 8635/12 8637/17
8638/3 8638/9 8638/24 8640/23
8643/21 8648/23 8649/2 8649/7
8650/16 8650/17 8653/14 8653/16
8655/22 8656/14 8661/15 8663/11
8667/17 8667/25 8676/22 8677/12
8678/10 8680/6 8681/2 8681/16
8682/17 8689/7 8692/10 8692/12
8698/13 8699/3 8699/16 8702/13
8702/19 8710/19 8716/19 8721/19
8722/10
Adams [3] 8660/9 8661/25 8662/4
add [3] 8633/21 8684/7 8708/25
added [2] 8587/17 8656/15
adding [1] 8704/24
addition [5] 8575/17 8600/14 8603/13
8617/15 8684/24
additional [9] 8637/9 8684/7 8697/8
8700/2 8704/25 8705/15 8705/16
8707/13 8707/18
address [6] 8573/18 8642/19 8718/20
8719/15 8720/2 8720/6
addressing [1] 8637/19
adequately [1] 8718/20
adjusting [1] 8648/11
adjustments [1] 8657/2
administered [2] 8610/17 8611/5
administrative [2] 8573/7 8618/11
admirable [1] 8719/22
admiration [2] 8601/17 8601/23
admitted [6] 8571/11 8571/13 8571/22
8572/8 8572/16 8573/2
adopted [1] 8634/18
advice [1] 8713/13
affect [5] 8691/22 8692/2 8711/3
8711/14 8713/11
affecting [1] 8692/25
affects [1] 8691/8
affiliate [1] 8577/13
after [50] 8576/4 8577/10 8577/20
8578/6 8578/15 8579/9 8579/12
8580/18 8580/25 8608/15 8616/5
8643/1 8646/8 8646/15 8650/25 8653/7
8653/8 8655/7 8662/3 8662/18 8663/8
8664/2 8665/24 8667/24 8669/1
8669/22 8671/22 8678/1 8678/17
8678/23 8679/1 8697/9 8702/2 8702/13
8702/17 8703/9 8703/16 8708/12
8709/8 8709/25 8710/12 8716/7 8719/4
8719/9 8719/14 8719/18 8720/8 8722/5
8722/10 8723/4
afternoon [2] 8697/8 8716/12
again [16] 8579/2 8580/15 8588/17
8600/3 8604/25 8613/12 8619/3 8627/9
8629/2 8629/4 8659/24 8675/22 8679/7
8683/8 8708/21 8719/1
agenda [3] 8618/12 8622/18 8622/21
8623/6 8623/20 8623/23
ago [3] 8617/2 8632/9 8694/21
agree [17] 8584/23 8584/25 8602/13
8609/2 8615/11 8616/8 8619/6 8661/5

agree... [9] 8661/7 8661/17 8664/6
8673/1 8686/4 8706/5 8706/20 8713/12
8718/11
agreed [12] 8631/11 8661/4 8661/11
8661/13 8662/2 8662/3 8683/4 8683/11
8700/7 8718/4
agreement [1] 8718/12
ahead [9] 8575/9 8592/5 8666/18
8672/6 8701/12 8707/6 8717/6
ahold [1] 8703/23
aided [1] 8569/17
aids [2] 8615/13 8615/14
al [2] 8564/8 8564/11
Alabama [4] 8565/4 8567/7 8567/8
8567/10
ALEXANDER [2] 8574/3 8574/7
all [149] 8571/1 8571/3 8571/12
8571/18 8572/23 8573/1 8574/1
8575/21 8576/9 8576/15 8576/15
8577/24 8578/14 8578/17 8579/7
8579/14 8580/7 8581/13 8582/7
8584/15 8584/18 8585/12 8586/4
8586/12 8586/22 8586/23 8587/7
8588/22 8588/25 8593/3 8593/3
8593/15 8594/10 8594/12 8594/19
8596/24 8597/16 8597/16 8597/20
8599/15 8599/24 8600/6 8602/4
8602/10 8604/18 8604/22 8604/25
8605/25 8606/4 8606/15 8606/24
8609/1 8609/4 8609/12 8610/20 8611/9
8611/14 8612/7 8612/17 8613/17 8617/6
8619/10 8622/15 8623/6 8623/11
8626/22 8629/14 8631/7 8631/7
8631/21 8631/25 8633/14 8633/21
8635/5 8635/7 8636/7 8637/5 8638/8
8639/4 8640/24 8641/8 8642/15
8644/13 8646/13 8648/23 8649/5
8650/23 8652/12 8657/9 8658/7 8659/21
8660/21 8662/18 8663/17 8666/20
8666/22 8666/24 8669/21 8671/11
8671/12 8672/8 8673/15 8673/18
8674/1 8681/1 8681/8 8681/10 8681/10
8681/11 8683/4 8683/11 8684/13
8685/10 8688/12 8688/19 8690/1
8693/1 8693/20 8696/12 8696/13
8696/18 8698/13 8698/18 8701/14
8703/12 8705/25 8708/2 8708/3
8709/18 8709/19 8709/21 8711/24
8711/25 8711/25 8713/9 8714/16
8715/5 8715/12 8715/14 8716/23
8717/5 8718/2 8718/10 8719/5 8720/8
8721/8 8723/9 8723/24 8724/6
ALLAN [1] 8567/15
alleviate [1] 8720/1
allow [1] 8648/2
almost [5] 8614/5 8653/19 8658/14
8706/7 8722/8
alone [2] 8581/25 8582/1
along [3] 8658/12 8694/8 8713/24
already [6] 8573/9 8641/20 8641/24
8642/15 8684/4 8723/23
also [62] 8577/14 8577/16 8579/23
8580/21 8586/19 8592/11 8596/4
8598/8 8599/2 8603/14 8604/5 8604/8
8604/13 8606/9 8607/20 8608/20
8609/9 8610/2 8613/12 8616/14
8620/21 8631/13 8641/14 8642/12
8644/9 8644/19 8646/8 8648/7 8648/17
8649/18 8649/22 8651/19 8651/21
8654/15 8654/23 8656/17 8658/8
8658/10 8661/7 8669/12 8670/10
8673/17 8683/23 8684/7 8684/15
8688/21 8691/8 8691/24 8691/21
8695/15 8699/19 8701/13 8709/6
8709/25 8710/4 8713/3 8713/20
8719/14 8719/23 8720/1 8721/2
also on [1] 8689/1
always [6] 8595/4 8620/16 8622/4
8672/8 8672/10 8717/11
am [6] 8625/15 8627/21 8634/20 8694/5
8701/6 8705/18
AMERICA [8] 8564/10 8566/9 8566/13
8566/19 8567/3 8567/19 8567/22
8568/3
amongst [2] 8623/21 8688/25
amount [9] 8629/14 8633/6 8633/24
8634/7 8679/23 8709/17 8712/6 8713/4
8722/1
analyzed [1] 8653/14
analyzing [1] 8637/5
Andre [1] 8571/25
ANDREW [1] 8567/22
Angeles [1] 8568/16
annual [2] 8625/17 8671/10
another [13] 8580/22 8594/9 8612/17
8613/4 8613/11 8642/6 8655/23
8656/15 8658/11 8671/3 8685/4
8688/16 8710/6
answer [1] 8722/13
ANTHONY [2] 8566/6 8572/18
anticipated [3] 8667/12 8668/10 8673/22
any [91] 8571/4 8571/20 8572/6
8572/14 8573/1 8575/11 8584/9 8595/5
8595/5 8595/6 8595/9 8598/21 8601/14
8602/19 8602/20 8602/24 8602/24
8603/4 8603/4 8604/5 8604/12 8605/16
8609/6 8614/8 8614/8 8617/7 8617/11
8620/14 8620/17 8624/14 8624/21
8624/21 8624/24 8625/3 8625/3
8629/13 8633/23 8633/24 8634/2
8634/6 8634/10 8634/10 8638/20
8640/21 8643/7 8643/12 8645/16
8645/17 8645/25 8646/1 8646/3 8647/6
8647/6 8647/8 8647/8 8647/10 8647/11
8648/10 8651/9 8653/3 8653/3 8656/12
8663/20 8667/5 8671/18 8671/22
8686/9 8688/12 8688/12 8688/13
8690/9 8693/18 8694/17 8694/19
8694/22 8695/1 8695/5 8695/12 8700/1
8703/9 8704/18 8705/4 8705/10
8707/11 8707/12 8713/11 8715/17
8723/12 8723/13 8723/19 8724/2
anybody [17] 8602/19 8602/24 8603/4
8624/14 8624/24 8625/2 8625/6
8645/16 8645/25 8647/6 8647/10
8653/3 8685/22 8707/11 8707/11
8707/12 8723/19
anymore [1] 8630/11
anyone [4] 8608/5 8616/5 8624/21
8654/5
anything [10] 8585/25 8611/20 8614/10
8633/14 8673/2 8673/4 8678/8 8715/23
8715/25 8718/6
anyway [2] 8631/4 8703/18
anywhere [3] 8640/23 8640/24 8717/15
apart [1] 8580/23
APLC [1] 8567/18
apologies [1] 8631/25
apologize [2] 8701/9 8719/23
appear [1] 8658/21
Appearances [6] 8564/17 8565/1 8566/1
8567/1 8568/1 8569/1
applicable [1] 8723/10
application [1] 8604/24
applied [9] 8605/3 8605/17 8605/21
8610/22 8611/2 8611/6 8613/3 8613/10
8614/24 8634/25
applies [2] 8564/6 8634/17
apply [5] 8606/17 8608/5 8635/6
8649/10 8654/10
applying [2] 8686/1 8707/20
appraisal [1] 8588/23
appraise [4] 8635/19 8636/15 8637/12
8639/5
appreciate [1] 8624/15
approach [3] 8661/24 8661/25 8715/15
appropriate [3] 8634/3 8684/12 8690/3
approve [2] 8637/6 8682/20
approved [4] 8638/23 8682/25 8685/17
8705/18
approver [3] 8682/16 8683/8 8683/15
approvers [4] 8682/13 8682/23 8683/6
8683/17
approximately [9] 8579/21 8592/8
8596/21 8596/24 8629/6 8630/13
8644/14 8646/22 8652/23
APRIL [19] 8564/5 8564/7 8574/18
8581/8 8585/23 8586/9 8591/11 8601/5
8614/16 8667/5 8668/6 8669/2 8669/8
8671/15 8687/7 8693/13 8694/3 8697/4
8719/12
April 10th of [1] 8614/16
April 15th would [1] 8687/7
April 16th [2] 8669/8 8697/4
April 20th [2] 8591/11 8719/12
April 20th of [3] 8574/18 8585/23 8586/9
April 2nd [1] 8601/5
April 3rd [1] 8693/13
April 3rd of [1] 8694/3
April 9th [1] 8669/2
April 9th of [2] 8667/5 8668/6
are [69] 8571/12 8571/20 8571/22
8572/6 8572/8 8572/16 8573/2 8573/12
8580/3 8585/4 8585/18 8586/17
8606/11 8606/12 8609/18 8610/3
8612/8 8612/13 8612/24 8613/5 8613/6
8613/13 8614/5 8615/25 8617/8
8617/20 8621/25 8624/2 8624/2
8625/13 8626/17 8629/11 8629/22
8633/18 8633/21 8634/19 8634/24
8635/17 8637/5 8642/18 8642/18
8654/20 8654/22 8667/22 8671/11
8672/6 8673/19 8675/7 8675/22 8682/8
8682/12 8682/15 8687/24 8688/14
8690/12 8691/18 8691/18 8692/6
8692/6 8692/21 8693/14 8693/25
8693/25 8699/9 8703/20 8704/8
8712/20 8713/22 8715/1
areas [2] 8598/24 8608/20
aren't [1] 8610/3
arises [1] 8614/20
around [16] 8572/23 8608/6 8618/1
8630/22 8635/2 8638/3 8652/18 8680/8
8686/12 8687/1 8687/12 8688/2 8688/7
8700/19 8701/8 8713/10
arrangements [1] 8670/15
Arrell [1] 8568/22
arrived [8] 8595/19 8632/9 8643/24
8645/12 8672/14 8692/18 8698/20
8702/25
arriving [1] 8671/6
as [194]
Asbill [1] 8568/9
ask [17] 8595/15 8598/17 8605/1
8609/13 8612/10 8616/25 8628/18
8649/16 8653/3 8663/22 8669/1 8685/9
8701/24 8709/12 8710/18 8717/21

# A

ask... [1] 8723/12
asked [8] 8605/16 8632/6 8675/9 8698/14 8703/20 8711/1 8711/12 8713/13
asking [3] 8647/7 8647/11 8650/7 8688/22 8694/20 8700/20
aspect [1] 8579/8
assertion [2] 8605/15 8672/23
assess [3] 8625/22 8626/1
assessed [4] 8636/11 8637/2 8637/15 8642/16
assessment [11] 8625/17 8625/19 8626/8 8626/11 8627/4 8627/11 8628/23 8637/13 8637/18 8638/5 8641/22
assessments [1] 8641/18
ASSET [1] 8564/8
assigned [10] 8580/21 8587/24 8590/11 8590/13 8590/15 8590/21 8592/11 8592/19 8596/2 8596/20
assignments [1] 8669/21
assist [2] 8651/13 8656/15
associated [7] 8595/11 8630/14 8643/7 8681/10 8681/11 8694/8 8712/4
assume [1] 8657/23
astutely [1] 8677/4
Atlantis [9] 8594/8 8604/8 8693/23 8700/15 8702/16 8703/14 8703/21 8705/12 8706/12
attach [1] 8703/2
attached [5] 8656/4 8684/15 8721/9 8722/12 8722/16
attachment [1] 8703/4
attempt [1] 8633/1
attend [3] 8613/17 8613/20 8620/3 8623/3 8669/10
attended [1] 8645/5
attending [1] 8647/3
attention [1] 8723/6
attitude [1] 8594/21
Attorney [2] 8567/7 8567/11
attributed [1] 8691/1
atypical [2] 8585/25 8646/2
audible [1] 8592/7
Augusta [1] 8615/19
authority [4] 8714/3 8714/6 8714/7 8718/5
available [6] 8637/5 8644/3 8669/13 8669/24 8670/15 8672/2
Avenue [5] 8564/23 8566/10 8567/9 8568/3 8568/15
average [2] 8613/25 8639/11
award [4] 8604/7 8604/8 8604/9 8604/16
awards [1] 8604/5
aware [2] 8641/24 8645/21
awareness [4] 8624/8 8624/11 8624/19 8625/3
away [6] 8603/20 8603/21 8603/23 8626/16 8650/19 8676/10

# B

Bachelor [1] 8575/14
back [47] 8573/22 8575/1 8578/8 8579/14 8589/12 8592/21 8607/8 8615/10 8615/18 8620/18 8626/21 8626/25 8631/7 8632/4 8636/24 8636/25 8637/16 8639/5 8650/22 8653/14 8657/16 8660/16 8664/12 8665/6 8666/6 8666/6 8675/3 8679/17 8687/23 8689/8 8691/4 8691/19

8694/12 8694/13 8694/21 8695/18 8695/25 8696/21 8697/18 8699/4 8711/9 8716/7 8718/23 8723/4 8723/6 8724/5
background [1] 8575/3
bad [1] 8686/21
Baku [1] 8638/4
Bank [1] 8686/1
BARBIER [1] 8564/15
barrel [1] 8710/6
barrels [10] 8653/16 8653/20 8654/3 8670/24 8708/25 8709/3 8710/25 8711/2 8711/13 8713/10
base [1] 8697/12
based [19] 8577/1 8594/19 8612/12 8617/3 8625/19 8632/5 8642/21 8645/18 8646/2 8662/18 8673/8 8677/11 8684/22 8685/13 8685/15 8688/16 8707/25 8708/3 8718/8
basically [5] 8584/19 8608/18 8632/19 8644/13 8696/6
basics [3] 8620/18 8626/21 8626/25
basis [6] 8600/25 8631/6 8676/9 8679/3 8703/18 8710/8
basketball [1] 8716/20
Baton [2] 8565/23 8567/13
be [85] 8571/10 8573/24 8580/21 8581/25 8585/6 8588/9 8593/3 8598/24 8601/13 8603/23 8609/11 8615/2 8618/13 8620/6 8621/21 8622/24 8624/8 8625/7 8627/19 8627/22 8627/24 8631/4 8636/4 8636/11 8636/12 8637/15 8637/16 8638/8 8638/9 8638/22 8638/24 8639/4 8646/15 8647/21 8648/23 8649/2 8649/3 8649/7 8657/12 8658/21 8660/23 8661/24 8662/16 8663/17 8664/1 8665/2 8665/3 8665/13 8666/23 8669/12 8670/2 8671/17 8672/18 8672/20 8673/4 8673/23 8674/2 8674/9 8675/7 8676/13 8676/19 8676/23 8677/12 8679/4 8682/22 8683/13 8683/18 8684/22 8688/23 8689/4 8689/14 8691/20 8696/19 8697/5 8697/20 8697/23 8699/6 8699/24 8700/7 8701/10 8708/1 8715/22 8717/5 8717/14 8718/3
Bea [2] 8619/3 8632/5
Bea's [1] 8631/16
Beach [1] 8565/10
became [1] 8581/1
because [26] 8611/9 8611/18 8614/9 8634/10 8644/11 8649/3 8649/7 8651/8 8651/12 8653/4 8659/17 8661/2 8675/10 8681/12 8681/15 8685/18 8687/16 8696/6 8702/14 8703/21 8706/11 8708/21 8710/18 8713/3 8721/20 8723/7
become [3] 8593/6 8639/19 8679/7
becomes [2] 8639/1 8692/13
becoming [1] 8686/21
bed [1] 8720/22
been [68] 8571/9 8574/3 8581/10 8582/4 8582/10 8584/13 8584/21 8592/8 8593/17 8594/4 8595/23 8597/10 8598/15 8599/21 8604/3 8604/23 8605/15 8606/17 8609/1 8617/12 8618/6 8618/9 8618/25 8627/21 8628/16 8629/5 8635/2 8635/5 8637/1 8640/12 8641/10 8641/10 8641/20 8641/24 8642/16 8645/11 8645/18 8645/21 8656/13 8657/10 8657/25 8672/10 8672/21 8672/23

8679/20 8680/15 8681/14 8686/25 8688/2 8689/16 8690/19 8693/7 8695/11 8695/15 8699/8 8701/7 8701/22 8705/6 8710/15 8711/20 8714/21 8715/21 8717/12 8718/10 8719/7 8722/18 8723/11 8723/23
before [40] 8564/15 8571/3 8575/2 8587/13 8593/6 8601/6 8617/10 8624/20 8625/10 8626/25 8627/2 8627/3 8635/4 8636/4 8636/11 8639/10 8645/12 8654/1 8663/15 8669/1 8672/11 8672/14 8686/20 8688/10 8692/8 8693/14 8693/14 8694/17 8695/6 8695/22 8702/6 8706/1 8706/3 8714/12 8715/3 8715/15 8717/12 8718/10 8718/17 8722/1
began [2] 8609/20
begin [3] 8602/11 8713/12
beginning [4] 8591/11 8637/12 8639/7 8648/19
begins [2] 8610/25 8716/11
behalf [3] 8571/8 8571/15 8572/10
behavior [1] 8608/19
behavioral [1] 8617/3
behavioral-based [1] 8617/3
behind [7] 8652/8 8665/14 8701/8 8708/14 8708/25 8711/2 8713/10
being [29] 8589/12 8589/18 8595/10 8603/7 8603/11 8608/20 8609/24 8612/4 8623/13 8625/4 8628/21 8629/23 8633/6 8652/5 8660/1 8670/17 8676/15 8679/22 8680/20 8691/7 8693/4 8697/13 8697/18 8709/17 8712/6 8715/12 8715/18 8716/21 8717/9
belief [1] 8704/23
believe [11] 8596/13 8596/17 8602/15 8602/21 8603/10 8673/18 8686/1 8686/8 8707/20 8708/8 8717/2
believed [6] 8598/24 8603/1 8607/9 8616/15 8633/25 8685/23
believer [1] 8701/6
Bellow [2] 8630/8 8655/22
below [8] 8655/20 8683/24 8684/14 8699/1 8699/2 8699/6 8717/1 8721/12
Ben [1] 8567/5
best [20] 8596/3 8606/2 8606/7 8634/17 8634/19 8634/25 8635/2 8635/6 8642/23 8643/2 8679/10 8680/1 8680/3 8684/2 8686/2 8686/4 8686/4 8707/21 8718/8 8724/16
better [11] 8621/24 8624/8 8633/3 8649/21 8659/22 8660/5 8660/7 8680/12 8681/4 8686/23 8719/6
between [6] 8605/7 8606/7 8611/23 8628/9 8682/16 8718/14
beyond [10] 8606/2 8606/7 8634/17 8634/19 8634/25 8635/2 8635/6 8642/23 8643/2 8672/3
big [1] 8718/3
biggest [4] 8603/19 8670/21 8690/17 8713/1
bit [4] 8575/3 8595/15 8597/24 8710/5
blade [1] 8691/17
blades [8] 8691/11 8691/11 8691/12 8691/16 8691/18 8691/20 8691/21 8694/9
blank [1] 8624/7
Bldg [1] 8566/10
bleed [2] 8661/20 8661/21
Bleeding [1] 8661/11
block [2] 8614/20 8614/21
blowout [3] 8691/9 8708/8 8715/22

**B**

board [1]  8632/20
boat [3]  8647/22 8647/22 8712/14
Bob [5]  8670/9 8670/14 8670/15
8671/14 8673/16
Bodek [3]  8655/17 8656/13 8656/18
body [1]  8691/17
bond [7]  8684/25 8685/5 8685/9 8711/4
8711/14 8711/14 8713/11
BOP [8]  8648/25 8649/3 8649/8 8691/8
8691/12 8691/12 8691/23 8695/10
boss [10]  8589/12 8589/18 8599/13
8615/1 8675/25 8707/1 8710/5 8710/13
8714/1 8714/2
both [19]  8572/22 8577/9 8580/24
8587/2 8596/13 8600/16 8615/23
8618/21 8624/3 8627/5 8627/17
8628/13 8644/10 8665/17 8675/22
8680/13 8713/14 8716/16 8717/12
bottom [15]  8597/12 8614/13 8631/24
8631/25 8637/8 8661/12 8662/14
8663/11 8677/17 8679/10 8689/25
8692/12 8693/10 8697/19 8721/2
bottoms [2]  8723/22 8723/24
bottoms-up [2]  8723/22 8723/24
bought [1]  8578/1
Boulevard [1]  8566/3
bounds [2]  8565/2 8701/9
bow [3]  8692/7 8692/21 8693/2
bow-spring [3]  8692/7 8692/21 8693/2
BOWMAN [1]  8569/3
box [7]  8564/20 8566/10 8566/16
8566/22 8567/13 8568/19 8626/8
BP [62]  8564/10 8567/18 8567/19
8567/20 8567/21 8567/22 8567/23
8568/2 8568/3 8568/4 8571/15 8571/21
8572/10 8573/6 8573/7 8574/2 8574/17
8578/24 8584/15 8585/19 8594/11
8595/14 8597/8 8598/16 8599/10
8601/11 8602/21 8603/1 8604/19
8605/2 8607/11 8608/1 8609/1 8611/24
8612/4 8614/4 8616/14 8624/21
8624/24 8625/3 8625/6 8625/19
8630/11 8632/10 8634/2 8634/7 8635/2
8635/4 8635/5 8635/8 8636/4 8647/7
8647/10 8654/8 8672/10 8672/13
8673/15 8686/8 8693/6 8696/9 8708/4
8713/4
BP millions [1]  8632/10
BP's [8]  8571/3 8572/14 8605/3 8612/14
8615/15 8634/16 8642/23 8656/7
BRAD [3]  8568/14 8571/5 8675/3
Branch [3]  8566/9 8566/19 8567/3
break [2]  8649/25 8666/19
breakdown [3]  8585/16 8676/14
8676/20
breathe [3]  8663/25 8664/7
Breazeale [1]  8590/13
Breit [2]  8565/8 8565/9
Brennan [1]  8568/9
Brett [3]  8639/3 8650/17 8700/5
BRIAN [15]  8568/14 8571/5 8592/14
8592/16 8592/17 8644/1 8644/3
8706/13 8710/7 8710/7 8713/8 8713/13
8713/18 8717/24 8718/7
Brian's [2]  8713/20 8717/12
bridging [3]  8605/5 8605/7 8605/9
brief [1]  8573/17
briefly [4]  8578/25 8607/22 8636/7
8720/8
bring [1]  8671/14
bringing [1]  8601/13

**C (top of second column)**

broad [1]  8656/10
broke [2]  8624/6 8648/17
broken [2]  8599/25 8690/13
brother [1]  8586/25
brothers [1]  8587/4
brought [2]  8631/7 8649/1
browse [1]  8569/1
BRUCE [1]  8569/3
BTB [4]  8588/11 8606/2 8606/7 8606/10
budget [1]  8679/25
building [3]  8579/8 8579/13 8580/1
built [1]  8597/7
bullet [4]  8637/8 8676/12 8679/5
8679/13
bunch [2]  8630/10 8631/5
Burling [1]  8568/2
Burns [1]  8600/10
business [2]  8596/3 8600/10

**C**

calculates [1]  8677/10
CALDWELL [1]  8567/12
California [2]  8566/11 8568/16
caliper [3]  8690/2 8690/2 8697/10
call [41]  8571/8 8572/2 8608/24 8614/13
8626/7 8643/8 8652/18 8657/6 8658/3
8658/8 8658/9 8658/12 8659/6 8661/15
8663/11 8665/9 8667/11 8675/2 8682/2
8693/10 8696/25 8698/11 8701/24
8702/1 8702/4 8702/6 8702/10 8706/6
8707/9 8708/15 8708/18 8708/19
8708/22 8708/24 8709/6 8709/8
8709/11 8709/15 8711/1 8718/13
8719/19
call-out [1]  8571/8
call-outs [1]  8572/2
called [36]  8577/13 8578/13 8578/16
8589/9 8592/3 8592/18 8606/2 8606/5
8606/9 8606/14 8607/13 8607/20
8611/1 8616/21 8620/19 8620/21
8621/8 8624/1 8630/6 8646/9 8646/9
8646/16 8652/5 8652/9 8654/19
8657/25 8681/22 8682/12 8682/17
8703/17 8703/19 8707/5 8707/7 8709/9
8713/8 8713/13
calling [2]  8673/21 8709/12
calls [2]  8574/2 8698/3
came [11]  8587/15 8597/8 8604/17
8669/9 8671/4 8689/4 8691/3 8694/7
8697/8 8703/21 8711/9
Camp [1]  8567/16
can [92]  8575/4 8575/13 8576/3
8576/15 8578/25 8582/23 8588/5
8590/9 8594/3 8597/4 8597/20 8599/5
8600/2 8603/18 8607/8 8611/3 8613/17
8613/20 8614/13 8615/7 8616/18
8618/15 8618/15 8618/23 8620/24
8621/2 8621/12 8621/24 8622/5
8622/15 8623/2 8623/17 8624/8 8626/7
8626/10 8627/8 8628/25 8630/2
8630/24 8631/24 8632/4 8632/17
8633/9 8635/10 8636/4 8636/12
8636/14 8638/1 8640/9 8642/9 8643/5
8643/22 8644/21 8645/1 8647/4
8647/17 8648/16 8658/6 8659/3
8660/13 8660/16 8663/10 8664/19
8666/3 8667/8 8668/13 8674/19 8676/1
8676/6 8677/12 8679/13 8681/24
8682/1 8682/23 8683/6 8683/17
8687/12 8689/5 8690/12 8691/15
8692/2 8693/9 8693/10 8693/11
8693/11 8696/25 8697/2 8698/23

8706/3 8714/5 8716/5 8722/10
cannot [2]  8660/17 8660/21
Canyon [6]  8578/23 8579/2 8579/24
8579/24 8580/22 8670/22
capacity [3]  8584/8 8586/13 8589/7
captain [1]  8620/3
carbon [1]  8599/11
card [4]  8616/22 8617/5 8617/6 8617/15
cards [3]  8617/7 8617/8 8617/15
cared [3]  8596/14 8596/17 8609/1
career [1]  8576/21
CARL [1]  8564/15
Carondelet [1]  8565/13
CARRIE [1]  8567/22
case [26]  8571/3 8573/9 8573/10
8598/15 8603/20 8603/22 8603/23
8604/23 8605/15 8628/16 8639/4
8652/16 8672/23 8677/13 8679/11
8679/11 8679/15 8680/1 8680/2 8680/3
8682/22 8684/3 8684/3 8686/25
8704/20 8723/23
cases [2]  8626/16 8643/12
casing [54]  8591/2 8641/5 8642/12
8644/4 8648/20 8649/3 8656/20
8656/21 8656/25 8657/1 8667/23
8668/1 8668/18 8668/21 8668/23
8673/23 8674/2 8674/6 8674/9 8674/10
8674/12 8674/23 8675/7 8676/5
8678/12 8678/18 8680/4 8680/14
8682/5 8682/10 8690/18 8690/19
8690/22 8690/23 8690/25 8691/2
8691/4 8692/11 8692/12 8692/13
8692/25 8693/19 8694/6 8694/7
8694/11 8694/12 8694/13 8694/22
8695/25 8711/7 8718/9 8720/16
8721/10 8722/10
caught [1]  8654/2
cause [1]  8703/9
cell [1]  8707/7
cement [26]  8637/24 8642/11 8666/12
8676/12 8676/13 8676/15 8676/16
8676/18 8676/20 8676/21 8677/16
8684/25 8685/5 8685/9 8697/13
8697/14 8697/18 8708/23 8709/1
8713/10 8721/18 8721/19 8722/1
8722/6 8722/11 8722/14
cemented [3]  8678/12 8679/4 8723/9
cementer [1]  8644/10
cementing [2]  8649/19 8674/23
cene [2]  8599/19 8599/21
centralization [2]  8689/6 8689/8
centralizer [8]  8691/17 8692/1 8692/10
8692/14 8698/17 8704/9 8706/15
8707/22
centralizers [78]  8688/21 8688/23
8689/9 8689/10 8689/14 8689/16
8690/4 8690/6 8690/10 8691/1 8691/3
8691/4 8691/7 8692/1 8692/6 8692/15
8692/17 8692/18 8692/21 8692/21
8692/25 8693/2 8693/5 8693/7 8693/15
8693/19 8694/2 8694/8 8694/14
8694/22 8695/1 8695/5 8695/12
8695/16 8695/24 8696/3 8696/11
8696/17 8696/19 8696/22 8697/5
8697/10 8697/17 8697/22 8698/2
8698/7 8698/15 8698/17 8698/18
8698/20 8698/24 8700/2 8700/16
8700/20 8700/23 8702/5 8702/9
8702/19 8702/25 8703/1 8703/2 8703/7
8703/14 8705/7 8705/8 8705/11 8706/8
8706/10 8706/21 8707/3 8707/14
8707/18 8707/21 8707/23 8708/1

C

centralizers... [3] 8708/6 8708/9 8720/9
CERNICH [1] 8566/14
certain [8] 8584/15 8591/2 8593/1
8656/24 8665/8 8667/14 8667/17 8667/21
8671/11
CERTIFICATE [1] 8724/12
certification [1] 8669/12
certify [1] 8724/15
cetera [2] 8618/14 8708/23
chain [1] 8707/4
CHAKERES [1] 8566/16
challenge [2] 8592/18 8667/8
Challenger [3] 8592/22 8592/24 8593/10
challenges [4] 8647/23 8667/6 8690/10
8715/11
challenging [3] 8585/4 8709/18
CHANG [1] 8566/15
change [15] 8604/22 8634/13 8668/19
8669/3 8672/24 8673/20 8681/22
8682/4 8682/9 8682/19 8683/20
8685/11 8711/18 8711/23 8714/21
change-out [1] 8672/24
changed [10] 8591/9 8649/6 8649/11
8657/3 8661/18 8662/9 8668/17
8668/18 8678/4 8718/6
changes [8] 8591/15 8655/1 8656/12
8663/21 8711/20 8713/22 8717/7
8717/11
changing [3] 8625/7 8674/15 8712/8
channeling [1] 8697/13
chaos [1] 8712/18
charge [6] 8578/14 8578/17 8579/8
8579/13 8594/9 8604/12
Charles [1] 8604/9
chart [5] 8585/16 8597/6 8721/12
8721/13 8722/12
Check [6] 8607/19 8609/10 8610/13
8610/14 8610/24 8612/20
Checks [6] 8609/9 8609/18 8609/20
8609/24 8610/6 8611/5
chemical [2] 8575/14 8575/17
Chicago [1] 8567/24
chief [4] 8571/3 8573/9 8573/11
8577/23
circulate [3] 8658/3 8663/3 8699/5
circulated [7] 8571/7 8572/11 8573/8
8653/8 8657/14 8664/7 8666/11
circulating [5] 8651/13 8657/13 8662/25
8697/11 8697/19
circulation [2] 8676/24 8723/22
circumstances [1] 8651/7
City [2] 8575/23 8576/13
Civil [2] 8566/9 8566/19
classified [1] 8593/4
clear [2] 8620/17 8622/24
CLERK [1] 8574/5
clerks [3] 8632/2 8632/18 8633/12
clerks' [1] 8632/25
CLINGMAN [1] 8568/10
close [4] 8627/20 8635/25 8714/3
8714/24
closes [2] 8602/9 8663/23
coast [1] 8579/3
Cocales [7] 8586/19 8588/4 8588/12
8588/15 8639/3 8644/25 8650/17
cold [2] 8680/8 8686/22
collar [2] 8692/9 8692/9
collars [4] 8692/9 8693/2 8697/22
8704/8
collated [1] 8655/19
collect [1] 8619/1

collected [2] 8653/15 8709/18
column [1] 8585/18
come [15] 8584/18 8589/12 8613/20
8648/8 8650/22 8661/20 8669/2
8671/12 8695/10 8700/21 8704/12
8711/21 8714/18 8718/12 8724/5
comes [3] 8652/3 8666/6 8672/11
comfort [1] 8673/14
coming [7] 8620/13 8632/19 8664/12
8671/3 8711/17 8712/22 8713/21
comment [1] 8709/20
comments [1] 8661/16
Commercial [1] 8567/3
commitment [4] 8602/7 8602/10
8602/22 8622/8
common [7] 8606/2 8606/2 8620/10
8628/7 8656/22 8665/21
communicate [4] 8622/7 8654/5 8660/6
8707/1
communicated [2] 8700/25 8702/18
communicating [2] 8697/15 8714/1
communication [5] 8664/2 8669/25
8688/16 8693/6 8708/12
companies [4] 8581/23 8581/23 8599/24
8681/17
company [13] 8567/20 8567/23 8568/4
8574/16 8577/14 8577/22 8577/23
8630/15 8630/20 8632/23 8644/8
8713/15 8713/19
company-wise [1] 8644/8
COMPLAINT [1] 8564/7
completed [7] 8580/18 8593/10 8636/5
8655/4 8655/7 8686/20 8721/11
completely [3] 8680/21 8701/14 8701/15
completing [1] 8642/3
completion [6] 8577/18 8580/9 8675/1
8684/3 8684/8 8686/7
completions [4] 8577/25 8578/17 8582/4
8679/11
complicated [1] 8585/5
complimentary [1] 8666/13
component [1] 8629/7
components [1] 8685/1
compressed [1] 8677/12
compressibility [2] 8677/10 8699/22
compressive [5] 8721/11 8721/18
8721/21 8722/4 8722/9
compromising [1] 8686/8
computer [1] 8569/17
computer-aided [1] 8569/17
concentrate [1] 8618/13
concern [10] 8619/14 8624/21 8633/9
8647/21 8691/7 8691/22 8703/9
8705/21 8707/2 8707/13
concerned [4] 8595/10 8687/25 8704/11
8705/19
concerns [22] 8598/21 8609/7 8614/8
8618/14 8624/24 8645/17 8646/1
8647/7 8647/20 8651/11 8671/22
8692/24 8693/1 8705/11 8716/22
8718/20 8719/8 8719/15 8720/1 8720/2
8720/5 8723/19
concluded [1] 8724/10
concluding [1] 8707/21
conclusion [1] 8676/19
concur [1] 8719/5
concurred [2] 8706/9 8706/10
concurrence [1] 8663/22
condition [1] 8644/3
conditioning [1] 8684/20
conditions [4] 8684/24 8684/24 8685/2
8717/6

conduct [4] 8608/23 8614/9 8616/8
8695/8
conducted [4] 8609/24 8612/5 8645/18
8715/18
conducting [3] 8573/24 8673/5 8687/11
conference [2] 8658/9 8698/12
confidence [2] 8596/1 8596/10
configuration [6] 8668/18 8668/18
8668/21 8668/23 8689/19 8689/21
configurations [1] 8689/22
congratulations [2] 8601/17 8601/23
connection [31] 8572/20 8572/21
8580/12 8605/8 8605/19 8606/22
8624/16 8627/25 8641/19 8645/22
8651/3 8651/13 8657/9 8658/3 8661/3
8663/15 8664/2 8666/13 8668/6
8677/24 8679/14 8682/21 8683/20
8685/5 8688/13 8688/21 8689/6
8699/19 8714/21 8717/3 8722/14
Conoco [6] 8576/24 8577/1 8577/10
8577/12 8577/13 8577/18
CONRAD [1] 8565/15
consensus [3] 8658/13 8658/14 8658/18
consequences [2] 8595/7 8596/18
consequently [1] 8579/14
consider [2] 8641/21 8690/5
consideration [4] 8632/14 8668/20
8676/10 8689/24
considerations [1] 8689/23
considered [1] 8680/20
considering [3] 8673/22 8690/6
consisted [2] 8623/23 8719/17
consistent [10] 8602/16 8603/7 8603/10
8611/24 8612/13 8613/8 8642/23
8695/3 8699/24 8700/8
consolidate [1] 8633/1
consult [1] 8665/1
contact [1] 8703/15
contain [1] 8721/2
contained [1] 8721/5
contents [2] 8645/1 8645/7
contingencies [1] 8715/8
contingency [5] 8680/25 8681/2 8701/13
8701/20 8709/18
continue [11] 8575/8 8600/15 8614/4
8628/3 8641/19 8652/19 8662/25
8663/8 8667/2 8714/25 8715/6
continued [1] 8599/3
continuity [1] 8591/18
continuous [2] 8680/4 8680/12
contract [1] 8605/7
contractor [1] 8644/12
contractors [19] 8584/18 8585/9
8585/19 8585/22 8586/1 8602/20
8602/24 8603/4 8612/1 8632/21 8633/2
8633/2 8643/3 8643/6 8643/9 8644/13
8646/1 8647/8 8649/19
contractors' [1] 8649/13
control [11] 8612/24 8619/13 8619/16
8624/16 8640/19 8641/1 8651/19
8651/21 8658/8 8658/10 8669/11
conversation [19] 8607/14 8608/8
8658/7 8659/22 8661/15 8661/19
8662/12 8672/3 8698/6 8702/4 8705/22
8705/23 8705/24 8706/7 8710/1 8710/3
8710/12 8719/17 8719/18
conversations [8] 8607/18 8607/24
8608/3 8608/24 8609/6 8619/24 8673/8
8696/9
converted [1] 8687/6
Coordinators [1] 8632/3
copy [2] 8599/11 8655/15
COREY [1] 8567/8

**C**

corners [3]  8624/24 8647/11 8653/4
Corporate [1]  8565/16
correct [89]  8574/6 8586/17 8588/18
8588/23 8589/14 8589/22 8589/23
8590/7 8591/12 8591/16 8593/8
8593/13 8593/14 8594/13 8594/17
8594/18 8597/9 8597/19 8597/21
8601/7 8601/20 8601/21 8604/20
8604/21 8605/13 8605/14 8605/19
8605/20 8608/22 8611/14 8611/15
8612/8 8612/25 8618/7 8630/1 8632/11
8633/4 8633/7 8633/8 8636/13 8637/21
8639/9 8640/13 8640/14 8641/2 8641/6
8641/7 8642/7 8642/8 8642/17 8645/12
8646/21 8646/25 8647/4 8647/5 8657/5
8657/15 8662/2 8662/6 8668/7 8668/8
8677/20 8679/9 8681/20 8683/2 8683/3
8683/10 8684/8 8684/9 8685/6 8685/7
8686/14 8687/8 8687/9 8689/12
8691/10 8692/20 8694/3 8694/4 8695/2
8696/1 8699/21 8699/22 8701/4 8705/5
8705/19 8714/23 8722/16 8724/16
corrected [3]  8678/1 8678/14 8678/24
correcting [2]  8677/24 8678/17
corrections [1]  8679/1
Cortez [1]  8597/10
cost [7]  8628/23 8629/3 8629/7 8631/14
8632/14 8684/8 8708/1
could [40]  8579/10 8581/13 8583/2
8585/2 8585/13 8586/6 8598/24
8600/19 8606/14 8608/5 8610/10
8610/21 8617/9 8617/11 8617/13
8619/20 8623/5 8631/6 8632/21
8649/21 8655/11 8664/7 8670/1
8673/10 8676/24 8678/17 8678/20
8679/4 8681/2 8681/9 8684/22 8687/3
8694/5 8694/11 8694/18 8704/12
8715/18 8717/5 8720/24 8721/22
couldn't [2]  8695/24 8699/21
counsel [1]  8571/10
counterpart [2]  8600/23 8670/7
Counts [1]  8630/4
couple [15]  8588/13 8601/6 8612/23
8630/2 8630/24 8631/5 8640/15 8661/5
8669/15 8671/12 8688/10 8711/16
8718/2 8718/2 8719/9
couple-day [1]  8671/12
course [4]  8573/9 8597/23 8598/23
8683/12
courses [1]  8575/18
COURT [31]  8564/1 8569/12 8572/13
8573/14 8573/17 8575/4 8576/4
8578/25 8583/2 8584/11 8586/23
8590/5 8590/5 8597/24 8603/18 8607/8
8611/4 8620/24 8623/23 8630/2
8632/17 8643/5 8643/22 8646/12
8666/21 8679/13 8691/15 8721/8
8724/13 8724/14 8724/22
covered [1]  8590/18
Covington [1]  8568/2
crane [1]  8614/20
created [3]  8631/17 8639/16 8640/6
crew [34]  8595/18 8595/22 8596/5
8596/14 8602/8 8611/6 8612/3 8612/12
8617/17 8618/6 8622/24 8623/21
8624/22 8643/8 8643/9 8643/10
8643/15 8643/18 8643/23 8644/7
8645/4 8645/8 8646/5 8646/8 8646/9
8646/13 8646/17 8646/24 8647/2
8647/14 8647/24 8648/10 8649/12
8715/11

critical [2]  8672/25 8673/2
cross [3]  8571/9 8572/3
cross-examination [2]  8571/9 8572/3
crushability [1]  8702/12
culling [1]  8633/20
culture [12]  8611/8 8611/12 8611/13
8627/20 8629/5 8629/10 8629/12
8629/22 8630/4 8630/25 8633/11
8633/18
Cunningham [2]  8565/2 8565/3
current [1]  8620/7
currently [1]  8574/16
curve [2]  8721/22 8722/5
cut [5]  8632/25 8633/12 8633/16
8647/11 8653/3
cutting [2]  8624/24 8632/14
CV [2]  8564/7 8564/9

**D**

D-4072 [1]  8635/24
D-4316 [1]  8585/14
D-4341 [1]  8597/4
D-4350 [1]  8612/18
D-4800 [2]  8586/6 8586/8
D-4932-A [1]  8691/13
D-4941 [1]  8581/14
D.C [4]  8566/17 8566/22 8567/6 8568/4
Daigle [5]  8669/20 8669/25 8671/23
8673/10
daily [6]  8600/25 8614/4 8629/6 8630/12
8630/20 8696/12
Dallas [1]  8569/5
damage [1]  8695/9
dance [3]  8716/11 8716/17 8716/19
dance/drill [1]  8716/17
DANIEL [1]  8567/4
data [10]  8599/24 8618/14 8618/24
8618/25 8618/25 8619/1 8640/10
8653/14 8677/21 8678/6
data's [1]  8711/11
date [2]  8582/20 8601/4
dated [1]  8599/9
daughter [2]  8716/16 8716/16
daughter's [1]  8669/13
daughters [1]  8716/19
Dauphin [1]  8565/3
Dave [3]  8663/17 8663/20 8663/22
David [13]  8657/23 8658/16 8674/21
8687/16 8688/6 8696/20 8700/6
8705/17 8707/4 8711/19 8714/14
8714/15 8717/25
day [29]  8564/14 8585/17 8602/9
8603/20 8603/21 8603/23 8611/10
8611/10 8611/18 8621/21 8626/16
8628/3 8630/14 8630/16 8631/6 8631/6
8657/16 8663/14 8664/3 8670/24
8671/12 8686/17 8686/21 8687/7
8700/9 8700/10 8700/11 8701/22
8712/14
day-to-day [2]  8611/10 8631/6
days [14]  8614/18 8621/18 8656/1
8669/15 8670/16 8672/18 8672/20
8686/18 8693/4 8693/14 8693/14
8695/6 8711/20 8719/9
DC [1]  8694/6
deal [1]  8718/3
dealing [1]  8666/14
dealings [1]  8598/19
DEANNA [1]  8566/15
decade [1]  8587/8
decided [3]  8649/6 8684/12 8701/22
deciding [2]  8686/13 8689/16
decision [43]  8656/19 8656/23 8660/17

8660/22 8660/24 8667/11 8667/14
8667/22 8667/23 8668/7 8669/16
8670/10 8674/5 8675/6 8681/21 8682/5
8682/17 8684/14 8684/18 8684/19
8684/22 8685/1 8685/8 8685/10
8685/13 8685/16 8685/18 8685/20
8686/2 8688/20 8689/2 8689/4 8693/4
8696/18 8696/22 8706/20 8706/22
8706/25 8707/9 8707/25 8708/3 8708/6
8720/9
decisions [17]  8584/4 8584/6 8625/4
8629/7 8633/23 8641/17 8642/2
8647/11 8661/3 8661/5 8661/7 8662/17
8665/1 8665/22 8689/9 8699/24
8711/16
decrease [2]  8633/2 8633/9
decreasing [1]  8633/6
dedicated [1]  8713/5
deeper [1]  8667/20
deepest [1]  8598/3
deepwater [77]  8564/4 8568/7 8568/7
8568/10 8568/11 8568/14 8568/15
8568/19 8568/19 8568/23 8568/23
8574/19 8574/20 8578/22 8579/2
8579/24 8580/15 8580/22 8581/1
8581/3 8581/7 8581/11 8581/25 8582/1
8582/15 8583/2 8585/17 8585/21
8588/9 8589/8 8589/21 8589/25
8590/15 8590/23 8595/19 8596/2
8596/14 8596/20 8596/23 8596/25
8597/7 8597/20 8600/15 8601/9
8601/17 8601/19 8603/15 8604/6
8604/24 8605/4 8610/14 8610/18
8611/6 8611/25 8612/15 8614/16
8618/6 8628/1 8629/9 8630/25 8632/8
8643/20 8643/24 8645/12 8646/14
8647/3 8647/7 8670/18 8670/22 8671/3
8671/4 8671/6 8671/24 8673/11 8680/7
8694/25 8712/23
Deepwater Horizon [6]  8581/3 8583/2
8611/25 8612/15 8629/9 8643/20
Deepwater Horizon's [1]  8611/6
define [3]  8635/19 8637/22 8638/19
definitely [1]  8686/4
deGravelles [2]  8565/21 8565/22
degree [4]  8575/17 8575/19 8575/22
8576/5
degrees [2]  8575/11 8575/13
delay [2]  8652/25 8653/4
delegated [4]  8650/17 8650/18 8650/21
8651/6
DELEMARRE [1]  8566/20
delivered [1]  8599/21
demanding [1]  8603/1
demonstrative [4]  8635/20 8636/2
8691/15 8691/25
density [2]  8697/12 8697/19
department [5]  8566/8 8566/12 8566/18
8567/2 8580/10
depending [2]  8601/12 8682/18
depends [3]  8689/18 8689/19 8689/20
depict [1]  8636/9
depicts [1]  8636/2
depositions [2]  8573/11 8573/13
depth [11]  8597/21 8597/25 8656/25
8656/25 8667/1 8667/13 8667/12 8668/3
8668/4 8668/6 8668/10 8673/21
depths [1]  8673/1
DEPUTY [1]  8574/5
describe [19]  8578/25 8581/16 8581/19
8583/2 8588/1 8588/14 8589/15
8594/20 8603/18 8609/9 8611/4
8620/24 8623/2 8635/10 8643/5

Case 2:10-md-02179-CJB-DPC Document 12708 Filed 04/29/14 Page 169 of 189

describe... [4] 8643/22 8651/16 8668/13 8721/8
described [6] 8584/21 8594/1 8686/6 8698/22 8700/3 8703/12
describing [1] 8698/15
description [3] 8583/10 8637/20 8640/25
deserved [1] 8601/23
design [26] 8579/16 8583/8 8584/4 8584/6 8584/13 8584/16 8586/2 8588/10 8637/7 8637/7 8637/17 8637/19 8638/1 8638/10 8638/12 8638/16 8638/18 8639/11 8641/5 8642/19 8642/22 8676/9 8679/4 8697/22 8698/4 8698/19
designed [4] 8579/7 8584/17 8636/3 8648/24
designing [1] 8577/4 8584/3
designs [1] 8637/14
detail [1] 8701/25
detailed [3] 8638/1 8638/10 8638/18
details [1] 8651/9
detect [6] 8653/11 8653/17 8653/19 8655/1 8655/2 8655/2
detection [3] 8654/23 8655/1 8656/16
determined [1] 8653/15
develop [1] 8583/5
developed [1] 8617/2
development [15] 8578/22 8579/2 8579/6 8579/19 8579/23 8579/24 8580/2 8580/22 8587/7 8587/20 8587/20 8593/1 8635/15 8693/22 8693/23
developments [2] 8580/25 8594/8
Dexter [1] 8567/9
did [333]
didn't [33] 8592/5 8608/13 8608/14 8611/20 8611/21 8624/15 8630/11 8631/12 8632/25 8633/16 8649/1 8655/2 8659/17 8659/18 8659/19 8659/23 8661/1 8661/2 8661/5 8662/7 8662/8 8662/11 8694/22 8695/12 8698/5 8699/14 8700/18 8709/1 8712/11 8714/18 8715/8 8719/23 8722/23
difference [2] 8622/1 8682/16
differences [3] 8664/4 8665/4 8665/19
different [49] 8576/21 8577/24 8578/13 8578/18 8580/5 8585/9 8585/18 8587/19 8588/8 8589/9 8589/12 8590/14 8593/5 8594/8 8606/25 8637/5 8638/4 8639/11 8644/11 8648/20 8649/24 8652/15 8658/16 8658/18 8661/16 8661/25 8662/5 8665/22 8665/23 8666/17 8669/21 8674/16 8679/20 8681/17 8681/18 8682/19 8682/24 8689/22 8689/22 8691/25 8698/20 8699/13 8699/13 8701/15 8701/15 8706/16 8708/11 8716/16 8719/22
differing [1] 8699/9
difficult [2] 8597/13 8626/10
difficulties [1] 8667/6
DIRECT [1] 8574/12
direction [1] 8583/18
directional [5] 8637/24 8644/10 8649/20 8689/23 8697/9
directions [1] 8718/8
directly [2] 8706/6 8714/15
disagreement [3] 8658/2 8658/6 8663/5
disappointed [5] 8653/21 8653/23 8653/24 8654/6 8654/15

discovery [1] 8723/7
discussed... discuss [23] 8613/11 8613/18 8613/21 8614/1 8617/18 8617/25 8621/4 8631/17 8636/7 8640/15 8671/13 8687/2 8696/13 8700/6 8701/25
discussed [7] 8620/6 8620/14 8623/6 8647/17 8671/16 8684/4 8700/7
discussing [2] 8662/12 8685/21
discussion [17] 8575/7 8604/23 8613/18 8623/14 8623/20 8633/5 8647/14 8668/24 8674/22 8675/20 8678/16 8685/9 8686/25 8699/8 8706/24 8710/20 8723/11
discussions [15] 8624/14 8624/19 8648/5 8655/25 8674/1 8674/15 8674/19 8675/8 8685/15 8688/17 8688/22 8689/2 8693/15 8697/4 8718/8
discussions/directions [1] 8718/8
dismissive [1] 8716/21
disrupt [1] 8701/6
dissatisfaction [1] 8710/4
distribute [1] 8656/9
distributed [1] 8571/9
district [7] 8564/1 8564/2 8564/15 8604/9 8604/17 8724/14 8724/14
division [3] 8566/9 8566/19 8718/14
do [107] 8571/4 8573/16 8574/16 8575/2 8575/11 8575/16 8575/21 8576/15 8576/23 8577/10 8577/21 8578/6 8578/20 8579/21 8580/7 8580/18 8583/19 8584/2 8584/9 8584/12 8584/22 8584/25 8585/2 8585/3 8585/7 8585/9 8587/2 8587/19 8591/4 8591/24 8592/5 8592/8 8593/3 8602/15 8603/10 8604/25 8606/24 8607/10 8607/14 8608/16 8608/16 8609/2 8612/23 8613/4 8613/19 8615/4 8617/14 8620/13 8621/7 8624/5 8625/22 8625/24 8625/25 8627/2 8628/5 8630/13 8633/14 8638/1 8639/19 8641/19 8641/21 8646/22 8648/13 8648/25 8649/5 8649/6 8649/20 8649/21 8650/25 8651/3 8651/9 8655/9 8656/24 8657/20 8658/16 8658/18 8659/11 8659/18 8662/16 8665/6 8668/14 8669/7 8670/4 8670/5 8673/1 8673/23 8675/12 8677/7 8681/21 8682/4 8684/11 8684/16 8697/25 8701/5 8703/1 8705/17 8705/21 8712/16 8712/17 8714/4 8714/5 8715/25 8717/1 8717/2 8719/6 8723/2 8724/15
dock [2] 8614/20 8631/3
Docket [3] 8564/4 8564/7 8564/9
document [4] 8605/5 8605/7 8605/9 8631/17
documents [1] 8572/24
does [29] 8581/16 8581/19 8584/6 8586/12 8599/22 8603/21 8612/20 8613/2 8614/4 8616/2 8618/12 8633/14 8637/11 8637/22 8638/20 8652/13 8655/3 8655/6 8679/7 8679/16 8679/19 8689/16 8689/21 8692/1 8700/24 8701/2 8702/22 8706/4 8721/25
doesn't [2] 8701/3 8712/25
Dog [9] 8579/23 8580/8 8580/12 8580/15 8580/19 8580/20 8592/19 8604/15 8604/16
doing [14] 8578/11 8588/10 8606/21 8608/11 8608/11 8608/15 8609/5 8609/25 8624/9 8631/10 8637/18 8682/18 8709/12 8719/21

Dollar [14] 8628/17 8628/23 8629/3 8629/5 8629/13 8629/14 8629/16 8630/3 8630/4 8630/25 8631/14 8632/8 8633/10 8633/17
dollars [2] 8633/22 8633/24
Domengeaux [1] 8564/18
DON [4] 8567/19 8587/11 8587/12 8672/15
Don's [1] 8712/5
don't [12] 8585/2 8641/9 8678/2 8690/23 8690/24 8695/8 8703/7 8705/1 8712/1 8718/6 8718/11 8723/24
DONALD [1] 8569/3
done [13] 8608/20 8637/13 8638/23 8641/18 8657/12 8657/25 8679/20 8701/12 8702/12 8706/8 8722/11 8723/14 8723/22
DOUGLAS [1] 8567/16
down [13] 8582/23 8586/16 8618/20 8621/2 8624/6 8631/4 8642/6 8642/9 8650/24 8696/3 8698/23 8700/12 8721/20
downward [1] 8652/19
DOYEN [1] 8568/14
Dr. [3] 8619/3 8631/16 8632/5
Dr. Bea [2] 8619/3 8632/5
Dr. Bea's [1] 8631/16
drafted [2] 8632/6 8710/19
dramatically [2] 8626/15 8627/5
Drescher [1] 8565/8
Dril [1] 8585/20
Dril-Quip [1] 8585/20
drill [12] 8585/8 8624/22 8635/16 8636/17 8644/20 8646/15 8646/16 8651/23 8652/18 8656/21 8656/24 8716/17
drilled [13] 8579/10 8581/23 8587/7 8592/3 8592/3 8596/25 8597/17 8598/2 8598/3 8598/12 8636/4 8653/25 8669/2
driller [3] 8623/4 8644/10 8693/22
drillers [1] 8649/20
drilling [101] 8568/7 8568/10 8568/14 8568/19 8568/23 8576/18 8576/24 8577/3 8577/7 8577/8 8577/11 8577/15 8577/15 8577/21 8577/25 8578/14 8578/15 8578/21 8579/4 8579/5 8579/7 8579/19 8580/2 8580/3 8580/7 8580/9 8580/20 8580/21 8580/24 8581/6 8582/4 8582/11 8583/5 8583/8 8584/12 8584/17 8584/17 8584/21 8585/1 8585/21 8586/8 8588/7 8589/10 8590/20 8591/9 8591/21 8592/9 8592/11 8592/19 8593/6 8593/13 8594/2 8594/4 8594/7 8594/9 8594/11 8594/21 8595/24 8596/25 8597/17 8598/5 8598/10 8600/16 8604/7 8604/11 8604/15 8605/22 8606/1 8606/5 8606/6 8606/18 8619/17 8624/16 8634/14 8635/15 8637/1 8637/3 8637/24 8638/22 8640/2 8643/1 8643/6 8644/23 8645/4 8645/11 8645/18 8645/23 8655/3 8655/7 8667/4 8667/24 8668/5 8668/9 8670/8 8671/1 8671/4 8677/11 8693/22 8699/3 8712/21 8715/4
drive [2] 8565/16 8623/10
driven [1] 8697/13
driving [1] 8712/18
drops [2] 8615/13 8615/14
dry [1] 8631/3
Dubai [3] 8577/13 8577/18 8577/20
due [2] 8676/14 8676/20
DUKE [1] 8565/15

**D**

duly [1] 8574/3
DuPont [1] 8617/3
Dupree [1] 8594/17
during [15] 8572/3 8573/9 8631/12
8631/16 8637/12 8659/22 8661/6
8672/25 8673/11 8674/24 8708/24
8709/1 8709/14 8711/1 8716/18
duties [7] 8576/8 8577/20 8650/17
8650/18 8650/21 8651/6 8654/24
duty [2] 8654/24 8654/25
DW [1] 8621/15
DWOP [2] 8606/5 8606/8
dynamic [1] 8680/8
dyslexic [1] 8640/3

**E**

e-mail [66] 8599/8 8600/2 8601/2
8601/4 8601/6 8601/10 8615/1 8619/3
8619/4 8619/22 8631/21 8631/24
8632/6 8632/7 8632/11 8632/15
8632/17 8633/14 8655/20 8658/25
8659/6 8659/12 8660/8 8660/11
8661/10 8663/11 8663/14 8664/3
8665/25 8666/6 8669/22 8687/10
8687/15 8693/10 8693/13 8693/24
8694/1 8695/19 8697/7 8698/23
8700/12 8700/19 8700/22 8702/2
8702/3 8702/17 8702/23 8703/10
8703/16 8703/25 8704/3 8706/1 8707/4
8710/17 8710/19 8710/22 8716/3
8718/18 8718/21 8718/23 8719/4
8719/10 8719/14 8721/2 8721/5
8722/13
e-mails [2] 8687/1 8687/2
each [10] 8598/12 8607/22 8611/3
8636/3 8636/10 8638/16 8641/9 8688/7
8690/5 8718/2
Earl [1] 8587/23
earlier [7] 8602/20 8634/16 8659/19
8667/12 8669/10 8673/21 8719/25
early [5] 8595/19 8642/13 8645/23
8668/1 8711/7
ears [2] 8660/1 8660/3
easer [1] 8712/11
easier [4] 8583/20 8622/10 8663/25
8664/7
East [1] 8577/13
EASTERN [2] 8564/2 8724/14
ECD [5] 8697/11 8698/25 8699/2
8699/4 8699/5
economic [4] 8679/10 8679/15 8680/1
8684/2
Edwards [1] 8564/19
effect [1] 8689/21
effective [1] 8607/13
efficiency [1] 8629/13
efficient [1] 8628/21
effort [4] 8584/22 8585/1 8585/10
8681/16
efforts [1] 8666/13
eight [3] 8578/18 8597/2 8635/12
either [4] 8582/4 8611/20 8716/19
8717/9
elected [1] 8681/19
elicited [1] 8651/21
ELIZABETH [1] 8567/5
Ellis [1] 8567/21
Elm [1] 8569/5
else [1] 8717/15
embedded [1] 8611/8
embrace [1] 8633/10

embraced [5] 8629/4 8629/9 8630/25
8631/1 8631/9 8631/12
embracing [2] 8629/12 8629/21
emergency [1] 8713/10
Emerson [7] 8670/4 8670/6 8670/7
8670/9 8670/10 8671/22 8693/16
emphasis [1] 8624/10
emphasized [1] 8616/16
employees [1] 8585/16
employment [1] 8576/16
enable [1] 8668/1
encompass [1] 8644/6
encounter [1] 8667/5
encountered [3] 8667/9 8690/9 8706/12
encountering [1] 8693/6
end [7] 8581/4 8597/16 8626/7 8627/4
8637/6 8694/16 8711/22
ending [1] 8626/6
Energy [2] 8569/2 8569/8
Enforcement [1] 8566/13
engagement [27] 8611/2 8620/21
8620/25 8621/8 8621/16 8621/17
8622/13 8622/25 8643/8 8643/10
8643/15 8643/18 8643/23 8644/7
8644/15 8645/4 8645/9 8646/5 8646/8
8646/10 8646/13 8646/17 8646/24
8647/15 8647/18 8647/24 8715/11
engagements [2] 8622/4 8649/13
engineer [27] 8576/17 8576/18 8576/18
8576/24 8577/3 8577/11 8577/15
8577/23 8578/14 8578/16 8578/22
8579/4 8579/6 8579/19 8586/19 8588/5
8588/6 8591/21 8592/3 8592/9 8592/11
8592/17 8593/4 8593/6 8594/11
8673/17 8712/21
engineer's [1] 8706/22
engineered [1] 8689/7
engineering [64] 8575/14 8575/17
8575/18 8576/5 8576/21 8577/4
8577/24 8577/25 8577/25 8580/10
8583/5 8583/8 8584/3 8584/6 8584/7
8584/9 8584/18 8590/20 8590/21
8591/4 8591/10 8591/14 8591/20
8592/18 8593/13 8594/3 8594/4 8594/7
8594/10 8606/1 8606/9 8606/12 8607/3
8661/23 8665/19 8674/7 8674/22
8675/1 8675/6 8675/23 8675/24
8685/16 8686/1 8686/2 8688/25 8689/1
8690/8 8701/2 8705/1 8706/19 8707/12
8707/21 8707/25 8710/21 8712/18
8714/4 8714/10 8714/14 8714/18
8714/20 8718/7 8718/9 8718/11
8718/15
engineering-related [1] 8576/21
engineers [8] 8584/12 8588/8 8592/2
8638/22 8651/19 8653/14 8680/25
8713/18
engineers' [1] 8594/21
enormous [1] 8629/14
enough [3] 8613/5 8659/20 8695/25
entail [2] 8637/11 8637/22
entailed [1] 8583/3
entire [6] 8575/25 8601/17 8601/19
8601/23 8602/8 8672/21
entitled [4] 8586/8 8683/21 8683/23
8724/18
Environment [1] 8566/13
Environmental [1] 8566/13
environments [1] 8623/11
envisioning [1] 8706/5
equipment [4] 8629/14 8631/5 8681/11
8681/13 8681/17 8715/12
equivalent [3] 8677/14 8697/11 8697/19

especially [2] 8637/24 8651/7
essential [2] 8565/12 8565/25
8565/6 8565/9 8565/12 8565/15
8565/18 8565/22 8566/3 8566/6 8566/9
8566/14 8566/14 8566/15 8566/15
8566/16 8566/16 8566/19 8566/20
8566/21 8566/21 8567/4 8567/4 8567/5
8567/8 8567/8 8567/9 8567/12 8567/15
8567/16 8567/19 8567/22 8567/22
8567/23 8568/3 8568/6 8568/10
8568/10 8568/14 8568/14 8568/15
8568/18 8568/22 8569/3 8569/3 8569/4
8569/4 8569/8
essence [1] 8594/10
et [4] 8564/8 8564/11 8618/14 8708/23
et cetera [2] 8618/14 8708/23
ETPs [3] 8606/9 8606/11 8606/17
evaluation [9] 8625/17 8625/20 8626/4
8627/9 8628/22 8629/2 8629/2 8629/11
8629/20 8631/1
even [14] 8585/6 8591/14 8630/11
8630/11 8635/4 8647/23 8662/11
8686/23 8695/24 8699/21 8712/1
8715/3 8718/17 8722/23
evening [4] 8589/22 8590/6 8719/12
8720/19
event [1] 8681/18
eventually [3] 8652/7 8652/10 8653/8
ever [12] 8590/2 8593/24 8595/9 8598/3
8602/25 8614/8 8619/12 8624/15
8660/18 8685/22 8693/18 8723/19
every [30] 8571/2 8588/8 8598/12
8611/18 8618/1 8622/18 8622/19
8625/20 8628/16 8628/23 8629/3
8629/9 8629/22 8629/21 8630/3 8630/4
8630/25 8631/14 8632/8 8633/10
8636/3 8660/17 8660/22 8660/24
8673/2 8678/11 8678/12 8698/10
8699/12 8712/14
everybody [5] 8595/1 8664/7 8712/16
8712/17 8717/2
everyone [9] 8611/19 8613/3 8625/22
8625/25 8663/24 8666/23 8717/1
everyone's [1] 8662/17
everything [5] 8617/14 8663/23 8664/5
8664/11 8698/19
everything's [1] 8718/3
evidence [2] 8572/5 8572/25
evolved [1] 8713/10
exact [2] 8682/18 8703/13
examination [6] 8571/9 8572/3 8572/21
8572/22 8573/25 8574/12
examine [1] 8617/6
example [5] 8618/2 8630/23 8636/10
8648/16 8710/6
examples [5] 8620/14 8624/2 8624/2
8630/2 8630/24
Exceeded [1] 8688/11
exceeds [2] 8628/6 8628/7
excellent [3] 8611/23 8612/4 8627/13
exchanged [2] 8572/3 8687/1
exclude [1] 8619/12
excuse [4] 8575/6 8702/1 8703/15
8720/15
execute [8] 8583/9 8635/19 8638/21
8638/25 8639/2 8639/8 8639/10
8639/19
executed [1] 8636/4
executing [2] 8584/13 8642/24
execution [2] 8586/1 8642/19
exercise [1] 8624/6
exhibit [5] 8571/7 8571/10 8621/13
8631/16 8631/17

## E

exhibits [9]  8571/16 8571/17 8571/21 8572/2 8572/7 8572/11 8572/15 8572/20 8572/25
exist [1]  8717/15
existence [2]  8692/7 8692/8
existing [1]  8623/12
expect [1]  8717/18
expectations [3]  8628/6 8628/7 8688/11
expected [1]  8644/19
expense [3]  8615/15 8632/16 8633/15
experience [20]  8581/19 8581/22 8582/8 8582/18 8584/22 8594/19 8611/25 8612/12 8613/23 8625/19 8640/20 8660/4 8673/17 8678/10 8689/5 8689/7 8690/9 8695/3 8705/2 8707/16
experienced [1]  8699/3
experiences [7]  8680/9 8680/13 8690/24 8691/21 8693/1 8699/15 8711/5
explain [7]  8579/10 8607/15 8608/16 8669/9 8679/13 8692/5 8702/9
explained [5]  8661/18 8702/4 8702/11 8702/13 8719/19
exploration [8]  8564/10 8567/18 8567/21 8568/2 8587/21 8587/21 8653/25 8656/3
exploratory [1]  8656/21
exploring [1]  8713/14
explosion [1]  8588/23
explosive [1]  8652/7
express [8]  8598/19 8598/20 8647/6 8671/18 8705/21 8707/13 8709/3 8709/14
expressed [4]  8659/7 8659/8 8696/10 8710/4
expressing [1]  8659/1 8665/25 8713/16 8715/21
extended [1]  8705/23
extensive [1]  8702/12
extraordinary [1]  8684/20
extremely [1]  8715/2
eyes [2]  8660/1 8660/3

## F

faces [1]  8718/3
facility [2]  8712/24 8715/6
fact [16]  8605/15 8619/16 8629/23 8639/24 8647/22 8648/13 8653/18 8658/17 8662/9 8662/22 8673/10 8680/9 8701/19 8703/24 8711/5 8722/18
factor [2]  8699/22 8708/3
facts [1]  8662/19
fair [7]  8583/10 8608/18 8633/9 8636/9 8637/20 8699/6 8699/7
fairly [1]  8651/18
fall [3]  8634/22 8634/22 8690/13
fallen [1]  8703/14
familiar [5]  8610/15 8613/13 8617/20 8634/19 8634/24
familiarity [1]  8642/21
familiarize [1]  8649/23
Fannin [1]  8568/11
far [3]  8603/19 8647/19 8692/6
fashion [1]  8588/8
fast [3]  8624/22 8625/7 8721/18
father [1]  8650/19
fathers [1]  8716/18
FCRR [4]  8569/12 8724/13 8724/21 8724/21
features [1]  8677/9

February [4]  8591/2 8591/8 8591/8 8591/8
February/March [1]  8591/8
Federal [1]  8566/10
fee [2]  8630/12 8630/20
feed [2]  8630/7 8630/9
feedback [11]  8610/2 8610/24 8611/1 8612/3 8612/13 8649/13 8649/14 8656/5 8659/19 8717/18 8717/22
feel [5]  8602/4 8612/23 8613/4 8656/6 8709/22
feeling [1]  8695/8
feet [6]  8579/3 8598/1 8598/8 8667/19 8668/4 8668/9
fell [1]  8605/25
felt [9]  8607/11 8610/1 8612/4 8616/19 8627/25 8662/9 8686/24 8710/7 8713/20
few [6]  8605/1 8618/10 8650/2 8656/1 8672/20 8716/12
field [8]  8576/6 8578/1 8578/15 8578/19 8579/7 8579/10 8618/10 8693/23
fields [3]  8578/2 8578/2 8670/21
fight [2]  8660/17 8660/22
fighting [1]  8660/24
figure [2]  8651/5 8654/9
file [1]  8572/24
filed [1]  8573/17
fill [3]  8609/13 8617/5 8669/14
fill-in [1]  8669/14
final [6]  8635/15 8644/24 8668/3 8696/18 8697/9 8704/22
finally [5]  8602/9 8612/7 8622/7 8642/9 8711/21
find [5]  8650/20 8653/7 8653/9 8656/21 8667/22
finding [1]  8667/18
fine [4]  8627/2 8632/24 8708/22 8718/4
finish [2]  8638/18 8657/13
finished [3]  8593/10 8608/8 8638/23
finishing [2]  8577/20 8580/1
fins [2]  8691/11 8691/16
fire [3]  8687/24 8687/25 8688/14
Firm [2]  8565/18 8566/5
first [50]  8576/3 8576/4 8576/11 8576/19 8576/20 8580/24 8586/12 8586/23 8587/6 8589/2 8591/20 8593/15 8596/24 8598/18 8607/16 8607/23 8609/9 8611/7 8615/12 8615/14 8618/10 8623/25 8631/21 8631/25 8636/25 8640/18 8646/13 8660/21 8662/12 8672/17 8676/12 8679/5 8682/2 8684/1 8686/21 8688/21 8689/5 8689/7 8693/10 8693/20 8696/8 8696/17 8696/25 8696/25 8697/1 8703/11 8703/25 8704/5 8705/25 8721/8
fish [2]  8693/18 8700/20
fished [1]  8695/20
fishing [1]  8694/17
five [3]  8576/14 8576/19 8576/20
fixed [2]  8712/24 8715/6
flex [2]  8698/10 8698/10
floating [3]  8690/16 8690/16 8694/19
floats [1]  8713/1
floor [3]  8565/13 8568/15 8579/14
flow [2]  8722/19 8723/3
flowing [1]  8670/24
FLOYD [1]  8569/4
fluid [2]  8677/11 8711/10
fly [2]  8638/3 8697/23
flying [1]  8709/22
foam [4]  8723/11 8723/13 8723/16

8723/20
focus [3]  8611/7 8617/11 8624/10
focused [2]  8616/14 8619/4
focusing [1]  8619/4
fold [1]  8684/19
folks [29]  8585/22 8586/9 8586/13 8586/17 8590/18 8590/20 8591/6 8591/19 8596/5 8605/17 8609/11 8611/9 8612/16 8623/2 8623/7 8630/14 8630/20 8635/14 8638/3 8638/24 8639/11 8644/12 8654/20 8674/22 8682/12 8682/15 8683/11 8685/11 8698/14
followed [1]  8584/16
following [5]  8659/6 8663/14 8667/3 8681/21 8709/10
follows [1]  8574/4
foregoing [2]  8634/2 8724/15
Forever [2]  8665/10 8665/13
forgot [1]  8644/18
form [2]  8609/12 8609/12
formal [1]  8641/22
formally [1]  8642/16
formation [3]  8652/4 8676/14 8676/20
forming [1]  8632/14
forth [3]  8620/20 8637/16 8681/16
fortunate [3]  8627/18 8627/22 8695/25
forward [14]  8597/16 8613/9 8620/9 8620/15 8650/5 8651/5 8651/22 8656/2 8656/5 8657/3 8658/15 8665/20 8668/11 8684/14
forwarded [1]  8707/4
found [2]  8691/12 8704/8
four [5]  8571/16 8599/25 8670/16 8672/18 8711/20
fourth [1]  8587/23
fracked [1]  8578/1
fracture [3]  8641/12 8641/13 8654/21
Francisco [1]  8566/11
Franklin [1]  8567/5
Fraud [1]  8567/3
Frazelle [1]  8683/9
free [6]  8601/10 8601/24 8602/3 8602/12 8602/17 8623/11
Freedom [2]  8723/6 8723/7
Friday [3]  8698/9 8698/10 8698/10
friend [3]  8589/16 8665/5
friends [2]  8589/19 8688/6
friendship [3]  8589/17 8665/15 8688/17
Frilot [1]  8568/6
frozen [1]  8637/7
Frugé [1]  8565/21
frustrated [11]  8658/17 8658/21 8658/22 8658/23 8709/16 8710/7 8710/23 8711/18 8713/24 8713/25 8714/9
frustration [7]  8659/1 8659/7 8659/8 8664/15 8712/5 8713/17 8713/17
frustrations [1]  8719/15
fudged [1]  8678/2
full [3]  8574/5 8686/18 8701/6
functions [1]  8586/23
funeral [1]  8650/19
further [7]  8600/2 8641/21 8642/9 8668/20 8698/23 8700/12 8704/14
future [8]  8590/11 8590/14 8654/10 8656/3 8656/17 8679/11 8679/21 8684/3

## G

G-U-I-D-E [1]  8574/8
Gagliano [4]  8720/16 8721/9 8721/13 8722/12
gallon [2]  8677/14 8697/13

**G**

game [1]  8716/20
Gardner [2]  8573/12 8573/14
Garrison [2]  8573/12 8573/13
gas [6]  8575/25 8577/23 8581/20
8598/3 8722/19 8723/3
gate [6]  8566/10 8635/9 8635/11
8635/14 8640/7 8641/25
gates [1]  8635/17
gave [10]  8583/18 8584/10 8594/24
8622/22 8643/21 8644/19 8658/23
8673/14 8675/17 8699/16
GAVIN [1]  8569/4
general [6]  8567/7 8567/11 8637/14
8658/13 8668/15 8705/2
generic [1]  8617/10
gentleman [6]  8651/20 8658/8 8658/10
8669/20 8674/25 8704/16
gentlemen [1]  8675/22
geologic [1]  8636/24
geologist [2]  8644/18 8654/23
geology [2]  8635/14 8644/19
geometry [2]  8689/20 8689/21
get [54]  8581/17 8587/17 8587/21
8604/13 8606/11 8610/2 8610/4 8613/2
8620/18 8621/4 8621/23 8628/10
8631/7 8632/21 8632/25 8634/11
8637/23 8638/2 8648/1 8649/13
8651/23 8663/21 8663/25 8668/2
8669/1 8671/11 8675/10 8675/11
8678/3 8680/7 8680/8 8684/21 8685/8
8686/22 8687/10 8690/13 8694/5
8694/11 8695/24 8699/2 8699/5
8699/21 8701/19 8703/23 8705/11
8706/12 8709/17 8709/18 8712/6
8712/7 8713/6 8715/12 8722/2 8722/6
gets [3]  8639/10 8718/13 8721/19
getting [16]  8612/13 8630/9 8664/14
8666/8 8666/11 8666/11 8666/12
8681/16 8691/16 8692/25 8701/18
8711/24 8712/3 8712/4 8715/10 8718/1
girls [1]  8609/13
give [9]  8595/9 8602/3 8630/24 8638/5
8648/10 8664/25 8694/18 8717/18
8717/21
given [11]  8609/18 8613/5 8615/25
8650/20 8651/6 8659/19 8664/10
8673/23 8687/19 8705/11 8707/22
giving [1]  8612/3
glasses [1]  8581/17
glitch [1]  8683/12
global [1]  8635/7
globe [1]  8635/8
GmbH [1]  8564/8
GMT [1]  8687/6
go [62]  8575/1 8575/9 8579/9 8590/19
8592/5 8593/1 8593/5 8604/25 8606/15
8607/16 8608/6 8613/17 8617/13
8618/12 8623/25 8631/24 8632/4
8632/20 8635/18 8636/3 8636/9
8636/11 8636/24 8636/25 8637/25
8641/9 8641/17 8642/9 8643/11 8645/1
8646/16 8650/22 8651/6 8656/25
8662/22 8664/6 8665/19 8666/18
8667/19 8669/4 8669/12 8670/16
8672/6 8673/15 8676/1 8681/19
8685/16 8685/23 8687/17 8689/16
8690/20 8698/23 8699/24 8705/17
8707/6 8708/11 8712/13 8713/8
8715/10 8716/10 8716/11 8719/9
goal [4]  8602/17 8603/7 8603/11
8620/16

Godwin [3]  8569/2 8569/3 8569/8
goes [3]  8669/3 8276/5 8651/13
8660/21 8662/14 8663/24 8664/5
8684/6 8694/16 8697/21 8699/8 8701/5
8701/24 8716/24 8717/13 8721/22
8722/7
going [96]  8573/24 8575/1 8579/9
8586/16 8586/22 8588/17 8589/24
8604/25 8606/24 8607/22 8611/3
8611/21 8613/9 8615/15 8620/6 8620/8
8620/15 8621/21 8630/17 8631/4
8632/20 8634/7 8646/4 8646/20
8646/14 8646/15 8646/16 8646/20
8647/4 8647/21 8648/25 8649/3
8649/16 8649/22 8656/19 8656/24
8656/24 8657/3 8657/22 8660/16
8662/21 8664/6 8664/11 8667/18
8668/1 8668/11 8668/19 8668/23
8669/14 8670/16 8671/17 8672/16
8672/18 8672/20 8673/4 8673/23
8674/16 8676/11 8676/22 8676/16 8722/3
8679/23 8684/20 8684/21 8685/4
8685/21 8686/9 8687/17 8687/20
8687/24 8687/25 8688/14 8690/3
8690/4 8690/19 8696/14 8697/20
8700/16 8703/23 8704/16 8706/12
8706/13 8706/16 8708/1 8708/25
8709/13 8710/5 8711/2 8711/3 8711/13
8714/24 8715/6 8717/18 8717/21
8718/3 8721/17 8722/6
Golden [1]  8566/10
golfed [1]  8615/22
golfer [1]  8615/22
GoM [1]  8703/22
gone [4]  8601/14 8630/20 8630/20
8687/8
good [27]  8571/2 8571/14 8571/25
8572/9 8572/18 8573/5 8574/14
8574/15 8588/16 8589/16 8592/3
8610/3 8611/8 8611/11 8611/17
8615/22 8617/4 8617/5 8627/17
8635/12 8642/11 8688/6 8696/2 8705/1
8711/11 8720/3 8724/2
got [32]  8603/23 8603/25 8629/15
8635/22 8635/23 8636/8 8639/23
8641/4 8641/5 8643/20 8651/4 8651/19
8657/22 8661/17 8662/13 8664/24
8669/23 8672/1 8677/15 8681/3 8681/8
8691/22 8694/13 8702/19 8703/16
8711/18 8711/25 8711/25 8714/18
8715/3 8718/10 8718/18
gotten [1]  8688/9
GPs [1]  8606/12
grabs [1]  8652/4
gradient [3]  8641/12 8641/13 8654/21
graduated [2]  8575/24 8581/21
graduating [2]  8575/21 8576/4
graduation [1]  8669/13
Grand [1]  8568/15
Gray [1]  8693/16
great [8]  8588/3 8597/15 8600/5 8600/8
8602/3 8666/7 8666/8 8717/13
greater [1]  8676/23
Green [3]  8579/24 8579/24 8580/22
Greg [11]  8593/12 8593/23 8675/2
8675/20 8675/24 8696/20 8698/14
8698/14 8703/23 8714/15 8714/16
Gregg [1]  8718/12
grip [1]  8713/21
ground [1]  8723/25
group [5]  8615/15 8585/7 8592/2
8592/20 8606/12
groups [5]  8594/6 8594/10 8624/6

8648/17 8648/18
guess [2]  8644/17 8647/20
guest [1]  8671/14
Guide [12]  8574/2 8574/3 8574/7
8574/14 8575/11 8581/16 8625/12
8642/21 8650/5 8667/2 8682/8 8707/16
Guide's [1]  8573/24
GULF [18]  8564/5 8578/18 8579/25
8582/10 8594/6 8594/11 8609/22
8640/22 8647/20 8650/13 8669/22
8670/22 8671/3 8680/17 8695/11
8712/24 8713/19 8715/4
Gulf of [1]  8669/22
guy [1]  8590/12
guys [16]  8600/10 8609/13 8633/16
8644/13 8649/19 8649/19 8659/20
8660/4 8687/11 8693/14 8693/18
8693/25 8709/16 8711/12 8712/6
8720/8
guys' [1]  8621/24

**H**

habit [1]  8650/22
had [167]
hadn't [1]  8657/14
Hafle [7]  8591/20 8591/24 8592/1
8592/8 8593/12 8644/25 8675/3
half [4]  8626/18 8653/19 8696/13
8713/5
halftime [1]  8716/19
Halliburton [9]  8569/2 8569/8 8602/19
8644/9 8644/11 8697/8 8720/10
8720/11 8722/24
Halliburton's [1]  8676/16
hand [7]  8583/6 8585/18 8588/20
8608/12 8657/24 8662/15 8698/25
handed [1]  8638/24
handing [1]  8662/19
handle [1]  8632/19
handled [1]  8665/25
hanger [1]  8690/22
HANKEY [1]  8566/15
happen [2]  8646/20 8647/4
happened [7]  8618/13 8643/22 8648/13
8650/23 8677/24 8680/23 8690/25
happening [1]  8712/12
happens [2]  8643/10 8652/2
happy [2]  8615/12 8650/1
hard [7]  8602/7 8603/1 8682/1 8713/20
8721/19 8722/2 8722/6
harder [1]  8712/10
HARIKLIA [2]  8567/22 8572/9
Harrell [2]  8649/1 8658/12
Harrell's [1]  8649/9
HARTLEY [1]  8569/4
has [30]  8573/8 8582/3 8584/13
8584/21 8586/23 8597/24 8599/21
8605/15 8617/11 8618/13 8622/20
8627/20 8629/4 8629/9 8632/8 8635/2
8636/9 8680/5 8690/21 8690/25
8692/11 8701/7 8707/9 8711/20 8713/2
8713/8 8715/21 8718/6 8721/11
8721/13
HAUSER [1]  8567/4
have [166]
haven't [1]  8610/25
having [9]  8574/3 8575/16 8585/25
8601/14 8604/1 8604/3 8713/6 8713/20
8715/7
HAYCRAFT [1]  8567/19
hazard [5]  8624/8 8624/11 8624/16
8624/19 8625/2

Case 2:10-md-02179-CJB-DPC Document 13766-7 Filed 04/29/15 Page 259 of 1313

HB [1]  8569/12
HB-406 [1]  8569/12
he [173]
he's [9]  8594/2 8655/21 8665/4 8697/16
8701/17 8701/19 8717/10 8717/11
8721/20
head [1]  8594/11
heard [14]  8586/23 8590/5 8590/5
8597/24 8600/4 8600/22 8616/24
8616/25 8628/17 8629/8 8635/9 8650/8
8652/13 8702/7
Hearing [2]  8571/22 8573/2
held [8]  8573/3 8621/17 8621/21
8625/13 8643/15 8646/22 8646/23
8692/8
helicopter [2]  8647/23 8712/14
help [7]  8618/15 8618/23 8635/20
8651/4 8651/8 8651/12 8651/21
helping [1]  8658/11 8660/10
here [44]  8586/16 8587/11 8588/4
8589/12 8590/19 8591/19 8597/6
8597/8 8597/12 8597/14 8598/8
8611/23 8612/23 8618/18 8620/17
8623/10 8627/13 8629/20 8630/5
8636/7 8636/25 8637/2 8638/2 8638/7
8639/1 8643/9 8644/11 8642/6
8656/13 8656/18 8676/4 8682/6
8683/14 8691/18 8691/25 8692/6
8695/6 8700/6 8710/20 8721/17
8721/20 8721/21 8722/8 8722/9
here's [1]  8624/7
hereby [1]  8724/15
Herman [3]  8564/22 8564/22 8564/23
high [8]  8626/16 8636/18 8637/2
8637/13 8652/7 8654/2 8664/10
8716/16
high-level [3]  8636/18 8637/2 8637/13
high-stress [1]  8664/10
higher [1]  8697/13
highlighted [1]  8601/3
HILL [1]  8569/4
him [56]  8587/13 8587/18 8589/6
8589/7 8589/18 8589/24 8590/1
8593/21 8593/24 8615/24 8659/8
8660/7 8661/7 8661/14 8661/17 8662/2
8662/3 8664/14 8664/21 8664/23
8665/3 8665/16 8669/5 8671/7 8671/16
8672/2 8687/19 8688/2 8688/17 8700/7
8703/16 8703/17 8703/18 8703/19
8703/20 8703/25 8704/3 8704/5 8704/7
8704/15 8704/16 8705/22 8706/4
8707/5 8707/7 8707/8 8709/12 8709/21
8713/24 8716/8 8717/13 8717/13
8717/21 8719/10 8719/19 8719/23
himself [2]  8672/2 8673/9
his [28]  8573/16 8573/18 8586/24
8588/4 8590/12 8632/14 8650/19
8658/24 8659/1 8659/8 8664/4 8664/15
8665/6 8665/25 8669/13 8669/22
8669/23 8670/13 8671/19 8673/9
8675/25 8706/20 8707/7 8709/22
8710/5 8716/7 8716/16 8719/4
history [2]  8576/16 8612/8
hitch [3]  8671/11 8672/10 8672/13
hitches [1]  8672/9
hitting [1]  8614/22
hold [4]  8574/18 8574/24 8617/16
8617/24
Holdings [5]  8568/6 8568/9 8568/13
8568/18 8568/22
hole [32]  8642/6 8643/12 8643/12
8644/5 8644/5 8648/18 8652/17 8656/2
8660/20 8661/16 8661/21 8686/11
8689/18 8689/19 8689/22 8689/23
8689/23 8690/3 8691/5 8694/7 8694/8
8694/13 8694/14 8695/20 8696/6
8700/16 8704/22 8704/24 8704/25
8705/3 8705/11 8705/15
hole-section [1]  8656/2
holes [1]  8680/5
Holstein [1]  8580/22
Holthaus [1]  8565/21
home [5]  8686/24 8687/8 8687/18
8687/20 8700/11
honor [17]  8571/5 8571/14 8571/23
8571/25 8572/9 8572/17 8572/18
8573/3 8573/5 8573/22 8574/9 8649/24
8666/16 8666/25 8699/23 8700/23
8724/3
HONORABLE [1]  8564/15
honoring [2]  8700/1 8700/8
hope [1]  8663/23
hoping [2]  8664/4 8686/22
HORIZON [68]  8564/4 8574/19 8574/20
8581/1 8581/3 8581/7 8581/11 8582/15
8583/2 8585/17 8585/22 8588/9 8589/8
8589/21 8589/25 8590/15 8590/22
8595/19 8596/2 8596/14 8596/20
8596/23 8596/25 8597/7 8600/11
8600/15 8601/9 8601/14 8601/17
8601/19 8603/15 8604/7 8604/24
8605/4 8610/14 8610/18 8611/25
8612/15 8614/16 8618/6 8628/1 8629/4
8629/9 8630/25 8632/8 8639/4 8643/20
8643/24 8644/5 8645/12 8646/14
8647/3 8647/7 8648/22 8653/25
8670/16 8670/18 8671/4 8671/6
8671/24 8673/11 8690/17 8694/25
8711/5 8712/22 8713/7 8715/2 8719/22
Horizon's [2]  8604/6 8611/6
Horn [5]  8578/22 8579/1 8579/6
8579/19 8587/7
Horn Mountain project [1]  8579/1
Horse [18]  8594/8 8670/7 8670/8
8670/19 8670/20 8670/20 8670/21
8697/22 8698/3 8698/16 8700/24
8702/5 8706/9 8712/19 8712/22
8712/23 8712/25 8719/20
hot [1]  8680/7
Houma [10]  8565/16 8604/16 8621/7
8621/8 8621/16 8621/16 8621/22
8622/12 8646/24 8713/16
hour [4]  8647/22 8647/23 8653/19
8696/13
hours [12]  8704/9 8704/13 8704/17
8704/18 8704/25 8705/6 8705/10
8705/15 8705/16 8721/12 8721/22
8722/6
house [2]  8629/15 8708/21
Houston [7]  8566/4 8568/11 8568/23
8569/9 8578/21 8697/23 8716/17
how [76]  8574/24 8576/10 8576/12
8577/18 8578/9 8579/18 8584/11
8584/12 8587/4 8587/5 8587/11
8587/17 8588/1 8588/12 8588/14
8589/1 8589/4 8589/15 8590/9 8592/1
8592/5 8592/8 8592/16 8593/17
8594/20 8596/24 8605/3 8608/3
8609/18 8610/1 8611/10 8613/23
8617/24 8618/9 8618/15 8618/23
8621/24 8622/5 8624/8 8627/25
8630/13 8630/17 8630/24 8639/10
8643/5 8644/14 8648/21 8650/20
8652/6 8652/23 8654/10 8658/3
8661/20 8661/25 8665/12 8665/19
8682/1 8682/12 8682/13 8682/21
8682/24 8686/16 8689/4 8689/10
8689/16 8689/16 8690/6 8692/5
8699/13 8702/12 8709/12 8709/13
8711/3 8713/11 8721/18 8721/19
However [1]  8699/23
HSE [3]  8619/24 8620/7 8620/22
HSSE [2]  8622/18 8622/19
huge [4]  8709/17 8712/6 8712/17
8713/4
Hughes [1]  8568/22
Hundreds [1]  8639/13
hurry [2]  8653/3 8722/6
HYMEL [1]  8568/18

I

I'd [8]  8575/2 8582/25 8586/4 8586/10
8590/19 8595/15 8631/17 8687/2
I'll [4]  8576/2 8581/16 8664/24 8687/6
I'm [44]  8573/22 8573/24 8581/5
8581/16 8582/20 8584/17 8585/13
8590/25 8592/5 8594/2 8615/8 8616/25
8621/13 8621/16 8622/19 8626/3
8627/23 8629/17 8636/25 8637/25
8638/14 8640/3 8640/3 8640/9 8649/24
8649/25 8650/1 8652/11 8653/7
8653/22 8654/25 8655/12 8660/16
8660/16 8661/9 8666/16 8672/6
8703/23 8704/23 8705/25 8706/14
8712/16 8714/2 8721/16
I've [3]  8618/9 8655/19 8716/11
Ian [2]  8657/22 8657/24
Ian's [1]  8657/23
ice [1]  8614/24
idea [2]  8635/13 8636/16
ideas [1]  8621/25
identified [21]  8614/2 8623/7 8629/23
8630/3 8630/5 8638/8 8640/16 8640/18
8640/21 8641/11 8641/11 8641/14
8641/20 8641/25 8642/12 8647/24
8656/13 8669/10 8690/6 8692/3
8715/11
identifies [1]  8656/18
identify [4]  8608/19 8608/20 8638/11
8643/12
identifying [2]  8598/24 8630/18
ignoring [1]  8609/7
III [1]  8693/22
ill [3]  8686/21 8687/17 8700/11
Illinois [1]  8567/24
immediately [1]  8626/6
impact [2]  8668/11 8668/19
implement [2]  8583/7 8584/19
implementation [1]  8583/9
implemented [3]  8580/9 8626/20
8651/22
implementing [1]  8626/24
importance [3]  8595/2 8607/9 8616/16
important [5]  8611/10 8627/21 8644/18
8648/1 8713/3
impression [3]  8594/24 8595/9 8658/23
Imprevento [1]  8565/8
improve [3]  8607/4 8620/15 8622/5
improved [1]  8607/11 8626/15 8626/20
8627/4
improvement [5]  8608/21 8620/8
8626/21 8626/23 8626/24
improvements [1]  8598/25
inaccurate [1]  8699/16
INC [16]  8564/11 8567/19 8567/22
8568/3 8568/7 8568/7 8568/10 8568/11
8568/14 8568/15 8568/19 8568/19

**I**

INC... [4] 8568/23 8568/23 8569/3 8569/8
inception [2] 8636/19 8636/20
inch [7] 8648/19 8648/19 8648/20 8649/6 8676/5 8678/17 8721/10
incident [27] 8581/8 8581/10 8581/21 8582/17 8585/17 8587/9 8589/22 8601/7 8601/15 8604/1 8614/18 8614/20 8614/25 8616/9 8623/11 8624/20 8625/10 8626/6 8628/3 8653/5 8656/8 8656/12 8657/4 8664/12 8693/14 8695/7 8723/4
incident-free [1] 8623/11
incidents [3] 8620/16 8626/16 8626/17
include [5] 8596/8 8598/23 8599/2 8628/22 8629/7
included [2] 8597/23 8601/20
including [4] 8585/19 8601/3 8642/2 8642/16
incorporate [2] 8638/11 8649/14
incorporated [2] 8638/19 8698/19
increasing [1] 8708/8
INCs [1] 8626/16
incurred [1] 8645/22
incurring [1] 8653/4
independent [2] 8577/22 8638/5
independently [1] 8649/7
indicate [15] 8595/6 8602/21 8602/25 8603/5 8613/2 8624/15 8625/2 8625/6 8645/17 8646/1 8647/10 8676/13 8681/3 8685/22 8701/2
indicated [4] 8677/18 8679/4 8682/6 8704/16
indicates [2] 8695/6 8721/23
indifferent [1] 8595/7
individual [2] 8620/5 8668/16
individuals [5] 8599/9 8601/3 8628/18 8682/8 8693/16
industry [10] 8575/25 8581/20 8581/22 8582/18 8584/22 8599/23 8601/11 8604/3 8680/15 8705/3
inefficiencies [1] 8630/3
inefficiently [1] 8629/24
influx [1] 8652/3
inform [1] 8672/2
information [16] 8637/10 8643/2 8643/5 8645/7 8645/8 8653/9 8656/9 8672/2 8675/10 8681/3 8681/7 8684/21 8684/22 8697/10 8712/3 8721/10
initial [1] 8639/22
initiated [1] 8608/1
initiative [2] 8620/20 8632/20
injured [1] 8603/24
injuries [1] 8601/11 8601/25
injury [3] 8601/12 8602/12 8602/17
injury-free [1] 8602/17
input [8] 8584/10 8584/12 8610/4 8649/9 8662/9 8662/11 8675/9 8677/17
inputs [1] 8678/24
insanity [1] 8713/9
inside [2] 8711/10 8713/14
INSITE [3] 8630/6 8630/19 8633/21
inspection [3] 8631/3 8631/13
install [2] 8704/10 8704/14 8705/7
installation [1] 8620/2
installing [2] 8704/11 8705/16
instances [2] 8691/10 8691/19
instead [2] 8685/24 8686/3
instilled [1] 8595/1
integrity [6] 8679/11 8680/2 8680/3 8680/11 8684/3 8686/5

intend [1] 8573/16
intention [1] 8618/12
interact [3] 8595/17 8596/4 8598/18
interacted [1] 8600/25
interaction [2] 8612/12 8616/20
interest [1] 8624/25
interested [1] 8721/15
internal [1] 8651/19
interrupt [1] 8592/6
interval [1] 8694/6
interviewed [1] 8611/14
introduce [1] 8572/24
investigation [1] 8654/8
involve [1] 8578/3
involved [24] 8586/1 8607/10 8610/17 8634/21 8635/5 8637/23 8639/1 8639/4 8639/6 8639/19 8639/22 8639/24 8642/1 8647/2 8669/16 8670/10 8674/1 8675/7 8688/22 8689/2 8695/11 8695/15 8696/21 8718/13
involvement [5] 8595/23 8651/16 8670/13 8685/13 8723/13
Irpino [3] 8566/5 8566/6 8572/18
is [278]
isolation [3] 8642/11 8642/16
issue [5] 8573/18 8652/20 8663/5 8699/23 8704/18
issues [10] 8598/21 8613/21 8618/11 8621/5 8641/5 8643/13 8648/8 8673/22 8688/12 8717/15
it [321]
it's [66] 8571/9 8579/3 8585/4 8591/18 8592/25 8593/5 8599/24 8606/1 8606/17 8613/16 8617/2 8617/3 8621/1 8621/3 8626/10 8627/2 8628/9 8631/2 8635/7 8635/7 8635/10 8636/18 8636/19 8636/20 8636/23 8637/1 8638/23 8638/23 8641/4 8641/4 8641/12 8647/21 8648/24 8649/22 8652/2 8656/22 8663/11 8665/21 8669/11 8669/12 8670/22 8670/23 8671/10 8672/9 8675/6 8678/12 8679/15 8679/25 8680/6 8680/6 8680/9 8682/17 8690/16 8692/12 8705/2 8706/22 8711/3 8711/15 8712/7 8713/1 8713/1 8717/9 8718/3 8718/13 8718/13 8722/4
items [3] 8633/20 8633/20 8640/15
its [6] 8573/8 8573/9 8599/24 8604/24 8617/17 8681/16
itself [3] 8653/10 8678/11 8692/11

**J**

J-O-H-N [1] 8574/8
JAMES [3] 8564/19 8567/12 8594/17
January [4] 8587/13 8587/15 8595/19 8644/24
January 2010 [1] 8644/24
Jefferson [2] 8564/20 8568/19
JEFFREY [1] 8565/9
JERRY [1] 8569/8
Jesse [1] 8721/20
JESSICA [2] 8566/19 8566/20
JIMMY [4] 8566/3 8649/1 8658/12 8660/19
job [40] 8575/1 8576/4 8583/20 8607/19 8608/13 8611/12 8611/13 8611/22 8613/5 8613/11 8622/10 8622/10 8624/9 8638/25 8642/12 8657/16 8666/8 8676/14 8676/20 8699/12 8700/15 8700/17 8700/19 8700/24 8703/14 8703/21 8708/23 8709/1 8709/17 8712/10 8712/11 8712/11

8718/10 8720/10 8720/16 8721/11 8721/24 8722/6 8722/11 8722/14
jobs [2] 8576/2 8712/7
Jodi [5] 8569/12 8569/14 8724/13 8724/21 8724/21
Joe [1] 8618/18
JOHN [10] 8565/22 8568/22 8574/3 8574/7 8615/11 8651/20 8663/18 8666/7 8701/5 8716/11
Johnson [10] 8596/8 8600/22 8600/22 8601/2 8603/13 8616/7 8616/8 8618/18 8620/19 8644/1
Johnson's [2] 8601/22 8602/16
join [1] 8590/24
joined [3] 8589/8 8591/1 8591/4
joining [1] 8593/21
Jon [9] 8655/21 8663/17 8663/19 8663/20 8664/24 8674/21 8675/25 8714/17 8718/12
Jon Sprague [1] 8675/25
Jon's [2] 8655/19 8663/21
Jonathan [3] 8630/8 8655/22
JR [3] 8565/12 8569/3 8569/4
JUDGE [1] 8564/15
judgment [5] 8665/19 8686/2 8707/17 8707/21 8707/25
jumped [1] 8697/12
June [3] 8599/9 8640/12 8642/13
June 18th of [1] 8599/9
just [87] 8573/7 8580/5 8581/25 8582/14 8583/20 8585/5 8595/3 8599/17 8601/6 8601/13 8603/25 8605/1 8607/16 8608/14 8609/6 8610/3 8612/23 8614/18 8615/24 8616/18 8617/5 8617/11 8619/9 8623/7 8623/25 8624/7 8626/13 8627/1 8627/16 8629/2 8629/14 8629/24 8631/8 8631/11 8632/23 8635/14 8636/7 8640/15 8650/22 8650/22 8652/8 8652/18 8654/1 8657/24 8658/24 8660/5 8662/12 8665/4 8668/15 8670/14 8670/14 8677/12 8679/17 8680/9 8681/2 8682/1 8682/23 8682/24 8683/24 8685/9 8688/2 8688/8 8691/18 8692/3 8693/4 8696/14 8700/21 8701/13 8704/8 8704/25 8704/25 8705/12 8706/13 8709/2 8709/12 8709/20 8710/6 8711/11 8711/16 8713/5 8713/9 8716/10 8717/11 8717/25 8718/1 8723/12 8724/1
Justice [4] 8566/8 8566/12 8566/18 8567/2
justification [3] 8683/21 8684/1 8684/2

**K**

Kaluza [19] 8589/20 8589/24 8669/4 8669/16 8670/1 8670/11 8670/17 8671/2 8671/3 8671/6 8671/18 8672/1 8672/14 8672/19 8672/20 8672/24 8672/24 8673/9 8673/10
Kaluza's [2] 8671/23 8672/17
Kanner [2] 8567/15 8567/15
KARIS [4] 8567/22 8572/9 8666/24 8724/1
Kaskida [15] 8646/9 8646/12 8646/13 8646/13 8646/14 8646/16 8646/17 8646/20 8647/3 8647/4 8647/14 8647/19 8647/25 8648/8 8715/10
Katz [1] 8564/22
KC [2] 8597/11 8597/16
KC 244 [2] 8597/11 8597/16
keep [3] 8625/7 8641/19 8704/23
keeps [3] 8599/23 8601/11 8669/20

**K**

Keith [3]  8669/20 8669/23 8669/23
KELLEY [1]  8567/4
KERRY [1]  8568/6
kick [38]  8639/17 8646/6 8650/8 8650/9
  8650/13 8650/15 8650/20 8651/1
  8651/3 8651/10 8651/14 8652/3 8653/7
  8653/8 8653/9 8653/11 8653/15 8654/9
  8655/2 8655/12 8656/8 8657/7 8657/10
  8657/13 8657/14 8658/4 8661/4 8661/6
  8661/12 8661/20 8661/21 8663/1
  8663/3 8663/15 8664/8 8666/11
  8666/14 8667/4
kicks [4]  8645/22 8646/3 8654/1 8654/2
kidded [1]  8688/7
kidding [2]  8615/24 8688/2
Kinchen [2]  8568/22 8568/22
kind [9]  8627/12 8675/6 8677/10 8688/6
  8698/7 8713/7 8715/14 8715/15
  8715/22
Kirkland [1]  8567/21
knew [12]  8587/13 8590/1 8590/9
  8590/12 8592/1 8592/16 8593/23
  8611/19 8622/11 8673/15 8714/7
  8721/20
know [84]  8583/18 8583/19 8584/10
  8590/11 8591/4 8591/24 8592/5 8592/8
  8592/14 8593/15 8593/21 8595/22
  8597/13 8599/17 8599/25 8608/7
  8608/9 8608/10 8608/11 8608/15
  8608/16 8609/25 8610/1 8610/2
  8617/11 8617/12 8618/20 8618/22
  8619/9 8621/23 8621/23 8622/10
  8624/1 8624/8 8627/3 8628/21 8629/15
  8631/9 8633/22 8647/4 8649/18 8651/4
  8654/3 8659/20 8661/16 8665/4 8670/4
  8671/13 8671/16 8675/12 8678/2
  8678/12 8680/9 8682/1 8688/6 8688/7
  8690/3 8694/5 8694/18 8701/7 8706/23
  8707/8 8709/1 8709/13 8709/20 8711/2
  8711/17 8712/1 8712/9 8712/9 8713/6
  8713/21 8714/4 8714/6 8715/14
  8716/13 8717/10 8717/25 8718/1
  8719/19 8719/20 8722/23 8723/2
  8723/5
knowledge [2]  8625/25 8643/16
known [5]  8587/4 8587/8 8589/4
  8589/24 8669/13
Kodiak [1]  8598/8
KRAUS [1]  8567/16
Kullman [1]  8565/5

**L**

Lacy [1]  8599/10
laed.uscourts.gov [1]  8569/14
Lafayette [7]  8564/21 8568/20 8577/2
  8577/12 8578/8 8578/9 8578/11
Lafleur [1]  8568/18
lagging [2]  8701/8 8708/14
Lake [1]  8604/9
Lake Charles [1]  8604/9
Lamar [1]  8569/9
Lambert [4]  8571/9 8571/17 8590/4
  8590/9
land [2]  8690/22 8690/23
LANGAN [1]  8567/22
large [3]  8670/8 8670/23 8723/7
largest [1]  8668/19
Lasalle [1]  8567/23
last [13]  8571/18 8573/14 8573/17
  8590/5 8667/10 8686/16 8700/15
  8704/12 8711/20 8713/9 8713/22

8717/7 8719/1
last Document [1] 8717/22
lasts [1]  8592/25
late [5]  8573/14 8573/17 8595/19
  8597/8 8646/25
law [4]  8565/15 8565/18 8566/5 8669/12
LAWRENCE [1]  8566/21
lead [5]  8578/21 8579/4 8579/5 8579/18
  8688/13
leader [59]  8574/19 8574/20 8575/2
  8576/25 8577/15 8580/4 8581/1 8581/2
  8581/7 8582/11 8583/1 8583/7 8584/2
  8584/9 8584/12 8587/24 8590/4
  8590/10 8593/13 8594/16 8595/24
  8596/23 8598/6 8603/6 8604/12
  8604/19 8605/2 8609/21 8610/5
  8619/17 8620/2 8625/13 8628/8 8646/7
  8650/7 8650/15 8658/11 8659/25
  8660/9 8669/3 8669/21 8671/2 8671/10
  8671/24 8672/10 8672/1 8672/13
  8673/11 8674/20 8675/2 8675/24
  8686/14 8693/21 8694/1 8694/2 8701/2
  8701/7 8706/19 8712/21
leaders [25]  8574/21 8583/12 8583/14
  8583/16 8583/21 8586/17 8587/14
  8589/20 8590/13 8594/7 8604/20
  8618/21 8654/7 8660/2 8661/24 8662/4
  8671/11 8672/7 8673/15 8673/19
  8675/10 8693/25 8696/9 8696/12
  8711/21
leaders' [1]  8594/21
leadership [19]  8596/5 8596/10 8604/14
  8617/6 8618/10 8618/20 8619/23
  8620/21 8620/25 8621/3 8621/8
  8621/16 8621/16 8621/17 8622/4
  8622/12 8622/22 8622/25 8712/18
Leadership Engagement [2]  8620/25
  8622/25
leading [2]  8600/12 8696/21
leak [1]  8680/10
learn [1]  8654/9
learned [10]  8650/25 8654/12 8655/10
  8655/14 8655/15 8656/1 8656/5 8656/9
  8656/10 8656/13
Learned/plan [1]  8656/5
learning [1]  8717/14
Leary [1]  8599/11
leased [1]  8597/8
LEASING [1]  8564/8
least [7]  8587/8 8620/1 8629/22 8664/7
  8672/11 8672/14 8672/17
leave [7]  8655/6 8686/20 8691/4
  8693/11 8696/2 8705/3 8712/25
leaving [2]  8704/25 8705/15
led [7]  8623/20 8624/19 8674/19
  8675/19 8675/20 8676/19 8710/22
Lee [2]  8571/9 8587/23
left [13]  8579/9 8588/20 8614/22
  8614/23 8652/8 8652/8 8652/17 8692/6
  8694/7 8694/14 8695/19 8707/7 8708/7
left-hand [1]  8588/20
leg [1]  8614/23
Leger [2]  8565/12 8565/12
less [5]  8624/20 8625/10 8679/16
  8679/16 8679/22
lesson [1]  8656/10
lessons [10]  8654/9 8654/12 8655/10
  8655/14 8655/15 8656/1 8656/5 8656/9
  8656/13 8696/15
Lessons Learned session [1]  8656/9
let [3]  8581/16 8599/17 8659/24
let's [30]  8576/2 8591/19 8591/20

8602/9 8604/22 8606/24 8607/8
  8608/14 8623/3 8623/6
8626/3 8634/13 8635/20 8640/2 8650/2
  8666/18 8673/20 8675/14 8684/1
  8688/19 8691/13 8696/16 8696/24
  8702/21 8708/11 8710/17 8716/12
  8723/22 8724/5
letter [1]  8573/17
level [7]  8636/18 8637/2 8637/13
  8673/14 8683/17 8712/17 8717/7
Lewis [5]  8565/5 8567/18 8569/2 8569/8
  8571/18
LI [1]  8568/15
liaison [2]  8583/17 8588/7
library [1]  8606/14
lieu [1]  8631/3
light [3]  8616/19 8636/8 8636/11
like [33]  8572/4 8575/2 8582/25 8586/4
  8586/10 8590/19 8594/7 8595/15
  8602/8 8608/17 8611/21 8614/10
  8620/1 8626/13 8627/15 8631/17
  8633/20 8638/4 8649/25 8656/8 8687/2
  8690/17 8699/12 8701/5 8705/17
  8709/21 8709/22 8712/5 8713/1
  8713/19 8715/23 8717/25 8721/23
likely [2]  8687/17 8687/19
likewise [2]  8606/20 8683/11
limit [1]  8667/18
limiting [1]  8609/6
Lindner [1]  8573/12
line [6]  8643/11 8643/11 8661/17
  8698/12 8722/7 8722/7
lined [1]  8701/20
liner [31]  8668/24 8674/17 8676/11
  8679/17 8679/17 8680/5 8680/20
  8680/24 8681/4 8681/6 8681/10
  8681/15 8681/16 8684/6 8684/10
  8684/23 8685/2 8685/3 8685/22
  8685/23 8686/3 8686/13 8699/20
  8701/13 8701/17 8701/20 8709/19
  8711/24 8711/24 8715/7 8717/10
liners [1]  8680/14
lines [2]  8617/11 8632/5
Lirette [1]  8571/17
Liskow [1]  8567/18
list [13]  8571/7 8572/2 8572/11 8573/8
  8573/15 8589/21 8607/16 8609/11
  8616/18 8630/8 8630/10 8630/18
  8633/21
listed [5]  8587/11 8598/8 8602/20
  8607/23 8683/14
listen [9]  8621/24 8659/17 8659/18
  8659/21 8659/23 8660/5 8660/7 8662/7
  8662/8
listened [1]  8659/20
lists [3]  8572/20 8572/23 8683/8
literal [1]  8660/23
literally [2]  8617/13 8661/1
Litigation [1]  8567/3
little [14]  8575/2 8595/15 8597/13
  8597/24 8599/9 8599/13 8626/10
  8644/25 8650/5 8657/22 8673/21
  8710/5 8712/9 8713/22
LLC [11]  8564/19 8564/22 8565/2
  8565/15 8567/15 8568/6 8568/6
  8568/10 8568/14 8568/18 8568/22
LLP [6]  8565/21 8567/21 8568/2 8568/9
  8568/13 8568/22
loaded [1]  8697/9
located [4]  8647/19 8670/22 8697/21
  8698/3
location [2]  8636/17 8712/25
locked [1]  8617/12

L

log [15]  8684/25 8684/25 8685/5 8685/9
8690/2 8690/2 8697/10 8711/4 8711/6
8711/9 8711/11 8711/14 8711/14
8711/25 8711/25
logging [1]  8713/11
logical [1]  8662/17
logistical [1]  8647/24
logistics [6]  8632/19 8647/14 8647/17
8648/1 8712/3 8715/12
London [1]  8657/22
long [59]  8574/24 8576/10 8576/12
8577/18 8578/9 8579/18 8587/4 8587/5
8587/12 8588/12 8589/1 8589/4 8592/5
8592/8 8593/17 8617/2 8635/2 8647/21
8665/15 8668/24 8674/10 8674/12
8674/16 8676/4 8676/6 8676/8 8676/11
8679/3 8679/7 8679/14 8679/16 8680/3
8680/4 8680/11 8680/13 8680/17
8681/9 8681/9 8681/14 8681/21 8684/2
8684/23 8685/2 8685/3 8685/17
8685/22 8685/24 8686/3 8686/5
8686/10 8686/13 8686/16 8694/21
8699/20 8699/25 8701/11 8711/24
8715/7 8717/10
long string [1]  8686/10
long-string [3]  8668/24 8680/13 8715/7
long-term [3]  8665/15 8680/11 8686/5
longer [6]  8630/14 8630/15 8630/18
8660/15 8660/18 8705/4
look [41]  8585/13 8600/2 8600/19
8608/19 8610/10 8610/21 8614/12
8615/7 8617/21 8621/12 8622/15
8623/6 8623/17 8626/3 8627/8 8628/25
8631/9 8640/2 8644/21 8659/3 8660/13
8663/10 8664/19 8666/3 8675/14
8678/20 8681/24 8683/17 8684/1
8685/8 8687/3 8690/2 8693/9 8696/24
8702/21 8706/3 8710/17 8716/5 8718/1
8720/24 8722/20
looked [3]  8619/9 8723/6 8723/9
looking [1]  8629/3
loop [1]  8663/20
Los [1]  8568/16
lose [1]  8676/24
losing [1]  8641/1
loss [2]  8619/13 8624/16
losses [4]  8645/22 8646/2 8667/10
8699/3
lot [13]  8604/23 8611/18 8644/11
8648/25 8660/4 8673/16 8673/16
8678/10 8689/7 8699/8 8701/15
8723/11 8723/23
LOUISIANA [26]  8564/2 8564/6 8564/21
8564/24 8565/7 8565/13 8565/16
8565/19 8565/23 8566/7 8567/11
8567/12 8567/13 8567/15 8567/17
8567/20 8568/7 8568/20 8569/13
8575/23 8576/7 8576/13 8577/2 8578/8
8578/12 8724/15
lowered [1]  8614/21
LUIS [1]  8568/15
lunch [1]  8724/2
LUNCHEON [1]  8724/7
LUTHER [1]  8567/8

M

M-I [1]  8644/12
M-I SWACO [1]  8585/19
ma'am [2]  8627/15 8686/7
Macondo [56]  8580/13 8580/16 8586/5
8586/8 8586/14 8588/18 8590/19

8590/21 8590/24 8591/5 8591/8
8591/23 8592/16 8592/22 8593/5
8593/22 8593/24 8595/14 8595/16
8595/18 8634/15 8634/22 8639/23
8639/25 8640/7 8640/16 8642/21
8642/23 8643/15 8643/20 8643/23
8643/24 8644/16 8644/23 8645/11
8646/15 8650/6 8650/9 8653/1 8656/3
8656/14 8657/2 8667/3 8667/5 8674/2
8676/23 8682/6 8688/23 8689/5 8690/7
8692/15 8692/19 8694/24 8696/17
8698/21 8723/14
mad [10]  8579/23 8580/8 8580/12
8580/15 8580/19 8580/20 8592/19
8604/15 8604/16 8659/11
Mad Dog [2]  8604/15 8604/16
made [30]  8580/23 8616/19 8625/4
8656/12 8656/19 8656/23 8659/16
8667/11 8667/15 8667/17 8667/25
8670/15 8679/2 8684/22 8685/16
8685/18 8685/20 8692/10 8693/4
8696/18 8698/17 8707/8 8707/25
8708/24 8709/20 8709/21 8712/13
8713/25 8714/21 8720/8
Magazine [1]  8566/6
Mahtook [1]  8568/18
mail [67]  8599/8 8600/2 8601/2 8601/4
8601/6 8601/10 8615/1 8619/3 8619/4
8619/22 8631/21 8631/24 8632/6
8632/7 8632/11 8632/15 8632/17
8633/14 8655/20 8658/25 8659/6
8659/12 8660/8 8660/11 8661/10
8663/11 8663/14 8664/3 8665/25
8666/6 8669/22 8687/10 8687/15
8693/10 8693/13 8693/24 8694/1
8695/19 8697/7 8698/23 8700/12
8700/19 8700/22 8702/2 8702/3
8702/17 8702/23 8703/10 8703/16
8703/25 8704/3 8706/1 8707/4 8708/7
8710/17 8710/19 8710/22 8716/3
8718/18 8718/21 8718/23 8719/4
8719/10 8719/14 8721/2 8721/5
8722/13
mails [2]  8687/1 8687/2
main [11]  8565/22 8588/7 8605/8
8605/8 8606/3 8624/5 8654/24 8654/25
8668/17 8712/8 8715/11
mainly [5]  8576/9 8644/9 8675/9 8675/9
8696/14
majority [1]  8693/25
make [27]  8583/20 8611/19 8618/9
8621/24 8622/1 8622/10 8622/11
8632/23 8632/24 8633/11 8633/23
8647/11 8657/2 8659/11 8662/17
8663/20 8663/21 8665/1 8684/10
8684/20 8700/14 8700/18 8705/10
8705/13 8711/15 8712/11 8713/9
making [10]  8584/3 8599/3 8661/16
8674/5 8686/2 8707/17 8708/6 8712/9
8713/22 8717/11
MALINDA [1]  8566/21
management [23]  8605/3 8605/6
8605/10 8605/17 8605/21 8605/24
8606/3 8606/21 8606/23 8607/1 8607/3
8610/8 8616/17 8623/12 8626/19
8628/1 8634/16 8681/22 8682/4 8682/9
8682/18 8683/20 8685/11
manager [10]  8588/23 8589/10 8589/13
8594/3 8594/5 8620/3 8657/19 8657/20
8658/1 8714/13
managing [5]  8602/15 8603/6 8603/10
8604/19 8628/14
manner [4]  8620/17 8714/25 8715/13

8715/18
March [25]  8591/8 8593/18 8621/17
8624/12 8624/20 8646/23 8646/25
8650/8 8650/9 8650/20 8654/9 8655/12
8655/15 8656/8 8657/4 8657/7 8657/7
8657/10 8657/12 8658/3 8661/4 8661/6
8666/14 8667/4 8667/4
March 13th relating [1]  8657/7
March 18th [1]  8655/15
March 29th [1]  8621/17
March 30th or [1]  8646/23
March 8th [2]  8657/10 8657/12
March 8th incident [1]  8657/4
March 8th kick [10]  8650/8 8650/20
8654/9 8655/12 8656/8 8657/7 8661/4
8661/6 8666/14 8667/4
March 8th of [1]  8650/9
March 8th until [1]  8667/4
Marianas [6]  8590/25 8591/1 8591/7
8645/11 8645/14 8645/19
Marianas actually [1]  8590/25
Mark [1]  8718/7
Martin [1]  8590/13
Martin Breazeale [1]  8590/13
Masters [1]  8615/23
material [2]  8675/11 8681/8
materials [2]  8681/17 8712/4
matrix [1]  8599/23
Matt [1]  8571/14
matter [4]  8573/7 8573/14 8721/25
8724/18
matters [12]  8571/4 8628/17 8628/23
8629/3 8629/10 8629/12 8629/21
8630/3 8630/25 8631/14 8632/9
8633/11
Matters' [2]  8629/5 8633/18
MATTHEW [1]  8567/23
May [3]  8574/9 8575/8 8631/21
maybe [1]  8724/1
MAZE [1]  8567/8
McCLELLAN [1]  8566/19
McMahan [1]  8573/11
MD [1]  8564/4
me [31]  8575/6 8607/14 8608/16
8626/13 8627/15 8659/24 8661/11
8665/14 8669/22 8669/22 8683/12
8685/25 8687/12 8687/24 8688/14
8701/24 8702/2 8702/5 8702/13
8703/12 8703/15 8704/15 8704/20
8707/10 8710/24 8713/8 8713/13
8713/25 8718/13 8719/23 8720/15
mean [20]  8575/16 8577/4 8585/3
8585/7 8588/20 8592/6 8599/22
8603/21 8619/11 8652/13 8657/21
8659/18 8665/21 8665/21 8668/14
8677/7 8690/18 8691/16 8702/1 8712/4
means [2]  8635/10 8655/2
meant [5]  8611/9 8628/18 8628/20
8665/14 8715/20
measure [1]  8628/13
measured [1]  8668/4
mechanical [1]  8569/17
medic [1]  8614/24
meet [1]  8687/12
meeting [50]  8613/20 8617/17 8617/25
8618/10 8618/17 8620/14 8621/21
8622/18 8622/22 8623/23 8624/11
8625/2 8625/6 8643/8 8643/9 8643/10

meeting... [34]  8643/15 8643/19
8643/19 8643/24 8644/7 8644/15
8645/5 8645/9 8645/17 8646/9 8646/17
8646/19 8646/22 8647/3 8647/6
8647/10 8647/24 8648/14 8649/17
8671/10 8671/12 8671/15 8674/20
8674/24 8675/21 8686/12 8686/14
8686/16 8686/17 8686/20 8687/11
8687/12 8696/12 8715/12
meetings [7]  8617/16 8617/24 8618/2
8618/24 8620/11 8620/22 8623/3
member [5]  8594/20 8639/6 8655/17
8655/23 8675/5
members [9]  8586/5 8594/1 8598/16
8598/16 8598/17 8605/18 8619/23
8630/8 8689/1
mentioned [5]  8613/12 8617/8 8626/25
8629/13 8675/10
mentor [4]  8710/7 8710/9 8713/20
8717/16
Meridian [1]  8578/7
message [1]  8707/7
met [1]  8593/23
MEXICO [18]  8564/5 8578/18 8579/25
8582/10 8594/6 8594/11 8609/22
8640/22 8647/20 8650/13 8669/22
8670/23 8671/4 8680/18 8695/12
8712/24 8713/19 8715/4
MICHAEL [2]  8566/9 8568/14
MICHELLE [1]  8566/20
middle [3]  8577/13 8626/8 8689/25
might [2]  8688/3 8710/24
Miglicco [1]  8675/1
MIKE [2]  8568/3 8573/5
miles [2]  8579/3 8580/23
milestone [1]  8602/2
milestones [1]  8603/14
MILLER [1]  8568/6
million [3]  8614/5 8679/22 8684/8
millions [3]  8632/10 8633/22 8633/24
mind [2]  8641/20 8662/10
minds [1]  8621/24
mindset [1]  8713/6
minute [4]  8666/18 8668/25 8704/12
8711/20 8713/22 8717/7
minutes [3]  8650/2 8653/17 8716/12
miss [1]  8603/24
missed [1]  8627/22
missing [1]  8691/20
Mississippi [3]  8578/23 8579/2 8670/22
Mississippi Canyon [1]  8579/2
mitigate [1]  8641/5
mitigation [7]  8638/9 8638/13 8638/14
8638/20 8639/15 8641/4 8683/23
mitigations [1]  8642/18
MMS [2]  8604/5 8626/17
Mobile [1]  8565/4
MOC [2]  8682/18 8685/11
model [19]  8677/16 8677/19 8677/25
8678/1 8678/9 8678/11 8678/13
8678/14 8678/17 8678/24 8679/1
8697/17 8698/24 8699/9 8699/12
8699/16 8700/1 8700/8 8720/10
modeling [4]  8697/9 8699/20 8699/24
8700/23
models [8]  8678/11 8697/16 8722/24
modified [2]  8637/9 8637/16
modify [1]  8643/13
modules [2]  8593/1 8593/3
Monday [1]  8719/18
money [9]  8614/10 8624/25 8631/13

8632/16 8634/2 8634/7 8681/15
8685/24 8708/1
monitored [1]  8579/25
Montgomery [1]  8567/10
month [9]  8613/25 8614/1 8622/19
8622/19 8624/20 8625/10 8629/6
8629/19 8629/23
months [4]  8576/11 8632/9 8635/12
8688/10
moored [1]  8713/1
moot [2]  8573/19 8573/20
more [12]  8620/3 8626/22 8637/16
8642/4 8650/2 8654/1 8654/3 8673/18
8679/18 8700/23 8701/25 8718/9
Morel [21]  8592/11 8592/21 8593/9
8593/12 8644/1 8644/24 8692/19
8698/21 8702/18 8702/23 8703/6
8703/9 8703/15 8703/17 8704/15
8706/13 8710/1 8710/4 8710/10
8710/13 8717/19
Morel's [2]  8713/17 8717/16
moreover [2]  8680/25 8712/13
Morgan [2]  8575/23 8576/13
morning [38]  8564/14 8571/2 8571/14
8571/25 8572/9 8572/18 8573/5
8574/14 8574/15 8650/23 8650/24
8661/11 8662/3 8662/15 8662/20
8686/23 8686/23 8687/12 8687/21
8695/18 8696/13 8697/24 8698/11
8702/4 8702/6 8702/6 8708/15 8708/15
8708/18 8708/19 8708/22 8708/24
8709/11 8711/1 8713/13 8716/8
8719/19 8724/9
most [5]  8607/13 8661/8 8687/17
8690/13 8694/5
mostly [1]  8690/8
Mountain [5]  8578/22 8579/1 8579/6
8579/19 8587/7
move [8]  8589/11 8612/17 8638/20
8650/5 8651/5 8652/4 8680/8 8688/19
moved [2]  8636/12 8715/5
moves [2]  8635/14 8636/21
moving [4]  8657/22 8665/14 8676/10
8724/4
Mr [7]  8596/8 8599/13 8619/3 8664/14
8672/24 8672/24 8695/6
Mr. [260]
Mr. Adams [2]  8661/25 8662/4
Mr. Bodek [3]  8655/17 8656/13 8656/18
Mr. Burns [1]  8600/10
Mr. Cocales [5]  8586/19 8588/4 8588/12
8588/15 8644/25
Mr. Daigle [3]  8585/25 8671/23 8673/10
Mr. Emerson [6]  8670/6 8670/7 8670/9
8670/10 8671/22 8693/16
Mr. Frazelle [1]  8683/9
Mr. Gagliano [4]  8720/16 8721/9
8721/13 8722/12
Mr. Gardner [1]  8573/12
Mr. Garrison [1]  8573/12
Mr. Gray [1]  8693/16
Mr. Guide [10]  8574/2 8574/14 8575/11
8581/16 8625/12 8642/21 8650/5
8667/2 8682/8 8707/16
Mr. Guide's [1]  8573/24
Mr. Hafle [7]  8591/20 8591/24 8592/1
8592/8 8593/12 8644/25 8675/3
Mr. Harrell's [1]  8649/9
Mr. James [1]  8594/17
Mr. Johnson [5]  8600/22 8600/22
8601/2 8603/13 8616/8
Mr. Johnson's [2]  8601/22 8602/16
Mr. Kaluza [18]  8589/20 8589/24 8669/4

8669/16 8670/1 8670/11 8670/17
8671/8 8671/18 8671/21 8672/1
8672/14 8672/19 8672/20 8672/24
8673/9 8673/10
Mr. Kaluza's [2]  8671/23 8672/17
Mr. Lacy [1]  8599/10
Mr. Lambert [3]  8571/17 8590/4 8590/9
Mr. Leary [1]  8599/11
Mr. Lewis [1]  8571/18
Mr. Lindner [1]  8573/12
Mr. Lirette [1]  8571/17
Mr. Little [3]  8599/9 8599/13 8644/25
Mr. McMahan [1]  8573/11
Mr. Morel [19]  8592/11 8592/21 8593/9
8593/12 8644/24 8692/19 8698/21
8702/18 8702/23 8703/6 8703/9
8703/15 8703/17 8704/15 8710/1
8710/4 8710/10 8710/13 8717/19
Mr. Morel's [2]  8713/17 8717/16
Mr. Neil Shaw [1]  8609/21
Mr. Newman [1]  8605/16
Mr. O'Bryan [2]  8594/12 8594/15
Mr. Patton [1]  8573/11
Mr. Rainey [1]  8599/10
Mr. Ronnie [1]  8586/24
Mr. Sabins [1]  8573/16
Mr. Sanders [9]  8693/13 8693/20
8693/21 8694/1 8694/20 8694/25
8695/19 8700/19 8700/25
Mr. Sankar [1]  8693/16
Mr. Sepulvado [5]  8669/4 8669/10
8669/15 8669/17 8670/1
Mr. Shaw [1]  8572/12
Mr. Sims [59]  8588/22 8589/1 8589/3
8589/4 8589/11 8589/15 8589/17
8615/1 8615/4 8615/22 8616/3 8644/25
8657/6 8658/2 8658/17 8658/21
8658/25 8659/7 8659/16 8659/19
8660/6 8660/11 8660/18 8661/23
8662/19 8662/22 8663/5 8663/8
8663/14 8664/1 8664/17 8665/12
8665/15 8665/24 8666/13 8674/25
8677/4 8683/8 8687/1 8687/10 8687/16
8687/25 8688/16 8702/1 8707/1
8707/11 8708/7 8710/15 8710/22
8711/19 8716/7 8716/7 8716/13
8716/21 8718/18 8718/20 8719/4
8719/9 8719/14
Mr. Sims' [6]  8599/15 8615/10 8657/18
8666/6 8718/23 8719/25
Mr. Sprague [6]  8594/2 8594/9 8674/24
8675/16 8675/21 8683/18
Mr. Sprague's [1]  8594/3
Mr. Thierens [3]  8599/10 8600/4
Mr. Thierens' [1]  8600/7
Mr. Thorseth [1]  8599/10
Mr. Vidrine [13]  8587/11 8587/17
8672/16 8672/21 8709/6 8709/8 8709/9
8709/10 8709/14 8709/16 8709/25
8710/12 8713/24
Mr. Vidrine's [2]  8709/23 8709/24
Mr. Walz [33]  8593/15 8593/17 8593/19
8593/21 8683/1 8696/21 8697/7
8697/15 8698/3 8698/7 8700/3 8700/14
8700/17 8700/22 8701/2 8702/2 8702/7
8702/17 8703/11 8703/24 8705/21
8705/25 8706/3 8706/9 8706/19
8707/11 8708/6 8708/12 8712/21
8713/5 8719/15 8719/18 8720/1
Mr. Winslow [1]  8596/8
Mr. Zatarain [3]  8571/18 8572/3 8572/22
Ms. [3]  8666/24 8683/2 8724/1
Ms. Karis [2]  8666/24 8724/1

**M**

Ms. Reiter [1]  8683/2
much [7]  8603/2 8615/12 8630/13
8630/17 8652/23 8660/15 8660/18
mud [7]  8637/25 8644/12 8649/19
8677/10 8677/11 8677/11 8699/22
multiple [5]  8685/1 8715/7 8715/7
8723/8 8723/8
Munger [1]  8568/13
Murry [4]  8586/24 8587/6 8658/12
8660/7
must [1]  8636/3
my [32]  8575/17 8589/16 8601/16
8624/5 8631/25 8633/16 8639/3
8650/17 8650/19 8659/22 8664/25
8665/2 8665/3 8665/4 8665/13 8670/7
8673/4 8675/9 8689/7 8693/21 8701/9
8705/18 8708/21 8712/11 8713/13
8714/2 8714/3 8714/7 8715/15 8716/16
8718/5 8724/16
myself [8]  8584/19 8608/5 8618/18
8644/1 8651/19 8675/2 8693/3 8696/20

**N**

N.1 [2]  8610/10 8675/14
N.1.2 [1]  8642/10
N.3.1 [1]  8610/21
N/A [1]  8723/10
name [5]  8574/5 8590/12 8622/20
8651/20 8675/1
named [1]  8669/20
namely [1]  8693/19
names [1]  8589/8
NATHANIEL [1]  8566/16
Natural [1]  8566/13
necessarily [1]  8701/13
necessary [3]  8633/25 8643/13 8705/4
need [12]  8573/18 8601/12 8631/12
8641/21 8660/17 8674/21 8675/10
8675/11 8682/9 8699/23 8717/13
8722/9
needed [7]  8583/19 8629/25 8669/12
8675/12 8694/12 8700/7 8721/21
needs [3]  8630/19 8635/18 8701/7
Neil [2]  8572/21 8609/21
Neumeyer [1]  8618/18
never [5]  8629/16 8629/18 8695/20
8723/5 8723/5
new [16]  8564/6 8564/24 8565/7
8565/13 8566/7 8567/17 8567/20
8568/7 8569/13 8593/19 8672/11
8698/25 8714/16 8718/2 8718/3 8724/4
Newman [1]  8605/16
next [13]  8574/2 8576/15 8577/21
8622/20 8634/11 8636/12 8656/25
8667/19 8667/22 8667/24 8686/23
8688/20 8702/6
nice [2]  8600/10 8664/25
Nicholas [2]  8676/1 8681/25
night [2]  8573/17 8720/17
night's [1]  8713/9
Nile [1]  8646/16
Ninth [1]  8593/2
no [96]  8571/10 8572/4 8572/12
8572/23 8573/12 8584/5 8586/3 8590/3
8592/7 8593/25 8595/8 8595/13
8602/23 8603/3 8603/9 8606/19
8606/20 8606/23 8609/4 8609/8
8612/11 8612/11 8614/11 8619/7
8619/15 8624/18 8624/23 8625/1
8625/5 8625/9 8626/15 8626/18 8628/9
8630/14 8630/15 8630/18 8632/10

8633/11 8633/16 8633/18 8634/1
8636/6 8636/19 8637/3 8637/11 8637/12
8637/1 8641/11 8645/20 8646/4 8647/9
8647/13 8650/14 8650/17 8651/11
8651/11 8653/6 8655/22 8657/11
8660/20 8660/25 8663/19 8671/21
8671/25 8673/3 8673/7 8673/17
8679/20 8679/20 8680/5 8680/22
8685/19 8686/11 8688/2 8688/4
8688/15 8689/15 8696/4 8696/12
8700/4 8702/14 8703/21 8705/13
8705/13 8707/15 8708/2 8708/5
8708/10 8711/11 8715/20 8715/24
8716/2 8716/23 8723/15 8723/18
8723/21
noncompliance [1]  8626/17
none [2]  8571/22 8573/2
nonetheless [1]  8684/10
NONJURY [1]  8564/14
Norfolk [1]  8568/23
North [2]  8567/12 8638/4
not [95]  8573/16 8573/18 8573/18
8578/4 8578/5 8584/10 8585/6 8589/21
8595/10 8601/3 8602/21 8603/6
8604/25 8606/17 8609/2 8614/9
8616/25 8617/4 8618/13 8618/15
8618/23 8619/8 8619/13 8620/8
8629/24 8630/19 8633/24 8634/23
8639/22 8641/10 8649/22 8649/25
8652/2 8655/2 8656/2 8657/2 8657/24
8660/16 8660/20 8661/1 8668/1 8670/1
8673/18 8677/5 8677/7 8678/11
8684/25 8685/4 8685/25 8686/19
8688/5 8690/19 8694/5 8694/11
8694/19 8694/21 8695/1 8695/5 8696/5
8698/11 8700/15 8701/5 8701/15
8703/1 8703/11 8704/8 8705/3 8705/17
8705/18 8706/5 8706/9 8706/11
8706/20 8707/9 8707/13 8707/17
8708/2 8712/19 8713/11 8713/19
8714/4 8714/24 8715/16 8715/18
8715/20 8716/23 8717/5 8718/3
8720/20 8720/21 8721/11 8722/21
8722/22 8723/10 8723/15
not-too-long [1]  8694/21
noted [1]  8611/13
notes [2]  8603/14 8641/5
nothing [1]  8637/2
now [93]  8582/25 8584/2 8584/8
8584/21 8589/20 8590/18 8590/19
8590/23 8591/3 8593/12 8594/1
8594/19 8595/15 8599/5 8600/2
8600/14 8600/19 8603/13 8606/25
8610/21 8615/7 8616/5 8616/13 8619/3
8619/20 8622/12 8623/17 8625/12
8627/8 8627/21 8628/16 8628/25
8629/7 8631/16 8632/4 8634/21 8635/2
8636/23 8637/4 8637/23 8638/23
8639/10 8639/22 8640/15 8641/17
8643/1 8644/21 8645/1 8645/11 8650/5
8652/17 8653/7 8655/10 8656/19
8657/6 8657/16 8659/3 8663/10 8666/3
8667/2 8668/9 8670/17 8672/1 8672/23
8673/20 8674/16 8675/5 8678/5
8678/17 8678/20 8680/20 8681/24
8682/8 8683/6 8684/1 8684/14 8686/12
8686/25 8690/9 8691/25 8693/4
8695/18 8696/8 8696/16 8705/18
8706/7 8706/22 8708/25 8714/16
8716/24 8719/7 8722/4 8722/16
number [24]  8585/21 8586/1 8599/9
8601/2 8603/7 8603/11 8628/17 8633/2
8661/3 8677/13 8677/17 8682/8

8688/23 8689/13 8689/14 8693/5
8693/21 8695/12 8696/4 8696/07 8696/18
8696/22 8697/5 8707/22 8722/9
number-one [2]  8603/7 8603/11
numbered [1]  8724/18
numbers [6]  8597/12 8677/6 8677/8
8677/8 8677/14 8677/22
numerous [2]  8695/11 8713/8
NW [1]  8568/3

**O**

O'Bryan [3]  8594/12 8594/15 8714/19
O'Keefe [1]  8564/23
O'ROURKE [1]  8566/14
objection [4]  8571/12 8572/8 8572/11
8700/1
objections [9]  8571/10 8571/20 8572/4
8572/6 8572/12 8572/14 8572/24
8573/1 8573/13
objective [5]  8667/19 8667/24 8668/2
8668/5 8668/6
objectives [3]  8621/15 8621/20 8667/16
obligated [1]  8656/6
obligation [1]  8611/22
observation [8]  8607/14 8607/18
8607/23 8608/3 8608/19 8608/24
8609/3 8609/5
observations [1]  8617/3
observe [2]  8608/6 8617/4
obtain [1]  8575/19
obvious [2]  8595/1 8717/5
obviously [1]  8611/8
occasion [2]  8598/18 8671/7
occasionally [1]  8652/2
occasions [1]  8691/2
occur [2]  8616/11 8679/19
occurred [5]  8646/3 8646/6 8650/16
8669/7 8672/25
Oceaneering [1]  8585/19
October [1]  8581/3
off [19]  8575/7 8579/3 8631/8 8631/9
8639/12 8661/11 8661/20 8661/21
8664/25 8682/9 8685/10 8690/13
8691/3 8695/10 8698/10 8698/11
8700/21 8703/14 8704/12
offer [5]  8571/8 8571/10 8572/5 8572/12
8572/24
offered [1]  8571/17
office [12]  8564/20 8566/16 8566/22
8567/13 8568/19 8583/17 8618/19
8621/4 8630/7 8675/3 8675/20 8700/6
Official [3]  8569/12 8724/13 8724/22
offshore [16]  8568/6 8568/10 8568/14
8568/18 8568/22 8577/7 8577/16
8577/20 8578/3 8583/21 8583/22
8583/23 8583/25 8605/12 8607/12
8620/2
offsite [3]  8631/12 8686/14 8687/11
often [2]  8609/18 8613/23
Oh [3]  8599/1 8612/6 8661/8
oil [9]  8564/4 8564/4 8575/25 8577/22
8577/23 8581/20 8598/3 8670/24
8677/11
oil-based [1]  8677/11
OIM [4]  8618/21 8620/2 8623/4 8654/7
okay [132]  8571/20 8573/21 8573/23
8575/1 8576/12 8577/3 8577/7 8577/10
8577/18 8578/6 8578/20 8579/4 8580/3
8580/18 8583/12 8584/6 8584/25
8586/16 8587/8 8587/15 8587/23
8588/4 8588/14 8588/17 8589/1
8589/11 8589/17 8589/20 8589/24
8591/13 8591/19 8593/17 8593/19

## Q

okay... [99] 8593/21 8594/12 8594/24
8595/22 8597/3 8600/2 8601/2 8601/22
8606/17 8607/8 8607/18 8608/3
8608/15 8608/18 8608/23 8611/13
8612/23 8613/8 8616/18 8616/24
8617/20 8618/24 8620/6 8620/13
8621/7 8621/12 8621/20 8624/7
8625/19 8630/23 8633/1 8634/24
8635/9 8636/21 8637/2 8637/8 8639/1
8640/20 8643/10 8643/22 8646/25
8649/9 8649/12 8650/3 8650/12
8650/18 8650/25 8653/13 8653/18
8653/24 8654/3 8654/12 8657/14
8658/2 8658/25 8661/19 8662/8
8662/14 8662/22 8667/8 8667/21
8668/3 8668/17 8668/20 8670/17
8674/21 8675/5 8675/13 8678/8 8681/5
8682/8 8682/12 8682/15 8683/14
8684/23 8685/1 8685/8 8689/4 8692/14
8692/17 8696/24 8697/7 8698/6 8699/5
8700/5 8702/6 8703/23 8704/5 8704/18
8713/21 8713/23 8716/10 8718/23
8719/25 8720/23 8721/23 8722/3
8722/5 8723/2
Olson [1] 8568/13
OMS [8] 8604/24 8605/6 8605/9
8605/25 8606/14 8606/24 8607/2
8634/16
onboard [1] 8672/12
once [18] 8579/2 8584/16 8593/2
8593/2 8595/18 8608/7 8609/19
8613/25 8614/1 8637/16 8638/18
8643/24 8661/17 8664/7 8667/17
8672/1 8694/7 8708/21
one [83] 8571/2 8572/20 8573/7 8575/6
8578/13 8585/6 8585/6 8585/8 8589/20
8592/2 8594/9 8597/23 8598/12 8601/9
8601/14 8601/24 8602/3 8602/9 8603/7
8603/11 8604/17 8605/18 8607/13
8607/19 8607/23 8609/4 8611/7 8613/4
8613/12 8618/2 8618/19 8619/10
8620/17 8630/7 8630/23 8632/6
8632/10 8633/11 8633/18 8634/17
8642/6 8644/18 8646/5 8647/20
8647/23 8648/4 8648/17 8648/23
8649/2 8649/5 8653/4 8654/24 8661/23
8662/6 8665/18 8667/20 8670/14
8670/21 8672/14 8673/3 8673/22
8677/5 8677/9 8677/9 8678/11 8682/10
8685/1 8685/4 8689/16 8693/21
8698/18 8701/7 8702/11 8703/12
8710/18 8712/8 8713/18 8715/10
8716/18 8719/1 8721/16 8721/17
8721/18
one-piece [1] 8698/18
one-week-or-so [1] 8653/4
ones [1] 8698/25
ongoing [8] 8641/19 8648/2 8649/10
8649/14 8651/14 8654/10 8672/3
8697/4
only [8] 8580/23 8609/1 8612/10 8619/4
8656/2 8657/2 8672/18 8701/7
onshore [13] 8577/7 8583/21 8583/23
8583/24 8583/25 8596/6 8596/13
8605/18 8605/19 8605/22 8607/3
8607/12 8612/15
open [8] 8704/23 8704/23 8704/24
8704/25 8705/3 8705/4 8705/10
8705/16
opening [1] 8629/8
operating [2] 8606/6 8634/16

operation [20] 8613/16 8630/11 8630/19
8636/6 8636/8 8637/20 8641/16 8651/4
8651/24 8671/16 8673/2 8696/2
8709/13 8711/21 8712/19 8712/23
8713/7 8714/24 8715/2 8719/20
operational [7] 8623/11 8629/6 8641/17
8642/1 8648/8 8718/13 8722/13
operationally [1] 8627/17
operations [92] 8578/15 8582/8 8583/4
8583/6 8586/19 8588/5 8588/6 8588/17
8588/23 8589/13 8590/14 8590/18
8590/24 8591/3 8591/9 8605/12
8605/19 8606/4 8606/8 8607/2 8607/4
8607/12 8607/12 8613/20 8614/1
8614/5 8615/15 8616/19 8619/17
8623/13 8624/17 8625/8 8628/20
8630/15 8632/16 8633/15 8633/24
8634/3 8639/7 8641/19 8648/2 8648/11
8649/10 8650/6 8651/13 8651/14
8652/25 8654/10 8657/9 8657/19
8657/20 8657/25 8664/8 8667/3
8668/16 8671/14 8671/19 8671/20
8671/24 8672/3 8672/17 8672/25
8673/6 8675/4 8675/5 8679/12 8679/19
8681/18 8684/3 8685/5 8686/9 8694/22
8694/24 8695/11 8696/14 8701/6
8701/8 8708/14 8708/17 8714/4
8714/11 8714/14 8714/18 8714/21
8715/17 8716/1 8718/7 8718/15 8720/5
8721/15 8722/8 8723/17
operations/engineering [1] 8714/18
opinion [5] 8604/2 8659/23 8660/5
8665/19 8715/15
opinions [6] 8632/14 8659/21 8662/18
8665/23 8669/9 8699/13
opportunities [1] 8713/14
opportunity [6] 8586/10 8595/17 8596/4
8648/7 8648/10 8717/14
opposed [4] 8587/20 8667/18 8682/16
8685/3
ops [2] 8622/20 8714/13
OptiCem [9] 8676/16 8678/9 8678/10
8678/24 8697/16 8722/16 8722/19
8722/24 8723/9
option [13] 8575/15 8575/16 8637/14
8676/5 8676/7 8679/9 8680/21 8681/2
8681/6 8683/4 8684/7 8686/5 8701/12
options [4] 8637/5 8637/15 8637/20
8642/2
order [13] 8607/4 8614/5 8615/15
8634/3 8634/6 8648/1 8648/2 8652/20
8653/10 8654/9 8681/5 8698/7 8699/5
organization [3] 8586/13 8714/16
organized [1] 8709/17
original [11] 8649/5 8655/19 8667/23
8674/8 8674/10 8674/16 8676/8 8679/3
8695/8 8695/8 8701/11
originally [2] 8667/12 8668/10
Orleans [9] 8564/6 8564/24 8565/7
8565/13 8566/7 8567/17 8567/20
8568/7 8569/13
other [34] 8573/13 8587/14 8587/14
8588/7 8602/20 8603/4 8603/14
8604/12 8608/12 8612/1 8617/16
8619/1 8622/19 8630/2 8630/24
8644/18 8645/25 8646/5 8664/3 8667/5
8672/1 8688/8 8688/12 8689/24
8692/17 8694/22 8696/9 8698/10
8707/12 8711/16 8712/24 8718/2
8722/24 8723/2
others [10] 8585/20 8595/11 8596/8
8623/21 8642/1 8662/4 8685/21
8688/25 8693/3 8693/17

our [32] 8571/8 8572/3 8573/10 8573/15
8574/1 8582/6 8582/18 8602/10
8602/11 8605/6 8618/10 8619/13
8622/8 8622/10 8623/13 8624/9
8632/18 8651/19 8660/3 8662/11
8665/4 8670/21 8673/19 8694/6 8694/6
8698/9 8699/24 8711/22 8713/18
8715/11 8718/8 8722/10
out [78] 8571/8 8591/9 8591/15 8601/13
8609/12 8609/14 8611/1 8612/23
8614/13 8617/5 8617/12 8617/12
8620/6 8620/13 8626/7 8626/7 8631/7
8648/17 8650/20 8651/5 8651/13
8653/8 8653/9 8654/10 8657/13
8657/14 8658/3 8658/11 8660/10
8661/20 8663/1 8663/3 8663/11 8664/7
8665/1 8665/9 8666/11 8669/3 8669/4
8669/24 8670/1 8670/2 8670/10
8670/17 8672/24 8675/11 8675/11
8677/4 8682/2 8684/10 8691/4 8691/19
8692/10 8693/10 8694/7 8694/13
8694/13 8695/20 8695/24 8695/25
8696/25 8697/23 8697/24 8700/20
8702/19 8703/24 8704/5 8704/8
8709/10 8710/13 8711/24 8711/25
8712/1 8712/4 8712/4 8713/22 8718/10
8719/9
out/tagged [1] 8617/12
outputs [3] 8677/5 8677/7 8699/17
outs [1] 8572/2
outside [1] 8713/14
outstanding [3] 8600/5 8600/8 8600/15
over [20] 8581/23 8583/6 8621/21
8629/19 8638/24 8655/25 8657/24
8659/24 8662/15 8662/19 8663/5
8664/14 8681/15 8696/7 8699/4
8711/19 8712/22 8715/5 8716/24
8717/14
overall [6] 8588/1 8620/7 8628/14
8679/23 8679/25 8717/19
overlap [2] 8672/9 8672/9
oversee [1] 8671/19
overstepped [1] 8701/9
overview [2] 8644/19 8668/15
own [3] 8612/24 8612/24 8695/3

## P

pack [1] 8614/24
page [4] 8570/2 8610/22 8632/5
8700/14
paid [2] 8633/6 8723/5
Paleo [1] 8599/18
Paleocene [1] 8599/20
Palmintier [1] 8565/21
pants [1] 8709/22
pants.' [1] 8711/22
paper [1] 8624/7
paragraph [2] 8696/25 8697/1
paranoia [1] 8712/18
part [52] 8579/25 8585/10 8590/10
8595/3 8600/3 8602/25 8606/10
8619/13 8622/22 8623/14 8624/11
8624/14 8624/19 8625/2 8625/6
8625/12 8625/16 8625/20 8627/9
8627/19 8627/24 8628/22 8629/22
8630/10 8633/1 8637/18 8638/19
8639/1 8639/16 8640/6 8640/12
8641/25 8642/19 8645/8 8647/17
8647/19 8648/13 8648/18 8651/23
8652/8 8652/11 8654/19 8656/7 8673/5
8679/19 8679/23 8692/13 8704/9
8708/17 8716/17 8722/20 8723/17
participate [5] 8643/18 8646/8 8649/12

P

participate... [2] 8657/6 8708/14
participated [7] 8609/15 8623/14
 8624/15 8644/7 8644/14 8644/15
 8675/2
participating [1] 8621/7
participation [1] 8626/19
particular [8] 8586/5 8637/25 8639/3
 8652/16 8673/3 8677/13 8691/11
 8704/20
parties [2] 8572/4 8572/23
party [9] 8584/18 8611/24 8612/1
 8612/16 8626/18 8632/21 8637/23
 8643/9 8649/19
pass [7] 8578/15 8578/19 8593/2
 8593/3 8601/16 8609/12 8610/8
passed [1] 8650/19
passion [2] 8602/10 8602/22
past [7] 8576/3 8656/1 8676/7 8680/9
 8694/6 8711/5 8711/19
Pat [1] 8714/19
path [2] 8684/12 8685/23
Patton [1] 8573/11
PAUL [5] 8565/6 8616/7 8618/18
 8620/19 8644/1
pay [10] 8631/10 8632/25 8633/12
 8633/16 8634/8 8689/20 8689/24
 8689/25 8689/25 8723/8
paying [6] 8614/4 8629/19 8630/12
 8630/13 8630/19 8633/10
payroll [7] 8629/16 8631/8 8631/9
PC [3] 8565/9 8569/2 8569/8
PDQ [5] 8670/7 8670/18 8670/19
 8670/20 8670/20
peaceful [1] 8664/25
peer [2] 8638/2 8639/12
peer-reviewed [2] 8638/2 8639/12
peers [1] 8693/21
Pennsylvania [2] 8568/3 8575/5
people [28] 8585/7 8608/6 8609/25
 8617/4 8627/2 8628/9 8630/9 8630/10
 8631/10 8637/24 8637/25 8637/25
 8638/3 8639/13 8644/2 8644/14
 8654/11 8654/21 8675/11 8681/10
 8681/11 8681/12 8681/17 8682/19
 8682/24 8699/13 8711/25 8713/4
per [5] 8626/22 8629/6 8630/13 8677/14
 8697/12
percent [6] 8612/25 8613/2 8613/7
 8626/20 8628/9 8661/11
Perfect [1] 8724/3
perfectly [1] 8627/2
perform [1] 8654/8
performance [42] 8594/16 8599/12
 8599/21 8599/25 8600/5 8600/8
 8600/16 8600/16 8603/14 8604/6
 8607/5 8609/21 8611/7 8612/8 8612/14
 8612/15 8622/2 8622/5 8622/18
 8625/14 8625/20 8626/1
 8626/3 8626/4 8626/11 8627/9 8628/1
 8628/5 8628/11 8628/13 8628/14
 8628/22 8628/23 8629/3 8629/11
 8631/1 8631/14 8632/2 8671/13 8688/9
 8688/13
performed [1] 8626/22
performing [3] 8608/7 8608/9 8633/24
period [4] 8581/11 8614/24 8621/21
 8704/24
person [5] 8583/18 8585/6 8600/25
 8655/1 8656/15
person's [1] 8625/20
personal [7] 8609/2 8609/7 8612/10

personal... [3] 8612/17 8621/9 8669/9
personnel [5] 8596/1 8596/13 8611/14
 8611/24 8612/7
perspective [1] 8714/15
pertain [2] 8661/19 8661/20
pertained [1] 8662/8
PETITION [1] 8564/8
petroleum [5] 8575/15 8575/16 8575/18
 8577/14 8673/17
phase [3] 8638/21 8639/8 8639/10
phone [7] 8657/6 8658/7 8675/2
 8698/14 8705/22 8705/23 8707/7
photo [5] 8692/18 8698/21 8703/2
 8703/6 8703/10
physically [1] 8652/17
pick [1] 8637/17
picture [1] 8677/12
pictures [1] 8614/21
piece [15] 8609/4 8619/16 8624/5
 8624/7 8636/16 8636/18 8636/19
 8636/20 8636/25 8637/12 8639/5
 8644/18 8698/18 8702/11 8713/4
pieces [7] 8585/5 8585/5 8681/1
 8681/11 8684/14 8704/11 8721/16
pipe [8] 8642/7 8651/23 8652/4 8652/7
 8652/8 8652/16 8652/21 8661/11
Pittsburgh [3] 8575/5 8577/23 8650/22
place [20] 8595/3 8598/20 8613/19
 8613/24 8616/14 8616/15 8624/11
 8641/4 8642/18 8650/6 8686/13
 8689/10 8690/19 8692/8 8696/4
 8697/18 8715/5 8718/17 8720/6 8724/2
places [2] 8634/8 8706/17
Plaintiffs [11] 8564/18 8564/22 8565/2
 8565/5 8565/8 8565/12 8565/15
 8565/18 8565/21 8566/2 8566/5
plan [54] 8583/5 8583/7 8583/8 8583/9
 8584/13 8584/20 8610/13 8613/5
 8616/22 8616/23 8616/24 8620/8
 8626/21 8626/23 8626/24 8634/14
 8635/13 8635/15 8635/16 8638/5
 8639/11 8639/12 8641/4 8642/19
 8643/1 8643/6 8643/7 8643/11 8645/16
 8649/5 8649/10 8649/11 8649/14
 8649/23 8651/5 8651/22 8656/5
 8663/21 8667/23 8674/8 8674/8
 8674/11 8674/16 8674/17 8681/2
 8684/14 8701/11 8711/17 8713/21
 8713/22 8713/23 8717/5 8718/9 8720/5
planned [4] 8591/6 8697/10 8697/14
 8697/17
planning [3] 8634/21 8639/23 8642/22
 8642/22 8642/24 8643/19 8701/7
 8701/12 8701/15 8701/16 8701/17
 8708/13
plans [9] 8577/4 8580/9 8626/22
 8638/20 8646/20 8656/17 8668/11
 8684/10 8715/7
platform [12] 8576/6 8579/9 8579/11
 8579/12 8579/13 8579/15 8580/1
 8670/8 8670/23 8671/1 8712/25 8713/1
platforms [1] 8578/18
play [4] 8573/8 8573/11 8573/16
 8573/18
played [1] 8573/9
PLC [3] 8567/20 8567/23 8568/4
please [37] 8574/5 8581/14 8582/23
 8585/14 8586/6 8597/4 8599/5 8600/20
 8601/16 8610/11 8614/12 8617/22
 8623/8 8626/8 8628/25 8631/19 8640/4
 8656/4 8659/4 8659/14 8663/10

8663/21 8666/4 8666/23 8675/14
 8677/18 8678/20 8679/6 8688/25
 8697/2 8698/23 8700/12 8701/24
 8707/9 8716/5 8720/13
pleasure [1] 8694/17
plenty [1] 8710/17
plug [6] 8663/25 8666/12 8708/25
 8711/3 8713/11 8713/12
plus [5] 8576/3 8595/2 8604/3 8673/16
 8690/2
pocket [1] 8617/9
point [15] 8579/16 8591/2 8601/14
 8603/24 8612/23 8649/1 8656/21
 8656/23 8661/23 8662/5 8663/8
 8665/16 8710/23 8716/18 8721/17
pointed [1] 8677/4
pointers [2] 8694/18 8700/20
points [4] 8667/17 8667/18 8667/21
 8667/22
policies [1] 8657/3
pore [7] 8641/12 8641/13 8654/20
 8654/22 8654/25 8655/1 8656/16
portfolio [1] 8713/4
portion [2] 8573/10 8583/4
position [12] 8574/10 8574/24 8576/10
 8579/18 8581/6 8582/12 8583/3
 8583/23 8623/3 8657/18 8657/23
 8717/12
position-wise [1] 8623/3
positions [2] 8576/21 8578/13
positive [5] 8610/24 8611/1 8611/4
 8627/20 8716/25
positives [1] 8622/8
possibility [1] 8680/23
possible [2] 8585/6 8704/24
possibly [3] 8668/1 8674/15 8692/25
post [6] 8564/20 8566/16 8566/22
 8567/13 8568/19 8720/15
potential [5] 8626/16 8640/25 8643/13
 8722/19 8723/3
pound [1] 8677/14
pounds [1] 8697/12
PowerPoint [4] 8674/25 8675/16
 8675/17 8678/23
Poydras [5] 8565/6 8567/19 8568/7
 8569/12
ppg [1] 8698/25
practice [5] 8656/7 8656/22 8705/1
 8716/11 8718/17
practices [12] 8606/6 8606/8 8606/9
 8606/12 8606/13 8606/15 8606/16
 8634/18 8642/23 8642/24 8657/3
 8718/9
praise [1] 8622/7
pre [3] 8643/19 8644/15 8645/17
pre-spud [3] 8643/19 8644/15 8645/17
predecessor [1] 8599/15
predetermined [1] 8656/20
predicting [6] 8676/21 8677/6 8677/8
 8677/19 8715/22 8719/8
prediction [1] 8654/21
preexisting [1] 8644/3
preliminary [1] 8571/4
prepared [3] 8681/22 8682/5 8684/11
preparing [1] 8655/7
present [3] 8622/12 8646/20 8685/15
presentation [6] 8622/22 8674/25
 8675/16 8675/17 8675/19 8678/23
presented [5] 8643/23 8644/16 8645/4
 8645/5 8645/16
preset [1] 8684/24
president [1] 8714/19
pressure [10] 8624/21 8641/12 8641/13

**P**

pressure... [7] 8654/21 8654/22 8654/25 8655/1 8656/16 8661/21 8676/22
pressure/fracture [2] 8641/12 8641/13
pretty [1] 8716/10
preventer [1] 8691/9
previous [2] 8656/1 8669/24
previously [5] 8669/14 8686/6 8692/22 8722/25 8723/2
pride [3] 8624/3 8709/17 8712/6
primary [7] 8584/2 8667/16 8667/20 8667/24 8676/5 8676/6 8679/8
principal [2] 8578/14 8578/16
prior [21] 8589/24 8591/24 8593/21 8593/24 8595/22 8614/18 8626/6 8661/15 8664/3 8671/6 8680/13 8689/5 8690/9 8693/4 8698/13 8700/14 8701/22 8702/3 8712/22 8714/12 8715/14
priority [4] 8594/23 8594/25 8603/8 8603/11
probably [2] 8613/25 8618/1
problem [7] 8652/6 8690/13 8690/15 8690/17 8700/25 8702/14 8707/9
problems [8] 8641/1 8690/12 8692/2 8692/22 8693/6 8696/10 8705/12 8706/11
procedures [2] 8606/16 8673/12
proceed [3] 8574/9 8650/1 8658/14
proceeding [1] 8637/3
proceedings [3] 8569/17 8724/9 8724/17
process [37] 8583/4 8584/9 8584/10 8584/16 8584/21 8585/1 8588/10 8588/11 8595/3 8606/2 8606/2 8606/10 8609/2 8609/7 8619/10 8619/12 8619/12 8627/6 8634/19 8634/24 8634/25 8635/6 8635/7 8635/10 8635/11 8635/14 8636/10 8636/22 8639/17 8640/7 8640/13 8642/1 8642/22 8643/2 8651/17 8652/11 8657/24
processes [2] 8595/3 8606/16
production [27] 8564/10 8567/19 8567/19 8567/22 8567/22 8568/3 8568/3 8576/6 8576/17 8578/16 8578/17 8582/4 8642/12 8670/23 8673/23 8674/2 8674/6 8674/9 8674/12 8674/23 8678/18 8680/14 8682/5 8682/10 8692/11 8720/15 8721/10
professional [1] 8665/16
program [26] 8587/21 8589/9 8590/11 8590/12 8592/18 8592/22 8592/24 8592/25 8593/5 8593/10 8608/1 8610/22 8613/11 8617/1 8617/2 8617/16 8634/15 8641/5 8643/14 8644/23 8645/4 8676/17 8677/5 8677/9 8689/8 8718/7
programs [7] 8606/1 8607/4 8607/10 8616/13 8616/15 8676/18 8689/6
progress [1] 8721/12
progressed [2] 8626/15 8627/5
project [17] 8579/1 8580/8 8580/12 8580/13 8580/15 8580/16 8580/19 8587/20 8591/22 8592/12 8593/9 8595/12 8630/21 8634/11 8636/23 8637/9 8637/13
promise [1] 8604/24
promoted [1] 8657/22
prompt [4] 8616/22 8617/8 8617/13 8617/15
Prompt card [1] 8616/22

properly [1] 8613/5
proposed [1] 8644/5
Prospect [1] 8644/23
proud [4] 8602/4 8602/5 8602/6 8612/8
provide [2] 8584/12 8656/5
provided [1] 8580/10
provides [1] 8684/2
PSC [1] 8572/19
PSCM [1] 8633/1
psi [2] 8722/8 8722/9
pull [11] 8581/13 8597/4 8599/5 8619/20 8626/7 8640/9 8655/11 8691/4 8691/13 8694/12 8695/25
pulled [1] 8691/19
Pulse [12] 8607/19 8609/9 8609/10 8609/18 8609/20 8609/24 8610/6 8610/13 8610/14 8610/24 8611/5 8612/20
Puma [1] 8592/4
pump [4] 8721/16 8721/17 8721/23 8721/25
pumped [1] 8676/22 8697/18
purchased [1] 8578/24
purely [1] 8718/13
purpose [2] 8623/10 8649/16
pushing [1] 8603/1
put [32] 8579/12 8584/13 8585/13 8586/6 8609/12 8616/14 8617/9 8620/19 8620/20 8622/21 8635/20 8638/6 8638/9 8642/18 8643/1 8643/6 8651/18 8651/21 8654/20 8676/22 8678/24 8681/16 8685/10 8694/22 8695/1 8704/17 8704/18 8707/7 8709/19 8709/21 8711/2 8714/14
putting [2] 8624/21 8713/12

**Q**

qualified [2] 8673/18 8673/19
quality [1] 8711/10
quarters [1] 8599/25
quartile [3] 8599/21 8600/1 8628/11
quest [1] 8602/11
question [5] 8605/16 8641/18 8673/4 8705/18 8718/5
questionable [1] 8700/16
questionnaire [1] 8611/2
questions [3] 8605/1 8609/11 8722/13
quickly [5] 8599/8 8612/17 8619/22 8716/10 8719/17
quiet [1] 8663/24
Quip [1] 8585/20
quite [1] 8604/2
quote [4] 8630/4 8641/21 8708/4 8711/22
quote/unquote [3] 8630/4 8641/21 8708/4
quotes [1] 8672/25

**R**

RACHEL [2] 8566/15 8568/10
Rainey [1] 8599/10
raise [4] 8614/8 8624/21 8624/24 8723/19
raised [3] 8620/14 8692/24 8718/21
ran [8] 8583/7 8590/12 8678/11 8691/2 8694/11 8699/12 8711/9 8711/11
rate [4] 8614/4 8614/4 8632/24 8633/10
rates [4] 8614/10 8632/21 8633/3 8633/6
rather [1] 8618/13 8667/21
rating [4] 8628/5 8628/7 8628/10 8688/9
RE [2] 8564/4 8564/7
reach [5] 8700/5 8700/9 8703/24

8709/10 8710/13
reaching [2] 8602/2 8603/19
reaction [2] 8653/18 8687/15
read [8] 8597/13 8617/11 8626/10 8626/13 8627/15 8650/23 8682/1 8698/5
readings [3] 8677/15 8677/18 8677/21
ready [3] 8617/14 8701/18 8715/10
real [5] 8653/15 8654/22 8654/23 8654/25 8656/15
real-time [5] 8653/15 8654/22 8654/23 8654/25 8656/15
really [20] 8583/19 8583/19 8588/7 8608/15 8610/2 8611/19 8617/10 8620/17 8621/23 8627/17 8636/16 8636/18 8639/7 8667/18 8675/20 8677/6 8710/23 8710/24 8717/25 8721/15
reason [6] 8673/18 8677/16 8686/6 8691/3
reasons [2] 8652/15 8662/6
recall [11] 8620/13 8621/7 8628/5 8646/22 8648/13 8651/9 8665/6 8669/7 8673/24 8675/19 8708/19
receive [5] 8604/5 8655/15 8659/6 8702/17 8720/9
received [8] 8572/12 8572/23 8601/6 8611/1 8687/15 8692/19 8693/5 8720/16
receiving [2] 8702/2 8719/4
recess [2] 8666/21 8724/7
recognition [1] 8599/2
recognize [1] 8682/4
recognized [1] 8604/13
recognizing [2] 8626/10 8639/22
recollection [1] 8635/21
recommend [2] 8587/18 8614/25
recommendation [3] 8658/15 8707/2 8707/17
recommendations [1] 8648/11
recommended [1] 8587/22
recommending [1] 8616/6
reconciling [2] 8664/4 8665/4
record [6] 8574/6 8575/7 8598/2 8600/16 8600/17 8724/17
recordable [4] 8601/9 8601/24 8602/3 8602/12
recordables [1] 8626/18
recorded [2] 8569/17 8601/13
redrilled [1] 8666/8
reduce [1] 8698/25
reduced [2] 8629/5 8632/22
Reducing [1] 8633/20
reduction [1] 8632/24
reference [15] 8626/23 8628/16 8629/10 8639/14 8660/7 8676/4 8679/10 8680/1 8681/14 8700/24 8704/13 8708/24 8714/10 8717/11 8722/18
referenced [7] 8606/7 8609/9 8619/24 8631/1 8634/15 8673/20 8676/15
referencing [9] 8629/17 8666/10 8701/17 8701/19 8706/10 8707/23 8711/23 8712/15 8714/20
referred [1] 8635/9
referring [7] 8629/22 8633/19 8655/21 8712/20 8715/1 8716/13 8717/8
reflect [3] 8586/12 8612/20 8616/2
reflected [1] 8632/15
refresh [1] 8635/20
REGAN [2] 8567/23 8571/14
regarding [12] 8656/1 8675/6 8688/22 8689/13 8693/5 8694/2 8696/17

R

regarding... [5] 8696/18 8696/22 8697/4
8707/2 8717/19
regardless [2] 8664/24 8698/11
regimented [1] 8592/25
register [9] 8637/9 8638/8 8639/14
8639/16 8639/20 8639/24 8640/2
8640/6 8640/16
regular [6] 8593/4 8593/6 8598/18
8703/18 8708/17 8710/8
regularly [1] 8617/24
rehash [1] 8723/24
Reiter [1] 8683/2
relate [1] 8712/3
related [5] 8576/21 8619/16 8685/2
8685/4 8718/12
relating [3] 8632/14 8657/7 8674/1
relationship [9] 8583/14 8588/1 8588/2
8588/14 8589/15 8598/16 8616/2
8665/16 8688/7
relatively [1] 8593/19
relocate [2] 8706/14 8706/15
rely [3] 8585/9 8677/21 8707/16
remain [9] 8576/10 8576/12 8577/18
8578/9 8579/18 8581/6 8655/3 8672/16
8716/25
remainder [2] 8656/2 8656/14
remained [3] 8575/24 8591/10 8657/12
remaining [5] 8571/20 8572/6 8572/14
8573/10 8573/15
remains [1] 8591/14
remember [3] 8630/13 8716/25
remind [2] 8675/22 8717/13
rent [1] 8629/14
rental [2] 8631/5 8633/20
rentals [2] 8629/5 8629/10
reorganization [2] 8714/12 8714/13
repeat [3] 8700/15 8700/18 8701/3
replace [4] 8669/5 8669/17 8706/14
8706/14
replicate [1] 8699/22
report [9] 8610/13 8612/21 8625/25
8650/23 8650/24 8720/10 8720/16
8721/3 8722/20
reported [14] 8583/12 8586/17 8586/20
8588/2 8588/6 8588/22 8593/12
8594/12 8594/15 8601/13 8602/16
8607/6 8614/23 8714/15
Reporter [3] 8569/12 8724/13 8724/22
reports [4] 8610/24 8625/22 8714/16
8723/2
reposition [1] 8706/16
represent [1] 8687/6
representative [1] 8588/9
reps [1] 8618/19
request [1] 8602/17
require [1] 8668/20
required [2] 8684/6 8700/2
requirement [2] 8669/11 8711/8
requirements [1] 8669/23
requires [1] 8637/18
reran [1] 8678/3
rerun [1] 8678/5
reservoir [2] 8577/25 8676/23
resolve [1] 8652/20
resolved [3] 8573/14 8657/10 8663/6
Resources [1] 8566/13
respect [6] 8582/7 8583/15 8612/14
8626/11 8696/10 8718/6
respond [9] 8615/18 8659/12 8660/11
8664/17 8687/23 8695/18 8706/1
8716/3 8718/23

responded [1] 8665/12
responding [1] 8642/6
response [9] 8592/7 8615/10 8660/15
8660/18 8664/21 8664/23 8665/6
8716/7 8719/25
responses [1] 8655/19
responsibilities [6] 8579/5 8583/1
8583/15 8594/4 8625/12 8712/8
responsibility [3] 8580/11 8584/3 8712/7
responsible [1] 8674/5
responsiveness [1] 8612/25
rest [1] 8605/22
result [8] 8611/23 8614/25 8633/5
8652/25 8653/5 8656/12 8657/3
8673/20
results [10] 8610/6 8610/8 8611/4
8612/13 8612/20 8613/6 8613/8 8613/9
8678/4 8723/17
resume [1] 8571/3
resumed [1] 8664/8
retrieve [1] 8691/12
returned [1] 8665/24
revealed [1] 8681/7
revert [1] 8684/23
review [6] 8610/5 8639/24 8648/7
8676/25 8682/19 8720/19
reviewed [6] 8638/2 8639/11 8639/12
8678/9 8682/24 8722/24
reviewer [3] 8682/16 8682/22 8683/14
reviewers [3] 8682/12 8682/23 8683/1
revised [1] 8721/9
revisions [1] 8656/17
RICHARD [1] 8568/18
rid [1] 8629/15
ride [3] 8647/22 8647/22 8647/23
rig [101] 8564/4 8574/22 8579/8
8579/11 8579/12 8579/13 8580/1
8588/8 8590/6 8591/1 8591/14 8598/20
8604/8 8604/9 8604/16 8604/16
8605/12 8607/2 8608/6 8609/13
8609/16 8611/9 8612/7 8613/16
8613/19 8614/4 8614/4 8614/9 8616/19
8617/6 8618/20 8620/1 8620/5 8620/7
8621/4 8629/13 8629/18 8629/24
8630/7 8631/4 8631/6 8632/2 8632/18
8633/12 8634/4 8634/7 8634/8 8634/11
8644/1 8644/12 8644/13 8644/19
8645/14 8645/14 8647/25 8648/10
8648/24 8654/22 8655/3 8655/7
8656/15 8658/7 8658/12 8658/15
8658/18 8659/20 8660/3 8661/17
8669/4 8670/1 8670/8 8671/1 8671/2
8671/4 8672/1 8672/8 8672/10 8672/16
8679/20 8681/1 8681/6 8681/18
8690/16 8690/16 8690/17 8693/22
8694/19 8697/23 8698/13 8701/6
8701/14 8702/19 8703/18 8706/13
8710/1 8712/2 8715/5 8715/13 8718/11
8719/9 8719/12
right [65] 8571/3 8571/12 8573/1 8574/1
8575/21 8576/2 8576/15 8580/7
8581/13 8582/7 8585/12 8585/18
8586/4 8586/22 8588/22 8588/24
8588/25 8594/19 8597/14 8599/15
8604/22 8608/11 8608/16 8608/20
8609/1 8610/20 8612/7 8615/20
8619/25 8622/15 8633/13 8635/22
8635/23 8636/7 8638/2 8638/15
8638/17 8640/24 8641/8 8647/1
8647/21 8663/17 8665/8 8666/24
8674/1 8678/13 8683/16 8683/19
8684/5 8688/19 8695/21 8701/21
8701/23 8705/7 8707/22 8711/15

8712/15 8712/16 8712/17 8717/1
8717/3 8712/19 8719/6 8720/8 8721/21
right-hand [1] 8585/18
rights [1] 8682/17
rigorous [2] 8606/23 8616/17
rigs [5] 8583/25 8604/12 8604/13
8604/20 8629/14
rings [4] 8694/8 8698/19 8703/1 8703/7
rise [4] 8571/1 8666/20 8666/22 8724/6
risk [26] 8637/9 8637/9 8637/13
8637/18 8638/8 8639/14 8639/15
8639/16 8639/20 8639/24 8640/2
8640/6 8640/16 8640/18 8640/20
8641/1 8641/11 8641/13 8641/14
8641/18 8641/22 8642/11 8642/11
8642/16 8683/23 8708/8
risks [13] 8637/15 8637/19 8638/7
8638/8 8638/9 8638/11 8638/20
8641/10 8641/20 8641/24 8642/15
8642/19 8643/7
RMR [4] 8569/12 8724/13 8724/21
8724/21
ROBERT [2] 8565/3 8568/3
ROBERTS [1] 8568/10
role [5] 8580/11 8584/9 8588/5 8589/12
8659/25
Ronnie [5] 8586/24 8587/6 8658/12
8660/7 8669/22
room [4] 8569/12 8613/17 8644/2
8687/12
Rouge [2] 8565/23 8567/13
roustabout [2] 8614/23 8614/23
route [1] 8681/19
ROV [1] 8644/13
row [1] 8603/25
Roy [2] 8564/18 8564/19
RSTC [2] 8620/3 8620/4
rule [2] 8689/13 8705/2
run [36] 8678/17 8679/16 8679/16
8680/17 8681/4 8681/6 8681/9 8681/9
8682/5 8682/10 8682/23 8684/11
8684/25 8685/3 8685/4 8686/2 8688/23
8692/15 8694/19 8695/9 8701/11
8701/13 8703/20 8706/11 8706/23
8707/17 8707/22 8708/6 8711/4 8711/6
8711/14 8712/14 8715/2 8717/9
8722/16 8722/19
running [8] 8680/13 8680/23 8690/14
8697/16 8699/19 8702/14 8706/20
8707/13
runs [2] 8698/24 8723/9
rush [1] 8634/11
Rusnak [1] 8566/2

S

s/Jodi [1] 8724/21
Sabins [1] 8573/16
sacrifice [3] 8634/6 8634/10 8647/8
sacrificing [2] 8625/3 8633/15
safe [5] 8604/8 8604/9 8604/16 8608/13
8616/19
safely [1] 8682/9
safer [1] 8685/23
safety [115] 8594/22 8594/24 8595/2
8595/4 8595/10 8596/15 8600/16
8602/11 8602/22 8603/7 8603/11
8603/14 8605/3 8605/6 8605/10
8605/16 8605/21 8605/24 8606/21
8606/23 8607/1 8607/2 8607/5 8607/10
8607/11 8607/14 8607/18 8607/20
8607/23 8608/3 8608/23 8609/2 8609/2
8609/4 8609/4 8609/5 8609/7 8609/7
8609/9 8609/10 8609/18 8609/20

S

safety... [73] 8609/24 8610/6 8610/13
8610/14 8610/24 8611/5 8611/7 8612/8
8612/10 8612/20 8612/25 8613/12
8613/13 8613/15 8613/18 8613/23
8614/6 8614/9 8614/15 8614/15 8615/1
8615/4 8615/11 8615/16 8616/6 8616/8
8616/14 8616/16 8616/17 8617/3
8617/18 8617/25 8618/19 8618/22
8619/5 8619/9 8619/10 8619/10
8619/12 8619/13 8620/5 8621/5 8622/1
8622/5 8623/12 8624/1 8625/3 8625/13
8625/16 8625/20 8625/23 8626/1
8626/3 8626/16 8626/24 8627/4
8626/20 8626/23 8626/24 8627/4
8627/6 8627/18 8627/20 8628/13
8632/16 8633/15 8634/6 8634/10
8647/8 8671/13 8686/9 8715/25 8719/8
safety-wise [1] 8627/18
said [40] 8577/3 8579/4 8582/14
8583/12 8589/6 8596/20 8619/4 8624/7
8627/13 8627/18 8631/8 8651/12
8655/14 8661/10 8662/6 8664/24
8665/13 8670/18 8674/21 8678/2
8686/12 8699/12 8703/6 8703/19
8703/21 8703/23 8704/8 8706/3 8706/5
8706/23 8707/8 8711/1 8711/10
8711/12 8712/5 8713/19 8716/25
8717/25 8717/25 8719/25
sake [1] 8662/17
same [12] 8580/4 8582/11 8600/3
8646/23 8647/2 8681/12 8681/13
8702/15 8713/7 8715/13 8717/13
8717/14
San [1] 8566/11
sand [1] 8697/12
Sanders [10] 8693/13 8693/20 8693/21
8694/1 8694/20 8694/25 8695/6
8695/19 8700/19 8700/25
Sankar [1] 8693/16
satisfaction [1] 8673/14
satisfied [2] 8673/8 8720/4
satisfy [1] 8711/7
Saturday [1] 8716/8
save [8] 8630/17 8631/13 8633/22
8633/23 8634/2 8634/3 8634/6 8708/4
saved [3] 8632/9 8681/15 8685/18
saving [3] 8624/25 8632/15 8633/23
saw [13] 8602/9 8608/12 8611/20
8613/9 8629/18 8629/20 8630/9
8631/16 8677/6 8677/8 8677/15 8702/3
8723/5
say [37] 8580/3 8602/2 8602/8 8606/20
8607/9 8608/14 8608/14 8608/18
8615/18 8618/9 8618/12 8619/12
8620/1 8632/7 8632/13 8633/9 8633/17
8637/2 8657/20 8660/21 8661/9
8662/14 8665/3 8667/21 8684/6
8688/14 8695/18 8695/19 8697/21
8699/8 8701/5 8702/7 8705/17 8711/19
8713/8 8716/24 8720/10
saying [13] 8602/9 8611/1 8627/20
8663/23 8677/16 8694/16 8697/16
8700/17 8714/3 8714/24 8716/11
8721/9 8722/5
says [43] 8599/17 8600/5 8601/16
8602/7 8611/13 8612/7 8613/4 8614/21
8614/21 8615/11 8622/1 8622/8
8623/10 8637/8 8638/7 8655/19 8656/4
8660/15 8660/21 8661/10 8661/13
8662/2 8663/17 8666/7 8676/12
8676/12 8679/5 8679/7 8684/1 8684/14

8687/11 8694/5 8697/7 8698/24
8699/9 8700/6 8700/16 8700/23
8701/24 8717/5 8717/12 8718/6 8721/9
Schlumberger [2] 8711/9 8711/13
school [1] 8669/11
schools [1] 8575/14
Science [1] 8576/14
SCOTT [1] 8566/14
screwed [1] 8692/12
Sea [1] 8638/4
seal [1] 8680/6
sealed [2] 8680/6 8680/10
seat [2] 8709/22 8711/22
seated [1] 8666/23
second [8] 8572/21 8575/6 8586/23
8604/17 8604/17 8626/18 8720/3
8721/17
secondary [2] 8667/16 8668/2
section [19] 8564/5 8566/13 8567/3
8643/12 8643/12 8644/5 8644/5 8656/2
8667/10 8667/25 8683/21 8683/23
8689/19 8689/19 8691/6 8696/7
8704/22 8722/19 8723/3
sections [1] 8648/18
see [23] 8597/20 8611/8 8617/7
8617/13 8629/20 8632/21 8636/7
8638/1 8654/12 8679/23 8682/24
8683/6 8684/16 8687/20 8690/3
8693/11 8697/2 8697/25 8699/19
8702/12 8709/12 8721/22 8723/16
seeing [2] 8717/6 8721/6
seek [1] 8633/2
seem [1] 8710/24
seemed [1] 8709/21
seen [2] 8613/8 8710/17
select [5] 8635/19 8636/21 8636/23
8637/4 8637/6
selected [1] 8685/24
selecting [2] 8642/2 8681/14
semi [3] 8579/9 8671/10 8690/21
semi-annual [1] 8671/10
semisubmersible [3] 8579/11 8690/17
8694/21
semisubmersibles [2] 8695/6 8695/13
send [5] 8658/25 8660/16 8660/18
8665/24 8670/10
sending [5] 8631/12 8670/1 8693/24
8694/1 8719/14
sends [1] 8697/7
senior [6] 8586/19 8588/5 8588/6
8591/21 8618/21 8623/4
sense [4] 8580/23 8705/10 8705/13
8713/9
sent [22] 8572/22 8601/2 8619/23
8631/21 8663/14 8664/2 8664/21
8669/22 8670/17 8693/13 8695/19
8698/21 8702/19 8702/23 8703/6
8703/10 8703/25 8704/3 8716/8
8719/10 8721/14 8722/13
sentiment [1] 8601/22
sentiments [1] 8600/7
separate [1] 8620/22
separation [3] 8714/4 8714/10 8714/20
September [6] 8580/25 8581/4 8581/5
8589/3 8589/6 8618/4
Sepulvado [9] 8586/24 8586/24 8587/4
8669/4 8669/10 8669/15 8669/17
8670/1 8672/24
serious [1] 8690/13
seriously [3] 8688/3 8688/14 8712/9
serve [1] 8671/23
service [1] 8630/6
services [3] 8569/3 8569/8 8644/11

session [3] 8564/14 8656/9 8724/9
sessions [1] 8661/22
set [14] 8579/11 8579/12 8618/13
8620/6 8644/4 8654/4 8656/20 8656/25
8657/1 8663/25 8666/12 8667/25
8689/13 8717/9
setting [1] 8667/23
setup [1] 8719/22
seven [6] 8582/10 8597/2 8603/19
8603/21 8603/25 8721/22
several [7] 8599/23 8655/25 8677/3
8679/21 8684/19 8685/17 8693/17
several-fold [1] 8684/19
severed [2] 8652/7 8652/17
severity [1] 8601/12
shallower [1] 8668/10
share [5] 8600/7 8601/22 8618/15
8618/24 8696/14
shared [7] 8599/24 8602/21 8607/9
8643/2 8643/5 8645/8 8703/22
sharing [1] 8622/19
SHARON [1] 8566/21
Shaughnessy [2] 8651/20 8663/18
Shaw [4] 8565/12 8572/12 8572/21
8609/21
shifted [1] 8614/22
shipped [1] 8631/7
Shoal [1] 8690/8
short [2] 8614/24 8704/24
shortly [1] 8716/7
shot [1] 8615/19
should [12] 8602/4 8615/2 8656/5
8659/21 8660/5 8661/24 8699/6
8703/20 8705/3 8717/5 8720/10 8721/8
show [3] 8622/8 8679/1 8691/15
showed [1] 8697/11
shower [1] 8651/2
showing [1] 8697/18
shut [1] 8631/4
SHUTLER [1] 8566/21
sick [3] 8687/17 8687/19 8700/10
side [6] 8588/18 8588/20 8590/19
8606/4 8620/1 8675/20
sidetrack [4] 8652/13 8652/16 8652/21
8694/6
sidetracked [3] 8653/7 8653/9 8666/12
sidetracking [5] 8652/9 8652/10 8652/11
8652/15 8652/18
sign [3] 8682/9
signed [3] 8639/12 8644/24 8685/10
significant [1] 8663/21
Simcox [5] 8569/12 8569/14 8724/13
8724/21 8724/21
similar [5] 8580/11 8580/16 8619/1
8694/24 8694/25
similarly [1] 8646/19
Sims [61] 8588/22 8589/1 8589/3
8589/4 8589/11 8589/15 8589/17
8615/1 8615/4 8615/22 8616/3 8644/25
8657/6 8658/2 8658/17 8658/21
8658/25 8659/7 8659/16 8659/19
8660/6 8660/11 8660/18 8661/23
8662/19 8662/22 8663/5 8663/8
8663/14 8664/1 8664/17 8665/12
8665/15 8665/24 8666/13 8674/21
8674/25 8677/4 8683/8 8687/1 8687/10
8687/16 8687/25 8688/16 8696/20
8702/1 8707/1 8707/11 8708/7 8710/15
8710/22 8711/19 8716/3 8716/7
8716/13 8716/21 8718/18 8718/20
8719/4 8719/9 8719/25
Sims' [7] 8599/15 8615/10 8657/18
8664/14 8666/6 8718/23 8719/25

simulation [3]  8676/16 8676/18 8676/21
simulations [7]  8676/13 8676/15
8676/25 8677/3 8677/4 8678/4 8678/5
simultaneously [1]  8649/4
since [9]  8575/24 8586/9 8587/13
8589/5 8593/18 8632/9 8670/1 8675/5
8677/21
Sincere [1]  8600/6
SINCLAIR [1]  8567/9
single [1]  8571/7
sir [1]  8573/20
sit [1]  8618/20
site [43]  8574/21 8576/25 8577/15
8583/12 8583/14 8583/16 8583/21
8586/16 8587/23 8589/20 8590/4
8590/10 8590/13 8594/21 8604/19
8606/13 8606/15 8618/21 8620/2
8654/7 8656/15 8658/11 8660/2 8660/9
8661/24 8662/4 8669/3 8669/21 8671/2
8671/10 8671/11 8671/24 8672/7
8672/10 8672/11 8672/13 8673/10
8673/15 8673/19 8674/20 8675/10
8686/14 8711/21
site-specific [1]  8606/13
sites [1]  8623/12
sitting [2]  8629/24 8704/22
situation [6]  8641/2 8665/18 8666/1
8669/3 8701/3 8717/19
six [10]  8575/17 8576/11 8618/1
8635/12 8692/14 8697/17 8707/21
8708/6 8708/9 8720/9
size [5]  8651/9 8668/17 8673/23
8689/22 8690/3
skipped [1]  8594/2
Slidell [1]  8565/19
small [1]  8577/22
smaller [3]  8579/12 8624/6 8648/18
smooth [1]  8663/24
smoother [1]  8664/6
SMS [2]  8605/5 8626/19
so [168]
SOC [4]  8607/14 8618/14 8618/25
8626/22
SOCs [3]  8607/18 8607/23 8608/24
software [1]  8569/17
sold [1]  8578/2
solved [1]  8652/6
some [61]  8576/2 8576/8 8582/25
8584/21 8586/4 8586/10 8586/13
8586/22 8588/8 8590/18 8590/19
8591/19 8596/21 8598/15 8600/4
8600/22 8601/12 8603/18 8608/23
8612/20 8616/13 8616/18 8620/18
8621/20 8623/2 8624/3 8628/16
8630/11 8630/15 8632/21 8637/19
8641/10 8641/18 8643/12 8652/25
8653/9 8654/9 8661/16 8668/11
8668/16 8672/23 8674/15 8677/16
8686/25 8686/25 8690/12 8691/3
8691/10 8692/2 8694/18 8710/4
8715/21 8715/22 8716/18 8717/7
8720/1 8722/18
somebody [3]  8587/17 8678/8 8693/6
somehow [2]  8678/1 8719/7
someone [1]  8603/23
something [22]  8587/19 8602/4 8606/8
8606/25 8607/20 8608/12 8609/20
8611/16 8611/20 8614/2 8617/4 8617/4
8617/9 8620/21 8621/7 8642/15 8646/9
8649/21 8649/22 8681/22 8718/11

8721/23
sometimes [2]  8672/3 8683/13
soon [1]  8717/14
sorry [29]  8581/5 8581/16 8582/20
8584/17 8585/13 8590/25 8592/5
8594/2 8615/8 8621/13 8621/16
8622/19 8626/3 8627/23 8636/25
8637/25 8638/14 8640/3 8640/9
8652/11 8653/8 8653/22 8654/25
8655/12 8661/9 8672/6 8705/25
8706/14 8712/16
sort [3]  8576/11 8588/9 8629/15
sourced [1]  8669/23
sources [1]  8669/23
south [3]  8576/7 8578/15 8578/19
southern [1]  8579/24
southwestern [1]  8647/19
space [1]  8713/2
spacer [10]  8708/25 8709/4 8710/6
8710/25 8711/2 8711/13 8712/1 8712/1
8713/10 8713/12
speak [8]  8586/10 8606/11 8616/5
8624/2 8657/16 8671/7 8703/15 8709/8
speakers [1]  8671/14
speaking [3]  8662/3 8671/22 8702/17
speaks [1]  8629/21
special [3]  8698/16 8698/18 8712/13
specialist [1]  8651/20
specific [8]  8582/15 8593/1 8606/1
8606/13 8616/22 8616/24 8633/7
8640/16
specifically [4]  8582/7 8620/13 8696/16
8707/8
spelling [1]  8574/6
spent [2]  8582/4 8629/23
Sperry [2]  8630/6 8644/10
Sperry-Sun [2]  8630/6 8644/10
SPILL [1]  8564/4
SPIRO [1]  8567/4
split [3]  8680/5 8680/7 8680/10
splits [1]  8680/5
spoke [3]  8702/7 8706/3 8709/25
spoken [1]  8616/13
spokesperson [1]  8660/1
spot [3]  8658/13 8690/18 8694/12
Sprague [11]  8594/2 8594/9 8663/19
8663/20 8674/21 8674/24 8675/16
8675/21 8675/25 8683/18 8714/17
Sprague's [1]  8594/3
spring [3]  8692/7 8692/21 8693/2
spud [4]  8643/9 8643/19 8644/15
8645/17
stability [4]  8723/11 8723/13 8723/16
8723/20
stack [3]  8649/1 8691/12 8695/10
stacks [1]  8691/12
stage [17]  8635/9 8635/10 8635/14
8636/8 8636/10 8636/12 8636/14
8636/21 8637/4 8637/22 8638/19
8639/2 8639/19 8640/7 8641/25
8671/19 8679/24
Stage 1 [1]  8636/14
Stage 2 [1]  8636/21
Stage 3 [1]  8637/22
Stage 4 [1]  8639/2
stages [5]  8635/17 8636/2 8636/14
8638/16 8711/7
staggered [1]  8672/9
stand [2]  8614/22 8614/22
standard [3]  8640/20 8654/1 8654/2
8654/4 8722/10
standards [1]  8634/18

standdown [11]  8613/15 8614/6 8614/9
8615/12 8615/16 8616/6 8616/8
standdowns [5]  8607/20 8613/13
8613/13 8613/23 8614/15
standpoint [6]  8628/20 8636/24 8637/3
8639/4 8721/15 8722/8
start [18]  8586/16 8591/20 8616/21
8617/1 8617/1 8617/10 8617/15
8618/14 8618/15 8636/18 8648/21
8650/7 8659/24 8688/21 8696/7
8718/22 8720/1 8721/9
started [10]  8589/2 8589/2 8591/1
8591/7 8591/7 8592/17 8592/21
8627/21 8635/4 8692/8
starting [1]  8587/6
starts [3]  8635/13 8680/10 8722/2
state [6]  8567/7 8567/11 8567/15
8574/5 8620/7 8629/4
stated [1]  8704/9
statement [5]  8584/23 8584/25 8602/13
8664/14 8673/1
statements [1]  8629/8
states [10]  8564/1 8564/10 8564/15
8566/8 8566/12 8566/18 8567/2 8572/1
8644/24 8724/14
States' [1]  8572/7
Station [1]  8567/5
status [2]  8618/22 8639/15
stay [3]  8613/23 8686/16 8686/18
stenography [1]  8569/17
step [4]  8584/20 8584/20 8607/8 8720/3
step-by-step [1]  8584/20
STEPHEN [1]  8564/23
steps [3]  8593/6 8679/16 8679/18
Sterbcow [2]  8565/5 8565/6
STERNBERG [1]  8569/8
STEVEN [2]  8566/14 8568/10
sticking [2]  8690/18 8690/19
still [7]  8629/19 8630/12 8631/10
8657/13 8657/25 8700/6 8713/6
stop [35]  8607/19 8608/13 8611/12
8611/13 8611/22 8613/11 8613/16
8613/19 8614/1 8615/15 8620/19
8626/21 8627/1 8627/3 8636/8 8636/11
8637/3 8656/19 8656/25 8656/25
8667/17 8667/21 8667/25 8668/9
8692/9 8692/9 8692/9 8693/2 8694/8
8697/22 8698/18 8703/1 8703/7 8704/8
8724/2
stop-the-job [3]  8611/12 8611/13
8613/11
stopped [3]  8614/5 8667/4 8668/5
story [1]  8662/13
straight [1]  8722/7
strange [2]  8567/8 8631/3
strategic [2]  8594/16 8609/21
Street [16]  8564/20 8565/3 8565/6
8565/10 8565/13 8565/19 8565/22
8566/6 8567/12 8567/16 8567/19
8568/7 8568/11 8568/19 8569/5
8569/12
strength [5]  8721/11 8721/18 8721/21
8722/5 8722/9
strengthen [1]  8623/12
stress [1]  8664/10
strike [4]  8661/9 8685/13 8685/20
8694/24
string [40]  8600/3 8642/12 8668/24
8674/10 8674/12 8674/16 8676/4
8676/6 8676/8 8676/11 8678/12 8679/3
8679/7 8679/14 8679/16 8680/3 8680/4
8680/13 8681/9 8681/9 8681/14

S

string... [19]  8681/21 8684/2 8684/23
8685/2 8685/3 8685/17 8685/22
8685/24 8686/3 8686/10 8686/13
8690/23 8699/20 8699/25 8701/11
8706/14 8711/24 8715/7 8717/10
strings [6]  8644/4 8648/20 8649/3
8656/20 8680/17 8694/23
strong [3]  8611/7 8611/14 8702/13
strongly [1]  8662/16
stub [1]  8692/10
stuck [8]  8642/7 8651/23 8652/5
8690/25 8691/8 8691/16 8691/22
8692/25
stuff [10]  8608/17 8629/15 8629/18
8631/9 8684/13 8701/14 8709/19
8709/21 8711/24 8711/25
subject [12]  8599/11 8601/9 8605/1
8612/18 8622/4 8632/2 8648/4 8649/25
8666/17 8693/18 8697/2 8708/11
subjects [3]  8604/22 8634/13 8648/4
submit [1]  8617/5
subs [4]  8692/14 8698/17 8706/15
8706/16
subsea [2]  8644/12 8690/21
subsequent [2]  8678/16 8721/3
subsequently [7]  8589/11 8658/25
8669/2 8679/17 8698/6 8705/21
8708/14
subsurface [7]  8635/13 8636/16
8636/17 8654/11 8654/13 8654/15
8654/19
succeed [2]  8714/25 8715/19
success [2]  8622/8 8715/14
successful [2]  8676/13 8676/19
successfully [5]  8598/13 8663/3 8679/4
8680/17 8695/20
such [4]  8585/22 8604/1 8682/9 8713/3
suggest [1]  8662/17
suggested [2]  8606/17 8715/21
suggesting [1]  8715/17
suggestion [3]  8609/1 8641/10 8719/7
Suggestions [1]  8620/8
Suite [11]  8564/20 8565/6 8565/10
8565/16 8567/19 8568/7 8568/11
8568/19 8568/23 8569/5 8569/9
SULLIVAN [1]  8566/20
summaries [1]  8639/15
summarize [1]  8627/16
summary [2]  8611/1 8621/15
summer [1]  8634/22
summer/fall [1]  8634/22
Sun [2]  8630/6 8644/10
Sunday [2]  8695/18 8720/17
superintendent [17]  8580/2 8580/4
8580/8 8580/20 8580/21 8580/24
8581/7 8582/11 8589/10 8592/19
8595/24 8596/25 8597/18 8598/5
8598/10 8604/11 8604/15
supervisor [2]  8574/21 8673/9
supplied [1]  8605/9
support [3]  8615/4 8623/10 8647/25
supposed [1]  8683/13
sure [15]  8571/24 8573/4 8611/19
8616/25 8622/11 8626/14 8632/23
8632/24 8633/11 8649/25 8663/21
8694/5 8700/14 8700/18 8711/15
surface [1]  8677/13
surprised [3]  8687/16 8687/20 8709/2
surprises [1]  8637/1
survey [1]  8609/10
surveys [2]  8607/19 8697/9

sustain [1]  8627/21
sustained [3]  8573/17 8573/25 8574/5
Sutherland [1]  8568/9
SWACO [2]  8585/19 8644/12
switch [2]  8666/16 8681/3
switching [1]  8649/24
sworn [1]  8574/4
synthetic [1]  8677/11
system [17]  8605/3 8605/6 8605/6
8605/10 8605/17 8605/21 8605/24
8606/3 8606/23 8607/1 8607/3 8616/17
8616/21 8618/22 8626/20 8634/16
8672/7
systems [1]  8623/13

T

table [4]  8645/1 8645/7 8721/2 8721/5
tagged [1]  8617/12
take [30]  8582/23 8593/2 8602/9
8613/19 8615/12 8615/15 8621/2
8631/9 8633/16 8649/9 8649/25 8650/9
8650/13 8652/3 8652/20 8652/23
8660/23 8661/1 8664/14 8665/12
8666/18 8681/5 8684/12 8688/3 8690/1
8704/9 8704/13 8704/16 8709/16
8712/6
taken [7]  8615/2 8645/22 8651/1
8653/19 8654/1 8661/24 8662/9
takes [7]  8579/21 8582/20 8602/7
8635/12 8679/15 8679/17 8701/14
taking [5]  8598/20 8633/12 8655/1
8704/18 8705/15
talk [24]  8575/2 8576/2 8586/4 8591/19
8596/21 8606/24 8607/22 8613/12
8618/22 8634/14 8646/5 8646/6
8660/16 8660/17 8668/15 8668/23
8679/22 8688/20 8689/4 8692/17
8696/16 8710/8 8716/12 8723/22
talked [10]  8595/14 8613/11 8616/7
8654/7 8655/10 8703/17 8703/18
8703/19 8709/9 8711/12
talking [12]  8585/7 8599/7 8614/15
8618/25 8629/11 8667/2 8667/22
8698/8 8698/13 8704/15 8708/23
8716/15
tape [2]  8573/16 8573/18
tapes [1]  8573/10
task [9]  8608/7 8608/7 8608/9 8616/22
8616/24 8617/10 8617/11 8617/14
8627/3
task-specific [2]  8616/22 8616/24
tasks [1]  8626/22
team [154]  8574/19 8574/20 8575/2
8580/4 8581/1 8581/2 8581/7 8582/11
8583/1 8583/5 8583/6 8583/7 8583/8
8583/9 8584/2 8584/6 8584/7 8584/8
8584/11 8584/14 8584/17 8584/18
8584/22 8585/1 8585/10 8586/5 8586/5
8586/8 8586/14 8587/14 8587/17
8587/24 8588/2 8588/18 8589/8
8590/16 8590/19 8590/21 8590/23
8590/24 8591/3 8591/4 8591/5 8591/9
8591/10 8591/14 8591/14 8591/20
8593/13 8593/17 8593/19 8593/22
8593/24 8594/1 8594/7 8594/20
8595/14 8595/16 8595/24 8595/24
8596/5 8596/11 8596/23 8598/6
8598/16 8598/16 8598/17 8600/8
8600/11 8600/12 8601/18 8601/19
8601/23 8602/15 8602/25 8603/6
8603/6 8603/10 8604/6 8604/11
8604/19 8605/2 8605/18 8605/22
8607/5 8607/9 8610/5 8610/25 8619/17

8619/24 8625/13 8625/14 8625/16
8627/21 8627/22 8627/23 8627/24
8628/8 8628/14 8629/4 8629/9 8630/8
8636/17 8639/6 8639/7 8639/23 8646/7
8647/8 8650/7 8650/15 8651/18
8651/22 8654/13 8654/16 8654/19
8654/19 8655/3 8655/6 8655/6 8655/14
8655/17 8655/23 8655/25 8656/10
8659/25 8662/25 8665/1 8674/7 8675/1
8675/5 8675/6 8675/23 8675/24 8681/5
8681/15 8685/16 8686/1 8686/8 8689/1
8689/1 8690/8 8693/21 8693/25 8694/1
8694/2 8696/9 8696/12 8701/2 8701/7
8706/19 8707/12 8707/12 8712/21
8716/17
team's [1]  8612/15
teams [2]  8599/3 8624/6
teamwork [2]  8611/23 8612/4
technical [2]  8606/9 8606/12
tell [58]  8575/4 8575/13 8576/4 8578/11
8583/14 8584/11 8587/4 8588/5 8590/9
8592/1 8592/16 8593/15 8594/3
8601/10 8607/8 8608/3 8623/23
8626/11 8632/10 8632/17 8633/18
8646/12 8647/17 8648/16 8649/21
8650/18 8653/13 8654/18 8658/6
8659/16 8661/13 8664/23 8667/8
8669/19 8671/9 8672/6 8674/19 8676/6
8677/2 8678/8 8680/23 8682/15
8684/18 8689/5 8690/12 8702/25
8704/7 8705/24 8706/1 8706/4 8706/7
8706/19 8708/19 8710/3 8713/16
8717/24 8719/4 8719/17
telling [6]  8664/1 8669/22 8694/10
8695/22 8714/2 8721/13
temporarily [1]  8642/3
temporary [3]  8655/8 8673/5 8673/11
ten [2]  8582/8 8614/18
tense [1]  8676/7
tenure [1]  8603/16
term [3]  8665/15 8680/11 8686/5
terminology [1]  8637/7
Terry [1]  8675/1
test [2]  8711/7 8722/10
testified [3]  8574/4 8619/3 8632/5
testimony [3]  8598/15 8631/16 8723/23
testing [5]  8576/9 8702/12 8702/12
8723/13 8723/20
tests [3]  8593/2 8723/12 8723/16
Texaco [4]  8575/23 8576/12 8576/17
8576/20
Texas [5]  8566/4 8568/11 8568/23
8569/5 8569/9
than [20]  8573/13 8624/20 8625/10
8626/22 8654/1 8654/3 8658/18
8660/19 8667/12 8667/20 8667/21
8668/10 8673/18 8673/21 8676/24
8679/16 8681/1 8697/14 8698/20
8705/4
thank [11]  8571/23 8572/17 8573/3
8574/11 8582/22 8602/8 8608/11
8645/2 8650/3 8666/25 8724/3
thanks [3]  8582/23 8600/6 8666/7
that [689]
that's [101]  8573/19 8573/20 8578/23
8584/16 8588/24 8589/14 8589/23
8591/3 8591/12 8591/16 8593/8
8593/14 8594/19 8597/19 8599/24
8601/3 8601/21 8604/21 8605/14
8605/20 8606/24 8608/22 8611/15
8619/13 8620/5 8628/11 8630/1 8630/4
8630/23 8631/1 8632/11 8632/24
8633/4 8633/8 8633/13 8636/13

T

that's... [65] 8637/13 8637/21 8637/23
8638/6 8638/23 8639/6 8639/9 8640/21
8641/11 8643/11 8645/7 8646/21
8647/5 8647/20 8648/20 8648/21
8649/15 8649/22 8652/5 8655/22
8656/10 8657/5 8657/15 8662/6
8665/21 8668/8 8668/24 8679/9 8680/1
8680/6 8680/10 8681/20 8683/3
8683/10 8683/19 8684/9 8685/7
8686/22 8687/9 8689/12 8690/22
8691/10 8692/9 8692/20 8695/2 8699/7
8699/21 8701/4 8701/21 8701/23
8703/4 8703/8 8703/12 8705/1 8705/5
8711/10 8712/5 8712/7 8712/15 8714/2
8715/20 8717/21 8722/7 8722/7 8722/9
the Deepwater Horizon [1] 8614/16
theater [2] 8613/17 8644/2
their [34] 8577/23 8583/7 8583/17
8583/17 8583/20 8586/22 8594/25
8595/5 8595/7 8596/18 8605/5 8606/3
8610/2 8610/4 8621/25 8622/8 8622/10
8649/14 8654/1 8654/2 8659/21 8660/4
8662/9 8662/11 8672/9 8686/2 8694/11
8706/25 8711/21 8712/7 8712/8
8712/10 8712/11 8716/19
them [59] 8572/4 8572/5 8572/12
8583/18 8586/11 8587/8 8595/6 8595/6
8595/9 8595/23 8597/23 8598/20
8598/21 8601/12 8603/1 8603/2
8607/16 8607/17 8608/8 8608/10
8608/15 8608/24 8609/6 8609/13
8618/16 8618/22 8624/15 8625/7
8625/22 8627/1 8635/22 8635/23
8636/7 8647/11 8649/21 8649/23
8659/22 8659/23 8660/5 8661/8
8671/13 8690/14 8695/9 8695/19
8695/20 8697/24 8702/12 8702/14
8703/1 8703/7 8703/20 8704/10
8704/14 8704/17 8704/19 8705/19
8706/11 8706/23 8719/5
themselves [1] 8595/11
then [163]
there [137] 8571/20 8572/4 8572/6
8573/12 8573/17 8579/12 8580/1
8581/17 8583/20 8585/18 8585/18
8585/25 8594/6 8594/7 8597/21
8598/24 8601/3 8602/17 8605/6
8605/15 8605/16 8605/21 8606/8
8606/20 8609/11 8610/25 8612/4
8614/15 8614/17 8615/1 8615/18
8616/14 8617/7 8618/9 8620/21 8622/1
8622/21 8622/23 8624/2 8624/10
8626/23 8627/22 8629/4 8629/10
8630/9 8632/20 8633/5 8635/4 8636/8
8636/24 8637/8 8638/2 8639/16
8640/25 8641/18 8642/18 8643/25
8644/24 8645/21 8647/14 8647/16
8648/7 8648/10 8651/4 8654/22
8656/17 8660/15 8661/3 8661/5 8661/7
8661/9 8662/14 8664/14 8665/8
8665/18 8669/2 8670/2 8671/1 8672/1
8672/14 8672/18 8672/20 8672/21
8673/4 8674/15 8674/18 8675/11
8675/11 8676/10 8676/15 8676/25
8677/1 8677/3 8678/16 8679/5 8679/9
8679/10 8680/6 8681/21 8681/23
8682/8 8682/12 8683/13 8683/20
8683/23 8683/25 8684/11 8684/13
8684/14 8689/1 8689/13 8691/7
8693/11 8693/13 8694/10 8696/3
8697/4 8697/6 8697/15 8699/9 8700/25

8704/18 8711/20 8712/20 8714/12
8715/6 8715/9 8715/17 8715/22
8716/15 8717/8 8719/8 8719/21 8720/4
8721/6 8722/23 8723/3
there's [43] 8584/15 8585/5 8598/15
8604/23 8609/1 8611/18 8611/23
8612/25 8613/4 8626/23 8628/16
8635/19 8636/8 8637/1 8637/2 8637/12
8638/2 8639/6 8639/14 8640/25
8641/10 8642/6 8649/21 8652/15
8657/24 8665/22 8665/22 8665/22
8672/10 8672/22 8676/9 8677/10
8680/4 8681/14 8686/25 8691/10
8691/22 8699/8 8717/10 8719/7
8722/18 8723/11 8723/23
therefore [2] 8668/18 8715/18
these [56] 8571/21 8580/25 8586/1
8586/9 8586/17 8591/6 8594/20
8597/20 8605/19 8608/23 8609/15
8611/3 8612/13 8618/24 8619/24
8620/10 8620/22 8622/4 8623/3 8623/7
8624/2 8624/14 8630/14 8636/11
8641/9 8642/15 8648/23 8660/4
8676/16 8679/19 8680/7 8683/11
8685/5 8690/1 8691/18 8691/18
8691/19 8691/20 8692/6 8692/21
8693/2 8693/25 8694/14 8694/17
8696/10 8698/16 8702/9 8703/13
8706/21 8707/9 8707/13 8707/17
8709/16 8711/2 8712/6 8712/7
they [128] 8580/22 8583/5 8583/13
8583/18 8583/19 8583/21 8583/22
8583/25 8584/15 8584/19 8587/2
8587/5 8588/10 8590/11 8590/11
8591/4 8591/6 8591/7 8594/12 8595/6
8595/9 8596/3 8596/17 8598/19 8599/3
8602/21 8603/1 8603/5 8603/5 8603/24
8608/8 8609/19 8610/1 8610/1 8610/1
8611/10 8611/20 8611/20 8611/21
8611/21 8611/22 8612/4 8613/19
8613/19 8616/17 8617/5 8617/5
8622/11 8623/4 8624/15 8626/1 8626/2
8627/2 8631/11 8632/19 8632/21
8636/17 8637/15 8638/4 8639/7
8645/18 8646/1 8647/3 8647/11
8649/20 8653/15 8653/18 8653/25
8654/2 8654/2 8654/4 8654/20 8655/9
8660/3 8661/18 8661/18 8671/12
8675/9 8675/11 8675/12 8678/1 8678/1
8678/2 8678/2 8678/3 8678/5 8680/7
8680/8 8681/1 8681/12 8681/12
8685/23 8685/24 8690/13 8692/7
8694/11 8694/11 8694/12 8694/12
8694/13 8694/14 8696/9 8696/10
8697/9 8698/16 8698/17 8698/18
8698/20 8699/21 8700/9 8701/14
8702/11 8702/11 8702/13 8702/14
8702/14 8702/15 8703/19 8705/7
8705/12 8706/9 8706/13 8706/16
8709/24 8713/3 8713/4 8719/21
8719/21
they're [8] 8571/16 8585/4 8585/4
8597/13 8632/18 8680/8 8692/8
8697/16
They've [1] 8692/7
Thierens [2] 8599/10 8600/4
Thierens' [1] 8600/7
thing [13] 8580/4 8595/1 8619/10
8620/17 8621/23 8623/25 8624/5
8668/17 8705/16 8712/16 8712/17
8717/1 8717/3
things [17] 8610/3 8610/3 8616/18
8617/12 8625/7 8632/19 8661/16

8662/12 8664/6 8680/8 8690/1 8690/5
8693/4 8711/7 8711/23 8711/23 8719/8
think [30] 8573/16 8585/2 8588/3
8608/13 8611/16 8611/21 8615/12
8616/22 8616/22 8616/24 8620/20
8626/21 8626/21 8627/1 8627/3
8635/22 8635/23 8649/2 8659/19
8664/4 8670/18 8670/24 8675/3 8688/3
8705/1 8712/12 8715/8 8716/21 8718/6
8718/10
thinking [1] 8618/9
thinks [1] 8636/17
third [10] 8567/12 8584/18 8611/24
8612/1 8612/16 8626/18 8632/21
8637/23 8643/9 8649/19
third-party [7] 8584/18 8612/1 8612/16
8632/21 8637/23 8643/9 8649/19
this [280]
Thornhill [2] 8565/18 8565/18
Thorseth [1] 8599/10
those [55] 8571/12 8571/22 8572/8
8572/16 8572/23 8572/24 8573/2
8573/13 8582/3 8582/10 8582/14
8597/1 8598/12 8603/18 8604/13
8604/18 8604/20 8607/4 8607/6
8607/22 8610/6 8610/8 8613/20
8616/25 8618/2 8633/21 8637/19
8638/11 8642/19 8646/2 8654/10
8671/19 8672/6 8674/19 8675/7
8675/22 8676/18 8676/25 8677/22
8682/15 8687/2 8689/2 8690/5 8690/12
8691/21 8692/2 8692/14 8693/1 8703/2
8706/16 8708/1 8709/23 8712/4 8720/6
8723/2
though [1] 8584/8
thought [15] 8596/3 8603/5 8603/5
8607/13 8611/11 8611/21 8634/3
8635/16 8659/21 8660/5 8665/1
8686/22 8703/20 8711/3 8713/22
thought-out [1] 8713/22
threads [1] 8692/11
three [17] 8573/10 8574/25 8577/19
8579/20 8581/11 8581/23 8582/14
8592/25 8595/23 8596/21 8597/1
8621/17 8621/21 8648/20 8648/23
8649/5 8672/8
three-day [1] 8621/21
three-year [1] 8581/11
through [49] 8575/25 8576/16 8581/8
8581/21 8584/15 8586/22 8591/11
8593/1 8593/5 8599/8 8599/18 8599/24
8604/25 8605/9 8607/11 8607/16
8611/3 8617/13 8619/22 8623/25
8628/3 8629/17 8630/8 8630/18
8635/18 8636/3 8636/10 8636/11
8636/14 8638/1 8641/9 8641/17
8641/25 8643/1 8643/11 8644/3 8644/5
8667/23 8669/21 8670/25 8672/16
8673/16 8682/23 8689/10 8695/9
8697/1 8715/3 8716/10 8719/5
throughout [1] 8705/3
thumb [1] 8689/13
Thunder [18] 8594/8 8670/7 8670/8
8670/19 8670/20 8670/20 8670/23
8697/22 8698/3 8698/16 8700/23
8702/5 8706/9 8712/19 8712/22
8712/23 8712/25 8719/20
Thunder Horse [3] 8594/8 8712/23
8719/20
Thunder Horse PDQ [4] 8670/7 8670/19
8670/20 8670/20
Thursday [1] 8571/19
Tiber [6] 8597/23 8597/25 8599/12

**T**

Tiber... [3]  8599/17 8600/14 8711/6
tidied [1]  8629/15
tie [1]  8679/17
tieback [2]  8679/19 8680/5
tied [1]  8606/4
Tiger [10]  8576/6 8630/8 8654/19
 8655/3 8655/6 8655/6 8655/14 8655/17
 8655/23 8655/25
Tight [1]  8642/6
time [83]  8572/13 8575/25 8581/8
 8581/10 8581/20 8581/21 8582/17
 8587/8 8593/9 8594/16 8595/5 8598/2
 8598/6 8598/23 8598/23 8599/13
 8600/12 8602/10 8602/19 8602/24
 8603/4 8613/5 8614/8 8614/10 8614/10
 8614/24 8615/12 8615/23 8617/2
 8618/10 8634/4 8634/6 8634/7 8634/10
 8635/3 8639/23 8645/16 8645/21
 8646/24 8647/6 8647/10 8648/23
 8649/5 8649/25 8650/5 8651/11
 8651/11 8652/2 8652/20 8652/23
 8653/3 8653/10 8653/15 8654/22
 8654/23 8654/25 8656/15 8657/10
 8657/18 8664/10 8664/25 8669/24
 8670/2 8670/17 8670/23 8672/21
 8685/21 8686/12 8687/1 8688/1 8696/8
 8701/12 8704/23 8704/24 8707/11
 8707/20 8713/21 8718/9 8721/16
 8721/17 8721/24 8721/25 8722/1
timely [2]  8615/25 8715/13
timeout [1]  8615/13
times [5]  8672/8 8680/16 8680/19
 8710/17 8713/8
title [2]  8580/5 8588/4
TOC [1]  8697/14
today [3]  8575/25 8615/19 8615/25
together [24]  8584/13 8584/19 8584/20
 8599/3 8606/5 8609/12 8615/23
 8620/19 8621/4 8622/21 8638/6 8643/1
 8643/7 8651/18 8651/22 8654/20
 8671/12 8681/8 8685/10 8709/19
 8709/21 8712/7 8714/18 8719/6
told [7]  8687/16 8687/19 8700/10
 8704/15 8708/13 8719/5 8719/23
Tolles [1]  8568/13
TOM [1]  8565/18
tomorrow [2]  8687/12 8687/20
tone [1]  8658/24
toned [1]  8637/16
tonight [1]  8701/24
tons [1]  8713/2
Tony [2]  8670/4 8670/14
too [9]  8596/17 8603/1 8603/1 8624/22
 8625/7 8625/7 8649/19 8690/8 8694/21
took [12]  8575/17 8595/4 8624/11
 8632/13 8632/24 8650/6 8651/2
 8653/10 8653/17 8666/21 8686/13
 8696/16
Toolbox [1]  8624/1
toolpusher [2]  8623/4 8623/4
toolpushers [1]  8618/21
tools [5]  8602/11 8624/1 8624/3
 8629/24 8631/12
top [22]  8594/23 8594/25 8599/21
 8600/1 8600/1 8610/25 8615/1 8628/11
 8632/4 8640/10 8665/8 8671/1 8682/2
 8690/22 8692/11 8697/1 8697/14
 8708/25 8713/11 8713/12 8713/18
 8719/2
topic [1]  8724/4
topics [1]  8673/20

Torts [2]  8566/9 8566/19
total [9]  8597/21 8652/20 8656/19
 8667/11 8694/7 8694/9
totally [2]  8718/4 8719/5
towards [2]  8594/21 8676/11
track [3]  8599/23 8601/11 8669/20
traditions [1]  8716/18
trainee [2]  8590/4 8592/17
training [6]  8576/11 8593/3 8593/5
 8593/6 8673/15 8673/16
transcript [2]  8564/14 8724/16
transcription [1]  8569/17
transferred [1]  8578/21
Transocean [44]  8568/6 8568/6 8568/7
 8568/9 8568/10 8568/11 8568/13
 8568/14 8568/15 8568/18 8568/18
 8568/19 8568/22 8568/22 8568/23
 8571/6 8571/8 8585/19 8590/25
 8595/16 8596/1 8598/17 8598/19
 8600/23 8602/19 8605/10 8607/1
 8611/24 8612/1 8612/14 8614/9 8616/5
 8616/15 8616/20 8617/17 8620/5
 8623/3 8624/4 8644/9 8645/15 8645/17
 8645/25 8654/5 8693/22
Transocean's [7]  8595/18 8596/10
 8596/13 8605/5 8619/23 8622/24
 8623/21
tree [6]  8684/15 8684/18 8684/19
 8685/1 8685/8 8685/10
trending [1]  8617/7
TREX [28]  8599/5 8600/20 8610/10
 8614/12 8615/7 8617/21 8619/20
 8622/16 8623/8 8623/18 8626/5 8627/8
 8640/3 8640/4 8642/10 8644/21 8659/3
 8663/10 8664/19 8675/14 8675/17
 8678/20 8681/24 8687/3 8696/24
 8702/21 8703/3 8716/5
TREX-1126.1.1 [1]  8659/3
TREX-1129.1.4 [1]  8687/3
TREX-1148 [1]  8663/10
TREX-1148.1.4 [1]  8664/19
TREX-21099 [1]  8716/5
TREX-32031-N [1]  8681/24
TREX-4095.1.2 [1]  8599/5
TREX-41625 [1]  8675/17
TREX-41625-N.1 [1]  8675/14
TREX-47414.3.2 [1]  8623/8
TREX-47414.3.4 [1]  8623/18
TREX-47461 [2]  8614/12 8615/7
TREX-47570-N.1 [1]  8610/10
TREX-48042 [1]  8702/21
TREX-48042.1.2 [1]  8703/3
TREX-51350.2.3 [1]  8600/20
TREX-575 [1]  8640/3
TREX-575-N.1.2 [1]  8642/10
TREX-5965.1.3 [1]  8617/21
TREX-5967.1.4 [1]  8619/20
TREX-6294 [1]  8626/5
TREX-6294.3.2 [1]  8627/8
TREX-757-N [1]  8640/4
TREX-7685.2 [1]  8644/21
TREX-796.2.3 [1]  8696/24
TREX-8093.3.1 [1]  8622/16
TREX-8146.3 [1]  8678/20
trial [2]  8564/14 8621/12
tried [1]  8700/5
trip [2]  8626/22 8684/20
TRITON [1]  8564/8
trivial [1]  8710/24
true [3]  8667/11 8673/21 8724/15
try [2]  8656/21 8716/25
trying [8]  8610/3 8660/6 8700/9 8700/20
 8708/3 8709/21 8713/9 8719/21

tube [2]  8680/4 8680/12
tweaks [1]  8713/23
twice [1]  8700/5
two [17]  8572/20 8578/13 8602/11
 8602/17 8605/7 8614/5 8614/14
 8615/14 8633/21 8667/16 8672/7
 8686/17 8686/18 8692/9 8703/13
 8721/16 8721/16
two-day [1]  8686/17
twofold [2]  8649/18 8703/11
tying [1]  8579/14
type [16]  8601/15 8674/2 8674/5 8674/8
 8692/1 8693/15 8696/10 8698/2 8700/2
 8700/24 8702/18 8703/13 8705/7
 8705/11 8707/14 8719/22
typed [1]  8660/15
types [3]  8620/10 8692/1 8707/22
typical [5]  8585/21 8591/13 8649/12
 8651/18 8723/16

**U**

U.S [4]  8566/8 8566/12 8566/18 8567/2
ultimately [3]  8674/13 8685/17 8706/24
umbrella [2]  8605/25 8634/17
unanimous [1]  8658/14
uncertainty [2]  8641/12 8641/14
uncomfortable [1]  8647/12
uncontrolled [1]  8641/2
under [12]  8603/15 8604/13 8605/25
 8607/1 8622/7 8629/3 8630/3 8631/13
 8634/16 8651/7 8684/1 8685/2
underbalanced [1]  8661/12
UNDERHILL [1]  8566/9
understand [8]  8597/8 8611/20 8627/2
 8664/1 8698/5 8698/7 8701/10 8719/20
understanding [5]  8605/3 8667/14
 8698/2 8699/11 8718/14 8720/5
 8724/17
understands [1]  8613/3
understood [3]  8611/10 8708/13
 8719/24
underwater [1]  8631/2
unheard [1]  8650/12
unique [2]  8648/22 8673/5
unit [2]  8594/16 8609/21
UNITED [10]  8564/1 8564/10 8564/15
 8566/8 8566/12 8566/18 8567/2 8572/1
 8572/7 8724/14
unlikely [2]  8676/13 8676/19
unquote [3]  8630/4 8641/21 8708/4
unsafe [1]  8715/18
until [6]  8578/10 8655/3 8660/16 8667/4
 8714/18 8716/24
unusual [3]  8585/25 8646/2 8650/12
up [39]  8575/4 8575/25 8581/13
 8581/21 8582/20 8585/13 8585/13
 8586/6 8588/17 8593/12 8594/12
 8594/15 8597/4 8599/5 8600/2 8604/8
 8619/20 8625/8 8629/15 8633/21
 8635/20 8640/9 8648/8 8649/1 8653/3
 8655/11 8691/13 8691/25 8696/21
 8697/12 8701/20 8703/21 8711/17
 8714/17 8717/9 8722/7 8722/7 8723/22
 8723/24
upcoming [3]  8618/14 8671/16 8721/10
update [3]  8637/8 8638/7 8639/14
updated [2]  8640/12 8678/23
upon [1]  8575/21
upset [1]  8659/16
us [66]  8575/13 8576/15 8578/11
 8579/21 8580/10 8582/20 8583/14
 8587/4 8588/5 8590/9 8592/1 8592/16

## U

us... [54] 8593/15 8594/3 8601/10
8608/3 8616/18 8619/10 8623/2
8626/11 8630/24 8632/10 8633/18
8636/14 8647/17 8648/16 8649/21
8650/18 8651/16 8653/13 8654/18
8658/6 8660/10 8661/13 8665/14
8667/8 8667/23 8668/2 8668/13 8669/9
8669/19 8671/9 8672/6 8674/19
8675/22 8676/6 8677/2 8680/23
8682/15 8684/18 8689/5 8690/6
8690/12 8692/3 8692/5 8692/24
8695/22 8697/8 8700/10 8705/24
8706/1 8706/7 8708/19 8710/3 8713/16
8719/17
use [19] 8607/4 8627/11 8631/6 8634/8
8635/16 8674/6 8677/11 8680/3
8689/17 8690/4 8690/7 8691/8 8691/23
8693/15 8695/5 8695/12 8695/16
8696/17 8720/9
used [17] 8572/2 8607/13 8629/18
8634/15 8674/2 8674/9 8674/13 8675/7
8689/14 8693/2 8694/18 8695/1
8696/19 8697/5 8702/15 8713/6 8718/1
useless [1] 8711/11
using [12] 8569/17 8629/9 8629/16
8678/5 8690/10 8691/15 8692/2 8700/2
8700/23 8705/19 8708/9 8709/3
USIT [4] 8684/25 8711/6 8711/24
8711/25
usual [1] 8600/11
usually [3] 8648/22 8654/2 8656/20
utilize [1] 8602/10
utilized [1] 8623/13
utmost [1] 8595/2
UWILD [3] 8631/2 8631/10 8631/13

## V

vacation [6] 8662/21 8662/23 8663/15
8665/24 8666/7 8666/7
Valentine [2] 8662/3 8665/13
value [1] 8660/4
valued [1] 8659/21
variety [7] 8576/21 8581/22 8585/9
8585/18 8585/20 8594/20 8617/16
various [15] 8594/1 8594/6 8597/6
8597/12 8606/16 8624/1 8635/17
8636/2 8637/14 8641/17 8642/1 8642/2
8648/7 8694/14 8698/14
Vastar [5] 8578/8 8578/9 8578/11
8578/21 8578/23
vendor [2] 8633/7 8633/10
vendors [2] 8631/8 8637/23
verified [1] 8670/14
versus [6] 8668/24 8685/2 8685/22
8686/13 8699/20 8720/9
vertical [2] 8667/11 8673/21
very [27] 8573/21 8588/16 8589/16
8592/2 8602/6 8606/23 8611/8 8611/8
8611/11 8611/11 8611/13 8611/17
8611/17 8612/8 8615/22 8616/17
8627/18 8631/3 8647/21 8647/21
8649/16 8665/21 8700/24 8705/18
8714/9 8720/8 8723/7
viable [2] 8636/23 8690/24
vice [1] 8714/19
videotape [1] 8573/8
Vidrine [16] 8587/11 8587/11 8587/12
8587/17 8672/15 8672/16 8672/21
8709/6 8709/8 8709/9 8709/10 8709/14
8709/16 8709/25 8710/12 8713/24
Vidrine's [2] 8709/23 8709/24

view [7] 8615/4 8659/25 8661/23 8662/5
8665/20 8666/25 8712/6
viewed [1] 8710/9
views [1] 8709/3
Virginia [2] 8565/10 8565/10
visit [1] 8664/24
voice [2] 8658/24 8708/7
volume [9] 8569/9 8653/10 8653/16
VON [1] 8569/8

## W

waffling [2] 8710/5 8711/17
wait [2] 8705/6 8705/10
walk [7] 8576/15 8586/22 8599/7 8608/6
8619/22 8636/14 8697/1
Walker [1] 8565/9
WALTER [1] 8565/12
Walz [37] 8593/12 8593/15 8593/17
8593/19 8593/21 8675/2 8675/20
8683/1 8696/20 8696/21 8697/7
8697/15 8698/3 8698/7 8700/3 8700/14
8700/17 8700/22 8701/2 8702/2 8702/7
8702/17 8703/11 8703/24 8705/21
8705/25 8706/3 8706/9 8706/19
8707/11 8708/6 8708/12 8712/21
8713/5 8719/15 8719/18 8720/1
want [36] 8596/21 8598/17 8605/1
8607/14 8608/16 8618/20 8628/18
8633/16 8634/14 8640/15 8641/9
8646/5 8646/6 8649/21 8650/5 8650/7
8662/16 8667/2 8668/14 8669/1 8685/9
8688/20 8688/21 8690/19 8695/8
8696/2 8699/2 8701/3 8701/5 8701/25
8706/11 8710/18 8711/14 8719/6
8723/12 8723/24
wanted [34] 8571/8 8587/19 8587/21
8609/25 8611/19 8620/18 8620/20
8622/11 8624/5 8627/1 8627/1 8632/23
8632/24 8633/11 8634/11 8651/4
8651/8 8651/12 8658/16 8658/17
8660/6 8675/12 8680/25 8681/1 8681/9
8687/20 8699/6 8700/14 8700/17
8701/12 8701/14 8706/23 8715/13
8717/2
wanting [1] 8711/18
wants [6] 8603/17 8663/20 8700/22
8712/16 8712/17 8717/1
warehouse [1] 8713/5
was [578]
Washington [4] 8566/17 8566/22 8567/6
8568/4
wasn't [10] 8585/2 8619/16 8678/13
8681/1 8683/12 8701/13 8710/24
8713/7 8715/5 8719/20
watched [1] 8608/10
watching [1] 8615/23
water [1] 8673/5
way [29] 8588/8 8602/16 8603/6 8609/6
8625/3 8631/25 8634/2 8634/10 8636/9
8639/5 8647/8 8648/24 8654/15 8656/2
8658/14 8658/16 8658/18 8661/9
8661/10 8686/9 8688/13 8691/8
8693/11 8710/20 8711/6 8714/17
8715/3 8715/6 8715/17
ways [1] 8620/14
we [334]
We'd [1] 8572/4
we'll [12] 8599/7 8607/16 8612/17
8619/22 8631/10 8652/18 8668/15
8685/8 8689/4 8692/17 8697/1 8716/10
we're [20] 8571/5 8586/16 8586/22
8604/25 8606/24 8607/22 8624/8
8630/19 8631/10 8633/10 8665/14

8668/23 8679/23 8698/10 8706/7
8711/6 8718/9 8718/17 8721/15
we've [18] 8571/7 8590/18 8595/14
8600/4 8600/22 8616/13 8616/14
8616/25 8618/25 8628/17 8635/9
8650/8 8652/13 8684/4 8691/12
8691/19 8710/17 8717/12
Weatherford [3] 8585/20 8697/21
8704/16
Web [1] 8606/15
wedge [1] 8695/10
Wednesday [1] 8571/18
weeds [1] 8606/11
week [10] 8573/14 8590/6 8621/8
8652/24 8653/4 8663/24 8672/9
8672/11 8672/14 8672/17
weekend [1] 8708/22
weeks [6] 8601/6 8615/13 8615/14
8618/1 8631/5 8667/3
weighing [1] 8662/18
welded [1] 8691/18
well [272]
well's [1] 8650/15
wellbore [5] 8641/1 8680/11 8686/5
8689/18 8704/22
wellhead [6] 8690/21 8690/22 8690/23
8693/19 8695/9 8695/9
wells [69] 8574/19 8574/20 8575/1
8577/5 8578/1 8578/16 8579/7 8579/14
8581/1 8581/2 8581/7 8581/23 8581/25
8582/1 8582/11 8583/1 8583/6 8584/2
8584/8 8584/11 8585/4 8586/5 8587/7
8588/10 8588/18 8589/9 8591/5
8595/24 8596/22 8596/24 8597/6
8597/16 8597/17 8597/20 8598/6
8598/12 8604/19 8605/2 8605/18
8606/5 8606/8 8610/5 8619/17 8621/15
8625/13 8628/8 8635/5 8635/7 8646/7
8653/25 8656/3 8660/7 8680/7 8686/14
8689/10 8693/21 8693/23 8693/25
8694/1 8694/2 8695/14 8695/15 8696/9
8696/12 8714/19 8715/14
went [21] 8575/23 8577/12 8577/22
8578/1 8578/8 8579/23 8629/17 8630/8
8631/8 8644/1 8644/3 8644/4 8651/2
8651/12 8653/14 8663/15 8669/19
8686/24 8708/22 8723/4 8723/6
were [223]
weren't [8] 8608/15 8630/10 8656/24
8681/12 8681/12 8698/17 8702/15
8702/15
what [231]
what's [14] 8601/4 8615/21 8617/1
8618/23 8618/23 8620/6 8620/7 8620/8
8621/23 8640/18 8641/11 8652/5
8682/15 8699/11
whatever [2] 8662/16 8679/23
when [68] 8575/19 8577/1 8578/23
8580/3 8587/6 8590/23 8591/4 8592/18
8592/21 8604/7 8604/15 8606/10
8607/8 8608/5 8609/5 8609/20 8613/2
8613/16 8621/1 8621/3 8624/8 8629/20
8629/20 8633/17 8633/21 8636/23
8637/6 8638/7 8639/19 8641/20
8643/19 8645/16 8646/22 8649/8
8650/15 8651/4 8652/3 8655/7 8656/7
8657/20 8662/2 8662/11 8663/25
8665/12 8666/6 8667/21 8669/7 8671/4
8671/10 8676/21 8678/3 8679/22
8685/8 8687/10 8687/10 8687/15
8690/14 8691/11 8693/2 8693/4
8694/13 8697/18 8698/5 8698/15

**W**

when... [4] 8699/4 8703/6 8704/15
8711/9
whenever [3] 8588/10 8589/8 8703/21
where [48] 8575/4 8577/1 8577/14
8578/14 8579/25 8592/25 8593/5
8598/19 8598/24 8603/23 8603/24
8608/19 8613/20 8615/10 8615/25
8617/4 8630/2 8637/23 8638/22
8638/23 8644/4 8649/1 8658/13
8661/13 8665/22 8669/3 8671/13
8684/20 8686/12 8689/20 8689/24
8690/19 8690/24 8690/25 8691/2
8691/10 8691/19 8691/21 8695/12
8695/15 8696/2 8696/9 8698/10
8698/18 8699/6 8699/15 8702/4 8702/4
WHEREUPON [3] 8574/3 8666/21
8724/9
whether [9] 8605/16 8641/21 8648/13
8678/16 8684/25 8685/4 8688/22
8692/2 8723/2
which [53] 8573/14 8574/16 8578/22
8579/21 8579/23 8583/6 8584/6 8590/5
8592/17 8597/10 8597/23 8599/8
8606/11 8606/12 8607/14 8610/22
8610/25 8617/17 8617/24 8624/6
8626/17 8626/19 8627/9 8629/21
8631/2 8634/16 8644/9 8644/12
8646/19 8648/19 8651/18 8653/16
8659/7 8662/6 8665/18 8667/19 8670/8
8671/15 8679/3 8685/16 8687/11
8690/16 8692/22 8698/3 8698/25
8700/9 8700/22 8700/24 8700/25
8701/22 8702/18 8708/13 8714/13
while [16] 8580/20 8591/9 8596/22
8597/7 8597/7 8604/11 8604/18
8610/17 8614/5 8614/21 8631/9 8646/6
8650/6 8661/12 8698/17 8699/3
Whiteley [1] 8567/15
who [47] 8574/21 8585/16 8586/13
8588/6 8588/22 8590/5 8590/21
8593/12 8594/16 8595/11 8595/18
8596/2 8604/4 8604/20 8605/18
8605/22 8609/15 8609/25 8613/20
8620/19 8630/9 8630/18 8633/12
8638/3 8644/7 8658/11 8660/7 8669/4
8669/20 8669/24 8670/4 8670/6
8672/13 8672/13 8674/5 8675/1
8675/19 8678/9 8689/1 8693/6 8693/20
8693/24 8696/18 8706/13 8708/7
8710/1 8714/19
whole [4] 8588/11 8599/23 8627/13
8713/18
whom [1] 8630/15
Whose [1] 8645/14
why [40] 8584/25 8591/17 8608/16
8609/24 8611/16 8619/8 8647/17
8649/15 8650/18 8651/6 8652/15
8653/24 8654/18 8661/1 8661/1
8662/19 8665/3 8667/14 8675/7 8676/6
8680/2 8686/20 8688/5 8690/15
8694/18 8695/5 8696/5 8699/2 8704/13
8704/21 8705/14 8709/10 8713/16
8713/22 8714/8 8720/21 8721/25
8722/7 8722/22 8723/5
Wild [3] 8651/21 8658/8 8658/10
will [28] 8573/11 8573/18 8591/15
8622/1 8627/16 8631/9 8639/8 8652/6
8660/1 8661/21 8662/15 8662/16
8663/22 8663/24 8664/10 8664/25
8665/2 8665/3 8665/9 8665/13 8668/15
8684/7 8696/6 8704/9 8706/6 8717/14

8717/15 8719/5
Williamson [2] 8566/2 8566/3
Williamson [2] 8566/2 8566/3
willing [1] 8705/6
WINFIELD [1] 8567/9
Winslow [1] 8596/8
wise [3] 8623/3 8627/18 8644/8
wish [1] 8620/3
within [1] 8654/3
without [8] 8571/12 8572/8 8572/16
8601/14 8603/20 8603/21 8603/25
8611/3
withstand [1] 8676/24
witness [2] 8573/15 8574/2
witnesses [1] 8571/16
wits' [1] 8711/22
won [2] 8604/7 8604/16
won't [2] 8613/12 8616/25
wondering [2] 8694/16 8723/5
word [4] 8627/22 8631/3 8647/21
8664/25
words [5] 8627/11 8689/24 8709/23
8709/24 8712/24
work [34] 8574/16 8575/23 8577/22
8578/3 8578/8 8580/18 8582/5 8587/2
8587/15 8589/7 8599/3 8600/5 8600/8
8600/10 8602/7 8603/20 8603/22
8603/23 8603/25 8606/21 8610/1
8626/16 8630/11 8647/22 8648/23
8648/25 8649/2 8649/3 8649/7 8649/22
8651/2 8662/25 8710/20 8719/5
worked [41] 8576/6 8576/20 8576/24
8577/1 8577/13 8578/6 8583/25 8586/9
8586/13 8587/5 8587/6 8587/12
8587/14 8588/12 8589/1 8589/6 8590/2
8592/21 8593/9 8593/24 8595/5
8595/14 8595/16 8595/18 8596/5
8596/14 8602/25 8605/17 8605/18
8605/22 8607/5 8608/4 8609/13
8609/15 8648/18 8670/9 8697/23
8699/14 8699/16 8710/9 8718/10
working [25] 8577/4 8577/10 8579/16
8581/10 8581/22 8589/2 8589/2 8597/7
8602/3 8602/11 8602/17 8610/3 8611/9
8611/25 8618/15 8618/23 8620/7
8620/8 8623/11 8649/8 8650/15 8663/8
8689/9 8698/16 8718/2
workover [2] 8578/17 8582/5
works [1] 8584/11
world [4] 8598/4 8638/3 8670/21 8713/2
worse [2] 8686/24 8717/15
worth [2] 8615/13 8618/10
would [110] 8571/10 8572/12 8581/25
8583/5 8583/5 8583/7 8583/8 8583/9
8585/6 8588/1 8588/9 8588/14 8589/15
8591/7 8593/3 8594/4 8594/15 8594/20
8596/8 8597/10 8598/19 8598/20
8601/19 8602/8 8603/23 8603/24
8608/6 8608/6 8608/8 8608/9 8608/13
8608/14 8608/19 8609/11 8609/11
8609/11 8609/12 8613/17 8613/17
8614/1 8615/18 8617/4 8617/5 8617/5
8617/6 8617/10 8617/24 8618/6
8618/18 8618/19 8618/20 8619/1
8619/6 8620/1 8621/4 8623/3 8626/13
8627/15 8628/10 8637/3 8637/15
8637/16 8638/3 8638/5 8638/8 8638/9
8638/22 8638/24 8639/4 8640/12
8643/11 8643/13 8646/19 8647/2
8648/8 8649/2 8649/3 8649/6 8662/16
8663/17 8672/21 8674/2 8674/9 8675/7
8676/24 8679/20 8681/3 8682/22
8683/17 8684/25 8687/7 8688/13

8691/4 8691/5 8691/20 8691/22 8695/5
8699/13 8701/24 8701/25 8702/25
8706/22 8706/23 8706/24 8710/8
8710/15 8713/11 8715/8 8715/22
8718/10
wouldn't [1] 8649/7
Wright [1] 8564/18
write [6] 8659/10 8710/22 8711/19
8712/13 8714/8 8718/7
writes [2] 8600/10 8601/16
writing [1] 8704/5
written [1] 8650/23
wrong [4] 8661/12 8690/18 8705/16
8707/14
wrote [1] 8632/11
WSL [1] 8620/2

**Y**

yeah [15] 8599/20 8616/7 8631/25
8637/12 8649/11 8649/15 8649/18
8649/20 8656/14 8686/4 8687/22
8694/18 8702/3 8703/19 8708/18
year [22] 8581/11 8601/9 8601/14
8601/24 8602/3 8604/8 8604/9 8604/16
8604/17 8604/17 8609/19 8626/5
8626/7 8626/15 8626/18 8627/4 8627/5
8627/12 8627/13 8627/17 8630/22
8716/19
year-end [2] 8626/7 8627/4
years [31] 8574/25 8576/3 8576/14
8576/19 8576/20 8577/19 8579/20
8581/21 8582/3 8582/3 8582/8 8582/10
8582/14 8582/17 8588/13 8592/10
8592/25 8594/19 8595/23 8596/21
8597/1 8602/11 8602/17 8603/20
8603/21 8603/25 8604/3 8679/21
8680/14 8707/16 8715/4
yes [334]
yet [3] 8657/14 8657/25 8721/11
Yoakum [1] 8566/3
you [852]
you'd [2] 8649/25 8685/3
you're [19] 8584/13 8585/7 8610/15
8629/22 8637/4 8640/21 8655/7 8675/5
8682/18 8685/4 8686/13 8687/10
8690/4 8690/14 8692/2 8695/24
8705/15 8711/2 8714/1
you've [12] 8575/24 8576/3 8582/8
8594/1 8633/17 8635/5 8638/19
8680/14 8686/6 8690/5 8692/3 8692/22
young [2] 8567/5 8713/18
your [162]
yours [2] 8665/10 8665/13
yourself [12] 8601/20 8617/13 8643/18
8644/25 8683/1 8691/21 8693/1
8693/16 8699/15 8708/7 8710/9
8717/16

**Z**

Zatarain [3] 8571/18 8572/3 8572/22
zero [1] 8620/16
zonal [2] 8642/11 8642/16
zone [5] 8661/12 8689/20 8689/24
8689/25 8689/25
zones [1] 8723/8