1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4   *****************************************************************

5      IN RE:  OIL SPILL BY THE OIL
       RIG *DEEPWATER HORIZON* IN THE
6      GULF OF MEXICO ON APRIL 20,
       2010
7

8                          CIVIL ACTION NO. 10-MD-2179 "J"
                           NEW ORLEANS, LOUISIANA
9                          Monday, April 15, 2013

10

11     THIS DOCUMENT RELATES TO:

12     CASE NO. 2:10-CV-02771,
       *IN RE:  THE COMPLAINT AND*
13     *PETITION OF TRITON ASSET*
       *LEASING GmbH, ET AL*
14
       CASE NO. 2:10-CV-4536,
15     *UNITED STATES OF AMERICA V.*
       *BP EXPLORATION & PRODUCTION,*
16     *INC., ET AL*

17
    *****************************************************************
18

19

20                **DAY 27 - AFTERNOON SESSION**

21          TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22     HEARD BEFORE THE HONORABLE CARL J. BARBIER

23              UNITED STATES DISTRICT JUDGE

24

25

                    OFFICIAL TRANSCRIPT

8726

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQ.
 4                                556 JEFFERSON STREET, SUITE 500
                                  POST OFFICE BOX 3668
 5                                LAFAYETTE, LA  70502

 6                                HERMAN HERMAN & KATZ
                                  BY:  STEPHEN J. HERMAN, ESQ.
 7                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
 8
                                  CUNNINGHAM BOUNDS
 9                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 DAUPHIN STREET
10                                MOBILE, AL  36604

11                                LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                  BY:  PAUL M. STERBCOW, ESQ.
12                                PAN AMERICAN LIFE BUILDING
                                  601 POYDRAS STREET, SUITE 2615
13                                NEW ORLEANS, LA  70130

14                                BREIT DRESCHER IMPREVENTO & WALKER
                                  BY:  JEFFREY A. BREIT, ESQ.
15                                600 22ND STREET, SUITE 402
                                  VIRGINIA BEACH, VA  23451
16
                                  LEGER & SHAW
17                                BY:  WALTER J. LEGER, JR., ESQ.
                                  600 CARONDELET STREET, 9TH FLOOR
18                                NEW ORLEANS, LA  70130

19                                WILLIAMS LAW GROUP
                                  BY:  CONRAD S. P. WILLIAMS, ESQ.
20                                435 CORPORATE DRIVE, SUITE 101
                                  HOUMA, LA  70360
21
                                  THORNHILL LAW FIRM
22                                BY:  THOMAS THORNHILL, ESQ.
                                  1308 NINTH STREET
23                                SLIDELL, LA  70458

24

25
```

```
 1                              DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                                BY:  JOHN W. DEGRAVELLES, ESQ.
 2                              618 MAIN STREET
                                BATON ROUGE, LA 70801
 3

 4                              WILLIAMSON & RUSNAK
                                BY:  JIMMY WILLIAMSON, ESQ.
 5                              4310 YOAKUM BOULEVARD
                                HOUSTON, TX  77006
 6
                                IRPINO LAW FIRM
 7                              BY:  ANTHONY IRPINO, ESQ.
                                2216 MAGAZINE STREET
 8                              NEW ORLEANS, LA  70130

 9

10   FOR THE UNITED STATES
     OF AMERICA:               U.S. DEPARTMENT OF JUSTICE
11                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQ.
12                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
13                             SAN FRANCISCO, CA  94102

14                             U.S. DEPARTMENT OF JUSTICE
                               ENVIRONMENT & NATURAL RESOURCES DIVISION
15                             ENVIRONMENTAL ENFORCEMENT SECTION
                               BY:  STEVEN O'ROURKE, ESQ.
16                                  SCOTT CERNICH, ESQ.
                                    DEANNA CHANG, ESQ.
17                                  RACHEL HANKEY, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
18                             P.O. BOX 7611
                               WASHINGTON, DC  20044
19
                               U.S. DEPARTMENT OF JUSTICE
20                             TORTS BRANCH, CIVIL DIVISION
                               BY:  JESSICA McCLELLAN, ESQ.
21                                  MICHELLE DELEMARRE, ESQ.
                                    JESSICA SULLIVAN, ESQ.
22                                  SHARON SHUTLER, ESQ.
                                    MALINDA LAWRENCE, ESQ.
23                             POST OFFICE BOX 14271
                               WASHINGTON, DC  20044
24

25
```

```
 1                                    U.S. DEPARTMENT OF JUSTICE
                                      FRAUD SECTION
 2                                    COMMERCIAL LITIGATION BRANCH
                                      BY:  DANIEL SPIRO, ESQ.
 3                                         KELLEY HAUSER, ESQ.
                                           ELIZABETH YOUNG, ESQ.
 4                                    BEN FRANKLIN STATION
                                      WASHINGTON, DC  20044
 5

 6    FOR THE STATE OF
      ALABAMA:                        ALABAMA ATTORNEY GENERAL'S OFFICE
 7                                    BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                           COREY L. MAZE, ESQ.
 8                                         WINFIELD J. SINCLAIR, ESQ.
                                      500 DEXTER AVENUE
 9                                    MONTGOMERY, AL  36130

10

11    FOR THE STATE OF
      LOUISIANA OFFICE
12    OF THE ATTORNEY
      GENERAL:
13                                    STATE OF LOUISIANA
                                      BY:  JAMES D.  CALDWELL,
14                                    ATTORNEY GENERAL
                                      1885 NORTH THIRD STREET
15                                    POST OFFICE BOX 94005
                                      BATON ROUGE, LA  70804
16
                                      KANNER & WHITELEY
17                                    BY:  ALLAN KANNER, ESQ.
                                           DOUGLAS R. KRAUS, ESQ.
18                                    701 CAMP STREET
                                      NEW ORLEANS, LA  70130
19

20
      FOR BP EXPLORATION &
21    PRODUCTION INC.,
      BP AMERICA PRODUCTION
22    COMPANY, BP PLC:               LISKOW & LEWIS
                                      BY:  DON K. HAYCRAFT, ESQ.
23                                    ONE SHELL SQUARE
                                      701 POYDRAS STREET
24                                    SUITE 5000
                                      NEW ORLEANS, LA  70139
25
```

OFFICIAL TRANSCRIPT

```
 1
                              COVINGTON & BURLING
 2                            BY:  ROBERT C. "MIKE" BROCK, ESQ.
                              1201 PENNSYLVANIA AVENUE, NW
 3                            WASHINGTON, DC  20004

 4                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQ.
 5                                 HARIKLIA "CARRIE" KARIS, ESQ.
                                   MATTHEW T. REGAN, ESQ.
 6                            300 N. LASALLE
                              CHICAGO, IL  60654
 7

 8   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 9   OFFSHORE DEEPWATER
     DRILLING INC., AND
10   TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
11                            BY:  KERRY J. MILLER, ESQ.
                              ENERGY CENTRE
12                            1100 POYDRAS STREET, SUITE 3700
                              NEW ORLEANS, LA  70163
13
                              SUTHERLAND ASBILL & BRENNAN
14                            BY:  STEVEN L. ROBERTS, ESQ.
                                   RACHEL G. CLINGMAN, ESQ.
15                            1001 FANNIN STREET, SUITE 3700
                              HOUSTON, TX  77002
16
                              MUNGER TOLLES & OLSON
17                            BY:  MICHAEL R. DOYEN, ESQ.
                                   BRAD D. BRIAN, ESQ.
18                                 LUIS LI, ESQ.
                              335 SOUTH GRAND AVENUE, 35TH FLOOR
19                            LOS ANGELES, CA  90071

20                            MAHTOOK & LAFLEUR
                              BY:  RICHARD J. HYMEL, ESQ.
21                            1000 CHASE TOWER
                              600 JEFFERSON STREET
22                            LAFAYETTE, LA  70502

23                            HUGHES ARRELL KINCHEN
                              BY:  JOHN KINCHEN, ESQ.
24                            2211 NORFOLK, SUITE 1110
                              HOUSTON, TX  77098
25
```

```
 1
     FOR HALLIBURTON
 2   ENERGY SERVICES,
     INC.:                         GODWIN LEWIS
 3                                 BY:  DONALD E. GODWIN, ESQ.
                                        FLOYD R. HARTLEY, JR., ESQ.
 4                                      GAVIN HILL, ESQ.
                                   RENAISSANCE TOWER
 5                                 1201 ELM STREET, SUITE 1700
                                   DALLAS, TX  75270
 6
                                   GODWIN LEWIS
 7                                 BY:  JERRY C. VON STERNBERG, ESQ.
                                   1331 LAMAR, SUITE 1665
 8                                 HOUSTON, TX  77010

 9
     FOR M-I L.L.C.:               MORGAN, LEWIS & BOCKIUS
10                                 BY:  HUGH E. TANNER, ESQ.
                                        DENISE SCOFIELD, ESQ.
11                                      JOHN C. FUNDERBURK, ESQ.
                                   1000 LOUISIANA STREET, SUITE 4000
12                                 HOUSTON, TX  77002

13
     OFFICIAL COURT REPORTER:      KAREN A. IBOS, CRR, RMR, CCR
14                                 500 POYDRAS STREET, ROOM HB406
                                   NEW ORLEANS, LA  70130
15                                 (504) 589-7776
                                   Karen_Ibos@laed.uscourts.gov
16

17   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
18

19

20

21

22

23

24

25
```

1                              I N D E X

2

3    <u>WITNESS:</u>                                    <u>PAGE/LINE:</u>

4

5    <u>JOHN GUIDE</u>

6

7      Continued Direct Examination by Ms. Karis      8732/12

8

9      Cross-Examination by Mr. Cunningham            8779/4

10

11     Cross-Examination by Ms. Lawrence              8843/13

12

13     Cross-Examination by Mr. Brian                 8851/9

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2                 MONDAY, APRIL 15, 2013

 3            A F T E R N O O N   S E S S I O N

 4

 5        (OPEN COURT.)

 6            THE COURT:  All right.

 7            MS. KARIS:  Thank you, your Honor.  Hariklia Karis on

 8   behalf of BP, continuing the direct examination of Mr. Guide.

 9            THE COURT:  Go right ahead.

10            MS. KARIS:  Thank you.

11                 CONTINUED DIRECT EXAMINATION

12   BY MS. KARIS:

13   Q.  Mr. Guide, before lunch we were going to begin talking about

14   bottoms-up, and that's the subject I'd like to begin with you --

15   discussing with you.

16            First of all, was there a complete bottoms-up performed

17   after BP finished drilling the well?

18   A.  Oh, yes, there were several.

19   Q.  And tell us what you mean, "there were several."

20   A.  After we TD'd the well and after we logged the well, we made an

21   extraordinary conditioning trip.  And what I mean by

22   "extraordinary" is it usually isn't part of the plan.

23   Q.  What is a conditioning trip?

24   A.  It's when we go in the wellbore with the drill pipe and

25   assembly, LWD tool, the PWD tool, the pressure well drilling tool,
```

13:22:01  1   and we circulate and condition the mud until we get the results we

13:22:06  2   see from the PWD tool that we deem that the wellbore is clean.  It

13:22:12  3   also can be referred to as a wiper trip where you go in and you see

13:22:17  4   if there's any hole problems going in the well.

13:22:23  5            This actually was even part of the decision tree that we

13:22:26  6   had put in place, when we -- we had lost circulation for really no

13:22:34  7   apparent reason that we could tell a couple of days -- well, even

13:22:38  8   more than a couple of days earlier.  We were almost finished

13:22:41  9   drilling the well, that's where we got the 14.7 pound per gallon

13:22:46 10   ECD number.  But anyway, we decided we'd make an extraordinary

13:22:55 11   conditioning trip, circulate and condition and get the hole in the

13:22:57 12   proper shape to run the casing.

13:22:59 13   Q.  And what does a conditioning trip do?

13:23:03 14   A.  Well, it actually you can see if there's any issues with the

13:23:09 15   wellbore, has it deteriorated?  Are there any, what we would call,

13:23:12 16   tight spots?  We would go in the hole, and then once we're on

13:23:17 17   bottom, we have what's called a PWD tool.

13:23:21 18   Q.  You referenced that previously.  What is a PWD tool?

13:23:24 19   A.  It's pressure well drilling.  It's part of the LWD, log well

13:23:29 20   drilling package that we run, and this is a tool that actually

13:23:33 21   gives us the downhole pressure readings.  Before -- before the PWD

13:23:40 22   tool was invented, you had to model, estimate what these were

13:23:45 23   because you couldn't actually get these readings; but now, with PWD

13:23:49 24   tool, you get the real numbers.  And so the PWD tool could tell you

13:23:53 25   when the hole has the cutting done.

8734

13:23:57  1    Q.  You called it an "extraordinary conditioning trip."  Why was it
13:24:00  2    an extraordinary conditioning trip?
13:24:03  3    A.  Usually, when we finish logging a zone or a hole section, we
13:24:09  4    just run the casing, so it was a step we inserted.
13:24:14  5    Q.  How long did the conditioning trip take?
13:24:16  6    A.  Over a day.
13:24:19  7    Q.  How long would a full bottoms-up have taken if you did another
13:24:24  8    bottoms-up?
13:24:25  9    A.  When?
13:24:28 10    Q.  If you did another bottoms-up prior to running the cement job,
13:24:32 11    how long would that have taken?
13:24:33 12    A.  That would have taken five hours.
13:24:35 13    Q.  So you didn't do the five-hour procedure, but you did do a
13:24:39 14    procedure that was extraordinary you said took a day?
13:24:41 15    A.  Yes.
13:24:41 16    Q.  Now, after doing the conditioning trip -- first of all, when
13:24:48 17    was the conditioning trip made, do you recall?
13:24:50 18    A.  It was around the 16th of April.
13:24:56 19    Q.  And after doing the conditioning trip, did you, then, run the
13:25:01 20    production casing?
13:25:02 21    A.  Yes, we did.
13:25:03 22    Q.  Prior to performing the final cement job, did you do a partial
13:25:10 23    bottoms-up?
13:25:11 24    A.  Yes, we did.
13:25:12 25    Q.  Explain to the Court what we mean by saying "did a partial

8735

13:25:16   1    bottoms-up".

13:25:17   2    A.  Deepwater drilling, inherently, you have casing strings that

13:25:24   3    have a lot of volume of mud in them, and in this particular case,

13:25:31   4    with the drill string and the casing volume was well over 800 and

13:25:36   5    some barrels, then we pumped an additional 120.  So just by the

13:25:42   6    fact of when we placed the cement itself, we had a bottoms-up above

13:25:50   7    the BOP stack.

13:25:51   8    Q.  Let me stop you there and see if we can pull up a demonstrative

13:25:55   9    to help in the explanation of this.

13:25:56  10         MS. KARIS:  Can we get D-4940, please.

13:25:56  11    BY MS. KARIS:

13:25:58  12    Q.  Do you still have your pointer?

13:26:05  13    A.  I do, right here.  Good.

13:26:12  14    Q.  D-4940.  And I know this is a demonstrative we've prepared for

13:26:18  15    a different purpose, but if you can use this starting configuration

13:26:22  16    here to explain what you mean by "you did a full bottoms-up to get

13:26:26  17    the mud above the BOP stack"?

13:26:28  18    A.  Okay.  So first and foremost, the definition of bottoms-up.

13:26:34  19    The definition of that is you have mud down here -- you have mud

13:26:39  20    down here, and the bottoms-up would be take this mud and bring it

13:26:44  21    back to the rig floor.

13:26:48  22         In this case, we knew what the volume inside the casing

13:26:50  23    was and we knew what the volume of the drill pipe was, so by the

13:26:56  24    sheer act of pumping, getting this cement from here down to here,

13:27:02  25    we pumped well over 1,000 barrels of mud.  And when the cement job

8736

13:27:06  1  was finished and we bumped the plug, the bottoms-up was here, above

13:27:11  2  the BOP stack (INDICATING).  Then, after the cement job was

13:27:16  3  finished and we set the seal assembly, we circulated that mud out

13:27:22  4  of the riser.  So it was in the riser, it was above the BOP stack.

13:27:26  5  And then we saw, when we circulated that out, that there was no

13:27:31  6  gas.  That was the whole reason why we did it.

13:27:33  7  Q.  Were the volumes that you and your team decided to pump

13:27:39  8  cognizant of this issue of getting the mud that was on the bottom

13:27:42  9  of the well to the top above the BOP stack?

13:27:46  10  A.  Yes.

13:27:47  11  Q.  And when was that performed?

13:27:49  12  A.  That was performed while we were doing the cement job itself.

13:27:54  13  Q.  So in addition to doing the circulating trip -- the

13:27:57  14  conditioning trip, excuse me, the special conditioning trip, you

13:28:01  15  also calculated volumes to get mud at the bottom all the way above

13:28:05  16  the BOP stack?

13:28:06  17  A.  That's correct.  Now, let me maybe clarify.  When we did the

13:28:10  18  extraordinary conditioning trip, that's when you go in the hole

13:28:14  19  with the drill pipe and you go all the way to the bottom of the

13:28:17  20  hole.  And this is before the casing is run.  And we circulated

13:28:22  21  four or five complete circulations.  A complete circulation is when

13:28:27  22  you pump mud from here, it goes all the way down, and all the way

13:28:30  23  back up.  That's a complete circulation.  A bottoms-up circulation

13:28:33  24  is just getting mud down to here, up to here (INDICATING).

13:28:37  25  Q.  So you did complete circulations, multiple complete

8737

13:28:41  1   circulations, plus the extraordinary conditioning trip, plus what

13:28:44  2   we're calling a partial bottoms-up, getting mud from the bottom of

13:28:47  3   the well all the way to the top?

13:28:49  4   A.  So just to clarify.  We did multiple complete circulations

13:28:54  5   while we were doing the conditioning trip, and then we did the

13:28:56  6   partial bottoms-up when we did the cement job.

13:28:59  7   Q.  Fair enough.  Now, was a decision made to not do another

13:29:04  8   complete bottoms-up rather than this partial bottoms-up prior to

13:29:08  9   running the cement job?

13:29:09 10   A.  Yes, oh, yes.

13:29:11 11   Q.  Who made that decision?

13:29:13 12   A.  It was the well site leaders; the guys on the rig and myself.

13:29:18 13   Q.  And when you say "the well site leaders," which well site

13:29:23 14   leaders?

13:29:24 15   A.  Bob and Don.

13:29:25 16   Q.  And the guys on the rig, who are you referring to?

13:29:30 17   A.  Nathan was involved.

13:29:31 18   Q.  Mr. Chaisson from Halliburton?

13:29:33 19   A.  Yeah.  He --

13:29:35 20   Q.  And yourself?

13:29:36 21   A.  Yeah.

13:29:36 22   Q.  Now, have you been involved in other operations where complete

13:29:40 23   bottoms-up was not run just immediately prior to running the cement

13:29:43 24   job?

13:29:44 25   A.  Yeah.  In deepwater drilling, that's over half the time, yes.

13:29:50  1    It's very common as a matter of fact.

13:29:51  2    Q.  So based on your prior experience, was it unusual to not do a

13:29:57  3    complete bottoms-up immediately before running the cement job?

13:30:00  4    A.  It's not unusual at all in deep water.

13:30:02  5    Q.  Now, why did you decide to not do a complete bottoms-up

13:30:06  6    immediately prior to doing a cement job?

13:30:09  7    A.  As I mentioned before, we had lost circulation for really no

13:30:16  8    apparent reason.  When we lost circulation for no apparent reason,

13:30:20  9    I am saying that because we went back and looked at all of the data

13:30:23 10    and we said, Okay.  Because usually you might be able to tell.  But

13:30:26 11    we couldn't tell.  So we said, Look, you know, it's important to be

13:30:32 12    able to circulate this cement around.  We know that.  It's one of

13:30:36 13    the main goals.  So we said, Look, if we get the cement on

13:30:40 14    bottom -- I'm sorry, I'm wrong.  If we get the casing on bottom

13:30:43 15    successfully, which we did, and we can establish circulation, which

13:30:48 16    we did, "then we're going to go ahead and pump the cement.

13:30:52 17    Q.  And when you say, "if we can establish circulation, which we

13:30:55 18    did," what are you referring to?

13:30:57 19    A.  That is -- we can -- once we get the casing on bottom and we

13:31:01 20    convert the float equipment, then we actually can pump mud down the

13:31:06 21    casing and get mud back up the riser to the rig.

13:31:10 22    Q.  You mentioned a concern regarding the condition of the wellbore

13:31:15 23    in light of the fact that you had lost returns inexplicably.  What

13:31:21 24    effect did your concerns about that, those losses, have in

13:31:26 25    impacting your decision as to whether to do a bottoms-up?

8739

13:31:29 1   A.  That was the main reason, because we were concerned -- well,

13:31:35 2   "concern" is really not the word.  We were -- usually, in deep

13:31:39 3   water you lose circulation when you run the casing.  It's just part

13:31:44 4   of the business.  And we just said, if we can get the casing on

13:31:49 5   bottom and we can break circulation, which is the act of starting

13:31:53 6   to circulate, then we wanted to pump the cement.

13:31:55 7   Q.  Did you believe that you were applying your best engineering

13:32:00 8   judgment, based on all of the experience that you had, in making

13:32:04 9   the decision to not do a full bottoms-up?

13:32:07 10   A.  Yes, I do.

13:32:08 11   Q.  Did you believe in any way that you were compromising the

13:32:13 12   safety of the operations by not doing a full bottoms-up?

13:32:17 13   A.  No, actually I think the opposite of that, you know, because we

13:32:22 14   wanted to be able to get, you know, circulate the cement around.

13:32:25 15   And so, you know, we -- that's what the priority was.  So, you

13:32:32 16   know, and that worked.

13:32:33 17   Q.  Did you, at any time, consider the costs associated with the

13:32:38 18   time that it would take to run a full bottoms-up?

13:32:41 19   A.  No, no.

13:32:41 20   Q.  Did the conditioning trip that you -- the extraordinary

13:32:46 21   conditioning trip that you decided to do, did that, in fact, take

13:32:50 22   multiple more hours than a bottoms-up would have taken?

13:32:52 23   A.  Yeah, five times as long.

13:32:55 24   Q.  Did you believe that you were increasing the risk of a well

13:33:04 25   blowout in any way by not performing a full bottoms-up immediately

8740

13:33:08  1   prior to the cement job?

13:33:09  2   A.  No, I don't.  I don't even see how that could be.

13:33:15  3   Q.  Let's talk about the float collar.  You referenced the

13:33:24  4   converting of the float collar.  Were you involved in discussions

13:33:28  5   regarding whether the float collar converted?

13:33:30  6   A.  Yes.

13:33:31  7   Q.  And describe for the Court what your overall involvement was

13:33:35  8   with respect to the float collar conversion.

13:33:38  9   A.  Okay.  On it was the 19th, the morning -- I'm sorry.  The

13:33:43 10   afternoon of the 19th we had just successfully landed the casing,

13:33:48 11   and Bob Kaluza, one of the well site leaders, called me and said

13:33:53 12   that they had pressured up to around 1,500 psi and they weren't

13:34:00 13   able to we call it "convert the float" or establish circulation.

13:34:06 14        So Brian Morel was also on the rig at the time, so we

13:34:11 15   used a technique called rocking, it's where you pressure up the

13:34:16 16   casing and you bleed the pressure off fast.  And this is just in

13:34:20 17   case there might be some debris or something that might be in the

13:34:23 18   way, and it can maybe dislodge the debris.

13:34:27 19        And while we were rocking, performing this operation,

13:34:31 20   Brian Morel called Weatherford, Bryan Clawson with Weatherford.  We

13:34:38 21   had the data on the float collar, all of the specifications, but we

13:34:41 22   wanted to double check with Weatherford to make sure that, you

13:34:45 23   know, what we were going to do is okay.  And so Mr. Clawson

13:34:49 24   indicated that this particular float collar you could pressure up

13:34:53 25   to 5,000 psi to convert.

8741

13:34:56  1        So then we developed a plan that we would go up to

13:35:02  2   3,500 psi maximum, which is 70 percent of the rated pressure of the

13:35:07  3   float, and we would stairstep it up.  So we would pressure up and

13:35:13  4   then hold it for a little bit then keep pressuring up, as opposed

13:35:17  5   to having one just continuous pressure ramp, so to speak.  And at

13:35:23  6   3,100, 3,100-plus psi the float converted.

13:35:27  7   Q.  Let me follow-up on some of what you told us.  You said

13:35:32  8   Mr. Kaluza called you and told you they were having some

13:35:34  9   difficulties establishing circulation.  What is the significance of

13:35:37 10   establishing circulation to assessing whether your float collar has

13:35:41 11   converted?

13:35:42 12   A.  Well, if you can't circulate then that means your float collar

13:35:45 13   didn't convert.

13:35:47 14   Q.  And if you are circulating, what does that tell you about the

13:35:49 15   float collar conversion?

13:35:51 16   A.  It means that your float collar converted.

13:35:54 17   Q.  When Mr. Kaluza called and expressed that they were having some

13:35:58 18   difficulties establishing circulation, did you provide him with a

13:36:04 19   plan for what to do, this rocking plan that you identified?

13:36:07 20   A.  Yes.  Because it's a technique that we have used, and I

13:36:11 21   personally have used in the past.  And then also -- and then

13:36:16 22   concurrently we wanted to have a discussion with Weatherford, so we

13:36:20 23   weren't going to proceed until we had, you know, had confirmed the

13:36:23 24   numbers.

13:36:24 25   Q.  You indicated that rocking was a possible way to clear any

8742

13:36:28  1   debris.  How does rocking clear any debris that may be stuck and

13:36:33  2   causing your float collar to not convert?

13:36:35  3   A.  This particular float collar has what is called a caged ball.

13:36:42  4   What that is there is a little ball that converts to floats.  And

13:36:47  5   sometimes there can be something that gets stuck up in there, or

13:36:53  6   what also has happened is people drop something in the casing when

13:36:57  7   we're running it and you don't even know.  And this technique puts

13:37:05  8   surges back and forth, and if there is any debris, sometimes it

13:37:09  9   gets dislodged.

13:37:10  10  Q.  And after suggesting that the crew rock, conduct this rocking

13:37:15  11  technique, is that when you, then, decided to increase the pressure

13:37:19  12  in order to convert the float collar?

13:37:20  13  A.  That's correct.

13:37:21  14  Q.  You mentioned a conversation Mr. Morel had with Brian Clawson.

13:37:26  15  Mr. Clawson works for which company?

13:37:28  16  A.  For Weatherford.

13:37:29  17  Q.  And why did Mr. Morel reach out to Mr. Clawson at Weatherford?

13:37:33  18  A.  We wanted to double check the pressure ratings on the float

13:37:38  19  collar.  We had the information and it was supplied to us by

13:37:42  20  Weatherford, but we just wanted to double check just to make sure.

13:37:46  21  Q.  And the pressure rating, I think, you indicated earlier was

13:37:51  22  over 5,000 psi?

13:37:52  23  A.  That's right, 5,000 psi differential.

13:37:54  24  Q.  At any time, to your knowledge, did anybody pressure up the

13:37:58  25  float collar on the *Deepwater Horizon* to a level in excess of the

8743

13:38:01  1    pressure rating?

13:38:02  2    A.  No.

13:38:02  3    Q.  At what level did you say you believe the float collar

13:38:06  4    converted?

13:38:06  5    A.  Around 3,100 psi.

13:38:08  6    Q.  In your prior experience, have you been involved in situations

13:38:15  7    where the crew had to put more pressure on the float collar in

13:38:21  8    order to convert it --

13:38:22  9    A.  Yes.

13:38:22 10    Q.  -- more than what was originally planned?

13:38:24 11    A.  Oh, yes.  Numerous occasions.

13:38:25 12    Q.  You testified, I believe, earlier just a minute ago that you

13:38:35 13    believed that the float collar converted throughout these

13:38:37 14    operations?

13:38:38 15    A.  Yes, I do.

13:38:39 16    Q.  And why is it that you believed on the evening of April 19th --

13:38:45 17    during the day of April 19th that the float collar had, indeed,

13:38:48 18    converted?

13:38:49 19    A.  By the fact that we could circulate.

13:38:54 20    Q.  And how did you know you were getting -- you had established

13:39:00 21    circulation?  How does one determine that?

13:39:01 22    A.  Well, we were pumping mud with the rig pumps out of the pits

13:39:07 23    and pumping down the casing and we were getting mud back up the

13:39:10 24    riser on the flow line.

13:39:12 25    Q.  Now, there's been some testimony throughout this trial that one

8744

13:39:16  1  possibility is that rather than converting, the float collar was

13:39:19  2  damaged or blown out downhole.  Was that something that you

13:39:24  3  considered?

13:39:24  4  A.  No, no, it wasn't, because we -- the float converted within the

13:39:34  5  pressure rating of the tool.

13:39:36  6  Q.  After the float collar converted and they established

13:39:40  7  circulation, did you see circulating pressures lower than

13:39:43  8  anticipated?

13:39:44  9  A.  We did.

13:39:45  10  Q.  And did you do anything to investigate what had caused those

13:39:48  11  lower pressures?

13:39:49  12  A.  Yeah, we did several things.  First we changed mud pumps

13:39:56  13  because different pumps have different -- can give you different

13:40:01  14  pressures.  And indeed by just changing from one pump to the other,

13:40:05  15  the pressure changed by 90 psi.

13:40:09  16         Then we decided -- you know, we had looked at the whole

13:40:16  17  system, the drill pipe, the running tool, the casing.  We said,

13:40:19  18  okay, can it be leaking somewhere?  And there's only really one

13:40:24  19  place other than the shoe where there was a potential for a leak,

13:40:30  20  and it was up in the riser, and it's called a diverter tool.  It's

13:40:35  21  another tool we use to surge reduction.

13:40:40  22         So the reason why you lose circulation when you run pipe

13:40:42  23  in the hole is because you put a surge on the formation.  Anyway,

13:40:50  24  this tool has holes in it and then before the cement job, you

13:40:52  25  close -- the little sleeve closes the holes.  And we saw that -- we

13:40:56  1    thought we did that properly.  But to check -- so we weren't sure

13:41:02  2    if we were circulating out there, so then we -- Transocean and us,

13:41:07  3    BP, we lined up and tested and verified that the diverter tool was

13:41:14  4    actually closed.

13:41:14  5    Q.  Did you contact MI-SWACO in connection with the model that they

13:41:20  6    had done converting what circulating pressures you should see?

13:41:23  7    A.  Yes, we did.

13:41:24  8    Q.  Who did you contact?

13:41:25  9    A.  Doyle Maxie.

13:41:27 10    Q.  And if we can now look at trial Exhibit 1814.1.2, please.  Is

13:41:37 11    this an e-mail Doyle Maxie, the project engineer for MI-SWACO, sent

13:41:42 12    to Mr. Cocales, yourself and a number of other individuals

13:41:46 13    regarding this issue of the modeling that had predicted what the

13:41:49 14    circulating pressure should be following the float collar

13:41:53 15    conversion?

13:41:54 16    A.  Yes.

13:41:54 17    Q.  And tell us what Doyle Maxie -- his communication to you

13:42:02 18    indicated.

13:42:03 19    A.  Do you want me to read the --

13:42:05 20    Q.  First summarize for us.

13:42:07 21    A.  Well, he said that he went back and looked at the VH, which is

13:42:14 22    the virtual hydraulics, that's MI-SWACO's model, and he could not

13:42:22 23    replicate the circulating pressure that we saw.  But as he

13:42:28 24    mentioned, it says, "Looking at the predictions from past modeling,

13:42:32 25    the pressure's never quite the same.  We are drilling, so I would

13:42:36   1   not expect them to be the same in this period.  Pressure is one of

13:42:39   2   the hardest numbers to correlate."

13:42:41   3   Q.  I'm sorry, if we can just call that out.

13:42:43   4   A.  I'm sorry.

13:42:43   5   Q.  My fault.  I've had several individual -- several individuals

13:42:49   6   double-check.  Down to where Mr. Guide just finished reading.

13:42:57   7   A.  Okay.  Right.

13:42:59   8   Q.  So did Doyle Maxie indicate that they at SWACO attempted to

13:43:05   9   understand why the model hadn't predicted the accurate circulating

13:43:10   10   pressure?

13:43:10   11   A.  That's right.

13:43:11   12   Q.  And there's a reference there to VH for modeling.  Of what

13:43:16   13   relevance was that this modeling was this VH type, virtual

13:43:22   14   hydraulic?

13:43:23   15   A.  This modeling is actually -- was actually put together for when

13:43:27   16   you're drilling.  And as I mentioned before, a PWD tool gives you

13:43:34   17   actual pressures in the well.  Well, before that tool was invented,

13:43:38   18   people had -- all of the companies had a model that predicted these

13:43:44   19   ECD pressures.  So this model actually was designed and used for

13:43:50   20   drilling, not so much circulating mud with casing.

13:43:53   21   Q.  So MI-SWACO, whose model it is, indicated pressure is one of

13:44:00   22   the hardest numbers to correlate?

13:44:01   23   A.  That's right.

13:44:02   24   Q.  Now, after seeing that you had circulated as well as having

13:44:07   25   MI-SWACO evaluate the circulating pressures, did you have any

13:44:11  1    reason to question or doubt that the float collar had indeed

13:44:15  2    converted?

13:44:16  3    A.  I didn't.

13:44:17  4    Q.  And based on morning calls you had as well as the meeting that

13:44:24  5    took place on the rig and your conversations with the folks on the

13:44:28  6    rig, did anybody at any time express to you that they did not

13:44:31  7    believe that the float collar converted?

13:44:33  8    A.  No.

13:44:33  9    Q.  Based on your own prior experience, given what you are aware

13:44:39 10    happened with respect to the float collar conversion, did you

13:44:42 11    conclude that, in fact, the float collar converted as part of these

13:44:46 12    operations?

13:44:47 13    A.  Yes, I did.

13:44:47 14    Q.  If we can now pull up TREX-93.48.1.  Mr. Guide, are you aware

13:45:05 15    that DWOP contains certain requirements with respect to the float

13:45:10 16    collar?

13:45:10 17    A.  Yes, I am.

13:45:11 18    Q.  And we've seen this shown to the Court before.  This is Section

13:45:16 19    15.2.15 from BP's Drilling and Well Operations Practice, DWOP.  And

13:45:22 20    it says that the auto-fill float equipment shall be tripped prior

13:45:26 21    to running through any hydrocarbon-bearing zone.  Can you explain

13:45:32 22    what this section of DWOP requires?

13:45:34 23    A.  Well, what we're saying here is if you have auto-fill, a float

13:45:40 24    equipment, which is what this particular piece of equipment was,

13:45:44 25    that you should convert it so you can circulate, in other words,

8748

13:45:48 1    prior to going through the hydrocarbon-bearing zone.

13:45:51 2    Q.  And did that occur at the Macondo well?

13:45:55 3    A.  It did not.

13:45:55 4    Q.  Can you explain why not?

13:45:57 5    A.  The engineers wrote -- well, it's very -- let me start over

13:46:06 6    again.

13:46:07 7         The engineers anticipated this, and prior to this actually

13:46:13 8    happening, they got a dispensation from the engineering authority

13:46:18 9    to not perform this function.

13:46:20 10   Q.  If we can look at TREX-41245N.9.1, please.  And if we can call

13:46:30 11   that out just a little more.  I'm not sure you're going to be able

13:46:36 12   to see that.

13:46:37 13        Is this the dispensation that the engineering team got

13:46:40 14   from the engineering authority with respect to converting the

13:46:44 15   auto-fill equipment prior to tripping?

13:46:46 16   A.  Yes, this is the dispensation not to convert the auto-fill

13:46:51 17   float equipment.

13:46:51 18   Q.  Do you have an understanding as to --

13:46:54 19        THE COURT:  I have a question.  Who is the engineering

13:46:56 20   authority?

13:46:56 21        THE WITNESS:  In this particular case, Jonathan Sprague.

13:47:00 22        THE COURT:  So somebody in BP?

13:47:02 23        THE WITNESS.  Yes.

13:47:03 24        THE COURT:  Okay.  I just wanted to be clear who you were

13:47:05 25   speaking about.

8749

13:47:08  1          MS. KARIS:  Sorry for that.

13:47:10  2          THE COURT:  Go ahead, Ms. Karis.

13:47:12  3          MS. KARIS:  Thank you.

13:47:13  4  BY MS. KARIS:

13:47:14  5  Q.  Do you have an understanding as to why this dispensation was

13:47:19  6  obtained with respect to the auto-fill float equipment conversion?

13:47:25  7  A.  In deep water, in the deep water Gulf of Mexico, auto-fill is

13:47:31  8  really a necessity if you want to have a chance to get your casing

13:47:37  9  run without losing circulation.

13:47:40 10          DWOP is BP's drilling operating practices for the entire

13:47:46 11  world, so it's not dependent on the region that you're in.  So in

13:47:53 12  this particular case, because, you know, auto-fill is really a

13:47:56 13  necessity in the Gulf of Mexico deep water, they get dispensations

13:48:02 14  from the DWOP.

13:48:02 15  Q.  And given that DWOP is BP's global practice, are there

13:48:07 16  circumstances in certain regions of the world, based on the

13:48:10 17  conditions that exist, that you need to obtain dispensations from

13:48:14 18  those standard practices?

13:48:16 19  A.  That's correct.

13:48:16 20  Q.  And is that the case with respect to running auto-fill float

13:48:20 21  equipment in the Gulf of Mexico?

13:48:22 22  A.  That's correct.

13:48:22 23  Q.  And is it your experience in running this type of equipment in

13:48:25 24  the Gulf of Mexico that this a standard dispensation from DWOP

13:48:32 25  under these conditions?

8750

13:48:33  1   A.  It's a standard dispensation that we use on almost every well.

13:48:37  2   Q.  And what is it about the conditions in the Gulf of Mexico that

13:48:44  3   do not allow for tripping prior to running through the hydrocarbon

13:48:47  4   as the preferred approach?

13:48:49  5   A.  Deep water Gulf of Mexico, the pour pressure fracture gradient

13:48:54  6   window is small, it's tight, and the auto-fill float equipment

13:49:02  7   enables you to actually fill the casing as it's run, and so it

13:49:06  8   eliminates the surge pressures that you see.

13:49:08  9        So when you run casing into a well and if you don't have

13:49:11 10   auto-fill float equipment, just think of pushing a plunger down a

13:49:15 11   tube, and that eliminates that surge effect.

13:49:18 12   Q.  And under Risk/Mitigation, if we can pull out the first line

13:49:28 13   all the way across, because I think we're cutting some of it off.

13:49:33 14   It says, "This change does not introduce additional risks or

13:49:36 15   hazards to the liner running process.  As noted above, well control

13:49:41 16   safety will be enhanced and mud costs will be reduced."  Correct?

13:49:46 17   A.  Yes.

13:49:46 18   Q.  And so by following this dispensation, is it the view of BP's

13:49:51 19   engineering authority, as well as yourself, that you're actually

13:49:56 20   enhancing well control safety by not converting the auto-fill prior

13:50:01 21   to running it?

13:50:02 22   A.  Yeah, that's correct, because you're giving yourself a chance

13:50:06 23   not to lose the circulation, not to lose the mud.  So one of your

13:50:11 24   primary barriers in any well operation is the drilling fluid, and

13:50:16 25   this enables you to keep a full column of drilling fluid.

8751

13:50:19  1   Q.  There's been some suggestion in this case that by not

13:50:23  2   satisfying the requirement of DWOP that that actually decreased

13:50:27  3   safety.  Do you agree with that?

13:50:29  4   A.  No, it's the opposite.  This dispensation increases safety.

13:50:33  5   Q.  Let's talk about the decision relating to the cement bond log.

13:50:54  6   Is it correct that a cement bond log was not run as part of the

13:50:58  7   temporary abandonment procedure at the Macondo well?

13:51:00  8   A.  That's correct.

13:51:01  9   Q.  Was there a plan at some point in time to run a cement bond

13:51:05 10   log?

13:51:06 11   A.  Yes, we would run the bond log, as we normally would, during

13:51:10 12   the completion operation.

13:51:11 13   Q.  And in your experience, why is the cement bond log normally run

13:51:16 14   during the completion operation rather than a temporary

13:51:18 15   abandonment?

13:51:19 16   A.  It's run actually in conjunction with several other wells, and

13:51:24 17   so the information you're looking for is usually the stuff you want

13:51:30 18   to know for the completion.

13:51:31 19   Q.  Now, who made the decision to not run a cement bond log at the

13:51:37 20   Macondo well as part of temporary abandonment?

13:51:39 21   A.  That would be the engineering authority again, which was John

13:51:42 22   Sprague.

13:51:43 23   Q.  We saw earlier that in connection with the management of change

13:51:50 24   that was reviewed and then approved by a number of individuals for

13:51:52 25   the long string versus liner, there was a decision tree attached?

8752

13:51:56  1    A.  That's correct.

13:51:56  2    Q.  Did that decision tree address the conditions under which a

13:52:01  3    cement bond log would be run?

13:52:03  4    A.  It did.

13:52:03  5    Q.  If we can look at TREX-4456, please.  Is this the decision tree

13:52:20  6    that was prepared on April 14th regarding whether or not a cement

13:52:24  7    bond log would be run?

13:52:25  8    A.  Yes, it is.

13:52:26  9    Q.  And I have a demonstrative here that calls out certain sections

13:52:31  10   just to make it easier to read.  If we can go to D-46- -- I'm

13:52:45  11   sorry, 4964.1.  Just build it up, please.  We'll wait till the end.

13:53:15  12   Sorry.

13:53:31  13        Let's walk through this, recognizing we may have to call

13:53:35  14   them out one at a time.  Let's see if we can show this on the ELMO,

13:53:44  15   it might be easier and better.

13:53:47  16   A.  That's a little better.

13:53:48  17   Q.  The decision tree that was prepared and signed off on by the

13:53:56  18   engineering authority, did it -- first of all, is this the decision

13:54:01  19   tree that we're looking at?

13:54:03  20   A.  Yes, it is.

13:54:03  21   Q.  And the decision tree identifies various circumstances under

13:54:07  22   which certain decisions would be made.  And let's walk through

13:54:11  23   them.  First it talks about making conditioning run following

13:54:15  24   logging program completion.  What is that?

13:54:19  25   A.  That is the extraordinary conditioning trip that we made.

8753

13:54:22  1   Q.  And did you follow that step?

13:54:23  2   A.  We did.

13:54:24  3   Q.  And then it goes down to losses or hole problems to prevent

13:54:29  4   running long string.  That's one of the questions that it asks.

13:54:33  5   Correct?

13:54:34  6   A.  It is.  And while we were -- while we made our conditioning

13:54:38  7   trip, we had no hole problems or circulation problems.

13:54:41  8   Q.  And so then given that you had no losses or circulating

13:54:46  9   problems, did you then follow the running the 9-7/8-by-7-inch long

13:54:51  10  string?

13:54:52  11  A.  Yes, we did.

13:54:53  12  Q.  And after you ran the long string -- and I know this

13:54:59  13  demonstrative is not working this way because it's covering certain

13:55:02  14  parts up.  Let's see if we can do it differently.  Let's go back to

13:55:07  15  4456.  This might be better.

13:55:12  16          So we're walking through this.  Talked about the

13:55:15  17  conditioning trip.  Then you look for losses to prevent running the

13:55:19  18  long string.  Did you have any losses?

13:55:21  19  A.  No, we did not.

13:55:22  20  Q.  So you go to the side of the decision tree.  Did you run the

13:55:26  21  9-7/8-by-7-inch long string?

13:55:28  22  A.  We did.

13:55:29  23  Q.  As a result of not having any losses.  Did you then cement the

13:55:32  24  long string?

13:55:33  25  A.  We did.

8754

13:55:33  1    Q.  So you followed that step.  And then did you look for whether

13:55:37  2    you had losses while cementing your long string?

13:55:40  3    A.  We did.

13:55:40  4    Q.  Did you have any losses while cementing the long string?

13:55:44  5    A.  We had no losses during the cement job.

13:55:46  6    Q.  And how did you know that?

13:55:48  7    A.  We measure pressure.

13:55:50  8    Q.  And was it reported back then after monitoring and measuring

13:55:54  9    that there had been no such losses?

13:55:56  10   A.  That's correct.

13:55:56  11   Q.  And so given that you had no losses, did you then go down this

13:56:01  12   path, run wireline, test casing and then set the TA plug?

13:56:06  13   A.  That's correct.

13:56:06  14   Q.  Then go back to the top, please.  And go over to -- if you can

13:56:14  15   just slide it over.  Had you incurred losses, does this then

13:56:21  16   require running WB -- what's WB?

13:56:25  17   A.  Wear bushing.

13:56:26  18   Q.  Wear bushing test casing, and then calculate your theoretical

13:56:31  19   top of cement based on loss volume, what would that have required?

13:56:34  20   A.  Well, we would measure -- so we know we pumped X amount of

13:56:40  21   barrels.  We would measure to see how many barrels we got back.

13:56:43  22   And then dependent on what that difference was, we could estimate

13:56:46  23   where the top of cement was in the annulus.

13:56:48  24   Q.  And then further down, please.  And after you made that

13:56:55  25   calculation and estimated where your top of cement was, depending

13:56:58  1    on where that estimate came out, if it was below 17,970, would you

13:57:05  2    have then run a log to confirm top of cement?

13:57:08  3    A.  That's correct.

13:57:08  4    Q.  And if it was not below, would you have then gone to the MMS

13:57:14  5    for dispensation for MMS requirements?

13:57:17  6    A.  We also would have had a discussion with the engineering

13:57:19  7    authority, so it would be -- require BP dispensations and MMS.

13:57:24  8    Q.  And so with respect to the issue of whether a cement bond log

13:57:29  9    was run, were there pre-set forth conditions under which a cement

13:57:35 10    bond log would be required?

13:57:36 11    A.  Yes, there were.

13:57:36 12    Q.  And were the conditions for not running a cement bond log met?

13:57:41 13    A.  They were.  And we discussed it in the morning call, after the

13:57:48 14    cement job was finished.

13:57:49 15    Q.  Now, I understand there was a decision tree, but putting the

13:57:53 16    decision tree to the side, let's speak to your prior experience in

13:57:56 17    terms of how you assess whether a cement bond log needs to be run.

13:58:01 18         Have you, in your prior experiences, had to do

13:58:05 19    assessments and reach engineering judgments on whether or not a

13:58:09 20    cement bond log should be run?

13:58:11 21    A.  Yes.

13:58:11 22    Q.  And what do you typically look at in order to decide whether

13:58:16 23    you're going to run a cement bond log at the end of your cement job

13:58:20 24    as part of the temporary abandonment procedure?

13:58:23 25    A.  It would be if you had to verify where the top of cement was.

13:58:27  1    Q.  And what do you look at in order to determine whether you need

13:58:31  2    to run that cement bond log?  Do you look at loss circulation?

13:58:35  3    A.  Loss circulation, cement lift pressure, did we get full

13:58:38  4    returns, partial returns, did we bump the plugs on top.

13:58:41  5    Q.  And were those all factors that you looked at in connection

13:58:44  6    with the decision to not run a cement bond log at Macondo?

13:58:47  7    A.  Yes, they were all factored in.

13:58:49  8    Q.  And as part of your experience in being in this industry for

13:58:52  9    30 years, is it customary not to run a cement bond log when you

13:58:58 10    achieve what you just identified, bump the plugs on time, not incur

13:59:05 11    losses and monitor your circulating pressure?

13:59:08 12    A.  It's not common to run it at that time.  We were going to run

13:59:12 13    it later on during the completion, but not at that time.

13:59:15 14    Q.  Now, there's been some discussion in this case about possible

13:59:18 15    channelling if your cement did not land where you anticipate it to

13:59:25 16    land.  First of all, do you have an understanding generally of what

13:59:28 17    channelling is?

13:59:28 18    A.  Yes, I do.

13:59:29 19    Q.  And what is your understanding of channelling?

13:59:31 20    A.  It's when the cement actually channels through the mud as

13:59:36 21    opposed to being -- pushing all of the mud up fully circular around

13:59:41 22    in the annular space.

13:59:42 23    Q.  And is channelling a safety concern?

13:59:48 24    A.  No, I wouldn't call it a safety concern.

13:59:53 25    Q.  Tell us why not.

8757

13:59:55  1    A.  Well, channelling might require -- might require you to do a

14:00:01  2    remedial cement job, which would be squeeze and actually shoot

14:00:06  3    holes in your casing and pump cement into it.  But I don't know

14:00:13  4    if -- I don't see how it would be a safety issue.

14:00:16  5    Q.  Now, you mentioned that there was -- following the cement job,

14:00:20  6    there was a discussion on the morning of April 20th.  Is that part

14:00:23  7    of the morning call discussion?

14:00:24  8    A.  Yes.  It was part of the morning call discussion.

14:00:27  9    Q.  First tell us who was in attendance in that meeting where you

14:00:30 10    discussed this issue of the cement bond log.

14:00:32 11    A.  We were -- it was the well site leaders who were on the rig

14:00:37 12    call -- the well site leader.  The folks who were at the meeting, I

14:00:43 13    remember Greg Walz and Brett Cocales, and I asked the question --

14:00:47 14    because this is an engineering decision to run the bond log or not.

14:00:52 15    And so even though we met all of the criteria, we still ask, okay,

14:00:57 16    is there anybody here -- does anyone think we still need to run the

14:01:01 17    bond log?

14:01:02 18    Q.  And did anybody in that meeting express that they believed that

14:01:05 19    a cement bond log should be run?

14:01:07 20    A.  No.  No one thought we should run the bond log.

14:01:10 21    Q.  Now, even though no one thought you should run the bond log,

14:01:14 22    had you made contingent plans in the event that a bond log would be

14:01:18 23    needed?

14:01:19 24    A.  Yes.  And so we got all of the tools out there and we got the

14:01:25 25    people out there and that was just, you know, I guess really

8758

14:01:31  1   another example of the logistical challenges that we had, this is

14:01:39  2   just more stuff we had to get out prior to finishing the job.

14:01:45  3   Q.  And was this around the same time that you expressed that you

14:01:48  4   guys were having a lot of contingent plans?

14:01:51  5   A.  That's right.  That's right.

14:01:51  6   Q.  When you reference that you had various contention plans, I

14:01:58  7   failed to ask you, were your concerns about these various

14:02:00  8   contention plans in any way related to whether these changes were

14:02:04  9   causing safety issues?

14:02:05  10  A.  Yeah.  No, none of the changes -- there really weren't changes.

14:02:11  11  We were just adding -- giving ourselves the flexibility to do

14:02:17  12  multiple -- to go down multiple paths.  And, no, none of this had

14:02:25  13  any safety related -- safety-related component to it at all.  It

14:02:31  14  was just -- logistically it was challenging to get all of these

14:02:35  15  pieces out.

14:02:36  16          What I forgot to mention before, you know, even is that

14:02:40  17  like the casing in the long string, we usually don't do -- we

14:02:44  18  usually do one or the other because they're not just -- it's not

14:02:47  19  just a mix and match.  The people, the equipment is completely

14:02:52  20  different from one to the other, which is one of the things Don was

14:02:56  21  talking to me about, saying, you know, this is just -- there's a

14:03:02  22  lot of logistical challenges going on.  I'm sorry, that's what his

14:03:07  23  concern was about.

14:03:08  24  Q.  And is that part of the business, if you will, to identify when

14:03:12  25  you increase logistical challenges and then address those?

8759

14:03:15  1    A.  Yes, absolutely.  Part of our job.

14:03:17  2    Q.  And did you feel that you were addressing those logistical

14:03:20  3    issues?

14:03:21  4    A.  Yeah, that's why I actually had the discussion with David and

14:03:25  5    Greg.

14:03:25  6    Q.  Back to the cement bond log.  When the team concurred that they

14:03:36  7    were going to follow the decision tree that had been signed off by

14:03:41  8    the engineering authority, was there any consideration that by not

14:03:45  9    running a cement bond log, you were saving money?

14:03:47  10   A.  No.

14:03:47  11   Q.  At any time, was there any discussion about trying to save time

14:03:54  12   by not running a cement bond log?

14:03:57  13   A.  No, no.

14:03:58  14   Q.  Did you believe that you were applying your best engineering

14:04:01  15   judgment, based on your prior experience, when you concurred with

14:04:06  16   the decision to not run a cement bond log?

14:04:09  17   A.  Yes, I did.

14:04:10  18   Q.  And did you believe you were compromising safety in any way by

14:04:14  19   making the decision to not run -- or concurring with the decision

14:04:17  20   to not run a cement bond log?

14:04:19  21   A.  No, I saw no impact to the safety of the operation whatsoever.

14:04:28  22   Q.  Change topics.  Let's talk about the temporary abandonment

14:04:32  23   procedure itself.

14:04:38  24        Prior to the development of the temporary abandonment

14:04:43  25   procedure for Macondo well, had you had earlier experience in

14:04:47  1    drafting and implementing temporary abandonment procedures?

14:04:51  2    A.  Yes.  I've wrote multiple procedures.

14:04:54  3    Q.  When you say multiple, can you give us a sense of how many?

14:04:57  4    A.  Well, in deep water alone, 10 to 15, but in other shallow water

14:05:05  5    wells and land wells, hundreds.

14:05:07  6    Q.  So in addition to writing 10 to 15 deepwater, hundreds in other

14:05:13  7    operations, have you yourself also performed temporary abandonment

14:05:17  8    procedures?

14:05:17  9    A.  I did, as a well site leader.

14:05:19 10    Q.  And were all of those successfully performed?

14:05:22 11    A.  Yes.

14:05:22 12    Q.  Can you tell us what the purpose is for putting together a

14:05:29 13    temporary abandonment procedure, as you understood it as the well's

14:05:34 14    team leader?

14:05:35 15    A.  BP and the MMS has certain requirements on how wells can be

14:05:40 16    suspended.  And a temporary abandonment is one form of suspending a

14:05:44 17    well, and that's the guidelines and rules we went by.

14:05:51 18    Q.  And are you trying to test or verify the integrity of the

14:05:57 19    wellbore?

14:05:57 20    A.  Yes.  So you are testing the integrity of the wellbore prior to

14:06:05 21    leading it, which is why you do the test.

14:06:08 22    Q.  Is a negative test associated with conducting temporary

14:06:12 23    abandonment?

14:06:13 24    A.  It is in deep water.

14:06:15 25    Q.  Now, to your knowledge, was the requirement under the MMS

8761

14:06:21  1    guidelines to perform a temporary abandon-  -- I'm sorry, a

14:06:25  2    negative test as part of the temporary abandonment procedures?

14:06:27  3    A.  No, it wasn't a requirement by the MMS.

14:06:30  4    Q.  So if we can pull up D-4940, please.  This was the

14:06:38  5    demonstrative we used previously to show bottoms up.  But can you

14:06:44  6    quickly walk us through what the purpose is of this temporary

14:06:48  7    abandonment procedure from the starting configuration to the

14:06:51  8    negative test through final configuration, given what your

14:06:56  9    involvement was in this procedure.

14:06:58 10    A.  Okay.  So I'll use the pointer here.  This is the configuration

14:07:04 11    when the rig is on location and the wellbore is full of mud.

14:07:07 12    That's all of the brown stuff, it's full of mud.  But when you

14:07:11 13    leave -- I'm going to go over to here now.  When the rig leaves,

14:07:14 14    the riser is gone, and now it just sees whatever depth the water is

14:07:19 15    and then plus the seawater that you left in the well.

14:07:22 16            So since you're going from this to this, you have to

14:07:25 17    simulate, which is what the negative test is, what the wellbore is

14:07:31 18    going to see pressure wise when you go from this to this;

14:07:35 19    therefore, you do a negative test.  That's what this shows, the

14:07:39 20    setup for a negative test to simulate this.

14:07:43 21    Q.  So do you want to test the same differential pressure you're

14:07:48 22    going to see when you leave -- strike that.

14:07:51 23            Do you want to test the same differential pressure that

14:07:55 24    you're going to see when you leave the well?

14:07:57 25    A.  Yes.  So you're testing the casing itself and the shoe, and you

OFFICIAL TRANSCRIPT

8762

14:08:01  1   are replicating the condition that this well is going to see when

14:08:04  2   this rig goes away.

14:08:06  3   Q.  Now, let's discuss the development of the temporary abandonment

14:08:10  4   procedure for the Macondo well.  Who wrote that temporary

14:08:14  5   abandonment procedure?

14:08:15  6   A.  Brian Morel.

14:08:16  7   Q.  Did you have any involvement in the development of that

14:08:21  8   procedure?

14:08:22  9   A.  I was, you know, part of discussions, but not the actual

14:08:27 10   development, no.

14:08:28 11   Q.  Did you see various drafts of the temporary abandonment

14:08:31 12   procedure that Mr. Morel prepared?

14:08:33 13   A.  I did.

14:08:33 14   Q.  And did you review some of those drafts and provide input to

14:08:37 15   him?

14:08:37 16   A.  I did.

14:08:38 17   Q.  Now, is it common, in your experience in drafting a temporary

14:08:44 18   abandonment procedure, for there to be multiple drafts or

14:08:48 19   iterations and changes until it's finalized?

14:08:49 20   A.  Yes.  And not just that, it's -- almost all of the procedures

14:08:52 21   go through multiple drafts.

14:08:54 22   Q.  If we can look at TREX-836.1.2.  Mr. Morel on the 12th sent to

14:09:07 23   Mr. Murry Sepulvado, Mr. Ronnie Sepulvado, and you a Macondo

14:09:14 24   drilling production interval plan and he says, "This isn't perfect

14:09:18 25   yet, but I wanted to get everyone a copy so we can ensure all the

8763

14:09:23  1    equipment required for our upcoming operations is offshore in

14:09:28  2    time."

14:09:28  3              What is your understanding as to the reference there of

14:09:33  4    getting the equipment required for this procedure offshore as part

14:09:37  5    of the temporary abandonment procedure?

14:09:40  6    A.  This procedure actually had multiple pieces to it, and he is

14:09:45  7    referencing the equipment that's going to be necessary for running

14:09:51  8    the production casing, cementing the production casing, and the T

14:09:54  9    and A procedure, as well with the people.  So he was giving Ronnie

14:09:58 10    and Murry a heads up, you know, okay, this is our plan.

14:10:02 11    Q.  Is that part of the information that your wells team -- well

14:10:08 12    site leaders are looking for so that they can make the necessary

14:10:11 13    logistical arrangements to get the equipment out?

14:10:14 14    A.  Right.  And I request that the engineers do this.  I ask them

14:10:18 15    to.

14:10:18 16    Q.  And then if we can look at TREX-533.1.2.  Mr. Sepulvado

14:10:28 17    provides some feedback and he says, "We need to do a negative test

14:10:32 18    before displacing 14-pound mud to seawater.  We will have to pick a

14:10:36 19    time to lay down some drill pipe.  Should only need," and he lays

14:10:39 20    out what drill pipe he would need.

14:10:41 21              Is it common for your well site leaders to provide input

14:10:45 22    and feedback into that negative test procedure?

14:10:47 23    A.  Well, not just that procedure; all of the procedures.  Like I

14:10:50 24    said, I ask the engineers to send procedures and get their

14:10:54 25    comments.

8764

14:10:54  1    Q.  That's part of your standard practice?

14:10:56  2    A.  Standard practice.

14:10:57  3    Q.  And why do you want the input of the well site leader into this

14:11:02  4    procedure?

14:11:02  5    A.  First, because they're doing it.  And this is an excellent case

14:11:06  6    here, really, where Ronnie is also pointing out that there's going

14:11:11  7    to be some pipe -- drill pipe they're going to have to manipulate

14:11:15  8    around at that time.

14:11:15  9    Q.  Did Mr. Morel then circulate a revised plan after this?

14:11:21  10   A.  Yes, he did.

14:11:22  11   Q.  And did you receive some communication from Mr. Morel prior to

14:11:26  12   him sending the revised draft of the temporary abandonment

14:11:30  13   procedure?

14:11:30  14   A.  I did.

14:11:30  15   Q.  And if we can look now at TREX-1806.1.3, please.  Mr. Morel

14:11:39  16   writes back, and the title is "Negative Test."  And he sends it to

14:11:43  17   you, to Mr. Hafle, Mr. Cocales and Mr. Walz.  He says,

14:11:49  18   "Recommendation out here is to displace to seawater at 8,300 feet,

14:11:54  19   then set the cement plug.  Does anyone have any issues with this?"

14:11:59  20          What did you understand Mr. Morel to be saying with

14:12:02  21   respect to that recommendation?

14:12:04  22   A.  Well, Mr. Morel was on the rig at this time and he is talking

14:12:09  23   with the well site leaders and the other guys on the rig, and he's

14:12:13  24   saying that they discussed this and they're recommending that we

14:12:19  25   displace with seawater and then set the cement plug.

8765

14:12:25  1   Q.  And then there's reference to 8,300 feet.  What is your

14:12:29  2   understanding as to why they were going to displace to 8,300 feet?

14:12:32  3   A.  A couple of days prior to this, the subsea group informed us --

14:12:40  4   well, let me back up.  The subsea group asked us to set a lockdown

14:12:44  5   sleeve, which is a piece that we use -- is used during the

14:12:48  6   completion operations, not part of the drilling operation; but they

14:12:51  7   asked us if we would set it and we said, yeah, no problem.  But

14:12:56  8   this was going to require 100,000 pounds of actual weight below the

14:13:02  9   tool to set it.  And in this case, 100,000 pounds of weight, the

14:13:06 10   length of the pipe required to get that weight would mean that the

14:13:10 11   plug would have to be set at 8,300 feet.

14:13:13 12   Q.  I think you're referenced Mr. Morel was on the rig.  Do you

14:13:16 13   know whether Mr. Morel had gotten to the rig yet by April 15th?

14:13:20 14   A.  I thought he was.

14:13:25 15   Q.  Okay.  All right.  The lockdown sleeve you set at -- to set at

14:13:31 16   8,300 feet, it was going to require 100,000 pounds of weight; is

14:13:36 17   that accurate?

14:13:37 18   A.  That's right.

14:13:37 19   Q.  Did the lockdown sleeve, then, impact the depth at which you

14:13:40 20   needed to set the plug?

14:13:41 21   A.  Yes, it did.

14:13:42 22   Q.  Was a dispensation required if you were going to go down to

14:13:51 23   8,300 feet to set the plug, and I mean a dispensation from Mineral

14:13:52 24   Management Services?

14:13:53 25   A.  Yes.  The regulations say that the plug, the surface plug

8766

14:13:57  1    should be set the 1,000 feet below the mudline, and this was going

14:14:00  2    to be 3,000 feet below the mudline.

14:14:02  3    Q.  And Mr. Morel, then, writes after recommending to displace the

14:14:07  4    seawater at 8,300 feet and set the cement plug, he says, "If we do

14:14:11  5    a negative test prior to this with base oil to the wellhead, the

14:14:16  6    shoe will see about 360 psi less after the hole is displaced."  And

14:14:23  7    he asks for thoughts.  What is Mr. Morel saying there?

14:14:26  8    A.  Well, the original plan that he wrote had the negative test as

14:14:31  9    a base oil test to the wellhead, and he is pointing out here that

14:14:37 10    if we actually do the displacement at 8,300 feet, that that

14:14:41 11    negative test is not going to be sufficient as currently planned.

14:14:46 12    Q.  And so, previously, when you were using the demonstrative to

14:14:50 13    tell us what you wanted to achieve, do you want to achieve a

14:14:53 14    sufficient differential pressure so that you have -- strike that.

14:14:57 15            Do you want to achieve a differential pressure that

14:15:00 16    simulates exactly what you're going to see when you leave?

14:15:02 17    A.  That's what you have to do.

14:15:04 18    Q.  And is this test here that would show a 360 less psi after the

14:15:10 19    hole is displaced, is that a sufficient test?

14:15:14 20    A.  He is saying that that test is not adequate.

14:15:18 21    Q.  And is Mr. Morel identifying that on April 15th?

14:15:22 22    A.  Yes, he is.

14:15:23 23    Q.  At this point in time, did you have an understanding, then, as

14:15:29 24    to what this procedure that Mr. Morel was recommending called for?

14:15:34 25    A.  Yes, I did.

8767

14:15:36  1    Q.  Tell us what your understanding was.

14:15:39  2    A.  So at -- from this point on, it was my understanding that we

14:15:48  3    were going to set the cement plug at 8,300 feet, if we got

14:15:54  4    dispensation from the MMS, and consequently, we would be doing a

14:15:58  5    negative test with seawater at 8,300 feet.

14:16:04  6            MS. KARIS:  If we can now pull up TREX-545GMT.1.3,

14:16:11  7    please.

14:16:11  8    BY MS. KARIS:

14:16:12  9    Q.  Did Mr. Morel, again, on April 15th sent around a revised or

14:16:16  10   updated procedure?

14:16:17  11   A.  Yes, he did.

14:16:19  12   Q.  He says, "Attached is the updated procedure based on our

14:16:23  13   current plan forward.  If anything changes I will update and send

14:16:26  14   the next revision out.  We are still waiting for approval of the

14:16:31  15   departure to set our surface plug 3,000 feet below the mudline.  If

14:16:36  16   we do not get this approval, the displacement/plug will be

14:16:41  17   completed shallower after running the lockdown sleeve."  Correct?

14:16:44  18   A.  Correct.

14:16:45  19   Q.  What was your understanding as to why Mr. Morel was now sending

14:16:52  20   this revised procedure?

14:16:53  21   A.  Well, this -- once again, this had multiple pieces to it, and

14:17:00  22   so he was finalizing the actual casing running and the cementing

14:17:05  23   procedures, and that's why he even makes reference here to detailed

14:17:09  24   cement procedure from Jesse will be out sometime tomorrow.  And

14:17:12  25   then, in addition, he is letting them know that the negative

8768

14:17:16  1   test -- I'm sorry.  Not the negative test, the T&A procedure could

14:17:22  2   be modified still as we were awaiting approval from the MMS on

14:17:26  3   something.

14:17:27  4   Q.  Did you look at the procedure Mr. Morel had attached to this

14:17:29  5   updated plan?

14:17:30  6   A.  I did.

14:17:30  7            MS. KARIS:  And if we can look at 545.9.2, please.

14:17:30  8   MS. KARIS:

14:17:36  9   Q.  Is this part of the procedure that Mr. Morel attached to his

14:17:38 10   e-mail?

14:17:39 11   A.  Yes.

14:17:39 12   Q.  There's a Reference No. 15, "Negative test with base oil to

14:17:45 13   wellhead (monitor for 30 min no flow)."  What is your understanding

14:17:50 14   of what that test was that Mr. Morel was referencing?

14:17:53 15   A.  This would be the negative test if we did not get the departure

14:17:57 16   from the MMS.

14:17:58 17   Q.  If you did get the departure from the MMS, would that have been

14:18:04 18   a sufficient test, a negative test with base oil to the wellhead?

14:18:08 19   A.  No, it would not have been sufficient.

14:18:10 20   Q.  Is that what Mr. Morel had identified when he said you're going

14:18:13 21   to see 360 psi less?

14:18:16 22   A.  That's correct.

14:18:17 23   Q.  And then further down under "RIH to 8367 and displace to

14:18:22 24   seawater," that would be the depth if the MMS approved the

14:18:26 25   application, correct?

14:18:27  1   A.  That's correct.

14:18:28  2   Q.  And it says there, "Ensure MMS Departure to set deeper plug if

14:18:36  3   approved."  Next bullet, "Monitor well for 30 minutes to ensure no

14:18:40  4   flow."

14:18:42  5        What is that that Mr. Morel is referencing there?  At

14:18:45  6   least, what was your understanding of what that was?

14:18:47  7   A.  It's a flow check.  It's something we do every time before we

14:18:54  8   come out of the hole.  So what he is saying is after we -- I'm

14:19:01  9   sorry.  After we finish the displacement, we need to shutdown and

14:19:05  10  do a flow check for 30 minutes.

14:19:07  11  Q.  And do you typically conduct a flow check at the end of the

14:19:10  12  displacement?

14:19:11  13  A.  Always.

14:19:11  14  Q.  Did you understand that monitor the well for 30 minutes to

14:19:16  15  ensure no flow to be a second negative test?

14:19:19  16  A.  No.  It was a flow check.

14:19:22  17  Q.  Did you, ultimately, receive approval for going to 8367 and

14:19:31  18  setting the deeper plug from the Mineral Management Services?

14:19:34  19  A.  Yes, we did.

14:19:35  20        MS. KARIS:  And if we can look at TREX-7392.1.1, please.

14:19:35  21  BY MS. KARIS:

14:19:43  22  Q.  Ms. Heather Powell forwards to Mark Hafle and a number of

14:19:46  23  individuals including yourself, and said, "Please see the attached

14:19:51  24  approved TA APM," and then you forward that on.  Who is Heather

14:19:55  25  Powell?

8770

14:19:55  1   A.  She was one of the women that worked in our regulatory group

14:19:58  2   that dealt with the MMS.

14:20:00  3   Q.  And you forwarded it on -- or you reply and you say, "Thanks

14:20:05  4   all and good job.  I forwarded to the rig."  Is this the approval

14:20:08  5   for the temporary abandonment procedure?

14:20:10  6   A.  Yes.

14:20:11  7   Q.  After forwarding this procedure to the rig, did you, then, have

14:20:20  8   further communication with Mr. Morel regarding the negative test

14:20:24  9   procedure?

14:20:24  10  A.  Yes.

14:20:25  11        MS. KARIS:  And if we can look now at 1816.1.5, please.

14:20:33  12  If we can call out the bottom e-mail first.  And just pull out the

14:20:45  13  whole e-mail.

14:20:45  14  BY MS. KARIS:

14:20:50  15  Q.  Mr. Morel writes to you on April 18th and subject is "Negative

14:20:55  16  Test."  And he says, "John, plan is to do a negative test with base

14:21:00  17  oil on the bottom plug.  Then we will displace (a second negative

14:21:05  18  test to greater value will happen) and following that set the

14:21:09  19  cement plug.  Are you okay with this, or do you think we should

14:21:15  20  remove the first base oil test and just use the displacement as a

14:21:19  21  negative test (shut down at the end and do a flow test)?"

14:21:25  22        What is your understanding of what Mr. Morel is

14:21:27  23  communicating to you?

14:21:28  24  A.  He was asking should we do a base oil test on the bottom plug,

14:21:39  25  and then he is making -- just saying, again, something that he

8771

14:21:43  1   brought up before in a prior e-mail saying when they do the

14:21:47  2   displacement, they're going to underbalance the well an additional

14:21:51  3   360 psi, which is what he said before.  And -- or is he saying we

14:21:58  4   should just use the displacement as a negative test and then do a

14:22:02  5   flow check when we're done.

14:22:04  6   Q.  He goes on to say, "I have got different opinions from everyone

14:22:07  7   on the team.  The way we currently have it set up is the standard

14:22:12  8   we have been using, but this one is slightly different because the

14:22:15  9   plug is so deep and base oil doesn't achieve the full negative load

14:22:19 10   the wellbore will see."

14:22:23 11          Is that what you're referencing when you say you

14:22:25 12   recognize that you're not going to achieve the differential

14:22:28 13   pressure that you need?

14:22:29 14   A.  That's correct.

14:22:29 15   Q.  And did you respond to Mr. Morel?

14:22:32 16   A.  I did.

14:22:32 17   Q.  And did you give him your view in connection with this negative

14:22:37 18   test?

14:22:38 19   A.  Yes.

14:22:39 20   Q.  And what did you tell Mr. Morel about this negative test?

14:22:43 21   A.  I said, I would use the seawater displacement as the negative

14:22:46 22   test, and then after that do a flow check.

14:22:50 23   Q.  So you said, "Use the seawater displacement as the negative

14:22:55 24   test."  Are you referring to one or two tests?

14:22:57 25   A.  One test.

8772

14:22:57  1   Q.  As you stated, "Shut down at the end and do a flow test."  What

14:23:04  2   do you mean "shut down at the end"?

14:23:06  3   A.  Do the negative test, then after the -- that, which is only a

14:23:13  4   partial displacement, and then finish the displacement and shut

14:23:16  5   down and do a flow check.

14:23:17  6   Q.  And the flow check, that's the 30-minute standard procedure

14:23:20  7   that you normally conduct at the end of the displacement?

14:23:23  8   A.  Yes.

14:23:23  9   Q.  And what does Mr. Morel tell you in response to your suggestion

14:23:26 10   to do a negative test and then flow test?

14:23:30 11   A.  "Done."

14:23:37 12   Q.  After Mr. Morel had told you done regarding doing the negative

14:23:42 13   test and then a flow test, was there discussion on the morning call

14:23:45 14   on April 20th regarding the negative test?

14:23:48 15   A.  There was.

14:23:48 16   Q.  And can you tell us what you recall about that discussion?

14:23:52 17   A.  Someone brought up, and I don't remember exactly who it was,

14:23:58 18   but someone brought up the fact that we had -- in the permit we had

14:24:02 19   told the MMS that we were going to monitor the negative test on the

14:24:06 20   kill line.  And I just made reference to the fact that, okay, since

14:24:12 21   we told the MMS that, then that's the way we need to do it and

14:24:16 22   report it.

14:24:17 23   Q.  At any time did you believe in the morning call that they were

14:24:22 24   going to conduct two separate negative tests?

14:24:24 25   A.  No.

8773

14:24:25   1    Q.  Mr. Guide, given what you told us the purpose of the negative

14:24:37   2    test is, if the test is conducted down, to displacing seawater down

14:24:43   3    to 8367 and then conducting a negative test, does that achieve the

14:24:50   4    differential pressure that you want to see in order to verify that

14:24:54   5    you have wellbore integrity before you leave the well site?

14:24:58   6    A.  Yes, it does.

14:24:58   7    Q.  And did you believe that you were applying your best

14:25:04   8    engineering judgment in providing your input into the temporary

14:25:08   9    abandonment procedure?

14:25:09  10    A.  Yes, I did.

14:25:10  11    Q.  And did that temporary abandonment procedure, as best you know,

14:25:16  12    satisfy the purpose for which it was designed?

14:25:20  13    A.  Yes, it did.

14:25:21  14    Q.  Did you believe that temporary abandonment procedure in any way

14:25:25  15    compromised the safety of the operations at the Macondo well?

14:25:28  16    A.  No, not at all.

14:25:29  17    Q.  And did you believe that the temporary abandonment procedure in

14:25:33  18    any way increased the risk of a well blowout?

14:25:35  19    A.  No.

14:25:39  20    Q.  When you say, "no," can you tell us why not?

14:25:42  21    A.  Well, it's conducted in a controlled manner.  The BOP stack is

14:25:49  22    closed and the well is set up and monitored in this particular case

14:25:56  23    back to the cement unit.  So it's a very well controlled

14:26:04  24    simulation.

14:26:08  25    Q.  Now, we heard a lot of testimony I promise you in this case

14:26:11  1   about the negative pressure test.  Did anybody call you at any time

14:26:14  2   the afternoon or evening of April 20th to discuss the negative

14:26:19  3   pressure test or tests that were conducted on the *Deepwater*

14:26:23  4   *Horizon*?

14:26:23  5   A.  No.

14:26:23  6   Q.  Did you have any discussion with anyone, Mr. Kaluza,

14:26:31  7   Mr. Vidrine, or anyone else on the rig regarding any results they

14:26:34  8   were seeing from the negative pressure test on April 20th?

14:26:37  9   A.  No, I did not.

14:26:37  10  Q.  One more topic and we're done.  But before I go there, I want

14:26:48  11  to make sure I clarify something.  I may have misspoken earlier

14:26:52  12  this morning and make sure we get this clear.  I asked you how long

14:26:55  13  you had been a wells team leader with the *Deepwater Horizon*, and I

14:26:58  14  think you told us you joined the *Deepwater Horizon* team in

14:27:01  15  September of 2007?

14:27:02  16  A.  Right.

14:27:03  17  Q.  And have you changed titles at some point in that process?

14:27:07  18  A.  It was actually three different titles.

14:27:09  19  Q.  Okay.  Go ahead and tell us just to clarify to make sure

14:27:12  20  there's no misunderstanding.

14:27:13  21  A.  I was the drilling superintendent from September of 2007 to

14:27:20  22  April 2008, senior ops engineer from April 2008 to April 2009,

14:27:29  23  wells team leader from April 2009 to the time of the accident.

14:27:33  24  Q.  And so you've been with the *Deepwater Horizon* from 2007 but

14:27:38  25  you've had different titles?

8775

14:27:40  1    A.  Yes.

14:27:40  2    Q.  Let's talk about rig audits.  Totally different subject now.

14:27:51  3            Is one of your responsibilities as the wells team leader

14:27:56  4    to have -- strike that.

14:27:59  5            Let me ask you:  What are your responsibilities as the

14:28:01  6    wells team leader with respect to rig audits that are conducted by

14:28:05  7    BP of the *Deepwater Horizon*?

14:28:06  8    A.  The audit team would come in and perform an extensive audit in

14:28:14  9    various things on the rig, and then they would have a list, if

14:28:19 10    there was anything, of findings.  They would discuss this list with

14:28:24 11    the guys on the rig and then it would be turned over to myself and

14:28:29 12    the Transocean counterpart, and then we would close out the items

14:28:36 13    in a timely manner.

14:28:37 14    Q.  And was there a rig audit performed in September of 2009 that

14:28:42 15    followed that process that you just identified for us?

14:28:44 16    A.  Yes, there was.

14:28:47 17    Q.  And were you personally involved in following up with the rig

14:28:50 18    audit and the close out actions?

14:28:52 19    A.  Myself and Brett Cocales.

14:28:55 20    Q.  And who was your counterpart at Transocean that you were

14:28:57 21    following up with?

14:28:58 22    A.  Paul Johnson.

14:28:59 23    Q.  Can you just describe for us briefly what process you put in

14:29:03 24    place to close out rig audit items in connection with the

14:29:07 25    September 2009 rig audit?

8776

14:29:09  1    A.  Well, Brett was going to track it, be the key person tracking

14:29:17  2    all of the developments of getting them closed out.  And we also

14:29:25  3    got the BP marine department involved because there were some

14:29:28  4    marine issues that were really outside of the drilling scope, and

14:29:35  5    then I went to the rig and sat down with the guys and we closed out

14:29:39  6    items.

14:29:40  7    Q.  And were you satisfied that Transocean was making progress in

14:29:44  8    closing out the rig audit items?

14:29:46  9    A.  Yes, I was.

14:29:47  10   Q.  Now, did you review the rig audit findings?

14:29:51  11   A.  I did.

14:29:51  12   Q.  When you reviewed the rig audit findings, did you come to learn

14:29:55  13   about any duplication issues in connection with those findings?

14:29:58  14   A.  Yes, I did.  The rig audit, the audit folks came back and said

14:30:04  15   there was a lot of overdue preventive maintenance items, and I

14:30:09  16   brought this up to Mr. Johnson's attention.  And he said that,

14:30:12  17   well, what it was at Transocean they purchased Santa Fe, two

14:30:20  18   different companies, and then they merged.  They merged their

14:30:23  19   preventive maintenance systems, and when they did that, they

14:30:27  20   duplicated all of the preventive maintenance items.

14:30:29  21   Q.  And so were there multiple items in the rig audit findings that

14:30:34  22   were duplicates as a result of this conversion of the systems?

14:30:36  23   A.  That's correct.

14:30:37  24            MS. KARIS:  I want to look at TREX-686.

14:30:37  25   BY MS. KARIS:

8777

14:30:44  1   Q.  This is an e-mail from Angel Rodriguez dated March 30th, 2010,

14:30:49  2   to a number of individuals, including yourself.  And the subject is

14:30:53  3   "*Deepwater Horizon*'s Rig Audit Close Out Report Status."

14:30:57  4           First of all, who is Mr. Rodriguez?

14:31:00  5   A.  He worked for BP marine.

14:31:03  6   Q.  And was he involved in the close out action items?

14:31:07  7   A.  Yes, he actually went to the rig and closed out the items.

14:31:11  8   Q.  So Mr. Rodriguez actually went to the rig and worked with

14:31:17  9   Transocean with respect to the close out of items?

14:31:19 10   A.  Yes.

14:31:19 11   Q.  And he says, "I wanted to mention that the Horizon's crew

14:31:24 12   completed 63 out of 70 findings in a 5 month period, which is

14:31:30 13   commendable.  The remaining findings that are highlighted in yellow

14:31:33 14   are awaiting parts that are on order with attached order numbers

14:31:38 15   are tracked in the RMS II system."

14:31:42 16           Did you agree with Mr. Rodriguez that Transocean was

14:31:44 17   making progress on closing out these audit findings and closing out

14:31:50 18   63 of 70 findings was commendable?

14:31:52 19   A.  Yes.  And even prior to this, I usually went to the rig once a

14:31:58 20   month, if I could.  And in February about a month and a half before

14:32:04 21   this I also was on the rig when Paul Johnson and Jimmy Harrell, who

14:32:10 22   was the OIM, we closed out a bunch of items even prior to this.

14:32:14 23   Q.  And so were you satisfied based on the actions that you were

14:32:18 24   taking and those that Mr. Johnson was informing you that Transocean

14:32:22 25   was taking, that the operations on the *Deepwater Horizon* were being

8778

14:32:26  1   conducted in a safe and reliable manner?

14:32:28  2   A.  Yes, yes, I did.

14:32:29  3   Q.  And were you also satisfied, based on your experience with your

14:32:34  4   crew and the drilling engineers that you were working with, that

14:32:37  5   the operations that you were involved with in connection with the

14:32:40  6   Macondo well were being conducted in a safe and reliable manner?

14:32:45  7   A.  Yes, I was.

14:32:45  8   Q.  In connection with any of the actions that you took at the

14:32:50  9   Macondo well, at any time did you ever make a decision that

14:32:55 10   sacrificed safety in order to save money?

14:32:57 11   A.  No, I never did.

14:32:59 12   Q.  Did you, at any time, put any pressure on anyone from

14:33:03 13   Transocean, Halliburton, or any other contractor to speed up

14:33:08 14   operations in order to complete the Macondo well because of any

14:33:13 15   budget issues or anything else?

14:33:15 16   A.  No.

14:33:15 17   Q.  At any time, did you ever express any concern to anyone in the

14:33:20 18   crew that you wanted to get to the next well, the Nile well,

14:33:26 19   Kaskida, or anywhere else and therefore they should cut corners?

14:33:31 20   A.  Never.

14:33:31 21   Q.  Did you ever tell anyone that your primary concern was anything

14:33:36 22   other than making safety the number one priority?

14:33:38 23   A.  Safety was the number one priority.

14:33:41 24            MS. KARIS:  I have nothing further.  Thank you.

14:33:43 25            THE COURT:  All right.  Plaintiffs.

OFFICIAL TRANSCRIPT

8779

14:34:20   1              MR. CUNNINGHAM:  May it please the Court, Robert

14:34:22   2    Cunningham for the PSC.

14:34:19   3                         CROSS-EXAMINATION

14:34:20   4    MR. CUNNINGHAM:

14:34:23   5    Q.  And I have you on cross-examination, Mr. Guide.

14:34:28   6              Let's start by seeing if we can agree on a common sense

14:34:37   7    proposition.  You know something from here in your testimony about

14:34:41   8    the basics of safety, correct?

14:34:42   9    A.  Yes.

14:34:42  10    Q.  And you also know something about the basics of process safety

14:34:46  11    as you've told us, correct?

14:34:47  12    A.  Yes.

14:34:48  13    Q.  Then you know that one of the primary goals of process safety

14:34:52  14    is to avoid a major disaster just like the one that occurred on the

14:34:57  15    *Deepwater Horizon*, correct?

14:34:58  16    A.  Yes.

14:34:59  17    Q.  So would you agree with me, then, as a matter of good common

14:35:03  18    sense, that a dysfunctional leadership team in a high risk

14:35:10  19    operation would increase the potential for a process safety

14:35:15  20    disaster?

14:35:16  21    A.  Yes.

14:35:17  22    Q.  Now, you were the *Deepwater Horizon* wells team leader for BP,

14:35:28  23    right?

14:35:28  24    A.  Yes, I was.

14:35:30  25    Q.  You headed the team that consisted of the well site leaders and

8780

14:35:34  1   Brett Cocales, correct?

14:35:36  2   A.  Correct.

14:35:36  3          MR. CUNNINGHAM:  And let's look at D-2220.

14:35:36  4   BY MR. CUNNINGHAM:

14:35:41  5   Q.  Mr. Cocales, if you look on the right-hand side in the green, I

14:35:46  6   thought I heard you describe him as an operations engineer.  Was he

14:35:51  7   a drilling engineer or operations engineer or is there a

14:35:54  8   difference?

14:35:54  9   A.  Really not a big difference.  It was just a title, operations

14:36:00  10  engineer.  But he was a drilling engineer as well.

14:36:02  11  Q.  He and the two well site leaders answered to you; is that

14:36:07  12  correct?

14:36:08  13  A.  Yes.

14:36:08  14  Q.  But you, as the wells team leader, were the person who was

14:36:14  15  accountable for both safety and operations on the *Deepwater*

14:36:19  16  *Horizon*, weren't you?

14:36:20  17  A.  Yes.

14:36:20  18  Q.  Exhibit 01976.001.  You're familiar with the duties and

14:36:38  19  responsibilities of the well site leader as laid out in BP's

14:36:43  20  documents, correct?

14:36:44  21  A.  You said, "well site leader."

14:36:45  22  Q.  Excuse me, wells team leader.

14:36:47  23  A.  Yes, I am.

14:36:49  24          MR. CUNNINGHAM:  Blow up the top part of that, please,

14:36:52  25  Carl.

8781

14:36:52  1    BY MR. CUNNINGHAM:

14:36:53  2    Q.  You were the wells team leader, right?

14:36:56  3    A.  Yes.

14:36:56  4    Q.  You were accountable for leading the rig operations team to

14:37:01  5    deliver asset in Gulf of Mexico SPU drilling, completions, and

14:37:05  6    interventions objective of upper quartile performance, correct?

14:37:10  7    A.  Yes.

14:37:10  8    Q.  You led the wells team in the delivery of health, safety,

14:37:15  9    security, and environmental performance objectives, true?

14:37:19 10    A.  Yes.

14:37:19 11    Q.  And your direct reports were the well site leaders, right?

14:37:23 12    A.  Yes.

14:37:23 13    Q.  Let's go down to the next section.  Your primary

14:37:30 14    accountabilities included the critical areas of HSSE, among others,

14:37:36 15    true?

14:37:36 16    A.  True.

14:37:37 17    Q.  You were accountable for the health, safety, security,

14:37:41 18    environmental performance on the *Deepwater Horizon*, right?

14:37:44 19    A.  Yes.

14:37:45 20    Q.  You were accountable for leading the rig operations team,

14:37:49 21    correct?

14:37:50 22    A.  Correct.

14:37:50 23    Q.  You were accountable to ensure all drilling, completion, and

14:37:55 24    intervention operations were conducted in compliance with BP's

14:38:00 25    HSSE -- what does "IM" stand for?

14:38:04  1    A.  You know what, I lost where you were.

14:38:06  2    Q.  I'm down on the fourth bullet point.

14:38:14  3    A.  Oh.

14:38:14  4    Q.  First sentence.

14:38:15  5    A.  Oh, I'm sorry.  I forget what "IM" stands for.  I know CoW is

14:38:25  6    control of work.

14:38:26  7    Q.  Standards and DWOP engineering practices including ETPs, STPs,

14:38:32  8    SOPs, and all applicable government regulations and safety

14:38:35  9    standards, right?

14:38:36  10   A.  Right.

14:38:36  11   Q.  That was your responsibility and all of those were your

14:38:41  12   responsibilities insofar as safety and operations on April 20th of

14:38:45  13   2010, correct?

14:38:46  14   A.  Yes.

14:38:46  15   Q.  We all know what happened on that date, and so what I would

14:38:53  16   like for you to tell us now is:  Now, that you've had three years

14:38:57  17   to consider what occurred on April the 20th of 2010, everything

14:39:02  18   that you did that caused or contributed to the Macondo blowout?

14:39:09  19   A.  So you're asking --

14:39:10  20        MS. KARIS:  Object, your Honor.  First of all,

14:39:12  21   foundation.  Mr. Guide has not investigated this incident.  I am

14:39:15  22   not sure he knows everything that happened.

14:39:17  23        THE COURT:  Overruled.

14:39:18  24        THE WITNESS:  So can you please ask me again?

14:39:18  25   BY MR. CUNNINGHAM:

8783

14:39:22  1    Q.  Yes, sir.  The question is:  Given your duties and

14:39:23  2    responsibilities as we just discussed, and now that you've had

14:39:26  3    three years to think about what happened on that day, tell us

14:39:30  4    everything that you did in your capacity as a leader that caused or

14:39:35  5    contributed to the blowout.

14:39:37  6    A.  I don't think I did anything to cause the blowout.

14:39:41  7    Q.  Or contributed?

14:39:43  8    A.  Or contributed.

14:39:45  9    Q.  Tell us everything that you should have done but failed to do

14:39:50 10    that caused or contributed to the blowout?

14:39:52 11    A.  I don't think there's anything I failed to do.

14:39:56 12    Q.  In fact, you've testified you have gone through every step in

14:40:00 13    your head 8,000 times, but can't identify a single thing that you

14:40:06 14    did that caused or contributed to the blowout.  That is your

14:40:10 15    testimony, isn't it?

14:40:11 16    A.  Well, I don't remember if that was, but I don't believe I did

14:40:16 17    anything that caused it.

14:40:18 18           MR. CUNNINGHAM:  Page 388 of Mr. Guide's deposition,

14:40:22 19    please, line 6.

14:40:22 20    BY MR. CUNNINGHAM:

14:40:27 21    Q.  Tell me whether or not I read this correctly:  "I went through

14:40:31 22    it every, every step in my head 8,000 thousand times."  And then

14:40:35 23    you went on to say you could think of nothing that you did that

14:40:39 24    caused or contributed to the blowout.  Is that correct?

14:40:42 25    A.  That is correct.

8784

14:40:46  1   Q.  So you know of nothing, as you sit here today, then, that you

14:40:50  2   should have done different to avoid this disaster, do you?

14:40:55  3   A.  I don't think I caused it.

14:40:58  4   Q.  So as you sit here today, you know of nothing that you should

14:41:01  5   have done different to avoid the disaster, correct?

14:41:04  6           MS. KARIS:  Objection, your Honor, asked and answered

14:41:06  7   that precise question.

14:41:07  8           THE COURT:  Overruled.

14:41:09  9           THE WITNESS:  I don't think I could have done anything

14:41:12  10  different.

14:41:12  11  BY MR. CUNNINGHAM:

14:41:13  12  Q.  As you sit here today, you know nothing that you failed to do

14:41:16  13  that you could do to prevent such a disaster in the future then,

14:41:20  14  true?

14:41:20  15  A.  That's true.

14:41:21  16  Q.  So, Mr. Guide, the rig for which you as the wells team leader

14:41:29  17  were accountable for safety and operations, explodes, sinks, and 11

14:41:37  18  people die, and you had nothing to do with it, right?

14:41:40  19  A.  That's right.

14:41:40  20  Q.  And nobody at BP has ever suggested otherwise, have they?

14:41:46  21  A.  Not that I am aware of.

14:41:47  22  Q.  And if we look at the Bly report, for example, we've looked

14:41:52  23  repeatedly at the eight key findings of the Bly report, and you're

14:41:56  24  familiar with what I am referring to?

14:41:57  25  A.  The eight key findings?

14:41:59  1   Q.  The eight key findings, are you familiar with those?

14:42:02  2   A.  Yes, sir.

14:42:02  3   Q.  None of these things occurred as a result of anything you did

14:42:06  4   or anything you didn't do.  It was somebody else, right?

14:42:09  5   A.  We would have to -- in order for me to correctly answer that,

14:42:13  6   we would have to actually look at each of them.

14:42:16  7   Q.  Exhibit 1.010, just run down through them.  I am not going to

14:42:25  8   read them all, but you can read them as we move through.  There's

14:42:29  9   two pages of the eight key findings.

14:42:31  10  A.  Okay.

14:42:32  11  Q.  And if you read the first sentence, that will tell you what

14:42:34  12  each of the paragraphs is about.

14:42:35  13  A.  Okay.  I am reading them right now.  (WITNESS READS DOCUMENT.)

14:42:41  14  All right.  I've got the first three.  Okay.

14:42:47  15  Q.  Next page.

14:42:49  16  A.  That's correct.

14:42:58  17  Q.  None of these things occurred as a result of anything you, as

14:43:03  18  the wells team leader, did or didn't do.  It was somebody else,

14:43:06  19  right?

14:43:07  20  A.  Well, I don't know, you know, what the conclusion was, but it

14:43:10  21  wasn't me.

14:43:11  22        MR. CUNNINGHAM:  Let's look at D-2220 again.

14:43:11  23  BY MR. CUNNINGHAM:

14:43:18  24  Q.  For example, when we look at the org chart here with the other

14:43:23  25  members of the BP *Deepwater Horizon* team, you have testified that

8786

14:43:28 1  it was John Sprague up here, not you, who made the decision not to

14:43:35 2  run a cement bond log, correct?

14:43:37 3  A.  That is correct.

14:43:37 4  Q.  And it was Hafle and Morel right here, not you, who determined

14:43:45 5  the number of centralizers, correct?

14:43:47 6  A.  That's correct -- well, it was actually Greg Walz.

14:43:52 7  Q.  And it was Morel and Walz, not you, who determined where the

14:43:58 8  centralizers would be placed, correct?

14:44:00 9  A.  That's correct.

14:44:01 10  Q.  And it was the engineer's responsibility, not yours, to do risk

14:44:07 11  assessments on zonal isolation?

14:44:10 12  A.  That's correct.

14:44:10 13  Q.  And it was the BP engineers and Halliburton's responsibility,

14:44:17 14  not yours, to provide the cement test?

14:44:20 15  A.  That's correct.

14:44:21 16  Q.  You gave the okay to start pumping the cement, but it was not

14:44:26 17  your job to make sure that there was satisfactory lab tests before

14:44:31 18  you did it, that was somebody else's, the BP engineers; is that

14:44:34 19  right?

14:44:35 20  A.  Well, what I would expect is if there was an issue, someone

14:44:39 21  would have told me.

14:44:40 22  Q.  It was not your job to make sure -- to make sure there was

14:44:46 23  satisfactory lab tests, it was somebody else's, the BP engineers,

14:44:50 24  correct?

14:44:50 25  A.  That's correct.

14:44:51 1   Q.  John Sprague, not you, made the decision to use the long string

14:44:58 2   instead of the liner, correct?

14:45:00 3   A.  I think that was a bunch of people, a collaborative effort.

14:45:10 4   Q.  Maybe I misread your deposition.

14:45:12 5        MR. CUNNINGHAM:  You got that, 499, 23.  Putting that

14:45:37 6   aside for the moment -- have you got it, Carl?

14:45:37 7   BY MR. CUNNINGHAM:

14:45:50 8   Q.  Putting that aside for the moment.  It was the engineers, not

14:45:53 9   you, who decided on the temporary abandonment procedure, correct?

14:45:56 10  A.  They wrote it.

14:45:58 11  Q.  And it was the well site leaders and TO, not you, who were

14:46:04 12  responsible for misinterpreting the negative pressure test,

14:46:08 13  correct?

14:46:08 14  A.  That's correct.

14:46:09 15  Q.  And it was the well site leaders, not you, who made the

14:46:13 16  decision to use the LCM as a spacer while running the negative

14:46:18 17  test, correct?

14:46:18 18  A.  No, they asked me about it.

14:46:21 19  Q.  But they made the decision, correct?

14:46:23 20  A.  They made the recommendation.

14:46:25 21  Q.  With all of that background in mind, Mr. Guide, let's look back

14:46:34 22  at your e-mail of the 17th, three days before this blowout, and see

14:46:40 23  what your state of mind was.  That's 01144.001.  Put up the bottom

14:46:53 24  part of the e-mail, please.  And you looked at this earlier,

14:46:56 25  correct?

14:46:56  1    A.  I did.

14:46:57  2    Q.  And you explained on direct examination what you did and what

14:47:03  3    you didn't mean in your e-mail, correct?

14:47:07  4    A.  Yes.

14:47:08  5    Q.  And you gave that same explanation in your deposition that was

14:47:13  6    taken two years ago in May, I believe it was, of 2011, correct?

14:47:20  7    A.  Unfortunately, I don't remember exactly what I said in my

14:47:23  8    deposition.

14:47:23  9    Q.  Let's go to page 900, line 4.

14:48:38  10           MR. CUNNINGHAM:  I apologize, Judge, I don't know what

14:48:39  11   the holdup is.

14:49:09  12   BY MR. CUNNINGHAM:

14:49:09  13   Q.  I will show you this, if you need for me to, Mr. Guide, but let

14:49:14  14   me refresh your recollection.

14:49:19  15   A.  Okay.  Thank you.

14:49:20  16   Q.  On page 900, towards the end of your deposition, do you recall

14:49:25  17   that BP conducted a direct examination; that is, BP's lawyers

14:49:31  18   examined you?

14:49:32  19   A.  Yes.

14:49:32  20   Q.  Let me ask you if you recall being asked this question and

14:49:40  21   answer, and if you need me to come up and show it to you, I will.

14:49:44  22           THE COURT:  You can put it on the ELMO, if you like.

14:49:47  23           THE WITNESS:  Yeah, that's better.

14:49:49  24           MR. CUNNINGHAM:  There we go.

14:50:02  25   I'm looking at 900, line 4.

8789

14:50:02  1    BY MR. CUNNINGHAM:

14:50:05  2            "QUESTION:  Did you in any one of those sentences intend

14:50:10  3    to communicate" -- and we're talking about the e-mail here.

14:50:12  4    A.  Right.

14:50:12  5    Q.

14:50:13  6            "QUESTION:  Did you in any one of those sentences intend

14:50:15  7    to communicate any concerns about the safety of the operation in

14:50:18  8    connection with the *Deepwater Horizon*?"

14:50:20  9            And your answer was:

14:50:22 10            "ANSWER:  No, there were no -- no safety concerns about

14:50:25 11    the *Deepwater Horizon*."

14:50:26 12            Was that your testimony?

14:50:27 13    A.  Yes, sir.

14:50:28 14    Q.  And that's the same testimony that you've given today in sum

14:50:32 15    and substance, correct, with respect to your e-mail?

14:50:35 16    A.  Yes, sir.

14:50:35 17    Q.  That it had nothing to do -- and let's put the e-mail back

14:50:39 18    up -- that it had nothing to do with safety, no safety concerns,

14:50:45 19    correct?

14:50:45 20    A.  Correct.

14:50:46 21    Q.  Now, that testimony that you gave in 2011 that we just looked

14:50:55 22    at and the testimony you gave today is all very consistent about

14:50:59 23    what the e-mail meant, right?  You basically said the same thing

14:51:02 24    today that you did back then.

14:51:05 25    A.  Okay.

8790

| | |
|---|---|
| 14:51:05 1 | Q.  Correct? |
| 14:51:06 2 | A.  Yes, sir. |

14:51:05  1   Q.  Correct?

14:51:06  2   A.  Yes, sir.

14:51:08  3          THE COURT:  Pull that microphone a little closer to you,

14:51:11  4   sir.

14:51:11  5          THE WITNESS:  I'm sorry.

14:51:13  6          THE COURT:  There you go.  Okay.

14:51:15  7   BY MR. CUNNINGHAM:

14:51:15  8   Q.  You spent, prior to the deposition that you gave in 2011, three

14:51:20  9   days at ten hours a day preparing for that deposition, didn't you?

14:51:25 10   A.  I don't remember how many hours a day.

14:51:28 11   Q.  Look at page 25, line 23 of your deposition.  You said --

14:51:47 12   question at the bottom:

14:51:47 13          "QUESTION:  And so there were three days of meetings?"

14:51:50 14          And your answer was:  "Uh-huh."

14:51:51 15          Correct?

14:51:52 16   A.  Yes, sir.

14:51:52 17   Q.  And let's look at the next question, I think it's the next

14:52:02 18   page.

14:52:11 19          'QUESTION:  And you said that you met approximately ten

14:52:13 20   hours a day for three days?"

14:52:15 21          I am looking at line 13 is the question.

14:52:17 22          And you said:  "Approximately."

14:52:19 23          Correct?

14:52:20 24   A.  Yes, sir.

14:52:20 25   Q.  That's about 30 hours, right?

8791

14:52:22  1    A.  Yes, sir.

14:52:23  2    Q.  And you also testified that during that 30 hours of

14:52:27  3    preparation, you looked at a couple of e-mails, correct?

14:52:30  4    A.  Yes, sir.

14:52:31  5    Q.  And the couple of e-mails included the April 17th e-mail,

14:52:38  6    didn't it?

14:52:38  7    A.  It did.

14:52:39  8    Q.  And when you were asked how much of that 30 hours you spent

14:52:45  9    reviewing the couple of e-mails, your answer was about 60 percent,

14:52:49 10    wasn't it?

14:52:49 11    A.  You're going to have to refresh my memory, sir.

14:52:53 12    Q.  3220.  Question at line 18:

14:53:02 13         "QUESTION:  And what percentage of time do you think you

14:53:05 14    spent on the e-mails?

14:53:07 15         "ANSWER:  It was probably 60 percent of the time."

14:53:10 16         Correct?  Do you recall testifying to that effect?

14:53:12 17    A.  Yes, sir.

14:53:13 18    Q.  So that -- if my math is right, that would be about 18 hours

14:53:17 19    reviewing the couple of e-mails.  Right?

14:53:21 20    A.  That would be the correct math.

14:53:23 21    Q.  That would be two nine-hour days focused on e-mail, right, the

14:53:31 22    couple of e-mails, including the one from April 17th, correct?

14:53:34 23    A.  Yes, sir.

14:53:35 24    Q.  And if you spent a third of that time or half of that time,

14:53:42 25    that would be between six and nine hours focusing on one e-mail,

8792

14:53:46  1    wouldn't it?

14:53:47  2    A.  I don't know how long we focused on individual e-mails.

14:53:52  3    Q.  And what you basically decided it meant can be summed up like

14:53:58  4    this.  D-3281A.  That when you said in there that the well site

14:54:07  5    leaders have finally come to their wits end that that was not

14:54:11  6    related to safety, right?

14:54:12  7    A.  It wasn't.

14:54:13  8    Q.  Next.  B, this is B, and when you said the quote "is flying by

14:54:22  9    the seat of our pants," that was not related to safety, correct?

14:54:26 10    A.  Correct.

14:54:26 11    Q.  And when you said, "huge level of paranoia from engineering

14:54:34 12    leadership," that was not related to safety, right?

14:54:37 13    A.  Correct.

14:54:37 14    Q.  And when you said next, referred to "chaos," that was not

14:54:45 15    related to safety, right?

14:54:46 16    A.  Right.

14:54:47 17    Q.  And when you referred to "all the insanity," that was not

14:54:53 18    related to safety, correct?

14:54:54 19    A.  Correct.

14:54:55 20    Q.  And when you referred to, quote -- and you're talking about

14:55:02 21    Mr. Morel here -- "exploring opportunities both inside and outside

14:55:05 22    of the company," that was not related to safety, right?

14:55:09 23    A.  That's correct.

14:55:09 24    Q.  He is talking about quitting?

14:55:11 25    A.  Yes.

8793

14:55:11  1    Q.  And when you said, "I do not know what I can and can't do,"

14:55:19  2    that wasn't related to safety either, was it?

14:55:21  3    A.  It wasn't.

14:55:22  4    Q.  And when you said, "The operation is not going to succeed if we

14:55:29  5    continue in this manner," your testimony is that wasn't related to

14:55:34  6    safety either?

14:55:35  7    A.  That's right.

14:55:35  8    Q.  None of it was?

14:55:36  9    A.  None.

14:55:37 10    Q.  And what you told us in your deposition and what you've told us

14:55:43 11    today is what you were really talking about were logistics issues

14:55:49 12    and last-minute changes of equipment, and the bond log issue,

14:55:52 13    that's really what you were getting at.  Had nothing to do with

14:55:54 14    safety, correct?

14:55:55 15    A.  That is correct.

14:55:56 16    Q.  And that was your testimony in your deposition and it is your

14:56:02 17    testimony today, despite Mr. Sims' response.  Let's look at that,

14:56:07 18    the same exhibit at the top.  Pull that out.  If you look at the

14:56:16 19    first paragraph of Mr. Sims' response, there is not a single

14:56:21 20    solitary word as he responds to you that suggests that he thinks

14:56:27 21    you're talking about logistics problems, is there?

14:56:32 22    A.  Oh, let's see.  I think "so we have to accept some level of

14:56:40 23    last-minute changes."

14:56:42 24    Q.  When he talks about well conditions we're seeing, does that

14:56:46 25    have anything to do with logistics problems?

8794

14:56:49  1    A.  It actually did.

14:56:50  2    Q.  Do well conditions have something to do with logistics?

14:56:54  3    A.  Well, that -- the reason why that was is because we had to get

14:57:01  4    the liner ready, it was part of the options, and if you even go

14:57:06  5    back to the decision tree, it says based on the well conditions, we

14:57:09  6    might make a decision to run a liner.

14:57:11  7    Q.  All right.  Let's look at the next paragraph.  "We've both been

14:57:18  8    in Brian's position before.  The same goes for him.  We need to

14:57:22  9    remind him that this is a great learning opportunity, it will be

14:57:25  10   over soon, and that the same issues or worse exist anywhere else."

14:57:31  11              Now, is it your testimony he was talking about logistics

14:57:34  12   there?

14:57:34  13   A.  No.

14:57:39  14   Q.  He is answering the issue you raised about Brian threatening to

14:57:45  15   quit or talking about quitting, isn't he?

14:57:47  16   A.  He didn't threaten to quit.

14:57:50  17   Q.  Just said he was going to quit or thinking about quitting?

14:57:53  18   A.  Thinking.

14:57:55  19   Q.  Thinking about it.  And he says, "This is a great learning

14:58:00  20   opportunity."  Drilling a deepwater well should not be a learning

14:58:05  21   opportunity for any of the engineers or any of the well site

14:58:10  22   leaders, should it?

14:58:11  23   A.  No, I don't agree with that.

14:58:12  24   Q.  You think it should be a learning opportunity?

14:58:15  25   A.  Well, I've been doing it for 30 years, and I still learn every

14:58:20  1    day.

14:58:20  2    Q.  I guess we all do in our jobs, don't we?

14:58:22  3    A.  That's right.

14:58:23  4    Q.  But we don't view what was going on in your e-mail as being any

14:58:27  5    kind of learning opportunity, do we?

14:58:29  6    A.  My e-mail?

14:58:30  7    Q.  Yeah, the one he is answering when he sends this back to you.

14:58:34  8    A.  David's e-mail, yes.

14:58:35  9    Q.  Next paragraph.  He refers to engineering and operations, he

14:58:44 10    talks about the well plan, he talks about having more time for the

14:58:48 11    casing job, he talks about engineering-related issues.  He is not

14:58:52 12    talking about -- he does not understand you as having talked about

14:58:57 13    logistics when he replies in this paragraph, does he?

14:59:01 14    A.  Well, I think you'd actually have to talk to Mr. Sims exactly.

14:59:10 15    Q.  You think we need to talk to him to know what he was --

14:59:14 16    A.  Thinking.

14:59:14 17    Q.  -- thinking?

14:59:16 18    A.  Yes, sir.

14:59:16 19    Q.  Well, one thing we do know is he never once uses the word

14:59:21 20    "logistics problems," does he?

14:59:23 21    A.  Not in this e-mail.

14:59:24 22    Q.  Now, let's see whether or not there was anything going on in

14:59:32 23    Houston that may have had anything to do with the statements that

14:59:36 24    you made in your e-mail, okay?

14:59:37 25            It's true, isn't it, that you were unhappy -- you were

8796

14:59:41  1  unhappy with the new organizational structure, weren't you?

14:59:46  2  A.  I can't say I was -- I wasn't unhappy.  I liked the old way

14:59:53  3  better.

14:59:53  4  Q.  Well, what I did not hear discussed in your direct -- and maybe

14:59:57  5  I missed it, but there was a new organizational structure put into

15:00:01  6  effect on April the 1st of 2010, 20 days before this blowout,

15:00:08  7  wasn't there?

15:00:08  8  A.  There was.

15:00:08  9  Q.  And much of this back and forth that we saw during your direct

15:00:13 10  occurred after that date, after April the 1st, correct?  Your

15:00:17 11  e-mail for example, some of your other e-mails are after April 1st,

15:00:21 12  this new organizational structure, correct?

15:00:23 13  A.  Yes.

15:00:23 14  Q.  Let's look at 2220 again.  Under this structure, David Sims was

15:00:34 15  your boss, correct?

15:00:35 16  A.  Yes.

15:00:36 17  Q.  He was an engineer who was promoted over you, wasn't he?

15:00:46 18  A.  Well, he was promoted, but I don't know if you would call it

15:00:51 19  over me, because I didn't want his job, the job he got.

15:00:56 20  Q.  Exhibit 2516, page 12.  This is January the 7th of 2010, it's

15:01:04 21  an organizational chart for drilling and completions, this is

15:01:09 22  page 12.  We look over here on this side, and there is Ian Little.

15:01:14 23  You mentioned Mr. Little, right?

15:01:16 24  A.  Yes.

15:01:16 25  Q.  And that's you, the wells team leader, right?

15:01:20  1   A.  Right.

15:01:20  2   Q.  And Mr. Sims under you, the engineering and E&A drilling

15:01:26  3   engineer team leader, correct?

15:01:28  4   A.  Yes, that's exploration and appraisal.

15:01:32  5   Q.  Now, were y'all coequals or was he actually under you, as this

15:01:37  6   chart appears to suggest?

15:01:39  7   A.  We were peers, we were coequals.

15:01:41  8   Q.  You were peers.  And your peer who you had worked with for some

15:01:45  9   time got promoted, and you didn't, and he became your boss.

15:01:51 10   A.  That's correct.

15:01:51 11   Q.  And you knew that prior to April 1st, but it took effect on

15:01:55 12   April 1st of 2010, didn't it?

15:01:57 13   A.  Yes.  And he was my boss before, too.

15:02:02 14   Q.  Well, he wasn't your boss here, was he?

15:02:04 15   A.  No.

15:02:05 16   Q.  You thought it should have been you, didn't you?

15:02:09 17   A.  I didn't.

15:02:10 18   Q.  You didn't have a chip on your shoulder as a result of that?

15:02:14 19   A.  No, because I already had told BP that I wanted to be a

15:02:18 20   rotational position overseas.

15:02:20 21   Q.  You didn't want that promotion that Mr. Sims got?

15:02:24 22   A.  I didn't.

15:02:25 23   Q.  And this e-mail that we looked at earlier, 1129, Exhibit 1129,

15:02:31 24   or that you looked at earlier where he said -- your new boss as of

15:02:41 25   15 days said, "Can you meet me tomorrow morning in the meeting room

8798

15:02:45  1   around 6:15 to 6:30," the context of that was, when you sent it

15:02:51  2   back saying, "Are you going to fire me?" you didn't like the fact

15:02:55  3   that Mr. Sims, your former peer, was now your boss, did you?

15:02:59  4   A.  That's not true.

15:03:00  5   Q.  So you and Mr. Sims, as we heard earlier, got along great,

15:03:06  6   right?

15:03:06  7   A.  For the most part, yes.

15:03:08  8   Q.  Pull up 1126.001.  Pull out the top section.  This is Mr. Sims'

15:03:22  9   e-mail responding to an e-mail from you.  Let's -- first let's go

15:03:26 10   back to where -- the bottom, where you sent the e-mail that he is

15:03:29 11   responding to.  You tell him he didn't listen.  And we saw the

15:03:33 12   e-mail earlier, "You never ask the well site leader's opinions,"

15:03:38 13   and you explained what you were talking about.  Do you remember

15:03:40 14   that?

15:03:41 15   A.  I do.

15:03:41 16   Q.  Let's go back to his response.  He says in the first paragraph,

15:03:45 17   "I have a much longer response typed, but I am not going to send it

15:03:49 18   until I'm back and we can talk.  We need to talk.  We cannot fight

15:03:52 19   about every decision."

15:03:55 20        You've seen that long e-mail, haven't you?  Even though

15:03:58 21   he didn't send it then, you've seen that long e-mail?

15:04:02 22   A.  I only saw a couple snippets of it.

15:04:08 23   Q.  Let's look at 1127.001.  This is the first paragraph out of

15:04:17 24   that e-mail from your -- who you say is your good buddy who you got

15:04:23 25   along so good with.

8799

15:04:25   1          MS. KARIS:  Your Honor, I am going to object to the use

15:04:27   2   of this document.  First of all, this is a draft e-mail that was

15:04:31   3   never sent, as the witness has testified.  Also it's the subject of

15:04:35   4   one of the motions that we filed with the Court, Document 5143, in

15:04:40   5   which we raise the issue that certain documents are not business

15:04:44   6   records, including the acknowledgment, the documents that are not

15:04:48   7   created in the ordinary course or sent as part of business

15:04:51   8   operations, do not qualify under the business records exception.

15:04:57   9   And this was the subject of that motion.  And the Court indicated

15:05:00  10   we should raise it at the appropriate time.

15:05:02  11          THE COURT:  I'll overrule your objection.  Go ahead.

15:05:05  12   BY MR. CUNNINGHAM:

15:05:05  13   Q.  And does Mr. Sims state in this e-mail to your e-mail sent to

15:05:12  14   him that he didn't listen, "On the contrary, I did listen.  I don't

15:05:17  15   think you did.  I heard all the opinions except yours.  I heard you

15:05:21  16   say several times, 'Okay, David, what do you want to do?'  I did

15:05:25  17   not hear the wells team leader take charge of the discussion, weigh

15:05:29  18   the facts and the opinions, and then offer a logical fact-based

15:05:33  19   decision.  I value our well site leader 's opinions immensely.  I

15:05:38  20   do not always blindly follow them when they have no basis, only gut

15:05:42  21   feel, and ignore the facts."

15:05:46  22          Now, he is talking about BP well site leaders there, isn't

15:05:51  23   he?

15:05:51  24   A.  I never saw this before.  And this whole thing, I only saw a

15:05:56  25   couple of documents, a couple of snippets, so --

15:06:00  1    Q.  Well, he said he was going to discuss these issues with you,

15:06:03  2    and he did that, didn't he?

15:06:05  3    A.  No, we never discussed it.

15:06:07  4    Q.  He never discussed this with you?

15:06:09  5    A.  No.

15:06:10  6    Q.  Let's look at the next paragraph.  And that actually it's --

15:06:16  7    let's go to paragraph four.  Did he ever tell you that in his

15:06:25  8    opinion, the well site leaders were not well control experts?

15:06:29  9    A.  No, he never did.

15:06:30  10   Q.  Those are BP well site leaders he's talking about, right?

15:06:34  11   A.  Right.

15:06:35  12   Q.  Did you know that your boss thought the well site leaders were

15:06:41  13   not well control experts?

15:06:44  14   A.  No, I didn't.

15:06:45  15   Q.  Paragraph 5.  "I also heard you say disgustedly that we can't

15:06:57  16   take forever to make a decision, after a few-second pause while

15:07:01  17   everyone else was thinking."  Did you say that during a conference

15:07:04  18   call?

15:07:07  19   A.  I don't remember.

15:07:10  20   Q.  You could have?

15:07:11  21   A.  Pardon me?

15:07:12  22   Q.  You could have; you just don't remember?

15:07:14  23   A.  I don't remember.

15:07:14  24   Q.  "Also heard, quote, I had to go outside to save my family from

15:07:20  25   being killed, end quote."  Apparently randomly during the call.

8801

15:07:25  1    Did you say that?

15:07:28  2    A.  I think I remember saying that.  I have two teenage daughters,

15:07:32  3    and they were fighting with my wife.

15:07:35  4    Q.  And you said that during a conference call with the other

15:07:41  5    leaders of the team?

15:07:43  6    A.  I'm not quite sure about -- yes, during that call.

15:07:49  7    Q.  And he says, "I'm sure nobody had a clue what you were talking

15:07:53  8    about."  So apparently you never gave the same explanation you just

15:07:57  9    gave to us about what you were talking about, correct?

15:07:59  10   A.  No one ever asked.

15:08:03  11   Q.  Not to him.

15:08:04  12   A.  No one ever asked me.

15:08:06  13   Q.  Paragraph 9.  "You seem to love being the victim.  Everything

15:08:14  14   is someone else's fault.  You criticize nearly everything we do on

15:08:20  15   the rig, but don't seem to realize that you are responsible for

15:08:24  16   everything we do on the rig."  Did Mr. Sims tell you that?

15:08:29  17   A.  No.

15:08:30  18   Q.  He never told you that you always thought everything was

15:08:34  19   someone else's fault?

15:08:36  20   A.  No.

15:08:36  21   Q.  Is it true that you criticize nearly everything they do on the

15:08:42  22   rig, but don't realize it's your responsibility, everything they

15:08:45  23   do?

15:08:46  24   A.  It's quite the opposite.  I'm their biggest fan, the guys on

15:08:50  25   the rig.

8802

15:08:50  1    Q.  So he just made that up, then?

15:08:54  2    A.  You would have to ask Mr. Sims.

15:08:56  3    Q.  Paragraph 10.  "You seem to think that running is more

15:09:06  4    important than well control.  Left to go run in the middle of

15:09:10  5    trying to pull the stuck logging tool free."  Did you do that?

15:09:15  6    A.  I went for a run.

15:09:17  7    Q.  In the middle of a well control issue?

15:09:21  8    A.  No.  It wasn't -- well, theoretically, it was.  We stopped and

15:09:26  9    were monitoring some wellbore conditions and we said we're going to

15:09:30  10   wait for about four hours, so I went for a run.

15:09:33  11   Q.  And Mr. Sims apparently didn't think that was the appropriate

15:09:36  12   thing to do, did he?

15:09:37  13   A.  I think you have to ask Mr. Sims.

15:09:39  14   Q.  Well, it's pretty obvious he didn't think that was appropriate,

15:09:42  15   did he?

15:09:43  16   A.  You would have to ask Mr. Sims.

15:09:47  17   Q.  You think it is appropriate, though, correct?

15:09:49  18   A.  It was appropriate at the time.

15:09:51  19   Q.  Paragraph 11.  "You will not call the rig in the ops room.  You

15:10:01  20   have to sneak out of the room and call them on your cell phone or

15:10:04  21   go back to your office while everyone is in the ops room."  Is that

15:10:08  22   true?

15:10:08  23   A.  No.

15:10:09  24   Q.  So he made that up, then?

15:10:13  25   A.  Just not true.

8803

15:10:15  1    Q.  So he made it up, then?

15:10:16  2    A.  All I'm saying is it's not true.

15:10:22  3    Q.  Paragraph 12.  "You can't sit in a meeting and listen to

15:10:34  4    others' opinions without arguing with them.  You think when

15:10:37  5    somebody has an opinion that they are demanding action.  You

15:10:39  6    complain that a bunch of young engineers are throwing out all kinds

15:10:43  7    of wild ideas and that it is driving you crazy.  You don't listen.

15:10:47  8    You key on a random word or phrase and then you fixate on that and

15:10:52  9    don't hear anything else.  You are always defensive and the victim.

15:10:55 10    You seem not to want to make a decision so that you can criticize

15:11:00 11    it later."  Is that true?

15:11:02 12    A.  No.

15:11:03 13    Q.  None of that's true, huh?

15:11:09 14    A.  Not in my opinion.

15:11:11 15    Q.  So you never said anything in Mr. Sims' presence or to Mr. Sims

15:11:18 16    that led him to reach the conclusions that we see here?  He just

15:11:22 17    made this up?

15:11:23 18    A.  I don't remember saying anything to Mr. Sims that would lead

15:11:28 19    him to these conclusions.

15:11:29 20    Q.  Paragraph 13.  "I will hand this well over to you in the

15:11:39 21    morning and then" we will -- "you will be able to do whatever you

15:11:43 22    want.  I would strongly suggest, for everyone's sake, that you make

15:11:46 23    logical decisions, based on facts, after weighing all of the

15:11:50 24    opinions.  Taking an action just because the well site leaders want

15:11:53 25    to do it, when there is a strong argument against and multiple

15:11:57  1   contrary opinions, is not advised."

15:12:01  2       Did he tell you that?

15:12:02  3   A.  No.

15:12:02  4   Q.  Had you done that; that is, taking an action just because the

15:12:09  5   well site leaders wanted to do it, even though there was a strong

15:12:13  6   argument against it and multiple contrary opinions?

15:12:15  7   A.  No.

15:12:15  8   Q.  You had never done that?

15:12:17  9   A.  No.

15:12:17 10   Q.  So he made that up, too?

15:12:19 11   A.  I just know I never did it.

15:12:22 12   Q.  And the guy who says, "I will hand this well over to you in the

15:12:28 13   morning" is the person who just said all of these things about his

15:12:33 14   well site leader that he is getting ready to hand the well over to,

15:12:38 15   correct, or his wells team leader, Mr. Sims, your boss?

15:12:42 16   A.  Yes, he was my boss.

15:12:44 17   Q.  He has all of this to say, and then he says he's turning the

15:12:48 18   well over to you in the morning, is that right?

15:12:50 19   A.  Yes, that's what it said.

15:12:52 20   Q.  Would you turn a well over to somebody if all of things we just

15:12:56 21   read were true about the person you were turning the well over to?

15:12:59 22   A.  Would I personally?  No.

15:13:01 23   Q.  You thought the reorganization that occurred on April the 1st

15:13:12 24   had marginalized you, didn't you?

15:13:18 25   A.  Can you give me the definition of that?

8805

15:13:21  1    Q.  I can only use the common English language meaning of it.

15:13:26  2    Marginalized you, made you less important.  How about that?

15:13:29  3    A.  Oh, no, not at all.

15:13:31  4    Q.  Well, in the old structure, once operations began, all of the

15:13:36  5    engineers were seconded to the wells team leader, weren't they?

15:13:40  6    A.  Yes.

15:13:41  7    Q.  That's very different from what took place starting April 1st,

15:13:46  8    isn't it?

15:13:46  9    A.  Well, we still worked as one team.

15:13:51 10    Q.  Before the reorganization on April the 1st, once the operations

15:13:59 11    started, the wells team leader had the engineers working under him,

15:14:04 12    and that was you, correct?

15:14:05 13    A.  They still reported to the wells team leader -- I'm sorry, the

15:14:09 14    drilling engineering team leader.

15:14:11 15    Q.  Exhibit 153.001.  This is -- to identify the document we're

15:14:20 16    going to look at, these are notes of an interview with you on July

15:14:25 17    the 1st of 2010 at Westlake, do you see that?

15:14:28 18    A.  Yes.

15:14:28 19    Q.  Do you recall being interviewed?

15:14:30 20    A.  I do.

15:14:30 21    Q.  Let's look at page seven of 153.001, which is 153.007.  Second

15:14:41 22    to last paragraph.  Tell me whether or not I read this correctly:

15:14:49 23    "Before April 1, once the well was in an operational phase, the

15:14:53 24    engineers were seconded to the wells team leader; after April 1,

15:14:58 25    all engineers worked for Greg, and John Guide had no accountability

8806

15:15:03  1   for engineering issues.  Under this structure, operations had to

15:15:07  2   make a request to engineering for support."  True?

15:15:13  3   A.  Well, they reported to Greg, but they always did the

15:15:24  4   engineering stuff.  I mean...

15:15:25  5   Q.  Right.  But prior to the reorganization, you were considered

15:15:33  6   senior to the engineers once operations started, correct?

15:15:37  7   A.  They were seconded to the wells team leader, that's correct.

15:15:41  8   Q.  And that changed, didn't it?

15:15:43  9        MR. CUNNINGHAM:  D-2220.

15:15:43 10   BY MR. CUNNINGHAM:

15:15:52 11   Q.  That changed and this organizational chart reflects it.  Now,

15:15:57 12   the two drilling engineers are no longer seconded to John Guide

15:16:01 13   during operations, they were now under Greg Walz, correct?

15:16:04 14   A.  That's correct.

15:16:04 15   Q.  That change had been in effect about 20 days at the time of the

15:16:09 16   blowout, right?

15:16:10 17   A.  Yes.

15:16:15 18        THE COURT:  Mr. Cunningham, is this a good time for a

15:16:17 19   break?

15:16:18 20        MR. CUNNINGHAM:  Yes, sir.

15:16:18 21        THE COURT:  Let's break till about 3:30, okay.

15:16:21 22        THE DEPUTY CLERK:  All rise.

15:16:22 23     (WHEREUPON, A RECESS WAS TAKEN.)

15:37:36 24     (OPEN COURT.)

15:37:37 25        THE COURT:  All right.  Please be seated everyone.  All

8807

15:37:39  1   right, Mr. Cunningham.

15:37:41  2               MR. CUNNINGHAM:  Thank you, Judge.

15:37:41  3   BY MR. CUNNINGHAM:

15:37:43  4   Q.  Mr. Guide, just to summarize a bit, it was your view that the

15:37:48  5   reorganization that took place on April the 1st was not working,

15:37:53  6   wasn't it?

15:37:53  7   A.  No, I didn't say it wasn't working.  I preferred the old way.

15:38:00  8               MR. CUNNINGHAM:  520 of his deposition, line 20.

15:38:00  9   BY MR. CUNNINGHAM:

15:38:20 10   Q.  This is referring to a statement you gave or rather an

15:38:27 11   interview.  Do you recall this question and this answer:  The next

15:38:32 12   sentence is:  "Need to learn how it all worked.  Was it working?

15:38:36 13   John said no.  Do you remember telling Mr. Corser that?"

15:38:40 14               "ANSWER:  I do remember that, yes."

15:38:45 15               Is that what you told Kent Corser when you were

15:38:48 16   interviewed?

15:38:51 17   A.  I'm sorry.  I was trying to follow it down here.

15:38:59 18               MS. KARIS:  I am going to object.  This is improper

15:39:01 19   impeachment.  I have the deposition open here.

15:39:03 20               THE COURT:  Whose deposition?  Is this his deposition?

15:39:05 21               MR. CUNNINGHAM:  It's his deposition.

15:39:07 22               MS. KARIS:  What he is referring to "is not working," if

15:39:10 23   you follow further up, I don't think that's an accurate

15:39:13 24   representation.

15:39:14 25               MR. CUNNINGHAM:  Let me go to page -- or Exhibit 194.005,

15:39:19  1   which is the Corser interview notes where you were interviewed.

15:39:24  2   All right.  Page five of six pages.  Top of the page.  Can you pull

15:39:41  3   that out?

15:39:41  4   BY MR. CUNNINGHAM:

15:39:41  5   Q.  "John confused on organization.  Need to learn how it all

15:39:49  6   worked.  Was it working?  John said no."  Is that accurate?

15:40:01  7   A.  I don't really remember saying no, but.

15:40:05  8   Q.  The subject is "organization" top left, "or was it working?

15:40:09  9   John said no."  That was your view at that time, wasn't it, prior

15:40:12  10  to the blowout that it wasn't working?

15:40:15  11  A.  I really don't remember saying that to Mr. Corser.

15:40:18  12  Q.  You thought the old organization did work, though, didn't you?

15:40:26  13  A.  I thought it was better.

15:40:28  14  Q.  Let's discuss your relationship with the wells site leader, all

15:40:35  15  right.  They didn't trust your judgment, did they?

15:40:39  16  A.  No, I don't think that's true.

15:40:45  17  Q.  They reported to you and you were their boss, right?

15:40:48  18  A.  Yes.

15:40:49  19  Q.  So let's talk about your communication with them on the evening

15:40:54  20  of the 20th as the planning and execution of the negative test

15:40:58  21  started.  Okay?

15:41:01  22       MR. CUNNINGHAM:  Let's look at Exhibit 1.024, page 24 of

15:41:07  23  the Bly report, and pull out the 16:54 entry, please, right there

15:41:11  24  in the middle of the page.

15:41:11  25  BY MR. CUNNINGHAM:

8809

15:41:13  1    Q.  Do you see, Mr. Guide, you've seen this before from the Bly

15:41:17  2    report, the time line?

15:41:19  3    A.  Yes, sir.

15:41:20  4    Q.  Do you see at 16:54 an annular preventer was closed for the

15:41:25  5    negative pressure test?

15:41:27  6    A.  Yes, sir.

15:41:28  7    Q.  Do you see that?

15:41:28  8    A.  Yes, sir.

15:41:30  9    Q.  Now, did either of the well site leaders call you at the

15:41:35  10   beginning of the negative pressure test to discuss it with you?

15:41:38  11   A.  No.

15:41:39  12   Q.  Were you available to talk to if somebody wanted to discuss it

15:41:45  13   with you?

15:41:45  14   A.  All the time.

15:41:46  15   Q.  But at 16:52 you called them, didn't you?

15:41:52  16   A.  I did make several phone calls.

15:41:54  17   Q.  D-3283A.  And on the right is the Bly chronology and on the

15:42:04  18   left is a note of the first call you made to the well site leaders'

15:42:09  19   office, correct?  16:52, right?

15:42:13  20   A.  I don't know if that's the exact time I called, I mean.

15:42:17  21   Q.  Without going back to your deposition and the cell phone

15:42:19  22   records, you recall going through a series of questions about times

15:42:23  23   of calls and they were verified by cell phone records, correct?

15:42:26  24   A.  Yes, yes, I remember that.

15:42:28  25   Q.  Which well site leader did you talk to at 16:52 and what did

15:42:33  1    you discuss?

15:42:33  2    A.  I didn't talk to any well site leader.

15:42:36  3    Q.  Did you leave a message for them to return your call?

15:42:40  4    A.  I did -- well, no, that's not exactly correct.  Let me -- when

15:42:45  5    I talked to Nick Wilson I asked him how things were going, and I

15:42:50  6    said if they have any issues have them call me.

15:42:53  7    Q.  Who is Nick Wilson?

15:42:54  8    A.  He was one of the rig clerks.

15:42:56  9    Q.  Do you remember in your deposition that you said you didn't

15:43:00 10    remember who you spoke to when you made that 16:52 call?

15:43:04 11    A.  I don't remember -- it's possible, I just don't remember my

15:43:09 12    deposition.

15:43:09 13    Q.  758, 22.  "And who did you speak with?"  I am looking at line

15:43:21 14    21.  "I don't remember who I spoke to, but I'm pretty sure it was

15:43:25 15    not any of the well site leaders."  You're not telling us now that

15:43:28 16    you remember speaking to somebody named Nick Wilson, are you?

15:43:31 17    A.  He was one of the clerks there.  I knew I talked to one of the

15:43:35 18    clerks.

15:43:35 19    Q.  And my question was:  Did you tell the clerk that you were

15:43:42 20    calling and wanted a return call from the well site leader?

15:43:47 21    A.  No.  What I remember is saying if they needed anything, to tell

15:43:52 22    them to give me a call.

15:43:53 23    Q.  So you weren't calling them because you wanted to talk to one

15:43:57 24    of them?

15:43:57 25    A.  No, I was actually calling them to see how David and Pat's

15:44:01  1   visit was going.

15:44:02  2   Q.  So you were calling them to talk to them?

15:44:07  3   A.  Yes.

15:44:08  4   Q.  But you weren't calling to talk to them about the negative test

15:44:13  5   that was just about to begin, and they hadn't called you about the

15:44:17  6   negative test, correct?

15:44:18  7   A.  That's correct.

15:44:19  8   Q.  You were calling them to see how the visit was going by the BP

15:44:22  9   executives who happened to be on the rig that evening?

15:44:25  10  A.  That's correct.

15:44:26  11  Q.  Well, as of 5:19, 27 minutes later, they hadn't returned your

15:44:33  12  call.  They hadn't called the boss back, had they?

15:44:36  13  A.  No.

15:44:37  14  Q.  D-3283B.  So you waited 27 minutes and did not get a return

15:44:44  15  call from either one of the well site leaders, right?

15:44:47  16  A.  That's correct.

15:44:48  17  Q.  So you called again and which well site leader did you talk to

15:44:51  18  when you called this time?

15:44:52  19  A.  I didn't talk to a well site leader.

15:44:54  20  Q.  Did you leave a message to return your call?

15:44:59  21  A.  There was -- I placed several calls and what I don't remember

15:45:05  22  is I don't know which one this was because I didn't get any answer

15:45:09  23  on one of the calls.

15:45:10  24  Q.  Well, they have voice mail, don't they?

15:45:13  25  A.  I hung up before voice mail.

8812

15:45:15   1    Q.  Oh, you remember that you hung up before voice mail?

15:45:18   2    A.  I never left a message on the voice mail, that's why I

15:45:21   3    remember.

15:45:21   4    Q.  So you're making a second call to talk to the well site leaders

15:45:26   5    and nobody answers the phone, voice mail answers and you hang up?

15:45:30   6    A.  No, no.  I would even hang up before the voice mail.

15:45:34   7    Q.  Oh, before, excuse me, before the voice mail you hung up?

15:45:37   8    A.  Yes, sir.

15:45:37   9    Q.  What did you want to talk about when you called for the second

15:45:43  10    time during the midst of the beginning of the negative test?

15:45:46  11    A.  The same reason.  I wanted to talk to them about how the visit

15:45:52  12    was going.

15:45:52  13    Q.  How the visit was going.  So you make one call and 27 minutes

15:45:56  14    later you call again to see how the visit's going?

15:46:02  15             THE COURT:  You have to answer out loud.

15:46:03  16             THE WITNESS:  Oh, I'm sorry.  Yes, sir.

15:46:03  17    BY MR. CUNNINGHAM:

15:46:08  18    Q.  And nobody returned your call, did they?

15:46:10  19    A.  No.

15:46:11  20    Q.  Did you get a little impatient and a little frustrated that you

15:46:16  21    were trying to call your well site leaders and nobody would call

15:46:19  22    you back?

15:46:20  23    A.  No.

15:46:21  24    Q.  D-3283C.

15:46:29  25             MS. KARIS:  Your Honor, I'm sorry, I don't mean to

OFFICIAL TRANSCRIPT

15:46:33 1   interrupt, Mr. Cunningham, but I believe based on the phone records
15:46:36 2   we know these times that were referenced in the deposition are not
15:46:39 3   accurate times based on the phone logs.  They're off by some amount
15:46:44 4   of time.  I think the record exists.  I am not sure if it's of much
15:46:49 5   significance, but I don't want the record to suggest these are the
15:46:52 6   precise times that these calls were made.  Those were the records
15:46:55 7   Ms. Kuchler used in the deposition, but I think the phone logs show
15:46:59 8   that the times being used in the deposition are not actually
15:47:02 9   accurate.
15:47:04 10          MR. CUNNINGHAM:  Well, all I can go by is what the cell
15:47:07 11  phone records were that were used in the deposition, and these were
15:47:10 12  the times off of the cell phone records.
15:47:13 13          MS. KARIS:  I understand that.  I understand there's been
15:47:15 14  a connection of those times based on the conversion issue that we
15:47:18 15  continue to have, and I just wanted to make that for the record.
15:47:18 16  BY MR. CUNNINGHAM:
15:47:24 17  Q.  What converts from London time to time in the U.S. is not
15:47:30 18  minutes, it's hours, right?
15:47:35 19  A.  There's a time difference.  It's either six or seven hours
15:47:39 20  depending on daylight savings time.
15:47:41 21  Q.  But the time difference is hours, not in minutes, right?
15:47:44 22          MS. KARIS:  Well, to be clear, your Honor, this is not a
15:47:47 23  GMT conversion time.  I think when Ms. Kuchler converted some of
15:47:51 24  these times from these phone logs, the conversion was inaccurate.
15:47:55 25  We do have the corrected times.  Again --

OFFICIAL TRANSCRIPT

15:47:57 1          THE COURT:  I don't know.  I am not clear what you're

15:48:00 2   talking about here because I thought the other conversion issue was

15:48:06 3   for e-mails, not for phone records.  So what's the issue here,

15:48:11 4   whether it was central time or some other time zone or what?

15:48:15 5          MS. KARIS:  No, your Honor, there appears to have been

15:48:18 6   based on -- these times were used by Ms. Kuchler who was

15:48:23 7   representing Anadarko at the time in the deposition based on a

15:48:26 8   phone log.

15:48:26 9          THE COURT:  What Mr. Cunningham seems to be saying is

15:48:29 10  that they -- it comes from phone records, right?  Cell phone

15:48:33 11  records I suppose.

15:48:35 12         MR. CUNNINGHAM:  That's correct, your Honor.  And I'll

15:48:36 13  call these up and go through the cell phone records, if necessary.

15:48:39 14  But these are the cell phone records and the times are on there.

15:48:43 15         MS. KARIS:  I think there's a conversion that occurred to

15:48:45 16  those times is what I am saying.  So I have a log here, for

15:48:49 17  example, the time that is represented as 4:52 is actually, when you

15:48:54 18  look at the actual time based on the phone records is 5:57.  Again,

15:48:59 19  I am not sure if it matters much for this point, but I want to be

15:49:03 20  clear that there are actual phone logs and records that indicate

15:49:07 21  that these times are not the actual times.  I think that's what

15:49:11 22  Ms. Kuchler was using that log in the deposition, but those were

15:49:15 23  based on her conversions at the time.

15:49:17 24         THE COURT:  Okay.  This is getting very confusing.

15:49:20 25  You've managed to confuse me even further, Ms. Karis, I have to

8815

15:49:23   1    tell you.

15:49:23   2              MS. KARIS:  I'm sorry.

15:49:24   3              THE COURT:  What was this conversion she was using?

15:49:31   4              MS. KARIS:  So there's a rig -- there's records that are

15:49:34   5    from the rig that have a time that is different than the phone logs

15:49:40   6    from Mr. Guide's actual phone records.

15:49:43   7              THE COURT:  And these times here that are on the screen

15:49:46   8    right now, first one being 16:52 or 4:52, are you saying that's

15:49:53   9    from his cell phone records or that's from the rig?

15:49:55  10              MS. KARIS:  That's from the rig records and how

15:49:58  11    Ms. Kuchler converted those times, because there was some

15:50:00  12    conversion that occurred by counsel and used in the deposition.  I

15:50:04  13    am happy to submit a log.  Again, I don't know that this really

15:50:07  14    makes a difference --

15:50:08  15              THE COURT:  It may not make any difference.  I don't

15:50:10  16    know -- well, Mr. Cunningham will have to decide if it makes any

15:50:14  17    difference, I guess.

15:50:15  18              MR. CUNNINGHAM:  What I think I will do is continue, your

15:50:17  19    Honor, and then cross-examination or redirect can deal with this,

15:50:20  20    and then I'll offer at the end --

15:50:22  21              THE COURT:  It seems like what he is -- the last few

15:50:26  22    series of questions have dealt with how much time had elapsed in a

15:50:29  23    series of phone calls, so.

15:50:31  24              MS. KARIS:  Right, and that's when I stood I said I

15:50:35  25    wasn't sure it made a difference to this line of questioning.

OFFICIAL TRANSCRIPT

8816

15:50:37  1          THE COURT:  Okay.  You can bring that up if you need to

15:50:40  2  clarify something on redirect.

15:50:41  3          MS. KARIS:  Very well, thank you, your Honor.

15:50:43  4          THE COURT:  Thank you.

15:50:43  5  BY MR. CUNNINGHAM:

15:50:44  6  Q.  Looking at the exhibit on the screen, Mr. Guide, your next call

15:50:47  7  was 12 minutes later, correct?

15:50:51  8  A.  Yes, sir.

15:50:52  9  Q.  At 17:31 or 5:31.  Which well site leader did you talk to then?

15:51:01  10  A.  None of them.

15:51:02  11  Q.  And you only waited 11 minutes to call back, correct?

15:51:10  12  A.  Yep.

15:51:10  13  Q.  And talked to nobody the second time.  Did you leave a message

15:51:14  14  this time?

15:51:14  15  A.  I know I talked to the clerk twice and I didn't get an

15:51:23  16  answer -- I don't know if there was three or four phone calls, but,

15:51:26  17  no, I never left any message.

15:51:28  18  Q.  Well, you were calling for the third time.  These calls are to

15:51:34  19  the well site leader's office, correct?

15:51:36  20  A.  Yes, that's correct.

15:51:37  21  Q.  And this was the third time you had called, correct --

15:51:40  22  A.  Yes.

15:51:41  23  Q.  -- in this timeframe?

15:51:42  24  A.  Yes, sir.

15:51:43  25  Q.  And you were calling to talk to the well site leader, and for

8817

15:51:46  1  the third time, you didn't talk to the well site leader, is that

15:51:50  2  correct?

15:51:50  3  A.  That is correct.

15:51:52  4  Q.  And as the boss, you didn't like the fact that nobody was

15:51:57  5  returning your call, did you, Mr. Guide?

15:51:59  6  A.  No.

15:52:02  7  Q.  So you called again at 17:39, 3283D.  You waited eight minutes

15:52:11  8  this time, correct?

15:52:12  9  A.  Yes, sir.

15:52:13  10  Q.  Which well site leader did you talk to this time?

15:52:17  11  A.  None of them.

15:52:20  12  Q.  Did you leave a message this time for somebody to return your

15:52:24  13  call, since you had been calling since 4:52 and nobody had called

15:52:30  14  you back?

15:52:31  15  A.  I didn't leave a message.

15:52:32  16  Q.  Bottom line is that you, the boss, repeatedly called the well

15:52:45  17  site leaders, tried to reach the well site leaders in the midst of

15:52:53  18  them conducting a safety critical test, and they totally ignored

15:52:53  19  your calls, didn't they?

15:52:54  20  A.  No.  I had very good instructions with my well site leaders,

15:53:00  21  and they knew they could call me at any time.  And I didn't -- if

15:53:05  22  they were busy, I didn't bother them.

15:53:07  23  Q.  Well, you were trying to bother them.  You kept calling back,

15:53:11  24  didn't you?

15:53:12  25  A.  I was trying to see if they'd stepped into their office.  But

OFFICIAL TRANSCRIPT

8818

15:53:18  1   I -- on a routine -- I never asked them to go get these guys if

15:53:23  2   they were busy.

15:53:24  3   Q.  And not only did they ignore your calls, Mr. Guide, they never

15:53:28  4   once called you for advice or consultation during the negative test

15:53:32  5   procedure from beginning to end, did they?

15:53:34  6   A.  They did not.

15:53:35  7   Q.  And isn't it true that if they respected your opinions and

15:53:41  8   trusted your advice, they would have answered your calls or they

15:53:44  9   would have called you at least to address any issues that they ran

15:53:49 10   across with the negative test, isn't that true?

15:53:51 11   A.  If they had a problem, they knew -- or actually anything, any

15:53:56 12   question, they knew they could call me any time, any place.

15:54:00 13   Q.  Well look at 1800 up here where the drill pipe pressure

15:54:04 14   gradually increased to 1400 psi over 35 minutes, do you see that?

15:54:09 15   A.  I'm sorry, sir.  Yes, sir.

15:54:12 16   Q.  In a properly functioning leadership structure with leaders in

15:54:21 17   place who deserve and receive respect, what would have happened and

15:54:25 18   what should have happened is open communication to address safety

15:54:29 19   critical issues just like this, isn't that true?

15:54:32 20   A.  Well, I wasn't there when they conducted this, so I don't know

15:54:39 21   if they thought this was -- there was an issue or not.

15:54:42 22   Q.  Do you see the line just below at the top of the 1835 to 1955

15:54:50 23   section where it says, "Discussion ensued about pressure anomalies

15:54:55 24   and negative test procedure"?

15:54:58 25   A.  Yes.

8819

15:54:58  1    Q.  Do you see that?

15:55:00  2    A.  Yes.

15:55:00  3    Q.  Something is going on, isn't it?

15:55:02  4    A.  Yes, sir.

15:55:03  5    Q.  And nobody called you, did they?

15:55:05  6    A.  They didn't.

15:55:13  7    Q.  So during this series of calls that you made to the well site

15:55:18  8    leaders that we just looked at, did you have any discussions with

15:55:21  9    Mr. Hafle?

15:55:23 10    A.  I did not.

15:55:23 11    Q.  He was right there in the same building, wasn't he?

15:55:27 12    A.  I was gone.

15:55:29 13    Q.  You were gone?

15:55:30 14    A.  Yeah, I left the office.

15:55:31 15    Q.  So after your last call at 17:39 when nobody called you back,

15:55:40 16    you left?

15:55:41 17    A.  No, sir, I was gone before that.

15:55:44 18    Q.  Oh, you were -- you had already gone before 17:39, or 5:39?

15:55:49 19    A.  Yes, sir.

15:55:50 20    Q.  Where was it you went?

15:55:52 21    A.  I went home.

15:55:53 22    Q.  If you had wanted to talk to Mr. Hafle, he was right there in

15:56:01 23    the same building with you, wasn't he?

15:56:03 24    A.  Yeah.  We were literally 20 feet apart.

15:56:10 25    Q.  Did he tell you that the rig crew had conducted the negative

8820

15:56:13  1   test and had found 1,400 psi on the kill line?

15:56:17  2   A.  No.

15:56:18  3   Q.  Did you ask him what was going on with the negative test?  You

15:56:25  4   couldn't get in touch with the well site leaders?

15:56:27  5   A.  No.  If there's an issue, people would call me.  And by -- you

15:56:35  6   know, that's all.

15:56:36  7   Q.  And if they had called you and told you that they had 1,400 psi

15:56:41  8   on the kill line in the negative test, what would you have said?

15:56:45  9   A.  Okay.  So your question was, if there was 1,400 psi on the kill

15:56:51  10  line?

15:56:51  11  Q.  Yes.  When they're conducting the negative test on the kill

15:56:55  12  line.

15:56:56  13  A.  Well, I would have had to ask more questions.

15:56:58  14  Q.  If either Mr. Hafle had mentioned that to you or any of the

15:57:04  15  well site leaders had communicated with you by calling you or by

15:57:07  16  answering your phone calls, you would have said, do not continue to

15:57:12  17  believe that this is a good negative test, right?

15:57:15  18  A.  I would have had to have had more information.

15:57:19  19  Q.  So after you made the last call at 17:39 -- or correction,

15:57:25  20  before you made the last call, the man who is responsible for

15:57:31  21  safety and operations on the *Deepwater Horizon*, the person

15:57:36  22  responsible, went home, right?

15:57:38  23  A.  Yeah, I think I left before the last call, sir.

15:57:42  24  Q.  And you went home?

15:57:44  25  A.  Yes, sir.

8821

15:57:44  1    Q.  Mr. Guide, the team in Houston, including you, knew before

15:57:57  2    April 17th when you sent this e-mail, you knew before then that

15:58:01  3    this was a problem well, didn't you?

15:58:03  4    A.  We had some problems on it.

15:58:06  5    Q.  You knew people had referred to it as the crazy well?  Did you

15:58:10  6    know that?

15:58:11  7    A.  No, I didn't know that.

15:58:12  8    Q.  The well from hell, you knew that?

15:58:14  9    A.  I heard that, yes.

15:58:15  10   Q.  And on April the 14th, you and other members of the leadership

15:58:21  11   team had a meeting to discuss long string versus liner you told us

15:58:27  12   about earlier, right?

15:58:28  13   A.  Yes, sir.

15:58:28  14   Q.  Who participated in that meeting?

15:58:30  15   A.  John Sprague, Terry McClicko (PHONETIC), David Sims, myself,

15:58:36  16   and then on the other side of the phone was Greg and Brett.  And I

15:58:42  17   don't recall if Mr. Hafle was there or not.

15:58:43  18   Q.  You don't recall Mr. Hafle being on that call on the 14th?

15:58:47  19   A.  No, I don't.

15:58:48  20   Q.  Well, at that point, the plan going forward was to TA.  The

15:58:57  21   plan was a temporary abandonment operation.  Correct?

15:59:02  22   A.  Well, we had a lot more work to do before that on the 14th.  We

15:59:08  23   still had several operations before the TA.

15:59:10  24   Q.  Sure.  But everybody knew that's where you were headed

15:59:13  25   ultimately, correct?

8822

15:59:14  1    A.  Yes, sir.

15:59:15  2    Q.  And it's the same TA that led to or that produced the blowout

15:59:21  3    on the 20th, right?  That was a temporary abandonment procedure

15:59:25  4    that you guys had planned, correct?

15:59:27  5    A.  Okay.  I am not -- I am just trying to be, you know, correct

15:59:35  6    here.  I don't know if the TA procedure itself, the actual -- you

15:59:39  7    know, caused the accident.

15:59:40  8    Q.  Let me put it this way.  It was the temporary abandonment

15:59:44  9    operation that ultimately concluded in the blowout?

15:59:48 10    A.  They were doing the temporary abandonment when the blowout

15:59:51 11    occurred, yes, sir.

15:59:55 12    Q.  At this April the 14th meeting, was there anybody who wanted to

15:59:59 13    stop the temporary abandonment operation?

16:00:02 14    A.  Okay, sir.  Just trying to be accurate here.  During

16:00:08 15    April 14th, we weren't doing the temporary abandonment operation.

16:00:11 16    Q.  Was there anybody in the meeting on April 14th who wanted to

16:00:17 17    stop from proceeding to a TA?

16:00:21 18    A.  No, not that I'm aware of.

16:00:24 19    Q.  Isn't it true, Mr. Guide, that the senior drilling engineer for

16:00:31 20    this project, Mark Hafle, wanted to plug and abandon this well and

16:00:38 21    not to proceed to a temporary abandonment, isn't that true?

16:00:42 22    A.  Well, he presented -- or the PowerPoint that I saw, a P&A was

16:00:49 23    presented as a third option.

16:00:51 24    Q.  Mr. Hafle wanted to not to proceed to a temporary abandonment

16:01:00 25    with the production casing you had to put in.  He wanted to plug

8823

16:01:03  1   and abandon the well; that's what he wanted to do, didn't he?

16:01:07  2   A.  He didn't tell me that.

16:01:09  3   Q.  He didn't?

16:01:09  4   A.  No.

16:01:10  5   Q.  Well, how did you know he had this plan you just talked about?

16:01:15  6   A.  It wasn't a plan.  It was an option.  Mr. Sprague had a

16:01:19  7   PowerPoint presentation that had three options, and I recall that,

16:01:26  8   and it was one of the options.

16:01:29  9   Q.  Plug and abandon; in other words, put cement in the hole and

16:01:32 10   walk away, that's what P&A means, right?

16:01:36 11   A.  Yes, sir.

16:01:36 12   Q.  And the senior drilling engineer on this project wanted to P&A

16:01:41 13   and not to go to temporary abandonment, isn't that true?

16:01:46 14   A.  I don't believe that's true, no, sir.

16:01:50 15   Q.  Exhibit 37031.001.  This is a cover page of a notebook.  Let's

16:02:05 16   go to page 38.  These are notes previously admitted into evidence.

16:02:09 17           MS. KARIS:  Your Honor, I am going to object to the use

16:02:11 18   of these notes with this witness.  This is no different than trying

16:02:14 19   to use other team member's notes from the Bly team with

16:02:17 20   Mr. Robinson, which the Court did not allow.  There's absolutely no

16:02:22 21   foundation for Mr. Guide to speak to interview notes of Mark Hafle,

16:02:28 22   which is what it says.  He has never seen this notes.  He didn't

16:02:32 23   participate in that interview.  These are secondhand notes, as

16:02:35 24   those members have testified to, at least Mr. Robinson testified

16:02:39 25   to, so there is no foundation.

8824

16:02:41 1          THE COURT:  Are these in evidence already?

16:02:43 2          MR. CUNNINGHAM:  Yes, sir, my understanding they're in

16:02:45 3  evidence.

16:02:46 4          THE COURT:  Okay.  Overruled.

16:02:47 5  BY MR. CUNNINGHAM:

16:02:48 6  Q.  Page 38.  Or 39.  It says, "Debate continued on long string

16:03:04 7  versus liner."  Do you see that?

16:03:06 8  A.  Yes, sir.

16:03:07 9  Q.  "Hafle lone voice on just P&A the well."  Do you see that?

16:03:12 10  A.  I do.

16:03:13 11  Q.  You're not telling us that didn't happen, that in this April

16:03:17 12  the 14th meeting, you're not telling us that the senior drilling

16:03:21 13  engineer didn't say we should P&A the well, are you?

16:03:25 14  A.  I don't know what happened in that meeting, sir.

16:03:28 15  Q.  You were there.

16:03:30 16  A.  Oh, I'm sorry, I thought you were talking about this meeting

16:03:33 17  where these notes were taken.

16:03:34 18  Q.  No, these notes reflect what Mr. Hafle said.

16:03:38 19  A.  Oh, okay.  I'm sorry, sir.

16:03:40 20  Q.  And you were on the call where Mr. Hafle says he said this, and

16:03:44 21  I am asking you about the April 14th meeting.

16:03:47 22  A.  Okay, sir, I'm sorry.

16:03:48 23  Q.  Do you deny that Mr. Hafle, the senior drilling engineer for BP

16:03:52 24  on this project, said what we should do is plug and abandon the

16:03:56 25  well, not proceed to a temporary abandonment?

OFFICIAL TRANSCRIPT

16:04:00  1   A.  I do not recall Mr. Hafle saying that.

16:04:02  2   Q.  Well, if it is true, and he did say that, the reason would be

16:04:11  3   because he knew that this was an unstable well, correct?

16:04:15  4   A.  I can't speak --

16:04:18  5          MS. KARIS:  Objection.  Calls for speculation.

16:04:20  6          THE COURT:  I sustain that objection.

16:04:21  7   BY MR. CUNNINGHAM:

16:04:22  8   Q.  How many hundred feet of production casing would not have gone

16:04:27  9   in the hole with a plug and abandonment?

16:04:31 10   A.  Let me do the math here in my head real quick.  13,000 feet.

16:04:36 11   Q.  Now, we have heard for eight weeks now about stop work

16:04:46 12   authority, and we heard from you earlier about a very strong

16:04:50 13   stop-the-job culture, correct?

16:04:52 14   A.  Yes, sir.

16:04:53 15   Q.  That anybody can stop the job if they have a safety concern,

16:04:56 16   correct?

16:04:56 17   A.  Yes, sir.

16:04:57 18   Q.  And if it is true, as the notes say, and you don't remember one

16:05:03 19   way or the other, as I understand it, that the senior drilling

16:05:07 20   engineer was saying to the leadership team, we should stop the T&A

16:05:12 21   operation, we should not go that direction, we should plug and

16:05:15 22   abandon this well, then what more ultimate stop work authority

16:05:22 23   would there be, Mr. Guide, than the senior drilling engineer?

16:05:27 24   A.  So, just want to try to give the best answer possible.  Can

16:05:33 25   you -- that was sort of a long question.

OFFICIAL TRANSCRIPT

8826

16:05:35  1    Q.  All right.  Let me try it again.  We've heard about stop work

16:05:38  2    authority.  The senior drilling engineer is saying, don't go down

16:05:43  3    this road, do not go to temporary abandonment, plug and abandon the

16:05:48  4    well.  Okay.  Assume that to be the case from the notes we just

16:05:54  5    looked at.

16:05:54  6         There is no more ultimate authority for stopping work,

16:05:59  7    stopping an operation, than the senior drilling engineer, is there?

16:06:04  8    A.  There's other people involved, but he definitely has a voice.

16:06:09  9    Q.  We've heard the lowest rig hand on the rig can stop work,

16:06:15 10    right?

16:06:16 11    A.  Absolutely.

16:06:16 12    Q.  But instead of following Mr. Hafle's lone voice, the rest of

16:06:27 13    the team said, no, we're going down the temporary abandonment path,

16:06:31 14    didn't they?

16:06:32 15    A.  Once again, I don't remember Mr. Hafle saying that his choice

16:06:38 16    was to P&A the well.

16:06:40 17    Q.  Well, if the stop work rule had been followed and this well was

16:06:46 18    plugged and abandoned, then there would have been no explosion and

16:06:51 19    there would be 11 men still alive today, wouldn't there?

16:06:54 20    A.  I can't predict what would or would not have happened if

16:06:59 21    something were different.

16:07:00 22    Q.  Now, in addition to what we discussed about what was going on

16:07:11 23    in Houston prior to your April 17th e-mail, let's talk about what

16:07:18 24    was going on on the rig before that time.  You knew with certainty

16:07:23 25    as of March 8th that there was serious problems on the rig itself,

16:07:28  1    didn't you, Mr. Guide?

16:07:30  2    A.  Well, we took a kick on March 8th.

16:07:35  3    Q.  Exhibit 153.001.  Cover page of interview with you on July 1

16:07:44  4    that we looked at earlier, page 12.  Pull out paragraph one,

16:07:53  5    please.

16:07:53  6         "Steve Robinson asked John how the March 8th well control

16:07:57  7    event was handled.  John said that it was a very poor response by

16:08:00  8    the rig crew, which continued to drill for 35 to 40 minutes while

16:08:04  9    taking a gain before shutting in the well."  Do you see that?

16:08:08  10   A.  Yes, sir.

16:08:09  11   Q.  That's a big problem, isn't it?

16:08:12  12   A.  It can be, sir, yes.

16:08:15  13   Q.  Not can be; it is, isn't it?  When that happens, that is a big

16:08:19  14   problem, isn't it?

16:08:20  15   A.  Well, like I said, it can be, yes.

16:08:24  16   Q.  You were very upset about it, weren't you?

16:08:26  17   A.  I was disappointed.

16:08:27  18   Q.  You were very upset, weren't you?

16:08:30  19   A.  I was -- they had a record of catching kicks much sooner than

16:08:35  20   this one.

16:08:35  21   Q.  Paragraph five, first sentence.  "John said that he was very

16:08:40  22   upset about this event, noting that one of the primary

16:08:45  23   responsibilities of the WSLs and rig crew is well control."  Did I

16:08:51  24   read that correctly and was that, in fact, what you said in this

16:08:54  25   interview?

8828

16:08:54  1    A.  Well, you read it correctly, but I don't remember exactly what

16:08:59  2    I said in the interview, sir.

16:09:00  3    Q.  Do you deny that you were very upset?

16:09:02  4    A.  Well, I was upset, I was disappointed.

16:09:06  5    Q.  And the reason you were is because somebody fell asleep at the

16:09:11  6    switch for that to happen, didn't they?

16:09:12  7    A.  Well, they caught the kick, it just -- they had a high standard

16:09:17  8    that -- of catching kicks within 20 barrels, and that didn't happen

16:09:25  9    this time.

16:09:26  10   Q.  When you refer to the rig crew, how many people on the rig were

16:09:29  11   you referring to?

16:09:30  12   A.  Well, there's a lot of people monitoring the well on the rig.

16:09:34  13   There's the driller, the AD, the Sperry-Sun mudlogger, we had an

16:09:43  14   on-site pour pressure detection person, we have got the geologist,

16:09:46  15   so there's a lot of people.

16:09:47  16   Q.  So when you refer to the rig crew in this statement, you were

16:09:50  17   referring to a lot of people on the *Deepwater Horizon*, correct?

16:09:52  18   A.  Yes, I was.

16:09:56  19   Q.  How many of those people were responsible for the, quote, very

16:10:00  20   poor, end quote, response?

16:10:01  21   A.  Well, all of those people, in one way or fashion, monitor the

16:10:06  22   well.

16:10:06  23   Q.  So it's true, isn't it, that the safety of the entire rig and

16:10:13  24   everybody on that rig depends on these people?

16:10:18  25   A.  Yes, sir.

8829

16:10:19  1    Q.  So it would be critically important, wouldn't it, to find out

16:10:23  2    why there was a very poor response?  True?

16:10:27  3    A.  Yes, sir.

16:10:30  4    Q.  And what did you do to determine the underlying root causes of

16:10:39  5    this very poor response?

16:10:40  6    A.  I personally did not do a root cause analysis, sir.

16:10:45  7    Q.  Paragraph three.  You said that you felt the rig crew

16:10:54  8    understood their responsibilities and they admitted to you that

16:10:57  9    they had screwed up by not catching it.  Do you see that?

16:11:01 10    A.  Yes, sir.

16:11:01 11    Q.  That tells you nothing about the root causes of why they

16:11:07 12    screwed up and why they didn't catch it, does it?

16:11:11 13    A.  Well, I don't remember saying that they had screwed up, so...

16:11:18 14    Q.  The reason you don't know the root causes of the very poor

16:11:22 15    response is because you did not conduct a root cause investigation,

16:11:26 16    did you?

16:11:26 17    A.  I did not, sir.

16:11:28 18    Q.  Paragraph two, first sentence.  You did not initiate a formal

16:11:36 19    incident investigation, you did not initiate a root cause

16:11:40 20    investigation, did you?

16:11:41 21    A.  I did not.

16:11:42 22    Q.  Exhibit 93.019.  But you know, don't you, at least you know

16:11:53 23    now, that BP's DWOP required a root cause investigation, isn't that

16:11:58 24    true, Mr. Guide?

16:11:59 25    A.  Yes, sir.

16:11:59 1   Q.  3.1.5.  This is 0093-019.  "All drilling and well operations,

16:12:10 2   safety and integrity management, accidents, incidents, and

16:12:14 3   significant near-misses shall be investigated to determine the root

16:12:16 4   causes and identify actions that will prevent a recurrence."  Did I

16:12:21 5   read that correctly?

16:12:22 6   A.  Yes, you did, sir.

16:12:23 7   Q.  You failed to comply with your own manual, didn't you?

16:12:26 8   A.  Well, we didn't do a root cause investigation, sir.

16:12:31 9   Q.  We?  You didn't do one, did you?

16:12:34 10   A.  I did not.

16:12:35 11   Q.  Nobody ever determined the root cause of this event, did they?

16:12:40 12   A.  Not that I'm aware of, sir.

16:12:45 13   Q.  Back to Exhibit 153.012.  Interview notes, page 12.  Paragraph

16:13:01 14   three.  Pull out paragraph three of the notes, interview notes.

16:13:13 15   No, not that paragraph, the interview notes.

16:13:34 16          Mr. Guide, in addition to not doing the root cause

16:13:38 17   investigation, nobody identified actions to prevent a recurrence of

16:13:42 18   what happened on March 8th, did they?

16:13:43 19   A.  I didn't.

16:13:44 20   Q.  And we know that the Transocean rig manager did not either,

16:13:50 21   isn't that true?

16:13:51 22   A.  Not that I'm aware of.

16:13:53 23   Q.  Do you know what a precursor event is?

16:14:00 24   A.  Yes, sir, I do.

16:14:01 25   Q.  Do you know what a leading indicator is?

16:14:03   1   A.  I do.

16:14:06   2   Q.  And do you understand the relationship between a root cause

16:14:10   3   investigation precursor event and process safety?

16:14:12   4   A.  I do.

16:14:19   5   Q.  And you understand that one of the reasons BP has a requirement

16:14:24   6   for doing a root cause investigation is to identify and deal with

16:14:30   7   precursor events and leading indicators, isn't that true?

16:14:33   8   A.  Yes, sir.  It can be one of them.

16:14:36   9   Q.  Now, you know also that BP had a safety management system that

16:14:43  10   was designed for the very purpose of avoiding process safety

16:14:46  11   disasters, true?

16:14:47  12   A.  It was part of the safety management system, yes, sir.

16:14:51  13   Q.  And you talked about it in your direct, and it's referred to as

16:14:55  14   OMS, right?

16:14:56  15   A.  Yes, sir.

16:14:56  16   Q.  Tell the Court what formal training you, as the wells team

16:15:04  17   leader, had before April 20th of 2010 on OMS.

16:15:12  18   A.  I went to several schools, which we had to -- we went through

16:15:24  19   the manual in almost its entirety.  Then we also did a training on

16:15:34  20   the new computer-based system that they were going to implement.

16:15:38  21   Q.  And you did this before April 20th of 2010, the date of the

16:15:42  22   blowout?

16:15:42  23   A.  Oh, well, I did it months and months and months before.

16:15:46  24   Q.  Deposition 432, line 12.  See if I read this correctly.  I

16:15:58  25   thought, beginning at line 12:

OFFICIAL TRANSCRIPT

8832

16:16:01  1            "QUESTION:  Are you familiar with the Gulf of Mexico OMS

16:16:04  2    handbook?"

16:16:05  3            Your answer is:  "Yes."

16:16:06  4    A.  Uh-huh.

16:16:07  5    Q.

16:16:07  6            "QUESTION:  Are you familiar with the Gulf of Mexico

16:16:09  7    Drilling and Completions Local OMS manual?

16:16:13  8            "ANSWER:  I am not as familiar with that because it was a

16:16:15  9    work in progress when I was transitioning.

16:16:19  10           "QUESTION:  Was it still a work in progress as of

16:16:22  11   April 20th, 2010?

16:16:24  12           "ANSWER:  You know, I don't remember.  I just don't

16:16:26  13   remember.  I know they were incorporating all of these kinds of

16:16:29  14   documents and stuff into the OMS system."

16:16:32  15           Go to the next page.

16:16:36  16           "QUESTION:  When you said you were transitioning, are you

16:16:40  17   referring to April the 1st of 2010?

16:16:43  18           "ANSWER:  No.  I got my dates wrong on that.  I was

16:16:46  19   transitioning during that period of time to try to get all this

16:16:49  20   into one spot."

16:16:50  21           And then the questions go on down.

16:16:52  22           "QUESTION:  Where did you go to train?"

16:16:54  23           At line 16:

16:16:55  24           "ANSWER:  I went to training in Houston in the beginning

16:16:59  25   of 2011 where you could actually set up and navigate through, you

OFFICIAL TRANSCRIPT

```
16:17:04  1   know, my OMS.
16:17:07  2           "QUESTION:  So before 2011, you had had no training on
16:17:10  3   the OMS system?
16:17:12  4           "ANSWER:  Right.  The computerized version."
16:17:15  5   A.  That's right, sir.
16:17:18  6   Q.  Well, I just asked you earlier if you had formal training, and
16:17:21  7   you talked about all of the schools you had been to.
16:17:23  8   A.  We're talking about -- you're talking about two different
16:17:27  9   things.  So we did have OMS training, but it was with the general
16:17:31 10   OMS system.  Then BP was going to make -- was in the process of
16:17:39 11   generating an OMS for wells, specifically to wells, and that's
16:17:46 12   where it is referred to as D&C.  That's drilling and completion.
16:17:51 13           The OMS safety management -- I'm sorry, the operating
16:17:56 14   management system called OMS is used throughout BP all over the
16:18:00 15   world in all of its operations.  And what we were doing is they
16:18:04 16   were making a specific module for it for D&C, and then that
16:18:10 17   specific module required computerized training.
16:18:15 18           We're talking about two different subjects.  I did go to
16:18:18 19   schools for OMS, the big blanket, but not the D&C version.
16:18:22 20   Q.  Okay.  So when you were asked, "So before 2011, you had had no
16:18:27 21   training on the OMS system," and you said, "Right" --
16:18:32 22   A.  Right, the computerized version.
16:18:34 23   Q.  Let's see what you say next.  I am not real sure.  433-25:
16:18:39 24           "QUESTION:  How about the paper version?"
16:18:41 25           Let's go to the next page.
```

8834

16:18:45  1          "QUESTION:  Have you had any training on that?

16:18:47  2          "ANSWER:  Just a short, you know, here's a roll-out, this

16:18:51  3  is OMS, it's coming, you know, stuff like that.

16:18:54  4          "QUESTION:  But there was no formal training on OMS until

16:18:58  5  2011 when you had that computer training?"

16:19:01  6          And was your answer "Yes"?

16:19:03  7  A.  That's what I said, I think we're just confusing the two

16:19:06  8  different systems.

16:19:06  9  Q.  I don't think so, Mr. Guide.

16:19:08  10         MS. KARIS:  Your Honor, I am going to object.  This is

16:19:11  11 improper impeachment.  The witness has explained --

16:19:13  12         THE COURT:  I will sustain the objection to the last

16:19:15  13 question.  I'm not sure if it was a question or comment.

16:19:19  14 BY MR. CUNNINGHAM:

16:19:19  15 Q.  Were you telling the truth, Mr. Guide, when you were asked this

16:19:22  16 question at page 434, line 5:

16:19:25  17         "QUESTION:  But there was no formal training on OMS until

16:19:29  18 2011 when you had had that computer training?

16:19:31  19         "ANSWER:  Yes."

16:19:32  20 A.  Once again, we're confusing two different -- two different OMS

16:19:39  21 systems, sir.

16:19:45  22 Q.  Two different OMS systems?

16:19:47  23 A.  Yes, sir.

16:19:47  24 Q.  Did you say that when you gave that answer in your deposition,

16:19:50  25 that the person asking you the question was confusing two different

OFFICIAL TRANSCRIPT

8835

16:19:53  1    systems?

16:19:54  2    A.  No, sir.

16:19:55  3    Q.  Let me ask you a couple of questions about process safety in

16:20:07  4    the Gulf of Mexico.  You don't know who the process safety manager

16:20:11  5    is for the Gulf of Mexico and you didn't at the time you gave your

16:20:14  6    deposition, right?

16:20:14  7    A.  That's correct.

16:20:15  8    Q.  Do you know who the chief engineer was for process safety in

16:20:21  9    exploration and production on April the 20th of 2010?

16:20:28  10   A.  I don't think so.

16:20:30  11   Q.  Did you even know that there was, in fact, a human in Houston

16:20:34  12   who was -- had the title of chief engineer for process safety for

16:20:39  13   exploration and production?

16:20:40  14   A.  I don't think I did.

16:20:43  15   Q.  So I guess you don't know her name, then.  Cheryl Grounds,

16:20:48  16   never heard that name?

16:20:49  17   A.  Say it again, sir.

16:20:51  18   Q.  Cheryl Grounds.

16:20:55  19   A.  I'm not sure if I heard her name before or not.

16:20:57  20   Q.  Do you know whether or not the Gulf of Mexico SPU had its own

16:21:05  21   process safety department?

16:21:06  22   A.  There was none that I was aware of.

16:21:10  23   Q.  Had you received any training on BP's new DWOPs and ETPs that

16:21:24  24   were a basic part of OMS, had you received any training on that

16:21:28  25   prior to April the 20th?

16:21:30  1    A.  I don't think I had formal training.

16:21:32  2    Q.  Well, you understand that the DWOP and the ETPs constitute the

16:21:39  3    guts of OMS, you understand that, don't you?

16:21:42  4    A.  Oh, yes, sir.

16:21:43  5    Q.  And you had not received any training on that, had you, as of

16:21:46  6    April 20th?

16:21:47  7    A.  Not that I recall.

16:21:47  8    Q.  And insofar as training you provided to the well site leaders

16:21:56  9    on the new DWOP, which was a part of OMS, that consisted of about a

16:22:00 10    15-minute course five days before the blowout, didn't it?

16:22:03 11    A.  I remember them receiving the books.

16:22:06 12    Q.  That consisted of a 15-minute session during a seminar that

16:22:11 13    occurred five days before the blowout, didn't it?

16:22:15 14    A.  I don't remember the exact time, sir.

16:22:17 15    Q.  So the man who the WSLs worked for, we know, provided no

16:22:25 16    training to the WSLs other than that 15-minute course five days

16:22:30 17    before the blowout?

16:22:32 18    A.  That's correct, sir, I didn't provide them any training.

16:22:36 19    Q.  And this -- we're talking about a time frame that's five years

16:22:41 20    after the disaster that led to the creation of OMS, which occurred

16:22:47 21    in 2005, isn't that right?

16:22:49 22    A.  Are you referring to Texas City?

16:22:56 23    Q.  Yes, sir.

16:22:57 24    A.  Yes, sir.

16:22:57 25    Q.  You know that that's what generated the creation of OMS and its

8837

16:23:02  1  process safety -- critical process safety provisions, don't you?

16:23:06  2  A.  Component, yes, sir.

16:23:07  3  Q.  And here we are five years after that event, and the creation

16:23:11  4  of OMS occurred after that, and you're just now giving the well

16:23:18  5  site leaders a 15-minute course on the DWOP that's part of OMS?

16:23:21  6          MS. KARIS:  Your Honor -- go ahead.

16:23:24  7          THE COURT:  Wait.

16:23:24  8          THE WITNESS:  Well, they had the old DWOP version that we

16:23:28  9  were still working.

16:23:29 10  BY MR. CUNNINGHAM:

16:23:30 11  Q.  I am not talking about the old DWOP.  I'm talking about the

16:23:33 12  DWOP that was created as a part of OMS, the new DWOP.

16:23:36 13  A.  Yes, sir, but they had the old DWOP we were using.

16:23:41 14  Q.  Was there any reason they created a new DWOP?

16:23:44 15  A.  We update our documents regularly.

16:23:47 16  Q.  It was created and revised as a part of the guts of the new OMS

16:23:53 17  system, wasn't it, Mr. Guide?

16:23:54 18  A.  It was all rolled into one system, yes, sir.

16:23:57 19  Q.  Now, not only did you not comply with BP's own requirement to

16:24:04 20  conduct a root cause investigation, you also failed to comply with

16:24:09 21  the DWOP which required you to enter all well control issues in

16:24:14 22  your database, your traction database?

16:24:17 23  A.  That is correct.

16:24:17 24  Q.  Exhibit 93.048.  Do you recognize this as part of DWOP 15.2.12,

16:24:32 25  Mr. Guide?

16:24:32  1    A.  Yes.

16:24:33  2    Q.  "A well control incident report shall be completed and

16:24:37  3    documented within the traction reporting system following any well

16:24:40  4    control incident."  Correct?

16:24:42  5    A.  Yes, sir.

16:24:43  6    Q.  You did not enter the March 8th kick in the system, did you?

16:24:46  7    A.  I did not.

16:24:47  8    Q.  And when you didn't do that, you violated your own drilling

16:24:51  9    manual, didn't you?

16:24:52  10   A.  That's correct, because I didn't know that requirement was in

16:24:56  11   there.

16:24:56  12   Q.  You didn't know it was in there?

16:24:58  13   A.  That's correct, sir.

16:24:59  14   Q.  You should have known it was in there, shouldn't you,

16:25:03  15   Mr. Guide?

16:25:03  16   A.  It's a pretty big manual, sir, but, yes, I should have.  I

16:25:08  17   should have known it was in there.

16:25:09  18   Q.  What do you mean "it's a pretty big manual"?

16:25:12  19   A.  I should have known it was in there, sir.

16:25:13  20   Q.  The fact is it was not normal practice in the Gulf of Mexico to

16:25:17  21   enter any well control event information in the Tr@ction system,

16:25:22  22   was it?

16:25:23  23   A.  I didn't.

16:25:26  24   Q.  It wasn't the normal practice, was it?

16:25:29  25   A.  Once again, sir, I didn't.

16:25:32  1    Q.  Exhibit 153.012, interview notes, Mr. Guide's interview, page

16:25:43  2    12, paragraph 4.  "John acknowledged this incident was not recorded

16:25:53  3    in Tr@ction as this was not the normal process in the deep water

16:25:54  4    Gulf of Mexico."  Is that what you told him when you interviewed?

16:25:58  5    A.  I don't remember the deep water Gulf of Mexico part, but I

16:26:02  6    definitely remember telling him I did not enter it in Tr@ction.

16:26:06  7    Q.  Well, is it or is it not true that, "this was not the normal

16:26:11  8    process in the deep water Gulf of Mexico."

16:26:15  9    A.  Once again, sir, I don't remember saying that particular piece,

16:26:19 10    but I absolutely remember saying I did not -- I did not put well

16:26:23 11    control incidents in Tr@ction.

16:26:24 12    Q.  I am not asking you whether you said it.  I am asking you

16:26:27 13    whether it's true or not that that was not the normal practice?

16:26:30 14    A.  I don't know what the other guys, if the other guys put them in

16:26:33 15    Tr@ction or not, sir.

16:26:35 16    Q.  You didn't enter a 6,000-barrel loss that occurred in February,

16:26:44 17    did you?

16:26:45 18    A.  6,000-barrel loss, I don't recall the exact volume but, no, no,

16:26:53 19    I didn't.

16:26:53 20    Q.  You did not enter that in the well control Tr@ction system, did

16:26:58 21    you?

16:26:58 22    A.  No, I didn't.

16:26:59 23    Q.  You did not enter a 3,000-barrel loss from March 1st through

16:27:05 24    5th, did you?

16:27:06 25    A.  I didn't.  I was at my dad's funeral for sure, I know I didn't

16:27:11  1   then.

16:27:12  2   Q.  You did not 3,000-barrel loss from April 3rd through 6th, did

16:27:17  3   you?

16:27:17  4   A.  I did not.

16:27:20  5   Q.  But you understand, as you've acknowledged a few minutes ago,

16:27:24  6   what the reason is for maintaining this type of data and you

16:27:28  7   understand what precursor events are, true?

16:27:32  8   A.  Yes, sir.

16:27:32  9   Q.  And despite that and despite your own manual requiring you to

16:27:37 10   enter this data, you just didn't do it, did you?

16:27:40 11   A.  As I stated before, sir, I didn't know that requirement was to

16:27:46 12   put those type items in Tr@ction.

16:27:48 13   Q.  Well, you told us earlier that you had a performance contract

16:27:53 14   that was based in part on your safety record?

16:27:57 15   A.  Yes, sir.

16:27:57 16   Q.  Did you?

16:27:59 17         These events would not be good for somebody's safety

16:28:03 18   record, would they?

16:28:04 19   A.  Well, I mean, the way that I look at these things, especially

16:28:10 20   the losses, we do keep track of them in lessons learned and in all

16:28:16 21   of the post well debrief, but just not in Tr@ction.  I mean, I

16:28:22 22   didn't in Tr@ction, but we keep track of all of these losses and we

16:28:26 23   also keep track of how we fixed them.

16:28:28 24   Q.  Who keeps track of Tr@ction?

16:28:31 25   A.  I said we didn't put them in Tr@ction, I didn't --

8841

16:28:35  1    Q.  I understand.

16:28:35  2    A.  -- but we put them in other documents.

16:28:37  3    Q.  Somebody keeps track of what goes into Tr@ction though, don't

16:28:41  4    they?

16:28:41  5    A.  A bunch of different people can put stuff in Tr@ction.

16:28:45  6    Q.  Well, one thing we can conclude, at least, from what we know

16:28:49  7    about reporting of these type of events is that anybody who bases

16:28:53  8    an opinion about BP's safety record based on BP's own well control

16:28:59  9    statistics is being sadly misled, aren't they?

16:29:02  10              MS. KARIS:  Object to form.

16:29:04  11              THE COURT:  Overruled.

16:29:06  12              THE WITNESS:  I don't know if I understand your question,

16:29:08  13    sir.

16:29:08  14    BY MR. CUNNINGHAM:

16:29:10  15    Q.  Anybody who bases an opinion on BP's safety record based on

16:29:15  16    well control data such as Tr@ction, is being sadly misled, aren't

16:29:20  17    they, because events are not being recorded, true?

16:29:25  18    A.  Okay.  But they are not recorded in Tr@ction, but they are

16:29:28  19    recorded in many other places.

16:29:34  20    Q.  I am going to wrap this up, Mr. Guide, and I want to go back to

16:29:38  21    where we started, 1144.001.  Your e-mail of April 17th and let's go

16:29:47  22    to 3281B.  Do you recall going through this earlier?

16:29:57  23    A.  I do, sir.

16:29:58  24    Q.  If we remove from the right side of this graphic the word "not"

16:30:05  25    at each place where you see it, okay.  If the person who wrote this

16:30:10  1   e-mail was not you, it was somebody else, an experienced well team

16:30:17  2   leader, and that experienced well team leader actually meant

16:30:22  3   everything he said in the e-mail and everything he said in the

16:30:26  4   e-mail did relate to safety, this would be a perfect example of the

16:30:34  5   stop work mandate that we discussed throughout this trial being the

16:30:39  6   only rational course of action, wouldn't it?

16:30:43  7   A.  Well, I did write it, so it's hard for me to try to answer your

16:30:50  8   question right.  I wrote it.

16:30:52  9   Q.  Yeah.  But your testimony is that none of it related to safety?

16:30:56  10  A.  That's correct, sir.

16:30:57  11  Q.  If it had, if somebody else had written this, a well site

16:31:01  12  leader and it did relate to safety, the only rational course of

16:31:05  13  action under BP's rules would have been to stop work and resolve

16:31:11  14  whatever safety issues these comments reflected; isn't that true?

16:31:15  15  A.  So then just to clarify, so you're asking me if this was

16:31:21  16  written by somebody else and it was -- so I'm sorry, sir.  I am

16:31:30  17  just having a hard time trying to figure out --

16:31:32  18  Q.  If all of the comments on this left of this e-mail existed,

16:31:36  19  okay, prior to April 20th and they all did relate to safety and it

16:31:41  20  came to the attention of the leadership of the well, they would

16:31:45  21  shut the job down if they followed BP's mandate, wouldn't they?

16:31:49  22          MS. KARIS:  I am going to object.  This is a

16:31:51  23  hypothetical, calls for speculation.

16:31:52  24          THE COURT:  Well, I'll sustain the objection.

16:31:52  25  by MR. CUNNINGHAM:

8843

16:32:01  1   Q.  Let's look at D-3284.  You agreed with me on this proposition

16:32:07  2   at the beginning of your examination, Mr. Guide?

16:32:09  3   A.  I did, sir.

16:32:11  4   Q.  And a dysfunctional leadership team is exactly what led to the

16:32:17  5   explosion on the *Deepwater Horizon* on April the 20th, 2010, isn't

16:32:21  6   it?

16:32:22  7   A.  I disagree with that, sir.

16:32:26  8           MR. CUNNINGHAM:  That's all, your Honor.

16:32:28  9           THE COURT:  All right.  Thank you.  United States.

16:33:02  10          MS. LAWRENCE:  Thank you, your Honor, Malinda Lawrence on

16:33:05  11  behalf of the United States.

16:33:07  12                      CROSS-EXAMINATION

16:33:07  13  BY MS. LAWRENCE:

16:33:07  14  Q.  Good afternoon, Mr. Guide.  We met at your deposition you may

16:33:11  15  recall?

16:33:11  16  A.  Yes, I do, ma'am.

16:33:12  17  Q.  And this afternoon I have an opportunity to cross-examine you

16:33:15  18  very, very, briefly, and I only want to speak to you about two very

16:33:19  19  limited topics, okay?

16:33:20  20  A.  Yes, ma'am.

16:33:20  21  Q.  You spoke on direct about a September rig audit.  Do you recall

16:33:25  22  that?

16:33:26  23  A.  Yes, ma'am.

16:33:28  24  Q.  I am going to ask you a couple more questions about that.  Now,

16:33:32  25  BP actually had a whole rig audit group that audited the rigs and

8844

16:33:36  1   then would report back to people at BP, like yourself, on what they

16:33:40  2   found, correct?

16:33:41  3   A.  That's correct.

16:33:41  4   Q.  And you mentioned Angel Rodriguez is one of those auditors; is

16:33:48  5   that correct?

16:33:48  6   A.  Yes.

16:33:48  7   Q.  And Angel Rodriguez was actually a marine side auditor,

16:33:53  8   correct?

16:33:53  9   A.  That's correct.

16:33:53 10   Q.  And I think you mentioned he was with BP marine?

16:33:57 11   A.  Yes, ma'am.

16:33:57 12   Q.  And in the audits there are actually marine item audits and

16:34:02 13   then non-marine item audits, correct?

16:34:04 14   A.  Yes, ma'am.

16:34:05 15   Q.  And the drilling equipment is typically in the non-marine side,

16:34:09 16   correct?

16:34:09 17   A.  That is correct.

16:34:09 18   Q.  And another of those rig auditor's was a Norman Wong, correct?

16:34:15 19   A.  Yes.

16:34:15 20   Q.  And you knew Norman Wong, right?

16:34:19 21   A.  I knew him very well.

16:34:21 22   Q.  And at about the time of the September rig audit, BP actually

16:34:25 23   initiated a safety shutdown of the rig for a number of deficient

16:34:29 24   items, correct?

16:34:30 25   A.  Yes, ma'am.

16:34:30  1   Q.  And the rig was taken out of service, correct?

16:34:33  2   A.  Yes.

16:34:33  3   Q.  And then it was BP that made the decision to put the rig back

16:34:36  4   in service on September 22nd of 2009; is that correct?

16:34:41  5   A.  That's correct.

16:34:41  6   Q.  And then in October of 2009 your boss, who was then Ian Little,

16:34:49  7   e-mailed you about some left over items from the same rig audit, do

16:34:53  8   you recall that?

16:34:54  9        Can I see TREX-1951.1.1.  Do you recognize this e-mail?

16:35:07 10   A.  I do.

16:35:11 11        MS. LAWRENCE:  And can we see 1951.1.2, the first e-mail

16:35:16 12   in this e-mail chain.

16:35:18 13   BY MS. LAWRENCE:

16:35:19 14   Q.  And we see that Norman Wong writes to Harry Thierens and

16:35:24 15   Jonathan Sprague:  "Harry John, as wells director and wells

16:35:30 16   engineering authority, I just wanted to bring to your attention the

16:35:34 17   most significant findings from the recent rig audit of the

16:35:37 18   *Deepwater Horizon*.  You may have been made aware of this already,

16:35:41 19   but just in case you were not, thought it best you should know."

16:35:45 20        Did I read that correctly?

16:35:46 21   A.  Yes, ma'am.

16:35:47 22        MS. LAWRENCE:  And can we look at 1951.1.3.

16:35:47 23   BY MS. LAWRENCE:

16:35:55 24   Q.  And we can see that Norman's e-mail was forwarded to Mr. Little

16:35:58 25   who forwarded it to you.  And then you forwarded it to Brett

OFFICIAL TRANSCRIPT
OFFICIAL TRANSCRIPT

8846

16:36:03  1   Cocales and others, and your comment at the top of the page was,

16:36:07  2   "See below, Norman throwing DW *Horizon* under the bus."

16:36:12  3          Did I read that correctly?

16:36:14  4   A.  You did, ma'am.

16:36:14  5   Q.  Why did you say that?

16:36:16  6   A.  Because Mr. Wong did not talk to me or did not talk to Ian

16:36:22  7   Little about any issues.  He went straight to Ian Little's boss who

16:36:27  8   was my boss twice removed.  And in my professional opinion, if

16:36:31  9   Mr. Wong had an issue, he should have came to me.

16:36:34 10   Q.  So what I think I understand you to say is that Norman here

16:36:38 11   went outside the ordinary chain of command, correct?

16:36:42 12   A.  That's correct.

16:36:42 13   Q.  However, just to be fair to Norman, I would like to ask you a

16:36:45 14   couple of questions about what happened before Norman threw the

16:36:49 15   *Deepwater Horizon* under the bus, okay.  And isn't it true that

16:36:52 16   immediately before the September -- immediately after the September

16:36:56 17   rig audit, Norman reported back in to you and Brett Cocales and

16:37:00 18   others in a teleconference around September 16th?

16:37:03 19   A.  Yeah.  I'll have to trust the dates because I don't remember

16:37:08 20   all of the dates.

16:37:08 21   Q.  Is it generally consistent with your recollection?

16:37:11 22   A.  Yes, yes, ma'am.

16:37:12 23   Q.  And then Norman asked to meet with you on September 18th but

16:37:16 24   you declined?

16:37:17 25   A.  That's correct.

16:37:17  1    Q.  And then Brett Cocales had actually requested that the rig

16:37:22  2    audit team send a man back out to the rig to follow-up, but when

16:37:26  3    Norman went to arrange that, Mr. Cocales changed his mind around

16:37:31  4    September 19th about sending anyone back out to the rig.  Do you

16:37:34  5    recall that?

16:37:34  6    A.  I don't recall Brett's e-mail if that's what it was, but I do

16:37:41  7    remember I couldn't meet with Norman for some reason.

16:37:45  8    Q.  And then I just want to ask you, subsequently -- subsequent to

16:37:49  9    this time Norman requested feedback, again, from your wells team on

16:37:53 10    closing out the rig audit items in November of 2009, in January of

16:38:00 11    2010, and then again in February of 2010, but without getting any

16:38:05 12    response.

16:38:08 13    A.  You know, I don't know about that.  I know I personally went

16:38:12 14    out to the rig and was there in February when we closed out a bunch

16:38:17 15    of items, but I don't know if Norman was copied on anything.

16:38:21 16    Q.  And Norman was actually required by BP rig audit policy to meet

16:38:28 17    with you as the wells team leader or your delegate, correct?

16:38:31 18         MS. LAWRENCE:  Can we see TREX-1721.

16:38:31 19    BY MS. LAWRENCE:

16:38:37 20    Q.  And this is BP's Drilling Rig Audit and Rig Acceptance?

16:38:41 21    A.  Yes.

16:38:42 22    Q.  This is the 1721.8.1.  And it actually provides that a

16:38:50 23    debriefing to wells team leader or his delegate shall be conducted

16:38:54 24    after the rig audit.  Correct?

16:38:56 25    A.  Yes, ma'am.

16:38:57   1    Q.  That's all I have about that.  I just want to ask you a couple

16:39:04   2    of questions about the MOC form that you testified about.  The

16:39:09   3    Management of Change form for the production casing.

16:39:11   4            MS. LAWRENCE:  Can we see TREX-51165.1.1.

16:39:11   5    BY MS. LAWRENCE:

16:39:19   6    Q.  And if we can just look, again, at the text of the MOC that you

16:39:28   7    talked about on direct, we see it was the production casing for

16:39:31   8    Macondo, and the date is April 15, 2010.  And you spoke about the

16:39:35   9    justification and the change that was being documented to the

16:39:42  10    tapered long-string production casing.

16:39:45  11            But I want to ask you about a different paragraph further

16:39:49  12    down on the page under risk/mitigation.  And the risk identified is

16:39:59  13    lost circulation during the cement job.  And it reads:  "The model

16:40:04  14    estimates the maximum ECD to be 14.583 PPG.  The FIT on the

16:40:12  15    previous shoe was 16.0 PPG.  There have been two lost circulation

16:40:18  16    events in this whole section.  The first occurred when ECD exceeded

16:40:23  17    14.9 prior to drilling the pay sands.  The second event (major

16:40:28  18    losses) occurred when ECD exceeded 14.7."

16:40:34  19            It also notes, "Since that second event, we have been

16:40:38  20    using a 14.5 arbitrary frac gradient that we are attempting to

16:40:44  21    abide by based on actual circulating conditions we have put the

16:40:50  22    wellbore under since having losses and fixing them."

16:40:54  23            Did I read that correctly?

16:40:56  24    A.  Yes, you did, ma'am.

16:40:57  25    Q.  And what's reported in this paragraph are actually observations

16:41:02  1  for this last interval of the well where the production casing

16:41:07  2  goes, correct?

16:41:08  3  A.  Yes, that's correct.

16:41:09  4  Q.  And that's also where the pay sands or the hydrocarbon bearing

16:41:14  5  zone is, correct?

16:41:15  6  A.  Yes, ma'am.

16:41:15  7  Q.  And you speak of the FIT on the previous shoe was 16 PPG, and I

16:41:22  8  can tell you, Mr. Guide, we have learned all about the bits, the

16:41:26  9  pits and the locks in this case, so all I want to ask you about

16:41:30 10  that is:  At this point on April 15, you yourself did not believe

16:41:36 11  that 16 PPG was the actual fracture gradient in that interval,

16:41:42 12  correct?

16:41:42 13  A.  Well, the 16 pound per gallon was the fracture gradient at the

16:41:49 14  shoe, but it wasn't the fracture gradient during the whole -- in

16:41:56 15  the whole well section, that's correct.

16:41:56 16  Q.  And that was your understanding on April 15th, correct?

16:41:59 17  A.  Yes.

16:41:59 18  Q.  And one reason why you knew that was so was because after the

16:42:02 19  FIT result, the team had taken losses as it records here at 14.9,

16:42:07 20  and then, again, incurred major losses at 14.7?

16:42:11 21  A.  That's correct.

16:42:11 22  Q.  Now, at the same time that BP was preparing its internal MOC

16:42:16 23  document -- this is an internal BP policy document, correct?

16:42:19 24  A.  Yes, it is.

16:42:19 25  Q.  Part of your process safety system, correct?

16:42:22  1   A.  Yes.

16:42:22  2   Q.  And it also, at the same time, had to get a permit to run the

16:42:26  3   production casing from MMS, correct?

16:42:28  4   A.  Yes.

16:42:29  5             MR. LAWRENCE:  Can we look at TREX-3527, please.

16:42:34  6             THE WITNESS:  I'm sorry, ma'am, a permit to run the

16:42:36  7   production casing, I think, that was probably already approved.  I

16:42:41  8   think we had to get a permit, a subsequent permit to do the T&A.

16:42:41  9   BY MS. LAWRENCE:

16:42:47 10   Q.  I am just asking about the same permit, TREX-3527, which is

16:42:51 11   already in the record.

16:42:52 12   A.  Oh, okay.

16:42:53 13   Q.  Pertaining to the casing program, the date is April 15th.

16:42:58 14   We've already seen it, but I just want to ask -- direct your

16:43:01 15   attention to 3527.10.1, which is a box on the bottom of page 10

16:43:10 16   where the information on the production casing interval goes.  And

16:43:15 17   I just want to ask you about two entries.

16:43:18 18             On the bottom right we see formation test PPG 16.0.  So

16:43:24 19   here we see your 16 FIT that you spoke of reported in the line for

16:43:28 20   formation test.  Do you see that?

16:43:30 21   A.  Yes.

16:43:30 22   Q.  And then in the box on the left there is a line that says,

16:43:36 23   "fracture gradient PPG."  And that line also reports a 16, correct?

16:43:42 24   A.  Yes.

16:43:47 25             MS. LAWRENCE:  Thank you, Mr. Guide.  I don't have any

OFFICIAL TRANSCRIPT

8851

16:43:48  1    further questions.  Thank you, your Honor.

16:43:52  2            THE COURT:  Louisiana -- I mean, I'm sorry, Alabama

16:43:53  3    first.

16:43:53  4            MR. MAZE:  No questions, your Honor.

16:43:54  5            THE COURT:  Louisiana?

16:43:55  6            MR. KANNER:  No questions, your Honor.

16:43:57  7            THE COURT:  Okay.  Transocean.

16:44:30  8                        CROSS-EXAMINATION

16:44:30  9    BY MR. BRIAN:

16:44:30 10    Q.  Good afternoon, your Honor.  Good afternoon, Mr. Guide.  My

16:44:33 11    name is Brad Brian, and I represent Transocean and I have you on

16:44:35 12    cross-examination.

16:44:35 13            We've never met, have we sir?

16:44:37 14    A.  No, sir.

16:44:38 15    Q.  Now, you testified in response to questions from BP's counsel

16:44:42 16    that you viewed Transocean's deepwater drilling crew as, I think I

16:44:49 17    wrote this down correctly, as the best in the business, did you

16:44:52 18    not?

16:44:52 19    A.  Yes, sir, I did.

16:44:53 20    Q.  You had complete confidence in their commitment to safety,

16:44:56 21    didn't you, sir?

16:44:56 22    A.  Yes, sir.

16:44:57 23    Q.  And you were very impressed with their safety management plan,

16:45:00 24    including their THINK program, weren't you?

16:45:02 25    A.  I thought their whole complete system was good.

16:45:04  1   Q.  Now, you worked with that rig for about three years, didn't

16:45:09  2   you?

16:45:10  3   A.  Yes, sir.

16:45:10  4   Q.  And I take it you worked closely with and you received reports

16:45:14  5   on Jimmy Harrell, Randy Ezell, Jason Anderson, Dewey Revette,

16:45:22  6   Captain Kuchta among others, didn't you?

16:45:23  7   A.  If you mean like personnel appraisals, no, I wouldn't receive

16:45:28  8   those.

16:45:28  9   Q.  No, just oral reports from your well site leaders.

16:45:30 10   A.  Oh, yes, absolutely, yes.

16:45:32 11   Q.  And you interfaced directly with those individuals at times,

16:45:35 12   did you not?

16:45:35 13   A.  Oh, yes I did.

16:45:36 14   Q.  And everyone of them you had confidence in their competence,

16:45:40 15   did you not?

16:45:40 16   A.  I did.

16:45:41 17   Q.  Their commitment to safety?

16:45:43 18   A.  I did.

16:45:43 19   Q.  Correct?

16:45:44 20   A.  Yes, sir.

16:45:44 21   Q.  And their conscientiousness, did you not?

16:45:47 22   A.  Yes, sir.

16:45:47 23   Q.  You thought this was a darn good drilling crew, didn't you,

16:45:51 24   sir?

16:45:51 25   A.  The best in the business.

16:45:53   1          MR. BRIAN:  Now, let's pull up TREX-1376.21.1.TO.

16:45:53   2   BY MR. BRIAN:

16:46:04   3   Q.  This is part of BP's drilling and well operations practice, a

16:46:08   4   document that you're familiar with, are you not, sir?

16:46:11   5   A.  Yes, I am.

16:46:12   6   Q.  Do you see where it says in Paragraph 6.2 that, "The designated

16:46:17   7   company representative shall be satisfied that the rig, equipment,

16:46:21   8   and site are in a safe operating condition, and that personnel are

16:46:25   9   trained and competent, prior to commencing drilling and well

16:46:29  10   operations."  Do you see that?

16:46:30  11   A.  Yes.

16:46:30  12   Q.  And were you either the designated representative or one of the

16:46:34  13   designated representatives of BP at this well site?

16:46:37  14   A.  Yes, I was.

16:46:38  15   Q.  And you see in Paragraph 6.7, it states, "When carrying out

16:46:46  16   floating, drilling, and well operations from a dynamically

16:46:50  17   positioned unit, well specific operating guidelines and emergency

16:46:54  18   disconnect contingency plans shall be in place prior to running the

16:46:58  19   BOP stack."  Do you see that?

16:46:59  20   A.  Yes, sir.

16:47:00  21   Q.  And one of your responsibilities as the designated

16:47:04  22   representative was to assure yourself that the *Deepwater Horizon*

16:47:09  23   satisfied those requirements, wasn't it?

16:47:11  24   A.  Yes, sir.

16:47:11  25   Q.  And you were satisfied that they satisfied those requirements,

16:47:14  1    were you not?

16:47:15  2    A.  I was.

16:47:15  3    Q.  And the next paragraph of 6.7 says, "That Drive off drills

16:47:20  4    shall be held at intervals agreed by the rig contractor.  Drills

16:47:23  5    are to be documented."  And you received reports from your well

16:47:29  6    site leaders that the Transocean crew conducted regular emergency

16:47:36  7    response training drills on the rig, didn't you?

16:47:38  8    A.  Yes.  And I also was there when they did it.

16:47:41  9    Q.  And those drills, in your view, were comprehensive, careful,

16:47:45  10   and well done, weren't they?

16:47:47  11   A.  Yes, they were.

16:47:47  12   Q.  In your view, from what you observed, you felt that the

16:47:52  13   Transocean crew, the captain, and everyone else were well trained

16:47:57  14   to perform an emergency response if necessary, weren't you, sir?

16:48:01  15   A.  Yes, I was.

16:48:04  16            MR. BRIAN:  Let's pull up TREX -- or actually it's

16:48:10  17   D-6588.

16:48:10  18   BY MR. BRIAN:

16:48:15  19   Q.  This is the station bill.  It's a document you're familiar

16:48:17  20   with, are you not?

16:48:18  21   A.  I am.

16:48:18  22   Q.  And you've visited the *Deepwater Horizon* a number of times

16:48:23  23   yourself, didn't you, sir?

16:48:24  24   A.  Yes, I did.

16:48:24  25   Q.  And you saw the station bill just published all over the rig,

8855

16:48:28   1    didn't you, sir?

16:48:30   2    A.   It was in numerous locations.

16:48:31   3    Q.   And one of the purposes of the station bill was to make clear

16:48:34   4    that everybody on that rig knew their responsibilities and knew the

16:48:38   5    chain of command in the event of emergency, wasn't it?

16:48:41   6    A.   Yes.

16:48:42   7         MR. BRIAN:   Can we blow up the top right-hand corner.

16:48:42   8    BY MR. BRIAN:

16:48:45   9    Q.   And you understood, did you not, that in the event of emergency

16:48:49  10    the master, the captain, was the person in charge.   You understood

16:48:52  11    that, didn't you, sir?

16:48:54  12    A.   I probably was -- maybe I was a little confused before, but I

16:49:03  13    always thought the OIM was in charge, and this obviously says this.

16:49:08  14    Q.   You saw the station bill when you visited the rig, didn't you?

16:49:11  15    A.   Yes, yes.

16:49:12  16         MR. BRIAN:   Let's pull up TREX-1976.1.1.TO.

16:49:12  17    BY MR. BRIAN:

16:49:20  18    Q.   One of your responsibilities as the wells team leader was to be

16:49:24  19    responsible for managing the contractor and service industry

16:49:28  20    performance and relationships while ensuring their technical

16:49:32  21    integrity and performance standards are consistent with the

16:49:34  22    delivery of -- what does that say -- BTB objectives, correct?

16:49:40  23    A.   Yes.

16:49:40  24    Q.   And you agree that the culture on the rig, safety culture, was

16:49:46  25    strong, correct?

8856

16:49:47  1    A.  Yes, sir.

16:49:48  2    Q.  You had --

16:49:53  3             MR. BRIAN:  Let's pull up TREX-1721.1.1.TO.

16:49:53  4    BY MR. BRIAN:

16:50:00  5    Q.  You're familiar with this document, the drilling rig audits and

16:50:03  6    rig acceptance document?

16:50:04  7    A.  Yes, sir, I am.

16:50:05  8    Q.  And as the wells team leader you were specifically responsible

16:50:09  9    for ensuring that the rig was operationally capable of drilling

16:50:13 10    that well, weren't you?

16:50:14 11    A.  Yes, sir.

16:50:14 12    Q.  And to do that you had to know the conditions on the rig,

16:50:18 13    didn't you?

16:50:19 14    A.  Yes, sir.

16:50:19 15    Q.  You had to have access to information and access to the people

16:50:22 16    on the rig, didn't you?

16:50:24 17    A.  Yes, sir.

16:50:24 18    Q.  And you were able to get that information both from the well

16:50:28 19    site leaders and from your counterpart, people like Paul Johnson at

16:50:33 20    Transocean, weren't you?

16:50:34 21    A.  Yes, sir.

16:50:35 22    Q.  One of the things you did to do that was you had a regular

16:50:38 23    morning meeting that you attended -- did you preside over that

16:50:41 24    meeting?

16:50:41 25    A.  We had the engineers preside over it.

OFFICIAL TRANSCRIPT

8857

16:50:44  1    Q.  And you made a practice of attending that meeting, didn't you?

16:50:47  2    A.  I went to every one.

16:50:48  3    Q.  And Paul Johnson was your counterpart at Transocean, wasn't he?

16:50:51  4    A.  Yes.

16:50:51  5    Q.  And you found Paul Johnson very open and very communicative

16:50:56  6    with you to provide the information you needed to do your job,

16:51:00  7    didn't you?

16:51:00  8    A.  Yeah, I thought he did a good job.

16:51:02  9    Q.  And also in attendance were the people of -- the engineering

16:51:06 10    people from BP; people like Mark Hafle, Brian Morel, Mr. Cocales,

16:51:12 11    they attended as well, did they not?

16:51:14 12    A.  Yes, and other engineers as well.

16:51:17 13    Q.  In addition to your own responsibility as the wells team

16:51:21 14    leader, BP had a formal audit process that was independent of the

16:51:27 15    rig, wasn't it; that is, you brought in people from outside your

16:51:32 16    organization to conduct those audits, didn't you?

16:51:36 17    A.  Yes.

16:51:37 18    Q.  Let's pull up -- and that's -- actually, let's leave this up.

16:51:44 19    And those auditors would actually go out to the rig and interview

16:51:49 20    people, inspect the equipment, review the maintenance records, and

16:51:52 21    do what they needed to perform their job, didn't they?

16:51:55 22    A.  Yes, they did.

16:51:59 23         MR. BRIAN:  Let's pull up TREX-1721.7.1.TO.

16:51:59 24    BY MR. BRIAN:

16:52:07 25    Q.  This is from the same document, and it lays out some of the

OFFICIAL TRANSCRIPT

8858

16:52:10  1   audit protocol that those auditors were to perform.  Do you see

16:52:13  2   that?

16:52:14  3   A.  Yes, sir.

16:52:14  4   Q.  And they were to make sure that the audits were done in

16:52:18  5   compliance with internal BP standards like the ETPs and the STPs,

16:52:23  6   right?

16:52:23  7   A.  Yes, sir.

16:52:23  8   Q.  And compliance with BP's internal group standards such as the

16:52:28  9   IM and the GMS, the group marine standard, right?

16:52:32  10  A.  Yes.

16:52:32  11  Q.  And they also audited whether or not the rig was in compliance

16:52:36  12  with the MODU code, didn't they?

16:52:38  13  A.  Yes.

16:52:38  14  Q.  MODU code is the international standard for mobile offshore

16:52:42  15  drilling units, isn't it, sir?

16:52:43  16  A.  Yes, sir.

16:52:44  17  Q.  They also looked at whether there was compliance with the API

16:52:48  18  specifications and recommended practices.  Do you see that?

16:52:51  19  A.  Yes, sir.

16:52:52  20  Q.  And also compliance with local legislation, local rules, and

16:52:55  21  classification society rules.  All of those things were looked at

16:52:58  22  by the BP auditors who came from outside of your organization to

16:53:03  23  audit this rig; isn't that right?

16:53:04  24  A.  Yes.

16:53:05  25           MR. BRIAN:  Let's pull up TREX-1721.8.1.TO.

16:53:05  1    BY MR. BRIAN:

16:53:15  2    Q.  This refers to the audit close out.  Once an audit was

16:53:19  3    completed, BP required that the wells team -- required the wells

16:53:24  4    team to develop a final, formal close out program with actions and

16:53:29  5    deadlines.  True?

16:53:30  6    A.  Yes, sir.

16:53:31  7    Q.  And that placed some responsibility on you as the wells team

16:53:36  8    leader to work with others to conduct that close out program,

16:53:40  9    right?

16:53:40  10   A.  Yes, sir.

16:53:41  11   Q.  And in closing out any open items, you had to be satisfied that

16:53:48  12   every single one of those recommendations had been addressed or was

16:53:51  13   being addressed in a way that you found satisfactory, right?

16:53:55  14   A.  That is correct.

16:53:57  15   Q.  You didn't close out an audit recommendation until you were

16:54:01  16   satisfied either that it had been done or that it was being done,

16:54:04  17   right?

16:54:04  18   A.  That's correct.

16:54:05  19   Q.  Now, you're then required, as set forth here, to conduct a

16:54:13  20   follow-up audit to make -- to reassess the condition of the rig and

16:54:18  21   to confirm that those matters had been closed out; isn't that

16:54:22  22   right?

16:54:25  23   A.  We did follow-up audits.

16:54:27  24            MR. BRIAN:  Let's pull up TREX-1721.8.2.TO.

16:54:27  25   BY MR. BRIAN:

OFFICIAL TRANSCRIPT

8860

16:54:34  1   Q.  See where it states, "Follow-Up audits shall be scheduled

16:54:37  2   within 24 months from the initial rig audit."?

16:54:40  3   A.  Yes, sir.

16:54:40  4   Q.  That was a process you followed, didn't you?

16:54:42  5   A.  We did.

16:54:42  6   Q.  So that essentially the audit process is relatively continuous;

16:54:48  7   that is, you conduct an audit, and then you schedule the close out

16:54:52  8   to make sure that there's follow-up, right?

16:54:54  9   A.  Yes.

16:54:55 10   Q.  During the time that you worked for the *Deepwater Horizon*, BP

16:55:01 11   conducted audits in 2007, 2008, and the one you talked about

16:55:05 12   earlier, September 2009, right?

16:55:07 13   A.  Yes, sir.

16:55:08 14   Q.  So let's talk about the September 2009 audit.  That's an audit

16:55:12 15   you're familiar with, are you not?

16:55:14 16   A.  I am, sir.

16:55:15 17   Q.  In fact, you're the one who requested that the audit be done,

16:55:18 18   weren't you?

16:55:18 19   A.  Well, actually the idea was Brett Cocales's.  It was a good

16:55:23 20   idea.  The guys were going to be in the Gulf of Mexico anyway, they

16:55:26 21   were auditing another Transocean rig, so it made -- it was

16:55:31 22   logistically good.

16:55:32 23   Q.  But you'll take credit for it because the report says that John

16:55:37 24   Guide requested it, you know that?

16:55:39 25   A.  That's right.

16:55:40  1          MR. BRIAN:  Let's put up 275.4.1.TO.

16:55:40  2   BY MR. BRIAN:

16:55:45  3   Q.  It states, "John Guide, *Deepwater Horizon* drilling

16:55:47  4   superintendent, requested the rig audit group."  I take it that

16:55:50  5   Mr. Cocales suggested it and that you were the one who made the

16:55:54  6   formal request; is that right?

16:55:55  7   A.  Yes, it was his idea.

16:55:56  8   Q.  And the whole purpose of this audit in September of 2009 was to

16:56:03  9   ensure that the *Deepwater Horizon* was seaworthy and fit for duty as

16:56:08 10   a drilling rig; isn't that correct?

16:56:09 11   A.  Yes, sir.

16:56:13 12   Q.  The September audit occurred while the rig was already in an

16:56:20 13   out-of-service period, wasn't it?

16:56:21 14   A.  Yes, that's what Brett was -- I have to give him credit.  We

16:56:26 15   were doing -- Transocean was doing the UWILDs, which is underwater

16:56:29 16   inspection and we were dry-docked, so it was a good opportunity to

16:56:32 17   have the guys come back.

16:56:33 18   Q.  And do you recall that the auditors sent four auditors out

16:56:36 19   there for four full days to conduct this audit in September 2009?

16:56:40 20   A.  I don't recall exactly how many people went, sir.

16:56:43 21          MR. BRIAN:  Let's pull up TREX-275.4.2.TO.

16:56:43 22   BY MR. BRIAN:

16:56:50 23   Q.  Says, "The audit was undertaken by four-man team from the 13th

16:56:54 24   to the 17th of September, 2009."  They've been identified as the

16:56:59 25   four individuals.  You have no reason to dispute what it says in

16:57:02  1    that report, do you, sir?

16:57:03  2    A.  No, I do not.

16:57:03  3    Q.  And you understand that during the course of their audit, their

16:57:09  4    practice was to interview people, inspect the equipment, review the

16:57:13  5    maintenance records, and do whatever they needed to do to get it

16:57:16  6    done right; isn't that correct?

16:57:17  7    A.  Yes, sir.

16:57:19  8            MR. BRIAN:  Let's pull up TREX-1721.7.2.TO.

16:57:19  9    BY MR. BRIAN:

16:57:28 10    Q.  Let's talk about the audit team formation.  Do you understand

16:57:31 11    that under the BP requirements a master mariner and marine engineer

16:57:36 12    shall be included on the team that conducted the audit?

16:57:39 13    A.  Yes, sir, that's what it says.

16:57:41 14    Q.  And they were -- let's put up TREX-44046.3.1.TO.  You see at

16:57:58 15    the bottom where it says "audit process" that the audit is to

16:58:02 16    ensure that the marine-related operations are being conducted in

16:58:05 17    accordance with national and international regulations and

16:58:07 18    established industry guidelines.  That was your understanding as

16:58:10 19    well, was it not?

16:58:12 20    A.  Yes, sir.

16:58:12 21    Q.  And the marine findings that were being found by the auditors

16:58:18 22    were then put out in something called a common marine inspection

16:58:22 23    document annex, otherwise known as the CMID annex, right?

16:58:27 24    A.  Yes, sir.

16:58:27 25    Q.  That was appended to the audit report, wasn't it?

8863

16:58:30   1   A.  Yes, it was.

16:58:30   2   Q.  So let's put up TREX-44046.3.1.TO.  I guess it's the same page.

16:58:45   3   Do you see where it says at the top that the document, the CMID

16:58:52   4   annex was developed by amending a publication issued by the

16:58:53   5   International Marine Contractors Association, is that your

16:58:56   6   understanding as well, Mr. Guide?

16:58:58   7   A.  That's what it says, yes, sir.

16:59:00   8   Q.  Let's put TREX-44046.1.1.TO.  The annex went through -- I am

16:59:12   9   going to call it a checklist, but a number of items that identified

16:59:16   10   questions that the auditors had to answer whether the rig

16:59:21   11   satisfied, didn't it?

16:59:21   12   A.  Yes, it did.

16:59:22   13   Q.  Let's go to TREX-44046.11.1.TO.  This is an example of one of

16:59:34   14   the questions that the auditors addressed.  "Have the certificates

16:59:37   15   and documentation listed in the Index of Certificates (Section 4)

16:59:42   16   been checked and verified as in date?"  And the answer was yes, was

16:59:46   17   it not?

16:59:47   18   A.  Yes.

16:59:47   19   Q.  So that the CMID process required the auditors to go back and

16:59:51   20   check through all of the certificates and other documentation

16:59:53   21   before they reported their finding, right?

16:59:56   22   A.  Yes, sir.

16:59:57   23   Q.  Let's put up TREX-44046.14.1.TO.  "Does the MODU have an ISM

17:00:10   24   Safety Management Certificate?"  How did the auditors answer that?

17:00:13   25   A.  "Yes."

8864

17:00:13  1    Q.  And before they answered yes, do you see that they wrote in the

17:00:24  2    first box there, "The Transocean Health and Safety Policies and

17:00:28  3    Procedures Manual describe the safety management system and

17:00:31  4    adequately address the elements set out below."  It was one of

17:00:34  5    their findings, was it not?

17:00:36  6    A.  Yes, sir.

17:00:36  7    Q.  And in making that finding and answering yes, that they had an

17:00:40  8    ISM safety management certificate, they had to look at, among other

17:00:44  9    things, the OIM master's or barge master's responsibility and

17:00:48 10    authority.  That's one of the things they had to look at, right?

17:00:51 11    A.  Yes, sir.

17:00:51 12    Q.  And they had to look at whether or not the rig had an adequate

17:00:54 13    emergency preparedness program, didn't they?

17:00:56 14    A.  Yes, sir.

17:00:57 15    Q.  Let's pause to that first one there, the OIM master's or barge

17:01:08 16    master's responsibility and authority.  Do you see that?

17:01:11 17    A.  Yes, sir.

17:01:11 18    Q.  You understood during the three years you worked with the

17:01:13 19    *Deepwater Horizon* that they had both a captain and an OIM?  You

17:01:17 20    understood that, didn't you?

17:01:18 21    A.  I did.

17:01:18 22    Q.  You know Mr. Neil Cramond, don't you, sir?

17:01:21 23    A.  I do.

17:01:22 24    Q.  He was BP's marine authority for the Gulf of Mexico, was he

17:01:25 25    not?

17:01:25 1    A.  Yes, he was.

17:01:26 2    Q.  And he is on the --

17:01:29 3         MR. BRIAN:  Let's pull up TREX-275.1.  It's the first

17:01:36 4    page of 275.  If you could enlarge the distribution at the top.

17:01:36 5    BY MR. BRIAN:

17:01:46 6    Q.  You see Mr. Cramond and yourself were two of the folks that

17:01:50 7    received the audit report, were you not?

17:01:52 8    A.  Yes, sir.

17:01:53 9    Q.  And you would agree with me, would you not, that Mr. Cramond

17:01:57 10   was -- I don't know if you would call him an expert, but certainly

17:02:02 11   very knowledgeable in the industry about industry standards for the

17:02:06 12   operation of the marine and non-marine aspects of the rig, correct?

17:02:08 13   A.  Yes, that's correct.

17:02:09 14   Q.  And did you defer to Mr. Cramond with respect to things like

17:02:13 15   marine safety and the command of the rig, issues like that?

17:02:18 16   A.  Yes, sir, because they were -- they even had in-house experts.

17:02:23 17   Q.  I take it that there never came a time where Mr. Cramond came

17:02:32 18   to you and complained about the -- this dual command structure

17:02:37 19   about the captain and an OIM, did he, sir?

17:02:40 20   A.  No.

17:02:40 21   Q.  Let's pull up TREX-44046.16.1.TO.  "Do MODU specific emergency

17:02:56 22   procedures exist covering, for example, fire, explosion, grounding

17:03:01 23   pollution?"  That was one of the items that the auditors looked at,

17:03:04 24   wasn't it, sir?

17:03:05 25   A.  Yes.

8866

17:03:05  1    Q.  And they answered "yes," didn't they?

17:03:07  2    A.  Yes, sir.

17:03:08  3    Q.  And in answering yes, they had to consider whether the

17:03:13  4    *Deepwater Horizon*'s emergency response plan included, and I quote,

17:03:17  5    "an effective management structure in the event of an emergency,"

17:03:20  6    unquote.  That's one of the things they had to look at, didn't

17:03:23  7    they?

17:03:23  8    A.  Yes, sir.

17:03:24  9    Q.  And they had to look specifically as to whether the emergency

17:03:29 10    scenarios were adequate to cover a fire or explosion on a MODU or a

17:03:33 11    facility, didn't they?

17:03:34 12    A.  Yes.

17:03:34 13    Q.  They also had to look at whether or not the rig had an adequate

17:03:37 14    procedure for emergency disconnect, didn't they?

17:03:39 15    A.  Yes, sir.

17:03:40 16    Q.  And they answered "yes" to all of those, didn't they?

17:03:44 17    A.  Yes, sir.

17:03:45 18    Q.  Let's put up TREX-44046.16.2.TO.  I guess that's the same -- I

17:04:00 19    think that may be the same question.  But in finding that saying

17:04:04 20    yes, "Do MODU specific emergency procedures exist covering, for

17:04:07 21    example, fire, explosion, grounding, pollution," they looked -- and

17:04:10 22    they commented that the procedures are comprehensive and cover the

17:04:13 23    listed scenarios, didn't they, sir?

17:04:15 24    A.  Yes, sir.

17:04:15 25    Q.  Now, let's turn to some areas in which this 2009 audit found

17:04:23  1   some issues that needed to be addressed.

17:04:26  2           MR. BRIAN:  If we can pull up TREX-275.1.1.TO.

17:04:26  3   BY MR. BRIAN:

17:04:31  4   Q.  This is the audit report that came out of that audit, isn't it?

17:04:34  5   A.  Yes, sir.

17:04:35  6   Q.  Now there's been some discussion in this case, and maybe

17:04:41  7   possibly some confusion about the number of open items, of audit

17:04:45  8   items.  Let me get to this.

17:04:47  9           MR. BRIAN:  Pull up TREX-275.17.1.TO.

17:04:47 10   BY MR. BRIAN:

17:04:54 11   Q.  Now, the audit made recommendations in six functional areas, do

17:04:59 12   you see that?

17:04:59 13   A.  Yes.

17:05:00 14   Q.  The first one being health, safety and safety management,

17:05:03 15   correct?

17:05:04 16   A.  Yes, sir.

17:05:05 17   Q.  The second being drilling and well control, correct?

17:05:08 18   A.  Yes, sir.

17:05:08 19   Q.  The third being technical services, correct?

17:05:11 20   A.  Yes, sir.

17:05:12 21   Q.  The fourth being marine, correct?

17:05:14 22   A.  Yes, sir.

17:05:15 23   Q.  The fifth being environmental, correct?

17:05:18 24   A.  Yes, sir.

17:05:18 25   Q.  And the sixth being mechanical handling, correct?

17:05:22  1   A.  Yes, sir.

17:05:23  2   Q.  So let's pull up TREX-1722.1.1.TO.  Now, for tracking purposes,

17:05:36  3   the audit recommendations were put into a spreadsheet like this

17:05:40  4   one, correct?

17:05:41  5   A.  Yes, sir.

17:05:41  6   Q.  Now, this spreadsheet sets out 70 marine items.  Does that

17:05:50  7   sound about right?

17:05:51  8   A.  It does.

17:05:51  9   Q.  Now, the other five areas we talked about, health, safety and

17:05:57 10   safety management, drilling and well control, technical services,

17:06:02 11   environmental and mechanical handling, can we collectively refer to

17:06:05 12   those as the non-marine function areas?

17:06:08 13   A.  Yes, sir.

17:06:08 14   Q.  And the audit report put all of the non-marine recommendations

17:06:14 15   into a spreadsheet as well, didn't they?

17:06:16 16   A.  Yes.  Yes, it did.

17:06:17 17   Q.  Let's put up TREX-275.18.1.TO.  So this is the first -- looks

17:06:25 18   to be the first page of the spreadsheet that set out the non-marine

17:06:30 19   items.  Does that look right to you, sir?

17:06:32 20   A.  Yes, it does.

17:06:33 21   Q.  Now, I am happy to have you count them, but will you accept my

17:06:38 22   representation that there were 118 non-marine items in this

17:06:43 23   spreadsheet?

17:06:44 24   A.  I will.

17:06:44 25   Q.  So if we add up the 118 non-marine and the 70 that are marine,

8869

17:06:51  1    you got 188 items, correct?

17:06:53  2    A.  Yes, sir.

17:06:54  3    Q.  So there's also been some discussion of a 390 number.  So let's

17:07:00  4    pull up TREX-20845.5.2.TO.  And I want you to look at an entry

17:07:14  5    marked 2.3.5.  Do you see where it states:  "Overdue maintenance in

17:07:20  6    excess of 30 days was considered excessive, totalling 390 jobs and

17:07:25  7    3545 man hours"?  Do you see that?

17:07:28  8    A.  Yes, sir.

17:07:28  9    Q.  Now, that was a line item of overdue items, correct?

17:07:36  10   A.  Yes, sir.

17:07:36  11   Q.  Now let's pull up TREX-1375.1.1.TO.  I think you testified

17:07:45  12   earlier that you had some conversation with Mr. Paul Johnson about

17:07:49  13   this overdue number.  Do you recall that?

17:07:51  14   A.  Yes, sir, I do.

17:07:52  15   Q.  And the document I just put up, TREX-1375.1.1.TO is an e-mail

17:07:58  16   you received from Mr. Johnson on September 7, 2009.  Do you recall

17:08:02  17   that?

17:08:03  18   A.  Yes, sir.

17:08:03  19   Q.  And I'll represent to you that you'll see where he says,

17:08:09  20   John -- actually, I don't need to represent.  It says, "John,

17:08:12  21   please see our response below in blue."  Do you see that?

17:08:15  22   A.  Yes, sir.

17:08:16  23   Q.  So he was responding to somebody else's e-mail in the blue

17:08:19  24   here, correct?

17:08:20  25   A.  Yes.  He was typing in blue a response.

OFFICIAL TRANSCRIPT

17:08:23  1    Q.  And he wrote, did he not, and I quote, "This excessive overdue

17:08:29  2    PM is due to falling behind during the UWILD and the conversion of

17:08:34  3    EMPAC to RMS.  This is the first rig to include the GSF PM's along

17:08:40  4    with TOI corporate and rig specific PM's.  In addition the clock

17:08:45  5    starts on the PM's the day RMS is installed.  All the 7, 30-day

17:08:53  6    PM's generated seven and 30 days out at the same time.  There are

17:08:57  7    also duplications.  We were notified by our super user onboard that

17:09:02  8    we could expect this.  The crew is catching up on the overdue."

17:09:06  9             Do you recall receiving this from Mr. Johnson?

17:09:08 10    A.  Not only that, he also talked to me about it.

17:09:11 11    Q.  That was going to be my next question.  You had conversations

17:09:14 12    with him as well, right?

17:09:16 13    A.  I did.

17:09:16 14    Q.  And you understood that when he talks about the conversion of

17:09:20 15    EMPAC to RMS, that's the conversion of the computerized maintenance

17:09:25 16    systems from the one that was premerger to the one that came in

17:09:28 17    after the merger, correct?

17:09:30 18    A.  That's what he told me, yes.

17:09:31 19    Q.  And later in that line when it says, "This is the first rig to

17:09:35 20    include the GSF," you understand GSF referred to Global Santa Fe,

17:09:41 21    correct?

17:09:41 22    A.  Yes.

17:09:42 23    Q.  The company that Transocean merged with?

17:09:44 24    A.  That is correct.

17:09:47 25    Q.  And you also understood from what Mr. Johnson explained was as

17:09:52 1    a result of the new system, maintenance items immediately were

17:09:58 2    reflected as overdue under the system, once that -- the date that

17:10:04 3    was calendared came up, correct?

17:10:05 4    A.  Yeah.  I don't remember all of the specifics, but he said that

17:10:09 5    there were several issues that they experienced during the

17:10:14 6    conversion.

17:10:15 7    Q.  In other words, it wasn't a situation where the maintenance

17:10:18 8    necessarily had to be done; it's just it was calendared to check it

17:10:22 9    to see whether it had to be done, correct?

17:10:24 10   A.  Yeah.  Once again, I don't remember all of the specifics, but

17:10:27 11   he did -- he tried to explain to me, and it was more than just a

17:10:31 12   couple of issues.

17:10:32 13   Q.  Now, you would agree from your 30-plus-years' experience in the

17:10:39 14   industry that some maintenance is being done on a rig all the time?

17:10:45 15   A.  Every day.

17:10:45 16   Q.  And that's because the rig is essentially a floating factory

17:10:51 17   with issues that come up, isn't that right?

17:10:53 18   A.  Yes, sir.

17:10:54 19   Q.  And sometimes the rig is waiting for parts and things like

17:10:58 20   that, correct?

17:10:58 21   A.  Yes, sir.

17:10:59 22   Q.  And so an operator and a drilling contractor, in looking at

17:11:05 23   maintenance items, will make determinations as to what are critical

17:11:10 24   items that need to be corrected immediately, right?

17:11:13 25   A.  Yes, sir.

17:11:13 1    Q.  And what are other items that are -- where the maintenance

17:11:17 2    needs to be done, but it's appropriate to defer it until a part can

17:11:22 3    be maintained or until the work can actually be completed, correct?

17:11:26 4    A.  Yes, sir.

17:11:27 5    Q.  Let's take a look at TREX-20845.5.2.TO.  This is a reference

17:11:47 6    to -- this is again the spreadsheet, the reference to 2.3.5.

17:11:52 7    Again, the overdue maintenance totalling the 390 jobs.  Do you see

17:11:58 8    below where it says "accept" and in the right-hand corner

17:12:02 9    "100 percent," do you see that?

17:12:04 10   A.  Yes, sir.

17:12:04 11   Q.  You were -- you and your team were satisfied with the

17:12:09 12   explanation that Mr. Johnson had given that these items were being

17:12:12 13   addressed either because it was overstated or the ones that

17:12:16 14   existed, Transocean had a plan to take care of each and every one

17:12:21 15   of them, isn't that correct?

17:12:22 16   A.  It is correct.

17:12:24 17   Q.  Now, the rig stayed out of service as a result of the UWILD and

17:12:29 18   the audit until September 22nd of 2009, around that time, correct?

17:12:36 19   A.  That's correct.

17:12:36 20   Q.  The decision to put the rig back in service was exclusively a

17:12:42 21   BP decision, wasn't it?

17:12:43 22   A.  It was.

17:12:44 23   Q.  In fact, BP's group practice policy gave a strategic

17:12:50 24   performance group, the SPU, the responsibility to decide if the

17:12:55 25   *Deepwater Horizon* can go on to the next contract job, isn't that

17:12:58   1    right?

17:12:58   2    A.  That's correct.

17:12:58   3    Q.  Let's put up TREX-43076.1.1.TO.  It's an e-mail from you to

17:13:09   4    Paul Johnson.  "Gentlemen, I spoke with Harry.  Once Neil signs

17:13:16   5    off, we are good to go."  The "Neil" there is a reference to Neil

17:13:21   6    Cramond, is it not?

17:13:22   7    A.  Yes.

17:13:22   8    Q.  You're basically saying that if Neil was satisfied, you were

17:13:26   9    satisfied, so if you had his sign-off, the rig could be put back in

17:13:31  10    service, correct?

17:13:31  11    A.  Yeah.  Once again, point of clarification.  That wasn't my -- I

17:13:37  12    didn't have the authority to do that, but that's why there's a

17:13:39  13    reference here to Harry, and that's Harry Thierens.

17:13:42  14    Q.  So you had to report to Mr. Thierens, and Mr. Thierens had to

17:13:48  15    make that decision based on input he received from yourself,

17:13:52  16    Mr. Cramond, the auditors and others, correct?

17:13:54  17    A.  That's correct.

17:13:54  18    Q.  And from your observation, the process that BP went through to

17:14:02  19    evaluate whether the rig was ready and capable of going back into

17:14:06  20    service was a careful, comprehensive process, wasn't it, sir?

17:14:10  21    A.  Yes, it was.

17:14:11  22    Q.  Let's put up TREX-1372.1.1.TO.  It's an e-mail from Mr. Brett

17:14:27  23    Cocales to Mr. Johnson, Mr. Kent and some others, do you see this?

17:14:35  24    A.  Yes, sir.

17:14:36  25    Q.  And you see where it says, "First, this is not intended to beat

17:14:42  1    the rig over the head with outstanding issues, but rather as an

17:14:46  2    opportunity for improvement for the safe and efficient working of

17:14:48  3    the rig.  This is a two way street and we very much want your input

17:14:52  4    on content of timing of these which will be reviewed by John Guide

17:14:57  5    and Paul Johnson."

17:14:58  6            That's consistent with the collaborative process that you

17:15:03  7    felt you were going through with Paul Johnson and others at

17:15:06  8    Transocean to address any outstanding maintenance issues, wasn't

17:15:09  9    it, sir?

17:15:10  10   A.  Yes, it was.

17:15:10  11   Q.  And you received a copy of this e-mail, didn't you, sir?

17:15:15  12   A.  I did.

17:15:17  13   Q.  Now, you see down below he says, "John Guide and Paul Johnson

17:15:25  14   will ultimately need to review and sign off on all items.  There

17:15:29  15   are a number of marine findings that can be knocked out fairly

17:15:33  16   quickly (administrative and process) and some that will take

17:15:36  17   longer."  That was your understanding as well?

17:15:38  18   A.  Yes, sir.

17:15:38  19   Q.  And many of the audit findings were administrative and process

17:15:46  20   oriented which were -- I don't know if "routine" is the word, but

17:15:49  21   simpler to deal with, is that correct?

17:15:51  22   A.  There were some.  I don't remember the exact amount.

17:15:53  23   Q.  Now, after the rig went back into service, you, among others,

17:15:59  24   were involved in the process of resolving any outstanding issues,

17:16:03  25   were you not?

8875

17:16:04  1   A.  Yes, I was.

17:16:05  2   Q.  Let's put up TREX-20845.1.1.TO.  And looking at entry 1.1.6, it

17:16:31  3   says at the bottom, "John Guide will assign the appropriate person

17:16:35  4   to verify and then sign off himself."  Do you see that?

17:16:38  5   A.  Yes.

17:16:39  6   Q.  And to do that, you and Transocean tracked the audit close out

17:16:45  7   process through spreadsheets that went back and forth, didn't you?

17:16:49  8   A.  Yes, I did.

17:16:49  9   Q.  And you personally spoke with Paul Johnson, the Transocean rig

17:16:52  10  manager, to make sure the crew was making progress on these, didn't

17:16:56  11  you, sir?

17:16:57  12  A.  I did.

17:16:57  13  Q.  And you personally went out to the rig at least three times to

17:17:04  14  check on the close out process yourself, didn't you?

17:17:07  15  A.  I did.

17:17:07  16  Q.  Let's take a look at TREX-20843.1.1.TO.  It's an e-mail from

17:17:25  17  Paul Johnson to yourself dated December 30, 2009, is it not?

17:17:30  18  A.  Yes, sir.

17:17:33  19  Q.  And in there, you see where he says:  I would like the well

17:17:38  20  site leader to sign off on as much as possible they can so we can

17:17:41  21  delete it off the working copy.  Any help nudging the guys would be

17:17:44  22  greatly appreciated.

17:17:45  23       So I take it you had had some conversations, and

17:17:48  24  Mr. Johnson was trying to move the process forward, wasn't he?

17:17:51  25  A.  Yes, he was.

17:17:52  1   Q.  One of your visits to the rig, do you recall, took place

17:17:55  2   shortly after this e-mail, didn't it?

17:17:57  3   A.  Yes.

17:17:58  4   Q.  Let's take a look at TREX-20198.1.1.TO.  See where it says that

17:18:09  5   "Paul Johnson and John Guide came out to the rig on January 12th.

17:18:13  6   They seemed to be pleased with everything except the food quality

17:18:16  7   and the bilges"?  Do you see that?

17:18:18  8   A.  Yes, sir.

17:18:19  9   Q.  And then it says that John Guide signed off on several rig

17:18:22 10   audit items while on board.  Do you recall that?

17:18:25 11   A.  Yes, sir.

17:18:30 12   Q.  Every item you signed off on and recommended that it be dealt

17:18:35 13   with in a satisfactory way, you personally were satisfied with,

17:18:39 14   were you not?

17:18:40 15   A.  Yes, sir.

17:18:40 16   Q.  You didn't find any reason to believe that anybody on the rig

17:18:45 17   or associated with Transocean, Paul Johnson, Jimmy Harrell, Randy

17:18:50 18   Ezell, Captain Kuchta, you had no reason to believe that any of

17:18:54 19   these people were in any way misleading you or providing you with

17:18:58 20   false information, had no reason to believe that, did you, sir?

17:19:02 21   A.  I had no reason to believe it.

17:19:03 22   Q.  To the contrary.  They were very cooperative and forthcoming

17:19:06 23   with their documents, their people and their information, weren't

17:19:09 24   they, sir?

17:19:09 25   A.  Yes, they were.

8877

17:19:10  1   Q.  Now, do you recall that one of the items identified in the

17:19:19  2   September 2009 audit had to do with whether or not the crew had

17:19:22  3   properly closed out maintenance items, do you recall that?

17:19:25  4   A.  Uh...

17:19:28  5   Q.  If not, I'll try to refresh your recollection with a document.

17:19:31  6   Let me do that.  Let's put up TREX-20845.5.3.  Do you see paragraph

17:19:39  7   2.3.2, it says, "Although not widespread, it was evident that

17:19:44  8   maintenance routines were still being closed out although the

17:19:47  9   maintenance tasks were not being performed, e.g. 30-day Top Drive

17:19:52 10   dolly."  Do you see that?

17:19:54 11   A.  Yes.

17:19:54 12   Q.  And the audit recommendation was to produce standing

17:20:03 13   instructions to communicate expectations, do you see that?

17:20:06 14   A.  Yes.

17:20:06 15   Q.  And the audit recommended that this be addressed immediately,

17:20:11 16   do you see that?

17:20:12 17   A.  Yes.

17:20:13 18   Q.  Now, Transocean accepted that recommendation, didn't it?

17:20:17 19   A.  Yes, they did.

17:20:17 20   Q.  And Transocean reported, as you can see right there, that all

17:20:21 21   departments were notified that this would not be tolerated, do you

17:20:25 22   see that?

17:20:25 23   A.  Yes, sir.

17:20:26 24   Q.  And you confirmed that with them, didn't you, sir?

17:20:28 25   A.  I did.

8878

17:20:28  1    Q.  The tracking sheet shows a completion date of October 13th,

17:20:33  2    2009, doesn't it?

17:20:35  3    A.  Yes, sir.

17:20:38  4    Q.  And this was signed off by the rig's maintenance supervisor

17:20:42  5    Steve Bertone, wasn't it?

17:20:43  6    A.  Yes, sir.

17:20:43  7    Q.  And marked as 100 percent complete, wasn't it?

17:20:45  8    A.  Yes, sir.

17:20:46  9    Q.  And you had no reason to believe, did you, that Transocean

17:20:49 10    allowed the crew to close out maintenance that was not actually

17:20:53 11    done on any kind of regular basis, did you, sir?

17:20:56 12    A.  That's correct.

17:20:58 13    Q.  You would have made a lot out of it if you found out they were

17:21:02 14    doing that, wouldn't you, sir?

17:21:03 15    A.  Yes, sir.

17:21:03 16    Q.  Now, you can take that down.  Now, I think we already -- you

17:21:09 17    already were shown an e-mail from Angel Rodriguez.  He was one of

17:21:13 18    BP's marine operations lead auditors, wasn't he?

17:21:17 19    A.  Yes, he was.

17:21:18 20    Q.  Let's put up TREX-1377.1.1.TO.  This is an e-mail from

17:21:27 21    Mr. Rodriguez to yourself and some others dated October 5th, 2009,

17:21:33 22    is it not?

17:21:33 23    A.  Yes, sir.

17:21:33 24    Q.  And in this e-mail, Mr. Rodriguez wrote, among other things,

17:21:39 25    "Please find attached file ready for your review, John.  I wanted

OFFICIAL TRANSCRIPT

17:21:44  1   to mention that the DW *Horizon* crew have gone a good job in

17:21:49  2   completing the action items on this list."  That's what he wrote,

17:21:51  3   did he not?

17:21:52  4   A.  Yes, sir.

17:21:52  5   Q.  Let's put up TREX-1379.1.1.TO.  This is another e-mail from

17:22:02  6   Mr. Rodriguez, this time dated October 20th, 2009 to yourself and

17:22:07  7   some others, is it not?

17:22:09  8   A.  Yes, sir.

17:22:11  9   Q.  And here Mr. Rodriguez says, quote, "I had a very productive

17:22:14  10  visit with the leadership team onboard the *Deepwater Horizon*."  Did

17:22:17  11  I read that correctly?

17:22:18  12  A.  Yes, sir.

17:22:19  13  Q.  And then down below, he writes, "As you can see, the *Horizon*'s

17:22:26  14  crew has been rigorously closing out the findings.  Thereafter, the

17:22:29  15  captain and chief mate gave me a tour of the thrusters, pump rooms,

17:22:33  16  switchboard spaces and watertight doors for me to sight the

17:22:36  17  completed and still outstanding work from the audit sheet."  Did I

17:22:40  18  read that correctly?

17:22:41  19  A.  Yes, you did.

17:22:42  20  Q.  And then he wrote, "It was agreed I will contact the captain on

17:22:45  21  a biweekly basis to get an update on the remaining findings that

17:22:50  22  are still outstanding."  Did I read that correctly?

17:22:52  23  A.  Yes, sir.

17:22:53  24  Q.  Let's pull up TREX-47194.1.1.TO.  This is again, it's a

17:23:09  25  September 29th, 2009, e-mail from Mr. Rodriguez to yourself and

8880

17:23:13  1    some others, is it not?

17:23:15  2    A.  Yes, sir.

17:23:15  3    Q.  This is another example of Mr. Rodriguez reporting on the

17:23:21  4    verified completion of certain maintenance; in this case, the fire

17:23:24  5    dampers, correct?

17:23:25  6    A.  Yes, sir.

17:23:25  7    Q.  And finally let's put up TREX-1385.1.1.TO.  I think you were

17:23:39  8    shown this one earlier.  This is the e-mail that says that 63 out

17:23:44  9    of the 70 marine findings have been completed, and Mr. Rodriguez

17:23:51 10    found that commendable.  Do you see that?

17:23:53 11    A.  Yes, sir.

17:23:53 12    Q.  Let's pull TREX -- pull up TREX-1371.1.1.TO.  You had to give a

17:24:07 13    performance review of Mr. Cocales for 2009, did you not?

17:24:10 14    A.  I did.

17:24:10 15    Q.  And one of the things that you remarked in giving him a

17:24:14 16    favorable performance review is the continued -- the fact that he

17:24:17 17    was working to continue to close out the audit findings and that

17:24:20 18    90 percent were completed for the UWILD inspection by the time you

17:24:24 19    wrote this report, isn't that correct?

17:24:26 20    A.  That's correct.

17:24:26 21    Q.  Let's take a look at -- we talked about 63 out of 70.  Let's

17:24:34 22    take a look at some of the other seven.

17:24:36 23         MR. BRIAN:  Pull up TREX-47361, please.

17:24:36 24    BY MR. BRIAN:

17:24:41 25    Q.  This is one of the audit tracking sheets, is it not?

OFFICIAL TRANSCRIPT

8881

17:24:44  1    A.  Yes, sir.

17:24:45  2    Q.  TREX-47361.1.1.TO, please.  See where it says -- or item 2.6.7,

17:25:07  3    "Both deck crane main block hooks are of the spring latch type.

17:25:12  4    Transocean requirements specify positive locking latch type to be

17:25:14  5    fitted"?  Do you see that?

17:25:16  6    A.  Yes, sir.

17:25:17  7    Q.  And recommendation is in accordance with Transocean policy,

17:25:20  8    replace the spring latch type main block hooks on both deck cranes

17:25:25  9    to the positive latch type.  Do you see that?

17:25:27 10    A.  Yes, sir.

17:25:28 11    Q.  And it says it should be done within a month, correct?

17:25:31 12    A.  Yes, sir.

17:25:32 13    Q.  And that the parts had been ordered, is that right?

17:25:37 14    A.  Yes, sir.

17:25:37 15    Q.  Now, let's put up TREX-4736.1.21.TO.  One of the open items

17:25:48 16    related to a cracked window, did it not?

17:25:51 17    A.  Yes, sir.

17:25:52 18    Q.  You wouldn't review that or the latches on the deck cranes we

17:25:57 19    saw before to be safety critical, would you, sir?

17:26:00 20    A.  I can't really comment about the crane hooks, but the -- I saw

17:26:05 21    the window myself and, no, it was not safety critical.

17:26:08 22    Q.  Let me ask you this.  By April 20th, 2010, was it your view

17:26:15 23    that there were any safety critical items that were open on the

17:26:18 24    *Deepwater Horizon* that you were aware of?

17:26:19 25    A.  Not that I was aware of.

8882

17:26:32  1   Q.  Let's pull up TREX-275.20.1.TO.  Do you see item 1.2.1 that one

17:26:45  2   of the items being discussed was changing out the variable bore ram

17:26:54  3   bonnets?  Do you see that?

17:26:56  4   A.  Yes.

17:26:56  5   Q.  The bonnets are a kind of housing for the rams, are they not?

17:27:00  6   A.  Yes.

17:27:00  7   Q.  And when this issue came up, you discussed this with

17:27:03  8   Transocean, with some others at BP, didn't you?

17:27:05  9   A.  I did.

17:27:05 10   Q.  And you agreed with Transocean's plan to replace the bonnets on

17:27:10 11   these test rams when the *Deepwater Horizon* returned to the shipyard

17:27:14 12   in 2011, didn't you?

17:27:16 13   A.  To clarify, you said test ram?

17:27:18 14   Q.  I did, yes.

17:27:20 15   A.  So it was, yes, the other rams as well, sir.

17:27:24 16   Q.  Okay.  Whichever rams they were, you agreed with the plan to

17:27:29 17   replace those in 2011 when they returned to the shipyard, right?

17:27:32 18   A.  I did.

17:27:33 19   Q.  Because you didn't view that as a safety critical item, did

17:27:37 20   you, sir?

17:27:37 21   A.  I did not.

17:27:37 22   Q.  You also understood that every time the BOP stack was pulled,

17:27:45 23   the crew would do a complete overhaul of the BOP stack, isn't that

17:27:50 24   right?

17:27:50 25   A.  Yes, sir.

17:27:51  1   Q.  And it was a routine top-to-bottom list that would take ten or

17:27:57  2   eight days to do that, isn't that right?

17:27:59  3   A.  That's right.

17:27:59  4   Q.  And there were at least seven times that the BOP was serviced

17:28:02  5   on the rig between wells during your two and a half to three years

17:28:06  6   of responsibility in connection with the *Deepwater Horizon*, isn't

17:28:08  7   that true?

17:28:08  8   A.  Yes, sir.

17:28:09  9   Q.  You felt that 2009 was a year of continuous improvement in both

17:28:25 10   the safety and performance areas of the *Deepwater Horizon*, didn't

17:28:29 11   you?

17:28:29 12   A.  I did.

17:28:29 13   Q.  And you were proud of the progress they had made, weren't you,

17:28:32 14   sir?

17:28:32 15   A.  Yes, I was.

17:28:33 16   Q.  Let me shift to a different subject.  You were asked some

17:28:39 17   questions by Mr. Cunningham about the March 8th kick, March 8th,

17:28:45 18   2010.  Do you recall those questions?

17:28:58 19   A.  I'm okay.  It went down the wrong pipe when I drank the water.

17:29:06 20   All right.

17:29:07 21   Q.  I take it you were not on the rig on March 8th, 2009, were you

17:29:11 22   sir?

17:29:11 23   A.  No, I was not.

17:29:12 24   Q.  Murry Sepulvado and Earl Lee were the BP well site leaders on

17:29:17 25   the rig that day, weren't they, sir?

8884

17:29:19  1    A.  Yes, sir.

17:29:19  2    Q.  You spoke to both of them after the event of March 8th, didn't

17:29:26  3    you, sir?

17:29:27  4    A.  Oh, yeah, I spoke with them sometime after that, yes.

17:29:30  5    Q.  Are you aware that both Mr. Sepulvado and Mr. Lee testified

17:29:42  6    under oath that they were satisfied with the crew's response to

17:29:45  7    that March 8th kick?  Are you aware of that?

17:29:48  8    A.  I am not, sir.

17:29:49  9    Q.  I take it that it's -- in response to Mr. Cunningham's

17:29:57 10    questions, you agree that you did not file an incident report in

17:30:03 11    the BP traction system, did you, sir?

17:30:04 12    A.  I did not.

17:30:05 13    Q.  You were interviewed by the Bly team investigators after the

17:30:15 14    April 20th, incident, weren't you?

17:30:16 15    A.  Yes.

17:30:17 16    Q.  And one of the things you told them is that you were upset with

17:30:22 17    BP's Tiger Team in connection with this March 8th event, weren't

17:30:27 18    you, sir?

17:30:28 19    A.  Yes, I was.

17:30:28 20    Q.  And specifically, you were not satisfied with the team member

17:30:34 21    Kate Paine's work that, in your view, contributed to that March

17:30:37 22    event, isn't that right?

17:30:39 23    A.  I don't remember my exact words to the Bly team, but she was

17:30:44 24    onboard as the pour pressure prediction individual.

17:30:47 25    Q.  And she worked as the pour pressure analyst who predicted the

8885

17:30:52  1    pour pressure, right?

17:30:53  2    A.  That's correct.

17:30:54  3    Q.  And she would monitor logging and service responses to model

17:30:58  4    the pour pressure, wouldn't she?

17:31:00  5    A.  That's correct.

17:31:00  6    Q.  And you felt that she needed to, in your words, up her game;

17:31:05  7    isn't that right?

17:31:05  8    A.  That's correct.

17:31:06  9    Q.  And you told Pinky Vinson, who was a member of the Tiger Team,

17:31:13  10   that she ought to be removed, didn't you?

17:31:15  11   A.  I forget my exact conversation with her, but included in that

17:31:20  12   conversation with her -- I'm sorry, with Mr. Vinson, you know, it

17:31:24  13   was my opinion that either she up her game or be removed.

17:31:28  14   Q.  And you told the Bly investigators that, in your view, the BP

17:31:35  15   Tiger Team had become just too comfortable with itself because it

17:31:38  16   had a good track record for drilling difficult wells and missed

17:31:42  17   potential indications of problems in the March 8th event.  That's

17:31:53  18   one of the things that you said, didn't you?

17:31:53  19   A.  I don't remember verbatim exactly what I said to the Bly

17:31:53  20   investigators.

17:31:53  21          MR. BRIAN:  Let's take a look, then -- let's put up

17:31:56  22   TREX-60051.12.3.TO.

17:31:56  23   BY MR. BRIAN:

17:32:04  24   Q.  "John said that he was concerned that the team had gotten,"

17:32:07  25   referring to the Tiger Team, "had gotten too comfortable with

17:32:10  1    itself because it had a good track record for drilling difficult

17:32:14  2    wells and missed potential indicates of problems in the March 8th

17:32:18  3    event that should have been caught."  Does that refresh your

17:32:21  4    recollection that that's what you said to the Bly team

17:32:23  5    investigators?

17:32:24  6    A.  I remember the conversation, I just don't remember if it was

17:32:27  7    the Tiger Team or it was the whole team.

17:32:30  8    Q.  Did you tell the Bly investigators that you believed that the

17:32:33  9    onsite pore pressure team -- BP's onsite pore pressure team was

17:32:39 10    complacent?

17:32:40 11    A.  I'm sorry, if you show it to me I'll maybe refresh my memory.

17:32:47 12           MR. BRIAN:  Let's pull up 37031.89.2.TO.

17:32:47 13    BY MR. BRIAN:

17:32:58 14    Q.  "Believes the on site," I guess, "pore pressure detection team

17:33:06 15    complacent."  Is that what you said to Steven Robinson who took

17:33:11 16    these notes?

17:33:12 17    A.  I forget if that's the exact words, but I definitely -- I

17:33:20 18    definitely said that I thought they needed to do a better job.  I

17:33:25 19    don't know if I said complacent or not.

17:33:27 20           MR. BRIAN:  Let's pull up TREX-1143.1.1.TO.

17:33:27 21    BY MR. BRIAN:

17:33:34 22    Q.  It's an e-mail from Pinky Vinson to David Sims on March 10th.

17:33:40 23    "Hi David.  Just wanted to let you know that we, the Tiger Team,

17:33:44 24    are disappointed in our performance and support of D&C on Macondo.

17:33:49 25    As such, we have all been having "gloves off" conversations over

17:33:52  1    the past few days in looking at the data that was available to us

17:33:55  2    on the past two hole sections and what decisions/inferences could

17:34:00  3    be made/should be made and what communications were/were not made."

17:34:05  4    Do you agree with Mr. Vinson that the Tiger Team should have been

17:34:08  5    disappointed in itself?

17:34:10  6    A.  First, I never seen this e-mail before.  But I think that, in

17:34:19  7    general, the Tiger Team could have done a little better job, yes.

17:34:24  8              MR. BRIAN:  Let's put up TREX-1234.2.1.TO.

17:34:24  9    BY MR. BRIAN:

17:34:34  10   Q.  This is an e-mail from Jonathan Bellow to a number of people,

17:34:39  11   including yourself.  Do you see that?

17:34:41  12   A.  Yes.

17:34:41  13   Q.  On March 12th, 2010.  Who was Jonathan Bellow?

17:34:45  14   A.  He was one of the ops geologist in the Tiger Team.

17:34:49  15   Q.  And he writes, does he not, among others, "I want to spend some

17:34:54  16   time re-evaluating how we manage real time pore pressure detection

17:34:58  17   for Macondo type wells."  He wrote that, did he not?

17:35:01  18   A.  Yes, he did.

17:35:02  19   Q.  And in the bottom, "As for our initial thoughts, in looking at

17:35:06  20   the kick events there were signs of pore pressure with all events.

17:35:10  21   They were in some cases subtle and again, considering the type

17:35:13  22   wells we usually drill, we get away with having some connection gas

17:35:19  23   or sonic showing a pore pressure increase.  With these tighter

17:35:23  24   margin wells, I want to get to a place where we are considering the

17:35:28  25   all data suggesting PP change mu more carefully in Macondo type

17:35:33  1    wells.  We need to have larger conversations on all signs of PP

17:35:37  2    change with these wells and as soon as the change is observed."

17:35:41  3            And below:  "We can perhaps afford wait" -- he left out

17:35:46  4    the word "to," "wait longer to raise the flag and watch for a PP

17:35:50  5    trend we were confident in thick salt wells.  However, in these

17:35:54  6    narrow window wells, we believe we need to have PP conversations as

17:35:58  7    soon as ANY indicator shows a change in PP."

17:36:01  8            Did I read that correctly?

17:36:02  9    A.  Yes, you did.

17:36:03  10   Q.  You understand that PP stands for pore pressure, do you not?

17:36:07  11   A.  I do.

17:36:08  12           MR. BRIAN:  Let's put up TREX-1234.3.1.TO.

17:36:08  13   BY MR. BRIAN:

17:36:18  14   Q.  Same e-mail, he writes, "We just need to refine our process to

17:36:22  15   allow quicker conversations to occur and ensure that we are

17:36:25  16   monitoring all relevant PP trend data."

17:36:28  17           Did I read that correctly?

17:36:30  18   A.  Yes, you did.

17:36:31  19           MR. BRIAN:  Let's put up TREX-1234.1.1.TO.

17:36:31  20   BY MR. BRIAN:

17:36:40  21   Q.  Ms. Paine writes an e-mail to Mr. Bodek.  "I am not sure it was

17:36:46  22   lack of communication or awareness as much as a "we can get away

17:36:51  23   with this" attitude."  Do you see that?

17:36:53  24   A.  Yes, I do.

17:36:53  25   Q.  Do you have any idea why Ms. Paine did not copy you on this

17:36:57  1   e-mail?

17:36:58  2   A.  No, but I never saw it before.

17:37:00  3   Q.  Let's move to a different subject.

17:37:03  4        MR. BRIAN:  Let's put up TREX-3568.1.1.TO.

17:37:03  5   BY MR. BRIAN:

17:37:13  6   Q.  This is an e-mail from Mr. Charles Holt.  Who is Mr. Charles

17:37:16  7   Holt?

17:37:17  8   A.  He was one of the well operations managers.

17:37:20  9   Q.  It's an e-mail of November 5th, 2009, to, among others, you

17:37:24 10   regarding the WSL ranking spreadsheet.  Do you see that?

17:37:29 11   A.  Yes.

17:37:29 12   Q.  And WSL there means well site leader, does it not?

17:37:33 13   A.  Yes, it does.

17:37:35 14   Q.  And this is a spreadsheet that ranks the BP well site leaders

17:37:40 15   from highest to lowest, isn't it?

17:37:42 16   A.  Yes, it is.

17:37:43 17        MR. BRIAN:  Let's put up TREX-3568.4.1.

17:37:43 18   BY MR. BRIAN:

17:37:49 19   Q.  Do you see where Mr. Murry Sepulvado and Mr. Ron Sepulvado were

17:37:53 20   ranked six and seventh from the top; is that right?

17:37:56 21   A.  Yes, they were.

17:37:58 22   Q.  They both received a total ranking or aggregate ranking of EE,

17:38:03 23   didn't they?

17:38:04 24   A.  Yes.

17:38:04 25   Q.  What does that refer to?

8890

17:38:06  1    A.   Exceeds expectations.

17:38:08  2    Q.   And then there's various categories, teamwork, interpersonal

17:38:23  3    skills, leadership model, and influence.   Do you see that?

17:38:26  4    A.   Yes.

17:38:26  5    Q.   And Murry Sepulvado got a 4.5 on teamwork and interpersonal

17:38:31  6    skills, didn't he?

17:38:32  7    A.   Yes, he did.

17:38:32  8    Q.   5.0 is the highest score, isn't it?

17:38:32  9    A.   Yes.

17:38:36  10   Q.   And he got a 4.5 on leadership model and influence, didn't he?

17:38:40  11   A.   Yes, he did.

17:38:41  12   Q.   And Ron Sepulvado got fours on both of those, didn't he?

17:38:44  13   A.   Yes, he did.

17:38:46  14   Q.   And you would agree, would you not, that Murry and Ron

17:38:50  15   Sepulvado were among the best of BP's Gulf of Mexico well site

17:38:54  16   leaders, at least among the best that you worked with, weren't

17:38:57  17   they?

17:38:57  18   A.   I thought they were.

17:38:58  19   Q.   And you would agree that both of them exceeded expectations

17:39:01  20   more often than not, didn't they?

17:39:03  21   A.   Yes.   I'm the one that gave them this rating.

17:39:06  22   Q.   And as of -- on April 14th, BP replaced Murry Sepulvado with

17:39:10  23   Don Vidrine; isn't that right?

17:39:12  24   A.   The regular crew change?

17:39:14  25   Q.   Yes.

8891

17:39:15  1   A.  Yes.

17:39:15  2   Q.  And then on April 16th, Robert Kaluza replaced Ronnie

17:39:19  3   Sepulvado; isn't that right?

17:39:21  4   A.  Yes, he did.

17:39:22  5   Q.  And you had never worked with Mr. Kaluza, had you, sir?

17:39:25  6   A.  I had not.

17:39:28  7        MR. BRIAN:  Let's take a look at TREX-3568.5.2.TO.

17:39:28  8   BY MR. BRIAN:

17:39:39  9   Q.  It's true, is it not, that you see where Mr. Kaluza has his

17:39:44 10   rating of 3.0?

17:39:46 11   A.  Yes, sir.

17:39:47 12   Q.  There's only one -- well, the five people, six people -- about

17:39:56 13   five people; Akins, Boderhamer, Cassins, Lambert and Price are all

17:40:02 14   trainees, are they not?

17:40:03 15   A.  Yes.

17:40:04 16   Q.  So there's only one non-trainee well site leader who had a

17:40:09 17   lower score than Mr. Kaluza; isn't that right?  That was Mitchell

17:40:14 18   Bullock, right?  Aggregate score?

17:40:17 19   A.  Yes, sir.

17:40:18 20   Q.  Were you aware of this rating when Mr. Kaluza was picked to go

17:40:24 21   out to the *Deepwater Horizon* on April 16th, four days before the

17:40:28 22   event?

17:40:28 23   A.  I didn't remember Mr. Kaluza's rating.  But I think I need to

17:40:35 24   clarify a couple of things, if I may.

17:40:36 25   Q.  I just want to know, first of all, were you aware of his rating

8892

17:40:40  1  at the time when he went out there?

17:40:42  2  A.  No, I just knew he met expectations.

17:40:44  3  Q.  And did you have any conversations with Paul Johnson or Jimmy

17:40:49  4  Harrell or Captain Kuchta about Mr. Kaluza's ranking out of these

17:40:54  5  40 or 50 well site leaders prior to April 16th, 2010?

17:40:59  6  A.  I didn't.

17:41:00  7  Q.  Now, you were asked some questions about the negative pressure

17:41:05  8  test.  We've heard a lot about the negative pressure test.  But I

17:41:09  9  want to start with putting up TREX-836.1.1.TO.

17:41:19 10        This is the e-mail I think you were shown by BP's lawyer,

17:41:23 11  an e-mail from Mr. Morel dated April 12th to both Sepulvados, a

17:41:28 12  copy to you.  Do you recall that?

17:41:29 13  A.  Yes.

17:41:29 14  Q.  The one that starts, "This isn't perfect yet," right?

17:41:33 15  A.  Right.

17:41:33 16  Q.  Now, have you looked at the attachment to this?

17:41:36 17  A.  I did.

17:41:38 18  Q.  He didn't set forth a negative pressure test at all, does he?

17:41:42 19  A.  He didn't.

17:41:43 20       MR. BRIAN:  So let's pull up TREX-533.1.1.TO.

17:41:43 21  BY MR. BRIAN:

17:41:48 22  Q.  This is Mr. Sepulvado's response in which he says to Mr. Morel,

17:41:53 23  "We need to do a negative test before displacing the mud to

17:41:57 24  seawater."  Correct?

17:41:58 25  A.  Yes.

17:41:59  1    Q.  Did you read the plan that was submitted, the temporary

17:42:05  2    abandonment plan that was submitted to the MMS, sir?

17:42:07  3    A.  I did not.

17:42:10  4         MR. BRIAN:  Let's pull up TREX-1816.1.1.TO.

17:42:10  5    BY MR. BRIAN:

17:42:19  6    Q.  You see Mr. Morel's e-mail to you dated Sunday, April 18th,

17:42:25  7    2010.

17:42:25  8    A.  Yes.

17:42:25  9    Q.  Mr. Morel sent you this e-mail two days after he had submitted

17:42:31  10   to the MMS the temporary abandonment plan, which you had not read;

17:42:35  11   isn't that right?

17:42:36  12   A.  That's not right.

17:42:37  13   Q.  April 18th is after April 16th, isn't it?

17:42:40  14   A.  Mr. Hafle submitted the plan, not Mr. Morel.

17:42:44  15   Q.  Okay.  Sorry.  Mr. Morel sent you this e-mail two days after BP

17:42:48  16   had submitted its temporary abandonment plan to the MMS; isn't that

17:42:52  17   right?

17:42:52  18   A.  Yes.

17:42:53  19   Q.  And in this e-mail Mr. Morel said, "John, plan is to do a

17:42:58  20   negative test with base oil on the bottom plug.  Then we will

17:43:02  21   displace (a second negative test to greater value will happen) and

17:43:07  22   following that, set the cement plug."  That's what he said, did he

17:43:11  23   not?

17:43:11  24   A.  That's what it says, yes.

17:43:13  25   Q.  Do you know Mr. Mark Hafle, don't you, sir?

17:43:16  1    A.  I do.

17:43:17  2              MR. BRIAN:  Let's put up D-4800.

17:43:17  3    BY MR. BRIAN:

17:43:23  4    Q.  This is the org chart that existed as of April 2010, is it not?

17:43:27  5    A.  Yes.

17:43:28  6    Q.  Mark Hafle was one of the drilling engineers on the engineering

17:43:32  7    side of this org chart, correct?

17:43:34  8    A.  Yes.

17:43:35  9    Q.  Both Mr. Hafle and Mr. Morel were on the engineering side,

17:43:39 10    weren't they?

17:43:39 11    A.  Yes.

17:43:40 12    Q.  And the drilling engineers were responsible for devising the

17:43:43 13    temporary abandonment procedure, were they not?

17:43:46 14    A.  Yes, they were.

17:43:46 15    Q.  Now, you testified earlier that there was a morning meeting on

17:43:51 16    April 20th, 2010.  Do you recall that generally?

17:43:54 17    A.  I do.

17:43:54 18    Q.  And you testified that you pointed out that BP was supposed to

17:44:01 19    do only one negative pressure test on the kill line, that's what

17:44:05 20    you testified earlier this afternoon, didn't you?

17:44:08 21    A.  I testified it was one negative test monitored on the kill

17:44:12 22    line.

17:44:12 23    Q.  Okay.  Even though you had not read the temporary abandonment

17:44:15 24    procedure provided to the MMS, right?

17:44:18 25    A.  That's correct.

8895

17:44:19  1    Q.  Mr. Hafle was at this morning meeting, wasn't he, sir?

17:44:24  2    A.  I don't recall if Mr. Hafle was there or not.

17:44:26  3    Q.  But he is the one that submitted the temporary abandonment

17:44:30  4    procedure?

17:44:30  5    A.  Yes.

17:44:31  6    Q.  Presumably, he knew what was in the temporary abandonment

17:44:34  7    procedure, didn't he, sir?

17:44:35  8    A.  I'm sorry, repeat that?

17:44:36  9    Q.  Presumably Mr. Hafle, who submitted the temporary abandonment

17:44:40  10   procedure to the MMS, knew what BP had written in that procedure,

17:44:44  11   right?

17:44:44  12   A.  Yes.

17:44:46  13        MR. BRIAN:  Let's put up TREX-37031.42.1.TO.

17:44:46  14   BY MR. BRIAN:

17:44:57  15   Q.  These are in evidence.  These are the notes of Mr. Robinson's

17:45:02  16   interview of Mr. Hafle.  "The team, Guide, et al., ops team, wanted

17:45:08  17   to go all the way to 8367 feet and do test once rather than twice.

17:45:13  18   This did not match the APD, but decision made that MMS doesn't need

17:45:20  19   to be notified.  Who made decision to doing single negative test at

17:45:26  20   8367?  John Guide made decision.  Mark wanted to test sand assay

17:45:35  21   first and then wellbore.  Some discussion, but John Guide hard to

17:45:39  22   argue with.  Greg Walz in discussion, but didn't argue with John."

17:45:45  23        Do you agree, Mr. Guide, that you are the one that,

17:45:50  24   despite what it says in the temporary abandonment procedure

17:45:54  25   submitted to MMS, that you would only do one negative pressure test

OFFICIAL TRANSCRIPT

8896

17:45:58 1  monitored on the kill line.  Did you make that decision?

17:46:01 2  A.  No.

17:46:01 3  Q.  Did you make the decision not to tell the MMS that you were

17:46:04 4  modifying the procedure set forth in the application submitted to

17:46:08 5  the MMS?  Did you make that decision?

17:46:10 6  A.  No.

17:46:10 7  Q.  So Mr. Hafle, who was on the drilling engineer side,

17:46:16 8  responsible for developing the procedures and who had submitted the

17:46:20 9  procedure to the MMS, got it wrong?

17:46:23 10  A.  Well, all I know is that he never said any of this to me.

17:46:30 11  Q.  Is he wrong?

17:46:31 12  A.  I don't know.  I don't know what's in his mind.  It's certainly

17:46:36 13  not what they told me.

17:46:37 14  Q.  How long did you work with Mr. Hafle?

17:46:39 15  A.  A couple of years.

17:46:40 16  Q.  Truthful guy?

17:46:42 17  A.  Seemed to be.

17:46:43 18  Q.  On the morning of April 20th, Brian Morel circulated an ops

17:46:57 19  note to the rig describing the temporary abandonment procedure, did

17:47:01 20  he not?

17:47:01 21  A.  Yes.

17:47:02 22       MR. BRIAN:  Let's put up TREX-547.1.1.TO

17:47:02 23  BY MR. BRIAN:

17:47:06 24  Q.  This ops note sets forth a single negative pressure test,

17:47:14 25  didn't it?

17:47:15  1    A.  Yes.

17:47:15  2    Q.  And that's the procedure that was actually performed on the rig

17:47:18  3    on April 20th, 2010, was it not?

17:47:20  4    A.  Yes.

17:47:21  5    Q.  This ops note did not provide a calculation of the expected

17:47:26  6    bleed back volume that the crew should have expected to see during

17:47:30  7    the testing, did it?

17:47:31  8    A.  It did not.

17:47:32  9    Q.  And the procedure did not provide a criteria for determining

17:47:35 10    whether the test was successful or unsuccessful, did it, sir?

17:47:38 11    A.  It did not.

17:47:40 12    Q.  The procedure did not predict the pressure that the crew should

17:47:44 13    have expected to see after displacement when the annular was closed

17:47:49 14    and the kill line was bled off, did it, sir?

17:47:51 15    A.  It did not.

17:47:52 16    Q.  Are you aware that in other geographic areas where BP drills

17:47:59 17    wells as of April 20th, 2010, BP had procedures for negative

17:48:05 18    pressure tests that did all of those things; set forth the criteria

17:48:08 19    for success, set forth specific criteria for determining whether it

17:48:12 20    was a success or not.  Are you aware that BP had procedures like

17:48:16 21    that in other areas of the world?

17:48:18 22    A.  I was not aware of that.

17:48:20 23    Q.  Mr. Cunningham asked you about the four calls you placed to the

17:48:28 24    rig that day on April 20th.  Do you recall that?

17:48:32 25    A.  I do.

8898

17:48:33 1  Q.  You would agree, would you not, that the negative pressure test

17:48:41 2  was misinterpreted that night, wasn't it?

17:48:43 3  A.  It was.

17:48:43 4  Q.  You would also agree, would you not, that the well site leaders

17:48:49 5  who were accountable and in charge of that negative pressure test,

17:48:53 6  you would agree with that, wouldn't you, sir?

17:48:55 7  A.  They were part of the people responsible.

17:48:57 8  Q.  You would agree, would you not, that the well site leaders that

17:49:02 9  were responsible for getting and implementing the negative test

17:49:05 10  procedures, you would agree with that, would you not?

17:49:07 11  A.  Could you repeat that, please.

17:49:09 12  Q.  You would agree, would you not, that the well site leaders were

17:49:14 13  responsible for getting and implementing the negative pressure test

17:49:17 14  procedures?

17:49:19 15  A.  Well, the actual implementation of the test would have been

17:49:23 16  actually carried out by Transocean.

17:49:25 17          MR. BRIAN:  Let's pull up TREX-305.1.1.TO.

17:49:25 18  BY MR. BRIAN:

17:49:32 19  Q.  You were interviewed on May 12th of 2010, by, among others,

17:49:36 20  Brian Martin one of the Bly investigators, weren't you, sir?

17:49:39 21  A.  Yes.

17:49:41 22          MR BRIAN:  Let's put up TREX-305.2.1.TO.

17:49:41 23  BY MR. BRIAN:

17:49:50 24  Q.  You told Mr. Martin, did you not, "Negative test responsible

17:49:56 25  acceptance criteria bleed" -- I can't read that now.  You see where

8899

```
17:50:06   1    it says, "WLS," you see that they wrote "WLS" instead of WSL?  "In
17:50:14   2    charge, accountable; responsible for getting and implementing
17:50:17   3    procedure."  You told that to Mr. Martin on May 12th, that the well
17:50:22   4    site leaders were in charge, accountable, and responsible for
17:50:25   5    getting and implementing the procedure.  That's what you said to
17:50:28   6    Mr. Martin on May 12th, 2010, didn't you?
17:50:31   7    A.  I mean, that's what's written here, but I don't remember if
17:50:36   8    that's my exact words.
17:50:38   9    Q.  Whether that's your exact words, that is the thrust of what you
17:50:41  10    told Mr. Martin on May 12th, isn't it, that the well site leaders
17:50:45  11    were accountable and in charge; isn't that right?
17:50:47  12    A.  I honestly don't remember exactly what I told him.
17:50:51  13    Q.  You don't think Mr. Martin got it wrong too, do you, sir?
17:50:55  14    A.  I don't know.
17:50:55  15    Q.  Now, I take it, as Mr. Cunningham established, neither of the
17:51:05  16    well site leaders, Mr. Kaluza nor Mr. Vidrine, called you on
17:51:09  17    April 20th, 2010, in connection with the negative pressure test,
17:51:11  18    did they, sir?
17:51:12  19    A.  They did not.
17:51:13  20    Q.  But we do know they called Mr. Hafle; isn't that right?
17:51:17  21    A.  That's what I heard.
17:51:19  22    Q.  And you've heard, haven't you, that they discussed with
17:51:22  23    Mr. Hafle the pressure differential between the drill pipe and the
17:51:26  24    kill line.  You've heard that, haven't you, sir?
17:51:28  25    A.  I've heard that.
```

8900

17:51:31  1   Q.  And in that situation where the well site leader -- well, first

17:51:35  2   of all, it's a good practice for the well site leader, if an issue

17:51:38  3   comes up, to call one of the drilling engineers or yourself

17:51:42  4   onshore, isn't it?

17:51:43  5   A.  Yes.

17:51:43  6   Q.  And in that situation, if Mr. Hafle had any question about the

17:51:50  7   success of that test, he should have done something about it,

17:51:54  8   shouldn't he?

17:51:55  9   A.  Yes.

17:51:56  10  Q.  Let me move to a different subject.  Isn't it true that people

17:52:13  11  on the BP onshore team were dissatisfied with the work of Jesse

17:52:21  12  Gagliano at Halliburton?

17:52:23  13  A.  There were some people that thought that he just didn't have

17:52:29  14  the dedication that he should.

17:52:32  15       MR. BRIAN:  Let's pull up TREX-1396.2.1.TO.

17:52:32  16  BY MR. BRIAN:

17:52:38  17  Q.  It's an e-mail from Brian Morel to Mark Hafle, Greg Walz, Brett

17:52:43  18  Cocales, and John Guide.  Do you see that?

17:52:45  19  A.  Yes.

17:52:45  20  Q.  And Mr. -- he's forwarding an e-mail he sent earlier to

17:52:53  21  Mr. Morel where he says, "I am about to send this to John and

17:52:57  22  Gregg, but wanted to send it past you first to make sure I'm not

17:53:01  23  being out of line.  Jesse isn't cutting it anymore."  Do you see

17:53:04  24  that?

17:53:05  25  A.  Yes.

17:53:07  1          MR. BRIAN:  Let's pull up TREX-1396.3.1.TO.

17:53:07  2   BY MR. BRIAN:

17:53:13  3   Q.  Part of the same chain.  This is what he forwarded to you.

17:53:17  4   "John and Gregg, I need help next week dealing with Jesse.  I asked

17:53:21  5   for these lab tests to be completed multiple times early last week

17:53:25  6   and Jesse still waited until the last minute, as he has done

17:53:29  7   throughout this well.  This doesn't give us enough time to tweak

17:53:34  8   the slurry to meet our needs.  As a team, we requested that he run

17:53:39  9   another test with 9 gallons on Wednesday.  I know the first test

17:53:43 10   had issues, but I do not understand what took so long to get it

17:53:48 11   underway and why a new one wasn't put on right away.  There is no

17:53:53 12   excuse for this as the cement and chemicals we are running has been

17:53:57 13   on location for weeks."

17:53:59 14          That's what he wrote in that e-mail, didn't he?

17:54:02 15   A.  Yes.

17:54:03 16   Q.  Did you ever tell Mr. Gagliano or anyone at Halliburton that BP

17:54:09 17   had these concerns about Mr. Gagliano's work?

17:54:12 18   A.  I did.

17:54:13 19   Q.  You did?

17:54:14 20   A.  I did.

17:54:14 21   Q.  Who did you tell?

17:54:15 22   A.  I'm trying to think of the gentleman's name now, so you're

17:54:21 23   going to have to let me think.  Oh, Drell, I forgot that was his

17:54:27 24   last name, Bernard Drell or Drell Bernard.

17:54:31 25   Q.  And as a result of these concerns, did you stop relying on what

OFFICIAL TRANSCRIPT

8902

17:54:36  1    Mr. Gagliano had sent you?

17:54:38  2    A.  I didn't.

17:54:40  3    Q.  So even though you didn't trust him, you did rely on what he

17:54:45  4    sent you?

17:54:46  5    A.  I didn't say we didn't trust him.  I trusted Jesse, he just was

17:54:52  6    slow in delivering some tests.

17:54:54  7    Q.  So there was no concern about the reliability of his work; is

17:54:57  8    that right?

17:54:58  9    A.  I was never concerned about the reliability of his work.

17:55:03  10   Q.  So when he sent a model out on April 18th regarding the number

17:55:07  11   of centralizers and whether you would see a severe gas potential,

17:55:12  12   you didn't -- you decided not to read that; is that right?

17:55:15  13   A.  I didn't even know that was in there.  Now, let me clarify.

17:55:18  14   Q.  You were in bed --

17:55:19  15        MS. KARIS:  Your Honor --

17:55:22  16        MR. BRIAN:  Go ahead.  I'm sorry.  I cut you off.  Go

17:55:24  17   ahead and clarify.

17:55:25  18        THE WITNESS:  Let me clarify.  When I say, "Jesse's work"

17:55:27  19   I was talking about the cement test itself, because all -- on the

17:55:31  20   operation side, what we were concerned about was certain cement

17:55:35  21   test results; in particular, the compressive strength and the pump

17:55:40  22   time.  And as far as I was concerned, I had no issues with that.

17:55:45  23        The models and all of the work that the engineers do with

17:55:48  24   Jesse, that was engineering function.  I personally did not have a

17:55:51  25   lot of faith in the model, only because they would run it and it

17:55:56  1   would say we were going to lose circulation and we didn't; and then
17:56:00  2   sometimes they would run it and they would say we would get
17:56:03  3   circulation and we wouldn't.  So for my aspect of Jesse, I mean, I
17:56:08  4   didn't deal with him on the day-to-day basis and all the testing,
17:56:12  5   so to be clear.  The stuff that I needed, we got.
17:56:16  6   BY MR. BRIAN:
17:56:17  7   Q.  Two questions:  You were in bed when he sent you that report,
17:56:21  8   and therefore, you didn't read it, correct?
17:56:23  9   A.  That is correct.
17:56:23 10   Q.  Did you read it when you got up in the morning?
17:56:26 11   A.  I didn't have to.
17:56:28 12              MR. BRIAN:  No further questions.
17:56:34 13              THE COURT:  Halliburton's going to have some questions, I
17:56:39 14   assume.
17:56:39 15              MR. GODWIN:  Yes, your Honor.
17:56:40 16              THE COURT:  Let's recess until tomorrow morning at
17:56:44 17   eight o'clock.
17:56:46 18              MR. GODWIN:  Thank you, your Honor.
17:56:47 19              MS. KARIS:  Thank you, your Honor.
17:56:48 20              THE DEPUTY CLERK:  All rise.
17:56:50 21          (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)
         22
         23                        * * * * * *
         24
         25

```
1

2

3                          REPORTER'S CERTIFICATE

4

5        I, Karen A. Ibos, CCR, Official Court Reporter, United

6   States District Court, Eastern District of Louisiana, do hereby

7   certify that the foregoing is a true and correct transcript, to the

8   best of my ability and understanding, from the record of the

9   proceedings in the above-entitled and numbered matter.

10

11

12

13                      Karen A. Ibos, CCR, RPR, CRR, RMR

14                      Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

**'** 

**'Okay** [1] - 8799:16
**'QUESTION** [1] - 8790:19

**0**

**0093-019** [1] - 8830:1
**01144.001** [1] - 8787:23
**01976.001** [1] - 8780:18

**1**

**1** [3] - 8805:23, 8805:24, 8827:3
**1,000** [2] - 8735:25, 8766:1
**1,400** [3] - 8820:1, 8820:7, 8820:9
**1,500** [1] - 8740:12
**1.010** [1] - 8785:7
**1.024** [1] - 8808:22
**1.1.6** [1] - 8875:2
**1.2.1** [1] - 8882:1
**10** [4] - 8760:4, 8760:6, 8802:3, 8850:15
**10-MD-2179** [1] - 8725:8
**100** [2] - 8872:9, 8878:7
**100,000** [3] - 8765:8, 8765:9, 8765:16
**1000** [2] - 8729:21, 8730:11
**1001** [1] - 8729:15
**101** [1] - 8726:20
**10th** [1] - 8886:22
**11** [4] - 8784:17, 8802:19, 8816:11, 8826:19
**1100** [1] - 8729:12
**1110** [1] - 8729:24
**1126.001** [1] - 8798:8
**1127.001** [1] - 8798:23
**1129** [1] - 8797:23
**1144.001** [1] - 8841:21
**118** [2] - 8868:22, 8868:25
**12** [9] - 8796:20, 8796:22, 8803:3, 8816:7, 8827:4, 8830:13, 8831:24,

8831:25, 8839:2
**120** [1] - 8735:5
**1201** [2] - 8729:2, 8730:5
**12th** [8] - 8762:22, 8876:5, 8887:13, 8892:11, 8898:19, 8899:3, 8899:6, 8899:10
**13** [2] - 8790:21, 8803:20
**13,000** [1] - 8825:10
**1308** [1] - 8726:22
**1331** [1] - 8730:7
**13th** [2] - 8861:23, 8878:1
**14-pound** [1] - 8763:18
**14.5** [1] - 8848:20
**14.583** [1] - 8848:14
**14.7** [1] - 8733:9, 8848:18, 8849:20
**14.9** [2] - 8848:17, 8849:19
**1400** [1] - 8818:14
**14271** [1] - 8727:23
**14th** [10] - 8752:6, 8821:10, 8821:18, 8821:22, 8822:12, 8822:15, 8822:16, 8824:12, 8824:21, 8890:22
**15** [8] - 8725:9, 8732:2, 8760:4, 8760:6, 8768:12, 8797:25, 8848:8, 8849:10
**15-minute** [4] - 8836:10, 8836:12, 8836:16, 8837:5
**15.2.12** [1] - 8837:24
**15.2.15** [1] - 8747:19
**153.001** [3] - 8805:15, 8805:21, 8827:3
**153.007** [1] - 8805:21
**153.012** [2] - 8830:13, 8839:1
**15th** [5] - 8765:13, 8766:21, 8767:9, 8849:16, 8850:13
**16** [6] - 8832:23, 8849:7, 8849:11, 8849:13, 8850:19, 8850:23
**16.0** [2] - 8848:15, 8850:18
**1601** [1] - 8726:9
**1665** [1] - 8730:7
**16:52** [5] - 8809:15,

8809:19, 8809:25, 8810:10, 8815:8
**16:54** [2] - 8808:23, 8809:4
**16th** [6] - 8734:18, 8846:18, 8891:2, 8891:21, 8892:5, 8893:13
**17,970** [1] - 8755:1
**1700** [1] - 8730:5
**1721.8.1** [1] - 8847:22
**17:31** [1] - 8816:9
**17:39** [4] - 8817:7, 8819:15, 8819:18, 8820:19
**17th** [7] - 8787:22, 8791:5, 8791:22, 8821:2, 8826:23, 8841:21, 8861:24
**18** [2] - 8791:12, 8791:18
**1800** [1] - 8818:13
**1814.1.2** [1] - 8745:10
**1816.1.5** [1] - 8770:11
**1835** [1] - 8818:22
**188** [1] - 8869:1
**1885** [1] - 8728:14
**18th** [5] - 8770:15, 8846:23, 8893:6, 8893:13, 8902:10
**194.005** [1] - 8807:25
**1951.1.2** [1] - 8845:11
**1951.1.3** [1] - 8845:22
**1955** [1] - 8818:22
**19th** [5] - 8740:9, 8740:10, 8743:16, 8743:17, 8847:4
**1st** [12] - 8796:6, 8796:10, 8796:11, 8797:11, 8797:12, 8804:23, 8805:7, 8805:10, 8805:17, 8807:5, 8832:17, 8839:23

**2**

**2.3.2** [1] - 8877:7
**2.3.5** [2] - 8869:5, 8872:6
**2.6.7** [1] - 8881:2
**20** [6] - 8725:6, 8796:6, 8806:15, 8807:8, 8819:24,

8828:8
**20004** [1] - 8729:3
**20044** [3] - 8727:18, 8727:23, 8728:4
**2005** [1] - 8836:21
**2007** [4] - 8774:15, 8774:21, 8774:24, 8860:11
**2008** [3] - 8774:22, 8860:11
**2009** [25] - 8774:22, 8774:23, 8775:14, 8775:25, 8845:4, 8845:6, 8847:10, 8860:12, 8860:14, 8861:8, 8861:19, 8861:24, 8866:25, 8869:16, 8872:18, 8875:17, 8877:2, 8878:2, 8878:21, 8879:6, 8879:25, 8880:13, 8883:9, 8883:21, 8889:9
**2010** [29] - 8725:6, 8777:1, 8782:13, 8782:17, 8796:6, 8796:20, 8797:12, 8805:17, 8831:17, 8831:21, 8832:11, 8832:17, 8835:9, 8843:5, 8847:11, 8848:8, 8881:22, 8883:18, 8887:13, 8892:5, 8893:7, 8894:4, 8894:16, 8897:3, 8897:17, 8898:19, 8899:6, 8899:17
**2011** [10] - 8788:6, 8789:21, 8790:8, 8832:25, 8833:2, 8833:20, 8834:5, 8834:18, 8882:12, 8882:17
**2013** [2] - 8725:9, 8732:2
**20th** [25] - 8757:6, 8772:14, 8774:2, 8774:8, 8782:12, 8782:17, 8808:20, 8822:3, 8831:17, 8831:21, 8832:11, 8835:9, 8835:25, 8836:6, 8842:19, 8843:5, 8879:6, 8881:22, 8884:14, 8894:16, 8896:18, 8897:3, 8897:17, 8897:24, 8899:17
**21** [1] - 8810:14

**22** [1] - 8810:13
**2211** [1] - 8729:24
**2216** [1] - 8727:7
**2220** [1] - 8796:14
**22ND** [1] - 8726:15
**22nd** [2] - 8845:4, 8872:18
**23** [2] - 8787:5, 8790:11
**23451** [1] - 8726:15
**24** [2] - 8808:22, 8860:2
**25** [1] - 8790:11
**2516** [1] - 8796:20
**2615** [1] - 8726:12
**27** [4] - 8725:20, 8811:11, 8811:14, 8812:13
**275** [1] - 8865:4
**275.4.1.TO** [1] - 8861:1
**29th** [1] - 8879:25
**2:10-CV-02771** [1] - 8725:12
**2:10-CV-4536** [1] - 8725:14

**3**

**3,000** [2] - 8766:2, 8767:15
**3,000-barrel** [2] - 8839:23, 8840:2
**3,100** [2] - 8741:6, 8743:5
**3,100-plus** [1] - 8741:6
**3,500** [1] - 8741:2
**3.0** [1] - 8891:10
**3.1.5** [1] - 8830:1
**30** [12] - 8756:9, 8768:13, 8769:3, 8769:10, 8769:14, 8790:25, 8791:2, 8791:8, 8794:25, 8869:6, 8870:6, 8875:17
**30-day** [2] - 8870:5, 8877:9
**30-minute** [1] - 8772:6
**30-plus-years'** [1] - 8871:13
**300** [1] - 8729:6
**30th** [1] - 8777:1
**3220** [1] - 8791:12
**3281B** [1] - 8841:22
**3283D** [1] - 8817:7
**335** [1] - 8729:18

**35** [2] - 8818:14, 8827:8
**3527.10.1** [1] - 8850:15
**3545** [1] - 8869:7
**35TH** [1] - 8729:18
**360** [4] - 8766:6, 8766:18, 8768:21, 8771:3
**36130** [1] - 8728:9
**36604** [1] - 8726:10
**3668** [1] - 8726:4
**3700** [2] - 8729:12, 8729:15
**37031.001** [1] - 8823:15
**37031.89.2.TO** [1] - 8886:12
**38** [2] - 8823:16, 8824:6
**388** [1] - 8783:18
**39** [1] - 8824:6
**390** [3] - 8869:3, 8869:6, 8872:7
**3:30** [1] - 8806:21
**3rd** [1] - 8840:2

**4**

**4** [4] - 8788:9, 8788:25, 8839:2, 8863:15
**4.5** [2] - 8890:5, 8890:10
**40** [2] - 8827:8, 8892:5
**4000** [1] - 8730:11
**402** [1] - 8726:15
**4310** [1] - 8727:5
**432** [1] - 8831:24
**433-25** [1] - 8833:23
**434** [1] - 8834:16
**435** [1] - 8726:20
**4456** [1] - 8753:15
**450** [1] - 8727:12
**4964.1** [1] - 8752:11
**499** [1] - 8787:5
**4:52** [3] - 8814:17, 8815:8, 8817:13

**5**

**5** [3] - 8777:12, 8800:15, 8834:16
**5,000** [3] - 8740:25, 8742:22, 8742:23
**5.0** [1] - 8890:8
**50** [1] - 8892:5

**500** [3] - 8726:4, 8728:8, 8730:14
**5000** [1] - 8728:24
**504** [1] - 8730:15
**5143** [1] - 8799:4
**520** [1] - 8807:8
**5395** [1] - 8727:12
**545.9.2** [1] - 8768:7
**556** [1] - 8726:4
**589-7776** [1] - 8730:15
**5:19** [1] - 8811:11
**5:31** [1] - 8816:9
**5:39** [1] - 8819:18
**5:57** [1] - 8814:18
**5th** [3] - 8839:24, 8878:21, 8889:9

**6**

**6** [1] - 8783:19
**6,000-barrel** [2] - 8839:16, 8839:18
**6.2** [1] - 8853:6
**6.7** [2] - 8853:15, 8854:3
**60** [2] - 8791:9, 8791:15
**600** [3] - 8726:15, 8726:17, 8729:21
**601** [1] - 8726:12
**60654** [1] - 8729:6
**618** [1] - 8727:2
**63** [4] - 8777:12, 8777:18, 8880:8, 8880:21
**6:15** [1] - 8798:1
**6:30** [1] - 8798:1
**6th** [1] - 8840:2

**7**

**7** [2] - 8869:16, 8870:5
**70** [7] - 8741:2, 8777:12, 8777:18, 8868:6, 8868:25, 8880:9, 8880:21
**701** [2] - 8728:18, 8728:23
**70113** [1] - 8726:7
**70130** [5] - 8726:13, 8726:18, 8727:8, 8728:18, 8730:14
**70139** [1] - 8728:24
**70163** [1] - 8729:12
**70360** [1] - 8726:20
**70458** [1] - 8726:23

**70502** [2] - 8726:5, 8729:22
**70801** [1] - 8727:3
**70804** [1] - 8728:15
**75270** [1] - 8730:5
**758** [1] - 8810:13
**7611** [1] - 8727:18
**77002** [2] - 8729:15, 8730:12
**77006** [1] - 8727:5
**77010** [1] - 8730:8
**77098** [1] - 8729:24
**7TH** [1] - 8727:12
**7th** [1] - 8796:20

**8**

**8,000** [2] - 8783:13, 8783:22
**8,300** [10] - 8764:18, 8765:1, 8765:2, 8765:11, 8765:16, 8765:23, 8766:4, 8766:10, 8767:3, 8767:5
**800** [1] - 8735:4
**820** [1] - 8726:7
**8367** [5] - 8768:23, 8769:17, 8773:3, 8895:17, 8895:20
**8732/12** [1] - 8731:7
**8779/4** [1] - 8731:9
**8843/13** [1] - 8731:11
**8851/9** [1] - 8731:13
**8th** [13] - 8826:25, 8827:2, 8827:6, 8830:18, 8838:6, 8883:17, 8883:21, 8884:2, 8884:7, 8884:17, 8885:17, 8886:2

**9**

**9** [2] - 8801:13, 8901:9
**9-7/8-by-7-inch** [2] - 8753:9, 8753:21
**90** [2] - 8744:15, 8880:18
**900** [3] - 8788:9, 8788:16, 8788:25
**90071** [1] - 8729:19
**93.019** [1] - 8829:22
**93.048** [1] - 8837:24
**94005** [1] - 8728:15
**94102** [1] - 8727:13
**9TH** [1] - 8726:17

**A**

**abandon** [7] - 8761:1, 8822:20, 8823:1, 8823:9, 8824:24, 8825:22, 8826:3
**abandoned** [1] - 8826:18
**abandonment** [48] - 8751:7, 8751:15, 8751:20, 8755:24, 8759:22, 8759:24, 8760:1, 8760:7, 8760:13, 8760:16, 8760:23, 8761:2, 8761:7, 8762:3, 8762:5, 8762:11, 8762:18, 8763:5, 8764:12, 8770:5, 8773:9, 8773:11, 8773:14, 8777:17, 8787:9, 8821:21, 8822:3, 8822:8, 8822:10, 8822:13, 8822:15, 8822:21, 8822:24, 8823:13, 8824:25, 8825:9, 8826:3, 8826:13, 8893:2, 8893:10, 8893:16, 8894:13, 8894:23, 8895:6, 8895:9, 8895:24, 8896:19
**abide** [1] - 8848:21
**ability** [1] - 8904:8
**able** [7] - 8738:10, 8738:12, 8739:14, 8740:13, 8748:11, 8803:21, 8856:18
**above** [8] - 8735:6, 8735:17, 8736:1, 8736:4, 8736:9, 8736:15, 8750:15, 8904:9
**above-entitled** [1] - 8904:9
**ABRAMSON** [1] - 8726:11
**absolutely** [5] - 8759:1, 8823:20, 8826:11, 8839:10, 8852:10
**accept** [3] - 8793:22, 8868:21, 8872:8
**Acceptance** [1] - 8847:20
**acceptance** [2] - 8856:6, 8898:25

**accepted** [1] - 8877:18
**access** [2] - 8856:15
**accident** [2] - 8774:23, 8822:7
**accidents** [1] - 8830:2
**accordance** [2] - 8862:17, 8881:7
**accountabilities** [1] - 8781:14
**accountability** [1] - 8805:25
**accountable** [10] - 8780:15, 8781:4, 8781:17, 8781:20, 8781:23, 8784:17, 8898:5, 8899:2, 8899:4, 8899:11
**accurate** [7] - 8746:9, 8765:17, 8807:23, 8808:6, 8813:3, 8813:9, 8822:14
**achieve** [7] - 8756:10, 8766:13, 8766:15, 8771:9, 8771:12, 8773:3
**acknowledged** [2] - 8839:2, 8840:5
**acknowledgment** [1] - 8799:6
**across** [2] - 8750:13, 8818:10
**act** [2] - 8735:24, 8739:5
**ACTION** [1] - 8725:8
**action** [7] - 8777:6, 8803:5, 8803:24, 8804:4, 8842:6, 8842:13, 8879:2
**actions** [6] - 8775:18, 8777:23, 8778:8, 8830:4, 8830:17, 8859:4
**actual** [12] - 8746:17, 8762:9, 8765:8, 8767:22, 8814:18, 8814:20, 8814:21, 8815:6, 8822:6, 8848:21, 8849:11, 8898:15
**actually** [52] - 8733:5, 8733:14, 8733:20, 8733:23, 8738:20, 8739:13, 8745:4, 8746:15, 8746:19, 8748:7, 8750:7, 8750:19, 8751:2, 8751:16,

8756:20, 8757:2,
8759:4, 8763:6,
8766:10, 8774:18,
8777:7, 8777:8,
8785:6, 8786:6,
8794:1, 8795:14,
8797:5, 8800:6,
8810:25, 8813:8,
8814:17, 8818:11,
8832:25, 8842:2,
8843:25, 8844:7,
8844:12, 8844:22,
8847:1, 8847:16,
8847:22, 8848:25,
8854:16, 8857:18,
8857:19, 8860:19,
8869:20, 8872:3,
8878:10, 8897:2,
8898:16
  **AD** [1] - 8828:13
  **add** [1] - 8868:25
  **adding** [1] - 8758:11
  **addition** [7] -
8736:13, 8760:6,
8767:25, 8826:22,
8830:16, 8857:13,
8870:4
  **additional** [3] -
8735:5, 8750:14,
8771:2
  **address** [6] - 8752:2,
8758:25, 8818:9,
8818:18, 8864:4,
8874:8
  **addressed** [6] -
8859:12, 8859:13,
8863:14, 8867:1,
8872:13, 8877:15
  **addressing** [1] -
8759:2
  **adequate** [4] -
8766:20, 8864:12,
8866:10, 8866:13
  **adequately** [1] -
8864:4
  **administrative** [2] -
8874:16, 8874:19
  **admitted** [2] -
8823:16, 8829:8
  **advice** [2] - 8818:4,
8818:8
  **advised** [1] - 8804:1
  **afford** [1] - 8888:3
  **after** [48] - 8732:17,
8732:20, 8734:16,
8734:19, 8736:2,
8742:10, 8744:6,
8746:24, 8753:12,
8754:8, 8754:24,
8755:13, 8764:9,

8766:3, 8766:6,
8766:18, 8767:17,
8769:8, 8769:9,
8770:7, 8771:22,
8772:3, 8772:12,
8796:10, 8796:11,
8800:16, 8803:23,
8805:24, 8819:15,
8820:19, 8836:20,
8837:3, 8837:4,
8846:16, 8847:24,
8849:18, 8870:17,
8874:23, 8876:2,
8884:2, 8884:4,
8884:13, 8893:9,
8893:13, 8893:15,
8897:13
  **afternoon** [7] -
8740:10, 8774:2,
8843:14, 8843:17,
8851:10, 8894:20
  **AFTERNOON** [1] -
8725:20
  **again** [30] - 8748:6,
8751:21, 8767:9,
8767:21, 8770:25,
8782:24, 8785:22,
8796:14, 8811:17,
8812:14, 8813:25,
8814:18, 8815:13,
8817:7, 8826:1,
8826:15, 8834:20,
8835:17, 8838:25,
8839:9, 8847:9,
8847:11, 8848:6,
8849:20, 8871:10,
8872:6, 8872:7,
8873:11, 8879:24,
8887:21
  **against** [2] -
8803:25, 8804:6
  **aggregate** [2] -
8889:22, 8891:18
  **ago** [3] - 8743:12,
8788:6, 8840:5
  **agree** [19] - 8751:3,
8777:16, 8779:6,
8779:17, 8794:23,
8855:24, 8865:9,
8871:13, 8884:10,
8887:4, 8890:14,
8890:19, 8895:23,
8898:1, 8898:4,
8898:6, 8898:8,
8898:10, 8898:12
  **agreed** [5] - 8843:1,
8854:4, 8879:20,
8882:10, 8882:16
  **ahead** [8] - 8732:9,
8738:16, 8749:2,

8774:19, 8799:11,
8837:6, 8902:16,
8902:17
  **Akins** [1] - 8891:13
  **AL** [4] - 8725:13,
8725:16, 8726:10,
8728:9
  **al** [1] - 8895:16
  **ALABAMA** [2] -
8728:6
  **Alabama** [1] - 8851:2
  **alive** [1] - 8826:19
  **all** [116] - 8732:6,
8732:16, 8734:16,
8736:15, 8736:19,
8736:22, 8737:3,
8738:4, 8738:9,
8739:8, 8740:21,
8746:18, 8750:13,
8752:18, 8756:5,
8756:7, 8756:16,
8756:21, 8757:15,
8757:24, 8758:13,
8758:14, 8760:10,
8761:12, 8762:20,
8762:25, 8763:23,
8765:15, 8770:4,
8773:16, 8776:2,
8776:20, 8777:4,
8778:25, 8781:23,
8782:8, 8782:11,
8782:15, 8782:20,
8784:18, 8785:14,
8787:21, 8789:22,
8792:17, 8794:7,
8795:2, 8799:2,
8799:15, 8803:2,
8803:6, 8803:23,
8804:13, 8804:17,
8804:20, 8805:3,
8805:4, 8805:25,
8806:22, 8806:25,
8807:12, 8808:2,
8808:5, 8808:14,
8809:14, 8813:10,
8820:6, 8826:1,
8828:21, 8830:1,
8832:13, 8832:19,
8833:7, 8833:14,
8833:15, 8837:18,
8837:21, 8840:20,
8840:22, 8842:18,
8842:19, 8843:8,
8843:9, 8846:20,
8848:1, 8849:8,
8849:9, 8854:25,
8858:21, 8863:20,
8866:16, 8868:14,
8870:5, 8871:4,
8871:10, 8871:14,

8874:14, 8877:20,
8883:20, 8886:25,
8887:20, 8887:25,
8888:1, 8888:16,
8891:13, 8891:25,
8892:18, 8895:17,
8896:10, 8897:18,
8900:2, 8902:19,
8902:23, 8903:4,
8903:20
  **ALLAN** [1] - 8728:17
  **allow** [3] - 8750:3,
8823:20, 8888:15
  **allowed** [1] - 8878:10
  **almost** [4] - 8733:8,
8750:1, 8762:20,
8831:19
  **alone** [1] - 8760:4
  **along** [3] - 8798:5,
8798:25, 8870:3
  **already** [10] -
8797:19, 8819:18,
8824:1, 8845:18,
8850:7, 8850:11,
8850:14, 8861:12,
8878:16, 8878:17
  **also** [36] - 8733:3,
8736:15, 8740:14,
8741:21, 8742:6,
8755:6, 8760:7,
8764:6, 8776:2,
8777:21, 8778:3,
8779:10, 8791:2,
8799:3, 8800:15,
8800:24, 8831:9,
8831:19, 8837:20,
8840:23, 8848:19,
8849:4, 8850:2,
8850:23, 8854:8,
8857:9, 8858:11,
8858:17, 8858:20,
8866:13, 8869:3,
8870:7, 8870:10,
8870:25, 8882:22,
8898:4
  **Although** [1] -
8877:7
  **although** [1] - 8877:8
  **always** [6] - 8769:13,
8799:20, 8801:18,
8803:9, 8806:3,
8855:13
  **amending** [1] -
8863:4
  **AMERICA** [3] -
8725:15, 8727:10,
8728:21
  **AMERICAN** [1] -
8726:12
  **among** [10] -

8781:14, 8852:6,
8864:8, 8874:23,
8878:24, 8887:15,
8889:9, 8890:15,
8890:16, 8898:19
  **amount** [3] -
8754:20, 8813:3,
8874:22
  **Anadarko** [1] -
8814:7
  **analysis** [1] - 8829:6
  **analyst** [1] - 8884:25
  **AND** [2] - 8725:12,
8729:9
  **Anderson** [1] -
8852:5
  **ANDREW** [1] -
8729:4
  **Angel** [4] - 8777:1,
8844:4, 8844:7,
8878:17
  **ANGELES** [1] -
8729:19
  **annex** [4] - 8862:23,
8863:4, 8863:8
  **annular** [3] -
8756:22, 8809:4,
8897:13
  **annulus** [1] -
8754:23
  **anomalies** [1] -
8818:23
  **another** [10] -
8734:7, 8734:10,
8737:7, 8744:21,
8758:1, 8844:18,
8860:21, 8879:5,
8880:3, 8901:9
  **ANSWER** [10] -
8789:10, 8791:15,
8807:14, 8832:8,
8832:12, 8832:18,
8832:24, 8833:4,
8834:2, 8834:19
  **answer** [17] - 8785:5,
8788:21, 8789:9,
8790:14, 8791:9,
8807:11, 8811:22,
8812:15, 8816:16,
8825:24, 8832:3,
8834:6, 8834:24,
8842:7, 8863:10,
8863:16, 8863:24
  **answered** [6] -
8780:11, 8784:6,
8818:8, 8864:1,
8866:1, 8866:16
  **answering** [5] -
8794:14, 8795:7,
8820:16, 8864:7,

8866:3
**answers** [2] - 8812:5
**ANTHONY** [1] - 8727:7
**anticipate** [1] - 8756:15
**anticipated** [2] - 8744:8, 8748:7
**any** [84] - 8733:4, 8733:14, 8733:15, 8739:11, 8739:17, 8739:25, 8741:25, 8742:1, 8742:8, 8742:24, 8746:25, 8747:6, 8747:21, 8750:24, 8753:18, 8753:23, 8754:4, 8758:8, 8758:13, 8759:8, 8759:11, 8759:18, 8762:7, 8764:19, 8772:23, 8773:14, 8773:18, 8774:1, 8774:6, 8774:7, 8776:13, 8778:8, 8778:9, 8778:12, 8778:13, 8778:14, 8778:17, 8789:2, 8789:6, 8789:7, 8794:21, 8795:4, 8810:2, 8810:6, 8810:15, 8811:22, 8815:15, 8815:16, 8816:17, 8817:21, 8818:9, 8818:11, 8818:12, 8819:8, 8820:14, 8834:1, 8835:23, 8835:24, 8836:5, 8836:18, 8837:14, 8838:3, 8838:21, 8846:7, 8847:11, 8850:25, 8859:11, 8874:8, 8874:24, 8875:21, 8876:16, 8876:18, 8876:19, 8878:11, 8881:23, 8888:25, 8892:3, 8896:10, 8900:6
**ANY** [1] - 8888:7
**anybody** [11] - 8742:24, 8747:6, 8757:16, 8757:18, 8774:1, 8822:12, 8822:16, 8825:15, 8841:7, 8841:15, 8876:16
**anymore** [1] - 8900:23
**anyone** [9] - 8757:16, 8764:19,

8774:6, 8774:7, 8778:12, 8778:17, 8778:21, 8847:4, 8901:16
**anything** [21] - 8744:10, 8767:13, 8775:10, 8778:15, 8778:21, 8783:6, 8783:11, 8783:17, 8784:9, 8785:3, 8785:4, 8785:11, 8793:25, 8795:22, 8795:23, 8803:9, 8803:15, 8803:18, 8810:21, 8818:11, 8847:15
**anyway** [3] - 8733:10, 8744:23, 8860:20
**anywhere** [2] - 8778:19, 8794:10
**apart** [1] - 8819:24
**APD** [1] - 8895:18
**API** [1] - 8858:17
**APM** [1] - 8769:24
**apologize** [1] - 8788:10
**apparent** [1] - 8733:7, 8738:8
**apparently** [3] - 8800:25, 8801:8, 8802:11
**APPEARANCES** [1] - 8726:1
**appears** [2] - 8797:6, 8814:5
**appended** [1] - 8862:25
**applicable** [1] - 8782:8
**application** [2] - 8768:25, 8896:4
**applying** [3] - 8739:7, 8759:14, 8773:7
**appraisal** [1] - 8797:4
**appraisals** [1] - 8852:7
**appreciated** [1] - 8875:22
**approach** [1] - 8750:4
**appropriate** [7] - 8799:10, 8802:11, 8802:14, 8802:17, 8802:18, 8872:2, 8875:3
**approval** [5] - 8767:14, 8767:16,

8768:2, 8769:17, 8770:4
**approved** [5] - 8751:24, 8768:24, 8769:3, 8769:24, 8850:7
**approximately** [2] - 8790:19, 8790:22
**APRIL** [2] - 8725:6, 8732:2
**April** [73] - 8725:9, 8734:18, 8743:16, 8743:17, 8752:6, 8757:6, 8765:13, 8766:21, 8767:9, 8770:15, 8772:14, 8774:2, 8774:8, 8774:22, 8774:23, 8782:12, 8782:17, 8791:5, 8791:22, 8796:6, 8796:10, 8796:11, 8797:11, 8797:12, 8804:23, 8805:7, 8805:10, 8805:23, 8805:24, 8807:5, 8821:2, 8821:10, 8822:12, 8822:15, 8822:16, 8824:11, 8824:21, 8826:23, 8831:17, 8831:21, 8832:11, 8832:17, 8835:9, 8835:25, 8836:6, 8840:2, 8841:21, 8842:19, 8843:5, 8848:8, 8849:10, 8849:16, 8850:13, 8881:22, 8884:14, 8890:22, 8891:2, 8891:21, 8892:5, 8892:11, 8893:6, 8893:13, 8894:4, 8894:16, 8896:18, 8897:3, 8897:17, 8897:24, 8899:17, 8902:10
**arbitrary** [1] - 8848:20
**Are** [1] - 8798:2
**are** [93] - 8733:15, 8737:16, 8738:18, 8741:14, 8745:25, 8747:9, 8747:14, 8749:15, 8760:18, 8760:20, 8762:1, 8763:12, 8767:14, 8770:19, 8771:24, 8775:5, 8775:6, 8777:13, 8777:14, 8777:15, 8785:1,

8796:11, 8799:5, 8799:6, 8800:10, 8801:15, 8803:5, 8803:6, 8803:9, 8805:16, 8806:12, 8810:16, 8813:2, 8813:5, 8813:8, 8814:14, 8814:20, 8814:21, 8815:4, 8815:7, 8815:8, 8816:18, 8823:16, 8823:23, 8824:1, 8824:13, 8832:1, 8832:6, 8832:16, 8836:22, 8837:3, 8840:7, 8841:17, 8841:18, 8844:12, 8848:20, 8848:25, 8853:4, 8853:8, 8854:5, 8854:20, 8855:21, 8860:15, 8862:16, 8866:22, 8868:25, 8870:6, 8871:23, 8872:1, 8873:5, 8874:15, 8879:22, 8881:3, 8882:5, 8884:5, 8884:7, 8886:24, 8887:24, 8888:15, 8891:13, 8891:14, 8895:15, 8895:23, 8897:16, 8897:20, 8901:12
**areas** [8] - 8781:14, 8866:25, 8867:11, 8868:9, 8868:12, 8883:10, 8897:16, 8897:21
**aren't** [2] - 8841:9, 8841:16
**argue** [1] - 8895:22
**arguing** [1] - 8803:4
**argument** [2] - 8803:25, 8804:6
**around** [5] - 8734:18, 8738:12, 8739:14, 8740:12, 8743:5, 8756:21, 8758:3, 8764:8, 8767:9, 8769:1, 8846:18, 8847:3, 8872:18
**arrange** [1] - 8847:3
**arrangements** [1] - 8763:13
**ARRELL** [1] - 8729:23
**ASBILL** [1] - 8729:13
**aside** [2] - 8787:6, 8787:8

**ask** [23] - 8757:15, 8758:7, 8763:14, 8763:24, 8775:5, 8782:24, 8788:20, 8798:12, 8802:2, 8802:13, 8802:16, 8820:3, 8820:13, 8835:3, 8843:24, 8846:13, 8847:8, 8848:1, 8848:11, 8849:9, 8850:14, 8850:17, 8881:22
**asked** [21] - 8757:13, 8765:4, 8765:7, 8774:12, 8784:6, 8787:18, 8788:20, 8791:8, 8801:10, 8801:12, 8810:5, 8818:1, 8827:6, 8833:6, 8833:20, 8834:15, 8846:23, 8883:16, 8892:7, 8897:23, 8901:4
**asking** [8] - 8770:24, 8782:19, 8824:21, 8834:25, 8839:12, 8842:15, 8850:10
**asks** [2] - 8753:4, 8766:7
**asleep** [1] - 8828:5
**aspect** [1] - 8903:3
**aspects** [1] - 8865:12
**assay** [1] - 8895:20
**assembly** [2] - 8732:25, 8736:3
**assess** [1] - 8755:17
**assessing** [1] - 8741:10
**assessments** [2] - 8755:19, 8786:11
**ASSET** [1] - 8725:13
**asset** [1] - 8781:5
**assign** [1] - 8875:3
**associated** [3] - 8739:17, 8760:22, 8876:17
**Association** [1] - 8863:5
**assume** [2] - 8826:4, 8903:14
**assure** [1] - 8853:22
**at** [200] - 8736:15, 8738:4, 8738:9, 8739:17, 8740:14, 8741:5, 8742:17, 8742:24, 8743:3, 8744:16, 8745:10, 8745:21, 8745:24, 8746:8, 8747:6,

8748:2, 8748:10,
8751:7, 8751:9,
8751:19, 8752:5,
8752:14, 8752:19,
8755:22, 8755:23,
8756:1, 8756:2,
8756:5, 8756:6,
8756:12, 8756:13,
8757:12, 8758:13,
8759:11, 8762:22,
8763:16, 8764:8,
8764:15, 8764:18,
8764:22, 8765:11,
8765:15, 8765:19,
8766:4, 8766:10,
8766:23, 8767:2,
8767:3, 8767:5,
8768:4, 8768:7,
8769:5, 8769:11,
8769:20, 8770:11,
8770:21, 8772:1,
8772:2, 8772:7,
8772:23, 8773:15,
8773:16, 8774:1,
8774:17, 8775:20,
8776:17, 8776:24,
8778:8, 8778:9,
8778:12, 8778:17,
8780:3, 8784:20,
8784:22, 8784:23,
8785:6, 8785:22,
8785:24, 8787:22,
8787:24, 8788:25,
8789:22, 8790:9,
8790:11, 8790:12,
8790:17, 8790:21,
8791:3, 8791:12,
8793:13, 8793:17,
8793:18, 8794:7,
8796:14, 8797:23,
8797:24, 8798:23,
8799:10, 8800:6,
8802:18, 8805:3,
8805:16, 8805:17,
8805:21, 8806:15,
8808:9, 8808:22,
8809:4, 8809:9,
8809:15, 8809:25,
8810:13, 8814:7,
8814:18, 8814:23,
8815:20, 8816:6,
8816:9, 8817:7,
8817:21, 8818:9,
8818:13, 8818:22,
8819:8, 8819:15,
8820:19, 8821:20,
8822:12, 8823:24,
8826:5, 8827:4,
8828:5, 8829:22,
8831:25, 8832:23,
8834:16, 8835:5,

8839:25, 8840:19,
8841:6, 8841:25,
8843:1, 8843:2,
8843:14, 8844:1,
8844:22, 8845:22,
8846:1, 8848:6,
8849:10, 8849:13,
8849:19, 8849:20,
8849:22, 8850:2,
8850:5, 8852:11,
8853:13, 8854:4,
8856:19, 8857:3,
8858:17, 8858:21,
8862:14, 8863:3,
8864:8, 8864:10,
8864:12, 8865:4,
8865:23, 8866:6,
8866:13, 8869:4,
8870:6, 8871:22,
8872:5, 8874:7,
8875:2, 8875:3,
8875:13, 8875:16,
8876:4, 8880:21,
8880:22, 8882:8,
8883:4, 8887:1,
8887:19, 8890:16,
8891:7, 8892:1,
8892:16, 8892:18,
8895:1, 8895:19,
8900:12, 8901:16,
8903:16

**attached** [6] -
8751:25, 8768:4,
8768:9, 8769:23,
8777:14, 8878:25

**Attached** [1] -
8767:12

**attachment** [1] -
8892:16

**attempted** [1] -
8746:8

**attempting** [1] -
8848:20

**attendance** [2] -
8757:9, 8857:9

**attended** [2] -
8856:23, 8857:11

**attending** [1] -
8857:1

**attention** [4] -
8776:16, 8842:20,
8845:16, 8850:15

**attitude** [1] - 8888:23

**ATTORNEY** [4] -
8728:6, 8728:7,
8728:12, 8728:14

**Audit** [2] - 8777:3,
8847:20

**audit** [65] - 8775:8,
8775:14, 8775:18,

8775:24, 8775:25,
8776:8, 8776:10,
8776:12, 8776:14,
8776:21, 8777:17,
8843:21, 8843:25,
8844:22, 8845:7,
8845:17, 8846:17,
8847:2, 8847:10,
8847:16, 8847:24,
8857:14, 8858:1,
8858:23, 8859:2,
8859:15, 8859:20,
8860:2, 8860:6,
8860:7, 8860:14,
8860:17, 8861:4,
8861:8, 8861:12,
8861:19, 8861:23,
8862:3, 8862:10,
8862:12, 8862:15,
8862:25, 8865:7,
8866:25, 8867:4,
8867:7, 8867:11,
8868:3, 8868:14,
8872:18, 8874:19,
8875:6, 8876:10,
8877:2, 8877:12,
8877:15, 8879:17,
8880:17, 8880:25

**audited** [2] -
8843:25, 8858:11

**auditing** [1] -
8860:21

**auditor** [1] - 8844:7

**auditor's** [1] -
8844:18

**auditors** [14] -
8844:4, 8857:19,
8858:1, 8858:22,
8861:18, 8862:21,
8863:10, 8863:14,
8863:19, 8863:24,
8865:23, 8873:16,
8878:18

**audits** [11] - 8775:2,
8775:6, 8844:12,
8844:13, 8856:5,
8857:16, 8858:4,
8859:23, 8860:1,
8860:11

**authority** [17] -
8748:8, 8748:14,
8748:20, 8750:19,
8751:21, 8752:18,
8755:7, 8759:8,
8825:12, 8825:22,
8826:2, 8826:6,
8845:16, 8864:10,
8864:16, 8864:24,
8873:12

**auto** [11] - 8747:20,

8747:23, 8748:15,
8748:16, 8749:6,
8749:7, 8749:12,
8749:20, 8750:6,
8750:10, 8750:20

**auto-fill** [11] -
8747:20, 8747:23,
8748:15, 8748:16,
8749:6, 8749:7,
8749:12, 8749:20,
8750:6, 8750:10,
8750:20

**available** [2] -
8809:12, 8887:1

**AVENUE** [5] -
8726:7, 8727:12,
8728:8, 8729:2,
8729:18

**avoid** [3] - 8779:14,
8784:2, 8784:5

**avoiding** [1] -
8831:10

**awaiting** [2] -
8768:2, 8777:14

**aware** [17] - 8747:9,
8747:14, 8784:21,
8822:18, 8830:12,
8830:22, 8835:22,
8845:18, 8881:24,
8881:25, 8884:5,
8884:7, 8891:20,
8891:25, 8897:16,
8897:20, 8897:22

**awareness** [1] -
8888:22

**away** [5] - 8762:2,
8823:10, 8887:22,
8888:22, 8901:11

# B

**B** [2] - 8792:8
**back** [49] - 8735:21,
8736:23, 8738:9,
8738:21, 8742:8,
8743:23, 8745:21,
8753:14, 8754:8,
8754:14, 8754:21,
8759:6, 8764:16,
8765:4, 8773:23,
8776:14, 8787:21,
8789:17, 8789:24,
8794:5, 8795:7,
8796:9, 8798:2,
8798:10, 8798:16,
8798:18, 8802:21,
8809:21, 8811:12,
8812:22, 8816:11,
8817:14, 8817:23,
8819:15, 8830:13,

8841:20, 8844:1,
8845:3, 8846:17,
8847:2, 8847:4,
8861:17, 8863:19,
8872:20, 8873:9,
8873:19, 8874:23,
8875:7, 8897:6

**background** [1] -
8787:21

**ball** [2] - 8742:3,
8742:4

**BARBIER** [1] -
8725:22

**barge** [2] - 8864:9,
8864:15

**barrels** [5] - 8735:5,
8735:25, 8754:21,
8828:8

**barriers** [1] - 8750:24

**base** [9] - 8766:5,
8766:9, 8768:12,
8768:18, 8770:16,
8770:20, 8770:24,
8771:9, 8893:20

**based** [26] - 8738:2,
8739:8, 8747:4,
8747:9, 8749:16,
8754:19, 8759:15,
8767:12, 8777:23,
8778:3, 8794:5,
8799:18, 8803:23,
8813:1, 8813:3,
8813:14, 8814:6,
8814:7, 8814:18,
8814:23, 8831:20,
8840:14, 8841:8,
8841:15, 8848:21,
8873:15

**bases** [2] - 8841:7,
8841:15

**basic** [1] - 8835:24

**basically** [3] -
8789:23, 8792:3,
8873:8

**basics** [2] - 8779:8,
8779:10

**basis** [4] - 8799:20,
8878:11, 8879:21,
8903:4

**BATON** [2] - 8727:3,
8728:15

**be** [124] - 8733:3,
8735:20, 8738:10,
8738:11, 8739:14,
8740:2, 8740:17,
8742:1, 8742:5,
8744:18, 8745:14,
8746:1, 8747:20,
8748:11, 8748:24,
8750:16, 8751:21,

8752:3, 8752:7, 8752:15, 8752:22, 8753:15, 8755:7, 8755:10, 8755:17, 8755:20, 8755:25, 8757:2, 8757:4, 8757:19, 8757:22, 8760:15, 8762:18, 8763:7, 8764:7, 8764:20, 8765:11, 8766:1, 8766:2, 8766:11, 8767:4, 8767:16, 8767:24, 8768:2, 8768:15, 8768:24, 8769:15, 8775:11, 8776:1, 8786:8, 8791:18, 8791:20, 8791:21, 8791:25, 8792:3, 8794:9, 8794:20, 8794:24, 8797:19, 8803:21, 8806:25, 8811:9, 8813:22, 8814:9, 8814:19, 8822:5, 8822:14, 8825:2, 8825:23, 8826:4, 8826:19, 8827:12, 8827:13, 8827:15, 8829:1, 8830:3, 8831:8, 8838:2, 8840:17, 8842:4, 8846:13, 8847:23, 8848:14, 8853:7, 8853:18, 8854:4, 8854:5, 8855:18, 8859:11, 8860:1, 8860:17, 8860:20, 8862:12, 8866:19, 8867:1, 8868:18, 8870:11, 8871:8, 8871:9, 8871:24, 8872:2, 8872:3, 8873:9, 8874:4, 8874:15, 8875:21, 8876:6, 8876:12, 8877:15, 8877:21, 8881:4, 8881:11, 8881:19, 8885:10, 8885:13, 8887:3, 8895:19, 8896:17, 8901:5, 8903:5

**BEACH** [1] - 8726:15
**bearing** [3] - 8747:21, 8748:1, 8849:4
**beat** [1] - 8873:25
**became** [1] - 8797:9
**because** [46] - 8733:23, 8738:9,

8738:10, 8739:1, 8739:13, 8741:20, 8744:4, 8744:13, 8744:23, 8749:12, 8750:13, 8750:22, 8753:13, 8757:14, 8758:18, 8764:5, 8771:8, 8776:3, 8778:14, 8794:3, 8796:19, 8797:19, 8803:24, 8804:4, 8810:23, 8811:22, 8814:2, 8815:11, 8825:3, 8828:5, 8829:15, 8832:8, 8838:10, 8841:17, 8846:6, 8846:19, 8849:18, 8860:23, 8865:16, 8871:16, 8872:13, 8882:19, 8885:15, 8886:1, 8902:19, 8902:25
**become** [1] - 8885:15
**bed** [2] - 8902:14, 8903:7
**been** [41] - 8737:22, 8743:6, 8743:25, 8751:1, 8754:9, 8756:14, 8759:7, 8768:17, 8768:19, 8771:8, 8774:13, 8774:24, 8794:7, 8794:25, 8797:16, 8806:15, 8813:13, 8814:5, 8817:13, 8826:17, 8826:18, 8833:7, 8842:13, 8845:18, 8848:15, 8848:19, 8859:12, 8859:16, 8859:21, 8861:24, 8863:16, 8867:6, 8869:3, 8879:14, 8880:9, 8881:13, 8886:3, 8886:25, 8887:4, 8898:15, 8901:12
**before** [62] - 8732:13, 8733:21, 8736:20, 8738:3, 8738:7, 8744:24, 8746:16, 8746:17, 8747:18, 8758:16, 8763:18, 8769:7, 8771:1, 8771:3, 8773:5, 8774:10, 8777:20, 8786:17, 8787:22, 8794:8, 8796:6, 8797:13, 8799:24, 8805:10, 8805:23, 8809:1,

8811:25, 8812:1, 8812:6, 8812:7, 8819:17, 8819:18, 8820:20, 8820:23, 8821:1, 8821:2, 8821:22, 8821:23, 8826:24, 8827:9, 8831:17, 8831:21, 8831:23, 8833:2, 8833:20, 8835:19, 8836:10, 8836:13, 8836:17, 8840:11, 8846:14, 8846:16, 8855:12, 8863:21, 8864:1, 8881:19, 8887:6, 8889:2, 8891:21, 8892:23
**BEFORE** [1] - 8725:22
**began** [1] - 8805:4
**begin** [3] - 8732:13, 8732:14, 8811:5
**beginning** [6] - 8809:10, 8812:10, 8818:5, 8831:25, 8832:24, 8843:2
**behalf** [2] - 8732:8, 8843:11
**behind** [1] - 8870:2
**being** [33] - 8756:8, 8756:21, 8777:25, 8778:6, 8788:20, 8795:4, 8800:25, 8801:13, 8805:19, 8813:8, 8815:8, 8821:18, 8841:9, 8841:16, 8841:17, 8842:5, 8848:9, 8859:13, 8859:16, 8862:16, 8862:21, 8867:14, 8867:17, 8867:19, 8867:21, 8867:23, 8867:25, 8871:14, 8872:12, 8877:8, 8877:9, 8882:2, 8900:23
**believe** [24] - 8739:7, 8739:11, 8739:24, 8743:3, 8743:12, 8747:7, 8759:14, 8759:18, 8772:23, 8773:7, 8773:14, 8773:17, 8783:16, 8788:6, 8813:1, 8820:17, 8823:14, 8849:10, 8876:16, 8876:18, 8876:20, 8876:21, 8878:9, 8888:6
**believed** [4] -

8743:13, 8743:16, 8757:18, 8886:8
**believes** [1] - 8886:14
**Bellow** [2] - 8887:10, 8887:13
**below** [14] - 8755:1, 8755:4, 8765:8, 8766:1, 8766:2, 8767:15, 8818:22, 8846:2, 8864:4, 8869:21, 8872:8, 8874:13, 8879:13, 8888:3
**BEN** [1] - 8728:4
**Bernard** [2] - 8901:24
**Bertone** [1] - 8878:5
**best** [11] - 8739:7, 8759:14, 8773:7, 8773:11, 8825:24, 8845:19, 8851:17, 8852:25, 8890:15, 8890:16, 8904:8
**better** [8] - 8752:15, 8752:16, 8753:15, 8788:23, 8796:3, 8808:13, 8886:18, 8887:7
**between** [4] - 8791:25, 8831:2, 8883:5, 8899:23
**big** [6] - 8780:9, 8827:11, 8827:13, 8833:19, 8838:16, 8838:18
**biggest** [1] - 8801:24
**bilges** [1] - 8876:7
**bill** [4] - 8854:19, 8854:25, 8855:3, 8855:14
**bit** [2] - 8741:4, 8807:4
**bits** [1] - 8849:8
**biweekly** [1] - 8879:21
**blanket** [1] - 8833:19
**bled** [1] - 8897:14
**bleed** [3] - 8740:16, 8897:6, 8898:25
**blindly** [1] - 8799:20
**block** [2] - 8881:3, 8881:8
**blow** [2] - 8780:24, 8855:7
**blown** [1] - 8744:2
**blowout** [19] - 8739:25, 8773:18, 8782:18, 8783:5, 8783:6, 8783:10,

8783:14, 8783:24, 8787:22, 8796:6, 8806:16, 8808:10, 8822:2, 8822:9, 8822:10, 8831:22, 8836:10, 8836:13, 8836:17
**blue** [3] - 8869:21, 8869:23, 8869:25
**Bly** [13] - 8784:22, 8784:23, 8808:23, 8809:1, 8809:17, 8823:19, 8884:13, 8884:23, 8885:14, 8885:19, 8886:4, 8886:8, 8898:20
**board** [1] - 8876:10
**Bob** [2] - 8737:15, 8740:11
**BOCKIUS** [1] - 8730:9
**Bodek** [1] - 8888:21
**Boderhamer** [1] - 8891:13
**bond** [31] - 8751:5, 8751:6, 8751:9, 8751:11, 8751:13, 8751:19, 8752:3, 8752:7, 8755:8, 8755:10, 8755:12, 8755:17, 8755:20, 8755:23, 8756:2, 8756:6, 8756:9, 8757:10, 8757:14, 8757:17, 8757:19, 8757:20, 8757:21, 8757:22, 8759:6, 8759:9, 8759:12, 8759:16, 8759:20, 8786:2, 8793:12
**bonnets** [3] - 8882:3, 8882:5, 8882:10
**books** [1] - 8836:11
**BOP** [11] - 8735:7, 8735:17, 8736:2, 8736:4, 8736:9, 8736:16, 8773:21, 8853:19, 8882:22, 8882:23, 8883:4
**bore** [1] - 8882:2
**boss** [16] - 8796:15, 8797:9, 8797:13, 8797:14, 8797:24, 8798:3, 8800:12, 8804:15, 8804:16, 8808:17, 8811:12, 8817:4, 8817:16, 8845:6, 8846:7, 8846:8
**Both** [1] - 8881:3

**both** [14] - 8780:15, 8792:21, 8794:7, 8856:18, 8864:19, 8881:8, 8883:9, 8884:2, 8884:5, 8889:22, 8890:12, 8890:19, 8892:11, 8894:9

**bother** [2] - 8817:22, 8817:23

**bottom** [23] - 8733:17, 8736:8, 8736:15, 8736:19, 8737:2, 8738:14, 8738:19, 8739:5, 8770:12, 8770:17, 8770:24, 8787:23, 8790:12, 8798:10, 8817:16, 8850:15, 8850:18, 8862:15, 8875:3, 8883:1, 8887:19, 8893:20

**bottoms** [27] - 8732:14, 8732:16, 8734:7, 8734:8, 8734:10, 8734:23, 8735:1, 8735:6, 8735:16, 8735:18, 8735:20, 8736:1, 8736:23, 8737:2, 8737:6, 8737:8, 8737:23, 8738:3, 8738:5, 8738:25, 8739:9, 8739:12, 8739:18, 8739:22, 8739:25, 8761:5

**bottoms-up** [25] - 8732:14, 8732:16, 8734:7, 8734:8, 8734:10, 8734:23, 8735:6, 8735:16, 8735:18, 8735:20, 8736:1, 8736:23, 8737:2, 8737:6, 8737:8, 8737:23, 8738:3, 8738:5, 8738:25, 8739:9, 8739:12, 8739:18, 8739:22, 8739:25

**bottoms-up"** [1] - 8735:1

**BOULEVARD** [1] - 8727:5

**BOUNDS** [1] - 8726:8

**box** [3] - 8850:15, 8850:22, 8864:2

**BOX** [4] - 8726:4, 8727:18, 8727:23, 8728:15

**BP** [61] - 8725:15, 8728:20, 8728:21, 8728:22, 8732:8, 8732:17, 8745:3, 8748:22, 8755:7, 8760:15, 8775:7, 8776:3, 8777:5, 8779:22, 8784:20, 8785:25, 8786:13, 8786:18, 8786:23, 8788:17, 8797:19, 8799:22, 8800:10, 8811:8, 8824:23, 8831:5, 8831:9, 8833:10, 8833:14, 8843:25, 8844:1, 8844:10, 8844:22, 8845:3, 8847:16, 8849:22, 8849:23, 8853:13, 8857:10, 8857:14, 8858:5, 8858:22, 8859:3, 8860:10, 8862:11, 8872:21, 8873:18, 8882:8, 8883:24, 8884:11, 8885:14, 8889:14, 8890:22, 8893:15, 8894:18, 8895:10, 8897:16, 8897:17, 8897:20, 8900:11, 8901:16

**BP's** [26] - 8747:19, 8749:10, 8749:15, 8750:18, 8780:19, 8781:24, 8788:17, 8829:23, 8835:23, 8837:19, 8841:8, 8841:15, 8842:13, 8842:21, 8847:20, 8851:15, 8853:3, 8858:8, 8864:24, 8872:23, 8878:18, 8884:17, 8886:9, 8890:15, 8892:10

**BRAD** [1] - 8729:17

**Brad** [1] - 8851:11

**BRANCH** [3] - 8727:11, 8727:20, 8728:2

**break** [3] - 8739:5, 8806:19, 8806:21

**BREIT** [2] - 8726:14, 8726:14

**BRENNAN** [1] - 8729:13

**Brett** [12] - 8757:13, 8775:19, 8776:1, 8780:1, 8821:16, 8845:25, 8846:17, 8847:1, 8860:19,

8861:14, 8873:22, 8900:17

**Brett's** [1] - 8847:6

**Brian** [11] - 8731:13, 8740:14, 8740:20, 8742:14, 8762:6, 8794:14, 8851:11, 8857:10, 8896:18, 8898:20, 8900:17

**BRIAN** [71] - 8729:17, 8851:9, 8853:1, 8853:2, 8854:16, 8854:18, 8855:7, 8855:8, 8855:16, 8855:17, 8856:3, 8856:4, 8857:23, 8857:24, 8858:25, 8859:1, 8859:24, 8859:25, 8861:1, 8861:2, 8861:21, 8861:22, 8862:8, 8862:9, 8865:3, 8865:5, 8867:2, 8867:3, 8867:9, 8867:10, 8880:23, 8880:24, 8885:21, 8885:23, 8886:12, 8886:13, 8886:20, 8886:21, 8887:8, 8887:9, 8888:12, 8888:13, 8888:19, 8888:20, 8889:4, 8889:5, 8889:17, 8889:18, 8891:7, 8891:8, 8892:20, 8892:21, 8893:4, 8893:5, 8894:2, 8894:3, 8895:13, 8895:14, 8896:22, 8896:23, 8898:17, 8898:18, 8898:22, 8898:23, 8900:15, 8900:16, 8901:1, 8901:2, 8902:16, 8903:6, 8903:12

**Brian's** [1] - 8794:8

**briefly** [2] - 8775:23, 8843:18

**bring** [3] - 8735:20, 8816:1, 8845:16

**BROCK** [1] - 8729:2

**brought** [5] - 8771:1, 8772:17, 8772:18, 8776:16, 8857:15

**brown** [1] - 8761:12

**Bryan** [1] - 8740:20

**BTB** [1] - 8855:22

**buddy** [1] - 8798:24

**budget** [1] - 8778:15

**build** [1] - 8752:11

**building** [2] - 8819:11, 8819:23

**BUILDING** [1] - 8726:12

**bullet** [2] - 8769:3, 8782:2

**Bullock** [1] - 8891:18

**bump** [2] - 8756:4, 8756:10

**bumped** [1] - 8736:1

**bunch** [5] - 8777:22, 8787:3, 8803:6, 8841:5, 8847:14

**BURLING** [1] - 8729:1

**bus** [2] - 8846:2, 8846:15

**bushing** [2] - 8754:17, 8754:18

**business** [7] - 8739:4, 8758:24, 8799:5, 8799:7, 8799:8, 8851:17, 8852:25

**busy** [2] - 8817:22, 8818:2

**but** [113] - 8733:10, 8733:23, 8734:13, 8735:15, 8738:10, 8740:21, 8742:20, 8745:1, 8745:23, 8755:15, 8756:13, 8757:3, 8760:4, 8761:5, 8761:12, 8762:9, 8762:25, 8765:6, 8765:7, 8771:8, 8772:18, 8774:10, 8774:24, 8780:10, 8780:14, 8783:9, 8783:13, 8783:16, 8785:8, 8785:20, 8786:16, 8787:19, 8788:13, 8795:4, 8796:5, 8796:18, 8797:11, 8798:17, 8801:15, 8801:22, 8806:3, 8806:5, 8808:7, 8809:15, 8810:14, 8811:4, 8813:1, 8813:5, 8813:7, 8813:21, 8814:14, 8814:19, 8814:22, 8816:16, 8817:25, 8821:24, 8826:8, 8826:12, 8828:1, 8829:22, 8833:9, 8833:19, 8834:4, 8834:17, 8837:13,

8838:16, 8839:5, 8839:10, 8839:18, 8840:5, 8840:21, 8840:22, 8841:2, 8841:18, 8842:9, 8845:19, 8846:23, 8847:2, 8847:6, 8847:11, 8847:15, 8848:11, 8849:14, 8850:14, 8855:12, 8860:23, 8863:9, 8865:10, 8866:19, 8868:21, 8871:4, 8871:10, 8872:2, 8873:12, 8874:1, 8874:20, 8881:20, 8884:23, 8885:11, 8886:17, 8887:6, 8889:2, 8891:23, 8892:8, 8895:3, 8895:18, 8895:21, 8895:22, 8899:7, 8899:20, 8900:22, 8901:10

**by** [61] - 8731:7, 8731:9, 8731:11, 8731:13, 8732:21, 8734:25, 8735:5, 8735:16, 8735:23, 8739:12, 8739:25, 8742:19, 8743:19, 8744:14, 8744:15, 8750:18, 8750:20, 8751:1, 8751:24, 8752:17, 8759:7, 8759:8, 8759:12, 8759:18, 8760:17, 8761:3, 8765:13, 8775:6, 8779:6, 8792:8, 8809:23, 8811:8, 8813:3, 8813:10, 8814:6, 8815:12, 8820:5, 8820:15, 8827:7, 8829:9, 8842:16, 8842:25, 8847:16, 8848:21, 8854:4, 8858:22, 8861:23, 8862:21, 8863:4, 8870:7, 8874:4, 8878:4, 8880:18, 8881:22, 8883:17, 8884:13, 8892:10, 8898:16, 8898:19

**BY** [104] - 8725:5, 8726:3, 8726:6, 8726:9, 8726:11, 8726:14, 8726:17, 8726:19, 8726:22, 8727:2, 8727:4, 8727:7, 8727:11,

8727:15, 8727:20, 8728:2, 8728:7, 8728:13, 8728:17, 8728:22, 8729:2, 8729:4, 8729:11, 8729:14, 8729:17, 8729:20, 8729:23, 8730:3, 8730:7, 8730:10, 8730:17, 8730:17, 8732:12, 8735:11, 8749:4, 8767:8, 8769:21, 8770:14, 8776:25, 8780:4, 8781:1, 8782:25, 8783:20, 8784:11, 8785:23, 8787:7, 8788:12, 8789:1, 8790:7, 8799:12, 8806:10, 8807:3, 8807:9, 8808:4, 8808:25, 8812:17, 8813:16, 8816:5, 8824:5, 8825:7, 8834:14, 8837:10, 8841:14, 8843:13, 8845:13, 8845:23, 8847:19, 8848:5, 8850:9, 8851:9, 8853:2, 8854:18, 8855:8, 8855:17, 8856:4, 8857:24, 8859:1, 8859:25, 8861:2, 8861:22, 8862:9, 8865:5, 8867:3, 8867:10, 8880:24, 8885:23, 8886:13, 8886:21, 8887:9, 8888:13, 8888:20, 8889:5, 8889:18, 8891:8, 8892:21, 8893:5, 8894:3, 8895:14, 8896:23, 8898:18, 8898:23, 8900:16, 8901:2, 8903:6

## C

**C** [3] - 8729:2, 8730:7, 8730:11
**CA** [2] - 8727:13, 8729:19
**caged** [1] - 8742:3
**calculate** [1] - 8754:18
**calculated** [1] - 8736:15
**calculation** [2] - 8754:25, 8897:5

**CALDWELL** [1] - 8728:13
**calendared** [2] - 8871:3, 8871:8
**call** [54] - 8733:15, 8740:13, 8746:3, 8748:10, 8752:13, 8755:13, 8756:24, 8757:7, 8757:8, 8757:12, 8770:12, 8772:13, 8772:23, 8774:1, 8796:18, 8800:18, 8800:25, 8801:4, 8801:6, 8802:19, 8802:20, 8809:9, 8809:18, 8810:3, 8810:6, 8810:10, 8810:20, 8810:22, 8811:12, 8811:15, 8811:20, 8812:4, 8812:13, 8812:14, 8812:18, 8812:21, 8814:13, 8816:6, 8816:11, 8817:5, 8817:13, 8817:21, 8818:12, 8819:15, 8820:5, 8820:19, 8820:20, 8820:23, 8821:18, 8824:20, 8863:9, 8865:10, 8900:3
**called** [30] - 8733:17, 8734:1, 8740:11, 8740:15, 8740:20, 8741:8, 8741:17, 8742:3, 8744:20, 8766:24, 8809:15, 8809:20, 8811:5, 8811:12, 8811:17, 8811:18, 8812:9, 8816:21, 8817:7, 8817:13, 8817:16, 8818:4, 8818:9, 8819:5, 8819:15, 8820:7, 8833:14, 8862:22, 8899:16, 8899:20
**calling** [12] - 8737:2, 8810:20, 8810:23, 8810:25, 8811:2, 8811:4, 8811:8, 8816:18, 8816:25, 8817:13, 8817:23, 8820:15
**calls** [18] - 8747:4, 8752:9, 8809:16, 8809:23, 8811:21, 8811:23, 8813:6, 8815:23, 8816:16, 8816:18, 8817:19,

8818:3, 8818:8, 8819:7, 8820:16, 8825:5, 8842:23, 8897:23
**came** [12] - 8755:1, 8776:14, 8842:20, 8846:9, 8858:22, 8865:17, 8867:4, 8870:16, 8871:3, 8876:5, 8882:7
**CAMP** [1] - 8728:18
**Can** [1] - 8797:25
**can** [93] - 8733:3, 8733:14, 8735:8, 8735:10, 8735:15, 8738:15, 8738:17, 8738:19, 8738:20, 8739:4, 8739:5, 8740:18, 8742:5, 8744:13, 8744:18, 8745:10, 8746:3, 8747:14, 8747:21, 8747:25, 8748:4, 8748:10, 8750:12, 8752:5, 8752:10, 8752:14, 8753:14, 8754:14, 8760:3, 8760:12, 8760:15, 8761:4, 8761:5, 8762:22, 8762:25, 8763:12, 8763:16, 8764:15, 8767:6, 8768:7, 8769:20, 8770:11, 8770:12, 8772:16, 8773:20, 8775:23, 8779:6, 8782:24, 8785:8, 8788:22, 8792:3, 8793:1, 8798:18, 8803:10, 8804:25, 8805:1, 8808:2, 8813:10, 8815:19, 8816:1, 8825:15, 8825:24, 8826:9, 8827:12, 8827:13, 8827:15, 8831:8, 8841:5, 8841:6, 8845:9, 8845:11, 8845:22, 8845:24, 8847:18, 8848:4, 8848:6, 8849:8, 8850:5, 8855:7, 8867:2, 8868:11, 8872:2, 8872:3, 8872:25, 8874:15, 8875:20, 8877:20, 8878:16, 8879:13, 8888:3, 8888:22
**can't** [10] - 8741:12, 8783:13, 8793:1,

8796:2, 8800:15, 8803:3, 8825:4, 8826:20, 8881:20, 8898:25
**cannot** [1] - 8798:18
**capable** [2] - 8856:9, 8873:19
**capacity** [1] - 8783:4
**Captain** [3] - 8852:6, 8876:18, 8892:4
**captain** [6] - 8854:13, 8855:10, 8864:19, 8865:19, 8879:15, 8879:20
**care** [1] - 8872:14
**careful** [2] - 8854:9, 8873:20
**carefully** [1] - 8887:25
**CARL** [1] - 8725:22
**Carl** [2] - 8780:25, 8787:6
**CARONDELET** [1] - 8726:17
**CARRIE** [1] - 8729:5
**carried** [1] - 8898:16
**carrying** [1] - 8853:15
**case** [17] - 8735:3, 8735:22, 8740:17, 8748:21, 8749:12, 8749:20, 8751:1, 8756:14, 8764:5, 8765:9, 8773:22, 8773:25, 8826:4, 8845:19, 8849:9, 8867:6, 8880:4
**CASE** [2] - 8725:12, 8725:14
**cases** [1] - 8887:21
**casing** [40] - 8733:12, 8734:4, 8734:20, 8735:2, 8735:4, 8735:22, 8736:20, 8738:14, 8738:19, 8738:21, 8739:3, 8739:4, 8740:10, 8740:16, 8742:6, 8743:23, 8744:17, 8746:20, 8749:8, 8750:7, 8750:9, 8754:12, 8754:18, 8757:3, 8758:17, 8761:25, 8763:8, 8767:22, 8795:11, 8822:25, 8825:8, 8848:3, 8848:7, 8848:10, 8849:1, 8850:3, 8850:7, 8850:13,

8850:16
**Cassins** [1] - 8891:13
**catch** [1] - 8829:12
**catching** [4] - 8827:19, 8828:8, 8829:9, 8870:8
**categories** [1] - 8890:2
**caught** [2] - 8828:7, 8886:3
**cause** [11] - 8783:6, 8829:6, 8829:15, 8829:19, 8829:23, 8830:8, 8830:11, 8830:16, 8831:2, 8831:6, 8837:20
**caused** [9] - 8744:10, 8782:18, 8783:4, 8783:10, 8783:14, 8783:17, 8783:24, 8784:3, 8822:7
**causes** [4] - 8829:4, 8829:11, 8829:14, 8830:4
**causing** [2] - 8742:2, 8758:9
**CCR** [3] - 8730:13, 8904:5, 8904:13
**cell** [9] - 8802:20, 8809:21, 8809:23, 8813:10, 8813:12, 8814:10, 8814:13, 8814:14, 8815:9
**cement** [73] - 8734:10, 8734:22, 8735:6, 8735:24, 8735:25, 8736:2, 8736:12, 8737:6, 8737:9, 8737:23, 8738:3, 8738:6, 8738:12, 8738:13, 8738:16, 8739:6, 8739:14, 8740:1, 8744:24, 8751:5, 8751:6, 8751:9, 8751:13, 8751:19, 8752:3, 8752:6, 8753:23, 8754:5, 8754:19, 8754:23, 8754:25, 8755:2, 8755:8, 8755:9, 8755:12, 8755:14, 8755:17, 8755:20, 8755:23, 8755:25, 8756:2, 8756:3, 8756:6, 8756:9, 8756:15, 8756:20, 8757:2, 8757:3,

8757:5, 8757:10,
8757:19, 8759:6,
8759:9, 8759:12,
8759:16, 8759:20,
8764:19, 8764:25,
8766:4, 8767:3,
8767:24, 8770:19,
8773:23, 8786:2,
8786:14, 8786:16,
8823:9, 8848:13,
8893:22, 8901:12,
8902:19, 8902:20
cementing [4] -
8754:2, 8754:4,
8763:8, 8767:22
central [1] - 8814:4
centralizers [3] -
8786:5, 8786:8,
8902:11
CENTRE [1] -
8729:11
CERNICH [1] -
8727:16
certain [9] - 8747:15,
8749:16, 8752:9,
8752:22, 8753:13,
8760:15, 8799:5,
8880:4, 8902:20
certainly [2] -
8865:10, 8896:12
certainty [1] -
8826:24
certificate [1] -
8864:8
Certificate [1] -
8863:24
CERTIFICATE [1] -
8904:3
certificates [2] -
8863:14, 8863:20
Certificates [1] -
8863:15
certify [1] - 8904:7
chain [4] - 8845:12,
8846:11, 8855:5,
8901:3
Chaisson [1] -
8737:18
CHAKERES [1] -
8727:17
challenges [3] -
8758:1, 8758:22,
8758:25
challenging [1] -
8758:14
chance [2] - 8749:8,
8750:22
CHANG [1] - 8727:16
Change [1] - 8848:3
change [10] -

8750:14, 8751:23,
8759:22, 8806:15,
8848:9, 8887:25,
8888:2, 8888:7,
8890:24
changed [6] -
8744:12, 8744:15,
8774:17, 8806:8,
8806:11, 8847:3
changes [7] -
8758:8, 8758:10,
8762:19, 8767:13,
8793:12, 8793:23
changing [2] -
8744:14, 8882:2
channelling [5] -
8756:15, 8756:17,
8756:19, 8756:23,
8757:1
channels [1] -
8756:20
chaos [1] - 8792:14
charge [7] - 8799:17,
8855:10, 8855:13,
8898:5, 8899:2,
8899:4, 8899:11
Charles [2] - 8889:6
chart [6] - 8785:24,
8796:21, 8797:6,
8806:11, 8894:4,
8894:7
CHASE [1] - 8729:21
check [16] - 8740:22,
8742:18, 8742:20,
8745:1, 8746:6,
8769:7, 8769:10,
8769:11, 8769:16,
8771:5, 8772:2,
8772:5, 8772:6,
8863:20, 8871:8,
8875:14
checked [1] -
8863:16
checklist [1] -
8863:9
chemicals [1] -
8901:12
Cheryl [2] - 8835:15,
8835:18
CHICAGO [1] -
8729:6
chief [3] - 8835:8,
8835:12, 8879:15
chip [1] - 8797:18
choice [1] - 8826:15
chronology [1] -
8809:17
circular [1] - 8756:21
circulate [9] -
8733:1, 8733:11,

8738:12, 8739:6,
8739:14, 8741:12,
8743:19, 8747:25,
8764:9
circulated [5] -
8736:3, 8736:5,
8736:20, 8746:24,
8896:18
circulating [13] -
8736:13, 8741:14,
8744:7, 8745:2,
8745:6, 8745:14,
8745:23, 8746:9,
8746:20, 8746:25,
8753:8, 8756:11,
8848:21
circulation [26] -
8733:6, 8736:21,
8736:23, 8738:7,
8738:8, 8738:15,
8738:17, 8739:3,
8739:5, 8740:13,
8741:9, 8741:10,
8741:18, 8743:21,
8744:7, 8744:22,
8749:9, 8750:23,
8753:7, 8756:2,
8756:3, 8848:13,
8848:15, 8903:1,
8903:3
circulations [4] -
8736:21, 8736:25,
8737:1, 8737:4
circumstances [2] -
8749:16, 8752:21
City [1] - 8836:22
CIVIL [3] - 8725:8,
8727:11, 8727:20
clarification [1] -
8873:11
clarify [11] - 8736:17,
8737:4, 8774:11,
8774:19, 8816:2,
8842:15, 8882:13,
8891:24, 8902:13,
8902:17, 8902:18
classification [1] -
8858:21
Clawson [5] -
8740:20, 8740:23,
8742:14, 8742:15,
8742:17
clean [1] - 8733:2
clear [9] - 8741:25,
8742:1, 8748:24,
8774:12, 8813:22,
8814:1, 8814:20,
8855:3, 8903:5
clerk [2] - 8810:19,
8816:15

CLERK [2] -
8806:22, 8903:20
clerks [3] - 8810:8,
8810:17, 8810:18
CLINGMAN [1] -
8729:14
clock [1] - 8870:4
close [15] - 8744:25,
8775:12, 8775:18,
8775:24, 8777:6,
8777:9, 8859:2,
8859:4, 8859:8,
8859:15, 8860:7,
8875:6, 8875:14,
8878:10, 8880:17
Close [1] - 8777:3
closed [12] - 8745:4,
8773:22, 8776:2,
8776:5, 8777:7,
8777:22, 8809:4,
8847:14, 8859:21,
8877:3, 8877:8,
8897:13
closely [1] - 8852:4
closer [1] - 8790:3
closes [1] - 8744:25
closing [6] - 8776:8,
8777:17, 8847:10,
8859:11, 8879:14
clue [1] - 8801:7
CMID [3] - 8862:23,
8863:3, 8863:19
Cocales [15] -
8745:12, 8757:13,
8764:17, 8775:19,
8780:1, 8780:5,
8846:1, 8846:17,
8847:1, 8847:3,
8857:10, 8861:5,
8873:23, 8880:13,
8900:18
Cocales's [1] -
8860:19
code [2] - 8858:12,
8858:14
coequals [2] -
8797:5, 8797:7
cognizant [1] -
8736:8
collaborative [2] -
8787:3, 8874:6
collar [27] - 8740:3,
8740:4, 8740:5,
8740:8, 8740:21,
8740:24, 8741:10,
8741:12, 8741:15,
8741:16, 8742:2,
8742:3, 8742:12,
8742:19, 8742:25,
8743:3, 8743:7,

8743:13, 8743:17,
8744:1, 8744:6,
8745:14, 8747:1,
8747:7, 8747:10,
8747:11, 8747:16
collectively [1] -
8868:11
column [1] - 8750:25
come [7] - 8769:8,
8775:8, 8776:12,
8788:21, 8792:5,
8861:17, 8871:17
comes [2] - 8814:10,
8900:3
comfortable [2] -
8885:15, 8885:25
coming [1] - 8834:3
command [4] -
8846:11, 8855:5,
8865:15, 8865:18
commencing [1] -
8853:9
commendable [3] -
8777:13, 8777:18,
8880:10
comment [3] -
8834:13, 8846:1,
8881:20
commented [1] -
8866:22
comments [3] -
8763:25, 8842:14,
8842:18
COMMERCIAL [1] -
8728:2
commitment [2] -
8851:20, 8852:17
common [8] -
8738:1, 8756:12,
8762:17, 8763:21,
8779:6, 8779:17,
8805:1, 8862:22
communicate [3] -
8789:3, 8789:7,
8877:13
communicated [1] -
8820:15
communicating [1] -
8770:23
communication [6] -
8745:17, 8764:11,
8770:8, 8808:19,
8818:18, 8888:22
communications [1]
- 8887:3
communicative [1] -
8857:5
companies [2] -
8746:18, 8776:18
COMPANY [1] -

8728:22
**company** [4] -
8742:15, 8792:22,
8853:7, 8870:23
**competence** [1] -
8852:14
**competent** [1] -
8853:9
**complacent** [3] -
8886:10, 8886:15,
8886:19
**complain** [1] -
8803:6
**complained** [1] -
8865:18
**COMPLAINT** [1] -
8725:12
**complete** [16] -
8732:16, 8736:21,
8736:23, 8736:25,
8737:4, 8737:8,
8737:22, 8738:3,
8738:5, 8778:14,
8851:20, 8851:25,
8878:7, 8882:23
**completed** [9] -
8767:17, 8777:12,
8838:2, 8859:3,
8872:3, 8879:17,
8880:9, 8880:18,
8901:5
**completely** [1] -
8758:19
**completing** [1] -
8879:2
**completion** [10] -
8751:12, 8751:14,
8751:18, 8752:24,
8756:13, 8765:6,
8781:23, 8833:12,
8878:1, 8880:4
**Completions** [1] -
8832:7
**completions** [2] -
8781:5, 8796:21
**compliance** [6] -
8781:24, 8858:5,
8858:8, 8858:11,
8858:17, 8858:20
**comply** [3] - 8830:7,
8837:19, 8837:20
**component** [2] -
8758:13, 8837:2
**comprehensive** [3] -
8854:9, 8866:22,
8873:20
**compressive** [1] -
8902:21
**compromised** [1] -
8773:15

**compromising** [2] -
8739:11, 8759:18
**COMPUTER** [1] -
8730:17
**computer** [3] -
8831:20, 8834:5,
8834:18
**computer-based** [1]
- 8831:20
**computerized** [4] -
8833:4, 8833:17,
8833:22, 8870:15
**concern** [9] -
8738:22, 8739:2,
8756:23, 8756:24,
8758:23, 8778:17,
8778:21, 8825:15,
8902:7
**concerned** [5] -
8739:1, 8885:24,
8902:9, 8902:20,
8902:22
**concerns** [7] -
8738:24, 8758:7,
8789:7, 8789:10,
8789:18, 8901:17,
8901:25
**conclude** [2] -
8747:11, 8841:6
**concluded** [1] -
8822:9
**CONCLUDED** [1] -
8903:21
**conclusion** [1] -
8785:20
**conclusions** [2] -
8803:16, 8803:19
**concurred** [2] -
8759:6, 8759:15
**concurrently** [1] -
8741:22
**concurring** [1] -
8759:19
**condition** [6] -
8733:1, 8733:11,
8738:22, 8762:1,
8853:8, 8859:20
**conditioning** [21] -
8732:21, 8732:23,
8733:11, 8733:13,
8734:1, 8734:2,
8734:5, 8734:16,
8734:17, 8734:19,
8736:14, 8736:18,
8737:1, 8737:5,
8739:20, 8739:21,
8752:23, 8752:25,
8753:6, 8753:17
**conditions** [12] -
8749:17, 8749:25,

8750:2, 8752:2,
8755:9, 8755:12,
8793:24, 8794:2,
8794:5, 8802:9,
8848:21, 8856:12
**conduct** [11] -
8742:10, 8769:11,
8772:7, 8772:24,
8829:15, 8837:20,
8857:16, 8859:8,
8859:19, 8860:7,
8861:19
**conducted** [15] -
8773:2, 8773:21,
8774:3, 8775:6,
8778:6, 8781:6,
8781:24, 8788:17,
8818:20, 8819:25,
8847:23, 8854:6,
8860:11, 8862:12,
8862:16
**conducting** [4] -
8760:22, 8773:3,
8817:18, 8820:11
**conference** [2] -
8800:17, 8801:4
**confidence** [2] -
8851:20, 8852:14
**confident** [1] -
8888:5
**configuration** [4] -
8735:15, 8761:7,
8761:8, 8761:10
**confirm** [2] - 8755:2,
8859:21
**confirmed** [2] -
8741:23, 8877:24
**confuse** [1] -
8814:25
**confused** [2] -
8808:5, 8855:12
**confusing** [4] -
8814:24, 8834:7,
8834:20, 8834:25
**confusion** [1] -
8867:7
**conjunction** [2] -
8751:16
**connection** [14] -
8745:5, 8751:23,
8756:5, 8771:17,
8775:24, 8776:13,
8778:5, 8778:8,
8789:8, 8813:14,
8883:6, 8884:17,
8887:22, 8899:17
**CONRAD** [1] -
8726:19
**conscientiousness**
[1] - 8852:21

**consequently** [1] -
8767:4
**consider** [3] -
8739:17, 8782:17,
8866:3
**consideration** [1] -
8759:8
**considered** [3] -
8744:3, 8806:5,
8869:6
**considering** [2] -
8887:21, 8887:24
**consisted** [3] -
8779:25, 8836:9,
8836:12
**consistent** [4] -
8789:22, 8846:21,
8855:21, 8874:6
**constitute** [1] -
8836:2
**consultation** [1] -
8818:4
**contact** [3] - 8745:5,
8745:8, 8879:20
**contains** [1] -
8747:15
**content** [1] - 8874:4
**contention** [2] -
8758:6, 8758:8
**context** [1] - 8798:1
**contingency** [1] -
8853:18
**contingent** [2] -
8757:22, 8758:4
**continue** [5] -
8793:5, 8813:15,
8815:18, 8820:16,
8880:17
**continued** [3] -
8824:6, 8827:8,
8880:16
**Continued** [1] -
8731:7
**CONTINUED** [1] -
8732:11
**continuing** [1] -
8732:8
**continuous** [3] -
8741:5, 8860:6,
8883:9
**contract** [2] -
8840:13, 8872:25
**contractor** [4] -
8778:13, 8854:4,
8855:19, 8871:22
**Contractors** [1] -
8863:5
**contrary** [4] -
8799:14, 8804:1,
8804:6, 8876:22

**contributed** [8] -
8782:18, 8783:5,
8783:7, 8783:8,
8783:10, 8783:14,
8783:24, 8884:21
**control** [19] -
8750:15, 8750:20,
8782:6, 8800:8,
8800:13, 8802:4,
8802:7, 8827:6,
8827:23, 8837:21,
8838:2, 8838:4,
8838:21, 8839:11,
8839:20, 8841:8,
8841:16, 8867:17,
8868:10
**controlled** [2] -
8773:21, 8773:23
**conversation** [5] -
8742:14, 8869:12,
8885:11, 8885:12,
8886:6
**conversations** [8] -
8747:5, 8870:11,
8875:23, 8886:25,
8888:1, 8888:6,
8888:15, 8892:3
**conversion** [17] -
8740:8, 8741:15,
8745:15, 8747:10,
8749:6, 8776:22,
8813:14, 8813:23,
8813:24, 8814:2,
8814:15, 8815:3,
8815:12, 8870:2,
8870:14, 8870:15,
8871:6
**conversions** [1] -
8814:23
**convert** [9] -
8738:20, 8740:13,
8740:25, 8741:13,
8742:2, 8742:12,
8743:8, 8747:25,
8748:16
**converted** [14] -
8740:5, 8741:6,
8741:11, 8741:16,
8743:4, 8743:13,
8743:18, 8744:4,
8744:6, 8747:2,
8747:7, 8747:11,
8813:23, 8815:11
**converting** [5] -
8740:4, 8744:1,
8745:6, 8748:14,
8750:20
**converts** [2] -
8742:4, 8813:17
**cooperative** [1] -

8876:22
  **copied** [1] - 8847:15
  **copy** [2] - 8762:25,
8874:11, 8875:21,
8888:25, 8892:12
  **COREY** [1] - 8728:7
  **corner** [2] - 8855:7,
8872:8
  **corners** [1] - 8778:19
  **CORPORATE** [1] -
8726:20
  **corporate** [1] -
8870:4
  **correct** [194] -
8736:17, 8742:13,
8749:19, 8749:22,
8750:16, 8750:22,
8751:6, 8751:8,
8752:1, 8753:5,
8754:10, 8754:13,
8755:3, 8767:17,
8767:18, 8768:22,
8768:25, 8769:1,
8771:14, 8776:23,
8779:8, 8779:11,
8779:15, 8780:1,
8780:2, 8780:12,
8780:20, 8781:6,
8781:21, 8781:22,
8782:13, 8783:24,
8783:25, 8784:5,
8785:16, 8786:2,
8786:3, 8786:5,
8786:6, 8786:8,
8786:9, 8786:12,
8786:15, 8786:24,
8786:25, 8787:2,
8787:9, 8787:13,
8787:14, 8787:17,
8787:19, 8787:25,
8788:3, 8788:6,
8789:15, 8789:19,
8789:20, 8790:1,
8790:15, 8790:23,
8791:3, 8791:16,
8791:20, 8791:22,
8792:9, 8792:10,
8792:13, 8792:18,
8792:19, 8792:23,
8793:14, 8793:15,
8796:10, 8796:12,
8796:15, 8797:3,
8797:10, 8801:9,
8802:17, 8804:15,
8805:12, 8806:6,
8806:7, 8806:13,
8806:14, 8809:19,
8809:23, 8810:4,
8811:6, 8811:7,
8811:10, 8811:16,

8814:12, 8816:7,
8816:11, 8816:19,
8816:20, 8816:21,
8817:2, 8817:3,
8817:8, 8821:21,
8821:25, 8822:4,
8822:5, 8825:3,
8825:13, 8825:16,
8828:17, 8835:7,
8836:18, 8837:23,
8838:4, 8838:10,
8838:13, 8842:10,
8844:2, 8844:3,
8844:5, 8844:8,
8844:9, 8844:13,
8844:16, 8844:17,
8844:18, 8844:24,
8845:1, 8845:4,
8845:5, 8846:11,
8846:12, 8846:25,
8847:17, 8847:24,
8849:2, 8849:3,
8849:5, 8849:12,
8849:15, 8849:16,
8849:21, 8849:23,
8849:25, 8850:3,
8850:23, 8852:19,
8855:22, 8855:25,
8859:14, 8859:18,
8861:10, 8862:6,
8865:12, 8865:13,
8867:15, 8867:17,
8867:19, 8867:21,
8867:23, 8867:25,
8868:4, 8869:1,
8869:9, 8869:24,
8870:17, 8870:21,
8870:24, 8871:3,
8871:9, 8871:20,
8872:3, 8872:15,
8872:16, 8872:18,
8872:19, 8873:2,
8873:10, 8873:16,
8873:17, 8874:21,
8878:12, 8880:5,
8880:19, 8880:20,
8881:11, 8885:2,
8885:5, 8885:8,
8892:24, 8894:7,
8894:25, 8903:8,
8903:9, 8904:7
  **corrected** [2] -
8813:25, 8871:24
  **correction** [1] -
8820:19
  **correctly** [16] -
8783:21, 8785:5,
8805:22, 8827:24,
8828:1, 8830:5,
8831:24, 8845:20,
8846:3, 8848:23,

8851:17, 8879:11,
8879:18, 8879:22,
8888:8, 8888:17
  **correlate** [2] -
8746:2, 8746:22
  **Corser** [4] - 8807:13,
8807:15, 8808:1,
8808:11
  **costs** [2] - 8739:17,
8750:16
  **could** [23] - 8733:7,
8733:24, 8740:2,
8740:24, 8743:19,
8745:22, 8754:22,
8768:1, 8777:20,
8783:23, 8784:9,
8784:13, 8800:20,
8800:22, 8817:21,
8818:12, 8832:25,
8865:4, 8870:8,
8873:9, 8887:2,
8887:7, 8898:11
  **couldn't** [4] -
8733:23, 8738:11,
8820:4, 8847:7
  **counsel** [2] -
8815:12, 8851:15
  **count** [1] - 8868:21
  **counterpart** [4] -
8775:12, 8775:20,
8856:19, 8857:3
  **couple** [18] - 8733:7,
8733:8, 8765:3,
8791:3, 8791:5,
8791:9, 8791:19,
8791:22, 8798:22,
8799:25, 8835:3,
8843:24, 8846:14,
8848:1, 8871:12,
8891:24, 8896:15
  **course** [7] - 8799:7,
8836:10, 8836:16,
8837:5, 8842:6,
8842:12, 8862:3
  **COURT** [44] - 8725:1,
8730:13, 8732:5,
8732:6, 8732:9,
8748:19, 8748:22,
8748:24, 8749:2,
8778:25, 8782:23,
8784:8, 8788:22,
8790:3, 8790:6,
8799:11, 8806:18,
8806:21, 8806:24,
8806:25, 8807:20,
8812:15, 8814:1,
8814:9, 8814:24,
8815:3, 8815:7,
8815:15, 8815:21,
8816:1, 8816:4,

8824:1, 8824:4,
8825:6, 8834:12,
8837:7, 8841:11,
8842:24, 8843:9,
8851:2, 8851:5,
8851:7, 8903:13,
8903:16
  **Court** [11] - 8734:25,
8740:7, 8747:18,
8779:1, 8799:4,
8799:9, 8823:20,
8831:16, 8904:5,
8904:6, 8904:14
  **cover** [4] - 8823:15,
8827:3, 8866:10,
8866:22
  **covering** [3] -
8753:13, 8865:22,
8866:20
  **COVINGTON** [1] -
8729:1
  **CoW** [1] - 8782:5
  **cracked** [1] -
8881:16
  **Cramond** [7] -
8864:22, 8865:6,
8865:9, 8865:14,
8865:17, 8873:6,
8873:16
  **crane** [2] - 8881:3,
8881:20
  **cranes** [2] - 8881:8,
8881:18
  **crazy** [2] - 8803:7,
8821:5
  **created** [4] - 8799:7,
8837:12, 8837:14,
8837:16
  **creation** [3] -
8836:20, 8836:25,
8837:3
  **credit** [2] - 8860:23,
8861:14
  **crew** [25] - 8742:10,
8743:7, 8777:11,
8778:4, 8778:18,
8819:25, 8827:8,
8827:23, 8828:10,
8828:16, 8829:7,
8851:16, 8852:23,
8854:6, 8854:13,
8870:8, 8875:10,
8877:2, 8878:10,
8879:1, 8879:14,
8882:23, 8890:24,
8897:6, 8897:12
  **crew's** [1] - 8884:6
  **criteria** [5] - 8757:15,
8897:9, 8897:18,
8897:19, 8898:25

  **critical** [9] - 8781:14,
8817:18, 8818:19,
8837:1, 8871:23,
8881:19, 8881:21,
8881:23, 8882:19
  **critically** [1] - 8829:1
  **criticize** [3] -
8801:14, 8801:21,
8803:10
  **CROSS** [3] - 8779:3,
8843:12, 8851:8
  **Cross** [3] - 8731:9,
8731:11, 8731:13
  **cross** [4] - 8779:5,
8815:19, 8843:17,
8851:12
  **Cross-Examination**
[3] - 8731:9, 8731:11,
8731:13
  **CROSS-
EXAMINATION** [3] -
8779:3, 8843:12,
8851:8
  **cross-examination**
[3] - 8779:5, 8815:19,
8851:12
  **cross-examine** [1] -
8843:17
  **CRR** [2] - 8730:13,
8904:13
  **culture** [3] - 8825:13,
8855:24
  **Cunningham** [10] -
8731:9, 8779:2,
8806:18, 8807:1,
8813:1, 8814:9,
8815:16, 8883:17,
8897:23, 8899:15
  **CUNNINGHAM** [48] -
8726:8, 8726:9,
8779:1, 8779:4,
8780:3, 8780:4,
8780:24, 8781:1,
8782:25, 8783:18,
8783:20, 8784:11,
8785:22, 8785:23,
8787:5, 8787:7,
8788:10, 8788:12,
8788:24, 8789:1,
8790:7, 8799:12,
8806:9, 8806:10,
8806:20, 8807:2,
8807:3, 8807:8,
8807:9, 8807:21,
8807:25, 8808:4,
8808:22, 8808:25,
8812:17, 8813:10,
8813:16, 8814:12,
8815:18, 8816:5,
8824:2, 8824:5,

8825:7, 8834:14,
8837:10, 8841:14,
8842:25, 8843:8
**Cunningham's** [1] -
8884:9
**current** [1] - 8767:13
**currently** [2] -
8766:11, 8771:7
**customary** [1] -
8756:9
**cut** [2] - 8778:19,
8902:16
**cutting** [3] - 8733:25,
8750:13, 8900:23

# D

**D** [3] - 8728:13,
8729:17, 8731:1
**D&C** [4] - 8833:12,
8833:16, 8833:19,
8886:24
**D-2220** [3] - 8780:3,
8785:22, 8806:9
**D-3281A** [1] - 8792:4
**D-3283A** [1] -
8809:17
**D-3283B** [1] -
8811:14
**D-3283C** [1] -
8812:24
**D-3284** [1] - 8843:1
**D-46** [1] - 8752:10
**D-4800** [1] - 8894:2
**D-4940** [3] - 8735:10,
8735:14, 8761:4
**D-6588** [1] - 8854:17
**dad's** [1] - 8839:25
**DALLAS** [1] - 8730:5
**damaged** [1] -
8744:2
**dampers** [1] - 8880:5
**DANIEL** [1] - 8728:2
**darn** [1] - 8852:23
**data** [8] - 8738:9,
8740:21, 8840:6,
8840:10, 8841:16,
8887:1, 8887:25,
8888:16
**database** [2] -
8837:22
**date** [8] - 8782:15,
8796:10, 8831:21,
8848:8, 8850:13,
8863:16, 8871:2,
8878:1
**dated** [6] - 8777:1,
8875:17, 8878:21,
8879:6, 8892:11,

8893:6
**dates** [3] - 8832:18,
8846:19, 8846:20
**daughters** [1] -
8801:2
**DAUPHIN** [1] -
8726:9
**David** [7] - 8759:4,
8796:14, 8799:16,
8810:25, 8821:15,
8886:22, 8886:23
**David's** [1] - 8795:8
**day** [14] - 8734:6,
8734:14, 8743:17,
8783:3, 8790:9,
8790:10, 8790:20,
8795:1, 8870:5,
8871:15, 8883:25,
8897:24, 8903:4
**DAY** [1] - 8725:20
**day-to-day** [1] -
8903:4
**daylight** [1] -
8813:20
**days** [22] - 8733:7,
8733:8, 8765:3,
8787:22, 8790:9,
8790:13, 8790:20,
8791:21, 8796:6,
8797:25, 8806:15,
8836:10, 8836:13,
8836:16, 8861:19,
8869:6, 8870:6,
8883:2, 8887:1,
8891:21, 8893:9,
8893:15
**DC** [4] - 8727:18,
8727:23, 8728:4,
8729:3
**deadlines** [1] -
8859:5
**deal** [4] - 8815:19,
8831:6, 8874:21,
8903:4
**dealing** [1] - 8901:4
**dealt** [3] - 8770:2,
8815:22, 8876:12
**DEANNA** [1] -
8727:16
**Debate** [1] - 8824:6
**debrief** [1] - 8840:21
**debriefing** [1] -
8847:23
**debris** [5] - 8740:17,
8740:18, 8742:1,
8742:8
**December** [1] -
8875:17
**decide** [4] - 8738:5,
8755:22, 8815:16,

8872:24
**decided** [8] -
8733:10, 8736:7,
8739:21, 8742:11,
8744:16, 8787:9,
8792:3, 8902:12
**decision** [43] -
8733:5, 8737:7,
8737:11, 8738:25,
8739:9, 8751:5,
8751:19, 8751:25,
8752:2, 8752:5,
8752:17, 8752:18,
8752:21, 8753:20,
8755:15, 8755:16,
8756:6, 8757:14,
8759:7, 8759:16,
8759:19, 8778:9,
8786:1, 8787:1,
8787:16, 8787:19,
8794:5, 8794:6,
8798:19, 8799:19,
8800:16, 8803:10,
8845:3, 8872:20,
8872:21, 8873:15,
8895:18, 8895:19,
8895:20, 8896:1,
8896:3, 8896:5
**decisions** [2] -
8752:22, 8803:23
**decisions/
inferences** [1] -
8887:2
**deck** [3] - 8881:3,
8881:8, 8881:18
**declined** [1] -
8846:24
**decreased** [1] -
8751:2
**dedication** [1] -
8900:14
**deem** [1] - 8733:2
**deep** [12] - 8738:4,
8739:2, 8749:7,
8749:13, 8750:5,
8760:4, 8760:24,
8771:9, 8839:3,
8839:5, 8839:8
**deeper** [2] - 8769:2,
8769:18
**DEEPWATER** [3] -
8725:5, 8729:9,
8729:10
**Deepwater** [34] -
8742:25, 8774:3,
8774:13, 8774:14,
8774:24, 8775:7,
8777:3, 8779:15,
8779:15, 8779:22,
8780:15, 8781:18,

8785:25, 8789:8,
8789:11, 8820:21,
8828:17, 8843:5,
8845:18, 8846:15,
8853:22, 8854:22,
8860:10, 8861:3,
8861:9, 8864:19,
8866:4, 8872:25,
8879:10, 8881:24,
8882:11, 8883:6,
8883:10, 8891:21
**deepwater** [5] -
8735:2, 8737:25,
8760:6, 8794:20,
8851:16
**defensive** [1] -
8803:9
**defer** [2] - 8865:14,
8872:2
**deficient** [1] -
8844:23
**definitely** [4] -
8826:8, 8839:6,
8886:17, 8886:18
**definition** [3] -
8735:18, 8735:19,
8804:25
**DEGRAVELLES** [3] -
8727:1, 8727:2
**delegate** [2] -
8847:17, 8847:23
**DELEMARRE** [1] -
8727:21
**delete** [1] - 8875:21
**deliver** [1] - 8781:5
**delivering** [1] -
8902:6
**delivery** [2] - 8781:8,
8855:22
**demanding** [1] -
8803:5
**demonstrative** [6] -
8735:8, 8735:14,
8752:9, 8753:13,
8761:5, 8766:12
**DENISE** [1] -
8730:10
**deny** [2] - 8824:23,
8828:3
**department** [2] -
8776:3, 8835:21
**DEPARTMENT** [4] -
8727:10, 8727:14,
8727:19, 8728:1
**departments** [1] -
8877:21
**departure** [3] -
8767:15, 8768:15,
8768:17
**Departure** [1] -

8769:2
**dependent** [2] -
8749:11, 8754:22
**depending** [2] -
8754:25, 8813:20
**depends** [1] -
8828:24
**deposition** [29] -
8783:18, 8787:4,
8788:5, 8788:8,
8788:16, 8790:8,
8790:9, 8790:11,
8793:10, 8793:16,
8807:8, 8807:19,
8807:20, 8807:21,
8809:21, 8810:9,
8810:12, 8813:2,
8813:7, 8813:8,
8813:11, 8814:7,
8814:22, 8815:12,
8831:24, 8834:24,
8835:6, 8843:14
**depth** [3] - 8761:14,
8765:19, 8768:24
**DEPUTY** [2] -
8806:22, 8903:20
**describe** [4] -
8740:7, 8775:23,
8780:6, 8864:3
**describing** [1] -
8896:19
**deserve** [1] -
8818:17
**designated** [4] -
8853:6, 8853:12,
8853:13, 8853:21
**designed** [3] -
8746:19, 8773:12,
8831:10
**despite** [4] -
8793:17, 8840:9,
8895:24
**detailed** [1] -
8767:23
**detection** [3] -
8828:14, 8886:14,
8887:16
**deteriorated** [1] -
8733:15
**determinations** [1] -
8871:23
**determine** [4] -
8743:21, 8756:1,
8829:4, 8830:3
**determined** [3] -
8786:4, 8786:7,
8830:11
**determining** [2] -
8897:9, 8897:19
**develop** [1] - 8859:4

**developed** [2] - 8741:1, 8863:4
**developing** [1] - 8896:8
**development** [4] - 8759:24, 8762:3, 8762:7, 8762:10
**developments** [1] - 8776:2
**devising** [1] - 8894:12
**Dewey** [1] - 8852:5
**DEXTER** [1] - 8728:8
**did** [347] - 8734:5, 8734:7, 8734:10, 8734:13, 8734:19, 8734:21, 8734:22, 8734:24, 8734:25, 8735:16, 8736:6, 8736:17, 8736:25, 8737:4, 8737:5, 8737:6, 8738:5, 8738:15, 8738:16, 8738:18, 8738:24, 8739:7, 8739:11, 8739:17, 8739:20, 8739:21, 8739:24, 8741:18, 8742:17, 8742:24, 8743:3, 8743:20, 8744:7, 8744:9, 8744:10, 8744:12, 8745:1, 8745:5, 8745:7, 8745:8, 8746:8, 8746:25, 8747:6, 8747:10, 8747:13, 8748:2, 8748:3, 8752:2, 8752:4, 8752:18, 8753:1, 8753:2, 8753:9, 8753:11, 8753:18, 8753:19, 8753:20, 8753:22, 8753:23, 8753:25, 8754:1, 8754:3, 8754:4, 8754:6, 8754:11, 8756:3, 8756:4, 8756:15, 8757:18, 8759:2, 8759:14, 8759:17, 8759:18, 8760:9, 8762:7, 8762:11, 8762:13, 8762:14, 8762:16, 8764:9, 8764:10, 8764:11, 8764:14, 8764:20, 8765:19, 8765:21, 8766:23, 8766:25, 8767:9, 8767:11, 8768:4, 8768:6, 8768:15,

8768:17, 8769:14, 8769:17, 8769:19, 8770:7, 8771:15, 8771:16, 8771:17, 8771:20, 8772:23, 8773:7, 8773:10, 8773:11, 8773:13, 8773:14, 8773:17, 8774:1, 8774:6, 8774:9, 8776:10, 8776:11, 8776:12, 8776:14, 8776:19, 8777:16, 8778:2, 8778:9, 8778:11, 8778:12, 8778:17, 8778:21, 8782:18, 8783:4, 8783:6, 8783:14, 8783:16, 8783:23, 8785:3, 8785:18, 8786:18, 8788:1, 8788:2, 8789:2, 8789:6, 8789:24, 8791:7, 8794:1, 8796:4, 8798:3, 8799:14, 8799:15, 8799:16, 8800:2, 8800:7, 8800:9, 8800:12, 8800:17, 8801:1, 8801:16, 8802:5, 8802:12, 8802:15, 8804:2, 8804:11, 8806:3, 8808:12, 8808:15, 8809:9, 8809:16, 8809:25, 8810:3, 8810:4, 8810:13, 8810:19, 8811:14, 8811:17, 8811:20, 8812:9, 8812:18, 8812:20, 8816:9, 8816:13, 8817:5, 8817:10, 8817:12, 8818:3, 8818:5, 8818:6, 8819:5, 8819:8, 8819:10, 8819:25, 8820:3, 8821:5, 8823:5, 8823:20, 8825:2, 8827:23, 8829:4, 8829:6, 8829:15, 8829:16, 8829:17, 8829:18, 8829:19, 8829:20, 8829:21, 8830:4, 8830:6, 8830:9, 8830:10, 8830:11, 8830:18, 8830:20, 8831:19, 8831:21, 8831:23, 8832:22, 8833:9, 8833:18, 8834:24, 8835:11,

8835:14, 8837:19, 8838:6, 8838:7, 8839:6, 8839:10, 8839:17, 8839:20, 8839:23, 8839:24, 8840:2, 8840:4, 8840:10, 8840:16, 8842:4, 8842:7, 8842:12, 8842:19, 8843:3, 8845:20, 8846:3, 8846:4, 8846:5, 8846:6, 8848:23, 8848:24, 8849:10, 8851:17, 8851:19, 8852:12, 8852:13, 8852:15, 8852:16, 8852:18, 8852:21, 8854:8, 8854:24, 8855:9, 8856:22, 8856:23, 8857:8, 8857:11, 8857:22, 8859:23, 8860:5, 8863:12, 8863:24, 8864:21, 8865:14, 8865:19, 8868:16, 8870:1, 8870:13, 8871:11, 8874:12, 8875:8, 8875:12, 8875:15, 8876:20, 8877:19, 8877:25, 8878:9, 8878:11, 8879:3, 8879:10, 8879:17, 8879:19, 8879:22, 8880:13, 8880:14, 8881:16, 8882:9, 8882:14, 8882:18, 8882:19, 8882:21, 8883:12, 8884:10, 8884:11, 8884:12, 8886:8, 8887:17, 8887:18, 8888:8, 8888:9, 8888:17, 8888:18, 8888:25, 8890:7, 8890:11, 8890:13, 8891:4, 8892:3, 8892:17, 8893:1, 8893:3, 8893:22, 8895:18, 8896:1, 8896:3, 8896:5, 8896:14, 8896:19, 8897:5, 8897:7, 8897:8, 8897:9, 8897:10, 8897:11, 8897:12, 8897:14, 8897:15, 8897:18, 8898:24, 8899:18, 8899:19, 8901:16, 8901:18, 8901:19, 8901:20, 8901:21, 8901:25,

8902:3, 8902:24, 8903:10
**didn't** [151] - 8734:13, 8741:13, 8747:3, 8785:4, 8785:18, 8788:3, 8790:9, 8791:6, 8794:16, 8796:19, 8797:9, 8797:12, 8797:16, 8797:17, 8797:18, 8797:21, 8797:22, 8798:2, 8798:11, 8798:21, 8799:14, 8800:2, 8800:14, 8802:11, 8802:14, 8804:24, 8806:8, 8807:7, 8808:12, 8808:15, 8809:15, 8810:2, 8810:9, 8811:19, 8811:22, 8816:15, 8817:1, 8817:4, 8817:15, 8817:19, 8817:21, 8817:22, 8817:24, 8819:6, 8821:3, 8821:7, 8823:1, 8823:2, 8823:3, 8823:22, 8824:11, 8824:13, 8826:14, 8827:1, 8828:6, 8828:8, 8829:12, 8830:7, 8830:8, 8830:9, 8830:19, 8835:5, 8836:10, 8836:13, 8836:18, 8838:8, 8838:9, 8838:10, 8838:12, 8838:23, 8838:25, 8839:16, 8839:19, 8839:22, 8839:25, 8840:10, 8840:11, 8840:22, 8840:25, 8851:21, 8852:1, 8852:6, 8852:23, 8854:7, 8854:23, 8855:1, 8855:11, 8855:14, 8856:13, 8856:16, 8857:1, 8857:7, 8857:16, 8857:21, 8858:12, 8859:15, 8860:4, 8863:11, 8864:13, 8864:20, 8866:1, 8866:6, 8866:11, 8866:14, 8866:16, 8866:23, 8868:15, 8873:12, 8874:11, 8875:7, 8875:10, 8875:14, 8876:2, 8876:16, 8877:18, 8877:24,

8882:8, 8882:12, 8882:19, 8883:10, 8884:2, 8885:10, 8885:18, 8889:23, 8890:6, 8890:10, 8890:12, 8890:20, 8891:23, 8892:6, 8892:18, 8892:19, 8894:20, 8895:7, 8895:22, 8896:25, 8899:6, 8900:13, 8901:14, 8902:2, 8902:3, 8902:5, 8902:12, 8902:13, 8903:1, 8903:4, 8903:8, 8903:11
**die** [1] - 8784:18
**difference** [9] - 8754:22, 8780:8, 8780:9, 8813:19, 8813:21, 8815:14, 8815:15, 8815:17, 8815:25
**different** [30] - 8735:15, 8744:13, 8758:20, 8771:6, 8771:8, 8774:18, 8774:25, 8775:2, 8776:18, 8784:2, 8784:5, 8784:10, 8805:7, 8815:5, 8823:18, 8826:21, 8833:8, 8833:18, 8834:8, 8834:20, 8834:22, 8834:25, 8841:5, 8848:11, 8883:16, 8889:3, 8900:10
**differential** [8] - 8742:23, 8761:21, 8761:23, 8766:14, 8766:15, 8771:12, 8773:4, 8899:23
**differently** [1] - 8753:14
**difficult** [2] - 8885:16, 8886:1
**difficulties** [2] - 8741:9, 8741:18
**DIRECT** [1] - 8732:11
**Direct** [1] - 8731:7
**direct** [10] - 8732:8, 8781:11, 8788:2, 8788:17, 8796:4, 8796:9, 8831:13, 8843:21, 8848:7, 8850:14
**direction** [1] - 8825:21

**directly** [1] - 8852:11
**director** [1] - 8845:15
**disagree** [1] - 8843:7
**disappointed** [4] - 8827:17, 8828:4, 8886:24, 8887:5
**disaster** [6] - 8779:14, 8779:20, 8784:2, 8784:5, 8784:13, 8836:20
**disasters** [1] - 8831:11
**disconnect** [2] - 8853:18, 8866:14
**discuss** [9] - 8762:3, 8774:2, 8775:10, 8800:1, 8808:14, 8809:10, 8809:12, 8810:1, 8821:11
**discussed** [12] - 8755:13, 8757:10, 8764:24, 8783:2, 8796:4, 8800:3, 8800:4, 8826:22, 8842:5, 8882:2, 8882:7, 8899:22
**discussing** [1] - 8732:15
**discussion** [16] - 8741:22, 8755:6, 8756:14, 8757:6, 8757:7, 8757:8, 8759:4, 8759:11, 8772:13, 8772:16, 8774:6, 8799:17, 8867:6, 8869:3, 8895:21, 8895:22
**Discussion** [1] - 8818:23
**discussions** [3] - 8740:4, 8762:9, 8819:8
**disgustedly** [1] - 8800:15
**dislodge** [1] - 8740:18
**dislodged** [1] - 8742:9
**dispensation** [12] - 8748:8, 8748:13, 8748:16, 8749:5, 8749:24, 8750:1, 8750:18, 8751:4, 8755:5, 8765:22, 8765:23, 8767:4
**dispensations** [3] - 8749:13, 8749:17, 8755:7
**displace** [7] -

8764:18, 8764:25, 8765:2, 8766:3, 8768:23, 8770:17, 8893:21
**displaced** [2] - 8766:6, 8766:19
**displacement** [12] - 8766:10, 8769:9, 8769:12, 8770:20, 8771:2, 8771:4, 8771:21, 8771:23, 8772:4, 8772:7, 8897:13
**displacement/plug** [1] - 8767:16
**displacing** [3] - 8763:18, 8773:2, 8892:23
**dispute** [1] - 8861:25
**dissatisfied** [1] - 8900:11
**distribution** [1] - 8865:4
**DISTRICT** [3] - 8725:1, 8725:2, 8725:23
**District** [2] - 8904:6
**diverter** [2] - 8744:20, 8745:3
**DIVISION** [3] - 8727:11, 8727:14, 8727:20
**docked** [1] - 8861:16
**document** [13] - 8799:2, 8805:15, 8849:23, 8853:4, 8854:19, 8856:5, 8856:6, 8857:25, 8862:23, 8863:3, 8869:15, 8877:5
**DOCUMENT** [2] - 8725:11, 8785:13
**Document** [1] - 8799:4
**documentation** [2] - 8863:15, 8863:20
**documented** [3] - 8838:3, 8848:9, 8854:5
**documents** [8] - 8780:20, 8799:5, 8799:6, 8799:25, 8832:14, 8837:15, 8841:2, 8876:23
**does** [30] - 8733:13, 8741:14, 8742:1, 8743:21, 8750:14, 8754:15, 8757:16, 8764:19, 8772:9, 8773:3, 8773:6,

8781:25, 8793:24, 8795:12, 8795:13, 8795:20, 8799:13, 8829:12, 8855:22, 8863:23, 8868:6, 8868:8, 8868:19, 8868:20, 8886:3, 8887:15, 8889:12, 8889:13, 8889:25, 8892:18
**doesn't** [4] - 8771:9, 8878:2, 8895:18, 8901:7
**doing** [20] - 8734:16, 8734:19, 8736:12, 8736:13, 8737:5, 8738:6, 8739:12, 8764:5, 8767:4, 8772:12, 8794:25, 8822:10, 8822:15, 8830:16, 8831:6, 8833:15, 8861:15, 8878:14, 8895:19
**dolly** [1] - 8877:10
**DOMENGEAUX** [1] - 8726:3
**Don** [3] - 8737:15, 8758:20, 8890:23
**DON** [1] - 8728:22
**don't** [105] - 8740:2, 8742:7, 8750:9, 8757:3, 8757:4, 8758:17, 8772:17, 8783:6, 8783:11, 8783:16, 8784:3, 8784:9, 8785:20, 8788:7, 8788:10, 8790:10, 8792:2, 8794:23, 8795:2, 8795:4, 8796:18, 8799:14, 8800:19, 8800:22, 8800:23, 8801:15, 8801:22, 8803:7, 8803:9, 8803:18, 8807:23, 8808:7, 8808:11, 8808:16, 8809:20, 8810:11, 8810:14, 8811:21, 8811:22, 8811:24, 8812:25, 8813:5, 8814:1, 8815:13, 8815:15, 8816:16, 8818:20, 8821:17, 8821:18, 8821:19, 8822:6, 8823:14, 8824:14, 8825:18, 8826:2, 8826:15, 8828:1, 8829:13, 8829:14, 8829:22, 8832:12,

8834:9, 8835:4, 8835:10, 8835:14, 8835:15, 8836:1, 8836:3, 8836:14, 8837:1, 8839:5, 8839:9, 8839:14, 8839:18, 8841:3, 8841:12, 8846:19, 8847:6, 8847:13, 8847:15, 8850:25, 8861:20, 8864:22, 8865:10, 8869:20, 8871:4, 8871:10, 8874:20, 8874:22, 8884:23, 8885:19, 8886:6, 8886:19, 8893:25, 8895:2, 8896:12, 8899:7, 8899:12, 8899:13, 8899:14
**DONALD** [1] - 8730:3
**done** [27] - 8733:25, 8745:6, 8771:5, 8772:11, 8772:12, 8774:10, 8783:9, 8784:2, 8784:5, 8784:9, 8804:4, 8804:8, 8854:10, 8858:4, 8859:16, 8860:17, 8862:6, 8871:8, 8871:9, 8871:14, 8872:2, 8878:11, 8881:11, 8887:7, 8900:7, 8901:6
**doors** [1] - 8879:16
**double** [4] - 8740:22, 8742:18, 8742:20, 8746:6
**double-check** [1] - 8746:6
**doubt** [1] - 8747:1
**DOUGLAS** [1] - 8728:17
**down** [37] - 8735:19, 8735:20, 8735:24, 8736:22, 8736:24, 8738:20, 8743:23, 8746:6, 8750:10, 8753:3, 8754:11, 8754:24, 8758:12, 8763:19, 8765:22, 8768:23, 8770:21, 8772:1, 8772:2, 8772:5, 8773:2, 8776:5, 8781:13, 8782:2, 8785:7, 8807:17, 8826:2, 8826:13, 8832:21,

8842:21, 8848:12, 8851:17, 8874:13, 8878:16, 8879:13, 8883:19
**downhole** [2] - 8733:21, 8744:2
**DOYEN** [1] - 8729:17
**Doyle** [4] - 8745:9, 8745:11, 8745:17, 8746:8
**draft** [2] - 8764:12, 8799:2
**drafting** [2] - 8760:1, 8762:17
**drafts** [4] - 8762:11, 8762:14, 8762:18, 8762:21
**drank** [1] - 8883:19
**Drell** [3] - 8901:23, 8901:24
**DRESCHER** [1] - 8726:14
**drill** [12] - 8732:24, 8735:4, 8735:23, 8736:19, 8744:17, 8763:19, 8763:20, 8764:7, 8818:13, 8827:8, 8887:22, 8899:23
**driller** [1] - 8828:13
**DRILLING** [1] - 8729:9
**drilling** [59] - 8732:17, 8732:25, 8733:9, 8733:19, 8733:20, 8733:25, 8737:25, 8745:25, 8746:16, 8746:20, 8749:10, 8750:24, 8750:25, 8762:24, 8765:6, 8774:21, 8776:4, 8778:4, 8780:7, 8780:10, 8781:5, 8781:23, 8794:20, 8796:21, 8797:2, 8805:14, 8806:12, 8822:19, 8823:12, 8824:12, 8824:23, 8825:19, 8825:23, 8826:2, 8826:7, 8830:1, 8833:12, 8838:8, 8844:15, 8848:17, 8851:16, 8852:23, 8853:3, 8853:9, 8853:16, 8856:5, 8856:9, 8858:15, 8861:3, 8861:10, 8867:17, 8868:10, 8871:22, 8885:16,

8886:1, 8894:6,
8894:12, 8896:7,
8900:3
**Drilling** [3] -
8747:19, 8832:7,
8847:20
**drills** [5] - 8854:3,
8854:4, 8854:7,
8854:9, 8897:16
**DRIVE** [1] - 8726:20
**Drive** [2] - 8854:3,
8877:9
**driving** [1] - 8803:7
**drop** [1] - 8742:6
**dry** [1] - 8861:16
**dry-docked** [1] -
8861:16
**dual** [1] - 8865:18
**due** [1] - 8870:2
**duplicated** [1] -
8776:20
**duplicates** [1] -
8776:22
**duplication** [1] -
8776:13
**duplications** [1] -
8870:7
**during** [28] -
8743:17, 8751:11,
8751:14, 8754:5,
8756:13, 8765:5,
8791:2, 8796:9,
8800:17, 8800:25,
8801:4, 8801:6,
8806:13, 8812:10,
8818:4, 8819:7,
8822:14, 8832:19,
8836:12, 8848:13,
8849:14, 8860:10,
8862:3, 8864:18,
8870:2, 8871:5,
8883:5, 8897:6
**duties** [2] - 8780:18,
8783:1
**duty** [1] - 8861:9
**DW** [2] - 8846:2,
8879:1
**DWOP** [21] -
8747:15, 8747:19,
8747:22, 8749:10,
8749:14, 8749:15,
8749:24, 8751:2,
8782:7, 8829:23,
8836:2, 8836:9,
8837:5, 8837:8,
8837:11, 8837:12,
8837:13, 8837:14,
8837:21, 8837:24
**DWOPs** [1] - 8835:23
**dynamically** [1] -

8853:16
**dysfunctional** [2] -
8779:18, 8843:4

---

# E

**e** [85] - 8745:11,
8768:10, 8770:12,
8770:13, 8771:1,
8777:1, 8787:22,
8787:24, 8788:3,
8789:3, 8789:15,
8789:17, 8789:23,
8791:3, 8791:5,
8791:9, 8791:14,
8791:19, 8791:21,
8791:22, 8791:25,
8792:2, 8795:4,
8795:6, 8795:8,
8795:21, 8795:24,
8796:11, 8797:23,
8798:9, 8798:10,
8798:12, 8798:20,
8798:21, 8798:24,
8799:2, 8799:13,
8814:3, 8821:2,
8826:23, 8841:21,
8842:1, 8842:3,
8842:4, 8842:18,
8845:7, 8845:9,
8845:11, 8845:12,
8845:24, 8847:6,
8869:15, 8869:23,
8873:3, 8873:22,
8874:11, 8875:16,
8876:2, 8878:17,
8878:20, 8878:24,
8879:5, 8879:25,
8880:8, 8886:22,
8887:6, 8887:10,
8888:14, 8888:21,
8889:1, 8889:6,
8889:9, 8892:10,
8892:11, 8893:6,
8893:9, 8893:15,
8893:19, 8900:17,
8900:20, 8901:14
**e-mailed** [1] - 8845:7
**e-mails** [9] - 8791:3,
8791:5, 8791:9,
8791:14, 8791:19,
8791:22, 8792:2,
8796:11, 8814:3
**e.g** [1] - 8877:9
**each** [4] - 8785:6,
8785:12, 8841:25,
8872:14
**Earl** [1] - 8883:24
**earlier** [23] - 8733:8,
8742:21, 8743:12,
8751:23, 8759:25,
8774:11, 8787:24,
8797:23, 8797:24,
8798:5, 8798:12,
8821:12, 8825:12,
8827:4, 8833:6,
8840:13, 8841:22,
8860:12, 8869:12,
8880:8, 8894:15,
8894:20, 8900:20
**early** [1] - 8733:10,
8746:19, 8848:14,
8848:16, 8848:18

8795:6, 8795:8,
8795:21, 8795:24,
8796:11, 8797:23,
8798:9, 8798:10,
8798:12, 8798:20,
8798:21, 8798:24,
8799:2, 8799:13,
8821:2, 8826:23,
8841:21, 8842:1,
8842:3, 8842:4,
8842:18, 8845:9,
8845:11, 8845:12,
8845:24, 8847:6,
8869:15, 8869:23,
8873:3, 8873:22,
8874:11, 8875:16,
8876:2, 8878:17,
8878:20, 8878:24,
8879:5, 8879:25,
8880:8, 8886:22,
8887:6, 8887:10,
8888:14, 8888:21,
8889:1, 8889:6,
8889:9, 8892:10,
8892:11, 8893:6,
8893:9, 8893:15,
8893:19, 8900:17,
8900:20, 8901:14
**e-mailed** [1] - 8845:7
**e-mails** [9] - 8791:3,
8791:5, 8791:9,
8791:14, 8791:19,
8791:22, 8792:2,
8796:11, 8814:3
**e.g** [1] - 8877:9
**each** [4] - 8785:6,
8785:12, 8841:25,
8872:14
**Earl** [1] - 8883:24
**earlier** [23] - 8733:8,
8742:21, 8743:12,
8751:23, 8759:25,
8774:11, 8787:24,
8797:23, 8797:24,
8798:5, 8798:12,
8821:12, 8825:12,
8827:4, 8833:6,
8840:13, 8841:22,
8860:12, 8869:12,
8880:8, 8894:15,
8894:20, 8900:20
**early** [1] - 8733:10,
8746:19, 8848:14,
8848:16, 8848:18

**EDWARDS** [1] -
8726:3
**EE** [1] - 8889:22
**effect** [6] - 8738:24,
8750:11, 8791:16,
8796:6, 8797:11,
8806:15
**effective** [1] - 8866:5
**efficient** [1] - 8874:2
**effort** [1] - 8787:3
**eight** [8] - 8784:23,
8784:25, 8785:1,
8785:9, 8817:7,
8825:11, 8883:2,
8903:17
**either** [11] - 8793:2,
8793:6, 8809:9,
8811:15, 8813:19,
8820:14, 8830:20,
8853:12, 8859:16,
8872:13, 8885:13
**elapsed** [1] -
8815:22
**elements** [1] -
8864:4
**eliminates** [2] -
8750:8, 8750:11
**ELIZABETH** [1] -
8728:3
**ELLIS** [1] - 8729:4
**ELM** [1] - 8730:5
**ELMO** [2] - 8752:14,
8788:22
**else** [12] - 8774:7,
8778:15, 8778:19,
8785:4, 8785:18,
8794:10, 8800:17,
8803:9, 8842:1,
8842:11, 8842:16,
8854:13
**else's** [5] - 8786:18,
8786:23, 8801:14,
8801:19, 8869:23
**emergency** [12] -
8853:17, 8854:6,
8854:14, 8855:5,
8855:9, 8864:13,
8865:21, 8866:4,
8866:5, 8866:9,
8866:14, 8866:20
**EMPAC** [2] - 8870:3,
8870:15
**enables** [2] - 8750:7,
8750:25
**end** [13] - 8752:11,
8755:23, 8769:11,
8770:21, 8772:1,
8772:2, 8772:7,
8788:16, 8792:5,
8800:25, 8815:20,

8818:5, 8828:20
**ENERGY** [2] -
8729:11, 8730:2
**ENFORCEMENT** [1]
- 8727:15
**engineer** [21] -
8745:11, 8774:22,
8780:6, 8780:7,
8780:10, 8796:17,
8797:3, 8822:19,
8823:12, 8824:13,
8824:23, 8825:20,
8825:23, 8826:2,
8826:7, 8835:8,
8835:12, 8862:11,
8896:7
**engineer's** [1] -
8786:10
**engineering** [28] -
8739:7, 8748:8,
8748:13, 8748:14,
8748:19, 8750:19,
8751:21, 8752:18,
8755:6, 8755:19,
8757:14, 8759:8,
8759:14, 8773:8,
8782:7, 8792:11,
8795:9, 8795:11,
8797:2, 8805:14,
8806:1, 8806:2,
8806:4, 8845:16,
8857:9, 8894:6,
8894:9, 8902:24
**engineering-
related** [1] - 8795:11
**engineers** [23] -
8748:5, 8748:7,
8763:14, 8763:24,
8778:4, 8786:13,
8786:18, 8786:23,
8787:8, 8794:21,
8803:6, 8805:5,
8805:11, 8805:24,
8805:25, 8806:6,
8806:12, 8856:25,
8857:12, 8894:6,
8894:12, 8900:3,
8902:23
**English** [1] - 8805:1
**enhanced** [1] -
8750:16
**enhancing** [1] -
8750:20
**enlarge** [1] - 8865:4
**enough** [13] - 8737:7,
8901:7
**ensued** [1] - 8818:23
**Ensure** [1] - 8769:2
**ensure** [7] - 8762:25,
8769:3, 8769:15,

8781:23, 8861:9, 8862:16, 8888:15

**ensuring** [2] - 8855:20, 8856:9

**enter** [8] - 8837:21, 8838:6, 8838:21, 8839:6, 8839:16, 8839:20, 8839:23, 8840:10

**entire** [2] - 8749:10, 8828:23

**entirety** [1] - 8831:19

**entitled** [1] - 8904:9

**entries** [1] - 8850:17

**entry** [3] - 8808:23, 8869:4, 8875:2

**ENVIRONMENT** [1] - 8727:14

**environmental** [4] - 8781:9, 8781:18, 8867:23, 8868:11

**ENVIRONMENTAL** [1] - 8727:15

**equipment** [21] - 8738:20, 8747:20, 8747:24, 8748:15, 8748:17, 8749:6, 8749:21, 8749:23, 8750:6, 8750:10, 8758:19, 8763:1, 8763:4, 8763:7, 8763:13, 8793:12, 8844:15, 8853:7, 8857:20, 8862:4

**especially** [1] - 8840:19

**ESQ** [49] - 8726:3, 8726:6, 8726:9, 8726:11, 8726:14, 8726:17, 8726:19, 8726:22, 8727:2, 8727:4, 8727:7, 8727:11, 8727:15, 8727:16, 8727:16, 8727:17, 8727:17, 8727:20, 8727:21, 8727:21, 8727:22, 8727:22, 8728:2, 8728:3, 8728:3, 8728:7, 8728:8, 8728:17, 8728:17, 8728:22, 8729:2, 8729:4, 8729:5, 8729:5, 8729:11, 8729:14, 8729:14, 8729:17, 8729:17, 8729:18, 8729:20, 8729:23, 8730:3, 8730:3, 8730:4, 8730:7, 8730:10,

8730:10, 8730:11

**essentially** [2] - 8860:6, 8871:16

**establish** [3] - 8738:15, 8738:17, 8740:13

**established** [4] - 8743:20, 8744:6, 8862:18, 8899:15

**establishing** [3] - 8741:9, 8741:10, 8741:18

**estimate** [3] - 8733:22, 8754:22, 8755:1

**estimated** [1] - 8754:25

**estimates** [1] - 8848:14

**ET** [2] - 8725:13, 8725:16

**et** [1] - 8895:16

**ETPs** [4] - 8782:7, 8835:23, 8836:2, 8858:5

**evaluate** [2] - 8746:25, 8873:19

**evaluating** [1] - 8887:16

**even** [20] - 8733:5, 8733:7, 8740:2, 8742:7, 8757:15, 8757:21, 8758:16, 8767:23, 8777:19, 8777:22, 8794:4, 8798:20, 8804:5, 8812:6, 8814:25, 8835:11, 8865:16, 8894:23, 8902:3, 8902:13

**evening** [4] - 8743:16, 8774:2, 8808:19, 8811:9

**event** [19] - 8757:22, 8827:7, 8827:22, 8830:11, 8830:23, 8831:3, 8837:3, 8838:21, 8848:17, 8848:19, 8855:5, 8855:9, 8866:5, 8884:2, 8884:17, 8884:22, 8885:17, 8886:3, 8891:22

**events** [8] - 8831:7, 8840:7, 8840:17, 8841:7, 8841:17, 8848:16, 8887:20

**ever** [9] - 8778:9, 8778:17, 8778:21, 8784:20, 8800:7,

8801:10, 8801:12, 8830:11, 8901:16

**every** [13] - 8750:1, 8769:7, 8783:12, 8783:22, 8794:25, 8798:19, 8857:2, 8859:12, 8871:15, 8872:14, 8876:12, 8882:22

**everybody** [3] - 8821:24, 8828:24, 8855:4

**everyone** [7] - 8762:25, 8771:6, 8800:17, 8802:21, 8806:25, 8852:14, 8854:13

**everyone's** [1] - 8803:22

**everything** [13] - 8782:17, 8782:22, 8783:4, 8783:9, 8801:13, 8801:14, 8801:16, 8801:18, 8801:21, 8801:22, 8842:3, 8876:6

**evidence** [4] - 8823:16, 8824:1, 8824:3, 8895:15

**evident** [1] - 8877:7

**exact** [9] - 8809:20, 8836:14, 8839:18, 8874:22, 8884:23, 8885:11, 8886:17, 8899:8, 8899:9

**exactly** [10] - 8766:16, 8772:17, 8788:7, 8795:14, 8810:4, 8828:1, 8843:4, 8861:20, 8885:19, 8899:12

**Examination** [4] - 8731:7, 8731:9, 8731:11, 8731:13

**EXAMINATION** [4] - 8732:11, 8779:3, 8843:12, 8851:8

**examination** [7] - 8732:8, 8779:5, 8788:2, 8788:17, 8815:19, 8843:2, 8851:12

**examine** [1] - 8843:17

**examined** [1] - 8788:18

**example** [10] - 8783:1, 8784:22, 8785:24, 8796:11, 8814:17, 8842:4,

8863:13, 8865:22, 8866:21, 8880:3

**exceeded** [3] - 8848:16, 8848:18, 8890:19

**exceeds** [1] - 8890:1

**excellent** [1] - 8764:5

**except** [2] - 8799:15, 8876:6

**exception** [1] - 8799:8

**excess** [2] - 8742:25, 8869:6

**excessive** [2] - 8869:6, 8870:1

**exclusively** [1] - 8872:20

**excuse** [4] - 8736:14, 8780:22, 8812:7, 8901:12

**execution** [1] - 8808:20

**executives** [1] - 8811:9

**Exhibit** [14] - 8745:10, 8780:18, 8785:7, 8796:20, 8797:23, 8805:15, 8807:25, 8808:22, 8823:15, 8827:3, 8829:22, 8830:13, 8837:24, 8839:1

**exhibit** [2] - 8793:18, 8816:6

**exist** [4] - 8749:17, 8794:10, 8865:22, 8866:20

**existed** [3] - 8842:18, 8872:14, 8894:4

**exists** [1] - 8813:4

**expect** [3] - 8746:1, 8786:20, 8870:8

**expectations** [4] - 8877:13, 8890:1, 8890:19, 8892:2

**expected** [3] - 8897:5, 8897:6, 8897:13

**experience** [13] - 8738:2, 8739:8, 8743:6, 8747:9, 8749:23, 8751:13, 8755:16, 8756:8, 8759:15, 8759:25, 8762:17, 8778:3, 8871:13

**experienced** [3] - 8842:1, 8842:2,

8871:5

**experiences** [1] - 8755:18

**expert** [1] - 8865:10

**experts** [3] - 8800:8, 8800:13, 8865:16

**explain** [5] - 8734:25, 8735:16, 8747:21, 8748:4, 8871:11

**explained** [4] - 8788:2, 8798:13, 8834:11, 8870:25

**explanation** [4] - 8735:9, 8788:5, 8801:8, 8872:12

**explodes** [1] - 8784:17

**EXPLORATION** [2] - 8725:15, 8728:20

**exploration** [3] - 8797:4, 8835:9, 8835:13

**exploring** [1] - 8792:21

**explosion** [5] - 8826:18, 8843:5, 8865:22, 8866:10, 8866:21

**express** [3] - 8747:6, 8757:18, 8778:17

**expressed** [2] - 8741:17, 8758:3

**extensive** [1] - 8775:8

**extraordinary** [10] - 8732:21, 8732:22, 8733:10, 8734:1, 8734:2, 8734:14, 8736:18, 8737:1, 8739:20, 8752:25

**Ezell** [3] - 8852:5, 8876:18

## F

**F** [1] - 8732:3

**facility** [1] - 8866:11

**fact** [18] - 8735:6, 8738:1, 8738:23, 8739:21, 8743:19, 8747:11, 8772:18, 8772:20, 8783:12, 8798:2, 8799:18, 8817:4, 8827:24, 8835:11, 8838:20, 8860:17, 8872:23, 8880:16

**fact-based** [1] -

8799:18
**factored** [1] - 8756:7
**factors** [1] - 8756:5
**factory** [1] - 8871:16
**facts** [3] - 8799:18,
8799:21, 8803:23
**failed** [6] - 8758:7,
8783:9, 8783:11,
8784:12, 8830:7,
8837:20
**fair** [2] - 8737:7,
8846:13
**fairly** [1] - 8874:15
**faith** [1] - 8902:25
**falling** [1] - 8870:2
**false** [1] - 8876:20
**familiar** [10] -
8780:18, 8784:24,
8785:1, 8832:1,
8832:6, 8832:8,
8853:4, 8854:19,
8856:5, 8860:15
**family** [1] - 8800:24
**fan** [1] - 8801:24
**FANNIN** [1] -
8729:15
**far** [1] - 8902:22
**fashion** [1] - 8828:21
**fast** [1] - 8740:16
**fault** [3] - 8746:5,
8801:14, 8801:19
**favorable** [1] -
8880:16
**Fe** [2] - 8776:17,
8870:20
**February** [4] -
8777:20, 8839:16,
8847:11, 8847:14
**feedback** [3] -
8763:17, 8763:22,
8847:9
**feel** [2] - 8759:2,
8799:21
**feet** [17] - 8764:18,
8765:1, 8765:2,
8765:11, 8765:16,
8765:23, 8766:1,
8766:2, 8766:4,
8766:10, 8767:3,
8767:5, 8767:15,
8819:24, 8825:8,
8825:10, 8895:17
**fell** [1] - 8828:5
**felt** [5] - 8829:7,
8854:12, 8874:7,
8883:9, 8885:6
**few** [4] - 8800:16,
8815:21, 8840:5,
8887:1
**few-second** [1] -

8800:16
**fifth** [1] - 8867:23
**fight** [1] - 8798:18
**fighting** [1] - 8801:3
**figure** [1] - 8842:17
**file** [2] - 8878:25,
8884:10
**filed** [1] - 8799:4
**fill** [12] - 8747:20,
8747:23, 8748:15,
8748:16, 8749:6,
8749:7, 8749:12,
8749:20, 8750:6,
8750:7, 8750:10,
8750:20
**final** [3] - 8734:22,
8761:8, 8859:4
**finalized** [1] -
8762:19
**finalizing** [1] -
8767:22
**finally** [2] - 8792:5,
8880:7
**find** [3] - 8829:1,
8876:16, 8878:25
**finding** [3] - 8863:21,
8864:7, 8866:19
**findings** [22] -
8775:10, 8776:10,
8776:12, 8776:13,
8776:21, 8777:12,
8777:13, 8777:17,
8777:18, 8784:23,
8784:25, 8785:1,
8785:9, 8845:17,
8862:21, 8864:5,
8874:15, 8874:19,
8879:14, 8879:21,
8880:9, 8880:17
**finish** [3] - 8734:3,
8769:9, 8772:4
**finished** [6] -
8732:17, 8733:8,
8736:1, 8736:3,
8746:6, 8755:14
**finishing** [1] - 8758:2
**fire** [5] - 8798:2,
8865:22, 8866:10,
8866:21, 8880:4
**FIRM** [2] - 8726:21,
8727:6
**First** [1] - 8873:25
**first** [44] - 8732:16,
8734:16, 8735:18,
8744:12, 8745:20,
8750:12, 8752:18,
8752:23, 8756:16,
8757:9, 8764:5,
8770:12, 8770:20,
8777:4, 8782:4,

8782:20, 8785:11,
8785:14, 8793:19,
8798:9, 8798:16,
8798:23, 8799:2,
8809:18, 8815:8,
8827:21, 8829:18,
8845:11, 8848:16,
8851:3, 8864:2,
8864:15, 8865:3,
8867:14, 8868:17,
8868:18, 8870:3,
8870:19, 8887:6,
8891:25, 8895:21,
8900:1, 8900:22,
8901:9
**fit** [1] - 8861:9
**FIT** [4] - 8848:14,
8849:7, 8849:19,
8850:19
**fitted** [1] - 8881:5
**five** [14] - 8734:12,
8734:13, 8736:21,
8739:23, 8808:2,
8827:21, 8836:10,
8836:13, 8836:16,
8836:19, 8837:3,
8868:9, 8891:12,
8891:13
**five-hour** [1] -
8734:13
**fixate** [1] - 8803:8
**fixed** [1] - 8840:23
**fixing** [1] - 8848:22
**flag** [1] - 8888:4
**flexibility** [1] -
8758:11
**float** [39] - 8738:20,
8740:3, 8740:4,
8740:5, 8740:8,
8740:13, 8740:21,
8740:24, 8741:3,
8741:6, 8741:10,
8741:12, 8741:15,
8741:16, 8742:2,
8742:3, 8742:12,
8742:18, 8742:25,
8743:3, 8743:7,
8743:13, 8743:17,
8744:1, 8744:4,
8744:6, 8745:14,
8747:1, 8747:7,
8747:10, 8747:11,
8747:15, 8747:20,
8747:23, 8748:17,
8749:6, 8749:20,
8750:6, 8750:10
**floating** [2] -
8853:16, 8871:16
**floats** [1] - 8742:4
**floor** [1] - 8735:21

**FLOOR** [3] -
8726:17, 8727:12,
8729:18
**flow** [15] - 8743:24,
8769:4, 8769:7,
8769:10, 8769:11,
8769:15, 8769:16,
8770:21, 8771:5,
8771:22, 8772:1,
8772:5, 8772:6,
8772:10, 8772:13
**flow)** [1] - 8768:13
**FLOYD** [1] - 8730:3
**fluid** [2] - 8750:24,
8750:25
**flying** [1] - 8792:8
**focused** [2] -
8791:21, 8792:2
**focusing** [1] -
8791:25
**folks** [4] - 8747:5,
8757:12, 8776:14,
8865:6
**Follow** [1] - 8860:1
**follow** [11] - 8741:7,
8753:1, 8753:9,
8759:7, 8799:20,
8807:17, 8807:23,
8847:2, 8859:20,
8859:23, 8860:8
**Follow-Up** [1] -
8860:1
**follow-up** [5] -
8741:7, 8847:2,
8859:20, 8859:23,
8860:8
**followed** [5] -
8754:1, 8775:15,
8826:17, 8842:21,
8860:4
**following** [10] -
8745:14, 8750:18,
8752:23, 8757:5,
8770:18, 8775:17,
8775:21, 8826:12,
8838:3, 8893:22
**food** [1] - 8876:6
**for** [175] - 8733:6,
8735:14, 8738:7,
8738:8, 8740:7,
8741:4, 8741:19,
8742:15, 8742:16,
8744:19, 8745:11,
8745:20, 8746:12,
8746:15, 8746:19,
8749:1, 8749:10,
8750:3, 8751:17,
8751:18, 8751:24,
8753:17, 8754:1,
8755:5, 8755:12,

8756:8, 8759:25,
8760:12, 8761:20,
8762:4, 8762:18,
8763:1, 8763:4,
8763:7, 8763:12,
8763:21, 8766:7,
8766:24, 8767:14,
8768:13, 8769:3,
8769:10, 8769:14,
8769:17, 8770:5,
8773:12, 8775:15,
8775:23, 8777:5,
8779:2, 8779:19,
8779:22, 8780:15,
8781:4, 8781:17,
8781:20, 8781:25,
8782:5, 8782:16,
8784:16, 8784:17,
8784:22, 8785:5,
8785:24, 8787:6,
8787:8, 8787:12,
8788:13, 8790:9,
8790:20, 8794:8,
8794:21, 8794:25,
8795:10, 8796:11,
8796:21, 8797:8,
8798:7, 8801:15,
8802:6, 8802:10,
8803:22, 8805:25,
8806:1, 8806:2,
8806:18, 8809:4,
8810:3, 8812:9,
8813:15, 8814:3,
8814:16, 8814:19,
8816:18, 8816:25,
8817:12, 8818:4,
8820:20, 8822:19,
8823:21, 8824:23,
8825:5, 8825:11,
8826:6, 8827:8,
8828:6, 8828:19,
8831:6, 8831:10,
8833:11, 8833:16,
8833:19, 8835:5,
8835:8, 8835:12,
8836:15, 8839:25,
8840:6, 8840:17,
8842:7, 8842:23,
8844:23, 8847:7,
8848:3, 8848:7,
8849:1, 8850:19,
8852:1, 8855:19,
8856:9, 8858:14,
8860:10, 8860:23,
8861:9, 8861:19,
8864:24, 8865:11,
8865:22, 8866:14,
8866:20, 8868:2,
8871:19, 8874:2,
8878:25, 8879:16,
8880:13, 8880:18,

8882:5, 8885:16, 8886:1, 8887:17, 8887:19, 8888:4, 8888:10, 8894:12, 8896:8, 8897:9, 8897:17, 8897:19, 8898:9, 8898:13, 8899:2, 8899:4, 8900:2, 8901:5, 8901:12, 8901:13, 8903:3

**FOR** [8] - 8726:3, 8727:10, 8728:6, 8728:11, 8728:20, 8729:8, 8730:1, 8730:9

**foregoing** [1] - 8904:7

**foremost** [1] - 8735:18

**forever** [1] - 8800:16

**forget** [3] - 8782:5, 8885:11, 8886:17

**forgot** [2] - 8758:16, 8901:23

**form** [4] - 8760:16, 8841:10, 8848:2, 8848:3

**formal** [9] - 8829:18, 8831:16, 8833:6, 8834:4, 8834:17, 8836:1, 8857:14, 8859:4, 8861:6

**formation** [4] - 8744:23, 8850:18, 8850:20, 8862:10

**former** [1] - 8798:3

**forth** [10] - 8742:8, 8755:9, 8796:9, 8859:19, 8875:7, 8892:18, 8896:4, 8896:24, 8897:18, 8897:19

**forthcoming** [1] - 8876:22

**forward** [4] - 8767:13, 8769:24, 8821:20, 8875:24

**forwarded** [6] - 8770:3, 8770:4, 8845:24, 8845:25, 8901:3

**forwarding** [2] - 8770:7, 8900:20

**forwards** [1] - 8769:22

**found** [8] - 8820:1, 8844:2, 8857:5, 8859:13, 8862:21, 8866:25, 8878:13,

8880:10

**foundation** [3] - 8782:21, 8823:21, 8823:25

**four** [10] - 8736:21, 8800:7, 8802:10, 8816:16, 8861:18, 8861:19, 8861:23, 8861:25, 8891:21, 8897:23

**four-man** [1] - 8861:23

**fours** [1] - 8890:12

**fourth** [2] - 8782:2, 8867:21

**frac** [1] - 8848:20

**fracture** [5] - 8750:5, 8849:11, 8849:13, 8849:14, 8850:23

**frame** [1] - 8836:19

**FRANCISCO** [1] - 8727:13

**FRANKLIN** [1] - 8728:4

**FRAUD** [1] - 8728:1

**free** [1] - 8802:5

**FRILOT** [1] - 8729:10

**from** [102] - 8733:2, 8735:24, 8736:22, 8737:2, 8737:18, 8744:14, 8745:24, 8747:19, 8748:8, 8748:14, 8749:14, 8749:17, 8749:24, 8758:20, 8761:7, 8761:16, 8761:18, 8764:11, 8765:23, 8767:2, 8767:4, 8767:24, 8768:2, 8768:16, 8768:17, 8769:18, 8771:6, 8774:8, 8774:21, 8774:22, 8774:23, 8774:24, 8777:1, 8778:12, 8779:7, 8791:22, 8792:11, 8798:9, 8798:24, 8800:24, 8805:7, 8809:1, 8810:20, 8811:15, 8813:17, 8813:24, 8814:10, 8815:5, 8815:6, 8815:9, 8815:10, 8818:5, 8821:8, 8822:17, 8823:19, 8825:12, 8826:4, 8839:23, 8840:2, 8841:6, 8841:24, 8845:7, 8845:17, 8847:9, 8850:3,

8851:15, 8852:9, 8853:16, 8854:5, 8854:12, 8856:18, 8856:19, 8857:10, 8857:15, 8857:25, 8858:22, 8860:2, 8861:23, 8869:16, 8870:9, 8870:16, 8870:25, 8871:13, 8873:3, 8873:15, 8873:18, 8873:22, 8875:16, 8878:17, 8878:20, 8879:5, 8879:17, 8879:25, 8886:22, 8887:10, 8889:6, 8889:15, 8889:20, 8892:11, 8900:17, 8904:8

**FRUGE** [1] - 8727:1

**frustrated** [1] - 8812:20

**full** [12] - 8734:7, 8735:16, 8739:9, 8739:12, 8739:18, 8739:25, 8750:25, 8756:3, 8761:11, 8761:12, 8771:9, 8861:19

**fully** [1] - 8756:21

**function** [3] - 8748:9, 8868:12, 8902:24

**functional** [1] - 8867:11

**functioning** [1] - 8818:16

**FUNDERBURK** [1] - 8730:11

**funeral** [1] - 8839:25

**further** [9] - 8754:24, 8768:23, 8770:8, 8778:24, 8807:23, 8814:25, 8848:11, 8851:1, 8903:12

**future** [1] - 8784:13

# G

**G** [1] - 8729:14

**Gagliano** [3] - 8900:12, 8901:16, 8902:1

**Gagliano's** [1] - 8901:17

**gain** [1] - 8827:9

**gallon** [2] - 8733:9, 8849:13

**gallons** [1] - 8901:9

**game** [2] - 8885:6, 8885:13

**gas** [3] - 8736:6, 8887:22, 8902:11

**GATE** [1] - 8727:12

**gave** [13] - 8786:16, 8788:5, 8789:21, 8789:22, 8790:8, 8801:8, 8801:9, 8807:10, 8834:24, 8835:5, 8872:23, 8879:15, 8890:21

**GAVIN** [1] - 8730:4

**general** [2] - 8833:9, 8887:7

**GENERAL** [3] - 8728:7, 8728:12, 8728:14

**GENERAL'S** [1] - 8728:6

**generally** [3] - 8756:16, 8846:21, 8894:16

**generated** [2] - 8836:25, 8870:6

**generating** [1] - 8833:11

**gentleman's** [1] - 8901:22

**gentlemen** [1] - 8873:4

**geographic** [1] - 8897:16

**geologist** [2] - 8828:14, 8887:14

**get** [46] - 8733:1, 8733:11, 8733:23, 8733:24, 8735:10, 8735:16, 8736:15, 8738:13, 8738:14, 8738:19, 8738:21, 8739:4, 8739:14, 8749:8, 8749:13, 8756:3, 8758:2, 8758:14, 8762:25, 8763:13, 8763:24, 8765:10, 8767:16, 8768:15, 8768:17, 8774:12, 8778:18, 8794:3, 8811:14, 8811:22, 8812:20, 8816:15, 8818:1, 8820:4, 8832:19, 8850:2, 8850:8, 8856:18, 8862:5, 8867:8, 8879:21, 8887:22, 8887:24, 8888:22, 8901:10, 8903:2

**gets** [2] - 8742:5, 8742:9

**getting** [16]

8735:24, 8736:8, 8736:24, 8737:2, 8743:20, 8743:23, 8763:4, 8776:2, 8793:13, 8804:14, 8814:24, 8847:11, 8898:9, 8898:13, 8899:2, 8899:5

**give** [9] - 8744:13, 8760:3, 8771:17, 8804:25, 8810:22, 8825:24, 8861:14, 8880:12, 8901:7

**given** [9] - 8747:9, 8749:15, 8753:8, 8754:11, 8761:8, 8773:1, 8783:1, 8789:14, 8872:12

**gives** [2] - 8733:21, 8746:16

**giving** [5] - 8750:22, 8758:11, 8763:9, 8837:4, 8880:15

**global** [1] - 8749:15

**Global** [1] - 8870:20

**gloves** [1] - 8886:25

**GmbH** [1] - 8725:13

**GMS** [1] - 8858:9

**GMT** [1] - 8813:23

**go** [60] - 8732:9, 8732:24, 8733:3, 8733:16, 8736:18, 8736:19, 8738:16, 8741:1, 8749:2, 8752:10, 8753:14, 8753:20, 8754:11, 8754:14, 8758:12, 8761:13, 8761:18, 8762:21, 8765:22, 8774:10, 8774:19, 8781:13, 8788:9, 8788:24, 8790:6, 8794:4, 8798:9, 8798:16, 8799:11, 8800:7, 8800:24, 8802:4, 8802:21, 8807:25, 8813:10, 8814:13, 8818:1, 8823:13, 8823:16, 8825:21, 8826:2, 8826:3, 8832:15, 8832:21, 8832:22, 8833:18, 8833:23, 8837:6, 8841:20, 8841:21, 8857:19, 8863:13, 8863:19, 8872:25, 8873:5, 8891:20, 8895:17, 8902:16

**goals** [2] - 8738:13,

8779:13

**GODWIN** [5] - 8730:2, 8730:3, 8730:6, 8903:15, 8903:18

**goes** [8] - 8736:22, 8753:3, 8762:2, 8771:6, 8794:8, 8841:3, 8849:2, 8850:16

**going** [78] - 8732:13, 8733:4, 8738:16, 8740:23, 8741:23, 8748:1, 8748:11, 8755:23, 8756:12, 8758:22, 8759:7, 8761:13, 8761:16, 8761:18, 8761:22, 8761:24, 8762:1, 8763:7, 8764:6, 8764:7, 8765:2, 8765:8, 8765:16, 8765:22, 8766:1, 8766:11, 8766:16, 8767:3, 8768:20, 8769:17, 8771:2, 8771:12, 8772:19, 8772:24, 8776:1, 8785:7, 8791:11, 8793:4, 8794:17, 8795:4, 8795:22, 8798:2, 8798:17, 8799:1, 8800:1, 8802:9, 8805:16, 8807:18, 8809:21, 8809:22, 8810:5, 8811:1, 8811:8, 8812:12, 8812:13, 8812:14, 8819:3, 8820:3, 8821:20, 8823:17, 8826:13, 8826:22, 8826:24, 8831:20, 8833:10, 8834:10, 8841:20, 8841:22, 8842:22, 8843:24, 8860:20, 8863:9, 8870:11, 8873:19, 8874:7, 8901:23, 8903:1, 8903:13

**GOLDEN** [1] - 8727:12

**gone** [9] - 8755:4, 8761:14, 8783:12, 8819:12, 8819:13, 8819:17, 8819:18, 8825:8, 8879:1

**good** [23] - 8735:13, 8770:4, 8779:17, 8798:24, 8798:25,

8806:18, 8817:20, 8820:17, 8840:17, 8843:14, 8851:10, 8851:25, 8852:23, 8857:8, 8860:19, 8860:22, 8861:16, 8873:5, 8879:1, 8885:16, 8886:1, 8900:2

**got** [27] - 8733:9, 8748:8, 8748:13, 8754:21, 8757:24, 8767:3, 8771:6, 8776:3, 8785:14, 8787:5, 8787:6, 8796:19, 8797:9, 8797:21, 8798:5, 8798:24, 8828:14, 8832:18, 8869:1, 8890:5, 8890:10, 8890:12, 8896:9, 8899:13, 8903:5, 8903:10

**gotten** [3] - 8765:13, 8885:24, 8885:25

**government** [1] - 8782:8

**gradient** [6] - 8750:5, 8848:20, 8849:11, 8849:13, 8849:14, 8850:23

**gradually** [1] - 8818:14

**GRAND** [1] - 8729:18

**graphic** [1] - 8841:24

**great** [3] - 8794:9, 8794:19, 8798:5

**greater** [2] - 8770:18, 8893:21

**greatly** [1] - 8885:22

**green** [1] - 8780:5

**Greg** [9] - 8757:13, 8759:5, 8786:6, 8805:25, 8806:3, 8806:13, 8861:16, 8895:22, 8900:17

**Gregg** [2] - 8900:22, 8901:4

**grounding** [2] - 8865:22, 8866:21

**Grounds** [2] - 8835:15, 8835:18

**group** [9] - 8765:3, 8765:4, 8770:1, 8843:25, 8858:8, 8858:9, 8861:4, 8872:23, 8872:24

**GROUP** [1] - 8726:19

**GSF** [3] - 8870:3, 8870:20

**guess** [7] - 8757:25, 8795:2, 8815:17, 8835:15, 8863:2, 8866:18, 8886:14

**GUIDE** [1] - 8731:5

**Guide** [15] - 8773:1, 8805:25, 8806:12, 8834:15, 8860:24, 8861:3, 8874:4, 8874:13, 8875:3, 8876:5, 8876:9, 8895:16, 8895:20, 8895:21, 8900:18

**guide** [33] - 8732:8, 8732:13, 8746:6, 8747:14, 8779:5, 8782:21, 8784:16, 8787:21, 8788:13, 8807:4, 8809:1, 8816:6, 8817:5, 8818:3, 8821:1, 8822:19, 8823:21, 8825:23, 8827:1, 8829:24, 8830:16, 8834:9, 8837:17, 8837:25, 8838:15, 8841:20, 8843:2, 8843:14, 8849:8, 8850:25, 8851:10, 8863:6, 8895:23

**guide's** [3] - 8783:18, 8815:6, 8839:1

**guidelines** [4] - 8760:17, 8761:1, 8853:17, 8862:18

**Gulf** [19] - 8749:7, 8749:13, 8749:21, 8749:24, 8750:2, 8750:5, 8781:5, 8832:1, 8832:6, 8835:4, 8835:5, 8835:20, 8838:20, 8839:4, 8839:5, 8839:8, 8860:20, 8864:24, 8890:15

**GULF** [1] - 8725:6

**gut** [1] - 8799:20

**guts** [2] - 8836:3, 8837:16

**guy** [2] - 8804:12, 8896:16

**guys** [14] - 8737:12, 8737:16, 8758:4, 8764:23, 8775:11, 8776:5, 8801:24, 8818:1, 8822:4, 8839:14, 8860:20, 8861:17, 8875:21

# H

**had** [209] - 8733:6, 8733:22, 8735:6, 8738:7, 8738:23, 8739:8, 8740:10, 8740:12, 8740:21, 8741:23, 8742:14, 8742:19, 8743:7, 8743:17, 8743:20, 8744:10, 8744:16, 8745:6, 8745:13, 8746:5, 8746:18, 8746:24, 8747:1, 8747:4, 8753:7, 8753:8, 8754:2, 8754:5, 8754:9, 8754:11, 8754:15, 8755:6, 8755:18, 8755:25, 8757:22, 8758:1, 8758:2, 8758:6, 8758:12, 8759:4, 8759:7, 8759:25, 8763:6, 8765:13, 8766:8, 8767:21, 8768:4, 8768:20, 8772:12, 8772:18, 8774:13, 8774:25, 8782:16, 8783:2, 8784:18, 8789:17, 8789:18, 8793:13, 8794:3, 8795:23, 8797:8, 8797:19, 8800:24, 8801:7, 8804:4, 8804:8, 8804:24, 8805:11, 8805:25, 8806:1, 8806:15, 8811:12, 8815:22, 8816:21, 8817:13, 8817:20, 8818:11, 8819:18, 8819:22, 8819:25, 8820:1, 8820:7, 8820:13, 8820:14, 8820:15, 8820:18, 8821:4, 8821:5, 8821:11, 8821:22, 8821:23, 8822:4, 8822:25, 8823:5, 8823:6, 8823:7, 8826:17, 8827:19, 8828:7, 8828:13, 8829:9, 8829:13, 8831:9, 8831:17, 8831:18, 8833:2, 8833:6, 8833:7, 8833:20, 8834:1, 8834:5, 8834:18, 8835:12, 8835:20, 8835:23,

8835:24, 8836:1, 8836:5, 8837:8, 8837:13, 8840:13, 8842:11, 8843:25, 8846:9, 8847:1, 8849:19, 8850:2, 8850:8, 8851:20, 8852:14, 8856:2, 8856:12, 8856:15, 8856:22, 8856:25, 8857:14, 8859:11, 8859:12, 8859:16, 8859:21, 8863:10, 8864:7, 8864:8, 8864:10, 8864:12, 8864:19, 8865:16, 8866:3, 8866:6, 8866:9, 8866:13, 8869:12, 8870:11, 8871:8, 8871:9, 8872:12, 8872:14, 8873:9, 8873:14, 8875:23, 8876:18, 8876:20, 8876:21, 8877:2, 8878:9, 8879:9, 8880:12, 8881:13, 8883:13, 8885:15, 8885:16, 8885:24, 8885:25, 8886:1, 8891:5, 8891:6, 8891:16, 8893:9, 8893:10, 8893:16, 8894:23, 8895:10, 8896:8, 8897:17, 8897:20, 8900:6, 8901:10, 8901:17, 8902:1, 8902:22

**hadn't** [4] - 8746:9, 8811:5, 8811:11, 8811:12

**Hafle** [32] - 8764:17, 8769:22, 8786:4, 8819:9, 8819:22, 8820:14, 8821:17, 8821:18, 8822:20, 8822:24, 8823:21, 8824:9, 8824:18, 8824:20, 8824:23, 8825:1, 8826:15, 8857:10, 8893:14, 8893:25, 8894:6, 8894:9, 8895:1, 8895:2, 8895:9, 8895:16, 8896:7, 8896:14, 8899:20, 8899:23, 8900:6, 8900:17

**Hafle's** [1] - 8826:12

**half** [4] - 8737:25, 8777:20, 8791:24,

8883:5

**HALLIBURTON** [1] - 8730:1

**Halliburton** [4] - 8737:18, 8778:13, 8900:12, 8901:16

**Halliburton's** [2] - 8786:13, 8903:13

**hand** [7] - 8780:5, 8803:20, 8804:12, 8804:14, 8826:9, 8855:7, 8872:8

**handbook** [1] - 8832:2

**handled** [1] - 8827:7

**handling** [2] - 8867:25, 8868:11

**hang** [2] - 8812:5, 8812:6

**HANKEY** [1] - 8727:17

**happen** [5] - 8770:18, 8824:11, 8828:6, 8828:8, 8893:21

**happened** [12] - 8742:6, 8747:10, 8782:15, 8782:22, 8783:3, 8811:9, 8818:17, 8818:18, 8824:14, 8826:20, 8830:18, 8846:14

**happening** [1] - 8748:8

**happens** [1] - 8827:13

**happy** [2] - 8815:13, 8868:21

**hard** [3] - 8842:7, 8842:17, 8895:21

**hardest** [2] - 8746:2, 8746:22

**HARIKLIA** [1] - 8729:5

**Hariklia** [1] - 8732:7

**Harrell** [4] - 8777:21, 8852:5, 8876:17, 8892:4

**Harry** [5] - 8845:14, 8845:15, 8873:4, 8873:13

**HARTLEY** [1] - 8730:3

**has** [20] - 8733:15, 8733:25, 8741:10, 8742:3, 8742:6, 8744:24, 8760:15, 8782:21, 8784:20, 8799:3, 8803:5, 8804:17, 8823:22,

8826:8, 8831:5, 8834:11, 8879:14, 8891:9, 8901:6, 8901:12

**HAUSER** [1] - 8728:3

**have** [165] - 8733:17, 8734:7, 8734:11, 8734:12, 8735:2, 8735:3, 8735:12, 8735:19, 8737:22, 8738:24, 8739:22, 8741:20, 8741:21, 8741:22, 8743:6, 8744:13, 8746:25, 8747:23, 8748:18, 8748:19, 8749:5, 8749:8, 8750:9, 8752:9, 8752:13, 8753:18, 8754:4, 8754:19, 8755:2, 8755:4, 8755:6, 8755:18, 8756:16, 8760:7, 8761:16, 8762:7, 8763:18, 8764:7, 8764:19, 8765:11, 8766:14, 8766:17, 8766:23, 8768:17, 8768:19, 8770:7, 8771:6, 8771:7, 8771:8, 8773:5, 8774:6, 8774:11, 8774:17, 8775:4, 8775:9, 8778:24, 8779:5, 8783:9, 8783:12, 8784:2, 8784:5, 8784:9, 8784:20, 8785:5, 8785:6, 8785:25, 8786:21, 8787:6, 8791:11, 8792:5, 8793:22, 8793:25, 8794:2, 8795:14, 8795:23, 8797:16, 8797:18, 8798:17, 8799:20, 8800:20, 8800:22, 8801:2, 8802:2, 8802:13, 8802:16, 8802:20, 8807:19, 8810:6, 8811:24, 8812:15, 8813:15, 8813:25, 8814:5, 8814:16, 8814:25, 8815:5, 8815:16, 8815:22, 8818:8, 8818:9, 8818:17, 8818:18, 8819:8, 8820:8, 8820:13, 8820:16, 8820:18, 8823:24, 8825:8, 8825:11, 8825:15,

8826:18, 8826:20, 8828:14, 8833:9, 8834:1, 8838:14, 8838:16, 8838:17, 8838:19, 8842:13, 8843:17, 8845:18, 8846:9, 8846:19, 8848:1, 8848:15, 8848:19, 8848:21, 8849:8, 8850:25, 8851:11, 8851:13, 8856:15, 8861:14, 8861:17, 8861:25, 8863:14, 8863:23, 8868:21, 8873:12, 8878:13, 8879:1, 8880:9, 8886:3, 8886:25, 8887:4, 8887:7, 8888:1, 8888:6, 8888:25, 8892:3, 8892:16, 8897:6, 8897:13, 8898:15, 8900:7, 8900:13, 8901:23, 8902:24, 8903:11, 8903:13

**haven't** [3] - 8798:20, 8899:22, 8899:24

**having** [12] - 8741:5, 8741:8, 8741:17, 8746:24, 8753:23, 8758:4, 8795:10, 8795:12, 8842:17, 8848:22, 8886:25, 8887:22

**HAYCRAFT** [1] - 8728:22

**hazards** [1] - 8750:15

**HB406** [1] - 8730:14

**he's** [4] - 8764:23, 8800:10, 8804:17, 8900:20

**head** [4] - 8783:13, 8783:22, 8825:10, 8874:1

**headed** [2] - 8779:25, 8821:24

**heads** [1] - 8763:10

**Health** [1] - 8864:2

**health** [4] - 8781:8, 8781:17, 8867:14, 8868:9

**hear** [3] - 8796:4, 8799:17, 8803:9

**heard** [19] - 8773:25, 8780:6, 8798:5, 8799:15, 8800:15, 8800:24, 8821:9,

8825:11, 8825:12, 8826:1, 8826:9, 8835:16, 8835:19, 8892:8, 8899:21, 8899:22, 8899:24, 8899:25

**HEARD** [1] - 8725:22

**Heather** [2] - 8769:22, 8769:24

**held** [1] - 8854:4

**hell** [1] - 8821:8

**help** [3] - 8735:9, 8875:21, 8901:4

**her** [7] - 8814:23, 8835:15, 8835:19, 8885:6, 8885:11, 8885:12, 8885:13

**here** [51] - 8735:13, 8735:16, 8735:19, 8735:20, 8735:24, 8736:1, 8736:22, 8736:24, 8747:23, 8752:9, 8757:16, 8761:10, 8761:13, 8764:6, 8764:18, 8766:9, 8766:16, 8767:23, 8779:7, 8784:1, 8784:4, 8784:12, 8785:24, 8786:1, 8786:4, 8789:3, 8792:21, 8796:22, 8797:14, 8803:16, 8807:17, 8807:19, 8814:2, 8814:3, 8814:16, 8815:7, 8818:13, 8822:6, 8822:14, 8825:10, 8837:3, 8846:10, 8849:19, 8850:19, 8859:19, 8869:24, 8873:13, 8879:9, 8899:7

**here's** [1] - 8834:2

**hereby** [1] - 8904:6

**HERMAN** [3] - 8726:6, 8726:6

**hi** [1] - 8886:23

**high** [2] - 8779:18, 8828:7

**highest** [2] - 8889:15, 8890:8

**highlighted** [1] - 8777:13

**HILL** [1] - 8730:4

**him** [27] - 8741:18, 8762:15, 8764:12, 8771:17, 8780:6, 8794:8, 8794:9, 8795:15, 8798:11, 8799:14, 8801:11,

8803:16, 8803:19, 8805:11, 8810:5, 8820:3, 8839:4, 8839:6, 8844:21, 8861:14, 8865:10, 8870:12, 8880:15, 8899:12, 8902:3, 8902:5, 8903:4

**himself** [1] - 8875:4

**his** [23] - 8745:17, 8758:22, 8768:9, 8796:19, 8798:16, 8800:7, 8804:13, 8804:15, 8807:8, 8807:20, 8807:21, 8815:9, 8826:15, 8847:3, 8847:23, 8861:7, 8873:9, 8891:9, 8891:25, 8896:12, 8901:23, 8902:7, 8902:9

**hold** [1] - 8741:4

**HOLDINGS** [1] - 8729:8

**holdup** [1] - 8788:11

**hole** [16] - 8733:4, 8733:11, 8733:16, 8733:25, 8734:3, 8736:18, 8736:20, 8744:23, 8753:3, 8753:7, 8766:6, 8766:19, 8769:8, 8823:9, 8825:9, 8887:2

**holes** [3] - 8744:24, 8744:25, 8757:3

**Holt** [2] - 8889:6, 8889:7

**HOLTHAUS** [1] - 8727:1

**home** [3] - 8819:21, 8820:22, 8820:24

**honestly** [1] - 8899:12

**Honor** [23] - 8732:7, 8782:20, 8784:6, 8799:1, 8812:25, 8813:22, 8814:5, 8814:12, 8815:19, 8816:3, 8823:17, 8834:10, 8837:6, 8843:8, 8843:10, 8851:1, 8851:4, 8851:6, 8851:10, 8902:15, 8903:15, 8903:18, 8903:19

**HONORABLE** [1] - 8725:22

**hooks** [3] - 8881:3, 8881:8, 8881:20

**Horizon** [34] -
8742:25, 8774:4,
8774:13, 8774:14,
8774:24, 8775:7,
8777:25, 8779:15,
8779:22, 8780:16,
8781:18, 8785:25,
8789:8, 8789:11,
8820:21, 8828:17,
8843:5, 8845:18,
8846:2, 8846:15,
8853:22, 8854:22,
8860:10, 8861:3,
8861:9, 8864:19,
8872:25, 8879:1,
8879:10, 8881:24,
8882:11, 8883:6,
8883:10, 8891:21
**HORIZON** [1] -
8725:5
**Horizon's** [4] -
8777:3, 8777:11,
8866:4, 8879:13
**HOUMA** [1] -
8726:20
**hour** [2] - 8734:13,
8791:21
**hours** [15] - 8734:12,
8739:22, 8790:9,
8790:10, 8790:20,
8790:25, 8791:2,
8791:8, 8791:18,
8791:25, 8802:10,
8813:18, 8813:19,
8813:21, 8869:7
**house** [1] - 8865:16
**housing** [1] - 8882:5
**Houston** [5] -
8795:23, 8821:1,
8826:23, 8832:24,
8835:11
**HOUSTON** [5] -
8727:5, 8729:15,
8729:24, 8730:8,
8730:12
**however** [2] -
8846:13, 8888:5
**HSSE** [2] - 8781:14,
8781:25
**huge** [1] - 8792:14
**HUGH** [1] - 8730:10
**HUGHES** [1] -
8729:23
**huh** [3] - 8790:14,
8803:13, 8832:4
**human** [1] - 8835:11
**hundred** [1] - 8825:8
**hundreds** [2] -
8760:5, 8760:6
**hung** [3] - 8811:25,

8812:1, 8812:7
**hydraulic** [1] -
8746:14
**hydraulics** [1] -
8745:22
**hydrocarbon** [4] -
8747:21, 8748:1,
8750:3, 8849:4
**hydrocarbon-
bearing** [2] - 8747:21,
8748:1
**HYMEL** [1] - 8729:20
**hypothetical** [1] -
8842:23

---

**I**

---

**I** [597] - 8731:1,
8732:3, 8732:21,
8735:13, 8735:14,
8738:7, 8738:9,
8739:10, 8739:13,
8740:2, 8741:20,
8742:21, 8743:12,
8743:15, 8745:25,
8746:16, 8747:3,
8747:13, 8747:17,
8748:19, 8748:24,
8750:13, 8752:9,
8753:12, 8755:15,
8756:18, 8756:24,
8757:3, 8757:4,
8757:12, 8757:13,
8757:25, 8758:6,
8758:16, 8759:4,
8759:17, 8759:21,
8760:9, 8762:9,
8762:13, 8762:16,
8762:25, 8763:14,
8763:23, 8763:24,
8764:14, 8765:12,
8765:14, 8765:23,
8766:25, 8767:13,
8768:6, 8770:4,
8771:6, 8771:16,
8771:21, 8772:17,
8772:20, 8773:10,
8773:25, 8774:9,
8774:10, 8774:11,
8774:12, 8774:13,
8774:21, 8776:5,
8776:9, 8776:11,
8776:14, 8776:15,
8776:24, 8777:11,
8777:19, 8777:20,
8777:21, 8778:2,
8778:7, 8778:11,
8778:24, 8779:5,
8779:24, 8780:5,
8780:6, 8780:23,

8782:1, 8782:5,
8782:15, 8782:21,
8783:6, 8783:11,
8783:16, 8783:21,
8784:3, 8784:9,
8784:21, 8784:24,
8785:7, 8785:13,
8785:20, 8786:20,
8787:3, 8787:4,
8788:1, 8788:6,
8788:7, 8788:10,
8788:13, 8788:21,
8790:10, 8790:17,
8790:21, 8792:2,
8793:1, 8793:22,
8794:23, 8794:25,
8795:2, 8795:14,
8796:2, 8796:4,
8796:5, 8796:18,
8796:19, 8797:17,
8797:19, 8797:22,
8798:15, 8798:17,
8798:22, 8799:1,
8799:14, 8799:15,
8799:16, 8799:19,
8799:24, 8800:14,
8800:15, 8800:19,
8800:23, 8800:24,
8801:2, 8802:6,
8802:10, 8802:13,
8803:18, 8803:20,
8803:22, 8804:11,
8804:12, 8804:22,
8805:1, 8805:20,
8805:22, 8806:4,
8807:7, 8807:14,
8807:17, 8807:18,
8807:19, 8807:23,
8808:7, 8808:11,
8808:13, 8808:16,
8809:16, 8809:20,
8809:24, 8810:2,
8810:4, 8810:5,
8810:11, 8810:13,
8810:14, 8810:17,
8810:21, 8810:25,
8811:19, 8811:21,
8811:22, 8811:25,
8812:2, 8812:6,
8812:11, 8812:25,
8813:1, 8813:4,
8813:5, 8813:7,
8813:10, 8813:13,
8813:15, 8813:23,
8814:1, 8814:2,
8814:11, 8814:15,
8814:16, 8814:19,
8814:21, 8814:25,
8815:12, 8815:13,
8815:15, 8815:17,
8815:18, 8815:24,

8816:15, 8816:16,
8816:17, 8817:15,
8817:20, 8817:21,
8817:22, 8817:25,
8818:1, 8818:20,
8819:10, 8819:12,
8819:14, 8819:17,
8819:21, 8820:13,
8820:18, 8820:23,
8821:7, 8821:9,
8821:16, 8821:19,
8822:5, 8822:6,
8822:22, 8823:7,
8823:14, 8823:17,
8824:10, 8824:14,
8824:16, 8824:21,
8825:1, 8825:4,
8825:6, 8825:19,
8826:15, 8826:20,
8827:15, 8827:17,
8827:19, 8827:23,
8828:1, 8828:2,
8828:4, 8828:18,
8829:6, 8829:13,
8829:17, 8829:21,
8830:4, 8830:10,
8830:19, 8830:24,
8831:1, 8831:4,
8831:18, 8831:23,
8831:24, 8832:8,
8832:9, 8832:12,
8832:13, 8832:18,
8832:24, 8833:6,
8833:18, 8833:23,
8834:7, 8834:9,
8834:10, 8834:12,
8835:10, 8835:14,
8835:15, 8835:19,
8835:22, 8836:1,
8836:7, 8836:11,
8836:14, 8836:18,
8837:11, 8838:7,
8838:10, 8838:16,
8838:19, 8838:23,
8838:25, 8839:5,
8839:6, 8839:9,
8839:10, 8839:12,
8839:14, 8839:18,
8839:19, 8839:22,
8839:25, 8840:4,
8840:11, 8840:19,
8840:21, 8840:25,
8841:1, 8841:12,
8841:20, 8841:23,
8842:7, 8842:8,
8842:16, 8842:22,
8843:3, 8843:7,
8843:16, 8843:17,
8843:18, 8843:24,
8844:10, 8844:21,
8845:9, 8845:10,

8845:16, 8845:20,
8846:3, 8846:10,
8846:13, 8846:19,
8847:6, 8847:7,
8847:8, 8847:13,
8847:15, 8848:1,
8848:11, 8848:23,
8849:7, 8849:9,
8850:7, 8850:10,
8850:14, 8850:17,
8850:25, 8851:2,
8851:11, 8851:16,
8851:19, 8851:25,
8852:4, 8852:7,
8852:13, 8852:16,
8852:18, 8853:5,
8853:14, 8854:2,
8854:8, 8854:15,
8854:21, 8854:24,
8855:12, 8856:7,
8857:2, 8857:8,
8860:16, 8861:4,
8861:14, 8861:20,
8862:2, 8863:2,
8863:8, 8864:21,
8864:23, 8865:10,
8865:17, 8866:4,
8866:18, 8868:21,
8868:24, 8869:4,
8869:11, 8869:14,
8869:15, 8869:20,
8870:1, 8870:13,
8871:4, 8871:10,
8873:4, 8873:11,
8874:12, 8874:20,
8874:22, 8875:1,
8875:8, 8875:12,
8875:15, 8875:19,
8875:23, 8876:21,
8877:25, 8878:16,
8878:25, 8879:9,
8879:11, 8879:17,
8879:20, 8879:22,
8880:7, 8880:14,
8881:20, 8881:25,
8882:9, 8882:14,
8882:18, 8882:21,
8883:12, 8883:15,
8883:19, 8883:21,
8883:23, 8884:4,
8884:8, 8884:9,
8884:12, 8884:19,
8884:23, 8885:11,
8885:19, 8886:6,
8886:14, 8886:17,
8886:18, 8886:19,
8887:6, 8887:15,
8887:24, 8888:8,
8888:11, 8888:17,
8888:21, 8888:24,
8889:2, 8890:18,

8891:6, 8891:23,
8891:24, 8891:25,
8892:2, 8892:6,
8892:8, 8892:10,
8892:17, 8893:3,
8894:1, 8894:17,
8894:21, 8895:2,
8896:10, 8896:12,
8897:22, 8897:25,
8898:25, 8899:7,
8899:12, 8899:14,
8899:15, 8899:21,
8900:21, 8901:4,
8901:9, 8901:10,
8901:18, 8901:20,
8901:23, 8902:2,
8902:5, 8902:9,
8902:13, 8902:16,
8902:18, 8902:19,
8902:22, 8902:24,
8903:3, 8903:5,
8903:11, 8903:13,
8904:7
  **I'd** [1] - 8732:14
  **I'll** [9] - 8761:10,
8799:11, 8814:12,
8815:20, 8842:24,
8846:19, 8869:19,
8877:5, 8886:11
  **I'm** [49] - 8738:14,
8740:9, 8746:3,
8746:4, 8748:11,
8752:10, 8758:22,
8761:1, 8761:13,
8768:1, 8769:8,
8782:2, 8782:5,
8788:25, 8790:5,
8798:18, 8801:6,
8801:7, 8801:24,
8803:2, 8805:13,
8807:17, 8810:14,
8812:16, 8812:25,
8815:2, 8818:15,
8822:18, 8824:16,
8824:19, 8824:22,
8830:12, 8830:22,
8833:13, 8834:13,
8835:19, 8837:11,
8842:16, 8850:6,
8851:2, 8883:19,
8885:12, 8886:11,
8890:21, 8895:8,
8900:22, 8901:22,
8902:16
  **I've** [5] - 8746:5,
8760:2, 8785:14,
8794:25, 8899:25
  **Ian** [4] - 8796:22,
8845:6, 8846:6,
8846:7

  **IBOS** [1] - 8730:13
  **Ibos** [2] - 8904:5,
8904:13
  **idea** [4] - 8860:19,
8860:20, 8861:7,
8888:25
  **ideas** [1] - 8803:7
  **identified** [9] -
8741:19, 8756:10,
8768:20, 8775:15,
8830:17, 8848:12,
8861:24, 8863:9,
8877:1
  **identifies** [1] -
8752:21
  **identify** [5] -
8758:24, 8783:13,
8805:15, 8830:4,
8831:6
  **identifying** [1] -
8766:21
  **if** [140] - 8733:4,
8733:14, 8734:7,
8734:10, 8735:8,
8735:15, 8738:13,
8738:14, 8738:17,
8739:4, 8741:12,
8741:14, 8742:8,
8745:2, 8745:10,
8746:3, 8747:14,
8747:23, 8748:10,
8749:8, 8750:9,
8750:12, 8752:5,
8752:10, 8752:14,
8753:14, 8754:14,
8755:1, 8755:4,
8755:25, 8756:15,
8757:4, 8758:24,
8761:4, 8762:22,
8763:16, 8764:15,
8765:7, 8765:22,
8766:10, 8767:3,
8767:6, 8767:13,
8767:15, 8768:7,
8768:15, 8768:17,
8768:24, 8769:2,
8769:20, 8770:11,
8770:12, 8773:2,
8775:9, 8777:20,
8779:6, 8780:5,
8783:16, 8784:22,
8785:11, 8786:20,
8788:13, 8788:20,
8788:21, 8788:22,
8791:18, 8791:24,
8793:4, 8793:18,
8794:4, 8796:18,
8804:20, 8807:22,
8809:12, 8809:20,
8810:6, 8810:21,

8813:4, 8814:13,
8814:19, 8815:16,
8816:1, 8816:16,
8817:21, 8817:25,
8818:1, 8818:7,
8818:11, 8818:21,
8819:22, 8820:5,
8820:7, 8820:9,
8820:14, 8821:17,
8822:6, 8825:2,
8825:15, 8825:18,
8826:17, 8826:20,
8831:24, 8833:6,
8834:13, 8835:19,
8839:14, 8841:12,
8841:24, 8841:25,
8842:11, 8842:15,
8842:18, 8842:21,
8846:8, 8847:6,
8847:15, 8848:6,
8852:7, 8854:14,
8865:4, 8865:10,
8867:2, 8868:25,
8872:24, 8873:8,
8873:9, 8874:20,
8877:5, 8878:13,
8886:6, 8886:11,
8886:17, 8886:19,
8891:24, 8895:2,
8899:7, 8900:2,
8900:6
  **If** [1] - 8766:4
  **ignore** [2] - 8799:21,
8818:3
  **ignored** [1] - 8817:18
  **II** [1] - 8777:15
  **IL** [1] - 8729:6
  **IM** [3] - 8781:25,
8782:5, 8858:9
  **immediately** [9] -
8737:23, 8738:3,
8738:6, 8739:25,
8846:16, 8871:1,
8871:24, 8877:15
  **immensely** [1] -
8799:19
  **impact** [2] - 8759:21,
8765:19
  **impacting** [1] -
8738:25
  **impatient** [1] -
8812:20
  **impeachment** [2] -
8807:19, 8834:11
  **implement** [1] -
8831:20
  **implementation** [1] -
8898:15
  **implementing** [5] -
8760:1, 8898:9,

8898:13, 8899:2,
8899:5
  **important** [2] -
8738:11, 8802:4,
8805:2, 8829:1
  **impressed** [1] -
8851:23
  **IMPREVENTO** [1] -
8726:14
  **improper** [2] -
8807:18, 8834:11
  **improvement** [2] -
8874:2, 8883:9
  **IN** [3] - 8725:5,
8725:5, 8725:12
  **in** [416] - 8732:24,
8733:3, 8733:4,
8733:6, 8733:11,
8733:16, 8735:3,
8735:9, 8735:22,
8736:4, 8736:13,
8736:18, 8737:22,
8737:25, 8738:4,
8738:23, 8738:24,
8739:2, 8739:8,
8739:11, 8739:21,
8739:25, 8740:4,
8740:16, 8740:17,
8741:21, 8742:5,
8742:6, 8742:12,
8742:25, 8743:6,
8743:7, 8744:20,
8744:23, 8744:24,
8745:5, 8746:1,
8746:17, 8747:11,
8747:25, 8748:21,
8748:22, 8749:7,
8749:11, 8749:13,
8749:16, 8749:21,
8749:23, 8750:2,
8750:24, 8751:1,
8751:9, 8751:13,
8751:16, 8751:23,
8754:23, 8755:13,
8755:16, 8755:18,
8755:22, 8756:1,
8756:5, 8756:7,
8756:8, 8756:14,
8756:22, 8757:3,
8757:9, 8757:18,
8757:22, 8758:8,
8758:17, 8759:18,
8759:25, 8760:4,
8760:6, 8760:24,
8761:9, 8761:15,
8762:7, 8762:17,
8763:1, 8765:9,
8766:23, 8767:25,
8770:1, 8771:1,
8771:17, 8772:9,

8772:18, 8772:23,
8773:4, 8773:8,
8773:14, 8773:17,
8773:21, 8773:22,
8773:25, 8774:14,
8774:17, 8775:8,
8775:13, 8775:14,
8775:17, 8775:23,
8775:24, 8776:7,
8776:13, 8776:21,
8777:6, 8777:12,
8777:13, 8777:15,
8777:20, 8778:1,
8778:5, 8778:6,
8778:8, 8778:10,
8778:14, 8778:17,
8779:7, 8779:18,
8780:5, 8780:19,
8781:5, 8781:8,
8781:24, 8783:4,
8783:12, 8783:22,
8784:13, 8785:5,
8787:21, 8788:3,
8788:5, 8788:6,
8788:7, 8789:2,
8789:6, 8789:7,
8789:14, 8789:21,
8790:8, 8792:4,
8793:5, 8793:10,
8793:16, 8794:8,
8795:2, 8795:4,
8795:13, 8795:21,
8795:22, 8795:24,
8796:4, 8797:25,
8798:16, 8799:4,
8799:7, 8799:13,
8800:7, 8802:4,
8802:7, 8802:19,
8802:21, 8803:3,
8803:14, 8803:15,
8803:20, 8804:12,
8804:18, 8805:4,
8805:23, 8806:15,
8808:24, 8810:9,
8813:2, 8813:7,
8813:8, 8813:11,
8813:17, 8813:21,
8814:7, 8814:22,
8815:12, 8815:22,
8816:23, 8817:17,
8818:16, 8819:11,
8819:22, 8820:4,
8820:8, 8821:1,
8821:14, 8822:9,
8822:16, 8822:25,
8823:9, 8823:23,
8824:1, 8824:2,
8824:11, 8824:14,
8825:9, 8825:10,
8826:22, 8826:23,
8827:9, 8827:24,

8828:2, 8828:16,
8828:21, 8830:16,
8831:13, 8831:19,
8832:9, 8832:10,
8832:24, 8833:10,
8833:15, 8834:24,
8835:3, 8835:8,
8835:11, 8836:21,
8837:21, 8838:6,
8838:10, 8838:12,
8838:14, 8838:17,
8838:19, 8838:20,
8838:21, 8839:3,
8839:6, 8839:8,
8839:11, 8839:14,
8839:16, 8839:20,
8840:12, 8840:14,
8840:20, 8840:21,
8840:22, 8840:25,
8841:2, 8841:5,
8841:18, 8841:19,
8842:3, 8844:12,
8844:15, 8845:4,
8845:6, 8845:12,
8845:19, 8846:8,
8846:17, 8846:18,
8847:10, 8847:11,
8847:14, 8848:16,
8848:25, 8849:9,
8849:11, 8849:14,
8850:11, 8850:19,
8850:22, 8851:15,
8851:17, 8851:20,
8852:14, 8852:25,
8853:6, 8853:8,
8853:15, 8853:18,
8854:9, 8854:12,
8855:2, 8855:5,
8855:9, 8855:10,
8855:13, 8857:9,
8857:13, 8857:15,
8858:4, 8858:11,
8859:11, 8859:13,
8860:11, 8860:17,
8860:20, 8861:8,
8861:12, 8861:19,
8861:25, 8862:16,
8862:22, 8863:15,
8863:16, 8864:1,
8864:7, 8865:11,
8865:16, 8866:3,
8866:5, 8866:19,
8866:25, 8867:6,
8867:11, 8868:22,
8869:5, 8869:21,
8869:23, 8869:25,
8870:4, 8870:16,
8870:19, 8871:7,
8871:13, 8871:22,
8872:8, 8872:20,
8872:23, 8873:9,

8874:24, 8875:19,
8876:13, 8876:19,
8877:1, 8878:24,
8879:1, 8880:4,
8880:15, 8881:7,
8882:12, 8882:17,
8883:6, 8883:9,
8884:9, 8884:10,
8884:17, 8884:21,
8885:6, 8885:11,
8885:14, 8885:17,
8886:2, 8886:24,
8887:1, 8887:5,
8887:6, 8887:14,
8887:19, 8887:21,
8887:25, 8888:5,
8888:7, 8892:22,
8893:19, 8895:6,
8895:10, 8895:15,
8895:22, 8895:24,
8896:4, 8896:12,
8897:16, 8897:21,
8898:5, 8899:1,
8899:4, 8899:11,
8899:17, 8900:1,
8900:6, 8901:14,
8902:6, 8902:13,
8902:14, 8902:21,
8902:25, 8903:7,
8903:10, 8904:9

**in-house** [1] -
8865:16
**inaccurate** [1] -
8813:24
**INC** [5] - 8725:16,
8728:21, 8729:9,
8729:10, 8730:2
**incident** [7] -
8782:21, 8829:19,
8838:2, 8838:4,
8839:2, 8884:10,
8884:14
**incidents** [2] -
8830:2, 8839:11
**include** [2] - 8870:3,
8870:20
**included** [5] -
8781:14, 8791:5,
8862:12, 8866:4,
8885:11
**including** [8] -
8769:23, 8777:2,
8782:7, 8791:22,
8799:6, 8821:1,
8851:24, 8887:11
**incorporating** [1] -
8832:13
**increase** [4] -
8742:11, 8758:25,
8779:19, 8887:23

**increased** [2] -
8773:18, 8818:14
**increases** [1] -
8751:4
**increasing** [1] -
8739:24
**incur** [1] - 8756:10
**incurred** [2] -
8754:15, 8849:20
**indeed** [3] - 8743:17,
8744:14, 8747:1
**independent** [1] -
8857:14
**Index** [1] - 8863:15
**indicate** [2] - 8746:8,
8814:20
**indicated** [6] -
8740:24, 8741:25,
8742:21, 8745:18,
8746:21, 8799:9
**indicates** [1] -
8886:2
**INDICATING)** [2] -
8736:2, 8736:24
**indications** [1] -
8885:17
**indicator** [2] -
8830:25, 8888:7
**indicators** [1] -
8831:7
**individual** [3] -
8746:5, 8792:2,
8884:24
**individuals** [7] -
8745:12, 8746:5,
8751:24, 8769:23,
8777:2, 8852:11,
8861:25
**industry** [6] - 8756:8,
8855:19, 8862:18,
8865:11, 8871:14
**inexplicably** [1] -
8738:23
**influence** [2] -
8890:3, 8890:10
**information** [11] -
8742:19, 8751:17,
8763:11, 8820:18,
8838:21, 8850:16,
8856:15, 8856:18,
8857:6, 8876:20,
8876:23
**informed** [1] -
8765:3
**informing** [1] -
8777:24
**inherently** [1] -
8735:2
**initial** [2] - 8860:2,
8887:19

**initiate** [2] - 8829:18,
8829:19
**initiated** [1] -
8844:23
**input** [6] - 8762:14,
8763:21, 8764:3,
8773:8, 8873:15,
8874:3
**insanity** [1] -
8792:17
**inserted** [1] - 8734:4
**inside** [2] - 8735:22,
8792:21
**insofar** [2] - 8782:12,
8836:8
**inspect** [2] -
8857:20, 8862:4
**inspection** [3] -
8861:16, 8862:22,
8880:18
**installed** [1] - 8870:5
**instead** [3] - 8787:2,
8826:12, 8899:1
**instructions** [2] -
8817:20, 8877:13
**integrity** [5] -
8760:18, 8760:20,
8773:5, 8830:2,
8855:21
**intend** [2] - 8789:2,
8789:6
**intended** [1] -
8873:25
**interfaced** [1] -
8852:11
**internal** [4] -
8849:22, 8849:23,
8858:5, 8858:8
**international** [2] -
8858:14, 8862:17
**International** [1] -
8863:5
**interpersonal** [2] -
8890:2, 8890:5
**interrupt** [1] - 8813:1
**interval** [4] -
8762:24, 8849:1,
8849:11, 8850:16
**intervals** [1] - 8854:4
**intervention** [1] -
8781:24
**interventions** [1] -
8781:6
**interview** [16] -
8805:16, 8807:11,
8808:1, 8823:21,
8823:23, 8827:3,
8827:25, 8828:2,
8830:13, 8830:14,
8830:15, 8839:1,

8857:19, 8862:4,
8895:16
**interviewed** [6] -
8805:19, 8807:16,
8808:1, 8839:4,
8884:13, 8898:19
**into** [16] - 8750:9,
8757:3, 8763:22,
8764:3, 8773:8,
8796:5, 8817:25,
8823:16, 8832:14,
8832:20, 8837:18,
8841:3, 8868:3,
8868:15, 8873:19,
8874:23
**introduce** [1] -
8750:14
**invented** [2] -
8733:22, 8746:17
**investigate** [1] -
8744:10
**investigated** [2] -
8782:21, 8830:3
**investigation** [9] -
8829:15, 8829:19,
8829:20, 8829:23,
8830:8, 8830:17,
8831:3, 8831:6,
8837:20
**investigators** [6] -
8884:13, 8885:14,
8885:20, 8886:5,
8886:8, 8898:20
**involved** [10] -
8737:17, 8737:22,
8740:4, 8743:6,
8775:17, 8776:3,
8777:6, 8778:5,
8826:8, 8874:24
**involvement** [3] -
8740:7, 8761:9,
8762:7
**IRPINO** [2] - 8727:6,
8727:7
**ISM** [2] - 8863:23,
8864:8
**isn't** [55] - 8732:22,
8762:24, 8783:15,
8794:15, 8795:25,
8799:22, 8805:8,
8818:7, 8818:10,
8818:19, 8819:3,
8822:19, 8822:21,
8823:13, 8827:11,
8827:13, 8827:14,
8828:23, 8829:23,
8830:21, 8831:7,
8836:21, 8842:14,
8843:5, 8846:15,
8858:15, 8858:23,

8859:21, 8861:10, 8862:6, 8867:4, 8871:17, 8872:15, 8872:25, 8880:19, 8882:23, 8883:2, 8883:6, 8884:22, 8885:7, 8889:15, 8890:8, 8890:23, 8891:3, 8891:17, 8892:14, 8893:11, 8893:13, 8893:16, 8899:10, 8899:11, 8899:20, 8900:4, 8900:10, 8900:23

**isolation** [1] - 8786:11

**issue** [18] - 8736:8, 8745:13, 8755:8, 8757:4, 8757:10, 8786:20, 8793:12, 8794:14, 8799:5, 8802:7, 8813:14, 8814:2, 8814:3, 8818:21, 8820:5, 8846:9, 8882:7, 8900:2

**issued** [1] - 8863:4

**issues** [28] - 8733:14, 8758:9, 8759:3, 8764:19, 8776:4, 8776:13, 8778:15, 8793:11, 8794:10, 8795:11, 8800:1, 8806:1, 8810:6, 8818:9, 8818:19, 8837:21, 8842:14, 8846:7, 8865:15, 8867:1, 8871:5, 8871:12, 8871:17, 8874:1, 8874:8, 8874:24, 8901:10, 8902:22

**it** [442] - 8732:22, 8733:2, 8733:14, 8733:15, 8734:1, 8734:4, 8734:18, 8735:20, 8736:4, 8736:6, 8736:22, 8737:12, 8738:2, 8739:18, 8740:9, 8740:13, 8740:18, 8741:3, 8741:4, 8741:16, 8742:7, 8742:8, 8742:19, 8743:8, 8743:16, 8744:4, 8744:18, 8744:20, 8744:24, 8745:24, 8746:21, 8747:20, 8747:25, 8748:3, 8749:23,

8750:2, 8750:7, 8750:13, 8750:14, 8750:18, 8750:21, 8751:6, 8752:4, 8752:8, 8752:10, 8752:11, 8752:15, 8752:18, 8752:20, 8752:23, 8753:3, 8753:4, 8753:6, 8753:14, 8754:8, 8754:15, 8755:1, 8755:4, 8755:7, 8755:13, 8755:25, 8756:9, 8756:12, 8756:13, 8756:15, 8756:24, 8757:3, 8757:4, 8757:8, 8757:11, 8758:13, 8758:14, 8760:13, 8760:21, 8760:24, 8761:3, 8761:14, 8762:17, 8763:6, 8763:21, 8764:5, 8764:16, 8765:7, 8765:9, 8765:16, 8765:21, 8767:2, 8767:21, 8768:19, 8769:2, 8769:16, 8770:3, 8771:7, 8772:17, 8772:21, 8772:22, 8773:6, 8773:12, 8773:13, 8774:18, 8775:11, 8776:1, 8776:17, 8779:1, 8780:9, 8783:15, 8783:17, 8783:22, 8784:3, 8784:18, 8785:4, 8785:18, 8785:20, 8786:1, 8786:4, 8786:6, 8786:7, 8786:10, 8786:13, 8786:16, 8786:18, 8786:22, 8786:23, 8787:6, 8787:8, 8787:10, 8787:11, 8787:15, 8787:18, 8788:6, 8788:21, 8788:22, 8789:17, 8789:18, 8791:6, 8791:7, 8791:10, 8791:15, 8792:1, 8792:3, 8792:7, 8793:2, 8793:3, 8793:8, 8793:16, 8794:1, 8794:4, 8794:5, 8794:9, 8794:11, 8794:19, 8794:22, 8794:24, 8794:25, 8795:25, 8796:5, 8796:16,

8797:11, 8797:12, 8797:16, 8798:1, 8798:17, 8798:21, 8798:22, 8799:10, 8800:3, 8801:21, 8802:8, 8802:17, 8802:18, 8803:1, 8803:7, 8803:11, 8803:25, 8804:5, 8804:6, 8804:11, 8804:19, 8805:1, 8805:8, 8806:8, 8806:11, 8807:4, 8807:6, 8807:7, 8807:12, 8807:17, 8808:5, 8808:6, 8808:8, 8808:9, 8808:10, 8808:13, 8809:10, 8809:12, 8810:14, 8814:4, 8814:10, 8814:19, 8815:15, 8815:16, 8815:21, 8815:25, 8818:7, 8818:23, 8819:3, 8819:20, 8821:4, 8821:5, 8822:8, 8822:19, 8823:6, 8823:8, 8823:22, 8824:6, 8825:2, 8825:18, 8825:19, 8826:1, 8827:7, 8827:11, 8827:12, 8827:13, 8827:14, 8827:15, 8827:16, 8828:1, 8828:7, 8828:23, 8829:1, 8829:9, 8829:12, 8831:8, 8831:12, 8831:13, 8831:23, 8832:8, 8832:10, 8833:9, 8833:12, 8833:16, 8834:13, 8835:17, 8836:10, 8836:13, 8837:16, 8837:17, 8837:18, 8838:12, 8838:14, 8838:17, 8838:19, 8838:20, 8838:22, 8838:24, 8839:6, 8839:7, 8839:12, 8840:10, 8841:25, 8842:1, 8842:6, 8842:7, 8842:8, 8842:9, 8842:11, 8842:12, 8842:16, 8842:19, 8843:6, 8845:3, 8845:19, 8845:25, 8846:15, 8846:21, 8847:6, 8847:22, 8848:7, 8848:13,

8848:19, 8849:14, 8849:19, 8849:24, 8850:2, 8850:14, 8852:4, 8853:6, 8853:15, 8853:23, 8854:8, 8855:2, 8855:5, 8856:25, 8857:15, 8857:25, 8858:15, 8859:16, 8860:1, 8860:19, 8860:21, 8860:23, 8860:24, 8861:3, 8861:4, 8861:5, 8861:7, 8861:13, 8861:16, 8861:25, 8862:5, 8862:13, 8862:15, 8862:19, 8862:25, 8863:1, 8863:3, 8863:7, 8863:9, 8863:11, 8863:12, 8863:17, 8864:4, 8864:5, 8865:17, 8865:24, 8867:4, 8868:8, 8868:16, 8868:20, 8869:5, 8869:20, 8870:10, 8870:19, 8871:7, 8871:8, 8871:9, 8871:11, 8872:2, 8872:8, 8872:13, 8872:16, 8872:21, 8872:22, 8873:6, 8873:20, 8873:21, 8873:25, 8874:9, 8874:10, 8875:2, 8875:17, 8875:21, 8875:23, 8876:2, 8876:4, 8876:9, 8876:12, 8876:21, 8877:7, 8877:18, 8878:2, 8878:5, 8878:7, 8878:13, 8878:22, 8879:7, 8880:1, 8880:25, 8881:2, 8881:11, 8881:16, 8881:21, 8881:22, 8882:15, 8883:1, 8883:19, 8883:21, 8884:9, 8885:12, 8885:15, 8886:1, 8886:6, 8886:7, 8886:11, 8888:21, 8889:2, 8889:12, 8889:13, 8889:15, 8889:16, 8890:8, 8891:9, 8893:13, 8893:24, 8894:4, 8894:21, 8895:24, 8896:9, 8896:25, 8897:3, 8897:7,

8897:8, 8897:10, 8897:11, 8897:14, 8897:15, 8897:19, 8898:2, 8898:3, 8899:1, 8899:10, 8899:13, 8899:15, 8900:4, 8900:7, 8900:10, 8900:22, 8900:23, 8901:10, 8902:25, 8903:2, 8903:8, 8903:10

**It** [1] - 8879:20

**it's** [69] - 8732:24, 8733:19, 8738:1, 8738:4, 8738:11, 8738:12, 8739:3, 8740:15, 8741:20, 8744:20, 8748:5, 8749:11, 8750:1, 8750:6, 8750:7, 8751:4, 8751:16, 8753:13, 8756:12, 8756:20, 8758:18, 8761:12, 8762:19, 8762:20, 8769:7, 8773:21, 8773:23, 8790:17, 8795:25, 8796:20, 8799:3, 8800:6, 8801:22, 8801:24, 8802:14, 8803:2, 8807:21, 8810:11, 8813:4, 8813:18, 8813:19, 8822:2, 8828:23, 8831:13, 8834:3, 8838:16, 8838:18, 8839:13, 8842:7, 8854:16, 8854:19, 8863:2, 8865:3, 8871:8, 8872:2, 8873:3, 8873:22, 8875:16, 8879:24, 8884:9, 8886:22, 8889:9, 8891:9, 8896:12, 8900:2, 8900:17

**item** [7] - 8844:12, 8844:13, 8869:9, 8876:12, 8881:2, 8882:1, 8882:19

**items** [39] - 8775:12, 8775:24, 8776:6, 8776:8, 8776:15, 8776:20, 8776:21, 8777:6, 8777:7, 8777:9, 8777:22, 8840:12, 8844:24, 8845:7, 8847:10, 8847:15, 8859:11, 8863:9, 8865:23, 8867:7, 8867:8,

8868:6, 8868:19,
8868:22, 8869:1,
8869:9, 8871:1,
8871:23, 8871:24,
8872:1, 8872:12,
8874:14, 8876:10,
8877:1, 8877:3,
8879:2, 8881:15,
8881:23, 8882:2

**iterations** [1] -
8762:19

**its** [6] - 8831:19,
8833:15, 8835:20,
8836:25, 8849:22,
8893:16

**itself** [10] - 8735:6,
8736:12, 8759:23,
8761:25, 8822:6,
8826:25, 8885:15,
8886:1, 8887:5,
8902:19

# J

**J** [8] - 8725:8,
8725:22, 8726:6,
8726:17, 8728:8,
8729:4, 8729:11,
8729:20

**JAMES** [2] - 8726:3,
8728:13

**January** [3] -
8796:20, 8847:10,
8876:5

**Jason** [1] - 8852:5

**JEFFERSON** [2] -
8726:4, 8729:21

**JEFFREY** [1] -
8726:14

**JERRY** [1] - 8730:7

**Jesse** [8] - 8767:24,
8900:11, 8900:23,
8901:4, 8901:6,
8902:5, 8902:24,
8903:3

**Jesse's** [1] - 8902:18

**JESSICA** [2] -
8727:20, 8727:21

**JIMMY** [1] - 8727:4

**Jimmy** [4] - 8777:21,
8852:5, 8876:17,
8892:3

**job** [36] - 8734:10,
8734:22, 8735:25,
8736:2, 8736:12,
8737:6, 8737:9,
8737:24, 8738:3,
8738:6, 8740:1,
8744:24, 8754:5,
8755:14, 8755:23,

8757:2, 8757:5,
8758:2, 8759:1,
8770:4, 8786:17,
8786:22, 8795:11,
8796:19, 8825:13,
8825:15, 8842:21,
8848:13, 8857:6,
8857:8, 8857:21,
8872:25, 8879:1,
8886:18, 8887:7

**jobs** [3] - 8795:2,
8869:6, 8872:7

**JOHN** [4] - 8727:2,
8729:23, 8730:11,
8731:5

**John** [34] - 8751:21,
8770:16, 8786:1,
8787:1, 8805:25,
8806:12, 8807:13,
8808:5, 8808:6,
8808:9, 8821:15,
8827:6, 8827:7,
8827:21, 8839:2,
8845:15, 8860:23,
8861:3, 8869:20,
8874:4, 8874:13,
8875:3, 8876:5,
8876:9, 8878:25,
8885:24, 8893:19,
8895:20, 8895:21,
8895:22, 8900:18,
8900:21, 8901:4

**Johnson** [22] -
8775:22, 8777:21,
8777:24, 8856:19,
8857:3, 8857:5,
8869:12, 8869:16,
8870:9, 8870:25,
8872:12, 8873:4,
8873:23, 8874:5,
8874:7, 8874:13,
8875:9, 8875:17,
8875:24, 8876:5,
8876:17, 8892:3

**Johnson's** [1] -
8776:16

**joined** [1] - 8774:14

**Jonathan** [4] -
8748:21, 8845:15,
8887:10, 8887:13

**JR** [2] - 8726:17,
8730:3

**JUDGE** [1] - 8725:23

**Judge** [2] - 8788:10,
8807:2

**judgment** [4] -
8739:8, 8759:15,
8773:8, 8808:15

**judgments** [1] -
8755:19

**July** [2] - 8805:16,
8827:3

**just** [102] - 8734:4,
8735:5, 8736:24,
8737:4, 8737:23,
8739:3, 8739:4,
8740:10, 8740:16,
8741:5, 8742:20,
8743:12, 8744:14,
8746:3, 8746:6,
8748:11, 8748:24,
8750:10, 8752:10,
8752:11, 8754:15,
8756:10, 8757:25,
8758:2, 8758:11,
8758:14, 8758:18,
8758:19, 8758:21,
8761:14, 8762:20,
8763:23, 8770:12,
8770:20, 8770:25,
8771:4, 8772:20,
8774:19, 8775:15,
8775:23, 8779:14,
8780:9, 8783:2,
8785:7, 8789:21,
8794:17, 8800:22,
8801:8, 8802:1,
8802:25, 8803:16,
8803:24, 8804:4,
8804:11, 8804:13,
8804:20, 8807:4,
8810:11, 8811:5,
8813:15, 8818:19,
8818:22, 8819:8,
8822:5, 8822:14,
8823:5, 8824:9,
8825:24, 8826:4,
8828:7, 8832:12,
8833:6, 8834:2,
8834:7, 8837:4,
8840:10, 8840:21,
8842:15, 8842:17,
8845:16, 8845:19,
8846:13, 8847:8,
8848:1, 8848:6,
8850:10, 8850:14,
8850:17, 8852:9,
8854:25, 8869:15,
8871:8, 8871:11,
8885:15, 8886:6,
8886:23, 8888:14,
8891:25, 8892:2,
8900:13, 8902:5

**JUSTICE** [4] -
8727:10, 8727:14,
8727:19, 8728:1

**justification** [1] -
8848:9

# K

**K** [1] - 8728:22

**Kaluza** [10] -
8740:11, 8741:8,
8741:17, 8774:6,
8891:2, 8891:9,
8891:9, 8891:17,
8891:20, 8899:16

**Kaluza's** [2] -
8891:23, 8892:4

**KANNER** [3] -
8728:16, 8728:17,
8851:6

**Karen** [2] - 8904:5,
8904:13

**KAREN** [1] - 8730:13

karen_lbos@laed.
uscourts.gov [1] -
8730:15

**kARIS** [1] - 8768:7

**KARIS** [42] - 8732:7,
8732:10, 8732:10,
8732:12, 8735:10,
8735:11, 8749:1,
8749:3, 8749:4,
8767:6, 8767:8,
8768:8, 8769:20,
8769:21, 8770:11,
8770:14, 8776:24,
8776:25, 8778:24,
8782:20, 8784:6,
8799:1, 8807:18,
8807:22, 8812:25,
8813:13, 8813:22,
8814:5, 8814:15,
8815:2, 8815:4,
8815:10, 8815:24,
8816:3, 8823:17,
8825:5, 8834:10,
8837:6, 8841:10,
8842:22, 8902:15,
8903:19

**Karis** [4] - 8731:7,
8732:7, 8749:2,
8814:25

**Kaskida** [1] -
8778:19

**Kate** [1] - 8884:21

**KATZ** [1] - 8726:6

**keep** [5] - 8741:4,
8750:25, 8840:20,
8840:22, 8840:23

**keeps** [2] - 8840:24,
8841:3

**KELLEY** [1] - 8728:3

**Kent** [2] - 8807:15,
8873:23

**kept** [1] - 8817:23

**KERRY** [1] - 8729:11

**key** [6] - 8776:1,
8784:23, 8784:25,
8785:1, 8785:9,
8803:8

**kick** [6] - 8827:2,
8828:7, 8838:6,
8883:17, 8884:7,
8887:20

**kicks** [2] - 8827:19,
8828:8

**kill** [10] - 8772:20,
8820:1, 8820:8,
8820:9, 8820:11,
8894:19, 8894:21,
8896:1, 8897:14,
8899:24

**killed** [1] - 8800:25

**KINCHEN** [2] -
8729:23, 8729:23

**kind** [3] - 8795:5,
8878:11, 8882:5

**kinds** [2] - 8803:6,
8832:13

**KIRKLAND** [1] -
8729:4

**knew** [22] - 8735:22,
8735:23, 8797:11,
8810:17, 8817:21,
8818:11, 8818:12,
8821:1, 8821:2,
8821:5, 8821:8,
8821:24, 8825:3,
8826:24, 8844:20,
8844:21, 8849:18,
8855:4, 8892:2,
8895:6, 8895:10

**knocked** [1] -
8874:15

**know** [110] - 8735:14,
8738:11, 8738:12,
8739:13, 8739:14,
8739:15, 8739:16,
8740:23, 8741:23,
8742:7, 8743:20,
8744:16, 8749:12,
8751:18, 8753:12,
8754:6, 8754:20,
8757:3, 8757:25,
8758:16, 8758:21,
8762:9, 8763:10,
8765:13, 8767:25,
8773:11, 8779:7,
8779:10, 8779:13,
8782:1, 8782:5,
8782:15, 8784:1,
8784:4, 8784:12,
8785:20, 8788:10,
8792:2, 8793:1,
8795:15, 8795:19,

8796:18, 8800:12,
8804:11, 8809:20,
8811:22, 8813:2,
8814:1, 8815:13,
8815:16, 8816:15,
8816:16, 8818:20,
8820:6, 8821:6,
8821:7, 8822:5,
8822:6, 8822:7,
8823:5, 8824:14,
8829:14, 8829:22,
8830:20, 8830:23,
8830:25, 8831:9,
8832:12, 8832:13,
8833:1, 8834:2,
8834:3, 8835:4,
8835:8, 8835:11,
8835:15, 8835:20,
8836:15, 8836:25,
8838:10, 8838:12,
8839:14, 8839:25,
8840:11, 8841:6,
8841:12, 8845:19,
8847:13, 8847:15,
8856:12, 8860:24,
8864:22, 8865:10,
8874:20, 8885:12,
8886:19, 8886:23,
8891:25, 8893:25,
8896:10, 8896:12,
8899:14, 8899:20,
8901:9, 8902:13

**knowledge** [2] -
8742:24, 8760:25
**knowledgeable** [1] -
8865:11
**known** [4] - 8838:14,
8838:17, 8838:19,
8862:23
**knows** [1] - 8782:22
**KRAUS** [1] - 8728:17
**Kuchler** [5] - 8813:7,
8813:23, 8814:6,
8814:22, 8815:11
**Kuchta** [3] - 8852:6,
8876:18, 8892:4
**KULLMAN** [1] -
8726:11

# L

**L** [2] - 8728:7,
8729:14
**L.L.C** [1] - 8730:9
**LA** [14] - 8726:5,
8726:7, 8726:13,
8726:18, 8726:20,
8726:23, 8727:3,
8727:8, 8728:15,
8728:18, 8728:24,

8729:12, 8729:22,
8730:14
**lab** [3] - 8786:17,
8786:23, 8901:5
**lack** [1] - 8888:22
**LAFAYETTE** [2] -
8726:5, 8729:22
**LAFLEUR** [1] -
8729:20
**laid** [1] - 8780:19
**LAMAR** [1] - 8730:7
**Lambert** [1] -
8891:13
**land** [3] - 8756:15,
8756:16, 8760:5
**landed** [1] - 8740:10
**LANGAN** [1] - 8729:4
**language** [1] -
8805:1
**larger** [1] - 8888:1
**LASALLE** [1] -
8729:6
**last** [13] - 8793:12,
8793:23, 8805:22,
8815:21, 8819:15,
8820:19, 8820:20,
8820:23, 8834:12,
8849:1, 8901:5,
8901:6, 8901:24
**last-minute** [2] -
8793:12, 8793:23
**latch** [4] - 8881:3,
8881:4, 8881:8,
8881:9
**latches** [1] - 8881:18
**later** [6] - 8756:13,
8803:11, 8811:11,
8812:14, 8816:7,
8870:19
**LAW** [3] - 8726:19,
8726:21, 8727:6
**Lawrence** [2] -
8731:11, 8843:10
**LAWRENCE** [14] -
8727:22, 8843:10,
8843:13, 8845:11,
8845:13, 8845:22,
8845:23, 8847:18,
8847:19, 8848:4,
8848:5, 8850:5,
8850:9, 8850:25
**lawyer** [1] - 8892:10
**lawyers** [1] - 8788:17
**lay** [1] - 8763:19
**lays** [2] - 8763:19,
8857:25
**LCM** [1] - 8787:16
**lead** [2] - 8803:18,
8878:18
**leader** [54] - 8757:12,

8760:9, 8760:14,
8764:3, 8774:13,
8774:23, 8775:3,
8775:6, 8779:22,
8780:14, 8780:19,
8780:21, 8780:22,
8781:2, 8783:4,
8784:16, 8785:18,
8796:25, 8797:3,
8799:17, 8799:19,
8804:14, 8804:15,
8805:5, 8805:11,
8805:13, 8805:14,
8805:24, 8806:7,
8808:14, 8809:25,
8810:2, 8810:20,
8811:17, 8811:19,
8816:9, 8816:25,
8817:1, 8817:10,
8831:17, 8842:2,
8842:12, 8847:17,
8847:23, 8855:18,
8856:8, 8857:14,
8859:8, 8875:20,
8889:12, 8891:16,
8900:1, 8900:2
**leader's** [2] -
8798:12, 8816:19
**leaders** [49] -
8737:12, 8737:13,
8737:14, 8740:11,
8757:11, 8763:12,
8763:21, 8764:23,
8779:25, 8780:11,
8781:11, 8787:11,
8787:15, 8792:5,
8794:22, 8799:22,
8800:8, 8800:10,
8800:12, 8801:5,
8803:24, 8804:5,
8809:9, 8810:15,
8811:15, 8812:4,
8812:21, 8817:17,
8817:20, 8818:16,
8819:8, 8820:4,
8820:15, 8836:8,
8837:5, 8852:9,
8854:6, 8856:19,
8883:24, 8889:14,
8890:16, 8892:5,
8898:4, 8898:8,
8898:12, 8899:4,
8899:10, 8899:16
**leaders'** [1] -
8809:18
**leadership** [10] -
8779:18, 8792:12,
8818:16, 8821:10,
8825:20, 8842:20,
8843:4, 8879:10,
8890:3, 8890:10

**leading** [5] -
8760:21, 8781:4,
8781:20, 8830:25,
8831:7
**leak** [1] - 8744:19
**leaking** [1] - 8744:18
**learn** [4] - 8776:12,
8794:25, 8807:12,
8808:5
**learned** [2] -
8840:20, 8849:8
**learning** [5] - 8794:9,
8794:19, 8794:20,
8794:24, 8795:5
**LEASING** [1] -
8725:13
**least** [8] - 8769:6,
8818:9, 8823:24,
8829:22, 8841:6,
8875:13, 8883:4,
8890:16
**leave** [11] - 8761:13,
8761:22, 8761:24,
8766:16, 8773:5,
8810:3, 8811:20,
8816:13, 8817:12,
8817:15, 8857:18
**leaves** [1] - 8761:13
**led** [5] - 8781:8,
8803:16, 8822:2,
8836:20, 8843:4
**Lee** [2] - 8883:24,
8884:5
**left** [13] - 8761:15,
8802:4, 8808:8,
8809:18, 8812:2,
8816:17, 8819:14,
8819:16, 8820:23,
8842:18, 8845:7,
8850:22, 8888:3
**LEGER** [2] -
8726:16, 8726:17
**legislation** [1] -
8858:20
**length** [1] - 8765:10
**less** [4] - 8766:6,
8766:18, 8768:21,
8805:2
**lessons** [1] -
8840:20
**let** [23] - 8735:8,
8736:17, 8741:7,
8748:5, 8765:4,
8775:5, 8788:13,
8788:20, 8807:25,
8810:4, 8822:8,
8825:10, 8826:1,
8835:3, 8867:8,
8877:6, 8881:22,
8883:16, 8886:23,

8900:10, 8901:23,
8902:13, 8902:18
**let's** [105] - 8740:3,
8751:5, 8752:13,
8752:14, 8752:22,
8753:14, 8755:16,
8759:22, 8762:3,
8775:2, 8779:6,
8780:3, 8781:13,
8785:22, 8787:21,
8788:9, 8789:17,
8790:17, 8793:17,
8793:22, 8794:7,
8795:22, 8796:14,
8798:9, 8798:16,
8798:23, 8800:6,
8800:7, 8805:21,
8806:21, 8808:14,
8808:19, 8808:22,
8823:15, 8826:23,
8833:23, 8833:25,
8841:21, 8843:1,
8853:1, 8854:16,
8855:16, 8856:3,
8857:18, 8857:23,
8858:25, 8859:24,
8860:14, 8861:1,
8861:21, 8862:8,
8862:10, 8862:14,
8863:2, 8863:8,
8863:13, 8863:23,
8864:15, 8865:3,
8865:21, 8866:18,
8866:25, 8868:2,
8868:17, 8869:3,
8869:11, 8872:5,
8873:3, 8873:22,
8875:2, 8875:16,
8876:4, 8877:6,
8878:20, 8879:5,
8879:24, 8880:7,
8880:12, 8880:21,
8881:15, 8882:1,
8885:21, 8886:20,
8887:8, 8888:12,
8888:19, 8889:3,
8889:4, 8889:17,
8891:7, 8892:20,
8893:4, 8894:2,
8895:13, 8896:22,
8898:17, 8898:22,
8900:15, 8901:1,
8903:16
**Let's** [1] - 8886:12
**letting** [1] - 8767:25
**level** [4] - 8742:25,
8743:3, 8792:11,
8793:22
**LEWIS** [5] - 8726:11,
8728:22, 8730:2,

8730:6, 8730:9
**LI** [1] - 8729:18
**LIFE** [1] - 8726:12
**lift** [1] - 8756:3
**light** [1] - 8738:23
**like** [25] - 8732:14,
8758:17, 8763:23,
8779:14, 8782:16,
8788:22, 8792:3,
8798:2, 8815:21,
8817:4, 8818:19,
8827:15, 8834:3,
8844:1, 8846:13,
8852:7, 8856:19,
8857:10, 8858:5,
8865:14, 8865:15,
8868:3, 8871:19,
8875:19, 8897:20
**liked** [1] - 8796:2
**limited** [1] - 8843:19
**line** [34] - 8743:24,
8750:12, 8772:20,
8783:19, 8788:9,
8788:25, 8790:11,
8790:21, 8791:12,
8807:8, 8809:2,
8810:13, 8815:25,
8817:16, 8818:22,
8820:1, 8820:8,
8820:10, 8820:12,
8831:24, 8831:25,
8832:23, 8834:16,
8850:19, 8850:22,
8850:23, 8869:9,
8870:19, 8894:19,
8894:22, 8896:1,
8897:14, 8899:24,
8900:23
**lined** [1] - 8745:3
**liner** [7] - 8750:15,
8751:25, 8787:2,
8794:4, 8794:6,
8821:11, 8824:7
**LISKOW** [1] -
8728:22
**list** [4] - 8775:9,
8775:10, 8879:2,
8883:1
**listed** [2] - 8863:15,
8866:23
**listen** [5] - 8798:11,
8799:14, 8803:3,
8803:7
**literally** [1] - 8819:24
**LITIGATION** [1] -
8728:2
**little** [12] - 8741:4,
8742:4, 8744:25,
8748:11, 8752:16,
8790:3, 8796:23,

8812:20, 8845:24,
8855:12, 8887:7
**Little** [3] - 8796:22,
8845:6, 8846:7
**Little's** [1] - 8846:7
**LLC** [1] - 8729:8
**load** [1] - 8771:9
**Local** [1] - 8832:7
**local** [2] - 8858:20
**location** [2] -
8761:11, 8901:13
**locations** [1] -
8855:2
**lockdown** [4] -
8765:4, 8765:15,
8765:19, 8767:17
**locking** [1] - 8881:4
**locks** [1] - 8849:9
**log** [37] - 8733:19,
8751:5, 8751:6,
8751:10, 8751:11,
8751:13, 8751:19,
8752:3, 8752:7,
8755:2, 8755:8,
8755:10, 8755:12,
8755:17, 8755:20,
8755:23, 8756:2,
8756:6, 8756:9,
8757:10, 8757:14,
8757:17, 8757:19,
8757:20, 8757:21,
8757:22, 8759:6,
8759:9, 8759:12,
8759:16, 8759:20,
8786:2, 8793:12,
8814:8, 8814:16,
8814:22, 8815:13
**logged** [1] - 8732:20
**logging** [4] - 8734:3,
8752:24, 8802:5,
8885:3
**logical** [2] - 8799:18,
8803:23
**logistical** [5] -
8758:1, 8758:22,
8758:25, 8759:2,
8763:13
**logistically** [2] -
8758:14, 8860:22
**logistics** [7] -
8793:11, 8793:21,
8793:25, 8794:2,
8794:11, 8795:13,
8795:20
**logs** [5] - 8813:3,
8813:7, 8813:24,
8814:20, 8815:5
**London** [1] - 8813:17
**lone** [2] - 8824:9,
8826:12

**long** [25] - 8734:5,
8734:7, 8734:11,
8739:23, 8751:25,
8753:4, 8753:9,
8753:12, 8753:18,
8753:21, 8753:24,
8754:2, 8754:4,
8758:17, 8774:12,
8787:1, 8792:2,
8798:20, 8798:21,
8821:11, 8824:6,
8825:25, 8848:10,
8896:14, 8901:10
**long-string** [1] -
8848:10
**longer** [4] - 8798:17,
8806:12, 8874:17,
8888:4
**Look** [2] - 8738:11,
8738:13
**look** [57] - 8745:10,
8748:10, 8752:5,
8753:17, 8754:1,
8755:22, 8756:1,
8756:2, 8762:22,
8763:16, 8764:15,
8768:4, 8768:7,
8769:20, 8770:11,
8776:24, 8780:3,
8780:5, 8784:22,
8785:6, 8785:22,
8785:24, 8787:21,
8790:11, 8790:17,
8793:17, 8793:18,
8794:7, 8796:14,
8796:22, 8798:23,
8800:6, 8805:16,
8805:21, 8808:22,
8814:18, 8818:13,
8840:19, 8843:1,
8845:22, 8848:6,
8850:5, 8864:8,
8864:10, 8864:12,
8866:6, 8866:9,
8866:13, 8868:19,
8869:4, 8872:5,
8875:16, 8876:4,
8880:21, 8880:22,
8885:21, 8891:7
**looked** [18] - 8738:9,
8744:16, 8745:21,
8756:5, 8784:22,
8787:24, 8789:21,
8791:3, 8797:23,
8797:24, 8819:8,
8826:5, 8827:4,
8858:17, 8858:21,
8865:23, 8866:21,
8892:16
**looking** [11] -

8751:17, 8752:19,
8763:12, 8788:25,
8790:21, 8810:13,
8816:6, 8871:22,
8875:2, 8887:1,
8887:19
**Looking** [1] -
8745:24
**looks** [1] - 8868:17
**LOS** [1] - 8729:19
**lose** [5] - 8739:3,
8744:22, 8750:23,
8903:1
**losing** [1] - 8749:9
**loss** [7] - 8754:19,
8756:2, 8756:3,
8839:16, 8839:18,
8839:23, 8840:2
**losses** [19] -
8738:24, 8753:3,
8753:8, 8753:17,
8753:18, 8753:23,
8754:2, 8754:4,
8754:5, 8754:9,
8754:11, 8754:15,
8756:11, 8840:20,
8840:22, 8848:18,
8848:22, 8849:19,
8849:20
**lost** [7] - 8733:6,
8738:7, 8738:8,
8738:23, 8782:1,
8848:13, 8848:15
**lot** [12] - 8735:3,
8758:4, 8758:22,
8773:25, 8776:15,
8821:22, 8828:12,
8828:15, 8828:17,
8878:13, 8892:8,
8902:25
**loud** [1] - 8812:15
**LOUISIANA** [5] -
8725:2, 8725:8,
8728:11, 8728:13,
8730:11
**Louisiana** [3] -
8851:2, 8851:5,
8904:6
**love** [1] - 8801:13
**lower** [3] - 8744:7,
8744:11, 8891:17
**lowest** [2] - 8826:9,
8889:15
**LUIS** [1] - 8729:18
**lunch** [1] - 8732:13
**LUTHER** [1] - 8728:7
**LWD** [2] - 8732:25,
8733:19

# M

**M** [1] - 8726:11
**ma'am** [13] -
8843:16, 8843:20,
8843:23, 8844:11,
8844:14, 8844:25,
8845:21, 8846:4,
8846:22, 8847:25,
8848:24, 8849:6,
8850:6
**Macondo** [16] -
8748:2, 8751:7,
8751:20, 8756:6,
8759:25, 8762:4,
8762:23, 8773:15,
8778:6, 8778:9,
8778:14, 8782:18,
8848:8, 8886:24,
8887:17, 8887:25
**made** [43] - 8732:20,
8734:17, 8737:7,
8737:11, 8751:19,
8752:22, 8752:25,
8753:6, 8754:24,
8757:22, 8772:20,
8786:1, 8787:1,
8787:15, 8787:19,
8787:20, 8795:24,
8802:1, 8802:24,
8803:1, 8803:17,
8804:10, 8805:2,
8809:18, 8810:10,
8813:6, 8815:25,
8819:7, 8820:19,
8820:20, 8845:3,
8845:18, 8857:1,
8860:21, 8861:5,
8867:11, 8878:13,
8883:13, 8887:3,
8895:18, 8895:19,
8895:20
**made/should** [1] -
8887:3
**MAGAZINE** [1] -
8727:7
**MAHTOOK** [1] -
8729:20
**mail** [82] - 8745:11,
8768:10, 8770:12,
8770:13, 8771:1,
8777:1, 8787:22,
8787:24, 8788:3,
8789:3, 8789:15,
8789:17, 8789:23,
8791:5, 8791:21,
8791:25, 8795:4,
8795:6, 8795:8,
8795:21, 8795:24,
8796:11, 8797:23,

8798:9, 8798:10,
8798:12, 8798:20,
8798:21, 8798:24,
8799:2, 8799:13,
8811:24, 8811:25,
8812:1, 8812:2,
8812:5, 8812:6,
8812:7, 8821:2,
8826:23, 8841:21,
8842:1, 8842:3,
8842:4, 8842:18,
8845:9, 8845:11,
8845:12, 8845:24,
8847:6, 8869:15,
8869:23, 8873:3,
8873:22, 8874:11,
8875:16, 8876:2,
8878:17, 8878:20,
8878:24, 8879:5,
8879:25, 8880:8,
8886:22, 8887:6,
8887:10, 8888:14,
8888:21, 8889:1,
8889:6, 8889:9,
8892:10, 8892:11,
8893:6, 8893:9,
8893:15, 8893:19,
8900:17, 8900:20,
8901:14
   **mailed** [1] - 8845:7
   **mails** [9] - 8791:3,
8791:5, 8791:9,
8791:14, 8791:19,
8791:22, 8792:2,
8796:11, 8814:3
   **main** [4] - 8738:13,
8739:1, 8881:3,
8881:8
   **MAIN** [1] - 8727:2
   **maintained** [1] -
8872:3
   **maintaining** [1] -
8840:6
   **maintenance** [20] -
8776:15, 8776:19,
8776:20, 8857:20,
8862:5, 8869:5,
8870:15, 8871:1,
8871:7, 8871:14,
8871:23, 8872:1,
8872:7, 8874:8,
8877:3, 8877:8,
8877:9, 8878:4,
8878:10, 8880:4
   **major** [3] - 8779:14,
8848:17, 8849:20
   **make** [33] - 8733:10,
8740:22, 8742:20,
8752:10, 8763:12,
8774:11, 8774:12,

8774:19, 8778:9,
8786:17, 8786:22,
8794:6, 8800:16,
8803:10, 8803:22,
8806:2, 8809:16,
8812:13, 8813:15,
8815:15, 8833:10,
8855:3, 8858:4,
8859:20, 8860:8,
8871:23, 8873:15,
8875:10, 8896:1,
8896:3, 8896:5,
8900:22
   **makes** [3] - 8767:23,
8815:14, 8815:16
   **making** [11] - 8739:8,
8752:23, 8759:19,
8770:25, 8776:7,
8777:17, 8778:22,
8812:4, 8833:16,
8864:7, 8875:10
   **Malinda** [1] -
8843:10
   **MALINDA** [1] -
8727:22
   **man** [5] - 8820:20,
8836:15, 8847:2,
8861:23, 8869:7
   **manage** [1] -
8887:16
   **managed** [1] -
8814:25
   **Management** [4] -
8765:24, 8769:18,
8848:3, 8863:24
   **management** [12] -
8751:23, 8830:2,
8831:9, 8831:12,
8833:13, 8833:14,
8851:23, 8864:3,
8864:8, 8866:5,
8867:14, 8868:10
   **manager** [3] -
8830:20, 8835:4,
8875:10
   **managers** [1] -
8889:8
   **managing** [1] -
8855:19
   **mandate** [2] -
8842:5, 8842:21
   **manipulate** [1] -
8764:7
   **manner** [5] -
8773:21, 8775:13,
8778:1, 8778:6,
8793:5
   **Manual** [1] - 8864:3
   **manual** [7] - 8830:7,
8831:19, 8832:7,

8838:9, 8838:16,
8838:18, 8840:9
   **many** [9] - 8754:21,
8760:3, 8790:10,
8825:8, 8828:10,
8828:19, 8841:19,
8861:20, 8874:19
   **March** [18] - 8777:1,
8826:25, 8827:2,
8827:6, 8830:18,
8838:6, 8839:23,
8883:17, 8883:21,
8884:2, 8884:7,
8884:17, 8884:21,
8885:17, 8886:2,
8886:22, 8887:13
   **margin** [1] - 8887:24
   **marginalized** [2] -
8804:24, 8805:2
   **Marine** [1] - 8863:5
   **marine** [28] - 8776:3,
8776:4, 8777:5,
8844:7, 8844:10,
8844:12, 8844:13,
8844:15, 8858:9,
8862:11, 8862:16,
8862:21, 8862:22,
8864:24, 8865:12,
8865:15, 8867:21,
8868:6, 8868:12,
8868:14, 8868:18,
8868:22, 8868:25,
8874:15, 8878:18,
8880:9
   **marine-related** [1] -
8862:16
   **mariner** [1] - 8862:11
   **Mark** [7] - 8769:22,
8822:20, 8823:21,
8857:10, 8894:6,
8895:20, 8900:17
   **mark** [1] - 8893:25
   **marked** [2] - 8869:5,
8878:7
   **Martin** [5] - 8898:20,
8898:24, 8899:6,
8899:10, 8899:13
   **martin** [1] - 8899:3
   **master** [2] - 8855:10,
8862:11
   **master's** [4] -
8864:9, 8864:15,
8864:16
   **match** [2] - 8758:19,
8895:18
   **mate** [1] - 8879:15
   **math** [3] - 8791:18,
8791:20, 8825:10
   **matter** [3] - 8738:1,
8779:17, 8904:9

   **matters** [2] -
8814:19, 8859:21
   **MATTHEW** [1] -
8729:5
   **Maxie** [4] - 8745:9,
8745:11, 8745:17,
8746:8
   **maximum** [2] -
8741:2, 8848:14
   **May** [5] - 8788:6,
8898:19, 8899:3,
8899:6, 8899:10
   **may** [10] - 8742:1,
8752:13, 8774:11,
8779:1, 8795:23,
8815:15, 8843:14,
8845:18, 8866:19,
8891:24
   **maybe** [7] - 8736:17,
8740:18, 8787:4,
8796:4, 8855:12,
8867:6, 8886:11
   **MAZE** [2] - 8728:7,
8851:4
   **McCLELLAN** [1] -
8727:20
   **McClicko** [1] -
8821:15
   **me** [65] - 8735:8,
8736:14, 8736:17,
8740:11, 8741:7,
8745:19, 8748:5,
8758:21, 8765:4,
8775:5, 8779:17,
8780:22, 8782:24,
8783:21, 8785:5,
8785:21, 8786:21,
8787:18, 8788:13,
8788:14, 8788:20,
8788:21, 8796:19,
8797:25, 8798:2,
8800:21, 8801:12,
8804:25, 8805:22,
8807:25, 8810:4,
8810:6, 8810:22,
8812:7, 8814:25,
8817:21, 8818:12,
8820:5, 8822:8,
8823:2, 8825:10,
8826:1, 8835:3,
8842:7, 8842:15,
8843:1, 8846:6,
8846:9, 8865:9,
8867:8, 8870:10,
8870:18, 8871:11,
8877:6, 8879:15,
8879:16, 8881:22,
8883:16, 8886:11,
8896:10, 8896:13,
8900:10, 8901:23,

8902:13, 8902:18
   **mean** [17] - 8732:19,
8732:21, 8734:25,
8735:16, 8765:10,
8765:23, 8772:2,
8788:3, 8809:20,
8812:25, 8838:18,
8840:19, 8840:21,
8851:2, 8852:7,
8899:7, 8903:3
   **mean..** [1] - 8806:4
   **meaning** [1] - 8805:1
   **means** [4] - 8741:12,
8741:16, 8823:10,
8889:12
   **meant** [3] - 8789:23,
8792:3, 8842:2
   **measure** [3] -
8754:7, 8754:20,
8754:21
   **measuring** [1] -
8754:8
   **MECHANICAL** [1] -
8730:17
   **mechanical** [2] -
8867:25, 8868:11
   **meet** [5] - 8797:25,
8846:23, 8847:7,
8847:16, 8901:8
   **meeting** [19] -
8747:4, 8757:9,
8757:12, 8757:18,
8797:25, 8803:3,
8821:11, 8821:14,
8822:12, 8822:16,
8824:12, 8824:14,
8824:16, 8824:21,
8856:23, 8856:24,
8857:1, 8894:15,
8895:1
   **meetings** [1] -
8790:13
   **member** [2] -
8884:20, 8885:9
   **member's** [1] -
8823:19
   **members** [3] -
8785:25, 8821:10,
8823:24
   **memory** [2] -
8791:11, 8886:11
   **men** [1] - 8826:19
   **mention** [3] -
8758:16, 8777:11,
8879:1
   **mentioned** [10] -
8738:7, 8738:22,
8742:14, 8745:24,
8746:16, 8757:5,
8796:23, 8820:14,

8844:4, 8844:10
  **merged** [3] -
8776:18, 8870:23
  **merger** [1] - 8870:17
  **message** [7] -
8810:3, 8811:20,
8812:2, 8816:13,
8816:17, 8817:12,
8817:15
  **met** [6] - 8755:12,
8757:15, 8790:19,
8843:14, 8851:13,
8892:2
  **Mexico** [19] - 8749:7,
8749:13, 8749:21,
8749:24, 8750:2,
8750:5, 8781:5,
8832:1, 8832:6,
8835:4, 8835:5,
8835:20, 8838:20,
8839:4, 8839:5,
8839:8, 8860:20,
8864:24, 8890:15
  **MEXICO** [1] - 8725:6
  **MI** [6] - 8730:9,
8745:5, 8745:11,
8745:22, 8746:21,
8746:25
  **MI-SWACO** [4] -
8745:5, 8745:11,
8746:21, 8746:25
  **MI-SWACO's** [1] -
8745:22
  **MICHAEL** [2] -
8727:11, 8729:17
  **MICHELLE** [1] -
8727:21
  **microphone** [1] -
8790:3
  **middle** [3] - 8802:4,
8802:7, 8808:24
  **midst** [2] - 8812:10,
8817:17
  **might** [8] - 8738:10,
8740:17, 8752:15,
8753:15, 8757:1,
8794:6
  **MILLER** [1] -
8729:11
  **min** [1] - 8768:13
  **mind** [4] - 8787:21,
8787:23, 8847:3,
8896:12
  **Mineral** [2] -
8765:23, 8769:18
  **minute** [4] - 8743:12,
8793:12, 8793:23,
8901:6
  **minutes** [14] -
8769:3, 8769:10,

8769:14, 8811:11,
8811:14, 8812:13,
8813:18, 8813:21,
8816:7, 8816:11,
8817:7, 8818:14,
8827:8, 8840:5
  **misinterpreted** [1] -
8898:2
  **misinterpreting** [1] -
8787:12
  **misleading** [1] -
8876:19
  **misled** [2] - 8841:9,
8841:16
  **misread** [1] - 8787:4
  **missed** [3] - 8796:5,
8885:16, 8886:2
  **misses** [1] - 8830:3
  **misspoken** [1] -
8774:11
  **misunderstanding**
[1] - 8774:20
  **Mitchell** [1] -
8891:17
  **mix** [1] - 8758:19
  **MMS** [26] - 8755:4,
8755:5, 8755:7,
8760:15, 8760:25,
8761:3, 8767:4,
8768:2, 8768:16,
8768:17, 8768:24,
8769:2, 8770:2,
8772:19, 8772:21,
8850:3, 8893:2,
8893:10, 8893:16,
8894:24, 8895:10,
8895:18, 8895:25,
8896:3, 8896:5,
8896:9
  **mobile** [1] - 8858:14
  **MOBILE** [1] -
8726:10
  **MOC** [3] - 8848:2,
8848:6, 8849:22
  **model** [13] - 8733:22,
8745:5, 8745:22,
8746:9, 8746:18,
8746:19, 8746:21,
8848:13, 8885:3,
8890:3, 8890:10,
8902:10, 8902:25
  **modeling** [5] -
8745:13, 8745:24,
8746:12, 8746:13,
8746:15
  **models** [1] - 8902:23
  **modified** [1] - 8768:2
  **modifying** [1] -
8896:4
  **MODU** [6] - 8858:12,

8858:14, 8863:23,
8865:21, 8866:10,
8866:20
  **module** [2] -
8833:16, 8833:17
  **moment** [2] - 8787:6,
8787:8
  **MONDAY** [1] -
8732:2
  **Monday** [1] - 8725:9
  **money** [2] - 8759:9,
8778:10
  **monitor** [6] -
8756:11, 8768:13,
8769:14, 8772:19,
8828:21, 8885:3
  **Monitor** [1] - 8769:3
  **monitored** [3] -
8773:22, 8894:21,
8896:1
  **monitoring** [4] -
8754:8, 8802:9,
8828:12, 8888:16
  **MONTGOMERY** [1] -
8728:9
  **month** [4] - 8777:12,
8777:20, 8881:11
  **months** [4] -
8831:23, 8860:2
  **more** [18] - 8733:8,
8739:22, 8743:7,
8743:10, 8748:11,
8758:2, 8774:10,
8795:10, 8802:3,
8820:13, 8820:18,
8822:12, 8825:22,
8826:6, 8843:24,
8871:11, 8887:25,
8890:20
  **Morel** [46] - 8740:14,
8740:20, 8742:14,
8742:17, 8762:6,
8762:12, 8762:22,
8764:9, 8764:11,
8764:15, 8764:20,
8764:22, 8765:12,
8765:13, 8766:3,
8766:7, 8766:21,
8766:24, 8767:9,
8767:19, 8768:4,
8768:9, 8768:14,
8768:20, 8769:5,
8770:8, 8770:15,
8770:22, 8771:15,
8771:20, 8772:9,
8772:12, 8773:1,
8774:6, 8774:7,
8776:16, 8777:4,
8777:8, 8777:16,
8777:24, 8779:5,
8780:5, 8782:21,
8783:18, 8784:16,
8787:21, 8788:13,
8792:21, 8793:17,
8793:19, 8795:14,
8796:23, 8797:2,
8797:21, 8798:3,
8798:5, 8798:8,
8799:13, 8801:16,

8893:19, 8894:9,
8896:18, 8900:17,
8900:21
  **Morel's** [1] - 8893:6
  **MORGAN** [1] -
8730:9
  **morning** [19] -
8740:9, 8747:4,
8755:13, 8757:6,
8757:7, 8757:8,
8772:13, 8772:23,
8774:12, 8797:25,
8803:21, 8804:13,
8804:18, 8856:23,
8894:15, 8895:1,
8896:18, 8903:10,
8903:16
  **most** [2] - 8798:7,
8845:17
  **motion** [1] - 8799:9
  **motions** [1] - 8799:4
  **move** [4] - 8785:8,
8875:24, 8889:3,
8900:10
  **Mr** [216] - 8731:9,
8731:13, 8732:8,
8732:13, 8737:18,
8740:23, 8741:8,
8741:17, 8742:14,
8742:15, 8742:17,
8745:12, 8746:6,
8747:14, 8762:12,
8762:22, 8762:23,
8763:16, 8764:9,
8764:11, 8764:15,
8764:17, 8764:20,
8764:22, 8765:12,
8765:13, 8766:3,
8766:7, 8766:21,
8766:24, 8767:9,
8767:19, 8768:4,
8768:9, 8768:14,
8768:20, 8770:15,
8770:22, 8771:15,
8771:20, 8772:9,
8772:12, 8773:1,
8774:6, 8774:7,
8776:16, 8777:4,
8777:8, 8777:16,
8777:24, 8779:5,
8780:5, 8782:21,
8783:18, 8784:16,
8787:21, 8788:13,
8792:21, 8793:17,
8793:19, 8795:14,
8796:23, 8797:2,
8797:21, 8798:3,
8798:5, 8798:8,
8799:13, 8801:16,

8802:2, 8802:11,
8802:13, 8802:16,
8803:15, 8803:18,
8804:15, 8806:18,
8807:1, 8807:4,
8807:13, 8808:11,
8809:1, 8813:1,
8814:9, 8815:6,
8815:16, 8816:6,
8817:5, 8818:3,
8819:9, 8819:22,
8820:14, 8821:1,
8821:17, 8821:18,
8822:19, 8822:24,
8823:6, 8823:20,
8823:21, 8823:24,
8824:18, 8824:20,
8824:23, 8825:1,
8825:23, 8826:12,
8826:15, 8827:1,
8829:24, 8830:16,
8834:9, 8834:15,
8837:17, 8837:25,
8838:15, 8839:1,
8841:20, 8843:2,
8843:14, 8845:24,
8846:6, 8846:9,
8847:3, 8849:8,
8850:25, 8851:10,
8857:10, 8861:5,
8863:6, 8864:22,
8865:6, 8865:9,
8865:14, 8865:17,
8869:12, 8869:16,
8870:9, 8870:25,
8872:12, 8873:14,
8873:16, 8873:22,
8873:23, 8875:24,
8878:21, 8878:24,
8879:6, 8879:9,
8879:25, 8880:3,
8880:9, 8880:13,
8883:17, 8884:5,
8884:9, 8885:12,
8887:4, 8888:21,
8889:6, 8889:19,
8891:5, 8891:9,
8891:17, 8891:20,
8891:23, 8892:4,
8892:11, 8892:22,
8893:6, 8893:9,
8893:14, 8893:15,
8893:19, 8893:25,
8894:9, 8895:1,
8895:2, 8895:9,
8895:15, 8895:16,
8895:23, 8896:7,
8896:14, 8897:23,
8898:24, 8899:3,
8899:6, 8899:10,
8899:13, 8899:15,

8899:16, 8899:20, 8899:23, 8900:6, 8900:20, 8900:21, 8901:16, 8901:17, 8902:1

**MR** [121] - 8779:1, 8779:4, 8780:3, 8780:4, 8780:24, 8781:1, 8782:25, 8783:18, 8783:20, 8784:11, 8785:22, 8785:23, 8787:5, 8787:7, 8788:10, 8788:12, 8788:24, 8789:1, 8790:7, 8799:12, 8806:9, 8806:10, 8806:20, 8807:2, 8807:3, 8807:8, 8807:9, 8807:21, 8807:25, 8808:4, 8808:22, 8808:25, 8812:17, 8813:10, 8813:16, 8814:12, 8815:18, 8816:5, 8824:2, 8824:5, 8825:7, 8834:14, 8837:10, 8841:14, 8842:25, 8843:8, 8850:5, 8851:4, 8851:6, 8851:9, 8853:1, 8853:2, 8854:16, 8854:18, 8855:7, 8855:8, 8855:16, 8855:17, 8856:3, 8856:4, 8857:23, 8857:24, 8858:25, 8859:1, 8859:24, 8859:25, 8861:1, 8861:2, 8861:21, 8861:22, 8862:8, 8862:9, 8865:3, 8865:5, 8867:2, 8867:3, 8867:9, 8867:10, 8880:23, 8880:24, 8885:21, 8885:23, 8886:12, 8886:13, 8886:20, 8886:21, 8887:8, 8887:9, 8888:12, 8888:13, 8888:19, 8888:20, 8889:4, 8889:5, 8889:17, 8889:18, 8891:7, 8891:8, 8892:20, 8892:21, 8893:4, 8893:5, 8894:2, 8894:3, 8895:13, 8895:14, 8896:22, 8896:23, 8898:17, 8898:18, 8898:22,

8898:23, 8900:15, 8900:16, 8901:1, 8901:2, 8902:16, 8903:6, 8903:12, 8903:15, 8903:18

**Ms** [12] - 8731:7, 8731:11, 8749:2, 8769:22, 8813:7, 8813:23, 8814:6, 8814:22, 8814:25, 8815:11, 8888:21, 8888:25

**MS** [54] - 8732:7, 8732:10, 8732:12, 8735:10, 8735:11, 8749:1, 8749:3, 8749:4, 8767:6, 8767:8, 8768:7, 8768:8, 8769:20, 8769:21, 8770:11, 8770:14, 8776:24, 8776:25, 8778:24, 8782:20, 8784:6, 8799:1, 8807:18, 8807:22, 8812:25, 8813:13, 8813:22, 8814:5, 8814:15, 8815:2, 8815:4, 8815:10, 8815:24, 8816:3, 8823:17, 8825:5, 8834:10, 8837:6, 8841:10, 8842:22, 8843:10, 8843:13, 8845:11, 8845:13, 8845:22, 8845:23, 8847:18, 8847:19, 8848:4, 8848:5, 8850:9, 8850:25, 8902:15, 8903:19

**mu** [1] - 8887:25

**much** [11] - 8746:20, 8791:8, 8796:9, 8798:17, 8813:4, 8814:19, 8815:22, 8827:19, 8874:3, 8875:20, 8888:22

**mud** [27] - 8733:1, 8735:3, 8735:17, 8735:19, 8735:20, 8735:25, 8736:3, 8736:8, 8736:15, 8736:22, 8736:24, 8737:2, 8738:20, 8738:21, 8743:22, 8743:23, 8744:12, 8746:20, 8750:16, 8750:23, 8756:20, 8756:21, 8761:11, 8761:12, 8763:18,

8892:23

**mudline** [3] - 8766:1, 8766:2, 8767:15

**mudlogger** [1] - 8828:13

**multiple** [15] - 8736:25, 8737:4, 8739:22, 8758:12, 8760:2, 8760:3, 8762:18, 8762:21, 8763:6, 8767:21, 8776:21, 8803:25, 8804:6, 8901:5

**MUNGER** [1] - 8729:16

**Murry** [7] - 8762:23, 8763:10, 8883:24, 8889:19, 8890:5, 8890:14, 8890:22

**my** [33] - 8746:5, 8767:2, 8783:22, 8788:7, 8791:11, 8791:18, 8795:6, 8797:13, 8800:24, 8801:3, 8803:14, 8804:16, 8810:11, 8810:19, 8817:20, 8824:2, 8825:10, 8832:18, 8833:1, 8839:25, 8846:8, 8851:10, 8868:21, 8870:11, 8873:11, 8884:23, 8885:11, 8885:13, 8886:11, 8899:8, 8903:3, 8904:8

**myself** [5] - 8737:12, 8775:11, 8775:19, 8821:15, 8881:21

---

# N

**N** [5] - 8729:6, 8731:1, 8732:3

**name** [6] - 8835:15, 8835:16, 8835:19, 8851:11, 8901:22, 8901:24

**named** [1] - 8810:16

**narrow** [1] - 8888:6

**Nathan** [1] - 8737:17

**NATHANIEL** [1] - 8727:17

**national** [1] - 8862:17

**NATURAL** [1] - 8727:14

**navigate** [1] - 8832:25

**near** [1] - 8830:3

**near-misses** [1] - 8830:3

**nearly** [2] - 8801:14, 8801:21

**necessarily** [1] - 8871:8

**necessary** [4] - 8763:7, 8763:12, 8814:13, 8854:14

**necessity** [2] - 8749:8, 8749:13

**Need** [1] - 8807:12

**need** [26] - 8749:17, 8756:1, 8757:16, 8763:17, 8763:19, 8763:20, 8769:9, 8771:13, 8772:21, 8788:13, 8788:21, 8794:8, 8795:15, 8798:18, 8808:5, 8816:1, 8869:20, 8871:24, 8874:14, 8888:1, 8888:6, 8888:14, 8891:23, 8892:23, 8895:18, 8901:4

**needed** [10] - 8757:23, 8765:20, 8810:21, 8857:6, 8857:21, 8862:5, 8867:1, 8885:6, 8886:18, 8903:5

**needs** [3] - 8755:17, 8872:2, 8901:8

**negative** [71] - 8760:22, 8761:2, 8761:8, 8761:17, 8761:19, 8761:20, 8763:17, 8763:22, 8766:5, 8766:8, 8766:11, 8767:5, 8767:25, 8768:1, 8768:15, 8768:18, 8769:15, 8770:8, 8770:16, 8770:17, 8770:21, 8771:4, 8771:9, 8771:17, 8771:20, 8771:21, 8771:23, 8772:3, 8772:10, 8772:12, 8772:14, 8772:19, 8772:24, 8773:1, 8773:3, 8774:1, 8774:2, 8774:8, 8787:12, 8787:16, 8808:20, 8809:5, 8809:10, 8811:4, 8811:6, 8812:10, 8818:4, 8818:10,

8818:24, 8819:25, 8820:3, 8820:8, 8820:11, 8820:17, 8892:7, 8892:8, 8892:18, 8892:23, 8893:20, 8893:23, 8894:19, 8894:21, 8895:19, 8895:25, 8896:24, 8897:17, 8898:1, 8898:5, 8898:9, 8898:13, 8899:17

**Negative** [4] - 8764:16, 8768:12, 8770:15, 8898:24

**Neil** [5] - 8864:22, 8873:4, 8873:5, 8873:8

**neither** [1] - 8899:15

**never** [28] - 8745:25, 8778:11, 8778:20, 8795:19, 8798:12, 8799:3, 8799:24, 8800:3, 8800:4, 8800:9, 8800:6, 8801:18, 8803:15, 8804:8, 8804:11, 8812:2, 8816:17, 8818:1, 8818:3, 8823:22, 8835:16, 8851:13, 8865:17, 8887:6, 8889:2, 8891:5, 8896:10, 8902:9

**new** [12] - 8796:1, 8796:5, 8796:12, 8797:24, 8831:20, 8835:23, 8836:9, 8837:12, 8837:14, 8837:16, 8871:1, 8901:11

**NEW** [9] - 8725:8, 8726:7, 8726:13, 8726:18, 8727:8, 8728:18, 8728:24, 8729:12, 8730:14

**next** [21] - 8767:14, 8769:3, 8778:18, 8781:13, 8785:15, 8790:17, 8792:8, 8792:14, 8794:7, 8795:9, 8800:6, 8807:11, 8816:6, 8832:15, 8833:23, 8833:25, 8854:3, 8870:11, 8872:25, 8901:4

**Nick** [3] - 8810:5, 8810:7, 8810:16

**night** [1] - 8898:2

Nile [1] - 8778:18
nine [2] - 8791:21,
8791:25
nine-hour [1] -
8791:21
NINTH [1] - 8726:22
no [142] - 8733:6,
8736:5, 8738:7,
8738:8, 8739:13,
8739:19, 8740:2,
8743:2, 8744:4,
8747:8, 8751:4,
8753:7, 8753:8,
8753:19, 8754:5,
8754:9, 8754:11,
8756:24, 8757:20,
8757:21, 8758:10,
8758:12, 8759:10,
8759:13, 8759:21,
8761:3, 8762:10,
8765:7, 8768:13,
8768:19, 8769:3,
8769:15, 8769:16,
8772:25, 8773:16,
8773:19, 8773:20,
8774:5, 8774:9,
8774:20, 8778:11,
8778:16, 8787:18,
8789:10, 8789:18,
8794:13, 8794:23,
8797:15, 8797:19,
8799:20, 8800:3,
8800:5, 8800:9,
8800:14, 8801:10,
8801:12, 8801:17,
8801:20, 8802:8,
8802:23, 8803:12,
8804:3, 8804:7,
8804:9, 8804:22,
8805:3, 8805:25,
8806:12, 8807:7,
8807:13, 8808:6,
8808:7, 8808:9,
8808:16, 8809:11,
8810:4, 8810:21,
8810:25, 8811:13,
8812:6, 8812:19,
8812:23, 8814:5,
8816:17, 8817:6,
8817:20, 8819:17,
8820:2, 8820:5,
8821:7, 8821:19,
8822:18, 8823:4,
8823:14, 8823:18,
8823:20, 8823:25,
8824:18, 8826:6,
8826:13, 8826:14,
8830:15, 8832:18,
8833:2, 8833:20,
8834:4, 8834:17,

8835:2, 8836:15,
8839:18, 8839:22,
8851:4, 8851:6,
8851:14, 8852:7,
8852:9, 8861:25,
8862:2, 8865:20,
8876:18, 8876:20,
8876:21, 8878:9,
8881:21, 8883:23,
8889:2, 8892:2,
8896:2, 8896:6,
8901:11, 8902:7,
8902:22, 8903:12
No [1] - 8768:12
NO [3] - 8725:8,
8725:12, 8725:14
nobody [12] -
8784:20, 8801:7,
8812:5, 8812:18,
8812:21, 8816:13,
8817:4, 8817:13,
8819:5, 8819:15,
8830:11, 8830:17
non [9] - 8844:13,
8844:15, 8865:12,
8868:12, 8868:14,
8868:18, 8868:22,
8868:25, 8891:16
non-marine [8] -
8844:13, 8844:15,
8865:12, 8868:12,
8868:14, 8868:18,
8868:22, 8868:25
non-trainee [1] -
8891:16
none [11] - 8758:10,
8758:12, 8785:3,
8785:17, 8793:8,
8793:9, 8803:13,
8816:10, 8817:11,
8835:22, 8842:9
NONJURY [1] -
8725:21
nor [1] - 8899:16
NORFOLK [1] -
8729:24
normal [5] - 8838:20,
8838:24, 8839:3,
8839:7, 8839:13
normally [3] -
8751:11, 8751:13,
8772:7
Norman [14] -
8844:18, 8844:20,
8845:14, 8846:2,
8846:10, 8846:13,
8846:14, 8846:17,
8846:23, 8847:3,
8847:7, 8847:9,
8847:15, 8847:16

Norman's [1] -
8845:24
NORTH [1] - 8728:14
not [303] - 8737:7,
8737:23, 8738:2,
8738:4, 8738:5,
8739:2, 8739:9,
8739:12, 8739:25,
8742:2, 8745:22,
8746:1, 8746:20,
8747:6, 8748:3,
8748:4, 8748:9,
8748:11, 8748:16,
8749:11, 8750:3,
8750:14, 8750:20,
8750:23, 8751:1,
8751:6, 8751:19,
8752:6, 8753:13,
8753:19, 8753:23,
8755:4, 8755:12,
8755:19, 8756:6,
8756:9, 8756:10,
8756:12, 8756:13,
8756:15, 8756:25,
8757:14, 8758:18,
8759:8, 8759:12,
8759:16, 8759:19,
8759:20, 8762:9,
8762:20, 8763:23,
8765:6, 8766:11,
8766:20, 8767:16,
8768:1, 8768:15,
8768:19, 8771:12,
8773:16, 8773:20,
8774:9, 8780:9,
8782:21, 8782:22,
8783:21, 8784:21,
8785:7, 8786:1,
8786:4, 8786:7,
8786:10, 8786:14,
8786:16, 8786:22,
8787:1, 8787:8,
8787:11, 8787:15,
8792:5, 8792:9,
8792:12, 8792:14,
8792:17, 8792:22,
8793:1, 8793:4,
8793:19, 8794:20,
8795:11, 8795:12,
8795:21, 8795:22,
8796:4, 8798:4,
8798:17, 8799:5,
8799:6, 8799:8,
8799:17, 8799:20,
8800:8, 8800:13,
8801:6, 8801:11,
8802:19, 8802:25,
8803:2, 8803:10,
8803:14, 8804:1,
8805:3, 8805:22,
8807:5, 8807:22,

8810:4, 8810:15,
8811:14, 8813:2,
8813:4, 8813:8,
8813:17, 8813:21,
8813:22, 8814:1,
8814:3, 8814:19,
8814:21, 8815:15,
8818:3, 8818:6,
8818:21, 8819:10,
8820:16, 8821:17,
8822:5, 8822:18,
8822:21, 8822:24,
8823:13, 8823:20,
8824:11, 8824:12,
8824:25, 8825:1,
8825:8, 8825:21,
8826:3, 8826:20,
8827:13, 8829:6,
8829:9, 8829:15,
8829:17, 8829:18,
8829:19, 8829:21,
8830:10, 8830:12,
8830:15, 8830:16,
8830:20, 8830:22,
8832:8, 8833:19,
8833:23, 8834:13,
8835:19, 8835:20,
8836:5, 8836:7,
8837:11, 8837:19,
8838:6, 8838:7,
8838:20, 8839:2,
8839:3, 8839:6,
8839:7, 8839:10,
8839:12, 8839:13,
8839:15, 8839:20,
8839:23, 8840:2,
8840:4, 8840:17,
8840:21, 8841:17,
8841:18, 8841:24,
8842:1, 8845:19,
8846:6, 8849:10,
8851:18, 8852:12,
8852:15, 8852:21,
8853:4, 8854:1,
8854:20, 8855:9,
8857:11, 8858:11,
8860:15, 8862:2,
8862:19, 8863:17,
8864:5, 8864:12,
8864:25, 8865:7,
8865:9, 8866:13,
8870:1, 8870:10,
8873:6, 8873:25,
8874:25, 8875:17,
8876:14, 8877:2,
8877:5, 8877:7,
8877:9, 8877:21,
8878:10, 8878:22,
8879:3, 8879:7,
8880:1, 8880:13,
8880:25, 8881:16,

8881:21, 8881:25,
8882:5, 8882:21,
8883:21, 8883:23,
8884:8, 8884:10,
8884:12, 8884:20,
8886:19, 8887:3,
8887:15, 8887:17,
8888:10, 8888:21,
8888:25, 8889:12,
8890:14, 8890:20,
8891:6, 8891:9,
8891:14, 8893:3,
8893:10, 8893:12,
8893:14, 8893:23,
8894:4, 8894:13,
8894:23, 8895:2,
8895:18, 8896:3,
8896:13, 8896:20,
8897:3, 8897:5,
8897:8, 8897:9,
8897:11, 8897:12,
8897:15, 8897:20,
8897:22, 8898:1,
8898:4, 8898:8,
8898:10, 8898:12,
8898:24, 8899:19,
8900:22, 8901:10,
8902:12, 8902:24
note [4] - 8809:18,
8896:19, 8896:24,
8897:5
notebook [1] -
8823:15
noted [1] - 8750:15
notes [20] - 8805:16,
8808:1, 8823:16,
8823:18, 8823:19,
8823:21, 8823:22,
8823:23, 8824:17,
8824:18, 8825:18,
8826:4, 8830:13,
8830:14, 8830:15,
8839:1, 8848:19,
8886:16, 8895:15
nothing [10] -
8778:24, 8783:23,
8784:1, 8784:4,
8784:12, 8784:18,
8789:17, 8789:18,
8793:13, 8829:11
notified [3] - 8870:7,
8877:21, 8895:19
noting [1] - 8827:22
November [2] -
8847:10, 8889:9
now [81] - 8733:23,
8734:16, 8736:17,
8737:7, 8737:22,
8738:5, 8743:25,
8745:10, 8746:24,

8747:14, 8751:19,
8755:15, 8756:14,
8757:5, 8757:21,
8760:25, 8761:13,
8761:14, 8762:3,
8762:17, 8764:15,
8767:6, 8767:19,
8770:11, 8773:25,
8775:2, 8776:10,
8779:22, 8782:16,
8783:2, 8785:13,
8789:21, 8794:11,
8795:22, 8797:5,
8798:3, 8799:22,
8806:11, 8806:13,
8809:9, 8810:15,
8815:8, 8825:11,
8826:22, 8829:23,
8831:9, 8837:4,
8837:19, 8843:24,
8849:22, 8851:15,
8852:1, 8853:1,
8859:19, 8866:25,
8867:6, 8867:11,
8868:2, 8868:6,
8868:9, 8868:21,
8869:9, 8869:11,
8871:13, 8872:17,
8874:13, 8874:23,
8877:1, 8877:18,
8878:16, 8881:15,
8892:7, 8892:16,
8894:15, 8898:25,
8899:15, 8901:22,
8902:13

**nudging** [1] -
8875:21
**number** [17] -
8733:10, 8745:12,
8751:24, 8769:22,
8777:2, 8778:22,
8778:23, 8786:5,
8844:23, 8854:22,
8863:9, 8867:7,
8869:3, 8869:13,
8874:15, 8887:10,
8902:10
**numbered** [1] -
8904:9
**numbers** [5] -
8733:24, 8741:24,
8746:2, 8746:22,
8777:14
**numerous** [2] -
8743:11, 8855:2
**NW** [1] - 8729:2

## O

**O** [3] - 8732:3

**o'clock** [1] - 8903:17
**O'KEEFE** [1] -
8726:7
**O'ROURKE** [1] -
8727:15
**oath** [1] - 8884:6
**object** [7] - 8782:20,
8799:1, 8807:18,
8823:17, 8834:10,
8841:10, 8842:22
**objection** [6] -
8784:6, 8799:11,
8825:5, 8825:6,
8834:12, 8842:24
**objective** [1] -
8781:6
**objectives** [2] -
8781:9, 8855:22
**observation** [1] -
8873:18
**observations** [1] -
8848:25
**observed** [2] -
8854:12, 8888:2
**obtain** [1] - 8749:17
**obtained** [1] - 8749:6
**obvious** [1] -
8802:14
**obviously** [1] -
8855:13
**occasions** [1] -
8743:11
**occur** [2] - 8748:2,
8888:15
**occurred** [16] -
8779:14, 8782:17,
8785:3, 8785:17,
8796:10, 8804:23,
8814:15, 8815:12,
8822:11, 8836:13,
8836:20, 8837:4,
8839:16, 8848:16,
8848:18, 8861:12
**October** [4] - 8845:6,
8878:1, 8878:21,
8879:6
**of** [610] - 8732:8,
8732:16, 8732:22,
8733:5, 8733:7,
8733:8, 8733:19,
8734:16, 8734:18,
8735:3, 8735:6,
8735:9, 8735:18,
8735:19, 8735:23,
8735:24, 8735:25,
8736:4, 8736:8,
8736:9, 8736:19,
8737:2, 8738:1,
8738:9, 8738:12,
8738:22, 8738:23,

8739:4, 8739:5,
8739:8, 8739:12,
8739:13, 8739:24,
8740:4, 8740:10,
8740:11, 8740:21,
8741:2, 8741:7,
8741:9, 8742:25,
8743:16, 8743:17,
8743:22, 8744:5,
8745:12, 8745:13,
8746:1, 8746:12,
8746:18, 8746:21,
8747:11, 8747:22,
8747:24, 8749:7,
8749:13, 8749:16,
8749:21, 8749:23,
8749:24, 8750:2,
8750:5, 8750:10,
8750:13, 8750:18,
8750:23, 8750:25,
8751:2, 8751:6,
8751:20, 8751:23,
8751:24, 8752:18,
8753:4, 8753:20,
8753:23, 8754:19,
8754:20, 8754:23,
8754:25, 8755:2,
8755:8, 8755:17,
8755:23, 8755:24,
8755:25, 8756:8,
8756:16, 8756:19,
8756:21, 8757:6,
8757:7, 8757:8,
8757:10, 8757:15,
8757:24, 8758:1,
8758:4, 8758:10,
8758:12, 8758:14,
8758:20, 8758:22,
8758:24, 8759:1,
8759:21, 8759:24,
8760:3, 8760:10,
8760:16, 8760:18,
8760:20, 8761:2,
8761:6, 8761:11,
8761:12, 8762:3,
8762:7, 8762:9,
8762:11, 8762:14,
8762:20, 8763:3,
8763:5, 8763:11,
8763:23, 8764:1,
8764:3, 8764:12,
8765:3, 8765:6,
8765:8, 8765:9,
8765:10, 8765:16,
8767:14, 8768:9,
8768:14, 8769:6,
8769:8, 8769:11,
8769:22, 8770:1,
8770:22, 8772:7,
8773:1, 8773:15,
8773:18, 8773:25,

8774:2, 8774:15,
8774:21, 8774:23,
8775:3, 8775:7,
8775:10, 8775:14,
8776:2, 8776:4,
8776:15, 8776:20,
8776:22, 8777:2,
8777:4, 8777:9,
8777:12, 8777:18,
8777:22, 8778:8,
8778:14, 8779:8,
8779:10, 8779:13,
8779:17, 8779:25,
8780:19, 8780:24,
8781:5, 8781:6,
8781:8, 8781:14,
8782:6, 8782:11,
8782:12, 8782:17,
8782:20, 8783:18,
8783:23, 8784:1,
8784:4, 8784:21,
8784:23, 8785:3,
8785:6, 8785:9,
8785:12, 8785:17,
8785:25, 8786:5,
8787:2, 8787:3,
8787:21, 8787:22,
8787:23, 8787:24,
8788:6, 8788:16,
8789:2, 8789:6,
8789:7, 8790:11,
8790:13, 8791:2,
8791:3, 8791:5,
8791:8, 8791:9,
8791:13, 8791:15,
8791:19, 8791:22,
8791:24, 8792:9,
8792:11, 8792:22,
8793:8, 8793:12,
8793:19, 8793:22,
8794:4, 8794:21,
8795:5, 8796:6,
8796:9, 8796:11,
8796:20, 8797:12,
8797:18, 8797:24,
8798:1, 8798:22,
8798:23, 8799:2,
8799:3, 8799:4,
8799:7, 8799:9,
8799:17, 8799:25,
8801:5, 8802:4,
8802:7, 8802:20,
8803:6, 8803:7,
8803:13, 8803:23,
8804:13, 8804:17,
8804:20, 8804:25,
8805:1, 8805:4,
8805:16, 8805:17,
8805:21, 8806:15,
8807:8, 8808:2,
8808:20, 8808:22,

8808:24, 8809:9,
8809:10, 8809:18,
8809:22, 8809:23,
8810:8, 8810:15,
8810:17, 8810:24,
8811:11, 8811:15,
8811:23, 8812:10,
8813:4, 8813:12,
8813:14, 8813:23,
8815:22, 8815:23,
8815:25, 8816:10,
8817:11, 8817:17,
8818:22, 8819:7,
8820:14, 8821:10,
8821:16, 8822:18,
8823:8, 8823:15,
8823:18, 8823:21,
8825:8, 8825:25,
8826:12, 8826:25,
8827:3, 8827:19,
8827:22, 8827:23,
8828:8, 8828:12,
8828:15, 8828:17,
8828:19, 8828:21,
8828:23, 8829:4,
8829:11, 8829:14,
8830:11, 8830:12,
8830:14, 8830:17,
8830:22, 8831:5,
8831:8, 8831:10,
8831:12, 8831:17,
8831:21, 8832:1,
8832:6, 8832:10,
8832:13, 8832:17,
8832:19, 8832:25,
8833:7, 8833:10,
8833:15, 8835:3,
8835:4, 8835:5,
8835:9, 8835:12,
8835:20, 8835:22,
8835:24, 8836:3,
8836:5, 8836:9,
8836:12, 8836:20,
8836:25, 8837:4,
8837:5, 8837:12,
8837:16, 8837:24,
8838:20, 8839:4,
8839:5, 8839:8,
8840:6, 8840:20,
8840:21, 8840:22,
8840:23, 8840:24,
8841:3, 8841:5,
8841:7, 8841:21,
8841:24, 8842:4,
8842:6, 8842:9,
8842:12, 8842:18,
8842:20, 8843:2,
8843:11, 8844:4,
8844:18, 8844:22,
8844:23, 8845:1,
8845:4, 8845:6,

8845:17, 8845:18,
8846:1, 8846:11,
8846:14, 8846:20,
8847:10, 8847:11,
8847:15, 8848:2,
8848:3, 8848:6,
8849:1, 8849:7,
8849:25, 8850:15,
8850:19, 8852:14,
8853:3, 8853:12,
8853:13, 8853:21,
8854:3, 8854:22,
8855:3, 8855:5,
8855:9, 8855:18,
8855:22, 8856:9,
8856:22, 8857:1,
8857:9, 8857:14,
8857:25, 8858:21,
8858:22, 8859:12,
8859:20, 8860:20,
8861:8, 8861:13,
8861:24, 8862:3,
8863:9, 8863:13,
8863:15, 8863:20,
8864:4, 8864:10,
8864:24, 8865:4,
8865:6, 8865:12,
8865:15, 8865:23,
8866:5, 8866:6,
8866:16, 8867:4,
8867:7, 8868:14,
8868:18, 8869:3,
8869:6, 8869:9,
8870:2, 8870:14,
8870:15, 8871:1,
8871:4, 8871:10,
8871:12, 8872:14,
8872:15, 8872:17,
8872:18, 8873:11,
8873:19, 8874:2,
8874:4, 8874:11,
8874:15, 8874:19,
8874:24, 8876:1,
8876:18, 8877:1,
8878:1, 8878:11,
8878:13, 8878:17,
8879:15, 8880:3,
8880:4, 8880:9,
8880:13, 8880:15,
8880:21, 8880:22,
8880:25, 8881:3,
8881:15, 8881:24,
8881:25, 8882:2,
8882:5, 8882:23,
8883:6, 8883:9,
8883:10, 8883:13,
8884:2, 8884:7,
8884:16, 8885:9,
8885:17, 8885:18,
8886:2, 8886:24,
8887:10, 8887:14,

8887:20, 8888:1,
8888:22, 8889:8,
8889:9, 8889:22,
8890:12, 8890:15,
8890:19, 8890:22,
8891:10, 8891:20,
8891:24, 8891:25,
8892:4, 8894:4,
8894:6, 8894:7,
8895:15, 8895:16,
8896:10, 8896:15,
8896:18, 8897:5,
8897:17, 8897:18,
8897:21, 8897:22,
8898:5, 8898:7,
8898:15, 8898:19,
8898:20, 8899:1,
8899:9, 8899:15,
8900:2, 8900:3,
8900:7, 8900:11,
8900:23, 8901:3,
8901:22, 8901:25,
8902:7, 8902:9,
8902:11, 8902:23,
8902:25, 8903:3,
8904:6, 8904:8

**OF** [14] - 8725:2,
8725:6, 8725:13,
8725:15, 8725:21,
8727:10, 8727:14,
8727:19, 8728:1,
8728:6, 8728:11,
8728:12, 8728:13

**off** [19] - 8740:16,
8750:13, 8752:17,
8759:7, 8813:3,
8813:12, 8854:3,
8873:5, 8873:9,
8874:14, 8875:4,
8875:20, 8875:21,
8876:9, 8876:12,
8878:4, 8886:25,
8897:14, 8902:16

**offer** [2] - 8799:18,
8815:20

**OFFICE** [5] - 8726:4,
8727:23, 8728:6,
8728:11, 8728:15

**office** [5] - 8802:21,
8809:19, 8816:19,
8817:25, 8819:14

**OFFICIAL** [1] -
8730:13

**Official** [2] - 8904:5,
8904:14

**offshore** [3] -
8763:1, 8763:4,
8858:14

**OFFSHORE** [1] -
8729:9

**often** [1] - 8890:20
**oh** [20] - 8732:18,
8737:10, 8743:11,
8782:3, 8782:5,
8793:22, 8805:3,
8812:1, 8812:7,
8812:16, 8819:18,
8824:16, 8824:19,
8831:23, 8836:4,
8850:12, 8852:10,
8852:13, 8884:4,
8901:23

**OIL** [2] - 8725:5
**oil** [9] - 8766:5,
8766:9, 8768:12,
8768:18, 8770:17,
8770:20, 8770:24,
8771:9, 8893:20

**OIM** [6] - 8777:22,
8855:13, 8864:9,
8864:15, 8864:19,
8865:19

**Okay** [1] - 8738:10
**okay** [44] - 8735:18,
8740:9, 8740:23,
8744:18, 8746:7,
8748:24, 8757:15,
8761:10, 8763:10,
8765:15, 8770:19,
8772:20, 8774:19,
8785:10, 8785:13,
8785:14, 8786:16,
8788:15, 8789:25,
8790:6, 8795:24,
8806:21, 8808:21,
8814:24, 8816:1,
8820:9, 8822:5,
8822:14, 8824:4,
8824:19, 8824:22,
8826:4, 8833:20,
8841:18, 8841:25,
8842:19, 8843:19,
8846:15, 8850:12,
8851:7, 8882:16,
8883:19, 8893:15,
8894:23

**old** [7] - 8796:2,
8805:4, 8807:7,
8808:12, 8837:8,
8837:11, 8837:13

**OLSON** [1] - 8729:16
**OMS** [28] - 8831:14,
8831:17, 8832:1,
8832:7, 8832:14,
8833:1, 8833:3,
8833:9, 8833:10,
8833:11, 8833:13,
8833:14, 8833:19,
8833:21, 8834:3,
8834:4, 8834:17,

8834:20, 8834:22,
8835:24, 8836:3,
8836:9, 8836:20,
8836:25, 8837:4,
8837:5, 8837:12,
8837:16

**ON** [1] - 8725:6
**on** [289] - 8732:7,
8733:16, 8736:8,
8737:12, 8737:16,
8738:2, 8738:13,
8738:14, 8738:19,
8739:4, 8739:8,
8740:9, 8740:14,
8740:21, 8741:7,
8742:18, 8742:25,
8743:7, 8743:16,
8743:24, 8744:23,
8747:4, 8747:5,
8747:9, 8749:11,
8749:16, 8750:1,
8752:6, 8752:14,
8752:17, 8754:19,
8754:22, 8755:1,
8755:19, 8756:4,
8756:10, 8756:13,
8757:6, 8757:11,
8758:22, 8759:15,
8760:15, 8761:11,
8762:22, 8764:22,
8764:23, 8765:12,
8766:21, 8767:2,
8767:9, 8767:12,
8768:2, 8769:24,
8770:3, 8770:15,
8770:17, 8770:24,
8771:6, 8771:7,
8772:13, 8772:14,
8772:19, 8774:3,
8774:7, 8774:8,
8775:9, 8775:11,
8777:14, 8777:17,
8777:21, 8777:23,
8777:25, 8778:3,
8778:12, 8779:5,
8779:6, 8779:14,
8780:5, 8780:15,
8781:18, 8782:2,
8782:12, 8782:15,
8782:17, 8783:3,
8783:23, 8786:11,
8787:9, 8788:2,
8788:16, 8788:22,
8791:14, 8791:21,
8791:25, 8792:2,
8794:5, 8795:4,
8795:22, 8796:6,
8796:22, 8797:11,
8797:18, 8801:14,
8801:16, 8801:21,
8801:24, 8802:20,

8803:8, 8803:23,
8804:23, 8805:10,
8805:16, 8807:5,
8808:5, 8808:19,
8809:17, 8811:9,
8811:23, 8812:2,
8813:1, 8813:3,
8813:14, 8813:20,
8814:6, 8814:7,
8814:14, 8814:18,
8814:23, 8815:7,
8816:2, 8816:6,
8818:1, 8819:3,
8820:1, 8820:3,
8820:8, 8820:9,
8820:11, 8820:21,
8821:4, 8821:10,
8821:16, 8821:18,
8821:22, 8822:3,
8822:16, 8823:12,
8824:6, 8824:9,
8824:20, 8824:24,
8826:9, 8826:22,
8826:24, 8826:25,
8827:2, 8827:3,
8828:10, 8828:12,
8828:14, 8828:17,
8828:24, 8830:18,
8831:17, 8831:19,
8832:18, 8832:21,
8833:2, 8833:21,
8834:1, 8834:4,
8834:17, 8835:9,
8835:23, 8835:24,
8836:5, 8836:9,
8837:5, 8840:14,
8841:8, 8841:15,
8842:18, 8843:1,
8843:5, 8843:10,
8843:21, 8844:1,
8845:4, 8846:23,
8847:9, 8847:15,
8848:7, 8848:12,
8848:14, 8848:21,
8849:7, 8849:10,
8849:16, 8850:15,
8850:16, 8850:18,
8850:22, 8851:11,
8852:5, 8854:7,
8855:4, 8855:24,
8856:12, 8856:16,
8859:7, 8862:12,
8865:2, 8866:10,
8869:16, 8870:5,
8870:8, 8871:14,
8872:25, 8873:15,
8874:4, 8874:14,
8875:10, 8875:14,
8875:20, 8876:5,
8876:9, 8876:10,
8876:12, 8876:16,

8878:11, 8879:2,
8879:20, 8879:21,
8880:3, 8881:8,
8881:18, 8881:23,
8882:10, 8883:5,
8883:21, 8883:24,
8886:14, 8886:22,
8886:24, 8887:2,
8887:13, 8888:1,
8888:25, 8890:5,
8890:10, 8890:12,
8890:22, 8891:2,
8891:21, 8893:20,
8894:6, 8894:9,
8894:15, 8894:19,
8894:21, 8896:1,
8896:7, 8896:18,
8897:2, 8897:3,
8897:24, 8898:19,
8899:3, 8899:6,
8899:10, 8899:16,
8900:11, 8901:9,
8901:11, 8901:13,
8901:25, 8902:3,
8902:10, 8902:19,
8903:4

**On** [1] - 8799:14
**on-site** [1] - 8828:14
**onboard** [3] -
8870:7, 8879:10,
8884:24
**once** [20] - 8733:16,
8738:19, 8767:21,
8777:19, 8795:19,
8805:4, 8805:10,
8805:23, 8806:6,
8818:4, 8826:15,
8834:20, 8838:25,
8839:9, 8859:2,
8871:2, 8871:10,
8873:4, 8873:11,
8895:17
**ONE** [1] - 8728:23
**one** [107] - 8738:12,
8740:11, 8741:5,
8743:21, 8743:25,
8744:14, 8744:18,
8746:1, 8746:21,
8750:23, 8752:14,
8753:4, 8757:20,
8757:21, 8758:18,
8758:20, 8760:16,
8770:1, 8771:8,
8771:24, 8771:25,
8774:10, 8775:3,
8778:22, 8778:23,
8779:13, 8779:14,
8789:2, 8789:6,
8791:22, 8791:25,
8795:7, 8795:19,

8799:4, 8801:10,
8801:12, 8805:9,
8810:8, 8810:17,
8810:23, 8811:15,
8811:22, 8811:23,
8812:13, 8815:8,
8823:8, 8825:18,
8827:4, 8827:20,
8827:22, 8828:21,
8830:9, 8831:5,
8831:8, 8832:20,
8837:18, 8841:6,
8844:4, 8849:18,
8853:12, 8853:21,
8855:3, 8855:18,
8856:22, 8857:2,
8859:12, 8860:11,
8860:17, 8861:5,
8863:13, 8864:4,
8864:10, 8864:15,
8865:23, 8866:6,
8867:14, 8868:4,
8870:16, 8872:14,
8876:1, 8877:1,
8878:17, 8880:8,
8880:15, 8880:25,
8881:15, 8882:1,
8884:16, 8885:18,
8887:14, 8889:8,
8890:21, 8891:12,
8891:16, 8892:14,
8894:6, 8894:19,
8894:21, 8895:3,
8895:23, 8895:25,
8898:20, 8900:3,
8901:11
**ones** [1] - 8872:13
**only** [19] - 8744:18,
8763:19, 8772:3,
8798:22, 8799:20,
8799:24, 8805:1,
8816:11, 8818:3,
8837:19, 8842:6,
8842:12, 8843:18,
8870:10, 8891:12,
8891:16, 8894:19,
8895:25, 8902:25
**onshore** [2] - 8900:4,
8900:11
**onsite** [2] - 8886:9
**open** [7] - 8807:19,
8818:18, 8857:5,
8859:11, 8867:7,
8881:15, 8881:23
**OPEN** [2] - 8732:5,
8806:24
**operating** [4] -
8749:10, 8833:13,
8853:8, 8853:17
**operation** [17] -

8740:19, 8750:24,
8751:12, 8751:14,
8759:21, 8765:6,
8779:19, 8789:7,
8793:4, 8821:21,
8822:9, 8822:13,
8822:15, 8825:21,
8826:7, 8865:12,
8902:20
**operational** [1] -
8805:23
**operationally** [1] -
8856:9
**Operations** [1] -
8747:19
**operations** [37] -
8737:22, 8739:12,
8743:14, 8747:12,
8760:7, 8763:1,
8765:6, 8773:15,
8777:25, 8778:5,
8778:14, 8780:6,
8780:7, 8780:9,
8780:15, 8781:4,
8781:20, 8781:24,
8782:12, 8784:17,
8795:9, 8799:8,
8805:4, 8805:10,
8806:1, 8806:6,
8806:13, 8820:21,
8821:23, 8830:1,
8833:15, 8853:3,
8853:10, 8853:16,
8862:16, 8878:18,
8889:8
**operator** [1] -
8871:22
**opinion** [7] - 8800:8,
8800:5, 8803:14,
8841:8, 8841:15,
8846:8, 8885:13
**opinions** [10] -
8771:6, 8790:12,
8799:15, 8799:18,
8799:19, 8803:4,
8803:24, 8804:1,
8804:6, 8818:7
**opportunities** [1] -
8792:21
**opportunity** [8] -
8794:9, 8794:20,
8794:21, 8794:24,
8795:5, 8843:17,
8861:16, 8874:2
**opposed** [2] -
8741:4, 8756:21
**opposite** [3] -
8739:13, 8751:4,
8801:24
**ops** [8] - 8774:22,

8802:19, 8802:21,
8887:14, 8895:16,
8896:18, 8896:24,
8897:5
   **option** [2] - 8822:23,
8823:6
   **options** [3] - 8794:4,
8823:7, 8823:8
   **or** [125] - 8734:3,
8736:21, 8740:13,
8740:17, 8742:5,
8744:2, 8747:1,
8750:14, 8752:6,
8753:3, 8753:7,
8753:8, 8755:19,
8757:14, 8758:18,
8759:19, 8760:18,
8762:18, 8767:9,
8770:3, 8770:19,
8771:3, 8771:24,
8774:2, 8774:3,
8774:7, 8778:13,
8778:15, 8778:19,
8780:7, 8782:18,
8783:4, 8783:7,
8783:8, 8783:10,
8783:14, 8783:21,
8783:24, 8785:4,
8785:18, 8791:24,
8794:10, 8794:15,
8794:17, 8794:21,
8795:22, 8797:5,
8797:24, 8799:7,
8802:20, 8803:8,
8803:15, 8804:15,
8805:22, 8807:10,
8807:25, 8808:8,
8813:19, 8814:4,
8815:8, 8815:9,
8815:19, 8816:9,
8816:16, 8818:4,
8818:8, 8818:11,
8818:21, 8819:18,
8820:14, 8820:15,
8820:19, 8821:17,
8822:2, 8822:22,
8824:6, 8825:19,
8826:20, 8828:21,
8834:13, 8835:19,
8835:20, 8839:7,
8839:13, 8839:15,
8846:6, 8847:17,
8847:23, 8849:4,
8853:12, 8854:16,
8858:11, 8859:12,
8859:16, 8864:9,
8864:12, 8864:15,
8866:10, 8866:13,
8872:3, 8872:13,
8876:17, 8876:19,
8877:2, 8881:2,

8881:18, 8883:1,
8885:13, 8886:7,
8886:19, 8887:23,
8888:22, 8889:22,
8892:3, 8892:4,
8892:5, 8895:2,
8897:10, 8897:20,
8900:3, 8901:16,
8901:24
   **oral** [1] - 8852:9
   **order** [10] - 8742:12,
8743:8, 8755:22,
8756:1, 8773:4,
8777:14, 8778:10,
8778:14, 8785:5
   **ordered** [1] -
8881:13
   **ordinary** [2] -
8799:7, 8846:11
   **org** [3] - 8785:24,
8894:4, 8894:7
   **organization** [5] -
8808:5, 8808:8,
8808:12, 8857:16,
8858:22
   **organizational** [5] -
8796:1, 8796:5,
8796:12, 8796:21,
8806:11
   **oriented** [1] -
8874:20
   **original** [1] - 8766:8
   **originally** [1] -
8743:10
   **ORLEANS** [9] -
8725:8, 8726:7,
8726:13, 8726:18,
8727:8, 8728:18,
8728:24, 8729:12,
8730:14
   **other** [40] - 8737:22,
8744:14, 8744:19,
8745:12, 8747:25,
8751:16, 8758:18,
8758:20, 8760:4,
8760:6, 8764:23,
8778:13, 8778:22,
8785:24, 8796:11,
8801:4, 8814:2,
8814:4, 8821:10,
8821:16, 8823:9,
8823:19, 8825:19,
8826:8, 8836:16,
8839:14, 8841:2,
8841:19, 8857:12,
8863:20, 8864:8,
8868:9, 8871:7,
8872:1, 8878:24,
8880:22, 8882:15,
8897:16, 8897:21

**others** [16] -
8781:14, 8846:1,
8846:18, 8852:6,
8859:8, 8873:16,
8873:23, 8874:7,
8874:23, 8878:21,
8879:7, 8880:1,
8882:8, 8887:15,
8889:9, 8898:19
**others'** [1] - 8803:4
**otherwise** [2] -
8784:20, 8862:23
**ought** [1] - 8885:10
**our** [17] - 8753:6,
8759:1, 8763:1,
8763:10, 8767:12,
8767:15, 8770:1,
8792:9, 8795:2,
8799:19, 8837:15,
8869:21, 8870:7,
8886:24, 8887:19,
8888:14, 8901:8
**ourselves** [1] -
8758:11
**Out** [1] - 8777:3
**out** [101] - 8736:3,
8736:5, 8742:17,
8743:22, 8744:2,
8745:2, 8746:3,
8748:11, 8750:12,
8752:9, 8752:14,
8755:1, 8757:24,
8757:25, 8758:2,
8758:15, 8763:13,
8763:20, 8764:6,
8764:18, 8766:9,
8767:14, 8767:24,
8769:8, 8770:12,
8775:12, 8775:18,
8775:24, 8776:2,
8776:5, 8776:8,
8777:6, 8777:7,
8777:9, 8777:12,
8777:17, 8777:22,
8780:19, 8793:18,
8798:8, 8798:23,
8802:20, 8803:6,
8808:3, 8808:23,
8812:15, 8827:4,
8829:1, 8830:14,
8834:2, 8842:17,
8845:1, 8847:2,
8847:4, 8847:10,
8847:14, 8853:15,
8857:19, 8857:25,
8859:2, 8859:4,
8859:8, 8859:11,
8859:15, 8859:21,
8860:7, 8861:13,
8861:18, 8862:22,

8864:4, 8867:4,
8868:6, 8868:18,
8870:6, 8872:17,
8874:15, 8875:6,
8875:13, 8875:14,
8876:5, 8877:3,
8877:8, 8878:10,
8878:13, 8879:14,
8880:8, 8880:17,
8880:21, 8882:2,
8888:3, 8891:21,
8892:1, 8892:4,
8894:18, 8898:16,
8900:23, 8902:10
**out-of-service** [1] -
8861:13
**outside** [6] - 8776:4,
8792:21, 8800:24,
8846:11, 8857:15,
8858:22
**outstanding** [5] -
8874:1, 8874:8,
8874:24, 8879:17,
8879:22
**over** [28] - 8734:6,
8735:4, 8735:25,
8737:25, 8742:22,
8748:5, 8754:14,
8754:15, 8761:13,
8775:11, 8794:10,
8796:17, 8796:19,
8796:22, 8803:20,
8804:12, 8804:14,
8804:18, 8804:20,
8804:21, 8818:14,
8833:14, 8845:7,
8854:25, 8856:23,
8856:25, 8874:1,
8886:25
**overall** [1] - 8740:7
**overdue** [8] -
8776:15, 8869:5,
8869:9, 8869:13,
8870:1, 8870:8,
8871:2, 8872:7
**overhaul** [1] -
8882:23
**overrule** [1] -
8799:11
**overruled** [4] -
8782:23, 8784:8,
8824:4, 8841:11
**overseas** [1] -
8797:20
**overstated** [1] -
8872:13
**own** [8] - 8747:9,
8830:7, 8835:20,
8837:19, 8838:8,
8840:9, 8841:8,

8857:13

# P

**P** [2] - 8726:3,
8726:19
**P&A** [6] - 8822:22,
8823:10, 8823:12,
8824:9, 8824:13,
8826:16
**P.O** [1] - 8727:18
**package** [1] -
8733:20
**page** [30] - 8783:18,
8785:15, 8788:9,
8788:16, 8790:11,
8790:18, 8796:20,
8796:22, 8805:21,
8807:25, 8808:2,
8808:22, 8808:24,
8823:15, 8823:16,
8824:6, 8827:3,
8827:4, 8830:13,
8832:15, 8833:25,
8834:16, 8839:1,
8846:1, 8848:12,
8850:15, 8863:2,
8865:4, 8868:18
**PAGE/LINE** [1] -
8731:3
**pages** [2] - 8785:9,
8808:2
**Paine** [2] - 8888:21,
8888:25
**Paine's** [1] - 8884:21
**PALMINTIER** [1] -
8727:1
**PAN** [1] - 8726:12
**pants** [1] - 8792:9
**paper** [1] - 8833:24
**Paragraph** [2] -
8853:6, 8853:15
**paragraph** [27] -
8793:19, 8794:7,
8795:9, 8795:13,
8798:16, 8798:23,
8800:6, 8800:7,
8800:15, 8801:13,
8802:3, 8802:19,
8803:3, 8803:20,
8805:22, 8827:4,
8827:21, 8829:7,
8829:18, 8830:13,
8830:14, 8830:15,
8839:2, 8848:11,
8848:25, 8854:3,
8877:6
**paragraphs** [1] -
8785:12

**paranoia** [1] -
8792:11
**pardon** [1] - 8800:21
**part** [39] - 8732:22,
8733:5, 8733:19,
8739:3, 8747:11,
8751:6, 8751:20,
8755:24, 8756:8,
8757:6, 8757:8,
8758:24, 8759:1,
8761:2, 8762:9,
8763:4, 8763:11,
8764:1, 8765:6,
8768:9, 8780:24,
8787:24, 8794:4,
8798:7, 8799:7,
8831:12, 8835:24,
8836:9, 8837:5,
8837:12, 8837:16,
8837:24, 8839:5,
8840:14, 8849:25,
8853:3, 8872:2,
8898:7, 8901:3
**partial** [7] - 8734:22,
8734:25, 8737:2,
8737:6, 8737:8,
8756:4, 8772:4
**participate** [1] -
8823:23
**participated** [1] -
8821:14
**particular** [9] -
8735:3, 8740:24,
8742:3, 8747:24,
8748:21, 8749:12,
8773:22, 8839:9,
8902:21
**parts** [4] - 8753:14,
8777:14, 8871:19,
8881:13
**past** [5] - 8741:21,
8745:24, 8887:1,
8887:2, 8900:22
**Pat's** [1] - 8810:25
**path** [2] - 8754:12,
8826:13
**paths** [1] - 8758:12
**Paul** [15] - 8775:22,
8777:21, 8856:19,
8857:3, 8857:5,
8869:12, 8873:4,
8874:5, 8874:7,
8874:13, 8875:9,
8875:17, 8876:5,
8876:17, 8892:3
**PAUL** [1] - 8726:11
**pause** [2] - 8800:16,
8864:15
**pay** [2] - 8848:17,
8849:4

**peer** [2] - 8797:8,
8798:3
**peers** [2] - 8797:7,
8797:8
**PENNSYLVANIA** [1]
- 8729:2
**people** [37] - 8742:6,
8746:18, 8757:25,
8758:19, 8763:9,
8784:18, 8787:3,
8820:5, 8821:5,
8826:8, 8828:10,
8828:12, 8828:15,
8828:17, 8828:19,
8828:21, 8828:24,
8841:5, 8844:1,
8856:15, 8856:19,
8857:9, 8857:10,
8857:15, 8857:20,
8861:20, 8862:4,
8876:19, 8876:23,
8887:10, 8891:12,
8891:13, 8898:7,
8900:10, 8900:13
**per** [2] - 8733:9,
8849:13
**percent** [6] - 8741:2,
8791:9, 8791:15,
8872:9, 8878:7,
8880:18
**percentage** [1] -
8791:13
**perfect** [3] - 8762:24,
8842:4, 8892:14
**perform** [6] - 8748:9,
8761:1, 8775:8,
8854:14, 8857:21,
8858:1
**performance** [11] -
8781:6, 8781:9,
8781:18, 8840:13,
8855:20, 8855:21,
8872:24, 8880:13,
8880:16, 8883:10,
8886:24
**performed** [8] -
8732:16, 8736:11,
8736:12, 8760:7,
8760:10, 8775:14,
8877:9, 8897:2
**performing** [3] -
8734:22, 8739:25,
8740:19
**perhaps** [1] - 8888:3
**period** [4] - 8746:1,
8777:12, 8832:19,
8861:13
**permit** [6] - 8772:18,
8850:2, 8850:6,
8850:8, 8850:10

**person** [10] - 8776:1, 8780:14, 8804:13, 8804:21, 8820:21, 8828:14, 8834:25, 8841:25, 8855:10, 8875:3
**personally** [9] - 8741:21, 8775:17, 8804:22, 8829:6, 8847:13, 8875:9, 8875:13, 8876:13, 8902:24
**personnel** [2] - 8852:7, 8853:8
**pertaining** [1] - 8850:13
**PETITION** [1] - 8725:13
**phase** [1] - 8805:23
**phone** [26] - 8802:20, 8809:16, 8809:21, 8809:23, 8812:5, 8813:1, 8813:3, 8813:7, 8813:11, 8813:12, 8813:24, 8814:3, 8814:8, 8814:10, 8814:13, 8814:14, 8814:18, 8814:20, 8815:5, 8815:6, 8815:9, 8815:23, 8816:16, 8820:16, 8821:16
**PHONETIC** [1] - 8821:15
**phrase** [1] - 8803:8
**pick** [1] - 8763:18
**picked** [1] - 8891:20
**piece** [3] - 8747:24, 8765:5, 8839:9
**pieces** [3] - 8758:15, 8763:6, 8767:21
**Pinky** [2] - 8885:9, 8886:22
**pipe** [13] - 8732:24, 8735:23, 8736:19, 8744:17, 8744:22, 8763:19, 8763:20, 8764:7, 8765:10, 8818:13, 8883:19, 8899:23
**pits** [2] - 8743:22, 8849:9
**place** [12] - 8733:6, 8744:19, 8747:5, 8775:24, 8805:7, 8807:5, 8818:12, 8818:17, 8841:25, 8853:18, 8876:1, 8887:24
**placed** [5] - 8735:6, 8786:8, 8811:21, 8859:7, 8897:23
**places** [1] - 8841:19
**PLAINTIFFS** [1] - 8726:3
**plaintiffs** [1] - 8778:25
**plan** [28] - 8732:22, 8741:1, 8741:19, 8751:9, 8762:24, 8763:10, 8764:9, 8766:8, 8767:13, 8768:5, 8770:16, 8795:10, 8821:20, 8821:21, 8823:5, 8823:6, 8851:23, 8866:4, 8872:14, 8882:10, 8882:16, 8893:1, 8893:2, 8893:10, 8893:14, 8893:16, 8893:19
**planned** [3] - 8743:10, 8766:11, 8822:4
**planning** [1] - 8808:20
**plans** [5] - 8757:22, 8758:4, 8758:6, 8758:8, 8853:18
**PLC** [1] - 8728:22
**please** [26] - 8735:10, 8745:10, 8748:10, 8752:5, 8752:11, 8754:14, 8754:24, 8761:4, 8764:15, 8767:7, 8768:7, 8769:20, 8770:11, 8779:1, 8780:24, 8782:24, 8783:19, 8787:24, 8806:25, 8808:23, 8827:5, 8850:5, 8869:21, 8880:23, 8881:2, 8898:11
**Please** [2] - 8769:23, 8878:25
**pleased** [1] - 8876:6
**plug** [27] - 8736:1, 8754:12, 8764:19, 8764:25, 8765:11, 8765:20, 8765:23, 8765:25, 8766:4, 8767:3, 8767:15, 8769:2, 8769:18, 8770:17, 8770:19, 8770:24, 8771:9, 8822:20, 8822:25, 8823:9, 8824:24, 8825:9, 8825:21, 8826:3, 8893:20, 8893:22
**plugged** [1] - 8826:18
**plugs** [2] - 8756:4, 8756:10
**plunger** [1] - 8750:10
**plus** [3] - 8737:1, 8761:15
**PM** [1] - 8870:2
**PM's** [4] - 8870:3, 8870:4, 8870:5, 8870:6
**point** [9] - 8751:9, 8766:23, 8767:2, 8774:17, 8782:2, 8814:19, 8821:20, 8849:10, 8873:11
**pointed** [1] - 8894:18
**pointer** [2] - 8735:12, 8761:10
**pointing** [2] - 8764:6, 8766:9
**Policies** [1] - 8864:2
**policy** [4] - 8847:16, 8849:23, 8872:23, 8881:7
**pollution** [2] - 8865:23, 8866:21
**poor** [5] - 8827:7, 8828:20, 8829:2, 8829:5, 8829:14
**pore** [7] - 8886:9, 8886:14, 8887:16, 8887:20, 8887:23, 8888:10
**position** [2] - 8794:8, 8797:20
**positioned** [1] - 8853:17
**positive** [2] - 8881:4, 8881:9
**possibility** [1] - 8744:1
**possible** [5] - 8741:25, 8756:14, 8810:11, 8825:24, 8875:20
**possibly** [1] - 8867:7
**POST** [3] - 8726:4, 8727:23, 8728:15
**post** [1] - 8840:21
**potential** [5] - 8744:19, 8779:19, 8885:17, 8886:2, 8902:11
**pound** [2] - 8733:9, 8849:13
**pounds** [3] - 8765:8, 8765:9, 8765:16
**pour** [6] - 8750:5, 8828:14, 8884:24, 8884:25, 8885:1, 8885:4
**Powell** [2] - 8769:22, 8769:25
**PowerPoint** [2] - 8822:22, 8823:7
**POYDRAS** [4] - 8726:12, 8728:23, 8729:12, 8730:14
**PP** [7] - 8887:25, 8888:1, 8888:4, 8888:6, 8888:7, 8888:10, 8888:16
**PPG** [6] - 8848:14, 8848:15, 8849:7, 8849:11, 8850:18, 8850:23
**Practice** [1] - 8747:19
**practice** [11] - 8749:15, 8764:1, 8764:2, 8838:20, 8838:24, 8839:13, 8853:3, 8857:1, 8862:4, 8872:23, 8900:2
**practices** [4] - 8749:10, 8749:18, 8782:7, 8858:18
**pre** [1] - 8755:9
**pre-set** [1] - 8755:9
**precise** [2] - 8784:7, 8813:6
**precursor** [4] - 8830:23, 8831:3, 8831:7, 8840:7
**predict** [2] - 8826:20, 8897:12
**predicted** [4] - 8745:13, 8746:9, 8746:18, 8884:25
**prediction** [1] - 8884:24
**predictions** [1] - 8745:24
**preferred** [2] - 8750:4, 8807:7
**premerger** [1] - 8870:16
**preparation** [1] - 8791:3
**prepared** [4] - 8735:14, 8752:6, 8752:17, 8762:12
**preparedness** [1] - 8864:13
**preparing** [2] - 8790:9, 8849:22
**presence** [1] - 8803:15
**presentation** [1] - 8823:7
**presented** [2] - 8822:22, 8822:23
**preside** [2] - 8856:23, 8856:25
**pressure** [67] - 8732:25, 8733:19, 8733:21, 8740:15, 8740:16, 8740:24, 8741:2, 8741:3, 8741:5, 8742:11, 8742:18, 8742:21, 8742:24, 8743:1, 8743:7, 8744:5, 8744:15, 8745:14, 8745:23, 8746:1, 8746:10, 8746:21, 8750:5, 8754:7, 8756:3, 8756:11, 8761:18, 8761:21, 8761:23, 8766:14, 8766:15, 8771:13, 8773:4, 8774:1, 8774:3, 8774:8, 8778:12, 8787:12, 8809:5, 8809:10, 8818:13, 8818:23, 8828:14, 8884:24, 8884:25, 8885:1, 8885:4, 8886:9, 8886:14, 8887:16, 8887:20, 8887:23, 8888:10, 8892:7, 8892:8, 8892:18, 8894:19, 8895:25, 8896:24, 8897:12, 8897:18, 8898:1, 8898:5, 8898:13, 8899:17, 8899:23
**pressure's** [1] - 8745:25
**pressured** [1] - 8740:12
**pressures** [8] - 8744:7, 8744:11, 8744:14, 8745:6, 8746:17, 8746:19, 8746:25, 8750:8
**pressuring** [1] - 8741:4
**presumably** [2] - 8895:6, 8895:9
**pretty** [4] - 8802:14, 8810:14, 8838:16, 8838:18
**prevent** [5] - 8753:3, 8753:17, 8784:13,

---

8830:4, 8830:17

**preventer** [1] - 8809:4

**preventive** [3] - 8776:15, 8776:19, 8776:20

**previous** [2] - 8848:15, 8849:7

**previously** [4] - 8733:18, 8761:5, 8766:12, 8823:16

**Price** [1] - 8891:13

**primary** [5] - 8750:24, 8778:21, 8779:13, 8781:13, 8827:22

**prior** [38] - 8734:10, 8734:22, 8737:8, 8737:23, 8738:2, 8738:6, 8740:1, 8743:6, 8747:9, 8747:20, 8748:1, 8748:7, 8748:15, 8750:3, 8750:20, 8755:16, 8755:18, 8758:2, 8759:15, 8759:24, 8760:20, 8764:11, 8765:3, 8766:5, 8771:1, 8777:19, 8777:22, 8790:8, 8797:11, 8806:5, 8808:9, 8826:23, 8835:25, 8842:19, 8848:17, 8853:9, 8853:18, 8892:5

**priority** [3] - 8739:15, 8778:22, 8778:23

**probably** [3] - 8791:15, 8850:7, 8855:12

**problem** [5] - 8765:7, 8818:11, 8821:3, 8827:11, 8827:14

**problems** [12] - 8733:4, 8753:3, 8753:7, 8753:9, 8793:21, 8793:25, 8795:20, 8821:4, 8826:25, 8885:17, 8886:2

**procedure** [59] - 8734:13, 8734:14, 8751:7, 8755:24, 8759:23, 8759:25, 8760:13, 8761:7, 8761:9, 8762:4, 8762:5, 8762:8, 8762:12, 8762:18,

8763:4, 8763:5, 8763:6, 8763:9, 8763:22, 8763:23, 8764:4, 8764:13, 8766:24, 8767:10, 8767:12, 8767:20, 8767:24, 8768:1, 8768:4, 8768:9, 8770:5, 8770:7, 8770:9, 8772:6, 8772:9, 8773:11, 8773:14, 8773:17, 8787:9, 8818:5, 8818:24, 8822:3, 8822:6, 8866:14, 8894:13, 8894:24, 8895:4, 8895:7, 8895:10, 8895:24, 8896:4, 8896:9, 8896:19, 8897:2, 8897:9, 8897:12, 8899:3, 8899:5

**Procedures** [1] - 8864:3

**procedures** [16] - 8760:1, 8760:2, 8760:8, 8761:2, 8762:20, 8763:23, 8763:24, 8767:23, 8865:22, 8866:20, 8866:22, 8896:8, 8897:17, 8897:20, 8898:10, 8898:14

**proceed** [4] - 8741:23, 8822:21, 8822:24, 8824:25

**proceeding** [1] - 8822:17

**proceedings** [1] - 8904:9

**PROCEEDINGS** [4] - 8725:21, 8730:17, 8732:1, 8903:21

**process** [35] - 8750:15, 8774:17, 8775:15, 8775:23, 8779:10, 8779:13, 8779:19, 8831:3, 8831:10, 8833:10, 8835:3, 8835:4, 8835:8, 8835:12, 8835:21, 8837:1, 8839:3, 8839:8, 8849:25, 8857:14, 8860:4, 8860:6, 8862:15, 8863:19, 8873:18, 8873:20, 8874:6, 8874:16, 8874:19, 8874:24, 8875:7, 8875:14,

8875:24, 8888:14

**produce** [1] - 8877:12

**PRODUCED** [1] - 8730:17

**produced** [1] - 8822:2

**production** [15] - 8734:20, 8762:24, 8763:8, 8822:25, 8825:8, 8835:9, 8835:13, 8848:3, 8848:7, 8848:10, 8849:1, 8850:3, 8850:7, 8850:16

**PRODUCTION** [3] - 8725:15, 8728:21, 8728:21

**productive** [1] - 8879:9

**professional** [1] - 8846:8

**program** [6] - 8752:24, 8850:13, 8851:24, 8859:4, 8859:8, 8864:13

**progress** [6] - 8776:7, 8777:17, 8832:9, 8832:10, 8875:10, 8883:13

**project** [4] - 8745:11, 8822:20, 8823:12, 8824:24

**promise** [1] - 8773:25

**promoted** [3] - 8796:17, 8796:18, 8797:9

**promotion** [1] - 8797:21

**proper** [1] - 8733:12

**properly** [3] - 8745:1, 8818:16, 8877:3

**proposition** [2] - 8779:7, 8843:1

**protocol** [1] - 8858:1

**proud** [1] - 8883:13

**provide** [8] - 8741:18, 8762:14, 8763:21, 8786:14, 8836:18, 8857:6, 8897:5, 8897:9

**provided** [3] - 8836:8, 8836:15, 8894:24

**provides** [2] - 8763:17, 8847:22

**providing** [2] - 8773:8, 8876:19

**provisions** [1] - 8837:1

**PSC** [1] - 8779:2

**psi** [16] - 8740:12, 8740:25, 8741:2, 8741:6, 8742:22, 8742:23, 8743:5, 8744:15, 8766:6, 8766:18, 8768:21, 8771:3, 8818:14, 8820:1, 8820:7, 8820:9

**publication** [1] - 8863:4

**published** [1] - 8854:25

**pull** [44] - 8735:8, 8747:14, 8750:12, 8761:4, 8767:6, 8770:12, 8790:3, 8793:18, 8798:8, 8802:5, 8808:2, 8808:23, 8827:4, 8830:14, 8853:1, 8854:16, 8855:16, 8856:3, 8857:18, 8857:23, 8858:25, 8859:24, 8861:21, 8862:8, 8865:3, 8865:21, 8867:2, 8867:9, 8868:2, 8869:4, 8869:11, 8879:24, 8880:12, 8880:23, 8882:1, 8886:12, 8886:20, 8892:20, 8893:4, 8898:17, 8900:15, 8901:1

**pulled** [1] - 8882:22

**pump** [9] - 8736:7, 8736:22, 8738:16, 8738:20, 8739:6, 8744:14, 8757:3, 8879:15, 8902:21

**pumped** [2] - 8735:5, 8735:25, 8754:20

**pumping** [4] - 8735:24, 8743:22, 8743:23, 8786:16

**pumps** [3] - 8743:22, 8744:12, 8744:13

**purchased** [1] - 8776:17

**purpose** [7] - 8735:15, 8760:12, 8761:6, 8773:1, 8773:12, 8831:10, 8861:8

**purposes** [2] - 8855:3, 8868:2

**pushing** [2] - 8750:10, 8756:21

**put** [53] - 8733:6, 8743:7, 8744:23, 8746:15, 8775:23, 8778:12, 8787:23, 8788:22, 8789:17, 8796:5, 8822:8, 8822:25, 8823:9, 8839:10, 8839:14, 8840:12, 8840:25, 8841:2, 8841:5, 8845:3, 8848:21, 8861:1, 8862:14, 8862:22, 8863:2, 8863:8, 8863:23, 8866:18, 8868:3, 8868:14, 8868:17, 8869:15, 8872:20, 8873:3, 8873:9, 8873:22, 8875:2, 8877:6, 8878:20, 8879:5, 8880:7, 8881:15, 8885:21, 8887:8, 8888:12, 8888:19, 8889:4, 8889:17, 8894:2, 8895:13, 8896:22, 8898:22, 8901:11

**puts** [1] - 8742:7

**putting** [5] - 8755:15, 8760:12, 8787:5, 8787:8, 8892:14

**PWD** [8] - 8732:25, 8733:2, 8733:17, 8733:18, 8733:21, 8733:23, 8733:24, 8746:16

## Q

**qualify** [1] - 8799:8

**quality** [1] - 8876:6

**quartile** [1] - 8781:6

**QUESTION** [14] - 8789:2, 8789:6, 8790:13, 8791:13, 8832:1, 8832:6, 8832:10, 8832:16, 8832:22, 8833:2, 8833:24, 8834:1, 8834:4, 8834:17

**question** [24] - 8747:1, 8748:19, 8757:13, 8783:1, 8784:7, 8788:20, 8790:12, 8790:17, 8790:21, 8791:12, 8807:11, 8810:19, 8818:12, 8820:9,

8825:25, 8834:13, 8834:16, 8834:25, 8841:12, 8842:8, 8866:19, 8870:11, 8900:6

**questioning** [1] - 8815:25

**questions** [22] - 8753:4, 8809:22, 8815:22, 8820:13, 8832:21, 8835:3, 8843:24, 8846:14, 8848:2, 8851:1, 8851:4, 8851:6, 8851:15, 8863:10, 8863:14, 8883:17, 8883:18, 8884:10, 8892:7, 8903:7, 8903:12, 8903:13

**quick** [1] - 8825:10

**quicker** [1] - 8888:15

**quickly** [2] - 8761:6, 8874:16

**quit** [3] - 8794:15, 8794:16, 8794:17

**quite** [3] - 8745:25, 8801:6, 8801:24

**quitting** [3] - 8792:24, 8794:15, 8794:17

**quote** [9] - 8792:8, 8792:20, 8800:24, 8800:25, 8828:19, 8828:20, 8866:4, 8870:1, 8879:9

---

**R**

**R** [5] - 8727:11, 8728:17, 8729:17, 8730:3, 8732:3

**RACHEL** [2] - 8727:17, 8729:14

**raise** [3] - 8799:5, 8799:10, 8888:4

**raised** [1] - 8794:14

**ram** [2] - 8882:2, 8882:13

**ramp** [1] - 8741:5

**rams** [4] - 8882:5, 8882:11, 8882:15, 8882:16

**ran** [2] - 8753:12, 8818:9

**random** [1] - 8803:8

**randomly** [1] - 8800:25

**Randy** [2] - 8852:5, 8876:17

**ranked** [1] - 8889:20

**ranking** [4] - 8889:10, 8889:22, 8892:4

**ranks** [1] - 8889:14

**rated** [1] - 8741:2

**rather** [6] - 8737:8, 8744:1, 8751:14, 8807:10, 8874:1, 8895:17

**rating** [8] - 8742:21, 8743:1, 8744:5, 8890:21, 8891:10, 8891:20, 8891:23, 8891:25

**ratings** [1] - 8742:18

**rational** [2] - 8842:6, 8842:12

**RE** [2] - 8725:5, 8725:12

**re** [1] - 8887:16

**re-evaluating** [1] - 8887:16

**reach** [4] - 8742:17, 8755:19, 8803:16, 8817:17

**read** [27] - 8745:19, 8752:10, 8783:21, 8785:8, 8785:11, 8804:21, 8805:22, 8827:24, 8828:1, 8830:5, 8831:24, 8845:20, 8846:3, 8848:23, 8879:11, 8879:18, 8879:22, 8888:8, 8888:17, 8893:1, 8893:10, 8894:23, 8898:25, 8902:12, 8903:8, 8903:10

**reading** [2] - 8746:6, 8785:13

**readings** [2] - 8733:21, 8733:23

**reads** [1] - 8848:13

**READS** [1] - 8785:13

**ready** [4] - 8794:4, 8804:14, 8873:19, 8878:25

**real** [4] - 8733:24, 8825:10, 8833:23, 8887:16

**realize** [2] - 8801:15, 8801:22

**really** [17] - 8733:6, 8738:7, 8739:2, 8744:18, 8749:8, 8749:12, 8757:25, 8758:10, 8764:6, 8776:4, 8780:9,

8793:11, 8793:13, 8808:7, 8808:11, 8815:13, 8881:20

**reason** [22] - 8733:7, 8736:6, 8738:8, 8739:1, 8744:22, 8747:1, 8794:3, 8812:11, 8825:2, 8828:5, 8829:14, 8837:14, 8840:6, 8847:7, 8849:18, 8861:25, 8876:16, 8876:18, 8876:20, 8876:21, 8878:9

**reasons** [1] - 8831:5

**reassess** [1] - 8859:20

**recall** [34] - 8734:17, 8772:16, 8788:16, 8788:20, 8791:16, 8805:19, 8807:11, 8809:22, 8821:17, 8821:18, 8823:7, 8825:1, 8836:7, 8839:18, 8841:22, 8843:15, 8843:21, 8845:8, 8847:5, 8847:6, 8861:18, 8861:20, 8869:13, 8869:16, 8870:9, 8876:1, 8876:10, 8877:1, 8877:3, 8883:18, 8892:12, 8894:16, 8895:2, 8897:24

**receive** [4] - 8764:11, 8769:17, 8818:17, 8852:7

**received** [10] - 8835:23, 8835:24, 8836:5, 8852:4, 8854:5, 8865:7, 8869:16, 8873:15, 8874:11, 8889:22

**receiving** [2] - 8836:11, 8870:9

**recent** [1] - 8845:17

**RECESS** [1] - 8806:23

**recess** [1] - 8903:16

**recognize** [3] - 8771:12, 8837:24, 8845:9

**recognizing** [1] - 8752:13

**recollection** [4] - 8788:14, 8846:21, 8877:5, 8886:4

**Recommendation** [1] - 8764:18

**recommendation** [6] - 8764:21, 8787:20, 8859:15, 8877:12, 8877:18, 8881:7

**recommendations** [4] - 8859:12, 8867:11, 8868:3, 8868:14

**recommended** [3] - 8858:18, 8876:12, 8877:15

**recommending** [3] - 8764:24, 8766:3, 8766:24

**record** [12] - 8813:4, 8813:5, 8813:15, 8827:19, 8840:14, 8840:18, 8841:8, 8841:15, 8850:11, 8885:16, 8886:1, 8904:8

**RECORDED** [1] - 8730:17

**recorded** [4] - 8839:2, 8841:17, 8841:18, 8841:19

**records** [22] - 8799:6, 8799:8, 8809:22, 8809:23, 8813:1, 8813:6, 8813:11, 8813:12, 8814:3, 8814:10, 8814:11, 8814:13, 8814:14, 8814:18, 8814:20, 8815:4, 8815:6, 8815:9, 8815:10, 8849:19, 8857:20, 8862:5

**recurrence** [2] - 8830:4, 8830:17

**redirect** [2] - 8815:19, 8816:2

**reduced** [1] - 8750:16

**reduction** [1] - 8744:21

**refer** [4] - 8828:10, 8828:16, 8868:11, 8889:25

**Reference** [1] - 8768:12

**reference** [10] - 8746:12, 8758:6, 8763:3, 8765:1, 8767:23, 8772:20, 8872:5, 8872:6, 8873:5, 8873:13

**referenced** [4] - 8733:18, 8740:3, 8765:12, 8813:2

**referencing** [4] -

**recommendation** [6]
- 8763:7, 8768:14, 8769:5, 8771:11

**referred** [8] - 8733:3, 8792:14, 8792:17, 8792:20, 8821:5, 8831:13, 8833:12, 8870:20

**referring** [11] - 8737:16, 8738:18, 8771:24, 8784:24, 8807:10, 8807:22, 8828:11, 8828:17, 8832:17, 8836:22, 8885:25

**refers** [2] - 8795:9, 8859:2

**refine** [1] - 8888:14

**reflect** [1] - 8824:18

**reflected** [2] - 8842:14, 8871:2

**reflects** [1] - 8806:11

**refresh** [5] - 8788:14, 8791:11, 8877:5, 8886:3, 8886:11

**REGAN** [1] - 8729:5

**regarding** [10] - 8738:22, 8740:5, 8745:13, 8752:6, 8770:8, 8772:12, 8772:14, 8774:7, 8889:10, 8902:10

**region** [1] - 8749:11

**regions** [1] - 8749:16

**regular** [4] - 8854:6, 8856:22, 8878:11, 8890:24

**regularly** [1] - 8837:15

**regulations** [3] - 8765:25, 8782:8, 8862:17

**regulatory** [1] - 8770:1

**relate** [3] - 8842:4, 8842:12, 8842:19

**related** [15] - 8758:8, 8758:13, 8792:6, 8792:9, 8792:12, 8792:15, 8792:18, 8792:22, 8793:2, 8793:5, 8795:11, 8842:9, 8862:16, 8881:16

**RELATES** [1] - 8725:11

**relating** [1] - 8751:5

**relationship** [2] - 8808:14, 8831:2

**relationships** [1] - 8855:20

relatively [1] - 8860:6
relevance [1] - 8746:13
relevant [1] - 8888:16
reliability [2] - 8902:7, 8902:9
reliable [2] - 8778:1, 8778:6
rely [1] - 8902:3
relying [1] - 8901:25
remaining [2] - 8777:13, 8879:21
remarked [1] - 8880:15
remedial [1] - 8757:2
remember [50] - 8757:13, 8772:17, 8783:16, 8788:7, 8790:10, 8798:13, 8800:19, 8800:22, 8800:23, 8801:2, 8803:18, 8807:13, 8807:14, 8808:7, 8808:11, 8809:24, 8810:9, 8810:10, 8810:11, 8810:14, 8810:16, 8810:21, 8811:21, 8812:1, 8812:3, 8825:18, 8826:15, 8828:1, 8829:13, 8832:12, 8832:13, 8836:11, 8836:14, 8839:5, 8839:6, 8839:9, 8839:10, 8846:19, 8847:7, 8871:4, 8871:10, 8874:22, 8884:23, 8885:19, 8886:6, 8891:23, 8899:7, 8899:12
remind [1] - 8794:9
remove [2] - 8770:20, 8841:24
removed [3] - 8846:8, 8885:10, 8885:13
RENAISSANCE [1] - 8730:4
reorganization [4] - 8804:23, 8805:10, 8806:5, 8807:5
repeat [2] - 8895:8, 8898:11
repeatedly [2] - 8784:23, 8817:16
replace [3] - 8881:8, 8882:10, 8882:17
replaced [2] -

8890:22, 8891:2
replicate [1] - 8745:23
replicating [1] - 8762:1
replies [1] - 8795:13
reply [1] - 8770:3
Report [1] - 8777:3
report [17] - 8772:22, 8784:22, 8784:23, 8808:23, 8809:2, 8838:2, 8844:1, 8860:23, 8862:1, 8862:25, 8865:7, 8867:4, 8868:14, 8873:14, 8880:19, 8884:10, 8903:7
reported [9] - 8754:8, 8805:13, 8806:3, 8808:17, 8846:17, 8848:25, 8850:19, 8863:21, 8877:20
REPORTER [1] - 8730:13
Reporter [2] - 8904:5, 8904:14
REPORTER'S [1] - 8904:3
reporting [3] - 8838:3, 8841:7, 8880:3
reports [5] - 8781:11, 8850:23, 8852:4, 8852:9, 8854:5
represent [3] - 8851:11, 8869:19, 8869:20
representation [2] - 8807:24, 8868:22
representative [3] - 8853:7, 8853:12, 8853:22
representatives [1] - 8853:13
represented [1] - 8814:17
representing [1] - 8814:7
request [3] - 8763:14, 8806:2, 8861:6
requested [6] - 8847:1, 8847:9, 8860:17, 8860:24, 8861:4, 8901:8
require [6] - 8754:16, 8755:7, 8757:1, 8765:8, 8765:16

required [14] - 8754:19, 8755:10, 8763:1, 8763:4, 8765:10, 8765:22, 8829:23, 8833:17, 8837:21, 8847:16, 8859:3, 8859:19, 8863:19
requirement [7] - 8751:2, 8760:25, 8761:3, 8831:5, 8837:19, 8838:10, 8840:11
requirements [7] - 8747:15, 8755:5, 8760:15, 8853:23, 8853:25, 8862:11, 8881:4
requires [1] - 8747:22
requiring [1] - 8840:9
resolve [1] - 8842:13
resolving [1] - 8874:24
RESOURCES [1] - 8727:14
respect [13] - 8740:8, 8747:10, 8747:15, 8748:14, 8749:6, 8749:20, 8755:8, 8764:21, 8775:6, 8777:9, 8789:15, 8818:17, 8865:14
respected [1] - 8818:7
respond [1] - 8771:15
responding [3] - 8798:9, 8798:11, 8869:23
responds [1] - 8793:20
response [20] - 8772:9, 8793:17, 8793:19, 8798:16, 8798:17, 8827:7, 8828:20, 8829:2, 8829:5, 8829:15, 8847:12, 8851:15, 8854:7, 8854:14, 8866:4, 8869:21, 8869:25, 8884:6, 8884:9, 8892:22
responses [1] - 8885:3
responsibilities [10] - 8775:3, 8775:5, 8780:19, 8782:12, 8783:2, 8827:23,

8829:8, 8853:21, 8855:4, 8855:18
responsibility [10] - 8782:11, 8786:10, 8786:13, 8801:22, 8857:13, 8859:7, 8864:9, 8864:16, 8872:24, 8883:6
responsible [15] - 8787:12, 8801:15, 8820:20, 8820:22, 8828:19, 8855:19, 8856:8, 8894:12, 8896:8, 8898:7, 8898:9, 8898:13, 8898:24, 8899:2, 8899:4
rest [1] - 8826:12
result [9] - 8753:23, 8776:22, 8785:3, 8785:17, 8797:18, 8849:19, 8871:1, 8872:17, 8901:25
results [3] - 8733:1, 8774:7, 8902:21
return [5] - 8810:3, 8810:20, 8811:14, 8811:20, 8817:12
returned [4] - 8811:11, 8812:18, 8882:11, 8882:17
returning [1] - 8817:5
returns [3] - 8738:23, 8756:4
Revette [1] - 8852:5
review [9] - 8762:14, 8776:10, 8857:20, 8862:4, 8874:14, 8878:25, 8880:13, 8880:16, 8881:18
reviewed [3] - 8751:24, 8776:12, 8874:4
reviewing [2] - 8791:9, 8791:19
revised [5] - 8764:9, 8764:12, 8767:9, 8767:20, 8837:16
revision [1] - 8767:14
RICHARD [1] - 8729:20
Rig [3] - 8777:3, 8847:20
RIG [1] - 8725:5
rig [136] - 8735:21, 8737:12, 8737:16, 8738:21, 8740:14, 8743:22, 8747:5,

8747:6, 8757:11, 8761:11, 8761:13, 8762:2, 8764:22, 8764:23, 8765:12, 8765:13, 8770:4, 8770:7, 8774:7, 8775:2, 8775:6, 8775:9, 8775:11, 8775:14, 8775:17, 8775:24, 8775:25, 8776:5, 8776:8, 8776:10, 8776:12, 8776:14, 8776:21, 8777:7, 8777:8, 8777:19, 8777:21, 8781:4, 8781:20, 8784:16, 8801:15, 8801:16, 8801:22, 8801:25, 8802:19, 8810:8, 8811:9, 8815:4, 8815:5, 8815:9, 8815:10, 8819:25, 8826:9, 8826:24, 8826:25, 8827:8, 8827:23, 8828:10, 8828:12, 8828:16, 8828:23, 8828:24, 8829:7, 8830:20, 8843:21, 8843:25, 8844:18, 8844:22, 8844:23, 8845:1, 8845:3, 8845:7, 8845:17, 8846:17, 8847:1, 8847:2, 8847:4, 8847:10, 8847:14, 8847:16, 8847:24, 8852:1, 8853:7, 8854:4, 8854:7, 8854:25, 8855:4, 8855:14, 8855:24, 8856:5, 8856:6, 8856:9, 8856:12, 8856:16, 8857:15, 8857:19, 8858:11, 8858:23, 8859:20, 8860:2, 8860:21, 8861:4, 8861:10, 8861:12, 8863:10, 8864:12, 8865:12, 8865:15, 8866:13, 8870:3, 8870:4, 8870:19, 8871:14, 8871:16, 8871:19, 8872:17, 8872:20, 8873:9, 8873:19, 8874:1, 8874:3, 8874:23, 8875:9, 8875:13, 8876:1, 8876:5, 8876:9, 8876:16, 8883:5,

8883:21, 8883:25, 8896:19, 8897:2, 8897:24

**rig's** [1] - 8878:4

**right** [136] - 8732:6, 8732:9, 8735:13, 8742:23, 8746:7, 8746:11, 8746:23, 8758:5, 8763:14, 8765:15, 8765:18, 8774:16, 8778:25, 8779:23, 8780:5, 8781:2, 8781:11, 8781:18, 8782:9, 8782:10, 8784:18, 8784:19, 8785:4, 8785:13, 8785:14, 8785:19, 8786:4, 8786:19, 8789:4, 8789:23, 8790:25, 8791:18, 8791:19, 8791:21, 8792:6, 8792:12, 8792:15, 8792:16, 8792:22, 8793:7, 8794:7, 8795:3, 8796:23, 8796:25, 8797:1, 8798:6, 8800:10, 8800:11, 8804:18, 8806:5, 8806:16, 8806:25, 8807:1, 8808:2, 8808:15, 8808:17, 8808:23, 8809:17, 8809:19, 8811:15, 8813:18, 8813:21, 8814:10, 8815:8, 8815:24, 8819:11, 8819:22, 8820:17, 8820:22, 8821:12, 8822:3, 8823:10, 8826:1, 8826:10, 8831:14, 8833:4, 8833:5, 8833:22, 8835:6, 8836:21, 8841:24, 8842:8, 8843:9, 8844:20, 8850:18, 8855:7, 8858:6, 8858:9, 8858:23, 8859:9, 8859:13, 8859:17, 8859:22, 8860:8, 8860:12, 8860:25, 8861:6, 8862:6, 8862:23, 8863:21, 8864:10, 8868:7, 8868:19, 8870:12, 8871:17, 8871:24, 8872:8, 8873:1, 8877:20, 8881:13, 8882:17, 8882:24, 8883:2,

8883:3, 8883:20, 8884:22, 8885:1, 8885:7, 8889:20, 8890:23, 8891:3, 8891:17, 8891:18, 8892:14, 8892:15, 8893:11, 8893:12, 8893:17, 8894:24, 8895:11, 8899:11, 8899:20, 8901:11, 8902:8, 8902:12

**Right** [1] - 8833:21

**right-hand** [3] - 8780:5, 8855:7, 8872:8

**rigorously** [1] - 8879:14

**rigs** [1] - 8843:25

**RIH** [1] - 8768:23

**rise** [2] - 8806:22, 8903:20

**riser** [6] - 8736:4, 8738:21, 8743:24, 8744:20, 8761:14

**risk** [5] - 8739:24, 8773:18, 8779:18, 8786:10, 8848:12

**Risk/Mitigation** [1] - 8750:12

**risk/mitigation** [1] - 8848:12

**risks** [1] - 8750:14

**RMR** [2] - 8730:13, 8904:13

**RMS** [4] - 8777:15, 8870:3, 8870:5, 8870:15

**road** [1] - 8826:3

**Robert** [2] - 8779:1, 8891:2

**ROBERT** [2] - 8726:9, 8729:2

**ROBERTS** [1] - 8729:14

**Robinson** [4] - 8823:20, 8823:24, 8827:6, 8886:15

**Robinson's** [1] - 8895:15

**rock** [1] - 8742:10

**rocking** [6] - 8740:15, 8740:19, 8741:19, 8741:25, 8742:1, 8742:10

**Rodriguez** [14] - 8777:1, 8777:4, 8777:8, 8777:16, 8844:4, 8844:7, 8878:17, 8878:21, 8878:24, 8879:6,

8879:9, 8879:25, 8880:3, 8880:9

**roll** [1] - 8834:2

**roll-out** [1] - 8834:2

**rolled** [1] - 8837:18

**Ron** [3] - 8889:19, 8890:12, 8890:14

**Ronnie** [4] - 8762:23, 8763:9, 8764:6, 8891:2

**room** [4] - 8797:25, 8802:19, 8802:20, 8802:21

**ROOM** [2] - 8727:12, 8730:14

**rooms** [1] - 8879:15

**root** [14] - 8829:4, 8829:6, 8829:11, 8829:14, 8829:15, 8829:19, 8829:23, 8830:3, 8830:8, 8830:11, 8830:16, 8831:2, 8831:6, 8837:20

**rotational** [1] - 8797:20

**ROUGE** [2] - 8727:3, 8728:15

**routine** [3] - 8818:1, 8874:20, 8883:1

**routines** [1] - 8877:8

**ROY** [2] - 8726:3, 8726:3

**RPR** [1] - 8904:13

**rule** [1] - 8826:17

**rules** [4] - 8760:17, 8842:13, 8858:20, 8858:21

**run** [52] - 8733:12, 8733:20, 8734:4, 8734:19, 8736:20, 8737:23, 8739:3, 8739:18, 8744:22, 8749:9, 8750:7, 8750:9, 8751:6, 8751:9, 8751:11, 8751:13, 8751:16, 8751:19, 8752:3, 8752:7, 8752:23, 8753:20, 8754:12, 8755:2, 8755:9, 8755:17, 8755:20, 8756:2, 8756:6, 8756:9, 8756:12, 8757:14, 8757:16, 8757:19, 8757:20, 8757:21, 8759:16, 8759:19, 8759:20, 8785:7, 8786:2, 8794:6,

8802:4, 8802:6, 8802:10, 8850:2, 8850:6, 8901:8, 8902:25, 8903:2

**running** [26] - 8734:10, 8737:9, 8737:23, 8738:3, 8742:7, 8744:17, 8747:21, 8749:20, 8749:23, 8750:3, 8750:15, 8750:21, 8753:4, 8753:9, 8753:17, 8754:16, 8755:12, 8759:9, 8759:12, 8763:7, 8767:17, 8767:22, 8787:16, 8802:3, 8853:18, 8901:12

**RUSNAK** [1] - 8727:4

## S

**s** [1] - 8799:19

**S** [4] - 8726:19, 8732:3

**sacrificed** [1] - 8778:10

**sadly** [2] - 8841:9, 8841:16

**safe** [4] - 8778:1, 8778:6, 8853:8, 8874:2

**safety** [85] - 8739:12, 8750:16, 8750:20, 8751:3, 8751:4, 8756:23, 8756:24, 8757:4, 8758:9, 8758:13, 8759:18, 8759:21, 8773:15, 8778:10, 8778:22, 8778:23, 8779:8, 8779:10, 8779:13, 8779:19, 8780:15, 8781:8, 8781:17, 8782:8, 8782:12, 8784:17, 8789:7, 8789:10, 8789:18, 8792:6, 8792:9, 8792:12, 8792:15, 8792:18, 8792:22, 8793:2, 8793:9, 8793:14, 8817:18, 8818:18, 8820:21, 8825:15, 8828:23, 8830:2, 8831:3, 8831:9, 8831:10, 8831:12, 8833:13, 8835:3, 8835:4, 8835:8, 8835:12, 8835:21, 8837:1,

8840:14, 8840:17, 8841:8, 8841:15, 8842:4, 8842:9, 8842:12, 8842:14, 8842:19, 8844:23, 8849:25, 8851:20, 8851:23, 8852:17, 8855:24, 8864:3, 8864:8, 8865:15, 8867:14, 8868:9, 8868:10, 8881:19, 8881:21, 8881:23, 8882:19, 8883:10

**Safety** [2] - 8863:24, 8864:2

**safety-related** [1] - 8758:13

**said** [77] - 8734:14, 8738:10, 8738:11, 8738:13, 8739:4, 8740:11, 8741:7, 8744:17, 8745:21, 8763:24, 8765:7, 8768:20, 8769:23, 8771:3, 8771:21, 8771:23, 8776:14, 8776:16, 8780:21, 8788:7, 8789:23, 8790:11, 8790:19, 8790:22, 8792:4, 8792:8, 8792:11, 8792:14, 8793:1, 8793:4, 8794:17, 8797:24, 8797:25, 8800:1, 8801:4, 8802:9, 8803:15, 8804:13, 8804:19, 8807:13, 8808:6, 8808:9, 8810:6, 8810:9, 8815:24, 8820:8, 8820:16, 8824:18, 8824:20, 8824:24, 8826:13, 8827:7, 8827:15, 8827:21, 8827:24, 8828:2, 8829:7, 8832:16, 8833:21, 8834:7, 8839:12, 8840:25, 8842:3, 8871:4, 8882:13, 8885:18, 8885:19, 8885:24, 8886:4, 8886:15, 8886:18, 8886:19, 8893:19, 8893:22, 8896:10, 8899:5

**sake** [1] - 8803:22

**salt** [1] - 8888:5

**same** [27] - 8745:25, 8746:1, 8758:3,

8761:21, 8761:23, 8788:5, 8789:14, 8789:23, 8793:18, 8794:8, 8794:10, 8801:8, 8812:11, 8819:11, 8819:23, 8822:2, 8845:7, 8849:22, 8850:2, 8850:10, 8857:25, 8863:2, 8866:18, 8866:19, 8870:6, 8888:14, 8901:3

**SAN** [1] - 8727:13

**sand** [1] - 8895:20

**sands** [2] - 8848:17, 8849:4

**Santa** [2] - 8776:17, 8870:20

**sat** [1] - 8776:5

**satisfactory** [4] - 8786:17, 8786:23, 8859:13, 8876:13

**satisfied** [16] - 8776:7, 8777:23, 8778:3, 8853:7, 8853:23, 8853:25, 8859:11, 8859:16, 8863:11, 8872:11, 8873:8, 8873:9, 8876:13, 8884:6, 8884:20

**satisfy** [1] - 8773:12

**satisfying** [1] - 8751:2

**save** [3] - 8759:11, 8778:10, 8800:24

**saving** [1] - 8759:9

**savings** [1] - 8813:20

**saw** [16] - 8736:5, 8744:25, 8745:23, 8751:23, 8759:21, 8796:9, 8798:11, 8798:22, 8799:24, 8822:22, 8854:25, 8855:14, 8881:19, 8881:20, 8889:2

**say** [31] - 8737:13, 8738:17, 8743:3, 8760:3, 8765:25, 8770:3, 8771:6, 8771:11, 8773:20, 8783:23, 8796:2, 8798:24, 8799:16, 8800:15, 8800:17, 8801:1, 8804:17, 8807:7, 8824:13, 8825:2, 8825:18, 8833:23, 8834:24, 8835:17, 8846:5,

8846:10, 8855:22, 8902:5, 8902:18, 8903:1, 8903:2

**saying** [31] - 8734:25, 8738:9, 8747:23, 8758:21, 8764:20, 8764:24, 8766:7, 8766:20, 8769:8, 8770:25, 8771:1, 8771:3, 8798:2, 8801:2, 8803:2, 8803:18, 8807:8, 8808:11, 8810:21, 8814:9, 8814:16, 8815:8, 8815:21, 8825:20, 8826:2, 8826:15, 8829:13, 8839:9, 8839:10, 8866:19, 8873:8

**says** [52] - 8745:24, 8747:20, 8750:14, 8762:24, 8763:17, 8764:17, 8766:4, 8767:12, 8769:2, 8770:16, 8777:11, 8794:5, 8794:19, 8798:16, 8801:7, 8804:12, 8804:17, 8818:23, 8823:22, 8824:6, 8824:20, 8850:22, 8853:6, 8854:3, 8855:13, 8860:23, 8861:23, 8861:25, 8862:13, 8862:15, 8863:3, 8863:7, 8869:19, 8869:20, 8870:19, 8872:8, 8873:25, 8874:13, 8875:3, 8875:19, 8876:4, 8876:9, 8877:7, 8879:9, 8880:8, 8881:2, 8881:11, 8892:22, 8893:24, 8895:24, 8899:1, 8900:21

**scenarios** [2] - 8866:10, 8866:23

**schedule** [1] - 8860:7

**scheduled** [1] - 8860:1

**schools** [3] - 8831:18, 8833:7, 8833:19

**SCOFIELD** [1] - 8730:10

**scope** [1] - 8776:4

**score** [3] - 8890:8,

8891:17, 8891:18

**SCOTT** [1] - 8727:16

**screen** [2] - 8815:7, 8816:6

**screwed** [3] - 8829:9, 8829:12, 8829:13

**seal** [1] - 8736:3

**seat** [1] - 8792:9

**seated** [1] - 8806:25

**seawater** [11] - 8761:15, 8763:18, 8764:18, 8764:25, 8766:4, 8767:5, 8768:24, 8771:21, 8771:23, 8773:2, 8892:24

**seaworthy** [1] - 8861:9

**second** [11] - 8769:15, 8770:17, 8800:16, 8805:21, 8812:4, 8812:9, 8816:13, 8848:17, 8848:19, 8867:17, 8893:21

**seconded** [4] - 8805:5, 8805:24, 8806:7, 8806:12

**secondhand** [1] - 8823:23

**Section** [2] - 8747:18, 8863:15

**section** [7] - 8734:3, 8747:22, 8781:13, 8798:8, 8818:23, 8848:16, 8849:15

**SECTION** [2] - 8727:15, 8728:1

**sections** [2] - 8752:9, 8887:2

**security** [2] - 8781:9, 8781:17

**see** [111] - 8733:2, 8733:3, 8733:14, 8735:8, 8740:2, 8744:7, 8745:6, 8748:12, 8750:8, 8752:14, 8753:14, 8754:21, 8757:4, 8761:18, 8761:22, 8761:24, 8762:1, 8762:11, 8766:6, 8766:16, 8768:21, 8769:23, 8771:10, 8773:4, 8787:22, 8793:22, 8795:22, 8803:16, 8805:17, 8809:1, 8809:4, 8809:7, 8810:25,

8811:8, 8812:14, 8817:25, 8818:14, 8818:22, 8819:1, 8824:7, 8824:9, 8827:9, 8829:9, 8831:24, 8833:23, 8841:25, 8845:9, 8845:11, 8845:14, 8845:24, 8847:18, 8848:4, 8848:7, 8850:18, 8850:19, 8850:20, 8853:6, 8853:10, 8853:15, 8853:19, 8858:1, 8858:18, 8860:1, 8862:14, 8863:3, 8864:1, 8864:16, 8865:6, 8867:12, 8869:5, 8869:7, 8869:19, 8869:21, 8871:9, 8872:7, 8872:9, 8873:23, 8873:25, 8874:13, 8875:4, 8875:19, 8876:4, 8876:7, 8877:6, 8877:10, 8877:13, 8877:16, 8877:20, 8877:22, 8879:13, 8880:10, 8881:2, 8881:5, 8881:9, 8882:1, 8882:3, 8887:11, 8888:23, 8889:10, 8889:19, 8890:3, 8891:9, 8893:6, 8897:6, 8897:13, 8898:25, 8899:1, 8900:18, 8900:23, 8902:11

**See** [1] - 8846:2

**seeing** [4] - 8746:24, 8774:8, 8779:6, 8793:24

**seem** [4] - 8801:13, 8801:15, 8802:3, 8803:10

**seemed** [2] - 8876:6, 8896:17

**seems** [2] - 8814:9, 8815:21

**seen** [7] - 8747:18, 8798:20, 8798:21, 8809:1, 8823:22, 8850:14, 8887:6

**sees** [1] - 8761:14

**seminar** [1] - 8836:12

**send** [7] - 8763:24, 8767:13, 8798:17, 8798:21, 8847:2,

8900:21, 8900:22

**sending** [3] - 8764:12, 8767:19, 8847:4

**sends** [2] - 8764:16, 8795:7

**senior** [10] - 8774:22, 8806:6, 8822:19, 8823:12, 8824:12, 8824:23, 8825:19, 8825:23, 8826:2, 8826:7

**sense** [3] - 8760:3, 8779:6, 8779:18

**sent** [17] - 8745:11, 8762:22, 8767:9, 8798:1, 8798:10, 8799:3, 8799:7, 8799:13, 8821:2, 8861:18, 8893:9, 8893:15, 8900:20, 8902:1, 8902:4, 8902:10, 8903:7

**sentence** [5] - 8782:4, 8785:11, 8807:12, 8827:21, 8829:18

**sentences** [2] - 8789:2, 8789:6

**separate** [1] - 8772:24

**September** [22] - 8774:15, 8774:21, 8775:14, 8775:25, 8843:21, 8844:22, 8845:4, 8846:16, 8846:18, 8846:23, 8847:4, 8860:12, 8860:14, 8861:8, 8861:12, 8861:19, 8861:24, 8869:16, 8872:18, 8877:2, 8879:25

**Sepulvado** [12] - 8762:23, 8763:16, 8883:24, 8884:5, 8889:19, 8890:5, 8890:12, 8890:15, 8890:22, 8891:3

**Sepulvado's** [1] - 8892:22

**Sepulvados** [1] - 8892:11

**series** [4] - 8809:22, 8815:22, 8815:23, 8819:7

**serious** [1] - 8826:25

**service** [10] - 8845:1, 8845:4, 8855:19, 8861:13, 8872:17,

8872:20, 8873:10, 8873:20, 8874:23, 8885:3
**serviced** [1] - 8883:4
**SERVICES** [1] - 8730:2
**services** [2] - 8867:19, 8868:10
**Services** [2] - 8765:24, 8769:18
**session** [1] - 8836:12
**SESSION** [1] - 8725:20
**set** [30] - 8736:3, 8754:12, 8755:9, 8764:19, 8764:25, 8765:4, 8765:7, 8765:9, 8765:11, 8765:15, 8765:20, 8765:23, 8766:1, 8766:4, 8767:3, 8767:15, 8769:2, 8770:18, 8771:7, 8773:22, 8832:25, 8859:19, 8864:4, 8868:18, 8892:18, 8893:22, 8896:4, 8897:18, 8897:19
**sets** [2] - 8868:6, 8896:24
**setting** [1] - 8769:18
**setup** [1] - 8761:20
**seven** [5] - 8805:21, 8813:19, 8870:6, 8880:22, 8883:4
**seventh** [1] - 8889:20
**several** [13] - 8732:18, 8732:19, 8744:12, 8746:5, 8751:16, 8799:16, 8809:16, 8811:21, 8821:23, 8831:18, 8871:5, 8876:9
**severe** [1] - 8902:11
**shall** [9] - 8747:20, 8830:3, 8838:2, 8847:23, 8853:7, 8853:18, 8854:4, 8860:1, 8862:12
**shallow** [1] - 8760:4
**shallower** [1] - 8767:17
**shape** [1] - 8733:12
**SHARON** [1] - 8727:22
**SHAW** [1] - 8726:16
**sheer** [1] - 8735:24
**sheet** [2] - 8878:1,

8879:17
**sheets** [1] - 8880:25
**SHELL** [1] - 8728:23
**shift** [1] - 8883:16
**shipyard** [2] - 8882:11, 8882:17
**shoe** [6] - 8744:19, 8761:25, 8766:6, 8848:15, 8849:7, 8849:14
**shoot** [1] - 8757:2
**short** [1] - 8834:2
**shortly** [1] - 8876:2
**should** [40] - 8745:6, 8745:14, 8747:25, 8755:20, 8757:19, 8757:20, 8757:21, 8763:19, 8766:1, 8770:19, 8770:24, 8771:4, 8778:19, 8783:9, 8784:2, 8784:4, 8794:20, 8794:22, 8794:24, 8797:16, 8799:10, 8818:18, 8824:13, 8824:24, 8825:20, 8825:21, 8838:14, 8838:16, 8838:17, 8838:19, 8845:19, 8846:9, 8881:11, 8886:3, 8887:4, 8897:6, 8897:12, 8900:7, 8900:14
**shoulder** [1] - 8797:18
**shouldn't** [2] - 8838:14, 8900:8
**show** [7] - 8752:14, 8761:5, 8766:18, 8788:13, 8788:21, 8813:7, 8886:11
**showing** [1] - 8887:23
**shown** [4] - 8747:18, 8878:17, 8880:8, 8892:10
**shows** [3] - 8761:19, 8878:1, 8888:7
**shut** [4] - 8770:21, 8772:2, 8772:4, 8842:21
**Shut** [1] - 8772:1
**shutdown** [2] - 8769:9, 8844:23
**SHUTLER** [1] - 8727:22
**shutting** [1] - 8827:9
**side** [12] - 8753:20, 8755:16, 8780:5, 8796:22, 8821:16,

8841:24, 8844:7, 8844:15, 8894:7, 8894:9, 8896:7, 8902:20
**sight** [1] - 8879:16
**sign** [4] - 8873:9, 8874:14, 8875:4, 8875:20
**sign-off** [1] - 8873:9
**signed** [5] - 8752:17, 8759:7, 8876:9, 8876:12, 8878:4
**significance** [2] - 8741:9, 8813:5
**significant** [2] - 8830:3, 8845:17
**signs** [3] - 8873:4, 8887:20, 8888:1
**simpler** [1] - 8874:21
**Sims** [17] - 8795:14, 8796:14, 8797:2, 8797:21, 8798:3, 8798:5, 8799:13, 8801:16, 8802:2, 8802:11, 8802:13, 8802:16, 8803:15, 8803:18, 8804:15, 8815:15, 8886:22
**Sims'** [4] - 8793:17, 8793:19, 8798:8, 8803:15
**simulate** [2] - 8761:17, 8761:20
**simulates** [1] - 8766:16
**simulation** [1] - 8773:24
**Since** [1] - 8848:19
**since** [5] - 8761:16, 8772:20, 8817:13, 8848:22
**SINCLAIR** [1] - 8728:8
**single** [5] - 8783:13, 8793:19, 8859:12, 8895:19, 8896:24
**sinks** [1] - 8784:17
**sir** [226] - 8783:1, 8785:2, 8789:13, 8789:16, 8790:2, 8790:4, 8790:16, 8790:24, 8791:1, 8791:4, 8791:11, 8791:17, 8791:23, 8795:18, 8806:20, 8809:3, 8809:6, 8809:8, 8812:8, 8812:16, 8816:8, 8816:24, 8817:9, 8818:15, 8819:4,

8819:17, 8819:19, 8820:23, 8820:25, 8821:13, 8822:1, 8822:11, 8822:14, 8823:11, 8823:14, 8824:2, 8824:8, 8824:14, 8824:19, 8824:22, 8825:14, 8825:17, 8827:10, 8827:12, 8828:2, 8828:25, 8829:3, 8829:6, 8829:10, 8829:17, 8829:25, 8830:6, 8830:8, 8830:12, 8830:24, 8831:8, 8831:12, 8831:15, 8833:5, 8834:21, 8834:23, 8835:2, 8835:17, 8836:4, 8836:14, 8836:18, 8836:23, 8836:24, 8837:2, 8837:13, 8837:18, 8838:5, 8838:13, 8838:16, 8838:19, 8838:25, 8839:9, 8839:15, 8840:8, 8840:11, 8840:15, 8841:13, 8841:23, 8842:10, 8842:16, 8843:3, 8843:7, 8851:13, 8851:14, 8851:19, 8851:21, 8851:22, 8852:3, 8852:20, 8852:22, 8852:24, 8853:4, 8853:20, 8853:24, 8854:14, 8854:23, 8855:1, 8855:11, 8856:1, 8856:7, 8856:11, 8856:14, 8856:17, 8856:21, 8858:3, 8858:7, 8858:15, 8858:16, 8858:19, 8859:6, 8859:10, 8860:3, 8860:13, 8860:16, 8861:11, 8861:20, 8862:1, 8862:7, 8862:13, 8862:20, 8862:24, 8863:7, 8863:22, 8864:6, 8864:11, 8864:14, 8864:17, 8864:22, 8865:8, 8865:16, 8865:19, 8865:24, 8866:2, 8866:8, 8866:15, 8866:17, 8866:23, 8866:24, 8867:5, 8867:16, 8867:18, 8867:20,

8867:22, 8867:24, 8868:1, 8868:5, 8868:13, 8868:19, 8869:2, 8869:8, 8869:10, 8869:14, 8869:18, 8869:22, 8871:18, 8871:21, 8871:25, 8872:4, 8872:10, 8873:20, 8873:24, 8874:9, 8874:11, 8874:18, 8875:11, 8875:18, 8876:8, 8876:11, 8876:15, 8876:20, 8876:24, 8877:23, 8877:24, 8878:3, 8878:6, 8878:8, 8878:11, 8878:14, 8878:15, 8878:23, 8879:4, 8879:8, 8879:12, 8879:23, 8880:2, 8880:6, 8880:11, 8881:1, 8881:6, 8881:10, 8881:12, 8881:14, 8881:17, 8881:19, 8882:15, 8882:20, 8882:25, 8883:8, 8883:14, 8883:22, 8883:25, 8884:1, 8884:3, 8884:8, 8884:11, 8884:18, 8891:5, 8891:11, 8891:19, 8893:2, 8893:25, 8895:1, 8895:7, 8897:10, 8897:14, 8898:6, 8898:20, 8899:13, 8899:18, 8899:24
**sit** [4] - 8784:1, 8784:4, 8784:12, 8803:3
**site** [78] - 8737:12, 8737:13, 8740:11, 8757:11, 8757:12, 8760:9, 8763:12, 8763:21, 8764:3, 8764:23, 8773:5, 8779:25, 8780:11, 8780:19, 8780:21, 8781:11, 8787:11, 8787:15, 8792:4, 8794:21, 8798:12, 8799:19, 8799:22, 8800:8, 8800:10, 8800:12, 8803:24, 8804:5, 8804:14, 8808:14, 8809:9, 8809:18, 8809:25, 8810:2, 8810:15, 8810:20, 8811:15,

8811:17, 8811:19,
8812:4, 8812:21,
8816:9, 8816:19,
8816:25, 8817:1,
8817:10, 8817:17,
8817:20, 8819:7,
8820:4, 8820:15,
8828:14, 8836:8,
8837:5, 8842:11,
8852:9, 8853:8,
8853:13, 8854:6,
8856:19, 8875:20,
8883:24, 8886:14,
8889:12, 8889:14,
8890:15, 8891:16,
8892:5, 8898:4,
8898:8, 8898:12,
8899:4, 8899:10,
8899:16, 8900:1,
8900:2

**situation** [3] -
8871:7, 8900:1,
8900:6

**situations** [1] -
8743:6

**six** [6] - 8791:25,
8808:2, 8813:19,
8867:11, 8889:20,
8891:12

**sixth** [1] - 8867:25

**skills** [2] - 8890:3,
8890:6

**sleeve** [5] - 8744:25,
8765:5, 8765:15,
8765:19, 8767:17

**slide** [1] - 8754:15

**SLIDELL** [1] -
8726:23

**slightly** [1] - 8771:8

**slow** [1] - 8902:6

**slurry** [1] - 8901:8

**small** [1] - 8750:6

**sneak** [1] - 8802:20

**snippets** [2] -
8798:22, 8799:25

**so..** [1] - 8829:13

**society** [1] - 8858:21

**solitary** [1] - 8793:20

**some** [55] - 8735:5,
8740:17, 8741:7,
8741:8, 8741:17,
8743:25, 8750:13,
8751:1, 8751:9,
8756:14, 8762:14,
8763:17, 8763:19,
8764:7, 8764:11,
8774:17, 8776:3,
8793:22, 8796:11,
8797:8, 8802:9,
8813:3, 8813:23,

8814:4, 8815:11,
8821:4, 8845:7,
8847:7, 8857:25,
8859:7, 8866:25,
8867:1, 8867:6,
8867:7, 8869:3,
8869:12, 8871:14,
8873:23, 8874:16,
8874:22, 8875:23,
8878:21, 8879:7,
8880:1, 8880:22,
8882:8, 8883:16,
8887:15, 8887:21,
8887:22, 8892:7,
8895:21, 8900:13,
8902:6, 8903:13

**somebody** [16] -
8748:22, 8785:4,
8785:18, 8786:18,
8786:23, 8803:5,
8804:20, 8809:12,
8810:16, 8817:12,
8828:5, 8841:3,
8842:1, 8842:11,
8842:16, 8869:23

**somebody's** [1] -
8840:17

**someone** [5] -
8772:17, 8772:18,
8786:20, 8801:14,
8801:19

**something** [16] -
8740:17, 8742:5,
8742:6, 8744:2,
8768:3, 8769:7,
8770:25, 8774:11,
8779:7, 8779:10,
8794:2, 8816:2,
8819:3, 8826:21,
8862:22, 8900:7

**sometime** [2] -
8767:24, 8884:4

**sometimes** [4] -
8742:5, 8742:8,
8871:19, 8903:2

**somewhere** [1] -
8744:18

**sonic** [1] - 8887:23

**soon** [3] - 8794:10,
8888:2, 8888:7

**sooner** [1] - 8827:19

**SOPs** [1] - 8782:8

**sorry** [31] - 8738:14,
8740:9, 8746:3,
8746:4, 8749:1,
8752:11, 8752:12,
8758:22, 8761:1,
8768:1, 8769:9,
8782:5, 8790:5,
8805:13, 8807:17,

8812:16, 8812:25,
8815:2, 8818:15,
8824:16, 8824:19,
8824:22, 8833:13,
8842:16, 8850:6,
8851:2, 8885:12,
8886:11, 8893:15,
8895:8, 8902:16

**sort** [1] - 8825:25

**sound** [1] - 8868:7

**SOUTH** [1] - 8729:18

**space** [1] - 8756:22

**spacer** [1] - 8787:16

**spaces** [1] - 8879:16

**speak** [7] - 8741:5,
8755:16, 8810:13,
8823:21, 8825:4,
8843:18, 8849:7

**speaking** [2] -
8748:25, 8810:16

**special** [1] - 8736:14

**specific** [7] -
8833:16, 8833:17,
8853:17, 8865:21,
8866:20, 8870:4,
8897:19

**specifically** [4] -
8833:11, 8856:8,
8866:9, 8884:20

**specifications** [2] -
8740:21, 8858:18

**specifics** [2] -
8871:4, 8871:10

**specify** [1] - 8881:4

**speculation** [2] -
8825:5, 8842:23

**speed** [1] - 8778:13

**spend** [1] - 8887:15

**spent** [4] - 8790:8,
8791:8, 8791:14,
8791:24

**Sperry** [1] - 8828:13

**Sperry-Sun** [1] -
8828:13

**SPILL** [1] - 8725:5

**SPIRO** [1] - 8728:2

**spoke** [9] - 8810:10,
8810:14, 8843:21,
8848:8, 8850:19,
8873:4, 8875:9,
8884:2, 8884:4

**spot** [1] - 8832:20

**spots** [1] - 8733:16

**Sprague** [7] -
8748:21, 8751:22,
8786:1, 8787:1,
8821:15, 8823:6,
8845:15

**spreadsheet** [8] -
8868:3, 8868:6,

8868:15, 8868:18,
8868:23, 8872:6,
8889:10, 8889:14

**spreadsheets** [1] -
8875:7

**spring** [2] - 8881:3,
8881:8

**SPU** [3] - 8781:5,
8835:20, 8872:24

**SQUARE** [1] -
8728:23

**squeeze** [1] - 8757:2

**stack** [10] - 8735:7,
8735:17, 8736:2,
8736:4, 8736:9,
8736:16, 8773:21,
8853:19, 8882:22,
8882:23

**stairstep** [1] - 8741:3

**stand** [1] - 8781:25

**standard** [10] -
8749:18, 8749:24,
8750:1, 8764:1,
8764:2, 8771:7,
8772:6, 8828:7,
8858:9, 8858:14

**standards** [6] -
8782:7, 8782:9,
8855:21, 8858:5,
8858:8, 8865:11

**standing** [1] -
8877:12

**stands** [2] - 8782:5,
8888:10

**start** [4] - 8748:5,
8779:6, 8786:16,
8892:9

**started** [4] - 8805:11,
8806:6, 8808:21,
8841:21

**starting** [4] -
8735:15, 8739:5,
8761:7, 8805:7

**starts** [2] - 8870:5,
8892:14

**STATE** [3] - 8728:6,
8728:11, 8728:13

**state** [2] - 8787:23,
8799:13

**stated** [2] - 8772:1,
8840:11

**statement** [2] -
8807:10, 8828:16

**statements** [1] -
8795:23

**states** [4] - 8853:15,
8860:1, 8861:3,
8869:5

**STATES** [4] - 8725:1,
8725:15, 8725:23,

8727:10

**States** [3] - 8843:9,
8843:11, 8904:6

**STATION** [1] -
8728:4

**station** [4] - 8854:19,
8854:25, 8855:3,
8855:14

**statistics** [1] -
8841:9

**Status** [1] - 8777:3

**stayed** [1] - 8872:17

**STENOGRAPHY** [1]
- 8730:17

**step** [5] - 8734:4,
8753:1, 8754:1,
8783:12, 8783:22

**STEPHEN** [1] -
8726:6

**stepped** [1] -
8817:25

**STERBCOW** [2] -
8726:11, 8726:11

**STERNBERG** [1] -
8730:7

**Steve** [2] - 8827:6,
8878:5

**STEVEN** [2] -
8727:15, 8729:14

**Steven** [1] - 8886:15

**still** [16] - 8735:12,
8757:15, 8757:16,
8767:14, 8768:2,
8794:25, 8805:9,
8805:13, 8821:23,
8826:19, 8832:10,
8837:9, 8877:8,
8879:17, 8879:22,
8901:6

**stood** [1] - 8815:24

**stop** [14] - 8735:8,
8822:13, 8822:17,
8825:11, 8825:13,
8825:15, 8825:20,
8825:22, 8826:1,
8826:9, 8826:17,
8842:5, 8842:13,
8901:25

**stop-the-job** [1] -
8825:13

**stopped** [1] - 8802:8

**stopping** [2] -
8826:6, 8826:7

**STPs** [2] - 8782:7,
8858:5

**straight** [1] - 8846:7

**STRANGE** [1] -
8728:7

**strategic** [1] -
8872:23

**STREET** [17] - 8726:4, 8726:9, 8726:12, 8726:15, 8726:17, 8726:22, 8727:2, 8727:7, 8728:14, 8728:18, 8728:23, 8729:12, 8729:15, 8729:21, 8730:5, 8730:11, 8730:14
  **street** [1] - 8874:3
  **strength** [1] - 8902:21
  **strike** [3] - 8761:22, 8766:14, 8775:4
  **string** [15] - 8735:4, 8751:25, 8753:4, 8753:10, 8753:12, 8753:18, 8753:21, 8753:24, 8754:2, 8754:4, 8758:17, 8787:1, 8821:11, 8824:6, 8848:10
  **strings** [1] - 8735:2
  **strong** [4] - 8803:25, 8804:5, 8825:12, 8855:25
  **strongly** [1] - 8803:22
  **structure** [9] - 8796:1, 8796:5, 8796:12, 8796:14, 8805:4, 8806:1, 8818:16, 8865:18, 8866:5
  **stuck** [3] - 8742:1, 8742:5, 8802:5
  **stuff** [8] - 8751:17, 8758:2, 8761:12, 8806:4, 8832:14, 8834:3, 8841:5, 8903:5
  **subject** [10] - 8732:14, 8770:15, 8775:2, 8777:2, 8799:3, 8799:9, 8808:8, 8883:16, 8889:3, 8900:10
  **subjects** [1] - 8833:18
  **submit** [1] - 8815:13
  **submitted** [10] - 8893:1, 8893:2, 8893:9, 8893:14, 8893:16, 8895:3, 8895:9, 8895:25, 8896:4, 8896:8
  **subsea** [2] - 8765:3, 8765:4
  **subsequent** [2] -

8847:8, 8850:8
  **subsequently** [1] - 8847:8
  **substance** [1] - 8789:15
  **subtle** [1] - 8887:21
  **succeed** [1] - 8793:4
  **success** [3] - 8897:19, 8897:20, 8900:7
  **successful** [1] - 8897:10
  **successfully** [3] - 8738:15, 8740:10, 8760:10
  **such** [5] - 8754:9, 8784:13, 8841:16, 8858:8, 8886:25
  **sufficient** [5] - 8766:11, 8766:14, 8766:19, 8768:18, 8768:19
  **suggest** [3] - 8797:6, 8803:22, 8813:5
  **suggested** [2] - 8784:20, 8861:5
  **suggesting** [2] - 8742:10, 8887:25
  **suggestion** [2] - 8751:1, 8772:9
  **suggests** [1] - 8793:20
  **SUITE** [11] - 8726:4, 8726:12, 8726:15, 8726:20, 8728:24, 8729:12, 8729:15, 8729:24, 8730:5, 8730:7, 8730:11
  **SULLIVAN** [1] - 8727:21
  **sum** [1] - 8789:14
  **summarize** [2] - 8745:20, 8807:4
  **summed** [1] - 8792:3
  **Sun** [1] - 8828:13
  **Sunday** [1] - 8893:6
  **super** [1] - 8870:7
  **superintendent** [2] - 8774:21, 8861:4
  **supervisor** [1] - 8878:4
  **supplied** [1] - 8742:19
  **support** [2] - 8806:2, 8886:24
  **suppose** [1] - 8814:11
  **supposed** [1] - 8894:18
  **sure** [27] - 8740:22,

8742:20, 8745:1, 8748:11, 8774:11, 8774:12, 8774:19, 8782:22, 8786:17, 8786:22, 8801:6, 8801:7, 8810:14, 8813:4, 8814:19, 8815:25, 8821:24, 8833:23, 8834:13, 8835:19, 8839:25, 8858:4, 8860:8, 8875:10, 8888:21, 8900:22
  **surface** [2] - 8765:25, 8767:15
  **surge** [4] - 8744:21, 8744:23, 8750:8, 8750:11
  **surges** [1] - 8742:8
  **suspended** [1] - 8760:16
  **suspending** [1] - 8760:16
  **sustain** [3] - 8825:6, 8834:12, 8842:24
  **SUTHERLAND** [1] - 8729:13
  **SWACO** [5] - 8745:5, 8745:11, 8746:8, 8746:21, 8746:25
  **SWACO's** [1] - 8745:22
  **switch** [1] - 8828:6
  **switchboard** [1] - 8879:16
  **system** [22] - 8744:17, 8777:15, 8831:9, 8831:12, 8831:20, 8832:14, 8833:3, 8833:10, 8833:14, 8833:21, 8837:17, 8837:18, 8838:3, 8838:6, 8838:21, 8839:20, 8849:25, 8851:25, 8864:3, 8871:1, 8871:2, 8884:11
  **systems** [7] - 8776:19, 8776:22, 8834:8, 8834:21, 8834:22, 8835:1, 8870:16

---

# T

  **T** [4] - 8726:9, 8729:5, 8732:3, 8763:8
  **T&A** [3] - 8768:1, 8825:20, 8850:8

**TA** [7] - 8754:12, 8769:24, 8821:20, 8821:23, 8822:2, 8822:6, 8822:17
  **take** [25] - 8734:5, 8735:20, 8739:18, 8739:21, 8799:17, 8800:16, 8852:4, 8860:23, 8861:4, 8865:17, 8872:5, 8872:14, 8874:16, 8875:16, 8875:23, 8876:4, 8878:16, 8880:21, 8880:22, 8883:1, 8883:21, 8884:9, 8885:21, 8891:7, 8899:15
  **TAKEN** [1] - 8806:23
  **taken** [8] - 8734:7, 8734:11, 8734:12, 8739:22, 8788:6, 8824:17, 8845:1, 8849:19
  **taking** [5] - 8777:24, 8777:25, 8803:24, 8804:4, 8827:9
  **talk** [30] - 8740:3, 8751:5, 8759:22, 8775:2, 8795:14, 8795:15, 8798:18, 8808:19, 8809:12, 8809:25, 8810:2, 8810:23, 8811:2, 8811:4, 8811:17, 8811:19, 8812:4, 8812:9, 8812:11, 8816:9, 8816:25, 8817:1, 8817:10, 8819:22, 8826:23, 8846:6, 8860:14, 8862:10
  **talked** [14] - 8753:16, 8795:12, 8810:5, 8810:17, 8816:13, 8816:15, 8823:5, 8831:13, 8833:7, 8848:7, 8860:11, 8868:9, 8870:10, 8880:21
  **talking** [25] - 8732:13, 8758:21, 8764:22, 8789:3, 8792:20, 8792:24, 8793:11, 8793:21, 8794:11, 8794:15, 8795:12, 8798:13, 8799:22, 8800:10, 8801:7, 8801:9, 8814:2, 8824:16, 8833:8, 8833:18,

8836:19, 8837:11, 8902:19
  **talks** [6] - 8752:23, 8793:24, 8795:10, 8795:11, 8870:14
  **TANNER** [1] - 8730:10
  **tapered** [1] - 8848:10
  **tasks** [1] - 8877:9
  **TD'd** [1] - 8732:20
  **team** [75] - 8736:7, 8748:13, 8759:6, 8760:14, 8763:11, 8771:7, 8774:13, 8774:14, 8774:23, 8775:3, 8775:6, 8775:8, 8779:18, 8779:22, 8779:25, 8780:14, 8780:22, 8781:2, 8781:4, 8781:8, 8781:20, 8784:16, 8785:18, 8785:25, 8796:25, 8797:3, 8799:17, 8801:5, 8804:15, 8805:5, 8805:9, 8805:11, 8805:13, 8805:14, 8805:24, 8806:7, 8821:1, 8821:11, 8823:19, 8825:20, 8826:13, 8831:16, 8842:1, 8842:2, 8843:4, 8847:2, 8847:9, 8847:17, 8847:23, 8849:19, 8855:18, 8856:8, 8857:13, 8859:3, 8859:4, 8859:7, 8861:23, 8862:10, 8862:12, 8872:11, 8879:10, 8884:13, 8884:20, 8884:23, 8885:24, 8886:4, 8886:7, 8886:9, 8886:14, 8895:16, 8900:11, 8901:8
  **Team** [9] - 8884:17, 8885:9, 8885:15, 8885:25, 8886:7, 8886:23, 8887:4, 8887:7, 8887:14
  **teamwork** [2] - 8890:2, 8890:5
  **technical** [3] - 8855:20, 8867:19, 8868:10
  **technique** [4] - 8740:15, 8741:20, 8742:7, 8742:11

teenage [1] - 8801:2
teleconference [1] - 8846:18
tell [39] - 8732:19, 8733:7, 8733:24, 8738:10, 8738:11, 8741:14, 8745:17, 8756:25, 8757:9, 8760:12, 8766:13, 8767:1, 8771:20, 8772:9, 8772:16, 8773:20, 8774:19, 8778:21, 8782:16, 8783:3, 8783:9, 8783:21, 8785:11, 8798:11, 8800:7, 8801:16, 8804:2, 8805:22, 8810:19, 8810:21, 8815:1, 8819:25, 8823:2, 8831:16, 8849:8, 8886:8, 8896:3, 8901:16, 8901:21
telling [6] - 8807:13, 8810:15, 8824:11, 8824:12, 8834:15, 8839:6
tells [1] - 8829:11
temporary [48] - 8751:7, 8751:14, 8751:20, 8755:24, 8759:22, 8759:24, 8760:1, 8760:7, 8760:13, 8760:16, 8760:22, 8761:1, 8761:2, 8761:6, 8762:3, 8762:4, 8762:11, 8762:17, 8763:5, 8764:12, 8770:5, 8773:8, 8773:11, 8773:14, 8773:17, 8787:9, 8821:21, 8822:3, 8822:8, 8822:10, 8822:13, 8822:15, 8822:21, 8822:24, 8823:13, 8824:25, 8826:3, 8826:13, 8893:1, 8893:10, 8893:16, 8894:13, 8894:23, 8895:3, 8895:6, 8895:9, 8895:24, 8896:19
ten [3] - 8790:9, 8790:19, 8883:1
terms [1] - 8755:17
Terry [1] - 8821:15
test [105] - 8754:12, 8754:18, 8760:18, 8760:21, 8760:22,

8761:2, 8761:8, 8761:17, 8761:19, 8761:20, 8761:21, 8761:23, 8763:17, 8763:22, 8766:5, 8766:8, 8766:9, 8766:11, 8766:18, 8766:19, 8766:20, 8767:5, 8768:1, 8768:12, 8768:14, 8768:15, 8768:18, 8769:15, 8770:8, 8770:16, 8770:18, 8770:20, 8770:21, 8770:24, 8771:4, 8771:18, 8771:20, 8771:22, 8771:24, 8771:25, 8772:1, 8772:3, 8772:10, 8772:13, 8772:14, 8772:19, 8773:2, 8773:3, 8774:1, 8774:3, 8774:8, 8786:14, 8787:12, 8787:17, 8808:20, 8809:5, 8809:10, 8811:4, 8811:6, 8812:10, 8817:18, 8818:4, 8818:10, 8818:24, 8820:1, 8820:3, 8820:8, 8820:11, 8820:17, 8850:18, 8850:20, 8882:11, 8882:13, 8892:8, 8892:18, 8892:23, 8893:20, 8893:21, 8894:19, 8894:21, 8895:17, 8895:19, 8895:20, 8895:25, 8896:24, 8897:10, 8898:1, 8898:5, 8898:9, 8898:13, 8898:15, 8898:24, 8899:17, 8900:7, 8901:9, 8902:19, 8902:21
Test [2] - 8764:16, 8770:16
tested [1] - 8745:3
testified [15] - 8743:12, 8783:12, 8785:25, 8791:2, 8799:3, 8823:24, 8848:2, 8851:15, 8869:11, 8884:5, 8894:15, 8894:18, 8894:20, 8894:21
testifying [1] - 8791:16
testimony [13] -

8743:25, 8773:25, 8779:7, 8783:15, 8789:12, 8789:14, 8789:21, 8789:22, 8793:5, 8793:16, 8793:17, 8794:11, 8842:9
testing [4] - 8760:20, 8761:25, 8897:7, 8903:4
tests [8] - 8771:24, 8772:24, 8774:3, 8786:17, 8786:23, 8897:18, 8901:5, 8902:6
Texas [1] - 8836:22
text [1] - 8848:6
than [20] - 8733:8, 8737:8, 8739:22, 8743:10, 8744:1, 8744:7, 8744:19, 8751:14, 8778:22, 8802:4, 8815:5, 8823:18, 8825:23, 8826:7, 8827:19, 8836:16, 8871:11, 8890:20, 8891:17, 8895:17
thank [14] - 8732:7, 8732:10, 8749:3, 8778:24, 8788:15, 8807:2, 8816:3, 8816:4, 8843:9, 8843:10, 8850:25, 8851:1, 8903:18, 8903:19
Thanks [1] - 8770:3
that [980] - 8733:2, 8733:5, 8733:7, 8733:18, 8733:20, 8734:11, 8734:12, 8734:14, 8735:2, 8735:19, 8736:3, 8736:5, 8736:6, 8736:7, 8736:8, 8736:11, 8736:12, 8737:11, 8738:9, 8738:12, 8738:19, 8738:23, 8738:24, 8739:1, 8739:7, 8739:8, 8739:11, 8739:13, 8739:16, 8739:18, 8739:20, 8739:21, 8739:24, 8740:2, 8740:12, 8740:17, 8740:22, 8740:24, 8741:1, 8741:12, 8741:14, 8741:16, 8741:17, 8741:19, 8741:20,

8741:25, 8742:1, 8742:4, 8742:5, 8742:10, 8742:11, 8743:12, 8743:13, 8743:16, 8743:17, 8743:19, 8743:21, 8743:25, 8744:1, 8744:2, 8744:25, 8745:1, 8745:3, 8745:5, 8745:13, 8745:21, 8745:23, 8746:3, 8746:8, 8746:13, 8746:17, 8746:18, 8746:24, 8747:1, 8747:4, 8747:6, 8747:7, 8747:11, 8747:15, 8747:20, 8747:25, 8748:2, 8748:11, 8748:12, 8748:13, 8749:1, 8749:11, 8749:15, 8749:17, 8749:20, 8749:24, 8750:1, 8750:2, 8750:8, 8750:11, 8750:19, 8751:1, 8751:2, 8751:3, 8751:6, 8751:21, 8751:23, 8751:24, 8752:2, 8752:6, 8752:9, 8752:17, 8752:19, 8752:24, 8752:25, 8753:1, 8753:4, 8753:8, 8754:1, 8754:6, 8754:9, 8754:11, 8754:19, 8754:22, 8754:24, 8755:1, 8756:2, 8756:5, 8756:12, 8756:13, 8757:5, 8757:6, 8757:9, 8757:18, 8757:22, 8757:25, 8758:1, 8758:3, 8758:6, 8758:16, 8758:24, 8759:2, 8759:6, 8759:7, 8759:8, 8759:14, 8761:15, 8761:22, 8761:23, 8762:1, 8762:4, 8762:7, 8762:12, 8762:20, 8763:11, 8763:12, 8763:14, 8763:22, 8763:23, 8764:6, 8764:8, 8764:21, 8764:24, 8765:5, 8765:10, 8765:17, 8765:25, 8766:8, 8766:9, 8766:10, 8766:14, 8766:15,

8766:18, 8766:19, 8766:20, 8766:21, 8766:24, 8767:2, 8767:25, 8768:9, 8768:14, 8768:17, 8768:20, 8768:24, 8769:5, 8769:6, 8769:14, 8769:24, 8770:1, 8770:2, 8770:18, 8770:25, 8771:11, 8771:12, 8771:13, 8771:22, 8772:3, 8772:7, 8772:16, 8772:18, 8772:19, 8772:20, 8772:21, 8772:23, 8773:3, 8773:4, 8773:7, 8773:11, 8773:14, 8773:17, 8774:3, 8774:17, 8775:4, 8775:6, 8775:14, 8775:15, 8775:20, 8776:4, 8776:7, 8776:16, 8776:19, 8776:21, 8777:11, 8777:13, 8777:14, 8777:16, 8777:23, 8777:24, 8777:25, 8778:4, 8778:5, 8778:8, 8778:9, 8778:18, 8778:21, 8779:13, 8779:14, 8779:18, 8779:25, 8780:11, 8780:24, 8782:11, 8782:15, 8782:16, 8782:18, 8782:22, 8783:2, 8783:3, 8783:4, 8783:9, 8783:10, 8783:13, 8783:14, 8783:16, 8783:17, 8783:23, 8783:24, 8783:25, 8784:1, 8784:4, 8784:7, 8784:12, 8784:13, 8784:21, 8785:5, 8785:11, 8785:25, 8786:3, 8786:17, 8786:18, 8787:3, 8787:5, 8787:8, 8787:21, 8788:5, 8788:17, 8789:12, 8789:14, 8789:17, 8789:18, 8789:21, 8789:24, 8790:3, 8790:8, 8790:9, 8790:19, 8791:2, 8791:8, 8791:16, 8791:18, 8791:20, 8791:21, 8791:24, 8791:25,

8792:4, 8792:5,
8792:9, 8792:12,
8792:14, 8792:17,
8792:22, 8793:2,
8793:5, 8793:15,
8793:16, 8793:17,
8793:18, 8793:20,
8793:24, 8794:3,
8794:9, 8794:10,
8794:23, 8795:23,
8795:25, 8796:9,
8796:10, 8797:11,
8797:18, 8797:19,
8797:21, 8797:23,
8797:24, 8798:1,
8798:3, 8798:10,
8798:14, 8798:20,
8798:21, 8798:24,
8799:2, 8799:4,
8799:5, 8799:6,
8799:9, 8799:14,
8800:2, 8800:6,
8800:7, 8800:12,
8800:15, 8800:17,
8801:1, 8801:2,
8801:4, 8801:6,
8801:15, 8801:16,
8801:18, 8801:21,
8802:1, 8802:3,
8802:5, 8802:11,
8802:14, 8802:21,
8802:24, 8803:5,
8803:6, 8803:7,
8803:8, 8803:10,
8803:11, 8803:16,
8803:18, 8803:22,
8804:2, 8804:4,
8804:8, 8804:10,
8804:14, 8804:18,
8804:23, 8804:25,
8805:2, 8805:12,
8805:17, 8806:8,
8806:11, 8806:15,
8807:4, 8807:5,
8807:13, 8807:14,
8807:15, 8808:3,
8808:6, 8808:9,
8808:10, 8808:11,
8809:7, 8809:24,
8810:9, 8810:10,
8810:15, 8810:19,
8811:5, 8811:9,
8812:1, 8812:20,
8813:2, 8813:6,
8813:8, 8813:11,
8813:13, 8813:14,
8813:15, 8814:10,
8814:15, 8814:17,
8814:20, 8814:21,
8814:22, 8815:4,
8815:5, 8815:7,

8815:12, 8815:13,
8816:1, 8817:1,
8817:3, 8817:4,
8817:16, 8818:7,
8818:9, 8818:10,
8818:14, 8818:19,
8819:1, 8819:7,
8819:8, 8819:17,
8819:25, 8820:7,
8820:14, 8820:17,
8821:2, 8821:6,
8821:7, 8821:8,
8821:9, 8821:14,
8821:18, 8821:20,
8821:22, 8822:2,
8822:3, 8822:4,
8822:9, 8822:18,
8822:19, 8822:21,
8822:22, 8823:2,
8823:7, 8823:13,
8823:23, 8824:7,
8824:9, 8824:11,
8824:12, 8824:14,
8824:23, 8825:1,
8825:2, 8825:3,
8825:6, 8825:15,
8825:19, 8825:21,
8825:25, 8826:4,
8826:15, 8826:24,
8826:25, 8827:4,
8827:7, 8827:9,
8827:13, 8827:21,
8827:22, 8827:24,
8828:3, 8828:6,
8828:8, 8828:23,
8828:24, 8829:7,
8829:8, 8829:9,
8829:11, 8829:13,
8829:23, 8830:4,
8830:5, 8830:12,
8830:15, 8830:20,
8830:21, 8830:22,
8831:5, 8831:7,
8831:9, 8831:20,
8832:8, 8832:18,
8832:19, 8833:16,
8834:1, 8834:3,
8834:5, 8834:18,
8834:24, 8834:25,
8835:11, 8835:16,
8835:22, 8835:23,
8835:24, 8836:2,
8836:3, 8836:5,
8836:7, 8836:9,
8836:12, 8836:16,
8836:20, 8836:21,
8836:25, 8837:3,
8837:4, 8837:8,
8837:12, 8837:23,
8838:8, 8838:10,
8839:4, 8839:7,

8839:9, 8839:13,
8839:16, 8839:20,
8840:9, 8840:11,
8840:13, 8840:14,
8840:19, 8841:7,
8842:2, 8842:5,
8842:9, 8842:14,
8843:7, 8843:22,
8843:24, 8843:25,
8844:5, 8844:17,
8845:3, 8845:4,
8845:8, 8845:14,
8845:20, 8845:24,
8846:3, 8846:5,
8846:10, 8846:15,
8847:1, 8847:3,
8847:5, 8847:13,
8847:22, 8848:1,
8848:2, 8848:6,
8848:9, 8848:19,
8848:20, 8848:23,
8849:10, 8849:11,
8849:16, 8849:18,
8849:22, 8850:7,
8850:19, 8850:20,
8850:22, 8850:23,
8851:16, 8852:1,
8853:4, 8853:6,
8853:7, 8853:8,
8853:10, 8853:19,
8853:22, 8853:25,
8854:6, 8854:12,
8854:4, 8855:9,
8855:11, 8855:22,
8855:24, 8856:9,
8856:10, 8856:12,
8856:18, 8856:22,
8856:23, 8857:1,
8857:14, 8857:15,
8858:1, 8858:2,
8858:4, 8858:18,
8858:23, 8859:3,
8859:7, 8859:8,
8859:11, 8859:13,
8859:14, 8859:16,
8859:21, 8860:4,
8860:6, 8860:7,
8860:8, 8860:10,
8860:17, 8860:23,
8860:24, 8861:4,
8861:5, 8861:6,
8861:9, 8861:10,
8861:18, 8862:1,
8862:3, 8862:6,
8862:11, 8862:12,
8862:15, 8862:16,
8862:18, 8862:21,
8862:25, 8863:3,
8863:5, 8863:9,
8863:10, 8863:14,
8863:19, 8863:24,

8864:1, 8864:7,
8864:15, 8864:16,
8864:19, 8864:20,
8865:6, 8865:9,
8865:15, 8865:17,
8865:23, 8866:19,
8866:22, 8867:1,
8867:4, 8867:12,
8868:6, 8868:18,
8868:19, 8868:22,
8868:25, 8869:7,
8869:9, 8869:12,
8869:13, 8869:17,
8869:19, 8869:21,
8870:7, 8870:10,
8870:11, 8870:14,
8870:16, 8870:19,
8870:23, 8870:24,
8871:2, 8871:4,
8871:5, 8871:14,
8871:17, 8871:20,
8871:24, 8872:1,
8872:9, 8872:12,
8872:13, 8872:15,
8872:18, 8872:25,
8873:8, 8873:11,
8873:12, 8873:15,
8873:18, 8874:6,
8874:15, 8874:16,
8874:17, 8874:21,
8875:4, 8875:6,
8875:7, 8876:4,
8876:7, 8876:9,
8876:10, 8876:12,
8876:16, 8876:18,
8876:20, 8877:1,
8877:3, 8877:6,
8877:7, 8877:10,
8877:13, 8877:15,
8877:16, 8877:18,
8877:20, 8877:21,
8877:22, 8877:24,
8878:9, 8878:10,
8878:14, 8878:16,
8879:1, 8879:11,
8879:18, 8879:21,
8879:22, 8880:8,
8880:10, 8880:15,
8880:16, 8880:17,
8880:19, 8881:5,
8881:9, 8881:13,
8881:18, 8881:23,
8881:24, 8881:25,
8882:1, 8882:3,
8882:19, 8882:22,
8882:23, 8883:1,
8883:2, 8883:4,
8883:7, 8883:9,
8883:25, 8884:4,
8884:5, 8884:6,
8884:7, 8884:9,

8884:10, 8884:16,
8884:21, 8884:22,
8885:6, 8885:7,
8885:10, 8885:11,
8885:13, 8885:14,
8885:18, 8885:24,
8886:3, 8886:4,
8886:8, 8886:15,
8886:18, 8886:23,
8887:1, 8887:4,
8887:6, 8887:11,
8887:17, 8888:8,
8888:10, 8888:15,
8888:17, 8888:23,
8889:10, 8889:14,
8889:20, 8889:25,
8890:3, 8890:14,
8890:16, 8890:19,
8890:21, 8890:23,
8891:3, 8891:9,
8891:17, 8892:12,
8892:14, 8893:1,
8893:2, 8893:11,
8893:16, 8893:22,
8894:4, 8894:15,
8894:16, 8894:18,
8895:3, 8895:8,
8895:10, 8895:18,
8895:23, 8895:25,
8896:1, 8896:3,
8896:5, 8896:10,
8897:2, 8897:6,
8897:12, 8897:16,
8897:18, 8897:20,
8897:21, 8897:22,
8897:24, 8898:1,
8898:2, 8898:4,
8898:5, 8898:6,
8898:8, 8898:10,
8898:11, 8898:12,
8898:25, 8899:1,
8899:3, 8899:9,
8899:10, 8899:11,
8899:20, 8899:22,
8899:24, 8899:25,
8900:1, 8900:6,
8900:7, 8900:10,
8900:13, 8900:14,
8900:18, 8900:24,
8901:8, 8901:14,
8901:16, 8901:23,
8902:8, 8902:12,
8902:13, 8902:22,
8902:23, 8902:24,
8903:5, 8903:7,
8903:9, 8904:7

**That** [1] - 8854:3
**that's** [153] -
8732:14, 8733:9,
8736:17, 8736:18,
8736:23, 8737:25,

8739:15, 8742:13,
8742:23, 8745:22,
8746:11, 8746:23,
8749:19, 8749:22,
8750:22, 8751:8,
8752:1, 8752:16,
8753:4, 8754:10,
8754:13, 8755:3,
8758:5, 8758:22,
8759:4, 8760:17,
8761:12, 8761:19,
8763:7, 8764:1,
8765:18, 8766:17,
8767:23, 8768:22,
8769:1, 8771:14,
8772:6, 8772:21,
8776:23, 8784:15,
8784:19, 8785:16,
8786:6, 8786:9,
8786:12, 8786:15,
8786:25, 8787:14,
8787:23, 8788:23,
8789:14, 8790:25,
8792:23, 8793:7,
8793:13, 8795:3,
8796:25, 8797:4,
8797:10, 8798:4,
8803:13, 8804:19,
8805:7, 8806:7,
8806:14, 8807:23,
8808:16, 8809:20,
8810:4, 8811:7,
8811:10, 8811:16,
8812:2, 8814:12,
8814:21, 8815:8,
8815:9, 8815:10,
8815:24, 8816:20,
8820:6, 8821:24,
8823:1, 8823:10,
8823:14, 8827:11,
8833:5, 8833:11,
8833:12, 8834:7,
8835:7, 8836:18,
8836:19, 8836:25,
8837:5, 8838:10,
8838:13, 8842:10,
8843:8, 8844:3,
8844:9, 8845:5,
8846:12, 8846:25,
8847:6, 8848:1,
8849:3, 8849:4,
8849:15, 8849:21,
8857:18, 8859:18,
8860:14, 8860:25,
8861:14, 8862:13,
8863:7, 8864:10,
8865:13, 8866:6,
8866:18, 8870:15,
8870:18, 8871:16,
8872:19, 8873:2,
8873:12, 8873:13,

8873:17, 8874:6,
8878:12, 8879:2,
8880:20, 8883:3,
8885:2, 8885:5,
8885:8, 8885:17,
8886:4, 8886:17,
8893:12, 8893:22,
8893:24, 8894:19,
8894:25, 8897:2,
8899:5, 8899:7,
8899:8, 8899:9,
8899:21, 8901:14
    **THE** [63] - 8725:5,
8725:5, 8725:12,
8725:22, 8726:3,
8727:10, 8728:6,
8728:11, 8728:12,
8732:6, 8732:9,
8748:19, 8748:21,
8748:22, 8748:23,
8748:24, 8749:2,
8778:25, 8782:23,
8782:24, 8784:8,
8784:9, 8788:22,
8788:23, 8790:3,
8790:5, 8790:6,
8799:11, 8806:18,
8806:21, 8806:22,
8806:25, 8807:20,
8812:15, 8812:16,
8814:1, 8814:9,
8814:24, 8815:3,
8815:7, 8815:15,
8815:21, 8816:1,
8816:4, 8824:1,
8824:4, 8825:6,
8834:12, 8837:7,
8837:8, 8841:11,
8841:12, 8842:24,
8843:9, 8850:6,
8851:2, 8851:5,
8851:7, 8902:18,
8903:13, 8903:16,
8903:20, 8903:21
    **their** [24] - 8763:24,
8776:18, 8792:5,
8801:24, 8808:17,
8817:25, 8829:8,
8851:20, 8851:23,
8851:24, 8851:25,
8852:14, 8852:17,
8852:21, 8855:4,
8855:20, 8857:21,
8862:3, 8863:21,
8864:5, 8876:23
    **theoretical** [1] -
8754:18
    **theoretically** [1] -
8802:8
    **there's** [32] - 8733:4,

8733:14, 8743:25,
8744:18, 8746:12,
8751:1, 8756:14,
8758:21, 8764:6,
8765:1, 8768:12,
8774:20, 8783:11,
8785:8, 8813:13,
8813:19, 8814:15,
8815:4, 8820:5,
8823:20, 8826:8,
8828:12, 8828:13,
8828:15, 8860:8,
8867:6, 8869:3,
8873:12, 8890:2,
8891:12, 8891:16
    **thereafter** [1] -
8879:14
    **therefore** [3] -
8761:19, 8778:19,
8903:8
    **these** [57] - 8733:22,
8733:23, 8743:13,
8746:18, 8747:11,
8749:25, 8758:7,
8758:8, 8758:14,
8777:17, 8785:3,
8785:17, 8800:1,
8803:19, 8804:13,
8805:16, 8813:2,
8813:5, 8813:6,
8813:11, 8813:24,
8814:6, 8814:13,
8814:14, 8814:21,
8815:7, 8816:18,
8818:1, 8823:16,
8823:18, 8823:23,
8824:1, 8824:17,
8824:18, 8828:24,
8832:13, 8840:17,
8840:19, 8840:22,
8841:7, 8842:14,
8872:12, 8874:4,
8875:10, 8876:19,
8882:11, 8886:16,
8887:23, 8888:2,
8888:5, 8892:4,
8895:15, 8901:5,
8901:17, 8901:25
    **they'd** [1] - 8817:25
    **they're** [8] - 8758:18,
8764:5, 8764:7,
8764:24, 8771:2,
8813:3, 8820:11,
8824:2
    **they've** [1] - 8861:24
    **thick** [1] - 8888:5
    **Thierens** [4] -
8845:14, 8873:13,
8873:14
    **thing** [6] - 8783:13,

8789:23, 8795:19,
8799:24, 8802:12,
8841:6
    **things** [23] -
8744:12, 8758:20,
8775:9, 8785:3,
8785:17, 8804:13,
8804:20, 8810:5,
8833:9, 8840:19,
8856:22, 8858:21,
8864:9, 8864:10,
8865:14, 8866:6,
8871:19, 8878:24,
8880:15, 8884:16,
8885:18, 8891:24,
8897:18
    **think** [58] - 8739:13,
8742:21, 8750:10,
8750:13, 8757:16,
8770:19, 8773:9,
8774:14, 8783:3,
8783:6, 8783:11,
8783:23, 8784:3,
8784:9, 8787:3,
8790:17, 8791:13,
8793:22, 8794:24,
8795:14, 8795:15,
8799:15, 8801:2,
8802:3, 8802:11,
8802:13, 8802:14,
8802:17, 8803:4,
8807:23, 8808:16,
8813:4, 8813:7,
8813:23, 8814:15,
8814:21, 8815:18,
8820:23, 8834:7,
8834:9, 8835:10,
8835:14, 8836:1,
8844:10, 8846:10,
8850:7, 8850:8,
8851:16, 8866:19,
8869:11, 8878:16,
8880:7, 8887:6,
8891:23, 8892:10,
8899:13, 8901:22,
8901:23
    **THINK** [1] - 8851:24
    **thinking** [6] -
8794:17, 8794:18,
8794:19, 8795:16,
8795:17, 8800:17
    **thinks** [1] - 8793:20
    **third** [6] - 8791:24,
8816:18, 8816:21,
8817:1, 8822:23,
8867:19
    **THIRD** [1] - 8728:14
    **This** [6] - 8750:14,
8762:24, 8794:19,
8870:1, 8870:19,

8892:14
    **this** [334] - 8733:5,
8733:20, 8735:3,
8735:9, 8735:14,
8735:15, 8735:20,
8735:22, 8735:24,
8736:8, 8736:20,
8737:8, 8738:12,
8740:16, 8740:19,
8740:24, 8741:19,
8742:3, 8742:7,
8742:10, 8743:25,
8744:24, 8745:11,
8745:13, 8746:1,
8746:13, 8746:15,
8746:19, 8747:18,
8747:22, 8747:24,
8748:7, 8748:9,
8748:13, 8748:16,
8748:21, 8749:5,
8749:12, 8749:23,
8749:24, 8750:18,
8750:25, 8751:1,
8751:4, 8752:5,
8752:13, 8752:14,
8752:18, 8753:12,
8753:13, 8753:15,
8753:16, 8754:11,
8754:15, 8756:8,
8756:14, 8757:10,
8757:14, 8758:1,
8758:3, 8758:12,
8758:21, 8761:4,
8761:6, 8761:9,
8761:10, 8761:16,
8761:18, 8761:19,
8761:20, 8762:1,
8762:2, 8763:4,
8763:6, 8763:10,
8763:14, 8764:3,
8764:5, 8764:9,
8764:19, 8764:22,
8764:24, 8765:3,
8765:8, 8765:9,
8766:1, 8766:5,
8766:18, 8766:23,
8766:24, 8767:2,
8767:16, 8767:20,
8767:21, 8768:4,
8768:9, 8768:15,
8770:4, 8770:7,
8770:19, 8771:8,
8771:17, 8771:20,
8773:22, 8773:25,
8774:12, 8775:10,
8776:16, 8776:22,
8777:1, 8777:19,
8777:21, 8777:22,
8782:21, 8783:21,
8784:2, 8787:22,
8787:24, 8788:13,

8788:20, 8792:4,
8792:8, 8793:5,
8794:9, 8795:7,
8795:13, 8795:21,
8796:6, 8796:9,
8796:12, 8796:14,
8796:20, 8796:21,
8796:22, 8797:5,
8797:23, 8798:8,
8798:23, 8799:2,
8799:9, 8799:13,
8799:24, 8800:4,
8803:17, 8803:20,
8804:12, 8804:17,
8805:15, 8805:22,
8806:1, 8806:11,
8806:18, 8807:10,
8807:11, 8807:18,
8807:20, 8809:1,
8811:18, 8811:22,
8813:22, 8814:19,
8814:24, 8815:3,
8815:13, 8815:19,
8815:25, 8816:14,
8816:21, 8816:23,
8817:8, 8817:10,
8817:12, 8818:19,
8818:20, 8818:21,
8819:7, 8820:17,
8821:2, 8821:3,
8822:8, 8822:12,
8822:20, 8823:5,
8823:12, 8823:15,
8823:18, 8823:22,
8824:11, 8824:16,
8824:20, 8824:24,
8825:3, 8825:22,
8826:3, 8826:17,
8827:20, 8827:22,
8827:24, 8828:9,
8828:16, 8829:5,
8830:1, 8830:11,
8831:21, 8831:24,
8832:19, 8834:2,
8834:10, 8834:15,
8836:19, 8837:24,
8839:2, 8839:3,
8839:7, 8840:6,
8840:10, 8841:20,
8841:22, 8841:24,
8841:25, 8842:4,
8842:5, 8842:11,
8842:15, 8842:18,
8842:22, 8843:1,
8843:17, 8845:9,
8845:12, 8845:18,
8847:9, 8847:20,
8847:22, 8848:16,
8848:25, 8849:1,
8849:9, 8849:10,
8849:23, 8851:17,

8852:23, 8853:3,
8853:13, 8854:19,
8855:13, 8856:5,
8857:18, 8857:25,
8858:23, 8859:2,
8861:8, 8861:19,
8863:13, 8865:18,
8866:25, 8867:4,
8867:6, 8867:8,
8868:3, 8868:6,
8868:17, 8868:22,
8869:13, 8870:3,
8870:8, 8870:9,
8872:5, 8872:6,
8873:23, 8873:25,
8874:3, 8874:11,
8876:2, 8877:15,
8877:21, 8878:4,
8878:20, 8878:24,
8879:2, 8879:5,
8879:6, 8879:24,
8880:3, 8880:4,
8880:8, 8880:19,
8880:25, 8881:22,
8882:7, 8884:17,
8887:6, 8887:10,
8888:23, 8888:25,
8889:6, 8889:14,
8890:21, 8891:20,
8892:10, 8892:16,
8892:22, 8893:9,
8893:15, 8893:19,
8894:4, 8894:7,
8894:20, 8895:1,
8895:18, 8896:10,
8896:24, 8897:5,
8900:21, 8901:3,
8901:7, 8901:12

**THIS** [1] - 8725:11

**THOMAS** [1] -
8726:22

**THORNHILL** [2] -
8726:21, 8726:22

**those** [43] - 8738:24,
8744:10, 8749:18,
8756:5, 8758:25,
8759:2, 8760:10,
8762:14, 8776:13,
8777:24, 8782:11,
8785:1, 8789:2,
8789:6, 8800:10,
8813:6, 8813:14,
8814:16, 8814:22,
8815:11, 8823:24,
8828:19, 8828:21,
8840:12, 8844:4,
8844:18, 8852:8,
8852:11, 8853:23,
8853:25, 8854:9,
8857:16, 8857:19,
8858:1, 8858:21,

8859:12, 8859:21,
8866:16, 8868:12,
8882:17, 8883:18,
8890:12, 8897:18

**though** [9] - 8757:15,
8757:21, 8798:20,
8802:17, 8804:5,
8808:12, 8841:3,
8894:23, 8902:3

**thought** [23] -
8745:1, 8757:20,
8757:21, 8765:14,
8780:6, 8797:16,
8800:12, 8801:18,
8804:23, 8808:12,
8808:13, 8814:2,
8818:21, 8824:16,
8831:25, 8845:19,
8851:25, 8852:23,
8855:13, 8857:8,
8886:18, 8890:18,
8900:13

**thoughts** [2] -
8766:7, 8887:19

**thousand** [1] -
8783:22

**threaten** [1] -
8794:16

**threatening** [1] -
8794:14

**three** [17] - 8774:18,
8782:16, 8783:3,
8785:14, 8787:22,
8790:8, 8790:13,
8790:20, 8816:16,
8823:7, 8829:7,
8830:14, 8852:1,
8864:18, 8875:13,
8883:5

**threw** [1] - 8846:14

**through** [26] -
8747:21, 8748:1,
8750:3, 8752:13,
8752:22, 8753:16,
8756:20, 8761:6,
8761:8, 8762:21,
8783:12, 8783:21,
8785:7, 8785:8,
8809:22, 8814:13,
8831:18, 8832:25,
8839:23, 8840:2,
8841:22, 8863:8,
8863:20, 8873:18,
8874:7, 8875:7

**throughout** [5] -
8743:13, 8743:25,
8833:14, 8842:5,
8901:7

**throwing** [2] -
8803:6, 8846:2

**thrust** [1] - 8899:9

**thrusters** [1] -
8879:15

**Tiger** [9] - 8884:17,
8885:9, 8885:15,
8885:25, 8886:7,
8886:23, 8887:4,
8887:7, 8887:14

**tight** [2] - 8733:16,
8750:6

**tighter** [1] - 8887:23

**till** [2] - 8752:11,
8806:21

**time** [91] - 8737:25,
8739:17, 8739:18,
8740:14, 8742:24,
8747:6, 8751:9,
8752:14, 8756:10,
8756:12, 8756:13,
8758:3, 8759:11,
8763:2, 8763:19,
8764:8, 8764:22,
8766:23, 8769:7,
8772:23, 8774:1,
8774:23, 8778:9,
8778:12, 8778:17,
8791:13, 8791:15,
8791:24, 8795:10,
8797:9, 8799:10,
8802:18, 8806:15,
8806:18, 8808:9,
8809:2, 8809:14,
8809:20, 8811:18,
8812:10, 8813:4,
8813:17, 8813:19,
8813:20, 8813:21,
8813:23, 8814:4,
8814:7, 8814:17,
8814:18, 8814:23,
8815:5, 8815:22,
8816:13, 8816:14,
8816:18, 8816:21,
8817:1, 8817:8,
8817:10, 8817:12,
8817:21, 8818:12,
8826:24, 8828:9,
8832:19, 8835:5,
8836:14, 8836:19,
8842:17, 8844:22,
8847:9, 8849:22,
8850:2, 8860:10,
8865:17, 8870:6,
8871:14, 8872:18,
8879:6, 8880:18,
8882:22, 8887:16,
8892:1, 8901:7,
8902:22

**timeframe** [1] -
8816:23

**timely** [1] - 8775:13

**times** [25] - 8739:23,
8783:13, 8783:22,
8799:16, 8809:22,
8813:2, 8813:3,
8813:6, 8813:8,
8813:12, 8813:14,
8813:24, 8813:25,
8814:6, 8814:14,
8814:16, 8814:21,
8815:7, 8815:11,
8852:11, 8854:22,
8875:13, 8883:4,
8901:5

**timing** [1] - 8874:4

**title** [3] - 8764:16,
8780:9, 8835:12

**titles** [3] - 8774:17,
8774:18, 8774:25

**TO** [2] - 8725:11,
8787:11

**today** [9] - 8784:1,
8784:4, 8784:12,
8789:14, 8789:22,
8789:24, 8793:11,
8793:17, 8826:19

**together** [2] -
8746:15, 8760:12

**TOI** [1] - 8870:4

**told** [27] - 8741:7,
8741:8, 8772:12,
8772:19, 8772:21,
8773:1, 8774:14,
8779:11, 8786:21,
8793:10, 8797:19,
8801:18, 8807:15,
8820:7, 8821:11,
8839:4, 8840:13,
8870:18, 8884:16,
8885:9, 8885:14,
8896:13, 8898:24,
8899:3, 8899:10,
8899:12

**tolerated** [1] -
8877:21

**TOLLES** [1] -
8729:16

**tomorrow** [3] -
8767:24, 8797:25,
8903:16

**too** [5] - 8797:13,
8804:10, 8885:15,
8885:25, 8899:13

**took** [10] - 8734:14,
8747:5, 8778:8,
8797:11, 8805:7,
8807:5, 8827:2,
8876:1, 8886:15,
8901:10

**tool** [20] - 8732:25,
8733:2, 8733:17,

8733:18, 8733:20, 8733:22, 8733:24, 8744:5, 8744:17, 8744:20, 8744:21, 8744:24, 8745:3, 8746:16, 8746:17, 8765:9, 8802:5

**tools** [1] - 8757:24

**top** [21] - 8736:9, 8737:3, 8754:14, 8754:19, 8754:23, 8754:25, 8755:2, 8755:25, 8756:4, 8780:24, 8793:18, 8798:8, 8808:2, 8808:8, 8818:22, 8846:1, 8855:7, 8863:3, 8865:4, 8883:1, 8889:20

**Top** [1] - 8877:9

**top-to-bottom** [1] - 8883:1

**topic** [1] - 8774:10

**topics** [2] - 8759:22, 8843:19

**TORTS** [2] - 8727:11, 8727:20

**total** [1] - 8889:22

**totalling** [2] - 8869:6, 8872:7

**totally** [2] - 8775:2, 8817:18

**touch** [1] - 8820:4

**tour** [1] - 8879:15

**towards** [1] - 8788:16

**TOWER** [2] - 8729:21, 8730:4

**Tr@ction** [15] - 8838:21, 8839:3, 8839:6, 8839:11, 8839:15, 8839:20, 8840:12, 8840:21, 8840:22, 8840:24, 8840:25, 8841:3, 8841:5, 8841:16, 8841:18

**track** [8] - 8776:1, 8840:20, 8840:22, 8840:23, 8840:24, 8841:3, 8885:16, 8886:1

**tracked** [2] - 8777:15, 8875:6

**tracking** [4] - 8776:1, 8868:2, 8878:1, 8880:25

**traction** [3] - 8837:22, 8838:3, 8884:11

**train** [1] - 8832:22

**trained** [2] - 8853:9, 8854:13

**trainee** [1] - 8891:16

**trainees** [1] - 8891:14

**training** [21] - 8831:16, 8831:19, 8832:24, 8833:2, 8833:6, 8833:9, 8833:17, 8833:21, 8834:1, 8834:4, 8834:5, 8834:17, 8834:18, 8835:23, 8835:24, 8836:1, 8836:5, 8836:8, 8836:16, 8836:18, 8854:7

**TRANSCRIPT** [2] - 8725:21, 8730:17

**transcript** [1] - 8904:7

**transitioning** [3] - 8832:9, 8832:16, 8832:19

**Transocean** [32] - 8745:2, 8775:12, 8775:20, 8776:7, 8776:17, 8777:9, 8777:16, 8777:24, 8778:13, 8830:20, 8851:7, 8851:11, 8854:6, 8854:13, 8856:20, 8857:3, 8860:21, 8861:15, 8864:2, 8870:23, 8872:14, 8874:8, 8875:6, 8875:9, 8876:17, 8877:18, 8877:20, 8878:9, 8881:4, 8881:7, 8882:8, 8898:16

**TRANSOCEAN** [3] - 8729:8, 8729:8, 8729:10

**Transocean's** [2] - 8851:16, 8882:10

**tree** [12] - 8733:5, 8751:25, 8752:2, 8752:5, 8752:17, 8752:19, 8752:21, 8753:20, 8755:15, 8755:16, 8759:7, 8794:5

**trend** [2] - 8888:5, 8888:16

**TREX** [2] - 8854:16, 8880:12

**TREX-1143.1.1.TO** [1] - 8886:20

**TREX-1234.1.1.TO** [1] - 8888:19

**TREX-1234.2.1.TO** [1] - 8887:8

**TREX-1234.3.1.TO** [1] - 8888:12

**TREX-1371.1.1.TO** [1] - 8880:12

**TREX-1372.1.1.TO** [1] - 8873:22

**TREX-1375.1.1.TO** [2] - 8869:11, 8869:15

**TREX-1376.21.1.TO** [1] - 8853:1

**TREX-1377.1.1.TO** [1] - 8879:5

**TREX-1379.1.1.TO** [1] - 8879:5

**TREX-1385.1.1.TO** [1] - 8880:7

**TREX-1396.2.1.TO** [1] - 8900:15

**TREX-1396.3.1.TO** [1] - 8901:1

**TREX-1721** [1] - 8847:18

**TREX-1721.1.1.TO** [1] - 8856:3

**TREX-1721.7.1.TO** [1] - 8857:23

**TREX-1721.7.2.TO** [1] - 8862:8

**TREX-1721.8.1.TO** [1] - 8858:25

**TREX-1721.8.2.TO** [1] - 8859:24

**TREX-1722.1.1.TO** [1] - 8868:2

**TREX-1806.1.3** [1] - 8764:15

**TREX-1816.1.1.TO** [1] - 8893:4

**TREX-1951.1.1** [1] - 8845:9

**TREX-1976.1.1.TO** [1] - 8855:16

**TREX-20198.1.1.TO** [1] - 8876:4

**TREX-20843.1.1.TO** [1] - 8875:16

**TREX-20845.1.1.TO** [1] - 8875:2

**TREX-20845.5.2.TO** [2] - 8869:4, 8872:5

**TREX-20845.5.3** [1] - 8877:6

**TREX-275.1** [1] - 8865:3

**TREX-275.1.1.TO** [1] - 8867:2

**TREX-275.17.1.TO** [1] - 8867:9

**TREX-275.18.1.TO** [1] - 8868:17

**TREX-275.20.1.TO** [1] - 8882:1

**TREX-275.4.2.TO** [1] - 8861:21

**TREX-305.1.1.TO** [1] - 8898:17

**TREX-305.2.1.TO** [1] - 8898:22

**TREX-3527** [2] - 8850:5, 8850:10

**TREX-3568.1.1.TO** [1] - 8889:4

**TREX-3568.4.1** [1] - 8889:17

**TREX-3568.5.2.TO** [1] - 8891:7

**TREX-37031.42.1.TO** [1] - 8895:13

**TREX-41245N.9.1** [1] - 8748:10

**TREX-43076.1.1.TO** [1] - 8873:3

**TREX-44046.1.1.TO** [1] - 8863:8

**TREX-44046.11.1.TO** [1] - 8863:13

**TREX-44046.14.1.TO** [1] - 8863:23

**TREX-44046.16.1.TO** [1] - 8865:21

**TREX-44046.16.2.TO** [1] - 8866:18

**TREX-44046.3.1.TO** [2] - 8862:14, 8863:2

**TREX-4456** [1] - 8752:5

**TREX-47194.1.1.TO** [1] - 8879:24

**TREX-4736.1.21.TO** [1] - 8881:15

**TREX-47361** [1] - 8880:23

**TREX-47361.1.1.TO** [1] - 8881:2

**TREX-51165.1.1** [1] - 8848:4

**TREX-533.1.1.TO** [1] - 8892:20

**TREX-533.1.2** [1] - 8763:16

**TREX-545GMT.1.3** [1] - 8767:6

**TREX-547.1.1.TO** [1] - 8896:22

**TREX-60051.12.3.TO** [1] - 8885:22

**TREX-686** [1] - 8776:24

**TREX-7392.1.1** [1] - 8769:20

**TREX-836.1.1.TO** [1] - 8892:9

**TREX-836.1.2** [1] - 8762:22

**TREX-93.48.1** [1] - 8747:14

**TRIAL** [1] - 8725:21

**trial** [3] - 8743:25, 8745:10, 8842:5

**tried** [2] - 8817:17, 8871:11

**trip** [22] - 8732:21, 8732:23, 8733:3, 8733:11, 8733:13, 8734:1, 8734:2, 8734:5, 8734:16, 8734:17, 8734:19, 8736:13, 8736:14, 8736:18, 8737:1, 8737:5, 8739:20, 8739:21, 8752:25, 8753:7, 8753:17

**tripped** [1] - 8747:20

**tripping** [2] - 8748:15, 8750:3

**TRITON** [1] - 8725:13

**true** [42] - 8781:9, 8781:15, 8781:16, 8784:14, 8784:15, 8795:25, 8798:4, 8801:21, 8802:22, 8802:25, 8803:2, 8803:11, 8803:13, 8804:21, 8806:2, 8808:16, 8818:7, 8818:10, 8818:19, 8822:19, 8822:21, 8823:13, 8823:14, 8825:2, 8825:18, 8828:23, 8829:2, 8829:24, 8830:21, 8831:7, 8831:11, 8839:7, 8839:13, 8840:7, 8841:17, 8842:14, 8846:15, 8859:5, 8883:7, 8891:9, 8900:10, 8904:7

**trust** [4] - 8808:15, 8846:19, 8902:3, 8902:5

**trusted** [2] - 8818:8, 8902:5

**truth** [1] - 8834:15

**truthful** [1] - 8896:16

**try** [5] - 8825:24,

8826:1, 8832:19, 8842:7, 8877:5

**trying** [13] - 8759:11, 8760:18, 8802:5, 8807:17, 8812:21, 8817:23, 8817:25, 8822:5, 8822:14, 8823:18, 8842:17, 8875:24, 8901:22

**tube** [1] - 8750:11

**turn** [2] - 8804:20, 8866:25

**turned** [1] - 8775:11

**turning** [2] - 8804:17, 8804:21

**tweak** [1] - 8901:7

**twice** [3] - 8816:15, 8846:8, 8895:17

**two** [27] - 8771:24, 8772:24, 8776:17, 8780:11, 8785:9, 8788:6, 8791:21, 8801:2, 8806:12, 8829:18, 8833:8, 8833:18, 8834:7, 8834:20, 8834:22, 8834:25, 8843:18, 8848:15, 8850:17, 8865:6, 8874:3, 8883:5, 8887:2, 8893:9, 8893:15, 8903:7

**TX** [6] - 8727:5, 8729:15, 8729:24, 8730:5, 8730:8, 8730:12

**type** [12] - 8746:13, 8749:23, 8840:6, 8840:12, 8841:7, 8881:3, 8881:4, 8881:8, 8881:9, 8887:17, 8887:21, 8887:25

**typed** [1] - 8798:17

**typically** [3] - 8755:22, 8769:11, 8844:15

**typing** [1] - 8869:25

## U

**U.S** [5] - 8727:10, 8727:14, 8727:19, 8728:1, 8813:17

**uh** [2] - 8790:14, 8832:4

**uh-huh** [2] - 8790:14, 8832:4

**uh..** [1] - 8877:4

**ultimate** [2] - 8825:22, 8826:6

**ultimately** [4] - 8769:17, 8821:25, 8822:9, 8874:14

**under** [22] - 8749:25, 8750:12, 8752:2, 8752:21, 8755:9, 8760:25, 8768:23, 8796:14, 8797:2, 8797:5, 8799:8, 8805:11, 8806:1, 8806:13, 8842:13, 8846:2, 8846:15, 8848:12, 8848:22, 8861:21, 8871:2, 8884:6

**underbalance** [1] - 8771:2

**UNDERHILL** [1] - 8727:11

**underlying** [1] - 8829:4

**understand** [22] - 8746:9, 8755:15, 8764:20, 8769:14, 8795:12, 8813:13, 8825:19, 8831:2, 8831:5, 8836:2, 8836:3, 8840:5, 8840:7, 8841:1, 8841:12, 8846:10, 8862:3, 8862:10, 8870:20, 8888:10, 8901:10

**understanding** [19] - 8748:18, 8749:5, 8756:16, 8756:19, 8763:3, 8765:2, 8766:23, 8767:1, 8767:2, 8767:19, 8768:13, 8769:6, 8770:22, 8824:2, 8849:16, 8862:18, 8863:6, 8874:17, 8904:8

**understood** [9] - 8760:13, 8829:8, 8855:9, 8855:10, 8864:18, 8864:20, 8870:14, 8870:25, 8882:22

**undertaken** [1] - 8861:23

**underwater** [1] - 8861:15

**underway** [1] - 8901:11

**unfortunately** [1] - 8788:7

**unhappy** [3] - 8795:25, 8796:1, 8796:2

**unit** [2] - 8773:23, 8853:17

**United** [3] - 8843:9, 8843:11, 8904:5

**UNITED** [4] - 8725:1, 8725:15, 8725:23, 8727:10

**units** [1] - 8858:15

**unquote** [1] - 8866:6

**unstable** [1] - 8825:3

**unsuccessful** [1] - 8897:10

**until** [12] - 8733:1, 8741:23, 8762:19, 8798:18, 8834:4, 8834:17, 8859:15, 8872:2, 8872:3, 8872:18, 8901:6, 8903:16

**unusual** [2] - 8738:2, 8738:4

**Up** [1] - 8860:1

**up** [155] - 8732:14, 8732:16, 8734:7, 8734:8, 8734:10, 8734:23, 8735:6, 8735:8, 8735:16, 8735:18, 8735:20, 8736:1, 8736:23, 8736:24, 8737:2, 8737:6, 8737:8, 8737:23, 8738:3, 8738:5, 8738:21, 8738:25, 8739:9, 8739:12, 8739:18, 8739:22, 8739:25, 8740:12, 8740:15, 8740:24, 8741:1, 8741:3, 8741:4, 8741:7, 8742:5, 8742:24, 8743:23, 8744:20, 8745:3, 8747:14, 8752:11, 8753:14, 8756:21, 8761:4, 8761:5, 8763:10, 8765:4, 8767:6, 8771:1, 8771:7, 8772:17, 8772:18, 8773:22, 8775:17, 8775:21, 8776:16, 8778:13, 8780:24, 8786:1, 8787:23, 8788:21, 8789:18, 8792:3, 8798:8, 8802:1, 8802:24, 8803:1, 8803:17, 8804:10,

**up"** [1] - 8735:1

**upcoming** [1] - 8763:1

**update** [3] - 8767:13, 8837:15, 8879:21

**updated** [3] - 8767:10, 8767:12, 8768:5

**upper** [1] - 8781:6

**upset** [6] - 8827:16, 8827:18, 8827:22, 8828:3, 8828:4, 8884:16

**us** [38] - 8732:19, 8733:21, 8741:7, 8742:19, 8745:2, 8745:17, 8745:20, 8756:25, 8757:9, 8760:3, 8760:12,

8807:23, 8811:25, 8812:1, 8812:5, 8812:6, 8812:7, 8814:13, 8816:1, 8818:13, 8829:9, 8829:12, 8829:13, 8832:25, 8841:20, 8847:2, 8853:1, 8854:16, 8855:7, 8855:16, 8856:3, 8857:18, 8857:23, 8858:25, 8859:20, 8859:23, 8859:24, 8860:8, 8861:1, 8861:21, 8862:8, 8862:14, 8863:2, 8863:23, 8865:3, 8865:21, 8866:18, 8867:2, 8867:9, 8868:2, 8868:17, 8868:25, 8869:4, 8869:11, 8869:15, 8870:8, 8871:3, 8871:17, 8873:3, 8873:22, 8875:2, 8877:6, 8878:20, 8879:5, 8879:24, 8880:7, 8880:12, 8880:23, 8881:15, 8882:1, 8882:7, 8885:6, 8885:13, 8885:21, 8886:12, 8886:20, 8887:8, 8888:12, 8888:19, 8889:4, 8889:17, 8892:9, 8892:20, 8893:4, 8894:2, 8895:13, 8896:22, 8898:17, 8898:22, 8900:3, 8900:15, 8901:1, 8903:10

**upcoming** [1] - 8763:1

**update** [3] - 8767:13, 8837:15, 8879:21

**use** [14] - 8735:15, 8744:21, 8750:1, 8761:10, 8765:5, 8770:20, 8771:4, 8771:21, 8787:1, 8787:16, 8799:1, 8805:1, 8823:17, 8823:19

**Use** [1] - 8771:23

**used** [12] - 8740:15, 8741:20, 8741:21, 8746:19, 8761:5, 8765:5, 8813:7, 8813:8, 8813:11, 8814:6, 8815:12, 8833:14

**user** [1] - 8870:7

**uses** [1] - 8795:19

**using** [6] - 8766:12, 8771:8, 8814:22, 8815:3, 8837:13, 8848:20

**usually** [9] - 8732:22, 8734:3, 8738:10, 8739:2, 8751:17, 8758:17, 8758:18, 8777:19, 8887:22

**UWILD** [3] - 8870:2, 8872:17, 8880:18

**UWILDs** [1] - 8861:15

## V

**V** [1] - 8725:15

**VA** [1] - 8726:15

**value** [3] - 8770:18, 8799:19, 8893:21

**variable** [1] - 8882:2

**various** [6] - 8752:21, 8758:6, 8758:7, 8762:11, 8775:9, 8890:2

**verbatim** [1] - 8885:19

**verified** [4] - 8745:3,

8809:23, 8863:16, 8880:4

**verify** [4] - 8755:25, 8760:18, 8773:4, 8875:4

**version** [5] - 8833:4, 8833:19, 8833:22, 8833:24, 8837:8

**versus** [3] - 8751:25, 8821:11, 8824:7

**very** [30] - 8738:1, 8748:5, 8773:23, 8789:22, 8805:7, 8814:24, 8816:3, 8817:20, 8825:12, 8827:7, 8827:16, 8827:18, 8827:21, 8828:3, 8828:19, 8829:2, 8829:5, 8829:14, 8831:10, 8843:18, 8844:21, 8851:23, 8857:5, 8865:11, 8874:3, 8876:22, 8879:9

**VH** [3] - 8745:21, 8746:12, 8746:13

**victim** [2] - 8801:13, 8803:9

**Vidrine** [3] - 8774:7, 8890:23, 8899:16

**view** [11] - 8750:18, 8771:17, 8795:4, 8807:4, 8808:9, 8854:9, 8854:12, 8881:22, 8882:19, 8884:21, 8885:14

**viewed** [1] - 8851:16

**Vinson** [4] - 8885:9, 8885:12, 8886:22, 8887:4

**violated** [1] - 8838:8

**VIRGINIA** [1] - 8726:15

**virtual** [2] - 8745:22, 8746:13

**visit** [5] - 8811:1, 8811:8, 8812:11, 8812:13, 8879:10

**visit's** [1] - 8812:14

**visited** [2] - 8854:22, 8855:14

**visits** [1] - 8876:1

**voice** [10] - 8811:24, 8811:25, 8812:1, 8812:2, 8812:5, 8812:6, 8812:7, 8824:9, 8826:8, 8826:12

**volume** [7] - 8735:3, 8735:4, 8735:22,

8735:23, 8754:19, 8839:18, 8897:6

**volumes** [2] - 8736:7, 8736:15

**VON** [1] - 8730:7

## W

**W** [1] - 8727:2

**wait** [5] - 8752:11, 8802:10, 8837:7, 8888:3, 8888:4

**waited** [4] - 8811:14, 8816:11, 8817:7, 8901:6

**waiting** [2] - 8767:14, 8871:19

**walk** [4] - 8752:13, 8752:22, 8761:6, 8823:10

**WALKER** [1] - 8726:14

**walking** [1] - 8753:16

**WALTER** [1] - 8726:17

**Walz** [7] - 8757:13, 8764:17, 8786:6, 8786:7, 8806:13, 8895:22, 8900:17

**want** [35] - 8745:19, 8749:8, 8751:17, 8761:21, 8761:23, 8764:3, 8766:13, 8766:15, 8773:4, 8774:10, 8776:24, 8796:19, 8797:21, 8799:16, 8803:10, 8803:22, 8803:24, 8812:9, 8813:5, 8814:19, 8825:24, 8841:20, 8843:18, 8847:8, 8848:1, 8848:11, 8849:9, 8850:14, 8850:17, 8869:4, 8874:3, 8887:15, 8887:24, 8891:25, 8892:9

**wanted** [32] - 8739:6, 8739:14, 8740:22, 8741:22, 8742:18, 8742:20, 8748:24, 8762:25, 8766:13, 8777:11, 8778:18, 8797:19, 8804:5, 8809:12, 8810:20, 8810:23, 8812:11, 8813:15, 8819:22, 8822:12, 8822:16, 8822:20, 8822:24, 8822:25, 8823:1,

8823:12, 8845:16, 8878:25, 8886:23, 8895:16, 8895:20, 8900:22

**WAS** [1] - 8806:23

**WASHINGTON** [4] - 8727:18, 8727:23, 8728:4, 8729:3

**wasn't** [44] - 8744:4, 8761:3, 8785:21, 8791:10, 8792:7, 8793:2, 8793:3, 8793:5, 8796:2, 8796:7, 8796:17, 8797:14, 8802:8, 8807:6, 8807:7, 8808:9, 8808:10, 8815:25, 8818:20, 8819:11, 8819:23, 8823:6, 8837:17, 8838:24, 8849:14, 8853:23, 8855:5, 8857:3, 8857:15, 8861:13, 8862:25, 8865:24, 8871:7, 8872:21, 8873:11, 8873:20, 8874:8, 8875:24, 8878:5, 8878:7, 8878:18, 8895:1, 8898:2, 8901:11

**watch** [1] - 8888:4

**water** [14] - 8738:4, 8739:3, 8749:7, 8749:13, 8750:5, 8760:4, 8760:24, 8761:14, 8839:3, 8839:5, 8839:8, 8883:19

**watertight** [1] - 8879:16

**way** [28] - 8736:15, 8736:19, 8736:22, 8737:3, 8739:11, 8739:25, 8740:18, 8741:25, 8750:13, 8753:13, 8758:8, 8759:18, 8771:7, 8772:21, 8773:14, 8773:18, 8796:2, 8807:7, 8822:8, 8825:19, 8828:21, 8840:19, 8859:13, 8874:3, 8876:13, 8876:19, 8895:17

**WB** [2] - 8754:16

**We** [3] - 8763:17, 8888:14, 8892:23

**we** [364] - 8732:13, 8732:20, 8732:24,

8733:1, 8733:2, 8733:5, 8733:6, 8733:7, 8733:8, 8733:9, 8733:10, 8733:15, 8733:16, 8733:17, 8733:20, 8734:3, 8734:4, 8734:21, 8734:24, 8734:25, 8735:5, 8735:6, 8735:8, 8735:10, 8735:22, 8735:23, 8735:25, 8736:1, 8736:3, 8736:5, 8736:6, 8736:12, 8736:17, 8736:20, 8737:4, 8737:5, 8737:6, 8738:7, 8738:8, 8738:9, 8738:10, 8738:11, 8738:12, 8738:13, 8738:14, 8738:15, 8738:16, 8738:17, 8738:19, 8738:20, 8739:1, 8739:2, 8739:4, 8739:5, 8739:6, 8739:13, 8739:15, 8740:10, 8740:13, 8740:14, 8740:19, 8740:20, 8740:21, 8740:23, 8741:1, 8741:3, 8741:20, 8741:22, 8741:23, 8742:18, 8742:19, 8742:20, 8743:19, 8743:22, 8743:23, 8744:4, 8744:9, 8744:12, 8744:16, 8744:17, 8744:21, 8744:25, 8745:1, 8745:2, 8745:3, 8745:7, 8745:10, 8745:23, 8745:25, 8746:3, 8747:14, 8748:10, 8750:1, 8750:12, 8751:11, 8751:23, 8752:5, 8752:10, 8752:13, 8752:14, 8752:25, 8753:2, 8753:6, 8753:7, 8753:11, 8753:14, 8753:19, 8753:22, 8753:25, 8754:3, 8754:5, 8754:7, 8754:20, 8754:21, 8754:22, 8755:6, 8755:13, 8756:3, 8756:4, 8756:12, 8757:11, 8757:15, 8757:16, 8757:20, 8757:24,

8758:1, 8758:2, 8758:11, 8758:17, 8760:17, 8761:4, 8761:5, 8762:22, 8762:25, 8763:16, 8763:18, 8764:15, 8764:24, 8765:5, 8765:7, 8766:4, 8766:10, 8767:2, 8767:3, 8767:4, 8767:6, 8767:14, 8767:16, 8768:2, 8768:7, 8768:15, 8769:7, 8769:8, 8769:9, 8769:19, 8769:20, 8770:11, 8770:12, 8770:17, 8770:19, 8770:24, 8771:3, 8771:7, 8771:8, 8772:18, 8772:19, 8772:21, 8773:25, 8774:12, 8775:12, 8776:2, 8776:5, 8777:22, 8779:6, 8782:15, 8783:2, 8784:22, 8785:5, 8785:6, 8785:8, 8785:24, 8788:24, 8789:21, 8792:2, 8793:4, 8793:22, 8794:3, 8794:5, 8794:8, 8795:2, 8795:4, 8795:5, 8795:15, 8795:19, 8796:9, 8796:22, 8797:7, 8797:23, 8798:5, 8798:11, 8798:18, 8799:4, 8799:5, 8799:10, 8800:3, 8800:15, 8801:14, 8801:16, 8802:8, 8802:9, 8803:16, 8803:21, 8804:20, 8805:9, 8813:2, 8813:14, 8813:25, 8819:8, 8819:24, 8821:4, 8821:22, 8822:15, 8824:13, 8824:24, 8825:11, 8825:12, 8825:20, 8825:21, 8826:4, 8826:22, 8827:2, 8827:4, 8828:13, 8828:14, 8830:8, 8830:9, 8830:20, 8831:18, 8831:19, 8833:9, 8833:15, 8836:15, 8837:3, 8837:8, 8837:13, 8837:15, 8840:20,

8840:22, 8840:23, 8840:25, 8841:2, 8841:6, 8841:21, 8841:24, 8842:5, 8843:14, 8845:11, 8845:14, 8845:22, 8845:24, 8847:14, 8847:18, 8848:4, 8848:6, 8848:7, 8848:19, 8848:20, 8848:21, 8849:8, 8850:5, 8850:8, 8850:18, 8850:19, 8851:13, 8855:7, 8856:25, 8859:23, 8860:5, 8861:14, 8861:16, 8867:2, 8868:9, 8868:11, 8868:25, 8870:7, 8870:8, 8873:5, 8874:3, 8875:20, 8878:16, 8880:21, 8881:18, 8886:23, 8886:25, 8887:16, 8887:22, 8887:24, 8888:1, 8888:3, 8888:5, 8888:6, 8888:15, 8888:22, 8893:20, 8899:20, 8901:8, 8901:12, 8902:5, 8902:20, 8903:1, 8903:2, 8903:3, 8903:5

**we'd** [1] - 8733:10

**we'll** [1] - 8752:11

**we're** [20] - 8733:16, 8737:2, 8738:16, 8742:7, 8747:23, 8750:13, 8752:19, 8753:16, 8771:5, 8774:10, 8789:3, 8793:24, 8802:9, 8805:15, 8826:13, 8833:8, 8833:18, 8834:7, 8834:20, 8836:19

**we've** [9] - 8735:14, 8747:18, 8784:22, 8794:7, 8826:1, 8826:9, 8850:14, 8851:13, 8892:8

**wear** [2] - 8754:17, 8754:18

**Weatherford** [7] - 8740:20, 8740:22, 8741:22, 8742:16, 8742:17, 8742:20

**Wednesday** [1] - 8901:9

**week** [2] - 8901:4,

8901:5

**weeks** [2] - 8825:11, 8901:13

**weigh** [1] - 8799:17

**weighing** [1] - 8803:23

**weight** [4] - 8765:8, 8765:9, 8765:10, 8765:16

**Well** [1] - 8747:19

**well** [268] - 8732:17, 8732:20, 8732:25, 8733:4, 8733:7, 8733:9, 8733:14, 8733:19, 8735:4, 8735:25, 8736:9, 8737:3, 8737:12, 8737:13, 8739:1, 8739:24, 8740:11, 8741:12, 8743:22, 8745:21, 8746:17, 8746:24, 8747:4, 8747:23, 8748:2, 8748:5, 8750:1, 8750:9, 8750:15, 8750:19, 8750:20, 8750:24, 8751:7, 8751:20, 8754:20, 8757:1, 8757:11, 8757:12, 8759:25, 8760:4, 8760:9, 8760:17, 8761:15, 8761:24, 8762:1, 8762:4, 8763:9, 8763:11, 8763:21, 8763:23, 8764:3, 8764:22, 8764:23, 8765:4, 8766:8, 8767:21, 8769:3, 8769:14, 8771:2, 8773:5, 8773:15, 8773:18, 8773:21, 8773:22, 8773:23, 8776:1, 8776:17, 8778:6, 8778:9, 8778:14, 8778:18, 8779:25, 8780:10, 8780:11, 8780:19, 8780:21, 8781:11, 8783:16, 8785:20, 8786:6, 8786:20, 8787:11, 8787:15, 8792:4, 8793:24, 8794:2, 8794:3, 8794:5, 8794:20, 8794:21, 8794:25, 8795:10, 8795:14, 8795:19, 8796:4, 8796:18, 8797:14, 8798:12, 8799:19,

8799:22, 8800:1, 8800:8, 8800:10, 8800:12, 8800:13, 8802:4, 8802:7, 8802:8, 8802:14, 8803:20, 8803:24, 8804:5, 8804:12, 8804:14, 8804:18, 8804:20, 8804:21, 8805:4, 8805:9, 8805:23, 8806:3, 8809:9, 8809:18, 8809:25, 8810:2, 8810:4, 8810:15, 8810:20, 8811:11, 8811:15, 8811:17, 8811:19, 8811:24, 8812:4, 8812:21, 8813:10, 8813:22, 8815:16, 8816:3, 8816:9, 8816:18, 8816:19, 8816:25, 8817:1, 8817:10, 8817:16, 8817:17, 8817:20, 8817:23, 8818:13, 8818:20, 8819:7, 8820:4, 8820:13, 8820:15, 8821:3, 8821:5, 8821:8, 8821:20, 8821:22, 8822:20, 8822:22, 8823:1, 8823:5, 8824:9, 8824:13, 8824:25, 8825:2, 8825:3, 8825:22, 8826:4, 8826:16, 8826:17, 8827:2, 8827:6, 8827:9, 8827:15, 8827:23, 8828:1, 8828:4, 8828:7, 8828:12, 8828:21, 8828:22, 8829:13, 8830:1, 8830:8, 8831:23, 8833:6, 8836:2, 8836:8, 8837:4, 8837:8, 8837:21, 8838:2, 8838:3, 8838:21, 8839:7, 8839:10, 8839:20, 8840:13, 8840:19, 8840:21, 8841:6, 8841:8, 8841:16, 8842:1, 8842:2, 8842:7, 8842:11, 8842:20, 8842:24, 8844:21, 8849:1, 8849:13, 8849:15, 8852:9, 8853:3, 8853:9, 8853:13, 8853:16,

8853:17, 8854:5, 8854:10, 8854:13, 8856:10, 8856:18, 8857:11, 8857:12, 8860:19, 8862:19, 8863:6, 8867:17, 8868:10, 8868:15, 8870:12, 8874:17, 8875:19, 8882:15, 8883:24, 8889:8, 8889:12, 8889:14, 8890:15, 8891:12, 8891:16, 8892:5, 8896:10, 8898:4, 8898:8, 8898:12, 8898:15, 8899:3, 8899:10, 8899:16, 8900:1, 8900:2, 8901:7

**well's** [1] - 8760:13

**wellbore** [13] - 8732:24, 8733:2, 8733:15, 8738:22, 8760:19, 8760:20, 8761:11, 8761:17, 8771:10, 8773:5, 8802:9, 8848:22, 8895:21

**wellhead** [4] - 8766:5, 8766:9, 8768:13, 8768:18

**wells** [50] - 8751:16, 8760:5, 8760:15, 8763:11, 8774:13, 8774:23, 8775:3, 8775:6, 8779:22, 8780:14, 8780:22, 8781:2, 8781:8, 8784:16, 8785:18, 8796:25, 8799:17, 8804:15, 8805:5, 8805:11, 8805:13, 8805:24, 8806:7, 8808:14, 8831:16, 8831:11, 8845:15, 8847:9, 8847:17, 8847:23, 8855:18, 8856:8, 8857:13, 8859:3, 8859:7, 8883:5, 8885:16, 8886:2, 8887:17, 8887:22, 8887:24, 8888:1, 8888:2, 8888:5, 8888:6, 8897:17

**went** [31] - 8738:9, 8745:21, 8760:17, 8776:5, 8777:7, 8777:8, 8777:19, 8783:21, 8783:23,

8802:6, 8802:10, 8819:20, 8819:21, 8820:22, 8820:24, 8831:18, 8832:24, 8846:7, 8846:11, 8847:3, 8847:13, 8857:2, 8861:20, 8863:8, 8873:18, 8874:23, 8875:7, 8875:13, 8883:19, 8892:1

**WERE** [1] - 8903:21

**were/were** [1] - 8887:3

**weren't** [26] - 8740:12, 8741:23, 8745:1, 8758:10, 8780:16, 8796:1, 8805:5, 8810:23, 8811:4, 8822:15, 8827:16, 8827:18, 8851:24, 8854:10, 8854:14, 8856:10, 8856:20, 8860:18, 8876:23, 8883:13, 8883:25, 8884:14, 8884:17, 8890:16, 8894:10, 8898:20

**Westlake** [1] - 8805:17

**what's** [6] - 8733:17, 8754:16, 8814:3, 8848:25, 8896:12, 8899:7

**whatever** [4] - 8761:14, 8803:21, 8842:14, 8862:5

**whatsoever** [1] - 8759:21

**WHEREUPON** [2] - 8806:23, 8903:21

**whether** [33] - 8738:25, 8740:5, 8741:10, 8752:6, 8754:1, 8755:8, 8755:17, 8755:19, 8755:22, 8756:1, 8758:8, 8765:13, 8783:21, 8795:22, 8805:22, 8814:4, 8835:20, 8839:12, 8839:13, 8858:11, 8858:17, 8863:10, 8864:12, 8866:3, 8866:9, 8866:13, 8871:9, 8873:19, 8877:2, 8897:10, 8897:19, 8899:9, 8902:11

**which** [47] - 8737:13,

8738:15, 8738:17,
8739:5, 8741:2,
8742:15, 8745:21,
8747:24, 8751:21,
8752:2, 8752:22,
8755:9, 8757:2,
8758:20, 8760:21,
8761:17, 8765:5,
8765:19, 8771:3,
8772:3, 8773:12,
8777:12, 8784:16,
8799:5, 8805:21,
8808:1, 8809:25,
8811:17, 8811:22,
8816:9, 8817:10,
8823:20, 8823:22,
8827:8, 8831:18,
8836:9, 8836:20,
8837:21, 8850:10,
8850:15, 8861:15,
8866:25, 8874:4,
8874:20, 8892:22,
8893:10

**whichever** [1] -
8882:16

**while** [14] - 8736:12,
8737:5, 8740:19,
8753:6, 8754:2,
8754:4, 8787:16,
8800:16, 8802:21,
8827:8, 8855:20,
8861:12, 8876:10

**WHITELEY** [1] -
8728:16

**whole** [11] - 8736:6,
8744:16, 8770:13,
8799:24, 8843:25,
8848:16, 8849:14,
8849:15, 8851:25,
8861:8, 8886:7

**whose** [2] - 8746:21,
8807:20

**widespread** [1] -
8877:7

**wife** [1] - 8801:3

**wild** [1] - 8803:7

**will** [34] - 8750:16,
8758:24, 8763:18,
8766:6, 8767:13,
8767:16, 8767:24,
8770:17, 8770:18,
8771:10, 8785:11,
8788:13, 8788:21,
8794:9, 8802:19,
8803:20, 8803:21,
8804:12, 8815:16,
8815:18, 8830:4,
8834:12, 8868:21,
8868:24, 8871:23,
8874:4, 8874:14,

8874:16, 8875:3,
8879:20, 8893:20,
8893:21

**WILLIAMS** [2] -
8726:19, 8726:19

**WILLIAMSON** [2] -
8727:4, 8727:4

**Wilson** [3] - 8810:5,
8810:7, 8810:16

**window** [4] - 8750:6,
8881:16, 8881:21,
8888:6

**WINFIELD** [1] -
8728:8

**wiper** [1] - 8733:3

**wireline** [1] -
8754:12

**wise** [1] - 8761:18

**with** [212] - 8732:14,
8732:15, 8732:24,
8733:14, 8733:23,
8735:4, 8736:19,
8739:17, 8740:8,
8740:20, 8740:22,
8741:18, 8741:22,
8742:14, 8743:22,
8745:5, 8746:20,
8747:5, 8747:10,
8747:15, 8748:14,
8749:6, 8749:20,
8751:3, 8751:16,
8751:23, 8755:6,
8755:8, 8756:6,
8759:4, 8759:15,
8759:19, 8760:22,
8763:9, 8764:19,
8764:20, 8764:23,
8764:25, 8766:5,
8767:5, 8768:12,
8768:18, 8770:2,
8770:8, 8770:16,
8770:19, 8771:17,
8774:6, 8774:13,
8774:24, 8775:6,
8775:10, 8775:17,
8775:21, 8775:24,
8776:5, 8776:13,
8777:8, 8777:9,
8777:14, 8777:16,
8778:3, 8778:4,
8778:5, 8778:8,
8779:17, 8780:18,
8781:24, 8784:18,
8784:24, 8785:1,
8785:24, 8787:21,
8789:8, 8789:15,
8789:18, 8793:13,
8793:25, 8794:2,
8794:23, 8795:23,
8796:1, 8797:8,

8798:25, 8799:4,
8800:1, 8800:4,
8801:3, 8801:4,
8803:4, 8805:16,
8808:14, 8808:19,
8809:10, 8809:13,
8810:13, 8815:19,
8815:22, 8817:20,
8818:10, 8818:16,
8819:8, 8819:23,
8820:3, 8820:4,
8820:15, 8822:25,
8823:18, 8823:19,
8825:9, 8826:24,
8827:3, 8830:7,
8831:6, 8832:1,
8832:6, 8832:8,
8833:9, 8837:19,
8837:20, 8843:1,
8843:7, 8844:10,
8846:21, 8846:23,
8847:7, 8847:17,
8851:23, 8852:1,
8852:4, 8852:11,
8853:4, 8854:20,
8855:21, 8856:5,
8857:6, 8858:5,
8858:8, 8858:12,
8858:17, 8858:20,
8859:4, 8859:8,
8860:15, 8862:17,
8864:18, 8865:9,
8865:14, 8869:12,
8870:4, 8870:12,
8870:23, 8871:17,
8872:11, 8873:4,
8874:1, 8874:6,
8874:7, 8874:21,
8875:9, 8876:6,
8876:13, 8876:17,
8876:19, 8876:23,
8877:2, 8877:5,
8877:24, 8879:10,
8881:7, 8882:7,
8882:8, 8882:10,
8882:16, 8883:6,
8884:4, 8884:6,
8884:16, 8884:17,
8884:20, 8885:11,
8885:12, 8885:15,
8885:25, 8887:4,
8887:20, 8887:22,
8887:23, 8888:2,
8888:23, 8890:16,
8890:22, 8891:5,
8892:3, 8892:9,
8893:20, 8895:22,
8896:14, 8898:6,
8898:10, 8899:17,
8899:22, 8900:11,
8901:4, 8901:9,

8902:22, 8902:23,
8903:4

**within** [5] - 8744:4,
8828:8, 8838:3,
8860:2, 8881:11

**without** [4] - 8749:9,
8803:4, 8809:21,
8847:11

**WITNESS** [13] -
8731:3, 8748:21,
8748:23, 8782:24,
8784:9, 8785:13,
8788:23, 8790:5,
8812:16, 8837:8,
8841:12, 8850:6,
8902:18

**witness** [3] - 8799:3,
8823:18, 8834:11

**wits** [1] - 8792:5

**WLS** [2] - 8899:1

**women** [1] - 8770:1

**Wong** [5] - 8844:18,
8844:20, 8845:14,
8846:6, 8846:9

**word** [7] - 8739:2,
8793:20, 8795:19,
8803:8, 8841:24,
8874:20, 8888:4

**words** [8] - 8747:25,
8823:9, 8871:7,
8884:23, 8885:6,
8886:17, 8899:8,
8899:9

**work** [24] - 8782:6,
8808:12, 8821:22,
8825:11, 8825:22,
8826:1, 8826:6,
8826:9, 8826:17,
8832:9, 8832:10,
8842:5, 8842:13,
8859:8, 8872:3,
8879:17, 8884:21,
8896:14, 8900:11,
8901:17, 8902:7,
8902:9, 8902:18,
8902:23

**worked** [17] -
8739:16, 8770:1,
8777:5, 8777:8,
8797:8, 8805:9,
8805:25, 8807:12,
8808:6, 8836:15,
8852:1, 8852:4,
8860:10, 8864:18,
8884:25, 8890:16,
8891:5

**working** [14] -
8753:13, 8778:4,
8805:11, 8807:5,
8807:7, 8807:12,

8807:22, 8808:6,
8808:8, 8808:10,
8837:9, 8874:2,
8875:21, 8880:17

**works** [1] - 8742:15

**world** [4] - 8749:11,
8749:16, 8833:15,
8897:21

**worse** [1] - 8794:10

**would** [125] -
8733:15, 8733:16,
8734:7, 8734:11,
8734:12, 8735:20,
8739:18, 8739:22,
8741:1, 8741:3,
8745:25, 8751:11,
8751:21, 8752:3,
8752:7, 8752:22,
8754:19, 8754:20,
8754:21, 8755:1,
8755:6, 8755:6,
8755:7, 8755:10,
8755:25, 8757:2,
8757:4, 8757:22,
8763:20, 8765:7,
8765:10, 8765:11,
8766:18, 8767:4,
8768:15, 8768:17,
8768:19, 8768:24,
8771:21, 8775:8,
8775:9, 8775:10,
8775:11, 8775:12,
8779:17, 8779:19,
8782:15, 8785:5,
8785:6, 8786:8,
8786:20, 8786:21,
8791:18, 8791:20,
8791:21, 8791:25,
8796:18, 8802:2,
8802:16, 8803:18,
8803:22, 8804:20,
8804:22, 8812:6,
8812:21, 8818:8,
8818:9, 8818:17,
8820:5, 8820:8,
8820:13, 8820:16,
8820:18, 8825:2,
8825:8, 8825:23,
8826:18, 8826:19,
8826:20, 8829:1,
8840:17, 8840:18,
8842:4, 8842:13,
8842:20, 8844:1,
8846:13, 8857:19,
8865:9, 8865:10,
8871:13, 8875:19,
8875:21, 8877:21,
8878:13, 8881:19,
8882:23, 8883:1,
8885:3, 8890:14,
8890:19, 8895:25,

8898:1, 8898:4,
8898:6, 8898:8,
8898:10, 8898:12,
8898:15, 8902:11,
8902:25, 8903:1,
8903:2
**wouldn't** [12] -
8756:24, 8792:1,
8826:19, 8829:1,
8842:6, 8842:21,
8852:7, 8878:14,
8881:18, 8885:4,
8898:6, 8903:3
**wrap** [1] - 8841:20
**WRIGHT** [1] - 8726:3
**write** [1] - 8842:7
**writes** [8] - 8764:16,
8766:3, 8770:15,
8845:14, 8879:13,
8887:15, 8888:14,
8888:21
**writing** [1] - 8760:6
**written** [4] - 8842:11,
8842:16, 8895:10,
8899:7
**wrong** [6] - 8738:14,
8832:18, 8883:19,
8896:9, 8896:11,
8899:13
**wrote** [17] - 8748:5,
8760:2, 8762:4,
8766:8, 8787:10,
8841:25, 8842:8,
8851:17, 8864:1,
8870:1, 8878:24,
8879:2, 8879:20,
8880:19, 8887:17,
8899:1, 8901:14
**WSL** [2] - 8889:10,
8889:12, 8899:1
**WSLs** [3] - 8827:23,
8836:15, 8836:16

# X

**X** [2] - 8731:1,
8754:20

# Y

**y'all** [1] - 8797:5
**yeah** [21] - 8737:19,
8737:21, 8737:25,
8739:23, 8744:12,
8750:22, 8758:10,
8759:4, 8765:7,
8788:23, 8795:7,
8819:14, 8819:24,
8820:23, 8842:9,

8846:19, 8857:8,
8871:4, 8871:10,
8873:11, 8884:4
**year** [1] - 8883:9
**years** [11] - 8756:9,
8782:16, 8783:3,
8788:6, 8794:25,
8836:19, 8837:3,
8852:1, 8864:18,
8883:5, 8896:15
**yellow** [1] - 8777:13
**yep** [1] - 8816:12
**Yes** [1] - 8834:6
**yes** [387] - 8732:18,
8734:15, 8734:21,
8734:24, 8736:10,
8737:10, 8737:25,
8739:10, 8740:6,
8741:20, 8743:9,
8743:11, 8743:15,
8745:7, 8745:16,
8747:13, 8747:17,
8748:16, 8748:23,
8750:17, 8751:11,
8752:8, 8752:20,
8753:11, 8755:11,
8755:21, 8756:7,
8756:18, 8757:8,
8757:24, 8759:1,
8759:17, 8760:2,
8760:11, 8760:20,
8761:25, 8762:20,
8764:10, 8765:21,
8765:25, 8766:22,
8766:25, 8767:11,
8768:11, 8769:19,
8770:6, 8770:10,
8771:19, 8772:8,
8773:6, 8773:10,
8773:13, 8775:1,
8775:16, 8776:9,
8776:14, 8777:7,
8777:10, 8777:19,
8778:2, 8778:7,
8779:9, 8779:12,
8779:16, 8779:21,
8779:24, 8780:13,
8780:17, 8780:23,
8781:3, 8781:7,
8781:10, 8781:12,
8781:19, 8782:14,
8783:1, 8785:2,
8788:4, 8788:19,
8789:13, 8789:16,
8790:2, 8790:16,
8790:24, 8791:1,
8791:4, 8791:17,
8791:23, 8792:25,
8795:8, 8795:18,
8796:13, 8796:16,

8796:24, 8797:4,
8797:13, 8798:7,
8801:6, 8804:16,
8804:19, 8805:6,
8805:18, 8806:17,
8806:20, 8807:14,
8808:18, 8809:3,
8809:6, 8809:8,
8809:24, 8811:3,
8812:8, 8812:16,
8816:8, 8816:20,
8816:22, 8816:24,
8817:9, 8818:15,
8818:25, 8819:2,
8819:4, 8819:19,
8820:11, 8820:25,
8821:9, 8821:13,
8822:1, 8822:11,
8823:11, 8824:2,
8824:8, 8825:14,
8825:17, 8827:10,
8827:12, 8827:15,
8828:18, 8828:25,
8829:3, 8829:10,
8829:25, 8830:6,
8830:24, 8831:8,
8831:12, 8831:15,
8832:3, 8834:19,
8834:23, 8836:4,
8836:23, 8836:24,
8837:2, 8837:13,
8837:18, 8838:1,
8838:5, 8838:16,
8840:8, 8840:15,
8843:16, 8843:20,
8843:23, 8844:6,
8844:11, 8844:14,
8844:19, 8844:25,
8845:2, 8845:21,
8846:22, 8847:21,
8847:25, 8848:24,
8849:3, 8849:6,
8849:17, 8849:24,
8850:1, 8850:4,
8850:21, 8850:24,
8851:19, 8851:22,
8852:3, 8852:10,
8852:13, 8852:20,
8852:22, 8853:5,
8853:11, 8853:14,
8853:20, 8853:24,
8854:8, 8854:11,
8854:15, 8854:24,
8855:6, 8855:15,
8855:23, 8856:1,
8856:7, 8856:11,
8856:14, 8856:17,
8856:21, 8857:4,
8857:12, 8857:17,
8857:22, 8858:3,
8858:7, 8858:10,

8858:13, 8858:16,
8858:19, 8858:24,
8859:6, 8859:10,
8860:3, 8860:9,
8860:13, 8861:7,
8861:11, 8861:14,
8862:7, 8862:13,
8862:20, 8862:24,
8863:1, 8863:7,
8863:12, 8863:16,
8863:18, 8863:22,
8863:25, 8864:1,
8864:6, 8864:7,
8864:11, 8864:14,
8864:17, 8865:1,
8865:8, 8865:13,
8865:16, 8865:25,
8866:1, 8866:2,
8866:3, 8866:8,
8866:12, 8866:15,
8866:16, 8866:17,
8866:20, 8866:24,
8867:5, 8867:13,
8867:16, 8867:18,
8867:20, 8867:22,
8867:24, 8868:1,
8868:5, 8868:13,
8868:16, 8868:20,
8869:2, 8869:8,
8869:10, 8869:14,
8869:18, 8869:22,
8869:25, 8870:18,
8870:22, 8871:18,
8871:21, 8871:25,
8872:4, 8872:10,
8873:7, 8873:21,
8873:24, 8874:10,
8874:18, 8875:1,
8875:5, 8875:8,
8875:18, 8875:25,
8876:3, 8876:8,
8876:11, 8876:15,
8876:25, 8877:11,
8877:14, 8877:17,
8877:19, 8877:23,
8878:3, 8878:6,
8878:8, 8878:15,
8878:19, 8878:23,
8879:4, 8879:8,
8879:12, 8879:19,
8879:23, 8880:2,
8880:6, 8880:11,
8881:1, 8881:6,
8881:10, 8881:12,
8881:14, 8881:17,
8882:4, 8882:6,
8882:14, 8882:15,
8882:25, 8883:8,
8883:15, 8884:1,
8884:4, 8884:15,
8884:19, 8887:7,

8887:12, 8887:18,
8888:9, 8888:18,
8888:24, 8889:11,
8889:13, 8889:16,
8889:21, 8889:24,
8890:4, 8890:7,
8890:9, 8890:11,
8890:13, 8890:21,
8890:25, 8891:1,
8891:4, 8891:11,
8891:15, 8891:19,
8892:13, 8892:25,
8893:8, 8893:18,
8893:24, 8894:5,
8894:8, 8894:11,
8894:14, 8895:5,
8895:12, 8896:21,
8897:1, 8897:4,
8898:21, 8900:5,
8900:9, 8900:19,
8900:25, 8901:15,
8903:15
**yet** [3] - 8762:25,
8765:13, 8892:14
**YOAKUM** [1] -
8727:5
**You** [1] - 8798:12
**you** [1198] - 8732:7,
8732:10, 8732:14,
8732:15, 8732:19,
8733:3, 8733:14,
8733:18, 8733:22,
8733:23, 8733:24,
8734:1, 8734:7,
8734:10, 8734:13,
8734:14, 8734:17,
8734:19, 8734:22,
8735:2, 8735:8,
8735:12, 8735:15,
8735:16, 8735:19,
8736:7, 8736:14,
8736:18, 8736:19,
8736:22, 8736:25,
8737:13, 8737:16,
8737:22, 8738:5,
8738:10, 8738:11,
8738:17, 8738:18,
8738:22, 8738:23,
8739:3, 8739:7,
8739:8, 8739:11,
8739:13, 8739:14,
8739:15, 8739:17,
8739:20, 8739:21,
8739:24, 8740:3,
8740:4, 8740:15,
8740:16, 8740:22,
8740:24, 8741:7,
8741:8, 8741:12,
8741:14, 8741:18,
8741:19, 8741:23,
8741:25, 8742:7,

| | | | | |
|---|---|---|---|---|
| 8742:11, 8742:14, | 8765:12, 8765:15, | 8787:6, 8787:9, | 8804:8, 8804:12, | 8823:5, 8824:7, |
| 8742:21, 8743:3, | 8765:19, 8765:22, | 8787:11, 8787:15, | 8804:18, 8804:20, | 8824:9, 8824:13, |
| 8743:6, 8743:12, | 8766:12, 8766:13, | 8787:24, 8788:2, | 8804:21, 8804:23, | 8824:15, 8824:16, |
| 8743:16, 8743:20, | 8766:14, 8766:15, | 8788:3, 8788:5, | 8804:24, 8804:25, | 8824:20, 8824:21, |
| 8744:2, 8744:7, | 8766:16, 8766:17, | 8788:13, 8788:15, | 8805:2, 8805:12, | 8824:23, 8825:12, |
| 8744:10, 8744:13, | 8766:23, 8768:4, | 8788:16, 8788:18, | 8805:16, 8805:17, | 8825:18, 8825:25, |
| 8744:16, 8744:22, | 8768:17, 8769:11, | 8788:20, 8788:21, | 8805:19, 8806:5, | 8826:24, 8827:1, |
| 8744:23, 8744:24, | 8769:14, 8769:17, | 8788:22, 8789:2, | 8807:2, 8807:10, | 8827:3, 8827:9, |
| 8745:5, 8745:6, | 8769:24, 8770:3, | 8789:6, 8789:21, | 8807:11, 8807:13, | 8827:16, 8827:18, |
| 8745:8, 8745:17, | 8770:7, 8770:15, | 8789:22, 8789:23, | 8807:15, 8807:23, | 8827:24, 8828:1, |
| 8745:19, 8746:16, | 8770:19, 8770:23, | 8789:24, 8790:3, | 8808:1, 8808:2, | 8828:3, 8828:5, |
| 8746:24, 8746:25, | 8771:11, 8771:13, | 8790:6, 8790:8, | 8808:12, 8808:17, | 8828:10, 8828:11, |
| 8747:4, 8747:6, | 8771:15, 8771:17, | 8790:9, 8790:11, | 8809:1, 8809:4, | 8828:16, 8829:4, |
| 8747:9, 8747:10, | 8771:20, 8771:23, | 8790:19, 8790:22, | 8809:7, 8809:9, | 8829:7, 8829:8, |
| 8747:14, 8747:21, | 8771:24, 8772:1, | 8791:2, 8791:3, | 8809:10, 8809:12, | 8829:9, 8829:11, |
| 8747:23, 8747:25, | 8772:2, 8772:7, | 8791:8, 8791:13, | 8809:13, 8809:15, | 8829:14, 8829:15, |
| 8748:4, 8748:18, | 8772:9, 8772:12, | 8791:16, 8791:24, | 8809:18, 8809:22, | 8829:16, 8829:18, |
| 8748:24, 8749:3, | 8772:16, 8772:23, | 8792:3, 8792:4, | 8809:25, 8810:1, | 8829:19, 8829:20, |
| 8749:5, 8749:8, | 8773:1, 8773:4, | 8792:8, 8792:11, | 8810:3, 8810:9, | 8829:22, 8830:6, |
| 8749:12, 8749:17, | 8773:5, 8773:7, | 8792:14, 8792:17, | 8810:10, 8810:13, | 8830:7, 8830:9, |
| 8750:7, 8750:8, | 8773:11, 8773:14, | 8792:20, 8793:1, | 8810:16, 8810:19, | 8830:23, 8830:25, |
| 8750:9, 8750:25, | 8773:17, 8773:20, | 8793:4, 8793:10, | 8810:23, 8811:2, | 8831:2, 8831:5, |
| 8751:3, 8751:17, | 8773:25, 8774:1, | 8793:11, 8793:13, | 8811:4, 8811:5, | 8831:9, 8831:13, |
| 8753:1, 8753:8, | 8774:6, 8774:12, | 8793:18, 8793:20, | 8811:8, 8811:14, | 8831:16, 8831:21, |
| 8753:9, 8753:12, | 8774:13, 8774:14, | 8794:4, 8794:14, | 8811:17, 8811:18, | 8832:1, 8832:6, |
| 8753:17, 8753:18, | 8774:17, 8775:5, | 8794:24, 8795:7, | 8811:20, 8812:1, | 8832:12, 8832:16, |
| 8753:20, 8753:23, | 8775:15, 8775:17, | 8795:12, 8795:15, | 8812:5, 8812:7, | 8832:22, 8832:25, |
| 8754:1, 8754:2, | 8775:20, 8775:23, | 8795:24, 8795:25, | 8812:9, 8812:13, | 8833:2, 8833:6, |
| 8754:4, 8754:6, | 8776:7, 8776:10, | 8796:1, 8796:17, | 8812:14, 8812:15, | 8833:7, 8833:20, |
| 8754:11, 8754:14, | 8776:12, 8777:16, | 8796:18, 8796:23, | 8812:20, 8812:22, | 8833:21, 8833:23, |
| 8754:15, 8754:24, | 8777:23, 8777:24, | 8796:25, 8797:2, | 8814:17, 8815:1, | 8834:1, 8834:2, |
| 8755:1, 8755:4, | 8778:3, 8778:4, | 8797:5, 8797:8, | 8815:8, 8816:1, | 8834:3, 8834:5, |
| 8755:17, 8755:18, | 8778:5, 8778:8, | 8797:9, 8797:11, | 8816:3, 8816:4, | 8834:15, 8834:18, |
| 8755:22, 8755:25, | 8778:9, 8778:12, | 8797:16, 8797:18, | 8816:9, 8816:11, | 8834:24, 8834:25, |
| 8756:1, 8756:2, | 8778:17, 8778:18, | 8797:21, 8797:24, | 8816:13, 8816:16, | 8835:3, 8835:4, |
| 8756:5, 8756:9, | 8778:21, 8778:24, | 8797:25, 8798:1, | 8816:21, 8816:25, | 8835:5, 8835:8, |
| 8756:10, 8756:15, | 8779:5, 8779:7, | 8798:2, 8798:3, | 8817:1, 8817:4, | 8835:11, 8835:15, |
| 8756:16, 8757:1, | 8779:10, 8779:13, | 8798:5, 8798:9, | 8817:5, 8817:7, | 8835:20, 8835:23, |
| 8757:5, 8757:9, | 8779:17, 8779:22, | 8798:10, 8798:11, | 8817:10, 8817:12, | 8835:24, 8836:2, |
| 8757:21, 8757:22, | 8779:25, 8780:5, | 8798:13, 8798:20, | 8817:13, 8817:14, | 8836:3, 8836:5, |
| 8757:25, 8758:3, | 8780:6, 8780:11, | 8798:24, 8799:15, | 8817:16, 8817:23, | 8836:8, 8836:22, |
| 8758:6, 8758:7, | 8780:14, 8780:16, | 8799:16, 8800:1, | 8817:24, 8818:4, | 8836:25, 8837:1, |
| 8758:16, 8758:21, | 8780:21, 8781:2, | 8800:4, 8800:7, | 8818:9, 8818:14, | 8837:19, 8837:20, |
| 8758:24, 8758:25, | 8781:4, 8781:8, | 8800:12, 8800:15, | 8818:22, 8819:1, | 8837:21, 8837:24, |
| 8759:2, 8759:9, | 8781:17, 8781:20, | 8800:17, 8800:20, | 8819:5, 8819:7, | 8838:6, 8838:8, |
| 8759:14, 8759:15, | 8781:23, 8782:1, | 8800:22, 8801:1, | 8819:8, 8819:13, | 8838:9, 8838:12, |
| 8759:18, 8759:25, | 8782:16, 8782:18, | 8801:4, 8801:7, | 8819:15, 8819:16, | 8838:14, 8838:18, |
| 8760:3, 8760:7, | 8782:24, 8783:4, | 8801:8, 8801:9, | 8819:18, 8819:20, | 8839:4, 8839:12, |
| 8760:12, 8760:13, | 8783:9, 8783:12, | 8801:13, 8801:14, | 8819:22, 8819:23, | 8839:16, 8839:17, |
| 8760:18, 8760:20, | 8783:13, 8783:23, | 8801:15, 8801:16, | 8819:25, 8820:3, | 8839:20, 8839:21, |
| 8760:21, 8761:5, | 8784:1, 8784:2, | 8801:18, 8801:21, | 8820:5, 8820:7, | 8839:23, 8839:24, |
| 8761:12, 8761:15, | 8784:4, 8784:12, | 8802:2, 8802:3, | 8820:8, 8820:14, | 8840:2, 8840:3, |
| 8761:16, 8761:18, | 8784:13, 8784:16, | 8802:5, 8802:13, | 8820:15, 8820:16, | 8840:5, 8840:6, |
| 8761:19, 8761:21, | 8784:18, 8785:1, | 8802:16, 8802:17, | 8820:19, 8820:20, | 8840:9, 8840:10, |
| 8761:22, 8761:23, | 8785:3, 8785:4, | 8802:19, 8803:3, | 8820:24, 8821:1, | 8840:13, 8840:16, |
| 8761:24, 8761:25, | 8785:8, 8785:11, | 8803:4, 8803:5, | 8821:2, 8821:3, | 8841:22, 8841:25, |
| 8762:7, 8762:9, | 8785:17, 8785:20, | 8803:7, 8803:8, | 8821:5, 8821:8, | 8842:1, 8843:1, |
| 8762:11, 8762:14, | 8785:25, 8786:1, | 8803:9, 8803:10, | 8821:10, 8821:11, | 8843:9, 8843:10, |
| 8762:23, 8763:10, | 8786:4, 8786:7, | 8803:15, 8803:20, | 8821:18, 8821:24, | 8843:14, 8843:17, |
| 8764:3, 8764:11, | 8786:16, 8786:18, | 8803:21, 8803:22, | 8822:4, 8822:5, | 8843:18, 8843:21, |
| 8764:17, 8764:20, | 8787:1, 8787:5, | 8804:2, 8804:4, | 8822:6, 8822:25, | 8843:24, 8844:4, |

8844:10, 8844:20, 8845:7, 8845:8, 8845:9, 8845:18, 8845:19, 8845:25, 8846:4, 8846:5, 8846:10, 8846:13, 8846:17, 8846:23, 8846:24, 8847:4, 8847:8, 8847:13, 8847:17, 8848:1, 8848:2, 8848:6, 8848:8, 8848:11, 8848:24, 8849:7, 8849:8, 8849:9, 8849:10, 8849:18, 8850:17, 8850:19, 8850:20, 8850:25, 8851:1, 8851:11, 8851:15, 8851:16, 8851:17, 8851:20, 8851:21, 8851:23, 8851:24, 8852:1, 8852:2, 8852:4, 8852:6, 8852:7, 8852:11, 8852:12, 8852:14, 8852:15, 8852:21, 8852:23, 8853:4, 8853:6, 8853:10, 8853:12, 8853:15, 8853:19, 8853:25, 8854:1, 8854:5, 8854:7, 8854:12, 8854:14, 8854:20, 8854:23, 8854:25, 8855:1, 8855:9, 8855:10, 8855:11, 8855:14, 8855:24, 8856:2, 8856:8, 8856:10, 8856:12, 8856:13, 8856:15, 8856:16, 8856:18, 8856:20, 8856:22, 8856:23, 8857:1, 8857:5, 8857:6, 8857:7, 8857:15, 8857:16, 8858:1, 8858:18, 8859:7, 8859:11, 8859:13, 8859:15, 8860:4, 8860:7, 8860:10, 8860:11, 8860:15, 8860:18, 8860:24, 8861:5, 8861:18, 8861:25, 8862:1, 8862:3, 8862:10, 8862:14, 8863:3, 8864:1, 8864:16, 8864:18, 8864:19, 8864:20, 8864:22, 8865:4, 8865:6, 8865:7,

8865:9, 8865:10, 8865:14, 8865:18, 8867:12, 8868:19, 8868:21, 8869:1, 8869:4, 8869:5, 8869:7, 8869:11, 8869:12, 8869:13, 8869:16, 8869:19, 8869:21, 8870:9, 8870:11, 8870:14, 8870:20, 8870:25, 8871:13, 8872:7, 8872:9, 8872:11, 8873:3, 8873:8, 8873:9, 8873:14, 8873:23, 8873:25, 8874:6, 8874:7, 8874:11, 8874:13, 8874:23, 8874:25, 8875:4, 8875:6, 8875:7, 8875:9, 8875:11, 8875:13, 8875:14, 8875:19, 8875:23, 8876:1, 8876:7, 8876:10, 8876:12, 8876:13, 8876:14, 8876:16, 8876:18, 8876:19, 8876:20, 8877:1, 8877:3, 8877:6, 8877:10, 8877:13, 8877:16, 8877:20, 8877:21, 8877:24, 8878:9, 8878:11, 8878:13, 8878:14, 8878:16, 8879:13, 8879:19, 8880:7, 8880:10, 8880:12, 8880:13, 8880:15, 8880:18, 8881:1, 8881:9, 8881:18, 8881:19, 8881:22, 8881:24, 8882:1, 8882:3, 8882:7, 8882:8, 8882:10, 8882:12, 8882:13, 8882:16, 8882:19, 8882:20, 8882:22, 8883:9, 8883:11, 8883:13, 8883:16, 8883:18, 8883:21, 8884:2, 8884:3, 8884:5, 8884:7, 8884:10, 8884:11, 8884:13, 8884:14, 8884:16, 8884:18, 8884:20, 8885:6, 8885:9, 8885:10, 8885:12, 8885:14, 8885:18, 8886:4, 8886:8, 8886:11,

8886:15, 8886:23, 8887:4, 8887:11, 8888:9, 8888:10, 8888:18, 8888:23, 8888:25, 8889:9, 8889:10, 8889:19, 8890:3, 8890:14, 8890:16, 8890:19, 8891:5, 8891:9, 8891:20, 8891:25, 8892:3, 8892:7, 8892:10, 8892:12, 8892:16, 8893:1, 8893:6, 8893:9, 8893:10, 8893:15, 8893:25, 8894:15, 8894:16, 8894:18, 8894:20, 8894:23, 8895:23, 8895:25, 8896:1, 8896:3, 8896:5, 8896:14, 8897:16, 8897:20, 8897:23, 8897:24, 8898:1, 8898:4, 8898:6, 8898:8, 8898:10, 8898:11, 8898:12, 8898:19, 8898:20, 8898:24, 8898:25, 8899:1, 8899:3, 8899:5, 8899:6, 8899:9, 8899:13, 8899:16, 8899:22, 8899:24, 8900:18, 8900:22, 8900:23, 8901:3, 8901:16, 8901:19, 8901:21, 8901:25, 8902:1, 8902:3, 8902:4, 8902:11, 8902:12, 8902:14, 8902:16, 8903:7, 8903:8, 8903:10, 8903:18, 8903:19

**you'd** [1] - 8795:14
**you'll** [2] - 8860:23, 8869:19
**you're** [38] - 8746:16, 8748:11, 8749:11, 8750:19, 8750:22, 8751:17, 8755:23, 8761:16, 8761:21, 8761:24, 8761:25, 8765:12, 8766:16, 8768:20, 8771:11, 8771:12, 8780:18, 8782:19, 8784:23, 8791:11, 8792:20, 8793:21, 8810:15, 8812:4, 8814:1, 8824:11, 8824:12, 8833:8, 8837:4,

8842:15, 8853:4, 8854:19, 8856:5, 8859:19, 8860:15, 8860:17, 8873:8, 8901:22

**you've** [16] - 8774:24, 8774:25, 8779:11, 8782:16, 8783:2, 8783:12, 8789:14, 8793:10, 8798:20, 8798:21, 8809:1, 8814:25, 8840:5, 8854:22, 8899:22, 8899:24

**YOUNG** [1] - 8728:3

**young** [1] - 8803:6

**your** [212] - 8732:7, 8735:12, 8736:7, 8738:2, 8738:24, 8738:25, 8739:7, 8740:7, 8741:10, 8741:12, 8741:16, 8742:2, 8742:24, 8743:6, 8747:5, 8747:9, 8749:8, 8749:23, 8750:23, 8751:13, 8754:2, 8754:18, 8754:25, 8755:16, 8755:18, 8755:23, 8756:8, 8756:11, 8756:15, 8756:19, 8757:3, 8758:7, 8759:14, 8759:15, 8760:25, 8761:8, 8762:17, 8763:3, 8763:11, 8763:21, 8764:1, 8765:1, 8767:1, 8767:19, 8768:13, 8769:6, 8770:22, 8771:17, 8772:9, 8773:7, 8773:8, 8775:3, 8775:5, 8775:20, 8778:3, 8778:21, 8779:7, 8781:11, 8781:13, 8782:11, 8782:20, 8783:1, 8783:4, 8783:13, 8783:14, 8784:6, 8786:17, 8786:22, 8787:4, 8787:22, 8787:23, 8788:3, 8788:5, 8788:14, 8788:16, 8789:9, 8789:12, 8789:15, 8790:11, 8790:14, 8791:9, 8793:5, 8793:10, 8793:16, 8794:11, 8795:4, 8795:24, 8796:4, 8796:9,

8796:10, 8796:11, 8796:15, 8797:8, 8797:9, 8797:14, 8797:18, 8797:24, 8798:3, 8798:24, 8799:1, 8799:11, 8799:13, 8800:12, 8801:22, 8802:20, 8802:21, 8804:15, 8807:4, 8808:9, 8808:14, 8808:15, 8808:19, 8809:21, 8810:3, 8810:9, 8811:11, 8811:20, 8812:18, 8812:21, 8812:25, 8813:22, 8814:5, 8814:12, 8815:18, 8816:3, 8816:6, 8817:5, 8817:12, 8817:19, 8818:3, 8818:7, 8818:8, 8819:15, 8820:9, 8820:16, 8823:17, 8826:23, 8830:7, 8831:13, 8832:3, 8834:6, 8834:10, 8834:24, 8835:5, 8837:6, 8837:22, 8838:8, 8840:9, 8840:14, 8841:12, 8841:21, 8842:7, 8842:9, 8843:2, 8843:8, 8843:10, 8843:14, 8845:6, 8845:16, 8846:1, 8846:21, 8847:9, 8847:17, 8849:16, 8849:25, 8850:14, 8850:19, 8851:1, 8851:4, 8851:6, 8851:10, 8852:9, 8853:21, 8854:5, 8854:9, 8854:12, 8855:18, 8856:19, 8857:3, 8857:6, 8857:13, 8857:15, 8858:22, 8862:18, 8863:5, 8871:13, 8872:11, 8873:18, 8874:3, 8874:17, 8876:1, 8877:5, 8878:25, 8881:22, 8883:5, 8884:21, 8885:6, 8885:14, 8886:3, 8899:9, 8902:15, 8903:15, 8903:18, 8903:19

**yours** [3] - 8786:10, 8786:14, 8799:15

**yourself** [20] -

8737:20, 8745:12,
8750:19, 8750:22,
8760:7, 8769:23,
8777:2, 8844:1,
8849:10, 8853:22,
8854:23, 8865:6,
8873:15, 8875:14,
8875:17, 8878:21,
8879:6, 8879:25,
8887:11, 8900:3

## Z

**zonal** [1] - 8786:11
**zone** [5] - 8734:3,
8747:21, 8748:1,
8814:4, 8849:5

---

**"**

**"MIKE"** [1] - 8729:2