UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

***************************************************************

IN RE: OIL SPILL BY THE OIL RIG *DEEPWATER HORIZON* IN THE GULF OF MEXICO ON APRIL 20, 2010

CIVIL ACTION NO. 10-MD-2179 "J"
NEW ORLEANS, LOUISIANA
Tuesday, April 16, 2013

THIS DOCUMENT RELATES TO:

CASE NO. 2:10-CV-02771,
*IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL*

CASE NO. 2:10-CV-4536,
*UNITED STATES OF AMERICA V. BP EXPLORATION & PRODUCTION, INC., ET AL*

***************************************************************

**DAY 28 - AFTERNOON SESSION**

TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

HEARD BEFORE THE HONORABLE CARL J. BARBIER

UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

DOMENGEAUX WRIGHT ROY & EDWARDS
BY: JAMES P. ROY, ESQ.
556 JEFFERSON STREET, SUITE 500
POST OFFICE BOX 3668
LAFAYETTE, LA 70502

HERMAN HERMAN & KATZ
BY: STEPHEN J. HERMAN, ESQ.
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

CUNNINGHAM BOUNDS
BY: ROBERT T. CUNNINGHAM, ESQ.
1601 DAUPHIN STREET
MOBILE, AL 36604

LEWIS, KULLMAN, STERBCOW & ABRAMSON
BY: PAUL M. STERBCOW, ESQ.
PAN AMERICAN LIFE BUILDING
601 POYDRAS STREET, SUITE 2615
NEW ORLEANS, LA 70130

BREIT DRESCHER IMPREVENTO & WALKER
BY: JEFFREY A. BREIT, ESQ.
600 22ND STREET, SUITE 402
VIRGINIA BEACH, VA 23451

LEGER & SHAW
BY: WALTER J. LEGER, JR., ESQ.
600 CARONDELET STREET, 9TH FLOOR
NEW ORLEANS, LA 70130

WILLIAMS LAW GROUP
BY: CONRAD S. P. WILLIAMS, ESQ.
435 CORPORATE DRIVE, SUITE 101
HOUMA, LA 70360

THORNHILL LAW FIRM
BY: THOMAS THORNHILL, ESQ.
1308 NINTH STREET
SLIDELL, LA 70458

DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
BY: JOHN W. DEGRAVELLES, ESQ.
618 MAIN STREET
BATON ROUGE, LA 70801

WILLIAMSON & RUSNAK
BY: JIMMY WILLIAMSON, ESQ.
4310 YOAKUM BOULEVARD
HOUSTON, TX 77006

IRPINO LAW FIRM
BY: ANTHONY IRPINO, ESQ.
2216 MAGAZINE STREET
NEW ORLEANS, LA 70130

FOR THE UNITED STATES OF AMERICA:

U.S. DEPARTMENT OF JUSTICE
TORTS BRANCH, CIVIL DIVISION
BY: R. MICHAEL UNDERHILL, ESQ.
450 GOLDEN GATE AVENUE
7TH FLOOR, ROOM 5395
SAN FRANCISCO, CA 94102

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
ENVIRONMENTAL ENFORCEMENT SECTION
BY: STEVEN O'ROURKE, ESQ.
SCOTT CERNICH, ESQ.
DEANNA CHANG, ESQ.
RACHEL HANKEY, ESQ.
A. NATHANIEL CHAKERES, ESQ.
P.O. BOX 7611
WASHINGTON, DC 20044

U.S. DEPARTMENT OF JUSTICE
TORTS BRANCH, CIVIL DIVISION
BY: JESSICA McCLELLAN, ESQ.
MICHELLE DELEMARRE, ESQ.
JESSICA SULLIVAN, ESQ.
SHARON SHUTLER, ESQ.
MALINDA LAWRENCE, ESQ.
POST OFFICE BOX 14271
WASHINGTON, DC 20044

U.S. DEPARTMENT OF JUSTICE
FRAUD SECTION
COMMERCIAL LITIGATION BRANCH
BY: DANIEL SPIRO, ESQ.
KELLEY HAUSER, ESQ.
ELIZABETH YOUNG, ESQ.
BEN FRANKLIN STATION
WASHINGTON, DC 20044

FOR THE STATE OF ALABAMA:

ALABAMA ATTORNEY GENERAL'S OFFICE
BY: LUTHER STRANGE, ATTORNEY GENERAL
COREY L. MAZE, ESQ.
WINFIELD J. SINCLAIR, ESQ.
500 DEXTER AVENUE
MONTGOMERY, AL 36130

FOR THE STATE OF LOUISIANA OFFICE OF THE ATTORNEY GENERAL:

STATE OF LOUISIANA
BY: JAMES D. CALDWELL, ATTORNEY GENERAL
1885 NORTH THIRD STREET
POST OFFICE BOX 94005
BATON ROUGE, LA 70804

KANNER & WHITELEY
BY: ALLAN KANNER, ESQ.
DOUGLAS R. KRAUS, ESQ.
701 CAMP STREET
NEW ORLEANS, LA 70130

FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP PLC:

LISKOW & LEWIS
BY: DON K. HAYCRAFT, ESQ.
ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 5000
NEW ORLEANS, LA 70139

COVINGTON & BURLING
BY: ROBERT C. “MIKE” BROCK, ESQ.
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

KIRKLAND & ELLIS
BY: J. ANDREW LANGAN, ESQ.
HARIKLIA "CARRIE" KARIS, ESQ.
MATTHEW T. REGAN, ESQ.
300 N. LASALLE
CHICAGO, IL 60654

FOR TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.:

FRILOT
BY: KERRY J. MILLER, ESQ.
ENERGY CENTRE
1100 POYDRAS STREET, SUITE 3700
NEW ORLEANS, LA 70163

SUTHERLAND ASBILL & BRENNAN
BY: STEVEN L. ROBERTS, ESQ.
RACHEL G. CLINGMAN, ESQ.
1001 FANNIN STREET, SUITE 3700
HOUSTON, TX 77002

MUNGER TOLLES & OLSON
BY: MICHAEL R. DOYEN, ESQ.
BRAD D. BRIAN, ESQ.
LUIS LI, ESQ.
335 SOUTH GRAND AVENUE, 35TH FLOOR
LOS ANGELES, CA 90071

MAHTOOK & LAFLEUR
BY: RICHARD J. HYMEL, ESQ.
1000 CHASE TOWER
600 JEFFERSON STREET
LAFAYETTE, LA 70502

HUGHES ARRELL KINCHEN
BY: JOHN KINCHEN, ESQ.
2211 NORFOLK, SUITE 1110
HOUSTON, TX 77098

FOR HALLIBURTON ENERGY SERVICES, INC.:

GODWIN LEWIS
BY: DONALD E. GODWIN, ESQ.
FLOYD R. HARTLEY, JR., ESQ.
GAVIN HILL, ESQ.
RENAISSANCE TOWER
1201 ELM STREET, SUITE 1700
DALLAS, TX 75270

GODWIN LEWIS
BY: JERRY C. VON STERNBERG, ESQ.
1331 LAMAR, SUITE 1665
HOUSTON, TX 77010

OFFICIAL COURT REPORTER:

KAREN A. IBOS, CRR, RMR, CCR
500 POYDRAS STREET, ROOM HB406
NEW ORLEANS, LA 70130
(504) 589-7776
Karen_Ibos@laed.uscourts.gov

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY. TRANSCRIPT PRODUCED BY COMPUTER.

I N D E X

WITNESS: PAGE/LINE:

FORREST EARL SHANKS

Continued Direct Examination by Mr. Collier 9072/10

Cross-Examination by Mr. Williamson 9114/19

Cross-Examination by Mr. Doyen 9149/3

Redirect Examination by Mr. Collier 9200/24

P-R-O-C-E-E-D-I-N-G-S

TUESDAY, APRIL 16, 2013

A F T E R N O O N   S E S S I O N

(OPEN COURT.)

THE COURT: Please be seated. Mr. Collier, you may continue.

MR. COLLIER: Thank you, your Honor.

CONTINUED DIRECT EXAMINATION

BY MR. COLLIER:

Q. Welcome back, Mr. Shanks.

A. Thank you.

Q. Prior to the lunch break, Mr. Shanks, we were discussing the theory that the VBRs may have drifted open at the time of autoshear. Do you recall that?

A. Correct.

Q. And I understand you disagree with that theory; is that right?

A. Yes, I do.

Q. And there's just one point I wanted to clear up on that particular issue. After the autoshear activation on April 22nd, were the casing shear rams closed?

A. Not at that time.

Q. And were they closed at a time later after April 22nd?

A. Yes. During the various ROV interventions at one time they closed the casing shears.

Q. And did you inspect the casing shear ram blocks that were recovered and inspected at Port Michoud?

A. Yes, I did.

Q. Was there anything about the casing shear ram blocks that indicated that the VBRs would have stayed together and not drifted apart at the time of autoshear activation?

A. Yes.

Q. And do you have a slide that identifies that issue?

A. Yes, I do.

MR. COLLIER: And if we can go to D-4810, please.

BY MR. COLLIER:

Q. And if you can explain with D-4810 what are the images that are shown on the bottom of that page?

A. Okay. Let me, first, locate where the casing shears are. The casing shears, which are shown here in the green, they reside between the variable bore rams and the blind shear rams, which is the next cavity above the casing shears.

Upon evidence of the forensic examination at Michoud, if you look at the casing -- the bottom of the casing shear ram which at the time before the casing shear ram was cut, the pipe was intact and the variable bore rams were sealing; and when the casing shear ram was closed that, then, severed the pipe. And the pipe, when it's being sheared by the casing shear rams, will form an oval through the crushing and then the shearing, which is very consistent with that oval you see directly below the blind shear

13:20:32 rams.

13:20:33 And you see the erosion pattern that's coming right out of the pipe directly impinging upon the bottom of the casing shear rams. If the variable bore rams were not sealed, you would not see such a concentrated erosion right at the casing shear blades directly underneath the casing shear.

13:20:51 THE COURT: What is that we're looking on the left? Pictures of what?

13:20:54 THE WITNESS: This is casing shear.

13:21:01 THE COURT: Blades?

13:21:01 THE WITNESS: Yes, sir. This is the lower casing shear blade that would have been directly above the drill pipe when it was sheared.

13:21:06 BY MR. COLLIER:

13:21:08 Q. So moving on, Mr. Shanks, I'd now like to talk about Mr. Childs' theory of force from below. Now when does Mr. Childs contend that the drill pipe was buckled?

13:21:22 A. Mr. Childs' testimony he said the drill pipe would have been lifted and buckled prior to the upper annular closing.

13:21:34 Q. And you were here to hear Mr. Childs' testimony in this trial?

13:21:39 A. I disagree with his testimony.

13:21:41 Q. But you heard his testimony, correct?

13:21:44 A. Yes, I heard him.

13:21:46 MR. COLLIER: And if I can pull up 225104.2.

13:21:46 BY MR. COLLIER:

Q. And this is Mr. Childs' testimony, and it reads, "What force bent the pipe at the level of the blind shear ram?" Which is the question. And his answer was, "The helical buckling from the extreme flow from the bottom buckled the pipe, put it in a bowed position. The tool joint went up against the annular. Once it's in the bowed position, it's at the side of the wellbore." And the next question was: "Now, when do you believe the lifting and the buckling of the drill pipe occurred?"

"ANSWER: There was sufficient lift to buckle the drill pipe right prior to the annular closure."

And is that the testimony you were referencing?

A. Yes, sir.

MR. COLLIER: And if we can turn to the ELMO, please.

BY MR. COLLIER:

Q. And so, according to Mr. Childs, if I draw a line across there, Mr. Childs contends that the drill pipe was buckled at the time of the upper annular closing, correct?

A. Correct.

Q. And Mr. Childs contends that the drill pipe would have been buckled just before and just after the VBRs closing?

A. Correct.

Q. And does Mr. Childs contend that the drill pipe could have continued to be buckled at the time of the rig explosions?

A. Yes.

Q. And does he contend that it would have been buckled still after

the AMF conditions were met?

A. I believe he said it would not.

Q. Sorry, the AMF conditions. At the time of the AMF conditions --

A. Oh, okay. Yes, I'm sorry. The AMF he says it would still be buckled and prevent BSR closure.

Q. And then at the time of autoshear, Mr. Childs' opinion is that there was no drill pipe buckle; is that right?

A. Correct.

Q. Now, for any time between the upper annular closing and through when the AMF conditions are met, according to Mr. Childs, the drill pipe would have been buckled; is that right?

A. That's correct. That was his testimony.

Q. And according to Mr. Childs, at any time the blind shear rams would have been activated between the upper annular closing and the AMF conditions were met, the blind shear rams would have been unable to seal the well; is that right?

A. Yes, that's correct. That was his testimony.

Q. And so I would like to talk now then about these various scenarios where Mr. Childs contends that the drill pipe was buckled. And do you agree with Mr. Childs that the drill pipe in the BOP was buckled at the time of the AMF conditions being met or any time before that?

A. No, I do not.

Q. And have you prepared a demonstrative explaining why you

disagree with Mr. Childs' theory?

A. Yes, I have.

MR. COLLIER: If we can go to D-4949.

BY MR. COLLIER:

Q. And the first statement you have there is that the physical evidence is inconsistent with the force from below theory. Can you explain what you mean by that?

A. Yes. We have evidence of the drill pipe in and around the variable bore area after they were closed. A large force from above shifted that drill pipe downward and that is inconsistent with his theory.

Q. And now, I would like to walk through the various scenarios that you identified as far as the drill pipe buckling and starting with the time of the upper annular closing. And can you explain why your opinion is that the drill pipe would not have been buckled at the time of the upper annular closing according to Mr. Childs' force from below theory?

A. Right. When the upper annular closed even if you look at Transocean's own analysis, it doesn't support the pipe buckling at that time.

Q. And if we can pull up -- well, have you prepared a slide that explains that?

A. Yes.

MR. COLLIER: And if we can pull up D-4818, please.

BY MR. COLLIER:

Q. And can you explain generally what this slide shows?

A. Yes. The basic slide is the slide taken from the Stress report which Transocean used in its analysis in its report -- or used in its analysis anyway. The only difference is that I have superimposed the Sperry Sun drill pipe pressure in the red line, and I had to adjust the times to fit the time -- the horizontal time span that was used in the Stress report.

Q. Can you explain briefly what's the X axis on this graph?

A. It's time from 21:39 until 21:50 hours.

Q. And the Y axis on the left-hand side, can you explain what that shows?

A. Yes. That's the actual force that Transocean says was generated from the flow from below theory acting on the drill pipe. So this is force acting on the drill pipe.

Q. And this is according to Transocean's calculations?

A. The Stress calculation.

Q. And Stress, too, is doing the calculations on behalf of Transocean?

A. That's correct.

Q. And can you explain what the yellow and blue lines are?

A. Right. The yellow line is what Stress calculated as an upper limit force. So for their flow assumptions and calculations, that would kind of be the upper limit of the force. And the blue is the lower limit of the force from their assumptions of calculation.

Q. And so the yellow and blue lines, then, identify the forces

that are acting on the drill pipe based on flow from the well according to Mr. Childs?

A. Yes.

Q. And can you identify what is the black horizontal dotted line?

A. The black horizontal dotted line corresponds to about 75,000 pounds of axial force. That is the force Stress calculated would be required for the flow from below theory to balance the drill pipe weight at the variable bore ram. So 75,000 pounds would have to be generated to lift the pipe before the pipe would go into compression.

Q. And do you have a slide that explains this concept of effective weight?

A. Yes.

MR. COLLIER: And let's bring up D-4608, please.

BY MR. COLLIER:

Q. And starting with the image on the left, can you explain what is effective weight?

A. Right. If you can imagine the top of the pipe at the level of the variable bore rams and the pipe hanging down below it generates a weight, and that effective weight, as shown on the last graph, is about 75,000 pounds; but this is just an illustrative slide. So it has a weight, and because of that hanging weight there is a stretch in the drill pipe just due to its own weight.

Q. And then -- sorry. Go ahead.

A. I'm sorry, go ahead.

13:29:56 Q. And then if you go then to the middle slide, can you explain what you would do to be able to take out the effective weight?
13:30:00 A. Right. What was shown in the -- by the black line that was in the previous slide is that 75,000 pounds of force would have to be generated in order to lift the pipe to the point where the tension is gone in the pipe. No compression yet, but just the pipe now is in neutral tension at the VBR.
13:30:28 Q. And some people refer to that as taking out the stretch of the pipe?
13:30:31 A. Taking out the stretch of the pipe, yes, sir.
13:30:33 Q. And then the image on the right-hand side. Can you explain what that shows?
13:30:37 A. Okay. Once the pipe, essentially, is in a neutral state, it has to be lifted even further, and that's going to take more force to lift it additionally before -- and put the pipe in a large compressive load before you can buckle the pipe. So you got to have -- you got to balance the weight of the pipe to get rid of the tension and then you have to apply an additional large force to buckle the pipe.
13:31:05 Q. And if we can go back to your slide D-4818.
13:31:12 A. Right.
13:31:13 Q. And then with that explanation, Mr. Shanks, can you explain what the black line shows again?
13:31:18 A. Okay. So the black line is the 75,000 pounds required to -- from the flow from below to put the pipe in a neutral position, to

just take the stretch out.
Q. Would additional force, then, be required to put the pipe into a buckled situation?
A. That's correct.
Q. And do you know approximately how much that would take?
A. I believe Stress had a couple of examples they calculated, as far as simply pin-to-pin connection at the VBR to the annular required a little over 50,000 pounds; but a fixed pin situation, which means the variable bore rams actually fix it because it's held rigid in two different places, that would be essentially fixing the pipe laterally. And then pinned at the annular would require a little over 100,000 pounds. So somewhere between 50 and 100,000 pounds additional would have to be generated.
Q. Now, using your slide 4818, can you identify what time the upper annular would have closed?
A. Yes. By -- okay. All of the experts, except Childs agree, the annular was closed at 21:42.
Q. And at that time, according to Transocean's own calculations, what force were they identifying would have been applied to the drill pipe?
A. Well, if you look at the force required or the force present by their own flow calculations at 21:42 is only, like, about 15,000 pounds. Doesn't even equal the weight of the pipe.
Q. Would that have been enough to even put the pipe in a neutral condition?

A. No.
Q. Would that have been enough force to have buckled the drill pipe?
A. No.
Q. And is this according to Transocean's own calculations and the flow rates that it uses?
A. Yes.
Q. Now, Mr. Childs, I believe you testified before, has identified the time of 21:43:40 at the time that the upper annular closed; is that right?
A. That's correct.
Q. Does that have some significance with respect to the graph or your chart, D-4818?
A. Right, yes, it does. Just so happens at 21:43 and 40 seconds is about the time the flow would be -- have enough velocity to take the stretch out of the pipe to generate 75,000 pounds of force.
Q. And at that time, at 21:43:40, according to Transocean's own calculations and its flow rates that it uses, was there enough force to buckle the drill pipe?
A. No.
MR. COLLIER: And if we can just return to the ELMO.
BY MR. COLLIER:
Q. And so, Mr. Shanks, at the time of 21:42 and even according to Transocean's own time of 21:43:40 for the time when the upper annular closed, would the drill pipe have been buckled even

according to Transocean's own calculations?
A. No, it would not.
Q. Now, I would like to turn to your summary slide again, D-4949. And I'd now like to go to the scenario of the time of just before the VBR is closed, which was just before 21:47.
A. Right.
Q. And can you explain why it's your opinion that the drill pipe would not have been buckled at the time of the VBRs closing.
A. Right. The flow rate that was used in the interval between their calculation of 21:43:40 and 21:47 is a flow rate that's unsupported by any model or analysis. Transocean's analysis also does not match the hook load which we have in evidence from the Sperry Sun data which shows hook load.
Q. Now, you have reviewed Stress Engineering's flow rate analysis at the time just before the VBRs closed?
A. Yes, I have.
Q. And am I correct that this is referred to as Scenario 2 in Stress Engineer's report?
A. Correct.
MR. COLLIER: And if we can go to TREX-7696.145.3.
BY MR. COLLIER:
Q. And do you recognize this to be a page from Stress Engineering's report?
A. Yes, I do.
Q. And Scenario 2 identifies: "Just prior to VBR closure at

21:47, the riser is filled with hydrocarbons and the flow is around the work string (no flow through the work string). The flow rate (from [6]) is approximately 60,000 stock tank barrels per day."

Is that your understanding of what Stress Engineering was using for the flow rate at this time of Scenario 2 when -- or just before the VBRs closed?

A. That's correct.

Q. And do you know what Stress Engineering was referencing as Reference 6 with respect to Scenario 2 for support for 60,000 stock tank barrels per day?

A. Yes, I do. The Reference 6 comes from Dr. Emilsen's flow study on the amount of reservoir feeding the annulus in the wellbore. And they used the example that Dr. Emilsen gave of having 86 feet of open reservoir feeding the well when, in reality, the data that matches the flow rate is -- the flow rate that actually matches the models done by Mr. Emilsen was more like 16 feet or less of open hole reservoir feeding the well.

Q. And you heard this during Dr. Emilsen's testimony at trial; is that right?

A. I read the testimony, yes, sir.

Q. And so what does -- what does Dr. Emilsen's testimony indicate to you about the forces from the reservoir and the flow rates that Mr. Childs was using for the forces that he was generating at Scenario 2 right before the VBRs closed?

A. Using a flow from the reservoir that Mr. Emilsen said did not

exist at the time, that the 86 feet would have fed much more hydrocarbons into the well than 15 or 16 feet of reservoir open, so their flow rates have to be much higher than what was actually modelled.

Q. And if we can turn back to your slide, D-4949. And the second point that you have there for the scenario right before the VBRs closing is that: "Transocean's analysis does not match hook load."

A. That's correct.

Q. And can you explain what you mean by that?

A. Yes. We have the Sperry Sun hook load data and we have their assumptions of what force is being generated upward from the drill pipe, and what they say is needed to buckle the drill pipe is not reflected in a reduction in the hook load at the rig.

Q. And let's take a step back and explain what hook load is. And there's been a demonstrative used in this case that explains hook load. Let me bring that up now, it's D-6750.

A. This is actually, I think, used by Greg Childs in his testimony. It's a simplistic look at what hook load is. If you can imagine that there is a big scale, a weight scale hanging at the top of the derrick. And it was supporting the traveling assembly, which is about 27 feet off the drill floor, it would be showing a weight of the traveling assembly of 190,000 pounds, plus this drill string that's hanging below the traveling assembly of 160,000 pounds, so the scale would be reading 360,000 pounds -- 350,000 pounds, sorry.

13:40:22 Q. And was hook load a value that was measured by Sperry Sun?
13:40:26 A. Yes. Measured by and recorded in the data that we have along with the drill pipe pressure and other variables.
13:40:35 Q. And we have the Sperry Sun hook load data for the time before the rig explosions?
13:40:39 A. Yes.
13:40:40 Q. And have you prepared a demonstrative explaining how the hook load is relevant in the context of Mr. Childs' force from below analysis?
13:40:49 A. Yes, I have.
13:40:50 MR. COLLIER: And if we can show D-4924, please.
13:40:50 BY MR. COLLIER:
13:40:55 Q. And I understand this is rather a frightening exhibit, but if you can explain what is shown in the upper left-hand side of this slide.
13:41:06 A. The upper left-hand slide is an effective tension chart for drag load cases, which means this is before the variable bore rams closed and the flow is still coming up the annulus producing Childs' flow from below theory. The slide on the right is after the variable bore rams closed. It's showing -- it's graphing effective tensions for various top tensions of drill string weight. But this would be after the flow is stopped, and the only thing acting -- forcing up is the pressure below the variable bore rams.
13:41:53 Q. And who prepared the two charts that are shown on this slide, D-4924?

13:41:59 A. This was done by Stress, included in their report. And as you can see, they used a variation of different tensions at the top to represent the tension in the drill pipe. They used a lot of different top tensions except where the drill pipe -- the actual weight of the drill pipe.

I might add, too, that Stress didn't draw any conclusions about buckling of the drill pipe under these conditions. They just gave the method of analysis for Transocean to use in their calculation.

Q. Now, what is effective tension?

A. In this case, effective tension is -- if the effective tension is positive, the drill pipe is in tension; if the effective tension is negative, the drill pipe is in compression. So tension would be on the right-hand side of the curve, compression would be on the left-hand side of the curve.

Q. If a drill pipe has a positive value of effective tension, meaning it's in tension, can the drill pipe buckle?

A. No.

MR. COLLIER: And if we can go to D-4819, please.

BY MR. COLLIER:

Q. Can you explain what D-4189 shows?

A. Yes. Since Stress didn't impose the actual conditions of the hook load on their curves, I did. And if you put 160,000 pounds tension at the top, which is the portion of the hook load that represents the drill pipe, the traveling assembly is subtracted off

350,000 pounds and what's left is 160,000 pounds. And if you look at the effective tension curve, as you go down the string, of course, what's causing the reduction in tension is the flow up the annulus; but you can see by their own analysis, if you use the correct top tension, the pipe never goes into compression, so it could never buckle.

Q. And can you identify what the dark dotted line is that has the demarkation BOP?

A. Yes. That happens to be the water depth, so that is the tension -- the dotted line represents the tension in the drill pipe at the BOP.

Q. And based on that, using the hook load data that was actually measured with Transocean or Stress Engineering's calculations, was the drill pipe in tension or in compression at the BOP just before the VBRs closed?

A. It was in tension.

Q. And if a drill pipe is in tension, can it buckle?

A. No.

Q. And you did the same analysis for the scenario where the drill pipe -- or for the time when -- or after the VBRs closed, correct?

A. That's correct.

MR. COLLIER: And if we go to D-4923A, please.

BY MR. COLLIER:

Q. And can you explain what this slide shows?

A. Yes. This after the variable bore rams have closed, and so

they, again, in the Stress report show a series of cases with various top tensions. But again, if you put the top tension just under the traveling assembly or the weight of the drill pipe, so this, again, is a tension curve at the 5,000 feet, at the BOP. And when you put the right tension on, you can see that by this -- the analysis done for this graph, it goes into compression about 50,000 pounds.

But in the report Stress explains that they did not take into account the friction in the variable bore rams, which, if you take that account, the straining force to a force from below of the variable bore rams, it would shift this point well into the tension side. So by not including the friction caused by the variable bore rams to transmit, or resist the transmission of loads, they came -- it's not a correct representation of the actual tension.

Q. Even with 50,000 pounds of compression, would the drill pipe have been able to buckle?

A. It would not have even gone neutral. It would still be in tension.

Q. So according to Transocean's analysis, when applied to the actual data that was measured on the rig, would the drill pipe have been buckled at the time that the VBRs were closed either before or after?

A. No.

Q. And if we can go back to your summary slide, D-4949. And with respect to the scenario of after the VBRs closed, you have a bullet

point that reads, "VBRs isolate force from below." Can you explain what that means?

A. After the VBRs are closed, the force from below is essentially isolated. There is no longer any flow. The only force that is imparted in the drill pipe is from the pressure end loads across the wall thickness of the pipe down at the very end of the pipe.

Q. And do you have a demonstrative that you've prepared that discusses the isolation of force from below?

A. Yes, I do.

MR. COLLIER: If we can go to D-4948, please.

BY MR. COLLIER:

Q. And can you explain what D-4948 shows?

A. Yes. Once the variable bore rams are closed, the pressure, then, is isolated from above the VBRs. So with rams closed, the only force, additional force acting on the drill pipe that could be above the VBRs would be the pressure end loads of the pipe pushing upward. They would have to overcome the friction in the variable bore rams as they're closed around the pipe.

I did calculations for friction forces and restraint loads for the variable bore rams, and what I calculated was the middle variable bore ram since it has the higher pressure than the upper variable bore ram has a frictional resistance of 216,000 pounds. And the upper variable bore ram has a much lower resistance to friction of 62,461 pounds; because while the operators force on the ram rubbers have been locked in by the ST

locks, it still has -- both of them have an additional pressure assist -- the Cameron variable bore rams has a pressure assist feature, so pressure in the bore helps keeps the variable bore rams closed. So the load in the middle VBR is much higher than the load in the upper VBR due to pressure assist.

Q. Once the VBRs are closed, is there any way to be able to buckle the drill pipe in the BOP?

A. No.

Q. Does Stress Engineering support the theory that the closed VBRs would isolate the force from below?

A. Yes, in a separate report they were looking at these forces.

MR. COLLIER: And if we can go to TREX-7696.120.6.

BY MR. COLLIER:

Q. And at the top there it identifies the time frame of 21:47; is that right?

A. That's correct.

Q. And -- well, let me take a step back. Is this a page from one of the Stress Engineering reports on which Mr. Childs relies?

A. Yes.

Q. And the timeframe, again, here Stress is talking about 21:47, the night of the Macondo incident, correct?

A. Correct.

Q. And if we can go to the highlighted section in the second paragraph, it reads: "The shut-in was indicated by the stand pipe pressure rise, while the action of the rams gripping the drill pipe

created a mechanical short circuit. In this condition, loads on the work string were reacted through the BOP, with only residual force variations transmitted to the block; hence, the small fluctuations in hook load."

And is that the reference you were referring to from the Stress Engineering reports?

A. Yes, I was.

Q. And can you explain what that means?

A. It means that the variable bore rams were generating enough frictional restraint on the pipe that Stress is saying that the loads generated -- pressure from below is not getting up into the drill pipe above the variable bore ram.

Q. And is this consistent with what you have seen with respect to the hook load after the VBRs closed?

A. That's correct.

Q. And have you created a demonstrative that shows this?

A. Yes.

MR. COLLIER: If we can go to D-4584.

BY MR. COLLIER:

Q. And can you explain what D-4584 shows?

A. Yes. This is a graph showing the stand pipe pressure differences being modelled and actually measured from Sperry Sun. That's the red and blue curves. The gold curve, looking curve is the hook load from the Sperry Sun data. And as you can see at 21:47 is the reference in the second Stress report that shows the

limited fluctuation of hook load at that time.

Q. And does this support the conclusion that after the VBRs were closed it is unlikely that any force from below would buckle the drill pipe?

A. That's correct.

Q. And if we can bring up the ELMO, please. And Mr. Shanks, we talked already about the time frame when the upper annular closed and that there would not be any buckling of the drill pipe, according to Transocean's own calculations. At the time of the VBRs closing, either before or after, according to Transocean's analysis, would there have been buckling of the drill pipe?

A. Not looking at their own analysis and applying the right top tension, no.

Q. And once the VBRs are closed, would there be any reason to have a buckled drill pipe after the -- or at the time of the rig explosions or at the time of the AMF evacuations?

A. No.

Q. Thank you, Mr. Shanks, we're done with that topic. And just one last topic. If I can go to your summary of opinions slide, D-4803.1. And if I can draw your attention to the last bullet point on that page -- or on that slide, where it says, "The *Deepwater Horizon*'s BOP was appropriately configured for deepwater drilling and suitable for the Macondo well." Have you prepared a slide that explains the basis for your opinion?

A. Yes, I have.

13:54:21 Q. If we can got to D-4803.4. And the first basis that you have there is the BOP had sufficient shearing capacity.
13:54:33 A. That's correct.
13:54:34 Q. And can you explain what you mean by that?
13:54:37 A. The BOP has shearing -- had sufficient shearing capacity for shearing the 5 1/2-inch drill pipe that was used at the time of the incident.
13:54:52 Q. And have you prepared any demonstratives that show your shearing analysis?
13:55:00 A. Yes, I have.
13:55:01 Q. D-4872, please. And if you can explain what D-4872 shows.
13:55:08 A. Basically this is a graph of calculated and actual shear pressures which would -- the plot is -- the vertical axis is stress, shear pressure -- shear pressure, and the horizontal axis is wellbore pressure.
13:55:36 Q. And what do you mean by "shear pressure"?
13:55:38 A. Shear pressure is the actual pressure required to shear the pipe under the conditions at the time that the blind shear ram is demanded to close.
13:55:53 Q. And is this chart generated at any specific water depth?
13:55:57 A. Yes. The chart was generated for a 5,000-foot water depth BOP, which is consistent with the Macondo water depth.
13:56:07 Q. Now, can you explain why the 4,000 is bolded and with respect to the green line?
13:56:15 A. Yes. The 4,000 psi line was the available pressure for

shearing on the *Horizon* BOP.

Q. Now, we'll discuss them each individually, but can you generally explain what the diagonal lines show?

A. Right. The diagonal lines are brown calculated shear pressure and the blue and red are shear pressures from actual shear tests on the same 5 1/2-inch drill pipe that was used on the *Horizon*.

Q. Can you explain why the lines increase as you go from left to right with respect to the wellbore pressure?

A. Right. As wellbore pressure increases, the pressure is acting on the ram rod that's trying to push the ram into the pipe and shear it. So the diameter of the rod is being acted on by the internal pressure of the BOP, and so the higher the pressure, the more pressure it takes to overcome the internal pressure to shear the pipe. So you will see the curves going in an ascending -- or increasing from left to right due to internal bore pressure.

Q. Now, can you explain what the brown line represents?

A. Yes. The brown line is a calculated shear value using Cameron's engineering bulletin 702D.

Q. And what does the legend on the chart refer to with the parentheses, 2857 psi?

A. Yes, that's the calculated shear pressure from EB 702D for shearing the 5 1/2-inch pipe with the parameters that are on the *Horizon*, and that would be at surface ambient conditions sitting in a test lab or something.

Q. Now, if you go to the left-hand side of the brown diagonal

line, it actually intersects 0 at approximately 2,500 psi?

A. That's correct. That's -- that's why we stated that the graph was generated for 5,000 feet of water depth. Under closing the shear rams is one of the very few advantages we get of any deepwater operation, the greater the water depth, the greater the hydrostatic. You get benefit of that hydrostatic helping close the shear ram due to some areas being exposed to hydrostatic that are not balanced in the operating cylinder.

So short story is, you get a net positive effect of deep water for shearing in this case. So if you look at 2857, which was a surface shear value, once you adjust for 5,000 feet of water, that gets shifted down several hundred psi. And for 0-bore pressure in 5,000 feet, it would be 2,500 psi adjusted shear pressure.

Q. So can you explain if you had a wellbore pressure of 5,000 psi, how you would use the EB 702D line that you've identified to calculate what shear pressure you have?

A. At 5,000, if you bring a vertical line up to the calculated EB 702D calculation value, would be approximately 3,300 psi.

Q. And that would be less than the available shearing pressure you would have available for the *Deepwater Horizon* BOP?

A. Yes. We have 4,000 available.

Q. And if you can explain what the red diagonal line shows.

A. Right. The red diagonal line was from an actual test that was done at Cameron in their lab. This was done in 1999. And using

14:00:33 the same properties, size, weights, material of the *Horizon* drill pipe 5 1/2-inch drill pipe, they showed a shear test -- a net shear test value of 2178 psi.

14:00:52 Q. And how are the shear test pressures affected by water depth?

14:00:56 A. Again, they would be shifted down. So 2178 would be about right here, and due to the 5,000-foot water depth or 2,200 and so psi hydrostatic pressure, it would get shifted down several hundred psi to about 1850.

14:01:15 Q. What does the blue diagonal line indicate?

14:01:18 A. The blue diagram was an actual shear test that was done with the *Horizon* BOP at Cameron's facility when the stack was being assembled. The shear test was performed, like I said, at Cameron's facility. And the shear value at that test was 2,700 psi, but also put the notation next to it that that is a closing pressure. And we'll discuss that further.

14:01:51 Q. And so why did you make a notation of closing pressure next to the April 2000 shear test?

14:02:01 A. Cameron's guidelines for determining shear pressure requires that the bore pressure be recorded, the closing pressure be recorded and that the open side pressure be recorded, because all three pressures are important in determining actual shear pressure.

14:02:23 Q. And so why does the open side pressure matter?

14:02:30 A. If you do not measure the open side pressure, you can't adjust the closing side and you will get a false high shear value reading.

14:02:43 Q. And have you prepared a demonstrative that explains this?

14:02:47 A. Yes. I have an example that shows this effect. If you don't take into account all of the pressures, as in Cameron's guidelines for shear test.

14:02:58 Q. If we can bring up D-4925, please. And explain what this shows.

14:03:04 A. This is an example that was -- of a shear test that was actually done with the Cameron SBR. A few things different. This particular rig had a little higher operating pressure of 4,500, but the trends of the curves are the same.

14:03:23 The blue line is the closing pressure that was recorded by a pressure transducer, and at this point is the classical little blip you get for when the shear takes place.

14:03:42 Now, if you look at the pressure on the opening side, you get a corresponding blip which is in line with the closing pressure blip, and that's the pressure in the opening side when the shear takes place.

14:04:00 Now, what's important about that is as the shear ram -- blind shear ram closes and begins to make contact with the pipe and starts deforming it to form its crack, that slows the ram down, and the velocity being expended out -- or the fluid being expended out the other side, the velocity slows down, so the restriction of going out the open side is reduced because the flow velocity is less and so the pressure actually is going down until the shear occurs.

14:04:38 Now, in this example, you can see the significance of

measuring both the open and close. The shear pressure close was 4174 psi, the opening side pressure or the operator was 1269, and they're not a simple subtraction of those pressures, but you have to go back through the pressure areas that is seen through the closing piston of the ram cavity, but they do -- once you net them out, a net shear value of 3,008 psi is the actual shear pressure for that pipe.

Q. And if we can go back to your slide D-4872. Can you briefly explain what that phenomena -- or how that phenomena impacts your interpretation and analysis of the 2000 shear test shown by the blue diagonal.

A. Well, first off, on the red, you can see that that was done properly by Cameron, measuring all of the pressure requirement, and they netted out the shearing value. The blue, only the closing pressure was recorded, which as you saw on the example, if the opening had been recorded and the pressures adjusted, that would have brought the shear value down significantly, as in the previous example.

Q. What equipment was used in the April 2000 shear test?

A. They were only -- oh, the actual equipment was the *Horizon* BOP with the blind shear ram.

Q. Were there any other shear tests performed with the *Deepwater Horizon* BOP?

A. Yes. 2001 a shear test was done onboard the vessel, but unfortunately that shear data was not recorded, or at least we

couldn't find it.

Q. Was it your understanding that the shear test was successful for the blind shear rams and casing shear rams?

A. Yes. Yes, they had a successful test that was documented.

Q. And then getting back to your chart, D-4872, can you explain what the vertical line -- the blue dotted vertical line is on the left-hand side?

A. Yes. The dotted line on the left-hand side depicts the actual conditions of the wellbore pressure at the blind shear ram at the time when the AMF conditions were met. And the pressure was 1,000 psi, as we discussed earlier.

The reason for 1,000 psi was that the hydrocarbons had gotten past the BOP and was up in the riser creating a much lighter density above the variable bore rams and in the blind shear ram area. So 1,000 psi would have been ideal conditions to have sheared the pipe because it would have required much lower pressures to shear the pipe with lower wellbore pressure.

Q. Does that mean at the time of the AMF conditions being met, the *Deepwater Horizon* blind shear rams would have had sufficient shearing capacity?

A. Yes. The margin of pressure available to pressure required was significant.

Q. And can you explain what the dotted line on the right-hand side is?

A. Right. The calculation that has to be done for every APD

application permit to drill submittal is a calculation of the MASP pressure, which is maximum anticipated surface pressure. But in the case of a subsea BOP, it's the maximum anticipated pressure at the BOP.

Q. And the MASP that you're showing there, that was the MASP that was calculated for the Macondo well?

A. That's correct, 8,400 psi.

Q. For the MASP for the Macondo well that was submitted in the APD, did the *Deepwater Horizon* blind shear rams have sufficient shearing capacity?

A. Yes.

Q. And have you reviewed the MASP calculation that was done for the Macondo well?

A. Yes, I have.

Q. And what did you conclude from that review of the Macondo MASP?

A. I found it to be consistent with normal industry practice.

Q. And was the MASP calculation for the Macondo well submitted with the application for permit to drill?

A. Yes, it's listed in the APD.

Q. And did MMS approve the MASP value for the Macondo well?

A. Yes, they did.

Q. Based on this chart, D-4872, what is your opinion regarding the shearing capacity of the *Deepwater Horizon* blind shear ram?

A. That the *Horizon* BOP had adequate shearing capacity to shear the 5 1/2-inch drill pipe that was across the BOP at the time of

14:09:47 the incident.
14:09:47 Q. Now, were you aware of other experts' testimony that the
14:09:51 *Deepwater Horizon* BOP did not have sufficient safety factor for
14:09:54 shearing capacity?
14:09:55 A. I've read the testimony, yes.
14:09:57 Q. And do you agree with them?
14:09:59 A. I do not.
14:09:59 Q. And why do you disagree?
14:10:05 A. First off, the EB 702 calculation that's shown in the brown line is derived from Cameron's engineering bulletin, and they state basically in the bulletin that the calculated pressure using their formulas is a not-to-exceed value. It is a maximum shear pressure ever recorded for that size grade of drill pipe. So it's a very conservative calculation and a not-to-exceed value.
14:10:40 So there's no reason to think that your shear pressure is going to be in excess. And, actually, most of the shear tests I've been familiar with, when compared to EB 702, is kind of like the red line, it usually falls well below the calculated value by the Cameron bulletin.
14:11:00 Q. And did you review Cameron's EB 702D engineering bulletin for your work in this matter?
14:11:08 A. Yes, I do I.
14:11:08 Q. If we could bring up TREX-1199.10.2, please. And do you recognize this document as being one of the components of Cameron's EB 702D?

14:11:19 A. Yes.

14:11:19 Q. And it reads, "Cameron has performed extensive testing over the years to validate and investigate if a tubular is shearable with a given BOP operator configuration. In response to the large variances that have been experienced with required shear pressures, Cameron has performed a complete review of Cameron shear test data. EB 702D has been updated to incorporate a shear pressure predicting formula that generates a shear pressure value. This value is derived from the maximum recorded shear force that Cameron has experienced in a test environment for a given drilling tubular size and material designation." Is that the section of the EB 702D that you were referencing?

14:12:08 A. Yes.

14:12:08 Q. Now, do you agree with the opinion that an additional safety factor should be added on top of the shearing values that are calculated from EB 702D?

14:12:21 A. No, I do not. I feel the 5 1/2-inch drill pipe shear values from testing as well as calculated are sufficient.

14:12:35 Q. And would blade sharpness have been a concern for the *Deepwater Horizon*'s blind shear ram?

14:12:43 A. The blind shear cavities are regularly opened by the drilling contractor when maintenance is done. They change out rubber goods or whatnot. If any abnormal -- anything abnormal looks at the blind shear ram, a dullness or if there's any nicks or whatnot, they will dress them out so that they're in, you know, pristine --

14:13:18 or almost like-new condition. So dullness is not a problem that goes unnoticed.
14:13:24 Q. And have you heard that some experts have testified that sharpness of blades is one reason to add a safety factor?
14:13:32 A. Well, I've read the transcript, but I know from experience that the rig subsea engineers inspect those rams every chance they get.
14:13:44 Q. In your opinion, is blade sharpness a reason to add a safety factor to the shearing?
14:13:51 A. No.
14:13:52 Q. Do you believe EB 702D, Cameron's engineering bulletin, to be the most accurate predictor of shearing pressures necessary to shear?
14:13:59 A. No, no. It's a maximum not-to-exceed value, not the maximum -- or not the anticipated shear pressure.
14:14:08 Q. What do you consider to be the accurate predictor of shearing pressures necessary to shear?
14:14:13 A. If there's any doubt, test them, shear tests.
14:14:16 Q. And have you reviewed the deposition of Cameron's vice president of engineering, David McWhorter?
14:14:21 A. Yes, I have.
14:14:22 Q. And what is your understanding of his opinion on the most accurate way to determine if a certain pipe is shearable?
14:14:29 A. He essentially says, you know, perform the calculations. If there's any doubt, do a shear test.
14:14:37 Q. Were the shear tests performed in 1999, 2000, 2001 still valid

predictors of shear pressure in 2010?
A. Yes.
Q. Why is that your opinion?
A. Essentially the same drill pipe was still on -- the 5 1/2-inch drill pipe was still on the *Horizon* with the same specification and properties.
Q. Do you believe shearing capacity played a factor in the BOP's inability to shut in the well during the Macondo incident?
A. The shear ram?
Q. No, sorry. Let me state the question again. Do you believe shearing capacity played a factor in the BOP's failure to shut in the well during the Macondo incident?
A. Sorry, I misunderstood. No, it did not. There was adequate shearing capacity available for the 5 1/2-inch drill pipe.
Q. Does the physical evidence support that the *Deepwater Horizon* BOP had sufficient shearing capacity?
A. Yes.
Q. And are you aware if other experts that have looked at this issue agree with you?
A. Yes. Three of the other BOP experts agree.
Q. And have you prepared a demonstrative that shows this?
A. Yes.
Q. If we can bring up D-4914. And if you can briefly explain what D-4914 shows.
A. Dr. Rory Davis, Mr. Childs and Dr. Stevick all agree that was

adequate shearing capacity available if the drill pipe had been centered.

Q. Moving topics. If we can go to D-4803.4. And the next bullet point is the "No alternative BOP features were necessary." And are you aware that others have testified that the *Deepwater Horizon* BOP should have had additional features?

A. I've read the testimony.

Q. Do you agree with that?

A. No.

Q. And in your opinion, was it necessary for the *Deepwater Horizon* BOP to have been equipped with any additional features to be suitable for the Macondo well?

A. No.

Q. And some of those alternative features that have been discussed are tandem boosters, acoustic backup system, the Mark III control system and rerouted MUX cables, are you aware of that?

A. Yes, I am.

Q. And do you discuss those features in your expert reports?

A. Yes, I do.

Q. And were any of those additional features necessary?

A. No, they were not. The *Horizon* BOP had adequate capacity as configured.

Q. And do you discuss those opinions and bases in your report?

A. Yes, I do.

Q. And so moving on, we won't talk about those today.

14:17:31 And the last topic, then, on your slide is the "BOP configuration was MMS approved and met industry standards." And do you have a slide that you've prepared on that particular issue?

14:17:44 A. Yes, I do.

14:17:44 Q. And if we can bring up D-4599, please. And can you explain what is shown by D-4599.

14:17:54 A. Right. The components of the *Horizon* BOP consisting of the shear ram configuration, one blind shear, one casing shear, all meet industry and regulation standards and was suitable for Macondo.

14:18:12 The upper annular rated 10,000 psi was approved by MMS, and it is an industry standard, and it was suitable for Macondo. The 5,000 psi stripping annular, the -- MMS approved and it's very much an industry standard and suitable for Macondo.

14:18:33 Two VBRs, again, MMS approved and it's pretty much an industry standard and suitable for Macondo. One test ram, the MMS approved the test ram, and many rigs are running test rams in the Gulf of Mexico, and it's suitable for Macondo.

14:18:54 Q. How do you know that each BOP feature listed on D-4599 was MMS approved?

14:19:00 A. Each of the previous and Macondo application permits to drill were approved by the MMS and they all contained this information in the APD.

14:19:16 Q. Now, in forming your opinion that the shear ram configuration of one blind shear ram and one casing shear ram of the *Deepwater*

*Horizon* BOP met industry standards, did you look at the shear ram configuration of other rigs?
A. Yes, I did.
Q. And if we can bring up D-4876. And can you explain what D-4876 shows?
A. Yes. It's a chart out of my expert report that shows some shear ram configurations of other Transocean North American floating drilling rigs in 2010.
Q. And on this chart, you show certain rigs having two blind shear rams, but no casing shear ram, is that correct?
A. That's correct.
Q. And do you consider a BOP configured with two blind shear rams, but no casing shear ram, to be a superior configuration than a BOP configured with one blind shear ram and one casing shear ram, as the *Deepwater Horizon* had?
A. No, I don't.
Q. And can you explain why that's the case?
A. Right. The addition -- well, having a casing shear ram and a blind shear ram increases the capability of shearing tubulars that are much thicker and much larger in diameter than just the BSR can have.
Q. And do you consider two blind shear rams to have been industry standard on deep water rigs in 2010?
A. No.
Q. Are you aware that Cameron considered 2005 to 2010 to be a new

build cycle for its BOPs?

A. Yes.

Q. And have you seen any information that indicates what the shear ram configuration was with respect to those new builds during that time frame?

A. Yes, I have.

Q. And if we can bring up TREX-7542.3.2. And is this an e-mail between Cameron employees?

A. Yes.

Q. And the subject line is "Rigs with Cameron BOP stack with two shear ram cavities." Do you see that?

A. Yes.

Q. And it reads, "During the current new build cycle (2005-2010), we have booked 38 subsea stacks. 36 of those have one SBR and one casing shear. The remaining two have two SBRs and one casing shear."

And what did you conclude from that particular e-mail?

A. That the standard considered by most was still having one SBR and one casing shear.

Q. And have you looked at other rigs that have been operating worldwide in the Gulf of Mexico as to what their shear ram configuration was?

A. Yes, I have.

Q. And have you prepared a slide that discusses those?

A. Yes, I have.

14:22:18 Q. If we could go to D-4826. And can you explain what you were showing on D-4826.
14:22:27 A. Right. This is an expanded chart from what -- just Transocean rigs. It includes other drilling contractors working in the Gulf at that time.
14:22:42 Q. At the bottom of that note, there is -- or the bottom of the chart, there is a note that reads, "Based on MMS data for well over 4,500 feet water depth and well depth greater than 18,000 feet." And can you explain what that note means?
14:23:00 A. Yes. That's consistent with the capabilities of the *Horizon*, and so these rigs were chosen as a comparable -- comparison to the *Horizon* operating conditions, water depth and total depth wells that have been drilled.
14:23:22 Q. And what is the source of the information that you provided on D-4826?
14:23:25 A. These were taken from application permits to drill in the Gulf.
14:23:31 Q. And what, if any, conclusions were you able to reach based on this chart D-4826?
14:23:40 A. If you look in the right-hand column that -- there's a lot of rigs operating with only one blind shear ram. There are rigs -- some rigs that work with two blind shear rams. Quite a few rig s one blind shear ram, one casing ram, and then there are some rigs that have two blind shear and one casing shear.
14:24:01 Q. And does this indicate the shear ram configuration of the *Deepwater Horizon* BOP of one blind shear ram and one casing shear

ram was industry standard as of April 2010?

A. It shows that it exceeded what a lot of people were having on their rigs and exceeded what the regulatory requirements were. There were quite a few rigs running one blind shear, one casing shear.

MR. COLLIER: And, your Honor, all of the APDs that were the source of this information have been put on our trial exhibit list and have been available to the parties. I don't intend to waste the Court's time by going through those, so we will offer the demonstrative into evidence at the appropriate time.

THE COURT: All right.

BY MR. COLLIER:

Q. In addition to looking at the shear ram configuration of rigs operating on similar wells, have you also looked at what shear ram configurations were being used in 2010 at the time of the incident?

A. Yes, I have.

Q. And have you prepared a demonstrative that shows that?

A. Yes, I have.

Q. If we could bring up D-4644, please. And can you explain what D-4644 shows.

A. Yes. These were APDs that were approved in 2010. There were some rigs already working, and their APDs were approved previously. But these APDs were actually approved during the physical year 2010, and you can see the type shear ram configuration and the water depth and the MASP of which was in the APDs.

Q. Do any of these rigs that you're showing that were approved in 2010 have more than one blind shear ram?
A. No.
Q. What does this chart indicate to you about industry standards in 2010 with regard to shear ram configuration?
A. It shows that a lot of rigs were still running only one blind shear ram and some with casing and some without. And they were still getting approved or APDs were still getting approved by the MMS.
Q. Now, does MMS or now BSEE continue to allow operators and drilling contractors to use subsea BOPs with one blind shear ram?
A. Yes, they do.

THE COURT: Let me ask a question. Go back to your other slide, if you would, the slide before.

MR. COLLIER: D-4826, that slide, your Honor?

THE COURT: Yes. What I would like to know, if you can tell me is, what are -- why is it, if you know, that a number of these rigs have -- are configured with two blind shear rams and one casing shear ram, and some with two blind shear rams, no casing shear rams, and others, like the *Horizon*, with one of each, if they're operating, all operating in the Gulf of Mexico drilling deep water wells? And some different configurations often by the same company.

THE WITNESS: Yes. Kind of when I started out with my qualifications, a lot of times when you sit down -- when a drilling

contractor sits down with an operator, you kind of decide configuration from a group within the operators drilling group and it may be a group within the drilling contractor's group.

THE COURT: You mean a group of engineers?

THE WITNESS: Yes. And they may not be the same guys that are determining the configuration on the next rig. It could be a different group of people. And that's kind of how some of these different configurations get put together. It's kind of the focus of the teams that are working on that particular rig at that time.

But a lot of it, especially like the one blind shear ram, is driven by government regulation. They don't require more than one.

THE COURT: They don't require more than one, but they don't prohibit more than one.

THE WITNESS: No, sir, they do not. As a matter of fact, the new Standard 53 that has come out, published in November I believe, the API standard says you must have two shear rams, one of which must seal. So they're accepting one casing, one blind shear, or two blind shear.

THE COURT: Just as a lay person, it strikes me as odd that the same companies would configure them differently with similar rig, similar operations.

THE WITNESS: Yes, sir. And it's probably because different people configured the rigs, you know, not in one group

configuring all. You probably would see more consistency.

THE COURT: All right. Go ahead, Mr. Collier.

MR. COLLIER: Thank you, your Honor.

BY MR. COLLIER:

Q. Mr. Shanks, do you have an opinion about whether having two blind shear rams would have made a difference with respect to the Macondo incident?

A. No. We know the pipe was buckled and held off center. We know the shear ram could not cut the pipe cleanly and seal the well because of that pipe held forcibly off center. You know, I can't say -- I could not guarantee that that second blind shear ram would have the drill pipe in any different configuration than the first blind shear ram. So it's not a guarantee that two blind shear rams would have made any difference.

Q. And do operators still utilize the one blind shear ram, one casing shear ram configuration?

A. Yes.

Q. And was the *Deepwater Horizon* BOP configuration consistent with industry standards in April of 2010?

A. It was consistent with industry standards and met the regulatory requirements.

MR. COLLIER: Thank you, Mr. Shanks. I pass the witness.

THE COURT: Plaintiffs.

MR. WILLIAMSON: Yes, your Honor. May it please the Court.

CROSS-EXAMINATION

BY MR. WILLIAMSON:

Q. Mr. Shanks, my name is Jimmy Williams. I am with the PSC and I have you on cross-examination. Fair enough?

A. Yes, sir.

Q. Your big theory in this case is off-center pipe. You feel like the BOP failed because the pipe was off center. Do I understand that correctly?

A. Forcibly held off center, yes, sir, not just off center.

Q. And that the blind shear ram blocks, we're talking about the blind shear rams, they could not shear and seal this pipe because it was off center?

A. It was held off center, and so the shear blades could not cover the full pipe diameter and part of the pipe was left outside the shear blades so that the pipe did not get a good foldover which would have brought the cut part out of the sealing area. Part of it remained in the sealing area, yes, sir.

Q. Right. So these particular ram blocks, SBR ram blocks, you know, did not center the pipe to bring it within the cutting blades, and they did not seal since they didn't get it in the cutting blades, right?

A. That's correct.

Q. First of all, just --

MR. WILLIAMSON: Your Honor, may I approach the model?

THE COURT: The what?

MR. WILLIAMSON: The models.

THE COURT: Oh, okay. Sure.

BY MR. WILLIAMSON:

Q. This is obvious --

MR. WILLIAMSON: Your Honor, for the record, these are the models by the plaintiffs, they're 3-D laser models off the Cameron and --

THE COURT: I don't know if your mic is on, since you moved away from the podium. See if the green light is on.

MR. WILLIAMSON: I don't know, Judge.

THE CLERK: It's on the top. Is it on?

THE COURT: On the top there should be a green light.

MR. WILLIAMSON: Sorry.

BY MR. WILLIAMSON:

Q. Okay. If you came over here and looked, the cavity where the blocks fit is wider than 18 3/4 inches, isn't it?

A. That's correct.

Q. Assuming this is to scale -- and I will tell you it is -- for the record, it's D-2774 and D-2775. You know, this would represent -- this is not 18 3/4 because this was built half size to make it more manageable, fair?

A. Right.

Q. But the 18 3/4 inch wellbore is this size and the cavity is actually wider?

A. That's correct.

14:33:37 Q. Okay. And actually you use that as the basis for your opinion that it was feasible to develop a ram block that went all the way across the wellbore?
14:33:45 A. Yes, sir.
14:33:46 Q. That was your opinion in your deposition and on your original reports?
14:33:50 A. Yes, sir.
14:33:50 Q. I'm sure it's still your opinion.
14:33:53 A. Technology was available, yes, sir, to do that.
14:33:55 Q. And as a matter of fact, Cameron in 2005 after they sold this BOP, they developed a ram block that does go all the way across the wellbore called the CDVS, correct?
14:34:11 A. Yes, sir. CDVS was developed for wireline operations.
14:34:15 Q. I'll come back to that in a moment, but my point is very simple. Cameron actually developed a ram block that would go all the way across the wellbore in approximately 2005?
14:34:24 A. Does it go fully across it?
14:34:29 Q. I'm asking you. I think it does.
14:34:31 A. Okay.
14:34:32 Q. According to Cameron's David McWhorter it does, but do you know?
14:34:35 A. Well, he knows.
14:34:36 Q. Okay. His testimony is in the record and I'll refer it to the Court if we need to.
14:34:43 A. Okay.

14:34:44 Q. My point is, that supports your opinion that it is feasible to have a ram block that goes all the way across the wellbore?
14:34:50 A. That's correct.
14:34:51 Q. And it's feasible to have that in 1998 and 1999, that was your testimony?
14:34:58 A. Technology was available.
14:35:00 Q. Right. And it's a problem, according to you, that you don't have a ram block that goes all the way across the wellbore. That's what you said in your report, correct?
14:35:12 A. Correct.
14:35:13 Q. Because what you said was, and we know this from other witnesses here, you know --
14:35:19 MR. WILLIAMSON: I don't want to stand here, Judge. I don't mean to violate the Court's rules.
14:35:23 THE COURT: Are you going to use that or just hold it?
14:35:25 MR. WILLIAMSON: No, I am going to use it.
14:35:30 BY MR. WILLIAMSON:
14:35:30 Q. First of all, this is the bottom blade of the SBR, the particular component I am holding up?
14:35:36 A. That's right.
14:35:37 Q. It's a straight blade across, isn't it?
14:35:40 A. Correct.
14:35:40 Q. It provides zero centering effect, correct?
14:35:44 A. Yes, it relies on the upper.
14:35:46 Q. Okay. This is the upper of this SBR design?

14:35:52 A. Correct.
14:35:53 Q. And it has a slight "V" in it, correct?
14:35:57 A. That's correct.
14:35:58 Q. And so it provides some centering effect but not enough?
14:36:01 A. Correct.
14:36:01 Q. For the Macondo situation?
14:36:03 A. Well, again, the pipe was forcibly held against the wall of the pipe.
14:36:08 Q. Right. I am going to come back to that in a moment. But the point I'm making is, it is obvious -- and this is the reason I walked up here, it is obvious if I take this ram block and look at it on this wellbore that it's not as wide as the wellbore, correct?
14:36:27 A. That's correct.
14:36:28 Q. And that problem is why Cameron developed a CDVS block in 2005 because there could be things that were outside the cutting blade?
14:36:40 A. No. My understanding was it was developed for wireline operations. It was a very close tolerance shear ram around the blade so that they could cut fine strands of wire.
14:36:54 Q. My point is a little different. My point is it is obvious to anybody who looks at the SBR ram block that it does not extend all the way across the wellbore?
14:37:04 A. It was not obvious that it would not shear off-center drill pipe held forcibly against a wall.
14:37:12 Q. Slightly different question. Here is my question -- slightly different answer. My question is: It's obvious it doesn't go all

14:37:18 the way across the wellbore?
14:37:19 A. Okay.
14:37:20 Q. Right?
14:37:20 A. Yes, sir.
14:37:21 Q. It's obvious to anybody who looks, right?
14:37:23 A. Right.
14:37:23 Q. By the way, since I am up here, so I will hopefully get rid of this. This is actually a model of the DVS, right, an alternative that was actually available in 1998, right?
14:37:34 A. Right. But it was also in a Cameron technical alert.
14:37:39 Q. You're testimony is that DVS rams were under a technical alert?
14:37:44 A. In 20 -- in '98 when the *Horizon* BOP was being configured.
14:37:50 Q. You're aware that these are plug and play. All you got to do is change these ram blocks and put them in the BOP that was on the *Horizon*, you agree with that?
14:38:00 A. Yes, sir.
14:38:00 Q. And you also agree that these cut better, you agree with that?
14:38:04 A. They have a slight advantage being a double "V," yes, sir.
14:38:08 Q. Actually, if you actually look at the 1199 numbers and do the formulas, you get a more efficient cutting surface with double "Vs" with DVS, correct?
14:38:17 A. You get an increase in forms, yes.
14:38:19 Q. And you also get better centering capacity, don't you?
14:38:22 A. Yes, you get a slightly --
14:38:25 Q. And that's a common -- I apologize. I didn't mean to cut you

off.

A. That's all right.

Q. And that makes common sense because DVS ram blocks have two "V" blades, not just one, correct?

A. Yes.

Q. It makes sense that they would center the pipe better?

A. They would provide some marginal better centering force, yes, sir.

Q. Right. So that is one possible solution to an off-center pipe is to have a better centering component?

A. The DVS blades do not go all the way across the bore, though.

Q. I didn't ask that question. I asked this question. Let me get back to the podium. It is possible that a better centering solution is the DVS rams since we agree they center better, correct?

A. It marginally centers better, yes, sir.

Q. And they're inexpensive by the standards of drilling offshore, correct?

A. I haven't looked at the price of ram blocks in awhile.

Q. If I tell you the price of these DVS ram blocks, we've already agreed they're plug and play, right? You pull out the old ram blocks, you put these on, you put them in, you agree with that?

A. Yes.

Q. You agree you don't have to change anything to put the DVS ram blocks in?

14:39:49 A. That's correct.

14:39:50 Q. You agree that *Thunder Horse*, the production platform that BP has bragged about being their flagship, what kind of ram blocks are in the *Thunder Horse* drilling unit?

14:40:02 A. DVS.

14:40:03 Q. DVS?

14:40:05 A. Yes.

14:40:05 Q. And by the way, the *Thunder Horse*, while we're on it, has tandem boosters also, right?

14:40:10 A. That's my knowledge.

14:40:11 Q. So on the production platform that BP's drilling, on the *Thunder Horse* they're using DVS rams?

14:40:18 A. Yes, sir.

14:40:18 Q. And by the way, while we're on this, do you agree -- I have Mr. McWhorter's testimony here -- DVS and SBRs are equally robust sealing mechanisms? If I tell you that Mr. McWhorter testified to that, do you doubt it?

14:40:34 A. Well, the DVS has a slightly less sealing rubber, but in his opinion maybe it is as equal. But there is slightly less sealing rubber in the DVS than the SBR.

14:40:51 Q. I didn't ask you if there was less sealing rubber. I asked you if the vice-president of drilling for Cameron, the engineer that they designated their corporate representative here, said the DVS and the SBR were equally robust in sealing, do you disagree with the vice-president of Cameron's testimony?

14:41:06 A. I agree they both seal.
14:41:10 Q. They both seal equally well, that's his testimony.
14:41:13 A. I haven't seen the data to support that.
14:41:15 Q. So you don't know whether the DVS seals equally well as the
14:41:20 SBR?
14:41:21 A. Well, I would assume it would or Cameron wouldn't put it on the
14:41:24 market.
14:41:24 Q. So what we have is we have a DVS ram -- are you aware that they
14:41:30 cost 50 to $100,000 to make this upgrade?
14:41:33 A. No, sir.
14:41:34 Q. Not aware of that?
14:41:36 A. I haven't looked at the cost of rams.
14:41:37 Q. The record will speak for itself. Mr. Irwin's testimony and
14:41:40 Mr. McWhorter both testified to it.
14:41:42 So we have the ram block that seals equally well, costs
14:41:47 50 to $100,000, it centers better and it cuts better; do I
14:41:54 understand correctly?
14:41:55 A. Yes, sir.
14:41:56 Q. And we have a problem because if we have off-center pipe, we
14:42:01 are going to have a failure, correct?
14:42:03 A. Repeat that question.
14:42:06 Q. If we have off-center pipe that stays outside the cutting
14:42:10 blades and does not get centered, we're going to have a failure of
14:42:14 the blind shear rams?
14:42:14 A. If it gets forcibly held outside the shear blades of the SBR,

14:42:21 and there's no evidence that the DVS will shear the pipe being held
14:42:27 outside its sealing surface either.
14:42:29 Q. No. You don't know one way or the other, when you were asked
14:42:33 in your deposition if the DVS would have helped you said, "I don't
14:42:36 know," correct?
14:42:37 A. Well, under the conditions of Macondo.
14:42:40 Q. That's what I said.
14:42:41 A. Okay.
14:42:42 Q. The conditions at Macondo you don't know if a DVS would have
14:42:46 held?
14:42:47 A. I haven't seen data that they can shear against pipe held
14:42:51 forcibly against the wall.
14:42:51 Q. So the answer is you don't know.
14:42:52 A. I haven't seen the data.
14:42:52 Q. Okay.
14:42:52 A. No, sir.
14:42:53 Q. Do you know?
14:42:53 A. I haven't seen the data, no, sir.
14:42:55 Q. Therefore, you don't know since you haven't seen the data. Do
14:42:58 I understand correctly, Mr. Shanks?
14:42:59 A. I don't know because I haven't seen the data.
14:43:02 Q. But we know it gives you a greater chance, even in your
14:43:07 opinion, gives you a greater chance to center the pipe. We know
14:43:11 that, don't we?
14:43:12 A. It has marginal better centering capabilities. But the

question is, the drill pipe held hard against the wall of the BOP, could it shear and seal in that condition.
Q. And by the way, I don't have the CDVS up here, but the CDVS also have double "V" configuration, don't they?
A. Yes.
Q. And they also are more efficient in cutting, aren't they?
A. They have about the same features as the DVS.
Q. And they also have better centering capability, don't they?
A. Same as DVS --
Q. Could I have -- I'm sorry. I didn't mean to cut you off.
A. Same as the DVS, except the CDVS was under a Cameron alert in 2008, 2009, and they're ready working pressure had to be reduced to 10,000 psi.
Q. That alert, which is in evidence, and that alert actually says they won't last as long as the others. That's what the alert says.
A. But the pressure is derated to 10,000 psi from Cameron.
Q. To get more fatigue life. Do you remember the safety alert?
A. I remember reading it, yes, sir.
Q. Right. And it says -- it didn't say the CVS didn't work --
A. No, I'm not saying it didn't work.
Q. -- it's saying their rubbers don't last as long, correct? The rubber elements?
A. I didn't say it didn't work. I said the pressure rating was downgraded to 10,000 psi. I know of no one that would put a pair of 10,000 psi working pressure shear blades in a 15,000 psi BOP.

Q. My question is little different. My question was: The rationale that made the rating by Cameron, the safety alert by Cameron issue, was because of the fatigue life of the packers. Do you disagree with that, or do you remember?
A. I remember. But what difference does the fatigue life mean if you have to downgrade the working pressure?
Q. I would like to answer this question: Do you remember whether the fatigue life was the reason cited by Cameron?
A. I remember fatigue life being an issue, yes, sir.
Q. Right.
MR. WILLIAMSON: Could I have TREX-3974.
BY MR. WILLIAMSON:
Q. Have you seen shear --
MR. WILLIAMSON: Could I have the -- could I have this part right up here, Carl, blown up (INDICATING).
BY MR. WILLIAMSON:
Q. Have you seen this shear test? TREX-3974 is a shear test of a Cameron CDVS ram. Do you see that?
A. Yes, I do.
Q. And it's in November of 2007. Do you see that? Over two years before Macondo, right?
A. Yes.
Q. And do you see what kind of pipe they're cutting with the CDVS ram, that you said -- you said several times it was developed for cable, correct?

A. That's correct.
Q. But what they're cutting in this shear test, they're cutting 10 3/4 inch C110 60.7 pounds per foot casing, correct?
A. That's what it says.
Q. That is big, heavy casing, isn't it?
A. Well, it's not real heavy, but it is big, yes.
Q. It's certainly not cable, let's phrase it that way?
A. Certainly not what, sir?
Q. Cable. Not wireline?
A. No.
Q. And, in fact, after this, they got a high and low pressure seal, right?
A. Yes, sir.
Q. And you now know that CDVS rams have been successfully tested on multiple drill pipe strings and are available to be used in commercial settings for drill pipe operations. You know that, don't you, as you sit here today?
A. Well, Cameron offers it, yes, sir.
Q. And they work, don't they? Don't know?
A. I know at the time, prior to Macondo, the CDVSs were put on Cameron technical alert.
Q. And actually, I would think you would be aware of this because this is totally 100 percent consistent with your opinion that you gave in this case that having such a ram block that covers the entire wellbore was feasible and, in your words, technically

available. Correct?
A. Yes, sir, if it had the same rating working pressure as the BOP.
Q. Now, let's talk about -- we know the cutting blades don't go across the wellbore and we know we have a problem. As a matter of fact, you agree that there is an issue in terms of the forces that connect on drill pipe. Do we agree on that?
A. I'm sorry. Could you repeat that?
Q. Yeah, I didn't ask a very good question. I apologize. Let me ask one more since I am about to go to your report.
You have said in your reports that BOPs are not only supposed to try to prevent blowouts, they are supposed to control blowouts once they occur, right?
A. Yes, sir.
Q. And you believe that, right?
A. Yes, sir.
Q. If I am going to put a BOP on a well, I want it to not only prevent the blowout by getting it activated effectively and early, correct?
A. Correct.
Q. I want it to control the blowout. That's what you think a BOP should be able to do?
A. Well, it's the last resort, that's all you got.
Q. And therefore, that's what you think it should be able to do?
A. Yes, sir.

Q. And you also said -- I cannot find that particular document right now.

MR. WILLIAMSON: Give me two seconds, Judge, I apologize. Could you pull up TREX-8122.

BY MR. WILLIAMSON:

Q. This was the original report you did in this case, wasn't it, Mr. Shanks?

A. Yes.

MR. WILLIAMSON: Would you please go to TREX-8122.050. And blow up that paragraph right there (INDICATING).

BY MR. WILLIAMSON:

Q. These were your words, right? I assume you still believe them, even though you took them out of your amended report, you still believe they're true, don't you?

A. (WITNESS READS DOCUMENT).

Q. Mr. Shanks?

A. I'm reading, sir.

Q. Let me ask you a general question. I am not trying to interrupt you. I want to make sure --

THE COURT: Wait, let him read this.

MR. WILLIAMSON: Yes, your Honor.

MR. COLLIER: And, your Honor --

THE COURT: Wait, neither one of you interrupt. I want to read it, too.

BY MR. WILLIAMSON:

Q. When you wrote this, you had spent a considerable amount of time with the lawyers, you spent a considerable amount of time looking at documents, you spent a considerable amount of time reading all of the reports, right?

MR. COLLIER: Your Honor, if I may lodge an objection. This is part of the withdrawn opinion that Mr. Shanks provided from his expert report, and we have an objection to using the language from it.

THE COURT: Overruled.

BY MR. WILLIAMSON:

Q. You spent a considerable amount of time before you wrote these words in this case in one of the largest environmental cases in United States' history, correct, if not the largest?

A. Yes, sir.

Q. Were they true? Were these words true in your opinion?

A. Yes.

Q. I'm sorry?

A. Yes.

Q. And what you said was, "It is known in the offshore oil and gas industry that drill pipe can become off center in the wellbore." That sentence is right?

A. Correct.

Q. "For example, during drilling operations, the torque and compressive forces on the drill string can cause the pipe to helically buckle." That sentence right?

14:52:37 A. If I can put that in context, that's downhole, yes, sir.
14:52:41 Q. I just want to know if it's true?
14:52:43 A. Yes.
14:52:44 Q. "Forces imparted on the drill string by rig drift, ocean currents and radially nonuniform flow in the annulus can also push the drill string off center in the wellbore." Is that true?
14:52:54 A. Yes, sir. It's just not fixed in the off center, that's correct.
14:52:59 Q. And also, "Emergency disconnect sequence, EDS systems are designed to detach dynamically positioned rigs like the DWH if they move off location." That sentence true?
14:53:10 A. That's correct.
14:53:11 Q. And "Under these conditions, the tension in the drill pipe can move it off center in the wellbore." Is that true?
14:53:18 A. That's correct.
14:53:21 Q. "So for MODUs, in particular, we can have an off-center drill pipe situation in the BOP." Correct?
14:53:31 A. Yes. If I can just expand on that a moment. Under these conditions, especially of the EDS and what not where there could be a riser angle formed, the off-center pipe exists at the flex joint and not inside -- typically inside the BOP. Because if you look at when the off-center drill pipe is used in drilling, the damage occurs from contact with the flex joint and also down in the casing. You don't see damage from case heating in the BOP. When it's off center due to riser angle or whatever, the damage is done,

14:54:10 the flex joint and then down below the BOP.

14:54:13 Q. And speaking of that, because we all know because of multiple testimony in this case, that the hole is not a vertical hole, right? We've heard testimony when we were talking about the cementing that it can spiral in three dimensions as it goes down, right?

14:54:27 A. The holes are not perfectly vertical, no, sir.

14:54:30 Q. Right, and the drill pipes are flexible, we know that from the testimony here, right?

14:54:34 A. That's correct.

14:54:34 Q. And the hole is never completely straight, right?

14:54:38 A. Well, portions of the hole are very straight, some portions are not.

14:54:44 Q. But if we take the hole as a whole, it's common for the drill pipe to be off center, correct?

14:54:50 A. Typically not at the BOP. I mean, within reason. Maybe an inch or two due to drill pipe rotation or little bit of flex on angle.

14:55:02 Q. So it'll depend?

14:55:03 A. Yes, it really depends.

14:55:05 Q. So sometimes it can be off center and sometimes it won't be off center?

14:55:08 A. Generally, when it's off center, it's not off center by very much, unless it's --

14:55:12 Q. But something can be off center at the side of the wellbore?

14:55:16 A. No. Generally, it's not. Generally --
14:55:19 Q. I'm not asking about generally. I'm asking specifically. Is that an occurrence that can happen?
14:55:24 A. Well, specifically, what causes the drill pipe to be off center near the BOP would be riser angle. And when that occurs, the drill pipe's going to be laying against the flex joint, bending around the flex joint and straightening back up coming through the center of the BOP, or close to the center.
14:55:46 Q. Well, what you originally said in your report here, you actually took the position that Cameron, when it designed its blind shear rams had a design defect because it did not have blades that went all the way across the wellbore. Wasn't that your original opinion?
14:56:03 A. It was my original opinion for the conditions at Macondo which forcibly held the drill pipe against the wall. You do not find that in normal drilling operation.
14:56:13 Q. But you can find it?
14:56:15 A. Not forcibly held against the wall, no, sir.
14:56:18 Q. You're thinking Macondo's the only time in the history of the drilling industry that has occurred. That's your testimony in this court?
14:56:26 A. That's the only time that I am aware that drill pipe was forcibly held against the bore of the BOP from buckled pipe or whatever.
14:56:37 Q. Now, in that regard, you also testified, didn't you, in your

deposition, that EDS-2 is a standard industry practice?
A. EDS-1, EDS-2 is a pretty common occurrence on the rig.
Q. What you said was EDS-2 was industry practice. Do you disagree with that?
A. Well, for rigs that have casing shears.
Q. Sure.
MR. WILLIAMSON: Can I have his deposition, .101. Let's see if I can find this, Mr. Shanks. Can I have .101? Up at the top.
BY MR. WILLIAMSON:
Q. This right here his answer, "It's become (VERBATIM) industry practice." "It's been industry practice for a long time before you EDS that you rely on casing shear followed by blind shear to close the well."
Did I read your testimony correctly?
A. If you have a casing shear.
Q. We had a casing shear, didn't we?
A. The --
Q. The *Deepwater Horizon* had a --
THE COURT: Wait, wait, wait.
MR. WILLIAMSON: Sorry.
THE COURT: Y'all are speaking over each other. Let the witness answer.
MR. WILLIAMSON: Yes, your Honor.
THE WITNESS: It's industry practice to have EDS-1 and

14:58:10 EDS-2. And the rig toolpusher chooses the condition of which the well is in.

14:58:19 BY MR. WILLIAMSON:

14:58:20 Q. In this particular rig, EDS-1 refers to a system that closes only the blind shear ram on this rig, right?

14:58:25 A. I'm sorry?

14:58:26 Q. EDS-1 refers to a system that closes only the blind shear ram, are we in agreement?

14:58:33 A. That's correct.

14:58:33 Q. EDS-2 refers to a situation where you close the casing shear then the blind shear, correct?

14:58:39 A. That's correct.

14:58:39 Q. And your testimony was that it is practice for a long time before you EDS that you rely on casing shear followed by blind shear. I'm asking you a very simple question: Was that true when you said it in your deposition?

14:58:53 A. Yes, for rigs that had casing shear. It was a common practice to have the option.

14:58:57 Q. This rig had a casing shear and, therefore, had the option?

14:59:01 MR. COLLIER: Your Honor, if I may object. The fact that the question is not being shown --

14:59:05 THE COURT: What is the question?

14:59:09 MR. WILLIAMSON: Go back one page.

14:59:16 "QUESTION: That's a good point. Do you believe that if an operator concludes that he can only shear the drill pipe that he

is using with the casing shear rams, but not the blind shear rams" --

Go to the next page. Blow up the answer. Right here.

-- "it would be appropriate for the operator to use that BOP on the well?

"ANSWER: It's been industry practice for a long time before you EDS that you rely on casing shear followed by blind shear to close the well."

Show the next question and answer, please.

"QUESTION: That wasn't my question. My question is, in your opinion, Mr. Shanks, do you believe that if the operator understood that he could not shear the drill pipe that was in front of the BOP using the blind shear rams, that it would still be appropriate to use the BOP on that well?

"ANSWER: If you had casing shear rams, yes, sir."

Do I understand that correctly?

A. That's correct.

Q. And one reason you would want to use the casing shear rams before you used the blind shear rams is because the casing shear rams would help protect the blind shear rams, do you agree?

A. Well, the primary purpose would be, for casing or whatnot, to ensure the casing was cut and sufficient time to allow the pipe to get out of the way before the blind shears seal the well.

Q. Right. And another reason would be the casing shears are going to have a better centering capability than the blind shears,

15:00:46 correct?

15:00:47 A. Well, they would -- they would shear the well and they would center it if the pipe wasn't held forcibly off center.

15:00:58 Q. As a matter of fact, the very demonstrative that you showed Judge Barbier a few minutes ago shows that the casing shear rams on the *Deepwater Horizon* show the cut right in the center of the casing shear rams, right? It was a photo you had up?

15:01:12 A. That's right. But you have to look at what the conditions of the inside of the BOP were at the time. That was well after other intervention means had been tried.

15:01:22 Q. And you had actually said, gee, see, right here, the casing shear rams cut this pipe in the center, right?

15:01:30 A. That's because there was no other loads on the drill pipe at that time.

15:01:34 Q. Sure. And, in fact, Cameron -- when you look at their materials, Cameron takes the position that you shouldn't manage the drill pipe before you try to shear it, correct? You agree with that? You cited it in your report.

15:01:51 A. It's in all of the procedures; if you have time, you do manage the drill pipe.

15:01:55 Q. And by managing the drill pipe, what Cameron says is if you want to have your best chance at achieving a shear and a seal, you should manage the drill pipe before you shear, correct?

15:02:06 A. I believe in their procedure is to hang off, which centers the drill pipe, which means closing the variable bore rams around the

drill pipe, which should center it. We know that's not the case in the Macondo.
Q. We know it's not the case, because in Macondo, we didn't use EDS. We didn't get to it early enough. We used AMF, correct?
A. Well, we didn't -- the default was AMF.
Q. Yeah, you're right.
A. They chose not to EDS.
Q. You're right, I asked a bad question. The AMF was a backup system in case you lost control, right?
A. It's an emergency backup, yes, sir.
Q. And, in fact, the Macondo did not have an acoustic system, did it?
A. No, it didn't.
Q. By the way, Oceaneering sells acoustic systems for subsea wells, doesn't it?
A. No, sir, it doesn't sell the acoustic part of the acoustic system. It sells the hydraulic interface to the acoustic system. Acoustic system is provided by others. We just supply the hydraulics.
Q. Now, let's go back on this well -- on this rig. On this rig, the AMF acts as a backup. It's your backup in case you lose operator control on the BOP, correct?
A. If there's a dead ship situation, yes, sir.
Q. And the AMF on this particular rig was not programmed to close the VBR and then close the blind shear ram, was it?

15:03:33 A. It would have been just the opposite sequence. But, no, it was not. However, the technical teams that put together the requirements of the deadman and for the *Horizon* rig discussed all of these options. They chose to go with the reliability by simplicity. And, actually, there was a stress report in 2001 that looked at the deadman system, and they agreed that they should only have the blind shear ram in the sequence.

15:04:15 Q. My question was just simple. On this rig, the choice that was made by BP and Transocean was not to close the casing shear rams and then the blind shear rams, correct?

15:04:27 A. The sequence for the AMF deadman was blind shear, yes, sir.

15:04:33 Q. Right. And it could have been programmed that way had BP and Transocean chosen to, or do you know?

15:04:40 A. Oh, I'm very aware that, yes, it could have, yes.

15:04:45 Q. Could be?

15:04:46 A. Yes.

15:04:46 Q. And you actually know of rigs in the Gulf of Mexico that are rigged that way, correct?

15:04:50 A. Yes, sir.

15:04:51 Q. And, in fact, that's consistent with what you just had in your deposition that it's industry practice that before -- that when you use casing shear followed by blind shear on your EDS system?

15:05:06 A. I'm sorry. Repeat the question.

15:05:07 Q. Sure. Using an AMF system that did CSR BSR would be consistent with your testimony that that is common industry practice for EDS?

MR. COLLIER: I am going to object to mischaracterizing the witness's testimony.

THE WITNESS: You object to what?

MR. COLLIER: I don't believe that was the witness's testimony from the deposition.

THE COURT: Well, I read it. I think we're treading ground over and over again. I've heard his testimony. Let's move on.

MR. WILLIAMSON: Yes, your Honor.

BY MR. WILLIAMSON:

Q. Switch subjects. The upper annular was the first thing that the rig crew closed, wasn't it?

A. That's what the evidence seemed to indicate.

Q. Yeah, that's what you said in your report, right?

A. That's what the evidence indicates, yes, sir.

Q. And when the upper annular was closed -- could I have D-2106. This is a demonstrative dealing with some of that findings out of the Bly report. And you see where it says here that approximately the -- you have seen this curve before, right, haven't you, out of the Sperry-Sun data?

A. Yes, sir.

Q. And it says, and you agree with this, there was a pressure increase due to annular activation somewhere in the 22:42 --

A. 21:42.

Q. -- 21:42 time frame, right?

A. Yes, sir.
Q. And then it says the annular was leaking and it did not seal the wellbore, correct?
A. That's correct.
Q. And your explanation for the spike here is that they closed the variable bore rams, correct?
A. Yes, sir.
Q. So what they did was they closed the annular and they waited to see if it would seal?
A. Yes, sir, that's certainly what the evidence says.
Q. Yeah. And what happened is that decision to close the annular and wait several minutes in a situation where mud is hitting the derrick crown, that resulted in a rapid erosion of that annular, didn't it?
A. Certainly was erosion.
Q. Pull up 40008.29. That's your report, right? Blow this up right here (INDICATING). That paragraph. Do you remember this is your report?
A. Yes, sir.
Q. And in your report, you said, "Based on data available, the BOP's upper annular was activated at 21:41 in response to the mud overflowing onto the rig floor. Drill pipe pressure data indicates that the upper annular remained engaged without sealing the well for approximately five minutes." Do you agree with all of that?
A. Yes, sir.

15:08:13 Q. "This condition would have resulted in the rapid erosion of upper annular's elastomeric sealing element," right?
15:08:21 A. Yes, sir.
15:08:22 Q. Still your testimony to the Court today, right?
15:08:25 A. That's correct.
15:08:25 Q. The decision to close the upper annular and wait resulted in the destruction of the ability of the upper annular to seal the well?
15:08:35 A. That never did seal the well, sir. It was leaking from the very beginning.
15:08:39 Q. By the way, we know that the upper annular had been leaking, right? It was leaking at the negative pressure test, you know that, don't you?
15:08:50 A. It's not uncommon for an annular to leak when you're applying pressure when you're pumping up an annular. You start off with the lowest pressure feasible, and if you see it leaking, then you start increasing the operating pressure, that's common practice.
15:09:11 Q. I know, but a leaking annular is evidence that you've got wear on the annular?
15:09:16 A. No, sir.
15:09:17 Q. Okay. Pull up 1454.23. Have you read the Transocean well control manual on that?
15:09:29 A. I'm not sure if I have. I read a lot of Transocean documents.
15:09:32 Q. Sure. Let's see what Transocean says about that. While we're pulling that up, do you remember whether or not the annular was

leaking when the negative pressure test was done?

A. I know they adjusted the pressure, yes, sir.

Q. Pull up this one, I think it's this one right here. See if I can figure out which paragraph it is. It will be the next paragraph, Carl, I believe. No, I don't think that's the one. No, that's not the right one. Right there.

"Leaking annular preventer will manifest itself by requiring steadily higher pressures to effect a seal during BOP tests and is the first indication that it is worn or damaged and should be changed at the earliest opportunity." You agree with Transocean's well control manual on this?

A. I don't -- it doesn't necessarily say it's worn or damaged, just because it requires higher pressure to seal --

Q. I didn't ask you that. Do you agree with Transocean's well control manual?

A. I agree that these indications need to be investigated, yes, sir.

Q. And are you also aware that the upper annular had been stripped through on April 5th, two weeks before?

A. That's correct.

Q. And are you also aware that the upper annular had not been pressure tested after it was stripped through on April 5th?

A. I don't recall seeing the report.

Q. I should have corrected. I think it's not been high-pressure tested after it was stripped through on April 5th.

A. No.
Q. And so your testimony is when they closed the upper annular, they failed to seal -- the upper annular failed to seal the well because of the erosion and the flow. Do I understand it correctly?
A. No. It never got a seal. So it was leaking due to the tool joint being partially inside the element, which would not allow the element to close around a symmetrical tubular, which prevented sealing from the very initial closure.
Q. And because of the tool joint -- and I think you testified that in your opinion, the tool joint shouldn't have been there, it should have been spaced out?
A. Yes, sir.
Q. Right. Because the tool joint was there, the upper annular didn't close, and this practice of closing the annular and waiting did not work, correct?
A. That's correct.
Q. Are you aware that closing the annular and waiting is BP policy?
A. Well, I think you close the annular and check for flow.
Q. Are you aware that you close the annular and waiting is BP policy?
A. How long you wait, no, sir, I do not know.
Q. Give me TREX-7006. Is that the page number? 7006.1. No. Sorry, your Honor, I'll have to pull it up after the break. Give me Mr. Breazeale, 25049.131.

Do you know who Mr. Martin Breazeale is?

A. I am familiar with the name.

Q. Did you read his deposition?

A. If it's in my report, I did.

Q. And did you know that he is the person that trained the well site leaders for BP, do you remember that?

A. Right.

Q. And do you know what training the well site leaders receive on the BOP?

A. No, sir, I've never attended that course.

Q. And -- but it's my understanding from what you said is you have taught people what they need to look for in terms of the BOP?

A. I'm sorry, what --

Q. I thought you said one of your credentials was you had taught people about the BOP.

A. I taught people about floating drilling equipment, which included discussion on the BOP components, yes, sir.

Q. Let's see what Mr, Breazeale says about BP.

"QUESTION: What's your opinion? When should you use the annular to shut in a well and when should you use the ram to shut in a well, do you know? Do you have anything that you can share with me on that?

"ANSWER: I can't think of a particular answer right now where you -- I can't -- I -- I don't recall right off the top of my head an instance where you would not use the annular.

"QUESTION: What do you teach -- do you teach shut the annular first?

"ANSWER: Yes.

"QUESTION: And what do you teach after that, after you shut the annular?

"ANSWER: As far as what the next step is?

"QUESTION: Uh-huh.

"ANSWER: You monitor pressures.

"QUESTION: And how long should you monitor pressures, or can you tell?

"ANSWER: Excuse me, until they stabilize.

"QUESTION: What if they're going up?

"ANSWER: Then you keep -- you need to wait until they stabilize."

You read that testimony before?

A. I am not sure if I did.

Q. Sure. So when this rig crew closed the upper annular and waited, they were doing exactly what Mr. Martin Breazeale says they should do, the person who trains the BP well site leaders?

A. Well, I can't comment as to the -- what BP teaches its well site engineers, but I do know this probably is not addressing a flowing well of which you shut in the annular on.

Q. Because that's not --

A. And if they would have monitored after closing the annular, they would have seen it was still flowing.

Q. If you have a flowing well, the way you see it, Mr. Shanks, you would not use just the annular to close it in or try to close it in, do I understand your testimony correctly?
A. Me personally?
Q. Yes.
A. Well, I am not qualified to speak for what BP should be doing.
Q. I want to talk about what you know as a BOP guy. You would not use the annular only; you would use a more robust component if you had an actual flowing well where mud was hitting the derrick ground, correct?
MR. COLLIER: Your Honor, object to being outside the scope of his report. Mr. Shanks is not being put forward as a well control expert.
MR. WILLIAMSON: I am asking him as a BOP expert.
THE COURT: Overruled.
BY MR. WILLIAMSON:
Q. That's want I understand you to say? You would want to use the most robust components you have to shut in a well where the mud is hitting the derrick ground; do I understand you correctly, Mr. Shanks?
A. Me, personally?
Q. Yep.
A. I would use everything I had.
Q. You bet.
MR. WILLIAMSON: Your Honor, if you will give us the

15:17:18 break now, I promise you I will shorten up any remaining examination.

15:17:22 THE COURT: I've heard that promise before. Not just from you, I am looking at Mr. Regan over there. He's the culprit I am happy to remember, I'm sure a few others are guilty, too. All right. Let's take a 15-minute recess.

15:17:43 THE DEPUTY CLERK: All rise.

15:17:44 (WHEREUPON, A RECESS WAS TAKEN.)

15:34:53 (OPEN COURT.)

15:34:54 THE COURT: Please be seated.

15:35:01 MR. BROCK: Your Honor, Mike Brock for BP. I just wanted to let the Court know in terms of scheduling. Obviously, we need to finish Mr. Shanks' testimony. He will be followed by Mr. Pat O'Bryan who is fact witness, and Mr. O'Bryan will be followed by Mr. Mitchell who is an expert in the area of admiralty. And those are our remaining live witnesses.

15:35:29 THE COURT: So you're not calling Wecker?

15:35:31 MR. BROCK: We are not calling Dr. Wecker. And I do have about 40 minutes of videotape to play. So we will see where we are this afternoon. If I can work some of that in this afternoon, I'll do that. And then we'll have -- depending on where we are we'll either start Mr. O'Bryan this afternoon or first thing in the morning.

15:35:49 THE COURT: Okay.

15:35:50 MR. BROCK: Thank you, your Honor.

MR. WILLIAMSON: Your Honor, between you and Mr. Regan, I am going with you. I pass the witness.

THE COURT: All right. Okay. Thank you. United States.

MS. CHANG: No questions, your Honor.

THE COURT: Alabama.

MR. MAZE: No questions, your Honor.

THE COURT: Louisiana.

MR. KRAUS: No questions, your Honor.

THE COURT: Transocean.

MR. DOYEN: Thank you, your Honor. Good afternoon, your Honor. Mr. Shanks.

THE COURT: Good afternoon.

MR. DOYEN: Mike Doyen here for Transocean on cross-examination.

Could I have the ELMO, please. So Mr. Collier was kind enough during the lunch break to loan me a copy, I made it, but as a result of that I don't have some additional notations that he made after the lunch break, but otherwise this chart is as it existed around twelve o'clock.

CROSS-EXAMINATION

BY MR. DOYEN:

Q. You indicated, I think, on a number of occasions that you were in disagreement with Mr. Childs, do you recall that generally?

A. Yes, sir.

Q. In fact, you were in disagreement with more than one of the BOP

experts in this case; isn't that true?
A. Yes, sir.
Q. Here at the time of the upper annular I think you indicated you believe that pipe is just hanging straight down the well, correct?
A. Yes, sir.
Q. And you heard Dr. Stevick testify both if his report and in his trial testimony that, in fact, the pipe was already buckled at that point, correct?
A. That was his testimony.
Q. So Mr. Stevick -- I'm sorry. Dr. Stevick, Mr. Childs, Stress and then at the time the VBR closed, likewise Dr. Stevick testified that pipe was buckled at that time, correct? You recall that, don't you?
A. Yes, sir.
Q. And Mr. Childs, Stress Engineering -- and by the way, over at the time of the upper annular, you recall Mr. Perkins, the PSC's expert, testifying that the flow was sufficient at the time of the upper annular to actually lift the pipe up into the tool joint. Do you recall that?
A. That was the testimony.
Q. I'll just put Perkins and then lift. I don't think he said it buckled or not, but it was enough to lift the pipe. And in fact, you heard Dr. Stevick testify that the pipe would be buckled as a result of the flow. Do you recall that, before the closing of the VBRs, the variable bore rams. Do you recall that?

A. Yes, sir.
Q. And then he explained that when the variable bore rams did close to the extent that they exerted frictional force on the pipe, that would lock the already existing buckle into place, correct? Do you recall that?
A. Yeah, something to that effect.
Q. And you do agree, don't you, that frictional force in the variable bore rams can lock in place pipe that's buckled above the variable bore ram; that is part of your theory, isn't it?
A. That's correct.
Q. And finally, you heard Dr. Stevick testify that in addition to the flow of the pipe which would push it up before the variable bore rams were closed, the pressure being exerted up through the pipe once the variable bore rams closed would also contribute to the buckling of the pipe in the BOP. Do you recall that?
A. You're speaking of Dr. Stevick?
Q. Yes.
A. I never saw his analysis, so I am not real sure where his pressure end loads were coming from.
Q. He did testify here at trial. You recall this, don't you, that the pressure coming up the pipe as a result of being locked in with the variable bore rams would cause the pipe to buckle above the variable bore rams?
A. Right. But on the pressure end loads, the drill pipe, the ID area of the drill pipe, that pressure end load is reacted up at the

top of the drill pipe, not at the annular variable bore rams.
Q. Just explaining you disagree with Dr. Stevick, right?
A. Yes.
Q. And likewise, Dr. Stevick and Mr. Childs both agree that the pipe is off center at the time of the rig explosion, correct?
A. Yes, sir.
Q. And at the time of the AMF conditions, a few minutes later, both agreed the pipe was buckled at that time, correct?
A. That was the testimony.
Q. And I don't think either of them addressed the specific question as to whether half an hour later it happened to still be buckled, but we do know Dr. Stevick believes the pipe would still be buckled from the flow and pressure of the well at the time of the autoshear. Do you recall that? Do you recall that, sir?
A. That was in his testimony.
Q. And I believe that is the only place where he and Mr. Childs disagreed as to the buckling theory, whether it was still buckled 40 hours later at the time of the autoshear. Do you recall that?
A. Was that a question?
Q. Do you recall that?
A. Oh, yes, sir.
Q. Now, you did some analysis in your report as to whether or not a second blind shear ram would make a difference in Macondo. Do you recall that?
A. Yes, sir.

Q. And you concluded that based on the position of the pipe in the well, in the BOP at Macondo, a second set of blind shear rams would not make any difference. Do you recall that?
A. I said it would not guarantee it would make any difference.
MR. DOYEN: Let's call up TREX-61107.58.1.
BY MR. DOYEN:
Q. This is an illustration that's included in your report showing the drill pipe offside down at the place where the actual BSRs were located, that's the lower location, correct?
A. That's correct.
Q. And then you've indicated where the pipe would be offside if there had been a second set of blind shear rams further up the drill string, correct?
A. Yes.
Q. And you're talking about this in the context of your theory that what buckled this pipe was the force from above, correct?
A. Correct.
Q. Now, this is an illustration from a finite element analysis, correct?
A. This was from some modeling, yes, sir.
Q. Well, and it was from some modeling by DNV, wasn't it, that the position -- showing what position the buckled pipe would be in as a result of force from below; isn't that correct?
A. Well, it shows the drill pipe to be off center, yes.
Q. Sir, you copied this chart here on the left-hand side that

shows the pipe being off center from the bottom all the way up through the blind shear ram and up to the top that slight bend, and all of those numbers we see and the little caption, you copied all of that from DNV's report, correct?

A. Yes, sir.

Q. And DNV offered this as the output of the finite element analysis they did, correct?

A. Correct.

Q. And they did that finite element analysis based on force from below, correct?

A. Um.

Q. Don't recall that?

A. I vaguely recall that.

MR. DOYEN: Let's pull up TREX-43093.169.1.

BY MR. DOYEN:

Q. This is a description, two pages before in the same section of the DNV report where you copied their chart explaining the critical loads were calculated by applying incremental axial loads to the bottom of the drill pipe until the point of instability was reached. Referencing Figures 128 and 129.

MR. DOYEN: Why don't we pull up Version 2 of that, 43093.169.2.

BY MR. DOYEN:

Q. So we can see the DNV chart that you've copied, Figure 129 which occurs over on page 170 and 171, is what is referenced by DNV

in their modeling that you've copied showing force from below. Do you see that?

MS. CHANG: Your Honor, we object to this line of questioning to the extent it calls for DNV's conclusions and analysis.

MR. DOYEN: Your Honor, may I respond to that?

THE COURT: Yes.

MR. DOYEN: Your Honor, I think this is data and analysis of the sort the Court has permitted. In any event, the witness is using it as support. He is using a model that was prepared to show force from below --

THE COURT: I'll overrule the objection.

MR. DOYEN: Thank you, your Honor.

BY MR. DOYEN:

Q. It is a fact, is it not, that DNV reported that based on this analysis that the circumstances at Macondo at the time the crew closed the variable bore rams were sufficient to buckle the pipe? Isn't that what DNV reported based on this analysis?

A. Yes, in that bottom wording that you highlighted said, "At a critical axial load of 113,568."

MR. DOYEN: Let's pull up TREX-43093.167.1.

BY MR. DOYEN:

Q. DNV reported on this modeling, "Upon the closing of the upper variable bore ram, the upward force provided by forces necessary for the drill pipe to elastically buckle, forcing the drill pipe to

the side of the wellbore --" I read that wrong, sounded garbled?

"Upon closing the upper variable bore ram ... the upward force provided the forces necessary for the drill pipe to elastically buckle, forcing the drill pipe to the side of the wellbore." Do you see that?

A. That's what they say.

MR. DOYEN: And let's look at 43093.171.1.

BY MR. DOYEN:

Q. Based on the same modeling DNV reports that: "Based on the conditions likely present in the wellbore at the time of the incident, calculations indicated the force needed to buckle the drill pipe was present." Correct?

A. That was their opinion.

Q. And that was including upward friction force from the flow inside the drill pipe, upward force from reservoir pressure in excess of the buoyancies acting on the drill pipe. Do you see all of that?

A. Yes.

Q. You reviewed Stress's calculations to determine whether or not there was -- I'm sorry. Let me strike that and start that over.

You understand Stress did some calculations to determine whether or not there was sufficient flow and pressure in the well to buckle the pipe, correct?

A. Stress did flow calculations, yes. Some of the conclusions they left to Transocean to draw from their work.

Q. Stress also stated in places that there was sufficient flow to buckle the pipe, did they not, sir?
A. I think the curve showed that 21:43:40 there was sufficient force from their graph to take the tension out of the pipe.
Q. Stress concluded in its report that there was sufficient pressure and flow by the time the crew closed the variable bore rams to cause buckling, correct?
A. Could you bring that up?
Q. Well, let me ask you this, sir. You looked at Stress's calculations, correct?
A. That's correct.
Q. And you, in fact, recreated Stress's calculations; isn't that correct?
A. Some of them, yes, sir.
Q. And you agreed, you said, with the way they did their calculations. You just disagreed there was enough force -- enough flow to produce the forces they said; isn't that true?
A. Well, the flow calculations, which I reviewed, I agree with their methodology. I don't agree with their results being a practical flow rate; because at the time of 21:43:40 and beyond, the flow rate goes to two-and-a-half million barrels a day which is unrealistic, so how could the rest of the curve be realistic.
Q. I just want to make sure we're clear on this. You recreated Stress's calculations to see whether there was sufficient flow to create buckling force from below, correct?

15:50:42 A. No. The reason I recreated their calculations was to see the flow effects across the entire time period up until the explosion, and that's where it was obvious that the flow rates were not reasonable.

15:51:00 Q. You agreed with their calculations with the exception that you disagreed with the flow rates, correct?

15:51:07 A. Yeah, I disagree with a lot of the flow rates, yes, sir.

15:51:11 Q. And that's because, as you said just a moment ago, the flow rates Stress was assuming going through the BOP were two million barrels a day, correct?

15:51:21 A. Well, Stress, when they did the flow calculations, they were calculating flow at the surface and not across the BOP. So the flow at surface is not representative of flow at the BOP because of the gas expansion going up the riser and out --

15:51:44 Q. Didn't you testify -- sorry. I didn't mean to interrupt. Were you finished?

15:51:47 A. And out the riser.

15:51:48 Q. Didn't you testify, sir, that you rejected Stress's calculations because two million barrels a day flowing from the well is not feasible?

15:51:57 A. It's not.

15:51:58 Q. So you agree. You believe that Stress was assuming that there were two million barrels flowing through the well, correct?

15:52:06 A. That was Stress's calculation coming out the top. I believe in the flow calculations that they used beyond 21:43:40 they shifted

to a different flow model.

Q. Stress never said there were two million barrels of oil flowing through the well, did they?

A. If you take their curve and plot the data, it does.

Q. We'll come back to their curve in just a second. Let's look at the numbers Stress actually used. You're talking about the curve for flow at the surface, correct?

A. Yes, sir.

Q. We'll come back to that in just a minute. Let's look for the moment at the flow Stress actually talked about occurring in the wellbore, okay?

A. Okay.

Q. Are you with me?

A. I'm with you.

Q. Stress did a calculation at 21:43. They did a calculation for the circumstances at 21:43, 9:43 in the evening, to determine what the flow rate in the well was and whether that was sufficient to lift the pipe and buckle the pipe, correct?

A. They performed calculations, yes, sir.

MR. DOYEN: And let's pull up TREX-50150.145.1.

BY MR. DOYEN:

Q. This was Scenario 1: "The flow rate just before the apparent closure of the annular is calculated at 21:43:15." And then I am skipping to the highlighted portion. "The hydrocarbon density is approximately three pounds per gallon corresponding to 36,043 stock

tank barrels per day." Do you see that?
A. Yes, sir.
Q. That was the flow rate Stress used in their calculation as to what the flow was in the well at the time the crew closed the annular. Correct?
A. That was Stress's calculation.
Q. Now, Stress was not the only expert to think that there was sufficient flow in the well at that time to lift and buckle the pipe, were they? They're not the only expert to reach the conclusion that the flow in the well, 21:43, was sufficient to lift and buckle the pipe; isn't that true?
A. Stress is the only one I'm aware of that did that calculation.
Q. Well, you saw that Mr. Stevick had the same opinion, correct?
A. He had the same opinion, but he didn't show any analysis.
Q. So you don't know what his analysis was. You know he didn't rely on Stress, don't you?
A. I assume he did because he didn't produce any analysis.
Q. You didn't see his deposition testimony saying he didn't rely on Stress? Did you review that?
A. Well, I didn't see his analysis.
Q. You understand that at 21:47 Stress also did a calculation to see whether there was sufficient flow in the well to lift and buckle the pipe, correct?
A. At what time?
Q. 21:47.

A. 21:47, yes, that was flow calculations using a different method.

MR. DOYEN: Let's turn to TREX-50150.145.2.

BY MR. DOYEN:

Q. This is Scenario 2 where Stress says, "Just prior to closing the variable bore ram at 21:47, the riser is filled with hydrocarbons and the flow is around the work string (no flow through the work string)." Do you see that?

A. Yes, sir.

Q. And then it says, "The flow rate," and gives the source, "is approximately 60,000 stock tank barrels per day." Correct?

A. I believe Stress took that modeling from one of the BP reports.

Q. From Mr. Emilsen's report?

A. That's right. We discussed during direct that flow was from an 86 feet of open pay --

Q. We're going to go to that in just a second. They did not use two million barrels a day for their flow rate, 21:47, did they, sir?

A. No, they changed method of flow rate. They went from the calculation they had done for calculating prior to 21:43 to using Emilsen's model after.

Q. So at 21:43 Stress used 36,000 barrels a day, correct?

A. That's what the report says.

Q. Not two million barrels, right?

A. The report says 36.

Q. And then a few minutes later at 21:47 they're using 60,000 barrels a day, correct?
A. But we know that the reference is not from the actual conditions of the well flowing at that time.
Q. Let's go -- let's go -- first, let's compare these two numbers to the very source you're talking about, Mr. Emilsen's report for BP. So at 21:43 we just saw --
MR. DOYEN: Let's put it up again, 50150.145.1.
BY MR. DOYEN:
Q. All right. So 21:43 Stress is using 36,000 barrels a day, correct?
A. Correct.
MR. DOYEN: Your Honor, if I can put a chart up over here so we can have a couple of things up at the same time. This is just a blowup version of TREX-2388.1, one of Mr. Emilsen's charts showing the flow in the well along this -- I would say dark blue line but it looks kind of black here.
BY MR. DOYEN:
Q. Do you see that flow line?
A. Yes.
Q. So indicating at 21:43, I'll take 21:42, looks like peak, maybe 27 barrels per minute. Do you see that?
A. Yes.
Q. And per day that's about 39,000 barrels a day, correct?
A. I didn't do that calculation.

Q. Well, we can bring up a quick calculator, it doesn't take very long. Mr. Nichols.

Twenty-seven barrels times 60 for the hour times 24 for a day, 38,880, call that 39,000 stock tank barrels a day. Do you agree with that?

A. I don't disagree.

Q. And I think you indicated on direct that it made a considerable difference here whether we were talking about 21:42 or 21:43, if I can come up to the chart here. It looks like at 21:43 we're maybe -- this is a ten-minute interval, so that would be 21:45, so we are maybe somewhere around 26 barrels a minute; a couple of minutes later, 25 minutes, 25 barrels a minute by 21:45.

And what is 26 barrels a minute, Mr. Nichols? Twenty-six times 60 times 24. 37,000 barrels.

And even if we go a little bit further out there, 25 barrels, what's that per day? 25 times 60 times 24. 36,000 barrels per day according to Mr. Emilsen. All of those numbers, whether they're at 21:42 or 21:43 or 21:43 and 40 seconds, or 21:45, we still have flow 36,000 stock tank barrels a day, correct?

MR. COLLIER: Your Honor, I am going to object. This is not the chart that Mr. Shanks has used or looked at or in any way referenced. Mr. Shanks was using the information that was provided by Stress Engineering, not Dr. Emilsen's report.

MR. DOYEN: I think I am entitled to show him.

THE COURT: I'll overrule the objection.

16:00:38 BY MR. DOYEN:

16:00:39 Q. You said you read Mr. Emilsen's testimony. Did you mean you read his trial testimony or his deposition testimony?

16:00:45 A. I read some of his trial testimony.

16:00:47 Q. You saw his testimony where he explained what we're talking about here when we're at 25 barrels, 27 barrels, 39,000 barrels a day is actually just the liquid flow at the surface, on top of which we have a whole lot of gas coming out. You saw that, didn't you?

16:01:08 A. Prior to -- I saw two columns or three columns that he had there, yes.

16:01:25 Q. Do you recall him testifying that to understand what's happening in the well we need to multiply that figure there by 2.14 to understand the liquid flow in the well from the bottom to just below the BOP. Did you see that testimony?

16:01:42 A. I may have read it. I am not sure.

16:01:45 Q. Do you recall him testifying that to understand the flow in the well when it says 39,000 barrels per day, according to that chart, the actual flow in the well is 80,000 barrels per day. Did you see that?

16:01:58 A. I used my -- I used the Stress curves provided to determine what the force was on the drill pipe during -- prior to 21:43:40, which shows that the sufficient force is not present.

16:02:16 Q. Sir, you cited Mr. Emilsen's report in your report for a flow analysis, correct? You cite and rely on Mr. Emilsen's flow

analysis in your report; isn't that true?

A. For certain times, yes.

Q. You think it's good for certain times and not good for other times? You accept Mr. Emilsen for the first 20 minutes but don't accept him for the rest; is that your testimony?

A. I didn't look at Mr. Emilsen before 21:43:40. I was looking at the Stress report and was calculating the forces applied to the drill pipe.

Q. So you didn't look to see whether or not the flow rates that Stress is using in its analysis are consistent with Mr. Emilsen's analysis for the flow in the well which you also cite in your report; is that correct?

A. No. I was looking at the Stress report where they calculated what the forces on the drill pipe were. And then for the -- from 21:43:40 to 21:47 it was a different flow calculation.

Q. You don't have -- you didn't do your own flow analysis of the well, did you?

A. No, I did not. It wasn't part of my responsibility.

Q. If Mr. Emilsen, therefore, testifies that at 21:42 the flow in the well is 80,000 barrels per day, you don't have any basis for disagreeing with that, do you?

A. I accept Mr. Emilsen's report and his testimony.

MR. DOYEN: Let's call up TREX-50150.132.1.TO.

BY MR. DOYEN:

Q. This is the table that you were talking about before from

Stress's analysis where they calculate the surface liquid flow rate, correct?
A. Correct.
Q. And that shows, that although the rate starts pretty low down there at 40 barrels per minute at 21:30, do you see that up at the top?
A. Yes, I do.
Q. By the time we get to the bottom, 21:46:30, just before the crew closed the variable bore rams, fluid is being ejected from the pipes up at the surface very, very, rapidly, isn't it?
A. I'm sure it was.
Q. And that's what's reflected in this report, correct?
A. Yes. But the time span doesn't go all the way out to -- to closure of the variable bore ram.
Q. I'm sorry, were you done?
A. Yes, I was just saying that the time span didn't go out to the closure of the variable bore ram.
Q. This chart is simply calculating how long it takes to blow all of the mud and water out of the well, do you understand that? Stress determined that it happened by 21:46:30. Do you see that?
A. I don't see that conclusion stated.
Q. Well, I will just represent that's why this is in the report, it's an analysis of what happens over that several-minute period prior to gas reaching the rig which Stress says happened at 21:46 and 30 seconds. Do you understand that was their conclusion?

16:06:12 A. I didn't understand that to be the point of the graph in the report.
16:06:15 Q. You do know that Mr. Emilsen also concluded that gas reached the rig right around 21:46?
16:06:25 A. I accept his conclusion.
16:06:28 Q. You don't have any reason to think the gas arrived any earlier than that, do you?
16:06:32 A. Part of my responsibility was not to calculate when the gas reached the surface.
16:06:39 Q. You do understand, however, don't you, that as gas gets into the riser, it expands quite dramatically, doesn't it?
16:06:47 A. Quite exponentially as it nears the surface.
16:06:52 Q. That exponential expansion of the gas is what ejects the liquids above it so quickly from the well, correct?
16:06:59 A. Yes, as gas expands, the velocity increases at the surface.
16:07:03 Q. So we would expect liquids to be coming out of the surface of the well very much faster than down inside the well, correct?
16:07:11 A. That's correct.
16:07:12 Q. Did you see Mr. Emilsen's testimony that when he was explaining his multiplier, we have a barrel of oil that comes in at the formation, two barrels, one of that boils off into gas as it goes up right around the point of the BOP, do you recall that? You are familiar with that phenomenon, aren't you?
16:07:33 A. Very well.
16:07:34 Q. And he explained that one barrel, that gaseous substance that

would be one barrel down inside the well would become 500 barrels of volume by the time it reached the rig, correct?

A. That's correct.

Q. And that pushes the stuff above it out very, very rapidly, doesn't it?

A. Right, that's velocity at the surface, not at the BOP.

Q. Understood. What we just saw a minute ago is that when Stress did its calculations at 21:43 and 21:47, it wasn't using these surface velocities, was it?

A. I believe the 21:43 was, but the 21:47 was using the Emilsen's flow rates, which were at the surface.

Q. Emilsen's figures here are 80,000 barrels a day in the well, do you understand that?

A. I understood that to be at the surface.

Q. You didn't see his testimony on that that the 39,000 barrels of oil coming out at the surface, we would have doubled that in the well? You don't recall that?

A. No, I don't recall that.

MR. DOYEN: One minute, your Honor.

Could we pull up trial testimony transcript 7859, lines 1 through 13.

Question of Mr. Emilsen:

"QUESTION: So the flow into the wellbore at 21:42, the flow into the wellbore at 21:42, isn't 26 barrels per minute; it's something a little bit more like 55 barrels per minute, correct,

into the wellbore?

"ANSWER: Yeah, that's correct."

And there's some interchange. We pull up a calculator here.

"QUESTION: So at 55 barrels per minute, we can calculate that into a daily flow rate. That is take 55 times 60 to give us an hour; then times 24 to give us a day. So we're 80,000 barrels per day into the wellbore, correct?"

And let's see the answer on line 13. Can we do that?

"ANSWER: Yes."

Did you read that testimony?

A. Yes, I read through it.

Q. You don't disagree with Mr. Emilsen's analysis of his own chart and findings, do you?

A. No, sir.

Q. We were talking earlier today about the hook load. Do you recall that subject generally?

A. Yes, I do.

Q. And we had a vegetable scale up on the chart over here as an illustration.

A. We used y'all's scale.

Q. I'm flattered. That was my demonstrative.

I want to make certain I understand a little bit about how that measures the weight, because another thing that we haven't talked about so far is that the hook load as it exists out there in

16:11:16 the rig isn't measuring something that's hanging there in the air, correct?
16:11:21 A. No. It's measuring what's hanging off the -- off the whole lower block assembly.
16:11:28 Q. That was a terribly unclear question. What I meant was the thing that it was weighing, which is the weight of the drill string, most of that drill string is in some form of liquid, correct?
16:11:40 A. That's the actual -- well, the total hook load at the top was 360,000 pounds.
16:11:48 Q. I am just trying to understand --
16:11:50 A. 350,000.
16:11:51 Q. -- the mechanical configuration here. The hook load is holding onto the drill pipe, correct, and then the drill pipe -- most of the drill pipe is below the surface of the ocean, correct?
16:12:02 A. Inside the riser.
16:12:04 Q. Inside the riser, which is full of fluids, correct?
16:12:06 A. That's correct.
16:12:06 Q. Water or mud or something, correct?
16:12:08 A. That's correct.
16:12:08 Q. And then down all the way down into the wellbore as far as it goes?
16:12:13 A. That's correct.
16:12:14 Q. And whatever fluids are down there, correct?
16:12:17 A. Yes.

16:12:18 Q. And the fact that those fluids are there makes a big difference on what the hood load registers, correct?
16:12:26 A. That's correct.
16:12:26 Q. Because the fluids have a great buoyancy effect?
16:12:29 A. I don't know about great, but it does have a buoyancy effect.
16:12:33 Q. It may not be enough to make it float, but it does exert upward pressure?
16:12:39 A. There is a buoyancy effect of having tubulars and liquid.
16:12:43 Q. The same thing would happen to you or I if we were for some reason standing in the pool, say, of four feet of water on a scale, we would weigh less, according to the scale, than normal, right?
16:12:57 A. That's correct.
16:12:57 Q. We would get a reduction as a result of the buoyancy?
16:13:00 A. That's correct.
16:13:00 Q. And if we took it into our head for some reason to replace our pool water with drilling fluids, we would weigh even less, right, because the drilling fluids are heavier?
16:13:12 A. Similar to why you float in a salt lake.
16:13:15 Q. Correct. So we get even more buoyancy out of drilling fluids than out of the water, correct?
16:13:20 A. If they're heavier than water.
16:13:22 Q. Yeah, if they're heavy than water. And we can engineer those to be whatever we want, correct?
16:13:27 A. That's correct.
16:13:27 Q. The drilling fluids that were being used at Macondo were

heavier than water, correct?
A. That's correct.
Q. So as the crew was displacing the heavy fluids, that tended to reduce the buoyancy, the buoyancy impact on the drill line, correct?
A. That's correct.
Q. And the weight, therefore, as reflected on the hook load would tend to increase, correct?
A. That's correct.
Q. And that would be happening especially in those last few minutes when all of the fluids, all of that heavy mud from the bottom of the well is being pushed out onto the rig, and what's coming into the riser is gas, correct?
A. Which time interval are you speaking of?
Q. We're speaking to the period just before gas reaches the surface.
A. Which was?
Q. Gas reaches the surface, parties believe, somewhere around 21:46 and a little change.
A. Okay.
Q. So in the minutes before that, as all of those heavy fluids are being evacuated, the hook load is going -- the hook load would be increasing, right, because the weight -- the registered weight will increase as the buoyancy is going down, correct?
A. Yes, that's correct.

16:14:39 Q. Let's look at TREX-51050.112.1. Did I call it out incorrect? You saw Dr. Stevick's testimony. Let's step back a second and make certain we're still on the same page.

16:15:24 The hook load is the line in orange that starts up near the top of the page on the right-hand upper quadrant, correct?

16:15:32 A. That's correct.

16:15:32 Q. And then declines from somewhere around 390 to somewhere around 340, correct?

16:15:40 A. That's correct.

16:15:41 Q. You have a 50,000-pound reduction in the hook load, correct?

16:15:44 A. That's correct.

16:15:44 Q. And you saw Dr. Stevick's testimony that this reflected the upward force being exerted by the flow of the well, correct?

16:15:52 A. That may have been his testimony. It's not my interpretation.

16:16:00 Q. You understand that during this period of time, the well -- the riser is being evacuated, all of heavy fluids are being blown out of it, correct?

16:16:11 A. Right.

16:16:11 Q. And it's being replaced instead with very much lighter gas, correct? Gas and oil?

16:16:17 A. It's a mixture. It's not just pure gas.

16:16:20 Q. But it's a lot lighter than the heavy drilling fluid, correct?

16:16:24 A. It's lighter than the drilling fluid, yes.

16:16:26 Q. And we can do a calculation for how much decrease in buoyancy there would be during that interval on this pipe, is that correct?

16:16:33 A. That's correct.
16:16:34 Q. It's about 65,000 pounds, isn't it?
16:16:36 A. Is that taking into account the pressures exerted from the closed annular?
16:16:46 Q. You haven't done the calculation in your report, have you?
16:16:48 A. No.
16:16:49 Q. So we need to understand -- if we want to understand how much force is being applied that results in this 50,000 decline, the pipe being lifted up, we also need to account for the fact that what should be happening is this line should be increasing as a result of the decreasing buoyancy of the well. We have replaced the heavy fluids, we're filling this with lighter fluids, weight should be going up?
16:17:23 A. Not if you take into account that the ID of the pipe with the pressure that's being built underneath the annular is causing a vertical force at the top of the pipe --
16:17:42 Q. Sir --
16:17:44 A. -- at the top of the pipe, not at the bottom of the pipe. So you're seeing a direct result on the hook load from the pressure below the annular.
16:17:55 Q. Your report hasn't done any calculation to determine how much the reduction in these various forces are, does it? You haven't done a buoyancy calculation, you haven't done a pressure calculation?
16:18:09 A. Not that I show in my report, no.

16:18:33 MR. DOYEN: Your Honor, I slipped some papers inside the stand here. One minute.

16:19:26 Could we pull up 41060.1.

16:19:26 BY MR. DOYEN:

16:19:35 Q. This is an IADC report of April 6, and let's highlight the first text line there. I don't need that much of it, okay. And then the line across the top that begins with "(M) (on) continue to strip out of hole," could you highlight that?

16:19:58 A. Would you show me the date and time.

16:20:01 Q. This is April 6.

16:20:01 A. All right.

16:20:04 Q. This just goes back to a question that Mr. Williamson was asking you about before that I'm not certain you know all that much about, which is what was happening back on April 6 and whether the crew was stripping through the upper annular. You didn't review the IADC reports in connection with that, did you?

16:20:17 A. No, sir.

16:20:17 Q. You didn't see this particular IADC report that shows that at that time, the crew was stripping out of the hole on the lower annular, you didn't review that, did you?

16:20:27 A. I knew they had stripped out the hole. I don't remember seeing that incident.

16:20:33 Q. It wasn't part of your work to figure out whether they were stripping through the upper or the lower annular?

16:20:37 A. No, sir.

16:20:38 Q. Give me the ELMO again, if you could. Again going back to some questions that Mr. Williamson asked you, which I think was about whether the annular was leaking during the negative pressure test, do you recall that?

16:21:02 A. Yes.

16:21:03 Q. Did you review Mr. Hay's testimony as part of your work for this case?

16:21:08 A. Yes, I remember I looked at it.

16:21:11 Q. And do you see where he indicates, question, on page 130, lines 4 through lines 9:

16:21:18 "QUESTION: In addition, Mr. Hay, I believe you testified that the lower annular was closed during the negative pressure test procedure on April 19th or 20th; is that correct?

16:21:28 "ANSWER: That's correct."

16:21:29 Do you see that?

16:21:30 A. Yes, sir.

16:21:30 Q. And you don't have any view or opinion one way or the other as to what annular they were using at the time of the negative pressure test, do you?

16:21:38 A. No, I don't have an opinion, but since they were stripping, you would think they would be on the stripping end.

16:21:43 Q. Well, they were stripping during the negative pressure test, weren't they, 19th?

16:21:48 A. I'm sorry, I thought you meant during the strip --

16:21:50 Q. No. This is Mr. Hay just talking about what's happening during

the negative pressure test on the 19th or the 20th.

A. Okay.

Q. Do you have the context clear?

A. Yes.

Q. You don't have any reason to dispute Mr. Hay's testimony in the negative pressure test they were using the lower annular, do you?

A. No, sir.

Q. You talked earlier today, maybe it was this morning, about the ST locks --

A. Yes.

Q. -- whether they were closed, do you recall that?

A. Yes.

Q. Now, I think there was some confusion, and maybe I just misheard it, but I want to make certain the record is clear on this. You understand, don't you, that Mr. Childs' testimony is not that the variable bore rams opened up by April 22nd, but that they would have opened up had the ST locks not been closed? Do you understand that? If you are not certain, that's fine. I'll put my next question to you.

A. Put the next question.

Q. You understand that Mr. Childs' testimony was that the ST locks were closed shortly after 9:49 on the evening of the 20th, correct?

A. What time again?

Q. Just after the explosion.

A. That the --

16:23:09 Q. ST locks were closed when the AMF activated. That is Mr. Childs' testimony.
16:23:14 A. Oh, that was Mr. Childs' testimony, yes.
16:23:16 Q. And you testified that you believe the ST locks would have been closed a few minutes earlier than that, correct?
16:23:23 A. That's correct.
16:23:23 Q. And so in terms of the impact on the well if either of you is right, the ST locks are closed virtually from the beginning, correct?
16:23:31 A. Well, they would have been locked under Mr. Childs' testimony if the AMF worked, yes, sir. Otherwise, they had to be shut before the explosion.
16:23:42 Q. And they, likewise, could have been activated at the time of autoshear, correct?
16:23:46 A. Yes, which means the variable bores were still closed.
16:23:51 Q. So your view is likely earlier in time, correct?
16:23:54 A. Yes, sir, that was Transocean's procedure in the well control closing pipe rams was to set ST locks.
16:24:02 Q. Let's talk about Transocean's procedure and this question whether or not it was the crew that closed the ST locks or whether it was the AMF that closed the ST locks.
16:24:11 Let's look at 41008.81.1. Transocean's policies for actions upon taking a kick. Do you see that?
16:24:27 A. Yes.
16:24:31 Q. And I am going to show you some of the provisions of it. Let's

look at 41008.81.2. So we have some procedures here near the bottom of which is engage the ram locks, do you see that?
A. That's correct.
Q. So we've taken a kick, and you see the procedure is stop rotation if we're drilling, correct?
A. Yes.
Q. And then pick up the string to a shut-in position, do you see that?
A. Yes.
Q. Stop the pumps, do a flow check. Do you see that?
A. That's correct.
Q. And then close the annular preventer, upper preferred, do you see that?
A. I see that.
Q. Notify the toolpusher and the OIM, do you see all of that?
A. I do.
Q. Once the BOP is closed, monitor the riser for flow. Be prepared to divert, if necessary. Do you see that?
A. That's correct.
Q. And then there's a step that says, "record and monitor shut-in drill pipe and casing pressures." Do you see that?
A. Yes, I do.
Q. Note fluid density in the choke and kill lines, record the gain in pit volume and the time of day. Do you see all of that?
A. Yes, sir.

16:25:50 Q. That is actions that are taken by the crew after well control has been obtained, correct?
16:26:01 A. That would be normal shut-in procedures. I don't think the night of the incident was normal.
16:26:08 Q. Well, you don't think at the 9:49 -- 9:47 to 9:49 or even before that, what the crew was doing was recording the gain and pit volumes and the time of day in some log, do you?
16:26:22 A. I think they were noticing that the well was not stopping flowing.
16:26:26 Q. And you've also seen testimony, haven't you, that they were calling people and alerting them, including calling the senior toolpusher for, do you recall that?
16:26:35 A. I saw some of that testimony.
16:26:36 Q. Testimony that the windows were covered with mud and they felt they needed the senior toolpusher's help, do you recall that?
16:26:43 A. Yes, sir.
16:26:43 Q. In your view, they hadn't reached that point where they thought, oh, we've got control of this well, let's start recording data, had they?
16:26:50 A. No, no. I would hope not.
16:26:52 Q. Let's proceed a little bit further down the procedure here. After we've recorded all of this data, we confirm the space out and then we close the designated hang-off rams with reduced closing pressure. And then it says, "slack off and land drill string on the rams," do you see that?

A. I see that.
Q. You do understand that the way you land the drill string on the variable bore rams is you put a tool joint right there on top of the variable bore rams, correct?
A. Yes, I am very familiar with the procedure.
Q. That's what that procedure means, right?
A. Yes.
Q. And we know from the forensic evidence, that's not what the crew was doing, don't we?
A. I would hope not.
Q. In fact, we found the tool joint about 30 or 40 feet above that, correct?
A. Yes. I would assume the driller had the tool joint spaced out when he was doing -- when he was circulating out the well.
Q. There's no evidence that he parked it on top of the ram -- on top of the variable bore rams as part of this process here of landing the drill string on the rams, correct?
A. There's no evidence, and I would be surprised if he tried.
Q. Indeed. And it's only after this, after we have taken all of those steps, recorded all of this data, landed the drill string on the rams, increased the manifold pressure back to 1,500 psi and then engage the ram locks. That's the procedure, correct? I said that wrong. Engage the ram locks --
A. That's normal -- for a normal shut-in, I agree with that. However, this was not a normal shut-in. And I would hope that he

16:28:35 would have been trained that when he closes the variable bore ram under any conditions in a well control situation, he is going to set the ST locks.

16:28:44 Q. That is not what the procedure says here, does it, sir? It doesn't say in a well control situation, close the ram and shut the ST locks, does it?

16:28:55 A. No.

16:28:56 Q. It says do the ST locks after all of those procedures, getting stability on the well and then landing the drill pipe on top of the variable bore rams and then close the ST locks. Those are Transocean's procedures, correct?

16:29:09 A. Those are the procedures, but he didn't have time to do that. So I would think that he would do what was prudent, and that's close the ram, set the locks.

16:29:17 Q. You don't have a well control certificate, do you?

16:29:22 A. I have had well control certificates in the past.

16:29:26 Q. You don't one now, do you?

16:29:29 A. No.

16:29:29 Q. You're not on a rig, are you?

16:29:38 A. I am not out there anymore.

16:29:44 Q. Let's put up D-4813.1. I've just taken here the illustrations you give of the position of the pipe in a variety of your -- in several of your demonstratives. Do you recognize that?

16:30:09 A. Yes, I do.

16:30:10 Q. And every one of these demonstratives shows the drill pipe

16:30:18 still being intact there above the upper ram, correct?
16:30:24 A. Yes, sir.
16:30:25 Q. You don't have any demonstrative that even shows how the process would work if the pipe had been separated, correct?
16:30:33 A. I did not show a demonstrative, no.
16:30:38 Q. You do agree, don't you, that the pipe broke apart above here before the rig sank?
16:30:45 A. Before the rig sank, yes, sir.
16:30:47 Q. Let's put up TREX-43093.121.1. And this is a picture, right, of the piece that was sticking up out of the annular?
16:31:06 A. That's correct.
16:31:06 Q. And the pipe above it broke free of that at some point?
16:31:09 A. Correct. That's correct.
16:31:14 MR. DOYEN: Let me get one of my models, your Honor.
16:31:14 BY MR. DOYEN:
16:31:22 Q. I think you have the same thing basically?
16:31:24 A. Yes.
16:31:25 Q. Now, you agree the pipe at the point of separation suffered tremendous erosion, correct?
16:31:37 A. There is a lot of erosion on that piece of pipe, yes, sir.
16:31:39 Q. And this is the top -- I need my other chart out so we can keep track of our numbers here. This is the top piece that I am holding in my hand, Demonstrative 6637B. This one is the top of 1-B-1 that was sticking out of the annular, correct?
16:32:28 A. That's correct.

Q. And the green piece that I am holding in my hand that's folded over at the top is the bottom of piece 39, correct?
A. That's correct.
Q. And pieces 39 and 1-B-1 were held -- were one piece of pipe at one point?
A. At one point, yes.
Q. And you agree that 39 broke away, there was a tensile failure that separated pipe 39 and 1-B-1, correct?
A. The only evidence I can see on 1-B-1 that was resulted of tensile failure appears to be in bending on the tension side of bending, yes, sir. Different than a classical tensile failure, as I explained.
Q. It is the tensile failure, correct?
A. It is a tensile failure from bending as opposed to pure classical tensile failure.
Q. Now, you believe that the drifting of the rig does not provide enough force to push the pipe against the wall inside the BOP, correct?
A. Repeat that again, please.
Q. You believe the drifting of the rig, which is a theory set forth by Dr. Davis, does not provide enough force to push the pipe against the wall inside the BOP, correct?
A. Well, I think it would put -- push it against the side of the flush door, which is the upper part of the BOP, but I think if you look at the riser angle making contact with the flex joint that the

16:34:11 pipe would move away from the wall as it goes down through the BOP.
16:34:15 Q. So inside the BOP itself, rig drift would not cause the pipe to be off side at the point of the blind shear rams, correct?
16:34:24 A. Not substantially off center, not enough to be up against the wall of the pipe or nothing -- up against the wall of the BOP.
16:34:32 Q. Not enough to explain what happened here when the blind shear rams closed, correct?
16:34:36 A. Yes, sir. That was a very strong force holding it against the side of the wall.
16:34:41 Q. And in your view -- let's put up 61107.47.3 -- the rig drift theory also does not account for the condition of the pipe above the upper annular, which would have been severely eroded and possibly separated. Did I read that correctly?
16:35:06 A. Yes.
16:35:19 Q. And the reason you say that the rig drift theory does not account for the condition of the pipe above the upper annular is because once those two pieces of pipe come apart, there is no communication of the pipe above the annular with the pipe inside the BOP, correct?
16:35:40 A. Depending on when it came apart. It could be temporarily disconnected.
16:35:45 Q. Isn't it a fact, sir, that your reason for rejecting the rig drift theory is that once the pipe becomes separated, there is no communication of the pipe above with the pipe inside the BOP?
16:35:59 A. No. The reason for rejecting the rig drift theory is that I

16:36:05 couldn't visualize how the force would be impinging the drill pipe against the wall of the BOP.

16:36:11 Q. Let's look at deposition, Mr. Shanks' deposition, Volume 1, 292, lines 12 through 25.

16:36:25 "QUESTION: You say" -- someone reading from your report -- "'The rig drift also does not account for the condition of the pipe above the upper annular, which would have been severely eroded and possibly separated.'

16:36:38 "Did I read that accurately?

16:36:40 "ANSWER: Yes, sir.

16:36:42 "QUESTION: Is that an opinion you still believe in?

16:36:44 "ANSWER: Yes, sir.

16:36:46 "QUESTION: And to understand this, are you saying that if the pipe had separated above the upper annular, that there could be no communication of force from rig driftoff?

16:36:58 "ANSWER: That is correct."

16:37:01 Were you asked those questions, did you give that answer?

16:37:03 A. Yes, sir. And, of course, the extension of the answer is: Until the blocks fall.

16:37:10 Q. Until?

16:37:10 A. The blocks fall, travels.

16:37:13 Q. So you think if there was -- separation was lost, if the pipe separated, communication is lost, correct?

16:37:23 A. That's correct.

16:37:23 Q. And then your view is after that, the traveling block falls, is

16:37:28 that correct?

16:37:28 A. That's correct. If that were the case. I just didn't rule it out.

16:37:34 Q. You don't have an opinion as to when the pipe separated. Do you?

16:37:38 A. It's not conclusive from the evidence, no, sir.

16:37:41 Q. You reach no conclusion as to when the pipe separated, isn't that true?

16:37:45 A. I know the pipe separated before the rig sank. I do know that.

16:37:48 Q. And beyond that, you could make no determination?

16:37:50 A. I would like to see the other side of that 1-B-1, I probably could determine.

16:37:57 Q. The other side of the 1-B-1?

16:37:59 A. Yes. The other side of the pipe on the other -- opposite diameter.

16:38:03 Q. But that's missing?

16:38:04 A. That's missing.

16:38:05 Q. Also missing is any discussion in your report of the condition of 1-B-1 or 39, correct, as it pertains to the end pieces and why they look the way they look?

16:38:25 A. Other than it's obviously they once were connected. It just -- they weren't connected from the surfaces lined up like Mr. Childs.

16:38:35 Q. You said -- well, that's a good point. You said you disagree with Mr. Childs on the timing of the separation, correct?

16:38:40 A. Yes.

16:38:45 Q. Mr. Childs testified that these pieces of pipe would have separated shortly after the explosion; isn't that true?
16:38:52 A. That's correct.
16:38:53 Q. You also disagree with Mr. Stevick on that point, don't you?
16:38:57 A. Yes, sir.
16:38:57 Q. Who said the same thing?
16:38:59 A. It's not conclusive that it would have parted immediately after the explosion, no, sir.
16:39:09 Q. You worked on the Bly internal investigation, didn't you?
16:39:09 A. Yes, I did.
16:39:09 Q. And you reviewed the Bly internal report, didn't you?
16:39:12 A. Yes, I did.
16:39:13 Q. And the Bly investigation made a determination on this point, did it not?
16:39:17 A. No.
16:39:18 Q. Well, it determined that the pipe separated for two reasons; separated above the upper annular, one was severe erosion, and the other was being pulled by increasing drift of the rig; isn't that true?
16:39:34 A. The Bly report didn't have the benefit of the forensic examination at Michoud. Very limited data was available during the Bly -- in the writing of the Bly report.
16:39:49 MR. DOYEN: Let's look at TREX-1.148.1.
16:39:49 BY MR. DOYEN:
16:39:58 Q. This is a statement of the Bly report in reference to OLGA well

16:40:02 flow modeling. You recognize that as a reference to the modeling
16:40:06 done by Mr. Emilsen, don't you?
16:40:08 A. Yes, I do.
16:40:08 Q. And, in fact, they say: "According to OLGA well flow modeling,
16:40:12 the fluid velocity through a leaking annular could have reached
16:40:16 levels that were on the orders of magnitude greater than drill pipe
16:40:20 steel erosion velocity." Do you see that?
16:40:22 A. That's what it states. I don't believe that states that the
16:40:25 pipe parted, though.
16:40:26 Q. I am not there yet, I just want to understand this predicate.
16:40:31 When we say "something is an order of magnitude greater than
16:40:35 something else" in your line of work, we're talking about something
16:40:38 ten times larger?
16:40:39 A. That's correct.
16:40:40 Q. And when we say "it's orders of magnitude greater," we're
16:40:43 saying hundred or a thousand times greater, or more, correct?
16:40:47 A. Means greater than ten, yes, sir.
16:40:50 Q. So the report is saying that whatever level of flow it takes to
16:40:55 erode steel pipe, the flow through this well according to
16:40:59 Mr. Emilsen's model was more than ten, maybe 100 times greater than
16:41:05 necessary to erode the pipe, correct?
16:41:06 A. I don't believe a number was actually stated by Mr. Emilsen.
16:41:13 MR. DOYEN: Let's look at TREX-1165.1.
16:41:13 BY MR. DOYEN:
16:41:21 Q. This is what Bly, the Bly report has to say on the separation

16:41:24 of the pipe. "The drill pipe likely broke off at the eroded section while moving upward through the BOP. There are eyewitness accounts stating that the top drive fell onto the rig floor (by approximately 26 feet), possibly due to the failure of the draw works during rig evacuation." Have I read that correctly so far?
16:41:47 A. Yes.
16:41:47 Q. "The drill pipe likely had already failed at the eroded section by this time, as it was being pulled upwards due to increasing vessel offset." Do you see that? Did I read that correctly?
16:42:01 A. I see that.
16:42:01 Q. So you are in disagreement with Dr. Stevick, Mr. Childs and the Bly report as to when it is that this pipe separated, correct?
16:42:11 A. Sorry. If you look at the last highlighted part of that sentence, it says, "had likely already failed." They didn't draw the conclusion that it had. And it's a possibility, yes, but they did not say that it had.
16:42:29 Q. Do you agree it's possible that it separated before the traveling block fell?
16:42:34 A. I think it's possible it could have separated any time before the rig sank, yes, sir.
16:42:41 Q. You do agree that even while the crew is trying to control the well, the pipe down there was being eroded very rapidly, wasn't it?
16:42:58 A. The pipe was being eroded.
16:43:02 Q. Very rapidly, wasn't it?
16:43:03 A. Well, I know sections was being eroded faster than others.

16:43:08 MR. DOYEN: Let's look at TREX-8123.12.1 -- I take that back. Different number, 40020.12.1.

16:43:13 BY MR. DOYEN:

16:43:25 Q. This is a picture from your report showing the section of the drill pipe that was found by the upper variable bore rams. Do you recall that?

16:43:32 A. Yes, I do.

16:43:33 Q. I think you commented on this earlier today that there was some lighter erosion to the far right of this particular picture?

16:43:40 A. You can see it below the arrow, yes, sir.

16:43:43 Q. I have another model just of that eroded section. So we're talking about the way the flow scooped out the pipe here right around the variable bore rams, correct (INDICATING)?

16:44:01 A. That was -- that would be on the lower side, would be the entry of the fluid while the variable bore ram is beginning, yes, sir.

16:44:17 Q. And you testified that you believe this erosion of the pipe here occurred in less than a second; isn't that true?

16:44:24 A. It would be something of that timeframe.

16:44:29 Q. So let's pull up D-6784, which is a cross section of the same piece of pipe made with a laser scan showing the depth of the erosion. So in a second, maybe less than a second, with the corrosive force of these fluids and the flows in the well, we've eaten almost halfway through the pipe at the deepest gouge, correct?

16:45:02 A. Well, you have to remember, too, that there was two instances

where the erosion would have occurred; one, when the pipe rams -- variable bore rams originally set. Then when the blocks failed and forced the pipe downward, it would temporary broke the seal which would have caused erosion marks until it sealed back in its new position.

Q. I have a more specific question. Just focusing on the flow rates and the erosive power of the flow rates in this well, it is your testimony, is it not, that erosion eating almost halfway through the drill pipe occurred in less than a second, correct?

A. Your picture shows a couple of points along the circumference where there was more erosion than others.

Q. Correct.

A. I see that, but it doesn't look like quite halfway.

Q. I said a little less than half.

A. Okay.

Q. Do you want to give me an estimate how deep do you think it is?

A. A little less than half in one position and maybe 25 percent in the other.

Q. My only point, your testimony, that happened in a second, correct?

A. Well, it happened potentially in two times; one, in the original seal; the second one, it broke the seal and moved to the new position.

Q. Your testimony is this erosion in the lighter area here happened in less than a second; isn't that true?

16:46:24 A. It happened on the closing of the variable bore ram, however long that took.
16:46:28 Q. Sir, your testimony under oath at your deposition was that this erosion that we see on this model and there on the screen happened in less than a second; isn't that true?
16:46:38 A. Did I say a second?
16:46:39 Q. You did, sir. Do you want me to play it -- show it to you?
16:46:43 A. I'll take your word for it.
16:46:59 Q. There is no discussion in your report of when the separation occurred, is there?
16:47:06 A. Well, it's obvious it occurred before the rig sank.
16:47:10 Q. There is no discussion of when it occurred in your report; is that true?
16:47:13 A. No specific time, no, sir.
16:47:15 Q. And you give no explanation in your report for how your theory can even work if the pipe separated before the autoshear was activated on August -- on April 20th -- I am going to say that whole thing over again, with the right dates I hope.
16:47:34 There is no explanation in your report for how your theory even works if the pipe separated before the autoshear occurred on the morning of the 22nd; isn't that true?
16:47:47 A. I thought I referenced that there was communication.
16:47:53 Q. Well, the record will speak for itself, sir. You don't talk about separation at all. The first time we've heard most of your theories is here today in court.

16:48:01 Let's talk about this piece, No. 39, you say is bent over on itself. When you talk about pieces of pipe being in communication, one way they might be in communication is if the pipe is still one whole thing, right?

16:48:16 A. Correct.

16:48:17 Q. And in that case, if I were to bend the pipe over above the annular, it would have some impact down in the BOP, correct?

16:48:27 A. Do that again.

16:48:28 Q. I have some potential if I have one piece of pipe here, if I pull the piece on the top this way having some impact down inside the BOP?

16:48:36 A. Correct.

16:48:36 Q. Once it's broken, that kind of communication is more limited, correct?

16:48:46 A. Well, as far as directly influencing the way that your previous example was, you've lost the ability to put a bend in it.

16:48:58 Q. Is it your testimony that in some manner, not explained in your report, if these pieces separated within a few minutes of the explosion as other people say, nevertheless these two pieces of pipe, 39 and 1-B-1, stayed in communication such as to hold the pipe offside?

16:49:20 A. No. If they separated after, as your theory says, when the blocks fell, they could come back into communications with vertical contact.

16:49:33 Q. So you're saying, under your theory and those scenarios,

somehow these two pieces of pipe were in communication with Pipe 39 pushing down very, very hard, hundreds of thousands of pounds, tens of thousands of pounds of force and pushing this pipe offside and holding it there all the way until April 22nd?
A. Yes, sir.
Q. And we don't see any evidence whatsoever in this piece of pipe that was sticking up here that it was smashed to in any way by piece 39, do we?
A. If the original pipe was still there, you probably would see indications of it.
Q. So the evidence that we need for your theory to explain how it is that this pipe, after breaking off, would still communicate its pressure below just happens to be missing, correct?
A. Well, proof that that failed, as a potential failure, is missing also. You need the other side of that pipe to determine that.
Q. These pieces here, these very delicate ridges that I almost break off when I handle this, there is no evidence here that any heavy piece of pipe weighing a 160,000 pounds, or whatever you say it weighed, came into this -- impacted this in any way, is there?
A. Well, the metal that it would have come into contact with is potentially gone.
Q. Potentially gone?
A. Well, it's gone.
Q. It's missing?

A. It's gone.
Q. The evidence is missing?
A. I think it's gone.
Q. There is no discussion in your report of that theory, correct, that what happened here was these things broke, then they came back together, and this managed to push down with 50,000 or 100,000 pounds of weight and left us with this pristine piece of pipe with no evidence of your theory. There is no discussion of that in your report whatsoever, is there?
A. No, there is a figure in the report that shows that if the area that the pipe 39 had to land in to make communication with 1-B-1.
Q. Let's talk about some other bent pieces of pipe. Let's go back again to 4813.1. I am going to use some different models here.
MR. DOYEN: Your Honor, I may have to move Mr. Williamson's pieces. They are heavier than mine.
BY MR. DOYEN:
Q. In all of your illustrations here we see the pipe bent here at the top right above the upper annular, correct?
A. Correct.
Q. And that is piece 39 here on the chart, correct (INDICATING)?
A. Yes.
Q. Which was found in a curved condition, correct?
A. Correct.
Q. And you heard Dr. Stevick's testimony he believed that happened when this piece of pipe came down, smashed into the top of the

16:53:14 annular. You heard that, didn't you?

16:53:16 A. That was his testimony.

16:53:17 Q. The next piece of pipe that we can see in your chart that you show being bent is the one just below the annular, correct?

16:53:23 A. Correct.

16:53:24 Q. That is piece 1-B-1, right?

16:53:29 A. Correct.

16:53:30 Q. And you agree with me, we didn't find this piece inside the BOP, did we?

16:53:36 A. No.

16:53:37 Q. It was, in fact, found up inside the bent riser, correct?

16:53:41 A. Correct.

16:53:42 Q. And we can see evidence of the bending of this piece of pipe in the remainder of it, correct? It's been bent at this end (INDICATING)?

16:53:50 A. Yes.

16:53:51 Q. And it's been flattened along this dimension, correct, so it's not round anymore?

16:53:55 A. Correct.

16:53:55 Q. That is characteristic of a piece of pipe that was bent like this, right (DEMONSTRATING)?

16:54:00 A. No.

16:54:01 Q. It's possible, is it not?

16:54:05 A. It's not characteristic of a bent pipe on that radius. It's characteristic of the riser having collapsed and flattened the

16:54:15 pipe.

16:54:15 Q. This occurred, this flattening occurred during the collapse of the riser, correct?

16:54:20 A. That's right.

16:54:21 Q. And likewise, the gentle curve that it gets, likewise, in this dimension, likewise, corresponds to the bending of the riser, correct?

16:54:31 A. It's not obvious that all of the bending came from that.

16:54:35 Q. Whether it's obvious or not, it's perfectly possible that all of the bending came from it being found in the riser and folding over in the riser, correct?

16:54:44 A. It would be highly unusual for the curve in 39 and 1-B-1 to line up if that was the only source of the bending.

16:54:54 Q. Well, let's check the other things we might look to for bent pipe in your theory. We also have bent pipe further down in the well, correct, going down across the variable bore ram -- I'm sorry. I'm misspeaking there.

16:55:12 Down across the blind shear ram to the variable bore ram, correct, the pipe is bent there?

16:55:14 A. Yes.

16:55:15 Q. Not straight.

16:55:16 A. Well, it was buckled and stayed within its elastic limit.

16:55:22 Q. So this piece of pipe up here, 39, clearly buckled above the annular. 1-B-1 was found up here in the riser where it was subject to the tremendous stress of the riser folding, correct?

16:55:36 A. It was found in the -- above the fold.
16:55:39 Q. And these pieces of pipe down across the blind shear ram which you show as bent in your model were, in fact, found straight, correct?
16:55:49 A. Well, I show bent in the model after the box fell and put it into a buckled position, yes.
16:55:58 Q. Different question, sir. They were found straight, correct?
16:56:01 A. Yes.
16:56:02 Q. They were not found plastically deformed like piece No. 39 that was found above the annular, correct?
16:56:08 A. All that means is is that they stayed within their elastic limit.
16:56:12 Q. Or it means what Dr. Stevick said it means, whish is that the traveling block fell and drove this piece, No. 39, into the top of the annular, and all that force didn't make its way down inside here, which is why the pipes we find inside are straight. You did hear that testimony, didn't you?
16:56:29 A. I heard the testimony, but that's not consistent with the shape at the bottom of segment 39.
16:56:36 Q. The bottom of 39, that's this piece here you were just talking about, right (INDICATING)?
16:56:42 A. That's correct.
16:56:43 Q. It ran into something, right?
16:56:49 A. Sure did.
16:56:50 Q. Didn't melt that way, did it?

A. No.
Q. Didn't erode that way?
A. But it's not flat.
Q. There is no explanation in your report for how that happened, is there?
A. Well, it's certainly not flat, and so it wouldn't --
Q. Different question, sir. There is no explanation in your report -- answer my question. There is no explanation in your report for how that happened, isn't that true?
MR. COLLIER: Your Honor, the witness needs to be able to answer the question.
THE COURT: Mr. Doyen, you're talking over the witness. You need to let him answer.
MR. DOYEN: Sorry, your Honor.
THE WITNESS: Could you repeat the question?
BY MR. DOYEN:
Q. There is no explanation in your report for how this happened to the bottom of 39; isn't that true?
A. I don't believe it was specifically described in the report, but the evidence clearly shows that it didn't hit the annular outside the opening -- didn't hit the flat fingers outside the opening of the annular; it partially hit outside, partially hit inside.
Q. Everything you just said is not in your report, correct?
A. Well, in the report I talked about the communication between

the two.

Q. You mentioned communication. You say this force has to be held in place, you agree with that?

A. That's correct.

Q. Held in place from the 20th all the way to the 22nd, correct?

A. That's correct.

Q. In fact, this piece of pipe, 1-B-1, originally below the annular tool joint caught below the annular, correct, caught in the annular?

A. Correct.

Q. Managed to float through the annular because of the incredible erosion there and lodge itself up above pieces that were originally lower than it, correct?

A. Obviously, the annular had relaxed somewhat at that time.

Q. Had to relax enough by the 22nd to allow this piece of pipe to float up through it and land up here in the riser, correct?

A. That's correct, it had to get through the annular.

MR. DOYEN: Your Honor, can I consult for one moment? Nothing further, your Honor.

THE COURT: Okay. Halliburton.

MR. VON STERNBERG: We have no questions, your Honor.

THE COURT: All right. Back to BP.

MR. COLLIER: Yes, your Honor. Your Honor, may I proceed?

THE COURT: Yes.

MR. COLLIER: Paul Collier on behalf of BP.

REDIRECT EXAMINATION

BY MR. COLLIER:

Q. Mr. Shanks, you were asked some questions about CDVS and DVS rams earlier today, do you recall?

A. Yes.

Q. And the blind shear ram model that was on the *Deepwater Horizon* was Cameron's SDR model?

A. That's correct.

Q. And do you know whether Cameron's SDR model is still in use today?

A. Yes, widespread use.

Q. And is Cameron's SDR model used with respect to deepwater drilling operations?

A. Yes, it is.

Q. Now, with respect to the CDVS and DVS rams, is it your opinion that prior to April 2010, the *Deepwater Horizon* should have implemented the DVS or CDVS rams instead of the SDR model ram?

A. No, I don't.

Q. Now, there was some discussion earlier today about knowledge of drill pipe being off center. Now, at the time of the Macondo incident, was the drill pipe off center during the incident or was it something more than that across the BSRs?

A. Right. At the time of the incident, the pipe was held forcibly against the wall of the BOP when the blind shear rams were -- tried

to close the well.

Q. And are you aware whether the industry was aware that that sort of situation could have arisen?

A. No one I've talked to would have envisioned such a situation of pipe being forcibly forced against the wall of a BOP which would have prevented a blind shear ram from a plane shear which meant that part of the pipe was outside the face of the shear blades. I have found no one that had ever seen or experienced that.

Q. In your 40 years in the industry, have you ever heard of drill pipe being forcibly held against the side of a wellbore and outside the blades of the blind shear rams?

A. Not in a fashion like this, no, sir.

Q. Now, with respect to the DVS model rams, in your opinion, was there a reason to switch to the DVS model rams instead of the SBR rams for the purpose of adding shearing capacity?

A. No, there was adequate shearing capacity already on the blind shear ram and the other equipment of the BOP.

Q. Was there any reason to switch to the DVS model rams over the SBR rams because the DVS rams have wider blades than the SBR model?

A. They are slightly wider, but they still do not cover the full bore of the BOP. And with the magnitude of the force on the pipe against the wall of the BOP, it's highly unlikely they would have been able to shear the ram -- shear the pipe any better.

Q. Are there any drawbacks associated with the DVS rams?

A. The one drawback that Cameron mentions is that because of the

17:04:36 slightly wider shear plates, there is less volume of side packer rubber to be used in sealing the well.
17:04:47 Q. And I think you mentioned this, but at the time that the *Deepwater Horizon* BOP was being commissioned and implemented on the *Deepwater Horizon*, was there a safety alert that Cameron had issued on the DVS rams?
17:05:03 A. Yes, it had.
17:05:03 Q. And do you recall the details of that safety alert?
17:05:06 A. I don't recall the details, but I remember that the description indicated it was probably going to have to go through a redesign.
17:05:17 Q. And do you have an opinion as to whether the DVS model would have made a difference if they had been implemented on the *Deepwater Horizon* BOP as it relates to the Macondo incident?
17:05:27 A. No, I've seen no evidence that it would make any difference.
17:05:30 Q. Now, let's discuss the CDVS model rams. And I think you mentioned this, but what were the CDVS rams designed for?
17:05:41 A. Cable DVS. They were designed because there had been some failures in wireline cutting during wireline operations, and so it was a redesign of the DVS to give tighter tolerances in between the blades so that it could shear multiple strands of cable.
17:06:06 Q. Do you believe it was necessary for the *Deepwater Horizon* to have implemented the CDVS model rams?
17:06:13 A. No, I don't.
17:06:14 Q. Were there any drawbacks associated with implementing the CDVS rams that you're aware of?

17:06:21 A. Well, the CDVS was under a product alert 2008, 2009 which downgraded its working pressure. I see that as a negative.
17:06:32 Q. And to your knowledge, was that safety alert still in place in 2010?
17:06:38 A. I'm not sure it had been corrected by then.
17:06:40 Q. Why is the reduction from 15,000 psi to 10,000 psi rating significant?
17:06:47 A. I personally don't know of an operator that would put a lower rating component in the lower BOP stack in a ram cavity that is expected to seal than the working pressure of the BOP.
17:07:04 Q. And do you have an opinion as to whether the CDVS model rams would have made a difference if they had been implemented on the *Deepwater Horizon* BOP with respect to the Macondo incident?
17:07:17 A. Do I --
17:07:19 Q. Do you have an opinion on that?
17:07:21 A. I don't think it would have made a difference.
17:07:23 Q. Now, you were asked some questions about the Stress analysis relating to flow rates by counsel for Transocean. Do you recall that?
17:07:35 A. Correct.
17:07:36 Q. And do you recall that at the closure of the VBRs Stress Engineering relied on a chart from Dr. Emilsen to support its 60,000 stock tank barrels per day flow rate?
17:07:52 A. That's correct.
17:07:53 MR. COLLIER: And if we can bring up TREX-7696.144.1,

17:08:00 please.
17:08:00 BY MR. COLLIER:
17:08:03 Q. And do you recognize this to be a pull out from Stress Engineer's report?
17:08:10 A. Yes.
17:08:10 Q. And if I can draw your attention to the line that begins, "Well flow rate estimates." It's the fifth line down and there it's been highlighted. And it reads, "Well flow estimates as a function of wellhead pressure with flow up the casing, with and without flow through the work string, are reported in [6] (see Figure 3.9, Section 3.4 of Appendix W)." Do you recall that?
17:08:41 A. Yes.
17:08:42 Q. And Reference 6, as we talked about earlier today, is a reference to Dr. Emilsen's work, correct?
17:08:50 A. That's correct.
17:08:50 Q. And the specific figure that's identified there is Figure 3.9, do you see that?
17:08:55 A. Yes.
17:08:55 Q. Is it your understanding that Stress Engineering was relying on Figure 3.9 of Dr. Emilsen's report?
17:09:01 A. Yes.
17:09:03 MR. COLLIER: Your Honor, may I approach?
17:09:05 THE COURT: Sure.
17:09:19 BY MR. COLLIER:
17:09:20 Q. And during testimony from counsel for Transocean, you were

17:09:26 shown this figure from Dr. Emilsen's report, correct?
17:09:29 A. That's correct.
17:09:29 Q. And can you identify -- what is the figure number on that diagram?
17:09:34 A. TREX-2.388.1.
17:09:38 Q. Actually, what I am referring to is on the lower caption. Can you identify what figure that is?
17:09:46 THE COURT: On the lower left-hand side.
17:09:47 MR. COLLIER: On the left-hand side, correct. Thank you.
17:09:47 THE WITNESS: Oh, the figure?
17:09:49 BY MR. COLLIER:
17:09:49 Q. Yes, the figure number.
17:09:51 A. Figure 3.3K7 inflow and hydrocarbon volume with closing annular from 21:41 hours. Not accounting for the surface bleed.
17:10:05 THE COURT: It's actually Figure 3.33K7.
17:10:11 THE WITNESS: Oh, I'm sorry.
17:10:12 THE COURT: I think you said 3.3. It's 3.33.
17:10:15 THE WITNESS: 3.33.
17:10:17 BY MR. COLLIER:
17:10:18 Q. To be clear, it's Figure 3.33, correct?
17:10:20 A. That's correct.
17:10:20 Q. And that's not Figure 3.9 that Stress Engineering referenced in their report, correct?
17:10:25 A. That's correct.
17:10:26 Q. And so the figure that you were shown by counsel for Transocean

is not the same figure that's Stress Engineering referenced from Dr. Emilsen's report?

A. That's correct.

Q. And you recall that Dr. Emilsen identified in his testimony that Figure 3.9 used a net pay of 86 feet?

A. That's correct.

Q. And do you recall that Mr. Emilsen also identified that when he read his calculations that the net pay that matched his models was a net pay of 13 to 16.5 feet?

A. That's correct.

Q. And so the figure that was relied on by Stress Engineering would overestimate the flow rate, is that your understanding?

MR. DOYEN: Objection, leading.

THE COURT: It is. Try not to lead your witness.

MR. COLLIER: Sorry, your Honor.

BY MR. COLLIER:

Q. What is your understanding as to -- what is your understanding as to Transocean's reliance of Figure 3.9 for evaluating flow rates?

A. It would overestimate the flow rate.

Q. Now, you were asked several questions by counsel for Transocean about surface flow rates.

A. That's correct.

Q. And there was a discussion that -- where it was identified that surface flow rates are much higher than flow rates at the BOP, is

that correct?

A. That's correct.

Q. And if I can bring up D-4538, please. And, Mr. Shanks, do you recognize this to be a demonstrative showing a portion of the table from the Stress Engineering report?

A. Yes.

Q. And the third column from the left reads "Surface Liquid Flow Rate"?

A. Correct.

Q. And can you explain what -- your understanding of what that means.

A. That's the surface liquid flow rate in barrels per minute.

Q. And would that the flow rate at the rig?

A. Yes.

Q. And would that be different from the flow rate that would be at the BOP?

A. Yes, it would.

Q. Now if I can bring up TREX-7696.144.1. And this is the same call-out from Stress Engineering report that we just talked about.

A. Correct.

Q. And if I can read the first line there, that reads: "The volumetric flow rate at the time of the apparent closure of the annular (Scenario 1) is estimated from the transient model shown in Figure 57, since the riser is largely filled with liquid and the flow through the annulus is essentially the same as the surface

flow-out." Did I read that correctly?
A. Yes.
Q. And do you know what's being referenced there by scenario one, closure of the annular?
A. Yes, it's one of the three scenarios that Stress put forward for flow rate.
Q. And was this the time of the annular closing?
A. At the apparent closure of the annular, yes, sir.
Q. And what does this indicate as to Stress's assumption as to the surface flow rate in comparison to the flow rate at the BOP?
A. It tends to be higher at the surface than at the BOP, so it should be a higher flow rate.
Q. And if I read the sentence, "the flow through the annulus is essentially the same as the surface flow-out." Do you see that?
A. Yes.
Q. And what does that indicate to you as far as the assumption that Transocean -- Transocean, through Stress Engineering, was making at this point in time?
A. They were assuming that the flow was the same for this flow calculation, and we know that it would have been higher at the surface. So if you use the surface flow rate, it wouldn't -- it would overestimate the flow at the BOP.
Q. Now, counsel for Transocean discussed opinions that Dr. Stevick provided relating to drill pipe buckling.
A. Yes.

Q. And has Dr. Stevick submitted any calculations or analysis to support drill pipe buckling?
A. Not that I have seen.
Q. And do you know what Dr. Stevick used as a flow rate for his buckle analysis?
A. He assumes the Stress flow rates.
Q. And so --
A. The Transocean flow rates.
Q. If the Transocean flow rates are inaccurate, would that make Dr. Stevick's flow rate calculations inaccurate?
A. Yes, it would.

MR. COLLIER: Thank you, your Honor, no further questions -- sorry, one housekeeping matter, your Honor. I apologize. If I can have the ELMO. I apologize, your Honor, but I neglected to mark the demonstrate that I was using earlier today. I'll now mark this as D-4953.1. Thank you, your Honor.

MR. DOYEN: I should do the same, your Honor.

It's the same thing. It's slightly different.

THE COURT: Mark it .2.

MR. DOYEN: D-4953.2.

THE COURT: Thank you, sir. Who is your next witness?

MR. BROCK: With the permission of the Court, what I thought I would do at this point, Mr. O'Bryan is here and he is ready. But I have some --

THE COURT: What's the nature of his testimony?

MR. BROCK: He is a fact witness.

THE COURT: Who is he? Remind me.

MR. BROCK: He was the vice president of the Gulf of Mexico drilling and completion at the time and was on the rig on the evening of the event.

THE COURT: You want to play a couple videos?

MR. BROCK: I want to play a few videos and see where we are in time, and he can testify for a few minutes today or come back tomorrow morning.

THE COURT: I'd just as soon start him in the morning. Why don't we take 20 or 30 minutes of --

MR. BROCK: I have a good 20 I can play today.

THE COURT: -- video and then we'll recess.

MR. BROCK: Okay. The first witness we will call by video, your Honor, is Larry McMahan.

(WHEREUPON, THE VIDEO DEPOSITION EXCERPTS OF LARRY MCMAHAN WERE PLAYED.)

MR. BROCK: Your Honor, next we offer the video deposition of Frank Patton from the MMS.

THE COURT: All right. P-A-T-T-O-N or E-N?

MR. BROCK: P-A-T-T-O-N.

THE COURT: All right.

(WHEREUPON, THE VIDEO DEPOSITION EXCERPTS OF FRANK PATTON WERE PLAYED.)

MR. BROCK: Your Honor, last for today, BP offers the

17:34:40 deposition by video of Leo Lindner.

17:34:43 THE COURT: L-I-N-D ...

17:34:46 MR. BROCK: L-I-N-D-N-E-R. And I'll also offer at this time while I am standing here, this is the last one for today, the thumb drive of Frank Patton, Leo Lindner and Larry McMahan.

17:34:59 THE COURT: All right. Sure.

17:34:59 (WHEREUPON, THE VIDEO DEPOSITION EXCERPTS OF LEO LINDNER WERE PLAYED.)

17:41:15 MR. BROCK: That's it from us today.

17:41:17 THE COURT: All right. So tomorrow it will be Mr. Patrick O'Bryan first, followed by Mr. Andrew Mitchell, correct?

17:41:25 MR. BROCK: Yes, sir.

17:41:26 THE COURT: And that's the entirety of BP's live witnesses, correct?

17:41:30 MR. BROCK: That's the entirety of our live witnesses. I have two more short tapes to play tomorrow, about ten minutes.

17:41:36 THE COURT: Very well. We will recess until 8 o'clock in the morning.

17:41:40 THE DEPUTY CLERK: All rise.

17:41:43 (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

* * * * * *

REPORTER'S CERTIFICATE

I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

Karen A. Ibos, CCR, RPR, CRR, RMR
Official Court Reporter

## $

**$100,000** [2] - 9123:9, 9123:16

## '

**'98** [1] - 9120:12
**'The** [1] - 9186:6

## 0

**0** [1] - 9096:1
**0-bore** [1] - 9096:12

## 1

**1** [4] - 9159:22, 9168:20, 9186:3, 9209:23
**1,000** [3] - 9100:11, 9100:12, 9100:15
**1,500** [1] - 9181:21
**1-B-1** [13] - 9183:23, 9184:4, 9184:8, 9184:9, 9187:11, 9187:13, 9187:19, 9194:20, 9196:11, 9197:6, 9198:12, 9198:24, 9201:7
**1/2-inch** [8] - 9094:6, 9095:6, 9095:22, 9097:2, 9101:25, 9103:17, 9105:4, 9105:14
**10** [1] - 9127:3
**10,000** [6] - 9107:11, 9125:13, 9125:16, 9125:24, 9125:25, 9205:6
**10-MD-2179** [1] - 9065:7
**100** [2] - 9127:23, 9189:20
**100,000** [3] - 9081:12, 9081:13, 9196:7
**1000** [1] - 9069:20
**1001** [1] - 9069:14
**101** [3] - 9066:20, 9134:7, 9134:8
**1100** [1] - 9069:11
**1110** [1] - 9069:23
**113,568** [1] - 9155:20
**1199** [1] - 9120:19
**12** [1] - 9186:4
**1201** [2] - 9069:2,

9070:4
**1269** [1] - 9099:2
**128** [1] - 9154:20
**129** [2] - 9154:20, 9154:24
**13** [3] - 9168:21, 9169:9, 9208:9
**130** [1] - 9176:9
**1308** [1] - 9066:22
**1331** [1] - 9070:7
**14271** [1] - 9067:23
**1454.23** [1] - 9142:21
**15** [1] - 9085:2
**15,000** [3] - 9081:23, 9125:25, 9205:6
**15-minute** [1] - 9148:6
**16** [4] - 9065:8, 9072:2, 9084:16, 9085:2
**16.5** [1] - 9208:9
**160,000** [4] - 9085:24, 9087:23, 9088:1, 9195:19
**1601** [1] - 9066:9
**1665** [1] - 9070:7
**170** [1] - 9154:25
**1700** [1] - 9070:4
**171** [1] - 9154:25
**18** [3] - 9116:16, 9116:20, 9116:23
**18,000** [1] - 9110:8
**1850** [1] - 9097:8
**1885** [1] - 9068:14
**190,000** [1] - 9085:22
**1998** [2] - 9118:4, 9120:9
**1999** [3] - 9096:25, 9104:25, 9118:4
**19th** [3] - 9176:13, 9176:23, 9177:1

## 2

**2** [8] - 9083:17, 9083:25, 9084:5, 9084:9, 9084:24, 9154:21, 9161:5, 9211:19
**2,200** [1] - 9097:6
**2,500** [2] - 9096:1, 9096:13
**2,700** [1] - 9097:13
**2.14** [1] - 9164:13
**20** [5] - 9065:5, 9120:12, 9165:4, 9212:11, 9212:12
**2000** [4] - 9097:17, 9099:10, 9099:19,

9104:25
**20004** [1] - 9069:2
**2001** [3] - 9099:24, 9104:25, 9139:5
**20044** [3] - 9067:18, 9067:23, 9068:4
**2005** [4] - 9108:25, 9117:10, 9117:16, 9119:14
**2005-2010** [1] - 9109:13
**2007** [1] - 9126:20
**2008** [2] - 9125:12, 9205:1
**2009** [2] - 9125:12, 9205:1
**2010** [14] - 9065:6, 9105:1, 9108:8, 9108:23, 9108:25, 9111:1, 9111:15, 9111:21, 9111:24, 9112:2, 9112:5, 9114:19, 9202:17, 9205:4
**2013** [2] - 9065:8, 9072:2
**20th** [5] - 9176:13, 9177:1, 9177:22, 9193:17, 9201:5
**216,000** [1] - 9090:23
**2178** [2] - 9097:3, 9097:5
**21:30** [1] - 9166:5
**21:39** [1] - 9078:9
**21:41** [2] - 9141:21, 9207:14
**21:42** [11] - 9081:17, 9081:22, 9082:23, 9140:24, 9140:25, 9162:21, 9163:8, 9163:18, 9165:19, 9168:23, 9168:24
**21:43** [15] - 9082:14, 9159:15, 9159:16, 9160:10, 9161:20, 9161:22, 9162:7, 9162:10, 9162:21, 9163:8, 9163:9, 9163:18, 9168:8, 9168:10
**21:43:15** [1] - 9159:23
**21:43:40** [10] - 9082:9, 9082:17, 9082:24, 9083:10, 9157:3, 9157:20, 9158:25, 9164:22, 9165:6, 9165:15
**21:45** [3] - 9163:10, 9163:12, 9163:19

**21:46** [3] - 9166:24, 9167:4, 9172:19
**21:46:30** [2] - 9166:8, 9166:20
**21:47** [15] - 9083:5, 9083:10, 9084:1, 9091:14, 9091:20, 9092:25, 9160:21, 9160:25, 9161:1, 9161:6, 9161:17, 9162:1, 9165:15, 9168:8, 9168:10
**21:50** [1] - 9078:9
**2211** [1] - 9069:23
**2216** [1] - 9067:7
**225104.2** [1] - 9074:24
**22:42** [1] - 9140:23
**22nd** [7] - 9072:20, 9072:23, 9177:16, 9193:21, 9195:4, 9201:5, 9201:15
**22ND** [1] - 9066:15
**23451** [1] - 9066:15
**24** [4] - 9163:3, 9163:14, 9163:16, 9169:7
**25** [7] - 9163:12, 9163:15, 9163:16, 9164:6, 9186:4, 9192:17
**25049.131** [1] - 9144:25
**26** [4] - 9163:11, 9163:13, 9168:24, 9190:4
**2615** [1] - 9066:12
**27** [3] - 9085:21, 9162:22, 9164:6
**28** [1] - 9065:19
**2857** [2] - 9095:20, 9096:10
**292** [1] - 9186:4
**2:10-CV-02771** [1] - 9065:11
**2:10-CV-4536** [1] - 9065:14

## 3

**3,008** [1] - 9099:6
**3,300** [1] - 9096:19
**3-D** [1] - 9116:6
**3.3** [1] - 9207:17
**3.33** [3] - 9207:17, 9207:18, 9207:20
**3.33K7** [1] - 9207:15
**3.3K7** [1] - 9207:13
**3.4** [1] - 9206:11

**3.9** [6] - 9206:10, 9206:16, 9206:20, 9207:22, 9208:5, 9208:18
**3/4** [4] - 9116:16, 9116:20, 9116:23, 9127:3
**30** [3] - 9166:25, 9181:11, 9212:11
**300** [1] - 9069:5
**335** [1] - 9069:18
**340** [1] - 9173:8
**350,000** [3] - 9085:25, 9088:1, 9170:12
**35TH** [1] - 9069:18
**36** [2] - 9109:14, 9161:25
**36,000** [4] - 9161:22, 9162:10, 9163:16, 9163:19
**36,043** [1] - 9159:25
**360,000** [2] - 9085:24, 9170:10
**36130** [1] - 9068:9
**36604** [1] - 9066:10
**3668** [1] - 9066:4
**37,000** [1] - 9163:14
**3700** [2] - 9069:11, 9069:14
**38** [1] - 9109:14
**38,880** [1] - 9163:4
**39** [18] - 9184:2, 9184:4, 9184:7, 9184:8, 9187:19, 9194:1, 9194:20, 9195:1, 9195:8, 9196:11, 9196:20, 9198:12, 9198:23, 9199:9, 9199:14, 9199:19, 9199:20, 9200:18
**39,000** [5] - 9162:24, 9163:4, 9164:6, 9164:18, 9168:15
**390** [1] - 9173:7

## 4

**4** [1] - 9176:10
**4,000** [3] - 9094:23, 9094:25, 9096:22
**4,500** [2] - 9098:8, 9110:8
**40** [7] - 9082:14, 9148:19, 9152:18, 9163:18, 9166:5, 9181:11, 9203:9
**40008.29** [1] -

9141:16
**40020.12.1** [1] - 9191:2
**402** [1] - 9066:15
**41008.81.1** [1] - 9178:22
**41008.81.2** [1] - 9179:1
**41060.1** [1] - 9175:3
**4174** [1] - 9099:2
**43093.169.2** [1] - 9154:22
**43093.171.1** [1] - 9156:7
**4310** [1] - 9067:5
**435** [1] - 9066:20
**450** [1] - 9067:12
**4813.1** [1] - 9196:13
**4818** [1] - 9081:14

**5**

**5** [8] - 9094:6, 9095:6, 9095:22, 9097:2, 9101:25, 9103:17, 9105:4, 9105:14
**5,000** [7] - 9089:4, 9096:3, 9096:11, 9096:13, 9096:15, 9096:18, 9107:13
**5,000-foot** [2] - 9094:21, 9097:6
**50** [3] - 9081:12, 9123:9, 9123:16
**50,000** [5] - 9081:8, 9089:7, 9089:15, 9174:8, 9196:6
**50,000-pound** [1] - 9173:10
**500** [4] - 9066:4, 9068:8, 9070:10, 9168:1
**5000** [1] - 9068:23
**50150.145.1** [1] - 9162:8
**504** [1] - 9070:11
**53** [1] - 9113:17
**5395** [1] - 9067:12
**55** [3] - 9168:25, 9169:5, 9169:6
**556** [1] - 9066:4
**57** [1] - 9209:24
**589-7776** [1] - 9070:11
**5th** [3] - 9143:19, 9143:22, 9143:25

**6**

**6** [8] - 9084:3, 9084:9, 9084:11, 9175:5, 9175:10, 9175:14, 9206:10, 9206:13
**60** [4] - 9163:3, 9163:14, 9163:16, 9169:6
**60,000** [5] - 9084:3, 9084:9, 9161:11, 9162:2, 9205:23
**60.7** [1] - 9127:3
**600** [3] - 9066:15, 9066:17, 9069:21
**601** [1] - 9066:12
**60654** [1] - 9069:6
**61107.47.3** [1] - 9185:10
**618** [1] - 9067:2
**62,461** [1] - 9090:24
**65,000** [1] - 9174:2
**6637B** [1] - 9183:23

**7**

**7006.1** [1] - 9144:23
**701** [2] - 9068:17, 9068:23
**70113** [1] - 9066:7
**70130** [5] - 9066:13, 9066:18, 9067:8, 9068:18, 9070:11
**70139** [1] - 9068:23
**70163** [1] - 9069:12
**702** [2] - 9102:9, 9102:17
**702D** [10] - 9095:18, 9095:21, 9096:16, 9096:19, 9102:20, 9102:25, 9103:7, 9103:11, 9103:16, 9104:10
**70360** [1] - 9066:20
**70458** [1] - 9066:23
**70502** [2] - 9066:5, 9069:21
**70801** [1] - 9067:3
**70804** [1] - 9068:15
**75,000** [6] - 9079:6, 9079:8, 9079:21, 9080:4, 9080:24, 9082:16
**75270** [1] - 9070:5
**7611** [1] - 9067:18
**77002** [1] - 9069:15
**77006** [1] - 9067:5
**77010** [1] - 9070:7
**77098** [1] - 9069:24
**7859** [1] - 9168:20
**7TH** [1] - 9067:12

**8**

**8** [1] - 9213:18
**8,400** [1] - 9101:7
**80,000** [4] - 9164:19, 9165:20, 9168:12, 9169:7
**820** [1] - 9066:7
**86** [4] - 9084:13, 9085:1, 9161:15, 9208:5

**9**

**9** [1] - 9176:10
**90071** [1] - 9069:18
**9072/10** [1] - 9071:7
**9114/19** [1] - 9071:9
**9149/3** [1] - 9071:11
**9200/24** [1] - 9071:13
**94005** [1] - 9068:14
**94102** [1] - 9067:13
**9:43** [1] - 9159:16
**9:47** [1] - 9180:5
**9:49** [3] - 9177:22, 9180:5
**9TH** [1] - 9066:17

**A**

**ability** [3] - 9142:7, 9194:16, 9214:8
**able** [8] - 9080:2, 9089:16, 9091:6, 9110:17, 9128:22, 9128:24, 9200:10, 9203:23
**abnormal** [2] - 9103:23
**above** [30] - 9073:17, 9074:12, 9077:10, 9090:14, 9090:16, 9092:12, 9100:14, 9151:8, 9151:22, 9153:16, 9167:14, 9168:4, 9181:11, 9183:1, 9183:6, 9183:12, 9185:11, 9185:16, 9185:18, 9185:24, 9186:7, 9186:14, 9188:17, 9194:6, 9196:18, 9198:23, 9199:1, 9199:10, 9201:12, 9214:9
**above-entitled** [1] - 9214:9
**ABRAMSON** [1] - 9066:11
**accept** [4] - 9165:4, 9165:5, 9165:22, 9167:5
**accepting** [1] - 9113:19
**according** [21] - 9075:15, 9076:11, 9076:14, 9077:16, 9078:15, 9079:2, 9081:18, 9082:5, 9082:17, 9082:23, 9083:1, 9089:19, 9093:9, 9093:10, 9117:20, 9118:7, 9163:17, 9164:18, 9171:11, 9189:4, 9189:19
**account** [9] - 9089:9, 9089:10, 9098:2, 9174:3, 9174:9, 9174:14, 9185:11, 9185:16, 9186:6
**accounting** [1] - 9207:14
**accounts** [1] - 9190:3
**accurate** [3] - 9104:11, 9104:15, 9104:22
**accurately** [1] - 9186:9
**achieving** [1] - 9137:22
**acoustic** [7] - 9106:15, 9138:11, 9138:14, 9138:16, 9138:17, 9138:18
**across** [22] - 9075:15, 9090:5, 9101:25, 9117:3, 9117:11, 9117:16, 9117:17, 9118:2, 9118:8, 9118:21, 9119:21, 9120:1, 9121:11, 9128:5, 9133:12, 9158:2, 9158:12, 9175:7, 9198:16, 9198:18, 9199:2, 9202:23
**acted** [1] - 9095:11
**acting** [7] - 9078:13, 9078:14, 9079:1, 9086:23, 9090:15, 9095:9, 9156:16
**action** [1] - 9091:25
**ACTION** [1] - 9065:7
**actions** [2] - 9178:23, 9180:1
**activated** [6] - 9076:15, 9128:18, 9141:21, 9178:1, 9178:13, 9193:17
**activation** [3] - 9072:20, 9073:6, 9140:23
**acts** [1] - 9138:21
**actual** [19] - 9078:12, 9087:4, 9087:22, 9089:14, 9089:20, 9094:12, 9094:17, 9095:5, 9096:24, 9097:10, 9097:21, 9099:6, 9099:20, 9100:8, 9147:9, 9153:8, 9162:3, 9164:19, 9170:9
**actually** [31] - 9081:9, 9084:15, 9085:3, 9085:17, 9088:12, 9092:22, 9096:1, 9098:7, 9098:23, 9102:16, 9111:23, 9116:24, 9117:1, 9117:15, 9120:8, 9120:9, 9120:19, 9125:14, 9127:22, 9133:10, 9137:11, 9139:5, 9139:17, 9150:18, 9159:6, 9159:10, 9164:7, 9189:22, 9207:6, 9207:15
**add** [3] - 9087:6, 9104:4, 9104:7
**added** [1] - 9103:15
**adding** [1] - 9203:15
**addition** [4] - 9108:18, 9111:13, 9151:11, 9176:11
**additional** [10] - 9080:18, 9081:2, 9081:13, 9090:15, 9091:1, 9103:14, 9106:6, 9106:11, 9106:20, 9149:17
**additionally** [1] - 9080:15
**addressed** [1] - 9152:10
**addressing** [1] - 9146:21
**adequate** [5] - 9101:24, 9105:13, 9106:1, 9106:21,

9203:16
**adjust** [3] - 9078:6, 9096:11, 9097:23
**adjusted** [3] - 9096:13, 9099:16, 9143:2
**admiralty** [1] - 9148:15
**advantage** [1] - 9120:18
**advantages** [1] - 9096:4
**affected** [1] - 9097:4
**after** [40] - 9072:20, 9072:23, 9075:20, 9075:25, 9077:9, 9086:19, 9086:22, 9088:20, 9088:25, 9089:22, 9089:25, 9090:3, 9092:14, 9093:2, 9093:10, 9093:15, 9117:10, 9127:11, 9137:9, 9143:22, 9143:25, 9144:24, 9146:4, 9146:24, 9149:18, 9161:21, 9177:22, 9177:24, 9180:1, 9180:22, 9181:19, 9182:8, 9186:25, 9188:2, 9188:7, 9194:22, 9195:12, 9199:5
**afternoon** [5] - 9148:20, 9148:22, 9149:10, 9149:12
**AFTERNOON** [1] - 9065:19
**again** [19] - 9080:23, 9083:3, 9089:1, 9089:2, 9089:4, 9091:20, 9097:5, 9105:10, 9107:15, 9119:7, 9140:7, 9162:8, 9176:1, 9177:23, 9184:19, 9193:18, 9194:8, 9196:13
**against** [21] - 9075:5, 9119:7, 9119:23, 9124:11, 9124:12, 9125:1, 9133:6, 9133:15, 9133:18, 9133:23, 9184:17, 9184:22, 9184:23, 9185:4, 9185:5, 9185:8, 9186:2, 9202:25, 9203:5, 9203:10, 9203:22
**ago** [3] - 9137:5,

9158:8, 9168:7
**agree** [40] - 9076:21, 9081:16, 9102:6, 9103:14, 9105:19, 9105:20, 9105:25, 9106:8, 9120:15, 9120:17, 9121:14, 9121:22, 9121:24, 9122:2, 9122:14, 9123:1, 9128:6, 9128:7, 9136:20, 9137:17, 9140:22, 9141:24, 9143:10, 9143:14, 9143:16, 9151:7, 9152:4, 9157:18, 9157:19, 9158:22, 9163:5, 9181:24, 9183:6, 9183:18, 9184:7, 9190:17, 9190:21, 9197:8, 9201:3
**agreed** [5] - 9121:21, 9139:6, 9152:8, 9157:15, 9158:5
**agreement** [1] - 9135:8
**ahead** [3] - 9079:24, 9079:25, 9114:2
**air** [1] - 9170:1
**AL** [4] - 9065:13, 9065:15, 9066:10, 9068:9
**Alabama** [1] - 9149:5
**ALABAMA** [2] - 9068:6
**alert** [13] - 9120:10, 9120:11, 9125:11, 9125:14, 9125:15, 9125:17, 9126:2, 9127:21, 9204:5, 9204:8, 9205:1, 9205:3
**alerting** [1] - 9180:11
**all** [69] - 9081:16, 9097:20, 9098:2, 9099:13, 9105:25, 9107:8, 9107:22, 9111:6, 9111:11, 9112:21, 9114:1, 9114:2, 9115:23, 9117:2, 9117:11, 9117:15, 9118:2, 9118:8, 9118:18, 9119:20, 9119:25, 9120:13, 9121:2, 9121:11, 9128:23, 9130:4, 9132:2, 9133:12, 9137:19, 9139:3, 9141:24, 9148:5, 9148:7,

9149:3, 9154:1, 9154:3, 9156:16, 9162:10, 9163:17, 9166:13, 9166:18, 9170:21, 9172:11, 9172:21, 9173:16, 9175:11, 9175:13, 9179:15, 9179:24, 9180:22, 9181:19, 9181:20, 9182:8, 9193:24, 9195:4, 9196:17, 9198:8, 9198:9, 9199:11, 9199:15, 9201:5, 9201:22, 9212:20, 9212:22, 9213:6, 9213:10, 9213:20
**ALLAN** [1] - 9068:16
**allow** [4] - 9112:10, 9136:22, 9144:6, 9201:15
**almost** [4] - 9104:1, 9191:23, 9192:8, 9195:17
**along** [4] - 9086:2, 9162:16, 9192:10, 9197:17
**already** [8] - 9093:7, 9111:22, 9121:20, 9150:7, 9151:4, 9190:7, 9190:14, 9203:16
**also** [32] - 9083:11, 9097:13, 9111:14, 9120:10, 9120:17, 9120:23, 9122:9, 9125:4, 9125:6, 9125:8, 9129:1, 9131:5, 9131:9, 9131:23, 9133:25, 9143:18, 9143:21, 9151:14, 9157:1, 9160:21, 9165:11, 9167:3, 9174:9, 9180:10, 9185:11, 9186:6, 9187:18, 9188:4, 9195:15, 9198:15, 9208:7, 9213:3
**alternative** [3] - 9106:4, 9106:14, 9120:8
**although** [1] - 9166:4
**ambient** [1] - 9095:23
**amended** [1] - 9129:13
**AMERICA** [3] - 9065:14, 9067:10, 9068:21

**American** [1] - 9108:7
**AMERICAN** [1] - 9066:12
**AMF** [21] - 9076:1, 9076:3, 9076:5, 9076:11, 9076:16, 9076:22, 9093:16, 9100:10, 9100:18, 9138:4, 9138:5, 9138:8, 9138:21, 9138:24, 9139:11, 9139:24, 9152:7, 9178:1, 9178:11, 9178:21
**amount** [5] - 9084:12, 9130:1, 9130:2, 9130:3, 9130:11
**analysis** [41] - 9077:19, 9078:3, 9078:4, 9083:11, 9083:14, 9085:7, 9086:9, 9087:8, 9088:4, 9088:19, 9089:6, 9089:19, 9093:11, 9093:12, 9094:9, 9099:10, 9151:18, 9152:22, 9153:18, 9154:7, 9154:9, 9155:5, 9155:8, 9155:16, 9155:18, 9160:14, 9160:15, 9160:17, 9160:20, 9164:25, 9165:1, 9165:10, 9165:11, 9165:16, 9166:1, 9166:23, 9169:13, 9205:17, 9211:1, 9211:5
**AND** [2] - 9065:12, 9069:9
**Andrew** [1] - 9213:11
**ANDREW** [1] - 9069:4
**ANGELES** [1] - 9069:18
**angle** [5] - 9131:20, 9131:25, 9132:18, 9133:5, 9184:25
**annular** [100] - 9074:19, 9075:5, 9075:10, 9075:17, 9076:10, 9076:15, 9077:14, 9077:16, 9077:18, 9081:7, 9081:11, 9081:15, 9081:17, 9082:9, 9082:25, 9093:7, 9107:11, 9107:13,

9140:11, 9140:16, 9140:23, 9141:2, 9141:8, 9141:11, 9141:13, 9141:21, 9141:23, 9142:6, 9142:7, 9142:11, 9142:14, 9142:15, 9142:18, 9142:19, 9142:25, 9143:7, 9143:18, 9143:21, 9144:2, 9144:3, 9144:13, 9144:14, 9144:17, 9144:19, 9144:20, 9145:20, 9145:25, 9146:2, 9146:5, 9146:17, 9146:22, 9146:24, 9147:2, 9147:8, 9150:3, 9150:16, 9150:18, 9152:1, 9159:23, 9160:5, 9174:4, 9174:15, 9174:20, 9175:15, 9175:20, 9175:24, 9176:3, 9176:12, 9176:18, 9177:6, 9179:12, 9183:10, 9183:24, 9185:12, 9185:16, 9185:18, 9186:7, 9186:14, 9188:17, 9189:5, 9194:7, 9196:18, 9197:1, 9197:4, 9198:24, 9199:10, 9199:15, 9200:20, 9200:22, 9201:8, 9201:9, 9201:11, 9201:14, 9201:17, 9207:13, 9209:23, 9210:4, 9210:7, 9210:8
**annular's** [1] - 9142:2
**annulus** [6] - 9084:12, 9086:18, 9088:4, 9131:5, 9209:25, 9210:13
**another** [3] - 9136:24, 9169:24, 9191:11
**answer** [15] - 9075:3, 9119:25, 9124:13, 9126:7, 9134:11, 9134:23, 9136:3, 9136:9, 9145:23, 9169:9, 9186:17, 9186:18, 9200:8, 9200:11, 9200:13
**ANSWER** [15] - 9075:9, 9136:6,

9136:15, 9145:23,
9146:3, 9146:6,
9146:8, 9146:11,
9146:13, 9169:2,
9169:10, 9176:14,
9186:10, 9186:12,
9186:16

**ANTHONY** [1] -
9067:7

**anticipated** [3] -
9101:2, 9101:3,
9104:14

**any** [52] - 9076:10,
9076:14, 9076:23,
9083:11, 9087:6,
9090:4, 9091:6,
9093:3, 9093:8,
9093:14, 9094:8,
9094:20, 9096:4,
9099:22, 9103:23,
9103:24, 9104:17,
9104:24, 9106:11,
9106:20, 9109:3,
9110:17, 9112:1,
9114:12, 9114:14,
9148:1, 9153:3,
9153:4, 9155:9,
9160:14, 9160:17,
9163:21, 9165:20,
9167:6, 9174:21,
9176:17, 9177:5,
9182:2, 9183:3,
9187:18, 9190:19,
9195:6, 9195:7,
9195:18, 9195:20,
9203:18, 9203:23,
9203:24, 9204:14,
9204:24, 9211:1

**anybody** [2] -
9119:20, 9120:5

**anymore** [2] -
9182:20, 9197:18

**anything** [4] -
9073:4, 9103:23,
9121:24, 9145:21

**anyway** [1] - 9078:4

**apart** [4] - 9073:6,
9183:6, 9185:17,
9185:20

**APD** [4] - 9100:25,
9101:9, 9101:19,
9107:23

**APDs** [6] - 9111:6,
9111:21, 9111:22,
9111:23, 9111:25,
9112:8

**API** [1] - 9113:18

**apologize** [5] -
9120:25, 9128:9,
9129:3, 9211:14

**apparent** [3] -
9159:22, 9209:22,
9210:8

**APPEARANCES** [1] -
9066:1

**appears** [1] -
9184:10

**Appendix** [1] -
9206:11

**application** [4] -
9101:1, 9101:18,
9107:21, 9110:16

**applied** [4] -
9081:19, 9089:19,
9165:7, 9174:8

**apply** [1] - 9080:18

**applying** [3] -
9093:12, 9142:14,
9154:18

**approach** [2] -
9115:24, 9206:22

**appropriate** [3] -
9111:10, 9136:4,
9136:14

**appropriately** [1] -
9093:22

**approve** [1] -
9101:20

**approved** [13] -
9107:2, 9107:11,
9107:13, 9107:15,
9107:17, 9107:20,
9107:22, 9111:21,
9111:22, 9111:23,
9112:1, 9112:8

**approximately** [10] -
9081:5, 9084:3,
9096:1, 9096:19,
9117:16, 9140:18,
9141:24, 9159:25,
9161:11, 9190:4

**APRIL** [2] - 9065:5,
9072:2

**April** [18] - 9065:8,
9072:20, 9072:23,
9097:17, 9099:19,
9111:1, 9114:19,
9143:19, 9143:22,
9143:25, 9175:5,
9175:10, 9175:14,
9176:13, 9177:16,
9193:17, 9195:4,
9202:17

**are** [94] - 9073:12,
9073:14, 9073:15,
9076:11, 9078:20,
9079:1, 9086:24,
9090:3, 9090:13,
9091:6, 9093:14,
9095:4, 9095:5,

9095:22, 9096:7,
9097:4, 9097:21,
9098:9, 9103:15,
9103:18, 9103:21,
9105:18, 9106:4,
9106:15, 9106:16,
9107:17, 9108:20,
9108:25, 9110:20,
9110:22, 9112:17,
9112:18, 9113:6,
9113:9, 9116:5,
9118:15, 9120:13,
9122:3, 9122:15,
9123:8, 9123:20,
9125:6, 9127:15,
9128:11, 9128:12,
9131:9, 9132:7,
9132:8, 9132:12,
9134:22, 9135:8,
9136:24, 9139:17,
9143:18, 9143:21,
9144:17, 9144:20,
9148:5, 9148:16,
9148:18, 9148:19,
9148:21, 9159:13,
9163:11, 9165:10,
9167:22, 9168:12,
9170:24, 9171:1,
9171:17, 9172:14,
9172:21, 9173:16,
9174:22, 9177:18,
9178:8, 9180:1,
9182:10, 9182:12,
9182:19, 9186:13,
9190:2, 9190:11,
9196:15, 9199:16,
9203:2, 9203:20,
9203:24, 9206:10,
9208:25, 9211:9,
9212:8

**area** [8] - 9077:9,
9100:15, 9115:16,
9115:17, 9148:15,
9151:25, 9192:24,
9196:10

**areas** [2] - 9096:7,
9099:4

**aren't** [2] - 9125:6,
9167:23

**arisen** [1] - 9203:3

**around** [16] - 9077:8,
9084:1, 9090:18,
9119:17, 9133:6,
9137:25, 9144:7,
9149:19, 9161:7,
9163:11, 9167:4,
9167:22, 9172:18,
9173:7, 9191:13

**ARRELL** [1] -
9069:22

**arrived** [1] - 9167:6

**arrow** [1] - 9191:10

**ASBILL** [1] - 9069:13

**ascending** [1] -
9095:14

**ask** [8] - 9112:13,
9121:12, 9122:21,
9128:9, 9128:10,
9129:18, 9143:14,
9157:9

**asked** [9] - 9121:12,
9122:21, 9124:3,
9138:8, 9176:2,
9186:17, 9202:4,
9205:17, 9208:21

**asking** [6] - 9117:18,
9133:2, 9135:15,
9147:14, 9175:13

**assembled** [1] -
9097:12

**assembly** [6] -
9085:21, 9085:22,
9085:23, 9087:25,
9089:3, 9170:4

**ASSET** [1] - 9065:12

**assist** [3] - 9091:2,
9091:5

**associated** [2] -
9203:24, 9204:24

**assume** [4] - 9123:6,
9129:12, 9160:17,
9181:13

**assumes** [1] -
9211:6

**assuming** [4] -
9116:18, 9158:9,
9158:22, 9210:19

**assumption** [2] -
9210:9, 9210:16

**assumptions** [3] -
9078:22, 9078:24,
9085:11

**At** [1] - 9155:19

**at** [236] - 9072:14,
9072:22, 9072:23,
9072:24, 9073:2,
9073:6, 9073:18,
9073:19, 9073:20,
9074:5, 9075:2,
9075:6, 9075:16,
9075:23, 9076:3,
9076:7, 9076:14,
9076:22, 9077:16,
9077:18, 9077:19,
9079:8, 9079:18,
9080:7, 9081:7,
9081:11, 9081:17,
9081:18, 9081:21,
9081:22, 9082:9,
9082:14, 9082:17,

9082:23, 9083:8,
9083:15, 9083:25,
9084:5, 9084:18,
9084:23, 9085:1,
9085:13, 9085:18,
9085:19, 9087:2,
9087:24, 9088:2,
9088:11, 9088:14,
9089:4, 9089:21,
9090:6, 9091:11,
9091:14, 9092:24,
9093:1, 9093:9,
9093:12, 9093:15,
9093:16, 9094:6,
9094:18, 9094:20,
9095:23, 9096:1,
9096:10, 9096:18,
9096:25, 9097:11,
9097:12, 9097:13,
9098:11, 9098:13,
9099:25, 9100:9,
9100:18, 9101:3,
9101:25, 9103:23,
9105:18, 9108:1,
9109:20, 9110:5,
9110:6, 9111:10,
9111:13, 9111:14,
9111:15, 9113:9,
9119:11, 9119:20,
9120:19, 9121:19,
9123:12, 9124:9,
9127:20, 9130:3,
9131:20, 9131:21,
9132:16, 9132:25,
9133:14, 9134:8,
9137:8, 9137:9,
9137:13, 9137:15,
9137:22, 9139:6,
9141:21, 9142:12,
9143:10, 9148:4,
9150:3, 9150:7,
9150:11, 9150:12,
9150:15, 9150:17,
9151:20, 9151:25,
9152:1, 9152:5,
9152:7, 9152:8,
9152:13, 9152:18,
9153:2, 9153:8,
9155:16, 9156:7,
9156:10, 9157:9,
9157:20, 9158:12,
9158:13, 9159:5,
9159:7, 9159:10,
9159:15, 9159:16,
9159:23, 9160:4,
9160:8, 9160:21,
9160:24, 9161:6,
9161:22, 9162:1,
9162:4, 9162:7,
9162:14, 9162:21,
9163:9, 9163:18,

9163:21, 9164:6, 9164:7, 9165:6, 9165:13, 9165:19, 9166:5, 9166:10, 9166:24, 9167:15, 9167:20, 9168:6, 9168:8, 9168:11, 9168:14, 9168:16, 9168:23, 9168:24, 9169:5, 9170:9, 9171:25, 9173:1, 9174:16, 9174:18, 9175:18, 9176:8, 9176:18, 9178:13, 9178:22, 9179:1, 9180:5, 9183:12, 9183:18, 9184:2, 9184:4, 9184:6, 9184:25, 9185:3, 9186:3, 9188:21, 9188:23, 9189:23, 9190:1, 9190:7, 9190:13, 9191:1, 9191:23, 9193:3, 9193:24, 9196:17, 9197:14, 9199:19, 9201:14, 9202:21, 9202:24, 9204:3, 9205:21, 9208:25, 9209:13, 9209:15, 9209:22, 9210:8, 9210:10, 9210:11, 9210:18, 9210:20, 9210:22, 9211:23, 9212:4, 9213:3

**attended** [1] - 9145:10

**attention** [2] - 9093:20, 9206:6

**ATTORNEY** [4] - 9068:6, 9068:7, 9068:11, 9068:13

**August** [1] - 9193:17

**autoshear** [9] - 9072:15, 9072:20, 9073:6, 9076:7, 9152:14, 9152:18, 9178:14, 9193:16, 9193:20

**available** [15] - 9094:25, 9096:20, 9096:21, 9096:22, 9100:21, 9105:14, 9106:1, 9111:8, 9117:9, 9118:6, 9120:9, 9127:15, 9128:1, 9141:20, 9188:21

**AVENUE** [5] - 9066:7, 9067:12, 9068:8, 9069:2, 9069:18

**aware** [19] - 9102:2, 9105:18, 9106:5, 9106:16, 9108:25, 9120:13, 9123:8, 9123:11, 9127:22, 9133:22, 9139:14, 9143:18, 9143:21, 9144:17, 9144:20, 9160:12, 9203:2, 9204:25

**away** [3] - 9116:9, 9184:7, 9185:1

**awhile** [1] - 9121:19

**axial** [3] - 9079:6, 9154:18, 9155:20

**axis** [4] - 9078:8, 9078:10, 9094:13, 9094:14

## B

**back** [30] - 9072:11, 9080:20, 9085:5, 9085:14, 9089:24, 9091:17, 9099:4, 9099:8, 9100:5, 9112:13, 9117:14, 9119:9, 9121:13, 9133:7, 9135:23, 9138:20, 9159:5, 9159:9, 9173:2, 9175:12, 9175:14, 9176:1, 9181:21, 9191:2, 9192:4, 9194:23, 9196:5, 9196:12, 9201:22, 9212:9

**backup** [5] - 9106:15, 9138:8, 9138:10, 9138:21

**bad** [1] - 9138:8

**balance** [2] - 9079:7, 9080:17

**balanced** [1] - 9096:8

**Barbier** [1] - 9137:5

**BARBIER** [1] - 9065:21

**barrel** [3] - 9167:20, 9167:25, 9168:1

**barrels** [42] - 9084:3, 9084:10, 9157:21, 9158:10, 9158:19, 9158:23, 9159:2, 9160:1, 9161:11, 9161:17, 9161:22, 9161:24, 9162:2, 9162:10, 9162:22, 9162:24, 9163:3, 9163:4, 9163:11, 9163:12, 9163:13, 9163:14, 9163:16, 9163:17, 9163:19, 9164:6, 9164:18, 9164:19, 9165:20, 9166:5, 9167:21, 9168:1, 9168:12, 9168:15, 9168:24, 9168:25, 9169:5, 9169:7, 9205:23, 9209:12

**Based** [2] - 9110:7, 9141:20

**based** [10] - 9079:1, 9088:12, 9101:22, 9110:17, 9153:1, 9154:9, 9155:15, 9155:18, 9156:9

**bases** [1] - 9106:23

**basic** [1] - 9078:2

**basically** [3] - 9094:12, 9102:11, 9183:16

**basis** [4] - 9093:24, 9094:1, 9117:1, 9165:20

**BATON** [2] - 9067:3, 9068:15

**be** [124] - 9072:6, 9075:23, 9076:5, 9078:23, 9079:7, 9079:9, 9080:2, 9080:4, 9080:14, 9081:2, 9081:10, 9081:13, 9082:15, 9083:22, 9085:3, 9085:21, 9085:24, 9086:22, 9087:13, 9087:14, 9088:9, 9089:17, 9090:15, 9090:16, 9091:6, 9093:8, 9093:14, 9095:23, 9096:13, 9096:19, 9096:20, 9097:5, 9097:19, 9097:20, 9100:25, 9101:16, 9102:16, 9103:15, 9104:10, 9104:15, 9106:11, 9108:13, 9108:25, 9113:3, 9113:5, 9113:7, 9116:12, 9119:15, 9125:12, 9127:15, 9127:22, 9128:22, 9128:24, 9131:19, 9132:15, 9132:21, 9132:25, 9133:4, 9133:5, 9133:6, 9136:4, 9136:13, 9136:21, 9136:24, 9139:15, 9139:24, 9143:4, 9143:10, 9143:16, 9147:6, 9148:10, 9148:13, 9148:14, 9150:23, 9152:11, 9152:13, 9153:11, 9153:22, 9153:24, 9157:22, 9163:10, 9167:1, 9167:16, 9168:1, 9168:14, 9171:6, 9171:23, 9172:10, 9172:22, 9173:25, 9174:10, 9174:13, 9176:21, 9178:11, 9179:17, 9180:3, 9181:18, 9184:10, 9185:3, 9185:4, 9185:20, 9186:1, 9186:15, 9191:14, 9191:18, 9194:3, 9195:13, 9198:12, 9200:10, 9201:2, 9204:2, 9206:3, 9207:20, 9209:4, 9209:15, 9210:11, 9210:12, 9213:10

**BEACH** [1] - 9066:15

**because** [44] - 9079:22, 9081:9, 9090:24, 9097:20, 9098:22, 9100:16, 9113:24, 9114:10, 9115:7, 9115:11, 9116:20, 9118:11, 9119:15, 9121:3, 9123:19, 9124:21, 9126:3, 9127:22, 9131:21, 9132:2, 9133:11, 9136:19, 9137:13, 9138:3, 9143:13, 9144:4, 9144:9, 9144:13, 9146:23, 9157:20, 9158:8, 9158:13, 9158:19, 9160:17, 9169:24, 9171:4, 9171:17, 9172:23, 9185:17, 9201:11, 9203:19, 9203:25, 9204:17

**become** [3] - 9130:20, 9134:11, 9168:1

**becomes** [1] - 9185:23

**been** [64] - 9074:12, 9074:18, 9075:19, 9075:25, 9076:12, 9076:15, 9076:16, 9077:15, 9081:19, 9081:24, 9082:2, 9082:25, 9083:8, 9085:15, 9089:16, 9089:21, 9090:25, 9093:11, 9099:16, 9100:15, 9102:17, 9103:5, 9103:7, 9103:19, 9106:1, 9106:11, 9106:14, 9108:22, 9109:20, 9110:13, 9111:7, 9111:8, 9127:14, 9134:12, 9136:6, 9137:10, 9139:1, 9139:12, 9142:11, 9143:18, 9143:21, 9143:24, 9144:10, 9144:11, 9153:12, 9173:14, 9177:17, 9178:4, 9178:10, 9178:13, 9180:2, 9182:1, 9183:4, 9185:12, 9186:7, 9197:14, 9197:17, 9203:23, 9204:12, 9204:17, 9205:5, 9205:12, 9206:7, 9210:20

**BEFORE** [1] - 9065:21

**before** [53] - 9073:20, 9075:20, 9076:23, 9079:9, 9080:15, 9080:16, 9082:8, 9083:4, 9083:5, 9083:15, 9084:6, 9084:24, 9085:6, 9086:4, 9086:17, 9088:14, 9089:21, 9093:10, 9112:14, 9126:21, 9130:11, 9134:12, 9135:14, 9136:7, 9136:19, 9136:23, 9137:17, 9137:23, 9139:21, 9140:19, 9143:19, 9146:15, 9148:3, 9150:24, 9151:12, 9154:16, 9159:22, 9165:6, 9165:25, 9166:8, 9172:15, 9172:21, 9175:13, 9178:11, 9180:6, 9183:7, 9183:8, 9187:9, 9190:17, 9190:19, 9193:11, 9193:16,

9193:20
**beginning** [3] - 9142:10, 9178:8, 9191:15
**begins** [3] - 9098:18, 9175:7, 9206:6
**behalf** [2] - 9078:17, 9202:1
**being** [50] - 9073:23, 9076:22, 9085:11, 9092:22, 9095:11, 9096:7, 9097:11, 9098:20, 9100:18, 9102:24, 9111:15, 9120:12, 9120:18, 9122:3, 9124:1, 9126:9, 9135:21, 9144:6, 9147:11, 9147:12, 9151:13, 9151:21, 9154:1, 9157:19, 9166:9, 9171:25, 9172:12, 9172:22, 9173:13, 9173:16, 9173:19, 9174:8, 9174:9, 9174:15, 9183:1, 9188:18, 9190:8, 9190:22, 9190:23, 9190:25, 9194:2, 9197:4, 9198:10, 9202:21, 9203:5, 9203:10, 9204:4, 9210:3
**believe** [33] - 9075:7, 9076:2, 9081:6, 9082:8, 9104:10, 9105:7, 9105:10, 9113:18, 9128:15, 9129:12, 9129:14, 9135:24, 9136:11, 9137:24, 9140:4, 9143:5, 9150:4, 9152:16, 9158:22, 9158:24, 9161:12, 9168:10, 9172:18, 9176:11, 9178:4, 9184:16, 9184:20, 9186:11, 9189:8, 9189:22, 9191:16, 9200:19, 9204:21
**believed** [1] - 9196:24
**believes** [1] - 9152:12
**below** [34] - 9073:25, 9074:16, 9077:6, 9077:17, 9078:13, 9079:7, 9079:19, 9080:25, 9085:23, 9086:8, 9086:19, 9086:23, 9089:10, 9090:1, 9090:3, 9090:8, 9091:10, 9092:11, 9093:3, 9102:18, 9132:1, 9153:23, 9154:10, 9155:1, 9155:11, 9157:25, 9164:15, 9170:15, 9174:20, 9191:10, 9195:13, 9197:4, 9201:7, 9201:8
**BEN** [1] - 9068:4
**bend** [3] - 9154:2, 9194:6, 9194:16
**bending** [9] - 9133:6, 9184:10, 9184:11, 9184:14, 9197:13, 9198:6, 9198:8, 9198:10, 9198:13
**benefit** [2] - 9096:6, 9188:20
**bent** [14] - 9075:2, 9194:1, 9196:12, 9196:17, 9197:4, 9197:11, 9197:14, 9197:20, 9197:24, 9198:14, 9198:15, 9198:19, 9199:3, 9199:5
**best** [2] - 9137:22, 9214:8
**bet** [1] - 9147:24
**better** [14] - 9120:17, 9120:23, 9121:6, 9121:7, 9121:10, 9121:13, 9121:14, 9121:16, 9123:16, 9124:25, 9125:8, 9136:25, 9203:23
**between** [9] - 9073:16, 9076:10, 9076:15, 9081:12, 9083:9, 9109:8, 9149:1, 9200:25, 9204:19
**beyond** [3] - 9157:20, 9158:25, 9187:10
**big** [5] - 9085:19, 9115:6, 9127:5, 9127:6, 9171:1
**bit** [5] - 9132:17, 9163:15, 9168:25, 9169:23, 9180:21
**black** [6] - 9079:4, 9079:5, 9080:3, 9080:23, 9080:24, 9162:17
**blade** [7] - 9074:12, 9103:19, 9104:7, 9118:18, 9118:21, 9119:15, 9119:18
**blades** [18] - 9074:5, 9074:10, 9104:4, 9115:13, 9115:15, 9115:20, 9115:21, 9121:4, 9121:11, 9123:23, 9123:25, 9125:25, 9128:4, 9133:11, 9203:7, 9203:11, 9203:19, 9204:20
**bleed** [1] - 9207:14
**blind** [77] - 9073:16, 9073:25, 9075:2, 9076:14, 9076:16, 9094:18, 9098:18, 9099:21, 9100:3, 9100:9, 9100:14, 9100:19, 9101:9, 9101:23, 9103:20, 9103:21, 9103:24, 9107:8, 9107:25, 9108:9, 9108:12, 9108:14, 9108:19, 9108:22, 9110:20, 9110:21, 9110:22, 9110:23, 9110:25, 9111:4, 9112:2, 9112:6, 9112:11, 9112:18, 9112:19, 9113:11, 9113:19, 9113:20, 9114:6, 9114:11, 9114:13, 9114:15, 9115:10, 9115:11, 9123:24, 9133:10, 9134:13, 9135:5, 9135:7, 9135:11, 9135:14, 9136:1, 9136:7, 9136:13, 9136:19, 9136:20, 9136:23, 9136:25, 9138:25, 9139:7, 9139:10, 9139:11, 9139:22, 9152:23, 9153:2, 9153:12, 9154:2, 9185:3, 9185:6, 9198:18, 9199:2, 9202:7, 9202:25, 9203:6, 9203:11, 9203:16
**blip** [3] - 9098:11, 9098:14, 9098:15
**block** [15] - 9092:3, 9117:2, 9117:11, 9117:15, 9118:2, 9118:8, 9119:11, 9119:14, 9119:20, 9123:15, 9127:24, 9170:4, 9186:25, 9190:18, 9199:14
**blocks** [17] - 9073:1, 9073:4, 9115:10, 9115:18, 9116:16, 9120:14, 9121:3, 9121:19, 9121:20, 9121:22, 9121:25, 9122:3, 9186:19, 9186:21, 9192:2, 9194:23
**blow** [4] - 9129:10, 9136:3, 9141:16, 9166:18
**blown** [2] - 9126:15, 9173:16
**blowout** [2] - 9128:18, 9128:21
**blowouts** [2] - 9128:12, 9128:13
**blowup** [1] - 9162:15
**blue** [12] - 9078:20, 9078:23, 9078:25, 9092:23, 9095:5, 9097:9, 9097:10, 9098:10, 9099:11, 9099:14, 9100:6, 9162:16
**Bly** [11] - 9140:18, 9188:9, 9188:11, 9188:13, 9188:20, 9188:22, 9188:25, 9189:25, 9190:12
**boils** [1] - 9167:21
**bolded** [1] - 9094:23
**booked** [1] - 9109:14
**boosters** [2] - 9106:15, 9122:9
**BOP** [106] - 9076:22, 9088:8, 9088:11, 9088:14, 9089:4, 9091:7, 9092:2, 9093:22, 9094:2, 9094:5, 9094:21, 9095:1, 9095:12, 9096:21, 9097:11, 9099:20, 9099:23, 9100:13, 9101:3, 9101:4, 9101:24, 9101:25, 9102:3, 9103:4, 9105:16, 9105:20, 9106:4, 9106:5, 9106:11, 9106:21, 9107:1, 9107:7, 9107:19, 9108:1, 9108:12, 9108:13, 9109:10, 9110:25, 9114:18, 9115:7, 9117:11, 9120:12, 9120:14, 9125:1, 9125:25, 9128:3, 9128:17, 9128:21, 9131:17, 9131:21, 9131:24, 9132:1, 9132:16, 9133:5, 9133:8, 9133:23, 9136:5, 9136:13, 9136:14, 9137:9, 9138:22, 9143:8, 9145:9, 9145:12, 9145:15, 9145:17, 9147:7, 9147:14, 9149:25, 9151:15, 9153:2, 9158:9, 9158:12, 9158:13, 9164:15, 9167:22, 9168:6, 9179:17, 9184:17, 9184:22, 9184:24, 9185:1, 9185:2, 9185:5, 9185:19, 9185:24, 9186:2, 9190:2, 9194:7, 9194:11, 9197:9, 9202:25, 9203:5, 9203:17, 9203:21, 9203:22, 9204:4, 9204:13, 9205:9, 9205:10, 9205:13, 9208:25, 9209:16, 9210:10, 9210:11, 9210:22
**BOP's** [3] - 9105:7, 9105:11, 9141:21
**BOPs** [3] - 9109:1, 9112:11, 9128:11
**bore** [63] - 9073:16, 9073:21, 9074:4, 9077:9, 9079:8, 9079:19, 9081:9, 9086:17, 9086:20, 9086:23, 9088:25, 9089:9, 9089:11, 9089:12, 9090:13, 9090:18, 9090:20, 9090:21, 9090:22, 9090:23, 9091:2, 9091:3, 9092:9, 9092:12, 9095:15, 9097:19, 9100:14, 9121:11, 9133:23, 9137:25, 9141:6, 9150:25, 9151:2, 9151:8, 9151:9, 9151:13, 9151:14, 9151:22, 9151:23, 9152:1, 9155:17, 9155:24, 9156:2, 9157:6, 9161:6, 9166:9, 9166:14,

9166:17, 9177:16, 9181:3, 9181:4, 9181:16, 9182:1, 9182:10, 9191:5, 9191:13, 9191:15, 9192:2, 9193:1, 9198:16, 9198:18, 9203:21

**bores** [1] - 9178:15

**both** [8] - 9091:1, 9099:1, 9123:1, 9123:2, 9123:14, 9150:6, 9152:4, 9152:8

**bottom** [19] - 9073:13, 9073:19, 9074:3, 9075:4, 9110:6, 9118:18, 9154:1, 9154:19, 9155:19, 9164:14, 9166:8, 9172:12, 9174:18, 9179:2, 9184:2, 9199:19, 9199:20, 9200:18

**BOULEVARD** [1] - 9067:5

**BOUNDS** [1] - 9066:8

**bowed** [2] - 9075:4, 9075:6

**box** [1] - 9199:5

**BOX** [4] - 9066:4, 9067:18, 9067:23, 9068:14

**BP** [20] - 9065:15, 9068:20, 9068:21, 9068:21, 9122:2, 9139:9, 9139:12, 9144:17, 9144:20, 9145:6, 9145:18, 9146:19, 9146:20, 9147:6, 9148:11, 9161:12, 9162:7, 9201:22, 9202:1, 9212:25

**BP's** [2] - 9122:11, 9213:14

**BRAD** [1] - 9069:17

**bragged** [1] - 9122:3

**BRANCH** [3] - 9067:11, 9067:20, 9068:2

**break** [6] - 9072:13, 9144:24, 9148:1, 9149:16, 9149:18, 9195:18

**breaking** [1] - 9195:12

**Breazeale** [4] - 9144:25, 9145:1,

9145:18, 9146:18

**BREIT** [2] - 9066:14, 9066:14

**BRENNAN** [1] - 9069:13

**BRIAN** [1] - 9069:17

**briefly** [3] - 9078:8, 9099:8, 9105:23

**bring** [17] - 9079:14, 9085:16, 9093:6, 9096:18, 9098:4, 9102:23, 9105:23, 9107:5, 9108:4, 9109:7, 9111:19, 9115:19, 9157:8, 9163:1, 9205:25, 9209:3, 9209:18

**Brock** [1] - 9148:11

**BROCK** [17] - 9069:1, 9148:11, 9148:18, 9148:25, 9211:22, 9212:1, 9212:3, 9212:7, 9212:12, 9212:14, 9212:18, 9212:21, 9212:25, 9213:3, 9213:9, 9213:13, 9213:16

**broke** [7] - 9183:6, 9183:12, 9184:7, 9190:1, 9192:3, 9192:22, 9196:5

**broken** [1] - 9194:13

**brought** [2] - 9099:17, 9115:16

**brown** [5] - 9095:4, 9095:16, 9095:17, 9095:25, 9102:9

**BSEE** [1] - 9112:10

**BSR** [3] - 9076:6, 9108:20, 9139:24

**BSRs** [2] - 9153:8, 9202:23

**buckle** [26] - 9075:9, 9076:8, 9080:16, 9080:19, 9082:19, 9085:12, 9087:17, 9088:6, 9088:17, 9089:16, 9091:6, 9093:3, 9130:25, 9151:4, 9151:22, 9155:17, 9155:25, 9156:4, 9156:11, 9156:23, 9157:2, 9159:18, 9160:8, 9160:11, 9160:23, 9211:5

**buckled** [34] - 9074:17, 9074:19, 9075:4, 9075:16,

9075:20, 9075:23, 9075:25, 9076:6, 9076:12, 9076:21, 9076:22, 9077:15, 9081:3, 9082:2, 9082:25, 9083:8, 9089:21, 9093:15, 9114:8, 9133:23, 9150:7, 9150:12, 9150:22, 9150:23, 9151:8, 9152:8, 9152:12, 9152:13, 9152:17, 9153:16, 9153:22, 9198:22, 9198:23, 9199:6

**buckling** [13] - 9075:3, 9075:8, 9077:13, 9077:19, 9087:7, 9093:8, 9093:11, 9151:15, 9152:17, 9157:7, 9157:25, 9210:24, 9211:2

**build** [2] - 9109:1, 9109:13

**BUILDING** [1] - 9066:12

**builds** [1] - 9109:4

**built** [2] - 9116:20, 9174:15

**bullet** [3] - 9089:25, 9093:20, 9106:3

**bulletin** [6] - 9095:18, 9102:10, 9102:11, 9102:19, 9102:20, 9104:10

**buoyancies** [1] - 9156:16

**buoyancy** [11] - 9171:4, 9171:5, 9171:8, 9171:13, 9171:19, 9172:4, 9172:24, 9173:24, 9174:11, 9174:23

**BURLING** [1] - 9069:1

**but** [77] - 9074:22, 9079:21, 9080:6, 9081:8, 9086:13, 9086:22, 9088:4, 9089:2, 9089:8, 9095:2, 9097:13, 9098:8, 9099:3, 9099:5, 9099:24, 9101:2, 9104:5, 9108:10, 9108:13, 9111:23, 9113:11, 9113:14, 9116:23, 9117:14, 9117:20, 9119:4, 9119:9,

9120:10, 9122:18, 9122:19, 9124:22, 9124:25, 9125:3, 9125:16, 9126:5, 9127:2, 9127:6, 9132:14, 9132:25, 9133:17, 9136:1, 9137:8, 9139:1, 9142:18, 9145:11, 9146:21, 9149:16, 9149:18, 9150:22, 9151:24, 9152:12, 9160:14, 9162:3, 9162:17, 9165:4, 9166:13, 9168:10, 9171:5, 9171:6, 9173:22, 9176:20, 9177:14, 9177:16, 9182:12, 9184:24, 9187:16, 9190:15, 9192:13, 9199:18, 9200:3, 9200:20, 9203:20, 9204:3, 9204:9, 9204:16, 9211:14, 9211:24

**by** [97] - 9071:7, 9071:9, 9071:11, 9071:13, 9073:23, 9077:7, 9080:3, 9081:16, 9081:21, 9083:11, 9084:16, 9085:9, 9085:17, 9086:1, 9086:2, 9087:1, 9088:4, 9089:5, 9089:12, 9090:25, 9091:24, 9094:4, 9094:16, 9095:11, 9097:4, 9098:10, 9099:10, 9099:13, 9102:18, 9103:21, 9107:6, 9107:11, 9107:22, 9109:18, 9111:9, 9112:8, 9112:22, 9113:12, 9116:6, 9120:7, 9121:17, 9122:8, 9122:14, 9125:3, 9126:2, 9126:8, 9128:18, 9131:4, 9132:23, 9134:13, 9135:14, 9136:7, 9137:21, 9138:14, 9138:18, 9139:4, 9139:9, 9139:22, 9142:11, 9143:7, 9148:13, 9148:14, 9150:15, 9153:21, 9154:18, 9154:25, 9155:24, 9157:6, 9163:12, 9163:23, 9164:13,

9166:8, 9166:20, 9168:2, 9173:13, 9177:16, 9180:1, 9184:21, 9188:18, 9189:2, 9189:22, 9190:3, 9190:8, 9191:5, 9195:7, 9201:15, 9205:5, 9205:18, 9207:25, 9208:11, 9208:21, 9210:3, 9212:14, 9213:1, 9213:11

**BY** [89] - 9065:4, 9066:3, 9066:6, 9066:9, 9066:11, 9066:14, 9066:17, 9066:19, 9066:22, 9067:2, 9067:4, 9067:7, 9067:11, 9067:15, 9067:20, 9068:2, 9068:7, 9068:13, 9068:16, 9068:22, 9069:1, 9069:4, 9069:10, 9069:13, 9069:16, 9069:20, 9069:23, 9070:2, 9070:6, 9070:13, 9070:14, 9072:10, 9073:11, 9074:14, 9074:25, 9075:14, 9077:4, 9077:25, 9079:15, 9082:22, 9083:21, 9086:12, 9087:20, 9088:23, 9090:11, 9091:13, 9092:19, 9111:12, 9114:4, 9115:2, 9116:3, 9116:14, 9118:17, 9126:12, 9126:16, 9129:5, 9129:11, 9129:25, 9130:10, 9134:10, 9135:3, 9140:10, 9147:16, 9149:21, 9153:6, 9154:15, 9154:23, 9155:14, 9155:22, 9156:8, 9159:21, 9161:4, 9162:9, 9162:18, 9164:1, 9165:24, 9175:4, 9183:15, 9188:24, 9189:24, 9191:3, 9196:16, 9200:16, 9202:3, 9206:2, 9206:24, 9207:11, 9207:19, 9208:16

## C

**C** [2] - 9069:1, 9070:6
**C110** [1] - 9127:3
**CA** [2] - 9067:13, 9069:18
**cable** [5] - 9126:25, 9127:7, 9127:9, 9204:17, 9204:20
**cables** [1] - 9106:16
**calculate** [4] - 9096:17, 9166:1, 9167:8, 9169:5
**calculated** [17] - 9078:21, 9079:6, 9081:6, 9090:20, 9094:12, 9095:4, 9095:17, 9095:21, 9096:18, 9101:6, 9102:11, 9102:18, 9103:16, 9103:18, 9154:18, 9159:23, 9165:13
**calculating** [4] - 9158:12, 9161:20, 9165:7, 9166:18
**calculation** [27] - 9078:16, 9078:24, 9083:10, 9087:9, 9096:19, 9100:25, 9101:1, 9101:12, 9101:17, 9102:9, 9102:14, 9158:24, 9159:15, 9160:3, 9160:6, 9160:12, 9160:21, 9161:20, 9162:25, 9165:15, 9173:24, 9174:5, 9174:21, 9174:23, 9174:24, 9210:20
**calculations** [32] - 9078:15, 9078:17, 9078:22, 9081:18, 9081:22, 9082:5, 9082:18, 9083:1, 9088:13, 9090:19, 9093:9, 9104:23, 9156:11, 9156:19, 9156:21, 9156:24, 9157:10, 9157:12, 9157:16, 9157:18, 9157:24, 9158:1, 9158:5, 9158:11, 9158:19, 9158:25, 9159:19, 9161:1, 9168:8, 9208:8, 9211:1, 9211:10
**calculator** [2] - 9163:1, 9169:3
**CALDWELL** [1] - 9068:13
**call** [6] - 9153:5, 9163:4, 9165:23, 9173:1, 9209:19, 9212:14
**call-out** [1] - 9209:19
**called** [1] - 9117:12
**calling** [4] - 9148:17, 9148:18, 9180:11
**calls** [1] - 9155:4
**came** [8] - 9089:13, 9116:15, 9185:20, 9195:20, 9196:5, 9196:25, 9198:8, 9198:10
**Cameron** [33] - 9091:2, 9096:25, 9098:7, 9099:13, 9102:19, 9103:2, 9103:6, 9103:9, 9108:25, 9109:8, 9109:10, 9116:7, 9117:10, 9117:15, 9119:14, 9120:10, 9122:22, 9123:6, 9125:11, 9125:16, 9126:2, 9126:3, 9126:8, 9126:18, 9127:18, 9127:21, 9133:10, 9137:15, 9137:16, 9137:21, 9203:25, 9204:5
**Cameron's** [15] - 9095:18, 9097:11, 9097:12, 9097:18, 9098:2, 9102:10, 9102:20, 9102:24, 9104:10, 9104:18, 9117:20, 9122:25, 9202:8, 9202:10, 9202:13
**CAMP** [1] - 9068:17
**can** [132] - 9073:10, 9073:12, 9074:24, 9075:13, 9077:3, 9077:6, 9077:14, 9077:21, 9077:24, 9078:1, 9078:8, 9078:10, 9078:20, 9079:4, 9079:16, 9079:18, 9080:1, 9080:11, 9080:16, 9080:20, 9080:22, 9081:14, 9082:21, 9083:7, 9083:20, 9085:5, 9085:9, 9085:19, 9086:11, 9086:14, 9087:2, 9087:17, 9087:19, 9087:21, 9088:4, 9088:7, 9088:17, 9088:24, 9089:5, 9089:24, 9090:1, 9090:10, 9090:12, 9091:12, 9091:23, 9092:8, 9092:18, 9092:20, 9092:24, 9093:6, 9093:19, 9093:20, 9094:1, 9094:4, 9094:11, 9094:23, 9095:2, 9095:7, 9095:16, 9096:15, 9096:23, 9098:4, 9098:25, 9099:8, 9099:12, 9100:5, 9100:23, 9105:23, 9106:3, 9107:5, 9108:4, 9108:17, 9108:20, 9109:7, 9110:1, 9110:9, 9111:19, 9111:24, 9112:16, 9124:11, 9130:20, 9130:24, 9131:1, 9131:5, 9131:13, 9131:16, 9131:18, 9132:5, 9132:21, 9132:25, 9133:3, 9133:17, 9134:7, 9134:8, 9135:25, 9143:4, 9145:21, 9146:10, 9148:20, 9151:8, 9154:24, 9162:13, 9162:14, 9163:1, 9163:9, 9169:5, 9169:9, 9171:22, 9173:24, 9183:21, 9184:9, 9191:10, 9193:16, 9197:3, 9197:13, 9201:18, 9205:25, 9206:6, 9207:3, 9207:6, 9209:3, 9209:10, 9209:18, 9209:21, 9211:14, 9212:8, 9212:12
**can't** [5] - 9097:23, 9114:10, 9145:23, 9145:24, 9146:20
**cannot** [1] - 9129:1
**capabilities** [2] - 9110:10, 9124:25
**capability** [3] - 9108:19, 9125:8, 9136:25
**capacity** [16] - 9094:2, 9094:5, 9100:20, 9101:10, 9101:23, 9101:24, 9102:4, 9105:7, 9105:11, 9105:14, 9105:16, 9106:1, 9106:21, 9120:23, 9203:15, 9203:16
**caption** [2] - 9154:3, 9207:6
**CARL** [1] - 9065:21
**Carl** [2] - 9126:15, 9143:5
**CARONDELET** [1] - 9066:17
**CARRIE** [1] - 9069:4
**case** [19] - 9085:15, 9087:11, 9096:10, 9101:3, 9108:17, 9115:6, 9127:24, 9129:6, 9130:12, 9131:24, 9132:3, 9138:1, 9138:3, 9138:9, 9138:21, 9150:1, 9176:7, 9187:2, 9194:6
**CASE** [2] - 9065:11, 9065:14
**cases** [3] - 9086:17, 9089:1, 9130:12
**casing** [62] - 9072:21, 9072:25, 9073:1, 9073:4, 9073:14, 9073:15, 9073:17, 9073:19, 9073:20, 9073:21, 9073:23, 9074:3, 9074:5, 9074:6, 9074:9, 9074:11, 9100:3, 9107:8, 9107:25, 9108:10, 9108:13, 9108:14, 9108:18, 9109:15, 9109:19, 9110:22, 9110:23, 9110:25, 9111:4, 9112:7, 9112:19, 9113:19, 9114:16, 9127:3, 9127:5, 9131:24, 9134:5, 9134:13, 9134:16, 9134:17, 9135:10, 9135:14, 9135:17, 9135:19, 9136:1, 9136:7, 9136:15, 9136:18, 9136:19, 9136:21, 9136:22, 9136:24, 9137:5, 9137:7, 9137:11, 9139:9, 9139:22, 9179:21, 9206:9
**caught** [2] - 9201:8
**cause** [4] - 9130:24, 9151:22, 9157:7, 9185:2
**caused** [2] - 9089:12, 9192:4
**causes** [1] - 9133:4
**causing** [2] - 9088:3, 9174:15
**cavities** [2] - 9103:21, 9109:11
**cavity** [5] - 9073:17, 9099:5, 9116:15, 9116:23, 9205:9
**CCR** [3] - 9070:10, 9214:5, 9214:14
**CDVS** [18] - 9117:12, 9117:13, 9119:14, 9125:3, 9125:11, 9126:18, 9126:23, 9127:14, 9202:4, 9202:16, 9202:18, 9204:15, 9204:16, 9204:22, 9204:24, 9205:1, 9205:11
**CDVSs** [1] - 9127:20
**cementing** [1] - 9132:5
**center** [44] - 9114:8, 9114:10, 9115:6, 9115:7, 9115:9, 9115:12, 9115:13, 9115:19, 9119:22, 9121:6, 9121:9, 9121:14, 9123:19, 9123:22, 9124:23, 9130:20, 9131:6, 9131:7, 9131:14, 9131:16, 9131:20, 9131:22, 9131:25, 9132:15, 9132:21, 9132:22, 9132:23, 9132:25, 9133:4, 9133:7, 9133:8, 9137:3, 9137:6, 9137:12, 9138:1, 9152:5, 9153:24, 9154:1, 9185:4, 9202:21, 9202:22
**centered** [2] - 9106:2, 9123:23
**centering** [9] - 9118:23, 9119:4, 9120:23, 9121:7, 9121:10, 9121:13, 9124:25, 9125:8, 9136:25
**centers** [3] - 9121:16, 9123:16, 9137:24
**CENTRE** [1] -

9069:11

**CERNICH** [1] - 9067:16

**certain** [9] - 9104:22, 9108:9, 9165:2, 9165:3, 9169:23, 9173:3, 9175:13, 9177:14, 9177:18

**certainly** [5] - 9127:7, 9127:8, 9141:10, 9141:15, 9200:6

**CERTIFICATE** [1] - 9214:3

**certificate** [1] - 9182:15

**certificates** [1] - 9182:16

**certify** [1] - 9214:7

**CHAKERES** [1] - 9067:17

**chance** [4] - 9104:6, 9124:22, 9124:23, 9137:22

**CHANG** [3] - 9067:16, 9149:4, 9155:3

**change** [4] - 9103:22, 9120:14, 9121:24, 9172:19

**changed** [2] - 9143:10, 9161:19

**characteristic** [3] - 9197:20, 9197:24, 9197:25

**chart** [28] - 9082:13, 9086:16, 9094:20, 9094:21, 9095:19, 9100:5, 9101:22, 9108:6, 9108:9, 9110:3, 9110:7, 9110:18, 9112:4, 9149:18, 9153:25, 9154:17, 9154:24, 9162:13, 9163:9, 9163:21, 9164:18, 9166:18, 9169:13, 9169:19, 9183:21, 9196:20, 9197:3, 9205:22

**charts** [2] - 9086:24, 9162:15

**CHASE** [1] - 9069:20

**check** [3] - 9144:19, 9179:10, 9198:14

**CHICAGO** [1] - 9069:6

**Childs** [25] - 9074:16, 9075:15, 9075:16, 9075:19,

9075:22, 9076:11, 9076:14, 9076:20, 9076:21, 9079:2, 9081:16, 9082:8, 9084:23, 9085:17, 9091:18, 9105:25, 9149:23, 9150:10, 9150:15, 9152:4, 9152:16, 9187:22, 9187:24, 9188:1, 9190:11

**Childs'** [14] - 9074:16, 9074:18, 9074:20, 9075:1, 9076:7, 9077:1, 9077:16, 9086:8, 9086:19, 9177:15, 9177:21, 9178:2, 9178:3, 9178:10

**choice** [1] - 9139:8

**choke** [1] - 9179:23

**chooses** [1] - 9135:1

**chose** [2] - 9138:7, 9139:4

**chosen** [2] - 9110:11, 9139:13

**circuit** [1] - 9092:1

**circulating** [1] - 9181:14

**circumference** [1] - 9192:10

**circumstances** [2] - 9155:16, 9159:16

**cite** [2] - 9164:25, 9165:11

**cited** [3] - 9126:8, 9137:18, 9164:24

**CIVIL** [3] - 9065:7, 9067:11, 9067:20

**classical** [3] - 9098:11, 9184:11, 9184:15

**cleanly** [1] - 9114:9

**clear** [5] - 9072:19, 9157:23, 9177:3, 9177:14, 9207:20

**clearly** [2] - 9198:23, 9200:20

**CLERK** [3] - 9116:11, 9148:7, 9213:20

**CLINGMAN** [1] - 9069:14

**close** [27] - 9094:19, 9096:6, 9099:1, 9119:17, 9133:8, 9134:13, 9135:10, 9136:8, 9138:24, 9138:25, 9139:9, 9141:11, 9142:6,

9144:7, 9144:14, 9144:19, 9144:20, 9147:2, 9151:3, 9179:12, 9180:23, 9182:5, 9182:10, 9182:14, 9203:1

**closed** [58] - 9072:21, 9072:23, 9072:25, 9073:22, 9077:9, 9077:18, 9081:15, 9081:17, 9082:9, 9082:25, 9083:5, 9083:15, 9084:6, 9084:24, 9086:18, 9086:20, 9088:15, 9088:20, 9088:25, 9089:21, 9089:25, 9090:3, 9090:13, 9090:14, 9090:18, 9091:4, 9091:6, 9091:9, 9092:14, 9093:3, 9093:7, 9093:14, 9140:12, 9140:16, 9141:5, 9141:8, 9144:2, 9146:17, 9150:11, 9151:13, 9151:14, 9155:17, 9157:6, 9160:4, 9166:9, 9174:4, 9176:12, 9177:11, 9177:17, 9177:22, 9178:1, 9178:5, 9178:8, 9178:15, 9178:20, 9178:21, 9179:17, 9185:7

**closes** [4] - 9098:18, 9135:4, 9135:7, 9182:1

**closing** [32] - 9074:19, 9075:17, 9075:20, 9076:10, 9076:15, 9077:14, 9077:16, 9083:8, 9085:7, 9093:10, 9096:3, 9097:14, 9097:16, 9097:19, 9097:24, 9098:10, 9098:14, 9099:5, 9099:14, 9137:25, 9144:14, 9144:17, 9146:24, 9150:24, 9155:23, 9156:2, 9161:5, 9178:18, 9180:23, 9193:1, 9207:13, 9210:7

**closure** [11] - 9075:10, 9076:6, 9083:25, 9144:8, 9159:23, 9166:14, 9166:17, 9205:21,

9209:22, 9210:4, 9210:8

**collapse** [1] - 9198:2

**collapsed** [1] - 9197:25

**Collier** [6] - 9071:7, 9071:13, 9072:6, 9114:2, 9149:15, 9202:1

**COLLIER** [58] - 9072:8, 9072:10, 9073:10, 9073:11, 9074:14, 9074:24, 9074:25, 9075:13, 9075:14, 9077:3, 9077:4, 9077:24, 9077:25, 9079:14, 9079:15, 9082:21, 9082:22, 9083:20, 9083:21, 9086:11, 9086:12, 9087:19, 9087:20, 9088:22, 9088:23, 9090:10, 9090:11, 9091:12, 9091:13, 9092:18, 9092:19, 9111:6, 9111:12, 9112:15, 9114:3, 9114:4, 9114:22, 9129:22, 9130:5, 9135:20, 9140:1, 9140:4, 9147:11, 9163:20, 9200:10, 9201:23, 9202:1, 9202:3, 9205:25, 9206:2, 9206:22, 9206:24, 9207:9, 9207:11, 9207:19, 9208:15, 9208:16, 9211:12

**column** [2] - 9110:19, 9209:7

**columns** [2] - 9164:10

**come** [10] - 9113:17, 9117:14, 9119:9, 9159:5, 9159:9, 9163:9, 9185:17, 9194:23, 9195:21, 9212:8

**comes** [2] - 9084:11, 9167:20

**coming** [10] - 9074:2, 9086:18, 9133:7, 9151:19, 9151:21, 9158:24, 9164:8, 9167:16, 9168:16, 9172:13

**comment** [1] - 9146:20

**commented** [1] -

9191:8

**commercial** [1] - 9127:16

**COMMERCIAL** [1] - 9068:2

**commissioned** [1] - 9204:4

**common** [7] - 9120:25, 9121:3, 9132:14, 9134:2, 9135:17, 9139:25, 9142:17

**communicate** [1] - 9195:12

**communication** [13] - 9185:18, 9185:24, 9186:15, 9186:23, 9193:22, 9194:3, 9194:13, 9194:20, 9195:1, 9196:11, 9200:25, 9201:2

**communications** [1] - 9194:23

**companies** [1] - 9113:22

**COMPANY** [1] - 9068:21

**company** [1] - 9112:23

**comparable** [1] - 9110:11

**compare** [1] - 9162:5

**compared** [1] - 9102:17

**comparison** [2] - 9110:11, 9210:10

**COMPLAINT** [1] - 9065:12

**complete** [1] - 9103:6

**completely** [1] - 9132:11

**completion** [1] - 9212:4

**component** [4] - 9118:19, 9121:10, 9147:8, 9205:9

**components** [4] - 9102:24, 9107:7, 9145:17, 9147:18

**compression** [8] - 9079:10, 9080:6, 9087:13, 9087:14, 9088:5, 9088:14, 9089:6, 9089:15

**compressive** [2] - 9080:16, 9130:24

**COMPUTER** [1] - 9070:14

**concentrated** [1] -

9074:5
**concept** [1] - 9079:11
**concern** [1] - 9103:19
**conclude** [2] - 9101:15, 9109:17
**CONCLUDED** [1] - 9213:21
**concluded** [3] - 9153:1, 9157:5, 9167:3
**concludes** [1] - 9135:25
**conclusion** [7] - 9093:2, 9160:10, 9166:21, 9166:25, 9167:5, 9187:7, 9190:15
**conclusions** [4] - 9087:6, 9110:17, 9155:4, 9156:24
**conclusive** [2] - 9187:6, 9188:7
**condition** [11] - 9081:25, 9092:1, 9104:1, 9125:2, 9135:1, 9142:1, 9185:11, 9185:16, 9186:6, 9187:18, 9196:22
**conditions** [25] - 9076:1, 9076:3, 9076:4, 9076:11, 9076:16, 9076:22, 9087:7, 9087:22, 9094:18, 9095:23, 9100:9, 9100:10, 9100:15, 9100:18, 9110:12, 9124:6, 9124:9, 9131:13, 9131:19, 9133:14, 9137:8, 9152:7, 9156:10, 9162:4, 9182:2
**configuration** [19] - 9103:4, 9107:2, 9107:8, 9107:24, 9108:2, 9108:13, 9109:4, 9109:22, 9110:24, 9111:13, 9111:24, 9112:5, 9113:2, 9113:6, 9114:12, 9114:16, 9114:18, 9125:4, 9170:13
**configurations** [4] - 9108:7, 9111:15, 9112:22, 9113:8
**configure** [1] - 9113:22
**configured** [7] - 9093:22, 9106:22, 9108:12, 9108:14, 9112:18, 9113:25, 9120:12
**configuring** [1] - 9114:1
**confirm** [1] - 9180:22
**confusion** [1] - 9177:13
**connect** [1] - 9128:7
**connected** [2] - 9187:21, 9187:22
**connection** [2] - 9081:7, 9175:16
**CONRAD** [1] - 9066:19
**conservative** [1] - 9102:14
**consider** [3] - 9104:15, 9108:12, 9108:22
**considerable** [5] - 9130:1, 9130:2, 9130:3, 9130:11, 9163:7
**considered** [2] - 9108:25, 9109:18
**consistency** [1] - 9114:1
**consistent** [12] - 9073:25, 9092:13, 9094:22, 9101:16, 9110:10, 9114:18, 9114:20, 9127:23, 9139:20, 9139:24, 9165:10, 9199:18
**consisting** [1] - 9107:7
**consult** [1] - 9201:18
**contact** [5] - 9098:18, 9131:23, 9184:25, 9194:24, 9195:21
**contained** [1] - 9107:22
**contend** [3] - 9074:17, 9075:22, 9075:25
**contends** [3] - 9075:16, 9075:19, 9076:20
**context** [4] - 9086:8, 9131:1, 9153:15, 9177:3
**continue** [3] - 9072:7, 9112:10, 9175:7
**continued** [1] - 9075:23
**Continued** [1] - 9071:7
**CONTINUED** [1] - 9072:9
**contractor** [2] - 9103:22, 9113:1
**contractor's** [1] - 9113:3
**contractors** [2] - 9110:4, 9112:11
**contribute** [1] - 9151:14
**control** [17] - 9106:15, 9128:12, 9128:21, 9138:9, 9138:22, 9142:22, 9143:11, 9143:15, 9147:13, 9178:17, 9180:1, 9180:18, 9182:2, 9182:5, 9182:15, 9182:16, 9190:21
**copied** [5] - 9153:25, 9154:3, 9154:17, 9154:24, 9155:1
**copy** [1] - 9149:16
**COREY** [1] - 9068:7
**CORPORATE** [1] - 9066:20
**corporate** [1] - 9122:23
**correct** [290] - 9072:16, 9074:22, 9075:17, 9075:18, 9075:21, 9076:9, 9076:13, 9076:18, 9078:19, 9081:4, 9082:11, 9083:17, 9083:19, 9084:7, 9085:8, 9088:5, 9088:20, 9088:21, 9089:14, 9091:16, 9091:21, 9091:22, 9092:15, 9093:5, 9094:3, 9096:2, 9101:7, 9108:10, 9108:11, 9115:22, 9116:17, 9116:25, 9117:12, 9118:3, 9118:9, 9118:10, 9118:22, 9118:23, 9119:1, 9119:2, 9119:3, 9119:5, 9119:12, 9119:13, 9120:21, 9121:4, 9121:15, 9121:18, 9122:1, 9123:20, 9124:5, 9125:21, 9126:25, 9127:1, 9127:3, 9128:1, 9128:19, 9128:20, 9130:13, 9130:22, 9131:8, 9131:12, 9131:15, 9131:17, 9132:10, 9132:15, 9135:9, 9135:11, 9135:12, 9136:17, 9137:1, 9137:17, 9137:23, 9138:4, 9138:22, 9139:10, 9139:18, 9141:3, 9141:4, 9141:6, 9142:5, 9143:20, 9144:15, 9144:16, 9147:10, 9150:4, 9150:8, 9150:12, 9151:4, 9151:10, 9152:5, 9152:8, 9153:9, 9153:10, 9153:13, 9153:16, 9153:17, 9153:19, 9153:23, 9154:4, 9154:7, 9154:8, 9154:10, 9156:12, 9156:23, 9157:7, 9157:10, 9157:11, 9157:13, 9157:25, 9158:6, 9158:10, 9158:23, 9159:7, 9159:18, 9160:5, 9160:13, 9160:23, 9161:11, 9161:22, 9162:2, 9162:11, 9162:12, 9162:24, 9163:19, 9164:25, 9165:12, 9166:2, 9166:3, 9166:12, 9167:14, 9167:17, 9167:18, 9168:2, 9168:3, 9168:25, 9169:2, 9169:8, 9170:2, 9170:8, 9170:14, 9170:15, 9170:17, 9170:18, 9170:19, 9170:20, 9170:23, 9170:24, 9171:2, 9171:3, 9171:12, 9171:14, 9171:19, 9171:20, 9171:23, 9171:24, 9172:1, 9172:2, 9172:5, 9172:6, 9172:8, 9172:9, 9172:13, 9172:24, 9172:25, 9173:5, 9173:6, 9173:8, 9173:9, 9173:10, 9173:11, 9173:13, 9173:17, 9173:20, 9173:22, 9173:25, 9174:1, 9176:13, 9176:14, 9177:22, 9178:5, 9178:6, 9178:9, 9178:14, 9178:16, 9179:3, 9179:5, 9179:11, 9179:19, 9180:2, 9181:4, 9181:12, 9181:17, 9181:22, 9182:11, 9183:1, 9183:4, 9183:11, 9183:13, 9183:19, 9183:24, 9183:25, 9184:2, 9184:3, 9184:8, 9184:13, 9184:18, 9184:22, 9185:3, 9185:7, 9185:19, 9186:16, 9186:23, 9186:24, 9187:1, 9187:2, 9187:19, 9187:24, 9188:3, 9189:14, 9189:16, 9189:21, 9190:12, 9191:13, 9191:24, 9192:9, 9192:12, 9192:20, 9194:5, 9194:7, 9194:12, 9194:14, 9195:13, 9196:4, 9196:18, 9196:19, 9196:20, 9196:22, 9196:23, 9197:4, 9197:5, 9197:7, 9197:11, 9197:12, 9197:14, 9197:17, 9197:19, 9198:3, 9198:7, 9198:11, 9198:16, 9198:19, 9198:25, 9199:4, 9199:7, 9199:10, 9199:22, 9200:24, 9201:4, 9201:5, 9201:6, 9201:8, 9201:10, 9201:13, 9201:16, 9201:17, 9202:9, 9205:20, 9205:24, 9206:14, 9206:15, 9207:1, 9207:2, 9207:9, 9207:20, 9207:21, 9207:23, 9207:24, 9208:3, 9208:6, 9208:10, 9208:23, 9209:1, 9209:2, 9209:9, 9209:20, 9213:12, 9213:15, 9214:7
**corrected** [2] - 9143:24, 9205:5
**correctly** [12] - 9115:8, 9123:17,

9124:20, 9134:15, 9136:16, 9144:4, 9147:3, 9147:19, 9185:13, 9190:5, 9190:9, 9210:1
**corresponding** [2] - 9098:14, 9159:25
**corresponds** [2] - 9079:5, 9198:6
**corrosive** [1] - 9191:22
**cost** [2] - 9123:9, 9123:12
**costs** [1] - 9123:15
**could** [44] - 9075:22, 9088:6, 9090:15, 9102:23, 9110:1, 9111:19, 9113:6, 9114:9, 9114:11, 9115:11, 9115:13, 9119:15, 9119:18, 9125:2, 9125:10, 9126:11, 9126:14, 9128:8, 9129:4, 9131:19, 9136:12, 9139:12, 9139:14, 9139:15, 9140:16, 9149:15, 9157:8, 9157:22, 9168:20, 9175:3, 9175:8, 9176:1, 9178:13, 9185:20, 9186:14, 9187:10, 9187:12, 9189:5, 9190:19, 9194:23, 9200:15, 9203:3, 9204:20
**couldn't** [2] - 9100:1, 9186:1
**counsel** [5] - 9205:18, 9206:25, 9207:25, 9208:21, 9210:23
**couple** [5] - 9081:6, 9162:14, 9163:11, 9192:10, 9212:6
**course** [3] - 9088:3, 9145:10, 9186:18
**COURT** [63] - 9065:1, 9070:10, 9072:5, 9072:6, 9074:7, 9074:10, 9111:11, 9112:13, 9112:16, 9113:4, 9113:14, 9113:21, 9114:2, 9114:23, 9115:25, 9116:2, 9116:8, 9116:12, 9118:15, 9129:20, 9129:23, 9130:9, 9134:20, 9134:22, 9135:22, 9140:6, 9147:15, 9148:3, 9148:9, 9148:10, 9148:17, 9148:24, 9149:3, 9149:5, 9149:7, 9149:9, 9149:12, 9155:7, 9155:12, 9163:25, 9200:12, 9201:20, 9201:22, 9201:25, 9206:23, 9207:8, 9207:15, 9207:17, 9208:14, 9211:19, 9211:21, 9211:25, 9212:2, 9212:6, 9212:10, 9212:13, 9212:20, 9212:22, 9213:2, 9213:6, 9213:10, 9213:14, 9213:18
**court** [2] - 9133:21, 9193:25
**Court** [9] - 9114:25, 9117:24, 9142:4, 9148:12, 9155:9, 9211:22, 9214:5, 9214:6, 9214:15
**Court's** [2] - 9111:9, 9118:14
**cover** [2] - 9115:13, 9203:20
**covered** [1] - 9180:14
**covers** [1] - 9127:24
**COVINGTON** [1] - 9069:1
**crack** [1] - 9098:19
**create** [1] - 9157:25
**created** [2] - 9092:1, 9092:16
**creating** [1] - 9100:13
**credentials** [1] - 9145:14
**crew** [14] - 9140:12, 9146:17, 9155:16, 9157:6, 9160:4, 9166:9, 9172:3, 9175:15, 9175:19, 9178:20, 9180:1, 9180:6, 9181:9, 9190:21
**critical** [2] - 9154:17, 9155:20
**CROSS** [2] - 9115:1, 9149:20
**Cross** [2] - 9071:9, 9071:11
**cross** [3] - 9115:4, 9149:14, 9191:19
**Cross-Examination** [2] - 9071:9, 9071:11
**CROSS-EXAMINATION** [2] - 9115:1, 9149:20
**cross-examination** [2] - 9115:4, 9149:14
**crown** [1] - 9141:13
**CRR** [2] - 9070:10, 9214:14
**crushing** [1] - 9073:24
**CSR** [1] - 9139:24
**culprit** [1] - 9148:4
**CUNNINGHAM** [2] - 9066:8, 9066:9
**current** [1] - 9109:13
**currents** [1] - 9131:5
**curve** [14] - 9087:14, 9087:15, 9088:2, 9089:4, 9092:23, 9140:19, 9157:3, 9157:22, 9159:4, 9159:5, 9159:6, 9198:5, 9198:12
**curved** [1] - 9196:22
**curves** [5] - 9087:23, 9092:23, 9095:14, 9098:9, 9164:21
**cut** [10] - 9073:20, 9114:9, 9115:16, 9119:18, 9120:17, 9120:25, 9125:10, 9136:22, 9137:6, 9137:12
**cuts** [1] - 9123:16
**cutting** [11] - 9115:19, 9115:21, 9119:15, 9120:20, 9123:22, 9125:6, 9126:23, 9127:2, 9128:4, 9204:18
**CVS** [1] - 9125:19
**cycle** [2] - 9109:1, 9109:13
**cylinder** [1] - 9096:8

## D

**D** [4] - 9068:13, 9069:17, 9071:1, 9213:3
**D-2106** [1] - 9140:16
**D-2774** [1] - 9116:19
**D-2775** [1] - 9116:19
**D-4189** [1] - 9087:21
**D-4538** [1] - 9209:3
**D-4584** [2] - 9092:18, 9092:20
**D-4599** [3] - 9107:5, 9107:6, 9107:19
**D-4608** [1] - 9079:14
**D-4644** [2] - 9111:19, 9111:20
**D-4803.1** [1] - 9093:20
**D-4803.4** [2] - 9094:1, 9106:3
**D-4810** [2] - 9073:10, 9073:12
**D-4813.1** [1] - 9182:21
**D-4818** [3] - 9077:24, 9080:20, 9082:13
**D-4819** [1] - 9087:19
**D-4826** [5] - 9110:1, 9110:2, 9110:15, 9110:18, 9112:15
**d-4872** [1] - 9094:11
**D-4872** [4] - 9094:11, 9099:8, 9100:5, 9101:22
**D-4876** [2] - 9108:4
**D-4914** [2] - 9105:23, 9105:24
**D-4923A** [1] - 9088:22
**D-4924** [2] - 9086:11, 9086:25
**D-4925** [1] - 9098:4
**D-4948** [2] - 9090:10, 9090:12
**D-4949** [4] - 9077:3, 9083:3, 9085:5, 9089:24
**D-4953.1** [1] - 9211:16
**D-4953.2** [1] - 9211:20
**D-6750** [1] - 9085:16
**D-6784** [1] - 9191:19
**daily** [1] - 9169:6
**DALLAS** [1] - 9070:5
**damage** [3] - 9131:22, 9131:24, 9131:25
**damaged** [2] - 9143:9, 9143:12
**DANIEL** [1] - 9068:2
**dark** [2] - 9088:7, 9162:16
**data** [26] - 9083:13, 9084:14, 9085:10, 9086:2, 9086:4, 9088:12, 9089:20, 9092:24, 9099:25, 9103:6, 9110:7, 9123:3, 9124:11, 9124:14, 9124:18, 9124:19, 9124:21, 9140:20, 9141:20, 9141:22, 9155:8, 9159:4, 9180:19, 9180:22, 9181:20, 9188:21
**date** [1] - 9175:9
**dates** [1] - 9193:18
**DAUPHIN** [1] - 9066:9
**David** [2] - 9104:19, 9117:20
**Davis** [2] - 9105:25, 9184:21
**DAY** [1] - 9065:19
**day** [28] - 9084:3, 9084:10, 9157:21, 9158:10, 9158:19, 9160:1, 9161:11, 9161:17, 9161:22, 9162:2, 9162:10, 9162:24, 9163:4, 9163:16, 9163:17, 9163:19, 9164:7, 9164:18, 9164:19, 9165:20, 9168:12, 9169:7, 9169:8, 9179:24, 9180:7, 9205:23
**DC** [4] - 9067:18, 9067:23, 9068:4, 9069:2
**dead** [1] - 9138:23
**deadman** [3] - 9139:3, 9139:6, 9139:11
**dealing** [1] - 9140:17
**DEANNA** [1] - 9067:16
**decide** [1] - 9113:1
**decision** [2] - 9141:11, 9142:6
**decline** [1] - 9174:8
**declines** [1] - 9173:7
**decrease** [1] - 9173:24
**decreasing** [1] - 9174:11
**deep** [4] - 9096:9, 9108:23, 9112:22, 9192:16
**deepest** [1] - 9191:23
**Deepwater** [24] - 9093:22, 9096:21, 9099:22, 9100:19, 9101:9, 9101:23, 9102:3, 9103:19, 9105:15, 9106:5, 9106:10, 9107:25, 9108:15, 9110:25,

9114:18, 9134:19, 9137:6, 9202:7, 9202:17, 9204:4, 9204:5, 9204:13, 9204:21, 9205:13

**DEEPWATER** [3] - 9065:5, 9069:8, 9069:9

**deepwater** [3] - 9093:22, 9096:5, 9202:13

**default** [1] - 9138:5

**defect** [1] - 9133:11

**deformed** [1] - 9199:9

**deforming** [1] - 9098:19

**DEGRAVELLES** [2] - 9067:1, 9067:2

**DELEMARRE** [1] - 9067:21

**delicate** [1] - 9195:17

**demanded** [1] - 9094:19

**demarkation** [1] - 9088:8

**demonstrate** [1] - 9211:15

**DEMONSTRATING** [1] - 9197:21

**Demonstrative** [1] - 9183:23

**demonstrative** [15] - 9076:25, 9085:15, 9086:7, 9090:7, 9092:16, 9097:25, 9105:21, 9111:10, 9111:17, 9137:4, 9140:17, 9169:22, 9183:3, 9183:5, 9209:4

**demonstratives** [3] - 9094:8, 9182:23, 9182:25

**density** [3] - 9100:14, 9159:24, 9179:23

**DEPARTMENT** [4] - 9067:10, 9067:14, 9067:19, 9068:1

**depend** [1] - 9132:19

**depending** [2] - 9148:21, 9185:20

**depends** [1] - 9132:20

**depicts** [1] - 9100:8

**deposition** [16] - 9104:18, 9117:5, 9124:4, 9134:1,

9134:7, 9135:16, 9139:21, 9140:5, 9145:3, 9160:18, 9164:3, 9186:3, 9193:3, 9212:19, 9213:1

**DEPOSITION** [3] - 9212:16, 9212:23, 9213:7

**depth** [14] - 9088:9, 9094:20, 9094:21, 9094:22, 9096:3, 9096:5, 9097:4, 9097:6, 9110:8, 9110:12, 9111:25, 9191:20

**DEPUTY** [2] - 9148:7, 9213:20

**derated** [1] - 9125:16

**derived** [2] - 9102:10, 9103:9

**derrick** [4] - 9085:20, 9141:13, 9147:9, 9147:19

**described** [1] - 9200:19

**description** [2] - 9154:16, 9204:9

**design** [2] - 9118:25, 9133:11

**designated** [2] - 9122:23, 9180:23

**designation** [1] - 9103:11

**designed** [4] - 9131:10, 9133:10, 9204:16, 9204:17

**destruction** [1] - 9142:7

**detach** [1] - 9131:10

**details** [2] - 9204:8, 9204:9

**determination** [2] - 9187:10, 9188:13

**determine** [8] - 9104:22, 9156:19, 9156:21, 9159:16, 9164:21, 9174:21, 9187:12, 9195:15

**determined** [2] - 9166:20, 9188:16

**determining** [3] - 9097:18, 9097:21, 9113:6

**develop** [1] - 9117:2

**developed** [6] - 9117:11, 9117:13, 9117:15, 9119:14, 9119:16, 9126:24

**DEXTER** [1] - 9068:8

**diagonal** [7] - 9095:3, 9095:4, 9095:25, 9096:23, 9096:24, 9097:9, 9099:11

**diagram** [2] - 9097:10, 9207:4

**diameter** [4] - 9095:11, 9108:20, 9115:14, 9187:15

**did** [82] - 9073:1, 9073:3, 9084:25, 9087:23, 9088:19, 9089:8, 9090:19, 9097:16, 9101:9, 9101:15, 9101:20, 9101:21, 9102:3, 9102:20, 9105:13, 9108:1, 9108:3, 9109:17, 9115:15, 9115:19, 9115:20, 9129:6, 9133:11, 9134:15, 9138:11, 9139:24, 9141:2, 9141:8, 9142:9, 9144:15, 9145:3, 9145:4, 9145:5, 9146:16, 9151:2, 9151:20, 9152:22, 9154:7, 9154:9, 9156:21, 9156:24, 9157:2, 9157:15, 9158:11, 9159:3, 9159:15, 9160:12, 9160:17, 9160:19, 9160:21, 9161:16, 9161:17, 9164:2, 9164:15, 9164:19, 9165:17, 9165:18, 9167:19, 9168:8, 9169:11, 9173:1, 9175:16, 9175:20, 9176:6, 9183:5, 9185:13, 9186:9, 9186:17, 9188:10, 9188:12, 9188:14, 9190:9, 9190:16, 9193:6, 9193:7, 9197:9, 9199:16, 9199:24, 9199:25, 9210:1

**didn't** [56] - 9087:6, 9087:22, 9115:20, 9120:25, 9121:12, 9122:21, 9125:10, 9125:19, 9125:20, 9125:23, 9128:9, 9133:25, 9134:17, 9138:3, 9138:4, 9138:5, 9138:13,

9141:14, 9143:14, 9144:14, 9158:15, 9158:18, 9160:14, 9160:15, 9160:17, 9160:18, 9160:20, 9162:25, 9164:8, 9165:6, 9165:9, 9165:16, 9166:16, 9167:1, 9168:15, 9175:15, 9175:18, 9175:20, 9182:12, 9187:2, 9188:9, 9188:11, 9188:20, 9190:14, 9197:1, 9197:8, 9199:15, 9199:17, 9199:25, 9200:2, 9200:20, 9200:21

**difference** [13] - 9078:4, 9114:6, 9114:14, 9126:5, 9152:23, 9153:3, 9153:4, 9163:8, 9171:1, 9204:12, 9204:14, 9205:12, 9205:16

**differences** [1] - 9092:22

**different** [23] - 9081:10, 9087:2, 9087:4, 9098:7, 9112:22, 9113:7, 9113:8, 9113:25, 9114:12, 9119:19, 9119:24, 9119:25, 9126:1, 9159:1, 9161:1, 9165:15, 9184:11, 9191:2, 9196:13, 9199:7, 9200:7, 9209:15, 9211:18

**differently** [1] - 9113:22

**dimension** [2] - 9197:17, 9198:6

**dimensions** [1] - 9132:5

**direct** [3] - 9161:14, 9163:7, 9174:19

**Direct** [1] - 9071:7

**DIRECT** [1] - 9072:9

**directly** [5] - 9073:25, 9074:3, 9074:6, 9074:12, 9194:15

**disagree** [13] - 9072:17, 9074:21, 9077:1, 9102:8, 9122:24, 9126:4, 9134:3, 9152:2,

9158:7, 9163:6, 9169:13, 9187:23, 9188:4

**disagreed** [3] - 9152:17, 9157:16, 9158:6

**disagreeing** [1] - 9165:21

**disagreement** [3] - 9149:23, 9149:25, 9190:11

**disconnect** [1] - 9131:9

**disconnected** [1] - 9185:21

**discuss** [5] - 9095:2, 9097:15, 9106:18, 9106:23, 9204:15

**discussed** [5] - 9100:11, 9106:14, 9139:3, 9161:14, 9210:23

**discusses** [2] - 9090:8, 9109:24

**discussing** [1] - 9072:13

**discussion** [8] - 9145:17, 9187:18, 9193:9, 9193:12, 9196:4, 9196:8, 9202:20, 9208:24

**displacing** [1] - 9172:3

**dispute** [1] - 9177:5

**District** [2] - 9214:6

**DISTRICT** [3] - 9065:1, 9065:2, 9065:22

**divert** [1] - 9179:18

**DIVISION** [3] - 9067:11, 9067:14, 9067:20

**DNV** [9] - 9153:21, 9154:6, 9154:17, 9154:24, 9154:25, 9155:15, 9155:18, 9155:23, 9156:9

**DNV's** [2] - 9154:4, 9155:4

**DOCUMENT** [1] - 9065:10

**document** [2] - 9102:24, 9129:1

**DOCUMENT)** [1] - 9129:15

**documented** [1] - 9100:4

**documents** [2] - 9130:3, 9142:23

**does** [39] - 9074:16,

9075:22, 9075:25, 9082:12, 9082:14, 9083:12, 9084:21, 9085:7, 9091:9, 9093:2, 9095:19, 9097:9, 9097:22, 9100:18, 9105:15, 9110:24, 9112:4, 9112:10, 9117:11, 9117:17, 9117:18, 9117:20, 9119:20, 9123:23, 9126:5, 9159:4, 9171:5, 9171:6, 9174:22, 9182:4, 9182:6, 9184:16, 9184:21, 9185:11, 9185:15, 9186:6, 9210:9, 9210:16

**doesn't** [12] - 9077:19, 9081:23, 9119:25, 9138:15, 9138:16, 9143:12, 9163:1, 9166:13, 9167:11, 9168:5, 9182:5, 9192:13

**doing** [6] - 9078:17, 9146:18, 9147:6, 9180:6, 9181:9, 9181:14

**DOMENGEAUX** [1] - 9066:3

**DON** [1] - 9068:22

**don't** [86] - 9098:1, 9108:16, 9111:8, 9113:12, 9113:14, 9113:15, 9116:8, 9116:10, 9118:7, 9118:13, 9118:14, 9120:23, 9121:24, 9123:4, 9124:3, 9124:4, 9124:9, 9124:13, 9124:19, 9124:21, 9124:24, 9125:3, 9125:4, 9125:8, 9125:21, 9127:17, 9127:19, 9128:4, 9129:14, 9131:24, 9140:4, 9142:13, 9143:5, 9143:12, 9143:23, 9145:24, 9149:17, 9150:13, 9150:21, 9151:7, 9151:20, 9152:10, 9154:12, 9154:21, 9157:19, 9160:15, 9160:16, 9163:6, 9165:4, 9165:16, 9165:20, 9166:21, 9167:6,

9167:10, 9168:17, 9168:18, 9169:13, 9171:5, 9175:6, 9175:21, 9176:17, 9176:20, 9177:5, 9177:15, 9180:3, 9180:5, 9181:9, 9182:15, 9182:17, 9183:3, 9183:6, 9187:4, 9188:4, 9189:2, 9189:8, 9189:22, 9193:23, 9195:6, 9200:19, 9202:19, 9204:9, 9204:23, 9205:8, 9205:16, 9212:11

**DONALD** [1] - 9070:2

**done** [22] - 9084:16, 9087:1, 9089:6, 9093:18, 9096:25, 9097:10, 9098:7, 9099:12, 9099:24, 9100:25, 9101:12, 9103:22, 9131:25, 9143:1, 9161:20, 9166:15, 9174:5, 9174:21, 9174:23, 9189:2

**door** [1] - 9184:24

**dotted** [7] - 9079:4, 9079:5, 9088:7, 9088:10, 9100:6, 9100:8, 9100:23

**double** [3] - 9120:18, 9120:20, 9125:4

**doubled** [1] - 9168:16

**doubt** [3] - 9104:17, 9104:24, 9122:17

**DOUGLAS** [1] - 9068:17

**down** [38] - 9079:19, 9088:2, 9090:6, 9096:12, 9097:5, 9097:7, 9098:19, 9098:21, 9098:23, 9099:17, 9112:25, 9113:1, 9131:23, 9132:1, 9132:5, 9150:4, 9153:8, 9166:4, 9167:17, 9168:1, 9170:21, 9170:24, 9172:24, 9180:21, 9185:1, 9190:22, 9194:7, 9194:10, 9195:2, 9196:6, 9196:25, 9198:15, 9198:16, 9198:18, 9199:2,

9199:15, 9206:7

**downgrade** [1] - 9126:6

**downgraded** [2] - 9125:24, 9205:2

**downhole** [1] - 9131:1

**downward** [2] - 9077:10, 9192:3

**DOYEN** [49] - 9069:16, 9149:10, 9149:13, 9149:21, 9153:5, 9153:6, 9154:14, 9154:15, 9154:21, 9154:23, 9155:6, 9155:8, 9155:13, 9155:14, 9155:21, 9155:22, 9156:7, 9156:8, 9159:20, 9159:21, 9161:3, 9161:4, 9162:8, 9162:9, 9162:13, 9162:18, 9163:24, 9164:1, 9165:23, 9165:24, 9168:19, 9175:1, 9175:4, 9183:14, 9183:15, 9188:23, 9188:24, 9189:23, 9189:24, 9191:1, 9191:3, 9196:14, 9196:16, 9200:14, 9200:16, 9201:18, 9208:13, 9211:17, 9211:20

**Doyen** [2] - 9071:11, 9149:13

**doyen** [1] - 9200:12

**Dr** [33] - 9084:11, 9084:13, 9084:18, 9084:21, 9105:25, 9148:18, 9150:6, 9150:10, 9150:11, 9150:23, 9151:11, 9151:16, 9152:2, 9152:4, 9152:12, 9163:23, 9173:2, 9173:12, 9184:21, 9190:11, 9196:24, 9199:13, 9205:22, 9206:14, 9206:20, 9207:1, 9208:2, 9208:4, 9210:23, 9211:1, 9211:4, 9211:10

**drag** [1] - 9086:17

**dramatically** [1] - 9167:11

**draw** [7] - 9075:15, 9087:6, 9093:20,

9156:25, 9190:4, 9190:14, 9206:6

**drawback** [1] - 9203:25

**drawbacks** [2] - 9203:24, 9204:24

**DRESCHER** [1] - 9066:14

**dress** [1] - 9103:25

**drift** [8] - 9131:4, 9185:2, 9185:10, 9185:15, 9185:23, 9185:25, 9186:6, 9188:18

**drifted** [2] - 9072:14, 9073:5

**drifting** [2] - 9184:16, 9184:20

**driftoff** [1] - 9186:15

**drill** [144] - 9074:12, 9074:17, 9074:18, 9075:8, 9075:9, 9075:16, 9075:19, 9075:22, 9076:8, 9076:11, 9076:20, 9076:21, 9077:8, 9077:10, 9077:13, 9077:15, 9078:5, 9078:13, 9078:14, 9079:1, 9079:8, 9079:23, 9081:20, 9082:2, 9082:19, 9082:25, 9083:7, 9085:11, 9085:12, 9085:21, 9085:23, 9086:3, 9086:21, 9087:3, 9087:4, 9087:5, 9087:7, 9087:12, 9087:13, 9087:16, 9087:17, 9087:25, 9088:10, 9088:14, 9088:17, 9088:19, 9089:3, 9089:15, 9089:20, 9090:5, 9090:15, 9091:7, 9091:25, 9092:12, 9093:4, 9093:8, 9093:11, 9093:15, 9094:6, 9095:6, 9097:1, 9097:2, 9101:1, 9101:18, 9101:25, 9102:13, 9103:17, 9105:4, 9105:5, 9105:14, 9106:1, 9107:21, 9110:16, 9114:12, 9119:22, 9125:1, 9127:15, 9127:16, 9128:7, 9130:20, 9130:24,

9131:4, 9131:6, 9131:13, 9131:16, 9131:22, 9132:8, 9132:14, 9132:17, 9133:4, 9133:5, 9133:15, 9133:22, 9135:25, 9136:12, 9137:13, 9137:17, 9137:20, 9137:21, 9137:23, 9137:25, 9138:1, 9141:22, 9151:24, 9151:25, 9152:1, 9153:8, 9153:13, 9153:24, 9154:19, 9155:25, 9156:3, 9156:4, 9156:12, 9156:15, 9156:16, 9164:22, 9165:8, 9165:14, 9170:6, 9170:7, 9170:14, 9170:15, 9172:4, 9179:21, 9180:24, 9181:2, 9181:17, 9181:20, 9182:9, 9182:25, 9186:1, 9189:6, 9190:1, 9190:7, 9191:5, 9192:9, 9202:21, 9202:22, 9203:9, 9210:24, 9211:2

**drilled** [1] - 9110:13

**driller** [1] - 9181:13

**DRILLING** [1] - 9069:9

**drilling** [28] - 9093:23, 9103:10, 9103:21, 9108:8, 9110:4, 9112:11, 9112:21, 9112:25, 9113:2, 9113:3, 9121:17, 9122:4, 9122:11, 9122:22, 9130:23, 9131:22, 9133:16, 9133:20, 9145:16, 9171:16, 9171:17, 9171:19, 9171:25, 9173:22, 9173:23, 9179:5, 9202:14, 9212:4

**drive** [2] - 9190:3, 9213:5

**DRIVE** [1] - 9066:20

**driven** [1] - 9113:12

**drove** [1] - 9199:14

**due** [11] - 9079:23, 9091:5, 9095:15, 9096:7, 9097:6, 9131:25, 9132:17, 9140:23, 9144:5,

9190:4, 9190:8
**dullness** [2] - 9103:24, 9104:1
**During** [1] - 9109:13
**during** [24] - 9072:24, 9084:18, 9105:8, 9105:12, 9109:4, 9111:23, 9130:23, 9143:8, 9149:16, 9161:14, 9164:22, 9173:15, 9173:25, 9176:3, 9176:12, 9176:22, 9176:24, 9176:25, 9188:21, 9190:5, 9198:2, 9202:22, 9204:18, 9206:25
**DVS** [35] - 9120:8, 9120:11, 9120:21, 9121:3, 9121:11, 9121:14, 9121:20, 9121:24, 9122:5, 9122:6, 9122:12, 9122:15, 9122:18, 9122:20, 9122:23, 9123:4, 9123:8, 9124:1, 9124:4, 9124:9, 9125:7, 9125:9, 9125:11, 9202:4, 9202:16, 9202:18, 9203:13, 9203:14, 9203:18, 9203:19, 9203:24, 9204:6, 9204:11, 9204:17, 9204:19
**DWH** [1] - 9131:10
**dynamically** [1] - 9131:10

**E**

**E** [5] - 9070:2, 9071:1, 9072:3, 9213:3
**e** [2] - 9109:7, 9109:17
**e-mail** [2] - 9109:7, 9109:17
**each** [5] - 9095:2, 9107:19, 9107:21, 9112:20, 9134:22
**EARL** [1] - 9071:5
**earlier** [11] - 9100:11, 9167:6, 9169:16, 9177:8, 9178:5, 9178:16, 9191:8, 9202:5, 9202:20, 9206:13, 9211:15
**earliest** [1] - 9143:10
**early** [2] - 9128:18, 9138:4
**EASTERN** [1] - 9065:2
**Eastern** [1] - 9214:6
**eaten** [1] - 9191:23
**eating** [1] - 9192:8
**EB** [11] - 9095:21, 9096:16, 9096:19, 9102:9, 9102:17, 9102:20, 9102:25, 9103:7, 9103:11, 9103:16, 9104:10
**EDS** [9] - 9131:9, 9131:19, 9134:13, 9135:14, 9136:7, 9138:4, 9138:7, 9139:22, 9139:25
**EDS-1** [4] - 9134:2, 9134:25, 9135:4, 9135:7
**EDS-2** [5] - 9134:1, 9134:2, 9134:3, 9135:1, 9135:10
**EDWARDS** [1] - 9066:3
**effect** [9] - 9096:9, 9098:1, 9118:23, 9119:4, 9143:8, 9151:6, 9171:4, 9171:5, 9171:8
**effective** [12] - 9079:11, 9079:17, 9079:20, 9080:2, 9086:16, 9086:21, 9087:10, 9087:11, 9087:12, 9087:16, 9088:2
**effectively** [1] - 9128:18
**effects** [1] - 9158:2
**efficient** [2] - 9120:20, 9125:6
**either** [6] - 9089:21, 9093:10, 9124:2, 9148:22, 9152:10, 9178:7
**ejected** [1] - 9166:9
**ejects** [1] - 9167:13
**elastic** [2] - 9198:22, 9199:11
**elastically** [2] - 9155:25, 9156:4
**elastomeric** [1] - 9142:2
**element** [6] - 9142:2, 9144:6, 9144:7, 9153:18, 9154:6, 9154:9
**elements** [1] - 9125:22
**ELIZABETH** [1] - 9068:3
**ELLIS** [1] - 9069:3
**ELM** [1] - 9070:4
**ELMO** [6] - 9075:13, 9082:21, 9093:6, 9149:15, 9176:1, 9211:14
**else** [1] - 9189:12
**Emergency** [1] - 9131:9
**emergency** [1] - 9138:10
**Emilsen** [14] - 9084:13, 9084:16, 9084:25, 9163:17, 9165:4, 9165:6, 9165:19, 9167:3, 9168:22, 9189:2, 9189:22, 9205:22, 9208:4, 9208:7
**Emilsen's** [22] - 9084:11, 9084:18, 9084:21, 9161:13, 9161:21, 9162:6, 9162:15, 9163:23, 9164:2, 9164:24, 9164:25, 9165:10, 9165:22, 9167:19, 9168:10, 9168:12, 9169:13, 9189:20, 9206:14, 9206:20, 9207:1, 9208:2
**employees** [1] - 9109:8
**EN** [1] - 9212:20
**end** [9] - 9090:5, 9090:6, 9090:16, 9151:19, 9151:24, 9151:25, 9176:21, 9187:19, 9197:14
**ENERGY** [2] - 9069:11, 9070:1
**ENFORCEMENT** [1] - 9067:15
**engage** [3] - 9179:2, 9181:22, 9181:23
**engaged** [1] - 9141:23
**engineer** [2] - 9122:22, 9171:22
**Engineer's** [2] - 9083:18, 9206:4
**engineering** [5] - 9095:18, 9102:10, 9102:20, 9104:10, 9104:19
**Engineering** [15] - 9084:4, 9084:8, 9091:9, 9091:18, 9092:6, 9150:15, 9163:23, 9205:22, 9206:19, 9207:22, 9208:1, 9208:11, 9209:5, 9209:19, 9210:17
**Engineering's** [3] - 9083:14, 9083:23, 9088:13
**engineers** [3] - 9104:6, 9113:4, 9146:21
**enough** [18] - 9081:24, 9082:2, 9082:15, 9082:18, 9092:9, 9115:4, 9119:4, 9138:4, 9149:16, 9150:22, 9157:16, 9171:6, 9184:17, 9184:21, 9185:4, 9185:6, 9201:15
**ensure** [1] - 9136:22
**entire** [2] - 9127:25, 9158:2
**entirety** [2] - 9213:14, 9213:16
**entitled** [2] - 9163:24, 9214:9
**entry** [1] - 9191:14
**ENVIRONMENT** [1] - 9067:14
**environment** [1] - 9103:10
**ENVIRONMENTAL** [1] - 9067:15
**environmental** [1] - 9130:12
**envisioned** [1] - 9203:4
**equal** [2] - 9081:23, 9122:19
**equally** [5] - 9122:15, 9122:24, 9123:2, 9123:4, 9123:15
**equipment** [4] - 9099:19, 9099:20, 9145:16, 9203:17
**equipped** [1] - 9106:11
**erode** [3] - 9189:19, 9189:21, 9200:2
**eroded** [8] - 9185:12, 9186:8, 9190:1, 9190:7, 9190:22, 9190:23, 9190:25, 9191:11
**erosion** [20] - 9074:2, 9074:5, 9141:13, 9141:15, 9142:1, 9144:4, 9183:19, 9183:20, 9188:17, 9189:7, 9191:9, 9191:16, 9191:21, 9192:1, 9192:4, 9192:8, 9192:11, 9192:24, 9193:4, 9201:12
**erosive** [1] - 9192:7
**especially** [3] - 9113:11, 9131:19, 9172:10
**ESQ** [46] - 9066:3, 9066:6, 9066:9, 9066:11, 9066:14, 9066:17, 9066:19, 9066:22, 9067:2, 9067:4, 9067:7, 9067:11, 9067:15, 9067:16, 9067:16, 9067:17, 9067:17, 9067:20, 9067:21, 9067:21, 9067:22, 9067:22, 9068:2, 9068:3, 9068:3, 9068:7, 9068:8, 9068:16, 9068:17, 9068:22, 9069:1, 9069:4, 9069:4, 9069:5, 9069:10, 9069:13, 9069:14, 9069:16, 9069:17, 9069:17, 9069:20, 9069:23, 9070:2, 9070:3, 9070:3, 9070:6
**essentially** [7] - 9080:13, 9081:10, 9090:3, 9104:23, 9105:4, 9209:25, 9210:14
**estimate** [1] - 9192:16
**estimated** [1] - 9209:23
**estimates** [2] - 9206:7, 9206:8
**ET** [2] - 9065:13, 9065:15
**evacuated** [2] - 9172:22, 9173:16
**evacuation** [1] - 9190:5
**evacuations** [1] - 9093:16
**evaluating** [1] - 9208:18
**even** [18] - 9077:18, 9080:14, 9081:23,

9081:24, 9082:23, 9082:25, 9089:15, 9089:17, 9124:22, 9129:13, 9163:15, 9171:16, 9171:19, 9180:5, 9183:3, 9190:21, 9193:16, 9193:20
**evening** [3] - 9159:16, 9177:22, 9212:5
**event** [2] - 9155:9, 9212:5
**ever** [3] - 9102:13, 9203:8, 9203:9
**every** [3] - 9100:25, 9104:6, 9182:25
**everything** [2] - 9147:23, 9200:24
**evidence** [25] - 9073:18, 9077:6, 9077:8, 9083:12, 9105:15, 9111:10, 9124:1, 9125:14, 9140:13, 9140:15, 9141:10, 9142:18, 9181:8, 9181:15, 9181:18, 9184:9, 9187:6, 9195:6, 9195:11, 9195:18, 9196:2, 9196:8, 9197:13, 9200:20, 9204:14
**exactly** [1] - 9146:18
**Examination** [4] - 9071:7, 9071:9, 9071:11, 9071:13
**examination** [5] - 9073:18, 9115:4, 9148:2, 9149:14, 9188:21
**EXAMINATION** [4] - 9072:9, 9115:1, 9149:20, 9202:2
**example** [8] - 9084:13, 9098:1, 9098:6, 9098:25, 9099:15, 9099:18, 9130:23, 9194:16
**examples** [1] - 9081:6
**exceed** [3] - 9102:12, 9102:14, 9104:13
**exceeded** [2] - 9111:2, 9111:3
**except** [3] - 9081:16, 9087:4, 9125:11
**exception** [1] - 9158:5
**EXCERPTS** [3] - 9212:16, 9212:23, 9213:7
**excess** [2] - 9102:16, 9156:16
**excuse** [1] - 9146:11
**exert** [1] - 9171:6
**exerted** [4] - 9151:3, 9151:13, 9173:13, 9174:3
**exhibit** [2] - 9086:13, 9111:7
**exist** [1] - 9085:1
**existed** [1] - 9149:19
**existing** [1] - 9151:4
**exists** [2] - 9131:20, 9169:25
**expand** [1] - 9131:18
**expanded** [1] - 9110:3
**expands** [2] - 9167:11, 9167:15
**expansion** [2] - 9158:14, 9167:13
**expect** [1] - 9167:16
**expected** [1] - 9205:10
**expended** [2] - 9098:20
**experience** [1] - 9104:5
**experienced** [3] - 9103:5, 9103:10, 9203:8
**expert** [9] - 9106:18, 9108:6, 9130:7, 9147:13, 9147:14, 9148:15, 9150:17, 9160:7, 9160:9
**experts** [5] - 9081:16, 9104:3, 9105:18, 9105:20, 9150:1
**experts'** [1] - 9102:2
**explain** [43] - 9073:12, 9077:7, 9077:14, 9078:1, 9078:8, 9078:10, 9078:20, 9079:16, 9080:1, 9080:11, 9080:22, 9083:7, 9085:9, 9085:14, 9086:14, 9087:21, 9088:24, 9090:1, 9090:12, 9092:8, 9092:20, 9094:4, 9094:11, 9094:23, 9095:3, 9095:7, 9095:16, 9096:15, 9096:23, 9098:4, 9099:9, 9100:5, 9100:23, 9105:23, 9107:5, 9108:4, 9108:17, 9110:1, 9110:9, 9111:19, 9185:6, 9195:11, 9209:10
**explained** [5] - 9151:2, 9164:5, 9167:25, 9184:12, 9194:17
**explaining** [5] - 9076:25, 9086:7, 9152:2, 9154:17, 9167:19
**explains** [6] - 9077:22, 9079:11, 9085:15, 9089:8, 9093:24, 9097:25
**explanation** [8] - 9080:22, 9141:5, 9193:15, 9193:19, 9200:4, 9200:7, 9200:8, 9200:17
**EXPLORATION** [2] - 9065:15, 9068:20
**explosion** [7] - 9152:5, 9158:2, 9177:24, 9178:12, 9188:2, 9188:8, 9194:19
**explosions** [3] - 9075:23, 9086:5, 9093:16
**exponential** [1] - 9167:13
**exponentially** [1] - 9167:12
**exposed** [1] - 9096:7
**extend** [1] - 9119:20
**extension** [1] - 9186:18
**extensive** [1] - 9103:2
**extent** [2] - 9151:3, 9155:4
**extreme** [1] - 9075:4
**eyewitness** [1] - 9190:2

**F**

**F** [1] - 9072:3
**face** [1] - 9203:7
**facility** [2] - 9097:11, 9097:13
**fact** [24] - 9113:16, 9117:10, 9127:11, 9128:6, 9135:20, 9137:4, 9137:15, 9138:11, 9139:20, 9148:14, 9149:25, 9150:7, 9150:22, 9155:15, 9157:12, 9171:1, 9174:9, 9181:11, 9185:22, 9189:4, 9197:11, 9199:3, 9201:7, 9212:1
**factor** [6] - 9102:3, 9103:15, 9104:4, 9104:8, 9105:7, 9105:11
**failed** [7] - 9115:7, 9144:3, 9190:7, 9190:14, 9192:2, 9195:14
**failure** [11] - 9105:11, 9123:20, 9123:23, 9184:7, 9184:10, 9184:11, 9184:13, 9184:14, 9184:15, 9190:4, 9195:14
**failures** [1] - 9204:18
**fair** [2] - 9115:4, 9116:21
**fall** [2] - 9186:19, 9186:21
**falls** [2] - 9102:18, 9186:25
**false** [1] - 9097:24
**familiar** [4] - 9102:17, 9145:2, 9167:23, 9181:5
**FANNIN** [1] - 9069:14
**far** [9] - 9077:13, 9081:7, 9146:6, 9169:25, 9170:21, 9190:5, 9191:9, 9194:15, 9210:16
**fashion** [1] - 9203:12
**faster** [2] - 9167:17, 9190:25
**fatigue** [5] - 9125:17, 9126:3, 9126:5, 9126:8, 9126:9
**feasible** [6] - 9117:2, 9118:1, 9118:4, 9127:25, 9142:16, 9158:20
**feature** [2] - 9091:3, 9107:19
**features** [7] - 9106:4, 9106:6, 9106:11, 9106:14, 9106:18, 9106:20, 9125:7
**fed** [1] - 9085:1
**feeding** [3] - 9084:12, 9084:14, 9084:17
**feel** [2] - 9103:17, 9115:6
**feet** [17] - 9084:13, 9084:16, 9085:1, 9085:2, 9085:21, 9089:4, 9096:3, 9096:11, 9096:13, 9110:8, 9161:15, 9171:10, 9181:11, 9190:4, 9208:5, 9208:9
**fell** [5] - 9190:3, 9190:18, 9194:23, 9199:5, 9199:14
**felt** [1] - 9180:14
**few** [13] - 9096:4, 9098:7, 9110:21, 9111:4, 9137:5, 9148:5, 9152:7, 9162:1, 9172:10, 9178:5, 9194:18, 9212:7, 9212:8
**fifth** [1] - 9206:7
**Figure** [10] - 9154:24, 9206:10, 9206:16, 9206:20, 9207:15, 9207:20, 9207:22, 9208:5, 9208:18, 9209:24
**figure** [14] - 9143:4, 9164:13, 9175:23, 9196:10, 9206:16, 9207:1, 9207:3, 9207:7, 9207:10, 9207:12, 9207:13, 9207:25, 9208:1, 9208:11
**figures** [1] - 9168:12
**Figures** [1] - 9154:20
**filled** [3] - 9084:1, 9161:6, 9209:24
**filling** [1] - 9174:12
**finally** [1] - 9151:11
**find** [7] - 9100:1, 9129:1, 9133:15, 9133:17, 9134:8, 9197:8, 9199:16
**findings** [2] - 9140:17, 9169:14
**fine** [2] - 9119:18, 9177:18
**fingers** [1] - 9200:21
**finish** [1] - 9148:13
**finished** [1] - 9158:16
**finite** [3] - 9153:18, 9154:6, 9154:9
**FIRM** [2] - 9066:21, 9067:6

**first** [19] - 9073:14, 9077:5, 9094:1, 9099:12, 9102:9, 9114:12, 9115:23, 9118:18, 9140:11, 9143:9, 9146:2, 9148:22, 9162:5, 9165:4, 9175:6, 9193:24, 9209:21, 9212:14, 9213:11

**fit** [2] - 9078:6, 9116:16

**five** [1] - 9141:24

**fix** [1] - 9081:9

**fixed** [2] - 9081:8, 9131:7

**fixing** [1] - 9081:11

**flagship** [1] - 9122:3

**flat** [3] - 9200:3, 9200:6, 9200:21

**flattened** [2] - 9197:17, 9197:25

**flattening** [1] - 9198:2

**flattered** [1] - 9169:22

**flex** [7] - 9131:20, 9131:23, 9132:1, 9132:17, 9133:6, 9133:7, 9184:25

**flexible** [1] - 9132:8

**float** [4] - 9171:6, 9171:18, 9201:11, 9201:16

**floating** [2] - 9108:8, 9145:16

**floor** [3] - 9085:21, 9141:22, 9190:3

**FLOOR** [3] - 9066:17, 9067:12, 9069:18

**Flow** [1] - 9209:7

**flow** [135] - 9075:4, 9078:13, 9078:22, 9079:1, 9079:7, 9080:25, 9081:22, 9082:6, 9082:15, 9082:18, 9083:9, 9083:10, 9083:14, 9084:1, 9084:2, 9084:5, 9084:11, 9084:15, 9084:22, 9084:25, 9085:3, 9086:18, 9086:19, 9086:22, 9088:3, 9090:4, 9098:22, 9131:5, 9144:4, 9144:19, 9150:17, 9150:24, 9151:12, 9152:13, 9156:14,

9156:22, 9156:24, 9157:1, 9157:6, 9157:17, 9157:18, 9157:20, 9157:21, 9157:24, 9158:2, 9158:3, 9158:6, 9158:7, 9158:8, 9158:11, 9158:12, 9158:13, 9158:25, 9159:1, 9159:7, 9159:10, 9159:17, 9159:22, 9160:3, 9160:4, 9160:8, 9160:10, 9160:22, 9161:1, 9161:7, 9161:10, 9161:14, 9161:17, 9161:19, 9162:16, 9162:19, 9163:19, 9164:7, 9164:14, 9164:17, 9164:19, 9164:24, 9164:25, 9165:9, 9165:11, 9165:15, 9165:16, 9165:19, 9166:1, 9168:11, 9168:23, 9168:24, 9169:6, 9173:13, 9179:10, 9179:17, 9189:1, 9189:4, 9189:18, 9189:19, 9191:12, 9192:6, 9192:7, 9205:18, 9205:23, 9206:7, 9206:8, 9206:9, 9208:12, 9208:18, 9208:20, 9208:22, 9208:25, 9209:12, 9209:13, 9209:15, 9209:22, 9209:25, 9210:1, 9210:6, 9210:10, 9210:12, 9210:13, 9210:14, 9210:19, 9210:21, 9210:22, 9211:4, 9211:6, 9211:8, 9211:9, 9211:10

**flow-out** [2] - 9210:1, 9210:14

**flowing** [9] - 9146:22, 9146:25, 9147:1, 9147:9, 9158:19, 9158:23, 9159:2, 9162:4, 9180:9

**flows** [1] - 9191:22

**FLOYD** [1] - 9070:3

**fluctuation** [1] - 9093:1

**fluctuations** [1] - 9092:4

**fluid** [7] - 9098:20, 9166:9, 9173:22, 9173:23, 9179:23, 9189:5, 9191:15

**fluids** [15] - 9170:17, 9170:24, 9171:1, 9171:4, 9171:16, 9171:17, 9171:19, 9171:25, 9172:3, 9172:11, 9172:21, 9173:16, 9174:12, 9191:22

**flush** [1] - 9184:24

**focus** [1] - 9113:9

**focusing** [1] - 9192:6

**fold** [1] - 9199:1

**folded** [1] - 9184:1

**folding** [2] - 9198:10, 9198:25

**foldover** [1] - 9115:15

**followed** [7] - 9134:13, 9135:14, 9136:7, 9139:22, 9148:13, 9148:14, 9213:11

**foot** [1] - 9127:3

**FOR** [7] - 9066:3, 9067:10, 9068:6, 9068:10, 9068:20, 9069:7, 9070:1

**for** [155] - 9076:10, 9078:22, 9079:7, 9082:24, 9084:5, 9084:9, 9084:23, 9085:6, 9086:4, 9086:16, 9086:21, 9087:8, 9088:19, 9088:20, 9089:6, 9090:19, 9090:20, 9093:22, 9093:23, 9093:24, 9094:5, 9094:21, 9094:25, 9095:21, 9096:3, 9096:10, 9096:11, 9096:12, 9096:21, 9097:18, 9098:3, 9098:12, 9099:7, 9100:3, 9100:12, 9100:25, 9101:6, 9101:8, 9101:12, 9101:17, 9101:18, 9101:20, 9102:3, 9102:13, 9102:20, 9103:10, 9103:19, 9105:14, 9106:10, 9106:12, 9107:9, 9107:12, 9107:14, 9107:16, 9107:18, 9109:1, 9110:7,

9116:5, 9116:18, 9117:1, 9117:13, 9119:6, 9119:16, 9122:22, 9123:13, 9126:24, 9127:16, 9130:23, 9131:16, 9132:14, 9133:14, 9134:5, 9134:12, 9135:13, 9135:17, 9136:4, 9136:6, 9136:21, 9138:14, 9139:3, 9139:11, 9139:25, 9141:5, 9141:24, 9142:14, 9144:19, 9145:6, 9145:12, 9147:6, 9148:11, 9149:13, 9155:4, 9155:25, 9156:3, 9159:7, 9159:9, 9159:15, 9161:17, 9161:20, 9162:6, 9163:3, 9164:24, 9165:2, 9165:3, 9165:4, 9165:5, 9165:11, 9165:14, 9165:20, 9171:9, 9171:15, 9173:24, 9174:9, 9176:6, 9178:22, 9179:17, 9180:12, 9181:24, 9185:11, 9185:16, 9185:22, 9185:25, 9186:6, 9188:16, 9193:8, 9193:15, 9193:19, 9193:23, 9195:11, 9198:12, 9198:14, 9200:4, 9200:9, 9200:17, 9201:18, 9203:15, 9204:16, 9204:21, 9205:18, 9206:25, 9207:14, 9207:25, 9208:18, 9208:21, 9210:6, 9210:19, 9210:23, 9211:4, 9212:8, 9212:25, 9213:4

**force** [68] - 9074:16, 9075:1, 9077:6, 9077:9, 9077:17, 9078:12, 9078:14, 9078:22, 9078:23, 9078:24, 9079:6, 9080:4, 9080:14, 9080:18, 9081:2, 9081:19, 9081:21, 9082:2, 9082:16, 9082:19, 9085:11, 9086:8, 9089:10, 9090:1, 9090:3, 9090:4, 9090:8,

9090:15, 9090:25, 9091:10, 9092:3, 9093:3, 9103:9, 9121:7, 9151:3, 9151:7, 9153:16, 9153:23, 9154:9, 9155:1, 9155:11, 9155:24, 9156:3, 9156:11, 9156:14, 9156:15, 9157:4, 9157:16, 9157:25, 9164:22, 9164:23, 9173:13, 9174:8, 9174:16, 9184:17, 9184:21, 9185:8, 9186:1, 9186:15, 9191:22, 9195:3, 9199:15, 9201:2, 9203:21

**forced** [2] - 9192:3, 9203:5

**forces** [14] - 9078:25, 9084:22, 9084:23, 9090:19, 9091:11, 9128:6, 9130:24, 9131:4, 9155:24, 9156:3, 9157:17, 9165:7, 9165:14, 9174:22

**forcibly** [13] - 9114:10, 9115:9, 9119:7, 9119:23, 9123:25, 9124:12, 9133:15, 9133:18, 9133:23, 9137:3, 9202:24, 9203:5, 9203:10

**forcing** [3] - 9086:23, 9155:25, 9156:4

**foregoing** [1] - 9214:7

**forensic** [3] - 9073:18, 9181:8, 9188:20

**form** [3] - 9073:23, 9098:19, 9170:7

**formation** [1] - 9167:21

**formed** [1] - 9131:20

**forming** [1] - 9107:24

**forms** [1] - 9120:22

**formula** [1] - 9103:8

**formulas** [2] - 9102:12, 9120:20

**FORREST** [1] - 9071:5

**forth** [1] - 9184:21

**forward** [2] - 9147:12, 9210:5

**found** [13] - 9101:16, 9181:11, 9191:5, 9196:22, 9197:11, 9198:10, 9198:24, 9199:1, 9199:3, 9199:7, 9199:9, 9199:10, 9203:8
**four** [1] - 9171:10
**frame** [4] - 9091:14, 9093:7, 9109:5, 9140:25
**FRANCISCO** [1] - 9067:13
**Frank** [2] - 9212:19, 9213:5
**FRANK** [1] - 9212:23
**FRANKLIN** [1] - 9068:4
**FRAUD** [1] - 9068:1
**free** [1] - 9183:12
**friction** [6] - 9089:9, 9089:12, 9090:17, 9090:19, 9090:24, 9156:14
**frictional** [4] - 9090:22, 9092:10, 9151:3, 9151:7
**frightening** [1] - 9086:13
**FRILOT** [1] - 9069:10
**from** [126] - 9074:16, 9075:3, 9075:4, 9077:6, 9077:9, 9077:17, 9078:2, 9078:9, 9078:13, 9078:24, 9079:1, 9079:7, 9080:25, 9083:12, 9083:22, 9084:3, 9084:11, 9084:22, 9084:25, 9085:11, 9086:8, 9086:19, 9089:10, 9090:1, 9090:3, 9090:5, 9090:8, 9090:14, 9091:10, 9091:17, 9092:5, 9092:11, 9092:22, 9092:24, 9093:3, 9095:5, 9095:7, 9095:15, 9095:21, 9096:24, 9101:15, 9102:10, 9103:9, 9103:16, 9103:18, 9104:5, 9109:17, 9110:3, 9110:16, 9113:2, 9116:9, 9118:11, 9125:16, 9130:6, 9130:8, 9131:23, 9131:24, 9132:8, 9133:23, 9140:5, 9142:9, 9144:8, 9145:11, 9148:4, 9151:19, 9152:13, 9153:16, 9153:18, 9153:20, 9153:21, 9153:23, 9154:1, 9154:4, 9154:9, 9155:1, 9155:11, 9156:14, 9156:15, 9156:25, 9157:4, 9157:25, 9158:19, 9161:12, 9161:13, 9161:14, 9161:19, 9162:3, 9164:14, 9165:14, 9165:25, 9166:9, 9167:14, 9172:11, 9173:7, 9174:3, 9174:19, 9178:8, 9181:8, 9184:14, 9185:1, 9186:5, 9186:15, 9187:6, 9187:22, 9191:4, 9198:8, 9198:10, 9201:5, 9203:6, 9205:6, 9205:22, 9206:3, 9206:25, 9207:1, 9207:14, 9208:1, 9209:5, 9209:7, 9209:15, 9209:19, 9209:23, 9212:19, 9213:9, 9214:8
**front** [1] - 9136:12
**FRUGE** [1] - 9067:1
**full** [3] - 9115:14, 9170:17, 9203:20
**fully** [1] - 9117:17
**function** [1] - 9206:8
**further** [8] - 9080:14, 9097:15, 9153:12, 9163:15, 9180:21, 9198:15, 9201:19, 9211:12

## G

**G** [1] - 9069:14
**gain** [2] - 9179:23, 9180:6
**gallon** [1] - 9159:25
**garbled** [1] - 9156:1
**gas** [17] - 9130:19, 9158:14, 9164:8, 9166:24, 9167:3, 9167:6, 9167:8, 9167:10, 9167:13, 9167:15, 9167:21, 9172:13, 9172:15, 9172:18, 9173:19, 9173:20, 9173:21
**gaseous** [1] - 9167:25
**GATE** [1] - 9067:12
**gave** [3] - 9084:13, 9087:8, 9127:24
**GAVIN** [1] - 9070:3
**gee** [1] - 9137:11
**general** [1] - 9129:18
**GENERAL** [3] - 9068:7, 9068:12, 9068:13
**GENERAL'S** [1] - 9068:6
**generally** [8] - 9078:1, 9095:3, 9132:23, 9133:1, 9133:2, 9149:23, 9169:17
**generate** [1] - 9082:16
**generated** [9] - 9078:13, 9079:9, 9080:5, 9081:13, 9085:11, 9092:11, 9094:20, 9094:21, 9096:3
**generates** [2] - 9079:19, 9103:8
**generating** [2] - 9084:23, 9092:9
**gentle** [1] - 9198:5
**get** [27] - 9080:17, 9096:4, 9096:6, 9096:9, 9097:7, 9097:24, 9098:12, 9098:14, 9104:6, 9113:8, 9115:15, 9115:20, 9120:7, 9120:20, 9120:22, 9120:23, 9120:24, 9121:12, 9123:23, 9125:17, 9136:23, 9138:4, 9166:8, 9171:13, 9171:19, 9183:14, 9201:17
**gets** [4] - 9096:12, 9123:25, 9167:10, 9198:5
**getting** [6] - 9092:11, 9100:5, 9112:8, 9128:18, 9182:8
**give** [12] - 9129:3, 9144:23, 9144:24, 9147:25, 9169:6, 9169:7, 9176:1, 9182:22, 9186:17, 9192:16, 9193:15, 9204:19
**given** [2] - 9103:4, 9103:10
**gives** [3] - 9124:22, 9124:23, 9161:10
**GmbH** [1] - 9065:13
**go** [46] - 9073:10, 9077:3, 9079:9, 9079:24, 9079:25, 9080:1, 9080:20, 9083:4, 9083:20, 9087:19, 9088:2, 9088:22, 9089:24, 9090:10, 9091:12, 9091:23, 9092:18, 9093:19, 9095:7, 9095:25, 9099:4, 9099:8, 9106:3, 9110:1, 9112:13, 9114:2, 9117:11, 9117:15, 9117:17, 9119:25, 9121:11, 9128:4, 9128:10, 9129:9, 9135:23, 9136:3, 9138:20, 9139:4, 9161:16, 9162:5, 9163:15, 9166:13, 9166:16, 9196:12, 9204:10
**GODWIN** [3] - 9070:2, 9070:2, 9070:6
**goes** [11] - 9088:5, 9089:6, 9104:2, 9118:2, 9118:8, 9132:5, 9157:21, 9167:21, 9170:22, 9175:12, 9185:1
**going** [31] - 9080:14, 9095:14, 9098:22, 9098:23, 9102:16, 9111:9, 9118:15, 9118:16, 9119:9, 9123:20, 9123:23, 9128:17, 9133:6, 9136:24, 9140:1, 9146:12, 9149:2, 9158:9, 9158:14, 9161:16, 9163:20, 9172:22, 9172:24, 9174:13, 9176:1, 9178:25, 9182:2, 9193:17, 9196:13, 9198:16, 9204:10
**gold** [1] - 9092:23
**GOLDEN** [1] - 9067:12
**gone** [7] - 9080:6, 9089:17, 9195:22, 9195:23, 9195:24, 9196:1, 9196:3
**good** [9] - 9115:15, 9128:9, 9135:24, 9149:10, 9149:12, 9165:3, 9187:23, 9212:12
**goods** [1] - 9103:22
**got** [9] - 9080:16, 9080:17, 9094:1, 9120:13, 9127:11, 9128:23, 9142:18, 9144:5, 9180:18
**gotten** [1] - 9100:13
**gouge** [1] - 9191:23
**government** [1] - 9113:12
**grade** [1] - 9102:13
**GRAND** [1] - 9069:18
**graph** [9] - 9078:8, 9079:20, 9082:12, 9089:6, 9092:21, 9094:12, 9096:2, 9157:4, 9167:1
**graphing** [1] - 9086:20
**great** [2] - 9171:4, 9171:5
**greater** [11] - 9096:5, 9110:8, 9124:22, 9124:23, 9189:6, 9189:11, 9189:15, 9189:16, 9189:17, 9189:20
**green** [5] - 9073:15, 9094:24, 9116:9, 9116:12, 9184:1
**Greg** [1] - 9085:17
**gripping** [1] - 9091:25
**ground** [3] - 9140:7, 9147:10, 9147:19
**group** [7] - 9113:2, 9113:3, 9113:4, 9113:7, 9113:25
**GROUP** [1] - 9066:19
**guarantee** [3] - 9114:11, 9114:13, 9153:4
**guidelines** [2] - 9097:18, 9098:2
**guilty** [1] - 9148:5
**GULF** [1] - 9065:5
**Gulf** [7] - 9107:18, 9109:21, 9110:4, 9110:16, 9112:21, 9139:17, 9212:3
**guy** [1] - 9147:7
**guys** [1] - 9113:5

# H

**had** [66] - 9078:6,
9081:6, 9094:2,
9094:5, 9096:15,
9098:8, 9099:16,
9100:4, 9100:12,
9100:19, 9101:24,
9105:16, 9106:1,
9106:6, 9106:21,
9108:15, 9125:12,
9128:2, 9130:1,
9133:11, 9134:17,
9134:19, 9135:17,
9135:19, 9136:15,
9137:7, 9137:10,
9137:11, 9139:12,
9139:20, 9142:11,
9143:18, 9143:21,
9145:14, 9147:9,
9147:23, 9153:12,
9160:13, 9160:14,
9161:20, 9164:10,
9169:19, 9175:21,
9177:17, 9178:11,
9180:19, 9181:13,
9182:16, 9183:4,
9186:14, 9190:7,
9190:14, 9190:15,
9190:16, 9196:11,
9201:14, 9201:15,
9201:17, 9203:8,
9204:5, 9204:7,
9204:12, 9204:17,
9205:5, 9205:12
**hadn't** [1] - 9180:17
**half** [5] - 9116:20,
9152:11, 9157:21,
9192:14, 9192:17
**halfway** [3] -
9191:23, 9192:8,
9192:13
**Halliburton** [1] -
9201:20
**HALLIBURTON** [1] -
9070:1
**hand** [17] - 9078:10,
9080:11, 9086:14,
9086:16, 9087:14,
9087:15, 9095:25,
9100:7, 9100:8,
9100:23, 9110:19,
9153:25, 9173:5,
9183:23, 9184:1,
9207:8, 9207:9
**handle** [1] - 9195:18
**hang** [2] - 9137:24,
9180:23
**hang-off** [1] -
9180:23

**hanging** [7] -
9079:19, 9079:22,
9085:19, 9085:23,
9150:4, 9170:1,
9170:3
**HANKEY** [1] -
9067:17
**happen** [2] - 9133:3,
9171:9
**happened** [15] -
9141:11, 9152:11,
9166:20, 9166:24,
9185:6, 9192:19,
9192:21, 9192:25,
9193:1, 9193:4,
9196:5, 9196:24,
9200:4, 9200:9,
9200:17
**happening** [5] -
9164:13, 9172:10,
9174:10, 9175:14,
9176:25
**happens** [4] -
9082:14, 9088:9,
9166:23, 9195:13
**happy** [1] - 9148:5
**hard** [2] - 9125:1,
9195:2
**HARIKLIA** [1] -
9069:4
**HARTLEY** [1] -
9070:3
**has** [29] - 9079:22,
9080:14, 9082:8,
9087:16, 9088:7,
9090:21, 9090:22,
9090:23, 9091:1,
9091:2, 9094:5,
9100:25, 9103:2,
9103:6, 9103:7,
9103:9, 9113:17,
9119:2, 9122:3,
9122:8, 9122:18,
9124:25, 9133:20,
9155:9, 9163:21,
9180:2, 9189:25,
9201:2, 9211:1
**hasn't** [1] - 9174:21
**HAUSER** [1] - 9068:3
**have** [263] - 9072:14,
9073:5, 9073:8,
9074:12, 9074:18,
9075:19, 9075:22,
9075:25, 9076:12,
9076:15, 9076:16,
9076:25, 9077:2,
9077:5, 9077:8,
9077:15, 9077:21,
9078:4, 9079:9,
9079:11, 9080:4,

9080:17, 9080:18,
9081:13, 9081:15,
9081:19, 9081:24,
9082:2, 9082:12,
9082:15, 9082:25,
9083:8, 9083:12,
9083:14, 9083:16,
9085:1, 9085:3,
9085:6, 9085:10,
9086:2, 9086:4,
9086:7, 9086:10,
9088:25, 9089:16,
9089:17, 9089:20,
9089:25, 9090:7,
9090:17, 9090:25,
9091:1, 9092:13,
9092:16, 9093:11,
9093:14, 9093:23,
9093:25, 9094:1,
9094:8, 9094:10,
9096:17, 9096:21,
9096:22, 9097:25,
9098:1, 9099:3,
9099:17, 9100:15,
9100:16, 9100:19,
9101:9, 9101:12,
9101:14, 9102:3,
9103:5, 9103:19,
9104:3, 9104:18,
9104:20, 9105:18,
9105:21, 9106:5,
9106:6, 9106:11,
9106:14, 9107:3,
9108:21, 9108:22,
9109:3, 9109:6,
9109:14, 9109:15,
9109:20, 9109:23,
9109:24, 9109:25,
9110:13, 9110:23,
9111:7, 9111:8,
9111:14, 9111:16,
9111:17, 9111:18,
9112:2, 9112:18,
9113:18, 9114:5,
9114:6, 9114:12,
9114:14, 9115:4,
9115:16, 9118:2,
9118:4, 9118:8,
9120:18, 9121:3,
9121:10, 9121:24,
9122:14, 9123:8,
9123:15, 9123:19,
9123:20, 9123:22,
9123:23, 9124:4,
9124:9, 9125:3,
9125:4, 9125:7,
9125:8, 9125:10,
9126:6, 9126:11,
9126:13, 9126:14,
9126:17, 9127:14,
9128:5, 9128:11,

9130:7, 9131:16,
9133:11, 9134:5,
9134:7, 9134:8,
9134:16, 9134:25,
9135:18, 9136:25,
9137:8, 9137:19,
9137:22, 9138:11,
9139:1, 9139:7,
9139:12, 9139:14,
9140:16, 9140:19,
9142:1, 9142:21,
9142:23, 9143:24,
9144:10, 9144:11,
9144:24, 9145:11,
9145:21, 9146:24,
9146:25, 9147:1,
9147:18, 9148:18,
9148:21, 9149:15,
9149:17, 9162:14,
9163:19, 9164:8,
9164:16, 9165:16,
9165:20, 9167:6,
9167:20, 9168:16,
9171:4, 9171:5,
9173:10, 9173:14,
9174:5, 9174:11,
9176:17, 9176:20,
9177:3, 9177:5,
9177:17, 9178:4,
9178:10, 9178:13,
9179:1, 9181:19,
9182:1, 9182:12,
9182:15, 9182:16,
9183:3, 9183:16,
9185:12, 9186:7,
9187:4, 9188:1,
9188:7, 9188:20,
9189:5, 9190:5,
9190:19, 9191:11,
9191:25, 9192:1,
9192:4, 9192:6,
9194:7, 9194:9,
9195:21, 9196:14,
9198:15, 9201:21,
9202:17, 9203:3,
9203:4, 9203:6,
9203:8, 9203:9,
9203:19, 9203:22,
9204:10, 9204:11,
9204:12, 9204:22,
9205:11, 9205:12,
9205:15, 9205:16,
9210:20, 9211:3,
9211:14, 9211:24,
9212:12, 9213:17
**haven't** [14] -
9121:19, 9123:3,
9123:12, 9124:11,
9124:14, 9124:18,
9124:19, 9124:21,
9140:19, 9169:24,

9174:5, 9174:22,
9174:23, 9180:10
**having** [10] -
9084:13, 9108:9,
9108:18, 9109:18,
9111:2, 9114:5,
9127:24, 9171:8,
9194:10, 9197:25
**Hay** [2] - 9176:11,
9176:25
**hay's** [1] - 9176:6
**Hay's** [1] - 9177:5
**HAYCRAFT** [1] -
9068:22
**HB406** [1] - 9070:10
**he's** [1] - 9148:4
**head** [2] - 9145:25,
9171:15
**hear** [2] - 9074:20,
9199:17
**HEARD** [1] - 9065:21
**heard** [15] - 9074:22,
9074:23, 9084:18,
9104:3, 9132:4,
9140:7, 9148:3,
9150:6, 9150:23,
9151:11, 9193:24,
9196:24, 9197:1,
9199:18, 9203:9
**heating** [1] - 9131:24
**heavier** [4] -
9171:17, 9171:21,
9172:1, 9196:15
**heavy** [10] - 9127:5,
9127:6, 9171:22,
9172:3, 9172:11,
9172:21, 9173:16,
9173:22, 9174:12,
9195:19
**held** [21] - 9081:10,
9114:8, 9114:10,
9115:9, 9115:13,
9119:7, 9119:23,
9123:25, 9124:1,
9124:10, 9124:11,
9125:1, 9133:15,
9133:18, 9133:23,
9137:3, 9184:4,
9201:2, 9201:5,
9202:24, 9203:10
**helical** [1] - 9075:3
**helically** [1] -
9130:25
**help** [2] - 9136:20,
9180:15
**helped** [1] - 9124:4
**helping** [1] - 9096:6
**helps** [1] - 9091:3
**hence** [1] - 9092:3
**here** [66] - 9073:15,

9074:20, 9091:20, 9097:6, 9116:15, 9118:12, 9118:13, 9119:11, 9119:24, 9120:7, 9122:15, 9122:23, 9125:3, 9126:15, 9127:17, 9132:9, 9133:9, 9134:11, 9136:3, 9137:11, 9140:18, 9141:5, 9141:17, 9143:3, 9149:13, 9150:3, 9151:20, 9153:25, 9162:13, 9162:17, 9163:8, 9163:9, 9164:6, 9168:12, 9169:4, 9169:19, 9170:13, 9175:2, 9179:1, 9180:21, 9181:16, 9182:4, 9182:21, 9183:6, 9183:22, 9185:6, 9191:12, 9191:17, 9192:24, 9193:25, 9194:9, 9195:7, 9195:17, 9195:18, 9196:5, 9196:13, 9196:17, 9196:20, 9198:23, 9198:24, 9199:16, 9199:20, 9201:16, 9211:23, 9213:4

**hereby** [1] - 9214:6

**HERMAN** [3] - 9066:6, 9066:6

**high** [3] - 9097:24, 9127:11, 9143:24

**high-pressure** [1] - 9143:24

**higher** [11] - 9085:3, 9090:21, 9091:4, 9095:12, 9098:8, 9143:8, 9143:13, 9208:25, 9210:11, 9210:12, 9210:20

**highlight** [2] - 9175:5, 9175:8

**highlighted** [5] - 9091:23, 9155:19, 9159:24, 9190:13, 9206:8

**highly** [2] - 9198:12, 9203:22

**HILL** [1] - 9070:3

**him** [9] - 9074:23, 9129:20, 9147:14, 9163:24, 9164:12, 9164:17, 9165:5, 9200:13, 9212:10

**his** [42] - 9074:21,

9074:22, 9075:3, 9076:13, 9076:18, 9077:11, 9085:17, 9104:21, 9117:23, 9122:18, 9123:2, 9130:7, 9134:7, 9134:11, 9140:7, 9145:3, 9147:12, 9150:6, 9150:9, 9151:18, 9152:15, 9160:15, 9160:18, 9160:20, 9164:3, 9164:4, 9164:5, 9165:22, 9167:5, 9167:20, 9168:15, 9169:13, 9173:14, 9197:2, 9208:4, 9208:8, 9211:4, 9211:25

**history** [2] - 9130:13, 9133:19

**hit** [4] - 9200:20, 9200:21, 9200:22

**hitting** [3] - 9141:12, 9147:9, 9147:19

**hold** [2] - 9118:15, 9194:20

**holding** [6] - 9118:19, 9170:13, 9183:22, 9184:1, 9185:8, 9195:4

**HOLDINGS** [1] - 9069:7

**hole** [9] - 9084:17, 9132:3, 9132:11, 9132:12, 9132:14, 9175:8, 9175:19, 9175:21

**holes** [1] - 9132:7

**HOLTHAUS** [1] - 9067:1

**Honor** [51] - 9072:8, 9111:6, 9112:15, 9114:3, 9114:24, 9115:24, 9116:5, 9129:21, 9129:22, 9130:5, 9134:24, 9135:20, 9140:9, 9144:24, 9147:11, 9147:25, 9148:11, 9148:25, 9149:1, 9149:4, 9149:6, 9149:8, 9149:10, 9149:11, 9155:3, 9155:6, 9155:8, 9155:13, 9162:13, 9163:20, 9168:19, 9175:1, 9183:14, 9196:14, 9200:10, 9200:14, 9201:18,

9201:19, 9201:21, 9201:23, 9206:22, 9208:15, 9211:12, 9211:13, 9211:14, 9211:16, 9211:17, 9212:15, 9212:18, 9212:25

**HONORABLE** [1] - 9065:21

**hood** [1] - 9171:2

**hook** [28] - 9083:12, 9083:13, 9085:7, 9085:10, 9085:13, 9085:14, 9085:15, 9085:18, 9086:1, 9086:4, 9086:7, 9087:23, 9087:24, 9088:12, 9092:4, 9092:14, 9092:24, 9093:1, 9169:16, 9169:25, 9170:9, 9170:13, 9172:7, 9172:22, 9173:4, 9173:10, 9174:19

**hope** [4] - 9180:20, 9181:10, 9181:25, 9193:18

**hopefully** [1] - 9120:7

**Horizon** [38] - 9095:1, 9095:6, 9095:23, 9096:21, 9097:1, 9097:11, 9099:20, 9099:23, 9100:19, 9101:9, 9101:23, 9101:24, 9102:3, 9105:5, 9105:15, 9106:5, 9106:10, 9106:21, 9107:7, 9108:1, 9108:15, 9110:10, 9110:12, 9110:25, 9112:20, 9114:18, 9120:12, 9120:15, 9134:19, 9137:6, 9139:3, 9202:7, 9202:17, 9204:4, 9204:5, 9204:13, 9204:21, 9205:13

**HORIZON** [1] - 9065:5

**Horizon's** [2] - 9093:22, 9103:20

**horizontal** [4] - 9078:6, 9079:4, 9079:5, 9094:14

**Horse** [4] - 9122:2, 9122:4, 9122:8, 9122:12

**HOUMA** [1] -

9066:20

**hour** [3] - 9152:11, 9163:3, 9169:7

**hours** [3] - 9078:9, 9152:18, 9207:14

**housekeeping** [1] - 9211:13

**HOUSTON** [4] - 9067:5, 9069:15, 9069:24, 9070:7

**however** [4] - 9139:2, 9167:10, 9181:25, 9193:1

**HUGHES** [1] - 9069:22

**huh** [1] - 9146:7

**hundred** [3] - 9096:12, 9097:7, 9189:16

**hundreds** [1] - 9195:2

**hydraulic** [1] - 9138:17

**hydraulics** [1] - 9138:19

**hydrocarbon** [2] - 9159:24, 9207:13

**hydrocarbons** [4] - 9084:1, 9085:2, 9100:12, 9161:7

**hydrostatic** [4] - 9096:6, 9096:7, 9097:7

**HYMEL** [1] - 9069:20

## I

**I** [396] - 9071:1, 9072:3, 9072:17, 9072:18, 9072:19, 9073:3, 9073:9, 9074:21, 9074:23, 9074:24, 9075:15, 9076:2, 9076:19, 9076:24, 9077:2, 9077:12, 9078:4, 9078:6, 9081:6, 9082:8, 9083:3, 9083:16, 9083:17, 9083:24, 9084:11, 9084:20, 9085:17, 9086:10, 9086:13, 9087:6, 9087:23, 9090:9, 9090:19, 9090:20, 9092:7, 9093:19, 9093:20, 9093:25, 9094:10, 9097:12, 9098:1, 9101:14, 9101:16, 9102:7, 9102:22,

9103:17, 9104:5, 9104:20, 9105:13, 9106:17, 9106:19, 9106:24, 9107:4, 9108:3, 9108:16, 9109:6, 9109:23, 9109:25, 9111:8, 9111:16, 9111:18, 9112:16, 9112:24, 9113:17, 9114:10, 9114:11, 9114:22, 9115:3, 9115:7, 9115:24, 9116:8, 9116:10, 9116:18, 9117:18, 9118:13, 9118:16, 9118:19, 9119:9, 9119:10, 9119:11, 9120:7, 9120:25, 9121:12, 9121:19, 9121:20, 9122:14, 9122:16, 9122:21, 9123:1, 9123:3, 9123:6, 9123:12, 9123:16, 9124:4, 9124:7, 9124:11, 9124:14, 9124:18, 9124:20, 9124:21, 9125:3, 9125:10, 9125:18, 9125:23, 9125:24, 9126:5, 9126:7, 9126:9, 9126:11, 9126:14, 9126:19, 9127:20, 9127:22, 9128:9, 9128:10, 9128:17, 9128:21, 9129:1, 9129:3, 9129:12, 9129:18, 9129:19, 9129:23, 9130:5, 9131:1, 9131:2, 9131:18, 9132:16, 9133:22, 9134:7, 9134:8, 9134:15, 9135:20, 9136:16, 9137:24, 9138:8, 9140:1, 9140:4, 9140:6, 9140:16, 9142:18, 9142:23, 9143:2, 9143:3, 9143:5, 9143:12, 9143:14, 9143:16, 9143:23, 9143:24, 9144:4, 9144:9, 9144:19, 9144:22, 9145:2, 9145:4, 9145:14, 9145:16, 9145:23, 9145:24, 9146:16, 9146:20, 9146:21, 9147:3, 9147:6, 9147:7, 9147:14,

9147:17, 9147:19,
9147:23, 9148:1,
9148:4, 9148:11,
9148:18, 9148:20,
9149:1, 9149:2,
9149:15, 9149:16,
9149:17, 9149:22,
9150:3, 9150:21,
9151:18, 9152:10,
9152:16, 9153:4,
9154:13, 9155:6,
9155:8, 9156:1,
9157:3, 9157:18,
9157:19, 9157:23,
9158:1, 9158:7,
9158:15, 9158:24,
9159:23, 9160:17,
9160:20, 9161:12,
9162:13, 9162:16,
9162:25, 9163:6,
9163:7, 9163:8,
9163:20, 9163:24,
9164:4, 9164:10,
9164:16, 9164:21,
9165:6, 9165:13,
9165:18, 9165:22,
9166:7, 9166:16,
9166:21, 9166:22,
9167:1, 9167:5,
9168:10, 9168:14,
9168:18, 9169:12,
9169:18, 9169:23,
9170:5, 9170:11,
9171:5, 9171:9,
9173:1, 9174:25,
9175:1, 9175:6,
9175:21, 9176:2,
9176:8, 9176:11,
9176:20, 9176:24,
9177:13, 9177:14,
9178:25, 9179:14,
9179:16, 9179:22,
9180:3, 9180:8,
9180:13, 9180:20,
9181:1, 9181:5,
9181:10, 9181:13,
9181:18, 9181:22,
9181:24, 9181:25,
9182:13, 9182:16,
9182:20, 9182:24,
9183:5, 9183:16,
9183:21, 9183:22,
9184:1, 9184:9,
9184:12, 9184:23,
9184:24, 9185:13,
9185:25, 9186:9,
9187:2, 9187:9,
9187:11, 9188:10,
9188:12, 9189:3,
9189:8, 9189:10,
9189:22, 9190:5,

9190:9, 9190:10,
9190:19, 9190:25,
9191:1, 9191:7,
9191:8, 9191:11,
9192:6, 9192:13,
9192:14, 9193:6,
9193:17, 9193:18,
9193:22, 9194:6,
9194:9, 9195:17,
9195:18, 9196:3,
9196:13, 9196:14,
9199:5, 9199:18,
9200:19, 9200:25,
9201:18, 9201:23,
9202:19, 9203:7,
9204:3, 9204:9,
9204:15, 9204:23,
9205:2, 9205:8,
9205:14, 9205:16,
9206:6, 9206:22,
9207:6, 9207:17,
9209:3, 9209:18,
9209:21, 9210:1,
9210:13, 9211:3,
9211:13, 9211:14,
9211:15, 9211:17,
9211:22, 9211:23,
9211:24, 9212:7,
9212:12, 9213:3,
9213:4, 9213:16,
9214:5
  **I'd** [3] - 9074:15,
9083:4, 9212:10
  **I'll** [12] - 9117:14,
9117:23, 9144:24,
9148:20, 9150:21,
9155:12, 9162:21,
9163:25, 9177:18,
9193:8, 9211:16,
9213:3
  **I'm** [32] - 9076:5,
9079:25, 9117:8,
9117:18, 9119:10,
9125:10, 9125:20,
9128:8, 9129:17,
9130:17, 9133:2,
9135:6, 9135:15,
9139:14, 9139:23,
9142:23, 9145:13,
9148:5, 9150:10,
9156:20, 9159:14,
9160:12, 9166:11,
9166:15, 9169:22,
9175:13, 9176:24,
9198:16, 9198:17,
9205:5, 9207:16
  **I've** [10] - 9102:5,
9102:16, 9104:5,
9106:7, 9140:7,
9145:10, 9148:3,
9182:21, 9203:4,

9204:14
  **IADC** [3] - 9175:5,
9175:16, 9175:18
  **IBOS** [1] - 9070:10
  **Ibos** [2] - 9214:5,
9214:14
  **ID** [2] - 9151:24,
9174:14
  **ideal** [1] - 9100:15
  **identified** [7] -
9077:13, 9082:8,
9096:16, 9206:16,
9208:4, 9208:7,
9208:24
  **identifies** [3] -
9073:8, 9083:25,
9091:14
  **identify** [6] -
9078:25, 9079:4,
9081:14, 9088:7,
9207:3, 9207:7
  **identifying** [1] -
9081:19
  **if** [173] - 9073:10,
9073:12, 9073:18,
9074:4, 9074:24,
9075:13, 9075:15,
9077:3, 9077:18,
9077:21, 9077:24,
9079:18, 9080:1,
9080:20, 9081:21,
9082:21, 9083:20,
9085:5, 9085:18,
9086:11, 9086:13,
9087:11, 9087:12,
9087:16, 9087:19,
9087:23, 9088:1,
9088:4, 9088:17,
9088:22, 9089:2,
9089:9, 9089:24,
9090:10, 9091:12,
9091:23, 9092:18,
9093:6, 9093:19,
9093:20, 9094:1,
9094:11, 9095:25,
9096:10, 9096:15,
9096:18, 9096:23,
9097:23, 9098:1,
9098:4, 9098:13,
9099:8, 9099:15,
9102:23, 9103:3,
9103:23, 9103:24,
9104:17, 9104:22,
9104:23, 9105:18,
9105:23, 9106:1,
9106:3, 9107:5,
9108:4, 9109:7,
9110:1, 9110:17,
9110:19, 9111:19,
9112:14, 9112:16,

9112:17, 9112:20,
9116:8, 9116:9,
9116:15, 9117:24,
9119:11, 9120:19,
9121:20, 9122:16,
9122:21, 9122:22,
9123:19, 9123:22,
9123:25, 9124:4,
9124:9, 9126:5,
9128:2, 9128:17,
9130:5, 9130:13,
9131:1, 9131:2,
9131:10, 9131:18,
9131:21, 9132:14,
9134:8, 9134:16,
9135:20, 9135:24,
9136:11, 9136:15,
9137:3, 9137:19,
9137:21, 9138:23,
9141:9, 9142:16,
9142:23, 9143:3,
9145:4, 9146:12,
9146:16, 9146:24,
9147:1, 9147:8,
9147:25, 9148:20,
9150:6, 9153:11,
9159:4, 9162:13,
9163:8, 9163:15,
9165:19, 9171:9,
9171:15, 9171:21,
9171:22, 9174:7,
9174:14, 9176:1,
9177:18, 9178:7,
9178:11, 9179:5,
9179:18, 9181:18,
9183:4, 9184:24,
9186:14, 9186:22,
9187:2, 9190:13,
9193:16, 9193:20,
9194:3, 9194:6,
9194:9, 9194:18,
9194:22, 9195:9,
9196:10, 9198:13,
9204:12, 9205:12,
9205:25, 9206:6,
9209:3, 9209:18,
9209:21, 9210:13,
9210:21, 9211:9,
9211:14
  **III** [1] - 9106:15
  **IL** [1] - 9069:6
  **illustration** [3] -
9153:7, 9153:18,
9169:20
  **illustrations** [2] -
9182:21, 9196:17
  **illustrative** [1] -
9079:21
  **image** [2] - 9079:16,
9080:11

  **images** [1] - 9073:12
  **imagine** [2] -
9079:18, 9085:19
  **immediately** [1] -
9188:7
  **impact** [4] - 9172:4,
9178:7, 9194:7,
9194:10
  **impacted** [1] -
9195:20
  **impacts** [1] - 9099:9
  **imparted** [2] -
9090:5, 9131:4
  **impinging** [2] -
9074:3, 9186:1
  **implemented** [5] -
9202:18, 9204:4,
9204:12, 9204:22,
9205:12
  **implementing** [1] -
9204:24
  **important** [2] -
9097:21, 9098:17
  **impose** [1] - 9087:22
  **IMPREVENTO** [1] -
9066:14
  **IN** [3] - 9065:4,
9065:5, 9065:12
  **in** [423] - 9073:15,
9074:20, 9075:4,
9075:6, 9076:21,
9077:8, 9078:3,
9078:5, 9078:7,
9079:23, 9080:3,
9080:5, 9080:6,
9080:7, 9080:13,
9080:15, 9080:25,
9081:10, 9081:24,
9083:9, 9083:12,
9083:17, 9084:12,
9084:14, 9085:13,
9085:15, 9085:17,
9086:2, 9086:8,
9086:14, 9087:1,
9087:3, 9087:8,
9087:11, 9087:12,
9087:13, 9087:17,
9088:3, 9088:10,
9088:14, 9088:16,
9088:17, 9089:1,
9089:8, 9089:9,
9089:17, 9090:5,
9090:17, 9090:25,
9091:3, 9091:4,
9091:5, 9091:7,
9091:11, 9091:23,
9091:24, 9092:1,
9092:4, 9092:25,
9095:14, 9095:23,
9096:8, 9096:10,

9096:13, 9096:25,
9097:21, 9098:2,
9098:14, 9098:15,
9098:25, 9099:17,
9099:19, 9100:13,
9100:14, 9101:2,
9101:8, 9101:19,
9102:9, 9102:11,
9102:16, 9102:21,
9103:4, 9103:10,
9103:25, 9104:7,
9104:25, 9105:1,
9105:7, 9105:8,
9105:11, 9106:10,
9106:18, 9106:23,
9107:17, 9107:22,
9107:24, 9108:8,
9108:20, 9108:23,
9109:21, 9110:4,
9110:16, 9110:19,
9111:13, 9111:15,
9111:21, 9111:25,
9112:1, 9112:5,
9112:21, 9113:17,
9113:25, 9114:12,
9114:19, 9115:6,
9115:17, 9115:20,
9117:5, 9117:10,
9117:14, 9117:16,
9117:23, 9118:4,
9118:9, 9119:2,
9119:9, 9119:14,
9120:9, 9120:10,
9120:12, 9120:14,
9120:22, 9121:19,
9121:22, 9121:25,
9122:4, 9122:18,
9122:20, 9122:24,
9124:4, 9124:22,
9125:2, 9125:6,
9125:11, 9125:14,
9125:25, 9126:20,
9127:2, 9127:11,
9127:15, 9127:24,
9127:25, 9128:6,
9128:11, 9129:6,
9130:12, 9130:15,
9130:19, 9130:20,
9131:1, 9131:5,
9131:6, 9131:7,
9131:13, 9131:14,
9131:16, 9131:17,
9131:22, 9131:23,
9131:24, 9132:3,
9132:5, 9133:9,
9133:16, 9133:19,
9133:20, 9133:25,
9135:2, 9135:4,
9135:8, 9135:16,
9136:10, 9136:12,
9137:6, 9137:12,

9137:15, 9137:18,
9137:19, 9137:24,
9138:1, 9138:3,
9138:9, 9138:11,
9138:21, 9139:5,
9139:7, 9139:17,
9139:20, 9140:14,
9140:23, 9141:12,
9141:13, 9141:20,
9141:21, 9142:1,
9142:6, 9144:10,
9145:4, 9145:12,
9145:20, 9145:21,
9146:22, 9147:2,
9147:3, 9147:18,
9148:12, 9148:15,
9148:20, 9148:22,
9149:23, 9149:25,
9150:1, 9150:6,
9150:7, 9150:22,
9151:7, 9151:8,
9151:11, 9151:15,
9151:21, 9152:15,
9152:22, 9152:23,
9153:1, 9153:2,
9153:7, 9153:15,
9153:22, 9154:16,
9155:1, 9155:9,
9155:19, 9156:10,
9156:15, 9156:22,
9157:1, 9157:5,
9157:12, 9158:24,
9159:5, 9159:9,
9159:10, 9159:16,
9159:17, 9160:3,
9160:4, 9160:8,
9160:10, 9160:22,
9161:16, 9162:16,
9163:21, 9164:13,
9164:14, 9164:17,
9164:19, 9164:24,
9165:1, 9165:10,
9165:11, 9165:19,
9166:12, 9166:22,
9167:1, 9167:20,
9168:12, 9168:16,
9169:25, 9170:1,
9170:7, 9171:10,
9171:18, 9172:10,
9172:21, 9173:4,
9173:10, 9173:24,
9174:5, 9174:8,
9174:22, 9174:25,
9175:16, 9176:11,
9177:5, 9178:7,
9178:16, 9178:17,
9179:7, 9179:20,
9179:23, 9179:24,
9180:3, 9180:7,
9180:17, 9181:11,
9181:24, 9181:25,

9182:2, 9182:5,
9182:16, 9182:22,
9183:23, 9184:1,
9184:10, 9185:10,
9186:11, 9187:18,
9188:22, 9188:25,
9189:4, 9189:12,
9190:11, 9191:17,
9191:21, 9191:22,
9192:4, 9192:7,
9192:9, 9192:17,
9192:19, 9192:21,
9192:24, 9192:25,
9193:5, 9193:9,
9193:12, 9193:15,
9193:19, 9193:25,
9194:2, 9194:3,
9194:6, 9194:7,
9194:16, 9194:17,
9194:20, 9195:1,
9195:6, 9195:7,
9195:20, 9196:4,
9196:9, 9196:10,
9196:11, 9196:17,
9196:22, 9197:3,
9197:11, 9197:13,
9198:5, 9198:10,
9198:11, 9198:12,
9198:15, 9198:24,
9199:1, 9199:3,
9199:5, 9200:4,
9200:7, 9200:8,
9200:17, 9200:19,
9200:24, 9200:25,
9201:3, 9201:5,
9201:7, 9201:8,
9201:16, 9202:10,
9203:9, 9203:12,
9203:13, 9204:2,
9204:18, 9204:19,
9205:3, 9205:9,
9206:10, 9207:22,
9208:4, 9209:12,
9209:23, 9210:10,
9210:18, 9212:8,
9212:10, 9213:18,
9214:9

**inability** [1] - 9105:8
**inaccurate** [2] -
9211:9, 9211:10
**INC** [5] - 9065:15,
9068:20, 9069:9,
9069:10, 9070:2
**inch** [3] - 9116:23,
9127:3, 9132:17
**inches** [1] - 9116:16
**incident** [15] -
9091:21, 9094:7,
9102:1, 9105:8,
9105:12, 9111:15,

9114:7, 9156:11,
9175:22, 9180:4,
9202:22, 9202:24,
9204:13, 9205:13
**included** [3] -
9087:1, 9145:17,
9153:7
**includes** [1] - 9110:4
**including** [3] -
9089:12, 9156:14,
9180:11
**inconsistent** [2] -
9077:6, 9077:10
**incorporate** [1] -
9103:7
**incorrect** [1] -
9173:1
**increase** [5] -
9095:7, 9120:22,
9140:23, 9172:8,
9172:24
**increased** [1] -
9181:21
**increases** [3] -
9095:9, 9108:19,
9167:15
**increasing** [6] -
9095:15, 9142:17,
9172:23, 9174:10,
9188:18, 9190:8
**incredible** [1] -
9201:11
**incremental** [1] -
9154:18
**indeed** [1] - 9181:19
**indicate** [7] -
9084:21, 9097:9,
9110:24, 9112:4,
9140:13, 9210:9,
9210:16
**indicated** [8] -
9073:5, 9091:24,
9149:22, 9150:3,
9153:11, 9156:11,
9163:7, 9204:10
**indicates** [4] -
9109:3, 9140:15,
9141:22, 9176:9
**INDICATING** [4] -
9191:13, 9196:20,
9197:15, 9199:21
**indicating** [1] -
9162:21
**INDICATING)** [3] -
9126:15, 9129:10,
9141:17
**indication** [1] -
9143:9
**indications** [2] -
9143:16, 9195:10

**individually** [1] -
9095:2
**industry** [24] -
9101:16, 9107:2,
9107:9, 9107:12,
9107:14, 9107:16,
9108:1, 9108:22,
9111:1, 9112:4,
9114:19, 9114:20,
9130:20, 9133:20,
9134:1, 9134:3,
9134:11, 9134:12,
9134:25, 9136:6,
9139:21, 9139:25,
9203:2, 9203:9
**inexpensive** [1] -
9121:17
**inflow** [1] - 9207:13
**influencing** [1] -
9194:15
**information** [5] -
9107:22, 9109:3,
9110:14, 9111:7,
9163:22
**initial** [1] - 9144:8
**inside** [21] - 9131:21,
9137:9, 9144:6,
9156:15, 9167:17,
9168:1, 9170:16,
9170:17, 9175:1,
9184:17, 9184:22,
9185:2, 9185:18,
9185:24, 9194:10,
9197:8, 9197:11,
9199:15, 9199:16,
9200:23
**inspect** [2] - 9073:1,
9104:6
**inspected** [1] -
9073:2
**instability** [1] -
9154:19
**instance** [1] -
9145:25
**instances** [1] -
9191:25
**instead** [3] -
9173:19, 9202:18,
9203:14
**intact** [2] - 9073:21,
9183:1
**intend** [1] - 9111:8
**interchange** [1] -
9169:3
**interface** [1] -
9138:17
**internal** [5] -
9095:12, 9095:13,
9095:15, 9188:9,
9188:11

**interpretation** [2] - 9099:10, 9173:14
**interrupt** [3] - 9129:19, 9129:23, 9158:15
**intersects** [1] - 9096:1
**interval** [4] - 9083:9, 9163:10, 9172:14, 9173:25
**intervention** [1] - 9137:10
**interventions** [1] - 9072:24
**into** [32] - 9079:9, 9081:2, 9085:2, 9088:5, 9089:6, 9089:9, 9089:11, 9092:11, 9095:10, 9098:2, 9111:10, 9150:18, 9151:4, 9167:10, 9167:21, 9168:23, 9168:24, 9169:1, 9169:6, 9169:8, 9170:21, 9171:15, 9172:13, 9174:3, 9174:14, 9194:23, 9195:20, 9195:21, 9196:25, 9199:6, 9199:14, 9199:23
**investigate** [1] - 9103:3
**investigated** [1] - 9143:16
**investigation** [2] - 9188:9, 9188:13
**IRPINO** [2] - 9067:6, 9067:7
**Irwin's** [1] - 9123:13
**isn't** [25] - 9116:16, 9118:21, 9127:5, 9150:1, 9151:9, 9153:23, 9155:18, 9157:12, 9157:17, 9160:11, 9165:1, 9166:10, 9168:24, 9170:1, 9174:2, 9185:22, 9187:7, 9188:2, 9188:18, 9191:17, 9192:25, 9193:5, 9193:21, 9200:9, 9200:18
**isolate** [2] - 9090:1, 9091:10
**isolated** [2] - 9090:4, 9090:14
**isolation** [1] - 9090:8
**issue** [7] - 9072:20, 9073:8, 9105:19, 9107:3, 9126:3, 9126:9, 9128:6
**issued** [1] - 9204:5
**It** [2] - 9130:19, 9199:23
**it** [358] - 9074:12, 9075:1, 9075:4, 9075:25, 9076:2, 9076:5, 9077:19, 9079:19, 9079:21, 9080:13, 9080:15, 9081:9, 9082:6, 9082:14, 9082:18, 9083:2, 9085:20, 9085:21, 9088:5, 9088:16, 9088:17, 9089:6, 9089:11, 9089:17, 9090:21, 9091:1, 9091:14, 9091:24, 9092:9, 9093:3, 9093:21, 9095:11, 9095:13, 9096:1, 9096:13, 9097:7, 9097:14, 9098:19, 9100:1, 9100:2, 9100:16, 9101:16, 9102:12, 9102:18, 9103:2, 9105:13, 9106:10, 9107:12, 9109:13, 9110:4, 9111:2, 9112:6, 9112:17, 9113:3, 9113:6, 9113:11, 9113:21, 9114:20, 9114:24, 9115:12, 9115:13, 9115:17, 9115:19, 9115:20, 9116:11, 9116:16, 9116:18, 9116:21, 9117:2, 9117:17, 9117:18, 9117:20, 9117:23, 9118:1, 9118:15, 9118:16, 9118:21, 9118:23, 9118:24, 9119:2, 9119:4, 9119:10, 9119:11, 9119:12, 9119:16, 9119:17, 9119:19, 9119:20, 9119:22, 9119:25, 9120:10, 9121:6, 9121:13, 9121:16, 9122:8, 9122:17, 9122:19, 9123:6, 9123:14, 9123:16, 9123:25, 9124:22, 9124:25, 9125:2, 9125:18, 9125:19, 9125:20, 9125:23, 9126:24, 9127:4, 9127:5, 9127:6, 9127:7, 9127:18, 9128:2, 9128:17, 9128:18, 9128:21, 9128:24, 9129:6, 9129:24, 9130:8, 9131:14, 9132:5, 9132:20, 9132:21, 9133:10, 9133:11, 9133:14, 9133:17, 9135:13, 9135:16, 9135:17, 9136:4, 9136:13, 9137:3, 9137:7, 9137:17, 9137:18, 9138:1, 9138:4, 9138:12, 9138:13, 9138:15, 9138:16, 9138:17, 9138:25, 9139:1, 9139:12, 9139:14, 9140:6, 9140:12, 9140:18, 9140:22, 9141:2, 9141:9, 9141:14, 9142:9, 9142:12, 9142:16, 9143:4, 9143:9, 9143:12, 9143:13, 9143:22, 9143:25, 9144:4, 9144:5, 9144:10, 9144:24, 9146:25, 9147:1, 9147:2, 9149:16, 9149:18, 9150:21, 9150:22, 9151:9, 9151:12, 9152:11, 9152:17, 9153:4, 9153:21, 9153:24, 9155:4, 9155:10, 9155:15, 9158:3, 9159:4, 9161:10, 9162:8, 9162:17, 9163:1, 9163:7, 9163:9, 9164:16, 9164:18, 9165:15, 9165:18, 9166:10, 9166:11, 9166:18, 9166:20, 9167:11, 9167:12, 9167:14, 9167:21, 9168:2, 9168:4, 9168:5, 9168:8, 9168:9, 9169:12, 9169:25, 9170:6, 9170:21, 9171:5, 9171:6, 9171:15, 9173:1, 9173:17, 9174:2, 9174:22, 9175:6, 9175:23, 9176:8, 9177:8, 9177:14, 9178:20, 9178:21, 9178:25, 9180:24, 9181:15, 9182:4, 9182:6, 9182:8, 9183:12, 9184:13, 9184:14, 9184:23, 9185:1, 9185:8, 9185:20, 9185:22, 9187:2, 9187:19, 9187:21, 9188:7, 9188:14, 9188:16, 9189:8, 9189:18, 9190:8, 9190:12, 9190:14, 9190:15, 9190:16, 9190:17, 9190:19, 9190:22, 9190:24, 9191:10, 9191:18, 9192:3, 9192:4, 9192:7, 9192:8, 9192:13, 9192:16, 9192:21, 9192:22, 9193:1, 9193:7, 9193:8, 9193:11, 9193:12, 9194:7, 9194:16, 9194:17, 9195:4, 9195:7, 9195:10, 9195:11, 9195:20, 9195:21, 9197:11, 9197:14, 9197:23, 9198:5, 9198:10, 9198:12, 9198:22, 9198:24, 9199:1, 9199:5, 9199:13, 9199:25, 9200:6, 9200:19, 9200:20, 9200:22, 9201:13, 9201:16, 9201:17, 9202:15, 9202:16, 9202:23, 9204:7, 9204:10, 9204:13, 9204:14, 9204:18, 9204:20, 9204:21, 9205:5, 9205:16, 9206:8, 9206:19, 9208:14, 9208:20, 9208:24, 9209:17, 9210:11, 9210:20, 9210:21, 9211:11, 9211:19, 9213:9, 9213:10
**it'll** [1] - 9132:19
**it's** [105] - 9073:23, 9075:5, 9075:6, 9078:9, 9081:9, 9083:7, 9085:16, 9085:18, 9086:20, 9087:17, 9089:14, 9101:3, 9101:19, 9102:13, 9104:13, 9107:13, 9107:15, 9107:18, 9108:6, 9113:8, 9113:24, 9114:13, 9116:11, 9116:19, 9117:8, 9118:4, 9118:7, 9118:21, 9119:12, 9119:25, 9120:5, 9125:21, 9126:20, 9127:6, 9127:7, 9128:23, 9131:2, 9131:7, 9131:25, 9132:14, 9132:23, 9132:24, 9133:1, 9134:12, 9134:25, 9136:6, 9137:19, 9138:3, 9138:10, 9138:21, 9139:21, 9142:14, 9143:3, 9143:12, 9143:24, 9145:4, 9145:11, 9158:21, 9165:3, 9166:23, 9168:24, 9170:3, 9173:14, 9173:19, 9173:21, 9173:22, 9173:23, 9174:2, 9181:19, 9187:6, 9187:21, 9188:7, 9189:15, 9190:15, 9190:17, 9190:19, 9193:11, 9194:13, 9195:24, 9195:25, 9196:1, 9196:3, 9197:14, 9197:17, 9197:23, 9197:24, 9198:8, 9198:9, 9200:3, 9200:6, 9203:22, 9206:7, 9207:15, 9207:17, 9207:20, 9210:5, 9211:18
**It's** [1] - 9134:11
**its** [19] - 9078:3, 9078:4, 9079:23, 9082:18, 9098:19, 9109:1, 9124:2, 9133:10, 9146:20, 9157:5, 9165:10, 9168:8, 9192:4, 9195:12, 9198:22, 9199:15, 9205:2, 9205:22
**itself** [6] - 9123:13, 9143:7, 9185:2, 9193:23, 9194:2, 9201:12

## J

**J** [8] - 9065:7, 9065:21, 9066:6, 9066:17, 9068:8, 9069:4, 9069:10, 9069:20

**JAMES** [2] - 9066:3, 9068:13
**JEFFERSON** [2] - 9066:4, 9069:21
**JEFFREY** [1] - 9066:14
**JERRY** [1] - 9070:6
**JESSICA** [2] - 9067:20, 9067:21
**Jimmy** [1] - 9115:3
**JIMMY** [1] - 9067:4
**JOHN** [2] - 9067:2, 9069:23
**joint** [16] - 9075:5, 9131:20, 9131:23, 9132:1, 9133:6, 9133:7, 9144:6, 9144:9, 9144:10, 9144:13, 9150:18, 9181:3, 9181:11, 9181:13, 9184:25, 9201:8
**JR** [2] - 9066:17, 9070:3
**Judge** [4] - 9116:10, 9118:13, 9129:3, 9137:5
**JUDGE** [1] - 9065:22
**just** [73] - 9072:19, 9075:20, 9079:21, 9079:23, 9080:6, 9081:1, 9082:14, 9082:21, 9083:4, 9083:5, 9083:15, 9083:25, 9084:5, 9087:7, 9088:14, 9089:2, 9093:18, 9108:20, 9110:3, 9113:21, 9115:9, 9115:23, 9118:15, 9121:4, 9131:2, 9131:7, 9131:18, 9138:18, 9139:1, 9139:8, 9139:20, 9143:13, 9147:2, 9148:3, 9148:11, 9150:4, 9150:21, 9152:2, 9157:16, 9157:23, 9158:8, 9159:5, 9159:9, 9159:22, 9161:16, 9162:7, 9162:15, 9164:7, 9164:14, 9166:8, 9166:16, 9166:22, 9168:7, 9170:11, 9172:15, 9173:21, 9175:12, 9176:25, 9177:13, 9177:24, 9182:21, 9187:2, 9187:21, 9189:10, 9191:11, 9192:6, 9195:13, 9197:4, 9199:20, 9200:24, 9209:19, 9212:10
**Just** [1] - 9161:5
**JUSTICE** [4] - 9067:10, 9067:14, 9067:19, 9068:1

## K

**K** [1] - 9068:22
**KANNER** [2] - 9068:16, 9068:16
**KAREN** [1] - 9070:10
**Karen** [2] - 9214:5, 9214:14
**karen_lbos@laed.uscourts.gov** [1] - 9070:12
**KARIS** [1] - 9069:4
**KATZ** [1] - 9066:6
**keep** [2] - 9146:13, 9183:21
**keeps** [1] - 9091:3
**KELLEY** [1] - 9068:3
**KERRY** [1] - 9069:10
**kick** [2] - 9178:23, 9179:4
**kill** [1] - 9179:23
**KINCHEN** [2] - 9069:22, 9069:23
**kind** [11] - 9078:23, 9102:17, 9112:24, 9113:1, 9113:7, 9113:8, 9122:3, 9126:23, 9149:15, 9162:17, 9194:13
**KIRKLAND** [1] - 9069:3
**knew** [1] - 9175:21
**know** [71] - 9081:5, 9084:8, 9103:25, 9104:5, 9104:23, 9107:19, 9112:16, 9112:17, 9113:25, 9114:8, 9114:10, 9115:19, 9116:8, 9116:10, 9116:19, 9117:21, 9118:11, 9118:12, 9123:4, 9124:3, 9124:5, 9124:9, 9124:13, 9124:17, 9124:19, 9124:21, 9124:22, 9124:23, 9125:24, 9127:14, 9127:16, 9127:19, 9127:20, 9128:4, 9128:5, 9131:2, 9132:2, 9132:8, 9138:1, 9138:3, 9139:13, 9139:17, 9142:11, 9142:12, 9142:18, 9143:2, 9144:22, 9145:1, 9145:5, 9145:8, 9145:21, 9146:21, 9147:7, 9148:12, 9152:12, 9160:15, 9162:3, 9167:3, 9171:5, 9175:13, 9181:8, 9187:9, 9190:25, 9202:10, 9205:8, 9210:3, 9210:20, 9211:4
**knowledge** [3] - 9122:10, 9202:20, 9205:3
**known** [1] - 9130:19
**knows** [1] - 9117:22
**KRAUS** [2] - 9068:17, 9149:8
**KULLMAN** [1] - 9066:11

## L

**L** [3] - 9068:7, 9069:13, 9213:3
**L-I-N-D-N-E-R** [1] - 9213:3
**LA** [14] - 9066:5, 9066:7, 9066:13, 9066:18, 9066:20, 9066:23, 9067:3, 9067:8, 9068:15, 9068:18, 9068:23, 9069:12, 9069:21, 9070:11
**lab** [2] - 9095:24, 9096:25
**LAFAYETTE** [2] - 9066:5, 9069:21
**LAFLEUR** [1] - 9069:19
**lake** [1] - 9171:18
**LAMAR** [1] - 9070:7
**land** [4] - 9180:24, 9181:2, 9196:11, 9201:16
**landed** [1] - 9181:20
**landing** [2] - 9181:17, 9182:9
**LANGAN** [1] - 9069:4
**language** [1] - 9130:8
**large** [4] - 9077:9, 9080:15, 9080:18, 9103:4
**largely** [1] - 9209:24
**larger** [2] - 9108:20, 9189:13
**largest** [2] - 9130:12, 9130:13
**Larry** [2] - 9212:15, 9213:5
**LARRY** [1] - 9212:16
**LASALLE** [1] - 9069:5
**laser** [2] - 9116:6, 9191:20
**last** [11] - 9079:20, 9093:19, 9093:20, 9107:1, 9125:15, 9125:21, 9128:23, 9172:10, 9190:13, 9212:25, 9213:4
**later** [6] - 9072:23, 9152:7, 9152:11, 9152:18, 9162:1, 9163:12
**laterally** [1] - 9081:11
**LAW** [3] - 9066:19, 9066:21, 9067:6
**LAWRENCE** [1] - 9067:22
**lawyers** [1] - 9130:2
**lay** [1] - 9113:21
**laying** [1] - 9133:6
**lead** [1] - 9208:14
**leaders** [3] - 9145:6, 9145:8, 9146:19
**leading** [1] - 9208:13
**leak** [1] - 9142:14
**leaking** [11] - 9141:2, 9142:9, 9142:11, 9142:12, 9142:16, 9142:18, 9143:1, 9143:7, 9144:5, 9176:3, 9189:5
**LEASING** [1] - 9065:13
**least** [1] - 9099:25
**left** [19] - 9074:7, 9078:10, 9079:16, 9086:14, 9086:16, 9087:15, 9088:1, 9095:7, 9095:15, 9095:25, 9100:7, 9100:8, 9115:14, 9153:25, 9156:25, 9196:7, 9207:8, 9207:9, 9209:7
**left-hand** [10] - 9078:10, 9086:14, 9086:16, 9087:15, 9095:25, 9100:7, 9100:8, 9153:25, 9207:8, 9207:9
**legend** [1] - 9095:19
**LEGER** [2] - 9066:16, 9066:17
**Leo** [2] - 9213:1, 9213:5
**LEO** [1] - 9213:7
**less** [16] - 9084:16, 9096:20, 9098:23, 9122:18, 9122:19, 9122:21, 9171:11, 9171:16, 9191:17, 9191:21, 9192:9, 9192:14, 9192:17, 9192:25, 9193:5, 9204:1
**let** [15] - 9073:14, 9085:16, 9091:17, 9105:10, 9112:13, 9121:12, 9128:9, 9129:18, 9129:20, 9134:22, 9148:12, 9156:20, 9157:9, 9183:14, 9200:13
**let's** [45] - 9079:14, 9085:14, 9127:7, 9128:4, 9134:7, 9138:20, 9140:7, 9142:24, 9145:18, 9148:6, 9153:5, 9154:14, 9155:21, 9156:7, 9159:5, 9159:9, 9159:20, 9161:3, 9162:5, 9162:8, 9165:23, 9169:9, 9173:1, 9173:2, 9175:5, 9178:19, 9178:22, 9178:25, 9180:18, 9180:21, 9182:21, 9183:9, 9185:10, 9186:3, 9188:23, 9189:23, 9191:1, 9191:19, 9194:1, 9196:12, 9198:14, 9204:15
**level** [3] - 9075:2, 9079:18, 9189:18
**levels** [1] - 9189:6
**LEWIS** [4] - 9066:11, 9068:21, 9070:2, 9070:6
**LI** [1] - 9069:17
**life** [5] - 9125:17, 9126:3, 9126:5, 9126:8, 9126:9
**LIFE** [1] - 9066:12

**lift** [11] - 9075:9, 9079:9, 9080:5, 9080:15, 9150:18, 9150:21, 9150:22, 9159:18, 9160:8, 9160:10, 9160:22
**lifted** [3] - 9074:19, 9080:14, 9174:9
**lifting** [1] - 9075:7
**light** [2] - 9116:9, 9116:12
**lighter** [7] - 9100:13, 9173:19, 9173:22, 9173:23, 9174:12, 9191:9, 9192:24
**like** [25] - 9074:15, 9076:19, 9077:12, 9081:22, 9083:3, 9083:4, 9084:16, 9097:12, 9102:17, 9104:1, 9112:16, 9112:20, 9113:11, 9115:6, 9126:7, 9131:10, 9162:21, 9163:9, 9168:25, 9187:11, 9187:22, 9192:13, 9197:20, 9199:9, 9203:12
**like-new** [1] - 9104:1
**likely** [5] - 9156:10, 9178:16, 9190:1, 9190:7, 9190:14
**likewise** [6] - 9150:11, 9152:4, 9178:13, 9198:5, 9198:6
**limit** [5] - 9078:22, 9078:23, 9078:24, 9198:22, 9199:12
**limited** [3] - 9093:1, 9188:21, 9194:13
**LIND** [1] - 9213:2
**Lindner** [2] - 9213:1, 9213:5
**LINDNER** [1] - 9213:7
**line** [43] - 9075:15, 9078:5, 9078:21, 9079:4, 9079:5, 9080:3, 9080:23, 9080:24, 9088:7, 9088:10, 9094:24, 9094:25, 9095:16, 9095:17, 9096:1, 9096:16, 9096:18, 9096:23, 9096:24, 9097:9, 9098:10, 9098:14, 9100:6, 9100:8, 9100:23, 9102:10, 9102:18,

9109:10, 9155:3, 9162:17, 9162:19, 9169:9, 9172:4, 9173:4, 9174:10, 9175:6, 9175:7, 9189:12, 9198:13, 9206:6, 9206:7, 9209:21
**lined** [1] - 9187:22
**lines** [10] - 9078:20, 9078:25, 9095:3, 9095:4, 9095:7, 9168:20, 9176:9, 9176:10, 9179:23, 9186:4
**liquid** [7] - 9164:7, 9164:14, 9166:1, 9170:7, 9171:8, 9209:12, 9209:24
**Liquid** [1] - 9209:7
**liquids** [2] - 9167:14, 9167:16
**LISKOW** [1] - 9068:21
**list** [1] - 9111:8
**listed** [2] - 9101:19, 9107:19
**LITIGATION** [1] - 9068:2
**little** [15] - 9081:8, 9081:12, 9098:8, 9098:11, 9119:19, 9126:1, 9132:17, 9154:3, 9163:15, 9168:25, 9169:23, 9172:19, 9180:21, 9192:14, 9192:17
**live** [3] - 9148:16, 9213:14, 9213:16
**LLC** [1] - 9069:8
**load** [35] - 9080:16, 9083:12, 9083:13, 9085:7, 9085:10, 9085:13, 9085:14, 9085:16, 9085:18, 9086:1, 9086:4, 9086:8, 9086:17, 9087:23, 9087:24, 9088:12, 9091:4, 9092:4, 9092:14, 9092:24, 9093:1, 9151:25, 9155:20, 9169:16, 9169:25, 9170:9, 9170:13, 9171:2, 9172:7, 9172:22, 9173:4, 9173:10, 9174:19
**loads** [11] - 9089:13, 9090:5, 9090:16, 9090:20, 9092:1,

9092:11, 9137:13, 9151:19, 9151:24, 9154:18
**loan** [1] - 9149:16
**locate** [1] - 9073:14
**located** [1] - 9153:9
**location** [2] - 9131:11, 9153:9
**lock** [2] - 9151:4, 9151:8
**locked** [3] - 9090:25, 9151:21, 9178:10
**locks** [18] - 9091:1, 9177:9, 9177:17, 9177:21, 9178:1, 9178:4, 9178:8, 9178:18, 9178:20, 9178:21, 9179:2, 9181:22, 9181:23, 9182:3, 9182:6, 9182:8, 9182:10, 9182:14
**lodge** [2] - 9130:5, 9201:12
**log** [1] - 9180:7
**long** [10] - 9125:15, 9125:21, 9134:12, 9135:13, 9136:6, 9144:22, 9146:9, 9163:2, 9166:18, 9193:2
**longer** [1] - 9090:4
**look** [33] - 9073:19, 9077:18, 9081:21, 9085:18, 9088:1, 9096:10, 9098:13, 9108:1, 9110:19, 9119:11, 9120:19, 9131:21, 9137:8, 9137:15, 9145:12, 9156:7, 9159:5, 9159:9, 9165:6, 9165:9, 9173:1, 9178:22, 9179:1, 9184:25, 9186:3, 9187:20, 9188:23, 9189:23, 9190:13, 9191:1, 9192:13, 9198:14
**looked** [10] - 9105:18, 9109:20, 9111:14, 9116:15, 9121:19, 9123:12, 9139:6, 9157:9, 9163:21, 9176:8
**looking** [9] - 9074:7, 9091:11, 9092:23, 9093:12, 9111:13, 9130:3, 9148:4, 9165:6, 9165:13

**looks** [6] - 9103:23, 9119:20, 9120:5, 9162:17, 9162:21, 9163:9
**LOS** [1] - 9069:18
**lose** [1] - 9138:21
**lost** [4] - 9138:9, 9186:22, 9186:23, 9194:16
**lot** [11] - 9087:3, 9110:19, 9111:2, 9112:6, 9112:25, 9113:11, 9142:23, 9158:7, 9164:8, 9173:22, 9183:20
**LOUISIANA** [4] - 9065:2, 9065:8, 9068:11, 9068:12
**Louisiana** [2] - 9149:7, 9214:6
**low** [2] - 9127:11, 9166:4
**lower** [17] - 9074:11, 9078:24, 9090:23, 9100:16, 9100:17, 9153:9, 9170:4, 9175:19, 9175:24, 9176:12, 9177:6, 9191:14, 9201:13, 9205:8, 9205:9, 9207:6, 9207:8
**lowest** [1] - 9142:16
**LUIS** [1] - 9069:17
**lunch** [3] - 9072:13, 9149:16, 9149:18
**LUTHER** [1] - 9068:7

## M

**M** [2] - 9066:11, 9175:7
**Macondo** [35] - 9091:21, 9093:23, 9094:22, 9101:6, 9101:8, 9101:13, 9101:15, 9101:17, 9101:20, 9105:8, 9105:12, 9106:12, 9107:10, 9107:12, 9107:14, 9107:16, 9107:18, 9107:21, 9114:7, 9119:6, 9124:6, 9124:9, 9126:21, 9127:20, 9133:14, 9138:2, 9138:3, 9138:11, 9152:23, 9153:2, 9155:16, 9171:25, 9202:21, 9204:13, 9205:13

**Macondo's** [1] - 9133:19
**made** [12] - 9114:6, 9114:14, 9126:2, 9139:9, 9149:16, 9149:18, 9163:7, 9188:13, 9191:20, 9204:12, 9205:12, 9205:16
**MAGAZINE** [1] - 9067:7
**magnitude** [4] - 9189:6, 9189:11, 9189:15, 9203:21
**MAHTOOK** [1] - 9069:19
**mail** [2] - 9109:7, 9109:17
**MAIN** [1] - 9067:2
**maintenance** [1] - 9103:22
**make** [18] - 9097:16, 9098:18, 9116:21, 9123:9, 9129:19, 9152:23, 9153:3, 9153:4, 9157:23, 9169:23, 9171:6, 9173:2, 9177:14, 9187:10, 9196:11, 9199:15, 9204:14, 9211:9
**makes** [3] - 9121:3, 9121:6, 9171:1
**making** [3] - 9119:10, 9184:25, 9210:18
**MALINDA** [1] - 9067:22
**manage** [3] - 9137:16, 9137:19, 9137:23
**manageable** [1] - 9116:21
**managed** [2] - 9196:6, 9201:11
**managing** [1] - 9137:21
**manifest** [1] - 9143:7
**manifold** [1] - 9181:21
**manner** [1] - 9194:17
**manual** [3] - 9142:22, 9143:11, 9143:15
**many** [1] - 9107:17
**margin** [1] - 9100:21
**marginal** [2] - 9121:7, 9124:25
**marginally** [1] - 9121:16

**Mark** [1] - 9106:15
**mark** [3] - 9211:15, 9211:16, 9211:19
**market** [1] - 9123:7
**marks** [1] - 9192:4
**Martin** [2] - 9145:1, 9146:18
**MASP** [9] - 9101:1, 9101:5, 9101:8, 9101:12, 9101:15, 9101:17, 9101:20, 9111:25
**match** [2] - 9083:12, 9085:7
**matched** [1] - 9208:8
**matches** [2] - 9084:15
**material** [2] - 9097:1, 9103:11
**materials** [1] - 9137:16
**matter** [8] - 9097:22, 9102:21, 9113:16, 9117:10, 9128:5, 9137:4, 9211:13, 9214:9
**MATTHEW** [1] - 9069:5
**maximum** [6] - 9101:2, 9101:3, 9102:12, 9103:9, 9104:13
**may** [15] - 9072:6, 9072:14, 9113:3, 9113:5, 9114:24, 9115:24, 9130:5, 9135:20, 9155:6, 9164:16, 9171:6, 9173:14, 9196:14, 9201:23, 9206:22
**maybe** [10] - 9122:19, 9132:16, 9162:21, 9163:10, 9163:11, 9177:8, 9177:13, 9189:20, 9191:21, 9192:17
**MAZE** [2] - 9068:7, 9149:6
**McCLELLAN** [1] - 9067:20
**McMahan** [2] - 9212:15, 9213:5
**MCMAHAN** [1] - 9212:16
**McWhorter** [4] - 9104:19, 9117:20, 9122:16, 9123:14
**McWhorter's** [1] - 9122:15
**me** [28] - 9073:14, 9085:16, 9091:17, 9105:10, 9112:13, 9112:17, 9113:21, 9121:12, 9128:9, 9129:3, 9129:18, 9144:23, 9144:25, 9145:22, 9146:11, 9147:4, 9147:21, 9149:16, 9156:20, 9157:9, 9159:13, 9175:9, 9176:1, 9183:14, 9192:16, 9193:7, 9197:8, 9212:2
**mean** [13] - 9077:7, 9085:9, 9094:4, 9094:16, 9100:18, 9113:4, 9118:14, 9120:25, 9125:10, 9126:5, 9132:16, 9158:15, 9164:2
**meaning** [1] - 9087:17
**means** [15] - 9081:9, 9086:17, 9090:2, 9092:8, 9092:9, 9110:9, 9137:10, 9137:25, 9178:15, 9181:6, 9189:17, 9199:11, 9199:13, 9209:11
**meant** [3] - 9170:5, 9176:24, 9203:6
**measure** [1] - 9097:23
**measured** [5] - 9086:1, 9086:2, 9088:13, 9089:20, 9092:22
**measures** [1] - 9169:24
**measuring** [4] - 9099:1, 9099:13, 9170:1, 9170:3
**MECHANICAL** [1] - 9070:13
**mechanical** [2] - 9092:1, 9170:13
**mechanisms** [1] - 9122:16
**meet** [1] - 9107:9
**melt** [1] - 9199:25
**mentioned** [3] - 9201:2, 9204:3, 9204:16
**mentions** [1] - 9203:25
**met** [9] - 9076:1, 9076:11, 9076:16, 9076:22, 9100:10, 9100:18, 9107:2, 9108:1, 9114:20
**metal** [1] - 9195:21
**method** [3] - 9087:8, 9161:2, 9161:19
**methodology** [1] - 9157:19
**Mexico** [5] - 9107:18, 9109:21, 9112:21, 9139:17, 9212:4
**MEXICO** [1] - 9065:5
**mic** [1] - 9116:8
**MICHAEL** [2] - 9067:11, 9069:16
**MICHELLE** [1] - 9067:21
**Michoud** [3] - 9073:2, 9073:18, 9188:21
**middle** [3] - 9080:1, 9090:21, 9091:4
**might** [3] - 9087:6, 9194:3, 9198:14
**Mike** [2] - 9148:11, 9149:13
**MILLER** [1] - 9069:10
**million** [7] - 9157:21, 9158:9, 9158:19, 9158:23, 9159:2, 9161:17, 9161:24
**mine** [1] - 9196:15
**minute** [15] - 9159:9, 9162:22, 9163:10, 9163:11, 9163:12, 9163:13, 9166:5, 9166:23, 9168:7, 9168:19, 9168:24, 9168:25, 9169:5, 9175:2, 9209:12
**minutes** [16] - 9137:5, 9141:12, 9141:24, 9148:19, 9152:7, 9162:1, 9163:12, 9165:4, 9172:11, 9172:21, 9178:5, 9194:18, 9212:8, 9212:11, 9213:17
**mischaracterizing** [1] - 9140:1
**misheard** [1] - 9177:14
**missing** [7] - 9187:16, 9187:17, 9187:18, 9195:13, 9195:15, 9195:25, 9196:2
**misspeaking** [1] - 9198:17
**misunderstood** [1] - 9105:13
**Mitchell** [2] - 9148:15, 9213:11
**mixture** [1] - 9173:21
**MMS** [12] - 9101:20, 9107:2, 9107:11, 9107:13, 9107:15, 9107:16, 9107:19, 9107:22, 9110:7, 9112:9, 9112:10, 9212:19
**MOBILE** [1] - 9066:10
**model** [25] - 9083:11, 9115:24, 9120:8, 9155:10, 9159:1, 9161:21, 9189:20, 9191:11, 9193:4, 9199:3, 9199:5, 9202:7, 9202:8, 9202:10, 9202:13, 9202:18, 9203:13, 9203:14, 9203:18, 9203:19, 9204:11, 9204:15, 9204:22, 9205:11, 9209:23
**modeling** [9] - 9153:20, 9153:21, 9155:1, 9155:23, 9156:9, 9161:12, 9189:1, 9189:4
**modelled** [2] - 9085:4, 9092:22
**models** [7] - 9084:16, 9116:1, 9116:6, 9183:14, 9196:13, 9208:8
**MODUs** [1] - 9131:16
**moment** [6] - 9117:14, 9119:9, 9131:18, 9158:8, 9159:10, 9201:18
**monitor** [4] - 9146:8, 9146:9, 9179:17, 9179:20
**monitored** [1] - 9146:24
**MONTGOMERY** [1] - 9068:9
**more** [25] - 9080:14, 9084:16, 9085:1, 9095:13, 9112:2, 9113:12, 9113:14, 9113:15, 9114:1, 9116:21, 9120:20, 9125:6, 9125:17, 9128:10, 9147:8, 9149:25, 9168:25, 9171:19, 9189:16, 9189:20, 9192:6, 9192:11, 9194:13, 9202:23, 9213:17
**morning** [6] - 9148:23, 9177:8, 9193:21, 9212:9, 9212:10, 9213:19
**most** [8] - 9102:16, 9104:11, 9104:21, 9109:18, 9147:18, 9170:7, 9170:14, 9193:24
**move** [5] - 9131:11, 9131:14, 9140:7, 9185:1, 9196:14
**moved** [2] - 9116:9, 9192:22
**moving** [4] - 9074:15, 9106:3, 9106:25, 9190:2
**Mr** [122] - 9071:7, 9071:9, 9071:11, 9071:13, 9072:6, 9072:11, 9072:13, 9074:15, 9074:16, 9074:18, 9074:20, 9075:1, 9075:15, 9075:16, 9075:19, 9075:22, 9076:7, 9076:11, 9076:14, 9076:20, 9076:21, 9077:1, 9077:16, 9079:2, 9080:22, 9082:8, 9082:23, 9084:16, 9084:23, 9084:25, 9086:8, 9091:18, 9093:6, 9093:18, 9105:25, 9114:2, 9114:5, 9114:22, 9115:3, 9122:15, 9122:16, 9123:13, 9123:14, 9124:20, 9129:7, 9129:16, 9130:6, 9134:8, 9136:11, 9144:25, 9145:1, 9145:18, 9146:18, 9147:1, 9147:12, 9147:20, 9148:4, 9148:13, 9148:14, 9148:15, 9148:22, 9149:1, 9149:11, 9149:15, 9149:23, 9150:10, 9150:15, 9150:16, 9152:4, 9152:16, 9160:13, 9161:13, 9162:6, 9162:15, 9163:2, 9163:13, 9163:17, 9163:21, 9163:22,

9164:2, 9164:24, 9164:25, 9165:4, 9165:6, 9165:10, 9165:19, 9165:22, 9167:3, 9167:19, 9168:22, 9169:13, 9175:12, 9176:2, 9176:6, 9176:11, 9176:25, 9177:5, 9177:15, 9177:21, 9178:2, 9178:3, 9178:10, 9186:3, 9187:22, 9187:24, 9188:1, 9188:4, 9189:2, 9189:20, 9189:22, 9190:11, 9196:15, 9200:12, 9202:4, 9208:7, 9209:3, 9211:23, 9213:11

**MR** [160] - 9072:8, 9072:10, 9073:10, 9073:11, 9074:14, 9074:24, 9074:25, 9075:13, 9075:14, 9077:3, 9077:4, 9077:24, 9077:25, 9079:14, 9079:15, 9082:21, 9082:22, 9083:20, 9083:21, 9086:11, 9086:12, 9087:19, 9087:20, 9088:22, 9088:23, 9090:10, 9090:11, 9091:12, 9091:13, 9092:18, 9092:19, 9111:6, 9111:12, 9112:15, 9114:3, 9114:4, 9114:22, 9114:24, 9115:2, 9115:24, 9116:1, 9116:3, 9116:5, 9116:10, 9116:13, 9116:14, 9118:13, 9118:16, 9118:17, 9126:11, 9126:12, 9126:14, 9126:16, 9129:3, 9129:5, 9129:9, 9129:11, 9129:21, 9129:22, 9129:25, 9130:5, 9130:10, 9134:7, 9134:10, 9134:21, 9134:24, 9135:3, 9135:20, 9135:23, 9140:1, 9140:4, 9140:9, 9140:10, 9147:11, 9147:14, 9147:16, 9147:25, 9148:11, 9148:18, 9148:25, 9149:1, 9149:6, 9149:8, 9149:10, 9149:13, 9149:21, 9153:5, 9153:6, 9154:14, 9154:15, 9154:21, 9154:23, 9155:6, 9155:8, 9155:13, 9155:14, 9155:21, 9155:22, 9156:7, 9156:8, 9159:20, 9159:21, 9161:3, 9161:4, 9162:8, 9162:9, 9162:13, 9162:18, 9163:20, 9163:24, 9164:1, 9165:23, 9165:24, 9168:19, 9175:1, 9175:4, 9183:14, 9183:15, 9188:23, 9188:24, 9189:23, 9189:24, 9191:1, 9191:3, 9196:14, 9196:16, 9200:10, 9200:14, 9200:16, 9201:18, 9201:21, 9201:23, 9202:1, 9202:3, 9205:25, 9206:2, 9206:22, 9206:24, 9207:9, 9207:11, 9207:19, 9208:13, 9208:15, 9208:16, 9211:12, 9211:17, 9211:20, 9211:22, 9212:1, 9212:3, 9212:7, 9212:12, 9212:14, 9212:18, 9212:21, 9212:25, 9213:3, 9213:9, 9213:13, 9213:16

**MS** [2] - 9149:4, 9155:3

**much** [20] - 9081:5, 9085:1, 9085:3, 9090:23, 9091:4, 9100:13, 9100:16, 9107:13, 9107:15, 9108:20, 9132:24, 9167:17, 9173:19, 9173:24, 9174:7, 9174:21, 9175:6, 9175:13, 9208:25

**mud** [8] - 9141:12, 9141:21, 9147:9, 9147:18, 9166:19, 9170:19, 9172:11, 9180:14

**multiple** [3] - 9127:15, 9132:2, 9204:20

**multiplier** [1] - 9167:20

**multiply** [1] - 9164:13

**MUNGER** [1] - 9069:16

**must** [2] - 9113:18, 9113:19

**MUX** [1] - 9106:16

**my** [34] - 9108:6, 9112:24, 9115:3, 9117:14, 9118:1, 9119:16, 9119:19, 9119:24, 9119:25, 9122:10, 9126:1, 9133:14, 9136:10, 9139:8, 9145:4, 9145:11, 9145:24, 9164:21, 9165:18, 9167:8, 9169:22, 9173:14, 9174:25, 9177:18, 9183:14, 9183:21, 9183:23, 9184:1, 9192:19, 9200:8, 9214:8

## N

**N** [8] - 9069:5, 9071:1, 9072:3, 9212:21, 9213:3

**name** [2] - 9115:3, 9145:2

**NATHANIEL** [1] - 9067:17

**NATURAL** [1] - 9067:14

**nature** [1] - 9211:25

**near** [3] - 9133:5, 9173:4, 9179:1

**nears** [1] - 9167:12

**necessarily** [1] - 9143:12

**necessary** [10] - 9104:11, 9104:16, 9106:4, 9106:10, 9106:20, 9155:24, 9156:3, 9179:18, 9189:21, 9204:21

**need** [13] - 9117:24, 9143:16, 9145:12, 9146:13, 9148:12, 9164:13, 9174:7, 9174:9, 9175:6, 9183:21, 9195:11, 9195:15, 9200:13

**needed** [3] - 9085:12, 9156:11, 9180:15

**needs** [1] - 9200:10

**negative** [10] - 9087:13, 9142:12, 9143:1, 9176:3, 9176:12, 9176:18, 9176:22, 9177:1, 9177:6, 9205:2

**neglected** [1] - 9211:15

**neither** [1] - 9129:23

**net** [7] - 9096:9, 9097:2, 9099:5, 9099:6, 9208:5, 9208:8, 9208:9

**netted** [1] - 9099:14

**neutral** [5] - 9080:7, 9080:13, 9080:25, 9081:24, 9089:17

**never** [8] - 9088:5, 9088:6, 9132:11, 9142:9, 9144:5, 9145:10, 9151:18, 9159:2

**nevertheless** [1] - 9194:19

**NEW** [9] - 9065:8, 9066:7, 9066:13, 9066:18, 9067:8, 9068:18, 9068:23, 9069:12, 9070:11

**new** [7] - 9104:1, 9108:25, 9109:4, 9109:13, 9113:17, 9192:4, 9192:23

**next** [15] - 9073:17, 9075:7, 9097:14, 9097:16, 9106:3, 9113:6, 9136:3, 9136:9, 9143:4, 9146:6, 9177:19, 9177:20, 9197:3, 9211:21, 9212:18

**Nichols** [2] - 9163:2, 9163:13

**nicks** [1] - 9103:24

**night** [2] - 9091:21, 9180:4

**NINTH** [1] - 9066:22

**NO** [3] - 9065:7, 9065:11, 9065:14

**no** [121] - 9076:8, 9076:24, 9080:6, 9082:1, 9082:4, 9082:20, 9083:2, 9084:2, 9087:18, 9088:18, 9089:23, 9090:4, 9091:8, 9093:13, 9093:17, 9102:15, 9103:17, 9104:9, 9104:13, 9105:10, 9105:13, 9106:9, 9106:13, 9106:21, 9108:10, 9108:13, 9108:16, 9108:24, 9112:3, 9112:19, 9113:16, 9114:8, 9118:16, 9119:16, 9123:10, 9124:1, 9124:3, 9124:16, 9124:18, 9125:20, 9125:24, 9127:10, 9132:7, 9133:1, 9133:18, 9137:13, 9138:13, 9138:16, 9139:1, 9142:20, 9143:5, 9144:1, 9144:5, 9144:22, 9144:23, 9145:10, 9149:4, 9149:6, 9149:8, 9158:1, 9161:7, 9161:19, 9165:13, 9165:18, 9168:18, 9169:15, 9170:3, 9174:6, 9174:25, 9175:17, 9175:25, 9176:20, 9176:25, 9177:7, 9180:20, 9181:15, 9181:18, 9182:7, 9182:18, 9183:5, 9185:17, 9185:23, 9185:25, 9186:15, 9187:6, 9187:7, 9187:10, 9188:8, 9188:15, 9193:9, 9193:12, 9193:14, 9193:15, 9193:19, 9194:22, 9195:18, 9196:4, 9196:8, 9196:10, 9197:10, 9197:22, 9200:1, 9200:4, 9200:7, 9200:8, 9200:17, 9201:21, 9202:19, 9203:4, 9203:8, 9203:12, 9203:16, 9204:14, 9204:23, 9211:12

**No** [4] - 9106:4, 9194:1, 9199:9, 9199:14

**NONJURY** [1] - 9065:20

**nonuniform** [1] - 9131:5

**NORFOLK** [1] - 9069:23

**normal** [8] - 9101:16, 9133:16, 9171:11, 9180:3, 9180:4,

9181:24, 9181:25
**North** [1] - 9108:7
**NORTH** [1] - 9068:14
**not** [194] - 9072:22, 9073:5, 9074:4, 9076:2, 9076:24, 9077:15, 9083:2, 9083:8, 9083:12, 9084:25, 9085:7, 9085:12, 9089:8, 9089:12, 9089:14, 9089:17, 9092:11, 9093:8, 9093:12, 9096:8, 9097:23, 9099:3, 9099:25, 9102:3, 9102:7, 9102:12, 9102:14, 9103:17, 9104:1, 9104:13, 9104:14, 9105:13, 9106:21, 9113:5, 9113:16, 9113:25, 9114:9, 9114:11, 9114:13, 9115:9, 9115:11, 9115:13, 9115:15, 9115:19, 9115:20, 9116:20, 9119:4, 9119:12, 9119:20, 9119:22, 9121:4, 9121:11, 9123:11, 9123:23, 9125:20, 9127:6, 9127:7, 9127:8, 9127:9, 9128:11, 9128:17, 9129:18, 9130:13, 9131:7, 9131:19, 9131:21, 9132:3, 9132:7, 9132:13, 9132:16, 9132:23, 9133:1, 9133:2, 9133:11, 9133:15, 9133:18, 9135:21, 9136:1, 9136:12, 9138:1, 9138:3, 9138:7, 9138:11, 9138:24, 9139:2, 9139:9, 9141:2, 9142:14, 9142:23, 9142:25, 9143:6, 9143:21, 9143:24, 9144:6, 9144:15, 9144:22, 9145:25, 9146:16, 9146:21, 9146:23, 9147:2, 9147:6, 9147:7, 9147:12, 9148:3, 9148:17, 9148:18, 9150:22, 9151:18, 9152:1, 9152:22, 9153:3, 9153:4, 9155:15, 9156:19, 9156:22, 9157:2, 9158:3, 9158:12, 9158:13, 9158:20, 9158:21, 9160:7, 9160:9, 9161:16, 9161:24, 9162:3, 9163:21, 9163:23, 9164:16, 9164:23, 9165:3, 9165:9, 9165:18, 9167:8, 9168:6, 9171:6, 9173:14, 9173:21, 9174:14, 9174:18, 9174:25, 9175:13, 9177:15, 9177:17, 9177:18, 9178:20, 9180:8, 9180:20, 9181:8, 9181:10, 9181:25, 9182:4, 9182:19, 9182:20, 9183:5, 9184:16, 9184:21, 9185:2, 9185:4, 9185:6, 9185:11, 9185:15, 9186:6, 9187:6, 9188:7, 9188:14, 9189:10, 9190:16, 9192:8, 9194:17, 9197:18, 9197:23, 9197:24, 9198:8, 9198:9, 9198:21, 9199:9, 9199:18, 9200:3, 9200:6, 9200:24, 9203:12, 9203:20, 9205:5, 9207:14, 9207:22, 9208:1, 9208:14, 9211:3
**not-to-exceed** [3] - 9102:12, 9102:14, 9104:13
**notation** [2] - 9097:14, 9097:16
**notations** [1] - 9149:17
**note** [4] - 9110:6, 9110:7, 9110:9, 9179:23
**nothing** [2] - 9185:5, 9201:19
**noticing** [1] - 9180:8
**notify** [1] - 9179:15
**November** [2] - 9113:17, 9126:20
**now** [50] - 9074:15, 9074:16, 9075:7, 9076:10, 9076:19, 9077:12, 9080:6, 9081:14, 9082:8, 9083:3, 9083:4, 9083:14, 9085:16, 9087:10, 9094:23, 9095:2, 9095:16, 9095:25, 9098:13, 9098:17, 9098:25, 9102:2, 9103:14, 9107:24, 9112:10, 9127:14, 9128:4, 9129:2, 9133:25, 9138:20, 9145:23, 9148:1, 9152:22, 9153:18, 9160:7, 9177:13, 9182:17, 9183:18, 9184:16, 9202:16, 9202:20, 9202:21, 9203:13, 9204:15, 9205:17, 9208:21, 9209:18, 9210:23, 9211:16
**number** [7] - 9112:17, 9144:23, 9149:22, 9189:22, 9191:2, 9207:3, 9207:12
**numbered** [1] - 9214:9
**numbers** [6] - 9120:19, 9154:3, 9159:6, 9162:5, 9163:17, 9183:22
**NW** [1] - 9069:2

## O

**O** [4] - 9072:3, 9212:21
**O'Bryan** [5] - 9148:14, 9148:22, 9211:23, 9213:11
**o'clock** [2] - 9149:19, 9213:18
**O'KEEFE** [1] - 9066:7
**O'ROURKE** [1] - 9067:15
**oath** [1] - 9193:3
**object** [6] - 9135:20, 9140:1, 9140:3, 9147:11, 9155:3, 9163:20
**objection** [5] - 9130:5, 9130:7, 9155:12, 9163:25, 9208:13
**obtained** [1] - 9180:2
**obvious** [11] - 9116:4, 9119:10, 9119:11, 9119:19, 9119:22, 9119:25, 9120:5, 9158:3, 9193:11, 9198:8, 9198:9
**obviously** [3] - 9148:12, 9187:21, 9201:14
**occasions** [1] - 9149:22
**occur** [1] - 9128:13
**occurred** [11] - 9075:8, 9133:20, 9191:17, 9192:1, 9192:9, 9193:10, 9193:11, 9193:12, 9193:21, 9198:2
**occurrence** [2] - 9133:3, 9134:2
**occurring** [1] - 9159:10
**occurs** [4] - 9098:24, 9131:23, 9133:5, 9154:25
**ocean** [2] - 9131:4, 9170:15
**Oceaneering** [1] - 9138:14
**odd** [1] - 9113:21
**OF** [17] - 9065:2, 9065:5, 9065:12, 9065:14, 9065:20, 9067:10, 9067:14, 9067:19, 9068:1, 9068:6, 9068:10, 9068:11, 9068:12, 9212:16, 9212:23, 9213:7
**of** [607] - 9072:14, 9073:6, 9073:13, 9073:18, 9073:19, 9074:3, 9074:8, 9074:16, 9075:2, 9075:6, 9075:8, 9075:16, 9075:23, 9076:3, 9076:7, 9076:22, 9077:8, 9077:14, 9077:16, 9078:17, 9078:23, 9078:24, 9079:6, 9079:11, 9079:18, 9079:22, 9080:4, 9080:8, 9080:10, 9080:17, 9081:6, 9081:16, 9081:23, 9082:9, 9082:16, 9082:23, 9082:24, 9083:4, 9083:8, 9083:10, 9084:4, 9084:5, 9084:12, 9084:13, 9084:14, 9084:16, 9085:2, 9085:11, 9085:20, 9085:22, 9085:23, 9086:8, 9086:14, 9086:21, 9087:2, 9087:3, 9087:5, 9087:7, 9087:8, 9087:14, 9087:15, 9087:16, 9087:22, 9087:24, 9088:2, 9089:1, 9089:3, 9089:10, 9089:13, 9089:14, 9089:15, 9089:25, 9090:6, 9090:8, 9090:16, 9090:22, 9090:24, 9091:1, 9091:14, 9091:18, 9091:21, 9091:25, 9093:1, 9093:8, 9093:9, 9093:11, 9093:15, 9093:16, 9093:19, 9094:6, 9094:12, 9095:11, 9095:12, 9095:25, 9096:3, 9096:4, 9096:6, 9096:9, 9096:11, 9096:15, 9097:1, 9097:3, 9097:16, 9098:2, 9098:6, 9098:8, 9098:9, 9098:21, 9098:25, 9099:3, 9099:5, 9099:6, 9099:10, 9099:13, 9100:9, 9100:18, 9100:21, 9101:1, 9101:3, 9101:15, 9101:23, 9101:25, 9102:2, 9102:13, 9102:16, 9102:17, 9102:24, 9103:6, 9103:11, 9103:15, 9104:4, 9104:11, 9104:15, 9104:18, 9104:19, 9104:21, 9105:1, 9105:20, 9106:14, 9106:16, 9106:20, 9107:7, 9107:18, 9107:21, 9107:25, 9108:2, 9108:6, 9108:7, 9108:19, 9109:14, 9109:21, 9110:6, 9110:10, 9110:14, 9110:19, 9110:24, 9110:25, 9111:1, 9111:2, 9111:6, 9111:7, 9111:13, 9111:15, 9111:25, 9112:1, 9112:6, 9112:17, 9112:20, 9112:21, 9112:24, 9112:25,

9113:1, 9113:4, 9113:7, 9113:8, 9113:9, 9113:11, 9113:16, 9113:18, 9114:10, 9114:19, 9115:14, 9115:16, 9115:23, 9117:10, 9118:18, 9118:25, 9119:7, 9119:18, 9120:7, 9120:8, 9121:17, 9121:19, 9121:20, 9122:3, 9122:22, 9122:25, 9123:11, 9123:12, 9123:23, 9123:25, 9124:6, 9125:1, 9125:24, 9125:25, 9126:3, 9126:17, 9126:20, 9126:23, 9127:22, 9128:5, 9128:6, 9129:13, 9129:23, 9130:1, 9130:2, 9130:3, 9130:4, 9130:6, 9130:11, 9130:12, 9131:19, 9132:2, 9132:12, 9132:17, 9132:25, 9133:8, 9133:19, 9133:23, 9135:1, 9136:13, 9136:23, 9137:4, 9137:6, 9137:8, 9137:9, 9137:19, 9138:16, 9139:3, 9139:4, 9139:17, 9140:17, 9140:19, 9141:13, 9141:24, 9142:1, 9142:7, 9142:23, 9144:4, 9144:9, 9144:14, 9145:12, 9145:14, 9145:23, 9145:24, 9146:22, 9147:12, 9148:12, 9148:15, 9148:19, 9148:20, 9149:17, 9149:22, 9149:25, 9150:3, 9150:16, 9150:17, 9150:24, 9151:9, 9151:12, 9151:15, 9151:16, 9151:21, 9151:25, 9152:1, 9152:5, 9152:7, 9152:10, 9152:13, 9152:18, 9153:1, 9153:2, 9153:12, 9153:15, 9153:23, 9154:3, 9154:4, 9154:6, 9154:16, 9154:19, 9154:21, 9155:3, 9155:9, 9155:20, 9155:23, 9156:1, 9156:4, 9156:10, 9156:16, 9156:17, 9156:24, 9157:4, 9157:14, 9157:20, 9157:22, 9158:7, 9158:13, 9159:2, 9159:23, 9160:12, 9161:12, 9161:15, 9161:19, 9162:4, 9162:14, 9162:15, 9162:17, 9163:11, 9163:17, 9164:4, 9164:7, 9164:8, 9165:16, 9165:18, 9166:14, 9166:17, 9166:19, 9166:23, 9167:1, 9167:8, 9167:13, 9167:16, 9167:20, 9167:21, 9167:22, 9168:2, 9168:15, 9168:22, 9169:13, 9170:6, 9170:7, 9170:14, 9170:15, 9170:17, 9171:8, 9171:10, 9171:13, 9171:19, 9171:20, 9172:11, 9172:12, 9172:14, 9172:21, 9173:5, 9173:13, 9173:15, 9173:16, 9173:17, 9174:11, 9174:14, 9174:16, 9174:18, 9175:5, 9175:6, 9175:8, 9175:19, 9175:23, 9176:6, 9176:18, 9177:22, 9178:7, 9178:13, 9178:25, 9179:2, 9179:15, 9179:24, 9180:4, 9180:7, 9180:13, 9180:18, 9180:22, 9181:3, 9181:15, 9181:16, 9181:19, 9181:20, 9182:8, 9182:9, 9182:22, 9182:23, 9182:25, 9183:10, 9183:12, 9183:14, 9183:18, 9183:20, 9183:22, 9183:23, 9183:24, 9184:2, 9184:4, 9184:9, 9184:10, 9184:16, 9184:20, 9184:23, 9184:24, 9185:3, 9185:5, 9185:9, 9185:11, 9185:16, 9185:17, 9185:18, 9185:24, 9186:2, 9186:7, 9186:15, 9186:18, 9187:11, 9187:13, 9187:14, 9187:18, 9187:19, 9187:24, 9188:1, 9188:18, 9188:20, 9188:22, 9188:25, 9189:6, 9189:11, 9189:12, 9189:15, 9189:18, 9190:1, 9190:4, 9190:13, 9191:4, 9191:9, 9191:11, 9191:15, 9191:16, 9191:18, 9191:19, 9191:20, 9191:22, 9192:7, 9192:10, 9193:1, 9193:9, 9193:12, 9193:21, 9193:24, 9194:2, 9194:9, 9194:13, 9194:18, 9194:19, 9195:1, 9195:2, 9195:3, 9195:6, 9195:10, 9195:15, 9195:19, 9196:4, 9196:7, 9196:8, 9196:12, 9196:17, 9196:25, 9197:3, 9197:13, 9197:14, 9197:20, 9197:24, 9197:25, 9198:2, 9198:6, 9198:8, 9198:10, 9198:13, 9198:23, 9198:25, 9199:2, 9199:14, 9199:19, 9199:20, 9200:18, 9200:22, 9201:7, 9201:11, 9201:15, 9202:1, 9202:18, 9202:20, 9202:21, 9202:24, 9202:25, 9203:3, 9203:4, 9203:5, 9203:7, 9203:9, 9203:10, 9203:11, 9203:14, 9203:15, 9203:17, 9203:21, 9203:22, 9203:25, 9204:1, 9204:8, 9204:19, 9204:20, 9204:25, 9205:8, 9205:10, 9205:21, 9206:8, 9206:11, 9206:20, 9208:5, 9208:9, 9208:18, 9209:4, 9209:10, 9209:22, 9210:4, 9210:5, 9210:7, 9210:8, 9211:22, 9211:25, 9212:3, 9212:5, 9212:11, 9212:19, 9213:1, 9213:5, 9213:14, 9213:16, 9214:6, 9214:8

**off** [54] - 9085:21, 9087:25, 9099:12, 9102:9, 9114:8, 9114:10, 9115:6, 9115:7, 9115:9, 9115:12, 9115:13, 9116:6, 9119:22, 9121:1, 9121:9, 9123:19, 9123:22, 9125:10, 9130:20, 9131:6, 9131:7, 9131:11, 9131:14, 9131:16, 9131:20, 9131:22, 9131:25, 9132:15, 9132:21, 9132:23, 9132:25, 9133:4, 9137:3, 9137:24, 9142:15, 9145:24, 9152:5, 9153:24, 9154:1, 9167:21, 9170:3, 9180:23, 9180:24, 9185:3, 9185:4, 9190:1, 9195:12, 9195:18, 9202:21, 9202:22

**off-center** [8] - 9115:6, 9119:22, 9121:9, 9123:19, 9123:22, 9131:16, 9131:20, 9131:22

**offer** [3] - 9111:9, 9212:18, 9213:3

**offered** [1] - 9154:6

**offers** [2] - 9127:18, 9212:25

**OFFICE** [5] - 9066:4, 9067:23, 9068:6, 9068:11, 9068:14

**OFFICIAL** [1] - 9070:10

**Official** [2] - 9214:5, 9214:15

**offset** [1] - 9190:9

**OFFSHORE** [1] - 9069:8

**offshore** [2] - 9121:17, 9130:19

**offside** [4] - 9153:8, 9153:11, 9194:21, 9195:3

**often** [1] - 9112:22

**oh** [9] - 9076:5, 9099:20, 9116:2, 9139:14, 9152:21, 9178:3, 9180:18, 9207:10, 9207:16

**OIL** [2] - 9065:4

**oil** [5] - 9130:19, 9159:2, 9167:20, 9168:16, 9173:20

**OIM** [1] - 9179:15

**okay** [26] - 9073:14, 9076:5, 9080:13, 9080:24, 9081:16, 9116:2, 9116:15, 9117:1, 9117:19, 9117:23, 9117:25, 9118:25, 9120:2, 9124:8, 9124:15, 9142:21, 9148:24, 9149:3, 9159:11, 9159:12, 9172:20, 9175:6, 9177:2, 9192:15, 9201:20, 9212:14

**old** [1] - 9121:21

**OLGA** [2] - 9188:25, 9189:4

**OLSON** [1] - 9069:16

**on** [213] - 9072:19, 9072:20, 9073:13, 9074:7, 9074:15, 9078:8, 9078:10, 9078:13, 9078:14, 9078:17, 9079:1, 9079:16, 9079:20, 9080:11, 9084:12, 9086:19, 9086:24, 9087:14, 9087:23, 9088:12, 9089:5, 9089:20, 9090:15, 9090:25, 9091:18, 9092:1, 9092:10, 9093:21, 9095:1, 9095:5, 9095:6, 9095:10, 9095:11, 9095:19, 9095:22, 9098:13, 9099:12, 9099:15, 9100:6, 9100:8, 9100:23, 9101:22, 9103:15, 9104:21, 9105:4, 9105:5, 9106:25, 9107:1, 9107:3, 9107:19, 9108:9, 9108:23, 9110:2, 9110:7, 9110:14, 9110:17, 9111:2, 9111:7, 9111:14, 9113:6, 9113:9, 9115:4, 9116:8, 9116:9, 9116:11, 9116:12, 9117:5, 9118:24, 9119:12,

9120:14, 9121:22, 9122:8, 9122:11, 9122:14, 9123:6, 9127:15, 9127:20, 9128:7, 9128:17, 9130:24, 9131:4, 9131:18, 9132:17, 9134:2, 9134:13, 9135:5, 9135:14, 9136:5, 9136:7, 9136:14, 9137:5, 9137:13, 9138:20, 9138:22, 9138:24, 9139:8, 9139:22, 9140:8, 9141:20, 9142:19, 9142:22, 9143:11, 9143:19, 9143:22, 9143:25, 9145:8, 9145:17, 9145:22, 9146:22, 9148:21, 9149:13, 9149:22, 9151:3, 9151:24, 9153:1, 9153:25, 9154:9, 9154:25, 9155:15, 9155:18, 9155:23, 9156:9, 9156:16, 9157:23, 9160:16, 9160:19, 9163:7, 9164:7, 9164:22, 9164:25, 9165:14, 9168:15, 9169:9, 9169:19, 9171:2, 9171:10, 9172:4, 9172:7, 9173:3, 9173:5, 9173:25, 9174:19, 9175:7, 9175:14, 9175:19, 9176:9, 9176:13, 9176:21, 9177:1, 9177:14, 9177:22, 9178:7, 9180:24, 9181:2, 9181:3, 9181:15, 9181:17, 9181:20, 9182:9, 9182:19, 9183:20, 9184:9, 9184:10, 9185:20, 9187:14, 9187:24, 9188:4, 9188:9, 9188:13, 9189:6, 9189:25, 9191:8, 9191:14, 9192:6, 9193:1, 9193:4, 9193:17, 9193:21, 9194:2, 9194:10, 9196:20, 9197:24, 9202:1, 9202:7, 9203:16, 9203:21, 9204:4, 9204:6, 9204:12, 9205:12, 9205:15,

9205:22, 9206:19, 9207:3, 9207:6, 9207:8, 9207:9, 9208:11, 9212:4
**ON** [1] - 9065:5
**onboard** [1] - 9099:24
**once** [14] - 9075:5, 9080:13, 9090:13, 9091:6, 9093:14, 9096:11, 9099:5, 9128:13, 9151:14, 9179:17, 9185:17, 9185:23, 9187:21, 9194:13
**one** [90] - 9072:19, 9072:24, 9091:17, 9093:19, 9096:4, 9102:24, 9104:4, 9107:8, 9107:16, 9107:25, 9108:14, 9109:14, 9109:15, 9109:18, 9109:19, 9110:20, 9110:22, 9110:23, 9110:25, 9111:4, 9112:2, 9112:6, 9112:11, 9112:18, 9112:20, 9113:11, 9113:13, 9113:14, 9113:15, 9113:18, 9113:19, 9113:25, 9114:15, 9121:4, 9121:9, 9124:3, 9125:24, 9128:10, 9129:23, 9130:12, 9135:23, 9136:18, 9143:3, 9143:5, 9143:6, 9145:14, 9149:25, 9160:12, 9161:12, 9162:15, 9167:21, 9167:25, 9168:1, 9168:19, 9175:2, 9176:17, 9182:17, 9182:25, 9183:14, 9183:23, 9184:4, 9184:5, 9184:6, 9188:17, 9192:1, 9192:17, 9192:21, 9192:22, 9194:3, 9194:4, 9194:9, 9197:4, 9201:18, 9203:4, 9203:8, 9203:25, 9210:3, 9210:5, 9211:13, 9213:4
**ONE** [1] - 9068:22
**only** [27] - 9078:4, 9081:22, 9086:22, 9090:4, 9090:15,

9092:2, 9099:14, 9099:20, 9110:20, 9112:6, 9128:11, 9128:17, 9133:19, 9133:22, 9135:5, 9135:7, 9135:25, 9139:6, 9147:8, 9152:16, 9160:7, 9160:9, 9160:12, 9181:19, 9184:9, 9192:19, 9198:13
**onto** [4] - 9141:22, 9170:14, 9172:12, 9190:3
**OPEN** [2] - 9072:5, 9148:9
**open** [10] - 9072:14, 9084:14, 9084:16, 9085:2, 9097:20, 9097:22, 9097:23, 9098:22, 9099:1, 9161:15
**opened** [3] - 9103:21, 9177:16, 9177:17
**opening** [6] - 9098:13, 9098:15, 9099:2, 9099:16, 9200:21, 9200:22
**operating** [9] - 9096:8, 9098:8, 9109:20, 9110:12, 9110:20, 9111:14, 9112:21, 9142:17
**operation** [2] - 9096:5, 9133:16
**operations** [7] - 9113:23, 9117:13, 9119:17, 9127:16, 9130:23, 9202:14, 9204:18
**operator** [8] - 9099:2, 9103:4, 9113:1, 9135:25, 9136:4, 9136:11, 9138:22, 9205:8
**operators** [4] - 9090:25, 9112:10, 9113:2, 9114:15
**opinion** [38] - 9076:7, 9077:15, 9083:7, 9093:24, 9101:22, 9103:14, 9104:7, 9104:21, 9105:3, 9106:10, 9107:24, 9114:5, 9117:1, 9117:5, 9117:8, 9118:1, 9122:19, 9124:23, 9127:23, 9130:6,

9130:15, 9133:13, 9133:14, 9136:11, 9144:10, 9145:19, 9156:13, 9160:13, 9160:14, 9176:17, 9176:20, 9186:11, 9187:4, 9202:16, 9203:13, 9204:11, 9205:11, 9205:15
**opinions** [3] - 9093:19, 9106:23, 9210:23
**opportunity** [1] - 9143:10
**opposed** [1] - 9184:14
**opposite** [2] - 9139:1, 9187:14
**option** [2] - 9135:18, 9135:19
**options** [1] - 9139:4
**or** [92] - 9076:22, 9078:3, 9081:21, 9082:12, 9083:11, 9084:5, 9084:16, 9085:2, 9088:13, 9088:14, 9088:20, 9089:3, 9089:13, 9089:21, 9093:10, 9093:15, 9093:16, 9093:21, 9095:14, 9095:24, 9097:6, 9098:20, 9099:2, 9099:9, 9099:25, 9103:23, 9103:24, 9104:1, 9104:14, 9110:6, 9112:8, 9112:10, 9113:20, 9118:15, 9123:6, 9124:3, 9126:4, 9131:25, 9132:17, 9133:8, 9133:23, 9136:21, 9139:13, 9142:25, 9143:9, 9143:12, 9146:9, 9147:2, 9148:22, 9150:22, 9152:22, 9156:19, 9156:22, 9163:8, 9163:18, 9163:21, 9164:3, 9164:10, 9165:9, 9170:19, 9171:9, 9175:24, 9176:13, 9176:17, 9177:1, 9178:20, 9180:5, 9181:11, 9185:5, 9187:19, 9189:16, 9195:19, 9196:6, 9198:9, 9199:13, 9202:18, 9202:22,

9203:8, 9211:1, 9212:8, 9212:11, 9212:20
**orange** [1] - 9173:4
**order** [2] - 9080:5, 9189:11
**orders** [2] - 9189:6, 9189:15
**original** [6] - 9117:5, 9129:6, 9133:12, 9133:14, 9192:22, 9195:9
**originally** [4] - 9133:9, 9192:2, 9201:7, 9201:12
**ORLEANS** [9] - 9065:8, 9066:7, 9066:13, 9066:18, 9067:8, 9068:18, 9068:23, 9069:12, 9070:11
**other** [31] - 9086:3, 9098:21, 9099:22, 9102:2, 9105:18, 9105:20, 9108:2, 9108:7, 9109:20, 9110:4, 9112:13, 9118:11, 9124:3, 9134:22, 9137:9, 9137:13, 9165:3, 9176:17, 9183:21, 9187:11, 9187:13, 9187:14, 9187:21, 9188:18, 9192:18, 9194:19, 9195:15, 9196:12, 9198:14, 9203:17
**others** [7] - 9106:5, 9112:20, 9125:15, 9138:18, 9148:5, 9190:25, 9192:11
**otherwise** [2] - 9149:18, 9178:11
**our** [6] - 9111:7, 9148:16, 9171:15, 9183:22, 9213:16
**out** [59] - 9074:2, 9080:2, 9080:8, 9080:10, 9081:1, 9082:16, 9098:20, 9098:22, 9099:6, 9099:14, 9103:22, 9103:25, 9108:6, 9112:24, 9113:17, 9115:16, 9121:21, 9129:13, 9136:23, 9140:17, 9140:19, 9143:4, 9144:11, 9157:4, 9158:14, 9158:17, 9158:24,

9163:15, 9164:8, 9166:13, 9166:16, 9166:19, 9167:16, 9168:4, 9168:16, 9169:25, 9171:19, 9171:20, 9172:12, 9173:1, 9173:16, 9175:8, 9175:19, 9175:21, 9175:23, 9180:22, 9181:13, 9181:14, 9182:20, 9183:10, 9183:21, 9183:24, 9187:3, 9191:12, 9206:3, 9209:19, 9210:1, 9210:14
**output** [1] - 9154:6
**outside** [11] - 9115:14, 9119:15, 9123:22, 9123:25, 9124:2, 9147:11, 9200:21, 9200:22, 9203:7, 9203:10
**oval** [2] - 9073:23, 9073:25
**over** [23] - 9081:8, 9081:12, 9103:2, 9110:7, 9116:15, 9126:20, 9134:22, 9140:7, 9148:4, 9150:15, 9154:25, 9156:20, 9162:13, 9166:23, 9169:19, 9184:2, 9193:18, 9194:1, 9194:6, 9198:11, 9200:12, 9203:18
**overcome** [2] - 9090:17, 9095:13
**overestimate** [3] - 9208:12, 9208:20, 9210:22
**overflowing** [1] - 9141:22
**overrule** [2] - 9155:12, 9163:25
**overruled** [2] - 9130:9, 9147:15
**own** [13] - 9077:19, 9079:23, 9081:18, 9081:22, 9082:5, 9082:17, 9082:24, 9083:1, 9088:4, 9093:9, 9093:12, 9165:16, 9169:13

**P**

**P** [3] - 9066:3, 9066:19, 9212:21
**P-A-T-T-O-N** [1] - 9212:21
**P.O** [1] - 9067:18
**packer** [1] - 9204:1
**packers** [1] - 9126:3
**page** [11] - 9073:13, 9083:22, 9091:17, 9093:21, 9135:23, 9136:3, 9144:23, 9154:25, 9173:3, 9173:5, 9176:9
**PAGE/LINE** [1] - 9071:3
**pages** [1] - 9154:16
**pair** [1] - 9125:24
**PALMINTIER** [1] - 9067:1
**PAN** [1] - 9066:12
**papers** [1] - 9175:1
**paragraph** [5] - 9091:24, 9129:10, 9141:17, 9143:4, 9143:5
**parameters** [1] - 9095:22
**parentheses** [1] - 9095:20
**parked** [1] - 9181:15
**part** [15] - 9115:14, 9115:16, 9126:15, 9130:6, 9138:16, 9151:9, 9165:18, 9167:8, 9175:23, 9176:6, 9181:16, 9184:24, 9190:13, 9203:7
**parted** [2] - 9188:7, 9189:9
**partially** [3] - 9144:6, 9200:22
**particular** [14] - 9072:20, 9098:8, 9107:3, 9109:17, 9113:9, 9115:18, 9118:19, 9129:1, 9131:16, 9135:4, 9138:24, 9145:23, 9175:18, 9191:9
**parties** [2] - 9111:8, 9172:18
**pass** [2] - 9114:22, 9149:2
**past** [2] - 9100:13, 9182:16
**pat** [1] - 9148:13
**Patrick** [1] - 9213:11
**pattern** [1] - 9074:2
**Patton** [2] - 9212:19, 9213:5
**PATTON** [2] - 9212:20, 9212:23
**Paul** [1] - 9202:1
**PAUL** [1] - 9066:11
**pay** [4] - 9161:15, 9208:5, 9208:8, 9208:9
**peak** [1] - 9162:21
**PENNSYLVANIA** [1] - 9069:2
**people** [9] - 9080:8, 9111:2, 9113:7, 9113:25, 9145:12, 9145:15, 9145:16, 9180:11, 9194:19
**per** [20] - 9084:3, 9084:10, 9127:3, 9159:25, 9160:1, 9161:11, 9162:22, 9162:24, 9163:16, 9163:17, 9164:18, 9164:19, 9165:20, 9166:5, 9168:24, 9168:25, 9169:5, 9169:8, 9205:23, 9209:12
**percent** [2] - 9127:23, 9192:17
**perfectly** [2] - 9132:7, 9198:9
**perform** [1] - 9104:23
**performed** [6] - 9097:12, 9099:22, 9103:2, 9103:6, 9104:25, 9159:19
**period** [4] - 9158:2, 9166:23, 9172:15, 9173:15
**Perkins** [2] - 9150:16, 9150:21
**permission** [1] - 9211:22
**permit** [2] - 9101:1, 9101:18
**permits** [2] - 9107:21, 9110:16
**permitted** [1] - 9155:9
**person** [3] - 9113:21, 9145:5, 9146:19
**personally** [3] - 9147:4, 9147:21, 9205:8
**pertains** [1] - 9187:19
**PETITION** [1] - 9065:12
**phenomena** [2] - 9099:9
**phenomenon** [1] - 9167:23
**photo** [1] - 9137:7
**phrase** [1] - 9127:7
**physical** [3] - 9077:5, 9105:15, 9111:23
**pick** [1] - 9179:7
**picture** [4] - 9183:9, 9191:4, 9191:9, 9192:10
**pictures** [1] - 9074:8
**piece** [27] - 9183:10, 9183:20, 9183:22, 9184:1, 9184:2, 9184:4, 9191:20, 9194:1, 9194:9, 9194:10, 9195:6, 9195:8, 9195:19, 9196:7, 9196:20, 9196:25, 9197:3, 9197:6, 9197:8, 9197:13, 9197:20, 9198:23, 9199:9, 9199:14, 9199:20, 9201:7, 9201:15
**pieces** [13] - 9184:4, 9185:17, 9187:19, 9188:1, 9194:2, 9194:18, 9194:19, 9195:1, 9195:17, 9196:12, 9196:15, 9199:2, 9201:12
**pin** [3] - 9081:7, 9081:8
**pin-to-pin** [1] - 9081:7
**pinned** [1] - 9081:11
**Pipe** [1] - 9195:1
**pipe** [311] - 9073:20, 9073:22, 9074:3, 9074:12, 9074:17, 9074:18, 9075:2, 9075:4, 9075:8, 9075:10, 9075:16, 9075:19, 9075:22, 9076:8, 9076:12, 9076:20, 9076:21, 9077:8, 9077:10, 9077:13, 9077:15, 9077:19, 9078:5, 9078:13, 9078:14, 9079:1, 9079:8, 9079:9, 9079:18, 9079:19, 9079:23, 9080:5, 9080:6, 9080:9, 9080:10, 9080:13, 9080:15, 9080:16, 9080:17, 9080:19, 9080:25, 9081:2, 9081:11, 9081:20, 9081:23, 9081:24, 9082:3, 9082:16, 9082:19, 9082:25, 9083:7, 9085:12, 9086:3, 9087:3, 9087:4, 9087:5, 9087:7, 9087:12, 9087:13, 9087:16, 9087:17, 9087:25, 9088:5, 9088:10, 9088:14, 9088:17, 9088:20, 9089:3, 9089:15, 9089:20, 9090:5, 9090:6, 9090:15, 9090:16, 9090:18, 9091:7, 9091:24, 9091:25, 9092:10, 9092:12, 9092:21, 9093:4, 9093:8, 9093:11, 9093:15, 9094:6, 9094:18, 9095:6, 9095:10, 9095:14, 9095:22, 9097:2, 9098:18, 9099:7, 9100:16, 9100:17, 9101:25, 9102:13, 9103:17, 9104:22, 9105:4, 9105:5, 9105:14, 9106:1, 9114:8, 9114:9, 9114:10, 9114:12, 9115:6, 9115:7, 9115:11, 9115:14, 9115:15, 9115:19, 9119:7, 9119:8, 9119:23, 9121:6, 9121:9, 9123:19, 9123:22, 9124:1, 9124:11, 9124:23, 9125:1, 9126:23, 9127:15, 9127:16, 9128:7, 9130:20, 9130:24, 9131:13, 9131:17, 9131:20, 9131:22, 9132:15, 9132:17, 9133:4, 9133:15, 9133:22, 9133:23, 9135:25, 9136:12, 9136:22, 9137:3, 9137:12, 9137:13, 9137:17, 9137:20, 9137:21, 9137:23, 9137:25, 9138:1, 9141:22, 9150:4, 9150:7, 9150:12, 9150:18, 9150:22, 9150:23, 9151:3, 9151:8, 9151:12, 9151:14, 9151:15,

9151:21, 9151:22,
9151:24, 9151:25,
9152:1, 9152:5,
9152:8, 9152:12,
9153:1, 9153:8,
9153:11, 9153:16,
9153:22, 9153:24,
9154:1, 9154:19,
9155:17, 9155:25,
9156:3, 9156:4,
9156:12, 9156:15,
9156:16, 9156:23,
9157:2, 9157:4,
9159:18, 9160:9,
9160:11, 9160:23,
9164:22, 9165:8,
9165:14, 9170:14,
9170:15, 9173:25,
9174:9, 9174:14,
9174:16, 9174:18,
9178:18, 9179:21,
9182:9, 9182:22,
9182:25, 9183:4,
9183:6, 9183:12,
9183:18, 9183:20,
9184:4, 9184:8,
9184:17, 9184:21,
9185:1, 9185:2,
9185:5, 9185:11,
9185:16, 9185:17,
9185:18, 9185:23,
9185:24, 9186:1,
9186:7, 9186:14,
9186:22, 9187:4,
9187:7, 9187:9,
9187:14, 9188:1,
9188:16, 9189:6,
9189:9, 9189:19,
9189:21, 9190:1,
9190:7, 9190:12,
9190:22, 9190:23,
9191:5, 9191:12,
9191:16, 9191:20,
9191:23, 9192:1,
9192:3, 9192:9,
9193:16, 9193:20,
9194:2, 9194:4,
9194:6, 9194:9,
9194:20, 9194:21,
9195:1, 9195:3,
9195:6, 9195:9,
9195:12, 9195:15,
9195:19, 9196:8,
9196:11, 9196:12,
9196:17, 9196:25,
9197:3, 9197:13,
9197:20, 9197:24,
9198:1, 9198:15,
9198:19, 9198:23,
9199:2, 9201:7,
9201:15, 9202:21,

9202:22, 9202:24,
9203:5, 9203:7,
9203:10, 9203:21,
9203:23, 9210:24,
9211:2
  **pipe's** [1] - 9133:6
  **pipes** [3] - 9132:8,
9166:10, 9199:16
  **piston** [1] - 9099:5
  **pit** [2] - 9179:24,
9180:6
  **place** [9] - 9098:12,
9098:16, 9151:4,
9151:8, 9152:16,
9153:8, 9201:3,
9201:5, 9205:3
  **places** [2] - 9081:10,
9157:1
  **plaintiffs** [2] -
9114:23, 9116:6
  **PLAINTIFFS** [1] -
9066:3
  **plane** [1] - 9203:6
  **plastically** [1] -
9199:9
  **plates** [1] - 9204:1
  **platform** [2] -
9122:2, 9122:11
  **play** [8] - 9120:13,
9121:21, 9148:19,
9193:7, 9212:6,
9212:7, 9212:12,
9213:17
  **PLAYED** [3] -
9212:17, 9212:24,
9213:8
  **played** [2] - 9105:7,
9105:11
  **PLC** [1] - 9068:21
  **please** [23] - 9072:6,
9073:10, 9075:13,
9077:24, 9079:14,
9086:11, 9087:19,
9088:22, 9090:10,
9093:6, 9094:11,
9098:4, 9102:23,
9107:5, 9111:19,
9114:24, 9129:9,
9136:9, 9148:10,
9149:15, 9184:19,
9206:1, 9209:3
  **plot** [2] - 9094:13,
9159:4
  **plug** [2] - 9120:13,
9121:21
  **plus** [1] - 9085:22
  **podium** [2] - 9116:9,
9121:13
  **point** [30] - 9072:19,
9080:5, 9085:6,

9089:11, 9090:1,
9093:21, 9098:11,
9106:4, 9117:14,
9118:1, 9119:10,
9119:19, 9135:24,
9150:8, 9154:19,
9167:1, 9167:22,
9180:17, 9183:12,
9183:18, 9184:5,
9184:6, 9185:3,
9187:23, 9188:4,
9188:13, 9192:19,
9210:18, 9211:23
  **points** [1] - 9192:10
  **policies** [1] -
9178:22
  **policy** [2] - 9144:18,
9144:21
  **pool** [2] - 9171:10,
9171:16
  **Port** [1] - 9073:2
  **portion** [3] -
9087:24, 9159:24,
9209:4
  **portions** [2] -
9132:12
  **position** [14] -
9075:5, 9075:6,
9080:25, 9133:10,
9137:16, 9153:1,
9153:22, 9179:7,
9182:22, 9192:5,
9192:17, 9192:23,
9199:6
  **positioned** [1] -
9131:10
  **positive** [3] -
9087:12, 9087:16,
9096:9
  **possibility** [1] -
9190:15
  **possible** [6] -
9121:9, 9121:13,
9190:17, 9190:19,
9197:23, 9198:9
  **possibly** [3] -
9185:13, 9186:8,
9190:4
  **POST** [3] - 9066:4,
9067:23, 9068:14
  **potential** [2] -
9194:9, 9195:14
  **potentially** [3] -
9192:21, 9195:22,
9195:23
  **pounds** [29] -
9079:6, 9079:8,
9079:21, 9080:4,
9080:24, 9081:8,
9081:12, 9081:13,

9081:23, 9082:16,
9085:22, 9085:24,
9085:25, 9087:23,
9088:1, 9089:7,
9089:15, 9090:23,
9090:24, 9127:3,
9159:25, 9170:10,
9174:2, 9195:2,
9195:3, 9195:19,
9196:7
  **power** [1] - 9192:7
  **POYDRAS** [4] -
9066:12, 9068:23,
9069:11, 9070:10
  **practical** [1] -
9157:20
  **practice** [13] -
9101:16, 9134:1,
9134:3, 9134:12,
9134:25, 9135:13,
9135:17, 9136:6,
9139:21, 9139:25,
9142:17, 9144:14
  **predicate** [1] -
9189:10
  **predicting** [1] -
9103:7
  **predictor** [2] -
9104:11, 9104:15
  **predictors** [1] -
9105:1
  **preferred** [1] -
9179:12
  **prepared** [14] -
9076:25, 9077:21,
9086:7, 9086:24,
9090:7, 9093:23,
9094:8, 9097:25,
9105:21, 9107:3,
9109:24, 9111:17,
9155:10, 9179:18
  **present** [4] -
9081:21, 9156:10,
9156:12, 9164:23
  **president** [4] -
9104:19, 9122:22,
9122:25, 9212:3
  **pressure** [117] -
9078:5, 9086:3,
9086:23, 9090:5,
9090:13, 9090:16,
9090:21, 9091:1,
9091:2, 9091:3,
9091:5, 9091:25,
9092:11, 9092:21,
9094:14, 9094:15,
9094:16, 9094:17,
9094:25, 9095:4,
9095:8, 9095:9,
9095:12, 9095:13,

9095:15, 9095:21,
9096:13, 9096:14,
9096:15, 9096:17,
9096:20, 9097:7,
9097:14, 9097:16,
9097:18, 9097:19,
9097:20, 9097:21,
9097:22, 9097:23,
9098:8, 9098:10,
9098:11, 9098:13,
9098:14, 9098:15,
9098:23, 9099:1,
9099:2, 9099:4,
9099:6, 9099:13,
9099:15, 9100:9,
9100:10, 9100:17,
9100:21, 9101:2,
9101:3, 9102:11,
9102:12, 9102:15,
9103:7, 9103:8,
9104:14, 9105:1,
9125:12, 9125:16,
9125:23, 9125:25,
9126:6, 9127:11,
9128:2, 9140:22,
9141:22, 9142:12,
9142:15, 9142:16,
9142:17, 9143:1,
9143:2, 9143:13,
9143:22, 9143:24,
9151:13, 9151:19,
9151:21, 9151:24,
9151:25, 9152:13,
9156:15, 9156:22,
9157:6, 9171:7,
9174:15, 9174:19,
9174:23, 9176:3,
9176:12, 9176:19,
9176:22, 9177:1,
9177:6, 9180:24,
9181:21, 9195:13,
9205:2, 9205:10,
9206:9
  **pressures** [16] -
9094:13, 9095:5,
9097:4, 9097:21,
9098:2, 9099:3,
9099:16, 9100:17,
9103:5, 9104:11,
9104:16, 9143:8,
9146:8, 9146:9,
9174:3, 9179:21
  **pretty** [3] - 9107:15,
9134:2, 9166:4
  **prevent** [3] - 9076:6,
9128:12, 9128:18
  **prevented** [2] -
9144:7, 9203:6
  **preventer** [2] -
9143:7, 9179:12

**previous** [4] - 9080:4, 9099:17, 9107:21, 9194:15
**previously** [1] - 9111:22
**price** [2] - 9121:19, 9121:20
**primary** [1] - 9136:21
**prior** [11] - 9072:13, 9074:19, 9075:10, 9083:25, 9127:20, 9161:5, 9161:20, 9164:10, 9164:22, 9166:24, 9202:17
**pristine** [2] - 9103:25, 9196:7
**probably** [6] - 9113:24, 9114:1, 9146:21, 9187:11, 9195:9, 9204:10
**problem** [5] - 9104:1, 9118:7, 9119:14, 9123:19, 9128:5
**procedure** [10] - 9137:24, 9176:13, 9178:17, 9178:19, 9179:4, 9180:21, 9181:5, 9181:6, 9181:22, 9182:4
**procedures** [6] - 9137:19, 9179:1, 9180:3, 9182:8, 9182:11, 9182:12
**proceed** [2] - 9180:21, 9201:24
**proceedings** [1] - 9214:9
**PROCEEDINGS** [4] - 9065:20, 9070:13, 9072:1, 9213:21
**process** [2] - 9181:16, 9183:4
**produce** [2] - 9157:17, 9160:17
**PRODUCED** [1] - 9070:14
**producing** [1] - 9086:18
**product** [1] - 9205:1
**production** [2] - 9122:2, 9122:11
**PRODUCTION** [3] - 9065:15, 9068:20, 9068:21
**programmed** [2] - 9138:24, 9139:12
**prohibit** [1] - 9113:15
**promise** [2] - 9148:1, 9148:3
**proof** [1] - 9195:14
**properly** [1] - 9099:13
**properties** [2] - 9097:1, 9105:6
**protect** [1] - 9136:20
**provide** [3] - 9121:7, 9184:16, 9184:21
**provided** [8] - 9110:14, 9130:6, 9138:18, 9155:24, 9156:3, 9163:22, 9164:21, 9210:24
**provides** [2] - 9118:23, 9119:4
**provisions** [1] - 9178:25
**prudent** [1] - 9182:13
**PSC** [1] - 9115:3
**PSC's** [1] - 9150:16
**psi** [27] - 9094:25, 9095:20, 9096:1, 9096:12, 9096:13, 9096:15, 9096:19, 9097:3, 9097:7, 9097:8, 9097:13, 9099:2, 9099:6, 9100:11, 9100:12, 9100:15, 9101:7, 9107:11, 9107:13, 9125:13, 9125:16, 9125:24, 9125:25, 9181:21, 9205:6
**published** [1] - 9113:17
**pull** [19] - 9074:24, 9077:21, 9077:24, 9121:21, 9129:4, 9141:16, 9142:21, 9143:3, 9144:24, 9154:14, 9154:21, 9155:21, 9159:20, 9168:20, 9169:3, 9175:3, 9191:19, 9194:10, 9206:3
**pulled** [2] - 9188:18, 9190:8
**pulling** [1] - 9142:25
**pumping** [1] - 9142:15
**pumps** [1] - 9179:10
**pure** [2] - 9173:21, 9184:14
**purpose** [2] - 9136:21, 9203:15
**push** [7] - 9095:10, 9131:5, 9151:12, 9184:17, 9184:21, 9184:23, 9196:6
**pushed** [1] - 9172:12
**pushes** [1] - 9168:4
**pushing** [3] - 9090:16, 9195:2, 9195:3
**put** [36] - 9075:4, 9080:15, 9080:25, 9081:2, 9081:24, 9087:23, 9089:2, 9089:5, 9097:14, 9111:7, 9113:8, 9120:14, 9121:22, 9121:24, 9123:6, 9125:24, 9127:20, 9128:17, 9131:1, 9139:2, 9147:12, 9150:21, 9162:8, 9162:13, 9177:18, 9177:20, 9181:3, 9182:21, 9183:9, 9184:23, 9185:10, 9194:16, 9199:5, 9205:8, 9210:5

## Q

**quadrant** [1] - 9173:5
**qualifications** [1] - 9112:25
**qualified** [1] - 9147:6
**QUESTION** [14] - 9135:24, 9136:10, 9145:19, 9146:1, 9146:4, 9146:7, 9146:9, 9146:12, 9168:23, 9169:5, 9176:11, 9186:5, 9186:11, 9186:13
**question** [40] - 9075:3, 9075:7, 9105:10, 9112:13, 9119:24, 9119:25, 9121:12, 9123:21, 9125:1, 9126:1, 9126:7, 9128:9, 9129:18, 9135:15, 9135:21, 9135:22, 9136:9, 9136:10, 9138:8, 9139:8, 9139:23, 9152:11, 9152:19, 9168:22, 9170:5, 9175:12, 9176:9, 9177:19, 9177:20, 9178:19, 9192:6, 9199:7, 9200:7, 9200:8, 9200:11, 9200:15
**questioning** [1] - 9155:4
**questions** [10] - 9149:4, 9149:6, 9149:8, 9176:2, 9186:17, 9201:21, 9202:4, 9205:17, 9208:21, 9211:13
**quick** [1] - 9163:1
**quickly** [1] - 9167:14
**quite** [5] - 9110:21, 9111:4, 9167:11, 9167:12, 9192:13

## R

**R** [6] - 9067:11, 9068:17, 9069:16, 9070:3, 9072:3, 9213:3
**RACHEL** [2] - 9067:17, 9069:14
**radially** [1] - 9131:5
**radius** [1] - 9197:24
**ram** [120] - 9073:1, 9073:4, 9073:19, 9073:20, 9073:22, 9075:2, 9079:8, 9090:21, 9090:22, 9090:23, 9090:25, 9092:12, 9094:18, 9095:10, 9096:7, 9098:17, 9098:18, 9098:19, 9099:5, 9099:21, 9100:9, 9100:14, 9101:23, 9103:20, 9103:24, 9105:9, 9107:8, 9107:16, 9107:17, 9107:24, 9107:25, 9108:1, 9108:7, 9108:10, 9108:13, 9108:14, 9108:18, 9108:19, 9109:4, 9109:11, 9109:21, 9110:20, 9110:22, 9110:24, 9110:25, 9111:1, 9111:13, 9111:14, 9111:24, 9112:2, 9112:5, 9112:7, 9112:11, 9112:19, 9113:11, 9114:9, 9114:11, 9114:13, 9114:15, 9114:16, 9115:10, 9115:18, 9117:2, 9117:11, 9117:15, 9118:2, 9118:8, 9119:11, 9119:17, 9119:20, 9120:14, 9121:3, 9121:19, 9121:20, 9121:21, 9121:24, 9122:3, 9123:8, 9123:15, 9126:18, 9126:24, 9127:24, 9135:5, 9135:7, 9138:25, 9139:7, 9145:20, 9151:9, 9152:23, 9154:2, 9155:24, 9156:2, 9161:6, 9166:14, 9166:17, 9179:2, 9181:15, 9181:22, 9181:23, 9182:1, 9182:5, 9182:14, 9183:1, 9191:15, 9193:1, 9198:16, 9198:18, 9199:2, 9202:7, 9202:18, 9203:6, 9203:17, 9203:23, 9205:9
**rams** [115] - 9072:21, 9073:16, 9073:21, 9073:23, 9074:1, 9074:4, 9076:14, 9076:16, 9079:19, 9081:9, 9086:17, 9086:20, 9086:23, 9088:25, 9089:9, 9089:11, 9089:13, 9090:13, 9090:14, 9090:18, 9090:20, 9091:2, 9091:3, 9091:25, 9092:9, 9096:4, 9100:3, 9100:14, 9100:19, 9101:9, 9104:6, 9107:17, 9108:10, 9108:12, 9108:22, 9110:21, 9112:18, 9112:19, 9112:20, 9113:18, 9114:6, 9114:13, 9115:11, 9120:11, 9121:14, 9122:12, 9123:12, 9123:24, 9127:14, 9133:11, 9136:1, 9136:2, 9136:13, 9136:15, 9136:18, 9136:19, 9136:20, 9137:5, 9137:7, 9137:12, 9137:25, 9139:9, 9139:10, 9141:6, 9150:25, 9151:2, 9151:8, 9151:13, 9151:14, 9151:22, 9151:23, 9152:1, 9153:2, 9153:12, 9155:17, 9157:7, 9166:9, 9177:16, 9178:18, 9180:23, 9180:25,

9181:3, 9181:4, 9181:16, 9181:17, 9181:21, 9182:10, 9185:3, 9185:7, 9191:5, 9191:13, 9192:1, 9192:2, 9202:5, 9202:16, 9202:18, 9202:25, 9203:11, 9203:13, 9203:14, 9203:15, 9203:18, 9203:19, 9203:24, 9204:6, 9204:15, 9204:16, 9204:22, 9204:25, 9205:11
**ran** [1] - 9199:23
**rapid** [2] - 9141:13, 9142:1
**rapidly** [4] - 9166:10, 9168:4, 9190:22, 9190:24
**rate** [33] - 9083:9, 9083:10, 9083:14, 9084:2, 9084:5, 9084:15, 9157:20, 9157:21, 9159:17, 9159:22, 9160:3, 9161:10, 9161:17, 9161:19, 9166:2, 9166:4, 9169:6, 9205:23, 9206:7, 9208:12, 9208:20, 9209:12, 9209:13, 9209:15, 9209:22, 9210:6, 9210:10, 9210:12, 9210:21, 9211:4, 9211:10
**Rate** [1] - 9209:8
**rated** [1] - 9107:11
**rates** [20] - 9082:6, 9082:18, 9084:22, 9085:3, 9158:3, 9158:6, 9158:7, 9158:9, 9165:9, 9168:11, 9192:7, 9205:18, 9208:19, 9208:22, 9208:25, 9211:6, 9211:8, 9211:9
**rather** [1] - 9086:13
**rating** [5] - 9125:23, 9126:2, 9128:2, 9205:6, 9205:9
**rationale** [1] - 9126:2
**RE** [2] - 9065:4, 9065:12
**reach** [3] - 9110:17, 9160:9, 9187:7
**reached** [6] - 9154:20, 9167:3, 9167:9, 9168:2, 9180:17, 9189:5
**reaches** [2] - 9172:15, 9172:18
**reaching** [1] - 9166:24
**reacted** [2] - 9092:2, 9151:25
**read** [27] - 9084:20, 9102:5, 9104:5, 9106:7, 9129:20, 9129:24, 9134:15, 9140:6, 9142:21, 9142:23, 9145:3, 9146:15, 9156:1, 9164:2, 9164:3, 9164:4, 9164:16, 9169:11, 9169:12, 9185:13, 9186:9, 9190:5, 9190:9, 9208:8, 9209:21, 9210:1, 9210:13
**reading** [6] - 9085:24, 9097:24, 9125:18, 9129:17, 9130:4, 9186:5
**READS** [1] - 9129:15
**reads** [9] - 9075:1, 9090:1, 9091:24, 9103:2, 9109:13, 9110:7, 9206:8, 9209:7, 9209:21
**ready** [2] - 9125:12, 9211:24
**real** [2] - 9127:6, 9151:18
**realistic** [1] - 9157:22
**reality** [1] - 9084:14
**really** [1] - 9132:20
**reason** [20] - 9093:14, 9100:12, 9102:15, 9104:4, 9104:7, 9119:10, 9126:8, 9132:16, 9136:18, 9136:24, 9158:1, 9167:6, 9171:10, 9171:15, 9177:5, 9185:15, 9185:22, 9185:25, 9203:14, 9203:18
**reasonable** [1] - 9158:4
**reasons** [1] - 9188:16
**recall** [39] - 9072:15, 9143:23, 9145:24, 9149:23, 9150:12, 9150:16, 9150:19, 9150:24, 9150:25, 9151:5, 9151:15, 9151:20, 9152:14, 9152:18, 9152:20, 9152:24, 9153:3, 9154:12, 9154:13, 9164:12, 9164:17, 9167:22, 9168:17, 9168:18, 9169:17, 9176:4, 9177:11, 9180:12, 9180:15, 9191:6, 9202:5, 9204:8, 9204:9, 9205:18, 9205:21, 9206:11, 9208:4, 9208:7
**receive** [1] - 9145:8
**recess** [3] - 9148:6, 9212:13, 9213:18
**RECESS** [1] - 9148:8
**recognize** [6] - 9083:22, 9102:24, 9182:23, 9189:1, 9206:3, 9209:4
**record** [9] - 9116:5, 9116:19, 9117:23, 9123:13, 9177:14, 9179:20, 9179:23, 9193:23, 9214:8
**RECORDED** [1] - 9070:13
**recorded** [12] - 9086:2, 9097:19, 9097:20, 9098:10, 9099:15, 9099:16, 9099:25, 9102:13, 9103:9, 9180:22, 9181:20
**recording** [2] - 9180:6, 9180:18
**recovered** [1] - 9073:2
**recreated** [3] - 9157:12, 9157:23, 9158:1
**red** [7] - 9078:5, 9092:23, 9095:5, 9096:23, 9096:24, 9099:12, 9102:18
**redesign** [2] - 9204:10, 9204:19
**Redirect** [1] - 9071:13
**REDIRECT** [1] - 9202:2
**reduce** [1] - 9172:4
**reduced** [3] - 9098:22, 9125:12, 9180:23
**reduction** [6] - 9085:13, 9088:3, 9171:13, 9173:10, 9174:22, 9205:6
**refer** [3] - 9080:8, 9095:19, 9117:23
**reference** [6] - 9092:5, 9092:25, 9162:3, 9188:25, 9189:1, 9206:14
**Reference** [3] - 9084:9, 9084:11, 9206:13
**referenced** [6] - 9154:25, 9163:22, 9193:22, 9207:22, 9208:1, 9210:3
**referencing** [4] - 9075:11, 9084:8, 9103:12, 9154:20
**referred** [1] - 9083:17
**referring** [2] - 9092:5, 9207:6
**refers** [3] - 9135:4, 9135:7, 9135:10
**reflected** [4] - 9085:13, 9166:12, 9172:7, 9173:12
**REGAN** [1] - 9069:5
**Regan** [2] - 9148:4, 9149:1
**regard** [2] - 9112:5, 9133:25
**regarding** [1] - 9101:22
**registered** [1] - 9172:23
**registers** [1] - 9171:2
**regularly** [1] - 9103:21
**regulation** [2] - 9107:9, 9113:12
**regulatory** [2] - 9111:3, 9114:21
**rejected** [1] - 9158:18
**rejecting** [2] - 9185:22, 9185:25
**RELATES** [1] - 9065:10
**relates** [1] - 9204:13
**relating** [2] - 9205:18, 9210:24
**relax** [1] - 9201:15
**relaxed** [1] - 9201:14
**relevant** [1] - 9086:8
**reliability** [1] - 9139:4
**reliance** [1] - 9208:18
**relied** [2] - 9205:22, 9208:11
**relies** [2] - 9091:18, 9118:24
**rely** [6] - 9134:13, 9135:14, 9136:7, 9160:16, 9160:18, 9164:25
**relying** [1] - 9206:19
**remainder** [1] - 9197:14
**remained** [2] - 9115:17, 9141:23
**remaining** [3] - 9109:15, 9148:1, 9148:16
**remember** [14] - 9125:17, 9125:18, 9126:4, 9126:5, 9126:7, 9126:9, 9141:17, 9142:25, 9145:6, 9148:5, 9175:21, 9176:8, 9191:25, 9204:9
**remind** [1] - 9212:2
**RENAISSANCE** [1] - 9070:4
**repeat** [5] - 9123:21, 9128:8, 9139:23, 9184:19, 9200:15
**replace** [1] - 9171:15
**replaced** [2] - 9173:19, 9174:11
**report** [86] - 9078:2, 9078:3, 9078:7, 9083:18, 9083:23, 9087:1, 9089:1, 9089:8, 9091:11, 9092:25, 9106:23, 9108:6, 9118:9, 9128:10, 9129:6, 9129:13, 9130:7, 9133:9, 9137:18, 9139:5, 9140:14, 9140:18, 9141:16, 9141:18, 9141:20, 9143:23, 9145:4, 9147:12, 9150:6, 9152:22, 9153:7, 9154:4, 9154:17, 9157:5, 9161:13, 9161:23, 9161:25, 9162:6, 9163:23, 9164:24, 9165:1, 9165:7, 9165:12, 9165:13, 9165:22, 9166:12, 9166:22, 9167:2, 9174:5, 9174:21, 9174:25, 9175:5, 9175:18, 9186:6, 9187:18,

9188:11, 9188:20, 9188:22, 9188:25, 9189:18, 9189:25, 9190:12, 9191:4, 9193:9, 9193:12, 9193:15, 9193:19, 9194:18, 9196:4, 9196:9, 9196:10, 9200:4, 9200:8, 9200:9, 9200:17, 9200:19, 9200:24, 9200:25, 9206:4, 9206:20, 9207:1, 9207:23, 9208:2, 9209:5, 9209:19

**reported** [4] - 9155:15, 9155:18, 9155:23, 9206:10

**Reporter** [2] - 9214:5, 9214:15

**REPORTER** [1] - 9070:10

**REPORTER'S** [1] - 9214:3

**reports** [9] - 9091:18, 9092:6, 9106:18, 9117:6, 9128:11, 9130:4, 9156:9, 9161:12, 9175:16

**represent** [3] - 9087:3, 9116:20, 9166:22

**representation** [1] - 9089:14

**representative** [2] - 9122:23, 9158:13

**represents** [3] - 9087:25, 9088:10, 9095:16

**require** [3] - 9081:12, 9113:12, 9113:14

**required** [9] - 9079:7, 9080:24, 9081:2, 9081:8, 9081:21, 9094:17, 9100:16, 9100:21, 9103:5

**requirement** [1] - 9099:13

**requirements** [3] - 9111:3, 9114:21, 9139:3

**requires** [2] - 9097:18, 9143:13

**requiring** [1] - 9143:8

**rerouted** [1] - 9106:16

**reservoir** [7] - 9084:12, 9084:14, 9084:17, 9084:22, 9084:25, 9085:2, 9156:15

**reside** [1] - 9073:15

**residual** [1] - 9092:2

**resist** [1] - 9089:13

**resistance** [2] - 9090:22, 9090:24

**resort** [1] - 9128:23

**RESOURCES** [1] - 9067:14

**respect** [12] - 9082:12, 9084:9, 9089:25, 9092:13, 9094:23, 9095:8, 9109:4, 9114:6, 9202:13, 9202:16, 9203:13, 9205:13

**respond** [1] - 9155:6

**response** [2] - 9103:4, 9141:21

**responsibility** [2] - 9165:18, 9167:8

**rest** [2] - 9157:22, 9165:5

**restraint** [2] - 9090:19, 9092:10

**restriction** [1] - 9098:21

**result** [7] - 9149:17, 9150:24, 9151:21, 9153:23, 9171:13, 9174:11, 9174:19

**resulted** [4] - 9141:13, 9142:1, 9142:6, 9184:9

**results** [2] - 9157:19, 9174:8

**return** [1] - 9082:21

**review** [7] - 9101:15, 9102:20, 9103:6, 9160:19, 9175:15, 9175:20, 9176:6

**reviewed** [6] - 9083:14, 9101:12, 9104:18, 9156:19, 9157:18, 9188:11

**RICHARD** [1] - 9069:20

**rid** [2] - 9080:17, 9120:7

**ridges** [1] - 9195:17

**rig** [51] - 9075:23, 9085:13, 9086:5, 9089:20, 9093:15, 9098:8, 9104:6, 9110:21, 9113:6, 9113:9, 9113:23, 9131:4, 9134:2, 9135:1, 9135:4, 9135:5, 9135:19, 9138:20, 9138:24, 9139:3, 9139:8, 9140:12, 9141:22, 9146:17, 9152:5, 9166:24, 9167:4, 9168:2, 9170:1, 9172:12, 9182:19, 9183:7, 9183:8, 9184:16, 9184:20, 9185:2, 9185:10, 9185:15, 9185:22, 9185:25, 9186:6, 9186:15, 9187:9, 9188:18, 9190:3, 9190:5, 9190:20, 9193:11, 9209:13, 9212:4

**RIG** [1] - 9065:5

**rigged** [1] - 9139:18

**right** [137] - 9072:17, 9074:2, 9074:5, 9075:10, 9076:8, 9076:12, 9076:17, 9077:18, 9078:21, 9079:18, 9080:3, 9080:11, 9080:21, 9082:10, 9082:14, 9083:6, 9083:9, 9084:19, 9084:24, 9085:6, 9086:19, 9087:14, 9089:5, 9091:15, 9093:12, 9095:4, 9095:8, 9095:9, 9095:15, 9096:24, 9097:6, 9100:23, 9100:25, 9107:7, 9108:18, 9110:3, 9110:19, 9111:11, 9114:2, 9115:18, 9115:21, 9116:22, 9118:7, 9118:20, 9119:9, 9120:3, 9120:5, 9120:6, 9120:8, 9120:9, 9120:10, 9121:2, 9121:9, 9121:21, 9122:9, 9125:19, 9126:10, 9126:15, 9126:21, 9127:12, 9128:13, 9128:15, 9129:2, 9129:10, 9129:12, 9130:4, 9130:21, 9130:25, 9132:4, 9132:6, 9132:8, 9132:9, 9132:11, 9134:11, 9135:5, 9136:3, 9136:24, 9137:6, 9137:7, 9137:8, 9137:11, 9137:12, 9138:6, 9138:8, 9138:9, 9139:12, 9140:14, 9140:19, 9140:25, 9141:16, 9141:17, 9142:2, 9142:4, 9142:12, 9143:3, 9143:6, 9144:13, 9145:7, 9145:23, 9145:24, 9148:6, 9149:3, 9151:24, 9152:2, 9161:14, 9161:24, 9162:10, 9167:4, 9167:22, 9168:6, 9171:11, 9171:16, 9172:23, 9173:5, 9173:18, 9175:11, 9178:8, 9181:3, 9181:6, 9183:9, 9191:9, 9191:12, 9193:18, 9194:4, 9196:18, 9197:6, 9197:21, 9198:4, 9199:21, 9199:23, 9201:22, 9202:24, 9212:20, 9212:22, 9213:6, 9213:10

**right-hand** [5] - 9080:11, 9087:14, 9100:23, 9110:19, 9173:5

**rigid** [1] - 9081:10

**rigs** [24] - 9107:17, 9108:2, 9108:8, 9108:9, 9108:23, 9109:20, 9110:4, 9110:11, 9110:20, 9110:21, 9110:22, 9111:3, 9111:4, 9111:13, 9111:22, 9112:1, 9112:6, 9112:18, 9113:25, 9131:10, 9134:5, 9135:17, 9139:17

**Rigs** [1] - 9109:10

**rise** [3] - 9091:25, 9148:7, 9213:20

**riser** [25] - 9084:1, 9100:13, 9131:20, 9131:25, 9133:5, 9158:14, 9158:17, 9161:6, 9167:11, 9170:16, 9170:17, 9172:13, 9173:16, 9179:17, 9184:25, 9197:11, 9197:25, 9198:3, 9198:6, 9198:10, 9198:11, 9198:24, 9198:25, 9201:16, 9209:24

**RMR** [2] - 9070:10, 9214:14

**ROBERT** [2] - 9066:9, 9069:1

**ROBERTS** [1] - 9069:13

**robust** [4] - 9122:15, 9122:24, 9147:8, 9147:18

**rod** [2] - 9095:10, 9095:11

**ROOM** [2] - 9067:12, 9070:10

**Rory** [1] - 9105:25

**rotation** [2] - 9132:17, 9179:5

**ROUGE** [2] - 9067:3, 9068:15

**round** [1] - 9197:18

**ROV** [1] - 9072:24

**ROY** [2] - 9066:3, 9066:3

**RPR** [1] - 9214:14

**rubber** [6] - 9103:22, 9122:18, 9122:20, 9122:21, 9125:22, 9204:2

**rubbers** [2] - 9090:25, 9125:21

**rule** [1] - 9187:2

**rules** [1] - 9118:14

**running** [3] - 9107:17, 9111:4, 9112:6

**RUSNAK** [1] - 9067:4

## S

**s** [1] - 9110:21

**S** [4] - 9066:19, 9072:3

**safety** [9] - 9102:3, 9103:14, 9104:4, 9104:7, 9125:17, 9126:2, 9204:5, 9204:8, 9205:3

**said** [39] - 9074:18, 9076:2, 9084:25, 9097:12, 9118:9, 9118:11, 9122:23, 9124:4, 9124:7, 9125:23, 9126:24, 9128:11, 9129:1, 9130:19, 9133:9, 9134:3, 9135:16, 9137:11, 9140:14, 9141:20, 9145:11,

9145:14, 9150:21, 9153:4, 9155:19, 9157:15, 9157:17, 9158:8, 9159:2, 9164:2, 9181:22, 9187:23, 9188:6, 9192:14, 9199:13, 9200:24, 9207:17

**salt** [1] - 9171:18

**same** [30] - 9088:19, 9095:6, 9097:1, 9098:9, 9105:4, 9105:5, 9112:23, 9113:5, 9113:22, 9125:7, 9125:9, 9125:11, 9128:2, 9154:16, 9156:9, 9160:13, 9160:14, 9162:14, 9171:9, 9173:3, 9183:16, 9188:6, 9191:19, 9208:1, 9209:18, 9209:25, 9210:14, 9210:19, 9211:17, 9211:18

**SAN** [1] - 9067:13

**sank** [5] - 9183:7, 9183:8, 9187:9, 9190:20, 9193:11

**saw** [11] - 9099:15, 9151:18, 9160:13, 9162:7, 9164:5, 9164:8, 9164:10, 9168:7, 9173:2, 9173:12, 9180:13

**say** [23] - 9085:12, 9114:11, 9125:19, 9125:23, 9143:12, 9147:17, 9156:6, 9162:16, 9171:10, 9182:5, 9185:15, 9186:5, 9189:4, 9189:11, 9189:15, 9189:25, 9190:16, 9193:6, 9193:17, 9194:1, 9194:19, 9195:19, 9201:2

**saying** [9] - 9092:10, 9125:20, 9125:21, 9160:18, 9166:16, 9186:13, 9189:16, 9189:18, 9194:25

**says** [29] - 9076:5, 9078:12, 9093:21, 9104:23, 9113:18, 9125:14, 9125:15, 9125:19, 9127:4, 9137:21, 9140:18, 9140:22, 9141:2, 9141:10, 9142:24,

9145:18, 9146:18, 9161:5, 9161:10, 9161:23, 9161:25, 9164:18, 9166:24, 9179:20, 9180:24, 9182:4, 9182:8, 9190:14, 9194:22

**SBR** [14] - 9098:7, 9109:14, 9109:18, 9115:18, 9118:18, 9118:25, 9119:20, 9122:20, 9122:24, 9123:5, 9123:25, 9203:14, 9203:19

**SBRs** [2] - 9109:15, 9122:15

**scale** [8] - 9085:19, 9085:24, 9116:18, 9169:19, 9169:21, 9171:10, 9171:11

**scan** [1] - 9191:20

**scenario** [5] - 9083:4, 9085:6, 9088:19, 9089:25, 9210:3

**Scenario** [8] - 9083:17, 9083:25, 9084:5, 9084:9, 9084:24, 9159:22, 9161:5, 9209:23

**scenarios** [4] - 9076:20, 9077:12, 9194:25, 9210:5

**scheduling** [1] - 9148:12

**scooped** [1] - 9191:12

**scope** [1] - 9147:12

**SCOTT** [1] - 9067:16

**screen** [1] - 9193:4

**SDR** [4] - 9202:8, 9202:10, 9202:13, 9202:18

**seal** [24] - 9076:17, 9113:19, 9114:9, 9115:11, 9115:20, 9123:1, 9123:2, 9125:2, 9127:12, 9136:23, 9137:22, 9141:2, 9141:9, 9142:7, 9142:9, 9143:8, 9143:13, 9144:3, 9144:5, 9192:3, 9192:22, 9205:10

**sealed** [2] - 9074:4, 9192:4

**sealing** [13] - 9073:21, 9115:16, 9115:17, 9122:16,

9122:18, 9122:19, 9122:21, 9122:24, 9124:2, 9141:23, 9142:2, 9144:8, 9204:2

**seals** [2] - 9123:4, 9123:15

**seated** [2] - 9072:6, 9148:10

**second** [19] - 9085:5, 9091:23, 9092:25, 9114:11, 9152:23, 9153:2, 9153:12, 9159:5, 9161:16, 9173:2, 9191:17, 9191:21, 9192:9, 9192:19, 9192:22, 9192:25, 9193:5, 9193:6

**seconds** [4] - 9082:14, 9129:3, 9163:18, 9166:25

**SECTION** [2] - 9067:15, 9068:1

**Section** [1] - 9206:11

**section** [8] - 9091:23, 9103:11, 9154:16, 9190:2, 9190:7, 9191:4, 9191:11, 9191:19

**sections** [1] - 9190:25

**see** [85] - 9073:25, 9074:2, 9074:4, 9087:2, 9088:4, 9089:5, 9092:24, 9095:14, 9098:25, 9099:12, 9109:11, 9111:24, 9114:1, 9116:9, 9126:18, 9126:20, 9126:23, 9131:24, 9134:8, 9137:11, 9140:18, 9141:9, 9142:16, 9142:24, 9143:3, 9145:18, 9147:1, 9148:19, 9154:3, 9154:24, 9155:2, 9156:5, 9156:16, 9157:24, 9158:1, 9160:1, 9160:18, 9160:20, 9160:22, 9161:8, 9162:19, 9162:22, 9164:15, 9164:19, 9165:9, 9166:5, 9166:20, 9166:21, 9167:19, 9168:15, 9169:9, 9175:18, 9176:9, 9176:15, 9178:23,

9179:2, 9179:4, 9179:7, 9179:10, 9179:13, 9179:14, 9179:15, 9179:18, 9179:21, 9179:24, 9180:25, 9181:1, 9184:9, 9187:11, 9189:7, 9190:9, 9190:10, 9191:10, 9192:13, 9193:4, 9195:6, 9195:9, 9196:17, 9197:3, 9197:13, 9205:2, 9206:10, 9206:17, 9210:14, 9212:7

**seeing** [3] - 9143:23, 9174:19, 9175:21

**seemed** [1] - 9140:13

**seen** [17] - 9092:13, 9099:4, 9109:3, 9123:3, 9124:11, 9124:14, 9124:18, 9124:19, 9124:21, 9126:13, 9126:17, 9140:19, 9146:25, 9180:10, 9203:8, 9204:14, 9211:3

**segment** [1] - 9199:19

**sell** [1] - 9138:16

**sells** [2] - 9138:14, 9138:17

**senior** [2] - 9180:11, 9180:15

**sense** [2] - 9121:3, 9121:6

**sentence** [5] - 9130:21, 9130:25, 9131:11, 9190:14, 9210:13

**separate** [1] - 9091:11

**separated** [20] - 9183:4, 9184:8, 9185:13, 9185:23, 9186:8, 9186:14, 9186:23, 9187:4, 9187:7, 9187:9, 9188:2, 9188:16, 9188:17, 9190:12, 9190:17, 9190:19, 9193:16, 9193:20, 9194:18, 9194:22

**separation** [6] - 9183:18, 9186:22, 9187:24, 9189:25, 9193:9, 9193:24

**sequence** [4] - 9131:9, 9139:1,

9139:7, 9139:11

**series** [1] - 9089:1

**SERVICES** [1] - 9070:1

**SESSION** [1] - 9065:19

**set** [7] - 9153:2, 9153:12, 9178:18, 9182:3, 9182:14, 9184:20, 9192:2

**settings** [1] - 9127:16

**seven** [1] - 9163:3

**several** [7] - 9096:12, 9097:7, 9126:24, 9141:12, 9166:23, 9182:23, 9208:21

**several-minute** [1] - 9166:23

**severe** [1] - 9188:17

**severed** [1] - 9073:22

**severely** [2] - 9185:12, 9186:7

**SHANKS** [1] - 9071:5

**shanks** [1] - 9163:22

**Shanks** [23] - 9072:11, 9072:13, 9074:15, 9080:22, 9082:23, 9093:6, 9093:18, 9114:5, 9114:22, 9115:3, 9124:20, 9129:7, 9129:16, 9130:6, 9134:8, 9136:11, 9147:1, 9147:12, 9147:20, 9149:11, 9163:21, 9202:4, 9209:3

**Shanks'** [2] - 9148:13, 9186:3

**shape** [1] - 9199:18

**share** [1] - 9145:21

**SHARON** [1] - 9067:22

**sharpness** [3] - 9103:19, 9104:4, 9104:7

**SHAW** [1] - 9066:16

**shear** [223] - 9072:21, 9073:1, 9073:4, 9073:16, 9073:19, 9073:20, 9073:22, 9073:23, 9073:25, 9074:3, 9074:5, 9074:6, 9074:9, 9074:11, 9075:2, 9076:14, 9076:16, 9094:12, 9094:14, 9094:16,

9094:17, 9094:18, 9095:4, 9095:5, 9095:11, 9095:13, 9095:17, 9095:21, 9096:4, 9096:7, 9096:11, 9096:13, 9096:17, 9097:2, 9097:4, 9097:10, 9097:12, 9097:13, 9097:17, 9097:18, 9097:21, 9097:24, 9098:3, 9098:6, 9098:12, 9098:15, 9098:17, 9098:18, 9098:23, 9099:1, 9099:6, 9099:10, 9099:17, 9099:19, 9099:21, 9099:22, 9099:24, 9099:25, 9100:2, 9100:3, 9100:9, 9100:14, 9100:17, 9100:19, 9101:9, 9101:23, 9101:24, 9102:12, 9102:15, 9102:16, 9103:5, 9103:6, 9103:7, 9103:8, 9103:9, 9103:17, 9103:20, 9103:21, 9103:24, 9104:12, 9104:14, 9104:16, 9104:17, 9104:24, 9104:25, 9105:1, 9105:9, 9107:8, 9107:24, 9107:25, 9108:1, 9108:7, 9108:9, 9108:10, 9108:12, 9108:13, 9108:14, 9108:18, 9108:19, 9108:22, 9109:3, 9109:11, 9109:15, 9109:16, 9109:19, 9109:21, 9110:20, 9110:21, 9110:22, 9110:23, 9110:24, 9110:25, 9111:4, 9111:5, 9111:13, 9111:14, 9111:24, 9112:2, 9112:5, 9112:7, 9112:11, 9112:18, 9112:19, 9112:20, 9113:11, 9113:18, 9113:19, 9113:20, 9114:6, 9114:9, 9114:11, 9114:13, 9114:15, 9114:16, 9115:10, 9115:11, 9115:13, 9115:15, 9119:17, 9119:22, 9123:24, 9123:25, 9124:1, 9124:11, 9125:2, 9125:25, 9126:13, 9126:17, 9127:2, 9133:11, 9134:13, 9134:16, 9134:17, 9135:5, 9135:7, 9135:10, 9135:11, 9135:14, 9135:15, 9135:17, 9135:19, 9135:25, 9136:1, 9136:7, 9136:8, 9136:12, 9136:13, 9136:15, 9136:18, 9136:19, 9136:20, 9137:2, 9137:5, 9137:7, 9137:12, 9137:17, 9137:22, 9137:23, 9138:25, 9139:7, 9139:9, 9139:10, 9139:11, 9139:22, 9152:23, 9153:2, 9153:12, 9154:2, 9185:3, 9185:6, 9198:18, 9199:2, 9202:7, 9202:25, 9203:6, 9203:7, 9203:11, 9203:17, 9203:23, 9204:1, 9204:20

**shearable** [2] - 9103:3, 9104:22

**sheared** [3] - 9073:23, 9074:13, 9100:16

**shearing** [28] - 9073:24, 9094:2, 9094:5, 9094:6, 9094:9, 9095:1, 9095:22, 9096:10, 9096:20, 9099:14, 9100:20, 9101:10, 9101:23, 9101:24, 9102:4, 9103:15, 9104:8, 9104:11, 9104:15, 9105:7, 9105:11, 9105:14, 9105:16, 9106:1, 9108:19, 9203:15, 9203:16

**shears** [8] - 9072:25, 9073:14, 9073:15, 9073:17, 9134:5, 9136:23, 9136:24, 9136:25

**SHELL** [1] - 9068:22

**shift** [1] - 9089:11

**shifted** [5] - 9077:10, 9096:12, 9097:5, 9097:7, 9158:25

**ship** [1] - 9138:23

**short** [3] - 9092:1, 9096:9, 9213:17

**shorten** [1] - 9148:1

**shortly** [2] - 9177:22, 9188:2

**should** [22] - 9103:15, 9106:6, 9116:12, 9128:22, 9128:24, 9137:23, 9138:1, 9139:6, 9143:10, 9143:24, 9144:11, 9145:19, 9145:20, 9146:9, 9146:19, 9147:6, 9174:10, 9174:13, 9202:17, 9210:12, 9211:17

**shouldn't** [2] - 9137:16, 9144:10

**show** [18] - 9086:11, 9089:1, 9094:8, 9095:3, 9108:9, 9136:9, 9137:6, 9155:10, 9160:14, 9163:24, 9174:25, 9175:9, 9178:25, 9183:5, 9193:7, 9197:4, 9199:3, 9199:5

**showed** [3] - 9097:2, 9137:4, 9157:3

**showing** [13] - 9085:22, 9086:20, 9092:21, 9101:5, 9110:2, 9112:1, 9153:7, 9153:22, 9155:1, 9162:16, 9191:4, 9191:20, 9209:4

**shown** [13] - 9073:13, 9073:15, 9079:20, 9080:3, 9086:14, 9086:24, 9099:10, 9102:9, 9107:6, 9135:21, 9207:1, 9207:25, 9209:23

**shows** [34] - 9078:1, 9078:11, 9080:12, 9080:23, 9083:13, 9087:21, 9088:24, 9090:12, 9092:16, 9092:20, 9092:25, 9094:11, 9096:23, 9098:1, 9098:5, 9105:21, 9105:24, 9108:5, 9108:6, 9111:2, 9111:17, 9111:20, 9112:6, 9137:5, 9153:24, 9154:1, 9164:23, 9166:4, 9175:18, 9182:25, 9183:3, 9192:10, 9196:10, 9200:20

**shut** [16] - 9091:24, 9105:8, 9105:11, 9145:20, 9146:1, 9146:5, 9146:22, 9147:18, 9178:11, 9179:7, 9179:20, 9180:3, 9181:24, 9181:25, 9182:5

**shut-in** [6] - 9091:24, 9179:7, 9179:20, 9180:3, 9181:24, 9181:25

**SHUTLER** [1] - 9067:22

**side** [37] - 9075:6, 9078:10, 9080:11, 9086:14, 9087:14, 9087:15, 9089:12, 9095:25, 9097:20, 9097:22, 9097:23, 9097:24, 9098:13, 9098:15, 9098:21, 9098:22, 9099:2, 9100:7, 9100:8, 9100:23, 9132:25, 9153:25, 9156:1, 9156:4, 9184:10, 9184:23, 9185:3, 9185:9, 9187:11, 9187:13, 9187:14, 9191:14, 9195:15, 9203:10, 9204:1, 9207:8, 9207:9

**significance** [2] - 9082:12, 9098:25

**significant** [2] - 9100:22, 9205:7

**significantly** [1] - 9099:17

**similar** [4] - 9111:14, 9113:23, 9171:18

**simple** [4] - 9099:3, 9117:15, 9135:15, 9139:8

**simplicity** [1] - 9139:5

**simplistic** [1] - 9085:18

**simply** [2] - 9081:7, 9166:18

**since** [10] - 9087:22, 9090:21, 9115:20, 9116:8, 9120:7, 9121:14, 9124:19, 9128:10, 9176:20, 9209:24

**SINCLAIR** [1] - 9068:8

**sir** [121] - 9074:11, 9075:12, 9080:10, 9084:20, 9113:16, 9113:24, 9115:5, 9115:9, 9115:17, 9117:4, 9117:7, 9117:9, 9117:13, 9120:4, 9120:16, 9120:18, 9121:8, 9121:16, 9122:13, 9123:10, 9123:18, 9124:16, 9124:18, 9125:18, 9126:9, 9127:8, 9127:13, 9127:18, 9128:2, 9128:14, 9128:16, 9128:25, 9129:17, 9130:14, 9131:1, 9131:7, 9132:7, 9133:18, 9136:15, 9138:10, 9138:16, 9138:23, 9139:11, 9139:19, 9140:15, 9140:21, 9141:1, 9141:7, 9141:10, 9141:19, 9141:25, 9142:3, 9142:9, 9142:20, 9143:2, 9143:17, 9144:12, 9144:22, 9145:10, 9145:17, 9149:24, 9150:2, 9150:5, 9150:14, 9151:1, 9152:6, 9152:14, 9152:21, 9152:25, 9153:20, 9153:25, 9154:5, 9157:2, 9157:9, 9157:14, 9158:7, 9158:18, 9159:8, 9159:19, 9160:2, 9161:9, 9161:18, 9164:24, 9169:15, 9174:17, 9175:17, 9175:25, 9176:16, 9177:7, 9178:11, 9178:17, 9179:25, 9180:16, 9182:4, 9183:2, 9183:8, 9183:20, 9184:11, 9185:8, 9185:22, 9186:10, 9186:12, 9186:18, 9187:6, 9188:5, 9188:8, 9189:17, 9190:20, 9191:10, 9191:15, 9193:3, 9193:7, 9193:14,

9193:23, 9195:5, 9199:7, 9200:7, 9203:12, 9210:8, 9211:21, 9213:13

**sit** [2] - 9112:25, 9127:17

**site** [4] - 9145:6, 9145:8, 9146:19, 9146:21

**sits** [1] - 9113:1

**sitting** [1] - 9095:23

**situation** [11] - 9081:3, 9081:8, 9119:6, 9131:17, 9135:10, 9138:23, 9141:12, 9182:2, 9182:5, 9203:3, 9203:4

**six** [1] - 9163:13

**size** [5] - 9097:1, 9102:13, 9103:10, 9116:20, 9116:23

**skipping** [1] - 9159:24

**slack** [1] - 9180:24

**slide** [29] - 9073:8, 9077:21, 9078:1, 9078:2, 9079:11, 9079:21, 9080:1, 9080:4, 9080:20, 9081:14, 9083:3, 9085:5, 9086:15, 9086:16, 9086:19, 9086:24, 9088:24, 9089:24, 9093:19, 9093:21, 9093:24, 9099:8, 9107:1, 9107:3, 9109:24, 9112:14, 9112:15

**SLIDELL** [1] - 9066:23

**slight** [3] - 9119:2, 9120:18, 9154:2

**slightly** [8] - 9119:24, 9120:24, 9122:18, 9122:19, 9203:20, 9204:1, 9211:18

**slipped** [1] - 9175:1

**slows** [2] - 9098:19, 9098:21

**small** [1] - 9092:3

**smashed** [2] - 9195:7, 9196:25

**sold** [1] - 9117:10

**solution** [2] - 9121:9, 9121:14

**some** [51] - 9080:8, 9082:12, 9096:7, 9104:3, 9106:14,

9108:6, 9110:21, 9110:22, 9111:22, 9112:7, 9112:19, 9112:22, 9113:7, 9119:4, 9121:7, 9132:12, 9140:17, 9148:20, 9149:17, 9152:22, 9153:20, 9153:21, 9156:21, 9156:24, 9157:14, 9164:4, 9169:3, 9170:7, 9171:9, 9171:15, 9175:1, 9176:1, 9177:13, 9178:25, 9179:1, 9180:7, 9180:13, 9183:12, 9191:8, 9194:7, 9194:9, 9194:10, 9194:17, 9196:12, 9196:13, 9202:4, 9202:20, 9204:17, 9205:17, 9211:24

**somehow** [1] - 9195:1

**someone** [1] - 9186:5

**something** [12] - 9095:24, 9132:25, 9151:6, 9168:25, 9170:1, 9170:19, 9189:11, 9189:12, 9191:18, 9199:23, 9202:23

**sometimes** [2] - 9132:21

**somewhat** [1] - 9201:14

**somewhere** [6] - 9081:12, 9140:23, 9163:11, 9172:18, 9173:7

**soon** [1] - 9212:10

**sorry** [27] - 9076:3, 9076:5, 9079:24, 9079:25, 9085:25, 9105:10, 9105:13, 9116:13, 9125:10, 9128:8, 9130:17, 9134:21, 9135:6, 9139:23, 9144:24, 9145:13, 9150:10, 9156:20, 9158:15, 9166:15, 9176:24, 9190:13, 9198:17, 9200:14, 9207:16, 9208:15, 9211:13

**sort** [2] - 9155:9, 9203:2

**sounded** [1] - 9156:1

**source** [5] - 9110:14, 9111:7, 9161:10, 9162:6, 9198:13

**SOUTH** [1] - 9069:18

**space** [1] - 9180:22

**spaced** [2] - 9144:11, 9181:13

**span** [3] - 9078:7, 9166:13, 9166:16

**speak** [3] - 9123:13, 9147:6, 9193:23

**speaking** [5] - 9132:2, 9134:22, 9151:16, 9172:14, 9172:15

**specific** [5] - 9094:20, 9152:10, 9192:6, 9193:14, 9206:16

**specifically** [3] - 9133:2, 9133:4, 9200:19

**specification** [1] - 9105:5

**spent** [4] - 9130:1, 9130:2, 9130:3, 9130:11

**Sperry** [8] - 9078:5, 9083:13, 9085:10, 9086:1, 9086:4, 9092:22, 9092:24, 9140:20

**Sperry-Sun** [1] - 9140:20

**spike** [1] - 9141:5

**SPILL** [1] - 9065:4

**spiral** [1] - 9132:5

**SPIRO** [1] - 9068:2

**SQUARE** [1] - 9068:22

**ST** [14] - 9090:25, 9177:9, 9177:17, 9177:21, 9178:1, 9178:4, 9178:8, 9178:18, 9178:20, 9178:21, 9182:3, 9182:6, 9182:8, 9182:10

**stability** [1] - 9182:9

**stabilize** [2] - 9146:11, 9146:14

**stack** [3] - 9097:11, 9109:10, 9205:9

**stacks** [1] - 9109:14

**stand** [4] - 9091:24, 9092:21, 9118:13, 9175:2

**standard** [8] - 9107:12, 9107:14, 9107:16, 9108:23,

9109:18, 9111:1, 9113:18, 9134:1

**Standard** [1] - 9113:17

**standards** [7] - 9107:2, 9107:9, 9108:1, 9112:4, 9114:19, 9114:20, 9121:17

**standing** [2] - 9171:10, 9213:4

**start** [6] - 9142:15, 9142:16, 9148:22, 9156:20, 9180:18, 9212:10

**started** [1] - 9112:24

**starting** [2] - 9077:13, 9079:16

**starts** [3] - 9098:19, 9166:4, 9173:4

**STATE** [3] - 9068:6, 9068:10, 9068:12

**state** [3] - 9080:13, 9102:10, 9105:10

**stated** [4] - 9096:2, 9157:1, 9166:21, 9189:22

**statement** [2] - 9077:5, 9188:25

**states** [2] - 9189:8

**States** [2] - 9149:3, 9214:6

**STATES** [4] - 9065:1, 9065:14, 9065:22, 9067:10

**States'** [1] - 9130:13

**stating** [1] - 9190:3

**STATION** [1] - 9068:4

**stayed** [4] - 9073:5, 9194:20, 9198:22, 9199:11

**stays** [1] - 9123:22

**steadily** [1] - 9143:8

**steel** [2] - 9189:7, 9189:19

**STENOGRAPHY** [1] - 9070:13

**step** [5] - 9085:14, 9091:17, 9146:6, 9173:2, 9179:20

**STEPHEN** [1] - 9066:6

**steps** [1] - 9181:20

**STERBCOW** [2] - 9066:11, 9066:11

**STERNBERG** [2] - 9070:6, 9201:21

**STEVEN** [2] - 9067:15, 9069:13

**Stevick** [18] - 9105:25, 9150:6, 9150:10, 9150:11, 9150:23, 9151:11, 9151:16, 9152:2, 9152:4, 9152:12, 9160:13, 9188:4, 9190:11, 9199:13, 9210:23, 9211:1, 9211:4

**Stevick's** [4] - 9173:2, 9173:12, 9196:24, 9211:10

**sticking** [3] - 9183:10, 9183:24, 9195:7

**still** [33] - 9075:25, 9076:5, 9086:18, 9089:17, 9091:1, 9104:25, 9105:4, 9105:5, 9109:18, 9112:6, 9112:8, 9114:15, 9117:8, 9129:12, 9129:13, 9136:13, 9142:4, 9146:25, 9152:11, 9152:12, 9152:17, 9163:19, 9173:3, 9178:15, 9183:1, 9186:11, 9194:4, 9195:9, 9195:12, 9202:10, 9203:20, 9205:3

**stock** [7] - 9084:3, 9084:9, 9159:25, 9161:11, 9163:4, 9163:19, 9205:23

**stop** [2] - 9179:4, 9179:10

**stopped** [1] - 9086:22

**stopping** [1] - 9180:8

**story** [1] - 9096:9

**straight** [8] - 9118:21, 9132:11, 9132:12, 9150:4, 9198:21, 9199:3, 9199:7, 9199:16

**straightening** [1] - 9133:7

**straining** [1] - 9089:10

**strands** [2] - 9119:18, 9204:20

**STRANGE** [1] - 9068:7

**STREET** [16] - 9066:4, 9066:9, 9066:12, 9066:15, 9066:17, 9066:22,

9067:2, 9067:7, 9068:14, 9068:17, 9068:23, 9069:11, 9069:14, 9069:21, 9070:4, 9070:10
**stress** [7] - 9094:14, 9139:5, 9156:24, 9157:1, 9157:5, 9166:20, 9198:25
**Stress** [63] - 9078:2, 9078:7, 9078:16, 9078:17, 9078:21, 9079:6, 9081:6, 9083:14, 9083:18, 9083:22, 9084:4, 9084:8, 9087:1, 9087:6, 9087:22, 9088:13, 9089:1, 9089:8, 9091:9, 9091:18, 9091:20, 9092:6, 9092:10, 9092:25, 9150:10, 9150:15, 9156:21, 9158:9, 9158:11, 9158:22, 9159:2, 9159:6, 9159:10, 9159:15, 9160:3, 9160:7, 9160:12, 9160:16, 9160:19, 9160:21, 9161:5, 9161:12, 9161:22, 9162:10, 9163:23, 9164:21, 9165:7, 9165:10, 9165:13, 9166:24, 9168:7, 9205:17, 9205:21, 9206:3, 9206:19, 9207:22, 9208:1, 9208:11, 9209:5, 9209:19, 9210:5, 9210:17, 9211:6
**Stress's** [9] - 9156:19, 9157:9, 9157:12, 9157:24, 9158:18, 9158:24, 9160:6, 9166:1, 9210:9
**stretch** [5] - 9079:22, 9080:8, 9080:10, 9081:1, 9082:16
**strike** [1] - 9156:20
**strikes** [1] - 9113:21
**string** [18] - 9084:2, 9085:23, 9086:21, 9088:2, 9092:2, 9130:24, 9131:4, 9131:6, 9153:13, 9161:7, 9170:7, 9179:7, 9180:24, 9181:2, 9181:17, 9181:20, 9206:10
**string)** [2] - 9084:2, 9161:8
**strings** [1] - 9127:15
**strip** [2] - 9175:8, 9176:24
**stripped** [4] - 9143:18, 9143:22, 9143:25, 9175:21
**stripping** [7] - 9107:13, 9175:15, 9175:19, 9175:24, 9176:20, 9176:21, 9176:22
**strong** [1] - 9185:8
**study** [1] - 9084:11
**stuff** [1] - 9168:4
**subject** [3] - 9109:10, 9169:17, 9198:24
**subjects** [1] - 9140:11
**submittal** [1] - 9101:1
**submitted** [3] - 9101:8, 9101:17, 9211:1
**subsea** [5] - 9101:3, 9104:6, 9109:14, 9112:11, 9138:14
**substance** [1] - 9167:25
**substantially** [1] - 9185:4
**subtracted** [1] - 9087:25
**subtraction** [1] - 9099:3
**successful** [2] - 9100:2, 9100:4
**successfully** [1] - 9127:14
**such** [4] - 9074:5, 9127:24, 9194:20, 9203:4
**suffered** [1] - 9183:18
**sufficient** [21] - 9075:9, 9094:2, 9094:5, 9100:19, 9101:9, 9102:3, 9103:18, 9105:16, 9136:22, 9150:17, 9155:17, 9156:22, 9157:1, 9157:3, 9157:5, 9157:24, 9159:17, 9160:8, 9160:10, 9160:22, 9164:23
**suitable** [7] - 9093:23, 9106:12, 9107:9, 9107:12, 9107:14, 9107:16, 9107:18
**SUITE** [10] - 9066:4, 9066:12, 9066:15, 9066:20, 9068:23, 9069:11, 9069:14, 9069:23, 9070:4, 9070:7
**SULLIVAN** [1] - 9067:21
**summary** [3] - 9083:3, 9089:24, 9093:19
**Sun** [8] - 9078:5, 9083:13, 9085:10, 9086:1, 9086:4, 9092:22, 9092:24, 9140:20
**superimposed** [1] - 9078:5
**superior** [1] - 9108:13
**supply** [1] - 9138:18
**support** [9] - 9077:19, 9084:9, 9091:9, 9093:2, 9105:15, 9123:3, 9155:10, 9205:22, 9211:2
**supporting** [1] - 9085:20
**supports** [1] - 9118:1
**supposed** [2] - 9128:12
**sure** [19] - 9116:2, 9117:8, 9129:19, 9134:6, 9137:15, 9139:24, 9142:23, 9142:24, 9146:16, 9146:17, 9148:5, 9151:18, 9157:23, 9164:16, 9166:11, 9199:24, 9205:5, 9206:23, 9213:6
**surface** [33] - 9095:23, 9096:11, 9101:2, 9120:20, 9124:2, 9158:12, 9158:13, 9159:7, 9164:7, 9166:1, 9166:10, 9167:9, 9167:12, 9167:15, 9167:16, 9168:6, 9168:9, 9168:11, 9168:14, 9168:16, 9170:15, 9172:16, 9172:18, 9207:14, 9208:22, 9208:25, 9209:12, 9209:25, 9210:10, 9210:11, 9210:14, 9210:21
**Surface** [1] - 9209:7
**surfaces** [1] - 9187:22
**surprised** [1] - 9181:18
**SUTHERLAND** [1] - 9069:13
**switch** [3] - 9140:11, 9203:14, 9203:18
**symmetrical** [1] - 9144:7
**system** [12] - 9106:15, 9106:16, 9135:4, 9135:7, 9138:9, 9138:11, 9138:17, 9138:18, 9139:6, 9139:22, 9139:24
**systems** [2] - 9131:9, 9138:14

## T

**T** [5] - 9066:9, 9069:5, 9072:3, 9212:21
**table** [2] - 9165:25, 9209:4
**take** [22] - 9080:2, 9080:14, 9081:1, 9081:5, 9082:15, 9085:14, 9089:8, 9089:10, 9091:17, 9098:2, 9119:11, 9132:14, 9148:6, 9157:4, 9159:4, 9162:21, 9163:1, 9169:6, 9174:14, 9191:1, 9193:8, 9212:11
**taken** [6] - 9078:2, 9110:16, 9179:4, 9180:1, 9181:19, 9182:21
**TAKEN** [1] - 9148:8
**takes** [6] - 9095:13, 9098:12, 9098:16, 9137:16, 9166:18, 9189:18
**taking** [4] - 9080:8, 9080:10, 9174:3, 9178:23
**talk** [10] - 9074:15, 9076:19, 9106:25, 9128:4, 9147:7, 9178:19, 9193:23, 9194:1, 9194:2, 9196:12
**talked** [8] - 9093:7, 9159:10, 9169:25, 9177:8, 9200:25, 9203:4, 9206:13, 9209:19
**talking** [15] - 9091:20, 9115:10, 9132:4, 9153:15, 9159:6, 9162:6, 9163:8, 9164:5, 9165:25, 9169:16, 9176:25, 9189:12, 9191:12, 9199:20, 9200:12
**tandem** [2] - 9106:15, 9122:9
**tank** [7] - 9084:3, 9084:10, 9160:1, 9161:11, 9163:4, 9163:19, 9205:23
**tapes** [1] - 9213:17
**taught** [3] - 9145:12, 9145:14, 9145:16
**teach** [3] - 9146:1, 9146:4
**teaches** [1] - 9146:20
**teams** [2] - 9113:9, 9139:2
**technical** [4] - 9120:10, 9120:11, 9127:21, 9139:2
**technically** [1] - 9127:25
**technology** [2] - 9117:9, 9118:6
**tell** [5] - 9112:17, 9116:18, 9121:20, 9122:16, 9146:10
**temporarily** [1] - 9185:20
**temporary** [1] - 9192:3
**ten** [5] - 9163:10, 9189:13, 9189:17, 9189:20, 9213:17
**ten-minute** [1] - 9163:10
**tend** [1] - 9172:8
**tended** [1] - 9172:3
**tends** [1] - 9210:11
**tens** [1] - 9195:2
**tensile** [6] - 9184:7, 9184:10, 9184:11, 9184:13, 9184:14, 9184:15
**tension** [32] - 9080:5, 9080:7,

9080:18, 9086:16, 9087:3, 9087:10, 9087:11, 9087:12, 9087:13, 9087:16, 9087:17, 9087:24, 9088:2, 9088:3, 9088:5, 9088:10, 9088:14, 9088:16, 9088:17, 9089:2, 9089:4, 9089:5, 9089:11, 9089:14, 9089:18, 9093:13, 9131:13, 9157:4, 9184:10

**tensions** [5] - 9086:21, 9087:2, 9087:4, 9089:2

**terms** [4] - 9128:6, 9145:12, 9148:12, 9178:7

**terribly** [1] - 9170:5

**test** [34] - 9095:24, 9096:24, 9097:2, 9097:3, 9097:4, 9097:10, 9097:12, 9097:13, 9097:17, 9098:3, 9098:6, 9099:10, 9099:19, 9099:24, 9100:2, 9100:4, 9103:6, 9103:10, 9104:17, 9104:24, 9107:16, 9107:17, 9126:17, 9127:2, 9142:12, 9143:1, 9176:3, 9176:12, 9176:19, 9176:22, 9177:1, 9177:6

**tested** [3] - 9127:14, 9143:22, 9143:25

**testified** [12] - 9082:8, 9104:3, 9106:5, 9122:16, 9123:14, 9133:25, 9144:9, 9150:11, 9176:11, 9178:4, 9188:1, 9191:16

**testifies** [1] - 9165:19

**testify** [7] - 9150:6, 9150:23, 9151:11, 9151:20, 9158:15, 9158:18, 9212:8

**testifying** [3] - 9150:17, 9164:12, 9164:17

**testimony** [80] - 9074:18, 9074:20, 9074:21, 9074:22, 9075:1, 9075:11,

9076:13, 9076:18, 9084:18, 9084:20, 9084:21, 9085:18, 9102:2, 9102:5, 9106:7, 9117:23, 9118:5, 9120:11, 9122:15, 9122:25, 9123:2, 9123:13, 9132:3, 9132:4, 9132:9, 9133:20, 9134:15, 9135:13, 9139:25, 9140:2, 9140:5, 9140:7, 9142:4, 9144:2, 9146:15, 9147:3, 9148:13, 9150:7, 9150:9, 9150:20, 9152:9, 9152:15, 9160:18, 9164:2, 9164:3, 9164:4, 9164:5, 9164:15, 9165:5, 9165:22, 9167:19, 9168:15, 9168:20, 9169:11, 9173:2, 9173:12, 9173:14, 9176:6, 9177:5, 9177:15, 9177:21, 9178:2, 9178:3, 9178:10, 9180:10, 9180:13, 9180:14, 9192:8, 9192:19, 9192:24, 9193:3, 9194:17, 9196:24, 9197:2, 9199:17, 9199:18, 9206:25, 9208:4, 9211:25

**testing** [2] - 9103:2, 9103:18

**tests** [6] - 9095:5, 9099:22, 9102:16, 9104:17, 9104:25, 9143:9

**text** [1] - 9175:6

**than** [50] - 9085:2, 9085:3, 9090:21, 9091:4, 9096:20, 9108:13, 9108:20, 9110:8, 9112:2, 9113:12, 9113:14, 9113:15, 9114:12, 9116:16, 9122:20, 9136:25, 9149:25, 9167:7, 9167:17, 9171:11, 9171:20, 9171:21, 9171:22, 9172:1, 9173:22, 9173:23, 9178:5, 9184:11, 9187:21, 9189:6, 9189:11, 9189:17, 9189:20,

9190:25, 9191:17, 9191:21, 9192:9, 9192:11, 9192:14, 9192:17, 9192:25, 9193:5, 9196:15, 9201:13, 9202:23, 9203:19, 9205:10, 9208:25, 9210:11

**thank** [13] - 9072:8, 9072:12, 9093:18, 9114:3, 9114:22, 9148:25, 9149:3, 9149:10, 9155:13, 9207:9, 9211:12, 9211:16, 9211:21

**that** [880] - 9072:14, 9072:15, 9072:17, 9072:19, 9072:22, 9073:1, 9073:4, 9073:5, 9073:8, 9073:12, 9073:13, 9073:22, 9073:25, 9074:7, 9074:12, 9074:17, 9075:11, 9075:16, 9075:19, 9075:22, 9075:25, 9076:7, 9076:8, 9076:12, 9076:13, 9076:17, 9076:18, 9076:20, 9076:21, 9076:23, 9077:5, 9077:7, 9077:10, 9077:13, 9077:15, 9077:20, 9077:21, 9077:22, 9078:4, 9078:7, 9078:10, 9078:12, 9078:22, 9079:1, 9079:6, 9079:11, 9079:20, 9079:22, 9080:3, 9080:4, 9080:8, 9080:12, 9080:22, 9081:5, 9081:10, 9081:18, 9081:24, 9082:2, 9082:6, 9082:9, 9082:10, 9082:12, 9082:17, 9082:18, 9083:7, 9083:9, 9083:17, 9084:4, 9084:13, 9084:14, 9084:15, 9084:19, 9084:22, 9084:23, 9084:25, 9085:1, 9085:6, 9085:7, 9085:9, 9085:15, 9085:16, 9085:19, 9086:1, 9086:2, 9086:24, 9087:6, 9087:24, 9088:7, 9088:9, 9088:12, 9089:5,

9089:8, 9089:10, 9089:20, 9089:21, 9090:1, 9090:2, 9090:4, 9090:7, 9090:15, 9091:9, 9091:15, 9092:5, 9092:8, 9092:9, 9092:10, 9092:16, 9092:25, 9093:1, 9093:2, 9093:3, 9093:8, 9093:18, 9093:21, 9093:24, 9094:1, 9094:4, 9094:6, 9094:8, 9094:18, 9095:6, 9095:22, 9095:23, 9096:2, 9096:6, 9096:7, 9096:12, 9096:16, 9096:20, 9096:24, 9097:10, 9097:13, 9097:14, 9097:15, 9097:19, 9097:20, 9097:25, 9098:1, 9098:6, 9098:10, 9098:17, 9098:19, 9099:4, 9099:7, 9099:9, 9099:12, 9099:16, 9099:25, 9100:2, 9100:4, 9100:12, 9100:18, 9100:25, 9101:5, 9101:8, 9101:12, 9101:15, 9101:24, 9101:25, 9102:2, 9102:11, 9102:13, 9102:15, 9103:5, 9103:8, 9103:9, 9103:11, 9103:14, 9103:15, 9103:25, 9104:1, 9104:3, 9104:5, 9105:3, 9105:15, 9105:18, 9105:21, 9105:25, 9106:5, 9106:8, 9106:14, 9106:16, 9107:3, 9107:19, 9107:24, 9108:6, 9108:10, 9108:19, 9108:25, 9109:3, 9109:4, 9109:11, 9109:17, 9109:18, 9109:20, 9109:24, 9110:5, 9110:6, 9110:7, 9110:9, 9110:13, 9110:14, 9110:19, 9110:21, 9110:23, 9111:2, 9111:6, 9111:17, 9111:21, 9112:1, 9112:6, 9112:15, 9112:17,

9113:6, 9113:9, 9113:17, 9113:22, 9114:10, 9114:11, 9114:13, 9115:8, 9115:10, 9115:15, 9117:1, 9117:2, 9117:5, 9117:9, 9117:11, 9117:14, 9117:15, 9118:1, 9118:2, 9118:4, 9118:7, 9118:8, 9118:15, 9119:9, 9119:12, 9119:14, 9119:15, 9119:18, 9119:20, 9119:22, 9120:9, 9120:11, 9120:13, 9120:14, 9120:15, 9120:17, 9121:3, 9121:6, 9121:9, 9121:12, 9121:13, 9121:22, 9122:2, 9122:11, 9122:16, 9122:17, 9122:22, 9123:3, 9123:8, 9123:11, 9123:15, 9123:21, 9123:22, 9124:1, 9124:11, 9124:24, 9125:2, 9125:14, 9125:24, 9126:2, 9126:4, 9126:18, 9126:20, 9126:24, 9127:5, 9127:7, 9127:14, 9127:16, 9127:23, 9127:24, 9128:6, 9128:7, 9128:8, 9128:11, 9128:15, 9129:1, 9129:10, 9130:6, 9130:20, 9130:21, 9130:25, 9131:1, 9131:6, 9131:11, 9131:14, 9131:18, 9132:2, 9132:3, 9132:5, 9132:8, 9133:3, 9133:5, 9133:10, 9133:11, 9133:12, 9133:16, 9133:20, 9133:22, 9133:25, 9134:1, 9134:4, 9134:5, 9134:13, 9135:4, 9135:7, 9135:13, 9135:14, 9135:15, 9135:17, 9135:20, 9135:24, 9135:25, 9136:4, 9136:7, 9136:10, 9136:11, 9136:12, 9136:13, 9136:14, 9136:16, 9137:4, 9137:5,

9137:9, 9137:14, 9137:16, 9137:18, 9139:2, 9139:5, 9139:6, 9139:8, 9139:12, 9139:14, 9139:17, 9139:18, 9139:21, 9139:24, 9139:25, 9140:4, 9140:11, 9140:17, 9140:18, 9141:5, 9141:11, 9141:13, 9141:17, 9141:23, 9141:24, 9142:9, 9142:11, 9142:13, 9142:18, 9142:22, 9142:24, 9142:25, 9143:9, 9143:14, 9143:16, 9143:18, 9143:21, 9144:9, 9144:17, 9144:20, 9144:23, 9145:5, 9145:6, 9145:10, 9145:21, 9145:22, 9146:4, 9146:15, 9148:3, 9148:20, 9148:21, 9149:17, 9149:22, 9149:23, 9150:1, 9150:4, 9150:7, 9150:9, 9150:12, 9150:17, 9150:19, 9150:20, 9150:23, 9150:24, 9150:25, 9151:2, 9151:3, 9151:4, 9151:5, 9151:6, 9151:7, 9151:9, 9151:11, 9151:15, 9151:20, 9151:25, 9152:4, 9152:8, 9152:9, 9152:14, 9152:15, 9152:16, 9152:18, 9152:19, 9152:20, 9152:24, 9153:1, 9153:3, 9153:16, 9153:21, 9153:23, 9153:25, 9154:2, 9154:4, 9154:9, 9154:12, 9154:13, 9154:21, 9154:24, 9155:1, 9155:2, 9155:6, 9155:10, 9155:15, 9155:16, 9155:18, 9155:19, 9156:1, 9156:5, 9156:9, 9156:13, 9156:14, 9156:17, 9156:20, 9157:1, 9157:3, 9157:5, 9157:8, 9157:12, 9157:17, 9158:3, 9158:5, 9158:18, 9158:22, 9158:24, 9158:25, 9159:9, 9159:17, 9160:1, 9160:3, 9160:6, 9160:7, 9160:8, 9160:10, 9160:11, 9160:12, 9160:13, 9160:19, 9160:21, 9161:1, 9161:8, 9161:12, 9161:14, 9161:16, 9162:3, 9162:4, 9162:19, 9162:22, 9162:25, 9163:4, 9163:5, 9163:7, 9163:10, 9163:16, 9163:21, 9163:22, 9164:8, 9164:10, 9164:12, 9164:13, 9164:15, 9164:17, 9164:18, 9164:20, 9164:23, 9165:1, 9165:5, 9165:9, 9165:12, 9165:19, 9165:21, 9165:25, 9166:4, 9166:5, 9166:16, 9166:19, 9166:20, 9166:21, 9166:23, 9166:25, 9167:1, 9167:3, 9167:7, 9167:10, 9167:13, 9167:19, 9167:20, 9167:21, 9167:22, 9167:23, 9167:25, 9168:4, 9168:7, 9168:13, 9168:14, 9168:15, 9168:16, 9168:17, 9168:18, 9169:6, 9169:9, 9169:11, 9169:17, 9169:22, 9169:24, 9169:25, 9170:5, 9170:6, 9170:7, 9171:1, 9171:25, 9172:3, 9172:10, 9172:11, 9172:21, 9173:4, 9173:12, 9173:14, 9173:15, 9173:25, 9174:3, 9174:8, 9174:9, 9174:14, 9174:25, 9175:6, 9175:7, 9175:8, 9175:12, 9175:13, 9175:16, 9175:18, 9175:19, 9175:20, 9175:22, 9176:2, 9176:4, 9176:12, 9176:13, 9176:15, 9177:11, 9177:15, 9177:16, 9177:18, 9177:21, 9177:25, 9178:1, 9178:3, 9178:4, 9178:5, 9178:17, 9178:20, 9178:21, 9178:23, 9179:2, 9179:8, 9179:10, 9179:13, 9179:14, 9179:15, 9179:18, 9179:20, 9179:21, 9179:24, 9180:1, 9180:3, 9180:6, 9180:8, 9180:10, 9180:12, 9180:13, 9180:14, 9180:15, 9180:17, 9180:25, 9181:1, 9181:2, 9181:6, 9181:12, 9181:15, 9181:23, 9181:24, 9181:25, 9182:1, 9182:4, 9182:12, 9182:13, 9182:23, 9183:3, 9183:6, 9183:10, 9183:12, 9183:20, 9183:22, 9183:23, 9184:1, 9184:7, 9184:8, 9184:9, 9184:16, 9184:19, 9184:25, 9185:8, 9185:13, 9185:15, 9185:22, 9185:23, 9185:25, 9186:9, 9186:11, 9186:13, 9186:14, 9186:16, 9186:17, 9186:25, 9187:1, 9187:2, 9187:8, 9187:9, 9187:10, 9187:11, 9188:1, 9188:2, 9188:4, 9188:7, 9188:16, 9188:18, 9189:1, 9189:6, 9189:7, 9189:8, 9189:18, 9190:3, 9190:5, 9190:9, 9190:10, 9190:12, 9190:13, 9190:15, 9190:16, 9190:17, 9190:21, 9191:1, 9191:5, 9191:6, 9191:8, 9191:11, 9191:14, 9191:16, 9191:17, 9191:18, 9191:25, 9192:8, 9192:13, 9192:19, 9192:25, 9193:2, 9193:3, 9193:4, 9193:5, 9193:13, 9193:17, 9193:21, 9193:22, 9194:6, 9194:8, 9194:13, 9194:15, 9194:17, 9195:7, 9195:11, 9195:12, 9195:14, 9195:15, 9195:16, 9195:17, 9195:18, 9195:21, 9196:4, 9196:5, 9196:9, 9196:10, 9196:11, 9196:20, 9196:24, 9197:1, 9197:2, 9197:3, 9197:6, 9197:20, 9197:24, 9198:5, 9198:8, 9198:9, 9198:13, 9199:9, 9199:11, 9199:13, 9199:15, 9199:17, 9199:25, 9200:2, 9200:4, 9200:9, 9200:18, 9200:20, 9201:3, 9201:12, 9201:14, 9202:7, 9202:17, 9202:23, 9203:2, 9203:7, 9203:8, 9203:25, 9204:3, 9204:5, 9204:8, 9204:9, 9204:14, 9204:20, 9204:25, 9205:2, 9205:3, 9205:8, 9205:9, 9205:15, 9205:19, 9205:21, 9206:6, 9206:11, 9206:17, 9206:19, 9207:3, 9207:7, 9207:22, 9207:25, 9208:4, 9208:5, 9208:7, 9208:8, 9208:11, 9208:12, 9208:24, 9209:1, 9209:10, 9209:13, 9209:15, 9209:19, 9209:21, 9210:1, 9210:5, 9210:14, 9210:16, 9210:17, 9210:19, 9210:20, 9210:23, 9211:3, 9211:9, 9211:15, 9214:7

**that's** [164] - 9074:2, 9076:13, 9076:18, 9078:12, 9078:19, 9080:14, 9081:4, 9082:11, 9083:10, 9084:7, 9085:8, 9085:23, 9088:21, 9091:16, 9092:15, 9092:23, 9093:5, 9094:3, 9095:10, 9095:21, 9096:2, 9098:15, 9101:7, 9102:9, 9108:11, 9108:17, 9110:10, 9113:7, 9115:22, 9116:17, 9116:25, 9118:3, 9118:8, 9118:20, 9119:3, 9119:13, 9120:25, 9121:2, 9122:1, 9122:10, 9123:2, 9124:7, 9125:15, 9127:1, 9127:4, 9128:21, 9128:23, 9128:24, 9131:1, 9131:7, 9131:12, 9131:15, 9132:10, 9133:20, 9133:22, 9135:9, 9135:12, 9135:24, 9136:17, 9137:8, 9137:13, 9138:1, 9139:20, 9140:13, 9140:14, 9140:15, 9141:4, 9141:10, 9141:16, 9142:5, 9142:17, 9143:5, 9143:6, 9143:20, 9144:16, 9146:23, 9147:17, 9151:8, 9151:10, 9153:7, 9153:9, 9153:10, 9156:6, 9157:11, 9158:3, 9158:8, 9161:14, 9161:23, 9162:24, 9166:12, 9166:22, 9167:18, 9168:3, 9168:6, 9169:2, 9170:1, 9170:9, 9170:18, 9170:20, 9170:23, 9171:3, 9171:12, 9171:14, 9171:24, 9172:2, 9172:6, 9172:9, 9172:25, 9173:6, 9173:9, 9173:11, 9174:1, 9174:15, 9176:14, 9177:18, 9178:6, 9179:3, 9179:11, 9179:19, 9181:6, 9181:8, 9181:22, 9181:24, 9182:13, 9183:11, 9183:13, 9183:25, 9184:1, 9184:3, 9186:24, 9187:2, 9187:16, 9187:17, 9187:23, 9188:3, 9189:8, 9189:14, 9198:4, 9199:18, 9199:20, 9199:22, 9201:4, 9201:6, 9201:17, 9202:9,

9205:24, 9206:15, 9206:16, 9207:2, 9207:21, 9207:22, 9207:24, 9208:1, 9208:3, 9208:6, 9208:10, 9208:23, 9209:2, 9209:12, 9213:9, 9213:14, 9213:16

**THE** [87] - 9065:4, 9065:5, 9065:12, 9065:21, 9066:3, 9067:10, 9068:6, 9068:10, 9068:11, 9072:6, 9074:7, 9074:9, 9074:10, 9074:11, 9111:11, 9112:13, 9112:16, 9112:24, 9113:4, 9113:5, 9113:14, 9113:16, 9113:21, 9113:24, 9114:2, 9114:23, 9115:25, 9116:2, 9116:8, 9116:11, 9116:12, 9118:15, 9129:20, 9129:23, 9130:9, 9134:20, 9134:22, 9134:25, 9135:22, 9140:3, 9140:6, 9147:15, 9148:3, 9148:7, 9148:10, 9148:17, 9148:24, 9149:3, 9149:5, 9149:7, 9149:9, 9149:12, 9155:7, 9155:12, 9163:25, 9200:12, 9200:15, 9201:20, 9201:22, 9201:25, 9206:23, 9207:8, 9207:10, 9207:15, 9207:16, 9207:17, 9207:18, 9208:14, 9211:19, 9211:21, 9211:25, 9212:2, 9212:6, 9212:10, 9212:13, 9212:16, 9212:20, 9212:22, 9212:23, 9213:2, 9213:6, 9213:7, 9213:10, 9213:14, 9213:18, 9213:20, 9213:21

**their** [38] - 9078:22, 9078:24, 9081:22, 9083:10, 9085:3, 9085:10, 9087:1, 9087:8, 9087:23, 9088:4, 9093:12, 9096:25, 9102:11, 9109:21, 9111:3,

9111:22, 9122:3, 9122:23, 9125:21, 9137:15, 9137:24, 9154:17, 9155:1, 9156:13, 9156:25, 9157:4, 9157:15, 9157:19, 9158:1, 9158:5, 9159:4, 9159:5, 9160:3, 9161:17, 9166:25, 9199:11, 9207:23

**theories** [1] - 9193:25

**theory** [28] - 9072:14, 9072:17, 9074:16, 9077:1, 9077:6, 9077:11, 9077:17, 9078:13, 9079:7, 9086:19, 9091:9, 9115:6, 9151:9, 9152:17, 9153:15, 9184:20, 9185:11, 9185:15, 9185:23, 9185:25, 9193:15, 9193:20, 9194:22, 9194:25, 9195:11, 9196:4, 9196:8, 9198:15

**there's** [13] - 9072:19, 9085:15, 9102:15, 9103:24, 9104:17, 9104:24, 9110:19, 9124:1, 9138:23, 9169:3, 9179:20, 9181:15, 9181:18

**therefore** [5] - 9124:19, 9128:24, 9135:19, 9165:19, 9172:7

**these** [37] - 9076:19, 9087:7, 9091:11, 9110:11, 9110:16, 9111:21, 9111:23, 9112:1, 9112:18, 9113:8, 9115:18, 9116:5, 9120:13, 9120:14, 9120:17, 9121:20, 9121:22, 9129:12, 9130:11, 9130:15, 9131:13, 9131:18, 9139:4, 9143:16, 9162:5, 9168:8, 9174:22, 9182:25, 9188:1, 9191:22, 9194:18, 9194:19, 9195:1, 9195:17, 9196:5, 9199:2

**they're** [20] -

9090:18, 9099:3, 9103:25, 9112:21, 9113:19, 9116:6, 9121:17, 9121:21, 9122:12, 9125:12, 9126:23, 9127:2, 9129:14, 9146:12, 9160:9, 9162:1, 9163:18, 9171:21, 9171:22

**thicker** [1] - 9108:20

**thickness** [1] - 9090:6

**thing** [11] - 9086:22, 9140:11, 9148:22, 9169:24, 9170:6, 9171:9, 9183:16, 9188:6, 9193:18, 9194:4, 9211:18

**things** [5] - 9098:7, 9119:15, 9162:14, 9196:5, 9198:14

**think** [43] - 9085:17, 9102:15, 9117:18, 9127:22, 9128:21, 9128:24, 9140:6, 9143:3, 9143:5, 9143:24, 9144:9, 9144:19, 9145:23, 9149:22, 9150:3, 9150:21, 9152:10, 9155:8, 9157:3, 9160:7, 9163:7, 9163:24, 9165:3, 9167:6, 9176:2, 9176:21, 9177:13, 9180:3, 9180:5, 9180:8, 9182:13, 9183:16, 9184:23, 9184:24, 9186:22, 9190:19, 9191:8, 9192:16, 9196:3, 9204:3, 9204:15, 9205:16, 9207:17

**thinking** [1] - 9133:19

**third** [1] - 9209:7

**THIRD** [1] - 9068:14

**THIS** [1] - 9065:10

**this** [235] - 9074:9, 9074:11, 9074:20, 9075:1, 9078:1, 9078:8, 9078:14, 9078:15, 9079:11, 9079:21, 9082:5, 9083:17, 9083:22, 9084:5, 9084:18, 9085:15, 9085:17, 9085:23, 9086:13, 9086:14, 9086:17,

9086:22, 9086:24, 9087:1, 9087:11, 9088:24, 9088:25, 9089:4, 9089:5, 9089:6, 9089:11, 9091:17, 9092:1, 9092:13, 9092:16, 9092:21, 9093:2, 9094:12, 9094:20, 9096:10, 9096:25, 9097:25, 9098:1, 9098:4, 9098:6, 9098:7, 9098:11, 9098:25, 9101:22, 9102:21, 9102:24, 9103:8, 9105:18, 9105:21, 9107:22, 9108:9, 9109:7, 9110:3, 9110:18, 9110:24, 9111:7, 9112:4, 9115:6, 9115:11, 9116:4, 9116:18, 9116:19, 9116:20, 9116:23, 9117:10, 9118:11, 9118:18, 9118:25, 9119:10, 9119:11, 9119:12, 9120:8, 9121:12, 9122:14, 9123:9, 9126:7, 9126:14, 9126:17, 9127:2, 9127:11, 9127:22, 9127:23, 9127:24, 9129:6, 9129:20, 9130:1, 9130:6, 9130:12, 9132:3, 9133:20, 9134:8, 9134:11, 9135:4, 9135:5, 9135:19, 9137:12, 9138:20, 9138:24, 9139:8, 9140:17, 9140:19, 9140:22, 9141:16, 9141:17, 9142:1, 9143:3, 9143:11, 9144:14, 9146:17, 9146:21, 9148:20, 9148:22, 9149:18, 9150:1, 9151:20, 9153:7, 9153:15, 9153:16, 9153:18, 9153:20, 9153:25, 9154:6, 9154:16, 9155:3, 9155:8, 9155:15, 9155:18, 9155:23, 9157:9, 9157:23, 9159:22, 9161:5, 9162:14, 9162:16, 9163:10, 9163:20, 9165:25, 9166:12,

9166:18, 9166:22, 9173:12, 9173:15, 9173:25, 9174:8, 9174:10, 9174:12, 9175:5, 9175:10, 9175:12, 9175:18, 9176:7, 9176:25, 9177:8, 9177:15, 9178:19, 9180:18, 9180:22, 9181:16, 9181:19, 9181:20, 9181:25, 9183:9, 9183:21, 9183:22, 9183:23, 9186:13, 9188:13, 9188:25, 9189:10, 9189:19, 9189:25, 9190:8, 9190:12, 9191:4, 9191:8, 9191:9, 9191:16, 9192:7, 9192:24, 9193:3, 9193:4, 9194:1, 9194:10, 9195:3, 9195:6, 9195:12, 9195:18, 9195:20, 9196:6, 9196:7, 9196:25, 9197:8, 9197:13, 9197:14, 9197:17, 9197:21, 9198:2, 9198:5, 9198:23, 9199:14, 9199:20, 9200:17, 9201:2, 9201:7, 9201:15, 9203:12, 9204:3, 9204:16, 9206:3, 9207:1, 9209:4, 9209:18, 9210:7, 9210:9, 9210:18, 9210:19, 9211:16, 9211:23, 9213:3, 9213:4

**THOMAS** [1] - 9066:22

**THORNHILL** [2] - 9066:21, 9066:22

**those** [25] - 9099:3, 9104:6, 9106:14, 9106:18, 9106:20, 9106:23, 9106:25, 9109:4, 9109:14, 9109:24, 9111:9, 9148:15, 9154:3, 9163:17, 9171:1, 9171:22, 9172:10, 9172:21, 9181:20, 9182:8, 9182:10, 9182:12, 9185:17, 9186:17, 9194:25

**though** [3] - 9121:11, 9129:13, 9189:9

**thought** [5] - 9145:14, 9176:24, 9180:18, 9193:22, 9211:23
**thousand** [1] - 9189:16
**thousands** [2] - 9195:2, 9195:3
**three** [6] - 9097:21, 9105:20, 9132:5, 9159:25, 9164:10, 9210:5
**through** [38] - 9073:24, 9076:10, 9077:12, 9084:2, 9092:2, 9099:4, 9111:9, 9133:7, 9143:19, 9143:22, 9143:25, 9151:13, 9154:2, 9158:9, 9158:23, 9159:3, 9161:8, 9168:21, 9169:12, 9175:15, 9175:24, 9176:10, 9185:1, 9186:4, 9189:5, 9189:19, 9190:2, 9191:23, 9192:9, 9201:11, 9201:16, 9201:17, 9204:10, 9206:10, 9209:25, 9210:13, 9210:17
**thumb** [1] - 9213:5
**Thunder** [4] - 9122:2, 9122:4, 9122:8, 9122:12
**tighter** [1] - 9204:19
**time** [118] - 9072:14, 9072:22, 9072:23, 9072:24, 9073:6, 9073:20, 9075:16, 9075:23, 9076:3, 9076:7, 9076:10, 9076:14, 9076:22, 9076:23, 9077:14, 9077:16, 9077:20, 9078:6, 9078:7, 9078:9, 9081:14, 9081:18, 9082:9, 9082:15, 9082:17, 9082:23, 9082:24, 9083:4, 9083:8, 9083:15, 9084:5, 9085:1, 9086:4, 9088:20, 9089:21, 9091:14, 9093:1, 9093:7, 9093:9, 9093:15, 9093:16, 9094:6, 9094:18, 9100:10, 9100:18, 9101:25, 9109:5, 9110:5, 9111:9, 9111:10, 9111:15, 9113:10, 9127:20, 9130:2, 9130:3, 9130:11, 9133:19, 9133:22, 9134:12, 9135:13, 9136:6, 9136:22, 9137:9, 9137:14, 9137:19, 9140:25, 9150:3, 9150:11, 9150:12, 9150:16, 9150:17, 9152:5, 9152:7, 9152:8, 9152:13, 9152:18, 9155:16, 9156:10, 9157:6, 9157:20, 9158:2, 9160:4, 9160:8, 9160:24, 9162:4, 9162:14, 9166:8, 9166:13, 9166:16, 9168:2, 9172:14, 9173:15, 9175:9, 9175:19, 9176:18, 9177:23, 9178:13, 9178:16, 9179:24, 9180:7, 9182:12, 9190:8, 9190:19, 9193:14, 9193:24, 9201:14, 9202:21, 9202:24, 9204:3, 9209:22, 9210:7, 9210:18, 9212:4, 9212:8, 9213:4
**timeframe** [2] - 9091:20, 9191:18
**times** [18] - 9078:6, 9112:25, 9126:24, 9163:3, 9163:14, 9163:16, 9165:2, 9165:3, 9165:4, 9169:6, 9169:7, 9189:13, 9189:16, 9189:20, 9192:21
**timing** [1] - 9187:24
**TO** [1] - 9065:10
**today** [17] - 9106:25, 9127:17, 9142:4, 9169:16, 9177:8, 9191:8, 9193:25, 9202:5, 9202:11, 9202:20, 9206:13, 9211:15, 9212:8, 9212:12, 9212:25, 9213:4, 9213:9
**together** [4] - 9073:5, 9113:8, 9139:2, 9196:6
**tolerance** [1] - 9119:17
**tolerances** [1] - 9204:19
**TOLLES** [1] - 9069:16
**tomorrow** [3] - 9212:9, 9213:10, 9213:17
**too** [5] - 9078:17, 9087:6, 9129:24, 9148:5, 9191:25
**took** [5] - 9129:13, 9133:10, 9161:12, 9171:15, 9193:2
**tool** [10] - 9075:5, 9144:5, 9144:9, 9144:10, 9144:13, 9150:18, 9181:3, 9181:11, 9181:13, 9201:8
**toolpusher** [3] - 9135:1, 9179:15, 9180:12
**toolpusher's** [1] - 9180:15
**top** [39] - 9079:18, 9085:20, 9086:21, 9087:2, 9087:4, 9087:24, 9088:5, 9089:2, 9091:14, 9093:12, 9103:15, 9116:11, 9116:12, 9134:9, 9145:24, 9152:1, 9154:2, 9158:24, 9164:7, 9166:6, 9170:9, 9173:5, 9174:16, 9174:18, 9175:7, 9181:3, 9181:15, 9181:16, 9182:9, 9183:21, 9183:22, 9183:23, 9184:2, 9190:3, 9194:10, 9196:18, 9196:25, 9199:14
**topic** [3] - 9093:18, 9093:19, 9107:1
**topics** [1] - 9106:3
**torque** [1] - 9130:23
**TORTS** [2] - 9067:11, 9067:20
**total** [2] - 9110:12, 9170:9
**totally** [1] - 9127:23
**TOWER** [2] - 9069:20, 9070:4
**track** [1] - 9183:22
**trained** [2] - 9145:5, 9182:1
**training** [1] - 9145:8
**trains** [1] - 9146:19
**transcript** [3] - 9104:5, 9168:20, 9214:7
**TRANSCRIPT** [2] - 9065:20, 9070:13
**transducer** [1] - 9098:11
**transient** [1] - 9209:23
**transmission** [1] - 9089:13
**transmit** [1] - 9089:13
**transmitted** [1] - 9092:3
**TRANSOCEAN** [3] - 9069:7, 9069:8, 9069:9
**Transocean** [24] - 9078:3, 9078:12, 9078:18, 9087:8, 9088:13, 9108:7, 9110:3, 9139:9, 9139:13, 9142:21, 9142:23, 9142:24, 9149:9, 9149:13, 9156:25, 9205:18, 9206:25, 9207:25, 9208:21, 9210:17, 9210:23, 9211:8, 9211:9
**Transocean's** [19] - 9077:19, 9078:15, 9081:18, 9082:5, 9082:17, 9082:24, 9083:1, 9083:11, 9085:7, 9089:19, 9093:9, 9093:10, 9143:11, 9143:14, 9178:17, 9178:19, 9178:22, 9182:11, 9208:18
**traveling** [8] - 9085:20, 9085:22, 9085:23, 9087:25, 9089:3, 9186:25, 9190:18, 9199:14
**travels** [1] - 9186:21
**treading** [1] - 9140:6
**tremendous** [2] - 9183:19, 9198:25
**trends** [1] - 9098:9
**TREX-1.148.1** [1] - 9188:23
**TREX-1165.1** [1] - 9189:23
**TREX-1199.10.2** [1] - 9102:23
**TREX-2.388.1** [1] - 9207:5
**TREX-2388.1** [1] - 9162:15
**TREX-3974** [2] - 9126:11, 9126:17
**TREX-43093.121.1** [1] - 9183:9
**TREX-43093.167.1** [1] - 9155:21
**TREX-43093.169.1** [1] - 9154:14
**TREX-50150.132.1.TO** [1] - 9165:23
**TREX-50150.145.1** [1] - 9159:20
**TREX-50150.145.2** [1] - 9161:3
**TREX-51050.112.1** [1] - 9173:1
**TREX-61107.58.1** [1] - 9153:5
**TREX-7006** [1] - 9144:23
**TREX-7542.3.2** [1] - 9109:7
**TREX-7696.120.6** [1] - 9091:12
**TREX-7696.144.1** [2] - 9205:25, 9209:18
**TREX-7696.145.3** [1] - 9083:20
**TREX-8122** [1] - 9129:4
**TREX-8122.050** [1] - 9129:9
**TREX-8123.12.1** [1] - 9191:1
**trial** [8] - 9074:20, 9084:18, 9111:7, 9150:7, 9151:20, 9164:3, 9164:4, 9168:20
**TRIAL** [1] - 9065:20
**tried** [3] - 9137:10, 9181:18, 9202:25
**TRITON** [1] - 9065:12
**true** [23] - 9129:14, 9130:15, 9131:2, 9131:6, 9131:11, 9131:14, 9135:15, 9150:1, 9157:17, 9160:11, 9165:1, 9187:8, 9188:2, 9188:19, 9191:17, 9192:25, 9193:5, 9193:13, 9193:21, 9200:9, 9200:18, 9214:7
**try** [4] - 9128:12, 9137:17, 9147:2,

9208:14
**trying** [4] - 9095:10, 9129:18, 9170:11, 9190:21
**tubular** [3] - 9103:3, 9103:10, 9144:7
**tubulars** [2] - 9108:19, 9171:8
**TUESDAY** [1] - 9072:2
**Tuesday** [1] - 9065:8
**turn** [4] - 9075:13, 9083:3, 9085:5, 9161:3
**twelve** [1] - 9149:19
**twenty** [2] - 9163:3, 9163:13
**twenty-seven** [1] - 9163:3
**twenty-six** [1] - 9163:13
**two** [41] - 9081:10, 9086:24, 9107:15, 9108:9, 9108:12, 9108:22, 9109:10, 9109:15, 9110:21, 9110:23, 9112:18, 9112:19, 9113:18, 9113:20, 9114:5, 9114:13, 9121:3, 9126:20, 9129:3, 9132:17, 9143:19, 9154:16, 9157:21, 9158:9, 9158:19, 9158:23, 9159:2, 9161:17, 9161:24, 9162:5, 9164:10, 9167:21, 9185:17, 9188:16, 9191:25, 9192:21, 9194:19, 9195:1, 9201:1, 9213:17
**two-and-a-half** [1] - 9157:21
**TX** [5] - 9067:5, 9069:15, 9069:24, 9070:5, 9070:7
**type** [1] - 9111:24
**typically** [2] - 9131:21, 9132:16

## U

**U.S** [4] - 9067:10, 9067:14, 9067:19, 9068:1
**uh** [1] - 9146:7
**uh-huh** [1] - 9146:7
**Um** [1] - 9154:11
**unable** [1] - 9076:17
**unclear** [1] - 9170:5
**uncommon** [1] - 9142:14
**under** [13] - 9087:7, 9089:3, 9094:18, 9096:3, 9120:11, 9124:6, 9125:11, 9131:18, 9178:10, 9182:2, 9193:3, 9194:25, 9205:1
**Under** [1] - 9131:13
**UNDERHILL** [1] - 9067:11
**underneath** [2] - 9074:6, 9174:15
**understand** [31] - 9072:17, 9086:13, 9115:7, 9123:17, 9124:20, 9136:16, 9144:4, 9147:3, 9147:17, 9147:19, 9156:21, 9160:21, 9164:12, 9164:14, 9164:17, 9166:19, 9166:25, 9167:1, 9167:10, 9168:13, 9169:23, 9170:11, 9173:15, 9174:7, 9177:15, 9177:18, 9177:21, 9181:2, 9186:13, 9189:10
**understanding** [11] - 9084:4, 9100:2, 9104:21, 9119:16, 9145:11, 9206:19, 9208:12, 9208:17, 9209:10, 9214:8
**understood** [3] - 9136:12, 9168:7, 9168:14
**unfortunately** [1] - 9099:25
**unit** [1] - 9122:4
**United** [3] - 9130:13, 9149:3, 9214:5
**UNITED** [4] - 9065:1, 9065:14, 9065:22, 9067:10
**unless** [1] - 9132:24
**unlikely** [2] - 9093:3, 9203:22
**unnoticed** [1] - 9104:2
**unrealistic** [1] - 9157:22
**unsupported** [1] - 9083:11
**until** [11] - 9078:9, 9098:23, 9146:11, 9146:13, 9154:19, 9158:2, 9186:19, 9186:20, 9192:4, 9195:4, 9213:18
**unusual** [1] - 9198:12
**up** [97] - 9072:19, 9074:24, 9075:5, 9077:21, 9077:24, 9079:14, 9085:16, 9086:18, 9086:23, 9088:3, 9092:11, 9093:6, 9096:18, 9098:4, 9100:13, 9102:23, 9105:23, 9107:5, 9108:4, 9109:7, 9111:19, 9118:19, 9119:11, 9120:7, 9125:3, 9126:15, 9129:4, 9129:10, 9133:7, 9134:8, 9136:3, 9137:7, 9141:16, 9142:15, 9142:21, 9142:25, 9143:3, 9144:24, 9146:12, 9148:1, 9150:18, 9151:12, 9151:13, 9151:21, 9151:25, 9153:5, 9153:12, 9154:1, 9154:2, 9154:14, 9154:21, 9155:21, 9157:8, 9158:2, 9158:14, 9159:20, 9162:8, 9162:13, 9162:14, 9163:1, 9163:9, 9165:23, 9166:5, 9166:10, 9167:22, 9168:20, 9169:3, 9169:19, 9173:4, 9174:9, 9174:13, 9175:3, 9177:16, 9177:17, 9179:7, 9182:21, 9183:9, 9183:10, 9185:4, 9185:5, 9185:10, 9187:22, 9191:19, 9195:7, 9197:11, 9198:13, 9198:23, 9198:24, 9201:12, 9201:16, 9205:25, 9206:9, 9209:3, 9209:18
**updated** [1] - 9103:7
**upgrade** [1] - 9123:9
**upon** [4] - 9073:18, 9074:3, 9156:2, 9178:23
**Upon** [1] - 9155:23
**upper** [53] - 9074:19, 9075:17, 9076:10, 9076:15, 9077:14, 9077:16, 9077:18, 9078:21, 9078:23, 9081:15, 9082:9, 9082:24, 9086:14, 9086:16, 9090:22, 9090:23, 9091:5, 9093:7, 9107:11, 9118:24, 9118:25, 9140:11, 9140:16, 9141:21, 9141:23, 9142:2, 9142:6, 9142:7, 9142:11, 9143:18, 9143:21, 9144:2, 9144:3, 9144:13, 9146:17, 9150:3, 9150:16, 9150:18, 9155:23, 9156:2, 9173:5, 9175:15, 9175:24, 9179:12, 9183:1, 9184:24, 9185:12, 9185:16, 9186:7, 9186:14, 9188:17, 9191:5, 9196:18
**upward** [9] - 9085:11, 9090:17, 9155:24, 9156:2, 9156:14, 9156:15, 9171:6, 9173:13, 9190:2
**upwards** [1] - 9190:8
**us** [5] - 9147:25, 9169:6, 9169:7, 9196:7, 9213:9
**use** [25] - 9087:8, 9088:4, 9096:16, 9112:11, 9117:1, 9118:15, 9118:16, 9136:4, 9136:14, 9136:18, 9138:3, 9139:22, 9145:19, 9145:20, 9145:25, 9147:2, 9147:8, 9147:17, 9147:23, 9161:16, 9196:13, 9202:10, 9202:12, 9210:21
**used** [30] - 9078:3, 9078:7, 9083:9, 9084:13, 9085:15, 9085:17, 9087:2, 9087:3, 9094:6, 9095:6, 9099:19, 9111:15, 9127:15, 9131:22, 9136:19, 9138:4, 9158:25, 9159:6, 9160:3, 9161:22, 9163:21, 9164:21, 9169:21, 9171:25, 9202:13, 9204:2, 9208:5, 9211:4
**uses** [2] - 9082:6, 9082:18
**using** [26] - 9081:14, 9084:5, 9084:23, 9084:25, 9088:12, 9095:17, 9096:25, 9102:11, 9122:12, 9130:7, 9136:1, 9136:13, 9139:24, 9155:10, 9161:1, 9161:20, 9162:1, 9162:10, 9163:22, 9165:10, 9168:8, 9168:10, 9176:18, 9177:6, 9211:15
**usually** [1] - 9102:18
**utilize** [1] - 9114:15

## V

**V** [5] - 9065:14, 9119:2, 9120:18, 9121:3, 9125:4
**VA** [1] - 9066:15
**vaguely** [1] - 9154:13
**valid** [1] - 9104:25
**validate** [1] - 9103:3
**value** [18] - 9086:1, 9087:16, 9095:17, 9096:11, 9096:19, 9097:3, 9097:13, 9097:24, 9099:6, 9099:14, 9099:17, 9101:20, 9102:12, 9102:14, 9102:18, 9103:8, 9104:13
**values** [2] - 9103:15, 9103:17
**variable** [58] - 9073:16, 9073:21, 9074:4, 9077:9, 9079:8, 9079:19, 9081:9, 9086:17, 9086:20, 9086:23, 9088:25, 9089:9, 9089:11, 9089:12, 9090:13, 9090:17, 9090:20, 9090:21, 9090:22, 9090:23, 9091:2, 9091:3, 9092:9, 9092:12, 9100:14, 9137:25, 9141:6, 9150:25, 9151:2, 9151:8, 9151:9, 9151:12,

9151:14, 9151:22, 9151:23, 9152:1, 9155:17, 9155:24, 9156:2, 9157:6, 9161:6, 9166:9, 9166:14, 9166:17, 9177:16, 9178:15, 9181:3, 9181:4, 9181:16, 9182:1, 9182:10, 9191:5, 9191:13, 9191:15, 9192:2, 9193:1, 9198:16, 9198:18
**variables** [1] - 9086:3
**variances** [1] - 9103:5
**variation** [1] - 9087:2
**variations** [1] - 9092:3
**variety** [1] - 9182:22
**various** [6] - 9072:24, 9076:19, 9077:12, 9086:21, 9089:2, 9174:22
**VBR** [8] - 9080:7, 9081:7, 9083:5, 9083:25, 9091:4, 9091:5, 9138:25, 9150:11
**VBRs** [25] - 9072:14, 9073:5, 9075:20, 9083:8, 9083:15, 9084:6, 9084:24, 9085:6, 9088:15, 9088:20, 9089:21, 9089:25, 9090:1, 9090:3, 9090:14, 9090:16, 9091:6, 9091:9, 9092:14, 9093:2, 9093:10, 9093:14, 9107:15, 9150:25, 9205:21
**vegetable** [1] - 9169:19
**velocities** [1] - 9168:9
**velocity** [8] - 9082:15, 9098:20, 9098:21, 9098:22, 9167:15, 9168:6, 9189:5, 9189:7
**VERBATIM** [1] - 9134:11
**version** [1] - 9162:15
**Version** [1] - 9154:21
**vertical** [8] - 9094:13, 9096:18, 9100:6, 9132:3, 9132:7, 9174:16, 9194:23
**very** [33] - 9073:24, 9090:6, 9096:4, 9102:13, 9107:13, 9117:14, 9119:17, 9128:9, 9132:12, 9132:23, 9135:15, 9137:4, 9139:14, 9142:10, 9144:8, 9162:6, 9163:1, 9166:10, 9167:17, 9167:24, 9168:4, 9173:19, 9181:5, 9185:8, 9188:21, 9190:22, 9190:24, 9195:2, 9195:17, 9213:18
**vessel** [2] - 9099:24, 9190:9
**vice** [4] - 9104:18, 9122:22, 9122:25, 9212:3
**vice-president** [2] - 9122:22, 9122:25
**video** [4] - 9212:13, 9212:15, 9212:18, 9213:1
**VIDEO** [3] - 9212:16, 9212:23, 9213:7
**videos** [2] - 9212:6, 9212:7
**videotape** [1] - 9148:19
**view** [5] - 9176:17, 9178:16, 9180:17, 9185:10, 9186:25
**violate** [1] - 9118:14
**VIRGINIA** [1] - 9066:15
**virtually** [1] - 9178:8
**visualize** [1] - 9186:1
**volume** [4] - 9168:2, 9179:24, 9204:1, 9207:13
**Volume** [1] - 9186:3
**volumes** [1] - 9180:7
**volumetric** [1] - 9209:22
**VON** [2] - 9070:6, 9201:21
**Vs** [1] - 9120:20

## W

**W** [1] - 9067:2
**W)** [1] - 9206:11
**wait** [9] - 9129:20, 9129:23, 9134:20, 9141:12, 9142:6, 9144:22, 9146:13
**waited** [2] - 9141:8, 9146:18
**waiting** [3] - 9144:14, 9144:17, 9144:20
**walk** [1] - 9077:12
**walked** [1] - 9119:11
**WALKER** [1] - 9066:14
**wall** [17] - 9090:6, 9119:7, 9119:23, 9124:12, 9125:1, 9133:15, 9133:18, 9184:17, 9184:22, 9185:1, 9185:5, 9185:9, 9186:2, 9202:25, 9203:5, 9203:22
**WALTER** [1] - 9066:17
**want** [21] - 9118:13, 9128:17, 9128:21, 9129:19, 9129:23, 9131:2, 9136:18, 9137:22, 9147:7, 9147:17, 9157:23, 9169:23, 9171:23, 9174:7, 9177:14, 9189:10, 9192:16, 9193:7, 9212:6, 9212:7
**wanted** [2] - 9072:19, 9148:11
**WAS** [1] - 9148:8
**WASHINGTON** [4] - 9067:18, 9067:23, 9068:4, 9069:2
**wasn't** [11] - 9129:6, 9133:12, 9136:10, 9137:3, 9140:12, 9153:21, 9165:18, 9168:8, 9175:23, 9190:22, 9190:24
**waste** [1] - 9111:9
**water** [23] - 9088:9, 9094:20, 9094:21, 9094:22, 9096:3, 9096:5, 9096:10, 9096:11, 9097:4, 9097:6, 9108:23, 9110:8, 9110:12, 9111:25, 9112:22, 9166:19, 9170:19, 9171:10, 9171:16, 9171:20, 9171:21, 9171:22, 9172:1
**way** [43] - 9091:6, 9104:22, 9117:2, 9117:11, 9117:16, 9118:2, 9118:8, 9119:21, 9120:1, 9120:7, 9121:11, 9122:8, 9122:14, 9124:3, 9125:3, 9127:7, 9133:12, 9136:23, 9138:14, 9139:12, 9139:18, 9142:11, 9147:1, 9150:15, 9154:1, 9157:15, 9163:21, 9166:13, 9170:21, 9176:17, 9181:2, 9187:20, 9191:12, 9194:3, 9194:10, 9194:15, 9195:4, 9195:7, 9195:20, 9199:15, 9199:25, 9200:2, 9201:5
**we** [161] - 9072:13, 9073:10, 9075:13, 9077:3, 9077:8, 9077:21, 9077:24, 9080:20, 9082:21, 9083:12, 9083:20, 9085:5, 9085:10, 9086:2, 9086:4, 9086:11, 9087:19, 9088:22, 9089:24, 9090:10, 9091:12, 9091:23, 9092:18, 9093:6, 9094:1, 9096:2, 9096:4, 9096:22, 9098:4, 9099:8, 9099:25, 9100:11, 9102:23, 9105:23, 9106:3, 9106:25, 9107:5, 9108:4, 9109:7, 9109:14, 9110:1, 9111:9, 9111:19, 9114:8, 9117:24, 9118:11, 9121:14, 9123:8, 9123:15, 9123:19, 9123:22, 9124:22, 9124:23, 9124:24, 9128:4, 9128:5, 9128:7, 9130:7, 9131:16, 9132:2, 9132:4, 9132:8, 9132:14, 9134:17, 9135:8, 9138:1, 9138:3, 9138:4, 9138:5, 9138:18, 9142:11, 9148:12, 9148:18, 9148:19, 9148:21, 9152:12, 9154:3, 9154:21, 9154:24, 9155:3, 9161:14, 9162:3, 9162:7, 9162:14, 9163:1, 9163:8, 9163:11, 9163:15, 9163:19, 9164:8, 9164:13, 9166:8, 9167:16, 9167:20, 9168:7, 9168:16, 9168:20, 9169:3, 9169:5, 9169:9, 9169:16, 9169:19, 9169:21, 9169:24, 9171:9, 9171:11, 9171:13, 9171:15, 9171:16, 9171:19, 9171:22, 9171:23, 9173:24, 9174:7, 9174:9, 9174:11, 9175:3, 9179:1, 9180:22, 9180:23, 9181:8, 9181:9, 9181:11, 9181:19, 9183:21, 9189:11, 9189:15, 9193:4, 9195:6, 9195:8, 9195:11, 9196:17, 9197:3, 9197:8, 9197:9, 9197:13, 9198:14, 9198:15, 9199:16, 9201:21, 9205:25, 9206:13, 9209:19, 9210:20, 9212:7, 9212:11, 9212:14, 9212:18, 9213:18
**we'll** [7] - 9095:2, 9097:15, 9148:21, 9159:5, 9159:9, 9212:13
**we're** [21] - 9074:7, 9093:18, 9115:10, 9122:8, 9122:14, 9123:23, 9140:6, 9142:24, 9157:23, 9161:16, 9163:9, 9164:5, 9164:6, 9169:7, 9172:15, 9173:3, 9174:12, 9179:5, 9189:12, 9189:15, 9191:11
**we've** [7] - 9121:20, 9132:4, 9179:4, 9180:18, 9180:22, 9191:22, 9193:24
**wear** [1] - 9142:18
**Wecker** [2] - 9148:17, 9148:18
**weeks** [1] - 9143:19
**weigh** [2] - 9171:11, 9171:16
**weighed** [1] - 9195:20

**weighing** [2] - 9170:6, 9195:19
**weight** [23] - 9079:8, 9079:12, 9079:17, 9079:20, 9079:22, 9079:23, 9080:2, 9080:17, 9081:23, 9085:19, 9085:22, 9086:21, 9087:5, 9089:3, 9169:24, 9170:6, 9172:7, 9172:23, 9174:12, 9196:7
**weights** [1] - 9097:1
**welcome** [1] - 9072:11
**Well** [2] - 9206:6, 9206:8
**well** [161] - 9076:17, 9077:21, 9079:1, 9081:21, 9084:14, 9084:17, 9085:2, 9089:11, 9091:17, 9093:23, 9099:12, 9101:6, 9101:8, 9101:13, 9101:17, 9101:20, 9102:18, 9103:18, 9104:5, 9105:8, 9105:12, 9106:12, 9108:18, 9110:7, 9110:8, 9114:9, 9117:22, 9119:7, 9122:18, 9123:2, 9123:4, 9123:6, 9123:15, 9124:6, 9127:6, 9127:18, 9128:17, 9128:23, 9132:12, 9133:4, 9133:9, 9134:5, 9134:14, 9135:2, 9136:5, 9136:8, 9136:14, 9136:21, 9136:23, 9137:2, 9137:9, 9138:5, 9138:20, 9140:6, 9141:23, 9142:8, 9142:9, 9142:21, 9143:11, 9143:14, 9144:3, 9144:19, 9145:5, 9145:8, 9145:20, 9145:21, 9146:19, 9146:20, 9146:22, 9147:1, 9147:6, 9147:9, 9147:12, 9147:18, 9150:4, 9152:13, 9153:2, 9153:21, 9153:24, 9156:22, 9157:9, 9157:18, 9158:11, 9158:20, 9158:23, 9159:3, 9159:17, 9160:4, 9160:8, 9160:10, 9160:13, 9160:20, 9160:22, 9162:4, 9162:16, 9163:1, 9164:13, 9164:14, 9164:18, 9164:19, 9165:11, 9165:17, 9165:20, 9166:19, 9166:22, 9167:14, 9167:17, 9167:24, 9168:1, 9168:12, 9168:17, 9170:9, 9172:12, 9173:13, 9173:15, 9174:11, 9176:22, 9178:7, 9178:10, 9178:17, 9180:1, 9180:5, 9180:8, 9180:18, 9181:14, 9182:2, 9182:5, 9182:9, 9182:15, 9182:16, 9184:23, 9187:23, 9188:16, 9188:25, 9189:4, 9189:19, 9190:22, 9190:25, 9191:22, 9191:25, 9192:7, 9192:21, 9193:11, 9193:23, 9194:15, 9195:14, 9195:21, 9195:24, 9198:14, 9198:16, 9198:22, 9199:5, 9200:6, 9200:25, 9203:1, 9204:2, 9205:1, 9213:18
**wellbore** [36] - 9075:6, 9084:12, 9094:15, 9095:8, 9095:9, 9096:15, 9100:9, 9100:17, 9116:23, 9117:3, 9117:12, 9117:16, 9118:2, 9118:8, 9119:12, 9119:21, 9120:1, 9127:25, 9128:5, 9130:20, 9131:6, 9131:14, 9132:25, 9133:12, 9141:3, 9156:1, 9156:5, 9156:10, 9159:11, 9168:23, 9168:24, 9169:1, 9169:8, 9170:21, 9203:10
**wellhead** [1] - 9206:9
**wells** [4] - 9110:12, 9111:14, 9112:22, 9138:15
**went** [4] - 9075:5, 9117:2, 9133:12, 9161:19
**WERE** [4] - 9212:17, 9212:23, 9213:7, 9213:21
**weren't** [2] - 9176:23, 9187:22
**what's** [13] - 9078:8, 9088:1, 9088:3, 9098:17, 9145:19, 9163:16, 9164:12, 9166:12, 9170:3, 9172:12, 9176:25, 9210:3, 9211:25
**whatever** [6] - 9131:25, 9133:24, 9170:24, 9171:23, 9189:18, 9195:19
**whatnot** [3] - 9103:23, 9103:24, 9136:21
**whatsoever** [2] - 9195:6, 9196:9
**WHEREUPON** [5] - 9148:8, 9212:16, 9212:23, 9213:7, 9213:21
**whether** [26] - 9114:5, 9123:4, 9126:7, 9142:25, 9152:11, 9152:17, 9152:22, 9156:19, 9156:22, 9157:24, 9159:17, 9160:22, 9163:8, 9163:18, 9165:9, 9175:14, 9175:23, 9176:3, 9177:11, 9178:20, 9198:9, 9202:10, 9203:2, 9204:11, 9205:11
**which** [64] - 9073:15, 9073:16, 9073:19, 9073:24, 9075:2, 9078:3, 9081:9, 9083:5, 9083:12, 9083:13, 9085:21, 9086:17, 9087:24, 9089:9, 9091:18, 9094:13, 9094:22, 9096:10, 9098:14, 9099:15, 9101:2, 9111:25, 9113:19, 9115:15, 9125:14, 9133:14, 9135:1, 9137:24, 9137:25, 9138:1, 9143:4, 9144:6, 9144:7, 9145:16, 9146:22, 9151:12, 9154:25, 9157:18, 9157:21, 9164:8, 9164:23, 9165:11, 9166:24, 9168:11, 9170:6, 9170:17, 9172:14, 9172:17, 9175:14, 9176:2, 9178:15, 9179:2, 9184:20, 9184:24, 9185:12, 9186:7, 9191:19, 9192:3, 9196:22, 9199:2, 9199:16, 9203:5, 9203:6, 9205:1
**while** [9] - 9090:24, 9091:25, 9122:8, 9122:14, 9142:24, 9190:2, 9190:21, 9191:15, 9213:4
**whish** [1] - 9199:13
**WHITELEY** [1] - 9068:16
**whole** [5] - 9132:14, 9164:8, 9170:3, 9193:18, 9194:4
**wide** [1] - 9119:12
**wider** [5] - 9116:16, 9116:24, 9203:19, 9203:20, 9204:1
**widespread** [1] - 9202:12
**will** [22] - 9073:23, 9095:14, 9097:24, 9103:25, 9111:9, 9116:18, 9120:7, 9123:13, 9124:1, 9143:4, 9143:7, 9147:25, 9148:1, 9148:13, 9148:14, 9148:19, 9166:22, 9172:23, 9193:23, 9212:14, 9213:10, 9213:18
**WILLIAMS** [2] - 9066:19, 9066:19
**Williams** [1] - 9115:3
**Williamson** [3] - 9071:9, 9175:12, 9176:2
**WILLIAMSON** [37] - 9067:4, 9067:4, 9114:24, 9115:2, 9115:24, 9116:1, 9116:3, 9116:5, 9116:10, 9116:13, 9116:14, 9118:13, 9118:16, 9118:17, 9126:11, 9126:12, 9126:14, 9126:16, 9129:3, 9129:5, 9129:9, 9129:11, 9129:21, 9129:25, 9130:10, 9134:7, 9134:10, 9134:21, 9134:24, 9135:3, 9135:23, 9140:9, 9140:10, 9147:14, 9147:16, 9147:25, 9149:1
**Williamson's** [1] - 9196:15
**windows** [1] - 9180:14
**WINFIELD** [1] - 9068:8
**wire** [1] - 9119:18
**wireline** [5] - 9117:13, 9119:16, 9127:9, 9204:18
**with** [154] - 9072:17, 9073:12, 9073:25, 9074:21, 9076:21, 9077:1, 9077:6, 9077:11, 9077:14, 9079:16, 9080:22, 9082:12, 9084:1, 9084:9, 9086:3, 9088:13, 9089:1, 9089:15, 9089:24, 9090:14, 9092:2, 9092:13, 9093:18, 9094:22, 9094:23, 9095:8, 9095:19, 9095:22, 9097:10, 9098:7, 9098:14, 9098:18, 9099:21, 9099:22, 9100:17, 9101:16, 9101:18, 9102:6, 9102:17, 9103:3, 9103:5, 9103:14, 9105:5, 9105:19, 9106:8, 9106:11, 9108:12, 9108:14, 9109:4, 9109:10, 9110:10, 9110:20, 9110:21, 9112:5, 9112:7, 9112:11, 9112:18, 9112:19, 9112:20, 9112:24, 9113:1, 9113:22, 9114:6, 9114:18, 9114:20, 9115:3, 9120:15, 9120:17, 9120:20, 9120:21, 9121:22, 9122:24, 9126:4, 9126:23, 9127:23, 9130:2, 9131:23, 9134:4, 9136:1,

9137:17, 9139:4, 9139:20, 9139:25, 9140:17, 9140:22, 9141:24, 9142:15, 9143:10, 9143:14, 9145:2, 9145:22, 9149:2, 9149:23, 9149:25, 9151:21, 9152:2, 9157:15, 9157:18, 9157:19, 9158:5, 9158:6, 9158:7, 9159:13, 9159:14, 9161:6, 9163:5, 9165:10, 9165:21, 9167:23, 9169:13, 9171:16, 9173:19, 9174:12, 9174:14, 9175:7, 9175:16, 9180:14, 9180:23, 9181:5, 9181:24, 9184:25, 9185:18, 9185:24, 9187:24, 9188:4, 9190:11, 9191:20, 9191:21, 9193:18, 9194:23, 9195:1, 9195:21, 9196:6, 9196:7, 9196:8, 9196:11, 9197:8, 9199:18, 9201:3, 9202:13, 9202:16, 9203:13, 9203:21, 9203:24, 9204:24, 9205:13, 9206:9, 9207:13, 9209:24, 9211:22

**withdrawn** [1] - 9130:6

**within** [7] - 9113:2, 9113:3, 9115:19, 9132:16, 9194:18, 9198:22, 9199:11

**without** [3] - 9112:7, 9141:23, 9206:9

**witness** [11] - 9114:22, 9134:23, 9148:14, 9149:2, 9155:9, 9200:10, 9200:12, 9208:14, 9211:21, 9212:1, 9212:14

**WITNESS** [14] - 9071:3, 9074:9, 9074:11, 9112:24, 9113:5, 9113:16, 9113:24, 9129:15, 9134:25, 9140:3, 9200:15, 9207:10, 9207:16, 9207:18

**witness's** [2] - 9140:2, 9140:4

**witnesses** [4] - 9118:12, 9148:16, 9213:15, 9213:16

**won't** [3] - 9106:25, 9125:15, 9132:21

**word** [1] - 9193:8

**wording** [1] - 9155:19

**words** [4] - 9127:25, 9129:12, 9130:12, 9130:15

**work** [21] - 9084:2, 9092:2, 9102:21, 9110:21, 9125:19, 9125:20, 9125:23, 9127:19, 9144:15, 9148:20, 9156:25, 9161:7, 9161:8, 9175:23, 9176:6, 9183:4, 9189:12, 9193:16, 9206:10, 9206:14

**worked** [2] - 9178:11, 9188:9

**working** [9] - 9110:4, 9111:22, 9113:9, 9125:12, 9125:25, 9126:6, 9128:2, 9205:2, 9205:10

**works** [2] - 9190:5, 9193:20

**worldwide** [1] - 9109:21

**worn** [2] - 9143:9, 9143:12

**would** [193] - 9073:5, 9074:4, 9074:12, 9074:18, 9075:19, 9075:25, 9076:2, 9076:5, 9076:12, 9076:15, 9076:16, 9076:19, 9077:12, 9077:15, 9078:23, 9079:7, 9079:8, 9079:9, 9080:2, 9080:4, 9081:2, 9081:5, 9081:10, 9081:11, 9081:13, 9081:15, 9081:19, 9081:24, 9082:2, 9082:15, 9082:25, 9083:2, 9083:3, 9083:8, 9085:1, 9085:21, 9085:24, 9086:22, 9087:13, 9087:14, 9089:11, 9089:15, 9089:17, 9089:20, 9090:16, 9090:17, 9091:10, 9093:3, 9093:8, 9093:11, 9093:14, 9094:13, 9095:23, 9096:13, 9096:16, 9096:19, 9096:20, 9096:21, 9097:5, 9097:7, 9099:16, 9100:15, 9100:16, 9100:19, 9103:19, 9112:14, 9112:16, 9113:22, 9114:1, 9114:6, 9114:11, 9114:14, 9115:16, 9116:19, 9117:15, 9119:22, 9121:6, 9121:7, 9123:6, 9124:4, 9124:9, 9125:24, 9126:7, 9127:22, 9129:9, 9133:5, 9136:4, 9136:13, 9136:18, 9136:20, 9136:21, 9136:24, 9137:2, 9139:1, 9139:24, 9141:9, 9142:1, 9144:6, 9145:25, 9146:24, 9146:25, 9147:2, 9147:7, 9147:8, 9147:17, 9147:23, 9150:23, 9151:4, 9151:12, 9151:14, 9151:22, 9152:12, 9152:23, 9153:2, 9153:4, 9153:11, 9153:22, 9162:16, 9163:10, 9167:16, 9168:1, 9168:16, 9171:9, 9171:11, 9171:13, 9171:16, 9172:7, 9172:10, 9172:22, 9173:25, 9175:9, 9176:21, 9177:17, 9178:4, 9178:10, 9180:3, 9180:20, 9181:10, 9181:13, 9181:18, 9181:25, 9182:1, 9182:13, 9183:4, 9184:23, 9185:1, 9185:2, 9185:12, 9186:1, 9186:7, 9187:11, 9188:1, 9188:7, 9191:14, 9191:18, 9192:1, 9192:3, 9192:4, 9194:7, 9195:9, 9195:12, 9195:21, 9198:12, 9203:4, 9203:5, 9203:22, 9204:11, 9204:14, 9205:8, 9205:12, 9205:16, 9208:12, 9208:20, 9209:13, 9209:15, 9209:17, 9210:20, 9210:22, 9211:9, 9211:11, 9211:23

**wouldn't** [3] - 9123:6, 9200:6, 9210:21

**WRIGHT** [1] - 9066:3

**writing** [1] - 9188:22

**wrong** [2] - 9156:1, 9181:23

**wrote** [2] - 9130:1, 9130:11

## X

**X** [2] - 9071:1, 9078:8

## Y

**Y** [1] - 9078:10

**y'all** [1] - 9134:22

**y'all's** [1] - 9169:21

**yeah** [8] - 9128:9, 9138:6, 9140:14, 9141:11, 9151:6, 9158:7, 9169:2, 9171:22

**year** [1] - 9111:23

**years** [3] - 9103:3, 9126:20, 9203:9

**yellow** [3] - 9078:20, 9078:21, 9078:25

**yep** [1] - 9147:22

**yes** [266] - 9072:18, 9072:24, 9073:3, 9073:7, 9073:9, 9074:11, 9074:23, 9075:12, 9075:24, 9076:5, 9076:18, 9077:2, 9077:8, 9077:23, 9078:2, 9078:12, 9079:3, 9079:13, 9080:10, 9081:16, 9082:7, 9082:14, 9083:16, 9083:24, 9084:11, 9084:20, 9085:10, 9086:2, 9086:6, 9086:10, 9087:22, 9088:9, 9088:25, 9090:9, 9090:13, 9091:11, 9091:19, 9092:7, 9092:17, 9092:21, 9093:25, 9094:10, 9094:21, 9094:25, 9095:17, 9095:21, 9096:22, 9098:1, 9099:24, 9100:4, 9100:8, 9100:21, 9101:11, 9101:14, 9101:19, 9101:21, 9102:5, 9102:22, 9103:1, 9103:13, 9104:20, 9105:2, 9105:17, 9105:20, 9105:22, 9106:17, 9106:19, 9106:24, 9107:4, 9108:3, 9108:6, 9109:2, 9109:6, 9109:9, 9109:12, 9109:23, 9109:25, 9110:10, 9111:16, 9111:18, 9111:21, 9112:12, 9112:16, 9112:24, 9113:5, 9113:24, 9114:17, 9114:24, 9115:5, 9115:9, 9115:17, 9117:4, 9117:7, 9117:9, 9117:13, 9118:24, 9120:4, 9120:16, 9120:18, 9120:22, 9120:24, 9121:5, 9121:7, 9121:16, 9121:23, 9122:7, 9122:13, 9123:18, 9125:5, 9125:18, 9126:9, 9126:19, 9126:22, 9127:6, 9127:13, 9127:18, 9128:2, 9128:14, 9128:16, 9128:25, 9129:8, 9129:21, 9130:14, 9130:16, 9130:18, 9131:1, 9131:3, 9131:7, 9131:18, 9132:20, 9134:24, 9135:17, 9136:15, 9138:10, 9138:23, 9139:11, 9139:14, 9139:16, 9139:19, 9140:9, 9140:15, 9140:21, 9141:1, 9141:7, 9141:10, 9141:19, 9141:25, 9142:3, 9143:2, 9143:16, 9144:12, 9145:17, 9146:3, 9147:5, 9149:24, 9150:2, 9150:5, 9150:14, 9151:1, 9151:17, 9152:3, 9152:6, 9152:21, 9152:25, 9153:14,

9153:20, 9153:24, 9154:5, 9155:7, 9155:19, 9156:18, 9156:24, 9157:14, 9158:7, 9159:8, 9159:19, 9160:2, 9161:1, 9161:9, 9162:20, 9162:23, 9164:11, 9165:2, 9166:7, 9166:13, 9166:16, 9167:15, 9169:10, 9169:12, 9169:18, 9170:25, 9172:25, 9173:23, 9176:5, 9176:8, 9176:16, 9177:4, 9177:10, 9177:12, 9178:3, 9178:11, 9178:15, 9178:17, 9178:24, 9179:6, 9179:9, 9179:22, 9179:25, 9180:16, 9181:5, 9181:7, 9181:13, 9182:24, 9183:2, 9183:8, 9183:17, 9183:20, 9184:6, 9184:11, 9185:8, 9185:14, 9186:10, 9186:12, 9186:18, 9187:14, 9187:25, 9188:5, 9188:10, 9188:12, 9189:3, 9189:17, 9190:6, 9190:15, 9190:20, 9191:7, 9191:10, 9191:15, 9195:5, 9196:21, 9197:16, 9198:20, 9199:6, 9199:8, 9201:23, 9201:25, 9202:6, 9202:12, 9202:15, 9204:7, 9206:5, 9206:12, 9206:18, 9206:21, 9207:12, 9209:6, 9209:14, 9209:17, 9210:2, 9210:5, 9210:8, 9210:15, 9210:25, 9211:11, 9213:13

**yet** [2] - 9080:6, 9189:10

**YOAKUM** [1] - 9067:5

**you** [706] - 9072:6, 9072:8, 9072:12, 9072:15, 9072:17, 9073:1, 9073:8, 9073:12, 9073:19, 9073:25, 9074:2, 9074:4, 9074:20, 9074:22, 9075:7, 9075:11, 9076:21, 9076:25, 9077:5, 9077:6, 9077:7, 9077:13, 9077:14, 9077:18, 9077:21, 9078:1, 9078:8, 9078:10, 9078:20, 9079:4, 9079:11, 9079:16, 9079:18, 9080:1, 9080:2, 9080:11, 9080:16, 9080:17, 9080:18, 9080:22, 9081:5, 9081:14, 9081:21, 9082:8, 9083:7, 9083:14, 9083:22, 9084:8, 9084:18, 9084:22, 9085:6, 9085:9, 9085:18, 9086:7, 9086:14, 9087:1, 9087:21, 9087:23, 9088:1, 9088:2, 9088:4, 9088:7, 9088:19, 9088:24, 9089:2, 9089:5, 9089:9, 9089:25, 9090:1, 9090:7, 9090:12, 9092:5, 9092:8, 9092:13, 9092:16, 9092:20, 9092:24, 9093:18, 9093:23, 9094:1, 9094:4, 9094:8, 9094:11, 9094:16, 9094:23, 9095:2, 9095:7, 9095:14, 9095:16, 9095:25, 9096:6, 9096:9, 9096:10, 9096:11, 9096:15, 9096:16, 9096:17, 9096:18, 9096:20, 9096:23, 9097:16, 9097:23, 9097:24, 9097:25, 9098:1, 9098:12, 9098:13, 9098:25, 9099:3, 9099:5, 9099:8, 9099:12, 9099:15, 9100:5, 9100:23, 9101:12, 9101:15, 9102:2, 9102:6, 9102:8, 9102:20, 9102:23, 9103:12, 9103:14, 9103:25, 9104:3, 9104:10, 9104:15, 9104:18, 9104:23, 9105:7, 9105:10, 9105:18, 9105:19, 9105:21, 9105:23, 9106:5, 9106:8, 9106:16, 9106:18, 9106:23, 9107:3, 9107:5, 9107:19, 9108:1, 9108:4, 9108:9, 9108:12, 9108:17, 9108:22, 9108:25, 9109:3, 9109:11, 9109:17, 9109:20, 9109:24, 9110:1, 9110:9, 9110:14, 9110:17, 9110:19, 9111:14, 9111:17, 9111:19, 9111:24, 9112:4, 9112:14, 9112:16, 9112:17, 9112:25, 9113:1, 9113:4, 9113:18, 9113:25, 9114:1, 9114:3, 9114:5, 9114:10, 9114:22, 9115:4, 9115:6, 9115:18, 9116:8, 9116:15, 9116:18, 9116:19, 9117:1, 9117:18, 9117:20, 9118:7, 9118:9, 9118:11, 9118:12, 9118:15, 9120:13, 9120:15, 9120:17, 9120:19, 9120:20, 9120:22, 9120:23, 9120:24, 9120:25, 9121:20, 9121:21, 9121:22, 9121:24, 9122:2, 9122:14, 9122:16, 9122:17, 9122:21, 9122:24, 9123:4, 9123:8, 9124:3, 9124:4, 9124:9, 9124:13, 9124:17, 9124:19, 9124:22, 9124:23, 9125:10, 9125:17, 9126:4, 9126:6, 9126:7, 9126:13, 9126:17, 9126:18, 9126:20, 9126:23, 9126:24, 9127:14, 9127:16, 9127:17, 9127:22, 9127:23, 9128:6, 9128:8, 9128:11, 9128:15, 9128:21, 9128:23, 9128:24, 9129:1, 9129:4, 9129:6, 9129:9, 9129:12, 9129:13, 9129:14, 9129:18, 9129:19, 9129:23, 9130:1, 9130:2, 9130:3, 9130:11, 9130:19, 9131:21, 9131:24, 9133:9, 9133:15, 9133:17, 9133:25, 9134:3, 9134:12, 9134:13, 9134:16, 9135:10, 9135:14, 9135:15, 9135:16, 9135:24, 9136:7, 9136:11, 9136:15, 9136:18, 9136:19, 9136:20, 9137:4, 9137:7, 9137:8, 9137:11, 9137:15, 9137:16, 9137:17, 9137:18, 9137:19, 9137:21, 9137:22, 9137:23, 9138:9, 9138:21, 9139:13, 9139:17, 9139:20, 9139:21, 9140:3, 9140:14, 9140:18, 9140:19, 9140:22, 9141:17, 9141:20, 9141:24, 9142:12, 9142:13, 9142:15, 9142:16, 9142:21, 9142:25, 9143:10, 9143:14, 9143:18, 9143:21, 9144:9, 9144:17, 9144:19, 9144:20, 9144:22, 9145:1, 9145:3, 9145:5, 9145:6, 9145:8, 9145:11, 9145:14, 9145:19, 9145:20, 9145:21, 9145:24, 9145:25, 9146:1, 9146:4, 9146:8, 9146:9, 9146:10, 9146:13, 9146:15, 9146:22, 9147:1, 9147:7, 9147:8, 9147:17, 9147:18, 9147:19, 9147:24, 9147:25, 9148:1, 9148:4, 9148:25, 9149:1, 9149:2, 9149:3, 9149:10, 9149:22, 9149:23, 9149:25, 9150:3, 9150:6, 9150:12, 9150:13, 9150:16, 9150:19, 9150:23, 9150:24, 9150:25, 9151:5, 9151:7, 9151:11, 9151:15, 9151:20, 9152:2, 9152:14, 9152:18, 9152:20, 9152:22, 9152:24, 9153:1, 9153:3, 9153:25, 9154:3, 9154:17, 9155:2, 9155:13, 9155:19, 9156:5, 9156:16, 9156:19, 9156:21, 9157:8, 9157:9, 9157:12, 9157:15, 9157:16, 9157:23, 9158:5, 9158:8, 9158:15, 9158:16, 9158:18, 9158:22, 9159:4, 9159:13, 9159:14, 9160:1, 9160:13, 9160:15, 9160:16, 9160:18, 9160:19, 9160:21, 9161:8, 9162:19, 9162:22, 9163:4, 9163:7, 9164:2, 9164:5, 9164:8, 9164:9, 9164:12, 9164:15, 9164:17, 9164:19, 9164:24, 9164:25, 9165:3, 9165:4, 9165:9, 9165:11, 9165:16, 9165:17, 9165:20, 9165:21, 9165:25, 9166:5, 9166:15, 9166:19, 9166:20, 9166:25, 9167:3, 9167:6, 9167:7, 9167:10, 9167:19, 9167:22, 9167:23, 9168:13, 9168:15, 9168:17, 9169:11, 9169:13, 9169:14, 9169:16, 9171:9, 9171:18, 9172:14, 9173:2, 9173:10, 9173:12, 9173:15, 9174:5, 9174:14, 9174:22, 9174:23, 9175:8, 9175:9, 9175:13, 9175:15, 9175:16, 9175:18, 9175:20, 9176:1, 9176:2, 9176:4, 9176:6, 9176:9, 9176:11, 9176:15, 9176:17, 9176:19, 9176:20, 9176:24, 9177:3, 9177:5, 9177:6, 9177:8, 9177:11, 9177:15, 9177:17, 9177:18, 9177:19, 9177:21, 9178:4, 9178:7, 9178:23, 9178:25,

9179:2, 9179:4, 9179:7, 9179:10, 9179:12, 9179:15, 9179:18, 9179:21, 9179:24, 9180:5, 9180:7, 9180:10, 9180:12, 9180:15, 9180:25, 9181:2, 9181:3, 9182:15, 9182:17, 9182:19, 9182:22, 9182:23, 9183:3, 9183:6, 9183:16, 9183:18, 9184:7, 9184:16, 9184:20, 9184:24, 9185:15, 9186:5, 9186:11, 9186:13, 9186:17, 9186:22, 9187:4, 9187:5, 9187:7, 9187:10, 9187:23, 9188:4, 9188:9, 9188:11, 9189:1, 9189:2, 9189:7, 9190:9, 9190:11, 9190:13, 9190:17, 9190:21, 9191:5, 9191:8, 9191:10, 9191:16, 9191:25, 9192:16, 9193:7, 9193:15, 9193:23, 9194:1, 9194:2, 9195:9, 9195:15, 9195:19, 9196:24, 9197:1, 9197:3, 9197:8, 9199:3, 9199:16, 9199:17, 9199:20, 9200:13, 9200:15, 9200:24, 9201:2, 9201:3, 9202:4, 9202:5, 9202:10, 9203:2, 9203:9, 9204:3, 9204:8, 9204:11, 9204:15, 9204:21, 9205:11, 9205:15, 9205:17, 9205:18, 9205:21, 9206:3, 9206:11, 9206:17, 9206:25, 9207:3, 9207:7, 9207:9, 9207:17, 9207:25, 9208:4, 9208:7, 9208:21, 9209:3, 9209:10, 9210:3, 9210:14, 9210:16, 9210:21, 9211:4, 9211:12, 9211:16, 9211:21, 9212:6

**you're** [19] - 9101:5, 9112:1, 9120:11, 9120:13, 9133:19, 9138:6, 9138:8, 9142:14, 9142:15, 9148:17, 9151:16, 9153:15, 9159:6, 9162:6, 9174:19, 9182:19, 9194:25, 9200:12, 9204:25

**you've** [9] - 9090:7, 9096:16, 9107:3, 9142:18, 9153:11, 9154:24, 9155:1, 9180:10, 9194:16

**YOUNG** [1] - 9068:3

**your** [192] - 9072:8, 9077:15, 9080:20, 9081:14, 9082:13, 9083:3, 9083:7, 9084:4, 9085:5, 9089:24, 9093:19, 9093:20, 9093:24, 9094:8, 9099:8, 9099:9, 9100:2, 9100:5, 9101:22, 9102:15, 9102:21, 9104:7, 9104:21, 9105:3, 9106:10, 9106:18, 9106:23, 9107:1, 9107:24, 9111:6, 9112:13, 9112:15, 9114:3, 9114:24, 9115:6, 9115:24, 9116:5, 9116:8, 9117:1, 9117:5, 9117:8, 9118:1, 9118:4, 9118:9, 9124:4, 9124:22, 9127:23, 9127:25, 9128:10, 9128:11, 9129:12, 9129:13, 9129:21, 9129:22, 9130:5, 9130:15, 9133:9, 9133:12, 9133:20, 9133:25, 9134:15, 9134:24, 9135:13, 9135:16, 9135:20, 9136:11, 9137:18, 9137:22, 9138:21, 9139:20, 9139:22, 9139:25, 9140:9, 9140:14, 9141:5, 9141:16, 9141:18, 9141:20, 9142:4, 9144:2, 9144:10, 9144:24, 9145:14, 9145:19, 9147:3, 9147:11, 9147:25, 9148:11, 9148:25, 9149:1, 9149:4, 9149:6, 9149:8, 9149:10, 9151:9, 9152:22, 9153:7, 9153:15, 9155:3, 9155:6, 9155:8, 9155:13, 9162:13, 9163:20, 9164:24, 9165:1, 9165:5, 9165:11, 9165:16, 9168:19, 9174:5, 9174:21, 9175:1, 9175:23, 9176:6, 9178:16, 9180:17, 9182:22, 9182:23, 9183:14, 9185:10, 9185:22, 9186:5, 9186:25, 9187:18, 9189:12, 9191:4, 9192:8, 9192:10, 9192:19, 9192:24, 9193:3, 9193:8, 9193:9, 9193:12, 9193:15, 9193:19, 9193:24, 9194:15, 9194:17, 9194:22, 9194:25, 9195:11, 9196:4, 9196:8, 9196:9, 9196:14, 9196:17, 9197:3, 9198:15, 9199:3, 9200:4, 9200:7, 9200:8, 9200:10, 9200:14, 9200:17, 9200:24, 9201:18, 9201:19, 9201:21, 9201:23, 9202:16, 9203:9, 9203:13, 9205:3, 9206:6, 9206:19, 9206:22, 9208:12, 9208:14, 9208:15, 9208:17, 9209:10, 9211:12, 9211:13, 9211:14, 9211:16, 9211:17, 9211:21, 9212:15, 9212:18, 9212:25

## Z

**zero** [1] - 9118:23

## “

**“MIKE”** [1] - 9069:1