```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  OIL SPILL BY THE OIL RIG  *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE          *
 5   GULF OF MEXICO ON APRIL 20, 2010  *   Section J
                                       *
 6   Applies to:                       *   New Orleans, Louisiana
                                       *
 7   Docket 10-CV-02771,               *   April 17, 2013
     IN RE:  THE COMPLAINT AND         *
 8   PETITION OF TRITON ASSET          *
     LEASING GmbH, et al               *
 9                                     *
     Docket 10-CV-4536,                *
10   UNITED STATES OF AMERICA v.       *
     BP EXPLORATION & PRODUCTION,      *
11   INC., et al                       *
                                       *
12   * * * * * * * * * * * * * * * * * *

13

14                  DAY 29, MORNING SESSION
                   TRANSCRIPT OF NONJURY TRIAL
15          BEFORE THE HONORABLE CARL J. BARBIER
                 UNITED STATES DISTRICT JUDGE
16

17   Appearances:

18

19   For the Plaintiffs:         Domengeaux Wright Roy
                                    & Edwards, LLC
20                               BY:  JAMES P. ROY, ESQ.
                                 556 Jefferson Street, Suite 500
21                               Post Office Box 3668
                                 Lafayette, Louisiana 70502
22

23   For the Plaintiffs:         Herman Herman & Katz, LLC
                                 BY:  STEPHEN J. HERMAN, ESQ.
24                               820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
25
```

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For the Plaintiffs:          Cunningham Bounds, LLC
 3                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 Dauphin Street
 4                                Mobile, Alabama 36604

 5
     For the Plaintiffs:          Lewis Kullman Sterbcow & Abramson
 6                                BY:  PAUL M. STERBCOW, ESQ.
                                  601 Poydras Street, Suite 2615
 7                                New Orleans, Louisiana 70130

 8
     For the Plaintiffs:          Breit Drescher Imprevento
 9                                  & Walker, PC
                                  BY:  JEFFREY A. BREIT, ESQ.
10                                600 22nd Street, Suite 402
                                  Virginia Beach, Virginia 23451
11
12   For the Plaintiffs:          Leger & Shaw
                                  BY:  WALTER J. LEGER JR., ESQ.
13                                600 Carondelet Street, 9th Floor
                                  New Orleans, Louisiana 70130
14
15   For the Plaintiffs:          Williams Law Group, LLC
                                  BY:  CONRAD "DUKE" WILLIAMS, ESQ.
16                                435 Corporate Drive, Suite 101
                                  Houma, Louisiana 70360
17
18   For the Plaintiffs:          Thornhill Law Firm
                                  BY:  TOM THORNHILL, ESQ.
19                                1308 Ninth Street
                                  Slidell, Louisiana 70458
20
21   For the Plaintiffs:          deGravelles Palmintier Holthaus
                                    & Frugé, LLP
22                                BY:  JOHN W. DEGRAVELLES, ESQ.
                                  618 Main Street
23                                Baton Rouge, Louisiana 70801

24

25
```

```
 1   Appearances:

 2
     For the Plaintiffs:          Williamson & Rusnak
 3                                BY:  JIMMY WILLIAMSON, ESQ.
                                  4310 Yoakum Boulevard
 4                                Houston, Texas 77006

 5
     For the Plaintiffs:          Irpino Law Firm
 6                                BY:  ANTHONY IRPINO, ESQ.
                                  2216 Magazine Street
 7                                New Orleans, Louisiana 70130

 8
     For the United States        U.S. Department of Justice
 9   of America:                  Torts Branch, Civil Division
                                  BY:  R. MICHAEL UNDERHILL, ESQ.
10                                450 Golden Gate Avenue
                                  7-5395 Federal Bldg., Box 36028
11                                San Francisco, California 94102

12
     For the United States        U.S. Department of Justice
13   of America:                  Environment & Natural Resources
                                  Environmental Enforcement Section
14                                BY:  STEVEN O'ROURKE, ESQ.
                                       SCOTT CERNICH, ESQ.
15                                     DEANNA CHANG, ESQ.
                                       RACHEL HANKEY, ESQ.
16                                     A. NATHANIEL CHAKERES, ESQ.
                                  Post Office Box 7611
17                                Washington, D.C. 20044

18
     For the United States        U.S. Department of Justice
19   of America:                  Torts Branch, Civil Division
                                  BY:  JESSICA McCLELLAN, ESQ.
20                                     MICHELLE DELEMARRE, ESQ.
                                       JESSICA SULLIVAN, ESQ.
21                                     SHARON SHUTLER, ESQ.
                                       MALINDA LAWRENCE, ESQ.
22                                Post Office Box 14271
                                  Washington, D.C. 20004
23

24

25
```

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For the United States      U.S. Department of Justice
 3   of America:                Fraud Section
                                Commercial Litigation Branch
 4                              BY:  DANIEL SPIRO, ESQ.
                                     KELLEY HAUSER, ESQ.
 5                                   ELIZABETH YOUNG, ESQ.
                                Ben Franklin Station
 6                              Washington, D.C. 20044

 7
     For the State of           Attorney General of Alabama
 8   Alabama:                   BY:  LUTHER STRANGE, ESQ.
                                     COREY L. MAZE, ESQ.
 9                                   WINFIELD J. SINCLAIR, ESQ.
                                500 Dexter Avenue
10                              Montgomery, Alabama 36130

11
     For the State of           Attorney General of Louisiana
12   Louisiana:                 BY:  JAMES D. CALDWELL, ESQ.
                                1885 North Third Street
13                              Post Office Box 94005
                                Baton Rouge, Louisiana 70804
14

15   For the State of           Kanner & Whiteley, LLC
     Louisiana:                 BY:  ALLAN KANNER, ESQ.
16                                   DOUGLAS R. KRAUS, ESQ.
                                701 Camp Street
17                              New Orleans, Louisiana 70130

18
     For BP Exploration &       Liskow & Lewis, APLC
19   Production Inc.,           BY:  DON K. HAYCRAFT, ESQ.
     BP America Production      701 Poydras Street, Suite 5000
20   Company, BP PLC:           New Orleans, Louisiana 70139

21
     For BP Exploration &       Kirkland & Ellis, LLP
22   Production Inc.,           BY:  J. ANDREW LANGAN, ESQ.
     BP America Production           HARIKLIA "CARRIE" KARIS, ESQ.
23   Company, BP PLC:                MATTHEW T. REGAN, ESQ.
                                300 N. Lasalle
24                              Chicago, Illinois 60654

25
```

OFFICIAL TRANSCRIPT

1   <u>Appearances</u>:

2

3   For BP Exploration &              Covington & Burling, LLP
    Production Inc.,                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
    BP America Production             1201 Pennsylvania Avenue, NW
4   Company, BP PLC:                  Washington, D.C. 20004

5

6   For Transocean Holdings           Frilot, LLC
    LLC, Transocean Offshore          BY:  KERRY J. MILLER, ESQ.
7   Deepwater Drilling Inc.,          1100 Poydras Street, Suite 3700
    Transocean Deepwater Inc.:        New Orleans, Louisiana 70163

8

9

10  For Transocean Holdings           Sutherland Asbill & Brennan, LLP
    LLC, Transocean Offshore          BY:  STEVEN L. ROBERTS, ESQ.
    Deepwater Drilling Inc.,               RACHEL G. CLINGMAN, ESQ.
11  Transocean Deepwater Inc.:        1001 Fannin Street, Suite 3700
                                      Houston, Texas 77002

12

13

14  For Transocean Holdings           Munger Tolles & Olson, LLP
    LLC, Transocean Offshore          BY:  MICHAEL R. DOYEN, ESQ.
    Deepwater Drilling Inc.,               BRAD D. BRIAN, ESQ.
15  Transocean Deepwater Inc.:             LUIS LI, ESQ.
                                      355 S. Grand Avenue, 35th Floor
16                                    Los Angeles, California 90071

17

18  For Transocean Holdings           Mahtook & Lafleur
    LLC, Transocean Offshore          BY:  RICHARD J. HYMEL, ESQ.
19  Deepwater Drilling Inc.,          600 Jefferson Street, Suite 1000
    Transocean Deepwater Inc.:        Post Office Box 3089
20                                    Lafayette, Louisiana 70501

21

22  For Transocean Holdings           Hughes Arrell Kinchen, LLP
    LLC, Transocean Offshore          BY:  JOHN KINCHEN, ESQ.
23  Deepwater Drilling Inc.,          2211 Norfolk, Suite 1110
    Transocean Deepwater Inc.:        Houston, Texas 77098

24

25

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For Halliburton Energy        Godwin Lewis, PC
 3   Services, Inc.:               BY:  DONALD E. GODWIN, ESQ.
                                         BRUCE W. BOWMAN JR., ESQ.
 4                                       FLOYD R. HARTLEY JR., ESQ.
                                         GAVIN HILL, ESQ.
 5                                  1201 Elm Street, Suite 1700
                                    Dallas, Texas 75270
 6

 7

 8   For Halliburton Energy:       Godwin Lewis, PC
     Services, Inc.:               BY:  JERRY C. VON STERNBERG, ESQ.
 9                                  1331 Lamar, Suite 1665
                                    Houston, Texas 77010
10

11

12   Official Court Reporter:      Jodi Simcox, RMR, FCRR
                                    500 Poydras Street, Room HB-406
13                                  New Orleans, Louisiana 70130
                                    (504) 589-7780
14                                  Jodi_Simcox@laed.uscourts.gov

15

16

17   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
18

19

20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

1                          <u>I N D E X</u>

2                                                      <u>Page</u>

3
    Patrick Leon O'Bryan
4        Direct Examination Ms. Karis                 9225
         Cross-Examination By Mr. Herman:             9293
5        Cross-Examination By Mr. Underhill:          9330
         Cross-Examination By Mr. Maze:               9348
6        Cross-Examination By Mr. Brian:              9360
         Redirect Examination By Ms. Karis:           9381
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        OFFICIAL TRANSCRIPT

<u>**MORNING SESSION**</u>

**(April 17, 2013)**

\* \* \* \* \*

7:45AM      **THE DEPUTY CLERK:**  All rise.

8:03AM      **THE COURT:**  Good morning.

8:03AM            Everyone.

8:03AM            All right.  Any preliminary matters?

8:03AM      **MR. BRIAN:**  Yes, Your Honor.  Brad Brian for

8:03AM  Transocean.

8:03AM            We've circulated our list of exhibits used

8:03AM  during my cross-examination of Mr. John Guide.  We've received

8:03AM  no objection.  I would offer this list of exhibits into

8:03AM  evidence, Your Honor.

8:03AM      **THE COURT:**  All right.

8:03AM            Any remaining objections to Transocean's

8:03AM  Exhibits?  Without objection, those are admitted.

8:04AM      **MR. GODWIN:**  Good morning, Judge.  Don Godwin for

8:04AM  Halliburton.

8:04AM            Your Honor, we have here our list from the

8:04AM  exhibits that we used during our examination of John Guide,

8:04AM  circulated them, no objections.  We'd offer them into evidence

8:04AM  at this time, sir.

8:04AM      **THE COURT:**  All right.  Any objections to

8:04AM  Halliburton's exhibits?  Hearing none, those are admitted.

8:04AM      **MR. GODWIN:**  Thank you, Your Honor.

OFFICIAL TRANSCRIPT

9223

8:04AM   1          **MR. IRPINO:**  Good morning, Your Honor.  Anthony

8:04AM   2    Irpino for the PSC.

8:04AM   3              We have two lists this morning.  One is our list

8:04AM   4    of exhibits -- demonstratives used in connection with John

8:04AM   5    Guide's testimony.  The second is our list used in connection

8:04AM   6    with Mr. Shanks' testimony.  We've circulated Mr. Guide's list,

8:04AM   7    there were no objections received for that.  We've also

8:04AM   8    circulated the list relative to Mr. Shanks.  We haven't

8:04AM   9    received any objections, although that list was sent around a

8:04AM  10    little later last night, at 9:00.

8:04AM  11          **THE COURT:**  All right.  Are there any objections to

8:04AM  12    either of those lists presented by the PSC?

8:05AM  13          **MS. KARIS:**  Your Honor, Hariklia Karis.

8:05AM  14              We don't have an objection to any of the

8:05AM  15    exhibits, but I believe one of the demonstratives had the issue

8:05AM  16    with the time that I raised during Mr. Guide's examination.

8:05AM  17    Mr. Cunningham sent me an e-mail regarding an agreement,

8:05AM  18    stipulation as to the corrected times.  Subject to correcting

8:05AM  19    those times, we have no objection.

8:05AM  20          **THE COURT:**  All right.  So you-all will submit some

8:05AM  21    type of stipulation to that effect?

8:05AM  22              Okay.  With that understanding, those are

8:05AM  23    admitted.

8:05AM  24          **MR. IRPINO:**  Thank you, Your Honor.

8:05AM  25          **THE COURT:**  Okay.

OFFICIAL TRANSCRIPT

8:05AM  1      **MS. LAWRENCE:**  Good morning, Your Honor, Malinda

8:05AM  2  Lawrence on behalf of the United States.

8:05AM  3          We have our list of exhibits used with witness

8:05AM  4  Alexander John Guide.  We circulated the list yesterday

8:05AM  5  afternoon.  We've received no objections.  We'd like to offer

8:05AM  6  them into evidence.

8:05AM  7      **THE COURT:**  All right.  Any objection to the United

8:05AM  8  States' list of exhibits?

8:05AM  9          Hearing none, those are admitted.

8:05AM  10     **MS. LAWRENCE:**  Thank you.

8:05AM  11     **MS. KARIS:**  Good morning, Your Honor.  Hariklia Karis

8:05AM  12  on behalf of BP.

8:05AM  13         I have the list of exhibits that we used with

8:05AM  14  Mr. Guide.  We've circulated those, and we've received no

8:05AM  15  objections.  So we would offer those to the Court at this time.

8:06AM  16     **THE COURT:**  Any remaining objections to BP's

8:06AM  17  exhibits?  If not, those are admitted.

8:06AM  18     **MS. KARIS:**  And we've also circulated the list with

8:06AM  19  respect to Mr. Shanks.  Mr. Doyen asked me this morning to have

8:06AM  20  a little bit of time to review them this afternoon, and we have

8:06AM  21  no objection to that.  Subject to that, we would tender the

8:06AM  22  exhibits for Mr. Shanks as well.

8:06AM  23     **THE COURT:**  No problem.

8:06AM  24     **MS. KARIS:**  Thank you.

8:06AM  25     **THE COURT:**  Any other preliminary matters?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:06AM | 1 | All right.  We can resume BP's case. |
| 8:06AM | 2 | **MR. BROCK:**  Our first witness is Mr. O'Bryan. |
| 8:06AM | 3 | **THE COURT:**  Mr. O'Bryan. |
| 8:06AM | 4 | **MR. BROCK:**  Our next witness is Mr. O'Bryan. |
| 8:06AM | 5 | **THE COURT:**  Stephanie? |
| 8:06AM | 6 | And your first witness. |
| 8:06AM | 7 | **MR. BROCK:**  Today. |
| 8:06AM | 8 | **THE COURT:**  Today. |
| 8:06AM | 9 | (WHEREUPON, **PATRICK LEON O'BRYAN**, having been duly |
| 8:06AM | 10 | sworn, testified as follows.) |
| 8:06AM | 11 | **THE DEPUTY CLERK:**  Please state your full name and |
| 8:06AM | 12 | correct spelling for the record. |
| 8:06AM | 13 | **THE WITNESS:**  Yes.  My name is Patrick Leon O'Bryan, |
| 8:06AM | 14 | that's O-B-R-Y-A-N. |
| 8:06AM | 15 | **DIRECT EXAMINATION** |
| 8:07AM | 16 | **MS. KARIS:**  May I proceed, Your Honor? |
| 8:07AM | 17 | **THE COURT:**  Go ahead. |
| 8:07AM | 18 | BY MS. KARIS: |
| 8:07AM | 19 | **Q.**   Good morning.  Hariklia Karis on behalf of BP conducting |
| 8:07AM | 20 | the direct examination of Mr. O'Bryan. |
| 8:07AM | 21 | Mr. O'Bryan, what position did you hold on |
| 8:07AM | 22 | April 20th of 2010, with BP? |
| 8:07AM | 23 | **A.**   I was the vice president of drilling and completions for |
| 8:07AM | 24 | the Gulf of Mexico. |
| 8:07AM | 25 | **Q.**   Were you also on the rig on the evening of April 20th? |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:07AM 1    **A.**   Yes, I was.

8:07AM 2            **THE COURT:**  Let me ask you to pull that microphone a

8:07AM 3    little closer to you.

8:07AM 4            **THE WITNESS:**  Sure.  Is that better?

8:07AM 5            **THE COURT:**  That's good.  Thank you.

8:07AM 6    **BY MS. KARIS:**

8:07AM 7    **Q.**   We're going to come back and talk a little bit about your

8:07AM 8    role as the vice president of drilling and completions for the

8:07AM 9    Gulf of Mexico at the time of the incident, as well as your own

8:07AM 10   experience on the *Deepwater Horizon* on that evening.

8:07AM 11           But before we get do that, let's go through your

8:07AM 12   background a little bit.

8:07AM 13           First, who do you currently work for?

8:07AM 14   **A.**   I work for Fidelity Exploration and Production Company in

8:08AM 15   Denver, Colorado.

8:08AM 16   **Q.**   When did you join Fidelity?

8:08AM 17   **A.**   September of 2011.

8:08AM 18   **Q.**   What position do you hold with Fidelity?

8:08AM 19   **A.**   Vice president of drilling and completions.

8:08AM 20   **Q.**   So you left BP in September of 2011?

8:08AM 21   **A.**   Actually, August, September.

8:08AM 22   **Q.**   Okay.  Can you tell the Court why you left BP?

8:08AM 23   **A.**   One of the things that I had done -- that I'd always

8:08AM 24   looked at doing in my career was once I got to retirement age,

8:08AM 25   was going to work for a smaller company.  I got to retirement

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:08AM   1    age in August of 2011, an opportunity presented itself a bit
8:08AM   2    sooner than I expected, and so I took the opportunity to go to
8:08AM   3    work for a former boss that I had worked for at BP a few
8:08AM   4    different times.
8:08AM   5    Q.   So do you now currently head up the entire drilling and
8:08AM   6    completions organization for Fidelity?
8:08AM   7    A.   Yes, I do.
8:08AM   8    Q.   Can you describe your educational background for the
8:08AM   9    Court, please.
8:08AM  10    A.   Sure.  I received a bachelor of science degree in
8:09AM  11    petroleum engineering from Mississippi State University in
8:09AM  12    1983.  Upon graduation, enrolled in graduate school at
8:09AM  13    Louisiana State University.  I received a master's of science
8:09AM  14    degree in 1985 and a doctorate of philosophy in petroleum
8:09AM  15    engineering in 1988.
8:09AM  16    Q.   So you hold a Ph.D. in petroleum engineering from LSU --
8:09AM  17    A.   Yes, I do.
8:09AM  18    Q.   -- in 1988?
8:09AM  19    A.   Yes, I do.
8:09AM  20    Q.   Do you know Dr. Ted Bourgoyne?
8:09AM  21    A.   Yes, I do.
8:09AM  22    Q.   How do you know Dr. Bourgoyne?
8:09AM  23    A.   Dr. Bourgoyne was my major professor.  I worked for
8:09AM  24    Dr. Bourgoyne for about four and a half years during the time I
8:09AM  25    was in grad school.

PATRICK LEON O'BRYAN - DIRECT

8:09AM  1   **Q.**   So you had an opportunity to study under Dr. Bourgoyne?
8:09AM  2   **A.**   Yes.
8:09AM  3   **Q.**   Did you also have an opportunity to publish with
8:09AM  4   Dr. Bourgoyne?
8:09AM  5   **A.**   Yes.  The research that we -- that I did for my master's
8:09AM  6   thesis and my Ph.D. dissertation was well control problems
8:09AM  7   associated with gas soluble and oil-based muds.  And the
8:09AM  8   research that we did, Dr. Bourgoyne and I published three
8:09AM  9   papers in the Society of Petroleum Engineers' drilling
8:09AM 10   engineering magazine.
8:10AM 11   **Q.**   On behalf of the court reporter, I'm going to ask you to
8:10AM 12   just slow down a little bit.
8:10AM 13   **A.**   Sure.
8:10AM 14   **Q.**   Now, you've published, you said, a number of papers with
8:10AM 15   Dr. Bourgoyne?
8:10AM 16   **A.**   Yes.
8:10AM 17   **Q.**   Are you familiar with Dr. Bourgoyne's textbook?
8:10AM 18   **A.**   Yes.
8:10AM 19   **Q.**   Do you still rely on that textbook every day of your
8:10AM 20   career?
8:10AM 21   **A.**   Not every day, but I have it on the bookshelf.  And from
8:10AM 22   time to time, if I have to pull it out and look at something, I
8:10AM 23   certainly do that.
8:10AM 24   **Q.**   Okay.  Now, Dr. Bourgoyne was asked about a few people's
8:10AM 25   grades, not yours, but how did you do studying under

9229

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:10AM | 1 | Dr. Bourgoyne? |
| 8:10AM | 2 | **A.**   Well, good enough to get my master's and Ph.D., so . . . |
| 8:10AM | 3 | **Q.**   All right. |
| 8:10AM | 4 | THE COURT:  Maybe we have to ask Dr. Bourgoyne about |
| 8:10AM | 5 | him. |
| 8:10AM | 6 | MS. KARIS:  That's right, Your Honor. |
| 8:10AM | 7 | THE WITNESS:  It makes me wonder what he has to say. |
| 8:10AM | 8 | MS. KARIS:  Maybe we can recall Dr. Bourgoyne and |
| 8:10AM | 9 | find out. |
| 8:10AM | 10 | BY MS. KARIS: |
| 8:10AM | 11 | **Q.**   When did you start working in the oil and gas industry? |
| 8:10AM | 12 | **A.**   After receiving my Ph.D. in 1988, I went to work for |
| 8:11AM | 13 | Tenneco Oil and Gas Company as a drilling engineer in |
| 8:11AM | 14 | Bakersfield, California. |
| 8:11AM | 15 | **Q.**   Okay.  Just a second.  So you've been in the oil and gas |
| 8:11AM | 16 | industry for about 25 years? |
| 8:11AM | 17 | **A.**   That's correct. |
| 8:11AM | 18 | **Q.**   And have you remained in the industry throughout those |
| 8:11AM | 19 | 25 years? |
| 8:11AM | 20 | **A.**   Yes, I have. |
| 8:11AM | 21 | **Q.**   Let's walk through at least some of the jobs that you've |
| 8:11AM | 22 | held in the oil and gas industry. |
| 8:11AM | 23 | **A.**   Okay. |
| 8:11AM | 24 | **Q.**   Focusing on drilling, in particular, for the past |
| 8:11AM | 25 | 25 years. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:11AM  1          You said after graduating from LSU with your Ph.D.,
8:11AM  2   you went to work for Tenneco Oil and Gas?
8:11AM  3   A.   That's correct.
8:11AM  4   Q.   And walk us through your career path with Tenneco Oil and
8:11AM  5   Gas.
8:11AM  6   A.   So I started, as I said, as a drilling engineer.  As I
8:11AM  7   started my job, Tenneco was being sold and ARCO Oil and Gas
8:11AM  8   Company purchased the Pacific Coast division, which is where I
8:11AM  9   worked.  Then I moved over to ARCO.
8:11AM 10   Q.   When did you join ARCO?
8:11AM 11   A.   It was late 1988, early 1999.
8:12AM 12   Q.   Okay.  What did you do for ARCO in late 1988, early 1989?
8:12AM 13   A.   Drilling engineer.
8:12AM 14   Q.   Was that in deepwater?
8:12AM 15   A.   No, that was onshore in California.
8:12AM 16   Q.   All right.  Can you then walk us through your career path
8:12AM 17   with ARCO?
8:12AM 18   A.   Sure.  After my assignment as a drilling engineer, I moved
8:12AM 19   into various roles in production engineering, commercial and
8:12AM 20   management positions.  My last position that I had with ARCO
8:12AM 21   was the -- I led the engineering -- drilling engineering
8:12AM 22   planning for all of our international new ventures exploration
8:12AM 23   projects.
8:12AM 24   Q.   What did that entail, that is, leading the well
8:12AM 25   planning -- having the title of well planning manager?

PATRICK LEON O'BRYAN - DIRECT

8:12AM  1   **A.**   So this was working with our exploration teams as they

8:12AM  2   came up with prospects overseas, doing all of the engineering

8:12AM  3   planning work from the time that they came up with the idea all

8:12AM  4   the way through putting the execution plan together, and then

8:12AM  5   handing that over to our execution team to actually go drill

8:12AM  6   the well.

8:13AM  7   **Q.**   And did that include deepwater wells?

8:13AM  8   **A.**   Yes, it did.

8:13AM  9   **Q.**   How long did you stay with ARCO?

8:13AM  10  **A.**   I was with ARCO until 2000.

8:13AM  11  **Q.**   And then what happened in 2000?

8:13AM  12  **A.**   In 2000, BP purchased ARCO and I transferred -- moved from

8:13AM  13  Plano, Texas to Houston.

8:13AM  14  **Q.**   And can you now walk us through your career path with BP

8:13AM  15  once you joined BP in approximately 2000.

8:13AM  16  **A.**   Sure.

8:13AM  17       So the first couple of -- three years with BP, I led

8:13AM  18  an organization -- I started out in the deepwater Gulf of

8:13AM  19  Mexico, but it expanded to include deepwater, the onshore U.S.,

8:13AM  20  Alaska, and Canada that held accountability for drilling

8:13AM  21  performance, for implementation of our common process, for

8:13AM  22  planning and execution -- planning the wells.

8:13AM  23       We also had accountability for capital budgets and

8:13AM  24  also the rig schedule for the deepwater Gulf of Mexico and

8:14AM  25  ensuring that our rigs were on track and everything in the

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:14AM   1   deepwater.

8:14AM   2   **Q.**   Let me interrupt you for a second there.  You said that

8:14AM   3   included planning under a common process?

8:14AM   4   **A.**   That's correct.

8:14AM   5   **Q.**   What is the common process that you were involved in

8:14AM   6   developing and implementing?

8:14AM   7   **A.**   Beyond the Best.

8:14AM   8   **Q.**   We've heard about Beyond the Best.  We're not going to

8:14AM   9   walk back through it.  But is that the process that BP

8:14AM   10   continued to use in planning and designing, executing wells

8:14AM   11   throughout the time that you were vice president of drilling

8:14AM   12   and completions in the Gulf of Mexico?

8:14AM   13   **A.**   Yes.

8:14AM   14   **Q.**   Okay.  So you were involved in drafting it as well as

8:14AM   15   implementing it, then, in the company?

8:14AM   16   **A.**   Yes.  When I joined the company -- kind of go back into

8:14AM   17   2000 -- BP had merged and purchased several companies.  So we

8:14AM   18   had engineers from Amoco, from ARCO, from Vastar, from BP.  And

8:14AM   19   Chris Rhodes, who was our technical vice president at the time,

8:14AM   20   head of -- global head of D&C, pulled several of us together in

8:15AM   21   London to actually look at and understand how were wells

8:15AM   22   planned and executed with the different heritage companies, and

8:15AM   23   I was one of the participants in that meeting.

8:15AM   24           And from that, we actually created Beyond the Best,

8:15AM   25   which was basically the best practices that all the different

OFFICIAL TRANSCRIPT

9233

PATRICK LEON O'BRYAN - DIRECT

8:15AM 1  heritage companies brought to the company.

8:15AM 2  **Q.**   And did you call upon your years of experience in the

8:15AM 3  industry as well as the experience of the others at BP in order

8:15AM 4  to develop this common process of Beyond the Best?

8:15AM 5  **A.**   Yes.

8:15AM 6  **Q.**   And throughout the time that you remained with BP,

8:15AM 7  including when you were the vice president of drilling and

8:15AM 8  completions, what was your view as to whether Beyond the Best

8:15AM 9  was the industry standard or even above the industry standard

8:15AM 10 for planning, designing, and executing wells?

8:15AM 11             **MR. BRIAN:**   Objection.  Calls for opinion, Your

8:15AM 12 Honor.  No foundation.  He's not designated as an expert.

8:15AM 13             **THE COURT:**   I'll let him answer that.

8:15AM 14             Go ahead, sir.

8:15AM 15             **THE WITNESS:**   It certainly was the industry

8:15AM 16 standard -- it was an industry standard process.

8:16AM 17 **BY MS. KARIS:**

8:16AM 18 **Q.**   Now, when -- I'm sorry.  You were walking us through your

8:16AM 19 career path with BP.  What did you do after being with -- being

8:16AM 20 with the business assurance organization?

8:16AM 21 **A.**   So I then moved in 2003 to an asset manager role.  I was

8:16AM 22 an asset manager for one of our gas assets in the Hugoton Gas

8:16AM 23 Field in the onshore.

8:16AM 24             I held that position for about two years.  And then

8:16AM 25 in 2005, I moved into a role where I led the drilling and

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:16AM   1   completions organization for our North American gas SPU, which

8:16AM   2   included our businesses in the shelf -- offshore shelf, the

8:16AM   3   onshore U.S., as well as Canada.

8:16AM   4         I held that position for a couple years, and then I

8:16AM   5   moved into a role as the global head of completions engineering

8:16AM   6   and base management engineering for the company.

8:16AM   7         Then in late 2009, I was asked to lead the Gulf of

8:16AM   8   Mexico D&C organization.

8:16AM   9   Q.   So prior to being asked to lead the Gulf of Mexico

8:17AM  10   drilling and completions organization, had you held other

8:17AM  11   leadership roles with BP as well as other companies?

8:17AM  12   A.   Yes.

8:17AM  13   Q.   Now, when you were asked to join the drilling and

8:17AM  14   completions organization in the Gulf of Mexico, did you know

8:17AM  15   many of the men and women who worked in that organization as a

8:17AM  16   result of the various positions that you had held with the

8:17AM  17   company?

8:17AM  18   A.   Yes, I did.

8:17AM  19   Q.   Tell us about that.

8:17AM  20   A.   So, obviously, as I said earlier, I started my career with

8:17AM  21   BP in 2000 in the deepwater organization.  So I knew a lot of

8:17AM  22   the engineers and a lot of the leaders in that team.  As global

8:17AM  23   head or vice president for completions engineering and base

8:17AM  24   management, I had the opportunity to work and meet a lot of the

8:17AM  25   completion engineering folks that were in the drilling and

PATRICK LEON O'BRYAN - DIRECT

8:17AM 1    completions organization.  I had a lot familiarity with the

8:17AM 2    various roles that I had with that team.

8:17AM 3    Q.   Were you also familiar with the business of deepwater

8:17AM 4    drilling at that time?

8:17AM 5    A.   Yes.

8:18AM 6    Q.   And how were you familiar with the business of deepwater

8:18AM 7    drilling, including, specifically, drilling in the Gulf of

8:18AM 8    Mexico?

8:18AM 9    A.   As I said earlier, one of the things that I did was manage

8:18AM 10   the deepwater fleet, the rig schedule.  So I knew a lot of the

8:18AM 11   wells that we were drilling.  I knew a lot of the engineers

8:18AM 12   that were in the organization.  I actually led some of the

8:18AM 13   peer-reviews that we did as part of our stage gate process in

8:18AM 14   planning wells.  A process, basically we would have an external

8:18AM 15   review to say, "Could we move this project to the next phase of

8:18AM 16   planning?"

8:18AM 17        So I participated as well as led some of these

8:18AM 18   reviews in the deepwater Gulf of Mexico.

8:18AM 19   Q.   And how long did you hold the position of vice president

8:18AM 20   of drilling and completions?

8:18AM 21   A.   For the Gulf of Mexico?

8:18AM 22   Q.   For the Gulf of Mexico, I'm sorry.

8:18AM 23   A.   Late 2009 until November 2010.

8:18AM 24   Q.   What did you do after November of 2010?

8:18AM 25   A.   Moved into a role -- we had a global response team.  So as

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:19AM   1   a result of the learnings from the Macondo incident, we created
8:19AM   2   a team that first had -- we wanted to make sure that our other
8:19AM   3   deepwater businesses were prepared to manage an incident.  One,
8:19AM   4   we wanted to make sure, from a prevention standpoint, they had
8:19AM   5   all the lessons learned; from a response standpoint, had all
8:19AM   6   the lessons learned built into their business plans.
8:19AM   7        The other thing we did, we went around and met with a
8:19AM   8   lot of the government regulators around the world to share what
8:19AM   9   we had learned from the incident.
8:19AM  10   Q.   Okay.  Did you remain in that role until you left BP in
8:19AM  11   August of 2011?
8:19AM  12   A.   Yes.
8:19AM  13   Q.   Mr. O'Bryan -- is it okay if I call you Mr. O'Bryan?  I
8:19AM  14   know you have a Ph.D.
8:19AM  15   A.   Sure.
8:19AM  16   Q.   Mr. O'Bryan, I want to focus on your responsibilities as
8:19AM  17   the vice president of drilling and completions from late 2009
8:19AM  18   until the time of the incident.
8:19AM  19   A.   Okay.
8:19AM  20   Q.   What, if anything, did you do to familiarize yourself with
8:20AM  21   the operations of the Gulf of Mexico in drilling and
8:20AM  22   completions once you became the head of that organization,
8:20AM  23   recognizing, as you told us, that you already knew a lot about
8:20AM  24   the business?
8:20AM  25   A.   So, obviously, I had a handover with my predecessor who

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:20AM | 1 | was in that role and -- |
| 8:20AM | 2 | **Q.**   Was that Mr. Lacy? |
| 8:20AM | 3 | **A.**   That was Mr. Lacy.  We did have a handover, walked through |
| 8:20AM | 4 | the operations, what was going on with the business.  I also |
| 8:20AM | 5 | met with Harry Thierens, who reported to Mr. Lacy.  He was the |
| 8:20AM | 6 | wells director for the organization.  I also met with our |
| 8:20AM | 7 | global director of organizational capability.  We walked |
| 8:20AM | 8 | through the organization, talked about the leaders that were in |
| 8:20AM | 9 | the organization, got their opinion, their views. |
| 8:20AM | 10 | So I had a real good understanding from those |
| 8:20AM | 11 | different meetings the leadership that we had in place, the |
| 8:20AM | 12 | engineering staff we had in place. |
| 8:20AM | 13 | I also then scheduled, in the first part of my tenure |
| 8:20AM | 14 | there, meetings with the teams.  So I had regularly scheduled |
| 8:21AM | 15 | meetings with them to actually talk about what they were |
| 8:21AM | 16 | actually doing, their wells that they were working.  It was an |
| 8:21AM | 17 | opportunity to see what they were working on, the projects, any |
| 8:21AM | 18 | issues or concerns that they may have, share with them what |
| 8:21AM | 19 | my -- what I was going to be doing, what my agenda was going to |
| 8:21AM | 20 | be. |
| 8:21AM | 21 | So I did all that -- |
| 8:21AM | 22 | **Q.**   Okay. |
| 8:21AM | 23 | **A.**   -- to start with. |
| 8:21AM | 24 | **Q.**   All right.  Now, given everything you've identified that |
| 8:21AM | 25 | you did, can you tell us what was your responsibility as the |

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:21AM | 1 | vice president of drilling and completions? |
| 8:21AM | 2 | A.   To ensure that we had all of the resources, the |
| 8:21AM | 3 | organizational capability in place to deliver the drilling and |
| 8:21AM | 4 | completions portion of the Gulf of Mexico's business plan. |
| 8:21AM | 5 | MS. KARIS:   Okay.  And if we can now look at |
| 8:21AM | 6 | D-4780.1, please. |
| 8:21AM | 7 | BY MS. KARIS: |
| 8:21AM | 8 | Q.   Just to put your position in context here, we looked at |
| 8:22AM | 9 | this -- some of this demonstrative previously.  We focused here |
| 8:22AM | 10 | on the Macondo drilling team, pulling out the organization you |
| 8:22AM | 11 | were in charge of. |
| 8:22AM | 12 | Just to orient ourselves, was this -- were these |
| 8:22AM | 13 | members of the Macondo drilling team that were part of your |
| 8:22AM | 14 | organization? |
| 8:22AM | 15 | A.   Yes. |
| 8:22AM | 16 | Q.   Okay.  And so all of these folks -- Mr. Morel, Mr. Hafle, |
| 8:22AM | 17 | and so forth on the engineering side, as well as Mr. Sims, |
| 8:22AM | 18 | Mr. Guide, the wells team leaders -- they ultimately reported |
| 8:22AM | 19 | up to you.  Is that accurate? |
| 8:22AM | 20 | A.   That's correct. |
| 8:22AM | 21 | Q.   And then who did you report? |
| 8:22AM | 22 | A.   I reported to James Dupree.  He was the senior vice |
| 8:22AM | 23 | president and overall lead for the Gulf of Mexico business. |
| 8:22AM | 24 | Q.   And had Mr. Dupree taken over for Mr. Shaw? |
| 8:22AM | 25 | A.   Yes. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:22AM   1   Q.   Okay.  Thank you.

8:22AM   2        Now, you have described what your responsibilities

8:23AM   3   were, including making sure you had the right resources and

8:23AM   4   capabilities.  Were you involved in the day-to-day design and

8:23AM   5   execution of wells; that is, the actual design of the wells?

8:23AM   6   A.   No, I was not.

8:23AM   7   Q.   Okay.  Who had responsibility for the design and execution

8:23AM   8   of drilling wells in your organization?

8:23AM   9   A.   That would be the engineering teams and the operations

8:23AM  10   teams that sat underneath the various team leaders.

8:23AM  11   Q.   And approximately how many wells was drilling and

8:23AM  12   completions in the Gulf of Mexico drilling at any one time

8:23AM  13   under your leadership?

8:23AM  14   A.   The last couple of years within BP with the rig fleet that

8:23AM  15   we had, we were averaging about 10 to 15 wells that were being

8:23AM  16   drilled and completed a year.

8:23AM  17   Q.   Was that approximately the number of wells that were being

8:23AM  18   drilled while you were the vice president of drilling and

8:23AM  19   completions, 10 to 15?

8:23AM  20   A.   I believe that's what we had on the rig schedule, yes.

8:23AM  21   Q.   Were you personally -- were you asked, I should say, for

8:23AM  22   any advice with respect to any of the individual design or

8:23AM  23   operational decisions at the Macondo well?

8:24AM  24   A.   No, I was not.

8:24AM  25   Q.   Okay.  Were you involved in any meetings with respect to

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:24AM   1   making any decisions as to what design decisions were to be

8:24AM   2   made at the Macondo well?

8:24AM   3   **A.**   No, I was not.

8:24AM   4   **Q.**   Now, despite the fact that you were not involved in any of

8:24AM   5   the day-to-day decisions at Macondo, did you remain informed as

8:24AM   6   to the overall status of those 10 to 15 wells that you

8:24AM   7   identified, including the Macondo well?

8:24AM   8   **A.**   Yes, I had weekly regularly scheduled meetings with Dave

8:24AM   9   Rich, he was our wells manager.  We would meet on Thursday

8:24AM  10   mornings, and Dave would give me an update on each one of the

8:24AM  11   rigs, the wells that they were on and the status of it.

8:24AM  12   **Q.**   Okay.  And I believe you testified, just to be clear, in

8:24AM  13   those meetings, that no concerns were raised?

8:24AM  14        Let me ask you this:  Were any concerns raised in

8:24AM  15   connection with the drilling on the Macondo well in any of your

8:24AM  16   weekly meetings?

8:24AM  17   **A.**   No.

8:25AM  18   **Q.**   There's been some testimony in this case regarding BP's

8:25AM  19   management and its focus on personal versus process safety.  So

8:25AM  20   I'd like to ask you, as the vice president of drilling and

8:25AM  21   completions, do you agree with the statement that BP's

8:25AM  22   management was focused only on personal safety and ignored

8:25AM  23   process safety, which was an assertion that one of the experts

8:25AM  24   in this case, Dr. Bea, made?

8:25AM  25   **A.**   No, I don't.

PATRICK LEON O'BRYAN - DIRECT

8:25AM 1  **Q.**   Tell us why not.

8:25AM 2  **A.**   So if you -- let's take it in two pieces.  Obviously, from

8:25AM 3  a process safety standpoint, the whole process of planning a

8:25AM 4  well that you're going to drill and complete and execute is all

8:25AM 5  about process safety.  The major accident risk associated with

8:25AM 6  drilling a well is a blowout.

8:25AM 7         So everything that we do when we -- from the time

8:25AM 8  that we get a request to drill a well, during the planning

8:25AM 9  phase is to actually identify what are the risks associated

8:25AM 10 with drilling the well, making sure that we have the most

8:26AM 11 accurate pore pressure frac gradient profiles, casing points

8:26AM 12 selected appropriately, casing design done appropriately.  All

8:26AM 13 those things are done in the planning phase.

8:26AM 14        And then when we get into the execute phase, it's

8:26AM 15 24/7 to monitor the well.  We look at did we -- are pore

8:26AM 16 pressure frac gradients being looked at on a real-time basis.

8:26AM 17 If they're off on a pore pressure frac gradient, we need to

8:26AM 18 look at how that impacts the casing points, the casing design.

8:26AM 19 And that's what the engineers do on a daily basis while we're

8:26AM 20 executing the well.

8:26AM 21        And we have also all the mitigations from a well

8:26AM 22 control standpoint.  And those are all the things that you do

8:26AM 23 to manage and mitigate the process safety risk of drilling a

8:26AM 24 well, which is a blowout.  On a personal safety standpoint, we

8:26AM 25 certainly looked at our recordable incidents, high-potential

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:26AM | 1 | incidents.  All of those things are things that we looked at |
| 8:26AM | 2 | from a personal safety standpoint. |
| 8:26AM | 3 | During my tenure, we had -- up until Macondo, we had |
| 8:27AM | 4 | not had any process safety incidents and our personal safety |
| 8:27AM | 5 | performance had continued to improve over the last several |
| 8:27AM | 6 | years and it continued while I was there. |
| 8:27AM | 7 | Q.   Now, I'd like to show you TREX-48272.1.2, please. |
| 8:27AM | 8 | Mr. O'Bryan, this is an e-mail from you to |
| 8:27AM | 9 | Jason Caldwell, dated March 29th of 2010, 21 days before the |
| 8:27AM | 10 | incident.  What is the -- first of all, who is Mr. Caldwell? |
| 8:27AM | 11 | A.   Jason is -- or was James Dupree's executive assistant. |
| 8:27AM | 12 | Q.   What's the subject that you've listed here on this e-mail? |
| 8:27AM | 13 | A.   "What I'm Personally Doing to Improve Safety." |
| 8:27AM | 14 | Q.   Why did you prepare a document -- first of all, who did |
| 8:27AM | 15 | you prepare this document for? |
| 8:27AM | 16 | A.   James Dupree. |
| 8:27AM | 17 | Q.   Okay.  So Mr. Dupree was the strategic performance unit |
| 8:27AM | 18 | leader for the Gulf of Mexico at the time? |
| 8:28AM | 19 | A.   That's correct. |
| 8:28AM | 20 | Q.   Why did you prepare a document for Mr. Dupree titled, |
| 8:28AM | 21 | "What I'm Personally Doing to Improve Safety"? |
| 8:28AM | 22 | A.   James was preparing for a meeting that -- a quarterly |
| 8:28AM | 23 | performance review that he was having with the executives of |
| 8:28AM | 24 | the upstream business, and one of the things that he wanted to |
| 8:28AM | 25 | be able to share with them was what was each of his direct |

PATRICK LEON O'BRYAN - DIRECT

8:28AM 1    reports, the vice presidents of the various portions of the

8:28AM 2    business, personally doing in the matter of improving safety.

8:28AM 3    Q.   And so you said James was having a meeting with his

8:28AM 4    leadership.  Do you know who his leadership was?

8:28AM 5    A.   That would have been Andy Inglis, who was the upstream

8:28AM 6    segment CEO, and Doug Suttles, who was the chief operating

8:28AM 7    officer.

8:28AM 8    Q.   And you testified that there was an upcoming performance

8:28AM 9    test.  What is a performance test?

8:28AM 10   A.   A performance test is a terminology for a quarterly

8:28AM 11   performance review.

8:28AM 12   Q.   And as part of this quarterly performance review, would

8:28AM 13   you have to report how you were performing both on personal as

8:29AM 14   well as process safety?

8:29AM 15   A.   Yes.

8:29AM 16   Q.   Now, I'd like to discuss a couple of the items here that

8:29AM 17   you listed in your e-mail about what you're personally doing to

8:29AM 18   improve safety.  It says:  "Per your request on Friday, the

8:29AM 19   following are things I'm doing."

8:29AM 20        Could you briefly describe for the Court some of the

8:29AM 21   things that you identified as things you were personally doing

8:29AM 22   to improve safety?

8:29AM 23   A.   Sure.  And I won't go through all of them, but I'll pick

8:29AM 24   some of the highlights here.

8:29AM 25        "Quarterly rig visits," clearly being able to go out

PATRICK LEON O'BRYAN - DIRECT

8:29AM  1    to the rigs.  That's where our operations take place.  So I

8:29AM  2    felt like it's important that leadership, senior leadership,

8:29AM  3    gets out to the rigs, visits with not only the BP employees

8:29AM  4    that are on the rigs, but contract employees.  One, to make

8:29AM  5    sure that there aren't any issues or concerns, but also to

8:29AM  6    share with folks, you know, what my vision was, what I wanted

8:29AM  7    to -- my personal commitment to safety, and what I wanted to do

8:30AM  8    in terms of our agenda for the Gulf of Mexico.

8:30AM  9           "Participation in the Week in Houma in March and

8:30AM  10   September."  We actually had just done this meeting in March,

8:30AM  11   and this was an opportunity to meet with -- collectively with

8:30AM  12   our wells team leaders who we held accountable, I held

8:30AM  13   accountable for delivery, safe delivery of the operations for

8:30AM  14   the rigs that were assigned to them, but also to meet the

8:30AM  15   contractor rig managers.  So it wasn't just a BP meeting; it

8:30AM  16   was also a meeting that we had with the rig managers from

8:30AM  17   Transocean, who was our predominant rig contractor at the time.

8:30AM  18   Q.   Let me stop you there for a second.

8:30AM  19   A.   Sure.

8:30AM  20   Q.   Was this "Week in Houma" in March?

8:30AM  21   A.   Yes, it was.

8:30AM  22   Q.   Do you recall whether Mr. Guide was at that "Week in

8:30AM  23   Houma"?

8:30AM  24   A.   Yes, he was.

8:30AM  25   Q.   All right.  And we've heard about Houma week.  Do you

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:30AM  1   recall whether Mr. Guide presented at this meeting in Houma?

8:30AM  2   A.    Yes, he did.

8:30AM  3   Q.    Go ahead, I'm sorry.  Continue on, what you were

8:30AM  4   personally doing to improve safety.

8:30AM  5   A.    Sure.  And then the next one is wells site leader

8:31AM  6   face-to-face meetings.  So what we'd always done -- and we had

8:31AM  7   done this back even in the early 2000s when I was first

8:31AM  8   associated with the deepwater organization -- was to twice a

8:31AM  9   year bring our wells site leaders in to Houston.

8:31AM  10          And it was an opportunity for us to meet collectively

8:31AM  11  with the leadership in the organization, with the wells site

8:31AM  12  leaders, again, to talk about what -- where we were in the

8:31AM  13  business, how we were actually performing, what the forward

8:31AM  14  agenda was.  Again, to understand were there any issues or

8:31AM  15  concerns that they might have that we needed to be aware of.

8:31AM  16          So -- and we had just had that meeting that I

8:31AM  17  participated in the week before -- before the incident

8:31AM  18  occurred.

8:31AM  19  Q.    Okay.  And so did you, as the vice president of drilling

8:31AM  20  and completions, attend this meeting with the wells site

8:31AM  21  leaders where they could express any issues or concerns they

8:31AM  22  had?

8:31AM  23  A.    Yes.

8:31AM  24  Q.    And did you attend also the meeting with your contractors

8:31AM  25  in March of 2010 at this Houma week, including Transocean?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:32AM 1    **A.**   Yes.

8:32AM 2    **Q.**   At any of those meetings that you attended or participated

8:32AM 3    in, did anyone at any time, the contractors, the wells site

8:32AM 4    leaders, anyone raise any concerns that they had with respect

8:32AM 5    to safety?

8:32AM 6    **A.**   No.

8:32AM 7    **Q.**   Did anybody at any time raise any concerns about pressure

8:32AM 8    being put on them with respect to costs?

8:32AM 9    **A.**   No.

8:32AM 10   **Q.**   Did anybody raise any concerns with respect to pressure

8:32AM 11   about speeding up operations?

8:32AM 12   **A.**   No.

8:32AM 13   **Q.**   Okay.  Go ahead.

8:32AM 14   **A.**   Do you want me to continue to go through these?

8:32AM 15   **Q.**   Well, does that give us an overview of the type of things

8:32AM 16   that you were involved in and that you reported to your

8:32AM 17   management as things you were personally doing to improve

8:32AM 18   safety?

8:32AM 19   **A.**   Yeah.  One other one I would add.

8:32AM 20   **Q.**   Sure.

8:32AM 21   **A.**   I regularly met with Keelan Adamson, who was the managing

8:32AM 22   director for North America for Transocean.  We met monthly and

8:32AM 23   we not only talked about the drilling performance and the

8:33AM 24   things that were going on, we obviously talked about safety

8:33AM 25   issues as well.  So that was something that Keelan and I did on

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:33AM  1    a regular basis.
8:33AM  2    Q.    Any concerns raised by Mr. -- is it Adamson, you said?
8:33AM  3    A.    That's correct.
8:33AM  4    Q.    Any concerns that were raised by Mr. Adamson about how BP
8:33AM  5    was conducting itself in connection with wells that Transocean
8:33AM  6    was involved in?
8:33AM  7    A.    No.
8:33AM  8    Q.    Now, how did you think that these items that you've listed
8:33AM  9    on TREX-48272.1.1 were going to help improve safety?
8:33AM  10   A.    Well, obviously, you can't, as a leader of an
8:33AM  11   organization, make any changes or improvements or do anything
8:33AM  12   if you don't know what the issues are.  And the only way that
8:33AM  13   you can find those things out, you have to go out and you have
8:33AM  14   to visit with the teams and be out there with them.
8:34AM  15          The other thing that it does for you, it also helps
8:34AM  16   you understand what are the good things that are happening,
8:34AM  17   because there are a lot of good things going on.  I said
8:34AM  18   issues, but it's also about the good things that are going on
8:34AM  19   because you certainly want to be able to -- in my position, I
8:34AM  20   have obviously a line of sight to the whole of the operation.
8:34AM  21          But if there's something that's happening on one
8:34AM  22   particular rig that's actually good practice, doing these
8:34AM  23   things gives me the opportunity to take those learnings and
8:34AM  24   actually see about having those applied to the -- to the other
8:34AM  25   rigs in the fleet.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:34AM | 1 | **Q.**   And can you tell us what you learned about some of the |
| 8:34AM | 2 | good things that people were doing that you learned as a result |
| 8:34AM | 3 | of participating in these meetings? |
| 8:34AM | 4 | **A.**   Well, certainly, the -- I was really -- the Houma week, |
| 8:34AM | 5 | the thing that I took away from that was the teamwork that was |
| 8:34AM | 6 | actually occurring between the wells team leaders from BP and |
| 8:34AM | 7 | the rig managers from Transocean. |
| 8:34AM | 8 |         They -- from my -- I was with them for a couple days |
| 8:34AM | 9 | there in Houma and certainly they seemed to be on the same page |
| 8:35AM | 10 | around what they were doing from a safety standpoint just from |
| 8:35AM | 11 | managing the rigs and in delivering the business.  So the |
| 8:35AM | 12 | teamwork was great between those guys. |
| 8:35AM | 13 |         Again, some of the things that I learned from the |
| 8:35AM | 14 | *Deepwater Horizon* in particular just -- again, I'll go back to |
| 8:35AM | 15 | teamwork.  They were really a well performing team.  So, again, |
| 8:35AM | 16 | I would say some of -- a lot of it has been -- that I learned |
| 8:35AM | 17 | was, again, the -- the good interaction between our BP staff |
| 8:35AM | 18 | and our contractor staff. |
| 8:35AM | 19 | **Q.**   As a result of participating in these meetings, as well as |
| 8:35AM | 20 | in the weekly meetings that you held with your leadership team, |
| 8:35AM | 21 | did you form an impression as to what the appreciation for |
| 8:35AM | 22 | safety as being the number one priority was? |
| 8:35AM | 23 | **A.**   I can say that on the BP side, and I'll also say it on the |
| 8:35AM | 24 | drilling contractor side, everybody cared about safety.  They |
| 8:36AM | 25 | cared -- they took pride in what they did.  They wanted to |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:36AM | 1 | deliver a good -- a good well, but they wanted to deliver a |
| 8:36AM | 2 | safe well.  And that's certainly something that I came across |
| 8:36AM | 3 | in all my interactions with -- again, not only with the BP team |
| 8:36AM | 4 | that I had, but also with the drilling contractor team. |
| 8:36AM | 5 | Q.   While you were the vice president of drilling and |
| 8:36AM | 6 | completions, was the organization nominated for an award by |
| 8:36AM | 7 | Minerals Management Service? |
| 8:36AM | 8 | A.   Yes, it was. |
| 8:36AM | 9 | Q.   Okay. |
| 8:36AM | 10 | MS. KARIS:  And if we can look at 47962.1.1, please. |
| 8:36AM | 11 | BY MS. KARIS: |
| 8:36AM | 12 | Q.   This is an e-mail from Mr. Grant to a number of |
| 8:36AM | 13 | individuals dated March 26th of 2010, including a copy to you, |
| 8:36AM | 14 | right there -- |
| 8:36AM | 15 | A.   Yes. |
| 8:36AM | 16 | Q.   -- and a number of other individuals.  And it's titled, |
| 8:36AM | 17 | "MMS Safe Award Program." |
| 8:36AM | 18 | Mr. Grant says:  "Folks, we have been notified that |
| 8:37AM | 19 | BP is a finalist for the 2009 MMS National Safety Award for |
| 8:37AM | 20 | Excellence in the High Activity Operator category.  This award |
| 8:37AM | 21 | recognizes and commends companies with exemplary conduct of |
| 8:37AM | 22 | safe and pollution free operations by adhering to all |
| 8:37AM | 23 | regulations, employing trained and motivated personnel, and |
| 8:37AM | 24 | going the extra mile to enhance safety and environmental |
| 8:37AM | 25 | protection.  This is the second year in a row that BP has been |

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:37AM | 1 | a National SAFE Award finalist." |
| 8:37AM | 2 | Was it your experience that -- first of all, were you |
| 8:37AM | 3 | proud as an employee of BP to be nominated by the MMS for this |
| 8:37AM | 4 | SAFE award? |
| 8:37AM | 5 | A.   Yes, absolutely. |
| 8:37AM | 6 | Q.   It's been suggested that this award is an insignificant |
| 8:37AM | 7 | award.  Do you agree with that? |
| 8:37AM | 8 | A.   No, I don't.  I mean, any time you're recognized by |
| 8:38AM | 9 | regulators for your safety and your environmental protection, I |
| 8:38AM | 10 | think it's a good thing. |
| 8:38AM | 11 | Q.   Do you agree that based on your experience, the team that |
| 8:38AM | 12 | was working with you did, in fact, show exemplary conduct for |
| 8:38AM | 13 | safe and pollution free operations? |
| 8:38AM | 14 | A.   Yes. |
| 8:38AM | 15 | Q.   Let's go to a different subject. |
| 8:38AM | 16 | There's also been some -- a lot of talk -- a lot of |
| 8:38AM | 17 | discussion and testimony, I should say, regarding OMS, and we |
| 8:38AM | 18 | won't go back through all of that, I promise.  One of the |
| 8:38AM | 19 | benefits of being later in the day is there's less to talk |
| 8:38AM | 20 | about. |
| 8:38AM | 21 | But there's been lots said about what you understood, |
| 8:38AM | 22 | you personally understood OMS to apply to.  And I'd like to ask |
| 8:38AM | 23 | you about that. |
| 8:38AM | 24 | MS. KARIS:  If we can pull up D-3175.1.1. |
| | 25 | |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:39AM | 1 | **BY MS. KARIS:** |
| 8:39AM | 2 | **Q.**   This is part of a demonstrative that has been shown to |
| 8:39AM | 3 | numerous witnesses and multiple times in this case.  And it's |
| 8:39AM | 4 | been asserted that it was your view that "We do not operate the |
| 8:39AM | 5 | drilling rigs under a BP OMS," citing from your testimony. |
| 8:39AM | 6 | First of all, is that the complete answer that you |
| 8:39AM | 7 | gave in your deposition? |
| 8:39AM | 8 | **A.**   No, it's not. |
| 8:39AM | 9 | **Q.**   Can you tell us, do you agree that we do not -- with this |
| 8:39AM | 10 | slide, that we do not operate under the drilling rigs -- I'm |
| 8:39AM | 11 | sorry, "We do not operate the drilling rigs under a BP OMS"? |
| 8:39AM | 12 | **A.**   Do I agree that we don't? |
| 8:39AM | 13 | **Q.**   Yes. |
| 8:39AM | 14 | **A.**   No. |
| 8:39AM | 15 | **Q.**   Can you explain to the Court how you understand, as the |
| 8:39AM | 16 | vice president of drilling and completions in the Gulf of |
| 8:39AM | 17 | Mexico for 2010, how OMS applied to contractor-owned rigs? |
| 8:39AM | 18 | **A.**   So we have the safety management system that sits within |
| 8:40AM | 19 | the BP OMS.  And what we do is that we take the drilling |
| 8:40AM | 20 | contractor's safety management system and we compare it to our |
| 8:40AM | 21 | OMS, and we do that via a bridging document.  And basically |
| 8:40AM | 22 | what that is, is by comparing the two safety management |
| 8:40AM | 23 | systems, we identify any gaps that may exist and through that |
| 8:40AM | 24 | bridging document, we put in place mitigations to close those |
| 8:40AM | 25 | gaps. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:40AM   1          But as far as the drilling contractor's rig, we
8:40AM   2   operate a drilling contractor's rig under the contractor's
8:40AM   3   safety management system, but it is bridged back to BP's OMS.
8:40AM   4   Q.   Is BP's practice consistent with the practice of the
8:40AM   5   industry based on your 25 years of experience?
8:40AM   6   A.   Yes, it is.
8:40AM   7          MS. KARIS:  If we can pull up D-4943.
8:40AM   8   BY MS. KARIS:
8:40AM   9   Q.   This is a demonstrative that we've put together titled,
8:40AM  10   "How OMS Applied to Macondo Operations, as of April 20th of
8:40AM  11   2010."  And on the right-hand side here, we've got BP engineers
8:41AM  12   working onshore and on the left-hand side, we've got *the*
8:41AM  13   *Deepwater Horizon*.
8:41AM  14          Is this an accurate representation of how
8:41AM  15   BP's operating management system applied to the
8:41AM  16   *Deepwater Horizon*?
8:41AM  17   A.   Yes.
8:41AM  18   Q.   Okay.  And on the right-hand side, we've got BP engineers
8:41AM  19   working onshore.  Can you walk us briefly through what those
8:41AM  20   policies and practices are that applied to onshore activities,
8:41AM  21   just an overview.
8:41AM  22   A.   Sure.  Sure.  So very briefly, I'll just start from the
8:41AM  23   top.  "Beyond the Best," we've already talked about that.  That
8:41AM  24   is the common process that has been in place at BP since 2001
8:41AM  25   to plan -- plan wells and engineer the wells.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:41AM    1        Our "Drilling Wells and Operations Practice," that
8:41AM    2   practice has been in place since I joined the company in 2000.
8:41AM    3   That lays out how we're to actually operate and execute the
8:42AM    4   wells.
8:42AM    5        "The Way We Work" was actually a Gulf of Mexico
8:42AM    6   deepwater organization document.  One of the key pieces that
8:42AM    7   was included in that was a really nice chart around explaining
8:42AM    8   the roles and responsibilities of the various folks in the
8:42AM    9   organization, so the drilling engineers, wells team leaders,
8:42AM   10   completion engineers, managers, even BP, what they were
8:42AM   11   accountable for, how it was -- how they were supposed to work
8:42AM   12   together to deliver safely a deepwater well.
8:42AM   13        And the "Engineering and Technical Practices" were
8:42AM   14   really -- were 18 of these technical practices.  They were
8:42AM   15   things like zonal isolation, which was cementing, tubular
8:42AM   16   design, which was all about how you design the casing string
8:42AM   17   for the well.  Those were the technical practices that were
8:42AM   18   focused on the things that you worry about for process safety.
8:42AM   19   So those were all the things that the -- the onshore team
8:42AM   20   worked with.
8:42AM   21   Q.   Let me interrupt you for a second.  It's been suggested
8:43AM   22   that engineering technical practices, or ETPs as we've heard
8:43AM   23   them, did not apply to drilling.  As the vice president of
8:43AM   24   drilling and completions, is that accurate?
8:43AM   25   A.   No, it is not.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:43AM   1   **Q.**   Were there ETPs that applied to drilling?

8:43AM   2   **A.**   Yes.  As it shows here on the diagram, as I said, there

8:43AM   3   were 18 of these engineering and technical practices for D&C.

8:43AM   4   **Q.**   Okay.  I'm sorry.  Continue, then, telling us how the rest

8:43AM   5   of this demonstrative shows --

8:43AM   6   **A.**   Sure.

8:43AM   7   **Q.**   -- OMS applies.

8:43AM   8   **A.**   So you've got the OMS.  And, again, that's what BP works

8:43AM   9   under.

8:43AM   10          However, as I said earlier, the thing that you want

8:43AM   11  to ensure that you do is you want to work -- the drilling

8:43AM   12  contractor, work under their safety management system.  It's

8:43AM   13  their rig, it's their employees, and you want to make sure that

8:43AM   14  they're working under a system that they're familiar with.  But

8:43AM   15  at the same time, you want to ensure that their system is

8:43AM   16  consistent with what your expectations are as a company in

8:43AM   17  terms of how the operations are to be conducted.  And so you do

8:44AM   18  this via the bridging document.

8:44AM   19          And you can see in this particular demonstrative that

8:44AM   20  you have Transocean's safety management system, which has their

8:44AM   21  emergency response plan, their well control handbook, their

8:44AM   22  field operations handbook.  Again, this would be what you would

8:44AM   23  expect the contractors to be working under, is their system.

8:44AM   24  But you want to make sure it's consistent with the operator's

8:44AM   25  system, and you do that through the bridging document.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:44AM  1  **Q.**   Okay.  And if we can go back to D-3175.1.1, which is a

8:44AM  2  portion of your testimony in response to a question you were

8:44AM  3  asked.

8:44AM  4        It says:  "The only drilling rig that we had in our

8:44AM  5  fleet that would fall under the BP OMS is a BP-owned rig, the

8:44AM  6  PDQ on *Thunder Horse*."

8:44AM  7        Can you explain to the Court what you were testifying

8:44AM  8  to there?

8:44AM  9  **A.**   So, again, this particular facility is a BP-owned

8:44AM  10  facility.  So that is where you would expect to see the BP OMS

8:45AM  11  would apply, because it's a BP facility.  It's not a

8:45AM  12  contractor's rig.  So that was what I was referring to here

8:45AM  13  when I made that statement.

8:45AM  14  **Q.**   Okay.  Let's change topics.  Enough about OMS.

8:45AM  15        I want to talk to you now about gaps and gap

8:45AM  16  closures, I guess, under OMS.  Was OMS implemented in the Gulf

8:45AM  17  of Mexico drilling and completions organization when you were

8:45AM  18  the vice president?

8:45AM  19  **A.**   Yes.

8:45AM  20  **Q.**   Do you know when it was implemented?

8:45AM  21  **A.**   I believe it was in December of 2009.

8:45AM  22  **Q.**   Okay.  Now, prior to implementing OMS, was there a

8:45AM  23  requirement to conduct a gap assessment?

8:45AM  24  **A.**   Yes.

8:45AM  25  **Q.**   Did drilling and completions have a separate gap

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:45AM   1   assessment than the one that had been done for the strategic

8:45AM   2   performance unit, the GoM SPU?

8:45AM   3   A.   Yes.

8:45AM   4        MS. KARIS:   And if we can look at 45076.  I'm sorry,

8:45AM   5   D-45 -- nope, TREX-45076.

8:46AM   6   BY MS. KARIS:

8:46AM   7   Q.   Mr. O'Bryan, when Mr. Shaw was here, he testified

8:46AM   8   regarding the phase or the ways in which D&C -- I'm sorry, the

8:46AM   9   GoM SPU implemented OMS.  Just to orient ourselves, here would

8:46AM  10   be Mr. Dupree, the strategic performance team leader, and here

8:46AM  11   is your organization, D&C; is that accurate?

8:46AM  12   A.   Yes, it is.

8:46AM  13   Q.   And then there are a number of other organizations under

8:46AM  14   this, under Mr. Dupree's leadership; correct?

8:46AM  15   A.   Yes.

8:46AM  16   Q.   When we say that the SPU had a separate gap assessment,

8:46AM  17   can you explain to us why that does not include drilling and

8:46AM  18   completions?  What did that include?

8:46AM  19   A.   Well, when the SPU does their gap assessment, obviously

8:46AM  20   there's a lot -- there's lots of organizations that report up

8:47AM  21   through the SPU.  For example, you've got the exploration

8:47AM  22   appraisal, you've got the finance group that's under the chief

8:47AM  23   financial officer, you have vice president of HSE and

8:47AM  24   engineering.  So the SPU would need to -- in the implementation

8:47AM  25   of OMS would need to ensure that it did a gap assessment to

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:47AM  1    include those organizations.

8:47AM  2            For D&C, since it is obviously a line operation, it

8:47AM  3    did its own gap assessment separate from the SPU's gap

8:47AM  4    assessment.

8:47AM  5            MS. KARIS:  Okay.  You can take this down.  Thank

8:47AM  6    you.

8:47AM  7    BY MS. KARIS:

8:47AM  8    Q.   Now, Dr. Bea testified that BP, quote, ignored or never

8:47AM  9    closed out gaps that were identified as part of the OMS gap

8:47AM  10   limitation process.

8:47AM  11           Focusing on drilling and completions and the gap

8:47AM  12   assessment that was done for D&C, do you agree with that

8:47AM  13   statement?

8:47AM  14   A.   No, I don't.

8:47AM  15   Q.   Tell us why not.

8:47AM  16   A.   So when the D&C gap assessment was done -- as part of

8:48AM  17   rolling out the implementation of OMS, the gap assessment was

8:48AM  18   done.  And we actually had a coordinator that led the overall

8:48AM  19   coordination of the implementation of OMS, which included

8:48AM  20   ensuring that the gaps were closed.

8:48AM  21           So we -- during the gap assessment, the gaps were

8:48AM  22   identified, actions were agreed, and there were accountable

8:48AM  23   parties that were assigned with making sure those gaps got

8:48AM  24   closed.

8:48AM  25           We had an overall coordinator that -- his role was to

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:48AM   1  regularly keep track of were we on track with getting the gaps
8:48AM   2  closed and providing regular updates on that.
8:48AM   3  **Q.**   And were you then updated on the progress that was being
8:48AM   4  made?
8:48AM   5  **A.**   Periodically, yes.
8:48AM   6          **MS. KARIS:**  Okay.  If we can look at TREX-6025-C.3.1,
8:48AM   7  please.
8:48AM   8  **BY MS. KARIS:**
8:48AM   9  **Q.**   Do you recognize this document?
8:48AM  10  **A.**   Yes.
8:48AM  11  **Q.**   And I recognize it's a big spreadsheet and a little
8:49AM  12  difficult to read.  And if you need to see a hard copy, I have
8:49AM  13  a hard copy with us as well.
8:49AM  14          But can you first tell us what this is.
8:49AM  15  **A.**   So this is the risk register that was generated -- or I'm
8:49AM  16  sorry, the gap assessment that was created and a register to
8:49AM  17  keep track of it.
8:49AM  18          If you look at the different columns -- I won't go
8:49AM  19  through all of them, but it basically has what is the OMS
8:49AM  20  element.  It has the -- you know, the statement of what was
8:49AM  21  required for that particular element.  It had a conformance
8:49AM  22  rating, which is something that -- as you go through the gap
8:49AM  23  assessment, you want to understand what systems you already had
8:49AM  24  in place that were in service of that particular element.  And
8:49AM  25  you actually did an assessment of the level of conformance.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:49AM   1         So in this particular -- if we look at the top one

8:49AM   2   there, a Level 4 would indicate that you had a high degree of

8:50AM   3   conformance with that element.  Then there was a risk ranking

8:50AM   4   of the particular element.  And then there was a summary of the

8:50AM   5   evidence.

8:50AM   6         So what were the things that -- so we -- obviously,

8:50AM   7   if you said you had a Level 4 conformance rating, 5 was the

8:50AM   8   highest level of conformance, so what was the evidence of the

8:50AM   9   level of conformance that you came up with.

8:50AM   10         And then there were some gap comments.  If we scroll

8:50AM   11   over to the right.

8:50AM   12   **Q.**   Keep going.  Keep going.

8:50AM   13   **A.**   So we had gap comments, the gap title.

8:50AM   14         And then if you go all the way to the right, you had

8:50AM   15   a SPA, which is a single-point accountable person that was

8:50AM   16   tasked with closing the gap, the target date for having that

8:50AM   17   gap closed, and then a status update.  And the final column was

8:50AM   18   an indication as to whether the gap was closed or not.

8:50AM   19   **Q.**   And do you see there on the far right-hand side "Closed,"

8:51AM   20   "Y," and "N"?  Do you see that?

8:51AM   21   **A.**   Yes.

8:51AM   22   **Q.**   Is that part of the tracking that was done to see what

8:51AM   23   progress was being made in connection with the gap assessment,

8:51AM   24   identification, ranking, and closure?

8:51AM   25   **A.**   Yes.

PATRICK LEON O'BRYAN - DIRECT

8:51AM   1    **Q.**   Now, I'd like to focus on just a couple areas.  One is,
8:51AM   2    was there an assessment for risk management and assessment?
8:51AM   3    **A.**   Yes.
8:51AM   4              **MS. KARIS:**  If we can look at 6025-C.9.2, please.
8:51AM   5                      Actually, before we do that, 6025-C.12.2.
8:51AM   6    **BY MS. KARIS:**
8:51AM   7    **Q.**   How many gaps were identified in connection with -- these
8:51AM   8    are the process -- risk process safety gaps.  How many risks
8:51AM   9    were identified?
8:51AM   10   **A.**   There were three.
8:51AM   11   **Q.**   Okay.  And can you tell us what the status of those three
8:52AM   12   gaps was.
8:52AM   13   **A.**   Two were closed, and one that had a very high conformance
8:52AM   14   rating was yet to be closed.
8:52AM   15   **Q.**   Okay.  And then was there also an assessment with --
8:52AM   16   regarding to risk management?
8:52AM   17   **A.**   Yes.
8:52AM   18              **MS. KARIS:**  And if we can now look at 6025-C.9.T.
8:52AM   19   **BY MS. KARIS:**
8:52AM   20   **Q.**   Were there 15 different gaps with different levels of
8:52AM   21   conformance identified?
8:52AM   22   **A.**   I believe that's correct.
8:52AM   23   **Q.**   And of those 15 gaps, do we see here that all but one was
8:52AM   24   closed?
8:52AM   25   **A.**   Yes.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:52AM  1   **Q.**   Is this representative of the progress that your

8:52AM  2   organization was making in identifying, ranking, and closing

8:52AM  3   out gaps that had been identified as part of the OMS process?

8:52AM  4   **A.**   Yes.

8:53AM  5   **Q.**   Now, do you expect to see all of these gaps closed within

8:53AM  6   a three-month or six-month or even one-year period?

8:53AM  7   **A.**   Well, obviously, you will look at what the risk rating is

8:53AM  8   of the gap and your level of conformance with it, and you will

8:53AM  9   determine what the time frame is with which you'll get the gaps

8:53AM  10  closed.

8:53AM  11          But the key piece of OMS and risk management was

8:53AM  12  continuous improvement.  So it wasn't intended that you would

8:53AM  13  get all of it done in a set period of time.  It was something

8:53AM  14  that you would continually look at, take the risk out of the

8:53AM  15  business.  But it was a continuous improvement cycle.

8:53AM  16          So this was not something you do this once and put it

8:53AM  17  on the shelf and not come back to it.  This was something that

8:53AM  18  you continually looked at in your business going forward for --

8:53AM  19  in the spirit of continuous improvement.

8:53AM  20  **Q.**   In connection with the SPU OMS gap assessment, which you

8:53AM  21  told us was different, there was a gap identified for process

8:54AM  22  safety major hazards and risks not being fully understood by

8:54AM  23  engineering or line operating personnel.

8:54AM  24          Was that a gap that was ever identified to you as

8:54AM  25  part of the D&C gap assessment?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 8:54AM | 1 | **A.**   No, it was not. |
| 8:54AM | 2 | **Q.**   And was it your experience, based on working with the men |
| 8:54AM | 3 | and women in the Gulf of Mexico drilling and completions |
| 8:54AM | 4 | organization, that they did understand, both engineering and |
| 8:54AM | 5 | line operations, the risks associated with drilling? |
| 8:54AM | 6 | **A.**   As I said earlier, the major accident risk associated with |
| 8:54AM | 7 | drilling a well is a blowout.  And in my 25 years of experience |
| 8:54AM | 8 | in this industry, I haven't met anyone that works in drilling |
| 8:54AM | 9 | and completion that doesn't understand and appreciate the risk |
| 8:54AM | 10 | associated with drilling a well, which is a blowout. |
| 8:54AM | 11 | **Q.**   A completely different subject. |
| 8:54AM | 12 | **A.**   Okay. |
| 8:54AM | 13 | **Q.**   You testified early on that part of your involvement after |
| 8:54AM | 14 | the incident -- well, were you involved after the incident with |
| 8:54AM | 15 | some of the relief operations? |
| 8:55AM | 16 | **A.**   Yes.  I led the drilling of the relief wells. |
| 8:55AM | 17 | **Q.**   Okay.  We'll get back to that momentarily. |
| 8:55AM | 18 | But as part of your efforts to lead the drilling of |
| 8:55AM | 19 | the relief wells, did you retrieve the casing hanger from the |
| 8:55AM | 20 | Macondo -- was the casing hanger from the Macondo well |
| 8:55AM | 21 | retrieved? |
| 8:55AM | 22 | **A.**   Yes.  So after we got the relief wells drilled, I was also |
| 8:55AM | 23 | accountable for the abandonment of the Macondo well, and part |
| 8:55AM | 24 | of that abandonment process was to cut the 9 5/8 casing and |
| 8:55AM | 25 | retrieve that. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:55AM  1          MS. KARIS:  If we can now look at D-4878-A, please.
8:55AM  2  BY MS. KARIS:
8:55AM  3  Q.   Is the photograph on the right-hand side the casing hanger
8:55AM  4  that was retrieved from the Macondo well?
8:55AM  5  A.   On the left side?  Yes.
8:55AM  6  Q.   I'm sorry, on the left-hand side.
8:55AM  7  A.   Yes, yes.
8:55AM  8  Q.   Okay.  There's been some testimony in this case regarding
8:55AM  9  what the flow path was.  And I'm not going to ask you any
8:55AM  10  opinions about what you concluded the flow path was, but I
8:56AM  11  would like you to tell us what the condition was of the casing
8:56AM  12  hanger when that casing hanger was retrieved from the Macondo
8:56AM  13  well.
8:56AM  14  A.   As you can see in the picture on the left side, it still
8:56AM  15  had the label attached to it.  There was no evidence when it
8:56AM  16  came out that there was any fluid erosion.  By comparison, if
8:56AM  17  you look at the picture on the right, that was a picture on the
8:56AM  18  inside of the BOP cavity, and you can see to the right of that
8:56AM  19  significant fluid erosion.
8:56AM  20          And so when we looked at the hanger -- when we got
8:56AM  21  this picture onshore, when they pulled it, certainly if it had
8:56AM  22  come up the back side, we would have thought you would have
8:56AM  23  seen similar fluid erosion that you saw in the BOP.
8:56AM  24          So our conclusion was that it didn't, from that.
8:56AM  25  Q.   And when you say if it would have come up the back side --

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:56AM   1    **A.**   I'm sorry.

8:56AM   2    **Q.**   -- what do you mean?

8:56AM   3    **A.**   So coming up the back side would be around this hanger.

8:56AM   4    And certainly you wouldn't have expected the paper label to

8:57AM   5    still be affixed to the hanger when it came out.

8:57AM   6    **Q.**   Okay.  And when you say "up the back side," then are you

8:57AM   7    talking about had the hydrocarbons flowed up the annulus, you

8:57AM   8    would not have expected to see the casing hanger with no

8:57AM   9    erosion?

8:57AM  10    **A.**   That's correct.

8:57AM  11    **Q.**   A different subject.

8:57AM  12    **A.**   Okay.

8:57AM  13    **Q.**   You began today by telling us that you were on the

8:57AM  14    *Deepwater Horizon* on the evening of April 20th; correct?

8:57AM  15    **A.**   Yes.

8:57AM  16    **Q.**   Tell us what led to your going to the *Deepwater Horizon* on

8:57AM  17    April 20th.

8:57AM  18    **A.**   Sure.  As I said earlier, one of the things I said I was

8:57AM  19    going to do -- my personal commitment to safety was to visit

8:57AM  20    the rigs.  And this was my first opportunity to go to one of

8:57AM  21    the rigs.  In fact, this particular visit, I could have gone to

8:57AM  22    the *Deepwater Horizon* or the *Development Driller III*, which was

8:57AM  23    another one of the rigs that was working for us, I believe, in

8:58AM  24    the Atlantis field.

8:58AM  25            But as I said, one of the things that -- not only do

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

8:58AM   1   you want to understand what the issues are, but you also want
8:58AM   2   to learn what's going well.  And the *Deepwater Horizon* at that
8:58AM   3   point in time had been the best performing rig certainly within
8:58AM   4   the BP fleet globally when you looked at safety, when you
8:58AM   5   looked at drilling performance.  And just -- it was, kind of
8:58AM   6   what I've said, what good looks like.
8:58AM   7        And what I wanted to do on this particular visit was,
8:58AM   8   since it was my first out, in my role, one of the things I said
8:58AM   9   earlier, is to take lessons learned from one rig and make sure
8:58AM  10   we apply those to other rigs.
8:58AM  11        So I wanted to visit the *Deepwater Horizon*.  Because,
8:58AM  12   again, based on its performance since it had been in the fleet,
8:58AM  13   it was one of the better rigs in Transocean's fleet.  So that's
8:58AM  14   the reason why I chose to go to the *Horizon*.
8:58AM  15   **Q.**   Who else was going to go on this rig visit with you?
8:59AM  16   **A.**   So David Sims, our wells operations manager, who had
8:59AM  17   accountability for the rig, was going out with me.  Originally,
8:59AM  18   Keelan Adamson, who was the managing director for Transocean
8:59AM  19   for North America, was going to go out on the visit.
8:59AM  20        Because I do think it's important when you go out and
8:59AM  21   visit a rig you also go with your counterpart from the drilling
8:59AM  22   contractor.  So Keelan was going to go.  Something came up last
8:59AM  23   minute the week before and he wasn't going to be able to make
8:59AM  24   it.
8:59AM  25        So Daun Winslow, who was the Transocean operations

PATRICK LEON O'BRYAN – DIRECT

8:59AM  1   manager, and Buddy Trahan, who was another one of the managers

8:59AM  2   for Transocean, took Keelan's spot and joined me on the visit.

8:59AM  3   Q.   So were Mr. Winslow, Mr. Trahan, Mr. Sims on the rig with

8:59AM  4   you on the evening of April 20th as a result of you scheduling

8:59AM  5   this rig visit?

8:59AM  6   A.   Yes.

8:59AM  7   Q.   Did you do anything to prepare to go to that rig visit?

9:00AM  8   A.   Yes.  I asked David Sims to give me what we call "speaking

9:00AM  9   points" so that I could understand just what was going on on

9:00AM  10  the rig, some of the things I needed to be aware of about the

9:00AM  11  rig's performance, and things that he wanted to share with me

9:00AM  12  so that I was aware of it, and when I was out visiting with the

9:00AM  13  rig and the crews, I would have knowledge of what they were

9:00AM  14  doing.

9:00AM  15  Q.   Okay.  So you asked Mr. Sims, who we've heard some about

9:00AM  16  previously, to prepare for you these speaking points of what

9:00AM  17  the operations were like at the Macondo well.  Is that fair?

9:00AM  18  A.   Yes.

9:00AM  19       MS. KARIS:   Okay.  And if we can now look at

9:00AM  20  D-47964.1.1, please.

9:00AM  21  BY MS. KARIS:

9:00AM  22  Q.   Is this an e-mail that you received from Mr. Sims, dated

9:00AM  23  April 19th of 2010?

9:00AM  24  A.   Yes.

9:00AM  25  Q.   Okay.  And did he, in fact, provide you with what he calls

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:00AM  1  "talking points for the rig visit.  *Horizon*, Macondo, and

9:01AM  2  safety leadership-related stuff"?

9:01AM  3  **A.**   Yes.

9:01AM  4  **Q.**   And now if we can look at the attachment --

9:01AM  5         **MR. BRIAN:**  Your Honor, just for the record, I think

9:01AM  6  she misspoke and referred to it as a D.  I think it's a TREX.

9:01AM  7         **MS. KARIS:**  I'm sorry, yes, TREX.  Thank you.

9:01AM  8         **THE COURT:**  Thank you.

9:01AM  9         **MS. KARIS:**  Trial Exhibit 47964.1.1.  I apologize.

9:01AM  10  BY MS. KARIS:

9:01AM  11  **Q.**   Now we're looking at TREX-47964-N.3.1, which are the

9:01AM  12  talking points that Mr. Sims provided to you regarding the

9:01AM  13  *Deepwater Horizon* visit.

9:01AM  14         He identifies there "Hallmarks of the *Horizon* team."

9:01AM  15  Can you tell us what hallmarks Mr. Sims identified in

9:01AM  16  preparation for your going to the rig visit?

9:01AM  17  **A.**   Yes.  If you -- again, as I said earlier, the *Horizon* team

9:02AM  18  had delivered some really great performance, a very safe,

9:02AM  19  efficient rig.  And some of the things that David put here as

9:02AM  20  to what -- kind of what were the key contributors, you know,

9:02AM  21  "Genuine concern for health, safety, and environment - just not

9:02AM  22  ticking the box."  They really cared about getting it right

9:02AM  23  from a health and safety environment perspective.

9:02AM  24         "Tremendous rigor put into risk awareness,

9:02AM  25  mitigation, reporting, investigations, lessons learned."

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:02AM   1          This rig drilled exploration wells, and in our

9:02AM   2   business exploration wells are the more risky wells simply

9:02AM   3   because you don't have -- you don't have all the knowledge of

9:02AM   4   the subsurface and whatnot that you have when you drill

9:02AM   5   development wells.  So putting rigor into risk awareness and

9:02AM   6   mitigation is really important for an exploration well to get

9:02AM   7   it right.

9:02AM   8          Same goals, there was no conflict between the

9:03AM   9   operator and the contractor.  Everybody had the same goal, we

9:03AM   10  were on the same page.

9:03AM   11         There was a no-blame culture, fix the problem, learn

9:03AM   12  from it, and move on.

9:03AM   13         "No egos, no divisions, no agendas on the rig,"

9:03AM   14  everybody shared equally.

9:03AM   15             "Utilizes all available resources to get back on

9:03AM   16  track."

9:03AM   17         And the last one is really important because

9:03AM   18  drilling a well involves -- particularly these types of wells,

9:03AM   19  involves a lot of different folks, "Excellent communication on

9:03AM   20  the rig between the office and the rig site," critical for a

9:03AM   21  rig to be successful like this one had been.

9:03AM   22  Q.   Okay.  And I notice this is updated 4/15 of 2010, and he

9:03AM   23  sends it to you on April 19th of 2010.

9:03AM   24         Did Mr. Sims at any time indicate that any of these

9:03AM   25  talking points or views that he had had changed in light of any

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:03AM   1   communications that he had had or any other concerns that he

9:03AM   2   had?

9:03AM   3   **A.**   No.

9:03AM   4   **Q.**   Did Mr. Sims at any time indicate to you that he had any

9:04AM   5   concerns -- any safety concerns associated with the operations

9:04AM   6   at the Macondo well?

9:04AM   7   **A.**   No.

9:04AM   8   **Q.**   Did Mr. Sims himself accompany you on this rig visit on

9:04AM   9   April 20th?

9:04AM   10   **A.**   Yes, he did.

9:04AM   11   **Q.**   Now, we'll talk in a moment about your visit on the

9:04AM   12   *Deepwater Horizon*.  But at any time prior to you going to the

9:04AM   13   *Deepwater Horizon* on April 20th, did anyone from Transocean

9:04AM   14   ever raise any concern that BP was rushing them to complete the

9:04AM   15   well?

9:04AM   16   **A.**   No, they did not.

9:04AM   17   **Q.**   While you were on the rig, did anybody raise any concerns,

9:04AM   18   including when you were with Transocean's leadership?

9:04AM   19   **A.**   No.

9:04AM   20   **Q.**   At any time prior to April 20th, including the entire day

9:04AM   21   that you were on the rig with Transocean's leadership, did

9:05AM   22   anyone say anything to you about BP cutting corners?

9:05AM   23   **A.**   No.

9:05AM   24   **Q.**   Did anybody say anything to you about BP pushing too hard,

9:05AM   25   rushing too much, or asking anyone to sacrifice safety?

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 9:05AM | 1 | **A.**   No. |
| 9:05AM | 2 | **Q.**   Did you spend the entire day with Transocean's leadership? |
| 9:05AM | 3 | **A.**   On the rig, yes.  We was going to spend the night there as |
| 9:05AM | 4 | well. |
| 9:05AM | 5 | **Q.**   And had you participated in meetings with Transocean, as |
| 9:05AM | 6 | well as other contractors, up through April 20th? |
| 9:05AM | 7 | **A.**   Yes.  As I mentioned earlier, I met with Keelan Adamson on |
| 9:05AM | 8 | a regular basis.  We had also just had -- I believe it was a |
| 9:05AM | 9 | couple, three weeks prior -- a global business review with |
| 9:05AM | 10 | Transocean, and that's where we meet to talk about all the |
| 9:05AM | 11 | Transocean operations globally, and no issues raised, any |
| 9:05AM | 12 | concerns that anybody had. |
| 9:05AM | 13 | **Q.**   Okay.  There's been testimony in this case, again, from |
| 9:05AM | 14 | Mr. Bea, quote:  "BP and its Macondo drilling team were under |
| 9:06AM | 15 | significant pressure to complete the well, and if the Macondo |
| 9:06AM | 16 | operations took too long, BP was in danger of losing the |
| 9:06AM | 17 | Kaskida lease." |
| 9:06AM | 18 | First of all, are you familiar with the Kaskida |
| 9:06AM | 19 | lease? |
| 9:06AM | 20 | **A.**   Yes. |
| 9:06AM | 21 | **Q.**   Do you agree with Mr. Bea's statement -- Dr. Bea's |
| 9:06AM | 22 | statement? |
| 9:06AM | 23 | **A.**   No. |
| 9:06AM | 24 | **Q.**   Tell us why not. |
| 9:06AM | 25 | **A.**   We had -- one of the things that -- obviously, the rig |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:06AM  1    schedule was having -- the *Deepwater Horizon* was going to go to
9:06AM  2    the Nile to do a P & A, and then it was going to the Kaskida
9:06AM  3    well to do a -- the Kaskida lease to do an appraisal well.
9:06AM  4         Obviously, with the Macondo well running a bit -- a
9:06AM  5    bit long, we were looking at the schedule that we had; and one
9:06AM  6    of the things that we wanted to understand was would the MMS
9:06AM  7    provide us with an extension on the deadline.
9:06AM  8         So I believe it was on the day I went out or the day
9:06AM  9    before, we had actually sent a letter to the MMS inquiring
9:07AM  10   about our ability to get an extension.  We had a couple of
9:07AM  11   issues.  Obviously, we wanted to use the *Deepwater Horizon* to
9:07AM  12   drill the well.
9:07AM  13        But the other bit was we had a wellhead system which
9:07AM  14   was a Generation 1, 20,000-pound wellhead system that was being
9:07AM  15   developed by Dril-Quip, and there had been some delays in
9:07AM  16   getting that because, again, it was a Serial No. 1 piece of
9:07AM  17   technology.
9:07AM  18   Q.   Was that to be used at Kaskida?
9:07AM  19   A.   It was to be used at Kaskida, and it was needed to be able
9:07AM  20   to drill that well.  And so there was actually some concerns
9:07AM  21   whether it would actually be ready by the deadline.
9:07AM  22        So we wanted to approach the MMS to find out, one,
9:07AM  23   could we get an extension.  If we couldn't, then we had
9:07AM  24   options.  We could have obviously not gone to the Nile well.
9:07AM  25   We could have gone and actually started open-water work with

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 9:07AM | 1 | the *Horizon*.  That would be work we could do without the |
| 9:07AM | 2 | requirement of the wellhead.  We also had the option of being |
| 9:08AM | 3 | able to pull rigs off of other wells if we needed to. |
| 9:08AM | 4 | So we had several options to mitigate that.  But |
| 9:08AM | 5 | until you -- until you actually understood whether you were |
| 9:08AM | 6 | going to get the extension, we had not entertained any of those |
| 9:08AM | 7 | different options yet. |
| 9:08AM | 8 | Q.   With respect to the reference by Dr. Bea about BP's |
| 9:08AM | 9 | drilling team being under significant pressure to complete the |
| 9:08AM | 10 | well, did anybody at any time ever indicate to you, including |
| 9:08AM | 11 | Mr. Sims, that BP's drilling team was under significant |
| 9:08AM | 12 | pressure to complete the Macondo well? |
| 9:08AM | 13 | A.   No. |
| 9:08AM | 14 | Q.   While you were with Mr. Sims, did he express satisfaction |
| 9:08AM | 15 | as to how things were progressing at Macondo? |
| 9:08AM | 16 | A.   I think, you know, he was -- I think he was fine with |
| 9:08AM | 17 | things.  I think, obviously, the cost -- the well was costing |
| 9:08AM | 18 | more than we thought.  It was running longer than we had |
| 9:08AM | 19 | planned.  But as far as the interaction with the rig and |
| 9:09AM | 20 | whatnot, no issues were expressed to me. |
| 9:09AM | 21 | Q.   Was it unusual in your experience for some wells to cost |
| 9:09AM | 22 | more than originally planned? |
| 9:09AM | 23 | A.   You certainly have -- particularly with exploration wells, |
| 9:09AM | 24 | it's not uncommon to have cost overruns. |
| 9:09AM | 25 | Q.   Let's talk about your actual visit on the |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:09AM   1   *Deepwater Horizon*.

9:09AM   2   **A.**   Okay.

9:09AM   3   **Q.**   When did you actually arrive on the rig?

9:09AM   4   **A.**   It was about 2:30 on the afternoon of April 20th.

9:09AM   5   **Q.**   And can you tell us what you did after you arrived on the

9:09AM   6   *Horizon* at about 2:30 on April 20th.

9:09AM   7   **A.**   Sure.  So after we got off the helicopter, we went down

9:09AM   8   below and met at a point where we signed in on the rig and were

9:09AM   9   greeted by Jimmy Harrell, who was the OIM, and Curt Kuchta, who

9:09AM  10   was the captain for the rig, signed in.

9:10AM  11       And then because it was my first time to visit the

9:10AM  12   rig, they took me into the -- I believe they call it their

9:10AM  13   cinema room to do a safety orientation.  That took, I'd say,

9:10AM  14   about 30 to 45 minutes.  The safety orientation was to assign

9:10AM  15   me to a lifeboat in case there was an incident, so I would know

9:10AM  16   which lifeboat to get on.

9:10AM  17       They also -- different alarms, what they meant,

9:10AM  18   muster points, those -- those sorts of things that you would

9:10AM  19   typically do in a safety orientation for a visit to a rig.

9:10AM  20   **Q.**   So you started with a safety orientation.  How long

9:10AM  21   approximately did that last?

9:10AM  22   **A.**   I'm guessing 30 to 45 minutes.

9:10AM  23   **Q.**   All right.  What did you do after you finished the safety

9:10AM  24   orientation?

9:10AM  25   **A.**   So while I was doing the orientation, they had taken my

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:10AM   1   bag off of the helicopter and had set it outside the door.  I
9:10AM   2   left, got my bag.  They took me down to where my quarters were
9:10AM   3   going to be for the night.  As I said, we were going to spend
9:10AM   4   the night on the rig.  We were actually staying until about
9:10AM   5   noon the next day.  And I went down to my quarters and changed
9:11AM   6   clothes, put on my coveralls and the rest of my PPE because we
9:11AM   7   were going to do a rig tour.
9:11AM   8   Q.   Before doing the rig tour, did you stop by the BP company
9:11AM   9   man office?
9:11AM  10   A.   Yes, I did.
9:11AM  11   Q.   Tell us about that.
9:11AM  12   A.   Sure.  So as I said, one of the things -- when I go out
9:11AM  13   and do a field visit, the first thing I'll do is check in with
9:11AM  14   the company man to find out what's going on on the rig, explain
9:11AM  15   to him what we were -- what we were doing and --
9:11AM  16   Q.   Let me interrupt you.  I'm sorry.  I called him a "company
9:11AM  17   man," and so did you.  Is that the well site leaders?
9:11AM  18   A.   Yes.  I'm sorry, that's the well site leaders.
9:11AM  19   Q.   Go ahead.
9:11AM  20   A.   -- met me -- met me in the company man's office, and the
9:11AM  21   well site leader that was on duty at the time was Bob Kaluza.
9:11AM  22   David Sims was also there as well.  And I sat down and visited
9:11AM  23   with Bob and asked him, you know, what was going on on the rig.
9:11AM  24        He explained that he had just cemented the casing
9:11AM  25   that night, had just completed the positive pressure test,

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:12AM    1    which is part of the well integrity testing.

9:12AM    2           He actually showed me the pressure recording chart

9:12AM    3    for the positive test and everything looked fine and said that

9:12AM    4    they were in the process of getting lined up to do the negative

9:12AM    5    pressure test.

9:12AM    6           I asked Bob, were there any issues or concerns or

9:12AM    7    things I needed to be aware of while I was out there, and he

9:12AM    8    did not express anything to me.

9:12AM    9    Q.   What did you do after leaving the company man's office?

9:12AM   10    A.   So David and I went up on deck and we met up with Daun

9:12AM   11    Winslow, Buddy Trahan, Jimmy Harrell, who was the OIM, and

9:12AM   12    Randy Ezell, who was the senior toolpusher.  And there were a

9:12AM   13    couple other Transocean personnel there as well.

9:12AM   14    Q.   Tell us about that tour that you did.

9:12AM   15    A.   Yes.  So we started the tour.  I think we went back to the

9:12AM   16    riser bay area first and spent a bit of time there talking

9:13AM   17    about -- they had some joints of the riser there.  And we were

9:13AM   18    talking about the connections, and they were sharing some

9:13AM   19    things about that.

9:13AM   20           After we spent a little bit of time in that area, we

9:13AM   21    made our way towards the rig floor.  And when we got to the rig

9:13AM   22    floor, to that area, it was cordoned off.  Transocean's policy

9:13AM   23    is, if an area's cordoned off, you have to get permission from

9:13AM   24    whoever is in charge of that area to -- to enter it.  And I'm

9:13AM   25    not sure who from our tour party actually went and got

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 9:13AM | 1 | permission, but they went and got permission for us to enter |
| 9:13AM | 2 | the area. |
| 9:13AM | 3 | **Q.**   Approximately what time is this? |
| 9:13AM | 4 | **A.**   Oh, I'm guessing this is probably sometime 4:30, quarter |
| 9:13AM | 5 | of 5:00, something like that. |
| 9:13AM | 6 | **Q.**   Go ahead. |
| 9:13AM | 7 | **A.**   So we entered the area and we went into an area called the |
| 9:13AM | 8 | "heavy toolshed" and went into that area to look around in |
| 9:13AM | 9 | there.  Jimmy Harrell, the OIM, and myself got engaged in a |
| 9:14AM | 10 | conversation about the harnesses.  One of the things I look for |
| 9:14AM | 11 | when I go out is -- harnesses will typically have a tag on them |
| 9:14AM | 12 | that indicates when they were last inspected, and I noticed |
| 9:14AM | 13 | that these didn't have that tag. |
| 9:14AM | 14 | And I got into a conversation with Jimmy about the |
| 9:14AM | 15 | fact that Transocean has a chip that they put into it and all |
| 9:14AM | 16 | of that recordkeeping is done electronically.  While Jimmy and |
| 9:14AM | 17 | I were having our conversation, the rest of our party had left |
| 9:14AM | 18 | the toolshed area.  And when Jimmy and I finished our |
| 9:14AM | 19 | conversation, we walked out. |
| 9:14AM | 20 | And we were headed towards the -- the driller's area |
| 9:14AM | 21 | where everybody was congregated.  And about that time, Daun |
| 9:14AM | 22 | Winslow said, "We ought to let these guys get back to work." |
| 9:14AM | 23 | **Q.**   Approximately what time was this that Mr. Winslow told you |
| 9:14AM | 24 | "we should let these guys get back to work"? |
| 9:14AM | 25 | **A.**   Again, we were in that area sometime 4:30, 5:00. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:15AM  1    Q.   Then what did you guys do after completing your tour?
9:15AM  2    A.   So we left the rig floor area, and we went down into one
9:15AM  3    of the legs of the rig.  The rig was going to be doing -- going
9:15AM  4    into dry dock, I believe, in 2011, and they were wanting to
9:15AM  5    show me one of the thrusters that they were going to be taking
9:15AM  6    out.  They were going to show me how they actually took the
9:15AM  7    thruster, lifted it out of the leg to get it off the rig.  So
9:15AM  8    we spent a good time there.
9:15AM  9          Then we walked the length of the pontoon to another
9:15AM  10   leg, and then we came back up on deck.
9:15AM  11         From there, when we got back up on deck, we talked
9:15AM  12   about what were the plans for the rest of the evening.
9:15AM  13   Q.   Okay.  So that would take us to approximately to 6:00 or
9:15AM  14   so?
9:15AM  15   A.   Yeah, probably a little bit before 6:00.
9:15AM  16   Q.   And if you can then walk us forward.  What did you do
9:15AM  17   after that?
9:16AM  18   A.   Sure.  So we -- Daun had suggested that we meet in the
9:16AM  19   galley at 6:00 for dinner.  So we left and went to my room and
9:16AM  20   took my coveralls off and cleaned up, headed up towards the
9:16AM  21   galley.  And I stopped off at the well site leader's/company
9:16AM  22   man's office.  I wanted to call my wife and let her know that I
9:16AM  23   had made it to the rig safely.
9:16AM  24         And then I got to the galley and had dinner with Daun
9:16AM  25   and Buddy and David Sims and I believe Jimmy Harrell and

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 9:16AM | 1 | Randy -- I don't remember if Randy Ezell was there, but I |
| 9:16AM | 2 | remember Jimmy being there. |
| 9:16AM | 3 | **Q.**    After having dinner with Mr. Ezell, Mr. -- possibly |
| 9:16AM | 4 | Mr. Ezell, Mr. Harrell, Mr. Trahan, Mr. Sims, at any time did |
| 9:16AM | 5 | anybody raise any concerns about any of the operations that |
| 9:16AM | 6 | were taking place? |
| 9:16AM | 7 | **A.**    No. |
| 9:16AM | 8 | **Q.**    Following that, did you guys then head to the bridge? |
| 9:17AM | 9 | **A.**    No.  Before that, we actually had -- once we finished |
| 9:17AM | 10 | dinner, one of the things we wanted to talk with the team about |
| 9:17AM | 11 | was dropped objects campaign, some of the things that they were |
| 9:17AM | 12 | doing with that, maintenance.  And so Daun had suggested that |
| 9:17AM | 13 | we have a meeting with the rig's leadership team at |
| 9:17AM | 14 | approximately 7:00. |
| 9:17AM | 15 | So after we finished -- finished our dinner, we met |
| 9:17AM | 16 | up in a conference room around 7:00.  And as I said, the |
| 9:17AM | 17 | purpose of the meeting was to visit about the -- we had several |
| 9:17AM | 18 | dropped object incidents around the company and wanted to talk |
| 9:17AM | 19 | about a campaign that Transocean had implemented focused on |
| 9:17AM | 20 | elimination of dropped objects. |
| 9:17AM | 21 | We wanted to talk about the maintenance program, |
| 9:17AM | 22 | preventive maintenance.  Buddy, if I remember correctly, was |
| 9:17AM | 23 | specifically wanting to talk about the upcoming dry dock and |
| 9:17AM | 24 | what things needed to be done in preparation for that. |
| 9:17AM | 25 | And then we actually got into a conversation about |

9279

PATRICK LEON O'BRYAN - DIRECT

9:17AM    1    the things that we had looked at earlier that David had sent
9:18AM    2    about why was this rig just a great performing rig and what
9:18AM    3    were the things that -- from Transocean's perspective, why they
9:18AM    4    felt like the rig was as successful as it was.
9:18AM    5    Q.    And did they identify for you why Transocean believed that
9:18AM    6    this rig was as successful as it was while it was drilling the
9:18AM    7    Macondo well?
9:18AM    8    A.    They again talked about the teamwork, talked about the
9:18AM    9    communication between the team.  A lot of the same things that
9:18AM   10    David had actually highlighted in his slide.
9:18AM   11    Q.    And then walk us forward.
9:18AM   12    A.    So they had this meeting.  It lasted until, I'm guessing,
9:18AM   13    around 8:30 or so.  We broke up.  We were having a conversation
9:18AM   14    on whether we were going to turn in for the night.  And Daun
9:18AM   15    actually said that he wanted to take us up on the bridge
9:18AM   16    because he said on this these types of visits, typically that's
9:18AM   17    an area that's always missed, and he wanted us to go up on the
9:18AM   18    bridge.
9:18AM   19            So Daun took David and I up on the bridge.  I can't
9:19AM   20    remember if Buddy joined us, but certainly myself, Daun, and
9:19AM   21    David, and we went up on the bridge and that was probably
9:19AM   22    around 9:00.
9:19AM   23            MS. KARIS:  If we can now look at D-6710.
9:19AM   24    BY MS. KARIS:
9:19AM   25    Q.    So this is approximately 9:00, as you just said?

OFFICIAL TRANSCRIPT

9280

PATRICK LEON O'BRYAN - DIRECT

9:19AM   1    **A.**   Yes.

9:19AM   2    **Q.**   And this is a demonstrative.  Do you recognize this --

9:19AM   3    first of all, this location?

9:19AM   4    **A.**   Yes.  It's the bridge.

9:19AM   5    **Q.**   Mr. O'Bryan, do you have a pointer up there?

9:19AM   6    **A.**   I do.

9:19AM   7    **Q.**   And at about 9:00, when you're on the bridge -- I'd like

9:19AM   8    to discuss with you what happened from then until you evacuated

9:19AM   9    the *Deepwater Horizon*.

9:19AM   10   **A.**   Sure.

9:19AM   11   **Q.**   Can you walk us through what you did once you got to the

9:19AM   12   bridge.

9:19AM   13   **A.**   So we -- we came on the bridge.  There's an entry door

9:19AM   14   here.  And we came up from below here.  And I believe it was

9:19AM   15   Captain Kuchta was in this area here.  He met us as we walked

9:20AM   16   into the bridge.  There were a couple of DP operators, dynamic

9:20AM   17   position operators, that were on the bridge as well.

9:20AM   18          Just to kind of orient, the BOP panel was on this

9:20AM   19   back wall here.  You can't see it in this diagram.  And I

9:20AM   20   believe the DPO operator, one of them was either in this chair

9:20AM   21   or this chair here.  I can't remember which.  And there was

9:20AM   22   another one --

9:20AM   23   **Q.**   DPO is dynamically position --

9:20AM   24   **A.**   Position operator.

9:20AM   25   **Q.**   Go ahead.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:20AM 1    A.    The person that was driving the -- keeping the vessel on

9:20AM 2    station.

9:20AM 3              And then there was another operator that was over in

9:20AM 4    this area.  So when we got up on the bridge, they spent quite a

9:20AM 5    bit of time -- obviously, from this picture, you can see

9:20AM 6    there's lots of panels in the console, lots of different

9:20AM 7    monitors and whatnot.

9:20AM 8              And so they walked -- walked us around, showed us the

9:20AM 9    different controls and panels, explained to us what they were,

9:20AM 10   the current meters, the radar.

9:20AM 11             There was actually a drilling rig that you could see

9:21AM 12   in the distance.  You could see the light off the -- the left

9:21AM 13   side, the port side of the rig.  And we actually could see the

9:21AM 14   call numbers on the radar, and Captain Kuchta was looking up to

9:21AM 15   see what the rig name was.  And we did that -- I don't know how

9:21AM 16   long we -- we did that.  But once we were finished with those

9:21AM 17   conversations, we moved over into this area here, where there

9:21AM 18   was a simulator --

9:21AM 19   Q.    And by "this area over here," just for the record, you

9:21AM 20   mean to the right --

9:21AM 21   A.    To the right side, the starboard side.

9:21AM 22   Q.    -- where you see the desks?

9:21AM 23   A.    Yes, in this area here.  The right side of the bridge.

9:21AM 24             There was a dynamic position simulator.  So it was

9:21AM 25   basically they could program in different weather conditions,

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:21AM   1   different currents, different headings of the vessel.  And this
9:21AM   2   was something that the DP operators used to practice
9:21AM   3   stationkeeping.
9:22AM   4        So they -- they loaded up some different scenarios
9:22AM   5   for -- Daun went first.  Then David did a simulation, and then
9:22AM   6   I was doing a simulation.  I was the last one doing one.  And
9:22AM   7   sometime in there, Daun left the bridge.  As I said, I think
9:22AM   8   Buddy was up there for a bit, but he had -- he had left by
9:22AM   9   then.  So it was really David and I were the only two from our
9:22AM  10   party that was still on the bridge at that time.
9:22AM  11   Q.   Is this shortly after -- sometime after 9:00?
9:22AM  12   A.   This would have been, I'm guessing, probably 9:30.  We
9:22AM  13   had -- as I said, we had been up there quite a bit.  By the
9:22AM  14   time it had got to me, it would have been 9:30, something like
9:22AM  15   that.
9:22AM  16   Q.   Tell us how you noticed that something was wrong.
9:22AM  17   A.   So I was on the simulator and this set over here, and all
9:22AM  18   of a sudden, the rig started shaking violently.  And I remember
9:22AM  19   looking at David and the DP operator that was there.  I'm not
9:23AM  20   sure exactly the words I used, but I said, "What is that?"
9:23AM  21        And no one knew.  And as I said, the rig was really
9:23AM  22   shaking violently.  And what I remember, Captain Kuchta walked
9:23AM  23   over to a door that's on the left side of the bridge right
9:23AM  24   here.  As I said, we were over on the right side, on the front
9:23AM  25   of the bridge.  And he opened this door here, and you could

PATRICK LEON O'BRYAN - DIRECT

9:23AM   1   actually -- there was a supply boat that was moored up to
9:23AM   2   the -- to the rig and you could see mud showering over the rig
9:23AM   3   and -- over the boat, I'm sorry.
9:23AM   4           And he closed the door.  And shortly thereafter,
9:23AM   5   there was an explosion.  You could actually hear a hissing
9:23AM   6   noise, and then there was an explosion.  And within seconds,
9:23AM   7   the way I would describe it is that you could hear just a big
9:24AM   8   sucking sound, and there was a second, much larger explosion.
9:24AM   9           And, of course, we were -- we kind of hunkered down,
9:24AM  10   didn't know if there was going to be a third, much larger
9:24AM  11   explosion that was actually going to take the bridge out.  We
9:24AM  12   didn't know.  Out these windows on the right side here, you
9:24AM  13   could actually have -- you had a view of the rig floor, and it
9:24AM  14   was on fire.
9:24AM  15           And at that time when the second explosion occurred,
9:24AM  16   the lights went out on the bridge, and you started to have some
9:24AM  17   people coming into the bridge from this door that I mentioned
9:24AM  18   earlier that Captain Kuchta opened.  And one particular
9:24AM  19   individual, I don't know who it was, came in and sat down in a
9:24AM  20   chair right here, and he was bleeding.  And someone gave him a
9:24AM  21   towel or a rag or something to wrap around his head.  And he
9:24AM  22   just said the back of the rig was on fire.
9:25AM  23           Captain Kuchta told us to put on our life vests, and
9:25AM  24   there was a life vest locker somewhere along the front here.
9:25AM  25   And so David and I got our life jackets and put them on.  And

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:25AM   1   as I said, we -- from the time we were on the bridge, during

9:25AM   2   this time frame, we were in this part of the bridge, the right

9:25AM   3   front portion of the bridge.

9:25AM   4   Q.   Okay.  I want to step back for a couple -- ask you a

9:25AM   5   couple of follow-up questions.

9:25AM   6        I believe you testified that Captain Kuchta opens

9:25AM   7   this door here to the left and you could see mud raining down,

9:25AM   8   as you described it?

9:25AM   9   A.   Yes.

9:25AM  10   Q.   And at this time, Captain Kuchta closed the door and came

9:25AM  11   back inside?

9:25AM  12   A.   Yes, he did.

9:25AM  13   Q.   Some time elapsed, then, between then and when the

9:25AM  14   explosion took place?

9:25AM  15   A.   Yes.  I don't know -- I mean, there was a lot going on,

9:26AM  16   obviously.  And I remember -- I don't know if it was

9:26AM  17   Captain Kuchta or somebody got on the phone, but I just heard a

9:26AM  18   conversation that they were telling the supply boat to move

9:26AM  19   away.  But I don't know how much time had elapsed.

9:26AM  20   Q.   That was going to be my question to you was after

9:26AM  21   Captain Kuchta came in and closed the door and you said you

9:26AM  22   could see mud raining down, somebody then called the supply

9:26AM  23   boat?

9:26AM  24   A.   Yes.

9:26AM  25   Q.   And do you know what was said to the folks on the supply

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:26AM    1    boat?

9:26AM    2    **A.**    What I recall that they said was to move away from the

9:26AM    3    rig.

9:26AM    4    **Q.**    Did anybody from Transocean's crew at that time take

9:26AM    5    action to activate -- before calling the supply boat, did

9:26AM    6    anybody take any action to activate the BOP which you told us

9:26AM    7    was on a panel back here?

9:26AM    8    **A.**    No.

9:26AM    9    **Q.**    After Captain Kuchta came back in and someone called the

9:26AM   10    supply boat, you said some period of time elapsed and then you

9:27AM   11    felt the first -- the first explosion?

9:27AM   12    **A.**    Yeah.  You heard a hissing sound and then there was an

9:27AM   13    explosion -- the first explosion.  And then, as I said, it was

9:27AM   14    a few seconds later, there was a much larger explosion.  And as

9:27AM   15    I said, you could look out the window here on the right side of

9:27AM   16    the bridge and you could see the rig floor on fire.

9:27AM   17    **Q.**    Okay.  And so are these all windows here around this area?

9:27AM   18    **A.**    Yes.

9:27AM   19    **Q.**    And if you look out these windows right here, what are you

9:27AM   20    looking -- by "right here," I mean the windows on the

9:27AM   21    right-hand side of this demonstrative -- what are you looking

9:27AM   22    out at?

9:27AM   23    **A.**    So you could see -- obviously, you can't see it here, but

9:27AM   24    out to the right on the starboard side, you had two escape

9:27AM   25    boats.  You could actually see the deck from the rig, the

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:28AM   1   quarters to the escape boats.

9:28AM   2          You could also -- back at an angle, you could see the

9:28AM   3   rig floor back over in here.  And that's where you could see it

9:28AM   4   on fire.

9:28AM   5   Q.   And so by looking out of these windows, you could see the

9:28AM   6   rig floor on fire at this point?

9:28AM   7   A.   Yes.

9:28AM   8   Q.   At this point in time when you could see the rig floor on

9:28AM   9   fire, did anybody take any action from Transocean to activate

9:28AM   10   the BOP, which is sitting back -- right back here?

9:28AM   11   A.   No.  In fact, what I recall is that Captain Kuchta --

9:28AM   12   someone came up and asked about it.  And Captain Kuchta had

9:28AM   13   indicated that we couldn't EDS unless we had permission from

9:28AM   14   the OIM to do it.  And so no one had activated the EDS.

9:28AM   15   Q.   So after you see the fire and after you see mud raining on

9:28AM   16   deck, you recall somebody asking Captain Kuchta about

9:29AM   17   activating the BOP?

9:29AM   18   A.   Yes.  As I said -- as I said, after the explosion, people

9:29AM   19   started coming on the bridge.  And someone asked -- he was

9:29AM   20   pretty emphatic that he couldn't do it unless he had permission

9:29AM   21   from the OIM.

9:29AM   22          Sometime after the second explosion -- and, again, I

9:29AM   23   don't know the -- there's lots going on and I don't remember

9:29AM   24   the time frames.  But shortly -- a period later, Jimmy Harrell

9:29AM   25   does make it up to the bridge.  And I don't know if it was

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:29AM  1   Jimmy or somebody asked again, had the EDS been hit.

9:29AM  2          And Jimmy said, "Hit it."  And somebody reached -- I

9:29AM  3   just remember we -- as I said, during the whole time, we stayed

9:29AM  4   back here in this area.  And somebody, I don't know who,

9:29AM  5   reached over.  And there's a -- on this panel, as I said, you

9:29AM  6   can't see it, but the BOP panel here, there's a red button by

9:29AM  7   it and somebody pushed it.

9:29AM  8          THE COURT:  The panel you're talking about, is that

9:29AM  9   the -- I'd call it the lower end or the rear end -- rear of the

9:30AM 10   bridge near where you entered?

9:30AM 11          THE WITNESS:  Yes, sir.

9:30AM 12          THE COURT:  Okay.

9:30AM 13   BY MS. KARIS:

9:30AM 14   Q.   When somebody asked Captain Kuchta whether they could EDS

9:30AM 15   or activate the BOP and he said, no, he couldn't because he

9:30AM 16   needed to wait for the captain -- I mean, for the master, the

9:30AM 17   OIM -- let me start again.

9:30AM 18          When someone asked Captain Kuchta to activate the BOP

9:30AM 19   and Captain Kuchta said he needed to wait for Jimmy Harrell,

9:30AM 20   how would you describe the atmosphere in the room -- in the

9:30AM 21   bridge here?

9:30AM 22   A.   Very excited.  There was lots going on, a lot of people

9:30AM 23   coming in to the bridge.  I remember Captain Kuchta saying,

9:30AM 24   "What's going on?  This can't be right.  We've lost power."  It

9:30AM 25   was just lots of excitement going on on the bridge.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:31AM  1         Captain Kuchta actually told us several times to stay
9:31AM  2  inside on the bridge.  And at some point, as I said, out these
9:31AM  3  windows on the right side of the bridge, I had -- I could see
9:31AM  4  people were moving out of the -- below the rig onto the escape
9:31AM  5  boats.  And I could tell that they were getting close to being
9:31AM  6  loaded because the trickle of folks coming out was down.
9:31AM  7         And I told -- I looked at David and I said, "We've
9:31AM  8  got to go."  So that's when he and I exited this door on the
9:31AM  9  right side and made our way down to the lifeboats.
9:31AM 10  Q.   Okay.  Before you exited and made your way out, you said
9:31AM 11  at some point Mr. Harrell arrived?
9:31AM 12  A.   Yes.
9:31AM 13  Q.   How much time elapsed between the first explosion and when
9:31AM 14  Mr. Harrell arrived?
9:31AM 15  A.   Again, several minutes, I'm sure.  Like I said, there was
9:32AM 16  just so much going and, obviously, we were all in a bit of a
9:32AM 17  state of shock of what was going on.  But it was a few minutes
9:32AM 18  that had transpired before he got there.
9:32AM 19  Q.   In those few minutes, however many minutes they were
9:32AM 20  before Mr. Harrell got there, did Captain Kuchta at any time
9:32AM 21  indicate that anybody should take any action to activate the
9:32AM 22  blowout preventer?
9:32AM 23  A.   No.
9:32AM 24  Q.   Did he, in fact, say the exact opposite; that is, he can't
9:32AM 25  do that until the master -- I'm sorry, the OIM --

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN – DIRECT

| | | |
|---|---|---|
| 9:32AM | 1 | **MR. BRIAN:**  Objection.  Leading, asked and answered. |
| 9:32AM | 2 | **THE COURT:**  That is leading. |
| 9:32AM | 3 | **MS. KARIS:**  Yes, sir.  Thank you, Your Honor. |
| 9:32AM | 4 | BY MS. KARIS: |
| 9:32AM | 5 | **Q.**   Did Captain Kuchta at any time indicate that he could |
| 9:32AM | 6 | activate the BOP? |
| 9:32AM | 7 | **A.**   No. |
| 9:32AM | 8 | **Q.**   Why not? |
| 9:32AM | 9 | **A.**   Because he needed to have permission from the OIM to do |
| 9:32AM | 10 | that. |
| 9:32AM | 11 | **Q.**   Now, once the OIM, Mr. Harrell, arrived, was any action |
| 9:33AM | 12 | taken to activate the BOP? |
| 9:33AM | 13 | **A.**   Yes.  I believe Jimmy asked had the EDS been activated, |
| 9:33AM | 14 | and Captain Kuchta said no.  And he said, "We need to activate |
| 9:33AM | 15 | it," and somebody reached over and hit the button. |
| 9:33AM | 16 | **Q.**   So once Mr. Harrell arrived, he then asked about the |
| 9:33AM | 17 | activation of the BOP? |
| 9:33AM | 18 | **A.**   Yes. |
| 9:33AM | 19 | **Q.**   Did you see who activated the BOP? |
| 9:33AM | 20 | **A.**   No.  As I said, the -- the button's back here on this rear |
| 9:33AM | 21 | wall of the bridge, and I was in this area here in the front |
| 9:33AM | 22 | right portion.  I could just see it across the room, and I |
| 9:33AM | 23 | could see somebody lean over and hit it. |
| 9:33AM | 24 | **Q.**   And after the BOP was activated, is that when you and |
| 9:33AM | 25 | Mr. Sims then left to go outside? |

OFFICIAL TRANSCRIPT

9290

PATRICK LEON O'BRYAN - DIRECT

9:33AM   1   **A.**   Yes.   That's when I looked at David and said, "We need

9:33AM   2   to -- we need to go."

9:33AM   3            And just about the time we got to the door, I

9:33AM   4   remember Captain Kuchta saying, "We need to abandon ship."

9:33AM   5            And then David and I walked out.  There was some

9:34AM   6   walkways and some latch steps that we had to take.  There

9:34AM   7   was -- mud was everywhere, so everything was really slick.

9:34AM   8            And when we finally arrived to the deck where the

9:34AM   9   escape boats were, I asked -- somebody was standing there and I

9:34AM   10  said, "Which lifeboat do we get in?"

9:34AM   11           And he asked, "Which one were you assigned to?"

9:34AM   12           And I happened to have the pamphlet that I had gotten

9:34AM   13  during my safety orientation that had the numbers in it, and I

9:34AM   14  pulled it out of my back pocket and I said, "No. 2," and he

9:34AM   15  pointed to the one to our right.

9:34AM   16           And as I stepped in, and it was -- it was full.  And,

9:34AM   17  in fact, someone said to me, said, "There's no room."

9:34AM   18           And I said -- I don't know what I said, but I said,

9:34AM   19  "I'm getting on this boat."  And so I wedged myself into it,

9:34AM   20  and then David Sims came in and then Daun Winslow boarded.

9:35AM   21           And there was a lot -- a lot of shouting and crying,

9:35AM   22  saying, "We've got to go, we've got to go, we've got to go."

9:35AM   23  And as soon as Daun got on, they lowered the escape boat down

9:35AM   24  into the water.

9:35AM   25           And from there we made our way over to the

OFFICIAL TRANSCRIPT

9291

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 9:35AM | 1 | *Damon Bankston*.  And then alongside the *Damon Bankston*, they |
| 9:35AM | 2 | had a rope ladder and we were able to climb out of the escape |
| 9:35AM | 3 | boat and climb up the side of the *Damon Bankston* and up the |
| 9:35AM | 4 | rope ladder. |
| 9:35AM | 5 | **Q.**   During this time, Mr. O'Bryan, did you have an opportunity |
| 9:35AM | 6 | to observe the behaviors of Captain Kuchta? |
| 9:35AM | 7 | **A.**   It just seemed to me he -- he was -- wasn't sure what to |
| 9:35AM | 8 | do.  He was surprised by the loss of power.  As I said, I heard |
| 9:35AM | 9 | him say, "This can't be happening.  We've lost power." |
| 9:35AM | 10 | It just appeared to me that he wasn't quite sure what |
| 9:35AM | 11 | to do.  And as I said, instead of telling us that we needed to |
| 9:36AM | 12 | get to the lifeboats -- he did tell us to put our life jackets |
| 9:36AM | 13 | on, but he was telling us to stay put, stay inside. |
| 9:36AM | 14 | And as I said, I just finally got to a point where I |
| 9:36AM | 15 | said -- I thought to myself, I'm not jumping into the Gulf |
| 9:36AM | 16 | tonight, I'm going to get on a lifeboat.  So that's when I |
| 9:36AM | 17 | said, "David, we need to go and get on a lifeboat." |
| 9:36AM | 18 | **Q.**   Once you got onto the *Damon Bankston*, how long did you |
| 9:36AM | 19 | stay on the *Damon Bankston*? |
| 9:36AM | 20 | **A.**   Until we got to Fourchon, which I believe it was about |
| 9:36AM | 21 | 1:00 in the morning on the 22nd of April. |
| 9:36AM | 22 | **Q.**   So you got to Port Fourchon on April 22nd, you said? |
| 9:36AM | 23 | **A.**   That's correct. |
| 9:36AM | 24 | **Q.**   And at some point, did you then go home? |
| 9:36AM | 25 | **A.**   Yes.  I -- they picked me up in Fourchon and I went to |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

9:36AM  1    New Orleans, caught a flight the next morning, that Thursday

9:37AM  2    morning, and I flew back to Houston.  I had got home to get an

9:37AM  3    extra set of keys to get my vehicle from the airport because,

9:37AM  4    obviously, my briefcase and my keys and everything had been

9:37AM  5    burned up.

9:37AM  6            And I retrieved my vehicle from the airport, spent a

9:37AM  7    couple hours with my wife.  And then I went into the crisis

9:37AM  8    center at Westlake for just a couple of hours.  I had some

9:37AM  9    things -- some packing stuff to give to the folks there.  And

9:37AM  10   then I spent the evening, had dinner with my youngest son.  He

9:37AM  11   was -- obviously, he was upset about everything.

9:37AM  12           And then the next morning, I started working in the

9:37AM  13   crisis center full time.  And sometime that weekend, I was

9:37AM  14   assigned to lead the drilling of the relief wells.

9:37AM  15   Q.   So after having lived through this experience, including

9:37AM  16   the explosion, did you then return to assist with the crisis

9:38AM  17   response?

9:38AM  18   A.   Yes.

9:38AM  19   Q.   And you said you were assigned to drill the relief wells.

9:38AM  20   What was your role in connection with drilling the relief wells

9:38AM  21   that were intended to stop the flow?

9:38AM  22   A.   So we needed to put together teams.  We were going to

9:38AM  23   drill two relief wells.  We wanted to have two going in case we

9:38AM  24   encountered problems --

9:38AM  25   Q.   Mr. O'Bryan, I don't mean to interrupt you.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - DIRECT

| | | |
|---|---|---|
| 9:38AM | 1 | **A.**   I'm sorry. |
| 9:38AM | 2 | **Q.**   But just at a very high level. |
| 9:38AM | 3 | **A.**   Okay.  Sure. |
| 9:38AM | 4 | **Q.**   What were you assigned to do? |
| 9:38AM | 5 | **A.**   Put the -- get the resources and the teams in place and |
| 9:38AM | 6 | get the rigs secured to actually drill the relief wells. |
| 9:38AM | 7 | **Q.**   And did you, in fact, after living through this |
| 9:38AM | 8 | experience, oversee the drilling of the relief wells? |
| 9:38AM | 9 | **A.**   Yes. |
| 9:38AM | 10 |         **MS. KARIS:**  I have nothing further, Your Honor. |
| 9:38AM | 11 | Thank you. |
| 9:38AM | 12 |         **THE COURT:**  All right.  Plaintiffs? |
| 9:38AM | 13 |         **MR. HERMAN:**  Yes, Your Honor. |
| 9:38AM | 14 |                    **CROSS-EXAMINATION** |
| 9:39AM | 15 | BY MR. HERMAN: |
| 9:39AM | 16 | **Q.**   Good morning, Mr. O'Bryan. |
| 9:39AM | 17 | **A.**   Good morning. |
| 9:39AM | 18 | **Q.**   My name is Steve Herman, and I have you under |
| 9:39AM | 19 | cross-examination on behalf of the Plaintiffs' Steering |
| 9:39AM | 20 | Committee. |
| 9:39AM | 21 | **A.**   Okay. |
| 9:39AM | 22 | **Q.**   At the time of the blowout, the *Deepwater Horizon* was |
| 9:39AM | 23 | about a month behind schedule? |
| 9:39AM | 24 | **A.**   I believe something like that, yes. |
| 9:39AM | 25 | **Q.**   It was originally supposed to be off Macondo by around |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:39AM     1    March 17th; is that correct?

9:39AM     2    A.   I don't remember the exact date, but somewhere in March.

9:39AM     3    Q.   And then after the Macondo, the rig was supposed to go to

9:39AM     4    the Nile; correct?

9:39AM     5    A.   That's correct.

9:39AM     6    Q.   And then after the Nile, to the Kaskida?

9:40AM     7    A.   That's correct.

9:40AM     8    Q.   And the Nile was going to take around 30 days; correct?

9:40AM     9    A.   That's what we had estimated, yes.

9:40AM    10    Q.   So you're to at least around May 20th?

9:40AM    11    A.   Yeah, somewhere around there, yes.

9:40AM    12    Q.   And under the existing permit, if you didn't spud the

9:40AM    13    Kaskida by May 16th, you had a risk of losing that lease;

9:40AM    14    correct?

9:40AM    15    A.   That was the deadline to spud the -- to do something on

9:40AM    16    the Kaskida lease, yes.

9:40AM    17    Q.   At that point, you didn't have an extension from MMS;

9:40AM    18    correct?

9:40AM    19    A.   No.  We had just sent a letter to MMS, I believe, on the

9:40AM    20    Monday that I went out.

9:40AM    21    Q.   Okay.

9:40AM    22         MR. HERMAN:  Can we please look at TREX-4232.1.1.

9:40AM    23    BY MR. HERMAN:

9:40AM    24    Q.   Mr. O'Bryan, do you recognize this e-mail?

9:41AM    25    A.   Yes.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:41AM  1    Q.   This is something that was forwarded to you around

9:41AM  2    March 8th?

9:41AM  3    A.   I believe that's correct, yes.

9:41AM  4    Q.   And it says here:  "Shell has proudly presented the

9:41AM  5    benefits they derived from having a dedicated team for failure

9:41AM  6    investigation."

9:41AM  7         Do you see that?

9:41AM  8    A.   Yes.

9:41AM  9    Q.   "I believe there are a lot of benefits to be derived from

9:41AM  10   a consistent and effective failure investigation for every

9:41AM  11   failure in GoM."

9:41AM  12        Do you see that?

9:41AM  13   A.   Yes, sir.

9:41AM  14   Q.   And that was reported to you around March 8th; correct?

9:41AM  15   A.   I believe that's correct, yes.

9:41AM  16        MR. HERMAN:  And if we can go to TREX-4232.1.2.

9:41AM  17   BY MR. HERMAN:

9:41AM  18   Q.   Mr. Porter -- who's Mr. Porter?

9:41AM  19   A.   David Porter at the time, if I remember correctly, was our

9:41AM  20   technical authority for well integrity.

9:41AM  21   Q.   And the next day, March 9th of 2010, he forwarded the same

9:41AM  22   e-mail string to you and he's got some comments; correct?

9:41AM  23   A.   Yes.

9:42AM  24   Q.   And he says:  "Here's a real life example of where one of

9:42AM  25   our competitors has had success with what we have been

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:42AM 1  struggling to do."

9:42AM 2              Do you see that?

9:42AM 3  A.   Yes, sir.

9:42AM 4  Q.   "It takes resources and focus to deliver this type of NPT

9:42AM 5  reduction."

9:42AM 6              What's NPT reduction?

9:42AM 7  A.   Nonproductive time.

9:42AM 8  Q.   What's that mean?

9:42AM 9  A.   So one of the things that we track during the course of

9:42AM 10  drilling is productive time versus nonproductive time.

9:42AM 11  Q.   You're making more money during productive time than

9:42AM 12  nonproductive time; right?

9:42AM 13  A.   You want your rig being productive, yes.

9:42AM 14  Q.   And he says:  ". . . not just someone's part-time or

9:42AM 15  short-term attention as we so often do."

9:42AM 16              Do you see that?

9:42AM 17  A.   Yes, sir.

9:42AM 18  Q.   "We need this discipline in the Gulf of Mexico and across

9:42AM 19  BP to investigate failures on our rig equipment (to reduce

9:42AM 20  downtime), wellbore installation equipment and practices

9:42AM 21  (reduce NPT), and completion equipment and practices (reduce

9:42AM 22  well failures)."

9:42AM 23              Do you see that?

9:42AM 24  A.   Yes, sir.

9:42AM 25  Q.   And that was reported to you in March of 2010; correct?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:43AM  1   **A.**   Yes, sir.

9:43AM  2   **Q.**   And in this e-mail exchange, there's no express reference

9:43AM  3   to safety; correct?

9:43AM  4   **A.**   In the clip you've shown me here, no.

9:43AM  5   **Q.**   And there's no express reference to the environment;

9:43AM  6   correct?

9:43AM  7   **A.**   Again, there's nothing here in what you're showing me, no.

9:43AM  8   **Q.**   The references that are expressed are reducing downtime;

9:43AM  9   correct?

9:43AM  10  **A.**   Yes, sir.

9:43AM  11  **Q.**   Reducing nonproductive time; correct?

9:43AM  12  **A.**   Yes, sir.

9:43AM  13  **Q.**   And reducing well failures; correct?

9:43AM  14  **A.**   Yes, sir.

9:43AM  15  **Q.**   Okay.  Thank you.

9:43AM  16       Now, I think you addressed this a little bit in your

9:43AM  17  direct.

9:43AM  18       **MR. HERMAN:**  If we could pull up D-3280.

9:43AM  19  BY MR. HERMAN:

9:43AM  20  **Q.**   I want to ask you, OMS on contractor-owned rigs in the

9:43AM  21  Gulf:  A, was complete on April 20th, 2010; B, was intended to

9:43AM  22  be completed sometime after April 20th, 2010; or C, is a bad

9:43AM  23  idea because it might lead to confusion.

9:43AM  24       What's the answer to that?

9:44AM  25  **A.**   I can give you D.  I mean, I don't know --

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:44AM  1   **Q.**   None of the above?

9:44AM  2   **A.**   Do you want me to pick one of these or -- I'm just trying

9:44AM  3   to be--

9:44AM  4   **Q.**   What's the correct answer?

9:44AM  5   **A.**   So OMS was a framework that had been put together for the

9:44AM  6   company.  We had a safety management system in place, and there

9:44AM  7   had been a bridge of the safety management system to the rigs.

9:44AM  8   And so we did have a safety management system.

9:44AM  9            OMS, all the things that we talked about earlier,

9:44AM 10   DWOP, the common process, the segment engineering technical

9:44AM 11   practices, those things have been in place for quite a while.

9:44AM 12   And, in fact, as I said, the drilling wells and operation

9:44AM 13   practices had been in place since I joined the company in 2000.

9:44AM 14   So that was not something that was new.

9:44AM 15            So all of these things had been bridged back to the

9:44AM 16   safety management system for Transocean before OMS, the OMS

9:44AM 17   framework came into play.

9:44AM 18   **Q.**   So is your testimony that OMS was complete on April 20th,

9:45AM 19   2010, with respect to contractor-owned rigs in the Gulf?

9:45AM 20   **A.**   I would say the safety management system portion of OMS

9:45AM 21   was, because it would have been bridged back to Transocean's

9:45AM 22   safety management system.

9:45AM 23   **Q.**   As a matter of substance, did BP management decide to

9:45AM 24   apply OMS to contractor-owned rigs differently than it applied

9:45AM 25   OMS to BP-owned rigs?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:45AM   1    **A.**   No.   As I said, the way we did it is we compared their

9:45AM   2    safety management system to our safety management -- to BP's

9:45AM   3    safety management system, and we identified any gaps; and if

9:45AM   4    there was a gap in their safety management system as to what

9:45AM   5    our safety management system required, we would then put

9:45AM   6    mitigation in place to close that gap.

9:45AM   7            So it was totally consistent with the OMS.  And the

9:45AM   8    OMS that was applied to BP-owned rigs, that was the OMS safety

9:45AM   9    management system.

9:46AM   10           **MS. KARIS:**  Your Honor, I just want to make an

9:46AM   11   objection.  This demonstrative has never been disclosed.

9:46AM   12   There's a rule in this case that we need to disclose

9:46AM   13   demonstratives at least 24 hours before -- or the night before

9:46AM   14   for cross-examination.  We've never seen this demonstrative.

9:46AM   15           There's a reference to some testimony as

9:46AM   16   sources.  We've never had an opportunity, obviously, to look at

9:46AM   17   whether that's even accurate.

9:46AM   18           **THE COURT:**  All right.

9:46AM   19           **MR. HERMAN:**  Well, this is a question.  I thought it

9:46AM   20   was like a blackboard thing.  I was just trying to save time.

9:46AM   21   That was my understanding, that these types of blackboard

9:46AM   22   summary questions did not have to be disclosed in advance.

9:46AM   23           **MS. KARIS:**  Your Honor --

9:46AM   24           **MR. HERMAN:**  We can take it down.

9:46AM   25           **THE COURT:**  So you're not going to introduce it as an

OFFICIAL TRANSCRIPT

9300

PATRICK LEON O'BRYAN - CROSS

9:46AM   1   exhibit?

9:46AM   2              **MR. HERMAN:**  I will agree not to introduce it.

9:46AM   3              **THE COURT:**  Okay.  Okay.

9:46AM   4              **MR. HERMAN:**  I apologize.

9:46AM   5              **THE COURT:**  Okay.  Go ahead.

9:46AM   6   BY MR. HERMAN:

9:46AM   7   **Q.**   Were you finished with your answer?

9:46AM   8   **A.**   Yes.

9:46AM   9              **MR. HERMAN:**  We can take this down, Carl.  Thank you.

9:46AM  10   BY MR. HERMAN:

9:46AM  11   **Q.**   As a matter of timing, did BP management decide to apply

9:47AM  12   OMS to contractor-rigs along a different timetable than it

9:47AM  13   applied OMS to BP-owned rigs?

9:47AM  14   **A.**   Again, the safety management system that had already been

9:47AM  15   in place -- the safety management system, as far as OMS, had

9:47AM  16   been in place.

9:47AM  17   **Q.**   Well, I think we just saw and heard in direct part of your

9:47AM  18   previous deposition where you said, as of April 20th, 2010, the

9:47AM  19   only drilling rig in your fleet that fell under BP OMS was the

9:47AM  20   BP-owned rig the *PDQ* on Thunder Horse.  Correct?

9:47AM  21   **A.**   That was a part of an answer -- much broader answer to a

9:47AM  22   another -- different -- to a question around how did OMS apply

9:47AM  23   to contractor rigs.

9:47AM  24   **Q.**   So in terms of either the substance or in terms of the

9:47AM  25   timetable, as of April 20th, 2010, BP applied OMS differently

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 9:47AM | 1 | to contractor-owned rigs than to BP-owned rigs; correct? |
| 9:48AM | 2 | MS. KARIS:  Your Honor, objection.  Asked and |
| 9:48AM | 3 | answered multiple times. |
| 9:48AM | 4 | THE COURT:  I think he did. |
| 9:48AM | 5 | MR. HERMAN:  I don't think that question -- |
| 9:48AM | 6 | THE COURT:  Well, let's see.  I think that has been |
| 9:48AM | 7 | answered. |
| 9:48AM | 8 | MR. HERMAN:  Okay.  I'll move on. |
| 9:48AM | 9 | Can we please pull up TREX-1975.1.1, please. |
| 9:48AM | 10 | BY MR. HERMAN: |
| 9:48AM | 11 | Q.   Does that look familiar, Mr. O'Bryan? |
| 9:48AM | 12 | A.   Yes. |
| 9:48AM | 13 | Q.   This document relates to OMS implementation; correct? |
| 9:48AM | 14 | A.   This document pertains to the recommended practice for |
| 9:48AM | 15 | risk management, which is a part of OMS. |
| 9:48AM | 16 | Q.   Okay.  The BP risk assessment tool, is that what you're |
| 9:48AM | 17 | referring -- |
| 9:48AM | 18 | A.   BP risk assurance tool, yes. |
| 9:48AM | 19 | Q.   Risk assurance tool.  And that's part of OMS; correct? |
| 9:48AM | 20 | A.   That's correct. |
| 9:48AM | 21 | MR. HERMAN:  And if we pull up 1975.1.2. |
| 9:48AM | 22 | BY MR. HERMAN: |
| 9:48AM | 23 | Q.   This shows you as the authority; correct? |
| 9:48AM | 24 | A.   Yes.  I was the authorizing person for this document, yes. |
| 9:48AM | 25 | Q.   And just to be clear for the Court, this document, the |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:49AM  1  recommended practice for risk management for drilling
9:49AM  2  completions dated January 2010, was never put into effect at
9:49AM  3  Macondo; correct?
9:49AM  4  A.   This particular document, no.  But may I explain?  There
9:49AM  5  were other risk assessment tools that were in place as part of
9:49AM  6  Beyond the Best.  As we talked earlier, Beyond the Best had
9:49AM  7  been in place since 2001.  If you go and look at Beyond the
9:49AM  8  Best and within DWOP, our drilling and well operations
9:49AM  9  practice, it required risk assessments to be done in all of our
9:49AM  10 projects.
9:49AM  11         And, in fact, the requirement was you got to use
9:49AM  12 this, the risk assurance tool, or you could use the risk
9:49AM  13 assessment tools that were a part of the Beyond the Best common
9:49AM  14 process.  And those -- as I said, Beyond the Best had been in
9:49AM  15 place since 2001.
9:49AM  16         So there were other tools that were in place when the
9:49AM  17 risk assessment was done for Macondo.
9:49AM  18         MR. HERMAN:  Okay.  Can we please pull up
9:50AM  19 TREX-1975.6.1.
9:50AM  20 BY MR. HERMAN:
9:50AM  21 Q.   Do you recognize this from your implementation draft?
9:50AM  22 A.   Yes.
9:50AM  23 Q.   "The need to standardize the risk management process was
9:50AM  24 driven by the requirement to conform to OMS, to increase the
9:50AM  25 transparency and manageability of risks across GoM D&C, and to

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 9:50AM | 1 | move away from the multiple approaches that existed to manage |
| 9:50AM | 2 | risk." |
| 9:50AM | 3 | And that's consistent with your understanding? |
| 9:50AM | 4 | A.   Yes. |
| 9:50AM | 5 | Q.   And why you wanted to implement this process? |
| 9:50AM | 6 | A.   Yes. |
| 9:50AM | 7 | Q.   Okay.   "The recommended practice and the enhanced risk |
| 9:50AM | 8 | tool will simplify the risk management process by enabling a |
| 9:50AM | 9 | collaborative environment across all of GoM D&C." |
| 9:50AM | 10 | Do you see that? |
| 9:50AM | 11 | A.   Yes, sir. |
| 9:50AM | 12 | Q.   And that's consistent with what you were trying to do; |
| 9:50AM | 13 | correct? |
| 9:50AM | 14 | A.   Yes, sir. |
| 9:50AM | 15 | MR. HERMAN:   Can we please look at TREX-1975.9.1. |
| 9:51AM | 16 | BY MR. HERMAN: |
| 9:51AM | 17 | Q.   It says in this implementation draft:   "GoM D&C's |
| 9:51AM | 18 | definition of 'facility,' as defined in OMS, is the D&C |
| 9:51AM | 19 | function referred to from here on as GoM D&C." |
| 9:51AM | 20 | Do you see that? |
| 9:51AM | 21 | A.   Yes, sir. |
| 9:51AM | 22 | Q.   Do you recall the definition of "facility" that you were |
| 9:51AM | 23 | operating under? |
| 9:51AM | 24 | A.   No, I don't. |
| 9:51AM | 25 | MR. HERMAN:   Okay.   If we look at TREX-6205.194.1. |

OFFICIAL TRANSCRIPT

9304

PATRICK LEON O'BRYAN - CROSS

| | |
|---|---|
| 9:51AM | 1 |
| 9:51AM | 2 |
| 9:51AM | 3 |
| 9:51AM | 4 |
| 9:51AM | 5 |
| 9:51AM | 6 |
| 9:51AM | 7 |
| 9:51AM | 8 |
| 9:51AM | 9 |
| 9:51AM | 10 |
| 9:52AM | 11 |
| 9:52AM | 12 |
| 9:52AM | 13 |
| 9:52AM | 14 |
| 9:52AM | 15 |
| 9:52AM | 16 |
| 9:52AM | 17 |
| 9:52AM | 18 |
| 9:52AM | 19 |
| 9:52AM | 20 |
| 9:52AM | 21 |
| 9:52AM | 22 |
| 9:52AM | 23 |
| 9:52AM | 24 |
| 9:52AM | 25 |

BY MR. HERMAN:

Q.    This is from the OMS manual.  Do you see the definition of facility there?

A.    Yes, sir.

Q.    What's the definition of facility?

A.    Do you want me to read it?

Q.    If you could.

A.    Sure.  "Facility is a portion of a -- of or a complete plant, unit, site, complex, or any combination thereof, for the purpose of exploration, drilling, production, storage or transportation."

Q.    And so you intended that your implementation draft that was never applied to Macondo would apply to facilities as defined herein in the OMS manual?

A.    Yes.

Q.    And another word that's frequently used is "entity."  Do you see the definition of entity there?

A.    Yes, sir.

Q.    That's an "organizational unit within BP which may be a performance unit, a business unit, a strategic performance unit, segment, or some logical sub-group of one of these, defined by the segment, function, or region."

        Do you see that?

A.    Yes, sir.

Q.    Would you fall within "entity"?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 9:52AM | 1 | **A.**   Yes.  The D&C organization, yes. |
| 9:52AM | 2 | **Q.**   Would Mr. Guide have fallen within "entity"? |
| 9:52AM | 3 | **A.**   He was part the D&C organization, yes. |
| 9:52AM | 4 | **Q.**   And the well site leaders would have part of the entity? |
| 9:52AM | 5 | **A.**   Yes, sir. |
| 9:52AM | 6 | **Q.**   And the drilling engineers would have been part of the |
| 9:52AM | 7 | entity; correct? |
| 9:52AM | 8 | **A.**   Yes, sir. |
| 9:52AM | 9 | **Q.**   Okay.  Thank you. |
| 9:52AM | 10 | **MR. HERMAN:**  Now, let's go back to the implementation |
| 9:53AM | 11 | draft, TREX-1975.14.1. |
| 9:53AM | 12 | **BY MR. HERMAN:** |
| 9:53AM | 13 | **Q.**   And this is the detail process flow.  Do you see that? |
| 9:53AM | 14 | **A.**   Yes, sir. |
| 9:53AM | 15 | **Q.**   And where it says "BTB" there, is that Beyond the Best |
| 9:53AM | 16 | that you've been talking about? |
| 9:53AM | 17 | **A.**   Yes, sir. |
| 9:53AM | 18 | **Q.**   And the "MPCP," what's that? |
| 9:53AM | 19 | **A.**   I believe that's the major -- major projects common |
| 9:53AM | 20 | process. |
| 9:53AM | 21 | **Q.**   So Beyond the Best that you've been talking about and this |
| 9:53AM | 22 | other thing that you've just described, "both contain sections |
| 9:53AM | 23 | on managing risks but provide limited direction, particularly |
| 9:53AM | 24 | on the use of an appropriate tool.  This recommended practice |
| 9:53AM | 25 | provides a best practice that leverages these procedures, |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 9:53AM | 1 | addresses the use of bpRAT" -- that's a risk assurance tool |
| 9:53AM | 2 | that you were talking about; correct? |
| 9:53AM | 3 | A.   Yes, sir. |
| 9:53AM | 4 | Q.   -- "and provides a bridge between them and the OMS risk |
| 9:53AM | 5 | management process"; correct? |
| 9:53AM | 6 | A.   Yes, sir. |
| 9:53AM | 7 | Q.   And that's something you intended to do at some point; |
| 9:54AM | 8 | correct? |
| 9:54AM | 9 | A.   Yes, sir. |
| 9:54AM | 10 | Q.   But you didn't get to it and you didn't apply it to |
| 9:54AM | 11 | Macondo; right? |
| 9:54AM | 12 | A.   Well, Macondo, when it was planned -- it had actually been |
| 9:54AM | 13 | planned the previous year and was using the Beyond the Best |
| 9:54AM | 14 | risk register that was, again, what was required per our |
| 9:54AM | 15 | drilling wells and operations practice. |
| 9:54AM | 16 | Q.   Okay.  And that was developed in 2001; correct? |
| 9:54AM | 17 | A.   Yes, sir. |
| 9:54AM | 18 | Q.   And as we see here, it provides limited direction; |
| 9:54AM | 19 | correct? |
| 9:54AM | 20 | A.   That's what this says, yes. |
| 9:54AM | 21 | Q.   And, in fact, there were some incidents that -- we're not |
| 9:54AM | 22 | going to get into the specifics for purposes of this trial, but |
| 9:54AM | 23 | there were some incidents that made BP management realize that |
| 9:54AM | 24 | Beyond the Best wasn't really that great; right? |
| 9:54AM | 25 | MS. KARIS:  Objection, Your Honor.  First of all, I |

PATRICK LEON O'BRYAN - CROSS

9:54AM   1    think we all know that the "incidents" that Mr. Herman is

9:54AM   2    referring to is what the Court has excluded; second, those

9:54AM   3    incidents have nothing to do with Beyond the Best, which is for

9:55AM   4    drilling.

9:55AM   5              THE COURT:  Okay.  I overrule the objection.

9:55AM   6              You can answer it.

9:55AM   7              THE WITNESS:  Can you repeat the question, please.

9:55AM   8    BY MR. HERMAN:

9:55AM   9    Q.   Following some incidents that we're not going to talk

9:55AM  10    about, BP management realized that Beyond the Best really

9:55AM  11    wasn't so great, huh?

9:55AM  12    A.   I don't believe -- I don't recollect that.  What I believe

9:55AM  13    they wanted to do was to implement a risk assurance tool that

9:55AM  14    cut across the whole of the company.  I don't recall ever

9:55AM  15    having Beyond the Best singled out as that it was not

9:55AM  16    appropriate.  I just don't recall that.

9:55AM  17    Q.   Well, it is true that BP was replacing or at least

9:55AM  18    updating Beyond the Best with OMS; right?

9:55AM  19    A.   Beyond the Best was going to be rolled into OMS.

9:55AM  20    Q.   And the OMS included this risk assurance tool that -- that

9:55AM  21    BTB or Beyond the Best didn't have; correct?

9:55AM  22    A.   Again, Beyond the Best had a risk tool associated with it.

9:55AM  23    The risk assurance tool was the next step in risk management,

9:56AM  24    and that was the recommended practices and that's what we were

9:56AM  25    moving to.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:56AM  1  **Q.**   And it was intended at some point that OMS and these risk

9:56AM  2  assurance tools would be applied to projects like Macondo;

9:56AM  3  correct?

9:56AM  4  **A.**   Yes.  I believe on January 26th, when we sent this out,

9:56AM  5  when I authorized it, I believe there was a note from Dave

9:56AM  6  Rich, who was the wells manager, that the teams were to

9:56AM  7  transition to the risk assurance tool.

9:56AM  8  **Q.**   But that wasn't going to happen until the end of 2010;

9:56AM  9  correct?

9:56AM 10  **A.**   I can't remember the time frame.  I'd have to go back and

9:56AM 11  look at the implementation document.

9:56AM 12  **Q.**   Okay.  Would it help you refresh your recollection if we

9:56AM 13  showed some of your deposition testimony?

9:56AM 14  **A.**   Yes.

9:56AM 15      **MR. HERMAN:**  Okay.  Why don't we pull up

9:56AM 16  TREX-26144.134.1.

9:57AM 17  **BY MR. HERMAN:**

9:57AM 18  **Q.**   And this kind of goes on for a couple of pages, so I'll

9:57AM 19  give you a chance to make sure you get the complete context

9:57AM 20  with the questions and answers.

9:57AM 21  **A.**   Okay.

9:57AM 22      **MR. HERMAN:**  And can we go to the next page, which is

9:57AM 23  TREX-26144.134.2.

9:57AM 24      **MS. KARIS:**  Your Honor, if I could just ask that

9:57AM 25  Mr. O'Bryan see the rest of his answer -- sorry.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

9:57AM   1        **MR. HERMAN:**  Yeah.

9:57AM   2        **THE WITNESS:**  Yes, sir.

9:57AM   3   BY MR. HERMAN:

9:57AM   4   **Q.**   And does that refresh your recollection about the

9:57AM   5   application of these processes for Macondo?

9:57AM   6   **A.**   What I think I said was that there were risk assessment

9:57AM   7   tools that were in place that were from Beyond the Best and

9:58AM   8   major projects common process.  You had asked me specifically

9:58AM   9   about the risk assurance tool being implemented in 2010, and I

9:58AM  10   don't see any reference in here to that.

9:58AM  11   **Q.**   Well, okay.  I may have showed you the wrong thing, and I

9:58AM  12   apologize.

9:58AM  13        Before we leave this, though, do you see at the

9:58AM  14   bottom where it says, "I've not seen a specific risk register

9:58AM  15   for the Macondo well"?

9:58AM  16        **MS. KARIS:**  Your Honor, I'm going to object to the

9:58AM  17   use of this testimony.

9:58AM  18        **MR. HERMAN:**  I apologize.  I'll move on.

9:58AM  19        Let's go to TREX-26144.153.1.  Hopefully, this

9:58AM  20   is the right one.  I'm sorry.

9:58AM  21        **MS. KARIS:**  Well, same objection.  There's no

9:58AM  22   question pending to use as a predicate.

9:58AM  23        **THE COURT:**  Well, I believe he's going back to the

9:58AM  24   previous question.

9:58AM  25        **MR. HERMAN:**  I believe the question here is --

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 9:58AM | 1 | **THE COURT:**  Hold on.  My understanding is Mr. Herman |
| 9:58AM | 2 | inadvertently pulled up the wrong transcript. |
| 9:58AM | 3 | **MR. HERMAN:**  Yeah.  I apologize. |
| 9:58AM | 4 | **MS. KARIS:**  But, Your Honor, I think my point was |
| 9:58AM | 5 | that this, what's shown, doesn't have anything to do with when |
| 9:58AM | 6 | it was implemented -- |
| 9:58AM | 7 | Which is what I thought you were trying to |
| 9:59AM | 8 | refresh him on. |
| 9:59AM | 9 | **MR. HERMAN:**  I'm trying to give him the full context. |
| 9:59AM | 10 | We can go to the next page if you want to. |
| 9:59AM | 11 | **THE COURT:**  Okay.  Continue on, Mr. Herman. |
| 9:59AM | 12 | **MR. HERMAN:**  Okay. |
| 9:59AM | 13 | BY MR. HERMAN: |
| 9:59AM | 14 | Q.   Do you have the context, Mr. O'Bryan? |
| 9:59AM | 15 | A.   Let me just read it real quick. |
| 9:59AM | 16 | I believe the document that we're referring to here |
| 9:59AM | 17 | is the OMS, not the risk assurance.  I'm reading the |
| 9:59AM | 18 | question -- the next -- Mr. Sterbcow's question.  I'm just |
| 9:59AM | 19 | trying -- what is it exactly you want me to read?  His question |
| 9:59AM | 20 | or -- |
| 9:59AM | 21 | Q.   Have you read this page? |
| 9:59AM | 22 | A.   Yes, sir, I have. |
| 9:59AM | 23 | Q.   Okay.  So you're oriented with this page? |
| 9:59AM | 24 | A.   Yes, sir. |
| 9:59AM | 25 | **MR. HERMAN:**  Okay.  Now if we could go to the next |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 9:59AM | 1 | page, which hopefully is 26144.154.1. |
| 9:59AM | 2 | **BY MR. HERMAN:** |
| 9:59AM | 3 | **Q.**   Do you see how the testimony continues on? |
| 9:59AM | 4 | **A.**   Yes, sir.  I'm reading it. |
| 9:59AM | 5 | **Q.**   Yeah. |
| 10:00AM | 6 | **A.**   Yes, sir. |
| 10:00AM | 7 | **Q.**   And does that refresh your recollection that as you move |
| 10:00AM | 8 | into 2010, living inside of OMS, that that wasn't going to be |
| 10:00AM | 9 | applied and you weren't going to get full implementation and be |
| 10:00AM | 10 | inside the BP risk assessment tool until later in the year? |
| 10:00AM | 11 | Do you see that? |
| 10:00AM | 12 | **A.**   Yes, sir.  You had asked me earlier, though, by the end of |
| 10:00AM | 13 | 2010. |
| 10:00AM | 14 | And as I said, you had projects that were in various |
| 10:00AM | 15 | stages of implementation.  Some -- as with the Macondo well, it |
| 10:00AM | 16 | had already been planned and the risk assessment tools that had |
| 10:00AM | 17 | been used were the ones that were prescribed in Beyond the |
| 10:00AM | 18 | Best. |
| 10:00AM | 19 | And you had other wells that were in execution phase |
| 10:00AM | 20 | also.  So as you transitioned and began planning new wells, you |
| 10:00AM | 21 | would -- the expectation and the requirement was that you would |
| 10:00AM | 22 | start using the BP risk assurance tool as the risk management |
| 10:01AM | 23 | tool. |
| 10:01AM | 24 | **Q.**   So later in the year, after Macondo; correct? |
| 10:01AM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 10:01AM | 1 | So this was -- again, this was authorized in January. |
| 10:01AM | 2 | So, you know, I can't tell you a specific timelines, but the |
| 10:01AM | 3 | different wells teams and projects would have moved into it at |
| 10:01AM | 4 | different phases.  We didn't just say, "Today you will stop |
| 10:01AM | 5 | using what you've got in place." |
| 10:01AM | 6 | You're transitioning to it.  So there would have been |
| 10:01AM | 7 | a transition plan to it. |
| 10:01AM | 8 | Q.   Do you believe that the implementation draft was put into |
| 10:01AM | 9 | effect in January? |
| 10:01AM | 10 | A.   So the implementation draft was sent out.  This was a |
| 10:01AM | 11 | draft to get feedback from the teams as to any -- any concerns |
| 10:01AM | 12 | or any issues or opportunity to improve it.  And the intent had |
| 10:01AM | 13 | been to make it the issuing document, REV 1, if you will, from |
| 10:01AM | 14 | a control document standpoint.  That was to happen in, I |
| 10:01AM | 15 | believe, late March. |
| 10:01AM | 16 | Q.   And March 4th was the original date that it was intended |
| 10:02AM | 17 | to be released; correct? |
| 10:02AM | 18 | A.   It was in March. |
| 10:02AM | 19 | Q.   Okay.  But it wasn't released when it was originally |
| 10:02AM | 20 | intended, on March 4th; correct? |
| 10:02AM | 21 | A.   No, it wasn't. |
| 10:02AM | 22 | Q.   And would you defer to Kal Jassal as to when he might have |
| 10:02AM | 23 | actually distributed it, made it effective? |
| 10:02AM | 24 | A.   Would I defer to Kal? |
| 10:02AM | 25 | Q.   Yeah, Kal Jassal. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

10:02AM  1    A.   In terms of what?  In terms of when he released it or --

10:02AM  2    Q.   You don't know, sitting here today, when the document, if

10:02AM  3    ever, was put into final and released; correct?

10:02AM  4    A.   As I said, we -- as originally planned, we had the

10:02AM  5    implementation draft that was issued in January of 2010; and in

10:02AM  6    March, it was to be, in REV 1, issued to the organization.

10:02AM  7         We made a conscious decision to not do that because

10:02AM  8    of the reorganization and, quite frankly, because we had risk

10:02AM  9    assessment tools that had been in place for quite some time,

10:02AM  10   that had been used -- obviously, the team had been using these

10:03AM  11   for the previous nine years.

10:03AM  12        And so we felt like the prudent thing to do was let's

10:03AM  13   get the reorganization done, get all the folks in place, and

10:03AM  14   then we'll do the final issue of the document in April/May time

10:03AM  15   frame.

10:03AM  16   Q.   Sitting here today, do you know when, if ever, that

10:03AM  17   document was put into final and issued?

10:03AM  18   A.   I was on the rig when it exploded.  I got back.  I was

10:03AM  19   assigned to drill the relief wells, and that was my sole focus

10:03AM  20   until the time I left the Gulf of Mexico D&C.  So I can't sit

10:03AM  21   here and tell you that.

10:03AM  22   Q.   You don't know?

10:03AM  23   A.   As I said, I wasn't -- I was focused on relief wells.  And

10:03AM  24   I don't know when it was issued.

10:03AM  25   Q.   If ever?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

10:03AM  1  **A.**   As I said, I don't know.

10:03AM  2  **Q.**   And would you defer to Mr. Jassal as to who he distributed

10:03AM  3  it to or when?

10:03AM  4  **A.**   So I would -- so during the course of drilling the relief

10:03AM  5  wells when the emergency response was set up, the way in which

10:03AM  6  the day-to-day business of the Gulf of Mexico was handled to

10:04AM  7  allow folks like myself, James Dupree to be solely focused on

10:04AM  8  the response, we had designated alternates.

10:04AM  9          And so this would have been -- wouldn't have been

10:04AM  10  part of the day-to-day running of the SPU business.  And my

10:04AM  11  alternate was Dave Rich.  You would have to ask Dave as to if

10:04AM  12  they got it implemented while I was focused on the relief well.

10:04AM  13  I just don't know.

10:04AM  14          **MR. HERMAN:**   Okay.  Can we please pull up

10:04AM  15  TREX-26144.668.1.

10:04AM  16          **THE COURT:**   Let me ask the witness a question.  I

10:04AM  17  want to make sure I understand.

10:04AM  18          You said that the -- the way you -- the way I

10:04AM  19  understood what you said earlier was that BP would not directly

10:04AM  20  apply OMS to a contractor-owned rig like Transocean, you would

10:04AM  21  effectively use -- allow the use of the contractor's safety

10:05AM  22  system and then using something called a bridging document;

10:05AM  23  correct?

10:05AM  24          **THE WITNESS:**   Yes, sir.

10:05AM  25          **THE COURT:**   Okay.  What does a bridging document do

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 10:05AM | 1 | on a -- how does that work? |
| 10:05AM | 2 | THE WITNESS:  So, basically, you -- in its simplest |
| 10:05AM | 3 | form, you take their safety management system and the elements |
| 10:05AM | 4 | of it and what you require your operations to be conducted |
| 10:05AM | 5 | under your safety management system and you identify, Are there |
| 10:05AM | 6 | any gaps?  And if there's a gap, the bridging document actually |
| 10:05AM | 7 | documents what the contractor's going to do to fulfill that |
| 10:05AM | 8 | requirement. |
| 10:05AM | 9 | If there are not any gaps, then the bridging document |
| 10:05AM | 10 | simply documents that we've looked at it, they're consistent |
| 10:05AM | 11 | with -- the drilling contractor's safety management system is |
| 10:05AM | 12 | consistent with ours, and you move forward. |
| 10:05AM | 13 | But it -- |
| 10:05AM | 14 | THE COURT:  No, go ahead and finish your answer. |
| 10:05AM | 15 | THE WITNESS:  So it is simply a process by which you |
| 10:05AM | 16 | identify any disconnects between your safety management system |
| 10:06AM | 17 | and theirs. |
| 10:06AM | 18 | THE COURT:  And that was done in the case of the |
| 10:06AM | 19 | Macondo? |
| 10:06AM | 20 | THE WITNESS:  I believe there was a bridging document |
| 10:06AM | 21 | done by Transocean for the *Horizon*, yes, sir. |
| 10:06AM | 22 | THE COURT:  Were there any gaps that had been |
| 10:06AM | 23 | identified? |
| 10:06AM | 24 | THE WITNESS:  I don't recall, Your Honor. |
| 10:06AM | 25 | THE COURT:  Okay. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 10:06AM | 1 | **MR. HERMAN:**  Thank you, Your Honor. |
| 10:06AM | 2 | **THE COURT:**  Is that document in evidence? |
| 10:06AM | 3 | **MS. KARIS:**  It is -- |
| 10:06AM | 4 | **THE COURT:**  The bridging document? |
| 10:06AM | 5 | **MS. KARIS:**  It is, through the deposition bundle, |
| 10:06AM | 6 | Your Honor. |
| 10:06AM | 7 | And I want to object to the use of, again -- the |
| 10:06AM | 8 | use of Mr. O'Bryan's testimony for something that is not |
| 10:06AM | 9 | inconsistent with what he had just said. |
| 10:06AM | 10 | **MR. HERMAN:**  I think I asked him if he would defer |
| 10:06AM | 11 | to -- if he would defer to Mr. Jassal. |
| 10:06AM | 12 | **THE COURT:**  Well, he said he doesn't know, so I guess |
| 10:06AM | 13 | he would have to defer to anybody you put up there because he |
| 10:06AM | 14 | doesn't know. |
| 10:06AM | 15 | **MR. HERMAN:**  Sure. |
| 10:06AM | 16 | **MS. KARIS:**  And he says exactly that in his |
| 10:06AM | 17 | deposition. |
| 10:06AM | 18 | **THE COURT:**  Let's move on. |
| 10:06AM | 19 | **MR. HERMAN:**  Sure. |
| 10:06AM | 20 | Can we please pull up TREX-45006.6.1. |
| 10:07AM | 21 | BY MR. HERMAN: |
| 10:07AM | 22 | **Q.**   Do you recognize that, Mr. O'Bryan? |
| 10:07AM | 23 | **A.**   Yes, sir.  It's been a while since I've looked at it, |
| 10:07AM | 24 | though. |
| 10:07AM | 25 | **Q.**   I have the date of November 3rd, 2008.  Does that sound |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

10:07AM  1   about right?

10:07AM  2   A.   Okay.  Yes, sir.

10:07AM  3   Q.   And this talks about OMS governance and interpretation?

10:07AM  4   A.   Yes, sir.

10:07AM  5   Q.   And it says:  "The BP group chief executive has determined

10:07AM  6   that OMS shall be a control process relevant to all projects,

10:07AM  7   facilities, sites, and operations."

10:07AM  8        Do you see that?

10:07AM  9   A.   Yes, sir.

10:07AM  10  Q.   And if we go to TREX-45006.8.1.  It says, for

10:07AM  11  applicability:  "The OMS framework is relevant to all projects

10:07AM  12  as well as all facilities" -- oh, excuse me -- "as well as

10:08AM  13  facilities, sites, and operations."

10:08AM  14       Do you see that?

10:08AM  15  A.   Yes, sir.

10:08AM  16  Q.   And then it says:  "OMS applicability requirements,

10:08AM  17  including its application to joint ventures, acquisitions and

10:08AM  18  contractors, are described in Appendix 7."

10:08AM  19       Do you see that?

10:08AM  20  A.   Yes, sir.

10:08AM  21  Q.   And so if we go to Appendix 7, that is 45006.15.1.PSC and

10:08AM  22  that's Appendix 7, "OMS Applicability."  Do you see that?

10:08AM  23  A.   Yes, sir.

10:08AM  24  Q.   And it says:  "References in this section to 'BP' are to a

10:08AM  25  BP entity that is operating under the BP OMS.  References to

OFFICIAL TRANSCRIPT

9318

PATRICK LEON O'BRYAN - CROSS

| | |
|---|---|
| 10:08AM | 1 |
| 10:08AM | 2 |
| 10:08AM | 3 |
| 10:08AM | 4 |
| 10:08AM | 5 |
| 10:08AM | 6 |
| 10:08AM | 7 |
| 10:08AM | 8 |
| 10:08AM | 9 |
| 10:09AM | 10 |
| 10:09AM | 11 |
| 10:09AM | 12 |
| 10:09AM | 13 |
| 10:09AM | 14 |
| 10:09AM | 15 |
| 10:09AM | 16 |
| 10:09AM | 17 |
| 10:09AM | 18 |
| 10:09AM | 19 |
| 10:09AM | 20 |
| 10:09AM | 21 |
| 10:09AM | 22 |
| 10:09AM | 23 |
| 10:09AM | 24 |
| 10:09AM | 25 |

1  'applying OMS' relate to applying both the management system

2  and the requirements within it, such as the group essentials in

3  accordance with OMS."

4          Do you see that?

5  A.   Yes, sir.

6  Q.   And is that consistent with your understanding of what BP

7  was supposed to do?

8  A.   Yes, sir.

9  Q.   Now, continuing on to the next page, specifically with

10  respect to contractors -- and for the record, this is

11  TREX-45006.16.1.

12          Are you familiar with this provision?

13  A.   Again, it's been a while since I've read this, but, yes,

14  it looks familiar.

15  Q.   "Where BP relies on a contractor" -- like Transocean;

16  correct?

17  A.   Yes, sir.

18  Q.   -- "to carry out work, BP shall, as needed, include and

19  apply contract provisions such that the work is carried out in

20  a way that supports and is consistent with BP's application of

21  OMS to BP's operating activities."

22          Do you see that?

23  A.   Yes, sir.

24  Q.   And then it says:  "Where such contract provisions are not

25  included in an existing contract, BP shall endeavor to amend

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

10:09AM   1    the contract as needed, immediately or on renewal."
10:09AM   2              Do you see that?
10:09AM   3    A.   Yes, sir.
10:09AM   4    Q.   It doesn't say anything about BP deferring to the
10:09AM   5    contractor's safety management system, does it?
10:10AM   6    A.   This piece doesn't, no.
10:10AM   7    Q.   It doesn't say anything about the contractor's safety
10:10AM   8    management system at all, does it?
10:10AM   9    A.   No, it doesn't.
10:10AM  10    Q.   It refers to the contract; correct?
10:10AM  11    A.   Yes, sir.
10:10AM  12    Q.   Let's go to 45006.16.2.
10:10AM  13              This is the deviation process for OMS; correct?
10:10AM  14    A.   Yes, sir.
10:10AM  15    Q.   And it says:  "A decision by a BP entity to deviate from
10:10AM  16    the complete application of the BP OMS framework Parts 1 to 4
10:10AM  17    shall be based on a risk assessment, including defining and
10:10AM  18    documenting the risk reduction measures that are to be applied
10:10AM  19    and shall be formally justified, recorded, and authorized by
10:10AM  20    the line executive vice president or group vice president or
10:10AM  21    group head of function after consultation and approval from the
10:11AM  22    group head of operations."
10:11AM  23              Do you see that?
10:11AM  24    A.   Yes, sir.
10:11AM  25    Q.   And so under this document, you don't say, "Follow the

PATRICK LEON O'BRYAN - CROSS

10:11AM  1    contractor's policy unless somebody says it's insufficient";
10:11AM  2    correct?
10:11AM  3    A.    Correct.
10:11AM  4    Q.    It says follow OMS unless someone documents and proves
10:11AM  5    that something else is sufficient; correct?
10:11AM  6    A.    Yes, sir.
10:11AM  7    Q.    And, yet the decision was made from the very top of BP
10:11AM  8    management to apply OMS to contractor-owned rigs in the Gulf
10:11AM  9    differently than as dictated here; correct?
10:11AM  10   A.    I don't agree with that.
10:11AM  11   Q.    Okay.
10:11AM  12         Shifting gears a little, would you agree that audits
10:11AM  13   are the best way to confirm that BP employees are following
10:11AM  14   good process safety practices and procedures?
10:11AM  15   A.    Audits should be the way to verify that the processes are
10:11AM  16   being followed, yes.
10:12AM  17   Q.    At least during the time that you were vice president from
10:12AM  18   December 2010 through the date of the explosion, there was no
10:12AM  19   process safety audit conducted on Macondo; correct?
10:12AM  20   A.    There was no process safety audit done that I recall on
10:12AM  21   any of our operations.
10:12AM  22   Q.    Nor was there a procedure in place whereby a team,
10:12AM  23   independent of the engineering team or the operations team,
10:12AM  24   would come in on a periodic basis and audit what was being
10:12AM  25   done; correct?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 10:12AM | 1 | A.   Again, I don't know if that was one of the gaps that was |
| 10:12AM | 2 | identified in the gap assessment and if we had actions in place |
| 10:12AM | 3 | to close the gap.  I just don't know. |
| 10:12AM | 4 | Q.   And you personally have never even seen a risk register |
| 10:12AM | 5 | specific to Macondo; correct? |
| 10:12AM | 6 | A.   I have not seen one prior to, but I have seen one |
| 10:12AM | 7 | afterwards, yes. |
| 10:12AM | 8 | Q.   You had not seen one as of the date of your deposition; |
| 10:12AM | 9 | correct? |
| 10:12AM | 10 | A.   I don't believe so, no. |
| 10:12AM | 11 | Q.   Somebody showed it to you for the trial? |
| 10:12AM | 12 | A.   No. |
| 10:12AM | 13 | Q.   You got curious after your deposition? |
| 10:13AM | 14 | A.   I don't recall. |
| 10:13AM | 15 | Q.   You were shown a June 2009 gap assessment on direct; |
| 10:13AM | 16 | correct? |
| 10:13AM | 17 | A.   I'm sorry.  Can you repeat your question? |
| 10:13AM | 18 | Q.   When you were on direct, the gap assessment that was put |
| 10:13AM | 19 | up there was from June 2009; correct? |
| 10:13AM | 20 | A.   That's correct. |
| 10:13AM | 21 | Q.   We didn't look at the gap assessment that was then done |
| 10:13AM | 22 | later in the first quarter of 2010; correct? |
| 10:13AM | 23 | A.   Which gap assessment are you referring to? |
| 10:13AM | 24 | Q.   Are you aware that there was a second gap assessment? |
| 10:13AM | 25 | A.   For D&C? |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | |
|---|---|
| 10:13AM | 1 |

**Q.**   For either D&C or SPU.

**A.**   I'm only aware of a D&C gap assessment.

**Q.**   Only one D&C gap assessment?

**A.**   I believe we only did one gap assessment for D&C, that's correct.

**Q.**   So to your knowledge and understanding, the first quarter 2010 gap assessment would have been for the SPU?

**A.**   First quarter 2010?

**Q.**   Yes.

**A.**   It must have been because it was not a D&C gap assessment. We didn't do one in my time there.

**Q.**   You're not familiar with any of those gaps, correct, if any?

**A.**   No.  No, I'm not.

        **MR. HERMAN:**  Can we please pull up TREX-2523.1.1.

**BY MR. HERMAN:**

**Q.**   Do you recall getting this e-mail at some point?

**A.**   Can I read it just a minute?

**Q.**   Yeah, sure.

**A.**   Yes, sir, I recognize it.

**Q.**   And this is from Steve Haden or Haden?

**A.**   Haden.

**Q.**   And who is he?

**A.**   Steve was a -- one of our vice presidents in the global D&C function.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 10:14AM | 1 | **Q.**   And do you see where I highlighted here, it says: |
| 10:14AM | 2 | "Transocean is at the top of the list"? |
| 10:14AM | 3 | **A.**   Yes, sir. |
| 10:14AM | 4 | **Q.**   And attached to this -- |
| 10:14AM | 5 |          **MR. HERMAN:**   If we could pull up TREX-2523.7.1. |
| 10:14AM | 6 | **BY MR. HERMAN:** |
| 10:14AM | 7 | **Q.**   It is a PowerPoint.  Do you recall that? |
| 10:14AM | 8 | **A.**   Vaguely.  I'd have to look at it and . . . |
| 10:14AM | 9 | **Q.**   Okay. |
| 10:15AM | 10 |          Have you had a chance to look at it? |
| 10:15AM | 11 | **A.**   Yes, sir. |
| 10:15AM | 12 | **Q.**   Do you see where it says, "Drilling contractor supervisors |
| 10:15AM | 13 | have a poor understanding of their own company SMS"? |
| 10:15AM | 14 | **A.**   Yes, sir. |
| 10:15AM | 15 | **Q.**   And SMS is safety management system? |
| 10:15AM | 16 | **A.**   Yes, sir. |
| 10:15AM | 17 | **Q.**   And you recall this being reported to you or conveyed to |
| 10:15AM | 18 | you in January of 2010? |
| 10:15AM | 19 | **A.**   It was part of Steve's packet he sent around, yes. |
| 10:15AM | 20 | **Q.**   And then it says:  "A majority of our bridging documents |
| 10:15AM | 21 | linking BP and drilling contractor safety systems are outdated |
| 10:15AM | 22 | and/or poorly understood." |
| 10:15AM | 23 |          Do you see that? |
| 10:15AM | 24 | **A.**   Yes, sir. |
| 10:15AM | 25 | **Q.**   Do you recall that being reported to you in January of |

OFFICIAL TRANSCRIPT

9324

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 10:15AM | 1 | 2010? |
| 10:15AM | 2 | A.   I remember this being part of his packet, yes. |
| 10:15AM | 3 | Q.   And then it says:  "Both BP and key contractors" -- excuse |
| 10:15AM | 4 | me.  Let me start over. |
| 10:15AM | 5 | "Low value realized from HSE advisers by both BP and |
| 10:16AM | 6 | key contractors due to poorly defined roles." |
| 10:16AM | 7 | Do you see that? |
| 10:16AM | 8 | A.   Yes, sir. |
| 10:16AM | 9 | MR. HERMAN:  Thank you, Carl. |
| 10:16AM | 10 | BY MR. HERMAN: |
| 10:16AM | 11 | Q.   Now, one of the things that was just noted in the document |
| 10:16AM | 12 | that we looked at and one of the things that the Court asked |
| 10:16AM | 13 | you about was bridging documents.  Do you recall that? |
| 10:16AM | 14 | A.   Yes, sir. |
| 10:16AM | 15 | Q.   And the demonstrative that you showed us, you had a |
| 10:16AM | 16 | reference to a bridging document.  Do you recall that? |
| 10:16AM | 17 | A.   Yes, sir. |
| 10:16AM | 18 | MR. HERMAN:  If we could pull up D-4943, please. |
| 10:16AM | 19 | BY MR. HERMAN: |
| 10:16AM | 20 | Q.   Now, this chart -- who made this chart? |
| 10:16AM | 21 | A.   I believe counsel did. |
| 10:16AM | 22 | Q.   And when was it made? |
| 10:16AM | 23 | A.   I don't know. |
| 10:16AM | 24 | MS. KARIS:  I object to foundation, Your Honor. |
| 10:16AM | 25 | MR. HERMAN:  Okay.  He said he didn't know. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 10:16AM | 1 | **THE COURT:**  Go ahead. |
| 10:16AM | 2 | **BY MR. HERMAN:** |
| 10:16AM | 3 | **Q.**   Let me ask you this question:  This chart that, I guess, |
| 10:16AM | 4 | is supposed to explain how everything fits together, that |
| 10:16AM | 5 | wasn't available in 2010 to the well site leaders, the wells |
| 10:17AM | 6 | team leaders, the drilling engineers, and the people on the |
| 10:17AM | 7 | Transocean side of things; correct? |
| 10:17AM | 8 | **A.**   I don't know whether it was or wasn't. |
| 10:17AM | 9 | **Q.**   You don't recall seeing it prior to the explosion, do you? |
| 10:17AM | 10 | **A.**   No. |
| 10:17AM | 11 | **Q.**   Now, do you see where it says, "S -- HSE bridging doc"? |
| 10:17AM | 12 | **A.**   Yes, sir. |
| 10:17AM | 13 | **Q.**   And down at the bottom there's some sources.  Do you see |
| 10:17AM | 14 | that?  "Source," it says your depo and then some TREXs and some |
| 10:17AM | 15 | numbers.  One of the numbers is 948.  Do you see that? |
| 10:17AM | 16 | **A.**   948 -- okay.  I see it.  Yeah. |
| 10:17AM | 17 | **Q.**   Okay.  And to your knowledge, is that supposed to refer to |
| 10:17AM | 18 | the bridging document that's there? |
| 10:17AM | 19 | **A.**   I have no idea. |
| 10:17AM | 20 | **Q.**   Have no idea, huh? |
| 10:17AM | 21 | **MR. HERMAN:**  Let's pull up TREX-948.1.1. |
| 10:17AM | 22 | **BY MR. HERMAN:** |
| 10:17AM | 23 | **Q.**   Is this the document that you were referring to in the |
| 10:17AM | 24 | previous demonstrative as the bridging document? |
| 10:18AM | 25 | **A.**   I believe that's correct, yes. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

10:18AM 1    Q.   And it's really hard to read the date, but I think it's
10:18AM 2    2008, September of 2008.  Does that sound about right?
10:18AM 3    A.   Yes, sir.
10:18AM 4    Q.   And I think if we go to the last page, TREX-948.5.1, that
10:18AM 5    will probably give us a better idea.
10:18AM 6            This shows a revision log; correct?
10:18AM 7    A.   Yes.
10:18AM 8    Q.   And that's intended to show whoever's looking at the
10:18AM 9    document what revisions were made on what dates?
10:18AM 10   A.   That's correct.
10:18AM 11   Q.   And there's an August 31st, 2008, date on there; correct?
10:18AM 12   A.   Yes.
10:18AM 13   Q.   And that's right before September 2008 when it might have
10:18AM 14   been signed.  Does that make sense?
10:18AM 15   A.   I --
10:18AM 16   Q.   Well, in any event --
10:18AM 17   A.   I wasn't part of this document, so I can't -- I wasn't
10:18AM 18   part of preparing it, so I can't tell you.
10:18AM 19   Q.   Okay.  Well, you see where it says, "October 20, 2009"?
10:18AM 20   A.   Yes, sir.
10:18AM 21   Q.   And the revision details are:  "Changed authority to
10:19AM 22   Curtis Jackson; changed custodian to Steve Tink; no other
10:19AM 23   content changes."
10:19AM 24           Do you see that?
10:19AM 25   A.   Yes, sir.

PATRICK LEON O'BRYAN - CROSS

10:19AM  1   **Q.**   And so in your experience of being at BP and reading these

10:19AM  2   types of documents, you would assume that there were no

10:19AM  3   material or substantive revisions after August 31st, 2008;

10:19AM  4   correct?

10:19AM  5   **A.**   Again, I wasn't part of putting this document together

10:19AM  6   and -- in fact, I didn't get -- didn't assume this role until

10:19AM  7   December of 2009.  So I can't tell you.

10:19AM  8   **Q.**   Okay.  This bridging document which appears to be dated

10:19AM  9   September 2008, to your knowledge, predates the OMS governance

10:19AM 10   and interpretation document that we were just looking at;

10:19AM 11   correct?  November of 2008?

10:19AM 12   **A.**   I believe that's correct, yes.

10:19AM 13   **Q.**   And it predates the January 2010 implementation draft that

10:19AM 14   you're not sure, sitting here today, ever got implemented;

10:19AM 15   correct?

10:19AM 16   **A.**   Well, you're comparing two different things here.  This is

10:20AM 17   an HSE safety management system bridging document.  The thing

10:20AM 18   that you were asking me about earlier was the risk assurance

10:20AM 19   tool implementation, which, I think, are two different things

10:20AM 20   here.

10:20AM 21   **Q.**   Okay.  But am I correct that this bridging document

10:20AM 22   predates the implementation draft of January 2010?

10:20AM 23   **A.**   The implementation draft of the risk assurance tool was

10:20AM 24   rolled out in January of 2010.  And, yes, September of 2008 is

10:20AM 25   before January 2010.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

10:20AM 1    Q.   And it even predates, as I understand it, an amendment to
10:20AM 2    the contract between BP and Transocean.  Do you recall that?
10:20AM 3    A.   An amendment to the contract?  I don't recall an amendment
10:20AM 4    to the contract.  I wasn't involved in that.
10:20AM 5    Q.   Okay.  Let's look at TREX-948.4.1.
10:20AM 6         And this says:  "The primary function will be as
10:21AM 7    follows:
10:21AM 8         "1.  To resolve BP" --
10:21AM 9         And then I assume the "TODDI NAM" is Transocean?
10:21AM 10   A.   Yes.
10:21AM 11   Q.   Okay.  So "to resolve BP/Transocean gaps in the HSE
10:21AM 12   system."
10:21AM 13        I keep messing that up.  I'm sorry.
10:21AM 14        "Manage the resolution of gaps across the different
10:21AM 15   business units in the Gulf of Mexico operating area."
10:21AM 16        Do you see that?
10:21AM 17   A.   Yes, sir.
10:21AM 18   Q.   And "To review and implement new programs, as well as
10:21AM 19   deletion or changes to the existing program."
10:21AM 20        Correct?
10:21AM 21   A.   Yes, sir.
10:21AM 22   Q.   So this document doesn't actually bridge any gaps;
10:21AM 23   correct?
10:21AM 24   A.   It does.  I mean, that's the purpose of a bridging
10:21AM 25   document is to identify gaps with the safety management system.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

10:21AM   1   That's been my experience.  I wasn't part of this particular

10:21AM   2   gap -- or this particular bridging because it was before I got

10:21AM   3   to the Gulf of Mexico.  But my experience is a bridging

10:21AM   4   document is simply looking and comparing the operator -- BP's

10:22AM   5   side, the operator and the drilling contractor's safety

10:22AM   6   management system and identifying any gaps and putting in place

10:22AM   7   actions to close those gaps.

10:22AM   8            As I said, I wasn't part of putting together this

10:22AM   9   bridging document.

10:22AM  10   Q.   Okay.  But this document, this bridging document that you

10:22AM  11   guys referred to in your demonstrative to show how things were

10:22AM  12   bridged together, this Exhibit 948 --

10:22AM  13   A.   Uh-huh.

10:22AM  14   Q.   -- this in only five pages; correct?

10:22AM  15   A.   I don't remember how many pages.  I mean, I haven't looked

10:22AM  16   at this bridging document in a while.  I mean, if you would

10:22AM  17   like for me to review it and look at it --

10:22AM  18            MR. HERMAN:  May I approach, Your Honor?

10:22AM  19            THE COURT:  Well, he says he had nothing to do with

10:22AM  20   it.  He hasn't seen it and it's in evidence, so I think that

10:22AM  21   will allow you to make whatever argument you want to make from

10:22AM  22   it.  Let's move on.  I think we've heard enough about bridging

10:22AM  23   documents here.

10:22AM  24            MR. HERMAN:  Sure, Your Honor.

         25

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| 10:23AM | 1 | BY MR. HERMAN: |
| 10:23AM | 2 | Q.   Let me ask one last question then. |
| 10:23AM | 3 | In terms of bridging documents, have you ever seen a |
| 10:23AM | 4 | bridging document specific to the *Deepwater Horizon*? |
| 10:23AM | 5 | A.   No, I've not. |
| 10:23AM | 6 | Q.   Have you ever seen a bridging document specific to the |
| 10:23AM | 7 | Macondo well? |
| 10:23AM | 8 | A.   I wouldn't expect to see one specific to the Macondo well. |
| 10:23AM | 9 | MR. HERMAN:   Thank you.  No further questions. |
| 10:23AM | 10 | THE COURT:   United States -- let's take our 15-minute |
| 10:23AM | 11 | recess. |
| 10:23AM | 12 | THE DEPUTY CLERK:   All rise. |
| 10:23AM | 13 | (WHEREUPON, the Court took a recess.) |
| 10:42AM | 14 | THE COURT:   Please be seated, everyone. |
| 10:42AM | 15 | MR. UNDERHILL:   Proceed, Your Honor? |
| 10:42AM | 16 | THE COURT:   Yes. |
| 10:42AM | 17 | MR. UNDERHILL:   Thank you, Your Honor. |
| 10:42AM | 18 | CROSS-EXAMINATION |
| 10:42AM | 19 | BY MR. UNDERHILL: |
| 10:42AM | 20 | Q.   Mr. O'Bryan or Dr. O'Bryan, whichever you prefer, my name |
| 10:42AM | 21 | is Mike Underhill.  I work with the United States and I have |
| 10:42AM | 22 | got you on cross-examination.  Are you ready to go? |
| 10:42AM | 23 | A.   Yes, sir. |
| 10:42AM | 24 | Q.   Your counsel approached me before and said somebody had to |
| 10:42AM | 25 | show this exhibit. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

10:42AM  1      **MR. UNDERHILL:**  Will you pull up TREX-759, please.
10:43AM  2  **BY MR. UNDERHILL:**
10:43AM  3  **Q.**   You're familiar with that e-mail, are you, sir?
10:43AM  4  **A.**   Yes, sir.
10:43AM  5  **Q.**   I promise you, we've probably beat negative pressure tests
10:43AM  6  more than a dead horse is beat, so I'm not going to have much
10:43AM  7  on it.
10:43AM  8  **A.**   Okay.
10:43AM  9  **Q.**   Let's put this in context.
10:43AM  10      **MR. UNDERHILL:**  Could you go to the bottom of the
10:43AM  11  e-mail.  There's a second page, I don't think we need to read
10:43AM  12  it.
10:43AM  13  **BY MR. UNDERHILL:**
10:43AM  14  **Q.**   Just for context, this is an e-mail string that had
10:43AM  15  initiated with Bob Kaluza, one of the well site leaders that
10:43AM  16  was on board the rig on the 20th of April; correct?
10:43AM  17  **A.**   Yes, sir.
10:43AM  18  **Q.**   And again, just for context without reading through it,
10:43AM  19  this was Mr. Kaluza's attempt to explain to the BP folks how
10:43AM  20  the bladder effect worked; correct?
10:43AM  21  **A.**   Yes, sir.
10:43AM  22      **MR. UNDERHILL:**  And then if we could go, Dawn, to the
10:43AM  23  front page, please.  Let's cut to the chase here.  Dawn, could
10:43AM  24  you pull out from the top all the way down to the signature of
10:43AM  25  Mr. O'Bryan where he signs, "Regards, Pat."  Thank you.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

10:44AM 1    BY MR. UNDERHILL:

10:44AM 2    Q.    And the subject line there is "Bladder Effect"; correct,

10:44AM 3    sir?

10:44AM 4    A.    Yes, sir.

10:44AM 5    Q.    And that was forwarded to you by one of your people in BP;

10:44AM 6    is that right?

10:44AM 7    A.    Yes, one of my peers.

10:44AM 8    Q.    And I think this is self-explanatory, but when you

10:44AM 9    received this e-mail of Mr. -- forwarded to you of Mr. Kaluza's

10:44AM 10   attempt to explain the bladder effect that he and Mr. Vidrine

10:44AM 11   used to explain the results of the negative pressure test, you

10:44AM 12   responded with -- believe it or not, I actually counted

10:44AM 13   these -- approximately 560 question marks; right?

10:44AM 14   A.    I haven't counted them, but I'll take your word for it.

10:44AM 15   Q.    A lot of them.  Can you agree with that?

10:44AM 16   A.    Yes, sir.

10:44AM 17   Q.    Sir, that means to you, you had no clue -- no clue

10:44AM 18   whatsoever -- about whatever Mr. Kaluza was trying to explain

10:44AM 19   about what he called "bladder effect"; right?

10:44AM 20   A.    May I explain the question marks?

10:44AM 21   Q.    Please.  Please.

10:45AM 22   A.    So I received this e-mail, as it says, on the 27th of

10:45AM 23   April.  I was actually in Robert, Louisiana, at the command

10:45AM 24   center there for purposes of meeting with MMS to get the

10:45AM 25   drilling permits for the relief wells.  And if we put it in

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

10:45 AM  1    time, I had gotten off the rig the night of the 20th and didn't

10:45 AM  2    actually make it to shore until the -- 1:00 a.m. on the 22nd.

10:45 AM  3          I had started work in the response center, the crisis

10:45 AM  4    center, assigned to relief wells.  In fact, when I flew to

10:45 AM  5    Robert on that Monday, I had not intended on spending the

10:45 AM  6    night, wound up spending the night that night.  And when I got

10:45 AM  7    this e-mail, I personally don't understand the bladder effect,

10:45 AM  8    I didn't understand what Mr. Kaluza was trying to explain.

10:46 AM  9          Hindsight's always 20/20.  I could have simply

10:46 AM 10    responded with, "I don't understand," a couple of question

10:46 AM 11    marks.  But I was tired when I got this.  And as I said, as I

10:46 AM 12    sit here today, I don't understand what Mr. Kaluza was trying

10:46 AM 13    to define, and this is what we have in front of us.

10:46 AM 14    Q.   I'm not challenging you.  Trust me, sir.

10:46 AM 15          Who in BP -- well, if you can give me a name, that's

10:46 AM 16    great, but if you can't give me a name, can you give me a

10:46 AM 17    position in BP, a title, corporate title, that was responsible

10:46 AM 18    for training well site leaders like Mr. Kaluza in interpreting

10:46 AM 19    negative pressure tests so that they have the adequate

10:46 AM 20    information, training, and understanding that they wouldn't

10:46 AM 21    rely upon a nonexistent phenomena to explain something so

10:46 AM 22    critical, something so important, and something that turned out

10:47 AM 23    in this specific case to be so deadly as a negative pressure

10:47 AM 24    test?

10:47 AM 25          Can you give me a name or a title or a position?  You

9334

PATRICK LEON O'BRYAN, PH.D. - CROSS

10:47AM  1   name it.

10:47AM  2   **A.**   Or can I explain to you the process?  There's several that

10:47AM  3   are involved in it.  And if you'd like, I'd be happy to explain

10:47AM  4   it.

10:47AM  5   **Q.**   And if you can do me a favor, start from the top going

10:47AM  6   down.  Biggest guy, littlest guy.

10:47AM  7   **A.**   Sure.  So our well site leaders, the way in which we

10:47AM  8   assign them to the specific wells and rigs and whatnot, we have

10:47AM  9   a process that starts with our global organization capability

10:47AM  10  group.  We develop our well site leaders.  They're assigned to

10:47AM  11  various responsibilities early in their career in the onshore,

10:47AM  12  and then as they progress and mature as well site leaders, they

10:47AM  13  move in to more challenging roles, more responsibility, bigger

10:47AM  14  projects like a deepwater operation.

10:47AM  15          And so we have a director of organizational

10:47AM  16  capability, who at that time was Ken Tucker.  We had processes

10:48AM  17  in place, annual performance reviews, capability assessments,

10:48AM  18  what we called a personal development plan, where we actually

10:48AM  19  talked about all of our folks on a regular basis, at least

10:48AM  20  annually, in terms of what their development needs were, where

10:48AM  21  they needed to move to develop.

10:48AM  22          So there were a lot of processes in place.  And they

10:48AM  23  were -- as I said, Ken was the director of organizational

10:48AM  24  capability at that time, but there were people like

10:48AM  25  Mike Zanghi.  Mike was actually a global D&C vice president.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 10:48AM | 1 | He would have been involved in those conversations along with |
| 10:48AM | 2 | myself, the team leaders. |
| 10:48AM | 3 | So there were a lot of processes to provide assurance |
| 10:48AM | 4 | that the people we had on these rigs were capable to do things |
| 10:48AM | 5 | like the interpretation of a negative test. |
| 10:48AM | 6 | Q.  Thank you very much for that comprehensive answer. |
| 10:48AM | 7 | So all the training you described, all the |
| 10:48AM | 8 | BP management executives that were involved in these processes |
| 10:49AM | 9 | of training, still wasn't sufficient -- when BP tried to train, |
| 10:49AM | 10 | at least Mr. Kaluza, wasn't sufficient that he couldn't |
| 10:49AM | 11 | understand the basics of the hydrostatics so you couldn't |
| 10:49AM | 12 | explain what they saw on the rig that night based upon |
| 10:49AM | 13 | something -- a nonexistent phenomena called "bladder effect"; |
| 10:49AM | 14 | correct? |
| 10:49AM | 15 | MS. KARIS:  I'm going to object, Your Honor. |
| 10:49AM | 16 | THE COURT:  Overruled. |
| 10:49AM | 17 | THE WITNESS:  So I can't -- I cannot sit here and |
| 10:49AM | 18 | tell you what they talked about, what they discussed.  I wasn't |
| 10:49AM | 19 | a party to the conversation.  I believe that Bob Kaluza was |
| 10:49AM | 20 | capable to do the job he was sent out there to do.  But I can't |
| 10:49AM | 21 | tell you what -- I don't know his training background, I |
| 10:49AM | 22 | haven't seen it.  I wasn't part of the conversations that |
| 10:49AM | 23 | occurred between BP well site leaders and Transocean folks.  I |
| 10:49AM | 24 | just can't tell you that. |
| 10:49AM | 25 | So I don't know what conversations, what they |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

10:49AM  1  discussed to come to the conclusions that they came.  But we

10:50AM  2  all, I think, have agreed that the negative test was

10:50AM  3  misinterpreted.

10:50AM  4  **BY MR. UNDERHILL:**

10:50AM  5  **Q.**   Thank you for that answer.  Unfortunately, it wasn't the

10:50AM  6  answer to my question.

10:50AM  7          My question:  Despite whatever training BP gave its

10:50AM  8  people, Mr. Kaluza specifically, and all the people that you

10:50AM  9  discussed were involved in that training, presumably over the

10:50AM  10  years, that training still didn't adequately prepare Mr. Kaluza

10:50AM  11  so that on April 20th, he didn't understand the basics of

10:50AM  12  hydrostatics enough to determine he can't interpret the

10:50AM  13  negative pressure test like he did based upon a nonexistent

10:50AM  14  phenomena like the bladder effect described here in your

10:50AM  15  e-mail; correct?

10:50AM  16          **MS. KARIS:**  Your Honor, that's the same question.

10:50AM  17          **THE COURT:**  Same, overruled.  Overruled.

10:50AM  18          **THE WITNESS:**  I can't sit here -- ask your question

10:50AM  19  again.  I'm sorry.

10:50AM  20  **BY MR. UNDERHILL:**

10:50AM  21  **Q.**   I was hoping you wouldn't do that.  I'll give it the best

10:50AM  22  shot.  Okay?

10:50AM  23  **A.**   Okay.  Great.

10:50AM  24  **Q.**   As a favor to our court reporter, I won't ask her to read

10:50AM  25  it back.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 10:50AM | 1 | **THE COURT:** Why don't you try to show it to him? |
| 10:50AM | 2 | Maybe that would be easier. |
| 10:50AM | 3 | BY MR. UNDERHILL: |
| 10:50AM | 4 | **Q.** Whatever training Mr. Kaluza got, it wasn't enough to |
| 10:51AM | 5 | teach him that you can't interpret the negative pressure test |
| 10:51AM | 6 | that he interpreted that night based upon a nonexistent |
| 10:51AM | 7 | phenomena called "bladder effect"; correct? |
| 10:51AM | 8 | **A.** Again, I don't know what training Mr. Kaluza had. And as |
| 10:51AM | 9 | I said, he sent an explanation that I don't understand. |
| 10:51AM | 10 | That's all I can -- that's the only context I can tell you. |
| 10:51AM | 11 | **Q.** So I think we're getting closer to my question and an |
| 10:51AM | 12 | answer. Again, whatever it was, it didn't work. That's the |
| 10:51AM | 13 | point of my question. |
| 10:51AM | 14 | **A.** And we've said that it was misinterpreted. |
| 10:51AM | 15 | **Q.** Thank you. |
| 10:51AM | 16 | **MR. UNDERHILL:** Could we put up -- Dawn, could we put |
| 10:51AM | 17 | up D-4943, please. |
| 10:51AM | 18 | BY MR. UNDERHILL: |
| 10:51AM | 19 | **Q.** And, Mr. O'Bryan, while she's calling this up, this is |
| 10:51AM | 20 | actually one of your counsel's demonstratives. I think you |
| 10:51AM | 21 | said this was prepared by counsel? |
| 10:51AM | 22 | **A.** Yes, sir. |
| 10:51AM | 23 | **Q.** I got to tell you, it's beautiful. It looks like almost |
| 10:51AM | 24 | pulled out of a children's book. I mean, you've got nice |
| 10:51AM | 25 | primary colors, things that almost can pass for a rainbow. |

OFFICIAL TRANSCRIPT

9338

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | |
|---|---|
| 10:51AM | 1 |
| 10:52AM | 2 |
| 10:52AM | 3 |
| 10:52AM | 4 |

10:51AM 1  You've got the BP sunflower logo over on the right.  You've got

10:52AM 2  the Transocean *Deepwater Horizon* there in a circle over on the

10:52AM 3  left.  Do you see that?

10:52AM 4  A.   Yes, sir.

10:52AM 5  Q.   Now, maybe I just don't get the disconnect, but this says

10:52AM 6  as of April 20th, 2010.  That's up on the top; correct?

10:52AM 7  A.   Yes, sir.

10:52AM 8  Q.   Can we safely assume that this is intended to depict the

10:52AM 9  *Deepwater Horizon* before it blew up, before 11 men died, before

10:52AM 10  she sank to the bottom?  Can we safely assume that?

10:52AM 11  A.   Yes.

10:52AM 12  Q.   So I'm not going to get into what OMS was, wasn't, what

10:52AM 13  you had in place, what you didn't have in place.  I'm not going

10:52AM 14  there.

10:52AM 15       My only question to you:  Whatever all these

10:52AM 16  processes that you've claimed to exist in BP, whether OMS was

10:52AM 17  on the rig or not, Beyond the Best, we see Drilling Wells

10:52AM 18  Operation Practice, The Way We Work, all those things you claim

10:52AM 19  to exist and to be in place in the *Deepwater Horizon* on

10:52AM 20  April 20th, 2010, they didn't work, did they?

10:53AM 21  A.   I believe we know that all of the things that were in

10:53AM 22  place to mitigate a blowout, which is a major accident risk,

10:53AM 23  including the monitoring of the well and the shutting down of

10:53AM 24  the well when a kick was taken, those barriers didn't work.

10:53AM 25  Q.   Could we focus, please -- let me get my pointer out here.

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 10:53AM | 1 | Over here, I'm pointing to this building, it says |
| 10:53AM | 2 | were, "BP Engineers Working Onshore."  Do you see that? |
| 10:53AM | 3 | A.   Yes, sir. |
| 10:53AM | 4 | Q.   Is that the Westlake building -- I've never been there so |
| 10:53AM | 5 | I've got to ask you, is that Westlake? |
| 10:53AM | 6 | A.   It's a depiction of it.  I don't believe it looks like |
| 10:53AM | 7 | that. |
| 10:53AM | 8 | Q.   Yeah, that's what I mean.  I'm not asking if it's an |
| 10:53AM | 9 | architectural drawing.  But in Houston, that's where BP North |
| 10:53AM | 10 | America headquarters is; right? |
| 10:53AM | 11 | A.   That's correct. |
| 10:53AM | 12 | Q.   When you were working -- let's just focus on April of |
| 10:53AM | 13 | 2010.  Was that office -- was that your office? |
| 10:53AM | 14 | A.   Yes, sir. |
| 10:53AM | 15 | Q.   And that's where Mr. Guide worked? |
| 10:53AM | 16 | A.   Yes, sir. |
| 10:53AM | 17 | Q.   Where Mr. Sims worked? |
| 10:54AM | 18 | A.   Yes, sir. |
| 10:54AM | 19 | Q.   Where Mr. Hafle worked? |
| 10:54AM | 20 | A.   Yes, sir. |
| 10:54AM | 21 | Q.   Where Mr. Cocales worked? |
| 10:54AM | 22 | A.   Mr. who? |
| 10:54AM | 23 | Q.   Cocales. |
| 10:54AM | 24 | A.   Yes, sir. |
| 10:54AM | 25 | Q.   You know Brett Cocales? |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 10:54AM | 1 | **A.**   Brett Cocales, yes, sir. |
| 10:54AM | 2 | **Q.**   I'm sorry. |
| 10:54AM | 3 | **A.**   That's all right. |
| 10:54AM | 4 | **Q.**   I'm dialect challenged.  And I think Mr. Walz, he worked |
| 10:54AM | 5 | there also? |
| 10:54AM | 6 | **A.**   Yes, sir. |
| 10:54AM | 7 | **Q.**   Now, this office here, the BP headquarters on Westlake, |
| 10:54AM | 8 | Houston, is that where you folks, BP, its management also |
| 10:54AM | 9 | manages operations in Alaska?  I'm just trying to get the |
| 10:54AM | 10 | breadth of what's managed out of that office. |
| 10:54AM | 11 | **A.**   No, sir. |
| 10:54AM | 12 | **Q.**   So that's just the Gulf of Mexico? |
| 10:54AM | 13 | **A.**   In Westlake 4, that's correct. |
| 10:54AM | 14 | **Q.**   I'm sorry.  I didn't hear you. |
| 10:54AM | 15 | **A.**   Westlake 4, I believe that's correct. |
| 10:54AM | 16 | **Q.**   Got it. |
| 10:54AM | 17 | **A.**   I haven't been there in a couple years, so I'm not sure if |
| 10:54AM | 18 | that's the way it is today.  But that's the way it was when I |
| 10:54AM | 19 | was there. |
| 10:54AM | 20 | **Q.**   Got it.  And just so I -- perhaps I didn't get the answer. |
| 10:54AM | 21 | BP's operations in the Gulf of Mexico, drilling operations, D&C |
| 10:54AM | 22 | specifically -- |
| 10:54AM | 23 | **A.**   Yes, sir. |
| 10:54AM | 24 | **Q.**   -- were managed out of that office? |
| 10:54AM | 25 | **A.**   Yes, sir. |

PATRICK LEON O'BRYAN, PH.D. - CROSS

10:54AM  1   Q.   Now, if we go over there, there's this gap here between

10:55AM  2   the -- where it says -- that circle around "OMS Safety

10:55AM  3   Management System" and then over here in the circle where the

10:55AM  4   *Deepwater Horizon*" is, there's a gap.  And I don't want to use

10:55AM  5   that in terms of gap analysis.  That's not the way I intend it.

10:55AM  6        Let's call that -- there's an interface.  In other

10:55AM  7   words, there are BP people here, the BP corporate headquarters

10:55AM  8   in Houston, you've got two BP well site leaders on the rig.

10:55AM  9   And at some point, they have to communicate with each other so

10:55AM  10  you folks can manage the rig; right?

10:55AM  11  A.   Yes, sir.

10:55AM  12  Q.   Got it.  Now, the interface -- maybe I'm wrong on this

10:55AM  13  one.  But the interface between the well site leaders would be

10:55AM  14  the person directly above them in the headquarters office, and

10:55AM  15  that would be Mr. Guide; right?

10:55AM  16  A.   Yes, sir.

10:55AM  17  Q.   And his name -- or his title, I should say, was wells team

10:55AM  18  leader?

10:55AM  19  A.   That's correct.

10:55AM  20  Q.   I take it that the name "wells team leader" speaks for

10:55AM  21  itself?  I'm not being -- you know, this isn't a word game, I'm

10:56AM  22  sincere.  He's the leader for that well; correct?

10:56AM  23  A.   Yes, sir.

10:56AM  24  Q.   The Macondo well?

10:56AM  25  A.   Yes, sir.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

10:56AM  1   **Q.**   Now, there are people that manage operations.  I mean,
10:56AM  2   just take a hypothetical and I'm not going to ask you to answer
10:56AM  3   a hypothetical, but a guy can be the manager of a McDonald's
10:56AM  4   and maybe his company makes, I don't know, 10,000 bucks a day
10:56AM  5   on a good day.
10:56AM  6         Now, let's shift to Mr. Guide.  The Macondo well, and
10:56AM  7   I'm not going to hold you to exact figures on this one, but its
10:56AM  8   projected budget was, I think, north of 90 million, maybe a
10:56AM  9   little south of 100 million originally as projected?
10:56AM 10   **A.**   It was over budget.  I don't know what the number was.
10:56AM 11   **Q.**   That's it.  I'm not getting over budget yet.  That's next.
10:56AM 12   **A.**   Okay.
10:56AM 13   **Q.**   When it was originally planned, its estimated budget was,
10:56AM 14   I think, somewhere between 90 to 100 million bucks?
10:56AM 15   **A.**   Yeah.  It's been a while since I've seen those numbers.
10:56AM 16   **Q.**   Okay.  But would you disagree with that?  It's in the
10:56AM 17   record.  I'm not going to --
10:56AM 18   **A.**   It's in the millions, tens of millions.
10:56AM 19   **Q.**   Oh.  And whatever that number was, and the record will
10:56AM 20   reflect it, it was over budget by the time that we got to
10:56AM 21   April 20th.  Can we agree on that?
10:57AM 22   **A.**   Yes, sir.
10:57AM 23   **Q.**   And I'll represent to you that -- and the record will back
10:57AM 24   me up or not that by April 20th, it was substantially north of
10:57AM 25   $100 million they had already into that well.  Okay?  Will you

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | |
|---|---|
| 10:57AM | 1 | accept that? |
| 10:57AM | 2 | **A.**   Okay. |
| 10:57AM | 3 | **Q.**   So Mr. Guide, the well team leader for Macondo, was BP's |
| 10:57AM | 4 | management leader for an operation that had a budget of at |
| 10:57AM | 5 | least $100,000 [verbatim]; correct? |
| 10:57AM | 6 | **A.**   Okay.  Yes, sir. |
| 10:57AM | 7 | **Q.**   So, I mean, this -- I had that McDonald's guy by |
| 10:57AM | 8 | comparison.  His store sells 10 grand worth of burgers and |
| 10:57AM | 9 | cheeseburgers a day.  This job, this operation, this well had a |
| 10:57AM | 10 | budget of $100 million or more that Mr. Guide was appointed by |
| 10:57AM | 11 | BP, presumably delegated authority from you as vice president |
| 10:57AM | 12 | of the Gulf, to manage that well; right? |
| 10:58AM | 13 | **A.**   To manage the execution of that well, that's correct. |
| 10:58AM | 14 | **Q.**   On a day-to-day operation? |
| 10:58AM | 15 | **A.**   Yes, sir. |
| 10:58AM | 16 | **Q.**   And Mr. Kaluza, the well team leader -- I should say the |
| 10:58AM | 17 | well site leader, the fellow that wrote you that or passed you |
| 10:58AM | 18 | that e-mail on the bladder effect, he's down in the trenches. |
| 10:58AM | 19 | He's on the rig.  He takes his orders from Mr. Guide in |
| 10:58AM | 20 | Houston; right? |
| 10:58AM | 21 | **A.**   That's correct. |
| 10:58AM | 22 | **Q.**   Now, obviously, you can't be advised of every decision |
| 10:58AM | 23 | that goes on.  I think you said there are roughly 15 wells you |
| 10:58AM | 24 | had responsibility for at that time in April -- |
| 10:58AM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 10:58AM | 1 | **Q.**   April the -- |
| 10:58AM | 2 | **A.**   Not 15 wells, but we had five rigs running at that time. |
| 10:58AM | 3 | **Q.**   Good enough.  Five.  I wouldn't expect you to be aware of |
| 10:58AM | 4 | every daily operations report, every regulatory filing with |
| 10:58AM | 5 | MMS.  You, as a corporate vice president, you have to delegate |
| 10:58AM | 6 | that authority to people like Mr. Guide so they can actually |
| 10:58AM | 7 | run the well, this $100 million-plus operation; right? |
| 10:59AM | 8 | **A.**   Yes, sir. |
| 10:59AM | 9 | **Q.**   And you, you personally, through delegated authority, |
| 10:59AM | 10 | delegated that authority specifically to Mr. Guide for the |
| 10:59AM | 11 | Macondo well; is that right? |
| 10:59AM | 12 | **A.**   Yes, sir.  As I've stated, my accountability was to ensure |
| 10:59AM | 13 | we have the people, the resources in place to do that.  And, |
| 10:59AM | 14 | yes, that meant to make sure that we had John Guides in place |
| 10:59AM | 15 | to execute that well. |
| 10:59AM | 16 | **Q.**   And I think you just said that was your job, your job as |
| 10:59AM | 17 | the vice president for that area to delegate that authority and |
| 10:59AM | 18 | you did.  In fact, you did to Mr. Guide; correct? |
| 10:59AM | 19 | **A.**   That was part of the delegation, yes. |
| 10:59AM | 20 | **Q.**   No dispute about that, is there? |
| 10:59AM | 21 | **A.**   No. |
| 10:59AM | 22 | **Q.**   So when Mr. Guide takes action on that well, he's acting |
| 10:59AM | 23 | pursuant to authority delegated to him by a vice president of |
| 10:59AM | 24 | BP, which is you; correct? |
| 10:59AM | 25 | **A.**   Down through the chain of command. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

10:59AM   1   **Q.**   Now, have -- are you aware of testimony in this case

10:59AM   2   that -- evidence in this case that the temporary abandonment

11:00AM   3   plan pursuant to which BP was acting on April 20th, that it

11:00AM   4   contained a negative pressure test?

11:00AM   5   **A.**   I know that there was a negative pressure test conducted,

11:00AM   6   yes.

11:00AM   7   **Q.**   I should say a negative -- the temporary abandonment plan

11:00AM   8   contained a negative pressure test procedure is what I meant to

11:00AM   9   say.

11:00AM  10   **A.**   Yes, sir.  I believe I saw it in my deposition, yes.

11:00AM  11   **Q.**   And are you aware of the fact there's testimony that

11:00AM  12   temporary abandonment plan that was approved by MMS on or

11:00AM  13   about, I think, April 15th or 16th of 2010, provided for two

11:00AM  14   separate negative pressure tests?  Are you aware of that?

11:00AM  15   **A.**   No, I'm not.

11:00AM  16   **Q.**   Are you aware of the fact that they only performed one

11:00AM  17   negative pressure test on April 20th -- I should say, they

11:00AM  18   skipped a second negative pressure test called for in the

11:00AM  19   approved temporary abandonment plan procedure?  Are you aware

11:00AM  20   of that?

11:01AM  21   **A.**   Let me just say, I haven't seen the negative pressure test

11:01AM  22   plans other than what was shown to me in my deposition.  I

11:01AM  23   wasn't involved in the development of them, and I don't know

11:01AM  24   what the MMS required.  I don't know.

11:01AM  25   **Q.**   So the answer is you don't know?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

11:01AM   1    A.    Right.

11:01AM   2    Q.    Are you aware that there is evidence and testimony in this

11:01AM   3    case that Mr. Guide, the man to whom you delegated corporate

11:01AM   4    authority to act on behalf of BP on the Macondo well, are you

11:01AM   5    aware of testimony and evidence in the case that he decided

11:01AM   6    they could combine these two tests into one and, further, that

11:01AM   7    he decided, Mr. Guide decided, they did not need MMS approval

11:01AM   8    for that change of plan?  Are you aware of that evidence?

11:01AM   9          MS. KARIS:  Your Honor, I'm going to object to

11:01AM  10    foundation of this line of testimony.  Mr. Guide was here.

11:01AM  11    Mr. O'Bryan was not involved in any of this.  This is just an

11:01AM  12    attempt to rehash --

11:01AM  13          THE COURT:  I'll sustain that.

11:02AM  14          MR. UNDERHILL:  Could we put up, Dawn, please, the

11:02AM  15    next one.  Thank you.

11:02AM  16          And for the record, this is D-3618, US.

11:02AM  17    BY MR. UNDERHILL:

11:02AM  18    Q.    I'm not going to go through all these, sir.  I would like

11:02AM  19    to focus on one of these.  The big one in the middle, do you

11:02AM  20    see that?  Where it starts, "I will hand this well over to

11:02AM  21    you," do you see that?

11:02AM  22    A.    Yes, sir.

11:02AM  23    Q.    I'll read it.  Tell me if I get it correctly.

11:02AM  24          "I will hand this well over to you in the morning and

11:02AM  25    then you will be able to do whatever you want.  I would

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

11:02AM  1    strongly suggest, for everyone's sake, that you make logical
11:02AM  2    decisions, based on facts, after weighing all the opinions.
11:03AM  3    Taking an action just because the well site leaders want to do
11:03AM  4    it" -- well site leaders is abbreviated WSL -- "when there is a
11:03AM  5    strong argument against and multiple contrary opinions is not
11:03AM  6    advised."
11:03AM  7             Did I read that correctly?
11:03AM  8    A.   That's what it says.
11:03AM  9    Q.   And the first question, have you seen the e-mail from
11:03AM  10   which that comes, which is TREX-01127?
11:03AM  11   A.   That's what I was going to ask.  Are these excerpts from
11:03AM  12   e-mails?  I recognize the one with the question marks.  We've
11:03AM  13   already gone through that one.  But I haven't -- I mean, I've
11:03AM  14   seen them post-incident in different forms and fashions, so --
11:03AM  15   Q.   If you haven't seen -- oh, to be fair --
11:03AM  16   A.   I don't think I'm on any of these e-mails.
11:03AM  17   Q.   Just to be fair to you, it's a draft e-mail that was
11:03AM  18   drafted by David Sims talking about John Guide.  And if you
11:03AM  19   haven't read it, I won't ask you about the specifics.
11:03AM  20   A.   Okay.
11:03AM  21   Q.   Here's my question, though, take it out of the specifics
11:04AM  22   there of Mr. Sims talking about Mr. Guide.  You, as the man,
11:04AM  23   the vice president, sitting in that office headquarters,
11:04AM  24   BP headquarters in Houston, BP headquarters that delegated your
11:04AM  25   authority to act on a well like Macondo, doesn't making logical

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

11:04AM   1    decisions based on facts after weighing all the opinions,

11:04AM   2    doesn't that come with the job description of a well site

11:04AM   3    leaders?

11:04AM   4    A.   I'm not specific -- so ask -- I'm not sure exactly what

11:04AM   5    you're asking me.  Specifically about what?  What the well

11:04AM   6    site --

11:04AM   7    Q.   Let me make it clear.  Don't you expect a well site leader

11:04AM   8    appointed to act in your stead through your delegation, to

11:04AM   9    already know that he's supposed to make logical decisions based

11:04AM  10    on facts after weighing all the opinions?  Wouldn't you expect

11:04AM  11    that?

11:04AM  12             MS. KARIS:  Your Honor, I object to this line of

11:04AM  13    questioning.  Mr. O'Bryan knows nothing about the context of

11:04AM  14    this --

11:04AM  15             THE COURT:  I'll sustain the objection.  We've

11:05AM  16    already talked about this with other witnesses.

11:05AM  17             MR. UNDERHILL:  That's all I have, Your Honor.  Thank

11:05AM  18    you.

11:05AM  19             THE COURT:  Alabama?

11:05AM  20             MR. MAZE:  Yes, sir.

11:05AM  21             Corey Maze for the State of Alabama on

11:05AM  22    cross-examination.

11:05AM  23                       CROSS-EXAMINATION

11:05AM  24    BY MR. MAZE:

11:05AM  25    Q.   Dr. O'Bryan, we met at your deposition; correct?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 11:05AM | 1 | **A.**   Yes, we did. |
| 11:05AM | 2 | **Q.**   I am going to cut down a lot of what I was going to ask |
| 11:05AM | 3 | you.  But one thing that you brought up at your deposition |
| 11:05AM | 4 | was -- Mr. Underhill asked you about Westlake.  Describe to |
| 11:05AM | 5 | Judge Barbier how close Mr. Sims and Mr. Guide were when they |
| 11:06AM | 6 | worked together in proximity. |
| 11:06AM | 7 | **A.**   Sure.  I would say probably about the distance between you |
| 11:06AM | 8 | and I. |
| 11:06AM | 9 | **Q.**   So from day to day, Mr. Sims and Mr. Guide literally sat |
| 11:06AM | 10 | 5 feet from each other? |
| 11:06AM | 11 | **A.**   That's correct. |
| 11:06AM | 12 | **Q.**   Did -- and I pulled up Demonstrative 4800. |
| 11:06AM | 13 | David Sims was John Guide's boss; correct? |
| 11:06AM | 14 | **A.**   That's correct. |
| 11:06AM | 15 | **Q.**   Did Mr. Sims have the authority to fire John Guide if he |
| 11:06AM | 16 | felt it necessary? |
| 11:06AM | 17 | **A.**   David could make the recommendation if he felt like John |
| 11:06AM | 18 | was not performing the job responsibilities that he was |
| 11:06AM | 19 | assigned, and that would have been elevated to Dave Rich and |
| 11:06AM | 20 | ultimately with myself, and our HR group would be involved in |
| 11:06AM | 21 | that conversation. |
| 11:06AM | 22 | **Q.**   And to your knowledge, Mr. Sims never made that |
| 11:06AM | 23 | recommendation, did he? |
| 11:06AM | 24 | **A.**   Not to my knowledge, no. |
| 11:06AM | 25 | **Q.**   You testified earlier that on the night of April the 20th, |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 11:06AM | 1 | you went into the company man's room twice; correct? |
| 11:06AM | 2 | **A.**   That's correct. |
| 11:06AM | 3 | **Q.**   The second time, you called your wife? |
| 11:06AM | 4 | **A.**   That's correct. |
| 11:06AM | 5 | **Q.**   Did you do that on the telephone that's in the company |
| 11:06AM | 6 | man's office? |
| 11:06AM | 7 | **A.**   Yes, I did. |
| 11:07AM | 8 | **Q.**   And that's basically like a land line.  You can call back |
| 11:07AM | 9 | to Houston or somewhere on land from that phone; correct? |
| 11:07AM | 10 | **A.**   Yes, I believe so. |
| 11:07AM | 11 | **Q.**   That would have been after 6:00 p.m.? |
| 11:07AM | 12 | **A.**   That's correct. |
| 11:07AM | 13 | **Q.**   Did you have any problems making that phone call? |
| 11:07AM | 14 | **A.**   I believe -- if I remember correctly, I might have called |
| 11:07AM | 15 | one -- I can usually call my wife on two different numbers. |
| 11:07AM | 16 | And so I'll call her on one to see if she's at home, and if |
| 11:07AM | 17 | she's not, then I'll call her on her cell phone.  So that's all |
| 11:07AM | 18 | I remember. |
| 11:07AM | 19 | **Q.**   But the phone itself worked? |
| 11:07AM | 20 | **A.**   As far as I know, yes. |
| 11:07AM | 21 |         MR. MAZE:  Carl, could you put that back up, please. |
| 11:07AM | 22 | BY MR. MAZE: |
| 11:07AM | 23 | **Q.**   And this, again, is after 6:00 on the night of the |
| 11:07AM | 24 | incident; correct? |
| 11:07AM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

9351

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 11:07AM | 1 | **Q.**   Both times you went into the office, was the well site |
| 11:07AM | 2 | leader in the company man office? |
| 11:07AM | 3 | **A.**   Not when I made the phone call to my wife, no. |
| 11:07AM | 4 | **Q.**   Okay.  How big is that office? |
| 11:07AM | 5 | **A.**   Oh, if I'm guessing, I'm going to guess it's probably |
| 11:07AM | 6 | maybe 8-foot by 10-foot, something -- |
| 11:07AM | 7 | **Q.**   Pretty small; right? |
| 11:07AM | 8 | **A.**   Yes. |
| 11:07AM | 9 | **Q.**   If the phone rang, you would hear it; correct? |
| 11:08AM | 10 | **A.**   Yes. |
| 11:08AM | 11 | **Q.**   Is it imperative, in your opinion, for there to be good |
| 11:08AM | 12 | communications between the wells team leader on the shore and |
| 11:08AM | 13 | well site leaders on the rig? |
| 11:08AM | 14 | **A.**   Oh, absolutely.  And that was one of the hallmarks of this |
| 11:08AM | 15 | operation.  If you recall the slide that we looked at earlier, |
| 11:08AM | 16 | the hallmarks of the success of the *Deepwater Horizon*, good |
| 11:08AM | 17 | communication between the on-rig as well as between the rig and |
| 11:08AM | 18 | the shore.  So absolutely. |
| 11:08AM | 19 | **Q.**   And you actually were a well site leader at some point in |
| 11:08AM | 20 | your career; correct? |
| 11:08AM | 21 | **A.**   I did early on in my career, as part of my training, sat |
| 11:08AM | 22 | on rigs.  Yes. |
| 11:08AM | 23 | **Q.**   So if your wells team leader called you on the phone, you |
| 11:08AM | 24 | would answer it, right, if you were there? |
| 11:08AM | 25 | **A.**   If I was in the office, yes. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 11:08AM | 1 | **Q.**   And if you weren't in the office and he left you a |
| 11:08AM | 2 | message, you would call him immediately back; correct? |
| 11:08AM | 3 | **A.**   Yes. |
| 11:08AM | 4 | **Q.**   I don't want to talk to you about whether or not you agree |
| 11:08AM | 5 | with the results or how the negative pressure test was |
| 11:08AM | 6 | conducted.  I just want a very narrow question. |
| 11:08AM | 7 | The -- John Guide -- the wells teams leader and the |
| 11:09AM | 8 | well site leaders were authorized by BP to conduct that test; |
| 11:09AM | 9 | correct?  They had the authority to actually do that? |
| 11:09AM | 10 | **A.**   To do -- to conduct the negative test? |
| 11:09AM | 11 | **Q.**   Yes. |
| 11:09AM | 12 | **A.**   Yes. |
| 11:09AM | 13 | **Q.**   And they had the authority to do it -- to use whatever |
| 11:09AM | 14 | procedure they deemed best in that situation; correct? |
| 11:09AM | 15 | **A.**   They put together the procedure consistent with what the |
| 11:09AM | 16 | requirements were for the MMS, yes. |
| 11:09AM | 17 | **Q.**   Right.  And BP gave them the authority to do that? |
| 11:09AM | 18 | **A.**   Yes. |
| 11:09AM | 19 | **MR. MAZE:**  Carl, if you can bring up TREX-2940.4. |
| 11:09AM | 20 | **BY MR. MAZE:** |
| 11:09AM | 21 | **Q.**   When you took over as vice president of D&C -- remind us |
| 11:09AM | 22 | again when you did that. |
| 11:09AM | 23 | **A.**   That was the end of December 2009. |
| 11:09AM | 24 | **Q.**   You can barely see it, but in the bottom left corner, this |
| 11:09AM | 25 | shows a chart that was made on January 7th, 2010.  Can you see |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

11:09AM  1   that?

11:09AM  2   A.   You're saying the --

11:09AM  3   Q.   The REV date, the revision date.

11:09AM  4   A.   Yes, I see it.  Yes.

11:09AM  5        MR. MAZE:  Thank you, Carl.

11:10AM  6   BY MR. MAZE:

11:10AM  7   Q.   At that point in time, you basically inherited

11:10AM  8   Curtis Jackson as director of HSE; correct?

11:10AM  9   A.   I wouldn't say "inherited."  At that time, the HSE

11:10AM 10   organization reported up through the vice president of D&C.

11:10AM 11   That was the way the organization was structured.

11:10AM 12   Q.   I didn't mean anything negative by it.  He was already in

11:10AM 13   the position?

11:10AM 14   A.   Yes.

11:10AM 15   Q.   And, in fact, I think you told us in deposition that you

11:10AM 16   met with him early on.  Correct?

11:10AM 17   A.   Yes.  I've known Curtis a number of years.

11:10AM 18   Q.   And you talked to him about things like safety and

11:10AM 19   implementing Lessons Learned; correct?

11:10AM 20   A.   Yes.

11:10AM 21   Q.   Judge Barbier's already heard from Neil Shaw.  Can you

11:10AM 22   remind us who Neil Shaw is.

11:10AM 23   A.   Neil Shaw was the -- my boss was James Dupree, and Neil

11:10AM 24   was James' predecessor.

11:10AM 25   Q.   And Neil Shaw testified that HSE at BP includes both

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 11:10AM | 1 | personal and process safety.  Do you agree with that? |
| 11:10AM | 2 | A.   Yes, sir. |
| 11:10AM | 3 | Q.   And do you also agree that Curtis Jackson was the |
| 11:10AM | 4 | director, the manager of the HSE for the Gulf of Mexico SPU? |
| 11:11AM | 5 | A.   Yes, sir. |
| 11:11AM | 6 | Q.   And he reported directly to you at this particular period |
| 11:11AM | 7 | of time? |
| 11:11AM | 8 | A.   That's correct. |
| 11:11AM | 9 | Q.   And he did all the way up until April of 2010, the month |
| 11:11AM | 10 | of the incident? |
| 11:11AM | 11 | A.   That's correct. |
| 11:11AM | 12 | MR. MAZE:  So, Carl, if you can switch to 2940.33. |
| 11:11AM | 13 | BY MR. MAZE: |
| 11:11AM | 14 | Q.   This is as of January 2010 the Gulf of Mexico SPU HSSE |
| 11:11AM | 15 | team.  And, again, it shows that Curtis Jackson is the |
| 11:11AM | 16 | director; correct? |
| 11:11AM | 17 | A.   Yes. |
| 11:11AM | 18 | Q.   So this would have been BP's HSSE team as of January 2010; |
| 11:11AM | 19 | right? |
| 11:11AM | 20 | A.   Yes. |
| 11:11AM | 21 | Q.   And, again, they focus on personal and process safety; |
| 11:11AM | 22 | correct? |
| 11:11AM | 23 | A.   Yes. |
| 11:11AM | 24 | Q.   Because BP cares about both equally; right? |
| 11:11AM | 25 | A.   Yes. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

11:11AM  1   **Q.**   Have you read Curtis Jackson's deposition in this case?
11:11AM  2   **A.**   No, I've not.
11:11AM  3   **Q.**   Are you aware that Curtis Jackson testified under oath
11:11AM  4   that he never did anything with regard to process safety?
11:11AM  5   **A.**   So -- so --
11:11AM  6   **Q.**   The question is:  Yes or no, are you aware of what he
11:12AM  7   testified to?
11:12AM  8   **A.**   No, I'm not.
11:12AM  9         **MR. MAZE:**  Carl, if you can bring up Curtis Jackson's
11:12AM  10  deposition at page 93, lines 2 through 14, please.
11:12AM  11        **MS. KARIS:**  Your Honor, this witness has just
11:12AM  12  testified he has no knowledge of Mr. Jackson's testimony.
11:12AM  13        **MR. MAZE:**  I just want to get him to comment on --
11:12AM  14        **THE COURT:**  He can still be asked about it.
11:12AM  15  BY MR. MAZE:
11:12AM  16  **Q.**   I'm going to read to you part of Curtis Jackson's
11:12AM  17  testimony.
11:12AM  18        "QUESTION:  First, let me ask you, during your time
11:12AM  19     as HSE director in the Gulf, would you agree with the
11:12AM  20     statement that focus was on personal safety and not
11:12AM  21     process safety, as far as you could tell?
11:12AM  22        "ANSWER:  What I can tell you is, my focus was
11:12AM  23     personal safety.  And what -- what was going on around
11:12AM  24     process safety and assets, I have no knowledge of."
11:12AM  25        Did I read that correctly?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | | |
|---|---|---|
| 11:12AM | 1 | **A.**   Yes, sir. |
| 11:12AM | 2 | **MR. MAZE:**  One more, Carl, and then we'll be done |
| 11:12AM | 3 | with the deposition. |
| 11:12AM | 4 | Page 94, line 6.  I want to go all the way |
| 11:12AM | 5 | through to page 95.  So 94, line 6.  Okay. |
| 11:13AM | 6 | **BY MR. MAZE:** |
| 11:13AM | 7 | **Q.**   (Reading.) |
| 11:13AM | 8 | "QUESTION:  My question is, did -- do you recall |
| 11:13AM | 9 | anybody ever discussing, or did you have any meeting with |
| 11:13AM | 10 | anyone within the Gulf where the statement was made that |
| 11:13AM | 11 | there was a need to focus on process safety, not only |
| 11:13AM | 12 | personal safety? |
| 11:13AM | 13 | "ANSWER:  Yes.  I've been to meetings where we said |
| 11:13AM | 14 | that we need to -- that there needs to be a focus on |
| 11:13AM | 15 | process safety and not only personal safety. |
| 11:13AM | 16 | "QUESTION:  And who would have -- do you recall who |
| 11:13AM | 17 | would have made a statement like that? |
| 11:13AM | 18 | "ANSWER:  No.  I don't recall who was in the rooms at |
| 11:13AM | 19 | the time this statement was made. |
| 11:13AM | 20 | "QUESTION:  All right. |
| 11:13AM | 21 | "ANSWER:  But the -- you know, the -- yeah, I think |
| 11:13AM | 22 | the Baker report, we focus" -- |
| 11:13AM | 23 | **MR. MAZE:**  And, Your Honor, I'm not getting into the |
| 11:13AM | 24 | specifics of the Baker report.  This is the context in which he |
| 11:13AM | 25 | was asked. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

| | |
|---|---|
| | 1   BY MR. MAZE: |
| | 2   Q.   (Reading.) |
| 11:13AM | 3   "ANSWER:  -- over-focused on personal safety." |
| 11:13AM | 4   Next page. |
| 11:13AM | 5   "And so the feedback was that we need to -- need |
| 11:13AM | 6   more balance on that, need to focus on process safety. |
| 11:13AM | 7   "QUESTION:  All right.  And you're not aware, based |
| 11:14AM | 8   on what you told me -- and I want to confirm this -- that |
| 11:14AM | 9   you're not aware of any actual effort made to focus more |
| 11:14AM | 10   on process safety within the Gulf of Mexico drilling and |
| 11:14AM | 11   completions? |
| 11:14AM | 12   "ANSWER:  That's correct. |
| 11:14AM | 13   "QUESTION:  All right.  And as of the date of the |
| 11:14AM | 14   Macondo well started up to the date of the blowout, you're |
| 11:14AM | 15   not aware of any effort at all to implement process safety |
| 11:14AM | 16   on that particular project? |
| 11:14AM | 17   "ANSWER:  I have no knowledge of that. |
| 11:14AM | 18   "QUESTION:  Okay.  And again, you're not even aware, |
| 11:14AM | 19   in a general sense, on what efforts were made, if any, to |
| 11:14AM | 20   focus on process safety, period, outside of Macondo within |
| 11:14AM | 21   drilling and completions? |
| 11:14AM | 22   "ANSWER:  No.  I -- I don't, no." |
| 11:14AM | 23   MS. KARIS:  Your Honor, I'm going to object to the |
| 11:14AM | 24   use of this testimony.  First of all, the questioning -- |
| 11:14AM | 25   THE COURT:  Overruled. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

11:14AM  1    BY MR. MAZE:
11:14AM  2    Q.   Did I read that correctly, Mr. O'Bryan?
11:14AM  3    A.   That's what Curtis said, yes.
11:14AM  4    Q.   And this is the guy that you testified and Neil Shaw
11:14AM  5    testified was the director, the manager of safety at BP from
11:14AM  6    2007 all the way up until the month of the Macondo blowout;
11:15AM  7    correct?
11:15AM  8    A.   Yes.
11:15AM  9    Q.   And he testified that he and nobody he knows did anything
11:15AM  10   with regard to process safety; correct?
11:15AM  11   A.   So may I explain?
11:15AM  12   Q.   Answer yes or no, did he testify they did nothing with
11:15AM  13   process safety?
11:15AM  14   A.   That's what he says here, yes.
11:15AM  15        MR. MAZE:   Carl, if you can please bring up
11:15AM  16   TREX-948.5.1.PSC.
11:15AM  17   BY MR. MAZE:
11:15AM  18   Q.   This is what Mr. Herman showed you earlier, the bridging
11:15AM  19   document that you testified on direct bridged BP's OMS to
11:15AM  20   Transocean's *Deepwater Horizon*; correct?
11:15AM  21   A.   Yes.
11:15AM  22   Q.   The name of the authority for the Gulf of Mexico HSSE
11:15AM  23   director is Curtis Jackson; correct?
11:15AM  24   A.   That's what it says.
11:15AM  25   Q.   Because he was in charge of safety at that time; correct?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

11:15AM   1   A.   I believe so.  Again, this was before I joined the
11:15AM   2   organization.
11:15AM   3   Q.   Understood.
11:15AM   4        MR. MAZE:  Carl, the last slide I'm going to pull up
11:15AM   5   is 948.3.1.
11:16AM   6   BY MR. MAZE:
11:16AM   7   Q.   This is the actual bridging document.  It's only five
11:16AM   8   pages.  And this shows -- does this generally show the
11:16AM   9   additional BP requirements for safety that they want on the
11:16AM  10   *Deepwater Horizon*?
11:16AM  11   A.   This is the gaps and the things that needed to be done.
11:16AM  12   Q.   Okay.  I want you to a take about a minute or two and read
11:16AM  13   through there and find any example whatsoever that you can find
11:16AM  14   where BP asked for a process safety -- an OMS process safety
11:16AM  15   example to be placed on the Macondo rig as opposed to personal
11:16AM  16   safety.  And take whatever time you need.
11:16AM  17   A.   I don't believe there's any here.
11:16AM  18   Q.   Not one, is there?
11:16AM  19   A.   No.  Because this is -- this was focused on the personal
11:16AM  20   safety side of it.
11:16AM  21   Q.   And the whole bridging document was focused on personal
11:16AM  22   safety; correct?
11:16AM  23   A.   This particular bridging document, yes.  But, again, I
11:16AM  24   wasn't involved in the development of this bridging document.
11:16AM  25   Q.   Right.  As you said earlier, this is the only bridging

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN, PH.D. - CROSS

11:16AM 1  document -- it's the bridging document that BP's attorney put
11:17AM 2  on this and said that's what applied to Macondo; correct?  This
11:17AM 3  document.
11:17AM 4  A.   This is the bridging document between Transocean and BP,
11:17AM 5  yes.
11:17AM 6        MR. MAZE:  No further questions.
11:17AM 7        THE COURT:  Louisiana?
11:17AM 8        MR. KANNER:  No questions, Your Honor.
11:17AM 9        THE COURT:  Transocean?
11:17AM 10                  CROSS-EXAMINATION
11:17AM 11 BY MR. BRIAN:
11:17AM 12 Q.   Good morning, Mr. O'Bryan.
11:17AM 13 A.   Good morning.
11:17AM 14 Q.   My name is Brad Brian, without the "O."  I represent
11:17AM 15 Transocean, and I have you on cross-examination.
11:17AM 16        Mr. Herman, when he was asking you questions, showed
11:17AM 17 you a document with regard to whether there was discussion at
11:17AM 18 BP about whether its contractors understood the safety
11:18AM 19 management system.
11:18AM 20        Do you recall that questioning, generally?
11:18AM 21 A.   Yes, sir.
11:18AM 22 Q.   At the time you went out to visit this rig on April 20th,
11:18AM 23 2010, you went there in part because the *Deepwater Horizon*,
11:18AM 24 from your perspective, was the best rig in all of BP's fleet in
11:18AM 25 the Gulf of Mexico from a safety perspective as well as a

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:18AM   1   performance perspective; right, sir?

11:18AM   2   **A.**   I would say it was actually the best performing rig in the

11:18AM   3   BP fleet globally from a performance and safety perspective.

11:18AM   4   **Q.**   And you had gotten regular reports from the people under

11:18AM   5   you about the progress of the Macondo well and specifically

11:18AM   6   about the commitment to performance and safety of the crew on

11:18AM   7   the *Deepwater Horizon*, hadn't you, sir?

11:18AM   8   **A.**   Yes.  Not only with my team on a weekly basis, but also

11:18AM   9   from the Transocean team.

11:18AM  10           **MR. BRIAN:**  Let's put up TREX-20615.1.1.

11:19AM  11   **BY MR. BRIAN:**

11:19AM  12   **Q.**   As part of the updates that you received about the

11:19AM  13   *Deepwater Horizon*, you received an e-mail from David Rich on

11:19AM  14   March 9th of 2010 about a kick that was taken on the

11:19AM  15   *Deepwater Horizon* the day before, did you not?

11:19AM  16   **A.**   Yes, sir, I did.

11:19AM  17   **Q.**   And based on what you were told by the people at BP who

11:19AM  18   reported to you, you agreed that the kick was detected early,

11:19AM  19   didn't you, sir?

11:19AM  20   **A.**   I didn't have -- recall any conversation about the speed

11:19AM  21   with which it was detected.

11:19AM  22           The conversation I actually specifically had --

11:19AM  23   there's another portion of this e-mail that you haven't shown

11:19AM  24   me, that actually talks about the resources that Dave Rich, who

11:19AM  25   was our wells manager, had put in place to take care of the

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:19AM  1   problem.

11:19AM  2          I was actually at a global leadership conference in

11:19AM  3   Orlando, Florida.  And when I got this e-mail, I actually

11:19AM  4   visited with several of my colleagues about the -- our plan

11:20AM  5   forward and whatnot, but didn't get into any conversation about

11:20AM  6   the speed and whatnot.

11:20AM  7   Q.   Based on the reports you got, you determined that it was

11:20AM  8   detected early, didn't you?  Yes or no.

11:20AM  9   A.   No.

11:20AM  10  Q.   And that it was successfully shut-in.  You determined that

11:20AM  11  as well, didn't you, sir?

11:20AM  12  A.   Yes.  It was successfully shut-in.

11:20AM  13         MR. BRIAN:  Let's put up Deposition 718, lines 4

11:20AM  14  through 8, please.

11:20AM  15  BY MR. BRIAN:

11:20AM  16  Q.   At your deposition the question was asked:

11:20AM  17         "QUESTION:  And the March 8th kick, it was detected

11:20AM  18     early?

11:20AM  19         "ANSWER:  Yes, it was.

11:20AM  20         "QUESTION:  And was successfully shut-in?

11:20AM  21         "ANSWER:  Yes."

11:20AM  22         That was your deposition testimony in this case,

11:20AM  23  wasn't it, sir?

11:20AM  24  A.   Yes.

11:20AM  25         MR. BRIAN:  Now, let's put up D-4780, please.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:20AM | 1 | **BY MR. BRIAN:** |
| 11:20AM | 2 | **Q.**   This is the -- let's call it the pre- and |
| 11:21AM | 3 | post-organizational chart that you were shown by your counsel |
| 11:21AM | 4 | during your testimony, was it not? |
| 11:21AM | 5 | **A.**   Correct. |
| 11:21AM | 6 | **Q.**   And you see in the left, it's the 2009 organization.  And |
| 11:21AM | 7 | on the right, it's the April 2010 organization, after you took |
| 11:21AM | 8 | over for Mr. Lacey; correct? |
| 11:21AM | 9 | **A.**   Yes. |
| 11:21AM | 10 | **Q.**   So let's focus first on the 2009 organization.  You see |
| 11:21AM | 11 | that -- in the 2009, you see where Mr. John Guide and |
| 11:21AM | 12 | David Sims are at the same level, both reporting to Mr. Little; |
| 11:21AM | 13 | correct? |
| 11:21AM | 14 | **A.**   That's correct. |
| 11:21AM | 15 | **Q.**   And then because of the reorganization, as of April 2010, |
| 11:21AM | 16 | Mr. Guide is now reporting to Mr. Sims, was he not? |
| 11:21AM | 17 | **A.**   That's correct. |
| 11:21AM | 18 |         **MR. BRIAN:**  Let's put up TREX-45118.1.1.TO. |
| 11:21AM | 19 | **BY MR. BRIAN:** |
| 11:21AM | 20 | **Q.**   This is an e-mail from Jonathan Sprague to you, among |
| 11:21AM | 21 | others, dated March 25th, 2010, is it not? |
| 11:21AM | 22 | **A.**   Yes, sir. |
| 11:21AM | 23 | **Q.**   And do you see it references an attachment called "April 1 |
| 11:22AM | 24 | ORG Strategy PowerPoint"?  Do you see that? |
| 11:22AM | 25 | **A.**   Yes, sir. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:22AM  1          **MR. BRIAN:**  So let's pull up that attachment,

11:22AM  2   TREX-45118.2.1.TO.

11:22AM  3   **BY MR. BRIAN:**

11:22AM  4   **Q.**   And that appears to be the PowerPoint that was attached to

11:22AM  5   it, is it not?

11:22AM  6   **A.**   It's been a long time since I've seen it.  Yes.

11:22AM  7          **MR. BRIAN:**  Okay.  So let me -- let's pull up

11:22AM  8   TREX-45118.4.1.TO.

11:22AM  9   **BY MR. BRIAN:**

11:22AM 10   **Q.**   And do you see where the attachment says at the top "Goals

11:22AM 11   and Objectives"?  Do you see that?

11:22AM 12   **A.**   Yes, sir.

11:22AM 13   **Q.**   And one of the goals and objectives that's identified is

11:22AM 14   to establish crystal clear roles and responsibilities.  Do you

11:22AM 15   see that?

11:22AM 16   **A.**   Yes, sir.

11:22AM 17   **Q.**   To make sure that people understood the scope of their

11:22AM 18   authority and their responsibility; correct?

11:22AM 19   **A.**   Yes, sir.

11:22AM 20          **MR. BRIAN:**  Now, let's take and pull up now

11:22AM 21   TREX-45118.5.1.TO.

11:22AM 22   **BY MR. BRIAN:**

11:23AM 23   **Q.**   Do you see the reference to "today's situation"?

11:23AM 24   **A.**   Yes, sir.

11:23AM 25   **Q.**   And it states, does it not, "Roles, responsibilities,

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:23AM | 1 | accountabilities, and decision rights unclear and differ on |
| 11:23AM | 2 | each project."  Did I read that correctly? |
| 11:23AM | 3 | A.    That's what it says. |
| 11:23AM | 4 | Q.    Now, you traveled out to the rig on April 20th, 2010, with |
| 11:23AM | 5 | Mr. David Sims, did you not? |
| 11:23AM | 6 | A.    I did. |
| 11:23AM | 7 | Q.    So I take it you went out by helicopter? |
| 11:23AM | 8 | A.    Yes, sir. |
| 11:23AM | 9 | Q.    At any time -- what's that, about an hour flight? |
| 11:23AM | 10 | A.    I think that's about right, yeah. |
| 11:23AM | 11 | Q.    At any time during that one-hour flight, did Mr. Sims tell |
| 11:23AM | 12 | you that just a few days before he had gotten an e-mail from |
| 11:23AM | 13 | Mr. Guide saying that decisions by the engineering team was |
| 11:23AM | 14 | creating chaos? |
| 11:23AM | 15 | A.    Well, first off, there in the helicopter it's hard -- |
| 11:23AM | 16 | Q.    Sir, listen to the question. |
| 11:23AM | 17 | A.    -- but before then -- lunch beforehand, no, he did not. |
| 11:24AM | 18 | Q.    Okay.  Did he tell you that Mr. Guide had written an |
| 11:24AM | 19 | e-mail saying, "What is my authority?" |
| 11:24AM | 20 | A.    No, sir, he did not. |
| 11:24AM | 21 | Q.    The first time you ever saw that e-mail -- which I don't |
| 11:24AM | 22 | even need to put up for His Honor -- is when you saw the |
| 11:24AM | 23 | Presidential Commission study; right? |
| 11:24AM | 24 | A.    I believe so, yes. |
| 11:24AM | 25 | Q.    When you got to the rig, you went through a safety |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:24AM  1   briefing put on by the Transocean crew for about a half hour,

11:24AM  2   did you not?

11:24AM  3   A.   Yes, sir.

11:24AM  4   Q.   Including, fortunately, indicating which lifeboat you

11:24AM  5   should get to in the event of an emergency; right?

11:24AM  6   A.   Yes, sir.

11:24AM  7   Q.   It was that level of detail, wasn't it, sir?

11:24AM  8   A.   Yes, sir.

11:24AM  9   Q.   And then you went by the company man's office and spoke to

11:24AM 10   Mr. Kaluza; correct?

11:24AM 11   A.   Yes, sir.

11:24AM 12   Q.   And I think you testified that he just told you in that

11:24AM 13   meeting that they had just run the positive test and he

11:24AM 14   actually showed you the pressure results of that test, didn't

11:24AM 15   he?

11:24AM 16   A.   Yes, sir.

11:24AM 17   Q.   He then told you that they were about to run and set up

11:25AM 18   the negative pressure test; correct?

11:25AM 19   A.   That's correct.

11:25AM 20   Q.   During that conversation, did Mr. Kaluza tell you that the

11:25AM 21   procedure that the BP well site leaders were telling the

11:25AM 22   Transocean crew to set up was different than what had been

11:25AM 23   submitted to the MMS a few days before?

11:25AM 24   A.   No.

11:25AM 25   Q.   You talked about a conference in March of 2010 at -- how

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:25AM | 1 | do you pronounce it, Houma? |
| 11:25AM | 2 | A.   Yes, sir. |
| 11:25AM | 3 | Q.   And you talked about the teamwork between the well site |
| 11:25AM | 4 | leaders and the Transocean rig managers.  Was Mr. Kaluza at |
| 11:25AM | 5 | that conference? |
| 11:25AM | 6 | A.   Let me clarify:  The wells team leaders, not the well site |
| 11:25AM | 7 | leaders. |
| 11:25AM | 8 | Q.   Okay.  Wells team leaders. |
| 11:25AM | 9 | Was Mr. Kaluza at that conference? |
| 11:25AM | 10 | A.   No, he was not. |
| 11:25AM | 11 | Q.   Was it -- so after you saw Mr. Kaluza, you did some more |
| 11:25AM | 12 | touring of the rig, and then you came back to the rig floor |
| 11:25AM | 13 | during the time they were actually conducting the negative |
| 11:26AM | 14 | pressure test; correct? |
| 11:26AM | 15 | A.   It was around that time.  I don't remember what they were |
| 11:26AM | 16 | actually doing, but I think that was about the time frame when |
| 11:26AM | 17 | they were doing it. |
| 11:26AM | 18 | Q.   And you indicated that the area was cordoned off, wasn't |
| 11:26AM | 19 | it? |
| 11:26AM | 20 | A.   Yes, sir. |
| 11:26AM | 21 | Q.   And it was clear to you that the Transocean folks and the |
| 11:26AM | 22 | well site leader were seriously about their business at that |
| 11:26AM | 23 | time, were they not, sir? |
| 11:26AM | 24 | A.   They were. |
| 11:26AM | 25 | Q.   And you didn't feel that your tour in any way got in the |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:26AM | 1 | way of the work they were doing, do you, sir? |
| 11:26AM | 2 | A.   No. |
| 11:26AM | 3 | Q.   Then you went to dinner, and you made it up to the bridge |
| 11:26AM | 4 | about 9:00; is that right? |
| 11:26AM | 5 | A.   Yes, sir. |
| 11:26AM | 6 | Q.   There's been some testimony in the case about an 8:52 p.m. |
| 11:26AM | 7 | telephone conference conversation between Mr. Vidrine, who was |
| 11:26AM | 8 | the other BP company man, and Mark Hafle onshore. |
| 11:26AM | 9 | You know Mr. Hafle, do you not, sir? |
| 11:27AM | 10 | A.   I do. |
| 11:27AM | 11 | Q.   At any time between 8:52 p.m. and when you first felt the |
| 11:27AM | 12 | rig shaking, did Mr. Vidrine contact you on the bridge to tell |
| 11:27AM | 13 | you that he had had a conversation with Mr. Hafle about the |
| 11:27AM | 14 | differential pressure during the negative pressure test? |
| 11:27AM | 15 | A.   I had no conversation with Mr. Vidrine. |
| 11:27AM | 16 | Q.   And I take it that Mr. Hafle did not try to reach you |
| 11:27AM | 17 | during that time period to inform you about that conversation |
| 11:27AM | 18 | either -- did he, sir? |
| 11:27AM | 19 | A.   No. |
| 11:27AM | 20 | Q.   And to the best of your knowledge, Mr.-- neither |
| 11:27AM | 21 | Mr. Vidrine nor Mr. Hafle contacted David Sims to tell him |
| 11:27AM | 22 | about that conversation, did they, sir? |
| 11:27AM | 23 | A.   I don't know if they did or they didn't. |
| 11:27AM | 24 | Q.   But you're not aware of it, are you, sir? |
| 11:27AM | 25 | A.   I'm not aware of it, no. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:27AM | 1 | **Q.**   You were on the bridge continuously from the time you |
| 11:27AM | 2 | arrived at approximately 9:00 until you evacuated after the |
| 11:28AM | 3 | second explosion; correct? |
| 11:28AM | 4 | **A.**   That's correct. |
| 11:28AM | 5 | MR. BRIAN:   And let's pull up D-6710, please. |
| 11:28AM | 6 | This is the -- how do I use this? |
| 11:28AM | 7 | **BY MR. BRIAN:** |
| 11:28AM | 8 | **Q.**   This is the chart, the diagram of the bridge that you were |
| 11:28AM | 9 | shown earlier, is it not? |
| 11:28AM | 10 | **A.**   That's correct. |
| 11:28AM | 11 | **Q.**   And I think you indicated that right about here, there's |
| 11:28AM | 12 | that chair in front of -- it looks like some sort of computer |
| 11:28AM | 13 | module.  That's the simulator, is it not, sir? |
| 11:28AM | 14 | **A.**   I believe that's correct, yes. |
| 11:28AM | 15 | **Q.**   And you were the last, I think, of three people to go on |
| 11:28AM | 16 | the simulator that night, about 9:30; is that right? |
| 11:28AM | 17 | **A.**   Yes, sir. |
| 11:28AM | 18 | **Q.**   And while you were engaged there, was somebody from |
| 11:28AM | 19 | Transocean, Mr. Keplinger, helping you get set up on that? |
| 11:28AM | 20 | **A.**   I don't recall his name, but certainly it was a Transocean |
| 11:29AM | 21 | person helping, that was actually setting them up, yes. |
| 11:29AM | 22 | **Q.**   One of the dynamic position officers? |
| 11:29AM | 23 | **A.**   Yes. |
| 11:29AM | 24 | **Q.**   I'll represent to you that was Mr. Keplinger. |
| 11:29AM | 25 | **A.**   Okay. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:29AM  1  Q.   And it was while you were there that you began to feel the
11:29AM  2  rig shaking; is that right?
11:29AM  3  A.   That's correct.
11:29AM  4  Q.   And then do you recall looking up with Mr. Keplinger to
11:29AM  5  one of the monitors up here after you felt the shaking, or not?
11:29AM  6  A.   No, I didn't.
11:29AM  7  Q.   But you do recall seeing Mr.-- Captain Kuchta open this
11:29AM  8  door in the lower left-hand corner of D-6710 right there?
11:29AM  9  Right?
11:29AM  10  A.   That's correct.
11:29AM  11  Q.   And you were able to see outside the door and see mud
11:29AM  12  shooting out over the *Damon Bankston*; correct?
11:29AM  13  A.   That's correct.
11:29AM  14  Q.   And then very shortly after you first felt this shaking
11:29AM  15  and Mr. Kuchta did that, you heard a hissing sound and then the
11:29AM  16  first explosion; correct?
11:30AM  17  A.   That's correct.
11:30AM  18  Q.   And very shortly after that, there was a second explosion;
11:30AM  19  right?
11:30AM  20  A.   I mean, I don't remember the time frame between the door
11:30AM  21  being opened and seeing the mud and the first explosion.  But
11:30AM  22  certainly, the time frame between the first and the second was
11:30AM  23  really quick.
11:30AM  24  Q.   Okay.  And you see right here the series of panels right
11:30AM  25  about the middle of D-6710?  Do you see where I'm pointing at?

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | |
|---|---|
| 11:30AM | 1 |
| 11:30AM | 2 |
| 11:30AM | 3 |
| 11:30AM | 4 |
| 11:30AM | 5 |

**A.**   Yes, sir.

**Q.**   Now, there was another dynamic position officer, Andrea Fleytas, a woman, on the bridge that evening as well; correct?

**A.**   Yes.  She was the one that I believe was sitting -- as I said, when I -- in my earlier testimony, I couldn't remember which chair she was -- she was in, the one you're pointing to there or this one; but she was there, yes.

**Q.**   Okay.  And she was behind you; correct?

**A.**   Yes.  We were --

**Q.**   You're over here?

**A.**   -- over here.  And actually, David and the DPO operator were here when it all -- when that started.  But yes.

**Q.**   And you could not see what she was doing, could you?

**A.**   I didn't really pay any attention to what she was doing.

**Q.**   Okay.  So you don't know, for example, whether she was making calls to the drilling crew to find out what was going on and whether they were undertaking well control actions?  You don't know that one way or the other, do you?

**A.**   I don't recall that, no.

**Q.**   You would expect, would you not -- consistent with BP's own procedures for when there's a situation like this, to try to make contact with the drilling crew, to find out what's happening and what steps they are taking in connection with well control, wouldn't you?

**A.**   Again, I'd have to look at what Transocean's safety

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:31AM   1   management system for well control would say.  I don't know.  I
11:31AM   2   haven't looked at that, but...
11:31AM   3   Q.   But under BP's own procedures, you would expect, would you
11:31AM   4   not -- the first step is to make contact with the drill crew to
11:31AM   5   find out if they are undertaking well control actions; correct?
11:31AM   6   A.   I don't know what -- I have no specific knowledge of what
11:32AM   7   BP required for the bridge to do in terms of well control.
11:32AM   8            The well control -- shutting in the well and what
11:32AM   9   well control is being implemented, that's the driller, which is
11:32AM  10   Transocean.  And that's what our policy -- that's what the BP
11:32AM  11   policy says as well.
11:32AM  12            What the requirements are for the bridge operator --
11:32AM  13   the DPO operator to do, I couldn't tell you.
11:32AM  14   Q.   Fair enough.  Fair enough.
11:32AM  15            Now, after the second explosion -- okay.  We agree
11:32AM  16   that there was a very short period of time between the first
11:32AM  17   explosion and the second; correct?
11:32AM  18   A.   Yes.
11:32AM  19   Q.   And after the second explosion, you looked out that window
11:32AM  20   and saw fire on the rig floor; correct?
11:32AM  21   A.   Yes.
11:32AM  22   Q.   And the power went out on the bridge about that time,
11:32AM  23   didn't it, sir?
11:32AM  24   A.   With the second explosion, yes.
11:32AM  25   Q.   Now, Mr. Harrell, the OIM, arrives sometime after the

PATRICK LEON O'BRYAN - CROSS

11:33AM 1   second explosion, when the power's out; correct?

11:33AM 2   A.   That's correct.

11:33AM 3   Q.   And you've testified that there's a conversation between

11:33AM 4   the captain and Mr. Harrell after the second explosion, when

11:33AM 5   Mr. Harrell gets there, and it's after that that the EDS is

11:33AM 6   activated; correct?

11:33AM 7   A.   That's correct.

11:33AM 8   Q.   Now, whatever was said, you would agree, would you not,

11:33AM 9   that there was a very quick discussion between Mr. Harrell and

11:33AM 10  Mr. Sims?

11:33AM 11  A.   Mr. Sims?

11:33AM 12  Q.   I'm sorry, between Mr. Harrell and Captain Kuchta?

11:33AM 13  A.   Yes.  When he got up there, I think he asked, "Has the EDS

11:33AM 14  been hit?" and then it was hit shortly thereafter.

11:33AM 15  Q.   And you don't know who actually pushed the button, though,

11:33AM 16  do you, sir?

11:33AM 17  A.   I don't.

11:33AM 18  Q.   You're still over here?

11:33AM 19  A.   Yes, sir.

11:33AM 20  Q.   Near the simulator?

11:33AM 21  A.   Yes, sir.

11:34AM 22  Q.   There was a lot of stuff going on on the bridge during

11:34AM 23  these few minutes we're talking about; correct, sir?

11:34AM 24  A.   Yes, sir.

11:34AM 25  Q.   And there was a lot of talking, even some shouting, wasn't

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:34AM  1   there?

11:34AM  2   A.   There was a lot of excitement on the bridge, yes.

11:34AM  3   Q.   No one as hysterical, were they, sir?

11:34AM  4   A.   I -- there was a lot of excitement, is just the way I

11:34AM  5   remember it.

11:34AM  6   Q.   You would -- don't you agree that the overall -- the

11:34AM  7   behavior on the rig was professional and calm?

11:34AM  8   A.   I would not call it calm.

11:34AM  9        MR. BRIAN:   Okay.  Let's put up TREX-37031.5.2.TO.

11:34AM  10  BY MR. BRIAN:

11:34AM  11  Q.   These are notes in evidence of the Bly investigator's

11:34AM  12  interview of David Sims.  Do you see where the interviewer has

11:34AM  13  reported Mr. Sims saying, "Everyone professional and calm,

11:34AM  14  shouting and talking, but not hysterical."

11:34AM  15       Do you see that?

11:35AM  16  A.   Yes, sir.

11:35AM  17  Q.   You have known Mr. Sims for a number of years and you

11:35AM  18  regard him as an honest fellow, don't you, sir?

11:35AM  19  A.   Yes, I do.

11:35AM  20  Q.   Now, you headed to the lifeboats and made sure you got on

11:35AM  21  that lifeboat, didn't you, sir?

11:35AM  22  A.   Yes, sir.

11:35AM  23  Q.   Now, Captain Kuchta was actually the last or next-to-last

11:35AM  24  man to leave that rig, wasn't he, sir?

11:35AM  25  A.   I believe he jumped in the Gulf, if I remember correctly.

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:35AM | 1 | **Q.**   And he was, in fact -- from what you could see, he was the |
| 11:35AM | 2 | last person off the rig; isn't that right? |
| 11:35AM | 3 | **A.**   I don't know.  When I told David, "We need to go," I |
| 11:35AM | 4 | didn't pay attention to who was getting on or off.  So I |
| 11:35AM | 5 | couldn't tell you. |
| 11:35AM | 6 | **Q.**   You were interviewed by the Bly investigators as well, |
| 11:35AM | 7 | weren't you, sir? |
| 11:35AM | 8 | **A.**   Yes. |
| 11:35AM | 9 | **MR. BRIAN:**  Let's put up TREX 62864.16.1.TO. |
| 11:35AM | 10 | **BY MR. BRIAN:** |
| 11:35AM | 11 | **Q.**   These are interviews of Mr. Corser of your interview: |
| 11:36AM | 12 | "Captain/OIM jumped, last off." |
| 11:36AM | 13 | Is that what you told Mr. Corser? |
| 11:36AM | 14 | **A.**   Yes.  I just said that he jumped into the Gulf. |
| 11:36AM | 15 | **Q.**   Now, let me ask you just a couple quick questions about |
| 11:36AM | 16 | the BOP. |
| 11:36AM | 17 | When BP charters a rig, BP specifies how the BOP is |
| 11:36AM | 18 | to be configured, doesn't it? |
| 11:36AM | 19 | **A.**   That's correct. |
| 11:36AM | 20 | **Q.**   And that includes the decision whether to use a BOP with |
| 11:36AM | 21 | one blind shear ram as opposed to two, doesn't it? |
| 11:36AM | 22 | **A.**   Yes. |
| 11:36AM | 23 | **Q.**   After you got in the lifeboat that night, you went to the |
| 11:36AM | 24 | *Damon Bankston*; correct? |
| 11:36AM | 25 | **A.**   Yes. |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:36AM | 1 | **Q.**   That was the supply ship that Captain Kuchta had ordered |
| 11:36AM | 2 | away from the rig, wasn't it? |
| 11:36AM | 3 | **A.**   Yes, sir. |
| 11:36AM | 4 | **Q.**   That was a sensible decision by Captain Kuchta, wasn't it, |
| 11:36AM | 5 | sir? |
| 11:36AM | 6 | **A.**   I'm assuming that's consistent with -- with Transocean's |
| 11:36AM | 7 | safety management system, but yes. |
| 11:36AM | 8 | **Q.**   Well, with a rig with -- |
| 11:36AM | 9 | **A.**   With mud -- |
| 11:36AM | 10 | **Q.**   -- being tied to a rig on fire, you would agree that was a |
| 11:36AM | 11 | good decision; right? |
| 11:36AM | 12 | **A.**   It wasn't on fire at that time. |
| 11:37AM | 13 | **Q.**   Okay.  When you got over to the *Damon Bankston*, you spoke |
| 11:37AM | 14 | briefly with Don Vidrine and Robert Kaluza, the two BP company |
| 11:37AM | 15 | men, didn't you, sir? |
| 11:37AM | 16 | **A.**   On the *Damon Bankston*?  Yes. |
| 11:37AM | 17 | **Q.**   Yes.  And you asked them to write an account of what had |
| 11:37AM | 18 | happened, didn't you, sir? |
| 11:37AM | 19 | **A.**   Yes, sir. |
| 11:37AM | 20 |         **MR. BRIAN:**  Let's pull up TREX-51133.1.TO. |
| 11:37AM | 21 | **BY MR. BRIAN:** |
| 11:37AM | 22 | **Q.**   This is the account that they prepared at your |
| 11:37AM | 23 | instruction, isn't it, sir? |
| 11:37AM | 24 | **A.**   Yes, sir. |
| 11:37AM | 25 | **Q.**   Now, what's it say up there in the left-hand corner? |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:37AM | 1 | **A.**   I believe it says "in the hole." |
| 11:37AM | 2 | **Q.**   "In the hole"? |
| 11:37AM | 3 |          And the depth 8367? |
| 11:37AM | 4 |          I'd like you to read the document, starting from |
| 11:37AM | 5 | right there, 0600 to 1100.  What does it say?  RIH?  That's |
| 11:37AM | 6 | "run in hole" -- to what? |
| 11:38AM | 7 | **A.**   Plus or minus 4900 feet. |
| 11:38AM | 8 | **Q.**   What does that next paragraph say?  Just read it out loud. |
| 11:38AM | 9 | **A.**   "Close blind shear rams, pressure-tested casing" -- and I |
| 11:38AM | 10 | can't really read the... |
| 11:38AM | 11 |          "Blind shear rams to 250 psi low to 2500 psi high; |
| 11:38AM | 12 | 250 test for five minutes; 2500 for 30 minutes.  Good test." |
| 11:38AM | 13 | **Q.**   Then 1130 to 1300, go ahead and read from there. |
| 11:38AM | 14 | **A.**   "Run in the hole to 8367." |
| 11:38AM | 15 | **Q.**   Go ahead and read all the way down to the end of the page. |
| 11:38AM | 16 | **A.**   "Displaced boost line from 14-pound gallon synthetic |
| 11:38AM | 17 | oil-based mud (SOBM) to 8.6 ppg seawater.  Displaced choke line |
| 11:38AM | 18 | from 14 pounds per gallon synthetic oil-based mud to 8.6 pound |
| 11:39AM | 19 | per gallon seawater.  Displaced kill line from 14 pound per |
| 11:39AM | 20 | gallon to 8.6 pound per gallon seawater with" -- I can't make |
| 11:39AM | 21 | that out -- "with Pumps 1 and 2.  Displaced well" -- I can't |
| 11:39AM | 22 | make the next word out. |
| 11:39AM | 23 |          "Displaced the drill pipe with 400 barrels of |
| 11:39AM | 24 | 16-pound per gallon spacer followed by seawater to a calculated |
| 11:39AM | 25 | volume where the entire spacer was circulated above the top |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:39AM    1    annular preventer.  Closed the top annular preventer to conduct

11:39AM    2    a negative pressure test of the kill line."

11:39AM    3            MR. BRIAN:  Let's go to the next page,

11:39AM    4    TREX-51133.2.TO.

11:39AM    5    BY MR. BRIAN:

11:39AM    6    Q.   And if you could read from the top, 1700 to 2000.

11:40AM    7    A.   I'm not sure what that first is -- "operations safety."

11:40AM    8            "After initial displacement, drill pipe pressure was

11:40AM    9    at 1260 psi, 0 kill pressure, 0 choke pressure.  Kill line was

11:40AM   10    open with no flow."

11:40AM   11            Something -- I guess "decided to block drill pipe,

11:40AM   12    bleed 15 barrels off drill pipe side through Halliburton line.

11:40AM   13    With kill line closed, bled drill pipe to 0."

11:40AM   14            Something -- or "permit, was required to" --

11:40AM   15    Q.   Monitor?

11:40AM   16    A.   -- "monitor the negative test through kill line.  Opened

11:40AM   17    kill line, which causes flow to the drill pipe side.  Closes in

11:40AM   18    drill pipe -- closed in drill pipe side at Halliburton unit.

11:41AM   19    Blow approximately 3 barrels before full closure at the

11:41AM   20    Halliburton unit.  Closed kill at the BOP.  Pump down kill to

11:41AM   21    verify line was full.  Line was full, pressure up immediately.

11:41AM   22    Open kill line at the BOP with kill line choke closed.

11:41AM   23    Pressure increases from 0 to 30 psi.  Lined up to pump -- trip

11:41AM   24    tank-- monitor trip tank.  Open choke and bleed .2 barrels to

11:41AM   25    trip tank, tank pressured to 0.  Left kill open.  Monitored on

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | | |
|---|---|---|
| 11:41AM | 1 | the mini trip tank for 30 minutes.  No gain in mini trip tank. |
| 11:41AM | 2 | Successful negative test.  Test monitored at the kill line." |
| 11:41AM | 3 | **MR. BRIAN:**  Put up TREX-51133.3.TO. |
| 11:41AM | 4 | **BY MR. BRIAN:** |
| 11:41AM | 5 | **Q.**   Do you see the names at the bottom, signed by Donald |
| 11:42AM | 6 | Vidrine and Robert Kaluza? |
| 11:42AM | 7 | **A.**   Yes, sir. |
| 11:42AM | 8 | **Q.**   Now, feel free to read that last page yourself if you'd |
| 11:42AM | 9 | like.  But you would agree, would you not, that -- there's no |
| 11:42AM | 10 | mention in this document, written by and signed by Don Vidrine |
| 11:42AM | 11 | and Robert Kaluza, of "bladder effect," is there? |
| 11:42AM | 12 | **A.**   No, sir. |
| 11:42AM | 13 | **Q.**   Certainly no mention of the Transocean crew trying to |
| 11:42AM | 14 | convince Mr. Vidrine or Mr. Kaluza of some bladder effect, is |
| 11:42AM | 15 | there, sir? |
| 11:42AM | 16 | **A.**   No, sir. |
| 11:42AM | 17 | **Q.**   There's no mention about an 8:52 p.m. call between |
| 11:42AM | 18 | Mr. Vidrine and Mr. Hafle, is there, sir? |
| 11:42AM | 19 | **A.**   No, sir. |
| 11:42AM | 20 | **Q.**   Now, you would expect and did expect -- when you were the |
| 11:42AM | 21 | vice president of drilling completions for the Gulf of Mexico, |
| 11:42AM | 22 | you did expect that your well site leaders would know how to |
| 11:42AM | 23 | conduct a negative test -- wouldn't you, sir? |
| 11:43AM | 24 | **A.**   Yes, sir. |
| 11:43AM | 25 | **Q.**   And how to interpret one; you expected that as well, |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

| | |
|---|---|
| 11:43AM | 1 | didn't you? |
| 11:43AM | 2 | A.   Yes, sir. |
| 11:43AM | 3 | Q.   Now, you said in the past that the well site leaders were |
| 11:43AM | 4 | responsible for interpreting the negative pressure test in |
| 11:43AM | 5 | collaboration with the drilling contractor.  That's your view, |
| 11:43AM | 6 | is it not, sir? |
| 11:43AM | 7 | A.   Yes, sir. |
| 11:43AM | 8 | Q.   But you would agree, would you not, that the final |
| 11:43AM | 9 | decision of whether that negative pressure test is a pass or a |
| 11:43AM | 10 | fail is BP's responsibility?  You agree with that, don't you, |
| 11:43AM | 11 | sir? |
| 11:43AM | 12 | A.   Yes, sir. |
| 11:43AM | 13 | Q.   In fact, during the negative pressure test, the well is |
| 11:43AM | 14 | shut in, isn't it? |
| 11:43AM | 15 | A.   It depends on how they got it set up, but I'm assuming in |
| 11:43AM | 16 | this case it was, yes. |
| 11:43AM | 17 | Q.   And so to continue with the operations, the BP company man |
| 11:43AM | 18 | has to give the instruction to open up the well and proceed, |
| 11:44AM | 19 | doesn't he, sir? |
| 11:44AM | 20 | A.   So the BP well site leader would accept that the negative |
| 11:44AM | 21 | test was passed, and then the instructions to move forward with |
| 11:44AM | 22 | the operations would be given -- my experience, would be given |
| 11:44AM | 23 | to -- and I don't know how it was done here -- but my |
| 11:44AM | 24 | experience would be given to the toolpusher, who would then |
| 11:44AM | 25 | instruct the crew to progress with -- move forward with the |

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - CROSS

11:44AM    1    operations.

11:44AM    2    **Q.**    Given by the BP well site leader to the toolpusher;

11:44AM    3    correct?

11:44AM    4    **A.**    BP well site leader would have said, "Yes, it's a pass, we

11:44AM    5    can move forward with the operations."

11:44AM    6    **Q.**    You were shown by Mr. Underhill that e-mail from

11:44AM    7    Mr. Kaluza to you about bladder effect that you then wrote all

11:44AM    8    those question marks?

11:44AM    9    **A.**    Yes, sir.

11:44AM   10    **Q.**    After you wrote those question marks, did you pick up the

11:44AM   11    phone and call Mr. Kaluza?

11:44AM   12    **A.**    No, I did not.  My focus was on drilling relief wells.

11:44AM   13             **MR. BRIAN:**  Nothing further, Your Honor.

11:44AM   14             **THE COURT:**  Halliburton?

11:44AM   15             **MR. GODWIN:**  No questions, Your Honor.

11:44AM   16             **THE COURT:**  Thank you.

11:44AM   17                  BP?

11:45AM   18             **MS. KARIS:**  Very quickly, Your Honor.  May I proceed?

11:45AM   19             **THE COURT:**  Yes.

11:45AM   20             **MS. KARIS:**  Thank you, Your Honor.  Hariklia Karis

11:45AM   21    conducting the redirect examination of Mr. O'Bryan.

11:46AM   22                      **REDIRECT EXAMINATION**

11:46AM   23    BY MS. KARIS:

11:46AM   24    **Q.**    Mr. O'Bryan, let me pick up where Mr. Brian just left off.

11:46AM   25    He asked you whether you would expect, as the vice president of

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - REDIRECT

| | | |
|---|---|---|
| 11:46AM | 1 | drilling and completions for BP's well site leaders, to know |
| 11:46AM | 2 | how to conduct and interpret a negative test. |
| 11:46AM | 3 |        Do you recall that question? |
| 11:46AM | 4 | A.   Yes, I do. |
| 11:46AM | 5 | Q.   As the vice president, did you also expect the contractor |
| 11:46AM | 6 | to know how to conduct and interpret a negative test? |
| 11:46AM | 7 | A.   Yes.  I would expect it to be required since it's their |
| 11:46AM | 8 | rig and they would expect the safety of the rig and they need |
| 11:46AM | 9 | to be involved and sign off on it before we progressed, ensure |
| 11:46AM | 10 | that the rig would be safe. |
| 11:46AM | 11 | Q.   In your experience and based on your expectations, if |
| 11:46AM | 12 | Transocean's crew has any question or doubt about the |
| 11:46AM | 13 | interpretation or how the negative test was conducted, can the |
| 11:46AM | 14 | process proceed? |
| 11:46AM | 15 | A.   No. |
| 11:46AM | 16 | Q.   Why not? |
| 11:46AM | 17 | A.   Because, again, if you read the accountability and |
| 11:47AM | 18 | expectations of the OIM, the offshore installation manager, |
| 11:47AM | 19 | they're accountable for ensuring the safety of that operation. |
| 11:47AM | 20 | And if they believe that there's anything that's being done |
| 11:47AM | 21 | that jeopardizes that vessel, they have the obligation to shut |
| 11:47AM | 22 | that operation down and not to proceed. |
| 11:47AM | 23 | Q.   Okay.  Different subject. |
| 11:47AM | 24 |        You were shown some testimony from Mr. Jackson, who |
| 11:47AM | 25 | was the HSSE director -- |

PATRICK LEON O'BRYAN - REDIRECT

| | | |
|---|---|---|
|11:47AM|1|**A.**   Yes.|
|11:47AM|2|**Q.**   -- under your leadership.|
|11:47AM|3|First of all, do you have any idea what Mr. Jackson|
|11:47AM|4|was referencing when he was giving that testimony?|
|11:47AM|5|**A.**   No.|
|11:47AM|6|**Q.**   Now, Mr. Jackson, as you saw up there --|
|11:47AM|7|**MS. KARIS:**   And if we could pull up Mr. Jackson's|
|11:47AM|8|testimony, page 94, please.|
|11:47AM|9|**BY MS. KARIS:**|
|11:48AM|10|**Q.**   Line 6 to 15, which I believe you were shown.|
|11:48AM|11|Mr. Jackson was asked:|
|11:48AM|12|"QUESTION:  Do you recall anybody ever discussing or|
|11:48AM|13|did you have any meetings with anyone within the Gulf|
|11:48AM|14|where there was a statement that was made that there was a|
|11:48AM|15|need to focus on process safety, not only personal safety?|
|11:48AM|16|And his answer is:|
|11:48AM|17|"ANSWER:  Yes.  I've been in meetings where we said|
|11:48AM|18|that we need -- that there were needs to focus on process|
|11:48AM|19|safety and not only personal safety."|
|11:48AM|20|Based on your experience in the Gulf of Mexico, did|
|11:48AM|21|you emphasize the need to focus both on personal and process|
|11:48AM|22|safety?|
|11:48AM|23|**A.**   Yes.|
|11:48AM|24|**Q.**   What was Mr. Jackson's position?  You said his focus was|
|11:48AM|25|on personal safety.|

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - REDIRECT

11:48AM  1    **A.**    So as I explained earlier, the whole process of planning
11:48AM  2    and -- let's start with the premise that a major accident risk
11:48AM  3    in drilling a well is a blowout.  That is the single major
11:48AM  4    accident risk, is a blowout.  The whole process of planning the
11:49AM  5    well, executing it is all about mitigating that risk, keep the
11:49AM  6    hydrocarbons in the pipe.
11:49AM  7             So from the start, with the pore pressure frac
11:49AM  8    gradient, casing sheaths picked, casing design, to the
11:49AM  9    selection of the contractors, to the execution of the well
11:49AM  10   itself, with the well control equipment on the rig, the BOPs,
11:49AM  11   the pit volume totalizers, the flow meters.  All of those
11:49AM  12   things are focused on mitigating the single biggest process
11:49AM  13   safety risk associated with drilling a well, which is a
11:49AM  14   blowout.
11:49AM  15            And so the fact that, you know -- and Curtis' primary
11:49AM  16   focus was personal safety.  But process safety, that's what the
11:49AM  17   whole process of planning and executing the drilling and
11:49AM  18   completion of a well is all about, mitigating that process
11:49AM  19   risk.
11:49AM  20   **Q.**    You were asked earlier on -- a different subject.  You
11:50AM  21   were asked about OMS and its implementation.  I certainly don't
11:50AM  22   want to go back over all that.  But I believe you were shown a
11:50AM  23   provision from OMS, Appendix 7, which referenced how OMS
11:50AM  24   applied to contractors.
11:50AM  25            And Mr. Herman asked you, you don't see anything in

OFFICIAL TRANSCRIPT

PATRICK LEON O'BRYAN - REDIRECT

11:50AM  1    there that talks to a bridging document.

11:50AM  2              Do you remember that generally?

11:50AM  3    **A.**   Yes.

11:50AM  4    **Q.**   The reference says that "where BP relies on a contractor

11:50AM  5    to carry out work, BP shall, as needed, include and apply

11:50AM  6    contract provisions such that the work is carried out in a way

11:50AM  7    that supports and is consistent with BP's application to OMS."

11:50AM  8              That's what Mr. Herman showed you.

11:50AM  9              **MS. KARIS:**  Now, if we can pull up TREX-4721,

11:50AM 10    please -- I'm sorry, 4271.  And page 18 of 36 is TREX ending in

11:51AM 11    1481 Bates number.

11:51AM 12    **BY MS. KARIS:**

11:51AM 13    **Q.**   Again, this is the contract provisions that applied to the

11:51AM 14    operations between Transocean and BP, including those at the

11:51AM 15    Macondo well.

11:51AM 16              So the contract required that the contractor shall

11:51AM 17    have the primary responsibility for the safety of all

11:51AM 18    operations, shall take all measures necessary or proper to

11:51AM 19    protect the personnel, facilities and, in addition, shall

11:51AM 20    observe all safety rules and regulations and so forth.

11:51AM 21              Now, I don't want you to read the whole contract.

11:51AM 22    But do you see at the end where it says, "The contractor may

11:51AM 23    also have its own safety manual" -- next page, please -- "and

11:51AM 24    when contractor's and company's safety manuals conflict, the

11:51AM 25    contractor's safety manual shall control"?

PATRICK LEON O'BRYAN - REDIRECT

| | | |
|---|---|---|
| 11:52AM | 1 | Is that provision consistent with the requirement in |
| 11:52AM | 2 | OMS for how contractors apply BP's OMS system? |
| 11:52AM | 3 | **A.**   Yes. |
| 11:52AM | 4 | **Q.**   Mr. O'Bryan, as the vice president for drilling and |
| 11:52AM | 5 | completions for the Gulf of Mexico in 2010 at the time of this |
| 11:52AM | 6 | incident, did you believe Mr. Guide, Mr. Sims, Mr. Hafle, |
| 11:52AM | 7 | Mr. Walz, and Mr. Morel, and all of the other individuals in |
| 11:52AM | 8 | your organization were focused on safety as their number one |
| 11:52AM | 9 | priority? |
| 11:52AM | 10 | **A.**   Absolutely. |
| 11:52AM | 11 | **Q.**   And why do you believe that? |
| 11:52AM | 12 | **A.**   These are guys that -- number one, they obviously had a |
| 11:52AM | 13 | track record of great, safe performance.  Again, as I said |
| 11:52AM | 14 | earlier, it's the reason why I went out to visit this rig.  And |
| 11:52AM | 15 | I know these guys personally, and they care deeply about -- |
| 11:53AM | 16 | they take pride in what they do and they care deeply about the |
| 11:53AM | 17 | folks that are on the rigs and what they do. |
| 11:53AM | 18 | So, I mean, that's what they're about and that's who |
| 11:53AM | 19 | they are.  So I have no doubt about that. |
| 11:53AM | 20 | **MS. KARIS:**  I have nothing further.  Thank you. |
| 11:53AM | 21 | **THE COURT:**  Thank you, sir.  You're done.  Okay. |
| 11:53AM | 22 | All right.  Let's see -- we have one more |
| 11:53AM | 23 | witness, right, and that will be Mr. Andrew Mitchell. |
| 11:53AM | 24 | **MR. BROCK:**  Yes, Your Honor.  And then about |
| 11:53AM | 25 | 15 minutes of tape.  He's an expert.  And I think we're in good |

PATRICK LEON O'BRYAN - REDIRECT

| | | |
|---|---|---|
| 11:53AM | 1 | shape, Judge. |
| 11:53AM | 2 | THE COURT:  About 15 minutes of tape? |
| 11:53AM | 3 | MR. BROCK:  Yes, sir. |
| 11:53AM | 4 | THE COURT:  Okay.  Let's go ahead and recess for |
| 11:53AM | 5 | lunch and come back at 1:15. |
| 11:53AM | 6 | THE DEPUTY CLERK:  All rise. |
| 12:05PM | 7 | (LUNCHEON RECESS) |
| 12:05PM | 8 | * * * * * |
| | 9 | ***** |

10                        **CERTIFICATE**

11          I, Jodi Simcox, RMR, FCRR, Official Court Reporter
   for the United States District Court, Eastern District of
12 Louisiana, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
13 understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

14

15                              *s/Jodi Simcox, RMR, FCRR*
16                              Jodi Simcox, RMR, FCRR
                                Official Court Reporter
17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

**$**

$100 [3]  9342/25 9343/10 9344/7
$100 million [2]  9342/25 9343/10
$100 million-plus [1]  9344/7
$100,000 [1]  9343/5

**'**

'applying [1]  9318/1
'BP' [1]  9317/24
'facility.' [1]  9303/18

**.**

. . . not [1]  9296/14
.2 [1]  9378/24
.2 barrels [1]  9378/24

**0**

01127 [1]  9347/10
02771 [1]  9215/7
0600 [1]  9377/5

**1**

10 [4]  9239/15 9239/19 9240/6 9343/8
10,000 [1]  9342/4
10-CV-02771 [1]  9215/7
10-CV-4536 [1]  9215/9
1-foot [1]  9351/6
10-MD-2179 [1]  9215/4
100 million [2]  9342/9 9342/14
1000 [1]  9219/19
1001 [1]  9219/11
101 [1]  9216/16
11 [1]  9338/9
1100 [2]  9219/7 9377/5
1110 [1]  9219/23
1130 [1]  9377/13
1201 [2]  9219/3 9220/5
1260 psi [1]  9378/9
1300 [1]  9377/13
1308 [1]  9216/19
1331 [1]  9220/9
14 [3]  9355/10 9377/18 9377/19
14-pound [1]  9377/16
14271 [1]  9217/22
1481 [1]  9385/11
15 [10]  9239/15 9239/19 9240/6
9260/20 9260/23 9268/22 9343/23
9344/2 9383/10 9387/2
15 barrels [1]  9378/12
15 minutes [1]  9386/25
15-minute [1]  9330/10
16-pound [1]  9377/24
1601 [1]  9216/3
1665 [1]  9220/9
16th [1]  9294/13
16th of [1]  9345/13
17 [2]  9215/7 9222/2
1700 [2]  9220/5 9378/6
17th [1]  9294/1
18 [3]  9253/14 9254/3 9385/10
1885 [1]  9218/12
1975.1.1 [1]  9301/9
1975.1.2 [1]  9301/21
1975.14.1 [1]  9305/11
1975.6.1 [1]  9302/19
1975.9.1 [1]  9303/15
1983 [1]  9227/12
1985 [1]  9227/14
1988 [5]  9227/15 9227/18 9229/12
9230/11 9230/12
1989 [1]  9230/12
1999 [1]  9230/11
1:00 a.m [1]  9333/2

1:00 in [1]  9291/21
1:15 [1]  9387/5

**2**

20 [3]  9215/5 9326/19 9333/9
20,000-pound [1]  9271/14
20/20 [1]  9333/9
2000 [9]  9231/10 9231/11 9231/12
9231/15 9232/17 9234/21 9253/2
9298/13 9378/6
20004 [2]  9217/22 9219/4
2000s [1]  9245/7
2001 [4]  9252/24 9302/7 9302/15
9306/16
2003 [1]  9233/21
20044 [2]  9217/17 9218/6
2005 [1]  9233/25
2007 [1]  9358/6
2008 [9]  9316/25 9326/2 9326/2
9326/11 9326/13 9327/3 9327/9
9327/11 9327/24
2009 [13]  9234/7 9235/23 9236/17
9249/19 9255/21 9321/15 9321/19
9326/19 9327/7 9352/23 9363/6
9363/10 9363/11
2010 [52]  9215/5 9225/22 9235/23
9235/24 9242/9 9245/25 9249/13
9251/17 9252/11 9266/23 9268/22
9268/23 9295/21 9296/25 9297/21
9297/22 9298/19 9300/18 9300/25
9302/2 9308/8 9309/9 9311/8 9311/13
9313/5 9320/18 9321/22 9322/7 9322/8
9323/18 9324/1 9325/5 9327/13
9327/22 9327/24 9327/25 9338/6
9338/20 9339/13 9345/13 9352/25
9354/9 9354/14 9354/18 9360/23
9361/14 9363/7 9363/15 9363/21
9365/4 9366/25 9386/5
2011 [5]  9226/17 9226/20 9227/1
9236/11 9277/4
2013 [2]  9215/7 9222/2
20615.1.1 [1]  9361/10
20th [26]  9225/25 9264/14 9264/17
9269/9 9269/13 9269/20 9270/6 9273/4
9273/6 9294/10 9297/21 9297/22
9298/18 9300/18 9300/25 9331/16
9336/11 9338/6 9338/20 9342/21
9342/24 9345/3 9345/17 9349/25
9360/22 9365/4
20th and [1]  9333/1
21 [1]  9242/9
2179 [1]  9215/4
2211 [1]  9219/23
2216 [1]  9217/6
22nd [3]  9216/10 9291/22 9333/2
22nd of [1]  9291/21
23451 [1]  9216/10
24 [1]  9299/13
24/7 [1]  9241/15
25 [3]  9229/16 9252/5 9262/7
25 years [2]  9229/19 9229/25
250 [1]  9377/12
250 psi [1]  9377/11
2500 [1]  9377/12
2500 psi [1]  9377/11
2523.1.1 [1]  9322/15
2523.7.1 [1]  9323/5
25th [1]  9363/21
26144.134.1 [1]  9308/16
26144.134.2 [1]  9308/23
26144.153.1 [1]  9309/19
26144.154.1 [1]  9311/1
26144.668.1 [1]  9314/15

2615 [1]  9216/6
26144 [1]  9308/4
27th of [1]  9332/22
29 [1]  9215/14
2940.33 [1]  9354/12
2940.4 [1]  9352/19
2:30 [2]  9273/4 9273/6

**3**

3 barrels [1]  9378/19
30 [5]  9273/14 9273/22 9294/8 9377/12
9379/1
30 psi [1]  9378/23
300 [1]  9218/23
3089 [1]  9219/19
3175.1.1 [2]  9250/24 9255/1
31st [2]  9326/11 9327/3
3280 [1]  9297/18
355 [1]  9219/15
35th [1]  9219/15
36 [1]  9385/10
36028 [1]  9217/10
36130 [1]  9218/10
3618 [1]  9346/16
36604 [1]  9216/4
3668 [1]  9215/20
3700 [2]  9219/7 9219/11
37031.5.2.TO [1]  9374/9
3rd [1]  9316/25

**4**

4/15 [1]  9268/22
400 [1]  9377/23
402 [1]  9216/10
406 [1]  9220/12
4232.1.1 [1]  9294/22
4232.1.2 [1]  9295/16
4271 [1]  9385/10
4310 [1]  9217/3
435 [1]  9216/16
45 [3]  9256/5 9273/14 9273/22
450 [1]  9217/10
45006.15.1.PSC [1]  9317/21
45006.16.1 [1]  9318/11
45006.16.2 [1]  9319/12
45006.6.1 [1]  9316/20
45006.8.1 [1]  9317/10
45076 [2]  9256/4 9256/5
45118.1.1.TO [1]  9363/18
45118.2.1.TO [1]  9364/2
45118.4.1.TO [1]  9364/8
45118.5.1.TO [1]  9364/21
4536 [1]  9215/9
4721 [1]  9385/9
4780 [1]  9362/25
4780.1 [1]  9238/6
47962.1.1 [1]  9249/10
47964.1.1 [2]  9266/20 9267/9
4800 [1]  9349/12
48272.1.1 [1]  9247/9
48272.1.2 [1]  9242/7
4900 feet [1]  9377/7
4943 [3]  9252/7 9324/18 9337/17
4:30 [2]  9276/4 9276/25
4th [1]  9312/20

**5**

5 feet [1]  9349/10
500 [3]  9215/20 9218/9 9220/12
5000 [1]  9218/19
504 [1]  9220/13
51133.1.TO [1]  9376/20
51133.2.TO [1]  9378/4

**5**

51133.3.TO [1]  9379/3
5395 [1]  9217/10
556 [1]  9215/20
560 [1]  9332/13
589-7780 [1]  9220/13
5:00 [2]  9276/5 9276/25

**6**

600 [3]  9216/10 9216/13 9219/19
601 [1]  9216/6
6025-C.12.2 [1]  9260/5
6025-C.9.2 [1]  9260/4
6025-C.9.T [1]  9260/18
60654 [1]  9218/24
618 [1]  9216/22
6205.194.1 [1]  9303/25
62864.16.1.TO [1]  9375/9
6710 [4]  9279/23 9369/5 9370/8
9370/25
6:00 [1]  9277/15
6:00 for [1]  9277/19
6:00 on [1]  9350/23
6:00 or [1]  9277/13
6:00 p.m [1]  9350/11

**7**

7-5395 [1]  9217/10
701 [2]  9218/16 9218/19
70113 [1]  9215/24
70130 [5]  9216/7 9216/13 9217/7
 9218/17 9220/13
70139 [1]  9218/20
70163 [1]  9219/7
70360 [1]  9216/16
70458 [1]  9216/19
70501 [1]  9219/20
70502 [1]  9215/21
70801 [1]  9216/23
70804 [1]  9218/13
718 [1]  9362/13
75270 [1]  9220/5
759 [1]  9331/1
7611 [1]  9217/16
77002 [1]  9219/11
77006 [1]  9217/4
77010 [1]  9220/9
77098 [1]  9219/23
7780 [1]  9220/13
7:00 [2]  9278/14 9278/16
7th [1]  9352/25

**8**

8-foot [1]  9351/6
8.6 [3]  9377/17 9377/18 9377/20
820 [1]  9215/23
8367 [2]  9377/3 9377/14
8:30 [1]  9318/3
8:52 p.m [3]  9368/6 9368/11 9379/17
8th [2]  9295/2 9295/14

**9**

9 5/8 [1]  9262/24
90 [1]  9342/14
90 million [1]  9342/8
90071 [1]  9219/16
93 [1]  9355/10
94 [3]  9356/4 9356/5 9383/8
94005 [1]  9218/13
94102 [1]  9217/11
948 [3]  9325/15 9325/16 9329/12
948.1.1 [1]  9325/21
948.3.1 [1]  9359/5

948.4.1 [1]  9328/5
948.2.PSC [1]  9359/16
948.5.1.PSC [1]  9358/16
95 [1]  9356/5
9:00 [6]  9223/10 9279/22 9279/25
9280/7 9282/11 9368/4
9:00 until [1]  9369/2
9:30 [3]  9282/12 9282/14 9369/16
9th [2]  9216/13 9361/14

**A**

a.m [1]  9333/2
abandon [1]  9290/4
abandonment [6]  9262/23 9262/24
9345/2 9345/7 9345/12 9345/19
abbreviated [1]  9347/4
ability [2]  9271/10 9387/12
able [9]  9242/25 9243/25 9247/19
9265/23 9271/19 9272/3 9291/2
9346/25 9370/11
about [151]  9226/7 9227/24 9228/24
9229/4 9229/16 9232/8 9233/24
9234/19 9236/23 9237/8 9237/15
9239/15 9241/5 9243/17 9244/25
9245/12 9246/7 9246/11 9246/23
9246/24 9247/4 9247/18 9247/24
9248/1 9248/24 9250/20 9250/21
9250/23 9252/23 9253/16 9253/18
9255/14 9255/15 9263/10 9264/7
9266/10 9266/15 9267/22 9269/11
9269/22 9269/24 9270/10 9271/10
9272/8 9272/25 9273/4 9273/6 9273/14
9274/4 9274/11 9275/14 9275/17
9275/18 9275/19 9276/10 9276/14
9276/21 9277/12 9278/5 9278/10
9278/17 9278/19 9278/21 9278/23
9278/25 9279/2 9279/8 9279/8 9280/7
9286/12 9286/16 9287/8 9289/16
9290/3 9291/20 9292/11 9293/23
9298/9 9305/16 9305/21 9306/2
9307/10 9309/4 9309/9 9317/1 9317/3
9319/4 9319/7 9324/13 9326/2 9327/18
9329/22 9332/18 9332/19 9334/19
9335/18 9344/20 9345/13 9347/18
9347/19 9347/22 9348/5 9348/13
9348/16 9349/4 9349/7 9352/4 9353/18
9354/24 9355/14 9359/12 9360/18
9361/5 9361/6 9361/12 9361/14
9361/20 9361/24 9362/4 9362/5 9365/9
9365/10 9366/1 9366/17 9366/25
9367/3 9367/16 9367/22 9368/4 9368/6
9368/13 9368/17 9368/22 9369/11
9369/16 9370/25 9372/2 9373/23
9375/15 9379/17 9381/7 9382/12
9384/5 9384/18 9384/21 9386/15
9386/16 9386/18 9386/19 9386/24
9387/2
above [5]  9233/9 9298/1 9341/14
9377/25 9387/13
above-entitled [1]  9387/13
Abramson [1]  9216/5
absolutely [4]  9250/5 9351/14 9351/18
9386/10
accept [2]  9343/1 9380/20
accident [5]  9241/5 9262/6 9338/22
9384/2 9384/4
accompany [1]  9269/8
accordance [1]  9318/3
account [2]  9376/17 9376/22
accountabilities [1]  9365/1
accountability [5]  9231/20 9231/23
9265/17 9344/12 9382/17
accountable [7]  9244/12 9244/13

9253/11 9257/22 9259/15 9262/23
9253/24 9256/11 9299/17
accurate [6]  9238/19 9241/11 9252/14
9253/24 9256/11 9299/17
acquisitions [1]  9317/17
across [7]  9242/9 9289/22 9296/18
9302/25 9303/9 9307/14 9328/14
act [3]  9346/4 9347/25 9348/8
acting [2]  9344/22 9345/3
action [7]  9285/5 9285/6 9286/9
9288/21 9289/11 9344/22 9347/3
actions [5]  9257/22 9321/2 9329/7
9371/17 9372/5
activate [9]  9285/5 9285/6 9286/9
9287/15 9287/18 9288/21 9289/6
9289/12 9289/14
activated [5]  9286/14 9289/13 9289/19
9289/24 9373/6
activating [1]  9286/17
activation [1]  9289/17
activities [2]  9252/20 9318/21
Activity [1]  9249/20
actual [4]  9239/5 9272/25 9357/9
9359/7
actually [66]  9226/21 9231/5 9232/21
9232/24 9235/12 9237/15 9237/16
9241/9 9244/10 9245/13 9247/22
9247/24 9248/6 9253/3 9253/5 9257/18
9258/25 9260/5 9271/9 9271/20
9271/21 9271/25 9272/5 9273/3 9274/4
9275/2 9275/25 9277/6 9278/9 9278/25
9279/10 9279/15 9281/11 9281/13
9283/1 9283/5 9283/11 9283/13
9285/25 9288/1 9293/6 9306/12
9312/23 9315/6 9328/22 9332/12
9332/23 9333/2 9334/18 9334/25
9337/20 9344/6 9351/19 9352/9 9361/2
9361/22 9361/24 9362/2 9362/3
9366/14 9367/13 9367/16 9369/21
9371/11 9373/15 9374/23
Adamson [5]  9246/21 9247/2 9247/4
9265/18 9270/7
add [1]  9246/19
addition [1]  9385/19
additional [1]  9359/9
addressed [1]  9297/16
addresses [1]  9306/1
adequate [1]  9333/19
adequately [1]  9336/10
adhering [1]  9249/22
admitted [5]  9222/16 9222/24 9223/3
9224/9 9224/17
advance [1]  9299/22
advice [1]  9239/22
advised [2]  9343/22 9347/6
advisers [1]  9324/5
affixed [1]  9264/5
after [54]  9229/12 9230/1 9230/18
9233/19 9235/24 9262/13 9262/14
9262/22 9273/5 9273/7 9273/23 9275/9
9275/20 9277/1 9277/17 9278/3
9278/15 9282/11 9282/11 9284/20
9285/19 9286/15 9286/15 9286/18
9286/22 9289/24 9292/15 9293/7
9294/3 9294/6 9297/22 9311/24
9319/21 9321/13 9327/3 9347/2 9348/1
9348/10 9350/11 9350/23 9363/7
9367/11 9369/24 9370/5 9370/14
9370/18 9372/15 9372/19 9372/25
9373/4 9373/5 9375/23 9378/8 9381/10
afternoon [3]  9224/5 9224/20 9273/4
afterwards [1]  9321/7
again [44]  9245/12 9245/14 9248/13

A

again... [41]  9248/14 9248/15 9248/17
9249/3 9254/8 9254/22 9255/9 9265/12
9267/17 9270/13 9271/16 9276/25
9279/8 9286/22 9287/1 9287/17
9288/15 9297/7 9300/14 9306/14
9307/22 9312/1 9316/7 9318/13 9321/1
9327/5 9331/18 9336/19 9337/8
9337/12 9350/23 9352/22 9354/15
9354/21 9357/18 9359/1 9359/23
9371/25 9382/17 9385/13 9386/13
against [1]  9347/5
age [2]  9226/24 9227/1
agenda [3]  9237/19 9244/8 9245/14
agendas [1]  9268/13
agree [23]  9240/21 9250/7 9250/11
9251/9 9251/12 9257/12 9270/21
9300/2 9320/10 9320/12 9332/15
9342/21 9352/10 9354/1 9354/3 9355/19
9372/15 9373/8 9374/6 9376/10 9379/9
9380/8 9380/10
agreed [3]  9257/22 9336/2 9361/18
agreement [1]  9223/17
ahead [13]  9225/17 9233/14 9245/3
9246/13 9274/19 9276/6 9280/25
9300/5 9315/14 9325/1 9377/13
9377/15 9387/4
aided [1]  9220/17
airport [2]  9292/3 9292/6
al [2]  9215/8 9215/11
Alabama [6]  9216/4 9218/7 9218/8
9218/10 9348/19 9348/21
alarms [1]  9273/17
Alaska [2]  9231/20 9340/9
Alexander [1]  9224/4
all [106]  9222/4 9222/7 9222/14
9222/23 9223/11 9223/20 9223/20
9224/7 9225/1 9229/3 9230/16 9230/22
9231/2 9231/3 9232/25 9236/5 9236/5
9237/21 9237/24 9238/2 9238/16
9241/4 9241/12 9241/21 9241/22
9242/1 9242/10 9242/14 9243/23
9244/25 9249/3 9249/22 9250/2
9250/18 9251/6 9253/16 9253/19
9258/19 9259/14 9260/23 9261/5
9261/13 9268/3 9268/15 9270/10
9270/18 9273/23 9276/15 9280/3
9282/17 9285/17 9288/16 9293/12
9298/9 9298/15 9299/18 9302/9 9303/9
9306/25 9307/1 9313/13 9317/6
9317/11 9317/12 9319/8 9330/12
9331/24 9334/19 9335/7 9335/7 9336/2
9336/8 9337/10 9338/15 9338/18
9338/21 9340/3 9346/18 9347/2 9348/1
9348/10 9348/17 9350/17 9354/9
9356/4 9356/20 9357/7 9357/13
9357/15 9357/24 9358/6 9360/24
9371/12 9377/15 9381/7 9383/3 9384/5
9384/11 9384/18 9384/22 9385/17
9385/18 9385/20 9386/7 9386/22
9387/6
ALLAN [1]  9218/15
allow [3]  9314/7 9314/21 9329/21
almost [2]  9337/23 9337/25
along [3]  9283/24 9300/12 9335/1
alongside [1]  9291/1
already [11]  9236/23 9252/23 9258/23
9300/14 9311/16 9342/25 9347/13
9348/9 9348/16 9353/12 9353/21
also [36]  9224/13 9225/18 9225/25
9228/3 9231/23 9231/24 9235/3 9237/4
9237/6 9237/13 9241/21 9244/5

9244/14 9244/16 9245/24 9247/15
9247/20 9256/22 9257/9 9257/11
9260/15 9262/22 9265/1 9265/21
9270/8 9272/2 9273/17 9274/22 9286/2
9311/20 9340/5 9340/8 9354/3 9361/8
9382/5 9385/23
alternate [1]  9314/11
alternates [1]  9314/8
although [1]  9223/9
always [4]  9226/23 9245/6 9279/17
9333/9
am [2]  9327/21 9349/2
amend [1]  9318/25
amendment [3]  9328/1 9328/3 9328/3
AMERICA [11]  9215/10 9217/9 9217/13
9217/19 9218/3 9218/19 9218/22
9219/3 9246/22 9265/19 9339/10
American [1]  9234/1
Amoco [1]  9232/18
among [1]  9363/20
analysis [1]  9341/5
and/or [1]  9323/22
Andrea [1]  9371/2
ANDREW [2]  9218/22 9386/23
Andy [1]  9243/5
Andy Inglis [1]  9243/5
Angeles [1]  9219/16
angle [1]  9286/2
annual [1]  9334/17
annually [1]  9334/20
annular [2]  9378/1 9378/1
annulus [1]  9264/7
another [9]  9264/23 9266/1 9277/9
9280/22 9281/3 9300/22 9304/16
9361/23 9371/2
answer [20]  9233/13 9251/6 9297/24
9298/4 9300/7 9300/21 9300/21 9307/6
9308/25 9315/14 9335/6 9336/5 9336/6
9337/12 9340/20 9342/2 9345/25
9351/24 9358/12 9383/16
answered [3]  9289/1 9301/3 9301/7
answers [1]  9308/20
ANTHONY [3]  9217/6 9223/1
any [94]  9222/7 9222/15 9222/23
9223/9 9223/11 9223/14 9224/7
9224/16 9224/25 9237/17 9239/12
9239/22 9239/22 9239/25 9240/1
9240/4 9240/14 9240/15 9242/4 9244/5
9245/14 9245/21 9246/2 9246/3 9246/4
9246/7 9246/7 9246/10 9247/2 9247/4
9247/11 9250/8 9251/23 9263/9
9263/16 9268/24 9268/24 9268/25
9269/1 9269/4 9269/4 9269/5 9269/12
9269/14 9269/17 9269/20 9270/11
9272/6 9272/10 9275/6 9278/4 9278/5
9278/5 9285/6 9286/9 9288/20 9288/21
9289/5 9289/11 9299/3 9304/9 9309/10
9312/11 9312/11 9312/12 9315/6
9315/9 9315/16 9315/22 9320/21
9322/12 9322/13 9326/16 9328/22
9329/6 9346/11 9347/16 9350/13
9356/9 9357/9 9357/15 9357/19
9359/13 9359/17 9361/20 9362/5
9365/9 9365/11 9367/25 9368/11
9371/14 9382/12 9383/3 9383/13
anybody [14]  9246/7 9246/10 9269/17
9269/24 9270/12 9272/10 9278/5
9285/4 9285/6 9286/9 9288/21 9316/13
9356/9 9383/12
anyone [8]  9246/3 9246/4 9262/8
9269/13 9269/22 9269/25 9356/10
9383/13
anything [14]  9236/20 9247/11 9266/7

9269/22 9269/24 9275/8 9310/5 9319/4
9310/8 9319/6 9330/1 9356/4 9382/20
9384/25
APLC [1]  9218/18
apologize [5]  9267/9 9300/4 9309/10
9309/18 9310/3
Appearances [6]  9215/17 9216/1 9217/1
9218/1 9219/1 9220/1
appeared [1]  9291/10
appears [2]  9327/8 9364/4
Appendix [4]  9317/18 9317/21 9317/22
9384/23
Appendix 7 [1]  9317/21
applicability [3]  9317/11 9317/16
9317/22
application [5]  9309/5 9317/17 9318/20
9319/16 9385/7
applied [17]  9247/24 9251/17 9252/10
9252/15 9252/20 9254/1 9298/24
9299/8 9300/13 9300/25 9304/13
9308/2 9311/9 9319/18 9360/2 9384/24
9385/13
applies [2]  9215/6 9254/7
apply [14]  9250/22 9253/23 9255/11
9265/10 9298/24 9300/11 9300/22
9304/13 9306/10 9314/20 9318/19
9320/8 9385/5 9386/2
applying [1]  9318/1
appointed [2]  9343/10 9348/8
appraisal [2]  9256/22 9271/3
appreciate [1]  9262/9
appreciation [1]  9248/21
approach [2]  9271/22 9329/18
approached [1]  9330/24
approaches [1]  9303/1
appropriate [2]  9305/24 9307/16
appropriately [2]  9241/12 9241/12
approval [2]  9319/21 9346/7
approved [2]  9345/12 9345/19
approximately [12]  9231/15 9239/11
9239/17 9273/21 9276/3 9276/23
9277/13 9278/14 9279/25 9332/13
9369/2 9378/19
APRIL [45]  9215/5 9215/7 9222/2
9225/22 9225/25 9252/10 9264/14
9264/17 9266/4 9266/23 9268/23
9269/9 9269/13 9269/20 9270/6 9273/4
9273/6 9291/21 9291/22 9297/21
9297/22 9298/18 9300/18 9300/25
9313/14 9331/16 9332/23 9336/11
9338/6 9338/20 9339/12 9342/21
9342/24 9343/24 9344/1 9345/3
9345/13 9345/17 9349/25 9354/9
9360/22 9363/7 9363/15 9363/23
9365/4
April 1 [1]  9363/23
April 15th or [1]  9345/13
April 19th of [2]  9266/23 9268/23
April 2010 [2]  9363/7 9363/15
April 20th [23]  9225/25 9264/14 9264/17
9269/9 9269/13 9269/20 9270/6 9273/4
9273/6 9297/21 9297/22 9298/18
9300/18 9300/25 9336/11 9338/6
9338/20 9342/21 9342/24 9345/3
9345/17 9360/22 9365/4
April 20th as [1]  9266/4
April 20th of [2]  9225/22 9252/10
April the [1]  9344/1
April/May [1]  9313/14
architectural [1]  9339/9
ARCO [10]  9230/7 9230/9 9230/10
9230/12 9230/17 9230/20 9231/9
9231/10 9231/12 9232/18

A

are [78]  9222/16 9222/24 9223/11
9223/22 9224/9 9224/17 9228/17
9241/9 9241/13 9241/15 9241/22
9242/1 9243/19 9244/4 9247/12
9247/16 9247/16 9247/17 9247/18
9252/20 9254/16 9254/17 9256/13
9260/8 9264/6 9265/1 9267/11 9268/2
9270/18 9285/17 9285/19 9285/21
9295/9 9297/8 9297/8 9315/5 9315/9
9317/18 9317/24 9318/12 9318/24
9319/18 9320/13 9320/13 9320/15
9321/23 9321/24 9323/21 9326/21
9327/19 9330/22 9331/3 9334/3 9341/7
9342/1 9343/23 9345/1 9345/11
9345/14 9345/16 9345/19 9346/2
9346/4 9346/8 9347/11 9355/3 9355/6
9363/12 9368/24 9371/23 9372/5
9372/12 9374/11 9375/11 9384/12
9386/12 9386/17 9386/19
area [24]  9275/16 9275/20 9275/22
9275/24 9276/2 9276/7 9276/7 9276/8
9276/18 9276/20 9276/25 9277/2
9279/17 9280/15 9281/4 9281/17
9281/19 9281/23 9285/17 9287/4
9289/21 9328/15 9344/17 9367/18
area's [1]  9275/23
areas [1]  9260/1
aren't [1]  9244/5
argument [2]  9329/21 9347/5
around [25]  9223/9 9236/7 9236/8
9248/10 9253/7 9264/3 9276/8 9278/16
9278/18 9279/13 9279/22 9281/8
9283/21 9285/17 9293/25 9294/8
9294/10 9294/11 9295/1 9295/14
9300/22 9323/19 9341/2 9355/23
9367/15
Arrell [1]  9219/22
arrive [1]  9273/3
arrived [7]  9273/5 9288/11 9288/14
9289/11 9289/16 9290/8 9369/2
arrives [1]  9372/25
as [221]
Asbill [1]  9219/9
ask [24]  9226/2 9228/11 9229/4
9240/14 9240/20 9250/22 9263/9
9284/4 9297/20 9308/24 9314/11
9314/16 9325/3 9330/2 9336/18
9336/24 9339/5 9342/2 9347/11
9347/19 9348/4 9349/2 9355/16
9375/15
asked [38]  9224/19 9228/24 9234/7
9234/9 9234/13 9239/21 9255/3 9266/8
9266/15 9274/23 9275/6 9286/12
9286/19 9287/1 9287/14 9287/18
9289/1 9289/9 9289/16 9290/9
9290/11 9301/2 9309/8 9311/12
9316/10 9324/12 9349/4 9355/14
9356/25 9359/14 9362/16 9373/13
9376/17 9381/25 9383/11 9384/20
9384/21 9384/24
asking [6]  9269/25 9286/16 9327/18
9339/8 9348/5 9360/16
asserted [1]  9251/4
assertion [1]  9240/23
assessment [40]  9255/23 9256/1
9256/16 9256/19 9256/25 9257/3
9257/4 9257/12 9257/16 9257/17
9257/21 9258/16 9258/23 9258/25
9259/23 9260/2 9260/6 9260/15
9261/20 9261/25 9301/16 9302/5
9302/13 9302/17 9309/6 9311/10

9311/16 9313/9 9319/17 9321/2
9320/7 9320/11 9327/20 9321/6
9321/24 9322/2 9322/3 9322/4 9322/7
9322/10
assessments [2]  9302/9 9334/17
asset [3]  9215/8 9233/21 9233/22
assets [2]  9233/22 9355/24
assign [2]  9273/14 9334/8
assigned [10]  9244/14 9257/23 9290/11
9292/14 9292/19 9293/4 9313/19
9333/4 9334/10 9349/19
assignment [1]  9230/18
assist [1]  9292/16
assistant [1]  9242/11
associated [10]  9228/7 9241/5 9241/9
9245/8 9262/5 9262/6 9262/10 9269/5
9307/22 9384/13
assume [5]  9327/2 9327/6 9328/9
9338/8 9338/10
assuming [2]  9376/6 9380/15
assurance [16]  9233/20 9301/18
9301/19 9302/12 9306/1 9307/13
9307/20 9307/23 9308/2 9308/7 9309/9
9310/17 9311/22 9327/18 9327/23
9335/3
Atlantis [1]  9264/24
atmosphere [1]  9287/20
attached [3]  9263/15 9323/4 9364/4
attachment [4]  9267/4 9363/23 9364/1
9364/10
attempt [3]  9331/19 9332/10 9346/12
attend [2]  9245/20 9245/24
attended [1]  9246/2
attention [3]  9296/15 9371/14 9375/4
attorney [3]  9218/7 9218/11 9360/1
audit [3]  9320/19 9320/20 9320/24
audits [2]  9320/12 9320/15
August [5]  9226/21 9227/1 9236/11
9326/11 9327/3
August 31st [2]  9326/11 9327/3
authority [18]  9295/20 9301/23 9326/21
9343/11 9344/6 9344/9 9344/10
9344/17 9344/23 9346/4 9347/25
9349/15 9352/9 9352/13 9352/17
9358/22 9364/18 9365/19
authorized [4]  9308/5 9312/1 9319/19
9352/8
authorizing [1]  9301/24
available [2]  9268/15 9325/5
Avenue [5]  9215/23 9217/10 9218/9
9219/3 9219/15
averaging [1]  9239/15
award [8]  9249/6 9249/17 9249/19
9249/20 9250/1 9250/4 9250/6 9250/7
aware [23]  9245/15 9266/10 9266/12
9275/7 9321/24 9322/2 9344/3 9345/1
9345/11 9345/14 9345/16 9345/19
9346/2 9346/5 9346/8 9355/3 9355/6
9357/7 9357/9 9357/15 9357/18
9368/24 9368/25
awareness [2]  9267/24 9268/5
away [5]  9248/5 9284/19 9285/2 9303/1
9376/2

B

bachelor [1]  9227/10
back [48]  9226/7 9232/9 9232/16
9245/7 9248/14 9250/18 9252/3 9255/1
9261/17 9262/17 9263/22 9263/25
9264/3 9264/6 9268/15 9275/15
9276/22 9276/24 9277/10 9277/11
9280/19 9283/22 9284/4 9284/11
9285/7 9285/9 9286/2 9286/3 9286/10

9286/10 9287/4 9289/20 9290/14
9286/16 9287/8 9299/22 9308/12 9308/6
9308/10 9309/23 9313/18 9336/25
9342/23 9350/8 9350/21 9352/2
9367/12 9384/22 9387/5
background [3]  9226/12 9227/8 9335/21
bad [1]  9297/22
bag [2]  9274/1 9274/2
Baker [2]  9356/22 9356/24
Bakersfield [1]  9229/14
balance [1]  9357/6
Bankston [9]  9291/1 9291/1 9291/3
9291/18 9291/19 9370/12 9375/24
9376/13 9376/16
BARBIER [2]  9215/15 9349/5
Barbier's [1]  9353/21
barely [1]  9352/24
barrels [4]  9377/23 9378/12 9378/19
9378/24
barriers [1]  9338/24
base [2]  9234/6 9234/23
based [19]  9228/7 9250/11 9252/5
9262/2 9265/12 9319/17 9335/12
9336/13 9337/6 9347/2 9348/1 9348/9
9357/7 9361/17 9362/7 9377/17
9377/18 9382/11 9383/20
basically [8]  9232/25 9235/14 9251/21
9258/19 9281/25 9315/2 9350/8 9353/7
basics [2]  9335/11 9336/11
basis [7]  9241/16 9241/19 9247/1
9270/8 9320/24 9334/19 9361/8
Bates [1]  9385/11
Baton [2]  9216/23 9218/13
bay [1]  9275/16
be [87]  9237/19 9237/20 9239/9 9240/1
9240/12 9242/25 9245/15 9247/14
9247/19 9248/9 9250/3 9254/17
9254/22 9254/23 9256/10 9260/14
9264/3 9264/5 9265/23 9266/10
9268/21 9271/18 9271/19 9271/19
9271/21 9272/1 9274/3 9275/7 9277/3
9277/5 9278/24 9283/10 9284/20
9287/24 9291/9 9293/25 9295/9
9297/22 9298/3 9299/22 9301/25
9302/9 9304/19 9307/19 9308/2 9311/8
9311/9 9312/17 9313/6 9314/7 9315/4
9317/6 9319/17 9319/18 9319/19
9320/15 9327/8 9328/6 9330/14
9333/23 9334/3 9337/2 9338/19
9341/13 9341/15 9342/3 9343/22
9344/3 9346/25 9347/15 9347/17
9349/20 9351/11 9355/14 9356/2
9356/14 9359/11 9359/15 9359/4
9375/18 9380/22 9380/22 9380/24
9382/7 9382/9 9382/10 9386/23
Bea [4]  9240/24 9257/8 9270/14 9272/8
Bea's [2]  9270/21 9270/21
Beach [1]  9216/10
beat [2]  9331/5 9331/6
beautiful [1]  9337/23
became [1]  9236/22
because [29]  9247/17 9247/19 9255/11
9265/11 9265/20 9268/3 9268/17
9271/16 9273/11 9274/6 9279/16
9287/5 9288/6 9289/9 9292/3 9297/23
9298/21 9313/7 9313/8 9316/13
9322/10 9329/2 9347/3 9354/24
9358/25 9359/19 9360/23 9363/15
9382/17
been [75]  9225/9 9229/15 9240/18
9243/5 9248/8 9249/18 9249/25
9250/6 9250/16 9250/21 9251/2 9251/4
9252/24 9253/2 9253/21 9256/1 9261/3

been... [58] 9263/8 9265/3 9265/12
9268/21 9270/13 9271/15 9282/12
9282/13 9282/14 9287/1 9289/13
9292/4 9295/25 9298/5 9298/7 9298/11
9298/13 9298/15 9298/21 9299/11
9300/14 9300/16 9301/6 9302/7
9302/14 9305/6 9305/16 9305/21
9306/12 9311/16 9311/17 9312/6
9312/13 9313/9 9313/10 9313/10
9314/9 9314/9 9315/22 9316/23
9318/13 9322/7 9322/10 9326/14
9329/1 9335/1 9339/4 9340/17 9342/15
9349/19 9350/11 9354/18 9356/13
9364/6 9366/22 9368/6 9373/14
9383/17
before [33] 9215/15 9226/11 9242/9
9245/17 9245/17 9260/5 9265/23
9271/9 9274/8 9277/15 9278/9 9285/5
9288/10 9288/18 9288/20 9298/16
9299/13 9299/13 9309/13 9326/13
9327/25 9329/2 9330/24 9338/9 9338/9
9338/9 9359/1 9361/15 9365/12
9365/17 9366/23 9378/19 9382/9
beforehand [1] 9365/17
began [3] 9264/13 9311/20 9370/1
behalf [6] 9224/2 9224/12 9225/19
9228/11 9293/19 9346/4
behavior [1] 9374/7
behaviors [1] 9291/6
behind [2] 9293/23 9371/8
being [32] 9230/7 9233/19 9233/19
9234/9 9239/15 9239/17 9241/16
9243/25 9246/8 9248/22 9250/19
9258/3 9259/23 9261/22 9271/14
9272/2 9272/9 9278/2 9288/5 9296/13
9309/9 9320/16 9320/24 9323/17
9323/25 9324/2 9327/1 9341/21
9370/21 9372/9 9376/10 9382/20
believe [57] 9223/15 9239/20 9240/12
9255/21 9260/22 9264/23 9270/8
9271/8 9273/12 9277/4 9277/25
9280/14 9280/20 9284/6 9289/13
9291/20 9293/24 9294/19 9295/3
9295/9 9295/15 9305/19 9307/12
9307/12 9308/4 9308/5 9309/23
9309/25 9310/16 9312/8 9312/15
9315/20 9321/10 9322/4 9324/21
9325/25 9327/12 9332/12 9335/19
9338/21 9339/6 9340/15 9345/10
9350/10 9350/14 9359/1 9359/17
9365/24 9369/14 9371/4 9374/25
9377/1 9382/20 9383/10 9384/22
9386/6 9386/11
believed [1] 9279/5
below [3] 9273/8 9280/14 9288/4
Ben [1] 9218/5
benefits [3] 9250/19 9295/5 9295/9
best [35] 9232/7 9232/8 9232/24
9232/25 9233/4 9233/8 9252/23 9265/3
9302/6 9302/6 9302/8 9302/13 9302/14
9305/15 9305/21 9305/25 9306/13
9306/24 9307/3 9307/10 9307/15
9307/18 9307/19 9307/21 9307/22
9309/7 9311/18 9320/13 9336/21
9338/17 9352/14 9360/24 9361/2
9368/20 9387/12
better [3] 9226/4 9265/13 9326/5
between [31] 9248/6 9248/12 9248/17
9268/8 9268/20 9279/9 9284/13
9288/13 9306/4 9315/16 9328/2
9335/23 9341/1 9341/13 9342/14

9349/7 9351/12 9351/17 9351/17
9360/2 9370/3 9370/22 9370/22
9370/22 9372/16 9373/3 9373/9
9373/12 9379/17 9385/14
Beyond [25] 9232/7 9232/8 9232/24
9233/4 9233/8 9252/23 9302/6 9302/6
9302/7 9302/13 9302/14 9305/15
9305/21 9306/13 9306/24 9307/3
9307/10 9307/15 9307/18 9307/19
9307/21 9307/22 9309/7 9311/17
9338/17
big [4] 9258/11 9283/7 9346/19 9351/4
bigger [1] 9334/13
biggest [2] 9334/6 9384/12
bit [16] 9224/20 9226/7 9226/12 9227/1
9228/12 9271/4 9271/5 9271/13
9275/16 9275/20 9277/15 9281/5
9282/8 9282/13 9288/16 9297/16
blackboard [2] 9299/20 9299/21
bladder [12] 9331/20 9332/2 9332/10
9332/19 9333/7 9335/13 9336/14
9337/7 9343/18 9379/11 9379/14
9381/7
blame [1] 9268/11
Bldg [1] 9217/10
bled [1] 9378/13
bleed [2] 9378/12 9378/24
bleeding [1] 9283/20
blew [1] 9338/9
blind [3] 9375/21 9377/9 9377/11
block [1] 9378/11
Blow [1] 9378/19
blowout [12] 9241/6 9241/24 9262/7
9262/10 9288/22 9293/22 9338/22
9357/14 9358/6 9384/3 9384/4 9384/14
Bly [2] 9374/11 9375/6
board [1] 9331/16
boarded [1] 9290/20
boat [10] 9283/1 9283/3 9284/18
9284/23 9285/1 9285/5 9285/10
9290/19 9290/23 9291/3
boats [4] 9285/6 9286/1 9288/5 9290/9
9331/15 9335/19
book [1] 9337/24
bookshelf [1] 9228/21
boost [1] 9377/16
BOP [19] 9263/18 9263/23 9280/18
9285/6 9286/10 9286/17 9287/6
9287/15 9287/18 9289/6 9289/12
9289/17 9289/19 9289/24 9375/16
9375/17 9375/20 9378/20 9378/22
BOPs [1] 9384/10
boss [3] 9227/3 9349/13 9353/23
both [11] 9243/13 9262/4 9305/22
9318/1 9324/3 9324/5 9351/1 9353/25
9354/24 9363/12 9383/21
bottom [6] 9309/14 9325/13 9331/10
9338/10 9352/24 9379/5
Boulevard [1] 9217/3
Bounds [1] 9216/2
Bourgoyne [12] 9227/20 9227/22
9227/23 9227/24 9228/1 9228/4 9228/8
9228/15 9228/24 9229/1 9229/4 9229/8
Bourgoyne's [1] 9228/17
BOWMAN [1] 9220/3
box [7] 9215/20 9217/10 9217/16
9217/22 9218/13 9219/19 9267/22
BP [148] 9215/10 9218/18 9218/19
9218/20 9218/21 9218/22 9218/23
9219/2 9219/3 9219/4 9224/12 9225/19
9225/22 9226/20 9226/22 9227/3
9231/12 9231/14 9231/15 9231/17

9232/9 9232/17 9232/18 9233/3 9233/6
9239/7 9239/11 9239/12 9239/16
9239/14 9244/3 9244/15 9247/4 9248/6
9248/17 9248/23 9249/3 9249/7
9249/25 9250/3 9251/5 9251/11
9251/19 9252/11 9252/18 9252/24
9253/10 9254/8 9255/5 9255/5 9255/9
9255/10 9255/11 9257/8 9265/4
9269/14 9269/22 9269/24 9270/14
9270/16 9274/8 9296/19 9298/23
9298/25 9299/8 9300/11 9300/13
9300/19 9300/20 9300/25 9301/1
9301/16 9301/18 9304/19 9306/23
9307/10 9307/17 9311/10 9311/22
9314/19 9317/5 9317/25 9317/25
9318/6 9318/15 9318/18 9318/25
9319/4 9319/15 9319/16 9320/7
9320/13 9323/21 9324/3 9324/5 9327/1
9328/2 9328/8 9328/11 9331/19 9332/5
9333/15 9333/17 9335/8 9335/9
9335/23 9336/7 9338/1 9338/16 9339/2
9339/9 9340/7 9340/8 9341/7 9341/7
9341/8 9343/11 9344/24 9345/3 9346/4
9347/24 9347/24 9352/8 9352/17
9353/25 9354/24 9358/5 9359/9
9359/14 9360/4 9360/18 9361/3
9361/17 9366/21 9368/8 9372/7
9372/10 9375/17 9375/17 9376/14
9380/17 9380/20 9381/2 9381/4
9381/17 9385/4 9385/15 9385/14
BP engineers [1] 9252/11
BP headquarters [1] 9347/24
BP management [1] 9335/8
BP works [1] 9254/8
BP's [25] 9224/16 9225/1 9240/18
9240/21 9252/3 9252/4 9252/15 9272/8
9272/11 9299/2 9318/20 9318/21
9329/4 9340/21 9343/3 9354/18
9358/19 9360/1 9360/24 9371/20
9372/3 9380/10 9382/1 9385/7 9386/2
BP's operating [1] 9252/15
BP-owned [7] 9255/5 9255/9 9298/25
9299/8 9300/13 9300/20 9301/1
BP/Transocean [1] 9328/11
bpRAT [1] 9306/1
BRAD [3] 9219/14 9222/8 9360/14
Branch [3] 9217/9 9217/19 9218/3
breadth [1] 9340/10
Breit [2] 9216/8 9216/9
Brennan [1] 9219/9
Brett [2] 9339/25 9340/1
BRIAN [4] 9219/14 9222/8 9360/14
9381/24
bridge [46] 9278/8 9279/15 9279/18
9279/19 9279/21 9280/4 9280/7
9280/12 9280/13 9280/16 9280/17
9281/4 9281/23 9282/7 9282/10
9282/23 9282/25 9283/11 9283/16
9283/17 9284/1 9284/2 9284/3 9285/16
9286/19 9286/25 9287/10 9287/21
9287/23 9287/25 9288/2 9288/3
9289/21 9298/7 9306/4 9328/22 9368/3
9368/12 9369/1 9369/8 9371/3 9372/7
9372/12 9372/22 9373/22 9374/2
bridged [5] 9252/3 9298/15 9298/21
9329/12 9358/19
bridging [38] 9251/21 9251/24 9254/18
9254/25 9314/22 9314/25 9315/6
9315/9 9315/20 9316/4 9323/20
9324/13 9324/16 9325/11 9325/18
9325/24 9327/8 9327/17 9327/21
9328/24 9329/2 9329/3 9329/9 9329/10
9329/16 9329/22 9330/3 9330/4 9330/6

**B**

bridging... [9] 9358/18 9359/7 9359/21 9359/23 9359/24 9359/25 9360/1 9360/4 9385/1
briefcase [1] 9292/4
briefing [1] 9366/1
briefly [4] 9243/20 9252/19 9252/22 9376/14
bring [4] 9245/9 9352/19 9355/9 9358/15
broader [1] 9300/21
BROCK [1] 9219/3
broke [1] 9279/13
brought [2] 9233/1 9349/3
BRUCE [1] 9220/3
BTB [2] 9305/15 9307/21
bucks [2] 9342/4 9342/14
Buddy [6] 9266/1 9275/11 9277/25 9278/22 9279/20 9282/8
budget [7] 9342/8 9342/10 9342/11 9342/13 9342/20 9343/4 9343/10
budgets [1] 9231/23
building [2] 9339/1 9339/4
built [1] 9236/6
bundle [1] 9316/5
burgers [1] 9343/8
Burling [1] 9219/2
burned [1] 9292/5
business [21] 9233/20 9235/3 9235/6 9236/6 9236/24 9237/4 9238/4 9238/23 9242/24 9243/2 9245/13 9248/11 9261/15 9261/18 9268/2 9270/9 9304/20 9314/6 9314/10 9328/15 9367/22
businesses [2] 9234/2 9236/3
button [3] 9287/6 9289/15 9373/15
button's [1] 9289/20

**C**

C's [1] 9303/17
C.12.2 [1] 9260/5
C.3.1 [1] 9258/6
C.9.2 [1] 9260/4
C.9.T [1] 9260/18
calculated [1] 9377/24
CALDWELL [3] 9218/12 9242/9 9242/10
California [4] 9217/11 9219/16 9229/14 9230/15
call [19] 9233/2 9236/13 9266/8 9273/12 9277/22 9281/14 9287/9 9341/6 9350/8 9350/13 9350/15 9350/16 9350/17 9351/3 9352/2 9363/2 9374/8 9379/17 9381/11
called [14] 9274/16 9276/7 9284/22 9285/9 9314/22 9332/19 9334/18 9335/13 9337/7 9345/18 9350/3 9350/14 9351/23 9363/23
calling [2] 9285/5 9337/19
calls [3] 9233/11 9266/25 9371/16
calm [3] 9374/7 9374/8 9374/13
came [19] 9231/2 9231/3 9249/2 9259/9 9263/16 9264/5 9265/22 9277/10 9280/13 9280/14 9283/19 9284/10 9284/21 9285/9 9286/12 9290/20 9298/17 9336/1 9367/12
Camp [1] 9218/16
campaign [2] 9278/11 9278/19
can [86] 9225/1 9226/22 9227/8 9229/8 9230/16 9231/14 9237/25 9238/5 9247/13 9248/1 9248/23 9249/10 9250/24 9251/9 9251/15 9252/7 9252/19 9254/19 9255/1 9255/7 9256/4

center [5] 9292/8 9292/13 9332/24
CEO [1] 9243/6
CERNICH [1] 9217/14
certainly [16] 9228/23 9233/15 9241/25 9247/19 9248/4 9248/9 9249/2 9263/21 9264/4 9265/3 9272/23 9279/20 9369/20 9370/22 9379/13 9384/21
CERTIFICATE [1] 9387/10
certify [1] 9387/12
chain [1] 9344/25
chair [5] 9280/20 9280/21 9283/20 9369/12 9371/6
CHAKERES [1] 9217/16
challenged [1] 9340/4
challenging [2] 9333/14 9334/13
chance [2] 9308/19 9323/10
CHANG [1] 9217/15
change [2] 9255/14 9346/8
changed [4] 9268/25 9274/5 9326/21 9326/22
changes [3] 9247/11 9326/23 9328/19
chaos [1] 9365/14
charge [3] 9238/19 9275/24 9358/25
chart [8] 9253/7 9275/2 9324/20 9324/20 9325/3 9352/25 9363/3 9369/8
charters [1] 9375/17
chase [1] 9331/23
check [1] 9274/13
cheeseburgers [1] 9343/9
Chicago [1] 9218/24
chief [3] 9243/6 9256/22 9317/5
children's [1] 9337/24
chip [1] 9276/15
choke [4] 9377/17 9378/9 9378/22 9378/24
chose [1] 9265/14
Chris [1] 9232/19
cinema [1] 9273/13
circle [3] 9338/2 9341/2 9341/3
circulated [8] 9222/10 9222/21 9223/6 9223/8 9224/4 9224/14 9224/18 9377/25
citing [1] 9251/5
Civil [2] 9217/9 9217/19
claim [1] 9338/18
claimed [1] 9338/16
clarify [1] 9367/6
cleaned [1] 9277/20
clear [5] 9240/12 9301/25 9348/7 9364/14 9367/21
clearly [1] 9243/25
CLERK [1] 9225/11
climb [2] 9291/2 9291/3
CLINGMAN [1] 9219/10
clip [1] 9297/4
close [7] 9251/24 9288/5 9299/6 9321/3 9329/7 9349/5 9377/9
closed [20] 9257/9 9257/20 9257/24 9258/2 9259/17 9259/18 9259/19 9260/13 9260/14 9260/24 9261/5 9261/10 9283/4 9284/10 9284/21 9378/1 9378/13 9378/18 9378/20 9378/22
closer [2] 9226/3 9337/11
Closes [1] 9378/17
closing [2] 9259/16 9261/2
closure [2] 9259/24 9378/19
closures [1] 9255/16
clothes [1] 9274/6
clue [2] 9332/17 9332/17
Coast [1] 9230/8
Cocales [4] 9339/21 9339/23 9339/25

9256/17 9257/5 9258/6 9258/14 9260/4 9260/7 9261/9 9261/21 9262/16 9263/18 9266/19 9267/4 9267/15 9273/5 9277/16 9279/23 9280/11 9281/5 9294/22 9295/16 9297/25 9299/24 9300/9 9301/9 9302/18 9303/15 9307/6 9307/7 9308/22 9310/10 9314/14 9316/20 9321/17 9322/15 9322/18 9332/15 9333/15 9333/16 9333/25 9334/2 9334/5 9337/10 9337/10 9337/25 9338/8 9338/10 9341/10 9342/3 9342/21 9344/6 9350/8 9350/15 9352/19 9352/24 9352/25 9353/21 9354/12 9355/9 9355/14 9355/22 9358/15 9359/13 9381/5 9382/13 9385/9
can't [26] 9247/10 9279/19 9280/19 9280/21 9285/23 9287/6 9287/24 9288/24 9291/9 9308/10 9312/2 9313/20 9326/17 9326/18 9327/7 9333/16 9335/17 9335/20 9335/24 9336/12 9336/18 9337/5 9343/22 9377/10 9377/20 9377/21
Canada [2] 9231/20 9234/3
cannot [1] 9335/17
capabilities [1] 9333/14
capability [6] 9237/7 9238/3 9334/9 9334/16 9334/17 9334/19
capable [2] 9335/4 9335/20
capital [1] 9231/23
captain [32] 9273/10 9280/15 9281/14 9282/22 9283/18 9283/23 9284/6 9284/10 9284/17 9284/21 9285/9 9286/11 9286/12 9286/16 9287/14 9287/17 9287/19 9287/25 9288/7 9288/18 9288/19 9289/14 9290/4 9291/6 9370/7 9373/4 9373/12 9374/12 9375/12 9376/1 9376/4
Captain Kuchta [17] 9280/15 9284/17 9284/21 9285/9 9286/11 9286/12 9286/16 9287/14 9287/18 9287/19 9287/23 9288/1 9288/20 9289/5 9289/14 9290/4 9291/6
Captain/OIM [1] 9375/12
care [3] 9361/25 9386/15 9386/16
cared [3] 9248/24 9248/25 9267/22
career [10] 9226/24 9228/20 9230/4 9230/16 9231/14 9233/19 9234/20 9334/11 9351/20 9351/21
cares [1] 9354/24
CARL [11] 9215/15 9300/9 9324/9 9350/21 9352/19 9353/5 9354/12 9355/19 9356/2 9358/15 9359/4
Carondelet [1] 9216/13
CARRIE [1] 9218/22
carried [2] 9318/19 9385/6
carry [2] 9318/18 9385/5
case [19] 9225/1 9240/18 9240/24 9251/3 9263/8 9270/13 9273/15 9292/23 9299/12 9315/18 9333/23 9345/1 9345/2 9346/3 9346/5 9355/1 9362/22 9368/6 9380/16
casing [16] 9241/11 9241/12 9241/18 9241/18 9253/16 9262/19 9262/20 9262/24 9263/3 9263/11 9263/12 9264/8 9274/24 9377/9 9384/8 9384/8
category [1] 9249/20
caught [1] 9292/1
causes [1] 9378/17
cavity [1] 9263/18
cell [1] 9350/17
cemented [1] 9274/24
cementing [1] 9253/15

C
Cocales... [1] 9340/1
collaboration [1] 9380/5
collaborative [1] 9303/9
colleagues [1] 9362/4
collectively [2] 9244/11 9245/10
Colorado [1] 9226/15
colors [1] 9337/25
column [1] 9259/17
columns [1] 9258/18
combination [1] 9304/9
combine [1] 9346/6
come [8] 9226/7 9261/17 9263/22
9263/25 9320/24 9336/1 9348/2 9387/5
comes [1] 9347/10
coming [5] 9264/3 9283/17 9286/19
9287/23 9288/6
command [2] 9332/23 9344/25
commends [1] 9249/21
comment [1] 9355/13
comments [3] 9259/10 9259/13 9295/22
commercial [2] 9218/3 9230/19
Commission [1] 9365/23
commitment [3] 9244/7 9264/19 9361/6
Committee [1] 9293/20
common [9] 9231/21 9232/3 9232/5
9233/4 9252/24 9298/10 9302/13
9305/19 9309/8
communicate [1] 9341/9
communication [3] 9268/19 9279/9
9351/17
communications [2] 9269/1 9351/12
companies [5] 9232/17 9232/22 9233/1
9234/11 9249/21
company [33] 9218/20 9218/23 9219/4
9226/14 9226/25 9229/13 9230/8
9232/15 9232/16 9233/1 9234/6
9234/17 9253/2 9254/16 9274/8
9274/14 9274/16 9274/20 9275/9
9277/21 9278/18 9298/6 9298/13
9307/14 9323/13 9342/4 9350/1 9350/5
9351/2 9366/9 9368/8 9376/14 9380/17
company's [1] 9385/24
compare [1] 9251/20
compared [1] 9299/1
comparing [3] 9251/22 9327/16 9329/4
comparison [2] 9236/16 9343/8
competitors [1] 9295/25
COMPLAINT [1] 9215/7
complete [11] 9241/4 9251/6 9269/14
9270/15 9272/9 9272/12 9297/21
9298/18 9304/8 9308/19 9319/16
completed [3] 9239/16 9274/25 9297/22
completely [1] 9262/11
completing [1] 9277/1
completion [5] 9234/25 9253/10 9262/9
9296/21 9384/18
completions [35] 9225/23 9226/8
9226/19 9227/6 9232/12 9233/8 9234/1
9234/5 9234/10 9234/14 9234/23
9235/1 9235/20 9236/17 9236/22
9238/1 9238/4 9239/12 9239/19
9240/21 9245/20 9249/6 9251/16
9253/24 9255/17 9255/25 9256/18
9257/11 9262/3 9302/2 9357/11
9357/21 9379/21 9382/1 9386/5
complex [1] 9304/9
comprehensive [1] 9335/6
computer [2] 9220/17 9369/12
computer-aided [1] 9220/17
concern [2] 9267/21 9269/14
concerns [20] 9237/18 9240/13 9240/14

9244/5 9245/15 9245/21 9246/4 9246/7
9246/16 9247/17 9269/3 9269/11
9269/5 9269/17 9270/12 9271/20
9275/6 9278/5 9312/11
concluded [1] 9263/10
conclusion [1] 9263/24
conclusions [1] 9336/1
condition [1] 9263/11
conditions [1] 9281/25
conduct [9] 9249/21 9250/12 9255/23
9352/8 9352/10 9378/1 9379/23 9382/2
9382/6
conducted [6] 9254/17 9315/4 9320/19
9345/5 9352/6 9382/13
conducting [4] 9225/19 9247/5 9367/13
9381/21
conference [6] 9278/16 9362/2 9366/25
9367/5 9367/9 9368/7
configured [1] 9375/18
confirm [2] 9320/13 9357/8
conflict [2] 9268/8 9385/24
conform [1] 9302/24
conformance [9] 9258/21 9258/25
9259/3 9259/7 9259/8 9259/9 9260/13
9260/21 9261/8
confusion [1] 9297/23
congregated [1] 9276/21
connection [9] 9223/4 9223/5 9240/15
9247/5 9259/23 9260/7 9261/20
9292/20 9371/23
connections [1] 9275/18
CONRAD [1] 9216/15
conscious [1] 9313/7
consistent [16] 9252/4 9254/16 9254/24
9295/10 9299/7 9303/3 9303/12
9315/10 9315/12 9318/6 9318/20
9352/15 9371/20 9376/6 9385/7 9386/1
console [1] 9281/6
consultation [1] 9319/21
contact [3] 9368/12 9371/22 9372/4
contacted [1] 9368/21
contain [1] 9305/22
contained [2] 9345/4 9345/8
content [1] 9326/23
context [10] 9238/8 9308/19 9310/9
9310/14 9331/9 9331/14 9331/18
9337/10 9348/13 9356/24
continually [2] 9261/14 9261/18
continue [5] 9245/3 9246/14 9254/4
9310/11 9380/17
continued [3] 9232/10 9242/5 9242/6
continues [1] 9311/3
continuing [1] 9318/9
continuous [3] 9261/12 9261/15 9261/19
continuously [1] 9369/1
contract [13] 9244/4 9318/19 9318/24
9318/25 9319/1 9319/10 9328/2 9328/3
9328/4 9385/6 9385/13 9385/16
9385/21
contractor [25] 9244/15 9244/17
9248/18 9248/24 9249/4 9251/17
9254/12 9265/22 9268/9 9297/20
9298/19 9298/24 9300/12 9300/23
9301/1 9314/20 9318/15 9320/8
9323/12 9323/21 9380/5 9382/5 9385/4
9385/16 9385/22
contractor's [14] 9251/20 9252/1 9252/2
9252/2 9255/12 9314/21 9315/7
9315/11 9319/5 9319/7 9320/1 9329/5
9385/24 9385/25
contractor-owned [7] 9251/17 9297/20
9298/19 9298/24 9301/1 9314/20
9320/8

contractor-rigs [1] 9300/12
contractors [10] 9245/21 9253/5
9254/23 9270/6 9317/18 9318/10
9324/3 9324/6 9360/18 9384/9 9384/24
9386/2
contrary [1] 9347/5
contributors [1] 9267/20
control [14] 9228/6 9241/22 9254/21
9312/14 9317/6 9371/17 9371/24
9372/1 9372/5 9372/7 9372/8 9372/9
9384/10 9385/25
controls [1] 9281/9
conversation [19] 9276/10 9276/14
9276/17 9276/19 9278/25 9279/13
9284/18 9335/19 9349/21 9361/20
9361/22 9362/5 9366/20 9368/7
9368/13 9368/15 9368/17 9368/22
9373/3
conversations [4] 9281/17 9335/1
9335/22 9335/25
conveyed [1] 9323/17
convince [1] 9379/14
coordination [1] 9257/19
coordinator [2] 9257/18 9257/25
copy [3] 9249/13 9258/12 9258/13
cordoned [3] 9275/22 9275/23 9367/18
COREY [2] 9218/8 9348/21
corner [3] 9352/24 9370/8 9376/25
corners [1] 9269/22
corporate [5] 9216/16 9333/17 9341/7
9344/5 9346/3
correct [163] 9225/12 9229/17 9230/3
9232/4 9238/20 9242/19 9247/2
9256/14 9260/22 9264/10 9264/14
9291/23 9294/1 9294/4 9294/5 9294/7
9294/8 9294/14 9294/18 9295/3
9295/14 9295/15 9295/22 9296/25
9297/3 9297/6 9297/9 9297/11 9297/13
9298/4 9300/20 9301/1 9301/13
9301/19 9301/20 9301/23 9302/3
9303/13 9305/7 9306/2 9306/5 9306/8
9306/16 9306/19 9307/21 9308/3
9308/9 9311/24 9312/17 9312/20
9313/3 9314/23 9318/16 9319/10
9319/13 9320/2 9320/3 9320/5 9320/9
9320/19 9320/25 9321/5 9321/9
9321/16 9321/19 9321/20 9321/22
9322/5 9322/12 9325/7 9325/25 9326/6
9326/10 9326/11 9327/4 9327/11
9327/12 9327/15 9327/21 9328/20
9328/23 9329/14 9331/16 9331/20
9332/2 9335/14 9336/15 9337/7 9338/6
9339/11 9340/13 9340/15 9341/19
9341/22 9343/5 9343/13 9343/21
9344/18 9344/24 9348/25 9349/11
9349/13 9349/14 9350/1 9350/2 9350/4
9350/9 9350/12 9350/24 9351/9
9351/20 9352/2 9352/9 9352/14 9353/8
9353/16 9353/19 9354/8 9354/11
9354/16 9354/22 9357/12 9358/7
9358/10 9358/20 9358/23 9358/25
9359/22 9360/2 9363/5 9363/8 9363/13
9363/14 9363/17 9364/18 9366/10
9366/18 9366/19 9367/14 9369/3
9369/4 9369/10 9369/14 9370/3
9370/10 9370/12 9370/13 9370/16
9370/17 9371/3 9371/8 9372/5 9372/17
9372/20 9373/1 9373/2 9373/6 9373/7
9373/23 9375/19 9375/24 9381/3
9387/12
corrected [1] 9223/18
correcting [1] 9223/18
correctly [9] 9278/22 9295/19 9346/23

**C**

correctly... [6] 9347/7 9350/14 9355/25
9358/2 9365/2 9374/25
Corser [2] 9375/11 9375/13
cost [3] 9272/17 9272/21 9272/24
costing [1] 9272/17
costs [1] 9246/8
could [59] 9235/15 9243/20 9245/21
9264/21 9266/9 9271/23 9271/24
9271/25 9272/1 9281/11 9281/12
9281/13 9281/25 9282/25 9283/2
9283/5 9283/7 9283/13 9284/7 9284/22
9285/15 9285/16 9285/23 9285/25
9286/2 9286/16 9286/3 9286/5 9286/8
9287/14 9288/3 9288/5 9289/5 9289/22
9289/23 9297/18 9302/12 9304/7
9308/24 9310/25 9323/5 9324/18
9331/10 9331/22 9331/23 9333/9
9337/16 9337/16 9338/25 9346/6
9346/14 9349/17 9350/21 9355/21
9371/13 9371/13 9375/1 9378/6 9383/7
couldn't [9] 9271/23 9286/13 9286/20
9287/15 9335/10 9335/11 9371/5
9372/13 9375/5
counsel [4] 9324/21 9330/24 9337/21
9363/3
counsel's [1] 9337/20
counted [2] 9332/12 9332/14
counterpart [1] 9265/21
couple [18] 9231/17 9234/4 9239/14
9243/16 9248/8 9260/1 9270/9 9271/10
9275/13 9280/16 9284/4 9284/5 9292/7
9292/8 9308/18 9333/10 9340/17
9375/15
course [3] 9283/9 9296/9 9314/4
court [17] 9215/1 9220/12 9224/15
9226/22 9227/9 9228/11 9243/20
9251/15 9255/7 9301/25 9307/2
9324/12 9330/13 9336/24 9387/11
9387/11 9387/16
coveralls [2] 9274/6 9277/20
Covington [1] 9219/2
created [3] 9232/24 9236/1 9258/16
creating [1] 9365/14
crew [10] 9285/4 9361/6 9366/1
9366/22 9371/16 9371/22 9372/4
9379/13 9380/25 9382/12
crews [1] 9266/13
crisis [4] 9292/7 9292/13 9292/16
9333/3
critical [2] 9268/20 9333/22
cross [10] 9222/11 9293/14 9293/19
9299/14 9330/18 9330/22 9348/22
9348/23 9360/10 9360/15
cross-examination [10] 9222/11 9293/14
9293/19 9299/14 9330/18 9330/22
9348/22 9348/23 9360/10 9360/15
crying [1] 9290/21
crystal [1] 9364/14
culture [1] 9268/11
Cunningham [3] 9216/2 9216/3 9223/17
curious [1] 9321/13
current [1] 9281/10
currently [2] 9226/13 9227/5
currents [1] 9282/1
Curt [1] 9273/9
Curtis [11] 9326/22 9353/8 9353/17
9354/3 9354/15 9355/1 9355/3 9355/9
9355/16 9358/3 9358/23
Curtis Jackson [5] 9353/8 9354/3
9354/15 9355/3 9358/23
Curtis Jackson's [2] 9355/1 9355/16

Curtis' [1] 9384/15
custom [1] 9282/22
cut [4] 9262/24 9307/14 9331/23 9349/2
cutting [1] 9269/22
CV [2] 9215/7 9215/9
cycle [1] 9261/15

**D**

D-3175.1.1 [2] 9250/24 9255/1
D-3280 [1] 9297/18
D-3618 [1] 9346/16
D-45 [1] 9256/5
D-4780 [1] 9362/25
D-4780.1 [1] 9238/6
D-47964.1.1 [1] 9266/20
D-4878-A [1] 9263/1
D-4943 [3] 9252/7 9324/18 9337/17
D-6710 [4] 9279/23 9369/5 9370/8
9370/25
D.C [4] 9217/17 9217/22 9218/6 9219/4
daily [2] 9241/19 9344/4
Dallas [1] 9220/5
Damon [9] 9291/1 9291/1 9291/3
9291/18 9291/19 9370/12 9375/24
9376/13 9376/16
Damon Bankston [1] 9291/1
danger [1] 9270/16
DANIEL [1] 9218/4
date [12] 9259/16 9294/2 9312/16
9316/25 9320/18 9321/8 9326/1
9326/11 9353/3 9353/3 9357/13
9357/14
dated [6] 9242/9 9249/13 9266/22
9302/2 9327/8 9363/21
dates [1] 9326/9
Daun [13] 9265/25 9275/10 9276/21
9277/18 9277/24 9278/12 9279/14
9279/19 9279/20 9282/5 9282/7
9290/20 9290/23
Dauphin [1] 9216/3
Dave [7] 9240/8 9240/10 9308/5
9314/11 9314/11 9349/19 9361/24
David [30] 9265/16 9266/8 9267/19
9274/22 9275/10 9277/25 9279/1
9279/10 9279/19 9279/21 9282/5
9282/9 9282/19 9283/25 9288/7 9290/1
9290/5 9290/20 9291/17 9295/19
9347/18 9349/13 9349/17 9361/13
9363/12 9365/5 9368/21 9371/11
9374/12 9375/3
David Sims [1] 9290/20 9363/12
Dawn [4] 9331/22 9331/23 9337/16
9346/14
day [26] 9215/14 9228/19 9228/21
9239/4 9239/4 9240/5 9240/5 9250/19
9269/20 9270/2 9271/8 9271/8 9274/5
9295/21 9314/6 9314/4 9314/10
9314/10 9342/4 9342/5 9343/9 9343/14
9343/14 9349/9 9349/9 9361/15
day-to-day [5] 9239/4 9240/5 9314/6
9314/10 9343/14
days [5] 9242/9 9248/8 9294/8 9365/12
9366/23
dead [1] 9331/6
deadline [3] 9271/7 9271/21 9294/15
deadly [1] 9333/23
DEANNA [1] 9217/15
December [4] 9255/21 9320/18 9327/7
9352/23
December 2009 [1] 9352/23
December 2010 [1] 9320/18
decide [2] 9298/23 9300/11
decided [4] 9346/5 9346/7 9346/7

9378/11
decision [3] 9238/13 9320/7
9343/22 9365/1 9375/20 9376/4
9376/11 9380/9
decisions [8] 9239/23 9240/1 9240/1
9240/5 9347/2 9348/1 9348/9 9365/13
deck [6] 9275/10 9277/10 9277/11
9285/25 9286/16 9290/8
dedicated [1] 9295/5
deemed [1] 9352/14
deeply [2] 9386/15 9386/16
deepwater [56] 9215/4 9219/7 9219/7
9219/10 9219/11 9219/14 9219/15
9219/19 9219/19 9219/23 9219/23
9226/10 9230/14 9231/7 9231/18
9231/19 9231/24 9232/1 9234/21
9235/3 9235/6 9235/10 9235/18 9236/3
9245/8 9248/14 9252/13 9252/16
9253/6 9253/12 9264/14 9264/16
9264/22 9265/2 9265/11 9267/13
9269/12 9269/13 9271/1 9271/11
9273/1 9280/9 9293/22 9330/4 9334/14
9338/2 9338/9 9338/19 9341/4 9351/16
9358/20 9359/10 9360/23 9361/7
9361/13 9361/15
Deepwater Horizon [5] 9252/13 9252/16
9273/1 9341/4 9361/15
defer [6] 9312/22 9312/24 9314/2
9316/10 9316/11 9316/13
deferring [1] 9319/4
define [1] 9333/13
defined [4] 9303/18 9304/14 9304/22
9324/6
defining [1] 9319/17
definition [5] 9303/18 9303/22 9304/2
9304/5 9304/17
deGravelles [2] 9216/21 9216/22
degree [3] 9227/10 9227/14 9259/2
delays [1] 9271/15
delegate [2] 9344/5 9344/17
delegated [6] 9343/11 9344/9 9344/10
9344/23 9346/3 9347/24
delegation [2] 9344/19 9348/8
DELEMARRE [1] 9217/20
deletion [1] 9328/19
deliver [5] 9238/3 9249/1 9249/1
9253/12 9296/4
delivered [1] 9267/18
delivering [1] 9248/11
delivery [2] 9244/13 9244/13
demonstrative [13] 9238/9 9251/2
9252/9 9254/5 9254/19 9280/2 9285/21
9299/11 9299/14 9324/15 9325/24
9329/11 9349/12
demonstratives [4] 9223/4 9223/15
9299/13 9337/20
Denver [1] 9226/15
Department [4] 9217/8 9217/12 9217/18
9218/2
depends [1] 9380/15
depict [1] 9338/8
depiction [1] 9339/6
depo [1] 9325/14
deposition [18] 9251/7 9300/18 9308/13
9316/5 9316/17 9321/8 9321/13
9345/10 9345/22 9348/25 9349/3
9353/5 9355/1 9355/10 9356/3
9362/13 9362/16 9362/22
depth [1] 9377/3
DEPUTY [1] 9225/11
derived [2] 9295/5 9295/9
describe [5] 9227/8 9243/20 9283/7
9287/20 9349/4

D

described [6]  9239/2 9284/8 9305/22
9317/18 9335/7 9336/14
description [1]  9348/2
design [10]  9239/4 9239/5 9239/7
9239/22 9240/1 9241/12 9241/18
9253/16 9253/16 9384/8
designated [2]  9233/12 9314/8
designing [2]  9232/10 9233/10
desks [1]  9281/22
despite [2]  9240/4 9366/7
detail [2]  9305/13 9366/7
details [1]  9326/21
detected [4]  9361/18 9361/21 9362/8
9362/17
determine [2]  9261/9 9336/12
determined [3]  9317/5 9362/7 9362/10
develop [3]  9233/4 9334/10 9334/21
developed [2]  9271/15 9306/16
developing [1]  9232/6
development [6]  9264/22 9268/5
9334/18 9334/20 9345/23 9359/24
deviate [1]  9319/15
deviation [1]  9319/13
Dexter [1]  9218/9
diagram [3]  9254/2 9280/19 9369/8
dialect [1]  9340/4
dictated [1]  9320/9
did [158]  9225/21 9226/16 9228/3
9228/5 9228/8 9228/25 9229/11
9230/10 9230/12 9230/24 9231/7
9231/8 9231/9 9233/2 9233/19 9234/14
9234/18 9235/9 9235/13 9235/19
9235/24 9236/7 9236/10 9236/20
9237/3 9237/21 9237/25 9238/21
9240/5 9241/15 9242/14 9242/14
9242/20 9245/2 9245/19 9245/24
9246/3 9246/7 9246/10 9246/25 9247/8
9248/21 9248/25 9250/12 9253/23
9255/25 9256/18 9256/25 9257/3
9258/25 9262/4 9262/19 9266/7
9266/25 9268/24 9269/4 9269/8
9269/10 9269/13 9269/16 9269/17
9269/21 9269/24 9270/2 9272/10
9272/14 9273/3 9273/5 9273/21
9273/23 9274/8 9274/10 9274/17
9275/8 9275/9 9275/14 9277/1 9277/16
9278/4 9278/8 9279/5 9280/11 9281/15
9281/16 9282/5 9284/8 9285/4 9285/5
9286/9 9288/20 9288/24 9289/5
9289/19 9291/5 9291/12 9291/18
9291/24 9292/16 9293/7 9298/8
9298/23 9299/1 9299/22 9300/11
9300/22 9301/4 9322/4 9324/21
9336/13 9338/20 9344/18 9344/18
9346/7 9347/7 9349/1 9349/12 9349/15
9349/23 9350/5 9350/7 9350/13
9351/21 9352/22 9354/9 9355/4
9355/25 9356/8 9356/9 9358/2 9358/9
9358/12 9358/12 9361/15 9361/16
9365/2 9365/5 9365/6 9365/11 9365/17
9365/18 9365/20 9366/2 9366/20
9367/11 9368/12 9368/16 9368/18
9368/22 9368/23 9370/15 9379/20
9379/22 9381/10 9381/12 9382/5
9383/13 9383/20 9386/6
didn't [42]  9263/24 9276/13 9283/10
9283/12 9294/12 9294/17 9306/10
9306/10 9307/21 9312/4 9321/21
9322/11 9324/25 9327/6 9327/6 9333/1
9333/8 9336/10 9336/11 9337/12
9338/13 9338/20 9338/24 9340/14
9340/20 9353/12 9361/19 9361/20
9362/25 9363/6 9365/21 9366/6
9367/25 9368/23 9370/6 9371/14
9372/23 9374/21 9375/4 9376/15
9376/18 9380/1
died [1]  9338/9
differ [1]  9365/1
different [32]  9227/4 9232/22 9232/25
9237/11 9250/15 9258/18 9260/20
9260/20 9261/21 9262/11 9264/11
9268/19 9272/7 9273/17 9281/6 9281/9
9281/25 9282/1 9282/1 9282/4 9300/12
9300/22 9312/3 9312/4 9327/16
9327/19 9328/14 9347/14 9350/15
9366/22 9382/23 9384/20
differential [1]  9368/14
differently [3]  9298/24 9300/25 9320/9
difficult [1]  9258/12
dinner [7]  9277/19 9277/24 9278/3
9278/10 9278/15 9292/10 9368/3
direct [8]  9225/15 9225/20 9242/25
9297/17 9300/17 9321/15 9321/19
9358/19
direction [2]  9305/23 9306/18
directly [3]  9314/19 9341/14 9354/6
director [13]  9237/6 9237/7 9246/22
9265/18 9334/15 9334/23 9353/8
9354/4 9354/16 9355/19 9358/5
9358/23 9382/25
disagree [1]  9342/16
discipline [1]  9296/18
disclose [1]  9299/12
disclosed [2]  9299/11 9299/22
disconnect [1]  9338/5
disconnects [1]  9315/16
discuss [2]  9243/16 9280/8
discussed [3]  9335/18 9336/1 9336/9
discussing [1]  9356/9 9383/12
discussion [3]  9250/17 9360/17 9373/9
Displaced [5]  9377/16 9377/17 9377/19
9377/21 9377/23
displacement [1]  9378/8
dispute [1]  9344/20
dissertation [1]  9228/6
distance [2]  9281/12 9349/7
distributed [2]  9312/23 9314/2
DISTRICT [5]  9215/1 9215/2 9215/15
9387/11 9387/11
division [3]  9217/9 9217/19 9230/8
divisions [1]  9268/13
do [199]
doc [1]  9325/11
dock [2]  9277/4 9278/23
Docket [3]  9215/4 9215/7 9215/9
doctorate [1]  9227/14
document [63]  9242/14 9242/15
9242/20 9251/21 9251/24 9253/6
9254/18 9254/25 9258/9 9301/13
9301/14 9301/24 9301/25 9302/4
9308/11 9310/16 9312/13 9312/14
9313/2 9313/14 9313/17 9314/22
9314/25 9315/6 9315/9 9315/20 9316/2
9316/4 9319/25 9324/11 9324/16
9325/18 9325/23 9325/24 9326/9
9326/17 9327/5 9327/8 9327/10
9327/17 9327/21 9328/22 9328/25
9329/4 9329/9 9329/10 9329/10
9329/16 9330/4 9330/6 9358/19 9359/7
9359/21 9359/23 9359/24 9360/1
9360/1 9360/3 9360/4 9360/17 9377/4
9379/10 9385/1
documenting [1]  9319/18
documents [8]  9315/7 9315/10 9320/4
9323/20 9324/13 9327/2 9329/23
9329/23
does [20]  9246/15 9247/15 9256/17
9256/19 9286/25 9301/11 9309/4
9311/7 9314/25 9315/1 9316/25 9319/5
9319/8 9326/2 9326/14 9328/24 9359/8
9364/25 9377/5 9377/8
doesn't [14]  9262/9 9310/5 9316/12
9316/14 9319/4 9319/6 9319/7 9319/9
9328/22 9347/25 9348/2 9375/18
9375/21 9380/19
doing [28]  9226/24 9231/2 9237/16
9237/19 9242/13 9242/21 9243/2
9243/17 9243/19 9243/21 9245/4
9246/17 9247/22 9248/2 9248/10
9266/14 9273/25 9274/8 9274/15
9277/3 9278/12 9282/6 9282/6 9367/16
9367/17 9368/1 9371/13 9371/14
Domengeaux [1]  9215/18
DON [4]  9218/19 9222/17 9376/14
9379/10
don't [90]  9223/14 9240/25 9247/12
9250/8 9251/12 9257/14 9268/3 9268/3
9278/1 9281/15 9283/19 9284/15
9284/16 9284/19 9286/23 9286/23
9286/25 9287/4 9290/18 9292/25
9294/2 9297/25 9301/5 9303/24
9307/12 9307/12 9307/14 9307/16
9308/15 9309/10 9313/2 9313/22
9313/24 9314/1 9314/13 9315/24
9319/25 9320/10 9321/1 9321/3
9321/10 9321/14 9324/23 9325/8
9325/9 9328/3 9329/15 9331/11 9333/7
9333/10 9333/12 9335/21 9335/25
9337/1 9337/8 9337/9 9338/5 9339/6
9341/4 9342/4 9342/10 9345/23
9345/24 9345/25 9347/16 9348/7
9352/4 9356/18 9357/22 9359/17
9365/21 9367/15 9368/23 9369/20
9370/20 9371/15 9371/18 9371/19
9372/1 9372/6 9373/15 9373/17 9374/6
9374/18 9375/3 9380/10 9380/23
9384/21 9384/25 9385/21
DONALD [2]  9220/3 9379/5
done [27]  9226/23 9241/12 9241/13
9244/10 9245/6 9245/7 9256/1 9257/12
9257/16 9257/18 9259/22 9261/13
9276/16 9278/24 9302/9 9302/17
9313/13 9315/18 9315/21 9320/20
9320/25 9321/21 9356/2 9359/11
9380/23 9382/20 9386/21
door [14]  9274/1 9280/13 9282/23
9282/25 9283/4 9283/17 9284/7
9284/10 9284/21 9288/8 9290/3 9307/8
9370/11 9370/24
doubt [2]  9382/12 9386/19
Doug [1]  9243/6
Doug Suttles [1]  9243/6
DOUGLAS [1]  9218/16
down [26]  9228/12 9257/5 9273/7
9274/2 9274/5 9274/22 9277/2 9283/9
9283/19 9284/7 9284/22 9288/6 9288/9
9290/23 9299/24 9300/9 9325/13
9331/24 9334/6 9338/23 9343/18
9344/25 9349/2 9377/15 9378/20
9382/22
downtime [2]  9296/20 9297/8
DOYEN [2]  9219/14 9224/19
DP [3]  9280/16 9282/2 9282/19
DPO [4]  9280/20 9280/23 9371/11
9372/13
Dr [1]  9227/23
Dr. [18]  9227/20 9227/22 9227/24

**D**

Dr.... [15]  9228/1 9228/4 9228/8
9228/15 9228/17 9228/24 9229/1
9229/4 9229/8 9240/24 9257/8 9270/21
9272/8 9330/20 9348/25
Dr. Bea [3]  9240/24 9257/8 9272/8
Dr. Bea's [1]  9270/21
Dr. Bourgoyne [10]  9227/22 9227/24
9228/1 9228/4 9228/8 9228/15 9228/24
9229/1 9229/4 9229/8
Dr. Bourgoyne's [1]  9228/17
Dr. O'Bryan [2]  9330/20 9348/25
Dr. Ted [1]  9227/20
draft [12]  9302/21 9303/17 9304/12
9305/11 9312/8 9312/10 9312/11
9313/5 9327/13 9327/22 9327/23
9347/17
drafted [1]  9347/18
drafting [1]  9232/14
drawing [1]  9339/9
Drescher [1]  9216/8
Dril [1]  9271/15
Dril-Quip [1]  9271/15
drill [19]  9231/5 9241/4 9241/8 9268/4
9271/12 9271/20 9292/19 9292/23
9293/6 9313/19 9372/4 9377/23 9378/8
9378/11 9378/12 9378/13 9378/17
9378/18 9378/18
drilled [4]  9239/16 9239/18 9262/22
9268/1
driller [2]  9264/22 9372/9
Driller III [1]  9264/22
driller's [1]  9276/20
drilling [114]  9217/9 9219/10 9219/14
9219/19 9219/23 9225/23 9226/8
9226/19 9227/5 9228/9 9229/13
9229/24 9230/6 9230/13 9230/18
9230/21 9231/20 9232/11 9233/7
9233/25 9234/10 9234/13 9234/25
9235/4 9235/7 9235/7 9235/11 9235/20
9236/17 9236/21 9238/1 9238/3
9238/10 9238/13 9239/8 9239/11
9239/12 9239/18 9240/15 9240/20
9241/6 9241/10 9241/23 9245/19
9246/23 9248/24 9249/4 9249/5 9251/5
9251/10 9251/11 9251/16 9251/19
9252/1 9252/2 9253/1 9253/9 9253/23
9253/24 9254/1 9254/11 9255/4
9255/17 9255/25 9256/17 9257/11
9262/3 9262/5 9262/7 9262/8 9262/10
9262/16 9262/18 9265/5 9265/21
9268/18 9270/14 9272/9 9272/11
9279/6 9281/11 9292/14 9292/20
9293/8 9296/10 9298/12 9300/19
9302/1 9302/8 9304/10 9305/6 9306/15
9307/4 9314/4 9315/11 9323/12
9323/21 9325/6 9329/5 9332/25
9338/17 9340/21 9357/10 9357/21
9371/16 9371/22 9379/21 9380/5
9381/12 9382/1 9384/3 9384/13
9384/17 9386/4
Drive [1]  9216/16
driven [1]  9302/24
driving [1]  9281/1
dropped [3]  9278/11 9278/18 9278/20
dry [2]  9277/4 9278/23
due [1]  9324/6
DUKE [1]  9216/15
duly [1]  9225/9
Dupree [8]  9238/22 9238/24 9242/16
9242/17 9242/20 9256/10 9314/7
9353/23

Dupree's [2]  9242/14 9256/14
during [21]  9226/11 9226/20 9226/20
9227/24 9241/8 9242/3 9257/21 9284/1
9287/3 9290/13 9291/5 9296/9 9296/11
9314/4 9320/17 9355/18 9363/4
9365/11 9366/20 9367/13 9368/14
9368/17 9373/22 9380/13
duty [1]  9274/21
DWOP [2]  9298/10 9302/8
dynamic [4]  9280/16 9281/24 9369/22
9371/2
dynamically [1]  9280/23

**E**

e-mail [27]  9223/17 9242/8 9242/12
9243/17 9249/12 9266/22 9294/24
9295/22 9297/3 9322/17 9331/3
9331/11 9331/14 9332/22 9333/7
9336/15 9343/18 9347/9 9347/17
9361/13 9361/23 9362/3 9363/20
9365/12 9365/19 9365/21 9381/6
e-mail of [1]  9332/9
e-mails [2]  9347/12 9347/16
each [10]  9240/10 9242/25 9341/9
9349/10 9365/2
earlier [24]  9224/20 9235/9 9254/10
9262/6 9264/18 9265/9 9267/17 9270/7
9279/1 9283/18 9298/9 9302/6 9311/12
9314/19 9327/18 9349/25 9351/15
9358/18 9359/25 9369/9 9371/5 9384/1
9384/20 9386/14
early [10]  9230/11 9230/12 9245/7
9262/13 9334/11 9351/21 9353/16
9361/18 9362/8 9362/18
easier [1]  9337/2
EASTERN [2]  9215/2 9387/11
EDS [7]  9286/13 9286/14 9287/1
9287/14 9289/13 9373/5 9373/13
educational [1]  9227/8
Edwards [1]  9215/19
effect [15]  9223/21 9302/2 9312/9
9331/20 9332/2 9332/10 9332/19
9333/7 9335/13 9336/14 9337/7
9343/18 9379/11 9379/14 9381/7
effective [2]  9295/10 9312/23
effectively [1]  9314/21
efficient [1]  9267/19
effort [2]  9357/9 9357/15
efforts [2]  9262/18 9357/19
egos [1]  9268/13
either [5]  9223/12 9280/20 9300/24
9322/1 9368/18
elapsed [4]  9284/13 9284/19 9285/10
9288/13
electronically [1]  9276/16
element [5]  9258/20 9258/21 9258/24
9259/3 9259/4
elements [1]  9315/3
elevated [1]  9349/19
elimination [1]  9278/20
ELIZABETH [1]  9218/5
Ellis [1]  9218/21
Elm [1]  9220/5
else [2]  9265/15 9320/5
emergency [3]  9254/21 9314/5 9366/5
emphasize [1]  9383/21
emphatic [1]  9286/20
employee [1]  9250/3
employees [4]  9244/3 9244/4 9254/13
9320/13
employing [1]  9249/23
enabling [1]  9303/8
encountered [1]  9292/24

end [7]  9287/9 9287/9 9308/8 9311/12
9352/23 9372/23 9375/22
endeavor [1]  9318/25
ending [1]  9385/10
Energy [2]  9220/2 9220/8
Enforcement [1]  9217/13
engaged [2]  9276/9 9369/18
engineer [5]  9229/13 9230/6 9230/13
9230/18 9252/25
engineering [24]  9227/11 9227/15
9227/16 9228/10 9230/19 9230/21
9230/21 9231/2 9234/5 9234/6 9234/23
9234/25 9237/12 9238/17 9239/9
9253/13 9253/22 9254/3 9256/24
9261/23 9262/4 9298/10 9320/23
9365/13
engineers [11]  9232/18 9234/22
9235/11 9241/19 9252/11 9252/18
9253/9 9253/10 9305/6 9325/6 9339/2
Engineers' [1]  9228/9
enhance [1]  9249/24
enhanced [1]  9303/7
enough [8]  9229/2 9255/14 9329/22
9336/12 9337/4 9344/3 9372/3
9372/14
enrolled [1]  9227/12
ensure [6]  9238/2 9254/11 9254/15
9256/25 9344/12 9382/9
ensuring [3]  9231/25 9257/20 9382/19
entail [1]  9230/24
enter [2]  9275/24 9276/1
entered [2]  9276/7 9287/10
entertained [1]  9272/6
entire [4]  9227/5 9269/20 9270/2
9377/25
entitled [1]  9387/13
entity [8]  9304/16 9304/17 9304/25
9305/2 9305/4 9305/7 9317/25 9319/15
entry [1]  9280/13
environment [5]  9217/13 9267/21
9267/23 9297/5 9303/9
environmental [1]  9217/13 9249/24
9250/9
equally [2]  9268/14 9354/24
equipment [4]  9296/19 9296/20 9296/21
9384/10
erosion [3]  9263/16 9263/19 9263/23
9264/9
escape [6]  9285/24 9286/1 9288/4
9290/9 9290/23 9291/2
ESQ [49]  9215/19 9215/23 9216/3
9216/6 9216/9 9216/12 9216/15
9216/18 9216/22 9217/3 9217/6 9217/9
9217/14 9217/14 9217/15 9217/15
9217/16 9217/19 9217/20 9217/20
9217/21 9217/21 9218/4 9218/4 9218/5
9218/8 9218/8 9218/9 9218/12 9218/15
9218/16 9218/19 9218/22 9218/22
9218/23 9219/3 9219/6 9219/10
9219/10 9219/14 9219/14 9219/15
9219/18 9219/22 9220/3 9220/3 9220/4
9220/4 9220/8
essentials [1]  9318/2
establish [1]  9364/14
estimated [2]  9294/9 9342/13
et [2]  9215/8 9215/11
ETPs [2]  9253/22 9254/1
evacuated [2]  9280/8 9369/2
even [10]  9233/9 9245/7 9253/10
9261/6 9299/17 9321/4 9328/1 9357/18
9365/22 9373/25
evening [7]  9225/25 9226/10 9264/14
9266/4 9277/12 9292/10 9371/3

**E**

event [2] 9326/16 9366/5
ever [13] 9261/24 9269/14 9272/10
9307/14 9313/3 9313/16 9313/25
9327/14 9330/3 9330/6 9356/9 9365/21
9383/12
every [6] 9228/19 9228/21 9295/10
9343/22 9344/4 9344/4
everybody [4] 9248/24 9268/9 9268/14
9276/21
everyone [3] 9222/6 9330/14 9374/13
everyone's [1] 9347/1
everything [8] 9231/25 9237/24 9241/7
9275/3 9290/7 9292/4 9292/11 9325/4
everywhere [1] 9290/7
evidence [13] 9222/13 9222/21 9224/6
9259/5 9259/8 9263/15 9316/2 9329/20
9345/2 9346/2 9346/5 9346/8 9374/11
exact [3] 9288/24 9294/2 9342/7
exactly [4] 9282/20 9310/19 9316/16
9348/4
examination [16] 9222/11 9222/20
9223/16 9225/15 9225/20 9293/14
9293/19 9299/14 9330/18 9330/22
9348/22 9348/23 9360/10 9360/15
9381/21 9381/22
example [5] 9256/21 9295/24 9359/13
9359/15 9371/15
Excellence [1] 9249/20
Excellent [1] 9268/19
excerpts [1] 9347/11
exchange [1] 9297/2
excited [1] 9287/22
excitement [3] 9287/25 9374/2 9374/4
excluded [1] 9307/2
excuse [2] 9317/12 9324/3
execute [4] 9241/4 9241/14 9253/3
9344/15
executed [1] 9232/22
executing [5] 9232/10 9233/10 9241/20
9384/5 9384/17
execution [8] 9231/4 9231/5 9231/22
9239/5 9239/7 9311/19 9343/13 9384/9
executive [3] 9242/11 9317/5 9319/20
executives [2] 9242/23 9335/8
exemplary [2] 9249/21 9250/12
exhibit [4] 9267/9 9300/1 9329/12
9330/25
exhibits [12] 9222/10 9222/12 9222/16
9222/20 9224/24 9223/4 9223/15
9224/3 9224/8 9224/13 9224/17
9224/22
exist [3] 9251/23 9338/16 9338/19
existed [1] 9303/1
existing [3] 9294/12 9318/25 9328/19
exited [2] 9288/8 9288/10
expanded [1] 9231/19
expect [16] 9254/23 9255/10 9261/5
9330/8 9344/3 9348/7 9348/10 9371/20
9372/3 9379/20 9379/20 9379/22
9381/25 9382/5 9382/7 9382/8
expectation [1] 9311/21
expectations [3] 9254/16 9382/11
9382/18
expected [4] 9227/2 9264/4 9264/8
9379/25
experience [18] 9226/10 9233/2 9233/3
9250/2 9250/11 9252/5 9262/2 9262/7
9272/21 9292/15 9293/8 9327/1 9329/1
9329/3 9380/22 9380/24 9382/11
9383/20
expert [2] 9233/12 9386/25
experts [1] 9240/23
explain [21] 9251/17 9253/7 9262/21
9274/14 9302/4 9325/4 9331/19
9332/10 9332/11 9332/18 9332/20
9333/8 9333/21 9334/2 9334/3 9335/12
9358/11
explained [3] 9274/24 9281/9 9384/1
explaining [1] 9253/7
explanation [1] 9337/9
explanatory [1] 9332/8
exploded [1] 9313/18
exploration [13] 9215/10 9218/18
9218/21 9219/2 9226/14 9230/22
9231/1 9256/21 9268/1 9268/2 9268/6
9272/23 9304/10
explosion [26] 9283/5 9283/6 9283/8
9283/11 9285/13 9284/14 9285/11
9285/13 9285/13 9285/14 9286/18
9286/22 9288/13 9292/16 9320/18
9325/9 9369/3 9370/16 9370/18
9370/21 9372/15 9372/17 9372/19
9372/24 9373/1 9373/4
express [5] 9245/21 9272/14 9275/8
9297/2 9297/5
expressed [2] 9272/20 9297/8
extension [5] 9271/7 9271/10 9271/23
9272/6 9294/17
external [1] 9235/14
extra [2] 9249/24 9292/3
Ezell [4] 9275/12 9278/1 9278/3 9278/4

**F**

face [2] 9245/6 9245/6
face-to-face [1] 9245/6
facilities [5] 9304/13 9317/7 9317/12
9317/13 9385/19
facility [5] 9255/9 9255/10 9255/11
9303/22 9304/3 9304/5 9304/8
fact [21] 9240/4 9250/12 9264/21
9266/25 9276/15 9286/11 9288/24
9290/17 9293/7 9298/12 9302/11
9306/21 9327/6 9333/4 9344/18
9345/11 9345/16 9353/15 9375/1
9380/13 9384/15
facts [3] 9347/2 9348/1 9348/10
fail [1] 9380/10
failure [3] 9295/5 9295/10 9295/11
failures [3] 9296/19 9296/22 9297/13
fair [5] 9266/17 9347/15 9347/17
9372/14 9372/14
fall [2] 9255/5 9304/25
fallen [1] 9305/2
familiar [10] 9228/17 9235/3 9235/6
9254/14 9270/18 9301/11 9318/12
9318/14 9322/12 9331/3
familiarity [1] 9235/1
familiarize [1] 9236/20
Fannin [1] 9219/11
far [6] 9252/1 9259/19 9272/19 9300/15
9350/20 9355/21
fashions [1] 9347/14
favor [2] 9334/5 9336/24
FCRR [4] 9220/12 9387/11 9387/15
9387/16
Federal [1] 9217/10
feedback [2] 9312/11 9357/5
feel [3] 9367/25 9370/1 9379/8
feet [2] 9349/10 9377/7
fell [1] 9300/19
fellow [2] 9343/17 9374/18
felt [6] 9244/2 9279/4 9285/11 9313/12
9349/16 9349/17 9368/11 9370/5
9370/14
few [8] 9227/3 9228/24 9285/14
9274/23 9293/15 9294/9 9296/23
9373/23
Fidelity [2] 9226/14 9226/16 9226/18
9227/6
field [4] 9233/23 9254/22 9264/24
9274/13
figures [1] 9342/7
filing [1] 9344/4
final [5] 9259/17 9313/3 9313/14
9313/17 9380/8
finalist [2] 9249/19 9250/1
finally [2] 9290/8 9291/14
finance [1] 9256/22
financial [1] 9256/23
find [9] 9229/9 9247/13 9271/22
9274/14 9359/13 9359/13 9371/16
9371/22 9372/5
fine [2] 9272/16 9275/3
finish [1] 9315/14
finished [7] 9273/23 9276/18 9278/9
9278/15 9278/15 9281/16 9300/7
fire [11] 9283/14 9283/22 9285/16
9286/4 9286/6 9286/9 9286/15 9349/15
9372/20 9376/10 9376/12
Firm [2] 9216/18 9217/5
first [43] 9225/2 9225/6 9226/13
9231/17 9236/2 9237/13 9242/10
9242/14 9245/7 9250/2 9251/6 9258/14
9264/20 9265/8 9270/18 9273/11
9274/13 9275/16 9280/3 9282/5
9285/11 9285/11 9285/13 9288/13
9306/25 9321/22 9322/6 9322/8 9347/9
9355/18 9357/24 9363/10 9365/15
9365/21 9368/11 9370/14 9370/16
9370/21 9370/22 9372/4 9372/16
9378/7 9383/3
fits [1] 9325/4
five [5] 9329/14 9344/2 9344/3 9359/7
9377/12
fix [1] 9268/11
fleet [10] 9235/10 9239/14 9247/25
9255/5 9265/4 9265/12 9265/13
9300/19 9360/24 9361/3
flew [2] 9292/2 9333/4
Fleytas [1] 9371/3
flight [3] 9292/1 9365/9 9365/11
floor [12] 9216/13 9219/15 9275/21
9275/22 9277/2 9283/13 9285/16
9286/3 9286/6 9286/8 9367/12 9372/20
Florida [1] 9362/3
flow [7] 9263/9 9263/10 9292/21
9305/13 9378/10 9378/17 9384/11
flowed [1] 9264/7
FLOYD [1] 9220/4
fluid [3] 9263/16 9263/19 9263/23
focus [24] 9236/16 9240/19 9260/1
9296/4 9313/19 9338/25 9339/12
9346/19 9354/21 9355/20 9355/22
9356/11 9356/14 9356/22 9357/6
9357/9 9357/20 9363/10 9381/12
9383/15 9383/18 9383/21 9383/24
9384/16
focused [12] 9238/9 9240/22 9253/18
9278/19 9313/23 9314/7 9314/12
9357/3 9359/19 9359/21 9384/12
9386/8
Focusing [1] 9229/24 9257/11
folks [18] 9234/25 9238/16 9244/6
9249/18 9253/8 9268/19 9284/25
9288/6 9292/9 9313/13 9314/7 9331/19
9334/19 9335/23 9340/8 9341/10
9367/21 9386/17

**F**

follow [3] 9284/5 9319/25 9320/4
follow-up [1] 9284/5
followed [2] 9320/16 9377/24
following [4] 9243/19 9278/8 9307/9 9320/13
follows [2] 9225/10 9328/7
foot [2] 9351/6 9351/6
foregoing [1] 9387/12
form [2] 9248/21 9315/3
formally [1] 9319/19
former [1] 9227/3
forms [1] 9347/14
forth [2] 9238/17 9385/20
fortunately [1] 9366/4
forward [9] 9245/13 9261/18 9277/16 9279/11 9315/12 9362/5 9380/21 9380/25 9381/5
forwarded [4] 9295/1 9295/21 9332/5 9332/9
foundation [3] 9233/12 9324/24 9346/10
four [1] 9227/24
Fourchon [3] 9291/20 9291/22 9291/25
frac [4] 9241/11 9241/16 9241/17 9384/7
frame [7] 9261/9 9284/2 9308/10 9313/15 9367/16 9370/20 9370/22
frames [1] 9286/24
framework [4] 9298/5 9298/17 9317/11 9319/16
Francisco [1] 9217/11
Franklin [1] 9218/5
frankly [1] 9313/8
Fraud [1] 9218/3
free [3] 9249/22 9250/13 9379/8
frequently [1] 9304/16
Friday [1] 9243/18
Frilot [1] 9319/6
front [7] 9282/24 9283/24 9284/3 9289/21 9331/23 9333/13 9369/12
Frugé [1] 9216/21
fulfill [1] 9315/7
full [8] 9225/11 9290/16 9292/13 9310/9 9311/9 9378/19 9378/21 9378/21
fully [1] 9261/22
function [5] 9303/19 9304/22 9319/21 9322/25 9328/6
further [6] 9293/10 9330/9 9346/6 9360/6 9381/13 9386/20

**G**

gain [1] 9379/1
galley [3] 9277/19 9277/21 9277/24
gallon [6] 9377/16 9377/18 9377/19 9377/20 9377/20 9377/24
game [1] 9341/21
gap [46] 9255/15 9255/23 9255/25 9256/16 9256/19 9256/25 9257/3 9257/3 9257/9 9257/11 9257/16 9257/17 9257/21 9258/16 9258/22 9259/10 9259/13 9259/13 9259/16 9259/17 9259/18 9259/23 9261/8 9261/20 9261/21 9261/24 9261/25 9299/4 9299/6 9315/6 9321/2 9321/3 9321/15 9321/18 9321/21 9321/23 9321/24 9322/2 9322/3 9322/4 9322/7 9322/10 9329/2 9341/1 9341/4 9341/5
gaps [29] 9251/23 9251/25 9255/15 9257/9 9257/20 9257/21 9257/23 9258/1 9260/7 9260/8 9260/12 9260/20 9260/23 9261/3 9261/5 9261/9 9299/3 9315/6 9315/9 9315/22 9321/1 9322/12

9328/11 9328/14 9328/22 9328/25 9329/6 9329/9 9329/25
gas [11] 9228/7 9229/11 9229/13 9229/15 9229/22 9230/2 9230/5 9230/7 9233/22 9233/22 9234/1
gate [2] 9217/10 9235/13
gave [4] 9251/7 9283/20 9336/7 9352/17
GAVIN [1] 9220/4
gears [1] 9320/12
general [3] 9218/7 9218/11 9357/19
generally [3] 9359/8 9360/20 9385/2
generated [1] 9258/15
Generation [1] 9271/14
Generation 1 [1] 9271/14
Genuine [1] 9267/21
get [44] 9221/9 9229/2 9241/8 9241/14 9261/9 9261/13 9262/17 9268/6 9268/15 9271/10 9271/23 9272/6 9273/16 9275/23 9276/22 9276/24 9277/7 9290/10 9291/12 9291/16 9291/17 9292/2 9292/3 9293/5 9293/6 9306/10 9306/22 9308/19 9311/9 9312/11 9313/13 9313/13 9327/6 9332/24 9338/5 9338/12 9338/25 9340/9 9340/20 9346/23 9355/13 9362/5 9366/5 9369/19
gets [2] 9244/3 9373/5
getting [11] 9258/1 9267/22 9271/16 9275/4 9288/5 9290/19 9322/17 9337/11 9342/11 9356/23 9375/4
give [14] 9240/10 9246/15 9266/8 9292/9 9297/25 9308/19 9310/9 9326/5 9333/15 9333/16 9333/16 9333/25 9336/21 9380/18
given [5] 9237/24 9380/22 9380/22 9380/24 9381/2
gives [1] 9247/23
giving [1] 9383/4
global [10] 9232/20 9234/5 9234/22 9235/25 9237/7 9270/9 9322/19 9334/9 9334/25 9362/2
globally [3] 9265/4 9270/11 9361/3
GmbH [1] 9215/8
go [71] 9225/17 9226/11 9227/2 9231/5 9232/16 9233/14 9243/23 9243/25 9245/3 9246/13 9246/14 9247/13 9248/14 9250/15 9250/18 9255/1 9258/18 9258/22 9259/14 9264/20 9265/14 9265/15 9265/19 9265/20 9265/21 9265/22 9266/7 9271/1 9274/12 9274/19 9276/6 9276/11 9279/17 9280/25 9288/8 9289/25 9290/2 9290/22 9290/22 9290/22 9291/17 9291/24 9294/3 9295/16 9300/5 9302/7 9305/10 9308/10 9308/22 9309/19 9310/10 9310/25 9315/14 9317/10 9317/21 9319/12 9325/1 9326/4 9330/22 9331/10 9331/22 9341/1 9346/18 9356/4 9369/15 9375/3 9377/13 9377/15 9378/3 9384/22 9387/1
goal [1] 9268/9
goals [3] 9268/8 9364/10 9364/13
Godwin [4] 9220/2 9220/3 9220/8 9222/17
goes [2] 9308/18 9343/23
going [86] 9226/7 9226/25 9228/11 9232/8 9237/4 9237/19 9237/19 9241/4 9246/24 9247/9 9247/17 9247/18 9249/24 9259/12 9259/12 9261/18 9263/9 9264/16 9264/19 9265/2 9265/15 9265/17 9265/19 9265/22

9265/23 9266/9 9267/16 9269/12 9269/15 9270/9 9272/5 9274/3 9274/3 9274/3 9274/3 9274/3 9274/3 9274/3 9274/14 9274/23 9277/3 9277/3 9277/5 9277/6 9279/14 9283/10 9283/11 9284/15 9284/20 9286/23 9287/22 9287/24 9287/25 9288/16 9288/17 9291/16 9292/22 9292/23 9294/8 9299/25 9306/22 9307/1 9307/19 9308/8 9309/16 9309/23 9311/8 9311/9 9315/7 9331/6 9334/5 9335/15 9338/12 9338/13 9342/2 9342/7 9342/17 9346/9 9346/18 9347/11 9349/2 9349/2 9351/5 9355/16 9355/23 9357/23 9359/4 9371/16 9373/22
Golden [1] 9217/10
GoM [7] 9256/2 9256/9 9295/11 9302/25 9303/9 9303/17 9303/19
gone [4] 9264/21 9271/24 9271/25 9347/13
good [32] 9222/5 9222/17 9223/1 9224/1 9224/11 9225/19 9226/5 9229/2 9237/10 9247/16 9247/17 9247/18 9247/22 9248/2 9248/17 9249/1 9249/1 9250/10 9265/6 9277/8 9293/16 9293/17 9320/14 9342/5 9344/3 9351/11 9351/16 9360/12 9360/13 9376/11 9377/12 9386/25
got [71] 9226/24 9226/25 9237/9 9252/11 9252/12 9252/18 9254/8 9256/21 9256/22 9257/23 9262/22 9263/20 9273/7 9274/2 9275/21 9275/25 9276/1 9276/9 9276/14 9277/11 9277/24 9278/25 9280/11 9281/4 9282/14 9283/25 9284/17 9288/8 9288/18 9288/20 9290/3 9290/22 9290/22 9290/22 9291/14 9291/18 9291/20 9291/22 9292/2 9295/22 9302/11 9312/5 9313/18 9314/12 9321/13 9327/14 9329/2 9330/22 9333/6 9333/11 9337/4 9337/23 9337/24 9338/1 9338/1 9339/5 9340/16 9340/20 9341/8 9341/12 9342/20 9362/3 9362/7 9365/25 9367/25 9373/13 9374/20 9375/23 9376/13 9380/15
gotten [4] 9290/12 9333/1 9361/4 9365/12
governance [2] 9317/3 9327/9
government [1] 9236/8
grad [1] 9227/25
grades [1] 9228/25
gradient [3] 9241/11 9241/17 9384/8
gradients [1] 9241/16
graduate [1] 9227/12
graduating [1] 9230/1
graduation [1] 9227/12
grand [2] 9219/15 9343/8
Grant [2] 9249/12 9249/18
great [8] 9248/12 9267/18 9279/2 9306/24 9307/11 9333/16 9336/23 9386/13
greeted [1] 9273/9
group [10] 9216/15 9256/22 9304/21 9317/5 9318/2 9319/20 9319/21 9319/22 9334/10 9349/20
guess [5] 9255/16 9316/12 9325/3 9351/5 9378/1
guessing [5] 9273/22 9276/4 9279/12 9282/12 9351/5
Guide [32] 9222/11 9222/20 9224/4 9224/14 9238/18 9244/22 9245/1 9305/2 9339/15 9341/15 9342/6 9343/3

## G

Guide... [20]  9343/10 9343/19 9344/6
9344/10 9344/18 9344/22 9346/3
9346/7 9346/10 9347/18 9347/22
9349/5 9349/9 9349/15 9352/7 9363/11
9363/16 9365/13 9365/18 9386/6
Guide's [4]  9223/5 9223/6 9223/16
9349/13
Guides [1]  9344/14
GULF [48]  9215/5 9225/24 9226/9
9231/18 9231/24 9232/12 9234/7
9234/9 9234/14 9235/7 9235/18
9235/21 9235/22 9236/21 9238/4
9238/23 9239/12 9242/18 9244/8
9251/16 9253/5 9255/16 9262/3
9291/15 9296/18 9297/21 9298/19
9313/20 9314/6 9320/8 9328/15 9329/3
9340/12 9340/21 9343/12 9354/4
9354/14 9355/19 9356/10 9357/10
9358/22 9360/25 9374/25 9375/14
9379/21 9383/13 9383/20 9386/5
9386/4
guy [5]  9334/6 9334/6 9342/3 9343/7
9358/4
guys [8]  9248/12 9276/22 9276/24
9277/1 9278/8 9329/11 9386/12
9386/15

## H

had [194]
Haden [3]  9322/21 9322/21 9322/22
hadn't [1]  9361/7
Hafle [9]  9238/16 9339/19 9368/8
9368/9 9368/13 9368/16 9368/21
9379/18 9386/6
half [2]  9227/24 9366/1
Halliburton [7]  9220/2 9220/8 9222/18
9378/12 9378/18 9378/20 9381/14
Halliburton's [1]  9222/24
hallmarks [4]  9267/14 9267/15 9351/14
9351/16
hand [11]  9252/11 9252/12 9252/18
9259/19 9263/3 9263/6 9285/21
9346/20 9346/24 9370/8 9376/25
handbook [2]  9254/21 9254/22
handing [1]  9231/5
handled [1]  9314/6
handover [2]  9236/25 9237/3
hanger [9]  9262/19 9262/20 9263/3
9263/12 9263/12 9263/20 9264/3
9264/5 9264/8
HANKEY [1]  9217/15
happen [2]  9308/8 9312/14
happened [4]  9231/11 9280/8 9290/12
9376/18
happening [4]  9247/16 9247/21 9291/9
9371/23
happy [1]  9334/3
hard [5]  9258/12 9258/13 9269/24
9326/1 9365/15
HARIKLIA [5]  9218/22 9223/13 9224/11
9225/19 9381/20
harnesses [2]  9276/10 9276/11
Harrell [17]  9273/9 9275/11 9276/9
9277/25 9278/4 9286/24 9287/19
9288/11 9288/14 9288/20 9289/11
9289/16 9372/25 9373/4 9373/5 9373/9
9373/12
Harry [1]  9237/5
HARTLEY [1]  9220/4
has [22]  9229/7 9248/16 9249/25
9251/2 9252/24 9253/2 9254/20
9258/19 9258/20 9276/15 9295/4

9295/25 9299/11 9301/6 9307/2 9317/5
9335/2 9361/13 9377/13 9378/6
9380/18 9382/12
hasn't [1]  9329/20
HAUSER [1]  9218/4
have [142]  9222/19 9223/3 9223/14
9223/19 9224/3 9224/13 9224/19
9224/20 9228/3 9228/21 9228/22
9229/4 9229/18 9229/20 9235/14
9236/14 9237/3 9237/18 9239/2
9241/10 9241/21 9243/5 9243/13
9245/15 9247/13 9247/13 9247/20
9249/18 9251/18 9254/20 9255/25
9256/23 9258/12 9263/22 9263/22
9263/25 9264/4 9264/8 9264/21
9266/13 9268/3 9268/3 9268/4 9271/24
9271/25 9272/23 9272/24 9275/23
9276/11 9276/13 9278/13 9280/5
9282/12 9282/14 9283/13 9283/16
9289/9 9290/12 9291/5 9292/23
9293/10 9293/18 9294/17 9295/25
9298/8 9298/11 9298/21 9299/22
9305/2 9305/4 9305/6 9307/3 9307/21
9308/10 9309/11 9310/5 9310/14
9310/21 9310/22 9312/3 9312/6
9312/22 9314/9 9314/9 9314/11
9316/13 9316/25 9321/4 9321/6 9321/6
9322/7 9322/10 9323/8 9323/10
9323/13 9325/19 9325/20 9326/13
9330/3 9330/6 9330/21 9331/6 9333/9
9333/13 9333/19 9334/8 9334/15
9335/1 9336/2 9338/13 9341/9 9344/5
9344/13 9345/1 9347/9 9348/17
9349/15 9349/19 9350/11 9350/13
9350/14 9354/18 9355/1 9355/24
9356/9 9356/16 9356/17 9357/17
9360/15 9361/20 9371/25 9372/6
9374/17 9381/4 9382/21 9383/3
9383/13 9385/17 9385/23 9386/19
9386/20 9386/22
haven't [12]  9223/8 9262/8 9329/15
9332/14 9335/22 9340/17 9345/21
9347/13 9347/15 9347/19 9361/23
9372/2
having [13]  9225/9 9230/25 9242/23
9243/3 9247/24 9259/16 9271/1
9276/17 9278/3 9279/13 9292/15
9295/5 9307/15
HAYCRAFT [1]  9218/19
hazards [1]  9261/22
HB [1]  9220/12
HB-406 [1]  9220/12
he [143]  9229/7 9237/5 9238/22 9240/9
9242/23 9242/24 9244/24 9245/2
9256/7 9265/23 9266/11 9266/25
9266/25 9267/14 9268/22 9268/25
9269/1 9269/1 9269/4 9269/10 9272/14
9272/16 9272/16 9274/24 9274/24
9275/2 9275/7 9279/15 9279/16
9279/17 9280/15 9282/8 9282/8
9282/25 9283/4 9283/20 9283/21
9284/12 9286/19 9286/20 9286/25
9287/15 9287/15 9287/15 9287/19
9288/8 9288/18 9288/24 9288/24
9289/5 9289/9 9289/14 9289/16
9290/11 9290/14 9291/7 9291/7 9291/8
9291/10 9291/12 9291/13 9292/10
9292/11 9295/21 9295/24 9296/14
9301/4 9305/3 9312/22 9313/1 9314/2
9316/9 9316/10 9316/11 9316/12
9316/12 9316/13 9316/13 9316/16
9322/23 9323/19 9324/25 9324/25
9329/19 9329/19 9329/20 9331/25

9332/10 9332/19 9335/1 9335/10
9335/22 9336/3 9336/6 9336/13
9337/6 9337/9 9340/4 9343/19 9346/5
9346/7 9349/15 9349/17 9349/18
9349/23 9352/1 9353/12 9354/6 9354/9
9355/4 9355/6 9355/12 9355/14
9356/24 9358/9 9358/9 9358/9 9358/12
9358/14 9358/25 9360/16 9363/16
9365/12 9365/17 9365/18 9365/20
9366/12 9366/13 9366/15 9366/17
9367/10 9368/13 9368/18 9373/13
9373/13 9374/24 9374/25 9375/1
9375/1 9375/14 9380/19 9381/25
9383/4
he's [9]  9233/12 9295/22 9309/23
9341/22 9343/18 9343/19 9344/22
9348/9 9386/25
head [10]  9227/5 9232/20 9232/20
9234/5 9234/23 9236/22 9278/8
9283/21 9319/21 9319/22
headed [3]  9276/20 9277/20 9374/20
headings [1]  9282/1
headquarters [7]  9339/10 9340/7 9341/7
9341/14 9347/23 9347/24 9347/24
health [2]  9267/21 9267/23
hear [4]  9283/5 9283/7 9340/14 9351/9
heard [11]  9232/8 9244/25 9253/22
9266/15 9284/17 9285/12 9291/18
9300/17 9329/22 9353/21 9370/15
Hearing [2]  9222/24 9224/9
heavy [1]  9276/8
held [9]  9229/22 9231/20 9233/24
9234/4 9234/10 9234/16 9244/12
9244/12 9248/20
helicopter [4]  9273/7 9274/1 9365/7
9365/15
help [2]  9247/9 9308/12
helping [2]  9369/19 9369/21
helps [1]  9247/15
her [5]  9277/22 9336/24 9350/16
9350/17 9350/17
here [81]  9222/19 9238/8 9238/9
9242/12 9243/16 9243/24 9252/11
9254/2 9255/12 9256/7 9256/9 9256/10
9260/23 9267/19 9280/14 9280/14
9280/15 9280/19 9281/20 9281/17
9281/19 9281/23 9282/17 9282/24
9282/25 9283/12 9283/20 9283/24
9284/7 9285/7 9285/15 9285/17
9285/19 9285/20 9285/23 9286/3
9286/10 9287/4 9287/6 9287/21
9289/20 9289/21 9295/4 9297/4 9297/7
9303/19 9306/18 9309/10 9309/25
9310/16 9313/2 9313/16 9313/21
9320/9 9323/1 9327/14 9327/16
9327/20 9329/23 9331/23 9333/12
9335/17 9336/14 9336/18 9338/25
9339/1 9340/7 9341/1 9341/3 9341/7
9346/10 9358/14 9359/17 9369/11
9370/5 9370/24 9371/10 9371/11
9371/12 9373/18 9380/23
Here's [2]  9295/24 9347/21
hereby [1]  9387/12
herein [1]  9304/14
heritage [2]  9232/22 9233/1
Herman [11]  9215/22 9215/22 9215/23
9293/18 9307/1 9310/1 9310/11
9358/18 9360/14 9384/25 9385/8
high [6]  9241/25 9249/20 9259/2
9260/13 9293/2 9377/11
high-potential [1]  9241/25
highest [1]  9259/8
highlighted [2]  9279/10 9323/1

**H**

highlights [1] 9243/24
HILL [1] 9220/4
him [19] 9229/5 9233/13 9274/15
9274/16 9274/23 9283/20 9291/9
9310/8 9310/9 9316/10 9337/1 9337/5
9344/23 9352/2 9353/16 9353/18
9355/13 9368/21 9374/18
himself [1] 9269/8
Hindsight's [1] 9333/9
his [20] 9242/25 9243/3 9243/4 9257/25
9279/10 9283/21 9308/25 9310/19
9316/16 9324/2 9335/21 9341/17
9341/17 9342/4 9343/8 9343/19
9365/22 9369/20 9383/16 9383/24
hissing [3] 9283/5 9285/12 9370/15
hit [6] 9287/1 9287/2 9289/15 9289/23
9373/14 9373/14
hold [6] 9225/21 9226/18 9227/16
9235/19 9310/1 9342/7
Holdings [5] 9219/6 9219/9 9219/13
9219/18 9219/22
hole [4] 9377/1 9377/2 9377/6 9377/14
Holthaus [1] 9216/21
home [3] 9291/24 9292/2 9350/16
honest [1] 9374/18
Honor [46] 9222/8 9222/13 9222/19
9222/25 9223/1 9223/13 9223/24
9224/1 9224/11 9225/16 9229/6
9233/12 9267/5 9289/3 9293/10
9293/13 9299/10 9299/23 9301/2
9306/25 9308/24 9309/16 9310/4
9315/24 9316/1 9316/6 9324/24
9329/18 9329/24 9330/15 9330/17
9335/15 9336/16 9346/9 9348/12
9348/17 9351/11 9356/23 9357/23
9360/8 9365/22 9381/13 9381/15
9381/18 9381/20 9386/24
HONORABLE [1] 9215/15
hopefully [2] 9309/19 9311/1
hoping [1] 9336/21
HORIZON [37] 9215/4 9226/10 9248/14
9252/13 9252/16 9264/14 9264/16
9264/22 9265/2 9265/11 9265/14
9267/1 9267/13 9267/14 9267/17
9269/12 9269/13 9271/1 9271/11
9272/1 9273/6 9280/9 9293/22
9315/21 9330/4 9338/2 9338/9 9338/19
9341/4 9351/16 9358/20 9359/10
9360/23 9361/7 9361/13 9361/15
horse [3] 9255/6 9300/20 9331/6
Houma [10] 9216/16 9244/9 9244/20
9244/23 9244/25 9245/1 9245/25
9248/4 9248/9 9367/1
hour [3] 9365/9 9365/11 9366/1
hours [3] 9292/7 9292/8 9293/19
Houston [13] 9217/4 9219/11 9219/23
9220/9 9231/13 9245/9 9292/2 9339/9
9340/8 9341/8 9343/20 9347/24 9350/9
how [55] 9227/22 9228/25 9231/9
9232/21 9235/6 9235/19 9239/11
9241/18 9243/13 9245/13 9247/4
9247/8 9251/15 9251/17 9252/10
9252/14 9253/3 9253/11 9253/11
9253/16 9254/4 9254/17 9260/7 9260/8
9272/15 9273/20 9277/6 9281/15
9282/16 9284/19 9287/20 9288/13
9291/18 9300/22 9311/3 9315/1 9325/4
9329/11 9329/15 9331/19 9349/5
9351/4 9352/5 9366/25 9369/6 9375/17
9379/22 9379/25 9380/15 9380/23
9382/2 9382/6 9382/13 9384/23 9386/2

however [2] 9254/10 9288/19
HR Document 12770 Filed 04/29/14
HSE [10] 9256/23 9324/5 9325/11
9327/17 9328/11 9353/8 9353/9
9353/25 9354/4 9355/19
HSSE [4] 9354/14 9354/18 9358/22
9382/25
Hughes [1] 9219/22
Hugoton [1] 9233/22
huh [3] 9307/11 9325/20 9329/13
hunkered [1] 9283/9
hydrocarbons [2] 9264/7 9384/6
hydrostatics [2] 9335/11 9336/12
HYMEL [1] 9219/18
hypothetical [2] 9342/2 9342/3
hysterical [2] 9374/3 9374/14

**I**

I'd [14] 9226/23 9240/20 9242/7
9243/16 9250/22 9260/1 9273/13
9280/7 9287/9 9308/10 9323/8 9334/3
9371/25 9377/4
I'll [18] 9233/13 9243/23 9248/14
9248/23 9252/22 9274/13 9301/8
9308/18 9309/18 9332/14 9336/21
9342/23 9346/13 9346/23 9348/15
9350/16 9350/17 9369/24
I'm [82] 9228/11 9233/18 9235/22
9242/13 9242/21 9243/19 9245/3
9251/10 9254/4 9256/4 9256/8 9258/15
9263/6 9263/9 9264/1 9267/7 9273/22
9274/16 9274/18 9275/24 9276/4
9279/12 9282/12 9282/19 9283/3
9288/15 9288/25 9290/19 9291/15
9291/16 9292/1 9298/2 9309/16
9309/20 9310/9 9310/17 9310/18
9311/4 9321/17 9322/2 9322/14
9328/13 9331/6 9333/14 9335/15
9336/19 9338/12 9338/13 9339/1
9339/8 9340/2 9340/4 9340/9 9340/14
9340/17 9341/12 9341/21 9341/21
9342/2 9342/7 9342/11 9342/17
9345/15 9346/9 9346/18 9347/16
9348/4 9348/4 9351/5 9351/5 9355/8
9355/16 9356/23 9357/23 9359/4
9368/25 9370/25 9373/12 9376/6
9378/7 9380/15 9385/10
I've [15] 9265/6 9309/14 9316/23
9318/13 9330/5 9339/4 9339/5 9342/15
9344/12 9347/13 9347/17 9355/2
9356/13 9364/6 9383/17
idea [6] 9231/3 9297/23 9325/19
9325/20 9326/5 9383/3
identification [1] 9259/24
identified [16] 9237/24 9240/7 9243/21
9257/9 9257/22 9260/7 9260/9 9260/21
9261/3 9261/21 9261/24 9267/15
9299/3 9315/23 9321/2 9364/13
identifies [1] 9267/14
identify [6] 9241/9 9251/23 9279/5
9315/5 9315/16 9328/25
identifying [1] 9261/2 9329/6
ignored [2] 9240/22 9257/8
III [1] 9264/22
Illinois [1] 9218/24
immediately [3] 9319/1 9352/2 9378/21
impacts [1] 9241/18
imperative [1] 9351/11
implement [4] 9303/5 9307/13 9328/18
9357/15
implementation [20] 9231/21 9256/24
9257/17 9257/19 9301/13 9302/21
9303/17 9304/12 9305/10 9308/11

9311/9 9311/15 9312/8 9312/10 9313/5
9313/13 9327/9 9382/9 9384/7
9384/21
implemented [9] 9255/16 9255/20
9256/9 9278/19 9309/9 9310/6 9314/12
9327/14 9372/9
implementing [4] 9232/6 9232/15
9255/22 9353/19
important [5] 9244/2 9265/20 9268/6
9268/17 9333/22
impression [1] 9248/21
Imprevento [1] 9216/8
improve [9] 9242/5 9242/13 9242/21
9243/18 9243/22 9245/4 9246/17
9247/9 9312/12
improvement [3] 9261/12 9261/15
9261/19
improvements [1] 9247/11
improving [1] 9243/2
inadvertently [1] 9310/2
INC [16] 9215/11 9218/19 9218/22
9219/3 9219/7 9219/7 9219/10 9219/11
9219/14 9219/15 9219/19 9219/19
9219/23 9219/23 9220/3 9220/8
incident [14] 9226/9 9236/1 9236/3
9236/9 9236/18 9242/10 9245/17
9262/14 9262/14 9273/15 9347/14
9350/24 9354/10 9386/6
incidents [9] 9241/25 9242/1 9242/4
9278/18 9306/21 9306/23 9307/1
9307/3 9307/9
include [7] 9231/7 9231/19 9256/17
9256/18 9257/1 9318/18 9385/5
included [6] 9232/3 9234/2 9253/7
9257/19 9307/20 9318/25
includes [1] 9353/25 9375/20
including [15] 9233/7 9235/7 9239/3
9240/7 9245/25 9249/13 9269/18
9269/20 9272/10 9292/15 9317/17
9319/17 9338/23 9366/4 9385/14
inconsistent [1] 9316/9
increase [1] 9302/24
increases [1] 9378/23
independent [1] 9320/23
indicate [6] 9259/2 9268/24 9269/4
9272/10 9288/21 9289/5
indicated [3] 9286/13 9367/18 9369/11
indicates [1] 9276/12
indicating [1] 9366/4
indication [1] 9259/18
individual [2] 9239/22 9283/19
individuals [3] 9249/13 9249/16 9386/7
industry [11] 9229/11 9229/16 9229/18
9229/22 9233/3 9233/9 9233/9 9233/15
9233/16 9252/5 9262/8
inform [1] 9368/17
information [1] 9333/20
informed [1] 9240/5
Inglis [1] 9243/5
inherited [2] 9353/7 9353/9
initial [1] 9378/8
initiated [1] 9331/15
inquiring [1] 9271/9
inside [6] 9263/18 9284/11 9288/2
9291/13 9311/8 9311/10
insignificant [1] 9250/6
inspected [1] 9276/12
installation [2] 9296/20 9382/18
instead [1] 9291/11
instruct [1] 9380/25
instruction [2] 9376/23 9380/18
instructions [1] 9380/21
insufficient [1] 9320/1

**I**

integrity [2] 9275/1 9295/20
intend [1] 9341/5
intended [11] 9261/12 9292/21 9297/21
9304/12 9306/7 9308/1 9312/16
9312/20 9326/8 9333/5 9338/8
intent [1] 9312/12
interaction [2] 9248/17 9272/19
interactions [1] 9249/3
interface [3] 9341/6 9341/12 9341/13
international [1] 9320/22
interpret [5] 9336/12 9337/5 9379/25
9382/2 9382/6
interpretation [4] 9317/3 9327/10 9335/5
9382/13
interpreted [1] 9337/6
interpreting [2] 9333/18 9380/4
interrupt [4] 9232/2 9253/21 9274/16
9292/25
interview [2] 9374/12 9375/11
interviewed [1] 9375/6
interviewer [1] 9374/12
interviews [1] 9375/11
introduce [2] 9299/25 9300/2
investigate [1] 9296/19
investigation [2] 9295/6 9295/10
investigations [1] 9267/25
investigator's [1] 9374/11
investigators [1] 9375/6
involved [18] 9232/5 9232/14 9239/4
9239/25 9240/4 9246/16 9247/6
9262/14 9328/4 9334/3 9335/1 9335/8
9336/9 9345/23 9346/11 9349/20
9359/24 9382/9
involvement [1] 9262/13
involves [2] 9268/18 9268/19
Irpino [3] 9217/5 9217/6 9223/2
is [245]
isn't [4] 9341/21 9375/2 9376/23
9380/14
isolation [1] 9253/15
issue [2] 9223/15 9313/14
issued [4] 9313/5 9313/6 9313/17
9313/24
issues [13] 9237/18 9244/5 9245/14
9245/21 9246/25 9247/12 9247/18
9265/1 9270/11 9271/11 9272/20
9275/6 9312/12
issuing [1] 9312/13
it [363]
it's [43] 9241/14 9244/2 9247/18
9249/16 9250/6 9250/10 9251/3 9251/8
9253/21 9254/12 9254/13 9254/24
9255/11 9255/11 9258/11 9265/20
9267/6 9272/24 9280/4 9316/23
9318/13 9320/1 9326/1 9326/1 9329/20
9337/23 9339/6 9339/8 9342/15
9342/16 9342/18 9347/17 9351/5
9359/7 9360/1 9363/6 9363/7 9364/6
9365/15 9373/5 9381/4 9382/7 9386/14
items [2] 9243/16 9247/8
its [13] 9240/19 9257/3 9265/12
9270/14 9315/2 9317/17 9336/7 9340/8
9342/7 9342/13 9360/18 9384/21
9385/23
itself [5] 9227/1 9247/5 9341/21 9350/19
9384/10

**J**

jackets [2] 9283/25 9291/12
Jackson [10] 9326/22 9353/8 9354/3
9354/15 9355/3 9358/23 9382/24

9383/3 9383/6 9383/11
Jackson's [6] 9353/2 9355/9 9355/12
9355/16 9383/7 9383/24
JAMES [9] 9215/19 9218/12 9238/22
9242/11 9242/16 9242/22 9243/3
9314/7 9353/23
James' [1] 9353/24
January [14] 9302/2 9308/4 9312/1
9312/9 9313/5 9323/18 9323/25
9327/13 9327/22 9327/24 9327/25
9352/25 9354/14 9354/18
January 2010 [6] 9302/2 9327/13
9327/22 9327/25 9354/14 9354/18
January 26th [1] 9308/4
January 7th [1] 9352/25
Jason [2] 9242/9 9242/11
Jason Caldwell [1] 9242/9
Jassal [4] 9312/22 9312/25 9314/2
9316/11
Jefferson [2] 9215/20 9219/19
JEFFREY [1] 9216/9
jeopardizes [1] 9382/21
JERRY [1] 9220/8
JESSICA [2] 9217/19 9217/20
JIMMY [14] 9217/3 9273/9 9275/11
9276/9 9276/14 9276/16 9276/18
9277/25 9278/2 9286/24 9287/1 9287/2
9287/19 9289/13
job [7] 9230/7 9335/20 9343/9 9344/16
9344/16 9348/2 9349/18
jobs [1] 9229/21
Jodi [5] 9220/12 9220/14 9387/11
9387/15 9387/16
JOHN [13] 9216/22 9219/22 9222/11
9222/20 9223/4 9224/4 9344/14
9347/18 9349/13 9349/15 9349/17
9352/7 9363/11
join [3] 9226/16 9230/10 9234/13
joined [7] 9231/15 9232/16 9253/2
9266/2 9279/20 9298/13 9359/1
joint [1] 9317/17
joints [1] 9275/17
Jonathan [1] 9363/20
JR [3] 9216/12 9220/3 9220/4
JUDGE [5] 9215/15 9222/17 9349/5
9353/21 9387/1
Judge Barbier [1] 9349/5
Judge Barbier's [1] 9353/21
jumped [3] 9374/25 9375/12 9375/14
jumping [1] 9291/15
June [2] 9321/15 9321/19
June 2009 [1] 9321/19
just [82] 9228/12 9229/15 9238/8
9238/12 9240/12 9244/10 9244/15
9245/16 9246/10 9248/14 9252/21
9252/22 9256/9 9260/1 9265/5 9266/9
9267/5 9267/21 9270/8 9274/24
9274/25 9279/2 9279/25 9280/18
9281/19 9283/7 9283/22 9284/17
9287/3 9287/25 9288/16 9289/22
9290/3 9291/7 9291/10 9291/14 9292/8
9293/2 9294/19 9296/14 9298/2
9299/10 9299/20 9300/17 9301/25
9305/22 9307/16 9308/24 9310/15
9310/18 9312/4 9314/13 9316/9 9321/3
9322/18 9324/11 9327/10 9331/14
9331/18 9335/24 9338/5 9339/12
9340/9 9340/12 9340/20 9342/2
9344/16 9345/21 9346/11 9347/3
9347/17 9352/6 9355/11 9355/13
9365/12 9366/14 9366/13 9374/4
9375/14 9375/15 9377/8 9381/24
Justice [4] 9217/8 9217/12 9217/18

9218/2

**K**

Kal [3] 9312/22 9312/24 9312/25
Kaluza [24] 9274/21 9331/15 9332/18
9333/8 9333/12 9333/18 9335/10
9335/19 9336/8 9336/10 9337/4 9337/8
9343/16 9366/10 9366/20 9367/4
9367/9 9367/11 9376/14 9379/6
9379/11 9379/14 9381/7 9381/11
Kaluza's [2] 9331/19 9332/9
Kanner [2] 9218/15 9218/15
KARIS [5] 9218/22 9223/13 9224/11
9225/19 9381/20
Kaskida [9] 9270/17 9270/18 9271/2
9271/3 9271/18 9271/19 9294/6
9294/13 9294/16
Katz [1] 9215/22
Keelan [5] 9246/21 9246/25 9265/18
9265/22 9270/7
Keelan Adamson [1] 9246/21
Keelan's [1] 9266/2
keep [6] 9258/1 9258/17 9259/12
9259/12 9328/13 9384/5
keeping [1] 9281/1
KELLEY [1] 9218/4
Ken [2] 9334/16 9334/23
Keplinger [3] 9369/19 9369/24 9370/4
KERRY [1] 9219/6
key [5] 9253/6 9261/11 9267/20 9324/3
9324/6
keys [2] 9292/3 9292/4
kick [4] 9338/24 9361/14 9361/18
9362/17
kill [13] 9377/19 9378/2 9378/9 9378/9
9378/13 9378/16 9378/17 9378/20
9378/20 9378/22 9378/22 9378/25
9379/2
Kinchen [2] 9219/22 9219/22
kind [6] 9232/16 9265/5 9267/20
9280/18 9283/9 9308/18
Kirkland [1] 9218/21
knew [5] 9234/21 9235/10 9235/11
9236/23 9282/21
know [71] 9227/20 9227/22 9234/14
9236/14 9243/4 9244/6 9247/12
9255/20 9258/20 9267/20 9272/16
9273/15 9274/23 9277/22 9281/15
9283/10 9283/12 9283/19 9284/15
9284/16 9284/19 9284/25 9286/23
9286/25 9287/4 9290/18 9297/25
9307/1 9312/2 9313/2 9313/16 9313/22
9313/24 9314/1 9314/13 9316/12
9316/14 9321/1 9321/3 9324/23
9324/25 9325/8 9335/21 9335/25
9337/8 9338/21 9339/25 9341/1
9342/4 9342/10 9345/5 9345/23
9345/24 9345/25 9348/9 9350/20
9356/21 9368/9 9368/23 9371/15
9371/18 9372/1 9372/6 9373/15 9375/3
9379/22 9380/23 9382/1 9382/6
9384/15 9386/15
knowledge [6] 9266/13 9268/3 9322/6
9325/17 9327/9 9349/22 9349/24
9355/12 9355/24 9357/17 9368/20
9372/6
known [2] 9353/17 9374/17
knows [2] 9348/13 9358/9
KRAUS [1] 9218/16
Kuchta [30] 9273/9 9280/15 9281/14
9282/22 9283/18 9283/23 9284/6
9284/10 9284/17 9284/21 9285/9

**K**

Kuchta... [19]  9286/11 9286/12 9286/16
9287/14 9287/18 9287/19 9287/23
9288/1 9288/20 9289/5 9289/14 9290/4
9291/6 9370/7 9370/15 9373/12
9374/23 9376/1 9376/4
Kullman [1]  9216/5

**L**

label [2]  9263/15 9264/4
Lacey [1]  9363/8
Lacy [3]  9237/2 9237/3 9237/5
ladder [2]  9291/2 9291/4
laed.uscourts.gov [1]  9220/14
Lafayette [2]  9215/21 9219/20
Lafleur [1]  9219/18
Lamar [1]  9220/9
land [2]  9350/8 9350/9
LANGAN [1]  9218/22
larger [3]  9283/8 9283/10 9285/14
Lasalle [1]  9218/23
last [18]  9223/10 9230/20 9239/14
9242/5 9265/22 9268/17 9273/21
9276/12 9282/6 9326/4 9330/2 9359/4
9369/15 9374/22 9374/23 9375/2
9375/12 9379/8
lasted [1]  9279/12
latch [1]  9290/6
late [6]  9230/11 9230/12 9234/7
9235/23 9236/17 9312/15
Late 2009 [1]  9235/23
later [7]  9223/10 9250/19 9285/14
9286/24 9311/10 9311/24 9321/22
Law [3]  9216/15 9216/18 9217/5
lays [1]  9253/3
lead [6]  9234/7 9234/9 9238/23 9262/18
9292/14 9297/23
leader [22]  9242/18 9245/5 9247/10
9256/10 9274/21 9341/18 9341/20
9341/22 9343/3 9343/4 9343/16
9343/17 9348/7 9351/2 9351/12
9351/19 9351/23 9352/7 9367/22
9380/20 9381/2 9381/4
leader's [1]  9277/21
leader's/company [1]  9277/21
leaders [38]  9234/22 9237/8 9238/18
9239/10 9244/12 9245/9 9245/12
9245/21 9246/4 9248/6 9253/9 9274/17
9274/18 9305/4 9325/5 9325/6 9331/15
9333/18 9334/7 9334/10 9334/12
9335/2 9335/23 9341/8 9341/13 9347/3
9347/4 9348/3 9351/13 9352/8 9366/21
9367/4 9367/6 9367/7 9367/8 9379/22
9380/3 9382/1
leadership [17]  9234/11 9237/11
9239/13 9243/4 9243/4 9244/2 9244/2
9245/11 9248/20 9256/14 9267/2
9269/18 9269/21 9270/2 9278/13
9362/2 9383/2
leadership-related [1]  9267/2
leading [3]  9230/24 9289/1 9289/2
lean [1]  9289/23
learn [2]  9265/2 9268/11
learned [10]  9236/5 9236/6 9236/9
9248/1 9248/2 9248/13 9248/16 9265/9
9267/25 9353/19
learnings [2]  9236/1 9247/23
lease [5]  9270/17 9270/19 9271/3
9294/13 9294/16
LEASING [1]  9215/8
least [8]  9229/21 9294/10 9299/13

9307/17 9320/17 9334/19 9335/10
9340/5
leave [2]  9309/13 9374/24
leaving [1]  9275/9
led [8]  9230/21 9231/17 9233/25
9235/12 9235/17 9257/18 9262/16
9264/16
left [26]  9226/20 9226/22 9236/10
9252/12 9263/5 9263/6 9263/14 9274/2
9276/17 9277/2 9277/19 9281/12
9282/7 9282/8 9282/23 9284/7 9289/25
9313/20 9338/3 9352/1 9352/24 9363/6
9370/8 9376/25 9378/25 9381/24
left-hand [4]  9252/12 9263/6 9370/8
9376/25
leg [2]  9277/7 9277/10
Leger [2]  9216/12 9216/12
legs [1]  9277/3
length [1]  9277/9
LEON [2]  9225/9 9225/13
less [1]  9250/19
lessons [5]  9236/5 9236/6 9265/9
9267/25 9353/19
let [24]  9224/6 9232/2 9233/13 9240/14
9244/18 9253/21 9274/16 9276/22
9276/24 9277/22 9287/17 9310/15
9314/16 9324/4 9325/3 9330/2 9338/25
9345/21 9348/7 9355/18 9364/7 9367/6
9375/15 9381/24
let's [38]  9216/11 9229/21 9241/2
9250/15 9255/14 9272/25 9301/6
9305/10 9309/19 9313/12 9316/18
9319/12 9325/21 9328/5 9329/22
9330/10 9331/9 9331/23 9339/12
9341/6 9342/6 9361/10 9362/13
9362/25 9363/2 9363/10 9363/18
9364/1 9364/7 9364/20 9369/5 9374/9
9375/9 9376/20 9378/3 9384/2 9386/22
9387/4
letter [2]  9271/9 9294/19
level [9]  9258/25 9259/2 9259/7 9259/8
9259/9 9261/8 9293/2 9363/12 9366/7
Level 4 [2]  9259/2 9259/7
levels [1]  9260/20
leverages [1]  9305/25
Lewis [4]  9216/5 9218/18 9220/2 9220/8
LI [1]  9219/15
life [5]  9283/23 9283/24 9283/25
9291/12 9295/24
lifeboat [8]  9273/15 9273/16 9290/10
9291/16 9291/17 9366/4 9374/21
9375/23
lifeboats [3]  9288/9 9291/12 9374/20
lifted [1]  9277/7
light [2]  9268/25 9281/12
lights [1]  9283/16
like [45]  9224/5 9240/20 9242/7 9243/16
9244/2 9250/22 9253/15 9260/1
9263/11 9266/5 9266/17 9268/21
9276/5 9279/4 9280/7 9282/14 9288/15
9293/24 9299/20 9308/2 9313/12
9314/7 9314/20 9318/15 9329/17
9333/18 9334/3 9334/14 9334/24
9335/5 9336/13 9336/14 9337/23
9339/6 9344/6 9346/18 9347/25
9349/17 9350/8 9353/18 9356/17
9369/12 9371/21 9377/4 9379/9
limitation [1]  9257/10
limited [2]  9305/23 9306/18
line [26]  9247/20 9257/2 9261/23
9262/5 9319/20 9332/2 9346/10
9348/12 9350/8 9356/4 9356/5 9377/16
9377/17 9377/19 9378/2 9378/9

9378/12 9378/13 9378/16 9378/17
9378/21 9379/2 9382/2 9382/22
9379/2 9383/10
lined [2]  9275/4 9378/23
lines [2]  9355/10 9362/13
linking [1]  9323/21
Liskow [1]  9218/18
list [14]  9222/10 9222/12 9222/19
9223/3 9223/5 9223/6 9223/8 9223/9
9224/3 9224/4 9224/8 9224/13 9224/18
9323/2
listed [3]  9242/12 9243/17 9247/8
listen [1]  9365/16
lists [2]  9223/3 9223/12
literally [1]  9349/9
Litigation [1]  9218/3
little [13]  9223/10 9224/20 9226/3
9226/7 9226/12 9228/12 9258/11
9275/20 9277/15 9297/16 9320/12
9342/9 9363/12
littlest [1]  9334/6
lived [1]  9292/15
living [2]  9293/7 9311/8
LLC [11]  9215/19 9215/22 9216/2
9216/15 9218/15 9219/6 9219/6
9219/10 9219/14 9219/18 9219/22
LLP [6]  9216/21 9218/21 9219/2 9219/9
9219/13 9219/22
loaded [2]  9282/4 9288/6
location [1]  9280/3
locker [1]  9283/24
log [1]  9326/6
logical [4]  9304/21 9347/1 9347/25
9348/9
logo [1]  9338/1
London [1]  9232/21
long [8]  9231/9 9235/19 9270/16 9271/5
9273/20 9281/16 9291/18 9364/6
longer [1]  9272/18
look [36]  9228/22 9232/21 9238/5
9241/15 9241/18 9249/10 9256/4
9258/6 9258/18 9259/1 9260/4 9260/18
9261/7 9261/14 9263/1 9263/17
9266/19 9267/4 9276/8 9276/10
9279/23 9285/15 9285/19 9294/22
9299/16 9301/11 9302/7 9303/15
9303/25 9308/11 9321/21 9323/8
9323/10 9328/5 9329/17 9371/25
looked [20]  9226/24 9238/8 9241/16
9241/25 9242/1 9261/18 9263/20
9265/4 9265/5 9275/3 9279/1 9288/7
9290/1 9315/10 9316/23 9324/12
9329/15 9351/15 9372/2 9372/19
looking [15]  9267/11 9271/5 9281/14
9282/19 9285/20 9285/21 9286/5
9326/8 9327/10 9329/4 9370/4
looks [5]  9266/5 9318/14 9337/23
9339/6 9369/12
Los [1]  9219/16
losing [2]  9270/16 9294/13
loss [1]  9291/8
lost [2]  9287/24 9291/9
lot [28]  9234/21 9234/22 9234/24
9235/1 9235/10 9235/11 9236/6
9236/23 9247/17 9248/16 9250/16
9250/16 9256/20 9268/19 9279/9
9284/15 9287/22 9290/21 9290/21
9295/9 9332/15 9334/22 9335/3 9349/2
9373/22 9373/25 9374/2 9374/4
lots [7]  9250/21 9256/20 9281/6 9281/6
9286/23 9287/22 9287/25
loud [1]  9377/8
LOUISIANA [23]  9215/2 9215/6 9215/21

**L**

LOUISIANA... [20] 9215/24 9216/7
9216/13 9216/16 9216/19 9216/23
9217/7 9218/11 9218/12 9218/13
9218/15 9218/17 9218/20 9219/7
9219/20 9220/13 9227/13 9332/23
9360/7 9387/12
low [2] 9324/5 9377/11
lower [2] 9287/9 9370/8
lowered [1] 9290/23
LSU [1] 9227/16 9230/1
LUIS [1] 9219/15
lunch [2] 9365/17 9387/5
LUNCHEON [1] 9387/7
LUTHER [1] 9218/8

**M**

Macondo [54] 9236/1 9238/10 9238/13
9239/23 9240/2 9240/5 9240/7 9240/15
9242/3 9252/10 9262/20 9262/20
9262/23 9263/4 9263/12 9266/17
9267/1 9269/6 9270/14 9270/15 9271/4
9272/12 9272/15 9279/7 9293/25
9294/3 9302/3 9302/17 9304/13
9306/11 9306/12 9308/2 9309/5
9309/15 9311/15 9311/24 9315/19
9320/19 9321/5 9330/7 9330/8 9341/24
9342/6 9343/3 9344/11 9346/4 9347/25
9357/14 9357/20 9358/6 9359/15
9360/2 9361/5 9385/15
made [28] 9240/2 9240/24 9255/13
9258/4 9259/23 9275/21 9277/23
9288/9 9288/10 9290/25 9306/23
9312/23 9313/7 9320/7 9324/20
9324/22 9326/9 9349/22 9351/3
9352/25 9356/10 9356/17 9356/19
9357/9 9357/19 9368/3 9374/20
9383/14
magazine [2] 9217/6 9228/10
Mahtook [1] 9219/18
mail [28] 9223/17 9242/8 9242/12
9243/17 9249/12 9266/22 9294/24
9295/22 9297/2 9322/17 9331/3
9331/11 9331/14 9332/9 9332/22
9333/7 9336/15 9343/18 9347/9
9347/17 9361/13 9361/23 9362/3
9363/20 9365/12 9365/19 9365/21
9381/6
mails [2] 9347/12 9347/16
Main [1] 9216/22
maintenance [3] 9278/12 9278/21
9278/22
major [10] 9227/23 9241/5 9261/22
9262/6 9305/19 9305/19 9309/8
9338/22 9384/2 9384/3
majority [1] 9323/20
make [27] 9236/2 9236/4 9244/4
9247/11 9254/13 9254/24 9265/9
9265/23 9286/25 9299/10 9308/19
9312/13 9314/17 9326/14 9329/21
9329/21 9333/2 9344/14 9347/1 9348/7
9348/9 9349/17 9364/17 9371/22
9372/4 9377/20 9377/22
makes [2] 9229/7 9342/4
making [9] 9239/3 9240/1 9241/10
9257/23 9261/2 9296/11 9347/25
9350/13 9371/16
MALINDA [2] 9217/21 9224/1
man [9] 9274/9 9274/14 9274/17 9346/3
9347/22 9351/2 9368/8 9374/24
9380/17
man's [6] 9274/20 9275/9 9277/22

9350/1 9350/6 9366/9
manage [1] 9295/3 9295/9
manageability [1] 9302/25
managed [2] 9340/10 9340/24
management [61] 9230/20 9234/6
9234/24 9240/19 9240/22 9246/17
9249/7 9251/18 9251/20 9251/22
9252/3 9252/15 9254/12 9254/20
9260/2 9260/16 9261/11 9298/6 9298/7
9298/8 9298/16 9298/20 9298/22
9298/23 9299/2 9299/2 9299/3 9299/4
9299/5 9299/9 9300/11 9300/14
9300/15 9301/15 9302/1 9302/22
9303/8 9306/5 9306/23 9307/10
9307/23 9311/22 9315/3 9315/5
9315/11 9315/16 9318/1 9319/5 9319/8
9320/8 9323/15 9327/17 9328/25
9329/6 9335/8 9340/8 9341/3 9343/4
9360/19 9372/1 9376/7
manager [12] 9230/25 9233/21 9233/22
9240/9 9265/16 9266/1 9308/6 9342/3
9354/4 9358/5 9361/25 9382/18
managers [6] 9244/15 9244/16 9248/7
9253/10 9266/1 9367/4
manages [1] 9340/9
managing [4] 9246/21 9248/11 9265/18
9305/23
manual [4] 9304/2 9304/14 9385/23
9385/25
manuals [1] 9385/24
many [6] 9234/15 9239/11 9260/7
9260/8 9288/19 9329/15
March [21] 9242/9 9244/9 9244/10
9244/20 9245/25 9249/13 9294/1
9294/2 9295/2 9295/14 9295/21
9296/25 9312/15 9312/16 9312/18
9312/20 9313/6 9361/14 9362/17
9363/21 9366/25
March 17th [1] 9294/1
March 25th [1] 9363/21
March 26th of [1] 9249/13
March 29th of [1] 9242/9
March 4th [1] 9312/20
March 4th was [1] 9312/16
March 8th [2] 9295/2 9295/14
March 8th kick [1] 9362/17
March 9th [1] 9361/14
March 9th of [1] 9295/21
Mark [1] 9368/8
marks [6] 9332/13 9332/20 9333/11
9347/12 9381/8 9381/10
master [2] 9287/16 9288/25
master's [3] 9227/13 9228/5 9229/2
material [1] 9327/3
matter [4] 9243/2 9298/23 9300/11
9387/13
matters [2] 9222/7 9224/25
MATTHEW [1] 9218/23
mature [1] 9334/12
may [14] 9225/16 9237/18 9251/23
9294/10 9294/13 9302/4 9304/19
9309/11 9313/14 9329/18 9332/20
9358/11 9381/18 9385/22
May 16th [1] 9294/13
May 20th [1] 9294/10
maybe [8] 9229/4 9229/8 9337/2 9338/5
9341/12 9342/4 9342/8 9351/6
MAZE [2] 9218/8 9348/21
McCLELLAN [1] 9217/19
McDonald's [2] 9342/3 9343/7
MD [1] 9215/4

me [69] 9223/17 9224/19 9226/2 9229/7
9229/12 9240/1 9240/14 9245/18
9246/14 9247/23 9253/21 9265/17
9266/2 9266/8 9266/11 9272/20
9273/12 9273/15 9274/2 9274/16
9274/20 9274/20 9275/2 9275/8 9277/5
9277/6 9282/14 9287/17 9290/17
9291/7 9291/10 9291/25 9297/4 9297/7
9298/2 9304/6 9309/8 9310/15 9310/19
9311/12 9314/16 9317/12 9324/4
9324/4 9325/3 9327/18 9329/17 9330/2
9330/24 9333/14 9333/15 9333/16
9333/16 9333/25 9334/5 9338/25
9342/24 9345/21 9345/22 9346/23
9348/5 9348/7 9355/18 9357/8 9361/24
9364/7 9367/6 9375/15 9381/24
mean [20] 9250/8 9264/2 9281/20
9284/15 9285/20 9287/16 9292/25
9296/8 9297/25 9328/24 9329/15
9329/16 9337/24 9339/8 9342/1 9343/7
9347/13 9353/12 9370/20 9386/18
means [1] 9332/17
meant [3] 9273/17 9344/14 9345/8
measures [2] 9319/18 9385/18
mechanical [1] 9220/17
meet [7] 9234/24 9240/9 9244/11
9244/14 9245/10 9270/10 9277/18
meeting [16] 9232/23 9242/22 9243/3
9244/10 9244/15 9244/16 9245/1
9245/16 9245/20 9245/24 9278/13
9278/17 9279/12 9332/24 9356/9
9366/13
meetings [16] 9237/11 9237/14 9237/15
9239/25 9240/8 9240/13 9240/16
9245/6 9246/2 9248/3 9248/19 9248/20
9270/5 9356/13 9383/13 9383/17
members [2] 9238/13
men [4] 9234/15 9262/2 9338/9 9376/15
mention [3] 9379/10 9379/13 9379/17
mentioned [2] 9270/7 9283/17
merged [1] 9232/17
message [1] 9352/2
messing [1] 9328/13
met [15] 9236/7 9237/5 9237/6 9246/21
9246/22 9262/8 9270/7 9273/8 9274/20
9274/20 9275/10 9278/15 9280/15
9348/25 9353/16
meters [2] 9281/10 9384/11
MEXICO [37] 9215/5 9225/24 9226/9
9231/19 9231/24 9232/12 9234/8
9234/9 9234/14 9235/8 9235/18
9235/21 9235/22 9236/21 9238/23
9239/12 9242/18 9244/8 9251/17
9253/5 9255/17 9262/3 9296/18
9313/20 9314/6 9328/15 9329/3
9340/12 9340/21 9354/4 9354/14
9357/10 9358/22 9360/25 9379/21
9383/20 9386/5
Mexico's [1] 9238/4
MICHAEL [2] 9217/9 9219/14
MICHELLE [1] 9217/20
microphone [1] 9226/2
middle [2] 9346/19 9370/25
might [5] 9245/15 9297/23 9312/22
9326/13 9350/14
MIKE [4] 9219/3 9330/21 9334/25
9334/25
Mike Zanghi [1] 9334/25
mile [1] 9249/24
MILLER [1] 9219/6
million [6] 9342/8 9342/9 9342/10
9342/25 9343/10 9344/7
millions [2] 9342/18 9342/18

# M

Minerals [1]  9249/7
mini [2]  9379/1 9379/1
minus [1]  9377/7
minute [4]  9265/23 9322/18 9330/10
9359/12
minutes [12]  9273/14 9273/22 9288/15
9288/17 9288/19 9288/19 9373/23
9377/12 9377/12 9379/1 9386/25
9387/2
misinterpreted [2]  9336/3 9337/14
missed [1]  9279/17
Mississippi [1]  9227/11
misspoke [1]  9267/6
Mitchell [1]  9386/23
mitigate [3]  9241/23 9272/4 9338/22
mitigating [3]  9384/5 9384/12 9384/18
mitigation [3]  9267/25 9268/6 9299/6
mitigations [2]  9241/21 9251/24
MMS [15]  9249/17 9249/19 9250/3
9271/6 9271/9 9271/22 9294/17
9294/19 9332/24 9344/5 9345/12
9345/24 9346/7 9352/16 9366/23
Mobile [1]  9216/4
module [1]  9369/13
moment [1]  9269/11
momentarily [1]  9262/17
Monday [2]  9294/20 9333/5
money [1]  9296/11
monitor [4]  9241/15 9378/15 9378/16
9378/24
monitored [2]  9378/25 9379/2
monitoring [1]  9338/23
monitors [2]  9281/7 9370/5
Montgomery [1]  9218/10
month [5]  9261/6 9261/6 9293/23
9354/9 9358/6
monthly [1]  9246/22
moored [1]  9283/1
more [13]  9268/2 9272/18 9272/22
9296/11 9331/6 9334/13 9334/13
9343/10 9356/2 9357/6 9357/9 9367/11
9386/22
Morel [2]  9238/16 9386/7
morning [19]  9215/14 9222/1 9222/5
9222/17 9223/1 9223/3 9224/1 9224/11
9224/19 9225/19 9291/21 9292/1
9292/2 9292/12 9293/16 9293/17
9346/24 9360/12 9360/13
mornings [1]  9240/10
most [1]  9241/10
motivated [1]  9249/23
move [10]  9235/15 9268/12 9284/18
9285/2 9301/8 9303/1 9309/18 9311/7
9315/12 9316/18 9329/22 9334/13
9334/21 9380/21 9380/25 9381/5
moved [9]  9230/9 9230/18 9231/12
9233/21 9233/25 9234/5 9235/25
9281/17 9312/3
moving [2]  9288/4 9307/25
MPCP [1]  9305/18
Mr [14]  9225/4 9247/2 9278/3 9331/25
9332/9 9335/10 9339/22 9360/12
9367/4 9368/20 9370/7 9381/21
9381/24 9381/24
Mr. [188]
Mr. Adamson [1]  9247/4
Mr. Andrew [1]  9386/23
Mr. Bea [1]  9270/14
Mr. Bea's [1]  9270/21
Mr. Caldwell [1]  9242/10
Mr. Cocales [1]  9339/21

Mr. Corser [2]  9375/11 9375/13
Mr. David Sims [1]  9365/5
Mr. Doyen [1]  9224/19
Mr. Dupree [4]  9238/24 9242/17
9242/20 9256/10
Mr. Dupree's [1]  9256/14
Mr. Ezell [2]  9278/3 9278/4
Mr. Grant [2]  9249/12 9249/18
Mr. Guide [25]  9242/14 9238/18
9244/22 9245/1 9305/2 9339/15
9341/15 9342/6 9343/3 9343/10
9343/19 9344/6 9344/10 9344/18
9344/22 9346/3 9346/7 9346/10
9347/22 9349/5 9349/9 9363/16
9365/13 9365/18 9386/6
Mr. Guide's [2]  9223/6 9223/16
Mr. Hafle [8]  9238/16 9339/19 9368/9
9368/13 9368/16 9368/21 9379/18
9386/6
Mr. Harrell [11]  9278/4 9288/11 9288/14
9288/20 9289/11 9289/16 9372/25
9373/4 9373/5 9373/9 9373/12
Mr. Herman [7]  9307/1 9310/1 9310/11
9358/18 9360/16 9384/25 9385/8
Mr. Jackson [4]  9382/24 9383/3 9383/6
9383/11
Mr. Jackson's [3]  9355/12 9383/7
9383/24
Mr. Jassal [2]  9314/2 9316/11
Mr. John [2]  9222/11 9363/11
Mr. Kaluza [16]  9332/18 9333/8 9333/12
9333/18 9336/8 9336/10 9337/4 9337/8
9343/16 9366/10 9366/20 9367/9
9367/11 9379/14 9381/7 9381/11
Mr. Kaluza's [2]  9331/19 9332/9
Mr. Keplinger [3]  9369/19 9369/24
9370/4
Mr. Kuchta [1]  9370/15
Mr. Lacey [1]  9363/8
Mr. Lacy [3]  9237/2 9237/3 9237/5
Mr. Little [1]  9363/12
Mr. Morel [2]  9238/16 9386/7
Mr. O'Bryan [24]  9225/2 9225/3 9225/20
9225/21 9236/13 9236/13 9236/16
9242/8 9256/7 9280/5 9291/5 9292/25
9293/16 9294/24 9301/11 9308/25
9310/14 9316/22 9330/20 9337/19
9346/11 9348/13 9358/2 9386/4
Mr. O'Bryan's [1]  9316/8
Mr. Porter [2]  9295/18 9295/18
Mr. Shanks [3]  9223/8 9224/19 9224/22
Mr. Shanks' [1]  9223/6
Mr. Shaw [2]  9238/24 9256/7
Mr. Sims [26]  9238/17 9266/3 9266/15
9266/22 9267/12 9267/15 9268/24
9269/4 9269/8 9272/11 9272/14 9278/4
9289/25 9339/17 9347/22 9349/5
9349/9 9349/15 9349/22 9363/16
9365/11 9373/10 9373/11 9374/13
9374/17 9386/6
Mr. Sterbcow's [1]  9310/18
Mr. Trahan [2]  9266/3 9278/4
Mr. Underhill [2]  9349/4 9381/6
Mr. Vidrine [7]  9332/10 9368/7 9368/12
9368/15 9368/21 9379/14 9379/18
Mr. Walz [2]  9340/4 9386/7
Mr. Winslow [2]  9266/3 9276/23
much [10]  9269/25 9283/8 9283/10
9284/19 9285/14 9288/13 9288/16
9300/21 9331/6 9335/6
mud [10]  9283/2 9284/7 9284/22
9286/15 9290/7 9370/11 9370/21

9376/9 9377/17 9377/18
Mud [1]  9228/17
multiple [4]  9251/3 9301/3 9303/1
9347/5
Munger [1]  9219/13
must [1]  9322/10
muster [1]  9273/18
my [84]  9222/11 9225/13 9226/24
9227/23 9228/5 9228/6 9229/2 9229/12
9230/7 9230/18 9230/20 9234/20
9236/25 9237/13 9237/19 9237/19
9242/3 9244/6 9244/7 9247/19 9248/8
9249/3 9262/7 9264/19 9264/20 9265/8
9265/8 9273/11 9273/25 9274/2 9274/2
9274/5 9274/6 9274/6 9277/19 9277/20
9277/22 9284/20 9290/13 9290/14
9292/3 9292/4 9292/4 9292/6 9292/7
9292/10 9293/18 9299/21 9310/1
9310/4 9313/19 9314/10 9322/1
9329/1 9329/3 9330/20 9332/7 9336/6
9336/7 9337/11 9337/13 9338/15
9338/25 9344/12 9345/10 9345/22
9347/21 9349/24 9350/15 9351/3
9351/21 9351/21 9353/23 9355/22
9356/8 9360/14 9361/8 9362/4 9365/19
9371/5 9380/22 9380/23 9381/12
9387/12
myself [7]  9276/9 9279/20 9290/19
9291/15 9314/7 9335/2 9349/20

# N

N.3.1 [1]  9267/11
NAM [1]  9328/9
name [14]  9225/11 9225/13 9281/15
9293/18 9330/20 9333/15 9333/16
9333/25 9334/1 9341/17 9341/20
9358/22 9360/14 9369/20
names [1]  9379/5
narrow [1]  9352/6
NATHANIEL [1]  9217/16
National [2]  9249/19 9250/1
Natural [1]  9217/13
near [2]  9287/10 9373/20
necessary [2]  9349/16 9385/18
need [26]  9241/17 9256/24 9256/25
9258/12 9289/14 9290/1 9290/2 9290/4
9291/17 9296/18 9299/12 9302/23
9331/11 9346/7 9356/11 9356/14
9357/5 9357/5 9357/6 9359/16 9365/22
9375/3 9382/8 9383/15 9383/18
9383/21
needed [16]  9245/15 9266/10 9271/19
9272/3 9275/7 9278/24 9287/16
9287/19 9289/9 9291/11 9292/22
9318/18 9319/1 9334/21 9359/11
9385/5
needs [3]  9334/20 9356/14 9383/18
negative [34]  9275/4 9331/5 9332/11
9333/19 9333/23 9335/5 9336/2
9336/13 9337/5 9345/4 9345/5 9345/7
9345/8 9345/14 9345/17 9345/18
9345/21 9352/5 9352/10 9353/12
9366/18 9367/13 9368/14 9378/2
9378/16 9379/2 9379/23 9380/4 9380/9
9380/13 9380/20 9382/2 9382/6
9382/13
Neil [6]  9353/21 9353/22 9353/23
9353/23 9353/25 9358/4
neither [1]  9368/20
never [10]  9257/8 9299/11 9299/14
9299/16 9302/2 9304/13 9321/4 9339/4
9349/22 9355/4
new [14]  9215/6 9215/24 9216/7

# N

new... [11] 9216/13 9217/7 9218/17
9218/20 9219/7 9220/13 9230/22
9292/1 9298/14 9311/20 9328/18
New Orleans [1] 9292/1
next [21] 9225/4 9235/15 9245/5 9274/5
9292/1 9292/12 9295/21 9307/23
9308/22 9310/10 9310/18 9310/25
9318/9 9342/11 9346/15 9357/4
9374/23 9377/8 9377/22 9378/3
9385/23
next-to-last [1] 9374/23
nice [2] 9253/7 9337/24
night [17] 9223/10 9270/3 9274/3
9274/4 9274/25 9279/14 9299/13
9333/1 9333/6 9333/6 9333/6 9335/12
9337/6 9349/25 9350/23 9369/16
9375/23
Nile [5] 9271/2 9271/24 9294/4 9294/6
9294/8
nine [1] 9313/11
Ninth [1] 9216/19
no [131] 9222/12 9222/21 9223/7
9223/19 9224/5 9224/14 9224/21
9224/23 9230/15 9233/12 9239/6
9239/24 9240/3 9240/13 9240/17
9240/25 9246/6 9246/9 9246/12 9247/7
9250/8 9251/8 9251/14 9253/25
9257/14 9262/1 9263/15 9264/8 9268/8
9268/11 9268/13 9268/13 9268/13
9269/3 9269/7 9269/16 9269/19
9269/23 9270/11 9270/11 9270/23
9271/16 9272/13 9272/20 9278/7
9278/9 9282/21 9285/8 9286/11
9286/14 9287/15 9288/23 9289/7
9289/14 9289/20 9290/14 9290/17
9294/19 9297/2 9297/4 9297/5 9297/7
9299/1 9302/4 9303/24 9309/21
9312/21 9315/14 9319/6 9319/9
9320/18 9320/20 9321/10 9321/12
9322/14 9322/14 9325/10 9325/19
9325/20 9326/22 9327/2 9330/5 9330/9
9332/17 9332/17 9340/11 9344/20
9344/21 9345/15 9349/24 9351/3
9355/2 9355/6 9355/8 9355/12 9355/24
9356/18 9357/17 9357/22 9357/22
9358/12 9359/19 9360/6 9360/8 9362/8
9362/9 9365/17 9365/20 9366/24
9367/10 9368/2 9368/15 9368/19
9368/25 9370/6 9371/19 9372/6 9374/3
9378/10 9379/1 9379/9 9379/12
9379/13 9379/16 9379/17 9379/19
9381/12 9381/15 9382/15 9383/5
9386/19
no-blame [1] 9268/11
nobody [1] 9358/9
noise [1] 9283/6
nominated [2] 9249/6 9250/3
none [3] 9222/24 9224/9 9298/1
nonexistent [4] 9333/21 9335/13
9336/13 9337/6
NONJURY [1] 9215/14
nonproductive [4] 9296/7 9296/10
9296/12 9297/11
noon [1] 9387/13
nope [1] 9256/5
Norfolk [1] 9219/23
north [7] 9218/12 9234/1 9246/22
9265/19 9339/9 9342/8 9342/24
North America [1] 9265/19
not [141] 9224/17 9228/21 9228/25
9232/8 9233/12 9239/6 9239/24 9240/3
9240/4 9241/1 9242/4 9244/3 9246/23
9249/9 9250/18 9251/1 9251/10
9251/11 9253/23 9253/25 9255/11
9256/17 9257/15 9259/18 9261/16
9261/17 9261/22 9262/1 9263/9 9264/8
9264/25 9267/21 9269/16 9270/24
9271/24 9272/6 9272/24 9275/8
9275/25 9282/19 9289/8 9291/15
9296/14 9298/14 9299/22 9299/25
9300/2 9306/21 9307/9 9307/15
9309/14 9310/17 9313/7 9314/19
9315/9 9316/8 9318/24 9321/6 9321/8
9322/10 9322/12 9322/14 9327/14
9330/5 9331/6 9332/12 9333/5 9333/14
9338/12 9338/13 9338/17 9339/8
9340/17 9341/5 9341/21 9342/2 9342/7
9342/11 9342/17 9342/24 9344/2
9345/15 9346/7 9346/11 9346/18
9347/5 9348/4 9348/4 9349/18 9349/24
9350/17 9351/3 9352/4 9355/2 9355/8
9355/20 9356/11 9356/15 9356/23
9357/7 9357/9 9357/15 9357/18
9359/18 9361/8 9361/15 9363/4
9363/16 9363/21 9364/5 9364/25
9365/5 9365/17 9365/20 9366/2 9367/6
9367/10 9367/23 9368/9 9368/13
9368/24 9368/25 9369/9 9369/13
9370/5 9371/13 9371/20 9372/4 9373/8
9374/8 9374/14 9378/7 9379/9 9380/6
9380/8 9381/12 9382/16 9382/22
9383/15 9383/19
note [1] 9308/5
noted [1] 9324/11
notes [1] 9374/11
nothing [8] 9293/10 9297/7 9307/3
9329/19 9348/13 9358/12 9381/13
9386/20
notice [1] 9268/22
noticed [2] 9276/12 9282/16
notified [1] 9249/18
November [4] 9235/23 9235/24 9316/25
9327/11
November 2010 [1] 9235/23
November 3rd [1] 9316/25
now [60] 9227/5 9228/14 9228/24
9231/14 9233/18 9234/13 9237/24
9238/5 9239/2 9240/4 9242/7 9243/16
9247/8 9255/15 9255/22 9257/8 9260/1
9260/18 9261/5 9263/1 9266/19 9267/4
9267/11 9269/11 9279/23 9289/11
9297/16 9305/10 9310/25 9318/9
9324/11 9324/20 9325/11 9338/5
9340/7 9341/1 9341/12 9342/1 9342/6
9343/22 9345/1 9362/25 9363/16
9364/20 9364/20 9365/4 9371/2
9372/15 9372/25 9373/8 9374/20
9374/23 9375/15 9376/25 9379/8
9379/20 9380/3 9383/6 9385/9 9385/21
NPT [3] 9296/4 9296/6 9296/21
number [13] 9228/14 9239/17 9248/22
9249/12 9249/16 9256/13 9342/10
9342/19 9353/17 9374/17 9385/11
9386/8 9386/12
numbered [1] 9387/13
numbers [6] 9281/14 9290/13 9325/15
9325/15 9342/15 9350/15
numerous [1] 9251/3
NW [1] 9219/3

# O

O'Bryan [33] 9225/2 9225/3 9225/4
9225/9 9225/13 9225/20 9225/21
9236/13 9236/13 9236/16 9242/8
9256/7 9280/5 9291/5 9292/25 9293/16
9294/24 9294/24 9294/1 9302/5 9310/14
9316/22 9330/20 9330/20 9331/25
9337/19 9346/11 9348/13 9348/25
9358/2 9360/12 9381/21 9381/24
9386/4
O'Bryan's [1] 9316/8
O'Keefe [1] 9215/23
O'ROURKE [1] 9217/14
O-B-R-Y-A-N [1] 9225/14
oath [1] 9355/3
object [8] 9308/9 9309/16 9316/7
9324/24 9335/15 9346/9 9348/12
9357/23
objection [14] 9222/12 9222/16 9223/14
9223/19 9224/7 9224/21 9233/11
9289/1 9299/11 9301/2 9306/25 9307/5
9309/21 9348/15
objections [9] 9222/15 9222/21 9222/23
9223/7 9223/9 9223/11 9224/5 9224/15
9224/16
objectives [2] 9364/11 9364/13
objects [2] 9278/11 9278/20
obligation [1] 9382/21
observe [2] 9291/6 9385/20
obviously [25] 9234/20 9236/25 9241/2
9246/24 9247/10 9247/20 9256/19
9257/2 9259/6 9261/7 9270/25 9271/4
9271/11 9271/24 9272/17 9281/5
9284/16 9285/23 9288/16 9292/4
9292/11 9299/16 9313/10 9343/22
9386/12
occurred [3] 9245/18 9283/15 9335/23
occurring [1] 9248/6
October [1] 9326/19
October 20 [1] 9326/19
off [20] 9241/17 9272/3 9273/7 9274/1
9275/22 9275/23 9277/7 9277/20
9277/21 9281/12 9293/25 9333/1
9365/15 9367/18 9375/2 9375/4
9375/12 9378/12 9381/24 9382/9
offer [4] 9222/12 9222/21 9224/5
9224/15
office [24] 9215/20 9217/16 9217/22
9218/13 9219/19 9268/20 9274/9
9274/20 9275/9 9277/22 9339/13
9339/13 9340/7 9340/10 9340/24
9341/14 9347/23 9350/6 9351/1 9351/2
9351/4 9351/25 9352/1 9366/9
officer [3] 9243/7 9256/23 9371/2
officers [1] 9369/22
Official [3] 9220/12 9387/11 9387/6
offshore [7] 9219/6 9219/10 9219/14
9219/18 9219/22 9234/2 9382/18
often [1] 9296/15
oh [6] 9276/4 9317/12 9342/19 9347/15
9351/5 9351/14
oil [12] 9215/4 9215/4 9228/7 9229/11
9229/13 9229/15 9229/22 9230/2
9230/4 9230/7 9377/17 9377/18
oil-based [3] 9228/7 9377/17 9377/18
OIM [12] 9273/9 9275/11 9276/9
9286/14 9286/21 9287/17 9288/25
9289/9 9289/11 9372/25 9375/12
9382/18
okay [112] 9223/22 9223/25 9226/22
9228/24 9229/15 9229/23 9230/12
9232/14 9236/10 9236/19 9236/19
9237/22 9238/5 9238/16 9239/1 9239/7
9239/25 9240/12 9242/17 9245/19
9246/13 9249/9 9252/18 9254/4 9255/1
9255/14 9255/22 9257/5 9258/6
9260/11 9260/15 9262/12 9262/17

okay... [79] 9263/8 9264/6 9264/12
9266/15 9266/19 9266/25 9268/22
9270/13 9273/2 9277/13 9284/4
9285/17 9287/12 9288/10 9293/3
9293/21 9294/21 9297/15 9300/3
9300/3 9300/5 9301/8 9301/16 9302/18
9303/7 9303/25 9305/9 9306/16 9307/5
9308/12 9308/15 9308/21 9309/11
9310/11 9310/12 9310/23 9310/25
9312/19 9314/14 9314/25 9315/25
9317/2 9320/11 9323/9 9324/25
9325/16 9325/17 9326/19 9327/8
9327/21 9328/5 9328/11 9329/10
9331/8 9336/22 9336/23 9342/12
9342/16 9342/25 9343/2 9343/6
9347/20 9351/4 9356/5 9357/18
9359/12 9364/7 9365/18 9367/8
9369/25 9370/24 9371/8 9371/15
9372/15 9374/9 9376/13 9382/23
9386/21 9387/4
Olson [1] 9219/13
OMS [83] 9250/17 9250/22 9251/5
9251/11 9251/17 9251/19 9251/21
9252/3 9252/10 9254/7 9254/8 9255/5
9255/10 9255/14 9255/16 9255/16
9255/22 9256/9 9256/25 9257/9
9257/17 9257/19 9258/19 9261/3
9261/11 9261/20 9297/20 9298/5
9298/9 9298/16 9298/16 9298/18
9298/20 9298/24 9298/25 9299/7
9299/8 9299/9 9300/12 9300/13
9300/15 9300/19 9300/22 9300/25
9301/13 9301/15 9301/19 9302/24
9303/18 9304/2 9304/14 9306/4
9307/18 9307/19 9307/20 9308/1
9310/17 9311/8 9314/20 9317/3 9317/6
9317/11 9317/16 9317/22 9317/25
9318/3 9318/21 9319/13 9319/16
9320/4 9320/8 9327/9 9338/12 9338/16
9341/2 9358/19 9359/14 9384/21
9384/23 9384/23 9385/7 9386/2 9386/2
OMS' [1] 9318/1
on-rig [1] 9351/17
once [10] 9226/24 9231/15 9236/22
9261/16 9278/9 9280/11 9281/16
9289/11 9289/16 9291/14
one [103] 9223/3 9223/15 9226/23
9232/23 9233/22 9235/9 9236/3
9239/12 9240/10 9240/23 9242/24
9244/4 9245/5 9246/19 9246/19
9247/21 9248/22 9250/18 9253/6
9256/1 9259/1 9260/1 9260/13 9260/23
9261/6 9264/18 9264/20 9264/23
9264/25 9265/8 9265/9 9265/13 9266/1
9268/17 9268/21 9270/25 9271/5
9271/22 9274/12 9276/10 9277/2
9277/5 9278/10 9280/20 9280/22
9282/6 9282/6 9282/21 9283/18
9286/14 9290/11 9290/15 9295/24
9296/9 9298/2 9304/21 9309/20 9321/1
9321/6 9321/6 9321/8 9322/3 9322/4
9322/11 9322/24 9324/11 9324/12
9325/15 9330/2 9330/8 9331/15 9332/5
9332/7 9337/20 9341/13 9342/7
9345/16 9346/6 9346/15 9346/19
9346/19 9347/12 9347/13 9349/3
9350/15 9350/16 9351/14 9356/2
9359/18 9364/13 9365/11 9369/22
9370/5 9371/4 9371/6 9371/7 9371/18
9374/3 9375/21 9379/25 9386/8
9386/12 9386/22

one-hour [1] 9365/11
one-minute [1] 9361/2
ones [1] 9311/17
only [23] 9240/22 9244/3 9246/23
9247/12 9249/3 9255/4 9264/25 9282/9
9300/19 9322/2 9322/3 9322/4 9329/14
9337/10 9338/15 9345/16 9356/11
9356/15 9359/7 9359/25 9361/8
9383/15 9383/19
onshore [12] 9230/15 9231/19 9233/23
9234/3 9252/12 9252/19 9252/20
9253/19 9263/21 9334/11 9339/2
9368/8
open [7] 9271/25 9370/7 9378/10
9378/22 9378/24 9378/25 9380/18
open-water [1] 9271/25
opened [4] 9282/25 9283/18 9370/21
9378/16
opens [1] 9284/6
operate [5] 9251/4 9251/10 9251/11
9252/2 9253/3
operating [7] 9243/6 9252/15 9261/23
9303/23 9317/25 9318/21 9328/15
operation [12] 9247/20 9257/2 9298/12
9334/14 9338/18 9343/4 9343/9
9343/14 9344/7 9351/15 9382/19
9382/22
operational [1] 9239/23
operations [41] 9236/21 9237/4 9239/9
9244/1 9244/13 9246/11 9249/22
9250/13 9252/10 9253/1 9254/17
9254/22 9262/5 9262/15 9265/16
9265/25 9266/17 9269/5 9270/11
9270/16 9278/5 9302/8 9306/15 9315/4
9317/7 9317/13 9319/22 9320/21
9320/23 9340/9 9340/21 9340/21
9342/1 9344/4 9378/7 9380/17 9380/22
9381/1 9381/5 9385/14 9385/18
operator [11] 9249/20 9268/9 9280/20
9280/24 9281/3 9282/19 9329/4 9329/5
9371/11 9372/12 9372/13
operator's [1] 9254/24
operators [3] 9280/16 9280/17 9282/2
opinion [3] 9233/11 9237/9 9351/11
opinions [5] 9263/10 9347/2 9347/5
9348/1 9348/10
opportunity [13] 9227/1 9227/2 9228/1
9228/3 9234/24 9237/17 9244/11
9245/10 9247/23 9264/20 9291/5
9299/16 9312/12
opposed [2] 9359/15 9375/21
opposite [1] 9288/24
option [1] 9272/2
options [3] 9271/24 9272/4 9272/7
order [1] 9233/3
ordered [1] 9376/1
orders [1] 9343/19
ORG [1] 9363/24
organization [39] 9227/6 9231/18
9233/20 9234/1 9234/8 9234/10
9234/14 9234/15 9234/21 9235/1
9235/12 9236/22 9236/7 9237/8 9237/9
9238/10 9238/14 9239/8 9245/8
9245/11 9247/11 9249/6 9253/6 9253/9
9255/17 9256/11 9261/2 9262/4 9305/1
9305/3 9313/6 9330/4 9353/10 9353/11
9359/2 9363/6 9363/7 9363/10 9386/8
organizational [6] 9237/7 9238/3
9304/19 9334/15 9334/23 9363/3
organizations [3] 9256/13 9256/20
9257/1
orient [3] 9238/12 9256/9 9280/18
orientation [7] 9273/13 9273/14 9273/19

9273/20 9273/24 9273/25 9290/13
9291/4
original [1] 9312/16
originally [5] 9265/17 9272/22 9293/25
9312/19 9313/4 9342/9 9342/13
Orlando [1] 9362/3
Orleans [10] 9215/6 9215/24 9216/7
9216/13 9217/7 9218/17 9218/20
9219/7 9220/13 9292/1
other [29] 9224/25 9234/10 9234/11
9236/2 9236/7 9246/19 9247/15
9247/24 9249/16 9256/13 9265/10
9269/1 9270/6 9271/13 9272/3 9275/13
9302/5 9302/16 9305/22 9311/19
9326/22 9341/6 9341/9 9345/22
9348/16 9349/10 9368/8 9371/18
9386/7
others [2] 9233/3 9363/21
ought [1] 9276/22
our [71] 9222/10 9222/19 9222/20
9223/3 9223/5 9224/3 9225/2 9225/4
9230/22 9231/1 9231/5 9231/21
9231/25 9232/19 9233/22 9234/1
9234/2 9235/13 9236/2 9237/6 9240/9
9241/25 9242/4 9244/1 9244/8 9244/12
9244/17 9245/9 9248/17 9248/18
9251/20 9253/1 9255/4 9263/24
9265/16 9268/1 9271/10 9275/21
9275/25 9276/17 9276/17 9276/18
9278/15 9282/9 9283/23 9283/25
9288/9 9290/15 9290/25 9291/12
9295/19 9295/25 9296/19 9299/2
9299/5 9302/8 9302/9 9306/14 9320/21
9322/24 9323/20 9330/10 9334/7
9334/9 9334/10 9334/19 9336/24
9349/20 9361/25 9362/4 9372/10
ours [1] 9315/12
ourselves [2] 9238/12 9256/9
out [76] 9228/22 9229/9 9231/18
9238/10 9243/25 9244/3 9247/13
9247/13 9247/14 9253/3 9257/9
9257/17 9261/3 9261/14 9263/16
9264/5 9265/8 9265/17 9265/19
9265/20 9266/12 9271/8 9271/22
9274/12 9274/14 9275/7 9276/11
9276/19 9277/6 9277/7 9283/11
9283/12 9283/16 9285/15 9285/19
9285/22 9285/24 9286/5 9288/2 9288/4
9288/6 9288/10 9290/5 9290/14 9291/2
9294/20 9307/15 9308/4 9312/10
9318/18 9318/19 9327/24 9331/24
9333/22 9335/20 9337/24 9338/25
9340/10 9340/24 9347/21 9360/22
9365/4 9365/7 9370/12 9371/16
9371/22 9372/5 9372/19 9372/22
9373/1 9377/8 9377/21 9377/22 9385/5
9385/6 9386/14
outdated [1] 9323/21
outside [4] 9274/1 9289/25 9357/20
9370/11
over [39] 9230/9 9231/5 9238/24 9242/5
9259/11 9281/3 9281/17 9281/19
9282/17 9282/23 9282/24 9283/2
9283/3 9286/3 9287/5 9289/15 9289/23
9290/25 9324/4 9336/9 9338/1 9338/2
9339/1 9341/1 9341/3 9342/10 9342/11
9342/20 9346/20 9346/24 9352/21
9357/3 9363/8 9370/12 9371/10
9371/11 9373/18 9376/13 9384/22
over-focused [1] 9357/3
overall [5] 9238/23 9240/6 9257/18
9257/25 9374/6
overrule [1] 9307/5

Case 2:10-md-02179-CJB-DPC Document 12770 Filed 04/29/14 Page 193 of 205

Q

overruled [4]  9335/16 9336/17 9336/17
9357/25
overruns [1]  9272/24
overseas [1]  9231/2
oversee [1]  9293/8
overview [2]  9246/15 9252/21
own [6]  9226/9 9257/3 9323/13 9371/21
9372/3 9385/23
owned [14]  9251/17 9255/5 9255/9
9297/20 9298/19 9298/24 9298/25
9299/8 9300/13 9300/20 9301/1 9301/1
9314/20 9320/8

P

p.m [4]  9350/11 9368/6 9368/17
9379/17
Pacific [1]  9230/8
packet [2]  9323/19 9324/2
packing [1]  9292/9
page [22]  9221/2 9248/9 9268/10
9308/22 9310/10 9310/21 9310/23
9311/1 9318/9 9326/4 9331/11 9331/23
9355/10 9356/4 9356/5 9357/4 9377/15
9378/3 9379/8 9383/8 9385/10 9385/23
pages [4]  9308/18 9329/14 9329/15
9359/8
Palmintier [1]  9216/21
pamphlet [1]  9290/12
panel [5]  9280/18 9285/7 9287/5 9287/6
9287/8
panels [3]  9281/6 9281/9 9370/24
paper [1]  9264/4
papers [2]  9228/9 9228/14
paragraph [1]  9377/8
part [39]  9235/13 9237/13 9238/13
9243/12 9251/2 9257/9 9257/16
9259/22 9261/3 9261/25 9262/13
9262/18 9262/23 9275/1 9284/2
9296/14 9300/17 9300/21 9301/15
9301/19 9302/5 9302/13 9305/3 9305/4
9305/6 9314/10 9323/19 9324/2
9326/17 9326/18 9327/5 9329/1 9329/8
9335/22 9344/19 9351/21 9355/16
9360/23 9361/12
part-time [1]  9296/14
participants [1]  9232/23
participated [4]  9235/17 9245/17 9246/2
9270/5
participating [2]  9248/3 9248/19
Participation [1]  9244/9
particular [18]  9229/24 9247/22 9248/14
9254/19 9255/9 9258/21 9258/24
9259/1 9259/4 9264/21 9265/7 9283/18
9302/4 9329/1 9329/2 9354/6 9357/16
9359/23
particularly [3]  9268/18 9272/23 9305/23
parties [1]  9257/23
Parts [1]  9319/16
party [4]  9275/25 9276/17 9282/10
9335/19
pass [3]  9337/25 9380/9 9381/4
passed [2]  9343/17 9380/21
past [2]  9229/24 9380/3
Pat [1]  9331/25
path [6]  9230/4 9230/16 9231/14
9233/19 9263/9 9263/10
PATRICK [2]  9225/9 9225/13
PAUL [1]  9216/6
pay [2]  9371/14 9375/4
PC [3]  9216/9 9220/2 9220/8
PDQ [2]  9255/6 9300/20

peer [1]  9235/13
peers [1]  9235/10
peers [1]  9332/7
pending [1]  9309/22
Pennsylvania [1]  9219/3
people [19]  9248/2 9283/17 9286/18
9287/22 9288/4 9325/6 9332/5 9334/24
9335/4 9336/8 9336/24 9341/7 9342/1
9344/6 9344/13 9361/4 9361/17
9364/17 9369/15
people's [1]  9228/24
per [7]  9243/18 9306/14 9377/18
9377/19 9377/19 9377/20 9377/24
performance [23]  9231/21 9242/5
9242/17 9242/23 9243/8 9243/9
9243/10 9243/11 9243/12 9246/23
9256/2 9256/10 9265/5 9265/12
9266/11 9267/18 9304/20 9304/20
9334/17 9361/1 9361/3 9361/6 9386/13
performed [1]  9345/16
performing [7]  9243/13 9245/13 9248/15
9265/3 9279/2 9349/18 9361/2
perhaps [1]  9340/20
period [8]  9261/6 9261/13 9285/10
9286/24 9354/6 9357/20 9368/17
9372/16
periodic [1]  9320/24
Periodically [2]  9258/5 9289/9
permission [6]  9275/23 9276/1 9276/1
9286/13 9286/20 9289/9
permit [2]  9294/12 9378/14
permits [1]  9332/25
person [6]  9259/15 9281/1 9301/24
9341/14 9369/21 9375/2
personal [24]  9240/19 9240/22 9241/24
9242/2 9242/4 9243/13 9244/7 9264/19
9334/18 9354/1 9354/21 9355/20
9355/23 9356/12 9356/15 9357/3
9359/15 9359/19 9359/21 9383/15
9383/19 9383/21 9383/25 9384/16
personally [13]  9239/21 9242/13
9242/21 9243/2 9243/17 9243/21
9245/4 9246/17 9250/22 9321/4 9333/7
9344/9 9386/15
personnel [4]  9249/23 9261/23 9275/13
9385/19
perspective [6]  9267/23 9279/3 9360/24
9360/25 9361/1 9361/3
pertains [1]  9301/14
PETITION [1]  9215/8
petroleum [4]  9227/11 9227/14 9227/16
9228/9
Ph.D [6]  9227/16 9228/6 9229/2
9229/12 9230/1 9236/14
phase [6]  9235/15 9241/9 9241/13
9241/14 9256/8 9311/19
phases [1]  9312/4
phenomena [4]  9333/21 9335/13
9336/14 9337/7
philosophy [1]  9227/14
phone [9]  9284/17 9350/9 9350/13
9350/17 9350/19 9351/3 9351/9
9351/23 9381/11
photograph [1]  9263/3
pick [4]  9243/23 9298/2 9381/10
9381/24
picked [2]  9291/25 9384/8
picture [5]  9263/14 9263/17 9263/17
9263/21 9281/5
piece [3]  9261/11 9271/16 9319/6
pieces [2]  9241/2 9253/6
pipe [9]  9377/23 9378/8 9378/11
9378/12 9378/13 9378/17 9378/18

9378/18 9384/6
9384/14 9384/16
place [37]  9237/11 9237/12 9238/3
9244/1 9251/24 9252/24 9253/2
9258/24 9278/6 9284/14 9293/5 9298/6
9298/11 9298/13 9299/6 9300/15
9300/16 9302/5 9302/7 9302/15
9302/16 9309/7 9312/5 9313/9 9313/13
9320/22 9321/2 9329/6 9334/17
9334/22 9338/13 9338/13 9338/19
9338/22 9344/13 9344/14 9361/25
placed [1]  9359/15
Plaintiffs [12]  9215/18 9215/22 9216/2
9216/5 9216/8 9216/12 9216/15
9216/18 9216/21 9217/2 9217/5
9293/12
Plaintiffs' [1]  9293/19
plan [13]  9231/4 9238/4 9252/25
9252/25 9254/21 9312/7 9334/18
9345/3 9345/7 9345/12 9345/19 9346/8
9362/4
planned [8]  9232/22 9272/19 9272/22
9306/12 9306/13 9311/16 9313/4
9342/13
planning [18]  9230/22 9230/25 9230/25
9231/3 9231/22 9231/22 9232/3
9232/10 9233/10 9235/14 9235/16
9241/3 9241/8 9241/13 9311/20 9384/1
9384/4 9384/17
Plano [1]  9231/13
plans [3]  9236/6 9277/12 9345/22
plant [1]  9304/9
play [1]  9298/17
PLC [3]  9218/20 9218/23 9219/4
please [36]  9225/11 9227/9 9238/6
9242/7 9249/10 9258/7 9260/4 9263/1
9266/20 9294/22 9301/9 9301/9
9302/18 9303/15 9307/7 9314/14
9316/20 9322/15 9324/18 9330/14
9331/1 9331/23 9332/21 9332/21
9337/17 9338/25 9346/14 9350/21
9355/10 9358/15 9362/14 9362/25
9369/5 9383/8 9385/10 9385/23
plus [2]  9344/7 9377/7
pocket [1]  9290/14
point [18]  9259/15 9265/3 9273/8
9286/6 9286/8 9288/2 9288/11 9291/14
9291/24 9294/17 9306/7 9308/1 9310/4
9322/17 9337/13 9341/9 9351/19
9353/7
pointed [1]  9290/15
pointer [2]  9280/5 9338/25
pointing [3]  9339/1 9370/25 9371/6
points [8]  9241/11 9241/18 9266/9
9266/16 9267/1 9267/12 9268/25
9273/18
policies [1]  9252/20
policy [4]  9275/22 9320/1 9372/10
9372/11
pollution [2]  9249/22 9250/13
pontoon [1]  9277/9
poor [1]  9323/13
poorly [2]  9323/22 9324/6
pore [4]  9241/11 9241/15 9241/17
9384/7
port [2]  9281/13 9291/22
Porter [3]  9295/18 9295/18 9295/19
portion [7]  9238/4 9255/2 9284/3
9289/22 9298/20 9304/8 9361/23
portions [1]  9243/1
position [18]  9225/21 9226/18 9230/20
9233/24 9234/4 9235/19 9238/8
9247/19 9280/17 9280/23 9280/24

## P

position... [7]  9281/24 9333/17 9333/25
9353/13 9369/22 9371/2 9383/24
positions [2]  9230/20 9234/16
positive [3]  9274/25 9275/3 9366/13
possibly [1]  9278/3
post [7]  9215/20 9217/16 9217/22
9218/13 9219/19 9347/14 9363/3
post-incident [1]  9347/14
post-organizational [1]  9363/3
potential [1]  9241/25
pound [6]  9271/14 9377/16 9377/18
9377/19 9377/20 9377/24
pounds [1]  9377/18
power [4]  9287/24 9291/8 9291/9
9372/22
power's [1]  9373/1
PowerPoint [3]  9323/7 9363/24 9364/4
Poydras [4]  9216/6 9218/19 9219/7
9220/12
PPE [1]  9274/6
ppg [1]  9377/17
practice [14]  9247/22 9252/4 9252/4
9253/1 9253/2 9282/2 9301/14 9302/1
9302/9 9303/7 9305/24 9305/25
9306/15 9338/18
practices [13]  9232/25 9252/20 9253/13
9253/14 9253/17 9253/22 9254/3
9296/20 9296/21 9298/11 9298/13
9307/24 9320/14
pre [1]  9363/2
predates [4]  9327/9 9327/13 9327/22
9328/1
predecessor [2]  9236/25 9353/24
predicate [1]  9309/22
predominant [1]  9244/17
prefer [1]  9330/20
preliminary [2]  9222/7 9224/25
premise [1]  9384/2
preparation [2]  9267/16 9278/24
prepare [6]  9242/14 9242/15 9242/20
9266/7 9266/16 9336/10
prepared [3]  9236/3 9337/21 9376/22
preparing [2]  9242/22 9326/18
prescribed [1]  9311/17
presented [4]  9223/12 9227/1 9245/1
9295/4
president [34]  9225/23 9226/8 9226/19
9232/11 9232/19 9233/7 9234/23
9235/19 9236/17 9238/1 9238/23
9239/18 9240/20 9245/19 9249/5
9251/16 9253/23 9255/18 9256/23
9319/20 9319/20 9320/17 9334/25
9343/11 9344/5 9344/17 9344/23
9347/23 9352/21 9353/10 9379/21
9381/25 9382/5 9386/4
Presidential [1]  9365/23
presidents [2]  9243/1 9322/24
pressure [41]  9241/11 9241/16 9241/17
9246/7 9246/10 9270/15 9272/9
9272/12 9274/25 9275/2 9275/5 9331/5
9332/11 9333/19 9333/23 9336/13
9337/5 9345/4 9345/5 9345/8 9345/14
9345/17 9345/18 9345/21 9352/5
9366/14 9366/16 9367/14 9368/14
9368/14 9377/9 9378/2 9378/8 9378/9
9378/9 9378/21 9378/23 9380/4 9380/9
9380/13 9384/7
pressure-tested [1]  9377/9
pressured [1]  9378/25
presumably [2]  9336/9 9343/11
pretty [2]  9286/20 9351/7

preventer [3]  9288/22 9378/1 9378/1
preventer [1]  9313/2
preventive [1]  9278/22
previous [5]  9300/18 9306/13 9309/24
9313/11 9325/24
previously [2]  9238/9 9266/16
pride [2]  9248/25 9386/16
primary [4]  9328/6 9337/25 9384/15
9385/17
prior [7]  9234/9 9255/22 9269/12
9269/20 9270/9 9321/6 9325/9
priority [2]  9248/22 9386/9
probably [8]  9276/4 9277/15 9279/21
9282/12 9326/5 9331/5 9349/7 9351/5
problem [3]  9224/23 9268/11 9362/1
problems [5]  9228/6 9292/24 9350/13
9352/14 9352/15 9366/21
procedure [6]  9320/22 9345/8 9345/19
9352/14 9352/15 9366/21
procedures [4]  9305/25 9320/14
9371/21 9372/3
proceed [6]  9225/16 9330/15 9380/18
9381/18 9382/14 9382/22
proceedings [2]  9220/17 9387/13
process [67]  9231/21 9232/3 9232/5
9232/9 9233/4 9233/16 9235/13
9235/14 9240/19 9240/23 9241/3
9241/3 9241/5 9241/23 9242/4 9243/14
9252/24 9253/18 9257/10 9260/8
9260/8 9261/3 9261/21 9262/24 9275/4
9298/10 9302/14 9302/23 9303/5
9303/8 9305/13 9305/20 9306/5 9309/8
9315/15 9317/6 9319/13 9320/14
9320/19 9320/20 9334/2 9334/9 9354/1
9354/21 9355/4 9355/21 9355/24
9356/11 9356/15 9357/6 9357/10
9357/15 9357/20 9358/10 9358/13
9359/14 9359/14 9382/14 9383/15
9383/18 9383/21 9384/1 9384/4
9384/12 9384/16 9384/17 9384/18
processes [7]  9309/5 9320/15 9334/16
9334/22 9335/3 9335/8 9338/16
production [10]  9215/10 9218/19
9218/19 9218/22 9218/22 9219/3
9219/3 9226/14 9230/19 9304/10
productive [3]  9296/10 9296/11 9296/13
professional [3]  9374/7 9374/13
professor [1]  9227/23
profiles [1]  9241/11
program [4]  9249/17 9278/21 9281/25
9328/19
programs [1]  9328/18
progress [6]  9258/3 9259/23 9261/1
9334/12 9361/5 9380/25
progressed [1]  9382/9
progressing [1]  9272/15
project [3]  9235/15 9357/16 9365/2
projected [2]  9342/8 9342/9
projects [11]  9230/23 9237/17 9302/10
9305/19 9308/2 9309/8 9311/14 9312/3
9317/6 9317/11 9334/14
promise [2]  9250/18 9331/5
pronounce [1]  9367/1
proper [1]  9385/18
prospects [1]  9231/2
protect [1]  9385/19
protection [2]  9249/25 9250/9
proud [1]  9250/3
proudly [1]  9295/4
proves [1]  9231/4
provide [4]  9266/25 9271/7 9305/23
9335/3
provided [2]  9267/12 9345/13
provides [3]  9305/25 9306/4 9306/18

providing [1]  9258/2
provision [3]  9318/19 9318/25 9386/1
provisions [4]  9318/19 9318/24 9385/6
9385/13
proximity [1]  9349/6
prudent [1]  9313/12
PSC [2]  9223/2 9223/12
psi [4]  9377/11 9377/11 9378/9 9378/23
publish [1]  9228/3
published [2]  9228/8 9228/14
pull [26]  9226/2 9228/22 9250/24
9252/7 9272/3 9297/18 9301/9 9301/21
9302/18 9308/15 9314/14 9316/20
9322/15 9323/5 9324/18 9325/21
9331/1 9331/24 9359/4 9364/1 9364/7
9364/20 9369/5 9376/20 9383/7 9385/9
pulled [6]  9232/20 9263/21 9290/14
9310/2 9337/24 9349/12
pulling [1]  9238/10
pump [2]  9378/20 9378/23
Pumps [1]  9377/21
purchased [3]  9230/8 9231/12 9232/17
purpose [3]  9278/17 9304/10 9328/24
purposes [2]  9306/22 9332/24
pursuant [2]  9344/23 9345/3
pushed [2]  9287/7 9373/15
pushing [1]  9269/24
put [41]  9238/8 9246/8 9251/24 9252/9
9261/16 9267/19 9267/24 9274/6
9276/15 9283/23 9283/25 9291/12
9291/13 9292/22 9293/5 9298/5 9299/5
9302/2 9312/8 9313/3 9313/17 9316/13
9321/18 9331/9 9332/25 9337/16
9337/16 9346/14 9350/21 9352/15
9360/1 9361/10 9361/25 9362/13
9362/25 9363/18 9365/22 9366/1
9374/9 9375/9 9379/3
putting [5]  9231/4 9268/5 9327/5 9329/6
9329/8

## Q

quarter [4]  9276/4 9321/22 9322/6
9322/8
quarterly [4]  9242/22 9243/10 9243/12
9243/25
quarters [3]  9274/2 9274/5 9286/1
question [38]  9255/2 9284/20 9299/19
9300/22 9301/5 9307/7 9309/22
9309/24 9309/25 9310/18 9310/18
9310/19 9314/16 9321/17 9325/3
9330/2 9332/13 9332/20 9333/10
9336/6 9336/7 9336/16 9336/18
9337/11 9337/13 9338/15 9347/9
9347/12 9347/21 9352/6 9355/6 9356/8
9362/16 9365/16 9381/8 9381/10
9382/3 9382/12
questioning [3]  9348/13 9357/24
9360/20
questions [9]  9284/5 9299/22 9308/20
9330/9 9360/6 9360/8 9360/16 9375/15
9381/15
quick [4]  9310/15 9370/23 9373/9
9375/15
quickly [1]  9381/18
Quip [1]  9271/15
quite [6]  9281/4 9282/13 9291/10
9298/11 9313/8 9313/9
quote [2]  9257/8 9270/14

## R

RACHEL [2]  9217/15 9219/10
radar [2]  9281/10 9281/14
rag [1]  9283/21

R

rainbow [1] 9337/25
raining [1] 9284/7 9284/22 9286/15
raise [6] 9246/4 9246/7 9246/10
9269/14 9269/17 9278/5
raised [6] 9223/16 9240/13 9240/14
9247/2 9247/4 9270/11
ram [1] 9375/21
rams [2] 9377/9 9377/11
Randy [3] 9275/12 9278/1 9278/1
rang [1] 9351/9
ranking [3] 9259/3 9259/24 9261/2
rating [4] 9258/22 9259/7 9260/14
9261/7
RE [2] 9215/4 9215/7
reach [1] 9368/16
reached [3] 9287/2 9287/5 9289/15
read [28] 9258/12 9304/6 9310/15
9310/19 9310/21 9318/13 9322/18
9326/1 9331/11 9336/24 9346/23
9347/7 9347/19 9355/1 9355/16
9355/25 9358/2 9359/12 9365/2 9377/4
9377/8 9377/10 9377/13 9377/15
9378/6 9379/8 9382/17 9385/21
reading [6] 9310/17 9311/4 9327/1
9331/18 9356/7 9357/2
ready [2] 9271/21 9330/22
real [4] 9237/10 9241/16 9295/24
9310/15
real-time [1] 9241/16
realize [1] 9306/23
realized [2] 9307/10 9324/5
really [17] 9248/4 9248/15 9253/7
9253/14 9267/18 9267/22 9268/6
9268/17 9282/9 9282/21 9290/7
9306/24 9307/10 9326/1 9370/23
9371/14 9377/10
rear [3] 9287/9 9287/9 9289/20
reason [2] 9265/14 9386/14
recall [33] 9229/8 9244/22 9245/1
9285/2 9286/11 9286/16 9303/22
9307/14 9307/16 9315/24 9320/20
9321/14 9322/17 9323/7 9323/17
9323/25 9324/13 9324/16 9325/9
9328/2 9328/3 9351/15 9356/8 9356/16
9356/18 9360/20 9361/20 9369/20
9370/4 9370/7 9371/19 9382/3 9383/12
received [12] 9222/11 9223/7 9223/9
9224/5 9224/14 9227/10 9227/13
9266/22 9332/9 9332/22 9361/12
9361/13
receiving [1] 9229/12
recess [4] 9330/11 9330/13 9387/4
9387/7
recognize [8] 9258/9 9258/11 9280/2
9294/24 9302/21 9316/22 9322/20
9347/12
recognized [1] 9250/8
recognizes [1] 9249/21
recognizing [1] 9236/23
recollect [1] 9307/12
recollection [3] 9308/12 9309/4 9311/7
recommendation [2] 9349/17 9349/23
recommended [5] 9301/14 9302/1
9303/7 9305/24 9307/24
record [10] 9225/12 9267/5 9281/19
9318/10 9342/17 9342/19 9342/23
9346/16 9386/13 9387/13
recordable [1] 9241/25
recorded [2] 9220/17 9319/19
recording [1] 9275/2
recordkeeping [1] 9276/16

red [1] 9287/6
redirect [1] 9217/12 9337/2
reduce [3] 9296/19 9296/21 9296/21
reducing [3] 9297/8 9297/11 9297/13
reduction [3] 9296/5 9296/6 9319/18
refer [1] 9325/17
reference [8] 9272/8 9297/2 9297/5
9299/15 9309/10 9324/16 9364/23
9385/4
referenced [1] 9384/23
references [4] 9297/8 9317/24 9317/25
9363/23
referencing [1] 9383/4
referred [3] 9267/6 9303/19 9329/11
referring [6] 9255/12 9301/17 9307/2
9310/16 9321/23 9325/23
refers [1] 9218/23
reflect [1] 9342/20
refresh [4] 9308/12 9309/4 9310/8
9311/7
REGAN [1] 9218/23
regard [4] 9355/4 9358/10 9360/17
9374/18
regarding [7] 9223/17 9240/18 9250/17
9256/8 9260/16 9263/8 9267/12
Regards [1] 9331/25
region [1] 9304/22
register [5] 9258/15 9258/16 9306/14
9309/14 9321/4
regular [5] 9247/1 9258/2 9270/8
9334/19 9361/4
regularly [4] 9237/14 9240/8 9246/21
9258/1
regulations [2] 9249/23 9385/20
regulators [2] 9236/8 9250/9
regulatory [1] 9344/4
rehash [1] 9346/12
relate [1] 9318/1
related [1] 9267/2
relates [1] 9301/13
relative [1] 9223/8
released [4] 9312/17 9312/19 9313/1
9313/3
relevant [1] 9317/6 9317/11
relief [17] 9262/15 9262/16 9262/19
9262/22 9292/14 9292/19 9292/20
9292/23 9293/6 9293/8 9313/19
9313/23 9314/4 9314/12 9332/25
9333/4 9381/12
relies [1] 9318/15 9385/4
rely [2] 9228/19 9333/21
remain [2] 9236/10 9240/5
remained [2] 9229/18 9233/6
remaining [1] 9222/15 9224/16
remember [25] 9278/1 9278/2 9278/22
9279/20 9280/21 9282/18 9282/22
9284/16 9286/23 9287/3 9287/23
9290/4 9294/2 9295/19 9308/10 9324/2
9329/15 9350/14 9350/18 9367/15
9370/20 9371/5 9374/5 9374/25 9385/2
remind [2] 9352/21 9353/22
renewal [1] 9319/1
reorganization [3] 9313/8 9313/13
9363/15
repeat [2] 9307/7 9321/17
replacing [1] 9307/17
report [6] 9238/21 9243/13 9256/20
9344/4 9356/22 9356/24
reported [12] 9237/5 9238/18 9238/22
9246/16 9295/14 9296/25 9323/17
9323/25 9353/10 9354/6 9361/18
9374/13
reporter [5] 9220/12 9228/11 9336/24

9387/11 9387/16
reporting [3] 9267/25 9362/5
reports [3] 9243/1 9361/4 9362/7
represent [3] 9342/23 9360/14 9369/24
representation [1] 9252/14
representative [1] 9261/1
request [2] 9241/8 9243/18
require [1] 9315/4
required [9] 9258/21 9299/5 9302/9
9306/14 9345/24 9372/7 9378/14
9382/7 9385/16
requirement [7] 9255/23 9272/2 9302/11
9302/24 9311/21 9315/8 9386/1
requirements [5] 9317/16 9318/2
9352/16 9359/9 9372/12
research [2] 9228/5 9228/8
resolution [1] 9328/14
resolve [2] 9328/8 9328/11
resources [8] 9217/13 9238/2 9239/3
9268/15 9293/5 9296/4 9344/13
9361/24
respect [9] 9224/19 9239/22 9239/25
9246/4 9246/8 9246/10 9272/8 9298/19
9318/10
responded [2] 9332/12 9333/10
response [8] 9235/25 9236/5 9254/21
9255/2 9292/17 9314/5 9314/8 9333/3
responsibilities [7] 9236/16 9239/2
9253/8 9334/11 9349/18 9364/14
9364/25
responsibility [7] 9237/25 9239/7
9334/13 9343/24 9364/18 9380/10
9385/17
responsible [2] 9333/17 9380/4
rest [5] 9254/4 9274/6 9276/17 9277/12
9308/25
result [5] 9234/16 9236/1 9248/2
9248/19 9266/4
results [3] 9332/11 9352/5 9366/14
resume [1] 9225/1
retirement [2] 9226/24 9226/25
retrieve [2] 9262/19 9262/25
retrieved [4] 9262/21 9263/4 9263/12
9292/6
return [1] 9292/16
REV [3] 9312/13 9313/6 9353/3
review [8] 9224/20 9235/15 9242/23
9243/11 9243/12 9270/9 9328/18
9329/17
reviews [3] 9235/13 9235/18 9334/17
revision [3] 9326/6 9326/21 9353/3
revisions [3] 9326/9 9327/3
Rhodes [1] 9232/19
Rich [6] 9240/9 9308/6 9314/11 9349/19
9361/13 9361/24
RICHARD [1] 9219/18
rig [120] 9215/4 9225/25 9231/24
9235/10 9239/14 9239/20 9243/25
9244/15 9244/16 9244/17 9247/22
9248/7 9252/1 9252/2 9254/13 9255/4
9255/5 9255/12 9265/3 9265/9 9265/15
9265/17 9265/21 9266/3 9266/5 9266/7
9266/10 9266/13 9267/1 9267/16
9267/19 9268/1 9268/13 9268/20
9268/20 9268/21 9269/8 9269/17
9269/21 9270/3 9270/25 9272/19
9273/3 9273/8 9273/10 9273/12
9273/19 9274/4 9274/7 9274/8 9274/14
9274/23 9275/21 9275/21 9277/2
9277/3 9277/3 9277/7 9277/23 9279/2
9279/2 9279/4 9279/6 9281/11 9281/13
9281/15 9282/18 9282/21 9283/2
9283/2 9283/13 9283/22 9285/3

R

rig... [47]  9285/16 9285/25 9286/3
9286/6 9286/8 9288/4 9294/3 9296/13
9296/19 9300/19 9300/20 9313/18
9314/20 9331/16 9333/1 9335/12
9338/17 9341/8 9341/10 9343/19
9351/13 9351/17 9351/17 9359/15
9360/22 9360/24 9361/2 9365/4
9365/25 9367/4 9367/12 9367/12
9368/12 9370/2 9372/20 9374/7
9374/24 9375/2 9375/17 9376/2 9376/8
9376/10 9382/8 9382/8 9382/10
9384/10 9386/14
rig's [2]  9266/11 9278/13
right [95]  9222/7 9222/14 9222/23
9223/11 9223/20 9224/7 9225/1 9229/3
9229/6 9230/16 9237/24 9239/3
9244/25 9249/14 9252/11 9252/18
9259/11 9259/14 9252/19 9263/3
9263/17 9263/18 9267/22 9268/7
9273/23 9281/20 9281/21 9281/23
9282/23 9282/24 9283/12 9283/20
9284/2 9285/15 9285/19 9285/20
9285/21 9285/24 9286/10 9287/24
9288/3 9288/9 9289/22 9290/15
9293/12 9296/12 9299/18 9306/11
9306/24 9307/18 9309/20 9317/1
9326/2 9326/13 9332/6 9332/13
9332/19 9338/1 9339/10 9340/3
9341/10 9341/15 9343/12 9343/20
9352/17 9353/14 9354/24 9356/20
9357/7 9357/13 9359/25 9361/1 9363/7
9365/10 9365/23 9366/5 9368/4
9369/11 9369/16 9370/2 9370/8 9370/9
9370/19 9370/24 9370/24 9375/2
9376/11 9377/5 9386/22 9386/23
right-hand [5]  9252/11 9252/18 9259/19
9263/3 9285/21
rights [1]  9365/1
rigor [2]  9267/24 9268/5
rigs [36]  9231/25 9240/11 9244/1
9244/3 9244/4 9244/14 9247/25
9248/11 9251/5 9251/10 9251/11
9251/17 9264/20 9264/21 9264/23
9265/10 9265/13 9272/3 9293/6
9297/20 9298/7 9298/19 9298/24
9298/25 9299/8 9300/12 9300/13
9300/23 9301/1 9301/1 9320/8 9334/8
9335/4 9344/2 9351/22 9386/17
RIH [1]  9377/5
rise [3]  9222/4 9330/12 9387/6
riser [2]  9275/16 9275/17
risk [59]  9241/5 9241/23 9258/15
9259/3 9260/2 9260/8 9260/16 9261/7
9261/11 9261/14 9262/6 9262/9
9267/24 9268/5 9294/13 9301/15
9301/16 9301/18 9301/19 9302/1
9302/5 9302/9 9302/12 9302/12
9302/17 9302/23 9303/2 9303/7 9303/8
9306/1 9306/4 9306/14 9307/13
9307/20 9307/22 9307/23 9307/23
9308/1 9308/7 9309/6 9309/9 9309/14
9310/17 9311/10 9311/16 9311/22
9311/22 9313/8 9319/17 9319/18
9321/4 9327/18 9327/23 9338/22
9384/2 9384/4 9384/5 9384/13 9384/19
risks [6]  9241/9 9260/8 9261/22 9262/5
9302/25 9305/23
risky [1]  9268/2
RMR [4]  9220/12 9387/11 9387/15
9387/16

ROBERT [7]  9216/3 9219/3 9332/23
9333/6 9376/6 9376/7 9377/1
ROBERTS [1]  9219/10
role [11]  9226/8 9233/21 9233/25
9234/5 9235/25 9236/10 9237/1
9257/25 9265/8 9292/20 9327/6
roles [8]  9230/19 9234/11 9235/2
9253/8 9324/6 9334/13 9364/14
9364/25
rolled [2]  9307/19 9327/24
rolling [1]  9257/17
room [8]  9220/12 9273/13 9277/19
9278/16 9287/20 9289/22 9290/7
9350/1
rooms [1]  9356/18
rope [2]  9291/2 9291/4
Rouge [2]  9216/23 9218/13
roughly [1]  9343/23
row [1]  9249/25
Roy [2]  9215/18 9215/19
rule [1]  9299/12
rules [1]  9385/20
run [5]  9344/7 9366/13 9366/17 9377/6
9377/14
running [4]  9271/4 9272/18 9314/10
9344/2
rushing [2]  9269/14 9269/25
Rusnak [1]  9217/2

S

s/Jodi [1]  9387/15
sacrifice [1]  9269/25
safe [10]  9244/19 9249/2 9249/17
9249/22 9250/1 9250/4 9250/13
9267/18 9382/10 9386/13
safely [4]  9253/12 9277/23 9338/8
9338/10
safety [133]  9240/19 9240/22 9240/23
9241/3 9241/5 9241/23 9241/24 9242/2
9242/4 9242/4 9242/13 9242/21 9243/2
9243/14 9243/18 9243/22 9244/7
9245/4 9246/5 9246/18 9246/24 9247/9
9248/10 9248/22 9248/24 9249/19
9249/24 9250/9 9251/18 9251/20
9251/22 9252/3 9253/18 9254/12
9254/20 9260/8 9261/22 9264/19
9265/4 9267/2 9267/21 9267/23 9269/5
9269/25 9273/13 9273/14 9273/19
9273/20 9273/23 9290/13 9297/3
9298/6 9298/7 9298/8 9298/16 9298/20
9298/22 9299/2 9299/2 9299/3 9299/4
9299/5 9299/8 9300/14 9300/15
9314/21 9315/3 9315/5 9315/11
9315/16 9319/5 9319/7 9320/14
9320/19 9320/20 9323/15 9323/21
9327/17 9328/25 9329/5 9341/2
9353/18 9354/1 9354/21 9355/4
9355/20 9355/21 9355/23 9355/24
9356/11 9356/12 9356/15 9356/15
9357/3 9357/6 9357/10 9357/15
9357/20 9358/5 9358/10 9358/13
9358/25 9359/9 9359/14 9359/14
9359/16 9359/20 9359/22 9360/18
9360/25 9361/3 9361/6 9365/25
9371/25 9376/7 9378/7 9382/8 9382/19
9383/15 9383/15 9383/19 9383/19
9383/22 9383/25 9384/13 9384/16
9384/16 9385/17 9385/20 9385/23
9385/24 9385/25 9386/8
said [105]  9228/14 9230/1 9230/6
9232/2 9234/20 9235/9 9243/3 9247/2
9247/17 9250/21 9254/2 9254/10
9259/7 9262/6 9264/18 9264/18

9264/25 9265/6 9265/8 9267/17 9274/3
9274/12 9274/24 9275/8 9276/16
9279/15 9279/16 9279/25 9282/7
9282/13 9282/20 9282/21 9282/24
9283/22 9284/1 9284/21 9284/25
9285/2 9285/5 9285/13 9285/15
9286/18 9286/18 9287/2 9287/3 9287/5
9287/15 9287/19 9288/2 9288/7
9288/10 9288/15 9289/14 9289/14
9289/20 9290/1 9290/10 9290/14
9290/7 9290/17 9290/18 9290/18
9290/18 9291/4 9291/7 9291/14
9291/15 9291/17 9291/22 9292/19
9298/12 9299/1 9300/18 9302/14
9309/6 9311/14 9313/4 9313/23 9314/1
9314/18 9314/19 9316/9 9316/12
9324/25 9329/8 9330/24 9333/11
9334/23 9337/9 9337/14 9337/21
9343/23 9344/16 9356/13 9358/3
9359/25 9360/2 9371/5 9373/8 9375/14
9380/3 9381/4 9383/17 9383/24
9386/13
sake [1]  9347/1
same [11]  9248/9 9254/15 9268/8
9268/9 9268/10 9279/9 9295/21
9309/21 9336/16 9336/17 9363/12
San [1]  9217/11
sank [1]  9338/10
sat [5]  9239/10 9274/22 9283/19 9349/9
9351/21
satisfaction [1]  9272/14
save [1]  9299/20
saw [9]  9263/23 9300/17 9335/12
9345/10 9365/21 9365/22 9367/11
9372/20 9383/6
say [33]  9229/7 9235/15 9239/21
9248/16 9248/23 9248/23 9250/17
9256/16 9263/25 9264/6 9269/22
9269/24 9273/13 9288/24 9291/9
9298/20 9312/4 9319/4 9319/7 9319/25
9341/17 9343/16 9345/7 9345/9
9345/17 9345/21 9349/7 9353/9 9361/2
9372/1 9376/25 9377/5 9377/8
saying [7]  9287/23 9290/4 9290/22
9353/2 9365/13 9365/19 9374/13
says [41]  9243/18 9249/18 9255/4
9295/4 9295/24 9296/14 9303/17
9305/15 9306/20 9309/14 9316/16
9317/5 9317/10 9317/16 9317/24
9318/24 9319/15 9320/1 9320/4 9323/1
9323/12 9323/20 9324/3 9325/1
9325/14 9326/19 9328/6 9329/19
9332/22 9338/5 9339/1 9341/2 9347/8
9358/14 9358/24 9364/10 9365/3
9372/11 9377/1 9385/4 9385/22
scenarios [1]  9282/4
schedule [6]  9231/24 9235/10 9239/20
9271/1 9271/5 9293/23
scheduled [3]  9237/13 9237/14 9240/8
scheduling [1]  9266/4
school [2]  9227/12 9227/25
science [2]  9227/10 9227/13
scope [1]  9364/17
SCOTT [1]  9217/14
scroll [1]  9259/10
seated [1]  9330/14
seawater [4]  9377/17 9377/19 9377/20
9377/24
second [23]  9223/5 9229/15 9232/2
9244/18 9249/25 9253/21 9283/8
9283/15 9286/20 9307/2 9321/24
9331/11 9345/18 9350/3 9369/3
9370/18 9370/22 9372/15 9372/17

second... [4]  9372/19 9372/24 9373/1
9373/4
seconds [2]  9283/6 9285/14
section [4]  9215/5 9217/13 9218/3
9317/24
sections [1]  9305/22
secured [1]  9293/6
see [106]  9237/17 9247/24 9254/19
9255/10 9258/12 9259/19 9259/20
9259/22 9260/23 9261/5 9263/14
9263/18 9264/8 9280/19 9281/5
9281/11 9281/12 9281/13 9281/15
9281/22 9283/2 9284/22
9285/16 9285/23 9285/23 9285/25
9286/2 9286/5 9286/8 9286/15
9286/15 9287/6 9288/3 9289/19
9289/22 9289/23 9295/7 9295/12
9296/2 9296/16 9296/23 9301/6
9303/10 9303/20 9304/2 9304/17
9304/23 9305/13 9306/18 9308/25
9309/10 9309/13 9311/3 9311/11
9317/8 9317/14 9317/19 9317/22
9318/4 9318/22 9319/2 9319/23 9323/1
9323/12 9323/23 9324/7 9325/11
9325/13 9325/15 9325/16 9326/19
9326/24 9328/16 9330/8 9338/3
9338/17 9339/2 9346/20 9346/21
9350/16 9352/24 9352/25 9353/4
9363/6 9363/10 9363/11 9363/23
9363/24 9364/10 9364/11 9364/15
9364/23 9370/11 9370/11 9370/24
9370/25 9371/13 9374/12 9374/15
9375/1 9379/5 9384/25 9385/22
9386/22
seeing [3]  9325/9 9370/7 9370/21
seemed [2]  9248/9 9291/7
seen [17]  9263/23 9299/14 9309/14
9321/4 9321/6 9321/6 9321/8 9329/20
9330/3 9330/6 9335/22 9342/15
9345/21 9347/9 9347/14 9347/15
9364/6
segment [4]  9243/6 9298/10 9304/21
9304/22
selected [1]  9241/12
selection [1]  9384/9
self [1]  9332/8
self-explanatory [1]  9332/8
sells [1]  9343/8
sends [1]  9268/23
senior [3]  9238/22 9244/2 9275/12
sense [2]  9326/14 9357/19
sensible [1]  9376/4
sent [10]  9223/9 9223/17 9271/9 9279/1
9294/19 9308/4 9312/10 9323/19
9335/20 9337/9
separate [4]  9255/25 9256/16 9257/3
9345/14
September [8]  9226/17 9226/20
9226/21 9244/10 9326/2 9326/13
9327/9 9327/14
September 2008 [2]  9326/13 9327/9
Serial [1]  9271/16
series [1]  9370/24
seriously [1]  9367/22
service [2]  9249/7 9258/24
Services [2]  9220/3 9220/8
SESSION [2]  9215/14 9222/1
set [9]  9261/13 9274/1 9282/17 9292/3
9314/5 9366/17 9366/22 9369/19
9380/15
setting [1]  9369/21

several [9]  9232/17 9232/20 9242/5
9270/20 9278/6 9287/7 9288/9 9331/25
9362/4
shaking [6]  9282/18 9282/22 9368/12
9370/2 9370/5 9370/14
shall [10]  9317/6 9318/18 9318/25
9319/17 9319/19 9385/5 9385/16
9385/18 9385/19 9385/25
Shanks [3]  9223/8 9224/19 9224/22
Shanks' [1]  9223/6
shape [1]  9387/1
share [5]  9236/8 9237/18 9242/25
9244/6 9266/11
shared [1]  9268/14
sharing [1]  9275/18
SHARON [1]  9217/21
Shaw [8]  9216/12 9238/24 9256/7
9353/21 9353/22 9353/23 9353/25
9358/4
she [10]  9267/6 9338/10 9371/4 9371/6
9371/6 9371/7 9371/8 9371/13 9371/14
9371/15
she's [3]  9337/19 9350/16 9350/17
shear [3]  9375/21 9377/9 9377/11
sheaths [1]  9384/8
shelf [3]  9234/2 9234/2 9261/17
Shell [1]  9295/4
shift [1]  9342/6
Shifting [1]  9320/12
ship [2]  9290/4 9376/1
shock [1]  9288/17
shooting [1]  9370/12
shore [1]  9333/2 9351/12 9351/18
short [2]  9296/15 9372/16
short-term [1]  9296/15
shortly [6]  9282/11 9283/4 9286/24
9370/14 9370/18 9373/14
shot [1]  9336/22
should [10]  9239/21 9250/17 9276/24
9288/21 9320/15 9341/17 9343/16
9345/7 9345/17 9366/5
shouting [3]  9290/21 9373/25 9374/14
show [9]  9242/7 9250/12 9277/5 9277/6
9326/8 9329/11 9330/25 9337/1 9359/8
showed [10]  9275/2 9281/8 9308/13
9309/11 9321/11 9324/15 9358/18
9360/16 9366/14 9385/8
showering [1]  9283/2
showing [1]  9297/7
shown [12]  9251/2 9297/4 9310/5
9321/15 9345/22 9361/23 9363/3
9369/9 9381/6 9382/24 9383/10
9384/22
shows [7]  9254/2 9254/5 9301/23
9326/6 9352/25 9354/15 9359/8
shut [5]  9362/10 9362/12 9362/20
9380/14 9382/21
shut in [1]  9380/14
shut-in [3]  9362/10 9362/12 9362/20
SHUTLER [1]  9217/21
shutting [2]  9338/23 9372/8
side [35]  9238/17 9248/23 9248/24
9252/11 9252/12 9252/18 9259/19
9263/3 9263/5 9263/6 9263/14 9263/22
9263/25 9264/3 9264/6 9281/13
9281/13 9281/21 9281/21 9281/23
9282/23 9282/24 9283/12 9285/15
9285/21 9285/24 9288/3 9288/9 9291/3
9325/7 9329/5 9359/20 9378/12
9378/17 9378/18
sight [1]  9247/20
sign [1]  9382/9
signature [1]  9331/24

signed [5]  9273/8 9273/10 9326/14
9327/12 9327/22
significant [4]  9263/19 9270/15 9272/9
9272/11
signs [1]  9331/25
Simcox [5]  9220/12 9220/14 9387/11
9387/15 9387/16
similar [1]  9263/23
simplest [1]  9315/2
simplify [1]  9303/8
simply [5]  9268/2 9315/10 9315/15
9329/4 9333/9
Sims [37]  9238/17 9265/16 9266/3
9266/8 9266/15 9266/22 9267/12
9267/15 9268/24 9269/4 9269/8
9272/11 9272/14 9274/22 9277/25
9278/4 9289/25 9290/20 9339/17
9347/18 9347/22 9349/5 9349/9
9349/13 9349/15 9349/22 9363/12
9363/16 9365/5 9365/11 9368/21
9373/10 9373/11 9374/12 9374/13
9374/17 9386/6
simulation [2]  9282/5 9282/6
simulator [6]  9281/18 9281/24 9282/17
9369/13 9369/16 9373/20
since [13]  9252/24 9253/2 9257/2
9265/8 9265/12 9298/13 9302/7
9302/15 9316/23 9318/13 9342/15
9364/6 9382/7
sincere [1]  9341/22
SINCLAIR [1]  9218/9
single [3]  9259/15 9384/3 9384/12
single-point [1]  9259/15
singled [1]  9307/15
sir [176]
sit [4]  9313/20 9333/12 9335/17
9336/18
site [41]  9245/5 9245/9 9245/11
9245/20 9246/3 9268/20 9274/17
9274/18 9274/21 9277/21 9304/9
9305/4 9325/5 9331/15 9333/18 9334/7
9334/10 9334/12 9335/23 9341/8
9341/13 9343/17 9347/3 9347/4 9348/2
9348/6 9348/7 9351/1 9351/13 9351/19
9352/8 9366/21 9367/3 9367/6 9367/22
9379/22 9380/3 9380/20 9381/2 9381/4
9382/1
sites [2]  9317/7 9317/13
sits [1]  9251/18
sitting [6]  9286/10 9313/2 9313/16
9327/14 9347/23 9371/4
situation [3]  9352/14 9364/23 9371/21
six [1]  9261/6
six-month [1]  9261/6
skipped [1]  9345/18
slick [1]  9290/7
slide [4]  9251/10 9279/10 9351/15
9359/4
Slidell [1]  9216/19
slow [1]  9228/12
small [1]  9351/7
smaller [1]  9226/25
SMS [2]  9323/13 9323/15
so [223]
SOBM [1]  9377/17
Society [1]  9228/9
software [1]  9220/17
sold [1]  9230/7
sole [1]  9313/19
solely [1]  9314/7
soluble [1]  9228/7
some [59]  9223/20 9229/21 9235/12
9235/17 9238/9 9240/18 9243/20

S

some... [52] 9243/24 9248/1 9248/13
9248/16 9250/16 9259/10 9262/15
9263/8 9266/10 9266/15 9267/18
9267/19 9271/15 9271/20 9272/21
9275/17 9275/18 9278/11 9282/4
9283/16 9284/13 9285/10 9288/2
9288/11 9290/5 9290/6 9291/24 9292/8
9292/9 9295/22 9299/15 9304/21
9306/7 9306/21 9306/23 9307/9 9308/1
9308/13 9311/15 9313/9 9322/17
9325/13 9325/14 9325/14 9341/9
9351/19 9367/11 9368/6 9369/12
9373/25 9379/14 9382/24
somebody [15] 9284/17 9284/22
9286/16 9287/1 9287/4 9287/7
9287/14 9289/15 9289/23 9290/9
9320/1 9321/11 9330/24 9369/18
someone [7] 9283/20 9285/9 9286/12
9286/19 9287/18 9290/17 9320/4
someone's [1] 9296/14
something [29] 9228/22 9246/25
9247/21 9249/2 9258/22 9261/13
9261/16 9261/17 9265/22 9276/5
9282/2 9282/14 9282/16 9283/21
9293/24 9294/15 9295/1 9298/14
9306/7 9314/22 9316/8 9325/5 9333/21
9333/22 9333/22 9335/13 9351/6
9378/11 9378/14
sometime [8] 9276/4 9276/25 9282/7
9282/11 9286/22 9292/13 9297/22
9372/25
somewhere [5] 9283/24 9294/2 9294/11
9342/14 9350/9
son [1] 9292/10
soon [1] 9290/23
sooner [1] 9227/2
sorry [25] 9233/18 9235/22 9245/3
9251/11 9254/4 9256/4 9256/8 9258/16
9263/6 9264/1 9267/7 9274/16 9274/18
9283/3 9288/25 9293/1 9308/25
9309/20 9321/17 9328/13 9336/19
9340/2 9340/14 9373/12 9385/10
sort [1] 9369/12
sorts [1] 9273/18
sound [5] 9283/8 9285/12 9316/25
9326/2 9370/15
Source [1] 9325/14
sources [2] 9299/16 9325/13
south [1] 9342/9
SPA [1] 9259/15
spacer [2] 9377/24 9377/25
speaking [2] 9266/8 9266/16
speaks [1] 9341/20
specific [10] 9309/14 9312/2 9321/5
9330/4 9330/6 9330/8 9333/23 9334/8
9348/4 9372/6
specifically [10] 9235/7 9278/23 9309/8
9318/9 9336/8 9340/22 9344/10 9348/5
9361/5 9361/22
specifics [4] 9306/22 9347/19 9347/21
9356/24
specifies [1] 9375/17
speed [2] 9361/20 9362/6
speeding [1] 9246/11
spelling [1] 9225/12
spend [3] 9270/2 9270/3 9274/3
spending [1] 9333/5 9333/6
spent [6] 9275/16 9275/20 9277/8
9281/4 9292/6 9292/10
SPILL [1] 9215/4
spirit [1] 9261/19

SPIRO [1] 9218/4
spoke [2] 9265/8 9277/10
spot [1] 9266/2
Sprague [1] 9363/20
spreadsheet [1] 9258/11
SPU [13] 9234/1 9256/2 9256/9 9256/16
9256/19 9256/21 9256/24 9261/20
9314/10 9322/1 9322/7 9354/4 9354/14
SPU's [1] 9257/3
spud [2] 9294/12 9294/15
staff [3] 9237/12 9248/17 9248/18
stage [1] 9235/13
stages [1] 9311/15
standard [4] 9233/9 9233/9 9233/16
9233/16
standardize [1] 9302/23
standing [1] 9290/9
standpoint [8] 9236/4 9236/5 9241/3
9241/22 9241/24 9242/2 9248/10
9312/14
starboard [2] 9281/21 9285/24
start [9] 9229/11 9237/23 9252/22
9287/17 9311/22 9324/4 9334/5 9384/2
9384/7
started [14] 9230/6 9230/7 9231/18
9234/20 9271/25 9273/20 9275/15
9282/18 9283/16 9286/19 9292/12
9333/3 9357/14 9371/12
starting [1] 9377/4
starts [2] 9334/9 9346/20
state [8] 9218/7 9218/11 9218/15
9225/11 9227/11 9227/13 9288/17
9348/21
stated [1] 9344/12
statement [11] 9240/21 9255/13
9257/13 9258/20 9270/21 9270/22
9355/20 9356/10 9356/17 9356/19
9383/14
states [12] 9215/1 9215/10 9215/15
9217/8 9217/12 9217/18 9218/2 9224/2
9330/10 9330/21 9364/25 9387/11
States' [1] 9224/8
station [2] 9218/5 9281/2
stationkeeping [1] 9282/3
status [4] 9240/6 9240/11 9259/17
9260/11
stay [5] 9231/9 9288/1 9291/13 9291/13
9291/19
stayed [1] 9287/3
staying [1] 9274/4
stead [1] 9348/8
Steering [1] 9293/19
stenography [1] 9220/17
step [3] 9284/4 9307/23 9372/4
Stephanie [1] 9225/5
STEPHEN [1] 9215/23
stepped [1] 9290/16
steps [2] 9290/6 9371/23
Sterbcow [2] 9216/5 9216/6
Sterbcow's [1] 9310/18
STERNBERG [1] 9220/8
Steve [4] 9293/18 9322/21 9322/24
9326/22
Steve Herman [1] 9293/18
Steve's [1] 9323/19
STEVEN [2] 9217/14 9219/10
still [8] 9228/19 9263/14 9264/5 9282/10
9335/9 9336/10 9355/14 9373/18
stipulation [2] 9223/18 9223/21
stop [4] 9244/18 9274/8 9292/21 9312/4
stopped [1] 9277/21
storage [1] 9304/10
store [1] 9343/8

STRANGE [1] 9218/8
strategic [1] 9304/19 9255/2 9256/10
9304/20
Strategy [1] 9363/24
Street [16] 9215/20 9216/3 9216/6
9216/10 9216/13 9216/19 9216/22
9217/6 9218/12 9218/16 9218/19
9219/7 9219/11 9219/19 9220/5
9220/12
string [3] 9253/16 9295/22 9331/14
strong [1] 9347/5
strongly [1] 9347/1
structured [1] 9353/11
struggling [1] 9296/1
study [2] 9228/1 9365/23
studying [1] 9228/25
stuff [3] 9267/2 9292/9 9373/22
sub [1] 9304/21
sub-group [1] 9304/21
subject [9] 9223/18 9224/21 9242/12
9250/15 9262/11 9264/11 9332/2
9382/23 9384/20
submit [1] 9223/20
submitted [1] 9366/23
substance [2] 9298/23 9300/24
substantially [1] 9342/24
substantive [1] 9327/3
subsurface [1] 9268/4
success [2] 9295/25 9351/16
successful [4] 9268/21 9279/4 9279/6
9379/2
successfully [3] 9362/10 9362/12
9362/20
such [4] 9318/2 9318/19 9318/24
9385/6
sucking [1] 9283/8
sudden [1] 9282/18
sufficient [3] 9320/5 9335/9 9335/10
suggest [1] 9347/1
suggested [4] 9250/6 9253/21 9277/18
9278/12
Suite [11] 9215/20 9216/6 9216/10
9216/16 9218/19 9219/7 9219/11
9219/19 9219/23 9220/5 9220/9
SULLIVAN [1] 9217/20
summary [2] 9259/4 9299/22
sunflower [1] 9338/1
supervisors [1] 9323/12
supply [7] 9283/1 9284/18 9284/22
9284/25 9285/5 9285/10 9376/1
supports [2] 9318/20 9385/7
supposed [7] 9253/11 9293/25 9294/3
9318/7 9325/4 9325/17 9348/9
sure [49] 9226/4 9227/10 9228/13
9230/18 9231/16 9236/2 9236/4
9236/15 9239/3 9241/10 9243/23
9244/5 9244/19 9245/5 9246/20
9252/22 9252/22 9254/6 9254/13
9254/24 9257/23 9264/18 9265/9
9273/7 9274/12 9275/25 9277/19
9280/10 9282/20 9288/15 9291/7
9291/10 9293/3 9304/8 9308/19
9314/17 9316/15 9316/19 9322/19
9327/14 9329/24 9334/7 9340/17
9344/14 9348/4 9349/7 9364/17
9374/20 9378/7
surprised [1] 9291/8
sustain [2] 9346/13 9348/15
Sutherland [1] 9219/9
Suttles [1] 9243/6
switch [1] 9354/12
sworn [1] 9225/10
synthetic [2] 9377/16 9377/18

**S**

system [43] 9251/18 9251/20 9252/3 9252/15 9254/12 9254/14 9254/15 9254/20 9254/23 9254/25 9271/13 9271/14 9298/6 9298/7 9298/8 9298/16 9298/20 9298/22 9299/2 9299/3 9299/4 9299/5 9299/9 9300/14 9300/15 9314/22 9315/3 9315/5 9315/11 9315/16 9318/1 9319/5 9319/8 9323/15 9327/17 9328/12 9328/25 9329/6 9341/3 9360/19 9372/1 9376/7 9386/2
systems [3] 9251/23 9258/23 9323/21

**T**

tag [2] 9276/11 9276/13
take [32] 9241/2 9244/1 9247/23 9251/19 9257/5 9261/14 9265/9 9277/13 9279/15 9283/11 9285/4 9285/6 9286/9 9288/21 9290/6 9294/8 9299/24 9300/9 9315/3 9330/10 9332/14 9341/20 9342/2 9347/21 9359/12 9359/16 9361/25 9364/20 9365/7 9368/16 9385/18 9386/16
taken [5] 9238/24 9273/25 9289/12 9338/24 9361/14
takes [3] 9296/4 9343/19 9344/22
taking [4] 9277/5 9278/6 9347/3 9371/23
talk [15] 9226/7 9237/15 9245/12 9250/16 9250/19 9255/15 9269/11 9270/10 9272/25 9278/10 9278/18 9278/21 9278/23 9307/9 9352/4
talked [15] 9237/8 9246/23 9246/24 9252/23 9277/11 9279/8 9279/9 9298/9 9302/6 9334/19 9335/18 9348/16 9353/18 9366/25 9367/3
talking [15] 9264/7 9267/1 9267/12 9268/25 9275/16 9275/18 9287/8 9305/16 9305/21 9306/2 9347/18 9347/22 9373/23 9373/25 9374/14
talks [3] 9317/3 9361/24 9385/1
tank [6] 9378/24 9378/24 9378/25 9378/25 9379/1 9379/1
tape [2] 9386/25 9387/2
target [1] 9259/16
tasked [1] 9259/16
teach [1] 9337/5
team [47] 9231/5 9234/22 9235/2 9235/25 9236/2 9238/10 9238/13 9238/18 9239/10 9244/12 9248/6 9248/15 9248/20 9249/3 9249/4 9250/11 9253/9 9253/19 9256/10 9267/14 9267/17 9270/14 9272/9 9272/11 9278/10 9278/13 9279/9 9295/5 9313/10 9320/22 9320/23 9325/6 9335/2 9341/17 9341/20 9343/3 9343/16 9351/12 9351/23 9354/15 9354/18 9361/8 9361/9 9365/13 9367/6 9367/8
teams [11] 9231/1 9237/14 9239/9 9239/10 9247/14 9292/22 9293/5 9308/6 9312/3 9312/11 9352/7
teamwork [5] 9248/5 9248/12 9248/15 9279/8 9367/3
technical [8] 9229/19 9253/13 9253/14 9253/17 9253/22 9254/3 9295/20 9298/10
technology [1] 9271/17
Ted [1] 9227/20
telephone [2] 9350/5 9368/7
tell [38] 9226/22 9234/19 9237/25 9241/1 9248/1 9251/9 9257/15 9258/14 9260/11 9263/11 9264/16 9267/15 9270/2 9272/7 9274/10 9277/10 9282/16 9288/5 9291/12 9312/2 9313/21 9326/18 9327/7 9335/18 9335/21 9335/24 9337/10 9337/23 9346/23 9355/21 9355/22 9365/11 9365/18 9366/20 9368/12 9368/21 9372/13 9375/5
telling [6] 9254/4 9264/13 9284/18 9291/11 9291/13 9366/21
temporary [4] 9345/2 9345/7 9345/12 9345/19
tender [1] 9224/21
Tenneco [4] 9229/13 9230/2 9230/4 9230/7
tens [1] 9342/18
tenure [2] 9237/13 9242/3
term [1] 9296/15
terminology [1] 9243/10
terms [10] 9244/8 9254/17 9300/24 9300/24 9313/1 9313/1 9330/3 9334/20 9341/5 9372/7
test [40] 9243/9 9243/9 9243/10 9274/25 9275/3 9275/5 9332/11 9333/24 9335/5 9336/2 9336/13 9337/5 9345/4 9345/5 9345/8 9345/17 9345/18 9345/21 9352/5 9352/8 9352/10 9366/13 9366/14 9366/18 9367/14 9368/14 9377/12 9377/12 9378/2 9378/16 9379/2 9379/2 9379/23 9380/4 9380/9 9380/13 9380/21 9382/2 9382/6 9382/13
tested [1] 9377/9
testified [18] 9225/10 9240/12 9243/8 9256/7 9257/8 9262/13 9284/6 9349/25 9353/25 9355/3 9355/7 9355/12 9358/4 9358/5 9358/9 9358/19 9366/12 9373/3
testify [1] 9358/12
testifying [1] 9255/7
testimony [29] 9223/5 9223/6 9240/18 9250/17 9251/5 9255/2 9263/8 9270/13 9298/18 9299/15 9308/13 9309/17 9311/3 9316/8 9345/1 9345/11 9346/2 9346/5 9346/10 9355/12 9355/17 9357/24 9362/22 9363/4 9368/6 9371/5 9382/24 9383/4 9383/8
testing [1] 9275/1
tests [4] 9331/5 9333/19 9345/14 9346/6
Texas [6] 9217/4 9219/11 9219/23 9220/5 9220/9 9231/13
textbook [2] 9228/17 9228/19
than [13] 9227/2 9256/1 9272/18 9272/18 9272/22 9296/11 9298/24 9300/12 9301/1 9320/9 9331/6 9345/22 9366/22
Thank [29] 9222/25 9223/24 9224/10 9224/24 9226/5 9239/1 9257/5 9267/7 9267/8 9289/3 9293/11 9297/15 9300/9 9305/9 9316/1 9324/9 9330/9 9330/17 9331/25 9335/6 9336/5 9337/15 9346/15 9348/17 9353/5 9381/11 9381/20 9386/20 9386/21
that [851]
that's [126] 9225/14 9226/5 9229/6 9229/17 9230/3 9232/4 9238/20 9239/20 9241/19 9242/19 9244/1 9247/3 9247/21 9247/22 9249/2 9254/8 9256/22 9260/22 9264/10 9265/13 9270/10 9274/18 9279/16 9279/17 9282/23 9286/3 9288/8 9290/1 9291/16 9291/23 9294/5 9294/7 9294/9 9295/3 9295/15 9299/17 9301/19 9301/20 9303/3 9303/12 9304/16 9304/19 9307/24 9317/22 9321/20 9322/4 9325/18 9325/25 9326/8 9326/10 9326/13 9327/12 9328/24 9329/1 9333/15 9336/16 9337/10 9337/10 9337/12 9338/6 9339/8 9339/9 9339/11 9339/15 9340/3 9340/12 9340/13 9340/15 9340/18 9340/18 9341/5 9341/19 9342/11 9342/11 9343/13 9343/21 9347/8 9347/11 9348/17 9349/11 9349/14 9350/2 9350/4 9350/5 9350/8 9350/12 9350/17 9354/8 9354/11 9357/12 9358/3 9358/14 9358/24 9360/2 9363/14 9363/17 9364/13 9365/3 9365/10 9366/19 9369/4 9369/10 9369/13 9369/14 9370/3 9370/10 9370/13 9370/17 9372/9 9372/10 9372/10 9373/2 9373/7 9375/19 9376/6 9377/5 9380/5 9382/20 9384/16 9385/8 9386/18 9386/18
That's all [1] 9337/10
their [25] 9236/6 9237/9 9237/9 9237/16 9254/12 9254/13 9254/13 9254/15 9254/20 9254/21 9254/21 9254/23 9256/19 9272/13 9299/1 9299/4 9315/3 9323/13 9334/11 9334/20 9364/17 9364/18 9367/22 9382/7 9386/8
theirs [1] 9315/17
them [28] 9222/21 9222/21 9224/6 9224/20 9237/15 9237/18 9242/25 9243/23 9244/14 9246/8 9247/14 9248/8 9253/23 9258/19 9269/14 9276/11 9280/20 9283/25 9306/4 9332/14 9332/15 9334/8 9341/14 9345/23 9347/14 9352/17 9369/21 9376/17
then [92] 9230/9 9230/16 9231/4 9231/11 9232/15 9233/21 9233/24 9234/4 9234/7 9237/13 9238/21 9241/14 9245/5 9254/4 9256/13 9258/3 9259/3 9259/4 9259/10 9259/14 9259/17 9260/15 9264/6 9271/2 9271/23 9273/11 9277/1 9277/9 9277/10 9277/16 9277/24 9278/8 9278/25 9279/11 9280/8 9281/3 9282/5 9282/5 9282/9 9283/6 9284/13 9284/13 9284/22 9285/10 9285/12 9285/13 9289/16 9289/25 9290/5 9290/20 9290/20 9291/1 9291/24 9292/7 9292/10 9292/12 9292/16 9294/3 9294/6 9299/5 9313/14 9314/22 9315/9 9317/16 9318/24 9321/21 9323/20 9324/3 9325/14 9328/9 9330/2 9331/22 9334/12 9341/3 9346/25 9350/17 9356/2 9363/15 9365/17 9366/9 9366/17 9367/12 9368/3 9370/4 9370/14 9370/15 9373/14 9377/13 9380/21 9380/24 9381/7 9386/24
there [165] 9223/7 9223/11 9232/2 9237/14 9242/6 9243/8 9244/5 9244/18 9245/14 9247/14 9247/17 9248/9 9249/14 9254/1 9254/2 9255/8 9255/22 9256/13 9257/22 9259/2 9259/9 9259/4 9259/13 9259/19 9260/2 9260/10 9260/15 9260/20 9261/21 9263/15 9263/16 9267/14 9268/8 9268/11 9270/3 9271/15 9271/20 9273/15 9274/22 9275/6 9275/7 9275/12 9275/13 9275/16 9275/17 9276/9 9277/8 9277/11 9278/1 9278/2 9280/5 9280/16 9280/21 9281/3 9281/11 9281/17 9281/24 9282/7 9282/8

Case 2:10-md-02179-CJB-DPC Document 13770 Filed 04/29/15 Page 201 of 205

there... [106]  9282/13 9282/19 9283/1
9283/5 9283/6 9283/8 9283/10 9283/24
9284/15 9285/12 9285/14 9287/22
9288/15 9288/18 9288/20 9290/5
9290/6 9290/9 9290/21 9290/25 9292/9
9294/11 9295/9 9298/6 9299/4 9302/4
9302/16 9304/3 9304/17 9305/15
9306/21 9306/23 9308/5 9309/6 9312/6
9315/5 9315/9 9315/20 9315/22
9316/13 9320/10 9320/22 9320/22
9321/19 9321/24 9322/11 9325/18
9326/11 9327/2 9332/2 9332/24
9334/22 9334/24 9335/3 9335/20
9338/2 9338/14 9339/4 9340/5 9340/17
9340/19 9341/1 9341/7 9342/1 9343/23
9344/20 9345/9 9346/2 9347/4 9347/22
9351/11 9351/24 9356/11 9356/14
9359/13 9359/18 9360/17 9360/23
9365/15 9369/18 9370/1 9370/8
9370/18 9371/2 9371/7 9371/7 9372/16
9373/5 9373/9 9373/13 9373/22
9373/25 9374/1 9374/2 9374/4 9376/25
9377/5 9377/13 9379/11 9379/15
9379/18 9383/6 9383/14 9383/14
9383/18 9385/1
there's [39]  9240/18 9247/21 9250/16
9250/19 9252/21 9256/20 9256/20
9263/8 9270/13 9280/13 9281/6
9286/23 9287/5 9287/6 9290/17 9297/2
9297/5 9297/7 9299/12 9299/15
9309/21 9315/6 9325/13 9326/11
9331/11 9334/2 9341/1 9341/4 9341/6
9345/11 9359/17 9361/23 9368/6
9369/11 9371/21 9373/3 9379/9
9379/17 9382/20
thereafter [2]  9283/4 9373/14
thereof [1]  9304/9
these [47]  9235/17 9238/12 9238/16
9246/14 9247/8 9247/22 9248/3
9248/19 9253/14 9254/3 9260/7 9261/5
9266/16 9268/18 9268/24 9276/13
9276/22 9276/24 9279/16 9283/12
9285/17 9285/19 9286/5 9288/2 9298/2
9298/15 9299/21 9304/21 9305/25
9308/1 9309/5 9313/10 9327/1 9332/13
9335/4 9335/8 9338/15 9346/6 9346/18
9346/19 9347/11 9347/16 9373/23
9374/11 9375/11 9386/12 9386/15
thesis [1]  9228/6
they [124]  9231/1 9231/3 9236/4
9237/15 9237/16 9237/17 9237/18
9238/18 9240/11 9245/15 9245/21
9245/21 9246/4 9248/8 9248/9 9248/10
9248/15 9248/24 9248/25 9248/25
9248/25 9249/1 9253/10 9253/11
9253/14 9262/4 9263/21 9266/13
9267/22 9269/16 9273/12 9273/12
9273/17 9273/19 9273/25 9274/2
9275/4 9275/17 9275/18 9276/1
9276/12 9276/15 9277/4 9277/5 9277/6
9277/6 9278/11 9279/3 9279/5 9279/8
9279/12 9281/4 9281/8 9281/9 9281/25
9282/4 9282/4 9284/18 9285/2 9287/14
9288/5 9288/19 9290/23 9291/1
9291/25 9295/5 9307/13 9314/12
9333/19 9333/20 9334/12 9334/12
9334/21 9334/22 9335/12 9335/18
9335/18 9335/25 9336/1 9338/20
9338/20 9341/9 9342/25 9344/6
9345/16 9345/17 9346/6 9346/7 9349/5
9352/9 9352/13 9352/14 9352/15

9354/21 9358/12 9359/9 9366/13
9366/19 9366/23 9366/24 9366/24
9367/23 9367/24 9368/1 9368/22
9368/23 9368/23 9371/17 9371/23
9372/5 9374/3 9376/22 9380/15 9382/8
9382/8 9382/20 9382/21 9386/12
9386/15 9386/16 9386/16 9386/16
9386/17 9386/19
they're [7]  9241/17 9254/14 9254/14
9315/10 9334/10 9382/19 9386/18
Thierens [1]  9237/5
thing [12]  9236/7 9247/15 9248/5
9250/10 9254/10 9274/13 9299/20
9305/22 9309/11 9313/12 9327/17
9349/3
things [63]  9226/23 9235/9 9241/13
9241/22 9242/1 9242/1 9242/24
9243/19 9243/21 9243/21 9246/15
9246/17 9246/24 9247/13 9247/16
9247/17 9247/18 9247/23 9248/2
9248/13 9253/15 9253/18 9253/19
9259/6 9264/18 9264/25 9265/8
9266/10 9266/11 9267/19 9270/25
9271/6 9272/15 9272/17 9273/18
9274/12 9275/7 9275/19 9276/10
9278/10 9278/11 9278/24 9279/1
9279/3 9279/9 9292/9 9296/9 9298/9
9298/11 9298/15 9324/11 9324/12
9325/7 9327/16 9327/19 9329/11
9335/4 9337/25 9338/18 9338/21
9353/18 9359/11 9384/12
think [45]  9247/8 9250/10 9265/20
9267/5 9267/6 9272/16 9272/16
9272/17 9275/15 9282/7 9297/16
9300/17 9301/4 9301/5 9301/6 9307/1
9309/6 9310/4 9316/10 9326/1 9326/4
9327/19 9329/20 9329/22 9331/11
9332/8 9336/2 9337/11 9337/20 9340/4
9342/8 9342/14 9343/23 9344/16
9345/13 9347/16 9353/15 9356/21
9365/10 9366/12 9367/16 9369/11
9369/15 9373/13 9386/25
third [2]  9218/12 9283/10
this [272]
those [48]  9222/16 9222/24 9223/12
9223/19 9223/22 9224/9 9224/14
9224/15 9224/17 9229/18 9237/10
9240/6 9240/13 9241/13 9241/22
9242/1 9246/2 9247/13 9247/23
9247/24 9248/12 9251/24 9252/19
9253/17 9253/19 9257/1 9257/23
9260/11 9260/23 9265/10 9272/6
9273/18 9273/18 9281/16 9288/19
9298/11 9302/14 9307/2 9322/12
9329/7 9335/1 9338/18 9338/24
9342/15 9381/8 9381/10 9384/11
9385/14
though [5]  9309/13 9311/12 9316/24
9347/21 9373/15
thought [5]  9263/22 9272/18 9291/15
9299/19 9310/7
three [7]  9228/8 9231/17 9260/10
9260/11 9261/6 9270/9 9369/15
three-month [1]  9261/6
through [39]  9226/11 9229/21 9230/4
9230/16 9231/4 9231/14 9232/9
9233/18 9237/3 9237/8 9243/23
9246/14 9250/18 9251/23 9252/19
9254/25 9256/21 9258/19 9258/22
9270/6 9280/11 9292/15 9293/7 9316/5
9320/18 9331/18 9344/9 9344/25
9346/18 9347/13 9348/8 9353/10

9355/10 9356/5 9359/13 9362/14
throughout [3]  9229/18 9232/11 9233/6
thruster [1]  9277/7
thrusters [1]  9277/5
Thunder [2]  9255/6 9300/20
Thursday [2]  9240/9 9292/1
ticking [1]  9267/22
tied [1]  9376/10
time [108]  9222/22 9223/16 9224/15
9224/20 9226/9 9227/24 9228/22
9228/22 9231/3 9232/11 9232/19
9233/6 9235/4 9236/18 9239/12 9241/7
9241/16 9242/18 9244/17 9246/3
9246/7 9250/8 9254/15 9261/9 9261/13
9265/3 9268/24 9269/4 9269/12
9269/20 9272/10 9273/11 9274/21
9275/16 9275/20 9276/3 9276/21
9276/23 9277/8 9278/4 9281/5 9282/10
9282/14 9283/15 9284/1 9284/2
9284/10 9284/13 9284/19 9285/4
9285/10 9286/8 9286/24 9287/3
9288/13 9288/20 9289/5 9290/3 9291/5
9292/13 9293/22 9295/19 9296/7
9296/10 9296/10 9296/11 9296/12
9296/14 9297/11 9299/20 9308/10
9313/9 9313/14 9313/20 9320/17
9322/11 9333/1 9334/16 9334/24
9342/20 9343/24 9344/2 9350/3 9353/7
9353/9 9354/7 9355/18 9356/19
9358/25 9359/16 9360/22 9364/6
9365/9 9365/11 9365/21 9367/13
9367/15 9367/16 9367/23 9368/11
9368/17 9369/1 9370/20 9370/22
9372/16 9372/22 9376/12 9386/5
timelines [1]  9312/2
times [7]  9223/18 9223/19 9227/4
9251/3 9288/1 9301/3 9351/1
timetable [2]  9300/12 9300/25
timing [1]  9300/11
Tink [1]  9326/22
tired [1]  9333/11
title [6]  9230/25 9259/13 9333/17
9333/17 9333/25 9341/17
titled [3]  9242/20 9249/16 9252/9
today [9]  9225/7 9225/8 9264/13 9312/4
9313/2 9313/16 9327/14 9333/12
9340/18
today's [1]  9364/23
TODDI [1]  9328/9
together [12]  9231/4 9232/20 9252/9
9253/12 9292/22 9298/5 9325/4 9327/5
9329/8 9329/12 9349/6 9352/15
told [14]  9236/23 9261/21 9276/23
9283/23 9285/6 9288/1 9288/7 9353/15
9357/8 9361/17 9366/12 9366/17
9375/3 9375/13
Tolles [1]  9219/13
TOM [1]  9216/18
tonight [1]  9291/16
too [3]  9269/24 9269/25 9270/16
took [15]  9227/2 9248/5 9248/25 9266/2
9270/16 9273/12 9273/13 9274/2
9277/6 9277/20 9279/19 9284/14
9330/13 9352/21 9363/7
tool [18]  9301/16 9301/18 9301/19
9302/12 9303/8 9305/24 9306/1
9307/13 9307/20 9307/22 9307/23
9308/7 9309/9 9311/10 9311/22
9311/23 9327/19 9327/23
toolpusher [3]  9275/12 9380/24 9381/2
tools [15]  9302/5 9302/13 9302/16
9308/2 9309/7 9311/16 9313/9

**T**

toolshed [2]  9276/8 9276/18
top [11]  9252/23 9259/1 9320/7 9323/2
9331/24 9334/5 9338/6 9364/10
9377/25 9378/1 9378/6
topics [1]  9255/14
Torts [2]  9217/9 9217/19
totalizers [1]  9384/11
totally [1]  9299/7
tour [7]  9274/7 9274/8 9275/14 9275/15
9275/25 9277/1 9367/25
touring [1]  9367/12
towards [3]  9275/21 9276/20 9277/20
towel [1]  9283/21
track [7]  9231/25 9258/1 9258/1
9258/17 9268/16 9296/9 9386/13
tracking [1]  9259/22
Trahan [4]  9266/1 9266/3 9275/11
9278/4
train [1]  9335/9
trained [1]  9249/23
training [11]  9333/18 9333/20 9335/7
9335/9 9335/21 9336/7 9336/9 9336/10
9337/4 9337/8 9351/21
transcript [3]  9215/14 9310/2 9387/12
transcription [1]  9220/17
transferred [1]  9231/12
transition [2]  9308/7 9312/7
transitioned [1]  9371/20
transitioning [1]  9312/6
Transocean [57]  9219/6 9219/6 9219/7
9219/9 9219/10 9219/11 9219/13
9219/14 9219/15 9219/18 9219/18
9219/19 9219/22 9219/22 9219/23
9222/9 9244/17 9245/25 9246/22
9247/5 9248/7 9265/18 9265/25 9266/2
9269/13 9270/5 9270/10 9270/11
9275/13 9276/15 9278/19 9279/5
9286/9 9298/16 9314/20 9315/21
9318/15 9323/2 9325/7 9328/2 9328/9
9328/11 9335/23 9338/2 9360/4 9360/9
9360/15 9361/9 9366/1 9366/22 9367/4
9367/21 9369/19 9369/20 9372/10
9379/13 9385/14
Transocean's [14]  9222/15 9254/20
9265/13 9269/18 9269/21 9270/2
9275/22 9279/3 9285/4 9298/21
9358/20 9371/25 9376/6 9382/12
transparency [1]  9302/25
transpired [1]  9288/18
transportation [1]  9304/11
traveled [1]  9365/4
Tremendous [1]  9267/24
trenches [1]  9343/18
TREX [42]  9242/7 9247/9 9256/5 9258/6
9267/6 9267/7 9267/11 9294/22
9295/16 9301/9 9302/19 9303/15
9303/25 9305/11 9308/16 9308/23
9309/19 9314/15 9316/20 9317/10
9318/11 9322/15 9323/5 9325/21
9326/4 9328/5 9331/1 9347/10 9352/19
9358/16 9361/10 9363/18 9364/2
9364/8 9364/21 9374/9 9375/9 9376/20
9378/4 9379/3 9385/9 9385/10
TREX-01127 [1]  9347/10
TREX-1975.1.1 [1]  9301/9
TREX-1975.14.1 [1]  9305/11
TREX-1975.6.1 [1]  9302/19
TREX-1975.9.1 [1]  9303/15
TREX-20615.1.1 [1]  9361/10
TREX-2523.1.1 [1]  9322/15
TREX-2523.7.1 [1]  9323/5

TREX-26144.134.1 [1]  9308/16
TREX-26144.153.1 [1]  9309/19
TREX-26144.668.1 [1]  9314/15
TREX-2940.4 [1]  9352/19
TREX-37031.5.2.TO [1]  9374/9
TREX-4232.1.1 [1]  9294/22
TREX-4232.1.2 [1]  9295/16
TREX-45006.16.1 [1]  9318/11
TREX-45006.6.1 [1]  9316/20
TREX-45006.8.1 [1]  9317/10
TREX-45076 [1]  9256/5
TREX-45118.1.1.TO [1]  9363/18
TREX-45118.2.1.TO [1]  9364/2
TREX-45118.4.1.TO [1]  9364/8
TREX-45118.5.1.TO [1]  9364/21
TREX-4721 [1]  9385/9
TREX-47964-N.3.1 [1]  9267/11
TREX-48272.1.1 [1]  9247/9
TREX-48272.1.2 [1]  9242/7
TREX-51133.1.TO [1]  9376/20
TREX-51133.2.TO [1]  9378/4
TREX-51133.3.TO [1]  9379/3
TREX-6025-C.3.1 [1]  9258/6
TREX-6205.194.1 [1]  9303/25
TREX-759 [1]  9331/1
TREX-948.1.1 [1]  9325/21
TREX-948.4.1 [1]  9328/5
TREX-948.5.1 [1]  9326/4
TREX-948.5.1.PSC [1]  9358/16
TREXs [1]  9325/14
trial [4]  9215/14 9267/9 9306/22
9321/11
trickle [1]  9288/6
tried [1]  9335/9
trip [5]  9378/23 9378/24 9378/25 9379/1
9379/1
TRITON [1]  9215/8
true [2]  9307/17 9387/12
Trust [1]  9333/14
try [3]  9337/1 9368/16 9371/21
trying [11]  9298/2 9299/20 9303/12
9310/7 9310/9 9310/19 9332/18 9333/8
9333/12 9340/9 9379/13
tubular [1]  9253/15
Tucker [1]  9363/14
turn [1]  9279/14
turned [1]  9333/22
twice [2]  9245/8 9350/1
two [18]  9223/3 9233/24 9241/2
9251/22 9260/13 9282/9 9285/24
9292/23 9292/23 9327/16 9327/19
9341/8 9345/13 9346/6 9350/15
9359/12 9375/21 9376/14
type [3]  9223/21 9246/15 9296/4
types [4]  9268/18 9279/16 9299/21
9327/2
typically [3]  9273/19 9276/11 9279/16

**U**

U.S [6]  9217/8 9217/12 9217/18 9218/2
9231/19 9234/3
Uh [1]  9329/13
Uh-huh [1]  9329/13
ultimately [2]  9238/18 9349/20
unclear [1]  9365/1
uncommon [1]  9272/24
under [31]  9228/1 9228/25 9232/3
9239/13 9251/5 9251/10 9251/11
9252/2 9254/9 9254/12 9254/14
9254/23 9255/5 9255/16 9256/13
9256/14 9256/22 9270/14 9272/9
9272/11 9293/18 9294/12 9300/19

9303/23 9315/5 9317/25 9319/25
9355/3 9361/8 9363/5
UNDERHILL [4]  9217/9 9330/21 9349/4
9381/6
underneath [1]  9239/10
understand [19]  9232/21 9245/14
9247/16 9251/5 9258/23 9262/4
9262/9 9265/1 9266/9 9271/6 9314/17
9328/1 9333/7 9333/8 9333/9 9333/12
9335/11 9336/11 9337/9
understanding [10]  9223/22 9237/10
9299/21 9303/3 9310/1 9318/6 9322/6
9323/13 9333/20 9387/13
understood [9]  9250/21 9250/22
9261/22 9272/5 9314/19 9323/22
9359/3 9360/18 9364/17
undertaking [2]  9371/17 9372/5
Unfortunately [1]  9336/5
unit [9]  9242/17 9256/2 9304/9 9304/19
9304/20 9304/20 9304/21 9378/18
9378/20
UNITED [12]  9215/1 9215/10 9215/15
9217/8 9217/12 9217/18 9218/2 9224/2
9224/7 9330/10 9330/21 9387/11
units [1]  9328/15
University [2]  9227/11 9227/13
unless [4]  9286/13 9286/20 9320/1
9320/4
until [20]  9231/10 9235/23 9236/10
9236/18 9242/3 9272/5 9272/5 9274/4
9279/12 9280/8 9288/25 9291/20
9308/8 9311/10 9313/20 9327/6 9333/2
9354/9 9358/6 9369/2
unusual [1]  9272/21
up [112]  9227/5 9231/2 9231/3 9238/19
9242/3 9246/11 9250/24 9252/7
9256/20 9259/9 9262/22 9263/25
9264/3 9264/6 9264/7 9265/22 9270/6
9275/4 9275/10 9275/10 9277/10
9277/11 9277/20 9277/20 9278/16
9279/13 9279/15 9279/17 9279/19
9279/21 9280/5 9280/14 9281/4
9281/14 9282/4 9282/8 9282/13 9283/1
9284/5 9286/12 9286/25 9291/3 9291/3
9291/25 9292/5 9297/18 9301/9
9301/21 9302/18 9308/15 9310/2
9314/5 9314/14 9316/13 9316/20
9321/19 9322/15 9323/5 9324/18
9325/21 9328/13 9331/1 9333/6
9337/16 9337/17 9337/19 9338/6
9338/9 9342/24 9346/14 9349/3
9349/12 9350/21 9352/19 9353/10
9354/9 9355/9 9357/14 9358/6 9358/15
9359/4 9361/10 9362/13 9362/25
9363/18 9364/1 9364/7 9364/20
9365/22 9366/17 9366/22 9368/3
9369/5 9369/19 9369/21 9370/4 9370/5
9373/13 9374/9 9375/9 9376/20
9376/25 9378/21 9378/23 9379/3
9380/15 9380/18 9381/10 9381/24
9383/6 9383/7 9385/9
upcoming [2]  9243/8 9278/23
update [2]  9240/10 9259/17
updated [2]  9258/3 9268/22
updates [2]  9258/2 9361/12
updating [1]  9307/18
upon [6]  9227/12 9233/2 9333/21
9335/12 9336/13 9337/6
upset [1]  9292/11
upstream [2]  9242/24 9243/5
us [57]  9230/4 9230/16 9231/24
9232/20 9233/18 9234/19 9236/23
9237/25 9241/1 9245/10 9246/15

## U

us... [46]  9248/1 9251/9 9252/19 9254/4
9256/19 9257/15 9258/13 9258/14
9260/11 9261/21 9263/11 9264/13
9264/16 9264/23 9267/15 9270/24
9271/7 9273/5 9274/11 9275/14 9276/1
9277/13 9277/16 9279/11 9279/15
9279/17 9279/20 9280/11 9280/15
9281/8 9281/8 9281/9 9282/16 9283/23
9285/6 9288/1 9291/11 9291/12
9291/13 9324/19 9326/5 9333/13
9346/16 9352/21 9353/15 9353/22
use [17]  9232/10 9271/11 9302/11
9302/12 9305/24 9306/1 9309/17
9309/22 9314/21 9314/21 9316/7
9316/8 9341/4 9352/13 9357/24 9369/6
9375/20
used [14]  9222/10 9222/20 9223/4
9223/5 9224/3 9224/13 9271/18
9271/19 9282/2 9282/20 9304/16
9311/17 9313/10 9332/11
using [6]  9220/17 9306/13 9311/22
9312/5 9313/3 9314/22
usually [1]  9350/15
Utilizes [1]  9268/15

## V

Vaguely [1]  9323/8
value [1]  9324/5
various [8]  9230/19 9234/16 9235/2
9239/10 9243/1 9253/8 9311/14
9334/11
Vastar [1]  9232/18
vehicle [2]  9292/3 9292/6
ventures [2]  9230/22 9317/17
verbatim [1]  9343/5
verify [2]  9320/15 9378/21
versus [2]  9240/19 9296/10
very [13]  9252/22 9260/13 9267/18
9287/22 9293/2 9320/7 9335/6 9352/6
9370/14 9370/18 9372/16 9373/9
9381/18
vessel [3]  9281/1 9282/1 9382/21
vest [1]  9283/24
vests [1]  9283/23
via [2]  9251/21 9254/18
vice [36]  9225/23 9226/8 9226/19
9232/11 9232/19 9233/7 9234/23
9235/19 9236/17 9238/1 9238/22
9239/18 9240/20 9243/1 9245/19
9249/5 9251/16 9253/23 9255/18
9256/23 9319/20 9319/20 9320/17
9322/24 9334/25 9343/11 9344/5
9344/17 9344/23 9347/23 9352/21
9353/10 9379/21 9381/25 9382/5
9386/4
Vidrine [10]  9332/10 9368/7 9368/12
9368/15 9368/21 9376/14 9379/6
9379/10 9379/14 9379/18
view [4]  9233/8 9251/4 9283/13 9380/5
views [2]  9237/9 9268/25
violently [2]  9282/18 9282/22
Virginia [1]  9216/10 9216/10
vision [1]  9244/6
visit [23]  9247/14 9264/19 9264/21
9265/7 9265/11 9265/15 9265/19
9265/21 9266/2 9266/5 9266/7 9267/1
9267/13 9267/16 9269/8 9269/11
9272/25 9273/11 9273/19 9274/13
9278/17 9360/22 9366/14
visited [2]  9274/22 9362/4
visiting [1]  9266/12

visits [3]  9243/25 9244/3 9279/16
volume [1]  9357/25 9357/1
VON [1]  9220/8

## W

wait [2]  9287/16 9287/19
walk [9]  9229/21 9230/4 9230/16
9231/14 9232/9 9252/19 9277/16
9279/11 9280/11
walked [9]  9237/3 9237/7 9276/19
9277/9 9280/15 9281/8 9281/8 9282/22
9290/5
Walker [1]  9216/9
walking [1]  9233/18
walkways [1]  9290/6
wall [2]  9280/19 9289/21
WALTER [1]  9216/12
Walz [2]  9340/4 9386/7
want [35]  9236/16 9246/14 9247/19
9254/10 9254/11 9254/13 9254/15
9254/24 9255/15 9258/23 9265/1
9265/1 9284/4 9296/13 9297/20 9298/2
9299/10 9304/6 9310/10 9310/19
9314/17 9316/7 9329/21 9341/4
9346/25 9347/3 9352/4 9352/6 9355/13
9356/4 9357/8 9359/9 9359/12 9384/22
9385/21
wanted [22]  9236/2 9236/4 9242/24
9244/6 9244/7 9248/25 9249/1 9265/7
9265/11 9266/11 9271/6 9271/11
9271/22 9277/22 9278/10 9278/18
9278/21 9279/15 9279/17 9292/23
9303/5 9307/13
wanting [1]  9277/4 9278/23
was [556]
Washington [4]  9217/17 9217/22 9218/6
9219/4
wasn't [37]  9244/15 9261/12 9265/23
9291/7 9291/10 9306/24 9307/11
9308/8 9311/8 9312/19 9312/21
9313/23 9325/5 9325/8 9326/17
9326/17 9327/5 9328/4 9329/1 9329/8
9335/9 9335/10 9335/18 9335/22
9336/5 9337/4 9338/12 9345/23
9359/24 9362/23 9366/7 9367/18
9373/25 9374/24 9376/2 9376/4
9376/12
water [2]  9271/25 9290/24
way [32]  9231/4 9247/12 9253/5
9259/14 9275/21 9283/7 9288/9
9288/10 9290/25 9299/1 9314/5
9314/18 9314/18 9318/20 9320/13
9320/15 9331/24 9334/7 9338/18
9340/18 9340/18 9341/5 9353/11
9354/9 9356/4 9358/6 9367/25 9368/1
9371/18 9374/4 9377/15 9385/6
ways [1]  9256/8
we [329]
we'd [3]  9222/21 9224/5 9245/6
we'll [4]  9262/17 9269/11 9313/14
9356/2
we're [11]  9226/7 9232/8 9241/19
9253/3 9267/11 9306/21 9307/9
9310/16 9337/11 9373/23 9386/25
we've [31]  9222/10 9222/11 9223/6
9223/7 9224/5 9224/14 9224/14
9224/18 9232/8 9244/25 9252/9
9252/11 9252/12 9258/12 9252/23
9253/22 9266/15 9287/24 9288/7
9290/22 9290/22 9290/22 9291/9
9299/14 9299/16 9315/10 9329/22
9331/5 9337/14 9347/12 9348/15
weather [1]  9281/25

wedged [1]  9290/19
weigh [8]  9240/20 9244/2 9244/22
9244/25 9245/17 9245/25 9248/4
9265/23
weekend [1]  9292/13
weekly [4]  9240/8 9240/16 9248/20
9361/8
weeks [1]  9270/9
weighing [3]  9347/2 9348/1 9348/10
well [178]
wellbore [1]  9296/20
wellhead [3]  9271/13 9271/14 9272/2
wells [75]  9231/7 9231/22 9232/10
9232/21 9233/10 9235/11 9235/14
9237/6 9237/16 9238/18 9239/5 9239/5
9239/8 9239/11 9239/15 9239/17
9240/6 9240/9 9240/11 9244/12 9245/5
9245/9 9245/11 9245/20 9246/3 9247/5
9248/6 9252/25 9252/25 9253/1 9253/4
9253/9 9262/16 9262/19 9262/22
9265/16 9268/1 9268/2 9268/2 9268/5
9268/18 9272/3 9272/21 9272/23
9292/14 9292/19 9292/20 9292/23
9293/6 9293/8 9298/12 9306/15 9308/6
9311/19 9311/20 9312/3 9313/19
9313/23 9314/5 9325/5 9332/25 9333/4
9334/8 9338/17 9341/17 9341/20
9343/23 9344/2 9351/12 9351/23
9352/7 9361/25 9367/6 9367/8 9381/12
went [31]  9229/12 9230/2 9236/7
9271/8 9273/7 9274/5 9275/10 9275/15
9275/25 9276/1 9276/7 9276/8 9277/2
9277/19 9279/21 9282/5 9283/16
9291/25 9292/7 9294/20 9350/1 9351/1
9360/22 9360/23 9365/7 9365/25
9366/9 9368/3 9372/22 9375/23
9386/14
were [226]
weren't [3]  9311/9 9352/1 9375/7
Westlake [7]  9292/8 9339/4 9339/5
9340/7 9340/13 9340/15 9349/4
what [206]
what's [15]  9242/12 9265/2 9274/14
9287/24 9296/6 9296/8 9297/24 9298/4
9304/5 9305/18 9310/5 9340/10 9365/9
9371/22 9376/25
whatever [11]  9329/21 9332/18 9336/7
9337/4 9337/12 9338/15 9342/19
9346/25 9352/13 9359/16 9373/8
whatnot [6]  9268/4 9272/20 9281/7
9334/8 9362/5 9362/6
whatsoever [2]  9332/18 9359/13
when [102]  9226/16 9229/11 9230/10
9232/16 9233/7 9233/18 9234/13
9241/7 9241/14 9245/7 9255/13
9255/17 9255/20 9256/7 9256/16
9256/19 9257/16 9263/12 9263/15
9263/20 9263/20 9263/21 9263/25
9264/5 9264/6 9265/4 9265/4 9265/20
9266/12 9268/4 9268/18 9273/3
9274/12 9275/21 9276/11 9276/12
9276/18 9277/11 9280/7 9281/4
9283/15 9284/13 9286/8 9287/14
9287/18 9288/8 9288/12 9289/24
9290/1 9290/8 9291/16 9302/16
9306/12 9308/4 9308/5 9310/5 9312/19
9312/22 9313/1 9313/2 9313/16
9313/18 9313/24 9314/3 9314/5
9321/18 9324/22 9326/13 9332/8
9333/4 9333/6 9333/11 9335/9 9338/24
9339/12 9340/18 9342/13 9344/22
9347/4 9349/5 9351/3 9352/21 9352/22
9360/16 9362/3 9365/22 9365/25

**W**

when... [15]  9367/16 9368/11 9371/5
9371/12 9371/19 9371/21 9373/1
9373/4 9373/19 9375/3 9375/17
9376/13 9379/20 9383/4 9385/24
where [51]  9230/8 9233/25 9244/1
9245/12 9245/21 9255/10 9270/10
9273/8 9274/2 9276/21 9281/17
9281/22 9286/3 9287/10 9290/8
9291/14 9295/24 9300/18 9305/15
9309/14 9318/15 9318/24 9323/1
9323/12 9325/11 9326/19 9331/25
9334/18 9334/20 9339/9 9339/15
9339/17 9339/19 9339/21 9340/8
9341/2 9341/3 9346/20 9356/10
9356/13 9359/14 9363/11 9364/10
9370/25 9374/12 9377/25 9381/24
9383/14 9383/17 9385/4 9385/22
whereby [1]  9320/22
WHEREUPON [2]  9225/9 9330/13
whether [19]  9233/8 9244/22 9245/1
9259/18 9271/21 9272/5 9279/14
9287/14 9299/17 9325/8 9338/16
9352/4 9360/17 9360/18 9371/15
9371/17 9375/20 9380/9 9381/25
which [54]  9230/8 9232/25 9234/1
9240/23 9241/24 9253/15 9253/16
9254/20 9255/1 9256/8 9257/19
9258/22 9259/15 9261/9 9261/20
9262/10 9264/22 9267/11 9271/13
9273/16 9275/1 9280/21 9285/6
9286/10 9290/10 9290/11 9291/20
9301/15 9304/19 9307/3 9308/22
9310/7 9311/1 9314/5 9315/15 9321/23
9327/8 9327/19 9334/7 9338/22
9344/24 9345/3 9347/10 9347/10
9356/24 9361/21 9365/21 9366/4
9371/6 9372/9 9378/17 9383/10
9384/13 9384/23
whichever [1]  9330/20
while [19]  9239/18 9241/19 9242/6
9249/5 9269/17 9272/14 9273/25
9275/7 9276/16 9279/6 9298/11
9314/12 9316/23 9318/13 9329/16
9337/19 9342/15 9369/18 9370/1
Whiteley [1]  9218/15
who [48]  9226/13 9232/19 9234/15
9236/25 9237/5 9238/21 9239/7
9242/10 9242/14 9243/4 9243/5 9243/6
9244/12 9244/17 9246/21 9265/15
9265/16 9265/18 9265/25 9266/1
9266/15 9273/9 9273/9 9275/11
9275/12 9275/25 9283/19 9287/4
9289/19 9308/6 9314/2 9322/23
9324/20 9333/15 9334/16 9339/22
9353/22 9356/16 9356/16 9356/18
9361/17 9361/24 9368/7 9373/15
9375/4 9380/24 9382/24 9386/18
who's [1]  9295/18
whoever [1]  9275/24
whoever's [1]  9326/8
whole [9]  9241/3 9247/20 9287/3
9307/14 9359/21 9384/1 9384/4
9384/17 9385/21
whom [1]  9346/3
why [18]  9226/22 9241/1 9242/14
9242/20 9256/17 9257/15 9265/14
9270/24 9279/2 9279/3 9279/5 9289/8
9303/5 9308/15 9337/1 9382/16
9386/11 9386/14
wife [5]  9277/22 9292/7 9350/3 9350/15
9351/3

will [19]  9223/20 9261/7 9261/8 9276/11
9300/6 9306/8 9324/6
9328/6 9329/21 9331/1 9342/19
9342/23 9342/25 9346/20 9346/24
9346/25 9386/23
Williams [2]  9216/15 9216/15
Williamson [2]  9217/2 9217/3
window [2]  9285/15 9372/19
windows [6]  9283/12 9285/17 9285/19
9285/20 9286/5 9288/3
WINFIELD [1]  9218/9
Winslow [6]  9265/25 9266/3 9275/11
9276/22 9276/23 9290/20
within [14]  9239/14 9251/18 9261/5
9265/3 9283/6 9302/8 9304/19 9304/25
9305/2 9318/2 9356/10 9357/10
9357/20 9383/13
without [4]  9222/16 9272/1 9331/18
9360/14
witness [7]  9224/3 9225/2 9225/4
9225/6 9314/16 9355/11 9386/23
witnesses [2]  9251/3 9348/16
woman [1]  9371/3
women [2]  9234/15 9262/3
won't [5]  9243/23 9250/18 9258/18
9336/24 9347/19
wonder [1]  9229/7
word [4]  9304/16 9332/14 9341/21
9377/22
words [2]  9282/20 9341/7
work [28]  9226/13 9226/14 9226/25
9227/3 9229/12 9230/2 9231/3 9234/24
9253/5 9253/11 9254/11 9254/12
9271/25 9272/1 9276/22 9276/24
9315/1 9318/18 9318/19 9330/21
9333/3 9337/12 9338/18 9338/20
9338/24 9368/1 9385/5 9385/6
worked [13]  9227/3 9227/23 9230/9
9234/15 9253/20 9331/20 9339/15
9339/17 9339/19 9339/21 9340/4
9349/6 9350/19
working [14]  9229/11 9231/1 9237/16
9237/17 9250/12 9252/12 9252/19
9254/14 9254/23 9262/22 9264/23
9292/12 9339/2 9339/12
works [2]  9254/8 9262/8
world [1]  9236/8
worry [1]  9253/18
worth [1]  9343/8
would [114]  9222/12 9224/15 9224/21
9235/14 9239/9 9240/9 9240/10 9243/5
9243/12 9246/19 9248/16 9254/22
9254/22 9255/5 9255/10 9255/11
9256/9 9256/24 9256/25 9259/2
9261/12 9261/14 9263/11 9263/22
9263/22 9263/25 9264/3 9264/8
9266/13 9271/6 9271/21 9272/1
9273/15 9273/18 9277/13 9282/12
9282/14 9283/7 9287/20 9298/20
9298/21 9299/5 9304/13 9304/25
9305/2 9305/4 9305/6 9308/2 9308/12
9311/21 9311/21 9312/3 9312/6
9312/22 9312/24 9314/2 9314/4 9314/9
9314/11 9314/19 9314/20 9316/10
9316/11 9316/13 9320/12 9320/24
9322/7 9327/2 9329/16 9335/1 9337/2
9341/13 9341/15 9342/16 9346/18
9346/25 9349/7 9349/19 9349/20
9350/11 9351/9 9351/24 9352/2
9354/18 9355/19 9356/16 9356/17
9361/2 9371/20 9371/20 9372/1 9372/3
9372/3 9373/8 9373/8 9374/6 9374/8
9376/10 9379/9 9379/9 9379/20

9379/22 9380/8 9380/8 9380/20
9380/21 9380/24 9381/1 9381/4
9381/4 9381/25 9382/7 9382/8 9382/10
wouldn't [10]  9264/4 9314/9 9330/8
9333/20 9336/21 9344/3 9348/10
9353/9 9371/24 9379/23
wound [1]  9333/6
wrap [1]  9283/21
Wright [1]  9215/18
write [1]  9376/17
written [2]  9365/18 9379/10
wrong [4]  9282/16 9309/11 9310/2
9341/12
wrote [3]  9343/17 9381/7 9381/10
WSL [1]  9347/4

**Y**

yeah [14]  9246/19 9277/15 9285/12
9294/11 9309/1 9310/3 9311/5 9312/25
9322/19 9325/16 9339/8 9342/15
9356/21 9365/10
year [7]  9239/16 9245/9 9249/25 9261/6
9306/13 9311/10 9311/24
years [17]  9227/24 9229/16 9229/19
9229/25 9231/17 9233/2 9233/24
9234/4 9239/14 9242/6 9252/5 9262/7
9313/11 9336/10 9340/17 9353/17
9374/17
yes [338]
yesterday [1]  9224/4
yet [4]  9260/14 9272/7 9320/7 9342/11
Yoakum [1]  9217/3
you [850]
you'd [2]  9334/3 9379/8
you'll [1]  9261/9
you're [27]  9241/4 9243/17 9250/8
9280/7 9287/8 9294/10 9296/11 9297/7
9299/25 9301/16 9310/23 9312/6
9322/12 9327/14 9327/16 9331/3
9348/5 9353/2 9357/7 9357/9 9357/14
9357/18 9368/24 9371/6 9371/10
9373/9 9386/21
you've [20]  9228/14 9229/15 9229/21
9237/24 9242/12 9247/8 9254/8
9256/21 9256/22 9297/4 9305/16
9305/21 9305/22 9312/5 9337/24
9338/1 9338/1 9338/16 9341/8 9373/3
you-all [1]  9223/20
YOUNG [1]  9218/5
youngest [1]  9292/10
your [161]  9222/8 9222/13 9222/19
9222/25 9223/1 9223/13 9223/24
9224/1 9224/11 9225/6 9225/11
9225/16 9226/7 9226/9 9226/11 9227/8
9228/19 9229/6 9230/1 9230/4 9230/16
9231/14 9233/2 9233/8 9233/11
9233/18 9236/16 9237/25 9238/8
9238/13 9239/2 9239/8 9239/13
9240/15 9243/17 9243/18 9245/24
9246/16 9248/20 9250/2 9250/9 9250/9
9250/11 9251/4 9251/5 9251/7 9252/5
9254/16 9255/2 9256/11 9261/1 9261/8
9261/18 9262/2 9262/13 9262/18
9264/16 9265/21 9267/5 9267/16
9269/11 9272/21 9272/25 9277/1
9288/10 9289/3 9292/20 9293/10
9293/13 9296/13 9297/16 9298/18
9299/10 9299/23 9300/7 9300/17
9300/19 9301/2 9302/21 9303/3
9304/12 9306/25 9308/12 9308/13
9308/24 9309/4 9309/16 9310/4 9311/7
9315/4 9315/5 9315/14 9315/16
9315/24 9316/1 9316/6 9318/6 9321/8

## Y

your... [63]  9321/13 9321/17 9322/6
9324/24 9325/14 9325/17 9327/1
9327/9 9329/11 9329/18 9329/24
9330/15 9330/17 9330/24 9332/5
9332/14 9335/15 9336/14 9336/16
9336/18 9337/20 9339/13 9344/16
9344/16 9346/9 9347/24 9348/8 9348/8
9348/12 9348/17 9348/25 9349/3
9349/22 9350/3 9351/11 9351/20
9351/23 9355/11 9355/18 9356/23
9357/23 9360/8 9360/24 9362/16
9362/22 9363/3 9363/4 9367/25
9368/20 9375/11 9376/22 9379/22
9380/5 9381/13 9381/15 9381/18
9381/20 9382/11 9382/11 9383/2
9383/20 9386/8 9386/24
yours [1]  9228/25
yourself [2]  9236/20 9379/8

## Z

Zanghi [1]  9334/25
zonal [1]  9253/15