1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3  ****************************************************************

4     IN RE:  OIL SPILL BY THE OIL

5     RIG *DEEPWATER HORIZON* IN THE
      GULF OF MEXICO ON APRIL 20,

6     2010

7                          CIVIL ACTION NO. 10-MD-2179 "J"

8                          NEW ORLEANS, LOUISIANA
                           Wednesday, April 17, 2013

9

10

      THIS DOCUMENT RELATES TO:

11
      CASE NO. 2:10-CV-02771,

12    *IN RE:  THE COMPLAINT AND*
      *PETITION OF TRITON ASSET*

13    *LEASING GmbH, ET AL*

14    CASE NO. 2:10-CV-4536,
      *UNITED STATES OF AMERICA V.*

15    *BP EXPLORATION & PRODUCTION,*
      *INC., ET AL*

16

17 ****************************************************************

18

19              **DAY 29 - AFTERNOON SESSION**

20         TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

21       HEARD BEFORE THE HONORABLE CARL J. BARBIER

22              UNITED STATES DISTRICT JUDGE

23

24

25

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                   BY:  JAMES P. ROY, ESQ.
 4                                 556 JEFFERSON STREET, SUITE 500
                                   POST OFFICE BOX 3668
 5                                 LAFAYETTE, LA  70502

 6                                 HERMAN HERMAN & KATZ
                                   BY:  STEPHEN J. HERMAN, ESQ.
 7                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA  70113
 8
                                   CUNNINGHAM BOUNDS
 9                                 BY:  ROBERT T. CUNNINGHAM, ESQ.
                                   1601 DAUPHIN STREET
10                                 MOBILE, AL  36604

11                                 LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                   BY:  PAUL M. STERBCOW, ESQ.
12                                 PAN AMERICAN LIFE BUILDING
                                   601 POYDRAS STREET, SUITE 2615
13                                 NEW ORLEANS, LA  70130

14                                 BREIT DRESCHER IMPREVENTO & WALKER
                                   BY:  JEFFREY A. BREIT, ESQ.
15                                 600 22ND STREET, SUITE 402
                                   VIRGINIA BEACH, VA  23451
16
                                   LEGER & SHAW
17                                 BY:  WALTER J. LEGER, JR., ESQ.
                                   600 CARONDELET STREET, 9TH FLOOR
18                                 NEW ORLEANS, LA  70130

19                                 WILLIAMS LAW GROUP
                                   BY:  CONRAD S. P. WILLIAMS, ESQ.
20                                 435 CORPORATE DRIVE, SUITE 101
                                   HOUMA, LA  70360
21
                                   THORNHILL LAW FIRM
22                                 BY:  THOMAS THORNHILL, ESQ.
                                   1308 NINTH STREET
23                                 SLIDELL, LA  70458

24

25
```

```
 1
                            DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
 2                          BY:  JOHN W. DEGRAVELLES, ESQ.
                            618 MAIN STREET
 3                          BATON ROUGE, LA 70801

 4                          WILLIAMSON & RUSNAK
                            BY:  JIMMY WILLIAMSON, ESQ.
 5                          4310 YOAKUM BOULEVARD
                            HOUSTON, TX  77006
 6
                            IRPINO LAW FIRM
 7                          BY:  ANTHONY IRPINO, ESQ.
                            2216 MAGAZINE STREET
 8                          NEW ORLEANS, LA  70130

 9

10   FOR THE UNITED STATES
     OF AMERICA:            U.S. DEPARTMENT OF JUSTICE
11                          TORTS BRANCH, CIVIL DIVISION
                            BY:  R. MICHAEL UNDERHILL, ESQ.
12                          450 GOLDEN GATE AVENUE
                            7TH FLOOR, ROOM 5395
13                          SAN FRANCISCO, CA  94102

14                          U.S. DEPARTMENT OF JUSTICE
                            ENVIRONMENT & NATURAL RESOURCES DIVISION
15                          ENVIRONMENTAL ENFORCEMENT SECTION
                            BY:  STEVEN O'ROURKE, ESQ.
16                               SCOTT CERNICH, ESQ.
                                 DEANNA CHANG, ESQ.
17                               RACHEL HANKEY, ESQ.
                                 A. NATHANIEL CHAKERES, ESQ.
18                          P.O. BOX 7611
                            WASHINGTON, DC  20044
19
                            U.S. DEPARTMENT OF JUSTICE
20                          TORTS BRANCH, CIVIL DIVISION
                            BY:  JESSICA McCLELLAN, ESQ.
21                               MICHELLE DELEMARRE, ESQ.
                                 JESSICA SULLIVAN, ESQ.
22                               SHARON SHUTLER, ESQ.
                                 MALINDA LAWRENCE, ESQ.
23                          POST OFFICE BOX 14271
                            WASHINGTON, DC  20044
24

25
```

9391

```
 1                              U.S. DEPARTMENT OF JUSTICE
                                FRAUD SECTION
 2                              COMMERCIAL LITIGATION BRANCH
                                BY:  DANIEL SPIRO, ESQ.
 3                                   KELLEY HAUSER, ESQ.
                                     ELIZABETH YOUNG, ESQ.
 4                              BEN FRANKLIN STATION
                                WASHINGTON, DC  20044
 5

 6    FOR THE STATE OF
      ALABAMA:                  ALABAMA ATTORNEY GENERAL'S OFFICE
 7                              BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                     COREY L. MAZE, ESQ.
 8                                   WINFIELD J. SINCLAIR, ESQ.
                                500 DEXTER AVENUE
 9                              MONTGOMERY, AL  36130

10
      FOR THE STATE OF
11    LOUISIANA OFFICE
      OF THE ATTORNEY
12    GENERAL:
                                STATE OF LOUISIANA
13                              BY:  JAMES D.  CALDWELL,
                                ATTORNEY GENERAL
14                              1885 NORTH THIRD STREET
                                POST OFFICE BOX 94005
15                              BATON ROUGE, LA  70804

16                              KANNER & WHITELEY
                                BY:  ALLAN KANNER, ESQ.
17                                   DOUGLAS R. KRAUS, ESQ.
                                701 CAMP STREET
18                              NEW ORLEANS, LA  70130

19

20    FOR BP EXPLORATION &
      PRODUCTION INC.,
21    BP AMERICA PRODUCTION
      COMPANY, BP PLC:          LISKOW & LEWIS
22                              BY:  DON K. HAYCRAFT, ESQ.
                                ONE SHELL SQUARE
23                              701 POYDRAS STREET, SUITE 5000
                                NEW ORLEANS, LA  70139
24

25
```

OFFICIAL TRANSCRIPT

```
 1                              COVINGTON & BURLING
                               BY:  ROBERT C. "MIKE" BROCK, ESQ.
 2                             1201 PENNSYLVANIA AVENUE, NW
                               WASHINGTON, DC  20004
 3
                               KIRKLAND & ELLIS
 4                             BY:  J. ANDREW LANGAN, ESQ.
                                    HARIKLIA "CARRIE" KARIS, ESQ.
 5                                  MATTHEW T. REGAN, ESQ.
                               300 N. LASALLE
 6                             CHICAGO, IL  60654

 7
     FOR TRANSOCEAN HOLDINGS
 8   LLC, TRANSOCEAN
     OFFSHORE DEEPWATER
 9   DRILLING INC., AND
     TRANSOCEAN DEEPWATER
10   INC.:                     FRILOT
                               BY:  KERRY J. MILLER, ESQ.
11                             ENERGY CENTRE
                               1100 POYDRAS STREET, SUITE 3700
12                             NEW ORLEANS, LA  70163

13                             SUTHERLAND ASBILL & BRENNAN
                               BY:   STEVEN L. ROBERTS, ESQ.
14                                   RACHEL G. CLINGMAN, ESQ.
                               1001 FANNIN STREET, SUITE 3700
15                             HOUSTON, TX  77002

16                             MUNGER TOLLES & OLSON
                               BY:  MICHAEL R. DOYEN, ESQ.
17                                  BRAD D. BRIAN, ESQ.
                                    LUIS LI, ESQ.
18                             335 SOUTH GRAND AVENUE, 35TH FLOOR
                               LOS ANGELES, CA  90071
19
                               MAHTOOK & LAFLEUR
20                             BY:  RICHARD J. HYMEL, ESQ.
                               1000 CHASE TOWER
21                             600 JEFFERSON STREET
                               LAFAYETTE, LA  70502
22
                               HUGHES ARRELL KINCHEN
23                             BY:  JOHN KINCHEN, ESQ.
                               2211 NORFOLK, SUITE 1110
24                             HOUSTON, TX  77098

25
```

```
1   FOR HALLIBURTON
    ENERGY SERVICES,
2   INC.:                    GODWIN LEWIS
                             BY:  DONALD E. GODWIN, ESQ.
3                                FLOYD R. HARTLEY, JR., ESQ.
                                 GAVIN HILL, ESQ.
4                            RENAISSANCE TOWER
                             1201 ELM STREET, SUITE 1700
5                            DALLAS, TX  75270

6                            GODWIN LEWIS
                             BY:  JERRY C. VON STERNBERG, ESQ.
7                            1331 LAMAR, SUITE 1665
                             HOUSTON, TX  77010
8

9

10  OFFICIAL COURT REPORTER:  KAREN A. IBOS, CRR, RMR, CCR
                              500 POYDRAS STREET, ROOM HB406
11                            NEW ORLEANS, LA  70130
                              (504) 589-7776
12                            Karen_Ibos@laed.uscourts.gov

13

    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
14  PRODUCED BY COMPUTER.

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2

 3    VIDEO DEPOSITION EXCERPTS:                    PAGE/LINE:

 4       Craig Gardner                             9400/11

 5       Greg Garrison                             9400/22

 6

 7

 8

 9    WITNESS:

10

11    ANDREW R. MITCHELL

12

13       Voir Dire Examination by Mr. Haycraft     9401/10

14

15       Direct Examination by Mr. Haycraft        9411/18

16

17       Cross-Examination by Mr. Williams         9453/18

18

19       Cross-Examination by Mr. Sinclair         9473/3

20

21       Cross-Examination by Mr. Brian            9478/3

22

23       Redirect Examination by Mr. Haycraft      9524/1

24

25
```

```
 1                       P-R-O-C-E-E-D-I-N-G-S

 2                  WEDNESDAY, APRIL 17, 2013

 3                  A F T E R N O O N   S E S S I O N

 4
```

13:24:03  5       (OPEN COURT.)

13:24:03  6            MR. UNDERHILL:  Thank you, your Honor.  A few

13:24:05  7  housekeeping.  Our well-oiled machine broke down a little bit on

13:24:10  8  the exhibits.  These are the exhibits I used for Dr. David Lewis,

13:24:14  9  BP's casing expert.  There were BP lodged some exhibits, we've

13:24:18 10  withdrawn one of those to resolve that.  One of them they had no

13:24:22 11  objection.  There is --

13:24:24 12            THE COURT:  You said lodged some exhibits, are you

13:24:27 13  talking about their exhibits or your exhibits?

13:24:30 14            MR. UNDERHILL:  Ours.

13:24:31 15            THE COURT:  Lodged objections to your exhibits.

13:24:33 16            MR. UNDERHILL:  Correct, correct.  So it's really down to

13:24:35 17  two.  One of them actually has been admitted, in fact through

13:24:39 18  Ms. Karis, but with a different number.  The way I suggest we

13:24:43 19  resolve that at a break is work out a stipulation with BP as to

13:24:47 20  dedupe the dupe.  I don't frankly care if it's referred to as our

13:24:53 21  number or their number.

13:24:54 22            The other one is the one we can't agree on, and as the

13:24:57 23  Court may recall I asked Dr. Lewis a series of questions, have you

13:25:01 24  replayed upon this document and he said no.  And BP indicates that

13:25:04 25  they believe that shouldn't come in.  My response is, the question

9396

13:25:16  1   did you rely upon it and the answer no is precisely why is because

13:25:16  2   of the argument, for better or worse, is that he should have.  So

13:25:16  3   I'll be happy to live with your Honor's ruling, but that's the

13:25:18  4   nature of the --

13:25:20  5           THE COURT:  I'll have to look to see what the exhibit's

13:25:21  6   about.  Is that just one document?

13:25:24  7           MR. UNDERHILL:  Yes, it's a real short document.

13:25:26  8           THE COURT:  Just provide it to Ben and we'll look at it

13:25:29  9   and let you know.

13:25:31  10           MR. UNDERHILL:  Thank you, your Honor.

13:25:31  11           MR. REGAN:  Just for clarity, what is the exhibit that's

13:25:32  12   left, what's its number?

13:25:34  13           MR. UNDERHILL:  It's the management of change -- strike

13:25:37  14   that.  It's TREX-01220 which is the Bodek.

13:25:47  15           MR. REGAN:  Okay.

13:25:49  16           MS. KARIS:  Your Honor, Hariklia Karis, I think this is

13:25:52  17   the last time I will be standing up here.

13:25:54  18           THE COURT:  Okay.

13:25:55  19           MS. KARIS:  I have here several exhibit lists that I

13:25:58  20   would like to offer to the court at this time.  Mr. Shanks, as I

13:26:02  21   indicated this morning, we had circulated, Transocean had asked for

13:26:05  22   an opportunity to review the exhibits of Mr. Shanks; I've conferred

13:26:08  23   with Mr. Doyen, and he has no objection so we would tendered those

13:26:12  24   to the court at this time.

13:26:13  25           THE COURT:  Any remaining objections to BP's exhibit

9397

13:26:16 1    relating to Mr. Shanks?  Hearing none, those are admitted.

13:26:20 2         MS. KARIS:  I would also offer to the court the exhibits

13:26:22 3    used during Mr. Lindner's deposition excerpts that were played for

13:26:27 4    the Court.

13:26:28 5         THE COURT:  Any objections?  Without objection those are

13:26:31 6    admitted.

13:26:31 7         MS. KARIS:  We also have the exhibits used during

13:26:35 8    Mr. McMahan's deposition that were played for the Court.

13:26:39 9         THE COURT:  Any objections?  Without objection those are

13:26:43 10   admitted.

13:26:43 11        MS. KARIS:  And the exhibits played with Mr. Frank

13:26:47 12   Patton's deposition.

13:26:47 13        THE COURT:  Any remaining objection to these exhibits?

13:26:51 14   Hearing none, those are admitted.

13:26:53 15        MS. KARIS:  And finally, I have the exhibits that I used

13:26:55 16   with Mr. O'Bryan, recognizing that that list has just been

13:27:00 17   circulated.  I can tender them to the court at this time or

13:27:05 18   reserve.

13:27:06 19        THE COURT:  I think Mr. Brian wants to get back to

13:27:07 20   California.

13:27:07 21        MR. BRIAN:  We didn't have a chance to review those yet,

13:27:10 22   your Honor.  We got those over at lunch.  I asked somebody to

13:27:12 23   review them.  We will try to get ours circulated this afternoon,

13:27:15 24   and if we don't get it done perhaps we can do it at marshalling

13:27:19 25   conference tomorrow.

13:27:19  1          THE COURT:  I talked to Judge Shushan today and she
13:27:22  2  indicated she is available to do the marshalling conference with
13:27:25  3  you all except between about 9:30 and about 11 or so she has some
13:27:33  4  matters.  So if you all want to come in and do it early before
13:27:42  5  9:30.  You're accustomed to getting here at eight.
13:27:46  6          MR. IRPINO:  I think it's safe to say nobody is going to
13:27:48  7  be available before 9:30 tomorrow.
13:27:52  8          MR. LANGAN:  11:30, your Honor.
13:27:54  9          MR. IRPINO:  Can I just say something?  I was able to
13:27:56 10  communicate with Judge Shushan over the lunch break.
13:27:58 11          THE COURT:  You probably talked to her later than I did.
13:28:02 12          MR. IRPINO:  Yes.
13:28:02 13          THE COURT:  What's the latest?
13:28:04 14          MR. IRPINO:  The latest is that based on your discussions
13:28:06 15  with the parties, I think it would be best to have it at the
13:28:09 16  working group conference on Friday so we didn't have to have a
13:28:12 17  separate day of people come in.
13:28:14 18          THE COURT:  Is she okay with that?
13:28:15 19          MR. IRPINO:  Yes.
13:28:16 20          THE COURT:  That's fine with me, it's up to her.
13:28:18 21          MR. IRPINO:  So we're going to have it at the working
13:28:20 22  group conference starting at 9:30.
13:28:21 23          THE COURT:  9:30.  It will be at the same time as the
13:28:25 24  working group conference.
13:28:26 25          MR. IRPINO:  Yes, that will give everybody a day.

OFFICIAL TRANSCRIPT

13:28:29 1          THE COURT:  Does anyone have a problem with that?

13:28:32 2  Mr. Brian wants to head back to California I think.

13:28:34 3          MR. BRIAN:  Could we confirm.  I won't be here on Friday,

13:28:37 4  I don't know that I need to be here tomorrow.  I will be here

13:28:40 5  tomorrow, so.

13:28:41 6          MR. IRPINO:  Specifically, it's just going to be a normal

13:28:43 7  working group conference, we are a simply admitting the lists and

13:28:46 8  people can attend by phone Judge Shushan said if desired.

13:28:50 9          MR. BRIAN:  That's fine, your Honor.

13:28:51 10         THE COURT:  All right.  Sounds like that's settled.

13:28:55 11         MS. KARIS:  Then I will offer these up at this time.

13:28:58 12         THE COURT:  Okay.

13:28:59 13         MS. KARIS:  Thank you.

13:29:01 14         MR. IRPINO:  Anthony Irpino for the PSC.  One cleanup

13:29:04 15 matter.  We had to physically introduce the thumb drive which

13:29:08 16 contains the expert report and rebuttal report of Mr. Perkin.  It

13:29:14 17 was -- redactions were agreed upon, we actually had to physically

13:29:17 18 make the redactions on the expert report and the rebuttal report.

13:29:21 19 And I have the thumb drive containing that.  I would like to offer,

13:29:25 20 file, and introduce that into the evidence.

13:29:27 21         THE COURT:  This is regarding Gregg Perkin?

13:29:29 22         MR. IRPINO:  Yes, your Honor.

13:29:30 23         THE COURT:  Any remaining objections?  Without objection

13:29:34 24 that's admitted.

13:29:35 25         MR. IRPINO:  Thank you.

13:29:38 1          MR. BROCK:  Mike Brock on behalf of BP.  As I mentioned
13:29:40 2    before lunch, we have two videotapes to play and one witness.  We
13:29:44 3    thought probably the best thing to do would be to play the videos
13:29:47 4    now and then we will call our last witness after that.
13:29:50 5          THE COURT:  That's fine.
13:29:51 6          MR. BROCK:  So our first witness will be Craig Gardner.
13:29:57 7    And I'll hand up --
13:29:58 8          THE COURT:  Gardner?
13:30:00 9          MR. BROCK:  Gardner, G-A-R-D-N-E-R.
13:30:03 10         THE COURT:  Okay.  Thank you.
13:30:04 11      (WHEREUPON, THE VIDEO DEPOSITION EXCERPTS OF MR. CRAIG GARDNER
13:30:10 12         WERE PLAYED.
13:36:43 13         MR. BROCK:  Your Honor, the next video that we will play
13:36:47 14   is that of Greg Garrison, G-A-R-R-I-S-O-N.
13:36:53 15         THE COURT:  All right.
13:37:05 16         MR. BROCK:  I think what I will do now also so I won't
13:37:07 17   have to interrupt the flow is to go ahead and also the thumb drives
13:37:10 18   of the videotapes for these two witnesses, that's Mr. Garrison and
13:37:15 19   Mr. Gardner.
13:37:16 20         THE COURT:  Okay, very well.
13:37:18 21         MR. BROCK:  Thank you, your Honor.
13:37:20 22      (WHEREUPON, THE VIDEOTAPE DEPOSITION EXCERPTS OF MR. GREG
13:37:27 23         GARRISON WERE PLAYED.)
13:48:47 24         MR. HAYCRAFT:  Your Honor, BP calls Andrew Mitchell.
13:48:52 25         THE COURT:  Is he in the courtroom?

```
13:48:54   1              MR. HAYCRAFT:  Yes, he is.

13:49:15   2              THE DEPUTY CLERK:  Raise your right hand.

13:49:16   3         (WHEREUPON, ANDREW R. MITCHELL, WAS SWORN IN AND TESTIFIED AS

13:49:20   4         FOLLOWS:)

13:49:20   5              THE DEPUTY CLERK:  Take a seat.  If you'll state and

13:49:22   6    spell your name for the record.

13:49:24   7              THE WITNESS:  Andrew Robert Mitchell A-N-D-R-E-W

13:49:43   8    R-O-B-E-R-T M-I-T-C-H-E-L-L.

13:49:52   9                        VOIR DIRE EXAMINATION

13:49:53  10    BY MR. HAYCRAFT:

13:49:54  11    Q.  Thank you, your Honor.  Mr. Mitchell, I'm Don Haycraft, I'm

13:49:58  12    here representing BP, and I have you on direct examination.

13:50:01  13              Tell us your name and where you live, sir.

13:50:05  14    A.  Andrew Robert Mitchell, I live in Upper Rissington in the

13:50:10  15    County of Gloucestershire in the United Kingdom.

13:50:13  16    Q.  Let's put up TREX-22608.1, please.  Did you submit a CV with

13:50:20  17    your expert report, sir?

13:50:22  18    A.  I did.

13:50:22  19    Q.  And is that the first page of that CV?

13:50:25  20    A.  Yes, it is.

13:50:25  21    Q.  And now let's put up D-4966.  Did you prepare a chronology of

13:50:32  22    your career?

13:50:34  23    A.  Yes, I did.

13:50:35  24    Q.  Let's go through your maritime and safety experience, starting

13:50:40  25    when you first were a crew member aboard a ship.  Mr. Mitchell,
```

9402

13:50:44  1    when did you go to sea?

13:50:46  2    A.  I went to sea in 1962, at the age of 16, with Shell Tankers of

13:50:53  3    London as a deck apprentice.

13:50:56  4    Q.  And how long did you serve as a deck apprentice?

13:51:00  5    A.  I was a deck apprentice for four years.

13:51:03  6    Q.  And then you became a third officer?

13:51:05  7    A.  Yes, that's correct.  I was promoted to third officer in 1966.

13:51:09  8    Q.  How long were you a third officer?

13:51:11  9    A.  For one year.

13:51:13  10   Q.  And then second officer?

13:51:15  11   A.  That's correct, 19 --

13:51:18  12   Q.  I'm sorry.  How long did you serve as second officer?

13:51:20  13   A.  From 1967 to '72.  Five years.

13:51:24  14   Q.  After that five-year period, were you promoted?

13:51:27  15   A.  Yes, I was.  Promoted to chief officer in 1972.

13:51:32  16   Q.  During the five or six years you served as chief officer, what

13:51:35  17   were your chief duties aboard ships that you served on?

13:51:39  18   A.  I was second in command to the master with responsibilities for

13:51:45  19   the loading and unloading of the cargo, for the discipline on board

13:51:52  20   the ship, for the activities of the deck department, for the

13:51:56  21   maintenance of all equipment associated with the deck department;

13:52:01  22   but more importantly, to understudy the master to enable me to

13:52:06  23   undertake that duty in the course of time.

13:52:10  24   Q.  After you did that understudy role for five or six years, were

13:52:14  25   you promoted to master of a ship?

13:52:16  1    A.  Yes, I was, sir, 1978.

13:52:18  2    Q.  Did you have a -- did you possess a marine license to have that

13:52:22  3    role?

13:52:23  4    A.  Yes, I did.

13:52:24  5    Q.  What license?

13:52:25  6    A.  I held a British master mariner's foreign going certificate.

13:52:31  7    Q.  How does that equate in U.S. terminology?

13:52:34  8    A.  It's equivalent to a master's unlimited oceans.

13:52:40  9    Q.  Is that the highest sea-going qualification that Britain

13:52:44 10    allows?

13:52:44 11    A.  Yes, sir, it is.

13:52:45 12    Q.  By the time you were a master of an oceangoing ship, how many

13:52:50 13    roles had you been promoted through until you achieved that

13:52:55 14    position?

13:52:56 15    A.  This was my fourth certificated rank, third officer to second

13:53:01 16    officer to chief officer, subsequently to master.

13:53:04 17    Q.  How long had you spent at sea before you became the master of a

13:53:08 18    ship?

13:53:08 19    A.  Almost 16 years.

13:53:11 20    Q.  Was there value in spending time in each of those ranks?

13:53:16 21    A.  Most certainly.  This is a process which has been developed

13:53:20 22    over many, many years, hundreds of years in fact, where it is found

13:53:25 23    essential that people begin a seagoing career at an early age and

13:53:31 24    they progress slowly through the ranks with increasing

13:53:35 25    responsibilities, increasing academic qualifications which befits

13:53:41  1    them to carry out the duties of master.

13:53:43  2    Q.  What was the name of the last ship upon which you sailed as

13:53:46  3    master?

13:53:46  4    A.  The *MEDORA*.

13:53:48  5    Q.  Let's call up D-4959, please.  Is that a picture of the *MEDORA*?

13:53:55  6    A.  Yes, sir, it is.

13:53:56  7    Q.  What type of ship is she?

13:53:58  8    A.  She is a very large crude carrier.

13:54:03  9    Q.  Carrying crude oil?

13:54:04 10    A.  Carrying crude oil on international trades.

13:54:07 11    Q.  How long is that ship?

13:54:08 12    A.  303 meters.

13:54:10 13    Q.  And what's its cargo capacity?

13:54:11 14    A.  212,000 metric tons deadweight.

13:54:17 15    Q.  How many barrels of oil does that equate to?

13:54:20 16    A.  It's just slightly less than one and a half million U.S.

13:54:25 17    barrels.

13:54:26 18    Q.  After the career at sea that you've described, what did you do

13:54:31 19    next?

13:54:31 20    A.  I remained within the Shell group, Shell moved me to Shell

13:54:40 21    Exploration & Production in Aberdeen, Scotland as an offshore

13:54:45 22    installation manager.

13:54:45 23    Q.  Was one of the facilities you worked on called Auk Alpha?

13:54:52 24    A.  Yes, that's correct, sir, Auk Alpha.

13:54:54 25    Q.  Where was Auk Alpha located?

9405

13:54:56  1    A.  Auk Alpha is 155 miles to the east of Dundee in Scotland in the

13:55:02  2    North Sea.

13:55:03  3    Q.  In what water depth?

13:55:04  4    A.  About 320 feet.

13:55:07  5    Q.  Did the Auk Alpha have a drilling rig associated with it?

13:55:12  6    A.  Yes, it did.  The drilling rig had always been on board a

13:55:17  7    platform initially used in the drilling of the first production

13:55:20  8    wells and then constantly through the life of the platform to drill

13:55:23  9    more production wells, and also used for well workovers.

13:55:28 10    Q.  In your role as OIM aboard the facilities in the North Sea, did

13:55:33 11    you gain familiarity with drilling activities?

13:55:35 12    A.  I did.  As part of the Shell competence program and my change

13:55:40 13    from being a seagoing master to an offshore installation management

13:55:45 14    I attended the Aberdeen Drilling School, Aberdeen, Scotland.

13:55:49 15    Q.  After that offshore work did you go ashore?

13:55:52 16    A.  Yes, I did.  Shell moved me, again, ashore into the safety

13:55:56 17    department, Shell Exploration, Aberdeen, as a manager to have the

13:56:03 18    responsibility of developing safety management systems.

13:56:07 19    Q.  How long did you spend working on safety management systems at

13:56:12 20    Shell?

13:56:13 21    A.  Four years.

13:56:14 22    Q.  And were those safety management systems for facilities located

13:56:19 23    in the North Sea?

13:56:20 24    A.  Yes.  This was the Shell corporate safety management system

13:56:26 25    being developed in the middle '80s for implementation on all Shell

13:56:32 1    installations operating in the North Sea.

13:56:35 2    Q.  And when did you leave Shell?

13:56:36 3    A.  I left Shell voluntarily in 1989 after a career of 27 years to

13:56:46 4    start my own company based in Aberdeen.

13:56:49 5    Q.  On your chart it shows that company's name as 641 Limited?

13:57:02 6    A.  Yes, that's correct.  It was establish in Aberdeen and in

13:57:02 7    Calgary.

13:57:02 8    Q.  And what was the activity of 641 Limited?

13:57:02 9    A.  I developed -- grew a group of experts around me who developed

13:57:09 10   safety management systems for many oil companies and contracting

13:57:16 11   companies in the oil and gas industry internationally.

13:57:19 12   Q.  Your work there involved safety management systems?

13:57:23 13   A.  Yes, it did, sir.

13:57:25 14   Q.  And what did you do next?

13:57:27 15   A.  My company was acquired by Lloyd's Register of Shipping in

13:57:33 16   London in 1994 when Lloyd's Register was expanding their business

13:57:40 17   into that management systems.

13:57:43 18   Q.  And what was your job title when you first started at Lloyd's?

13:57:46 19   A.  I started in Aberdeen as a principal surveyor.

13:57:51 20   Q.  Did you have any involvement starting as principal surveyor

13:57:55 21   with the ISM code?

13:57:57 22   A.  Yes, I did.  The International Maritime Organization had just

13:58:02 23   adopted the first resolution which was indeed the outline of the

13:58:06 24   ISM code, and there were many earlier doctors to this, to pick up

13:58:12 25   on the ISM code.  Lloyd's Register was highly visible in this

13:58:16  1   activity, and my job was to help and assist these shipping

13:58:23  2   companies with the early adoption of the ISM code.

13:58:25  3   Q.  Did you move up at Lloyd's Register of Shipping?

13:58:28  4   A.  Yes, I did.  As the time went on and the time approached for

13:58:34  5   the mandatory application of the ISM code, I was moved to the

13:58:41  6   headquarters of Lloyd's Register in London.

13:58:43  7   Q.  And what was your job title there?

13:58:44  8   A.  There I was the senior principal surveyor with ultimate

13:58:50  9   authority for the implementation of the work being carried out by

13:58:55 10   Lloyd's Register in preparation for certification of the world

13:59:01 11   fleet.

13:59:01 12   Q.  In what area, in the ISM code?

13:59:05 13   A.  In the ISM code, that's correct.

13:59:07 14   Q.  Where in the hierarchy at Lloyd's Register does the

13:59:10 15   principal -- senior principal surveyor stand?

13:59:14 16   A.  A senior principal surveyor in Lloyd's Register is the highest

13:59:19 17   rank in Lloyd's Register and gives you the ultimate authority in

13:59:23 18   that particular expertise.

13:59:26 19   Q.  Would it be fair to say that in the years you were at Lloyd's

13:59:30 20   Register that you were in on the ground floor of the implementation

13:59:34 21   of the ISM code?

13:59:36 22   A.  Yes, I was.  There was nobody other than me.

13:59:39 23   Q.  I see on the third line under your Lloyd's Register description

13:59:43 24   is chair, IACS working group on the ISM code.  Before we go into

13:59:49 25   what that group did, what does IACS stand for?

13:59:53  1    A.  IACS is an acronym for the International Association of

13:59:58  2    Classification Societies.  You will know what a classification

14:00:03  3    society is, an example being Lloyd's Register and another example

14:00:06  4    being American Bureau of Shipping or Det Norske Veritas, the top 13

14:00:11  5    of these societies form the group called IACS.  These are

14:00:18  6    recognized as the most senior and most professional of the

14:00:22  7    classification societies.

14:00:24  8             THE COURT:  I-A-C-S, IACS?

14:00:28  9             THE WITNESS:  Yes, sir, International Association of

14:00:30 10    Classification Societies.

14:00:31 11             THE COURT:  Okay.  Thank you.

14:00:31 12    BY MR. HAYCRAFT:

14:00:33 13    Q.  As chair of that International Association of Classification

14:00:36 14    Societies working group on the ISM code -- but before we go any

14:00:41 15    further, I just realized ISM is another acronym.  What does ISM

14:00:46 16    stand for?

14:00:46 17    A.  The International Safety Management code.

14:00:51 18    Q.  As chair of that working group, what was your brief?

14:00:54 19    A.  My brief was to prepare, on behalf of the 13 class societies,

14:01:03 20    the procedures, the guidelines, and the recommendations which would

14:01:08 21    enable those 13 societies to issue what would become more than

14:01:12 22    90 percent of all ISM certification for the world fleet.

14:01:17 23    Q.  You mentioned guidelines.  Let's call up an exhibit that's

14:01:22 24    already been used in this court and admitted into evidence in this

14:01:25 25    court, TREX-3163.1.  And do you recognize that, the cover page of

9409

14:01:34  1    that document?

14:01:34  2    A.  Yes, sir, I do.

14:01:35  3    Q.  Read it out loud for us for the record.

14:01:38  4    A.  This is "Guidance For Auditors to the ISM Code."

14:01:42  5    Q.  And we're not going to go through any of the provisions in that

14:01:46  6    book, but is that the -- are those the guidelines that the working

14:01:51  7    group that you chaired authored?

14:01:53  8    A.  This is one of the guidelines which we authored, that's quite

14:01:56  9    correct.  It's original title was Recommendation 41.

14:02:02  10   Q.  And if we could go back without the pull out to where we could

14:02:07  11   see the logo on it.  In the upper right-hand corner is a logo.

14:02:13  12   Could you explain how that logo came to be placed on this document

14:02:17  13   that your group authored?

14:02:20  14   A.  Yes.  As I said, these guidelines and procedures which covered

14:02:26  15   certification and the competency of the auditors.  And here you can

14:02:30  16   see "Guidance For Standard Interpretation of the Code," was to be

14:02:33  17   adopted mandatorily by all of the 13 societies and included within

14:02:38  18   their rules.  This is the example of how DNV adopted those

14:02:43  19   guidelines, Recommendation 41, and renamed it with their own

14:02:48  20   identity.

14:02:49  21   Q.  I see.  Let's go back to the chronology of your career.  Did

14:02:59  22   you have -- while you're still at Lloyd's Register still senior

14:03:02  23   principal surveyor, did you have any involvement with any

14:03:05  24   international organizations dealing with the ISM code?

14:03:08  25   A.  Yes, sir.  As the chair of the IACS working group, I also

9410

14:03:15  1    represented all classification societies at the International

14:03:19  2    Maritime Organization from 1997 till 2006, where I was responsible

14:03:27  3    to represent the views of IACS who were the certifiers of

14:03:33  4    90 percent of the world fleet, but also to assist the 167

14:03:38  5    administrations of the world whose responsibility it is to flag the

14:03:43  6    world fleet.

14:03:43  7    Q.  When you say the -- did you say 136?

14:03:47  8    A.  167, sir.

14:03:49  9    Q.  167 flag organizations, flag administrations?

14:03:52 10    A.  Those are the countries around the world who have flags that

14:03:57 11    their ships fly, yes.

14:03:58 12    Q.  I see.  You left Lloyd's Register in 2006.  Did you retire from

14:04:04 13    Lloyd's Register?

14:04:05 14    A.  Yes, 2006 was my normal retirement date from corporate life.  I

14:04:10 15    went back to being a consultant, established a company called

14:04:14 16    Global Marine Associates, which I represent today from 2006 to

14:04:20 17    present.

14:04:21 18    Q.  And you hold yourself out in the business of ISM code

14:04:26 19    consultant?

14:04:26 20    A.  Yes, sir.  I help companies develop management systems, which

14:04:32 21    I've been doing for a long time, and also as expert witness.

14:04:36 22    Q.  And have you appeared in courts as an expert witness in ISM

14:04:41 23    code matters?

14:04:42 24    A.  Yes, sir.

14:04:42 25    Q.  What courts?

14:04:43 1   A.  The District Court of Philadelphia; the Courts of Grand

14:04:49 2   Instance in Paris, France; the Grand Court in Genoa, Italy; the

14:04:56 3   Admiralty Court in London; and the High Court in Sheffield in

14:05:00 4   England.  And I am shortly to appear at the High Court in Grosseto

14:05:06 5   in Italy in the case of the *Costa Concordia*.

14:05:10 6   Q.  That's that passenger ship that went aground offshore off the

14:05:13 7   coast of Italy?

14:05:14 8   A.  Yes, sir.

14:05:16 9        MR. HAYCRAFT:  Your Honor, at this time, I tender Andrew

14:05:18 10  Mitchell to the Court as an expert in the areas of marine safety

14:05:22 11  and the ISM code, and I would note for the record that there are no

14:05:26 12  impending *Daubert* motions with Mr. Mitchell.

14:05:28 13       THE COURT:  All right.  He will be accepted in that

14:05:30 14  field.

14:05:32 15       MR. HAYCRAFT:  Could we bring up his expert report,

14:05:38 16  TREX-40011.1.

14:05:31 17                    DIRECT EXAMINATION

14:05:32 18  BY MR. HAYCRAFT:

14:05:40 19  Q.  Is that the cover page of your report?

14:05:43 20  A.  Yes, sir.

14:05:46 21       MR. HAYCRAFT:  Your Honor, at this moment, in connection

14:05:48 22  with Mr. Mitchell's expert report, TREX-40011, we believe the

14:05:55 23  matter of rig audits of the *Deepwater Horizon* has been treated

14:05:59 24  extensively during this matter.  It's a subject that Mr. Mitchell

14:06:04 25  treats very briefly in his expert report, and we do not propose to

9412

14:06:09  1   address that small portion of his report in our direct exam.  And

14:06:15  2   accordingly, we would propose to the Court that we redact

14:06:18  3   Paragraphs 192 to 197 of his report and would offer the redacted

14:06:24  4   report into evidence at this time.

14:06:29  5         MR. WILLIAMS:  Your Honor, the PSC objects to that

14:06:34  6   request, your Honor.  We would like the full report to go in.  Your

14:06:38  7   order, the Amended Pretrial Order 54, Exhibit B on expert

14:06:47  8   witnesses, paragraph 3, pretty clearly states, and I think puts the

14:06:51  9   matter to rest:  "If retaining party lists an expert on its final

14:06:55 10   witness list but withdraws portions of the expert's opinions before

14:06:59 11   the expert testifies, other parties may use that expert's prior

14:07:03 12   opinions that were withdrawn or amended subject to any *Daubert*

14:07:09 13   ruling."  There are no motions pending and the Federal Rules of

14:07:14 14   Evidence, of course.

14:07:14 15         The paragraphs that BP seeks to delete contain common

14:07:22 16   threads woven throughout Captain Mitchell's report.  We plan to ask

14:07:27 17   him some questions, nothing cumulative, but we do plan to cover

14:07:32 18   that during our --

14:07:32 19         THE COURT:  Why don't we do this.  I'll allow BP to offer

14:07:37 20   the redacted report for now, and if you want to cover the rest of

14:07:43 21   it, we'll decide later whether the rest of it goes in also.

14:07:47 22         MR. WILLIAMS:  Okay.

14:07:47 23         MR. BRIAN:  May I speak very quickly?  Brad Brian for

14:07:50 24   Transocean.  This issue came up first yesterday, and I thought at

14:07:54 25   the time that it was represented by BP's counsel that they would

9413

14:07:58  1    seek to redact through Paragraph 208.  And I heard Mr. Haycraft say

14:08:04  2    197.  I thought it was 208, which I think deals with the same

14:08:09  3    issue.

14:08:11  4               MR. HAYCRAFT:  Let me check, your Honor.

14:08:35  5               THE COURT:  Why don't we just proceed with his testimony

14:08:37  6    and you all can figure out what part of the report should be

14:08:41  7    redacted.

14:08:42  8               MR. HAYCRAFT:  Mr. Brian is correct, I misspoke; 192 to

14:08:48  9    208.

14:08:48  10              THE COURT:  So that's what you want to redact?

14:08:50  11              MR. HAYCRAFT:  Yes, your Honor.

14:08:52  12              THE COURT:  I will grant that for now and see if the rest

14:08:54  13   comes in later, all right.  Go ahead.

14:08:56  14              MR. HAYCRAFT:  Thank you, your Honor.

14:09:04  15   BY MR. HAYCRAFT:

14:09:04  16   Q.  First, Mr. Mitchell, let us begin with an overview of your

14:09:08  17   opinions.  What was your focus in this matter?

14:09:10  18   A.  Purely on the maritime matters of the case.

14:09:13  19   Q.  What type of vessel was the *Deepwater Horizon*?

14:09:16  20   A.  She was a mobile offshore drilling unit, self-propelled

14:09:24  21   dynamically positioned.

14:09:25  22   Q.  Did the dynamically positioned self-propelled *Deepwater Horizon*

14:09:32  23   face all of the usual maritime hazards of being out at sea?

14:09:38  24   A.  Yes, she did.

14:09:39  25   Q.  Do you realize on April 20th, 2010, *Deepwater Horizon* was

OFFICIAL TRANSCRIPT

14:09:44 1    connected to the seabed by a riser system, right?

14:09:47 2    A.  Yes, I understand that.

14:09:48 3    Q.  Was the *Deepwater Horizon* a vessel underway on that date?

14:09:52 4    A.  Yes, she was.  And I take my definition from the International

14:09:59 5    Maritime Organization document collision regulations where the

14:10:03 6    definition of "underway" is stated as a vessel not at anchor, not

14:10:10 7    made fast to the shore, or aground.  My opinion is that the

14:10:15 8    *Deepwater Horizon* was none of these three, therefore, she was a

14:10:19 9    ship underway.

14:10:20 10   Q.  You've reviewed the reports and the testimony of the other

14:10:23 11   maritime experts in this case?

14:10:24 12   A.  I have.

14:10:25 13   Q.  Do they agree with you on this particular point?

14:10:28 14   A.  We all agree.

14:10:30 15   Q.  Did the captain of the *Deepwater Horizon* have any role to play

14:10:34 16   that night in mitigating this disaster?

14:10:36 17   A.  Yes, he certainly did.  He was the captain of the ship.  It was

14:10:40 18   his responsibility to save his ship, to safeguard his crew, and to

14:10:46 19   protect the environment.

14:10:47 20   Q.  When you were serving as captain aboard ships, including the

14:10:50 21   *Madura* and when you were an OIM aboard oil and gas facilities, have

14:10:57 22   you ever experienced emergencies?

14:10:59 23   A.  Unfortunately, I have.  I've been involved with fires and also

14:11:02 24   gas leaks on production platforms.

14:11:04 25   Q.  Did any of those fires or any of those -- let me strike that.

9415

14:11:09  1              Did all of those fires and gas leaks require some sort of

14:11:14  2    response?

14:11:14  3    A.  Yes.

14:11:16  4    Q.  What kind of response was required?

14:11:18  5    A.  Rapid and focused.

14:11:19  6    Q.  Based on your experience, does every minute count in an

14:11:25  7    emergency?

14:11:25  8    A.  Yes, sir, those are exactly the words.  Every minute counts.

14:11:29  9    Time is of an essence.  You have to know what you're going to do

14:11:33  10   and get on and do it.

14:11:35  11   Q.  Let's look at an exhibit that's been used more than a few times

14:11:41  12   in this trial, and we'll run briefly through just one item on that.

14:11:47  13   This is D-4401A.1 which is a call out of TREX-026050.

14:11:56  14              Tell the Court what that is.

14:11:57  15   A.  This is a document created by Transocean specifically for

14:12:04  16   *Deepwater Horizon*.  As you can see it's entitled "Major Accident

14:12:09  17   Hazard Risk Assessment," shortened to the MAHRA.

14:12:15  18   Q.  This MAHRA, did you read it as part of your preparation for

14:12:18  19   this case and your expert report?

14:12:21  20   A.  Yes, I did.

14:12:22  21   Q.  Let's go to a call out, D-4401A.4.  Have you reviewed that page

14:12:30  22   before?

14:12:31  23   A.  Yes, I have.

14:12:33  24              MR. HAYCRAFT:  And, your Honor, has seen this page

14:12:35  25   before.

9416

BY MR. HAYCRAFT:

Q.  Over to the left, what is the hazard that Transocean anticipated occurring or possibly occurring on the *Deepwater Horizon*?

A.  A blowout at the drill floor.

Q.  That was a hazard that was to be planned for?

A.  Yes, it was.

Q.  And risks mitigated?

A.  Yes, it was.

Q.  Over to the right-hand column we've extracted just one of the several mitigation actions that were outlined by Transocean.  And what is that mitigation?

A.  Ability to move off station.

Q.  Is that mitigation a maritime function of this ship?

A.  Yes, most certainly.  It's the responsibility of the master.

Q.  That's what Captain Kuchta had to confront that evening?

A.  Absolutely correct.  That's why he was there.

Q.  Have you prepared a slide that shows us the key times that are important for your opinions in this matter?

A.  Yes, I have.

Q.  From the evidence you've reviewed, were you able to assess how much time the bridge crew had to activate the EDS from the time the mud first became apparent rising up out of the rotary table apparent to the bridge crew and the time of the first explosion?

A.  Yes, I was.

9417

14:13:59  1          MR. HAYCRAFT:  Let's call up D-4967.

14:13:59  2   BY MR. HAYCRAFT:

14:14:05  3   Q.  And looking at the times -- I just want to focus on the times

14:14:08  4   for now.  The top bullet says tilde, which means approximately,

14:14:14  5   right?

14:14:14  6   A.  Yes, that's correct.

14:14:15  7   Q.  Approximately 21:41, that would be 9:41 P.M.?

14:14:20  8   A.  Yes, it would.

14:14:21  9   Q.  And then there's a quote, "mud shot up through the derrick" and

14:14:26 10   citation to the BP or Bly investigation report.  Just briefly

14:14:32 11   explain what we just read on that slide.

14:14:34 12   A.  Yes.  As you can see, this is where I got my reference pages

14:14:40 13   103-104 from the Bly report, and it was stated there that at

14:14:45 14   approximately 21:41 hours mud was seen.  Mud shot up through the

14:14:51 15   derrick is the exact quote.

14:14:52 16   Q.  And then you know, of course, and you've reviewed the

14:14:55 17   Transocean investigation report as well?

14:14:58 18   A.  Yes, I have.

14:14:58 19   Q.  And it has a chronology, correct?

14:15:01 20   A.  Yes, it has.

14:15:03 21   Q.  And the next bullet point has a time of 21:43 to -- excuse me,

14:15:10 22   21:43 to 21:45, correct?

14:15:14 23   A.  Yes, that's correct.

14:15:15 24   Q.  And what was the Transocean report's description of what was

14:15:19 25   happening in that timeframe?

14:15:21  1    A.  That description was mud onto the rig floor and the flow is

14:15:26  2    diverted to the mud/gas separator.

14:15:29  3    Q.  So we have a difference in opinion on when mud first shot up

14:15:33  4    through the drill floor, correct?

14:15:35  5    A.  Yes, we do.

14:15:36  6    Q.  I am not asking you to assess which one is more accurate -- or

14:15:44  7    more accurate than the other, but what do both reports say about

14:15:48  8    when power went out on the rig?

14:15:50  9    A.  They both agree that power was lost at 21:49.

14:15:53 10    Q.  Have you done the math, sir, which is shown on the left side of

14:15:57 11    this slide, for if you use either starting point you can determine

14:16:02 12    the window of opportunity that the bridge crew had to activate the

14:16:07 13    EDS?

14:16:08 14    A.  Yes, you can.  And I have indicated those on the left-hand

14:16:11 15    side.  If you use the BP investigation figures, we have eight

14:16:16 16    minutes; if you use the Transocean investigation report, we have

14:16:21 17    four to six minutes.

14:16:23 18    Q.  And it was either of those timeframes, that's how long Captain

14:16:29 19    Kuchta had to make a command decision to EDS?

14:16:33 20    A.  That's correct.

14:16:34 21    Q.  During this timeframe, what should have the marine crew, in

14:16:40 22    particular Captain Kuchta, have done during those critical minutes?

14:16:44 23    A.  Unequivocally, activated the EDS system.

14:16:49 24         MR. HAYCRAFT:  Let's put up a picture, TREX-48101.1.1.

14:16:49 25    BY MR. HAYCRAFT:

14:16:53  1   Q.  This has been used before with other witnesses.  Tell the Court

14:16:58  2   what that's a photo of.

14:17:01  3   A.  This is an extract of a photograph of the blowout preventer

14:17:09  4   panel from the *Deepwater Horizon*.

14:17:10  5   Q.  And what's that big red button?

14:17:12  6   A.  The big red button in the middle there is the EDS activation

14:17:17  7   point.

14:17:17  8   Q.  Let's look at -- well, let me ask you this:  From a maritime

14:17:21  9   standpoint the way you looked at this case, why is an EDS button

14:17:27 10   located on the bridge of the *Deepwater Horizon*?

14:17:28 11   A.  The button is on the bridge so that the master can exercise his

14:17:38 12   overriding authority and responsibility to take whatever action he

14:17:43 13   needs to take to save his ship, safeguard his crew, protect the

14:17:48 14   environment, and in this case, through the operation of the EDS.

14:17:51 15   Q.  Let's look at D-6710 which was used this morning with

14:17:57 16   Mr. O'Bryan.  Show the Court -- while I didn't see if you had a

14:18:04 17   laser point up there when you took the witness stand, but if you

14:18:07 18   do --

14:18:08 19   A.  No, sir.

14:18:08 20   Q.  You just tell me then -- oh, you do?

14:18:13 21   A.  Yes.

14:18:14 22   Q.  Show the Court with your laser pointer where the BOP panel with

14:18:18 23   that big red EDS button is located.

14:18:22 24   A.  Around here, sir, on the aft, this is the aft bulkhead of the

14:18:28 25   control room, and it is on the port side against that bulkhead

14:18:32  1    (INDICATING).

14:18:32  2    Q.  If we were standing at the BPO desk or at the fire and gas

14:18:36  3    panels and looking aft-ward, would see the BOP panel right in front

14:18:40  4    of us?

14:18:41  5    A.  Correct.

14:18:42  6    Q.  If you were -- if Captain Kuchta were anywhere on that bridge,

14:18:58  7    how long would it take him to get to that panel and push that

14:19:01  8    button?

14:19:02  9    A.  Seconds.

14:19:04  10          MR. HAYCRAFT:  Let's bring up slide 4965.

14:19:04  11   BY MR. HAYCRAFT:

14:19:08  12   Q.  Is this a slide with bullet points that you prepared?

14:19:12  13   A.  Yes, it is.

14:19:12  14   Q.  You've titled that slide "Command Decision Requires:" and then

14:19:17  15   you have four bullet points.  Using this -- using those four bullet

14:19:21  16   points, could you explain to the Court what you believe Command

14:19:26  17   Decisions Require.

14:19:30  18   A.  Firstly, command authority has to be established, and this is

14:19:33  19   clearly established through the ISM code, through Section 5.2 where

14:19:40  20   it's -- the company is required to make a very clear statement of

14:19:44  21   the master's authority.  This authority has to be absolute.  It is

14:19:53  22   overriding and overriding all other decisions on the ship.

14:19:58  23          This is achieved through competence, experience, and

14:20:02  24   knowledge.  Competence through training.  And by "training" I mean

14:20:07  25   not only academic training, which is attained as you go through

9421

14:20:13  1    various levels in the maritime industry, but also through the

14:20:15  2    training which is identified through the risk assessment which is

14:20:19  3    required to be carried out by the ISM code.  This additional

14:20:23  4    training identified by the company is to provide the people with

14:20:29  5    the knowledge of the ship that they're on and the equipment which

14:20:32  6    is on board of that ship.

14:20:34  7         This training should be supported by update training on a

14:20:37  8    regular basis, supported by exercises and drills on board the ship.

14:20:43  9    And it's through this process that competency is achieved.

14:20:48 10         The next one is experience in senior rank.  And by this I

14:20:54 11    mean that the industry requires you to move up a ladder of

14:20:59 12    promotion over a period of time.  And it's through moving up this

14:21:05 13    ladder through time of increasing responsibilities which provides

14:21:09 14    the person with the inner confidence to be able to make the

14:21:13 15    decisions when the time really matters.

14:21:15 16         The third element of this is knowledge of the operation.

14:21:23 17    It's quite apparent that if you're going to make command decisions

14:21:26 18    and you're going to make them quickly and effectively, then you

14:21:29 19    have to know what are the operations over which you have those

14:21:32 20    responsibilities and what is their current status.  It's fairly

14:21:37 21    basic stuff, but this is how my industry works and prepares people

14:21:42 22    to make -- to have command authority to make the decisions at the

14:21:47 23    right time.

14:21:47 24    Q.  When you mentioned then and discussed experience in senior

14:21:52 25    rank, is that the sort of thing you achieved by going from one

14:21:57  1    level of officer to being chief mate and then after serving as

14:22:01  2    understudy for several years, only then achieving the rank of

14:22:06  3    master?

14:22:06  4    A.  Yes, sir, that's how it works.

14:22:08  5    Q.  Is that standard in the industry?

14:22:10  6    A.  Yes, it is, and has been for many, many years.

14:22:13  7    Q.  And similarly, are these concepts of competence, experience,

14:22:19  8    and knowledge of operations standards in the maritime industry?

14:22:22  9    A.  Yes, they are.  You achieve this knowledge as you move up

14:22:28 10    through the ranks.  As you move from ship type to ship type, the

14:22:34 11    ISM code requires that you carry out familiarization which allows

14:22:38 12    you to have that knowledge of that specific operation.

14:22:41 13    Q.  Let's turn to this particular matter that you studied involving

14:22:46 14    the *Deepwater Horizon*.  And, of course, we're focused on that

14:22:51 15    window of time that you described earlier.

14:22:55 16             Did you analyze what the bridge crew saw, felt, heard

14:23:02 17    before the first explosion?

14:23:04 18    A.  Yes, I did.

14:23:05 19    Q.  Tell us what sort of a summary of what your analysis revealed

14:23:15 20    along those lines.

14:23:17 21    A.  I think you can put it together into a fairly simple form.  The

14:23:22 22    first thing was a jolting of the platform, followed by a shaking of

14:23:29 23    the platform --

14:23:29 24             THE COURT:  You say, "platform."

14:23:32 25             THE WITNESS:  Sorry, I am used to using the term

14:23:35  1   "platform."  It's a rig.  It's the same thing.

14:23:38  2          And so they felt a jolt, they felt a vibration, they saw

14:23:46  3   mud on the drill floor going up the derrick.  This was confirmed

14:23:52  4   when they saw it visually raining back down again.  This was

14:23:56  5   followed by a hissing noise, which I can only conclude would be the

14:24:01  6   high pressure gas.  Followed by the first explosion.  Followed --

14:24:08  7   BY MR. HAYCRAFT:

14:24:08  8   Q.  Time was passing during all of these sensory observations?

14:24:13  9   A.  Yes, sir.

14:24:13 10   Q.  Did you observe Mr. O'Bryan's direct testimony this morning?

14:24:20 11   A.  Yes, I did.

14:24:22 12   Q.  And did you hear him describe his time starting at about 9:40

14:24:28 13   when he finished up his BP simulation?

14:24:31 14          MR. BRIAN:  Objection, misstates the testimony.  I don't

14:24:33 15   believe he gave any time of 9:40, your Honor.

14:24:36 16          MR. HAYCRAFT:  I'll rephrase the question just to avoid

14:24:38 17   the objection.

14:24:39 18          THE COURT:  Okay.

14:24:39 19   BY MR. HAYCRAFT:

14:24:40 20   Q.  Did you hear Mr. O'Bryan's testimony about his observations,

14:24:44 21   experiences that evening?

14:24:45 22   A.  Yes, I did.

14:24:46 23   Q.  What did he say was his first realization that something was

14:24:51 24   wrong?

14:24:53 25   A.  It was a vibration or shaking.

14:24:58  1   Q.  And then what did he experience next?

14:25:03  2   A.  He experienced -- well, when Captain Kuchta opened the aft port

14:25:12  3   door, he saw mud raining down.

14:25:16  4   Q.  Did he see mud raining down on the adjacent supply boat, the

14:25:21  5   *Damon Bankston*?

14:25:22  6   A.  Yes, he did, on the stern of the *Damon Bankston*, if I recall

14:25:26  7   correctly.

14:25:27  8   Q.  So Captain Kuchta had time to go from wherever he was standing

14:25:32  9   over to that door and open it, correct?

14:25:34 10   A.  Yes.

14:25:35 11   Q.  And did Mr. O'Bryan describe that everyone on the bridge could

14:25:41 12   see through the door the mud raining down on the *Damon Bankston*?

14:25:46 13   A.  He certainly said that he saw it.  I am not sure how many other

14:25:51 14   people he said saw it.

14:25:52 15   Q.  And did Mr. O'Bryan describe that sometime during that time

14:25:58 16   period he heard a radio or some sort of telephone call to the boat,

14:26:04 17   itself, telling it to get away from the rig?

14:26:07 18   A.  Yes, he did.

14:26:09 19   Q.  And that it was after that that he began hearing the hissing

14:26:13 20   noise, correct?

14:26:14 21   A.  Yes, that's correct.

14:26:16 22   Q.  And then at some point he --

14:26:20 23       MR. BRIAN:  Your Honor, could I ask your Honor to ask

14:26:22 24   counsel to stop leading the witness, please?

14:26:25 25       THE COURT:  Okay.  Try to stop leading your witness,

14:26:30  1   although, we give a little leeway with experts usually.  You can

14:26:33  2   put this in the form of a hypothetical, it doesn't make much

14:26:38  3   difference.

14:26:38  4          MR. HAYCRAFT:  You will be hearing some more, and I will

14:26:41  5   try not to lead.

14:26:43  6   BY MR. HAYCRAFT:

14:26:43  7   Q.  Mr. Mitchell, after the hissing noise, what did Mr. O'Bryan

14:26:46  8   describe happened next?

14:26:47  9   A.  He said there was an explosion.

14:26:49 10   Q.  And then did he describe another explosion that happened after

14:26:54 11   that?

14:26:54 12   A.  Yes, he did.  I don't recall him defining a time between them,

14:27:00 13   but he said there was a second explosion, yes.

14:27:03 14   Q.  And when did he say the power was lost on the bridge?

14:27:06 15   A.  At the time of the second explosion.

14:27:08 16   Q.  So time passed between the time Mr. O'Bryan first felt the jolt

14:27:17 17   or the shaking of the rig, time passed while Captain Kuchta opened

14:27:23 18   the door on the port side of the bridge, time passed while someone

14:27:29 19   called or telephoned the *Damon Bankston* and told her to get away,

14:27:34 20   and time passed when Mr. O'Bryan then heard the hissing noise; fair

14:27:39 21   to say?

14:27:39 22   A.  That's correct.

14:27:40 23   Q.  That's this morning's testimony.  In your studies for this

14:27:46 24   case, have you reviewed the Transocean interview notes of bridge

14:27:50 25   crew members?

9426

14:27:51  1    A.  Yes, I have.

14:27:52  2    Q.  Have you looked at the deposition testimony of bridge crew

14:27:55  3    members?

14:27:56  4    A.  Yes, I have.

14:27:57  5    Q.  Have you reviewed the trial testimony of David Young given a

14:28:02  6    couple of weeks ago?

14:28:03  7    A.  Yes, I have.

14:28:04  8    Q.  And who was David Young?

14:28:06  9    A.  He was the chief mate reporting to Captain Kuchta.

14:28:10  10   Q.  Before we review some of that evidence here in court, let me

14:28:15  11   ask you this:  Based on your experience, both on ships and on oil

14:28:19  12   and gas facilities, what kind of response is needed as a disaster

14:28:25  13   begins to unfold?

14:28:26  14   A.  As I said earlier, the response has to be rapid and it has to

14:28:33  15   be focused.  And that's why the captain on the ship is there to do

14:28:38  16   just that when the time is needed.

14:28:39  17   Q.  Does a rapid and focused response, as you've described it,

14:28:45  18   require an understanding on the part of the captain that he has the

14:28:50  19   authority, the command authority on that ship?

14:28:53  20   A.  It certainly does.  It's written down, it's a requirement of

14:28:58  21   international law, and captains know that they have this.  And when

14:29:04  22   the time really matters, they have to utilize it.

14:29:07  23   Q.  Well, let's turn to just a sampling of what you've reviewed.

14:29:11  24   Did you review the Transocean interview notes of Andrea Fleytas?

14:29:16  25   A.  Yes, I did.

14:29:16  1    Q.  Sometimes pronounced Fleytas.  Tell us her position on the

14:29:21  2    *Deepwater Horizon*.

14:29:21  3    A.  She was the BP operator on watch on the bridge on the *Deepwater*

14:29:26  4    *Horizon* at the time of the incident.

14:29:27  5    Q.  Let's look at her interview notes.  TREX-4472.5.7.  Could you

14:29:35  6    read out loud just the highlighted part of her interview.

14:29:39  7    A.  "She took it upon herself to activate the MAYDAY and GMDSS

14:29:44  8    alarms.  She told the captain that she had issued the distress

14:29:52  9    signal.  The captain turned to her and cursed and said, 'Did I give

14:30:01 10    you authority to do that?'  One minute before the distress signal

14:30:01 11    was sent, Captain Kuchta wanted permission from Jimmy Harrell to

14:30:05 12    disconnect."  In brackets, it says "operate the EDS."

14:30:10 13    Q.  Let's turn to 4472.5.8.  This is the second excerpt from the

14:30:16 14    Transocean interview notes of Andrea Fleytas.  Can you read what

14:30:20 15    we've pulled out from that page.

14:30:23 16    A.  "One of the crew members from the Drill Floor called and said,

14:30:28 17    'we have a well control issue' and hung up.  (Andrea said it

14:30:33 18    sounded like Brent Mansfield, but she might have been mistaken.)

14:30:39 19    Andrea tried to call the Drill Floor back, but no one answered.

14:30:44 20    She received another call saying 'well control situation' and hung

14:30:51 21    up.  She was not sure who had called either time."

14:30:58 22    Q.  What does that account of more than one, two, perhaps even more

14:31:04 23    phone calls tell you about the passage of time?

14:31:08 24    A.  That there was a passage of time, it's an undetermined passage

14:31:12 25    of time, but nevertheless, it did occur.  And I didn't quite finish

14:31:18  1    reading, sir, the last sentence.

14:31:21  2    Q.  I'm sorry.

14:31:21  3    A.  The last sentence was:  "She tried calling back, but never got

14:31:24  4    an answer."

14:31:25  5    Q.  So in that last sentence that I interrupted, it's another phone

14:31:31  6    call where presumably the phone rings for some period of time

14:31:35  7    before she decides to hang the phone back up?

14:31:39  8    A.  Very significant phone call.

14:31:41  9    Q.  Yes.  Not reaching the drill floor, what kind of information

14:31:46 10    should the captain have gained from that?

14:31:50 11    A.  It should have confirmed what he already knew, that he had a

14:31:58 12    major situation on his hands and that he had to take immediate

14:32:02 13    action.

14:32:05 14    Q.  The next Transocean interview that I want to discuss is that of

14:32:09 15    Chris Pleasant.  Chris Pleasant was what position on the *Deepwater*

14:32:14 16    *Horizon*?

14:32:14 17    A.  He was a subsea engineer.

14:32:16 18    Q.  Let's turn to TREX-56294.4.2.  And just read the brief that's

14:32:26 19    highlighted there.

14:32:27 20    A.  "Chris was trying to make his way to the upper deck floor and

14:32:31 21    met Chief Mate Dave Young.  The captain said, "We're not EDS."

14:32:39 22    Chris said, "FU."

14:32:42 23    Q.  You can pull that down.  Did you review the deposition of Mike

14:32:45 24    Williams?

14:32:46 25    A.  Yes, I did.

14:32:48  1    Q.  Tell us who Mike Williams was as a crew member.

14:32:51  2    A.  He was the electrician onboard the *Deepwater Horizon*.

14:32:54  3    Q.  And I'll just state to you that his -- a very short part of his

14:33:02  4    video deposition was played in this court earlier in the trial, and

14:33:09  5    that was -- the part that was played I am going to put up on the

14:33:12  6    screen.  Part of what was played was Dep 409.192.1.  We'll put that

14:33:18  7    up on the screen.  And if you could just read out loud this extract

14:33:22  8    from the video clip that was played in court of Mike Williams.

14:33:27  9    A.

14:33:28  10       "QUESTION:  I think you said you next managed to get to

14:33:37  11   the bridge.  You made your way to the bridge after you left your

14:33:41  12   shop, right?

14:33:42  13       "ANSWER:  Yes, sir.

14:33:28  14       "QUESTION:  All right.  And then in the bridge, you

14:33:47  15   encountered the captain?

14:33:49  16       "ANSWER:  I did.

14:33:28  17       "QUESTION:  His name is?

14:33:52  18       "ANSWER:  Captain -- I called him Captain Curt.

14:33:28  19       "QUESTION:  All right.  I've seen where you've described

14:33:59  20   the captain as having a deer in the headlights look?

14:34:03  21       "ANSWER:  Yes, he did.

14:33:28  22       "QUESTION:  Would that be accurate?

14:34:07  23       "ANSWER:  Yes.

14:33:28  24       "QUESTION:  What -- what do you mean by that description?

14:34:12  25       "ANSWER:  He was overwhelmed.

OFFICIAL TRANSCRIPT

14:33:28 1          "QUESTION:  All right.  I've also seen -- and I think you

14:34:17 2  said he was dazed and confused?

14:34:21 3          "ANSWER:  Yes.

14:33:28 4          "QUESTION:  Would that be accurate?

14:34:26 5          "ANSWER:  Yes.  He didn't know what was happening and

14:34:29 6  why."

14:34:31 7  Q.  Now, you weren't here for David Young's trial testimony, were

14:34:35 8  you?

14:34:35 9  A.  No, sir.

14:34:36 10  Q.  Have you read it in its entirety?

14:34:37 11  A.  Yes, I have.

14:34:38 12  Q.  Let's put an excerpt up on the screen.  TT 5721.1, from pages

14:34:47 13  5720 to -21 of Dave Young's trial testimony.  And read that out

14:34:51 14  loud for us.

14:34:53 15  A.

14:34:54 16          "QUESTION:  Did you perform him about the condition of

14:34:56 17  the fire?"

14:34:58 18  Q.  By the way, just to get context, the "him" here is who?

14:35:02 19  A.  The "him" is Captain Kuchta.

14:35:04 20  Q.  Go ahead, I'm sorry.

14:35:06 21  A.

14:35:06 22          "QUESTION:  Did you inform him about the condition of the

14:35:08 23  fire?

14:35:10 24          "ANSWER:  I did, yes.

14:35:12 25          "QUESTION:  Tell us what you said and what he said.

14:35:17 1                "ANSWER:  I pulled him out to the bridgeway.  At one

14:35:21 2      point, he had asked -- I asked him what he wanted to do with the

14:35:24 3      fire.  He said he wanted me to put a hose on it.

14:35:30 4                "At that point, I pulled him outside and showed him the size

14:35:35 5      of the fire so that he was aware of the size of the fire that we

14:35:39 6      were dealing with because from the bridge, you couldn't really see

14:35:45 7      much of it."

14:35:46 8      Q.  You can pull that down, please.

14:35:48 9                Mr. Mitchell, what was your reaction when you first read

14:35:51 10     that excerpt of the testimony a couple of weeks ago?

14:35:55 11               MR. BRIAN:  Objection, form, relevance.

14:35:57 12               THE COURT:  Overruled.  Go ahead, sir.

14:36:01 13               THE WITNESS:  I read it with a level of disbelief.

14:36:04 14     That's the only word that I can really come up with which expresses

14:36:10 15     my thoughts.  How can it be that this is a ship, and it was a ship

14:36:14 16     that's had a blowout, it's had two explosions and there's an

14:36:20 17     ongoing fire, how can it be that the chief officer has to take --

14:36:25 18     take by the hand the captain outside of a safe area to get him to

14:36:31 19     look at the fire?

14:36:32 20               From an ex-captain's point of view, I find that quite

14:36:37 21     inconceivable that somebody who is the captain of the ship and who

14:36:41 22     has been in this situation has to be told the gravity of the

14:36:45 23     situation by his junior officer.

14:36:47 24     BY MR. HAYCRAFT:

14:36:49 25     Q.  With the samples we've just put up on the screen and then all

9432

14:36:51  1  of the other evidence you've reviewed, what conclusions have you

14:36:55  2  reached about the response of Captain Kuchta to this disaster as it

14:37:01  3  was occurring?

14:37:01  4  A.  Completely inadequate.

14:37:03  5  Q.  Does this evidence reveal situational awareness by Captain

14:37:08  6  Kuchta?

14:37:08  7  A.  No, it does not.

14:37:09  8  Q.  What did it reveal?

14:37:11  9  A.  It reveals, as I just read there, that here is a person who,

14:37:16 10  despite the training he's had, despite the time that he's been in

14:37:21 11  the industry, that he is faced with a situation which he cannot

14:37:25 12  handle.

14:37:27 13  Q.  Well, what's your conclusion about what should have happened on

14:37:31 14  the bridge by command of Captain Kuchta during the window of time

14:37:35 15  that you've described between when mud first shot up into the top

14:37:39 16  of the derrick and that second explosion when the power went off?

14:37:43 17  A.  As I said earlier, with the situation that Captain Kuchta was

14:37:50 18  faced with, I believe that he had absolutely no option but to

14:37:56 19  unequivocally operate the EDS to save his ship, to protect his crew

14:38:03 20  and to safeguard the environment.  I see that he had no other

14:38:08 21  option, and that was his responsibility as captain of the *Deepwater*

14:38:11 22  *Horizon*.

14:38:11 23  Q.  It's been said in this case at some points that the captain

14:38:17 24  should not take it upon himself to EDS because, for example, a tool

14:38:24 25  joint may be located across the BOP stack and, in particular, the

9433

14:38:29 1  blind shear rams.  What is your view from a maritime perspective on

14:38:34 2  that view, on that point?

14:38:36 3  A.  Well, as I previously said, and I think it's important to

14:38:39 4  stress it, the situation existed, he had no option.  But taking

14:38:44 5  into consideration what you've just said and having read the

14:38:53 6  evidence of Mr. Barnhill, he said that with the operation that was

14:38:59 7  ongoing on *Deepwater Horizon* at the time which resulted in no

14:39:05 8  movement of the drill pipe, it would have been reasonable for

14:39:10 9  Captain Kuchta to have assumed that the toolpusher would have left

14:39:14 10 the tool joint spaced out in the BOP such that they could be

14:39:18 11 operated effectively.  And from a maritime point of view, that left

14:39:23 12 Captain Kuchta with the ability to operate the EDS.

14:39:26 13 Q.  Had the EDS been activated during that window of time, what

14:39:32 14 consequences do you believe would have occurred?

14:39:37 15        MR. BRIAN:  Objection.  No foundation, beyond his expert

14:39:40 16 opinion, your Honor.

14:39:40 17        THE COURT:  Overruled.  Go ahead, sir, you can answer.

14:39:46 18        THE WITNESS:  From the maritime point of view, and as the

14:39:48 19 captain of the ship, I would have expected the well to have been

14:39:52 20 closed in, I would have expected the lower marine riser package to

14:39:59 21 have disconnected which would have removed the source of fuel from

14:40:02 22 the *Deepwater Horizon*.

14:40:03 23        I would have expected that to have given the ability to

14:40:08 24 either drive off or to drift off.  The volume of high pressure gas,

14:40:14 25 as I said, had been removed or severed from the wellhead;

14:40:18 1  therefore, the amount reaching the drill floor would have been

14:40:22 2  reduced.  And more likely than not, the result would have been that

14:40:27 3  the explosion and consequences from the fire would have been

14:40:32 4  reduced.

14:40:32 5  BY MR. HAYCRAFT:

14:40:33 6  Q.  Let's harken back to the MAHRA and the page of the anticipated

14:40:39 7  hazard of reservoir blowout at the drill floor.  Remind us of what

14:40:44 8  the maritime mitigation was in the right-hand column.

14:40:47 9  A.  Ability to move.

14:40:48 10  Q.  Well, let's look into your analysis of why Captain Kuchta did

14:40:57 11  not activate the EDS.  Did you review the *Deepwater Horizon*

14:41:02 12  operations integrity case?

14:41:04 13  A.  Yes, I did.

14:41:07 14  Q.  Is there a section in that document colloquially referred to as

14:41:14 15  the OIC on marine crew manning and competency?

14:41:17 16  A.  Yes, there is.

14:41:19 17  Q.  Let's call up D-4951, which is a call-out of TREX-005474.  Do

14:41:28 18  you recognize that paragraph that's extracted there?

14:41:30 19  A.  Yes, I do.

14:41:32 20  Q.  And you see it's under the heading of what, "Marine Crew

14:41:37 21  Manning and Competency"?

14:41:39 22  A.  Yes, it is.

14:41:39 23  Q.  Read the sentence that's highlighted.

14:41:41 24  A.  "Training requirements for the master include the completion of

14:41:47 25  the major emergency management (MEM) course and

9435

14:41:52  1    assessment/qualification as person in charge."

14:41:57  2    Q.  That's training required of the master by Transocean, correct?

14:42:01  3    A.  Yes, it is.

14:42:02  4    Q.  Did you also review a training module prepared by Transocean?

14:42:07  5    A.  Yes, I did.

14:42:07  6    Q.  Let's call out -- excuse me, let's bring up D-4952, which is a

14:42:15  7    call-out of TREX-007563.  And do you recognize that training

14:42:22  8    module?

14:42:22  9    A.  Yes, it is.  This is from, as you can see, the rig management

14:42:27 10    and performance training marine module.

14:42:29 11    Q.  And read the pulled-out portion, please.

14:42:33 12    A.  It says, "Ensure key rig personnel are trained, competent and

14:42:38 13    licensed in various safety-critical areas."  And if I could just go

14:42:44 14    back to key rig personnel, because I am of the opinion that that

14:42:48 15    firmly includes the master.  The master is key rig personnel.

14:42:52 16    Q.  We're seeing that major -- management of major emergency

14:42:58 17    training again?

14:42:59 18    A.  Yes, we are.  That's a repeat of the earlier requirement, but

14:43:01 19    in addition, we see well control.

14:43:04 20    Q.  Let's look at our next slide, D-4950.1.  And the left side will

14:43:17 21    look familiar because we just went through two slides that included

14:43:20 22    that material.  But let's look over to the right side.  What are

14:43:25 23    those squares that we see on the right side?

14:43:29 24    A.  That is a graphic representing the training of Captain Kuchta

14:43:34 25    from his employment by Transocean until the date of the incident.

9436

14:43:39 1   Q.  Did you read each and every page in his certification record as

14:43:46 2   well as each and every line in the computer printout from

14:43:50 3   Transocean of his training through his years at Transocean?

14:43:54 4   A.  Yes, I did.

14:43:54 5   Q.  And you've highlighted your findings in the red box there.

14:44:01 6   Could you -- thinking about what the OIC required and what the

14:44:06 7   training module required, what were your findings about what was

14:44:10 8   lacking in his training profile?

14:44:13 9   A.  There was no evidence that Captain Kuchta had received the

14:44:18 10  major emergency management training, nor did he have well control

14:44:24 11  certification, nor had he been assessed competent as a person in

14:44:29 12  charge, which was a position which he had clearly been assigned on

14:44:33 13  the organization chart.

14:44:33 14  Q.  Are the types of training requirements for masters or key rig

14:44:39 15  personnel we see on the left appropriate and industry standards?

14:44:43 16  A.  Yes, sir.

14:44:44 17  Q.  And what is your reaction to the absence of some of those

14:44:49 18  standard training items in Captain Kuchta's training profile?

14:44:55 19  A.  I believe that they were contributory to the results of what

14:45:01 20  happened on the night of April the 20th.

14:45:05 21  Q.  You've told us about the official records of Captain Kuchta's

14:45:09 22  training.  What about his experience level?

14:45:13 23  A.  Looking at Captain Kuchta's profile, he started gaining his

14:45:22 24  academic seagoing qualifications, he spent time as a third mate and

14:45:29 25  then he was promoted to master.

Case 2:10-md-02179-CJB-DPC   Document 12771   Filed 04/29/14   Page 50 of 201

14:45:32  1   Q.  Did he go through any intervening stages between third mate to

14:45:36  2   master?

14:45:37  3   A.  No, he did not.

14:45:39  4   Q.  Did you -- based on your experience and what you've observed in

14:45:43  5   the industry, is that normal to go from third mate without any of

14:45:48  6   the intervening years of experience before becoming master?

14:45:51  7   A.  No, it is not normal.  This ladder of promotion has been in

14:45:55  8   place for many, many years, 150 years or even more, there has been

14:46:00  9   this matter of achievement in the shipping industry.  And this

14:46:07 10   ladder was not climbed by Captain Kuchta.

14:46:09 11   Q.  Someone else in this case has described the *Deepwater Horizon*

14:46:14 12   as a very, very large and very, very complex ship.  Do you agree

14:46:22 13   with that general description of *Deepwater Horizon*?

14:46:24 14   A.  Yes, I do.

14:46:25 15   Q.  Do you recall reading David Young's experience profile given in

14:46:35 16   his trial testimony?

14:46:36 17   A.  Yes, I did.

14:46:37 18   Q.  From what you've reviewed of his experience level, what is your

14:46:42 19   opinion about the type of experience that is usually obtained

14:46:48 20   before one becomes a master in that industry?

14:46:52 21   A.  I find it quite consistent.  And, in fact, I understand that he

14:46:56 22   is -- now is a master, having gained the intermediate rank s

14:47:00 23   through his appointments on *Deepwater Horizon*.

14:47:02 24   Q.  Including being chief mate for a period?

14:47:04 25   A.  Absolutely.

OFFICIAL TRANSCRIPT

9438

14:47:05 1   Q.  And when you were chief mate aboard ships, you were serving as

14:47:09 2   an understudy to the master, correct?

14:47:11 3   A.  Yes, I was.

14:47:12 4   Q.  And that was valuable?

14:47:13 5   A.  It's essential and it's part of what you do.

14:47:17 6   Q.  And a standard expectation in the maritime industry?

14:47:21 7   A.  Absolutely.

14:47:22 8   Q.  Let's change subjects a little bit.  We've talked about

14:47:27 9   training now.  I want to address the subject of drills.  From a

14:47:31 10  marine point of view, please explain the importance of drills.

14:47:37 11  A.  Drills are a well-established regime in the shipping industry,

14:47:41 12  and they have two main reasons to be.  The first one is that

14:47:49 13  carrying out drills ensures that the equipment, which is required

14:47:53 14  to be there, actually is there.  It also determines that that

14:47:58 15  equipment works when it's required.

14:48:00 16  Q.  Have you reviewed a drill -- particular drill requirement

14:48:04 17  involving EDS for the *Deepwater Horizon*?

14:48:08 18  A.  Well, I was going on to say, Mr. Haycraft, that the next part

14:48:14 19  or the equally important part of drills is that it provides the

14:48:18 20  users of that emergency equipment with the inner confidence that

14:48:24 21  when -- how to use the equipment.  It is there, it does work, I

14:48:28 22  know how to use it, I have used it.  That's the purpose of drills.

14:48:33 23  Q.  So both making sure the equipment works and the people know how

14:48:36 24  to work the equipment?

14:48:37 25  A.  Well, the equipment's there.  Yes, it works.  Yes, I know how

14:48:41  1    to use it.

14:48:42  2    Q.  And have you reviewed drills for *Deepwater Horizon* that involve

14:48:47  3    the EDS, the matter of drills?

14:48:49  4    A.  Yes, I have.

14:48:50  5    Q.  Did you review the emergency response manual for *Deepwater*

14:48:54  6    *Horizon*?

14:48:54  7    A.  Yes, I did.

14:48:55  8    Q.  Does the emergency response manual for *Deepwater Horizon*

14:48:59  9    include requirements for EDS drills?

14:49:01 10    A.  Yes, it does.

14:49:02 11    Q.  Let's look at D-4956, which is a call-out of TREX-004644.  And

14:49:11 12    do you see across the top the title from which -- so that you can

14:49:16 13    tell what page this document comes from?

14:49:19 14    A.  Yes.  I think it's 12.2.

14:49:23 15    Q.  Section 12?

14:49:25 16    A.  Section 12.

14:49:26 17    Q.  Section 12 of the emergency response manual contains what

14:49:29 18    materials?

14:49:30 19    A.  Procedures concerning the emergency disconnect procedure.

14:49:36 20    Q.  And this section, Subsection 12 of that Section 12 has the

14:49:40 21    sentence that's pulled out on this screen.  Could you read it out

14:49:43 22    loud.

14:49:44 23    A.  Yes.  "The *Deepwater Horizon* crews will strictly adhere to

14:49:50 24    these alert actions, and EDS drills will be executed weekly."

14:49:55 25    Q.  Let's go to the next slide, D-4955A.  This is a demonstrative.

14:50:05 1   And just for illustrative purposes, what's that document placed on

14:50:12 2   the left side of the slide?

14:50:13 3   A.  That is the format of the IADC daily drilling report.  IADC, as

14:50:21 4   you understand, is the International Association of Drilling

14:50:23 5   Contractors, a report which is submitted every 24 hours from drill

14:50:28 6   rigs.

14:50:29 7   Q.  And a bunch of little squares are shown on the right side of

14:50:34 8   the screen.  What do those represent?

14:50:36 9   A.  Those are the 79 drill reports submitted from *Deepwater Horizon*

14:50:42 10  while she was at Macondo.

14:50:45 11  Q.  Were there any EDS drills documented in those daily drilling

14:50:49 12  reports?

14:50:50 13  A.  No, sir.

14:50:50 14  Q.  The entire time the *Deepwater Horizon* was at Macondo?

14:50:54 15  A.  Correct.

14:50:54 16  Q.  Let's look at a demonstrative exhibit Transocean presented

14:50:59 17  during Randy Ezell's testimony.  Do you know who Randy Ezell is?

14:51:02 18  A.  Yes, senior toolpusher.

14:51:04 19  Q.  Did you review a portion of his testimony?

14:51:07 20  A.  Yes, I did.

14:51:07 21  Q.  And you know he used a demonstrative during his testimony?

14:51:11 22  A.  Yes, I do.

14:51:12 23  Q.  Let's pull up D-6591.6.  You've seen that demonstrative?

14:51:21 24  A.  Yes, I have.

14:51:22 25  Q.  Is it accurate?

14:51:23  1    A.  It lists the drills which were reported on the IADC drilling

14:51:32  2    reports with the exception of the EDS drills, which I could find no

14:51:39  3    entry.

14:51:40  4    Q.  All of those, you see down in the lower left-hand side there's

14:51:45  5    a word "source"?

14:51:46  6    A.  Yes, that is where I looked.

14:51:48  7    Q.  You looked at each and every one of those TREX numbers?

14:51:51  8    A.  Yes, sir, there are 81 of them.

14:51:53  9    Q.  And repeat what you learned in looking through those 81 source

14:51:58  10   documents.

14:51:59  11   A.  I learned that drills had been carried out on the *Deepwater*

14:52:05  12   *Horizon* and had been recorded very laudably on a daily basis.

14:52:11  13   However, there was an absence of EDS drills.  I did not find one

14:52:15  14   record of one EDS drill in any of those 81 exhibits.

14:52:19  15   Q.  You can pull that down, thank you.  Let me show you an excerpt

14:52:30  16   from Transocean's marine expert Jeff Wolfe's deposition, a portion

14:52:35  17   of which was played as a video clip during the trial of this case.

14:52:40  18   And we have a few seconds of his clip to show to you.  V-46A.

14:52:40  19        (WHEREUPON, THE VIDEO CLIP WAS PLAYED AND TRANSCRIBED AS

14:52:40  20        FOLLOWS:)

14:52:51  21        "QUESTION:  It's Section 12, Subsection 2, right, in the

14:52:53  22        manual?

14:52:55  23        "ANSWER:  That's correct.

14:52:56  24        "QUESTION:  Okay.  Do you see that -- like you say, it's an

14:52:58  25        introduction and it says general considerations and it talks

14:53:02  1          about DP alert levels and then there's the sentence in the

14:53:05  2          first paragraph:  The *Deepwater Horizon* crews will strictly

14:53:07  3          adhere to these alert actions, and EDS drills will be executed

14:53:12  4          weekly.

14:53:13  5          "Did I read that sentence correctly?

14:53:22  6          "ANSWER:  Yes.

14:53:23  7          "QUESTION:  Have you found a document or a witness who

14:53:27  8          validates that EDS drills were conducted weekly on *Deepwater*

14:53:27  9          *Horizon*?

14:53:33 10          "ANSWER:  No, I haven't."

14:53:37 11  BY MR. HAYCRAFT:

14:53:37 12  Q.  Is that the same finding you made?

14:53:39 13  A.  It is.

14:53:39 14  Q.  The last thing I want to touch on -- we've talked about

14:53:44 15  training, we've talked about drills, we also talked about Captain

14:53:47 16  Kuchta's experience level -- I want to talk to you about command

14:53:52 17  structure on the *Deepwater Horizon*.

14:53:54 18          We've had opinions from two maritime experts in this

14:53:57 19  case, Geoff Webster and Jeff Wolfe.  I want to show you an extract

14:54:02 20  from Geoff Webster's trial testimony TT 3959.1.  Very short

14:54:10 21  extract.  And I am just going to ask you -- or I'll read it out

14:54:14 22  loud.

14:54:30 23          "QUESTION:  Now, what does the ISM require?  What's the

14:54:17 24  bottom line with respect to master's authority?

14:54:39 25          "ANSWER:  That the master has overriding authority on the

9443

14:54:23 1    vessel to carry out all matters for safety and for prevention of

14:54:28 2    pollution in the environment.

14:54:30 3              "QUESTION:  Is it true, sir, or is it your opinion that

14:54:33 4    all of the crew members on that vessel are governed or should be

14:54:37 5    governed by the authority of the master?

14:54:39 6              "ANSWER:  Yes, in my opinion.

14:54:41 7              "QUESTION:  In your opinion, did the command structure of

14:54:45 8    the *Deepwater Horizon* comply with Section 5.2 of the ISM code?

14:54:51 9              "ANSWER:  It did not."

14:54:52 10         You can pull that down.

14:54:54 11         Do you agree with that opinion?

14:54:56 12   A.  I do.

14:54:56 13   Q.  Mr. Mitchell, what I want to ask you now is, based on all of

14:55:03 14   the evidence, not just the samples we've looked at this morning --

14:55:08 15   or this afternoon, based on all of the evidence, based on all of

14:55:11 16   your experience and your expertise, can you give us your analysis

14:55:17 17   of why Captain Kuchta failed to make the command decision to EDS?

14:55:25 18   A.  I concluded that the captain of the *Deepwater Horizon* was

14:55:32 19   young; furthermore, he was inexperienced.  He did not fully

14:55:39 20   understand his responsibilities nor his overriding authority as

14:55:44 21   captain of the *Deepwater Horizon*.

14:55:50 22         Transocean operated and implemented a confusing command

14:55:55 23   structure.  The result on the night of April the 20th was that

14:56:02 24   Captain Kuchta waited for Jimmy Harrell, the OIM, to arrive on the

14:56:06 25   bridge.  The result was that Captain Kuchta did not exercise his

9444

14:56:15  1   overriding authority and responsibility as captain, nor did he take

14:56:22  2   the last clear chance, and I emphasize the last clear chance to

14:56:27  3   save his ship, his crew and to preserve the environment.

14:56:32  4   Q.  Let's talk about Jimmy Harrell for a moment.  On April 20th,

14:56:38  5   2010, based on the materials you've reviewed, what Transocean crew

14:56:44  6   member was in actual command of the *Deepwater Horizon*?

14:56:47  7   A.  Jimmy Harrell, the OIM.

14:56:49  8   Q.  And why do you conclude that?

14:56:51  9   A.  I conclude that by taking reference from many documents within

14:56:58 10   the Transocean safety management system, which quite clearly states

14:57:03 11   on numerous occasions that when the *Deepwater Horizon* is in the

14:57:07 12   drilling mode, then the OIM is in command, and that word is

14:57:13 13   actually used in some references, "in command."

14:57:18 14   Q.  Have you examined Mr. Harrell's license?

14:57:20 15   A.  Yes, I have.

14:57:21 16   Q.  Let's look at D-4954, which is a call-out of TREX-003802.  And

14:57:31 17   before we get into the license itself, what entity, what government

14:57:37 18   was Jimmy Harrell's OIM license issued by?

14:57:41 19   A.  It was issued by the Republic of the Marshall Islands.  Quite

14:57:45 20   correctly, the Republic of the Marshall Islands was the flag state

14:57:50 21   for the *Deepwater Horizon*.

14:57:51 22   Q.  And there are a whole bunch of round stamps all over the page

14:57:56 23   that we've got shown on the screen, and you can see in between some

14:58:01 24   of the stamps are the words that we've pulled out on this slide.

14:58:05 25   But first read the records to the left and then read the words to

9445

14:58:09  1    the right.

14:58:09  2    A.  The words on the left read "offshore installation manager," and

14:58:14  3    the words on the right depict an endorsement on this certificate

14:58:19  4    which reads "mobile offshore drilling units only."

14:58:23  5    Q.  Keeping this in mind while we look at the next slide and, in

14:58:30  6    particular, keeping the word "only" in mind as we look at the next

14:58:35  7    document, first tell us what MI-118 is.

14:58:40  8    A.  MI-118 is a document produced by the Republic of the Marshall

14:58:47  9    Islands and it is the document which defines the requirements for

14:58:51  10   the examination of officers -- deck officers and engineer officers

14:58:56  11   who serve on ships flagged by the Marshall Islands.

14:58:59  12   Q.  Let's look at TREX-44013.27.1.  Is this a page from MI -- and

14:59:11  13   does MI stand for Marshall Islands?

14:59:14  14   A.  Yes, it does.

14:59:15  15   Q.  Is this a page from MI-118?

14:59:18  16   A.  Yes, it is.

14:59:21  17   Q.  And it's Section 4.5 of MI-118?

14:59:22  18   A.  Yes, it is.

14:59:23  19   Q.  And read that headline for the section.

14:59:25  20   A.  The head line reads, "Service requirements for MODU deck

14:59:29  21   officer examinations - for mobile offshore drilling units (MODUs)."

14:59:37  22   Q.  And then read out loud the note below that heading.

14:59:41  23   A.  "MODU certification does not permit service aboard

14:59:46  24   self-propelled vessels."

14:59:49  25   Q.  Let's go to the next slide, which is D-4963.  We have three

OFFICIAL TRANSCRIPT

14:59:59  1  things depicted, I don't want to describe them because that would

15:00:03  2  be leading.  In the upper left-hand corner, what type of a rig do

15:00:07  3  we see depicted?

15:00:09  4  A.  This is a kind of MODU defined as a jack-up.

15:00:13  5  Q.  The judge knows what a jack-up is, so let's go to the next

15:00:17  6  picture below it.

15:00:19  7  A.  This is a MODU defined as a moored semi-submersible.

15:00:23  8  Q.  Is it anchored?

15:00:24  9  A.  Yes, it is.

15:00:25  10  Q.  How is it anchored?

15:00:27  11  A.  It's anchored with normally eight anchors known as an

15:00:33  12  eight-anchor spread.  But more importantly, it is not

15:00:40  13  self-propelled.

15:00:41  14  Q.  I'm sorry, I didn't mean to interrupt.

15:00:42  15  A.  It is moved from geographical location to geographical location

15:00:47  16  by being towed.

15:00:48  17  Q.  Are either of the rigs on the left side of the page

15:00:51  18  self-propelled vessels?

15:00:53  19  A.  No.

15:00:54  20  Q.  Over the to right side of the page, what do we see there?

15:01:01  21  A.  On the right side, we see actually a picture of the *Deepwater*

15:01:05  22  *Horizon*.  This, again, is a MODU which is self-propelled and

15:01:12  23  dynamically positioned.

15:01:14  24  Q.  Thinking about Jimmy Harrell's RMI, Republic of the Marshall

15:01:21  25  Islands license, and Section 4.5 and the note from the MI-118

15:01:26  1  document, was the license that Jimmy Harrell possessed, did it

15:01:32  2  entitle him to serve as an OIM aboard the jack-up?

15:01:35  3  A.  Yes.

15:01:36  4  Q.  Did it entitle him to serve as OIM aboard the moored

15:01:41  5  semi-submersible?

15:01:43  6  A.  Yes.

15:01:43  7  Q.  Did it entitle him to legally serve as OIM aboard the *Deepwater*

15:01:48  8  *Horizon*?

15:01:48  9  A.  No.

15:01:53 10       MR. HAYCRAFT:  Your Honor, I have one more fairly short

15:01:55 11  section that I could definitely finish up within the next ten or so

15:02:00 12  minutes.

15:02:00 13       THE COURT:  Why don't you go ahead and finish.

15:02:02 14  BY MR. HAYCRAFT:

15:02:03 15  Q.  Let's turn our attention to safety management systems.  This

15:02:06 16  will be the last area we cover.  Does the ISM code provide who is

15:02:11 17  responsible for the safety management system aboard a vessel?

15:02:14 18  A.  Yes, it does.

15:02:15 19  Q.  What provision is that?

15:02:16 20  A.  This is the entity known as the company.

15:02:21 21  Q.  And is the company defined in the ISM code?

15:02:25 22  A.  Yes, it is, very clearly within the definition section, 1.1.2.

15:02:29 23       MR. HAYCRAFT:  Let's bring up TREX-938.17.2.

15:02:29 24  BY MR. HAYCRAFT:

15:02:35 25  Q.  And is that the definition of company in the ISM code?

15:02:38  1    A.  Yes, it is.

15:02:39  2    Q.  In the case at hand, who was the company that the ISM code is

15:02:46  3    defining?

15:02:47  4    A.  Transocean.

15:02:48  5    Q.  Was BP a bareboat charterer of the *Deepwater Horizon* on

15:03:02  6    April 20th, 2010?

15:03:02  7    A.  No.

15:03:02  8    Q.  Let's look at the next -- well, let's turn now to the next

15:03:02  9    slide, 938.19.2, Section 1.4.  What is Section 1.4?

15:03:11  10   A.  Section 1.4 defines the functional requirements for a safety

15:03:16  11   management system, as you can read.

15:03:17  12   Q.  And that's just a reminder, we're still within the ISM code?

15:03:21  13   A.  Yes, we are.

15:03:22  14   Q.  And which entity is required to develop, implement, and

15:03:28  15   maintain a safety management system aboard a vessel?

15:03:33  16   A.  The company, and in this case, specifically, *Deepwater* --

15:03:39  17   Transocean, sorry.  Therefore, Transocean should develop,

15:03:43  18   implement, and maintain a safety management system, which includes,

15:03:48  19   and it lists the following functional requirements.

15:03:51  20   Q.  Briefly, for the record, state what .1 and .5 of Section 1.4

15:03:58  21   require in terms of a safety management system.

15:04:01  22   A.  .1 is a safety and environmental-protection policy; and

15:04:08  23   Section 5 is procedures to prepare for and respond to emergency

15:04:12  24   situations.

15:04:15  25   Q.  In this case is there any disagreement among the maritime

9449

15:04:18  1    experts over whose responsibility under the ISM code it is to

15:04:23  2    implement the safety management system on a vessel?

15:04:26  3    A.  No, there is not.  We all agree.

15:04:28  4    Q.  Have you reviewed the contractual arrangement between BP and

15:04:31  5    Transocean?

15:04:32  6    A.  Yes, I have.

15:04:32  7    Q.  Let's look at TREX-1356A.2.  You've reviewed that contract?

15:04:40  8    A.  Yes, I have.

15:04:41  9    Q.  Is that arrangement a bareboat charter, a time charter, or

15:04:46 10    voyage charter?  And once you've answered, please explain.

15:04:50 11    A.  This is a time charter.  And it is a time charter as it

15:04:55 12    requires the owner, in this case Transocean, to supply the services

15:05:00 13    of the *Deepwater Horizon*, including the master and the crew, for a

15:05:06 14    specified period of time.

15:05:08 15    Q.  And according to the ISM code, would it be lawful for the

15:05:14 16    customer of a ship to which the ISM code applies to impose its

15:05:19 17    safety management system on the ship?

15:05:21 18    A.  Not at all.  That would be nonconformance against the

15:05:25 19    requirements of the ISM code.

15:05:27 20    Q.  Let's go to part of the contract at TREX-1356A.22.3.  Do you

15:05:35 21    see that Section 17.1 of the contract?

15:05:38 22    A.  I do.

15:05:38 23    Q.  Read the first few sentences of Section 17.1.

15:05:43 24    A.  "Contractor shall have the primary responsibility for the

15:05:47 25    safety of all operations, shall take all measures necessary or

15:05:53  1    proper to protect the personnel and facilities and, in addition,

15:05:59  2    shall observe all safety rules and regulations of any governmental

15:06:04  3    agency having jurisdiction over operations conducted hereunder.

15:06:10  4    Contractor shall place the highest priority on safety while

15:06:14  5    performing the work."

15:06:18  6    Q.  In this contract, who is the contractor?

15:06:21  7    A.  Transocean.

15:06:22  8    Q.  Is that provision in the contract between BP and Transocean

15:06:27  9    consistent with what the ISM code, itself, requires regarding

15:06:32 10    safety management systems aboard vessels?

15:06:34 11    A.  Yes, it is.

15:06:35 12    Q.  Is that arrangement consistent with standard industry practice?

15:06:41 13    A.  Yes, it is.

15:06:41 14    Q.  Have you reviewed the testimony of Steve Newman in this regard?

15:06:46 15    A.  Yes, I have.

15:06:47 16    Q.  Do you know his job title?

15:06:49 17    A.  Chief executive, Transocean.

15:06:51 18    Q.  Let's look at TT-4701.1, and I would like you to read aloud

15:06:59 19    what Mr. Newman said in this regard.

15:07:01 20    A.  "QUESTION:  And it's Transocean's general practice to have its

15:07:07 21    CMS," and that's company management system, "govern on its rigs

15:07:13 22    rather than an operator-operating management system; correct?

15:07:18 23         Yes.  That's our preference because, you know, we train

15:07:21 24    our people to our safety management system, and we expect them to

15:07:26 25    operate our safety management system.  And consequently, on rigs

15:07:33  1   that are changing contracts frequently, they're not having it

15:07:39  2   change every time we change a contract.  They're operating a

15:07:43  3   consistent set of policies and procedures.

15:07:48  4        QUESTION:  You find it less confusing for your employees,

15:07:53  5   to make sure they don't know" --

15:07:56  6   Q.  I think you misread, "to make sure they know."

15:08:00  7   A.  Oh, sorry.  I'll read it again.

15:08:02  8        "QUESTION:  You find it less confusing for your

15:08:05  9   employees, to make sure that they know we're working under

15:08:09 10   Transocean's system?

15:08:10 11        Yes.  What I tell our people is that our approach to

15:08:14 12   safety management is independent of the customer we work for; it's

15:08:20 13   independent of the operator -- of the area we operate in; it's

15:08:25 14   independent of the type of rig we operate on.

15:08:29 15        We have a standard -- standard set of policies and

15:08:33 16   procedures that comprise our safety management system."

15:08:36 17   Q.  Is what Mr. Newman said consistent with the ISM code?

15:08:39 18   A.  Yes, it is.

15:08:40 19   Q.  Is it consistent with the contract between Transocean and BP?

15:08:44 20   A.  Yes, it is.

15:08:44 21   Q.  Is that also consistent with your maritime experience?

15:08:47 22   A.  Yes, it is.

15:08:48 23   Q.  As a crew member and master aboard ships?

15:08:51 24   A.  Yes, it is.

15:08:52 25   Q.  As an OIM aboard oil and gas facilities?

9452

15:08:56  1     A.  Yes, it is.

15:08:57  2     Q.  As a senior principal survey for Lloyd's Register?

15:09:01  3     A.  Yes.

15:09:01  4     Q.  And as an expert in the ISM code?

15:09:03  5     A.  Yes, it is.

15:09:04  6     Q.  And is it consistent with the standard practice in the maritime

15:09:07  7     industry?

15:09:07  8     A.  Yes, it is.

15:09:09  9          MR. HAYCRAFT:  Your Honor, I have no further questions on

15:09:10 10     direct.

15:09:11 11          THE COURT:  All right.  Let's take about a 15-minute

15:09:13 12     recess.  It's about ten after three.

15:09:16 13          THE DEPUTY CLERK:  All rise.

15:09:17 14       (WHEREUPON, A RECESS WAS TAKEN.)

15:30:45 15       (OPEN COURT.)

15:30:45 16          THE COURT:  All right.  Please be seated everyone.

15:30:51 17          MR. BRIAN:  Brad Brian from Transocean.  Before

15:30:53 18     Mr. Williams starts, I want to object to the BP's use of the

15:30:57 19     Demonstrative 4967 which was their time line.  I was informed over

15:31:01 20     the break that we never got that.  The rules, I think, have been

15:31:05 21     pretty clear that on direct examination demonstratives need to be

15:31:08 22     disclosed 48 hours before their use.  It's particularly

15:31:13 23     disappointing here because we disclosed a time line to BP on a

15:31:18 24     timely basis, they objected to certain of the entries, we then

15:31:23 25     revised it on account of their objections.

9453

15:31:25  1          THE COURT:  I understand your objection and you're

15:31:27  2   technically correct, Mr. Brian, but, you know, the demonstrative

15:31:31  3   was nothing more than three times.  I mean, the witness could have

15:31:35  4   said the same thing and somebody could have written it on black

15:31:39  5   board.  Didn't seem to me to be any -- much to argue about there.

15:31:45  6          MR. BRIAN:  All I was going to propose --

15:31:47  7          THE COURT:  Technically, you are correct, and we had that

15:31:49  8   issue earlier today.  But, you know, some of these so-called

15:31:54  9   demonstratives are nothing more than "at 8:52 this happened, and

15:31:58 10   that one was one of the simplest ones I've seen in this whole

15:32:03 11   trial.

15:32:03 12          MR. BRIAN:  My only representation, I will deal with it

15:32:06 13   on direct and deal with it later if we think it's appropriate.  It

15:32:09 14   does cite to sources not cited in connection with that opinion in

15:32:13 15   his report.  I will handle that on cross-examination.

15:32:15 16          THE COURT:  Okay.  Thank you.  All right.  Mr. Williams.

15:32:33 17                        CROSS EXAMINATION

15:32:33 18   BY MR. WILLIAMS:

15:32:35 19   Q.  Captain Mitchell, good afternoon.  My name is Conrad Williams.

15:32:39 20   I am here to cross-examine you on behalf of the Plaintiffs'

15:32:41 21   Steering Committee.  How are you today?

15:32:42 22   A.  Good afternoon, sir.  Very well, thank you.

15:32:43 23   Q.  It's a pleasure having an opportunity to talk to you.

15:32:46 24   A.  Thank you.

15:32:46 25   Q.  I am going to bounce around just a little bit, but I want to

9454

15:32:49  1   cover some of the other issues in your report regarding the ISM --

15:32:54  2   A.  Yes.

15:32:55  3   Q.  -- and how it applied to Transocean.  I want to start with ISM

15:33:00  4   Section 3, company responsibilities and authority.

15:33:04  5   A.  Can I refer to my --

15:33:06  6   Q.  Do you have your report up there?

15:33:07  7   A.  Yes, I have a code.

15:33:09  8   Q.  Okay.  Good.  I am just going to summarize little bits and

15:33:15  9   pieces of your report, but go ahead and look at Section 3 of the

15:33:20 10   ISM code if you need to.  What does Section 3 of the ISM code

15:33:31 11   cover?

15:33:32 12   A.  Well, you can see the title says, "Companies Responsibilities

15:33:35 13   and Authority."  Do you want me to --

15:33:40 14   Q.  No, that's good.  I'm just going to ask you a couple of general

15:33:44 15   questions about it.  And, basically, they're going to involve

15:33:48 16   questions about Mr. Steve Newman who -- do you know who Steve

15:33:52 17   Newman is?

15:33:53 18   A.  Yes, the chief executive of Transocean.

15:33:56 19   Q.  And when was he elevated to the position of CEO, do you

15:34:01 20   remember?

15:34:01 21   A.  Not exactly, sir, no.

15:34:03 22   Q.  Does March -- on or around March 2010 about a month before the

15:34:08 23   *Deepwater Horizon* disaster ring a bell?

15:34:09 24   A.  Yes, it does.

15:34:10 25   Q.  Now, before he was CEO he was COO, correct?

15:34:14  1    A.  Yes, that's correct.

15:34:15  2    Q.  Now, his HSE responsibilities are spelled out in Transocean's

15:34:24  3    safety management system, are they not?

15:34:26  4    A.  They are.

15:34:27  5    Q.  And I am going to quote --

15:34:30  6         THE COURT:  Pull that microphone a little closer to you

15:34:34  7    or pull yourself up, one of the two.  The microphone moves, too.

15:34:39  8    That's fine.

15:34:39  9    BY MR. WILLIAMS:

15:34:41 10    Q.  If we have to, we can put it up, but I want to try and speed

15:34:44 11    through this as best I can.  In your report, you quote from

15:34:51 12    Transocean's safety management system document by saying, "He is

15:34:57 13    ultimately responsible for the health, safety and welfare of all

15:35:01 14    personnel working at company installations facilities and offices."

15:35:05 15    Does that ring a bell?

15:35:06 16    A.  Yes, sir.

15:35:06 17    Q.  And really, that also sums up another section of the ISM code,

15:35:14 18    or involves at least, that has to do with the designated person

15:35:18 19    ashore, does it not?

15:35:19 20    A.  Yes, it does.

15:35:20 21    Q.  And could you explain that relationship, how the CEO of

15:35:27 22    Transocean or any marine company interacts with the designated

15:35:33 23    person?

15:35:33 24    A.  Yes, certainly.  The designated person was a position created

15:35:38 25    specifically within the ISM code by the International Maritime

9456

15:35:43  1   Organization.  When it became apparent, and it always has been

15:35:48  2   apparent in the industry that there has been a gap between the

15:35:52  3   company ending at the shore and their ships, it's traditionally

15:36:03  4   been a problem that the company does its bit and the ships do its

15:36:03  5   bit.

15:36:04  6          And so in the invent of the ISM code, it was decided that

15:36:09  7   they would create a link, a formal link between the two.  And they

15:36:14  8   defined the responsibilities in Section 4 of the code, which if I

15:36:19  9   can refer to Section 4 of the code, because it's quite important to

15:36:22 10   do it, I think, the designated person is to ensure the safe

15:36:27 11   operation of each ship and to provide a link between the company

15:36:32 12   and those onboard.  That's exactly what it was created for.

15:36:38 13   Q.  Okay.  Thank you.  I'm sorry, I cut you off, apparently.  Go

15:36:42 14   ahead and finish.

15:36:43 15   A.  I was just going to say that the link is generally directly --

15:36:46 16   or it's from -- as far as the ship is concerned, it's from the

15:36:49 17   master.  And it quite clearly defines here that the shoreside link

15:36:53 18   is to the highest -- direct access to the highest level of

15:36:58 19   management.  So the link was formally created.  Sorry.

15:37:02 20   Q.  Okay.  Thanks.  You got ahead of me.  That was going to be my

15:37:06 21   question.  So the highest level of management, and that would be

15:37:09 22   Mr. Newman in this case, correct?

15:37:10 23   A.  Correct.

15:37:11 24   Q.  Now, in your report, you opine that it could be construed that

15:37:18 25   Steve Newman, as COO and CEO, did not fully understand his HSE

9457

15:37:24  1    responsibilities or organization, nor considered the ramifications

15:37:28  2    of the policy he was making.

15:37:30  3         Could you tell us -- explain to us briefly the basis for

15:37:36  4    that statement or conclusion.

15:37:38  5    A.  Transocean is a large and complex organization and made a

15:37:46  6    decision that instead of having just one designated person, they

15:37:50  7    would have several designated persons.  This is not unrealistic in

15:37:55  8    companies of this size and complexity, but once you start to split

15:38:00  9    up the position of designated person, then the problem is that you

15:38:05 10    can get a lack of communication.  If you imagine the original

15:38:10 11    intent was to have one straight line, big organizations -- and I've

15:38:15 12    never seen one more complex than Transocean, I have to say --

15:38:19 13    sometimes you get two designated persons.

15:38:21 14         Transocean decided they would have one in each of their

15:38:23 15    areas of operation, which is their decision to do.  But they have

15:38:27 16    to make it effective.  The more people involved, the less -- or the

15:38:32 17    bigger the chance of communication not working as it's required to

15:38:36 18    do by the code.

15:38:38 19         And the basis of my comment was some of the work -- some of

15:38:46 20    the things I read whilst I was researching this case led me to

15:38:51 21    believe that in some cases, there was a disconnect in the

15:38:56 22    Transocean designated person structure.

15:38:59 23    Q.  They had essentially two primary DPs, one at the division level

15:39:05 24    and one at the corporate level, correct?

15:39:07 25    A.  That's correct.

9458

15:39:07  1    Q.  Do you recall when you were reviewing all of the evidence, the
15:39:14  2    reliance materials, the source materials that you've listed in your
15:39:18  3    report, do you recall a comment or a suggestion by Mr. Canducci?
15:39:28  4    Do you remember who he was?
15:39:29  5    A.  Yes.
15:39:29  6    Q.  He was a DP, correct?
15:39:31  7    A.  Yes, he was.
15:39:32  8    Q.  Divisional DP?
15:39:34  9    A.  Correct.
15:39:35 10    Q.  And it's important -- I mean, the whole purpose of the ISM code
15:39:39 11    is continuity of communication to the highest level of management,
15:39:43 12    correct?
15:39:43 13    A.  Correct.
15:39:44 14    Q.  That's the beauty of the system.  That's what makes it work,
15:39:47 15    correct?
15:39:47 16    A.  That's what it's designed for.
15:39:49 17    Q.  Right.  Mr. Canducci stated that, quote, I don't know exactly
15:39:59 18    what they did, closed quote, when he was referring to the corporate
15:40:04 19    DPs.  Is that an issue or is that a violation or nonconformity with
15:40:14 20    the International Safety Management Code?
15:40:16 21    A.  I believe it's a nonconformity.
15:40:18 22    Q.  And why do you believe that?
15:40:23 23    A.  Because it's a requirement of the ISM code that the specified
15:40:28 24    requirements in here shall be demonstrated to work.  You don't just
15:40:32 25    create a framework or create a management system and say, well,

15:40:35   1    I've created it, so it's all right.  You have to demonstrate that

15:40:39   2    it's effective.  And the way you demonstrate it's effective is

15:40:43   3    through audits.

15:40:44   4            When you talk to people about, this is the requirement,

15:40:47   5    how do you carry it out, how do you see your job, that's the skill

15:40:52   6    of an auditor.  When you get somebody with a comment like that, and

15:40:56   7    that's a comment that Canducci made, then it casts a level of

15:41:01   8    doubt -- doesn't cast a level of doubt, it's more than a level of

15:41:06   9    doubt, that, in fact, there is a problem in the communication

15:41:09  10    chain.  And it's one that I, quite honestly, wouldn't have expected

15:41:12  11    to see.

15:41:13  12    Q.  Do you recall whether or not Mr. Canducci or any of the DPs in

15:41:18  13    the Transocean -- in the *Deepwater Horizon*'s chain of command had

15:41:24  14    any specific training with respect to compliance with ISM?

15:41:31  15    A.  I didn't find any evidence.  That doesn't mean to say it

15:41:36  16    doesn't exist, but it wasn't clear to me.  The training for the

15:41:40  17    position of designated person was always in question until 2007,

15:41:45  18    and the International Maritime Organization published a circular, I

15:41:51  19    think it's MSC-MEPC circular 7, I think --

15:41:56  20    Q.  I'll take your word for it.

15:41:58  21    A.  -- which actually states that many companies have put people in

15:42:05  22    the in position of designated person probably because they were on

15:42:08  23    holiday, but they put them in that position and they possibly don't

15:42:13  24    fully understand their responsibilities because it's a legal entity

15:42:16  25    within the code, it's not just a position on the chart, it's a

OFFICIAL TRANSCRIPT

```
15:42:19  1   legal entity.
15:42:20  2           And so they did define a competency level which
15:42:24  3   designated persons should achieve.  They didn't make it mandatory,
15:42:30  4   they recommended to flag administrations, in other words, the
15:42:32  5   entity issuing the document of compliance, that they should
15:42:36  6   encourage companies to take onboard that.
15:42:39  7           I saw no evidence that Transocean had undertaken that in
15:42:44  8   the case of the Deepwater Horizon chain.
15:42:44  9   Q.  Okay.  Thank you, Captain.
15:42:47 10           Carl, could you put up TREX-04912, please.  I am going to
15:42:53 11   shift back just briefly to the issue of Mr. Newman.  It also has
15:43:01 12   some spillover into an area that I am not going to cover again, and
15:43:05 13   that's the confusion of authority.  I think we've got a very good
15:43:08 14   picture of that.
15:43:10 15           But I want to show you -- have you seen this document, the
15:43:16 16   integration memo?
15:43:17 17   A.  Yes, I have.
15:43:18 18   Q.  And could you go to the page in question, Carl.  Rig chain of
15:43:27 19   command.
15:43:31 20           MR. WILLIAMS:  And, your Honor, this is TREX-04912-004.
15:43:36 21   BY MR. WILLIAMS:
15:43:38 22   Q.  Now, Captain Mitchell, you discussed this in your report, did
15:43:42 23   you not?
15:43:43 24   A.  Yes, I did.
15:43:43 25   Q.  Just briefly synopsize for us what issues you have with this
```

9461

15:43:56   1    integration memo which came from Mr. Newman.

15:44:01   2    A.  Well, I don't believe that it meets the requirements of the ISM

15:44:08   3    code Section 5.2.  In fact, if implemented onboard a ship, then I

15:44:18   4    believe that it is a major nonconformance.  However, you have to

15:44:25   5    consider the kind of installation of ship to which this is

15:44:31   6    applying.

15:44:31   7         If you apply this phrase, "the offshore installation

15:44:35   8    manager will remain overall responsible to a nonpropelled MODU,"

15:44:43   9    then that statement is quite correct, because a nonpropelled MODU

15:44:49   10   does not require a master mariner to be in command of that ship.

15:44:55   11        If you apply that phrase to the *Deepwater Horizon*, then

15:45:00   12   it is a major nonconformance, because the overall installation

15:45:05   13   manager cannot be overall responsible for the health, safety and

15:45:08   14   welfare of persons onboard a ship.

15:45:12   15   Q.  Wouldn't you think that the chief operating officer of

15:45:16   16   Transocean would know that, know the difference between moored

15:45:23   17   installations and DP MODUs?

15:45:25   18        MR. BRIAN:  Objection.  No foundation, argumentative.

15:45:27   19        THE COURT:  Overruled.

15:45:29   20        THE WITNESS:  Yes.

15:45:30   21   BY MR. WILLIAMS:

15:45:30   22   Q.  Now, again, let's go back to -- well, strike that.  We've

15:45:39   23   already covered --

15:45:47   24        Is that additional evidence that supports your statement in

15:45:55   25   your expert report that it could be construed that Steve Newman, as

15:46:01  1   COO and CEO, did not fully understand his HSE responsibilities or

15:46:06  2   organization, nor consider the ramifications of the policy he was

15:46:10  3   making?

15:46:11  4   A.  This is part of it.  There were other things as well, yes.

15:46:17  5   Q.  Sure.  And you talked about those in your report, did you not?

15:46:20  6   A.  Yes, I did.

15:46:20  7   Q.  Now, I want to go quickly to TREX-01470.  This is Transocean's

15:46:36  8   proxy statement and annual report for 2010.  Did you review this in

15:46:44  9   aid of writing your report?  I saw where you cited the 2009 --

15:46:50  10  A.  Yes.

15:46:50  11  Q.  -- annual statement, but I didn't see the 2010.

15:46:53  12  A.  No, I didn't see it.

15:46:56  13  Q.  We're still on the same theme here.  And just to make sure

15:46:59  14  we're on the same wave length, I am talking about your opinion that

15:47:04  15  Mr. Newman, as COO, did not fully understand his HSE

15:47:09  16  responsibilities.

15:47:11  17       And I want to go to P-35 on mine.  Next page.  There we go.

15:47:31  18       MR. WILLIAMS:  And, your Honor, this would be 01470-049.

15:47:38  19  BY MR. WILLIAMS:

15:47:38  20  Q.  In the upper paragraph, the last bullet point, Carl.

15:47:45  21       Could you read that for us, please, Captain Mitchell?

15:47:48  22  A.  "Notwithstanding the tragic loss of life in the Gulf of Mexico,

15:47:52  23  we achieved an exemplary statistical safety record as measured by

15:47:57  24  our total recordable incident rate (TRIR) and total potential

15:48:04  25  severity rate (TPSR).  As measured by these standards, we recorded

15:48:10  1   the best year in safety performance in our company's history, which

15:48:14  2   is a reflection on our commitment to achieving an incident-free

15:48:18  3   environment, all the time, every time."

15:48:23  4   Q.  Okay.  I am not going to ask you a question yet.  I am just

15:48:27  5   going to get you read one more thing.  It will be the last

15:48:31  6   paragraph on that page, please.

15:48:38  7        And the committee they're talking about here -- I've read

15:48:41  8   the whole report, so you can take my word for it -- is, I believe,

15:48:44  9   the compensation -- the executive compensation committee.  So would

15:48:48 10   you please read it into the record, please.

15:48:50 11   A.  "The committee determined that the cash performance awards made

15:48:54 12   to the named executive officers for 2010 were appropriate in

15:48:59 13   recognition of the company's achievement of the objectives set at

15:49:04 14   the beginning of 2010 relating to significantly improving the

15:49:08 15   company's safety record and the successful implementation of our

15:49:14 16   enterprise resource planning system."

15:49:17 17   Q.  You can stop right there.

15:49:23 18        Now, does that suggest anything to you regarding -- or does

15:49:35 19   it support your opinion that Mr. Newman, as COO and CEO, did not

15:49:42 20   fully understand his HSE responsibilities or organization nor

15:49:48 21   consider the ramifications of the policy he was making?

15:49:52 22            MR. BRIAN:  I am going to object to that.  It goes beyond

15:49:55 23   the scope of his report.

15:49:56 24            THE COURT:  I'll sustain that objection.

15:50:00 25   BY MR. WILLIAMS:

15:50:45   1   Q.  Now, let's move on briefly to ISM Section 10, which is

15:50:50   2   maintenance of the ship and equipment.

15:50:53   3   A.  Yes.

15:50:53   4   Q.  You said very clearly in your report that you deal with

15:50:57   5   maintenance of the ship from a management systems point of view.

15:51:01   6   Technical aspects of maintenance have been left to others better

15:51:04   7   qualified, right?

15:51:05   8              MR. HAYCRAFT:  Your Honor, I object.  This is what we

15:51:07   9   were discussing at the beginning, which is we've tendered this

15:51:11  10   report with redacted section, which specifically is Section 10 of

15:51:14  11   the ISM code, dealing with maintenance and audits, as further

15:51:19  12   testimony in this area would be redundant, cumulative, and we would

15:51:24  13   cite Evidence Rule 403 in that regard.

15:51:30  14              THE COURT:  Well, I haven't heard it yet, so I don't know

15:51:31  15   if it's redundant or cumulative.  Let's see where it goes.

15:51:35  16              MR. WILLIAMS:  I am going to try real hard not to make it

15:51:38  17   cumulative.  I am going to go back and start with the audits six

15:51:44  18   years ago instead --

15:51:44  19              THE COURT:  Instead of ten.

15:51:46  20              MR. HAYCRAFT:  I renew my objection, your Honor.

15:51:49  21              THE COURT:  I'm on the verge of sustaining it.  You might

15:51:52  22   want to reconsider.

15:51:53  23              MR. WILLIAMS:  Thanks for giving me a chance, Judge.

15:51:56  24              THE COURT:  Okay.

15:51:57  25   BY MR. WILLIAMS:

15:52:00  1   Q.  One of the opinions you expressed in your report under that

15:52:04  2   heading -- well, first of all, Captain Mitchell, did you come to

15:52:08  3   the conclusion that Transocean was in violation of ISM Section 10

15:52:12  4   on or about April 20th, 2010?

15:52:16  5   A.  It depends what you call a violation, sir.  The word

15:52:20  6   "violation" isn't in the ISM code.  If you determine violation as

15:52:25  7   to be an outstanding major nonconformity, and that's what you have

15:52:29  8   to have to be not in compliance with this, then the answer is no.

15:52:34  9   Q.  Okay.  Well, thanks for correcting me.  I screw that up all the

15:52:37 10   time.  If I say "violation," I mean nonconformity, but I'll -- I'm

15:52:43 11   talking nonconformity, major or not.

15:52:47 12   A.  There is a big difference between them.  You can't lump the two

15:52:50 13   together.

15:52:53 14   Q.  Nonconformity and a major.

15:52:55 15   A.  Totally different.

15:52:56 16   Q.  I understand, and we're going to get to that in a just a

15:52:59 17   minute.

15:52:59 18   A.  Okay.

15:52:59 19   Q.  So my question was:  On or about April 20th, 2010, was

15:53:10 20   Transocean and/or the Transocean *Deepwater Horizon*, did either of

15:53:17 21   those entities have any nonconformities under ISM Section 10?

15:53:24 22   A.  I believe that was -- there was a possibility of

15:53:27 23   nonconformities, from what I had seen.  Although I qualify my

15:53:30 24   answer by saying I didn't look it at in detail.  I looked at it

15:53:34 25   purely from a management system point of view.

9466

15:53:39  1    Q.  Okay.

15:53:41  2              MR. BRIAN:  I am going to move to strike that.

15:53:43  3    Possibility is not an opinion.  He is an expert.  It goes beyond

15:53:46  4    the scope, and there's no foundation to talk about possibilities.

15:53:50  5              MR. WILLIAMS:  I am going to provide a little foundation

15:53:52  6    right now.

15:53:52  7              THE COURT:  Sounds like there is a good reason why that

15:53:55  8    part of his report was withdrawn.  I'll give you a chance to see

15:54:00  9    where you go, but ...

15:54:04 10    BY MR. WILLIAMS:

15:54:05 11    Q.  Okay.  In 2007, you state in your report at paragraph 194 that

15:54:11 12    DNV raised an observation on the Transocean *Deepwater Horizon* to

15:54:16 13    record the fact that maintenance of equipment deemed to be safety

15:54:20 14    critical was overdue by up to six months.  You go on to say that

15:54:25 15    there is overwhelming evidence from external audits that there were

15:54:30 16    problems with the systems and its implementation ranging from

15:54:33 17    migration problems from impact to RMS-II, work orders being closed

15:54:40 18    out when they were not, maintenance history files incomplete, and

15:54:45 19    procedures for maintaining safety-critical software was not being

15:54:50 20    implemented.

15:54:51 21              In addition, it was identified that 390 jobs and more than

15:54:56 22    3,500 hours of maintenance were overdue.  Did I read that

15:55:00 23    correctly, sir?

15:55:01 24    A.  Yes, you did.

15:55:01 25    Q.  Now, let's talk -- and with respect to the ISM code, that's a

9467

15:55:09  1   problem, is it not?

15:55:10  2   A.  It's a finding, yes, absolutely.

15:55:13  3   Q.  If maintenance issues -- similar or identical maintenance

15:55:17  4   issues crop up after audit after audit after audit over a period of

15:55:22  5   years, that is nonconformity under the ISM code, is it not?

15:55:29  6           MR. BRIAN:  Objection.  No foundation, goes beyond his

15:55:31  7   expert report.

15:55:32  8           MR. WILLIAMS:  Your Honor, we spent eight hours --

15:55:34  9           THE COURT:  Overruled.

15:55:37  10          THE WITNESS:  It's a nonconformity, that's correct.

15:55:39  11  BY MR. WILLIAMS:

15:55:40  12  Q.  Thank you.  ISM Section 11, Documentation.  And the requirement

15:55:55  13  under ISM Section 11 is to establish and maintain procedures to

15:56:00  14  control all documents and data relevant to the SMS, correct?

15:56:06  15  A.  Yes, sir.

15:56:07  16  Q.  And included in that is a requirement that the documents not

15:56:13  17  continue a repetition or conflicting information, correct?

15:56:16  18  A.  That's correct.

15:56:17  19  Q.  Would that also apply to maintenance records, RMS, Impact, that

15:56:23  20  type of thing?

15:56:24  21  A.  Generally, but an auditor would take into consideration the

15:56:33  22  fact that the company was in the process of integrating systems.

15:56:37  23  Management systems allow for nonconformities, they allow for

15:56:43  24  change.  So an auditor would be sensible.  If the company explained

15:56:47  25  to him that they were changing from one system to another and they

9468

15:56:50  1   had ongoing problems, then he would probably raise that as an

15:56:54  2   observation to be addressed at the next audit, saying, have you

15:56:59  3   sorted it out yet.

15:57:00  4   Q.  Well, the merger between GlobalSantaFe and Transocean took

15:57:04  5   place in 2007, did it not?

15:57:07  6   A.  Yes, sir, if you tell me that.

15:57:09  7   Q.  I mean, that was the date that Mr. Newman sent out the

15:57:12  8   integration memo --

15:57:13  9   A.  Correct.

15:57:14  10  Q.  -- correct?  Do you think it's unreasonable that after almost

15:57:20  11  three years, they're still struggling on the *Deepwater Horizon* to

15:57:25  12  figure out what maintenance issues are open and what maintenance

15:57:30  13  issues are closed?

15:57:31  14  A.  Well, I wasn't the auditor at the time, of course.  It would

15:57:37  15  certainly be something which should be raised by an auditor and

15:57:42  16  questioned.  It depends on the size of the records.  If they have

15:57:46  17  5,000 records and they have a problem with ten of them, then it's

15:57:50  18  not a problem.  If they have 5,000 records and they have two and a

15:57:54  19  half thousand duplications, for example, then you would want to

15:57:58  20  know why.

15:57:59  21          This is the problem with auditing.  It's not a

15:58:02  22  black-and-white art.  You can't say yes, it is; no, it isn't.  In

15:58:07  23  many cases, there are an improvement process.

15:58:19  24  Q.  Now, under the ISM code, Transocean is obligated to conduct its

15:58:24  25  own audits, is it not?

```
15:58:26  1   A.  Yes, it is.

15:58:27  2   Q.  And how often are they supposed to do that?

15:58:30  3   A.  Every 12 months.

15:58:31  4   Q.  And did you review Transocean's self-audits?

15:58:37  5   A.  Yes, I did.

15:58:38  6   Q.  Did you find them lacking in any way?

15:58:40  7   A.  I thought they could have been improved.

15:58:45  8   Q.  In what way?

15:58:46  9   A.  They are conducted very much on a tick box principle.  Tick box

15:58:57 10   principles are known to generate a result in some cases where boxes

15:59:03 11   are ticked which shouldn't be ticked and also they are very

15:59:08 12   selective to the auditor.  Auditors tend to look at what they have

15:59:12 13   a box to tick for, but they don't look elsewhere.  So the principle

15:59:16 14   of tick box auditing is not the best.

15:59:26 15   Q.  Now, when you reviewed -- did you review all of the audits that

15:59:33 16   was -- that were done on the Deepwater Horizon during the

15:59:35 17   history -- during its life?

15:59:37 18   A.  I reviewed all of the ISM external audits, not all of the

15:59:42 19   internal audits, no.

15:59:43 20   Q.  Did you review any audits that were done by BP's marine audit

15:59:47 21   function?

15:59:50 22   A.  In an overview fashion, yes.

15:59:51 23   Q.  But not in detail?

15:59:53 24   A.  Not for the technical aspects, no, I excluded them.

15:59:57 25   Q.  But BP did audit this rig on a fairly regular basis, did it
```

16:00:03  1   not?

16:00:03  2   A.  Yes, they did.

16:00:04  3   Q.  And, of course, there's a certain element of trust there when

16:00:11  4   BP, the operator, goes to the rig and finds deficiencies, and

16:00:20  5   Transocean says we're going to fix those within two weeks, 30 days,

16:00:24  6   whenever; BP has to trust that they will close out those open

16:00:30  7   maintenance items, correct?

16:00:31  8   A.  It's Transocean's ultimate responsibility to do so, yes.

16:00:35  9   Q.  Now I am going to circle back real quick and then we'll be

16:00:42 10   done.  Would you put up Mr. Bourgoyne's expert report or trial

16:00:49 11   testimony.

16:00:59 12       Captain Mitchell, Mr. Ted Bourgoyne gave testimony in

16:01:03 13   this case, I don't think you were in the courtroom.  Mr. Bourgoyne

16:01:06 14   was one of BP's experts.  He was a drilling expert, not a marine

16:01:10 15   expert, but he said something that I thought was interesting.

16:01:13 16       Could you go to the -- it's his report, just go to the

16:01:23 17   spot in his report.  Highlight it, please.  It's the second to last

16:01:43 18   sentence, and I am going to read it for you --

16:01:45 19       THE COURT:  Wait, do you want to give us the exhibit

16:01:48 20   number?

16:01:49 21       MR. WILLIAMS:  TREX-08173-068.

16:01:54 22       THE COURT:  Thank you.

16:01:55 23   BY MR. WILLIAMS:

16:01:56 24   Q.  Captain Mitchell, what professor -- or Dr. Bourgoyne said with

16:02:03 25   respect to the drilling activity is that "training intensity for

9471

16:02:08  1   dangerous but very rare events is always hard to maintain.  When an

16:02:15  2   event does happen, the response has to be automatic.  There might

16:02:20  3   not be time to think about it."  You agree with that, don't you?

16:02:24  4   A.  I do.

16:02:24  5   Q.  And it applies equally in the maritime environment, doesn't it?

16:02:27  6   A.  Yes, it does.

16:02:28  7   Q.  Now, a lot of years ago when I still fit in a uniform, I was a

16:02:36  8   young officer in the Navy, stood a bridge watch and got screamed at

16:02:41  9   regularly by the commanding officer of the ship.  But there was a

16:02:46 10   saying at sea when you're out there all alone that a fire at sea is

16:02:51 11   the worst emergency you can encounter as a Naval officer or a

16:02:57 12   sailer.  Would you agree with that?

16:02:59 13   A.  Yes.

16:03:10 14   Q.  Would you agree that, as Dr. Bourgoyne said, the training for

16:03:15 15   these low-frequency, very high-impact emergencies is vitally

16:03:20 16   important?

16:03:20 17   A.  Yes, I would.

16:03:21 18   Q.  And Mr. Haycraft asked you a question about time.  I mean, the

16:03:29 19   master of a vessel, when he is faced with an emergency that has the

16:03:37 20   obvious potential to take human life, to injure people, possibly

16:03:44 21   destroy the vessel, he doesn't have time to convene a quorum of his

16:03:50 22   colleagues to talk about it and figure out what to do, does he?

16:03:54 23   A.  It depends on the circumstances, but it's not essential, no.

16:03:58 24   He has the ultimate authority, the overriding authority through

16:04:01 25   several maritime international regulations to take what action when

16:04:05  1    he wants without recourse to others.

16:04:07  2    Q.  Well, let's -- I'll restrict my questions to the *Deepwater*

16:04:11  3    *Horizon*.  You've already walked us through the whole scenario.  And

16:04:16  4    you said that every minute counts essentially.

16:04:19  5    A.  Absolutely.

16:04:19  6    Q.  And what I was taught, really, to put a finite point on it,

16:04:24  7    that in this type of an emergency, the emergency that these crew

16:04:28  8    members were facing that day when the mud first arrived at the

16:04:34  9    rotary table on that rig, isn't it true that every second wasted by

16:04:39  10   the captain of this vessel not reacting to this serious emergency

16:04:44  11   made that emergency more difficult to manage by the second?

16:04:47  12   A.  Correct.  Yes, I agree.

16:04:49  13   Q.  And wouldn't you agree that every second wasted not reacting to

16:04:55  14   this serious emergency decreased the response options available for

16:05:01  15   dealing with that emergency, isn't that true?

16:05:04  16   A.  Yes.

16:05:04  17   Q.  In your opinion, Captain Mitchell, was Captain Kuchta fit to be

16:05:14  18   master of the *Deepwater Horizon*, based on everything you've told

16:05:21  19   us?

16:05:22  20   A.  No.

16:05:24  21           MR. WILLIAMS:  Thank you, those are all of the questions

16:05:26  22   I have.

16:05:27  23           THE COURT:  United States.

16:05:29  24           MR. UNDERHILL:  No question, your Honor.

16:05:31  25           THE COURT:  Alabama.

9473

16:05:39   1              MR. SINCLAIR:  Yes, your Honor.

16:05:45   2                        CROSS-EXAMINATION

16:05:45   3   BY MR. SINCLAIR:

16:06:43   4   Q.  Winfield Sinclair for Alabama on cross-examination.

16:06:48   5         I will be brief.  Captain Mitchell, you're a Class I

16:06:55   6   master mariner; is that correct?

16:06:57   7   A.  That is correct.

16:06:58   8   Q.  And as such, you are qualified to command a vessel of any

16:07:03   9   tonnage on any ocean, is that correct?

16:07:05  10   A.  I was when my certificate was still current, yes.

16:07:08  11   Q.  And when did your certificate cease to be current?

16:07:12  12   A.  I haven't renewed it because I haven't had to renew it since

16:07:16  13   the middle '90s.

16:07:18  14   Q.  As I understand it, you have never actually commanded a MODU,

16:07:27  15   is that correct?

16:07:28  16   A.  That is correct.

16:07:28  17   Q.  And you also never commanded a self-positioning or

16:07:34  18   dynamic-positioned MODU, correct?

16:07:36  19   A.  That is correct.

16:07:36  20   Q.  If you were applying to be captain of a MODU, and by that I

16:07:51  21   mean a self-propelled, dynamic-positioned MODU --

16:07:54  22   A.  Yes.

16:07:54  23   Q.  -- would you expect the company that hired you to check your

16:07:59  24   licensure?

16:08:00  25   A.  Yes.

9474

16:08:00  1   Q.  Would you expect them to make sure that you were, on paper,

16:08:04  2   fully qualified to command the vessel that you were seeking

16:08:08  3   employment to do?

16:08:09  4   A.  Yes.

16:08:09  5   Q.  And would you also expect the company to check your training

16:08:16  6   for emergencies and things of that nature, whatever certificates

16:08:20  7   are necessary to hold that position?

16:08:22  8   A.  Yes.  It's a statutory requirement.

16:08:26  9        MR. HAYCRAFT:  Your Honor, just for a moment, I need to

16:08:28  10  object because Mr. Sinclair is using the word "company", and I am

16:08:32  11  not sure what company he is referring to.  So I object to the form

16:08:36  12  of his prior question.

16:08:39  13        THE COURT:  I assume you're talking about the vessel

16:08:41  14  owner?

16:08:42  15        MR. SINCLAIR:  I am talking about the vessel owner of the

16:08:44  16  company that's hiring him, correct.

16:08:45  17        MR. HAYCRAFT:  With that clarification, I withdraw my

16:08:48  18  objection.

16:08:48  19        THE COURT:  All right.  Thank you.

16:08:48  20  BY MR. SINCLAIR:

16:09:03  21  Q.  And you expect the hiring company to also check through your

16:09:03  22  experience on vessels to get an idea of what sorts of extra

16:09:03  23  training you might need for a particular vessel, correct?

16:09:06  24  A.  Correct.

16:09:07  25  Q.  And frankly, it would be fairly reckless, it would be pretty

16:09:11 1  reckless of a company not to do that, wouldn't it?

16:09:13 2  A.  It would be a noncompliance with the ISM code, yes.

16:09:27 3         MR. SINCLAIR:  Can you pull up TREX-40011.31.

16:09:27 4  BY MR. SINCLAIR:

16:09:34 5  Q.  This is from Annex A of your report.  Do you recognize this?

16:09:51 6  A.  I do, sir.

16:09:52 7  Q.  Now, you had occasion on Annex A to talk about the historical

16:09:58 8  development of safety at sea requirements; is that a fair

16:10:03 9  statement?

16:10:03 10  A.  Yes, I was setting the scene.

16:10:06 11  Q.  Now, regarding the 1987 disaster involving the MS *Herald of*

16:10:14 12  *Free Enterprise*, have you had occasion to study that particular

16:10:19 13  incident?

16:10:19 14  A.  Yes, I am fairly familiar with it.

16:10:22 15  Q.  And that's the incident in which a ferry boat crossing the

16:10:26 16  English Channel left port with its bow doors open, achieved free

16:10:31 17  surface effect, which is to say the water poured in, destroyed the

16:10:35 18  stability and it capsized; is that a fair statement?

16:10:39 19  A.  That was the end result, yes.

16:10:41 20  Q.  And is it fair to say in investigating the tragedy that blame

16:10:51 21  cannot be placed solely on the assistant boatswain who was asleep

16:10:57 22  in his cabin when he should have been closing the bow doors?

16:11:00 23  A.  That is correct.

16:11:01 24  Q.  That would be sort of like blaming the *Titanic* on the lookout

16:11:05 25  who didn't spot the iceberg on time, right?

9476

16:11:08  1    A.  Absolutely.

16:11:08  2    Q.  Now, if you would, please, would you please on Paragraph 50

16:11:21  3    read -- well, join with me as I read:  "Following large unexplained

16:11:30  4    ship losses in the 1980s, and particularly the capsize of the

16:11:33  5    *Herald of Free Enterprise* in March 1987, it became clear that a

16:11:38  6    technically sound ship was not necessarily a safe ship."  Now, when

16:11:45  7    the *Titanic* sank, that was the genesis for the International

16:11:50  8    Maritime Organization, correct?

16:11:52  9         MR. HAYCRAFT:  Your Honor, at this point in the trial, I

16:11:55  10   think going into this history is cumulative.

16:11:58  11        THE COURT:  I'll sustain the objection.

16:12:00  12        MR. SINCLAIR:  Your Honor, it will be brief.

16:12:02  13        THE COURT:  Well, that's not the issue.  It doesn't

16:12:07  14   matter how brief it is, it's irrelevant.  We're not going to go

16:12:11  15   there, okay.

16:12:13  16        MR. SINCLAIR:  Well, your Honor, I was going to connect

16:12:15  17   it up.

16:12:15  18   BY MR. SINCLAIR:

16:12:18  19   Q.  Anyway, regarding the *Herald of Free Enterprise*, "Lord Justice

16:12:24  20   Sheen commented, a full investigation into the circumstances of

16:12:27  21   disaster lead inexorably to the conclusion that underlying cardinal

16:12:31  22   faults lay higher up in the company.  He found staggering --"

16:12:37  23        THE COURT:  Wait, wait, wait.  I thought that's what I

16:12:39  24   just said that you can't go there.

16:12:39  25   BY MR. SINCLAIR:

9477

| | |
|---|---|
| 16:12:55 | 1 |
| 16:13:00 | 2 |
| 16:13:04 | 3 |
| 16:13:07 | 4 |
| 16:13:08 | 5 |
| 16:13:09 | 6 |
| 16:13:13 | 7 |
| 16:13:16 | 8 |
| 16:13:22 | 9 |
| 16:13:26 | 10 |
| 16:13:30 | 11 |
| 16:13:37 | 12 |
| 16:13:40 | 13 |
| 16:13:42 | 14 |
| 16:13:42 | 15 |
| 16:13:46 | 16 |
| 16:13:49 | 17 |
| 16:13:53 | 18 |
| 16:13:53 | 19 |
| 16:13:55 | 20 |
| 16:13:58 | 21 |
| 16:14:00 | 22 |
| 16:14:03 | 23 |
| 16:14:12 | 24 |
| 16:14:26 | 25 |

1   Q.  Now, Captain Mitchell, you concluded after fully investigating
2   the conduct of the Transocean leadership on the rig *Deepwater*
3   *Horizon* that Captain Kuchta was not fit on paper for the position
4   he held, correct?
5   A.  Correct.
6   Q.  You also concluded that he was not qualified in reality for the
7   position when an emergency arose; is that correct?
8   A.  He was not -- and I'll use the word from the ISM code.  Let me
9   use the words from here:  "Properly qualified for command" is the
10  word that I used.  Section 6.1.1 of the code.
11  Q.  And Transocean management knew this, didn't they?
12          MR. BRIAN:  Objection, no foundation.
13          THE COURT:  Do you have any basis to answer that?
14          THE WITNESS:  No, I don't.
15  BY MR. SINCLAIR:
16  Q.  But you did testify that Transocean should have checked both
17  his paperwork and his qualifications prior to putting him in that
18  position, correct?
19          MR. BRIAN:  Objection, asked and answered, cumulative.
20          THE COURT:  I'll sustain the objection.
21          MR. SINCLAIR:  That's all I have, your Honor.
22          THE COURT:  All right.  Louisiana.
23          MR. KANNER:  Thank you, no questions, your Honor.
24          THE COURT:  All right.  Transocean.
25          MR. BRIAN:  May I approach and put a time line I'm going

9478

16:14:29  1    to use a little bit later.

16:14:48  2                    CROSS-EXAMINATION

16:15:10  3    BY MR. BRIAN:

16:15:11  4    Q.  Good afternoon, Mr. Mitchell.  My name is Brad Brian.  I

16:15:13  5    represent Transocean, and I have you on cross-examination.

16:15:16  6    A.  Good afternoon, sir.

16:15:17  7    Q.  Let me start very briefly with the maintenance issue that

16:15:22  8    Mr. Williams asked you about.  It is a fact, is it not, that you

16:15:27  9    did not analyze the maintenance issues on the *Deepwater Horizon* in

16:15:32 10    connection with your report?  That is a fact, isn't it, sir?

16:15:35 11    A.  That is a fact.

16:15:36 12    Q.  Were you here when Mr. Guide testified earlier this week?

16:15:40 13    A.  No, I was not.

16:15:41 14    Q.  Have you had an opportunity to read his testimony?

16:15:43 15    A.  No, I have not.

16:15:45 16    Q.  Are you aware that Mr. Guide testified that he was responsible

16:15:50 17    for the close out of any BP audit recommendations that came out of

16:15:55 18    the September 2009 audit?  Are you aware of that?

16:15:58 19    A.  No.  I've seen nothing written down to that effect.

16:16:03 20    Q.  So I presumably -- again, you're not aware that Mr. Guide

16:16:07 21    testified earlier this week that he would not close out an audit

16:16:11 22    item unless he was personally satisfied that that audit item had

16:16:16 23    been taken care of or was being taken care of; you're not aware of

16:16:19 24    that one way or the other, are you, sir?

16:16:21 25    A.  No, I am not.

16:16:22  1   Q.  You never served as an OIM on a dynamically positioned MODU,

16:16:28  2   have you, sir?

16:16:28  3   A.  Correct.

16:16:28  4   Q.  And in your entire career, you've audited exactly one

16:16:33  5   dynamically positioned MODU, have you not?

16:16:35  6   A.  Dynamically positioned, that's correct, yes.

16:16:38  7   Q.  You don't consider yourself to be an expert in well control, do

16:16:42  8   you, sir?

16:16:42  9   A.  Not an expert, no.

16:16:44  10  Q.  And you've not offered any expert opinions in your report or in

16:16:48  11  your testimony on well control issues, have you?

16:16:51  12  A.  No, I have not.

16:16:52  13  Q.  You do not understand the technicalities of what occurs when

16:16:56  14  the EDS is activated on a MODU, do you, sir?

16:16:59  15  A.  Only from a maritime point of view.

16:17:01  16  Q.  So the answer to my question is you don't understand that, do

16:17:04  17  you, sir?

16:17:04  18  A.  I understand what the captain needs to know.

16:17:06  19  Q.  But you don't understand from a well control perspective what

16:17:10  20  happens, do you, sir?

16:17:11  21  A.   I don't understand the technicalities of what may happen with

16:17:21  22  the various actions of the rams, no; but I know that if I press a

16:17:25  23  button, I know what will happen.

16:17:29  24       MR. BRIAN:  Your Honor, I have -- unfortunately, we can

16:17:31  25  reconcile this at the marshalling conference.  We have marked his

16:17:35  1  expert report as TREX-7594.  We can reconcile that later, but

16:17:40  2  that's the one I have electronically.  So I want to put up

16:17:43  3  TREX-7594.1, please.

16:17:43  4  BY MR. BRIAN:

16:17:47  5  Q.  This is the first page of your expert report in this case, is

16:17:50  6  it not?

16:17:51  7  A.  It is.

16:17:52  8          MR. BRIAN:  Now, I want to put up TREX-7594.7.1.TO.

16:17:52  9  BY MR. BRIAN:

16:17:59 10  Q.  That's page 7, sir.  And it's paragraph 3 of your report.  Do

16:18:04 11  you see that?

16:18:04 12  A.  Yes.

16:18:04 13  Q.  Now, despite the length of your report, you had a section

16:18:10 14  beginning -- sort of an executive summary, didn't you, sir?

16:18:13 15  A.  I did.

16:18:13 16  Q.  To try to summarize the core part of your conclusions, so make

16:18:18 17  it easier on all of us, right?

16:18:20 18  A.  Yes.

16:18:20 19  Q.  And paragraph 3 is part of that, isn't it?

16:18:23 20  A.  Yes.

16:18:23 21  Q.  And you state there as part of your core opinion that, "the

16:18:28 22  master of the *Deepwater Horizon* was incapable by virtue of the

16:18:33 23  Transocean command structure and inadequate training to make the

16:18:36 24  right decisions at critical times."  Have I read that correctly?

16:18:40 25  A.  You have.

9481

16:18:41  1    Q.  And then you state:  "As a consequence of these major

16:18:44  2    nonconformities with the ISM code, the emergency disconnect system

16:18:48  3    (EDS) was not operated in a timely manner."  Do you see that?

16:18:52  4    A.  I do.

16:18:52  5    Q.  And those two sentences, I don't mean to discount other things

16:18:56  6    you say in your report, but those two sentences are really the core

16:19:00  7    of your opinion, are they not?

16:19:01  8    A.  That are of an essence, correct.

16:19:03  9    Q.  So I'm going to go through both subparts, the dual command and

16:19:08 10    the training and what you say about the consequence during the

16:19:11 11    examination.

16:19:12 12    A.  Okay.

16:19:12 13    Q.  Let me start with the ISM code.

16:19:14 14    A.  Yes.

16:19:15 15    Q.  The DNV conducted the ISM audits of the *Deepwater Horizon*, did

16:19:25 16    it not?

16:19:25 17    A.  They did.

16:19:26 18    Q.  And DNV is a member of the IACS, correct?

16:19:31 19    A.  Correct.

16:19:32 20    Q.  That's the International Association of Classification

16:19:35 21    Societies, right?

16:19:36 22    A.  Correct.

16:19:36 23    Q.  And that's comprised of the leading 13 classification societies

16:19:41 24    and has very strict criteria for membership, does it not?

16:19:44 25    A.  Correct.

9482

16:19:45  1   Q.  Including the ability to survey ships under construction in

16:19:49  2   accordance with its rules and statutory IMO and flag state

16:19:53  3   requirements, right?

16:19:54  4   A.  Correct.

16:19:54  5   Q.  And these criteria also require that the societies, "have

16:19:58  6   independents from ship owner, ship building and other commercial

16:20:02  7   interests, which would undermine the societies impartiality."

16:20:06  8   Correct?

16:20:06  9   A.  That is correct.

16:20:06 10   Q.  Would you agree with me that DNV is highly respected in the

16:20:12 11   industry?

16:20:12 12   A.  I would.

16:20:13 13   Q.  And, in fact, you put up a chart, which was TREX-3163, that had

16:20:18 14   the DNV logo on it for some of the audit guidance procedures,

16:20:22 15   correct?

16:20:22 16   A.  Correct.

16:20:23 17   Q.  Now, you don't doubt, do you, that BP still uses ships around

16:20:29 18   the world that are inspected by DNV today; you don't doubt that, do

16:20:33 19   you, sir?

16:20:34 20   A.  No.

16:20:34 21        MR. BRIAN:  Let's pull up TREX-20044.1.

16:20:34 22   BY MR. BRIAN:

16:20:41 23   Q.  This is a document of compliance issued by DNV for the

16:20:46 24   *Deepwater Horizon*, is it not?

16:20:47 25   A.  Yes, it is.

9483

16:20:52  1            MR. BRIAN:  Let's put up TREX-20044.1.1.TO.

16:20:52  2    BY MR. BRIAN:

16:21:01  3    Q.  Can you see where it states, "This is to certify that the

16:21:04  4    safety management system of the Company has been audited and that

16:21:08  5    it complies with the requirements of the International Management

16:21:11  6    Code for the Safe Operation of Ships and for Pollution Prevention

16:21:17  7    (ISM code), for the types of ships listed below."  Did I read that

16:21:23  8    correctly?

16:21:23  9    A.  You did, sir.

16:21:24  10   Q.  And did you understand that this certificate was valid until

16:21:32  11   January 25, 2012?

16:21:35  12   A.  Yes.

16:21:36  13            MR. BRIAN:  Let's pull TREX-953.2.1.TO.

16:21:36  14   BY MR. BRIAN:

16:21:47  15   Q.  It's a fact, is it not, that DNV concluded each year that

16:21:51  16   Transocean's safety management system complied with the ISM code in

16:21:56  17   2008, 2009, and 2010; that's a fact, is it not, sir?

16:22:01  18   A.  That's correct.

16:22:02  19   Q.  Those were audits of Transocean as the company, correct?

16:22:07  20   A.  That is correct.

16:22:08  21   Q.  They also audited the *Deepwater Horizon* specifically, did they

16:22:12  22   not?

16:22:13  23   A.  Yes, they did.

16:22:14  24            MR. BRIAN:  Let's put up TREX-1776.1.  And specifically,

16:22:21  25   1776.1.1.TO.

9484

16:22:21  1   BY MR. BRIAN:

16:22:26  2   Q.  This is the safety management certificate that was in effect

16:22:29  3   for the *Deepwater Horizon* as of April 20th, 2010; isn't that

16:22:34  4   correct?

16:22:34  5   A.  Yes, it is.

16:22:39  6   Q.  And it certified that the safety management system from that

16:22:42  7   rig, the *Deepwater Horizon*, complied with the ISM code, didn't it?

16:22:47  8   A.  Yes, it did.

16:22:48  9   Q.  You were also aware, are you not, that the Coast Guard audited

16:22:52 10   the *Deepwater Horizon*?  You're aware of that fact as well, aren't

16:22:55 11   you, sir?

16:22:56 12   A.  No, they did not.

16:22:58 13   Q.  Pardon?

16:22:58 14   A.  They didn't.

16:22:59 15        MR. BRIAN:  Let's put up TREX-5571.1.

16:22:59 16   BY MR. BRIAN:

16:23:08 17   Q.  What is this document, sir?

16:23:09 18   A.  That's a certificate of compliance.

16:23:11 19   Q.  Issued by whom?

16:23:12 20   A.  Coast Guard.

16:23:13 21        MR. BRIAN:  Let's put up TREX-5571.4.1.TO.

16:23:13 22   BY MR. BRIAN:

16:23:20 23   Q.  This certificate issued by the Coast Guard reads in part, and I

16:23:24 24   quote:  "Investigation complete.  No deficiencies issued, cleared,

16:23:29 25   or remain outstanding.  Issued COC to expire 27 July 2011."  Did I

16:23:38  1    read that correctly?

16:23:38  2    A.  Yes, you did.

16:23:39  3    Q.  And this certificate issued from the Coast Guard for the

16:23:42  4    *Deepwater Horizon* was valid until that date in 2011, wasn't it,

16:23:47  5    sir?

16:23:47  6    A.  Yes, but you've confused your terms.  You confused "audit" with

16:23:51  7    "inspection" with "examination."  They're entirely different

16:23:55  8    animals, sir.  One is blue, one is green, one is black.

16:23:59  9    Q.  I appreciate the clarification.  Whatever they did - examined,

16:24:02 10    inspected - they issued this certificate for the *Deepwater Horizon*

16:24:05 11    valid through 2011, did they not, sir?

16:24:08 12    A.  They issued that certificate, but you should qualify it by,

16:24:11 13    again, sir, what it was issued.

16:24:13 14    Q.  Did they issue this certificate, yes or no?

16:24:15 15    A.  Yes.

16:24:16 16    Q.  Thank you.  Now, you were here when Mr. O'Bryan testified, were

16:24:21 17    you not?

16:24:21 18    A.  Yes.

16:24:21 19    Q.  And you heard him testify that he went out to visit the rig on

16:24:26 20    April 20th because he regarded that rig, based on the input he

16:24:31 21    received from others in the company, as the best rig from a safety

16:24:36 22    and performance perspective in all of BP's fleet.  You heard that,

16:24:40 23    right?

16:24:40 24    A.  Yes, I did.

16:24:41 25    Q.  You are aware that in addition to DNV and the process the Coast

16:24:49 1    Guard did, BP auditors also verified the *Deepwater Horizon*'s

16:24:54 2    compliance with the ISM code; you're aware that, are you not?

16:24:57 3    A.  They verified compliance through inspecting the safety

16:25:05 4    management certificates and the copy of the DOC.

16:25:09 5    Q.  And you are aware, are you not --

16:25:11 6            MR. BRIAN:  Let's put up TREX-44046.1.

16:25:11 7    BY MR. BRIAN:

16:25:17 8    Q.  Have you read this document, BP CMID annex to their audit from

16:25:22 9    September 2009?  Have you read that document?

16:25:24 10   A.  I have.

16:25:24 11           MR. BRIAN:  Let's put up TREX-44046.3.1.TO.

16:25:24 12   BY MR. BRIAN:

16:25:32 13   Q.  It states, does it not, under audit process:  "The audit is to

16:25:37 14   ensure that marine related operations are being conducted in

16:25:41 15   accordance with national and international regulations and

16:25:44 16   established industry guidelines."  Did I read that correctly?

16:25:48 17   A.  You read it correctly.

16:25:49 18   Q.  Would you agree with me that the ISM code is both a national

16:25:53 19   and an international regulation?

16:25:58 20   A.  Yes, I would agree on that isolated statement, yes.

16:26:01 21   Q.  And you would agree, would you not, that BP and other operators

16:26:07 22   like BP want their ships to comply with the law, don't they?

16:26:11 23   A.  Of course.

16:26:13 24           MR. BRIAN:  Let's put up TREX-44046.4.1.TO.

16:26:13 25   BY MR. BRIAN:

16:26:24  1    Q.  Are you aware that BP's audit was conducted by, among others,

16:26:31  2    BP's marine auditors?

16:26:35  3    A.  I don't know who conducted the audits to be quite honest, no.

16:26:38  4    Q.  Do you see where it states "Marine Auditor Qualifications," do

16:26:42  5    you see that?

16:26:42  6    A.  I understand that it says that, yes.

16:26:44  7    Q.  And it states that, "self propelled MODU requires two marine

16:26:48  8    auditors."  Did I read that correctly?

16:26:50  9    A.  You did.  It's very sensible.

16:26:52 10    Q.  A master mariner STCW95 and a chief engineer STCW95.  Did I

16:27:00 11    read that correctly?

16:27:01 12    A.  Yes, you did.

16:27:02 13    Q.  A master mariner is a licensed position, isn't it, sir?

16:27:05 14    A.  Yes, it is through the regulation of the STCW95 as amended,

16:27:05 15    that's correct.

16:27:09 16    Q.  And a master mariner designates someone who is qualified to be

16:27:14 17    in charge of a vessel, doesn't it, sir?

16:27:16 18    A.  Yes, it does.

16:27:17 19    Q.  As you sit here today, do you have any reason to believe that

16:27:22 20    BP did not have these two marine auditors as part of the audit that

16:27:27 21    was conducted as reflected in this CMID annex?

16:27:32 22    A.  No.

16:27:33 23    Q.  BP also required, did they not, that the marine auditors as

16:27:36 24    part of their audit have a minimum of five years of seagoing

16:27:41 25    experience and five years of MODU operations; isn't that right?

16:27:45  1    A.  That is what it says.  Whether they complied with their own

16:27:49  2    standard or not, I don't know.

16:27:50  3    Q.  So you haven't looked at whether BP complied with its own audit

16:27:54  4    standards, have you, sir?

16:27:56  5    A.  I don't -- I previously said I don't know who carried out the

16:27:59  6    audits.  I don't know personally, therefore, I can't give you an

16:28:03  7    affirmative answer.

16:28:04  8    Q.  You don't have any reason to doubt it, do you?

16:28:06  9    A.  No, I don't.

16:28:07 10    Q.  Okay.  And it also states that the mariner must have knowledge

16:28:12 11    of the current maritime legislation and the classification society

16:28:16 12    requirements and standards, and the MODU type being audited; says

16:28:20 13    that right at the bottom, doesn't it, sir?

16:28:21 14    A.  Yes, it does.

16:28:22 15    Q.  So you're not -- as you sit here today, you're not offering any

16:28:26 16    opinion one way or the other whether BP's auditors for the

16:28:31 17    *Deepwater Horizon* were qualified under these standards, are you?

16:28:33 18    A.  I would expect them to be so, but I couldn't give you an

16:28:37 19    affirmative answer on that particular audit they met this

16:28:41 20    particular requirement.  No, that would be an unfair statement.

16:28:44 21    Q.  To your knowledge, BP's auditors never told Transocean in 2009

16:28:49 22    or 2010, that the *Deepwater Horizon* did not comply with the ISM

16:28:54 23    code, did they, sir, to your knowledge?

16:28:57 24    A.  Would you repeat the question?

16:29:04 25    Q.  To your knowledge, BP's auditors never told Transocean in 2009

16:29:09  1    or 2010, prior to April 20th, 2010, that the *Deepwater Horizon* did

16:29:15  2    not comply with the ISM code.  To your knowledge, they never did

16:29:19  3    that, did they, sir?

16:29:20  4    A.  It wasn't their job to do that.  That is the job of the flag

16:29:24  5    administration.  That's got absolutely nothing to do with BP.  Why

16:29:28  6    should --

16:29:29  7    Q.  I want --

16:29:30  8              MR. HAYCRAFT:  Excuse me, your Honor.

16:29:31  9              MR. BRIAN:  I'm sorry.  I didn't mean to cut you off.  Go

16:29:34 10    ahead.

16:29:34 11              THE COURT:  Let him finish.

16:29:34 12    BY MR. BRIAN:

16:29:35 13    Q.  Were you done with your answer?

16:29:37 14    A.  I was just going to say it's not BP's responsibility to ensure

16:29:39 15    that the *Deepwater Horizon* is in compliance with the ISM code other

16:29:43 16    than by the inspection of the certificates.

16:29:44 17    Q.  So if BP auditors determined that there was a violation of the

16:29:49 18    ISM code, it is your testimony that they have no obligation to

16:29:53 19    notify Transocean or the Republic of the Marshal Islands?  Is that

16:29:58 20    your testimony?

16:29:59 21    A.  That wasn't the question.

16:30:00 22    Q.  That's my question now.  Is that your testimony?

16:30:03 23    A.  There is no requirement for BP to advise the flag

16:30:07 24    administration, that's absolutely right.

16:30:09 25    Q.  Is there a requirement, contractual or by law, for BP as the

16:30:14 1    operator of the rig, operator of the well, to advise the regular

16:30:19 2    owner that it's in violation of the ISM code, yes or no?

16:30:23 3    A.  No.

16:30:23 4    Q.  So, for example, you say somewhere in your report that you

16:30:33 5    actually think that the Republic of the Marshal Islands facilitated

16:30:38 6    a violation of the ISM code, right?

16:30:40 7    A.  I did.

16:30:41 8    Q.  But you don't think BP did that through its audits and -- of

16:30:45 9    the dual command structure, audits of the emergency response.  You

16:30:48 10   give them a pass if you think there's a violation, is that right?

16:30:52 11   You give BP a pass for that?

16:30:55 12   A.  You're confusing the issue.  The BP responsibility is to ensure

16:31:01 13   that the ship meets the requirements of the statutory regulations,

16:31:06 14   which, indeed, it did.  And that's what that audit report said.

16:31:08 15   Q.  That's not my question, sir.  Do you believe that if BP

16:31:13 16   auditors thought there was a violation by auditing it and

16:31:18 17   determining that it was a violation and not doing anything about

16:31:22 18   it, do you, nevertheless, give them a pass, yes or no?

16:31:25 19   A.  No.

16:31:26 20   Q.  You don't give them a pass?

16:31:28 21   A.  No.  I would expect them to bring it to their attention, which

16:31:32 22   is what they did in the various audit reports.

16:31:35 23   Q.  So it's now your testimony that in an audit report, BP told

16:31:41 24   Transocean that they were in violation of the ISM code?

16:31:45 25   A.  No.  That's not what I am saying.  Again, I am saying when they

9491

| | | |
|---|---|---|
| 16:31:51 | 1 | carry out this audit, their prime responsibility or their |
| 16:31:55 | 2 | responsibility to show compliance with the ISM code is to look for |
| 16:32:00 | 3 | a certificate.  Is the certificate there, yes or no?  That is their |
| 16:32:04 | 4 | level of compliance at ISM code. |
| 16:32:06 | 5 | Q.  I understand -- I am asking you a different question.  I am |
| 16:32:10 | 6 | just asking you this question:  Do you have any evidence that |
| 16:32:13 | 7 | during any audit a BP auditor told Transocean that it was in |
| 16:32:19 | 8 | violation of the ISM code? |
| 16:32:21 | 9 | A.  No. |
| 16:32:22 | 10 | Q.  Thank you.  Are you aware that the September 2009 audit |
| 16:32:28 | 11 | conducted by BP occurred while the rig was already in an |
| 16:32:33 | 12 | out-of-service period? |
| 16:32:35 | 13 | A.  Yes, I understand that to be the case. |
| 16:32:38 | 14 | Q.  Are you aware that Mr. Guide testified earlier this week that |
| 16:32:43 | 15 | the decision to put the rig back in service was exclusively a BP |
| 16:32:50 | 16 | decision?  Are you aware of that testimony? |
| 16:32:52 | 17 | A.  No. |
| 16:32:52 | 18 | Q.  So let's talk about the first half, the first half of your |
| 16:33:03 | 19 | two-part opinion.  Talk about dual command and training.  I am |
| 16:33:08 | 20 | going to ask you about the dual command structure. |
| 16:33:10 | 21 | A.  Right. |
| 16:33:11 | 22 | Q.  You understand, do you not, that before the April 20th, 2010, |
| 16:33:17 | 23 | incident, BP had worked with the *Deepwater Horizon* for almost nine |
| 16:33:24 | 24 | years? |
| 16:33:26 | 25 | A.  Yes, I understand that to be the case. |

9492

16:33:27 1  Q.  There is no doubt in your mind, is there, that BP knew that the

16:33:32 2  *Deepwater Horizon* had both an OIM and a captain?

16:33:36 3  A.  They were aware there was an OIM and a captain that was on the

16:33:43 4  manning certificate, that's correct.

16:33:45 5  Q.  BP had company men that lived there and worked there 24 hours a

16:33:49 6  day, every day, didn't they?

16:33:51 7  A.  Yes, they did.

16:33:52 8  Q.  Do you know who Neil Cramond is?

16:33:54 9  A.  Yes.

16:33:54 10  Q.  He was BP's marine authority for all of the Gulf of Mexico, was

16:33:59 11  he not?

16:33:59 12  A.  He was.

16:34:01 13      MR. BRIAN:  Let's pull up Mr. Cramond's deposition at

16:34:04 14  336, line 16 to 20.

16:34:04 15  BY MR. BRIAN:

16:34:14 16  Q.  "QUESTION:  All right.  Mr. Cramond, you were aware of the

16:34:17 17  master OIM structure aboard the *Horizon* prior to April 20th, 2010,

16:34:22 18  were you not?

16:34:23 19          "ANSWER:  I was."

16:34:24 20      Did you read that testimony before you testified today,

16:34:27 21  sir?

16:34:27 22  A.  Yes.

16:34:28 23      MR. BRIAN:  Now, let's pull up Mr. Cramond's deposition

16:34:31 24  at page 331, line 13 to 332, line 6.

16:34:31 25  BY MR. BRIAN:

16:34:48  1   Q.  "QUESTION:  Let me ask it this way:  Do you feel it is industry

16:34:53  2   standard to have two individuals, each filling one position as the

16:34:57  3   master and one position as the OIM, aboard MODUs such as the

16:35:04  4   *Deepwater Horizon*?"

16:35:05  5          Mr. Collier objected to form.  Another objection to form.

16:35:08  6          Answer on line 23, "I believe that to be the industry

16:35:12  7   norm."

16:35:14  8          "QUESTION:  You do not see anything, from your

16:35:17  9   standpoint, as the Gulf of Mexico marine authority, improper with

16:35:20 10   that set up; is that correct?

16:35:23 11          "ANSWER:  I have no information that would lead me to see

16:35:26 12   that as an improper structure."

16:35:29 13          Had you read that testimony by Mr. Cramond?

16:35:32 14   A.  Yes.

16:35:32 15   Q.  Have you ever spoken with Mr. Cramond?

16:35:34 16   A.  No.

16:35:34 17   Q.  So you didn't feel it was necessary prior to rendering an

16:35:38 18   opinion in this case to speak with a BP's marine authority for the

16:35:43 19   entire Gulf of Mexico; is that right, sir?

16:35:46 20          MR. HAYCRAFT:  Objection, your Honor.  I believe that's

16:35:48 21   asking this expert witness to ask how he feels about what should

16:35:52 22   have happened.

16:35:53 23          MR. BRIAN:  Goes to his bias, your Honor.

16:35:54 24          THE COURT:  I'll sustain the objection.

16:35:57 25   BY MR. BRIAN:

9494

16:35:57   1   Q.  Are you aware, sir, that BP reviewed the *Deepwater Horizon* dual

16:36:04   2   command structure as part of its audits?

16:36:06   3   A.  No.

16:36:07   4           MR. BRIAN:  Put up TREX-44046.16.1.TO.  And if we could,

16:36:17   5   make that a little -- can we enlarge at top -- the top half.

16:36:17   6   BY MR. BRIAN:

16:36:37   7   Q.  As part of the question they answered, "Do MODU specific

16:36:40   8   emergency procedures exist covering, for example, fire, explosion,

16:36:44   9   grounding, pollution?"  The answer was yes, wasn't it, sir?

16:36:48 10   A.  Yes.  You're only looking at part of the audit report here.  If

16:36:55 11   you look to the top of this audit report, you will see that they

16:36:59 12   quite clearly state that the requirement -- that there was no

16:37:03 13   requirement to audit this, that they took the word of the

16:37:07 14   recognized organization.

16:37:08 15   Q.  Did they -- in evaluating whether the emergency response plan

16:37:13 16   met that requirement, did they look, as it states, at the --

16:37:18 17   whether there was an effective management structure in the event of

16:37:21 18   an emergency."  Isn't that one of the things they looked at, sir?

16:37:27 19   A.  I don't know.  I wasn't there.

16:37:29 20   Q.  Does it say in the document in front of you on the screen that

16:37:33 21   that is one of the things that they were supposed to review, yes or

16:37:36 22   no?

16:37:36 23   A.  No.  It says, "The emergency response plan should include the

16:37:39 24   following."

16:37:40 25   Q.  And so, as you sit here today, would you have expected the BP

9495

16:37:45  1    auditors who were answering that question to have evaluated whether

16:37:51  2    there was an effective management structure?  No?

16:37:52  3    A.  No. I wouldn't have expected them to audit this at all, because

16:37:56  4    there was no requirement for them to audit this.

16:37:58  5    Q.  Do you know whether today, April 17th, 2013, whether BP still

16:38:06  6    contracts and uses Transocean rigs with a dual command structure?

16:38:12  7               MR. HAYCRAFT:  Objection, relevance.

16:38:15  8               THE COURT:  I'll let him answer if he knows.

16:38:18  9               THE WITNESS:  No.

16:38:25 10               MR. BRIAN:  Now, let's put up TREX-7594.21.1.TO.

16:38:25 11    BY MR. BRIAN:

16:38:33 12    Q.  You state in Paragraph 27 that, "It is worth noting that by

16:38:38 13    implementing a dual command structure, Transocean is out of step

16:38:42 14    with its industry peers."  You wrote that, did you not?

16:38:45 15    A.  Yes, I did.

16:38:46 16    Q.  Now, you reviewed in your report, did you not, the command

16:38:52 17    structures that you regard as the top 11 companies with marine

16:38:55 18    drilling units, did you not?

16:38:56 19    A.  Yes, I did.

16:38:57 20               MR. BRIAN:  Let's put up TREX-7594.114.1.TO.

16:38:57 21    BY MR. BRIAN:

16:39:07 22    Q.  Now, in the top you listed eight companies, did you not --

16:39:13 23               MR. BRIAN:  Can we enlarge the top half of that?  Maybe

16:39:20 24    that's as large as you can get.

16:39:20 25    BY MR. BRIAN:

9496

16:39:24  1   Q.  You concluded that eight companies have dynamically positioned

16:39:30  2   MODUs with the single command structure, correct?

16:39:33  3   A.  Yes.

16:39:34  4   Q.  And those companies, according to your report, operated 54

16:39:39  5   rigs, right?

16:39:40  6   A.  At that time that I did the report, yes, correct.

16:39:43  7   Q.  Yes.  I am not asking you about any time other than when you

16:39:46  8   did this analysis.

16:39:48  9   A.  Okay.

16:39:48  10        MR. BRIAN:  Let's put up now the bottom part of

16:39:51  11  TREX-7594.114.1.TO.

16:39:51  12  BY MR. BRIAN:

16:39:55  13  Q.  You identified three companies, including Transocean, with 30

16:40:00  14  rigs with a dual command structure, right?

16:40:03  15  A.  Yes.

16:40:03  16  Q.  So there are a total of 84 rigs that you had identified, 54

16:40:10  17  with a single command structure and 30 with a dual command

16:40:15  18  structure, right?

16:40:17  19  A.  Yes.

16:40:18  20  Q.  Can we agree that it's reasonable to expect that all 84 rigs

16:40:24  21  are inspected for compliance of the ISM code?

16:40:27  22  A.  Yes.

16:40:29  23  Q.  Do you know whether any of these rigs have had their

16:40:35  24  certificates revoked because they had a dual command structure?

16:40:40  25  A.  No, I don't.  But that is absolutely no excuse for the dual

OFFICIAL TRANSCRIPT

16:40:49  1    command scenario, which, in the case of the *Deepwater Horizon*,

16:40:52  2    ended up in this tragic circumstance to continue.

16:40:56  3    Q.  Sir, I understand your opinion.  I had a very simple question.

16:41:01  4    As you sit here today, you're not aware of any of these 30 rigs who

16:41:06  5    had their certificates revoked as a result of having a dual command

16:41:10  6    structure, are you?

16:41:11  7    A.  No.

16:41:12  8    Q.  Now, according to your own research, as reflected on that page,

16:41:18  9    Noble Drilling has more dynamically-positioned MODUs than

16:41:23 10    Transocean, correct?

16:41:24 11    A.  Correct.

16:41:24 12    Q.  And Noble Drilling as of the time of this had 15 rigs operating

16:41:30 13    with a dual command structure, did it not?

16:41:32 14    A.  Yes, it did.

16:41:33 15    Q.  Let me turn to the second part of your opinion, training.  Are

16:41:45 16    you aware that Mr. Guide testified, like Mr. O'Bryan, that the

16:41:51 17    Transocean crew on the *Deepwater Horizon* was the best in the

16:42:05 18    business?  Are you aware of that?

16:42:05 19    A.  I am aware of those words, yes.

16:42:05 20    Q.  Are you aware that Mr. Guide said he had complete confidence in

16:42:05 21    their commitment to safety, are you aware of that?

16:42:05 22    A.  Yes.

16:42:07 23    Q.  Are you aware that he testified he thought their entire

16:42:10 24    management safety system was very good?

16:42:13 25    A.  I don't remember those words, but...

16:42:29 2           "QUESTION:  And you were very impressed with their safety

16:42:31 3   management plan, including their THINK program, weren't you?

16:42:35 4           "ANSWER:  I thought their whole complete system was

16:42:38 5   good."

16:42:38 6           Were you aware of that testimony by Mr. Guide?

16:42:41 7   A.  No.

16:42:46 8   Q.  He also testified, did he not, that he got oral reports from

16:42:51 9   BP's well site leaders about the people at Transocean, including

16:42:55 10  Jimmy Harrell, Randy Ezell, Jason Anderson, Dewey Revette, and

16:42:59 11  Captain Kuchta?  Are you aware of that testimony by Mr. Guide?

16:43:04 12  A.  No.

16:43:04 13  Q.  Let's pull up trial transcript 8852, lines 11 -- actually, 4

16:43:16 14  through 22.

16:43:21 15          "QUESTION:  And I take it you worked closely with and you

16:43:24 16  received reports on Jimmy Harrell, Randy Ezell, Jason Anderson,

16:43:29 17  Dewey Revette, Captain Kuchta, among others, didn't you?

16:43:33 18          "ANSWER:  If you mean like personnel appraisals, no, I

16:43:36 19  wouldn't receive those.

16:43:37 20          "QUESTION:  No, just oral reports from your well site

16:43:40 21  leaders.

16:43:33 22          "ANSWER:  Oh, yes, absolutely yes.

16:43:43 23          "QUESTION:  And you interfaced directly with these

16:43:45 24  individuals at times, did you not?

16:43:47 25          "ANSWER:  Oh, yes, I did.

9499

16:43:49   1          "QUESTION:  And every one of them, you had confidence in

16:43:52   2    their competency, did you not?

16:43:54   3          "ANSWER:  I did.

16:43:55   4          "QUESTION:  Their commitment to safety?

16:43:58   5          "ANSWER:  I did.

16:43:59   6          "QUESTION:  Correct?

16:44:00   7          "ANSWER:  Yes, sir.

16:44:01   8          "QUESTION:  And their conscientiousness, did you not?

16:44:05   9          "ANSWER:  Yes, sir."

16:44:06   10         Are you aware of that testimony?

16:44:07   11   A.  No.

16:44:08   12   Q.  Did you understand that part of Mr. Guide's responsibilities

16:44:20   13   were to be satisfied that the rig, the equipment, and the ship --

16:44:24   14   and the site were in a safe, operating condition and that the

16:44:28   15   personnel are trained and competent prior to commencing drilling

16:44:33   16   and well operations?  Were you aware of that as being part of his

16:44:37   17   responsibility?

16:44:37   18   A.  No.  No, I was not.

16:44:38   19   Q.  Let's pull up trial testimony -- actually, let's put up

16:44:43   20   TREX-1376.21.1.TO.  "The designated company representative shall be

16:44:56   21   satisfied that the rig, equipment, and site are in a safe operating

16:45:00   22   condition, and that personnel are trained and competent prior to

16:45:04   23   commencing drilling and well operations."  Had you reviewed that

16:45:07   24   document before you issued your report?

16:45:09   25   A.  No, I did not review any BP documents.  That was outside the

16:45:16  1    scope of my report.

16:45:17  2    Q.  Are you aware as you sit here today that Mr. Guide testified

16:45:22  3    that one of his responsibilities was to assure himself that the

16:45:28  4    *Deepwater Horizon* had well-specific operate guidelines and

16:45:32  5    emergency disconnect contingency plants in place prior to running

16:45:38  6    the BOP stack, were you aware of that?

16:45:40  7    A.  No.  As I said, I have not read any BP document.

16:45:42  8    Q.  This is not a BP document.  This is Mr. Guide's testimony.

16:45:46  9    Let's put it up, trial testimony 8852, lines 15 to 24.

16:45:54  10            MR. HAYCRAFT:  Is this more -- pardon me, your Honor, if

16:45:56  11   this is more John guide testimony, I think we've already heard

16:46:00  12   twice that this witness has not reviewed John Guide's testimony.

16:46:05  13   So simply asking him to --

16:46:08  14            THE COURT:  Is this Guide's testimony?

16:46:10  15            MR. BRIAN:  It is, your Honor.

16:46:11  16            THE COURT:  I don't know what the point of this is.

16:46:14  17            MR. BRIAN:  I'll withdraw this.  Let me ask you a very

16:46:16  18   specific question.

16:46:17  19            THE COURT:  First of all, Mr. Guide was a drilling guy,

16:46:20  20   not a marine guy, as I recall.

16:46:22  21            MR. BRIAN:  No, he looked at -- I'll go to my next

16:46:24  22   question.  He looked at emergency response training.

16:46:28  23            THE COURT:  But he is a drilling engineer, he is not a

16:46:32  24   marine person.  I don't know how Guide -- anyway, I don't think we

16:46:36  25   should go there with this witness.

OFFICIAL TRANSCRIPT

16:46:38   1            MR. HAYCRAFT:  Thank you, your Honor.

16:46:40   2            MR. BRIAN:  That's fine, your Honor.

16:46:42   3   BY MR. BRIAN:

16:46:50   4   Q.  Let's put up TREX-52658.1.  This is a summary of training that

16:47:00   5   some of the personnel on the *Deepwater Horizon* -- let's put up

16:47:03   6   TREX-52658.20.1.TO.  Did you see this document pertaining to the

16:47:14   7   training of Captain Kuchta?

16:47:16   8            MR. HAYCRAFT:  Objection.  I object to the form.  He is

16:47:18   9   implying that it's a document, when it's a demonstrative.

16:47:22  10            MR. BRIAN:  I'll reframe it.

16:47:25  11   BY MR. BRIAN:

16:47:25  12   Q.  Have you reviewed this summary chart of the training that

16:47:27  13   Captain Kuchta had received?

16:47:29  14   A.  I haven't seen this particular document, no.

16:47:33  15   Q.  Are you aware that he received -- attended three courses

16:47:40  16   pertaining to dynamic-positioning rigs and also had on-the-job

16:47:46  17   training pertaining to a dynamic-positioning rig?

16:47:49  18   A.  I saw that from his other training records, yes, correct.

16:47:53  19   Q.  Are you aware that the on-the-job training covered the use of

16:47:58  20   the EDS system?  Are you aware of that?

16:48:00  21   A.  No.

16:48:01  22   Q.  Let's put up TREX-4459.31.1.TO.  Have you looked at any of the

16:48:11  23   on-the-job, OJT training modules that Transocean used?

16:48:17  24   A.  I looked briefly at the one for DP operators.

16:48:20  25   Q.  So the document I put up here, which is a module pertaining to

16:48:25 1  Captain Kuchta, you have not reviewed this document; is that true?

16:48:29 2  A.  I did not see this document.

16:48:30 3  Q.  Now, you criticized in your testimony in response to

16:48:34 4  Mr. Haycraft's testimony (SIC), you criticized Captain Kuchta for

16:48:38 5  not attending Petrofac's major emergency management course; is that

16:48:43 6  correct?

16:48:43 7  A.  If that's the one Transocean specified, yes.

16:48:46 8  Q.  This course is not required by the Coast Guard, is it, sir?

16:48:48 9  A.  No, it's not.

16:48:51 10  Q.  It's not required by the flag state either, is it?

16:48:55 11  A.  No, it's not.

16:48:58 12  Q.  Petrofac is not itself a regulatory body, is it, sir?

16:49:02 13  A.  I don't know.

16:49:04 14  Q.  Have you attended that course yourself?

16:49:07 15  A.  No.

16:49:07 16  Q.  You don't even know what's -- what that course consists of, do

16:49:13 17  you, sir, other than its title?

16:49:14 18  A.  Yes, I do.  The contents of it is in the Transocean procedures.

16:49:19 19  Q.  Does that course teach you to disconnect through the EDS

16:49:26 20  without first investigating what the drill crew was doing?

16:49:29 21  A.  I don't know.

16:49:30 22  Q.  Let's put up TREX-52658.22.1.TO.  Based on your earlier answer,

16:49:43 23  I assume you've not looked at this summary of Captain Kuchta's

16:49:47 24  additional training, have you, sir?

16:49:49 25  A.  Not this particular document, no.

16:49:51 1    Q.  You don't know what any of those entail, do you, sir?

16:49:55 2    A.  Well, other than the title, the detail of which I have not

16:50:00 3    seen, no.

16:50:00 4    Q.  Now, you claim that you found no evidence that the *Deepwater*

16:50:10 5    *Horizon* performed EDS drills, is that right?

16:50:12 6    A.  In the period specified, that's correct.

16:50:15 7    Q.  Were you in the courtroom when Randy Ezell testified?

16:50:19 8    A.  No.

16:50:20 9    Q.  You do know that he was a senior toolpusher on the *Deepwater*

16:50:24 10   *Horizon*, do you not?

16:50:24 11   A.  Yes.

16:50:25 12   Q.  Are you aware and were you informed that Mr. Ezell testified

16:50:30 13   that they conducted EDS drills on the *Deepwater Horizon*?

16:50:35 14   A.  Yes, I was aware of that.

16:50:37 15   Q.  And let's pull up trial testimony 1780, line 13 through 1781

16:50:44 16   line 2.

16:50:54 17         "QUESTION:  And the last, what about EDS?  You said this

16:50:58 18   is the emergency disconnect system, right?

16:51:01 19         "ANSWER:  This is the emergency disconnect.  Those were

16:51:04 20   different scenarios that could be done, say -- I can only give you

16:51:08 21   an example.  There was one time I was on the rig floor, and I think

16:51:11 22   the OIM was a person who called the driller and said, okay, this is

16:51:14 23   a simulated emergency disconnect drill.  What are you going to do?

16:51:19 24   So the driller had to go through whatever actions there was at that

16:51:22 25   particular scenario because it changes for whatever you're doing.

16:51:26   1        "And, now, he had done told the driller that this was a

16:51:31   2   drill, this is only a drill, but his AD had opened up the BOP panel

16:51:36   3   behind him, and we caught him before he actually did a disconnect.

16:51:40   4   So we were more careful about -- you know, we would have somebody

16:51:43   5   up on the floor to make sure they wouldn't do that because that's

16:51:47   6   catastrophic when you do it just for a drill."

16:51:49   7   Are you aware of that testimony?

16:51:51   8   A.  No, I have not read that.

16:51:53   9   Q.  Were you here for Captain Young's testimony?

16:51:56  10   A.  No.

16:51:56  11   Q.  Now, at the time Captain Young was the chief mate, at the time

16:52:01  12   of the April 20th event, he was the chief mate of the *Deepwater*

16:52:04  13   *Horizon*, was he not?

16:52:04  14   A.  He was.

16:52:05  15   Q.  He also testified that the *Deepwater Horizon* conducted EDS

16:52:09  16   drills, did he not?

16:52:11  17   A.  He said he thought an EDS drill -- if I remember correctly, he

16:52:16  18   thought they had been carried out.

16:52:18  19   Q.  And he testified that he received training on how to function

16:52:24  20   the EDS, didn't he, sir?

16:52:25  21   A.  I don't recall that.

16:52:26  22   Q.  And he testified, did he not, at trial transcript 5788, that

16:52:32  23   the bridge crew would have emergency disconnect drills for the DPOs

16:52:38  24   and talk about that tabletop and we would run through the time

16:52:41  25   frame it takes for each disconnect sequence?  He testified to that

OFFICIAL TRANSCRIPT

16:52:44  1    fact, did he not, sir?

16:52:46  2    A.  If that's what the testimony says.

16:52:49  3    Q.  That's what it says on the screen just up there, doesn't it,

16:52:53  4    sir?

16:52:54  5    A.  (WITNESS READS DOCUMENT.)  Yes, more or less, yes.

16:53:02  6    Q.  And he also testified that whenever the drill crew performed a

16:53:07  7    well control drill, they would call the bridge and tell the bridge

16:53:10  8    they were conducting a well control drill, wouldn't they?

16:53:13  9    A.  That's what it says.

16:53:18  10   Q.  Now, you testified that you saw no record of any EDS drill.

16:53:22  11   Let's pull up TREX-51219.2.1.TO.  Is it 50?  That was it.  I think

16:53:47  12   that was it.  Can we enlarge that and highlight the language there

16:54:04  13   in the middle.  Do you see the reference on the second line down to

16:54:12  14   EDS drill?

16:54:13  15   A.  Yes, I do.

16:54:14  16   Q.  Had you seen this document before I showed it to you today?

16:54:17  17   A.  I have seen that particular one.

16:54:19  18   Q.  Are you -- you can take that down.  Are you aware that -- of

16:54:31  19   other situations involving other ships or rigs where, good or bad,

16:54:39  20   drills are done, but not recorded in the electronic system?  Are

16:54:43  21   you aware of that?  It happens, doesn't it, sir?

16:54:46  22   A.  No.

16:54:47  23   Q.  Never happened?  You've never seen a drill done that wasn't

16:54:50  24   recorded?

16:54:51  25   A.  No, absolutely not.  It's a statutory requirement.

16:54:54  1    Q.  Are you aware that *Deepwater Horizon* had weekly safety drills?

16:54:58  2    A.  Yes.

16:54:59  3    Q.  They had weekly abandon ship drills, didn't they, sir?

16:55:02  4    A.  Yes.

16:55:03  5    Q.  They would load the lifeboats during those drills, wouldn't

16:55:05  6    they?

16:55:05  7    A.  I don't know whether they did or not.

16:55:07  8    Q.  They would have weekly fire drills, wouldn't they?

16:55:10  9    A.  They did have weekly fire drills.

16:55:12  10   Q.  And you understand that the Coast Guard would inspect the

16:55:15  11   *Deepwater Horizon* every year, isn't that right?

16:55:16  12   A.  No, that's not correct.

16:55:18  13   Q.  Let's take a look at trial testimony 5690, lines 15 to 17.

16:55:29  14         "QUESTION:  Let's talk about the Coast Guard.  The Coast

16:55:32  15   Guard conducted inspections every year?

16:55:34  16         "ANSWER:  Yes."

16:55:35  17         Did you read that testimony?

16:55:36  18         MR. HAYCRAFT:  Objection, your Honor, I don't think

16:55:38  19   Mr. Brian -- I'm sure it is unintentional, but he didn't inform us

16:55:41  20   of who this trial testimony is from.

16:55:46  21         MR. BRIAN:  It's Captain Young.

16:55:49  22   BY MR. BRIAN:

16:55:49  23   Q.  Did you read Captain Young's testimony?

16:55:52  24   A.  I can't recall, to be quite honest.

16:55:54  25   Q.  Now, you heard Mr. O'Bryan testify about -- before I get to

9507

16:56:06  1   that.  I think you testified that Captain Kuchta, in your view, did

16:56:10  2   not have enough experience and that he went directly from being a

16:56:14  3   third mate to a captain, was that your testimony?

16:56:16  4   A.  That's correct.

16:56:17  5   Q.  Are you aware that he graduated from maritime college in 1998?

16:56:21  6   A.  Yes.

16:56:21  7   Q.  Would you -- would it be correct in assuming that he probably

16:56:24  8   started maritime college four years before that?  Is it a four-year

16:56:30  9   program?

16:56:30  10  A.  I don't understand the system in the United States, but if

16:56:33  11  that's what you tell me.

16:56:34  12  Q.  He became a captain in 2008, did he not?

16:56:38  13  A.  Yes, he did.

16:56:39  14  Q.  Ten years after he graduated from maritime college.  And if it

16:56:42  15  started four years before, then 14 years before, he began his

16:56:46  16  education and training in the maritime area, correct?

16:56:49  17  A.  But if you recall, I said he hadn't climbed the ladder of

16:56:53  18  promotion.  That was the point I was making.

16:56:55  19  Q.  Okay.  I'll ask you that.  It's not accurate, is it, to testify

16:56:59  20  as you did, that he went from being a third mate directly to being

16:57:03  21  a captain?  It's not accurate, is it, sir?

16:57:05  22  A.  That's what the testimony said.

16:57:08  23  Q.  Well, let's take a look at TREX-3750.48.  This is a Transocean

16:57:20  24  certificate, certification that Curt Kuchta has successfully

16:57:26  25  completed a certain training program, do you see that?

9508

16:57:29   1    A.  Yes.

16:57:29   2    Q.  And the date of that is November 15th, 2002, is it not?

16:57:34   3    A.  Yes.

16:57:36   4    Q.  What was his position as of November 15th, 2002, when he

16:58:00   5    received this certification?

16:58:01   6    A.  It says second mate.

16:58:03   7    Q.  Now, let's pull up TREX-3750.11.  This is another certification

16:58:16   8    that Curt Robert Kuchta has successfully completed all of the

16:58:20   9    requirements for another training program course, do you see that?

16:58:23  10    A.  Yes, I do.

16:58:24  11    Q.  And the date that this was completed was November 16th, 2007,

16:58:29  12    was it not?

16:58:29  13    A.  Yes, it was.

16:58:30  14    Q.  And what was his position at that time?

16:58:33  15    A.  It says chief mate.

16:58:35  16    Q.  Are you aware that BP reviewed the *Deepwater Horizon*'s

16:58:50  17    emergency procedures as part of its auditing process?

16:58:54  18    A.  No.

16:58:54  19    Q.  Let's put up TREX-44046.16.2.  Did BP write in its auditing

16:59:09  20    documents -- did it answer "yes" to the question of "Do

16:59:13  21    MODU-specific emergency procedures exist covering, for example,

16:59:17  22    fire, explosion, grounding and pollution?"  Did they answer that

16:59:21  23    yes?

16:59:22  24    A.  That's what they had written down.

16:59:24  25    Q.  And did they state that the emergency procedures are maintained

OFFICIAL TRANSCRIPT

16:59:28   1   within the emergency procedures manual kept in the captain's office

16:59:32   2   and on the bridge, and that the procedures are comprehensive and

16:59:35   3   cover the listed scenarios?  Did they write that?

16:59:38   4   A.  Yes, they did.

16:59:39   5   Q.  Did you know that the *Deepwater Horizon*'s station bill is

16:59:42   6   contained within the manual, in the emergency response manual that

16:59:50   7   BP said it reviewed?

16:59:52   8   A.  I know about the station bill, but I couldn't tell you whether

16:59:59   9   it was in that specific manual.

17:00:00  10   Q.  Let's pull up TREX-22306.357.  You're familiar with the station

17:00:11  11   bill that is reflected on this exhibit, are you, not sir?

17:00:14  12   A.  Yes, I am.

17:00:14  13   Q.  Let's put up TREX-22306.357.1.TO.  It indicates the chain of

17:00:24  14   command in order is the master, the chief officer, and then the

17:00:29  15   offshore installation manager, does it not?

17:00:32  16   A.  That's what it says.  In contravention of the other three

17:00:37  17   documents which form this process.  This is one document in a

17:00:41  18   three-element process.  The other two contradict this.

17:00:44  19   Q.  This document -- have you -- I take it you never had the

17:00:49  20   opportunity to visit the *Deepwater Horizon*, did you, sir?

17:00:51  21   A.  Unfortunately not.

17:00:53  22   Q.  Are you aware of testimony that the station bill was published

17:00:58  23   in many, many locations on the rig?

17:01:01  24   A.  I'm sure it was.

17:01:02  25   Q.  You have no doubt about that, do you, sir?

9510

17:01:05  1   A.  No doubt.  I've been on many rigs.

17:01:07  2   Q.  Let's go back to 44046.16.1.  Is it your understanding that BP,

17:01:31  3   in conducting its audit, was looking at whether or not the

17:01:35  4   emergency response plan addressed things like:  What to do in

17:01:40  5   response to a fire and explosion, what to do in response to a major

17:01:44  6   escape of flammable and/or toxic vapors, and what to do in

17:01:48  7   emergency disconnect?  Are you -- or do you believe that based on

17:01:52  8   these documents, BP was looking at whether or not the plan covered

17:01:56  9   all -- each of these scenarios?

17:01:58 10   A.  No.  I go back to my earlier point.  This is an extract of a

17:02:03 11   bigger document where it says that evidence of all of these will be

17:02:08 12   obtained from asking whether the SMC is valid or the SMC is not.

17:02:13 13   That is the question at the top of the document.

17:02:15 14   Q.  Mr. Guide testified on Monday, sir, that he was present during

17:02:20 15   the safety and response drills on Sunday, are you aware of that?

17:02:25 16   A.  No.

17:02:26 17   Q.  Now, do we have TREX-4967 electronically?  Can we put that up?

17:02:46 18          This is the summary chart that your counsel showed you

17:02:49 19   earlier during your testimony, is it not?

17:02:51 20   A.  It is.

17:02:52 21   Q.  Now, you talked about an eight-minute delay.  You talked about

17:02:58 22   an eight-minute delay in your report, did you not?

17:03:01 23   A.  I did.

17:03:01 24   Q.  You didn't cite either the Bly investigation report or the

17:03:04 25   Transocean investigation report for that point, did you, sir?

17:03:07  1          MR. HAYCRAFT:  Your Honor, I object.  What he cited in

17:03:09  2   that report for that eight-minute delay was the Presidential

17:03:13  3   Commission on the oil spill, which later, after his report, was

17:03:18  4   subject to a motion in limine, which was granted.  So the reason

17:03:22  5   that the Transocean and the BP investigation reports are now cited

17:03:27  6   is because of the motion in limine.

17:03:32  7          MR. BRIAN:  I am not going into the report.  I just want

17:03:34  8   to say --

17:03:35  9   BY MR. BRIAN:

17:03:35 10   Q.  Let's turn to TREX-7594.19.1.TO.  "Several accounts demonstrate

17:03:48 11   there was some four to eight minutes between the blowout reaching

17:03:51 12   the drill floor and the first explosion."  You wrote that in your

17:03:54 13   report at that page, did you not, sir?

17:03:56 14   A.  Yes, sir.

17:03:56 15   Q.  And the only thing you cite for that is the National Commission

17:03:59 16   on the BP *Deepwater Horizon* Oil Spill and Offshore Drilling Report,

17:04:03 17   correct?

17:04:03 18   A.  Correct.

17:04:04 19   Q.  You don't cite the Bly investigation report or the Transocean

17:04:07 20   report, do you, sir?

17:04:08 21   A.  No, I don't.

17:04:09 22   Q.  So let's pull up the Bly report, TREX-1.103.1.TO.  Can you

17:04:35 23   enlarge that first couple of entries in that time line?

17:04:37 24          And your reference to the approximately 21:41 is when the

17:04:50 25   mud shot up through the derrick, correct?

17:04:52  1    A.  Correct.

17:04:52  2    Q.  And then you say the diverter closed, and flow routed to the

17:04:57  3    mud/gas separator, you write that -- you see that, right?

17:05:01  4    A.  Yes.

17:05:01  5    Q.  Now, there's no evidence that you know of that the bridge crew

17:05:06  6    saw that at 21:41, is there?

17:05:09  7    A.  All of the timings after 21:40 are not clearly stated, but that

17:05:20  8    time is clearly stated.

17:05:22  9    Q.  There is no -- that's not my question, sir.  There is no

17:05:26 10    evidence that you're aware of that the bridge crew saw that mud at

17:05:32 11    21:41, is there, sir?

17:05:33 12    A.  No.

17:05:35 13    Q.  In fact, if you go down a little bit further, down to 21:44,

17:05:48 14    the Bly report said that mud and water exited the MGS vents and mud

17:05:53 15    rained down on the rig at 21:44.  Correct?

17:05:57 16    A.  That's what it says.

17:06:00 17    Q.  Isn't it a fact that Mr. O'Bryan testified that when Captain

17:06:08 18    Kuchta opened the door on the bridge crew was the first time that

17:06:12 19    he saw mud, right?

17:06:15 20    A.  That was the first time Mr. O'Bryan saw it, that's correct.

17:06:18 21    Q.  Yes, yes.  And from inferring from Mr. O'Bryan's testimony the

17:06:23 22    first time Captain Kuchta saw it, right?  There's no evidence that

17:06:27 23    Captain Kuchta or anybody else in the bridge view saw it prior to

17:06:30 24    opening that door, right?

17:06:32 25    A.  There's no -- there's nothing written down to that effect,

17:06:37  1    that's correct.

17:06:37  2    Q.  Are you aware of any document or testimony that anybody on the

17:06:44  3    bridge crew saw mud prior to Captain Kuchta opening that door?

17:06:50  4    A.  No.

17:06:51  5    Q.  And you don't know as you sit here today whether Captain Kuchta

17:06:56  6    opened that door at 21:44, 21:45 or 21:46, do you, sir?

17:07:04  7    A.  Could have been 21:43.

17:07:07  8    Q.  The point is -- well, you don't know what time it was, do you,

17:07:12  9    sir?  But it had to be -- you have to answer that question first.

17:07:18  10   You don't know what time he opened that door, do you?

17:07:21  11   A.  No.

17:07:21  12   Q.  But it's a fact, is it not, that since according to this

17:07:25  13   report, the Bly investigation report, the earliest time he could

17:07:29  14   have possibly seen the mud was 21:44 or after, correct?

17:07:34  15            MR. HAYCRAFT:  Your Honor, I object.  I think Mr. Brian,

17:07:36  16   perhaps inadvertently, is actually ignoring what's on the time line

17:07:41  17   that's in front of the witness.

17:07:42  18            THE COURT:  I sustain the objection.

17:07:48  19   BY MR. BRIAN:

17:07:48  20   Q.  Let's go to TREX-4248.21.  This is a page from the Transocean

17:08:45  21   internal investigation report.  Have you read that report?

17:08:48  22   A.  Yes, I have a long time ago.

17:08:49  23   Q.  If we could pull up, Mr. Nickels, where it says -- the two

17:08:57  24   paragraphs that say between 9:43 and 9:45, those two paragraphs.

17:09:02  25   The Transocean report says that between 9:43 P.M. and 9:45 P.M.,

9514

17:09:07  1    post incident analysis shows that mud overcame the flow line and

17:09:13  2    overflowed onto the drill floor.  Do you see that?

17:09:17  3    A.  Yes, I do.

17:09:17  4    Q.  Then the next paragraph, it says that at approximately

17:09:20  5    9:45 P.M., the drill crew closed the diverter to direct the flow

17:09:25  6    from the riser to the mud/gas separator and advised the bridge team

17:09:29  7    that there was a well control situation.  Do you see that?

17:09:32  8    A.  Yes.

17:09:33  9    Q.  The explosion took place at 9:49, correct?

17:09:40  10   A.  Correct.

17:09:41  11   Q.  Four minutes after, according to this report, the drill crew

17:09:47  12   informed the bridge crew that there was a well control situation,

17:09:50  13   correct?  9:49 minus 9:45 is four minutes, isn't it, sir?

17:09:57  14   A.  Yes, it is, but that doesn't -- sorry.

17:10:07  15   Q.  Is it your testimony that Captain Kuchta should have pushed the

17:10:15  16   EDS button the moment he opened that door and saw the mud?

17:10:21  17   A.  Yes.

17:10:21  18   Q.  So you don't -- have you even looked at whether doing that

17:10:30  19   without checking to see what the drill crew was doing was

17:10:35  20   consistent with BP's own manual?  Have you even looked at that?

17:10:39  21   A.  Just a minute.  Can I answer your last question as well?

17:10:45  22   Because not only -- you asked me the question on the sight --

17:10:50  23   Q.  He is going to have a chance to ask you questions.  Answer my

17:10:54  24   question.  I asked you a question.  My question is, have you looked

17:10:58  25   at whether EDSing immediately, without checking with the drill crew

17:11:05  1   to see what well control actions they were taking, was consistent

17:11:10  2   with BP's own well control manual?  Have you looked at that

17:11:14  3   question?

17:11:15  4   A.  No, I haven't.  But in the maritime case, that is completely

17:11:19  5   irrelevant.  Captain Kuchta is faced with a situation he has to

17:11:22  6   deal with.  Whatever it is, it is his overriding responsibility.

17:11:26  7   The other procedures don't even count because of international law.

17:11:31  8   Q.  I am aware of your opinion, but I am trying to get you to

17:11:34  9   answer my question.  My question is a simple one.  I understand

17:11:36 10   your view from a maritime perspective.  All I want to know right

17:11:41 11   now is have you looked at whether doing that would have been

17:11:44 12   consistent with BP's own well control manual, yes or no?

17:11:48 13   A.  No.

17:11:48 14   Q.  Let's put up TREX-2389.1.  And now we're going to put up

17:11:57 15   2389.158.1.TO.  Do you see where it states, "Shut in with an

17:12:09 16   annular, then promptly switch to hang off on a ram BOP," do you see

17:12:13 17   that?

17:12:13 18          MR. HAYCRAFT:  Your Honor, I object.  First of all,

17:12:15 19   that's beyond the scope of his report.  But in terms of his

17:12:18 20   maritime opinions on hitting the EDS button, asking this witness to

17:12:23 21   review BP's well control manual is clearly beyond the scope of his

17:12:26 22   report.

17:12:27 23          THE COURT:  I agree.  I sustain the objection.

17:12:31 24   BY MR. BRIAN:

17:12:31 25   Q.  Do you agree -- do you agree that Calvin Barnhill knows a heck

17:12:36  1    of a lot more about well control than you do, sir?

17:12:39  2    A.  Yes.

17:12:40  3    Q.  And you were here for his testimony or at least have read his

17:12:42  4    testimony?

17:12:42  5    A.  I read it, yes.

17:12:43  6    Q.  And you were aware, are you not, that Mr. Barnhill believes,

17:12:50  7    and so testified, that it would have been not proper well control

17:12:55  8    to EDS the moment the captain saw that mud, you're aware that,

17:13:00  9    correct?

17:13:00 10    A.  That's not quite right.  There was a rider to that statement,

17:13:03 11    and that rider to that statement was that the operation that was

17:13:10 12    ongoing at the time did not involve movement of the drill pipe --

17:13:15 13    Q.  I'm sorry I missed that, did not involve what?

17:13:17 14    A.  Did not involve movement of the drill pipe, therefore, it will

17:13:20 15    be reasonable for the bridge to assume that the toolpusher had

17:13:24 16    spaced out the joints and, therefore, the action of the BOP would

17:13:27 17    not be impeded.

17:13:28 18    Q.  Are you aware that Mr. Barnhill testified that the appropriate

17:13:33 19    first step was to close the annular, are you aware of that?

17:13:36 20    A.  No.

17:13:36 21    Q.  Are you aware that after closing the annular, he testified that

17:13:41 22    the appropriate well control step was to try to close the variable

17:13:46 23    bore rams?

17:13:47 24         MR. HAYCRAFT:  Your Honor, again, I renew the objection I

17:13:49 25    made a minute ago.

9517

17:13:50  1              THE COURT:  I think it's the same area we just went

17:13:52  2    through, and I sustained the objection.

17:13:56  3    BY MR. BRIAN:

17:13:57  4    Q.  Have you read the Stress Engineering report?

17:13:59  5    A.  No.

17:13:59  6    Q.  Are you aware that Stress Engineering determined that

17:14:04  7    hydrocarbons first reached the rig floor at 9:46 and 40 seconds,

17:14:09  8    are you aware of that?

17:14:10  9    A.  No.

17:14:10  10   Q.  Two minutes and 20 seconds before the explosion, right, if my

17:14:17  11   calculation is correct?

17:14:19  12   A.  If the calculation is correct.

17:14:20  13   Q.  So to your maritime opinion, it doesn't matter whether or not

17:14:37  14   if they had EDSed and EDSed on a tool joint, it wouldn't have

17:14:43  15   mattered that it would have disconnected the rig and there would be

17:14:46  16   oil flowing everywhere, that doesn't affect your opinion one way or

17:14:50  17   the other?

17:14:50  18   A.  No, it does not, absolutely not.  The master has the overriding

17:15:02  19   responsibility to make the decisions at the time.  If the decision

17:15:02  20   is right, fine; if the decision is wrong, then he has to live with

17:15:02  21   it.  It is his international responsibilities and overriding

17:15:04  22   responsibilities, regardless of what else is on the platform, to do

17:15:07  23   what he believes is right at the time.

17:15:09  24   Q.  So under your opinion, then, you believe the captain should

17:15:14  25   have EDSed at 9:42, 9:43?

9518

17:15:17  1    A.  I wasn't there, but obviously, it didn't happen.

17:15:20  2    Q.  So that -- I want to make sure I understand it.  Under your

17:15:24  3    opinion, if you assume that the captain and the bridge crew did not

17:15:29  4    know that there was mud flowing until 9:44, 45 or even later when

17:15:36  5    they opened that door, it is your opinion that the rig should be

17:15:41  6    reconfigured so that there is a monitor, a well control monitor on

17:15:48  7    the bridge; is that your opinion?

17:15:51  8    A.  I don't understand the question.

17:15:53  9    Q.  Without that monitor or without instantaneous communication

17:15:57 10    from the drill crew to the bridge crew, the moment there is a well

17:16:02 11    control situation, the bridge crew and the captain would have no

17:16:06 12    ability to EDS at that time, would they?

17:16:09 13    A.  I didn't understand the question, I'm sorry.

17:16:13 14    Q.  Would you agree with me that the captain cannot EDS until he

17:16:18 15    knows that there is an emergency, right?

17:16:22 16    A.  The captain can EDS at any time he wants.  He is in command of

17:16:27 17    the ship at all times.  It's up to him to make the decision when

17:16:31 18    the emergency is there, and he will take the appropriate action,

17:16:34 19    surely.

17:16:35 20    Q.  He can't do it until he knows it, can he, sir?

17:16:40 21    A.  That's correct.

17:16:40 22    Q.  And is it appropriate on your scenario for the people on the

17:16:46 23    bridge before they make a decision whether to EDS to contact the

17:16:52 24    drill crew to investigate the situation; is that appropriate

17:16:56 25    behavior?

17:16:56  1    A.  That's absolutely not required dependent upon the

17:17:00  2    circumstances.  And the circumstances of that night, the

17:17:04  3    combination of the jolting of the platform, the vibration of the

17:17:09  4    platform, eventually the raining of the mud, which you said is in

17:17:13  5    your own calculations a couple of minutes later, it's all that

17:17:17  6    Captain Kuchta needed to know to press that button.  He didn't need

17:17:20  7    to talk to other people.

17:17:22  8    Q.  So it doesn't matter in your opinion one way or the other --

17:17:26  9              THE COURT:  Wait.  Mr. Brian, this is getting repetitive

17:17:29 10    and it's getting argumentative.  I think you're beating a dead

17:17:32 11    horse now.  Let's move on.

17:17:34 12              MR. BRIAN:  Let me move to a different subject then.

17:17:36 13              THE COURT:  We're going to finish this witness.

17:17:38 14              MR. BRIAN:  I intend to, your Honor.

17:17:40 15              THE COURT:  Let's move on.

17:17:41 16              MR. BRIAN:  I intend to.

17:17:43 17    BY MR. BRIAN:

17:17:43 18    Q.  You testified about some conversations on the bridge between

17:17:47 19    the captain and Chris Pleasant.  Do you recall that?

17:17:51 20    A.  Yes, I did.

17:17:52 21    Q.  Between the captain and Mike Williams, do you recall that?

17:17:55 22    A.  Yes, I did.

17:17:55 23    Q.  And captain and Jimmy Harrell, do you recall that?

17:17:58 24    A.  Yes.

17:17:58 25    Q.  Every one of those conversations took place after those

17:18:06  1    individuals had gotten to the bridge after the explosion, correct?

17:18:14  2    A.  I can't recall.

17:18:15  3    Q.  Mr. Pleasant wasn't on the bridge until after the explosion,

17:18:20  4    was he, sir?

17:18:21  5    A.  I can't agree or disagree.  To be quite honest, I don't

17:18:28  6    remember.

17:18:28  7    Q.  So as you sit here today, you don't recall whether Mr. Pleasant

17:18:31  8    or Mr. Williams or even Mr. Harrell were on the bridge until after

17:18:36  9    the explosion, you don't recall one way or the other?

17:18:38  10   A.  I know Mr. Harrell arrived after because he was in his cabin

17:18:42  11   when the explosion occurred.

17:18:43  12   Q.  And as to Mr. Pleasant and Mr. Williams you just don't

17:18:48  13   remember; is that right?

17:18:49  14   A.  No, I honestly don't.

17:18:51  15   Q.  Have you looked at TREX --

17:18:53  16          MR. BRIAN:  Let's put up TREX-37031.7.1.0

17:18:53  17   BY MR. BRIAN:

17:19:03  18   Q.  These are the notes of a Bly investigator's interview of David

17:19:07  19   Sims.  David Sims was on the bridge that night, was he not, sir?

17:19:10  20   A.  I understand he was, yes.

17:19:11  21   Q.  And you understand that Mr. Sims told the investigators that

17:19:15  22   there was a quick discussion to disconnect.  Are you aware of that?

17:19:19  23   A.  No, I wasn't until I saw this today.

17:19:22  24   Q.  And did you read Mr. Keplinger's deposition?

17:19:31  25   A.  Yes.

17:19:31  1    Q.  Are you aware that he testified that the captain was in charge?

17:19:34  2    A.  That's what he said.

17:19:37  3    Q.  Did you read Captain Kuchta's sworn statement?

17:19:41  4    A.  I think -- yes, I did, I think, yes, a long time ago.

17:19:49  5          MR. BRIAN:  And let's put up TREX-3745.38.1.TO.

17:19:49  6    BY MR. BRIAN:

17:19:58  7    Q.  Are you aware that Mr. -- Captain Kuchta said he thinks the

17:20:03  8    crew handled themselves extremely well, and that I think for as bad

17:20:06  9    as a situation was, everything went as well as could be expected.

17:20:10 10    Are you aware of that?

17:20:12 11          MR. HAYCRAFT:  Objection, your Honor, foundation.  I am

17:20:13 12    not at all certain what this document is and where it comes from,

17:20:16 13    and I am --

17:20:18 14          THE COURT:  I thought Mr. Brian said it was a deposition?

17:20:22 15          MR. BRIAN:  No, it's a sworn statement by Mr. Kuchta

17:20:25 16    after the incident to the Coast Guard.  I don't think it's

17:20:28 17    impermissible.

17:20:30 18          MR. HAYCRAFT:  Well, I am having some --

17:20:33 19          MR. BRIAN:  It is a Coast Guard statement, your Honor.

17:20:35 20          MR. HAYCRAFT:  Whether it falls within your Honor's

17:20:37 21    orders regarding part of the Coast Guard investigation and the

17:20:41 22    joint investigation.

17:20:42 23          MR. BRIAN:  It was not part of the JIT hearings, it was a

17:20:45 24    statement made very shortly after the incident in a sworn

17:20:48 25    statement.  I don't think that's covered by the order.

17:20:50  1            THE COURT:  I don't know if it is or isn't, but doesn't

17:20:53  2   seem very productive when he says he's never seen it.  Whatever it

17:20:59  3   says, it says.

17:21:00  4            MR. BRIAN:  Okay.

17:21:01  5   BY MR. BRIAN:

17:21:02  6   Q.  Do you know how many people were saved that night?

17:21:06  7   A.  I could do the math, hundred and something.

17:21:11  8   Q.  About 115, wasn't it, sir?

17:21:13  9   A.  Something like that, yes.

17:21:14 10   Q.  Are you aware that Captain Kuchta was the last or next to last

17:21:19 11   person to leave the rig when he jumped off the rig?

17:21:21 12   A.  I understand that's the case.

17:21:23 13   Q.  Are you aware that he -- after he dove into the water, he took

17:21:29 14   a knife and swam toward the flames and cut one of the lifeboats

17:21:34 15   free from the rig and kept it from floating back into the flames;

17:21:37 16   are you aware of that?

17:21:38 17   A.  I read that.

17:21:39 18   Q.  Is that good conduct for a captain, sir?

17:21:42 19   A.  In isolation it is, but in my opinion, if he had done the job

17:21:50 20   in the first place, he wouldn't have been in the water with the

17:21:53 21   knife.

17:21:53 22   Q.  Are you aware of anybody who died that night who was not killed

17:22:11 23   in the initial explosion?

17:22:13 24            MR. HAYCRAFT:  Objection, your Honor, beyond the scope of

17:22:16 25   this gentleman's expertise.

| | | |
|---|---|---|
| 17:22:18 | 1 | MR. BRIAN:  Are you aware of it? |
| 17:22:19 | 2 | MR. HAYCRAFT:  That would call for a coroner's report. |
| 17:22:21 | 3 | THE COURT:  I'll let him answer if he knows. |
| 17:22:23 | 4 | MR. BRIAN:  Are you aware of any? |
| 17:22:25 | 5 | THE WITNESS:  No. |
| 17:22:26 | 6 | MR. BRIAN:  Nothing further, your Honor. |
| 17:22:28 | 7 | THE COURT:  Mr. Haycraft -- I'm sorry, Halliburton. |
| 17:22:31 | 8 | MR. GODWIN:  No questions, your Honor. |
| 17:22:32 | 9 | MR. HAYCRAFT:  Your Honor, I do have about 10 to |
| 17:22:37 | 10 | 15 minutes of redirect.  It would probably help me if I could sort |
| 17:22:40 | 11 | through and shorten it up. |
| 17:22:42 | 12 | THE COURT:  Means you're going to make it shorter? |
| 17:22:44 | 13 | MR. HAYCRAFT:  Very short. |
| 17:22:45 | 14 | THE COURT:  Let's try to keep it to about five minutes, |
| 17:22:48 | 15 | okay. |
| 17:22:49 | 16 | MR. ROBERTS:  Your Honor, before we do, I just want to |
| 17:22:51 | 17 | let the Court know we have about a maximum two minutes of a motion |
| 17:22:55 | 18 | we need to make before we recess today or during -- |
| 17:22:58 | 19 | THE COURT:  Let's take five minutes, okay. |
| 17:23:01 | 20 | THE DEPUTY CLERK:  All rise. |
| 17:23:02 | 21 | (WHEREUPON, A RECESS WAS TAKEN.) |
| 17:30:26 | 22 | (OPEN COURT.) |
| 17:30:26 | 23 | THE COURT:  Please be seated everyone.  All right. |
| 17:30:41 | 24 | Mr. Haycraft. |
| 17:30:44 | 25 | REDIRECT EXAMINATION |

9524

17:30:44  1    BY MR. HAYCRAFT:

17:30:47  2    Q.  Thank you, your Honor.  Mr. Mitchell, I have -- Mr. Mitchell, I

17:31:16  3    have you on redirect.

17:31:17  4         Let's talk about EDS drills.  What was Transocean's

17:31:21  5    requirement on *Deepwater Horizon* according to the emergency

17:31:25  6    response manual for frequency of EDS drills?

17:31:29  7    A.  They were carried out weekly.

17:31:30  8    Q.  What was Transocean's requirement about whether such drills,

17:31:35  9    all drills, including EDS drills, were to be logged and recorded in

17:31:41 10    the IADC daily drilling reports?  Was it a requirement to be

17:31:45 11    logged?

17:31:46 12    A.  It was a requirement.

17:31:47 13    Q.  And Mr. Brian showed you an IADC daily drilling report where an

17:31:57 14    EDS drill was actually logged, correct?

17:31:59 15    A.  Yes, it was.

17:32:00 16    Q.  And that shows that the Transocean *Deepwater Horizon* crew knew

17:32:05 17    that, if they did an EDS drill, they were to record it, correct?

17:32:10 18         MR. BRIAN:  Objection, leading.

17:32:12 19         THE COURT:  Yeah, try not to lead your witness.

17:32:14 20         MR. HAYCRAFT:  I am trying to move quickly, but you're

17:32:17 21    absolutely right.

17:32:18 22         THE COURT:  I understand.

17:32:19 23    BY MR. HAYCRAFT:

17:32:19 24    Q.  What did the fact that it was recorded in the document that

17:32:23 25    Mr. Brian show you reveal about what the crew knew about logging?

9525

17:32:29  1   A.  It demonstrated that when they did carry out EDS drills they

17:32:33  2   did, indeed, log them in the IADC reports.

17:32:36  3   Q.  And the IADC daily drilling report that Mr. Brian put up on the

17:32:41  4   screen, were you able to see in that period of time what the date

17:32:45  5   was on that?

17:32:46  6   A.  No, sir.  But I did see it was out of the scope of the 79 which

17:32:54  7   I reviewed.

17:32:54  8   Q.  And the 79 drilling reports you reviewed were for what period

17:32:59  9   of time?

17:32:59 10   A.  Well, the period of time that the *Deepwater Horizon* was on the

17:33:03 11   Macondo.

17:33:03 12   Q.  Are you 100 percent certain that all of the 79 daily drilling

17:33:08 13   reports that you've reviewed while the ship was at Macondo showed

17:33:14 14   no EDS drill being conducted?

17:33:17 15           MR. BRIAN:  Objection, asked and answered, your Honor.

17:33:19 16           THE WITNESS:  Yes.

17:33:19 17           THE COURT:  Overruled.

17:33:21 18           THE WITNESS:  Yes, I am sure.

17:33:24 19   BY MR. HAYCRAFT:

17:33:24 20   Q.  Now, I am going to turn your attention to the events on the

17:33:27 21   bridge, that window of opportunity.  You heard Mr. O'Bryan's

17:33:32 22   testimony this morning?

17:33:33 23   A.  Yes.

17:33:33 24   Q.  And Mr. Brian asked you about the timeframe when Captain Kuchta

17:33:40 25   went to the door and opened it up.  Do you recall that?

17:33:43  1   A.  I recall he mentioned it, yes.

17:33:46  2          MR. HAYCRAFT:  Let's call up TREX-1.103.1.TO.  I want to

17:34:01  3   go to the 21:42 timeframe on the time line.

17:34:01  4   BY MR. HAYCRAFT:

17:34:07  5   Q.  At what time does this time line show that the *Damon Bankston*

17:34:14  6   was called and told to stand off?

17:34:16  7   A.  21:42.

17:34:18  8   Q.  Using that time marker and considering what Mr. O'Bryan

17:34:24  9   testified to this morning, what time do you think it was, based on

17:34:29 10   these two facts, that Captain Kuchta was opening the door and

17:34:34 11   seeing mud raining down on the *Damon Bankston*?

17:34:37 12          MR. BRIAN:  I am going to object to that as no

17:34:40 13   foundation.  This is simply the Bly report, your Honor.  He has no

17:34:44 14   recipient knowledge of that at that time.  He's just repeating what

17:34:48 15   the report says.

17:34:49 16          THE COURT:  You asked him a lot of questions about the

17:34:51 17   same report.  Overrule the objection.

17:34:53 18   BY MR. HAYCRAFT:

17:34:53 19   Q.  What does that tell you about the timeframe?

17:34:55 20   A.  That mud was raining down on the *Damon Bankston* around 21:42.

17:35:00 21   Q.  Now, let me ask you about the command structure, questions that

17:35:04 22   Mr. Brian asked.  Did you, in fact, learn -- what did you learn

17:35:14 23   from a number of sources, including Transocean investigation

17:35:18 24   interviews, about what Mr. Kuchta -- or excuse me, Captain Kuchta

17:35:24 25   said to someone on the bridge about whether the EDS should be

17:35:30  1   activated?

17:35:31  2   A.  That he had to wait for Jimmy Harrell to arrive on the bridge

17:35:38  3   for permission to do so.

17:35:39  4   Q.  And even if such a statement was made by Captain Kuchta after

17:35:44  5   the explosion, what can you infer from that statement by Captain

17:35:50  6   Kuchta about what must have been in his mind prior to the first

17:35:55  7   explosion?

17:35:56  8   A.  The point that I've been making all along is I do not believe

17:36:01  9   that Captain Kuchta believed that he had the overriding

17:36:07  10  responsibility and authority to take the action to save his ship.

17:36:10  11  Q.  And do you recall the questions about BP's audit and that CMID

17:36:16  12  annex document?

17:36:17  13  A.  Yes.

17:36:17  14  Q.  And I believe you -- I believe you were asked questions about

17:36:22  15  whether BP, itself, was required by its own policy to check what to

17:36:29  16  measure the *Deepwater Horizon* against the ISM code.  Did you get

17:36:35  17  questions along those lines?

17:36:36  18  A.  Yes, I did.

17:36:37  19  Q.  And what is your response to that general line of inquiry?

17:36:41  20  A.  My response on two or three occasions was that BP was only

17:36:46  21  required by their own rules to check that the statutory certificate

17:36:52  22  required for the ISM code was, indeed, in place, and that was the

17:36:56  23  safety management certificate which was answered "yes" at the

17:36:59  24  beginning of the document.

17:37:00  25  Q.  And when that BP audit was conducted, did *Deepwater Horizon*

17:37:04  1   possess an up-to-date safety management certificate from a

17:37:10  2   recognized organization?

17:37:11  3   A.  Yes, it did.

17:37:12  4   Q.  But let's talk about the audit process and ISM code compliance.

17:37:20  5   You were one of the authors of the guidance documents for the

17:37:25  6   interpretation of the ISM code?

17:37:27  7   A.  Yes, sir.

17:37:28  8            MR. HAYCRAFT:  Let's turn to TREX-3163.3.1.

17:37:28  9   BY MR. HAYCRAFT:

17:37:39 10   Q.  Do you recognize these paragraphs as being from the ISM code

17:37:43 11   guidance materials that your working group authored?

17:37:46 12   A.  Yes, I do.

17:37:47 13   Q.  I'm reading out loud:  "Compliance with the ISM code does not

17:37:54 14   relieve the company, the master, or any other entity or person

17:37:57 15   involved in the management or operation of the ship of their own

17:38:00 16   responsibilities."  Did I read that correctly?

17:38:03 17   A.  You did.

17:38:04 18   Q.  Does that mean that having a certificate means the company is

17:38:11 19   absolved -- the "company" being the ship owning company -- is

17:38:14 20   absolved from a continuing responsibility to comply with the ISM

17:38:18 21   code?

17:38:19 22   A.  No.

17:38:19 23   Q.  And I am going to read from the next paragraph.  "Audit is a

17:38:23 24   sampling process and is not exhaustive in nature."  Is that a true

17:38:30 25   statement that audits are always a sampling process?

9529

17:38:34 1    A.  Yes, that's correct.

17:38:35 2    Q.  Does the audit remove the responsibility from the ship owner to

17:38:40 3    be sure that its ship complies with the ISM code?

17:38:44 4    A.  No, it does not.  In fact, that is part of Chapter 9 which

17:38:50 5    clearly highlights that the audit is only a snapshot in time and

17:38:55 6    that the company shall maintain the safety management system

17:38:59 7    between audits.

17:38:59 8    Q.  And the next sentence I'll read out loud:  "Issuance of

17:39:05 9    certification is based upon verification that the sample is in

17:39:08 10   compliance with the ISM code.  Where nonconformities have not been

17:39:13 11   found and reported, it does not mean that none exist."  Did I read

17:39:18 12   that correctly?

17:39:19 13   A.  Yes, you did.

17:39:38 14            MR. HAYCRAFT:  Your Honor, I have no further questions.

17:39:42 15            THE COURT:  All right.  Thank you, sir.  I think you're

17:39:45 16   done.

17:39:45 17            THE WITNESS:  Thank you.

17:39:57 18            THE COURT:  Does BP have any further witnesses or

17:39:59 19   evidence?

17:40:00 20            MR. BROCK:  We do not, your Honor.

17:40:02 21            THE COURT:  So BP rests, subject to, of course,

17:40:05 22   marshalling the exhibits, but...

17:40:07 23            MR. BROCK:  Yes, sir.  If you could bear with me, I have

17:40:10 24   a couple of things I think I need to put on the record.

17:40:13 25            THE COURT:  Okay.

OFFICIAL TRANSCRIPT

17:40:14  1            MR. BROCK:  So, your Honor, you are correct that that

17:40:17  2   concludes BP's presentation of evidence and we rest our case

17:40:21  3   subject to the following:  Admission of the remaining exhibits that

17:40:27  4   will be part of the marshalling process.  I think we have exhibits

17:40:32  5   still to be admitted for Mitchell, O'Bryan, Garrison, and Gardner.

17:40:38  6   There may be one or two others, but we would just say subject to

17:40:41  7   the witnesses that we have called and offering and admitting the

17:40:46  8   exhibits that we worked through.

17:40:48  9            THE COURT:  Right.  And I understand that from counsel

17:40:54 10   that you all will marshal with Judge Shushan now next week instead

17:41:01 11   of Friday.

17:41:02 12            MR. BROCK:  Okay.

17:41:02 13            THE COURT:  That's the latest I heard.

17:41:04 14            MR. BROCK:  On Friday of next week?

17:41:05 15            THE COURT:  I don't know what day next week, but it won't

17:41:09 16   be Friday, okay.

17:41:10 17            MR. BROCK:  Okay.

17:41:11 18            THE COURT:  So it will be -- she will just complete that

17:41:13 19   next week, okay?

17:41:14 20            MR. BROCK:  Okay.  And I do believe, your Honor, that

17:41:17 21   there have been discussions about the parties being allowed to

17:41:22 22   offer into evidence a small number of exhibits with good cause

17:41:27 23   shown, so to the extent that there is agreement among the parties

17:41:31 24   and with your Honor, that that can be done at some point in the

17:41:34 25   future.

17:41:35  1          THE COURT:  Well, the future being next week.

17:41:38  2          MR. BROCK:  The future being next week.

17:41:40  3          THE COURT:  Okay.  This is not just an open-ended

17:41:43  4     invitation.

17:41:44  5          MR. BROCK:  Believe me, next week --

17:41:47  6          THE COURT:  And I want to emphasize that what I don't

17:41:51  7     want, I don't expect and I won't allow just a document dump of

17:41:55  8     people just dumping in anything they want after the trial is over,

17:41:59  9     you know.  So it has to be some limited number of documents, small

17:42:03 10     number of documents for good cause shown why they should be

17:42:06 11     admitted beyond what was admitted during the trial.

17:42:10 12          MR. BROCK:  I think we were thinking of something in the

17:42:13 13     range of ten, but we'll work that out and something acceptable to

17:42:16 14     your Honor.

17:42:16 15          THE COURT:  Okay.

17:42:17 16          MR. BROCK:  We need to present and have admitted a few

17:42:21 17     deposition bundles which have been identified to Magistrate Shushan

17:42:25 18     at the April 11th marshalling conference.  They've been submitted

17:42:28 19     to in data.  It's four witnesses:  Peter Bjerager, B-J-E-R-A-G-E-R;

17:42:39 20     Andrea Katsounas -- I couldn't get a Smith here --

17:42:49 21     K-A-T-S-O-U-N-A-S; Chris Milsap and Jim Prestidge,

17:42:56 22     P-R-E-S-T-I-D-G-E.

17:42:59 23          Additionally, BP has previously offered into evidence its

17:43:03 24     designations contained within the deposition bundles previously

17:43:06 25     offered by the PSC, the U.S., the States, Transocean, and

9532

17:43:10   1   Halliburton.  I just need to say for the record that in offering

17:43:13   2   our portions of these depositions into evidence, we are not waiving

17:43:18   3   but maintain our objections to the portions of the depositions

17:43:22   4   designated by the other parties.

17:43:23   5          Finally, subject to our objections regarding the use of

17:43:28   6   depositions and which witnesses have invoked the Fifth Amendment,

17:43:32   7   complete our part of the record -- and we've mentioned this also at

17:43:35   8   the April 11th marshalling conference -- we will offer the

17:43:39   9   following three deposition designation bundles not previously

17:43:43  10   offered by the PSC to include Bill Johnson, Patrick Morgan, and

17:43:50  11   Wyman Wheeler.

17:43:52  12          THE COURT:  Those are persons who took the Fifth

17:43:54  13   Amendment?

17:43:55  14          MR. BROCK:  Yes, sir.  And then last, BP has previously

17:43:59  15   moved for judgment on gross negligence and willful misconduct

17:44:03  16   against all of the plaintiffs, on partial findings under 52, and at

17:44:08  17   this point, we would just reurge and preserve our legal position in

17:44:14  18   this regard.  And of course, we will be making post Phase One

17:44:18  19   filings as the Court directs in terms of post trial motions.

17:44:24  20          THE COURT:  All right.

17:44:25  21          MR. BROCK:  Subject to those points, your Honor, BP rests

17:44:28  22   its case.

17:44:29  23          THE COURT:  All right.  Thank you, Mr. Brock.  Is there

17:44:34  24   any rebuttal evidence to be offered by the plaintiff, Plaintiffs'

17:44:39  25   Steering Committee?

9533

17:44:41  1          MR. ROY:  No, your Honor.

17:44:43  2          THE COURT:  All right.

17:44:44  3          MR. ROY:  There is not.  And just for record keeping

17:44:46  4  purposes, we would have generally the same reservation.  It will be

17:44:52  5  whatever else we've got to be dealt with at the marshals

17:44:56  6  conference, the remaining exhibits and so forth.  The conditional

17:44:58  7  offerings of depositions that weren't actually called live, we'll

17:45:03  8  straighten that out at the marshalling conference.

17:45:05  9          THE COURT:  I think we all understand that the "record"

17:45:09 10  is being kept open for the limited purpose of the final marshalling

17:45:14 11  of the exhibits and getting that all straight, okay.

17:45:21 12          Wait, before you come up Mr. Roberts, I need to ask if

17:45:24 13  the United States has any rebuttal?

17:45:26 14          MR. UNDERHILL:  I am exercising discretion and judgment,

17:45:29 15  your Honor, no; and we adopt the same stipulations by the parties.

17:45:34 16          THE COURT:  What I said will apply to everyone else

17:45:36 17  obviously.

17:45:37 18          Alabama?

17:45:38 19          MR. MAZE:  No, your Honor.

17:45:39 20          THE COURT:  Louisiana?

17:45:40 21          MR. KANNER:  No, thank you, your Honor.

17:45:42 22          THE COURT:  Okay.  Very well.

17:45:44 23          Okay.  Mr. Roberts, you had something you wanted to bring

17:45:46 24  up?

17:45:48 25          MR. ROBERTS:  Thank you, Judge Barbier.  Steve Robert for

OFFICIAL TRANSCRIPT

17:45:52 1    Transocean.

17:45:52 2            The Court has just indicated that the record has been

17:45:54 3    left open.  The bundle process and the adverse inference process

17:45:58 4    have created a bit of a quandary for those of us who have raised

17:46:04 5    objections.  I understand the Court has not had a chance to look at

17:46:07 6    either the bundle submissions that have come in or, apparently, are

17:46:10 7    coming in today and at the marshalling conference.

17:46:13 8            THE COURT:  I absolutely have not looked at them.

17:46:16 9            MR. ROBERTS:  As well as the Fifth Amendment tenders.

17:46:19 10           THE COURT:  I have looked at the Fifth Amendment issue,

17:46:21 11   but I am not ready to rule on that, okay.

17:46:25 12           MR. ROBERTS:  And I am not asking the Court to rule on

17:46:27 13   them.  I would just ask that, in addition to leaving the record

17:46:31 14   open that we have preserved the objections that we have raised in

17:46:35 15   the bundle submissions as well as in the motions in limine that we

17:46:39 16   have raised and filed with the Court for the adverse inference

17:46:42 17   rulings.

17:46:42 18           THE COURT:  Absolutely.

17:46:43 19           MR. ROBERTS:  Thank you, your Honor.

17:46:45 20           THE COURT:  Thank you.

17:46:46 21           MR. BROCK:  BP would join that motion also, please, your

17:46:49 22   Honor.

17:46:49 23           MR. GODWIN:  And, your Honor, Don Godwin for Halliburton.

17:46:51 24   We join that motion as well.

17:46:52 25           THE COURT:  Very well.

17:46:53   1          MR. GODWIN:  Thank you, your Honor.

17:46:55   2          THE COURT:  Okay.  All right.  We have now concluded

17:47:00   3   Phase One, all of the evidence in Phase One.  Obviously as I said,

17:47:05   4   as we all said in the beginning of this trial, this is the first

17:47:11   5   phase of a multi-phase trial, that we anticipate to continue with a

17:47:23   6   second phase trial in September is the present plan.

17:47:33   7          I will invite or ask counsel for the parties to -- I know

17:47:37   8   I've gotten some suggestions already, and I don't know if we need

17:47:43   9   to set anything in stone today, but what I plan to do is to allow I

17:48:07  10   am thinking 60 days, I think that's the suggestion from the

17:48:07  11   consensus of the parties, that sounds reasonable to me.  There's a

17:48:07  12   huge amount of evidence obviously in this case, including, of

17:48:08  13   course, the last eight weeks of trial; but beyond that, there's a

17:48:14  14   huge amount of evidence that was introduced by way of depositions

17:48:20  15   and documents that are even beyond the trial evidence.  So there's

17:48:28  16   a huge amount of evidence for the Court and the parties to

17:48:31  17   consider.  So I think 60 days is very reasonable.

17:48:35  18          What I would like -- and I'll just give a broad overview

17:48:38  19   of it now, and if we need to over the next week or so refine this,

17:48:45  20   we can do so.  Probably I'll issue a written order within the next

17:48:52  21   few days or next week.  But I am thinking 60 days for simultaneous

17:48:56  22   post-trial briefing and submission of Findings of Fact, proposed

17:49:01  23   Findings of Fact and Conclusions of Law.  And then a period of I'm

17:49:07  24   thinking 20 days thereafter for reply briefs, probably limited

17:49:14  25   to -- well, we have to talk about page limits.

17:49:17  1          The suggestion I think from the parties was to have

17:49:21  2   briefs, original opening briefs limited to 50 pages, 50-page brief

17:49:29  3   plus proposed findings and conclusions, that seems to be what you

17:49:33  4   all are suggesting.  And again, it sounds reasonable to me.

17:49:37  5          The issue was raised as to whether the Court should

17:49:41  6   require or certainly strongly suggest that some of these,

17:49:46  7   particularly on the plaintiff side could be joint submissions.

17:49:49  8   Seems to me since the plaintiffs, the private plaintiffs, the

17:49:55  9   states of Alabama and Louisiana and the U.S.A. largely presented

17:49:59 10   their case together -- I think the U.S.A. is in a slightly

17:50:05 11   different position with respect to some issues.  So I want to give

17:50:14 12   that a little more thought, but you all might confer and see what

17:50:18 13   you all can agree to on the plaintiff's side in terms of joint

17:50:22 14   submissions in terms of page limits.

17:50:28 15          The other thing, with respect to any Proposed Findings of

17:50:36 16   Facts and Conclusions of Law, I certainly want those to be -- well,

17:50:43 17   Proposed Findings of Fact in particular to be tied and pinpointed

17:50:49 18   to the record, you know, record cites, either testimony or

17:50:52 19   exhibits.  So that we don't have to hunt through the record for

17:50:55 20   that.

17:51:00 21          Does anybody have anything else to raise today?

17:51:04 22          I want to thank you all counsel in this case.  I think

17:51:16 23   the quality of the lawyering and the professionalism and civility

17:51:22 24   with which this case has been tried is exemplary, and I know I

17:51:26 25   appreciate it, it's made my job easier.  And also, I appreciate the

17:51:36  1    fact that we were able to complete this trial in two months rather

17:51:42  2    than three months that everyone projected when we first began.  So

17:51:48  3    again, I do appreciate the efforts.

17:51:50  4         I know that it's been demanding at times, and I got the

17:51:58  5    impression that not everyone is accustomed to starting trials at

17:52:01  6    eight in the morning, but that's my usual time for bench trials;

17:52:08  7    but by doing that and working four long days a week, I think it

17:52:14  8    worked well for everybody.

17:52:16  9         So between now and Phase Two, we will have plenty of

17:52:20 10    opportunity to get feedback from everyone in terms of maybe things

17:52:26 11    we could tweak to do if we have to tweak something in terms of how

17:52:29 12    we try the next phase, I'm certain we will consider that; but from

17:52:35 13    my perspective it seemed to work well having four-day weeks and

17:52:39 14    longer days but four days instead of five days.

17:52:43 15         Okay.  So unless someone has anything else, we will again

17:52:49 16    recess this trial, pending Phase Two.  Have a good day.

17:52:54 17              THE DEPUTY CLERK:  All rise.

         18         (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

         19

         20                    *  *  *  *  *  *

         21

         22

         23

         24

         25

1

2

3                          REPORTER'S CERTIFICATE

4

5          I, Karen A. Ibos, CCR, Official Court Reporter, United

6     States District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript, to the

8     best of my ability and understanding, from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11

12                          _____

13                          Karen A. Ibos, CCR, RPR, CRR, RMR

14                          Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

**'** 

**'72** [1] - 9402:13
**'80s** [1] - 9405:25
**'90s** [1] - 9473:13
**'Did** [1] - 9427:9
**'we** [1] - 9427:17
**'well** [1] - 9427:20

**0**

**01470-049** [1] - 9462:18

**1**

**1** [2] - 9448:20, 9448:22
**1.1.2** [1] - 9447:22
**1.4** [4] - 9448:9, 9448:10, 9448:20
**10** [5] - 9464:1, 9464:10, 9465:3, 9465:21, 9523:9
**10-MD-2179** [1] - 9388:7
**100** [1] - 9525:12
**1000** [1] - 9392:20
**1001** [1] - 9392:14
**101** [1] - 9389:20
**103-104** [1] - 9417:13
**11** [5] - 9398:3, 9467:12, 9467:13, 9495:17, 9498:13
**1100** [1] - 9392:11
**1110** [1] - 9392:23
**115** [1] - 9522:8
**11:30** [1] - 9398:8
**11th** [2] - 9531:18, 9532:8
**12** [7] - 9439:15, 9439:16, 9439:17, 9439:20, 9441:21, 9469:3
**12.2** [1] - 9439:14
**1201** [2] - 9392:2, 9393:4
**13** [7] - 9408:4, 9408:19, 9408:21, 9409:17, 9481:23, 9492:24, 9503:15
**1308** [1] - 9389:22
**1331** [1] - 9393:7
**136** [1] - 9410:7
**14** [1] - 9507:15
**14271** [1] - 9390:23
**15** [4] - 9497:12, 9500:9, 9506:13,

9523:10
**15-minute** [1] - 9452:11
**150** [1] - 9437:8
**155** [1] - 9405:1
**15th** [2] - 9508:2, 9508:4
**16** [3] - 9402:2, 9403:19, 9492:14
**1601** [1] - 9389:9
**1665** [1] - 9393:7
**167** [3] - 9410:4, 9410:8, 9410:9
**16th** [1] - 9508:11
**17** [3] - 9388:8, 9395:2, 9506:13
**17.1** [2] - 9449:21, 9449:23
**1700** [1] - 9393:4
**1776.1.1.TO** [1] - 9483:25
**1780** [1] - 9503:15
**1781** [1] - 9503:15
**17th** [1] - 9495:5
**1885** [1] - 9391:14
**19** [1] - 9402:11
**192** [2] - 9412:3, 9413:8
**194** [1] - 9466:11
**1962** [1] - 9402:2
**1966** [1] - 9402:7
**1967** [1] - 9402:13
**197** [2] - 9412:3, 9413:2
**1972** [1] - 9402:15
**1973** [1] - 9403:1
**1980s** [1] - 9476:4
**1987** [2] - 9475:11, 9476:5
**1989** [1] - 9406:3
**1994** [1] - 9406:16
**1997** [1] - 9410:2
**1998** [1] - 9507:5

**2**

**2** [2] - 9441:21, 9503:16
**20** [4] - 9388:5, 9492:14, 9517:10, 9535:24
**20004** [1] - 9392:2
**2002** [2] - 9508:2, 9508:4
**20044** [3] - 9390:18, 9390:23, 9391:4
**2006** [4] - 9410:2, 9410:12, 9410:14, 9410:16

**2007** [4] - 9459:17, 9466:11, 9468:5, 9508:11
**2008** [2] - 9483:17, 9507:12
**2009** [7] - 9462:9, 9478:18, 9483:17, 9486:9, 9488:21, 9488:25, 9491:10
**2010** [18] - 9388:6, 9413:25, 9444:5, 9448:6, 9454:22, 9462:8, 9462:11, 9463:12, 9463:14, 9465:4, 9465:19, 9483:17, 9484:3, 9488:22, 9489:1, 9491:22, 9492:17
**2011** [3] - 9484:25, 9485:4, 9485:11
**2012** [1] - 9483:11
**2013** [3] - 9388:8, 9395:2, 9495:5
**208** [3] - 9413:1, 9413:2, 9413:9
**20th** [13] - 9413:25, 9436:20, 9443:23, 9444:4, 9448:6, 9465:4, 9465:19, 9484:3, 9485:20, 9489:1, 9491:22, 9492:17, 9504:12
**21** [1] - 9430:13
**212,000** [1] - 9404:14
**21:40** [1] - 9512:7
**21:41** [5] - 9417:7, 9417:14, 9511:24, 9512:6, 9512:11
**21:42** [3] - 9526:3, 9526:7, 9526:20
**21:43** [3] - 9417:21, 9417:22, 9513:7
**21:44** [4] - 9512:13, 9512:15, 9513:6, 9513:14
**21:45** [2] - 9417:22, 9513:6
**21:46** [1] - 9513:6
**21:49** [1] - 9418:9
**22** [1] - 9498:14
**2211** [1] - 9392:23
**2216** [1] - 9390:7
**22ND** [1] - 9389:15
**23** [2] - 9493:6, 9498:1
**23451** [1] - 9389:15
**2389.158.1.TO** [1] - 9515:15
**24** [3] - 9440:5, 9492:5, 9500:9

**25** [2] - 9483:11, 9498:1
**2615** [1] - 9389:12
**27** [3] - 9406:3, 9484:25, 9495:12
**28** [1] - 9388:19
**2:10-CV-02771** [1] - 9388:11
**2:10-CV-4536** [1] - 9388:14

**3**

**3** [6] - 9412:8, 9454:4, 9454:9, 9454:10, 9480:10, 9480:19
**3,500** [1] - 9466:22
**30** [4] - 9470:5, 9496:13, 9496:17, 9497:4
**300** [1] - 9392:5
**303** [1] - 9404:12
**320** [1] - 9405:4
**331** [1] - 9492:24
**332** [1] - 9492:24
**335** [1] - 9392:18
**336** [1] - 9492:14
**35TH** [1] - 9392:18
**36130** [1] - 9391:9
**36604** [1] - 9389:10
**3668** [1] - 9389:4
**3700** [2] - 9392:11, 9392:14
**390** [1] - 9466:21
**3959.1** [1] - 9442:20

**4**

**4** [3] - 9456:8, 9456:9, 9498:13
**4.5** [2] - 9445:17, 9446:25
**40** [1] - 9517:7
**402** [1] - 9389:15
**403** [1] - 9464:13
**409.192.1** [1] - 9429:6
**41** [2] - 9409:9, 9409:19
**4310** [1] - 9390:5
**435** [1] - 9389:20
**44046.16.1** [1] - 9510:2
**4472.5.8** [1] - 9427:13
**45** [1] - 9518:4
**450** [1] - 9390:12

**48** [1] - 9452:22
**4965** [1] - 9420:10
**4967** [1] - 9452:19

**5**

**5** [2] - 9448:20, 9448:23
**5,000** [2] - 9468:17, 9468:18
**5.2** [3] - 9420:19, 9443:8, 9461:3
**50** [3] - 9476:2, 9505:11, 9536:2
**50-page** [1] - 9536:2
**500** [3] - 9389:4, 9391:8, 9393:10
**5000** [1] - 9391:23
**504** [1] - 9393:11
**52** [1] - 9532:16
**5395** [1] - 9390:12
**54** [3] - 9412:7, 9496:4, 9496:16
**556** [1] - 9389:4
**5690** [1] - 9506:13
**5720** [1] - 9430:13
**5721.1** [1] - 9430:12
**5788** [1] - 9504:22
**589-7776** [1] - 9393:11

**6**

**6** [1] - 9492:24
**6.1.1** [1] - 9477:10
**60** [3] - 9535:10, 9535:17, 9535:21
**600** [3] - 9389:15, 9389:17, 9392:21
**601** [1] - 9389:12
**60654** [1] - 9392:6
**618** [1] - 9390:2
**641** [2] - 9406:5, 9406:8

**7**

**7** [2] - 9459:19, 9480:10
**701** [2] - 9391:17, 9391:23
**70113** [1] - 9389:7
**70130** [5] - 9389:13, 9389:18, 9390:8, 9391:18, 9393:11
**70139** [1] - 9391:23
**70163** [1] - 9392:12
**70360** [1] - 9389:20

**70458** [1] - 9389:23
**70502** [2] - 9389:5, 9392:21
**70801** [1] - 9390:3
**70804** [1] - 9391:15
**75270** [1] - 9393:5
**7611** [1] - 9390:18
**77002** [1] - 9392:15
**77006** [1] - 9390:5
**77010** [1] - 9393:7
**77098** [1] - 9392:24
**79** [4] - 9440:9, 9525:6, 9525:8, 9525:12
**7TH** [1] - 9390:12

## 8

**81** [3] - 9441:8, 9441:9, 9441:14
**820** [1] - 9389:7
**84** [2] - 9496:16, 9496:20
**8851** [1] - 9498:1
**8852** [2] - 9498:13, 9500:9
**8:52** [1] - 9453:9

## 9

**9** [1] - 9529:4
**90** [2] - 9408:22, 9410:4
**90071** [1] - 9392:18
**938.19.2** [1] - 9448:9
**9400/11** [1] - 9394:4
**9400/22** [1] - 9394:5
**94005** [1] - 9391:14
**9401/10** [1] - 9394:13
**94102** [1] - 9390:13
**9411/18** [1] - 9394:15
**9453/18** [1] - 9394:17
**9473/3** [1] - 9394:19
**9478/3** [1] - 9394:21
**9524/1** [1] - 9394:23
**9:30** [5] - 9398:3, 9398:5, 9398:7, 9398:22, 9398:23
**9:40** [2] - 9423:12, 9423:15
**9:41** [1] - 9417:7
**9:42** [1] - 9517:25
**9:43** [3] - 9513:24, 9513:25, 9517:25
**9:44** [1] - 9518:4
**9:45** [4] - 9513:24, 9513:25, 9514:5, 9514:13

**9:46** [1] - 9517:7
**9:49** [2] - 9514:9, 9514:13
**9TH** [1] - 9389:17

## A

**abandon** [1] - 9506:3
**Aberdeen** [7] - 9404:21, 9405:14, 9405:17, 9406:4, 9406:6, 9406:19
**ability** [7] - 9416:13, 9433:12, 9433:23, 9434:9, 9482:1, 9518:12, 9538:8
**able** [5] - 9398:9, 9416:21, 9421:14, 9525:4, 9537:1
**aboard** [17] - 9401:25, 9402:17, 9405:10, 9414:20, 9414:21, 9438:1, 9445:23, 9447:2, 9447:4, 9447:7, 9447:17, 9448:15, 9450:10, 9451:23, 9451:25, 9492:17, 9493:3
**above** [1] - 9538:9
**above-entitled** [1] - 9538:9
**ABRAMSON** [1] - 9389:11
**absence** [2] - 9436:17, 9441:13
**absolute** [1] - 9420:21
**absolutely** [17] - 9416:17, 9432:18, 9437:25, 9438:7, 9467:2, 9472:5, 9476:1, 9489:5, 9489:24, 9496:25, 9498:22, 9505:25, 9517:18, 9519:1, 9524:21, 9534:8, 9534:18
**absolved** [2] - 9528:19, 9528:20
**academic** [3] - 9403:25, 9420:25, 9436:24
**acceptable** [1] - 9531:13
**accepted** [1] - 9411:13
**access** [1] - 9456:18
**Accident** [1] -

9415:16
**accordance** [2] - 9482:2, 9486:15
**according** [6] - 9449:15, 9496:4, 9497:8, 9513:12, 9514:11, 9524:5
**accordingly** [1] - 9412:2
**account** [2] - 9427:22, 9452:25
**accounts** [1] - 9511:10
**accurate** [7] - 9418:6, 9418:7, 9429:22, 9430:4, 9440:25, 9507:19, 9507:21
**accustomed** [2] - 9398:5, 9537:5
**achieve** [2] - 9422:9, 9460:3
**achieved** [6] - 9403:13, 9420:23, 9421:9, 9421:25, 9462:23, 9475:16
**achievement** [2] - 9437:9, 9463:13
**achieving** [2] - 9422:2, 9463:2
**acquired** [1] - 9406:15
**acronym** [2] - 9408:1, 9408:15
**across** [2] - 9432:25, 9439:12
**action** [6] - 9419:12, 9428:13, 9471:25, 9516:16, 9518:18, 9527:10
**ACTION** [1] - 9388:7
**actions** [6] - 9416:11, 9439:24, 9442:3, 9479:22, 9503:24, 9515:1
**activate** [4] - 9416:22, 9418:12, 9427:7, 9434:11
**activated** [4] - 9418:23, 9433:13, 9479:14, 9527:1
**activation** [1] - 9419:6
**activities** [2] - 9402:20, 9405:11
**activity** [3] - 9406:8, 9407:1, 9470:25
**actual** [1] - 9444:6
**actually** [14] - 9395:17, 9399:17,

9438:14, 9444:13, 9446:21, 9459:21, 9473:14, 9490:5, 9498:13, 9499:19, 9504:3, 9513:16, 9524:14, 9533:7
**AD** [1] - 9504:2
**addition** [5] - 9435:19, 9450:1, 9466:21, 9485:25, 9534:13
**additional** [3] - 9421:3, 9461:24, 9502:24
**additionally** [1] - 9531:23
**address** [2] - 9412:1, 9438:9
**addressed** [2] - 9468:2, 9510:4
**adhere** [2] - 9439:23, 9442:3
**adjacent** [1] - 9424:4
**administration** [2] - 9489:5, 9489:24
**administrations** [3] - 9410:5, 9410:9, 9460:4
**Admiralty** [1] - 9411:3
**admission** [1] - 9530:3
**admitted** [11] - 9395:17, 9397:1, 9397:6, 9397:10, 9397:14, 9399:24, 9408:24, 9530:5, 9531:11, 9531:16
**admitting** [2] - 9399:7, 9530:7
**adopt** [1] - 9533:15
**adopted** [3] - 9406:23, 9409:17, 9409:18
**adoption** [1] - 9407:2
**adverse** [2] - 9534:3, 9534:16
**advise** [2] - 9489:23, 9490:1
**advised** [1] - 9514:6
**affect** [1] - 9517:16
**affirmative** [2] - 9488:7, 9488:19
**aft** [4] - 9419:24, 9420:3, 9424:2
**aft-ward** [1] - 9420:3
**after** [33] - 9400:4, 9402:14, 9402:24, 9404:18, 9405:15, 9406:3, 9422:1,

9424:19, 9425:7, 9425:10, 9429:11, 9452:12, 9467:4, 9468:10, 9477:1, 9507:14, 9511:3, 9512:7, 9513:14, 9514:11, 9516:21, 9519:25, 9520:1, 9520:3, 9520:8, 9520:10, 9521:16, 9521:24, 9522:13, 9527:4, 9531:8
**afternoon** [6] - 9397:23, 9443:15, 9453:19, 9453:22, 9478:4, 9478:6
**AFTERNOON** [1] - 9388:19
**again** [14] - 9405:16, 9423:4, 9435:17, 9446:22, 9451:7, 9460:12, 9461:22, 9478:20, 9485:13, 9490:25, 9516:24, 9536:4, 9537:3, 9537:15
**against** [4] - 9419:25, 9449:18, 9527:16, 9532:16
**age** [2] - 9402:2, 9403:23
**agency** [1] - 9450:3
**ago** [7] - 9426:6, 9431:10, 9464:18, 9471:7, 9513:22, 9516:25, 9521:4
**agree** [23] - 9395:22, 9414:13, 9414:14, 9418:9, 9437:12, 9443:11, 9449:3, 9471:3, 9471:12, 9471:14, 9472:12, 9472:13, 9482:10, 9486:18, 9486:20, 9486:21, 9496:20, 9515:23, 9515:25, 9518:14, 9520:5, 9536:13
**agreed** [1] - 9399:17
**agreement** [1] - 9530:23
**aground** [2] - 9411:6, 9414:7
**ahead** [10] - 9400:17, 9413:13, 9430:20, 9431:12, 9433:17, 9447:13, 9454:9, 9456:14, 9456:20, 9489:10
**aid** [1] - 9462:9

**AL** [4] - 9388:13, 9388:15, 9389:10, 9391:9
**Alabama** [4] - 9472:25, 9473:4, 9533:18, 9536:9
**ALABAMA** [2] - 9391:6
**alarms** [1] - 9427:8
**alert** [3] - 9439:24, 9442:1, 9442:3
**all** [91] - 9398:3, 9398:4, 9399:10, 9400:15, 9402:21, 9405:25, 9408:22, 9409:17, 9410:1, 9411:13, 9413:6, 9413:13, 9413:23, 9414:14, 9415:1, 9420:22, 9423:8, 9429:14, 9429:19, 9430:1, 9431:25, 9441:4, 9443:1, 9443:4, 9443:13, 9443:15, 9444:22, 9449:3, 9449:18, 9449:25, 9450:2, 9452:11, 9452:13, 9452:16, 9453:6, 9453:16, 9455:13, 9458:1, 9459:1, 9463:3, 9465:2, 9465:9, 9467:14, 9469:15, 9469:18, 9471:10, 9472:21, 9474:19, 9477:21, 9477:22, 9477:24, 9480:17, 9485:22, 9492:10, 9492:16, 9495:3, 9496:20, 9500:19, 9508:8, 9510:9, 9510:11, 9512:7, 9515:10, 9515:18, 9518:17, 9519:5, 9521:12, 9523:20, 9523:23, 9524:9, 9525:12, 9527:8, 9529:15, 9530:10, 9532:16, 9532:20, 9532:23, 9533:2, 9533:9, 9533:11, 9535:2, 9535:3, 9535:4, 9536:4, 9536:12, 9536:13, 9536:22, 9537:17
**ALLAN** [1] - 9391:16
**allow** [5] - 9412:19, 9467:23, 9531:7, 9535:9

**allowed** [1] - 9530:21
**allows** [2] - 9403:10, 9422:11
**almost** [3] - 9403:19, 9468:10, 9491:23
**alone** [1] - 9471:10
**along** [3] - 9422:20, 9527:8, 9527:17
**aloud** [1] - 9450:18
**Alpha** [5] - 9404:23, 9404:24, 9404:25, 9405:1, 9405:5
**already** [7] - 9408:24, 9428:11, 9461:23, 9472:3, 9491:11, 9500:11, 9535:8
**also** [37] - 9397:2, 9397:7, 9400:16, 9400:17, 9405:9, 9409:25, 9410:4, 9410:21, 9412:21, 9414:23, 9421:1, 9430:1, 9435:4, 9438:14, 9442:15, 9451:21, 9455:17, 9460:11, 9467:19, 9469:11, 9473:17, 9474:5, 9474:21, 9477:6, 9482:5, 9483:21, 9484:9, 9486:1, 9487:23, 9488:10, 9498:8, 9501:16, 9504:15, 9505:6, 9532:7, 9534:21, 9536:25
**although** [2] - 9425:1, 9465:23
**always** [5] - 9405:6, 9456:1, 9459:17, 9471:1, 9528:25
**Amended** [1] - 9412:7
**amended** [2] - 9412:12, 9487:14
**Amendment** [4] - 9532:6, 9532:13, 9534:9, 9534:10
**AMERICA** [3] - 9388:14, 9390:10, 9391:21
**AMERICAN** [1] - 9389:12
**American** [1] - 9408:4
**among** [4] - 9448:25, 9487:1, 9498:17, 9530:23
**amount** [4] - 9434:1, 9535:12, 9535:14,

9535:16
**analysis** [5] - 9422:19, 9434:10, 9443:16, 9496:8, 9514:1
**analyze** [2] - 9422:16, 9478:9
**anchor** [2] - 9414:6, 9446:12
**anchored** [3] - 9446:8, 9446:10, 9446:11
**anchors** [1] - 9446:11
**AND** [4] - 9388:12, 9392:9, 9401:3, 9441:19
**and/or** [2] - 9465:20, 9510:6
**Anderson** [2] - 9498:10, 9498:16
**Andrea** [5] - 9426:24, 9427:14, 9427:17, 9427:19, 9531:20
**Andrew** [4] - 9400:24, 9401:7, 9401:14, 9411:9
**ANDREW** [4] - 9392:4, 9394:11, 9401:3, 9401:7
**ANGELES** [1] - 9392:18
**animals** [1] - 9485:8
**Annex** [2] - 9475:5, 9475:7
**annex** [3] - 9486:8, 9487:21, 9527:12
**annual** [2] - 9462:8, 9462:11
**annular** [3] - 9515:16, 9516:19, 9516:21
**another** [10] - 9408:3, 9408:15, 9425:10, 9427:20, 9428:5, 9455:17, 9467:25, 9493:5, 9508:7, 9508:9
**answer** [20] - 9396:1, 9428:4, 9433:17, 9465:8, 9465:24, 9477:13, 9479:16, 9488:7, 9488:19, 9489:13, 9494:9, 9495:8, 9502:22, 9508:20, 9508:22, 9513:9, 9514:21, 9514:23, 9515:9, 9523:3
**ANSWER** [28] -

9429:13, 9429:16, 9429:18, 9429:21, 9429:23, 9429:25, 9430:3, 9430:5, 9430:24, 9431:1, 9441:23, 9442:6, 9442:10, 9442:25, 9443:6, 9443:9, 9492:19, 9493:11, 9498:4, 9498:18, 9498:22, 9498:25, 9499:3, 9499:5, 9499:7, 9499:9, 9503:19, 9506:16
**Answer** - 9493:6
**answered** [6] - 9427:19, 9449:10, 9477:19, 9494:7, 9525:15, 9527:23
**answering** [1] - 9495:1
**ANTHONY** [1] - 9390:7
**Anthony** [1] - 9399:14
**anticipate** [1] - 9535:5
**anticipated** [2] - 9416:3, 9434:6
**any** [55] - 9396:25, 9397:5, 9397:9, 9397:13, 9399:23, 9406:20, 9408:14, 9409:5, 9409:23, 9412:12, 9414:15, 9414:25, 9423:15, 9437:1, 9437:5, 9440:11, 9441:14, 9448:25, 9450:2, 9453:5, 9455:22, 9459:12, 9459:14, 9459:15, 9465:21, 9469:6, 9469:20, 9473:8, 9473:9, 9477:13, 9478:17, 9479:10, 9487:19, 9488:8, 9488:15, 9491:6, 9491:7, 9496:7, 9496:23, 9497:4, 9499:25, 9500:7, 9501:22, 9503:1, 9505:10, 9513:2, 9518:16, 9523:4, 9528:14, 9529:18, 9532:24, 9533:13, 9536:15
**anybody** [4] - 9512:23, 9513:2, 9522:22, 9536:21
**anyone** [1] - 9399:1

**anything** [7] - 9463:18, 9490:17, 9493:8, 9531:8, 9535:9, 9536:21, 9537:15
**anyway** [2] - 9476:19, 9500:24
**anywhere** [1] - 9420:6
**apparent** [5] - 9416:23, 9416:24, 9421:17, 9456:1, 9456:2
**apparently** [2] - 9456:13, 9534:6
**appear** [1] - 9411:4
**APPEARANCES** [1] - 9389:1
**appeared** [1] - 9410:22
**application** [1] - 9407:5
**applied** [1] - 9454:3
**applies** [2] - 9449:16, 9471:5
**apply** [4] - 9461:7, 9461:11, 9467:19, 9533:16
**applying** [2] - 9461:6, 9473:20
**appointments** [1] - 9437:23
**appraisals** [1] - 9498:18
**appreciate** [4] - 9485:9, 9536:25, 9537:3
**apprentice** [3] - 9402:3, 9402:4, 9402:5
**approach** [2] - 9451:11, 9477:25
**approached** [1] - 9407:4
**appropriate** [8] - 9436:15, 9453:13, 9463:12, 9516:18, 9516:22, 9518:18, 9518:22, 9518:24
**approximately** [5] - 9417:4, 9417:7, 9417:14, 9511:24, 9514:4
**APRIL** [2] - 9388:5, 9395:2
**April** [17] - 9388:8, 9413:25, 9436:20, 9443:23, 9444:4, 9448:6, 9465:4, 9465:19, 9484:3,

9485:20, 9489:1, 9491:22, 9492:17, 9495:5, 9504:12, 9531:18, 9532:8

**are** [128] - 9395:8, 9395:12, 9397:1, 9397:5, 9397:9, 9397:14, 9399:7, 9408:5, 9409:6, 9410:10, 9411:11, 9412:13, 9415:8, 9416:18, 9421:19, 9422:7, 9422:9, 9435:12, 9435:18, 9435:22, 9436:14, 9438:11, 9440:7, 9440:9, 9441:8, 9443:4, 9444:22, 9444:24, 9446:17, 9448:13, 9451:1, 9453:7, 9453:9, 9453:21, 9455:2, 9455:3, 9455:4, 9468:12, 9468:13, 9468:23, 9469:2, 9469:9, 9469:10, 9469:11, 9472:21, 9473:8, 9474:7, 9478:16, 9478:18, 9478:24, 9481:6, 9481:7, 9481:8, 9482:18, 9484:9, 9485:25, 9486:2, 9486:5, 9486:14, 9487:1, 9488:17, 9491:10, 9491:14, 9491:16, 9494:1, 9496:16, 9496:21, 9497:6, 9497:15, 9497:18, 9497:20, 9497:21, 9497:23, 9498:11, 9499:10, 9499:15, 9499:21, 9499:22, 9500:2, 9501:15, 9501:19, 9501:20, 9503:12, 9503:23, 9504:7, 9505:18, 9505:20, 9506:1, 9507:5, 9508:16, 9508:25, 9509:2, 9509:11, 9509:22, 9510:7, 9510:15, 9511:5, 9512:7, 9513:2, 9516:6, 9516:18, 9516:19, 9516:21, 9517:6, 9517:8, 9520:18, 9520:22, 9521:1, 9521:7, 9521:10, 9522:10, 9522:13, 9522:16,

9522:22, 9523:1, 9523:4, 9525:12, 9528:25, 9530:1, 9532:2, 9532:12, 9534:6, 9535:15, 9536:4

**area** [8] - 9407:12, 9431:18, 9447:16, 9451:13, 9460:12, 9464:12, 9507:16, 9517:1

**areas** [3] - 9411:10, 9435:13, 9457:15

**aren't** [1] - 9484:10

**argue** [1] - 9453:5

**argument** [1] - 9396:2

**argumentative** [2] - 9461:18, 9519:10

**arose** [1] - 9477:7

**around** [7] - 9406:9, 9410:10, 9419:24, 9453:25, 9464:22, 9482:17, 9526:20

**arrangement** [3] - 9449:4, 9449:9, 9450:12

**ARRELL** [1] - 9392:22

**arrive** [2] - 9443:24, 9527:2

**arrived** [2] - 9472:8, 9520:10

**art** [1] - 9468:22

**AS** [2] - 9401:3, 9441:19

**ASBILL** [1] - 9392:13

**ashore** [3] - 9405:15, 9405:16, 9455:19

**ask** [19] - 9412:16, 9419:8, 9424:23, 9426:11, 9442:21, 9443:13, 9454:14, 9463:4, 9491:20, 9493:1, 9493:21, 9500:17, 9507:19, 9514:23, 9526:21, 9533:12, 9534:13, 9535:7

**asked** [15] - 9395:23, 9396:21, 9397:22, 9431:2, 9471:18, 9477:19, 9478:8, 9514:22, 9514:24, 9525:15, 9525:24, 9526:16, 9526:22, 9527:14

**asking** [9] - 9418:6, 9491:5, 9491:6, 9493:21, 9496:7,

9500:13, 9510:12, 9515:20, 9534:12

**asleep** [1] - 9475:21

**aspects** [2] - 9464:6, 9469:24

**assess** [2] - 9416:21, 9418:6

**assessed** [1] - 9436:11

**assessment** [1] - 9421:2

**Assessment** [1] - 9415:17

**assessment/ qualification** [1] - 9435:1

**ASSET** [1] - 9388:12

**assigned** [1] - 9436:12

**assist** [2] - 9407:1, 9410:4

**assistant** [1] - 9475:21

**associated** [2] - 9402:21, 9405:5

**Associates** [1] - 9410:16

**Association** [5] - 9408:1, 9408:9, 9408:13, 9440:4, 9481:20

**assume** [4] - 9474:13, 9502:23, 9516:15, 9518:3

**assumed** [1] - 9433:9

**assuming** [1] - 9507:7

**assure** [1] - 9500:3

**at** [163] - 9395:19, 9396:8, 9396:20, 9396:24, 9397:17, 9397:22, 9397:24, 9398:5, 9398:15, 9398:21, 9398:22, 9398:23, 9399:11, 9402:2, 9403:17, 9403:23, 9404:18, 9405:19, 9406:18, 9407:3, 9407:14, 9407:19, 9409:22, 9410:1, 9411:4, 9411:9, 9411:21, 9412:4, 9412:24, 9413:23, 9414:6, 9415:11, 9416:5, 9417:3, 9417:13, 9418:9, 9419:8, 9419:9, 9419:15, 9420:2, 9421:22,

9423:12, 9424:22, 9425:15, 9426:2, 9427:4, 9427:5, 9431:1, 9431:4, 9431:19, 9432:23, 9433:7, 9434:7, 9435:20, 9436:3, 9436:23, 9439:11, 9440:10, 9440:14, 9440:16, 9441:7, 9443:14, 9444:16, 9445:5, 9445:6, 9445:12, 9448:2, 9448:8, 9449:7, 9449:18, 9449:20, 9450:18, 9453:9, 9454:9, 9455:14, 9455:18, 9456:3, 9457:23, 9457:24, 9463:13, 9464:9, 9465:24, 9466:11, 9468:2, 9468:14, 9469:12, 9471:8, 9471:10, 9472:8, 9475:8, 9476:9, 9479:25, 9480:24, 9488:3, 9488:13, 9491:4, 9492:13, 9492:24, 9494:5, 9494:10, 9494:16, 9494:18, 9495:3, 9496:6, 9498:9, 9498:24, 9500:21, 9500:22, 9501:22, 9501:24, 9502:23, 9503:24, 9504:11, 9504:22, 9506:13, 9507:23, 9508:14, 9510:3, 9510:8, 9510:13, 9511:13, 9512:6, 9512:10, 9512:15, 9513:6, 9514:4, 9514:9, 9514:18, 9514:20, 9514:25, 9515:2, 9515:11, 9516:3, 9516:12, 9517:7, 9517:19, 9517:23, 9517:25, 9518:12, 9518:16, 9518:17, 9520:15, 9521:12, 9525:13, 9526:5, 9526:14, 9527:23, 9530:24, 9531:18, 9532:7, 9532:16, 9533:5, 9533:8, 9534:5, 9534:7, 9534:8, 9534:10, 9537:4, 9537:5

**attained** [1] - 9420:25

**attend** [1] - 9399:8

**attended** [3] - 9405:14, 9501:15, 9502:14

**attending** [1] - 9502:5

**attention** [3] - 9447:15, 9490:21, 9525:20

**ATTORNEY** [4] - 9391:6, 9391:7, 9391:11, 9391:13

**audit** [38] - 9467:4, 9468:2, 9469:20, 9469:25, 9478:17, 9478:18, 9478:21, 9478:22, 9482:14, 9485:6, 9486:8, 9486:13, 9487:1, 9487:20, 9487:24, 9488:3, 9488:19, 9490:14, 9490:22, 9490:23, 9491:1, 9491:7, 9491:10, 9494:10, 9494:11, 9494:13, 9495:3, 9495:4, 9510:3, 9527:11, 9527:25, 9528:4, 9528:23, 9529:2, 9529:5

**audited** [5] - 9479:4, 9483:4, 9483:21, 9484:9, 9488:12

**auditing** [5] - 9468:21, 9469:14, 9490:16, 9508:17, 9508:19

**Auditor** [1] - 9487:4

**auditor** [7] - 9459:6, 9467:21, 9467:24, 9468:14, 9468:15, 9469:12, 9491:7

**auditors** [13] - 9409:15, 9469:12, 9486:1, 9487:2, 9487:8, 9487:20, 9487:23, 9488:16, 9488:21, 9488:25, 9489:17, 9490:16, 9495:1

**Auditors** [1] - 9409:4

**audits** [20] - 9411:23, 9459:3, 9464:11, 9464:17, 9466:15, 9468:25, 9469:4, 9469:15, 9469:18, 9469:19, 9469:20, 9481:15, 9483:19, 9487:3, 9488:6, 9490:8, 9490:9,

9494:2, 9528:25, 9529:7

**Auk** [5] - 9404:23, 9404:24, 9404:25, 9405:1, 9405:5

**authored** [4] - 9409:7, 9409:8, 9409:13, 9528:11

**Authority** [1] - 9454:13

**authority** [23] - 9407:9, 9407:17, 9419:12, 9420:18, 9420:21, 9421:22, 9426:19, 9427:10, 9442:24, 9442:25, 9443:5, 9443:20, 9444:1, 9454:4, 9460:13, 9471:24, 9492:10, 9493:9, 9493:18, 9527:10

**authors** [1] - 9528:5

**automatic** [1] - 9471:2

**available** [3] - 9398:2, 9398:7, 9472:14

**AVENUE** [5] - 9389:7, 9390:12, 9391:8, 9392:2, 9392:18

**avoid** [1] - 9423:16

**awards** [1] - 9463:11

**aware** [63] - 9431:5, 9478:16, 9478:18, 9478:20, 9478:23, 9484:9, 9484:10, 9485:25, 9486:2, 9486:5, 9487:1, 9491:10, 9491:14, 9491:16, 9492:3, 9492:16, 9494:1, 9497:4, 9497:16, 9497:18, 9497:19, 9497:20, 9497:21, 9497:23, 9498:6, 9498:11, 9499:10, 9499:16, 9500:2, 9500:6, 9501:15, 9501:19, 9501:20, 9503:12, 9503:14, 9504:7, 9505:18, 9505:21, 9506:1, 9507:5, 9508:16, 9509:22, 9510:15, 9512:10, 9513:2, 9515:8, 9516:6, 9516:8, 9516:18, 9516:19, 9516:21, 9517:6, 9517:8,

9520:22, 9521:1, 9521:7, 9521:10, 9522:10, 9522:13, 9522:16, 9522:22, 9523:1, 9523:4

**awareness** [1] - 9432:5

**away** [2] - 9424:17, 9425:19

## B

**B** [1] - 9412:7

**back** [19] - 9397:19, 9399:2, 9409:10, 9409:21, 9410:15, 9423:4, 9427:19, 9428:3, 9428:7, 9434:6, 9435:14, 9460:11, 9461:22, 9464:17, 9470:9, 9491:15, 9510:2, 9510:10, 9522:15

**bad** [2] - 9505:19, 9521:8

**Bankston** [7] - 9424:5, 9424:6, 9424:12, 9425:19, 9526:5, 9526:11, 9526:20

**Barbier** [1] - 9533:25

**BARBIER** [1] - 9388:21

**bareboat** [2] - 9448:5, 9449:9

**barnhill** [1] - 9433:6

**Barnhill** [3] - 9515:25, 9516:6, 9516:18

**barrels** [2] - 9404:15, 9404:17

**based** [15] - 9398:14, 9406:4, 9415:6, 9426:11, 9437:4, 9443:13, 9443:15, 9444:5, 9472:18, 9485:20, 9502:22, 9510:7, 9526:9, 9529:9

**basic** [1] - 9421:21

**basically** [1] - 9454:15

**basis** [7] - 9421:8, 9441:12, 9452:24, 9457:3, 9457:19, 9469:25, 9477:13

**BATON** [2] - 9390:3, 9391:15

**be** [119] - 9396:3,

9396:17, 9398:7, 9398:15, 9398:23, 9399:3, 9399:4, 9399:6, 9400:3, 9400:6, 9407:19, 9409:12, 9409:16, 9411:13, 9413:6, 9416:6, 9417:7, 9420:18, 9420:21, 9421:3, 9421:7, 9421:14, 9423:5, 9425:4, 9426:14, 9426:15, 9429:22, 9430:4, 9431:15, 9431:17, 9431:22, 9432:25, 9433:10, 9438:12, 9438:14, 9439:24, 9442:3, 9443:4, 9446:2, 9447:16, 9449:15, 9449:18, 9452:16, 9452:21, 9453:5, 9456:20, 9456:21, 9456:24, 9458:24, 9461:10, 9461:13, 9461:25, 9462:18, 9463:5, 9464:12, 9465:7, 9465:8, 9466:13, 9467:24, 9468:2, 9468:15, 9469:11, 9470:9, 9471:2, 9471:3, 9472:17, 9472:5, 9473:11, 9473:20, 9475:2, 9475:24, 9476:12, 9479:7, 9487:3, 9487:16, 9488:18, 9488:20, 9491:13, 9491:25, 9493:6, 9499:13, 9499:20, 9503:20, 9506:24, 9507:7, 9510:11, 9513:9, 9516:15, 9516:17, 9517:15, 9518:5, 9520:5, 9521:9, 9523:23, 9524:9, 9524:10, 9526:25, 9529:3, 9530:4, 9530:5, 9530:6, 9530:16, 9530:18, 9530:24, 9531:9, 9531:10, 9532:18, 9533:4, 9533:5, 9536:3, 9536:7, 9536:16, 9536:17

**BEACH** [1] - 9389:15

**bear** [1] - 9529:23

**beating** [1] - 9519:10

**beauty** [1] - 9458:14

**became** [6] - 9402:6, 9403:17, 9416:23, 9456:1, 9476:5, 9507:12

**because** [25] - 9396:1, 9431:6, 9432:24, 9435:14, 9435:21, 9446:1, 9450:23, 9452:23, 9456:9, 9458:23, 9459:22, 9459:24, 9461:9, 9461:12, 9473:12, 9474:10, 9485:20, 9495:3, 9496:24, 9503:25, 9504:5, 9511:6, 9514:22, 9515:7, 9520:10

**become** [1] - 9408:21

**becomes** [1] - 9437:20

**becoming** [1] - 9437:6

**been** [53] - 9395:17, 9397:16, 9403:13, 9403:21, 9405:6, 9408:24, 9410:21, 9411:23, 9414:23, 9415:11, 9419:1, 9422:6, 9427:18, 9431:22, 9432:10, 9432:23, 9433:8, 9433:13, 9433:19, 9433:25, 9434:1, 9434:2, 9434:3, 9436:11, 9436:12, 9437:7, 9437:8, 9441:11, 9441:12, 9452:20, 9456:1, 9456:2, 9456:4, 9464:6, 9469:7, 9475:22, 9478:23, 9483:4, 9504:18, 9510:1, 9513:7, 9515:11, 9516:7, 9522:20, 9527:6, 9527:8, 9529:10, 9530:21, 9531:17, 9531:18, 9534:2, 9536:24, 9537:4

**befits** [1] - 9403:25

**BEFORE** [1] - 9388:21

**before** [35] - 9398:4, 9398:7, 9400:2, 9403:17, 9407:24, 9408:14, 9412:10, 9415:22, 9415:25,

9419:1, 9422:17, 9426:10, 9427:10, 9428:7, 9437:6, 9437:20, 9444:17, 9452:17, 9452:22, 9454:22, 9454:25, 9491:22, 9492:20, 9499:24, 9504:3, 9505:16, 9506:25, 9507:8, 9507:15, 9517:10, 9518:23, 9523:16, 9523:18, 9533:12

**began** [3] - 9424:19, 9507:15, 9537:2

**begin** [2] - 9403:23, 9413:16

**beginning** [3] - 9463:14, 9464:9, 9480:14, 9527:24, 9535:4

**begins** [1] - 9426:13

**behalf** [3] - 9400:1, 9408:19, 9453:20

**behavior** [1] - 9518:25

**behind** [1] - 9504:3

**being** [26] - 9405:13, 9405:25, 9407:9, 9408:3, 9408:4, 9410:15, 9413:23, 9422:1, 9437:24, 9446:16, 9466:17, 9466:19, 9478:23, 9486:14, 9488:12, 9499:16, 9507:2, 9507:20, 9525:14, 9528:10, 9528:19, 9530:21, 9531:1, 9531:2, 9533:10

**believe** [25] - 9395:25, 9411:22, 9420:16, 9423:15, 9432:18, 9433:14, 9436:19, 9457:21, 9458:21, 9458:22, 9461:2, 9461:4, 9463:8, 9465:22, 9487:19, 9490:15, 9493:6, 9493:20, 9510:7, 9517:24, 9527:8, 9527:14, 9530:20, 9531:5

**believed** [1] - 9527:9

**believes** [2] - 9516:6, 9517:23

**bell** [2] - 9454:23, 9455:15

**below** [3] - 9445:22, 9446:6, 9483:7

**Ben** [1] - 9396:8
**BEN** [1] - 9391:4
**bench** [1] - 9537:6
**best** [8] - 9398:15, 9400:3, 9455:11, 9463:1, 9469:14, 9485:21, 9497:17, 9538:8
**better** [2] - 9396:2, 9464:6
**between** [22] - 9398:3, 9425:12, 9425:16, 9432:15, 9437:1, 9444:23, 9449:4, 9450:8, 9451:19, 9456:2, 9456:7, 9456:11, 9461:16, 9465:12, 9468:4, 9511:11, 9513:24, 9513:25, 9519:18, 9519:21, 9529:7, 9537:9
**beyond** [10] - 9433:15, 9463:22, 9466:3, 9467:6, 9515:19, 9515:21, 9522:24, 9531:11, 9535:13, 9535:15
**bias** [1] - 9493:23
**big** [5] - 9419:5, 9419:6, 9419:23, 9457:11, 9465:12
**bigger** [2] - 9457:17, 9510:11
**Bill** [1] - 9532:10
**bill** [4] - 9509:5, 9509:8, 9509:11, 9509:22
**bit** [8] - 9395:7, 9438:8, 9453:25, 9456:4, 9456:5, 9478:1, 9512:13, 9534:4
**bits** [1] - 9454:8
**Bjerager** [1] - 9531:19
**BJERAGER** [1] - 9531:19
**black** [3] - 9453:4, 9468:22, 9485:8
**black-and-white** [1] - 9468:22
**blame** [1] - 9475:20
**blaming** [1] - 9475:24
**blind** [1] - 9433:1
**blowout** [5] - 9416:5, 9419:3, 9431:16, 9434:7, 9511:11
**blue** [1] - 9485:8

**Bly** [9] - 9417:10, 9417:13, 9510:24, 9511:19, 9511:22, 9512:14, 9513:13, 9520:18, 9526:13
**board** [5] - 9402:19, 9405:6, 9421:6, 9421:8, 9453:5
**boat** [3] - 9424:4, 9424:16, 9475:15
**boatswain** [1] - 9475:21
**Bodek** [1] - 9396:14
**body** [1] - 9502:12
**book** [1] - 9409:6
**BOP** [8] - 9419:22, 9420:3, 9432:25, 9433:10, 9500:6, 9504:2, 9515:16, 9516:16
**bore** [1] - 9516:23
**both** [8] - 9418:7, 9418:9, 9426:11, 9438:23, 9477:16, 9481:9, 9486:18, 9492:2
**bottom** [3] - 9442:24, 9488:13, 9496:10
**BOULEVARD** [1] - 9390:5
**bounce** [1] - 9453:25
**BOUNDS** [1] - 9389:8
**Bourgoyne** [4] - 9470:12, 9470:13, 9470:24, 9471:14
**Bourgoyne's** [1] - 9470:10
**bow** [2] - 9475:16, 9475:22
**BOX** [4] - 9389:4, 9390:18, 9390:23, 9391:14
**box** [5] - 9436:5, 9469:9, 9469:13, 9469:14
**boxes** [1] - 9469:10
**BP** [70] - 9388:15, 9391:20, 9391:21, 9391:21, 9395:9, 9395:19, 9395:24, 9400:1, 9400:24, 9401:12, 9412:15, 9412:19, 9417:10, 9418:15, 9423:13, 9427:3, 9448:5, 9449:4, 9450:8, 9451:19, 9452:23, 9469:25, 9470:4, 9470:6, 9478:17,

**Bly** / continued
9482:17, 9486:1, 9486:8, 9486:21, 9486:22, 9487:20, 9487:23, 9488:3, 9489:5, 9489:17, 9489:23, 9489:25, 9490:8, 9490:11, 9490:12, 9490:15, 9490:23, 9491:7, 9491:11, 9491:15, 9491:23, 9492:1, 9492:5, 9494:1, 9494:25, 9495:5, 9499:25, 9500:7, 9500:8, 9508:16, 9508:19, 9509:7, 9510:2, 9510:8, 9511:5, 9511:16, 9527:15, 9527:20, 9527:25, 9529:18, 9529:21, 9531:23, 9532:14, 9532:21, 9534:16
**BP's** [22] - 9395:9, 9396:25, 9412:25, 9452:18, 9469:20, 9470:14, 9485:22, 9487:1, 9487:2, 9488:16, 9488:21, 9488:25, 9489:14, 9492:10, 9493:18, 9498:9, 9514:20, 9515:2, 9515:12, 9515:21, 9527:11, 9530:2
**BPO** [1] - 9420:2
**brackets** [1] - 9427:12
**Brad** [3] - 9412:23, 9452:17, 9478:4
**BRAD** [1] - 9392:17
**BRANCH** [3] - 9390:11, 9390:20, 9391:2
**break** [3] - 9395:19, 9398:10, 9452:20
**BREIT** [2] - 9389:14, 9389:14
**BRENNAN** [1] - 9392:13
**Brent** [1] - 9427:18
**BRIAN** [93] - 9392:17, 9397:21, 9399:3, 9399:9, 9412:23, 9423:14, 9424:23, 9431:11, 9433:15, 9452:17, 9453:6, 9453:12, 9461:18, 9463:22, 9466:2, 9467:6,

9477:12, 9477:19, 9477:25, 9478:3, 9479:24, 9480:4, 9480:8, 9480:9, 9482:21, 9482:22, 9483:1, 9483:2, 9483:13, 9483:14, 9483:24, 9484:1, 9484:15, 9484:16, 9484:21, 9484:22, 9486:6, 9486:7, 9486:11, 9486:12, 9486:24, 9486:25, 9489:9, 9489:12, 9492:13, 9492:15, 9492:23, 9492:25, 9493:23, 9493:25, 9494:4, 9494:6, 9495:10, 9495:11, 9495:20, 9495:21, 9495:23, 9495:25, 9496:10, 9496:12, 9500:15, 9500:17, 9500:21, 9501:2, 9501:3, 9501:10, 9501:11, 9506:21, 9506:22, 9511:7, 9511:9, 9513:19, 9515:24, 9517:3, 9519:12, 9519:14, 9519:16, 9519:17, 9520:16, 9520:17, 9521:5, 9521:6, 9521:15, 9521:19, 9521:23, 9522:4, 9522:5, 9523:1, 9523:4, 9523:6, 9524:18, 9525:15, 9526:12
**Brian** [17] - 9394:21, 9397:19, 9399:2, 9412:23, 9413:8, 9452:17, 9453:2, 9478:4, 9506:19, 9513:15, 9519:9, 9521:14, 9524:13, 9524:25, 9525:3, 9525:24, 9526:22
**bridge** [45] - 9416:22, 9416:24, 9418:12, 9419:10, 9419:11, 9420:6, 9422:16, 9424:11, 9425:14, 9425:18, 9425:24, 9426:2, 9427:3, 9429:11, 9429:14, 9431:6, 9432:14, 9443:25, 9471:8, 9504:23, 9505:7, 9509:2, 9512:5, 9512:10,

9512:18, 9512:23, 9513:3, 9514:6, 9514:12, 9516:15, 9518:3, 9518:7, 9518:10, 9518:11, 9518:23, 9519:18, 9520:1, 9520:3, 9520:8, 9520:19, 9525:21, 9526:25, 9527:2
**bridgeway** [1] - 9431:1
**brief** [7] - 9408:18, 9408:19, 9428:18, 9473:5, 9476:12, 9476:14, 9536:2
**briefing** [1] - 9535:22
**briefly** [10] - 9411:25, 9415:12, 9417:10, 9448:20, 9457:3, 9460:11, 9460:25, 9464:1, 9478:7, 9501:24
**briefs** [3] - 9535:24, 9536:2
**bring** [6] - 9411:15, 9420:10, 9435:6, 9447:23, 9490:21, 9533:23
**Britain** [1] - 9403:9
**British** [1] - 9403:6
**broad** [1] - 9535:18
**BROCK** [21] - 9392:1, 9400:1, 9400:6, 9400:9, 9400:13, 9400:16, 9400:21, 9529:20, 9529:23, 9530:1, 9530:12, 9530:14, 9530:17, 9530:20, 9531:2, 9531:5, 9531:12, 9531:16, 9532:14, 9532:21, 9534:21
**Brock** [2] - 9400:1, 9532:23
**broke** [1] - 9395:7
**BUILDING** [1] - 9389:12
**building** [1] - 9482:6
**bulkhead** [2] - 9419:24, 9419:25
**bullet** [6] - 9417:4, 9417:21, 9420:12, 9420:15, 9462:20
**bunch** [2] - 9440:7, 9444:22
**bundle** [3] - 9534:3, 9534:6, 9534:15
**bundles** [3] -

9531:17, 9531:24,
9532:9

**Bureau** [1] - 9408:4
**BURLING** [1] -
9392:1

**business** [3] -
9406:16, 9410:18,
9497:18

**but** [87] - 9395:18,
9396:3, 9402:22,
9408:14, 9409:6,
9410:4, 9412:10,
9412:17, 9418:7,
9419:17, 9421:1,
9421:21, 9425:13,
9427:18, 9427:19,
9427:25, 9428:3,
9432:18, 9433:4,
9435:18, 9435:22,
9444:25, 9446:12,
9453:2, 9453:8,
9453:25, 9454:9,
9455:10, 9457:8,
9457:15, 9459:16,
9459:23, 9460:15,
9462:11, 9465:10,
9466:9, 9467:21,
9469:13, 9469:23,
9469:25, 9470:15,
9471:1, 9471:9,
9471:23, 9477:16,
9479:19, 9479:22,
9480:1, 9481:6,
9485:6, 9485:12,
9488:18, 9490:8,
9496:25, 9500:23,
9504:2, 9505:20,
9506:19, 9507:10,
9507:17, 9509:8,
9512:7, 9513:9,
9513:12, 9514:14,
9515:4, 9515:8,
9515:19, 9518:1,
9522:1, 9522:19,
9524:20, 9525:6,
9528:4, 9530:6,
9530:15, 9531:13,
9532:3, 9534:11,
9535:9, 9535:13,
9535:21, 9536:12,
9537:6, 9537:7,
9537:12, 9537:14

**but..** [2] - 9497:25,
9529:22

**button** [10] - 9419:5,
9419:6, 9419:9,
9419:11, 9419:23,
9420:8, 9479:23,
9514:16, 9515:20,
9519:6

**by** [86] - 9394:13,
9394:15, 9394:17,
9394:19, 9394:21,
9394:23, 9399:8,
9403:12, 9406:15,
9407:9, 9409:17,
9412:25, 9414:1,
9415:15, 9416:11,
9420:24, 9421:3,
9421:4, 9421:7,
9421:8, 9421:10,
9421:25, 9422:22,
9423:5, 9423:6,
9429:24, 9430:18,
9431:18, 9431:23,
9432:5, 9432:14,
9435:2, 9435:4,
9435:25, 9437:10,
9443:5, 9444:9,
9444:18, 9444:19,
9445:8, 9445:11,
9446:16, 9455:12,
9455:25, 9457:18,
9458:3, 9462:23,
9462:25, 9465:24,
9466:14, 9468:15,
9469:20, 9471:9,
9472:9, 9472:11,
9473:20, 9480:22,
9482:18, 9482:23,
9484:19, 9484:23,
9485:12, 9487:1,
9489:16, 9489:25,
9490:16, 9491:11,
9493:13, 9495:12,
9498:6, 9498:11,
9502:8, 9502:10,
9521:15, 9521:25,
9527:4, 9527:5,
9527:15, 9527:21,
9531:25, 9532:4,
9532:10, 9532:24,
9533:15, 9535:14,
9537:7

**BY** [101] - 9388:4,
9389:3, 9389:6,
9389:9, 9389:11,
9389:14, 9389:17,
9389:19, 9389:22,
9390:2, 9390:4,
9390:7, 9390:11,
9390:15, 9390:20,
9391:2, 9391:7,
9391:13, 9391:16,
9391:22, 9392:1,
9392:4, 9392:10,
9392:13, 9392:16,
9392:20, 9392:23,
9393:2, 9393:6,
9393:13, 9393:14,
9401:10, 9408:12,

9411:18, 9413:15,
9416:1, 9417:2,
9418:25, 9420:11,
9423:7, 9423:19,
9425:6, 9431:24,
9434:5, 9442:11,
9447:14, 9447:24,
9453:18, 9455:9,
9460:21, 9461:21,
9462:19, 9463:25,
9464:25, 9466:10,
9467:11, 9470:23,
9473:3, 9474:20,
9475:4, 9476:18,
9476:25, 9477:15,
9478:3, 9480:4,
9480:9, 9482:22,
9483:2, 9483:14,
9484:1, 9484:16,
9484:22, 9486:7,
9486:12, 9486:25,
9489:12, 9492:15,
9492:25, 9493:25,
9494:6, 9495:11,
9495:21, 9495:25,
9496:12, 9501:3,
9501:11, 9506:22,
9511:9, 9513:19,
9515:24, 9517:3,
9519:17, 9520:17,
9521:6, 9522:5,
9524:1, 9524:23,
9525:19, 9526:4,
9526:18, 9528:9

# C

**C** [3] - 9392:1,
9393:6, 9401:8
**CA** [2] - 9390:13,
9392:18

**cabin** [2] - 9475:22,
9520:10

**calculation** [2] -
9517:11, 9517:12
**calculations** [1] -
9519:5
**CALDWELL** [1] -
9391:13
**Calgary** [1] - 9406:7
**California** [2] -
9397:20, 9399:2
**call** [21] - 9400:4,
9404:5, 9408:23,
9415:13, 9415:21,
9417:1, 9424:16,
9427:19, 9427:20,
9428:6, 9428:8,
9434:17, 9435:6,
9435:7, 9439:11,

9444:16, 9465:5,
9505:7, 9523:2,
9526:2
**call-out** [4] -
9434:17, 9435:7,
9439:11, 9444:16
**called** [12] - 9404:23,
9408:5, 9410:15,
9425:19, 9427:16,
9427:21, 9429:18,
9453:8, 9503:22,
9526:6, 9530:7,
9533:7
**calling** [1] - 9428:3
**calls** [2] - 9400:24,
9427:23
**Calvin** [1] - 9515:25
**came** [4] - 9409:12,
9412:24, 9461:1,
9478:17
**CAMP** [1] - 9391:17
**can** [57] - 9397:17,
9397:24, 9398:9,
9399:8, 9409:15,
9413:6, 9415:16,
9417:12, 9418:11,
9418:14, 9419:11,
9422:21, 9423:5,
9425:1, 9427:14,
9428:23, 9431:8,
9431:14, 9431:15,
9431:17, 9433:17,
9435:9, 9439:12,
9441:15, 9443:10,
9443:16, 9444:23,
9448:11, 9454:5,
9454:12, 9455:10,
9455:11, 9456:9,
9457:10, 9463:8,
9463:17, 9471:11,
9475:3, 9479:24,
9480:1, 9483:3,
9494:5, 9495:23,
9495:24, 9496:20,
9503:20, 9505:12,
9505:18, 9510:17,
9511:22, 9514:21,
9518:16, 9518:20,
9527:5, 9530:24,
9535:20, 9536:13
**can't** [9] - 9395:22,
9465:12, 9468:22,
9476:24, 9488:6,
9506:24, 9518:20,
9520:2, 9520:5
**Canducci** [4] -
9458:3, 9458:17,
9459:7, 9459:12
**cannot** [4] - 9432:11,
9461:13, 9475:21,

9518:14
**capacity** [1] -
9404:13
**capsize** [1] - 9476:4
**capsized** [1] -
9475:18
**captain** [40] -
9414:15, 9414:17,
9414:20, 9426:15,
9426:18, 9427:8,
9427:9, 9428:10,
9428:21, 9429:15,
9429:20, 9429:20,
9431:18, 9431:21,
9432:21, 9432:23,
9433:19, 9443:18,
9443:21, 9444:1,
9453:19, 9472:10,
9473:20, 9479:18,
9492:2, 9492:3,
9507:3, 9507:12,
9507:21, 9516:8,
9517:24, 9518:3,
9518:11, 9518:14,
9518:16, 9519:19,
9519:21, 9519:23,
9521:1, 9522:18
**Captain** [69] -
9412:16, 9416:16,
9418:18, 9418:22,
9420:6, 9424:2,
9424:8, 9425:17,
9426:9, 9427:11,
9429:18, 9430:19,
9432:2, 9432:5,
9432:14, 9432:17,
9433:9, 9433:12,
9434:10, 9435:24,
9436:9, 9436:18,
9436:21, 9436:23,
9437:10, 9442:15,
9443:17, 9443:24,
9443:25, 9460:9,
9460:22, 9462:21,
9465:2, 9470:12,
9470:24, 9472:17,
9473:5, 9477:1,
9477:3, 9498:11,
9498:17, 9501:7,
9501:13, 9502:1,
9502:4, 9502:23,
9504:9, 9504:11,
9506:21, 9506:23,
9507:1, 9512:17,
9512:22, 9512:23,
9513:3, 9513:5,
9514:15, 9515:5,
9519:6, 9521:3,
9521:7, 9522:10,
9525:24, 9526:10,

9526:24, 9527:4, 9527:5, 9527:9
**captain's** [2] - 9431:20, 9509:1
**captains** [1] - 9426:21
**cardinal** [1] - 9476:21
**care** - 9395:20, 9478:23
**career** [6] - 9401:22, 9403:23, 9404:18, 9406:3, 9409:21, 9479:4
**careful** [1] - 9504:4
**cargo** [2] - 9402:19, 9404:13
**Carl** [3] - 9460:10, 9460:18, 9462:20
**CARL** [1] - 9388:21
**CARONDELET** [1] - 9389:17
**CARRIE** [1] - 9392:4
**carried** [6] - 9407:9, 9421:3, 9441:11, 9488:5, 9504:18, 9524:7
**carrier** [1] - 9404:8
**carry** [6] - 9404:1, 9422:11, 9443:1, 9459:5, 9491:1, 9525:1
**carrying** [3] - 9404:9, 9404:10, 9438:13
**case** [33] - 9411:5, 9413:18, 9414:11, 9415:19, 9419:9, 9419:14, 9425:24, 9432:23, 9434:12, 9437:11, 9441:17, 9442:19, 9448:2, 9448:16, 9448:25, 9449:12, 9456:22, 9457:20, 9460:8, 9470:13, 9480:5, 9491:13, 9491:25, 9493:18, 9497:1, 9515:4, 9522:12, 9530:2, 9532:22, 9535:12, 9536:10, 9536:22, 9536:24
**CASE** [2] - 9388:11, 9388:14
**cases** [3] - 9457:21, 9468:23, 9469:10
**cash** [1] - 9463:11
**casing** [1] - 9395:9
**cast** [1] - 9459:8
**casts** [1] - 9459:7
**catastrophic** [1] -

9504:6
**caught** [1] - 9504:3
**cause** [2] - 9530:22, 9531:10
**CCR** [3] - 9393:10, 9538:5, 9538:13
**cease** [1] - 9473:11
**CENTRE** [1] - 9392:11
**CEO** [6] - 9454:19, 9454:25, 9455:21, 9456:25, 9462:1, 9463:19
**CERNICH** [1] - 9390:16
**certain** [6] - 9452:24, 9470:3, 9507:25, 9521:12, 9525:12, 9537:12
**certainly** [9] - 9403:21, 9414:17, 9416:15, 9424:13, 9426:20, 9455:24, 9468:15, 9536:6, 9536:16
**certificate** [20] - 9403:6, 9445:3, 9473:10, 9473:11, 9483:10, 9484:2, 9484:18, 9484:23, 9485:3, 9485:10, 9485:12, 9485:14, 9491:3, 9492:4, 9507:24, 9527:21, 9527:23, 9528:1, 9528:18
**CERTIFICATE** [1] - 9538:3
**certificated** [1] - 9403:15
**certificates** [5] - 9474:6, 9486:4, 9489:16, 9496:24, 9497:5
**certification** [10] - 9407:10, 9408:22, 9409:15, 9436:1, 9436:11, 9445:23, 9507:24, 9508:5, 9508:7, 9509:9
**certified** [1] - 9484:6
**certifiers** [1] - 9410:3
**certify** [2] - 9483:3, 9538:7
**chain** [5] - 9459:10, 9459:13, 9460:8, 9460:18, 9509:13
**chair** [4] - 9407:24, 9408:13, 9408:18, 9409:25

**chaired** - 9409:7
**CHAKERES** [1] - 9390:17
**chance** [8] - 9397:21, 9444:2, 9457:17, 9464:23, 9466:8, 9514:23, 9534:5
**CHANG** [1] - 9390:16
**change** [6] - 9396:13, 9405:12, 9438:8, 9451:2, 9467:24
**changes** [1] - 9503:25
**changing** [2] - 9451:1, 9467:25
**Channel** [1] - 9475:16
**Chapter** [1] - 9529:4
**charge** [4] - 9435:1, 9436:12, 9487:17, 9521:1
**chart** [6] - 9406:5, 9436:13, 9459:25, 9482:13, 9501:12, 9510:18
**charter** [2] - 9449:9, 9449:10, 9449:11
**charterer** [1] - 9448:5
**CHASE** [1] - 9392:20
**check** [6] - 9413:4, 9473:23, 9474:5, 9474:21, 9527:15, 9527:21
**checked** [1] - 9477:16
**checking** [2] - 9514:19, 9514:25
**CHICAGO** [1] - 9392:6
**Chief** [1] - 9428:21
**chief** [17] - 9402:15, 9402:16, 9402:17, 9403:16, 9422:1, 9426:9, 9431:17, 9437:24, 9438:1, 9450:17, 9454:18, 9461:15, 9487:10, 9504:11, 9504:12, 9508:15, 9509:14
**Chris** [6] - 9428:15, 9428:20, 9428:22, 9519:19, 9531:21
**chronology** [3] - 9401:21, 9409:21, 9417:19
**circle** [1] - 9470:9
**circular** [2] -

9459:18, 9459:19
**circulated** [3] - 9396:21, 9397:17, 9397:23
**circumstance** [1] - 9497:2
**circumstances** [4] - 9471:23, 9476:20, 9519:2
**citation** [1] - 9417:10
**cite** [5] - 9453:14, 9464:13, 9510:24, 9511:15, 9511:19
**cited** [4] - 9453:14, 9462:9, 9511:1, 9511:5
**cites** [1] - 9536:18
**CIVIL** [3] - 9388:7, 9390:11, 9390:20
**civility** [1] - 9536:23
**claim** [1] - 9503:4
**clarification** [2] - 9474:17, 9485:9
**clarity** [1] - 9396:11
**class** [1] - 9408:19
**Class** [1] - 9473:5
**Classification** [4] - 9408:2, 9408:10, 9408:13, 9481:20
**classification** [5] - 9408:2, 9408:7, 9410:1, 9481:23, 9488:11
**cleanup** [1] - 9399:14
**clear** [6] - 9420:20, 9444:2, 9452:21, 9459:16, 9476:5
**cleared** - 9484:24
**clearly** [12] - 9412:8, 9420:19, 9436:12, 9444:10, 9447:22, 9456:17, 9464:4, 9494:12, 9512:7, 9512:8, 9515:21, 9529:5
**CLERK** [5] - 9401:2, 9401:5, 9452:13, 9523:20, 9537:17
**climbed** [2] - 9437:10, 9507:17
**CLINGMAN** [1] - 9392:14
**clip** [3] - 9429:8, 9441:17, 9441:18
**CLIP** [1] - 9441:19
**close** [5] - 9470:6, 9478:17, 9487:21, 9516:19, 9516:22
**closed** [6] - 9433:20,

9458:18, 9466:17, 9468:13, 9512:2, 9514:5
**closely** [1] - 9498:15
**closer** [1] - 9455:6
**closing** [2] - 9475:22, 9516:21
**CMID** [3] - 9486:8, 9487:21, 9527:11
**CMS** [1] - 9450:21
**coast** [1] - 9411:7
**Coast** [12] - 9484:9, 9484:20, 9484:23, 9485:3, 9485:25, 9502:8, 9506:10, 9506:14, 9521:16, 9521:19, 9521:21
**COC** [1] - 9484:25
**code** [79] - 9406:21, 9406:24, 9406:25, 9407:2, 9407:5, 9407:12, 9407:13, 9407:21, 9407:24, 9408:14, 9408:17, 9409:24, 9410:18, 9410:23, 9411:11, 9420:19, 9421:3, 9422:11, 9443:8, 9447:16, 9447:21, 9447:25, 9448:2, 9448:12, 9449:1, 9449:15, 9449:16, 9449:19, 9450:9, 9451:17, 9452:4, 9454:7, 9454:10, 9455:17, 9455:25, 9456:6, 9456:8, 9456:9, 9457:18, 9458:10, 9458:23, 9459:25, 9461:3, 9464:11, 9465:6, 9466:25, 9467:5, 9468:24, 9475:2, 9477:8, 9477:10, 9481:2, 9481:13, 9483:7, 9483:16, 9484:7, 9486:2, 9486:18, 9488:23, 9489:2, 9489:15, 9489:18, 9490:2, 9490:6, 9490:24, 9491:2, 9491:4, 9491:8, 9496:21, 9527:16, 9527:22, 9528:4, 9528:6, 9528:10, 9528:13, 9528:21, 9529:3, 9529:10
**Code** [4] - 9409:4, 9409:16, 9458:20,

9483:6
 **colleagues** [1] - 9471:22
 **college** [3] - 9507:5, 9507:8, 9507:14
 **Collier** [1] - 9493:5
 **collision** [1] - 9414:5
 **colloquially** [1] - 9434:14
 **column** [2] - 9416:10, 9434:8
 **combination** [1] - 9519:3
 **come** [7] - 9395:25, 9398:4, 9398:17, 9431:14, 9465:2, 9533:12, 9534:6
 **comes** [3] - 9413:13, 9439:13, 9521:12
 **coming** [1] - 9534:7
 **Command** [2] - 9420:14, 9420:16
 **command** [40] - 9402:18, 9418:19, 9420:18, 9421:17, 9421:22, 9426:19, 9432:14, 9442:16, 9443:7, 9443:17, 9443:22, 9444:6, 9444:12, 9444:13, 9459:13, 9460:19, 9461:10, 9473:8, 9474:2, 9477:9, 9480:23, 9481:9, 9490:9, 9491:19, 9491:20, 9494:2, 9495:6, 9495:13, 9495:16, 9496:2, 9496:14, 9496:17, 9496:24, 9497:1, 9497:5, 9497:13, 9509:14, 9518:16, 9526:21
 **commanded** [2] - 9473:14, 9473:17
 **commanding** [1] - 9471:9
 **commencing** [2] - 9499:15, 9499:23
 **comment** [4] - 9457:19, 9458:3, 9459:6, 9459:7
 **commented** [1] - 9476:20
 **COMMERCIAL** [1] - 9391:2
 **commercial** [1] - 9482:6
 **Commission** [2] - 9511:3, 9511:15

 **commitment** [3] - 9463:2, 9497:21, 9499:4
 **Committee** [2] - 9453:21, 9532:25
 **committee** [3] - 9463:7, 9463:9, 9463:11
 **common** [1] - 9412:15
 **communicate** [1] - 9398:10
 **communication** [5] - 9457:10, 9457:17, 9458:11, 9459:9, 9518:9
 **companies** [12] - 9406:10, 9406:11, 9407:2, 9410:20, 9457:8, 9459:21, 9460:6, 9495:17, 9495:22, 9496:1, 9496:4, 9496:13
 **Companies** [1] - 9454:12
 **COMPANY** [1] - 9391:21
 **Company** [1] - 9483:4
 **company** [36] - 9406:4, 9406:15, 9410:15, 9420:20, 9421:4, 9447:20, 9447:21, 9447:25, 9448:2, 9448:16, 9450:21, 9454:4, 9455:14, 9455:22, 9456:3, 9456:4, 9456:11, 9467:22, 9467:24, 9473:23, 9474:5, 9474:10, 9474:11, 9474:16, 9474:21, 9475:1, 9476:22, 9483:19, 9485:21, 9492:5, 9499:20, 9528:14, 9528:18, 9528:19, 9529:6
 **company's** [4] - 9406:5, 9463:1, 9463:13, 9463:15
 **compensation** [2] - 9463:9
 **competence** [4] - 9405:12, 9420:23, 9420:24, 9422:7
 **Competency** [1] - 9434:21
 **competency** [5] - 9409:15, 9421:9,

9434:15, 9460:2, 9499:2
 **competent** [1] - 9435:12, 9436:11, 9499:15, 9499:22
 **COMPLAINT** [1] - 9388:12
 **complete** [6] - 9484:24, 9497:20, 9498:4, 9530:18, 9532:7, 9537:1
 **completed** [3] - 9507:25, 9508:8, 9508:11
 **completely** [2] - 9432:4, 9515:4
 **completion** [1] - 9434:24
 **complex** [3] - 9437:12, 9457:5, 9457:12
 **complexity** [1] - 9457:8
 **compliance** [14] - 9459:14, 9460:5, 9465:8, 9482:23, 9484:18, 9486:2, 9486:3, 9489:15, 9491:2, 9491:4, 9496:21, 9528:4, 9528:13, 9529:10
 **complied** [4] - 9483:16, 9484:7, 9488:1, 9488:3
 **complies** [2] - 9483:5, 9529:3
 **comply** [5] - 9443:8, 9486:22, 9488:22, 9489:2, 9528:20
 **comprehensive** [1] - 9509:2
 **comprise** [1] - 9451:16
 **comprised** [1] - 9481:23
 **COMPUTER** [1] - 9393:14
 **computer** [1] - 9436:2
 **concepts** [1] - 9422:7
 **concerned** [1] - 9456:16
 **concerning** [1] - 9439:19
 **conclude** [3] - 9423:5, 9444:8, 9444:9
 **concluded** [6] - 9443:18, 9477:1,

9477:6, 9483:15, 9496:1, 9535:2
 **CONCLUDED** [1] - 9537:18
 **concludes** [1] - 9530:2
 **conclusion** [4] - 9432:13, 9457:4, 9465:3, 9476:21
 **Conclusions** [2] - 9535:23, 9536:16
 **conclusions** [3] - 9432:1, 9480:16, 9536:3
 **Concordia** [1] - 9411:5
 **condition** [4] - 9430:16, 9430:22, 9499:14, 9499:22
 **conditional** [1] - 9533:6
 **conduct** [3] - 9468:24, 9477:2, 9522:18
 **conducted** [14] - 9442:8, 9450:3, 9469:9, 9481:15, 9486:14, 9487:1, 9487:3, 9487:21, 9491:11, 9503:13, 9504:15, 9506:15, 9525:14, 9527:25
 **conducting** [2] - 9505:8, 9510:3
 **confer** [1] - 9536:12
 **conference** [12] - 9397:25, 9398:2, 9398:16, 9398:22, 9398:24, 9399:7, 9479:25, 9531:18, 9532:8, 9533:6, 9533:8, 9534:7
 **conferred** [1] - 9396:22
 **confidence** [4] - 9421:14, 9438:20, 9497:20, 9499:1
 **confirm** [1] - 9399:3
 **confirmed** [2] - 9423:3, 9428:11
 **conflicting** [1] - 9467:17
 **confront** [1] - 9416:16
 **confused** [3] - 9430:2, 9485:6
 **confusing** [4] - 9443:22, 9451:4, 9451:8, 9490:12
 **confusion** [1] -

 **connect** [1] - 9476:16
 **connected** [1] - 9414:1
 **connection** [3] - 9411:21, 9453:14, 9478:10
 **Conrad** [1] - 9453:19
 **CONRAD** [1] - 9389:19
 **conscientiousness** [1] - 9499:8
 **consensus** [1] - 9535:11
 **consequence** [2] - 9481:1, 9481:10
 **consequences** [2] - 9433:14, 9434:3
 **consequently** [1] - 9450:25
 **consider** [6] - 9461:5, 9462:2, 9463:21, 9479:7, 9535:17, 9537:12
 **consideration** [2] - 9433:5, 9467:21
 **considerations** [1] - 9441:25
 **considered** [1] - 9457:1
 **considering** [1] - 9526:8
 **consistent** [11] - 9437:21, 9450:9, 9450:12, 9451:3, 9451:17, 9451:19, 9451:21, 9452:6, 9514:20, 9515:1, 9515:12
 **consists** [1] - 9502:16
 **constantly** [1] - 9405:8
 **construction** [1] - 9482:1
 **construed** [2] - 9456:24, 9461:25
 **consultant** [2] - 9410:15, 9410:19
 **contact** [1] - 9518:23
 **contain** [1] - 9412:15
 **contained** [2] - 9509:6, 9531:24
 **containing** [1] - 9399:19
 **contains** [2] - 9399:16, 9439:17
 **contents** [1] - 9502:18

**context** [1] - 9430:18
**contingency** [1] - 9500:5
**continue** [3] - 9467:17, 9497:2, 9535:5
**continuing** [1] - 9528:20
**continuity** [1] - 9458:11
**contract** [7] - 9449:7, 9449:20, 9449:21, 9450:6, 9450:8, 9451:2, 9451:19
**contracting** [1] - 9406:10
**contractor** [3] - 9449:24, 9450:4, 9450:6
**Contractors** [1] - 9440:5
**contracts** [2] - 9451:1, 9495:6
**contractual** [2] - 9449:4, 9489:25
**contradict** [1] - 9509:18
**contravention** [1] - 9509:16
**contributory** [1] - 9436:19
**control** [22] - 9419:25, 9427:17, 9427:20, 9435:19, 9436:10, 9467:14, 9479:7, 9479:11, 9479:19, 9505:7, 9505:8, 9514:7, 9514:12, 9515:1, 9515:2, 9515:12, 9515:21, 9516:1, 9516:7, 9516:22, 9518:6, 9518:11
**convene** [1] - 9471:21
**conversations** [2] - 9519:18, 9519:25
**COO** [5] - 9454:25, 9456:25, 9462:1, 9462:15, 9463:19
**copy** [1] - 9486:4
**core** [3] - 9480:16, 9480:21, 9481:6
**COREY** [1] - 9391:7
**corner** [2] - 9409:11, 9446:2
**coroner's** [1] - 9523:2
**CORPORATE** [1] - 9389:20

**corporate** [4] - 9405:24, 9410:14, 9457:24, 9458:18
**correct** [116] - 9395:16, 9402:7, 9402:11, 9404:24, 9406:6, 9407:13, 9409:9, 9413:8, 9416:17, 9417:6, 9417:19, 9417:22, 9417:23, 9418:4, 9418:20, 9420:5, 9424:9, 9424:20, 9424:21, 9425:22, 9435:2, 9438:2, 9440:15, 9441:23, 9450:22, 9453:2, 9453:7, 9454:25, 9455:1, 9456:22, 9456:23, 9457:24, 9457:25, 9458:6, 9458:9, 9458:12, 9458:13, 9458:15, 9461:9, 9467:10, 9467:14, 9467:17, 9467:18, 9468:9, 9468:10, 9470:7, 9472:12, 9473:6, 9473:7, 9473:9, 9473:15, 9473:16, 9473:18, 9473:19, 9474:16, 9474:23, 9474:24, 9475:23, 9476:8, 9477:4, 9477:5, 9477:7, 9477:18, 9477:9, 9479:6, 9481:8, 9481:18, 9481:19, 9481:22, 9481:25, 9482:4, 9482:8, 9482:9, 9482:15, 9482:16, 9483:18, 9483:19, 9483:20, 9484:4, 9487:15, 9492:4, 9493:10, 9496:2, 9496:6, 9497:10, 9497:11, 9499:6, 9501:18, 9502:6, 9503:6, 9506:12, 9507:4, 9507:7, 9507:16, 9511:17, 9511:18, 9511:25, 9512:1, 9512:15, 9512:20, 9513:1, 9513:14, 9514:9, 9514:10, 9514:13, 9516:9, 9517:11, 9517:12, 9518:21, 9520:1, 9524:14, 9524:17, 9529:1, 9530:1,

9538:7
**correcting** [1] - 9465:9
**correctly** [14] - 9424:7, 9442:5, 9444:20, 9466:23, 9480:24, 9483:8, 9485:1, 9486:16, 9486:17, 9487:8, 9487:11, 9504:17, 9528:16, 9529:12
**Costa** [1] - 9411:5
**could** [38] - 9399:3, 9409:10, 9409:12, 9411:15, 9420:16, 9424:11, 9424:23, 9427:5, 9429:7, 9433:10, 9435:13, 9436:6, 9439:21, 9441:2, 9447:11, 9453:3, 9453:4, 9455:21, 9456:24, 9457:3, 9460:10, 9460:18, 9461:25, 9462:21, 9469:7, 9470:16, 9494:4, 9503:20, 9513:7, 9513:13, 9513:23, 9521:9, 9522:7, 9523:10, 9529:23, 9536:7, 9537:11
**couldn't** [4] - 9431:6, 9488:18, 9509:8, 9531:20
**counsel** [6] - 9412:25, 9424:24, 9510:18, 9530:9, 9535:7, 9536:22
**count** [2] - 9415:6, 9515:7
**countries** [1] - 9410:10
**counts** [2] - 9415:8, 9472:4
**County** [1] - 9401:15
**couple** [6] - 9426:6, 9431:10, 9454:14, 9511:23, 9519:5, 9529:24
**course** [17] - 9402:23, 9412:14, 9417:16, 9422:14, 9434:25, 9468:14, 9470:3, 9486:23, 9502:5, 9502:8, 9502:14, 9502:16, 9502:19, 9508:9, 9529:21, 9532:18, 9535:13
**courses** [1] -

9501:15
**COURT** [123] - 9388:1, 9393:10, 9395:5, 9395:12, 9395:15, 9396:5, 9396:8, 9396:18, 9396:25, 9397:5, 9397:9, 9397:13, 9397:19, 9398:1, 9398:11, 9398:13, 9398:18, 9398:20, 9398:23, 9399:1, 9399:10, 9399:12, 9399:21, 9399:23, 9400:5, 9400:8, 9400:10, 9400:15, 9400:20, 9400:25, 9408:8, 9408:11, 9411:13, 9412:19, 9413:5, 9413:10, 9413:12, 9422:24, 9423:18, 9424:25, 9431:12, 9433:17, 9447:13, 9452:11, 9452:15, 9452:16, 9453:1, 9453:7, 9453:16, 9455:6, 9461:19, 9463:24, 9464:14, 9464:19, 9464:21, 9464:24, 9466:7, 9467:9, 9470:19, 9470:22, 9472:23, 9472:25, 9474:13, 9474:19, 9476:11, 9476:13, 9476:23, 9477:13, 9477:20, 9477:22, 9477:24, 9489:11, 9493:24, 9495:8, 9500:14, 9500:16, 9500:19, 9500:23, 9513:18, 9515:23, 9517:1, 9519:9, 9519:13, 9519:15, 9521:14, 9522:1, 9523:3, 9523:7, 9523:12, 9523:14, 9523:19, 9523:22, 9523:23, 9524:19, 9524:22, 9525:17, 9526:16, 9529:15, 9529:18, 9529:21, 9529:25, 9530:9, 9530:13, 9530:15, 9530:18, 9531:1, 9531:3, 9531:6, 9531:15, 9532:12, 9532:20, 9532:23, 9533:2, 9533:9, 9533:16, 9533:20, 9533:22, 9534:8,

9534:10, 9534:18, 9534:20, 9534:25, 9535:2
**Court** [26] - 9395:23, 9397:4, 9397:8, 9411:1, 9411:2, 9411:3, 9411:4, 9411:10, 9412:2, 9415:14, 9419:1, 9419:16, 9419:22, 9420:16, 9523:17, 9532:19, 9534:2, 9534:5, 9534:12, 9534:16, 9535:16, 9536:5, 9538:5, 9538:6, 9538:14
**court** [9] - 9396:20, 9396:24, 9397:2, 9397:17, 9408:24, 9408:25, 9426:10, 9429:4, 9429:8
**courtroom** [3] - 9400:25, 9470:13, 9503:7
**courts** [2] - 9410:22, 9410:25
**Courts** [1] - 9411:1
**cover** [9] - 9408:25, 9411:19, 9412:17, 9412:20, 9440:7, 9447:16, 9454:1, 9454:11, 9460:12, 9509:3
**covered** [5] - 9409:14, 9461:23, 9501:19, 9510:8, 9521:25
**covering** [2] - 9494:8, 9508:21
**COVINGTON** [1] - 9392:1
**Craig** [2] - 9394:4, 9400:6
**CRAIG** [1] - 9400:11
**Cramond** [4] - 9492:8, 9492:16, 9493:13, 9493:15
**Cramond's** [2] - 9492:13, 9492:23
**create** [3] - 9456:7, 9458:25
**created** [6] - 9415:15, 9455:24, 9456:12, 9456:19, 9459:1, 9534:4
**crew** [41] - 9401:25, 9414:18, 9416:22, 9416:24, 9418:12, 9418:21, 9419:13, 9422:16, 9425:25, 9426:2, 9427:16,

9429:1, 9432:19,
9434:15, 9443:4,
9444:3, 9444:5,
9449:13, 9451:23,
9472:7, 9497:17,
9502:20, 9504:23,
9505:6, 9512:5,
9512:10, 9512:18,
9513:3, 9514:5,
9514:11, 9514:12,
9514:19, 9514:25,
9518:3, 9518:10,
9518:11, 9518:24,
9521:8, 9524:16,
9524:25

**Crew** [1] - 9434:20
**crews** [2] - 9439:23,
9442:2
**criteria** [2] - 9481:24,
9482:5
**critical** [5] - 9418:22,
9435:13, 9466:14,
9466:19, 9480:24
**criticized** [2] -
9502:3, 9502:4
**crop** [1] - 9467:4
**cross** [4] - 9453:15,
9453:20, 9473:4,
9478:5
**Cross** [3] - 9394:17,
9394:19, 9394:21
**CROSS** [3] -
9453:17, 9473:2,
9478:2
**CROSS-
EXAMINATION** [2] -
9473:2, 9478:2
**cross-examination**
[3] - 9453:15, 9473:4,
9478:5
**Cross-Examination**
[3] - 9394:17, 9394:19,
9394:21
**cross-examine** [1] -
9453:20
**crossing** [1] -
9475:15
**CRR** [2] - 9393:10,
9538:13
**crude** [3] - 9404:8,
9404:9, 9404:10
**cumulative** [6] -
9412:17, 9464:12,
9464:15, 9464:17,
9476:10, 9477:19
**CUNNINGHAM** [2] -
9389:8, 9389:9
**current** [4] -
9421:20, 9473:10,
9473:11, 9488:11

**cursed** [1] - 9427:9
**Curt** [3] - 9429:18,
9507:24, 9508:8
**customer** [2] -
9449:16, 9451:12
**cut** [3] - 9456:13,
9489:9, 9522:14
**CV** [2] - 9401:16,
9401:19

# D

**D** [5] - 9391:13,
9392:17, 9394:1,
9400:9, 9531:22
**D-4401A.1** [1] -
9415:13
**D-4401A.4** [1] -
9415:21
**D-4950.1** [1] -
9435:20
**D-4951** [1] - 9434:17
**D-4952** [1] - 9435:6
**D-4954** [1] - 9444:16
**D-4955A** [1] -
9439:25
**D-4956** [1] - 9439:11
**D-4959** [1] - 9404:5
**D-4963** [1] - 9445:25
**D-4966** [1] - 9401:21
**D-4967** [1] - 9417:1
**D-6591.6** [1] -
9440:23
**D-6710** [1] - 9419:15
**daily** [7] - 9440:3,
9440:11, 9441:12,
9524:10, 9524:13,
9525:3, 9525:12
**DALLAS** [1] - 9393:5
**Damon** [7] - 9424:5,
9424:6, 9424:12,
9425:19, 9526:5,
9526:11, 9526:20
**dangerous** [1] -
9471:1
**DANIEL** [1] - 9391:2
**data** [2] - 9467:14,
9531:19
**date** [9] - 9410:14,
9414:3, 9435:25,
9468:7, 9485:4,
9508:2, 9508:11,
9525:4, 9528:1
**Daubert** [2] -
9411:12, 9412:12
**DAUPHIN** [1] -
9389:9
**Dave** [2] - 9428:21,
9430:13

**David** [7] - 9395:8,
9426:5, 9426:8,
9430:7, 9437:15,
9520:18, 9520:19
**DAY** [1] - 9388:19
**day** [8] - 9398:17,
9398:25, 9472:8,
9492:6, 9530:15,
9537:13, 9537:16
**days** [10] - 9470:5,
9535:10, 9535:17,
9535:21, 9535:24,
9537:7, 9537:14
**dazed** [1] - 9430:2
**DC** [4] - 9390:18,
9390:23, 9391:4,
9392:2
**dead** [1] - 9519:10
**deadweight** [1] -
9404:14
**deal** [4] - 9453:12,
9453:13, 9464:4,
9515:6
**dealing** [4] -
9409:24, 9431:6,
9464:11, 9472:15
**deals** [1] - 9413:2
**dealt** [1] - 9533:5
**DEANNA** [1] -
9390:16
**decide** [1] - 9412:21
**decided** [2] - 9456:6,
9457:14
**decides** [1] - 9428:7
**Decision** [1] -
9420:14
**decision** [10] -
9418:19, 9443:17,
9457:6, 9457:15,
9491:15, 9491:16,
9517:19, 9517:20,
9518:17, 9518:23
**Decisions** [1] -
9420:17
**decisions** [6] -
9420:22, 9421:15,
9421:17, 9421:22,
9480:24, 9517:19
**deck** [8] - 9402:3,
9402:4, 9402:5,
9402:20, 9402:21,
9428:20, 9445:10,
9445:20
**decreased** [1] -
9472:14
**dedupe** [1] - 9395:20
**deemed** [1] -
9466:13
**Deepwater** [95] -
9411:23, 9413:19,

9413:22, 9413:25,
9414:3, 9414:8,
9414:15, 9415:16,
9416:3, 9419:4,
9419:10, 9422:14,
9427:2, 9427:3,
9428:15, 9429:2,
9432:21, 9433:7,
9433:22, 9434:11,
9437:11, 9437:13,
9437:23, 9438:17,
9439:2, 9439:5,
9439:8, 9439:23,
9440:9, 9440:14,
9441:11, 9442:2,
9442:8, 9442:17,
9443:8, 9443:18,
9443:21, 9444:6,
9444:11, 9444:21,
9446:21, 9447:7,
9448:5, 9448:16,
9449:13, 9454:23,
9459:13, 9460:8,
9461:11, 9465:20,
9466:12, 9468:11,
9469:16, 9472:2,
9472:18, 9477:2,
9478:9, 9480:22,
9481:15, 9482:24,
9483:21, 9484:3,
9484:7, 9484:10,
9485:4, 9485:10,
9486:1, 9488:17,
9488:22, 9489:1,
9489:15, 9491:23,
9492:2, 9493:4,
9494:1, 9497:1,
9497:17, 9500:4,
9501:5, 9503:4,
9503:9, 9503:13,
9504:12, 9504:15,
9506:1, 9506:11,
9508:16, 9509:5,
9509:20, 9511:16,
9524:5, 9524:16,
9525:10, 9527:16,
9527:25
**DEEPWATER** [3] -
9388:5, 9392:8,
9392:9
**deer** [1] - 9429:20
**deficiencies** [2] -
9470:4, 9484:24
**define** [1] - 9460:2
**defined** [4] - 9446:4,
9446:7, 9447:21,
9456:8
**defines** [1] - 9445:9,
9448:10, 9456:17
**defining** [2] -

**definitely** [1] -
9425:12, 9448:3
**definitely** [1] -
9447:11
**definition** [4] -
9414:4, 9414:6,
9447:22, 9447:25
**DEGRAVELLES** [2] -
9390:1, 9390:2
**delay** [3] - 9510:21,
9510:22, 9511:2
**DELEMARRE** [1] -
9390:21
**delete** [1] - 9412:15
**demanding** [1] -
9537:4
**demonstrate** [3] -
9459:1, 9459:2,
9511:10
**demonstrated** [2] -
9458:24, 9525:1
**Demonstrative** [1] -
9452:19
**demonstrative** [6] -
9439:25, 9440:16,
9440:21, 9440:23,
9453:2, 9501:9
**demonstratives** [2] -
9452:21, 9453:9
**Dep** [1] - 9429:6
**department** [3] -
9402:20, 9402:21,
9405:17
**DEPARTMENT** [4] -
9390:10, 9390:14,
9390:19, 9391:1
**dependent** [1] -
9519:1
**depends** [3] -
9465:5, 9468:16,
9471:23
**depict** [1] - 9445:3
**depicted** [2] -
9446:1, 9446:3
**deposition** [14] -
9397:3, 9397:8,
9397:12, 9426:2,
9428:23, 9429:4,
9441:16, 9492:13,
9492:23, 9520:24,
9521:14, 9531:17,
9531:24, 9532:9
**DEPOSITION** [3] -
9394:3, 9400:11,
9400:22
**depositions** [5] -
9532:2, 9532:3,
9532:6, 9533:7,
9535:14
**depth** [1] - 9405:3
**DEPUTY** [5] -

9401:2, 9401:5,
9452:13, 9523:20,
9537:17

**derrick** [5] - 9417:9,
9417:15, 9423:3,
9432:16, 9511:25

**describe** [6] -
9423:12, 9424:11,
9424:15, 9425:8,
9425:10, 9446:1

**described** [6] -
9404:18, 9422:15,
9426:17, 9429:19,
9432:15, 9437:11

**description** [5] -
9407:23, 9417:24,
9418:1, 9429:24,
9437:13

**designated** [14] -
9455:18, 9455:22,
9455:24, 9456:10,
9457:6, 9457:7,
9457:9, 9457:13,
9457:22, 9459:17,
9459:22, 9460:3,
9499:20, 9532:4

**designates** [1] -
9487:16

**designation** [1] -
9532:9

**designations** [1] -
9531:24

**designed** [1] -
9458:16

**desired** [1] - 9399:8
**desk** [1] - 9420:2
**despite** [3] -
9432:10, 9480:13

**destroy** [1] - 9471:21
**destroyed** [1] -
9475:17

**Det** [1] - 9408:4
**detail** [3] - 9465:24,
9469:23, 9503:2

**determine** [2] -
9418:11, 9465:6

**determined** [3] -
9463:11, 9489:17,
9517:6

**determines** [1] -
9438:14

**determining** [1] -
9490:17

**develop** [3] -
9410:20, 9448:14,
9448:17

**developed** [4] -
9403:21, 9405:25,
9406:9

**developing** [1] -

9405:18
**development** [1] -
9475:8

**Dewey** [2] - 9498:10,
9498:17

**DEXTER** [1] - 9391:8
**did** [229] - 9396:1,
9398:11, 9401:16,
9401:18, 9401:21,
9401:23, 9402:1,
9402:4, 9402:12,
9402:24, 9403:2,
9403:4, 9404:18,
9405:5, 9405:6,
9405:10, 9405:12,
9405:15, 9405:16,
9405:19, 9406:2,
9406:13, 9406:14,
9406:20, 9406:22,
9407:3, 9407:4,
9407:25, 9409:21,
9409:23, 9410:7,
9410:12, 9413:22,
9413:24, 9414:15,
9414:17, 9414:25,
9415:1, 9415:18,
9415:20, 9422:16,
9422:18, 9423:10,
9423:11, 9423:12,
9423:20, 9423:22,
9423:23, 9424:1,
9424:4, 9424:6,
9424:11, 9424:15,
9424:18, 9425:7,
9425:10, 9425:12,
9425:14, 9426:24,
9426:25, 9427:25,
9428:23, 9428:25,
9429:16, 9429:21,
9430:16, 9430:22,
9430:24, 9432:8,
9434:10, 9434:11,
9434:13, 9435:4,
9435:5, 9436:1,
9436:4, 9436:10,
9437:1, 9437:3,
9437:4, 9437:17,
9439:5, 9439:7,
9440:19, 9440:20,
9441:13, 9442:5,
9443:7, 9443:9,
9443:19, 9443:25,
9444:1, 9447:1,
9447:4, 9447:7,
9456:25, 9458:18,
9460:2, 9460:22,
9460:24, 9462:1,
9462:5, 9462:6,
9462:8, 9462:15,
9463:19, 9465:2,
9465:20, 9466:22,

9466:24, 9468:5,
9469:4, 9469:5,
9469:6, 9469:15,
9469:20, 9469:25,
9470:2, 9473:11,
9477:16, 9478:9,
9480:15, 9481:15,
9481:17, 9483:7,
9483:9, 9483:10,
9483:21, 9483:23,
9484:8, 9484:12,
9484:25, 9485:2,
9485:9, 9485:11,
9485:14, 9485:24,
9486:1, 9486:16,
9487:8, 9487:9,
9487:10, 9487:12,
9487:20, 9487:23,
9488:22, 9488:23,
9489:1, 9489:2,
9489:3, 9490:7,
9490:8, 9490:14,
9490:22, 9492:7,
9492:20, 9494:15,
9494:16, 9495:14,
9495:15, 9495:16,
9495:18, 9495:19,
9495:22, 9496:6,
9496:8, 9497:13,
9497:14, 9498:8,
9498:24, 9498:25,
9499:2, 9499:3,
9499:5, 9499:8,
9499:12, 9499:25,
9501:6, 9502:2,
9504:3, 9504:16,
9504:22, 9505:1,
9506:7, 9506:9,
9506:17, 9506:23,
9507:1, 9507:12,
9507:13, 9507:20,
9508:19, 9508:20,
9508:22, 9508:25,
9509:3, 9509:4,
9509:5, 9509:20,
9510:22, 9510:23,
9510:25, 9511:13,
9516:12, 9516:13,
9516:14, 9518:3,
9519:20, 9519:22,
9520:24, 9521:3,
9521:4, 9524:17,
9524:24, 9525:1,
9525:2, 9525:6,
9526:22, 9527:16,
9527:18, 9527:25,
9528:3, 9528:16,
9528:17, 9529:11,
9529:13

**didn't** [28] - 9397:21,
9398:16, 9419:16,

9427:25, 9430:5,
9446:14, 9453:5,
9459:15, 9460:3,
9462:11, 9462:12,
9465:24, 9475:25,
9477:11, 9480:14,
9484:7, 9484:14,
9489:9, 9492:6,
9493:17, 9498:17,
9504:20, 9506:3,
9506:19, 9510:24,
9518:1, 9518:13,
9519:6

**died** [1] - 9522:22
**difference** [4] -
9418:3, 9425:3,
9461:16, 9465:12

**different** [7] -
9395:18, 9465:15,
9485:7, 9491:5,
9503:20, 9519:12,
9536:11

**difficult** [1] - 9472:11
**Dire** [1] - 9394:13
**DIRE** [1] - 9401:9
**DIRECT** [1] -
9411:17

**Direct** [1] - 9394:15
**direct** [8] - 9401:12,
9412:1, 9423:10,
9452:10, 9452:21,
9453:13, 9456:18,
9514:5

**directly** [4] -
9456:15, 9498:23,
9507:2, 9507:20

**directs** [1] - 9532:19
**disagree** [1] - 9520:5
**disagreement** [1] -
9448:25

**disappointing** [1] -
9452:23

**disaster** [6] -
9414:16, 9426:12,
9432:2, 9454:23,
9475:11, 9476:21

**disbelief** [1] -
9431:13

**discipline** [1] -
9402:19

**disclosed** [2] -
9452:22, 9452:23

**disconnect** [14] -
9427:12, 9439:19,
9457:21, 9481:2,
9500:5, 9502:19,
9503:18, 9503:19,
9503:23, 9504:3,
9504:23, 9504:25,
9510:7, 9520:22

**disconnected** [2] -
9433:21, 9517:15

**discount** [1] - 9481:5
**discretion** [1] -
9533:14

**discuss** [1] -
9428:14

**discussed** [2] -
9421:24, 9460:22

**discussing** [1] -
9464:9

**discussion** [1] -
9520:22

**discussions** [2] -
9398:14, 9530:21

**distress** [2] - 9427:8,
9427:10

**DISTRICT** [3] -
9388:1, 9388:2,
9388:22

**District** [3] - 9411:1,
9538:6

**diverted** [1] - 9418:2
**diverter** [2] - 9512:2,
9514:5

**division** [1] -
9457:23

**DIVISION** [3] -
9390:11, 9390:14,
9390:20

**divisional** [1] -
9458:8

**DNV** [10] - 9409:18,
9466:12, 9481:15,
9481:18, 9482:10,
9482:14, 9482:18,
9482:23, 9483:15,
9485:25

**DOC** [1] - 9486:4
**doctors** [1] - 9406:24
**document** [44] -
9395:24, 9396:6,
9396:7, 9409:1,
9409:12, 9414:5,
9415:15, 9434:14,
9439:13, 9440:1,
9442:7, 9445:7,
9445:8, 9445:9,
9447:1, 9455:12,
9460:5, 9460:15,
9482:23, 9484:17,
9486:8, 9486:9,
9494:20, 9499:24,
9500:7, 9500:8,
9501:6, 9501:9,
9501:14, 9501:25,
9502:1, 9502:2,
9502:25, 9505:16,
9509:17, 9509:19,
9510:11, 9510:13,

9513:2, 9521:12, 9524:24, 9527:12, 9527:24, 9531:7

**DOCUMENT** [2] - 9388:10, 9505:5

**Documentation** [1] - 9467:12

**documented** [1] - 9440:11

**documents** [12] - 9441:10, 9444:9, 9467:14, 9467:16, 9499:25, 9508:20, 9509:17, 9510:8, 9528:5, 9531:9, 9531:10, 9535:15

**does** [52] - 9399:1, 9403:7, 9404:15, 9407:14, 9407:25, 9408:15, 9415:6, 9426:17, 9426:20, 9427:22, 9432:5, 9432:7, 9438:21, 9439:8, 9439:10, 9442:23, 9445:13, 9445:14, 9445:23, 9447:16, 9447:18, 9453:14, 9454:10, 9454:22, 9454:24, 9455:15, 9455:19, 9455:20, 9456:4, 9461:10, 9463:18, 9471:2, 9471:6, 9471:22, 9481:24, 9486:13, 9487:18, 9488:14, 9494:20, 9502:19, 9509:15, 9517:18, 9526:5, 9526:19, 9528:13, 9528:18, 9529:2, 9529:4, 9529:11, 9529:18, 9536:21

**doesn't** [16] - 9425:2, 9459:8, 9459:15, 9459:16, 9471:5, 9471:21, 9476:13, 9487:17, 9488:13, 9505:3, 9505:21, 9514:14, 9517:13, 9517:16, 9519:8, 9522:1

**doing** [8] - 9410:21, 9490:17, 9502:20, 9503:25, 9514:18, 9514:19, 9515:11, 9537:7

**DOMENGEAUX** [1] - 9389:3

**DON** [1] - 9391:22

**Don** [2] - 9401:11,

9534:23

**don't** [71] - 9395:20, 9397:24, 9399:4, 9412:19, 9413:5, 9423:14, 9425:12, 9446:1, 9447:13, 9451:5, 9458:17, 9458:24, 9459:23, 9461:2, 9464:14, 9469:13, 9470:13, 9471:3, 9477:14, 9479:7, 9479:16, 9479:19, 9479:21, 9481:5, 9482:17, 9482:18, 9486:22, 9487:3, 9488:2, 9488:5, 9488:6, 9488:8, 9488:9, 9490:8, 9490:20, 9494:19, 9496:25, 9497:25, 9500:16, 9500:24, 9502:13, 9502:16, 9502:21, 9503:1, 9504:21, 9506:7, 9506:18, 9507:10, 9511:19, 9511:21, 9513:5, 9513:8, 9513:10, 9514:18, 9515:7, 9518:8, 9520:5, 9520:7, 9520:9, 9520:12, 9520:14, 9521:16, 9521:25, 9522:1, 9530:15, 9531:6, 9531:7, 9535:8, 9536:19

**DONALD** [1] - 9393:2

**done** [14] - 9397:24, 9418:10, 9418:22, 9469:16, 9469:20, 9470:10, 9489:13, 9503:20, 9504:1, 9505:20, 9505:23, 9522:19, 9529:16, 9530:24

**door** [13] - 9424:3, 9424:9, 9424:12, 9425:18, 9512:18, 9512:24, 9513:3, 9513:6, 9513:10, 9514:16, 9518:5, 9525:25, 9526:10

**doors** [2] - 9475:16, 9475:22

**doubt** [9] - 9459:8, 9459:9, 9482:17, 9482:18, 9488:8, 9492:1, 9509:25, 9510:1

**DOUGLAS** [1] - 9391:17

**dove** [1] - 9522:13

**down** [22] - 9395:7, 9395:16, 9423:4, 9424:3, 9424:4, 9424:12, 9426:20, 9428:23, 9431:8, 9441:4, 9441:15, 9443:10, 9478:19, 9505:13, 9505:18, 9508:24, 9512:13, 9512:15, 9512:25, 9526:11, 9526:20

**DOYEN** [1] - 9392:16

**Doyen** [1] - 9396:23

**DP** [5] - 9442:1, 9458:6, 9458:8, 9461:17, 9501:24

**DPOs** [1] - 9504:23

**DPs** [3] - 9457:23, 9458:19, 9459:12

**Dr** [4] - 9395:8, 9395:23, 9470:24, 9471:14

**DRESCHER** [1] - 9389:14

**drift** [1] - 9433:24

**Drill** [2] - 9427:16, 9427:19

**drill** [38] - 9405:8, 9416:5, 9418:4, 9423:3, 9428:9, 9433:8, 9434:1, 9434:7, 9438:16, 9440:5, 9440:9, 9441:14, 9502:20, 9503:23, 9504:2, 9504:6, 9504:17, 9505:6, 9505:7, 9505:8, 9505:10, 9505:14, 9505:23, 9511:12, 9514:2, 9514:5, 9514:11, 9514:19, 9514:25, 9516:12, 9516:14, 9518:10, 9518:24, 9524:14, 9524:17, 9525:14

**driller** [3] - 9503:22, 9503:24, 9504:1

**DRILLING** [1] - 9392:9

**drilling** [23] - 9405:5, 9405:6, 9405:7, 9405:11, 9413:20, 9440:3, 9440:11, 9441:1, 9444:12, 9445:4, 9445:21, 9470:14, 9470:25,

9495:18, 9499:15, 9499:23, 9500:19, 9500:23, 9524:10, 9524:13, 9525:3, 9525:8, 9525:12

**Drilling** [5] - 9405:14, 9440:4, 9497:9, 9497:12, 9511:16

**drills** [36] - 9421:8, 9438:9, 9438:10, 9438:11, 9438:13, 9438:19, 9438:22, 9439:2, 9439:3, 9439:9, 9439:24, 9440:11, 9441:1, 9441:2, 9441:11, 9441:13, 9442:3, 9442:8, 9442:15, 9503:5, 9503:13, 9504:16, 9504:23, 9505:20, 9506:1, 9506:3, 9506:5, 9506:8, 9506:9, 9510:15, 9524:4, 9524:6, 9524:8, 9524:9, 9525:1

**drive** [3] - 9399:15, 9399:19, 9433:24

**DRIVE** [1] - 9389:20

**drives** [1] - 9400:17

**dual** [13] - 9481:9, 9490:9, 9491:19, 9491:20, 9494:1, 9495:6, 9495:13, 9496:14, 9496:17, 9496:24, 9496:25, 9497:5, 9497:13

**dump** [1] - 9531:7

**dumping** [1] - 9531:8

**Dundee** [1] - 9405:1

**dupe** [1] - 9395:20

**duplications** [1] - 9468:19

**during** [23] - 9397:3, 9397:7, 9402:16, 9411:24, 9412:18, 9418:21, 9418:22, 9423:8, 9424:15, 9432:14, 9433:13, 9440:17, 9440:21, 9441:17, 9469:16, 9469:17, 9481:10, 9491:7, 9506:5, 9510:14, 9510:19, 9523:18, 9531:11

**duties** [2] - 9402:17, 9404:1

**duty** [1] - 9402:23

**dynamic** [4] -

9473:18, 9473:21, 9501:16, 9501:17

**dynamic-positioned** [2] - 9473:18, 9473:21

**dynamic-positioning** [2] - 9501:16, 9501:17

**dynamically** [8] - 9413:21, 9413:22, 9446:23, 9479:1, 9479:5, 9479:6, 9496:1, 9497:9

**dynamically-positioned** [1] - 9497:9

---

# E

**E** [8] - 9393:2, 9394:1, 9395:3, 9400:9, 9401:8, 9531:22

**each** [10] - 9403:20, 9436:1, 9436:2, 9441:7, 9456:11, 9457:14, 9483:15, 9493:2, 9504:25, 9510:9

**earlier** [13] - 9406:24, 9422:15, 9426:14, 9429:4, 9432:17, 9435:18, 9453:8, 9478:12, 9478:21, 9491:14, 9502:22, 9510:10, 9510:19

**earliest** [1] - 9513:13

**early** [3] - 9398:4, 9403:23, 9407:2

**easier** [2] - 9480:17, 9536:25

**east** [1] - 9405:1

**Eastern** [1] - 9538:6

**EASTERN** [1] - 9388:2

**EDS** [53] - 9416:22, 9418:13, 9418:19, 9418:23, 9419:6, 9419:9, 9419:14, 9419:23, 9427:12, 9428:21, 9432:19, 9432:24, 9433:12, 9433:13, 9434:11, 9438:17, 9439:3, 9439:9, 9439:24, 9440:11, 9441:2, 9441:13, 9441:14, 9442:3, 9442:8, 9443:17, 9479:14,

9481:3, 9501:20, 9502:19, 9503:5, 9503:13, 9503:17, 9504:15, 9504:17, 9504:20, 9505:10, 9505:14, 9514:16, 9515:20, 9516:8, 9518:12, 9518:14, 9518:16, 9518:23, 9524:4, 9524:6, 9524:9, 9524:14, 9524:17, 9525:1, 9525:14, 9526:25

**EDSed** [3] - 9517:14, 9517:25

**EDSing** [1] - 9514:25

**education** [1] - 9507:16

**EDWARDS** [1] - 9389:3

**effect** [4] - 9475:17, 9478:19, 9484:2, 9512:25

**effective** [5] - 9457:16, 9459:2, 9494:17, 9495:2

**effectively** [2] - 9421:18, 9433:11

**efforts** [1] - 9537:3

**eight** [13] - 9398:5, 9418:15, 9446:11, 9446:12, 9467:8, 9495:22, 9496:1, 9510:21, 9510:22, 9511:2, 9511:11, 9535:13, 9537:6

**eight-anchor** [1] - 9446:12

**eight-minute** [3] - 9510:21, 9510:22, 9511:2

**either** [10] - 9418:11, 9418:18, 9427:21, 9433:24, 9446:17, 9465:20, 9502:10, 9510:24, 9534:6, 9536:18

**electrician** [1] - 9429:2

**electronic** [1] - 9505:20

**electronically** [2] - 9480:2, 9510:17

**element** [3] - 9421:16, 9470:3, 9509:18

**elevated** [1] - 9454:19

**ELIZABETH** [1] - 9391:3

**ELLIS** [1] - 9392:3

**ELM** [1] - 9393:4

**else** [7] - 9437:11, 9512:23, 9517:22, 9533:5, 9533:16, 9536:21, 9537:15

**elsewhere** [1] - 9469:13

**emergencies** [3] - 9414:22, 9471:15, 9474:6

**emergency** [42] - 9434:7, 9434:25, 9435:16, 9436:10, 9438:20, 9439:5, 9439:8, 9439:17, 9439:19, 9448:23, 9471:11, 9471:19, 9472:7, 9472:10, 9472:11, 9472:14, 9472:15, 9477:7, 9481:2, 9490:9, 9494:8, 9494:15, 9494:18, 9494:23, 9500:5, 9500:22, 9502:5, 9503:18, 9503:19, 9503:23, 9504:23, 9508:17, 9508:21, 9508:25, 9509:1, 9509:6, 9510:4, 9510:7, 9518:15, 9518:18, 9524:5

**emphasize** [2] - 9444:2, 9531:6

**employees** [2] - 9451:4, 9451:9

**employment** [2] - 9435:25, 9474:3

**enable** [2] - 9402:22, 9408:21

**encounter** [1] - 9471:11

**encountered** [1] - 9429:15

**encourage** [1] - 9460:6

**end** [1] - 9475:19

**ended** [2] - 9497:2, 9531:3

**ending** [1] - 9456:3

**endorsement** [1] - 9445:3

**ENERGY** [2] - 9392:11, 9393:1

**ENFORCEMENT** [1] - 9390:15

**engineer** [4] - 9428:17, 9445:10, 9487:10, 9500:23

**Engineering** [2] - 9517:4, 9517:6

**England** [1] - 9411:4

**English** [1] - 9475:16

**enlarge** [4] - 9494:5, 9495:23, 9505:12, 9511:23

**enough** [1] - 9507:2

**Ensure** [1] - 9435:12

**ensure** [4] - 9456:10, 9486:14, 9489:14, 9490:12

**ensures** [1] - 9438:13

**entail** [1] - 9503:1

**Enterprise** [3] - 9475:12, 9476:5, 9476:19

**enterprise** [1] - 9463:16

**entire** [4] - 9440:14, 9479:4, 9493:19, 9497:23

**entirely** [1] - 9485:7

**entirety** [1] - 9430:10

**entities** [1] - 9465:21

**entitle** [3] - 9447:2, 9447:4, 9447:7

**entitled** [2] - 9415:16, 9538:9

**entity** [7] - 9444:17, 9447:20, 9448:14, 9459:24, 9460:1, 9460:5, 9528:14

**entries** [2] - 9452:24, 9511:23

**entry** [1] - 9441:3

**ENVIRONMENT** [1] - 9390:14

**environment** [7] - 9414:19, 9419:14, 9432:20, 9443:2, 9444:3, 9463:3, 9471:5

**ENVIRONMENTAL** [1] - 9390:15

**environmental** [1] - 9448:22

**environmental-protection** [1] - 9448:22

**equally** [2] - 9438:19, 9471:5

**equate** [2] - 9403:7, 9404:15

**equipment** [12] - 9402:21, 9421:5, 9438:13, 9438:15, 9438:20, 9438:21, 9438:23, 9438:24,

9464:2, 9466:13, 9499:13, 9499:21

**equipment's** [1] - 9438:25

**equivalent** [1] - 9403:8

**escape** [1] - 9510:6

**ESQ** [46] - 9389:3, 9389:6, 9389:9, 9389:11, 9389:14, 9389:17, 9389:19, 9389:22, 9390:2, 9390:4, 9390:7, 9390:11, 9390:15, 9390:16, 9390:16, 9390:17, 9390:17, 9390:20, 9390:21, 9390:21, 9390:22, 9390:22, 9391:2, 9391:3, 9391:3, 9391:7, 9391:8, 9391:16, 9391:17, 9391:22, 9392:1, 9392:4, 9392:4, 9392:5, 9392:10, 9392:13, 9392:14, 9392:16, 9392:17, 9392:17, 9392:20, 9392:23, 9393:2, 9393:3, 9393:3, 9393:6

**essence** [1] - 9415:9, 9481:8

**essential** [3] - 9403:23, 9438:5, 9471:23

**essentially** [2] - 9457:23, 9472:4

**establish** [2] - 9406:6, 9467:13

**established** [5] - 9410:15, 9420:18, 9420:19, 9438:11, 9486:16

**ET** [2] - 9388:13, 9388:15

**evaluated** [1] - 9495:1

**evaluating** [1] - 9494:15

**even** [10] - 9427:22, 9437:8, 9502:16, 9514:18, 9514:20, 9515:7, 9518:4, 9520:8, 9527:4, 9535:15

**evening** [2] - 9416:16, 9423:21

**event** [3] - 9471:2, 9494:17, 9504:12

**events** [2] - 9471:1, 9525:20

**eventually** [1] - 9519:4

**ever** [2] - 9414:22, 9493:15

**every** [17] - 9415:6, 9415:8, 9436:1, 9436:2, 9440:5, 9441:7, 9451:2, 9463:3, 9469:3, 9472:4, 9472:9, 9472:13, 9492:6, 9499:1, 9506:11, 9506:15, 9519:25

**everybody** [2] - 9398:25, 9537:8

**everyone** [7] - 9424:11, 9452:16, 9523:23, 9533:16, 9537:2, 9537:5, 9537:10

**everything** [2] - 9472:18, 9521:9

**everywhere** [1] - 9517:16

**Evidence** [2] - 9412:14, 9464:13

**evidence** [33] - 9399:20, 9408:24, 9412:4, 9416:21, 9426:10, 9432:1, 9432:5, 9433:6, 9436:9, 9443:14, 9443:15, 9458:1, 9459:15, 9460:7, 9461:24, 9466:15, 9491:6, 9503:4, 9510:11, 9512:5, 9512:10, 9512:22, 9529:19, 9530:2, 9530:22, 9531:23, 9532:2, 9532:24, 9535:3, 9535:12, 9535:14, 9535:15, 9535:16

**ex** [1] - 9431:20

**ex-captain's** [1] - 9431:20

**exact** [1] - 9417:15

**exactly** [5] - 9415:8, 9454:21, 9456:12, 9458:17, 9479:4

**exam** [1] - 9412:1

**Examination** [6] - 9394:13, 9394:15, 9394:17, 9394:19, 9394:21, 9394:23

**EXAMINATION** [6] - 9401:9, 9411:17,

9453:17, 9473:2,
9478:2, 9523:25
  **examination** [8] -
9401:12, 9445:10,
9452:21, 9453:15,
9473:4, 9478:5,
9481:11, 9485:7
  **examinations** [1] -
9445:21
  **examine** [1] -
9453:20
  **examined** [2] -
9444:14, 9485:9
  **example** [9] -
9408:3, 9409:18,
9432:24, 9468:19,
9490:4, 9494:8,
9503:21, 9508:21
  **except** [1] - 9398:3
  **exception** [1] -
9441:2
  **excerpt** [4] -
9427:13, 9430:12,
9431:10, 9441:15
  **excerpts** [1] - 9397:3
  **EXCERPTS** [3] -
9394:3, 9400:11,
9400:22
  **excluded** [1] -
9469:24
  **exclusively** [1] -
9491:15
  **excuse** [5] - 9417:21,
9435:6, 9489:8,
9496:25, 9526:24
  **executed** [2] -
9439:24, 9442:3
  **executive** [5] -
9450:17, 9454:18,
9463:9, 9463:12,
9480:14
  **exemplary** [2] -
9462:23, 9536:24
  **exercise** [2] -
9419:11, 9443:25
  **exercises** [1] -
9421:8
  **exercising** [1] -
9533:14
  **exhaustive** [1] -
9528:24
  **Exhibit** [1] - 9412:7
  **exhibit** [8] - 9396:11,
9396:19, 9396:25,
9408:23, 9415:11,
9440:16, 9470:19,
9509:11
  **exhibit's** [1] - 9396:5
  **exhibits** [22] -
9395:8, 9395:9,

9395:12, 9395:13,
9395:15, 9396:22,
9397:2, 9397:7,
9397:11, 9397:13,
9397:15, 9441:14,
9529:22, 9530:3,
9530:4, 9530:8,
9530:22, 9533:6,
9533:11, 9536:19
  **exist** [4] - 9459:16,
9494:8, 9508:21,
9529:11
  **existed** [1] - 9433:4
  **exited** [1] - 9512:14
  **expanding** [1] -
9406:16
  **expect** [9] - 9450:24,
9473:23, 9474:1,
9474:5, 9474:21,
9488:18, 9490:21,
9496:20, 9531:7
  **expectation** [1] -
9438:6
  **expected** [7] -
9433:19, 9433:20,
9433:23, 9459:10,
9494:25, 9495:3,
9521:9
  **experience** [20] -
9401:24, 9415:6,
9420:23, 9421:10,
9421:24, 9422:7,
9424:1, 9426:11,
9436:22, 9437:4,
9437:6, 9437:15,
9437:18, 9437:19,
9442:16, 9443:16,
9451:21, 9474:22,
9487:25, 9507:2
  **experienced** [2] -
9414:22, 9424:2
  **experiences** [1] -
9423:21
  **expert** [29] - 9395:9,
9399:16, 9399:18,
9401:17, 9410:21,
9410:22, 9411:10,
9411:15, 9411:22,
9411:25, 9412:7,
9412:9, 9412:11,
9415:19, 9433:15,
9441:16, 9452:4,
9461:25, 9466:3,
9467:7, 9470:10,
9470:14, 9470:15,
9479:7, 9479:9,
9479:10, 9480:1,
9480:5, 9493:21
  **expert's** [2] -
9412:10, 9412:11

  **expertise** [3] -
9407:18, 9443:16,
9522:25
  **experts** [6] - 9406:9,
9414:11, 9425:1,
9442:18, 9449:1,
9470:14
  **expire** [1] - 9484:25
  **explain** [7] -
9409:12, 9417:11,
9420:10, 9430:10,
9449:10, 9455:21,
9457:3
  **explained** [1] -
9467:24
  **Exploration** [2] -
9404:21, 9405:17
  **EXPLORATION** [2] -
9388:15, 9391:20
  **explosion** [22] -
9416:24, 9422:17,
9423:6, 9425:9,
9425:10, 9425:13,
9425:15, 9432:16,
9434:3, 9494:8,
9508:22, 9510:5,
9511:12, 9514:9,
9517:10, 9520:1,
9520:3, 9520:9,
9520:11, 9522:23,
9527:5, 9527:7
  **explosions** [1] -
9431:16
  **expressed** [1] -
9465:1
  **expresses** [1] -
9431:14
  **extensively** [1] -
9411:24
  **extent** [1] - 9530:23
  **external** [2] -
9466:15, 9469:18
  **extra** [1] - 9474:22
  **extract** [5] - 9419:3,
9429:7, 9442:19,
9442:21, 9510:10
  **extracted** [2] -
9416:10, 9434:18
  **extremely** [1] -
9521:8
  **Ezell** [5] - 9440:17,
9498:10, 9498:16,
9503:7, 9503:12
  **Ezell's** [1] - 9440:17

---

# F

---

**F** [1] - 9395:3
**face** [1] - 9413:23

  **faced** [4] - 9432:11,
9432:18, 9471:19,
9515:5
  **facilitated** [1] -
9490:5
  **facilities** [8] -
9404:23, 9405:10,
9405:22, 9414:21,
9426:12, 9450:1,
9451:25, 9455:14
  **facing** [1] - 9472:8
  **fact** [22] - 9395:17,
9403:22, 9437:21,
9459:9, 9461:3,
9466:13, 9467:22,
9478:8, 9478:10,
9478:11, 9482:13,
9483:15, 9483:17,
9484:10, 9505:1,
9512:13, 9512:17,
9513:12, 9524:24,
9526:22, 9529:4,
9537:1
  **Fact** [3] - 9535:22,
9535:23, 9536:17
  **facts** [1] - 9526:10
  **Facts** [1] - 9536:16
  **failed** [1] - 9443:17
  **fair** [5] - 9407:19,
9425:20, 9475:8,
9475:18, 9475:20
  **fairly** [6] - 9421:20,
9422:21, 9447:10,
9469:25, 9474:25,
9475:14
  **falls** [1] - 9521:20
  **familiar** [3] -
9435:21, 9475:14,
9509:10
  **familiarity** [1] -
9405:11
  **familiarization** [1] -
9422:11
  **FANNIN** [1] -
9392:14
  **far** [1] - 9456:16
  **fashion** [1] - 9469:22
  **fast** [1] - 9414:7
  **faults** [1] - 9476:22
  **Federal** [1] - 9412:13
  **feedback** [1] -
9537:10
  **feel** [2] - 9493:1,
9493:17
  **feels** [1] - 9493:21
  **feet** [1] - 9405:4
  **felt** [4] - 9422:16,
9423:2, 9425:16
  **ferry** [1] - 9475:15
  **few** [6] - 9395:6,

  9415:11, 9441:18,
9449:23, 9531:16,
9535:21
  **field** [1] - 9411:14
  **Fifth** [4] - 9532:6,
9532:12, 9534:9,
9534:10
  **figure** [3] - 9413:6,
9468:12, 9471:22
  **figures** [1] - 9418:15
  **file** [1] - 9399:20
  **filed** [1] - 9534:16
  **files** [1] - 9466:18
  **filings** [1] - 9532:19
  **filling** [1] - 9493:2
  **final** [2] - 9412:9,
9533:10
  **finally** [2] - 9397:15,
9532:5
  **find** [8] - 9431:20,
9437:21, 9441:2,
9441:13, 9451:4,
9451:8, 9459:15,
9469:6
  **finding** [2] - 9442:12,
9467:2
  **findings** [4] - 9436:5,
9436:7, 9532:16,
9536:3
  **Findings** [4] -
9535:22, 9535:23,
9536:15, 9536:17
  **finds** [1] - 9470:4
  **fine** [6] - 9398:20,
9399:9, 9400:5,
9455:8, 9501:2,
9517:20
  **finish** [6] - 9427:25,
9447:11, 9447:13,
9456:14, 9489:11,
9519:13
  **finished** [1] -
9423:13
  **finite** [1] - 9472:6
  **fire** [15] - 9420:2,
9430:17, 9430:23,
9431:3, 9431:5,
9431:17, 9431:19,
9434:3, 9471:10,
9494:8, 9506:9,
9506:9, 9508:22,
9510:5
  **fires** [3] - 9414:23,
9414:25, 9415:1
  **FIRM** [2] - 9389:21,
9390:6
  **firmly** [1] - 9435:15
  **first** [43] - 9400:6,
9401:19, 9401:25,
9405:7, 9406:18,

9406:23, 9412:24, 9413:16, 9416:23, 9416:24, 9418:3, 9422:17, 9422:22, 9423:6, 9423:23, 9425:16, 9431:9, 9432:15, 9438:12, 9442:2, 9444:25, 9445:7, 9449:23, 9465:2, 9472:8, 9480:5, 9491:18, 9500:19, 9502:20, 9511:12, 9511:23, 9512:18, 9512:20, 9512:22, 9513:9, 9515:18, 9516:19, 9517:7, 9522:20, 9527:6, 9535:4, 9537:2
**firstly** [1] - 9420:18
**fit** [3] - 9471:7, 9472:17, 9477:3
**five** [9] - 9402:13, 9402:14, 9402:16, 9402:24, 9487:24, 9487:25, 9523:14, 9523:19, 9537:14
**five-year** [1] - 9402:14
**fix** [1] - 9470:5
**flag** [9] - 9410:5, 9410:9, 9444:20, 9460:4, 9482:2, 9489:4, 9489:23, 9502:10
**flagged** [1] - 9445:11
**flags** [1] - 9410:10
**flames** [2] - 9522:14, 9522:15
**flammable** [1] - 9510:6
**fleet** [5] - 9407:11, 9408:22, 9410:4, 9410:6, 9485:22
**Fleytas** [3] - 9426:24, 9427:1, 9427:14
**floating** [1] - 9522:15
**floor** [14] - 9407:20, 9416:5, 9418:1, 9418:4, 9423:3, 9428:9, 9428:20, 9434:1, 9434:7, 9503:21, 9504:5, 9511:12, 9514:2, 9517:7
**Floor** [2] - 9427:16, 9427:19
**FLOOR** [3] - 9389:17, 9390:12, 9392:18
**flow** [5] - 9400:17, 9418:1, 9512:2, 9514:1, 9514:5
**flowing** [2] - 9517:16, 9518:4
**FLOYD** [1] - 9393:3
**fly** [1] - 9410:11
**focus** [2] - 9413:17, 9417:3
**focused** [4] - 9415:5, 9422:14, 9426:15, 9426:17
**followed** [4] - 9422:22, 9423:5, 9423:6
**following** [5] - 9448:19, 9476:3, 9494:24, 9530:3, 9532:9
**FOLLOWS** [2] - 9401:4, 9441:20
**FOR** [7] - 9389:3, 9390:10, 9391:6, 9391:10, 9391:20, 9392:7, 9393:1
**for** [175] - 9395:8, 9396:2, 9396:11, 9396:21, 9397:3, 9397:8, 9399:14, 9400:18, 9401:6, 9402:5, 9402:9, 9402:18, 9402:19, 9402:20, 9402:24, 9405:9, 9405:22, 9405:25, 9406:10, 9407:4, 9407:9, 9407:10, 9407:25, 9408:1, 9408:16, 9408:22, 9409:3, 9410:21, 9411:11, 9412:20, 9412:23, 9413:12, 9415:15, 9415:18, 9416:6, 9416:19, 9417:4, 9418:11, 9422:2, 9422:6, 9425:23, 9428:6, 9430:7, 9430:14, 9432:24, 9433:8, 9434:24, 9436:14, 9437:8, 9437:24, 9438:17, 9439:2, 9439:5, 9439:8, 9439:9, 9440:1, 9443:1, 9443:24, 9444:4, 9444:21, 9445:9, 9445:13, 9445:19, 9445:20, 9445:21, 9447:17, 9448:10, 9448:20, 9448:23, 9449:13, 9449:15, 9449:24, 9451:4, 9451:8, 9451:12, 9452:2, 9455:13, 9456:12, 9457:3, 9458:16, 9459:16, 9459:20, 9460:25, 9461:13, 9462:8, 9462:21, 9463:8, 9463:12, 9464:23, 9465:9, 9466:19, 9467:23, 9468:19, 9469:13, 9469:24, 9470:18, 9470:25, 9471:14, 9472:14, 9473:4, 9474:6, 9474:9, 9474:23, 9476:7, 9477:3, 9477:6, 9477:9, 9478:17, 9481:24, 9482:14, 9482:23, 9483:6, 9483:7, 9484:3, 9485:3, 9485:10, 9488:16, 9489:23, 9489:25, 9490:4, 9490:11, 9491:2, 9491:23, 9492:10, 9493:18, 9494:8, 9495:4, 9496:21, 9496:25, 9501:24, 9502:4, 9503:25, 9504:6, 9504:9, 9504:23, 9504:25, 9508:9, 9508:21, 9510:25, 9511:2, 9511:15, 9516:3, 9516:15, 9518:22, 9521:8, 9522:18, 9523:2, 9524:6, 9525:8, 9527:2, 9527:3, 9527:22, 9528:5, 9530:5, 9531:10, 9532:1, 9532:15, 9533:3, 9533:10, 9533:25, 9534:4, 9534:16, 9534:23, 9535:7, 9535:16, 9535:21, 9535:24, 9536:19, 9537:6, 9537:8
**For** [2] - 9409:4, 9409:16
**foregoing** [1] - 9538:7
**foreign** [1] - 9403:6
**form** [9] - 9408:5, 9422:21, 9425:2, 9431:11, 9474:11, 9493:5, 9501:8, 9509:17
**formal** [1] - 9456:7
**formally** [1] - 9456:19
**format** [1] - 9440:3
**forth** [1] - 9533:6
**found** [5] - 9403:22, 9442:7, 9476:22, 9503:4, 9529:11
**foundation** [8] - 9433:15, 9461:18, 9466:4, 9466:5, 9467:6, 9477:12, 9521:11, 9526:13
**four** [15] - 9402:5, 9405:21, 9418:17, 9420:15, 9507:8, 9507:15, 9511:11, 9514:11, 9514:13, 9531:19, 9537:7, 9537:13, 9537:14
**four-day** [1] - 9537:13
**four-year** [1] - 9507:8
**fourth** [1] - 9403:15
**frame** [1] - 9504:25
**framework** [1] - 9458:25
**France** [1] - 9411:2
**FRANCISCO** [1] - 9390:13
**frank** [1] - 9397:11
**FRANKLIN** [1] - 9391:4
**frankly** [2] - 9395:20, 9474:25
**FRAUD** [1] - 9391:1
**free** [3] - 9463:2, 9475:16, 9522:15
**Free** [3] - 9475:12, 9476:5, 9476:19
**frequency** [2] - 9471:15, 9524:6
**frequently** [1] - 9451:1
**Friday** [5] - 9398:16, 9399:3, 9530:11, 9530:14, 9530:16
**FRILOT** [1] - 9392:10
**from** [104] - 9402:13, 9405:13, 9410:2, 9410:12, 9410:14, 9410:16, 9414:4, 9416:21, 9416:22, 9417:13, 9419:4, 9419:8, 9421:25, 9422:10, 9424:8, 9424:17, 9427:11, 9427:13, 9427:15, 9427:16, 9428:10, 9429:8, 9430:12, 9431:6, 9431:20, 9433:1, 9433:11, 9433:18, 9433:21, 9433:25, 9434:3, 9435:9, 9435:25, 9436:2, 9437:5, 9437:18, 9438:9, 9439:12, 9439:13, 9440:5, 9440:9, 9441:16, 9442:18, 9442:20, 9444:9, 9445:12, 9445:15, 9446:15, 9446:25, 9452:17, 9455:11, 9456:16, 9461:1, 9464:5, 9465:23, 9465:25, 9466:15, 9466:16, 9466:17, 9467:25, 9475:5, 9477:8, 9477:9, 9479:15, 9479:19, 9482:6, 9484:6, 9485:3, 9485:21, 9486:8, 9493:8, 9498:8, 9498:20, 9501:18, 9506:20, 9507:2, 9507:5, 9507:14, 9507:20, 9510:12, 9512:21, 9513:20, 9514:6, 9515:10, 9518:10, 9521:12, 9522:15, 9526:23, 9527:5, 9528:1, 9528:10, 9528:20, 9528:23, 9529:2, 9530:9, 9535:10, 9536:1, 9537:10, 9537:12, 9538:8
**front** [3] - 9420:3, 9494:20, 9513:17
**FRUGE** [1] - 9390:1
**FU** [1] - 9428:22
**fuel** [1] - 9433:21
**full** [2] - 9412:6, 9476:20
**fully** [8] - 9443:19, 9456:25, 9459:24, 9462:1, 9462:15, 9463:20, 9474:2, 9477:1
**function** [3] - 9416:14, 9469:21, 9504:19
**functional** [2] - 9448:10, 9448:19
**further** [7] - 9408:15, 9452:9, 9464:11, 9512:13, 9523:6,

9529:14, 9529:18
**furthermore** [1] - 9443:19
**future** [3] - 9530:25, 9531:1, 9531:2

## G

**G** [4] - 9392:14, 9400:9, 9400:14, 9531:22
**G-A-R-D-N-E-R** [1] - 9400:9
**G-A-R-R-I-S-O-N** [1] - 9400:14
**gain** [1] - 9405:11
**gained** [2] - 9428:10, 9437:22
**gaining** [1] - 9436:23
**gap** [1] - 9456:2
**Gardner** [6] - 9394:4, 9400:6, 9400:8, 9400:9, 9400:19, 9530:5
**GARDNER** [1] - 9400:11
**Garrison** [4] - 9394:5, 9400:14, 9400:18, 9530:5
**GARRISON** [1] - 9400:23
**gas** [9] - 9406:11, 9414:21, 9414:24, 9415:1, 9420:2, 9423:6, 9426:12, 9433:24, 9451:25
**GATE** [1] - 9390:12
**gave** [2] - 9423:15, 9470:12
**GAVIN** [1] - 9393:3
**general** [5] - 9437:13, 9441:25, 9450:20, 9454:14, 9527:19
**GENERAL** [3] - 9391:7, 9391:12, 9391:13
**GENERAL'S** [1] - 9391:6
**generally** [3] - 9456:15, 9467:21, 9533:4
**generate** [1] - 9469:10
**genesis** [1] - 9476:7
**Genoa** [1] - 9411:2
**gentleman's** [1] - 9522:25
**Geoff** [2] - 9442:19, 9442:20
**geographical** [2] - 9446:15
**get** [23] - 9397:19, 9397:23, 9397:24, 9415:10, 9420:7, 9424:17, 9425:19, 9429:10, 9430:18, 9431:18, 9444:17, 9457:10, 9457:13, 9459:6, 9463:5, 9465:16, 9474:22, 9495:24, 9506:25, 9515:8, 9527:16, 9531:20, 9537:10
**getting** [4] - 9398:5, 9519:9, 9519:10, 9533:11
**give** [15] - 9398:25, 9425:1, 9427:9, 9443:16, 9466:8, 9470:19, 9488:6, 9488:18, 9490:10, 9490:11, 9490:18, 9490:20, 9503:20, 9535:18, 9536:11
**given** [3] - 9426:5, 9433:23, 9437:15
**gives** [1] - 9407:17
**giving** [1] - 9464:23
**Global** [1] - 9410:16
**GlobalSantaFe** [1] - 9468:4
**Gloucestershire** [1] - 9401:15
**GmbH** [1] - 9388:13
**GMDSS** [1] - 9427:7
**go** [49] - 9400:17, 9401:24, 9402:1, 9405:15, 9407:24, 9408:14, 9409:5, 9409:10, 9409:21, 9412:6, 9413:13, 9415:21, 9420:25, 9424:8, 9430:20, 9431:12, 9433:17, 9435:13, 9437:1, 9437:5, 9439:25, 9445:25, 9446:5, 9447:13, 9449:20, 9454:9, 9456:13, 9460:18, 9461:22, 9462:7, 9462:17, 9464:17, 9466:9, 9466:14, 9470:16, 9476:14, 9476:24, 9481:9, 9489:9, 9500:21, 9500:25, 9503:24, 9510:2, 9510:10, 9512:13, 9513:20, 9526:3
**GODWIN** [6] - 9393:2, 9393:2, 9393:6, 9523:8, 9534:23, 9535:1
**Godwin** [1] - 9534:23
**goes** [7] - 9412:21, 9463:22, 9464:15, 9466:3, 9467:6, 9470:4, 9493:23
**going** [51] - 9398:6, 9398:21, 9399:6, 9403:6, 9403:9, 9409:5, 9415:9, 9421:17, 9421:18, 9421:25, 9423:3, 9429:5, 9438:18, 9442:21, 9453:6, 9453:25, 9454:8, 9454:14, 9454:15, 9455:5, 9456:15, 9456:20, 9460:10, 9460:12, 9463:4, 9463:5, 9463:22, 9464:16, 9464:17, 9465:16, 9466:2, 9466:5, 9470:5, 9470:9, 9470:18, 9476:10, 9476:14, 9476:16, 9477:25, 9481:9, 9489:14, 9491:20, 9503:23, 9511:7, 9514:23, 9515:14, 9519:13, 9523:12, 9525:20, 9526:12, 9528:23
**GOLDEN** [1] - 9390:12
**good** [15] - 9453:19, 9453:22, 9454:8, 9454:14, 9460:13, 9466:7, 9478:4, 9478:6, 9497:24, 9498:5, 9505:19, 9522:18, 9530:22, 9531:10, 9537:16
**got** [12] - 9397:22, 9417:12, 9428:3, 9444:23, 9452:20, 9456:20, 9460:13, 9471:8, 9489:5, 9498:8, 9533:5, 9537:4
**gotten** [2] - 9520:1, 9535:8
**govern** [1] - 9450:21
**governed** [2] - 9443:4, 9443:5
**government** [1] - 9444:17
**governmental** [1] - 9450:2
**graduated** [2] - 9507:5, 9507:14
**Grand** [2] - 9411:1, 9411:2
**GRAND** [1] - 9392:18
**grant** [1] - 9413:12
**granted** [1] - 9511:4
**graphic** [1] - 9435:24
**gravity** [1] - 9431:22
**green** [1] - 9485:8
**GREG** [1] - 9400:22
**Greg** [2] - 9394:5, 9400:14
**Gregg** [1] - 9399:21
**grew** [1] - 9406:9
**gross** [1] - 9532:15
**Grosseto** [1] - 9411:4
**ground** [1] - 9407:20
**grounding** [2] - 9494:9, 9508:22
**GROUP** [1] - 9389:19
**group** [15] - 9398:16, 9398:22, 9398:24, 9399:7, 9404:20, 9406:9, 9407:24, 9407:25, 9408:5, 9408:14, 9408:18, 9409:7, 9409:13, 9409:25, 9528:11
**Guard** [12] - 9484:9, 9484:20, 9484:23, 9485:3, 9486:1, 9502:8, 9506:10, 9506:14, 9506:15, 9521:16, 9521:19, 9521:21
**guidance** [3] - 9482:14, 9528:5, 9528:11
**Guidance** [2] - 9409:4, 9409:16
**Guide** [1] - 9500:24
**guide** [12] - 9478:12, 9478:16, 9478:20, 9491:14, 9497:16, 9497:20, 9498:6, 9498:11, 9500:2, 9500:11, 9500:19, 9510:14
**guide's** [2] - 9499:12, 9500:8
**Guide's** [2] - 9500:12, 9500:14
**guidelines** [8] - 9408:20, 9408:23, 9409:6, 9409:8, 9409:14, 9409:19, 9486:16, 9500:4
**GULF** [1] - 9388:5
**Gulf** [4] - 9462:22, 9492:10, 9493:9, 9493:19
**guy** [2] - 9500:19, 9500:20

## H

**H** [1] - 9401:8
**had** [81] - 9395:10, 9396:21, 9399:15, 9399:17, 9403:13, 9403:17, 9405:6, 9406:22, 9416:16, 9416:22, 9418:12, 9418:19, 9419:16, 9424:8, 9427:8, 9427:21, 9428:11, 9428:12, 9431:2, 9431:16, 9432:10, 9432:18, 9432:20, 9433:4, 9433:13, 9433:25, 9436:9, 9436:11, 9436:12, 9441:11, 9441:12, 9442:18, 9453:7, 9457:23, 9459:13, 9460:7, 9465:23, 9468:1, 9473:12, 9475:7, 9475:12, 9478:14, 9478:22, 9480:13, 9482:13, 9491:23, 9492:2, 9492:5, 9493:13, 9496:16, 9496:23, 9496:24, 9497:3, 9497:5, 9497:12, 9497:20, 9499:1, 9499:23, 9500:4, 9501:13, 9501:16, 9503:24, 9504:1, 9504:2, 9504:18, 9505:16, 9506:1, 9506:3, 9508:24, 9509:19, 9513:9, 9516:15, 9517:14, 9520:1, 9522:19, 9527:2, 9527:9, 9533:23, 9534:5
**hadn't** [1] - 9507:17
**half** [6] - 9404:16, 9468:19, 9491:18, 9494:5, 9495:23
**Halliburton** [3] - 9523:7, 9532:1, 9534:23
**HALLIBURTON** [1] - 9393:1

**hand** [10] - 9400:7, 9401:2, 9409:11, 9416:10, 9418:14, 9431:18, 9434:8, 9441:4, 9446:2, 9448:2
**handle** [2] - 9432:12, 9453:15
**handled** [1] - 9521:8
**hands** [1] - 9428:12
**hang** [2] - 9428:7, 9515:16
**HANKEY** [1] - 9390:17
**happen** [4] - 9471:2, 9479:21, 9479:23, 9518:1
**happened** [7] - 9425:8, 9425:10, 9432:13, 9436:20, 9453:9, 9493:22, 9505:23
**happening** [2] - 9417:25, 9430:5
**happens** [2] - 9479:20, 9505:21
**happy** [1] - 9396:3
**hard** [2] - 9464:16, 9471:1
**HARIKLIA** [1] - 9392:4
**Hariklia** [1] - 9396:16
**harken** [1] - 9434:6
**Harrell** [11] - 9427:11, 9443:24, 9444:4, 9444:7, 9447:1, 9498:10, 9498:16, 9519:23, 9520:8, 9520:10, 9527:2
**Harrell's** [3] - 9444:14, 9444:18, 9446:24
**HARTLEY** [1] - 9393:3
**has** [52] - 9395:17, 9396:23, 9397:16, 9398:3, 9403:21, 9411:23, 9415:24, 9417:19, 9417:20, 9417:21, 9419:1, 9420:18, 9420:21, 9422:6, 9426:14, 9426:18, 9431:17, 9431:22, 9437:7, 9437:8, 9437:11, 9439:20, 9442:25, 9455:18, 9456:1, 9456:2, 9460:11, 9470:6, 9471:2,

9471:19, 9471:24, 9481:24, 9483:4, 9497:9, 9500:12, 9507:24, 9508:8, 9515:5, 9517:18, 9517:20, 9526:13, 9531:9, 9531:23, 9532:14, 9533:13, 9534:2, 9534:5, 9536:24, 9537:15
**HAUSER** [1] - 9391:3
**have** [240] - 9395:23, 9396:2, 9396:5, 9396:19, 9397:7, 9397:15, 9397:21, 9398:15, 9398:16, 9398:21, 9399:1, 9399:19, 9400:2, 9400:17, 9401:12, 9403:2, 9405:5, 9405:17, 9406:20, 9409:22, 9409:23, 9410:10, 9410:22, 9414:12, 9414:15, 9414:21, 9414:23, 9415:9, 9415:21, 9415:23, 9416:18, 9416:20, 9417:18, 9418:3, 9418:10, 9418:14, 9418:15, 9418:16, 9418:21, 9418:22, 9420:15, 9421:19, 9421:22, 9422:12, 9425:24, 9426:1, 9426:2, 9426:4, 9426:5, 9426:7, 9426:21, 9426:22, 9427:17, 9427:18, 9428:10, 9428:11, 9430:10, 9430:11, 9432:1, 9432:13, 9433:8, 9433:9, 9433:14, 9433:19, 9433:20, 9433:21, 9433:23, 9434:1, 9434:2, 9434:3, 9436:10, 9438:12, 9438:16, 9438:22, 9439:2, 9439:4, 9440:24, 9441:18, 9442:7, 9444:14, 9444:15, 9445:25, 9447:10, 9449:4, 9449:6, 9449:8, 9449:24, 9450:14, 9450:15, 9450:20, 9451:15, 9452:9, 9452:20, 9453:3, 9453:4, 9454:6, 9454:7, 9455:10, 9457:7,

9457:11, 9457:12, 9457:14, 9457:15, 9459:1, 9459:10, 9459:21, 9460:15, 9460:17, 9460:25, 9461:4, 9464:6, 9465:7, 9465:8, 9465:21, 9468:2, 9468:16, 9468:17, 9468:18, 9469:7, 9469:12, 9471:21, 9472:22, 9473:14, 9475:12, 9475:22, 9477:13, 9477:16, 9477:21, 9478:1, 9478:14, 9478:15, 9479:2, 9479:5, 9479:11, 9479:12, 9479:24, 9479:25, 9480:2, 9480:24, 9480:25, 9482:5, 9486:8, 9486:9, 9486:10, 9487:19, 9487:20, 9487:24, 9488:4, 9488:8, 9488:10, 9489:18, 9491:6, 9493:2, 9493:11, 9493:15, 9493:22, 9494:25, 9495:1, 9495:3, 9496:1, 9496:23, 9500:7, 9501:12, 9501:22, 9502:1, 9502:14, 9502:24, 9503:2, 9504:4, 9504:8, 9504:23, 9505:17, 9506:8, 9506:9, 9507:2, 9509:19, 9509:25, 9510:17, 9513:7, 9513:9, 9513:14, 9513:21, 9513:22, 9514:15, 9514:18, 9514:20, 9514:23, 9514:24, 9515:2, 9515:11, 9516:3, 9516:7, 9517:4, 9517:14, 9517:15, 9517:25, 9518:11, 9520:15, 9522:20, 9523:9, 9523:17, 9524:2, 9524:3, 9527:6, 9529:10, 9529:14, 9529:18, 9529:23, 9530:4, 9530:7, 9530:21, 9531:16, 9531:17, 9532:6, 9533:4, 9534:4, 9534:6, 9534:8, 9534:10, 9534:14, 9534:16,

9535:2, 9535:25, 9536:1, 9536:19, 9536:21, 9537:9, 9537:11, 9537:16
**haven't** [7] - 9442:10, 9464:14, 9473:12, 9488:3, 9501:14, 9515:4
**having** [11] - 9429:20, 9433:5, 9437:22, 9450:3, 9451:1, 9453:23, 9457:6, 9497:5, 9521:18, 9528:18, 9537:13
**HAYCRAFT** [68] - 9391:22, 9400:24, 9401:1, 9401:10, 9408:12, 9411:9, 9411:15, 9411:18, 9411:21, 9413:4, 9413:8, 9413:11, 9413:14, 9413:15, 9415:24, 9416:1, 9417:1, 9417:2, 9418:24, 9418:25, 9420:10, 9420:11, 9423:7, 9423:16, 9423:19, 9425:4, 9425:6, 9431:24, 9434:5, 9442:11, 9447:10, 9447:14, 9447:23, 9447:24, 9452:9, 9464:8, 9464:20, 9474:9, 9474:17, 9476:9, 9489:8, 9493:20, 9495:7, 9500:10, 9501:1, 9501:8, 9506:18, 9511:1, 9513:15, 9515:18, 9516:24, 9521:11, 9521:18, 9521:20, 9522:24, 9523:2, 9523:9, 9523:13, 9524:1, 9524:20, 9524:23, 9525:19, 9526:2, 9526:4, 9526:18, 9528:8, 9528:9, 9529:14
**Haycraft** [8] - 9394:13, 9394:15, 9401:11, 9413:1, 9438:18, 9471:18, 9523:7, 9523:24
**haycraft** [1] - 9394:23
**Haycraft's** [1] - 9502:4
**Hazard** [1] - 9415:17

**hazard** [3] - 9416:2, 9416:6, 9434:7
**hazards** [1] - 9413:23
**HB406** [1] - 9393:10
**he's** [4] - 9432:10, 9522:2, 9526:14
**head** [2] - 9399:2, 9445:20
**heading** [3] - 9434:20, 9445:22, 9465:2
**headlights** [1] - 9429:20
**headline** [1] - 9445:19
**headquarters** [1] - 9407:6
**health** [2] - 9455:13, 9461:13
**hear** [2] - 9423:12, 9423:20
**HEARD** [1] - 9388:21
**heard** [11] - 9413:1, 9422:16, 9424:16, 9425:20, 9464:14, 9485:19, 9485:22, 9500:11, 9506:25, 9525:21, 9530:13
**hearing** [4] - 9397:1, 9397:14, 9424:19, 9425:4
**hearings** [1] - 9521:23
**heck** [1] - 9515:25
**held** [2] - 9403:6, 9477:4
**help** [3] - 9407:1, 9410:20, 9523:10
**her** [7] - 9398:11, 9398:20, 9425:19, 9427:1, 9427:5, 9427:6, 9427:9
**Herald** [3] - 9475:11, 9476:5, 9476:19
**here** [34] - 9396:17, 9396:19, 9398:5, 9399:3, 9399:4, 9401:12, 9409:15, 9419:24, 9426:10, 9430:7, 9430:18, 9432:9, 9452:23, 9453:20, 9456:17, 9458:24, 9462:13, 9463:7, 9477:9, 9478:12, 9485:16, 9487:19, 9488:15, 9494:10, 9494:25, 9497:4, 9500:2, 9501:25, 9504:9,

9513:5, 9516:3,
9520:7, 9531:20
  **hereby** [1] - 9538:6
  **hereunder** [1] -
9450:3
  **HERMAN** [3] -
9389:6, 9389:6
  **herself** [1] - 9427:7
  **hierarchy** [1] -
9407:14
  **high** [3] - 9423:6,
9433:24, 9471:15
  **High** [2] - 9411:3,
9411:4
  **high-impact** [1] -
9471:15
  **higher** [1] - 9476:22
  **highest** [7] - 9403:9,
9407:16, 9450:4,
9456:18, 9456:21,
9458:11
  **highlight** [2] -
9470:17, 9505:12
  **highlighted** [4] -
9427:6, 9428:19,
9434:23, 9436:5
  **highlights** [1] -
9529:5
  **highly** [2] - 9406:25,
9482:10
  **HILL** [1] - 9393:3
  **him** [29] - 9412:17,
9420:7, 9423:12,
9425:12, 9429:18,
9430:16, 9430:18,
9430:19, 9430:22,
9431:1, 9431:2,
9431:4, 9431:18,
9447:2, 9447:4,
9447:7, 9467:25,
9474:16, 9477:17,
9485:19, 9489:11,
9495:8, 9500:13,
9504:3, 9518:17,
9523:3, 9526:16
  **himself** [2] -
9432:24, 9500:3
  **hired** [1] - 9473:23
  **hiring** [2] - 9474:16,
9474:21
  **his** [81] - 9411:15,
9411:25, 9412:1,
9412:3, 9413:5,
9414:18, 9419:11,
9419:13, 9423:12,
9423:13, 9423:20,
9423:23, 9428:12,
9428:20, 9429:3,
9429:17, 9431:23,
9432:19, 9432:21,

9433:15, 9435:25,
9436:1, 9436:3,
9436:8, 9436:22,
9436:23, 9437:16,
9437:18, 9437:23,
9440:19, 9440:21,
9441:18, 9443:20,
9443:25, 9444:3,
9450:16, 9453:15,
9455:2, 9456:25,
9462:1, 9462:15,
9463:20, 9463:23,
9466:8, 9467:6,
9470:16, 9470:17,
9471:21, 9474:12,
9475:22, 9477:17,
9478:14, 9479:25,
9493:23, 9499:16,
9500:3, 9501:18,
9504:2, 9507:15,
9508:4, 9508:14,
9511:3, 9515:6,
9515:19, 9515:21,
9516:3, 9517:21,
9520:10, 9527:6,
9527:10
  **hissing** [4] - 9423:5,
9424:19, 9425:7,
9425:20
  **historical** [1] -
9475:7
  **history** [4] - 9463:1,
9466:18, 9469:17,
9476:10
  **hitting** [1] - 9515:20
  **hold** [2] - 9410:18,
9474:7
  **HOLDINGS** [1] -
9392:7
  **holiday** [1] - 9459:23
  **HOLTHAUS** [1] -
9390:1
  **honest** [3] - 9487:3,
9506:24, 9520:5
  **honestly** [2] -
9459:10, 9520:14
  **Honor** [77] - 9395:6,
9396:10, 9396:16,
9397:22, 9398:8,
9399:9, 9399:22,
9400:13, 9400:21,
9400:24, 9401:11,
9411:9, 9411:21,
9412:5, 9412:6,
9413:4, 9413:11,
9413:14, 9415:24,
9423:15, 9424:23,
9433:16, 9447:10,
9452:9, 9460:20,
9462:18, 9464:8,

9464:20, 9467:8,
9472:24, 9473:1,
9474:9, 9476:9,
9476:12, 9476:16,
9477:21, 9477:23,
9479:24, 9489:8,
9493:20, 9493:23,
9500:10, 9500:15,
9501:1, 9501:2,
9506:18, 9511:1,
9513:15, 9515:18,
9516:24, 9519:14,
9521:11, 9521:19,
9522:24, 9523:6,
9523:8, 9523:9,
9523:16, 9524:2,
9525:15, 9526:13,
9529:14, 9529:20,
9530:1, 9530:20,
9530:24, 9531:14,
9532:21, 9533:1,
9533:15, 9533:19,
9533:21, 9534:19,
9534:22, 9534:23,
9535:1
  **Honor's** [2] - 9396:3,
9521:20
  **HONORABLE** [1] -
9388:21
  **HORIZON** [1] -
9388:5
  **Horizon** [91] -
9411:23, 9413:19,
9413:22, 9413:25,
9414:3, 9414:8,
9414:15, 9415:16,
9416:4, 9419:4,
9419:10, 9422:14,
9427:2, 9427:4,
9428:16, 9429:2,
9432:22, 9433:7,
9433:22, 9434:11,
9437:11, 9437:13,
9437:23, 9438:17,
9439:2, 9439:6,
9439:8, 9439:23,
9440:9, 9440:14,
9441:12, 9442:2,
9442:9, 9442:17,
9443:8, 9443:18,
9443:21, 9444:6,
9444:11, 9444:21,
9446:22, 9447:8,
9448:5, 9449:13,
9454:23, 9460:8,
9461:11, 9465:20,
9466:12, 9468:11,
9469:16, 9472:3,
9472:18, 9477:3,
9478:9, 9480:22,
9481:15, 9482:24,

9483:21, 9484:3,
9484:7, 9484:10,
9485:4, 9485:10,
9488:17, 9488:22,
9489:1, 9489:15,
9491:23, 9492:2,
9492:17, 9493:4,
9494:1, 9497:1,
9497:17, 9500:4,
9501:5, 9503:5,
9503:10, 9503:13,
9504:13, 9504:15,
9506:1, 9506:11,
9509:20, 9511:16,
9524:5, 9524:16,
9525:10, 9527:16,
9527:25
  **Horizon's** [4] -
9459:13, 9486:1,
9508:16, 9509:5
  **horse** [1] - 9519:11
  **hose** [1] - 9431:3
  **HOUMA** [1] -
9389:20
  **hours** [6] - 9417:14,
9440:5, 9452:22,
9466:22, 9467:8,
9492:5
  **housekeeping** [1] -
9395:7
  **HOUSTON** [4] -
9390:5, 9392:15,
9392:24, 9393:7
  **however** [2] -
9441:13, 9461:4
  **HSE** [5] - 9455:2,
9456:25, 9462:1,
9462:15, 9463:20
  **huge** [3] - 9535:12,
9535:14, 9535:16
  **HUGHES** [1] -
9392:22
  **human** [1] - 9471:20
  **hundred** [1] - 9522:7
  **hundreds** [1] -
9403:22
  **hung** [2] - 9427:17,
9427:20
  **hunt** [1] - 9536:19
  **hydrocarbons** [1] -
9517:7
  **HYMEL** [1] - 9392:20
  **hypothetical** [1] -
9425:2

## I

  **I** [562] - 9394:1,
9395:3, 9395:8,

9395:18, 9395:20,
9395:23, 9396:16,
9396:17, 9396:19,
9396:20, 9397:2,
9397:15, 9397:17,
9397:19, 9397:22,
9398:1, 9398:6,
9398:9, 9398:11,
9398:15, 9399:2,
9399:3, 9399:4,
9399:11, 9399:19,
9400:1, 9400:14,
9400:16, 9401:8,
9401:12, 9401:14,
9401:18, 9401:23,
9402:2, 9402:5,
9402:7, 9402:15,
9402:18, 9403:1,
9403:4, 9403:6,
9404:20, 9405:12,
9405:14, 9405:16,
9406:3, 9406:9,
9406:19, 9406:22,
9407:4, 9407:5,
9407:8, 9407:22,
9407:23, 9408:15,
9409:2, 9409:14,
9409:21, 9409:25,
9410:2, 9410:12,
9410:14, 9410:16,
9410:20, 9411:4,
9411:9, 9411:11,
9412:8, 9412:23,
9412:24, 9413:1,
9413:2, 9413:8,
9413:12, 9414:2,
9414:4, 9414:12,
9414:23, 9415:20,
9415:23, 9416:20,
9416:25, 9417:3,
9417:12, 9417:18,
9418:6, 9418:14,
9419:16, 9420:24,
9421:10, 9422:18,
9422:21, 9422:25,
9423:5, 9423:11,
9423:14, 9423:22,
9424:6, 9424:13,
9424:23, 9425:4,
9425:12, 9426:1,
9426:4, 9426:7,
9426:14, 9426:25,
9427:9, 9427:25,
9428:5, 9428:14,
9428:25, 9429:5,
9429:10, 9429:16,
9429:18, 9430:1,
9430:11, 9430:24,
9431:1, 9431:2,
9431:4, 9431:13,
9431:14, 9431:20,

9432:9, 9432:17, 9432:18, 9432:20, 9433:3, 9433:19, 9433:20, 9433:23, 9433:25, 9434:13, 9434:19, 9435:5, 9435:13, 9435:14, 9436:4, 9436:19, 9437:14, 9437:17, 9437:21, 9438:3, 9438:9, 9438:18, 9438:21, 9438:22, 9438:25, 9439:4, 9439:7, 9439:14, 9440:20, 9440:22, 9440:24, 9441:2, 9441:6, 9441:11, 9441:13, 9442:5, 9442:10, 9442:14, 9442:16, 9442:19, 9442:21, 9443:12, 9443:13, 9443:18, 9444:2, 9444:9, 9444:15, 9446:1, 9446:14, 9447:10, 9447:11, 9449:6, 9449:8, 9449:22, 9450:15, 9450:18, 9451:6, 9451:11, 9452:9, 9452:18, 9452:19, 9452:20, 9453:1, 9453:3, 9453:6, 9453:12, 9453:15, 9453:20, 9453:25, 9454:3, 9454:5, 9454:7, 9454:8, 9455:5, 9455:10, 9455:11, 9456:8, 9456:10, 9456:13, 9456:15, 9457:12, 9457:20, 9458:10, 9458:17, 9458:21, 9459:10, 9459:15, 9459:18, 9459:19, 9460:7, 9460:10, 9460:12, 9460:13, 9460:15, 9460:17, 9460:24, 9461:2, 9461:3, 9462:6, 9462:7, 9462:9, 9462:11, 9462:12, 9462:14, 9462:17, 9463:4, 9463:8, 9463:22, 9464:8, 9464:14, 9464:16, 9464:17, 9464:20, 9465:9, 9465:10, 9465:16, 9465:22, 9465:23, 9465:24, 9466:2, 9466:5, 9466:22, 9468:7, 9468:14, 9469:5, 9469:7, 9469:18, 9469:24, 9470:9, 9470:13, 9470:15, 9470:18, 9471:4, 9471:7, 9471:17, 9471:18, 9472:6, 9472:12, 9472:22, 9473:5, 9473:10, 9473:12, 9473:14, 9473:20, 9474:9, 9474:10, 9474:11, 9474:13, 9474:15, 9474:17, 9475:6, 9475:10, 9475:14, 9476:3, 9476:9, 9476:16, 9476:23, 9477:10, 9477:14, 9477:21, 9477:25, 9478:4, 9478:5, 9478:13, 9478:15, 9478:20, 9478:25, 9479:12, 9479:18, 9479:21, 9479:22, 9479:23, 9479:24, 9480:2, 9480:8, 9480:15, 9480:24, 9481:4, 9481:5, 9482:12, 9483:7, 9484:23, 9484:25, 9485:9, 9485:24, 9486:10, 9486:16, 9486:20, 9487:3, 9487:6, 9487:8, 9487:10, 9488:2, 9488:5, 9488:6, 9488:9, 9488:18, 9489:7, 9489:9, 9489:14, 9490:7, 9490:21, 9490:25, 9491:5, 9491:13, 9491:19, 9491:25, 9492:19, 9493:6, 9493:11, 9493:20, 9494:19, 9495:3, 9495:15, 9495:19, 9496:6, 9496:7, 9496:25, 9497:3, 9497:19, 9497:25, 9498:4, 9498:15, 9498:18, 9498:25, 9499:3, 9499:5, 9499:18, 9499:25, 9500:7, 9500:11, 9500:16, 9500:20, 9500:24, 9501:8, 9501:14, 9501:18, 9501:24, 9501:25, 9502:2, 9502:13, 9502:18, 9502:21, 9502:23, 9503:2, 9503:14, 9503:20, 9503:21, 9504:8, 9504:17, 9504:21, 9505:11, 9505:15, 9505:16, 9505:17, 9506:7, 9506:18, 9506:24, 9506:25, 9507:1, 9507:10, 9507:17, 9507:18, 9508:10, 9509:8, 9509:12, 9509:19, 9510:10, 9510:23, 9511:1, 9511:7, 9511:21, 9513:15, 9513:18, 9513:22, 9514:3, 9514:21, 9514:24, 9515:4, 9515:8, 9515:9, 9515:10, 9515:18, 9515:23, 9516:5, 9516:13, 9516:24, 9517:1, 9517:2, 9518:1, 9518:2, 9518:8, 9518:13, 9519:10, 9519:14, 9519:16, 9519:20, 9519:22, 9520:2, 9520:5, 9520:10, 9520:14, 9520:20, 9520:23, 9521:4, 9521:8, 9521:11, 9521:13, 9521:14, 9521:16, 9521:18, 9521:25, 9522:1, 9522:7, 9522:12, 9522:17, 9523:9, 9523:10, 9523:16, 9524:2, 9524:20, 9524:22, 9525:6, 9525:7, 9525:18, 9525:20, 9526:1, 9526:2, 9526:12, 9527:8, 9527:14, 9527:18, 9528:12, 9528:16, 9528:23, 9529:11, 9529:14, 9529:15, 9529:23, 9529:24, 9530:4, 9530:9, 9530:13, 9530:15, 9530:20, 9531:6, 9531:7, 9531:12, 9531:20, 9531:22, 9532:1, 9533:9, 9533:12, 9533:14, 9533:16, 9534:5, 9534:8, 9534:10, 9534:11, 9534:12, 9534:13, 9535:3, 9535:7, 9535:8, 9535:9, 9535:10, 9535:17, 9535:18, 9535:21, 9536:1, 9536:10, 9536:11, 9536:16, 9536:22, 9536:24, 9536:25, 9537:3, 9537:4, 9537:7, 9538:5

**I'll** [26] - 9396:3, 9396:5, 9400:7, 9412:19, 9423:16, 9429:3, 9442:21, 9451:7, 9459:20, 9463:24, 9465:10, 9466:8, 9472:2, 9476:11, 9477:8, 9477:20, 9493:24, 9495:8, 9500:17, 9500:21, 9501:10, 9507:19, 9523:3, 9529:8, 9535:18, 9535:20

**I'm** [21] - 9401:11, 9402:12, 9428:2, 9430:20, 9446:14, 9454:14, 9456:13, 9464:21, 9465:10, 9477:25, 9481:9, 9489:9, 9506:19, 9509:24, 9516:13, 9518:13, 9523:7, 9528:13, 9535:23, 9537:12

**I've** [13] - 9396:22, 9410:21, 9414:23, 9429:19, 9430:1, 9453:10, 9457:11, 9459:1, 9463:7, 9478:19, 9510:1, 9527:8, 9535:8

**IACS** [9] - 9407:24, 9407:25, 9408:1, 9408:5, 9408:8, 9409:25, 9410:3, 9481:18

**IADC** [7] - 9440:3, 9441:1, 9524:10, 9524:13, 9525:2, 9525:3

**Ibos** [2] - 9538:5, 9538:13

**IBOS** [1] - 9393:10

**iceberg** [1] - 9475:25

**idea** [1] - 9474:22

**identical** [1] - 9467:3

**identified** [6] - 9421:2, 9421:4, 9466:21, 9496:13, 9496:16, 9531:17

**identity** [1] - 9409:20

**if** [73] - 9395:20, 9397:24, 9398:4, 9399:8, 9401:5, 9409:10, 9412:9, 9412:20, 9413:12, 9418:11, 9418:15, 9418:16, 9419:16, 9419:17, 9420:2, 9420:6, 9421:17, 9424:6, 9429:7, 9435:13, 9453:13, 9454:10, 9455:10, 9456:8, 9457:10, 9461:3, 9461:7, 9461:11, 9464:15, 9465:6, 9465:10, 9467:3, 9467:24, 9468:6, 9468:16, 9468:18, 9473:20, 9476:2, 9479:22, 9489:17, 9490:10, 9490:15, 9494:4, 9494:10, 9495:8, 9498:18, 9500:10, 9502:7, 9504:17, 9505:2, 9507:10, 9507:14, 9507:17, 9512:13, 9513:23, 9517:10, 9517:12, 9517:14, 9517:19, 9517:20, 9518:3, 9522:1, 9522:19, 9523:3, 9523:10, 9524:17, 9527:4, 9529:23, 9533:12, 9535:8, 9535:19, 9537:11

**ignoring** [1] - 9513:16

**II** [1] - 9466:17

**IL** [1] - 9392:6

**illustrative** [1] - 9440:1

**imagine** [1] - 9457:10

**immediate** [1] - 9428:12

**immediately** [1] - 9514:25

**IMO** [1] - 9482:2

**impact** [2] - 9466:17, 9471:15

**Impact** [1] - 9467:19

**impartiality** [1] - 9482:7

**impeded** [1] - 9516:17

**impending** [1] - 9411:12

**impermissible** [1] - 9521:17

**implement** [3] -
9448:14, 9448:18,
9449:2
  **implementation** [5] -
9405:25, 9407:9,
9407:20, 9463:15,
9466:16
  **implemented** [3] -
9443:22, 9461:3,
9466:20
  **implementing** [1] -
9495:13
  **implying** [1] - 9501:9
  **importance** [1] -
9438:10
  **important** [6] -
9416:19, 9433:3,
9438:19, 9456:9,
9458:10, 9471:16
  **importantly** [2] -
9402:22, 9446:12
  **impose** [1] - 9449:16
  **impressed** [1] -
9498:2
  **impression** [1] -
9537:5
  **IMPREVENTO** [1] -
9389:14
  **improper** [2] -
9493:9, 9493:12
  **improved** [1] -
9469:7
  **improvement** [1] -
9468:23
  **improving** [1] -
9463:14
  **in** [376] - 9395:17,
9395:25, 9398:4,
9398:17, 9400:25,
9401:14, 9401:15,
9402:2, 9402:7,
9402:15, 9402:18,
9402:23, 9403:7,
9403:20, 9403:22,
9404:21, 9405:1,
9405:3, 9405:7,
9405:10, 9405:23,
9405:25, 9406:1,
9406:3, 9406:4,
9406:6, 9406:11,
9406:15, 9406:16,
9406:19, 9406:25,
9407:6, 9407:10,
9407:12, 9407:13,
9407:14, 9407:16,
9407:17, 9407:19,
9407:20, 9408:24,
9409:5, 9409:11,
9410:12, 9410:18,
9410:22, 9411:2,

9411:3, 9411:4,
9411:5, 9411:10,
9411:13, 9411:21,
9411:25, 9412:1,
9412:6, 9412:21,
9413:13, 9413:17,
9414:11, 9414:16,
9415:6, 9415:12,
9416:19, 9417:25,
9418:3, 9418:21,
9419:6, 9419:14,
9420:3, 9421:1,
9421:10, 9421:24,
9422:5, 9422:8,
9425:2, 9425:23,
9426:10, 9427:12,
9428:5, 9429:4,
9429:8, 9429:14,
9429:20, 9430:10,
9431:22, 9432:10,
9432:23, 9432:25,
9433:7, 9433:10,
9433:20, 9434:8,
9434:14, 9435:1,
9435:13, 9435:19,
9436:1, 9436:2,
9436:5, 9436:8,
9436:11, 9436:18,
9437:4, 9437:7,
9437:9, 9437:11,
9437:15, 9437:20,
9437:21, 9438:6,
9438:11, 9440:11,
9441:4, 9441:9,
9441:14, 9441:21,
9442:1, 9442:18,
9443:2, 9443:6,
9443:7, 9444:6,
9444:11, 9444:12,
9444:13, 9444:23,
9445:5, 9445:6,
9446:2, 9447:21,
9447:25, 9448:2,
9448:16, 9448:21,
9448:25, 9449:12,
9450:1, 9450:6,
9450:8, 9450:14,
9450:19, 9451:13,
9452:4, 9452:6,
9453:10, 9453:14,
9454:1, 9455:2,
9455:11, 9456:2,
9456:6, 9456:8,
9456:22, 9456:24,
9457:7, 9457:14,
9457:21, 9458:2,
9458:24, 9459:9,
9459:12, 9459:13,
9459:17, 9459:21,
9459:22, 9459:23,
9460:4, 9460:7,

9460:18, 9460:22,
9461:3, 9461:10,
9461:24, 9462:5,
9462:8, 9462:20,
9462:22, 9463:1,
9463:12, 9464:4,
9464:12, 9464:13,
9465:1, 9465:3,
9465:6, 9465:8,
9465:16, 9465:24,
9466:11, 9466:21,
9467:16, 9467:22,
9468:5, 9468:22,
9469:6, 9469:8,
9469:10, 9469:22,
9469:23, 9470:12,
9470:13, 9470:17,
9471:5, 9471:7,
9471:8, 9472:7,
9472:17, 9475:15,
9475:17, 9475:20,
9475:22, 9476:4,
9476:5, 9476:9,
9476:22, 9477:6,
9477:17, 9478:9,
9479:4, 9479:7,
9479:10, 9480:5,
9481:3, 9481:6,
9482:1, 9482:10,
9482:13, 9483:16,
9484:2, 9484:23,
9485:4, 9485:21,
9485:22, 9485:25,
9486:14, 9487:17,
9487:21, 9488:21,
9488:25, 9489:15,
9490:2, 9490:4,
9490:22, 9490:23,
9490:24, 9491:7,
9491:11, 9491:15,
9492:1, 9493:18,
9494:15, 9494:17,
9494:20, 9495:12,
9495:16, 9495:22,
9497:1, 9497:2,
9497:17, 9497:20,
9499:1, 9499:14,
9499:21, 9500:5,
9502:3, 9502:18,
9503:6, 9503:7,
9505:13, 9505:20,
9507:1, 9507:5,
9507:7, 9507:10,
9507:12, 9507:16,
9508:19, 9509:1,
9509:6, 9509:9,
9509:14, 9509:16,
9509:17, 9509:23,
9510:3, 9510:4,
9510:5, 9510:6,
9510:22, 9511:1,

9511:4, 9511:6,
9511:12, 9511:23,
9512:13, 9512:23,
9513:17, 9515:4,
9515:15, 9515:19,
9518:16, 9519:4,
9519:8, 9520:10,
9521:1, 9521:24,
9522:19, 9522:20,
9522:23, 9524:9,
9524:24, 9525:2,
9525:4, 9526:22,
9527:6, 9527:22,
9528:15, 9528:24,
9529:4, 9529:5,
9529:9, 9530:24,
9531:8, 9531:12,
9531:19, 9532:1,
9532:17, 9532:19,
9534:6, 9534:7,
9534:13, 9534:14,
9534:15, 9535:3,
9535:4, 9535:6,
9535:9, 9535:12,
9536:10, 9536:13,
9536:14, 9536:17,
9536:22, 9537:1,
9537:6, 9537:10,
9537:11, 9538:9
  **IN** [4] - 9388:4,
9388:5, 9388:12,
9401:3
  **inadequate** [2] -
9432:4, 9480:23
  **inadvertently** [1] -
9513:16
  **INC** [5] - 9388:15,
9391:20, 9392:9,
9392:10, 9393:2
  **incapable** [1] -
9480:22
  **incident** [10] -
9427:4, 9435:25,
9462:24, 9463:2,
9475:13, 9475:15,
9491:23, 9514:1,
9521:16, 9521:24
  **incident-free** [1] -
9463:2
  **include** [4] -
9434:24, 9439:9,
9494:23, 9532:10
  **included** [3] -
9409:17, 9435:21,
9467:16
  **includes** [2] -
9435:15, 9448:18
  **including** [10] -
9414:20, 9437:24,
9449:13, 9482:1,

9496:13, 9498:3,
9498:9, 9524:9,
9526:23, 9535:12
  **incomplete** [1] -
9466:18
  **inconceivable** [1] -
9431:21
  **increasing** [3] -
9403:24, 9403:25,
9421:13
  **indeed** [4] - 9406:23,
9490:14, 9525:2,
9527:22
  **independent** [3] -
9451:12, 9451:13,
9451:14
  **independents** [1] -
9482:6
  **indicated** [4] -
9396:21, 9398:2,
9418:14, 9534:2
  **indicates** [2] -
9395:24, 9509:13
  **INDICATING)** [1] -
9420:1
  **individuals** [3] -
9493:2, 9498:24,
9520:1
  **industry** [21] -
9406:11, 9421:1,
9421:11, 9421:21,
9422:5, 9422:8,
9432:11, 9436:15,
9437:5, 9437:9,
9437:20, 9438:6,
9438:11, 9450:12,
9452:7, 9456:2,
9482:11, 9486:16,
9493:1, 9493:6,
9495:14
  **inexorably** [1] -
9476:21
  **inexperienced** [1] -
9443:19
  **infer** [1] - 9527:5
  **inference** [2] -
9534:3, 9534:16
  **inferring** [1] -
9512:21
  **inform** [2] - 9430:22,
9506:19
  **information** [3] -
9428:9, 9467:17,
9493:11
  **informed** [3] -
9452:19, 9503:12,
9514:12
  **initial** [1] - 9522:23
  **initially** [1] - 9405:7
  **injure** [1] - 9471:20

inner [2] - 9421:14, 9438:20
input [1] - 9485:20
inquiry [1] - 9527:19
inspect [1] - 9506:10
inspected [3] - 9482:18, 9485:10, 9496:21
inspecting [1] - 9486:3
inspection [2] - 9485:7, 9489:16
inspections [1] - 9506:15
installation [7] - 9404:22, 9405:13, 9445:2, 9461:5, 9461:7, 9461:12, 9509:15
installations [3] - 9406:1, 9455:14, 9461:17
Instance [1] - 9411:2
instantaneous [1] - 9518:9
instead [5] - 9457:6, 9464:18, 9464:19, 9530:10, 9537:14
integrating [1] - 9467:22
integration [3] - 9460:16, 9461:1, 9468:8
integrity [1] - 9434:12
intend [2] - 9519:14, 9519:16
intensity [1] - 9470:25
intent [1] - 9457:11
interacts [1] - 9455:22
interesting [1] - 9470:15
interests [1] - 9482:7
interfaced [1] - 9498:23
intermediate [1] - 9437:22
internal [2] - 9469:19, 9513:21
International [14] - 9406:22, 9408:1, 9408:9, 9408:13, 9408:17, 9410:1, 9414:4, 9440:4, 9455:25, 9458:20, 9459:18, 9476:7, 9481:20, 9483:5
international [8] -

9404:10, 9409:24, 9426:21, 9471:25, 9486:15, 9486:19, 9515:7, 9517:21
internationally [1] - 9406:11
interpretation [1] - 9528:6
Interpretation [1] - 9409:16
interrupt [2] - 9400:17, 9446:14
interrupted [1] - 9428:5
intervening [2] - 9437:1, 9437:6
interview [7] - 9425:24, 9426:24, 9427:5, 9427:6, 9427:14, 9428:14, 9520:18
interviews [1] - 9526:24
into [22] - 9399:20, 9405:16, 9406:17, 9407:24, 9408:24, 9412:4, 9422:21, 9432:15, 9433:5, 9434:10, 9444:17, 9460:12, 9463:10, 9467:21, 9476:10, 9476:20, 9511:7, 9522:13, 9522:15, 9530:22, 9531:23, 9532:2
introduce [2] - 9399:15, 9399:20
introduced [1] - 9535:14
introduction [1] - 9441:25
invent [1] - 9456:6
investigate [1] - 9518:24
investigating [3] - 9475:20, 9477:1, 9502:20
investigation [15] - 9417:10, 9417:17, 9418:15, 9418:16, 9476:20, 9484:24, 9510:24, 9510:25, 9511:5, 9511:19, 9513:13, 9513:21, 9521:21, 9521:22, 9526:23
investigator's [1] - 9520:18
investigators [1] - 9520:21

invitation [1] - 9531:4
invite [1] - 9535:7
invoked [1] - 9532:6
involve [5] - 9439:2, 9454:15, 9516:12, 9516:13, 9516:14
involved [4] - 9406:12, 9414:23, 9457:16, 9528:15
involvement [2] - 9406:20, 9409:23
involves [1] - 9455:18
involving [4] - 9422:13, 9438:17, 9475:11, 9505:19
Irpino [1] - 9399:14
IRPINO [13] - 9390:6, 9390:7, 9398:6, 9398:9, 9398:12, 9398:14, 9398:19, 9398:21, 9398:25, 9399:6, 9399:14, 9399:22, 9399:25
irrelevant [2] - 9476:14, 9515:5
Islands [8] - 9444:19, 9444:20, 9445:9, 9445:11, 9445:13, 9446:25, 9489:19, 9490:5
ISM [87] - 9406:21, 9406:24, 9406:25, 9407:2, 9407:5, 9407:12, 9407:13, 9407:21, 9407:24, 9408:14, 9408:15, 9408:22, 9409:4, 9409:24, 9410:18, 9410:22, 9411:11, 9420:19, 9421:3, 9422:11, 9442:23, 9443:8, 9447:16, 9447:21, 9447:25, 9448:2, 9448:12, 9449:1, 9449:15, 9449:16, 9449:19, 9450:9, 9451:17, 9452:4, 9454:1, 9454:3, 9454:10, 9455:17, 9455:25, 9456:6, 9458:10, 9458:23, 9459:14, 9461:2, 9464:1, 9464:11, 9465:3, 9465:6, 9465:21, 9466:25, 9467:5, 9467:12, 9467:13, 9468:24, 9469:18,

9475:2, 9477:8, 9481:2, 9481:13, 9481:15, 9483:7, 9483:16, 9484:7, 9486:2, 9486:18, 9488:22, 9489:2, 9489:15, 9489:18, 9490:2, 9490:6, 9490:24, 9491:2, 9491:4, 9491:8, 9496:21, 9527:16, 9527:22, 9528:4, 9528:6, 9528:10, 9528:13, 9528:20, 9529:3, 9529:10
isn't [14] - 9465:6, 9468:22, 9472:9, 9472:15, 9478:10, 9480:19, 9484:3, 9487:13, 9487:25, 9494:18, 9506:11, 9512:17, 9514:13, 9522:1
isolated [1] - 9486:20
isolation [1] - 9522:19
issuance [1] - 9529:8
issue [13] - 9408:21, 9412:24, 9413:3, 9453:8, 9458:19, 9460:11, 9476:13, 9478:7, 9485:14, 9490:12, 9534:10, 9535:20, 9536:5
issue' [1] - 9427:17
issued [13] - 9427:8, 9444:18, 9444:19, 9482:23, 9484:19, 9484:23, 9484:24, 9484:25, 9485:3, 9485:10, 9485:12, 9485:13, 9499:24
issues [9] - 9454:1, 9460:25, 9467:3, 9467:4, 9468:12, 9468:13, 9478:9, 9479:11, 9536:11
issuing [1] - 9460:5
it [393] - 9396:1, 9396:8, 9397:24, 9398:4, 9398:15, 9398:21, 9398:23, 9399:16, 9401:20, 9403:11, 9403:22, 9404:6, 9405:5, 9405:6, 9406:6, 9406:6, 9406:13, 9407:19, 9409:3,

9409:11, 9409:19, 9410:5, 9412:21, 9412:25, 9413:2, 9414:17, 9415:10, 9415:18, 9416:7, 9416:9, 9417:8, 9417:13, 9417:19, 9417:20, 9418:18, 9419:25, 9420:7, 9420:13, 9420:21, 9422:4, 9422:6, 9422:21, 9423:4, 9423:25, 9424:9, 9424:13, 9424:14, 9424:17, 9424:19, 9425:2, 9426:14, 9426:17, 9426:20, 9426:22, 9427:7, 9427:12, 9427:17, 9427:25, 9428:11, 9430:10, 9431:3, 9431:7, 9431:13, 9431:15, 9431:17, 9432:2, 9432:7, 9432:8, 9432:9, 9432:24, 9433:4, 9433:8, 9434:22, 9435:3, 9435:9, 9435:12, 9437:7, 9437:21, 9438:14, 9438:19, 9438:21, 9438:22, 9438:25, 9439:1, 9439:10, 9439:21, 9440:25, 9441:1, 9441:25, 9442:13, 9442:21, 9443:3, 9443:9, 9444:19, 9445:9, 9445:14, 9445:16, 9445:18, 9446:6, 9446:8, 9446:9, 9446:10, 9446:12, 9446:15, 9447:1, 9447:4, 9447:7, 9447:18, 9447:22, 9448:1, 9448:19, 9449:1, 9449:11, 9449:15, 9450:11, 9450:13, 9451:1, 9451:4, 9451:7, 9451:8, 9451:18, 9451:19, 9451:20, 9451:22, 9451:24, 9452:1, 9452:5, 9452:6, 9452:8, 9452:25, 9453:4, 9453:12, 9453:13, 9454:3, 9454:15, 9454:24, 9455:10, 9455:19, 9455:20, 9456:1, 9456:6,

9456:10, 9456:12, 9456:17, 9456:24, 9457:16, 9458:14, 9459:1, 9459:5, 9459:7, 9459:15, 9459:16, 9459:20, 9460:3, 9460:11, 9461:2, 9461:4, 9461:12, 9461:25, 9462:4, 9462:12, 9463:5, 9463:8, 9463:10, 9463:19, 9463:22, 9464:14, 9464:15, 9464:16, 9464:21, 9465:5, 9465:24, 9466:3, 9466:21, 9467:1, 9467:5, 9468:3, 9468:5, 9468:14, 9468:16, 9468:22, 9468:25, 9469:1, 9469:25, 9470:17, 9470:18, 9471:3, 9471:5, 9471:6, 9471:22, 9471:23, 9472:6, 9472:9, 9473:12, 9473:14, 9474:25, 9475:1, 9475:2, 9475:14, 9475:18, 9475:20, 9476:5, 9476:12, 9476:13, 9476:14, 9476:17, 9478:10, 9478:10, 9480:6, 9480:7, 9480:17, 9480:19, 9481:16, 9481:24, 9482:14, 9482:24, 9482:25, 9483:3, 9483:5, 9483:15, 9483:17, 9484:5, 9484:6, 9484:7, 9484:8, 9485:4, 9485:12, 9485:13, 9486:13, 9486:17, 9487:4, 9487:6, 9487:7, 9487:13, 9487:14, 9487:17, 9487:18, 9488:1, 9488:8, 9488:10, 9488:13, 9488:14, 9489:4, 9489:18, 9490:14, 9490:16, 9490:17, 9490:18, 9490:21, 9491:7, 9493:1, 9493:17, 9494:9, 9494:16, 9494:20, 9494:23, 9497:13, 9497:14, 9498:15, 9500:9, 9500:15, 9501:10, 9502:8,

9502:10, 9502:12, 9502:18, 9503:25, 9504:6, 9504:25, 9505:3, 9505:9, 9505:11, 9505:12, 9505:16, 9505:21, 9506:19, 9507:7, 9507:8, 9507:14, 9507:19, 9507:21, 9508:2, 9508:6, 9508:12, 9508:13, 9508:15, 9508:20, 9509:7, 9509:9, 9509:13, 9509:15, 9509:16, 9509:19, 9509:24, 9510:2, 9510:11, 9510:19, 9510:20, 9512:16, 9512:17, 9512:20, 9512:22, 9512:23, 9513:8, 9513:9, 9513:12, 9513:23, 9514:4, 9514:13, 9514:14, 9514:15, 9515:6, 9515:15, 9516:5, 9516:7, 9516:14, 9517:13, 9517:14, 9517:15, 9517:18, 9517:21, 9518:1, 9518:2, 9518:5, 9518:20, 9518:22, 9519:8, 9521:12, 9521:14, 9521:19, 9521:20, 9521:23, 9522:1, 9522:2, 9522:3, 9522:8, 9522:15, 9522:19, 9523:1, 9523:10, 9523:11, 9523:12, 9523:14, 9524:10, 9524:12, 9524:15, 9524:17, 9524:24, 9525:1, 9525:6, 9525:25, 9526:1, 9526:9, 9528:3, 9529:4, 9529:11, 9530:15, 9530:18, 9531:9, 9533:4, 9535:19, 9536:4, 9536:25, 9537:7, 9537:13

**It** [1] - 9495:12

**it's** [100] - 9395:16, 9395:20, 9396:7, 9396:13, 9396:14, 9398:6, 9398:20, 9399:6, 9403:8, 9404:16, 9409:9, 9411:24, 9415:16, 9416:15, 9420:20, 9421:9, 9421:12,

9421:17, 9421:20, 9423:1, 9426:20, 9427:24, 9428:15, 9431:16, 9432:23, 9433:3, 9434:20, 9438:5, 9438:15, 9439:14, 9441:21, 9441:24, 9445:17, 9446:11, 9450:20, 9451:12, 9451:13, 9452:12, 9452:22, 9453:13, 9453:23, 9456:3, 9456:9, 9456:16, 9457:17, 9458:10, 9458:16, 9458:21, 9458:23, 9459:1, 9459:2, 9459:8, 9459:10, 9459:19, 9459:24, 9459:25, 9464:15, 9467:2, 9467:10, 9468:10, 9468:17, 9468:21, 9470:8, 9470:10, 9470:17, 9471:23, 9474:8, 9476:14, 9480:10, 9483:15, 9487:9, 9489:14, 9490:2, 9490:23, 9496:20, 9501:9, 9502:9, 9502:10, 9502:11, 9505:25, 9506:21, 9507:19, 9507:21, 9513:12, 9517:1, 9518:17, 9519:5, 9519:10, 9521:15, 9521:16, 9531:19, 9536:25, 9537:4

**Italy** [3] - 9411:2, 9411:5, 9411:7

**item** [3] - 9415:12, 9478:22

**items** [2] - 9436:18, 9470:7

**its** [26] - 9396:12, 9404:13, 9412:9, 9430:10, 9449:16, 9450:20, 9450:21, 9456:4, 9466:16, 9468:24, 9469:17, 9475:16, 9482:2, 9488:3, 9490:8, 9494:2, 9495:14, 9502:17, 9508:17, 9508:19, 9510:3, 9527:15, 9529:3, 9531:23, 9532:22

**itself** [5] - 9424:17, 9444:17, 9450:9, 9502:12, 9527:15

# J

**J** [8] - 9388:7, 9388:21, 9389:6, 9389:17, 9391:8, 9392:4, 9392:10, 9392:20

**jack** [3] - 9446:4, 9446:5, 9447:2

**jack-up** [3] - 9446:4, 9446:5, 9447:2

**JAMES** [2] - 9389:3, 9391:13

**January** [1] - 9483:11

**Jason** [2] - 9498:10, 9498:16

**Jeff** [2] - 9441:16, 9442:19

**JEFFERSON** [2] - 9389:4, 9392:21

**JEFFREY** [1] - 9389:14

**JERRY** [1] - 9393:6

**JESSICA** [2] - 9390:20, 9390:21

**Jim** [1] - 9531:21

**Jimmy** [11] - 9427:11, 9443:24, 9444:4, 9444:7, 9444:18, 9446:24, 9447:1, 9498:10, 9498:16, 9519:23, 9527:2

**JIMMY** [1] - 9390:4

**JIT** [1] - 9521:23

**job** [12] - 9406:18, 9407:1, 9407:7, 9450:16, 9459:5, 9489:4, 9501:16, 9501:19, 9501:23, 9522:19, 9536:25

**jobs** [1] - 9466:21

**John** [2] - 9500:11, 9500:12

**JOHN** [2] - 9390:2, 9392:23

**Johnson** [1] - 9532:10

**join** [3] - 9476:3, 9534:21, 9534:24

**joint** [6] - 9432:25, 9433:10, 9517:14, 9521:22, 9536:7, 9536:13

**joints** [1] - 9516:16

**jolt** [2] - 9423:2, 9425:16

**jolting** [2] - 9422:22,

9519:3

**JR** [2] - 9389:17, 9393:3

**Judge** [6] - 9398:1, 9398:10, 9399:8, 9464:23, 9530:10, 9533:25

**JUDGE** [1] - 9388:22

**judge** [1] - 9446:5

**judgment** [2] - 9532:15, 9533:14

**July** [1] - 9484:25

**jumped** [1] - 9522:11

**junior** [1] - 9431:23

**jurisdiction** [1] - 9450:3

**just** [70] - 9396:6, 9396:8, 9396:11, 9397:16, 9398:9, 9399:6, 9404:16, 9406:22, 9408:15, 9413:5, 9415:12, 9416:10, 9417:3, 9417:10, 9417:11, 9419:20, 9423:16, 9426:16, 9426:23, 9427:6, 9428:18, 9429:3, 9429:7, 9430:18, 9431:25, 9432:9, 9433:5, 9435:13, 9435:21, 9440:1, 9442:21, 9443:14, 9448:12, 9453:25, 9454:8, 9454:14, 9456:15, 9457:6, 9458:24, 9459:25, 9460:11, 9460:25, 9462:13, 9463:4, 9465:16, 9470:16, 9474:9, 9476:24, 9489:14, 9491:6, 9498:20, 9504:6, 9505:3, 9511:7, 9514:21, 9517:1, 9520:12, 9523:16, 9526:14, 9530:6, 9530:18, 9531:3, 9531:7, 9531:8, 9532:1, 9532:17, 9533:3, 9534:2, 9534:13, 9535:18

**JUSTICE** [4] - 9390:10, 9390:14, 9390:19, 9391:1

**Justice** [1] - 9476:19

# K

**K** [1] - 9391:22

**KANNER** [4] - 9391:16, 9391:16, 9477:23, 9533:21
**Karen** [2] - 9538:5, 9538:13
**KAREN** [1] - 9393:10
**karen_lbos@laed. uscourts.gov** [1] - 9393:12
**Karis** [2] - 9395:18, 9396:16
**KARIS** [9] - 9392:4, 9396:16, 9396:19, 9397:2, 9397:7, 9397:11, 9397:15, 9399:11, 9399:13
**Katsounas** [1] - 9531:20
**KATSOUNAS** [1] - 9531:21
**KATZ** [1] - 9389:6
**keep** [1] - 9523:14
**keeping** [3] - 9445:5, 9445:6, 9533:3
**KELLEY** [1] - 9391:3
**Keplinger's** [1] - 9520:24
**kept** [3] - 9509:1, 9522:15, 9533:10
**KERRY** [1] - 9392:10
**key** [5] - 9416:18, 9435:12, 9435:14, 9435:15, 9436:14
**killed** [1] - 9522:12
**KINCHEN** [2] - 9392:22, 9392:23
**kind** [5] - 9415:4, 9426:12, 9428:9, 9446:4, 9461:5
**Kingdom** [1] - 9401:15
**KIRKLAND** [1] - 9392:3
**knew** [5] - 9428:11, 9477:11, 9492:1, 9524:16, 9524:25
**knife** [2] - 9522:14, 9522:21
**know** [66] - 9396:9, 9399:4, 9408:2, 9415:9, 9417:16, 9421:19, 9426:21, 9430:5, 9438:22, 9438:23, 9438:25, 9440:17, 9440:21, 9450:16, 9450:23, 9451:5, 9451:6, 9451:9, 9453:2, 9453:8, 9454:16, 9458:17, 9461:16,

9464:14, 9468:20, 9479:18, 9479:22, 9479:23, 9487:3, 9488:2, 9488:5, 9488:6, 9492:8, 9494:19, 9495:5, 9496:23, 9500:16, 9500:24, 9502:13, 9502:16, 9502:21, 9503:1, 9503:9, 9504:4, 9506:7, 9509:5, 9509:8, 9512:5, 9513:5, 9513:8, 9513:10, 9515:10, 9518:4, 9519:6, 9520:10, 9522:1, 9522:6, 9523:17, 9530:15, 9531:9, 9535:7, 9535:8, 9536:18, 9536:24, 9537:4
**knowledge** [12] - 9420:24, 9421:5, 9421:16, 9422:8, 9422:9, 9422:12, 9488:10, 9488:21, 9488:23, 9488:25, 9489:2, 9526:14
**known** [3] - 9446:11, 9447:20, 9469:10
**knows** [6] - 9446:5, 9495:8, 9515:25, 9518:15, 9518:20, 9523:3
**KRAUS** [1] - 9391:17
**Kuchta** [52] - 9416:16, 9418:19, 9418:22, 9420:6, 9424:2, 9424:8, 9425:17, 9426:9, 9427:11, 9430:19, 9432:2, 9432:6, 9432:14, 9432:17, 9433:9, 9433:12, 9434:10, 9435:24, 9436:9, 9437:10, 9443:17, 9443:24, 9443:25, 9472:17, 9477:3, 9498:11, 9498:17, 9501:7, 9501:13, 9502:1, 9502:4, 9507:1, 9507:24, 9508:8, 9512:18, 9512:22, 9512:23, 9513:3, 9513:5, 9514:15, 9515:5, 9519:6, 9521:7, 9521:15, 9522:10, 9525:24, 9526:10, 9526:24,

9527:4, 9527:6, 9527:9
**Kuchta's** [6] - 9436:18, 9436:21, 9436:23, 9442:16, 9502:23, 9521:3
**KULLMAN** [1] - 9389:11

---

**L**

**L** [4] - 9391:7, 9392:13, 9401:8
**LA** [14] - 9389:5, 9389:7, 9389:13, 9389:18, 9389:20, 9389:23, 9390:3, 9390:8, 9391:15, 9391:18, 9391:23, 9392:12, 9392:21, 9393:11
**lack** [1] - 9457:10
**lacking** [2] - 9436:8, 9469:6
**ladder** [5] - 9421:11, 9421:13, 9437:7, 9437:10, 9507:17
**LAFAYETTE** [2] - 9389:5, 9392:21
**LAFLEUR** [1] - 9392:19
**LAMAR** [1] - 9393:7
**LANGAN** [2] - 9392:4, 9398:8
**language** [1] - 9505:12
**large** [5] - 9404:8, 9437:12, 9457:5, 9476:3, 9495:24
**largely** [1] - 9536:9
**LASALLE** [1] - 9392:5
**laser** [2] - 9419:17, 9419:22
**last** [19] - 9396:17, 9400:4, 9404:2, 9428:1, 9428:3, 9428:5, 9442:14, 9444:2, 9447:16, 9462:20, 9463:5, 9470:17, 9503:17, 9514:21, 9522:10, 9532:14, 9535:13
**later** [9] - 9398:11, 9412:21, 9413:13, 9453:13, 9478:1, 9480:1, 9511:3, 9518:4, 9519:5
**latest** [3] - 9398:13,

9398:14, 9530:13
**laudably** [1] - 9441:12
**LAW** [3] - 9389:19, 9389:21, 9390:6
**law** [4] - 9426:21, 9486:22, 9489:25, 9515:7
**Law** [2] - 9535:23, 9536:16
**lawful** [1] - 9449:15
**LAWRENCE** [1] - 9390:22
**lawyering** [1] - 9536:23
**lay** [1] - 9476:22
**lead** [4] - 9425:5, 9476:21, 9493:11, 9524:19
**leaders** [1] - 9498:9, 9498:21
**leadership** [1] - 9477:2
**leading** [5] - 9424:24, 9424:25, 9446:2, 9481:23, 9524:18
**leaks** [2] - 9414:24, 9415:1
**learn** [2] - 9526:22
**learned** [2] - 9441:9, 9441:11
**LEASING** [1] - 9388:13
**least** [2] - 9455:18, 9516:3
**leave** [2] - 9406:2, 9522:11
**leaving** [1] - 9534:13
**led** [1] - 9457:20
**leeway** [1] - 9425:1
**left** [20] - 9396:12, 9406:3, 9410:12, 9416:2, 9418:10, 9418:14, 9429:11, 9433:9, 9433:11, 9435:20, 9436:15, 9440:2, 9441:4, 9444:25, 9445:2, 9446:2, 9446:17, 9464:6, 9475:16, 9534:3
**left-hand** [3] - 9418:14, 9441:4, 9446:2
**legal** [3] - 9459:24, 9460:1, 9532:17
**legally** [1] - 9447:7
**LEGER** [2] - 9389:16, 9389:17

**legislation** [1] - 9488:11
**length** [2] - 9462:14, 9480:13
**less** [5] - 9404:16, 9451:4, 9451:8, 9457:16, 9505:5
**let** [19] - 9396:9, 9413:4, 9413:16, 9414:25, 9419:8, 9426:10, 9441:15, 9477:8, 9478:7, 9481:13, 9489:11, 9493:1, 9495:8, 9497:15, 9500:17, 9519:12, 9523:3, 9523:17, 9526:21
**let's** [97] - 9401:16, 9401:21, 9401:24, 9404:5, 9408:23, 9409:21, 9415:11, 9415:21, 9417:1, 9418:24, 9419:8, 9419:15, 9420:10, 9422:13, 9426:23, 9427:5, 9427:13, 9428:18, 9430:12, 9434:6, 9434:10, 9434:17, 9435:6, 9435:20, 9435:22, 9438:8, 9439:11, 9439:25, 9440:16, 9440:23, 9444:4, 9444:16, 9445:12, 9445:25, 9446:5, 9447:15, 9447:23, 9448:8, 9449:7, 9449:20, 9450:18, 9452:11, 9461:22, 9464:1, 9464:15, 9466:25, 9472:2, 9482:21, 9483:1, 9483:13, 9483:24, 9484:15, 9484:21, 9486:6, 9486:11, 9486:24, 9491:18, 9492:13, 9492:23, 9495:10, 9495:20, 9496:10, 9498:1, 9498:13, 9499:19, 9500:9, 9501:4, 9501:5, 9501:22, 9502:22, 9503:15, 9505:11, 9506:13, 9506:14, 9507:23, 9508:7, 9508:19, 9509:10, 9509:13, 9510:2, 9511:10, 9511:22, 9513:20, 9515:14, 9519:11,

9519:15, 9520:16, 9521:5, 9523:14, 9523:19, 9524:4, 9526:2, 9528:4, 9528:8

**level** [15] - 9422:1, 9431:13, 9436:22, 9437:18, 9442:16, 9456:18, 9456:21, 9457:23, 9457:24, 9458:11, 9459:7, 9459:8, 9460:2, 9491:4

**levels** [2] - 9421:1, 9442:1

**Lewis** [2] - 9395:8, 9395:23

**LEWIS** [4] - 9389:11, 9391:21, 9393:2, 9393:6

**LI** [1] - 9392:17

**license** [7] - 9403:2, 9403:5, 9444:14, 9444:17, 9444:18, 9446:25, 9447:1

**licensed** [2] - 9435:13, 9487:13

**licensure** [1] - 9473:24

**life** [5] - 9405:8, 9410:14, 9462:22, 9469:17, 9471:20

**LIFE** [1] - 9389:12

**lifeboats** [2] - 9506:5, 9522:14

**like** [16] - 9396:20, 9399:10, 9399:19, 9412:6, 9427:18, 9441:24, 9450:18, 9459:6, 9466:7, 9475:24, 9486:22, 9497:16, 9498:18, 9510:4, 9522:9, 9535:18

**likely** [1] - 9434:2

**limine** [3] - 9511:4, 9511:6, 9534:15

**Limited** [2] - 9406:5, 9406:8

**limited** [4] - 9531:9, 9533:10, 9535:24, 9536:2

**limits** [2] - 9535:25, 9536:14

**Lindner's** [1] - 9397:3

**line** [21] - 9407:23, 9436:2, 9442:24, 9445:20, 9452:19, 9452:23, 9457:11,

9477:25, 9492:14, 9492:24, 9493:6, 9503:15, 9503:16, 9505:13, 9511:23, 9513:16, 9514:1, 9526:3, 9526:5, 9527:19

**lines** [6] - 9422:20, 9498:1, 9498:13, 9500:9, 9506:13, 9527:17

**link** [6] - 9456:7, 9456:11, 9456:15, 9456:17, 9456:19

**LISKOW** [1] - 9391:21

**list** [2] - 9397:16, 9412:10

**listed** [4] - 9458:2, 9483:7, 9495:22, 9509:3

**lists** [5] - 9396:19, 9399:7, 9412:9, 9441:1, 9448:19

**LITIGATION** [1] - 9391:2

**little** [12] - 9395:7, 9425:1, 9438:8, 9440:7, 9453:25, 9454:8, 9455:6, 9466:5, 9478:1, 9494:5, 9512:13, 9536:12

**live** [5] - 9396:3, 9401:13, 9401:14, 9517:20, 9533:7

**lived** [1] - 9492:5

**LLC** [1] - 9392:8

**Lloyd's** [17] - 9406:15, 9406:16, 9406:18, 9406:25, 9407:3, 9407:6, 9407:10, 9407:14, 9407:16, 9407:17, 9407:19, 9407:23, 9408:3, 9409:22, 9410:12, 9410:13, 9452:2

**load** [1] - 9506:5

**loading** [1] - 9402:19

**located** [5] - 9404:25, 9405:22, 9419:10, 9419:23, 9432:25

**location** [2] - 9446:15

**locations** [1] - 9509:23

**lodged** [3] - 9395:9, 9395:12, 9395:15

**log** [1] - 9525:2

**logged** [3] - 9524:9, 9524:11, 9524:14

**logging** [1] - 9524:25

**logo** [4] - 9409:11, 9409:12, 9482:14

**London** [4] - 9402:3, 9406:16, 9407:6, 9411:3

**long** [12] - 9402:4, 9402:8, 9402:12, 9403:17, 9404:11, 9405:19, 9410:21, 9418:18, 9420:7, 9513:22, 9521:4, 9537:7

**longer** [1] - 9537:14

**look** [31] - 9396:5, 9396:8, 9415:11, 9419:8, 9419:15, 9420:9, 9429:20, 9431:19, 9434:10, 9435:20, 9435:21, 9435:22, 9439:11, 9440:16, 9444:16, 9445:5, 9445:6, 9445:12, 9448:8, 9449:7, 9450:18, 9454:9, 9465:24, 9469:12, 9469:13, 9491:2, 9494:11, 9494:16, 9506:13, 9507:23, 9534:5

**looked** [21] - 9419:9, 9426:2, 9441:6, 9441:7, 9443:14, 9465:24, 9488:3, 9494:18, 9500:21, 9500:22, 9501:22, 9501:24, 9502:23, 9514:18, 9514:20, 9514:24, 9515:2, 9515:11, 9520:15, 9534:8, 9534:10

**looking** [7] - 9417:3, 9420:3, 9436:23, 9441:9, 9494:10, 9510:3, 9510:8

**lookout** [1] - 9475:24

**Lord** [1] - 9476:19

**LOS** [1] - 9392:18

**loss** [1] - 9462:22

**losses** [1] - 9476:4

**lost** [2] - 9418:9, 9425:14

**lot** [3] - 9471:7, 9516:1, 9526:16

**loud** [9] - 9409:3, 9427:6, 9429:7, 9430:14, 9439:22,

9442:22, 9445:22, 9528:13, 9529:8

**LOUISIANA** [4] - 9388:2, 9388:8, 9391:11, 9391:12

**Louisiana** [4] - 9477:22, 9533:20, 9536:9, 9538:6

**low** [1] - 9471:15

**low-frequency** [1] - 9471:15

**lower** [2] - 9433:20, 9441:4

**LUIS** [1] - 9392:17

**lump** [1] - 9465:12

**lunch** [3] - 9397:22, 9398:10, 9400:2

**LUTHER** [1] - 9391:7

# M

**M** [2] - 9389:11, 9401:8

**M-I-T-C-H-E-L-L** [1] - 9401:8

**machine** - 9395:7

**Macondo** [4] - 9440:10, 9440:14, 9525:11, 9525:13

**made** [11] - 9414:7, 9429:11, 9442:12, 9457:5, 9459:7, 9463:11, 9472:11, 9516:25, 9521:24, 9527:4, 9536:25

**Madura** [1] - 9414:21

**MAGAZINE** [1] - 9390:7

**Magistrate** [1] - 9531:17

**MAHRA** [3] - 9415:17, 9415:18, 9434:6

**MAHTOOK** [1] - 9392:19

**MAIN** [1] - 9390:2

**main** [1] - 9438:12

**maintain** [6] - 9448:15, 9448:18, 9467:13, 9471:1, 9529:6, 9532:3

**maintained** [1] - 9508:25

**maintaining** [1] - 9466:19

**maintenance** [16] - 9402:21, 9464:2, 9464:5, 9464:6, 9464:11, 9466:13,

9466:18, 9466:22, 9467:3, 9467:19, 9468:12, 9470:7, 9478:7, 9478:9

**major** [13] - 9428:12, 9434:25, 9435:16, 9436:10, 9461:4, 9461:12, 9465:7, 9465:11, 9465:14, 9481:1, 9502:5, 9510:5

**Major** [1] - 9415:16

**make** [29] - 9399:18, 9418:19, 9420:20, 9421:14, 9421:17, 9421:18, 9421:22, 9425:2, 9428:20, 9443:17, 9451:5, 9451:6, 9451:9, 9457:16, 9460:3, 9462:13, 9464:16, 9474:1, 9480:16, 9480:23, 9494:5, 9504:5, 9517:19, 9518:2, 9518:17, 9518:23, 9523:12, 9523:18

**makes** [1] - 9458:14

**making** [7] - 9438:23, 9457:2, 9462:3, 9463:21, 9507:18, 9527:8, 9532:18

**MALINDA** [1] - 9390:22

**manage** [1] - 9472:11

**managed** [1] - 9429:10

**Management** [3] - 9408:17, 9458:20, 9483:5

**management** [54] - 9396:13, 9405:13, 9405:18, 9405:19, 9405:22, 9405:24, 9406:10, 9406:12, 9406:17, 9410:20, 9434:25, 9435:9, 9435:16, 9436:10, 9444:10, 9447:15, 9447:17, 9448:11, 9448:15, 9448:18, 9448:21, 9449:2, 9449:17, 9450:10, 9450:21, 9450:22, 9450:24, 9450:25, 9451:12, 9451:16, 9455:3, 9455:12, 9456:19, 9456:21,

9458:11, 9458:25, 9464:5, 9465:25, 9467:23, 9477:11, 9483:4, 9483:16, 9484:2, 9484:6, 9486:4, 9494:17, 9495:2, 9497:24, 9498:3, 9502:5, 9527:23, 9528:1, 9528:15, 9529:6

**manager** [6] - 9404:22, 9405:17, 9445:2, 9461:8, 9461:13, 9509:15

**mandatorily** [1] - 9409:17

**mandatory** [2] - 9407:5, 9460:3

**manner** [1] - 9481:3

**manning** [2] - 9434:15, 9492:4

**Manning** [1] - 9434:21

**Mansfield** [1] - 9427:18

**manual** [13] - 9439:5, 9439:8, 9439:17, 9441:22, 9509:1, 9509:6, 9509:9, 9514:20, 9515:2, 9515:12, 9515:21, 9524:6

**many** [18] - 9403:12, 9403:22, 9404:15, 9406:10, 9406:24, 9422:6, 9424:13, 9437:8, 9444:9, 9459:21, 9468:23, 9509:23, 9510:1, 9522:6

**March** [3] - 9454:22, 9476:5

**Marine** [3] - 9410:16, 9434:20, 9487:4

**marine** [22] - 9403:2, 9411:10, 9418:21, 9433:20, 9434:15, 9435:10, 9438:10, 9441:16, 9455:22, 9469:20, 9470:14, 9486:14, 9487:2, 9487:23, 9492:10, 9493:9, 9493:18, 9495:17, 9500:20, 9500:24

**mariner** [6] - 9461:10, 9473:6, 9487:10, 9487:13, 9487:16, 9488:10

**mariner's** [1] - 9403:6

**maritime** [29] - 9401:24, 9413:18, 9413:23, 9414:11, 9416:14, 9419:8, 9421:1, 9422:8, 9433:1, 9433:11, 9433:18, 9434:8, 9438:6, 9442:18, 9448:25, 9451:21, 9452:6, 9471:5, 9471:25, 9479:15, 9488:11, 9507:5, 9507:8, 9507:14, 9507:16, 9515:4, 9515:10, 9515:20, 9517:13

**Maritime** [6] - 9406:22, 9410:2, 9414:5, 9455:25, 9459:18, 9476:8

**marked** [1] - 9479:25

**marker** [1] - 9526:8

**Marshal** [2] - 9489:19, 9490:5

**marshal** [1] - 9530:10

**Marshall** [6] - 9444:19, 9444:20, 9445:8, 9445:11, 9445:13, 9446:24

**marshalling** [10] - 9397:24, 9398:2, 9479:25, 9529:22, 9530:4, 9531:18, 9532:8, 9533:8, 9533:10, 9534:7

**marshals** [1] - 9533:5

**master** [41] - 9402:18, 9402:22, 9402:25, 9403:6, 9403:12, 9403:16, 9403:17, 9404:1, 9404:3, 9405:13, 9416:15, 9419:11, 9422:3, 9434:24, 9435:2, 9435:15, 9436:25, 9437:2, 9437:6, 9437:20, 9437:22, 9438:2, 9442:25, 9443:5, 9449:13, 9451:23, 9456:17, 9461:10, 9471:19, 9472:18, 9473:6, 9480:22, 9487:10, 9487:13, 9487:16, 9492:17, 9493:3, 9509:14,

9517:18, 9528:14

**master's** [3] - 9403:8, 9420:21, 9442:24

**masters** [1] - 9436:14

**mate** [13] - 9422:1, 9426:9, 9436:24, 9437:1, 9437:5, 9437:24, 9438:1, 9504:11, 9504:12, 9507:3, 9507:20, 9508:6, 9508:15

**Mate** [1] - 9428:21

**material** [1] - 9435:22

**materials** [5] - 9439:18, 9444:5, 9458:2, 9528:11

**math** [2] - 9418:10, 9522:7

**matter** [13] - 9399:15, 9411:23, 9411:24, 9412:9, 9413:17, 9416:19, 9422:13, 9437:9, 9439:3, 9476:14, 9517:13, 9519:8, 9538:9

**mattered** [1] - 9517:15

**matters** [6] - 9398:4, 9410:23, 9413:18, 9421:15, 9426:22, 9443:1

**MATTHEW** [1] - 9392:5

**maximum** [1] - 9523:17

**may** [7] - 9395:23, 9412:11, 9412:23, 9432:25, 9477:25, 9479:21, 9530:6

**maybe** [2] - 9495:23, 9537:10

**MAYDAY** [1] - 9427:7

**MAZE** [2] - 9391:7, 9533:19

**McCLELLAN** [1] - 9390:20

**McMahan's** [1] - 9397:8

**me** [47] - 9398:20, 9402:22, 9404:20, 9405:16, 9406:9, 9407:22, 9413:4, 9414:25, 9417:21, 9419:8, 9419:20, 9426:10, 9431:3, 9435:6, 9441:15,

9453:5, 9454:13, 9456:20, 9457:20, 9459:16, 9464:23, 9465:9, 9468:6, 9476:3, 9477:8, 9478:7, 9481:13, 9482:10, 9486:18, 9489:8, 9493:1, 9493:11, 9497:15, 9500:10, 9500:17, 9507:11, 9514:22, 9518:14, 9519:12, 9523:10, 9526:21, 9526:24, 9529:23, 9531:5, 9535:11, 9536:4, 9536:8

**mean** [16] - 9420:24, 9421:11, 9429:24, 9446:14, 9453:3, 9458:10, 9459:15, 9465:10, 9468:7, 9471:18, 9473:21, 9481:5, 9489:9, 9498:18, 9528:18, 9529:11

**means** [3] - 9417:4, 9523:12, 9528:18

**measure** [1] - 9527:16

**measured** [2] - 9462:23, 9462:25

**measures** [1] - 9449:25

**MECHANICAL** [1] - 9393:13

**MEDORA** [2] - 9404:4, 9404:5

**meets** [2] - 9461:2, 9490:13

**MEM** [1] - 9434:25

**member** [5] - 9401:25, 9429:1, 9444:6, 9451:23, 9481:18

**members** [5] - 9425:25, 9426:3, 9427:16, 9443:4, 9472:8

**membership** [1] - 9481:24

**memo** [3] - 9460:16, 9461:1, 9468:8

**men** [1] - 9492:5

**mentioned** [5] - 9400:1, 9408:23, 9421:24, 9526:1, 9532:7

**MEPC** [1] - 9459:19

**merger** [1] - 9468:4

**met** [3] - 9428:21,

9488:19, 9494:16

**meters** [1] - 9404:12

**metric** [1] - 9404:14

**Mexico** [4] - 9462:22, 9492:10, 9493:9, 9493:19

**MEXICO** [1] - 9388:5

**MGS** [1] - 9512:14

**MI** [2] - 9445:12, 9445:13

**MI-118** [5] - 9445:7, 9445:8, 9445:15, 9445:17, 9446:25

**MICHAEL** [2] - 9390:11, 9392:16

**MICHELLE** [1] - 9390:21

**microphone** [2] - 9455:6, 9455:7

**middle** [4] - 9405:25, 9419:6, 9473:13, 9505:13

**might** [5] - 9427:18, 9464:21, 9471:2, 9474:23, 9536:12

**migration** [1] - 9466:17

**Mike** [5] - 9400:1, 9428:23, 9429:1, 9429:8, 9519:21

**miles** [1] - 9405:1

**MILLER** [1] - 9392:10

**million** [1] - 9404:16

**Milsap** [1] - 9531:21

**mind** [4] - 9445:5, 9445:6, 9492:1, 9527:6

**mine** [1] - 9462:17

**minimum** [1] - 9487:24

**minus** [1] - 9514:13

**minute** [10] - 9415:6, 9415:8, 9427:10, 9465:17, 9472:4, 9510:21, 9510:22, 9511:2, 9514:21, 9516:25

**minutes** [13] - 9418:16, 9418:17, 9418:22, 9447:12, 9511:11, 9514:11, 9514:13, 9517:10, 9519:5, 9523:10, 9523:14, 9523:17, 9523:19

**misconduct** [1] - 9532:15

**misread** [1] - 9451:6

**missed** [1] - 9516:13

**misspoke** [1] - 9413:8

**misstates** [1] - 9423:14

**mistaken** [1] - 9427:18

**Mitchell** [25] - 9400:24, 9401:7, 9401:11, 9401:14, 9411:12, 9411:24, 9413:16, 9425:7, 9431:9, 9443:13, 9453:19, 9460:22, 9462:21, 9465:2, 9470:12, 9470:24, 9472:17, 9473:5, 9477:1, 9478:4, 9524:2, 9530:5

**MITCHELL** [2] - 9394:11, 9401:3

**Mitchell's** [2] - 9411:22, 9412:16

**mitigated** [1] - 9416:8

**mitigating** [1] - 9414:16

**mitigation** [4] - 9416:11, 9416:12, 9416:14, 9434:8

**MOBILE** [1] - 9389:10

**mobile** [3] - 9413:20, 9445:4, 9445:21

**mode** [1] - 9444:12

**MODU** [19] - 9445:20, 9445:23, 9446:4, 9446:7, 9446:22, 9461:8, 9461:9, 9473:14, 9473:18, 9473:20, 9473:21, 9479:1, 9479:5, 9479:14, 9487:7, 9487:25, 9488:12, 9494:7, 9508:21

**MODU-specific** [1] - 9508:21

**module** [5] - 9435:4, 9435:8, 9435:10, 9436:7, 9501:25

**modules** [1] - 9501:23

**MODUs** [4] - 9461:17, 9493:3, 9496:2, 9497:9

**MODUs)** [1] - 9445:21

**moment** [6] - 9411:21, 9444:4,

9474:9, 9514:16, 9516:8, 9518:10

**Monday** [1] - 9510:14

**monitor** [3] - 9518:6, 9518:9

**MONTGOMERY** [1] - 9391:9

**month** [1] - 9454:22

**months** [4] - 9466:14, 9469:3, 9537:1, 9537:2

**moored** [3] - 9446:7, 9447:4, 9461:16

**more** [28] - 9402:22, 9405:9, 9408:21, 9415:11, 9418:6, 9418:7, 9425:4, 9427:22, 9434:2, 9437:8, 9446:12, 9447:10, 9453:3, 9453:9, 9457:12, 9457:16, 9459:8, 9463:5, 9466:21, 9472:11, 9497:9, 9500:10, 9500:11, 9504:4, 9505:5, 9516:1, 9536:12

**Morgan** [1] - 9532:10

**morning** [7] - 9396:21, 9419:15, 9423:10, 9443:14, 9525:22, 9526:9, 9537:6

**morning's** [1] - 9425:23

**most** [4] - 9403:21, 9408:6, 9416:15

**motion** [5] - 9511:4, 9511:6, 9523:17, 9534:21, 9534:24

**motions** [4] - 9411:12, 9412:13, 9532:19, 9534:15

**move** [12] - 9407:3, 9416:13, 9421:11, 9422:9, 9422:10, 9434:9, 9464:1, 9466:2, 9519:11, 9519:12, 9519:15, 9524:20

**moved** [5] - 9404:20, 9405:16, 9407:5, 9446:15, 9532:15

**movement** [3] - 9433:8, 9516:12, 9516:14

**moves** [1] - 9455:7

**moving** [1] - 9421:12

**Mr** [123] - 9394:13,

9394:15, 9394:17, 9394:19, 9394:21, 9394:23, 9396:20, 9396:22, 9396:23, 9397:1, 9397:3, 9397:8, 9397:11, 9397:16, 9397:19, 9399:2, 9399:16, 9400:18, 9400:19, 9401:11, 9401:25, 9411:12, 9411:22, 9411:24, 9413:1, 9413:8, 9413:16, 9419:16, 9423:10, 9423:20, 9424:11, 9424:15, 9425:7, 9425:16, 9425:20, 9431:9, 9433:6, 9438:18, 9443:13, 9444:14, 9450:19, 9451:17, 9452:18, 9453:2, 9453:16, 9454:16, 9456:22, 9458:3, 9458:17, 9459:12, 9460:11, 9461:1, 9462:15, 9463:19, 9468:7, 9470:10, 9470:12, 9470:13, 9471:18, 9474:10, 9478:4, 9478:8, 9478:12, 9478:16, 9478:20, 9485:16, 9491:14, 9492:13, 9492:16, 9492:23, 9493:5, 9493:13, 9493:15, 9497:16, 9497:20, 9498:6, 9498:11, 9499:12, 9500:2, 9500:8, 9500:19, 9502:4, 9503:12, 9506:19, 9506:25, 9510:14, 9512:17, 9512:20, 9512:21, 9513:15, 9513:23, 9516:6, 9516:18, 9519:9, 9520:3, 9520:7, 9520:8, 9520:10, 9520:12, 9520:21, 9520:24, 9521:7, 9521:14, 9521:15, 9523:7, 9523:24, 9524:2, 9524:13, 9524:25, 9525:3, 9525:21, 9525:24, 9526:8, 9526:22, 9526:24, 9532:23, 9533:12, 9533:23

**MR** [248] - 9395:6, 9395:14, 9395:16,

9396:7, 9396:10, 9396:11, 9396:13, 9396:15, 9397:21, 9398:6, 9398:8, 9398:9, 9398:12, 9398:14, 9398:19, 9398:21, 9398:25, 9399:3, 9399:6, 9399:9, 9399:14, 9399:22, 9399:25, 9400:1, 9400:6, 9400:9, 9400:11, 9400:13, 9400:16, 9400:21, 9400:22, 9400:24, 9401:1, 9401:10, 9408:12, 9411:9, 9411:15, 9411:18, 9411:21, 9412:5, 9412:22, 9412:23, 9413:4, 9413:8, 9413:11, 9413:14, 9413:15, 9415:24, 9416:1, 9417:1, 9417:2, 9418:24, 9418:25, 9420:10, 9420:11, 9423:7, 9423:14, 9423:16, 9423:19, 9424:23, 9425:4, 9425:6, 9431:11, 9431:24, 9433:15, 9434:5, 9442:11, 9447:10, 9447:14, 9447:23, 9447:24, 9452:9, 9452:17, 9453:6, 9453:12, 9453:18, 9455:9, 9460:20, 9460:21, 9461:18, 9461:21, 9462:18, 9462:19, 9463:22, 9463:25, 9464:8, 9464:16, 9464:20, 9464:23, 9464:25, 9466:2, 9466:5, 9466:10, 9467:6, 9467:8, 9467:11, 9470:21, 9470:23, 9472:21, 9472:24, 9473:1, 9473:3, 9474:9, 9474:15, 9474:17, 9474:20, 9475:3, 9475:4, 9476:9, 9476:12, 9476:16, 9476:18, 9476:25, 9477:12, 9477:15, 9477:19, 9477:21, 9477:23, 9477:25, 9478:3, 9479:24, 9480:4, 9480:8, 9480:9, 9482:21,

9482:22, 9483:1, 9483:2, 9483:13, 9483:14, 9483:24, 9484:1, 9484:15, 9484:16, 9484:21, 9484:22, 9486:6, 9486:7, 9486:11, 9486:12, 9486:24, 9486:25, 9489:8, 9489:9, 9489:12, 9492:13, 9492:15, 9492:23, 9492:25, 9493:20, 9493:23, 9493:25, 9494:4, 9494:6, 9495:7, 9495:10, 9495:11, 9495:20, 9495:21, 9495:23, 9495:25, 9496:10, 9496:12, 9500:10, 9500:15, 9500:17, 9500:21, 9501:1, 9501:2, 9501:3, 9501:8, 9501:10, 9501:11, 9506:18, 9506:21, 9506:22, 9511:1, 9511:7, 9511:9, 9513:15, 9513:19, 9515:18, 9515:24, 9516:24, 9517:3, 9519:12, 9519:14, 9519:16, 9519:17, 9520:16, 9520:17, 9521:5, 9521:6, 9521:11, 9521:15, 9521:18, 9521:19, 9521:20, 9521:23, 9522:4, 9522:5, 9522:24, 9523:1, 9523:2, 9523:4, 9523:6, 9523:8, 9523:9, 9523:13, 9523:16, 9524:1, 9524:18, 9524:20, 9524:23, 9525:15, 9525:19, 9526:2, 9526:4, 9526:12, 9526:18, 9528:8, 9528:9, 9529:14, 9529:20, 9529:23, 9530:1, 9530:12, 9530:14, 9530:17, 9530:20, 9531:2, 9531:5, 9531:12, 9531:16, 9532:14, 9532:21, 9533:1, 9533:3, 9533:14, 9533:19, 9533:21, 9533:25, 9534:9, 9534:12, 9534:19, 9534:21, 9534:23,

9535:1
**Ms** [1] - 9395:18
**MS** [9] - 9396:16, 9396:19, 9397:2, 9397:7, 9397:11, 9397:15, 9399:11, 9399:13, 9475:11
**MSC** [1] - 9459:19
**MSC-MEPC** [1] - 9459:19
**much** [5] - 9416:22, 9425:2, 9431:7, 9453:5, 9469:9
**mud** [26] - 9416:23, 9417:9, 9417:14, 9418:1, 9418:3, 9423:3, 9424:3, 9424:4, 9424:12, 9432:15, 9472:8, 9511:25, 9512:10, 9512:14, 9512:19, 9513:3, 9513:14, 9514:1, 9514:16, 9516:8, 9518:4, 9519:4, 9526:11, 9526:20
**mud/gas** [3] - 9418:2, 9512:3, 9514:6
**multi** [1] - 9535:5
**multi-phase** [1] - 9535:5
**MUNGER** [1] - 9392:16
**must** [2] - 9488:10, 9527:6
**my** [45] - 9395:25, 9403:15, 9405:12, 9406:4, 9406:15, 9407:1, 9408:19, 9410:14, 9414:4, 9414:7, 9417:12, 9421:21, 9431:15, 9443:6, 9453:12, 9453:19, 9454:5, 9456:20, 9457:19, 9463:8, 9464:20, 9465:19, 9465:23, 9472:2, 9473:10, 9474:17, 9478:4, 9479:16, 9489:22, 9490:15, 9500:1, 9500:21, 9510:10, 9512:9, 9514:23, 9514:24, 9515:9, 9517:10, 9522:19, 9527:20, 9536:25, 9537:6, 9537:13, 9538:8

**N**

**N** [7] - 9392:5, 9394:1, 9395:3, 9400:9, 9400:14
**name** [7] - 9401:6, 9401:13, 9404:2, 9406:5, 9429:17, 9453:19, 9478:4
**named** [1] - 9463:12
**NATHANIEL** [1] - 9390:17
**national** [2] - 9486:15, 9486:18
**National** [1] - 9511:15
**NATURAL** [1] - 9390:14
**nature** [3] - 9396:4, 9474:6, 9528:24
**Naval** [1] - 9471:11
**Navy** [1] - 9471:8
**necessarily** [1] - 9476:6
**necessary** [3] - 9449:25, 9474:7, 9493:17
**need** [13] - 9399:4, 9452:21, 9454:10, 9474:9, 9474:23, 9519:6, 9523:18, 9529:24, 9531:16, 9532:1, 9533:12, 9535:8, 9535:19
**needed** [3] - 9426:12, 9426:16, 9519:6
**needs** [2] - 9419:13, 9479:18
**negligence** [1] - 9532:15
**Neil** [1] - 9492:8
**never** [13] - 9428:3, 9452:20, 9457:12, 9473:14, 9473:17, 9479:1, 9488:21, 9488:25, 9489:2, 9505:23, 9509:19, 9522:2
**nevertheless** [2] - 9427:25, 9490:18
**NEW** [9] - 9388:8, 9389:7, 9389:13, 9389:18, 9390:8, 9391:18, 9391:23, 9392:12, 9393:11
**Newman** [13] - 9450:14, 9450:19, 9451:17, 9454:16,

9454:17, 9456:22, 9456:25, 9460:11, 9461:1, 9461:25, 9462:15, 9463:19, 9468:7
**next** [37] - 9400:13, 9404:19, 9406:14, 9417:21, 9421:10, 9424:1, 9425:8, 9428:14, 9429:10, 9435:20, 9438:18, 9439:25, 9445:5, 9445:6, 9445:25, 9446:5, 9447:11, 9448:8, 9462:17, 9468:2, 9500:21, 9514:4, 9522:10, 9528:23, 9529:8, 9530:10, 9530:14, 9530:15, 9530:19, 9531:1, 9531:2, 9531:5, 9535:19, 9535:20, 9535:21, 9537:12
**nickels** [1] - 9513:23
**night** [7] - 9414:16, 9436:20, 9443:23, 9519:2, 9520:19, 9522:6, 9522:22
**nine** [1] - 9491:23
**NINTH** [1] - 9389:22
**no** [146] - 9395:10, 9395:24, 9396:1, 9396:23, 9411:11, 9412:13, 9419:19, 9427:19, 9430:9, 9432:7, 9432:18, 9432:20, 9433:4, 9433:7, 9433:15, 9436:9, 9437:3, 9437:7, 9440:13, 9441:2, 9442:10, 9446:19, 9447:9, 9448:7, 9449:3, 9452:9, 9454:14, 9454:21, 9460:7, 9461:18, 9462:12, 9465:8, 9466:4, 9467:6, 9468:22, 9469:19, 9469:24, 9471:23, 9472:20, 9472:24, 9477:12, 9477:14, 9477:23, 9478:13, 9478:15, 9478:25, 9479:9, 9479:12, 9479:22, 9482:20, 9484:12, 9484:24, 9485:14, 9487:3, 9487:22, 9488:9,

9488:20, 9489:18, 9489:23, 9490:2, 9490:3, 9490:18, 9490:19, 9490:21, 9490:25, 9491:3, 9491:9, 9491:17, 9492:1, 9493:11, 9493:16, 9494:3, 9494:12, 9494:22, 9494:23, 9495:2, 9495:3, 9495:4, 9495:9, 9496:25, 9497:7, 9498:7, 9498:12, 9498:18, 9498:20, 9499:11, 9499:18, 9499:25, 9500:7, 9500:21, 9501:14, 9501:21, 9502:9, 9502:11, 9502:15, 9502:25, 9503:3, 9503:4, 9503:8, 9504:8, 9504:10, 9505:10, 9505:22, 9505:25, 9506:12, 9508:18, 9509:25, 9510:1, 9510:10, 9510:16, 9511:21, 9512:5, 9512:9, 9512:12, 9512:22, 9512:25, 9513:4, 9513:11, 9515:4, 9515:12, 9515:13, 9516:20, 9517:5, 9517:9, 9517:18, 9518:11, 9520:14, 9520:23, 9521:15, 9523:5, 9523:8, 9525:6, 9525:14, 9526:12, 9526:13, 9528:22, 9529:4, 9529:14, 9533:1, 9533:15, 9533:19, 9533:21
**NO** [3] - 9388:7, 9388:11, 9388:14
**Noble** [2] - 9497:9, 9497:12
**nobody** [2] - 9398:6, 9407:22
**noise** [4] - 9423:5, 9424:20, 9425:7, 9425:20
**noncompliance** [1] - 9475:2
**nonconformance** [3] - 9449:18, 9461:4, 9461:12
**nonconformities** [5] - 9465:21, 9465:23, 9467:23, 9481:2,

9529:10
**nonconformity** [8] - 9458:19, 9458:21, 9465:7, 9465:10, 9465:11, 9465:14, 9467:5, 9467:10
**none** [4] - 9397:1, 9397:14, 9414:8, 9529:11
**NONJURY** [1] - 9388:20
**nonpropelled** [2] - 9461:8, 9461:9
**nor** [7] - 9436:10, 9436:11, 9443:20, 9444:1, 9457:1, 9462:2, 9463:20
**NORFOLK** [1] - 9392:23
**norm** [1] - 9493:7
**normal** [4] - 9399:6, 9410:14, 9437:5, 9437:7
**normally** [1] - 9446:11
**Norske** [1] - 9408:4
**North** [4] - 9405:2, 9405:10, 9405:23, 9406:1
**NORTH** [1] - 9391:14
**not** [213] - 9409:5, 9411:25, 9414:6, 9418:6, 9420:25, 9424:13, 9425:5, 9427:21, 9428:9, 9428:21, 9432:7, 9432:24, 9434:2, 9434:11, 9437:3, 9437:7, 9437:10, 9441:13, 9443:9, 9443:14, 9443:19, 9443:25, 9445:23, 9446:12, 9449:3, 9449:18, 9451:1, 9453:14, 9454:21, 9455:3, 9455:19, 9456:25, 9457:7, 9457:17, 9459:12, 9459:25, 9460:12, 9460:23, 9461:10, 9462:1, 9462:5, 9462:15, 9463:4, 9463:19, 9464:16, 9465:8, 9465:11, 9466:3, 9466:18, 9466:19, 9467:1, 9467:5, 9467:16, 9468:5, 9468:18, 9468:21, 9468:25, 9469:14, 9469:18,

9469:23, 9469:24, 9470:1, 9470:14, 9471:3, 9471:23, 9472:10, 9472:13, 9474:11, 9475:1, 9476:6, 9476:13, 9476:14, 9477:3, 9477:6, 9477:8, 9478:8, 9478:9, 9478:13, 9478:15, 9478:20, 9478:21, 9478:23, 9478:25, 9479:5, 9479:9, 9479:10, 9479:12, 9479:13, 9480:6, 9481:3, 9481:7, 9481:16, 9481:24, 9482:24, 9483:15, 9483:17, 9483:22, 9484:9, 9484:12, 9485:11, 9485:17, 9486:2, 9486:5, 9486:13, 9486:21, 9487:20, 9487:23, 9488:2, 9488:15, 9488:22, 9489:2, 9489:14, 9490:15, 9490:17, 9490:25, 9491:22, 9492:11, 9492:18, 9493:8, 9495:14, 9495:16, 9495:18, 9495:22, 9496:7, 9497:4, 9497:13, 9498:8, 9498:24, 9499:2, 9499:8, 9499:18, 9499:25, 9500:7, 9500:8, 9500:12, 9500:20, 9500:23, 9502:1, 9502:2, 9502:5, 9502:8, 9502:9, 9502:10, 9502:11, 9502:12, 9502:23, 9502:25, 9503:2, 9503:10, 9504:8, 9504:13, 9504:16, 9504:22, 9505:1, 9505:20, 9505:25, 9506:7, 9506:12, 9507:2, 9507:12, 9507:19, 9507:21, 9508:2, 9508:12, 9509:11, 9509:15, 9509:21, 9510:3, 9510:8, 9510:12, 9510:19, 9510:22, 9511:7, 9511:13, 9512:7, 9512:9, 9513:12, 9514:22, 9516:6, 9516:7, 9516:10,

9516:12, 9516:13, 9516:14, 9516:17, 9517:13, 9517:18, 9518:3, 9519:1, 9520:19, 9521:12, 9521:23, 9522:22, 9524:19, 9527:8, 9528:13, 9528:24, 9529:4, 9529:10, 9529:11, 9529:20, 9531:3, 9532:2, 9532:9, 9533:3, 9534:5, 9534:8, 9534:11, 9534:12, 9537:5

  **note** [3] - 9411:11, 9445:22, 9446:25
  **notes** [5] - 9425:24, 9426:24, 9427:5, 9427:14, 9520:18
  **nothing** [7] - 9412:17, 9453:3, 9453:9, 9478:19, 9489:5, 9512:25, 9523:6
  **notify** [1] - 9489:19
  **noting** [1] - 9495:12
  **notwithstanding** [1] - 9462:22
  **November** [3] - 9508:2, 9508:4, 9508:11
  **now** [63] - 9400:4, 9400:16, 9401:21, 9412:20, 9413:12, 9417:4, 9430:7, 9437:22, 9438:9, 9442:23, 9443:13, 9448:8, 9454:25, 9455:2, 9456:24, 9460:22, 9461:22, 9462:7, 9463:18, 9464:1, 9466:6, 9466:25, 9468:24, 9469:15, 9470:9, 9471:7, 9475:7, 9475:11, 9476:2, 9476:6, 9477:1, 9480:8, 9480:13, 9482:17, 9485:16, 9489:22, 9490:23, 9492:23, 9495:10, 9495:16, 9495:22, 9496:10, 9497:8, 9502:3, 9503:4, 9504:1, 9504:11, 9505:10, 9506:25, 9508:7, 9510:17, 9510:21, 9511:5, 9512:5, 9515:11,

9515:14, 9519:11, 9525:20, 9526:21, 9530:10, 9535:2, 9535:19, 9537:9
  **number** [9] - 9395:18, 9395:21, 9396:12, 9470:20, 9526:23, 9530:22, 9531:9, 9531:10
  **numbered** [1] - 9538:9
  **numbers** [1] - 9441:7
  **numerous** [1] - 9444:11
  **NW** [1] - 9392:2

---

# O

  **O** [4] - 9395:3, 9400:14
  **O'Bryan** [14] - 9397:16, 9419:16, 9424:11, 9424:15, 9425:7, 9425:16, 9425:20, 9485:16, 9497:16, 9506:25, 9512:17, 9512:20, 9526:8, 9530:5
  **O'Bryan's** [4] - 9423:10, 9423:20, 9512:21, 9525:21
  **O'KEEFE** [1] - 9389:7
  **O'ROURKE** [1] - 9390:15
  **object** [10] - 9452:18, 9463:22, 9464:8, 9474:10, 9474:11, 9501:8, 9511:1, 9513:15, 9515:18, 9526:12
  **objected** [2] - 9452:24, 9493:5
  **objection** [35] - 9395:11, 9396:23, 9397:5, 9397:9, 9397:13, 9399:23, 9423:14, 9423:17, 9431:11, 9433:15, 9453:1, 9461:18, 9463:24, 9464:20, 9467:6, 9474:18, 9476:11, 9477:12, 9477:19, 9477:20, 9493:5, 9493:20, 9493:24, 9495:7, 9501:8, 9506:18, 9513:18, 9515:23, 9516:24, 9517:2, 9521:11, 9522:24,

9524:18, 9525:15, 9526:17
  **objections** [10] - 9395:15, 9396:25, 9397:5, 9397:9, 9399:23, 9452:25, 9532:3, 9532:5, 9534:5, 9534:14
  **objectives** [1] - 9463:13
  **objects** [1] - 9412:5
  **obligated** [1] - 9468:24
  **obligation** [1] - 9489:18
  **observation** [2] - 9466:12, 9468:2
  **observations** [2] - 9423:8, 9423:20
  **observe** [2] - 9423:10, 9450:2
  **observed** [1] - 9437:4
  **obtained** [2] - 9437:19, 9510:12
  **obvious** [1] - 9471:20
  **obviously** [4] - 9518:1, 9533:17, 9535:3, 9535:12
  **occasion** [2] - 9475:7, 9475:12
  **occasions** [2] - 9444:11, 9527:20
  **occur** [1] - 9427:25
  **occurred** [3] - 9433:14, 9491:11, 9520:11
  **occurring** [3] - 9416:3, 9432:3
  **occurs** [1] - 9479:13
  **ocean** [1] - 9473:9
  **oceangoing** [1] - 9403:12
  **oceans** [1] - 9403:8
  **OF** [16] - 9388:2, 9388:5, 9388:12, 9388:14, 9388:20, 9390:10, 9390:14, 9390:19, 9391:1, 9391:6, 9391:10, 9391:11, 9391:12, 9400:11, 9400:22
  **of** [701] - 9395:10, 9395:17, 9395:23, 9396:2, 9396:4, 9396:13, 9396:22, 9398:17, 9399:16, 9400:1, 9400:14, 9400:18, 9401:15,

9401:19, 9401:21, 9402:2, 9402:19, 9402:20, 9402:21, 9402:23, 9402:25, 9403:12, 9403:17, 9403:20, 9403:22, 9404:1, 9404:2, 9404:5, 9404:7, 9404:15, 9404:23, 9405:1, 9405:7, 9405:8, 9405:12, 9405:18, 9406:3, 9406:8, 9406:9, 9406:15, 9406:23, 9407:2, 9407:3, 9407:5, 9407:6, 9407:9, 9407:10, 9407:20, 9407:21, 9408:1, 9408:4, 9408:5, 9408:6, 9408:9, 9408:13, 9408:18, 9408:19, 9408:22, 9408:25, 9409:5, 9409:8, 9409:15, 9409:16, 9409:17, 9409:18, 9409:21, 9409:25, 9410:3, 9410:4, 9410:5, 9410:18, 9411:1, 9411:5, 9411:7, 9411:10, 9411:19, 9411:23, 9412:1, 9412:3, 9412:10, 9412:13, 9412:14, 9412:20, 9412:21, 9413:6, 9413:16, 9413:18, 9413:19, 9413:23, 9414:6, 9414:8, 9414:10, 9414:15, 9414:17, 9414:25, 9415:1, 9415:4, 9415:9, 9415:13, 9415:18, 9416:10, 9416:14, 9416:15, 9416:23, 9416:24, 9417:16, 9417:21, 9417:24, 9418:10, 9418:12, 9418:18, 9419:2, 9419:3, 9419:10, 9419:14, 9419:24, 9420:4, 9420:20, 9421:5, 9421:6, 9421:11, 9421:12, 9421:13, 9421:16, 9421:25, 9422:1, 9422:2, 9422:7, 9422:8, 9422:12, 9422:14, 9422:15, 9422:19, 9422:22, 9423:8,

9423:15, 9424:6,
9424:16, 9425:2,
9425:15, 9425:17,
9425:18, 9425:24,
9426:2, 9426:5,
9426:6, 9426:10,
9426:12, 9426:18,
9426:20, 9426:23,
9426:24, 9427:4,
9427:6, 9427:14,
9427:16, 9427:22,
9427:23, 9427:24,
9427:25, 9428:6,
9428:9, 9428:14,
9428:23, 9429:3,
9429:6, 9429:8,
9430:13, 9430:16,
9430:22, 9431:5,
9431:7, 9431:10,
9431:13, 9431:18,
9431:20, 9431:21,
9431:22, 9432:1,
9432:2, 9432:14,
9432:16, 9432:21,
9433:6, 9433:8,
9433:11, 9433:13,
9433:18, 9433:19,
9433:21, 9433:24,
9434:6, 9434:7,
9434:10, 9434:17,
9434:20, 9434:24,
9435:2, 9435:7,
9435:14, 9435:16,
9435:18, 9435:24,
9435:25, 9436:3,
9436:14, 9436:17,
9436:19, 9436:20,
9436:21, 9437:5,
9437:6, 9437:7,
9437:9, 9437:13,
9437:18, 9437:19,
9438:5, 9438:9,
9438:10, 9438:19,
9438:20, 9438:22,
9439:3, 9439:11,
9439:17, 9439:20,
9440:2, 9440:3,
9440:4, 9440:7,
9440:19, 9441:2,
9441:4, 9441:7,
9441:8, 9441:13,
9441:14, 9441:17,
9441:18, 9443:1,
9443:4, 9443:5,
9443:7, 9443:8,
9443:13, 9443:15,
9443:17, 9443:18,
9443:21, 9443:23,
9444:6, 9444:16,
9444:19, 9444:20,
9444:22, 9444:24,

9445:8, 9445:10,
9445:17, 9446:2,
9446:4, 9446:17,
9446:20, 9446:21,
9446:24, 9447:25,
9448:5, 9448:20,
9448:21, 9449:13,
9449:14, 9449:16,
9449:19, 9449:20,
9449:21, 9449:23,
9449:25, 9450:2,
9450:14, 9451:3,
9451:12, 9451:13,
9451:14, 9451:15,
9452:18, 9452:24,
9452:25, 9453:8,
9453:10, 9453:20,
9454:1, 9454:9,
9454:10, 9454:14,
9454:18, 9454:19,
9455:7, 9455:13,
9455:17, 9455:21,
9456:6, 9456:8,
9456:9, 9456:11,
9456:18, 9456:20,
9456:21, 9457:2,
9457:6, 9457:8,
9457:9, 9457:10,
9457:14, 9457:15,
9457:17, 9457:19,
9458:1, 9458:10,
9458:11, 9458:14,
9458:23, 9459:6,
9459:7, 9459:8,
9459:12, 9459:13,
9459:17, 9459:22,
9460:5, 9460:8,
9460:11, 9460:13,
9460:14, 9460:18,
9461:2, 9461:5,
9461:10, 9461:14,
9461:15, 9462:2,
9462:4, 9462:9,
9462:22, 9463:13,
9463:14, 9463:15,
9463:21, 9463:23,
9464:2, 9464:5,
9464:6, 9464:10,
9464:19, 9464:21,
9465:1, 9465:2,
9465:3, 9465:20,
9465:22, 9465:25,
9466:8, 9466:13,
9466:22, 9467:4,
9467:20, 9467:22,
9468:14, 9468:16,
9468:17, 9469:14,
9469:15, 9469:18,
9470:3, 9470:14,
9471:3, 9471:9,
9471:19, 9471:21,

9472:7, 9472:10,
9472:18, 9472:21,
9473:8, 9473:20,
9474:6, 9474:12,
9474:15, 9474:22,
9475:1, 9475:5,
9475:8, 9475:11,
9475:24, 9476:4,
9476:5, 9476:19,
9476:20, 9477:2,
9477:10, 9478:17,
9478:18, 9478:23,
9479:13, 9479:15,
9479:21, 9479:22,
9480:5, 9480:10,
9480:13, 9480:14,
9480:16, 9480:17,
9480:19, 9480:21,
9480:22, 9481:1,
9481:7, 9481:8,
9481:15, 9481:18,
9481:20, 9481:23,
9482:14, 9482:23,
9483:4, 9483:5,
9483:6, 9483:7,
9483:19, 9484:3,
9484:10, 9484:18,
9485:22, 9486:4,
9486:23, 9487:14,
9487:17, 9487:20,
9487:24, 9487:25,
9488:11, 9489:4,
9489:16, 9489:17,
9489:19, 9490:1,
9490:2, 9490:5,
9490:6, 9490:8,
9490:9, 9490:13,
9490:24, 9491:4,
9491:8, 9491:12,
9491:16, 9491:18,
9492:10, 9492:16,
9493:9, 9493:19,
9494:2, 9494:7,
9494:10, 9494:11,
9494:13, 9494:17,
9494:18, 9494:20,
9494:21, 9495:13,
9495:23, 9496:10,
9496:16, 9496:21,
9496:23, 9497:1,
9497:4, 9497:5,
9497:12, 9497:15,
9497:18, 9497:19,
9497:21, 9498:6,
9498:11, 9499:1,
9499:10, 9499:12,
9499:16, 9500:1,
9500:3, 9500:6,
9500:16, 9500:19,
9501:4, 9501:5,
9501:7, 9501:12,

9501:19, 9501:20,
9501:22, 9502:16,
9502:18, 9502:23,
9503:1, 9503:2,
9503:14, 9504:7,
9504:12, 9505:10,
9505:18, 9505:21,
9506:20, 9507:17,
9508:2, 9508:4,
9508:8, 9508:17,
9508:20, 9509:13,
9509:16, 9509:22,
9510:6, 9510:9,
9510:10, 9510:11,
9510:13, 9510:15,
9511:6, 9511:23,
9512:5, 9512:7,
9512:10, 9513:2,
9513:17, 9515:7,
9515:8, 9515:18,
9515:19, 9515:21,
9516:1, 9516:12,
9516:14, 9516:16,
9516:19, 9517:8,
9517:22, 9518:16,
9519:2, 9519:3,
9519:4, 9519:5,
9519:25, 9520:18,
9520:22, 9521:10,
9521:21, 9521:23,
9522:14, 9522:16,
9522:22, 9522:24,
9523:1, 9523:4,
9523:10, 9523:17,
9524:6, 9525:4,
9525:6, 9525:9,
9525:10, 9525:12,
9525:21, 9526:14,
9526:16, 9526:23,
9527:19, 9527:24,
9528:5, 9528:6,
9528:15, 9529:4,
9529:8, 9529:21,
9529:24, 9530:2,
9530:3, 9530:4,
9530:11, 9530:14,
9530:22, 9531:7,
9531:9, 9531:10,
9531:12, 9531:13,
9532:2, 9532:3,
9532:5, 9532:7,
9532:16, 9532:18,
9532:19, 9533:7,
9533:10, 9533:11,
9534:4, 9535:3,
9535:4, 9535:5,
9535:11, 9535:12,
9535:13, 9535:14,
9535:16, 9535:19,
9535:22, 9535:23,
9536:6, 9536:9,

9536:13, 9536:14,
9536:15, 9536:16,
9536:17, 9536:23,
9537:9, 9537:10,
9537:11, 9537:14,
9538:6, 9538:8
**off** [10] - 9411:6,
9416:13, 9432:16,
9433:24, 9456:13,
9489:9, 9515:16,
9522:11, 9526:6
**offer** [8] - 9396:20,
9397:2, 9399:11,
9399:19, 9412:3,
9412:19, 9530:22,
9532:8
**offered** [5] - 9479:10,
9531:23, 9531:25,
9532:10, 9532:24
**offering** [3] -
9488:15, 9530:7,
9532:1
**offerings** [1] -
9533:7
**office** [1] - 9509:1
**OFFICE** [5] - 9389:4,
9390:23, 9391:6,
9391:11, 9391:14
**officer** [19] - 9402:6,
9402:7, 9402:8,
9402:10, 9402:12,
9402:15, 9402:16,
9403:15, 9403:16,
9422:1, 9431:17,
9431:23, 9445:21,
9461:15, 9471:8,
9471:9, 9471:11,
9509:14
**officers** [4] -
9445:10, 9463:12
**offices** [1] - 9455:14
**OFFICIAL** [1] -
9393:10
**Official** [2] - 9538:5,
9538:14
**official** [1] - 9436:21
**OFFSHORE** [1] -
9392:8
**offshore** [10] -
9404:21, 9405:13,
9405:15, 9411:6,
9413:20, 9445:2,
9445:4, 9445:21,
9461:7, 9509:15
**Offshore** [1] -
9511:16
**often** [1] - 9469:2
**oh** [4] - 9419:20,
9451:7, 9498:22,
9498:25

**OIC** [2] - 9434:15, 9436:6

**OIL** [2] - 9388:4

**oil** [10] - 9404:9, 9404:10, 9404:15, 9406:10, 9406:11, 9414:21, 9426:11, 9451:25, 9511:3, 9517:16

**Oil** [1] - 9511:16

**oiled** [1] - 9395:7

**OIM** [16] - 9405:10, 9414:21, 9443:24, 9444:7, 9444:12, 9444:18, 9447:2, 9447:4, 9447:7, 9451:25, 9479:1, 9492:2, 9492:3, 9492:17, 9493:3, 9503:22

**OJT** [1] - 9501:23

**okay** [45] - 9396:15, 9396:18, 9398:18, 9399:12, 9400:10, 9400:20, 9408:11, 9412:22, 9423:18, 9424:25, 9441:24, 9453:16, 9454:8, 9456:13, 9456:20, 9460:9, 9463:4, 9464:24, 9465:9, 9465:18, 9466:1, 9466:11, 9476:15, 9481:12, 9488:10, 9496:9, 9503:22, 9507:19, 9522:4, 9523:15, 9523:19, 9529:25, 9530:12, 9530:16, 9530:17, 9530:19, 9530:20, 9531:3, 9531:15, 9533:11, 9533:22, 9533:23, 9534:11, 9535:2, 9537:15

**OLSON** [1] - 9392:16

**on** [242] - 9395:7, 9395:22, 9398:14, 9398:16, 9399:3, 9399:18, 9400:1, 9401:12, 9402:17, 9402:19, 9404:10, 9404:23, 9405:6, 9405:19, 9405:25, 9406:5, 9406:25, 9407:4, 9407:20, 9407:23, 9407:24, 9408:14, 9408:19, 9409:11, 9409:12, 9412:7, 9412:9, 9413:18, 9413:25,

9414:3, 9414:13, 9414:24, 9415:6, 9415:10, 9415:12, 9416:3, 9417:3, 9417:11, 9418:3, 9418:8, 9418:10, 9418:14, 9419:10, 9419:11, 9419:24, 9419:25, 9420:6, 9420:22, 9421:5, 9421:6, 9421:7, 9421:8, 9422:14, 9423:3, 9424:4, 9424:6, 9424:11, 9424:12, 9425:14, 9425:18, 9426:11, 9426:15, 9426:18, 9426:19, 9427:1, 9427:3, 9428:12, 9428:15, 9429:5, 9429:7, 9430:12, 9431:3, 9431:25, 9432:13, 9433:1, 9433:2, 9433:7, 9434:15, 9435:23, 9436:12, 9436:15, 9436:20, 9437:4, 9437:23, 9438:18, 9439:21, 9440:1, 9440:7, 9441:1, 9441:11, 9441:12, 9442:8, 9442:14, 9442:17, 9442:25, 9443:4, 9443:13, 9443:15, 9443:23, 9443:24, 9444:4, 9444:5, 9444:11, 9444:23, 9444:24, 9445:2, 9445:3, 9445:11, 9446:17, 9446:21, 9448:5, 9449:2, 9449:17, 9450:4, 9450:21, 9450:25, 9451:14, 9452:9, 9452:21, 9452:23, 9452:25, 9453:4, 9453:13, 9453:15, 9453:20, 9454:22, 9459:22, 9459:25, 9462:13, 9462:14, 9462:17, 9463:2, 9463:6, 9464:1, 9464:21, 9465:4, 9465:19, 9466:12, 9466:14, 9468:11, 9468:16, 9469:9, 9469:16, 9469:25, 9471:23, 9472:6, 9472:9, 9472:18, 9473:4, 9473:9, 9474:1,

9474:22, 9475:7, 9475:21, 9475:24, 9475:25, 9476:2, 9477:2, 9477:3, 9478:5, 9478:9, 9479:1, 9479:11, 9479:14, 9480:17, 9482:14, 9485:19, 9485:20, 9486:20, 9488:19, 9492:3, 9493:6, 9494:20, 9497:8, 9497:17, 9498:16, 9501:5, 9501:16, 9501:19, 9501:23, 9502:22, 9503:9, 9503:13, 9503:21, 9504:5, 9504:19, 9505:3, 9505:13, 9509:2, 9509:11, 9509:23, 9510:1, 9510:7, 9510:14, 9510:15, 9511:3, 9511:16, 9512:15, 9512:18, 9513:2, 9513:16, 9514:22, 9515:16, 9515:20, 9517:14, 9517:22, 9518:6, 9518:22, 9519:11, 9519:15, 9519:18, 9520:3, 9520:8, 9520:19, 9524:3, 9524:5, 9525:3, 9525:5, 9525:10, 9525:20, 9526:3, 9526:9, 9526:11, 9526:20, 9526:25, 9527:2, 9527:20, 9529:24, 9530:14, 9532:15, 9532:16, 9534:11, 9534:12, 9536:7, 9536:13

**ON** [1] - 9388:5

**on-the-job** [3] - 9501:16, 9501:19, 9501:23

**onboard** [5] - 9429:2, 9456:12, 9460:6, 9461:3, 9461:14

**once** [2] - 9449:10, 9457:8

**One** [3] - 9532:18, 9535:3

**ONE** [1] - 9391:22

**one** [68] - 9395:10, 9395:17, 9395:22, 9396:6, 9399:14, 9400:2, 9402:9, 9404:16, 9404:23,

9409:8, 9415:12, 9416:10, 9418:6, 9421:10, 9421:25, 9427:10, 9427:16, 9427:19, 9427:22, 9431:1, 9437:20, 9438:12, 9441:7, 9441:13, 9441:14, 9447:10, 9453:10, 9455:7, 9457:6, 9457:11, 9457:12, 9457:14, 9457:23, 9457:24, 9459:10, 9463:5, 9465:1, 9467:25, 9470:14, 9478:24, 9479:4, 9480:2, 9485:8, 9488:16, 9493:2, 9493:3, 9494:18, 9494:21, 9499:1, 9500:3, 9501:24, 9502:7, 9503:21, 9505:17, 9509:17, 9515:9, 9517:16, 9519:8, 9519:25, 9520:9, 9522:14, 9528:5, 9530:6

**ones** [1] - 9453:10

**ongoing** [4] - 9431:17, 9433:7, 9468:1, 9516:12

**only** [15] - 9420:25, 9422:2, 9423:5, 9431:14, 9445:4, 9445:6, 9453:12, 9479:15, 9494:10, 9503:20, 9504:2, 9511:15, 9514:22, 9527:20, 9529:5

**onto** [2] - 9418:1, 9514:2

**open** [8] - 9424:9, 9468:12, 9470:6, 9475:16, 9531:3, 9533:10, 9534:3, 9534:14

**OPEN** [3] - 9395:5, 9452:15, 9523:22

**open-ended** [1] - 9531:3

**opened** [9] - 9424:2, 9425:17, 9504:2, 9512:18, 9513:6, 9513:10, 9514:16, 9518:5, 9525:25

**opening** [4] - 9512:24, 9513:3, 9526:10, 9536:2

**operate** [7] - 9427:12, 9432:19,

9433:12, 9450:25, 9451:13, 9451:14, 9500:4

**operated** [4] - 9433:11, 9443:22, 9481:3, 9496:4

**operating** [7] - 9406:1, 9450:22, 9451:2, 9461:15, 9497:12, 9499:14, 9499:21

**Operation** [1] - 9483:6

**operation** [8] - 9419:14, 9421:16, 9422:12, 9433:6, 9456:11, 9457:15, 9516:11, 9528:15

**operations** [9] - 9421:19, 9422:8, 9434:12, 9449:25, 9450:3, 9486:14, 9487:25, 9499:16, 9499:23

**operator** [6] - 9427:3, 9450:22, 9451:13, 9470:4, 9490:1

**operator-operating** [1] - 9450:22

**operators** [2] - 9486:21, 9501:24

**opine** [1] - 9456:24

**opinion** [30] - 9414:7, 9418:3, 9433:16, 9435:14, 9437:19, 9443:3, 9443:6, 9443:7, 9443:11, 9453:14, 9462:14, 9463:19, 9466:3, 9472:17, 9480:21, 9481:7, 9488:16, 9491:19, 9493:18, 9497:3, 9497:15, 9515:8, 9517:13, 9517:16, 9517:24, 9518:3, 9518:5, 9518:7, 9519:8, 9522:19

**opinions** [8] - 9412:10, 9412:12, 9413:17, 9416:19, 9442:18, 9465:1, 9479:10, 9515:20

**opportunity** [7] - 9396:22, 9418:12, 9453:23, 9478:14, 9509:20, 9525:21, 9537:10

**option** [3] - 9432:18,

9432:21, 9433:4
**options** [1] - 9472:14
**or** [116] - 9395:13, 9395:21, 9396:2, 9397:17, 9398:3, 9402:16, 9402:24, 9408:4, 9412:12, 9414:7, 9414:25, 9416:3, 9417:10, 9418:6, 9420:2, 9423:25, 9424:16, 9425:17, 9425:19, 9433:24, 9433:25, 9436:14, 9437:8, 9438:19, 9442:7, 9442:21, 9443:3, 9443:4, 9443:15, 9447:11, 9449:9, 9449:25, 9454:22, 9455:7, 9455:18, 9455:22, 9456:16, 9457:1, 9457:4, 9457:16, 9458:3, 9458:19, 9458:25, 9459:12, 9462:1, 9463:18, 9463:20, 9464:15, 9465:4, 9465:11, 9465:19, 9467:3, 9467:17, 9470:10, 9470:24, 9471:11, 9473:17, 9478:23, 9478:24, 9479:10, 9484:25, 9485:14, 9488:2, 9488:16, 9488:22, 9489:1, 9489:19, 9489:25, 9490:2, 9490:18, 9491:1, 9491:3, 9494:21, 9505:5, 9505:19, 9506:7, 9510:3, 9510:7, 9510:8, 9510:12, 9510:24, 9511:19, 9512:23, 9513:2, 9513:6, 9513:14, 9515:12, 9516:3, 9517:13, 9517:16, 9518:4, 9518:9, 9519:8, 9520:5, 9520:8, 9520:9, 9522:1, 9522:10, 9523:18, 9526:24, 9527:20, 9528:14, 9528:15, 9529:18, 9530:6, 9534:6, 9535:7, 9535:19, 9535:21, 9536:6, 9536:18
**oral** [2] - 9498:8, 9498:20
**order** [4] - 9412:7,

9509:14, 9521:25, 9535:20
**Order** [1] - 9412:7
**orders** [2] - 9466:17, 9521:21
**organization** [7] - 9436:13, 9457:1, 9457:5, 9462:2, 9463:20, 9494:14, 9528:2
**Organization** [6] - 9406:22, 9410:2, 9414:5, 9456:1, 9459:18, 9476:8
**organizations** [3] - 9409:24, 9410:9, 9457:11
**original** [3] - 9409:9, 9457:10, 9536:2
**ORLEANS** [9] - 9388:8, 9389:7, 9389:13, 9389:18, 9390:8, 9391:18, 9391:23, 9392:12, 9393:11
**other** [35] - 9395:22, 9407:22, 9412:11, 9414:10, 9418:7, 9419:1, 9420:22, 9424:13, 9432:1, 9432:20, 9454:1, 9460:4, 9462:4, 9478:24, 9481:5, 9482:6, 9486:21, 9488:16, 9489:15, 9496:7, 9501:18, 9502:17, 9503:2, 9505:19, 9509:16, 9509:18, 9515:7, 9517:17, 9519:7, 9519:8, 9520:9, 9528:14, 9532:4, 9536:15
**others** [6] - 9464:6, 9472:1, 9485:21, 9487:1, 9498:17, 9530:6
**our** [25] - 9395:7, 9395:20, 9400:4, 9400:6, 9412:1, 9412:18, 9435:20, 9447:15, 9450:23, 9450:24, 9450:25, 9451:11, 9451:16, 9462:24, 9463:1, 9463:2, 9463:15, 9530:2, 9532:2, 9532:3, 9532:5, 9532:7, 9532:17
**ours** [2] - 9395:14,

9397:23
**out** [60] - 9395:19, 9404:1, 9407:9, 9409:3, 9409:10, 9410:18, 9413:6, 9413:23, 9415:13, 9415:21, 9416:23, 9418:8, 9421:3, 9422:11, 9427:6, 9427:15, 9429:7, 9430:13, 9431:1, 9433:10, 9434:17, 9435:6, 9435:7, 9435:11, 9438:13, 9439:11, 9439:21, 9441:11, 9442:21, 9443:1, 9444:16, 9444:24, 9445:22, 9455:2, 9459:5, 9466:18, 9468:3, 9468:7, 9468:12, 9470:6, 9471:10, 9471:22, 9478:17, 9478:21, 9485:19, 9488:5, 9491:1, 9491:12, 9495:13, 9504:18, 9516:16, 9524:7, 9525:1, 9525:6, 9528:13, 9529:8, 9531:13, 9533:8
**out-of-service** [1] - 9491:12
**outline** [1] - 9406:23
**outlined** [1] - 9416:11
**outside** [3] - 9431:4, 9431:18, 9499:25
**outstanding** [2] - 9465:7, 9484:25
**over** [17] - 9397:22, 9398:10, 9403:22, 9416:2, 9416:10, 9421:12, 9421:19, 9424:9, 9435:22, 9444:22, 9446:20, 9449:1, 9450:3, 9452:19, 9467:4, 9531:8, 9535:19
**overall** [3] - 9461:8, 9461:12, 9461:13
**overcame** [1] - 9514:1
**overdue** [2] - 9466:14, 9466:22
**overflowed** [1] - 9514:2
**overriding** [11] - 9419:12, 9420:22, 9442:25, 9443:20,

9444:1, 9471:24, 9515:6, 9517:18, 9517:21, 9527:9
**overrule** [1] - 9526:17
**overruled** [5] - 9431:12, 9433:17, 9461:19, 9467:9, 9525:17
**overview** [3] - 9413:16, 9469:22, 9535:18
**overwhelmed** [1] - 9429:25
**overwhelming** [1] - 9466:15
**own** [13] - 9406:4, 9409:19, 9468:25, 9488:1, 9488:3, 9497:8, 9514:20, 9515:2, 9515:12, 9519:5, 9527:15, 9527:21, 9528:15
**owner** [6] - 9449:12, 9474:14, 9474:15, 9482:6, 9490:2, 9529:2
**owning** [1] - 9528:19

# P

**P** [3] - 9389:3, 9389:19, 9531:22
**P-35** [1] - 9462:17
**P-R-E-S-T-I-D-G-E** [1] - 9531:22
**P.M** [4] - 9417:7, 9513:25, 9514:5
**P.O** [1] - 9390:18
**package** [1] - 9433:20
**page** [26] - 9401:19, 9408:25, 9411:19, 9415:21, 9415:24, 9427:15, 9434:6, 9436:1, 9439:13, 9444:22, 9445:12, 9445:15, 9446:17, 9446:20, 9460:18, 9462:17, 9463:6, 9480:5, 9480:10, 9492:24, 9497:8, 9498:1, 9511:13, 9513:20, 9535:25, 9536:14
**PAGE/LINE** [1] - 9394:3
**pages** [3] - 9417:12, 9430:12, 9536:2

**PALMINTIER** [1] - 9390:1
**PAN** [1] - 9389:12
**panel** [5] - 9419:4, 9419:22, 9420:3, 9420:7, 9504:2
**panels** [1] - 9420:3
**paper** [2] - 9474:1, 9477:3
**paperwork** [1] - 9477:17
**Paragraph** [3] - 9413:1, 9476:2, 9495:12
**paragraph** [10] - 9412:8, 9434:18, 9442:2, 9462:20, 9463:6, 9466:11, 9480:10, 9480:19, 9514:4, 9528:23
**paragraphs** [4] - 9412:15, 9513:24, 9528:10
**Paragraphs** [1] - 9412:3
**pardon** [2] - 9484:13, 9500:10
**Paris** [1] - 9411:2
**part** [34] - 9405:12, 9413:6, 9415:18, 9426:18, 9427:6, 9429:3, 9429:5, 9429:6, 9438:5, 9438:18, 9438:19, 9449:20, 9462:4, 9466:8, 9480:16, 9480:19, 9480:21, 9484:23, 9487:20, 9487:24, 9491:19, 9494:2, 9494:7, 9494:10, 9496:10, 9497:15, 9499:12, 9499:16, 9508:17, 9521:21, 9521:23, 9529:4, 9530:4, 9532:7
**partial** [1] - 9532:16
**particular** [16] - 9407:18, 9414:13, 9418:22, 9422:13, 9432:25, 9438:16, 9445:6, 9474:23, 9475:12, 9488:19, 9488:20, 9501:14, 9502:25, 9503:25, 9505:17, 9536:17
**particularly** [3] - 9452:22, 9476:4, 9536:7
**parties** [10] -

9398:15, 9412:11, 9530:21, 9530:23, 9532:4, 9533:15, 9535:7, 9535:11, 9535:16, 9536:1
**party** [1] - 9412:9
**pass** [4] - 9490:10, 9490:11, 9490:18, 9490:20
**passage** [3] - 9427:23, 9427:24
**passed** [4] - 9425:16, 9425:17, 9425:18, 9425:20
**passenger** [1] - 9411:6
**passing** [1] - 9423:8
**Patrick** [1] - 9532:10
**Patton's** [1] - 9397:12
**PAUL** [1] - 9389:11
**peers** [1] - 9495:14
**pending** [2] - 9412:13, 9537:16
**PENNSYLVANIA** [1] - 9392:2
**people** [18] - 9398:17, 9399:8, 9403:23, 9421:4, 9421:21, 9424:14, 9438:23, 9450:24, 9451:11, 9457:16, 9459:4, 9459:21, 9471:20, 9498:9, 9518:22, 9519:7, 9522:6, 9531:8
**percent** [3] - 9408:22, 9410:4, 9525:12
**perform** [1] - 9430:16
**performance** [4] - 9435:10, 9463:1, 9463:11, 9485:22
**performed** [2] - 9503:5, 9505:6
**performing** [1] - 9450:5
**perhaps** [3] - 9397:24, 9427:22, 9513:16
**period** [13] - 9402:14, 9421:12, 9424:16, 9428:6, 9437:24, 9449:14, 9467:4, 9491:12, 9503:6, 9525:4, 9525:8, 9525:10, 9535:23
**perkin** [1] - 9399:16
**Perkin** [1] - 9399:21
**permission** [2] - 9427:11, 9527:3
**permit** [1] - 9445:23
**person** [17] - 9421:14, 9432:9, 9435:1, 9436:11, 9455:18, 9455:23, 9455:24, 9456:10, 9457:6, 9457:9, 9457:22, 9459:17, 9459:22, 9500:24, 9503:22, 9522:11, 9528:14
**personally** [2] - 9478:22, 9488:6
**personnel** [10] - 9435:12, 9435:14, 9435:15, 9436:15, 9450:1, 9455:14, 9498:18, 9499:15, 9499:22, 9501:5
**persons** [5] - 9457:7, 9457:13, 9460:3, 9461:14, 9532:12
**perspective** [5] - 9433:1, 9479:19, 9485:22, 9515:10, 9537:13
**pertaining** [4] - 9501:6, 9501:16, 9501:17, 9501:25
**Peter** [1] - 9531:19
**PETITION** [1] - 9388:12
**Petrofac** [1] - 9502:12
**Petrofac's** [1] - 9502:5
**Phase** [5] - 9532:18, 9535:3, 9537:9, 9537:16
**phase** [4] - 9535:5, 9535:6, 9537:12
**Philadelphia** [1] - 9411:1
**phone** [6] - 9399:8, 9427:23, 9428:5, 9428:6, 9428:7, 9428:8
**photo** [1] - 9419:2
**photograph** [1] - 9419:3
**phrase** [2] - 9461:7, 9461:11
**physically** [2] - 9399:15, 9399:17
**pick** [1] - 9406:24
**picture** [5] - 9404:5, 9418:24, 9446:6, 9446:21, 9460:14
**pieces** [1] - 9454:9
**pinpointed** [1] - 9536:17
**pipe** [3] - 9433:8, 9516:12, 9516:14
**place** [8] - 9437:8, 9450:4, 9468:5, 9500:5, 9514:9, 9519:25, 9522:20, 9527:22
**placed** [3] - 9409:12, 9440:1, 9475:21
**plaintiff** [2] - 9532:24, 9536:7
**plaintiff's** [1] - 9536:13
**PLAINTIFFS** [1] - 9389:3
**plaintiffs** [3] - 9532:16, 9536:8
**Plaintiffs'** [2] - 9453:20, 9532:24
**plan** [9] - 9412:16, 9412:17, 9494:15, 9494:23, 9498:3, 9510:4, 9510:8, 9535:6, 9535:9
**planned** [1] - 9416:6
**planning** [1] - 9463:16
**plants** [1] - 9500:5
**platform** [9] - 9405:7, 9405:8, 9422:22, 9422:23, 9422:24, 9423:1, 9517:22, 9519:3, 9519:4
**platforms** [1] - 9414:24
**play** [4] - 9400:2, 9400:3, 9400:13, 9414:15
**played** [8] - 9397:3, 9397:8, 9397:11, 9429:4, 9429:5, 9429:6, 9429:8, 9441:17
**PLAYED** [3] - 9400:12, 9400:23, 9441:19
**PLC** [1] - 9391:21
**Pleasant** [3] - 9428:15, 9519:19
**pleasant** [3] - 9520:3, 9520:7, 9520:12
**please** [19] - 9401:16, 9404:5, 9424:24, 9431:8, 9435:11, 9438:10, 9449:10, 9452:16, 9460:10, 9462:21, 9463:6, 9463:10, 9470:17, 9476:2, 9480:3, 9523:23, 9534:21
**pleasure** [1] - 9453:23
**plenty** [1] - 9537:9
**plus** [1] - 9536:3
**point** [27] - 9414:13, 9417:21, 9418:11, 9419:7, 9419:17, 9424:22, 9431:2, 9431:4, 9431:20, 9433:2, 9433:11, 9433:18, 9438:10, 9462:20, 9464:5, 9465:25, 9472:6, 9476:9, 9479:15, 9500:16, 9507:18, 9510:10, 9510:25, 9513:8, 9527:8, 9530:24, 9532:17
**pointer** [1] - 9419:22
**points** [5] - 9420:12, 9420:15, 9420:16, 9432:23, 9532:21
**policies** [2] - 9451:3, 9451:15
**policy** [5] - 9448:22, 9457:2, 9462:2, 9463:21, 9527:15
**Pollution** [1] - 9483:6
**pollution** [3] - 9443:2, 9494:9, 9508:22
**port** [4] - 9419:25, 9424:2, 9425:18, 9475:16
**portion** [4] - 9412:1, 9435:11, 9440:19, 9441:16
**portions** [3] - 9412:10, 9532:2, 9532:3
**position** [22] - 9403:14, 9427:1, 9428:15, 9436:12, 9454:19, 9455:24, 9457:9, 9459:17, 9459:22, 9459:23, 9459:25, 9474:7, 9477:3, 9477:7, 9477:18, 9487:13, 9493:2, 9493:3, 9508:4, 9508:14, 9532:17, 9536:11
**positioned** [10] - 9413:21, 9413:22, 9446:23, 9473:18, 9473:21, 9479:1, 9479:5, 9479:6, 9496:1, 9497:9
**positioning** [3] - 9473:17, 9501:16, 9501:17
**possess** [2] - 9403:2, 9528:1
**possessed** [1] - 9447:1
**possibilities** [1] - 9466:4
**possibility** [2] - 9465:22, 9466:3
**possibly** [4] - 9416:3, 9459:23, 9471:20, 9513:14
**POST** [3] - 9389:4, 9390:23, 9391:14
**post** [4] - 9514:1, 9532:18, 9532:19, 9535:22
**post-trial** [1] - 9535:22
**potential** [2] - 9462:24, 9471:20
**poured** [1] - 9475:17
**power** [4] - 9418:8, 9418:9, 9425:14, 9432:16
**POYDRAS** [4] - 9389:12, 9391:23, 9392:11, 9393:10
**practice** [3] - 9450:12, 9450:20, 9452:6
**precisely** [1] - 9396:1
**preference** [1] - 9450:23
**preparation** [2] - 9407:10, 9415:18
**prepare** [3] - 9401:21, 9408:19, 9448:23
**prepared** [3] - 9416:18, 9420:12, 9435:4
**prepares** [1] - 9421:21
**present** [4] - 9410:17, 9510:14, 9531:16, 9535:6
**presentation** [1] - 9530:2
**presented** [2] - 9440:16, 9536:9

**preserve** [2] - 9444:3, 9532:17
**preserved** [1] - 9534:14
**Presidential** [1] - 9511:2
**press** [2] - 9479:22, 9519:6
**pressure** [2] - 9423:6, 9433:24
**Prestidge** [1] - 9531:21
**presumably** [2] - 9428:6, 9478:20
**Pretrial** [1] - 9412:7
**pretty** [3] - 9412:8, 9452:21, 9474:25
**preventer** [1] - 9419:3
**prevention** [1] - 9443:1
**Prevention** [1] - 9483:6
**previously** [6] - 9433:3, 9488:5, 9531:23, 9531:24, 9532:9, 9532:14
**primary** [2] - 9449:24, 9457:23
**prime** [1] - 9491:1
**principal** [8] - 9406:19, 9406:20, 9407:8, 9407:15, 9407:16, 9409:23, 9452:2
**principle** [2] - 9469:9, 9469:13
**principles** [1] - 9469:10
**printout** [1] - 9436:2
**prior** [12] - 9412:11, 9474:12, 9477:17, 9489:1, 9492:17, 9493:17, 9499:15, 9499:22, 9500:5, 9512:23, 9513:3, 9527:6
**priority** [1] - 9450:4
**private** [1] - 9536:8
**probably** [8] - 9398:11, 9400:3, 9459:22, 9468:1, 9507:7, 9523:10, 9535:20, 9535:24
**problem** [8] - 9399:1, 9456:4, 9457:9, 9459:9, 9467:1, 9468:17, 9468:18, 9468:21
**problems** [3] -

9466:16, 9466:17, 9468:1
**procedure** [1] - 9439:19
**procedures** [17] - 9408:20, 9409:14, 9439:19, 9448:23, 9451:3, 9451:16, 9466:19, 9467:13, 9482:14, 9494:8, 9502:18, 9508:17, 9508:21, 9508:25, 9509:1, 9509:2, 9515:7
**proceed** [1] - 9413:5
**PROCEEDINGS** [4] - 9388:20, 9393:13, 9395:1, 9537:18
**proceedings** [1] - 9538:9
**process** [15] - 9403:21, 9421:9, 9467:22, 9468:23, 9485:25, 9486:13, 9508:17, 9509:17, 9509:18, 9528:4, 9528:24, 9528:25, 9530:4, 9534:3
**PRODUCED** [1] - 9393:14
**produced** [1] - 9445:8
**production** [3] - 9405:7, 9405:9, 9414:24
**PRODUCTION** [3] - 9388:15, 9391:20, 9391:21
**Production** [1] - 9404:21
**productive** [1] - 9522:2
**professional** [1] - 9408:6
**professionalism** [1] - 9536:23
**professor** [1] - 9470:24
**profile** [4] - 9436:8, 9436:18, 9436:23, 9437:15
**program** [5] - 9405:12, 9498:3, 9507:9, 9507:25, 9508:9
**progress** [1] - 9403:24
**projected** [1] - 9537:2
**promoted** [1] -

9402:7, 9402:14, 9402:15, 9402:25, 9403:13, 9436:25
**promotion** [3] - 9421:12, 9437:7, 9507:18
**promptly** [1] - 9515:16
**pronounced** [1] - 9427:1
**propelled** [8] - 9413:20, 9413:22, 9445:24, 9446:13, 9446:18, 9446:22, 9473:21, 9487:7
**proper** [2] - 9450:1, 9516:7
**properly** [1] - 9477:9
**propose** [3] - 9411:25, 9412:2, 9453:6
**proposed** [2] - 9535:22, 9536:3
**Proposed** [2] - 9536:15, 9536:17
**protect** [4] - 9414:19, 9419:13, 9432:19, 9450:1
**protection** [1] - 9448:22
**provide** [5] - 9396:8, 9421:4, 9447:16, 9456:11, 9466:5
**provides** [2] - 9421:13, 9438:19
**provision** [2] - 9447:19, 9450:8
**provisions** [1] - 9409:5
**proxy** [1] - 9462:8
**PSC** [4] - 9399:14, 9412:5, 9531:25, 9532:10
**published** [2] - 9459:18, 9509:22
**pull** [2] - 9409:10, 9428:23, 9431:8, 9440:23, 9441:15, 9443:10, 9455:6, 9455:7, 9475:3, 9482:21, 9483:13, 9492:13, 9492:23, 9498:1, 9498:13, 9499:19, 9503:15, 9505:11, 9508:7, 9509:10, 9511:22, 9513:23
**pulled** [6] - 9427:15, 9431:1, 9431:4, 9435:11, 9439:21,

9444:24
**pulled-out** [1] - 9435:11
**purely** [2] - 9413:18, 9465:25
**purpose** [3] - 9438:22, 9458:10, 9533:10
**purposes** [2] - 9440:1, 9533:4
**push** [1] - 9420:7
**pushed** [1] - 9514:15
**put** [48] - 9401:16, 9401:21, 9418:24, 9422:21, 9425:2, 9429:5, 9429:6, 9430:12, 9431:3, 9431:25, 9455:10, 9459:21, 9459:23, 9460:10, 9470:10, 9472:6, 9477:25, 9480:2, 9480:8, 9482:13, 9483:1, 9483:24, 9484:15, 9484:21, 9486:6, 9486:11, 9486:24, 9491:15, 9494:4, 9495:10, 9495:20, 9496:10, 9499:19, 9500:9, 9501:4, 9501:5, 9501:22, 9501:25, 9502:22, 9508:19, 9509:13, 9510:17, 9515:14, 9520:16, 9521:5, 9525:3, 9529:24
**puts** [1] - 9412:8
**putting** [1] - 9477:17

# Q

**qualification** [1] - 9403:9
**qualifications** [3] - 9403:25, 9436:24, 9477:17
**Qualifications** [1] - 9487:4
**qualified** [7] - 9464:7, 9473:8, 9474:2, 9477:6, 9477:9, 9487:16, 9488:17
**qualify** [2] - 9465:23, 9485:12
**quality** [1] - 9536:23
**quandary** [1] - 9534:4
**question** [36] -

9395:25, 9423:16, 9456:21, 9459:17, 9460:18, 9463:4, 9465:19, 9471:18, 9472:24, 9474:12, 9479:16, 9488:24, 9489:21, 9489:22, 9490:15, 9491:5, 9491:6, 9494:7, 9495:1, 9497:3, 9500:18, 9500:22, 9508:20, 9510:13, 9512:9, 9513:9, 9514:21, 9514:22, 9514:24, 9515:3, 9515:9, 9518:8, 9518:13
**QUESTION** [33] - 9429:10, 9429:14, 9429:17, 9429:19, 9429:22, 9429:24, 9430:1, 9430:4, 9430:16, 9430:22, 9430:25, 9441:21, 9441:24, 9442:7, 9442:23, 9443:3, 9443:7, 9450:20, 9451:4, 9451:8, 9492:16, 9493:1, 9493:8, 9498:2, 9498:15, 9498:20, 9498:23, 9499:1, 9499:4, 9499:6, 9499:8, 9503:17, 9506:14
**questioned** [1] - 9468:16
**questions** [16] - 9395:23, 9412:17, 9452:9, 9454:15, 9454:16, 9472:2, 9472:21, 9477:23, 9514:23, 9523:8, 9526:16, 9526:21, 9527:11, 9527:14, 9527:17, 9529:14
**quick** [2] - 9470:9, 9520:22
**quickly** [4] - 9412:23, 9421:18, 9462:7, 9524:20
**quite** [16] - 9409:8, 9421:17, 9427:25, 9431:20, 9437:21, 9444:10, 9444:19, 9456:9, 9456:17, 9459:10, 9461:9, 9487:3, 9494:12, 9506:24, 9516:10, 9520:5

**quorum** [1] - 9471:21
**quote** [7] - 9417:9, 9417:15, 9455:5, 9455:11, 9458:17, 9458:18, 9484:24

## R

**R** [12] - 9390:11, 9391:17, 9392:16, 9393:3, 9394:11, 9395:3, 9400:9, 9400:14, 9401:3, 9531:22
**RACHEL** [2] - 9390:17, 9392:14
**radio** [1] - 9424:16
**rained** [1] - 9512:15
**raining** [7] - 9423:4, 9424:3, 9424:4, 9424:12, 9519:4, 9526:11, 9526:20
**raise** [3] - 9401:2, 9468:1, 9536:21
**raised** [6] - 9466:12, 9468:15, 9534:4, 9534:14, 9534:16, 9536:5
**ram** [1] - 9515:16
**ramifications** [3] - 9457:1, 9462:2, 9463:21
**rams** [3] - 9433:1, 9479:22, 9516:23
**Randy** [5] - 9440:17, 9498:10, 9498:16, 9503:7
**range** [1] - 9531:13
**ranging** [1] - 9466:16
**rank** [6] - 9403:15, 9407:17, 9421:10, 9421:25, 9422:2, 9437:22
**ranks** [3] - 9403:20, 9403:24, 9422:10
**rapid** [3] - 9415:5, 9426:14, 9426:17
**rare** [1] - 9471:1
**rate** [2] - 9462:24, 9462:25
**rather** [2] - 9450:22, 9537:1
**RE** [2] - 9388:4, 9388:12
**reached** [2] - 9432:2, 9517:7
**reaching** [3] - 9428:9, 9434:1,

9511:11
**reacting** [2] - 9472:10, 9472:13
**reaction** [2] - 9431:9, 9436:17
**read** [64] - 9409:3, 9415:18, 9417:11, 9427:6, 9427:14, 9428:18, 9429:7, 9430:10, 9430:13, 9431:9, 9431:13, 9432:9, 9433:5, 9434:23, 9435:11, 9436:1, 9439:21, 9442:5, 9442:21, 9444:25, 9445:2, 9445:19, 9445:22, 9445:11, 9449:23, 9450:18, 9451:7, 9457:20, 9462:21, 9463:5, 9463:7, 9463:10, 9466:22, 9470:18, 9476:3, 9478:14, 9480:24, 9483:7, 9485:1, 9486:8, 9486:9, 9486:16, 9486:17, 9487:8, 9487:11, 9492:20, 9493:13, 9500:7, 9504:8, 9506:17, 9506:23, 9513:21, 9516:3, 9516:5, 9517:4, 9520:24, 9521:3, 9522:17, 9528:16, 9528:23, 9529:8, 9529:11
**reading** [3] - 9428:1, 9437:15, 9528:13
**reads** [3] - 9445:4, 9445:20, 9484:23
**READS** [1] - 9505:5
**ready** [1] - 9534:11
**real** [3] - 9396:7, 9464:16, 9470:9
**reality** [1] - 9477:6
**realization** [1] - 9423:23
**realize** [1] - 9413:25
**realized** [1] - 9408:15
**really** [8] - 9395:16, 9421:15, 9426:22, 9431:6, 9431:14, 9455:17, 9472:6, 9481:6
**reason** [4] - 9466:7, 9487:19, 9488:8, 9511:4
**reasonable** [6] -

9433:8, 9496:20, 9516:15, 9535:11, 9535:17, 9536:4
**reasons** [1] - 9438:12
**rebuttal** [4] - 9399:16, 9399:18, 9532:24, 9533:13
**recall** [20] - 9395:23, 9424:6, 9425:12, 9437:15, 9458:1, 9458:3, 9459:12, 9500:20, 9504:21, 9506:24, 9507:17, 9519:19, 9519:21, 9519:23, 9520:2, 9520:7, 9520:9, 9525:25, 9526:1, 9527:11
**receive** [1] - 9498:19
**received** [8] - 9427:20, 9436:9, 9485:21, 9498:16, 9501:13, 9501:15, 9504:19, 9508:5
**recess** [3] - 9452:12, 9523:18, 9537:16
**RECESS** [2] - 9452:14, 9523:21
**recipient** [1] - 9526:14
**reckless** [2] - 9474:25, 9475:1
**recognition** [1] - 9463:13
**recognize** [5] - 9408:25, 9434:18, 9435:7, 9475:5, 9528:10
**recognized** [3] - 9408:6, 9494:14, 9528:2
**recognizing** [1] - 9397:16
**Recommendation** [1] - 9409:9, 9409:19
**recommendations** [2] - 9408:20, 9478:17
**recommended** [1] - 9460:4
**reconcile** [2] - 9479:25, 9480:1
**reconfigured** [1] - 9518:6
**reconsider** [1] - 9464:22
**record** [23] - 9401:6, 9409:3, 9411:11, 9436:1, 9441:14, 9448:20, 9462:23,

9463:10, 9463:15, 9466:13, 9505:10, 9524:17, 9529:24, 9532:1, 9532:7, 9533:3, 9533:9, 9534:2, 9534:13, 9536:18, 9536:19, 9538:8
**recordable** [1] - 9462:24
**recorded** [6] - 9441:12, 9462:25, 9505:20, 9505:24, 9524:9, 9524:24
**RECORDED** [1] - 9393:13
**records** [7] - 9436:21, 9444:25, 9467:19, 9468:16, 9468:17, 9468:18, 9501:18
**recourse** [1] - 9472:1
**red** [4] - 9419:5, 9419:6, 9419:23, 9436:5
**redact** [3] - 9412:2, 9413:1, 9413:10
**redacted** [4] - 9412:3, 9412:20, 9413:7, 9464:10
**redactions** [2] - 9399:17, 9399:18
**REDIRECT** [1] - 9523:25
**redirect** [2] - 9523:10, 9524:3
**Redirect** [1] - 9394:23
**reduced** [2] - 9434:2, 9434:4
**redundant** [2] - 9464:12, 9464:15
**refer** [2] - 9454:5, 9456:9
**reference** [4] - 9417:12, 9444:9, 9505:13, 9511:24
**references** [1] - 9444:13
**referred** [2] - 9395:20, 9434:14
**referring** [2] - 9458:18, 9474:11
**refine** [1] - 9535:19
**reflected** [3] - 9487:21, 9497:8, 9509:11
**reflection** [1] - 9463:2
**reframe** [1] - 9501:10

**REGAN** [3] - 9392:5, 9396:11, 9396:15
**regard** [5] - 9450:14, 9450:19, 9464:13, 9495:17, 9532:18
**regarded** [1] - 9485:20
**regarding** [8] - 9399:21, 9450:9, 9454:1, 9463:18, 9475:11, 9476:19, 9521:21, 9532:5
**regardless** [1] - 9517:22
**regime** [1] - 9438:11
**Register** [16] - 9406:15, 9406:16, 9406:25, 9407:3, 9407:6, 9407:10, 9407:14, 9407:16, 9407:17, 9407:20, 9407:23, 9408:3, 9409:22, 9410:12, 9410:13, 9452:2
**regular** [3] - 9421:8, 9469:25, 9490:1
**regularly** [1] - 9471:9
**regulation** [2] - 9486:19, 9487:14
**regulations** [5] - 9414:5, 9450:2, 9471:25, 9486:15, 9490:13
**regulatory** [1] - 9502:12
**related** [1] - 9486:14
**RELATES** [1] - 9388:10
**relating** [2] - 9397:1, 9463:14
**relationship** [1] - 9455:21
**relevance** [2] - 9431:11, 9495:7
**relevant** [1] - 9467:14
**reliance** [1] - 9458:2
**relieve** [1] - 9528:14
**rely** [1] - 9396:1
**remain** [2] - 9461:8, 9484:25
**remained** [1] - 9404:20
**remaining** [5] - 9396:25, 9397:13, 9399:23, 9530:3, 9533:6
**remember** [6] - 9454:20, 9458:4, 9497:25, 9504:17,

9520:6, 9520:13
**remind** [1] - 9434:7
**reminder** [1] -
9448:12
**remove** [1] - 9529:2
**removed** [2] -
9433:21, 9433:25
**RENAISSANCE** [1] -
9393:4
**renamed** [1] -
9409:19
**rendering** [1] -
9493:17
**renew** [3] - 9464:20,
9473:12, 9516:24
**renewed** [1] -
9473:12
**repeat** [3] - 9435:18,
9441:9, 9488:24
**repeating** [1] -
9526:14
**repetition** [1] -
9467:17
**repetitive** [1] -
9519:9
**rephrase** [1] -
9423:16
**replayed** [1] -
9395:24
**reply** [1] - 9535:24
**report** [90] - 9399:16,
9399:18, 9401:17,
9411:15, 9411:19,
9411:22, 9411:25,
9412:1, 9412:3,
9412:4, 9412:6,
9412:16, 9412:20,
9413:6, 9415:19,
9417:10, 9417:13,
9417:17, 9418:16,
9440:3, 9440:5,
9453:15, 9454:1,
9454:6, 9454:9,
9455:11, 9456:24,
9458:3, 9460:22,
9461:25, 9462:5,
9462:8, 9462:9,
9463:8, 9463:23,
9464:4, 9464:10,
9465:1, 9466:8,
9466:11, 9467:7,
9470:10, 9470:16,
9470:17, 9475:5,
9478:10, 9479:10,
9480:1, 9480:5,
9480:10, 9480:13,
9481:6, 9490:4,
9490:14, 9490:23,
9494:10, 9494:11,
9495:16, 9496:4,

9496:9, 9499:24,
9500:1, 9510:22,
9510:24, 9510:25,
9511:2, 9511:3,
9511:7, 9511:13,
9511:19, 9511:20,
9511:22, 9512:14,
9513:13, 9513:21,
9513:25, 9514:11,
9515:19, 9515:22,
9517:4, 9523:2,
9524:13, 9525:3,
9526:13, 9526:15,
9526:17
**Report** [1] - 9511:16
**report's** [1] - 9417:24
**reported** [2] -
9441:1, 9529:11
**REPORTER** [1] -
9393:10
**Reporter** [2] -
9538:5, 9538:14
**REPORTER'S** [1] -
9538:3
**reporting** [1] -
9426:9
**reports** [14] -
9414:10, 9418:7,
9440:9, 9440:12,
9441:2, 9490:22,
9498:8, 9498:16,
9498:20, 9511:5,
9524:10, 9525:2,
9525:8, 9525:13
**represent** [2] -
9410:3, 9410:16,
9440:8, 9478:5
**representation** [1] -
9453:12
**representative** [1] -
9499:20
**represented** [2] -
9410:1, 9412:25
**representing** [2] -
9401:12, 9435:24
**Republic** [6] -
9444:19, 9444:20,
9445:8, 9446:24,
9489:19, 9490:5
**request** [1] - 9412:6
**Require** [1] -
9420:17
**require** [7] - 9415:1,
9426:18, 9442:23,
9448:21, 9461:10,
9482:5, 9536:6
**required** [17] -
9415:4, 9420:20,
9421:3, 9435:2,
9436:6, 9436:7,

9438:13, 9438:15,
9448:14, 9457:17,
9487:23, 9502:8,
9502:10, 9519:1,
9527:15, 9527:21,
9527:22
**requirement** [20] -
9426:20, 9435:18,
9438:16, 9458:23,
9459:4, 9467:12,
9467:16, 9474:8,
9488:20, 9489:23,
9489:25, 9494:12,
9494:13, 9494:16,
9495:4, 9505:25,
9524:5, 9524:8,
9524:10, 9524:12
**requirements** [15] -
9434:24, 9436:14,
9439:9, 9445:9,
9445:20, 9448:10,
9448:19, 9449:19,
9458:24, 9461:2,
9475:8, 9482:3,
9483:5, 9488:12,
9490:13, 9508:9
**Requires** [1] -
9420:14
**requires** [5] -
9421:11, 9422:11,
9449:12, 9450:9,
9487:7
**research** [1] - 9497:8
**researching** [1] -
9457:20
**reservation** [1] -
9533:4
**reserve** [1] - 9397:18
**reservoir** [1] - 9434:7
**resolution** [1] -
9406:23
**resolve** [2] -
9395:10, 9395:19
**resource** [1] -
9463:16
**RESOURCES** [1] -
9390:14
**respect** [6] -
9442:24, 9459:14,
9466:25, 9470:25,
9536:11, 9536:15
**respected** [1] -
9482:10
**respond** [1] -
9448:23
**response** [25] -
9395:25, 9415:2,
9415:4, 9426:12,
9426:14, 9426:17,
9432:2, 9439:5,

9439:8, 9439:17,
9471:2, 9472:14,
9490:9, 9494:15,
9494:23, 9500:22,
9502:3, 9509:6,
9510:4, 9510:5,
9510:15, 9524:6,
9527:19, 9527:20
**responsibilities** [18]
- 9402:18, 9403:25,
9421:13, 9421:20,
9443:20, 9454:4,
9455:2, 9456:8,
9457:1, 9459:24,
9462:1, 9462:16,
9463:20, 9499:12,
9500:3, 9517:21,
9517:22, 9528:16
**Responsibilities** [1]
- 9454:12
**responsibility** [20] -
9405:18, 9410:5,
9414:18, 9416:15,
9419:12, 9432:21,
9444:1, 9449:1,
9449:24, 9470:8,
9489:14, 9490:12,
9491:1, 9491:2,
9499:17, 9515:6,
9517:19, 9527:10,
9528:20, 9529:2
**responsible** [6] -
9410:2, 9447:17,
9455:13, 9461:8,
9461:13, 9478:16
**rest** [5] - 9412:9,
9412:20, 9412:21,
9413:12, 9530:2
**restrict** [1] - 9472:2
**rests** [2] - 9529:21,
9532:21
**result** [6] - 9434:2,
9443:23, 9443:25,
9469:10, 9475:19,
9497:5
**resulted** [1] - 9433:7
**results** [1] - 9436:19
**retaining** [1] - 9412:9
**retire** [1] - 9410:12
**retirement** [1] -
9410:14
**reurge** [1] - 9532:17
**reveal** [3] - 9432:5,
9432:8, 9524:25
**revealed** [1] -
9422:19
**reveals** [1] - 9432:9
**Revette** [2] -
9498:10, 9498:17
**review** [17] -

9396:22, 9397:21,
9397:23, 9426:10,
9426:24, 9428:23,
9434:11, 9435:4,
9439:5, 9440:19,
9462:8, 9469:4,
9469:15, 9469:20,
9494:21, 9499:25,
9515:21
**reviewed** [28] -
9414:10, 9415:21,
9416:21, 9417:16,
9425:24, 9426:5,
9426:23, 9432:1,
9437:18, 9438:16,
9439:2, 9444:5,
9449:4, 9449:7,
9450:14, 9469:15,
9469:18, 9494:1,
9495:16, 9499:23,
9500:12, 9501:12,
9502:1, 9508:16,
9509:7, 9525:7,
9525:8, 9525:13
**reviewing** [1] -
9458:1
**revised** [1] - 9452:25
**revoked** [2] -
9496:24, 9497:5
**RICHARD** [1] -
9392:20
**rider** [2] - 9516:10,
9516:11
**RIG** [1] - 9388:5
**rig** [39] - 9405:5,
9405:6, 9411:23,
9418:1, 9418:8,
9423:1, 9424:17,
9425:17, 9435:9,
9435:12, 9435:14,
9435:15, 9436:14,
9446:2, 9451:14,
9460:18, 9469:25,
9470:4, 9472:9,
9484:7, 9485:19,
9485:19, 9485:20,
9485:21, 9490:1,
9491:11, 9491:15,
9499:13, 9499:21,
9501:17, 9503:21,
9509:23, 9512:15,
9517:7, 9517:15,
9518:5, 9522:11,
9522:15
**right** [74] - 9399:10,
9400:15, 9401:2,
9409:11, 9411:13,
9413:13, 9414:1,
9416:10, 9417:5,
9420:3, 9421:23,

9429:12, 9429:14, 9429:19, 9430:1, 9434:8, 9435:22, 9435:23, 9440:7, 9441:21, 9445:1, 9445:3, 9446:20, 9446:21, 9452:11, 9452:16, 9453:16, 9458:17, 9459:1, 9463:17, 9464:7, 9466:6, 9474:19, 9475:25, 9477:22, 9477:24, 9480:17, 9480:24, 9481:21, 9482:3, 9485:23, 9487:25, 9488:13, 9489:24, 9490:6, 9490:10, 9491:21, 9492:16, 9493:19, 9496:5, 9496:14, 9496:18, 9503:5, 9503:18, 9506:11, 9512:3, 9512:19, 9512:22, 9512:24, 9515:10, 9516:10, 9517:10, 9517:20, 9517:23, 9518:15, 9520:13, 9523:23, 9524:21, 9529:15, 9530:9, 9532:20, 9532:23, 9533:2, 9535:2

**right-hand** [3] - 9409:11, 9416:10, 9434:8

**rigs** [15] - 9440:6, 9446:17, 9450:21, 9450:25, 9495:6, 9496:5, 9496:14, 9496:16, 9496:20, 9496:23, 9497:4, 9497:12, 9501:16, 9505:19, 9510:1

**ring** [2] - 9454:23, 9455:15

**rings** [1] - 9428:6

**rise** [3] - 9452:13, 9523:20, 9537:17

**riser** [3] - 9414:1, 9433:20, 9514:6

**rising** [1] - 9416:23

**risk** [1] - 9421:2

**Risk** [1] - 9415:17

**risks** [1] - 9416:8

**Rissington** [1] - 9401:24

**RMI** [1] - 9446:24

**RMR** [2] - 9393:10, 9538:13

**RMS** [2] - 9466:17,

9467:19

**RMS-II** [1] - 9466:17

**Robert** [4] - 9401:7, 9401:14, 9508:8, 9533:25

**ROBERT** [3] - 9389:9, 9392:1, 9401:8

**ROBERTS** [6] - 9392:13, 9523:16, 9533:25, 9534:9, 9534:12, 9534:19

**Roberts** [2] - 9533:12, 9533:23

**role** [4] - 9402:24, 9403:3, 9405:10, 9414:15

**roles** [1] - 9403:13

**ROOM** [2] - 9390:12, 9393:10

**room** [1] - 9419:25

**rotary** [2] - 9416:23, 9472:9

**ROUGE** [2] - 9390:3, 9391:15

**round** [1] - 9444:22

**routed** [1] - 9512:2

**ROY** [4] - 9389:3, 9389:3, 9533:1, 9533:3

**RPR** [1] - 9538:13

**Rule** [1] - 9464:13

**rule** [2] - 9534:11, 9534:12

**rules** [5] - 9409:18, 9450:2, 9452:20, 9482:2, 9527:21

**Rules** [1] - 9412:13

**ruling** [2] - 9396:3, 9412:13

**rulings** [1] - 9534:17

**run** [1] - 9415:12, 9504:24

**running** [1] - 9500:5

**RUSNAK** [1] - 9390:4

## S

**s** [1] - 9437:22

**S** [6] - 9389:19, 9395:3, 9400:14, 9531:22

**Safe** [1] - 9483:6

**safe** [6] - 9398:6, 9431:18, 9456:10, 9476:6, 9499:14, 9499:21

**safeguard** [3] - 9414:18, 9419:13,

9432:20

**Safety** [2] - 9408:17, 9458:20

**safety** [54] - 9401:24, 9405:16, 9405:18, 9405:19, 9405:22, 9405:24, 9406:10, 9406:12, 9411:10, 9435:13, 9443:1, 9444:10, 9447:15, 9447:17, 9448:10, 9448:15, 9448:18, 9448:21, 9448:22, 9449:2, 9449:17, 9449:25, 9450:2, 9450:4, 9450:10, 9450:24, 9450:25, 9451:12, 9451:16, 9455:3, 9455:12, 9455:13, 9461:13, 9462:23, 9463:1, 9463:15, 9466:13, 9466:19, 9475:8, 9483:4, 9483:16, 9484:2, 9484:6, 9485:21, 9486:3, 9497:21, 9497:24, 9498:2, 9499:4, 9506:1, 9510:15, 9527:23, 9528:1, 9529:6

**safety-critical** [2] - 9435:13, 9466:19

**said** [53] - 9395:12, 9395:24, 9399:8, 9409:14, 9424:13, 9424:14, 9425:9, 9425:13, 9426:14, 9427:9, 9427:16, 9427:17, 9428:21, 9428:22, 9429:10, 9430:2, 9430:25, 9431:3, 9432:17, 9432:23, 9433:3, 9433:5, 9433:6, 9433:25, 9450:19, 9451:17, 9453:4, 9464:4, 9470:15, 9470:24, 9471:14, 9472:4, 9476:24, 9488:5, 9490:14, 9497:20, 9500:7, 9503:17, 9503:22, 9504:17, 9507:17, 9507:22, 9509:7, 9512:14, 9519:4, 9521:2, 9521:7, 9521:14, 9526:25, 9533:16, 9535:3, 9535:4

**sailed** [1] - 9404:2

**sailer** [1] - 9471:12

**same** [11] - 9398:23, 9413:2, 9423:1, 9442:12, 9453:4, 9462:13, 9462:14, 9517:1, 9526:17, 9533:4, 9533:15

**sample** [1] - 9529:9

**samples** [2] - 9431:25, 9443:14

**sampling** [3] - 9426:23, 9528:24, 9528:25

**SAN** [1] - 9390:13

**sank** [1] - 9476:7

**satisfied** [3] - 9478:22, 9499:13, 9499:21

**save** [5] - 9414:18, 9419:13, 9432:19, 9444:3, 9527:10

**saved** [1] - 9522:6

**saw** [20] - 9422:16, 9423:2, 9423:4, 9424:3, 9424:13, 9424:14, 9460:7, 9462:9, 9501:18, 9505:10, 9512:6, 9512:10, 9512:19, 9512:20, 9512:22, 9512:23, 9513:3, 9514:16, 9516:8, 9520:23

**say** [33] - 9398:6, 9398:9, 9407:19, 9410:7, 9413:1, 9418:7, 9422:24, 9423:23, 9425:14, 9425:21, 9438:18, 9441:24, 9456:15, 9457:12, 9458:25, 9459:15, 9465:10, 9466:14, 9468:22, 9475:17, 9475:20, 9481:6, 9481:10, 9489:14, 9490:4, 9494:20, 9503:20, 9511:8, 9512:2, 9513:24, 9530:6, 9532:1

**saying** [7] - 9427:20, 9455:12, 9465:24, 9468:2, 9471:10, 9490:25

**says** [25] - 9417:4, 9427:12, 9435:12, 9441:25, 9454:12, 9470:5, 9487:6, 9488:1, 9488:12,

9494:23, 9505:2, 9505:3, 9505:9, 9508:6, 9508:15, 9509:16, 9510:11, 9512:16, 9513:23, 9513:25, 9514:4, 9522:2, 9522:3, 9526:15

**scenario** [4] - 9472:3, 9497:1, 9503:25, 9518:22

**scenarios** [3] - 9503:20, 9509:3, 9510:9

**scene** [1] - 9475:10

**School** [1] - 9405:14

**scope** [7] - 9463:23, 9466:4, 9500:1, 9515:19, 9515:21, 9522:24, 9525:6

**Scotland** [3] - 9404:21, 9405:1, 9405:14

**SCOTT** [1] - 9390:16

**screamed** [1] - 9471:8

**screen** [10] - 9429:6, 9429:7, 9430:12, 9431:25, 9439:21, 9440:8, 9444:23, 9494:20, 9505:3, 9525:4

**screw** [1] - 9465:9

**sea** [9] - 9402:1, 9402:2, 9403:9, 9403:17, 9404:18, 9413:23, 9471:10, 9475:8

**Sea** [4] - 9405:2, 9405:10, 9405:23, 9406:1

**sea-going** [1] - 9403:9

**seabed** [1] - 9414:1

**seagoing** [4] - 9403:23, 9405:13, 9436:24, 9487:24

**seat** [1] - 9401:5

**seated** [2] - 9452:16, 9523:23

**second** [16] - 9402:10, 9402:12, 9402:18, 9403:15, 9425:13, 9425:15, 9427:13, 9432:16, 9470:17, 9472:9, 9472:11, 9472:13, 9497:15, 9505:13, 9508:6, 9535:6

**seconds** [4] -

9420:9, 9441:18, 9517:7, 9517:10

**SECTION** [2] - 9390:15, 9391:1

**section** [10] - 9434:14, 9439:17, 9439:20, 9445:19, 9447:11, 9447:22, 9455:17, 9464:10, 9477:10, 9480:13

**Section** [27] - 9420:19, 9439:15, 9439:16, 9439:20, 9441:21, 9443:8, 9445:17, 9446:25, 9448:9, 9448:10, 9448:20, 9448:23, 9449:21, 9449:23, 9454:4, 9454:9, 9454:10, 9456:8, 9456:9, 9461:3, 9464:1, 9464:10, 9465:3, 9465:21, 9467:12, 9467:13

**see** [58] - 9396:5, 9407:23, 9409:11, 9409:16, 9409:21, 9410:12, 9413:12, 9415:16, 9417:12, 9419:16, 9420:3, 9424:4, 9424:12, 9431:6, 9432:20, 9434:20, 9435:9, 9435:19, 9435:23, 9436:15, 9439:12, 9441:4, 9441:24, 9444:23, 9446:3, 9446:20, 9446:21, 9449:21, 9454:12, 9459:5, 9459:11, 9462:11, 9462:12, 9464:15, 9466:8, 9480:11, 9481:3, 9483:3, 9487:4, 9487:5, 9493:8, 9493:11, 9494:11, 9501:6, 9502:2, 9505:13, 9507:25, 9508:9, 9512:3, 9514:2, 9514:7, 9514:19, 9515:1, 9515:15, 9515:16, 9525:4, 9525:6, 9536:12

**seeing** [2] - 9435:16, 9526:11

**seek** [1] - 9413:1

**seeking** [1] - 9474:2

**seeks** [1] - 9412:15

**seem** [2] - 9453:5,

9522:2

**seemed** [1] - 9537:13

**seems** [2] - 9536:3, 9536:8

**seen** [17] - 9415:24, 9417:14, 9429:19, 9430:1, 9440:23, 9453:10, 9457:12, 9460:15, 9465:23, 9478:19, 9501:14, 9503:3, 9505:16, 9505:17, 9505:23, 9513:14, 9522:2

**selective** [1] - 9469:12

**self** [10] - 9413:20, 9413:22, 9445:24, 9446:13, 9446:18, 9446:22, 9469:4, 9473:17, 9473:21, 9487:7

**self-audits** [1] - 9469:4

**self-positioning** [1] - 9473:17

**self-propelled** [7] - 9413:20, 9413:22, 9445:24, 9446:13, 9446:18, 9446:22, 9473:21

**semi** [2] - 9446:7, 9447:5

**semi-submersible** [2] - 9446:7, 9447:5

**senior** [10] - 9407:8, 9407:15, 9407:16, 9408:6, 9409:22, 9421:10, 9421:24, 9440:18, 9452:2, 9503:9

**sensible** [2] - 9467:24, 9487:9

**sensory** [1] - 9423:8

**sent** [2] - 9427:11, 9468:7

**sentence** [9] - 9428:1, 9428:3, 9428:5, 9434:23, 9439:21, 9442:1, 9442:5, 9470:18, 9529:8

**sentences** [3] - 9449:23, 9481:5, 9481:6

**separate** [1] - 9398:17

**separator** [3] - 9418:2, 9512:3, 9514:6

**September** [4] - 9478:18, 9486:9, 9491:10, 9535:6

**sequence** [1] - 9504:25

**series** [1] - 9395:23

**serious** [2] - 9472:10, 9472:14

**serve** [6] - 9402:4, 9402:12, 9445:11, 9447:2, 9447:4, 9447:7

**served** [3] - 9402:16, 9402:17, 9479:1

**Service** [1] - 9445:20

**service** [3] - 9445:23, 9491:12, 9491:15

**services** [1] - 9449:12

**SERVICES** [1] - 9393:1

**serving** [3] - 9414:20, 9422:1, 9438:1

**SESSION** [1] - 9388:19

**set** [5] - 9451:3, 9451:15, 9463:13, 9493:10, 9535:9

**setting** [1] - 9475:10

**settled** [1] - 9399:10

**several** [6] - 9396:19, 9416:11, 9422:2, 9457:7, 9471:25, 9511:10

**severed** [1] - 9433:25

**severity** [1] - 9462:25

**shaking** [3] - 9422:22, 9423:25, 9425:17

**shall** [7] - 9449:24, 9449:25, 9450:2, 9450:4, 9458:24, 9499:20, 9529:6

**Shanks** [3] - 9396:20, 9396:22, 9397:1

**SHARON** [1] - 9390:22

**SHAW** [1] - 9389:16

**shear** [1] - 9433:1

**Sheen** [1] - 9476:20

**Sheffield** [1] - 9411:3

**SHELL** [1] - 9391:22

**shell** [1] - 9405:16

**Shell** [11] - 9402:2, 9404:20, 9405:12, 9405:17, 9405:20,

9405:24, 9405:25, 9406:2, 9406:3

**shift** [1] - 9460:11

**ship** [55] - 9401:25, 9402:20, 9402:25, 9403:12, 9403:18, 9404:2, 9404:7, 9404:11, 9411:6, 9414:9, 9414:17, 9414:18, 9416:14, 9419:13, 9420:22, 9421:5, 9421:6, 9421:8, 9422:10, 9426:15, 9426:19, 9431:15, 9431:21, 9432:19, 9433:19, 9437:12, 9444:3, 9449:16, 9449:17, 9456:11, 9456:16, 9461:3, 9461:5, 9461:10, 9461:14, 9464:2, 9464:5, 9471:9, 9476:4, 9476:6, 9482:6, 9490:13, 9499:13, 9506:3, 9518:17, 9525:13, 9527:10, 9528:15, 9528:19, 9529:2, 9529:3

**Shipping** [3] - 9406:15, 9407:3, 9408:4

**shipping** [3] - 9407:1, 9437:9, 9438:11

**Ships** [1] - 9483:6

**ships** [14] - 9402:17, 9410:11, 9414:20, 9426:11, 9438:1, 9445:11, 9451:23, 9456:3, 9456:4, 9482:1, 9482:17, 9483:7, 9486:22, 9505:19

**shop** [1] - 9429:12

**shore** [2] - 9414:7, 9456:3

**shoreside** [1] - 9456:17

**short** [5] - 9396:7, 9429:3, 9442:20, 9447:10, 9523:13

**shorten** [1] - 9523:11

**shortened** [1] - 9415:17

**shorter** [1] - 9523:12

**shortly** [2] - 9411:4, 9521:24

**shot** [5] - 9417:9, 9417:14, 9418:3,

9432:15, 9511:25

**should** [26] - 9396:2, 9413:6, 9418:21, 9421:7, 9428:10, 9428:11, 9432:13, 9432:24, 9443:4, 9448:17, 9460:3, 9460:5, 9468:15, 9475:22, 9477:16, 9485:12, 9489:6, 9493:21, 9494:23, 9500:25, 9514:15, 9517:24, 9518:5, 9526:25, 9531:10, 9536:5

**shouldn't** [2] - 9395:25, 9469:11

**show** [9] - 9419:16, 9419:22, 9441:15, 9441:18, 9442:19, 9460:15, 9491:2, 9524:25, 9526:5

**showed** [5] - 9431:4, 9505:16, 9510:18, 9524:13, 9525:13

**shown** [5] - 9418:10, 9440:7, 9444:23, 9530:23, 9531:10

**shows** [4] - 9406:5, 9416:18, 9514:1, 9524:16

**Shushan** [5] - 9398:1, 9398:10, 9399:8, 9530:10, 9531:17

**Shut** [1] - 9515:15

**SHUTLER** [1] - 9390:22

**SIC** [1] - 9502:4

**side** [15] - 9418:10, 9418:15, 9419:25, 9425:18, 9435:20, 9435:22, 9435:23, 9440:2, 9440:7, 9441:4, 9446:17, 9446:20, 9446:21, 9536:7, 9536:13

**sight** [1] - 9514:22

**signal** [2] - 9427:9, 9427:10

**significant** [1] - 9428:8

**significantly** [1] - 9463:14

**similar** [1] - 9467:3

**similarly** [1] - 9422:7

**simple** [3] - 9422:21, 9497:3, 9515:9

**simplest** [1] - 9453:10

**simply** [3] - 9399:7, 9500:13, 9526:13

**Sims** [3] - 9520:19, 9520:21

**simulated** [1] - 9503:23

**simulation** [1] - 9423:13

**simultaneous** [1] - 9535:21

**since** [3] - 9473:12, 9513:12, 9536:8

**SINCLAIR** [13] - 9391:8, 9473:1, 9473:3, 9474:15, 9474:20, 9475:3, 9475:4, 9476:12, 9476:16, 9476:18, 9476:25, 9477:15, 9477:21

**Sinclair** [2] - 9394:19, 9473:4

**sinclair** [1] - 9474:10

**single** [2] - 9496:2, 9496:17

**sir** [107] - 9401:13, 9401:17, 9403:1, 9403:11, 9404:6, 9404:24, 9406:13, 9408:9, 9409:2, 9409:25, 9410:8, 9410:20, 9410:24, 9411:8, 9411:20, 9415:8, 9418:10, 9419:19, 9419:24, 9422:4, 9423:9, 9428:1, 9429:13, 9430:9, 9431:12, 9433:17, 9436:16, 9440:13, 9441:8, 9443:3, 9453:22, 9454:21, 9455:16, 9465:5, 9466:23, 9467:15, 9468:6, 9475:6, 9478:6, 9478:10, 9478:24, 9479:2, 9479:8, 9479:14, 9479:17, 9479:20, 9480:10, 9480:14, 9482:19, 9483:9, 9483:17, 9484:11, 9484:17, 9485:5, 9485:8, 9485:11, 9485:13, 9487:13, 9487:17, 9488:4, 9488:13, 9488:23, 9489:3, 9490:15, 9492:21, 9493:19, 9494:1, 9494:9, 9494:18,

9497:3, 9499:7, 9499:9, 9502:8, 9502:12, 9502:17, 9502:24, 9503:1, 9504:20, 9505:1, 9505:4, 9505:21, 9506:3, 9507:21, 9509:11, 9509:20, 9509:25, 9510:14, 9510:25, 9511:13, 9511:14, 9511:20, 9512:9, 9512:11, 9513:6, 9513:9, 9514:13, 9516:1, 9518:20, 9520:4, 9520:19, 9522:8, 9522:18, 9525:6, 9528:7, 9529:15, 9529:23, 9532:14

**sit** [7] - 9487:19, 9488:15, 9494:25, 9497:4, 9500:2, 9513:5, 9520:7

**site** [4] - 9498:9, 9498:20, 9499:14, 9499:21

**situation** [12] - 9428:12, 9431:22, 9431:23, 9432:11, 9432:17, 9433:4, 9514:7, 9514:12, 9515:5, 9518:11, 9518:24, 9521:9

**situation'** [1] - 9427:20

**situational** [1] - 9432:5

**situations** [2] - 9448:24, 9505:19

**six** [5] - 9402:16, 9402:24, 9418:17, 9464:17, 9466:14

**size** [4] - 9431:4, 9431:5, 9457:8, 9468:16

**skill** [1] - 9459:5

**slide** [13] - 9416:18, 9417:11, 9418:11, 9420:10, 9420:12, 9420:14, 9435:20, 9439:25, 9440:2, 9444:24, 9445:5, 9445:25, 9448:9

**SLIDELL** [1] - 9389:23

**slides** [1] - 9435:21

**slightly** [2] - 9404:16, 9536:10

**slowly** [1] - 9403:24

**small** [3] - 9412:1,

9530:22, 9531:9

**SMC** [2] - 9510:12

**Smith** [1] - 9531:20

**SMS** [1] - 9467:14

**snapshot** [1] - 9529:5

**so-called** [1] - 9453:8

**Societies** [4] - 9408:2, 9408:10, 9408:14, 9481:21

**societies** [9] - 9408:5, 9408:7, 9408:19, 9408:21, 9409:17, 9410:1, 9481:23, 9482:5, 9482:7

**society** [2] - 9408:3, 9488:11

**software** [1] - 9466:19

**solely** [1] - 9475:21

**some** [31] - 9395:9, 9395:12, 9398:3, 9412:17, 9415:1, 9424:16, 9424:22, 9425:4, 9426:10, 9428:6, 9432:23, 9436:17, 9444:13, 9444:23, 9453:8, 9454:1, 9457:19, 9457:21, 9460:12, 9469:10, 9482:14, 9501:5, 9511:11, 9519:18, 9521:18, 9530:24, 9531:9, 9535:8, 9536:6, 9536:11

**somebody** [5] - 9397:22, 9431:21, 9453:4, 9459:6, 9504:4

**someone** [5] - 9425:18, 9437:11, 9487:16, 9526:25, 9537:15

**something** [10] - 9398:9, 9423:23, 9468:15, 9470:15, 9522:7, 9522:9, 9531:12, 9531:13, 9533:23, 9537:11

**sometime** [1] - 9424:15

**sometimes** [2] - 9427:1, 9457:13

**somewhere** [1] - 9490:4

**sorry** [14] - 9402:12, 9422:25, 9428:2,

9430:20, 9446:14, 9448:17, 9451:7, 9456:13, 9456:19, 9489:9, 9514:14, 9516:13, 9518:13, 9523:7

**sort** [7] - 9415:1, 9421:25, 9422:19, 9424:16, 9475:24, 9480:14, 9523:10

**sorted** [1] - 9468:3

**sorts** [1] - 9474:22

**sound** [1] - 9476:6

**sounded** [1] - 9427:18

**sounds** [4] - 9399:10, 9466:7, 9535:11, 9536:4

**source** [4] - 9433:21, 9441:5, 9441:9, 9458:2

**sources** [2] - 9453:14, 9526:23

**SOUTH** [1] - 9392:18

**spaced** [2] - 9433:10, 9516:16

**speak** [2] - 9412:23, 9493:18

**specific** [7] - 9422:12, 9459:14, 9494:7, 9500:4, 9500:18, 9508:21, 9509:9

**specifically** [7] - 9399:6, 9415:15, 9448:16, 9455:25, 9464:10, 9483:21, 9483:24

**specified** [4] - 9449:14, 9448:23, 9502:7, 9503:6

**speed** [1] - 9455:10

**spell** [1] - 9401:6

**spelled** [1] - 9455:2

**spend** [1] - 9405:19

**spending** [1] - 9403:20

**spent** [3] - 9403:17, 9436:24, 9467:8

**SPILL** [1] - 9388:4

**spill** [1] - 9511:3

**Spill** [1] - 9511:16

**spillover** [1] - 9460:12

**SPIRO** [1] - 9391:2

**split** [1] - 9457:8

**spoken** [1] - 9493:15

**spot** [2] - 9470:17, 9475:25

**spread** [1] - 9446:12

**SQUARE** [1] - 9391:22

**squares** [2] - 9435:23, 9440:7

**stability** [1] - 9475:18

**stack** [2] - 9432:25, 9500:6

**stages** [1] - 9437:1

**staggering** [1] - 9476:22

**stamps** [2] - 9444:22, 9444:24

**stand** [6] - 9407:15, 9407:25, 9408:16, 9419:17, 9445:13, 9526:6

**standard** [9] - 9422:5, 9436:18, 9438:6, 9450:12, 9451:15, 9452:6, 9488:2, 9493:2

**Standard** [1] - 9409:16

**standards** [6] - 9422:8, 9436:15, 9462:25, 9488:4, 9488:12, 9488:17

**standing** [3] - 9396:17, 9420:2, 9424:8

**standpoint** [2] - 9419:9, 9493:9

**start** [6] - 9406:4, 9454:3, 9457:8, 9464:17, 9478:7, 9481:13

**started** [5] - 9406:18, 9406:19, 9436:23, 9507:8, 9507:15

**starting** [6] - 9398:22, 9401:24, 9406:20, 9418:11, 9423:12, 9537:5

**starts** [1] - 9452:18

**state** [12] - 9401:5, 9429:3, 9444:20, 9448:20, 9466:11, 9480:21, 9481:1, 9482:2, 9494:12, 9495:12, 9502:10, 9508:25

**STATE** [3] - 9391:6, 9391:10, 9391:12

**stated** [5] - 9414:6, 9417:13, 9458:17, 9512:7, 9512:8

**statement** [20] - 9420:20, 9457:4, 9461:9, 9461:24,

9462:8, 9462:11, 9475:9, 9475:18, 9486:20, 9488:20, 9516:10, 9516:11, 9521:3, 9521:15, 9521:19, 9521:24, 9521:25, 9527:4, 9527:5, 9528:25

**STATES** [4] - 9388:1, 9388:14, 9388:22, 9390:10

**States** [5] - 9472:23, 9507:10, 9531:25, 9533:13, 9538:6

**states** [11] - 9412:8, 9444:10, 9459:21, 9483:3, 9486:13, 9487:4, 9487:7, 9488:10, 9494:16, 9515:15, 9536:9

**station** [5] - 9416:13, 9509:5, 9509:8, 9509:10, 9509:22

**STATION** [1] - 9391:4

**statistical** [1] - 9462:23

**status** [1] - 9421:20

**statutory** [5] - 9474:8, 9482:2, 9490:13, 9505:25, 9527:21

**STCW95** [3] - 9487:10, 9487:14

**Steering** [2] - 9453:21, 9532:25

**STENOGRAPHY** [1] - 9393:13

**step** [3] - 9495:13, 9516:19, 9516:22

**STEPHEN** [1] - 9389:6

**STERBCOW** [2] - 9389:11, 9389:11

**stern** [1] - 9424:6

**STERNBERG** [1] - 9393:6

**Steve** [6] - 9450:14, 9454:16, 9456:25, 9461:25, 9533:25

**STEVEN** [2] - 9390:15, 9392:13

**still** [10] - 9409:22, 9448:12, 9462:13, 9468:11, 9471:7, 9473:10, 9482:17, 9495:5, 9530:5

**stipulation** [1] - 9395:19

**stipulations** [1] -

9533:15

**stone** [1] - 9535:9

**stood** [1] - 9471:8

**stop** [3] - 9424:24, 9424:25, 9463:17

**straight** [2] - 9457:11, 9533:11

**straighten** [1] - 9533:8

**STRANGE** [1] - 9391:7

**STREET** [16] - 9389:4, 9389:9, 9389:12, 9389:15, 9389:17, 9389:22, 9390:2, 9390:7, 9391:14, 9391:17, 9391:23, 9392:11, 9392:14, 9392:21, 9393:4, 9393:10

**Stress** [2] - 9517:4, 9517:6

**stress** [1] - 9433:4

**strict** [1] - 9481:24

**strictly** [2] - 9439:23, 9442:2

**strike** [4] - 9396:13, 9414:25, 9461:22, 9466:2

**strongly** [1] - 9536:6

**structure** [22] - 9442:17, 9443:7, 9443:23, 9457:22, 9480:23, 9490:9, 9491:20, 9492:17, 9493:12, 9494:2, 9494:17, 9495:2, 9495:6, 9495:13, 9496:2, 9496:14, 9496:17, 9496:18, 9496:24, 9497:6, 9497:13, 9526:21

**structures** [1] - 9495:17

**struggling** [1] - 9468:11

**studied** [1] - 9422:13

**studies** [1] - 9425:23

**study** [1] - 9475:12

**stuff** [1] - 9421:21

**subject** [10] - 9411:24, 9412:12, 9438:9, 9511:4, 9519:12, 9529:21, 9530:3, 9530:6, 9532:5, 9532:21

**subjects** [1] - 9438:8

**submersible** [2] - 9446:7, 9447:5

**submission** [1] -

9535:22

**submissions** [4] - 9534:6, 9534:15, 9536:7, 9536:14

**submit** [1] - 9401:16

**submitted** [3] - 9440:5, 9440:9, 9531:18

**subparts** [1] - 9481:9

**subsea** [1] - 9428:17

**Subsection** [2] - 9439:20, 9441:21

**subsequently** [1] - 9403:16

**successful** [1] - 9463:15

**successfully** [2] - 9507:24, 9508:8

**such** [5] - 9433:10, 9473:8, 9493:3, 9524:8, 9527:4

**suggest** [3] - 9395:18, 9463:18, 9536:6

**suggesting** [1] - 9536:4

**suggestion** [3] - 9458:3, 9535:10, 9536:1

**suggestions** [1] - 9535:8

**SUITE** [10] - 9389:4, 9389:12, 9389:15, 9389:20, 9391:23, 9392:11, 9392:14, 9392:23, 9393:4, 9393:7

**SULLIVAN** [1] - 9390:21

**summarize** [2] - 9454:8, 9480:16

**summary** [6] - 9422:19, 9480:14, 9501:4, 9501:12, 9502:23, 9510:18

**sums** [1] - 9455:17

**Sunday** [1] - 9510:15

**supply** [2] - 9424:4, 9449:12

**support** [1] - 9463:19

**supported** [2] - 9421:7, 9421:8

**supports** [1] - 9461:24

**supposed** [2] - 9469:2, 9494:21

**sure** [16] - 9424:13, 9427:21, 9438:23, 9451:5, 9451:6,

9451:9, 9462:5, 9462:13, 9474:1, 9474:11, 9504:5, 9506:19, 9509:24, 9518:2, 9525:18, 9529:3

**surely** [1] - 9518:19

**surface** [1] - 9475:17

**survey** [2] - 9452:2, 9482:1

**surveyor** [6] - 9406:19, 9406:20, 9407:8, 9407:15, 9407:16, 9409:23

**sustain** [6] - 9463:24, 9476:11, 9477:20, 9493:24, 9513:18, 9515:23

**sustained** [1] - 9517:2

**sustaining** [1] - 9464:21

**SUTHERLAND** [1] - 9392:13

**swam** [1] - 9522:14

**switch** [1] - 9515:16

**SWORN** [1] - 9401:3

**sworn** [3] - 9521:3, 9521:15, 9521:24

**synopsize** [1] - 9460:25

**system** [35] - 9405:24, 9414:1, 9418:23, 9444:10, 9447:17, 9448:11, 9448:15, 9448:18, 9448:21, 9449:2, 9449:17, 9450:21, 9450:22, 9450:24, 9450:25, 9451:10, 9451:16, 9455:3, 9455:12, 9458:14, 9458:25, 9463:16, 9465:25, 9467:25, 9481:2, 9483:4, 9483:16, 9484:6, 9497:24, 9498:4, 9501:20, 9503:18, 9505:20, 9507:10, 9529:6

**systems** [13] - 9405:18, 9405:19, 9405:22, 9406:10, 9406:12, 9406:17, 9410:20, 9447:15, 9450:10, 9464:5, 9466:16, 9467:22, 9467:23

9451:9, 9462:5, 9462:13, 9474:1, 9474:11, 9504:5, 9506:19, 9509:24, 9518:2, 9525:18, 9529:3

# T

**T** [5] - 9389:9, 9392:5, 9395:3, 9401:8, 9531:22

**table** [2] - 9416:23, 9472:9

**tabletop** [1] - 9504:24

**take** [26] - 9401:5, 9414:4, 9419:12, 9419:13, 9420:7, 9428:12, 9431:17, 9431:18, 9432:24, 9444:1, 9449:25, 9452:11, 9459:20, 9460:6, 9463:8, 9467:21, 9471:20, 9471:25, 9498:15, 9505:18, 9506:13, 9507:23, 9509:19, 9518:18, 9523:19, 9527:10

**taken** [2] - 9478:23

**TAKEN** [2] - 9452:14, 9523:21

**takes** [1] - 9504:25

**taking** [3] - 9433:4, 9444:9, 9515:1

**talk** [16] - 9442:16, 9444:4, 9453:23, 9459:4, 9466:4, 9466:25, 9471:22, 9475:7, 9491:18, 9491:19, 9504:24, 9506:14, 9519:7, 9524:4, 9528:4, 9535:25

**talked** [9] - 9398:1, 9398:11, 9438:8, 9442:14, 9442:15, 9462:5, 9510:21

**talking** [6] - 9395:13, 9462:14, 9463:7, 9465:11, 9474:13, 9474:15

**talks** [1] - 9441:25

**Tankers** [1] - 9402:2

**taught** [1] - 9472:6

**teach** [1] - 9502:19

**team** [1] - 9514:6

**technical** [2] - 9464:6, 9469:24

**technicalities** [2] - 9479:13, 9479:21

**technically** [3] - 9453:2, 9453:7, 9476:6

**Ted** [1] - 9470:12

telephone [1] -
9424:16

telephoned [1] -
9425:19

tell [18] - 9401:13,
9415:14, 9419:1,
9419:20, 9422:19,
9427:1, 9427:23,
9429:1, 9430:25,
9439:13, 9445:7,
9451:11, 9457:3,
9468:6, 9505:7,
9507:11, 9509:8,
9526:19

telling [1] - 9424:17

ten [6] - 9447:11,
9452:12, 9464:19,
9468:17, 9507:14,
9531:13

tend [1] - 9469:12

tender [2] - 9397:17,
9411:9

tendered [2] -
9396:23, 9464:9

tenders [1] - 9534:9

term [1] - 9422:25

terminology [1] -
9403:7

terms [8] - 9448:21,
9485:6, 9515:19,
9532:19, 9536:13,
9536:14, 9537:10,
9537:11

testified [27] -
9478:12, 9478:16,
9478:21, 9485:16,
9491:14, 9492:20,
9497:16, 9497:23,
9498:8, 9500:2,
9503:7, 9503:12,
9504:15, 9504:19,
9504:22, 9504:25,
9505:6, 9505:10,
9507:1, 9510:14,
9512:17, 9516:7,
9516:18, 9516:21,
9519:18, 9521:1,
9526:9

TESTIFIED [1] -
9401:3

testifies [1] -
9412:11

testify [4] - 9477:16,
9485:19, 9506:25,
9507:19

testimony [59] -
9413:5, 9414:10,
9423:10, 9423:14,
9423:20, 9425:23,
9426:2, 9426:5,

9430:7, 9430:13,
9431:10, 9437:16,
9440:17, 9440:19,
9440:21, 9442:20,
9450:14, 9464:12,
9470:11, 9470:12,
9478:14, 9479:11,
9489:18, 9489:20,
9489:22, 9490:23,
9491:16, 9492:20,
9493:13, 9498:6,
9498:11, 9499:10,
9499:19, 9500:8,
9500:9, 9500:11,
9500:12, 9500:14,
9502:3, 9502:4,
9503:15, 9504:7,
9504:9, 9505:2,
9506:13, 9506:17,
9506:20, 9506:23,
9507:3, 9507:22,
9509:22, 9510:19,
9512:21, 9513:2,
9514:15, 9516:3,
9516:4, 9525:22,
9536:18

than [21] - 9398:11,
9404:16, 9407:22,
9408:21, 9415:11,
9418:7, 9427:22,
9434:2, 9450:22,
9453:3, 9453:9,
9457:12, 9459:8,
9466:21, 9489:16,
9496:7, 9497:9,
9502:17, 9503:2,
9516:1, 9537:2

thank [33] - 9395:6,
9396:10, 9399:13,
9399:25, 9400:10,
9400:21, 9401:11,
9408:11, 9413:14,
9441:15, 9453:16,
9453:22, 9453:24,
9456:13, 9460:9,
9467:12, 9470:22,
9472:21, 9474:19,
9477:23, 9485:16,
9491:10, 9501:1,
9524:2, 9529:15,
9529:17, 9532:23,
9533:21, 9533:25,
9534:19, 9534:20,
9535:1, 9536:22

thanks [3] - 9456:20,
9464:23, 9465:9

that [855] - 9395:10,
9395:19, 9395:24,
9395:25, 9396:2,
9396:6, 9396:14,
9396:19, 9397:3,

9397:8, 9397:15,
9397:16, 9398:14,
9398:18, 9398:25,
9399:1, 9399:4,
9399:19, 9399:20,
9400:4, 9400:13,
9400:14, 9401:19,
9402:14, 9402:17,
9402:23, 9402:24,
9403:2, 9403:7,
9403:9, 9403:13,
9403:23, 9404:5,
9404:11, 9404:15,
9404:18, 9405:15,
9406:5, 9406:17,
9407:18, 9407:19,
9407:20, 9407:25,
9408:13, 9408:18,
9408:25, 9409:1,
9409:5, 9409:6,
9409:7, 9409:12,
9409:13, 9410:10,
9411:6, 9411:11,
9411:13, 9411:19,
9411:24, 9412:1,
9412:2, 9412:5,
9412:11, 9412:12,
9412:15, 9412:18,
9412:25, 9413:12,
9414:2, 9414:3,
9414:7, 9414:16,
9414:25, 9415:12,
9415:14, 9415:21,
9416:2, 9416:6,
9416:11, 9416:12,
9416:14, 9416:16,
9416:18, 9417:7,
9417:11, 9417:13,
9417:25, 9418:1,
9418:9, 9418:12,
9419:5, 9419:11,
9419:23, 9419:25,
9420:6, 9420:7,
9420:12, 9420:14,
9421:5, 9421:6,
9421:9, 9421:11,
9421:17, 9421:25,
9422:5, 9422:11,
9422:12, 9422:13,
9422:14, 9422:15,
9423:21, 9423:23,
9424:9, 9424:11,
9424:13, 9424:15,
9424:19, 9425:10,
9425:11, 9426:10,
9426:16, 9426:18,
9426:19, 9426:21,
9427:8, 9427:10,
9427:15, 9427:22,
9427:24, 9428:5,
9428:10, 9428:11,

9428:12, 9428:14,
9428:23, 9429:3,
9429:5, 9429:6,
9429:8, 9429:22,
9429:24, 9430:4,
9430:13, 9431:4,
9431:5, 9431:8,
9431:10, 9431:14,
9431:15, 9431:17,
9431:20, 9431:21,
9432:9, 9432:10,
9432:11, 9432:15,
9432:16, 9432:17,
9432:18, 9432:20,
9432:21, 9432:23,
9433:2, 9433:6,
9433:9, 9433:10,
9433:11, 9433:13,
9433:23, 9434:2,
9434:14, 9434:18,
9435:7, 9435:14,
9435:16, 9435:21,
9435:22, 9435:23,
9435:24, 9436:9,
9436:19, 9437:5,
9437:13, 9437:19,
9437:20, 9437:21,
9438:4, 9438:12,
9438:13, 9438:14,
9438:18, 9438:19,
9438:20, 9439:2,
9439:12, 9439:20,
9440:1, 9440:3,
9440:23, 9441:6,
9441:11, 9441:15,
9441:24, 9442:5,
9442:8, 9442:12,
9442:25, 9443:3,
9443:4, 9443:10,
9443:11, 9443:18,
9443:23, 9443:25,
9444:8, 9444:9,
9444:11, 9444:12,
9444:23, 9444:24,
9445:19, 9445:22,
9446:1, 9447:1,
9447:11, 9447:19,
9447:25, 9448:2,
9449:7, 9449:9,
9449:18, 9449:21,
9450:8, 9450:12,
9451:1, 9451:9,
9451:11, 9451:16,
9451:21, 9452:20,
9452:21, 9453:7,
9453:10, 9453:14,
9453:15, 9455:6,
9455:15, 9455:17,
9455:18, 9455:21,
9456:2, 9456:4,
9456:6, 9456:15,

9456:17, 9456:20,
9456:21, 9456:24,
9457:4, 9457:6,
9457:9, 9457:21,
9458:2, 9458:17,
9458:19, 9458:22,
9458:23, 9459:1,
9459:6, 9459:7,
9459:9, 9459:10,
9459:15, 9459:21,
9459:23, 9460:5,
9460:6, 9460:7,
9460:12, 9460:14,
9461:2, 9461:4,
9461:9, 9461:10,
9461:11, 9461:15,
9461:16, 9461:22,
9461:24, 9461:25,
9462:14, 9462:21,
9463:6, 9463:11,
9463:18, 9463:19,
9463:22, 9463:24,
9464:4, 9464:13,
9465:1, 9465:3,
9465:9, 9465:16,
9465:22, 9466:2,
9466:7, 9466:11,
9466:13, 9466:14,
9466:15, 9466:21,
9466:22, 9467:5,
9467:16, 9467:19,
9467:22, 9467:25,
9468:1, 9468:6,
9468:7, 9468:10,
9469:2, 9469:15,
9469:16, 9469:20,
9470:6, 9470:15,
9470:25, 9471:3,
9471:10, 9471:12,
9471:14, 9471:19,
9472:4, 9472:7,
9472:8, 9472:9,
9472:11, 9472:13,
9472:15, 9473:6,
9473:7, 9473:9,
9473:15, 9473:16,
9473:19, 9473:20,
9473:23, 9474:1,
9474:2, 9474:6,
9474:7, 9474:17,
9475:1, 9475:8,
9475:12, 9475:18,
9475:19, 9475:20,
9475:23, 9475:24,
9476:5, 9476:7,
9476:21, 9476:24,
9477:3, 9477:6,
9477:7, 9477:10,
9477:13, 9477:16,
9477:17, 9478:7,
9478:8, 9478:10,

9478:11, 9478:16,
9478:17, 9478:18,
9478:19, 9478:20,
9478:21, 9478:22,
9478:24, 9479:16,
9479:22, 9480:1,
9480:11, 9480:19,
9480:21, 9480:24,
9481:3, 9481:8,
9482:5, 9482:9,
9482:10, 9482:13,
9482:17, 9482:18,
9483:3, 9483:4,
9483:7, 9483:10,
9483:15, 9483:20,
9484:2, 9484:3,
9484:6, 9484:9,
9484:10, 9485:1,
9485:4, 9485:12,
9485:19, 9485:20,
9485:22, 9485:25,
9486:2, 9486:9,
9486:14, 9486:16,
9486:18, 9486:20,
9486:21, 9487:1,
9487:5, 9487:6,
9487:7, 9487:8,
9487:11, 9487:19,
9487:20, 9487:23,
9487:25, 9488:1,
9488:10, 9488:13,
9488:19, 9488:20,
9488:22, 9489:1,
9489:3, 9489:4,
9489:15, 9489:17,
9489:18, 9489:19,
9489:21, 9489:22,
9490:2, 9490:4,
9490:5, 9490:8,
9490:10, 9490:11,
9490:13, 9490:14,
9490:15, 9490:17,
9490:23, 9490:24,
9491:3, 9491:6,
9491:7, 9491:10,
9491:13, 9491:14,
9491:16, 9491:22,
9491:25, 9492:1,
9492:3, 9492:5,
9492:20, 9493:6,
9493:10, 9493:11,
9493:12, 9493:13,
9493:19, 9494:1,
9494:5, 9494:11,
9494:12, 9494:13,
9494:16, 9494:18,
9494:20, 9494:21,
9495:1, 9495:12,
9495:14, 9495:17,
9495:23, 9496:1,
9496:6, 9496:16,

9496:20, 9496:25,
9497:8, 9497:16,
9497:18, 9497:20,
9497:21, 9497:23,
9498:6, 9498:8,
9498:11, 9499:10,
9499:12, 9499:13,
9499:14, 9499:16,
9499:21, 9499:22,
9499:23, 9499:25,
9500:2, 9500:3,
9500:6, 9500:12,
9501:4, 9501:9,
9501:12, 9501:15,
9501:18, 9501:19,
9501:20, 9501:23,
9502:1, 9502:5,
9502:14, 9502:16,
9502:19, 9503:4,
9503:5, 9503:9,
9503:12, 9503:13,
9503:14, 9503:20,
9503:24, 9504:1,
9504:5, 9504:7,
9504:8, 9504:15,
9504:19, 9504:21,
9504:22, 9504:24,
9504:25, 9505:6,
9505:10, 9505:11,
9505:12, 9505:17,
9505:18, 9505:21,
9505:23, 9506:1,
9506:10, 9506:11,
9506:17, 9507:1,
9507:2, 9507:3,
9507:5, 9507:7,
9507:8, 9507:18,
9507:19, 9507:20,
9507:24, 9507:25,
9508:2, 9508:8,
9508:9, 9508:11,
9508:14, 9508:16,
9508:22, 9508:25,
9509:2, 9509:3,
9509:5, 9509:6,
9509:9, 9509:11,
9509:22, 9509:25,
9510:2, 9510:7,
9510:11, 9510:13,
9510:14, 9510:15,
9510:17, 9510:18,
9510:25, 9511:2,
9511:5, 9511:12,
9511:13, 9511:15,
9511:23, 9512:3,
9512:5, 9512:6,
9512:7, 9512:10,
9512:14, 9512:17,
9512:18, 9512:20,
9512:22, 9512:24,
9512:25, 9513:2,

9513:3, 9513:6,
9513:9, 9513:10,
9513:12, 9513:21,
9513:24, 9513:25,
9514:1, 9514:2,
9514:4, 9514:7,
9514:12, 9514:14,
9514:15, 9514:16,
9514:18, 9514:20,
9515:2, 9515:4,
9515:11, 9515:17,
9515:25, 9516:6,
9516:7, 9516:8,
9516:10, 9516:11,
9516:13, 9516:15,
9516:16, 9516:19,
9516:21, 9517:6,
9517:8, 9517:15,
9517:16, 9518:2,
9518:3, 9518:4,
9518:5, 9518:6,
9518:7, 9518:9,
9518:12, 9518:14,
9518:15, 9518:24,
9519:2, 9519:5,
9519:6, 9519:19,
9519:21, 9519:23,
9520:13, 9520:19,
9520:21, 9520:22,
9521:1, 9521:7,
9521:8, 9521:10,
9522:6, 9522:9,
9522:10, 9522:13,
9522:16, 9522:17,
9522:18, 9522:22,
9523:2, 9524:16,
9524:17, 9524:24,
9525:1, 9525:3,
9525:4, 9525:5,
9525:10, 9525:12,
9525:13, 9525:21,
9525:25, 9526:5,
9526:8, 9526:10,
9526:12, 9526:14,
9526:19, 9526:20,
9526:21, 9527:2,
9527:5, 9527:8,
9527:9, 9527:11,
9527:19, 9527:20,
9527:21, 9527:22,
9527:25, 9528:11,
9528:16, 9528:18,
9528:24, 9528:25,
9529:3, 9529:4,
9529:5, 9529:6,
9529:9, 9529:11,
9529:12, 9530:1,
9530:3, 9530:7,
9530:8, 9530:9,
9530:10, 9530:18,
9530:20, 9530:23,

9530:24, 9531:6,
9531:13, 9532:1,
9533:7, 9533:8,
9533:9, 9533:11,
9534:2, 9534:6,
9534:11, 9534:13,
9534:14, 9534:15,
9534:21, 9534:24,
9535:5, 9535:11,
9535:13, 9535:14,
9535:15, 9536:3,
9536:6, 9536:12,
9536:19, 9536:20,
9537:1, 9537:2,
9537:4, 9537:5,
9537:7, 9537:12,
9538:7

**that's** [110] - 9396:3,
9396:11, 9398:20,
9399:9, 9399:10,
9399:24, 9400:5,
9400:18, 9402:7,
9402:11, 9404:24,
9406:6, 9407:13,
9408:23, 9409:8,
9411:6, 9413:10,
9415:11, 9416:16,
9416:17, 9417:6,
9417:23, 9418:18,
9418:20, 9419:2,
9422:4, 9424:21,
9425:22, 9425:23,
9426:15, 9428:18,
9431:14, 9431:16,
9434:18, 9434:23,
9435:2, 9435:18,
9438:22, 9439:21,
9441:23, 9448:12,
9450:21, 9450:23,
9454:14, 9455:1,
9455:8, 9456:12,
9457:25, 9458:14,
9458:16, 9459:5,
9459:7, 9460:13,
9465:7, 9466:25,
9467:10, 9467:18,
9474:16, 9475:15,
9476:13, 9476:23,
9477:21, 9479:6,
9480:2, 9480:10,
9481:20, 9481:23,
9483:17, 9483:18,
9484:18, 9487:15,
9489:5, 9489:22,
9489:24, 9490:14,
9490:15, 9490:25,
9492:4, 9493:20,
9495:24, 9501:2,
9502:7, 9503:6,
9504:5, 9505:2,
9505:3, 9505:9,

9506:12, 9507:4,
9507:11, 9507:22,
9508:24, 9509:16,
9512:9, 9512:16,
9512:20, 9513:1,
9513:17, 9515:19,
9516:10, 9518:21,
9519:1, 9521:2,
9521:25, 9522:12,
9529:1, 9530:13,
9535:10, 9537:6

**THE** [149] - 9388:4,
9388:5, 9388:12,
9388:21, 9389:3,
9390:10, 9391:6,
9391:10, 9391:11,
9395:12, 9395:15,
9396:5, 9396:8,
9396:18, 9396:25,
9397:5, 9397:9,
9397:13, 9397:19,
9398:1, 9398:11,
9398:13, 9398:18,
9398:20, 9398:23,
9399:1, 9399:10,
9399:12, 9399:21,
9399:23, 9400:5,
9400:8, 9400:10,
9400:11, 9400:15,
9400:20, 9400:22,
9400:25, 9401:2,
9401:5, 9401:7,
9408:8, 9408:9,
9408:11, 9411:13,
9412:19, 9413:5,
9413:10, 9413:12,
9422:24, 9422:25,
9423:18, 9424:25,
9431:12, 9431:13,
9433:17, 9433:18,
9441:19, 9447:13,
9452:11, 9452:13,
9452:16, 9453:1,
9453:7, 9453:16,
9455:6, 9461:19,
9461:20, 9463:24,
9464:14, 9464:19,
9464:21, 9464:24,
9466:7, 9467:9,
9467:10, 9470:19,
9470:22, 9472:23,
9472:25, 9474:13,
9474:19, 9476:11,
9476:13, 9476:23,
9477:13, 9477:14,
9477:20, 9477:22,
9477:24, 9489:11,
9493:24, 9495:8,
9495:9, 9500:14,
9500:16, 9500:19,
9500:23, 9513:18,

9515:23, 9517:1,
9519:9, 9519:13,
9519:15, 9521:14,
9522:1, 9523:3,
9523:5, 9523:7,
9523:12, 9523:14,
9523:19, 9523:20,
9523:23, 9524:19,
9524:22, 9525:16,
9525:17, 9525:18,
9526:16, 9529:15,
9529:17, 9529:18,
9529:21, 9529:25,
9530:9, 9530:13,
9530:15, 9530:18,
9531:1, 9531:3,
9531:6, 9531:15,
9532:12, 9532:20,
9532:23, 9533:2,
9533:9, 9533:16,
9533:20, 9533:22,
9534:8, 9534:10,
9534:18, 9534:20,
9534:25, 9535:2,
9537:17, 9537:18
  **their** [36] - 9395:13,
9395:21, 9406:16,
9409:18, 9409:19,
9410:11, 9421:20,
9452:19, 9452:22,
9452:25, 9456:3,
9457:14, 9457:15,
9459:24, 9486:8,
9486:22, 9487:24,
9488:1, 9489:4,
9490:21, 9491:1,
9491:3, 9496:23,
9497:5, 9497:21,
9497:23, 9498:2,
9498:3, 9498:4,
9499:2, 9499:4,
9499:8, 9527:21,
9528:15, 9536:10
  **theme** [1] - 9462:13
  **themselves** [1] -
9521:8
  **there's** [14] - 9417:9,
9431:16, 9441:4,
9442:1, 9466:4,
9470:3, 9490:10,
9512:5, 9512:22,
9512:25, 9535:11,
9535:13, 9535:15
  **thereafter** [1] -
9535:24
  **therefore** [6] -
9414:8, 9434:1,
9448:17, 9488:6,
9516:14, 9516:16
  **these** [32] - 9395:8,

9397:13, 9399:11,
9400:18, 9407:1,
9408:5, 9409:14,
9414:8, 9422:7,
9423:8, 9439:24,
9442:3, 9453:8,
9462:25, 9471:15,
9472:7, 9481:1,
9482:5, 9487:20,
9488:17, 9496:23,
9497:4, 9498:23,
9510:8, 9510:9,
9510:11, 9520:18,
9526:10, 9528:10,
9532:2, 9536:6
  **they're** [7] - 9421:5,
9451:1, 9451:2,
9454:15, 9463:7,
9468:11, 9485:7
  **they've** [1] - 9531:18
  **thing** [10] - 9400:3,
9421:25, 9422:22,
9423:1, 9442:14,
9453:4, 9463:5,
9467:20, 9511:15,
9536:15
  **things** [10] - 9446:1,
9457:20, 9462:4,
9474:6, 9481:5,
9494:18, 9494:21,
9510:4, 9529:24,
9537:10
  **THINK** [1] - 9498:3
  **think** [54] - 9396:16,
9397:19, 9398:6,
9398:15, 9399:2,
9400:16, 9412:8,
9413:2, 9422:21,
9429:10, 9430:1,
9433:3, 9439:14,
9451:6, 9452:20,
9453:13, 9456:10,
9459:19, 9460:13,
9461:15, 9468:10,
9470:13, 9471:3,
9476:10, 9490:5,
9490:8, 9490:10,
9500:11, 9500:24,
9503:21, 9505:11,
9506:18, 9507:1,
9513:15, 9517:1,
9519:10, 9521:4,
9521:8, 9521:16,
9521:25, 9526:9,
9529:15, 9529:24,
9530:4, 9531:12,
9533:9, 9535:10,
9535:17, 9536:1,
9536:10, 9536:22,
9537:7

  **thinking** [6] - 9436:6,
9446:24, 9531:12,
9535:10, 9535:21,
9535:24
  **thinks** [1] - 9521:7
  **THIRD** [1] - 9391:14
  **third** [11] - 9402:6,
9402:7, 9402:8,
9403:15, 9407:23,
9421:16, 9436:24,
9437:1, 9437:5,
9507:3, 9507:20
  **THIS** [1] - 9388:10
  **This** [1] - 9483:3
  **this** [232] - 9395:24,
9396:16, 9396:20,
9396:21, 9396:24,
9397:17, 9397:23,
9399:11, 9399:21,
9403:15, 9403:21,
9405:24, 9406:24,
9406:25, 9408:24,
9409:4, 9409:9,
9409:12, 9409:18,
9411:9, 9411:21,
9411:24, 9412:4,
9412:19, 9412:24,
9413:17, 9414:11,
9414:13, 9414:16,
9415:12, 9415:13,
9415:15, 9415:18,
9415:19, 9415:24,
9416:14, 9416:19,
9417:12, 9418:11,
9418:21, 9419:1,
9419:3, 9419:8,
9419:9, 9419:14,
9419:15, 9419:24,
9420:12, 9420:15,
9420:18, 9420:21,
9420:23, 9421:3,
9421:7, 9421:9,
9421:10, 9421:12,
9421:16, 9421:21,
9422:9, 9422:13,
9423:3, 9423:4,
9423:10, 9425:2,
9425:23, 9426:11,
9426:21, 9427:13,
9429:4, 9429:7,
9431:15, 9431:22,
9432:2, 9432:5,
9432:23, 9435:9,
9437:7, 9437:9,
9437:11, 9439:13,
9439:20, 9439:21,
9439:25, 9441:17,
9442:18, 9443:14,
9443:15, 9444:24,
9445:3, 9445:5,

9445:12, 9445:15,
9446:4, 9446:7,
9446:22, 9447:15,
9447:20, 9448:16,
9448:25, 9449:11,
9449:12, 9450:6,
9450:14, 9450:19,
9453:9, 9453:10,
9455:11, 9456:22,
9457:7, 9457:8,
9457:20, 9459:4,
9460:15, 9460:20,
9460:22, 9460:25,
9461:5, 9461:7,
9462:4, 9462:7,
9462:8, 9462:18,
9464:8, 9464:9,
9464:12, 9465:8,
9468:21, 9469:25,
9470:13, 9472:7,
9472:10, 9472:14,
9475:5, 9476:9,
9476:10, 9477:11,
9478:12, 9478:21,
9479:25, 9480:5,
9482:23, 9483:10,
9484:2, 9484:17,
9484:23, 9485:3,
9485:10, 9485:14,
9486:8, 9487:21,
9488:19, 9491:1,
9491:6, 9491:14,
9493:1, 9493:18,
9493:21, 9494:11,
9494:13, 9495:3,
9495:4, 9496:8,
9497:2, 9497:12,
9500:8, 9500:10,
9500:11, 9500:12,
9500:14, 9500:16,
9500:17, 9500:25,
9501:4, 9501:6,
9501:12, 9501:14,
9502:1, 9502:2,
9502:8, 9502:23,
9502:25, 9503:17,
9503:19, 9503:22,
9504:1, 9504:2,
9505:16, 9506:20,
9507:23, 9508:5,
9508:7, 9508:11,
9509:11, 9509:17,
9509:18, 9509:19,
9510:10, 9510:18,
9513:12, 9513:20,
9514:11, 9515:20,
9519:9, 9519:13,
9520:23, 9521:12,
9522:25, 9525:22,
9526:5, 9526:9,
9526:13, 9531:3,

9532:7, 9532:17,
9532:18, 9535:4,
9535:12, 9535:19,
9536:22, 9536:24,
9537:1, 9537:16
  **THOMAS** [1] -
9389:22
  **THORNHILL** [2] -
9389:21, 9389:22
  **those** [57] - 9395:10,
9396:23, 9397:1,
9397:5, 9397:9,
9397:14, 9397:21,
9397:22, 9403:20,
9405:22, 9408:21,
9409:6, 9409:18,
9410:10, 9414:25,
9415:1, 9415:8,
9418:14, 9418:18,
9418:22, 9420:15,
9421:19, 9422:20,
9435:23, 9436:17,
9440:8, 9440:9,
9440:11, 9441:4,
9441:7, 9441:9,
9441:14, 9456:12,
9462:5, 9465:21,
9470:5, 9470:6,
9472:21, 9481:5,
9481:6, 9483:19,
9496:4, 9497:19,
9497:25, 9498:19,
9503:1, 9503:19,
9506:5, 9513:24,
9519:25, 9527:17,
9532:12, 9532:21,
9534:4, 9536:16
  **thought** [13] -
9400:3, 9412:24,
9413:2, 9469:7,
9470:15, 9476:23,
9490:16, 9497:23,
9498:4, 9504:17,
9504:18, 9521:14,
9536:12
  **thoughts** [1] -
9431:15
  **thousand** [1] -
9468:19
  **threads** [1] - 9412:16
  **three** [12] - 9414:8,
9445:25, 9452:12,
9453:3, 9468:11,
9496:13, 9501:15,
9509:16, 9509:18,
9527:20, 9532:9,
9537:2
  **three-element** [1] -
9509:18
  **through** [49] -

9395:17, 9401:24, 9403:13, 9403:24, 9405:8, 9409:5, 9413:1, 9415:12, 9417:9, 9417:14, 9418:4, 9419:14, 9420:19, 9420:23, 9420:24, 9420:25, 9421:1, 9421:2, 9421:9, 9421:12, 9421:13, 9422:10, 9424:12, 9435:21, 9436:3, 9437:1, 9437:23, 9441:9, 9455:11, 9459:3, 9471:24, 9472:3, 9474:21, 9481:9, 9485:11, 9486:3, 9487:14, 9490:8, 9498:14, 9502:19, 9503:15, 9503:24, 9504:24, 9511:25, 9517:2, 9523:11, 9530:8, 9536:19

**throughout** [1] - 9412:16

**thumb** [3] - 9399:15, 9399:19, 9400:17

**tick** [4] - 9469:9, 9469:13, 9469:14

**ticked** [2] - 9469:11

**tied** [1] - 9536:17

**tilde** [1] - 9417:4

**till** [1] - 9410:2

**time** [102] - 9396:17, 9396:20, 9396:24, 9397:17, 9398:23, 9399:11, 9402:23, 9403:12, 9403:20, 9407:4, 9410:21, 9411:9, 9412:4, 9412:25, 9415:9, 9416:22, 9416:24, 9417:21, 9421:12, 9421:13, 9421:15, 9421:23, 9422:15, 9423:8, 9423:12, 9423:15, 9424:8, 9424:15, 9425:12, 9425:15, 9425:16, 9425:17, 9425:18, 9425:20, 9426:16, 9426:22, 9427:4, 9427:21, 9427:23, 9427:24, 9427:25, 9428:6, 9432:10, 9432:14, 9433:7, 9433:13, 9436:24, 9440:14, 9449:9, 9449:11, 9449:14,

9451:2, 9452:19, 9452:23, 9463:3, 9465:10, 9468:14, 9471:3, 9471:18, 9471:21, 9475:25, 9477:25, 9496:6, 9496:7, 9497:12, 9503:21, 9504:11, 9504:24, 9508:14, 9511:23, 9512:8, 9512:18, 9512:20, 9512:22, 9513:8, 9513:10, 9513:13, 9513:16, 9513:22, 9516:12, 9517:19, 9517:23, 9518:12, 9518:16, 9521:4, 9525:4, 9525:9, 9525:10, 9526:3, 9526:5, 9526:8, 9526:9, 9526:14, 9529:5, 9537:6

**timeframe** [5] - 9417:25, 9418:21, 9525:24, 9526:3, 9526:19

**timeframes** [1] - 9418:18

**timely** [2] - 9452:24, 9481:3

**times** [9] - 9415:11, 9416:18, 9417:3, 9453:3, 9480:24, 9498:24, 9518:17, 9537:4

**timings** [1] - 9512:7

**Titanic** [2] - 9475:24, 9476:7

**title** [8] - 9406:18, 9407:7, 9409:9, 9439:12, 9450:16, 9454:12, 9502:17, 9503:2

**titled** [1] - 9420:14

**TO** [1] - 9388:10

**today** [20] - 9398:1, 9410:16, 9453:8, 9453:21, 9482:18, 9487:19, 9488:15, 9492:20, 9494:25, 9495:5, 9497:4, 9500:2, 9505:16, 9513:5, 9520:7, 9520:23, 9523:18, 9534:7, 9535:9, 9536:21

**together** [3] - 9422:21, 9465:13, 9536:10

**told** [12] - 9425:19,

9427:8, 9431:22, 9436:21, 9472:18, 9488:21, 9488:25, 9490:23, 9491:7, 9504:1, 9520:21, 9526:6

**TOLLES** [1] - 9392:16

**tomorrow** [4] - 9397:25, 9398:7, 9399:4, 9399:5

**tonnage** [1] - 9473:9

**tons** [1] - 9404:14

**too** [1] - 9455:7

**took** [8] - 9419:17, 9427:7, 9468:4, 9494:13, 9514:9, 9519:25, 9522:13, 9532:12

**tool** [3] - 9432:24, 9433:10, 9517:14

**toolpusher** [4] - 9433:9, 9440:18, 9503:9, 9516:15

**top** [11] - 9408:4, 9417:4, 9432:15, 9439:12, 9494:5, 9494:11, 9495:17, 9495:22, 9495:23, 9510:13

**TORTS** [2] - 9390:11, 9390:20

**total** [3] - 9462:24, 9496:16

**totally** [1] - 9465:15

**touch** [1] - 9442:14

**toward** [1] - 9522:14

**towed** [1] - 9446:16

**TOWER** [2] - 9392:20, 9393:4

**toxic** [1] - 9510:6

**TPSR)** [1] - 9462:25

**trades** [1] - 9404:10

**traditionally** [1] - 9456:3

**tragedy** [1] - 9475:20

**tragic** [2] - 9462:22, 9497:2

**train** [1] - 9450:23

**trained** [3] - 9435:12, 9499:15, 9499:22

**training** [48] - 9420:24, 9420:25, 9421:2, 9421:4, 9421:7, 9432:10, 9434:24, 9435:2, 9435:4, 9435:7, 9435:10, 9435:17, 9435:24, 9436:3, 9436:7, 9436:8,

9436:10, 9436:14, 9436:18, 9436:22, 9438:9, 9442:15, 9459:14, 9459:16, 9470:25, 9471:14, 9474:5, 9474:23, 9480:23, 9481:10, 9491:19, 9497:15, 9500:22, 9501:4, 9501:7, 9501:12, 9501:17, 9501:18, 9501:19, 9501:23, 9502:24, 9504:19, 9507:16, 9507:25, 9508:9

**TRANSCRIBED** [1] - 9441:19

**TRANSCRIPT** [2] - 9388:20, 9393:13

**transcript** [4] - 9498:1, 9498:13, 9504:22, 9538:7

**Transocean** [79] - 9396:21, 9412:24, 9415:15, 9416:2, 9416:11, 9417:17, 9417:24, 9418:16, 9425:24, 9426:24, 9427:14, 9428:14, 9435:2, 9435:4, 9435:25, 9436:3, 9440:16, 9443:22, 9444:5, 9444:10, 9448:4, 9448:17, 9449:5, 9449:12, 9450:7, 9450:8, 9450:17, 9451:19, 9452:17, 9454:3, 9454:18, 9455:22, 9457:5, 9457:12, 9457:14, 9457:22, 9459:13, 9460:7, 9461:16, 9465:3, 9465:20, 9466:12, 9468:4, 9468:24, 9470:5, 9477:2, 9477:11, 9477:16, 9477:24, 9478:5, 9480:23, 9483:19, 9488:21, 9488:25, 9489:19, 9490:24, 9491:7, 9495:6, 9495:13, 9496:13, 9497:10, 9497:17, 9498:9, 9501:23, 9502:7, 9502:18, 9507:23, 9510:20, 9511:5, 9511:19, 9513:20, 9513:25, 9524:16, 9526:23, 9531:25, 9534:1

**TRANSOCEAN** [3] - 9392:7, 9392:8, 9392:9

**Transocean's** [11] - 9441:16, 9450:20, 9451:10, 9455:2, 9455:12, 9462:7, 9469:4, 9470:8, 9483:16, 9524:4, 9524:8

**treated** [1] - 9411:23

**treats** [1] - 9411:25

**TREX** [2] - 9441:7, 9520:15

**TREX-003802** [1] - 9444:16

**TREX-004644** [1] - 9439:11

**TREX-005474** [1] - 9434:17

**TREX-007563** [1] - 9435:7

**TREX-01220** [1] - 9396:14

**TREX-01470** [1] - 9462:7

**TREX-026050** [1] - 9415:13

**TREX-04912** [1] - 9460:10

**TREX-04912-004** [1] - 9460:20

**TREX-08173-068** [1] - 9470:21

**TREX-1.103.1.TO** [2] - 9511:22, 9526:2

**TREX-1356A.2** [1] - 9449:7

**TREX-1356A.22.3** [1] - 9449:20

**TREX-1376.21.1.TO** [1] - 9499:20

**TREX-1776.1** [1] - 9483:24

**TREX-20044.1** [1] - 9482:21

**TREX-20044.1.1.TO** [1] - 9483:1

**TREX-22306.357** [1] - 9509:10

**TREX-22306.357.1. TO** [1] - 9509:13

**TREX-22608.1** [1] - 9401:16

**TREX-2389.1** [1] - 9515:14

**TREX-3163** [1] - 9482:13

**TREX-3163.1** [1] - 9408:25

**TREX-3163.3.1** [1] - 9528:8

**TREX-37031.7.1.0** [1] - 9520:16

**TREX-3745.38.1.TO** [1] - 9521:5

**TREX-3750.11** [1] - 9508:7

**TREX-3750.48** [1] - 9507:23

**TREX-40011** [1] - 9411:22

**TREX-40011.1** [1] - 9411:16

**TREX-40011.31** [1] - 9475:3

**TREX-4248.21** [1] - 9513:20

**TREX-44013.27.1** [1] - 9445:12

**TREX-44046.1** [1] - 9486:6

**TREX-44046.16.1. TO** [1] - 9494:4

**TREX-44046.16.2** [1] - 9508:19

**TREX-44046.3.1.TO** [1] - 9486:11

**TREX-44046.4.1.TO** [1] - 9486:24

**TREX-4459.31.1.TO** [1] - 9501:22

**TREX-4472.5.7** [1] - 9427:5

**TREX-48101.1.1** [1] - 9418:24

**TREX-4967** [1] - 9510:17

**TREX-51219.2.1.TO** [1] - 9505:11

**TREX-52658.1** [1] - 9501:4

**TREX-52658.20.1. TO** [1] - 9501:6

**TREX-52658.22.1. TO** [1] - 9502:22

**TREX-5571.1** [1] - 9484:15

**TREX-5571.4.1.TO** [1] - 9484:21

**TREX-56294.4.2** [1] - 9428:18

**TREX-7594** [1] - 9480:1

**TREX-7594.1** [1] - 9480:3

**TREX-7594.114.1. TO** [2] - 9495:20, 9496:11

**TREX-7594.19.1.TO**

[1] - 9511:10

**TREX-7594.21.1.TO** [1] - 9495:10

**TREX-7594.7.1.TO** [1] - 9480:8

**TREX-938.17.2** [1] - 9447:23

**TREX-953.2.1.TO** [1] - 9483:13

**trial** [30] - 9415:12, 9426:5, 9429:4, 9430:7, 9430:13, 9437:16, 9441:17, 9442:20, 9453:11, 9470:10, 9476:9, 9498:1, 9498:13, 9499:19, 9500:9, 9503:15, 9504:22, 9506:13, 9506:20, 9531:8, 9531:11, 9532:19, 9535:4, 9535:5, 9535:6, 9535:13, 9535:15, 9535:22, 9537:1, 9537:16

**TRIAL** [1] - 9388:20

**trials** [2] - 9537:5, 9537:6

**tried** [3] - 9427:19, 9428:3, 9536:24

**TRIR** [1] - 9462:24

**TRITON** [1] - 9388:12

**true** [6] - 9443:3, 9472:9, 9472:15, 9502:1, 9528:24, 9538:7

**trust** [2] - 9470:3, 9470:6

**try** [10] - 9397:23, 9424:25, 9425:5, 9455:10, 9464:16, 9480:16, 9516:22, 9523:14, 9524:19, 9537:12

**trying** [3] - 9428:20, 9515:8, 9524:20

**TT** [2] - 9430:12, 9442:20

**TT-4701.1** [1] - 9450:18

**turn** [10] - 9422:13, 9426:23, 9427:13, 9428:18, 9447:15, 9448:8, 9497:15, 9511:10, 9525:20, 9528:8

**turned** [1] - 9427:9

**tweak** [2] - 9537:11

**twice** [1] - 9500:12

**two** [30] - 9395:17,

9400:2, 9400:18, 9427:22, 9431:16, 9435:21, 9438:12, 9442:18, 9455:7, 9456:7, 9457:13, 9457:23, 9465:12, 9468:18, 9470:5, 9481:5, 9481:6, 9487:7, 9487:20, 9491:19, 9493:2, 9509:18, 9513:23, 9513:24, 9517:10, 9523:17, 9526:10, 9527:20, 9530:6, 9537:1

**Two** [2] - 9537:9, 9537:16

**two-part** [1] - 9491:19

**TX** [5] - 9390:5, 9392:15, 9392:24, 9393:5, 9393:7

**type** [10] - 9404:7, 9413:19, 9422:10, 9437:19, 9446:2, 9451:14, 9467:20, 9472:7, 9488:12

**types** [2] - 9436:14, 9483:7

# U

**U.S** [7] - 9390:10, 9390:14, 9390:19, 9391:1, 9403:7, 9404:16, 9531:25

**U.S.A** [2] - 9536:9, 9536:10

**ultimate** [4] - 9407:8, 9407:17, 9470:8, 9471:24

**ultimately** [1] - 9455:13

**under** [15] - 9407:23, 9434:20, 9449:1, 9451:9, 9465:1, 9465:21, 9467:5, 9467:13, 9468:24, 9482:1, 9486:13, 9488:17, 9517:24, 9518:2, 9532:16

**UNDERHILL** [9] - 9390:11, 9395:6, 9395:14, 9395:16, 9396:7, 9396:10, 9396:13, 9472:24, 9533:14

**underlying** [1] - 9476:21

**undermine** [1] -

9482:7

**understand** [38] - 9414:2, 9437:21, 9440:4, 9443:20, 9453:1, 9456:25, 9459:24, 9462:1, 9462:15, 9463:20, 9465:16, 9473:14, 9479:13, 9479:16, 9479:18, 9479:19, 9479:21, 9483:10, 9487:6, 9491:5, 9491:13, 9491:22, 9491:25, 9497:3, 9499:12, 9506:10, 9507:10, 9515:9, 9518:2, 9518:8, 9518:13, 9520:20, 9520:21, 9522:12, 9524:22, 9530:9, 9533:9, 9534:5

**understanding** [3] - 9426:18, 9510:2, 9538:8

**understudy** [4] - 9402:22, 9402:24, 9422:2, 9438:2

**undertake** [1] - 9402:23

**undertaken** [1] - 9460:7

**underway** [3] - 9414:3, 9414:6, 9414:9

**undetermined** [1] - 9427:24

**unequivocally** [2] - 9418:23, 9432:19

**unexplained** [1] - 9476:3

**unfair** [1] - 9488:20

**unfold** [1] - 9426:13

**unfortunately** [3] - 9414:23, 9479:24, 9509:21

**uniform** [1] - 9471:7

**unintentional** [1] - 9506:19

**unit** [1] - 9413:20

**United** [5] - 9401:15, 9472:23, 9507:10, 9533:13, 9538:5

**UNITED** [4] - 9388:1, 9388:14, 9388:22, 9390:10

**units** [3] - 9445:4, 9445:21, 9495:18

**unless** [2] - 9478:22, 9537:15

**unlimited** [1] -

9403:8

**unloading** [1] - 9402:19

**unrealistic** [1] - 9457:7

**unreasonable** [1] - 9468:10

**until** [11] - 9403:13, 9435:25, 9459:17, 9483:10, 9485:4, 9518:4, 9518:14, 9518:20, 9520:3, 9520:8, 9520:23

**up** [109] - 9396:17, 9398:20, 9399:11, 9400:7, 9401:16, 9401:21, 9404:5, 9406:24, 9407:3, 9408:23, 9411:15, 9412:24, 9416:23, 9417:1, 9417:9, 9417:14, 9418:3, 9418:24, 9419:17, 9420:10, 9421:11, 9421:12, 9422:9, 9423:3, 9423:13, 9427:17, 9427:21, 9428:7, 9429:5, 9429:7, 9430:12, 9431:14, 9431:25, 9432:15, 9434:17, 9435:6, 9440:23, 9446:4, 9446:5, 9447:2, 9447:11, 9447:23, 9454:6, 9455:7, 9455:10, 9455:17, 9457:9, 9460:10, 9465:9, 9466:14, 9467:4, 9470:10, 9475:3, 9476:17, 9476:22, 9480:2, 9480:8, 9482:13, 9482:21, 9483:1, 9483:24, 9484:15, 9484:21, 9486:6, 9486:11, 9486:24, 9492:13, 9492:23, 9493:10, 9494:4, 9495:10, 9495:20, 9496:10, 9497:2, 9498:1, 9498:13, 9499:19, 9500:9, 9501:4, 9501:5, 9501:22, 9501:25, 9502:22, 9503:15, 9504:2, 9504:5, 9505:3, 9505:11, 9508:7, 9508:19, 9509:10, 9509:13, 9510:17,

9511:22, 9511:25,
9513:23, 9515:14,
9518:17, 9520:16,
9521:5, 9523:11,
9525:3, 9525:25,
9526:2, 9528:1,
9533:12, 9533:24
**up-to-date** [1] -
9528:1
**update** [1] - 9421:7
**upon** [8] - 9395:24,
9396:1, 9399:17,
9404:2, 9427:7,
9432:24, 9519:1,
9529:9
**Upper** [1] - 9401:14
**upper** [4] - 9409:11,
9428:20, 9446:2,
9462:20
**us** [24] - 9401:13,
9409:3, 9413:16,
9416:18, 9420:4,
9422:19, 9427:1,
9429:1, 9430:14,
9430:25, 9434:7,
9436:21, 9443:16,
9445:7, 9457:3,
9460:25, 9462:21,
9470:19, 9472:3,
9472:19, 9480:17,
9506:19, 9534:4
**use** [14] - 9412:11,
9418:11, 9418:15,
9418:16, 9438:21,
9438:22, 9439:1,
9452:18, 9452:22,
9477:8, 9477:9,
9478:1, 9501:19,
9532:5
**used** [16] - 9395:8,
9397:3, 9397:7,
9397:15, 9405:7,
9405:9, 9408:24,
9415:11, 9419:1,
9419:15, 9422:25,
9438:22, 9440:21,
9444:13, 9477:10,
9501:23
**users** [1] - 9438:20
**uses** [2] - 9482:17,
9495:6
**using** [5] - 9420:15,
9422:25, 9474:10,
9526:8
**usual** [2] - 9413:23,
9537:6
**usually** [2] - 9425:1,
9437:19
**utilize** [1] - 9426:22

# V

**V** [1] - 9388:14
**V-46A** [1] - 9441:18
**VA** [1] - 9389:15
**valid** [4] - 9483:10,
9485:4, 9485:11,
9510:12
**validates** [1] -
9442:8
**valuable** [1] - 9438:4
**value** [1] - 9403:20
**vapors** [1] - 9510:6
**variable** [1] -
9516:22
**various** [4] - 9421:1,
9435:13, 9479:22,
9490:22
**vents** [1] - 9512:14
**verge** [1] - 9464:21
**verification** [1] -
9529:9
**verified** [2] - 9486:1,
9486:3
**Veritas** [1] - 9408:4
**very** [34] - 9400:20,
9404:8, 9411:25,
9412:23, 9420:20,
9428:8, 9429:3,
9437:12, 9441:12,
9442:20, 9447:22,
9453:22, 9460:13,
9464:4, 9469:9,
9469:11, 9471:1,
9471:15, 9478:7,
9481:24, 9487:9,
9497:3, 9497:24,
9498:2, 9500:17,
9521:24, 9522:2,
9523:13, 9533:22,
9534:25, 9535:17
**vessel** [17] -
9413:19, 9414:3,
9414:6, 9443:1,
9443:4, 9447:17,
9448:15, 9449:2,
9471:19, 9471:21,
9472:10, 9473:8,
9474:2, 9474:13,
9474:15, 9474:23,
9487:17
**vessels** [4] -
9445:24, 9446:18,
9450:10, 9474:22
**vibration** [3] -
9423:2, 9423:25,
9519:3
**VIDEO** [3] - 9394:3,
9400:11, 9441:19

**video** [4] - 9400:13,
9429:4, 9429:8,
9441:17
**videos** [1] - 9400:3
**VIDEOTAPE** [1] -
9400:22
**videotapes** [2] -
9400:2, 9400:18
**view** [12] - 9431:20,
9433:1, 9433:2,
9433:11, 9433:18,
9438:10, 9464:5,
9465:25, 9479:15,
9507:1, 9512:23,
9515:10
**views** [1] - 9410:3
**violation** [14] -
9458:19, 9465:3,
9465:5, 9465:6,
9465:10, 9489:17,
9490:2, 9490:6,
9490:10, 9490:16,
9490:17, 9490:24,
9491:8
**VIRGINIA** [1] -
9389:15
**virtue** [1] - 9480:22
**visible** [1] - 9406:25
**visit** [2] - 9485:19,
9509:20
**visually** [1] - 9423:4
**vitally** [1] - 9471:15
**VOIR** [1] - 9401:9
**Voir** [1] - 9394:13
**volume** [1] - 9433:24
**voluntarily** [1] -
9406:3
**VON** [1] - 9393:6
**voyage** [1] - 9449:10

# W

**W** [1] - 9390:2
**wait** [7] - 9470:19,
9476:23, 9519:9,
9527:2, 9533:12
**waited** [1] - 9443:24
**waiving** [1] - 9532:2
**walked** [1] - 9472:3
**WALKER** [1] -
9389:14
**WALTER** [1] -
9389:17
**want** [37] - 9398:4,
9412:20, 9413:10,
9417:3, 9428:14,
9438:9, 9442:14,
9442:16, 9442:19,
9443:13, 9446:1,

9452:18, 9453:25,
9454:3, 9454:13,
9455:10, 9460:15,
9462:7, 9462:17,
9464:22, 9468:19,
9470:19, 9480:2,
9480:8, 9486:22,
9489:7, 9511:7,
9515:10, 9518:2,
9523:16, 9526:2,
9531:6, 9531:7,
9531:8, 9536:11,
9536:16, 9536:22
**wanted** [4] -
9427:11, 9431:2,
9431:3, 9533:23
**wants** [4] - 9397:19,
9399:2, 9472:1,
9518:16
**ward** [1] - 9420:3
**WAS** [4] - 9401:3,
9441:19, 9452:14,
9523:21
**WASHINGTON** [4] -
9390:18, 9390:23,
9391:4, 9392:2
**wasn't** [12] -
9459:16, 9468:14,
9485:4, 9489:4,
9489:21, 9494:9,
9494:19, 9505:23,
9518:1, 9520:3,
9520:23, 9522:8
**wasted** [2] - 9472:9,
9472:13
**watch** [2] - 9427:3,
9471:8
**water** [5] - 9405:3,
9475:17, 9512:14,
9522:13, 9522:20
**wave** [1] - 9462:14
**way** [15] - 9395:18,
9419:9, 9428:20,
9429:11, 9430:18,
9459:2, 9469:6,
9469:8, 9478:24,
9488:16, 9493:1,
9517:16, 9519:8,
9520:9, 9535:14
**we** [137] - 9395:18,
9395:22, 9396:21,
9396:23, 9397:7,
9397:21, 9397:22,
9397:23, 9397:24,
9398:16, 9399:3,
9399:7, 9399:15,
9399:17, 9400:2,
9400:4, 9400:13,
9407:24, 9408:14,
9409:8, 9409:10,

9411:15, 9411:22,
9411:25, 9412:2,
9412:6, 9412:16,
9412:17, 9412:19,
9413:5, 9414:14,
9417:11, 9418:3,
9418:5, 9418:15,
9418:16, 9420:2,
9425:1, 9426:10,
9431:5, 9435:18,
9435:19, 9435:21,
9435:23, 9436:15,
9441:18, 9442:15,
9444:17, 9445:5,
9445:6, 9445:25,
9446:3, 9446:20,
9446:21, 9447:16,
9448:13, 9449:3,
9450:23, 9450:24,
9451:2, 9451:12,
9451:13, 9451:14,
9451:15, 9452:20,
9452:23, 9452:24,
9453:7, 9453:13,
9455:10, 9462:17,
9462:23, 9462:25,
9464:8, 9464:12,
9467:8, 9479:24,
9479:25, 9480:1,
9494:4, 9494:5,
9495:23, 9496:20,
9500:24, 9504:3,
9504:4, 9504:24,
9505:12, 9510:17,
9513:23, 9517:1,
9523:16, 9523:17,
9523:18, 9529:20,
9530:2, 9530:4,
9530:6, 9530:7,
9530:8, 9531:12,
9531:16, 9532:2,
9532:8, 9532:17,
9532:18, 9533:4,
9533:9, 9533:15,
9534:14, 9534:15,
9534:24, 9535:2,
9535:4, 9535:5,
9535:8, 9535:19,
9535:20, 9535:25,
9536:19, 9537:1,
9537:2, 9537:9,
9537:11, 9537:12,
9537:15
**we'll** [7] - 9396:8,
9412:21, 9415:12,
9429:6, 9470:9,
9531:13, 9533:7
**We're** [1] - 9428:21
**we're** [13] - 9398:21,
9409:5, 9422:14,
9435:16, 9448:12,

9451:9, 9462:13,
9462:14, 9465:16,
9470:5, 9476:14,
9515:14, 9519:13
**we've** [17] - 9395:9,
9416:10, 9427:15,
9431:25, 9438:8,
9442:14, 9442:15,
9442:18, 9443:14,
9444:23, 9444:24,
9460:13, 9461:22,
9464:9, 9500:11,
9532:7, 9533:5
**Webster** [1] -
9442:19
**Webster's** [1] -
9442:20
**Wednesday** [1] -
9388:8
**WEDNESDAY** [1] -
9395:2
**week** [13] - 9478:12,
9478:21, 9491:14,
9530:10, 9530:14,
9530:15, 9530:19,
9531:1, 9531:2,
9531:5, 9535:19,
9535:21, 9537:7
**weekly** [8] - 9439:24,
9442:4, 9442:8,
9506:1, 9506:3,
9506:8, 9506:9,
9524:7
**weeks** [5] - 9426:6,
9431:10, 9470:5,
9535:13, 9537:13
**welfare** [2] -
9455:13, 9461:14
**well** [76] - 9395:7,
9400:20, 9405:9,
9417:17, 9419:8,
9424:2, 9426:23,
9427:17, 9432:13,
9433:3, 9433:19,
9434:10, 9435:19,
9436:2, 9436:10,
9438:11, 9438:18,
9438:25, 9448:8,
9453:22, 9454:12,
9458:25, 9461:2,
9461:22, 9462:4,
9464:14, 9465:2,
9465:9, 9468:4,
9468:14, 9472:2,
9476:3, 9476:13,
9476:16, 9479:7,
9479:11, 9479:19,
9484:10, 9490:1,
9498:1, 9498:9,
9498:20, 9499:16,

9499:23, 9500:4,
9503:2, 9505:7,
9505:8, 9507:23,
9513:8, 9514:7,
9514:12, 9514:21,
9515:1, 9515:2,
9515:12, 9515:21,
9516:1, 9516:7,
9516:22, 9518:6,
9518:10, 9521:8,
9521:9, 9521:18,
9525:10, 9531:1,
9533:22, 9534:9,
9534:15, 9534:24,
9534:25, 9535:25,
9536:16, 9537:8,
9537:13
**well-established** [1]
- 9438:11
**well-oiled** [1] -
9395:7
**well-specific** [1] -
9500:4
**wellhead** [1] -
9433:25
**wells** [2] - 9405:8,
9405:9
**went** [13] - 9402:2,
9407:4, 9410:15,
9411:6, 9418:8,
9432:16, 9435:21,
9485:19, 9507:2,
9507:20, 9517:1,
9521:9, 9525:25
**WERE** [3] - 9400:12,
9400:23, 9537:18
**weren't** [3] - 9430:7,
9498:3, 9533:7
**what's** [9] - 9396:12,
9398:13, 9404:13,
9419:5, 9432:13,
9440:1, 9442:23,
9502:16, 9513:16
**whatever** [8] -
9419:12, 9474:6,
9485:9, 9503:24,
9503:25, 9515:6,
9522:2, 9533:5
**Wheeler** [1] -
9532:11
**whenever** [2] -
9470:6, 9505:6
**WHEREUPON** [7] -
9400:11, 9400:22,
9401:3, 9441:19,
9452:14, 9523:21,
9537:18
**wherever** [1] -
9424:8
**whether** [28] -

9412:21, 9459:12,
9488:1, 9488:3,
9488:16, 9494:15,
9494:17, 9495:1,
9495:5, 9496:23,
9506:7, 9509:8,
9510:3, 9510:8,
9510:12, 9513:5,
9514:18, 9514:25,
9515:11, 9517:13,
9518:23, 9520:7,
9521:20, 9524:8,
9526:25, 9527:15,
9536:5
**which** [81] - 9396:14,
9399:15, 9403:21,
9403:25, 9404:2,
9406:23, 9408:20,
9409:8, 9409:14,
9410:16, 9410:20,
9413:2, 9415:13,
9417:4, 9418:6,
9418:10, 9419:15,
9420:25, 9421:2,
9421:5, 9421:13,
9421:19, 9422:11,
9423:5, 9431:14,
9432:11, 9433:7,
9433:21, 9434:17,
9435:6, 9436:12,
9438:13, 9439:11,
9439:12, 9440:5,
9441:1, 9441:2,
9441:17, 9444:10,
9444:16, 9445:4,
9445:9, 9445:25,
9446:22, 9448:14,
9448:18, 9449:16,
9452:19, 9456:8,
9457:15, 9459:21,
9460:2, 9461:1,
9461:5, 9463:1,
9464:1, 9464:9,
9464:10, 9468:15,
9469:11, 9475:15,
9475:17, 9482:7,
9482:13, 9490:14,
9490:21, 9497:1,
9501:25, 9503:2,
9509:17, 9511:3,
9511:4, 9519:4,
9525:6, 9527:23,
9529:4, 9531:17,
9532:6, 9536:24
**while** [9] - 9409:22,
9419:16, 9425:17,
9425:18, 9440:10,
9445:5, 9450:4,
9491:11, 9525:13
**whilst** [1] - 9457:20
**white** [1] - 9468:22

**WHITELEY** [1] -
9391:16
**whole** [6] - 9444:22,
9453:10, 9458:10,
9463:8, 9472:3,
9498:4
**whom** [1] - 9484:19
**whose** [2] - 9410:5,
9449:1
**will** [45] - 9396:17,
9397:23, 9398:23,
9398:25, 9399:4,
9399:11, 9400:4,
9400:6, 9400:13,
9400:16, 9408:2,
9411:13, 9413:12,
9425:4, 9435:20,
9439:23, 9439:24,
9442:2, 9442:3,
9447:16, 9453:12,
9453:15, 9461:8,
9463:5, 9470:6,
9473:5, 9476:12,
9479:23, 9494:11,
9510:11, 9516:14,
9518:18, 9530:4,
9530:10, 9530:18,
9532:8, 9532:18,
9533:4, 9533:16,
9535:7, 9537:9,
9537:12, 9537:15
**willful** [1] - 9532:15
**WILLIAMS** [22] -
9389:19, 9389:19,
9412:5, 9412:22,
9453:18, 9455:9,
9460:20, 9460:21,
9461:21, 9462:18,
9462:19, 9463:25,
9464:16, 9464:23,
9464:25, 9466:5,
9466:10, 9467:8,
9467:11, 9470:21,
9470:23, 9472:21
**Williams** [11] -
9394:17, 9428:24,
9429:1, 9429:8,
9452:18, 9453:16,
9453:19, 9478:8,
9519:21, 9520:8,
9520:12
**WILLIAMSON** [2] -
9390:4, 9390:4
**window** [5] -
9418:12, 9422:15,
9432:14, 9433:13,
9525:21
**Winfield** [1] - 9473:4
**WINFIELD** [1] -
9391:8

**with** [159] - 9395:18,
9395:19, 9396:3,
9396:23, 9397:11,
9397:16, 9398:2,
9398:10, 9398:15,
9398:18, 9398:20,
9399:1, 9401:16,
9402:2, 9402:18,
9402:21, 9403:24,
9405:5, 9405:11,
9406:21, 9407:2,
9407:8, 9409:19,
9409:23, 9409:24,
9411:12, 9411:22,
9413:2, 9413:5,
9413:16, 9414:13,
9414:23, 9419:1,
9419:15, 9419:22,
9420:12, 9421:4,
9421:14, 9425:1,
9431:2, 9431:6,
9431:13, 9431:14,
9431:25, 9432:11,
9432:17, 9432:18,
9433:6, 9433:12,
9437:13, 9438:20,
9441:2, 9442:24,
9443:8, 9443:11,
9446:11, 9450:9,
9450:12, 9451:17,
9451:19, 9451:21,
9452:6, 9453:12,
9453:13, 9453:14,
9454:3, 9455:18,
9455:22, 9458:19,
9459:6, 9459:14,
9460:25, 9464:4,
9464:10, 9464:11,
9464:17, 9465:8,
9466:16, 9466:25,
9468:17, 9468:21,
9470:24, 9471:3,
9471:12, 9471:19,
9472:15, 9474:17,
9475:2, 9475:14,
9475:16, 9476:3,
9478:7, 9478:10,
9479:21, 9481:2,
9481:13, 9482:2,
9482:10, 9483:5,
9483:16, 9484:7,
9485:6, 9485:7,
9486:2, 9486:15,
9486:18, 9486:22,
9488:1, 9488:3,
9488:22, 9489:2,
9489:5, 9489:13,
9489:15, 9491:2,
9491:23, 9493:9,
9493:15, 9493:18,
9495:6, 9495:14,

9495:17, 9496:2,
9496:13, 9496:14,
9496:17, 9497:13,
9498:2, 9498:15,
9498:23, 9500:25,
9509:10, 9514:20,
9514:25, 9515:2,
9515:5, 9515:6,
9515:12, 9515:15,
9517:20, 9518:14,
9522:20, 9528:13,
9528:20, 9529:3,
9529:10, 9529:23,
9530:10, 9530:22,
9530:24, 9533:5,
9534:16, 9535:5,
9536:11, 9536:15,
9536:24
  **withdraw** [2] -
9474:17, 9500:17
  **withdrawn** [3] -
9395:10, 9412:12,
9466:8
  **withdraws** [1] -
9412:10
  **within** [14] - 9404:20,
9409:17, 9444:9,
9447:11, 9447:22,
9448:12, 9455:25,
9459:25, 9470:5,
9509:1, 9509:6,
9521:20, 9531:24,
9535:20
  **without** [11] -
9397:5, 9397:9,
9399:23, 9409:10,
9437:5, 9472:1,
9502:20, 9514:19,
9514:25, 9518:9
  **WITNESS** [15] -
9394:9, 9401:7,
9408:9, 9422:25,
9431:13, 9433:18,
9461:20, 9467:10,
9477:14, 9495:9,
9505:5, 9523:5,
9525:16, 9525:18,
9529:17
  **witness** [18] -
9400:2, 9400:4,
9400:6, 9410:21,
9410:22, 9412:10,
9419:17, 9424:24,
9424:25, 9442:7,
9453:3, 9493:21,
9500:12, 9500:25,
9513:17, 9515:20,
9519:13, 9524:19
  **witnesses** [7] -
9400:18, 9412:8,

9419:1, 9529:18,
9530:7, 9531:19,
9532:6
  **Wolfe** [1] - 9442:19
  **Wolfe's** [1] - 9441:16
  **won't** [4] - 9399:3,
9400:16, 9530:15,
9531:7
  **word** [11] - 9431:14,
9441:5, 9444:12,
9445:6, 9459:20,
9463:8, 9465:5,
9474:10, 9477:8,
9477:10, 9494:13
  **words** [9] - 9415:8,
9444:24, 9444:25,
9445:2, 9445:3,
9460:4, 9477:9,
9497:19, 9497:25
  **work** [14] - 9395:19,
9405:15, 9406:12,
9407:9, 9438:21,
9438:24, 9450:5,
9451:12, 9457:19,
9458:14, 9458:24,
9466:17, 9531:13,
9537:13
  **worked** [6] -
9404:23, 9491:23,
9492:5, 9498:15,
9530:8, 9537:8
  **working** [15] -
9398:16, 9398:21,
9398:24, 9399:7,
9405:19, 9407:24,
9408:14, 9408:18,
9409:6, 9409:25,
9451:9, 9455:14,
9457:17, 9528:11,
9537:7
  **workovers** [1] -
9405:9
  **works** [5] - 9421:21,
9422:4, 9438:15,
9438:23, 9438:25
  **world** [7] - 9407:10,
9408:22, 9410:4,
9410:5, 9410:6,
9410:10, 9482:18
  **worse** [1] - 9396:2
  **worst** [1] - 9471:11
  **worth** [1] - 9495:12
  **would** [102] -
9396:20, 9396:23,
9397:2, 9398:15,
9399:19, 9400:3,
9407:19, 9408:20,
9408:21, 9411:11,
9412:2, 9412:3,
9412:6, 9412:25,

9417:7, 9417:8,
9420:3, 9420:7,
9423:5, 9429:22,
9430:4, 9433:8,
9433:9, 9433:14,
9433:19, 9433:20,
9433:21, 9433:23,
9434:1, 9434:2,
9434:3, 9446:1,
9449:15, 9449:18,
9450:18, 9456:7,
9456:21, 9457:7,
9457:14, 9461:16,
9462:18, 9463:9,
9464:12, 9467:19,
9467:21, 9467:24,
9468:1, 9468:14,
9468:19, 9470:10,
9471:12, 9471:14,
9471:17, 9473:23,
9474:1, 9474:5,
9474:25, 9475:2,
9475:24, 9476:2,
9478:21, 9482:7,
9482:10, 9482:12,
9486:18, 9486:20,
9486:21, 9488:18,
9488:20, 9488:24,
9490:21, 9493:11,
9494:25, 9504:4,
9504:23, 9504:24,
9505:7, 9506:5,
9506:8, 9506:10,
9507:7, 9515:11,
9516:7, 9516:16,
9517:15, 9518:11,
9518:12, 9518:14,
9523:2, 9523:10,
9530:6, 9532:17,
9533:4, 9534:13,
9534:21, 9535:18
  **wouldn't** [12] -
9459:10, 9461:15,
9472:13, 9475:1,
9495:3, 9498:19,
9504:5, 9505:8,
9506:5, 9506:8,
9517:14, 9522:20
  **woven** [1] - 9412:16
  **WRIGHT** [1] - 9389:3
  **write** [3] - 9508:19,
9509:3, 9512:3
  **writing** [1] - 9462:9
  **written** [6] - 9426:20,
9453:4, 9478:19,
9508:24, 9512:25,
9535:20
  **wrong** [2] - 9423:24,
9517:20
  **wrote** [2] - 9495:14,

9511:12
  **Wyman** [1] - 9532:11

## X

  **X** [1] - 9394:1

## Y

  **yeah** [1] - 9524:19
  **year** [7] - 9402:9,
9402:14, 9463:1,
9483:15, 9506:11,
9506:15, 9507:8
  **years** [27] - 9402:5,
9402:13, 9402:16,
9402:24, 9403:19,
9403:22, 9405:21,
9406:3, 9407:19,
9422:2, 9422:6,
9436:3, 9437:6,
9437:8, 9464:18,
9467:5, 9468:11,
9471:7, 9487:24,
9487:25, 9491:24,
9507:8, 9507:14,
9507:15
  **yes** [286] - 9396:7,
9398:12, 9398:19,
9398:25, 9399:22,
9401:1, 9401:20,
9401:23, 9402:7,
9402:15, 9403:1,
9403:4, 9403:11,
9404:6, 9404:24,
9405:6, 9405:16,
9405:24, 9406:6,
9406:13, 9406:22,
9407:4, 9407:22,
9408:9, 9409:2,
9409:14, 9409:25,
9410:11, 9410:14,
9410:20, 9410:24,
9411:8, 9411:20,
9413:11, 9413:24,
9414:2, 9414:4,
9414:17, 9415:3,
9415:8, 9415:20,
9415:23, 9416:7,
9416:9, 9416:15,
9416:20, 9416:25,
9417:6, 9417:8,
9417:12, 9417:18,
9417:20, 9417:23,
9418:5, 9418:14,
9419:21, 9420:13,
9422:4, 9422:6,
9422:9, 9422:18,
9423:9, 9423:11,

9423:22, 9424:6,
9424:10, 9424:18,
9424:21, 9425:12,
9425:13, 9426:1,
9426:4, 9426:7,
9426:25, 9428:9,
9428:25, 9429:13,
9429:21, 9429:23,
9430:3, 9430:5,
9430:11, 9430:24,
9434:13, 9434:16,
9434:19, 9434:22,
9435:3, 9435:5,
9435:9, 9435:18,
9436:4, 9436:16,
9437:14, 9437:17,
9438:3, 9438:25,
9439:4, 9439:7,
9439:10, 9439:14,
9439:23, 9440:18,
9440:20, 9440:22,
9440:24, 9441:6,
9441:8, 9442:6,
9443:6, 9444:15,
9445:14, 9445:16,
9445:18, 9446:9,
9447:3, 9447:6,
9447:18, 9447:22,
9448:1, 9448:13,
9449:6, 9449:8,
9450:11, 9450:13,
9450:15, 9450:23,
9451:11, 9451:18,
9451:20, 9451:22,
9451:24, 9452:1,
9452:3, 9452:5,
9452:8, 9454:2,
9454:7, 9454:18,
9454:24, 9455:1,
9455:16, 9455:20,
9455:24, 9458:5,
9458:7, 9460:17,
9460:24, 9461:20,
9462:4, 9462:6,
9462:10, 9464:3,
9466:24, 9467:2,
9467:15, 9468:6,
9468:22, 9469:1,
9469:5, 9469:22,
9470:2, 9470:8,
9471:6, 9471:13,
9471:17, 9472:12,
9472:16, 9473:1,
9473:10, 9473:22,
9473:25, 9474:4,
9474:8, 9475:2,
9475:10, 9475:14,
9475:19, 9479:6,
9480:12, 9480:18,
9480:20, 9481:14,
9482:25, 9483:12,

9483:23, 9484:5,
9484:8, 9485:2,
9485:6, 9485:14,
9485:15, 9485:18,
9485:24, 9486:20,
9487:6, 9487:12,
9487:14, 9487:18,
9488:14, 9490:2,
9490:18, 9491:3,
9491:13, 9491:25,
9492:7, 9492:9,
9492:22, 9493:14,
9494:9, 9494:10,
9494:21, 9495:15,
9495:19, 9496:3,
9496:6, 9496:7,
9496:15, 9496:19,
9496:22, 9497:14,
9497:19, 9497:22,
9498:22, 9498:25,
9499:7, 9499:9,
9501:18, 9502:7,
9502:18, 9503:11,
9503:14, 9505:5,
9505:15, 9506:2,
9506:4, 9506:16,
9507:6, 9507:13,
9508:1, 9508:3,
9508:10, 9508:13,
9508:20, 9508:23,
9509:4, 9509:12,
9511:14, 9512:4,
9512:21, 9513:22,
9514:3, 9514:8,
9514:14, 9514:17,
9515:12, 9516:2,
9516:5, 9519:20,
9519:22, 9519:24,
9521:4, 9522:9,
9524:15, 9525:16,
9525:18, 9525:23,
9526:1, 9527:13,
9527:18, 9527:23,
9528:3, 9528:7,
9528:12, 9529:1,
9529:13, 9529:23,
9532:14

**yesterday** [1] -
9412:24

**yet** [4] - 9397:21,
9463:4, 9464:14,
9468:3

**YOAKUM** [1] -
9390:5

**you** [690] - 9395:6,
9395:12, 9395:23,
9396:1, 9396:9,
9396:10, 9398:3,
9398:4, 9398:11,
9399:13, 9399:25,

9400:10, 9400:21,
9401:11, 9401:12,
9401:13, 9401:16,
9401:21, 9401:25,
9402:1, 9402:4,
9402:6, 9402:8,
9402:12, 9402:14,
9402:16, 9402:17,
9402:24, 9402:25,
9403:2, 9403:12,
9403:13, 9403:17,
9404:2, 9404:18,
9404:23, 9405:11,
9405:15, 9405:19,
9406:2, 9406:14,
9406:18, 9406:20,
9407:3, 9407:17,
9407:19, 9407:20,
9408:2, 9408:11,
9408:23, 9408:25,
9409:7, 9409:12,
9409:15, 9409:22,
9409:23, 9410:7,
9410:12, 9410:18,
9410:22, 9412:20,
9413:6, 9413:10,
9413:14, 9413:25,
9414:13, 9414:20,
9414:21, 9414:22,
9415:9, 9415:16,
9415:18, 9415:21,
9416:18, 9416:21,
9417:12, 9417:16,
9418:6, 9418:10,
9418:11, 9418:14,
9418:15, 9418:16,
9419:8, 9419:9,
9419:16, 9419:17,
9419:20, 9420:6,
9420:12, 9420:15,
9420:16, 9420:25,
9421:11, 9421:18,
9421:19, 9421:24,
9421:25, 9422:9,
9422:10, 9422:11,
9422:12, 9422:13,
9422:15, 9422:16,
9422:21, 9422:24,
9423:10, 9423:12,
9423:20, 9425:1,
9425:4, 9425:24,
9426:2, 9426:5,
9426:11, 9426:24,
9427:5, 9427:10,
9427:14, 9427:23,
9428:23, 9429:3,
9429:7, 9429:10,
9429:11, 9429:14,
9429:24, 9430:1,
9430:7, 9430:8,
9430:10, 9430:16,

9430:22, 9430:25,
9431:6, 9431:8,
9431:9, 9432:1,
9433:14, 9433:17,
9434:11, 9434:18,
9434:20, 9435:4,
9435:7, 9435:9,
9436:1, 9436:6,
9437:4, 9437:12,
9437:15, 9438:1,
9438:5, 9438:16,
9439:2, 9439:5,
9439:12, 9439:21,
9440:4, 9440:17,
9440:19, 9440:21,
9441:4, 9441:7,
9441:9, 9441:15,
9441:18, 9441:24,
9442:7, 9442:12,
9442:16, 9442:19,
9442:21, 9443:10,
9443:11, 9443:13,
9443:16, 9444:8,
9444:14, 9444:23,
9447:13, 9448:11,
9449:4, 9449:20,
9450:14, 9450:16,
9450:18, 9450:23,
9451:4, 9451:6,
9451:8, 9453:2,
9453:7, 9453:8,
9453:16, 9453:20,
9453:21, 9453:22,
9453:23, 9453:24,
9454:6, 9454:10,
9454:12, 9454:13,
9454:14, 9454:16,
9454:19, 9455:6,
9455:11, 9455:21,
9456:13, 9456:20,
9456:24, 9457:3,
9457:8, 9457:9,
9457:10, 9457:13,
9458:1, 9458:3,
9458:4, 9458:22,
9458:24, 9459:1,
9459:2, 9459:4,
9459:5, 9459:6,
9459:12, 9460:9,
9460:10, 9460:15,
9460:18, 9460:22,
9460:23, 9460:25,
9461:4, 9461:7,
9461:11, 9461:15,
9462:5, 9462:8,
9462:9, 9462:21,
9463:4, 9463:5,
9463:8, 9463:10,
9463:17, 9463:18,
9464:4, 9464:21,
9465:1, 9465:2,

9465:5, 9465:6,
9465:7, 9465:12,
9466:8, 9466:9,
9466:11, 9466:14,
9466:24, 9467:12,
9468:2, 9468:6,
9468:10, 9468:19,
9468:22, 9469:4,
9469:6, 9469:15,
9469:20, 9470:10,
9470:13, 9470:16,
9470:18, 9470:19,
9470:22, 9471:3,
9471:11, 9471:12,
9471:14, 9471:18,
9472:4, 9472:13,
9472:21, 9473:8,
9473:14, 9473:17,
9473:20, 9473:23,
9474:1, 9474:2,
9474:5, 9474:19,
9474:21, 9474:23,
9475:3, 9475:5,
9475:7, 9475:12,
9476:2, 9476:24,
9477:1, 9477:6,
9477:13, 9477:16,
9477:23, 9478:5,
9478:8, 9478:12,
9478:14, 9478:16,
9478:18, 9478:24,
9479:1, 9479:2,
9479:5, 9479:7,
9479:8, 9479:11,
9479:13, 9479:14,
9479:16, 9479:17,
9479:19, 9479:20,
9480:11, 9480:13,
9480:14, 9480:21,
9480:25, 9481:1,
9481:3, 9481:6,
9481:10, 9482:10,
9482:13, 9482:17,
9482:18, 9482:19,
9483:3, 9483:9,
9483:10, 9484:9,
9484:11, 9485:2,
9485:6, 9485:12,
9485:16, 9485:17,
9485:19, 9485:22,
9485:25, 9486:2,
9486:5, 9486:8,
9486:9, 9486:17,
9486:18, 9486:21,
9487:1, 9487:4,
9487:5, 9487:9,
9487:12, 9487:19,
9488:3, 9488:4,
9488:6, 9488:8,
9488:15, 9488:17,
9488:18, 9488:24,

9489:9, 9489:13,
9490:4, 9490:8,
9490:9, 9490:10,
9490:11, 9490:15,
9490:18, 9490:20,
9491:5, 9491:6,
9491:10, 9491:14,
9491:16, 9491:20,
9491:22, 9492:8,
9492:16, 9492:18,
9492:20, 9493:1,
9493:8, 9493:13,
9493:15, 9493:17,
9494:1, 9494:11,
9494:20, 9494:25,
9495:5, 9495:12,
9495:14, 9495:16,
9495:17, 9495:18,
9495:22, 9495:24,
9496:1, 9496:7,
9496:13, 9496:16,
9496:23, 9497:4,
9497:6, 9497:16,
9497:18, 9497:20,
9497:21, 9497:23,
9498:2, 9498:3,
9498:6, 9498:11,
9498:15, 9498:17,
9498:18, 9498:23,
9498:24, 9499:1,
9499:2, 9499:8,
9499:10, 9499:12,
9499:16, 9499:23,
9499:24, 9500:2,
9500:6, 9500:17,
9501:1, 9501:6,
9501:12, 9501:15,
9501:19, 9501:20,
9501:22, 9502:1,
9502:3, 9502:4,
9502:14, 9502:16,
9502:17, 9502:19,
9502:24, 9503:1,
9503:4, 9503:7,
9503:9, 9503:10,
9503:12, 9503:17,
9503:20, 9503:23,
9504:4, 9504:6,
9504:7, 9504:9,
9505:10, 9505:13,
9505:16, 9505:18,
9505:21, 9506:1,
9506:10, 9506:17,
9506:23, 9506:25,
9507:1, 9507:5,
9507:7, 9507:11,
9507:17, 9507:19,
9507:20, 9507:25,
9508:9, 9508:16,
9509:5, 9509:8,
9509:11, 9509:19,

9509:20, 9509:22, 9509:25, 9510:7, 9510:15, 9510:18, 9510:21, 9510:22, 9510:24, 9510:25, 9511:12, 9511:13, 9511:15, 9511:19, 9511:20, 9511:22, 9512:2, 9512:3, 9512:5, 9512:13, 9513:2, 9513:5, 9513:6, 9513:8, 9513:9, 9513:10, 9513:21, 9514:2, 9514:7, 9514:18, 9514:20, 9514:22, 9514:23, 9514:24, 9515:2, 9515:8, 9515:11, 9515:15, 9515:16, 9515:25, 9516:1, 9516:3, 9516:6, 9516:18, 9516:19, 9516:21, 9517:4, 9517:6, 9517:8, 9517:24, 9518:3, 9518:14, 9519:4, 9519:18, 9519:19, 9519:21, 9519:23, 9520:7, 9520:9, 9520:12, 9520:15, 9520:21, 9520:22, 9520:24, 9521:1, 9521:3, 9521:7, 9521:10, 9522:6, 9522:10, 9522:13, 9522:16, 9522:22, 9523:1, 9523:4, 9524:2, 9524:3, 9524:13, 9524:25, 9525:4, 9525:8, 9525:12, 9525:21, 9525:24, 9525:25, 9526:9, 9526:16, 9526:19, 9526:21, 9526:22, 9527:5, 9527:11, 9527:14, 9527:16, 9528:5, 9528:10, 9528:17, 9529:13, 9529:15, 9529:17, 9529:23, 9530:1, 9530:10, 9531:9, 9532:23, 9533:12, 9533:21, 9533:23, 9533:25, 9534:19, 9534:20, 9535:1, 9536:3, 9536:12, 9536:13, 9536:18, 9536:22

**you'll** [1] - 9401:5

**you're** [26] - 9398:5,

9409:22, 9415:9, 9421:17, 9421:18, 9453:1, 9471:10, 9473:5, 9474:13, 9478:20, 9478:23, 9484:10, 9486:2, 9488:15, 9490:12, 9494:10, 9497:4, 9503:25, 9509:10, 9512:10, 9516:8, 9519:10, 9523:12, 9524:20, 9529:15

**you've** [28] - 9404:18, 9414:10, 9416:21, 9417:16, 9420:14, 9426:17, 9426:23, 9429:19, 9432:1, 9432:15, 9433:5, 9436:5, 9436:21, 9437:4, 9437:18, 9440:23, 9444:5, 9449:7, 9449:10, 9458:2, 9472:3, 9472:18, 9479:4, 9479:10, 9485:6, 9502:23, 9505:23, 9525:13

**Young** [5] - 9426:5, 9426:8, 9428:21, 9504:11, 9506:21

**young** [2] - 9443:19, 9471:8

**YOUNG** [1] - 9391:3

**Young's** [5] - 9430:7, 9430:13, 9437:15, 9504:9, 9506:23

**your** [214] - 9395:6, 9395:13, 9395:15, 9396:3, 9396:10, 9396:16, 9397:22, 9398:8, 9398:14, 9399:9, 9399:22, 9400:13, 9400:21, 9400:24, 9401:2, 9401:6, 9401:11, 9401:13, 9401:17, 9401:22, 9401:24, 9402:17, 9405:10, 9406:5, 9406:12, 9406:18, 9407:7, 9407:23, 9408:18, 9409:13, 9409:21, 9411:9, 9411:19, 9411:21, 9412:5, 9412:6, 9413:4, 9413:11, 9413:14, 9413:16, 9413:17, 9415:6, 9415:18, 9415:19, 9415:24, 9416:19, 9419:22,

9422:19, 9423:15, 9424:23, 9424:25, 9425:23, 9426:11, 9429:11, 9431:9, 9432:13, 9433:1, 9433:16, 9434:10, 9436:5, 9436:7, 9436:17, 9437:4, 9437:18, 9443:3, 9443:7, 9443:16, 9447:10, 9451:4, 9451:8, 9451:21, 9452:9, 9453:1, 9454:1, 9454:6, 9454:9, 9455:11, 9456:24, 9458:2, 9459:5, 9459:20, 9460:20, 9460:22, 9461:24, 9461:25, 9462:5, 9462:9, 9462:14, 9462:18, 9463:19, 9464:4, 9464:8, 9464:20, 9465:1, 9466:11, 9467:8, 9472:17, 9472:24, 9473:1, 9473:11, 9473:23, 9474:5, 9474:9, 9474:21, 9475:5, 9476:9, 9476:12, 9476:16, 9477:21, 9477:23, 9478:10, 9479:4, 9479:10, 9479:11, 9479:24, 9480:5, 9480:10, 9480:13, 9480:16, 9480:21, 9481:6, 9481:7, 9485:6, 9488:21, 9488:23, 9488:25, 9489:2, 9489:8, 9489:13, 9489:18, 9489:20, 9489:22, 9490:4, 9490:23, 9491:18, 9492:1, 9493:8, 9493:20, 9493:23, 9495:16, 9496:4, 9497:3, 9497:8, 9497:15, 9498:20, 9499:24, 9500:10, 9500:15, 9501:1, 9501:2, 9502:3, 9502:22, 9506:18, 9507:1, 9507:3, 9510:2, 9510:18, 9510:19, 9510:22, 9511:1, 9511:12, 9511:24, 9513:15, 9514:15, 9514:21, 9515:8, 9515:10, 9515:18, 9516:24,

9517:13, 9517:16, 9517:24, 9518:2, 9518:5, 9518:7, 9518:22, 9519:5, 9519:8, 9519:14, 9521:11, 9521:19, 9521:20, 9522:24, 9523:6, 9523:8, 9523:9, 9523:16, 9524:2, 9524:19, 9525:15, 9525:20, 9526:13, 9527:19, 9528:11, 9529:14, 9529:20, 9530:1, 9530:20, 9530:24, 9531:14, 9532:21, 9533:1, 9533:15, 9533:19, 9533:21, 9534:19, 9534:21, 9534:23, 9535:1

**yourself** [4] - 9410:18, 9455:7, 9479:7, 9502:14

"

**"MIKE"** [1] - 9392:1

OFFICIAL TRANSCRIPT